~~SEALED BY ORDER OF COURT~~

ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95115
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

FILED
JUN 14 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | CASE NO. CR 18 00258<br><br>UNITED STATES' APPLICATION TO SEAL INDICTMENT, ARREST WARRANTS, AND RELATED DOCUMENTS<br><br>**UNDER SEAL** |

The United States hereby moves this Court to seal the Indictment, Arrest Warrants, and any related documents. The United States requests that the above-described materials be sealed until the defendants both make their initial appearance or are arrested pursuant to the accompanying arrest warrants, whichever comes first. Once the defendants make their initial appearance or are arrested, the Indictment, Arrest Warrants, and related documents shall automatically be unsealed by virtue of the attached Order.

//

//

1 //

2 Accordingly, the United States respectfully requests that the Court grant the attached sealing order.

3 DATED: June 14, 2018

Very truly yours,

ALEX G. TSE
Acting United States Attorney

_____
JEFF SCHENK
Assistant United States Attorney