


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI, | **UNDER SEAL** |
| Defendants. | |

Good cause appearing therefore, it is hereby ordered that the Indictment, Arrest Warrants, and related papers in the above matter, be filed and maintained under seal until the earliest of: (1) the defendants both making their initial appearances, (2) the defendants being arrested, or (3) further order of the Court.

DATED: June __, 2018

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

