UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. 18-CR-00258-LHK |
|---|---|
| Plaintiff, | **SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| ELIZABETH A. HOLMES, et al., | |
| Defendants. | |

In accordance with Criminal Local Rule 8-1(b)(1), the above captioned case is hereby referred to United States District Judge Edward J. Davila to determine whether it is related to Case No. 5:18-CV-1602-EJD, *Securities and Exchange Commission v. Holmes et al.*

**IT IS SO ORDERED.**

Dated: 6/15/2018

        *Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 18-CR-00258-LHK
SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP OF CASES