ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00258-EJD |
| Plaintiff, | JOINT STATUS MEMORANDUM AND STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

The parties in the above-captioned matter hereby file this joint status memorandum and stipulation to continue the status hearing currently scheduled for July 30, 2018. On June 15, 2018, the defendants each made initial appearances before Magistrate Judge van Keulen. After that appearance, each defendant informally requested discovery from the government. The government asked each defendant to provide it with a 2TB external hard drive. On or around the first week of July 2018, the government received a hard drive from each defendant. Upon receipt, the government began the process of loading the discovery onto these drives. The discovery in this matter is quite voluminous, and the government anticipates producing it in two large batches. The government expects to provide the first

batch of discovery within two weeks.  The government anticipates providing the second batch of discovery before the next court date.

The parties have met and conferred regarding this case and the production of discovery, and request that the Court continue the status hearing currently scheduled for July 30, 2018 until October 1, 2018.  The requested continuance will provide the government with additional time to produce discovery, and will allow the defense an opportunity to begin to process and initially review the discovery.

The parties also agree that the time between July 30, 2018 and October 1, 2018 is excludable from the Speedy Trial Act based upon counsel's need to effectively prepare by reviewing discovery materials provided by the government.  The parties further agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties agree that the ends of justice served by granting the requested continuance outweigh the best interest of the public, and the defendant in a speedy trial and the prompt disposition of criminal cases.  18 U.S.C. § 3161.

DATED: July 18, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s/
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
Assistant United States Attorneys

DATED: July 18, 2018

/s/
KEVIN DOWNEY
LANCE WADE
Attorneys for Elizabeth Holmes

JOINT STATUS MEMO AND REQUEST FOR CONTINAUCE OF STATUS HEARING
CR-18-00258 EJD

1  DATED: July 18, 2018

3  /s/
4  JEFF COOPERSMITH
   MARK BARTLETT
   Attorneys for Ramesh "Sunny"
   Balwani

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for July 30, 2018 is continued to October 1, 2018 at 1:30.  The Court FURTHER ORDERS that the time between July 30, 2018, and October 1, 2018, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: _____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE