Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendant(s). | Case No: 5:18-cr-00258<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, BENJAMIN J. BYER, an active member in good standing of the bar of Supreme Court of Wash., hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Ramesh "Sunny" Balwani in the above-entitled action. My local co-counsel in this case is Kelly M. Gorton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Davis Wright Tremaine LLP, 1201 Third Avenue, Ste. 2200, Seattle, WA 98101-3045 | Davis Wright Tremaine LLP, 505 Montgomery Street, Ste. 800, San Francisco, CA 94111-6533 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (206) 757-8105 | (415) 276-6584 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| benbyer@dwt.com | kellygorton@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38206.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/01/18

BENJAMIN J. BYER
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of BENJAMIN J. BYER is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/3/2018

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE