1
2
3
4
5
6
7
8
9
10                              UNITED STATES DISTRICT COURT
11                             NORTHERN DISTRICT OF CALIFORNIA
12                                      SAN JOSE DIVISION
13
14   UNITED STATES OF AMERICA,           )   CASE NO. 18-CR-00258-EJD
                                         )
15              Plaintiff,               )   [PROPOSED] ORDER AUTHORIZING
                                         )   ALTERNATIVE VICTIM NOTIFICATION
16         v.                            )   PURSUANT TO 18 U.S.C. § 3771(d)(2)
                                         )
17   ELIZABETH HOLMES and                )
     RAMESH "SUNNY" BALWANI,             )
18                                       )
                Defendants.               )

19         Based on good cause shown and the United States' *Ex Parte* Motion for Alternative Victim
20   Notification Pursuant to 18 U.S.C. § 3771(d)(2), THE COURT FINDS THAT:
21         (1) this case falls within the "multiple crime victims" provision of § 3771(d)(2);
22         (2) it is impracticable, based on the number of potential crime victims, to individually
23             identify all the victims in this case and accord them the notice and the rights described in
24             § 3771(a);
25         (3) the plan of the United States to employ the Justice Department's website for large cases
26             to provide notice to the large number of potential victims in this case is a reasonable
27             procedure to give effect to the provisions of § 3771.
28

ORDER AUTHORIZING ALTERNATIVE VICTIM NOTIFICATION

1  Accordingly, THE COURT ORDERS THAT the United States is authorized to employ the
2  Justice Department's website for large cases in order to provide notice to the large number of potential
3  victims in this case as described in the United States' *Ex Parte* Motion for Alternative Victim
4  Notification Pursuant to 18 U.S.C. § 3771(d)(2).
5  IT IS SO ORDERED.
6  Dated: August __6__, 2018

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE