ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00258-EJD |
| Plaintiff, | JOINT STIPULATION REGARDING SCHEDULING OF MOTION HEARING AND STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

      On July 19, 2018, the Court set a status conference in this case for October 1, 2018, at 1:30 p.m. (Dkt. No. 30).  On September 7, 2018, Defendants filed a Motion for Order Directing the Government to Cease and Desist Post-Indictment Use of Grand Jury Process to Obtain Discovery.  (Dkt. No. 40).  The Court has indicated that Defendants' motion should be heard by the Magistrate Judge assigned to this case, and that the motion should be heard before the next status conference in the case.  In order to allow the government sufficient time to respond to that motion, and to allow the Magistrate Judge sufficient time to evaluate the parties' arguments, the parties are requesting a brief continuance.  The parties understand that the Court is available on October 12, 2018, at 10:00 a.m. for a continued status

1  conference.

2  Accordingly, the parties hereby stipulate that Defendants' motion will be referred to the
3  Magistrate Judge for hearing on October 11, 2018, or as close to that date as that Court's schedule
4  permits.[1]  The parties stipulate that the government's opposition to Defendants' motion shall be filed no
5  later than September 24, 2018, and that Defendants' reply in support of the motion shall be filed no later
6  than October 1, 2018.  The government agrees that, pending a final decision on Defendants' motion by
7  this Court, the government trial team will not review any documents produced by Theranos after
8  September 7, 2018 pursuant to grand jury subpoena.[2]

9  The parties further stipulate and jointly request that the Court continue the status conference
10 currently set for October 1, 2018, to October 12, 2018, at 10:00 a.m. in order to allow the Magistrate
11 Judge to hear Defendants' pending motion.

12 The parties also stipulate and agree that the time between October 1, 2018 and October 12, 2018
13 is excludable from the Speedy Trial Act based upon counsel's need to effectively prepare by reviewing
14 discovery materials provided by the government.  The parties further agree that the failure to grant the
15 requested continuance would unreasonably deny defense counsel reasonable time necessary for effective
16 preparation, taking into account the exercise of due diligence.  The parties agree that the ends of justice
17 served by granting the requested continuance outweigh the best interest of the public, and the defendant
18 //

---

[1] Counsel for Mr. Balwani is unavailable on October 9 and 10, 2018.

[2] The defense has requested that the government not seek production of documents pursuant to the grand jury subpoena until the motion is finally resolved.  The government's position is that it may take possession of such documents but not have the government's trial team review them pending resolution.  In the event the government takes possession prior to final resolution of the motion, the defense reserves all rights.

JOINT STIP & REQUEST RE HEARING SCHEDULES
CR-18-00258 EJD                                                                 2

1  in a speedy trial and the prompt disposition of criminal cases.  Finally, the parties agree that this time
2  period is automatically excluded in light of the motion filed on September 7, 2018 (Dkt. No. 40).  18
3  U.S.C. § 3161.

5  DATED: September 12, 2018                    Respectfully submitted,

6                                                                      ALEX G. TSE
                                                                            United States Attorney

9                                                                      /s/
                                                                            JEFF SCHENK
                                                                            JOHN C. BOSTIC
10                                                                    ROBERT S. LEACH
                                                                            Assistant United States Attorneys

13  DATED: September 12, 2018

14                                                                    /s/
                                                                            KEVIN DOWNEY
15                                                                    LANCE WADE
                                                                            Attorneys for Elizabeth Holmes

18  DATED: September 12, 2018

19                                                                    /s/
                                                                            JEFFREY B. COOPERSMITH
20                                                                    MARK N. BARTLETT
                                                                            Attorneys for Ramesh "Sunny"
21                                                                    Balwani

JOINT STIP & REQUEST RE HEARING SCHEDULES
CR-18-00258 EJD                                              3

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the status hearing currently scheduled for October 1, 2018, is continued to October 12, 2018, at 10:00 a.m.  The Court FURTHER ORDERS that the time between October 1, 2018, and October 12, 2018, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds, under 18 U.S.C. § 3161(h)(7)(A), that the failure to grant the requested continuance would unreasonably deny each defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court also finds that this time period is automatically excluded under 18 U.S.C. § 3161(h)(1)(D) in light of the motion filed on September 7, 2018 (Dkt. No. 40).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161.

The Court FURTHER ORDERS that Defendants' Motion for Order Directing the Government to Cease and Desist Post-Indictment Use of Grand Jury Process to Obtain Discovery (Dkt. No. 40) is hereby referred to Magistrate Judge Susan van Keulen, to be heard on October 11, 2018, or as near to that date as that court's schedule permits.  Defendants shall re-notice the motion accordingly.  The government's opposition to Defendants' motion shall be filed no later than September 24, 2018.  Defendants' reply in support of the motion shall be filed no later than October 1, 2018.

IT IS SO ORDERED.

DATED: _____

                                                      HON. EDWARD J. DAVILA
                                                      UNITED STATES DISTRICT JUDGE