# EXHIBIT B

Counsel

nch

| ZIP CODE | CITY |
|---|---|
| 94560 | Palo Alto |

| ON TO THIS ADDRESS | CORPORATE ADDRES... |
|---|---|
|  | certificate |
|  | NUMBER, STREET |
|  | 1701 Page Mill Roa... |
|  | CITY |
|  | Palo Alto |
| ...gy (Clinical Path) | FOR OFFICE USE ONL... |
|  | Date Received |

...eck only one) Please refer to the acc...

...ons I – VI and IX – X)

on using the same format.)

egulatory exceptions to apply for this

cate to cover multiple testing location

es, complete remainder of this section

ceptions applies to your facility's ope

ocation, that is, a laboratory that move
health screening fairs, or other tempo
rimary site or home base, using its add

aboratory testing, record the vehicle id

local government laboratory engaged
s per certificate) public health testing

and attach additional information usin

*PM testing if applying for a Certific*

on to waived tests, complete the infor
should include testing for ALL sites.

ecialty/subspecialty in which the labora
ity. Do not include testing not subject
ciency testing when calculating test vo
the application package.)

dicate the name of the Accreditation C
CLIA compliance. (The Joint Commissi

| ANNUAL T VOLUME | SPECIALTY / SUBSPECIALTY |
|---|---|
| | HEMATOLOGY 400 |
| | ☐ Hematology |

**FOLLOWING CAREFULLY BEFORE**

ny requirement of section 353 of t
d thereunder shall be imprisoned f
th, except that if the conviction is
be imprisoned for not more than

oratory
uld be based
of the date of

FROM
OSE TESTS
FOR A CLIA

on-waived
ic education,
(42 CFR
of of these
must be
tion to be

plicable

must reflect the
testing is perfor
suite and/or roo
box or Mail Stop

If the laboratory
corporate addre
complete the ap

Mailing Address
used if the labor
CLIA fee coupon
location, such as
Office box numb
part of the Maili

Corporate Addre
be used if the la
the CLIA fee cou
location, such as

f the location
d.

, a mobile
ontained
onnel,
ing purposes,
e vehicle
les used for

lso answer a

e sole
ources to fund
on of a shared
physician
for the

### VIII. NON-WAIV

The total Estima
includes all non-
previously count
instructions on p
completing this
(Note: The Accre
reflect accredita
only; e.g., CAP,

### IX. TYPE OF CON

Select the type
appropriately de

### X. DIRECTOR OF

List all other fac
responsible and
Note that for a

Manual RBC by
Sperm count

## IMMUNOHEMAT

ABO group (510
Rh(D) type (510)
Antibody screen
Antibody identi
Compatibility te

## PATHOLOGY

Dermatopatholo
Oral Pathology
PAP smear inter
Other Cytology
Histopathology

Urinalysis** (320)
Automated Urinalysis
Microscopic Urinalysis
Urine specific gravity
Urine specific gravity
Urine protein by sulfo

** Dipstick urinalysis

counted as one test for both Pap...

...r of tests is determined by the num...
...and a venous blood specimen rece...

...file counts as one test.

...oscopia examinations, each count...
...e number of reagent pads on the...

...not count calculations (e.g., A/G...
...ting assays.

...terning counting tests for CLIA, ple...

☐ Ch

☐ Ch

No
fo
fo

red. ☐ Ch

ocedures (PPMP) ☐ Ch

☐ Ch

alty and/or test ☐ Ch

From: _____

_____