# EXHIBIT B

theranos

1701 Page Mill Road
Palo Alto, CA 94304
P 650.838.9292
F 650.838.9165
theranos.com

Donna McCallum
California Department of Public Health
Laboratory Field Services
320 West 4th Street, Suite 890
Los Angeles, CA 90013

October 24, 2016

Dear Ms. McCallum:

Please be advised that Theranos, Inc. hereby relinquishes its CLIA Certificate number #05D2025714 for its laboratory located at Gateway Blvd., Newark, CA. We are confirming the closure of the lab and surrender of the CLIA certificate per our previous notification to CMS dated October 5, 2016, which was received and acknowledged by letter from CMS on October 12, 2016. In addition, we have included an executed CMS 116 and an executed LFS Form 193 indicating the closure of the lab as of October 5, 2016.

Best regards,

Kingshuk Das, M.D.
Laboratory Director
Newark, California

Enclosures

cc: Elizabeth Holmes, CEO
David Taylor, Acting General Counsel

Karen Fuller
State Oversight and CLIA Branch
Division of Survey and Certification
Centers for Medicare & Medicaid Services
Western Division of Survey & Certification
San Francisco Regional Office
90 7th Street, Suite 5-300 (5W)
San Francisco, CA 94103-6707

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

Form Approved
OMB No. 0938-0581

# CLINICAL LABORATORY IMPROVEMENT AMENDMENTS (CLIA) APPLICATION FOR CERTIFICATION

## I. GENERAL INFORMATION

| | |
|---|---|
| ☐ Initial Application ☐ Survey<br>☐ Change in Certificate Type<br>☒ Closure/Other Changes (Specify) Closure<br>Effective Date October 5, 2016 | CLIA IDENTIFICATION NUMBER<br>05 D 2025714<br>*(If an initial application leave blank, a number will be assigned)* |
| FACILITY NAME<br>Theranos, Inc. | FEDERAL TAX IDENTIFICATION NUMBER<br>20-1231826 |
| EMAIL ADDRESS<br>labsupport@theranos.com | TELEPHONE NO. *(Include area code)* 650-838-9292 — FAX NO. *(Include area code)* 650-838-9265 |
| FACILITY ADDRESS — *Physical Location of Laboratory (Building, Floor, Suite if applicable.) Fee Coupon/Certificate will be mailed to this Address unless mailing or corporate address is specified*<br>NUMBER, STREET *(No P.O. Boxes)*<br>7373 Gateway Blvd. | MAILING/BILLING ADDRESS *(If different from facility address) send Fee Coupon or certificate*<br>NUMBER, STREET<br>1701 Page Mill Road |
| CITY Newark — STATE CA — ZIP CODE 94560 | CITY Palo Alto — STATE CA — ZIP CODE 94304 |
| SEND CERTIFICATE TO THIS ADDRESS: ☐ Physical ☐ Mailing ☒ Corporate<br>SEND FEE COUPON TO THIS ADDRESS: ☐ Physical ☐ Mailing ☒ Corporate | CORPORATE ADDRESS *(If different from facility) send Fee Coupon or certificate*<br>NUMBER, STREET<br>1701 Page Mill Road |
| NAME OF DIRECTOR *(Last, First, Middle Initial)*<br>Kingshuk Das, M.D. | CITY Palo Alto — STATE CA — ZIP CODE 94304 |
| *CREDENTIALS*<br>CA Licensed M.D.; • American Board of Pathology (Clinical Path) | FOR OFFICE USE ONLY<br>Date Received |

## II. TYPE OF CERTIFICATE REQUESTED *((Check only one) Please refer to the accompanying instructions for inspection and certificate testing requirements)*

☐ Certificate of Waiver *(Complete Sections I – VI and IX – X)*

☐ Certificate for Provider Performed Microscopy Procedures (PPM) *(Complete Sections I – X)*

☐ Certificate of Compliance *(Complete Sections I – X)*

☐ Certificate of Accreditation (Complete Sections I – X) and indicate which of the following organization(s) your laboratory is accredited by for CLIA purposes, or for which you have applied for accreditation for CLIA purposes.

☐ The Joint Commission ☐ AOA ☐ AABB ☐ A2LA

☐ CAP ☐ COLA ☐ ASHI

**If you are applying for a Certificate of Accreditation, you must provide evidence of accreditation for your laboratory by an approved accreditation organization as listed above for CLIA purposes or evidence of application for such accreditation within 11 months after receipt of your Certificate of Registration.**

**NOTE: Laboratory directors performing non-waived testing (including PPM) must meet specific education, training and experience under subpart M of the CLIA regulations. Proof of these qualifications for the laboratory director must be submitted with this application.**

## III. TYPE OF LABORATORY *(Check the one most descriptive of facility type)*

- ☐ 01 Ambulance
- ☐ 02 Ambulatory Surgery Center
- ☐ 03 Ancillary Testing Site in Health Care Facility
- ☐ 04 Assisted Living Facility
- ☐ 05 Blood Bank
- ☐ 06 Community Clinic
- ☐ 07 Comp. Outpatient Rehab Facility
- ☐ 08 End Stage Renal Disease Dialysis Facility
- ☐ 09 Federally Qualified Health Center
- ☐ 10 Health Fair
- ☐ 11 Health Main. Organization
- ☐ 12 Home Health Agency
- ☐ 13 Hospice
- ☐ 14 Hospital
- ☐ 15 Independent
- ☐ 16 Industrial
- ☐ 17 Insurance
- ☐ 18 Intermediate Care Facilities for Individuals with Intellectual Disabilities
- ☐ 19 Mobile Laboratory
- ☐ 20 Pharmacy
- ☐ 21 Physician Office
  Is this a shared lab? ☐ Yes ☐ No
- ☐ 22 Practitioner Other *(Specify)* ____________
- ☐ 23 Prison
- ☐ 24 Public Health Laboratories
- ☐ 25 Rural Health Clinic
- ☐ 26 School/Student Health Service
- ☐ 27 Skilled Nursing Facility/ Nursing Facility
- ☐ 28 Tissue Bank/Repositories
- ☐ 29 Other *(Specify)* ____________

## IV. HOURS OF LABORATORY TESTING *(List times during which laboratory testing is performed in HH:MM format) If testing 24/7 Check Here* ☐

| | SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|---|
| FROM: | | | | | | | |
| TO: | | | | | | | |

(For multiple sites, attach the additional information using the same format.)

## V. MULTIPLE SITES *(must meet one of the regulatory exceptions to apply for this provision in 1-3 below)*

**Are you applying for a single site CLIA certificate to cover multiple testing locations?**

☒ No. If no, go to section VI. ☐ Yes. If yes, complete remainder of this section.

**Indicate which of the following regulatory exceptions applies to your facility's operation.**

1. Is this a laboratory that is not at a fixed location, that is, a laboratory that moves from testing site to testing site, such as mobile unit providing laboratory testing, health screening fairs, or other temporary testing locations, and may be covered under the certificate of the designated primary site or home base, using its address?

   ☐ Yes ☐ No

   If yes and a mobile unit is providing the laboratory testing, record the vehicle identification number(s) (VINs) and attach to the application.

2. Is this a not-for-profit or Federal, State or local government laboratory engaged in limited (not more than a combination of 15 moderate complexity or waived tests per certificate) public health testing and filing for a single certificate for multiple sites?

   ☐ Yes ☐ No

   If yes, provide the number of sites under the certificate ____________ and list name, address and test performed for each site below.

3. Is this a hospital with several laboratories located at contiguous buildings on the same campus within the same physical location or street address and under common direction that is filing for a single certificate for these locations?

   ☐ Yes ☐ No

   If yes, provide the number of sites under this certificate ____________ and list name or department, location within hospital and specialty/subspecialty areas performed at each site below.

**If additional space is needed, check here ☐ and attach the additional information using the same format.**

| NAME AND ADDRESS/LOCATION | | TESTS PERFORMED/SPECIALTY/SUBSPECIALTY |
|---|---|---|
| NAME OF LABORATORY OR HOSPITAL DEPARTMENT | | |
| ADDRESS/LOCATION *(Number, Street, Location if applicable)* | | |
| CITY, STATE, ZIP CODE | TELEPHONE NO. *(Include area code)* | |
| NAME OF LABORATORY OR HOSPITAL DEPARTMENT | | |
| ADDRESS/LOCATION *(Number, Street, Location if applicable)* | | |
| CITY, STATE, ZIP CODE | TELEPHONE NO. *(Include area code)* | |

In the next three sections, indicate testing performed and annual test volume.

## VI. WAIVED TESTING

Identify the waived testing (to be) performed. Be as specific as possible. This includes each analyte test system or device used in the laboratory.

e.g. (Rapid Strep, Acme Home Glucose Meter)

N/A -- Closure

Indicate the **ESTIMATED TOTAL ANNUAL TEST** volume for all waived tests performed ______________

☐ Check if no waived tests are performed

## VII. PPM TESTING

Identify the PPM testing (to be) performed. Be as specific as possible.

e.g. (Potassium Hydroxide (KOH) Preps, Urine Sediment Examinations)

N/A

Indicate the **ESTIMATED TOTAL ANNUAL TEST** volume for all PPM tests performed ______________

For laboratories applying for certificate of compliance or certificate of accreditation, also include PPM test volume in the specialty/subspecialty category and the "total estimated annual test volume" in section VIII.

☐ Check if no PPM tests are performed

If additional space is needed, check here ☐ and attach additional information using the same format.

## VIII. NON-WAIVED TESTING *(Including PPM testing if applying for a Certificate of Compliance or Accreditation)*

If you perform testing other than or in addition to waived tests, complete the information below. If applying for one certificate for multiple sites, the total volume should include testing for ALL sites.

Place a check (✓) in the box preceding each specialty/subspecialty in which the laboratory performs testing. Enter the estimated annual test volume for each specialty. Do not include testing not subject to CLIA, waived tests, or tests run for quality control, calculations, quality assurance or proficiency testing when calculating test volume. (For additional guidance on counting test volume, see the instructions included with the application package.)

If applying for a Certificate of Accreditation, indicate the name of the Accreditation Organization beside the applicable specialty/subspecialty for which you are accredited for CLIA compliance. (The Joint Commission, AOA, AABB, CAP, COLA or ASHI)

| SPECIALTY / SUBSPECIALTY | ACCREDITING ORGANIZATION | ANNUAL TEST VOLUME |
|---|---|---|
| HISTOCOMPATIBILITY 010 | | |
| ☐ Transplant | | |
| ☐ Nontransplant | | |
| MICROBIOLOGY | | |
| ☐ Bacteriology 110 | | |
| ☐ Mycobacteriology 115 | | |
| ☐ Mycology 120 | | |
| ☐ Parasitology 130 | | |
| ☐ Virology 140 | | |
| DIAGNOSTIC IMMUNOLOGY | | |
| ☐ Syphilis Serology 210 | | |
| ☐ General Immunology 220 | | |
| CHEMISTRY | | |
| ☐ Routine 310 | | |
| ☐ Urinalysis 320 | | |
| ☐ Endocrinology 330 | | |
| ☐ Toxicology 340 | | |

| SPECIALTY / SUBSPECIALTY | ACCREDITING ORGANIZATION | ANNUAL TEST VOLUME |
|---|---|---|
| HEMATOLOGY 400 | | |
| ☐ Hematology | | |
| IMMUNOHEMATOLOGY | | |
| ☐ ABO Group & Rh Group 510 | | |
| ☐ Antibody Detection (transfusion) 520 | | |
| ☐ Antibody Detection (nontransfusion) 530 | | |
| ☐ Antibody Identification 540 | | |
| ☐ Compatibility Testing 550 | | |
| PATHOLOGY | | |
| ☐ Histopathology 610 | | |
| ☐ Oral Pathology 620 | | |
| ☐ Cytology 630 | | |
| RADIOBIOASSAY 800 | | |
| ☐ Radiobioassay | | |
| CLINICAL CYTOGENETICS 900 | | |
| ☐ Clinical Cytogenetics | | |
| TOTAL ESTIMATED ANNUAL TEST VOLUME: | | N/A |

Confidential THPFM0005754136

## IX. TYPE OF CONTROL (check the one most descriptive of ownership type)

| VOLUNTARY NONPROFIT | FOR PROFIT | GOVERNMENT |
|---|---|---|
| ☐ 01 Religious Affiliation | ☒ 04 Proprietary | ☐ 05 City |
| ☐ 02 Private Nonprofit | | ☐ 06 County |
| ☐ 03 Other Nonprofit | | ☐ 07 State |
| _______ (Specify) | | ☐ 08 Federal |
| | | ☐ 09 Other Government |
| | | _______ (Specify) |

## X. DIRECTOR AFFILIATION WITH OTHER LABORATORIES

If the director of this laboratory serves as director for additional laboratories that are separately certified, please complete the following:

| CLIA NUMBER | NAME OF LABORATORY |
|---|---|
| None | |
| | |
| | |
| | |
| | |
| | |

**ATTENTION: READ THE FOLLOWING CAREFULLY BEFORE SIGNING APPLICATION**

Any person who intentionally violates any requirement of section 353 of the Public Health Service Act as amended or any regulation promulgated thereunder shall be imprisoned for not more than 1 year or fined under title 18, United States Code or both, except that if the conviction is for a second or subsequent violation of such a requirement such person shall be imprisoned for not more than 3 years or fined in accordance with title 18, United States Code or both.

Consent: The applicant hereby agrees that such laboratory identified herein will be operated in accordance with applicable standards found necessary by the Secretary of Health and Human Services to carry out the purposes of section 353 of the Public Health Service Act as amended. The applicant further agrees to permit the Secretary, or any Federal officer or employee duly designated by the Secretary, to inspect the laboratory and its operations and its pertinent records at any reasonable time and to furnish any requested information or materials necessary to determine the laboratory's eligibility or continued eligibility for its certificate or continued compliance with CLIA requirements.

| SIGNATURE OF OWNER/DIRECTOR OF LABORATORY *(Sign in ink)* | DATE |
|---|---|
| [signature] | October 24, 2016 |

**NOTE: Completed 116 applications must be sent to your local State Agency.**

**SEE ATTACHED LIST OF STATE AGENCY CONTACT INFORMATION.**
**http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/CLIASA.pdf**

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0581. The time required to complete this information collection is estimated to average 30 minutes to 2 hours per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

# THE CLINICAL LABORATORY IMPROVEMENT AMENDMENTS (CLIA) APPLICATION (FORM CMS-116)

## INSTRUCTIONS FOR COMPLETION

CLIA requires every facility that tests human specimens for the purpose of providing information for the diagnosis, prevention or treatment of any disease or impairment of, or the assessment of the health of, a human being to meet certain Federal requirements. If your facility performs tests for these purposes, it is considered, under the law, to be a laboratory. CLIA applies even if only one or a few basic tests are performed, and even if you are not charging for testing. In addition the CLIA legislation requires financing of all regulatory costs through fees assessed to affected facilities.

The CLIA application (Form CMS-116) collects information about your laboratory's operation which is necessary to determine the fees to be assessed, to establish baseline data and to fulfill the statutory requirements for CLIA. This information will also provide an overview of your facility's laboratory operation. All information submitted should be based on your facility's laboratory operation as of the date of form completion.

**NOTE: WAIVED TESTS ARE NOT EXEMPT FROM CLIA. FACILITIES PERFORMING ONLY THOSE TESTS CATEGORIZED AS WAIVED MUST APPLY FOR A CLIA CERTIFICATE OF WAIVER.**

**NOTE: Laboratory directors performing non-waived testing (including PPM) must meet specific education, training and experience under subpart M (42 CFR PART 493) of the CLIA requirements. Proof of these requirements for the laboratory director must be submitted with the application. Information to be submitted with the application include:**

- **Verification of State Licensure, as applicable**
- **Documentation of qualifications:**
  - **Education (copy of Diploma, transcript from accredited institution, CMEs),**
  - **Credentials, and**
  - **Laboratory experience.**

**Individuals who attended foreign schools must have an evaluation of their credentials determining equivalency of their education to education obtained in the United States. Failure to submit this information will delay the processing of your application.**

**ALL APPLICABLE SECTIONS MUST BE COMPLETED. INCOMPLETE APPLICATIONS CANNOT BE PROCESSED AND WILL BE RETURNED TO THE FACILITY. PRINT LEGIBLY OR TYPE INFORMATION.**

### I. GENERAL INFORMATION

For an initial applicant, check **"initial application"**. For an initial survey or for a recertification, check **"survey"**. For a request to change the type of certificate, check **"change in certificate type"** and provide the effective date of the change. For all other changes, including change in location, director, lab closure, etc., check **"closure/other changes"** and provide the effective date of the change.

**CLIA Identification Number:** For an initial applicant, the CLIA number should be left blank. The number will be assigned when the application is processed. For all other applicants, enter the 10 digit CLIA identification number already assigned and listed on your CLIA certificate.

**Facility Name:** Be specific when indicating the name of your facility, particularly when it is a component of a larger entity, e.g., respiratory therapy department in XYZ Hospital. For a physician's office, this may be the name of the physician. NOTE: the information provided is what will appear on your certificate.

**Physical Facility Address:** This address is mandatory and must reflect the physical location where the laboratory testing is performed. The address may include a floor, suite and/or room location, but cannot be a Post Office box or Mail Stop.

If the laboratory has a separate mailing and/or corporate address (from the Facility Address), please complete the appropriate sections on the form.

**Mailing Address:** This address is optional and may be used if the laboratory wants to direct the mailing of the CLIA fee coupon and/or CLIA certificate to an alternate location, such as an accounts payable office. A Post Office box number or Mail Stop number may be used as part of the Mailing Address for this section.

**Corporate Address:** This address is optional and may be used if the laboratory wants to direct the mailing of the CLIA fee coupon and/or CLIA certificate to another location, such as, the main headquarters or home office for the laboratory. A Post Office box number or Mail Stop number may be used as part of the Corporate Address for this section.

**Form Mailing:** Select the address (Physical, Mailing, Corporate) where the CLIA fee coupon and CLIA certificate are to be mailed.

**For Office Use Only:** The date received is the date the form is received by the state agency or CMS regional office for processing.

### II. TYPE OF CERTIFICATE REQUESTED

Select your certificate type based on the highest level of test complexity performed by your laboratory. A laboratory performing non-waived tests can choose Certificate of Compliance or Certificate of Accreditation based on the agency you wish to survey your laboratory.

When completing this section, please remember that a facility holding a: **Certificate of Waiver** can only perform tests categorized as waived;*

- **Certificate for Provider Performed Microscopy Procedures** (PPM) can only perform tests categorized as PPM, or tests categorized as PPM and waived tests;*
- **Certificate of Compliance** can perform tests categorized as waived, PPM and moderate and/or high complexity tests provided the applicable CLIA quality standards are met following a CLIA survey; and
- **Certificate of Accreditation** can perform tests categorized as waived, PPM and moderate and/ or high complexity non-waived tests provided the laboratory is currently accredited by an approved accreditation organization. (If your CMS-approved accreditation organization is not listed, contact your local State Agency for further instructions.)

*A current list of waived and PPM tests may be obtained from your State agency. Specific test system categorizations can also be found on the Internet at: **http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfCLIA/clia.cfm.**

**III. TYPE OF LABORATORY**

Select the type that is most descriptive of the location where the laboratory testing is performed.

If selecting 'mobile laboratory' (code 19), a mobile laboratory is defined as a movable, self-contained operational laboratory with its own personnel, equipment, and records. For record keeping purposes, include, on a separate sheet of paper, the vehicle identification numbers (VINs) of all vehicles used for mobile laboratory testing.

If selecting 'physician office' (code 21), also answer a related question regarding 'shared labs'.

A shared laboratory is when two or more sole practicing physicians collectively pool resources to fund one laboratory's operations. The definition of a shared laboratory may also include two or more physician group practices that share the expenses for the laboratory's operation.

If selecting 'Practitioner Other' (code 22), this type includes practitioners such as, dentists, chiropractors, etc.

**IV. HOURS OF ROUTINE OPERATION**

Provide only the times when actual laboratory testing is performed in your facility. Please use the HH:MM format and check box marked '24/7' if laboratory testing is performed continuously, e.g., 24 hours a day, 7 days a week. Do not use military time.

**V. MULTIPLE SITES**

You can only qualify for the multiple site provision (more than one site under one certificate) if you meet one of the CLIA requirements described in 42 CFR 493. 493.35(b)(1-3), 493.43(b)(1-3) and 493.55(b)(1-3) Hospice and HHA could qualify for an exception.

**VI. WAIVED TESTING**

Indicate the estimated total annual test volume for all waived tests performed. List can be found at: **http:www.cms.gov/CLIA/downloads/waivetbl.pdf**

**VII. PPM TESTING**

Indicate the estimated total annual test volume for all PPM tests performed. List can be found at: **http://www.cms.gov/clia/downloads/ppmp.list.pdf**

**VIII. NON-WAIVED TESTING** *(INCLUDING PPM)*

The total Estimated Annual Test volume in this section includes all non-waived testing, including PPM tests previously counted in section VII. Follow the specific instructions on page 3 of the Form CMS-116 when completing this section for test counting information. (Note: The Accrediting Organization column should reflect accreditation information for CLIA purposes only; e.g., CAP, etc.).

**IX. TYPE OF CONTROL**

Select the type of ownership or control which most appropriately describes your facility.

**X. DIRECTOR OF ADDITIONAL LABORATORIES**

List all other facilities for which the director is responsible and that are under different certificates. Note that for a Certificate of PPM, Certificate of Compliance or Certificate of Accreditation, an individual can only serve as the director for no more than five certificates.

---

Once the completed Form CMS-116 has been returned to the applicable State agency and it is processed, a fee remittance coupon will be issued. The fee remittance coupon will indicate your CLIA identification number and the amount due for the certificate, and if applicable the compliance (survey) or validation fee. If you are applying for a Certificate of Compliance or Certificate of Accreditation, you will initially pay for and receive a Registration Certificate. A Registration Certificate permits a facility requesting a Certificate of Compliance to perform testing until an onsite inspection is conducted to determine program compliance; or for a facility applying for a Certificate of Accreditation, until verification of accreditation by an approved accreditation organization is received by CMS.

**If you need additional information concerning CLIA, or if you have questions about completion of this form, please contact your State agency.**

**http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/CLIASA.pdf**

VIII. NON-WAIVED TESTING

# TESTS COMMONLY PERFORMED AND THEIR CORRESPONDING LABORATORY SPECIALTIES/SUBSPECIALITIES

## HISTOCOMPATIBILITY (010)

HLA Typing (disease associated antigens)

## MICROBIOLOGY

**Bacteriology (110)**
Gram Stain
Culture
Susceptibility
Strep screen
Antigen assays (H.pylori, Chlamydia, etc.)

**Mycobacteriology (115)**
Acid Fast Smear
Mycobacterial culture
Mycobacterial susceptibility

**Mycology (120)**
Fungal Culture
DTM
KOH Preps

**Parasitology (130)**
Direct Preps
Ova and Parasite Preps
Wet Preps

**Virology (140)**
RSV (Not including waived kits)
HPV assay
Cell culture

## DIAGNOSTIC IMMUNOLOGY

**Syphilis Serology (210)**
RPR
FTA, MHATP

**General Immunology (220)**
Allergen testing
ANA
Antistreptolysin O
Antigen/Antibody (hepatitis, herpes, rubella, etc.)
Complement (C3, C4)
Immunoglobulin
HIV
Mononucleosis assay
Rheumatoid factor
Tumor marker (AFP, CA 19-9, CA 15-3, CA 125)*

*Tumor markers can alternatively be listed under Routine Chemistry instead of General Immunology.

## HEMATOLOGY (400)

Complete Blood Count (CBC)
WBC count
RBC count
Hemoglobin
Hematocrit (Not including spun micro)
Platelet count
Differential
Activated Clotting Time
Prothrombin time (Not including waived instruments)
Partial thromboplastin time
Fibrinogen
Reticulocyte count
Manual WBC by hemocytometer
Manual platelet by hemocytometer
Manual RBC by hemocytometer
Sperm count

## IMMUNOHEMATOLOGY

ABO group (510)
Rh(D) type (510)
Antibody screening
Antibody identification (540)
Compatibility testing (550)

## PATHOLOGY

Dermatopathology
Oral Pathology (620)
PAP smear interpretations (630)
Other Cytology tests (630)
Histopathology (610)

## RADIOBIOASSAY (800)

Red cell volume
Schilling test

## CLINICAL CYTOGENETICS (900)

Fragile X
Buccal smear
Prader-Willi syndrome
FISH studies for: neoplastic disorders, congenital disorders or solid tumors.

**CHEMISTRY**

**Routine Chemistry (310)**
Albumin
Ammonia
Alk Phos
ALT/SGPT
AST/SGOT
Amylase
Bilirubin
Blood gas (pH, pO2, pCO2)
BUN
Calcium
Chloride
Cholesterol
Cholesterol, HDL
CK/CK isoenzymes
CO2
Creatinine
Ferritin
Folate
GGT
Glucose (Not fingerstick)
Iron
LDH/LDH isoenzymes
Magnesium
Potassium
Protein, electrophoresis
Protein, total
PSA
Sodium
Triglycerides
Troponin
Uric acid
Vitamin B12

**Endocrinology (330)**
Cortisol
HCG (serum pregnancy test)
T3
T3 Uptake
T4
T4, free
TSH

**Toxicology (340)**
Acetaminophen
Blood alcohol
Blood lead (Not waived)
Carbamazepine
Digoxin
Ethosuximide
Gentamicin
Lithium
Phenobarbital
Phenytoin
Primidone
Procainamide
NAPA
Quinidine
Salicylates
Theophylline
Tobramycin
Therapeutic Drug Monitoring

**Urinalysis** (320)**
Automated Urinalysis (Not including waived instruments)
Microscopic Urinalysis
Urine specific gravity by refractometer
Urine specific gravity by urinometer
Urine protein by sulfosalicylic acid

** Dipstick urinalysis is counted in Section VI. WAIVED TESTING

**NOTE:** This is not a complete list of tests covered by CLIA. Other non-waived tests and their specialties/ subspecialties can be found at **http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/SubjecttoCLIA.pdf** and **http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/lccodes.pdf.** You may also call your State agency for further information. State agency contact information can be found at: **http://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/CLIASA.pdf**.

## GUIDELINES FOR COUNTING TESTS FOR CLIA

- For **histocompatibility**, each HLA typing (including disease associated antigens), HLA antibody screen, or HLA crossmatch is counted as one test.
- For **microbiology**, susceptibility testing is counted as one test per group of antibiotics used to determine sensitivity for one organism. Cultures are counted as one per specimen regardless of the extent of identification, number of organisms isolated and number of tests/procedures required for identification.
- For **general immunology**, testing for allergens should be counted as one test per individual allergen.
- For **hematology**, each **measured** individual analyte of a **complete blood count** or **flow cytometry** test that is ordered **and reported** is counted separately. The **WBC differential** is counted as one test.
- For **immunohematology**, each ABO, Rh, antibody screen, crossmatch or antibody identification is counted as one test.
- For **histopathology**, each block (not slide) is counted as one test. Autopsy services are not included. For those laboratories that perform special stains on histology slides, the test volume is determined by adding the number of special stains performed on slides to the total number of specimen blocks prepared by the laboratory.
- For **cytology**, each slide (not case) is counted as one test for both Pap smears and nongynecologic cytology.
- For **clinical cytogenetics**, the number of tests is determined by the number of specimen types processed on each patient; e.g., a bone marrow and a venous blood specimen received on one patient is counted as two tests.
- For **chemistry**, each analyte in a profile counts as one test.
- For **urinalysis**, microscopic and macroscopia examinations, each count as one test. Macroscopics (dipsticks) are counted as one test regardless of the number of reagent pads on the strip.
- For **all specialties/subspecialities**, do not count calculations (e.g., A/G ratior, MCH, T7, etc.), quality control, quality assurance, or proficiency testing assays.

If you need additional information concerning counting tests for CLIA, please contact your State agency.




State of California—Health and Human Services Agency
# California Department of Public Health
## Laboratory Field Services

### *NOTIFICATION OF LABORATORY CHANGE*

| | |
|---|---|
| State License/Registration #: (CLF, CLA, CLM, CLR, CLP, COS) | CLF 00341367 |
| CLIA ID #: 05D | 05D2025714 |
| Laboratory Name: | Theranos, Inc. |
| Laboratory Address: | 7373 Gateway Blvd |
| City, State and Zip Code: | Newark, CA 94560 |
| Telephone Number: | (650) 838-9292 |
| Fax Number: | (650) 838-9165 |
| E-mail Address: | labsupport@theranos.com |

Please mail completed form to: **California Department of Public Health, Laboratory Field Services, ATT: Facilities Licensing, 850 Marina Bay Parkway, Bldg P, 1st Floor, Richmond, California 94804-6403.**

**THIS IS TO REQUEST CERTIFICATE CHANGE:**

**From:** ______________________

**TO:**

☐ Certificate of Compliance

☐ Certificate of Accreditation
**Note:** Proof of accreditation is required.

☐ Provider Performed Microscopy Procedures (PPMP)

☐ Waiver

☐ Cease Testing, specialty, subspecialty and/or test

☑ Closure of the Laboratory

EFFECTIVE DATE OF CHANGE(S): 10/05/2016

**THIS IS TO INFORM YOU OF A**

☐ Change of ownership (See note below)

☐ Change of Director/Add Director (See note)

**Note:** Items above may require additional forms. See website www.cdph.ca.gov/lfs for additional information

☐ Change of site address

☐ Change of laboratory name

☐ Change of mailing Address

☐ Change of telephone and/or fax

**From:** ______________________

______________________

**To/New:** ______________________

______________________

**ATTENTION: READ THE FOLLOWING CAREFULLY BEFORE SIGNING**

Pursuant of 42 U.S.C. 263 a (i)(l)(B) and 42 C.F.R. 493.1840(a)(2) your laboratory's CLIA certificate may be revoked if the laboratory performs any tests not within the category of laboratory examinations authorized by your CLIA certificate. Please be advised that any person who intentionally violates the mandates of CLIA shall be subject to imprisonment, or fines, or both. See 42 U.S.C. 263a(l).

If in the future you wish to reapply for a Certificate for moderate or high complexity testing, you must notify Laboratory Field Services and submit to an inspection before such testing may begin. This inspection must find the laboratory in compliance with all CLIA condition-level requirements found at 42 C.F.R. Part 493 before the laboratory may resume moderate or high complexity testing.

For changes in certificate type, your laboratory must pay the appropriate certificate fee and/or complience fee before the change can be effective.

**NOTE: This notification of change form is acceptable only if signed by the director of the laboratory.**

Kingshuk Das, M.D.
Name of Director Only (print)

[signature]
Signature of Director

10/24/2016
Date

California Department of Public Health, Laboratory Field Services, 850 Marina Bay Parkway, Bldg. P, 1st FL, Richmond, CA 94804-6403
(510) 620 – 3800
Internet Address: www.cdph.ca.gov/lfs

LAB 193 (8/11)