JOHN D. CLINE (CA State Bar No. 237759)
LAW OFFICE OF JOHN D. CLINE
One Embarcadero Center, Suite 500
San Francisco, California 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted *Pro Hac Vice*)
LANCE A. WADE (Admitted *Pro Hac Vice*)
MICHELLE CHEN (Admitted *Pro Hac Vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; MChen@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

# IN THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA**<br><br>**COURT'S ACCEPTANCE OF WAIVER**<br><br>**[RULE 10(b), Fed. R. Crim. P.]**<br><br>Assigned to Hon. Edward J. Davila |

1    Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Elizabeth A. Holmes, acknowledge and agree to the following in the above case:

1. I have received a copy of the Superseding Indictment [Doc. 39] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the Superseding Indictment. By signing this Waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

4. I have been informed of my rights under Title 18 U.S.C. § 3161-3174 (Speedy Trial Act), and authorize my undersigned attorney to set times and delays under the Act without my being present.

DATED: October 3, 2018

_____
Elizabeth A. Holmes
Defendant

///
///
///
///
///

1

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA
Case No. CR-18-00258 EJD

I am attorney of record for the above-named Defendant. I have reviewed the charges against my client and agree and consent to the Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea.

DATED: October 3, 2018

WILLIAMS & CONNOLLY LLP

By: _/s/ Kevin M. Downey_
    Kevin M. Downey

Attorneys for Defendant
ELIZABETH A. HOLMES

The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a plea of "Not Guilty" for the Defendant Elizabeth A. Holmes.

DATED: October 3, 2018

Magistrate Judge Susan van Keulen