Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | Case No: 18-cr-00258 |
| Plaintiff(s), ) | |
| v. ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| Elizabeth Holmes & Ramesh Balwani ) | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). ) | |

I, Seema Mittal Roper, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Elizabeth Holmes in the above-entitled action. My local co-counsel in this case is John D. Cline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| 725 Twelfth Street, NW<br>Washington, DC 20005 | One Embarcadero Center, Suite 500<br>San Francisco, CA 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (202) 434-5775 | (415) 662-2260 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| SMRoper@wc.com | cline@johndclinelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 995166.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/4/2018

Seema Mittal Roper
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Seema Mittal Roper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/5/2018

UNITED STATES DISTRICT JUDGE