UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** October 15, 2018    **Time:** 1:45-1:51 pm    **Judge:** Edward J. Davila
**Total Time:** 6 Mins.

**Case No.:** 18-cr-00258-EJD-1,2    **Case Name:** UNITED STATES v. Elizabeth A. Holmes(P)(NC), Ramesh Sunny Balwani(P(NC)

**Attorney for Plaintiff:** John Bostic, Robert Leach, Jeffrey Schenk
**Attorney for Defendant:** Lance Wade(Holmes), Jeffrey Coopersmith, Mark Bartlett, Kelly Gordon(Balwani)

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS – STATUS CONFERENCE

Defendants are present and out of custody.  Hearing held.
Defense Counsel informed the Court of the voluminous amount of discovery in this matter approx. 12 million pages of documents.  The Government will produce about half of the discovery (6 million pages) soon and then the additional half of discovery remaining after that. The parties are to meet and confer within 10 days pursuant to the order issued on 10/12/2018 by Magistrate Judge Susan van Keulen.
The Court upon agreement and no objection of the parties makes a finding that the case is complex.
Counsel requested the matter be continued to allow for review of discovery.
The Court granted the request and continued the matter to 1/14/2019.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 10/15/20/18 through and including 1/14/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: January 14, 2018 1:30 P.M. for Further Status Conference.**

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Begins – 10/15/2018
Ends – 1/14/2019

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: