1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorneys
6
        150 Almaden Boulevard, Suite 900
7       San Jose, California 95113
        Telephone: (408) 535-5061
8       Fax: (408) 535-5066
        Jeffrey.b.schenk@usdoj.gov
9
   Attorneys for United States of America
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,         ) CR-18-00258-EJD (SVK)
                                       )
15 |       Plaintiff,                  ) JOINT STATUS MEMORANDUM
                                       )
16 |    v.                             )
                                       )
17 | ELIZABETH HOLMES and              )
     RAMESH "SUNNY" BALWANI,           )
18 |                                   )
           Defendants.                 )
19                                     )
                                       )
20
           On October 12, 2018, the Court issued an Order Denying Defendants' Motion for Order
21
   Directing Government to Cease And Desist Post-Indictment Use of the Grand Jury Process. ECF No.
22
   54. In the order, the Court directed the parties to meet and confer upon procedures for a privilege
23
   review of Theranos' September 14, 2018 production. On October, 19, 2018, counsel for the parties met
24
   and conferred telephonically. Counsel for the United States advised counsel for the defendants that it is
25
   in the process of forming a "taint or filter" team to review the production for information subject to a
26
   privilege belonging to defendants. The parties further agreed that the taint or filter team will solicit
27
   input from defense counsel regarding search terms and additional procedures that should be employed.
28

JOINT STATUS MEMORANDUM
CR-18-00258 EJD (SVK)

The parties further agreed that, before any documents from the September 14, 2018 production are produced to the government's trial team, the taint or filter team will provide notice to counsel for the defendants of the documents to be produced and sufficient opportunity to raise any specific objections with the Court. To date, no disagreements have arisen with respect to the procedures for a privilege review.

DATED: October 22, 2018              Respectfully submitted,

                                     ALEX G. TSE
                                     United States Attorney


                                     /s/
                                     JEFF SCHENK
                                     JOHN C. BOSTIC
                                     ROBERT S. LEACH
                                     Assistant United States Attorneys

DATED: October 22, 2018


                                     KEVIN DOWNEY
                                     LANCE WADE
                                     Attorneys for Elizabeth Holmes


DATED: October 22, 2018


                                     JEFF COOPERSMITH
                                     MARK BARTLETT
                                     Attorneys for Ramesh "Sunny" Balwani

JOINT STATUS MEMORANDUM
CR-18-00258 EJD (SVK)