UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 14, 2019     **Time:** 1:35-1:40 pm     **Judge:** Edward J. Davila
**Total Time:** 5 Mins.

**Case No.:** 18-cr-00258-EJD-1,2     **Case Name:** UNITED STATES v. Elizabeth A. Holmes(P)(NC), Ramesh Sunny Balwani(P(NC)

**Attorney for Plaintiff:** John Bostic, Robert Leach, Jeffrey Schenk
**Attorney for Defendant:** Lance Wade(Holmes), Jeffrey Coopersmith, Mark Bartlett, Kelly Gordon(Balwani)

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** N/A

## PROCEEDINGS – STATUS CONFERENCE

Defendants are present and out of custody.  Hearing held.
The Government updated the Court as to the status of the discovery in this matter.  There is approx. a total of 16-17 million pages of discovery in this matter.  The Government anticipates receiving another batch of discovery sometime in the next week or so.  The Government indicated it is nearing the end of the production of discovery.  Counsel confirmed with the Court that it found and ordered the case is complex at the last hearing on 10/15/2018.  Counsel requested the matter be continued to allow for production and review of discovery.
The Court granted the request and continued the matter to 4/22/2019.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time from 1/14/20/19 through and including 4/22/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv).

**CASE CONTINUED TO: April 22, 2019 1:30 P.M. for Further Status Conference.**

**EXCLUDABLE DELAY:**
Category – Case is complex and effective preparation of Counsel.
Begins – 1/14/2019
Ends – 4/22/2019

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Adriana M. Kratzmann*
Courtroom Deputy
Original: Efiled
CC: