1  JOHN D. CLINE (CA State Bar No. 237759)
   One Embarcadero Center, Suite 500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
   MICHELLE CHEN (Admitted Pro Hac Vice)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; SMRoper@wc.com; MChen@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND *BRADY* MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Date: April 29, 2019 |
| Defendants. | Time: 2:00 p.m. |
| | CTRM: 4, 5th Floor |
| | Hon. Edward J. Davila |

I, LANCE WADE, declare as follows:

1.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. Pursuant to Criminal Local Rule 16-2, I submit this declaration in support of Ms. Holmes' Motion To Compel Production of Rule 16 Discovery and *Brady* Materials ("the Motion").

2.  On April 1 and April 5, 2019, pursuant to Criminal Local Rule 16-1(a), counsel for the

DECLARATION IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND BRADY MATERIALS
CR-18-00258 EJD                    1

Defendants and the government met and conferred regarding the government's discovery obligations in this case. Attending these conferences were: Lance Wade, Seema Mittal Roper, and Michelle Chen, attorneys for Ms. Holmes; Steven A. Cazares, Jeffrey B. Coopersmith, and Kelly M. Gorton, attorneys for Mr. Balwani; and Assistant United States Attorneys Jeff Schenk, John C. Bostic, and Robert S. Leach (Mr. Leach was present for only the April 5, 2019 conference).

3. Counsel for the defense and government discussed the government's discovery obligations under Federal Rule of Criminal Procedure 16 with respect to previously requested categories of documents from certain federal and state agencies. It was agreed upon that the government must produce under Rule 16 documents over which it has possession, custody, or control.

4. The parties disagreed, however, whether the requested agency documents are in fact within the government's possession, custody, or control under the law of the Ninth Circuit. In particular, the parties did not resolve whether responsive documents of the Food and Drug Administration ("FDA"), the Center for Medicare and Medicaid Services ("CMS"); the California Department of Public Health ("CDPH"); and the Securities and Exchange Commission ("SEC") are producible under Rule 16 in this case. That is the primary disputed matter that requires the determination of the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of April in Washington, D.C.

_____
LANCE WADE
Attorney for Elizabeth Holmes