JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; SMRoper@wc.com; MChen@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND *BRADY* MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Date:  April 29, 2019<br>Time:  2:00 p.m.<br>CTRM:  4, 5th Floor |
| Defendants. | Hon. Edward J. Davila |

I, LANCE WADE, declare as follows:

1.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Compel Production of Rule 16 Discovery and *Brady* Materials (the "Motion"). I attest to the following facts upon which the Motion relies:

2.  The government has produced in discovery over 40,000 pages of Food and Drug

DECLARATION IN SUPPORT MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND BRADY MATERIALS
CR-18-00258 EJD                                                1

1. Administration ("FDA") documents, including internal FDA communications.

2. 3. The government's Rule 16 productions include memoranda of 41 witness interviews conducted or attended by FDA agents. At least 27 of those 41 interviews were jointly conducted by FDA and Department of Justice ("DOJ") agents or attorneys.

3. 4. The government has made three productions of documents it obtained from the Center for Medicare and Medicaid Services ("CMS"), totaling over 260,000 pages and an additional 8 GB of data. These documents largely concern patient lab test results, documents that Theranos, Inc. ("Theranos") submitted to CMS, and external CMS communications with Theranos.

4. 5. FBI 302 memoranda produced in discovery identify Securities and Exchange Commission ("SEC") agents as having participated in at least 57 joint witness interviews with DOJ attorneys or case agents assigned to the government's investigation.

5. 6. The undersigned has reviewed documents produced pursuant to the protective order in a related case that contain communications between John Carreyrou of the *Wall Street Journal* and a source in which Carreyrou encouraged the source to file a complaint with either the FDA or CMS so as to obtain whistleblower protection. The defense can submit these documents under seal or directly to chambers upon the Court's request.

6. 7. Attached to the Motion are 18 exhibits containing copies of documents produced as discovery in this case. The contents of each are as follows:

    a. Exhibit 1 is a true and correct copy of an excerpt of an FDA memorandum of a September 13, 2017 interview of Alberto Gutierrez of FDA

    b. Exhibit 2 is a true and correct copy of excerpts from an October 22, 2015 Document Request from the SEC to Theranos and a January 11, 2016 Grand Jury Subpoena issued to Theranos.

    c. Exhibit 3 is a true and correct copy of an excerpt of an FBI Form 302 memorandum of a December 20, 2017 interview of Craig Hall, a Theranos investor.

    d. Exhibit 4 is a true and correct copy of an excerpt of an FBI Form 302 memorandum of a January 26, 2017 interview of Daniel Mosley, a Theranos investor.

e. Exhibit 5 is a true and correct copy of a series of correspondence between the undersigned and counsel for the government concerning the subject matter of this Motion: (1) a February 5, 2019 letter from the undersigned to the government; (2) a February 8, 2019 letter from the undersigned to the government; (3) a February 22, 2019 letter from the government to counsel for Ms. Holmes; (4) a March 27, 2019 letter from the undersigned to the government; (5) a March 27, 2019 email from the undersigned to the government.; (6) an April 5, 2019 email from the government to the defense, and; (7) an April 7, 2019 letter from the undersigned to the government.

f. Exhibit 6 is a true and correct copy of a March 27, 2017 letter from a United States Postal Inspection Service ("USPIS") Inspector to an employee at the FDA.

g. Exhibit 7 is a true and correct copy of an April 7, 2017 letter from an FDA employee to a USPIS Inspector.

h. Exhibit 8 is a true and correct copy of litigation hold letters sent by Assistant United States Attorney Jeff Schenk to the FDA and CMS in 2017.

i. Exhibit 9 is a true and correct copy of a series of CMS email communications in June 2015. The grey redactions were implemented by the government prior to production to the defense.

j. Exhibit 10 is a true and correct copy of an internal FDA "Briefing Memo" on Theranos dated October 2, 2015.

k. Exhibit 11 is a true and correct copy of an excerpt of an FDA memorandum of a November 8, 2017 interview of Dr. Nicole Sundene, an Arizona physician.

l. Exhibit 12 is a true and correct copy of an excerpt of an FDA memorandum of a September 12, 2017 interview of Sarah Bennett of CMS.

m. Exhibit 13 is a true and correct copy of a January 22, 2016 email from Theranos to Gary Yamamoto of CMS.

n. Exhibit 14 is a true and correct copy of an August 12, 2015 email exchange between FDA employees and Mr. Carreyrou.

o. Exhibit 15 is a true and correct copy of an excerpt from an internal FDA email

1  exchange in September 2015.

2        p.    Exhibit 16 is a true and correct copy of an email exchange among FDA
3  employees in September 2015.

4        q.    Exhibit 17 is a true and correct copy of a series of correspondence between
5  government investigators—including at the USPIS and the Federal Bureau of Investigation—and a
6  representative at the SEC.

7        r.    Exhibit 18 is a true and correct copy of an email exchange between a CMS
8  employee and an employee at the California Department of Public Health ("CDPH").

9     8.    All exhibits have been redacted to omit personal identifying information as well as
10 information not relevant to the Motion.

12 I declare under penalty of perjury under the laws of the United States that the foregoing is true
13 and correct to the best of my knowledge.
14 Executed this 15th day of April in Washington, D.C.

LANCE WADE
Attorney for Elizabeth Holmes

DECLARATION IN SUPPORT MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND BRADY MATERIALS
CR-18-00258 EJD                            4