# EXHIBIT 2

**Document Request to Theranos, Inc.**
In the Matter of Theranos, Inc. (MSF-4030)
October 22, 2015

## DEFINITIONS

A. "DOCUMENT" and "DOCUMENTS" mean any and all records, whether drafts or final versions, originals or annotated or non-identical copies, however and by whomever created, produced, or stored (manually, mechanically, electronically, or otherwise), including, but not limited to, books, papers, files, notes, account statements, confirmations, drawings, graphs, charts, photographs, sound recordings, images, reports, correspondence, letters, memoranda, electronic files, computer records, computer programs, e-mail, Internet sites, World Wide Web pages, ledger sheets, telegrams, telexes, telephone bills, messages or logs, handwritten notes, minutes of conversations or meetings, contracts, agreements, calendars, datebooks, diaries, records of billings, checks, receipts, wire transfers, drafts for money, records of payment, data, magnetic tape, tape recordings, disks, diskettes, diskpacks or other electronic media, back-up tapes, microfilm, microfiche, and other storage devices.  "DOCUMENT" and "DOCUMENTS" shall also include all "writings," "recordings," and "photographs" as defined by Rule 1001 of the Federal Rules of Evidence and all "electronically stored information," "documents," and "tangible things" as those terms are used in Rules 26 and 34 of the Federal Rules of Civil Procedure.

B. "COMMUNICATIONS" means any and all written, oral, telephonic or other utterances of any nature whatsoever, shared, shown and/or transferred between and/or among any two or more persons or entities, including, without limitation, any statements, inquiries, discussions, conversations, dialogues, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, e-mails, notations, telegrams, advertisements, interviews and all other documents.

C. "REGARDING," "RELATE TO," "REFER TO," "CONCERNING," "REFERRING TO," "RELATING TO," and "REFERENCING" mean referring to, pertaining to, relating to, alluding to, bearing upon, commenting upon, touching upon, regarding, concerning, recording, referencing, evidencing, constituting, substantiating, supporting, contradicting, discussing, mentioning, including, showing, demonstrating, reflecting, or otherwise affecting (directly or indirectly).

D. "THERANOS," "YOU," and "YOUR" means Theranos, Inc., the entity and its divisions, groups, subsidiaries, predecessors, successors and affiliates, as well as current and former officers, directors, members, general and limited partners, employees, attorneys, accountants, agents, representatives, and any person acting on behalf of Theranos, Inc. with express, implied or apparent authority to do so or under its direction or control.

## DOCUMENTS TO BE PRODUCED

1. DOCUMENTS sufficient to identify all divisions within Theranos currently, the responsibilities of each division, and reporting lines, including, but not limited to, organizational charts.

2. DOCUMENTS sufficient to identify all current Theranos employees, including names, divisions, titles, and reporting lines.

*In the Matter of Theranos, Inc. (MSF-4030)*
*October 22, 2015*
*Page 2*

      3.      Theranos' capitalization table, showing all investors and number of shares owned by each investor.

      4.      DOCUMENTS sufficient to show contact information for every Theranos investor (including physical address, phone number, and email address), the date of investment, and investment amount, regardless of whether that person or entity is still invested in Theranos.

      5.      All DOCUMENTS regarding any fundraising efforts by Theranos from January 1, 2010 to the date of production, including, but not limited to, marketing materials shown to prospective investors, offering materials, and notes taken of meetings with investors.

      6.      All iterations of Theranos' website from January 1, 2010 to the present.



United States Attorney
Northern District of California

11th Floor, Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495

(415)436-7200
FAX: (415) 436-7234

January 11, 2016

Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq.

**Re: Grand Jury Subpoena Investigation #2016R00024-1**

Dear Sir or Madam:

    You have received a grand jury subpoena duces tecum in connection with the above-numbered grand jury investigation. The subpoena has been issued in furtherance of that investigation.

    This letter is written to advise you that disclosure of the subpoena and your response to it to any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it to any person for the indefinite future.

    If you have any questions about this request, please telephone me at ▮▮▮▮▮▮▮.

Very truly yours,

BRIAN J. STRETCH
Acting United States Attorney



ROBERT S. LEACH
Assistant United States Attorney

RSL:bk
Enclosures

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury                USAO NO. 2016R00024-1    GJ 14-3

# UNITED STATES DISTRICT COURT
for the
Northern District of California

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq. - Bois, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, NY 10022

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Federal Building & Courthouse, Grand Jury Room A, 17<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Date and Time:<br><br>01/28/2016 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**PLEASE SEE ATTACHED**

Date:   01/11/2016



*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Robert S. Leach, AUSA
U.S. Attorney's Office
450 Golden Gate Avenuen, 11th Floor, San Francisco, CA 94102, Ph: (415) 436-7534
This subpoena is issued on application of the United States of America.
BRIAN J. STRETCH
ACTING UNITED STATES ATTORNEY



# U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415)436-7200
*450 Golden Gate Ave., Box 36055*  *FAX: (415) 436-7234*
*San Francisco, CA 94102-3495*

## ADVICE OF RIGHTS

In accordance with Department of Justice regulations, this form is attached to all federal grand jury subpoenas, regardless of the status, culpability, or involvement of the person who receives a subpoena.

1. The grand jury is conducting an investigation of possible violations of federal criminal law involving securities fraud, wire fraud, mail fraud, false statements, the Federal Food, Drug, and Cosmetic Act, and other offenses.

2. A witness before the grand jury may refuse to answer any questions if a truthful answer to the question would tend to incriminate the witness.

3. Anything said by a witness before the grand jury may be used against the witness by a grand jury or in a subsequent legal proceeding.

4. If a witness has retained counsel, the grand jury will permit the witness a reasonable opportunity to step outside the grand jury to consult with counsel if the witness so desires.

## ATTACHMENT A

Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Fax: (212) 446-2350


1. Documents sufficient to identify all shareholders of Theranos.
2. Documents sufficient to identify any bank accounts or lines of credit of Theranos.
3. Documents sufficient to identify all securities offerings by Theranos.
4. With respect to any securities offering, a copy of the prospectus and any other offering materials used.
5. All documents relating to any business arrangement between Theranos and Walgreens, including, without limitation, all agreements with Walgreens, all communications with Walgreens relating to any business arrangement, and all documents relating to Theranos' performance under any agreement.
6. All documents relating to any business arrangement between Theranos and Safeway, including, without limitation, all agreements with Safeway, all communications with Safeway relating to any business arrangement, and all documents relating to Theranos' performance under any agreement.
7. All documents relating to any communications between Theranos and Novartis AG, including, but not limited to, notes or e-mails summarizing or describing meetings with Novartis.
8. All documents relating to any communications between Theranos and the Cleveland Clinic.