# EXHIBIT 3



# FEDERAL BUREAU OF INVESTIGATION

Date of entry  01/29/2018

CRAIG HALL (HALL) was interviewed via telephone. Securities and Exchange Commission (SEC) Attorney Rahul Kolhatkar, SEC Attorney Jessica Chan, SEC Assistant Regional Director Monique Winkler, SEC Accountant Michael Foley, and SEC Trial Attorney Jason Habermyer were present during the interview. After being advised of the identities of the interviewers and the nature of the interview, HALL provided the following information:



Investigation on 12/20/2017 at San Francisco, California, United States (In Person)

File # 318A-SF-7315857  Date drafted 12/20/2017

by CAMERON W W PURVES, Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.



HALL felt like he was given a short amount of time to decide on his investment in 2013. HALL had a phone call with HOLMES and invested his additional funds through CHRIS. HOLMES had a call on December 20, 2013 with CHRIS' clients, including HALL. HALL was excited about THERANOS at the time and he thought the investment was an incredible opportunity. HALL thought there was validation of the overall concept based on the THERANOS board and the work with the military. HALL contacted HOLMES less than three times before the December 20, 2013 call. There was a substantial lapse of time before the December call.

HALL made the recording of the December call by using his speaker phone. HALL taped the call because he thought he would not remember everything said on the call. DON BROWN (BROWN) was the President of HALL's company and he also invested some money in THERANOS. HALL never shared the recording with anybody else. The recording may have been stored in an envelope in his secretary's files. It was uncommon for HALL to record telephone calls, but he has done it a handful of other times. HALL made the recording while he was in his offices in Dallas, Texas. The production to the Government was a copy of the recording, somebody still had the original cassette. HALL had not listened to the recording in awhile, but he did listen to it in order to prepare for this interview.

