# EXHIBIT 4

FD-302 (Rev. 5-8-10)



FEDERAL BUREAU OF INVESTIGATION

Date of entry  03/15/2017

    DANIEL MOSLEY (MOSLEY) was interviewed at the San Francisco Regional Office of the Securities and Exchange Commission (SEC). Also present during the interview representing MOSLEY, were John Buretta and Morgan Cohen of Cravath, Swaine & Moore LLP (Cravath). Rahul Kolhatkar, Jessica Chan and Michael Foley of the SEC were also present. United States Postal Inspection Service, Postal Inspector Christopher McCollow was present during the interview. After being advised of the identities of the interviewers and the nature of the interview, MOSLEY provided the following information:



Investigation on 01/26/2017 at San Francisco, California, United States (In Person)

File # 318A-SF-7315857  Date drafted 01/26/2017

by CAMERON W W PURVES, Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.