# EXHIBIT 6

USPS TRACKING # 9114 999 423 8766 9268 39
& CUSTOMER   For Tracki quiries go to USPS.com
RECEIPT   or call 1-80 -1811.



UNITED STATES POSTAL INSPECTION SERVICE

SAN FRANCISCO DIVISION

COPY

March 27, 2017

Lauren DiPaola
Testimony Specialist
Office of Regulatory Affairs
Office of Policy and Risk Management
U.S. Food and Drug Administration
12420 Parklawn Dr
Element Bldg., Rm. 4042
Rockville, MD 20857-1740

Dear Ms. DiPaola:

The United States Postal Inspection Service (USPIS) requests access to the following non-public information pursuant to 21 C.F.R. § 20.85: Records and files maintained or created by the U.S. Food and Drug Administration (FDA) concerning Theranos. Additionally, USPIS requests the access and ability to conduct and participate in interviews of FDA employees concerning their interactions with Theranos.

The purpose for which the information is requested is to assist in the USPIS investigation of whether Theranos violated relevant sections of the United States Criminal Code, specifically Title 18 U.S.C. §§ 1341-1351. The records will only be used for the following authorized law enforcement activity: to determine whether Theranos or any employee acting on Theranos' behalf committed any violations of the criminal code and for other related criminal or civil law enforcement matters.

I certify that the law enforcement activity is authorized by law, that the records or information will be used only for the stated purpose and will not be disclosed outside USPIS without the prior written permission of the Food and Drug Administration. I also certify that disclosure within USPIS will be limited to the specific purpose stated above, and that I will provide a copy of this letter to any person(s) with whom I share the non-public information.

I understand that 21 U.S.C. § 331(j) of the Federal Food, Drug, and Cosmetic Act prohibits disclosure of trade secret information outside the Department of Health and Human Services. If you have any questions, please contact me at ▓▓▓▓▓▓▓▓ or by email at ▓▓▓▓▓▓▓▓.

Sincerely,

*[signature]*

Christopher McCollow
United States Postal Inspector

cc:   Kelsey A. Schaefer, Office of Chief Counsel, Food & Drug Administration

2501 RYDIN RD, FL 2S
RICHMOND, CA 94804-9712
PHONE: 510-568-4300
FAX: 510-568-4271