# EXHIBIT 7



**U.S. FOOD & DRUG ADMINISTRATION**

April 7, 2017

Christopher McCollow
United States Postal Inspector
San Francisco Division
U.S. Postal Inspection Service
2501 Rydin Rd, FL 2S
Richmond, CA 94804-9712

Dear Mr. McCollow:

This letter is in response to your March 27, 2017, request for disclosure of Food and Drug Administration (FDA) nonpublic records and/or information. You requested records or information, which may be currently under evaluation by the FDA, concerning Theranos. Additionally USPIS requests the access and ability to conduct and participate in interviews of FDA employees concerning their interactions with Theranos.

The purpose for which the information is being requested is to assist in the USPIS of whether Theranos violated relevant sections of the United States Criminal Code, specifically Title 18 U.S.C. §§ 1341-1351. The records will be used for the following law enforcement activity: to determine whether the United States has any civil or administrative monetary claim under the False Claims Act, 31 U.S.C. §§ 3729-3733.

In accordance with Title 21, Code of Federal Regulations, section 20.85 (21 CFR §20.85,) I have authorized Stacy Taylor, at the Center for Devices and Radiological Health and Quinna Douglas at the Center for Biologics Evaluation and Research and any other employee(s) who may have custody of responsive records and/or information to provide the information that you requested.

Please note that this authorization does not extend to trade secret information, disclosure of which outside the Department of Health and Human Services is prohibited by law (21 U.S.C. 331(j)), or to other information disclosure of which is otherwise prohibited by law or regulation (18 U.S.C. 1905 and 21 CFR 20.85). If the USPIS is interested in interviewing or meeting with FDA employees, please contact the Office of Chief Counsel.

You are reminded that FDA's responsive information and records that are exempt from disclosure to the public shall not be further disclosed to other personnel outside of your office without FDA's written permission.

U.S. Food & Drug Administration
12420 Parklawn Dr.
Rockville, MD 20857
www.fda.gov



Page 2 -   Christopher McCollow, United States Postal Inspector
          San Francisco Division, U.S. Postal Inspection Service

If you have any questions, please call Lori Poirier at ▮▮▮▮▮▮▮▮

Sincerely,

*[signature]*

Digitally signed by Armando P. Zamora -S
DN: c=US, o=U.S. Government, ou=HHS,
ou=FDA, ou=People,
0.9.2342.19200300.100.1.1=1300083140,
cn=Armando P. Zamora -S
Date: 2017.04.07 14:12:13 -04'00'

for   Douglas Stearn
      Director
      Office of Enforcement and Import Operations
      Office of Regulatory Affairs
      U. S. Food and Drug Administration