# EXHIBIT 9

**From:** (b)(6); (b)(7)(C)
**Sent:** Monday, June 29, 2015 5:53 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** FW: Theranos complaint back in April 2014

Here is the complaint info.

**From:** (b)(6); (b)(7)(C)
**Sent:** Monday, June 29, 2015 8:48 AM
**To:** Dyer, Karen (CMS/CCSQ)
**Cc:** (b)(6); (b)(7)(C)
**Subject:** FW: Theranos complaint back in April 2014

FYI

**From:** Shulman, Stephanie (HEALTH)
**Sent:** Monday, June 29, 2015 8:26 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: Theranos complaint back in April 2014

Hi (b)(6); (b)(7)(C)

The original complaint was received on (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) contacted our Laboratory Investigative Unit and stated " (b)(6); (b)(7)(C) would like to submit an anonymous complaint about the (b)(6); (b)(7)(C) handled the proficiency testing samples in February. My main issue is (b)(6); (b)(7) run patient samples on a technology (b) developed, but then run the proficiency testing samples on machines that (b)(6); (b)(7) purchased from companies like Immulite and Diasorin. (b)(6); (b)(7) inquired about the legality (b)(6); (b)(7) was told that since our system has no peer group (b) cannot be adequately evaluated by proficiency testing programs, which compare peer groups. (b); (b)(7 wondering if this could really be true. Secondly, the samples were also split so that we could run the samples on (b); (b)(7 developed technology and then compare the results to the results (b); (b)(7 obtained from the purchased technologies. (b); (b)(7 uncomfortable with these practices, so feel the need to submit a formal complaint. Thank you."

Our Laboratory Investigative Unit responded to the complainant by requesting additional information:
- what were the tests?
- when did patient testing begin using the in-house method?
- what testing platform is being used now?
- are NY state samples currently being tested?

An additional email was received from the complainant on (b)(6); (b)(7)(C) stating " (b) ran tests for Vitamin D, TSH, TPSA, and fT4. (b) also had PT testing through API so (b) not sure if these were all through NY. Patient testing for Vitamin D using the in-house method began in September 2013, the other tests came afterward but (b) cannot find the exact dates. (b) are currently running these tests and others on the in-house technology despite our results not correlating with results from the FDA approved devices during proficiency testing (determined by sample splitting). Thank you."

Since the laboratory only applied for a NYS permit to perform FDA-approved tests and was not performing testing on NYS samples since it did not yet hold a permit, the allegations were not applicable to us. Our staff performed a survey of the laboratory on 4/3-4/4/13. No testing was being performed on NYS samples. The survey was a little out of the norm since their attorney followed the surveyor everywhere.....

Please let me know if you have any questions.

1

Stephanie

**Stephanie Shulman, M.P.H., M.S., M.T. (ASCP)**
Director, Clinical Laboratory Evaluation Program

**Wadsworth Center, New York State Department of Health**
Phone ████
Fax: (518) 485-5414

www.wadsworth.org



**From:** (b)(6); (b)(7)(C)
**Sent:** Friday, June 26, 2015 11:58 AM
**To:** Shulman, Stephanie (HEALTH)
**Cc:** Dyer, Karen (CMS/CCSQ)
**Subject:** Theranos complaint back in April 2014

Hi Stephanie,

I'm trying to obtain the (b)(6); (b)(7)(C) that was received by your office, and then forwarded to CMS. Would you be able to forward us the original complaint?

Thanks very much!

(b)(6); (b)(7)(C)

Division of Laboratory Services
CMS/SCG/CCSQ
7500 Security Boulevard

(b)(6); (b)(7)(C)

Please visit the CLIA website at www.cms.gov/CLIA/

CONFIDENTIAL COMMUNICATION
This transmission contains confidential and/or proprietary information and that is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the person responsible for receiving and/or delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return e-mail and delete the original message. Thank you.

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Friday, June 12, 2015 7:33 AM
**To:** (b)(6); (b)(7)(C)
**Subject:** RE: Theranos complaint?

(b)(6); (b)(7)(C)

I checked my emails and I do not have any information on Jan. (b)(6); (b)(7)(C)
Welcome back,

(b)(6); (b)(7)(C)

**From:** (b)(6); (b)(7)(C)
**Sent:** Friday, June 12, 2015 7:28 AM
**To:** (b)(6); (b)(7)(C)
**Cc:** Dyer, Karen (CMS/CCSQ);      (b)(6); (b)(7)(C)
**Subject:** RE: Theranos complaint?

Received no complaint from the NY SA concerning Theranos.

**From:** (b)(6); (b)(7)(C)
**Sent:** Friday, June 12, 2015 7:26 AM
**To:** (b)(6); (b)(7)(C)
**Cc:** Dyer, Karen (CMS/CCSQ);      (b)(6); (b)(7)(C)
**Subject:** RE: Theranos complaint?

FYI  So this is what our OC shared with us. Complaint timeframe was around January 2015.  I asked Stephanie recently about it, and she confirmed the complaint was forwarded to RO9 office, but couldn't recall the who it was forwarded to.

So, your office didn't get this complaint about PT samples not being handled in the same manner as patient samples? Trying to understand what happened with this complaint.

Apparently, Theranos is using their LDT device for a small number of tests to report out patient results, such as measuring the patient's potassium level. I've asked the Theranos counsel for a list of those tests that are LDTs and being offered as CLIA tests.

(b)(6); (b)(7)(C)

*******************************************************************************
*******************************************

Lauren,
Hi. I just left a message on your voicemail. I'm working on an article about Theranos Inc., the Palo Alto, Calif. blood-testing company.
I have information showing that     (b)(6); (b)(7)(C)      filed a complaint last year with the New York state health department about the fact that Theranos was allegedly gaming proficiency-testing protocols. The NY state health department's laboratory investigative unit passed the complaint onto CMS, which is the federal entity that regulates labs under CLIA.
My question is: What did CMS do about this complaint? Did it look into it? Launch an investigation? Is there someone in the CMS division that regulates labs that you could put me on the phone with to discuss this?
I'm going to forward you several emails, including the employee's original emailed complaint to NY state and NY state's email to me confirming that it passed the employee's complaint onto CMS.

1

Feel free to give me a call when you get this.
Thanks,
John

John Carreyrou
The Wall Street Journal
Office:

---

**From:** Yamamoto, Gary K. (CMS/CQISCO)
**Sent:** Friday, June 12, 2015 9:09 AM
**To:** Keller, Penny (CMS/CCSQ)
**Cc:** Dyer, Karen (CMS/CCSQ); Fuller, Karen M. (CMS/CQISCO)
**Subject:** RE: Theranos complaint?

Penny,

We've received no complaint against Theranos from the NYSDH.

Gary

---

**From** (b)(6); (b)(7)(C)
**Sent:** Monday, June 08, 2015 7:45 AM
**To:** (b)(6); (b)(7)(C)
**Cc:** Dyer, Karen (CMS/CCSQ); (b)(6); (b)(7)(C)
**Subject:** Theranos complaint?

H(b)(6); (b)(7)(C)

We understand that the NYSDH folks got a complaint about Theranos, and it was forwarded to your office. Do you know anything about the complaint? There's a journalist who's asking us about this complaint which we haven't seen at CO, and we're trying to figure out what this is all about. I don't think this is related to the inquiry back in 2012 which Gary handled at our request.

Thanks very much!

(b)(6); (b)(7)(C)

Division of Laboratory Services
CMS/SCG/CCSQ
7500 Security Boulevard

(b)(6); (b)(7)(C)

Please visit the CLIA website at www.cms.gov/CLIA/

CONFIDENTIAL COMMUNICATION
This transmission contains confidential and/or proprietary information and that is intended only for the use of the individual or entity to whom it is addressed.  If you are not the intended recipient, or the person responsible for receiving and/or delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of any

information contained in this transmission is strictly prohibited.  If you have received this transmission in error, please immediately notify the sender by return e-mail and delete the original message. Thank you.