# EXHIBIT 10

**Briefing Memo: Theranos, Inc.**
October 2, 2015
Contact: Alberto Gutierrez, CDRH/OIR

[content redacted]



Earlier this summer we learned from a Wall Street Journal reporter of a whistleblower who, among other concerns, also raised red flags about the performance of some of Theranos' chemistry-based assays. A directed inspection was requested and investigators, including 3 scientists from CDRH/OIR, simultaneously inspected 2 Theranos sites in California and one in Arizona from August 24 to September 16, 2015.



The Wall Street article is supposed to publish next week.

