# EXHIBIT 11



### Food and Drug Administration
### OFFICE OF CRIMINAL INVESTIGATIONS
### MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 2016-MWM-709-0576 |
| CASE TITLE: | THERANOS, INC. |
| DOCUMENT NUMBER: | 259857 |
| PERSON INTERVIEWED: | Dr. Nicole Sundene, Fountain Hills Women's Health |
| PLACE OF INTERVIEW: | Telephonic |
| DATE OF INTERVIEW: | 11/08/2017 |
| TIME OF INTERVIEW: | 1500 EST |
| INTERVIEWED BY: | SA George Scavdis |
| OTHER PERSONS PRESENT: | None |

US-REPORTS-0006799



The case agent asked Dr. Sundene how she got involved with Carreyrou.  She explained that there was a phlebotomist in town who she knew and who she sends patients to, and she asked him if he was going to be working with Theranos.  He said that he wasn't and that a lot of doctors in town were against Theranos.  This was at a time when Dr. Sundene didn't know anything about Theranos.  When the incident with Glunz happened, she texted this phlebotomist and asked him if other doctors were having problems with Theranos results on CBC and chemistry panels.  He must have given her contract information to Carreyrou.

Dr. Sundene went with Carreyrou to have their blood drawn by Theranos in March or April of 2015.  They then had their blood drawn by LabCorp. to compare the results.  When Theranos drew her blood, they did a venous blood draw.  She asked them why they weren't doing a finger stick, and they told her it was because they were all out of Nanotainers.  She and Carreyrou had their blood drawn at the Walgreens across the street from her office.  After she saw that the Theranos laboratory in California had been shut down, she called Carreyrou and asked how their Arizona laboratory could still be running.  He told her it was because no one had made a complaint with CMS.  He said that he couldn't do it because it would be a conflict of interest and because he didn't live in Arizona.  She called Gary Yamamoto at CMS and spoke to him on the phone.  He told her that she should write her complaint in the form of an anonymous letter and then send it to him, which she ultimately did.



US-REPORTS-0006800