# EXHIBIT 13

## Yamamoto, Gary K. (CMS/CQISCO)

**From:** Heather King
**Sent:** Friday, January 22, 2016 4:01 PM
**To:** Yamamoto, Gary K. (CMS/CQISCO)
**Subject:** Theranos - time sensitive

**Importance:** High

Gary – Per our conversation this afternoon, the Wall Street Journal told us today that CMS has found condition-level deficiencies at our Newark lab and said that they are running their story on our Newark lab survey results, for which they have sources, on Monday. This is obviously very concerning and damaging to us, especially as they were told this before even we ourselves received the survey results. While I understand this is a Friday and there are weather issues on the east coast, I need to speak to your colleagues today or tomorrow at the latest. My numbers are below.

Thank you for bringing this to the attention of your colleagues at CMS right away.

Sincerely,
Heather King
General Counsel
Theranos, Inc.
████████ work
████████ cell

1