# EXHIBIT 14

| | |
|---|---|
| **From:** | Gutierrez, Alberto |
| **To:** | Chan, Yung; Pilcher, Ian; Beck, Stayce E |
| **Cc:** | Lias, Courtney H |
| **Subject:** | FW: |
| **Date:** | Wednesday, August 12, 2015 11:30:37 AM |

Instruments/reagents Theranos has modified to run as LDTs.

Alberto

**From:** Carreyrou, John
**Sent:** Wednesday, August 12, 2015 10:31 AM
**To:** Gutierrez, Alberto; Dooren, Jennifer
**Subject:**

So to sum up:

- All chemistry assays on the Siemens Advia
- Vitamin D on the DiaSorin
- Cell blood counts on the BD LSR Fortessa