# EXHIBIT 15

| | |
|---|---|
| From: | Gutierrez, Alberto |
| To: | Rogers, Michael |
| Cc: | Laska, Susan F |
| Subject: | RE: Theranos inspection |
| Date: | Wednesday, September 02, 2015 12:45:00 PM |

Just so you know.  The Wall Street Journal should be publishing an investigative piece soon on this company with evidence of erroneous test results, deception, selectively using data and other issues.  We had our own evidence of concerning results and wanted to make sure that patients were not being harmed.  The result of the inspection is that we will ask the company to stop using the nanotainers.  If not, likely heading towards a warning letter.

Alberto



US-FDA-0020374