# EXHIBIT 16

|              |                                                                                                                    |
|--------------|--------------------------------------------------------------------------------------------------------------------|
| From:        | Davis, Kim                                                                                                         |
| To:          | Woods, James L.; Gutierrez, Alberto; Rodriguez, Michelle                                                           |
| Cc:          | Lias, Courtney H; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana                               |
| Subject:     | RE: DMD Quest complaint and Theranos                                                                               |
| Date:        | Wednesday, September 23, 2015 5:49:16 PM                                                                           |
| Attachments: | CPT1500745 complaint ack letter.pdf                                                                                |

Hi all,

Just to clarify:

There are 2 complaints regarding Theranos.

The 1st complaint was received from James Ruger at Quest. It was sent to Jan Welch, dated Aug 19, 2015. An acknowledgement letter dated Aug 24 was sent to Mr. Ruger by the Allegation of Regulatory Misconduct Branch. This acknowledgement letter (attached) is very generic and does not mention Theranos. Refer to CPT1500745. The Allegation of Regulatory Misconduct Branch subsequently forwarded the complaint to OIR for follow up.

The 2nd complaint was from Jeffrey Senger at Sidley Austin LLC. This was sent as an email to Uwe on Sep 18, 2015 and it included the complaint letter from Mr. Ruger as an attachment; it also referenced the above CPT number. So this is the complaint for which we would send an acknowledgement letter.

Michelle Rodriguez is the lead reviewer for both complaints. She has initiated GenDoc GEN1500635 to document the investigation.

We could use the very generic language in the CPT1500745 acknowledgement letter as a template for a complaint acknowledgement letter to Mr. Senger.

Thanks,
Kim

Kim Davis
Acting Postmarket Team Lead
Division of Microbiology Devices

U.S. Food and Drug Administration
CDRH/OIR/DMD
10903 New Hampshire Ave.
Bldg 66, Room 4574
Silver Spring, MD 20993
Phone: ███████████
Fax: (301) 847-8512
███████████

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: *CDRH Customer Service*

This e-mail message is intended for the exclusive use of the recipient(s) named above. It may contain information that is protected, privileged, or confidential, and it should not be disseminated, distributed, or copied to persons not authorized to receive such information. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think you have received this e-mail message in error, please e-mail the sender immediately.

---

**From:** Woods, James L.
**Sent:** Wednesday, September 23, 2015 4:52 PM
**To:** Gutierrez, Alberto; Rodriguez, Michelle
**Cc:** Lias, Courtney H; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

Do we want to send Quest more than our typical acknowledgement letter which not only thanks them for bringing this issue to our attention but provides wiggle room if we choose not to investigate? I am concern that if we tell Quest we are going to investigate this issue , Quest may some how choose to take our communication and send it to their customers or Theranos customers.

---

**From:** Gutierrez, Alberto
**Sent:** Wednesday, September 23, 2015 4:32 PM
**To:** Woods, James L.; Rodriguez, Michelle
**Cc:** Lias, Courtney H; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

Not quite. I think we still need to deal with the Theranos website and thought we do not believe the specific points they made are on target (they do not have enough background as to what the firm is doing to actually know), they are on target that the website is deceptive. I would just let them know that we are investigating.

Alberto

---

**From:** Woods, James L.
**Sent:** Wednesday, September 23, 2015 4:18 PM
**To:** Gutierrez, Alberto; Rodriguez, Michelle
**Cc:** Lias, Courtney H; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

So we should go ahead and send Quest an acknowledgement letter for the complaint however based on our evaluation of the complaint no follow-up should be conducted. Is that what we want to do at this time? thanks

---

**From:** Gutierrez, Alberto
**Sent:** Wednesday, September 23, 2015 4:12 PM
**To:** Woods, James L.; Rodriguez, Michelle
**Cc:** Lias, Courtney H; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

I think that Theranos has been misleading, but it is not the statements below that concern me. I think the statements below though incorrect, they are not outright lies and difficult to hang much

US-FDA-0017717

on. Much more deceptive is the idea they leave that they can perform all test with the nanotainers currently.

Alberto

---

**From:** Woods, James L.
**Sent:** Wednesday, September 23, 2015 4:04 PM
**To:** Rodriguez, Michelle
**Cc:** Lias, Courtney H; Gutierrez, Alberto; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

Hello everyone: Do we agree with Quest these statements made by Theranos rise to the level of false and misleading claims( misbranding charge 502(a) of the Act or exaggeration claims that are typical of the IVD industry when a firm receives 510(k) clearance from the Agency and are ignored by the Agency in bringing some action toward them?  thanks

---

**From:** Rodriguez, Michelle
**Sent:** Wednesday, September 23, 2015 2:53 PM
**To:** Woods, James L.
**Cc:** Lias, Courtney H; Gutierrez, Alberto; Serrano, Katherine M; McFarland, Scott; Scherf, Uwe; Elder, Ileana; Davis, Kim
**Subject:** RE: DMD Quest complaint and Theranos

HI James,

The initial complaint by Quest and later by a law firm (Sidley Austin LLP) is for false and misleading claims Theranos is making on its website.  For example, "Theranos receives FDA clearance for review and validation of revolutionary finger stick technology, test, and associated test system" suggesting that FDA's clearance included the company's technology platform, instead of indicating that the clearance was specific to the HSV-1 test.

Also, a press release listed on Theranos' "News" page include statements such as:
"The FDA recently cleared Theranos' finger stick blood test
technology and underlying system on which those tests are run,
and approved a waiver that paves the way for putting Theranos'
tests in the field at point of care, a major milestone for the
company and the national preventive care landscape."

The complaint also indicates that these claims are being addressed directly to consumers, specifically those in Arizona, where recent legislation permits consumers to obtain lab tests without a prescription.

I am attaching the complaint FYI.

Thanks,
Michelle

---

**From:** Woods, James L.
**Sent:** Wednesday, September 23, 2015 1:55 PM
**To:** Elder, Ileana; Davis, Kim; Rodriguez, Michelle
**Cc:** Lias, Courtney H; Gutierrez, Alberto; Serrano, Katherine M; McFarland, Scott
**Subject:** RE: DMD Quest complaint and Theranos

Hello Ileana, Kim and Michelle: Can one of you state what exactly the complaint from Quest was? thanks

---

**From:** Elder, Ileana
**Sent:** Wednesday, September 23, 2015 12:58 PM
**To:** Woods, James L.
**Cc:** Lias, Courtney H; Gutierrez, Alberto; Serrano, Katherine M
**Subject:** DMD Quest complaint and Theranos

FYI

DMD (Kim and Michelle) has been seeking feedback on Theranos to determine how to handle Quest's complaint about Theranos website. I believe they were instructed not to issue an Ack letter to Quest or to follow up with Theranos pending the inspections. I asked them to talk to you, James for next steps but let me know if there is anything else chemistry should do. Thanks

Ileana Elder, Ph.D., RAC, CQA
Postmarket Team Leader
FDA-CDRH-OIR-DCTD
WO66-5609

*Excellent customer service is important to us. Please take a moment to provide feedback HERE regarding the customer service you have received.*