# EXHIBIT 17

Case 5:18-cr-00258-EJD   Document 67-19   Filed 04/15/19   Page 2 of 7

USPS TRACKING # **9114 9999 4423 8766 9548 87**
& CUSTOMER
RECEIPT
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

## ACCESS REQUEST BY FEDERAL AGENCY OTHER THAN A FINANCIAL INSTITUTION SUPERVISORY AGENCY

*This form letter should be addressed to the Commission by other Federal agencies seeking access to nonpublic files, and should be signed or ratified by an official in a sufficiently senior or supervisory position to enforce the representations made. The form is intended only for use in connection with access requests to be processed by the Division of Enforcement.*

Re: In the Matter of Theranos, Inc. (SF-4030)

Dear Ms. Monique Winkler:

We request access to the investigative and other non-public files of the U.S. Securities and Exchange Commission (the "Commission") related to the captioned matter. This request is made in connection with an ongoing lawful investigation or official proceeding inquiring into a violation of, or failure to comply with, a criminal or civil statute or regulation, rule or order issued pursuant thereto, being conducted by the United States Postal Inspection Service.

We understand that the files in this matter contain "financial records" of "customers," as those terms are defined in the Right to Financial Privacy Act of 1978 [12 U.S.C. §§3401-22]. We have reason to believe that that information is relevant to our investigation and/or proceeding.

We will establish and maintain such safeguards as are necessary and appropriate to protect the confidentiality of files to which access is granted and information derived therefrom. The files and information may, however, be used for the purpose of our investigation and/or proceeding and any resulting proceedings. They also may be transferred to criminal law enforcement authorities and self-regulatory organizations subject to our oversight. We shall notify you of any such transfer and use our best efforts to obtain appropriate assurances of confidentiality.

Other than as set forth in the preceding paragraph, we will:

make no public use of these files or information without prior approval of your staff;

notify you of any legally enforceable demand for the files or information prior to complying with the demand, and assert such legal exemptions or privileges on your behalf as you may request; and

not grant any other demand or request for the files or information without prior notice to and lack of objection by your staff.

We recognize that until this matter has been closed, the Commission continues to have an interest and will take further investigatory or other steps as it considers necessary in the discharge of its duties and responsibilities.

Should you have any questions, please contact:

William Zemblidge
US Postal Inspector/Team Leader
Phone: ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Christopher McCollow
US Postal Inspector
Phone: ▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Thank you for you assistance with this matter.

*[signature]*

William Zemblidge
US Postal Inspector

*[signature]*

Christopher McCollow
US Postal Inspector



Federal Bureau of Investigation
450 Golden Gate Avenue
San Francisco, CA 94102

February 19, 2016

Monique C. Winkler
Assistant Regional Director
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104

Re: Theranos, Inc. SF-4030

Dear Ms. Winkler:

    We request access to the investigative and other non-public files of the Securities and Exchange Commission (the "Commission") related to the captioned matter. This request is made in connection with an ongoing lawful investigation into possible securities fraud, as well as other possible violations, being conducted by the Federal Bureau of Investigation.

    We understand that the files in this matter might contain "financial records" of "customers," as those terms are defined in the Right to Financial Privacy Act of 1978 (12 U.S.C. §§ 3401-22). We have reason to believe that the information is relevant to our investigation and/or proceeding.

    We will establish and maintain such safeguards as are necessary and appropriate to protect the confidentiality of files to which access is granted and information derived therefrom. The files and information may, however, be used for the purpose of our investigation and/or proceeding and any resulting proceedings. They also may be transferred to criminal law enforcement authorities and self-regulatory organizations subject to our oversight. We shall notify you of any such transfer and use our best efforts to obtain appropriate assurances of confidentiality.

    Other than as set forth in the preceding paragraph, we will:

(1) make no public use of these files or information without prior approval of your staff;

(2) notify you of any legally enforceable demand for the files or information prior to complying with the demand, and assert such legal exemptions or privileges on your behalf as you may request; and

1

(3) not grant any other demand or request for the files or information without prior notice to and lack of objection by your staff.

We recognize that until this matter has been closed, the Commission continues to have an interest and will take further investigatory or other steps as it considers necessary in the discharge of its duties and responsibilities.

Should you have any questions, please contact FBI Special Agent Mario C. Scussel at ▮

Sincerely,

David J. Johnson
Special Agent in Charge

By / *[signature]*
Ronan P. Byrne
Supervisory Special Agent

2



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO REGIONAL OFFICE
44 Montgomery Street
SUITE 2800
SAN FRANCISCO, CALIFORNIA 94104**

DIRECT DIAL: (415) 705-2500
FAX NUMBER: (415) 705-2501

February 23, 2016

VIA EMAIL
Ronan P. Byrne
Supervisory Special Agent
Federal Bureau of Investigation
450 Golden Gate Avenue
San Francisco, CA 94102-3495

    Re: <u>Theranos Inc., SF-04030</u>

Dear Mr. Byrne:

    Your request, by letter dated February 19, 2016, for access to Commission files has been granted, in reliance upon the assurances regarding use and confidentiality set forth in your letter. The Commission makes no recommendation with respect to investigation or prosecution by your agency. In addition, unless and until this matter is closed, the Commission continues to have an interest and will take such further investigatory or other steps, as it considers necessary in the discharge of its duties and responsibilities.

    We will identify any information disclosed to you that is subject to the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401-22] (RFPA). If we disclose "financial records" of a "customer" to another federal agency, the customer generally must be notified of the disclosure within 14 days. This notice is not required when we disclose to: (i) federal financial institution supervisory agencies or the Commodity Futures Trading Commission pursuant to Section 1112(e) of the RFPA [12 U.S.C. 3412(e)]; the Criminal Investigative Division of the Internal Revenue Service for criminal investigative purposes relating to money laundering or other financial crimes pursuant to Section 1112(f) of the RFPA [12 U.S.C. 3412(f)]; the Department of Justice pursuant to Section 21(h) of the Securities Exchange Act of 1934 [15 U.S.C. 78u(h)]; or any person other than a federal agency.

US-MISC-000020

Ronan P. Byrne
February 23, 2016
Page 2

    The files to which access has been granted are being retained by the San Francisco Regional Office of the Commission. Your representative should contact Jessica Chan at ▇▇▇ ▇▇▇ to make arrangements to review the files. I would also appreciate it if you would inform Ms. Chan in the event that your agency institutes public proceedings based upon information that you obtain as a result of this grant of access.

                                          Very truly yours,

                                          Monique C. Winkler
                                          Assistant Regional Director