# EXHIBIT 18

| | |
|---|---|
| **From:** | McCallum, Donna (CDPH-OSPHLD-LFS) |
| **To:** | Uttchin, Venus (CMS/CQISCO) |
| **Subject:** | RE: Theranos signed 116 and related letters |
| **Date:** | Wednesday, March 16, 2016 4:44:25 PM |

You should check with your CMS CLIA staff. We received no letters or CMS 116 concerning the most recent inspection. That was done by Region IX and Central Office.

Thanks,

Donna

**From:** Uttchin, Venus (CMS/CQISCO) [mailto:Venus.Uttchin@cms.hhs.gov]
**Sent:** Thursday, March 10, 2016 10:35 AM
**To:** McCallum, Donna (CDPH-OSPHLD-LFS)
**Subject:** Theranos signed 116 and related letters

Good morning!

We have another Theranos request. This time, it's for the CLIA 116's and any letters related to their application. At your earliest convenience, can you please email me the signed 116 and any applicable letters that you may have on file? THANK YOU SO MUCH, Donna, for your help!

**Venus Uttchin, BSN, MPH**
Lieutenant, US Public Health Service
Centers for Medicare and Medicaid Services
Division of Survey and Certification
90 7th St Suite 5-300
San Francisco, CA. 94103

Email:

<u>2311</u>

CDPH-002311