JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; SMRoper@wc.com; MChen@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND *BRADY* MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion To Compel Production of Rule 16 Discovery and *Brady* Materials. After due consideration of the filings, the governing law, and the argument of the parties,

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED. The government is ORDERED to produce the following categories of documents under Rule 16 held by the agencies identified in Ms. Holmes' motion and to search for and disclose any *Brady* materials in those agencies'

files:

**Category 1**:  Any and all correspondence or communications regarding Theranos between the government and John Carreyrou, The *Wall Street Journal*, or their employees, agents, or counsel, and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or inter-agency correspondence) regarding same.

**Category 2**:  Any and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or inter-agency communications) regarding Theranos' Clinical Laboratory Improvement Amendments ("CLIA") compliance during the time period of the charged conspiracies, including but not limited to those that concern the 2015 CLIA survey of Theranos.

**Category 3**:  Any and all correspondence or communications regarding Theranos between the government and any clinical laboratory company or association affiliated with clinical laboratories (including but not limited to LabCorp, Quest Diagnostics, and the American Clinical Lab Association), or their employees, agents, or counsel, and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or interagency correspondence) regarding same.

**Category 4**:  Any and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or inter-agency communications) regarding the FDA's determination of the type of FDA approval required for Theranos' proprietary technology.

**Category 5**:  Any and all FBI 302s or other agency ROIs memorializing government communications with witnesses, and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or inter-agency correspondence) regarding same.

**Category 6**:  Any and all government documents, communications, correspondence, notes, or recordings (including intra-agency and/or inter-agency communications) regarding the 2013 CLIA survey of Theranos.

IT IS FURTHER ORDERED that the government shall review all previous requests made to the subject agencies to ensure that it sought all information on the subjects requested, both inculpatory and exculpatory.  No later than four weeks after the entry of this Order, the government shall file a

1 declaration indicating the completion of this review.  That declaration shall describe the process of
2 compliance with regard to each agency, including the type of search used, the places searched, the
3 number of individuals involved in the search, and the name of the person with primary responsibility for
4 conducting the search within the particular agency.
5   When making future requests to the subject agencies, the government shall request both
6 exculpatory and inculpatory information related to the subject matter of the requests.  Any objections
7 from the government on the agencies' behalf or from the agencies themselves must be grounded in the
8 Rules of Criminal Procedure and be consistent with the government's obligations under Rule 16 and
9 *Brady v. Maryland*, 373 U.S. 83 (1963).

**IT IS SO ORDERD.**

Dated _____

              _____
              Hon. Edward J. Davila
              United States District Judge