JEFFREY B. COOPERSMITH (CA State Bar No. 252819)
STEPHEN A. CAZARES (CA State Bar No. 201864)
KELLY M. GORTON (CA State Bar No. 300978)
AMANDA MCDOWELL (Admitted *Pro Hac Vice*)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500 │ Facsimile:  (415) 276-6599
Email:  jeffcoopersmith@dwt.com; stevecazares@dwt.com
           kellygorton@dwt.com; amandamcdowell@dwt.com

Attorneys for Defendant RAMESH BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | **DEFENDANT RAMESH BALWANI'S JOINDER IN MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND *BRADY* MATERIALS** |
| v. | |
| ELIZABETH A. HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | **Date:  April 29, 2019**<br>**Time:  1:30 p.m.**<br>**CTRM.:  4, 5th Floor** |
| | **Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in the Motion to Compel Production of Rule 16 Discovery and *Brady* Materials filed by Defendant Elizabeth Holmes (Dkt. No. 67).

DATED: April 16, 2019                    Respectfully submitted,

                                         DAVIS WRIGHT TREMAINE LLP


                                         By:  */s/ Jeffrey B. Coopersmith*
                                              Jeffrey B. Coopersmith

                                              Attorney for Defendant
                                              RAMESH BALWANI

---

JOINDER IN MOTION TO COMPEL, ETC.
Case No. CR-18-00258 EJD
4815-3306-4340v.2 0103509-000002

1