UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 22, 2019  **Time:** 1:36-2:40 pm  **Judge:** Edward J. Davila
**Total Time:** 1 Hr. 4 Mins.

**Case No.:** 18-cr-00258-EJD-1,2  **Case Name:** UNITED STATES v. Elizabeth A. Holmes(P)(NC), Ramesh Sunny Balwani(P(NC)

**Attorney for Plaintiff:** John Bostic, Robert Leach, Jeffrey Schenk
**Attorney for Defendant:** Kevin Downey, John Cline, Lance Wade(Holmes), Jeffrey Coopersmith, Stephen Cazares, Kelly Gordon(Balwani)

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDINGS – STATUS CONFERENCE

Defendants are present and out of custody. Hearing held.
The Government updated the Court as to the status of the discovery in this matter. Government is to produce more discovery today to the defense.
Defendants' Motion to Compel Production of Rule 16 Discovery and Brady Materials (Dkt. 67 filed on 4/15/2019) with a noticed hearing date of 4/29/2019 remains pending and briefing schedule has not been set as the parties shall meet and confer regarding the matter. The hearing date of 4/29/2019 is vacated. The parties to submit a status report to the court after the meet and confer.
The Court set a further status conference for 7/1/2019 at 1:30 pm.
Time exclusion order as to EACH defendant pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendants in a speedy trial and excluded time from 4/22/20/19 through and including 7/1/2019. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Counsel had NO OBJECTION to the exclusion of time.

**CASE CONTINUED TO:** July 1, 2019 1:30 P.M. for Further Status Conference.

**EXCLUDABLE DELAY:**
Category – Case is complex and effective preparation of Counsel.
Begins – 4/22/2019
Ends – 7/1/2019

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: