1  ADAM A. REEVES (NYBN 2363877)
   Attorney for the United States,
2  Acting Under Authority Conferred By 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   JEFF SCHENK (CABN 234355)
5  JOHN C. BOSTIC (CABN 264367)
   ROBERT S. LEACH (CABN 196191)
6  Assistant United States Attorneys

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5589
       FAX: (408) 535-5066
9      john.bostic@usdoj.gov

10 Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,              )   CASE NO. 18-CR-00258 EJD
15                                        )
           Plaintiff,                     )   **DECLARATION OF JOHN BOSTIC IN**
16                                        )   **OPPOSITION TO DEFENDANTS' MOTION TO**
       v.                                 )   **COMPEL**
17                                        )
   ELIZABETH HOLMES and RAMESH            )   Date:  June 28, 2019
18 "SUNNY" BALWANI,                       )   Time:  10:00 a.m.
                                          )   Court: Hon Edward J. Davila
19         Defendants.                    )

20

21

22         I, JOHN BOSTIC, declare as follows:

23         1.      I am an Assistant United States Attorney, representing the United States in the above-

24 captioned matter. I am admitted to practice before this Court. I hereby attest to the following facts.

25         2.      Attached hereto as **Exhibit A** is a true a correct copy of a May 9, 2019 letter sent by

26 government counsel to FDA in connection with this case.

27         3.      Attached hereto as **Exhibit B** is a true a correct copy of a May 9, 2019 letter sent by

28 government counsel to CMS in connection with this case.

BOSTIC DECL. RE: MOTION TO COMPEL
18-CR-00258 EJD                                          1

1        4.      Attached hereto as **Exhibit C** is a true a correct copy of a June 7, 2019 letter received by government counsel from FDA in response to the document requests in Exhibit A.

       5.      Attached hereto as **Exhibit D** is a true a correct copy of a June 10, 2019 letter received by government counsel from CMS in response to the document requests in Exhibit B.

       6.      Attached hereto as **Exhibit E** is a true a correct copy of a June 3, 2019 Declaration from a representative of California Department of Public Health provided to the government along with CMS's responsive letter, Exhibit D.

       7.      Attached hereto as **Exhibit F** is a true a correct copy of a June 11, 2019 letter from the Theranos assignee providing a waiver authorizing FDA and CMS to produce confidential Theranos information in the SEC civil case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

       Executed this 12th day of June, 2019.

 

                                                          __/S/_____
                                                          JOHN C. BOSTIC
                                                          Assistant United States Attorney