# EXHIBIT F



THOMAS T. HWANG
TELEPHONE: (650) 843-2757
FACSIMILE: (650) 857-1288
EMAIL: HWANG.THOMAS@DORSEY.COM

June 11, 2019

***Via First Class Mail and Email: lauren.dipaola@fda.hhs.gov;
Marci.Norton@fda.hhs.gov***
U.S. Food and Drug Administration
Office of Regulatory Affairs
12420 Parklawn Drive
Element Bldg., Rm. 4042
Rockville, Maryland 20857
Attn: Lauren DiPaola
Attn: Marci Norton

    Re:  *Securities and Exchange Commission v. Balwani*;
          Case No. 18-CV-01603-EJD

Dear Ms. DiPaola and Ms. Norton:

    As you are aware, my firm represents Theranos (Assignment for the Benefit of Creditors) LLC, the assignee ("Assignee") of Theranos, Inc. ("Theranos"), pursuant to the general assignment for the benefit of creditors under California law.

    We write to confirm that the Assignee grants the U.S. Food and Drug Administration (the "FDA") and the Centers for Medicare and Medicaid Services ("CMS") permission to release, subject to and solely in accordance with the terms of that certain *Supplemental Stipulated Protective Order Regarding FDA Or CMS Information* [Dkt No. 83], materials which were provided by Theranos to the FDA/CMS and marked as confidential or which otherwise contain Theranos' trade secrets or confidential commercial information, to the Securities and Exchange Commission ("SEC") and Defendant Ramesh Balwani, in response to the SEC's request or to subpoenas issued in the above-referenced matter, provided that all materials are marked

Lauren DiPaola
Marci Norton
U.S. Food and Drug Administration
Office of Regulatory Affairs (ORA)
June 11, 2019

"FDA/CMS – CONFIDENTIAL." The Assignee does not consent to production of the materials for use in any other matter, nor to any disclosure pursuant to a Freedom of Information Act request.

                Very truly yours,

                DORSEY & WHITNEY LLP

                By _____
                Thomas T. Hwang

cc:    Assignee
       Steve Cazares (*via email*: stevecazares@dwt.com)