JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; SMRoper@wc.com; MChen@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF LANCE WADE IN FURTHER SUPPORT OF MS. HOLMES' MOTION TO COMPEL PRODUCTION OF RULE 16 DISCOVERY AND *BRADY* MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Date:  June 28, 2019 |
| Defendants. | Time:  10:00 a.m.<br>CTRM:  4, 5th Floor |
| | Hon. Edward J. Davila |

I, LANCE WADE, declare as follows:

1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Reply in Further Support of Ms. Holmes' Motion To Compel Production of Rule 16 Discovery and *Brady* Materials (the "Reply").  I attest to the following facts upon which the Reply relies:

2.      On May 9, 2019, the parties met and conferred by telephone regarding the status of the

government's discussions with the agencies.  The government reported on this call that it had provided the FDA and CMS with Ms. Holmes' requests earlier that same day.  The government asked that the defense allow time for the agencies to consider the requests.

3.      The parties scheduled a follow-up call for May 17, 2019.  The call was cancelled when the government notified the defense that there was no new information to report.

4.      The government's Rule 16 productions in this case contain numerous internal communications among FDA employees relating to Theranos.  The undersigned has reviewed a set of these communications containing internal agency deliberations regarding regulatory actions concerning Theranos.  The defense can provide these documents upon the Court's request.

5.      Attached to the Reply are 6 exhibits containing copies of documents produced as discovery in this case.  The contents of each are as follows:

a.      Exhibit 1 is a true and correct copy of an excerpt of an FDA memorandum of a December 12, 2017 interview of Seema Singh of FDA.

b.      Exhibit 2 is a true and correct copy of an excerpt of an FDA memorandum of a September 13, 2017 interview of Alberto Gutierrez of FDA.

c.      Exhibit 3 is a true and correct copy of an excerpt of an FDA memorandum of a December 14, 2017 interview of Sergio Chavez of FDA.

d.      Exhibit 4 is a true and correct copy of an excerpt of an FDA memorandum of a December 12, 2017 interview of Gary Yamamoto of CMS.

e.      Exhibit 5 is a true and correct copy of an excerpt of an FDA memorandum of a September 12, 2017 interview of Sarah Bennett of CMS.

f.      Exhibit 6 is a true and correct copy of an excerpt of a U.S Postal Inspection Service memorandum of a June 22, 2017 interview of former Theranos employee Sunil Dhawan.

6.      All exhibits have been redacted to omit personal identifying information as well as information not relevant to the motion.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct to the best of my knowledge.

3    Executed this 24th day of June in Washington, D.C.

4

5                                            _____

6                                            LANCE WADE
                                             Attorney for Elizabeth Holmes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28