# Exhibit 1



**Food and Drug Administration**
OFFICE OF CRIMINAL INVESTIGATIONS
MEMORANDUM OF INTERVIEW

CASE NUMBER:             2016-MWM-709-0576

CASE TITLE:              THERANOS, INC.

DOCUMENT NUMBER:         261286

PERSON INTERVIEWED:      Seema Singh, FDA

PLACE OF INTERVIEW:      USAO, San Francisco

DATE OF INTERVIEW:       12/12/2017

TIME OF INTERVIEW:       1200 PST

INTERVIEWED BY:          SA George Scavdis

OTHER PERSONS PRESENT: See below.

On 12/12/2017, the case agent interviewed Seema Singh, investigator, FDA, regarding an inspection she conducted of Theranos, Inc. in 2015. Also present during the interview were the following: AUSA Jeffrey Schenk, United States Attorney's Office for the Northern District of California (USAO/NDC); AUSA John Bostic, USAO/NDC; Mario Scussel, Federal Bureau of Investigation; Christopher McCollow, U.S. Postal Inspection Service; Mark Katz, Securities and Exchange Commission; and Kelsey Schaefer, FDA, Office of the Chief Counsel (telephonically).

Singh started with FDA in 2010 as an investigator. She conducted food inspections for six months, and then she went directly into inspections of medical device manufacturers. She is now a medical device specialist, and her background is in engineering. Singh is assigned high priority cases and inspections, and she only does medical device inspections. She said that the exact definition of what a medical device is would be stated in the Federal Food Drug and Cosmetic Act. Singh has had no interaction with anyone from Theranos since FDA's inspection in 2015.

If a company registered as a medical device manufacturer, or if they haven't registered and there's some complaint, then FDA will go out and evaluate the device the company manufactures and determine if what they're looking at is truly a medical device; this is how FDA knows whether to send in Singh to inspect. Any registration listing issues go to FDA's Center for Devices and Radiological Health (CDRH). Singh collects evidence during an inspection, and that evidence goes to CDRH (the Center), who then makes the final decision on what regulatory actions, if any, to take. Sometimes that decision is to convene a regulatory meeting between FDA and the company, and sometimes that decision is to issue a Warning Letter. The company is not always notified in the same manner that what they are manufacturing is deemed by FDA to be a medical device.

Singh had done a lot of inspections before being assigned the Theranos inspection. She estimated that she had conducted roughly one inspection per month since 2010. Prior to conducting an inspection, she researches the following: the registration listing, locations the company has, products, product codes, adverse events for the device, inspectional history, and other devices the company manufactures. After that, she formulates a GMP (Good Manufacturing Practices) inspectional plan. The Theranos assignment was a For Cause inspection assignment. As an investigator, Singh doesn't typically say something is a safety concern; she focuses primarily on GMPs during an inspection. However, if there is a safety issue, she'll put that in her report for the Center to evaluate it. The Theranos For Cause inspection was based on a complaint.

US-REPORTS-0007123

Singh thinks the details of the complaint were the same as those that were detailed in the Wall Street Journal's article about Theranos. Her supervisor, Eric Anderson, told her the information about the Wall Street Journal article, and she probably read the article before she went in to inspect. Singh doesn't read too much on the Internet about a company because she doesn't want anything clouding her judgment when she does an inspection. In the case of Theranos, she didn't find anything about adverse events about their device in her pre-inspectional research.

