# Exhibit 2



# Food and Drug Administration
OFFICE OF CRIMINAL INVESTIGATIONS
MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 2016-MWM-709-0576 |
| CASE TITLE: | THERANOS, INC. |
| DOCUMENT NUMBER: | 258748 |
| PERSON INTERVIEWED: | Alberto Gutierrez, CDRH, OIR |
| PLACE OF INTERVIEW: | FDA White Oak, Silver Spring, MD |
| DATE OF INTERVIEW: | 09/13/2017 |
| TIME OF INTERVIEW: | 1230 EST |
| INTERVIEWED BY: | SA George Scavdis |
| OTHER PERSONS PRESENT: | See below. |

On September 13, 2017, the case agent interviewed Alberto Gutierrez, Director of FDA's Office of In Vitro Diagnostics and Radiological Health (OIR), regarding his interactions with Theranos, Inc. Also present during the interview were the following: AUSA Jeffrey Schenk, United States Attorney's Office for the Northern District of California; Jessica Chan, Securities and Exchange Commission (SEC), Division of Enforcement (DOE); Rahul Kolhatkar, SEC, DOE; Monique Winkler, SEC, DOE; and Kelsey Schaefer, FDA, Office of the Chief Counsel (OCC).





FDA was already concerned with the data for the Nanotainers. After that, two things happened that made it easier for FDA to inspect Theranos. First, Theranos received clearance for its HSV-1. Ironically, this made it easier for FDA to inspect Theranos because it made it harder for Theranos to claim they were an LDT, given that they had just received a device clearance. Second, around the summer of 2015, FDA heard from a reporter from the Wall Street Journal about their concerns regarding Theranos. A Wall Street Journal reporter made a request through FDA's Public Affairs Office, and Gutierrez eventually spoke to him on at least two occasions. Ultimately though, it was the issues in Theranos's data that were the impetus for the inspection. Even before being approached by the Wall Street Journal, FDA already had concerns that were obvious from the data they were seeing.

Normally, either ORA (Office of Regulatory Affairs) or the field conducts FDA inspections. ORA can request a directed inspection and the field then decides when they go in. In this case, ORA sent SMEs (subject matter experts) to inspect Theranos alongside investigators from the field, which was unusual. This was requested by Gutierrez, and he was the one who made the decision to inspect. Gutierrez asked the field to provide investigators, and he decided who from ORA went as SMEs. Gutierrez again noted that this is unusual. The inspection request occurred in December 2014 or in January 2015. Ian Pilcher was going to go and do the inspection, but ORA didn't proceed quickly enough. Inspections are not normally done prior to clearing a 510(k). The fact that Theranos had one test that was working (HSV-1) doesn't mean FDA couldn't go forward with an inspection; the two are unrelated.

Gutierrez chose Pilcher as one of the SMEs to inspect Theranos because he's a very good inspector and because he's worked in industry. When Shuren was suggesting that FDA send someone out to Theranos to help them put their data together, Pilcher is who Gutierrez would have sent. Turning back to that suggestion by Shuren, Gutierrez remarked that it was an unusual request. It would have put that FDA employee in a weird position. Gutierrez was concerned by the request, and he wanted to do it through a more formal means. That's why he ordered the inspection.

FDA rarely sends as many people out on an inspection as it did with Theranos. Prior to the inspection, FDA would have had internal pre-inspection meetings. FDA was interested in figuring out whether Theranos was using their instrument, whether they were using it in all their laboratories, and exactly what they were doing. Gutierrez was in communication with the inspection team every day, as they would call to give him updates. It's not atypical on an inspection like this to do a debriefing every day. The inspection team told Gutierrez

that Theranos wasn't being responsive in giving documentation. Gutierrez doesn't recall if he talked to Holmes to try to rectify that. There was a lot going on at that time. Their lawyers called FDA and there was back and forth between FDA and Theranos where Theranos was challenging FDA's authority to inspect. Gutierrez didn't speak to anyone else from Theranos aside from Daniel Krakov. Gutierrez doubts anyone from FDA reached out to Holmes to get Theranos to be more responsive in providing documents.

