# Exhibit 3



# Food and Drug Administration
## OFFICE OF CRIMINAL INVESTIGATIONS
## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| CASE NUMBER: | 2016-MWM-709-0576 |
| CASE TITLE: | THERANOS, INC. |
| DOCUMENT NUMBER: | 261615 |
| PERSON INTERVIEWED: | Sergio Chavez, FDA |
| PLACE OF INTERVIEW: | USAO, San Francisco, CA |
| DATE OF INTERVIEW: | 12/14/2017 |
| TIME OF INTERVIEW: | 1130 PST |
| INTERVIEWED BY: | SA George Scavdis |
| OTHER PERSONS PRESENT: | See below. |

On 12/14/2017, the case agent interviewed Sergio Chavez, compliance officer, FDA, regarding an inspection FDA conducted of Theranos, Inc. in 2015. Also present during the interview were the following: AUSA Jeffrey Schenk, United States Attorney's Office for the Northern District of California (USAO/NDC); AUSA John Bostic, USAO/NDC; Mario Scussel, Federal Bureau of Investigation; Monique Winkler, Securities and Exchange Commission; and Kelsey Schaefer, FDA, Office of the Chief Counsel (OCC) (telephonically).

The only interactions Chavez ever had with anyone from Theranos was at a regulatory meeting, which was held in the San Francisco District Office. Elizabeth Holmes was at that meeting, which was memorialized in meeting minutes (attachment one), and that's the only time Chavez ever saw or spoke to her. His only communications with Theranos prior to this meeting were e-mail communications that facilitated the meeting.

Chavez described his role during the Theranos inspection in 2015 as being in the background while communicating with the investigators and providing them with justification for being at the inspection. He was providing them guidance, which is part of the job of a compliance officer. Questions come up from investigators all the time during inspections, and compliance officers help them answer those questions. Later, during case development, the compliance officers look at what was collected during an inspection, and then formulate recommendations on what action FDA should take. Chavez has degrees in physiology and chemistry. He worked in industry on drug delivery devices, and he worked in laboratories testing those devices. He started at FDA as an investigator, and conducted medical device inspections for four or six years. He's been a compliance officer for seven years. He's had FDA legal training, but if there's legal questions about FDA's jurisdiction, he'll seek advice from FDA/OCC. Regarding FDA's jurisdiction to inspect Theranos in 2015, Chavez recalls that the issue was already decided when the inspection assignment was made. There were letters from FDA to Theranos informing them of FDA's opinion. The arguments made by Theranos's lawyers that FDA didn't have jurisdiction to inspect were just "fluff" and were an attempt to intimidate the FDA investigators.

Chavez explained that, for him to get involved in an inspection, an investigator will first contact the investigator's supervisor, and then that supervisor will say something to Chavez's supervisor, and then it gets to Chavez. With the Theranos inspection, there was something unusual early on before the inspection even began. Chavez recalls getting e-mails informing him that individuals from the Center for Devices and Radiological Health (CDRH) would be coming out to Chavez's district, so someone thought it would be good to have a compliance officer at those meetings. Chavez doesn't recall what the anticipated issues were.

AUSA Schenk showed Chavez a copy of an e-mail dated 08/26/2015, titled "Bullet points for Theranos inspection." (Attachment two) Lawton Lum is Chavez's supervisor. Chavez said somebody other than him anticipated the issues detailed in this e-mail, and that someone wanted to make sure that if the inspection went down a route where enforcement action was needed, then there'd be a compliance officer involved early on. At this point during the inspection, Chavez knew there were issues, and there were calls exchanged between investigators and CDRH. He listened in on some of the calls. At this point, there was no case for him to work--he was just listening. He gets materials to review after the EIR (Establishment Inspection Report) is finished. It's not unusual for him to be brought in early though. He explained that investigators need help, and things can get complicated. The Theranos inspection was complicated because the company lawyered up early on, and CDRH sent out SMEs (subject matter experts) for the inspection. Part of him talking with the investigators was to reassure them as to why they could be there and to inform them as to what they could ask for while they were there.

