# Exhibit 6

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 2204323-MF |
| PERSON INTERVIEWED | : | Sunil Dhawan |
| PLACE OF INTERVIEW | : | Securities and Exchange Commission Office, San Francisco, CA |
| DATE OF INTERVIEW | : | June 22, 2017 |
| TIME OF INTERVIEW | : | 9:00 A.M. |

On June 22, 2017, at the Securities and Exchange Commission (SEC) office located in San Francisco, CA, Sunil Dhawan (DHAWAN) was interviewed regarding his employment at Theranos. Present for the interview were SEC Staff Attorneys Jessica Chan, Marc Katz, and Monique Winkler, Assistant United States Attorney Robert Leach, U.S. Food and Drug Administration, Office of Criminal Investigations Special Agent George Scavdis, and me. Present as DHAWAN's counsel were Gregory Vega and Robin Traylor. DHAWAN was admonished before the interview began. The following is a summary of the information DHAWAN provided.





DHAWAN was present for the September 2015 CMS audit. Also present were BALWANI, GEE, Heather King (KING), a lab consultant, Theranos' outside counsel, and two CMS inspectors; one San Francisco based inspector and one Washington, D.C. based inspector. During an initial meeting before the audit started, the San Francisco based CMS inspector discussed Theranos press releases and calls he had received from the media. DHAWAN believed the inspector was troubled by this. The inspector's comments regarding these items were directed towards BALWANI and KING.

After the initial meeting, the group broke into two teams to meet with the CMS inspectors. The inspectors reviewed Theranos' quality assurance and quality control procedures. During the audit, DHAWAN waited and sat outside the room where the auditors were meeting. He asked numerous times if he was needed for anything and was told, "No." Eventually, DHAWAN left the building. The audit took place over a two to three day period.

