# EXHIBIT C

# Cazares, Steve

| | |
|---|---|
| **From:** | Falk, Rebecca (USACAN) <Rebecca.Falk@usdoj.gov> |
| **Sent:** | Monday, June 3, 2019 2:59 PM |
| **To:** | Cazares, Steve |
| **Cc:** | Byer, Ben |
| **Subject:** | RE: SEC v. Balwani - Supplemental Protective Order Re FDA-CMS |

**[EXTERNAL]**

Steve –

Thanks for sending the protective order. Did the Theranos assignee grant the waiver? If so, please forward a copy so the agencies have it for reference.

In light of Monday's hearing on the requested stay of the SEC case, it seems to make sense to hold off having these conversations until we understand how the Court will rule. I'm happy to touch base after Monday's hearing to determine how to proceed.

Best regards,
Rebecca A. Falk
Assistant United States Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, California, 94102
T: 415-436-7022
F: 415-436-6748

**From:** Cazares, Steve <SteveCazares@dwt.com>
**Sent:** Friday, May 31, 2019 9:59 AM
**To:** Falk, Rebecca (USACAN) <rfalk@usa.doj.gov>
**Cc:** Byer, Ben <BenByer@dwt.com>
**Subject:** SEC v. Balwani - Supplemental Protective Order Re FDA-CMS

Rebecca,

Attached is the Supplemental Protective Order relating to the FDA and CMS signed by MJ Cousins yesterday. Can we schedule a call to discuss what the agencies have done to advance these productions, ie what searches have been done, what custodians have been utilized, and when we can expect the productions to begin? If not today (I am available most of the day), can we do a call on Monday?

Thank you

Steve

**Stephen A. Cazares** | Partner
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8607 | Fax: (213) 633-6899
Email: stevecazares@dwt.com | Website: www.dwt.com

1

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.