# EXHIBIT D

# Cazares, Steve

| | |
|---|---|
| **From:** | Falk, Rebecca (USACAN) <Rebecca.Falk@usdoj.gov> |
| **Sent:** | Monday, June 17, 2019 11:38 AM |
| **To:** | Cazares, Steve |
| **Cc:** | Coopersmith, Jeff |
| **Subject:** | RE: SEC v. Balwani - Subpoenas to FDA-CMS |

**[EXTERNAL]**

Steve –

Thanks for passing this along. This case has been reassigned in our office, so I will be back in touch with contact information and then you can work out a schedule for a call with the assigned AUSA.

Best regards,
Rebecca A. Falk
Assistant United States Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 9th Floor
San Francisco, California, 94102
T: 415-436-7022
F: 415-436-6748

**From:** Cazares, Steve <SteveCazares@dwt.com>
**Sent:** Friday, June 14, 2019 4:43 PM
**To:** Falk, Rebecca (USACAN) <rfalk@usa.doj.gov>
**Cc:** Coopersmith, Jeff <JeffCoopersmith@dwt.com>
**Subject:** SEC v. Balwani - Subpoenas to FDA-CMS

Rebecca,

You may or may not have heard, but this afternoon Judge Davila denied the motion to stay discovery, copy attached. In light of this development, we have some questions regarding the expected productions by the FDA and CMS. Can we get together on a phone call Monday afternoon to discuss?

Thanks,

Steve

**Stephen A. Cazares | Partner**
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8607 | Fax: (213) 633-6899
Email: stevecazares@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Washington, D.C.

1