| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
|  | One Embarcadero Center, Suite 500 |
| 2 | San Francisco, CA 94111 |
|  | Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
|  | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | SEEMA MITTAL ROPER (Admitted Pro Hac Vice) |
|  | MICHELLE CHEN (Admitted Pro Hac Vice) |
| 6 | KATHERINE A. TREFZ (CA State Bar No. 262770) |
|  | WILLIAMS & CONNOLLY LLP |
| 7 | 725 Twelfth Street, NW |
|  | Washington, DC 20005 |
| 8 | Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029 |
|  | Email: KDowney@wc.com; LWade@wc.com; SMRoper@wc.com; MChen@wc.com; |
| 9 | KTrefz@wc.com |
| 10 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|  | ) |
|     Plaintiff, | ) **NOTICE OF APPEARANCE OF** |
|  | ) |
|     v. | ) **KATHERINE A. TREFZ** |
|  | ) |
| ELIZABETH HOLMES and | ) |
| RAMESH "SUNNY" BALWANI, | ) |
|  | ) |
|     Defendants. | ) |
|  | ) |

NOTICE OF APPEARANCE OF KATHERINE A. TREFZ
CR-18-00258 EJD

1  **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE THAT** Katherine A. Trefz, admitted to practice in the United States District Court for the Northern District of California, of the law firm, Williams & Connolly LLP, hereby appears as counsel of record on behalf of Defendant Elizabeth A. Holmes, in the above-captioned matter, and respectfully requests that all pleadings and other documents be served upon her at Williams & Connolly, as identified below:

>Katherine A. Trefz
>WILLIAMS & CONNOLLY LLP
>725 Twelfth St. NW
>Washington, DC 20005
>Telephone: (202) 434-5000
>Facsimile: (202) 434-5029
>ktrefz@wc.com

DATED: July 19, 2019

>Respectfully submitted,
>
>/s/ *Katherine Trefz*
>KATHERINE TREFZ
>Attorney for Elizabeth Holmes