Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America )
                Plaintiff(s), )
  v. )
Elizabeth Holmes & Ramesh Balwani )
                Defendant(s). )

Case No: 18-cr-00258

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Amy Mason Saharia, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Elizabeth Holmes in the above-entitled action. My local co-counsel in this case is John D. Cline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 725 Twelfth Street, N.W.<br>Washington, DC 20005 | One Embarcadero Center, Suite 500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>202-434-5847 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 662-2260 |
| MY EMAIL ADDRESS OF RECORD:<br>asaharia@wc.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cline@johndclinelaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 981644.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 7/19/2019

                                                    Amy Mason Saharia
                                                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Amy Mason Saharia is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/19/2019

                                                        UNITED STATES DISTRICT JUDGE