ADAM A. REEVES (NYBN 2363877)
Attorney for the United States
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Email: robert.leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-18-00258-EJD |
|     Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] SECOND |
| v. | ) SUPPLEMENTAL PROTECTIVE ORDER |
| ELIZABETH HOLMES and | ) |
| RAMESH "SUNNY" BALWANI, | ) |
|     Defendants. | ) |

The United States of America, by and through ADAM A. REEVES, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, and JEFF SCHENK, JOHN C. BOSTIC, and ROBERT S. LEACH, Assistant United States Attorneys for the Northern District of California, and the defendants, ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, and their attorneys, KEVIN M. DOWNEY and LANCE A. WADE of Williams & Connolly for HOLMES, and JEFFREY B. COOPERSMITH and STEPHEN A. CAZARES of Davis Wright Tremaine for BALWANI, hereby stipulate as follows.

On July 9, 2010, the government made available to the defense for its inspection and review documents Bates-numbered AGENT_NOTES-000001 to AGENT_NOTES-000848, which consist of agent notes of the Federal Bureau of Investigation ("FBI"), United States Postal Inspection Service ("USPIS"), and Food and Drug Administration, Office of Criminal Investigations ("FDA-CI") ("Agent Notes");

On July 22, 2019, the Court issued an Order re Review of Agent Notes, directing the parties to meet and confer regarding a stipulated protective order regarding the defendants' receipt, handling, and use of the notes.

The parties have met and conferred and jointly request that the Court issue a Second Supplemental Protective Order as follows:

1. The Agent Notes, and any notes of the FBI, USPIS, or FDA-CI subsequently produced by the government bearing the Bates prefix "AGENT_NOTES," shall be considered "Protected Materials."

2. The defendants, the defendants' attorneys, and members of the defense team (including any investigators, paralegals, law clerks, assistants, expert witnesses, and other persons who are within the attorney-client privilege) shall not provide copies, or otherwise disclose the contents, of the Protected Materials to any third party or make any public disclosure of the Protected Materials.

3. The defendants, the defendants' attorneys, and members of the defense team may duplicate the Protected Materials only to the extent necessary to prepare the defense of this matter; they shall maintain the Protected Materials in a secure environment at the law offices of the undersigned counsel; they may use the Protected Materials and their contents only to prepare the defense of this matter; and they may not use the Protected Materials, or their contents, in any other proceeding.

4. Either defendant may at any time serve upon counsel for the United States a written notice objecting to any designation by the United States pursuant to paragraph 1. If agreement cannot be reached promptly, defendant may seek relief from the Court.

5. Any pleadings that reveal the contents of Protected Materials shall be filed under seal or redacted to prevent the disclosure of such contents.

6. Before trial, the parties shall meet and confer regarding appropriate procedures for use of Protected Materials at trial.

| | |
|---|---|
| DATED: July 30, 2019 | Respectfully submitted, |
| | ADAM A. REEVES<br>Attorney for the United States<br>Acting Under Authority Conferred<br>By 28 U.S.C. § 515 |
| | /s/ |
| | _____<br>JEFF SCHENK<br>JOHN C. BOSTIC<br>ROBERT S. LEACH<br>Assistant United States Attorneys |
| DATED: July 30, 2019 | WILLIAMS & CONNOLLY LLP |
| | /s/ |
| | _____<br>KEVIN M. DOWNEY<br>LANCE A. WADE<br>Attorneys for Elizabeth Holmes |
| DATED: July 30, 2019 | DAVIS WRIGHT TREMAINE LLP |
| | /s/ |
| | _____<br>JEFFREY B. COOPERSMITH<br>STEPHEN A. CAZARES<br>Attorneys for Ramesh "Sunny"<br>Balwani |

SO ORDERED.

DATED: _____                _____
                                      THE HONORABLE EDWARD J. DAVILA
                                      United States District Court Judge

STIPULATION AND [PROPOSED] SECOND SUPPLEMENTAL PROTECTIVE ORDER
CR-18-00258 EJD