| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| **1a. CONTACT PERSON FOR THIS ORDER** Shari Ginsberg | **2a. CONTACT PHONE NUMBER** (212) 303-3528 | **3. CONTACT EMAIL ADDRESS** sginsberg@bsfllp.com |
| **1b. ATTORNEY NAME (if different)** Ilana Miller | **2b. ATTORNEY PHONE NUMBER** (212) 446-2367 | **3. ATTORNEY EMAIL ADDRESS** imiller@bsfllp.com |
| **4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)** Boies Schiller Flexner LLP 55 Hudson Yards New York, NY 10001 | **5. CASE NAME** USA v. Holmes, et al. | **6. CASE NUMBER** 5:18-cr-00258 |
| **7. COURT REPORTER NAME** ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Irene Rodriguez | **8. THIS TRANSCRIPT ORDER IS FOR:** ☐ APPEAL ☑ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☑ NON-APPEAL ☐ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.) | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
| 06/28/2019 | EJD | Motion | Full hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| 06/28/2019 | EJD | CMC | Full hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| 07/17/2019 | EJD | Motion | Full hearing | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE** /s/ Shari Ginsberg

**12. DATE** 08/02/2019