UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELIZABETH A. HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendants. | Case No. 5:18-cr-00258-EJD-1<br><br>**ORDER RE PRODUCTION OF DOCUMENTS BY FDA AND CMS** |

On October 2, 2019, the Court held a hearing regarding Defendants' Motion to Compel the Production of Rule 16 and *Brady* Materials. Dkt. Nos. 67, 68. Based on the Court's discussion with the Parties, the Court rules as follows:

1. All Parties shall meet and confer on a pre-trial schedule that does not disturb the current trial date;

2. All Parties shall meet and confer with FDA and CMS regarding Defendants' concerns with the Agencies' productions;

3. FDA and CMS shall complete their production of documents, as discussed in the Court's order of July 19, 2019, no later than October 25, 2019;

4. No later than October 31, 2019, the Parties shall file with the Court a joint status report providing the Court with an update on the status of FDA and CMS's productions and the Parties' proposed pre-trial schedule;

5. The hearing on Defendants' Motion is continued to November 4, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: October 2, 2019

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER RE PRODUCTION OF DOCUMENTS BY FDA AND CMS

1