JEFFREY B. COOPERSMITH (STATE BAR NO. 252819)
jcoopersmith@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE, LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097
Telephone:   +1-206-849-4300
Facsimile:   +1-206-839-4301

WALTER F. BROWN (STATE BAR No. 130248)
wbrown@orrick.com
MELINDA HAAG (STATE BAR No. 132612)
mhaag@orrick.com
RANDALL S. LUSKEY (STATE BAR NO. 240915)
RLUSKEY@ORRICK.COM
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5749

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY CHANGE OF ADDRESS FOR JEFFREY B. COOPERSMITH** |
| v. | |
| ELIZABETH HOLMES AND RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT; and

TO:   ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective October 1, 2019, the mailing address, firm, and email address of Jeffrey B. Coopersmith, attorney of record for Defendant Ramesh "Sunny" Balwani, is changed. Please take note of the following and change your records accordingly:

NEW ADDRESS:

Jeffrey B. Coopersmith (State Bar No. 252819)
Orrick, Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104-7097

Telephone: +1-206-849-4300
Facsimile: +1-206-839-4301
Email: jcoopersmith@orrick.com

DATED: October 2, 2019                     Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: s/ *Jeffrey B. Coopersmith*
    Jeffrey B. Coopersmith (CA Bar #252819)
Attorneys for Ramesh "Sunny" Balwani

2

NOTICE OF ATTORNEY CHANGE OF ADDRESS
Case No. CR-18-00258-EJD