# EXHIBIT B



| EM - SENTDATE | Grand Total |
|---|---:|
| Apr/2019 | 1 |
| Feb/2019 | 1 |
| Jan/2019 | 1 |
| Jul/2018 | 1 |
| Jun/2018 | 6 |
| May/2018 | 6 |
| Apr/2018 | 7 |
| Mar/2018 | 14 |
| Jan/2018 | 1 |
| Nov/2017 | 4 |

| Month | Count |
|---|---:|
| Oct/2017 | 5 |
| Aug/2017 | 2 |
| Jun/2017 | 2 |
| May/2017 | 2 |
| Apr/2017 | 11 |
| Mar/2017 | 7 |
| Feb/2017 | 7 |
| Jan/2017 | 12 |
| Dec/2016 | 30 |
| Nov/2016 | 20 |
| Oct/2016 | 62 |
| Sep/2016 | 11 |
| Aug/2016 | 12 |
| Jul/2016 | 48 |
| Jun/2016 | 21 |
| May/2016 | 27 |
| Apr/2016 | 53 |
| Mar/2016 | 32 |
| Feb/2016 | 43 |
| Jan/2016 | 40 |
| Dec/2015 | 161 |
| Nov/2015 | 218 |
| Oct/2015 | 299 |
| Sep/2015 | 54 |
| Aug/2015 | 37 |
| Jul/2015 | 86 |
| Jun/2015 | 40 |
| May/2015 | 29 |

| | |
|---|---:|
| Apr/2015 | 23 |
| Mar/2015 | 48 |
| Feb/2015 | 16 |
| Jan/2015 | 16 |
| Dec/2014 | 16 |
| Nov/2014 | 21 |
| Oct/2014 | 30 |
| Sep/2014 | 24 |
| Aug/2014 | 8 |
| Jul/2014 | 13 |
| Jun/2014 | 33 |
| May/2014 | 4 |
| Apr/2014 | 12 |
| Mar/2014 | 10 |
| Feb/2014 | 3 |
| Jan/2014 | 2 |
| Dec/2013 | 1 |
| Grand Total | 1,693 |