# EXHIBIT C

| Produced without Slip-Sheet/Redactions | 6,858 |
|---|---|
| Intentionally Withheld/Technical Issue Slip-Sheets | 4,586 |
| Redactions | 944 |
|  |  |
| **Overall Total** | **12,388** |



FDA Productions 005-013

- Produced without Slip-Sheet/Redactions: 55%
- Intentionally Withheld/Technical Issue Slip-Sheets: 37%
- Redactions: 8%