# EXHIBIT D

| | |
|---|---|
| **From:** | Pilcher, Ian |
| **To:** | CDRH-OIR-RegCounsel |
| **Subject:** | Theranos inspection notebook |
| **Date:** | Friday, June 02, 2017 11:25:00 AM |
| **Attachments:** | Aug 16 2016 Theranos inspection notes.pdf |
| | image001.png |

Attached please see my inspection notes taken during the August 2016 inspection.

Thanks,

Ian


Ian Pilcher
Consumer Safety Officer
Division of Chemistry and Toxicology Devices
FDA/CDRH/OIR
301-796-6151



Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?O=500&D=530&B=534&E=&S=E

FDA - Confidential
FDA-0063814

Intentionally Withheld

FDA - Confidential  FDA-0063815

Intentionally Withheld

FDA - Confidential

FDA-0063816