# EXHIBIT E

# Non-Responsive

# Deliberative Process

1

FDA - Confidential  FDA-0024364

# Non-Responsive

# Deliberative Process

# Non-Responsive

FDA - Confidential
FDA-0024365

# Non-Responsive

FDA - Confidential FDA-0024366

# Non-Responsive

FDA - Confidential FDA-0024367

# Non-Responsive

| | |
|---|---|
| **From:** | Wiack, Michael |
| **To:** | Lias, Courtney H; Kelm, Kellie; Grove, Andrew D |
| **Cc:** | Gutierrez, Alberto; Hojvat, Sally A; Chan, Yung; Lovell, Stephen; Scherf, Uwe; El Mubarak, Haja Sittana |
| **Subject:** | RE: Theranos TSPU & TLAS Procode and/or applicable regulation |
| **Date:** | Thursday, November 20, 2014 3:26:05 PM |

**Deliberative Process**

This is how they describe it:

These automated processes conducted by the TSPU are analogous to the preanalytic sample preparation performed by a
phlebotomist/lab technician in a service center, and include sample processing operations such as sample separation and addition of various reagents, as well as automated specimen acceptability and rejection processes (with multiple redundancies added in an automated manner). It is important to note that the automation of the preanalytic sample processing eliminates common human error in sample preparation and processing, a significant factor in laboratory test error rates.

The next operation performed by the TSPU is digital transmission of preanalytic specimen data to the Theranos CLIA-certified laboratory for analytic testing and post analytic processing. Again, this operation is analogous to a patient specimen collection site in which the collected and preanalytic processed sample would be physically transported to a CLIA certified laboratory for analytic and post analytic processing. However, in this case, rather than transporting the physical sample, the TSPU transmits data on the specimen to the Theranos CLIA laboratory for analytic testing and post-analytic processing via the TLAS.

**Deliberative Process**

Michael

**From:** Lias, Courtney H
**Sent:** Thursday, November 20, 2014 7:56 AM
**To:** Wiack, Michael; Kelm, Kellie; Grove, Andrew D
**Cc:** Gutierrez, Alberto; Hojvat, Sally A; Chan, Yung
**Subject:** RE: Theranos TSPU & TLAS

Thanks Michael –

**Deliberative Process**

**Deliberative Process**

Thanks,

Courtney

Courtney H. Lias, Ph.D.
Director
Division of Chemistry and Toxicology Devices
Office of In Vitro Diagnostics and Radiological Health
Center for Devices and Radiological Health
Food and Drug Administration
Ph 301-796-5458

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?O=500&D=530&B=531&E=&S=E.

---

**From:** Wiack, Michael
**Sent:** Wednesday, November 19, 2014 4:02 PM
**To:** Kelm, Kellie
**Cc:** Chan, Yung; Lias, Courtney H
**Subject:** RE: Theranos TSPU & TLAS

I asked Andy to add this to the agenda for next Mondays instrument/software meeting. I just want to be sure that all these issues are fully vetted office-wide.

---

**From:** Kelm, Kellie
**Sent:** Wednesday, November 19, 2014 11:53 AM
**To:** Wiack, Michael
**Cc:** Chan, Yung; Lias, Courtney H
**Subject:** RE: Theranos TSPU & TLAS

Michael,

I've cc'd Yung and Courtney. **Deliberative Process**

**Deliberative Process**

Kellie

Kellie B. Kelm, Ph.D
Division of Chemistry and Toxicology Devices
Office of In Vitro Diagnostics and Radiological Health (OIR)
Center for Devices and Radiological Health (CDRH)
Food and Drug Administration
10903 New Hampshire Avenue

WO66, Room 5648
Silver Spring, MD 20993-0002
phone - 301-796-6145
fax - 301-847-8513
kellie.kelm@fda.hhs.gov
Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?O=500&D=530&B=534&E=&S=E

*THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by email or telephone.*

**From:** Wiack, Michael
**Sent:** Wednesday, November 19, 2014 10:25 AM
**To:** Kelm, Kellie
**Subject:** Theranos TSPU & TLAS

Hi Kellie,

I know you were extensively involved in several Theranos Pre-subs. Do you remember if the issue of what product code/regulation(s) would cover the TSPU-TLAS?
We have a 510k in DMD for their HSV-1 assay and I'm reviewing the software.

Thanks

*Michael Wiack*
*Scientific Reviewer*
*CDRH/OIR/DMD*
*301-796-6209*

Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received: https://www.research.net/s/cdrhcustomerservice?O=500&D=550&B=553&E=&S=E

| | |
|---|---|
| **From:** | Pilcher, Ian |
| **To:** | Gutierrez, Alberto; Lias, Courtney H |
| **Subject:** | Law Enforcement |
| **Date:** | Monday, January 25, 2016 4:46:31 PM |

I just saw another WSJ article on Theranos, which ⟦Law Enforcement⟧ This article stated that CMS has found more issues at Theranos that are more serious than those found in their earlier inspections. Do we know about this CMS inspection and what they found? The article also makes some statements about whether or not the "Edison" systems were ever in use. Theranos has consistently told us that they were not in us. If there is anything that you think I should pass on to OCI about any of these, please let me know.

Thanks,

Ian

# Law Enforcement