1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  VANESSA BAEHR-JONES (CABN 281715)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Vanessa.Baehr-Jones@usdoj.gov
8
   Attorneys for United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,        )  CASE NO. 18-CR-00258 EJD
   |                                  )
14 |       Plaintiff,                 )  NOTICE OF ATTORNEY APPEARANCE
   |                                  )
15 |   v.                             )
   |                                  )
16 | ELIZABETH A. HOLMES and          )
   | RAMESH "SUNNY" BALWANI,          )
17 |                                  )
   |       Defendants.                )
18 |                                  )

19
        Please take notice that, as of November 26, 2019, the Assistant United States Attorney
20
   whose name, address, telephone number, and email address are listed below is appearing for the
21
   government, in addition to current government counsel:
22
        VANESSA BAEHR-JONES (CABN 281715)
23      Assistant United States Attorney
        1301 Clay Street, Suite 340S
24      Oakland, California 94612
        Telephone: (510) 637-3680; FAX: (510) 637-3724
25      Vanessa.Baehr-Jones@usdoj.gov

26      The Clerk is requested to modify the docket sheet and other court records so as to reflect

27 that copies of all orders and communications from the court will in the future be given also to

28

AUSA Vanessa Baehr-Jones at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: November 26, 2019					Respectfully submitted,

							DAVID L. ANDERSON
							United States Attorney


							_____/s/_____
							VANESSA BAEHR-JONES
							Assistant United States Attorney