JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE A. TREFZ (CA State Bar No. 262770)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
PATRICK J. LOOBY (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com; SMRoper@wc.com; MChen@wc.com; PLooby@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

1  Pursuant to the Northern District of California's Criminal Local Rule 44-2(b), Defendant
2  Elizabeth Holmes respectfully requests that Michelle Chen be withdrawn as counsel of record for Ms.
3  Holmes in this matter.  Pursuant to Criminal Local Rule 44-2(b), all parties in this matter have been
4  notified.  After December 4, 2019, the undersigned will no longer be an associate with the law firm
5  Williams & Connolly LLP, and will no longer participate in this case.  Kevin M. Downey, Lance A.
6  Wade, Amy Mason Saharia, Katherine A. Trefz, Seema Mittal Roper, and Patrick J. Looby of the law
7  firm Williams & Connolly LLP, and John D. Cline, will continue to represent Ms. Holmes in this case.

Dated: December 2, 2019                      Respectfully submitted,

By: /s/ *Michelle Chen*

JOHN D. CLINE (CA State Bar No. 237759)

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE A. TREFZ (CA State Bar No. 262770)
SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
MICHELLE CHEN (Admitted Pro Hac Vice)
PATRICK J. LOOBY (Admitted Pro Hac Vice)

WILLIAMS & CONNOLLY LLP

Attorneys for Elizabeth Holmes

1  JOHN D. CLINE (CA State Bar No. 237759)
   One Embarcadero Center, Suite 500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE A. TREFZ (CA State Bar No. 262770)
6  SEEMA MITTAL ROPER (Admitted Pro Hac Vice)
   MICHELLE CHEN (Admitted Pro Hac Vice)
7  PATRICK J. LOOBY (Admitted Pro Hac Vice)
   WILLIAMS & CONNOLLY LLP
8  725 Twelfth Street, NW
   Washington, DC 20005
9  Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com;
10 SMRoper@wc.com; MChen@wc.com; PLooby@wc.com

11 Attorneys for Defendant ELIZABETH A. HOLMES

13                      UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                              SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR
DEFENDANT ELIZABETH HOLMES
CR-18-00258 EJD SVK

1  Having considered the Motion to Withdraw Michelle Chen as counsel of record for Defendant
2  Elizabeth Holmes in this matter, the motion is hereby GRANTED.

4      IT IS SO ORDERED.

6  DATED: _____    _____
                                                      HONORABLE EDWARD J. DAVILA
7                                                        UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW MICHELLE CHEN AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES
CR-18-00258 EJD SVK