JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO DISMISS SUPERSEDING INDICTMENT FOR LACK OF NOTICE AND, IN THE ALTERANTIVE, FOR A BILL OF PARTICULARS**<br><br>Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Dismiss Superseding Indictment for Lack of Notice and, in the Alternative, For a Bill of Particulars. I attest to the following facts upon which the motion relies:

2. Attached to the Motion are 2 exhibits. The contents of each are as follows:

DECLARATION IN SUPPORT OF MOTION TO DISMISS FOR LACK OF NOTICE AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS
CR-18-00258 EJD SVK                                                    1

      a.     Exhibit A is a true and correct copy of a May 10, 2019 from counsel to Ms. Holmes requesting information regarding allegations in the Superseding Indictment.

      b.     Exhibit B is a true and correct copy of a May 24, 2019 from counsel to the government denying Ms. Holmes' request for information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of December, 2019 in Washington, D.C.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION IN SUPPORT OF MOTION TO DISMISS FOR LACK OF NOTICE AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS
CR-18-00258 EJD SVK            2