# EXHIBIT A

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

LANCE WADE
(202) 434-5755
lwade@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 10, 2019

<u>Via Email</u>

Mr. John C. Bostic, Esquire
Mr. Jeffrey Schenk, Esquire
Mr. Robert Leach, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

   Re: <u>United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani, No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

   Pursuant to Federal Rule of Criminal Procedure 7 and the United States Constitution, defendant Elizabeth Holmes requests the following information regarding allegations in the Superseding Indictment (the "Indictment"), ECF No. 39:

1. With respect to Count 1, ¶ 20, please identify any alleged co-conspirators of Ms. Holmes in addition to Mr. Balwani.

2. With respect to Count 1, ¶ 20, please identify each "materially false and fraudulent representation" alleged to have been made by Ms. Holmes or any alleged co-conspirator in the course of "soliciting investments" in Theranos, including for each (a) who made the representation, (b) the precise content of the representation, (c) the form of the representation (i.e., oral or written), (d) the date of the representation, (e) to whom the representation is alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent. Moreover, please clarify the following points.

  a. Regarding each alleged "false and misleading statements to investors" in ¶ 12, please identify (a) who made the statement, (b) the precise content of the

WILLIAMS & CONNOLLY LLP

May 10, 2019
Page 2

    statement, (c) the form of the statement (i.e., oral or written), (d) when the statement was made, (e) to whom the statement was made, and (f) the manner in which the statement is claimed to be false and fraudulent. Moreover, please identify the precise allegedly false and misleading "written and verbal communications", "marketing materials", "financial statements, models, and other information", and "statements to the media" referenced in ¶ 12.

b. Regarding the alleged representation[1] in ¶ 12(A), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning which "tasks" Theranos' "proprietary analyzer" was "presently capable of accomplishing," (c) which "proprietary analyzer" the representation pertained to, (d) precisely what is alleged to have been represented concerning the analyzer's ability to "produc[e] results that were more accurate and reliable than those yielded by conventional methods—all at a faster speed that previously possible," (e) the form of the representation (i.e., oral or written), (f) when that representation is alleged to have been made, (g) to whom it was alleged to have been made, and (h) the manner in which the representation is claimed to be false and fraudulent.

c. Regarding the alleged representation in ¶ 12(B), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning 2014 and 2015 revenue projections for Theranos, (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent.

d. Regarding the allegedly misleading demonstrations in ¶ 12(C), please identify for each (a) the date of the demonstration, (b) the audience for the demonstration, (c) Ms. Holmes' alleged role in the demonstration, (d) any statements by Ms. Holmes or any alleged co-conspirators alleged to be false or misleading during the demonstration, and (e) the manner in which the representation is claimed to be misleading.

e. Regarding the alleged representation in ¶ 12(D), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning Theranos' "expanding partnership with Walgreens", (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and

---

[1] It is unclear whether the allegations in this and other paragraphs in the Indictment purport to cover a single statement by Ms. Holmes, or whether they purport to paraphrase multiple statements. To the extent that the latter is true, Ms. Holmes seeks the requested information for each allegedly false or fraudulent statement.

WILLIAMS & CONNOLLY LLP

May 10, 2019
Page 3

    (f) the manner in which the representation is claimed to be false and fraudulent.

  f. Regarding the alleged representation in ¶ 12(E), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning Theranos' relationship with the United States Department of Defense and the deployment of Theranos' technology to the battlefield, (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent.

  g. Regarding the alleged representation in ¶ 12(F), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning the need for FDA "approval", (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent. In addition, please identify the date and content of any communication from the FDA that it "was requiring Theranos to apply for clearance or approval for its analyzer and tests."

  h. Regarding the alleged representation in ¶ 12(G), please identify (a) who made the representation, (b) precisely what is alleged to have been represented concerning the use of "Theranos-manufactured analyzers" for patient tests, (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent.

  i. Regarding the alleged representation in ¶ 12(H), please identify (a) who made the representation, (b) precisely what is alleged to have represented concerning the examination, use, and validation of Theranos' technology by third parties, (c) the form of the representation (i.e., oral or written), (d) when that representation is alleged to have been made, (e) to whom it was alleged to have been made, and (f) the manner in which the representation is claimed to be false and fraudulent.

  j. Regarding the allegations in ¶ 12(I), please identify (a) the representations to the media that are alleged to contain false and misleading statements, (b) who made the representations, (c) the form of the representations (i.e., oral or written), (d) when the representations are alleged to have been made, (e) to whom it is alleged to have been made, and (f) the manner in which the

WILLIAMS & CONNOLLY LLP

May 10, 2019
Page 4

> representation is claimed to be false and fraudulent. Moreover, for each alleged instance when Ms. Holmes or any alleged co-conspirator allegedly shared media articles with investors and/or potential investors, please identify (a) the shared article, (b) the date it was shared, (c) by who it was shared, and (d) with whom it was shared.

3. With respect to Count 1, ¶ 20, please clarify whether the government maintains that the charged conspiracy featured allegedly material omissions. If so, please identify each alleged omission, including (a) who made the alleged omission, (b) precisely what is alleged to have omitted, (c) when that omission is alleged to have occurred, (d) the nature of the alleged duty to disclose, (e) to whom that duty allegedly was owed and to whom the omission is alleged to have been directed, and (f) the manner in which the omission is claimed to be fraudulent.

4. With respect to Count 2, ¶ 22, please identify any alleged co-conspirators of Ms. Holmes in addition to Mr. Balwani.

5. With respect to Count 2, ¶ 22, please identify each and every "false and fraudulent representation" alleged to have been made by Ms. Holmes or any alleged co-conspirator to solicit, encourage, or otherwise induce doctors to refer patients and patients to pay for and use Theranos' tests, including for each (a) who made the representation, (b) the precise content of the representation, (c) the form of the representation (i.e., oral or written), (d) the date of the representation, (e) to whom the representation is alleged to have been made, and (f) the manner in which the representation is claimed to have been false and fraudulent.

6. With respect to Count 2, ¶ 22, please clarify whether the government maintains that the charged conspiracy featured allegedly material omissions. If so, please identify each alleged omission, including (a) who made the alleged omission, (b) precisely what is alleged to have omitted, (c) when that omission is alleged to have occurred, (d) the nature of the alleged duty to disclose, (e) to whom that duty allegedly was owed and to whom the omission is alleged to have been directed, and (f) the manner in which the omission is claimed to be fraudulent.

7. Please identify the allegedly false and misleading representations in "advertising and marketing materials" or on the Theranos website and other false and misleading misrepresentations referenced in ¶¶ 14-15 and 17, including (a) the precise content of all such representations, (b) the date of the representations, (c) the person who made the representations, (d) the recipients of the representations, (e) the manner in which the representations was conveyed to doctors and patients, and (f) the manner in which the representations are alleged to have been false and misleading.

WILLIAMS & CONNOLLY LLP

May 10, 2019
Page 5

8. With respect to Counts 3-8, ¶ 24, please identify (a) the name of each referenced investor, (b) which allegedly false or fraudulent representations the investor is alleged to have been aware of, and, to the extent those representations are different from those subject to the prior requests, (c) the manner in which those representations are alleged to have been false and fraudulent.

9. With respect to Counts 3-8, ¶ 24, to the extent the Indictment alleges that investors referenced in these counts were defrauded by "material omissions with a duty to disclose," please identify each alleged omission, including (a) who made the alleged omission, (b) precisely is alleged to have been omitted, (c) when that omission is alleged to have occurred, (d) the nature of the alleged duty to disclose, (e) to whom that duty allegedly was owed and to whom the omission is alleged to have been directed, and (f) the manner in which the omission is claimed to be fraudulent.

10. With respect to Counts 9-10, ¶ 26, please identify (a) the name of each referenced patient and his or her doctor (if the patient consulted a doctor), (b) the identity of the person or entity that paid for Theranos testing in connection with such patient, (c) which allegedly false or fraudulent representations each patient or associated doctor is alleged to have been aware of, and, to the extent those representations are different from those subject to the prior requests, (d) the manner in which those representations are alleged to have been false and fraudulent.

11. With respect to Counts 9-10, ¶ 26, to the extent the Indictment alleges that the patients and doctors referenced in these counts were defrauded by "material omissions with a duty to disclose," please identify each alleged omission, including (a) who made the alleged omission, (b) precisely what Ms. Holmes is alleged to have omitted, (c) when that omission is alleged to have occurred, (d) the nature of the alleged duty to disclose, (e) to whom that duty allegedly was owed and to whom the omission is alleged to have been directed, and (f) the manner in which the omission is claimed to be fraudulent.

Very truly yours,

Lance Wade