JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD-SVK <br><br> **[PROPOSED] ORDER GRANTING MOTION TO DISMISS SUPERSEDING INDICTMENT IN PART FOR FAILURE TO ALLEGE FALSITY AND MOTION TO STRIKE** <br><br> Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS SUPERSEDING INDICTMENT IN PART FOR FAILURE TO ALLEGE FALSITY AND MOTION TO STRIKE
CR-18-00258 EJD SVK                            1

This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion to Dismiss the Superseding Indictment in part for Failure to Allege Falsity and Motion to Strike. After due consideration of the filings, the governing law, and the argument of the parties:

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that Counts One and Three through Eight of the Superseding Indictment are DISMISSED to the extent they rely on the alleged representations in Paragraphs 12(D) and 12(E) of the Superseding Indictment.

IT IS FURTHER ORDERED that Counts Two and Nine through Eleven of the Superseding Indictment are DISMISSED.

IT IS FURTHER ORDERED that the Superseding Indictment is DISMISSED to the extent it relies on a fraud-by-omission theory.

IT IS FURTHER ORDERED that Paragraphs 12(D) and 12(E), all allegations relating to doctors and patients, and all mention of a duty to disclose or omissions be stricken from the Superseding Indictment.

**IT IS SO ORDERED.**

Dated _____

Hon. Edward J. Davila
United States District Judge