JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-18-00258-EJD-SVK |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTS TWO AND NINE THROUGH ELEVEN OF SUPERSEDING INDICTMENT** |
| v. ) | |
| ) | |
| ELIZABETH HOLMES and ) | |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | Hon. Edward J. Davila |
| Defendants. ) | |
| ) | |

1  This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion to
2  Dismiss Counts Two and Nine through Eleven of the Superseding Indictment.  After due consideration
3  of the filings, the governing law, and the argument of the parties:
4  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED, and that Counts Two and
5  Nine through Eleven of the Superseding Indictment are DISMISSED.

7  **IT IS SO ORDERED.**

9  Dated _____

 Hon. Edward J. Davila
 United States District Judge