JEFFREY B. COOPERSMITH (SBN 252819)
*Email: jcoopersmith@orrick.com*
WALTER F. BROWN (SBN 130248)
*Email: wbrown@orrick.com*
MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
RANDALL S. LUSKEY (SBN 240915)
*Email: rluskey@orrick.com*
STEPHEN A. CAZARES (SBN 201864)
*Email: scazares@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MOTION TO DISMISS COUNTS TWO AND NINE THROUGH ELEVEN OF SUPERSEDING INDICTMENT**<br><br>**Date:  February 10, 2020<br>Time:  10:00 a.m.<br>CTRM.: 4, 5th Floor**<br><br>**Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in the Motion to Dismiss Counts Two and Nine

Through Eleven of Superseding Indictment filed by Defendant Elizabeth Holmes (Dkt. No. 206).

1    DATED: December 16, 2019                Respectfully submitted,

2                                            ORRICK HERRINGTON & SUTCLIFFE LLP

3

4                                            By:   /s/ Jeffrey B. Coopersmith
                                                   Jeffrey B. Coopersmith

5                                                  Attorney for Defendant
                                                   RAMESH BALWANI
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28