JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MOTION TO DISMISS SUPERSEDING INDICTMENT IN PART FOR FAILURE TO ALLEGE FALSITY AND MOTION TO STRIKE**<br><br>Date:  February 10, 2020<br>Time:  10:00 a.m.<br>CTRM.: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh Balwani joins in the Motion to Dismiss Superseding Indictment In Part for Failure to Allege Falsity and Motion to Strike filed by Defendant Elizabeth Holmes (Dkt. No. 205).

1  DATED: December 16, 2019                Respectfully submitted,

2                                          ORRICK HERRINGTON & SUTCLIFFE LLP

3

4                                          By:  */s/ Jeffrey B. Coopersmith*
                                                Jeffrey B. Coopersmith

5                                          Attorney for Defendant
                                           RAMESH BALWANI
6

- 2 -

DEFENDANT'S JOINDER IN MOTION TO DISMISS
SUPERSEDING INDICTMENT IN PART
FOR FAILURE TO ALLEGE FALSITY
CASE NO. CR-18-00258-EJD-SVK