JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. 18-CR-00258-EJD<br><br>**DEFENDANT ELIZABETH HOLMES' JOINDER IN OPPOSITION TO UNITED STATES' MOTION TO EXTEND DEADLINE BY WHICH TO COMPLY WITH COURT'S NOVEMBER 5, 2019, ORDER**<br><br>Date: January 13, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Ms. Holmes joins Defendant Balwani's Opposition to the United States' Motion To Extend Deadline by Which To Comply with Court's November 5, 2019, Order (Dkt. No. 215). In further support of the opposition, Ms. Holmes states the following:

1. The FDA documents at issue here are critical to the defense. *See* Dkt. No. 67 at 3-4, 14-16, 18-20 (Mot. To Compel). It was apparent after review of the government's initial Rule 16 production (in late 2018) that substantial FDA materials had not been collected by the DOJ (or its FDA

case agent) and produced to the defense. Ms. Holmes believed there was substantial additional evidence in the FDA files that were critical to her defense. Ms. Holmes promptly demanded those materials from the government, and when it refused to comply, she filed a motion to compel on April 15, 2019. Subsequent events have proven Ms. Holmes correct that FDA documents essential to her defense were missing. The number of FDA documents responsive to the six specified categories set forth in Ms. Holmes' motion to compel exceeds the government's initial production of just 5,492 FDA documents by many orders of magnitude. These productions have included significant documents from custodians who the government interviewed and who they apparently intend to call as witness at trial—and many directly contradict the FDA-related allegations in the indictment. *See* Dkt. No. 121 at 7 (September 30, 2019 Joint Status Memo); *see also* Transcript of Proceedings Before the Honorable Edward J. Davila at 13-15 (10/2/2019). Unfortunately, based on the information provided in the government's motion, it appears that the production of these important materials is only about one-third complete.

2. This case is set for trial eight months from the date of this filing. The governing scheduling order set a September 16, 2019 deadline for the completion of the government's Rule 16 productions—a date that passed three and a half months ago. The government's current motion effectively seeks to extend that deadline to sometime in late May 2020—at which time it will complete its production of these FDA documents. On that schedule the defense will receive these documents eight months after the initial Rule 16 deadline; five months after the Rule 12 motions deadline; one month after Defendants' expert disclosures are due; one month after Defendants' Rule 16 disclosures are due; fifteen days after Defendants' witness and exhibits lists are due; and at or around the same time that Defendants' motions in limine and expert motions are due. A review of these dates makes plain that the government's proposed extension is completely unworkable, and would significantly interfere with the defense's ability to prepare for trial. The government's motion should be denied, and it should be ordered to take all necessary steps to comply with Court's November 5, 2019 Order forthwith.

1 | DATED: January 6, 2020

3 |                       /s/ Lance Wade
     KEVIN DOWNEY
     LANCE WADE
     AMY MASON SAHARIA
     KATHERINE TREFZ
     Attorneys for Elizabeth Holmes

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2020, a copy of this filing was delivered via ECF on all counsel of record.

/s/ Lance Wade
LANCE WADE
Attorney for Elizabeth Holmes