# Exhibit A

Case 5:18-cr-00258-EJD   Document 228-1   Filed 01/09/20   Page 2 of 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Office of the General Counsel
Centers for Medicare &
Medicaid Services Division

330 Independence Ave., S.W.
Room 5340 Wilbur J. Cohen Building
Washington, D.C. 20201

November 26, 2019

<u>Sent By Email</u>
John C. Bostic
Assistant United States Attorney
Northern District of California
150 Almaden Boulevard, Suite 900
San Jose, California 95113
John.Bostic@usdoj.gov

Jeffrey B. Coopersmith
Davis Wright Tremaine LLP
920 Fifth Avenue Suite 3300
Seattle WA 98104
jeffcoopersmith@dwt.com

Kevin Downey
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
kdowney@wc.com

   Re: Document Access Request - *United States v. Elizabeth Holmes and Ramesh Balwani*, 18-CR-00258 EJD

Dear Messrs. Bostic, Coopersmith, and Downey:

This letter responds to the Court's November 5, 2019 Order in the above-captioned action instructing the Centers for Medicare & Medicaid Services (CMS) to investigate whether the agency has hard copy documents relevant to the six categories of information requested by the defendants and to disclose the procedures and results of that investigation.

CMS inquired whether all current employees on the agency's custodian list have hard copy documents responsive to the six categories and collected the potentially responsive hard copy

documents. CMS will produce responsive, non-privileged hard copy documents from current employees by the December 31, 2019 deadline.

CMS interviewed the managers of the former employees on the agency's custodian list to determine whether the agency has responsive hard copy documents from those custodians. CMS is currently reviewing hard copy documents for Patrick Conway, Andy Slavitt, Mandy Cohen, and Judy Yost and will produce responsive, non-privileged documents by the December 31, 2019 deadline. CMS followed the same process for a former employee who passed away and the agency did not locate any responsive documents.

        Sincerely,

        /s/ Lindsay Turner
        Attorney
        Office of the General Counsel - CMS Division
        U.S. Department of Health & Human Services
        Lindsay.Turner@hhs.gov