UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** January 13, 2020 | **Time:** 10:00-11:15 am  **Total Time:** 1 Hr. 15 Mins. | **Judge:** Edward J. Davila |
| **Case No.**: 18-cr-00258-EJD-1,2 | **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(NP) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Kevin Downey, Lance Wade, Katherine Trefz, Jon Cline, Stephen Cazares, Walter Brown
**Attorneys for FDA:** Marci Norton, Jackie Martinez-Resly, Dough Weinfield
Appeared via telephone conference: Stacy Amin, Perham Gorgi

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – MOTION HEARING AND STATUS CONFERENCE

Defendant Holmes present and out of custody.  Defendant Balwani appearance waived not present. Hearing held.
The Court heard oral argument as to the Government's Motion for an Extension of Time to Respond (Dkt. 215). The Court took the motion under submission.
The Court held sidebar discussion with Counsel and **ordered transcript portion of sidebar SEALED and that portion of transcript not available without Court order.**

**CASE CONTINUED TO: February 10, 2020 10:00 A.M. for Motion Hearing (Special Set).**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: