1  JEFFREY B. COOPERSMITH (SBN 252819)
   Email: jcoopersmith@orrick.com
2  WALTER F. BROWN (SBN 130248)
   Email: wbrown@orrick.com
3  MELINDA HAAG (SBN 132612)
   Email: mhaag@orrick.com
4  RANDALL S. LUSKEY (SBN 240915)
   Email: rluskey@orrick.com
5  STEPHEN A. CAZARES (SBN 201864)
   Email: scazares@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS SUPERSEDING INDICTMENT FOR LACK OF NOTICE AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS**<br><br>Date: February 10, 2020<br>Time: 10:00 a.m.<br>CTRM.: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh Balwani joins in the Reply in Support of Motion to Dismiss Superseding Indictment for Lack of Notice and, in the Alternative, for a Bill of Particulars filed by Defendant Elizabeth Holmes (Dkt. No. 296).

1  DATED: January 27, 2020

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:  */s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH BALWANI

DATED: January 27, 2020

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By:  */s/ Jeffrey B. Coopersmith*
Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH BALWANI