JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:	(415) 773-5700
Facsimile:	(415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN REPLY IN SUPPORT OF MOTION TO DISMISS COUNTS TWO AND NINE THROUGH ELEVEN OF SUPERSEDING INDICTMENT**<br><br>Date:  February 10, 2020<br>Time:  10:00 a.m.<br>CTRM.: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh Balwani joins in the Reply in Support of Motion to Dismiss Counts Two and Nine Through Eleven of Superseding Indictment filed by Defendant Elizabeth Holmes (Dkt. No. 298).

DATED: January 27, 2020

Respectfully submitted,

ORRICK HERRINGTON & SUTCLIFFE LLP

By: */s/ Jeffrey B. Coopersmith*
    Jeffrey B. Coopersmith

Attorney for Defendant
RAMESH BALWANI

- 2 -

DEFENDANT'S JOINDER IN REPLY
IN SUPPORT OF MOTION TO DISMISS
COUNTS TWO AND NINE THROUGH ELEVEN OF
SUPERSEDING INDICTMENT
CASE NO. CR-18-00258-EJD-SVK