1  JEFFREY B. COOPERSMITH (SBN 252819)
   WALTER F. BROWN (SBN 130248)
2  MELINDA HAAG (SBN 132612)
   RANDALL S. LUSKEY (SBN 240915)
3  STEPHEN A. CAZARES (SBN 201864)

4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759

7

8  Email: jcoopersmith@orrick.com; wbrown@orrick.com;
          mhaag@orrick.com; rluskey@orrick.com;
9         scazares@orrick.com

10 Attorneys for Defendant
   RAMESH "SUNNY" BALWANI

**FILED**

FEB 07 2020

Susan Y. Soong
Clerk, U.S. District Court
Northern District of California
San Jose

ECF Dkt. No.326

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

HOLMES, et al.,

        Defendants.

Case No. 18-CR-00258-EJD

**SUPPLEMENTAL DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S REPLY IN SUPPORT OF MOTION TO SEVER**

Judge:   Honorable Edward J. Davila

**<u>PROVISIONALLY FILED UNDER SEAL PURSUANT TO COURT ORDER OF JANUARY 13, 2020</u>**

## DECLARATION OF JEFFREY B. COOPERSMITH

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and a partner at Orrick, Herrington & Sutcliffe LLP, counsel of record for Mr. Balwani. I submit this declaration in support of Mr. Balwani's reply memorandum in support of Motion to Sever and Administrative Motion to Seal. I have personal knowledge of the facts stated herein, and I could and would testify competently to those facts if called as a witness.

2. Acting under my direction, members of Orrick, Herrington & Sutcliffe's research department searched U.S. news outlets and major wire services for stories since December 3, 2019, mentioning the fraud allegations against Mr. Balwani and Ms. Holmes. The search returned more than a dozen stories, plus dozens of blog posts and stories in international publications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed February 7, 2020 at Seattle, Washington.

Dated: February 7, 2020

_____
JEFFREY B. COOPERSMITH