UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** February 10, 2020 | **Time:** 10:13-12:44 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 2 Hrs. 31 Mins. | |
| **Case No.**: 18-cr-00258-EJD-1,2 | **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh Sunny Balwani(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Saharia, Katherine Trefz, John Cline, Patrick Looby, Jeffrey Coopersmith, Stephen Cazares, Randall Luskey, Jenna Vilkin, Amanda McDowell

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – MOTIONS HEARING

Defendants' are present and out of custody.  Hearing held.
The Court heard oral arguments as to Defendants' Motions to Dismiss Dkts. 204, 205 and 206 filed by Defendant Elizabeth Holmes and Dkts. 107, 208, and 209 Joinders re Motions to Dismiss filed by Ramesh Sunny Balwani.  The Court took the matters under submission and to issue Order.
Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and previous time exclusion order remains due to pending motions. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: