Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| | ) | Case No: 18-cr-00258 |
| Plaintiff(s), | ) | |
| | ) | **APPLICATION FOR** |
| v. | ) | **ADMISSION OF ATTORNEY** |
| Elizabeth Holmes & Ramesh Balwani | ) | **PRO HAC VICE** |
| | ) | (CIVIL LOCAL RULE 11-3) |
| | ) | |
| Defendant(s). | ) | |

I, Andrew P. Lemens, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Elizabeth Holmes in the above-entitled action. My local co-counsel in this case is John D. Cline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
725 Twelfth Street NW
Washington, DC 20005

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
50 California, Suite 1500
San Francisco, CA 94111

MY TELEPHONE # OF RECORD:
(202) 434-5132

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(415) 662-2260

MY EMAIL ADDRESS OF RECORD:
alemens@wc.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
cline@johndclinelaw.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 156487.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/14/20

Andrew P. Lemens
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Andrew P. Lemens is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Andrew P. Lemens*

was duly qualified and admitted on February 5, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February
7, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.