JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF MS. HOLMES' PRESENCE AT APRIL 1, 2020 CONFERENCE** |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Hon. Edward J. Davila |

Defendant Elizabeth Holmes and the United States of America, by and through their counsel, stipulate as follows:

1. A telephonic status conference is scheduled in this matter for April 1, 2020.

2. Ms. Holmes hereby waives her right to be present at the April 1, 2020 conference.

3. Undersigned counsel for Ms. Holmes declares that he has discussed the matter with Ms. Holmes and has her permission to proceed in her absence.

STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF MS. HOLMES' PRESENCE AT APRIL 1, 2020 CONFERENCE
CR-18-00258 EJD SVK                                                   1

DATED: March 30, 2020            Respectfully submitted,

                                 _____
                                 LANCE WADE
                                 Attorney for Elizabeth Holmes

DATED: March 30, 2020

                                 ADAM A. REEVES
                                 Attorney for the United States
                                 Acting Under Authority Conferred
                                 By 28 U.S.C. § 515

                                 /s/ Robert S. Leach
                                 JEFF SCHENK
                                 JOHN C. BOSTIC
                                 ROBERT S. LEACH
                                 VANESSA BAEHR-JONES
                                 Assistant United States Attorneys

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated _____

                                 _____
                                 Hon. Edward J. Davila
                                 United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF MS. HOLMES' PRESENCE AT APRIL 1, 2020 CONFERENCE
CR-18-00258 EJD SVK                           2

JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD-SVK |
|---|---|
| Plaintiff, | ) |
| v. | ) **DEFENDANT ELIZABETH HOLMES'** |
| | ) **WAIVER OF PRESENCE AT APRIL 1, 2020** |
| ELIZABETH HOLMES, | ) **HEARING** |
| | ) |
| | ) **FILED UNDER SEAL** |
| Defendant. | ) |
| | ) Hon. Edward J. Davila |

1  The undersigned defendant hereby waives the right to be present upon the telephonic hearing
2  scheduled for April 1, 2020 at 11:00 AM (PST).  The undersigned defendant further agrees that her
3  interests will be deemed represented at the April 1 hearing by the presence of her attorneys, the same as
4  if the defendant herself was personally present.

DATED: March 30, 2020

_____
ELIZABETH HOLMES

DATED: March 30, 2020

_____
LANCE WADE
*Attorney for Elizabeth Holmes*