JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES,<br><br>    Defendant. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT APRIL 1, 2020 HEARING**<br><br>**FILED UNDER SEAL**<br><br>Hon. Edward J. Davila |

The undersigned defendant hereby waives the right to be present upon the telephonic hearing scheduled for April 1, 2020 at 11:00 AM (PST). The undersigned defendant further agrees that her interests will be deemed represented at the April 1 hearing by the presence of her attorneys, the same as if the defendant herself was personally present.

DATED: March 30, 2020

_____
ELIZABETH HOLMES

DATED: March 30, 2020

_____
LANCE WADE
*Attorney for Elizabeth Holmes*