# EXHIBIT A

JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **[PROPOSED] ORDER PERMITTING TRIAL PREPARATION DURING COVID-19 PANDEMIC** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

WHEREAS, trial in the above-captioned matter is scheduled to begin on July 28, 2020;

WHEREAS, the COVID-19 disease, caused by a virus that spreads easily from person to person which may result in serious illness or death and has been classified by the World Health Organization as a worldwide pandemic, has broadly spread throughout the United States;

WHEREAS, the President of United States has declared a National Emergency in response to the COVID-19 outbreak;

WHEREAS, scientific evidence and public health best practices show that the most effective

approach to slowing the community transmission of communicable diseases like COVID-19 is through limiting public activities and engaging in social distancing;

WHEREAS, consistent with guidance from national and state public health agencies, the federal government and numerous states and municipalities in which trial-preparation activities in this matter must occur have declared public emergencies and/or public health emergencies and have suspended or placed restrictions on government services, movement of individuals, private business operations, and court proceedings with the aim facilitating an effective response to the COVID-19 emergency, including:

- The District of Columbia has ordered all non-essential business to cease operations through April 24, 2020, and all individuals living in Washington, DC to stay at their place of residence except to engage in certain essential activities. *See* Mayor's Order 2020-053 (Mar. 24, 2020); Mayor's Order 2020-054 (Mar. 30, 2020).

- The State of New York has implemented at 10-point New York State on PAUSE Plan, inducing ordering closure of all non-essential businesses, limitation on use of public transportation, and limiting congregation of individuals outside their home to workers providing essential services. *See* Executive Order 202.8 (Mar. 20, 2020).

- The State of California has ordered its residents to stay at home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors. *See* Executive Order N-22-30 (Mar. 19, 2020).

- The State of Maryland has ordered the closure of all non-essential businesses until further order and for all persons to stay in their homes or places of residence except to conduct certain essential activities. *See* Order of the Governor of the State of Maryland No. 20-03-23-01 (Mar. 23, 2020); Order of the Governor of the State of Maryland No. 20-03-20-01 (Mar. 30, 2020).

- The State of Washington has ordered that all people in Washington State shall immediately cease leaving their home or place of residence except: (1) to conduct or participate in essential activities, and/or (2) for employment in essential business services. *See* Proclamation 20-25 by the Governor Amending Proclamation 20-05 (Mar.

23, 2020).

- The Commonwealth of Virginia has ordered that all individuals in Virginia shall remain at their place of residence, except to conduct certain essential activities or when travel is required by court order, through June 10, 2020. *See* Executive Order No. 55 (Mar. 30, 2020).

WHEREAS, the Chief Judge of the Northern District of California has ordered the closure of the San Jose Courthouse to both staff and the public, with no exceptions, through April 7, 2002, which period may be extended by further order. *See* N.D. Cal. General Order 73 (as amended Mar. 25, 2020).

WHEREAS, in recognition of the impact of court proceedings during the COVID-19 outbreak on the health of jurors, witnesses, parties, attorneys, the public, court staff, Probation and Pretrial Services staff, chambers staff, and judges, the Chief Judge of the Northern District of California has ordered, among other things, that no criminal jury trial will be commenced before May 1, 2020; that appearances in criminal cases before the district judges may be waived and postponed, and that the requirements for filing of courtesy copies to chambers is suspended pending further notice. *See* N.D. Cal. General Order 72 (Mar. 16, 2020);

WHEREAS, this Court's General Order 72 permits individual Judges to make case-by-case exceptions to procedures at their discretion;

WHEREAS, the COVID-19 pandemic in the United States is a public health emergency that poses challenges to the parties in their efforts to effectively prepare for trial and remain in compliance with the above orders and public health best practices because many of the activities necessary to that trial preparation would violate the foregoing orders or related to state and local laws;

WHEREAS, notwithstanding the foregoing orders, and based on the authority permitted by Gen. Order 72, the continuation of the above-captioned matter is deemed to be an essential government function;

IT IS HEREBY ORDERED that the parties, their counsel, and their agents, are ordered to take steps they deem necessary to prepare for trial in this matter, including: causing to be manually filed in the courts of this District and elsewhere manual filings consistent with court rules for such filings;

[PROPOSED] ORDER
CR-18-00258 EJD SVK                                3

serving trial subpoenas and subpoenas *duces tecum* on non-parties as the need may be, including upon non-parties in affected areas and notwithstanding any local orders or laws to the contrary; traveling interstate to meet with witnesses to prepare for trial testimony; and taking whatever other steps and engaging whatever staff, experts, consultants, or other agents they deem appropriate and necessary for trial preparation;

IT IS FURTHER ORDERED that the right to complete the above activities supersedes any federal, state, or local law or order to the contrary;

**IT IS SO ORDERED.**

Dated _____

Hon. Edward J. Davila<br>
United States District Judge