JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF MS. HOLMES' PRESENCE AT APRIL 1, 2020 CONFERENCE** |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Hon. Edward J. Davila |

Defendant Elizabeth Holmes and the United States of America, by and through their counsel, stipulate as follows:

1. A telephonic status conference is scheduled in this matter for April 1, 2020.

2. Ms. Holmes hereby waives her right to be present at the April 1, 2020 conference.

3. Undersigned counsel for Ms. Holmes declares that he has discussed the matter with Ms. Holmes and has her permission to proceed in her absence.

1    DATED: March 30, 2020                    Respectfully submitted,

2

3

4                                            _____
                                             LANCE WADE
5                                            Attorney for Elizabeth Holmes

6

7    DATED: March 30, 2020

8
                                             ADAM A. REEVES
9                                            Attorney for the United States
                                             Acting Under Authority Conferred
10                                           By 28 U.S.C. § 515

11
                                             /s/ Robert S. Leach
12                                           JEFF SCHENK
                                             JOHN C. BOSTIC
13                                           ROBERT S. LEACH
                                             VANESSA BAEHR-JONES
14                                           Assistant United States Attorneys

15

16              **PURSUANT TO STIPULATION, IT IS SO ORDERED**

17

18   Dated   3/31/2020

19
                                             _____
20                                           Hon. Edward J. Davila
                                             United States District Judge
21

22

23

24

25

26

27

28
     STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF MS. HOLMES' PRESENCE AT APRIL 1, 2020
     CONFERENCE
     CR-18-00258 EJD SVK                    2