UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 1, 2020         **Time:** 11:00-11:45 am         **Judge:** Edward J. Davila

**Total Time:** 45 Mins.

**Case No.**: 18-cr-00258-EJD-1,2         **Case Name:** UNITED STATES v. Elizabeth Holmes(NP), Ramesh Balwani (P)

**Attorney for Plaintiff:** Jeffrey Schenk, Robert Leach, John Bostic, Vanessa Baehr-Jones

**Attorney for Defendant:** Lance Wade, Kevin Downey, John Cline, Jeffrey Coopersmith, Stephen Cazares, Randal Luskey, Walter Brown, Melinda Haag, Amanda McDowell

**Deputy Clerk:** Adriana M. Kratzmann         **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A         **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE Via Telephone Conference

Defendant Elizabeth Holmes' appearance is WAIVED per stipulation of the parties and order of the Court. Defendant Ramesh Balwani present via telephone conference. Hearing held via telephone conference due to COVID19.

The Court requested the parties to meet and confer re the current pretrial schedule and what pretrial tasks can be done considering COVID19 and the ability to achieve those tasks to keep the July 28, 2020 trial date if possible. The Court will not disturb the trial date at this time.

Also, the parties shall meet and confer re the 404b issues and if they cannot resolve they shall submit a proposed briefing schedule to the Court.

The Court set a further status conference for 4/15/2020 at 10:15 am via telephonic appearance.

The previous time exclusion order remains through 7/28/2020 pursuant to 18 U.S.C. §3161(h)(7)(A) &(B)(iv).

**CASE CONTINUED TO: April 15, 2020 10:15 A.M. for Further Status Conference.**
Dial in: 888-273-3658, access code: 1096091

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: