UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** April 15, 2020     **Time:** 10:15-11:15 am     **Judge:** Edward J. Davila

**Total Time:** 1 Hr.

**Case No.:** 18-cr-00258-EJD-1     **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, John Bostic, Vanessa Baehr-Jones
**Attorney for Defendant:** Lance Wade, Kevin Downey, John Cline

**Deputy Clerk:** Adriana M. Kratzmann     **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A     **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE
### (Via Telephone Conference)

Defendant is out of custody and appeared via telephone conference. Hearing held via telephone conference due to COVID19.

The Court set/reset the following deadlines/dates:

Defendant Holmes shall serve a summary pursuant to Rule 16 for each expert witness that defendant intends to call at trial in defendant's case-in-chief – **DEFERRED;**

The Government shall complete its Rule 16(a) disclosures. The Government shall remain obligated to produce any Rule 16(a) material it subsequently discovers. The Government shall serve witness and exhibit lists for its case-in-chief. The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). **Due 6/26/2020.**

Defendant Holmes shall complete defendant's Rule 16 disclosures other than expert disclosures. **Due 7/6/2020.**

The Government shall serve a summary pursuant to Rule 16 for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by defendant – **DEFERRED**.

Defendant Holmes shall serve witness and exhibit lists for the defendant's case-in-chief. Defendant Holmes shall complete defendant's production of witness statements pursuant to Rule 26.2. **Due 7/24/2020**

**ALL OTHER DEADLINE/DATES ARE DEFERRED.**

The Court set a further status conference for 7/20/2020 at 10:00 AM (Special Set)

Minute Order cont'd on pg. 2

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

The Court RESET the Trial date from 7/28/2020 **to 10/27/2020 at 9am for Jury Selection/Jury Trial.**

Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from 4/15/2020 through and including 10/27/2020. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**CASE CONTINUED TO: July 20, 2020 10:00 A.M. for Further Status Conference.**
**October 27, 2020 at 9:00 A.M. Jury Selection/Trial**

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel.
Begins – 4/15/2020
Ends – 10/27/2020

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**