JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
| Plaintiff, | **MS. HOLMES' NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF NECESSARY TO MAINTAIN CURRENT TRIAL SCHEDULE** |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Hon. Edward J. Davila |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Elizabeth Holmes hereby withdraws her Motion for Relief Necessary To Maintain Current Trial Schedule (Dkt. 368).  In light of the scheduling changes ordered by the Court at the April 15, 2020 status conference, that motion is now moot.  Accordingly, Ms. Holmes respectfully requests that the Court remove from the calendar the hearing on this motion previously set for April 20, 2020 at 10:00 AM.

1
2   DATED: April 16, 2020
3
4                                            /s/ Lance Wade
                                             LANCE WADE
5                                            Attorney for Elizabeth Holmes
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF MOTION
CR-18-00258 EJD SVK                          2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2020 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Lance Wade
LANCE WADE
Attorney for Elizabeth Holmes