JEFFREY B. COOPERSMITH (SBN 252819)
*Email: jcoopersmith@orrick.com*
WALTER F. BROWN (SBN 130248)
*Email: wbrown@orrick.com*
MELINDA HAAG (SBN 132612)
*Email: mhaag@orrick.com*
RANDALL S. LUSKEY (SBN 240915)
*Email: rluskey@orrick.com*
STEPHEN A. CAZARES (SBN 201864)
*Email: scazares@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-CR-258-EJD<br><br>**JOINT PROPOSED CASE SCHEDULE** |

In its March 20, 2020 Order re Severance of Trials [ECF No. 362], the Court directed the parties to meet and confer and file proposed revised schedules no later than March 30, 2020. On March 30, 2020, Mr. Balwani and the government filed a joint proposed case schedule. On May 1, 2020, the Court requested an updated schedule in light of the new schedule for defendant Elizabeth Holmes. Counsel for Mr. Balwani and the government have met and conferred and respectfully submit the attached revised Proposed Case Schedule.

| | | |
|---|---|---|
| 1 | DATED: May 14, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | s/ *Robert S. Leach* |
| 4 | | ROBERT S. LEACH (CABN 196191)<br>JOHN C. BOSTIC (CABN 264367 |
| 5 | | VANESSA BAEHR-JONES (CABN 281715)<br>JEFF SCHENK (CABN 234355) |
| 6 | | |
| 7 | | *Assistant United States Attorneys* |
| 8 | DATED: May 14, 2020 | Respectfully submitted, |
| 9 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 10 | | |
| 11 | | By: s/ *Jeffrey B. Coopersmith* |
| 12 | | JEFFREY B. COOPERSMITH (CABN 252819) |
| 13 | | *Attorneys for Ramesh "Sunny" Balwani* |

UNITED STATES v. RAMESH "SUNNY" BALWANI
No. 18-CR-00258-EJD
PROPOSED CASE SCHEDULE

| DATE | EVENT |
|---|---|
| Friday, January 22, 2021 | Defendant shall serve a summary pursuant to Rule 16 for each expert witness he intends to call at trial in the defendant's case-in-chief. |
| Friday, February 5, 2021 | Defendant shall complete his Rule 16 disclosures other than expert disclosures. |
| Wednesday, February 10, 2021 | The Government shall serve any supplement to its exhibit and witness lists previously disclosed in the trial of Elizabeth Holmes.<br><br>The Government shall identify any statement the Government intends to offer under Federal Rule of Evidence 801(d)(2)(E). |
| Wednesday, February 10, 2021 | The Government shall serve a summary pursuant to Rule 16 for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by defendant Balwani. |
| Friday, February 12, 2021 | Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Friday, February 19, 2021 | Motions *in limine* and motions relating to experts due. |
| Monday, March 1, 2021 | The parties shall file a pretrial conference statement addressing the matters set forth in Local Rule 17.1-1. The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any material the government subsequently discovers. |
| Friday, March 5, 2020 | Defendant shall serve witness and exhibit lists for the defendant's case-in-chief. Defendant shall complete defendant's production of witness statements pursuant to Rule 26.2. |
| Monday, March 8, 2021 | Responses to motions *in limine* and motions relating to experts due. |
| Monday, March 22, 2021 | Replies in support of motions *in limine* and motions relating to experts due. |
| Monday, April 5, 2021 | Pretrial Conference |
| Tuesday, April 13, 2021 | Jury Selection |
| Tuesday, April 20, 2021 | First Day of Trial |