1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  Case No. CR-18-00258-EJD-SVK
15                                     )
            Plaintiff,                 )  **DECLARATION OF LANCE WADE IN
16                                     )  SUPPORT OF MOTION TO DISMISS
       v.                              )  SUPERSEDING INFORMATION**
17                                     )
   ELIZABETH HOLMES,                   )
18                                     )  Hon. Edward J. Davila
                                       )
19          Defendant.                 )
                                       )
20                                     )

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION TO DISMISS SUPERSEDING INFORMATION
CR-18-00258 EJD SVK                          1

I, LANCE WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter and have been admitted to practice *pro hac vice* in this matter. Pursuant to Criminal Local Rule 47-2(b) and Civil Local Rule 7-5, I submit this declaration in support of Ms. Holmes' Motion To Dismiss Superseding Information.

2. On May 12, 2020, I spoke by telephone with Robert Leach, government counsel in this case. I expressed the view that the Superseding Information filed by the government on May 8 is unconstitutional and asked Mr. Leach why the government had filed it. Mr. Leach responded that he would not disclose the government's strategy in filing the Superseding Information. He also asked when Ms. Holmes wanted to be arraigned on the Superseding Information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of May, 2020 in Bethesda, MD.

_____
Lance Wade
Attorney for Elizabeth Holmes