JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>       Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**[PROPOSED] ORDER GRANTING**<br>**MS. HOLMES' MOTION TO DISMISS**<br>**SUPERSEDING INFORMATION**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO DISMISS SUPERSEDING INFORMATION
CR-18-00258 EJD SVK

1  This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion To
2  Dismiss Superseding Information.  After due consideration of the filings, the governing law, and the
3  argument of the parties:
4  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED, and that the Superseding
5  Information is DISMISSED.

7  **IT IS SO ORDERED.**

9  Dated: _____

                                                      Hon. Edward J. Davila
                                                      United States District Judge

28  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO DISMISS SUPERSEDING INFORMATION
CR-18-00258 EJD SVK