SEALED BY ORDER OF COURT

1  JOHN D. CLINE (CA State Bar No. 237759)
2  50 California Street, Suite 1500
   San Francisco, CA 94111
3  Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
   Email: cline@johndclinelaw.com

4
5  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
6  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
7  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
8  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
9  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

10
   Attorneys for Defendant ELIZABETH A. HOLMES
11

FILED

JUN 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17  UNITED STATES OF AMERICA,            )   Case No. CR-18-00258-EJD-SVK
                                         )
18         Plaintiff,                     )   **DECLARATION OF KEVIN M.**
                                         )   **DOWNEY IN SUPPORT OF**
19         v.                             )   **OPPOSITION TO GOVERNMENT'S**
                                         )   **MOTION FOR AN EXAMINATION OF**
20  ELIZABETH HOLMES and                 )   **DEFENDANT ELIZABETH HOLMES**
    RAMESH "SUNNY" BALWANI,              )   **PURSUANT TO FEDERAL RULE OF**
                                         )   **CRIMINAL PROCEDURE 12.2(c)**
21         Defendants.                    )
                                         )   **FILED UNDER SEAL**
22                                        )
                                         )   Hon. Edward J. Davila
23                                        )
                                         )
24                                        )
                                         )
25  _____  )

26

27

28

DECL. OF KEVIN DOWNEY IN SUPPORT OF OPPOSITION TO
GOVERNMENT'S MOTION FOR AN EXAMINATION
CR-18-00256 EJD SVK

## DECLARATION OF KEVIN M. DOWNEY

I, Kevin M. Downey, declare as follows:

1.      I am an attorney admitted to practice in the District of Columbia and a partner at the law firm of Williams & Connolly LLP.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Opposition to the Government's Motion for an Examination of Defendant Elizabeth Holmes Pursuant to Federal Rule of Criminal Procedure 12.2(c).

2.      Attached hereto as Exhibit A is the curriculum vitae of Dr. Renee Binder, as provided by counsel for the government to counsel for Ms. Holmes.

3.      Attached hereto as Exhibit B is the curriculum vitae of Dr. Daniel Martell, as provided by counsel for the government to counsel for Ms. Holmes.

Executed this 8th day of June, 2020 in Washington, D.C.


KEVIN M. DOWNEY
Attorney for Elizabeth Holmes

1

# EXHIBIT A

**Prepared:**
**1/15/20**

## University of California, San Francisco

### CURRICULUM VITAE

| | |
|---|---|
| **Name:** | **Renée L. Binder, M.D.** |
| **Current Title:** | Distinguished Professor |
| **Department:** | Department of Psychiatry, School of Medicine<br>University of California, San Francisco |
| **Current Positions:** | Director, Psychiatry and the Law Program (as of 2/99) |
| | Associate Dean in the Office of Academic Affairs, School of Medicine  (as of 10/04) |
| | President, American Psychiatric Association (May 2015-May 2016) |
| **Prior Positions (2008-11):** | Interim Chair of Department of Psychiatry |
| | Director of Langley Porter Psychiatric Hospital and Clinics |
| **Address:** | 401 Parnassus Avenue, San Francisco, CA  94143-0984 |
| **Phone:** | (415) 476-7304 |
| **Fax:** | (415) 502-2206 |
| **E-mail:** | Renee.Binder@ucsf.edu |

**EDUCATION:**

| Dates | Institution Attended & Location | Degree or Status | Major Subjects |
|---|---|---|---|
| 1965-69 | Barnard College, New York, NY | 1969, B.A., cum laude | Art History & Pre-Medicine |
| 1969-73 | University of California, San Francisco School of Medicine | 1973, M.D. | Medicine |
| 1973-76 | Mt. Zion Hospital & Medical Center, San Francisco | Intern & Resident | Psychiatry |
| 2010 | Harvard School of Public Health | Program for Chiefs of Clinical Services | Health Policy and Management |
| 2018 | Stanford Graduate School of Business | Innovative Health Care | Leadership Program |

**LICENSES, CERTIFICATIONS:**

| | |
|---|---|
| 1974 | Medical license, California G27505 |
| 1978 | Certified, American Board of Psychiatry & Neurology —Specialty of Psychiatry |
| 1993 | Certified, Administrative Psychiatry |

| 1994- 2004 | Certified, American Board of Psychiatry & Neurology—Subspecialty of Forensic Psychiatry |
|---|---|
| 2004-2014 | Recertified, American Board of Psychiatry & Neurology—Subspecialty of Forensic Psychiatry |
| 2013-2023 | Recertified, American Board of Psychiatry & Neurology—Subspecialty of Forensic Psychiatry |

**PRINCIPAL POSITIONS HELD:**

| 1976-77 | UCSF | Clinical Instructor |
|---|---|---|
| 1977-85 | UCSF | Assistant Professor of Psychiatry |
| 1985-91 | UCSF | Associate Professor of Psychiatry |
| 1991-now | UCSF | Professor of Psychiatry |

**OTHER POSITIONS HELD CONCURRENTLY:**

| 1974-77 | Menlo Park Veterans Hospital | Physician O.D. |
|---|---|---|
| 1976-86 | Langley Porter Psychiatric Institute | Director, Emergency Services |
| 1978-80 | Langley Porter Psychiatric Institute | Director, Rape Treatment Center |
| 1976-77 | Langley Porter Psychiatric Institute | Staff Psychiatrist, Crisis Intervention Unit |
| 1977-99 | Langley Porter Psychiatric Institute | Director, Adult Inpatient Service |
| 1976-now | Langley Porter Psychiatric Institute | Attending Physician, Medical Staff |

**HONORS, AWARDS, AND FELLOWSHIPS:**

| 1974-76 | American Psychiatric Association Falk Fellowship. One of twenty residents selected throughout this country to become involved with the APA on a national level |
|---|---|
| 1984 | Women of Achievement Award by the Soroptomist International of the Americas given in recognition by peers of "outstanding abilities, talents and contributions to the profession" |
| 1986 | Interdisciplinary Achievement Award from the Langley Porter Psychiatric Institute Alumni-Faculty Association. Awarded for significant contribution to interdisciplinary work and understanding in the field of mental health |
| 1986 | World Health Organization Travel-Study Fellowship to Japan. Awarded to individuals "who show the greatest promise of benefiting health programs in the United States." |
| 1990 | Visiting Research Fellow, National Hospital for Nervous Diseases, Queen Square, London, UK: June-August, 1990 |
| 1998 | Northern California Psychiatric Society "President's Distinguished Service Award" for "skill in building consensus in a diverse organization and for efficient and responsible leadership style" |
| 2003 | American Psychiatric Association Congressional Health Policy Fellowship to work in the U.S. Senate and consult on health policy. |
| 2004 | California Psychiatric Association Award for Contributions and Service |
| 2005 | Distinguished Service on the Center for Judicial Education and Research Faculty presented by the Administrative Office of the Courts |
| 2006 | Dr. J. Elliott Royer Award for academic excellence and significant contributions to the field of academic psychiatry |

| | |
|---|---|
| 2006 | Plenary Speaker at UCSF Dean's Office Symposium for Mid-Career Faculty |
| 2006 | Psychiatry Residents Association Award for "Excellence in Teaching" |
| 2006 | American Academy of Psychiatry and the Law's "Seymour J. Pollack Distinguished Achievement Award" in recognition of distinguished contributions to the teaching and educational functions of forensic psychiatry |
| 2009 | Keynote speaker:Conference on Violence sponsored by the SF Department of Public Health |
| 2009 | UCSF "Champion of Diversity" for commitment and efforts toward achieving diversity in the category of leadership |
| 2010 | Distinguished Life Fellow of the American Psychiatric Association |
| 2014 | Selected as one of the "Best Doctors in America" (first selected in 1996) |
| 2014 | American Academy of Psychiatry and the Law's "Golden AAPL Award" in recognition of significant contributions to the field of forensic psychiatry |
| 2017 | Visiting Professor, Yale University |
| 2018 | Isaac Ray Award for "Outstanding Contributions to Forensic Psychiatry or the Psychiatric Aspects of Jurisprudence" |

## PROFESSIONAL ORGANIZATIONS:

Memberships:

| | |
|---|---|
| 1974-now | Northern California Psychiatric Society |
| 1974-now | American Psychiatric Association |
| 1985-now | American Academy of Psychiatry and the Law |

Service To Professional Organizations:

| | | |
|---|---|---|
| 1974-75 | Northern California Psychiatric Society | Committee on Women |
| 1974-75 | American Psychiatric Association | Committee of Medical Education |
| 1975-76 | Northern California Psychiatric Society | Resident Councilor to Executive Committee |
| 1975-76 1996, 1999, 2000 | Northern California Psychiatric Society | Nominating Committee |
| 1978-79 | Northern California Psychiatric Society | Medi-Cal Committee |
| 1979-80 | American Psychiatric Association | Task Force of Psychiatric Emergency Care Issues, Resource Person |
| 1983-89 | American Psychiatric Association | Committee on Women |
| 1987-89 | American Academy of Psychiatry and the Law | Public Information Committee |
| 1988-90 | American Academy of Psychiatry and the Law | Education Committee |
| 1989-03 | American Academy of Psychiatry and the Law | Journal Committee |
| 1990-94 | American Academy of Psychiatry and the Law | Fellowship Committee |
| 1990-97 | American Academy of Psychiatry and the Law | Program Committee |
| 1994-97 | American Academy of Psychiatry and the Law | Chair of Membership Committee |
| 1991-92 | American Academy of Psychiatry and the Law | Chair of Program Committee |
| 1991-94 | American Academy of Psychiatry and the Law | Councilor |
| 1997-00 | American Academy of Psychiatry and the Law | Nominating Committee |
| 1989-90 | Northern California Psychiatric Society | Fellowship Committee |
| 1989-90 | American Psychiatric Association | Committee on Confidentiality |
| 1995 | American Academy of Psychiatry and the Law | Ad Hoc Committee to Search for Medical Director |
| 1990-95 | American Psychiatric Association | Chair of Committee on Confidentiality |
| 1995-00 | American Psychiatric Association | Council on Psychiatry and the Law |

**CURRICULUM VITAE Renée Binder, M.D.**                                                  **Page 4**

| | | |
|---|---|---|
| 1991-95 | American Psychiatric Association | Practice Guidelines Work Group on Developing Guidelines for Psychiatric Evaluation of Adults |
| 1989-93 | American Psychiatric Association | Task Force on Clinician Safety |
| 1989-90 | Association for Women Psychiatrists | Treasurer |
| 1989-now | Group for Advancement of Psychiatry | Committee on Psychiatry and the Law (Contributing status as of 4/92) |
| 1994-95 | American Academy of Psychiatry and the Law | Vice President |
| 1995-96 | Northern California Psychiatric Society | Vice President |
| 1995-97 | American Psychiatric Association | Chair of Subcommittee on Child Custody Issues |
| 1996-97 | California Psychiatric Association | Executive Council |
| 1996-97 | Northern California Psychiatric Society | President-Elect |
| 1997-98 | Northern California Psychiatric Society | President |
| 1997-00 | American Psychiatric Association | Chair of Council on Psychiatry and the Law |
| 1997-98 | American Academy of Psychiatry and the Law | President |
| 1998-99 | American Psychiatric Association | Task Force to Prepare APA Position Statement on Confidentiality |
| 2000-04 | American Psychiatric Association | Chair of Commission/Committee on Judicial Action |
| 2000-03 | American Psychiatric Association | Commission on Public Policy, Litigation and Advocacy |
| 2000-02 | California Psychiatric Association | President-elect |
| 2001-14 | American Academy of Psychiatry and the Law | Chair, Awards Committee |
| 2004-06 | American Academy of Psychiatry and the Law | President, Association of Directors of Forensic Psychiatry Fellowships |
| 2002-04 | California Psychiatric Association | President |
| 2005-12 | American Psychiatric Association | Isaac Ray Award Committee (Chair 2009-12) |
| 2004-07 | American Psychiatric Association | Trustee-at-large |
| 2004-05 | American Psychiatric Association | Work Group to revise 1995 *Practice Guideline for the Psychiatric Evaluation of Adults* |
| 2005- | American Psychiatric Association | Task Force to Update the Ethics Annotations |
| 2007-12 | American Psychiatric Association | Committee on Advocacy and Litigation |
| 2008-12 | American Psychiatric Association | Task Force on the Assessment of Violence Risk |
| 2011-now | American Psychiatric Association | Council on Psychiatry and the Law (corresponding member) |
| 2012-13 | American Psychiatric Association | Chair of Committee on Advocacy and Litigation Funding |
| 2014-16 | American Psychiatric Association | President-Elect and President |
| 2014-15 | American Psychiatric Association | Chair of Joint Reference Committee |
| 2014-now | American Psychiatric Association | Member Committee on Judicial Action |
| 2016-19 | American Psychiatric Association | Member of Board of Trustees |
| 2019-20 | American Psychiatric Association | Work group on Financial Strategic Planning |
| 2020-28 | American Board of Psychiatry and Neurology | Forensic Psychiatry Article Assessment Continuing Certification Pilot |

CURRICULUM VITAE Renée Binder, M.D.                                                Page 5

Other Professional Activities:

President, Association of Directors of Forensic Psychiatry Fellowship Programs, 2004-2006

American Board of Psychiatry and Neurology Committee on Recertification in Forensic Psychiatry: 2000-2008

American Board of Psychiatry and Neurology Forensic Psychiatry Subspecialty Steering Committee: 2001-2008

American Board of Psychiatry and Neurology: Examiner: 1979, 1981, 1982, 1983, 1984, 1985, 1988, 1992; Senior Examiner: 1999-2006

Keynote Speaker, "California Legislative Update", Central California Psychiatric Society Annual Meeting, March 15, 2003

Presidential Appointee to Committee on Added Qualifications in Forensic Psychiatry of the American Board of Psychiatry and Neurology: 1992-2001

Specialist Site Visitor in Forensic Psychiatry for Residency Review Committee of Accreditation Council for Graduate Medical Education: 1996-97

Organizer and Conference Director of "Workplace Violence: Assessment and Prevention (with participation of FBI): 1996

Organizer and invited speaker at "Faces of Forensics" conference in collaboration with University of California Hastings College of the Law: 2008

Organizer and participant in Congressional Briefings on increasing the number of psychiatric beds in the US and criminalization of persons with mental illness: 2015-2016

Invited Member of Technical Advisory Group of SAMHSA (Substance Abuse and Mental Health Services Administration) to evaluate Assisted Outpatient Programs in US with NIMH

Invitee to American Board of Psychiatry and Neurology Forum on Strategic Planning 2019


**SERVICE TO PROFESSIONAL PUBLICATIONS:**

| | | |
|---|---|---|
| 1979-now | Psychiatric Services | Reviewer |
| 1986-now | American Journal of Psychiatry | Reviewer |
| 1986-now | Journal of American Medical Association | Reviewer |
| 1986-90 | Journal of Clinical Psychopharmacology | Reviewer |
| 1986-90 | Biological Psychiatry | Reviewer |
| 1987-now | Journal of the American Academy of Psychiatry and the Law | Reviewer |
| 1989-03 | Journal of the American Academy of Psychiatry and the Law | Associate Editor |


**INTERNATIONAL INVITED PAPERS AND LECTURES:**

| | |
|---|---|
| 1986 | Lecturer on "Psychiatric Emergency Services in the United States" at Teikyo University Medical School in Tokyo, Japan. (Invited by Professor Hajime Kazamatsuri) |
| 1986 | Lecturer on "Treatment for Rape Victims" at the Institute of Public Health in Tokyo, Japan. (Invited by Dr. Haruo Kuwabara) |
| 1990 | Lecturer on "Post-Traumatic Stress Disorder" at the National Hospital for Nervous Diseases, Queen Square, London, U.K. (Invited by Dr. Michael Trimble) |
| 1995 | Discussant for Case Conference on "Depression, Suicide Attempts and Management of Memories of Childhood Sexual Abuse" at National University of Singapore, Faculty of Medicine, Department of Psychological Medicine, Singapore. (Invited by Professor Kua Ee Heok) July 21, 1995 |
| 1995 | Lecture on "Managing Psychiatric Emergencies in an Acute Inpatient Psychiatric Unit" at University of Malaya, Department of Psychological Medicine, Kuala Lumpur, Malaysia. (Invited by Professor M.P. Deva) July 28, 1995 |
| 1995 | Discussant for Case Conference on "The Difficult to Manage Patient" at Institute of Mental Health/Woodbridge Hospital, Singapore. (Invited by Professor Teo Seng Hock and Department of General Psychiatry, Dr. Chee Kuan Tsee) July 31, 1995 |

| | |
|---|---|
| 1995 | Lecture on "Intensive Psychiatric Care Unit: The U.S. Experience" at Institute of Mental Health, Singapore. (Invited by Professor Teo Seng Hoek and Dr. Chang Yang How) July 31, 1995 |
| 1995 | Discussant for Case Conference on "The Violent Patient" and Lecture on "Assessment of Violence Risk" at Institute of Mental Health/Woodbridge Hospital, Singapore. (Invited by Professor Teo Seng Hock and Department of Forensic Psychiatry, Dr. Ang Ah Ling) August 1, 1995 |
| 1995 | Keynote Speaker on "Family Violence" and "Sexual Abuse" at Seminar on Family Violence and Sexual Abuse, Singapore (Invited by Dr. Wong Yip Chong and Professor Kua Ee Heok) August 6, 1995 |
| 2015 | Keynote Speaker on "Mental Illness and Violence" at Royal College of Psychiatrists, Birmingham, England June 29, 2015 |

**NATIONAL:**

American Psychiatric Association Annual Meetings:

| | |
|---|---|
| 1979 | Paper: "Setting up a Rape Treatment Center" |
| 1985 | Paper: "Sex Between Psychiatric Inpatients" |
| 1986 | New Research: "Evaluation of a Sexual Abuse Prevention Program" |
| 1987 | Paper: "Tardive Dyskinesia and Parkinsonism in Japan" |
| 1989 | Workshop: "Assaults Against Clinicians" |
| 1990 | Paper: "Violence and Decompensating Schizophrenic Patients" and Workshop: "Managing Dangerous Patients" |
| 1991 | New Research: "Cause of Psychological Symptoms After Lawsuits," Course: "Acute Management of Violent Patients," and Workshop: "Managing Aggressive Patients" |
| 1992 | Chair of Workshop: "Disclosure of Information about Famous Patients," and Workshop: "Managing the Aggressive Patient" |
| 1993 | Papers: "Resilience in Survivors of Childhood Sexual Abuse," and "Correlates of Accuracy in Assessing Violence Risk," New Research: "Impact of Banning Smoking on a Locked Unit" |
| 1994 | Chair and Organizer of Workshop: "Preserving Confidentiality" |
| 1995 | Workshop: "Psychiatrists' Role in Sexual Harassment" and Chair and Organizer of Workshop: "Confidentiality and Managed Care: Coping Strategies for Psychiatrists" |
| 1996 | Course on Sexual Harassment, and Chair and Organizer of Workshop: "Controversies in Child Custody" |
| 1997 | Discussant for Symposium: "Delayed Traumatic Recall in Psychiatry and the Law", Course on Sexual Harassment, Chair and Organizer of Symposium: "Child Custody – What We Do and Don't Know" |
| 1998 | Course on Sexual Harassment. Chair and Organizer of Workshop: "Fighting Managed Care: ERISA Limitations,  Paper in Symposium on Violence: "Pharmacologic Approaches to Violence" |
| 1999 | Course on Sexual Harassment-Legal Issues, Chair and Organizer of Workshop: Legal Update "Managed Care, Confidentiality, and Sex Offenders", Paper on "Violence Risk Management" |
| 2000 | Course on Sexual Harassment-Legal Issues, Chair and Organizer of Workshop: "Mandatory Outpatient Treatment ", Paper in Symposium on Emergency Psychiatry: "Involuntary Treatment", Presentation on "Malpractice" |
| 2001 | Paper in Symposium on Chemical Restraints: "Legal Trends and Civil Liberties in Forced Medications", Presenter in Workshop: "Prediction of Dangerousness", Course on "Sexual Harassment—Legal Issues" |
| 2002 | Chair and Organizer of Workshop: "Educating the Courts:  Recent APA Amicus Curiae Briefs" and Course on "Sexual Harassment – Legal Issues" |
| 2003 | Workshop: "What is the Ethical Stance?  Issues Related to World Psychiatry and Courts", Course on "Sexual Harassment", Discussant for Symposium: "Gay and Lesbian Parenting" |

| | |
|---|---|
| 2004 | Chair and Organizer of Workshop: "What's New in Psychiatry and the Law at the APA" |
| 2006 | Discussant for Symposium, "Same Sex Civil Marriage: Historical and Mental Health Research Perspectives" |
| 2007 | Presenter at Workshop: "Psychiatric Expert Testimony: Increased Scrutiny, Increased Liability", Presenter at noon forum: "Violence and Mental Illness" |
| 2009 | <u>Invited presentation for Forum</u>: "Developing the next generation of clinical translational researchers: Innovations in an academic department of psychiatry" |
| 2009 | Organizer and Co-Chair: "Public Symposium on Mental Illness"- to raise public awareness about mental illness |
| 2009 | Presenter at Workshop: "Violence Risk Assessment in Acute Settings" |

<u>American Academy of Psychiatry and the Law Annual Meetings</u>:

| | |
|---|---|
| 1984 | Paper: "Patients' Rights Advocates in San Francisco" |
| 1985 | Paper: "Victims and Families of Violent Psychiatric Patients" |
| 1986 | Paper: "AIDS Antibody Tests on Inpatient Psychiatric Units" |
| 1987 | Paper: "Effects of Diagnosis and Context on Dangerousness" |
| 1988 | Papers: "The Relationship of Gender to Violence by Acute Psychiatric Patients" and "Violence in Geriatric Patients with Dementia" |
| 1989 | Paper: "Situational Influences on Symptoms Associated with Violence" |
| 1990 | Paper: "Women Clinicians and Patient Assaults" |
| 1991 | Papers: "The Impact of the <u>Riese</u> Decision on an Inpatient Unit", "Is Money a Cure: Follow-Up of Litigants in England", and Workshop: "Ethical Dilemmas in Forensic Practice" |
| 1992 | Paper: "Sexual Harassment: Issues for Forensic Psychiatrists" |
| 1993 | Papers: "Patterns of Recall of Childhood Sexual Abuse as Described by Adult Survivors", "Staff Gender and Risk of Assault on Doctors and Nurses", Workshops: "Perspectives on Sexual Harassment" and "Women in Forensic Psychiatry" |
| 1994 | Videotape Workshop: "Preserving Confidentiality", and Panel: "Violence Risk Assessment" |
| 1995 | Paper: "Impact of Hospitalization on Suicide Risk" and Panel: "Practical Evaluation of Competence to Consent" |
| 1996 | Paper: "Impact of Tarasoff Decision on Therapy and Victim", Workshop: "Violence Risk Assessment: The MacArthur Study" |
| 1998 | Presidential Address: "Are the Mentally Ill Violent?", Workshop: "Publishing in Forensic Psychiatry" |
| 1999 | Panel Presentation: "Psychiatry and the Law Issues at the American Psychiatric Association: An Update" |
| 2000 | Panel Presentation: "Gender Issues in the Practice of Forensic Psychiatry" |
| 2001 | Paper: "Threatening and Harassing Behavior by Psychiatric Patients toward Clinicians" |
| 2002 | Panel presentations: "Current Psychiatry and the Law Issues at the American Psychiatric Association", "Liability for the Forensic Psychiatrist" |
| 2003 | Panel presentations: "Choosing a Mentor", "Psychiatry and the Law in Organized Psychiatry" |
| 2004 | Panel presentation: " Sexual Harassment Evaluations in Employment Cases" |
| 2006 | Paper: "He Said-She Said": The Role of the Forensic Evaluation in Determining Credibility and Damages |
| 2006 | Mock Trial Organizer & Participant: "Medical Malpractice—Postpartum Psychosis and Suicide" |
| 2007 | Debate participant: Should mentally ill individuals who have been civilly committed be allowed to purchase guns?; Panel presentations: "Ethics for the forensic psychiatrist;" "Organizing, accrediting, and funding forensic fellowships" |
| 2009 | Papers: Covert Emergency Medications: Are They Ever Ethically Permissible?; The Role of Mental Health Professionals in Political Asylum Processing |
| 2010 | Papers: Zolpidem and the Courts; Fire Setting, Arson, Pyromania, and the Forensic Mental Health Expert |

2011    Papers: Postpartum Psychosis and the Courts; PTSD as a Criminal Defense; A/V Session: Assessment of Causation and Damages Years after Sexual Abuse

2012    Papers: Transgendered and Incarcerated: A Review of the Literature,Currrent Policies and Laws, and Ethical Issues; Cyberstalking and Cyberharassment; Panel Presentaion: Problem-Solving Courts

American Psychiatric Association Conference on Women's Studies in Psychiatric Education:  1983 (Presentation on Rape")

American Medical Women's Association. Annual Meeting: 1985 (Paper, "The Management of Rape Victims by the Primary Care Physician")

American Orthopsychiatric Association: Annual Meeting: 1988 (Discussant for panel on "The Dangerousness Standard for Commitment")

American Association of Medical Colleges: Faculty Affairs Meeting : 2009 (Co-author for poster, "UCSF Travel Awards—Faculty with Child, Elder, Dependent Care Needs")

**REGIONAL:**

California Psychiatric Association Annual Meeting:
1994    Course, "Perspectives on Recovered Sexual Abuse Memories Through Therapy"
1999    Course, "Malpractice Issues"
1999    Presentation at Workshop, "Involuntary Commitment (LPS) Laws: Should They Be Reformed?"
2003    Panel on "New Liabilities related to Tarasoff Warnings"

Northern California Psychiatric Society Annual Meeting:
1983    Presentation, "The Medical Workup of Dementia" as part of a panel on Geriatric Psychiatry
1989    Presentation, "Clozapine: A New Neuroleptic"
1996    Presentation, "The Assaultive Patient and Tarasoff" as part of a panel on Medico-Legal Issues
1999    Presentations on Panels: "The Potentially Violent Patient: Assessment, Treatment and Legal Liability", "Psychiatrists and the Death Penalty: Bringing Neuroscience to the Law:, "Medicare and Psychiatry: Who, What, Where, When, Why?", "Organized Psychiatry: What Can You Do? What Can You Get?"
2000    Presentation, "Risk Management in Psychiatric Practice"
2003    Luncheon Speaker, "What's New at CPA?"
2004    Luncheon Speaker, "Politics in Washington D.C. and in California Organized Psychiatry"
2005    Presentation, "Psychiatry in the 21st Century"
2006    Presentation, "Negotiation Strategies"
2009    Presentation, "Violence and Mental Illness: Review of the Research Literature"

California Association of LPS Hearing Officers Annual Conference:
1999    Panel on LPS Reform

Forensic Mental Health Association of California Annual Conference:
2001    Presentation, "Outpatient Civil Commitment or Involuntary Outpatient Treatment"

Central California Psychiatric Society
2006    Keynote Speaker, "California Legislative Update"

**INVITED PAPERS, LECTURES, PRESENTATIONS NOT LISTED ABOVE:**

1979    Lecture to attending psychiatric staff of Sequoia Hospital on "Management of Assaultive and Violent Patients"

1979    Program Coordinator, Chair, & Speaker at Conference on "Victims of Assault/Sexual Abuse"
&        sponsored by the University of California, San Francisco
1980

**CURRICULUM VITAE Renée Binder, M.D.**                                                                Page 9

1980   Lecture to medical staff of Gladman Hospital on "Evaluation and Treatment of the Violent Patient"

1981   Lecture to attending psychiatric staff of Herrick Hospital on "The Problem of Rape and Establishing a Rape Treatment Center"

1982   Lecture to deputy district attorneys of San Mateo County on "Rape, Rape Trauma Syndrome, and Why Women Don't Report Rape"

1982-  Presentation on "Organic Mental Disorders" at annual "General Psychiatry Board Review & Update" sponsored by the University of California, San Francisco
1986

1986   Workshop leader on "The Psychological Effects of Sexual Assault" at the San Francisco Psychoanalytic Institute Conference on "The Importance of Trauma in Psychic Development"

1987   Lecture to postal service employees on Schizophrenia at a symposium on postal service medicine sponsored by the U.S. Postal Service, Western Region

1987   Co-author on paper presented to 1987 Family Violence Research Conference on "Patterns of Family Violence Associated with Acute Mental Illness"

1988   Co-author on paper presented to 1988 annual meeting of American Psychological Association on "Relationships Between Threats and Violent Behavior by Acute Psychiatric Patients"

1988   Co-author on paper presented to American Psychology-Law Society on "Clinical Judgments of Dangerousness as Predictors of Inpatient Violence"

1989   Lecture at Symposium on Assessment of Violence Potential sponsored by Stanford University Department of Psychiatry/Behavioral Science and Palo Alto VA Hospital Department of Psychology/Psychiatry on "Situational Factors Affecting Violence by Psychiatric Patients"

1990   Lecture to attending staff and housestaff at Pacific Presbyterian Medical Center on "Violence by Psychiatric Patients"

1991   Lecture at meeting of San Francisco Psychiatric Society on "Does Money Heal All Wounds? The Course of Psychological Symptoms after Lawsuit Resolution"

1992   Presenter on panel about Sexual Harassment for Alumni Faculty Association of Langley Porter Psychiatric Institute, UCSF

1992   Presenter on panel about Sexual Harassment at USF Law School co-sponsored by the Labor/Employment Law Society and the Women's Law Association

1993   Presenter to Program on Conscious and Unconscious Mental Processes Clinical Research Seminar on "Resilience in Survivors of Childhood Sexual Abuse"

1995   Lecture to attending staff and housestaff at California Pacific Medical Center on "Sexual Harassment"

1996   Grand Rounds lecture to San Mateo Health Services Residency Training Program on "Sexual Harassment: Forensic Issues"

1996   Discussion Group Leader on "Developing Negotiation Skills" at Symposium on Developmental Issues for Women Professionals

1997,99  Lectures to medical staff and nursing staff of Department of Psychiatry at St. Francis Memorial Hospital on "Managing Aggressive Patients on Psychiatric Inpatient Units"

1997   Lecture to Santa Clara County Society of Psychiatric Physicians on "Malpractice: Update for Psychiatrists"

2000   Presenter at UCSF Women's Health 2000 Conference on "Learning to Negotiate: Why It's Important for Women"

2001   Lecture for California Pacific Medical Center Grand Rounds on "Civil Commitment in the Next Millenium"

2001   Grand Rounds lecture at San Francisco Veterans Administration Hospital on "Sexual Harassment and the Courts"

2002   Presenter at UCSF Women's Health Conference on "Principles of Negotiation: Getting What You Want"

2003   Lecture for the Greater Washington DC Chapter of American Academy of Psychiatry and the Law on "Forensic Psychiatrists' Role in Workplace Harassment and Discrimination Litigation"

2003      Presenter on "Risk Management and Psychopharmacology" at The American Society of Clinical Psychopharmacology in New York

2004      Grand Rounds at UCSF and at San Francisco General Hospital , "Politics and Policy in Washington D.C."

2004      Presenter on "Legal Aspects of Prescribing Psychopharmacologic Drugs" at Conference on Psychiatry for Primary Care

2004      Closing Address on "Current Issues in Medical Malpractice" at Conference on  Primary Care Medicine: Principles and Practice

2005      Speaker at University of California Leadership Institute on "Faculty and Staff Working Together" in San Diego

2005      Speaker at Plenary On "Psychiatry/Psychology and the Courts" and Facilitator at "Civil Court" Breakout Session at California Judicial Branch Conference

2006      Lecture to Santa Clara County Society of Psychiatric Physicians on "Sexual Harassment"

2006      Presenter on "Suicide" at Conference on "New Frontiers in Depression Research"

2006      Workshop Leader at UCSF Symposium on Mid-Career Challenges

2007      Workshop on "Negotiation in Academia" at Women's Global Health Scholars Program

2006,     Presentations for UCSF Medical Students and Hastings Law Students Joint Seminar on
2007      Involuntary Treatment and Homelessness

2008      Speaker to UCSF first and second year medical students in Brain Interest Group on Forensic Psychiatry

2008      Keynote Speaker at Stanford University Adjunct Clinical Faculty Committee Appreciation Day

2008      Presentation at Faces of Forensics: Identification and Behavior at Hastings College of the Law

2008      Grand Rounds at UCSF Fresno: Psychiatry and the Law

2012      Grand Rounds: Mass Murderers: The Role of Psychiatry

## POSTGRADUATE AND CONTINUING EDUCATION COURSES ATTENDED:

1978        Graduate Division Course on Research Methods
1979-90     Member of peer supervision group of women psychiatrists in Marin
1979-86     Participant in faculty supervision seminar with Dr. Robert Wallerstein
1999-00     Law School Classes at Hastings College of Law on "Science in the Law" and "Psychiatry and the Law"
2010        Harvard School of Public Health-Program for Chairs of Academic Clinical Departments
1976-now    Attended sufficient continuing education courses to maintain certification

## UNIVERSITY SERVICE:

## SYSTEM-WIDE:

1998-2000      Member of System-Wide Faculty  Welfare Committee

1999-2000      Member of System-Wide Faculty/Staff Partnership Task Force

2000-2001      Vice-Chair of System-Wide Faculty Welfare Committee

2001-2002      Chair of University of California System-Wide (for ten campuses) Faculty Welfare Committee and member of Academic Council

2009           Ad Hoc committee to review hiring practices at UCSD School of Medicine

2012           Presenter at University of California Risk Summit Conference

## CAMPUS-WIDE:

| | |
|---|---|
| 1977 | Workshop for UC Hospital Social Workers on Rape Prevention and Treatment(Lecture and discussion leader) |
| 1980-81,86-87,95-98 | Member and chair of ad hoc review committee for appointments, advancements and promotions to the University of California |
| 1986,89,91,95 | Member of campus-wide committee to develop policy and procedures concerning sexual harassment |
| 1987, 1995 | Member of ad hoc Moffitt-Long Quality Assurance Committee to investigate alleged inappropriate faculty conduct |
| 1987-90 | Sexual harassment complaint advisor for the University of California, San Francisco |
| 1990-95 | Member of Chancellor's Advisory Committee on the Status of Women |
| 1990-95 | Member of the Faculty Subcommittee of the Chancellor's Advisory Committee on the Status of Women |
| 1995-1996 | Member of Credentials Committee of UCSF Medical Center |
| 1997-1998 | Member of Faculty Welfare Committee, Academic Senate |
| 1998-1999 | Vice-Chair of Faculty Welfare Committee |
| 1999-2001 | Chair of Faculty Welfare Committee |
| 1998-2001 | Member of Committee on Committees (elected) |
| 2002, 2004, 2006 | Member of University Stewardship Review Committees |
| 2006 | Presenter and Small Group Leader at Workshop for Junior Faculty Women sponsored by the Chancellor's Advisory Committee on the Status of Women |
| 2006-2011 | Presenter and Workshop Leader at Welcoming Week for new faculty at UCSF |
| 2007 | Presenter at Chancellor's Advisory Committee on the Status of Women Retreat |
| 2008, 2009 | Member of UCSF Lifetime Achievement in Mentoring Award Committee |
| 2009 | Member of Committee to Revise Research Misconduct Policy |
| 2010 | Presentation on Negotiation Strategies for First Academic Position to Division of General Medicine and Institute of Health Policy fellows and trainees |
| 2011 | Joint Administration-Academic Senate Task Force for Five Year Review |
| 2013 | Interactive CV Webinar on Managing your CV in ADVANCE |
| 2014 | Presenter at Workshop for Mid-Career Faculty |
| 2017 | Member of Workgroup on Conflict of Interest and Conflict of Commitment |
| 2017 | Presenter at Mentor Training Program for faculty |
| 2017 | Member of interview committee for Academic Employee Relations Manager |
| 2019 | Presenter Ad Hoc Committee Trainings for faculty misconduct investigations |
| 2019 | Presenter at UCSF Threat Management Conference |

**SCHOOL OF MEDICINE:**

| | |
|---|---|
| 1978, 1983, 1988, 1993, 1998, 2003 | Alumni-Faculty Association correspondent and class chairman for 5th year, 10th year, 15th year, 20th year, 25th year, and 30th year reunion |

| | |
|---|---|
| 1978-80 | Pathway advisor for University of California School of Medicine Behavioral Specialist Pathway |
| 1978-82 | Member of course committee for second year medical students, Introduction to Clinical Psychiatry (Psychiatry 131 A & B) |
| 1984 | Panelist for medical student forum on Careers in Psychiatry |
| 1992 | Chair of ad hoc faculty committee to investigate allegations of faculty misconduct |
| 1992-97 | Member of Student Welfare Committee |
| 1997-2000 | Chair, Student Welfare Committee |
| 1995,97 | Member of ad hoc faculty committees to investigate allegations of faculty misconduct |
| 1997-2000 | At large School of Medicine Representative to the Representative Assembly of the S.F. Division of the Academic Senate (elected) |
| 2006-2013 | Presenter at Pediatric Fellows College on "Dynamics of Negotiation" |
| 2007-2008 | Board of Directors of Northern California Institute for Research and Education |
| 2009 | Presenter to Faculty of Ob-Gyn and Orthopedics on Academic Advancement |
| 2010 | Organizer and Presenter at Division Chief School |
| 2011 | Presenter to Ob-Gyn Leadership on Appraisals |
| 2011 | Organizer and Presenter at Workshop for Mid-Career Faculty |
| 2014 | Presenter to Faculty of Radiation Oncology on Academic Advancement |
| 2014 | Presenter to Junior Women Faculty at SFGH on Negotiation |
| 2014 | Presenter to Faculty of Family Medicine on Negotiation |
| 2019 | Presenter to first year medical students on Talking to Patients about Guns. |
| 2019 | Co-Chair Committee for Professional Development for Charis and Directors |

**DEPARTMENT OF PSYCHIATRY:**

| | |
|---|---|
| 1977-80 | Residency Training Committee |
| 1977-85 | Clinical Services Advisory Committee |
| 1980-83, and | |
| 1988-92 | Appointments and Promotions Committee for Volunteer Clinical Faculty |
| 1981 | Committee to Study Faculty Participation in Governance |
| 1981-82 | Search Committee for Director of Adolescent and Young Adult Inpatient Unit |
| 1983-84 | Community Practice and Administration Track Subcommittee for the Residency Training Program (co-chair) |
| 1984 | Parental Leave Committee for the Residency Training Program |
| 1987 | Chairman of Search Committee for Psychiatrist for the Center for the Study of Neurosis |
| 1987-91 | Biomedical Research Support Grant Committee to determine the present distribution of BRSG funds following federal regulations and departmental guidelines |
| 1989-90 | Member of UCSF-Mt. Zion merger planning committee |
| 1989-90 | Member of Mt. Zion-UCSF inpatient psychiatric unit planning committee |
| 1988-89 | Member of UCSF Department of Psychiatry Grand Rounds Planning Committee |
| 1990-91 | Chairman of Search Committee for Assistant Director of Child and Adolescent Service |
| 1989-92 | Chairman of UCSF Department of Psychiatry Grand Rounds Planning Committee |
| 1989-91 | Member of Department of Psychiatry Compensation Plan Oversight Committee |
| 1991-92 | Chair of Department of Psychiatry Compensation Plan Oversight Committee |
| 1992-94 | Chairman of Appointments and Promotions Subcommittee on Clinician-Teacher Faculty Track |
| 1994 | Departmental Representative to "San Francisco Psychiatric Associates" to plan for managed care contracts in San Francisco |
| 1994-96 | Member of Planning Committee for the Program for Women |
| 1992-98 | Appointments and Promotions Committee for Paid Clinical Faculty |

| | |
|---|---|
| 1996-02 | Member of Department of Psychiatry Compensation Plan Oversight Committee |
| 1998-99 | Chair of Department of Psychiatry Compensation Plan Oversight Committee |
| 2004-07 | Integrated Residency Committee |

**LANGLEY PORTER PSYCHIATRIC INSTITUTE/HOSPITAL AND CLINICS:**

| | |
|---|---|
| 1977-78 | Environmental and Infection Control Committee (Chairman) |
| 1977-85<br>1988-89<br>1997-99 | Executive Medical Board/Executive Committee of the Medical Staff |
| 1978 | Ad Hoc Committee for By-Laws Revision |
| 1978-80 | Medical Records Committee:<br>    1978-79 Vice-Chairman<br>    1979-80 Chairman |
| 1979-82 | President-Elect, President, and Past President of Medical Staff |
| 1979-82 | Nominating Committee for Executive Medical Board |
| 1983 | Committee on Hospitalization of Private Patients (Chairman) |
| 1984-85 | Nominating Committee for Executive Medical Board |
| 1984-85 | Pharmacy & Therapeutics Committee:<br>    1986-87 Vice-Chairman<br>    1987-88 Chairman |
| 1988-89 | Executive Medical Board: Elected Member |
| 1989-90 | ECT Committee |
| 1991-94 | Executive Clinical Committee |
| 1994 | Chairman of Committee to Plan Clinical and Educational Programs on Adult Inpatient Services |
| 1994-95 | Member of Selection Committee for medical positions at Langley Porter Psychiatric Institute |
| 1994-99 | Quality Assurance Committee |
| 1997-98 | Quality Improvement Executive Committee |
| 1999-00 | Credentials Committee |
| 2002-03 | ECT Review Committee |
| 2008-11 | Langley Porter Psychiatric Hospital and Clinics Leadership Committee |
| 2008-11 | Executive Medical Staff Committee |
| 2012-present | Chair Morbidity and Mortality Conference |
| 2018-present | Chair Safety and Security Committee |

**PUBLIC SERVICE:**

| | |
|---|---|
| 1976-84 | Representative to Community Mental Health Center Clinical Council Meetings |
| 1978 | Representative to San Francisco Sexual Trauma Advisory Board (to Director of Public Health) |
| 1978 | Speaker at Pacific Heights Community Forum on Rape Prevention and Treatment |
| 1979-80 | Member of San Francisco Emergency Services Directors' Task Force |
| 1980-81 | Psychiatric consultant to study on "Sexual Assault of Patients in Psychiatric Hospitals" |
| 1981 | Consultant and Moderator for San Mateo County Mental Health Services Workshop on "Rape Awareness, Prevention and Intervention" |

1981-83  Consultant to San Mateo County District Attorney's Office for prosecution of sexual assault cases

1986     Consultant to San Quentin Prison psychiatrists on "Crisis Intervention and Psychiatry Emergencies"

1987     Clinical consultant to San Quentin Prison psychiatrists

1995-96  Consultant to Santa Clara Office of County Counsel on Assessment of Violence Risk

2000     Consultant to Lanterman-Petris-Short Hearing Officers about proposed changes in California Civil Commitment Laws

2006     Presentation to High School Students at SF Public Arts and Technology School on "Politics in the federal government"

2007     Presentation to County Public Health Psychiatrists on Mental Health Courts

2008     Presentation to Hastings law students in employment and labor law student association on mental illness, stigma, and discrimination

2012     Presentation to Commonwealth Club on "Mind, Madness and Gun Violence"

2013     Presentation to California Mental Health Planning Council on Violence and Mental Illness

2017     Part of 6 member lobbying group representing 500,000 physicians and 6 medical organizations to US. Senate about Health Care Reform

## ADMINISTRATIVE EXPERIENCE:

1976-86  Director of Emergency Services at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatric residents, medical students, nurses and psychology fellows in emergency walk-in clinic

Cost center manager and budget preparation for budget of $360,000.00

1977-90  Director of Crisis Intervention Unit and Psychiatric Intensive Care Unit at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatrists, psychiatric residents, medical students, nurses, social workers, psychologists and rehabilitation therapists

Cost center manager and budget preparation for budget of $1,400,000.00

1978-80  Director of Rape Treatment Center at Langley Porter Psychiatric Institute

Organized and established the Rape Treatment Center involving coordination with the University of California's Department of Gynecology and Department of Psychiatry, San Francisco Police Department, San Francisco Community Mental Health, San Francisco Department of Public Health, San Francisco District Attorney, Moffitt Emergency Room, Langley Porter Psychiatric Institute and University of California Administration, and Queen's Bench Foundation.

1991-99  Director of Adult Inpatient Services (32-bed locked and unlocked units) at Langley Porter Psychiatric Institute

Administrative and clinical responsibility for delivery of services by psychiatrists, psychiatric residents, medical students, nurses, social workers, psychologists and rehabilitation therapists

1999-now Founder and Director of Psychiatry and the Law Program and Fellowship

Organized program, obtained contracts, developed liaison with law school, and obtained ACGME accreditation for forensic fellowship.

2005-
2009     Organized Global Health Faculty Scholar Program for faculty in UCSF School of Medicine

2008-
2011     Interim Chair of Department of Psychiatry and Director of Langley Porter Psychiatric Institute.

Administrative and academic responsibility for a budget of approximately $100 million and 176 paid faculty members.  Clinical and administrative responsibility for

a hospital with 6000 inpatient days/year, 4000 partial hospitalization days and 30,0000 outpatient visits/year.

**TEACHING:**

**FORMAL SCHEDULED CLASSES FOR UCSF STUDENTS (during last 5 years)**

| Academic Year | Course | Nature of Contribution | Class Size |
|---|---|---|---|
| 2001- now | Supervision of senior psychiatric resident on the Psychiatry and the Law elective | Organize teaching elective and provide weekly individual supervision | 1-2 at a time |
| 2000-now | Preceptor for 4rd year elective medical students | Organize teaching elective and provide supervision | 1 at a time |
| 2000-now | Didactic Seminar on Psychiatry and the Law | Organize schedule and recruit speakers and teach course | 5 |
| 2000-now | Landmark Case Seminar | Organize schedule and discuss cases | 5 |
| 2000-now | Forensic Case Conference | Organize schedule and discuss cases | 5 |
| 2006-now | Seminars to PGY-2 residents on forensic psychiatry as part of professionalism block | Organize schedule and give lectures | 12 |
| 2000-now | Tutorial on Civil Litigation | Discussion and supervision of civil cases | 2 |
| 2000-now | Forensic Research Seminar | Discussion of research topics | 9 |
| 2006, 2007 | Psychiatry and the Law for 1st and 2nd year medical students | Lecture | 20 |

**UCSF DEPARTMENT OF PSYCHIATRY GRAND ROUNDS PRESENTATIONS:**

| | |
|---|---|
| 1977 | "Working Through of Patients' Suicides by Four Therapists in Training" |
| 1979 | "Rape" |
| 1985 | "New Research on Violence" |
| 1986 | "Treatment Dilemmas Following Neuroleptic Malignant Syndrome" |
| 1989 | "Use of Clozapine in Schizophrenia" |
| 1993 | "Sexual Harassment" – Psychiatry Grand Rounds at San Francisco General Hospital |
| 1994 | "Confidentiality: Legal Issues for Mental Health Professionals" |
| 2002 | Coordinator of Forensic Series of Grand Rounds and Co-Presenter on "Serial Killers" |
| 2004 | Politics and Policy in Washington D.C. |
| 2006 | Covert medications: Legal and Ethical Issues-Grand Rounds at Veterans Hospital |
| 2006-12 | Workshops on Risk Assessment for Violence and Suicide |
| 2012 | After the Tucson and Aurora Shootings: The Role of Forensic Psychiatry |
| 2013 | Clinical and Legal Management of a Violent Threatening Patient with Psychosis |
| 2018 | Child Pornography: Clinical and Legal Issues |

**TEACHING AIDS PREPARED:**

1983-84    Wrote syllabus chapter for Psychiatry 131A & B

1987-94     Prepared syllabus for psychiatric section of Medicine 111
1996        Prepared syllabus for Workplace Violence conference

## FACULTY MENTORSHIP PROGRAM:

1991-present   Mentor in the departmental Faculty Mentorship Program and mentor for medical
               school faculty in all departments
2014           Faculty Mentoring Lunchtime Session –Presenter on Advancement and Promotion

## TEACHING AWARDS:

2006        Psychiatry Residents Association Award for "Excellence in Teaching"

## RESEARCH AND CREATIVE ACTIVITIES:

## PEER REVIEWED ARTICLES:

1979        Binder RL: Use of Seclusion on an Inpatient Crisis Intervention Unit. Hospital and
            Community Psychiatry 30:266-269
1979        Kolodny S, Binder RL, Bronstein AA, and Friend RL: The Working Through of Patients'
            Suicides by Four Therapists. Suicide and Life Threatening Behavior 9:33-46
1980        Binder RL and Dickman WA: Psychiatric Manifestations of Neurosyphilis in Middle-Aged
            Patients. American Journal of Psychiatry 137:741-742
1980        Binder RL: Setting up a Rape Treatment Center. Journal of American Medical Women's
            Association 35:145-148
1981        Binder RL, Glick I, and Rice M: A Comparative Study of Parenteral Molindone and
            Haloperidol in the Acutely Psychotic Patient. Journal of Clinical Psychiatry 42:203-206
1981        Binder RL and Levy R: Extrapyramidal Reactions in Asians. American Journal of
            Psychiatry 138:1243-1244
1981        Binder RL: Difficulties in Follow-Up of Rape Victims. American Journal of Psychotherapy
            35:534-541
1981        Binder RL: Why Women Don't Report Sexual Assault. Journal of Clinical Psychiatry
            42:437-438
1983        Binder RL: Cultural Factors Complicating the Treatment of Psychosis Caused by $B_{12}$
            Deficiency. Hospital and Community Psychiatry 34:67-69
1983        Binder RL: Neurologically Silent Brain Tumors in Psychiatric Hospital Admissions: Three
            Cases and a Review. Journal of Clinical Psychiatry 44:94-97
1983        Binder RL and Jonelis FJ: Seborrheic Dermatitis in Neuroleptic-Induced Parkinsonism.
            Archives of Dermatology 119:473-475
1983        Binder RL and McCoy SM: A Study of Patients' Attitudes Toward Placement in Seclusion.
            Hospital and Community Psychiatry 34:1052-1054
1983        Binder RL, Callaway E, Levin AS, and Stites DP: Relationship Between Creatinine
            Phosphokinase and Immunoglobulins in Unmedicated Caucasian Schizophrenics.
            Biological Psychiatry 18:1493-1496
1984        Binder RL and Jonelis FJ: Seborrheic Dermatitis: A Newly Reported Side Effect of
            Neuroleptics. Journal of Clinical Psychiatry 45:125-126
1984        Victor BS, Link NA, Binder RL, and Bell IR: Use of Clonazepam in Mania and
            Schizoaffective Disorders. American Journal of Psychiatry 141:1111-1112
1985        Link N, Victor B, and Binder RL: Psychosis in Children of Holocaust Survivors. Journal of
            Nervous and Mental Disease 173:115-117
1985        Binder RL, Ormiston SM, and Goldberg FS: No Smoking: The Effect on Therapy Groups.
            American Journal of Nursing 2:129
1985        Binder RL, McNiel DE, and Fishman PS: Attitude Change Concerning the Right to Refuse
            Treatment: The Impact of Experience. American Journal of Psychiatry 142:1362-1365

| | |
|---|---|
| 1985 | Binder RL: Patients' Rights Advocates in San Francisco. Bulletin of the American Academy of Psychiatry and the Law 13:325-336 |
| 1985 | McNiel DE and Binder RL: Teaching Psychiatric Residents About Referring Inpatients for Psychological Testing. Journal of Psychiatric Education 9:240-247 |
| 1985 | Binder RL: Sex Between Psychiatric Inpatients. Psychiatric Quarterly 57:121-126 |
| 1986 | McNiel DE and Binder RL: Violence, Civil Commitment and Hospitalization. Journal of Nervous and Mental Diseases 174:107-111 |
| 1986 | Binder RL and McNiel DE: Victims and Families of Violent Psychiatric Patients. Bulletin of the American Academy of Psychiatry and the Law 14:131-139 |
| 1986 | McCulloch E, McNiel DE, Binder RL, and Hatcher C: Effects of a Weapon Screening Procedure in a Psychiatric Emergency Room. Hospital and Community Psychiatry 37:837-838 |
| 1987 | McNiel D and Binder RL: Patients Who Bring Weapons to the Psychiatric Emergency Room. Journal of Clinical Psychiatry 48:230-233 |
| 1987 | McNiel DE and Binder RL: Predictive Validity of Judgments of Dangerousness in Emergency Civil Commitment. American Journal of Psychiatry 144:197-200 |
| 1987 | Binder RL: Three Case Reports of Behavioral Disinhibition with Clonazepam. General Hospital Psychiatry 9:45-47 |
| 1987 | Binder RL: AIDS Antibody Tests on Inpatient Psychiatric Units. American Journal of Psychiatry 144:176-180 |
| 1987 | Baer JW and Binder RL: Physical Complaints Without Organic Basis in Psychiatric Inpatients: Report of Two Cases. Psychiatric Quarterly 58:218-223 |
| 1987 | Rosenberg JG, Binder RL, and Berlant J: Prediction of Lithium Dose: Comparison and Improvement on Current Methods. Journal of Clinical Psychiatry 48:284-286 |
| 1987 | Binder RL, Kazamatsuri H, Nishimura T, and McNiel DE: Smoking and Tardive Dyskinesia. Biological Psychiatry 22:1280-1281 |
| 1987 | Binder RL, Kazamatsuri H, Nishimura T, and McNiel DE: Tardive Dyskinesia and Neuroleptic-induced Parkinsonism in Japan. Am J of Psychiatry 144: 1494-96 |
| 1987 | Hargreaves WA, Zachary R, LeGoullon, Binder RL, and Reus V: Neuroleptic Dose: A Statistical Model for Analyzing Historical Trends. Journal of Psychiatric Research 21:199-214 |
| 1987 | Binder RL and McNiel DE: Evaluation of a School-Based Sexual Abuse Prevention Program: Cognitive and Emotional Effects. Child Abuse and Neglect 11:497-506 |
| 1988 | Binder RL and McNiel DE: Effects of Diagnosis and Context on Dangerousness. American Journal of Psychiatry 145:728-732 |
| 1988 | McNiel DE, Binder RL, and Greenfield TK: Predictors of Violence in Civilly Committed Acute Psychiatric Patients. American Journal of Psychiatry 145:965-970 |
| 1988 | Goldberg FS, McNiel DE, and Binder RL: Therapeutic Factors in Two Forms of Inpatient Group Psychotherapy. Music Therapy and Verbal Therapy. Group 12:146-156 |
| 1989 | McNiel DE, Greenfield T, Atkisson C, and Binder RL: Factor Structure of a Brief Symptom Checklist for Acute Psychiatric Inpatients. Journal of Clinical Psychology 45:66-72 |
| 1989 | Ormiston S, Barrett N, Binder RL and Molyneux V: A Model for the Development of a Partially Computerized Treatment Plan. Hospital and Community Psychiatry 40:531-533 |
| 1989 | McNiel DE and Binder RL: Relationship Between Preadmission Threats and Later Violent Behavior by Acute Psychiatric Inpatients. Hospital and Community Psychiatry 40:605-608 |
| 1989 | Haller E, Binder RL, and McNiel DE: Violence in Geriatric Patients with Dementia. Bulletin of the American Academy of Psychiatry and the Law 17:183-188 |
| 1989 | Greenfield TK, McNiel DE, and Binder RL: Violent Behavior and Length of Psychiatric Hospitalization. Hospital and Community Psychiatry 90:809-814 |

| 1990 | Binder RL and McNiel DE: The Relationship of Gender to Violence by Acutely Disturbed Psychiatric Patients. Journal of Clinical Psychiatry 51:110-114 |
| 1990 | Lowenstein M, Binder RL, and McNiel DE: The Relationship Between Admission Symptoms and Hospital Assaults. Hospital and Community Psychiatry 41:311-313 |
| 1990 | Kalunian DA, Binder RL, and McNiel DE: Violence by Geriatric Patients Who Need Psychiatric Hospitalization. Journal of Clinical Psychiatry 51:340-343 |
| 1990 | Haller E and Binder RL: Clozapine: A New and Different Neuroleptic. Western Journal of Medicine 153:62-64 |
| 1990 | Haller E and Binder RL: Clozapine and Seizures. American Journal of Psychiatry 147:1069-1071 |
| 1991 | McNiel DE and Binder RL: Clinical Assessment of the Risk of Violence Among Psychiatric Inpatients. American Journal of Psychiatry 148:1317-1321 |
| 1991 | Binder RL, Trimble MR, and McNiel DE: The Course of Psychological Symptoms After Resolution of Lawsuits. American Journal of Psychiatry 148:1073-1075 |
| 1991 | Binder RL, Trimble MR, and McNiel DE: Is Money a Cure? Follow-Up of Litigants in England. Bulletin of American Academy of Psychiatry and the Law 19:151-160 |
| 1991 | Binder RL: Women Clinicians and Patient Assaults. Bulletin of American Academy of Psychiatry and the Law 19:291-296 |
| 1991 | Binder RL and McNiel DE: Involuntary Patients' Right to Refuse Medication: Impact of the Riese Decision on a California Inpatient Unit. Bulletin of American Academy of Psychiatry and the Law 19:351-357 |
| 1992 | McNiel DE, Rosales IB and Binder RL: Family Attitudes that Predict Home Placement of Hospitalized Psychiatric Patients. Hospital and Community Psychiatry 43:1035-1037 |
| 1992 | Binder RL: Sexual Harassment: Issues for Forensic Psychiatrists. Bulletin of American Academy of Psychiatry and the Law 20:409-418 |
| 1993 | Straznickas K, McNiel DE and Binder RL: Violence Toward Family Caregivers of the Mentally Ill. Hospital and Community Psychiatry 44:385-387 |
| 1994 | McNiel DE, Binder RL: The Relationship Between Acute Psychiatric Symptoms, Diagnosis and Short-Term Risk of Violence. Hospital and Community Psychiatry 45:133-137 |
| 1994 | McNiel DE and Binder RL: Screening for Risk of Inpatient Violence: Validation of an Actuarial Tool. Law and Human Behavior. 18:579-586 |
| 1994 | Binder RL, McNiel DE, and Goldstone RL: Patterns of Recall of Childhood Sexual Abuse as Described by Adult Survivors. Bulletin of American Academy of Psychiatry & the Law 22:357-366 |
| 1994 | Binder RL, McNiel DE: Staff Gender and Risk of Assault on Doctors and Nurses. Bulletin of American Academy of Psychiatry & the Law 22:545-550 |
| 1995 | McNiel DE, Binder RL: Correlates of Accuracy in Assessing Violence Risk. American Journal of Psychiatry. 152:901-906 |
| 1996 | Binder RL, McNiel DE, Goldstone RL: Adult Survivors of Childhood Sexual Abuse: Is Adaptive Coping Possible? Psychiatric Services. 47:186-188 |
| 1996 | Haller E, McNiel DE, Binder RL: Impact of a Smoking Ban on a Locked Psychiatric Unit. Journal of Clinical Psychiatry. 57:329-332 |
| 1996 | Binder RL, McNiel DE: Application of the Tarasoff Ruling and Its Effect on the Victim and the Therapeutic Relationship. Psychiatric Services. 47:1212-1215 |
| 1997 | McNiel DE, Binder RL: The Impact of Hospitalization on Clinical Assessments of Suicide Risk. Psychiatric Services. 48:204-208 |
| 1997 | Beauford JE, McNiel DE, Binder RL: Utility of the Initial Therapeutic Alliance in Evaluating Patients' Risk of Violence. American Journal of Psychiatry. 154:1272-1276 |
| 1998 | Binder RL, McNiel DE, Sandberg DA: A Naturalistic Study of Clinical Use of Risperidone. Psychiatric Services. 49:524-526 |

| | |
|---|---|
| 1998 | Sandberg DA, McNiel DE, Binder RL: Characteristics of Psychiatric Inpatients Who Stalk, Threaten, and Harass Staff After Discharge. American Journal of Psychiatry, 155:1102-1105. |
| 1998 | McNiel DE, Binder RL, Fulton FM: Management of Threats of Violence Under California's 'Duty to Protect' Statute. American Journal of Psychiatry. 155:1097-1101 |
| 1998 | McNiel DE, Sandberg DA, Binder RL: The Relationship Between Confidence and Accuracy in Clinical Assessment of Patients' Potential for Violence. Law Hum Behav 22:655-669 |
| 1999 | Binder RL:  Are the Mentally Ill Dangerous? Journal of the American Academy of Psychiary and the Law.  27:189-201 |
| 1999 | Binder RL, McNiel DE: Contemporary Practices in the Management of Acutely Violent Patients: A Survey of 20 Psychiatric Emergency Rooms.  Psychiatric Services. 50:1553-1554 |
| 2000 | Gerbasi J, Bonnie R, Binder RL: Mandatory Outpatient Treatment. Journal of the American Academy of Psychiatry and the Law. 28:127-144 (SPECIAL ARTICLE with four commentaries and editorial) |
| 2000 | Lam JN, McNiel DE, Binder RL: The Relationship between Patients' Gender and Violence Leading to Staff Injuries.  Psychiatric Services. 51:1167-1170 |
| 2000 | McNiel DE, Eisner JP, Binder RL: The Relationship between Command Hallucinations and Violence. Psychiatric Services. 51:1288-1292 |
| 2001 | McNiel DE, Lam JN, Binder RL: Relevance of Interrater Agreement to Violence Risk Assessment.  Journal of Consulting and Clinical Psychology. 68:1111-1115 |
| 2002 | Sandberg DA, McNiel DE, Binder RL: Stalking, Threatening, and Harassing Behavior by Psychiatric Patients Toward Clinicians. Journal of the American Academy of Psychiatry and the Law. 30: 221-229 |
| 2002 | Binder RL: Liability for the Psychiatrist Expert Witness. American Journal of Psychiatry. 159: 1819-1825 *Note: This article was selected as one of the most "important and influential" papers in the field for re-publication by the International Library of Medicine, Ethics, and Law in the volume, <u>Mental Illness, Medicine, and Law</u> in January 2009.* |
| 2003 | McNiel DE, Eisner JP, Binder RL: The Relationship Between Aggressive Attributional Style and Violence by Psychiatric Patients. Journal of Consulting and Clinical Psychology. 71:  399-403 |
| 2003 | McNiel DE, Gregory AL, Lam JN, Binder RL, Sullivan GR: Utility of Decision Support Tools for Assessing Acute Risk of Violence. Journal of Consulting and Clinical Psychology. 71: 945-953 |
| 2004 | Binder RL: Reflections of a Forensic Psychiatrist in Washington: Politics and Policy. Journal of the American Academy of Psychiatry and the Law. 32: 324-328 |
| 2005 | McNiel DE, Binder RL: Psychiatric Emergency Service Use and Homelessness, Mental Disorder, and Violence. Psychiatric Services. 56: 699-704 |
| 2005 | McNiel DE, Binder RL, Robinson JC: Incarceration Associated with Homelessness, Mental Disorder, and Co-occurring Substance Abuse. Psychiatric Services. 56: 840-846 |
| 2007 | Binder RL, McNiel DE: "He Said-She Said": The Role of the Forensic Evaluator in Determining Credibility of Plaintiffs Who Allege Sexual Exploitation and Boundary Violations. Journal of the American Academy of Psychiatry and the Law. 35: 211-218 |
| 2007 | McNiel DE, Binder RL: Effectiveness of a Mental Health Court for Reducing Criminal Recidivism and Violence. American Journal of Psychiatry. 164: 1395-1403 *Note: This article was written up in Scientific American.com on 10/12/07; Also referenced as an "outstanding study" in "Californiacorrectionscrisis.blogspot.com".* |
| 2008 | McNiel DE, Chamberlain J, Hall S, Fordwood, S, Binder RL: Impact of Clinical Training on Violence Risk Assessment. American Journal of Psychiatry. 165: 195-200 *Note: This article was described in the Editor's note as "especially noteworthy because it describes both a teaching method and an evaluation of its effectiveness." In addition, this study was replicated in a sample of law enforcement professionals as reported in a 2011 paper by Storey, et al in "Criminal Justice and Behavior."* |
| 2008 | McNiel DE, Chamberlain J, Hall S, Fordwood, S, Binder RL: Impact of Clinical Training |

|      |      |
|------|------|
|      | on Suicide Risk Assessment. Psychiatric Services. 59:1462-1465 |
| 2008 | Binder RL, McNiel DE: Some Issues in Psychiatry, Psychology and the Law. Hastings Law Journal. 59:1191-1199 |
| 2010 | Benitez C, McNiel DE, Binder RL: Do Protection Orders Protect? Journal of American Academy of Psychiatry and the Law. 38:376-385 |
| 2010 | Meffert SM, Musalo K, McNiel DE, Binder RL: The Role of Mental Health Professionals in Political Asylum Processing. Journal of American Academy of Psychiatry and the Law. 38:479-489 *Note: This article was described in Legal Studies Research Paper Series 11-04 Immigration Briefings 1 April 2011 "Mental Health Professions and Affirmative Applications for Immigration Benefits" as "an excellent review of the current state of the art"* |
| 2010 | McNiel DE, Binder RL: Stakeholder Views of a Mental Health Court. International Journal of Law and Mental Health. 33: 227-235 |
| 2011 | McNiel DE, Hung EK, Cramer RJ, Hall SE, Binder, RL: An Approach to Evaluating Competency in Assessment and Management of Violence Risk. Psychiatric Services. 62: 90-92 *Note: This article was described in the "latest research" section of the international journal, "Intelligence: State of the Art Threat Assessment", as having made "important contributions to the field of risk assessment."* |
| 2011 | Daley C, McNiel DE, Binder RL: Zolpidem and the Courts. Journal of American Academy of Psychiatry and the Law. 39:535-542 |
| 2012 | Hung EK, Binder RL, Fordwood SR, Hall SE, McNiel DE: A Method for Evaluation of Competency in Suicide Risk Assessment and Management. Academic Psychiatry. 36:23-28 |
| 2012 | Hung EK, Binder RL, McNiel DE: Covert Medication in Psychiatric Emergencies: Is It Ever Ethically Permissible? Journal of American Academy of Psychiatry and the Law. 40: 239-245 |
| 2012 | Burton P, McNiel DE, Binder RL: Fire Setting, Arson, Pyromania, and the Forensic Mental Health Expert. Journal of American Academy of Psychiatry and the Law. 40: 355-365 |
| 2012 | Nau M, McNiel DE, Binder RL: Postpartum Psychosis and the Courts. Journal of American Academy of Psychiatry and the Law. 40:312-325 |
| 2012 | Berger O, McNiel DE, Binder RL: PTSD as a Criminal Defense. Journal of American Academy of Psychiatry and Law. 40: 509-521 |
| 2013 | McNiel DE, Gormley B, Binder RL: Leverage, the Treatment Relationship, and Treatment Participation. Psychiatric Services. 64:431-436 |
| 2013 | Glezer A, McNiel DE, Binder RL: Transgendered and Incarcerated: A review of the literature, current policies and laws, and ethical issues.  Journal of American Academy of Psychiatry and Law. 41:551-559 |
| 2013 | Sadeh N, Binder RL, McNiel DE: Recent Victimization Increases Risk for Violence in Justice-Involved Persons with Mental Illness. Law and Human Behavior. Advance online publication. Doi: 10.1037/lhb0000043 |
| 2015 | Binder R, Friedli A, Fuentes-Afflick: Preventing and Managing Unprofessionalism in Medical School Faculties. Academic Medicine. 90:442-446 |
| 2015 | McNiel DE, Sadeh N, DeLucchi, Binder, RL: Prospective Study of Violence Risk Reduction by a Mental Health Court. Psychiatric Services. 66:598-603 (Selected for the Editor's Choice Section of Psychiatric Services in December 2019 as one of the most important publications on Violence and Mental Illness) |
| 2015 | Korngold C, Ochoa K, Inlender T, McNiel DE, Binder RL: Mental Health and Immigrant Detainees in the United States: Competency and Self-Representation. Journal of American Academy of Psychiatry and Law.43:277-281 |
| 2016 | Lorang MR, McNiel DE, Binder RL: Minors and Sexting: Legal Implications. Journal of American Academy of Psychiatry and Law. 44:73-81 |
| 2016 | Binder R, Friedli A, Fuentes-Afflick: The New Academic Environment and Faculty Misconduct. Academic Medicine. February 2016 |

2016    Costello C, McNiel DE, Binder RL: Adolescents and Social Media: Issues of Privacy, Brain Development and the Law. Journal of American Academy of Psychiatry and Law. 44:313-21 (Note: This article was accompanied by a commentary stating, "Costello and colleagues should be commended for calling attention to this problem and for proposing strategies to help mitigate the risks posed to adolescents by social media."

2016    Chan EJ, McNiel DE, Binder RL: Sex offenders in the Digital Age. Journal of American Academy of Psychiatry and Law. 44:368-375

2017    Lacroix R, Shaughnessy R, McNiel DE, Binder RL: Public Safety or Public Reassurance? Controversies Concerning the Canadian Not Criminally Responsible Act. Journal American Academy of Psychiatry and Law. 45:44-51

2017    Hirschtritt ME, Binder RL: Interrupting the mental illness-incarceration-recidivism Cycle. JAMA. 317:695-696

2018    Armontrout J, Tourous J, Cohen, M, McNiel DE, Binder RL: Current Regulation of Mobile Mental Health Applications. Journal of American Academy of Psychiatry and Law. 46:204-211

2018    Hirschtritt MR, Binder RL: A Reassessment of Blaming Mass Shootings on Mental Illness. JAMA Psychiatry. February 28, 2018

2018    Binder RL, Garcia P, Johnson B, Fuentes-Affleck: Sexual Harassment in Medical Schools: The Challenge of Covert Retaliation as a Barrier to Reporting. Academic Medicine. 93: 1770-1773, 2018

2019    Elizondo P, McNiel DE, Binder RL: A Review of Statutes and the Role of the Forensic Psychiatrist in Cyberstalking Involving Youth. Journal of American Academy of Psychiatry and the Law. 47:2019

2019    Hirschtritt MR, Tucker D, Binder RL: Risk Assessment of Online Child Sexual Exploitation Offenders. Journal of American Academy of Psychiatry and Law. 47:2019

2019    Matto M, McNiel DE, Binder RL: A Systematic Approach to the Detection of False PTSD. Journal of American Academy of Psychiatry and Law. 47:2019

2019    Rogers MS, McNiel DE, Binder RL: Effectiveness of Police Crisis Intervention Training Programs. Journal of American Academy of Psychiatry and Law. 47:414-421

## NON-PEER REVIEWED PUBLICATIONS AND OTHER CREATIVE ACTIVITIES:

### Books and Chapters:

1984, 1988, 1992    Binder RL: Organic Mental Disorders. Chapter in Review of General Psychiatry. Edited by H. Goldman. Lange Medical Publications. (First, Second and Third Editions)

1995    Haller E and Binder RL: Delirium, Dementia, and Amnestic Disorders. Chapter in Review of General Psychiatry, Edited by H. Goldman, Lange Medical Publications (Fourth Edition)

1991    Binder RL: The Mental Health Professional and the Legal System. GAP Committee on Psychiatry and the Law. Brunner/Mazel, Inc. (Member of Committee authoring book)

1995    Binder RL: Women Clinicians and Patient Assaults. Chapter in Patient Violence and the Clinician (Clinical Practice Series #30). Edited by Burr Eichelman and Anne Hartwig. American Psychiatric Press pp.21-32

### Teaching Aids and Resource Documents:

1993-94    American Psychiatric Association Videotape and Study Guide, "Preserving Confidentiality: A Videotaped Guide for Psychiatrists" (Organizer and coordinator of scriptwriting, producing and directing of videotape and preparing the study guide)

1995    American Psychiatric Association Practice Guideline for Psychiatric Evaluation of Adults. American Journal of Psychiatry Supplement: 66-80 (I was a member of work group that developed guidelines)

1998    Binder RL: American Psychiatric Association Resource Document on Controversies in Child Custody. J Am Acad Psychiatry Law. 26:267-276 (I was the chair of the work group that developed this resource document.)

1999    American Psychiatric Association Resource Document on Mandatory Outpatient Treatment [I was a co-author of the document.]

2006    American Psychiatric Association Practice Guideline for the Psychiatric Evaluation of Adults, Second Edition.  American Journal of Psychiatry Supplement 163  [I was a member of the work group that wrote the guidelines.]

**Other Publications:**

1992    American Psychiatric Association Task Force Report on Clinician Safety (Task Force Report 33)

2006    Binder RL: Commentary: The Importance of Professional Judgment in Evaluation of Stalking and Threatening Situations. J Am Acad Psychiatry Law. 34: 451-454

2007    Freedman R, Ross R, Michels R, Appelbaum P, Siever L, Binder RL, Carpenter W, Friedman SH, Resnick P, and Rosenbaum J: Commentary: Psychiatrists, Mental Illness and Violence (by national experts in the field) Am J of Psychiatry 164:1315-1317

2012    Buchanan A, Binder R., Norko M, Swartz M: Psychiatric Violence Risk Assessment. Am J of Psychiatry 169:340

2015    Binder R.: True Parity in North American Psychiatry. Lancet Psychiatry. 370-371

2015    Binder, R: Response to the Presidential Address. Claiming Our Future. Am J of Psychiatry 172: 717-718

2016    Binder R: Claiming Our Future. Presidential Address. Am J of Psychiatry 173: 665-667

2017    Binder R, Garcia P, Johnson B, Fuentes-Afflick. Identifying and Mitigating Risk of Violence in the Scientific Workplace. Editorial. Journal of American Academy of Psychiatry and Law. 45:400-3

# EXHIBIT B

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA  92663
Tel:  949-723-2211
Fax:  949-723-2212
Email:    expert@parkdietzassociates.com
Website:  www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Psychology**
- **Forensic Social Work**
- **Forensic Science**
- **Criminology**
- **Security**

## Daniel A. Martell, Ph.D., A.B.P.P.
### Forensic Psychology and Neuropsychology

### Curriculum Vitae

### EDUCATION

1980-1989    The University of Virginia, Charlottesville, VA
Degree: Ph.D.
Major:   Research in Clinical Psychology
Minor:    Behavioral Science and the Law

Degree: M.A.
Major:   Clinical and Community Psychology

1976-1980    Washington and Jefferson College,
Washington, PA

Degree: B.A., cum laude
Major:   Psychology

### A.P.A. APPROVED INTERNSHIP IN CLINICAL PSYCHOLOGY

1986-1987    New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

### POST-DOCTORAL FELLOWSHIP IN FORENSIC PSYCHOLOGY

1987-1988  New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

-Specialization in Forensic Neuropsychology

## CURRENT AFFILIATIONS

1998-present   President
Forensic Neuroscience Consultants, Inc.
Newport Beach, CA

1995-present   Assistant Clinical Professor
Department of Psychiatry and Biobehavioral Sciences,
Semel Neuropsychiatric Institute,
David Geffen School of Medicine at U.C.L.A.
Los Angeles, CA

1994-present   Affiliated in private forensic consultation practice
with Dr. Park Dietz and Associates, Inc.
Newport Beach, CA

1994-present   Member
Threat Assessment Group, Inc.
Newport Beach, CA

2011-present   Independent Forensic Neuropsychological Consultant
United Nations International Criminal Court
International Criminal Tribunal for the Former
Yugoslavia
The Hague, Netherlands

## LICENSURE AND CERTIFICATIONS

2002-present   Board Certified in Forensic Psychology
American Board of Forensic Psychology,
American Board of Professional Psychology

1991-present   Licensed Clinical Psychologist
New York State License Number 011106

1998-present   Licensed Clinical Psychologist
State of California License Number PSY15694

1993-present   Certified Examiner
State of New York Workers' Compensation Board
Authorization Number S1-11062

1993-present   Certified New York State Medicaid Provider
ID Number 01 382 576

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Psychology, Fellow

National Academy of Neuropsychology, Fellow

Royal Society of Medicine - London, Overseas Fellow

American Academy of Forensic Sciences, Fellow and Past President
   2015-2016: AAFS Past President
   2015-2016: Chair, AAFS Past Presidents Council
   2015-2016: Chair, AAFS Early Career Achievement Award Committee
   2015-2016: Chair, Nominating Committee
   2015-2016: Chair, Awards Committee
   2014-2015; AAFS Government Relations Committee
   2014-2015: AAFS President
   2013-2014: AAFS President-Elect
   2010-2011: AAFS Vice President
   2011-2013: AAFS Secretary
   2011-2015: AAFS Executive Committee
   2006-    :AAFS Board of Directors
   2009-2028: Chair, AAFS Long-Term Planning Committee
   2010-2011: Chair, Membership Committee
   2009-2010: AAFS Program Committee
   2007-2008: AAFS Executive Committee
   2006-2008: Chair, Continuing Medical Education Committee
   2006-2009: Fellow-At-Large, Psychiatry & Behavioral Sciences Section
   2006-2008: Nominating Committee
   2005-2006: Chair, Psychiatry & Behavioral Sciences Section
   2004-2005: Secretary, Psychiatry and Behavioral Sciences Section
   2004-2006: Membership Committee
   1997-1999: Secretary, Psychiatry and Behavioral Sciences Section
   1997-1999: Continuing Medical Education Committee
   1996-2001: Representative to the AAAS Neuroscience Committee
   1994-1997: Steering Committee
   1993-1995: Program Chair, Psychiatry and Behavioral Sciences Section

Forensic Sciences Foundation
   2010-2018 :  Trustee, Forensic Science Foundation
   2006-2018:  Board of Directors, Forensic Science Foundation
   2015-2016:  Chair, Warren-Young Forensic Teaching Award Committee
   2010-2015:  Student Travel Grant Committee

American Academy of Clinical Neuropsychology, Affiliate Member

Council of Scientific Society Presidents
   2013-    : Member

International Association of Forensic Sciences
    2014      : Scientific Committee, Seoul, Korea
    2008      : Scientific Committee, New Orleans, LA

American Psychological Association, Member
    APA Division 40: Society for Clinical Neuropsychology, Member
    APA Division 41: American Psychology-Law Society, Member

American Association on Intellectual and Developmental Disabilities, Member

American Association for the Advancement of Science, Member
    1996-2001: Appointment to Neuroscience Section Committee

American Society of Criminology, Member

California Psychological Association, Member

## ACADEMIC APPOINTMENTS AND TEACHING EXPERIENCE

1995-present   Assistant Clinical Professor,
   Department of Psychiatry and Biobehavioral Sciences,
           Semel Institute for Neuroscience and Human Behavior
           David Geffen School of Medicine at U.C.L.A.
           Los Angeles, CA

           Research, teaching, and supervision in Forensic
           Psychology and Psychiatry.

1999-2002      Adjunct Faculty,
           Department of Extended Studies and Public Service
           University of California, San Diego, and
           University of California, Irvine

           Taught Legal and Ethical Issues in Clinical Psychology.

1992-1996      Clinical Assistant Professor,
      Department of Psychiatry
           New York University School of Medicine, New York, N.Y.

           Coordinator of Forensic Training, NYU/Bellevue Hospital
           Clinical Psychology Internship and Post-Doctoral
           Fellowship Programs.  Taught Forensic Psychology and
           the Law, and Research in Forensic Psychiatry.

1987-1991      Clinical Instructor of Psychiatry,
           New York University School of Medicine, New York, N.Y.

1980-1986      Graduate Teaching Assistant,
Department of Psychology,
The University of Virginia, Charlottesville, VA

> Taught Abnormal Psychology; Childhood
> Psychopathology; Medical Psychology; Social Psychology;
> Statistics; Law, Psychology, Families and Children;
> Cognitive Psychology; Memory and Learning.

1979-1980      Teaching Assistant,
Washington and Jefferson College
Washington, PA

> Taught four sections of Introductory Psychology.

## PREVIOUS EMPLOYMENT

1988-1994      Forensic Research Scientist,
Department of Clinical Research,
Nathan S. Kline Institute for Psychiatric Research
Orangeburg, NY

1988-1994      Director, Forensic Neuropsychology Laboratory,
Kirby Forensic Psychiatric Center, New York, NY

1990-1994      Research Consultant, Forensic Psychiatry Clinic for the
Criminal and Supreme Courts, New York, NY

1984-1988      Research Associate,
Institute of Law, Psychiatry, & Public Policy,
Schools of Law and Medicine, The University of Virginia

> Collaborated with P.E. Dietz, M.D., Ph.D. on National
> Institute of Justice Grant, "Mental Disorder and Violent
> Crime: The Choice of Public Figures as Victims."

1983-1986      Research and Statistical Consultant,
Institute of Law, Psychiatry, and Public Policy,
Schools of Law and Medicine, The University of Virginia

> Collaborated on the National Judge's Health-Stress
> Research Project, examining the impact of stress on
> American trial court judges.

1983-1985      Statistical Consultant,
Colgate Darden School of Business Administration,
The University of Virginia

Collaboration with Eileen Hogan, Ph.D. on statistical models of job characteristics and performance.

1983-1985     Staff Psychologist,
              Community Outreach to Vietnam Era Returnees (COVER)
              Charlottesville, VA

1982-1983     Neuropsychological Test Technician,
              Departments of Behavioral Medicine, Psychiatry, and
              Neurosurgery,
              The University of Virginia Medical Center
              Charlottesville, VA

## HONORS AND AWARDS

2007          Maier J. Tuchler Award in Recognition of Outstanding
              Contributions to the Field of Psychiatry and Behavioral
              Science.  American Academy of Forensic Sciences,
              Psychiatry and Behavioral Science Section

1998-present  Who's Who in Medicine and Health Care

1996          Distinguished Lecturer Award, New York State District
              Attorney's Association, Prosecutor's Training Institute

1991          American Academy of Forensic Sciences, Psychiatry and
              Behavioral Science Section 1991 Fellowship Research Award

1987-1988     Forensic Psychology Fellow,
              NYU Medical Center, Bellevue Hospital, and
              Kirby Forensic Psychiatric Center, New York, NY

1980-1984     Clinical Research Fellowship,
              Institute of Clinical Psychology,
              University of Virginia

1980          B.A. cum laude in Psychology
              Washington and Jefferson College

1976-1980     Dean's List Scholar, Washington and Jefferson College

## GRANTS

1991-1994     Principal Investigator, Homelessness, Mental Illness, and
              Violent Criminal Behavior. National Science Foundation,
              Law and Social Science Program, ($116,095).

1991-1996      Co-Investigator, Prediction of Assault in Mentally Ill
               Offenders, Antonio Convit, M.D. (P.I.).  National Institute
               of Mental Health, ($526,185).

1993-1998      Core Faculty Member, Center for the Study of Issues in
               Public Mental Health.  David L. Shern, P.I., National
               Institute of Mental Health, ($3,451,538).

1989-1991      Co-Investigator, Assessing Psychopathy in Mentally
               Disordered Offenders. Funding from the John D. and
               Catherine T. MacArthur Foundation Program of Research on
               Mental Health and the Law, via subcontract with Dr. Robert
               Hare, University of British Columbia, ($15,000).

1984-1988      Co-Investigator, Mental Disorder and Violent Crime:
               The Choice of Public Figures as Victims, with Park Dietz,
               M.D., Ph.D. (P.I.), National Institute of Justice,($450,000).

1985           Research development grant from the Institute of Law,
               Psychiatry, and Public Policy, University of Virginia Schools
               of Law and Medicine, to study factors influencing judicial
               decision making, ($2,500).

1984           Grant-in-Aid from Division 41 (American Psychology-Law
               Society) of the APA to study personality, stress, and health
               outcomes in a national sample of trial court judges, ($500).

## EDITORIAL BOARDS

2017-     Associate Editor, Journal of Forensic Sciences

2008-2017     Editorial Board, Journal of Forensic Sciences

## JOURNALS SOLICITING MANUSCRIPT REVIEWS

1992-present   Law and Human Behavior
   Behavioral Sciences and the Law
   Journal of Forensic Sciences
   International Journal of Law and Psychiatry
   Archives of General Psychiatry
               Psychiatric Services (Hospital and Community Psychiatry)
               American Journal of Psychiatry
               Homicide Studies

## IN PREPARATION

Martell, D.A.  (Ed.)  The Future of Forensic Science.  London: Wiley.

## PUBLICATIONS

Kleinman, S.B., Butler, J., & Martell, D.A.  (2015).  Failings of trauma-specific and related psychological tests in detecting PTSD in forensic settings.  Journal of Forensic Sciences, 60(1), 76-83

Martell, D.A. (2012).  Book review: *Conviction of the Innocent: Lessons from Psychological Research.*  Journal of Forensic Sciences, 57(5), 1416–1417.

Billick, S.B., & Martell, D.A.  (2012).  Forensic psychiatry and  psychology.  Chapter in Ubelaker, D. (Ed.) Global Forensic Science: Current Issues – Future Directions.  New York: Wiley-Blackwell.

Reba-Harellson, L., & Martell, D.A.  (2012).  Psychodiagnostic  testing for adolescents.  Chapter in Rosner, R. (Ed).  Clinical Handbook of Adolescent Psychiatry.

Martell, D.A.  (2011).  Book reviews: *Evaluation for Guardianship* and *Evaluation for Risk of Violence in Juveniles.*  Journal of Forensic Sciences, 56(4), 1085.

Dietz, P., and Martell, D.A. (2010). Commentary: Approaching and stalking public figures—A prerequisite to attack.  Journal of the American Academy of Psychiatry and the Law, 38(3), 341-348.

Martell, D.A.  (2010). Book review: *Applied Criminal Psychology: A Guide to Forensic Behavioral Sciences.*  Journal of Forensic Sciences, 55(1), 282.

Martell, D.A. (2009).  Neuroscience and the law: Philosophical differences and practical constraints.  Behavioral Sciences and the Law, 27, 123-136.

Bresler, S., & Martell, D.A. (2009).  Forensic neuropsychological assessments of head injury.  In A. Jamieson and A. Moenssens (Eds.), Encyclopedia of Forensic Sciences, Chichester, UK: John C. Wiley & Sons.

Martell, D.A. (2008).  Book review: Forensic Psychology and Neuropsychology for Criminal and Civil Cases.  Journal of Forensic Sciences, 53(6), 1487.

Martell, D.A.  (2007).  Organic brain dysfunction and criminality.  In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications (2ed.).  Springfield, IL: Charles C. Thomas.

Martell, D.A. (2003). Neuropsychiatric assessments in toxic exposure litigation. In R. Rosner (ed.), Principles and practice of forensic psychiatry (2 ed.). London: Arnold Publishing.

Rivard, J.M., Dietz, P., Martell, D., & Widawski, M. (2002). Acute dissociative responses in law enforcement officers involved in critical incidents: Clinical and forensic implications. Journal of Forensic Sciences, 47(5), 1-8.

Martell, D.A. (1996). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications. Springfield, IL: Charles C. Thomas.

Martell, D.A. (1996). Causal relation between brain damage and homicide: The prosecution. Special issue of Seminars in Clinical Neuropsychiatry on neuropsychiatry in the courtroom, 1(3), 184-194.

Martell, D.A., Rosner, R., & Harmon, R. (1995). Base rate estimates of criminal behavior by homeless mentally ill persons in New York City. Psychiatric Services (formerly Hospital and Community Psychiatry), 46(6), 596-601.

Martell, D.A., Rosner, R., & Harmon, R. (1994). Homeless mentally disordered defendants: Competency to stand trial and mental status findings. Bulletin of the American Academy of Psychiatry and the Law, 22(2), 289-295.

Martell, D.A. (1993). Forensic neuropsychology and the criminal law. Criminal Practice Law Review, 5(3), 319-347. [Reprinted from Law and Human Behavior, 16(3), 313-336, (1992)].

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. Archives of General Psychiatry, [Special issue on Violence], 49, 472-475.

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. In Lundberg, G.D., Young, R.K., Flanagan, A., & Koop, C.E. (Eds.), Violence. Chicago: American Medical Association, pp. 399-402. [Reprinted from Archives of General Psychiatry, 49, 472-475, (1992).]

Martell, D.A. (1992). Forensic neuropsychology and the criminal law. Law and Human Behavior, [Special issue on Expert Evidence], 16(3), 313-336.

Martell, D.A. (1992). Estimating the prevalence of organic brain dysfunction in maximum-security forensic psychiatric patients. Journal of Forensic Sciences, JFSCA, 37(3), 878-893.

Volavka, J., Martell, D., & Convit, A. (1992). Psychobiology of the violent offender. Journal of Forensic Sciences, JFSCA, 37(1), 237-251.

Richman, B.J., Convit, A.J., & Martell, D.A. (1992). Homelessness and the mentally ill offender. Journal of Forensic Sciences, JFSCA, 37(3), 932-937.

Showalter, C.R., & Martell, D.A. (1991). Personality, stress, and health in American judges. In L. Webb (ed.) (1991). Occupational stress in the judiciary: A comprehensive workshop for judges. Chicago, IL: American Bar Association. [Reprinted from Journal of the American Judicature Society, 69(2), 82-87, (1989).]

Martell, D.A. (1991). Homeless mentally-ill offenders and violent crime: Preliminary research findings. Law and Human Behavior, 15(4), 333-347.

Dietz, P.E., Matthews, D.B., Martell, D.A., Stewart, T.M., Hrouda, D.R., & Warren, J.B. (1991). Threatening and otherwise inappropriate communications to members of the United States Congress. Journal of Forensic Sciences, JFSCA, 36(5), 1445-1468.

Dietz, P.E., Matthews, D.B., Van Duyne, C., Martell, D.A., Parry, C.D.H., Stewart, T.M., Warren, J., & Crowder, J.D. (1991). Threatening and otherwise inappropriate communications to Hollywood celebrities. Journal of Forensic Sciences, 36(1), 185-209.

Martell, D.A. (1989). Predicting potentially dangerous approaches toward public figures from the writings of mentally disordered individuals. (Doctoral dissertation, University of Virginia, 1988). Dissertation Abstracts International, 50(9B), 4226. (University Microfilms No. 90-02-867).

Dietz, P.E., & Martell, D.A. (1989). Mentally disordered offenders in pursuit of celebrities and politicians. Final report to the National Institute of Justice. Washington, D.C.: U.S. Department of Justice.

Anchor, K.N., Rogers, J.P., Solomon, G.S., Barth, J.T., Peacock, C., & Martell, D.A. (1985). Fundamentals of disability determination and rehabilitation: A higher ground for the applied neurobehavioral sciences. American Journal of Trial Advocacy, 8(3), 337-375.

Showalter, C.R., & Martell, D.A. (1985). Personality, stress, and health in American judges. Journal of the American Judicature Society, 69(2), 82-87.

Hogan, E.A., & Martell, D.A. (1985). A confirmatory structural equations analysis of the Job Characteristics Model. Organizational Behavior and Human Decision Processes, 39(1), 242-263.

## **PAPERS AND PRESENTATIONS**

Martell, D.A. (2019, Jan.).  Psychological instruments to assess risk of future violence:  The current state of the art.  Invited lecture to be presented at the Annual Meeting of the Tri-State Chapter of the American Academy of Psychiatry and the Law, New York, NY.

Martell, D.A. (2018, Oct.).  Forensic neuropsychology in criminal cases: An overview from the USA.  Invited paper to be presented at the International Congress of Legal Medcine, Havana, Cuba.

Martell, D.A.  (2018, Oct.).  Psychodiagnostic testing in forensic evaluations of Posttraumatic Stress Disorder:  Avoiding iatrogenic outcomes and preserving diagnostic integrity.  Paper to be presented as part of a Workshop entitled, Contemporary Forensic Evolution of Posttraumatic Stress Disorder.  American Academy of Psychiatry and the Law, Austin, Tx.

Martell, D.A.  (2018, June).  Emerging topics in forensic psychological science and capital litigation: Cognitive bias, behavior genetics, and neurobehavioral imaging.  Invited presentation as part of part of a forensic science webinar series funded by the U.S. Department of Justice Bureau of Justice Assistance, Stetson University College of Law, Gulfport, FL.

Martell, D.A. (2018, May).  Cuba and the origins of the American Academy of Forensic Sciences: A return to the beginning.  Paper presented as part of the American Academy of Forensic Sciences' International Educational Outreach meeting between Cuban and American forensic scientists, Havana, Cuba.

Thompson, C, & Martell, D.A  (2018, Feb.).  Putting the science in forensic behavioral science: Advances in forensic psychiatry and forensic psychology.  Presentation as part of the Interdisciplinary Symposium: Raising the Bar in Forensic Science.  Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A.  (2017, Feb.).  Psychodiagnostic testing in mass tort litigation. Paper presented as part of a panel entitled, "Resiliency and trauma: An interdisciplinary approach to the evaluation of individuals in mass tort cases."  Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA.

Martell, D.A. (2016, May).  Complex forensic psychological evidence in the military courtroom. Invited presentation at the Litigating Complex Cases Course, Navy Justice School, Newport, R.I.

Martell, D.A. (2016, May).  Elder abuse, undue influence, and testamentary capacity determinations.  Invited presentation at the 4th Annual APA Division 42 Forensic Psychology Conference: Psychological Assessment, Ethics, and Expert Testimony.  Pasadena, CA.

Martell, D.A. (2015, Feb.).  Chair: Plenary Session: Human Factors in Forensic Science: Why Cognitive Bias Can Lead to Flawed Expert Opinions and Testimony, How Its Influence Can Be Minimized, and What Challenges Testifying Experts and Judges Can Expect to Face  Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (2015, Feb.).  Chair: Interdisciplinary Symposium.  Past Presidents- Future Science: Hot Leads in Contemporary Forensic Research.  Annual Meeting, American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (2015, Feb.).  Contemporaneous Assessments of Testamentary Capacity and Undue Influence: Strike While the Iron is Hot.  Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (2015, Feb.).  President's Address to the Young Forensic Scientists' Forum: The Role of Young Forensic Scientists in the AAFS. Annual Meeting of the American Academy of Forensic   Sciences, Orlando, FL.

Martell, D.A.  (2015, Feb.).   Session Chair: Developing a global research architecture in forensic science.  Paradigm Shift for Forensic Science Conference, The Royal Society, London.

Martell, D.A.  (2014, Oct.).   International perspectives on reliable and valid forensic science.  Invited presentation at the 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A.  (2014, Oct.).   Consulting for the Hague: Evaluating dementia and competency in a Bosnian war criminal.  Presentation at the 20th World Meeting of the   International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A.  (2014, Oct.).  Global perspectives on contemporaneous testamentary capacity evaluations.  Paper presentation at the 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A.  (2014, June).  New forensic science initiatives in the United States.  ABA Criminal Justice Section Fifth  Annual Prescription for Criminal Justice Forensics, Fordham University,    New York, NY.

Martell, D.A. (2014, June). Mechanisms for confirming the competence of experts in both traditional and innovative forensic sciences: The American experience. Invited presentation at the IV-th St. Petersburg International Legal Forum, St. Petersburg, Russia.

Martell, D.A. (2014, Feb.). Measuring the mind of a war criminal: Behind the scenes on an assignment for the United Nations International Criminal Court in the Hague. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A., Muscatello, L., & Pozzoli, A., et. al (2014, Feb.). Why is mentorship pivotal in the future of forensic science? Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2014, Jan.) Measuring the mind of a war criminal: Behind the scenes on an assignment for the United Nations International Criminal Court in the Hague. Invited presentation at the annual meeting of the Tri-State Chapter of the American Academy of Psychiatry and the Law, Columbia University, New York, NY.

Martell, D.A. (2013, Oct.). Testamentary capacity and undue influence: Clinical and legal evaluation strategies and techniques. Invited presentation for the Fall Summit of the American Academy of Estate Planning Attorneys, San Diego, CA.

Martell, D.A. (2012, May). Forensic behavioral science in capital litigation: Advanced topics. Invited presentation at Forensic Science Training for Capital Defense Attorneys, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Las Vegas, NV.

Martell, D.A. (2011, August). Forensic behavioral science in capital litigation. Invited presentation at Forensic Science Training for Capital Prosecutors, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Tampa, FL.

Martell, D.A. (2011, June). Forensic behavioral science in capital litigation. Invited presentation at Forensic Science Training for Capital Defense Attorneys, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Plano, TX.

Martell, D.A. (2011, March). Neuropsychological science and forensic competencies: Applications in civil and criminal cases. Invited course taught at the annual conference of the American College of Professional Neuropsychology, Las Vegas, NV.

Martell, D.A. (2010, March).  Exploring childhood trauma histories in capital mitigation: Convergent validation through evidence-based analysis.  Invited presentation at the annual meeting of the American Society of Adolescent Psychiatry, Los Angeles, CA.

Martell, D.A. (2010, Feb.).  Victims of arson: Psychological outcomes and issues in the forensic treatment of trauma.  Paper presented as part of a Workshop entitled, "Fires and Explosions: A Multidisciplinary Overview of Investigative Methods, Mental States of Perpetrators, and Psychological Trauma to Victims."  American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

Martell, D.A.  (2010, Feb.).  Assessing symptom validity and level of effort in mild traumatic brain injury testing.  Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2009, Oct.).  Helping victims of firesettings and bombings: Psychological outcomes and issues in treatment.  Invited presentation at the annual meeting of the American Academy of Psychiatry and the Law.

Kleinman, S.B., Butler, J.R., & Martell, D.A.  (2008, Oct.).  Risks of forensic use of trauma-specific tests.  Paper presented at the annual meeting of the American Academy of Psychiatry And the Law, Seattle, WA.

Martell, D.A. & Kenan, J.  (2008, Feb.).   Forensic neuropsychiatric assessments of toxic mold exposure.  Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C.

Martell, D.A.  (2007, Feb).  Mild traumatic brain injury: State-of-the-art practice guidelines for testimony in criminal and civil litigation.  Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, TX.

Martell, D.A.  (2006, Feb.).  Mental retardation and the death penalty: Issues in the assessment of adaptive functioning.  Presentation at the 2006 Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A.  (2004, Oct.).  Forensic evaluation of neuropsychological malingering. Invited address at the XIII National Congress of Legal Psychiatry, Malaga, Spain.

Martell, D.A.  (2004, Feb.).  Mental retardation and the death penalty: Responding to the U.S. Supreme Court's landmark decision in *Atkins v. Virginia*.  Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX.

Martell, D.A., & Adelman, R.E.  (2003, October).  Forensic behavioral analysis: Applications in criminal and civil litigation.  Invited presentation

at the joint American Bar Association / American Psychological Association Conference on Psychological Expert Testimony in Civil and Criminal Litigation, Chicago, IL.

Adelman, R.E., Amador, X.F., Coburn, B., Laurence, M., Martell, D.A., Matthews, D., Poe, G. (2003, August). Mental Health and criminal law: The intersection of politics, science and culture. Invited presentation at the 2003 Annual Meeting of the American Bar Association, San Francisco, CA.

Martell, D.A. (2000, April). Understanding psychological and psychiatric evidence in criminal litigation. Statewide meeting of the Missouri District Attorneys Association, Columbia, MO.

Martell, D.A. (1999, October). The psychologist as expert witness in capital litigation: Objectivity vs. advocacy. Invited presentation at the joint American Psychological Association/American Bar Association conference on Psychological Expertise and Criminal Justice, Washington, D.C.

Martell, D.A. (1999, July). Recent advances in forensic neuroscience: Implications for capital cases. Invited address for the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1999, June). Mitigating evidence in capital cases: Recent advances in forensic neuroscience. Invited presentation for the Navy Justice School, Newport, R.I.

Martell, D.A. (1999, April). Psychopathology and workplace violence. Presentation at Workplace Violence 7: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Bressler, S. (1999, Feb.). The use of neuropsychological testing in forensic evaluations. Paper presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (1999, Feb.). Standards and methods of psychiatric and psychological exams: Competency evaluation, guilt phase, sanity. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1999, Feb.). Confronting novel psychological defenses. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1998, Oct.). Psychological testing of hypersensitivity in sexual harassment claims. Annual meeting of the American Academy of Psychiatry and the Law, New Orleans, LA.

Martell, D.A. (1988, Oct.). Forensic assessment of competency to stand trial: Clinical and legal contours. Invited presentation for a workshop on Competency to Stand Trial, Midwest Regional Forensic Services, Minneapolis, Minnesota.

Martell, D.A. (1988, Aug.). Evaluating mental status evidence in criminal litigation. Invited address for the Monterey County District Attorney's Office, Monterey, CA.

Martell, D.A. (1998, June). Psychological testing in criminal litigation. Invited lecture for the United States Attorney's Office, Philadelphia, PA.

Martell, D.A. (1998, April). Death penalty mitigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1998, March). Mental defenses in homicide litigation. Invited keynote address for the New York County Distract Attorney's Office, New York, NY.

Martell, D.A. (1998, February). Mental disorder and violent criminal behavior in the community: Prediction and practice. Presentation at the 50th Anniversary meeting of the American Academy of Forensic Sciences, San Francisco, CA.

Martell, D.A. (1997, December). Organic brain disorders in maximum security forensic psychiatric patients. Invited presentation at the 10th Annual New York State Office of Mental Health Psychiatric Research Conference, Albany, NY.

Martell, D.A. (1997, September). Mental defenses: Technical analysis. Invited presentation for the Los Angeles District Attorney's Office, Complex Litigation and Strategies Conference, Los Angeles, CA.

Martell, D.A. (1997, August). Comparing prediction and practice in clinical risk assessment for violence. Invited presentation as part of a symposium entitled, "Violence: Prediction and practice: Sharing contexts - Criminal justice, civil commitment, and industrial psychology." Annual meeting of the American Psychological Association, Chicago, Ill.

Martell, D.A. (1997, June). Malingered mental disorders and crimes of violence. Invited presentation for the California District Attorneys Association Summer Conference, San Diego, CA.

Martell, D.A. (1997, May). Mental health evidence in capital litigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1997, March). Psychological testing in criminal cases.
  Invited address to California District Attorney's Association Mental
  Defenses Seminar, Manhattan Beach, CA.

Martell, D.A. (1996, Dec.). Mental issues in complex litigation. National
  College of District Attorneys, Conference on Complex Litigation,
  San Diego, CA.

Martell, D.A. (1996, Nov.) Mental health issues raised in the mitigation
  phase of capital cases. Invited presentation, State of Connecticut
  Attorney General's Office.

Martell, D.A. (1996, Sept.). Psychiatric defenses: Insanity, diminished
  capacity, and inability to form intent. Invited lecture for the U.S.
  Department of Justice, U.S. Attorney's Office of Legal Education,
  Los Angeles, CA.

Martell, D.A. (1996, Sept.). Psychological and psychiatric evidence in
  capital cases. Invited lecture presented at as part of a seminar for
  military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1996, Aug.). Mental health issues in capital litigation.
  Invited lecture presented at the 17th Annual Conference of the Association
  of Government Attorneys in Capital Litigation, Orlando, FL.

Martell, D.A. (1996, March). Investigations involving mentally disordered
  offenders: Techniques and tips for detectives. Invited address presented
  at the annual California Homicide Investigator's Association conference,
  Los Angeles, CA.

Martell, D.A. (1996, March). Mental retardation issues under the 1995 New
  York State capital litigation statutes. Invited lecture presented
  for the New York Prosecutor's Training Institute, Albany, NY.

Martell, D.A. (1995, Oct.). Challenging the ecological validity of
  neuroscientific evidence in a landmark homicide case. Invited lecture
  presented as part of an interdisciplinary panel entitled Neuropsychiatry in
  the Courtroom, at the annual meeting of the American Neuropsychiatric
  Association and the Behavioral Neurology Society, Pittsburgh, PA.

Martell, D.A. (1995, Oct.). Behavioral science issues and the insanity
  defense in capital litigation. Invited address presented at the first
  conference on capital litigation for the New York State Prosecutors Training
  Institute, New York, NY.

Martell, D.A. (1995, Sept.). Psychological and neuropsychological issues in
  capital cases. Invited address presented at a conference on capital
  litigation for the Los Angeles Public Defender's Office, Los Angeles, CA.

Martell, D.A. (1995, Sept.).  Behavioral science evidence in capital litigation.  Invited address presented at as part of seminar for attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1995, Aug.).  Examining mental status experts in capital litigation.  Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Las Vegas, NV.

Martell, D.A. (1995, May).  Confronting mental and neurobehavioral issues in mitigation during capital sentencing proceedings.  Invited address, Capital Litigation in Federal Courts, U.S. Dept. of Justice, U.S. Attorney's Office of Legal Education,  Dallas, Texas.

Martell, D.A. (1995, April).  Domestic violence and the workplace.  Paper presented at Workplace Violence III: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Soden, L.  (1995, Feb.).  Risk assessment for dangerousness: How theory and practice diverge in clinical decision-making.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Mack, G.I., & Martell, D.A.  (1995, Feb.).  Psychopathy in a racially diverse forensic population.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Davar, D.A., Tryon, W., & Martell, D.A.  (1995, Feb.).  Towards an environmental model of the prediction of inpatient violence in a forensic psychiatric facility.  Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. & Soden, L.  (1994, Aug.).  Practicing what we preach?: Risk assessment for dangerousness "in the trenches."  Paper presented as part of a symposium on Psychology in the Criminal Justice System at the American Psychological Association annual meeting, Los Angeles, CA.

Martell, D.A.  (1994, July).  Mental status issues in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, San Francisco, CA.

Martell, D.A.  (1994, March).  Mentally disordered defendants who cannot be restored to competency: A study of cases converted to civil status pursuant to Jackson v. Indiana.  Paper presented at the bi-annual meeting of the American Psychology-Law Society, Santa Fe, New Mexico.

Martell, D.A. (1994, Feb.). Forensic neuroscience in the criminal courtroom: Techniques and strategies. Panel presentation for the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Davar, D., & Martell, D.A. (1994, Feb.). Forensic neuropsychology: Challenges and dilemmas in the assessment of difficult patients. Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Martell, D.A. (1993, Dec.) The intrusion of domestic violence into the workplace. Paper presented as part of an intensive course for Fortune 500 companies entitled, Workplace violence: Myths, facts, and corporate prevention, Threat Assessment Group, Inc, Newport Beach, CA.

Martell, D.A. (1993, Oct.). Forensic psychological assessment and the dissociative disorders. Paper presented as part of a panel on Dissociation and the Mens Rea Defense at the annual meeting of the American Academy of Psychiatry and the Law, San Antonio, Texas.

Martell, D.A. (1993, Sept.). Homelessness, mental illness, and violent crime. Graduate Lecture Series, John Jay College of Criminal Justice, New York, NY.

Martell, D.A. (1993, Aug.). Forensic neuropsychological evidence in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1993, May). Violent crime and the homeless mentally ill: Myths and realities. Paper presented as part of the workshop, "Homelessness and Mental Illness: Debunking the Myths," presented at the annual meeting of the American Psychiatric Association, San Francisco, CA.

Martell, D.A. (1993, Feb.). Over the edge: Mentally disordered offenders who push victims onto New York City subway tracks. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Boston, MA.

Martell, D.A. (1992, December). Mental illness and violence in the community. Paper presented at the Fifth Annual Research Conference, NYS Office of Mental Health, Albany, New York.

Martell, D.A. (1992, October). Mental illness and violence in the community. Paper presented as part of the Colloquium Series, Department of Psychology, NYU/Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1992, March). Violent crime and the homeless mentally ill: Base rate estimates, victimization patterns, and mental status findings. Paper presented at the bi-annual meeting of the American Psychology-Law Society, San Diego, CA.

Martell, D.A., Rosner, R., & Harmon, R. (1992, Feb.). Six-month prevalence of homelessness among mentally disordered offenders referred by the court for competency evaluations. Paper presented at the American Academy of Forensic Sciences Annual Meeting in New Orleans, LA.

Martell, D.A. (1991, Dec.). The homeless mentally ill and violent crime: Prevalence estimates for New York City. Paper presented at the 4th Annual Research Conference, NYS Office of Mental Health, Albany, NY.

Martell, D.A. & Convit, A. (1991, May). Violence and brain dysfunction: Prevalence estimates and approaches to evaluation and treatment. Paper presented at the Fifth Annual Forensic Conference: Consequences of Child-hood Victimization in Adult Forensic Patients. NYS Office of Mental Health, Bureau of Forensic Services, and New York University, New York, NY.

Martell, D.A. (1991, Feb.). Estimating the prevalence of brain damage among maximum-security forensic patients. Paper presented at the 43rd annual meeting of the American Academy of Forensic Sciences, Los Angeles, CA.

Martell, D.A. & Convit, A.J. (1991, Feb.). Neurobehavioral studies of violence and criminal behavior: Data from Kirby Forensic Psychiatric Center and Manhattan Psychiatric Center. Grand Rounds, Kirby Forensic Psychiatric Center, New York, N.Y.

Martell, D.A. (1990, Feb.). Homelessness, mental illness and violent crimes: Preliminary research findings. Paper presented at the 42nd annual meeting of the American Academy of Forensic Sciences in Cincinnati, Ohio.

Dietz, P.E., & Martell, D.A. (1989, Oct.). Mentally disordered offenders in pursuit of public figures: Executive summary. Presentation to the executive staff of the National Institute of Justice, Washington, D.C.

Martell, D.A. (1988, Mar.). Applications for clinical neuropsychology in forensic settings. Paper presented at the American Psychology-Law Association Mid-Winter Conference in Miami Beach, Fla.

Martell, D.A. (1988, Dec.). Predicting dangerousness from threats toward public figures: Clinical applications. Colloquium Series, Department of Psychology, Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1987, Nov.).  Neuropsychological contributions in evaluations of competency to stand trial.  Grand Rounds, Forensic Psychiatry Clinic, Criminal and Supreme Courts of New York (First Judicial Department), Department of Mental Health, Mental Retardation, and Alcoholism Services of the City of New York, N.Y.

Dietz, P.E., & Martell, D.A.  (1986, Jan.).  Research on mental disorder and threats to public figures.  Presentation to the Intelligence Division of the United States Secret Service, Washington, D.C.

Martell, D.A., & Dietz, P.E.  (1985, Nov.).  Mental disorder and threats toward public figures: Preliminary research results.  Paper presented to the American Society of Criminology, San Diego, CA.

Showalter, C.R., & Martell, D.A.  (1985, Oct.).  Profiling the judicial personality: A comparative study.  Paper presented at the American Academy of Psychiatry and the Law, Albuquerque, NM.
Martell, D.A., & Showalter, C.R.  (1985, Aug.).  Personality, stress and coping in American judges: A longitudinal study.  Paper presented at the annual convention of the American Psychological Association, Toronto.

Martell, D.A., & Wilcox, B.L.  (1984, April).  Exploratory and confirmatory structural models for Ward Atmosphere Scale data.  Paper presented at the American Psychological Association Convention, Toronto, Canada.

Martell, D.A.  (1984, April).  Macro-level environmental determinants of violent behavior among juvenile street gangs.  Paper presented at the 55th meeting of the Eastern Psychological Association, Baltimore, MD.

Martell, D.A., & Hogan, E.I.  (1984, Mar.).  Exploratory structural models for job diagnostic survey data.  Paper presented at the 30th meeting of the Southeastern Psychological Association, New Orleans, LA.

Martell, D.A., & Wilcox, B.L.  (1983, April).  Empirical dimensions of the Ward Atmosphere Scale: The search for underlying characteristics of psychiatric treatment environments.  Paper presented at the 54th meeting of the Eastern Psychological Association, Philadelphia, PA.