JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE RULE 404(b) NOTICE OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 404(b) DISCLOSURE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Strike Rule 404(b) Notice Or, In The Alternative, Compel Adequate Rule 404(b) Disclosure. I attest to the following facts upon which the motion relies.

2. Attached to the Motion are 9 exhibits. The contents of each are as follows:

    a. Exhibit A is a true and correct copy of the government's March 6, 2020 notice to Ms. Holmes's counsel of the alleged bad acts it intends to introduce during its case in chief under Rule 404(b)(2).

    b. Exhibit B is a chart, prepared by Ms. Holmes' counsel, which documents Ms. Holmes' specific objections to the categories of bad act evidence that the government has noticed.

    c. Exhibit C is a true and correct copy of a March 11, 2020 email from Lance Wade to the government concerning the government's Rule 404(b) notice.

    d. Exhibit D is a true and correct copy of a March 11, 2020 email from John Bostic to Lance Wade concerning the government's Rule 404(b) notice.

    e. Exhibit E is a true and correct copy of a March 11, 2020 email from Lance Wade to John Bostic concerning the government's Rule 404(b) notice.

    f. Exhibit F is a true and correct copy of a March 23, 2020 letter from Lance Wade to the government concerning the government's Rule 404(b) notice.

    g. Exhibit G is a true and correct copy of the government's April 3, 2020 letter to Ms. Holmes' counsel, which purported to identify the documents and witness testimony that established the alleged bad acts the government identified in its March 6, 2020 Rule 404(b) notice.

    h. Exhibit H is a true and correct copy of the Rule 404(b) notice that the government submitted in *United States v. Dejarnette*, No. 3:09-cr-00268-SI, ECF #171 (N.D. Cal. June 17, 2011) and that was found insufficient in the opinion located at *United States v. Dejarnette*, 2011 WL 2837420 (N.D. Cal. July 15, 2011).

    i. Exhibit I is a true and correct copy of the amended Rule 404(b) notice that the government submitted in *United States v. Dejarnette*, No. 3:09-cr-00268-SI, ECF #190 (N.D. Cal. July 28, 2011), in response to the opinion located at *United States v. Dejarnette*, 2011 WL 2837420 (N.D. Cal. July 15, 2011).

3. Among the documents that the government noticed in its April 3, 2020 letter as supporting the alleged bad acts were the following:

1        a.     Fourteen deposition transcripts totaling over 1,800 pages.

2        b.     An Excel spreadsheet noting over 1,500 patient visits but not identifying who those patients were.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June, 2020 in Chevy Chase, MD.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE RULE 404(b) NOTICE OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 404(b) DISCLOSURE
CR-18-00258 EJD SVK                        3