# Exhibit B

## *United States v. Holmes, et al.*
## 18-cr-01145-JWB-JGS

**Exhibit B to Ms. Holmes' Motion to Strike 404(b) Notice Or, In The Alternative, Compel Adequate 404(b) Disclosure**

| 404(b) Category | Failure to Specify All Particular Other Acts | Vague Descriptions and Terminology | Failure to Identify Who Committed the Other Act | Failure to Identify Supporting Documents or Witness Statements | Failure to Tie Documents and Witness Statements to Allegations | Failure to Identify 404(b) Evidence for Impeachment or Rebuttal | Failure to Articulate 404(b) Purpose |
|---|---|---|---|---|---|---|---|
| Category 1 (False and Misleading Representations Directed at Insured Patients) | X | X | | | X | X | X |
| Category 2 (False and Misleading Representations Directed a Doctors) | X | | X | | X | X | X |
| Category 3 (False and Misleading Representations Made to Theranos' Board of Directors) | X | X | | | X | X | X |
| Category 4 (False and Misleading Representations Made to Walgreens) | X | X | | | X | X | X |

| 404(b) Category | Failure to Specify All Particular Other Acts | Vague Descriptions and Terminology | Failure to Identify Who Committed the Other Act | Failure to Identify Supporting Documents or Witness Statements | Failure to Tie Documents and Witness Statements to Allegations | Failure to Identify 404(b) Evidence for Impeachment or Rebuttal | Failure to Articulate 404(b) Purpose |
|---|---|---|---|---|---|---|---|
| **Category 5 (False and Misleading Representations Made to Safeway)** | X | X |  |  | X | X | X |
| **Category 6 (False and Misleading Representations Made to Journalists)** | X |  | X |  | X | X | X |
| **Category 7 (Fostering Culture of Secrecy and Forcing Employees and Others to Sign Non-Disclosure Agreements)** | X | X |  |  | X | X | X |
| **Category 8 (Restricting Access to Laboratory Areas Within Theranos)** | X | X |  | X | X | X | X |
| **Category 9 (Harassing, Threatening, or Otherwise Influencing Doctors or Patients)** | X | X |  | X | X | X | X |
| **Category 10 (Threatening, Influencing, or Vilifying Journalists in Response to Negative Coverage of Theranos)** | X | X | X |  | X | X | X |

| 404(b) Category | Failure to Specify All Particular Other Acts | Vague Descriptions and Terminology | Failure to Identify Who Committed the Other Act | Failure to Identify Supporting Documents or Witness Statements | Failure to Tie Documents and Witness Statements to Allegations | Failure to Identify 404(b) Evidence for Impeachment or Rebuttal | Failure to Articulate 404(b) Purpose |
|---|---|---|---|---|---|---|---|
| Category 11 (Blaming and Vilifying Competing Companies) | X | X | X | | X | X | X |
| Category 12 (Threatening or Intimidating Employees and Former Employees) | X | X | X | | X | X | X |
| Category 13 (False and Misleading Representations to Regulatory Organizations) | X | | X | | X | X | X |
| Category 14 (Violations of Industry Standards and Government Regulations or Rules ) | X | X | X | | X | X | X |
| Category 15 (Altering or Tampering With Third-Party Medical Devices) | X | | X | | X | X | X |
| Category 16 (Multiplexing Test Results and Disregarding Outliers to Mask Inconsistency) | X | | X | | X | X | X |
| Category 17 (Improperly Setting and Altering Reference Ranges) | X | X | X | | X | X | X |

| 404(b) Category | Failure to Specify All Particular Other Acts | Vague Descriptions and Terminology | Failure to Identify Who Committed the Other Act | Failure to Identify Supporting Documents or Witness Statements | Failure to Tie Documents and Witness Statements to Allegations | Failure to Identify 404(b) Evidence for Impeachment or Rebuttal | Failure to Articulate 404(b) Purpose |
|---|---|---|---|---|---|---|---|
| **Category 18 (Withholding Critical Test Results and Other Important Information)** | X | X | X |  | X | X | X |
| **Category 19 (Declining to Conduct or Agree to Meaningful Comparative Tests)** | X | X | X |  | X | X | X |
| **Category 20 (Decommissioning Theranos' Laboratory Information System Database)** | X |  | X | X | X | X | X |
| **Category 21 (Obtaining Personal Benefit From Position at Theranos)** | X | X |  |  | X | X | X |
| **Category 22 (Concealing the Romantic Relationship Between Holmes and Balwani from Investors and Others)** | X |  |  |  | X | X | X |