# Exhibit C

**Saharia, Amy**

---

| | |
|---|---|
| **From:** | Wade, Lance |
| **Sent:** | Wednesday, March 11, 2020 4:38 PM |
| **To:** | Bostic, John (USACAN); Downey, Kevin; Trefz, Katherine; 'Coopersmith, Jeffrey'; 'Cazares, Stephen'; 'Brown, Walter F.'; 'Luskey, Randy'; Saharia, Amy |
| **Cc:** | Leach, Robert (USACAN); Schenk, Jeffrey (USACAN); Nedrow, Jeff (USACAN); Baehr-Jones, Vanessa (USACAN); Wade, Lance |
| **Subject:** | RE: U.S. v. Holmes & Balwani - Notice Under FRE404(b) |

Dear Counsel:

We write to express concern regarding your March 6, 2020 letter, which purports to provide notice of the government's intention to offer evidence pursuant to Rule 404(B). The extraordinary scope of the letter – which increases the size and complexity of the case exponentially, and attempts to undo aspects of the Court's February 11, 2020 Order – presents profound concerns regarding the management and litigation of this case going forward. Accordingly, we intend to raise the government's letter with the Court immediately, and seek a status conference to address these concerns. Please advise by noon tomorrow whether you consent to a status conference on this issue.

In addition, your letter fails to comply with FRE 404(B) and Local Rule 16-1. We will raise these issues in more detail in the future, should the Court require us to do so. As a preliminary matter, however, we note that many of the allegations set forth in your letter are not "supported by documentary evidence or witness statements" that have been produced to the defense. L.R. 16-1(3). Please supplement your productions to date and include all of the evidence in your possession on the 22 specified items. Please also identify the particular witness statements and evidence that you intend to offer for each of the 22 specified items. That specificity is required so that there is "sufficient detail that the Court may rule on the admissibility of the proffered evidence." Id.

Sincerely,

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

---

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Saturday, March 7, 2020 1:57 AM
**To:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F.' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; Saharia, Amy <ASaharia@wc.com>
**Cc:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** U.S. v. Holmes & Balwani - Notice Under FRE404(b)

Counsel,

Please see the attached correspondence.

Regards,
John

**JOHN C. BOSTIC**
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.: (408) 535-5589 | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov