# Exhibit I

| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | OWEN MARTIKAN (CABN 177104)<br>Assistant United States Attorney |
| 5 | |
| 6 | SUSAN PHAN (CABN 241637)<br>Special Assistant United States Attorney |
| 7 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone: (415) 436-7241<br>Fax: (415) 436-7234 |
| 9 | E-Mail: owen.martikan@usdoj.gov |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-0268 SI |
| Plaintiff, | ) | |
| v. | ) | **THE UNITED STATES' AMENDED NOTICE OF EVIDENCE PURSUANT TO FED. R. EVID. 404(b)** |
| ALEXANDER DEJARNETTE, | ) | |
| Defendant. | ) | Date: July 8, 2011<br>Time: 11:00am<br>Place: Courtroom 10, 19th Floor |

## INTRODUCTION

The United States intends to introduce the evidence listed below at trial. While the United States does not believe that any of this evidence is governed by Rule 404(b) of the Federal Rules of Evidence, because it is directly relevant to proving elements of the charged crime, the United States lists such evidence here out of an abundance of caution.

**NOTICE OF FED. R. EVID. 404(b) EVIDENCE**

1. Evidence of Dejarnette's Flight.

The United States will introduce evidence, through Probation Officer Magana, that Dejarnette absconded from supervision within two weeks of the Court's order that he register as a sex offender within two weeks or suffer further punishment. Magana will also introduce evidence that Dejarnette left him voicemails, including the recorded voicemails, taunting him about how he had left California so that he could "live his life," how he was living under an alias, and referring to "sex offender shit." This evidence will be introduced to show Dejarnette's intent. The United States believes that this is direct evidence of the charged crime, and at the very least inextricably intertwined therewith, but lists the evidence here out of an abundance of caution. The United States has produced this recording to the defense and will manually file it with the Court on Monday morning.

2. Failure to Register in Georgia.

The United States will introduce the testimony of Sgt. Dexter Henry that he could find no evidence that Dejarnette had ever registered as a sex offender in Georgia. This evidence is relevant if Dejarnette claims, or suggests on cross-examination, that the United States cannot prove that he didn't register in Georgia after absconding from California to Georgia. If a sex offender changes residence, he must register the change either in the state or original residence or in the state of new residence. 42 U.S.C. § 16913(c). However, this does not absolve the offender from registering in the jurisdiction of his initial conviction, under 42 U.S.C. § 16913(a). This testimony will prevent the jury's confusion concerning whether Dejarnette may have been able to discharge his duty under SORNA by registering in Georgia.

3. Refusal to Sign Notice Forms.

The United States will introduce the forms attached hereto as Exhibits 1 and 2, which Dejarnette refused to sign, as evidence that he knowingly failed to register after having received notice of his registration requirement. The United States believes this evidence directly relates to the proof of an element of crime, namely intent, but attaches the forms hereto out of an abundance of caution.

# CONCLUSION

The Court should allow the United States to introduce the evidence proffered above pursuant to Fed. R. Evid. 404(b), but also as evidence directly relevant to, or at least inextricably intertwined with, the proof of elements of the charged crime.

DATED: July 29, 2011                     Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney


                                         _____/s/_____
                                         OWEN MARTIKAN
                                         SUSAN PHAN
                                         Assistant United States Attorneys

USA 404(b) NOTICE
NDCA Case No. CR 09-0268 SI         2