1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO STRIKE RULE 404(b) NOTICE OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 404(b) DISCLOSURE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, LANCE WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. Pursuant to Criminal Local Rule 16-2, I submit this declaration in support of Ms. Holmes' Motion To Strike Rule 404(b) Notice Or, In The Alternative, Compel Adequate Rule 404(b) Disclosure ("the Motion").

2. On March 26, 2020, pursuant to Criminal Local Rule 16-1(a), counsel for Ms. Holmes and the government met and conferred telephonically regarding, among other matters, the government's obligation to disclose Rule 404(b) evidence under Criminal Local Rule 16-1(c)(3) and Federal Rule of Evidence 404(b)(2). The attendees were Lance Wade and Patrick Looby, attorneys for Ms. Holmes, and Assistant United States Attorneys Vanessa Baehr-Jones, Jeff Schenk, John C. Bostic, and Robert S. Leach.

3. Counsel for Ms. Holmes and government discussed the defense's position that the government's disclosure did not satisfy its obligations under Criminal Local Rule 16-1(c)(3) and Federal Rule of Evidence 404(b)(2), as set forth in the parties' prior correspondence on this matter.

4. The government disagreed, and stated that while it would respond to the defense's March 23, 2020 letter, it would not amend its disclosure or supplement its production.

5. The government sent Ms. Holmes its April 3, 2020 letter, purporting to identify the witness testimony and documents supporting its intended Rule 404(b) evidence.

6. The government has provided no further Rule 404(b) disclosures.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of June in Bethesda, MD.

                                                LANCE WADE
                                                Attorney for Elizabeth Holmes