1    JOHN D. CLINE (CA State Bar No. 237759)
     50 California Street, Suite 1500
2    San Francisco, CA 94111
     Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3    Email: cline@johndclinelaw.com

4    KEVIN M. DOWNEY (Admitted Pro Hac Vice)
     LANCE A. WADE (Admitted Pro Hac Vice)
5    AMY MASON SAHARIA (Admitted Pro Hac Vice)
     KATHERINE TREFZ (CA State Bar No. 262770)
6    WILLIAMS & CONNOLLY LLP
     725 Twelfth Street, NW
7    Washington, DC 20005
     Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8    Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9    Attorneys for Defendant ELIZABETH A. HOLMES

10

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15   UNITED STATES OF AMERICA,            )   Case No. CR-18-00258-EJD
                                          )
16           Plaintiff,                   )   **[PROPOSED] ORDER GRANTING MS.**
                                          )   **HOLMES' MOTION TO STRIKE RULE 404(b)**
17       v.                               )   **NOTICE OR, IN THE ALTERNATIVE,**
                                          )   **COMPEL ADEQUATE RULE 404(b)**
18   ELIZABETH HOLMES and                 )   **DISCLOSURE**
     RAMESH "SUNNY" BALWANI,              )
19                                        )
             Defendants.                  )   Hon. Edward J. Davila
20                                        )
     _____)

21

22           This CAUSE having come before the Court upon Defendant Elizabeth Holmes' Motion To

23   Strike Rule 404(b) Notice Or, In The Alternative, Compel Adequate Rule 404(b) Disclosure.  After due

24   consideration of the filings, the governing law, and the argument of the parties,

25           IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.  [The government's Rule

26   404(b) notice is STRICKEN.]  [The government is ORDERED to supplement its 404(b) notice in

27   accordance with Criminal Local Rule 16-1(c)(3) and Federal Rule of Evidence 404(b)(2).  To facilitate

28

motions practice regarding this evidence, the government shall provide by August 10, 2020 an amended notice under 404(b), containing a summary that describes each specific "bad act" the government intends to introduce at trial in "sufficient detail."  This summary shall identify all bad acts it intends to offer in its case in chief, for impeachment purposes, or for possible rebuttal.

IT IS FURTHER ORDERED that the government's summary shall provide sufficient detail to determine how each bad act could be offered for one of the purposes listed in Rule 404(b)(2), who committed each alleged bad act, and when each alleged bad act occurred.  Moreover, for each alleged bad act, the government's summary shall identify the specific "documentary evidence or witness statements" that support each alleged bad act.

IT IS FURTHER ORDERED that any purported Rule 404(b) evidence not adequately disclosed on or before August 10, 2020 will not be admissible at Ms. Holmes' trial under Rule 404(b)(2).]

**IT IS SO ORDERED.**


Dated _____


                                            _____
                                            Hon. Edward J. Davila
                                            United States District Judge