JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MS. HOLMES' MOTION TO STRIKE RULE 404(b) NOTICE OR, IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 404(b) DISCLOSURE**<br><br>Date:   July 20, 2020<br>Time:  1:30 p.m.<br>CTRM: 4, 5th Floor<br><br>**Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in Ms. Holmes' Motion to Strike Rule 404(b) Notice Or, in the Alternative, Compel Adequate Rule 404(b) Disclosure filed by Defendant Elizabeth Holmes (Dkt. No. 421).

| | |
|---|---|
| DATED: June 30, 2020 | Respectfully submitted, |
| | ORRICK HERRINGTON & SUTCLIFFE LLP |
| | By: */s/ Jeffrey B. Coopersmith* <br> Jeffrey B. Coopersmith |
| | Attorney for Defendant <br> RAMESH BALWANI |