JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY, OR IN THE ALTERNATIVE, COMPEL ADEQUATE RULE 16 DISCLOSURE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Exclude Expert Testimony Pursuant to Rule 16. I attest to the following facts upon which the motion relies.

2. Attached to the Motion are seven exhibits. Three exhibits have been filed as attachments

1  to Ms. Holmes' Administrative Motion For Leave to File Exhibits Under Seal ("Administrative
2  Motion") because they contain confidential information.  The contents of each are as follows:
3        a.    Exhibit A is a true and correct copy of a March 6, 2020 letter from the
4  government providing the government's Rule 16 disclosure re: expert testimony, redacted to conceal
5  patient names pursuant to the protective order entered in this case.  Redacted and unredacted copies have
6  been tendered as attachments to Ms. Holmes' Administrative Motion filed this day.
7        b.    Exhibit B is a true and correct copy of a March 12, 2020 letter from Katherine
8  Trefz to the government regarding the government's Rule 16 disclosure.
9        c.    Exhibit C is a true and correct copy of an April 8, 2020 email from Katherine
10 Trefz to Robert Leach regarding the government's Rule 16 disclosure.
11       d.    Exhibit D is a true and correct copy of a May 6, 2020 letter from Katherine Trefz
12 to the government regarding the government's Rule 16 disclosure.
13       e.    Exhibit E is a true and correct copy of a May 14, 2020 e-mail from Robert Leach
14 to defense counsel regarding the government's Rule 16 disclosure.
15       f.    Exhibit F is a true and correct copy of the government's FD-302 for Dr. Curtis
16 Page bates-stamped US-REPORTS-0015101, redacted to conceal Dr. Page's personal identifying
17 information pursuant to the protective order entered in this case.  Redacted and unredacted copies have
18 been tendered as attachments to Ms. Holmes' Administrative Motion filed this day.
19       g.    Exhibit G is a true and correct copy of the government's FD-302 for Dr. Gerald
20 Asin bates-stamped US-REPORTS-0015043, redacted to conceal Dr. Asin's personal identifying
21 information and to conceal patient names pursuant to the protective order entered in this case.  Redacted
22 and unredacted copies have been tendered as attachments to Ms. Holmes' Administrative Motion filed
23 this day.
24    I declare under penalty of perjury under the laws of the United States that the foregoing is true
25 and correct to the best of my knowledge.
26
27
28

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE EXPERT
TESTIMONY OR IN THE ALTERNATIVE COMPEL ADEQUATE RULE 16 DISCLOSURE
CR-18-00258 EJD SVK                                    2

1  Executed this 2nd day of July, 2020 in Southampton, NY.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY OR IN THE ALTERNATIVE COMPEL ADEQUATE RULE 16 DISCLOSURE
CR-18-00258 EJD SVK                     3