# Exhibit E

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> |
| **Sent:** | Thursday, May 14, 2020 4:26 PM |
| **To:** | Trefz, Katherine; Wade, Lance; 'Coopersmith, Jeffrey' |
| **Cc:** | Downey, Kevin; Saharia, Amy; 'Cazares, Stephen'; 'Brown, Walter F. (wbrown@orrick.com)'; 'Luskey, Randy'; Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Baehr-Jones, Vanessa (USACAN); Nedrow, Jeff (USACAN); 'John Cline' |
| **Subject:** | RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice |

Dear Counsel,

We received your March 12 and May 6 letters. Our disclosures with respect to Drs. Linnerson, Zachman, Embry, Szmuc, Asin, Acharya, and Page are more than sufficient. We decline your request that we supplement our disclosures. If we interview any of them further we will produce the agent notes and any interview memorandum that is prepared.

With respect to Dr. Master, we will produce any responsive material in the government's possession. We anticipate the production will go out by May 28. We are unaware of any authority requiring the government to produce documents in the possession, custody, or control of a retained expert. If you are aware of such authority, please provide it.

Best regards,

Bob

**From:** Trefz, Katherine <KTrefz@wc.com>
**Sent:** Wednesday, May 6, 2020 11:25 AM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Wade, Lance <LWade@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F. (wbrown@orrick.com)' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>; Nedrow, Jeff (USACAN) <JNedrow@usa.doj.gov>; 'John Cline' <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

All,

Please see the attached.

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Trefz, Katherine
**Sent:** Thursday, March 12, 2020 3:52 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>; Wade, Lance <LWade@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F. (wbrown@orrick.com)' <wbrown@orrick.com>; 'Luskey, Randy'

1

<rluskey@orrick.com>; 'Schenk, Jeffrey (USACAN)' <Jeffrey.B.Schenk@usdoj.gov>; 'Bostic, John (USACAN)' <John.Bostic@usdoj.gov>; 'Baehr-Jones, Vanessa (USACAN)' <Vanessa.Baehr-Jones@usdoj.gov>; 'Nedrow, Jeff (USACAN)' <Jeff.Nedrow@usdoj.gov>; 'John Cline' <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Counsel,

Please see the attached.

Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

---

**From:** Trefz, Katherine
**Sent:** Monday, March 09, 2020 5:42 PM
**To:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Wade, Lance <LWade@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; Brown, Walter F. (wbrown@orrick.com) <wbrown@orrick.com>; Luskey, Randy <rluskey@orrick.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>; John Cline <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Bob,

Please produce (or identify in the government's productions) notes or memoranda of any government interviews or meetings with, or testimony of, the following individuals identified in the government's letter:

JoEllen B. Embry
Dr. Edward Szmuc
Dr. Gerald S. Asin
Dr. Govind Acharya
Dr. Curtis Page

Thank you,
Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

---

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Friday, March 06, 2020 11:49 PM
**To:** Wade, Lance <LWade@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>

**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; Brown, Walter F. (wbrown@orrick.com) <wbrown@orrick.com>; Luskey, Randy <rluskey@orrick.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>
**Subject:** US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Dear Counsel,

Please see the attached.

Best regards,
Bob

*******************************

Robert S. Leach
Assistant United States Attorney
United States Attorney's Office
 Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612
(510) 637-3918 -- Office
(415) 793-2945 – Cell

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.