JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DEFENDANT RAMESH BALWANI'S JOINDER IN MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY OR, IN THE ALTERNATIVE, MOTION TO COMPEL ADEQUATE RULE 16 DISCLOSURE**<br>**Date:    July 20, 2020**<br>**Time:    1:30 p.m.**<br>**CTRM:  4, 5th Floor**<br><br>**Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in the Motion to Exclude Expert Testimony or, in the Alternative, Motion to Compel Adequate Rule 16 Disclosure filed by Defendant Elizabeth Holmes (Dkt. No. 435).

| | | |
|---|---|---|
| 1 | DATED: July 2, 2020 | Respectfully submitted, |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: */s/ Jeffrey B. Coopersmith* <br> Jeffrey B. Coopersmith |
| 5 | | Attorney for Defendant <br> RAMESH BALWANI |