FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/30/2020

## PATIENT MEDICAL INFORMATION

This document contains patient medical information protected under the Privacy Act or the Health Insurance Portability and Accountability Act. Such information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

    Gerald S. Asin, MD, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed in person at his office, ▮▮▮▮▮▮▮▮▮▮▮▮, Paradise Valley, Arizona. Also present was Assistant United States Attorney Vanessa Baehr-Jones. After being advised of the identity of the interviewers and the nature of the interview, Asin provided the following information:

    Asin was introduced to Theranos by a patient of his, ▮▮▮▮▮▮ (previously ▮▮▮▮, date of birth ▮▮▮▮▮▮▮▮▮▮▮). Before Theranos, ▮▮▮▮ was a drug representative. ▮▮▮▮ provided Asin with several $100 gift cards for Theranos labs. This, coupled with the convenience for his patients that Theranos was located at Walgreens, were part of the reasons Asin started using Theranos for his patients.

    From the beginning, Asin did not see Theranos do fingerstick tests, though he saw Theranos material on their fingerstick tests.

    There were times that Asin used Theranos and Asin did not trust the results. Asin would have the labs rechecked (with a new blood draw) from another lab. Asin recalled that some patients had uncharacteristically high PSA test results from Theranos. A PSA test looked for the possibility of prostate cancer. If the test came back high, the men would have to have a needle inserted from the penis to the prostate. If the PSA test was off, and the number reported as incorrectly high, men could have to go through this unpleasant test unnecessarily. Asin was not sure if a patient had this done, or if he had the numbers re-tested first.

Investigation on   03/04/2020   at   Paradise Valley, Arizona, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮     Date drafted   03/04/2020

by   Adelaida Hernandez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Asin also found Theranos' diabetic tests to not be as accurate. There were also some protein and calcium tests that seemed incorrect (because they were too high). For example, a patient of Asin's, M███ O███ (date of birth █████), had a high calcium result from a Theranos test. O███ calcium was being monitored as part of monitoring her parathyroid. Asin had O███ do another blood test elsewhere. Asin noted that having to get his patients to redraw blood for a new test, after a Theranos test, was probably not the most pleasant experience for his patients.

Asin called Theranos' office in California to talk to a pathologist about Theranos' tests. Asin did not think he received a satisfactory answer from these calls.

Other patients received what appeared to be normal test results from Theranos, from Asin's review at the time of the interview. For example, for ███████████████ (date of birth ████████ the Theranos test results appeared normal.

Asin recalled seeing Theranos advertisements expressing that it was a blood test with a simple fingerstick. Asin thought that Theranos was good with their image, such as a providing a bottle of water during their blood draws. Theranos also seemed efficient. Asin remembered hearing that Theranos could do all the blood tests with a fingerstick test, but they ended up using vein draws, in Asin's experience. ███████ told Asin that Theranos could do all the tests from a fingerstick test. Asin had a lot of $100 gift cards for free Theranos tests so Asin sent a lot of people to Theranos for tests. Asin also spoke with A█████ about placing a Theranos lab in his office. This would have been a great thing, since Asin was a small one-man practice at the time, and did not have a lab. Looking back, Asin was glad he did not end up getting a Theranos lab in his practice.

Asin recalled his patient, E███ T█████, having a HIV test that said it was reactive for HIV 1+2 antibodies, but non-reactive for HIV 1 antibody and HIV 2 antibody, separately. Asin said this test result did not make any sense, as it was not possible for the blood to have a combination of HIV 1 and 2, but not have either HIV 1 or 2 individually. T█████ had requested

Asin thought he started with Theranos around 2013 and ended in 2016. Asin remembered that in 2016 there was a lot of "noise" about Theranos' test results, so Asin would tell patients that he was not sure they could trust the Theranos test results. Asin slowed down the use of Theranos, but the price was "so damn good" he did not stop using them. Asin felt like Theranos was not the gold standard, like you might want for a peer reviewed study, but it was probably okay for being so cheap.

Asin would have his patients retest at a place like Sonora Quest, like for the protein/calcium tests and PSA tests.

Asin remembered that his own PSA seemed higher than was right from a Theranos test.

Asin provided Theranos records from some of his patient files [Agent's note: The documents were attached to 1A hereto].