FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/07/2020

MICHAEL CHUNG (CHUNG), business telephone number ███████, email address ███████, was interviewed via telephone. Also present for the interview were Assistant United States Attorney (AUSA) John Bostic and AUSA Vanessa Baehr-Jones. Prior to the interview, AUSA Bostic advised CHUNG it was illegal to lie to a Federal Officer (Title 18 U.S.C. 1001) and CHUNG confirmed he understood. After being advised of the identity of the interviewing parties and the nature of the interview, CHUNG provided the following information:

CHUNG works for a company called Neetek, which was first contacted by someone from Theranos because they wanted to have their servers moved because they were discontinuing their lease. Accordingly they needed to vacate the building and wanted to move their servers to a datacenter. Theranos then called Neetek again because they were ending another lease and wanted to move their information to the cloud. Finally, attorneys from Irell Manella contacted Neetek because they wanted access to the cloud data. These attorneys represented Fortress Investment Group, which at that point owned part of Theranos. The information on the cloud which these attorneys from Irell Manella were looking for were files which were not related to the Laboratory Information System Database (LIS).

The first work CHUNG did for Theranos was to move servers. In July 2018 CHUNG met with JOHN MCCHESNEY (MCCHESNEY), who had contacted Neetek, in regards to moving servers from Newark to a datacenter as Theranos was trying to get out of their Newark facility. When MCCHESNEY first called Neetek he did not understand the complexity of moving the infrastructure, but Neetek informed him as to what the process would require. Neetek's first step was to figure out what Theranos had at the Newark facility which needed to be moved. There were a number of custom applications, like LIS, on the servers located in Newark, California. They decided not to move the LIS at this time, and instead they decided to have people pull all of the information

---

Investigation on  04/23/2020   at   San Francisco, California, United States (Phone)

File #  318A-SF-7315857                                                Date drafted  04/23/2020

by  Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US-REPORTS-0016262

318A-SF-7315857

Continuation of FD-302 of  (U) Interview of Michael Chung                    , On 04/23/2020 , Page  2 of 4

from the LIS.  CHUNG thought this decision might have been made because they could not move data when Theranos had and in-house software team which was not there any longer.  Accordingly the decision was made to only move the Corporate infrastructure at this time.  Approximately three to four Theranos employees then began running reports out of LIS to save this data.  While CHUNG did not know the names of those from Theranos who were pulling these reports, he thought MCCHESNEY might know their names.

When Theranos employees were backing up the LIS by running reports, they were saving information on spreadsheets which were to be saved on the corporate infrastructure so the information was not lost. While CHUNG never saw these reports saved on the corporate infrastructure, there was no where else they could have gone. These spreadsheets could not be queried for information as they would have been in the database.

When MCCHESNEY was trying to wind things down and dissolve Theranos, they needed to move information to the datcenter and still be able to access the corporate data needed in order to dissolve the company.  The datacenter where they moved the servers was Centurylink in Sunnyvale, California.

Neetek figured out what in the server room was related to corporate data and moved that to Centurylink.  Everything else went to a public storage facility.  On the day they shut everything down at Newark, CHUNG, MCCHESNEY, and the facilities guy at Theranos transported the corporate data to Centurylink and then the rest to public storage.  They placed everything on the same truck and dropped the corporate data off at Centurylink first.  CHUNG and his team were waiting for MCCHESNEY to drop off the equipment at Centurylink.

MCCHESNEY was the main person at Theranos who CHUNG worked with and reported to.  He also worked with a PHILLIPE Last Name Unknown (LNU) who CHUNG understood to be the interim Chief Financial Officer at Theranos.

CHUNG thought the LIS would run without the corporate infrastructure as he did not think there were a lot of dependencies between the corporate infrastructure and the production infrastructure like LIS.

The production infrastructure stayed in storage for about a year or so, then JARED LNU (JARED) from Sherwood called because the equipment Lessor wanted their equipment back.  JARED wanted help figuring out what was in

storage and what they still had. CHUNG's team went to storage and confirmed the equipment was there, but found that all the hard drives had been removed. CHUNG's team then returned the equipment to the Lessor's vendor without the hard drives. CHUNG then recalled MCCHESNEY had asked him and his team to remove all the hard drives before they were placed on the truck. The hard drives were packed in separate boxes and taken to a different storage facility, but CHUNG did not know where they were taken. Prior to removing the hard drives, CHUNG reminded MCCHESNEY that they would not be able to get anything off these hard drives and MCCHESNEY confirmed he understood this. CHUNG got the impression MCCHESNEY did not want to be the person responsible for losing these drives or destroying the data even though there was no way of recovering the data from these hard drives.

CHUNG had meetings with MCCHESNEY and others at Theranos to explain that once the servers were turned off, then a forensic team would be needed to recover the data on the LIS, but nobody on their team knew how to do this or if it would even be possible. DAVID TAYLOR, interim Theranos CEO, would be present for some of these meetings with Neetek. It took two months with lots of meetings with Theranos to plan the move then three days to execute the move. Neetek estimated there was an 80% chance of getting the corporate email back up and running after they moved the servers to the datacenter. The corporate emails and files were what was most important to MCCHESNEY and Theranos. In regards to the production infrastructure, Neetek estimated that there was approximately a 0% chance of getting the information back. There was no way CHUNG's team could move the LIS and retain the information as they would have needed to reengage former Theranos IT employees and the contract software engineers.

MCCHESSNEY told CHUNG he had tried to get the software group to come back to help move the LIS database, but they declined.

Moving hundreds of devices with thousands of connections would be nearly impossible, which is why the percent chance of getting everything back up and running was so low. They discussed trying to move the LIS without taking it apart, but that was not possible. Additionally, a lot of the connectivity was virtual, located in the software. MCCHESNEY understood that the LIS would be lost once they moved it. This was the reason Theranos ran the reports which were to be saved on the Corporate infrastructure. Someone from Theranos confirmed that all the data from the LIS had been

backed up. CHUNG recalled that right before they shut down the LIS to move it, someone from Theranos told them to wait because they had to pull one more report from LIS. Someone had made an announcement that the LIS was being shutdown and they wanted to wait until everyone was ready to shut it down.

There was also an LIS database copy which was done by ERIC CADDENHEAD (CADDENHEAD), a former Theranos IT employee who came in to make a copy of the LIS on to USB drives. In order to get the backup copy of the data base running, one would need to get the whole system running. There was a forensic way of extracting the data from the backup copy, but CHUNG's team did not know how to do this.

CHUNG thought the Theranos email system should still be alive, and JARED would be able to access it.

CHUNG also agreed to search his email for any emails or documents related to Theranos. On April 24, 2020 CHUNG provided a Microsoft Outlook data file containing all of the Theranos email he had retained which included the contract between Neeek and Theranos. CHUNG sent this in a zip file via email. CHUNG's email with the zip file, and an unzipped copy will be maintained in the attached 1A.