JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-18-00258-EJD |
| ) | |
| Plaintiff, ) | **DECLARATION OF AMY MASON SAHARIA** |
| ) | **IN SUPPORT OF REPLY** |
| v. ) | |
| ) | |
| ELIZABETH HOLMES and ) | Hon. Edward J. Davila |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Reply in Support of Ms. Holmes' Motion To Exclude Expert Testimony Pursuant to Rule 16. I attest to the following facts upon which the motion relies.

2. Attached to the Reply is one exhibit.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF REPLY
CR-18-00258 EJD                                            1

      a.      Exhibit H is a true and correct copy of the expert report of Dr. Stephen Master, the government's retained expert. The two appendices to the report, Dr. Master's Curriculum Vitae and list of documents provided by the government, have been omitted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of July, 2020 in Southampton, NY.

*/s/ Amy M. Saharia*
AMY MASON SAHARIA
Attorney for Elizabeth Holmes