JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA** <br><br> **COURT'S ACCEPTANCE OF WAIVER** <br><br> Hon. Edward J. Davila |

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Elizabeth A. Holmes, acknowledge and agree to the following in the above case:

1. I have received a copy of the Second Superseding Indictment [Doc. 449] in this case. My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights. I waive a formal reading of the Second Superseding Indictment in open court.

2. I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the Second Superseding Indictment. By signing this Waiver, I give up my right to personally appear in open court for an arraignment. I further understand that absent the present Waiver, I must appear before this Court as directed.

3. I am entering a "Not Guilty" plea with the filing of this Waiver. I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

4. I have been informed of my rights under Title 18 U.S.C. § 3161-3174 (Speedy Trial Act), and authorize my undersigned attorney to set times and delays under the Act without my being present.

Dated: July 17, 2020

_____
Elizabeth A. Holmes
Defendant

WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF "NOT GUILTY" PLEA
CR-18-00258-EJD                                    2

I am attorney of record for the above-named Defendant. I have reviewed the charges against my client and agree and consent to the Waiver of Personal Appearance at Arraignment and Entry of Not Guilty Plea.

DATED: July 17, 2020

_____
LANCE WADE
Attorney for Elizabeth Holmes

The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a plea of "Not Guilty" for the Defendant Elizabeth A. Holmes.

DATED: _____

_____
Hon. Edward J. Davila
United States District Judge