UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,          )   CR-18-00258-EJD
                                   )
                PLAINTIFF,         )
                                   )   SAN JOSE, CALIFORNIA
        VS.                        )
                                   )   APRIL 15, 2020
ELIZABETH A. HOLMES,               )
                                   )   PAGES 1 - 34
                DEFENDANT.         )
_____   )



TRANSCRIPT OF TELEPHONIC PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S (TELEPHONICALLY):

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            VANESSA BAEHR-JONES
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

1        A P P E A R A N C E S (TELEPHONICALLY): (CONT'D)

2

3        FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
4                                     LANCE A. WADE
                                 725 TWELFTH STREET, N.W.
5                                WASHINGTON, D.C. 20005

6                                LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
7                                ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                        APRIL 15, 2020

 2                    P R O C E E D I N G S

 3         (COURT CONVENED AT 10:17 A.M.)

 4              THE COURT:  ALL RIGHT.  THANK YOU.

 5         WELL, LET'S CALL THE CASE OF 18-258, THIS IS UNITED STATES

 6    OF AMERICA VERSUS ELIZABETH HOLMES.  LET ME STATE AT THE OUTSET

 7    THAT WE ARE CONDUCTING THIS HEARING BY WAY OF TELEPHONIC

 8    HEARING.

 9         THE COURT REFERS THE PARTIES TO GENERAL ORDER 74 FROM OUR

10    CHIEF JUDGE PHYLLIS HAMILTON, AND WE RECOGNIZE BECAUSE OF THE

11    CURRENT COVID-19 CRISIS, HEARINGS CURRENTLY CANNOT BE CONDUCTED

12    IN PERSON WITHOUT SERIOUSLY JEOPARDIZING PUBLIC HEALTH AND

13    SAFETY.

14         THE SAN JOSE COURTHOUSE WHERE THIS CASE IS VENUED IS

15    CLOSED AND WILL BE CLOSED CURRENTLY TO MAY 1, AND THAT IS

16    SUBJECT TO REVIEW, OF COURSE.  BUT THE COURTHOUSE IS CURRENTLY

17    CLOSED, AND WE ARE CONDUCTING THIS HEARING OTHERWISE

18    TELEPHONICALLY.

19         I'M GOING TO CALL FOR THE APPEARANCES OF THE PARTIES IN

20    JUST A MOMENT.  BUT LET ME ASK, WE ARE ON A TELEPHONIC HEARING.

21    I'M GOING TO ASK ALL PARTIES WHO ARE NOT SPEAKING TO PLEASE

22    MUTE YOUR PHONES, PLEASE MUTE YOUR PHONES, AND YOU CAN UNMUTE

23    THEM, OF COURSE, WHEN YOU'RE CALLED UPON TO SPEAK OR WHEN YOU

24    ARE SPEAKING, BUT I WOULD OTHERWISE APPRECIATE THAT.

25         LET'S START THEN WITH THE GOVERNMENT.  IF I COULD CAPTURE
```

| | | |
|---|---|---|
| 10:19AM | 1 | THE APPEARANCES FOR THE GOVERNMENT, PLEASE. |
| 10:19AM | 2 | MR. LEACH:  GOOD MORNING, YOUR HONOR.  THANK YOU. |
| 10:19AM | 3 | THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES AND |
| 10:19AM | 4 | ALSO ON THE LINE ARE MY COLLEAGUES JEFF SCHENK, JOHN BOSTIC, |
| 10:19AM | 5 | AND VANESSA BAEHR-JONES. |
| 10:19AM | 6 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 10:19AM | 7 | LET ME TURN TO THE DEFENSE. |
| 10:19AM | 8 | MR. WADE:  GOOD MORNING, YOUR HONOR. |
| 10:19AM | 9 | IT'S LANCE WADE ON BEHALF OF MS. HOLMES.  WITH ME THIS |
| 10:19AM | 10 | MORNING ARE KEVIN DOWNEY AND JOHN CLINE. |
| 10:19AM | 11 | MS. HOLMES IS ALSO PRESENT ON THE LINE. |
| 10:19AM | 12 | THE COURT:  ALL RIGHT.  MS. HOLMES, ARE YOU THERE? |
| 10:19AM | 13 | THE DEFENDANT:  YES.  GOOD MORNING, YOUR HONOR. |
| 10:19AM | 14 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 10:19AM | 15 | AND, MR. WADE, DO YOU RECOGNIZE THAT VOICE AS THAT OF YOUR |
| 10:19AM | 16 | CLIENT? |
| 10:19AM | 17 | MR. WADE:  I DO, YOUR HONOR. |
| 10:20AM | 18 | THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH. |
| 10:20AM | 19 | LET ME ALSO ADD A CAVEAT HERE, MR. WADE.  I DON'T KNOW IF |
| 10:20AM | 20 | YOU HAVE ENGAGED PROTOCOLS SUCH THAT DURING THIS PROCEEDING IF |
| 10:20AM | 21 | YOUR CLIENT WISHES TO SPEAK WITH YOU PRIVATELY, SHE MAY DO |
| 10:20AM | 22 | THAT.  I NEGLECTED TO MENTION THAT AT OUR LAST HEARING, BUT I |
| 10:20AM | 23 | WANT TO ENSURE THAT MS. HOLMES HAS THE OPPORTUNITY TO SPEAK |
| 10:20AM | 24 | WITH HER DEFENSE COUNSEL DURING THESE PROCEEDINGS. |
| 10:20AM | 25 | MY SENSE IS THAT SHE IS NOT SITTING NEXT TO YOU OR DOESN'T |

| | | |
|---|---|---|
| 10:20AM | 1 | HAVE PROXIMITY NEXT TO YOU PHYSICALLY OR YOUR DEFENSE TEAM. |
| 10:20AM | 2 | MR. WADE:  THANK YOU, YOUR HONOR.  THAT IS CORRECT. |
| 10:20AM | 3 | WE ARE NOT -- NONE OF US ARE IN CLOSE PROXIMITY TO ONE ANOTHER. |
| 10:20AM | 4 | I APPRECIATE THE COMMENTS OF THE COURT. |
| 10:20AM | 5 | AS THE COURT KNOWS, MS. HOLMES'S APPEARANCE WAS WAIVED IN |
| 10:20AM | 6 | THE PRIOR HEARING SO I DON'T BELIVE THAT WAS AN ISSUE NECESSARY |
| 10:20AM | 7 | TO ADDRESS THEN. |
| 10:21AM | 8 | FOR PURPOSES OF THIS HEARING, IF WE FIND A TIME WHERE WE |
| 10:21AM | 9 | BELIEVE WE NEED TO COMMUNICATE WITH HER SEPARATELY, WE'LL NOTE |
| 10:21AM | 10 | THAT FOR THE COURT AND MAYBE SEEK THE COURT'S INDULGENCE |
| 10:21AM | 11 | BRIEFLY SO WE CAN DO THAT VIA A SEPARATE LINE OF COMMUNICATION. |
| 10:21AM | 12 | BUT MY HOPE IS THAT WON'T BE NECESSARY THIS MORNING. |
| 10:21AM | 13 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:21AM | 14 | BUT I DO WANT YOU TO KNOW THAT I, OF COURSE, WILL AVAIL |
| 10:21AM | 15 | MYSELF AND YOU OF THE OPPORTUNITY TO SPEAK WITH YOUR CLIENT. |
| 10:21AM | 16 | WE'LL DO WHAT WE NEED TO DO TO ACCOMPLISH THAT.  I KNOW YOU |
| 10:21AM | 17 | HAVE OTHER COUNSEL THERE.  PERHAPS -- I DON'T KNOW HOW MANY |
| 10:21AM | 18 | PHONES MS. HOLMES HAS, BUT PERHAPS YOU CAN TEXT ONE ANOTHER OR |
| 10:21AM | 19 | SOMETHING. |
| 10:21AM | 20 | IF YOU NEED TO TAKE A BREAK, JUST LET ME KNOW, AND WE'LL |
| 10:21AM | 21 | OF COURSE STOP THE PROCEEDINGS AND ALLOW YOU TO CONFER |
| 10:21AM | 22 | PRIVATELY OFF THE RECORD WITH YOUR CLIENT. |
| 10:21AM | 23 | MR. WADE:  THANK YOU, YOUR HONOR. |
| 10:21AM | 24 | THE COURT:  YOU'RE WELCOME.  ALL RIGHT. |
| 10:21AM | 25 | LET ME -- ANYTHING FURTHER?  ANYTHING ANYONE WISHES TO SAY |

| | |
|---|---|
| 10:21AM | 1 |  BEFORE WE PROCEED? |
| 10:21AM | 2 |       ANYTHING FROM THE GOVERNMENT? |
| 10:21AM | 3 |       ANYTHING FROM, MR. WADE, YOUR TEAM? |
| 10:22AM | 4 |            MR. LEACH:  NO, YOUR HONOR.  THIS IS ROBERT LEACH |
| 10:22AM | 5 |  FOR THE UNITED STATES.  THANK YOU.  NOTHING FOR THE GOVERNMENT. |
| 10:22AM | 6 |            MR. WADE:  THIS IS LANCE WADE, YOUR HONOR.  NOTHING |
| 10:22AM | 7 |  FROM US. |
| 10:22AM | 8 |            THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:22AM | 9 |       LET ME THANK YOU FOR FILING DOCUMENT 372, WHICH IS YOUR |
| 10:22AM | 10 |  JOINT STATUS MEMORANDUM, AND I APPRECIATE YOUR DILIGENCE IN |
| 10:22AM | 11 |  WORKING TOGETHER AND GETTING THAT FILED IN THE SHORT NOTICE |
| 10:22AM | 12 |  THAT THE COURT GAVE YOU.  IT'S VERY HELPFUL. |
| 10:22AM | 13 |       WE HAVE -- OF COURSE, WE'RE LOOKING FORWARD TO THE TRIAL |
| 10:22AM | 14 |  OF THIS MATTER, AND WE'RE DOING THIS UNDER THE UMBRELLA OF THE |
| 10:22AM | 15 |  CURRENT COVID PROCESS THAT CONTINUES TO POSSESS THE NATION, AND |
| 10:22AM | 16 |  WE'RE TRYING OUR BEST TO ACCOMMODATE ALL MATTERS IN OUR COURTS |
| 10:22AM | 17 |  WITH AN EYE TOWARD MAKING SURE THAT BOTH SIDES, EVERYONE HAS |
| 10:22AM | 18 |  FAIR ACCESS TO THE COURTS AND A FAIR HEARING IN THE COURTS. |
| 10:22AM | 19 |       I HAVE YOUR SCHEDULES HERE, AND I APPRECIATE OFFERING THE |
| 10:22AM | 20 |  SCHEDULES.  I THINK WHAT REALLY WE NEED TO LOOK AT, AND I ENDED |
| 10:23AM | 21 |  OUR LAST CONVERSATION WITH THIS, WHAT IS THE REALISTIC SCHEDULE |
| 10:23AM | 22 |  FOR A TRIAL IN THIS MATTER? |
| 10:23AM | 23 |       I APPRECIATE BOTH SIDE'S EFFORTS TO AT LEAST PRESS FORWARD |
| 10:23AM | 24 |  TO SEE IF WE CAN HAVE THE CASE PRESENTED TO A JURY THIS YEAR. |
| 10:23AM | 25 |  AND AS I LOOK AT YOUR DOCUMENTS, YOU SUGGEST THAT -- BOTH SIDES |

10:23AM  1    SUGGEST OCTOBER TRIAL DATES.

10:23AM  2        MS. HOLMES, THE DEFENSE SUGGESTS AN OCTOBER 26TH DATE.

10:23AM  3    THE GOVERNMENT DATE IS, PROPOSED DATE IS ABOUT 20 DAYS BEFORE

10:23AM  4    THAT, OCTOBER 6TH.

10:23AM  5        I ALSO APPRECIATE THE FACT THAT YOU RECOGNIZE THAT WE

10:23AM  6    SHOULD HAVE AN INTERIM STATUS HEARING, WHICH I THINK IS WISE.

10:23AM  7    YOU SUGGEST A DATE IN JULY FOR THAT.  I THINK ALL OF THAT IS

10:23AM  8    APPROPRIATE.

10:24AM  9        NOW, I DO NOTE IN THE DOCUMENT IT IS SUGGESTED THAT THE

10:24AM  10   GOVERNMENT MAY SEEK, MAY SEEK A SUPERSEDING INDICTMENT FROM THE

10:24AM  11   GRAND JURY.  AS NOTED, THE GRAND JURY IS IN SUSPENSION RIGHT

10:24AM  12   NOW AND THEY'RE NOT ABLE TO PROCEED BECAUSE OF THE CLOSURE OF

10:24AM  13   OUR COURTHOUSE UNTIL MAY 1ST.  AND SO THAT REMAINS TO BE SEEN.

10:24AM  14   THAT REMAINS TO BE SEEN WHETHER OR NOT A GRAND JURY WOULD

10:24AM  15   INDEED ISSUE A SUPERSEDING INDICTMENT.  I THINK MR. WADE NOTES

10:24AM  16   THAT IN HIS PLEADINGS AS WELL.

10:24AM  17       SO I WANTED TO ASK BOTH SIDES, PLEASE, TO COMMENT ON THE

10:24AM  18   OCTOBER TRIAL DATE AS IT'S SET AND THE REALITIES OF THAT GIVEN

10:24AM  19   THE FACT THAT THE GOVERNMENT MAY SUPERSEDE, AS WELL AS LOOKING

10:24AM  20   FORWARD INTO 2021 FOR A TRIAL DATE IN EARLY 2021.  I KNOW THE

10:25AM  21   DEFENSE SUGGESTS THAT THAT IS A MORE REALISTIC DATE GIVEN NOT

10:25AM  22   JUST THE COVID SITUATION BUT THE FACT THAT THERE MIGHT BE A

10:25AM  23   SUPERSEDING INDICTMENT FILED.

10:25AM  24       MR. LEACH, YOUR TEAM WAS VERY THOROUGH IN YOUR SIDE OF

10:25AM  25   THE -- YOUR PORTION OF DOCUMENT 372, THE JOINT MEMORANDA, BUT I

10:25AM   1    DID WANT TO GIVE YOU AN OPPORTUNITY TO SPEAK FURTHER ON THAT.

10:25AM   2    SO WHAT ARE YOUR THOUGHTS ON THIS?

10:25AM   3              MR. LEACH:  THANK YOU, YOUR HONOR.  I APPRECIATE

10:25AM   4    THAT.  THIS IS ROBERT LEACH.

10:25AM   5         WE BELIEVE AN OCTOBER DATE IS REALISTIC REGARDLESS OF

10:25AM   6    WHETHER THE CURRENT CHARGING INSTRUMENT IS SUPERSEDED.

10:25AM   7         I WOULD NOTE THAT IT'S APRIL 15TH.  WE ARE --

10:25AM   8              THE COURT:  YOU KNOW, LET'S -- MR. LEACH, WE'VE

10:26AM   9    PAUSED FOR A MOMENT BECAUSE THE AT&T LINE THAT WE HAVE,

10:26AM   10   REGRETTABLY, IT DOES INDICATE WHEN PEOPLE SIGN ON AND OFF, AND

10:26AM   11   WE'RE TREATED TO A LOVELY LULLABY OF BEATS.

10:26AM   12        WE'RE TRYING TO LOOK AT OTHER TECHNOLOGY THAT PERMITS US

10:26AM   13   TO ELIMINATE THAT, BUT REGRETTABLY, WE DON'T HAVE IT IN PLACE

10:26AM   14   FOR THIS HEARING.  I APOLOGIZE FOR THAT.

10:26AM   15             MR. LEACH:  THANK YOU, YOUR HONOR.

10:26AM   16        I AM GOING TO CHOOSE TO HOPE THAT PEOPLE WERE JOINING THE

10:26AM   17   LINE RATHER THAN LEAVING THE LINE WHEN I WAS SPEAKING.

10:26AM   18        AS I WAS SAYING, IT'S APRIL 15TH TODAY.  WE ARE SIX MONTHS

10:26AM   19   AWAY FROM OCTOBER.  I DON'T THINK IT'S UNUSUAL FOR THE

10:26AM   20   GOVERNMENT TO SUPERSEDE A CHARGING INSTRUMENT, AND, OF COURSE,

10:26AM   21   THAT'S A DECISION THAT IS RESERVED FOR THE GOVERNMENT.

10:26AM   22        IN MOST CASES WHEN THE GOVERNMENT DOES THAT, THE FIRST

10:27AM   23   TIME THAT THE DEFENSE LEARNS ABOUT IT IS WHEN THE GRAND JURY

10:27AM   24   ELECTS TO RETURN THE INDICTMENT.

10:27AM   25        GIVEN THE COVID SITUATION, WE WANTED TO AVOID THAT, WHICH

10:27AM 1    IS WHY WE PROPOSED PROCEEDING BY SUPERSEDING INFORMATION AND

10:27AM 2    PROVIDING THE DRAFT SUPERSEDING INFORMATION TO THE DEFENSE SO

10:27AM 3    THE DEFENSE HAD AT LEAST THE GOVERNMENT'S PERSPECTIVE OF WHAT

10:27AM 4    IT INTENDED TO DO.

10:27AM 5         I WOULD NOTE THAT THE DEFENDANTS MOVED TO DISMISS THE

10:27AM 6    INDICTMENTS IN DECEMBER OF 2019.  THEY COULD HAVE MOVED TO DO

10:27AM 7    THAT EARLIER AND ELECTED NOT TO DO THAT.

10:27AM 8         THE COURT RULED ON THE MOTION TO DISMISS IN LATE FEBRUARY,

10:27AM 9    AND I DON'T THINK IT IS UNREASONABLE OR CAN COME AS A SURPRISE

10:27AM 10   TO ANYBODY THAT THE GOVERNMENT MIGHT REACT TO THE DISMISSAL OF

10:27AM 11   CERTAIN COUNTS.

10:27AM 12        SO I THINK THAT ADDRESSES A LITTLE BIT OF WHY I DON'T

10:28AM 13   THINK ANY SUPERSEDING INSTRUMENT SHOULD COME AS A SURPRISE.

10:28AM 14        I ALSO THINK IT'S A BIT OF AN OVERSTATEMENT TO SAY THAT

10:28AM 15   THE PROPOSED CHANGES THE GOVERNMENT IS PURSUING REALLY CHANGE

10:28AM 16   THE TRIAL IN THIS CASE OR REALLY CHANGE THE PERSPECTIVE ON THE

10:28AM 17   CASE.

10:28AM 18        I DO NOT ANTICIPATE ANY NEW SUBSTANTIAL DISCOVERY.  I

10:28AM 19   THINK WHATEVER DISCOVERY THE GOVERNMENT PRODUCED, I THINK WE

10:28AM 20   HAVE ALREADY PRODUCED THE VAST BULK OF IT AND THE REMAINDER

10:28AM 21   WOULD BE QUITE NEGLIGIBLE.

10:28AM 22        I KNOW IN THE STATUS CONFERENCE STATEMENT THE DEFENSE

10:28AM 23   MENTIONS WALGREENS.  WALGREENS HAS BEEN IN THE INDICTMENT SINCE

10:28AM 24   DAY ONE.  THEY MENTION SAFEWAY AND DOCUMENTS RELATING TO

10:28AM 25   SAFEWAY HAVE BEEN IN DISCOVERY SINCE THE GOVERNMENT'S INITIAL

10:28AM  1    PRODUCTION.  THEY MENTIONED THE ADDITIONAL BOARD MEMBERS AS

10:29AM  2    INVESTORS, AND THAT ALSO HAS BEEN IN DISCOVERY SINCE THE

10:29AM  3    INITIAL PRODUCTION.

10:29AM  4         I WOULD NOTE THAT MANY OF THE MATTERS THAT THE GOVERNMENT

10:29AM  5    IS PURSUING WAS IN OUR RULE 404(B) NOTICE, WHICH WE'VE BEEN

10:29AM  6    PROVIDING SINCE THE OUTSET BUT SUMMARIZED ON MARCH 6TH, 2020.

10:29AM  7         SO WE WANT THE DEFENSE TO BE PREPARED.  WE DON'T WANT THE

10:29AM  8    DATE TO MOVE.  I JUST DON'T THINK CHANGES IN THE CHARGING

10:29AM  9    INSTRUMENT ARE ANY IMPEDIMENTS TO PROCEEDING IN OCTOBER.

10:29AM  10        AND I THINK IT'S IMPORTANT TO HIGHLIGHT THE CHANGES THAT

10:29AM  11   THE GOVERNMENT PROVIDED TO MS. HOLMES.  I THINK IT'S LIMITED TO

10:29AM  12   EIGHT PARAGRAPHS OF THE INDICTMENT.  WE ADD A SINGLE LINE IN

10:29AM  13   PARAGRAPH 3 THAT SAYS "THERANOS INVESTORS INCLUDED INDIVIDUALS,

10:29AM  14   ENTITIES, CERTAIN BUSINESS PARTNERS, MEMBERS OF ITS BOARD OF

10:30AM  15   DIRECTORS, AND INDIVIDUALS AND ENTITIES WHO INVESTED THROUGH

10:30AM  16   FIRMS FORMED FOR THE EXCLUSIVE PURPOSE OR PRIMARY PURPOSE OF

10:30AM  17   INVESTING IN THERANOS'S SECURITIES."

10:30AM  18        WE THINK THESE WERE INVESTORS WHO WERE ALREADY IN THE CASE

10:30AM  19   AND THAT THIS DOES NOT SUBSTANTIALLY CHANGE THE DYNAMIC OF A

10:30AM  20   TRIAL.

10:30AM  21        THE OTHER CHANGES ARE TO PARAGRAPHS 10, 11, AND 12, AND IT

10:30AM  22   SIMPLY IS CHANGING A DATE FROM 2010 TO 2013.

10:30AM  23        WE AMEND PARAGRAPH 16 TO MAKE A FURTHER ALLEGATION AND TO

10:30AM  24   IDENTIFY CERTAIN BLOOD TESTS THAT ARE SPELLED OUT IN THE BILL

10:30AM  25   OF PARTICULARS.

10:30AM  1        AND WE CHANGE TWO WIRE FRAUD COUNTS IN PARAGRAPHS 18 AND

10:30AM  2   26 FROM PATIENTS 1 AND 2 TO BB AND ET.

10:30AM  3        THAT'S THE EXTENT OF THE CHANGES THAT THE GOVERNMENT IS

10:30AM  4   PURSUING, AND WE DON'T THINK IT ALTERS THE LENGTH OF THE TRIAL

10:30AM  5   OR REALLY CHANGES THE DYNAMIC THAT WE'RE LOOKING AT.

10:30AM  6        WITH RESPECT TO COVID-19, YOUR HONOR, I DON'T HAVE SPECIAL

10:31AM  7   INSIGHT INTO WHAT THE WORLD IS GOING TO LOOK LIKE IN OCTOBER.

10:31AM  8   WE HEARD THE COURT'S COMMENTS AT THE LAST CONFERENCE ABOUT THE

10:31AM  9   DIFFICULTY OF SERVING SUMMONS AND LARGE GATHERINGS.  WE'RE

10:31AM 10   MINDFUL OF THAT.

10:31AM 11        WE THINK OCTOBER SEEMS FAR ENOUGH REMOVED FROM THAT AND

10:31AM 12   THAT THE BETTER COURSE IS TO PLAN FOR THAT AND CHECK IN IN JULY

10:31AM 13   IF WE NEED TO, BUT PLANNING FOR 2021 JUST SEEMS LIKE WE'RE

10:31AM 14   PLANNING FOR FAILURE, AND I THINK THE BETTER COURSE IS TO SET

10:31AM 15   THE DATE, WORK TOWARDS THAT, AND IF AGAINST ALL OF OUR HOPES

10:31AM 16   THE WORLD IS NOT IN A DIFFERENT SITUATION IN OCTOBER, WE CAN

10:31AM 17   REACT TO THAT.

10:31AM 18        BUT SETTING THE DATE OUT IN '21 JUST CREATES TOO MUCH

10:31AM 19   UNCERTAINTY AND IS REALLY PLANNING FOR FAILURE.

10:31AM 20        SO FOR THESE REASONS WE THINK OCTOBER IS REASONABLE, AND

10:32AM 21   WE THINK THE COURT SHOULD ORDER THAT DATE.

10:32AM 22             THE COURT:  ALL RIGHT.  THANK YOU.

10:32AM 23        LET ME ASK IN REGARDS TO THE POTENTIAL SUPERSEDING

10:32AM 24   DOCUMENT, IF THE GRAND JURY DOES RETURN THE COUNTS AND THE

10:32AM 25   CHANGES THAT YOU'RE SEEKING, DO YOU HAVE A THOUGHT AS TO AN

10:32AM 1   INCREASE IN WITNESSES, PRODUCTION OF DOCUMENTS, ET CETERA, HOW

10:32AM 2   THAT MIGHT AFFECT THINGS?

10:32AM 3          MR. LEACH:  IT CERTAINLY DOES NOT CHANGE FROM THE

10:32AM 4   GOVERNMENT'S PERSPECTIVE WHO WE WERE INTENDING TO CALL IN THE

10:32AM 5   TRIAL.  I THINK THE TRIAL STAYS THE SAME LENGTH.

10:32AM 6       I THINK THERE ARE GOING TO BE WALGREENS, SAFEWAY AND BOARD

10:32AM 7   OF DIRECTORS WITNESSES IN THIS TRIAL REGARDLESS, SO I DON'T

10:32AM 8   THINK IT CHANGED THE WITNESSES.

10:32AM 9       AND AS I ALLUDED TO EARLIER, YOUR HONOR, WITH THE

10:32AM 10  EXCEPTION OF POSSIBLY 302'S OR WITNESS STATEMENTS, I DO NOT

10:33AM 11  ANTICIPATE ANY SUBSTANTIAL DISCOVERY, CERTAINLY NOTHING

10:33AM 12  COMPARED TO THE 20 MILLION-PLUS DOCUMENTS THAT HAVE ALREADY

10:33AM 13  BEEN PRODUCED IN THIS CASE.  I THINK ANY REMAINING DISCOVERY

10:33AM 14  WOULD BE VERY, VERY NEGLIGIBLE.

10:33AM 15         THE COURT:  OKAY.  THANK YOU VERY MUCH.  ANYTHING

10:33AM 16  FURTHER THEN?

10:33AM 17         MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

10:33AM 18         THE COURT:  OKAY.  MR. WADE.

10:33AM 19         MR. WADE:  THANK YOU, YOUR HONOR.  THIS IS

10:33AM 20  LANCE WADE ON BEHALF OF MS. HOLMES.

10:33AM 21      I WILL START WHERE THE COURT HAS AND AS THE COURT DIRECTED

10:33AM 22  IN THE PRIOR HEARING WITH THE CURRENT HEALTH DIRECTIVES AND

10:33AM 23  SOME OF OUR THINKING ON THAT AS THE COURT MADE THAT INQUIRY.

10:33AM 24  AND WE, OF COURSE, THANK THE COURT FOR ITS CARE AND CONCERN

10:33AM 25  ABOUT THESE ISSUES AND OF COURSE ITS THE DESIRE TO KEEP ALL

10:33AM 1    TRIAL PARTICIPANTS SAFE THROUGH THIS ENTIRE PROCESS.

10:33AM 2         WE'RE OBVIOUSLY IN UNCHARTERED TERRITORY HERE, YOUR HONOR,

10:34AM 3    BOTH IN OUR DAILY LIVES AND IN OUR CURRENT OCCUPATIONS AND THIS

10:34AM 4    HEARING.

10:34AM 5         I THINK NONE OF US, INCLUDING SOME OF THE LEADING PUBLIC

10:34AM 6    HEALTH EXPERTS, REALLY KNOW WITH ANY DEGREE OF CERTAINTY WHAT

10:34AM 7    THE SECOND HALF OF THIS YEAR WILL LOOK LIKE FROM A HEALTH

10:34AM 8    PERSPECTIVE.

10:34AM 9         NO ONE HAS A CLEAR IDEA OF WHAT CONDUCT WILL BE DEEMED

10:34AM 10   SAFE DURING THAT TIME PERIOD OR WHAT PUBLIC HEALTH AND SOCIAL

10:34AM 11   DISTANCING GUIDANCE MAY BE NEEDED.

10:34AM 12        BY EXTENSION, OF COURSE, IT MAKES IT VERY DIFFICULT FOR

10:34AM 13   US, AND I'M SURE FOR THE COURT, TO KNOW WHETHER THOSE

10:34AM 14   CONDITIONS WILL BE CONDUCIVE TO A LENGTHY JURY TRIAL SUCH AS

10:34AM 15   THE ONE CONTEMPLATED IN THIS MATTER.

10:34AM 16        WHILE THE PARTIES ARE, OF COURSE, YOU KNOW, IN COURT WITH

10:35AM 17   GREAT FREQUENCY, THE COURT IS VASTLY MORE EXPERIENCED IN

10:35AM 18   CONDUCTING ITS OWN PROCEDURES AND RECOGNIZES THE NUMBER OF

10:35AM 19   CHANGES TO COURTROOM PROCEDURES AND PROTOCOLS THAT WILL BE

10:35AM 20   NECESSARY TO TRY AND ADDRESS HEALTH RELATED ISSUES.

10:35AM 21        WE'RE CONFIDENT THAT THE COURT WILL DO THAT AND OF COURSE

10:35AM 22   STAND PREPARED TO ASSIST THE COURT IN ANY WAY THAT WE CAN.

10:35AM 23        THERE'S NOTHING ABOUT THE PARTIES TO THIS CASE OR COUNSEL

10:35AM 24   IN THIS CASE WITH RESPECT TO THESE HEALTH ISSUES THAT MERITS

10:35AM 25   SPECIAL ATTENTION.

10:35AM  1        ALL FUTURE TRIAL PARTICIPANTS IN THIS COURT AND OTHER

10:35AM  2    COURTS ARE GOING TO HAVE TO WRESTLE WITH THIS NEW POST-PANDEMIC

10:35AM  3    WORLD IN HEARINGS AND JURY TRIALS WHEN OTHER COURT PROCEEDINGS

10:36AM  4    RESUME.  AGAIN, WE KNOW THE COURT WILL CONTINUE TO WORK TO

10:36AM  5    PRIORITIZE THE HEALTH AND SAFETY OF ALL OF US WHO APPEAR BEFORE

10:36AM  6    IT AS WE WORK TO ADAPT TO THAT NEW WORLD.

10:36AM  7        THERE ARE CERTAIN CIRCUMSTANCES RELATED TO THIS CASE,

10:36AM  8    HOWEVER, THAT WE THINK HEIGHTEN THE HEALTH RISK.

10:36AM  9        AS THE COURT, AND THE GOVERNMENT UNDOUBTEDLY RECOGNIZED,

10:36AM  10   THERE'S A GREATER RISK OF TRIAL DISRUPTION FROM THE VIRUS IN A

10:36AM  11   TRIAL THAT OCCURS OVER THE COURSE OF 100 DAYS THAN A TRIAL THAT

10:36AM  12   OCCURS OVER THE COURSE OF 1 OR 2.  THAT FLOWS FROM BASIC MATH

10:36AM  13   AND STATISTICAL PROBABILITY.

10:36AM  14       THE CROWDS THAT WILL LIKELY GATHER OUTSIDE OF THE

10:36AM  15   COURTHOUSE IN THIS CASE AND THEN FILL THE COURTROOM, AS THEY

10:36AM  16   HAVE IN NEARLY ALL PRIOR PROCEEDINGS, ADD TO THAT HEALTH RISK.

10:37AM  17       WHAT ALL PARTIES HERE IN THE COURT I AM SURE UNDOUBTEDLY

10:37AM  18   WANT IS AS SAFE AND AS SMOOTH A TRIAL AS POSSIBLE, ONE FREE

10:37AM  19   FROM DISRUPTION.

10:37AM  20       A MISTRIAL IS A REGRETTABLE EVENT IN ANY CIRCUMSTANCES,

10:37AM  21   AND IT'S OF COURSE A MASS OF CONCERN AND A BURDEN FOR ALL

10:37AM  22   INVOLVED WHEN THAT HAPPENS IN A LENGTHY TRIAL LIKE THIS.

10:37AM  23       WE CERTAINLY DON'T THINK IT'S PRUDENT TO START A TRIAL IF

10:37AM  24   THE PUBLIC HEALTH ENVIRONMENT SUGGESTS THAT THERE'S A

10:37AM  25   SUBSTANTIALLY INCREASED RISK OF A MISTRIAL.

| | |
|---|---|
| 10:37AM | 1 |

THIS IS WHY IN OUR DISCUSSIONS WITH THE GOVERNMENT AND IN
THE PLEADING THAT WE SAID BEFORE THE COURT AT DOCKET 372, WE
ARTICULATED OUR BELIEF EVEN BEFORE THE CONCEPT OF A SUPERSEDING
INDICTMENT WAS DISCUSSED THAT IT WOULD BE APPROPRIATE TO DELAY
THE TRIAL UNTIL EARLY NEXT YEAR.

GIVEN THAT THE GOVERNMENT WAS RELUCTANT TO DO THAT, WE OF
COURSE HAVE TRIED TO FIND A WAY WHERE WE CAN MAKE AN
ACCOMMODATION THAT WOULD ACCOUNT FOR SOME OF THE PARTICULAR
LIMITATIONS AND TRIAL PREPARATION THAT RESULTED FROM THE
CURRENT CIRCUMSTANCES.

AS THE COURT KNOWS, AND WE'VE DISCUSSED IN PRIOR CALLS,
THERE'S MUCH THAT WE CAN CONTINUE TO DO AND WE PLEDGE TO THE
COURT THAT WE ARE CONTINUING TO WORK DILIGENTLY WITH ALL TASKS
THAT WE CAN DO IN OUR CURRENT REMOTE WORKING ENVIRONMENT, BUT
OF COURSE THERE ARE MANY TASKS THAT WE CAN'T DO TO PREPARE FOR
TRIAL THAT REQUIRE ACTIVITIES THAT ARE ILL-ADVISED OR ILLEGAL
GIVEN THE CURRENT CIRCUMSTANCES AND PUBLIC HEALTH CONDITIONS.

OUR SUGGESTION INITIALLY FOR THE 90-DAY DELAY WAS DONE
WITH THE BELIEF -- TO LATE OCTOBER -- WAS DONE WITH THE BELIEF
THAT A DELAY OF THAT PERIOD WOULD HELP US ACCOUNT FOR SOME OF
THE LIMITATIONS THAT WE ARE UNDER IN THE REMOTE WORK AND
CURRENT HEALTH ENVIRONMENT.  THAT'S WHY WE PROPOSED THAT
SCHEDULE.

WE RECOGNIZED WHEN WE PROPOSED THAT SCHEDULE, AND WE
BELIEVE IT'S TRUE WITH ANY SCHEDULE THAT STARTS THAT LATE, THAT

10:39AM 1     THAT COULD PUSH US INTO A SITUATION WHERE WE'RE WORKING THROUGH

10:39AM 2     THE HOLIDAYS.

10:39AM 3         WE, OF COURSE, IN NORMAL CIRCUMSTANCES WOULDN'T CONSIDER

10:39AM 4     PROPOSING SOME STEPS, BUT WE RECOGNIZE THAT WE ARE IN

10:40AM 5     EXTRAORDINARY TIMES, AND WE RECOGNIZE THAT IN TIMES SUCH AS

10:40AM 6     THAT SACRIFICES ARE NEEDED.  AND ENSURING THAT OUR CLIENT HAS

10:40AM 7     AN APPROPRIATE DEFENSE, WE'RE PREPARED TO WORK THROUGH THE

10:40AM 8     HOLIDAYS AS NEEDED IF THAT'S WHAT ENDS UP HAPPENING.

10:40AM 9         NOW, OF COURSE THAT, THAT PROPOSAL CHANGED WHEN THE

10:40AM 10    GOVERNMENT INFORMED US AT THIS POINT THAT IT INTENDED TO SEEK A

10:40AM 11    SUPERSEDING INDICTMENT.

10:40AM 12        AND WHILE I APPRECIATE THAT COUNSEL FOR THE GOVERNMENT

10:40AM 13    DOESN'T BELIEVE IT WILL SIGNIFICANTLY INCREASE THEIR TRIAL

10:40AM 14    PREPARATION TIME, I WILL MAKE CLEAR TO THE COURT THAT IF THE

10:40AM 15    GRAND JURY CHOOSES TO RETURN A SUPERSEDING INDICTMENT ALONG THE

10:41AM 16    LINES MR. LEACH HAS DISCLOSED THAT HE INTENDS TO SEEK, WHILE

10:41AM 17    THE CHANGES IN LANGUAGE MAY BE LIMITED AND DESIGNED TO DO

10:41AM 18    MINIMAL VIOLENCE TO THE WORDS WITHIN THE INDICTMENT, THE

10:41AM 19    FUNDAMENTAL SCOPE OF THE INDICTMENT CHANGES SIGNIFICANTLY.

10:41AM 20        THE INDICTMENT, THE PROPOSED INDICTMENT, OR THE POTENTIAL

10:41AM 21    SUPERSEDING INDICTMENT THAT MR. LEACH HAS STATED THAT THE

10:41AM 22    GOVERNMENT INTENDS TO SEEK SIGNIFICANTLY EXPANDS THE TIME

10:41AM 23    PERIOD THAT HAS BEEN THE FOCUS OF THE CASE.  THE COMPANY DURING

10:41AM 24    THE 2010 TO 2013 TIME PERIOD WAS IN A FUNDAMENTALLY DIFFERENT

10:41AM 25    STATE OF OPERATIONS THAN IT WAS DURING THE LATER TIME PERIOD

10:41AM 1    THAT WAS IDENTIFIED IN THE PREVIOUS CONSPIRACY PERIOD.  THE --

10:42AM 2    ALTHOUGH THE GOVERNMENT HAS IN DRAFTING, IT APPEARS, INTENT ON

10:42AM 3    CHANGING THE DEFINITION OF INVESTORS AND THE SCOPE OF THE

10:42AM 4    INVESTOR RELATED CONSPIRACY TO INCLUDE OTHER PARTIES, IT DOES

10:42AM 5    NOT APPEAR TO US, BASED ON WHAT HAS BEEN REPRESENTED BY THE

10:42AM 6    GOVERNMENT, THAT THOSE ARE REALLY INVESTOR RELATIONSHIPS AT

10:42AM 7    ALL.

10:42AM 8        IN FACT, THOSE RELATIONSHIPS, RELATIONSHIPS LIKE THE

10:42AM 9    WALGREENS RELATIONSHIP, THE SAFEWAY RELATIONSHIP, RELATIONSHIPS

10:42AM 10   WITH BOARD OF DIRECTORS ARE FUNDAMENTALLY DIFFERENT

10:42AM 11   RELATIONSHIPS THAN INVESTOR RELATIONSHIPS.

10:42AM 12       WALGREENS, SAFEWAY ARE CONTRACTUAL COUNTERPARTIES WITH

10:42AM 13   THERANOS.  THE COURSE OF DEALING BETWEEN THERANOS AND THOSE

10:42AM 14   CONTRACTUAL COUNTERPARTIES IS FUNDAMENTALLY DIFFERENT IN NATURE

10:43AM 15   AND SCOPE FROM THE INVESTOR-RELATED RELATIONSHIPS THAT WERE

10:43AM 16   OUTLINED IN THE PRIOR INDICTMENT.

10:43AM 17       THE INTERACTIONS WITH THE BOARD OF DIRECTORS ALSO

10:43AM 18   SIMILARLY ARE INTERACTIONS BETWEEN MANAGEMENT AND BOARD MEMBERS

10:43AM 19   AMONG FIDUCIARIES WITHIN THE COMPANY AND ARE OF A COMPLETELY

10:43AM 20   DIFFERENT NATURE FROM THE ALLEGATIONS THAT WERE SET FORTH IN

10:43AM 21   THE PRIOR INDICTMENT.

10:43AM 22       THEY REQUIRE A DIFFERENT LEVEL OF PREPARATION, THEY RAISE

10:43AM 23   DIFFERENT LEGAL ISSUES, WHICH WILL REQUIRE ADDITIONAL MOTIONS

10:43AM 24   SHOULD THE GRAND JURY RETURN AN INDICTMENT, AND FUNDAMENTALLY

10:43AM 25   CHANGE THE NATURE OF OUR TRIAL PREPARATION.

10:43AM 1      I'LL SAY WITH A BIT OF FRUSTRATION THAT I WILL CONFESS TO

10:43AM 2 THE COURT, ALTHOUGH MR. LEACH SUGGESTS THAT SOME OF THESE

10:44AM 3 CHANGES FLOW FROM THE ORDER OF THE COURT AND THE MOTIONS TO

10:44AM 4 DISMISS, WHICH OF COURSE WERE BRIEFED ON THE SCHEDULE THAT WAS

10:44AM 5 AGREED TO BY ALL PARTIES AND PRESENTED AND APPROVED BY THE

10:44AM 6 COURT, WHILE THOSE CHANGES MAY HAVE RESULTED WITH RESPECT TO

10:44AM 7 THE NEW COUNTS RELATED TO THE PATIENTS, THE ORDER OF THE COURT

10:44AM 8 HAS LITTLE OR NOTHING TO DO WITH THE EXPANSION OF THE

10:44AM 9 INVESTOR-RELATED CONSPIRACY TO INCLUDE NEW THEORIES, NEW

10:44AM 10 COUNTERPARTIES, NEW FIDUCIARIES, THAT HAVE LONG BEEN KNOWN TO

10:44AM 11 THE GOVERNMENT AND WHICH THE GOVERNMENT HAS PREVIOUSLY CHOSEN

10:44AM 12 NOT TO CHARGE.

10:44AM 13      WHY IT TOOK UNTIL THIS POINT TO ADD THOSE CHARGES TO THIS

10:44AM 14 CASE IS UNCLEAR TO THE DEFENSE.  IT'S OF SOME FRUSTRATION GIVEN

10:45AM 15 ALL OF THE WORK THAT WE HAVE DONE THUS FAR.

10:45AM 16      AS THE COURT KNOWS, THERE ARE OVER 20 MILLION PAGES OF

10:45AM 17 DOCUMENTS IN THIS CASE.  MANY OF THOSE DOCUMENTS HAVE BEEN

10:45AM 18 REVIEWED WITH THE CURRENT INDICTMENT IN MIND.  MANY OF THOSE

10:45AM 19 DOCUMENTS WILL NOW NEED TO BE REVIEWED.  MANY OF THE WITNESSES

10:45AM 20 WILL NEED TO BE REASSESSED.  THE HUNDREDS OF WITNESS STATEMENTS

10:45AM 21 WILL NEED TO BE REVIEWED AND ADDRESSED WITH THE NATURE OF THESE

10:45AM 22 ALLEGATIONS IN MIND, AGAIN, SHOULD THE GRAND JURY CHOOSE TO

10:45AM 23 RETURN THIS INDICTMENT AND SHOULD THE CHARGES SURVIVE A MOTION

10:45AM 24 TO DISMISS.

10:45AM 25      THAT'S A SUBSTANTIAL AMOUNT OF WORK ABOVE AND BEYOND THE

| | |
|---|---|
| 10:45AM | 1 |

WORK THAT HAS PREVIOUSLY BEEN BEFORE US IN THIS MATTER.

FORTUNATELY, PERHAPS MAYBE ONE OF THE FEW UNFORTUNATE THINGS THAT HAS COME FROM THE CURRENT HEALTH CRISIS, WE BELIEVE THAT WE CAN STILL DO THAT WITHIN THIS AMOUNT OF TIME IN ADVANCE OF EARLY 2021 WHEN WE THINK IT'S SENSIBLE TO PROCEED WITH THIS MATTER IN ANY EVENT.

BUT WE THINK THE MINIMIZATION OF THESE ALLEGATIONS BY THE GOVERNMENT IS ONE WITH WHICH WE RESPECTFULLY DISAGREE AND ONE THAT REQUIRES SIGNIFICANTLY ADDITIONAL TIME.

THERE -- IT IS TRUE THAT SOME OF THESE RELATIONSHIPS WERE PREVIOUSLY ADDRESSED WITHIN THE INDICTMENT.  WALGREENS, FOR EXAMPLE, IS SET FORTH IN THE INDICTMENT WITH THE ALLEGATION BEING THAT SOME OF THE DEALINGS WITH RESPECT TO WALGREENS WERE MISREPRESENTED TO OTHER INVESTORS.

THE NEW ALLEGATIONS WITHIN THE INDICTMENT ARE TOTALLY DIFFERENT.  THERANOS IS SUGGESTING THAT WALGREENS ITSELF MAY HAVE BEEN DEFRAUDED IN SOME WAY.

WE, OF COURSE, WILL AGGRESSIVELY CONTEST THOSE ALLEGATIONS, BUT THE TYPE OF PREPARATION REQUIRED TO DO SO IS FUNDAMENTALLY DIFFERENT FROM THE PREPARATION THAT WE HAVE ENGAGED IN THUS FAR.

I'LL PAUSE THERE AND ASK IF THE COURT HAS ANY INQUIRIES, I'M HAPPY TO ADDRESS THEM.

THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.  THANK YOU FOR OUTLINING THE CHALLENGES THAT THE DEFENSE MIGHT FACE

10:47AM  1      SHOULD THE GOVERNMENT DECIDE TO SEEK A SUPERSEDING INDICTMENT.

10:47AM  2           I'M GOING TO ASK PEOPLE TO PLEASE MUTE YOUR PHONES, PLEASE

10:47AM  3      MUTE YOU'RE PHONES.

10:47AM  4           THANK YOU, MR. WADE.

10:48AM  5           ONE OF THE THOUGHTS AND CONCERNS THAT I HAVE ABOUT THE

10:48AM  6      INFORMATION FROM THE GOVERNMENT THAT THEY MAY SEEK TO SUPERSEDE

10:48AM  7      THE INDICTMENT IS THE TIMING OF THAT.  AND THIS IS AGAIN

10:48AM  8      SPECULATION, ASSUMING THAT OUR COURT IS BACK IN OPERATION, THAT

10:48AM  9      IS, THE COURTHOUSE IS OPEN MAY 1ST, IN MAY THE GOVERNMENT WOULD

10:48AM 10      THEN, I'M SURE THEY WOULD PROCEED WITH ALL HASTE TO GET THE

10:48AM 11      GRAND JURY CONVENED AND PRESENT THIS AND THEN WE WOULD HAVE A

10:48AM 12      RETURN.

10:48AM 13           I DON'T KNOW WHAT THE TIMELINE OF THAT POTENTIALLY IS, BUT

10:48AM 14      OF COURSE BASED ON MR. WADE'S COMMENTS, AND IT'S COMMON

10:48AM 15      KNOWLEDGE THAT WE WOULD EXPECT THAT ANY SUPERSEDING INDICTMENT

10:48AM 16      WOULD BE LOOKED AT BY THE DEFENSE WITH CLOSE SCRUTINY AND THEN

10:48AM 17      POTENTIAL MOTIONS TO DISMISS OR SOME OTHER MOTIONS MIGHT ARISE

10:48AM 18      FROM THAT.

10:48AM 19           YOU'VE GIVEN ME A PROPOSED SCHEDULE IN DOCUMENT 372, AND

10:48AM 20      I'M JUST CURIOUS ABOUT WHAT -- LET'S JUST ASSUME THAT A

10:49AM 21      SUPERSEDING INDICTMENT IS RECEIVED ALONG THE LINES THAT THE

10:49AM 22      GOVERNMENT HAS PROPOSED.

10:49AM 23           I WONDER FROM BOTH SIDES, CAN YOU GIVE ME YOUR THOUGHTS

10:49AM 24      ABOUT MOTION PRACTICE IN REGARDS TO THAT AND HOW THAT, THAT IS,

10:49AM 25      HOW THAT MOTION PRACTICE FITS INTO THE CURRENT PROPOSED

10:49AM  1   SCHEDULES THAT YOU'VE PRESENTED?

10:49AM  2        MR. LEACH, I'M NOT SURE YOU HAVE SUFFICIENT INFORMATION TO

10:49AM  3   ANSWER THAT QUESTION BECAUSE THE MOTION PRACTICE WOULD BE

10:49AM  4   GENERATED, OF COURSE, BY THE DEFENSE, BUT I'M HAPPY TO START

10:49AM  5   WITH YOU IF YOU HAVE SOME THOUGHTS ON THAT.

10:49AM  6        MR. LEACH:  THANK YOU, YOUR HONOR.

10:49AM  7        THAT'S RIGHT, I DON'T HAVE A SENSE OF WHAT MOTIONS THEY

10:49AM  8   INTEND, AND SO I'M NOT REALLY IN A POSITION TO TALK ABOUT THE

10:49AM  9   TIMING OF THAT.

10:50AM 10        I DO THINK UNDER THE SCHEDULE PROPOSED BY THE GOVERNMENT

10:50AM 11   WE HAVE MOTIONS IN LIMINE NOT STARTING UNTIL AUGUST, AND WE

10:50AM 12   HAVE A STATUS CONFERENCE FOR JULY 13TH.

10:50AM 13        I WOULD CERTAINLY THINK THAT -- I MEAN, WE HAVE BEEN AS

10:50AM 14   TRANSPARENT ABOUT -- BY PROVIDING THE SUPERSEDING, DRAFT

10:50AM 15   SUPERSEDING INFORMATION ABOUT WHAT THE GOVERNMENT'S INTENTIONS

10:50AM 16   ARE.

10:50AM 17        I WOULD THINK THAT THE DEFENSE HAS IN MIND WHAT THEY WANT

10:50AM 18   TO DO.

10:50AM 19        I THINK IF WE HAVE A MID-JULY, LATE JULY STATUS CONFERENCE

10:50AM 20   THAT SHOULD AFFORD SUFFICIENT TIME FOR THEM TO DRAFT THE

10:50AM 21   GOVERNMENT'S RESPONSE ANYTHING THAT THEY THINK IS APPROPRIATE.

10:50AM 22   I REALLY DON'T HAVE A SENSE OF WHAT THEY HAVE IN MIND, BUT WE

10:50AM 23   WOULD BE PREPARED TO PROCEED UNDER WHATEVER SCHEDULE THE COURT

10:50AM 24   THINKS IS APPROPRIATE FOR THIS.

10:50AM 25        THE COURT:  OKAY.  THANK YOU.

| | | |
|---|---|---|
| 10:51AM | 1 | THAT'S A THOUGHT THAT CAME TO MIND, MR. WADE -- I'LL NEXT |
| 10:51AM | 2 | CALL UPON YOU -- IS IF THE GOVERNMENT PROCEEDED -- WELL, |
| 10:51AM | 3 | THERE'S A LOT OF "IF'S" HERE.  ASSUMING WE'RE BACK IN THE |
| 10:51AM | 4 | COURTHOUSE IN MAY AND THE GOVERNMENT IS DILIGENT ABOUT |
| 10:51AM | 5 | CONVENING A GRAND JURY, AND THE GRAND JURY DOES RETURN A |
| 10:51AM | 6 | SUPERSEDING DOCUMENT AS THEY'VE INDICATED, AND AS THEY'VE |
| 10:51AM | 7 | PROVIDED TO YOU, THE NEXT THOUGHT I HAVE REGARDING SCHEDULING |
| 10:51AM | 8 | IS WHAT ARE YOUR THOUGHTS ABOUT GETTING MOTION PRACTICE AS TO |
| 10:51AM | 9 | THAT SUPERSEDING DOCUMENT COMPLETED BY THE JULY, ASSUMING WE |
| 10:51AM | 10 | FOLLOW A JULY, A LATE JULY STATUS CONFERENCE? |
| 10:51AM | 11 | MR. WADE:  YOUR HONOR, OF COURSE THE WAY THAT WE |
| 10:51AM | 12 | USUALLY APPROACH A SCHEDULE IN A CASE IS TO START WITH WHEN WE |
| 10:52AM | 13 | THINK BASED UPON THE INDICTMENT WHEN A TRIAL DATE -- WHEN WE |
| 10:52AM | 14 | COULD BE READY FOR TRIAL AND WE TRY TO WORK BACK AND SET A |
| 10:52AM | 15 | LOGICAL AND SEQUENTIAL PATH BETWEEN THAT TRIAL DATE AND TO HIT |
| 10:52AM | 16 | ALL OF THESE ITEMS. |
| 10:52AM | 17 | A SUPERSEDING INDICTMENT THAT IS RETURNED, IF THE GRAND |
| 10:52AM | 18 | JURY RETURNS IN MAY, AND I'LL NOTE THAT I DO HAVE MATTERS IN |
| 10:52AM | 19 | OTHER COURTS WHERE GRAND JURIES WERE INITIALLY EXTENDED UNTIL |
| 10:52AM | 20 | MAY, BUT THAT'S NOW BEEN -- THOSE GRAND JURIES HAVE NOW BEEN |
| 10:52AM | 21 | DEFERRED FURTHER INTO JULY.  BUT IF IT COMES IN MAY, YOU KNOW, |
| 10:52AM | 22 | WE WOULD OBVIOUSLY NEED TIME TO ADDRESS TO CONSIDER THAT. |
| 10:52AM | 23 | WE'LL, OF COURSE, BASED ON THE REPRESENTATIONS OF THE |
| 10:52AM | 24 | GOVERNMENT, BEGIN THINKING ABOUT WAYS IN WHICH WE MIGHT |
| 10:52AM | 25 | APPROACH SUCH CHARGES IF THE GRAND JURY DECIDES TO CONVENE THEM |

10:53AM 1       OR TO RETURN THEM.

10:53AM 2           BUT THERE ARE A NUMBER OF OTHER, YOU KNOW, RELATED ISSUES

10:53AM 3       THAT COME INTO THE CASE AS A RESULT OF THAT ACTIVITY THAT WOULD

10:53AM 4       ALSO NEED TO BE ACCOMMODATED IN THE SCHEDULE.

10:53AM 5           THERE'S A POTENTIAL NEED FOR SUBSTANTIAL ADDITIONAL WORK

10:53AM 6       THAT WOULD BE REQUIRED BY THE DEFENSE BASED ON INFORMATION

10:53AM 7       PROVIDED TO THE GOVERNMENT AS TO WHAT THEY MIGHT SEEK.  WE

10:53AM 8       BELIEVE WE MAY NEED TO RETAIN AN EXPERT OR MORE GIVEN THE

10:53AM 9       NATURE OF SOME OF THE ALLEGATIONS.

10:53AM 10          MANY OF THE PEOPLE WHO THE GOVERNMENT HAS IDENTIFIED, MANY

10:53AM 11      OF THE WITNESSES WHO HAVE BEEN IDENTIFIED WHO WOULD BE

10:53AM 12      IMPLICATED BY AN INDICTMENT OF THIS TYPE WE HAVE NOT

10:53AM 13      SUBPOENAED, WE HAVE NOT SOUGHT DOCUMENTS, WE HAVE NOT DONE WHAT

10:54AM 14      WE WOULD DO IN AN ORDINARY COURSE IF THESE ALLEGATIONS WERE IN

10:54AM 15      THE INDICTMENT.

10:54AM 16          SO OF COURSE NOW IT'S NOT PRUDENT GIVEN HEALTH CONDITIONS

10:54AM 17      TO PROCEED WITH SOME OF THOSE SUBPOENAS UNLESS PEOPLE WERE TO

10:54AM 18      ACCEPT THEM VOLUNTARILY.

10:54AM 19          SO THERE ARE A NUMBER OF THINGS THAT NEED TO HAPPEN.  I

10:54AM 20      THINK WE UNDOUBTEDLY COULD TRY TO MEET AND CONFER WITH THE

10:54AM 21      GOVERNMENT AND WOULD IN ANY COURSE ONCE WE DETERMINE A

10:54AM 22      REASONABLE TRIAL DATE TO TRY TO SET A SENSIBLE SCHEDULE, BUT I

10:54AM 23      THINK TRYING TO INJECT THIS INTO THESE ALREADY DIFFICULT

10:54AM 24      CIRCUMSTANCES WOULD NECESSITATE A DELAY IN THE VIEW OF THE

10:54AM 25      DEFENSE.

10:55AM 1        (PAUSE IN PROCEEDINGS.)

10:55AM 2              MR. WADE:  IS THE COURT STILL THERE?

10:55AM 3              THE COURT:  I AM STILL HERE, BUT YOU KNOW WHAT, I

10:55AM 4    DID NOT HAVE THE GOOD SENSE TO UNMUTE MY PHONE.

10:55AM 5        THANK YOU.  SO THANK YOU, MR. WADE.  THANK YOU FOR THAT.

10:55AM 6        WHAT I HEAR YOU SAYING IS THAT SHOULD THE GOVERNMENT

10:55AM 7    PROCEED AND SECURE A SUPERSEDING INDICTMENT ALONG THE LINES OF

10:55AM 8    THE PROPOSED DRAFT THAT THEY HAVE PROVIDED YOU, IT WOULD CHANGE

10:55AM 9    THE COMPLEXION OF YOUR -- OBVIOUSLY OF WHAT YOU NEED TO DO.

10:55AM 10   YOU WOULD LOOK AT THE CASE AND DETERMINE WHETHER YOU CAN GO

10:55AM 11   FORWARD WITH FILING MOTIONS, YOUR MOTIONS PRIOR TO THE JULY

10:55AM 12   DATE AND THE STATUS DATE THAT WE HAVE.

10:56AM 13       THAT'S WHAT I'M TRYING TO SEE IF WE CAN, IF WE CAN GET

10:56AM 14   MOTION PRACTICE SCHEDULED AND HEARD BY THAT DATE, THAT WOULD BE

10:56AM 15   IDEAL AT LEAST FOR MOVING FORWARD.

10:56AM 16       I WAS PROBING TO SEE IF THAT -- OF COURSE YOU CAN'T

10:56AM 17   PREDICT ANYTHING AND YOU DON'T HAVE BENEFIT OF ANYTHING IN

10:56AM 18   FRONT OF YOU.  I DON'T KNOW IF THAT'S SOMETHING THAT WE CAN DO.

10:56AM 19             MR. WADE:  YEAH.  MY APOLOGIES.  IT'S DIFFICULT

10:56AM 20   SOMETIMES TO NOT INTERRUPT THE COURT IN THIS FORUM.  SO MY

10:56AM 21   APOLOGIES TO THE COURT.

10:56AM 22             THE COURT:  NO, NO, NOT AT ALL.

10:56AM 23             MR. WADE:  THE -- WE, OF COURSE, WOULD WORK TO

10:56AM 24   PROCEED WITH MOTIONS DIRECTED AT ANY NEW INDICTMENT AS QUICKLY

10:56AM 25   AS WE POSSIBLY COULD, YOUR HONOR, JUST TO BE CLEAR.

10:57AM 1      MY OTHER COMMENTS ARE JUST DIRECTED -- AND TO THE EXTENT

10:57AM 2  THAT AN INDICTMENT WAS RETURNED, YOU KNOW, REASONABLY IN

10:57AM 3  ADVANCE OF THE JULY STATUS CONFERENCE, WE WOULD CERTAINLY

10:57AM 4  ENDEAVOR TO TRY TO FIT BRIEFING IN IN ADVANCE OF THAT.

10:57AM 5      MY OTHER COMMENTS WERE MERELY DIRECTED -- MEANT TO DIRECT

10:57AM 6  THE COURT'S ATTENTION TO THE FACT THAT THERE IS OBVIOUSLY MUCH

10:57AM 7  MORE THAT IS NEEDED HERE BEYOND JUST THE BRIEFING ON THE MOTION

10:57AM 8  TO DISMISS.

10:57AM 9          THE COURT:  SURE.  THANK YOU.

10:57AM 10     ALL RIGHT.  THANK YOU.  LET ME ASK, MR. LEACH, ANYTHING

10:57AM 11 YOU WOULD LIKE TO SAY ABOUT THE SCHEDULING ISSUE REGARDING THE

10:57AM 12 MOTIONS AND THE SUPERSEDING INDICTMENT?

10:57AM 13         MR. LEACH:  NO, YOUR HONOR.  JUST THAT I

10:57AM 14 FUNDAMENTALLY DISAGREE THAT THIS IS A SEA CHANGE.  THIS IS THE

10:57AM 15 SAME THEORY AND THE SAME CASE WITH DISCOVERY THAT THEY'VE HAD

10:58AM 16 FOR THE BETTER PART OF A YEAR AND A HALF.

10:58AM 17     THE DEFENSE IS IN A MUCH BETTER POSITION TO DESCRIBE ITS

10:58AM 18 PREPARATION THAN WE ARE, BUT WE FUNDAMENTALLY JUST DO NOT SEE

10:58AM 19 THIS AS THE SEA CHANGE THAT IS DESCRIBED.  AND -- BUT BEYOND

10:58AM 20 THAT, I HAVE NOTHING FURTHER.

10:58AM 21         THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:58AM 22     MR. WADE, ANYTHING ELSE YOU WOULD LIKE TO ADD?

10:58AM 23         MR. WADE:  NO, YOUR HONOR.

10:58AM 24         THE COURT:  ALL RIGHT.  WELL, THANK YOU VERY MUCH.

10:58AM 25     THE STATUS HEARING TODAY WAS SCHEDULED TO DETERMINE WHAT

| | |
|---|---|
| 10:58AM | 1 |
| 10:58AM | 2 |
| 10:58AM | 3 |
| 10:58AM | 4 |
| 10:58AM | 5 |

10:58AM  1   WE SHOULD DO GOING FORWARD IN LIGHT OF THE COVID CRISIS THAT

10:58AM  2   THE NATION FACES AND IN LIGHT OF THE LIMITATIONS THAT THAT

10:58AM  3   BRINGS TO THIS COURT TO PROVIDE SAFE ENVIRONMENTS FOR ALL

10:58AM  4   PARTIES TO THE CASE AS WELL AS THE PUBLIC AND ALL OF OUR COURT

10:58AM  5   PERSONNEL AS WELL.

10:59AM  6        WE HAVE, AS I THINK SOMEONE SAID, WE'RE IN UNCHARTERED

10:59AM  7   WATERS NOW AND TERRITORY NOW IN REGARDS TO HOW TO MANAGE OUR

10:59AM  8   CALENDARS.  WE KNOW THAT THE PRIME DIRECTIVE IS TO ENSURE THAT

10:59AM  9   ALL PARTIES RECEIVE FAIR TREATMENT IN THE COURTS, BUT THE REAL

10:59AM  10   PRIME DIRECTIVE NOW ADDENDUM TO THAT IS TO PROCEED WITH CAUTION

10:59AM  11   AND SAFETY TO MAKE SURE THAT EVERYONE WHO ENTERS OUR COURTS ARE

10:59AM  12   SAFE, FIRST OF ALL.  THAT WE OPEN OUR COURTS, WHEN WE OPEN OUR

10:59AM  13   COURTS, THAT THEY ARE IN A SAFE ENVIRONMENT FOR ALL, ALL

10:59AM  14   CONCERNED, INCLUDING THE PUBLIC, THE PUBLIC WHO WE WOULD CALL

10:59AM  15   AS JURORS TO SIT IN THE MATTER.  AND WE WANT TO MAKE SURE THAT

10:59AM  16   THE JURORS HAVE CONFIDENCE THAT THE COURTROOMS THAT THEY'RE

10:59AM  17   SITTING IN --

10:59AM  18        THE CLERK:  EXCUSE ME, YOUR HONOR.  I BELIEVE

10:59AM  19   SOMEONE NEEDS TO MUTE THEIR PHONE.  THERE'S INTERRUPTION GOING

11:00AM  20   ON.  IF YOU COULD PLEASE MUTE YOUR PHONE.

11:00AM  21        THE COURT:  YES, YES.  PLEASE MUTE YOUR PHONES,

11:00AM  22   PLEASE.  THANK YOU.

11:00AM  23        THE CLERK:  SORRY, YOUR HONOR.

11:00AM  24        THE COURT:  THANK YOU.  THANK YOU, MS. KRATZMANN.

11:00AM  25        WE NEED TO MAKE SURE THE ENVIRONMENT IS SAFE FOR ALL

| | |
|---|---|
| 11:00AM | 1 |

PARTIES, WE NEED TO ENSURE TO OUR JURORS, THE PUBLIC THAT WE

CALL, THE COMMUNITY THAT IS CALLED TO HEAR MATTERS, THAT THE

COURT CAN ENSURE THEIR SAFETY SUCH THAT THEY HAVE CONFIDENCE IN

THEIR JUSTICE SYSTEM AND THEY HAVE CONFIDENCE THAT THEY CAN

FOCUS ON THE ISSUES BEFORE THEM IN A TRIAL SUCH THAT THEY CAN

PROVIDE A FAIR HEARING FOR ALL SIDES.  THAT'S A CRITICAL

COMPONENT OF THE WORK THAT THEY DO AND WHAT WE WANT TO ENSURE

TO THE JURY IN THIS CASE.

        I DO THINK THAT LOOKING AT OUR SCHEDULE AND THIS COURT HAS

BEEN, AND I KNOW COUNSEL HAVE CALLED ME ON IT, IS I'VE BEEN A

LITTLE AGGRESSIVE ABOUT THE TRIAL SCHEDULE ON THIS.  I DO THINK

THAT THE SCHEDULE FOR JULY AS I INITIALLY PROPOSED IS NOT

REALISTIC NOW GIVEN THE CIRCUMSTANCES THAT WE FACE.  I JUST

DON'T THINK THAT THAT'S A REALITY.

        I'D LIKE TO THINK THAT, AND I HOPE THAT TRIAL IN OCTOBER

OF THIS YEAR IS SOMETHING THAT WE COULD, WE COULD ENGAGE.  I

KNOW EVERY DAY THE NEWS CHANGES ABOUT COVID AND ABOUT WHETHER

OR NOT THINGS WILL BEGIN TO REACH NORMALITY AND THAT DOESN'T

MEAN THAT WE'LL HAVE ANY NORMAL SENSE OF OUR SOCIETY IN

OCTOBER.  WE HOPE WE DO, BUT SHELTER IN PLACE REMAINS AND IN

MANY STATES, AND CERTAINLY IN THE ENVIRONMENT AND JURISDICTION

OF THE COURTHOUSE.

        I'D LIKE TO -- WHAT I'D LIKE TO DO IS LOOK AT THE OCTOBER

DATE, THE LATER OCTOBER DATE THAT WAS PROPOSED AS A POTENTIAL

TRIAL DATE, AND I THINK IT WISE, AND I'M GRATEFUL TO BOTH SIDES

```
11:02AM   1   HERE, TO SUGGEST THAT WE HAVE AN INTERIM STATUS CONFERENCE IN
11:02AM   2   JULY AT LEAST CALENDARED.  THAT'S NOT TO SAY THAT WE WON'T
11:02AM   3   ADVANCE THAT IF NEEDED, BUT AT LEAST CALENDARED IN JULY SO WE
11:02AM   4   CAN LOOK FORWARD AND SEE WHAT AND HOW BEST WE CAN FORECAST
11:02AM   5   WHETHER OR NOT THE OCTOBER DATE IS A REALITY OR WHETHER OR NOT
11:02AM   6   IT MAKES MORE SENSE TO LOOK BEYOND THE FALL AND INTO THE NEW
11:02AM   7   YEAR, EARLY NEW YEAR.
11:02AM   8       WHAT I THINK WE HAVE ALL READ AND FROM EXPERTS, AND THERE
11:02AM   9   ARE MANY OF THEM ON THIS CRISIS THAT WE FACE, THE INFORMATION
11:02AM  10   AT LEAST THAT THE COURT HAS READ AND SOME OF IT HAS INDICATED
11:02AM  11   THAT LIKE THE NORMAL FLU VIRUS THAT SEEMS TO COME AROUND IN THE
11:03AM  12   WINTER AND FALL, THERE'S AN EXPECTATION THAT THIS COVID MAY
11:03AM  13   RETURN IN THE FALL IN SOME MANNER AND WE SHOULD BE COGNIZANT OF
11:03AM  14   THAT.
11:03AM  15       WE'RE SO GRATEFUL FOR OUR HEALTH CARE PROFESSIONALS AND
11:03AM  16   ALL OF THOSE SCIENTISTS AND BIOENGINEERS WHO ARE WORKING
11:03AM  17   DILIGENTLY TO TRY AND TO FIND SOME TYPE OF SERUM THAT CAN
11:03AM  18   PROTECT ALL OF US, A VACCINE THAT CAN PROTECT ALL OF US FROM
11:03AM  19   THIS DISEASE.
11:03AM  20       BUT WE ALL KNOW THAT TAKES TIME, IT DOES TAKE TIME.
11:03AM  21       WE DON'T KNOW -- WE CAN'T FORECAST WHAT THE HEALTH
11:03AM  22   CONDITIONS OF THIS COUNTRY WILL BE IN RELATION TO COVID.  WE
11:03AM  23   ALL, WE JUST ARE IN DESPAIR WHEN WE READ ABOUT THE LOSS THAT
11:03AM  24   THIS COVID HAS CAUSED ACROSS THE COUNTRY.  WE REALLY ARE -- OUR
11:04AM  25   HEARTS ARE IN PAIN WHEN WE READ ABOUT NEW YORK, DETROIT, AND
```

11:04AM 1     OTHER CITIES, LOUISIANA, AND OTHER CITIES.  SO WE'RE MINDFUL OF

11:04AM 2     THAT.  AND THAT PRESSES UPON ALL OF US AS WE LOOK FORWARD TO

11:04AM 3     WHAT WE CAN DO WITH OUR CASE.

11:04AM 4         SO LET ME SAY WHAT I THINK WHAT I'D LIKE TO DO IS TO SET A

11:04AM 5     DATE FOR TRIAL, RESCHEDULE THE TRIAL DATE TO THE OCTOBER 26TH

11:04AM 6     DATE.  I HAVE YOUR SCHEDULE IN DOCUMENT 372.  I DO THINK THAT

11:04AM 7     WE SHOULD MAKE SOME CHANGES TO THAT SCHEDULE GOING FORWARD.

11:04AM 8         FOLKS, IF YOU HAVE YOUR SCHEDULES IN FRONT OF YOU, I'D

11:04AM 9     LIKE TO GO DOWN SOME OF THE DATES AND DEADLINES AND EVENTS THAT

11:04AM 10    YOU HAVE AND SUGGEST SOME CHANGES TO THAT.

11:05AM 11            THE CLERK:  YOUR HONOR, MAY I JUST INTERJECT A

11:05AM 12    MOMENT?

11:05AM 13            THE COURT:  YES.  YES.

11:05AM 14            THE CLERK:  THIS IS ADRIANA.  COULD WE SET THE

11:05AM 15    OCTOBER DATE TO OCTOBER 27TH DATE TO TUESDAY?

11:05AM 16            THE COURT:  YES, YES.  OCTOBER 27TH AT 9:00 A.M. FOR

11:05AM 17    JURY SELECTION.

11:05AM 18        GOING DOWN.  THIS IS FOUND ON PAGES 4 AND 5 OF 372.  I DO

11:05AM 19    NOTE THAT LET'S START THAT THERE'S AGREEMENT ON THE FIRST

11:05AM 20    SERVICE OF THE SUMMARY PURSUANT TO RULE 16, AND I'M NOT GOING

11:05AM 21    TO DISTURB THAT AT THIS POINT.  WE MAY HAVE SOME OTHER COMMENT

11:05AM 22    ON THAT IN A MOMENT.

11:06AM 23        THE GOVERNMENT IN IT'S RULE 16(A) DISCLOSURES WHICH BEGINS

11:06AM 24    ON LINE 26, I THINK THE DATE, WHAT I'D LIKE TO DO IS TO ADOPT

11:06AM 25    THE GOVERNMENT DATE ON THAT.

| | |
|---|---|
| 11:06AM | 1 |

11:06AM   1          I'M LOOKING IN THAT BOX, AND PERHAPS YOU CAN HELP ME,

11:06AM   2   COUNSEL, LINE 27 AND 28 IT INDICATES THE GOVERNMENT SERVE

11:06AM   3   WITNESSES AND EXHIBITS LISTS FOR CASE-IN-CHIEF.

11:06AM   4          WAS THAT THE SAME PROPOSED DATE?

11:06AM   5          MR. LEACH:  YEAH, THAT WAS INTENDED TO BE JUNE 26TH,

11:06AM   6   2020.

11:06AM   7          THE COURT:  OKAY.  AS WELL AS PAGE 5 BEGINNING AT

11:06AM   8   LINE 1, THE 801 --

11:06AM   9          MR. LEACH:  YES.

11:06AM   10          THE COURT:  OKAY.  THANK YOU.

11:06AM   11          THEN ALSO ON THE RULE 16B DISCLOSURES ON LINE 3 I'LL ADOPT

11:06AM   12   THE GOVERNMENT'S DATE TO THE LATER DATE OF JULY 6TH ON THAT.

11:06AM   13          THE NEXT BOX, WHICH APPEARS ON LINE 4 THROUGH 6, I'M GOING

11:07AM   14   TO DEFER THAT FOR NOW.

11:07AM   15          ACTUALLY, THE FIRST BOX THAT I TALKED ABOUT, I'M SORRY TO

11:07AM   16   GO BACK, ON PAGE 4, LINE 23, I'M GOING TO DEFER THAT AS WELL

11:07AM   17   FOR NOW.

11:07AM   18          RETURNING TO PAGE 5, NOW WE'RE AT LINE 6 THROUGH 8, THE

11:07AM   19   DEFENSE SERVICE OF WITNESS AND EXHIBIT LISTS, I'M GOING TO

11:07AM   20   ADJUST THAT DATE TO JULY 24TH.

11:07AM   21          AND THEN THE STATUS CONFERENCE WILL BE SET FOR,

11:07AM   22   MS. KRATZMANN, JULY 20TH, JULY 20TH, AT 10:00 A.M.

11:07AM   23          NOW, AT THAT TIME ON JULY 20TH, WE WILL HAVE A BETTER IDEA

11:08AM   24   AS TO WHETHER WE'RE GOING TO GO FORWARD WITH THE OCTOBER TRIAL

11:08AM   25   DATE OR WHETHER WE NEED TO ADJUST THE SCHEDULE IN SOME OTHER

11:08AM 1      MANNER.

11:08AM 2           I'M NOT GOING TO -- AT THIS TIME I'M NOT GOING TO

11:08AM 3      ADOPT ANY OF THE OTHER -- YOU HAVE OTHER DATES THAT BEGIN IN

11:08AM 4      AUGUST AND OTHERS AND MOTIONS IN LIMINES AND THOSE DATES.  I'D

11:08AM 5      LIKE TO DEFER THOSE DATES.  I THINK WE CAN WAIT UNTIL THE

11:08AM 6      JULY 20TH DATE TO SEE WHETHER OR NOT AND HOW WE'RE GOING TO

11:08AM 7      PROCEED AND GO FORWARD THERE.

11:08AM 8           SO I'D LIKE YOU TO -- OBVIOUSLY YOU'RE GOING TO PREPARE

11:08AM 9      THE CASE AS BEST YOU CAN, I KNOW THAT, BUT I DON'T THINK YOU

11:08AM 10     NEED TO PAY ATTENTION TO THOSE ITEMS THAT APPEAR FROM LINES 10

11:08AM 11     DOWN TO 19 AT THIS POINT.  I'D LIKE YOU TO FOCUS YOUR EFFORTS,

11:08AM 12     OF COURSE, ON THE OTHER WORK THAT YOU NEED TO DO, AND WE CAN

11:08AM 13     LOOK AT THOSE REMAINING ISSUES, THE IN LIMINE AND OTHER ISSUES,

11:09AM 14     ON THE JULY 20TH STATUS CONFERENCE DATE.

11:09AM 15          ANY QUESTIONS FROM EITHER SIDE ABOUT THIS ADJUSTMENT?

11:09AM 16              MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

11:09AM 17     THAT'S CLEAR TO US.  THANK YOU.

11:09AM 18              THE COURT:  MR. WADE?

11:09AM 19              MR. WADE:  NO, YOUR HONOR.  I TAKE IT AS WE GET

11:09AM 20     CLOSER TO THESE EVENTS WE'LL PERHAPS HAVE COMMUNICATION THROUGH

11:09AM 21     MS. KRATZMANN AS TO WHETHER THESE PROCEEDINGS WILL BE

11:09AM 22     TELEPHONIC OR IN PERSON?

11:09AM 23          OBVIOUSLY, I THINK WE ALL HOPE WE'RE IN A SITUATION WHERE

11:09AM 24     THEY'RE IN PERSON, BUT WE WILL SEE WHAT IS PRUDENT AT THAT

11:09AM 25     TIME.

| | |
|---|---|
| 11:09AM | 1 |

THE COURT:  YES.  THANK YOU, MR. WADE.

I'M HOPEFUL THAT WE CAN, THAT THINGS CHANGE IN OUR COUNTRY AND IN OUR REGIONS THAT WE COULD HAVE IN-PERSON MEETINGS.

AGAIN, I'LL JUST SAY I ALWAYS ENJOY ALL OF YOU IN THE COURTROOM.  YOU'RE ALL PROFESSIONAL, AND I APPRECIATE THAT.  I KNOW THAT YOU'RE TRIAL LAWYERS AND THE PLACE YOU WORK IS THE COURTROOM, NOT YOUR LIVING ROOMS, KITCHENS, OR HOME OFFICES, WHICH OF COURSE YOU DO THAT IN THE EVENINGS AND INTO THE WEE HOURS OF THE NIGHT, I RECOGNIZE THAT.

BUT THE PLACE YOU DO YOUR BUSINESS IS IN THE COURTROOM, AND ALL OF YOU HAVE GREAT FLUENCY FOR THE COURTROOM, AND SO I AGREE.  I HOPE THAT WE CAN OPEN OUR COURTROOMS SOON, AND WE ALL CAN ENJOY EACH OTHER'S COMPANY.

WE'RE WORKING ON WHAT WE NEED TO DO TO ESTABLISH VIDEO CONFERENCING IN THE INTERIM, AND SO IF WE NEED IT, HOPEFULLY WE'LL HAVE SOMETHING SET UP FOR FUTURE STATUS CONFERENCES IF WE CAN.

ALSO, AS TO ANY OTHER MATTERS, AS YOU POINT OUT, MR. WADE, MS. KRATZMANN WILL BE ABLE TO COMMUNICATE ANY OTHER SCHEDULE CHANGES FOR ANY OTHER MATTERS AS THEY NEED TO COME UP, AND I DON'T KNOW IF THAT ANSWERS YOUR QUESTION.  I HOPE IT DOES.

MR. WADE:  IT DOES.  THANK YOU, YOUR HONOR.

THE COURT:  ALL RIGHT.  ANYTHING ELSE THAT EITHER SIDE WISHES TO RAISE AT THIS TIME?

MR. LEACH, ANYTHING FROM THE GOVERNMENT'S TEAM?

```
11:11AM  1          MR. LEACH:  YOUR HONOR, IN LIGHT OF THE CHANGE OF
11:11AM  2   THE TRIAL DATE FROM OCTOBER -- WELL, FROM THE END OF JULY TO
11:11AM  3   OCTOBER 27TH, 2020, I THINK IT WOULD BE APPROPRIATE FOR THE
11:11AM  4   COURT TO EXCLUDE TIME FOR EFFECTIVE PREPARATION IN LIGHT OF THE
11:11AM  5   COVID CRISIS AND EVERYTHING THAT MR. WADE HAS DESCRIBED.
11:11AM  6          THE COURT:  THANK YOU.  I WAS GOING TO TURN TO
11:11AM  7   MR. WADE WHEN HIS COMMENTS -- DURING HIS COMMENTS AND ASK HIM
11:11AM  8   IF HE AGREES THAT TIME SHOULD BE EXCLUDED FOR EFFECTIVE
11:11AM  9   PREPARATION OF COUNSEL TO THE NEW TRIAL OF OCTOBER 26TH, 2020.
11:12AM 10      MR. WADE?
11:12AM 11          MR. WADE:  YOUR HONOR, WE DO.  I BELIEVE IT ALSO MAY
11:12AM 12   BE COVERED BY ONE OF THE COURT'S GENERAL ORDERS AS WELL, BUT IN
11:12AM 13   ANY EVENT, WE DO AGREE.
11:12AM 14          THE COURT:  ALL RIGHT.  THANK YOU THEN.
11:12AM 15      ANYTHING FURTHER FROM YOU, MR. WADE, AND YOUR TEAM?
11:12AM 16          MR. WADE:  NOT AT THIS TIME, YOUR HONOR.  THANK YOU.
11:12AM 17          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK
11:12AM 18   YOU ALL FOR YOUR ATTENTION HERE.  WE WILL -- AND LET ME SAY, IF
11:12AM 19   EITHER PARTY WISHES TO HAVE ANOTHER STATUS OR A STATUS
11:12AM 20   CONFERENCE OR BRING ANYTHING TO THE COURT'S ATTENTION, PLEASE
11:12AM 21   FEEL FREE TO DO SO.
11:12AM 22      I'VE SET THE JULY 20TH DATE AS THE CALENDARED STATUS DATE
11:12AM 23   SO WE ALL HAVE AN EVENT HORIZON TO FOCUS ON.  BUT SHOULD THE
11:12AM 24   NEED ARISE OR A CHANGE OR SOMETHING HAPPENS, PLEASE CONTACT
11:12AM 25   MS. KRATZMANN, AND WE WILL OF COURSE ENGAGE THE STATUS OR OTHER
```

11:12AM  1    HEARING AS NEEDED IF THE PARTIES REQUIRE.

11:12AM  2         ALL RIGHT.  THANK YOU.  LET ME THANK YOU ALL AGAIN.  IT'S

11:12AM  3    GOOD TO HEAR YOUR VOICES.  I LOOK FORWARD TO THE OPPORTUNITY

11:13AM  4    WHEN I CAN SEE YOUR FACES PERSONALLY AND WE CAN INVITE YOU BACK

11:13AM  5    TO A SAFE COURTROOM AND I CAN ENJOY YOUR COMPANY AND ALL OF

11:13AM  6    YOUR ASSISTANCE IN THIS INTERESTING CASE.

11:13AM  7         PLEASE BE SAFE, YOU AND YOUR FAMILIES.  I WISH YOU THE

11:13AM  8    BEST AND PLEASE BE SAFE AND WELL, AND WE'LL TALK AGAIN SOON.

11:13AM  9         ANYTHING FURTHER, MS. KRATZMANN?

11:13AM 10              THE CLERK:  NO, YOUR HONOR.  THANK YOU.

11:13AM 11              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL DISENGAGE

11:13AM 12    THE LINE NOW.  THANK YOU, COUNSEL.

11:13AM 13              MR. WADE:  THANK YOU, YOUR HONOR.

11:13AM 14              MR. LEACH:  THANK YOU VERY MUCH, YOUR HONOR.

11:13AM 15         (TELEPHONIC COURT CONCLUDED AT 11:13 A.M.)

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5

 6

 7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

 8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

 9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, RMR, CRR
          CERTIFICATE NUMBER 8074
17

18        DATED:  JULY 20, 2020
19

20

21

22

23

24

25
```