1  JEFFREY B. COOPERSMITH (SBN 252819)
   *Email: jcoopersmith@orrick.com*
2  WALTER F. BROWN (SBN 130248)
   *Email: wbrown@orrick.com*
3  MELINDA HAAG (SBN 132612)
   *Email: mhaag@orrick.com*
4  RANDALL S. LUSKEY (SBN 240915)
   *Email: rluskey@orrick.com*
5  STEPHEN A. CAZARES (SBN 201864)
   *Email: scazares@orrick.com*
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
9

10  Attorneys for Defendant
    RAMESH "SUNNY" BALWANI
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16

17  UNITED STATES OF AMERICA,              Case No. 18-CR-258-EJD

18            Plaintiff,                   **WAIVER OF PERSONAL
                                           APPEARANCE AT ARRAIGNMENT
19       v.                                AND ENTRY OF "NOT GUILTY"
                                           PLEA**
20  ELIZABETH HOLMES and RAMESH
    "SUNNY" BALWANI,                       **COURT'S ACCEPTANCE OF WAIVER**
21            Defendants.                  **Hon. Edward J. Davila**
22

23

24

25

26

27

28

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny" Balwani, acknowledge and agree to the following in the above case:

1.     I have received a copy of the Second Superseding Indictment [Doc. 449] in this case.  My attorney has discussed the charges with me and after being so advised, I understand the nature and substance of those charges, the maximum penalties, and my Constitutional rights.  I waive a formal reading of the Second Superseding Indictment in open court.

2.     I understand I have a right to personally appear with my attorney in open court before a judicial officer for arraignment on the second Superseding Indictment.  By signing this Waiver, I give up my right to personally appear in open court for an arraignment.  I further understand that absent the present Waiver, I must appear before this Court as directed.

3.     I am entering a "Not Guilty" plea with the filing of this Waiver.  I understand that entry by the Court of my not guilty plea will conclude the arraignment in this case for all purposes.

Dated:  July 21, 2020.

_**Signature on Last Page**_ _____
Ramesh Balwani
Defendant

1       I am the attorney of record for the above-named Defendant.  I have reviewed the charges

2  against my client and agree and consent to the Waiver of Personal appearance at Arraignment and

3  entry of Not Guilty Plea.

4

5  Dated:  July 21, 2020.

                    Jeffrey B. Coopersmith (CA Bar No. 252819)

6                      Attorney for Defendant Ramesh Balwani

7

8

9

10

11

12       The Court accepts the Waiver of Defendant's Appearance at Arraignment and enters a

13  plea of "Not Guilty" for the Defendant Ramesh "Sunny" Balwani.

14

15  Dated:  July 21, 2020

16                      Hon. Edward J. Davila

                    United States District Judge

17

18  4124-8633-7830.2

19

20

21

22

23

24

25

26

27

28

WAIVER OF PERSONAL APPEARANCE,  ENTRY NOT
GUILTY PLEA, COURT'S ACCEPTANCE OF WAIVER
CASE NO. 18-CR-258-EJD

1    Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, I, Ramesh "Sunny"

2    Balwani, acknowledge and agree to the following in the above case:

3         1.    I have received a copy of the Second Superseding Indictment [Doc. 449] in this

4    case.  My attorney has discussed the charges with me and after being so advised, I understand the

5    nature and substance of those charges, the maximum penalties, and my Constitutional rights.  I

6    waive a formal reading of the Second Superseding Indictment in open court.

7         2.    I understand I have a right to personally appear with my attorney in open court

8    before a judicial officer for arraignment on the second Superseding Indictment.  By signing this

9    Waiver, I give up my right to personally appear in open court for an arraignment.  I further

10   understand that absent the present Waiver, I must appear before this Court as directed.

11        3.    I am entering a "Not Guilty" plea with the filing of this Waiver.  I understand that

12   entry by the Court of my not guilty plea will conclude the arraignment in this case for all

13   purposes.

14   Dated:  July 21, 2020.

_____
Ramesh Balwani
Defendant

WAIVER OF PERSONAL APPEARANCE, ENTRY NOT
GUILTY PLEA, COURT'S ACCEPTANCE OF WAIVER
CASE NO. 18-CR-258-EJD