JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS**<br><br>Hon. Edward J. Davila |

**DECLARATION OF AMY MASON SAHARIA**

I, Amy Mason Saharia, declare as follows:

1. I am an attorney admitted to practice in the District of Columbia and a partner at the law firm of Williams & Connolly LLP.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Motion for Access to Grand Jury Selection Materials.

2. All the factual assertions contained in this declaration are true and correct to the best of my knowledge.  Unless otherwise noted, I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify competently to the contents hereof.

3. On behalf of Ms. Holmes, we are preparing a contemplated motion challenging the jury-selection procedures for the grand jury that returned the Second Superseding Indictment in this case.  Although we have legitimate reasons to be concerned about the representativeness of the grand jury, we cannot ascertain whether we have substantial grounds to file such a motion without access to the grand-jury materials.

4. The specific data Ms. Holmes seeks is set forth in Exhibit A to this declaration.

I declare under penalty of perjury of the laws of the United States that, except for those matters stated on information and belief, the foregoing is true and correct.  As to those matters stated on information and belief, I declare under penalty of perjury of the laws of the United States that I believe them to be true and correct.

Executed this 21st day of July, 2020 in Southampton, NY.

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS
CR-18-00256-EJD

1