JEFFREY B. COOPERSMITH (SBN 252819)
Email: jcoopersmith@orrick.com
WALTER F. BROWN (SBN 130248)
Email: wbrown@orrick.com
MELINDA HAAG (SBN 132612)
Email: mhaag@orrick.com
RANDALL S. LUSKEY (SBN 240915)
Email: rluskey@orrick.com
STEPHEN A. CAZARES (SBN 201864)
Email: scazares@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD-SVK |
|---|---|
| Plaintiff, | **DEFENDANT RAMESH BALWANI'S JOINDER IN MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Date:     August 17, 2020
Time:    1:30 p.m.
CTRM:  4, 5th Floor |
| Defendants. | **Hon. Edward J. Davila** |

Defendant Ramesh Balwani joins in Ms. Holmes' Motion for Access to Grand Jury Selection Materials filed by Defendant Elizabeth Holmes (Dkt. No. 461).

| | | |
|---|---|---|
| 1 | DATED: July 22, 2020 | Respectfully submitted, |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 3 | | |
| 4 | | By: */s/ Jeffrey B. Coopersmith* <br> Jeffrey B. Coopersmith |
| 5 | | Attorney for Defendant <br> RAMESH BALWANI |

4159-6636-6502