|  | FILED |
|---|---|
|  | Jul 28 2020 |
|  | SUSAN Y. SOONG |
|  | CLERK, U.S. DISTRICT COURT |
|  | NORTHERN DISTRICT OF CALIFORNIA |
|  | SAN FRANCISCO |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

| CASE NAME: | CASE NUMBER: |
|---|---|
| USA v. Elizabeth A. Holmes, et al. | CR 18-258 EJD |
| **Is This Case Under Seal?** | Yes    No ✔ |
| **Total Number of Defendants:** | 1    2-7 ✔    8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes    No ✔ |
| **Venue (Per Crim. L.R. 18-1):** | SF    OAK    SJ ✔ |
| **Is this a potential high-cost case?** | Yes    No ✔ |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes    No ✔ |
| **Is this a RICO Act gang case?** | Yes    No ✔ |
| **Assigned AUSA (Lead Attorney):** Robert Leach | **Date Submitted:** 7/28/2020 |
| **Comments:** | |

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)