JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO GRAND JURY SELECTION MATERIALS
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for
2  Access to Grand Jury Selection Materials.  After due consideration of the filings and the governing law,
3  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
4  IT IS FURTHER ORDERED that the Clerk of Court for the Northern District of
5  California shall make available all data listed in Exhibit A to the Declaration of Amy Mason Saharia
6  within 14 days of this Order.

8  IT IS SO ORDERED.

10  Dated: _____

12  _____
    Hon. Edward J. Davila
13  United States District Judge

28  [PROPOSED] ORDER GRANTING MOTION FOR ACCESS TO GRAND JURY MATERIALS
    CR-18-00258 EJD

1