ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-258 EJD |
| Plaintiff, | JOINT STATUS REPORT |
| v. | Date: August 11, 2020 |
| ELIZABETH HOLMES, | Time: 10:00 a.m.<br>Courtroom: 4, 5th Floor |
| Defendant. | |

The government and Defendant Elizabeth Holmes respectfully submit the following Joint Status Report.

On July 20, 2020, the Court conducted a motion hearing and status conference. The Court issued a minute order directing counsel "to meet and confer re a proposed schedule as to additional litigation/motions and briefing/hearing dates for those motions. The parties shall also meet and confer re a proposed new trial date (February/March 2021) as discussed by the Court and a status conference date in August (second week) as to Ms. Holmes." Dkt. 454.

The parties have conferred and respectfully request that the Court set the following schedule:

| DATE | EVENT |
| --- | --- |
| Monday, August 17, 2020 | Hearing on Defendant's motion for access to grand jury selection materials. |
| Tuesday, September 1, 2020 | All pretrial motions pursuant to Rule 12(b)(3)(A)-(D) are to be filed.[1] |
| Monday, September 14, 2020 | The Government shall serve any supplement to its Rule 404(b) and expert disclosures. |
| Tuesday, September 29, 2020 | Responses to Rule 12(b)(3)(A)-(D) motions due. Defendant shall serve witness and exhibit lists for the Defendant's case-in-chief. |
| Tuesday, October 6, 2020 | Defendant shall serve a summary pursuant to Rule 16 for each expert witness that Defendant intends to call at trial in Defendant's case-in-chief. |
| Tuesday, October 13, 2020 | Replies in support of Rule 12(b)(3)(A)-(D) motions due. |
| Monday, October 26, 2020 | Hearing on pretrial motions pursuant to Rule 12(b)(3)(A)-(D). |
| Tuesday, October 27, 2020 | The Government shall serve a summary pursuant to Rule 16 for each expert witness that it intends to call at trial in rebuttal to expert testimony offered by Defendant. |
| Thursday, December 3, 2020 | Status conference regarding trial date. |
| Friday, December 18, 2020 | Motions *in limine* and motions relating to experts due. |
| Tuesday, January 19, 2021 | Responses to motions *in limine* and motions relating to experts due. |
| Tuesday, February 2, 2021 | Replies in support of motions *in limine* and motions relating to experts due. Proposed jury instructions, juror questionnaire, and voir dire questions due. |

---

[1] The Government reserves the right to argue that Defendant's Rule 12 motions are untimely.

| | |
|---|---|
| Tuesday, February 9, 2021 | The parties shall file a pretrial conference statement addressing the matters set forth in Local Rule 17.1-1. The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the government subsequently discovers. |
| Monday, February 15, 2021 | Pretrial Conference |

The parties did not reach agreement on a proposed trial date. The government proposes jury selection begin Tuesday, March 2, 2020. Ms. Holmes proposes jury selection begin Tuesday, March 16, 2020, and the first day of trial be set for March 23, 2020.

DATED: August 10, 2020                         Respectfully submitted,

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

DATED: August 10, 2020                         WILLIAMS & CONNOLLY LLP

/s/
_____
KEVIN M. DOWNEY
LANCE A. WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Counsel for Defendant Elizabeth Holmes