UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH A. HOLMES,<br><br>Defendant. | Case No. 18-cr-00258-EJD-1<br><br>**ORDER SETTING CASE SCHEDULE** |

On July 20, 2020, the Court conducted a status conference in this case at which Defendant Holmes requested that the trial currently set for October 27, 2020 be continued in light of the ongoing COVID-19 pandemic and the need for effective preparation for trial due to the complexities of the case. *See* Dkt. No. 463 at 62-66, 69-71 (Transcript). The Government stated that it was prepared to proceed in October, but nevertheless agreed that Defendant Holmes had identified many "real challenges and unique challenges to this case" as a result of the pandemic. *Id.* at 76. Accordingly, the Court instructed the parties to meet and confer regarding a proposed new trial date and case schedule. *See* Dkt. No. 454. The Court then set a further status conference for August 11, 2020. Dkt. No. 480.

Having considered the parties' joint proposed schedule, Dkt. No. 482, and for the reasons explained at the August 11, 2020 status conference, the Court hereby sets the following case schedule:

| DATE | EVENT |
|---|---|
| Friday, August 28, 2020 | All pretrial motions pursuant to Federal Rule of Criminal Procedure 12(b)(3)(A)-(D) are to be filed. |

Case No.: 18-cr-00258-EJD-1
ORDER SETTING CASE SCHEDULE

1

| | |
|---|---|
| Monday, September 14, 2020 | The Government shall serve any supplement to its Rule 404(b) and expert disclosures. |
| Friday, September 18, 2020 | Reponses to Rule 12(b)(3)(A)-(D) motions due. |
| Tuesday, September 29, 2020 | Defendant shall serve witness and exhibit lists for her case-in-chief. |
| Friday, October 2, 2020 | Replies in support of Rule 12(b)(3)(A)-(D) motions due. |
| Tuesday, October 6, 2020 | Defendant shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness Defendant intends to call at trial in Defendant's case-in-chief. |
| Tuesday, October 6, 2020 at 10 a.m. | Hearing on Rule 12(b)(3)(A)-(D) motions. |
| Tuesday, October 27, 2020 | The Government shall serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness it intends to call at trial in rebuttal to expert testimony offered by Defendant. |
| Friday, November 20, 2020 | Motions in limine and motions re: experts due. |
| Wednesday, December 2, 2020 at 10 a.m. | Status conference re trial date. |
| Friday, December 18, 2020 | Responses to motions in limine and motions re: experts due. |
| Friday, January 15, 2021 | Replies for motions in limine and motions re: experts due. |
| Friday, January 22, 2021 at 10 a.m. | Hearing for motions in limine and motions re: experts. |
| Tuesday, February 2, 2021 | Proposed jury instructions, juror questionnaire, and voir dire questions due. |
| Tuesday, February 9, 2021 | Pretrial Conference statement due per Criminal Local Rule 17.1-1(b).<br><br>The Government shall advise the Court that it has produced all *Brady* and *Giglio* information in its possession and will continue to produce any the Government subsequently discovers. |
| Tuesday, February 16, 2021 at 10 a.m. | Pretrial Conference |
| Tuesday, March 9, 2021 | Trial (first day of jury selection) |

**IT IS SO ORDERED.**

Case No.: 18-cr-00258-EJD-1
ORDER SETTING CASE SCHEDULE

2

Dated: August 11, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 18-cr-00258-EJD-1
ORDER SETTING CASE SCHEDULE

3