UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** August 11, 2020 | **Time:** 10:00-10:30 am  **Total Time:** 30 Mins. | **Judge:** Edward J. Davila |
| **Case No.:** 18-cr-00258-EJD-1,2 | **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh "Sunny" Balwani(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Mason Saharia, Katherine Trefz, Jeffrey Coopersmith, Stephen Cazares

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – STATUS CONFERENCE
### Via ZOOM Webinar due to COVID19

Defendants' are present, out of custody, and consent to hearing being held via ZOOM webinar video due to COVID19.

The Court set a schedule for all pretrial deadlines/hearings and RESET the trial date as to Defendant Holmes to March 9, 2021 at 9am for Jury Selection.

Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time through and including 3/9/2021. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Court to issue scheduling order.

As to Defendant Balwani the current status conference date of 8/31/2020 at 10:00 am shall remain as time has been excluded to 8/31/2020. Counsel shall meet and confer re exclusion of time to the new status conference date set by the Court of 12/8/2020 at 10:00 am. Counsel may file a stipulation/proposed order to vacate the 8/31/2020 status conference date and address time exclusion.

**CASE CONTINUED TO:** October 6, 2020 10:00 A.M. for Hearing on Pretrial Motions.

**EXCLUDABLE DELAY: as to Defendant Holmes**
Category – Effective preparation of Counsel
Ends – 3/9/2021

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter