JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY**<br><br>Date:    October 6, 2020<br>Time:    10:00 AM<br>CTRM:   4, 5th Floor<br><br>Hon. Edward J. Davila |

Ms. Holmes joins Defendant Balwani's Motion to Dismiss the Second and Third Superseding Indictments Based on Pre-Indictment Delay, (ECF No. 493).

MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD
SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY
CR-18-00258-EJD

1  DATED: August 28, 2020

2                                                              /s/ Amy Mason Saharia
   KEVIN DOWNEY
3  LANCE WADE
   AMY MASON SAHARIA
4  KATHERINE TREFZ
   Attorneys for Elizabeth Holmes
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD
SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY
CR-18-00258-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020, a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

MS. HOLMES' JOINDER TO MR. BALWANI'S MOTION TO DISMISS SECOND & THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY
CR-18-00258-EJD