JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ELIZABETH HOLMES and </br> RAMESH "SUNNY" BALWANI, </br></br> Defendants. | Case No. CR-18-00258-EJD </br></br> **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MOTION TO DISMISS AS DUPLICITOUS COUNTS ONE AND THREE THROUGH EIGHT OF THE SECOND AND THIRD SUPERSEDING INDICTMENTS** </br></br> Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Dismiss as Duplicitous Counts One and Three Through Eight of the Second and Third Superseding Indictments ("Motion"). I attest to the following facts upon which the motion relies.

2.	Attached to the motion are two exhibits. The content of the exhibits are as follows:

a.	Exhibit A is a true and correct copy of an August 21, 2020, email from Assistant United States Attorney Robert Leach to Lance Wade.

b.	Exhibit B is a true and correct copy of a March 6, 2020, letter from Assistant United States Attorney John Bostic providing notice of evidence the government intends to introduce at trial pursuant to Federal Rule of Evidence 404(b).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of August, 2020 in Chevy Chase, MD.

*/s/ Amy M. Saharia*
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MOTION TO DISMISS AS DUPLICITOUS COUNTS ONE AND THREE THROUGH EIGHT OF THE SECOND AND THIRD SUPERSEDING INDICTMENTS
CR-18-00258 EJD                              2