1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,            )  Case No. CR-18-00258-EJD
15                                      )
         Plaintiff,                     )  **[PROPOSED] ORDER GRANTING MS.**
16                                      )  **HOLMES' MOTION TO DISMISS AS**
      v.                                )  **DUPLICITOUS COUNTS ONE AND THREE**
17                                      )  **THROUGH EIGHT OF THE SECOND AND**
   ELIZABETH HOLMES and                 )  **THIRD SUPERSEDING INDICTMENTS**
18 RAMESH "SUNNY" BALWANI,              )
                                        )  Hon. Edward J. Davila
19       Defendants.                    )
                                        )
20                                      )
                                        )
21 _____ )

22

23

24

25

26

27

28

 [PROPOSED] ORDER GRANTING MOTION TO DISMISS AS DUPLICITOUS COUNTS ONE AND
THREE THROUGH EIGHT OF THE SECOND AND THIRD SUPERSEDING INDICTMENTS
CR-18-00258-EJD

This **CAUSE** having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Dismiss as Duplicitous Counts One and Three through Eight of the Second and Third Superseding Indictments. After due consideration of the filings and the governing law, and the argument of the parties:

**IT IS HEREBY ORDERED** that Ms. Holmes' motion is **GRANTED**, and that Counts One and Three through Eight of the Second and Third Superseding Indictments are hereby **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AS DUPLICITOUS COUNTS ONE AND THREE THROUGH EIGHT OF THE SECOND AND THIRD SUPERSEDING INDICTMENTS
CR-18-00258 EJD