1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) ) ) | |
| Defendants. | ) ) ) ) ) | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE
THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE
THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT
CR-18-00258-EJD

This **CAUSE** having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Dismiss In Part Counts Two and Nine through Eleven of the Second Superseding Indictment and Counts Two and Nine through Twelve of the Third Superseding Indictment.  After due consideration of the filings, the governing law, and the argument of the parties:

**IT IS HEREBY ORDERED** that Ms. Holmes' motion is **GRANTED,** and that Counts Two and Nine through Eleven of the Second Superseding Indictment and Counts Two and Nine through Twelve of the Third Superseding Indictment are **DISMISSED** insofar as they allege a scheme to defraud and/or deceive doctors.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO DISMISS IN PART COUNTS TWO AND NINE THROUGH ELEVEN OF SECOND SUPERSEDING INDICTMENT AND COUNTS TWO AND NINE THROUGH TWELVE OF THIRD SUPERSEDING INDICTMENT
CR-18-00258 EJD

1