JEFFREY B. COOPERSMITH (SBN 252819)
WALTER F. BROWN (SBN 130248)
MELINDA HAAG (SBN 132612)
RANDALL S. LUSKEY (SBN 240915)
STEPHEN A. CAZARES (SBN 201864)

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   +1-415-773-5700
Facsimile:   +1-415-773-5759

Email: jcoopersmith@orrick.com; wbrown@orrick.com;
       mhaag@orrick.com; rluskey@orrick.com;
       scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT RAMESH "SUNNY" BALWANI'S JOINDER IN MS. HOLMES' MOTION TO DISMISS AS DUPLICITOUS COUNTS ONE AND THREE THROUGH EIGHT OF THE SECOND AND THIRD SUPERSEDING INDICTMENTS**<br><br>Date:    October 6, 2020<br>Time:    10:00 a.m.<br>CTRM: 4, 5th Floor<br><br>Hon. Edward J. Davila |

Defendant Ramesh Balwani joins in the Motion to Dismiss as Duplicitous Counts One and Three Through Eight of the Second and Third Superseding Indictments filed by Defendant Elizabeth Holmes (Dkt. No. 497).

| | | |
|---|---|---|
| 1 | DATED: August 28, 2020 | Respectfully submitted, |
| 2 | | ORRICK HERRINGTON & SUTCLIFFE LLP |
| 4 | | By: */s/ Jeffrey B. Coopersmith*<br>Jeffrey B. Coopersmith |
| 5 | | Attorney for Defendant<br>RAMESH BALWANI |