```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,        )
                                 )  CR-18-00258-EJD
              PLAINTIFF,         )
                                 )  SAN JOSE, CALIFORNIA
         VS.                     )
                                 )  AUGUST 11, 2020
ELIZABETH A. HOLMES AND          )
RAMESH SUNNY BALWANI,            )  PAGES 1 - 16
                                 )
              DEFENDANTS.        )
_____)


               TRANSCRIPT OF ZOOM PROCEEDINGS
           BEFORE THE HONORABLE EDWARD J. DAVILA
                UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S BY ZOOM:

FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  JOHN C. BOSTIC
                           JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                           VANESSA BAEHR-JONES
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1       A P P E A R A N C E S BY ZOOM: (CONT'D)
 2

 3       FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
 4                                    LANCE A. WADE
                                      KATHERINE A. TREFZ
 5                                    AMY M. SAHARIA
                                 725 TWELFTH STREET, N.W.
 6                               WASHINGTON, D.C. 20005

 7       FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                                 BY:  JEFFREY COOPERSMITH
 8                               701 FIFTH AVENUE, SUITE 5600
                                 SEATTLE, WASHINGTON 98104
 9
                                 BY:  STEPHEN A. CAZARES
10                               77 SOUTH FIGUEROA STREET, SUITE 3200
                                 LOS ANGELES, CALIFORNIA 90017
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                          AUGUST 11, 2020
 2                            P R O C E E D I N G S
 3            (COURT CONVENED AT 10:09 A.M.)
 4                THE COURT:  THANK YOU.  GOOD MORNING.  LET'S CALL
 5    18-258.  THIS IS UNITED STATES VERSUS HOLMES AND BALWANI.
 6         THANK YOU, MS. KRATZMANN, FOR SIGNING EVERYBODY IN.
 7         THIS IS A VIDEO HEARING, A VIDEO CONFERENCE HEARING.  I
 8    KNOW EVERYONE HAS JUST IDENTIFIED THEMSELVES, BUT WE'RE ON THE
 9    RECORD HERE.
10         LET ME ASK THE PARTIES TO ONCE AGAIN PLEASE STATE YOUR
11    APPEARANCE FOR THE RECORD.  WE'LL START WITH THE GOVERNMENT.
12         WHO APPEARS FOR THE GOVERNMENT?
13                MR. LEACH:  THANK YOU, YOUR HONOR.
14         ROBERT LEACH ON BEHALF OF THE UNITED STATES.
15         I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, AND
16    VANESSA BAEHR-JONES.
17                THE COURT:  THANK YOU.  GOOD MORNING TO EACH OF YOU.
18         AND FOR DEFENDANT HOLMES WHO APPEARS?
19                MR. WADE:  GOOD MORNING, YOUR HONOR.
20         IT'S LANCE WADE FROM WILLIAMS & CONNOLLY ON BEHALF OF
21    MS. HOLMES.
22         WITH ME THIS MORNING, OR THIS AFTERNOON ON OUR COAST, IS
23    MR. DOWNEY, MS. SAHARIA, AND MS. TREFZ.
24         I'LL ALSO NOTE THAT MS. HOLMES IS PRESENT AS WELL.  AND
25    CONSISTENT WITH PRIOR DIRECTION FROM THE COURT, WE'VE MADE
```

```
10:10AM   1    ARRANGEMENTS TO BE ABLE TO COMMUNICATE WITH HER IN THE EVENT A
10:10AM   2    BRIEF RECESS IS NECESSARY.
10:10AM   3              THE COURT:  THANK YOU.  GOOD MORNING TO EACH OF YOU.
10:10AM   4       LET ME ASK YOU, MR. WADE, DO YOU AND YOUR CLIENT CONSENT
10:11AM   5    TO PROCEEDING BY WAY OF VIDEO CONFERENCING RECOGNIZING THAT
10:11AM   6    YOUR CLIENT DOES HAVE THE RIGHT TO HAVE A PERSONAL APPEARANCE
10:11AM   7    IN THE COURT?
10:11AM   8       BUT AS I'VE STATED BEFORE, YOU'VE HEARD ME STATE THIS,
10:11AM   9    BECAUSE OF THE COVID CRISIS OUR COURTS HAVE DEVELOPED
10:11AM  10    PROTOCOLS, INCLUDING GENERAL ORDERS, TO MITIGATE THE PRESENCE
10:11AM  11    OF THE PUBLIC FOR THEIR SAFETY AND THE SAFETY OF ALL OF THE
10:11AM  12    LITIGANTS.
10:11AM  13       RECOGNIZING THAT, DO YOU AGREE TO PROCEED BY WAY OF THIS
10:11AM  14    VIDEO CONFERENCE?
10:11AM  15              MR. WADE:  WE DO CONSENT TO APPEARANCE IN THIS
10:11AM  16    MANNER, YOUR HONOR.
10:11AM  17              THE COURT:  THANK YOU.  THANK YOU VERY MUCH.
10:11AM  18       AND FOR DEFENDANT BALWANI?
10:11AM  19              MR. COOPERSMITH:  GOOD MORNING, YOUR HONOR.  THIS IS
10:11AM  20    JEFF COOPERSMITH FROM ORRICK, HERRINGTON & SUTCLIFFE FOR
10:11AM  21    MR. BALWANI.
10:11AM  22       AND I'M JOINED WITH STEPHEN CAZARES ON THE VIDEO.
10:11AM  23       AND MR. BALWANI IS ALSO PRESENT.
10:11AM  24       AS MR. WADE NOTED, WE CAN REACH MR. BALWANI SEPARATELY ON
10:11AM  25    A SEPARATE LINE IF THAT IS EVER NECESSARY.
```

```
10:12AM   1           THE COURT:  THANK YOU.  AND DOES YOUR CLIENT ALSO
10:12AM   2   CONSENT TO PROCEEDING BY WAY OF A VIDEO CONFERENCE THIS
10:12AM   3   MORNING?
10:12AM   4           MR. COOPERSMITH:  YES, YOUR HONOR.
10:12AM   5           THE COURT:  THANK YOU.  MR. COOPERSMITH, I'M GOING
10:12AM   6   TO ASK YOU IF IT'S AT ALL POSSIBLE FOR YOU TO MOVE YOUR DEVICE
10:12AM   7   CLOSER TO YOU BY THE MICROPHONE.  THAT MIGHT BENEFIT THE COURT
10:12AM   8   REPORTER.
10:12AM   9      ALL RIGHT.  THANK YOU.
10:12AM  10           MR. COOPERSMITH:  YES, YOUR HONOR, I'LL DO THAT.
10:12AM  11           THE COURT:  GREAT.  THANK YOU.
10:12AM  12      SO WE SET TODAY'S HEARING AS ANOTHER STATUS CONFERENCE IN
10:12AM  13   REGARDS TO OUR LAST HEARING AND MY THOUGHTS ABOUT THE TRIAL IN
10:12AM  14   THIS MATTER.
10:12AM  15      I HAVE RECEIVED YOUR DOCUMENT 482, WHICH IS YOUR JOINT
10:12AM  16   STATUS REPORT.  THANK YOU FOR YOUR EFFORTS IN PUTTING THAT
10:12AM  17   TOGETHER AND FOR MEETING AND CONFERRING AND COMING UP WITH
10:12AM  18   DATES.  I APPRECIATE IT.
10:12AM  19      I APPRECIATE YOUR EFFORTS TO MEET TO, AS I SAID BEFORE,
10:12AM  20   ADVANCE THE TRIAL AS BEST WE CAN, GIVEN THE CURRENT PANDEMIC
10:12AM  21   SITUATION.
10:12AM  22      THE TRIAL DATE IS ONE THING THAT WE'RE TRYING TO JUGGLE
10:13AM  23   AND CAPTURE FOR YOU, BUT THE WORK BEHIND THE TRIAL AS YOU ALL
10:13AM  24   KNOW, AND YOU'RE EXPERIENCED LITIGATORS, THAT'S REALLY WHERE
10:13AM  25   THE MEAT OF THE CASE IS, ISN'T IT, WITH THE WORK BEFORE.  AND
```

10:13AM 1    THIS SCHEDULE THAT YOU'VE PRESENTED IS A GOOD SCHEDULE.
10:13AM 2         I SHOULD TELL I KNOW THAT YOU TOOK NO PRIDE IN AUTHORSHIP.
10:13AM 3    YOU OFFERED IT TO THE COURT SUGGESTING THAT THE COURT LOOK AT
10:13AM 4    IT AND MAKE SOME CHANGES.  AND I'VE DONE THAT.  BUT I WANTED TO
10:13AM 5    THANK YOU IN ADVANCE FOR GIVING ME AT LEAST THE INITIAL
10:13AM 6    SCHEDULE FROM WHICH I COULD WORK.
10:13AM 7         SO WHAT I WANT TO DO IS TO -- FOR PURPOSES OF THIS
10:13AM 8    MORNING, OF COURSE YOU'LL RECEIVE AN ORDER, YOU'LL RECEIVE A
10:13AM 9    HARD COPY OR AT LEAST AN ELECTRONIC COPY AS WE POST IT, BUT I
10:13AM 10   DO WANT TO GO OVER THE DATES.
10:13AM 11        THERE ARE SOME DATES THAT I'M GOING TO CHANGE, AND
10:13AM 12   CANDIDLY, IT MOVES THINGS UP ABOUT A WEEK OR TWO.
10:14AM 13        I DON'T THINK -- FROM MY PERSPECTIVE IT'S NOT DRAMATIC.
10:14AM 14   FROM YOUR PERSPECTIVE WITH THE EXCELLENT TEAMS THAT BOTH SIDES
10:14AM 15   HAVE PUT TOGETHER HERE, I THINK IT'S SOMETHING THAT, IT'S
10:14AM 16   SOMETHING THAT YOU CAN ACCOMPLISH WITH THE SAME EXCELLENCE THAT
10:14AM 17   YOU'VE PRESENTED IN ALL OF THE OTHER ENDEAVORS IN THIS CASE.
10:14AM 18        SO LET ME TELL YOU THAT JUST GOING DOWN YOUR LIST, AND
10:14AM 19   LET'S START WITH -- OF COURSE YOU KNOW THAT NEXT MONDAY'S
10:14AM 20   HEARING DATE REGARDING YOUR MOTION HAS BEEN VACATED.  THAT'S
10:14AM 21   UNDER SUBMISSION, AND I'LL GET AN ORDER OUT TO YOU SOON ON
10:14AM 22   THAT.
10:14AM 23        SO WE'LL VACATE THE MONDAY, AUGUST 17TH HEARING DATE.
10:14AM 24        THE NEXT EVENT WOULD BE THE PRETRIAL MOTIONS, YOUR 12(B)
10:14AM 25   MOTIONS, AND I'M GOING TO MOVE THAT, THAT IS, THE DATES TO BE

```
10:14AM   1    FILED TO FRIDAY, AUGUST 28TH.
10:15AM   2         BUT LET ME ASK A QUESTION, DO YOU -- A QUESTION THAT WE
10:15AM   3    WERE DISCUSSING IN CHAMBERS, CANDIDLY, WAS, GEE, I WONDER HOW
10:15AM   4    MANY MOTIONS THERE ARE GOING TO BE.
10:15AM   5         NOW, I KNOW YOU CAN'T GIVE ME A NUMBER TODAY PERHAPS, AND
10:15AM   6    I CERTAINLY WOULDN'T HOLD YOU TO IT, BUT THAT IS A QUESTION,
10:15AM   7    HOW MANY OF THESE MOTIONS, 12(B) MOTIONS CAN WE ANTICIPATE?
10:15AM   8         AND I DON'T KNOW, MR. WADE, IF IT'S FAIR TO ASK YOU TO
10:15AM   9    COMMENT, YOU OR MR. DOWNEY ON THAT, OTHER THAN TO SAY YOU'LL DO
10:15AM  10    WHAT YOU NEED TO DO TO SUPPORT YOUR CLIENT'S INTEREST IN THE
10:15AM  11    CASE.  I RECOGNIZE THAT.
10:15AM  12         BUT -- GO AHEAD.
10:15AM  13              MR. WADE:  YES.  THANK YOU.  THANK YOU, YOUR HONOR.
10:15AM  14    I THINK WE NOTED IN A PREVIOUS HEARING WE EXPECT IN THE
10:15AM  15    NEIGHBORHOOD OF FOUR TO SIX MOTIONS.
10:15AM  16         OBVIOUSLY UNTIL YOU WRITE THEM AND COMPLETE ALL OF THE
10:15AM  17    RESEARCH, YOU NEVER KNOW FOR CERTAIN WHETHER YOU'LL FILE IT,
10:16AM  18    BUT WE ANTICIPATE FOUR TO SIX MOTIONS.
10:16AM  19              THE COURT:  OKAY.  THANK YOU FOR THAT.  I APPRECIATE
10:16AM  20    THAT.
10:16AM  21         NEXT, GOING DOWN ON THE SCHEDULE THE GOVERNMENT TO SERVE
10:16AM  22    ANY SUPPLEMENT TO 404(B) AND EXPERT DISCLOSURES.  I AM NOT
10:16AM  23    GOING TO -- LET'S SEE, THAT SHOULD BE MONDAY, SEPTEMBER 14TH.
10:16AM  24         THE RESPONSES TO THE 12(B)'S IS SOMETHING THAT I HAVE
10:16AM  25    MOVED, AND I'VE MOVED THAT TO SEPTEMBER 20TH, MR. LEACH,
```

| | | |
|---|---|---|
| 10:16AM | 1 | SEPTEMBER 20, AND THAT WOULD BE RESPONSES TO THE 12(B) MOTIONS. |
| 10:16AM | 2 | DEFENDANTS SERVE WITNESS AND EXHIBIT LISTS FOR THE |
| 10:16AM | 3 | CASE-IN-CHIEF IS SEPTEMBER 29. |
| 10:16AM | 4 | DEFENDANTS SERVING RULE 16 SUMMARY FOR EACH EXPERT WITNESS |
| 10:16AM | 5 | FOR CASE-IN-CHIEF IS OCTOBER 6TH, TUESDAY, OCTOBER 6TH. |
| 10:16AM | 6 | THE NEXT REAL CHANGE IS THE REPLIES FOR THE 12(B) MOTIONS, |
| 10:16AM | 7 | AND THAT WILL BE FRIDAY, OCTOBER 2ND, FRIDAY, OCTOBER 2ND. |
| 10:17AM | 8 | I'M HOPING THAT WE CAN DO HEARINGS ON THE 12(B) MOTIONS ON |
| 10:17AM | 9 | TUESDAY, OCTOBER 6TH. |
| 10:17AM | 10 | THE GOVERNMENT SHALL SERVE RULE 16 SUMMARIES FOR EXPERT |
| 10:17AM | 11 | WITNESS AND REBUTTAL TO DEFENSE EXPERTS ON OCTOBER 27TH. |
| 10:17AM | 12 | THE STATUS CONFERENCE REGARDING THE TRIAL DATE, I'M GOING |
| 10:17AM | 13 | TO MOVE A DAY TO WEDNESDAY -- EXCUSE ME, DECEMBER 2ND, |
| 10:17AM | 14 | WEDNESDAY, DECEMBER 2ND. |
| 10:17AM | 15 | AND, MS. KRATZMANN, WHAT TIME CAN WE, CAN WE HAVE THAT |
| 10:17AM | 16 | HEARING? |
| 10:18AM | 17 | THE CLERK:  YOUR HONOR, THAT CAN BE DECEMBER 2ND, |
| 10:18AM | 18 | WEDNESDAY AT 10:00 A.M. |
| 10:18AM | 19 | THE COURT:  ALL RIGHT.  THANK YOU.  LET'S DO THAT, |
| 10:18AM | 20 | COUNSEL, 10:00 A.M.  AGAIN, THAT IS A STATUS CONFERENCE |
| 10:18AM | 21 | REGARDING TRIAL I'LL CALL IT.  AND I'M SETTING THAT SO WE CAN |
| 10:18AM | 22 | CONTINUE TO MONITOR CONDITIONS AND GET AN UPDATE ON THE GENERAL |
| 10:18AM | 23 | STATUS OF THINGS. |
| 10:18AM | 24 | THE NEXT DATE THAT HAS SOME CHANGE IN IT, AND I NOTE THAT |
| 10:18AM | 25 | IN THE SCHEDULE THAT YOU'VE PRESENTED, THE WEEK -- EXCUSE ME, |

```
10:18AM  1   THE MONTH OF NOVEMBER WAS PRETTY VACANT, AND I EXPECT THAT'S
10:18AM  2   FOR HOLIDAY PURPOSES AND ALSO REGROUPING.
10:18AM  3        WHAT I'M GOING TO DO IS TO SET THE MOTION IN LIMINE AND
10:18AM  4   MOTIONS REGARDING EXPERTS DUE ON FRIDAY, NOVEMBER 20TH.  I'D
10:18AM  5   LIKE TO DO THAT.
10:19AM  6        I'M ANTICIPATING -- AND THIS IS JUST STRATEGIC PLANNING ON
10:19AM  7   MY PART IN THE SPIRIT OF FULL DISCLOSURE.  IT MAY BE THAT IT
10:19AM  8   MAKES MORE SENSE TO HAVE OUR MOTION IN LIMINE HEARING A
10:19AM  9   SEPARATE STANDALONE DATE APART FROM OUR PRETRIAL CONFERENCE.  I
10:19AM 10   KNOW TYPICALLY THOSE TWO THINGS ARE CONJOINED, WE DO THOSE
10:19AM 11   TOGETHER.
10:19AM 12        I'M JUST ANTICIPATING IT MIGHT MAKE SCHEDULING SENSE FOR
10:19AM 13   US TO HAVE OUR MIL MOTIONS DONE ON A STANDALONE DATE, AND
10:19AM 14   THAT'S WHY I SET THIS.
10:19AM 15        RESPONSES TO MOTION IN LIMINES AND MOTIONS REGARDING
10:19AM 16   EXPERTS WOULD BE DUE DECEMBER 18.
10:19AM 17        AND I KNOW MR. LEACH IS REALLY EAGER TO HAVE ME TO
10:19AM 18   SCHEDULE SOMETHING THROUGH THE DECEMBER HOLIDAY SEASON.  BUT,
10:19AM 19   MR. LEACH, I'M GOING TO BACK OFF FROM THAT AND RATHER WE'LL
10:19AM 20   HAVE THE REPLIES FOR THE MOTION IN LIMINES AND EXPERTS, THOSE
10:19AM 21   WILL BE DUE ON FRIDAY, JANUARY 15TH, JANUARY 15TH.
10:20AM 22        THEN I'D LIKE TO SET THE HEARING, THE STANDALONE HEARING
10:20AM 23   THAT I SPOKE ABOUT FOR THE MOTION IN LIMINES, LET'S DO THAT ON
10:20AM 24   FRIDAY, JANUARY 22ND, FRIDAY, JANUARY 22ND.
10:20AM 25        MS. KRATZMANN, CAN THAT BE AT 10:00 A.M. PACIFIC TIME?
```

```
10:20AM   1              THE CLERK: YES, YOUR HONOR, THAT CAN BE AT
10:20AM   2    10:00 A.M.
10:20AM   3              THE COURT: WE'LL DO THAT.
10:20AM   4        TUESDAY, FEBRUARY 9TH WILL BE THE DUE DATE FOR THE
10:20AM   5    PRETRIAL CONFERENCE STATEMENT.
10:20AM   6        AND THEN WE'LL MOVE THE PRETRIAL CONFERENCE.  AND I KNOW
10:20AM   7    YOU'RE VERY EAGER TO GET THIS DONE.  I KNOW THAT YOU SCHEDULED
10:20AM   8    THIS ON A HOLIDAY, FEBRUARY 15TH.
10:20AM   9        LET ME TELL YOU, AND I CHECKED WITH STAFF, AND THE
10:20AM  10    PREFERENCE WOULD BE TO DO IT THE FOLLOWING DAY, THE 16TH,
10:20AM  11    PLEASE, SO WE'LL DO IT ON FEBRUARY 16TH, FEBRUARY 16TH.
10:20AM  12        MS. KRATZMANN, WHAT TIME SHOULD THAT BE?
10:21AM  13        DO WE HAVE 10:00 A.M. AVAILABLE, TUESDAY?
10:21AM  14              THE CLERK: JUST ONE MOMENT, YOUR HONOR.  I NEED TO
10:21AM  15    SWITCH MY SCREEN.
10:21AM  16        FEBRUARY 16TH AT 10:00 A.M., YOUR HONOR, IS AVAILABLE.
10:21AM  17              THE COURT: ALL RIGHT.  THANK YOU.  10:00 A.M.
10:21AM  18        AND JURY SELECTION, AND I KNOW YOU HAD -- AND THANKS FOR
10:21AM  19    YOUR MEMO, YOU SUGGEST TRIAL DATES AND JURY SELECTION DATES.
10:21AM  20    I'M GOING TO SET THE -- I SAY THE TRIAL WILL BEGIN MARCH 9TH,
10:21AM  21    MARCH 9TH.  IT BEGINS WITH JURY SELECTION.  SO THE JURY
10:21AM  22    SELECTION WILL START MARCH 9TH, MARCH 9TH AT 9:00 A.M.
10:21AM  23        THE PURPOSE OF THE PRETRIAL CONFERENCE, AS YOU KNOW, IS TO
10:21AM  24    DISCUSS OTHER MATTERS, AND I ANTICIPATE THAT WE WILL AT THE
10:22AM  25    PRETRIAL CONFERENCE DISCUSS WHAT MEASURES BOTH SIDES ARE
```

```
10:22AM   1    ANTICIPATING TO USE FOR THE JURY SELECTION.
10:22AM   2         AND LET ME JUST BE CLEAR AND NOT OPAQUE.  I ANTICIPATE
10:22AM   3    THAT YOU'LL HAVE SOME JURY QUESTIONNAIRES THAT YOU MIGHT
10:22AM   4    PREPARE FOR THIS CASE THAT WILL INCLUDE CERTAIN ISSUES,
10:22AM   5    INCLUDING TIMING ISSUES SO WE CAN APPROPRIATELY TIME SCREEN THE
10:22AM   6    VENIRE AND GET THAT ISSUE OUT OF THE WAY.  SO WE'LL DISCUSS HOW
10:22AM   7    THAT WILL WORK.
10:22AM   8         AS YOU SEE, MARCH 9TH THE TRIAL WILL START WITH THE JURY
10:22AM   9    SELECTION.  IT MAY BE THAT THE JURY SELECTION WILL TAKE US A
10:22AM  10    DAY OR TWO OR THREE, THAT IS, TO FRIDAY THE 12TH.
10:22AM  11         I ANTICIPATE THAT EVIDENCE WILL START ON MARCH 16TH,
10:22AM  12    MARCH 16TH, OR AT LEAST OPENING STATEMENTS WOULD BEGIN
10:22AM  13    MARCH 16TH, TUESDAY, MARCH 16TH.
10:22AM  14         I TELL YOU THAT IN ADVANCE NOW, IF WE GET A JURY BY
10:23AM  15    3:00 P.M. ON MARCH 9TH, DO I ASK YOU TO MAKE YOUR OPENING
10:23AM  16    STATEMENTS ON THE 10TH?  WELL, WE'LL SEE.  THAT'S WHAT THE
10:23AM  17    PRETRIAL CONFERENCE WILL BE.
10:23AM  18         BUT I'M ANTICIPATING THAT WEEK WE'LL PROBABLY ENGAGE THE
10:23AM  19    PROCESS OF JURY SELECTION SUCH THAT WE CAN START FRESH THE WEEK
10:23AM  20    FOLLOWING.
10:23AM  21         SO THAT'S THE SCHEDULE THAT I'M GOING TO ADVANCE.
10:23AM  22    YOU'LL -- AS I SAID, I'LL POST THIS SCHEDULE, AND YOU'LL GET A
10:23AM  23    POSTING OF IT, AND YOU'LL HAVE IT ELECTRONICALLY FOR YOU.
10:23AM  24    THAT'S WHAT I WANTED TO ADVANCE FOR YOU NOW.
10:23AM  25         ANYTHING THAT ANYONE ELSE WANTS TO SAY IN REGARDS TO
```

|||
|---|---|
|10:23AM  1|MS. HOLMES'S TRIAL?  AND I'LL TALK ABOUT MR. BALWANI IN JUST A|
|10:23AM  2|MOMENT.|
|10:23AM  3|          MR. LEACH:  YOUR HONOR, APART FROM MY DISAPPOINTMENT|
|10:23AM  4|I HAVE EXTRA TIME OVER THE HOLIDAYS AND I'M NOT WORKING ON THE|
|10:23AM  5|HOLIDAY IN FEBRUARY, THAT'S FINE WITH THE GOVERNMENT.|
|10:23AM  6|          THE COURT:  ALL RIGHT.  THANK YOU, MR. LEACH.  I|
|10:24AM  7|APPRECIATE THAT CONCESSION.  THANK YOU.|
|10:24AM  8|          MR. WADE:  WE AGREE WITH THE GOVERNMENT.  I THINK|
|10:24AM  9|THAT'S FAIR AND REASONABLE, YOUR HONOR.  THANK YOU.|
|10:24AM 10|          THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.|
|10:24AM 11|   SO AS TO MR. BALWANI, I'M THINKING THAT WE SHOULD SET A|
|10:24AM 12|STATUS CONFERENCE FOR MR. BALWANI, MR. COOPERSMITH.  I'D LIKE|
|10:24AM 13|TO DO THAT SOME TIME IN DECEMBER, PLEASE.|
|10:24AM 14|   MS. KRATZMANN, I THINK IF YOU COULD FIND A DATE, EITHER|
|10:24AM 15|THE FIRST OR SECOND WEEK.  I DON'T WANT TO GO BEYOND THE SECOND|
|10:24AM 16|WEEK OF DECEMBER FOR THAT PURPOSE.|
|10:24AM 17|          THE CLERK:  YES, YOUR HONOR.|
|10:24AM 18|   ARE THE PARTIES AVAILABLE DECEMBER 8TH AT 10:00 A.M.?|
|10:24AM 19|THAT'S A TUESDAY.|
|10:24AM 20|          MR. COOPERSMITH:  YES, YOUR HONOR.  ONE QUESTION,|
|10:24AM 21|THOUGH.  I THINK WE HAVE AN AUGUST 31ST CONFERENCE SCHEDULED.|
|10:24AM 22|IS THAT STILL ON CALENDAR?|
|10:24AM 23|          THE COURT:  THANK YOU FOR THAT.  MY INTENT IS TO|
|10:24AM 24|VACATE THAT.|
|10:25AM 25|          MR. COOPERSMITH:  UNDERSTOOD.  YES, YOUR HONOR.|

```
10:25AM   1               MR. LEACH:  YOUR HONOR, DECEMBER 8TH IS FINE WITH
10:25AM   2    THE GOVERNMENT.
10:25AM   3               THE COURT:  OKAY.  LET'S DO THAT.
10:25AM   4          SHOULD THAT BE AT 10:0 A.M., MS. KRATZMANN?
10:25AM   5               THE CLERK:  YES, YOUR HONOR, 10:00 A.M.
10:25AM   6               THE COURT:  OKAY. ALL RIGHT.  THANK YOU.  I THINK
10:25AM   7    WE'VE ACCOMPLISHED EVERYTHING WE NEEDED TO DO THIS MORNING.
10:25AM   8          ANYTHING ELSE, MR. COOPERSMITH, MR. CAZARES AN BEHALF OF
10:25AM   9    YOUR CASE, YOUR CLIENT?
10:25AM  10               MR. COOPERSMITH:  NO, YOUR HONOR.  THANK YOU.
10:25AM  11               THE COURT:  ALL RIGHT.  THANK YOU.
10:25AM  12         MR. WADE, ANYTHING ELSE ON BEHALF OF YOU OR YOUR TEAM?
10:25AM  13               MR. WADE:  NOTHING, YOUR HONOR.  THANK YOU.
10:25AM  14               THE COURT:  THANK YOU.  MR. LEACH, ANYTHING FURTHER?
10:25AM  15               MR. LEACH:  YOUR HONOR, IN LIGHT OF THE PREPARATION
10:25AM  16   THAT STILL NEEDS TO TAKE PLACE AND IN LIGHT OF THE LIMITS THAT
10:25AM  17   WE'RE ALL UNDER COVID-19, I THINK IT'S APPROPRIATE TO EXCLUDE
10:25AM  18   TIME FOR EFFECTIVE PREPARATION FOR MS. HOLMES'S THROUGH THE
10:25AM  19   TRIAL DATE THAT THE COURT IS ABOUT TO SET AS WELL AS
10:26AM  20   MR. BALWANI THROUGH THE DECEMBER 8TH HEARING.
10:26AM  21               THE COURT:  THANK YOU.  AND THE COURT DOES FIND THAT
10:26AM  22   IT IS APPROPRIATE TO EXCLUDE TIME BASED ON THE COURT'S
10:26AM  23   RESETTING OF THE SCHEDULES TO ALLOW FOR EFFECTIVE PREPARATION
10:26AM  24   OF COUNSEL.
10:26AM  25         LET ME ASK, MR. WADE, ANY OBJECTIONS TO THE COURT
```

| | | |
|---|---|---|
| 10:26AM | 1 | EXCLUDING TIME? |
| 10:26AM | 2 | MR. WADE: NO OBJECTION, YOUR HONOR. |
| 10:26AM | 3 | THE COURT: THANK YOU. |
| 10:26AM | 4 | MR. COOPERSMITH, ANY OBJECTION FOR THE COURT EXCLUDING |
| 10:26AM | 5 | TIME? |
| 10:26AM | 6 | MR. COOPERSMITH: YOUR HONOR, IF IT'S OKAY WITH THE |
| 10:26AM | 7 | COURT, THE LAST TIME WE SUBMITTED A STIPULATION WITH MR. LEACH, |
| 10:26AM | 8 | WITH THE GOVERNMENT EXCLUDING TIME, WE HAD EXCLUDED TIME |
| 10:26AM | 9 | THROUGH AUGUST 31ST BECAUSE WE ANTICIPATED THERE WOULD BE A |
| 10:26AM | 10 | STATUS CONFERENCE. |
| 10:26AM | 11 | WHAT I'D LIKE TO DO -- I HAVE NOT HAD A CHANCE TO DISCUSS |
| 10:26AM | 12 | THAT WITH MR. BALWANI BECAUSE WE DIDN'T REALIZE THAT WOULD COME |
| 10:26AM | 13 | UP. |
| 10:26AM | 14 | IF WE COULD HAVE A DAY TO CONSULT WITH MR. BALWANI, AND |
| 10:26AM | 15 | THEN WE'LL WORK WITH MR. LEACH TO SUBMIT A STIPULATION IF WE IN |
| 10:26AM | 16 | FACT AGREE TO EXCLUDE THE TIME. THAT SHOULD JUST BE A DAY OR |
| 10:27AM | 17 | TWO. |
| 10:27AM | 18 | THE COURT: WELL, SHOULD I LEAVE THE -- THANK YOU |
| 10:27AM | 19 | FOR THAT. I APPRECIATE YOUR CANDOR. |
| 10:27AM | 20 | SHOULD I LEAVE THEN THE AUGUST 31ST DATE ON INCLUDING THE |
| 10:27AM | 21 | EXCLUSION OF TIME AND THEN WAIT FOR YOUR STIPULATION TO EXTEND |
| 10:27AM | 22 | THAT TO ANOTHER DATE? |
| 10:27AM | 23 | MR. COOPERSMITH: YOUR HONOR, JUST BECAUSE I DON'T |
| 10:27AM | 24 | WANT TO PREJUDGE IT, THAT WOULD WORK, BUT I ANTICIPATE THAT IF |
| 10:27AM | 25 | WE SUBMIT THE STIPULATION WITH THE GOVERNMENT THEN THE COURT |

```
10:27AM   1    WOULD GO AHEAD AND VACATE THE AUGUST 31ST DATE AS YOU SAID; IS
10:27AM   2    THAT CORRECT?
10:27AM   3              THE COURT:  THAT MIGHT -- I APPRECIATE THAT.  THAT
10:27AM   4    MIGHT CREATE AN INTERRUPTION IN THE TIME, THOUGH.
10:27AM   5         MR. LEACH?
10:27AM   6              MR. LEACH:  YOUR HONOR, I THINK IT WOULD BE PRUDENT
10:27AM   7    TO KEEP THE AUGUST 31ST DATE ON CALENDAR FOR NOW.  I'M HOPEFUL
10:27AM   8    THAT MR. COOPERSMITH AND I WILL REACH AN AGREEMENT TO AN
10:27AM   9    APPROPRIATE STIPULATION AND IN THAT STIPULATION, IF WE DO REACH
10:27AM  10    AGREEMENT, WE COULD PROPOSE THAT THE 31ST DATE BE VACATED AND
10:27AM  11    RESET FOR THE 8TH.
10:27AM  12         BUT TIME IS EXCLUDED THROUGH THE 31ST.  I THINK IT'S WISE
10:28AM  13    TO KEEP THAT ON CALENDAR FOR NOW JUST SO WE DON'T LOSE THAT.
10:28AM  14         BUT I'M HOPEFUL THAT WE'LL HAVE AN APPROPRIATE STIPULATION
10:28AM  15    WITH MR. COOPERSMITH WHICH WE COULD SUBMIT SHORTLY.
10:28AM  16              THE COURT:  OKAY.  WELL, I'D BE SURPRISED IF YOU
10:28AM  17    HADN'T.  ALL COUNSEL HAVE BEEN COOPERATIVE THROUGHOUT THIS
10:28AM  18    PROCESS HERETOFORE.
10:28AM  19         SO LET ME -- MS. KRATZMANN, I AM NOT GOING TO VACATE -- I
10:28AM  20    AM GOING TO SET ASIDE THAT PREVIOUS ORDER.  I WILL NOT VACATE
10:28AM  21    THE AUGUST 31ST DATE.  THAT WILL REMAIN ON CALENDAR ALONG WITH
10:28AM  22    THE TIME EXCLUSION TO AUGUST 31ST.  AND SHOULD THERE BE A NEED
10:28AM  23    TO CHANGE THAT BY WAY OF STIPULATION, WE'LL RECEIVE THAT, AND
10:28AM  24    IT WILL INCLUDE ANY TIME EXCLUSION GOING FORWARD THEN.  I'LL
10:28AM  25    RECEIVE THAT.
```

```
10:28AM   1                THE CLERK:  UNDERSTOOD.
10:28AM   2                THE COURT:  OKAY.  DOES THAT WORK FOR YOU,
10:28AM   3    MR. COOPERSMITH?
10:28AM   4                MR. COOPERSMITH:  YES, YOUR HONOR.  THANK YOU.
10:28AM   5                THE COURT:  ANYTHING FURTHER?
10:28AM   6                MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
10:28AM   7    THANK YOU.
10:28AM   8                THE COURT:  ALL RIGHT.  THANK YOU.  IT'S GOOD SEEING
10:28AM   9    YOU ALL.  PLEASE BE SAFE, CONTINUE TO BE SAFE, YOU AND YOUR
10:29AM  10    FAMILIES AND EVERYONE, AND I WISH YOU GOOD HEALTH AND I KNOW
10:29AM  11    WE'LL BE SEEING EACH OTHER AGAIN SOON.
10:29AM  12         THANK YOU VERY MUCH.
10:29AM  13                MR. BOSTIC:  THANK YOU, YOUR HONOR.
10:29AM  14                MR. DOWNEY:  THANK YOU, YOUR HONOR.
10:29AM  15                THE CLERK:  COURT IS ADJOURNED.
10:29AM  16           (COURT CONCLUDED AT 10:29 A.M.)
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: SEPTEMBER 16, 2020