1  ADAM A. REEVES (NYBN 2363877)
   Attorney for the United States,
2  Acting Under Authority Conferred By 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   JEFF SCHENK (CABN 234355)
5  JOHN C. BOSTIC (CABN 264367)
   ROBERT S. LEACH (CABN 196191)
6  VANESSA BAEHR-JONES (CABN 281715)
   Assistant United States Attorneys
7
       150 Almaden Boulevard, Suite 900
8      San Jose, California 95113
       Telephone: (408) 535-5061
9      Fax: (408) 535-5066
       Robert.Leach@usdoj.gov
10
   Attorneys for United States of America
11
                    UNITED STATES DISTRICT COURT
12
                 NORTHERN DISTRICT OF CALIFORNIA
13
                         SAN JOSE DIVISION
14

15 UNITED STATES OF AMERICA,            )  Case No. 18-CR-00258 EJD
                                        )
16        Plaintiff,                    )  SEPTEMBER 18, 2020 DECLARATION OF
                                        )  AUSA ROBERT S. LEACH IN SUPPORT OF
17    v.                                )  UNITED STATES' OPPOSITION TO
                                        )  DEFENDANTS' MOTION TO DISMISS
18 ELIZABETH HOLMES and RAMESH          )  SECOND AND THIRD SUPERSEDING
   "SUNNY" BALWANI,                     )  INDICTMENTS BASED ON PRE-
19                                      )  INDICTMENT DELAY
          Defendants.                   )
20                                      )  Date:   October 6, 2020
                                        )  Time:   10:00 a.m.
21                                      )  Court:  Hon. Edward J. Davila
                                        )
22                                      )  **REDACTED VERSION**
                                        )
23 _____)

24        I, Robert S. Leach, declare as follows:

25        1.      I am an Assistant United States Attorney with the United States Attorney's Office for the

26 Northern District of California ("USAO").  I am one of the prosecutors assigned to this matter and have

27 been since 2016.  I make this declaration in support of the United States' Opposition to Defendants'

28 Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay.

2.      Attached as Exhibit A is a true and correct copy of the transcript of a hearing in this matter on April 22, 2019.

3.      Attached as Exhibit B is a true and correct copy of portions of the transcript of a hearing in this matter on June 28, 2019.

4.      Attached as Exhibit C is a true and correct copy of ███████████████████████ ██████████████ .

5.      Attached as Exhibit D is a true and correct copy of ███████████████████ ████████████████████████████████████████████████ ███████████████████████████ .

6.      Attached as Exhibit E is a true and correct copy of the transcript of a hearing in this matter on April 15, 2020.

7.      Attached as Exhibit F is a true and correct copy of portions of the transcript of a hearing in this matter on July 20, 2020.

8.      Attached as Exhibit G is a true and correct copy of a document Bates numbered SEC-EPROD-000356416 produced in discovery in this case.  The document appears to be an email from Don Lucas' son on or about September 22, 2013 stating: "my dad was Chairman of [Theranos] until his Alzheimer's."  Personal identifying information is redacted.

9.      The government produced evidence it had gathered from Walgreens, Safeway, and Theranos board members in its initial productions in August 2018 and October 2018.  To give just a few examples, witness statements from at least two Walgreens witnesses (Jay Rosan and Nimesh Javeri); Safeway's CEO, and three Theranos board members and documents Bates numbered WAG-TH-DOJ and SWYDOJ were included in the government's initial productions.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 18th day of September 2020.

/s Robert S. Leach
_____
ROBERT S. LEACH
Assistant United States Attorney

# EXHIBIT A

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD &
5                                      )   CV-18-01603-EJD
                    PLAINTIFF,         )
6                                      )
           VS.                         )   SAN JOSE, CALIFORNIA
7                                      )
     ELIZABETH A. HOLMES AND RAMESH    )   APRIL 22, 2019
8    SUNNY BALWANI,                    )
                                       )   PAGES 1 - 27
9                  DEFENDANTS.         )
     _____)
10                                     )
     SECURITIES AND EXCHANGE           )
11   COMMISSION,                       )
                                       )
12                  PLAINTIFF,         )
                                       )
13         VS.                         )
                                       )
14   RAMESH SUNNY BALWANI,             )
                                       )
15                  DEFENDANTS.        )
     _____)
16
                   TRANSCRIPT OF PROCEEDINGS
17           BEFORE THE HONORABLE EDWARD J. DAVILA
                 UNITED STATES DISTRICT JUDGE
18
     A P P E A R A N C E S:
19
     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
20                         BY:  JOHN BOSTIC
                                ROBERT LEACH
21                              JEFFREY SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
22                         SAN JOSE, CALIFORNIA 95113

23   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                         CERTIFICATE NUMBER 8074

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE WADE
                                725 TWELFTH STREET, N.W.
 5                              WASHINGTON, D.C. 20005

 6                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
 7                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
 8
       FOR DEFENDANT BALWANI:  DAVIS, WRIGHT & TREMAINE LLP
 9                              BY:  JEFFREY COOPERSMITH
                                     STEPHEN CAZARES
10                                   KELLY M. GORTON
                                505 MONTGOMERY STREET, SUITE 800
11                              SAN FRANCISCO, CALIFORNIA 94111

12     FOR THE S.E.C.:          UNITED STATES SECURITIES AND EXCHANGE
                                COMMISSION
13                              BY:  SUSAN F. LAMARCA
                                     RAHUL KOLHATKAR
14                              44 MONTGOMERY STREET, SUITE 2600
                                SAN FRANCISCO, CALIFORNIA 94104
15

16

17

18

19

20

21

22

23

24

25
```

3

|       |    |                                                               |
|-------|----|---------------------------------------------------------------|
|       | 1  | SAN JOSE, CALIFORNIA                    APRIL 22, 2019         |
|       | 2  | P R O C E E D I N G S                                         |
|       | 3  | (COURT CONVENED AT 1:36 P.M.)                                 |
| 01:36PM | 4  | THE COURT:  WELL, LET'S NOW TURN TO 18-258, UNITED          |
| 01:36PM | 5  | STATES VERSUS ELIZABETH HOLMES, RAMESH SUNNY BALWANI, AND WE'LL |
| 01:36PM | 6  | CALL COMPANION CASE 18-1603, S.E.C. VERSUS BALWANI.          |
| 01:36PM | 7  | IF THOSE PARTIES COULD COME FORWARD, PLEASE.                 |
| 01:36PM | 8  | MR. BOSTIC:  GOOD AFTERNOON, YOUR HONOR.                     |
| 01:36PM | 9  | JOHN BOSTIC, JEFF SCHENK, AND BOB LEACH FOR THE UNITED STATES. |
| 01:36PM | 10 | THE COURT:  GOOD AFTERNOON.  LET ME CAPTURE YOUR             |
| 01:37PM | 11 | COLLEAGUES.                                                   |
| 01:37PM | 12 | MS. LAMARCA:  SUSAN LAMARCA AND RAHUL KOLHATKAR FOR          |
| 01:37PM | 13 | THE S.E.C.                                                    |
| 01:37PM | 14 | THE COURT:  THANK YOU.                                        |
| 01:37PM | 15 | MR. DOWNEY:  GOOD AFTERNOON, YOUR HONOR.                     |
| 01:37PM | 16 | KEVIN DOWNEY AND LANCE WADE FOR ELIZABETH HOLMES WHO'S PRESENT |
| 01:37PM | 17 | IN COURT AS WELL.                                             |
| 01:37PM | 18 | THE COURT:  THANK YOU.  GOOD AFTERNOON.                      |
| 01:37PM | 19 | MR. COOPERSMITH:  GOOD AFTERNOON, YOUR HONOR.                |
| 01:37PM | 20 | JEFF COOPERSMITH FOR RAMESH BALWANI WHO IS TO MY RIGHT AND ALSO |
| 01:37PM | 21 | KELLY GORTON AND STEVE CAZARES FROM MY OFFICE.               |
| 01:37PM | 22 | THE COURT:  GOOD AFTERNOON.  THIS IS ON FOR FURTHER          |
| 01:37PM | 23 | STATUS.  I HAVE READ AND REVIEWED YOUR DOCUMENT 66, AND WE'RE |
| 01:37PM | 24 | CALLING THE CRIMINAL CASE FIRST, AND THEN WE'LL TURN TO THE  |
| 01:37PM | 25 | S.E.C. CASE IN JUST A MOMENT.                                |

01:37PM  1          I HAVE READ THE JOINT MEMORANDUM.  THANK YOU FOR THAT.

01:37PM  2          I SUPPOSE I SHOULD GET UPDATED FROM COUNSEL.  IT LOOKS

01:37PM  3   LIKE THERE'S PROBABLY TWO MOTIONS THAT WILL BE PENDING IF NOT

01:37PM  4   PENDING CURRENTLY, AND I'D LIKE TO DISCUSS THAT.  I HAD SOME

01:37PM  5   THOUGHTS ALSO ABOUT TRIAL DATES, AND WE SHOULD PROBABLY BE

01:37PM  6   THINKING ABOUT AND LOOKING AT TRIAL DATES ONGOING.

01:37PM  7          SO, COUNSEL, WHO WOULD LIKE TO GO FIRST?  MR. BOSTIC.

01:38PM  8          MR. BOSTIC:  SO, YOUR HONOR, ON THE TWO PENDING

01:38PM  9   MOTIONS MY COLLEAGUE, MR. LEACH, WILL ADDRESS THE MOTION TO

01:38PM 10   STAY WHEN WE DISCUSS THAT.

01:38PM 11          ON DEFENDANTS' MOTION TO COMPEL DISCOVERY PRODUCTION FROM

01:38PM 12   THE GOVERNMENT, AS THE COURT KNOWS FROM THE JOINT STATUS

01:38PM 13   SUBMISSION, THE GOVERNMENT HAS PRODUCED APPROXIMATELY 20

01:38PM 14   MILLION PAGES ALREADY.  THE ADDITIONAL CATEGORIES OF DOCUMENTS

01:38PM 15   ADDRESSED IN THE PENDING MOTION ARE MOSTLY HELD IN THE HANDS OF

01:38PM 16   GOVERNMENT AGENCIES LIKE THE FDA AND THE CMS.

01:38PM 17          IN ORDER TO RESPOND TO THAT MOTION, THE GOVERNMENT

01:38PM 18   BELIEVES THAT IT NEEDS TO COLLECT SOME ADDITIONAL INFORMATION

01:38PM 19   FROM THOSE AGENCIES.

01:38PM 20          I INFORMED COUNSEL FOR MS. HOLMES JUST BEFORE THIS HEARING

01:38PM 21   THAT THE LAWYERS THAT I'VE BEEN DEALING WITH AT CMS AND FDA ARE

01:38PM 22   OUT OF TOWN OR RECENTLY OUT OF TOWN AND I BELIEVE OUT OF THE

01:38PM 23   COUNTRY.

01:38PM 24          ONE REPRESENTING CMS RETURNS FROM BEING ON LEAVE I BELIEVE

01:38PM 25   ON MAY 1ST OR 2ND.  I THINK IN ORDER TO PRESENT THE COURT WITH

01:39PM 1    THE FACTS THAT IT NEEDS TO RULE ON THAT MOTION, I DO NEED TO

01:39PM 2    CONSULT WITH THOSE ATTORNEYS.  THE GOVERNMENT COUNSEL IN THIS

01:39PM 3    CASE DOES NOT REPRESENT THOSE AGENCIES AND WILL NOT REPRESENT

01:39PM 4    THOSE AGENCIES FOR PURPOSES OF THIS CASE.  SO IN ORDER TO GET

01:39PM 5    THAT INFORMATION FOR THE COURT, I WOULD LIKE A CHANCE TO

01:39PM 6    CONSULT WITH THOSE LAWYERS.  SO I WOULD JUST ASK THAT IN

01:39PM 7    SETTING A BRIEFING AND HEARING SCHEDULE FOR THAT MOTION WE

01:39PM 8    ACCOUNT FOR THAT.

01:39PM 9            THE COURT:  OKAY.  HAVE YOU MET AND CONFERRED ABOUT

01:39PM 10   THAT?

01:39PM 11           MR. DOWNEY:  YOUR HONOR, WE DISCUSSED IT.  OUR

01:39PM 12   REFLECTION ON MR. BOSTIC'S REQUEST WAS OF COURSE WE WANT TO

01:39PM 13   ACCOMMODATE HIM UNDERTAKING A REASONABLE PROCESS SO THE MOTION

01:39PM 14   CAN BE BRIEFED.

01:39PM 15      WE'RE CONCERNED ABOUT THE PACE OF THE PRODUCTION OF

01:39PM 16   DISCOVERY.  THERE'S NO --

01:39PM 17           THE COURT:  IT'S ONLY MILLIONS OF PAGES.

01:39PM 18           MR. DOWNEY:  YEAH, MILLIONS OF PAGES HAVE ALREADY

01:39PM 19   BEEN PRODUCED.  I GATHER MILLIONS MORE ARE TO BE PRODUCED.

01:39PM 20      SO WE DON'T OPPOSE THAT.  WE JUST -- IN THE CONTEXT OF A

01:39PM 21   BROADER DISCUSSION ABOUT WHEN IT'S REALISTIC TO SET A TRIAL

01:39PM 22   DATE.

01:39PM 23           THE COURT:  SURE.

01:39PM 24           MR. DOWNEY:  SO ASSUMING THAT WE HAVE, YOU KNOW, AN

01:40PM 25   OPPORTUNITY, IF WE PREVAIL ON THE MOTION, AN ADEQUATE

01:40PM  1    OPPORTUNITY TO REVIEW WHATEVER IS PRODUCED, THAT'S FINE WITH

01:40PM  2    US.  WE'RE JUST CONCERNED BECAUSE THE AMOUNT OF TIME, LEAD TIME

01:40PM  3    THAT THE GOVERNMENT PROPOSED IN THE JOINT STATUS MEMORANDUM

01:40PM  4    SOUNDS LIKE A FAIR AMOUNT OF TIME, BUT GIVEN THE VOLUME OF

01:40PM  5    MATERIAL IT'S REALLY NOT.

01:40PM  6        SO OUR CONCERN ABOUT THAT IS NOT ACCOMMODATING MR. BOSTIC,

01:40PM  7    WHICH WE'RE HAPPY TO DO, IT'S JUST ABOUT THE BROADER SET OF

01:40PM  8    ISSUES.

01:40PM  9            THE COURT:  SURE.  WELL, THANK YOU.

01:40PM  10       MY SENSE, AND IT'S PROBABLY YOUR EXPERIENCE ALSO, WITH

01:40PM  11   THESE TYPES OF MOTIONS TYPICALLY THERE'S ADDITIONAL MEET AND

01:40PM  12   CONFERS.  SOMETIMES THERE'S RESOLUTION REGARDING WHAT CAN BE

01:40PM  13   OBTAINED AND WHAT IS OBTAINED.  SOMETIMES THE INFORMATION, WHEN

01:40PM  14   THE GOVERNMENT IS IN THEIR SITUATION THAT THEY'RE IN NOW, WHEN

01:40PM  15   THEY MEET WITH THE OTHER INDIVIDUALS THEY'RE ABLE TO SECURE

01:40PM  16   ADDITIONAL INFORMATION THAT MIGHT NOT CURE THE ENTIRETY OF THE

01:40PM  17   DEFECTS AS YOU SEE IT NOW BUT AT LEAST GO A LONG WAY TOWARDS

01:41PM  18   THAT.

01:41PM  19       MR. BOSTIC AND MR. SCHENK, IF WHAT I'M HEARING IS THAT YOU

01:41PM  20   NEED TO DISCUSS OR AT LEAST TALK WITH OTHER AGENCIES REGARDING

01:41PM  21   OTHER DISCOVERY MATTERS THAT MIGHT BE USEFUL TO THAT

01:41PM  22   CONVERSATION, THAT'S WHAT I'M HEARING, THEN I THINK THAT MAYBE

01:41PM  23   WE CAN FIND SOME ACCORD WHERE I DON'T KNOW IF WE NEED AN

01:41PM  24   ADDITIONAL STATUS TO DETERMINE A DATE OR IF I GIVE YOU DATES

01:41PM  25   NOW.  I HATE TO DO THAT NOW AND BLIND THEM NOT KNOWING WHAT IS

01:41PM   1    IN STORE FOR YOUR CONVERSATIONS.

01:41PM   2            MR. BOSTIC:  YOUR HONOR, JUST TO BE CLEAR, I THINK

01:41PM   3    THAT IS PART OF THE OBJECTIVE OF THOSE ADDITIONAL CONVERSATIONS

01:41PM   4    WITH AGENCY COUNSEL TO SEE WHETHER THERE'S SOME MIDDLE GROUND,

01:41PM   5    SOME ABILITY TO COMPROMISE.

01:41PM   6        BUT IN ADDITION, I BELIEVE THAT THE DEFENSE MOTION WILL

01:41PM   7    TURN AT LEAST PARTLY OR IN LARGE PART ON WHETHER THE

01:41PM   8    GOVERNMENT, WHETHER THE PROSECUTION IS DEEMED TO HAVE ACCESS TO

01:41PM   9    THE DOCUMENTS IN THE POSSESSION OF THESE AGENCIES.

01:41PM   10       SO IT'S REALLY TO EXPLAIN THOSE RELEVANT FACTS TO THE

01:42PM   11   COURT TO DETERMINE TO WHAT EXTENT DO WE HAVE ACCESS TO THOSE

01:42PM   12   DOCUMENTS.

01:42PM   13           THE COURT:  SURE.  YOU CAN'T HAVE THAT CONVERSATION

01:42PM   14   UNTIL THE FIRST PART OF MAY IT SOUNDS LIKE.

01:42PM   15           MR. BOSTIC:  CORRECT, YOUR HONOR, AT LEAST WE

01:42PM   16   CANNOT -- AT LEAST AS TO CMS WE CANNOT FINISH THAT CONVERSATION

01:42PM   17   UNTIL THEN.

01:42PM   18           THE COURT:  ALL RIGHT.  DO YOU HAVE SUGGESTIONS

01:42PM   19   ABOUT WHAT WE SHOULD DO?

01:42PM   20           MR. DOWNEY:  YOUR HONOR, I THINK MY SUGGESTION WOULD

01:42PM   21   BE THAT WE FILE AN UPDATE WITH THE COURT PERHAPS AT THE END OF

01:42PM   22   THE WEEK FOLLOWING THE WEEK WHEN MR. BOSTIC ANTICIPATES THAT

01:42PM   23   HE'LL HAVE THOSE CONVERSATIONS.

01:42PM   24       MY CONCERN IS ONLY THIS, I ANTICIPATE THAT THE AGENCIES

01:42PM   25   PROBABLY WILL PRODUCE SOME ADDITIONAL AMOUNT OF MATERIAL.  IT'S

01:42PM 1    CLEAR TO US FROM OUR REVIEW OF WHAT HAS BEEN PRODUCED THUS FAR

01:42PM 2    THAT THERE'S A GOOD BIT OF ADDITIONAL MATERIAL THAT IS PROBABLY

01:42PM 3    MATERIAL TO OUR PREPARATION AND IN MANY INSTANCES EXCULPATORY.

01:42PM 4        IT MAY BE PREFERABLE ULTIMATELY FOR THE AGENCIES TO

01:42PM 5    CONDUCT THEIR THOUGHT PROCESS ON THEIR REVIEW RECOGNIZING THAT

01:42PM 6    THEY'RE GOING TO BE OBLIGATED TO PRODUCE DOCUMENTS WHICH MEET

01:43PM 7    THOSE STANDARDS.

01:43PM 8        SO I DON'T WANT TO FORESHADOW WHAT THEIR CONSULTATION

01:43PM 9    PROCESS YIELDS, BUT I THINK WE SHOULD REPORT BACK AT THE END OF

01:43PM 10   THE WEEK AFTER -- THE WEEK THAT MR. BOSTIC CONSULTS WITH HIS

01:43PM 11   COLLEAGUES AND OTHER AGENCIES, BUT WE MAY AT THAT TIME FIND

01:43PM 12   WE'RE NOT MAKING SUFFICIENT PROGRESS, THAT WE WOULD LIKE THE

01:43PM 13   MOTION TO BE HEARD.

01:43PM 14       BUT I DON'T WANT TO FOREJUDGE THAT, YOUR HONOR.  WE CAN

01:43PM 15   SEE.

01:43PM 16           THE COURT:  WELL, THANK YOU.  THE ISSUE BEFORE THE

01:43PM 17   COURT NOW IS TO DETERMINE A BRIEFING SCHEDULE --

01:43PM 18           MR. DOWNEY:  YES.

01:43PM 19           THE COURT:  -- AS TO WHEN THE GOVERNMENT SHOULD FILE

01:43PM 20   THEIR REPLY AND OPPOSITION.

01:43PM 21           MR. DOWNEY:  UNDERSTOOD.  AND I THINK WE CAN DEFER

01:43PM 22   THE OPPOSITION AT LEAST UNTIL WE FILE THAT MEMORANDUM AND UNTIL

01:43PM 23   WE FILE THAT JOINT UPDATE.

01:43PM 24           THE COURT:  SURE.

01:43PM 25           MR. DOWNEY:  AND IF, IN FACT, AT THAT TIME IT'S

01:43PM 1    NECESSARY FOR THE GOVERNMENT TO CONTINUE AND GO AHEAD AND BRIEF

01:43PM 2    IT, WE'LL DO IT THEN.

01:43PM 3            MR. BOSTIC:  YOUR HONOR, NO OBJECTION TO THAT

01:43PM 4    APPROACH FROM THE GOVERNMENT.

01:43PM 5            THE COURT:  OKAY.  LET ME ASK, IS THERE ANY

01:43PM 6    CONNECTION BETWEEN -- LET'S TURN TO THE S.E.C. CASE FOR JUST A

01:44PM 7    MOMENT.

01:44PM 8        I UNDERSTAND THE GOVERNMENT HAS FILED A MOTION TO

01:44PM 9    INTERVENE IN THE CRIMINAL CASE.  I'M JUST CURIOUS WHETHER

01:44PM 10   THERE'S SOME CROSS-POLLINIZATION BETWEEN THESE TWO THINGS.

01:44PM 11           MR. LEACH:  YES, YOUR HONOR.  MR. LEACH FOR THE

01:44PM 12   GOVERNMENT.  I DON'T THINK THERE IS.  THE DISCOVERY THAT

01:44PM 13   MS. HOLMES IS SEEKING ARE DOCUMENTS IN THE POSSESSION OF THE

01:44PM 14   FDA AND CMS WHICH THE GOVERNMENT CONTENDS ARE NOT PART OF THE

01:44PM 15   PROSECUTION TEAM AND NOT SUBJECT TO OUR RULE 16 BRADY AND

01:44PM 16   GIGLIO OBLIGATIONS.

01:44PM 17       THE MOTION TO INTERVENE AND STAY IS REALLY DIRECTED AT

01:44PM 18   SOME DISCOVERY THAT MR. BALWANI IS ATTEMPTING TO TAKE IN THE

01:44PM 19   CIVIL CASE RELATING TO DOCTORS AND PATIENTS WHO IN OUR JUDGMENT

01:44PM 20   HAVE NOTHING TO DO WITH THE S.E.C. CASE BUT EVERYTHING TO DO

01:44PM 21   WITH THE CRIMINAL CASE.

01:44PM 22       SO WE THINK SOME OF THE RECENT DISCOVERY HAS CROSSED THE

01:44PM 23   LINE IN TERMS OF RELEVANCE OF THE S.E.C. CASE.  WE ALSO TOOK A

01:44PM 24   LOOK AT THE KEATING FACTORS IN THE MOST RECENT NINTH CIRCUIT

01:45PM 25   DECISION ON STAYS, AND WE REALLY THINK THAT THE BREADTH OF

01:45PM  1   CIVIL DISCOVERY IN THE S.E.C. CASE IS DISTRACTING FROM THE

01:45PM  2   PARTIES' ABILITY TO MOVE THE CASE FORWARD AND GET A TRIAL DATE

01:45PM  3   IN THE CRIMINAL CASE.

01:45PM  4       SO I THINK THOSE ARE -- WE DO NOT TAKE A POSITION ON ANY

01:45PM  5   DISCOVERY MR. BALWANI HAS TAKEN OF THE FDA OR CMS IN THE S.E.C.

01:45PM  6   CASE.  IT'S REALLY FOCUSSED ON DOCTORS AND PATIENTS AND THE

01:45PM  7   OVERALL BREADTH OF IT.

01:45PM  8           MR. COPPERSMITH:  THANK YOU, YOUR HONOR.  WE'RE

01:45PM  9   GOING TO RESPOND TO THE GOVERNMENT'S MOTION TO INTERVENE AND

01:45PM 10   STAY.  OUR OPPOSITION IS DUE TWO WEEKS FROM THIS PAST FRIDAY SO

01:45PM 11   WE INTEND TO PUT IN A FULL OPPOSITION.  WE DON'T AGREE WITH THE

01:45PM 12   GOVERNMENT THERE SHOULD BE A MOTION, BUT LET ME SAY A FEW

01:45PM 13   THINGS IN RESPONSE TO MR. LEACH.

01:45PM 14           THE COURT:  SURE.

01:45PM 15           MR. COPPERSMITH:  THAT IS, IT'S BEEN ABOUT A YEAR

01:45PM 16   SINCE THE DISCOVERY COMMENCED IN THE S.E.C. CASE.

01:45PM 17       JUST LIKE IN THE CRIMINAL CASE, THERE ARE MILLIONS OF

01:45PM 18   PAGES OF DOCUMENTS.  AS WE SEE THE S.E.C. CASE, AND WE PUT THIS

01:46PM 19   IN THE STATUS REPORT FOR YOUR HONOR, WE BELIEVE THERE ARE

01:46PM 20   ALLEGATIONS ABOUT THE CAPABILITIES OF THERANOS'S LABORATORIES

01:46PM 21   AND ITS ANALYZER AND IT NOT BEING ACCURATE.  WE'VE ACTUALLY

01:46PM 22   TRIED TO PROPOSE SOME THINGS TO THE S.E.C.  WE HAVEN'T HEARD

01:46PM 23   BACK.  WE THINK IT PUTS THESE MATTERS AT ISSUE.

01:46PM 24       THE MATTER WITH RESPECT TO THE HEALTH CARE PROVIDERS,

01:46PM 25   JUDGE COUSINS IS GOING TO HEAR THAT MOTION ON RELEVANCE ON

01:46PM 1    WEDNESDAY AND JUDGE COUSINS IS GOING TO BE WELL CAPABLE TO

01:46PM 2    DECIDING WHAT IS RELEVANT IN THE CASE AND WHAT IS NOT, AND WE

01:46PM 3    THINK IT'S RELEVANT.

01:46PM 4        BUT IN ADDITION, THE FACT THAT THE GOVERNMENT WAITED A

01:46PM 5    YEAR TO TRY TO STAY AFTER MR. BALWANI PROVIDED DISCOVERY TO THE

01:46PM 6    S.E.C., HE PROVIDED SWORN INTERROGATORY ANSWERS, HE PROVIDED

01:46PM 7    OTHER DISCOVERY, SAT FOR THREE DAYS FOR TESTIMONY WITH THE

01:46PM 8    S.E.C. BEFORE THE COMPLAINT WAS FILED.

01:46PM 9        TO COME IN AND TRY TO STAY AT THIS POINT I THINK IS

01:46PM 10   TACTICAL, BUT WE'LL EXPLAIN ALL OF OUR --

01:46PM 11       THE COURT:  YOU'RE ARGUING THE MOTION.

01:46PM 12       MR. COOPERSMITH:  WELL, I MEAN, I'M RESPONDING TO

01:46PM 13   MR. LEACH.

01:47PM 14       THE COURT:  JUNE 10TH, I THINK.

01:47PM 15       MR. COPPERSMITH:  YES, YOUR HONOR.  AND I DON'T

01:47PM 16   THINK THAT THAT MOTION SHOULD REALLY AFFECT ANYTHING THAT WE'RE

01:47PM 17   DOING TODAY NOTWITHSTANDING MR. LEACH'S COMMENTS.

01:47PM 18       SO ONE OTHER THING THAT MAY BE IS PERTINENT AND THAT IS,

01:47PM 19   THERE IS, AND I THINK WE MENTIONED THIS IN THE STATUS REPORT,

01:47PM 20   TOO, THERE IS AN ISSUE WITH CMS AND FDA ON THE CIVIL SIDE JUST

01:47PM 21   LIKE IN THE CRIMINAL CASE AND THERE WERE SUBPOENAS ISSUED TO

01:47PM 22   THOSE AGENCIES OUT OF THE CIVIL CASE.  THE S.E.C. DIDN'T OBJECT

01:47PM 23   TO ANYTHING ABOUT RELEVANCE ON THOSE UNTIL VERY RECENTLY.

01:47PM 24   AFTER SEVEN MONTHS THOSE SUBPOENAS WERE PENDING.

01:47PM 25       WE'VE BEEN CONFERRING, MEETING AND CONFERRING WITH CMS AND

01:47PM 1    FDA AND DOJ COUNSEL WHO REPRESENTS THOSE AGENCIES FOR MANY,

01:47PM 2    MANY MONTHS. WE'RE TRYING TO FRAME THOSE ISSUES FOR THE COURT

01:47PM 3    IF WE CAN'T RESOLVE THEM. OBVIOUSLY, WE HOPE WE CAN RESOLVE

01:47PM 4    THEM. BUT THAT'S SOMETHING THAT WE'VE BEEN STRUGGLING WITH

01:47PM 5    FOR -- YOU KNOW, SINCE SEPTEMBER SINCE WE ISSUED THOSE

01:47PM 6    SUBPOENAS IS TO ACTUALLY GET THOSE AGENCIES TO PROVIDE

01:47PM 7    DOCUMENTS.

01:48PM 8         THAT IS WHAT IS GOING ON.

01:48PM 9              THE COURT: OKAY. THANK YOU. ANYTHING FURTHER THEN

01:48PM 10   ON THAT? SHOULD WE LEAVE THE JUNE 10TH DATE THEN? IS THAT

01:48PM 11   CONVENIENT?

01:48PM 12             MR. COOPERSMITH: THAT WAS THE DATE AVAILABLE FOR

01:48PM 13   US, SO, YES, YOUR HONOR.

01:48PM 14             MR. LEACH: IT'S CONVENIENT FOR US, YOUR HONOR, IF

01:48PM 15   THE COURT IS AVAILABLE TO GO FORWARD.

01:48PM 16             THE COURT: I THINK THAT'S AT 10:00 A.M.

01:48PM 17             THE CLERK: YES, YOUR HONOR.

01:48PM 18             THE COURT: LET'S LEAVE THAT SET. LET'S RETURN NOW

01:48PM 19   TO THE CRIMINAL CASE.

01:48PM 20        WHAT DO YOU SUGGEST THEN? I UNDERSTAND YOU'LL PERHAPS

01:48PM 21   PROVIDE A MEMO PERHAPS THE WEEK AFTER, MAYBE IT'S THE SECOND

01:48PM 22   WEEK OF MAY OR SOMETHING LIKE THAT, MR. BOSTIC.

01:48PM 23             MR. BOSTIC: THAT'S WHAT I UNDERSTAND FROM DEFENSE'S

01:48PM 24   PROPOSAL, YOUR HONOR, AND THAT MEMO WOULD EITHER SAY THE

01:48PM 25   PARTIES HAVE REACHED THE FOLLOWING AGREEMENT OR ARE MAKING

01:48PM 1    PROGRESS TOWARDS REACHING THIS AGREEMENT OR IT WOULD INDICATE

01:48PM 2    THAT THERE IS NO SUCH AGREEMENT AND THAT THE GOVERNMENT IS

01:48PM 3    PLANNING TO FILE ITS OPPOSITION.  THEN MY HOPE AT THAT TIME

01:48PM 4    WOULD BE THAT THE PARTIES INCLUDE IN THAT FILING A PROPOSED

01:48PM 5    BRIEFING AND HEARING SCHEDULE.

01:49PM 6         IS THAT YOUR UNDERSTANDING?

01:49PM 7              MR. DOWNEY:  THAT'S MY UNDERSTANDING, TOO.

01:49PM 8              THE COURT:  I'LL GIVE YOU AN OPPORTUNITY AND THE

01:49PM 9    OPPORTUNITY TO CREATE SUCH A SCHEDULE THAT COMPORTS WITH YOUR

01:49PM 10   CALENDARS.  I'M HAPPY TO GIVE THAT TO YOU FOR SUGGESTION TO THE

01:49PM 11   COURT, AND IF WE CAN ACCOMMODATE IT, WE WILL.  I'LL ACCEPT THAT

01:49PM 12   FOR YOU.

01:49PM 13        LET'S TALK ABOUT TRIAL FOR JUST A MOMENT.  I REALIZE THAT

01:49PM 14   IT'S GOING TO BE PREMATURE BASED ON THESE PENDING MOTIONS.  BUT

01:49PM 15   WHAT ARE YOUR THOUGHTS, IF YOU HAVE ANY, ABOUT WHEN THE CASE

01:49PM 16   WOULD PROCEED TO TRIAL, IF IT WERE TO PROCEED TO TRIAL, WHEN

01:49PM 17   THAT MIGHT BE?

01:49PM 18              MR. DOWNEY:  I THINK FROM THE DEFENSE PERSPECTIVE AT

01:49PM 19   THIS POINT, JUDGE, WE'RE ABOUT THREE MONTHS TOO EARLY TO

01:49PM 20   DISCUSS THAT.

01:49PM 21        IN ADDITION TO WHAT WE'VE JUST DISCUSSED, THERE ARE A

01:49PM 22   COUPLE OF OTHER STRANDS THAT ARE GOING TO DEFINE, I THINK, THE

01:49PM 23   SCOPE OF WHAT IS AT ISSUE.

01:49PM 24        ONE IS THAT THERE IS A TAINT TEAM THAT IS IN PLACE FOR

01:49PM 25   PURPOSES OF REVIEW OF CERTAIN DOCUMENTS, AND THERE'S A

01:49PM  1    PROCEDURE THAT ATTACHES TO THE BACK END OF THAT WHERE THE

01:50PM  2    DEFENSE CAN OBJECT IF DOCUMENTS ARE TO BE DISCLOSED TO THE

01:50PM  3    GOVERNMENT.

01:50PM  4         THE DOCUMENTS THAT ARE AT ISSUE THERE I THINK ARE GOING TO

01:50PM  5    BE QUITE MATERIAL TO THE CASE, AND WE DON'T AT THIS POINT KNOW

01:50PM  6    WHAT THE STATUS IS OF THAT REVIEW, WHEN WE'LL GET THOSE

01:50PM  7    DOCUMENTS, ET CETERA, BUT I THINK THAT IS A PROCESS THAT THE

01:50PM  8    GOVERNMENT HAS SAID HAS COMMENCED AND WE WILL, I THINK,

01:50PM  9    PRESUMABLY BE IN THAT PROCESS THREE MONTHS FROM NOW AND HAVE A

01:50PM  10   BETTER SENSE WITH CLARITY AS TO WHEN WOULD BE AN APPROPRIATE

01:50PM  11   TRIAL DATE.

01:50PM  12        THE OTHER PIECE OF IT, WHICH I JUST, FRANKLY, HAVE TO SOME

01:50PM  13   EXTENT THROW MY HANDS UP ON, JUDGE, AND SAY WE HAVE A HUGE

01:50PM  14   AMOUNT OF MATERIAL THAT HAS ALREADY BEEN PRODUCED WHICH I THINK

01:50PM  15   THE GOVERNMENT HAS WORKED DILIGENTLY TO PRODUCE BUT MUCH OF

01:50PM  16   WHICH WE HAVE ONLY RECENTLY GOTTEN.  WE'RE TOLD BY THE

01:50PM  17   GOVERNMENT THAT THEY ARE PRODUCING A LARGE ADDITIONAL VOLUME.

01:50PM  18   INDEED, TODAY MR. BOSTIC HAS UNCOVERED THAT FOUR ADDITIONAL

01:50PM  19   TERABYTES OF DATA ARE GOING TO BE DISCLOSED TO US.  SO WE WANT

01:51PM  20   TO GET OUR ARMS AROUND WHAT THAT IS, AS DOES HE.

01:51PM  21        SO I THINK WE'RE THREE MONTHS OUT FROM WRAPPING THOSE

01:51PM  22   STRANDS UP SO THAT WE CAN KNOW WHEN A TRIAL DATE -- WHEN A

01:51PM  23   RANGE FOR A TRIAL DATE WOULD BE APPROPRIATE AND SUGGEST A LEAD

01:51PM  24   TIME TO YOUR HONOR.

01:51PM  25             THE COURT:  WELL, THAT COMPORTS WITH WHAT YOU'RE

01:51PM 1    SUGGESTING A JULY DATE FOR A STATUS CONFERENCE.

01:51PM 2              MR. DOWNEY:  STATUS CONFERENCE, YES.

01:51PM 3              MR. BOSTIC:  YOUR HONOR, JUST TO UPDATE THE COURT ON

01:51PM 4    THE TWO ISSUES JUST MENTIONED BY DEFENSE COUNSEL.

01:51PM 5         FIRST, ON THE TAINT REVIEW, COUNSEL IS CORRECT THAT THAT

01:51PM 6    PROCESS IS ONGOING.  IN FACT, THE GOVERNMENT IS ABOUT TO CLEAR

01:51PM 7    THE FIRST BATCH OF DOCUMENTS FOR REVIEW BY THE DEFENSE.  I

01:51PM 8    BELIEVE THAT SET OF DOCUMENTS WILL INCLUDE WELL IN EXCESS OF

01:51PM 9    100,000 OUT OF THE APPROXIMATELY 250,000 DOCUMENTS THAT ARE

01:51PM 10   UNDERGOING THAT TAINT REVIEW.  SO WE'RE MAKING GOOD PROGRESS ON

01:51PM 11   THAT, AND IT'S MY HOPE THAT VERY SOON THE DEFENSE WILL HAVE

01:51PM 12   ACCESS TO A VERY LARGE PORTION OF THOSE DOCUMENTS AND THEN

01:51PM 13   WE'LL PROCEED DILIGENTLY WITH THE REST.

01:51PM 14        AS TO THE NEW INFORMATION, I DID INFORM COUNSEL FOR

01:52PM 15   MS. HOLMES BEFORE THE HEARING THAT WE RECENTLY OBTAINED

01:52PM 16   VOLUNTARILY FROM A WITNESS A HARD DRIVE CONTAINING

01:52PM 17   APPROXIMATELY FOUR TERABYTES OF ADDITIONAL INFORMATION.  I

01:52PM 18   UNDERSTAND THAT MOST OF THAT VOLUME COMES FROM PROMOTIONAL FILM

01:52PM 19   AND VIDEO CREATED BY THERANOS ITSELF WHEN THE COMPANY WAS

01:52PM 20   OPERATIONAL.  SO I THINK THE LARGE AMOUNT MIGHT BE SOMEWHAT

01:52PM 21   MISLEADING BECAUSE THESE ARE NOT JUST PAGES OF SOLID DOCUMENTS.

01:52PM 22   I THINK A LOT OF THAT DATA IS MADE UP BY VIDEO FILES.

01:52PM 23             THE COURT:  I SEE.  THAT'S HELPFUL.

01:52PM 24        MR. SCHENK?

01:52PM 25             MR. SCHENK:  YES, YOUR HONOR.  ON THE ISSUE OF

SETTING A TRIAL DATE, WE DO THINK IT'S APPROPRIATE TO SET A

TRIAL DATE.  WE'RE NOT ASKING THE COURT TO SET A TRIAL DATE IN

THREE MONTHS OR SIX MONTHS, BUT IT DOES HELP CRYSTALIZE MANY OF

THE ISSUES BEFORE THE COURT AND BEFORE THE PARTIES TO HAVE THAT

TRIAL DATE.

WE ALSO THINK THAT THE TRIAL WILL BE LENGTHY AND TO

RESERVE THE BLOCK OF TIME ON THE COURT'S CALENDAR AND ON ALL OF

THE PARTIES' CALENDAR AND SO THAT WE CAN SEND TRIAL SUBPOENAS

TO WITNESSES TO BEGIN TO BLOCK OUT TIME.  IT'S HELPFUL TO HAVE

A TRIAL DATE.

WE THINK THAT TO NOT MEASURE BY COURT WEEKS BUT RATHER

TRIAL DAYS, OUR ESTIMATE AT THIS POINT WOULD BE ABOUT 40 TRIAL

DAYS THOUGH ACKNOWLEDGING WE HOPE THAT WE'RE ABLE TO REACH SOME

STIPULATIONS WITH THE DEFENSE TO ALLEVIATE CUSTODIAL WITNESSES,

AND OBVIOUSLY AS THE TRIAL WOULD GET CLOSER, WE WOULD BE ABLE

TO PROVIDE A MORE ACCURATE OR A BETTER ESTIMATE.

BUT AT THIS POINT, YOU KNOW, THAT'S ROUGHLY TWO MONTHS

GOING EVERY COURT DAY SO IT'S PROBABLY GOING TO GO A LITTLE BIT

LONGER THAN THAT AND TO GET TWO MONTHS ON THE COURT'S CALENDAR

IS NOT SOMETHING THAT WE CAN DO ON SHORT NOTICE.

SO WE WOULD ASK THE COURT TO THINK ABOUT SETTING US FOR

TRIAL EVEN A YEAR FROM NOW.  THE GOVERNMENT'S REQUEST WOULD BE

TO SET THE TRIAL DATE.

WE ACKNOWLEDGE THE POINTS THAT THE DEFENSE HAS MADE TO THE

COURT ABOUT THE VOLUMINOUS DISCOVERY AND THEIR NEED TO REVIEW

01:54PM  1    THAT DISCOVERY.  A YEAR FROM NOW, THOUGH, WE THINK WOULD

01:54PM  2    ACCOMPLISH THAT.  AND WE SHOULD ALSO NOTE THAT A LOT OF THE

01:54PM  3    DISCOVERY PRODUCTION IN THIS CASE IS AN EXERCISE IN PROVIDING

01:54PM  4    THERANOS DOCUMENTS BACK TO THE DEFENSE.  NOW IT'S INDIVIDUAL

01:54PM  5    DEFENDANTS, NOT THE CORPORATION.  THERE'S BEEN A LOT OF

01:54PM  6    LITIGATION THAT HAS PREDATED THE CRIMINAL CASE.

01:54PM  7         SO THEY'VE RECEIVED SOME OF THESE DOCUMENTS AND NOW TWO OR

01:54PM  8    THREE TIMES FROM US, BUT WE ACKNOWLEDGE THEIR NEED TO

01:54PM  9    EFFECTIVELY PREPARE BY REVIEWING THESE DOCUMENTS.  THEY HAVE

01:54PM  10   NOT WALKED IN AND ASKED FOR A SPEEDY TRIAL BECAUSE OF THE

01:54PM  11   VOLUMINOUS NATURE OF THE DISCOVERY.

01:54PM  12        ALTHOUGH IT IS OUR VIEW THAT SETTING A TRIAL DATE NOW IS

01:54PM  13   IMPORTANT TO CRYSTALLIZE THOSE ISSUES AND TO BLOCK THAT TIME

01:54PM  14   OUT ON THE COURT'S CALENDAR.

01:54PM  15        AGAIN, EVEN IF IT'S A YEAR FROM NOW WHEN THE COURT HAS THE

01:54PM  16   TIME TO GIVE US THOSE TWO-PLUS MONTHS, WE WOULD APPRECIATE IT.

01:54PM  17             THE COURT:  OKAY.

01:54PM  18             MR. DOWNEY:  YOUR HONOR --

01:54PM  19             THE COURT:  WELL, LOOKING AHEAD -- I KNOW YOU CAN'T

01:55PM  20   TELL ME TODAY, COUNSEL, YOU CAN'T TELL ME TODAY WHAT YOUR --

01:55PM  21   THE TIME YOU NEED FOR YOUR DEFENSE.

01:55PM  22             MR. DOWNEY:  NO.

01:55PM  23             THE COURT:  BUT MY SENSE IS THAT IT MIGHT MIRROR

01:55PM  24   THIS AS WELL AND PERHAPS BE LONGER.

01:55PM  25             MR. COOPERSMITH:  YES, YOUR HONOR.

01:55PM 1      MR. DOWNEY:  THAT'S OUR SENSE, YOUR HONOR, FROM WHAT

01:55PM 2  THE GOVERNMENT HAS SAID TO US.

01:55PM 3      THE COURT:  SO RECOGNIZING THE BUSINESS OF FEDERAL

01:55PM 4  DISTRICT COURTS IN THIS -- IN THE NORTHERN DISTRICT OF

01:55PM 5  CALIFORNIA, AND PARTICULARLY THE SAN JOSE DIVISION, IF I CAN

01:55PM 6  SAY THAT, WE'RE BUSY.

01:55PM 7      MR. DOWNEY:  I SEE.

01:55PM 8      THE COURT:  IT WOULD MAKE SENSE FOR MY CALENDAR, AND

01:55PM 9  MY COLLEAGUES AS WELL, TO BLOCK OUT SOME TIME, EXPECTATION SO

01:55PM 10 THAT WE CAN PROPERLY ADJUST OUR CALENDAR FOR THE OTHER CASES

01:55PM 11 THAT WE HAVE NEED TO TAKE CARE OF.

01:56PM 12   IS THAT SOMETHING THAT WE CAN DO TODAY?

01:56PM 13     MR. DOWNEY:  YOUR HONOR, CAN I MAKE A SUGGESTION?

01:56PM 14 EVERYTHING THAT MR. SCHENK SAYS IS SENSIBLE.  THIS IS GOING TO

01:56PM 15 BE A LONG TRIAL, AND IT'S GOING TO REQUIRE A LOT OF

01:56PM 16 COORDINATION, AND I THINK A SIGNIFICANT ADVANCE NOTICE IS

01:56PM 17 APPROPRIATE.

01:56PM 18   I REALLY DO THINK WHEN THE PROCESSES I'VE IDENTIFIED HAVE

01:56PM 19 HAD THE OPPORTUNITY TO PLAY OUT, WE'LL BE IN A BETTER POSITION

01:56PM 20 TO SAY WHETHER THAT'S NINE MONTHS FROM JULY, WHICH WOULD STILL

01:56PM 21 BE A YEAR FROM TODAY, OR WHETHER IT'S A YEAR FROM JULY.  I

01:56PM 22 THINK THE WORST POSSIBLE RESULT, WHICH WE ALL AGREE ON AND

01:56PM 23 WHICH I'M SURE THE COURT AGREES ON, IS GETTING CLOSER TO A

01:56PM 24 TRIAL AND UNEXPECTED EVENTS THAT CHANGE THE TRIAL DATE.

01:56PM 25     SO I WILL COMMIT TO THE COURT THAT WE WILL TRY TO GIVE A

01:56PM  1    RELIABLE TRIAL DATE AS I'M SURE THE GOVERNMENT WILL WHEN WE

01:56PM  2    PROPOSE ONE.  BUT MY SUGGESTION WOULD BE THAT WE CONFER IN

01:56PM  3    ADVANCE OF A JULY CONFERENCE, COME UP WITH A PROPOSED SCHEDULE,

01:56PM  4    ASSUMING THE ISSUES THAT WE'VE IDENTIFIED ARE RESOLVED AND

01:57PM  5    KNOWABLE AT THAT POINT, AND COME BACK AT THAT TIME AND TRY TO

01:57PM  6    IDENTIFY WHAT THE APPROPRIATE LENGTH OF TIME IS AND WHAT THE

01:57PM  7    APPROPRIATE PRECISE SCHEDULING IS SO THAT WHEN THE COURT

01:57PM  8    SCHEDULES THOSE DATES IT CAN HAVE CONFIDENCE IN THEM.

01:57PM  9              MR. COOPERSMITH:  YOUR HONOR, IF I COULD ADD ONE

01:57PM 10    THING.  SO THE GOVERNMENT ON THE CRIMINAL SIDE HERE HAS BEEN

01:57PM 11    INVESTIGATING THIS CASE SINCE SOMETHING LIKE EARLY 2016 AND

01:57PM 12    HAS -- IT'S NOW, YOU KNOW, SINCE THE INDICTMENT WAS IN JUNE OR

01:57PM 13    MID-JUNE OF 2018 AND WE JUST RECEIVED 3 MILLION PAGES OF

01:57PM 14    DOCUMENTS, YOU KNOW, IN THE MIDDLE OF MARCH.  SO JUST VERY

01:57PM 15    RECENTLY.

01:57PM 16         SO IT IS OBVIOUSLY VERY DIFFICULT TO REVIEW ALL OF THESE

01:57PM 17    DOCUMENTS, BUT THE THING I WANTED TO SAY IN PARTICULAR THAT

01:57PM 18    HASN'T BEEN MENTIONED YET IS THAT THE GOVERNMENT HAS SAID THAT

01:57PM 19    IT'S CONTINUING TO INVESTIGATE THIS CASE.  IT'S CONTINUING TO

01:57PM 20    USE THE GRAND JURY, IT'S CONTINUING TO DO THAT.

01:57PM 21         IF WE SET THE STATUS HEARING IN JULY AS SUGGESTED IN THE

01:57PM 22    STATUS REPORT AND WE ALL COME BACK AND AT THAT POINT WE'RE ALL

01:58PM 23    PREPARED TO TALK ABOUT A TRIAL DATE, I'M HOPING THAT THE

01:58PM 24    GOVERNMENT WILL BE IN A POSITION TO SAY WHETHER THE CASE AS

01:58PM 25    CHARGED NOW IS WHAT THE CASE IS OR WHETHER IT'S GOING TO BE

01:58PM 1    SOMETHING DIFFERENT.

01:58PM 2         YOU KNOW, CERTAINLY BY JULY THEY OUGHT TO BE ABLE TO DO

01:58PM 3    THAT IF THEY'RE NOT PREPARED TO DO THAT TODAY.

01:58PM 4              THE COURT:  IT SOUNDS LIKE A REQUEST.

01:58PM 5              MR. SCHENK:  YOUR HONOR, WE APPRECIATE THE REQUEST.

01:58PM 6    WE RESPECTFULLY ARE GOING TO DECLINE TO TAKE MR. COOPERSMITH UP

01:58PM 7    ON THAT REQUEST.

01:58PM 8         IF HIS CONCERN IS BEING SHORT SET; THAT IS, GOING TO TRIAL

01:58PM 9    ON AN INDICTMENT THAT WAS NOT THE INDICTMENT THAT HE WAS

01:58PM 10   EXPECTING TO GO TO TRIAL ON, THE SPEEDY TRIAL ACT 3161 DEALS

01:58PM 11   WITH THAT SCENARIO.  THERE IS LAW ON THAT SUBJECT.

01:58PM 12        IF IT ISN'T THAT AND RATHER IT'S JUST TELL US IF YOU'RE

01:58PM 13   STILL INVESTIGATING US AND IF YOU'RE LIKELY TO FACE MORE

01:58PM 14   CRIMINAL CHARGES, THAT'S SOMETHING THAT WE DON'T DO AND UNLESS

01:58PM 15   THE COURT WOULD ORDER US TO WE WOULD ASK TO BE HEARD ON THE

01:58PM 16   ISSUE.  WE'RE NOT INCLINED TO REVEAL ONGOING INVESTIGATIONS.

01:58PM 17             THE COURT:  PERHAPS THAT WAS AN ASPIRATIONAL

01:59PM 18   STATEMENT.  WELL, LET'S -- WHY DON'T WE -- IT SEEMS TO ME THAT

01:59PM 19   I'D LIKE TO GET SOME CLOSURE ON CAPTURING A SERIES OF -- IT

01:59PM 20   SOUNDS LIKE WE'RE GOING TO CAPTURE A SERIES OF MONTHS THAT THE

01:59PM 21   TRIAL WILL BE IN, AND OF COURSE WE'LL HAVE TO TIME QUALIFY, ET

01:59PM 22   CETERA, BUT I WOULD LIKE TO CAPTURE SOME TIME CERTAIN IF WE CAN

01:59PM 23   SO THAT WE CAN RESERVE THAT TIME FOR ALL OF YOU FOR THE WORK

01:59PM 24   THAT YOU NEED TO DO.

01:59PM 25        PERHAPS WE CAN BEST DO THAT IN JULY, AND I'M LOOKING AT

01:59PM  1    OUR CALENDAR THINKING JULY 1ST OR JULY 8TH.

01:59PM  2        DO YOU HAVE A PREFERENCE, ADRIANA?

01:59PM  3            THE CLERK:  FOR FURTHER STATUS, YOUR HONOR?

01:59PM  4            THE COURT:  YES.

01:59PM  5            THE CLERK:  JULY 1ST IS A BETTER DATE FOR THE COURT.

01:59PM  6            MR. DOWNEY:  THAT'S FINE FOR MS. HOLMES.

01:59PM  7            THE COURT:  ANY OBJECTION TO JULY 1ST?

02:00PM  8            MR. COOPERSMITH:  NO, YOUR HONOR.

02:00PM  9            MR. BOSTIC:  THAT'S FINE FOR THE GOVERNMENT.

02:00PM  10           MR. SCHENK:  NO.

02:00PM  11           THE COURT:  I HEAR NONE.  THANK YOU.  THAT WILL

02:00PM  12   ALLOW US ALSO TO HEAR THE JUNE 10TH MOTION SO WE'LL HAVE SOME

02:00PM  13   RESOLUTION ON THE JUNE 10TH MOTION WHICH MAY BE HELPFUL, AND

02:00PM  14   DEPENDING ON YOUR DISCUSSIONS ABOUT THIS DISCOVERY ISSUE,

02:00PM  15   WHATEVER REMAINS MIGHT MAKE THAT MOTION LESS INTENSIVE AS IT

02:00PM  16   PRESENTS NOW.  OF COURSE, I ONLY HAVE ONE SIDE OF IT.

02:00PM  17       ALL RIGHT.  LET'S CONTINUE THESE CASES.  ANYTHING FROM THE

02:00PM  18   S.E.C. THAT I SHOULD KNOW ABOUT?

02:00PM  19           MS. LAMARCA:  YES, YOUR HONOR.  THIS IS MORE IN THE

02:00PM  20   NATURE OF HOUSEKEEPING BUT CURRENTLY THE COURT HAS A MAY 30TH

02:00PM  21   DATE FOR SETTING A TRIAL IN THIS CASE AND THE LAST TIME THAT WE

02:00PM  22   MET THE S.E.C. HAD AGREED, AT THE DEFENDANT'S REQUEST, TO ALLOW

02:00PM  23   FOR A POTENTIAL EXTENSION OF OUR DISCOVERY CUTOFF.

02:01PM  24           THE COURT:  RIGHT.

02:01PM  25           MS. LAMARCA:  I GET THAT THIS MAY CHANGE GIVEN THE

02:01PM  1    STAY MOTION, ET CETERA, AND WE'RE WILLING TO DEFER THAT ISSUE

02:01PM  2    UNTIL THE FUTURE, BUT I DO THINK THAT SINCE THE MOTION HAS BEEN

02:01PM  3    SET FOR JUNE 10TH, WE AT LEAST NEED TO TAKE CARE OF THIS MAY

02:01PM  4    30TH DATE IN THE INTERIM.

02:01PM  5              MR. COOPERSMITH:  THAT MAKES SENSE, YOUR HONOR, THAT

02:01PM  6    WE MOVE THE MAY 30TH.  I AGREE WITH MS. LAMARCA.

02:01PM  7          REGARDING THE STAY MOTION, AS THE COURT ALREADY SAID THAT

02:01PM  8    WILL BE HEARD ON JUNE 10TH, AND WE'LL RESPOND, AND I'M SURE THE

02:01PM  9    GOVERNMENT WILL SUBMIT A REPLY BRIEF.

02:01PM 10          BUT I THINK THAT THE REQUEST FOR A CONTINUANCE OR AN

02:01PM 11    EXTENSION OF DISCOVERY SHOULD BE RULED AND DECIDED ON TODAY,

02:01PM 12    AND THERE'S A FEW REASONS FOR THAT.

02:01PM 13          FIRST OF ALL, THE S.E.C. AND THE DEFENSE FOR MR. BALWANI

02:01PM 14    AGREE THAT THERE SHOULD AN EXTENSION OF DISCOVERY.  WE DISAGREE

02:01PM 15    ABOUT EXACTLY WHAT THE LENGTH SHOULD BE.  THEY SAID UP TO 3

02:01PM 16    MONTHS, AND WE THINK THE MAGNITUDE OF THIS CASE AND THE VOLUME

02:01PM 17    OF DOCUMENTS WARRANT AN EXTENSION OF 12 MONTHS, BUT WE AGREE ON

02:02PM 18    AN EXTENSION.

02:02PM 19          SO IF THAT CAN BE DECIDED UPON, THAT WAY WHAT WILL HAPPEN

02:02PM 20    IS THAT IF THE COURT DENIES THE GOVERNMENT'S MOTION TO STAY,

02:02PM 21    WE'LL BE IN A POSITION TO CONTINUE TO TAKE DISCOVERY AND ALSO

02:02PM 22    RIGHT NOW WE'LL BE ABLE TO GET THINGS ON THE CALENDAR, BECAUSE

02:02PM 23    AS I SAID THE LAST TIME I WAS BEFORE THE COURT, SOME OF THESE

02:02PM 24    WITNESSES ARE BILLIONAIRES AND OTHERS OF THAT ILK WHO MAKE IT

02:02PM 25    VERY DIFFICULT TO SCHEDULE, AND WE TRY TO BE COURTEOUS IN

02:02PM 1    SCHEDULING TIME FOR THAT THOSE PEOPLE.

02:02PM 2            THE COURT:  THEY HAVEN'T MET THE UNITED STATES

02:02PM 3    MARSHAL.

02:02PM 4            MR. COOPERSMITH:  IF IT CAME TO THAT I SUPPOSE THEY

02:02PM 5    COULD, BUT WE DON'T WANT TO HAVE THAT SITUATION IF WE CAN AVOID

02:02PM 6    IT.

02:02PM 7        (LAUGHTER.)

02:02PM 8            MR. COOPERSMITH:  BUT, YOUR HONOR, IF WE AGREE ON

02:02PM 9    THE EXTENSION OR THE COURT RULES ON AN EXTENSION TODAY,

02:02PM 10   OBVIOUSLY IF ON JUNE 10TH THE COURT DOES STAY THE CASE, OVER

02:02PM 11   OUR OPPOSITION, THEN THAT WILL BE THE END OF DISCOVERY UNTIL

02:02PM 12   SOME OTHER POINT IN TIME.

02:02PM 13           THE COURT:  I APPRECIATE THAT.  I THINK A YEAR STAY

02:02PM 14   IS A LITTLE -- THAT'S JUST A BRIDGE TOO FAR TODAY FOR ME TO

02:03PM 15   MAKE.

02:03PM 16       ANYTHING FURTHER ON THAT?

02:03PM 17       AND PERHAPS -- I DON'T MEAN TO SUGGEST THAT DISCOVERY

02:03PM 18   SHOULD BE INCREMENTAL AT ALL.  I'D LIKE TO GIVE YOU FULL

02:03PM 19   LATITUDE OF DISCOVERY THAT YOU NEED, BUT I DO THINK THAT IN ALL

02:03PM 20   CANDOR A YEAR IS A BIT MUCH, AND I WAS LOOKING AT 90 DAYS AND

02:03PM 21   PERHAPS WE CAN START WITH THAT AND SEE WHERE WE GO.

02:03PM 22       EVERYTHING IS KIND OF FLUID HERE IN ANY EVENT.

02:03PM 23           MR. COOPERSMITH:  I UNDERSTAND WHAT THE COURT IS

02:03PM 24   SAYING OF COURSE.  THE PROBLEM IS, YOUR HONOR, IF WE ONLY HAVE

02:03PM 25   A THREE-MONTH EXTENSION, WE'RE NOW GOING TO BE IN THE SUMMER

02:03PM  1  TOWARDS THE END OF THAT PERIOD.  IT'S GOING TO BE VERY

02:03PM  2  DIFFICULT TO SCHEDULE THINGS FOR SOME WITNESSES,

02:03PM  3  NOTWITHSTANDING THE POWER OF THE UNITED STATES MARSHALS, YOUR

02:03PM  4  HONOR, AND --

02:03PM  5         THE COURT:  YOU UNDERESTIMATE THEM.

02:03PM  6         MR. COOPERSMITH:  NO, I DON'T.  I WAS A FEDERAL

02:03PM  7  PROSECUTOR, AND I HAVE TOTAL FAITH IN THE PARTIALS, BUT I DON'T

02:03PM  8  THINK THAT'S WHERE WE REALLY WANT TO BE.

02:03PM  9         THE COURT:  SURE.  I APPRECIATE THAT.

02:03PM 10         MR. COOPERSMITH:  SO THE PROBLEM IS IN SOME CASES

02:04PM 11  WE'RE ALREADY TALKING TO WITNESSES, ASSUMING THERE WAS ANY

02:04PM 12  EXTENSION, OF SCHEDULING THINGS IN JULY, AND THAT'S THREE

02:04PM 13  MONTHS FROM NOW.

02:04PM 14      SO I THINK IT'S GOING TO MAKE IT VERY DIFFICULT FOR

02:04PM 15  SCHEDULING PURPOSES IF WE HAVE ONLY A THREE MONTH EXTENSION

02:04PM 16  GIVEN THAT WILL BE RIGHT AT THE SUMMER PERIOD AT THAT POINT.

02:04PM 17      SO IF THE COURT IS NOT WILLING TO GRANT A 12-MONTH

02:04PM 18  EXTENSION, OBVIOUSLY THAT'S WHAT WE REQUESTED, SOME PERIOD OF

02:04PM 19  TIME BETWEEN THE 3 MONTHS THE S.E.C. SAID AND THE 12 MONTHS

02:04PM 20  WE'RE SAYING WOULD MAKE SENSE.

02:04PM 21      AGAIN, YOU KNOW, THE STAY MOTION WON'T AFFECT IT BECAUSE

02:04PM 22  THE COURT CAN RULE ON JUNE 10TH ONE WAY OR THE OTHER.

02:04PM 23         MS. LAMARCA:  YOUR HONOR, WE OPPOSE A LONGER

02:04PM 24  EXTENSION FOR THE REASONS THAT WE SET FORTH IN THE JOINT CMC

02:04PM 25  STATEMENT.  I THINK ONE THING THAT WE HAVE NOT SEEN IN THIS

02:04PM   1    CASE IS ANYTHING OTHER THAN ARGUMENTS ABOUT THINGS LIKE

02:04PM   2    DISCOVERY, AND IT IS, NO DOUBT, DIFFICULT TO GET SOME WITNESSES

02:04PM   3    TO AGREE TO CERTAIN DATES, BUT WE DO IT ALL OF THE TIME.

02:04PM   4    THAT'S WHAT WE DO.

02:04PM   5         AND IN OUR CASES A THREE MONTH EXTENSION USUALLY WORKS FOR

02:05PM   6    EVERYONE.  SO I CAN'T IMAGINE IF THIS IS SO DIFFERENT THAT IT

02:05PM   7    REALLY REQUIRES THAT WE DEPART FROM THE NORMS IN ALL OF OUR

02:05PM   8    CASES.  WE WOULD OPPOSE ANYTHING LONGER THAN THREE MONTHS.

02:05PM   9              MR. COOPERSMITH:  YOUR HONOR, ONE OTHER THING ABOUT

02:05PM  10    THAT.  AS WE SAID IN THE STATUS REPORT, EVERY STEP OF THE WAY

02:05PM  11    WE HAVE RUN INTO NOTHING BUT OBSTACLES WITH SCHEDULING

02:05PM  12    WITNESSES FOR DEPOSITIONS, FOR DOCUMENTS.  EVEN WHEN IT COMES

02:05PM  13    TO THE UNITED STATES GOVERNMENT ITSELF, WE ISSUED SUBPOENAS TO

02:05PM  14    CMS AND FDA, AS I SAID BEFORE, IN SEPTEMBER OF 2018, AND WE'VE

02:05PM  15    MET AND CONFERRED FOR MONTHS, AND MONTHS, AND MONTHS AND NOW WE

02:05PM  16    ARE TRYING TO FRAME THE ISSUES BEFORE THE COURT IF WE HAVE TO

02:05PM  17    GO TO THE MOTION.

02:05PM  18         IT'S ONE THING AFTER ANOTHER.  I CAN TELL YOU THESE THIRD

02:05PM  19    PARTIES, THESE BILLIONAIRES AND OTHERS, NOT SURPRISINGLY, THEY

02:05PM  20    REALLY DON'T WANT TO HAVE ANYTHING TO DO WITH THIS CASE.  THEY

02:05PM  21    HAVE BIG LAW FIRMS REPRESENTING THEM.  IT'S NOT THAT WE'RE

02:05PM  22    POWERLESS, YOUR HONOR.  WE UNDERSTAND WE CAN PUT OUR FOOT DOWN.

02:06PM  23    WE HAVE IN SOME INSTANCES.  IT'S VERY DIFFICULT, AND AS WE HAVE

02:06PM  24    SAID, WE HAVE RUN INTO NOTHING BUT OBSTACLES.

02:06PM  25         IN ADDITION, AS WE SAID IN THE STATUS REPORT, WE LEARNED

02:06PM   1    THAT THE S.E.C. HAD DOCUMENTS FROM SOME AGENCIES FOR A COUPLE

02:06PM   2    OF YEARS, AND, YOU KNOW, HAD NOT PRODUCED THEM INITIALLY AND

02:06PM   3    THEN WE FINALLY DID GET THEM.

02:06PM   4         I'VE WRITTEN THREE LETTERS, YOUR HONOR, TO COUNSEL FOR THE

02:06PM   5    S.E.C. SAYING CAN YOU PLEASE CONFIRM THAT YOU HAVE EVERY

02:06PM   6    DOCUMENT THAT YOU HAVE FROM THIRD PARTIES AND THAT'S

02:06PM   7    DISCOVERABLE, AND I HAVE NEVER GOTTEN A RESPONSE TO ANY OF THE

02:06PM   8    PARTIES ON THAT POINT.

02:06PM   9         I UNDERSTAND COUNSEL FOR THE S.E.C. IS BUSY AND THEY HAVE

02:06PM   10   A LOT OF CASES, BUT THE POSTURE OF THIS CASE RIGHT NOW, I

02:06PM   11   THINK, FULLY WARRANTS A LONGER EXTENSION THAN THE THREE MONTHS,

02:06PM   12   AND I THINK THAT WILL MAKE DISCOVERY EFFICIENT.

02:06PM   13        AGAIN, THE COURT CAN RULE ON THE OTHER ISSUE ON JUNE 10TH.

02:06PM   14             MS. LAMARCA:  WE DON'T HAVE ANYTHING FURTHER.  WE

02:06PM   15   DISAGREE WITH COUNSEL'S REPRESENTATIONS ABOUT DISCOVERY IN THIS

02:06PM   16   CASE SO FAR.

02:06PM   17             THE COURT:  OKAY.  THANK YOU.  ANYONE ELSE WISH TO

02:06PM   18   BE HEARD ON THIS?  ALL RIGHT.  THANK YOU VERY MUCH.

02:06PM   19        WELL, I APPRECIATE YOUR RECOGNIZING ASPIRATIONAL GOALS BUT

02:07PM   20   A YEAR, THAT'S A BRIDGE TOO FAR, AS I'VE SAID.  SO 90 DAYS

02:07PM   21   SOUNDS REASONABLE TO ME, BUT I'LL MAKE IT 120 DAYS.  I KNOW

02:07PM   22   THAT'S NOT EXACTLY WHAT YOU WANT, BUT WE'LL MAKE IT 120 DAYS

02:07PM   23   AND THEN WE'LL HOPEFULLY -- WELL, WE'LL SEE EACH OTHER JULY

02:07PM   24   1ST, AND BY THEN WE'LL HAVE SOME KNOWLEDGE AS TO THE JUNE 10TH

02:07PM   25   MOTION AS WELL AND THAT WILL BE HELPFUL AS WELL.

02:07PM   1          MR. COOPERSMITH:  JULY 1ST, YOUR HONOR?

02:07PM   2          THE COURT:  YES.  JULY 1ST WILL BE OUR NEXT STATUS

02:07PM   3   CONFERENCE, JULY 1ST, JULY 1ST, AND THAT WILL BE AT 1:30.  I

02:07PM   4   WILL EXCLUDE TIME AS TO EACH DEFENDANT IN EACH CASE TO ALLOW

02:07PM   5   FOR EFFECTIVE REPRESENTATION, AND THERE'S OTHER TERABYTES AND

02:07PM   6   OTHER DISCOVERY THAT YOU HAVE TALKED ABOUT TODAY THAT COUNSEL

02:07PM   7   HAS INDICATED THEY NEED TO REVIEW.

02:07PM   8          ANY OBJECTION TO THE COURT EXCLUDING TIME ON THAT BASIS?

02:07PM   9          MR. DOWNEY:  NO OBJECTION FOR MS. HOLMES.

02:08PM   10         MR. COOPERSMITH:  NO OBJECTION FOR MR. BALWANI.

02:08PM   11         THE COURT:  ALL RIGHT.  TIME IS EXCLUDED, AND WE'LL

02:08PM   12   SEE EVERYONE BACK ON THAT DATE.

02:08PM   13         ANYTHING FURTHER BEFORE WE END TODAY?

02:08PM   14         MR. COOPERSMITH:  ONE QUICK THING, YOUR HONOR.

02:08PM   15         THE COURT:  YES.

02:08PM   16         MR. COOPERSMITH:  UNTIL THE JUNE 10TH MOTION IS

02:08PM   17   HEARD AND THE COURT RULES ON THAT, THERE'S NO STAY IN EFFECT?

02:08PM   18         THE COURT:  YES, THAT'S CORRECT.  THANK YOU VERY

02:08PM   19   MUCH.  WE'LL SEE YOU SOON.

         20          (COURT CONCLUDED AT 2:08 P.M.)

         21

         22

         23

         24

         25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074
17

18       DATED:  APRIL 25, 2019
19

20

21

22

23

24

25

# EXHIBIT B

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                         SAN JOSE DIVISION

4
     UNITED STATES OF AMERICA,        )  CR-18-00258-EJD &
5                                     )  CV-18-01603-EJD
                    PLAINTIFF,        )
6                                     )
               VS.                    )  SAN JOSE, CALIFORNIA
7                                     )
     ELIZABETH A. HOLMES AND RAMESH   )  JUNE 28, 2019
8    SUNNY BALWANI,                   )
                                      )  PAGES 1 - 71
9                   DEFENDANTS.       )
     _____)
10                                    )
     SECURITIES AND EXCHANGE          )
11   COMMISSION,                      )
                                      )
12                  PLAINTIFF,        )
                                      )
13             VS.                    )
                                      )
14   RAMESH SUNNY BALWANI,            )
                                      )
15                  DEFENDANT.        )
     _____)
16                    TRANSCRIPT OF PROCEEDINGS
17            BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
18
     A P P E A R A N C E S:
19
     FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
20                         BY:  JOHN BOSTIC
                                ROBERT LEACH
21                              JEFFREY SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
22                         SAN JOSE, CALIFORNIA 95113
          (APPEARANCES CONTINUED ON THE NEXT PAGE.)
23   OFFICIAL COURT REPORTER:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
24                         CERTIFICATE NUMBER 8074

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
 4                                    LANCE WADE
                                 725 TWELFTH STREET, N.W.
 5                               WASHINGTON, D.C. 20005

 6                               LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
 7                               ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111
 8
        FOR DEFENDANT BALWANI:   DAVIS, WRIGHT & TREMAINE LLP
 9                               BY:  STEPHEN CAZARES
                                 505 MONTGOMERY STREET, SUITE 800
10                               SAN FRANCISCO, CALIFORNIA 94111

11                               CORR CRONIN LLP
                                 BY:  STEVEN FOGG
12                               1001 FOURTH AVENUE, SUITE 3900
                                 SEATTLE, WASHINGTON 98154
13
        FOR THE S.E.C.:          UNITED STATES SECURITIES AND EXCHANGE
14                               COMMISSION
                                 BY:  SUSAN F. LAMARCA
15                                    MARC D. KATZ
                                 44 MONTGOMERY STREET, SUITE 2600
16                               SAN FRANCISCO, CALIFORNIA 94104

17

18

19

20

21

22

23

24

25
```

```
 1    SAN JOSE, CALIFORNIA                        JUNE 28, 2019

 2                    P R O C E E D I N G S

 3         (COURT CONVENED AT 10:05 A.M.)

 4         (COURT CONVENED AT 10:05 A.M.)

 5              THE COURT:  THIS IS 18-258, UNITED STATES VERSUS

 6    ELIZABETH HOLMES AND UNITED STATES VERSUS RAMESH SUNNY BALWANI.

 7         THERE'S A COMPANION CASE 18-1603 WHICH IS THE S.E.C. CASE,

 8    AND WE'LL TURN TO THAT IN JUST A MOMENT.

 9         MAY I HAVE THE APPEARANCES, PLEASE.

10              MR. BOSTIC:  GOOD MORNING, YOUR HONOR.  JOHN BOSTIC,

11    JEFF SCHENK, AND BOB LEACH FOR THE UNITED STATES.

12              THE COURT:  THANK YOU.  GOOD MORNING.

13              MR. DOWNEY:  GOOD MORNING, YOUR HONOR.  KEVIN DOWNEY

14    FROM WILLIAMS & CONNOLLY FOR MS. HOLMES AND WITH ME ARE

15    PARTNER, LANCE WADE, AND OUR CO-COUNSEL, JOHN CLINE.

16              THE COURT:  THANK YOU.  GOOD MORNING.

17              MR. CAZARES:  GOOD MORNING, YOUR HONOR.

18    STEPHEN CAZARES FOR MR. BALWANI.  WITH ME IS MR. STEVEN FOGG

19    WHO ALSO REPRESENTS MR. BALWANI.

20              THE COURT:  THANK YOU.  GOOD MORNING.

21         LET ME JUST THANK COUNSEL FOR -- WE DID RESCHEDULE THIS TO

22    THIS MORNING FROM -- I ADVANCED IT FROM MONDAY, AND LET ME

23    THANK YOU FOR THAT COURTESY.

24         WELL, TODAY WE HAVE A MOTION TO COMPEL REGARDING DISCOVERY

25    MATTERS.  WE HAD SOME DISCUSSIONS ABOUT DISCOVERY WHEN WE WERE
```

10:06AM   1    LAST IN COURT AND THERE WAS SOME REPRESENTATIONS MADE.

10:06AM   2         I SUPPOSE -- LET ME INDICATE WHAT I HAVE REVIEWED HERE.  I

10:06AM   3    HAVE REVIEWED YOUR PLEADINGS IN THIS CASE WHICH INCLUDE

10:07AM   4    DOCUMENT 67, WHICH IS THE MOTION TO COMPEL; DOCUMENT 79, WHICH

10:07AM   5    IS THE GOVERNMENT'S OPPOSITION; DOCUMENT 81, WHICH IS THE

10:07AM   6    REPLY, DEFENSE REPLY, AND ALL OF THE ATTACHMENTS THERETO;

10:07AM   7    DOCUMENT 82 IS MR. BALWANI'S REPLY; DOCUMENT 81-1 IS THE

10:07AM   8    DECLARATION OF MR. WADE IN FURTHER SUPPORT OF THE MOTION TO

10:07AM   9    COMPEL.

10:07AM   10        I'VE LOOKED ALSO AT THE JOINDER FILED BY MR. BALWANI AND

10:07AM   11   THAT WAS DOCUMENT 68; AND DOCUMENT 88, FINALLY, IS THE JOINT

10:07AM   12   SUPPLEMENTAL CASE MANAGEMENT STATEMENT; AND DOCUMENT 80 IS THE

10:07AM   13   JOINT STATEMENT.

10:07AM   14        HAVE I LEFT ANYTHING OUT THAT EITHER PARTY WANTS TO DRAW

10:07AM   15   MY ATTENTION TO?

10:07AM   16             MR. BOSTIC:  NO, YOUR HONOR, NOT FOR THE GOVERNMENT.

10:07AM   17   THANK YOU VERY MUCH.

10:07AM   18             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:08AM   19        WELL, WHY DON'T I GET AN UPDATE, IF I MAY AS TO -- PARDON

10:08AM   20   ME.  BEFORE WE DO THAT, I DO WANT TO DO ONE THING.  I'D LIKE TO

10:08AM   21   SET THE CASE FOR TRIAL.  SO WHY DON'T WE GET OUR CALENDARS OUT

10:08AM   22   AND LET'S LOOK AND SEE WHAT WOULD BE APPROPRIATE FOR THAT.

10:08AM   23        I DID READ IN YOUR STATEMENTS THAT YOU'RE SUGGESTING

10:08AM   24   SEPTEMBER OF NEXT YEAR AS A DATE FOR TRIAL.  I APPRECIATE THAT

10:08AM   25   OFFER.

```
10:08AM   1          I'M GOING TO SUGGEST SOMETHING DIFFERENT.  THE THOUGHT

10:08AM   2     OCCURS TO ME THAT THE TIME TO SECURE A JURY BEGINNING IN

10:08AM   3     SEPTEMBER FOR THE DURATION THAT YOU'VE INDICATED, I THINK YOU

10:08AM   4     SAID 90 DAYS, 3 MONTHS, PUTS US PERILOUSLY CLOSE TO THE HOLIDAY

10:08AM   5     SEASON.  MY SENSE IS THAT THERE WILL BE PROBABLY SOME

10:08AM   6     DIFFICULTY TO SECURE JURORS WHO WOULD HAVE TIME AND BE CONFLICT

10:08AM   7     FREE AS WE APPROACH THAT HOLIDAY SEASON.  I THINK THAT'S

10:09AM   8     PERHAPS NOT A GOOD PATH TO TAKE.

10:09AM   9          I'M GOING TO SUGGEST SOMETHING ELSE.  I UNDERSTAND THAT

10:09AM  10     YOU NEED SOME TIME TO ACCOMPLISH THIS, WHAT YOU NEED TO DO.

10:09AM  11          MY THOUGHT WAS THAT WE, AND LET ME START WITH THE

10:09AM  12     AMBITIOUS DATE, PERHAPS WE COULD, PERHAPS WE COULD ENGAGE JURY

10:09AM  13     SELECTION SOME TIME THE END OF JUNE AND TAKE A BREAK AFTER WE

10:09AM  14     DO THAT.  THAT MIGHT TAKE A COUPLE OF DAYS.  WE CAN BEGIN THE

10:09AM  15     TRIAL SOME TIME, THAT IS, EVIDENCE BEGINS SOME TIME IN JULY.

10:09AM  16     FOR EXAMPLE, WE COULD BEGIN THE TRIAL SOME TIME ON JULY 7TH,

10:09AM  17     JULY 14TH, AND GO FORWARD.

10:09AM  18          RESTRAIN YOUR ENTHUSIASM, PLEASE.

10:10AM  19          (LAUGHTER.)

10:10AM  20          THE COURT:  LET ME ALSO SUGGEST THEN, GOING FORWARD,

10:10AM  21     WE COULD LOOK -- I'M ALSO LOOKING AT PERHAPS JULY 14TH FOR JURY

10:10AM  22     SELECTION, THE WEEK OF JULY 14TH FOR JURY SELECTION.

10:10AM  23          WE COULD TAKE THE FOLLOWING WEEK OFF, WHICH IS THE 20TH,

10:10AM  24     AND THEN PERHAPS ENGAGE EVIDENCE ON THE 28TH, 29TH, THAT WEEK.

10:10AM  25          IF THAT DOESN'T WORK, I'M GIVING YOU SO MANY OUTS HERE, WE
```

10:10AM   1    COULD -- I THINK THE 28TH WE COULD, AS I SAID, BEGIN JURY

10:10AM   2    SELECTION AND THEN START EVIDENCE ON THE 4TH OF AUGUST.   I

10:10AM   3    THINK THAT'S -- THAT'S BASICALLY THAT LATTER IS PUSHING IT --

10:10AM   4    ADVANCING US ABOUT A MONTH, BUT I AM -- I DO HAVE SOME CONCERN

10:10AM   5    ABOUT GOING INTO THE HOLIDAY SEASON.   PERHAPS YOU HAVE HOLIDAY

10:10AM   6    PLANS AS WELL.

10:11AM   7             MR. SCHENK:   YOUR HONOR, FROM THE GOVERNMENT'S

10:11AM   8    PERSPECTIVE THE GOVERNMENT IS PREPARED TO TRY THE CASE AT THE

10:11AM   9    CONVENIENCE OF THE COURT.

10:11AM   10       WHEN WE WERE LAST BEFORE YOUR HONOR IN APRIL, THE

10:11AM   11   GOVERNMENT ASKED THE COURT TO SET THE MATTER FOR TRIAL THEN

10:11AM   12   RECOGNIZING THAT DISCOVERY WAS VOLUMINOUS AND THE DEFENSE WOULD

10:11AM   13   NEED A SIGNIFICANT AMOUNT OF TIME TO PREPARE.

10:11AM   14       WE ASKED THE COURT TO SET A TRIAL DATE EVEN A YEAR FROM

10:11AM   15   THAT.   SO AT THAT TIME WE PROPOSED ROUGHLY APRIL OF 2020.

10:11AM   16       SINCE THEN WE HAD A MEET AND CONFER WITH THE DEFENSE AND

10:11AM   17   IN PARTICULAR COUNSEL FOR MS. HOLMES DESCRIBED TO US THE AMOUNT

10:11AM   18   OF WORK THAT THEY HAD LEFT TO DO TO PREPARE FOR TRIAL, AND IT

10:11AM   19   WAS KIND OF WITH THAT UNDERSTANDING THAT IN ORDER TO PREPARE

10:11AM   20   THEY FELT APRIL WAS REALLY TOO SOON.

10:11AM   21       SO I THINK THE COURT HAS GIVEN US ALL FINE SUGGESTIONS

10:11AM   22   FROM THE GOVERNMENT'S PERSPECTIVE, AND WE WOULD LEAVE IT UP TO

10:11AM   23   THE DEFENSE TO HEAR IF ONE OF THOSE DATES IS A POINT AT WHICH

10:11AM   24   THEY WOULD BE PREPARED TO BEGIN THE TRIAL.

10:11AM   25       BUT FROM THE GOVERNMENT'S PERSPECTIVE WE THINK THAT WE

7

| | |
|---|---|
| 10:11AM 1 | WILL BE ABLE TO BEGIN AT ANY OF THOSE DATES. |
| 10:12AM 2 | I WOULD ALSO ASK, THOUGH, THAT -- AND I'M SURE THIS IS |
| 10:12AM 3 | WHAT THE COURT MEANT -- THAT THIS IS A FIRM TRIAL DATE.  WE'RE |
| 10:12AM 4 | NOT GOING TO BE COMING BACK BEFORE YOUR HONOR IN APRIL OF 2020 |
| 10:12AM 5 | AND SAYING WE NOW NEED SOME ADDITIONAL TIME.  WE'RE GOING TO |
| 10:12AM 6 | HAVE SIGNIFICANT SUBPOENAS TO SERVE IN THE CASE, MANY CIVILIAN |
| 10:12AM 7 | WITNESSES, AND THERE'S REAL VALUE TO HAVING FIRM TRIAL DATES. |
| 10:12AM 8 | SO WHEN WE ASK WITNESSES TO CLEAR THEIR SCHEDULES AND TO BE |
| 10:12AM 9 | AVAILABLE FOR COURT, THAT IS A ONE-TIME REQUEST AND WE CAN SAY |
| 10:12AM 10 | IT WITH SOME LEVEL OF CERTAINTY, AND I APPRECIATE I'M SURE |
| 10:12AM 11 | THAT'S WHAT THE COURT MEANT WHEN IT WAS OFFERING THESE DATES. |
| 10:12AM 12 | THE COURT:  WELL, THANK YOU, MS. SCHENK.  THAT IS |
| 10:12AM 13 | WHAT I MEAN.  YOU'RE ASKING ME TO SET ASIDE THREE MONTHS OF |
| 10:12AM 14 | COURT TIME FOR THIS CASE, AND BOTH SIDES ARE ENTITLED TO THAT. |
| 10:12AM 15 | I'LL DO THAT.  I'LL DO THAT. |
| 10:12AM 16 | OF COURSE, YOU KNOW THE BUSINESS OF FEDERAL COURTS.  I |
| 10:12AM 17 | NEED TO DISAPPOINT OTHER COURT USERS FOR THAT TIME PERIOD.  SO |
| 10:12AM 18 | I DO WANT TO SECURE FIRM TRIAL DATES THAT GIVES EVERYONE HERE A |
| 10:13AM 19 | FIRM EVENT HORIZON TO FOCUS ON SUCH THAT THERE WON'T BE ANY |
| 10:13AM 20 | CHANGES TO THAT. |
| 10:13AM 21 | COUNSEL. |
| 10:13AM 22 | MR. DOWNEY:  YOUR HONOR, I WOULD SAY WE SHARE -- WE |
| 10:13AM 23 | UNDERSTAND THE SITUATION, WE UNDERSTAND THE NEED TO SET A DATE |
| 10:13AM 24 | GIVEN THE LENGTH OF THE TRIAL. |
| 10:13AM 25 | I WOULD SAY OF THE DATES THAT YOU HAVE SUGGESTED, WE WOULD |

10:13AM  1    SUGGEST COMMENCING WITH SELECTION ON THE 28TH OF JULY.

10:13AM  2         THE COURT:  EXPERIENCED DEFENSE COUNSEL ALWAYS LOOKS

10:13AM  3    TO THE LATTER DATE.  NO CRITICISM INVOLVED.

10:13AM  4    WHEN I WAS PRACTICING, THAT WAS SOMETHING THAT I

10:13AM  5    OCCASIONALLY DID AS WELL.

10:13AM  6         MR. DOWNEY:  NO, I UNDERSTAND.  AND I ONLY WANT TO

10:13AM  7    SAY, BECAUSE THESE ISSUES ARE NOT BEFORE THE COURT TODAY, OUR

10:13AM  8    CONCERN IS NOT REALLY ABOUT THE DATE AS AN ABSTRACTION.

10:13AM  9    OUR CONCERN IS THAT THERE ARE ANY NUMBER OF ISSUES IN

10:13AM  10   TERMS OF THE GOVERNMENT'S RULE 26 COMPLIANCE THAT ARE STILL

10:13AM  11   OUTSTANDING.

10:13AM  12   WE ARE CONTINUING TO GET LARGE VOLUMES OF MATERIAL FROM

10:14AM  13   THE GOVERNMENT SO I THINK --

10:14AM  14        THE COURT:  WELL, THAT'S THE PROVERB, YOU ASK AND

10:14AM  15   YOU SHALL RECEIVE.  IT'S NOT A PROVERB BUT SOMEONE SAID THAT

10:14AM  16   ONCE.  SO, YOU KNOW, YOU ASK FOR IT, YOU GET IT, AND THEN OF

10:14AM  17   COURSE YOU HAVE TO DIGEST IT.  SO I APPRECIATE THAT.  THERE'S

10:14AM  18   VOLUMINOUS DISCOVERY HERE.

10:14AM  19   I THINK IF WE SET, AND THAT WAS MY THOUGHT, AND I'M SORRY

10:14AM  20   TO INTERRUPT YOU, BUT MY THOUGHT WAS THE FIRST THING WE DO IS

10:14AM  21   LET'S SET A TRIAL DATE THAT WE CAN ALL FOCUS ON AND THEN YOU

10:14AM  22   CAN ADJUST YOUR WORK SCHEDULES ACCORDINGLY, THE PRODUCTION, AND

10:14AM  23   I'M GOING TO TALK ABOUT THAT IN A MOMENT.

10:14AM  24   JUST TO ADVANCE THAT CONVERSATION, I'LL PROBABLY BE

10:14AM  25   TELLING THE GOVERNMENT, YOU NEED TO TELL THESE FOLKS TO RAMP IT

10:14AM 1    UP BECAUSE WE NOW HAVE A TRIAL DATE.

10:14AM 2              MR. DOWNEY:  YEAH.  AND I EXPECT, YOUR HONOR, THAT

10:14AM 3    WE'LL BE ABLE TO WORK WITH THE GOVERNMENT AND EITHER AGREE ON

10:14AM 4    OR COME CLOSE TO AGREEING ON A PROPOSED SCHEDULE THAT CONFORMS

10:14AM 5    WITH THE TRIAL DATE.

10:14AM 6        AND I WOULD SAY WE'LL LIKELY BE ASKING THE COURT TO BE

10:14AM 7    ATTENTIVE TO THAT RULE 16 CUTOFF.

10:14AM 8              THE COURT:  SURE.  OKAY.

10:14AM 9              MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:15AM 10             THE COURT:  LET ME ASK YOUR COLLEAGUES.

10:15AM 11             MR. CAZARES:  YOUR HONOR, MR. BALWANI AGREES WITH

10:15AM 12   MR. DOWNEY THAT AUGUST IS LIKELY BETTER, LESS FOR OUR SCHEDULE,

10:15AM 13   BUT ALSO I'VE TRIED CASES IN THE SUMMER TIME AND JURORS ALSO

10:15AM 14   HAVE VACATION PLANS.  JULY TENDS TO BE VERY DIFFICULT TO SECURE

10:15AM 15   A LONG-TERM VOIR DIRE IN FEDERAL COURT.

10:15AM 16       SO I WOULD CONCUR THAT AUGUST MAKES SENSE.  IF WE START ON

10:15AM 17   THE 28TH, THAT WOULD AT LEAST AVOID SOME OF THE JUROR VACATION

10:15AM 18   ISSUES THAT OFTEN COME UP.

10:15AM 19             THE COURT:  I'M SORRY.  WHEN YOU SAY, "START," ARE

10:15AM 20   YOU SUGGESTING START EVIDENCE OR START THE JURY SELECTION?

10:15AM 21             MR. CAZARES:  I THINK TO THE EXTENT THAT WE START

10:15AM 22   THE JURY SELECTION AT THE END OF JULY, I DON'T THINK -- I THINK

10:15AM 23   THAT WOULD LIKELY AVOID MOST JUROR VACATION ISSUES.  I THINK

10:15AM 24   THAT'S THE GOAL IN SOME WAYS, TRY TO AVOID THEIR HOLIDAY

10:15AM 25   VACATIONS AND TRY TO AVOID MAYBE SOME OF THEIR SUMMER VACATIONS

10:15AM 1    AND PLANT THE TRIAL SOMEWHERE RIGHT IN BETWEEN.

10:15AM 2              THE COURT:  MS. SCHENK?

10:15AM 3              MR. SCHENK:  THAT IS FINE WITH THE GOVERNMENT.  AS I

10:15AM 4    UNDERSTAND IT JULY 28TH IS JURY SELECTION?

10:15AM 5              THE COURT:  RIGHT, THAT IS THE DATE THAT I WAS

10:16AM 6    PROPOSING JULY 28TH.  MY SENSE IS THAT WE'LL PROBABLY BLEED

10:16AM 7    INTO THE 29TH.

10:16AM 8         BUT WE'LL DO JURY SELECTION THAT WEEK.  THERE WON'T BE ANY

10:16AM 9    RECEIPT OF EVIDENCE OR OPENING STATEMENTS UNTIL THE FOLLOWING

10:16AM 10   WEEK.

10:16AM 11        EVIDENCE AND OPENING STATEMENTS WILL BEGIN AUGUST 4TH,

10:16AM 12   AUGUST 4TH.

10:16AM 13        IS THAT AGREEABLE?

10:16AM 14             MR. SCHENK:  YES.

10:16AM 15             MR. DOWNEY:  YES, YOUR HONOR.

10:16AM 16             MR. CAZARES:  YES, YOUR HONOR.

10:16AM 17             THE COURT:  ALL RIGHT.  THANK YOU.  THEN WE'VE GOT

10:16AM 18   OUR TRIAL DATE SET.

10:16AM 19        I WON'T SET A PRETRIAL CONFERENCE DATE YET.  WHAT I'D LIKE

10:16AM 20   TO DO IS HAVE OUR CONVERSATION ABOUT DISCOVERY, AND THEN IF I

10:16AM 21   SET AN INTERIM STATUS DATE, AT WHICH POINT I'LL THEN SET AN

10:16AM 22   INTERIM STATUS CONFERENCE DATE DEPENDING ON THE DISCOVERY AS

10:16AM 23   YOU SUGGESTED.

10:16AM 24        OKAY.  MADAM CLERK, LET'S RESERVE THAT TIME FOR TRIAL IN

10:16AM 25   THIS MATTER.  I THINK COUNSEL SAID THREE MONTHS?

```
11:34AM    1     RESOLVE ANY DISPUTES THAT WE MAY HAVE.

11:34AM    2              THE COURT:  THAT'S HELPFUL.  THANK YOU FOR THAT.

11:34AM    3     THAT WOULD BE HELPFUL.

11:34AM    4              MR. BOSTIC:  ARE WE TALKING ABOUT A PROPOSED

11:34AM    5     PRETRIAL CALENDAR?

11:34AM    6              MR. WADE:  YES.

11:34AM    7              MR. BOSTIC:  I THINK THAT'S A GOOD IDEA.

11:34AM    8              THE COURT:  OKAY.  THANK YOU.  I APPRECIATE YOU

11:34AM    9     ADVANCING THAT.  ALSO, AFTER YOU HAVE YOUR MEET AND CONFER, AND

11:35AM   10     I ANTICIPATE IT'S GOING TO BE JUST EMINENTLY SUCCESSFUL, SHOULD

11:35AM   11     YOU NEED TO ADJUST THE 17TH, THAT IS, TO MOVE IT TO TAKE IT OFF

11:35AM   12     CALENDAR BECAUSE EVERYONE IS SATISFIED, JUST LET MS. KRATZMANN

11:35AM   13     KNOW AND WE CAN MAKE ANY ADJUSTMENTS THAT WE NEED ON THAT.

11:35AM   14     THAT'S ALWAYS OPEN.

11:35AM   15              MR. WADE:  OPTIMISM SPRINGS ETERNAL, YOUR HONOR.

11:35AM   16              THE COURT:  IT DOES.  IT DOES.  EVEN BOSTON WINS A

11:35AM   17     WORLD SERIES NOW AND THEN.  ANYTHING CAN HAPPEN.  ANYTHING

11:35AM   18     FURTHER?

11:35AM   19              MR. BOSTIC:  JUST ONE HOUSEKEEPING MATTER.

11:35AM   20              THE COURT:  YES.

11:35AM   21              MR. BOSTIC:  I BELIEVE, OF COURSE, THE PARTIES ARE

11:35AM   22     EACH CONTINUING THEIR INVESTIGATIONS AND REVIEW OF DISCOVERY.

11:35AM   23     IT MIGHT BE APPROPRIATE TO EXCLUDE TIME THROUGH THE TRIAL DATE.

11:35AM   24              THE COURT:  THANK YOU.  I WAS GOING TO DO THAT.  WE

11:35AM   25     HAVE A TRIAL DATE SET.  IT'S THE COURT'S INTENT THEN, BASED ON
```

11:35AM 1    OUR DISCUSSION HERE, AND WE'RE ONLY AT DISCOVERY, BUT I WILL

11:36AM 2    EXCLUDE TIME TO ALLOW FOR EFFECTIVE PREPARATION OF COUNSEL.

11:36AM 3    TIME IS EXCLUDED TO OUR TRIAL DATE FOR BOTH DEFENDANTS IN THIS

11:36AM 4    MATTER.

11:36AM 5         ALL RIGHT.  THANK YOU VERY MUCH.

11:36AM 6              MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:36AM 7              MR. WADE:  THANK YOU, YOUR HONOR.

11:36AM 8              MR. CAZARES:  THANK YOU.

11:36AM 9              THE COURT:  AND WE HAVE AN S.E.C. CASE.  SHOULD WE

11:36AM 10   CALL THAT NOW BEFORE EVERYONE LEAVES?

11:36AM 11             MS. LAMARCA:  SURE.

11:36AM 12             THE COURT:  THANK YOU FOR YOUR PATIENCE.

11:36AM 13             MS. LAMARCA:  SUSAN LAMARCA WITH THE S.E.C.

11:36AM 14             THE COURT:  THANK YOU.  GOOD MORNING.

11:36AM 15             MR. KATZ:  GOOD MORNING, YOUR HONOR.  MARC KATZ FOR

11:36AM 16   THE S.E.C.

11:36AM 17             THE COURT:  THANK YOU.  NICE TO SEE YOU AGAIN.

11:36AM 18             MR. CAZARES:  GOOD MORNING AGAIN, YOUR HONOR,

11:36AM 19   STEPHEN CAZARES FOR THE MR. BALWANI.

11:36AM 20             THE COURT:  THANK YOU.  GOOD MORNING.  SO WHAT

11:36AM 21   SHOULD WE DO IN THIS CASE?

11:36AM 22             MS. LAMARCA:  I THINK THE ONLY MATTER THAT WE HAVE

11:36AM 23   IN OUR JOINT STATEMENT WAS THE CONFIRMATION OF DATES THAT WE

11:36AM 24   AGREED COULD BE PUSHED OUT ANOTHER I THINK IT WAS 120 DAYS THE

11:36AM 25   COURT SET FOR THE CUTOFF OF REGULAR DISCOVERY, AND WE CAN HAD

```
11:36AM   1    HAD A LATTER EXPERT DISCOVERY DATE AND SO WE WANTED TO MAKE

11:36AM   2    SURE THAT THE COURT WENT AHEAD AND ORDERED THAT DATE.

11:36AM   3              MR. CAZARES:  THAT'S ACCEPTABLE, YOUR HONOR, YES.

11:37AM   4              MS. LAMARCA:  GREAT.  THANK YOU, YOUR HONOR.

11:37AM   5              THE COURT:  THANK YOU VERY MUCH.  GOOD SEEING YOU

11:37AM   6    ALL.  THANK YOU.

11:37AM   7              MR. DOWNEY:  THANK YOU, YOUR HONOR.

11:37AM   8              THE CLERK:  COURT IS ADJOURNED.

11:37AM   9         (COURT CONCLUDED AT 11:37 A.M.)

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25
```

1

2

3                           CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8   STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9   280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10  CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, RMR, CRR
17       CERTIFICATE NUMBER 8074

18

19                      DATED:  JULY 2, 2019

20

21

22

23

24

25

# EXHIBIT C

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT C – Under Seal Document

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons:

EXHIBIT C – Under Seal Document

# EXHIBIT D

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT D – Under Seal Document

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons:

EXHIBIT D – Under Seal Document

# EXHIBIT E

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,          )  CR-18-00258-EJD
6                                      )
                    PLAINTIFF,         )
7                                      )  SAN JOSE, CALIFORNIA
             VS.                       )
8                                      )  APRIL 15, 2020
    ELIZABETH A. HOLMES,               )
9                                      )  PAGES 1 - 34
                    DEFENDANT.         )
10   _____  )

11

12              TRANSCRIPT OF TELEPHONIC PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

14

    A P P E A R A N C E S (TELEPHONICALLY):
15

    FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
16                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
17                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
18
                           BY:  ROBERT S. LEACH
19                              VANESSA BAEHR-JONES
                           1301 CLAY STREET, SUITE 340S
20                         OAKLAND, CALIFORNIA 94612

21        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22

    OFFICIAL COURT REPORTER:
23                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
24
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER

2

1

A P P E A R A N C E S (TELEPHONICALLY): (CONT'D)

2

3      FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
4                                   LANCE A. WADE
                               725 TWELFTH STREET, N.W.
5                              WASHINGTON, D.C. 20005

6                              LAW OFFICE OF JOHN D. CLINE
                               BY:  JOHN D. CLINE
7                              ONE EMBARCADERO CENTER, SUITE 500
                               SAN FRANCISCO, CALIFORNIA 94111

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    APRIL 15, 2020

 2                   P R O C E E D I N G S

 3         (COURT CONVENED AT 10:17 A.M.)

 4              THE COURT:  ALL RIGHT.  THANK YOU.

 5         WELL, LET'S CALL THE CASE OF 18-258, THIS IS UNITED STATES

 6    OF AMERICA VERSUS ELIZABETH HOLMES.  LET ME STATE AT THE OUTSET

 7    THAT WE ARE CONDUCTING THIS HEARING BY WAY OF TELEPHONIC

 8    HEARING.

 9         THE COURT REFERS THE PARTIES TO GENERAL ORDER 74 FROM OUR

10    CHIEF JUDGE PHYLLIS HAMILTON, AND WE RECOGNIZE BECAUSE OF THE

11    CURRENT COVID-19 CRISIS, HEARINGS CURRENTLY CANNOT BE CONDUCTED

12    IN PERSON WITHOUT SERIOUSLY JEOPARDIZING PUBLIC HEALTH AND

13    SAFETY.

14         THE SAN JOSE COURTHOUSE WHERE THIS CASE IS VENUED IS

15    CLOSED AND WILL BE CLOSED CURRENTLY TO MAY 1, AND THAT IS

16    SUBJECT TO REVIEW, OF COURSE.  BUT THE COURTHOUSE IS CURRENTLY

17    CLOSED, AND WE ARE CONDUCTING THIS HEARING OTHERWISE

18    TELEPHONICALLY.

19         I'M GOING TO CALL FOR THE APPEARANCES OF THE PARTIES IN

20    JUST A MOMENT.  BUT LET ME ASK, WE ARE ON A TELEPHONIC HEARING.

21    I'M GOING TO ASK ALL PARTIES WHO ARE NOT SPEAKING TO PLEASE

22    MUTE YOUR PHONES, PLEASE MUTE YOUR PHONES, AND YOU CAN UNMUTE

23    THEM, OF COURSE, WHEN YOU'RE CALLED UPON TO SPEAK OR WHEN YOU

24    ARE SPEAKING, BUT I WOULD OTHERWISE APPRECIATE THAT.

25         LET'S START THEN WITH THE GOVERNMENT.  IF I COULD CAPTURE
```

```
10:19AM    1        THE APPEARANCES FOR THE GOVERNMENT, PLEASE.
10:19AM    2               MR. LEACH:  GOOD MORNING, YOUR HONOR.  THANK YOU.
10:19AM    3        THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES AND
10:19AM    4    ALSO ON THE LINE ARE MY COLLEAGUES JEFF SCHENK, JOHN BOSTIC,
10:19AM    5    AND VANESSA BAEHR-JONES.
10:19AM    6               THE COURT:  THANK YOU.  GOOD MORNING.
10:19AM    7        LET ME TURN TO THE DEFENSE.
10:19AM    8               MR. WADE:  GOOD MORNING, YOUR HONOR.
10:19AM    9        IT'S LANCE WADE ON BEHALF OF MS. HOLMES.  WITH ME THIS
10:19AM   10    MORNING ARE KEVIN DOWNEY AND JOHN CLINE.
10:19AM   11        MS. HOLMES IS ALSO PRESENT ON THE LINE.
10:19AM   12               THE COURT:  ALL RIGHT.  MS. HOLMES, ARE YOU THERE?
10:19AM   13               THE DEFENDANT:  YES.  GOOD MORNING, YOUR HONOR.
10:19AM   14               THE COURT:  THANK YOU.  GOOD MORNING.
10:19AM   15        AND, MR. WADE, DO YOU RECOGNIZE THAT VOICE AS THAT OF YOUR
10:19AM   16    CLIENT?
10:19AM   17               MR. WADE:  I DO, YOUR HONOR.
10:20AM   18               THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.
10:20AM   19        LET ME ALSO ADD A CAVEAT HERE, MR. WADE.  I DON'T KNOW IF
10:20AM   20    YOU HAVE ENGAGED PROTOCOLS SUCH THAT DURING THIS PROCEEDING IF
10:20AM   21    YOUR CLIENT WISHES TO SPEAK WITH YOU PRIVATELY, SHE MAY DO
10:20AM   22    THAT.  I NEGLECTED TO MENTION THAT AT OUR LAST HEARING, BUT I
10:20AM   23    WANT TO ENSURE THAT MS. HOLMES HAS THE OPPORTUNITY TO SPEAK
10:20AM   24    WITH HER DEFENSE COUNSEL DURING THESE PROCEEDINGS.
10:20AM   25        MY SENSE IS THAT SHE IS NOT SITTING NEXT TO YOU OR DOESN'T
```

10:20AM 1    HAVE PROXIMITY NEXT TO YOU PHYSICALLY OR YOUR DEFENSE TEAM.

10:20AM 2            MR. WADE:  THANK YOU, YOUR HONOR.  THAT IS CORRECT.

10:20AM 3    WE ARE NOT -- NONE OF US ARE IN CLOSE PROXIMITY TO ONE ANOTHER.

10:20AM 4    I APPRECIATE THE COMMENTS OF THE COURT.

10:20AM 5        AS THE COURT KNOWS, MS. HOLMES'S APPEARANCE WAS WAIVED IN

10:20AM 6    THE PRIOR HEARING SO I DON'T BELIVE THAT WAS AN ISSUE NECESSARY

10:20AM 7    TO ADDRESS THEN.

10:21AM 8        FOR PURPOSES OF THIS HEARING, IF WE FIND A TIME WHERE WE

10:21AM 9    BELIEVE WE NEED TO COMMUNICATE WITH HER SEPARATELY, WE'LL NOTE

10:21AM 10   THAT FOR THE COURT AND MAYBE SEEK THE COURT'S INDULGENCE

10:21AM 11   BRIEFLY SO WE CAN DO THAT VIA A SEPARATE LINE OF COMMUNICATION.

10:21AM 12           BUT MY HOPE IS THAT WON'T BE NECESSARY THIS MORNING.

10:21AM 13           THE COURT:  ALL RIGHT.  THANK YOU.

10:21AM 14       BUT I DO WANT YOU TO KNOW THAT I, OF COURSE, WILL AVAIL

10:21AM 15   MYSELF AND YOU OF THE OPPORTUNITY TO SPEAK WITH YOUR CLIENT.

10:21AM 16   WE'LL DO WHAT WE NEED TO DO TO ACCOMPLISH THAT.  I KNOW YOU

10:21AM 17   HAVE OTHER COUNSEL THERE.  PERHAPS -- I DON'T KNOW HOW MANY

10:21AM 18   PHONES MS. HOLMES HAS, BUT PERHAPS YOU CAN TEXT ONE ANOTHER OR

10:21AM 19   SOMETHING.

10:21AM 20       IF YOU NEED TO TAKE A BREAK, JUST LET ME KNOW, AND WE'LL

10:21AM 21   OF COURSE STOP THE PROCEEDINGS AND ALLOW YOU TO CONFER

10:21AM 22   PRIVATELY OFF THE RECORD WITH YOUR CLIENT.

10:21AM 23           MR. WADE:  THANK YOU, YOUR HONOR.

10:21AM 24           THE COURT:  YOU'RE WELCOME.  ALL RIGHT.

10:21AM 25       LET ME -- ANYTHING FURTHER?  ANYTHING ANYONE WISHES TO SAY

```
10:21AM    1    BEFORE WE PROCEED?
10:21AM    2         ANYTHING FROM THE GOVERNMENT?
10:21AM    3         ANYTHING FROM, MR. WADE, YOUR TEAM?
10:22AM    4              MR. LEACH:  NO, YOUR HONOR.  THIS IS ROBERT LEACH
10:22AM    5    FOR THE UNITED STATES.  THANK YOU.  NOTHING FOR THE GOVERNMENT.
10:22AM    6              MR. WADE:  THIS IS LANCE WADE, YOUR HONOR.  NOTHING
10:22AM    7    FROM US.
10:22AM    8              THE COURT:  ALL RIGHT.  THANK YOU.
10:22AM    9         LET ME THANK YOU FOR FILING DOCUMENT 372, WHICH IS YOUR
10:22AM   10    JOINT STATUS MEMORANDUM, AND I APPRECIATE YOUR DILIGENCE IN
10:22AM   11    WORKING TOGETHER AND GETTING THAT FILED IN THE SHORT NOTICE
10:22AM   12    THAT THE COURT GAVE YOU.  IT'S VERY HELPFUL.
10:22AM   13         WE HAVE -- OF COURSE, WE'RE LOOKING FORWARD TO THE TRIAL
10:22AM   14    OF THIS MATTER, AND WE'RE DOING THIS UNDER THE UMBRELLA OF THE
10:22AM   15    CURRENT COVID PROCESS THAT CONTINUES TO POSSESS THE NATION, AND
10:22AM   16    WE'RE TRYING OUR BEST TO ACCOMMODATE ALL MATTERS IN OUR COURTS
10:22AM   17    WITH AN EYE TOWARD MAKING SURE THAT BOTH SIDES, EVERYONE HAS
10:22AM   18    FAIR ACCESS TO THE COURTS AND A FAIR HEARING IN THE COURTS.
10:22AM   19         I HAVE YOUR SCHEDULES HERE, AND I APPRECIATE OFFERING THE
10:22AM   20    SCHEDULES.  I THINK WHAT REALLY WE NEED TO LOOK AT, AND I ENDED
10:23AM   21    OUR LAST CONVERSATION WITH THIS, WHAT IS THE REALISTIC SCHEDULE
10:23AM   22    FOR A TRIAL IN THIS MATTER?
10:23AM   23         I APPRECIATE BOTH SIDE'S EFFORTS TO AT LEAST PRESS FORWARD
10:23AM   24    TO SEE IF WE CAN HAVE THE CASE PRESENTED TO A JURY THIS YEAR.
10:23AM   25    AND AS I LOOK AT YOUR DOCUMENTS, YOU SUGGEST THAT -- BOTH SIDES
```

10:23AM 1    SUGGEST OCTOBER TRIAL DATES.

10:23AM 2         MS. HOLMES, THE DEFENSE SUGGESTS AN OCTOBER 26TH DATE.

10:23AM 3    THE GOVERNMENT DATE IS, PROPOSED DATE IS ABOUT 20 DAYS BEFORE

10:23AM 4    THAT, OCTOBER 6TH.

10:23AM 5         I ALSO APPRECIATE THE FACT THAT YOU RECOGNIZE THAT WE

10:23AM 6    SHOULD HAVE AN INTERIM STATUS HEARING, WHICH I THINK IS WISE.

10:23AM 7    YOU SUGGEST A DATE IN JULY FOR THAT.  I THINK ALL OF THAT IS

10:23AM 8    APPROPRIATE.

10:24AM 9         NOW, I DO NOTE IN THE DOCUMENT IT IS SUGGESTED THAT THE

10:24AM 10   GOVERNMENT MAY SEEK, MAY SEEK A SUPERSEDING INDICTMENT FROM THE

10:24AM 11   GRAND JURY.  AS NOTED, THE GRAND JURY IS IN SUSPENSION RIGHT

10:24AM 12   NOW AND THEY'RE NOT ABLE TO PROCEED BECAUSE OF THE CLOSURE OF

10:24AM 13   OUR COURTHOUSE UNTIL MAY 1ST.  AND SO THAT REMAINS TO BE SEEN.

10:24AM 14   THAT REMAINS TO BE SEEN WHETHER OR NOT A GRAND JURY WOULD

10:24AM 15   INDEED ISSUE A SUPERSEDING INDICTMENT.  I THINK MR. WADE NOTES

10:24AM 16   THAT IN HIS PLEADINGS AS WELL.

10:24AM 17        SO I WANTED TO ASK BOTH SIDES, PLEASE, TO COMMENT ON THE

10:24AM 18   OCTOBER TRIAL DATE AS IT'S SET AND THE REALITIES OF THAT GIVEN

10:24AM 19   THE FACT THAT THE GOVERNMENT MAY SUPERSEDE, AS WELL AS LOOKING

10:24AM 20   FORWARD INTO 2021 FOR A TRIAL DATE IN EARLY 2021.  I KNOW THE

10:25AM 21   DEFENSE SUGGESTS THAT THAT IS A MORE REALISTIC DATE GIVEN NOT

10:25AM 22   JUST THE COVID SITUATION BUT THE FACT THAT THERE MIGHT BE A

10:25AM 23   SUPERSEDING INDICTMENT FILED.

10:25AM 24        MR. LEACH, YOUR TEAM WAS VERY THOROUGH IN YOUR SIDE OF

10:25AM 25   THE -- YOUR PORTION OF DOCUMENT 372, THE JOINT MEMORANDA, BUT I

10:25AM  1    DID WANT TO GIVE YOU AN OPPORTUNITY TO SPEAK FURTHER ON THAT.

10:25AM  2    SO WHAT ARE YOUR THOUGHTS ON THIS?

10:25AM  3              MR. LEACH:  THANK YOU, YOUR HONOR.  I APPRECIATE

10:25AM  4    THAT.  THIS IS ROBERT LEACH.

10:25AM  5         WE BELIEVE AN OCTOBER DATE IS REALISTIC REGARDLESS OF

10:25AM  6    WHETHER THE CURRENT CHARGING INSTRUMENT IS SUPERSEDED.

10:25AM  7         I WOULD NOTE THAT IT'S APRIL 15TH.  WE ARE --

10:25AM  8              THE COURT:  YOU KNOW, LET'S -- MR. LEACH, WE'VE

10:26AM  9    PAUSED FOR A MOMENT BECAUSE THE AT&T LINE THAT WE HAVE,

10:26AM  10   REGRETTABLY, IT DOES INDICATE WHEN PEOPLE SIGN ON AND OFF, AND

10:26AM  11   WE'RE TREATED TO A LOVELY LULLABY OF BEATS.

10:26AM  12        WE'RE TRYING TO LOOK AT OTHER TECHNOLOGY THAT PERMITS US

10:26AM  13   TO ELIMINATE THAT, BUT REGRETTABLY, WE DON'T HAVE IT IN PLACE

10:26AM  14   FOR THIS HEARING.  I APOLOGIZE FOR THAT.

10:26AM  15             MR. LEACH:  THANK YOU, YOUR HONOR.

10:26AM  16        I AM GOING TO CHOOSE TO HOPE THAT PEOPLE WERE JOINING THE

10:26AM  17   LINE RATHER THAN LEAVING THE LINE WHEN I WAS SPEAKING.

10:26AM  18        AS I WAS SAYING, IT'S APRIL 15TH TODAY.  WE ARE SIX MONTHS

10:26AM  19   AWAY FROM OCTOBER.  I DON'T THINK IT'S UNUSUAL FOR THE

10:26AM  20   GOVERNMENT TO SUPERSEDE A CHARGING INSTRUMENT, AND, OF COURSE,

10:26AM  21   THAT'S A DECISION THAT IS RESERVED FOR THE GOVERNMENT.

10:26AM  22        IN MOST CASES WHEN THE GOVERNMENT DOES THAT, THE FIRST

10:27AM  23   TIME THAT THE DEFENSE LEARNS ABOUT IT IS WHEN THE GRAND JURY

10:27AM  24   ELECTS TO RETURN THE INDICTMENT.

10:27AM  25        GIVEN THE COVID SITUATION, WE WANTED TO AVOID THAT, WHICH

10:27AM  1    IS WHY WE PROPOSED PROCEEDING BY SUPERSEDING INFORMATION AND

10:27AM  2    PROVIDING THE DRAFT SUPERSEDING INFORMATION TO THE DEFENSE SO

10:27AM  3    THE DEFENSE HAD AT LEAST THE GOVERNMENT'S PERSPECTIVE OF WHAT

10:27AM  4    IT INTENDED TO DO.

10:27AM  5         I WOULD NOTE THAT THE DEFENDANTS MOVED TO DISMISS THE

10:27AM  6    INDICTMENTS IN DECEMBER OF 2019.  THEY COULD HAVE MOVED TO DO

10:27AM  7    THAT EARLIER AND ELECTED NOT TO DO THAT.

10:27AM  8         THE COURT RULED ON THE MOTION TO DISMISS IN LATE FEBRUARY,

10:27AM  9    AND I DON'T THINK IT IS UNREASONABLE OR CAN COME AS A SURPRISE

10:27AM  10   TO ANYBODY THAT THE GOVERNMENT MIGHT REACT TO THE DISMISSAL OF

10:27AM  11   CERTAIN COUNTS.

10:27AM  12        SO I THINK THAT ADDRESSES A LITTLE BIT OF WHY I DON'T

10:28AM  13   THINK ANY SUPERSEDING INSTRUMENT SHOULD COME AS A SURPRISE.

10:28AM  14        I ALSO THINK IT'S A BIT OF AN OVERSTATEMENT TO SAY THAT

10:28AM  15   THE PROPOSED CHANGES THE GOVERNMENT IS PURSUING REALLY CHANGE

10:28AM  16   THE TRIAL IN THIS CASE OR REALLY CHANGE THE PERSPECTIVE ON THE

10:28AM  17   CASE.

10:28AM  18        I DO NOT ANTICIPATE ANY NEW SUBSTANTIAL DISCOVERY.  I

10:28AM  19   THINK WHATEVER DISCOVERY THE GOVERNMENT PRODUCED, I THINK WE

10:28AM  20   HAVE ALREADY PRODUCED THE VAST BULK OF IT AND THE REMAINDER

10:28AM  21   WOULD BE QUITE NEGLIGIBLE.

10:28AM  22        I KNOW IN THE STATUS CONFERENCE STATEMENT THE DEFENSE

10:28AM  23   MENTIONS WALGREENS.  WALGREENS HAS BEEN IN THE INDICTMENT SINCE

10:28AM  24   DAY ONE.  THEY MENTION SAFEWAY AND DOCUMENTS RELATING TO

10:28AM  25   SAFEWAY HAVE BEEN IN DISCOVERY SINCE THE GOVERNMENT'S INITIAL

10:28AM  1    PRODUCTION.  THEY MENTIONED THE ADDITIONAL BOARD MEMBERS AS

10:29AM  2    INVESTORS, AND THAT ALSO HAS BEEN IN DISCOVERY SINCE THE

10:29AM  3    INITIAL PRODUCTION.

10:29AM  4         I WOULD NOTE THAT MANY OF THE MATTERS THAT THE GOVERNMENT

10:29AM  5    IS PURSUING WAS IN OUR RULE 404(B) NOTICE, WHICH WE'VE BEEN

10:29AM  6    PROVIDING SINCE THE OUTSET BUT SUMMARIZED ON MARCH 6TH, 2020.

10:29AM  7         SO WE WANT THE DEFENSE TO BE PREPARED.  WE DON'T WANT THE

10:29AM  8    DATE TO MOVE.  I JUST DON'T THINK CHANGES IN THE CHARGING

10:29AM  9    INSTRUMENT ARE ANY IMPEDIMENTS TO PROCEEDING IN OCTOBER.

10:29AM  10        AND I THINK IT'S IMPORTANT TO HIGHLIGHT THE CHANGES THAT

10:29AM  11   THE GOVERNMENT PROVIDED TO MS. HOLMES.  I THINK IT'S LIMITED TO

10:29AM  12   EIGHT PARAGRAPHS OF THE INDICTMENT.  WE ADD A SINGLE LINE IN

10:29AM  13   PARAGRAPH 3 THAT SAYS "THERANOS INVESTORS INCLUDED INDIVIDUALS,

10:29AM  14   ENTITIES, CERTAIN BUSINESS PARTNERS, MEMBERS OF ITS BOARD OF

10:30AM  15   DIRECTORS, AND INDIVIDUALS AND ENTITIES WHO INVESTED THROUGH

10:30AM  16   FIRMS FORMED FOR THE EXCLUSIVE PURPOSE OR PRIMARY PURPOSE OF

10:30AM  17   INVESTING IN THERANOS'S SECURITIES."

10:30AM  18        WE THINK THESE WERE INVESTORS WHO WERE ALREADY IN THE CASE

10:30AM  19   AND THAT THIS DOES NOT SUBSTANTIALLY CHANGE THE DYNAMIC OF A

10:30AM  20   TRIAL.

10:30AM  21        THE OTHER CHANGES ARE TO PARAGRAPHS 10, 11, AND 12, AND IT

10:30AM  22   SIMPLY IS CHANGING A DATE FROM 2010 TO 2013.

10:30AM  23        WE AMEND PARAGRAPH 16 TO MAKE A FURTHER ALLEGATION AND TO

10:30AM  24   IDENTIFY CERTAIN BLOOD TESTS THAT ARE SPELLED OUT IN THE BILL

10:30AM  25   OF PARTICULARS.

10:30AM 1      AND WE CHANGE TWO WIRE FRAUD COUNTS IN PARAGRAPHS 18 AND

10:30AM 2  26 FROM PATIENTS 1 AND 2 TO BB AND ET.

10:30AM 3      THAT'S THE EXTENT OF THE CHANGES THAT THE GOVERNMENT IS

10:30AM 4  PURSUING, AND WE DON'T THINK IT ALTERS THE LENGTH OF THE TRIAL

10:30AM 5  OR REALLY CHANGES THE DYNAMIC THAT WE'RE LOOKING AT.

10:30AM 6      WITH RESPECT TO COVID-19, YOUR HONOR, I DON'T HAVE SPECIAL

10:31AM 7  INSIGHT INTO WHAT THE WORLD IS GOING TO LOOK LIKE IN OCTOBER.

10:31AM 8  WE HEARD THE COURT'S COMMENTS AT THE LAST CONFERENCE ABOUT THE

10:31AM 9  DIFFICULTY OF SERVING SUMMONS AND LARGE GATHERINGS.  WE'RE

10:31AM 10  MINDFUL OF THAT.

10:31AM 11      WE THINK OCTOBER SEEMS FAR ENOUGH REMOVED FROM THAT AND

10:31AM 12  THAT THE BETTER COURSE IS TO PLAN FOR THAT AND CHECK IN IN JULY

10:31AM 13  IF WE NEED TO, BUT PLANNING FOR 2021 JUST SEEMS LIKE WE'RE

10:31AM 14  PLANNING FOR FAILURE, AND I THINK THE BETTER COURSE IS TO SET

10:31AM 15  THE DATE, WORK TOWARDS THAT, AND IF AGAINST ALL OF OUR HOPES

10:31AM 16  THE WORLD IS NOT IN A DIFFERENT SITUATION IN OCTOBER, WE CAN

10:31AM 17  REACT TO THAT.

10:31AM 18      BUT SETTING THE DATE OUT IN '21 JUST CREATES TOO MUCH

10:31AM 19  UNCERTAINTY AND IS REALLY PLANNING FOR FAILURE.

10:31AM 20      SO FOR THESE REASONS WE THINK OCTOBER IS REASONABLE, AND

10:32AM 21  WE THINK THE COURT SHOULD ORDER THAT DATE.

10:32AM 22          THE COURT:  ALL RIGHT.  THANK YOU.

10:32AM 23      LET ME ASK IN REGARDS TO THE POTENTIAL SUPERSEDING

10:32AM 24  DOCUMENT, IF THE GRAND JURY DOES RETURN THE COUNTS AND THE

10:32AM 25  CHANGES THAT YOU'RE SEEKING, DO YOU HAVE A THOUGHT AS TO AN

10:32AM 1    INCREASE IN WITNESSES, PRODUCTION OF DOCUMENTS, ET CETERA, HOW

10:32AM 2    THAT MIGHT AFFECT THINGS?

10:32AM 3          MR. LEACH:  IT CERTAINLY DOES NOT CHANGE FROM THE

10:32AM 4    GOVERNMENT'S PERSPECTIVE WHO WE WERE INTENDING TO CALL IN THE

10:32AM 5    TRIAL.  I THINK THE TRIAL STAYS THE SAME LENGTH.

10:32AM 6       I THINK THERE ARE GOING TO BE WALGREENS, SAFEWAY AND BOARD

10:32AM 7    OF DIRECTORS WITNESSES IN THIS TRIAL REGARDLESS, SO I DON'T

10:32AM 8    THINK IT CHANGED THE WITNESSES.

10:32AM 9       AND AS I ALLUDED TO EARLIER, YOUR HONOR, WITH THE

10:32AM 10   EXCEPTION OF POSSIBLY 302'S OR WITNESS STATEMENTS, I DO NOT

10:33AM 11   ANTICIPATE ANY SUBSTANTIAL DISCOVERY, CERTAINLY NOTHING

10:33AM 12   COMPARED TO THE 20 MILLION-PLUS DOCUMENTS THAT HAVE ALREADY

10:33AM 13   BEEN PRODUCED IN THIS CASE.  I THINK ANY REMAINING DISCOVERY

10:33AM 14   WOULD BE VERY, VERY NEGLIGIBLE.

10:33AM 15         THE COURT:  OKAY.  THANK YOU VERY MUCH.  ANYTHING

10:33AM 16   FURTHER THEN?

10:33AM 17         MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

10:33AM 18         THE COURT:  OKAY.  MR. WADE.

10:33AM 19         MR. WADE:  THANK YOU, YOUR HONOR.  THIS IS

10:33AM 20   LANCE WADE ON BEHALF OF MS. HOLMES.

10:33AM 21      I WILL START WHERE THE COURT HAS AND AS THE COURT DIRECTED

10:33AM 22   IN THE PRIOR HEARING WITH THE CURRENT HEALTH DIRECTIVES AND

10:33AM 23   SOME OF OUR THINKING ON THAT AS THE COURT MADE THAT INQUIRY.

10:33AM 24   AND WE, OF COURSE, THANK THE COURT FOR ITS CARE AND CONCERN

10:33AM 25   ABOUT THESE ISSUES AND OF COURSE ITS THE DESIRE TO KEEP ALL

10:33AM 1    TRIAL PARTICIPANTS SAFE THROUGH THIS ENTIRE PROCESS.

10:33AM 2         WE'RE OBVIOUSLY IN UNCHARTERED TERRITORY HERE, YOUR HONOR,

10:34AM 3    BOTH IN OUR DAILY LIVES AND IN OUR CURRENT OCCUPATIONS AND THIS

10:34AM 4    HEARING.

10:34AM 5         I THINK NONE OF US, INCLUDING SOME OF THE LEADING PUBLIC

10:34AM 6    HEALTH EXPERTS, REALLY KNOW WITH ANY DEGREE OF CERTAINTY WHAT

10:34AM 7    THE SECOND HALF OF THIS YEAR WILL LOOK LIKE FROM A HEALTH

10:34AM 8    PERSPECTIVE.

10:34AM 9         NO ONE HAS A CLEAR IDEA OF WHAT CONDUCT WILL BE DEEMED

10:34AM 10   SAFE DURING THAT TIME PERIOD OR WHAT PUBLIC HEALTH AND SOCIAL

10:34AM 11   DISTANCING GUIDANCE MAY BE NEEDED.

10:34AM 12        BY EXTENSION, OF COURSE, IT MAKES IT VERY DIFFICULT FOR

10:34AM 13   US, AND I'M SURE FOR THE COURT, TO KNOW WHETHER THOSE

10:34AM 14   CONDITIONS WILL BE CONDUCIVE TO A LENGTHY JURY TRIAL SUCH AS

10:34AM 15   THE ONE CONTEMPLATED IN THIS MATTER.

10:34AM 16        WHILE THE PARTIES ARE, OF COURSE, YOU KNOW, IN COURT WITH

10:35AM 17   GREAT FREQUENCY, THE COURT IS VASTLY MORE EXPERIENCED IN

10:35AM 18   CONDUCTING ITS OWN PROCEDURES AND RECOGNIZES THE NUMBER OF

10:35AM 19   CHANGES TO COURTROOM PROCEDURES AND PROTOCOLS THAT WILL BE

10:35AM 20   NECESSARY TO TRY AND ADDRESS HEALTH RELATED ISSUES.

10:35AM 21        WE'RE CONFIDENT THAT THE COURT WILL DO THAT AND OF COURSE

10:35AM 22   STAND PREPARED TO ASSIST THE COURT IN ANY WAY THAT WE CAN.

10:35AM 23        THERE'S NOTHING ABOUT THE PARTIES TO THIS CASE OR COUNSEL

10:35AM 24   IN THIS CASE WITH RESPECT TO THESE HEALTH ISSUES THAT MERITS

10:35AM 25   SPECIAL ATTENTION.

10:35AM 1    ALL FUTURE TRIAL PARTICIPANTS IN THIS COURT AND OTHER

10:35AM 2    COURTS ARE GOING TO HAVE TO WRESTLE WITH THIS NEW POST-PANDEMIC

10:35AM 3    WORLD IN HEARINGS AND JURY TRIALS WHEN OTHER COURT PROCEEDINGS

10:36AM 4    RESUME.  AGAIN, WE KNOW THE COURT WILL CONTINUE TO WORK TO

10:36AM 5    PRIORITIZE THE HEALTH AND SAFETY OF ALL OF US WHO APPEAR BEFORE

10:36AM 6    IT AS WE WORK TO ADAPT TO THAT NEW WORLD.

10:36AM 7        THERE ARE CERTAIN CIRCUMSTANCES RELATED TO THIS CASE,

10:36AM 8    HOWEVER, THAT WE THINK HEIGHTEN THE HEALTH RISK.

10:36AM 9        AS THE COURT, AND THE GOVERNMENT UNDOUBTEDLY RECOGNIZED,

10:36AM 10   THERE'S A GREATER RISK OF TRIAL DISRUPTION FROM THE VIRUS IN A

10:36AM 11   TRIAL THAT OCCURS OVER THE COURSE OF 100 DAYS THAN A TRIAL THAT

10:36AM 12   OCCURS OVER THE COURSE OF 1 OR 2.  THAT FLOWS FROM BASIC MATH

10:36AM 13   AND STATISTICAL PROBABILITY.

10:36AM 14       THE CROWDS THAT WILL LIKELY GATHER OUTSIDE OF THE

10:36AM 15   COURTHOUSE IN THIS CASE AND THEN FILL THE COURTROOM, AS THEY

10:36AM 16   HAVE IN NEARLY ALL PRIOR PROCEEDINGS, ADD TO THAT HEALTH RISK.

10:37AM 17       WHAT ALL PARTIES HERE IN THE COURT I AM SURE UNDOUBTEDLY

10:37AM 18   WANT IS AS SAFE AND AS SMOOTH A TRIAL AS POSSIBLE, ONE FREE

10:37AM 19   FROM DISRUPTION.

10:37AM 20       A MISTRIAL IS A REGRETTABLE EVENT IN ANY CIRCUMSTANCES,

10:37AM 21   AND IT'S OF COURSE A MASS OF CONCERN AND A BURDEN FOR ALL

10:37AM 22   INVOLVED WHEN THAT HAPPENS IN A LENGTHY TRIAL LIKE THIS.

10:37AM 23       WE CERTAINLY DON'T THINK IT'S PRUDENT TO START A TRIAL IF

10:37AM 24   THE PUBLIC HEALTH ENVIRONMENT SUGGESTS THAT THERE'S A

10:37AM 25   SUBSTANTIALLY INCREASED RISK OF A MISTRIAL.

10:37AM  1          THIS IS WHY IN OUR DISCUSSIONS WITH THE GOVERNMENT AND IN

10:37AM  2    THE PLEADING THAT WE SAID BEFORE THE COURT AT DOCKET 372, WE

10:37AM  3    ARTICULATED OUR BELIEF EVEN BEFORE THE CONCEPT OF A SUPERSEDING

10:38AM  4    INDICTMENT WAS DISCUSSED THAT IT WOULD BE APPROPRIATE TO DELAY

10:38AM  5    THE TRIAL UNTIL EARLY NEXT YEAR.

10:38AM  6          GIVEN THAT THE GOVERNMENT WAS RELUCTANT TO DO THAT, WE OF

10:38AM  7    COURSE HAVE TRIED TO FIND A WAY WHERE WE CAN MAKE AN

10:38AM  8    ACCOMMODATION THAT WOULD ACCOUNT FOR SOME OF THE PARTICULAR

10:38AM  9    LIMITATIONS AND TRIAL PREPARATION THAT RESULTED FROM THE

10:38AM  10   CURRENT CIRCUMSTANCES.

10:38AM  11         AS THE COURT KNOWS, AND WE'VE DISCUSSED IN PRIOR CALLS,

10:38AM  12   THERE'S MUCH THAT WE CAN CONTINUE TO DO AND WE PLEDGE TO THE

10:38AM  13   COURT THAT WE ARE CONTINUING TO WORK DILIGENTLY WITH ALL TASKS

10:38AM  14   THAT WE CAN DO IN OUR CURRENT REMOTE WORKING ENVIRONMENT, BUT

10:38AM  15   OF COURSE THERE ARE MANY TASKS THAT WE CAN'T DO TO PREPARE FOR

10:38AM  16   TRIAL THAT REQUIRE ACTIVITIES THAT ARE ILL-ADVISED OR ILLEGAL

10:38AM  17   GIVEN THE CURRENT CIRCUMSTANCES AND PUBLIC HEALTH CONDITIONS.

10:39AM  18         OUR SUGGESTION INITIALLY FOR THE 90-DAY DELAY WAS DONE

10:39AM  19   WITH THE BELIEF -- TO LATE OCTOBER -- WAS DONE WITH THE BELIEF

10:39AM  20   THAT A DELAY OF THAT PERIOD WOULD HELP US ACCOUNT FOR SOME OF

10:39AM  21   THE LIMITATIONS THAT WE ARE UNDER IN THE REMOTE WORK AND

10:39AM  22   CURRENT HEALTH ENVIRONMENT.  THAT'S WHY WE PROPOSED THAT

10:39AM  23   SCHEDULE.

10:39AM  24         WE RECOGNIZED WHEN WE PROPOSED THAT SCHEDULE, AND WE

10:39AM  25   BELIEVE IT'S TRUE WITH ANY SCHEDULE THAT STARTS THAT LATE, THAT

10:39AM  1    THAT COULD PUSH US INTO A SITUATION WHERE WE'RE WORKING THROUGH

10:39AM  2    THE HOLIDAYS.

10:39AM  3         WE, OF COURSE, IN NORMAL CIRCUMSTANCES WOULDN'T CONSIDER

10:39AM  4    PROPOSING SOME STEPS, BUT WE RECOGNIZE THAT WE ARE IN

10:40AM  5    EXTRAORDINARY TIMES, AND WE RECOGNIZE THAT IN TIMES SUCH AS

10:40AM  6    THAT SACRIFICES ARE NEEDED.  AND ENSURING THAT OUR CLIENT HAS

10:40AM  7    AN APPROPRIATE DEFENSE, WE'RE PREPARED TO WORK THROUGH THE

10:40AM  8    HOLIDAYS AS NEEDED IF THAT'S WHAT ENDS UP HAPPENING.

10:40AM  9         NOW, OF COURSE THAT, THAT PROPOSAL CHANGED WHEN THE

10:40AM 10    GOVERNMENT INFORMED US AT THIS POINT THAT IT INTENDED TO SEEK A

10:40AM 11    SUPERSEDING INDICTMENT.

10:40AM 12         AND WHILE I APPRECIATE THAT COUNSEL FOR THE GOVERNMENT

10:40AM 13    DOESN'T BELIEVE IT WILL SIGNIFICANTLY INCREASE THEIR TRIAL

10:40AM 14    PREPARATION TIME, I WILL MAKE CLEAR TO THE COURT THAT IF THE

10:40AM 15    GRAND JURY CHOOSES TO RETURN A SUPERSEDING INDICTMENT ALONG THE

10:41AM 16    LINES MR. LEACH HAS DISCLOSED THAT HE INTENDS TO SEEK, WHILE

10:41AM 17    THE CHANGES IN LANGUAGE MAY BE LIMITED AND DESIGNED TO DO

10:41AM 18    MINIMAL VIOLENCE TO THE WORDS WITHIN THE INDICTMENT, THE

10:41AM 19    FUNDAMENTAL SCOPE OF THE INDICTMENT CHANGES SIGNIFICANTLY.

10:41AM 20         THE INDICTMENT, THE PROPOSED INDICTMENT, OR THE POTENTIAL

10:41AM 21    SUPERSEDING INDICTMENT THAT MR. LEACH HAS STATED THAT THE

10:41AM 22    GOVERNMENT INTENDS TO SEEK SIGNIFICANTLY EXPANDS THE TIME

10:41AM 23    PERIOD THAT HAS BEEN THE FOCUS OF THE CASE.  THE COMPANY DURING

10:41AM 24    THE 2010 TO 2013 TIME PERIOD WAS IN A FUNDAMENTALLY DIFFERENT

10:41AM 25    STATE OF OPERATIONS THAN IT WAS DURING THE LATER TIME PERIOD

10:41AM   1    THAT WAS IDENTIFIED IN THE PREVIOUS CONSPIRACY PERIOD.  THE --

10:42AM   2    ALTHOUGH THE GOVERNMENT HAS IN DRAFTING, IT APPEARS, INTENT ON

10:42AM   3    CHANGING THE DEFINITION OF INVESTORS AND THE SCOPE OF THE

10:42AM   4    INVESTOR RELATED CONSPIRACY TO INCLUDE OTHER PARTIES, IT DOES

10:42AM   5    NOT APPEAR TO US, BASED ON WHAT HAS BEEN REPRESENTED BY THE

10:42AM   6    GOVERNMENT, THAT THOSE ARE REALLY INVESTOR RELATIONSHIPS AT

10:42AM   7    ALL.

10:42AM   8         IN FACT, THOSE RELATIONSHIPS, RELATIONSHIPS LIKE THE

10:42AM   9    WALGREENS RELATIONSHIP, THE SAFEWAY RELATIONSHIP, RELATIONSHIPS

10:42AM  10    WITH BOARD OF DIRECTORS ARE FUNDAMENTALLY DIFFERENT

10:42AM  11    RELATIONSHIPS THAN INVESTOR RELATIONSHIPS.

10:42AM  12         WALGREENS, SAFEWAY ARE CONTRACTUAL COUNTERPARTIES WITH

10:42AM  13    THERANOS.  THE COURSE OF DEALING BETWEEN THERANOS AND THOSE

10:42AM  14    CONTRACTUAL COUNTERPARTIES IS FUNDAMENTALLY DIFFERENT IN NATURE

10:43AM  15    AND SCOPE FROM THE INVESTOR-RELATED RELATIONSHIPS THAT WERE

10:43AM  16    OUTLINED IN THE PRIOR INDICTMENT.

10:43AM  17         THE INTERACTIONS WITH THE BOARD OF DIRECTORS ALSO

10:43AM  18    SIMILARLY ARE INTERACTIONS BETWEEN MANAGEMENT AND BOARD MEMBERS

10:43AM  19    AMONG FIDUCIARIES WITHIN THE COMPANY AND ARE OF A COMPLETELY

10:43AM  20    DIFFERENT NATURE FROM THE ALLEGATIONS THAT WERE SET FORTH IN

10:43AM  21    THE PRIOR INDICTMENT.

10:43AM  22         THEY REQUIRE A DIFFERENT LEVEL OF PREPARATION, THEY RAISE

10:43AM  23    DIFFERENT LEGAL ISSUES, WHICH WILL REQUIRE ADDITIONAL MOTIONS

10:43AM  24    SHOULD THE GRAND JURY RETURN AN INDICTMENT, AND FUNDAMENTALLY

10:43AM  25    CHANGE THE NATURE OF OUR TRIAL PREPARATION.

```
10:43AM   1        I'LL SAY WITH A BIT OF FRUSTRATION THAT I WILL CONFESS TO
10:43AM   2   THE COURT, ALTHOUGH MR. LEACH SUGGESTS THAT SOME OF THESE
10:44AM   3   CHANGES FLOW FROM THE ORDER OF THE COURT AND THE MOTIONS TO
10:44AM   4   DISMISS, WHICH OF COURSE WERE BRIEFED ON THE SCHEDULE THAT WAS
10:44AM   5   AGREED TO BY ALL PARTIES AND PRESENTED AND APPROVED BY THE
10:44AM   6   COURT, WHILE THOSE CHANGES MAY HAVE RESULTED WITH RESPECT TO
10:44AM   7   THE NEW COUNTS RELATED TO THE PATIENTS, THE ORDER OF THE COURT
10:44AM   8   HAS LITTLE OR NOTHING TO DO WITH THE EXPANSION OF THE
10:44AM   9   INVESTOR-RELATED CONSPIRACY TO INCLUDE NEW THEORIES, NEW
10:44AM  10   COUNTERPARTIES, NEW FIDUCIARIES, THAT HAVE LONG BEEN KNOWN TO
10:44AM  11   THE GOVERNMENT AND WHICH THE GOVERNMENT HAS PREVIOUSLY CHOSEN
10:44AM  12   NOT TO CHARGE.
10:44AM  13        WHY IT TOOK UNTIL THIS POINT TO ADD THOSE CHARGES TO THIS
10:44AM  14   CASE IS UNCLEAR TO THE DEFENSE.  IT'S OF SOME FRUSTRATION GIVEN
10:45AM  15   ALL OF THE WORK THAT WE HAVE DONE THUS FAR.
10:45AM  16        AS THE COURT KNOWS, THERE ARE OVER 20 MILLION PAGES OF
10:45AM  17   DOCUMENTS IN THIS CASE.  MANY OF THOSE DOCUMENTS HAVE BEEN
10:45AM  18   REVIEWED WITH THE CURRENT INDICTMENT IN MIND.  MANY OF THOSE
10:45AM  19   DOCUMENTS WILL NOW NEED TO BE REVIEWED.  MANY OF THE WITNESSES
10:45AM  20   WILL NEED TO BE REASSESSED.  THE HUNDREDS OF WITNESS STATEMENTS
10:45AM  21   WILL NEED TO BE REVIEWED AND ADDRESSED WITH THE NATURE OF THESE
10:45AM  22   ALLEGATIONS IN MIND, AGAIN, SHOULD THE GRAND JURY CHOOSE TO
10:45AM  23   RETURN THIS INDICTMENT AND SHOULD THE CHARGES SURVIVE A MOTION
10:45AM  24   TO DISMISS.
10:45AM  25        THAT'S A SUBSTANTIAL AMOUNT OF WORK ABOVE AND BEYOND THE
```

10:45AM 1    WORK THAT HAS PREVIOUSLY BEEN BEFORE US IN THIS MATTER.

10:46AM 2         FORTUNATELY, PERHAPS MAYBE ONE OF THE FEW UNFORTUNATE

10:46AM 3    THINGS THAT HAS COME FROM THE CURRENT HEALTH CRISIS, WE BELIEVE

10:46AM 4    THAT WE CAN STILL DO THAT WITHIN THIS AMOUNT OF TIME IN ADVANCE

10:46AM 5    OF EARLY 2021 WHEN WE THINK IT'S SENSIBLE TO PROCEED WITH THIS

10:46AM 6    MATTER IN ANY EVENT.

10:46AM 7         BUT WE THINK THE MINIMIZATION OF THESE ALLEGATIONS BY THE

10:46AM 8    GOVERNMENT IS ONE WITH WHICH WE RESPECTFULLY DISAGREE AND ONE

10:46AM 9    THAT REQUIRES SIGNIFICANTLY ADDITIONAL TIME.

10:46AM 10        THERE -- IT IS TRUE THAT SOME OF THESE RELATIONSHIPS WERE

10:46AM 11   PREVIOUSLY ADDRESSED WITHIN THE INDICTMENT.  WALGREENS, FOR

10:46AM 12   EXAMPLE, IS SET FORTH IN THE INDICTMENT WITH THE ALLEGATION

10:46AM 13   BEING THAT SOME OF THE DEALINGS WITH RESPECT TO WALGREENS WERE

10:46AM 14   MISREPRESENTED TO OTHER INVESTORS.

10:46AM 15        THE NEW ALLEGATIONS WITHIN THE INDICTMENT ARE TOTALLY

10:46AM 16   DIFFERENT.  THERANOS IS SUGGESTING THAT WALGREENS ITSELF MAY

10:47AM 17   HAVE BEEN DEFRAUDED IN SOME WAY.

10:47AM 18        WE, OF COURSE, WILL AGGRESSIVELY CONTEST THOSE

10:47AM 19   ALLEGATIONS, BUT THE TYPE OF PREPARATION REQUIRED TO DO SO IS

10:47AM 20   FUNDAMENTALLY DIFFERENT FROM THE PREPARATION THAT WE HAVE

10:47AM 21   ENGAGED IN THUS FAR.

10:47AM 22        I'LL PAUSE THERE AND ASK IF THE COURT HAS ANY INQUIRIES,

10:47AM 23   I'M HAPPY TO ADDRESS THEM.

10:47AM 24        THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.  THANK

10:47AM 25   YOU FOR OUTLINING THE CHALLENGES THAT THE DEFENSE MIGHT FACE

10:47AM  1    SHOULD THE GOVERNMENT DECIDE TO SEEK A SUPERSEDING INDICTMENT.

10:47AM  2         I'M GOING TO ASK PEOPLE TO PLEASE MUTE YOUR PHONES, PLEASE

10:47AM  3    MUTE YOU'RE PHONES.

10:47AM  4         THANK YOU, MR. WADE.

10:48AM  5         ONE OF THE THOUGHTS AND CONCERNS THAT I HAVE ABOUT THE

10:48AM  6    INFORMATION FROM THE GOVERNMENT THAT THEY MAY SEEK TO SUPERSEDE

10:48AM  7    THE INDICTMENT IS THE TIMING OF THAT.  AND THIS IS AGAIN

10:48AM  8    SPECULATION, ASSUMING THAT OUR COURT IS BACK IN OPERATION, THAT

10:48AM  9    IS, THE COURTHOUSE IS OPEN MAY 1ST, IN MAY THE GOVERNMENT WOULD

10:48AM 10    THEN, I'M SURE THEY WOULD PROCEED WITH ALL HASTE TO GET THE

10:48AM 11    GRAND JURY CONVENED AND PRESENT THIS AND THEN WE WOULD HAVE A

10:48AM 12    RETURN.

10:48AM 13         I DON'T KNOW WHAT THE TIMELINE OF THAT POTENTIALLY IS, BUT

10:48AM 14    OF COURSE BASED ON MR. WADE'S COMMENTS, AND IT'S COMMON

10:48AM 15    KNOWLEDGE THAT WE WOULD EXPECT THAT ANY SUPERSEDING INDICTMENT

10:48AM 16    WOULD BE LOOKED AT BY THE DEFENSE WITH CLOSE SCRUTINY AND THEN

10:48AM 17    POTENTIAL MOTIONS TO DISMISS OR SOME OTHER MOTIONS MIGHT ARISE

10:48AM 18    FROM THAT.

10:48AM 19         YOU'VE GIVEN ME A PROPOSED SCHEDULE IN DOCUMENT 372, AND

10:48AM 20    I'M JUST CURIOUS ABOUT WHAT -- LET'S JUST ASSUME THAT A

10:49AM 21    SUPERSEDING INDICTMENT IS RECEIVED ALONG THE LINES THAT THE

10:49AM 22    GOVERNMENT HAS PROPOSED.

10:49AM 23         I WONDER FROM BOTH SIDES, CAN YOU GIVE ME YOUR THOUGHTS

10:49AM 24    ABOUT MOTION PRACTICE IN REGARDS TO THAT AND HOW THAT, THAT IS,

10:49AM 25    HOW THAT MOTION PRACTICE FITS INTO THE CURRENT PROPOSED

10:49AM 1   SCHEDULES THAT YOU'VE PRESENTED?

10:49AM 2        MR. LEACH, I'M NOT SURE YOU HAVE SUFFICIENT INFORMATION TO

10:49AM 3   ANSWER THAT QUESTION BECAUSE THE MOTION PRACTICE WOULD BE

10:49AM 4   GENERATED, OF COURSE, BY THE DEFENSE, BUT I'M HAPPY TO START

10:49AM 5   WITH YOU IF YOU HAVE SOME THOUGHTS ON THAT.

10:49AM 6        MR. LEACH:  THANK YOU, YOUR HONOR.

10:49AM 7        THAT'S RIGHT, I DON'T HAVE A SENSE OF WHAT MOTIONS THEY

10:49AM 8   INTEND, AND SO I'M NOT REALLY IN A POSITION TO TALK ABOUT THE

10:49AM 9   TIMING OF THAT.

10:50AM 10       I DO THINK UNDER THE SCHEDULE PROPOSED BY THE GOVERNMENT

10:50AM 11  WE HAVE MOTIONS IN LIMINE NOT STARTING UNTIL AUGUST, AND WE

10:50AM 12  HAVE A STATUS CONFERENCE FOR JULY 13TH.

10:50AM 13       I WOULD CERTAINLY THINK THAT -- I MEAN, WE HAVE BEEN AS

10:50AM 14  TRANSPARENT ABOUT -- BY PROVIDING THE SUPERSEDING, DRAFT

10:50AM 15  SUPERSEDING INFORMATION ABOUT WHAT THE GOVERNMENT'S INTENTIONS

10:50AM 16  ARE.

10:50AM 17       I WOULD THINK THAT THE DEFENSE HAS IN MIND WHAT THEY WANT

10:50AM 18  TO DO.

10:50AM 19       I THINK IF WE HAVE A MID-JULY, LATE JULY STATUS CONFERENCE

10:50AM 20  THAT SHOULD AFFORD SUFFICIENT TIME FOR THEM TO DRAFT THE

10:50AM 21  GOVERNMENT'S RESPONSE ANYTHING THAT THEY THINK IS APPROPRIATE.

10:50AM 22  I REALLY DON'T HAVE A SENSE OF WHAT THEY HAVE IN MIND, BUT WE

10:50AM 23  WOULD BE PREPARED TO PROCEED UNDER WHATEVER SCHEDULE THE COURT

10:50AM 24  THINKS IS APPROPRIATE FOR THIS.

10:50AM 25       THE COURT:  OKAY.  THANK YOU.

10:51AM 1      THAT'S A THOUGHT THAT CAME TO MIND, MR. WADE -- I'LL NEXT

10:51AM 2   CALL UPON YOU -- IS IF THE GOVERNMENT PROCEEDED -- WELL,

10:51AM 3   THERE'S A LOT OF "IF'S" HERE.  ASSUMING WE'RE BACK IN THE

10:51AM 4   COURTHOUSE IN MAY AND THE GOVERNMENT IS DILIGENT ABOUT

10:51AM 5   CONVENING A GRAND JURY, AND THE GRAND JURY DOES RETURN A

10:51AM 6   SUPERSEDING DOCUMENT AS THEY'VE INDICATED, AND AS THEY'VE

10:51AM 7   PROVIDED TO YOU, THE NEXT THOUGHT I HAVE REGARDING SCHEDULING

10:51AM 8   IS WHAT ARE YOUR THOUGHTS ABOUT GETTING MOTION PRACTICE AS TO

10:51AM 9   THAT SUPERSEDING DOCUMENT COMPLETED BY THE JULY, ASSUMING WE

10:51AM 10  FOLLOW A JULY, A LATE JULY STATUS CONFERENCE?

10:51AM 11      MR. WADE:  YOUR HONOR, OF COURSE THE WAY THAT WE

10:51AM 12  USUALLY APPROACH A SCHEDULE IN A CASE IS TO START WITH WHEN WE

10:52AM 13  THINK BASED UPON THE INDICTMENT WHEN A TRIAL DATE -- WHEN WE

10:52AM 14  COULD BE READY FOR TRIAL AND WE TRY TO WORK BACK AND SET A

10:52AM 15  LOGICAL AND SEQUENTIAL PATH BETWEEN THAT TRIAL DATE AND TO HIT

10:52AM 16  ALL OF THESE ITEMS.

10:52AM 17      A SUPERSEDING INDICTMENT THAT IS RETURNED, IF THE GRAND

10:52AM 18  JURY RETURNS IN MAY, AND I'LL NOTE THAT I DO HAVE MATTERS IN

10:52AM 19  OTHER COURTS WHERE GRAND JURIES WERE INITIALLY EXTENDED UNTIL

10:52AM 20  MAY, BUT THAT'S NOW BEEN -- THOSE GRAND JURIES HAVE NOW BEEN

10:52AM 21  DEFERRED FURTHER INTO JULY.  BUT IF IT COMES IN MAY, YOU KNOW,

10:52AM 22  WE WOULD OBVIOUSLY NEED TIME TO ADDRESS TO CONSIDER THAT.

10:52AM 23      WE'LL, OF COURSE, BASED ON THE REPRESENTATIONS OF THE

10:52AM 24  GOVERNMENT, BEGIN THINKING ABOUT WAYS IN WHICH WE MIGHT

10:52AM 25  APPROACH SUCH CHARGES IF THE GRAND JURY DECIDES TO CONVENE THEM

10:53AM 1    OR TO RETURN THEM.

10:53AM 2         BUT THERE ARE A NUMBER OF OTHER, YOU KNOW, RELATED ISSUES

10:53AM 3    THAT COME INTO THE CASE AS A RESULT OF THAT ACTIVITY THAT WOULD

10:53AM 4    ALSO NEED TO BE ACCOMMODATED IN THE SCHEDULE.

10:53AM 5         THERE'S A POTENTIAL NEED FOR SUBSTANTIAL ADDITIONAL WORK

10:53AM 6    THAT WOULD BE REQUIRED BY THE DEFENSE BASED ON INFORMATION

10:53AM 7    PROVIDED TO THE GOVERNMENT AS TO WHAT THEY MIGHT SEEK.  WE

10:53AM 8    BELIEVE WE MAY NEED TO RETAIN AN EXPERT OR MORE GIVEN THE

10:53AM 9    NATURE OF SOME OF THE ALLEGATIONS.

10:53AM 10        MANY OF THE PEOPLE WHO THE GOVERNMENT HAS IDENTIFIED, MANY

10:53AM 11   OF THE WITNESSES WHO HAVE BEEN IDENTIFIED WHO WOULD BE

10:53AM 12   IMPLICATED BY AN INDICTMENT OF THIS TYPE WE HAVE NOT

10:53AM 13   SUBPOENAED, WE HAVE NOT SOUGHT DOCUMENTS, WE HAVE NOT DONE WHAT

10:54AM 14   WE WOULD DO IN AN ORDINARY COURSE IF THESE ALLEGATIONS WERE IN

10:54AM 15   THE INDICTMENT.

10:54AM 16        SO OF COURSE NOW IT'S NOT PRUDENT GIVEN HEALTH CONDITIONS

10:54AM 17   TO PROCEED WITH SOME OF THOSE SUBPOENAS UNLESS PEOPLE WERE TO

10:54AM 18   ACCEPT THEM VOLUNTARILY.

10:54AM 19        SO THERE ARE A NUMBER OF THINGS THAT NEED TO HAPPEN.  I

10:54AM 20   THINK WE UNDOUBTEDLY COULD TRY TO MEET AND CONFER WITH THE

10:54AM 21   GOVERNMENT AND WOULD IN ANY COURSE ONCE WE DETERMINE A

10:54AM 22   REASONABLE TRIAL DATE TO TRY TO SET A SENSIBLE SCHEDULE, BUT I

10:54AM 23   THINK TRYING TO INJECT THIS INTO THESE ALREADY DIFFICULT

10:54AM 24   CIRCUMSTANCES WOULD NECESSITATE A DELAY IN THE VIEW OF THE

10:54AM 25   DEFENSE.

| | | |
|---|---|---|
| 10:55AM | 1 | (PAUSE IN PROCEEDINGS.) |
| 10:55AM | 2 | MR. WADE:  IS THE COURT STILL THERE? |
| 10:55AM | 3 | THE COURT:  I AM STILL HERE, BUT YOU KNOW WHAT, I |
| 10:55AM | 4 | DID NOT HAVE THE GOOD SENSE TO UNMUTE MY PHONE. |
| 10:55AM | 5 | THANK YOU.  SO THANK YOU, MR. WADE.  THANK YOU FOR THAT. |
| 10:55AM | 6 | WHAT I HEAR YOU SAYING IS THAT SHOULD THE GOVERNMENT |
| 10:55AM | 7 | PROCEED AND SECURE A SUPERSEDING INDICTMENT ALONG THE LINES OF |
| 10:55AM | 8 | THE PROPOSED DRAFT THAT THEY HAVE PROVIDED YOU, IT WOULD CHANGE |
| 10:55AM | 9 | THE COMPLEXION OF YOUR -- OBVIOUSLY OF WHAT YOU NEED TO DO. |
| 10:55AM | 10 | YOU WOULD LOOK AT THE CASE AND DETERMINE WHETHER YOU CAN GO |
| 10:55AM | 11 | FORWARD WITH FILING MOTIONS, YOUR MOTIONS PRIOR TO THE JULY |
| 10:55AM | 12 | DATE AND THE STATUS DATE THAT WE HAVE. |
| 10:56AM | 13 | THAT'S WHAT I'M TRYING TO SEE IF WE CAN, IF WE CAN GET |
| 10:56AM | 14 | MOTION PRACTICE SCHEDULED AND HEARD BY THAT DATE, THAT WOULD BE |
| 10:56AM | 15 | IDEAL AT LEAST FOR MOVING FORWARD. |
| 10:56AM | 16 | I WAS PROBING TO SEE IF THAT -- OF COURSE YOU CAN'T |
| 10:56AM | 17 | PREDICT ANYTHING AND YOU DON'T HAVE BENEFIT OF ANYTHING IN |
| 10:56AM | 18 | FRONT OF YOU.  I DON'T KNOW IF THAT'S SOMETHING THAT WE CAN DO. |
| 10:56AM | 19 | MR. WADE:  YEAH.  MY APOLOGIES.  IT'S DIFFICULT |
| 10:56AM | 20 | SOMETIMES TO NOT INTERRUPT THE COURT IN THIS FORUM.  SO MY |
| 10:56AM | 21 | APOLOGIES TO THE COURT. |
| 10:56AM | 22 | THE COURT:  NO, NO, NOT AT ALL. |
| 10:56AM | 23 | MR. WADE:  THE -- WE, OF COURSE, WOULD WORK TO |
| 10:56AM | 24 | PROCEED WITH MOTIONS DIRECTED AT ANY NEW INDICTMENT AS QUICKLY |
| 10:56AM | 25 | AS WE POSSIBLY COULD, YOUR HONOR, JUST TO BE CLEAR. |

10:57AM 1       MY OTHER COMMENTS ARE JUST DIRECTED -- AND TO THE EXTENT

10:57AM 2   THAT AN INDICTMENT WAS RETURNED, YOU KNOW, REASONABLY IN

10:57AM 3   ADVANCE OF THE JULY STATUS CONFERENCE, WE WOULD CERTAINLY

10:57AM 4   ENDEAVOR TO TRY TO FIT BRIEFING IN IN ADVANCE OF THAT.

10:57AM 5       MY OTHER COMMENTS WERE MERELY DIRECTED -- MEANT TO DIRECT

10:57AM 6   THE COURT'S ATTENTION TO THE FACT THAT THERE IS OBVIOUSLY MUCH

10:57AM 7   MORE THAT IS NEEDED HERE BEYOND JUST THE BRIEFING ON THE MOTION

10:57AM 8   TO DISMISS.

10:57AM 9       THE COURT:  SURE.  THANK YOU.

10:57AM 10      ALL RIGHT.  THANK YOU.  LET ME ASK, MR. LEACH, ANYTHING

10:57AM 11  YOU WOULD LIKE TO SAY ABOUT THE SCHEDULING ISSUE REGARDING THE

10:57AM 12  MOTIONS AND THE SUPERSEDING INDICTMENT?

10:57AM 13      MR. LEACH:  NO, YOUR HONOR.  JUST THAT I

10:57AM 14  FUNDAMENTALLY DISAGREE THAT THIS IS A SEA CHANGE.  THIS IS THE

10:57AM 15  SAME THEORY AND THE SAME CASE WITH DISCOVERY THAT THEY'VE HAD

10:58AM 16  FOR THE BETTER PART OF A YEAR AND A HALF.

10:58AM 17      THE DEFENSE IS IN A MUCH BETTER POSITION TO DESCRIBE ITS

10:58AM 18  PREPARATION THAN WE ARE, BUT WE FUNDAMENTALLY JUST DO NOT SEE

10:58AM 19  THIS AS THE SEA CHANGE THAT IS DESCRIBED.  AND -- BUT BEYOND

10:58AM 20  THAT, I HAVE NOTHING FURTHER.

10:58AM 21      THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:58AM 22  MR. WADE, ANYTHING ELSE YOU WOULD LIKE TO ADD?

10:58AM 23      MR. WADE:  NO, YOUR HONOR.

10:58AM 24      THE COURT:  ALL RIGHT.  WELL, THANK YOU VERY MUCH.

10:58AM 25      THE STATUS HEARING TODAY WAS SCHEDULED TO DETERMINE WHAT

10:58AM  1    WE SHOULD DO GOING FORWARD IN LIGHT OF THE COVID CRISIS THAT

10:58AM  2    THE NATION FACES AND IN LIGHT OF THE LIMITATIONS THAT THAT

10:58AM  3    BRINGS TO THIS COURT TO PROVIDE SAFE ENVIRONMENTS FOR ALL

10:58AM  4    PARTIES TO THE CASE AS WELL AS THE PUBLIC AND ALL OF OUR COURT

10:58AM  5    PERSONNEL AS WELL.

10:59AM  6        WE HAVE, AS I THINK SOMEONE SAID, WE'RE IN UNCHARTERED

10:59AM  7    WATERS NOW AND TERRITORY NOW IN REGARDS TO HOW TO MANAGE OUR

10:59AM  8    CALENDARS.  WE KNOW THAT THE PRIME DIRECTIVE IS TO ENSURE THAT

10:59AM  9    ALL PARTIES RECEIVE FAIR TREATMENT IN THE COURTS, BUT THE REAL

10:59AM 10    PRIME DIRECTIVE NOW ADDENDUM TO THAT IS TO PROCEED WITH CAUTION

10:59AM 11    AND SAFETY TO MAKE SURE THAT EVERYONE WHO ENTERS OUR COURTS ARE

10:59AM 12    SAFE, FIRST OF ALL.  THAT WE OPEN OUR COURTS, WHEN WE OPEN OUR

10:59AM 13    COURTS, THAT THEY ARE IN A SAFE ENVIRONMENT FOR ALL, ALL

10:59AM 14    CONCERNED, INCLUDING THE PUBLIC, THE PUBLIC WHO WE WOULD CALL

10:59AM 15    AS JURORS TO SIT IN THE MATTER.  AND WE WANT TO MAKE SURE THAT

10:59AM 16    THE JURORS HAVE CONFIDENCE THAT THE COURTROOMS THAT THEY'RE

10:59AM 17    SITTING IN --

10:59AM 18        THE CLERK:  EXCUSE ME, YOUR HONOR.  I BELIEVE

10:59AM 19    SOMEONE NEEDS TO MUTE THEIR PHONE.  THERE'S INTERRUPTION GOING

11:00AM 20    ON.  IF YOU COULD PLEASE MUTE YOUR PHONE.

11:00AM 21        THE COURT:  YES, YES.  PLEASE MUTE YOUR PHONES,

11:00AM 22    PLEASE.  THANK YOU.

11:00AM 23        THE CLERK:  SORRY, YOUR HONOR.

11:00AM 24        THE COURT:  THANK YOU.  THANK YOU, MS. KRATZMANN.

11:00AM 25        WE NEED TO MAKE SURE THE ENVIRONMENT IS SAFE FOR ALL

11:00AM 1    PARTIES, WE NEED TO ENSURE TO OUR JURORS, THE PUBLIC THAT WE

11:00AM 2    CALL, THE COMMUNITY THAT IS CALLED TO HEAR MATTERS, THAT THE

11:00AM 3    COURT CAN ENSURE THEIR SAFETY SUCH THAT THEY HAVE CONFIDENCE IN

11:00AM 4    THEIR JUSTICE SYSTEM AND THEY HAVE CONFIDENCE THAT THEY CAN

11:00AM 5    FOCUS ON THE ISSUES BEFORE THEM IN A TRIAL SUCH THAT THEY CAN

11:00AM 6    PROVIDE A FAIR HEARING FOR ALL SIDES.  THAT'S A CRITICAL

11:00AM 7    COMPONENT OF THE WORK THAT THEY DO AND WHAT WE WANT TO ENSURE

11:00AM 8    TO THE JURY IN THIS CASE.

11:00AM 9        I DO THINK THAT LOOKING AT OUR SCHEDULE AND THIS COURT HAS

11:00AM 10   BEEN, AND I KNOW COUNSEL HAVE CALLED ME ON IT, IS I'VE BEEN A

11:01AM 11   LITTLE AGGRESSIVE ABOUT THE TRIAL SCHEDULE ON THIS.  I DO THINK

11:01AM 12   THAT THE SCHEDULE FOR JULY AS I INITIALLY PROPOSED IS NOT

11:01AM 13   REALISTIC NOW GIVEN THE CIRCUMSTANCES THAT WE FACE.  I JUST

11:01AM 14   DON'T THINK THAT THAT'S A REALITY.

11:01AM 15       I'D LIKE TO THINK THAT, AND I HOPE THAT TRIAL IN OCTOBER

11:01AM 16   OF THIS YEAR IS SOMETHING THAT WE COULD, WE COULD ENGAGE.  I

11:01AM 17   KNOW EVERY DAY THE NEWS CHANGES ABOUT COVID AND ABOUT WHETHER

11:01AM 18   OR NOT THINGS WILL BEGIN TO REACH NORMALITY AND THAT DOESN'T

11:01AM 19   MEAN THAT WE'LL HAVE ANY NORMAL SENSE OF OUR SOCIETY IN

11:01AM 20   OCTOBER.  WE HOPE WE DO, BUT SHELTER IN PLACE REMAINS AND IN

11:01AM 21   MANY STATES, AND CERTAINLY IN THE ENVIRONMENT AND JURISDICTION

11:01AM 22   OF THE COURTHOUSE.

11:01AM 23       I'D LIKE TO -- WHAT I'D LIKE TO DO IS LOOK AT THE OCTOBER

11:02AM 24   DATE, THE LATER OCTOBER DATE THAT WAS PROPOSED AS A POTENTIAL

11:02AM 25   TRIAL DATE, AND I THINK IT WISE, AND I'M GRATEFUL TO BOTH SIDES

11:02AM 1    HERE, TO SUGGEST THAT WE HAVE AN INTERIM STATUS CONFERENCE IN

11:02AM 2    JULY AT LEAST CALENDARED.  THAT'S NOT TO SAY THAT WE WON'T

11:02AM 3    ADVANCE THAT IF NEEDED, BUT AT LEAST CALENDARED IN JULY SO WE

11:02AM 4    CAN LOOK FORWARD AND SEE WHAT AND HOW BEST WE CAN FORECAST

11:02AM 5    WHETHER OR NOT THE OCTOBER DATE IS A REALITY OR WHETHER OR NOT

11:02AM 6    IT MAKES MORE SENSE TO LOOK BEYOND THE FALL AND INTO THE NEW

11:02AM 7    YEAR, EARLY NEW YEAR.

11:02AM 8         WHAT I THINK WE HAVE ALL READ AND FROM EXPERTS, AND THERE

11:02AM 9    ARE MANY OF THEM ON THIS CRISIS THAT WE FACE, THE INFORMATION

11:02AM 10   AT LEAST THAT THE COURT HAS READ AND SOME OF IT HAS INDICATED

11:02AM 11   THAT LIKE THE NORMAL FLU VIRUS THAT SEEMS TO COME AROUND IN THE

11:03AM 12   WINTER AND FALL, THERE'S AN EXPECTATION THAT THIS COVID MAY

11:03AM 13   RETURN IN THE FALL IN SOME MANNER AND WE SHOULD BE COGNIZANT OF

11:03AM 14   THAT.

11:03AM 15        WE'RE SO GRATEFUL FOR OUR HEALTH CARE PROFESSIONALS AND

11:03AM 16   ALL OF THOSE SCIENTISTS AND BIOENGINEERS WHO ARE WORKING

11:03AM 17   DILIGENTLY TO TRY AND TO FIND SOME TYPE OF SERUM THAT CAN

11:03AM 18   PROTECT ALL OF US, A VACCINE THAT CAN PROTECT ALL OF US FROM

11:03AM 19   THIS DISEASE.

11:03AM 20        BUT WE ALL KNOW THAT TAKES TIME, IT DOES TAKE TIME.

11:03AM 21        WE DON'T KNOW -- WE CAN'T FORECAST WHAT THE HEALTH

11:03AM 22   CONDITIONS OF THIS COUNTRY WILL BE IN RELATION TO COVID.  WE

11:03AM 23   ALL, WE JUST ARE IN DESPAIR WHEN WE READ ABOUT THE LOSS THAT

11:03AM 24   THIS COVID HAS CAUSED ACROSS THE COUNTRY.  WE REALLY ARE -- OUR

11:04AM 25   HEARTS ARE IN PAIN WHEN WE READ ABOUT NEW YORK, DETROIT, AND

11:04AM 1    OTHER CITIES, LOUISIANA, AND OTHER CITIES.  SO WE'RE MINDFUL OF

11:04AM 2    THAT.  AND THAT PRESSES UPON ALL OF US AS WE LOOK FORWARD TO

11:04AM 3    WHAT WE CAN DO WITH OUR CASE.

11:04AM 4        SO LET ME SAY WHAT I THINK WHAT I'D LIKE TO DO IS TO SET A

11:04AM 5    DATE FOR TRIAL, RESCHEDULE THE TRIAL DATE TO THE OCTOBER 26TH

11:04AM 6    DATE.  I HAVE YOUR SCHEDULE IN DOCUMENT 372.  I DO THINK THAT

11:04AM 7    WE SHOULD MAKE SOME CHANGES TO THAT SCHEDULE GOING FORWARD.

11:04AM 8        FOLKS, IF YOU HAVE YOUR SCHEDULES IN FRONT OF YOU, I'D

11:04AM 9    LIKE TO GO DOWN SOME OF THE DATES AND DEADLINES AND EVENTS THAT

11:04AM 10   YOU HAVE AND SUGGEST SOME CHANGES TO THAT.

11:05AM 11            THE CLERK:  YOUR HONOR, MAY I JUST INTERJECT A

11:05AM 12   MOMENT?

11:05AM 13            THE COURT:  YES.  YES.

11:05AM 14            THE CLERK:  THIS IS ADRIANA.  COULD WE SET THE

11:05AM 15   OCTOBER DATE TO OCTOBER 27TH DATE TO TUESDAY?

11:05AM 16            THE COURT:  YES, YES.  OCTOBER 27TH AT 9:00 A.M. FOR

11:05AM 17   JURY SELECTION.

11:05AM 18        GOING DOWN.  THIS IS FOUND ON PAGES 4 AND 5 OF 372.  I DO

11:05AM 19   NOTE THAT LET'S START THAT THERE'S AGREEMENT ON THE FIRST

11:05AM 20   SERVICE OF THE SUMMARY PURSUANT TO RULE 16, AND I'M NOT GOING

11:05AM 21   TO DISTURB THAT AT THIS POINT.  WE MAY HAVE SOME OTHER COMMENT

11:05AM 22   ON THAT IN A MOMENT.

11:06AM 23        THE GOVERNMENT IN IT'S RULE 16(A) DISCLOSURES WHICH BEGINS

11:06AM 24   ON LINE 26, I THINK THE DATE, WHAT I'D LIKE TO DO IS TO ADOPT

11:06AM 25   THE GOVERNMENT DATE ON THAT.

```
11:06AM   1         I'M LOOKING IN THAT BOX, AND PERHAPS YOU CAN HELP ME,
11:06AM   2    COUNSEL, LINE 27 AND 28 IT INDICATES THE GOVERNMENT SERVE
11:06AM   3    WITNESSES AND EXHIBITS LISTS FOR CASE-IN-CHIEF.
11:06AM   4         WAS THAT THE SAME PROPOSED DATE?
11:06AM   5              MR. LEACH:  YEAH, THAT WAS INTENDED TO BE JUNE 26TH,
11:06AM   6    2020.
11:06AM   7              THE COURT:  OKAY.  AS WELL AS PAGE 5 BEGINNING AT
11:06AM   8    LINE 1, THE 801 --
11:06AM   9              MR. LEACH:  YES.
11:06AM  10              THE COURT:  OKAY.  THANK YOU.
11:06AM  11         THEN ALSO ON THE RULE 16B DISCLOSURES ON LINE 3 I'LL ADOPT
11:06AM  12    THE GOVERNMENT'S DATE TO THE LATER DATE OF JULY 6TH ON THAT.
11:06AM  13         THE NEXT BOX, WHICH APPEARS ON LINE 4 THROUGH 6, I'M GOING
11:07AM  14    TO DEFER THAT FOR NOW.
11:07AM  15         ACTUALLY, THE FIRST BOX THAT I TALKED ABOUT, I'M SORRY TO
11:07AM  16    GO BACK, ON PAGE 4, LINE 23, I'M GOING TO DEFER THAT AS WELL
11:07AM  17    FOR NOW.
11:07AM  18         RETURNING TO PAGE 5, NOW WE'RE AT LINE 6 THROUGH 8, THE
11:07AM  19    DEFENSE SERVICE OF WITNESS AND EXHIBIT LISTS, I'M GOING TO
11:07AM  20    ADJUST THAT DATE TO JULY 24TH.
11:07AM  21         AND THEN THE STATUS CONFERENCE WILL BE SET FOR,
11:07AM  22    MS. KRATZMANN, JULY 20TH, JULY 20TH, AT 10:00 A.M.
11:07AM  23         NOW, AT THAT TIME ON JULY 20TH, WE WILL HAVE A BETTER IDEA
11:08AM  24    AS TO WHETHER WE'RE GOING TO GO FORWARD WITH THE OCTOBER TRIAL
11:08AM  25    DATE OR WHETHER WE NEED TO ADJUST THE SCHEDULE IN SOME OTHER
```

```
11:08AM   1    MANNER.
11:08AM   2         I'M NOT GOING TO -- AT THIS TIME I'M NOT GOING TO
11:08AM   3    ADOPT ANY OF THE OTHER -- YOU HAVE OTHER DATES THAT BEGIN IN
11:08AM   4    AUGUST AND OTHERS AND MOTIONS IN LIMINES AND THOSE DATES.  I'D
11:08AM   5    LIKE TO DEFER THOSE DATES.  I THINK WE CAN WAIT UNTIL THE
11:08AM   6    JULY 20TH DATE TO SEE WHETHER OR NOT AND HOW WE'RE GOING TO
11:08AM   7    PROCEED AND GO FORWARD THERE.
11:08AM   8         SO I'D LIKE YOU TO -- OBVIOUSLY YOU'RE GOING TO PREPARE
11:08AM   9    THE CASE AS BEST YOU CAN, I KNOW THAT, BUT I DON'T THINK YOU
11:08AM  10    NEED TO PAY ATTENTION TO THOSE ITEMS THAT APPEAR FROM LINES 10
11:08AM  11    DOWN TO 19 AT THIS POINT.  I'D LIKE YOU TO FOCUS YOUR EFFORTS,
11:08AM  12    OF COURSE, ON THE OTHER WORK THAT YOU NEED TO DO, AND WE CAN
11:08AM  13    LOOK AT THOSE REMAINING ISSUES, THE IN LIMINE AND OTHER ISSUES,
11:09AM  14    ON THE JULY 20TH STATUS CONFERENCE DATE.
11:09AM  15         ANY QUESTIONS FROM EITHER SIDE ABOUT THIS ADJUSTMENT?
11:09AM  16         MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.
11:09AM  17    THAT'S CLEAR TO US.  THANK YOU.
11:09AM  18         THE COURT:  MR. WADE?
11:09AM  19         MR. WADE:  NO, YOUR HONOR.  I TAKE IT AS WE GET
11:09AM  20    CLOSER TO THESE EVENTS WE'LL PERHAPS HAVE COMMUNICATION THROUGH
11:09AM  21    MS. KRATZMANN AS TO WHETHER THESE PROCEEDINGS WILL BE
11:09AM  22    TELEPHONIC OR IN PERSON?
11:09AM  23         OBVIOUSLY, I THINK WE ALL HOPE WE'RE IN A SITUATION WHERE
11:09AM  24    THEY'RE IN PERSON, BUT WE WILL SEE WHAT IS PRUDENT AT THAT
11:09AM  25    TIME.
```

11:09AM 1        THE COURT:  YES.  THANK YOU, MR. WADE.

11:09AM 2        I'M HOPEFUL THAT WE CAN, THAT THINGS CHANGE IN OUR COUNTRY

11:09AM 3   AND IN OUR REGIONS THAT WE COULD HAVE IN-PERSON MEETINGS.

11:09AM 4        AGAIN, I'LL JUST SAY I ALWAYS ENJOY ALL OF YOU IN THE

11:10AM 5   COURTROOM.  YOU'RE ALL PROFESSIONAL, AND I APPRECIATE THAT.  I

11:10AM 6   KNOW THAT YOU'RE TRIAL LAWYERS AND THE PLACE YOU WORK IS THE

11:10AM 7   COURTROOM, NOT YOUR LIVING ROOMS, KITCHENS, OR HOME OFFICES,

11:10AM 8   WHICH OF COURSE YOU DO THAT IN THE EVENINGS AND INTO THE WEE

11:10AM 9   HOURS OF THE NIGHT, I RECOGNIZE THAT.

11:10AM 10       BUT THE PLACE YOU DO YOUR BUSINESS IS IN THE COURTROOM,

11:10AM 11  AND ALL OF YOU HAVE GREAT FLUENCY FOR THE COURTROOM, AND SO I

11:10AM 12  AGREE.  I HOPE THAT WE CAN OPEN OUR COURTROOMS SOON, AND WE ALL

11:10AM 13  CAN ENJOY EACH OTHER'S COMPANY.

11:10AM 14       WE'RE WORKING ON WHAT WE NEED TO DO TO ESTABLISH VIDEO

11:10AM 15  CONFERENCING IN THE INTERIM, AND SO IF WE NEED IT, HOPEFULLY

11:10AM 16  WE'LL HAVE SOMETHING SET UP FOR FUTURE STATUS CONFERENCES IF WE

11:10AM 17  CAN.

11:10AM 18       ALSO, AS TO ANY OTHER MATTERS, AS YOU POINT OUT, MR. WADE,

11:10AM 19  MS. KRATZMANN WILL BE ABLE TO COMMUNICATE ANY OTHER SCHEDULE

11:11AM 20  CHANGES FOR ANY OTHER MATTERS AS THEY NEED TO COME UP, AND I

11:11AM 21  DON'T KNOW IF THAT ANSWERS YOUR QUESTION.  I HOPE IT DOES.

11:11AM 22       MR. WADE:  IT DOES.  THANK YOU, YOUR HONOR.

11:11AM 23       THE COURT:  ALL RIGHT.  ANYTHING ELSE THAT EITHER

11:11AM 24  SIDE WISHES TO RAISE AT THIS TIME?

11:11AM 25       MR. LEACH, ANYTHING FROM THE GOVERNMENT'S TEAM?

11:11AM  1          MR. LEACH:  YOUR HONOR, IN LIGHT OF THE CHANGE OF

11:11AM  2     THE TRIAL DATE FROM OCTOBER -- WELL, FROM THE END OF JULY TO

11:11AM  3     OCTOBER 27TH, 2020, I THINK IT WOULD BE APPROPRIATE FOR THE

11:11AM  4     COURT TO EXCLUDE TIME FOR EFFECTIVE PREPARATION IN LIGHT OF THE

11:11AM  5     COVID CRISIS AND EVERYTHING THAT MR. WADE HAS DESCRIBED.

11:11AM  6          THE COURT:  THANK YOU.  I WAS GOING TO TURN TO

11:11AM  7     MR. WADE WHEN HIS COMMENTS -- DURING HIS COMMENTS AND ASK HIM

11:11AM  8     IF HE AGREES THAT TIME SHOULD BE EXCLUDED FOR EFFECTIVE

11:11AM  9     PREPARATION OF COUNSEL TO THE NEW TRIAL OF OCTOBER 26TH, 2020.

11:12AM 10          MR. WADE?

11:12AM 11          MR. WADE:  YOUR HONOR, WE DO.  I BELIEVE IT ALSO MAY

11:12AM 12     BE COVERED BY ONE OF THE COURT'S GENERAL ORDERS AS WELL, BUT IN

11:12AM 13     ANY EVENT, WE DO AGREE.

11:12AM 14          THE COURT:  ALL RIGHT.  THANK YOU THEN.

11:12AM 15          ANYTHING FURTHER FROM YOU, MR. WADE, AND YOUR TEAM?

11:12AM 16          MR. WADE:  NOT AT THIS TIME, YOUR HONOR.  THANK YOU.

11:12AM 17          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

11:12AM 18     YOU ALL FOR YOUR ATTENTION HERE.  WE WILL -- AND LET ME SAY, IF

11:12AM 19     EITHER PARTY WISHES TO HAVE ANOTHER STATUS OR A STATUS

11:12AM 20     CONFERENCE OR BRING ANYTHING TO THE COURT'S ATTENTION, PLEASE

11:12AM 21     FEEL FREE TO DO SO.

11:12AM 22          I'VE SET THE JULY 20TH DATE AS THE CALENDARED STATUS DATE

11:12AM 23     SO WE ALL HAVE AN EVENT HORIZON TO FOCUS ON.  BUT SHOULD THE

11:12AM 24     NEED ARISE OR A CHANGE OR SOMETHING HAPPENS, PLEASE CONTACT

11:12AM 25     MS. KRATZMANN, AND WE WILL OF COURSE ENGAGE THE STATUS OR OTHER

11:12AM  1     HEARING AS NEEDED IF THE PARTIES REQUIRE.

11:12AM  2          ALL RIGHT.  THANK YOU.  LET ME THANK YOU ALL AGAIN.  IT'S

11:12AM  3     GOOD TO HEAR YOUR VOICES.  I LOOK FORWARD TO THE OPPORTUNITY

11:13AM  4     WHEN I CAN SEE YOUR FACES PERSONALLY AND WE CAN INVITE YOU BACK

11:13AM  5     TO A SAFE COURTROOM AND I CAN ENJOY YOUR COMPANY AND ALL OF

11:13AM  6     YOUR ASSISTANCE IN THIS INTERESTING CASE.

11:13AM  7          PLEASE BE SAFE, YOU AND YOUR FAMILIES.  I WISH YOU THE

11:13AM  8     BEST AND PLEASE BE SAFE AND WELL, AND WE'LL TALK AGAIN SOON.

11:13AM  9          ANYTHING FURTHER, MS. KRATZMANN?

11:13AM  10            THE CLERK:  NO, YOUR HONOR.  THANK YOU.

11:13AM  11            THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL DISENGAGE

11:13AM  12     THE LINE NOW.  THANK YOU, COUNSEL.

11:13AM  13            MR. WADE:  THANK YOU, YOUR HONOR.

11:13AM  14            MR. LEACH:  THANK YOU VERY MUCH, YOUR HONOR.

11:13AM  15          (TELEPHONIC COURT CONCLUDED AT 11:13 A.M.)

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1
2
3                      CERTIFICATE OF REPORTER
4
5
6
7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED
8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,
9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY
10    CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17
18         DATED:  JULY 20, 2020
19
20
21
22
23
24
25

# EXHIBIT F

1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

      UNITED STATES OF AMERICA,          )
6                                        )  CR-18-00258-EJD
                       PLAINTIFF,        )
7                                        )  SAN JOSE, CALIFORNIA
              VS.                        )
8                                        )  JULY 20, 2020
      ELIZABETH A. HOLMES AND RAMESH     )
9     SUNNY BALWANI,                     )  PAGES 1 - 95
                                         )
10                     DEFENDANTS.       )
      _____   )
11

12

                      TRANSCRIPT OF ZOOM PROCEEDINGS
13               BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
14

15     A P P E A R A N C E S BY ZOOM:

16     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                              BY:  JOHN C. BOSTIC
17                                 JEFFREY B. SCHENK
                              150 ALMADEN BOULEVARD, SUITE 900
18                            SAN JOSE, CALIFORNIA 95113

19                            BY:  ROBERT S. LEACH
                                   VANESSA BAEHR-JONES
20                            1301 CLAY STREET, SUITE 340S
                              OAKLAND, CALIFORNIA 94612
21
              (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22

       OFFICIAL COURT REPORTER:
23                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25               TRANSCRIPT PRODUCED WITH COMPUTER

2

```
 1        A P P E A R A N C E S BY ZOOM: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    PATRICK J. LOOBY
 5                                  KATHERINE A. TREFZ
                                    AMY M. SAHARIA
 6                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 7
                               LAW OFFICE OF JOHN D. CLINE
 8                             BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
 9                             SAN FRANCISCO, CALIFORNIA 94111

10

11     FOR DEFENDANT BALWANI:  ORRICK, HERRINGTON & SUTCLIFFE LLP
                               BY:  JEFFREY COOPERSMITH
12                                  AMANDA MCDOWELL
                               701 FIFTH AVENUE, SUITE 5600
13                             SEATTLE, WASHINGTON 98104

14                             BY:  STEPHEN A. CAZARES
                               77 SOUTH FIGUEROA STREET, SUITE 3200
15                             LOS ANGELES, CALIFORNIA 90017

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JULY 20, 2020 |
| | 2 | P R O C E E D I N G S |
| 10:27AM | 3 | (COURT CONVENED AT 10:27 A.M.) |
| 10:27AM | 4 | THE COURT:  THANK YOU.  GOOD MORNING EVERYONE. |
| 10:27AM | 5 | THANK YOU ALL FOR YOUR PATIENCE IN MANEUVERING WITH OUR |
| 10:27AM | 6 | TECHNOLOGY HERE.  WE, OF COURSE, ARE IN THE BREAD BASKET OF |
| 10:27AM | 7 | SILICON VALLEY AND OF COURSE EVERYTHING WORKED CORRECTLY THIS |
| 10:27AM | 8 | MORNING.  IT'S GOOD TO SEE EVERYONE. |
| 10:27AM | 9 | LET ME START OFF AND WHY DON'T WE CAPTURE APPEARANCES OF |
| 10:27AM | 10 | EVERYONE.  THIS IS 18-258, UNITED STATES VERSUS |
| 10:27AM | 11 | ELIZABETH HOLMES AND UNITED STATES VERSUS RAMESH "SUNNY" |
| 10:27AM | 12 | BALWANI. |
| 10:27AM | 13 | WHY DON'T WE START WITH THE GOVERNMENT.  WHO APPEARS FOR |
| 10:27AM | 14 | THE GOVERNMENT TODAY? |
| 10:27AM | 15 | MR. LEACH:  GOOD MORNING, YOUR HONOR. |
| 10:27AM | 16 | THIS IS ROBERT LEACH ON BEHALF OF THE UNITED STATES, AND |
| 10:28AM | 17 | JEFF SCHENK, JOHN BOSTIC, AND VANESSA BAEHR-JONES. |
| 10:28AM | 18 | THE COURT:  THANK YOU.  I'M GOING TO ASK YOU TO MOVE |
| 10:28AM | 19 | YOUR MICROPHONE CLOSER TO YOU, PLEASE. |
| 10:28AM | 20 | MR. LEACH:  IS THAT BETTER? |
| 10:28AM | 21 | THE COURT:  YES, MUCH BETTER.  THANK YOU. |
| 10:28AM | 22 | AND LET'S TURN THEN TO MS. HOLMES. |
| 10:28AM | 23 | MR. WADE:  GOOD MORNING, YOUR HONOR. |
| 10:28AM | 24 | LANCE WADE ON BEHALF OF MS. HOLMES WHO IS PRESENT WITH ME |
| 10:28AM | 25 | THIS MORNING, AND I'LL NOTE FOR THE RECORD ALSO ABLE TO |

10:28AM  1    COMMUNICATE WITH US SEPARATELY VIA TELEPHONE IF WE NEED TO

10:28AM  2    CONFER WITH HER PRIVATELY.  SHE IS IN A DIFFERENT LOCATION.

10:28AM  3         MY COLLEAGUES KEVIN DOWNEY, AMY SAHARIA, AND KATIE TREFZ

10:28AM  4    ARE WITH ME, AS IS MR. PATRICK LOOBY WHO I THINK HAS PROBABLY

10:28AM  5    BEEN BEHIND US BEFORE, YOUR HONOR, BUT THIS IS THE FIRST TIME

10:28AM  6    APPEARING BEFORE YOU, SO I'D LIKE TO INTRODUCE YOU TO

10:28AM  7    MR. LOOBY.

10:28AM  8              THE COURT:  THANK YOU.  GOOD MORNING, MR. LOOBY.

10:29AM  9         THANK YOU ALL FOR BEING HERE.

10:29AM  10        MR. WADE, LET ME JUST ASK YOU, SIR, THE COVID CRISIS HAS

10:29AM  11   CAUSED US TO ENGAGE VIDEO CONFERENCING PROCEEDINGS FOR VARIOUS

10:29AM  12   HEARINGS IN LIGHT OF THE COURT'S DESIRE TO MITIGATE APPEARANCE

10:29AM  13   IN THE COURTROOMS FOR PUBLIC SAFETY AS WELL AS ALL OF YOUR

10:29AM  14   SAFETY.

10:29AM  15        DO I HAVE YOUR CLIENT'S CONSENT TO PARTICIPATE IN THIS

10:29AM  16   HEARING VIA VIDEO CONFERENCE?

10:29AM  17             MR. WADE:  YOU DO, YOUR HONOR.

10:29AM  18             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

10:29AM  19        THANK YOU, MS. HOLMES.

10:29AM  20        LET ME TURN TO MR. BALWANI THEN.  IF I COULD GET THE

10:29AM  21   APPEARANCES FOR MR. BALWANI.

10:29AM  22             MR. COOPERSMITH:  YES.  GOOD MORNING, YOUR HONOR.

10:29AM  23        THIS IS JEFF COOPERSMITH ON BEHALF OF MR. BALWANI FROM

10:29AM  24   ORRICK, HERRINGTON & SUTCLIFFE.

10:29AM  25        MR. BALWANI IS ALSO PRESENT ON THE ZOOM.

| | |
|---|---|
| 11:52AM 1 | GOVERNMENT IS GOING TO BE REQUIRED TO PRODUCE SOME ADDITIONAL |
| 11:52AM 2 | FOUNDATIONAL INFORMATION AND BACKGROUND ON SOME OF THIS |
| 11:52AM 3 | TESTIMONY. |
| 11:52AM 4 | BUT AGAIN, WE'RE GUIDED BY MS. SAHARIA'S REVELATION THAT |
| 11:52AM 5 | THERE WILL BE ADDITIONAL LITIGATION ON THE SECOND SUPERSEDING |
| 11:52AM 6 | INDICTMENT AND THAT MIGHT DRIVE SOME OF THE THOUGHTS THAT WE |
| 11:52AM 7 | HAVE HERE NOW THAT MS. BAEHR-JONES AND HER TEAM HAS INFORMED US |
| 11:53AM 8 | THAT SOME OF THIS CONDUCT THAT APPEARS IN THE SECOND |
| 11:53AM 9 | SUPERSEDING INDICTMENT IS ACTUALLY SOME OF THE 404(B) EVIDENCE. |
| 11:53AM 10 | SO WHERE DOES THAT LEAVE US THEN, MR. LEACH?  WHAT ELSE |
| 11:53AM 11 | SHOULD WE TALK ABOUT? |
| 11:53AM 12 | MR. LEACH:  YOUR HONOR, WE'RE ALSO SET FOR A STATUS |
| 11:53AM 13 | CONFERENCE TODAY ON THE OCTOBER 27TH TRIAL DATE. |
| 11:53AM 14 | I WILL SAY FROM THE GOVERNMENT'S PERSPECTIVE WE ARE READY |
| 11:53AM 15 | FOR TRIAL.  WE HAVE SERVED OUR WITNESS LISTS ON JUNE 26TH.  WE |
| 11:53AM 16 | ALSO SERVED OUR EXHIBIT LIST ON THE SAME DAY.  WE SERVED A |
| 11:53AM 17 | NUMBER OF TRIAL SUBPOENAS AND INSTRUCTED WITNESSES TO HOLD THE |
| 11:53AM 18 | OCTOBER DATE. |
| 11:53AM 19 | I WOULD NOTE MS. HOLMES HAS PRODUCED SOME OF HER RULE 16 |
| 11:53AM 20 | DISCOVERY.  SO WE ARE READY TO GO. |
| 11:54AM 21 | I BELIEVE THE DEFENSE HAS SOME PERSPECTIVE ON THIS, AND I |
| 11:54AM 22 | THINK IT MIGHT BE APPROPRIATE TO HEAR FROM THEM ABOUT SOME OF |
| 11:54AM 23 | THE CHALLENGES THAT THEY SAY. |
| 11:54AM 24 | BUT FROM OUR PERSPECTIVE WE ARE READY TO GO AND WE'RE |
| 11:54AM 25 | READY TO ENGAGE ON WHATEVER DIALOGUE THE COURT WISHES TO HAVE |

| | |
|---|---|
| 11:54AM | 1 | ABOUT THE SPECIAL CIRCUMSTANCES COVID BRINGS IN THIS CASE OR |

11:54AM   1   ABOUT THE SPECIAL CIRCUMSTANCES COVID BRINGS IN THIS CASE OR

11:54AM   2   MIGHT BRING.

11:54AM   3        BUT, YOU KNOW, FROM THE GOVERNMENT'S PERSPECTIVE WE'RE

11:54AM   4   READY AND WE'RE ANXIOUS FOR THE TRIAL.

11:54AM   5        THE COURT:  OKAY.  THANK YOU.  I APPRECIATE THAT.

11:54AM   6        WHAT ARE YOUR THOUGHTS ABOUT, AND OF COURSE THE DEFENSE

11:54AM   7   WILL DIRECT THIS, BUT WHAT ARE YOUR THOUGHTS ABOUT ADDITIONAL

11:54AM   8   MOTION PRACTICE THAT MS. SAHARIA HAS INFORMED US ABOUT TODAY?

11:54AM   9   ORDER THAT THEY FILE ANY MOTION TOMORROW AT NOON?

11:54AM   10        MR. LEACH:  I WOULD BE WILLING TO GIVE THEM A LITTLE

11:54AM   11   BIT MORE TIME ON THAT, YOUR HONOR.  I'M NOT SURE EXACTLY OF THE

11:54AM   12   PARAMETERS ON WHAT THEY INTEND TO MOVE ON.  I CAN ANTICIPATE

11:54AM   13   SOME OF THEM, BUT I DON'T THINK THAT WE NEED AN EXTENDED

11:55AM   14   BRIEFING SCHEDULE.

11:55AM   15        I THINK THE GOVERNMENT WOULD PROBABLY LIKE TWO TO THREE

11:55AM   16   WEEKS TO RESPOND, BUT I THINK WE SHOULD GET A DATE ON CALENDAR

11:55AM   17   FOR THAT.

11:55AM   18        BUT WE HAVE A SENSE, BASED ON SOME OF THE COMMENTS TODAY,

11:55AM   19   WHAT THEY INTEND TO RAISE.  WE'LL RESPOND IN OUR OPPOSITION.

11:55AM   20        BUT I THINK THAT WOULD BE A GOOD THING FOR THE COURT TO

11:55AM   21   DO.

11:55AM   22        THE COURT:  OKAY.  THANK YOU.

11:55AM   23        MR. WADE?  MS. SAHARIA?  MR. DOWNEY?

11:55AM   24        MR. WADE:  IT'S MR. WADE, YOUR HONOR.  THANK YOU.

11:55AM   25        I THINK THERE ARE A COUPLE OF ISSUES TO ADDRESS HERE.  ONE

11:55AM   1    RELATES TO THE MOTIONS AS YOU'VE REFERENCED, BUT REALLY I THINK

11:55AM   2    THAT'S PUTTING THE CART A LITTLE BIT BEFORE THE HORSE.

11:55AM   3         I THINK ONE OF THE PURPOSES OF THE STATUS CONFERENCE WAS

11:55AM   4    TO CHECK IN ON THE TRIAL DATE.  I THINK WHEN WE SET THE TRIAL

11:55AM   5    DATE FOR OCTOBER THE COURT PRUDENTLY SUGGESTED THAT WE HAVE A

11:55AM   6    STATUS CONFERENCE ABOUT THREE MONTHS OUT SO THAT WE COULD CHECK

11:55AM   7    AND SEE WHERE WE ARE FROM A PUBLIC HEALTH STANDPOINT.

11:55AM   8         I THINK AT THAT TIME, WHICH SEEMS LIKE A YEAR AGO, BUT IT

11:56AM   9    WAS JUST A COUPLE MONTHS AGO, I THINK WE WERE ALL OPTIMISTIC ON

11:56AM  10    OUR ABILITY TO MOVE FORWARD.

11:56AM  11         WE CERTAINLY, AS THE COURT CAN TELL FROM THESE MOTIONS,

11:56AM  12    HAVE BEEN WORKING VERY HARD WITH -- AS THE GOVERNMENT HAS AS

11:56AM  13    WELL, TO TRY TO CONTINUE TO SHARPEN THE ISSUES AND TRY TO

11:56AM  14    PROCEED TO A POSITION WHERE WE WOULD BE READY TO TRY THE CASE.

11:56AM  15         WE WERE ALSO OPTIMISTIC, I WOULD SAY, ABOUT THE ABILITY OF

11:56AM  16    OUR EXPERTS IN THE PUBLIC HEALTH FIELD AND OUR LEADERSHIP IN

11:56AM  17    THE COUNTRY TO BE ABLE TO ADDRESS THIS PUBLIC HEALTH CRISIS IN

11:56AM  18    A WAY THAT MIGHT MAKE THAT POSSIBLE.

11:56AM  19         I THINK THE COURT HAS ALWAYS EXPRESSED GREAT CARE AS IT

11:56AM  20    RELATES TO PUBLIC HEALTH ISSUES AND WITH RESPECT TO OUR

11:56AM  21    CLIENT'S CONSTITUTIONAL RIGHTS, AND WE'RE VERY APPRECIATIVE OF

11:57AM  22    THAT.

11:57AM  23         I THINK WE ALL WANT A TRIAL HERE THAT IS SAFE FOR ALL

11:57AM  24    TRIAL PARTICIPANTS FROM A PUBLIC HEALTH STANDPOINT BUT ALSO

11:57AM  25    SAFE FROM A CONSTITUTIONAL STANDPOINT WHERE OUR CLIENT HAS ALL

11:57AM  1    OF THE RIGHTS THAT SHE'S ENTITLED TO GIVEN THAT HER LIBERTY IS

11:57AM  2    IN JEOPARDY.

11:57AM  3        THERE ARE A COUPLE OF FACTORS ABOUT THIS CASE THAT MAKE

11:57AM  4    PROCEEDING TO TRIAL UNIQUELY DIFFICULT ANY TIME SOON.

11:57AM  5        FIRST, OBVIOUSLY THIS IS NOT A TYPICAL ONE WEEK OR EVEN

11:57AM  6    TWO WEEK TRIAL.  THIS IS SET TO BE A VERY LENGTHY TRIAL.

11:57AM  7        EVEN AFTER THE CASE WAS SEVERED, I THINK THE COURT KNOWS

11:57AM  8    THE GOVERNMENT HAS INDICATED THAT IT INTENDS TO PROCEED WITH

11:57AM  9    THE SAME LENGTH OF CASE AND IT INTENDS TO CALL THE SAME NUMBER

11:57AM  10   OF WITNESSES, INDEED THE SUPERSEDING INDICTMENT EXPANDED THE

11:58AM  11   CASE SIGNIFICANTLY.

11:58AM  12       AS A RESULT OF THAT WE'RE LOOKING AT A THREE MONTH TRIAL,

11:58AM  13   PERHAPS MORE, TO MOVE THIS CASE FORWARD TO COMPLETION.

11:58AM  14       OBVIOUSLY ALONG WITH A TRIAL OF THAT LENGTH, PROCEEDING IN

11:58AM  15   THE MIDST OF A PANDEMIC COME GREAT RISKS.  THERE ARE -- WE WILL

11:58AM  16   ALL -- THERE WILL BE 30 TRIAL PARTICIPANTS WHO WILL BE IN AN

11:58AM  17   INDOOR CONFINED SPACE WHICH THE CDC AND OTHER PUBLIC HEALTH

11:58AM  18   EXPERTS TELL US IT IS NOT ADVISABLE UNDER CURRENT CONDITIONS.

11:58AM  19       EVEN IF MASKED, EVEN IF DISTANCED, ISSUES RAISE OTHER

11:58AM  20   POTENTIAL CONCERNS AS IT RELATES TO OUR CLIENT'S CONSTITUTIONAL

11:58AM  21   RIGHTS.

11:58AM  22       JUST A TRIAL FOR THAT LENGTH OF TIME PRESENTS UNIQUE

11:58AM  23   OBSTACLES.

11:59AM  24       OBVIOUSLY WHAT COMES -- WHAT DRIVES THAT AMOUNT OF TIME

11:59AM  25   ARE THE NUMBER OF WITNESSES THAT WOULD BE CALLED AT TRIAL.  THE

11:59AM   1    GOVERNMENT HAS IDENTIFIED A WITNESS LIST, HAS DISCLOSED A

11:59AM   2    WITNESS LIST TO THE DEFENSE IN THIS CASE RECENTLY.  IT

11:59AM   3    IDENTIFIES, IF YOU INCLUDE DOCUMENT CUSTODIANS, 170 WITNESSES.

11:59AM   4        THOSE WITNESSES COME FROM AT LEAST 15 DIFFERENT STATES,

11:59AM   5    INCLUDING MANY THAT ARE HOT SPOTS SUCH AS ARIZONA WHERE THERE

11:59AM   6    ARE 20 WITNESSES, TEXAS, GEORGIA, FLORIDA, AND ALL DIFFERENT

11:59AM   7    PARTS OF CALIFORNIA.

11:59AM   8        CDC GUIDANCE WOULD SUGGEST THAT IF ANY WITNESS WERE TO FLY

11:59AM   9    TO CALIFORNIA TO TESTIFY AT TRIAL, THEY SHOULD FIRST QUARANTINE

11:59AM  10    THEMSELVES FOR 14 DAYS BEFORE THEY EXPOSED THEMSELVES TO OTHERS

12:00PM  11    GIVEN THAT THEY'RE COMING FROM A PLACE WHERE THERE ARE A GREAT

12:00PM  12    NUMBER OF INFECTIONS.

12:00PM  13        HOW THAT IS PRUDENT -- THAT IS NOT PRUDENT.

12:00PM  14        SIMILARLY, I THINK THE COURT KNOWS BETTER THAN I DO

12:00PM  15    BECAUSE YOU ARE OBVIOUSLY LIVING THERE, THAT CALIFORNIA IS

12:00PM  16    EXPERIENCING A PARTICULARLY DIFFICULT PERIOD.  THE PANDEMIC

12:00PM  17    THERE STATISTICALLY HAS GOTTEN WORSE, NOT BETTER, SINCE IT

12:00PM  18    BEGAN.

12:00PM  19        THREE OF THE FOUR COUNTIES THAT PROVIDE JURORS THAT WOULD

12:00PM  20    SERVE IN A JURY POOL HERE ARE ON THE GOVERNOR'S MONITORING

12:00PM  21    LIST.  MANY ARE ROLLING BACK SOME OF THE OPENING MEASURES THAT

12:00PM  22    THEY HAD TAKEN INITIALLY EARLY ON AND ARE GOING IN THE WRONG

12:00PM  23    DIRECTION, AND MANY OF THE SCHOOL DISTRICTS FROM WHERE WE WOULD

12:00PM  24    DRAW JURORS ARE NOT GOING TO HAVE KIDS IN SCHOOL.

12:01PM  25        THE ABILITY TO GET AN IMPARTIAL JURY IN THIS SETTING FOR A

12:01PM  1    TRIAL OF THIS LENGTH IS DOUBTFUL.  IT AT LEAST PRESENTS A LOT

12:01PM  2    OF LEGAL ISSUES THAT WOULD BE CHALLENGING.

12:01PM  3        AT MORE BASIC LEVEL, YOUR HONOR, AS WE THINK THROUGH THESE

12:01PM  4    STEPS AND WE THINK ABOUT THE WAYS IN WHICH THIS TRIAL MIGHT

12:01PM  5    PROCEED OVER THREE MONTHS, WHAT HAPPENS IF A MONTH AND A HALF

12:01PM  6    IN I WAKE UP WITH A SORE THROAT?  WHAT HAPPENS IF ONE OF THE

12:01PM  7    JURORS DOES OR THE COURT OR A MEMBER OF THE COURT STAFF?  DO WE

12:01PM  8    ADJOURN COURT FOR THE DAY?  DO WE QUARANTINE FOR 14 DAYS?  DO

12:01PM  9    WE QUARANTINE UNTIL WE GET A TEST RESULT?  THESE ARE

12:01PM 10    CHALLENGING ISSUES.

12:01PM 11        I KNOW THAT THESE ARE ISSUES THAT ARE NOT UNIQUE TO THIS

12:01PM 12    CASE.  I KNOW THAT THESE ARE ISSUES THAT THE COURT IS

12:02PM 13    STRUGGLING WITH IN MANY CASES, AND IT IS HAVING TO BALANCE

12:02PM 14    THOSE INTERESTS AND THOSE CONCERNS AGAINST OTHER CONSTITUTIONAL

12:02PM 15    RIGHTS SUCH AS DEMANDS FOR SPEEDY TRIAL, SITUATIONS IN WHICH

12:02PM 16    DEFENDANTS ARE IN CUSTODY, AND WE KNOW THAT THE COURT IS

12:02PM 17    LABORING TO DO THAT.

12:02PM 18        WE'VE WATCHED SOME OF THE PROCEEDINGS BEFORE OTHER COURTS

12:02PM 19    IN THIS DISTRICT.  WE ADMIRE, FRANKLY, THE BRAVERY WITH WHICH

12:02PM 20    MANY OF THE TRIAL PARTICIPANTS ARE PROCEEDING THERE RECOGNIZING

12:02PM 21    THAT THEY'RE AT RISK.

12:02PM 22        BUT THE PROCEEDINGS THAT WE HAVE SEEN SO FAR ARE SHORT IN

12:02PM 23    NATURE.  THEY DON'T INVOLVE -- THEY HAVEN'T INVOLVED TRIALS

12:02PM 24    THAT ARE NATIONAL IN SCOPE WITH WITNESSES SCATTERED ACROSS THE

12:02PM 25    UNITED STATES.

```
12:02PM   1        SO WE HAVE UNIQUE FACTORS HERE THAT MAKE OUR OBSTACLES

12:02PM   2   RATHER EXTRAORDINARY.

12:02PM   3        AS THE COURT LIKELY KNOWS, IN ADDITION TO THE WORSENING

12:03PM   4   PUBLIC HEALTH CRISIS, WE ALSO HAVE PREDICTIONS FROM SOME OF THE

12:03PM   5   LEADING HEALTH EXPERTS IN THE FIELD, DR. FAUCI, DR. REDFIELD OF

12:03PM   6   THE CDC, THAT SUGGEST THAT THINGS COULD WELL GET WORSE IN THE

12:03PM   7   FALL AND WINTER AS A RESULT OF THE COMBINED EFFECT OF THE

12:03PM   8   INFLUENZA AND COVID-19 PANDEMIC.  THEY PREDICT THAT WE COULD

12:03PM   9   SEE NUMBERS AND CONDITIONS THAT ARE FAR WORSE.

12:03PM  10        WE WOULD SUGGEST TO THE COURT THAT WE RECOGNIZE THIS

12:03PM  11   REALITY.  THE GOVERNMENT HAS ALWAYS TALKED ABOUT THE IMPORTANCE

12:03PM  12   OF TRYING TO FIND A DATE.  THE GOVERNMENT HAS ALWAYS TALKED

12:03PM  13   ABOUT THE IMPORTANCE OF TRYING TO BE REALISTIC ABOUT THAT, AND

12:03PM  14   WE'VE AGREED AND WE'VE TRIED TO DO THAT, AND I KNOW THE COURT

12:03PM  15   HAS, TOO.

12:03PM  16        WE THINK A TRIAL ANY TIME SOON IS JUST NOT REALISTIC.

12:04PM  17   IT'S JUST NOT SAFE.

12:04PM  18        WE THINK WE SHOULD RECOGNIZE THAT, AND WE THINK WE SHOULD

12:04PM  19   ADJOURN THE TRIAL UNTIL NEXT YEAR.

12:04PM  20        I WOULD SUGGEST MS. HOLMES TAKING THE SLOT THAT IS

12:04PM  21   CURRENTLY RESERVED FOR MR. BALWANI IN HIS TRIAL IN APRIL OF

12:04PM  22   NEXT YEAR WOULD BE PRUDENT.  THAT WOULD GET US THROUGH THE COLD

12:04PM  23   AND FLU SEASON.  WE COULD HAVE A STATUS CONFERENCE A COUPLE

12:04PM  24   MONTHS OUT WHERE WE WOULD AGAIN TALK ABOUT WHETHER PROCEEDING

12:04PM  25   IS REALISTIC, WHETHER PROCEEDING WILL ENDANGER PEOPLE AND
```

12:04PM  1    ENDANGER WITNESSES OR OTHER TRIAL PARTICIPANTS.

12:04PM  2         AND IF WE DO THAT, WE CAN ALSO AVOID DANGERS AND

12:04PM  3    COLLATERAL CONSEQUENCES THAT WILL COME FROM SERVING.  GOING OUT

12:04PM  4    AND SERVING A BUNCH OF TRIAL SUBPOENAS RIGHT NOW, THE COURT HAS

12:04PM  5    MAYBE SEEN THAT IS NOT AN EVENT THAT IS VERY WELL RECEIVED BY

12:05PM  6    WITNESSES IN THE PRESENT HEALTH SITUATION.

12:05PM  7         I'M SURE -- I KNOW THE COURT WAS WORKING FROM HOME FOR

12:05PM  8    SOME TIME PERIOD.  WHEN THERE'S A KNOCK AT THE DOOR IT'S EVEN

12:05PM  9    SOMEWHAT UNSETTLING FOR A LOT OF PEOPLE THESE DAYS, AND WHEN

12:05PM 10    IT'S A PROCESS SERVER IT'S PARTICULARLY UNSETTLING.

12:05PM 11         SO I APPRECIATE THAT THE COURT SET THIS STATUS CONFERENCE

12:05PM 12    TO HAVE THIS DIALOGUE NOW, AND I APPRECIATE THE CARE THAT THE

12:05PM 13    COURT HAS GIVEN TO THESE ISSUES, AND I THINK MOVING THE TRIAL

12:05PM 14    DATE WOULD BE PRUDENT.

12:05PM 15         NOW, WE HAVE AND WE'VE TALKED BEFORE ABOUT MOMENTUM THAT

12:05PM 16    WE HAVE IN THIS CASE IN TERMS OF MAKING PROGRESS AND MOVING IT

12:05PM 17    TOWARD TRIAL.  I'M CONFIDENT THAT WE'LL CONTINUE TO KEEP THAT

12:05PM 18    MOMENTUM, AND THAT WE WILL ALL WORK HARD TO BE IN THE BEST

12:05PM 19    POSSIBLE POSITION TO TRY THIS CASE IN AN ORDINARILY WAY BEFORE

12:05PM 20    THE COURT WHEN WE ARE ABLE TO DO SO.

12:05PM 21         WITH RESPECT TO THESE OTHER DATES WITH THE MOTIONS, ET

12:06PM 22    CETERA, I THINK WE SHOULD DO WHAT PARTIES DO AND ONCE WE GET

12:06PM 23    SOME DIRECTION FROM THE COURT ON THE TRIAL DATE, WE SHOULD MEET

12:06PM 24    AND CONFER WITH THE GOVERNMENT ABOUT THE REMAINING DATES AND

12:06PM 25    COME UP WITH A PROPOSED SCHEDULE THAT WE HOPEFULLY AGREE ON AND

| | |
|---|---|
| 12:06PM | 1 | SUBMIT IT TO THE COURT AND SET A SCHEDULE THEREAFTER. |
| 12:06PM | 2 | I WILL NOTE THAT ON THE MOTIONS TO DISMISS, WE ACTUALLY |
| 12:06PM | 3 | THINK THAT THEY ARE ACTUALLY MORE COMPLICATED THIS TIME THAN |
| 12:06PM | 4 | THEY WERE LAST TIME. |
| 12:06PM | 5 | WE ANTICIPATE AND WE STARTED SOME WORK ON THEM IN |
| 12:06PM | 6 | ANTICIPATION THAT THIS INDICTMENT MIGHT COME, BUT WE ANTICIPATE |
| 12:06PM | 7 | THAT THERE COULD BE FIVE OR SIX MOTIONS TO DISMISS. |
| 12:06PM | 8 | WE HEAR THE GOVERNMENT THAT THEY WILL WANT A FAIR AMOUNT |
| 12:06PM | 9 | OF TIME TO FILE OPPOSITIONS TO THAT, AND OBVIOUSLY THE COURT |
| 12:06PM | 10 | NEEDS TIME TO CONSIDER IT. |
| 12:06PM | 11 | SO WE HAVE PLENTY OF WORK TO DO IN THE MEANTIME. |
| 12:06PM | 12 | YOU KNOW, THIS INDICTMENT CAME OBVIOUSLY MANY YEARS INTO |
| 12:06PM | 13 | THE CASE WITH RESPECT TO EVENTS THAT HAVE BEEN, YOU KNOW, MANY, |
| 12:07PM | 14 | MANY YEARS AGO AND HAVE BEEN KNOWN TO THE GOVERNMENT FOR A LONG |
| 12:07PM | 15 | TIME.  THEY HAVE A RIGHT TO PROCEED AS THEY HAVE, BUT IT DOES |
| 12:07PM | 16 | HAVE SOME EFFECT ON GIVING US A LITTLE MORE WORK TO DO. |
| 12:07PM | 17 | THE COURT HAS MENTIONED SOME DISCLOSURES THAT MIGHT |
| 12:07PM | 18 | BENEFIT FROM SUPPLEMENTATION AS WELL AS A RESULT OF MAYBE |
| 12:07PM | 19 | ORDERS THAT ARE GOING TO COME FROM THE COURT AND AS A RESULT OF |
| 12:07PM | 20 | THE SUPERSEDING INDICTMENT.  SO I THINK WE HAVE A LOT OF WORK |
| 12:07PM | 21 | TO DO. |
| 12:07PM | 22 | I THINK WE'LL BE MORE THAN BUSY ENOUGH BETWEEN NOW AND |
| 12:07PM | 23 | APRIL, AND I WOULD ASK THAT THE COURT CONSIDER THIS REQUEST AND |
| 12:07PM | 24 | BE PREPARED TO ADDRESS ANY INQUIRIES THAT THE COURT MAY HAVE. |
| 12:07PM | 25 | THE COURT:  THANK YOU, MR. WADE. |

12:07PM  1          MR. WADE, LET ME ASK YOU, I APPRECIATE YOU RECOGNIZING THE

12:07PM  2   MOMENTUM AND THE MOMENTUM AND THE EFFORTS THAT BOTH SIDES AND

12:07PM  3   YOUR TEAMS HAVE PUT IN THIS CASE.

12:07PM  4          YOU PROBABLY UNDERSTAND THE RETICENCE THAT I MIGHT HAVE TO

12:08PM  5   TAKE THE FOOT OFF THE GAS PEDAL.  THAT JUST MAKES THE FINISH

12:08PM  6   LINE MORE OBSCURE AND ACTUALLY SOMETIMES INCREASES THE

12:08PM  7   DISTANCE.

12:08PM  8          SO I'M CURIOUS IF WE CAN MAINTAIN MOMENTUM, IF THE COURT

12:08PM  9   WERE NOT TODAY TO DISTURB THE TRIAL DATE, LEAVE THE TRIAL DATE

12:08PM  10  IN PLACE.  AND I RECOGNIZE AND WE ALL RECOGNIZE THAT THIS IS A

12:08PM  11  DYNAMIC SITUATION, BUT IF THE COURT WERE TO LEAVE THE TRIAL

12:08PM  12  DATE AS IS NOW, WHICH WOULD MANDATE THAT THE PARTIES CONTINUE

12:08PM  13  THEIR BEST EFFORTS TO CAPTURE ALL OF THE LITIGATION THAT YOU

12:08PM  14  FEEL IS NECESSARY WITH THAT OCTOBER 27TH TRIAL DATE, WOULD YOU

12:08PM  15  BE ABLE TO DO THAT?

12:08PM  16          MR. WADE:  I THINK WE WOULD HAVE A VERY DIFFICULT

12:08PM  17  TIME WITH THE CURRENT INDICTMENT, YOUR HONOR, MOVING FORWARD IN

12:08PM  18  OCTOBER.  GIVEN THAT WE HAVE GOT A SUPERSEDING INDICTMENT THAT

12:08PM  19  MY GUESS IS OUR CLIENT IS ABOUT TO BE ARRAIGNED ON MAYBE IN A

12:09PM  20  FEW MINUTES HERE OR THE COURT WILL ENTER THE ORDER ON THE

12:09PM  21  WAIVER OF ARRAIGNMENT.  I THINK WE WILL HAVE A VERY, VERY

12:09PM  22  DIFFICULT TIME.

12:09PM  23          WE STILL HAVE MANY OPEN ISSUES THAT THESE MOTIONS IDENTIFY

12:09PM  24  SOME OF THEM.  THERE ARE MANY MORE.

12:09PM  25          WE DIDN'T BRING THEM TO THE COURT IN CONNECTION WITH THIS

12:09PM  1    PROCEEDING BECAUSE WE'RE CONTINUING TO WORK WITH THE GOVERNMENT

12:09PM  2    TO TRY TO RESOLVE THEM.

12:09PM  3         BUT I DO NOT THINK EVEN WITH -- IF WE DIDN'T HAVE THE

12:09PM  4    PANDEMIC, THAT WE WOULD BE READY TO PROCEED GIVEN THE

12:09PM  5    SUPERSEDING INDICTMENT IN OCTOBER.

12:09PM  6         SO WE WOULD BE BACK IN A SITUATION WHERE, AS THE COURT

12:09PM  7    KNOWS, WE SUGGESTED PREVIOUSLY THAT THE APPROPRIATE DATE WOULD

12:09PM  8    BE AFTER THE FIRST OF THE YEAR EVEN WITHOUT THE PANDEMIC.

12:09PM  9         SO -- AND I DON'T THINK, FRANKLY, THAT KEEPING THE DATE

12:09PM 10    AND NOT TAKING SOME RELIEF NOW IS JUST GOING TO MAKE -- PRESENT

12:09PM 11    PROBLEMS AND, FRANKLY, SOME RISK FOR ALL BECAUSE IF THAT IS THE

12:10PM 12    CASE, WE'RE GOING TO HAVE TO EMBARK UPON SERVING TRIAL

12:10PM 13    SUBPOENAS ALMOST IMMEDIATELY, WE'RE GOING TO HAVE TO EMBARK

12:10PM 14    UPON SOME OTHER TRIAL PREPARATION ACTIVITY THAT MIGHT REQUIRE

12:10PM 15    TRAVEL AND THINGS THAT, FRANKLY, WE WOULD PREFER NOT TO DO IN

12:10PM 16    THE CURRENT HEALTH ENVIRONMENT.

12:10PM 17         I RECOGNIZE THE COURT'S DESIRE TO MOVE FORWARD.  I THINK

12:10PM 18    THE COURT HAS GOTTEN A SENSE OF THE CANDOR WITH WHICH WE LIKE

12:10PM 19    TO DEAL WITH THIS COURT IN EVERY ASPECT, AND I CAN TELL THE

12:10PM 20    COURT WE WILL MOVE FORWARD AGGRESSIVELY WITH RESPECT TO

12:10PM 21    EVERYTHING TO TRY TO MAKE PROGRESS AND GET THIS CASE READY.

12:10PM 22         YOU SAW MOTIONS THAT YOU REFERENCED AS MOTIONS THAT ARE

12:10PM 23    MOTION IN LIMINE LIKE.  THAT WAS BECAUSE WE RECOGNIZE THAT WE

12:10PM 24    WANT TO CONTINUE TO DO WORK TO GET INTO A SITUATION WHERE THE

12:10PM 25    ISSUES ARE RIPEN SO WE CAN PRESENT THEM TO THE COURT AND WE CAN

| 12:11PM | 1 | BE IN THE BEST POSSIBLE POSITION TO PROCEED TO TRIAL. |
|---|---|---|

12:11PM 1    BE IN THE BEST POSSIBLE POSITION TO PROCEED TO TRIAL.

12:11PM 2        BUT I DON'T THINK REALISTICALLY IN THE CURRENT HEALTH

12:11PM 3    ENVIRONMENT, WHICH HAS GOTTEN WORSE IN THESE MONTHS NOT BETTER,

12:11PM 4    WHERE WE HAVEN'T HAD THE ABILITY TO MEET WITH OUR CLIENT IN

12:11PM 5    MONTHS IN PERSON, WHERE WE DON'T HAVE THE ABILITY TO MEET WITH

12:11PM 6    WITNESSES, WHERE WE DON'T HAVE THE ABILITY TO MEET IN PERSON

12:11PM 7    WITH EXPERTS.

12:11PM 8        THERE'S A LOT THAT CAN BE DONE.  THERE'S A LOT THAT WE

12:11PM 9    HAVE DONE, BUT WE NEED LEAD TIME IN ADVANCE TO DO THAT.  IF

12:11PM 10   WE'RE FORCED TO DO IT, YOUR HONOR KNOWS WE WOULD DO IT, BUT IT

12:11PM 11   ENDANGERS PEOPLE, AND WE WOULD PREFER THAT WE WOULD NOT BE PUT

12:11PM 12   IN THAT CHOICE.

12:11PM 13       AND WE WOULD ASK THE COURT TO NOT PUT US IN THAT CHOICE.

12:11PM 14           THE COURT:  ALL RIGHT.  THANK YOU, MR. WADE.

12:11PM 15       LET ME JUST ASK YOU ABOUT A COUPLE OF OTHER JUST TRIAL

12:11PM 16   PROTOCOLS.  VIDEOTAPING WITNESSES, DEPOSITION TYPE WITNESSES

12:11PM 17   THAT WOULD BE PRESERVED FOR TRIAL.  I DON'T KNOW IF YOU'VE

12:11PM 18   THOUGHT ABOUT THAT OR WHAT YOUR THOUGHTS ARE.

12:12PM 19       ALSO, I'M CURIOUS TO KNOW WHAT YOUR THOUGHTS ARE ABOUT

12:12PM 20   PROCEEDINGS IN THE TRIAL BY VIDEO EITHER IN TOTAL OR PARTS OF

12:12PM 21   IT, THAT IS, WITNESS TESTIMONY BEING CAPTURED BY A VIDEO AS

12:12PM 22   OPPOSED TO IN PERSON.

12:12PM 23       I UNDERSTAND THERE ARE SOME CONFRONTATION ISSUES,

12:12PM 24   CONSTITUTIONAL CONFRONTATION ISSUES THAT YOU MIGHT WANT TO

12:12PM 25   SPEAK TO, BUT I'M JUST CURIOUS ABOUT YOUR THOUGHTS ON THAT.

```
12:12PM   1              MR. WADE:  YOUR HONOR, THEY'RE VERY INTERESTING
12:12PM   2    ISSUES AND RECOGNIZING THE COURT MAY RAISE THEM, I SPENT SOME
12:12PM   3    TIME INVESTIGATING AND RESEARCHING PROCEEDINGS.
12:12PM   4              THERE ARE -- OBVIOUSLY, I KNOW YOU'RE AWARE OF THE TRIAL
12:12PM   5    IN FRONT OF JUDGE ALSUP.  THAT HAS PROCEEDED.  THAT, OF COURSE,
12:12PM   6    WAS A TRIAL WHERE THE DEFENDANT WAS IN CUSTODY.  IT WAS IN THE
12:12PM   7    MIDST OF TRIAL WHEN THE PANDEMIC STARTED, AND THE JURY WAS HELD
12:12PM   8    OVER, AND THEN THERE THE PARTIES PROCEEDED VIA CONSENT.
12:13PM   9              BUT REGARDLESS, I TOOK IT AS AN OPPORTUNITY TO WATCH THAT
12:13PM  10    PROCEEDING.
12:13PM  11              I ALSO RESEARCHED.  THERE WAS A JURY TRIAL IN FLORIDA THAT
12:13PM  12    HAPPENED ON A PILOT BASIS IN STATE COURT WITH RESPECT TO AN
12:13PM  13    INSURANCE DISPUTE AND LOOKED AT THE FEEDBACK THAT LAWYERS ON
12:13PM  14    BOTH SIDES PROVIDED THERE WITH RESPECT TO THE ISSUES.
12:13PM  15              AND I THINK SUFFICE IT TO SAY I DON'T THINK THAT WE WOULD
12:13PM  16    BE COMFORTABLE PROCEEDING IN THAT MANNER IN A CASE LIKE THIS
12:13PM  17    GIVEN THE LIMITATIONS THAT WOULD RESULT FROM IT.
12:13PM  18              THERE ARE A NUMBER OF ISSUES AT EACH STEP OF THE TRIAL, IF
12:13PM  19    YOU CONSIDER JURY SELECTION ALL OF THE WAY THROUGH TO THE END,
12:13PM  20    BUT CONFRONTATION RIGHTS ARE AMONG THE BIGGEST ISSUES.
12:13PM  21              BUT THE REAL ISSUE, YOUR HONOR, IS WE COULDN'T DO THE
12:13PM  22    WHOLE THING REMOTELY.
12:13PM  23              AND SO IT DOESN'T REALLY SOLVE -- I DON'T THINK IT SOLVES
12:13PM  24    THAT MUCH ANYWAY.  WE CONFERRED WITH THE GOVERNMENT A BIT ON
12:14PM  25    THIS, WE HAD SOME DIALOGUE ON THESE TOPICS, AND WE DID NOT SEE
```

12:14PM   1    A WORKABLE SOLUTION IN A CASE OF THIS SIZE.

12:14PM   2         NOW, I'M NOT SUGGESTING THAT'S NEVER WORKABLE.  THERE

12:14PM   3    COULD BE A CASE WHERE PARTIES CONSENT TO CERTAIN THINGS.  THERE

12:14PM   4    COULD BE A CASE WHERE OTHER RIGHTS LIKE SPEEDY TRIAL RIGHTS AND

12:14PM   5    THE LIKE NEED TO BE BALANCED, BUT THIS ISN'T THAT CASE.

12:14PM   6         THIS IS A CASE WHERE WE'RE NOT ASSERTING -- DEMANDING A

12:14PM   7    SPEEDY TRIAL.  WE'RE WILLING TO WAIVE THAT RIGHT.

12:14PM   8         WE ARE -- OUR CLIENT IS NOT IN CUSTODY, AND THERE'S A

12:14PM   9    SOLUTION TO THESE PROBLEMS.  IT'S NOT ONE THAT HAS A LOT OF

12:14PM  10    CURRENCY IN TODAY'S CLIMATE, BUT IT IS THERE NONETHELESS AND

12:14PM  11    THAT IS A LITTLE BIT OF PATIENCE.  WE THINK THAT WILL SOLVE

12:14PM  12    THESE CHALLENGES.

12:14PM  13         THE COURT:  THANK YOU.  LET ME ASK YOU ABOUT DELAY

12:14PM  14    SOMETIMES AFFECTS WITNESS'S AVAILABILITY, EITHER THEY LEAVE THE

12:15PM  15    JURISDICTION OR HAVE PLANS TO MOVE, OR IN TODAY'S WORLD I DON'T

12:15PM  16    KNOW WHAT THAT MEANS, BUT SOME PEOPLE ARE LEAVING THEIR CURRENT

12:15PM  17    RESIDENCES FOR SAFER AREAS, AND THOSE AREAS MIGHT BE OUTSIDE OF

12:15PM  18    THE JURISDICTION OF THE COURT OR MIGHT PRESENT ADDITIONAL

12:15PM  19    PROBLEMS FOR GETTING A WITNESS TO COME BACK TO COURTS.

12:15PM  20         SOME WITNESSES MIGHT BECOME ILL SUCH THAT THEY'RE NOT

12:15PM  21    AVAILABLE FOR COURT OR SOME OTHER TERRIBLE THING MIGHT HAPPEN

12:15PM  22    IF WE DELAY.  YOU KNOW, DELAY BRINGS THESE TYPES OF ISSUES.

12:15PM  23         ARE THERE ANY -- IS THERE ANY EVIDENCE THAT YOU THINK THAT

12:15PM  24    MIGHT BE ABLE TO BE PRESERVED BY A DEPOSITION OR FOR A SPECIFIC

12:15PM  25    WITNESS BECAUSE THERE MIGHT BE A QUESTION ABOUT THE WITNESS'S

| 12:15PM | 1 | AVAILABILITY IN THE FUTURE?  DO WE HAVE TO BE CONCERNED ABOUT |

12:15PM   1    AVAILABILITY IN THE FUTURE?  DO WE HAVE TO BE CONCERNED ABOUT

12:16PM   2    THAT IN THIS CASE?

12:16PM   3             MR. WADE:  YOUR HONOR, THAT CAN BE A CONCERN.

12:16PM   4    OBVIOUSLY EVEN AT TIMES WITH THE THREE OR FOUR WEEK DELAY

12:16PM   5    SOMETIMES CIRCUMSTANCES WITH WITNESSES CHANGE OR UNFORTUNATE

12:16PM   6    THINGS CAN HAPPEN TO WITNESSES.

12:16PM   7         WE HAVE NOT SEEN ANY INDICATION OF THAT IN THIS CASE.

12:16PM   8         THE CIRCUMSTANCES YOU PRESENT, YOUR HONOR, WHERE PEOPLE

12:16PM   9    ARE GOING TO DIFFERENT PLACES EVEN WITHIN THE COUNTRY BECAUSE

12:16PM  10    OF THE CIRCUMSTANCES ACTUALLY IS ONE OF THE CHALLENGES WITH

12:16PM  11    PROCEEDING TO TRIAL IN THIS ENVIRONMENT BECAUSE IT'S HARD TO

12:16PM  12    LOCATE PEOPLE.  IT'S HARD TO LOCATE WITNESSES RIGHT NOW.

12:16PM  13         SO CERTAINLY IF THE GOVERNMENT WERE TO THINK THAT WAS AN

12:16PM  14    ISSUE AND THOUGHT THERE WAS A NEED TO PRESERVE TESTIMONY, THE

12:16PM  15    GOVERNMENT COULD RAISE THAT ISSUE WITH US AND WE COULD MEET AND

12:16PM  16    CONFER WITH THE GOVERNMENT AND CONSIDER THEIR REQUEST AND

12:16PM  17    WHETHER WE WOULD CONSENT TO IT.

12:16PM  18         WE DON'T PRESENTLY SEE THE NEED ON BEHALF OF MS. HOLMES TO

12:17PM  19    PRESERVE ANY TESTIMONY AT THIS TIME.

12:17PM  20             THE COURT:  ALL RIGHT.  I'M CURIOUS.  DO YOU HAVE

12:17PM  21    THE WITNESS LIST, THE GOVERNMENT'S WITNESS LIST?

12:17PM  22             MR. WADE:  I DO.

12:17PM  23             THE COURT:  AND I'LL TURN THIS TO MR. LEACH.  THIS

12:17PM  24    IS A QUESTION FOR HIM BECAUSE I'M JUST CURIOUS, MR. LEACH,

12:17PM  25    WHETHER YOU HAVE CONCERNS ABOUT ANY WITNESS'S AVAILABILITY

12:17PM 1    EITHER BECAUSE OF GEOGRAPHIC REASONS OR PERHAPS HEALTH REASONS

12:17PM 2    OR OTHER REASONS THAT MIGHT PRESENT?

12:17PM 3            MR. LEACH:  YES.  THANK YOU, YOUR HONOR.

12:17PM 4        IF I COULD RESPOND BRIEFLY TO SOME OF THE THINGS THAT

12:17PM 5    MR. WADE IS RAISING BECAUSE I AGREE WITH MANY OF THE CHALLENGES

12:17PM 6    MR. WADE IS PRESENTING.

12:17PM 7            BUT IN TERMS OF PRESERVING WITNESS TESTIMONY, I THINK IT'S

12:17PM 8    A SMALL MINORITY OF WITNESSES THAT WOULD FALL INTO THE CATEGORY

12:17PM 9    THAT THE COURT IS DESCRIBING.  I THINK THERE ARE SOME WITNESSES

12:18PM 10   WHO ARE OVER THE AGE OF 65 WHERE I DON'T HAVE ANY CURRENT

12:18PM 11   REASON TO THINK THAT THEY WOULD BE UNAVAILABLE ON A PARTICULAR

12:18PM 12   DATE, BUT IT'S SOMETHING THAT THE GOVERNMENT IS GIVING THOUGHT

12:18PM 13   TO, BUT IT'S A SMALL NUMBER OF WITNESSES AND I DON'T THINK

12:18PM 14   WOULD EXPEDITE THE TRIAL OR PRESENT SOME SPECIAL NEED FOR ONE

12:18PM 15   DATE VERSUS ANOTHER.

12:18PM 16           AND CERTAINLY TO THE EXTENT THAT WE CAN REACH AGREEMENT

12:18PM 17   WITH COUNSEL ON THAT, I THINK IT WOULD MEET THE STANDARD FOR A

12:18PM 18   RULE 15 DEPOSITION, BUT I THINK FROM THE GOVERNMENT'S

12:18PM 19   PERSPECTIVE THAT'S A SMALL CATEGORY OF WITNESSES AND IT RELATES

12:18PM 20   MORE TO AGE THAN IT DOES TO A CONCERN THAT A WITNESS WOULD NOT

12:18PM 21   BE IN A JURISDICTION WHERE WE COULD COMPEL THEIR ATTENDANCE

12:18PM 22   WITH THE COURT.

12:18PM 23           MORE BROADLY, I THINK IT'S IMPORTANT TO EMPHASIZE I AGREE

12:18PM 24   WITH SOME OF THE THINGS THAT MR. WADE IS SAYING.  I THINK THE

12:19PM 25   WORK THAT NEEDS TO BE DONE FOR THE TRIAL CAN BE DONE BETWEEN

12:19PM 1   NOW AND OCTOBER 28TH, BUT I WOULD PUSH BACK ON THE SOLUTION OF

12:19PM 2   KEEPING THAT DATE WITH AN EYE TOWARDS IT IS JUST GOING TO BE

12:19PM 3   MOVED.  I THINK THAT'S WORSE FOR ALL OF THE PARTIES.

12:19PM 4       FROM THE GOVERNMENT'S PERSPECTIVE, WE'RE READY TO GO, AND

12:19PM 5   IT'S IMPORTANT THAT THIS CASE GO EXPEDITIOUSLY.  THE FRAUD HERE

12:19PM 6   IS IN THE HUNDREDS OF MILLIONS OF DOLLARS.  THERE ARE NUMEROUS

12:19PM 7   VICTIMS ON THE PATIENT SIDE AND ON THE INVESTOR SIDE.

12:19PM 8       SO WE THINK IT'S IMPORTANT THAT IT GO EXPEDITIOUSLY.

12:19PM 9       BUT MANY OF THE CHALLENGES THAT MR. WADE IS MENTIONING ARE

12:19PM 10  REAL CHALLENGES AND UNIQUE CHALLENGES TO THIS CASE.

12:19PM 11      FROM THE GOVERNMENT'S PERSPECTIVE AT LEAST 16 OF OUR

12:19PM 12  WITNESSES ARE OVER THE AGE OF 65, WHICH IS ONE OF THE COVID

12:20PM 13  RISK FACTORS.  A LARGE MAJORITY OF THE WITNESSES, AS MR. WADE

12:20PM 14  POINTS OUT, ARE FROM OUT OF TOWN.  MANY OF THE WITNESSES ARE IN

12:20PM 15  HOT SPOTS LIKE PHOENIX, TEXAS, AND FLORIDA, AND THE LENGTH OF

12:20PM 16  THE TRIAL, I'M HOPEFUL TO BRING IT IN SHORTER THAN THE ESTIMATE

12:20PM 17  THAT MR. WADE GAVE, BUT IT'S GOING TO BE LONGER THAN YOUR

12:20PM 18  REGULAR TRIAL.  AND THOSE ARE REAL CHALLENGES, AND WE AGREE

12:20PM 19  THAT THOSE SHOULD BE TAKEN INTO ACCOUNT BY THE COURT.

12:20PM 20      I DO THINK APRIL OF 2021 IS TOO LONG.  THAT'S NINE MONTHS

12:20PM 21  AWAY.  THAT'S A LONG TIME, AND FROM THE GOVERNMENT'S

12:20PM 22  PERSPECTIVE, WE DON'T WANT TO RETAIN A DATE THAT WE DON'T THINK

12:20PM 23  IS GOING TO STICK.

12:20PM 24      WE THINK IF THE COURT IS INCLINED TO MOVE THE TRIAL, IT

12:20PM 25  SHOULD MOVE THE TRIAL TO FEBRUARY OF 2021 AND HAVE

12:20PM 1      MR. BALWANI'S TRIAL FOLLOW SHORTLY AFTER THAT IN MAY OF 2021.

12:21PM 2          BUT IF THERE'S A REQUEST TO CONTINUE THE TRIAL, AND THAT'S

12:21PM 3      WHAT I HEARD FROM MR. WADE, I THINK IT'S INCUMBENT UPON ALL OF

12:21PM 4      US TO TAKE THOSE CHALLENGES INTO ACCOUNT.  THE GOVERNMENT IS

12:21PM 5      READY TO GO AND WILL GO ON WHATEVER DATE THE COURT SETS, BUT IT

12:21PM 6      SHOULD BE A REAL DATE, AND IT SHOULD BE A DATE WE'RE ALL GOING

12:21PM 7      TO HOLD.  AND IF THERE'S DOUBT ABOUT OCTOBER 27TH, I THINK THE

12:21PM 8      PRUDENT THING IS TO SET THE DATE WE ALL THINK THAT WE CAN MEET,

12:21PM 9      AND WE THINK IT'S EARLIER THAN APRIL.

12:21PM 10         THE COURT:  THANK YOU, MR. LEACH.

12:21PM 11         LET ME JUST SAY, I APPRECIATE ALL OF YOUR CANDOR HERE.  WE

12:21PM 12     ALL ARE OF COMMON PURPOSE AND THAT IS TO GET THIS TRIAL ENGAGED

12:21PM 13     AS SOON AS IT'S READY TO BE ENGAGED AND ENGAGED SUCH THAT THE

12:21PM 14     DEFENDANT'S RIGHTS ARE PROTECTED, SHE AND HE, MR. BALWANI,

12:22PM 15     RECEIVE A FAIR TRIAL, AND THE GOVERNMENT, AND THEY RECEIVE A

12:22PM 16     FAIR TRIAL AND THAT IS CONSTITUTIONALLY APPROPRIATE.

12:22PM 17         THE COVID CRISIS HAS CERTAINLY INTERRUPTED THAT.  LET ME

12:22PM 18     SAY THAT THIS TRIAL IS A VERY, AS MR. LEACH POINTS OUT AND

12:22PM 19     MR. WADE POINTS OUT, IT'S VERY IMPORTANT TO YOUR CLIENT,

12:22PM 20     MR. WADE, IT'S VERY IMPORTANT TO THE INTEGRITY OF THE JUSTICE

12:22PM 21     SYSTEM AND THE VICTIMS AS MR. LEACH TELLS US, BUT THE OVERLAY

12:22PM 22     ON TOP OF ALL OF THIS, OF COURSE, IS THE PANDEMIC THAT HAS HIT

12:22PM 23     OUR COUNTRY.

12:22PM 24         AND I'M SURE REGRETTABLY NOW MOST PEOPLE KNOW SOMEBODY WHO

12:22PM 25     HAS PERSONAL CONTACT OR AT LEAST KNOWS SOMEBODY WHO HAS

12:22PM  1    REGRETTABLY HAD THE VIRUS, RECOVERED, AND SOME OF US

12:22PM  2    REGRETTABLY MAY KNOW FOLKS WHO ARE NO LONGER WITH US BECAUSE OF

12:22PM  3    THAT VIRUS.  SO IT'S A REAL SHADOW THAT LOOMS OVER THE WORK

12:23PM  4    THAT WE DO, IT LOOMS OVER THE COUNTRY THAT WE LOVE, AND WE ALL

12:23PM  5    ARE TRYING TO DO OUR PART TO MAKE SURE THAT THE VIRUS DOESN'T

12:23PM  6    SPREAD AND PROTECT OUR FAMILIES AND LOVED ONES, OUR NEIGHBORS,

12:23PM  7    AND OUR COMMUNITIES.  THAT'S REALLY OUR RESPONSIBILITY, ISN'T

12:23PM  8    IT, TO OURSELVES AND TO OUR COMMUNITIES TO PROTECT OURSELVES IN

12:23PM  9    THAT WAY.

12:23PM  10        THAT RESPONSIBILITY IS NOT LOST ON ME.  AND I APPRECIATE

12:23PM  11    THE CANDOR OF MR. WADE, MR. LEACH, AND YOUR TEAMS BECAUSE I

12:23PM  12    KNOW YOU HAVE DISCUSSED THIS WITH ALL OF YOUR TEAMS, HOW BEST

12:23PM  13    TO PROTECT THE PUBLIC, HOW TO PROTECT YOU, TO PROTECT MY STAFF,

12:23PM  14    THANK YOU FOR RECOGNIZING THAT.

12:23PM  15        I'M IN THE COURTHOUSE NOW, AND I'M SITTING IN THE

12:23PM  16    CEREMONIAL COURTROOM ALONE.  I'M HERE BY WAY OF A LAPTOP, AND

12:23PM  17    MY STAFF ARE REMOTE.  I HAVE STAFF DOWN THE HALL IN MY

12:23PM  18    CHAMBERS, BUT I SIT HERE ALONE.

12:23PM  19        AND I LOOK OUT AND I TRY TO ENVISION WHAT A JURY TRIAL FOR

12:23PM  20    3 MONTHS WOULD LOOK LIKE HERE WITH POTENTIALLY MAYBE WE'LL HAVE

12:24PM  21    17 JURORS, WON'T WE, 12 JURORS AND MAYBE 5 ALTERNATES.  WE

12:24PM  22    MIGHT NEED MORE ALTERNATES FOR A CASE LIKE THIS IF IT'S TRIED

12:24PM  23    CONCURRENT WITH THE PANDEMIC.  AND I LOOK OUT AND I TRY TO

12:24PM  24    ENVISION HOW AND WHERE PEOPLE WOULD SIT.  I TRY TO ENVISION

12:24PM  25    WHERE THE JURY WOULD SIT SUCH THAT THEY CAN OBSERVE A WITNESS

12:24PM  1    TO MY LEFT HERE IN THIS COURTROOM AND CAPTURE AND MAKE THEIR

12:24PM  2    DETERMINATIONS AS TO THE CREDIBILITY OF THAT PARTICULAR WITNESS

12:24PM  3    WHEN THEY SIT IN, CONTINUING WITH THE BASEBALL ANALOGY, WITH

12:24PM  4    THE CHEAP SEATS AND THEY'RE IN THE CORNER AS OPPOSED TO THE

12:24PM  5    JURY BOX CLOSER TO THE WITNESS.

12:24PM  6         I DON'T KNOW WHAT IS THE CONSTITUTIONAL RAMIFICATION OF

12:24PM  7    THAT.  HOW DOES THE JUDGE, HOW DOES SHE KEEP TRACK OF ALL OF

12:24PM  8    THE JURORS IN THE COURTROOM AND THEY'RE ALL FOLLOWING

12:25PM  9    EVERYTHING THAT SHE EXPECTS THEM TO FOLLOW IN A COURTROOM?

12:25PM  10        IT CREATES -- THOSE ARE IS JUST SOME OF THE PROTOCOL

12:25PM  11   CHALLENGES OF RUNNING THE COURT.  BUT AGAIN, IT ALL GETS BACK

12:25PM  12   TO SOMETHING THAT YOU ALL AGREE IN AND THAT IS THE HEALTH AND

12:25PM  13   SAFETY OF OUR COMMUNITY.

12:25PM  14        I HAVE GREAT RETICENCE TO SUMMON MEMBERS OF THE COMMUNITY

12:25PM  15   AND INVITE THEM TO SIT IN CONFINED AREAS FOR LENGTHY PERIODS OF

12:25PM  16   TIME WHEN THERE IS A PANDEMIC THAT AFFECTS THEM, THEIR

12:25PM  17   FAMILIES, AND WE HAVE NO VACCINE AS OF YET AND I KNOW PEOPLE

12:25PM  18   ARE WORKING HARD ON THAT AS WELL.

12:25PM  19        SO THAT'S A GREAT CONCERN OF MINE.  I APPRECIATE YOU

12:25PM  20   RECOGNIZING THAT AS I THINK WE HAVE TALKED ABOUT PREVIOUSLY THE

12:25PM  21   OCTOBER DATE MIGHT BE A LITTLE TOO AMBITIOUS FOR US.

12:25PM  22        BUT THEN WHAT DO WE DO NEXT?  IDEALLY -- AND THIS IS ME

12:26PM  23   SPEAKING SELFISHLY AS A JUDGE, IDEALLY WHAT WOULD HAPPEN IS ALL

12:26PM  24   OF THE WORK GETS DONE.  BUT IF WE FINISH THAT WORK, IF IT'S

12:26PM  25   OCTOBER, IF IT'S NOVEMBER, IF IT'S DECEMBER, SOME TIME THIS

12:26PM  1    YEAR, AND THEN WHAT WE'RE DOING THEN IS THAT WE'RE WAITING,

12:26PM  2    WE'RE WAITING FOR THE SAFE TIME.  WE'RE NOT WAITING FOR WORK TO

12:26PM  3    BE DONE BECAUSE THE WORK WOULD ALREADY BE DONE.  ALL WE'RE

12:26PM  4    WAITING FOR NEXT IS WHEN IS IT SAFE?  WHEN IS IT SAFE TO HAVE

12:26PM  5    THE COMMUNITY COME IN AND HEAR THIS CASE AND MAKE THE

12:26PM  6    COMMUNITY'S DECISION ABOUT THIS CASE?

12:26PM  7        THAT'S THE IDEAL SITUATION THAT I WOULD LIKE TO PLACE

12:26PM  8    OURSELVES IN.  I'D LIKE TO ACCOMPLISH THAT, THAT IS, COMPLETE

12:26PM  9    EVERYTHING THAT NEEDS TO GET DONE.

12:26PM  10       ONE WAY TO DO THAT IN A TIMELY MANNER IS, AS I'VE

12:26PM  11   SUGGESTED TO I THINK MR. LEACH, MAYBE I'LL HAVE THE DEFENSE

12:26PM  12   FILE ALL OF THEIR MOTIONS BY NOT NOON TOMORROW BUT 5:00 P.M.

12:26PM  13   TOMORROW JUST TO GIVE THEM EXTRA TIME TO GET IT ALL DONE.  WE

12:27PM  14   CAN MOVE FORWARD IN SOME SCHEDULE LIKE THAT, BUT I'D LIKE TO

12:27PM  15   ENGAGE A SCHEDULE THAT IS REALISTIC.

12:27PM  16       AND I KNOW THAT TRIALS ARE DYNAMIC ALSO, PARTICULARLY

12:27PM  17   PRETRIAL.  WE DON'T KNOW WHAT ELSE MAY COME UP.  WE'VE HEARD

12:27PM  18   THAT THERE MIGHT BE FIVE MOTIONS AS TO THE SUPERSEDING

12:27PM  19   INDICTMENT.  AND I KNOW THAT BRINGS GREAT JOY FOR MR. LEACH AND

12:27PM  20   HIS TEAM TO HEAR, BUT THERE COULD BE EXTENSIVE LITIGATION

12:27PM  21   COMING FORWARD ON THIS.

12:27PM  22       SO THAT INFORMS THE COURT ALSO THAT I NEED TO SET A

12:27PM  23   SCHEDULE THAT IS APPROPRIATE IN THIS CASE.

12:27PM  24       LET ME -- I DO WANT TO TURN TO MR. COOPERSMITH AND GIVE

12:27PM  25   YOU AN OPPORTUNITY TO BE HEARD ON THIS, SIR.  ALTHOUGH I WILL

```
12:27PM   1     TELL YOU ONE THING THAT WE'LL NOT -- I'M NOT GOING TO DISTURB
12:27PM   2     IS THE FACT THAT YOUR CASE, SIR, WILL TRAIL MS. HOLMES'S CASE.
12:27PM   3     SO WHATEVER I DECIDE AS TO MS. HOLMES, YOU'LL BE THE SECONDARY
12:28PM   4     AS FAR AS TRIAL DATES AS TO THAT.  THE SUGGESTION I THINK FROM
12:28PM   5     THE GOVERNMENT IS THAT ABOUT A THREE MONTH SCHEDULE AFTER THE
12:28PM   6     TRIAL OF MS. HOLMES.
12:28PM   7          BUT, MR. COOPERSMITH, WHAT IS IT THAT YOU WOULD LIKE ME TO
12:28PM   8     KNOW?
12:28PM   9               MR. COOPERSMITH:  THANK YOU.  SO ON THE ISSUE OF
12:28PM  10     TRIAL, I DO UNDERSTAND THE COURT'S RULING.  WE'LL PRESERVE OUR
12:28PM  11     POSITION FOR THE RECORD THAT WE BELIEVE OUR TRIAL SHOULD HAVE
12:28PM  12     GONE FIRST, BUT I WON'T SAY ANY MORE ON THAT.  BUT I DO
12:28PM  13     UNDERSTAND AND RESPECT THE COURT'S RULING.
12:28PM  14          WITH REGARD TO THE TRIAL DATE, I UNDERSTAND THAT WE HAVE A
12:28PM  15     STATUS CONFERENCE ON AUGUST 31ST I BELIEVE IT'S SCHEDULED.  SO
12:28PM  16     I'M SURE IF THAT STANDS WE'LL BE TALKING MORE ABOUT THAT THEN.
12:28PM  17          FOR NOW, YOUR HONOR, UNFORTUNATELY EVERYTHING THAT
12:28PM  18     MR. WADE SAID AND MR. LEACH SAID ABOUT THE COVID CRISIS AND
12:28PM  19     YOUR HONOR SAID IS RIGHT.  WE'RE SORT OF AT THE MERCY OF THOSE
12:28PM  20     UNFORTUNATE CIRCUMSTANCES.
12:28PM  21          WE WOULD LIKE TO GET THIS CASE TRIED, TOO.  MR. BALWANI
12:28PM  22     HAS BEEN LIVING WITH THIS INVESTIGATION SINCE 2016.  HE'S BEEN
12:29PM  23     LIVING WITH THE INDICTMENT SINCE 2018.  IT'S VERY UNFORTUNATE
12:29PM  24     THAT THERE'S SUCH A DELAY IN JUSTICE.
12:29PM  25          BUT THAT SAID, WE, I THINK, UNFORTUNATELY ARE GOING TO
```

12:29PM 1    HAVE TO, GIVEN THE COURT'S POSITION OF THE ORDER OF TRIAL,

12:29PM 2    AWAIT MS. HOLMES'S TRIAL.  IF THE TRIAL REALLY TAKES THREE

12:29PM 3    MONTHS, THEN WE'LL HAVE TO TRY THAT AT SOME POINT, AND WE'RE

12:29PM 4    HAPPY TO RECONFER WITH THE GOVERNMENT ONCE THE HOLMES TRIAL IS

12:29PM 5    SET ON WHAT EXACTLY THE SCHEDULE FOR MR. BALWANI SHOULD LOOK

12:29PM 6    LIKE AND TALK ABOUT THAT WITH THE COURT MORE ON AUGUST 31ST IF

12:29PM 7    THAT WORKS FOR YOU, YOUR HONOR.

12:29PM 8            THE COURT:  ALL RIGHT.  THANK YOU, MR. COOPERSMITH.

12:29PM 9    I APPRECIATE THAT.

12:29PM 10       ANYONE ELSE FROM YOUR TEAM WISH TO BE HEARD?

12:29PM 11           MR. COOPERSMITH:  NO, YOUR HONOR.

12:29PM 12           THE COURT:  I SEE NO HANDS.  ALL RIGHT.  THANK YOU.

12:29PM 13       SO LET'S TALK THEN ABOUT AUGUST 31ST IS A STATUS DATE FOR

12:29PM 14   MR. BALWANI.  I'M CURIOUS IF I SHOULD NOW HAVE MS. HOLMES'S

12:30PM 15   TEAM AND ALL YOU MEET AND CONFER ABOUT -- I APPRECIATE YOU

12:30PM 16   GIVING ME THESE PARTICULAR DATES HERE.

12:30PM 17       IN LIGHT OF THE -- MS. HOLMES'S SUGGESTION ABOUT

12:30PM 18   ADDITIONAL LITIGATION, I WOULD LIKE TO KNOW, TO THE EXTENT THAT

12:30PM 19   YOU CAN, MR. WADE, AND I'M NOT ASKING YOU TO DISCLOSE ANYTHING

12:30PM 20   THAT DISRUPT YOUR DEFENSE SCHEDULE OR ASK YOU TO TELL US WHAT

12:30PM 21   YOUR DEFENSE IS, ANYTHING LIKE THAT, BUT I THINK IT IS

12:30PM 22   APPROPRIATE FOR ME TO ASK YOU TO, NOT JUST TODAY TO RESPOND,

12:30PM 23   BUT TO ASK YOU TO INFORM THE COURT AS TO POTENTIAL MOTIONS THAT

12:30PM 24   YOU MIGHT HAVE AND FILE SUCH THAT THE GOVERNMENT CAN BE AWARE

12:30PM 25   ALSO SO WE CAN ENGAGE A REALISTIC SCHEDULE FOR LITIGATING AND

12:30PM 1    HEARING THOSE MOTIONS SUCH THAT I CAN THEN BE MORE INFORMED TO

12:30PM 2    GIVE US A BETTER DATE FOR TRIAL WHENEVER THAT IS.

12:30PM 3         ONE THING I'M CONCERNING DOING NOW IS NOT DISTURBING THE

12:31PM 4    TRIAL DATE, AND THAT IS PRIMARILY JUST TO KEEP OUR EXCLUSION OF

12:31PM 5    TIME IN EFFECT, BUT NOT DISTURBING ANY OF THE TRIAL DATES,

12:31PM 6    HOWEVER, SCHEDULE A STATUS CONFERENCE AGAIN AT SOME POINT.  IT

12:31PM 7    MIGHT BE AUGUST 31ST.  IT MIGHT BE BEFORE THAT.

12:31PM 8         BUT I'D LIKE THE PARTIES TO MEET AND CONFER TO DISCUSS

12:31PM 9    ANOTHER, AND I'VE USED THIS PHRASE BEFORE IN THIS CASE, A

12:31PM 10   REALISTIC SCHEDULE FOR MOTIONS.

12:31PM 11        NOW, I'D LIKE -- THE ADDITIONAL MOTIONS THAT YOU'VE TALKED

12:31PM 12   ABOUT ARE IMPORTANT ONES.  I DON'T KNOW WHETHER OR NOT, AND I'D

12:31PM 13   LIKE YOUR OPINIONS ABOUT WHETHER OR NOT THOSE WOULD DISTURB ANY

12:31PM 14   OF THE OTHER DECISIONS THAT THE COURT HAS MADE ON ANY EVIDENCE,

12:31PM 15   NOT THAT WE'VE MADE MUCH, BUT I DON'T WANT TO, IF THE CASE IS

12:31PM 16   CONTINUED INTO NEXT YEAR, I DON'T WANT TO START A COMPLETELY

12:31PM 17   NEW SCHEDULE SUCH THAT WE LOSE ANY OF THE MOMENTUM THAT WE'VE

12:31PM 18   CAPTURED, ANY OF THE WORK THAT YOU'VE DONE AND WE START OVER

12:32PM 19   AGAIN.  THAT DOESN'T ACCOMPLISH ANYTHING.  I'M NOT INTERESTED

12:32PM 20   IN THAT.

12:32PM 21             MR. WADE:  NO.  WE AGREE, YOUR HONOR.  WE AGREE.

12:32PM 22        IF I COULD BE HEARD BRIEFLY ON YOUR COMMENTS?

12:32PM 23             THE COURT:  SURE.

12:32PM 24             MR. WADE:  WE DON'T INTEND TO FUNDAMENTALLY CHANGE

12:32PM 25   THINGS.  WE INTEND TO CONTINUE TO MOVE FORWARD.  THE GOVERNMENT

12:32PM 1    HAS EXPANDED THE SCOPE OF THE CASE, AND THERE ARE A NUMBER OF

12:32PM 2    THINGS THAT FLOW FROM THAT, AS WE TALKED ABOUT FOR MUCH OF THE

12:32PM 3    ARGUMENT TODAY.  OBVIOUSLY THOSE ARE THINGS THAT WE ARE GOING

12:32PM 4    TO HAVE TO DEAL WITH.

12:32PM 5         WITH RESPECT TO THE MOTIONS, WE STARTED THE WORK ON THAT

12:32PM 6    IN ANTICIPATION OF THIS, BUT OBVIOUSLY THERE IS MORE WORK TO BE

12:32PM 7    DONE.  WE DO THINK THAT ONE MOTION AT LEAST SORT OF AS A MATTER

12:32PM 8    OF RECORD WOULD NEED TO REPRISE PRIOR MOTIONS TO MAKE SURE THAT

12:32PM 9    OUR PRIOR ARGUMENTS APPLY TO THE NEW INDICTMENT AND THE PRIOR

12:33PM 10   RULING APPLIES TO THE NEW INDICTMENT TO THE EXTENT THAT THE NEW

12:33PM 11   INDICTMENT DOESN'T CHANGE THE NATURE OF THAT RULING.

12:33PM 12        AND THEN WE THINK THERE ARE SEVERAL ADDITIONAL MOTIONS,

12:33PM 13   FOUR OR FIVE DIFFERENT MOTIONS TO DISMISS THE INDICTMENT.  YOUR

12:33PM 14   HONOR HAS HEARD ABOUT SOME OF THEM TODAY.  OBVIOUSLY, THERE'S A

12:33PM 15   STATUTE OF LIMITATIONS MOTION WITH RESPECT TO CERTAIN COUNTS,

12:33PM 16   THERE WILL BE A NOTICE RELATED MOTION AND A FEW OTHER THINGS.

12:33PM 17        I THINK WHILE WE TRIED TO PREPARE, OUR ANTICIPATION WOULD

12:33PM 18   BE THAT OUR HOPE IS WE GET THOSE IN FRONT OF THE COURT

12:33PM 19   REASONABLY QUICKLY AND FIND A TIME WHEN THAT IS DONE AND THE

12:33PM 20   GOVERNMENT WOULD HAVE AN APPROPRIATE AMOUNT OF TIME TO RESPOND,

12:33PM 21   BUT I WOULD GUESS THAT WITHIN A MONTH WE COULD GET ALL OF THOSE

12:33PM 22   MOTIONS ON FILE.

12:33PM 23        I THINK I HEARD MR. LEACH SAY HE WAS LOOKING FOR

12:34PM 24   THREE WEEKS.  HE MAY WANT A MONTH.  I DON'T -- I WANT TO BE

12:34PM 25   FAIR TO THE GOVERNMENT HONESTLY.  AND FUNDAMENTALLY, I WANT TO

12:34PM  1    ACT CONSISTENT WITH THE DIRECTION PROVIDED BY THE COURT.

12:34PM  2    FRANKLY, WHILE WE ALWAYS ADHERE TO IT, I'M NOT SURE WE NEED IT

12:34PM  3    HERE.  WE WANT TO MOVE THIS FORWARD.  WE SHARE THAT DESIRE, BUT

12:34PM  4    WE SHARE THE CONCERNS THAT THE COURT -- THAT WE DISCUSSED

12:34PM  5    BEFORE AND THAT THE COURT IDENTIFIED.

12:34PM  6         SO I THINK IF MORE BROADLY WE WERE TO MEET AND CONFER,

12:34PM  7    RECOGNIZING THE COURT HASN'T FORMALLY MOVED THE TRIAL DATE BUT

12:34PM  8    IS INCLINED TO AFTER HEARING FROM THE COURT, FROM THE PARTIES

12:34PM  9    ON THE PARTICULARS, WE CAN CERTAINLY MEET AND CONFER WITH THE

12:34PM  10   GOVERNMENT AND FIND A TIME TO COME BACK IN FRONT OF THE COURT

12:34PM  11   IF NEED BE, OR IT MAY BE THAT WE CAN JUST AGREE TO A SCHEDULE

12:34PM  12   AND THE COURT CAN ORDER IT.  WHATEVER THE COURT THINKS WILL

12:34PM  13   MAKE SENSE.  BUT WE CAN CERTAINLY DO THAT WITHIN A WEEK OR TWO

12:34PM  14   I WOULD THINK IF THAT IS OF BENEFIT TO THE COURT.

12:34PM  15        THE COURT:  THANK YOU.

12:35PM  16      MR. LEACH.

12:35PM  17        MR. LEACH:  WE CERTAINLY CAN WORK WITH DEFENSE

12:35PM  18   COUNSEL ON AN APPROPRIATE SCHEDULE WITH THE OCTOBER DATE IN

12:35PM  19   MIND, YOUR HONOR.

12:35PM  20      I NEED TO EMPHASIZE, THOUGH, MUCH OF THE WORK FROM THE

12:35PM  21   GOVERNMENT'S PERSPECTIVE GOING FORWARD IS MEETING WITH

12:35PM  22   WITNESSES WHO WE HAVE SUBPOENAED, WHO WE HAVE TOLD BE READY IN

12:35PM  23   OCTOBER WHO ARE HOLDING THAT TIME AND WHO ARE MAKING

12:35PM  24   SUBSTANTIAL SACRIFICES IN ORDER TO, A, MEET WITH US, AND ALSO

12:35PM  25   HOLD THAT TIME FROM THEIR SCHEDULE.

| | |
|---|---|
| 12:35PM | 1 |

AND SO IT'S NOT -- FROM THE GOVERNMENT'S PERSPECTIVE, IT'S DIFFICULT TO TURN THOSE THINGS ON A DIME.  AND IF -- AS I'VE SAID IN MY EARLIER REMARKS, HOLDING A DATE FOR THE PURPOSE OF HOLDING A DATE POSES SOME GREAT DIFFICULTIES TO US IF EVERYBODY KNOWS THAT'S NOT GOING TO HAPPEN.

SO I THINK THE PRUDENT THING WE COULD DO IS SET THE SCHEDULE, WE CAN LITIGATE WHATEVER WE NEED TO LITIGATE THROUGH THAT, AND THEN HAVE THAT DATE CERTAIN IN MIND AND STICK TO IT. WE WOULD URGE THE COURT TO DO THAT, BUT WHATEVER DATE SET WE WILL MEET.  THE GOVERNMENT WILL BE READY.

THE COURT:  WELL, THANK YOU.  I THINK IT'S FAIR TO SAY, MR. LEACH, AND I RECOGNIZE THE ISSUE THAT YOU HAVE TOLD YOUR CLIENTS -- EXCUSE ME, YOUR WITNESSES THAT THERE'S A DATE CERTAIN AND THE JUDGE WAS FIRM ON THAT, AND I WAS, AND COVID INTERRUPTED IT.  I SUPPOSE THAT'S MY EXCUSE.  BUT YOU CAN CERTAINLY POINT THE FINGER BACK TO THE JUDGE, AND I INVITE YOU TO DO THAT.

TO THE EXTENT THAT YOU NEED SOME RELIEF FROM THAT, YOU SHOULD RECOGNIZE -- LET ME JUST SAY THAT I INDICATED I WOULD LEAVE THE DATE.  I'M NOT GOING TO DISTURB THE CURRENT TRIAL DATE.  I'M DOING THAT TO, AS I SAID, TO KEEP THE TIME EXCLUSIONS IN PLACE AND ALL OF THE OTHER ISSUES REGARDING THAT IN PLACE.

WHAT I WILL TELL YOU IS THAT IT IS UNREALISTIC THAT WE ARE GOING TO GO TO TRIAL ON THAT DATE.  IT'S JUST NOT GOING TO

12:37PM 1    HAPPEN.

12:37PM 2         SO IF THAT RELIEVES YOU FROM THOSE APPOINTMENTS YOU HAVE

12:37PM 3    WITH WITNESSES, I HOPE THAT GIVES YOU AND THEM SOME REASSURANCE

12:37PM 4    THAT THEY WON'T BE NEEDED FOR THAT TRIAL DATE.

12:37PM 5         THEN THEY'LL ASK YOU, OKAY, WHEN SHOULD WE RESCHEDULE?

12:37PM 6    WHEN IS THE NEW DATE?  THAT'S THE DATE THEN, AND I HEARD YOU

12:37PM 7    ALL TELL ME YOUR OPINIONS, THE APRIL AND THE FEBRUARY DATE.  I

12:37PM 8    WOULD LIKE YOU TO GIVE ME SOME MORE INFORMATION ABOUT WHAT WORK

12:37PM 9    THAT YOU WILL DO BETWEEN NOW AND THE EARLIER OF THOSE TRIAL

12:37PM 10   DATES BEING FEBRUARY, WHAT YOUR SCHEDULE IS GOING TO BE TO

12:37PM 11   ACCOMPLISH ALL OF THE MOTION PRACTICE THAT IS GOING TO BE

12:37PM 12   NEEDED ON THE CHARGING DOCUMENT.

12:37PM 13        MY SENSE IS WHAT -- AS I SAID, WHAT I WOULD LIKE TO HAVE

12:37PM 14   DONE, AND MY WISH LIST IS THAT WE HAVE ALL OF THE LITIGATION

12:37PM 15   AND THE PRETRIAL LITIGATION AS TO CHARGING DOCUMENTS AND IF IT

12:38PM 16   SURVIVES THAT, THERE IS A CASE THAT GOES FORWARD, WHATEVER THAT

12:38PM 17   CASE IS, IT GOES FORWARD SUCH THAT ALL OF YOUR WITNESS

12:38PM 18   PRODUCTION IS DONE.  OF COURSE WE'VE TALKED ABOUT OTHER

12:38PM 19   EXAMINATIONS THAT NEED TO BE ACCOMPLISHED AND THAT HAS TO --

12:38PM 20   THAT SCHEDULING SHOULD GO FORWARD AS WELL AND ACCOMPLISH ALL OF

12:38PM 21   THE WORK THAT NEEDS TO BE DONE THERE.

12:38PM 22        SO I'D LIKE YOU TO MEET AND CONFER AND TALK ABOUT ALL OF

12:38PM 23   THOSE THINGS THAT YOU NEED TO ACCOMPLISH VIS-A-VIS AN EARLIER

12:38PM 24   TRIAL DATE.  I HEARD THE GOVERNMENT SAY FEBRUARY.  YOU MIGHT

12:38PM 25   WANT TO LOOK AT THAT DATE, THE EARLIER OF THOSE DATES, THAT IS,

12:38PM 1   THE FEBRUARY DATE AS OPPOSED TO THE APRIL, AND LOOK AND SEE IF

12:38PM 2   THINGS CAN BE DONE BY FEBRUARY?  DO YOU NEED TO GO INTO MARCH?

12:38PM 3   DOES IT REALLY REQUIRE AN APRIL DATE?

12:38PM 4        ALL OF THIS, OF COURSE, IS GOING TO BE GUIDED, ISN'T IT,

12:38PM 5   BY THE CLOUD OF COVID?  I HOPE THESE GOOD SCIENTISTS, WHEREVER

12:38PM 6   THEY'RE WORKING, I HOPE THEY'RE ABLE TO FIND A VACCINE FOR ALL

12:39PM 7   OF US.  THAT WOULD BE A MIRACLE, AND IT WOULD BE WELL RECEIVED

12:39PM 8   BY THE PLANET.

12:39PM 9        BUT WE NEED TO -- IT'S SUCH A DYNAMIC CIRCUMSTANCE, WE

12:39PM 10  NEED TO PREPARE FOR THE FACT THAT THERE IS THE SECOND WAVE.

12:39PM 11  AND I HEARD THIS MORNING ON THE RADIO COMING IN WHEN DOES THE

12:39PM 12  SECOND WAVE START IF WE'RE STILL IN A FIRST WAVE IN DECEMBER IN

12:39PM 13  THE MIDDLE OF THE INFLUENZA SEASON?  WE JUST DON'T KNOW THOSE

12:39PM 14  THINGS, WE JUST DON'T.  SO IT IS DYNAMIC IN THAT REGARD.

12:39PM 15       I'M HOPEFUL THAT WE CAN GET THE CASE TRIED IN Q1 OF NEXT

12:39PM 16  YEAR.  THAT WOULD BE MY GOAL.  I THINK IT'S YOURS AS WELL.

12:39PM 17       BUT WHAT THAT EXACT DATE IS, I DON'T HAVE COMPLETE

12:39PM 18  INFORMATION TO SET THAT DATE TODAY.

12:39PM 19       I APPRECIATE YOUR OFFERS OF THESE DATES, AND THEY MIGHT BE

12:39PM 20  GOOD ONES, AND IT MIGHT BE -- IT MAY BE THAT THE APRIL DATE IS

12:39PM 21  THE ONE, SINCE WE'VE SELECTED IT FOR MR. BALWANI, IT MIGHT BE

12:39PM 22  EASY TO JUST SLIDE IN AND USE THAT.

12:39PM 23       BUT I APPRECIATE THE GOVERNMENT'S DESIRE TO GET THE CASE

12:40PM 24  MOVING AND THEIR THOUGHT THAT WE CAN GET IT PERHAPS GOING

12:40PM 25  BEFORE THEN RECOGNIZING THAT IN FEBRUARY WE WOULD HAVE TO SET

12:40PM 1    OUR OR WE WOULD LIKE TO SET OUR FINAL PRETRIAL CONFERENCE THAT

12:40PM 2    WOULD BE SOME TIME IN JANUARY.  I WOULD LIKE TO HAVE THAT ABOUT

12:40PM 3    THREE OR FOUR WEEKS IN ADVANCE OF THE TRIAL DATE.

12:40PM 4        HERE WE MIGHT WANT TO DO IT A LITTLE MORE THAN THAT, JUST

12:40PM 5    BECAUSE I THINK, AS WE EXPERIENCED TODAY, THE MOTIONS IN LIMINE

12:40PM 6    WILL PROBABLY BE EXTENSIVE.  I'M JUST GUESSING, BUT I THINK

12:40PM 7    IT'S AN EDUCATED GUESS THAT WE'LL PROBABLY HAVE EXTENSIVE

12:40PM 8    MOTION IN LIMINE PRACTICE HERE AS WELL THAT WILL OCCUPY SOME

12:40PM 9    TIME.

12:40PM 10       SO HOW MUCH TIME DO YOU THINK THAT YOU WOULD NEED OR YOU

12:40PM 11   WOULD LIKE, MR. LEACH, MR. WADE, TO MEET AND CONFER?

12:40PM 12       SHOULD I LEAVE THE AUGUST 31ST CONFERENCE DATE, STATUS

12:40PM 13   DATE NOW AND USE THAT?  OR SHOULD WE COME BACK BEFORE THEN?

12:41PM 14           MR. LEACH:  YOUR HONOR, I THINK IT WOULD BE PRUDENT

12:41PM 15   TO COME BACK BEFORE THEN JUST SO WE CAN REACH RESOLUTION ON

12:41PM 16   THESE ISSUES.

12:41PM 17           THE COURT:  SURE.

12:41PM 18           MR. LEACH:  AND WE'LL -- SO I THINK A DATE IN EARLY

12:41PM 19   AUGUST IS APPROPRIATE.

12:41PM 20           THE COURT:  OKAY.  MR. WADE, YOU'RE OKAY WITH THAT?

12:41PM 21           MR. WADE:  I BELIEVE I AM, YOUR HONOR.  MAYBE THE --

12:41PM 22           THE COURT:  LET ME -- LET'S TURN TO MS. KRATZMANN,

12:41PM 23   THE KEEPER OF ALL THINGS, AND ASK HER WHAT LOOKS GOOD FOR US.

12:41PM 24           MR. WADE:  I'M USED TO SEEING THAT BIG CALENDAR UP

12:41PM 25   ON THE WALL, YOUR HONOR.  IT'S VERY DISORIENTING NOT TO HAVE

12:41PM  1    IT.

12:41PM  2            THE COURT:  IT IS.  IMAGINE HOW I FEEL?  I'M SITTING

12:41PM  3    HERE ALONE WITH A LAPTOP, A PENCIL, AND A PAD, AND THERE IS NO

12:41PM  4    CALENDAR, AND THERE'S NOBODY TO TURN TO.

12:41PM  5        (LAUGHTER.)

12:41PM  6            THE CLERK:  YOUR HONOR, MIGHT I SUGGEST AUGUST 10TH

12:41PM  7    AT 10:00 A.M.

12:42PM  8            THE COURT:  IS THAT A MONDAY?

12:42PM  9            THE CLERK:  THAT IS A MONDAY, YOUR HONOR.

12:42PM 10            THE COURT:  IT IS A MONDAY.

12:42PM 11        DOES THAT WORK FOR THE PARTIES?

12:42PM 12            MR. WADE:  YOUR HONOR, I HAPPEN TO HAVE A CONFLICT

12:42PM 13    ON THAT DATE.  IS IT POSSIBLE THAT WE CAN DO EITHER THE 3RD OR

12:42PM 14    THE 17TH?

12:42PM 15            THE COURT:  LET'S SEE.  MS. KRATZMANN, WE CAN DO A

12:42PM 16    DATE OTHER THAN A MONDAY IF NEED BE.  WE CAN SPECIAL SET THIS.

12:42PM 17            THE CLERK:  WE COULD, YOUR HONOR.

12:42PM 18        IS THE WEEK OF THE 10TH NOT AVAILABLE FOR COUNSEL?  WE

12:42PM 19    COULD DO AUGUST 11TH OR 12TH.

12:42PM 20            MR. WADE:  YOUR HONOR, MIGHT I ASK IF WE MIGHT JUST

12:42PM 21    CONFER WITH COLLEAGUES AND CIRCLE BACK WITH MS. KRATZMANN --

12:42PM 22            THE COURT:  YES.

12:42PM 23            MR. WADE:  -- TO MAKE SURE WE FIND A DATE?  IT'S A

12:42PM 24    LITTLE HARD TO DO.  NORMALLY WE WOULD BE WHISPERING IN EACH

12:42PM 25    OTHER'S EARS RIGHT NOW, AND IT'S A LITTLE DIFFICULT TO DO THAT.

12:43PM  1      SO MAYBE WE CAN DO THAT AND CONFER WITH THE GOVERNMENT AND

12:43PM  2  COME UP WITH A DATE IN THAT WINDOW.

12:43PM  3      THE COURT:  RIGHT.  WELL, LET ME DO THIS.  THEN I

12:43PM  4  WON'T DISTURB THE TRIAL DATE NOW JUST FOR PURPOSES OF OBSERVING

12:43PM  5  THE TRIAL EXCLUSION.

12:43PM  6      I AM GOING TO -- YOU UNDERSTAND, MR. LEACH, YOU'RE

12:43PM  7  RELIEVED FROM -- THERE'S NOT GOING TO BE ANY WITNESSES THAT

12:43PM  8  DATE, AND YOU DON'T NEED TO GO FORWARD WITH ANY OF THAT WORK

12:43PM  9  THAT YOU TOLD ME ABOUT.

12:43PM 10      MR. LEACH:  UNDERSTOOD, YOUR HONOR.  JUST SO I'M

12:43PM 11  CLEAR, I BLAME MYSELF FOR THAT, NOT THE COURT, WHEN I'M DEALING

12:43PM 12  WITH WITNESSES.  SO PLEASE DON'T WORRY ABOUT THAT.

12:43PM 13      THE COURT:  OKAY.

12:43PM 14      BUT WHAT I WILL DO IS HAVE YOU MEET AND CONFER AND GET

12:43PM 15  BACK TO MS. KRATZMANN AS TO A DATE THAT YOU THINK IS

12:43PM 16  APPROPRIATE FOR OUR FURTHER STATUS CONFERENCE IN RE TRIAL DATE.

12:43PM 17  AND WHAT I'D LIKE YOU TO DO IS TO TALK ABOUT, TO THE EXTENT

12:43PM 18  THAT YOU CAN, THE ADDITIONAL MOTION PRACTICE THAT NEEDS TO BE

12:43PM 19  DONE, ANY OTHER MOTIONS AND ANY OTHER -- ANYTHING THAT YOU

12:44PM 20  THINK WOULD CONSUME SOME TIME SUCH THAT WE CAN SET, SO THE

12:44PM 21  COURT CAN SET A REALISTIC TRIAL DATE AT LEAST ON OUR END FOR

12:44PM 22  NEXT YEAR, AND WE'LL SET THAT DATE.  IT DOESN'T HAVE TO BE ON A

12:44PM 23  MONDAY.

12:44PM 24      MS. KRATZMANN CAN TALK WITH YOU ABOUT SPECIAL SETTING

12:44PM 25  SOMETHING, AND IT WILL BE A ZOOM HEARING AGAIN FOR THAT

12:44PM  1    PURPOSE.

12:44PM  2         AND THEN WE'LL LEAVE MR. BALWANI'S AUGUST 31ST DATE

12:44PM  3    UNDISTURBED, WE'LL LEAVE THAT STATUS DATE UNDISTURBED NOW AND

12:44PM  4    ANY TIME EXCLUSIONS WE'LL CONTINUE TO THAT DATE.

12:44PM  5         ANY OBJECTION TO THAT, MR. COOPERSMITH?

12:44PM  6         MR. COOPERSMITH:  YOUR HONOR, NO OBJECTION TO AN

12:44PM  7    AUGUST 31ST STATUS CONFERENCE THAT IS ALREADY ON CALENDAR.

12:44PM  8         THE ONE THING I WOULD LIKE TO CLARIFY WITH YOUR HONOR IS

12:44PM  9    ON THE MEET AND CONFER THAT YOUR HONOR HAS DIRECTED REGARDING

12:45PM 10    THE TRIAL DATE FOR MS. HOLMES'S TRIAL AND THE MOTIONS PRACTICE,

12:45PM 11    DOES THE COURT ENVISION THAT WE WOULD BE A PART OF THAT?  WE

12:45PM 12    CERTAINLY WOULD LIKE TO BE BECAUSE, ONE, THE TRIAL DATE FOR

12:45PM 13    MS. HOLMES OBVIOUSLY DIRECTLY AFFECTS US AND IT'S DISCONCERTING

12:45PM 14    TO JUST BE PRESENTED WITH SOMETHING AS A FAIT ACCOMPLI WITHOUT

12:45PM 15    HAVING HAD ANY INPUT.

12:45PM 16         AND THEN SECOND, ON SOME, ALTHOUGH PERHAPS NOT ALL, OF THE

12:45PM 17    MOTIONS WE FEEL LIKE WHATEVER RULING IS MADE FROM AN

12:45PM 18    EVIDENTIARY STANDPOINT AND SO FORTH DOES HAVE AN IMPACT ON US

12:45PM 19    AS WELL FOR THE SECOND TRIAL.

12:45PM 20         SO WE WOULD LIKE TO BE, AND I'M HOPING THE COURT ENVISIONS

12:45PM 21    WE WOULD BE PART OF THAT MEET AND CONFER PROCESS EVEN THOUGH

12:45PM 22    OUR STATUS CONFERENCE REMAINS ON AUGUST 31ST.

12:45PM 23         THE COURT:  MR. LEACH?

12:45PM 24         MR. LEACH:  I HAVE NO OBJECTION, YOUR HONOR.

12:45PM 25         THE COURT:  OKAY.  SO I KNOW YOU'VE ALL SEEN THE

| | |
|---|---|
| 12:45PM | 1 |
| 12:45PM | 2 |
| 12:45PM | 3 |
| 12:46PM | 4 |
| 12:46PM | 5 |
| 12:46PM | 6 |
| 12:46PM | 7 |
| 12:46PM | 8 |
| 12:46PM | 9 |
| 12:46PM | 10 |
| 12:46PM | 11 |
| 12:46PM | 12 |
| 12:46PM | 13 |
| 12:46PM | 14 |
| 12:46PM | 15 |
| 12:46PM | 16 |
| 12:46PM | 17 |
| 12:46PM | 18 |
| 12:46PM | 19 |
| 12:46PM | 20 |
| 12:46PM | 21 |
| 12:46PM | 22 |
| 12:47PM | 23 |
| 12:47PM | 24 |
| 12:47PM | 25 |

PLAY "HAMILTON," MR. COOPERSMITH.  SO IT APPEARS THAT MR. LEACH

IS GOING TO ALLOW YOU IN THE ROOM I THINK IS THE SONG.

    ALL RIGHT.  YOU CAN BE PART OF THAT, AND TO THE EXTENT

THAT YOU CAN HAVE SOME ASSISTANCE FOR EFFICIENCY OF DATES, THAT

WOULD BE HELPFUL.  THANK YOU.

    BUT YOUR STATUS DATE, MR. COOPERSMITH, INCLUDING ANY TIME

EXCLUSION, AND YOU HAVE NO OBJECTION TO EXCLUDING TIME FOR YOUR

CLIENT TO ALLOW YOU TO EFFECTIVELY -- CONTINUE TO EFFECTIVELY

PREPARE.

        MR. COOPERSMITH:  THAT'S CORRECT, YOUR HONOR.

        THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL NOTE THAT

TIME EXCLUSION.

    AND THEN I'LL WAIT TO HEAR FROM YOU, MS. KRATZMANN WILL

HEAR FROM YOU, AND THEN WE'LL SCHEDULE THE NEXT STATUS

CONFERENCE ACCORDINGLY.

    AS TO THE MOTIONS THEMSELVES THAT ARE ON THE TABLE TODAY,

I ALSO WANT YOU, IN YOUR MEET AND CONFER, I THINK IT WOULD BE

HELPFUL -- I'M GOING TO TAKE THEM UNDER SUBMISSION, BUT I THINK

IT WOULD BE HELPFUL ALSO AND WHEN WE NEXT GET TOGETHER FOR YOU

TO TELL ME NOT JUST THE DATES AND THE WORK THAT YOU THINK NEEDS

TO BE DONE, BUT ALSO THE EFFECT OF THOSE MOTIONS AND ANY OTHER

ADDITIONAL MOTION PRACTICE THAT YOU THINK MIGHT HAVE BEARING ON

THE COURT'S RULINGS ON THESE MOTIONS AND WHY OR HOW THE COURT

SHOULD RULE ON THESE PARTICULAR MOTIONS.

    DO YOU UNDERSTAND THAT QUESTION, MR. WADE?

```
12:47PM   1              MR. WADE:  I DO, YOUR HONOR.

12:47PM   2              THE COURT:  MR. LEACH?

12:47PM   3              MR. LEACH:  I DO, YOUR HONOR.  THANK YOU,

12:47PM   4    YOUR HONOR.

12:47PM   5              THE COURT:  I THINK I'VE GIVEN YOU SOME HINTS ABOUT

12:47PM   6    AT LEAST SOME OF THE GOVERNMENT -- AND THIS REALLY IS RELATED

12:47PM   7    TO THE GOVERNMENT'S INFORMATION REGARDING THE GOVERNMENT'S

12:47PM   8    EXPERTS AND THINGS.

12:47PM   9         AS I SAID, I EXPECT THAT I'LL -- AND THE GOVERNMENT SHOULD

12:47PM  10    EXPECT THAT THE COURT WOULD WANT SOME ADDITIONAL FOUNDATIONAL

12:47PM  11    AS TO SOME OF THESE WITNESSES IF THEY MOVE FROM -- WHAT IS IT?

12:47PM  12     -- PERCIPIENT OBSERVATION TO MORE OF THE 702 TYPE THAT WE'VE

12:47PM  13    TALKED ABOUT, AND I THINK IT RELATES TO THOSE SIX WITNESSES

12:47PM  14    THAT WE TALKED ABOUT EARLIER, THE DOCTORS AND THE OTHERS.

12:47PM  15         OKAY.  ANYTHING FURTHER BEFORE WE CONCLUDE TODAY'S HEARING

12:47PM  16    OTHER THAN ME WISHING YOU WELL AND THAT YOU AND YOUR FAMILIES

12:48PM  17    REMAIN SAFE.  IT'S ALWAYS A PLEASURE TO SEE ALL OF YOU.  I

12:48PM  18    APPRECIATE THAT.

12:48PM  19         ANYTHING FURTHER?

12:48PM  20              MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

12:48PM  21    THANK YOU VERY MUCH FOR THE TIME AND THE COURT'S COMMENTS.

12:48PM  22              THE COURT:  THANK YOU.

12:48PM  23         MR. WADE?

12:48PM  24              MR. WADE:  NOTHING FURTHER FROM MS. HOLMES,

12:48PM  25    YOUR HONOR.  WE, TOO, WE WISH THE SAME TO THE COURT, AND WE
```

12:48PM 1       APPRECIATE THE COURT'S COMMENTS, AND I HOPE EVERYONE CONTINUES

12:48PM 2       TO BE SAFE, YOU AND ALL OF YOUR STAFF.

12:48PM 3              THE COURT:  THANK YOU VERY MUCH.

12:48PM 4              MR. COOPERSMITH:  NOTHING FURTHER FROM MR. BALWANI.

12:48PM 5       AND, OF COURSE, WE ECHO THOSE COMMENTS AS WELL.  THANK YOU.

12:48PM 6              THE COURT:  THANK YOU.  WE'LL SEE YOU SOON.  WE'LL

12:48PM 7       END THIS ZOOM CONFERENCE NOW.

12:48PM 8           THANK YOU, MS. KRATZMANN.

12:48PM 9              THE CLERK:  COURT IS ADJOURNED.

12:48PM 10          (COURT CONCLUDED AT 12:48 P.M.)

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, RMR, CRR
17       CERTIFICATE NUMBER 8074

18

19       DATED:  JULY 21, 2020

20

21

22

23

24

25

# EXHIBIT G

**From:** Jack Lord
**To:** Donald Lucas
**Sent:** 9/22/2013 6:24:06 PM
**Subject:** Re: Checking in


I am just boarding a flight to Dallas - land 630 eastern

Sent from my iPhone

> On Sep 22, 2013, at 2:18 PM, Donald Lucas <▆▆▆▆▆▆▆> wrote:
>
> Yes done. What time zone are you in. Just landed at JFK
>
> Don Lucas
> Lucas Venture Group
> 545 Middlefield Road: USA
> O: (650) ▆▆▆
> C: (650) ▆
>
>
>> On Sep 22, 2013, at 2:16 PM, "Jack Lord" <▆▆▆▆▆▆▆> wrote:
>>
>> Thanks Don - what are best times and number for a call?
>> Also please pass on note about K-1 to someone in your office
>>
>> Sent from my iPhone
>>
>>> On Sep 22, 2013, at 2:12 PM, Donald Lucas <▆▆▆▆▆▆> wrote:
>>>
>>> All good Jon. I am investing $20 million into a company you should be interested in. Eric Topol has tweeted a lot about it. Theranos. It is a deal my dad was Chairman of until his Alzheimer's. I was given the opportunity by Eluzabeth, the founder and CEO as a continuation of his legacy. She also asked me to work with her as an advisor to the company. They do not need any money they have been cash flow positive since 2006. World changer. Revolutionary. I am buying stock at a price set in 2011 which was $6 billion. Trust me, you probably just spit up your vodka, it is a deal.
>>> Just arriving in NYC for meeting with ceo of JDRF and global head of research. Short fuse here. Have to close by September 30th.
>>> Very confidential. My dads group/ side of the family does not know that I am involved.
>>> Www.theranos.com.
>>> Or lucasventuregroup. Com
>>>
>>> Call me if you are serious can tell more.
>>> Best regards
>>> Don
>>>
>>> Don Lucas
>>> Lucas Venture Group
>>> 545 Middlefield Road: USA
>>> O: (650) ▆▆▆
>>> C: (650) ▆
>>>
>>>
>>>> On Sep 22, 2013, at 7:35 AM, "Jonathan Lord" ▆▆▆▆▆▆ wrote:
>>>>
>>>> Hope all is well Don - keep up with the family through Facebook
>>>> What's new on your end?
>>>> Also - we are hunting down the K-1's for this year so we can close out taxes - please advise
>>>> Cheers
>>>> J