JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Date: October 6, 2020<br>Time: 10:00 AM<br>CTRM: 4, 5th Floor |
| | Hon. Edward J. Davila |

The government mistakes Ms. Holmes' motion to dismiss the Second and Third Superseding Indictments as a motion for reconsideration. It is not. Ms. Holmes seeks dismissal of *new* charging instruments that suffer from the same, uncorrected flaws that were the subject of Ms. Holmes' prior motions. Ms. Holmes maintains that dismissal and, in the alternative, a bill of particulars is warranted for all the reasons she has previously set forth. *See* ECF No. 500 at 1 (incorporating prior arguments).

The government ignores Ms. Holmes' renewed arguments concerning the new Indictments' uncured failure to allege facts giving rise to a duty to disclose. *See id.* at 2-6. Ms. Holmes respectfully submits that this particular deficiency warrants renewed evaluation. The new Indictments (again) fail to allege facts necessary to meet the Ninth Circuit's two-part test for "informal, trusting relationship[s]": that "one party acts for the benefit of another *and* induces the trusting party to relax the care and vigilance which it would ordinarily exercise." *United States v. Shields*, 844 F.3d 819, 822-23 (9th Cir. 2016) (emphasis added). As Ms. Holmes explained, the Court's prior ruling did not hold that the government alleged facts to support the first prong—that Ms. Holmes acted for the benefit of Theranos' investors—and the government cannot plausibly do so. *See* ECF No. 500 at 6-7. That failure, which supports dismissal now, *see id.*, inevitably will prove fatal to the government's material omissions theory down the road—either when the Court applies the Ninth Circuit's conjunctive test on a motion for a judgment of acquittal, or when it assesses whether the evidence permits giving an omissions instruction to the jury. It benefits neither the government nor the Court, and certainly not Ms. Holmes, to permit the government to pursue a doomed theory of liability in opening arguments or in its case-in-chief. Respectfully, the Court should apply the two-part test now to dismiss the Indictments as deficient under Federal Rules of Criminal Procedure 7 and 12 and the Constitution insofar as they rely on a material omissions theory.

REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS
CR-18-00258 EJD                                                         1

1
2  DATED:  October 2, 2020                          Respectfully submitted,
3
4                                                   /s/ Amy Mason Saharia
                                                    KEVIN DOWNEY
5                                                   LANCE WADE
                                                    AMY MASON SAHARIA
6                                                   KATHERINE TREFZ
                                                    Attorneys for Elizabeth Holmes
7
8
...
28  REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN
    THE ALTERNATIVE, FOR A BILL OF PARTICULARS
    CR-18-00258 EJD                                 2

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2020, a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS AND, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS
CR-18-00258 EJD