United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH A. HOLMES,<br>Defendant. | Case No. 18-cr-00258-EJD-1<br>**ORDER RE MOTION FOR ENTRY OF PROPOSED SCHEDULE**<br>Re: Dkt. No. 527.<br>REDACTED, PUBLIC VERSION |

On July 8, 2020, this Court granted the Government's Motion for an Examination under Federal Rule of Criminal Procedure 12.2(c). Dkt. No. 444. The Court subsequently issued a written Order memorializing its ruling and instructing the parties to propose a schedule for Rule 16 disclosures. Dkt. No. 507. The parties were apparently unable to agree, wherefore Defendant Elizabeth Holmes filed a motion proposing her own schedule for Rule 16 disclosures related to Ms. Holmes's Rule 12.2(b)(1) notice. Dkt. No. 527 ("Mot."). Having received full briefing on this matter, *see* Dkt. No. 530 ("Opp."), Dkt. No. 536 ("Reply"), the Court finds that decision on the papers is appropriate. *See* N.D. Cal. Civ. L.R. 7-1(b).

[redacted]

[redacted]

Case No.: 18-cr-00258-EJD-1
ORDER RE MOTION FOR ENTRY OF PROPOSED SCHEDULE
2

United States District Court
Northern District of California

United States District Court
Northern District of California

The Court hereby DENIES Defendant's motion for entry of her proposed schedule and adopts the following schedule:

| EVENT | DEFENSE PROPOSAL | GOVERNMENT PROPOSAL | COURT'S ORDER |
|---|---|---|---|
| Defense Rule 12.2 expert disclosures due | 10/20/2020 | 10/2/2020 | 10/16/2020 |
| Deadline for Government's examination | 11/6/2020 | 10/9/2020 | 10/23/2020 |
| Government's Rule 12.2 expert rebuttal reports due | 12/1/2020 | 10/23/2020 | 11/06/2020 |
| Last day to file motions re Rule 12.2 experts and motion for rejoinder | 12/18/2020 | 11/06/2020 | 11/20/2020 |
| Responses to motions re Rule 12.2 experts and motion for rejoinder due | 01/08/2021 | 11/13/2020 | 12/04/2020 |
| Optional replies to motions re Rule 12.2 experts and motion for rejoinder due | 01/22/2021 | 11/18/2020 | 12/11/2020 |
| Hearing on Rule 12.2 motions and motion for rejoinder | N/A | 11/23/2020 | 12/15/2020 at 10 a.m. |

The October 6, 2020 hearing on the instant motion is, therefore, vacated.

The Court finds that good cause exists to provisionally seal portions of this Order. Accordingly, a redacted version shall be filed on the public docket and an unredacted version shall be filed provisionally under seal.

**IT IS SO ORDERED.**

Dated: October 2, 2020

EDWARD J. DAVILA
United States District Judge