UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 6, 2020 | **Time:** 10:05-12:20 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 2 Hrs. 15 Mins. | |
| **Case No.:** 18-cr-00258-EJD-1,2 | **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC), Ramesh "Sunny" Balwani(P)(NC) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Mason Saharia, Katherine Trefz, Andrew Lemens, Jeffrey Coopersmith, Stephen Cazares, Amanda McDowell

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

### PROCEEDINGS – MOTIONS HEARING
### Via Zoom Webinar Remotely due to COVID19

Defendants' are present, out of custody and consent to appear via Zoom remotely due to COVID19. Hearing held.
The Court heard oral argument as to Defendants' Motions (Dkts. 493,496,497,498,499,500 and Joinders). The Court took the matters under submission. Court to issue the orders.
Previous time excluded pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time through 3/9/2021 the trial date. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

**NEXT HEARING DATE:** December 2, 2020 10:00 A.M. for Status Conference re trial date.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: