STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5589
    FAX: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF JOHN BOSTIC IN SUPPORT OF UNITED STATES' MOTION FOR ORDER THAT DEFENDANTS LACK INDIVIDUAL PRIVILEGE INTEREST IN THERANOS CORPORATE DOCUMENTS |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Date:  December 14, 2020<br>Time:  1:30 p.m.<br>Court: Hon Edward J. Davila |

I, JOHN BOSTIC, declare as follows:

    1.    I am an Assistant United States Attorney, representing the United States in the above-captioned matter. I am admitted to practice before this Court. I hereby attest to the following facts.

    2.    After the Magistrate Judge issued an Order on Defendant's motion regarding the government's use of the grand jury in this investigation, the government formed a taint team to review approximately 274,000 documents received from Theranos before it ceased operations in 2018. The taint team's review of those materials uncovered approximately twenty-five documents possibly subject

to a colorable claim of individual privilege by Holmes or Balwani.

3. In the government's continuing investigation, it has been working with counsel representing the Theranos Assignee on any issues involving the corporate privilege previously held by Theranos. Counsel for the Assignee has expressly waived any privilege as to certain documents, and has informed the government of its position on those documents. The government has informed the defense of any express privilege waivers by the Assignee, and has offered to continue to do so. Holmes's counsel has objected to the government's approach.

4. I understand that the vast majority, if not all, of the documents identified in Holmes's July 30, 2020 letter and in her November 4, 2020 privilege log were originally produced by Theranos in connection with a lawsuit brought against the company by investor Partner Fund Management. Those documents were later provided to the SEC by Theranos during that agency's investigation. In 2017, SEC shared the documents with the government, and Theranos produced alternative copies of the same materials directly to the government. The government produced these documents to Holmes and Balwani in October and November 2018.

5. Attached as **Exhibit A** is a true and correct copy of a creditor notice related to a General Assignment for the Benefit of Creditors in connection with the shuttering of Theranos.

6. Attached as **Exhibit B** is a true and correct copy of a letter dated February 14, 2019 from Holmes's counsel to the government.

7. Attached as **Exhibit C** is a true and correct copy of a letter dated March 1, 2019 from government counsel to Holmes's counsel.

8. Attached as **Exhibit D** is a true and correct copy of a letter dated March 21, 2019 from Holmes's counsel to the government, including two attachments. Attachment A appears to be an email chain between counsel for Holmes and a representative of Boies Schiller and Flexner, in which the firm's representative informs Holmes's counsel that the firm represented Theranos the company and not Holmes as an individual.

9. Attached as **Exhibit E** is a true and correct copy of letter dated July 30, 2020 from Holmes's counsel to the government.

10. Attached as **Exhibit F** is a true and correct copy of a letter dated August 6, 2020 from

1    government counsel to Holmes's counsel.

2    11.     Attached as **Exhibit G** is a true and correct copy of a letter dated August 11, 2020 from Holmes's counsel to the government.

12.     Attached as **Exhibit H** is a true and correct copy of a letter dated September 22, 2020 from Holmes's counsel to the government.

13.     Attached as **Exhibit I** is a true and correct copy of a letter dated October 28, 2020 from government counsel to Holmes's counsel.

14.     Attached as **Exhibit J** is a true and correct copy of a November 4, 2020 letter from Holmes's counsel to the government.

15.     Attached as **Exhibit K** is a true and correct copy of a privilege log provided to the government by Holmes's counsel on November 4, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of November, 2020.

                                                         _/s/_
                                                         JOHN C. BOSTIC
                                                         Assistant United States Attorney