# EXHIBIT C



*United States Attorney*
*Northern District of California*

*150 Almaden Boulevard, Suite 900*       *(408) 535-5061*
*San Jose, California 95113*              *FAX:(408) 535-5066*

March 1, 2019

Lance Wade
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
**VIA ELECTRONIC MAIL**: lwade@wc.com

        Re:    United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
                CR-18-00258-EJD

Mr. Wade:

      We are in receipt of your letter dated February 14, 2019.  To help us evaluate and respond to your request, please provide us with additional information concerning Ms. Holmes's individual attorney-client relationships with David Boies and Daniel Mosely.  Specifically, please provide us with the commencement and termination date of each engagement and the subject matter of each representation.  Additionally, for each representation, please advise if Mr. Boies or Mr. Mosely represented other individuals or entities in the same matter.

                                         Very truly yours,

                                         DAVID L. ANDERSON
                                         United States Attorney

                                         /s/
                                         JEFF SCHENK
                                         Assistant United States Attorney