# APPENDIX A
# Dr. Master's Opinions on Theranos Tests

| Test | Opinion | Basis | *Daubert* Motion |
|------|---------|-------|------------------|
| *Opinions Regarding Accuracy of Tests* | | | |
| Bicarbonate | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as . . . bicarbonate." Master Rpt. at 12. | None Stated | Page 10. |
| Chloride | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as . . . chloride" Master Rpt. at 12. | "'[F]requent complaints' from customers according to internal Theranos emails" *Id.* at 15. | Pages 10-13. |
| Cholesterol | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as . . . cholesterol." Master Rpt. at 12.<br><br>"[S]trands of evidence support the idea that there were significant accuracy limitations to the Theranos fingerstick cholesterol test." *Id.* at 14. | Icahn School of Medicine Report. *Id.* at 14.<br><br>"[I]naccuracies . . .brought to the attention of the lab director in late 2014" *Id.* at 14. | Pages 13-14. |
| Potassium | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as . . . potassium." Master Rpt. at 12.<br><br>"Theranos was not providing an accurate potassium test during [April 2014] time frame." *Id.* at 14-15. | "April 2014 potassium fingerstick measurements" *Id.* at 14-15. | Page 15. |
| Sodium | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as . . . sodium." Master Rpt. at 12. | "'[F]requent complaints' from customers according to internal Theranos emails" *Id.* at 15. | Pages 10-13. |
| Vitamin D | "Theranos was not market ready and able to produce accurate and reliable fingerstick results for tests such as Vitamin D." Master Rpt. at 12. | Center for Medicare and Medicaid Services (CMS) survey report data from three Theranos | Pages 16-17. |

1

| Test | Opinion | Basis | *Daubert* Motion |
|---|---|---|---|
| | | devices covering QC data for approximately 30 days in 2014. *Id.* at 12-13. | |
| *Opinions Regarding Substantial Questions about Tests* | | | |
| Calcium | "[T]here are substantial questions about the ability of their laboratory to provide patient-appropriate results for calcium." Master Rpt. at 12. | "[C]ustomer complaints and Theranos internal investigations" *Id.* at 15. | Pages 8-14 |
| HbA1c | "[T]here are substantial questions about the ability of their laboratory to provide patient-appropriate results for . . . HbA1c." Master Rpt. at 12.<br><br>"HbA1c issues appear to be due to organizational problems with tests being done on different platforms, and Theranos' practice of not reporting whether the result was obtained from fingerstick or venous blood exacerbated the confusion." *Id.* at 15. | "[C]ustomer complaints and Theranos internal investigations" *Id.* at 15.<br><br>"Organizational problems" *Id.* at 15-16. | Pages 8-14. |
| hCG | "[T]here are substantial questions about the ability of their laboratory to provide patient-appropriate results for . . . hCG." Master Rpt. at 12.<br><br>"In the case of hCG, multiple inaccurate results had significant and negative clinical implications for patients." *Id.* at 16. | "[C]ustomer complaints Theranos internal investigations" *Id.* at 15.<br><br>No specific basis other than the statement that there were "multiple inaccurate results." *Id.* at 16. | Pages 8-14. |
| HIV | "[T]here are substantial questions about the ability of their laboratory to provide patient-appropriate results for . . . HIV." Master Rpt. at 12. | "[C]ustomer complaints and Theranos internal investigations" *Id.* at 15. | Pages 8-14. |