1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHEN MASTER UNDER RULES 401-403 AND 702** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Exclude Expert Testimony of Dr. Stephen Master Under Rules 401-403 and 702. After due consideration of the filings, the governing law and the argument of the parties:

    IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

    IT IS FURTHER ORDERED that Dr. Master's opinions concerning the accuracy of Theranos test results for HIV, HbA1c, hCG, calcium, bicarbonate, chloride, sodium, potassium, Vitamin D, and cholesterol assays are excluded.

    IT IS FURTHER ORDERED that Dr. Master's opinions concerning problems with the Edison device are excluded.

    IT IS FURTHER ORDERED that Dr. Master's opinions about Theranos' compliance with industry standards are excluded.

    IT IS FURTHER ORDERED that Dr. Master's opinions about the market-readiness of Theranos technology are excluded.

    IT IS SO ORDERED.

Dated: _____

                                                          _____
                                                          Hon. Edward J. Davila
                                                          United States District Judge

[[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EXPERT TESTIMONY OF DR. STEPHEN MASTER UNDER RULES 401-403 AND 702
CR-18-00258 EJD