JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF FACT/PERCIPIENT WITNESSES UNDER RULES 401-403 AND 702** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF FACT/PERCIPIENT WITNESSES UNDER RULES 401-403 AND 702
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Exclude Expert Opinion Testimony of Fact/Percipient Witnesses Under Rules 401-403 and 702.  After due consideration of the filings, the governing law and the argument of the parties:

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that the government shall not elicit any expert opinions from the nine medical professionals disclosed as experts.

IN THE ALTERNATIVE, IT IS FURTHER ORDERED that the government shall not elicit testimony or opinions from its witnesses regarding laboratory practices, laboratory testing, technology, or the accuracy or reliability of Theranos' tests.

IT IS FURTHER ORDERED that the government shall not elicit testimony or opinions from its witnesses regarding comparisons of Theranos to other laboratories.

IT IS FURTHER ORDERED that the government shall not elicit testimony or opinions from its witnesses regarding individual test results believed to be erroneous.

IT IS FURTHER ORDERED that the government shall not elicit testimony or opinions from its witnesses about ramifications of inaccurate tests.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EXPERT OPINION TESTIMONY OF FACT/PERCIPIENT WITNESSES UNDER RULES 401-403 AND 702
CR-18-00258 EJD