JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CUSTOMER IMPACT EVIDENCE UNDER RULES 401-403**<br><br>Hon. Edward J. Davila |

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Exclude Customer Impact Evidence Under Rules 401-403. After due consideration of the filings, the governing law and the argument of the parties:

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that the government shall not introduce at trial any evidence, argument, or reference to actual or potential collateral consequences of Theranos tests on customers, including emotional or physical harm.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE CUSTOMER IMPACT EVIDENCE UNDER RULES 401-403
CR-18-00258 EJD