JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EVIDENCE OF ANECDOTAL TEST RESULTS UNDER FEDERAL RULES OF EVIDENCE 401-403**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF ANECDOTAL TEST
RESULTS UNDER FEDERAL RULES OF EVIDENCE 401-403
CR-18-00258-EJD

1      This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Evidence of Anecdotal Test Results. After due consideration of the filings, the governing law
3  and the argument of the parties:
4          IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5          IT IS FURTHER ORDERED that the government shall not introduce at trial any
6  evidence, argument, or reference to anecdotal test results received by Theranos customers, including
7  testimony of customers, doctors, or Theranos employees.

9          IT IS SO ORDERED.

11  Dated: _____

                                                                                                  Hon. Edward J. Davila
                                                                               United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF ANECDOTAL TEST
RESULTS UNDER FEDERAL RULES OF EVIDENCE 401-403
CR-18-00258 EJD