1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE BAD ACTS AND STATEMENTS OF THERANOS' AGENTS AND EMPLOYEES** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE BAD ACTS AND STATEMENTS OF
THERANOS' AGENTS AND EMPLOYEES
CR-18-00258-EJD

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Exclude Bad Acts and Statements of Theranos' Agents and Employees.  After due consideration of the filings, the governing law and the argument of the parties:

      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

      IT IS FURTHER ORDERED that the government shall not introduce at trial evidence, argument, or references to bad acts or false or misleading statements of Theranos agents or employees other than her alleged co-conspirators and alleged accomplices.

      IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE BAD ACTS AND STATEMENTS OF THERANOS' AGENTS AND EMPLOYEES
CR-18-00258 EJD