1 | JOHN D. CLINE (CA State Bar No. 237759)
  | 50 California Street, Suite 1500
2 | San Francisco, CA 94111
  | Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3 | Email: cline@johndclinelaw.com

4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice)
  | LANCE A. WADE (Admitted Pro Hac Vice)
5 | AMY MASON SAHARIA (Admitted Pro Hac Vice)
  | KATHERINE TREFZ (CA State Bar No. 262770)
6 | WILLIAMS & CONNOLLY LLP
  | 725 Twelfth Street, NW
7 | Washington, DC 20005
  | Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9 | Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| | ) **[PROPOSED] ORDER GRANTING MS.** |
| v. | ) **HOLMES' MOTION TO EXCLUDE EVIDENCE** |
| | ) **OF THERANOS' TRADE SECRETS** |
| ELIZABETH HOLMES and | ) **PRACTICES** |
| RAMESH "SUNNY" BALWANI, | ) |
| | ) Hon. Edward J. Davila |
| Defendants. | ) |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF THERANOS' TRADE
SECRETS PRACTICES
CR-18-00258-EJD

1       This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Exclude Evidence of Theranos' Trade Secret Practices. After due consideration of the filings, the governing law and the argument of the parties:

          IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

          IT IS FURTHER ORDERED that the government shall not introduce at trial any evidence, argument, or reference to Theranos' trade secrets practices for the purpose of proving intent to defraud.

          IT IS SO ORDERED.

Dated: _____

                                                          _____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER MOTION TO EXCLUDE EVIDENCE OF THERANOS' TRADE SECRETS PRACTICES
CR-18-00258 EJD