1   JOHN D. CLINE (CA State Bar No. 237759)
    50 California Street, Suite 1500
2   San Francisco, CA 94111
    Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
    LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
    KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
7   Washington, DC 20005
    Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14
    UNITED STATES OF AMERICA,              )   Case No. CR-18-00258-EJD
15                                         )
            Plaintiff,                     )   **[PROPOSED] ORDER GRANTING MS.**
16                                         )   **HOLMES' MOTION TO EXCLUDE EVIDENCE**
        v.                                 )   **CONCERNING WEALTH, SPENDING, AND**
17                                         )   **LIFESTYLE**
    ELIZABETH HOLMES and                   )
18  RAMESH "SUNNY" BALWANI,                )
                                           )   Hon. Edward J. Davila
19          Defendants.                    )
                                           )
20                                         )
                                           )
21  _____)

22

23

24

25

26

27

28
    [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE CONCERNING WEALTH,
    SPENDING, AND LIFESTYLE
    CR-18-00258-EJD

1       This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to

2 Exclude Evidence Concerning Wealth, Spending, and Lifestyle.  After due consideration of the filings,

3 the governing law and the argument of the parties:

4           IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

5           IT IS FURTHER ORDERED that the government shall not introduce at trial evidence,

6 arguments, or references to Ms. Holmes purported wealth, lifestyle, or spending habits.

7

8           IT IS SO ORDERED.

9

10 Dated: _____

11

12

                                    _____
                                    Hon. Edward J. Davila

13                                     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE CONCERNING WEALTH,
SPENDING, AND LIFESTYLE
CR-18-00258 EJD