JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EVIDENCE AND ARGUMENT BY THE GOVERNMENT AS TO THE PURPORTED INACCURACY OR UNRELIABILITY OF TESTS NOT IDENTIFIED IN THE BILL OF PARTICULARS**<br><br>Hon. Edward J. Davila |

1    This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2 Exclude Evidence and Argument by the Government as to the Purported Inaccuracy or Unreliability of
3 Tests Not Identified in the Bill of Particulars.  After due consideration of the filings, the governing law
4 and the argument of the parties:

5    IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

6    IT IS FURTHER ORDERED that the government shall not introduce at trial any
7 evidence, argument, or reference to any test that the government did not specifically identify in the Third
8 Superseding Indictment or in the Bill of Particulars.

10    IT IS SO ORDERED.

12 Dated: _____

                                                                    _____
14                                                                  Hon. Edward J. Davila
                                                                    United States District Judge

28 [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE AND ARGUMENT RE: TESTS NOT IDENTIFIED IN BILL OF PARTICULARS
CR-18-00258 EJD