1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  Case No. CR-18-00258-EJD
15                                     )
          Plaintiff,                   )  **[PROPOSED] ORDER GRANTING MS.**
16                                     )  **HOLMES' MOTION TO EXCLUDE EVIDENCE**
       v.                              )  **OF ALLEGED VIOLATIONS OF INDUSTRY**
17                                     )  **STANDARDS AND GOVERNMENT**
   ELIZABETH HOLMES and                )  **REGULATIONS UNDER RULES 401-403**
18 RAMESH "SUNNY" BALWANI,             )
                                       )
19        Defendants.                  )  Hon. Edward J. Davila
                                       )
20                                     )
                                       )
21 _____)

22

23

24

25

26

27

28
   [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF ALLEGED VIOLATIONS OF
   INDUSTRY STANDARDS AND GOVERNMENT REGULATIONS UNDER RULES 401-403
   CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Evidence of Alleged Violations of Industry Standards and Government Regulations Under
3  Rules 401-403.  After due consideration of the filings, the governing law and the argument of the
4  parties:

5  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

6  IT IS FURTHER ORDERED that the government shall not introduce at trial any
7  evidence, argument, references to violations of industry standards or government regulations and rules
8  regarding research and development procedures, medical devices, and clinical laboratory practices.

10  IT IS SO ORDERED.

12  Dated: _____

14  _____
    Hon. Edward J. Davila
15  United States District Judge

28  [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF ALLEGED VIOLATIONS OF
    INDUSTRY STANDARDS AND GOVERNMENT REGULATIONS UNDER RULES 401-403
    CR-18-00258 EJD