JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE THERANOS' CUSTOMER-SERVICE SPREADSHEETS**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE THERANOS' CUSTOMER-SERVICE SPREADSHEETS
CR-18-00258-EJD

1   This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2   Exclude Theranos' Customer-Service Spreadsheets. After due consideration of the filings and the
3   governing law,

4   IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

5   IT IS FURTHER ORDERED that the government is precluded from introducing at trial
6   Theranos' customer-service spreadsheets.

8   IT IS SO ORDERED.

10  Dated: _____

12  _____
    Hon. Edward J. Davila
13  United States District Judge

28  [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE THERANOS' CUSTOMER-SERVICE SPREADSHEETS
    CR-18-00258 EJD