1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EVIDENCE OF SETTLEMENTS UNDER FEDERAL RULES OF EVIDENCE 401-403 AND 408** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF SETTLEMENTS
UNDER FEDERAL RULES OF EVIDENCE 401-403 AND 408
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Evidence of Settlements.  After due consideration of the filings, the governing law and the
3  argument of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the government shall not introduce at trial any
6  evidence, argument, or reference to settlements, agreements, and the negotiations that led to those
7  agreements, by Theranos, Ms. Holmes, or any other individuals associated with Theranos.

9      IT IS SO ORDERED.

11  Dated: _____

                                                           Hon. Edward J. Davila
                                                           United States District Judge

28  [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF SETTLEMENTS
UNDER FEDERAL RULES OF EVIDENCE 401-403 AND 408
CR-18-00258 EJD