JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE FDA INSPECTION EVIDENCE**<br><br>Hon. Edward J. Davila |

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude FDA Inspection Evidence.  After due consideration of the filings, the governing law and the
3  argument of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the government shall not introduce at trial any
6  evidence, argument, or reference to the FDA's 2015 inspections.

8      IT IS SO ORDERED.

10 Dated: _____

12     _____
       Hon. Edward J. Davila
13     United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE FDA INSPECTION EVIDENCE
CR-18-00258 EJD