JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br>   v.  <br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,  <br>   Defendants. | Case No. CR-18-00258-EJD  <br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE EVIDENCE OF CMS SURVEY FINDINGS AND SANCTIONS PURSUANT TO RULES 401-403 AND 801-803**  <br><br>Hon. Edward J. Davila |

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Evidence of CMS Survey Findings and Sanctions Pursuant to Rules 401-403 and 801-803.
3  After due consideration of the filings, the governing law and the argument of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the government shall not introduce at trial any
6  evidence, argument, or reference to the CMS's survey findings and sanctions, including but not limited
7  to CMS survey reports, Theranos' written responses to survey reports, and other CMS documentation of
8  its findings.

10     IT IS SO ORDERED.

12 Dated: _____

    _____
    Hon. Edward J. Davila
    United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO EXCLUDE EVIDENCE OF CMS SURVEY FINDINGS
AND SANCTIONS PURSUANT TO RULES 401-403 AND 801-803
CR-18-00258 EJD

1