JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CERTAIN EVIDENCE RELATING TO THERANOS' INTERACTIONS WITH GOVERNMENT REGULATORY AGENCIES UNDER FEDERAL RULES OF EVIDENCE 401-404 AND 801-803** <br><br> Hon. Edward J. Davila |

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Certain Evidence Relating To Theranos' Interactions With Government Regulatory Agencies
3  Under Federal Rules of Evidence 401-404 and 801-803.  After due consideration of the filings, the
4  governing law and the argument of the parties:

5  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

6  IT IS FURTHER ORDERED that the government shall not introduce at trial any
7  evidence relating to: (1) an on-site inspection of Theranos' laboratory performed by the California
8  Department of Public Health in December 2013; (2) interactions between Theranos representatives and
9  the Center for Medicare & Medicaid Studies (CMS) in September 2015; (3) Theranos' decision to
10 employ a CMS-qualified laboratory director, Dr. Sunil Dawhan, M.D., in 2014 and 2015; and (4) any
11 "other regulatory organizations" not specified in the government's Rule 404(b) notices.

13 IT IS SO ORDERED.

15 Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

27 [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CERTAIN
   EVIDENCE RELATING TO THERANOS' INTERACTIONS WITH GOVERNMENT
28 REGULATORY AGENCIES UNDER FEDERAL RULES OF EVIDENCE 401-404 AND 801-803
   CR-18-00258 EJD