1   JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
2   San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
7   Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15   UNITED STATES OF AMERICA,          )   Case No. CR-18-00258-EJD
                                        )
16            Plaintiff,                )   **[PROPOSED] ORDER GRANTING MS.**
                                        )   **HOLMES' MOTION TO EXCLUDE CERTAIN**
16      v.                              )   **EVIDENCE AND ARGUMENT REGARDING**
                                        )   **THIRD-PARTY TESTING PLATFORMS**
17                                      )   **UNDER FEDERAL RULES OF EVIDENCE 401-**
   ELIZABETH HOLMES and                 )   **403, 404(B), AND 702**
18   RAMESH "SUNNY" BALWANI,            )
                                        )
19            Defendants.               )
                                        )   Hon. Edward J. Davila
20                                      )
                                        )
21   _____ )

22

23

24

25

26

27

28   [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT
     REGARDING THIRD-PARTY TESTING PLATFORMS UNDER FEDERAL RULES OF EVIDENCE 401-
     403, 404(B), AND 702
     CR-18-00258-EJD

1    This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to

2    Exclude Certain Evidence and Argument Regarding Third-Party Testing Platforms.  After due

3    consideration of the filings, the governing law and the argument of the parties:

4         IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

5         IT IS FURTHER ORDERED that the government is precluded from introducing

6    evidence, argument, or questioning that Theranos tampered with commercial laboratory testing

7    platforms or that the modification of these platforms violated the manufacturer specifications or was

8    otherwise improper.

9         IT IS FURTHER ORDERED that the government is precluded from introducing

10   argument or questioning that Theranos improperly concealed modifications to commercial laboratory

11   testing platforms.

12        IT IS FURTHER ORDERED that the government is precluded from introducing

13   evidence of the particular measures that Theranos took to protect its modifications to commercial testing

14   platforms as trade secrets.

15

16        IT IS SO ORDERED.

17

18   Dated: _____

19

20                                   _____
                                     Hon. Edward J. Davila
21                                   United States District Judge

22

23

24

25

26

27   [PROPOSED] ORDER GRANTING MOTION TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT
     REGARDING THIRD-PARTY TESTING PLATFORMS UNDER FEDERAL RULES OF EVIDENCE 401-
     403, 404(B), AND 702
28
     CR-18-00258 EJD
                                         1