JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CERTAIN NEWS ARTICLES UNDER FEDERAL RULES OF EVIDENCE 403 AND 802** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CERTAIN NEWS
ARTICLES UNDER FEDERAL RULES OF EVIDENCE 403 AND 802
CR-18-00258-EJD

1    This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2 Exclude Evidence of Certain News Articles Under Federal Rules of Evidence 403 and 802.  After due
3 consideration of the filings, the governing law and the argument of the parties:
4    IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5    IT IS FURTHER ORDERED that the government shall not introduce at trial any
6 evidence, argument, or reference to all news articles other than those written by Mr. Parloff and Dr.
7 Topol.

9    IT IS SO ORDERED.

11 Dated: _____

                                                        _____
Hon. Edward J. Davila
United States District Judge

28   [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO EXCLUDE CERTAIN NEWS ARTICLES UNDER FEDERAL RULES OF EVIDENCE 403 AND 802
CR-18-00258 EJD