JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motions *in Limine* and *Daubert* Motions To Exclude Expert Testimony. Attached to this declaration are exhibits cited in Ms. Holmes' Motions *in Limine* and *Daubert* Motions To Exclude Expert Testimony filed today,

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' MOTIONS *IN LIMINE*
AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY
CR-18-00258 EJD                                   1

1  November 20, 2020, in the above-captioned matter.  I attest to the following facts upon which the motions rely.

2. The government's June 26, 2020 witness list includes two journalists who interviewed Ms. Holmes and others associated with Theranos:  Roger Parloff and Dr. Eric Topol.  Mr. Parloff published several articles on Theranos in 2014 and 2015, two of which appear on the government's exhibit list:  a June 2014 profile of Theranos and Ms. Holmes in *Fortune* magazine titled "This CEO's out for Blood," and a December 2015 article for *Fortune*'s website titled "How Theranos Misled Me."  Dr. Topol interviewed Ms. Holmes in November 2013 for the website Medscape.com; the government has included as an anticipated trial exhibit what appears to be a transcript of that interview posted to the website under Dr. Topol's name.

3. Ms. Holmes' motions are supported by 64 exhibits.  Five exhibits (Exhibits 70-74) have been filed as attachments to Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal ("Administrative Motion") because they contain confidential information.  The contents of each exhibit are as follows:

   a.   Exhibit 1 is a true and correct copy of a March 6, 2020 letter from the government providing the government's initial Rule 404(b) disclosure.

   b.   Exhibit 2 is a true and correct copy of an April 3, 2020 letter from the government providing the government's supplemental Rule 404(b) notice, redacted to conceal patient names pursuant to the protective order entered in this case.

   c.   Exhibit 3 is a true and correct copy of a September 28, 2020 letter from the government providing the government's supplemental Rule 404(b) notice, redacted consistent with the Court's orders in this case.  An unredacted version is being filed under seal.

   d.   Exhibit 4 is a true and correct copy of a March 6, 2020 letter from the government providing the government's Rule 16 disclosure re: expert testimony, redacted to conceal patient names pursuant to the protective order entered in this case.

   e.   Exhibit 5 is a true and correct copy of a September 28, 2020 letter from the government providing the government's supplemental Rule 16 disclosure re: expert testimony, redacted

1   to conceal patient names pursuant to the protective order entered in this case.

2           f.      Exhibit 6 is a true and correct copy of the expert report of Dr. Stephen Master,
3   dated March 6, 2020, redacted to conceal patient names pursuant to the protective order entered in this
4   case.

5           g.      Exhibit 7 is a true and correct copy of a February 18, 2020 email from Stephen
6   Master to Tyle Doerr, Robert Leach, Vanessa Baehr-Jones, Nenita Mendiola, and Ramina Hinajon,
7   Bates-stamped USAO-006872.

8           h.      Exhibit 8 is a true and correct copy of a February 28, 2020 and March 1, 2020
9   email exchange between Stephen Master and Robert Leach, Bates-stamped USAO-007115.

10           i.      Exhibit 9 is a true and correct copy of a March 5, 2020 and March 6, 2020 email
11   exchange between Stephen Master and Robert Leach, Bates-stamped USAO-006916.

12           j.      Exhibit 10 is a true and correct copy of a March 5, 2020 and March 6, 2020 email
13   exchange between Stephen Master and Robert Leach, Bates-stamped USAO-007057.

14           k.      Exhibit 11 is a true and correct copy of an article entitled, "Evaluation of direct-
15   to-consumer low-volume lab tests in healthy adults," that appeared in the May 2016 edition of *The*
16   *Journal of Clinical Investigation*, and was authored by Brian A. Kidd, et al.

17           l.      Exhibit 12 is a true and correct copy of a January 25, 2016 report prepared by the
18   Centers for Medicare & Medicaid Services (CMS), Bates-stamped THPFM0002240153.

19           m.      Exhibit 13 is a true and correct copy of a December 7, 2014 email exchange
20   between Margaret Hamburg and Caitlin Pennington, and others, Bates-stamped FDA-0005633.

21           n.      Exhibit 14 is a true and correct copy of a June 15, 2015 and June 16, 2015 email
22   exchange between John Carreyrou, Alberto Gutierrez, and Jennifer Dooren, Bates-stamped FDA-
23   0005757.

24           o.      Exhibit 15 is a true and correct copy of an October 23, 2013 memorandum from
25   Ellen Flannery and Christopher Pruitt of Covington & Burling LLP to the Office of In Vitro Diagnostics
26   and Radiological Health regarding the Application of CLIA to Theranos' Testing Systems, Bates-
27   stamped SEC2-USAO-EPROD-001297920.

28

1  p. Exhibit 16 is a true and correct copy of a November 26, 2013 letter and
2 attachment from Jeffrey N. Gibbs of Hyman, Phelps & McNamara, P.C. to Alberto Gutierrez, Director,
3 Office of In Vitro Diagnostics and Radiological Health, Food and Drug Administration, Bates-stamped
4 THER-0957500.

5  q. Exhibit 17 is a true and correct copy of a March 12, 2020 letter from Katherine
6 Trefz to the government, with Jeff Coopersmith in copy.

7  r. Exhibit 18 is a true and correct copy of an April 1, 2020 FBI Form 302 summary
8 of an interview of Curtis Page, redacted to conceal personal identifiable information, and Bates-stamped
9 US-REPORTS-0015101.

10  s. Exhibit 19 is a true and correct copy of an April 8, 2020 email from Katherine
11 Trefz to the government.

12  t. Exhibit 20 is a true and correct copy of May 6, 9, 12, and 14, 2020 email
13 exchanges between Robert Leach and defense counsel.

14  u. Exhibit 21 is a true and correct copy of an October 8, 2020 letter from Katherine
15 Trefz to the government, with Jeff Coopersmith in copy.

16  v. Exhibit 22 is a true and correct copy of a November 4, 2020 email from the
17 government to defense counsel.

18  w. Exhibit 23 is a true and correct copy of an October 27, 2014 and October 28, 2014
19 email exchange between Christian Holmes, Max Fosque, Adam Rosendorff, and others, Bates-stamped
20 THPFM0000003941.

21  x. Exhibit 24 is a true and correct copy of November 10, 2013 email exchange
22 between Sunny Balwani and Adam Rosendorff, and others, Bates-stamped THPFM0000266077.

23  y. Exhibit 25 is a true and correct copy of a February 21, 2014 email exchange
24 between Adam Rosendorff, Sunny Balwani, Daniel Young, and Elizabeth Holmes, Bates-stamped
25 THPFM0001407063.

26  z. Exhibit 26 is a true and correct copy of a February 15, 2014 and February 19,
27 2014 email exchange between Adam Rosendorff, Sunny Balwani, and Daniel Young, and others, Bates-

28

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' MOTIONS *IN LIMINE*
AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY
CR-18-00258 EJD                               4

stamped TS-0231083.

    aa.    Exhibit 27 is a true and correct copy of an April 1, 2016 letter from Dr. Kingshuk Das, Laboratory Director, Theranos California Laboratory, to Ms. Karen Fuller, State Oversight and CLIA Branch, Centers for Medicare and Medicaid Services, Bates-stamped THER-0534700.

    bb.    Exhibit 28 is a true and correct copy of an April 17, 2017 consent decree between the State of Arizona and Theranos, Inc., Bates-stamped TS-0936133.

    cc.    Exhibit 29 is a true and correct copy of an April 14, 2017 settlement agreement between the United States Department of Health and Human Services, Centers for Medicare & Medicaid Services, Theranos, Inc., Dr. Sunil Dhawan, and Ramesh Balwani, Bates-stamped SEC-CMS-E-0000648.

    dd.    Exhibit 30 is a true and correct copy of a July 7, 2016 letter from the Centers for Medicare & Medicaid Services to Sunil Dhawan, M.D., Elizabeth Holmes, Ramesh Balwani, and Theranos, Inc., Bates-stamped THPFM0004806442.

    ee.    Exhibit 31 is a true and correct copy of excerpts of the transcript of the January 28, 2020 deposition of Sarah Bennett from *SEC v. Balwani*, 5:18-cv-01603-EJD.

    ff.    Exhibit 32 is a true and correct copy of a January 27, 2017 letter from the Centers for Medicare & Medicaid Services to Daniel L. Young, Ph.D, Elizabeth Holmes, Ramesh Balwani, and Theranos, Inc., Bates-stamped CMS3-000671.

    gg.    Exhibit 33 is a true and correct copy of an October 14, 2016 letter from the Centers for Medicare & Medicaid Services to Daniel L. Young, Ph.D, Elizabeth Holmes, Ramesh Balwani, and Theranos, Inc., Bates-stamped CMS022128.

    hh.    Exhibit 34 is a true and correct copy of September 12, 2017 Food and Drug Administration Memorandum of Interview of Sarah Bennett, Bates-stamped US-REPORTS-0006781.

    ii.    Exhibit 35 is a true and correct copy of the Center for Medicare and Medicaid Services' Appendix C, Survey Procedures and Interpretive Guidelines for Laboratories and Laboratory Services: Policy for Conducting Surveys, available at https://web.archive.org/web/20130702201005/http://www.cms.gov/Regulations-and-

Guidance/Legislation/CLIA/Interpretive_Guidelines_for_Laboratories.html.

jj. Exhibit 36 is a true and correct copy of a November 23, 2014, November 24, 2014, and November 25, 2014 email exchange between Brad Arington and Sunil Dhawan, M.D., Bates-stamped CTRL-DHAWAN-00007615.

kk. Exhibit 37 is a true and correct copy of a June 12, 2015 letter and attachment from Brad Arington of Theranos, Inc. to the California Department of Public Health, Bates-stamped THER-2179627.

ll. Exhibit 38 is a true and correct copy of a certificate of compliance issued by Centers for Medicare & Medicaid Services to East Bay Dermatology Medical Group, Bates-stamped THPFM0003619903.

mm. Exhibit 39 is a true and correct copy of a curriculum vitae of Sunil S. Dhawan, M.D., Bates-stamped US-REPORTS-0008333.

nn. Exhibit 40 is a true and correct copy of excerpts of a January 16, 2018 deposition of Adam Rosendorff, M.D. in *Colman v. Theranos, Inc., et al*., No. 5:16-cv-06822-NC, Bates-stamped COLM-000849.

oo. Exhibit 41 is a true and correct copy of excerpts of a May 17, 2018 deposition of Daniel Young in *Colman v. Theranos, Inc., et al*., No. 5:16-cv-06822-NC, Bates-stamped COLM-001310.

pp. Exhibit 42 is a true and correct copy of excerpts of a February 26, 2019 deposition of Adam Rosendorff, M.D. in *In re Arizona Theranos, Inc. Litigation*, No. 2:16-cv-2138, Bates-stamped TRANSCRIPTS-004298.

qq. Exhibit 43 is a true and correct copy of U.S. Patent No. 10,391,497 B1, dated August 27, 2019, Bates-stamped HOLMES004524.

rr. Exhibit 44 is a true and correct copy of the Advia® 1800 Chemistry System Operator's Guide by Siemens, Bates-stamped THER-0644560.

ss. Exhibit 45 is a true and correct copy of a July 11, 2013 and July 12, 2013 email exchange between Sunny Balwani, Daniel Young, and Elizabeth Holmes, and others, Bates-stamped

1  THERDOJ-0004199.

2               tt.     Exhibit 46 is a true and correct copy of excerpts of Theranos, Inc.'s Responses
3  and Objections to Plaintiffs' Second Set of Interrogatories in *Partner Investments, L.P. v. Theranos,*
4  *Inc.*, C.A. No. 12816-VCL (Del. Ch.), Bates-stamped TS-0959090.

5               uu.    Exhibit 47 is a true and correct copy of a memorandum of interview relating to
6  Adam Rosendorff's January 12, 2018 interview with the United States Attorney's Office, San Francisco,
7  CA, Bates-stamped US-REPORTS-0007375.

8               vv.    Exhibit 48 is a true and correct copy of a May 25, 2016 article by Christopher
9  Weaver and John Carreyrou in the *Wall Street Journal*; an October 16, 2015 article by John Carreyrou in
10 the *Wall Street Journal*; an October 23, 2015 article by Michael Siconolfi, John Carreyrou, and
11 Christopher Waver in the *Wall Street Journal*; a November 10, 2015 article by John Carreyrou in Dow
12 Jones: Newswires; an article by Ken Auletta in *The New Yorker*; an October 22, 2015 article by Katie
13 Benner and Andrew Pollack in the *New York Times*; an article by Sheelah Kolhaltkar and Caroline Chen
14 in *Business Week*.

15              ww.   Exhibit 49 is a true and correct copy of an August 27, 28, 29 and 31, 2015 email
16 exchange from Stayce Beck to Mary Hole, Yung Chan, Matthew Walburger, Eric Anderson, Seema
17 Singh, Ian Pilcher, Lawton Lum, Sergio Chavez, Alberto Guttierez, James Woods, Scott McFarland, Lea
18 Carrington, Ana Loloei Marsal, Steven Tjoe, Ileana Elder, and Courtney Lias, and others, Bates-stamped
19 US-REPORTS-0007068.

20              xx.    Exhibit 50 is a true and correct copy of a September 2, 2015 email from Mary
21 Hole to Matthew Walburger, Eric Anderson, Lawton Lum, Sergio Chavez, Seema Singh, and Darlene
22 Almogela, with attachments, Bates-stamped US-REPORTS-0007073.

23              yy.    Exhibit 51 is a true and correct copy of an August 27, 28, 29, 31, and September 1
24 and 2, 2015 email exchange from Seema Singh to Sergio Chavez, Eric Anderson, Matthew Walburger,
25 Mary Hole, Lawton Lum, and others, with attachments, Bates-stamped US-REPORTS-0007128.

26              zz.    Exhibit 52 is a true and correct copy of a September 11, 13, 14, 2014 email
27 exchange between Mary Hole and Darlene Almogela, Lawton Lum, and Sergio Chavez, and others,

28

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' MOTIONS *IN LIMINE*
AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY
CR-18-00258 EJD                                7

1   Bates-stamped US-REPORTS-0007142.

2              aaa.   Exhibit 53 is a true and correct copy of a September 16 and 17, 2015 email
3   exchange, with one attachment, between Seema Singh and Mary Hole, Yung Chang, Matthew
4   Walburger, Eric Anderson, Sergio Chavez, Lawton Lum, Darlene Almogela, Ian Pilcher, Yung Chan,
5   Stayce Beck, Alberto Gutierrez, Ileana Elder, Courtney Lias, and others, Bates-stamped US-REPORTS-
6   0007133.

7              bbb.   Exhibit 54 is a true and correct copy of a November 16, 2012 and August 6 and 7,
8   2013 email exchange between Elizabeth Holmes and Sally Hojvat, Alberto Gutierrez, James Woods,
9   John Hobson, Uwe Scherf, and Sunny Balwani, Bates-stamped THER-0947247.

10             ccc.   Exhibit 55 is a true and correct copy of a January 21, 2014 email from Brad
11  Arington to Yung Chan, Elizabeth Holmes, Sally Hojvat, and John Hobson, with an attachment, Bates-
12  stamped THER-0961165.

13             ddd.   Exhibit 56 is a true and correct copy of an October 27, 2014 document entitled
14  "510(k) Premarket Notification for the Capillary Tubes and Nanotainer™ Tubes, Bates-stamped THER-
15  0972722.

16             eee.   Exhibit 57 is a true and correct copy of a November 1, 2013 email, with an
17  attachment, from Elizabeth Holmes to Sally Hojvat and John Hobson, Bates-stamped THER-2500713.

18             fff.   Exhibit 58 is a true and correct copy of the March 27, 2018 Final Judgment as to
19  Defendant Elizabeth Anne Holmes, ECF No. 9, in *Securities and Exchange Commission v. Holmes*,
20  5:18-cv-01602-EJD.

21             ggg.   Exhibit 59 is a true and correct copy of a May 6, 2020 letter from Katherine Trefz
22  to the government, with Jeff Coopersmith in copy.

23             hhh.   Exhibits 60 through 69 are intentionally omitted.

24             iii.   Exhibit 70 is a true and correct copy of an April 1, 2020 FBI Form 302
25  memorandum relating to an interview of S.S., Bates-stamped US-REPORTS-0015124.  An unredacted
26  copy has been tendered as an attachment to Ms. Holmes' Administrative Motion for Leave to File
27  Documents Under Seal in order to conceal private health information.

28

jjj.  Exhibit 71 is a true and correct copy of a March 19, 2018 FBI Form 302 memorandum relating to an interview of M.E., bates-stamped US-REPORTS-0008719.  An unredacted copy has been tendered as an attachment to Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal in order to conceal private health information.

kkk.  Exhibit 72 is a June 14, 2019 Food and Drug Administration Memorandum of Interview of B.G., Bates-stamped US-REPORTS-00101790.  An unredacted copy has been tendered as an attachment to Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal in order to conceal private health information.

lll.  Exhibit 73 is a true and correct copy of an Excel spreadsheet labeled by the government as "complaint logs" in its Rule 404(b) correspondence, and Bates-stamped SEC-USAO-EPROD-002101857.  An unredacted copy has been tendered as an attachment to Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal in order to conceal private health information.

mmm. Exhibit 74 is a true and correct copy of a September 28, 2020 letter from the government providing the government's supplemental Rule 404(b) notice.  It is unredacted.  A redacted version is being filed as Exhibit 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of November, 2020 in Chevy Chase, MD.

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY
CR-18-00258 EJD                                9