# Exhibit 7

## Holliman, Lakisha (USACAN)

| | |
|---|---|
| **From:** | Stephen Master <stephen.r.master@gmail.com> |
| **Sent:** | Tuesday, February 18, 2020 5:35 PM |
| **To:** | Doerr, Tyle (USACAN) |
| **Cc:** | Leach, Robert (USACAN); Baehr-Jones, Vanessa (USACAN); Mendiola, Nenita (USACAN); Ramina.Hinajon@usdoj.gov |
| **Subject:** | Fwd: K signed SF1449 20P0035 Stephen Master_001.pdf |
| **Attachments:** | K signed SF1449 20P0035 Stephen Master_001.pdf |

Apologies, meant to reply all with this.

Steve

Sent from my iPad

Begin forwarded message:

> **From:** Stephen Master <stephen.r.master@gmail.com>
> **Date:** February 18, 2020 at 8:30:15 PM EST
> **To:** Tyle Doerr <tyle.doerr@usdoj.gov>
> **Subject: K signed SF1449 20P0035 Stephen Master_001.pdf**
>
>
> Sent from my iPad