# Exhibit 8

| | |
|---|---|
| **From:** | Stephen Master <stephen.r.master@gmail.com> |
| **Sent:** | Sunday, March 1, 2020 10:42 AM |
| **To:** | Leach, Robert (USACAN) |
| **Subject:** | Re: US v. Holmes & Balwani |

I have them now--never got an email with the link, but I poked around Box and realized that I could browse to them. Sorry about that.

Thanks,
Steve

On Sun, Mar 1, 2020 at 10:50 AM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
> Dr. Master:
>
> I just re-shared them. Please confirm receipt. If they didn't go through I can try emailing individually, but a few are quite large.
>
> Thanks,
> Bob
>
> On Mar 1, 2020, at 6:46 AM, Stephen Master <stephen.r.master@gmail.com> wrote:
>
>> Bob,
>>
>> You mentioned on the phone the other night that you had sent an additional set of documents along with the outline. I received the outline, but as far as I can tell I haven't received any other documents since the day that you visited. Is it possible to check if they were sent (or resend regardless)?
>>
>> Thanks,
>> Steve
>>
>> On Fri, Feb 28, 2020 at 3:03 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
>>> Dear Dr. Master:
>>>
>>> Thank you for taking the time Tuesday. As we discussed, I'm setting forth an brief outline of what we would like to see addressed in the report. The report should describe your opinions, the bases and reasons for those opinions, and your qualifications.
>>>
>>>     I.    Qualifications
>>>
>>>     II.    Background re Blood Testing

1

Assays, devices, validation, QC, proficiency testing

Venous blood vs. fingerstick blood

Regulatory framework/CAP membership

Role of lab director and importance of discretion / autonomy

III.     Summary of Opinions

Whether Theranos' fingerstick bloodtesting technology during the period 2013 to 2015 was market ready and able to produce accurate and reliable results for certain blood tests, including Vitamin D, calcium, chloride, potatsium, bicarbonate, HIV, Hba1C, hCG, cholesterol, and sodium?

- Define accurate and reliable (does reliability require consistency?)

- Whether Theranos' general approach to blood testing suffered from technical challenges that they never overcame (hemolysis, coagulation, detection threshold problems, etc)

- Whether problems with certain assays were potentially indicative of a broader lack of reliability across Theranos's fingerstick tests

Whether Theranos during the period 2013 to 2015 adhered to industry standards for clinical testing?  Whether any deficiencies in adherence to industry standards had the potential to impact test accuracy and reliability?

- Address Theranos's practices including:  third-party device modification, validation, QC, proficiency testing, approach to outliers, setting and modifying reference ranges, etc.

IV.     Bases and Reasons for Opinions (for consideration)

a.  CMS deficiency report & THER response

b.  AACC presentation

c.  Inherent limits on fingerstick blood / potential issues with dilution

d.  Edison defects

2

      e.    CTN problems

      f.    Rosendorff concerns re proficiency testing

      g.    Voiding of test results

      h.    Patient/doctor complaints

      i.    Specific examples of problematic test results

      j.    Influence of others on lab director

V.    Conclusion

VI.    Appendix

    A.    CV

    B.    List of Documents Relied On

        a.    This can include documents/witness statements we have provided, academic literature, and any other information you think should be relied on.

Of course, these are suggestions; we want your opinions and provide these only to provide structure to our ongoing conversations. Please add, subtract, and restructure as you see fit. We are happy to discuss any of this.

In addition, I will be sending some additional documents later today.

Thank you again for your service.

Best regards,

Bob


******************************

Robert S. Leach

Assistant United States Attorney

United States Attorney's Office

 Northern District of California

1301 Clay Street, Suite 340S

Oakland, California 94612

(510) 637-3918 -- Office

(415) 793-2945 – Cell

4

USAO-007118