# Exhibit 9

**Holliman, Lakisha (USACAN)**

---

| | |
|---|---|
| **From:** | Stephen Master <stephen.r.master@gmail.com> |
| **Sent:** | Thursday, March 5, 2020 10:03 PM |
| **To:** | Leach, Robert (USACAN) |
| **Subject:** | Re: Examples of Notices from Prior Cases |
| **Attachments:** | SRM_DraftTheranosReport.docx |

Sounds good. I'm going to pause for the night, but I'm attaching very rough text. I'm assuming that we'll cut the unnecessary background from roughly p. 2-9. The opinions and support start on p. 10, and I have not yet added the list of documents, etc. At the moment I feel like I haven't said nearly enough (too much support for these purposes, not enough discrete opinions). There's clearly lots more to say (many of the things that were listed in your suggested outline), but I'd welcome feedback. Hopefully at least some of this is usable. Feel free to give me a call as soon as you're up tomorrow.

Best,
Steve

On Fri, Mar 6, 2020 at 12:38 AM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
> Dr. Master:
>
> I will upload some additional documents tonight. Perhaps you can review them and we can discuss first thing tomorrow?
>
> Thanks,
> Bob
>
> On Mar 5, 2020, at 8:46 PM, Leach, Robert (USACAN) <RLeach@usa.doj.gov> wrote:
>
>> Dr. Master:
>>
>> I am looking into this. I will get back to you shortly.
>>
>> Bob
>>
>> On Mar 5, 2020, at 8:20 PM, Stephen Master <stephen.r.master@gmail.com> wrote:
>>
>>> Bob,
>>>
>>> When it comes to assays such as finger stick HIV, HbA1c, and hCG, are there documents that I may have overlooked? I vaguely recall seeing an email discussion of imprecision in an hCG measurement, but beyond that I don't recall anything specific. Of course, by the time they gave the FDA inspectors a comprehensive list of their current LDTs, none of those were on the list (so I assume they were no good in any case). However, to fully render the opinion you were interested in, I'm looking for documents that specifically relate to those 4. Calcium is also a little thin--some high values, but I've seen problems with high calcium on Siemens instruments before, so I wouldn't want to lay that on the Theranos protocol specifically.

1

Steve

On Thu, Mar 5, 2020 at 8:49 PM Stephen Master <stephen.r.master@gmail.com> wrote:
Very helpful--thanks. I'll try to do a similar level of detail, and then send to you as a first pass while recognizing that I'll have work to do to get it into the same format as the ones you've sent. Do you know if you happened to send me the potassium validation report? I may just need to look harder, but it would be useful. I know I have chloride, etc. in the documents that Theranos gave the FDA.

On Thu, Mar 5, 2020 at 7:56 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:

Dr. Master,

These are from very different cases with very different issues, but FYI.

Best regards,

Bob

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Robert S. Leach

Assistant United States Attorney

United States Attorney's Office

 Northern District of California

1301 Clay Street, Suite 340S

Oakland, California 94612

(510) 637-3918 -- Office

(415) 793-2945 – Cell

USAO-006917