# Exhibit 10

| | |
|---|---|
| **From:** | Stephen Master <stephen.r.master@gmail.com> |
| **Sent:** | Friday, March 6, 2020 8:17 PM |
| **To:** | Leach, Robert (USACAN) |
| **Subject:** | Re: US v. Holmes & Balwani |
| **Attachments:** | SRM_CR18258EJD.pdf |

With cms.gov added.

On Fri, Mar 6, 2020 at 10:36 PM Stephen Master <stephen.r.master@gmail.com> wrote:
> Bob,
>
> OK, here's the edited version with page #s.  Fortunately, it's way before the midnight deadline, so neither of us has to stay up late...
>
> Steve
>
> On Fri, Mar 6, 2020 at 9:46 PM Stephen Master <stephen.r.master@gmail.com> wrote:
>> Removed a redundant "for example" on the first line of p. 14.
>>
>> On Fri, Mar 6, 2020 at 9:16 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
>>> Received.  Reviewing now.
>>>
>>>
>>> Begin forwarded message:
>>>
>>>> **From:** Stephen Master <stephen.r.master@gmail.com>
>>>> **Date:** March 6, 2020 at 6:12:48 PM PST
>>>> **To:** "Leach, Robert (USACAN)" <Robert.Leach@usdoj.gov>
>>>> **Subject: Re: US v. Holmes & Balwani**
>>>>
>>>> Bob,
>>>>
>>>> Here's a (close-to?) final version.  Thoughts and feedback?  I'm up as late as you need me to be.
>>>>
>>>> Steve
>>>>
>>>> On Fri, Mar 6, 2020 at 6:05 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
>>>>> Dear Dr. Master:
>>>>>
>>>>>
>>>>> Here is the listing of all the documents the USAO provided.

1

Thanks,

Bob

---

**From:** Leach, Robert (USACAN)
**Sent:** Friday, March 6, 2020 2:01 PM
**To:** Stephen Master <stephen.r.master@gmail.com>
**Cc:** Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Schenk, Jeffrey (USACAN) (JSchenk@usa.doj.gov) <JSchenk@usa.doj.gov>; Nedrow, Jeff (USACAN) <JNedrow@usa.doj.gov>
**Subject:** US v. Holmes & Balwani

Dear Dr. Master,

In addition to the comments I provided earlier today, please consider adding a section to the report on the lines of the following.

Scope of Assignment

I have been retained by the United States Attorney's Office for the Northern District of California to testify as an expert witness in this matter. For purposes of this report, I was asked to provide opinions on whether Theranos was market ready and able to produce accurate and reliable fingerstick results for tests such as Vitamin D, chloride, potassium, bicarbonate, HIV, HbA1c, hCG, cholesterol, and sodium, whether Theranos adhered to normal industry standards for clinical laboratory testing from 2013-2015, and whether any lack of adherence had the potential to adversely impact test accuracy and reliability. This report is intended to summarize my opinions and my anticipated testimony. I reserve the right to supplement or revise this report or to address additional questions if asked and based on additional information received and the evidence presented at trial. My compensation is $400 per hour. This report

and the opinions contained herein are based on my training in clinical pathology and chemistry, my experience as a laboratory medical director, and my knowledge of standards and best practices as established by federal regulations and by the College of American Pathologists ("CAP").  I also considered publicly available information, scholarly research, and materials produced in discovery in this case, which are identified in Appendix --.

Please also consider revising the title to read:  *United States v. Elizabeth Holmes & Ramesh Balwani*, CR 18-258 EJD (N.D. Cal.), Expert Report of Stephen Master.

Again, these are only suggestions.  Please add, subtract, and restructure as you see fit.  We are happy to discuss any of this.

Finally, I have compiled the list of the materials that we provided to you.  I will have that for your review shortly.

Best regards,

Bob


**From:** Stephen Master <stephen.r.master@gmail.com>
**Sent:** Thursday, March 5, 2020 10:03 PM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Subject:** Re: Examples of Notices from Prior Cases


Sounds good.  I'm going to pause for the night, but I'm attaching very rough text.  I'm assuming that we'll cut the unnecessary background from roughly p. 2-9.  The opinions and support start on p. 10, and I have not yet added the list of documents, etc.  At the moment I feel like I haven't said nearly enough (too much support for these purposes, not enough discrete opinions).  There's clearly lots more to say (many of the things that were listed in your suggested outline), but I'd welcome feedback.  Hopefully at least some of this is usable.  Feel free to give me a call as soon as you're up tomorrow.

3

Best,

Steve

On Fri, Mar 6, 2020 at 12:38 AM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:

Dr. Master:

I will upload some additional documents tonight. Perhaps you can review them and we can discuss first thing tomorrow?

Thanks,

Bob

On Mar 5, 2020, at 8:46 PM, Leach, Robert (USACAN) <RLeach@usa.doj.gov> wrote:

Dr. Master:

I am looking into this. I will get back to you shortly.

Bob

On Mar 5, 2020, at 8:20 PM, Stephen Master <stephen.r.master@gmail.com> wrote:

Bob,

When it comes to assays such as finger stick HIV, HbA1c, and hCG, are there documents that I may have overlooked? I vaguely recall seeing an email discussion of imprecision in an hCG measurement, but beyond that I don't recall anything specific. Of course, by the time they gave the FDA inspectors a comprehensive list of their current LDTs, none of those

4

were on the list (so I assume they were no good in any case). However, to fully render the opinion you were interested in, I'm looking for documents that specifically relate to those 4. Calcium is also a little thin--some high values, but I've seen problems with high calcium on Siemens instruments before, so I wouldn't want to lay that on the Theranos protocol specifically.

Steve

On Thu, Mar 5, 2020 at 8:49 PM Stephen Master <stephen.r.master@gmail.com> wrote:

> Very helpful--thanks. I'll try to do a similar level of detail, and then send to you as a first pass while recognizing that I'll have work to do to get it into the same format as the ones you've sent. Do you know if you happened to send me the potassium validation report? I may just need to look harder, but it would be useful. I know I have chloride, etc. in the documents that Theranos gave the FDA.
>
> On Thu, Mar 5, 2020 at 7:56 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:
>
>> Dr. Master,
>>
>> These are from very different cases with very different issues, but FYI.
>>
>> Best regards,
>>
>> Bob
>>
>> ******************************
>>
>> Robert S. Leach
>>
>> Assistant United States Attorney

5

USAO-007061

United States Attorney's Office

  Northern District of California

1301 Clay Street, Suite 340S

Oakland, California 94612

(510) 637-3918 -- Office

(415) 793-2945 – Cell

USAO-007062