# Exhibit 13

| | |
|---|---|
| **From:** | Hamburg, Margaret |
| **To:** | Pennington, Caitlin |
| **Subject:** | Fw: New Yorker piece -- Theranos |
| **Date:** | Sunday, December 07, 2014 10:15:46 PM |
| **Attachments:** | Nyer Elizabeth Holmes profile dec 14.pdf |

Print
Margaret A. Hamburg, M.D.
Commissioner of Food and Drugs

----- Original Message -----
From: Quinn, Kathleen
Sent: Sunday, December 07, 2014 07:55 PM
To: Hamburg, Margaret
Cc: Immergut, Steven; Esposito, Denise
Subject: New Yorker piece -- Theranos

Hi, Peggy-

I'm sure you've seen, and read, the piece today about Theranos but I'm sending it just in case as I know you are interested in it. The article read more like a profile piece of Holmes than a look of the regulatory issues. It may lead to more questions about Theranos' secret technology and whether we'd require them to obtain approval/clearance under our proposed oversight framework. We will keep you posted.

Kathleen

**FDA - CONFIDENTIAL**                                                                                                                     **FDA-0005633**