# Exhibit 14

| | |
|---|---|
| **From:** | Dooren, Jennifer |
| **To:** | John.Carreyrou@dowjones.com; Gutierrez, Alberto |
| **Subject:** | Re: Wall Street Journal query |
| **Date:** | Tuesday, June 16, 2015 10:50:50 AM |

Great - what is your number again (I can't scroll to the bottom of the email right now..)

**From**: Carreyrou, John [mailto:John.Carreyrou@dowjones.com]
**Sent**: Tuesday, June 16, 2015 10:43 AM
**To**: Dooren, Jennifer; Gutierrez, Alberto
**Subject**: RE: Wall Street Journal query

Yes, I do and would welcome that.

**From**: Dooren, Jennifer [mailto:Jennifer.Dooren@fda.hhs.gov]
**Sent**: Tuesday, June 16, 2015 10:32 AM
**To**: Carreyrou, John; Gutierrez, Alberto
**Subject**: Re: Wall Street Journal query

Hi John Do you have time for a quick call on this at 2 today?

**From**: Carreyrou, John [mailto:John.Carreyrou@dowjones.com]
**Sent**: Monday, June 15, 2015 06:31 PM
**To**: Gutierrez, Alberto
**Cc**: Dooren, Jennifer
**Subject**: Re: Wall Street Journal query

Thanks Alberto. This is very helpful.

I described to CMS what my sources say Theranos is doing, which is a) running 14 immunoassays on their Edison, which is very error-prone b) diluting blood drops in saline solution and running all the other 240 tests they offer with this dilution protocol on FDA-approved analyzers from the likes of Siemens Healthcare. The CMS folks seemed appalled at both. They told me they consider the Edison testing experimental research that shouldn't be released to patients and the dilution method an unapproved use of FDA-approved devices. They've opened an investigation.

I guess what I was getting at with my question is whether I can say Theranos is violating federal law in running its laboratory this way. But what I'm getting from your answer is: not necessarily, they're just exploiting a loophole in the regulations that the FDA has proposed to fix but hasn't yet.

On Jun 15, 2015, at 5:34 PM, Gutierrez, Alberto <Alberto.Gutierrez@fda.hhs.gov> wrote:

> Not an easy question to answer, but I will try, and will try to keep it more general…
>
> Before we announced in 2010 that the FDA was going to put a proposal forward to regulate LDTs, if someone made a test (particularly an instrument) and placed it in

their own laboratory, calling it an LDT, the FDA would have taken action against them since it would not have fit our definition of what and LDT is. Unfortunately by announcing future changes in the policy the FDA found it harder to take action on LDTs that were not really LDTs, since the definition of what an LDT became part of the discussion. Right now, the label LDT is self-defined so any laboratory with a CLIA certificate can define whether they are performing and LDT or not. If they are performing an "LDT" then the laboratory pretty much gets to decide when a test is ready for clinical use and the only regulation they are under, is CLIA (from your email below, I gather that CMS does not think Theranos has properly validated their test, if so, it is a CMS issue and they should be taking that up with Theranos). I am sure that there are several entities taking advantage of the loophole.

Furthermore, the agency typically exercises enforcement discretion when it has some reason to believe that the manufacturer that is out of compliance is acting in good faith about coming into compliance (as long as it does not have clear evidence of patient harm). It takes pretty clear demonstration that the manufacturer is not moving in the right direction for us to act, as an example look how long 23andMe stayed in the market before FDA wrote them a warning letter, and there the smoke signals were pretty clear as detailed in that warning letter.

I hope that helps.

Alberto

Alberto Gutierrez, Ph.D.
Director
Office of *In Vitro* Diagnostics and Radiological Health
Center of Devices and Radiological Health
Food and Drug Administration
Phone 301-796-5453

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:*
*https://www.research.net/s/cdrhcustomerservice?O=500&D=510&B=510&E=&S=E*

---

**From:** Carreyrou, John [mailto:John.Carreyrou@dowjones.com]
**Sent:** Monday, June 15, 2015 4:33 PM
**To:** Dooren, Jennifer
**Cc:** Gutierrez, Alberto
**Subject:** RE: Wall Street Journal query

Jennifer,
Could you pass on the following question to Alberto, on deep background:

If Theranos is running LDTs on its proprietary technology—namely about a dozen immunoassays it runs on a proprietary machine it calls the Edison—and it's submitting

FDA - CONFIDENTIAL                                                                                                                                    FDA-0005758

the data obtained from this testing to the FDA in a bid to obtain FDA approval for the Edison, is it also allowed to simultaneously release the results of this testing to doctors and patients?

When I ran this scenario by the folks in CMS's lab oversight division last week, they told me that under no circumstances should Theranos be releasing those results to patients because that falls under the rubric of research. Only when the FDA has approved the Edison can Theranos start reporting Edison-produced results to patients, they said. But my colleague Tom Burton says a lot of laboratories besides Theranos are releasing LDT results to patients without having obtained any FDA approval for the technology/tests they're using.

John Carreyrou
The Wall Street Journal
Office: 212-416-2309
Cell: [Personal Privacy Information]