# Exhibit 15

COVINGTON & BURLING LLP

October 23, 2013

MEMORANDUM

To: Office of In Vitro Diagnostics and Radiological Health

From: Ellen Flannery, Christopher Pruitt

Re: Application of CLIA to Theranos' Testing Systems

I. Introduction

This memorandum provides an overview of how the Clinical Laboratory Improvement Amendments and their implementing regulations (collectively, "CLIA") apply to testing systems of our client, Theranos, Inc. This paper describes the application of CLIA to both Phase I and Phase II of the Theranos testing system models.[1] The discussion is based on the description of the test system and instruments that was provided to us by Theranos.

This paper contains confidential, proprietary commercial information and trade secrets. We request that it be protected from public disclosure consistent with FDA regulations and Exemption 4 to the Freedom of Information Act.

II. Application of CLIA to Phase I

A. Background

Theranos owns and operates a CLIA-certified laboratory in Palo Alto, California. The laboratory is licensed by the State of California under state laboratory law. Theranos offers laboratory-developed tests (LDTs) that are performed in this laboratory.

Theranos manufactures two instruments that are used in its laboratory in performing its LDTs: the Theranos Sample Processing Unit (TSPU) and the Theranos Laboratory Automation System (TLAS). Theranos developed the specifications, manufactures the equipment in-house, and uses the instruments only in its CLIA-certified laboratory.

The current process for performing the Theranos LDTs can be briefly summarized as follows. Patient blood specimens are collected at a patient service center by Theranos employees who are licensed phlebotomists. The specimens are sent to the Theranos laboratory. At the laboratory, specimens are either tested with a traditional manual method or an automated method. In the automated method, the pre-analytical steps are conducted on the TSPU and the analytical steps are conducted on the TLAS. The pathologist oversees the testing process,

---

[1] A diagram of the testing system models is attached to this paper. The attached diagram contains trade secret and confidential commercial information.

COVINGTON & BURLING LLP

- 2 -

reviews the results of the testing, and approves the laboratory report. The test results are reported to the physician who has ordered the test.

In the "Phase I" program described in the attached diagram, Theranos will open patient service centers inside select retail locations to serve as points where specimens will be collected. Theranos will pay for space inside the retail store and build a walled-off area to serve as the "Wellness Center." Each Wellness Center is staffed with Theranos employees who are licensed phlebotomists and who will collect the patient specimens. Personnel in the Theranos' CLIA-certified laboratory in Palo Alto will have responsibility for overseeing the Wellness Centers.

Theranos will open its first Wellness Center inside a Walgreens pharmacy store and has procured space inside Walgreens stores to be able to ultimately introduce its centers inside different stores across the country. The Wellness Center staff (phlebotomists) will be licensed under state law and the centers will be operated in accordance with by state law.[2] Blood is drawn, collected, and stored using equipment listed as medical devices.

In Phase I, all specimens will be <u>physically transported</u> from the Wellness Centers to the Theranos Palo Alto laboratory, which is a CLIA-certified high complexity laboratory.[3] The laboratory tests have been developed and validated in the Theranos Palo Alto laboratory under the requirements of CLIA, including establishment of performance specifications and procedures for conducting the test. All equipment used to conduct the tests is calibrated, maintained, and operated in accordance with CLIA requirements.

As noted above, some of the testing in the Palo Alto laboratory is conducted through the use of the two automated instruments developed and produced by Theranos -- the TSPU and the TLAS. The TSPU is used for the "pre-analytical" steps in the test system. The operator of the TSPU begins the testing process by loading a cartridge into the TSPU that contains the specimen and reagents. The TSPU is calibrated each time a test is run using calibrators (and controls) that are contained in the cartridge. A single type of cartridge is used for all tests. The TSPU conducts measurements and transmits raw "signals" to the TLAS. These raw signals may consist of fluorescent signals (for nucleic testing), photon counts (for ELISA tests), pixels (for cytometry tests) or pixel-dependent intensity values (for general chemistry tests). These signals do not provide information on concentration or quantitation or any other result. Rather, the signals are received by the TLAS, which performs the "analytical" steps to convert the signals into a measurement. All of the TSPU's functions, including calibration, evaluation of samples for suitability, and quality control, are controlled by the TLAS.

---

[2] This memorandum does address the state laws that apply to facilities that collect and prepare specimens.

[3] Under CLIA, laboratories must obtain a certificate commensurate with the type of testing they conduct. *See* 42 C.F.R. Part 493, Subparts B-E. The CLIA regulations' substantive requirements are based on the level of complexity associated with performing various tests.

COVINGTON & BURLING LLP                          - 3 -

The TLAS derives a result by analyzing the signal, replicates, outliers, controls, and calibrators. The signal is converted to a concentration based on the TLAS' analysis. For example, a photon count is interpreted and converted into a concentration. Also, within the TLAS, a pixel is converted to wavelength (applying device calibration), intensity spectrum is converted into absorbance spectrum (using blank intensity), absorbance is extracted at the appropriate read wavelength, and absorbance is converted into analyte concentration (applying assay calibration). Both the TSPU and TLAS are operated under the oversight of the laboratory staff. A pathologist interprets the TLAS result and issues a test report to the physician.

Theranos manufactures the TSPU and TLAS systems from components and material from third-party vendors. All the manufacturing occurs at the Theranos Palo Alto facility.

### B. CLIA Laboratory Certification for the Phase I System

The Phase I framework is compliant with CLIA's requirement that all clinical laboratories maintain proper certification. The definition of "laboratory" under the regulations is as follows:

> Laboratory means a facility for the biological, microbiological, serological, chemical, immunohematological, hematological, biophysical, cytological, pathological, or other examination of materials derived from the human body for the purpose of providing information for the diagnosis, prevention, or treatment of any disease or impairment of, or the assessment of the health of, human beings. These examinations also include procedures to determine, measure, or otherwise describe the presence or absence of various substances or organisms in the body. Facilities only collecting or preparing specimens (or both) or only serving as a mailing service and not performing testing are not considered laboratories.[4]

Theranos has obtained high-complexity CLIA certification for its Palo Alto laboratory, which conducts chemical examination of materials (plasma) derived from the human body.

The definition of "laboratory" does not include facilities "collecting or preparing specimens (or both) or only serving as a mailing service." Thus, Theranos Wellness Centers are not required to be certified as laboratories. Specimen collection and preparation activities at these centers are supervised by the Palo Alto laboratory personnel to ensure that CLIA

---

[4] 42 C.F.R. § 493.2.

COVINGTON & BURLING LLP

- 4 -

requirements pertaining to pre-analytical activities (including specimen collection and transportation) are met for the test system.[5]

### C. Use of Laboratory Developed Tests and Test Equipment

Theranos currently conducts LDTs at its Palo Alto laboratory through either the traditional manual method or the automated method, as described above. The CLIA regulations provide a framework for the development and performance of LDTs in high-complexity laboratories.

The CLIA regulations set forth specific requirements for LDTs in 42 C.F.R. § 493.1253. According to subsection (b)(2) of this regulation:

> Each laboratory that modifies an FDA-cleared or approved test system, or introduces a test system not subject to FDA clearance or approval (including methods developed in-house and standardized methods such as text book procedures), or uses a test system in which performance specifications are not provided by the manufacturer must, before reporting patient test results, establish for each test system the performance specifications for the following performance characteristics, as applicable:
>
> (i) Accuracy.
> (ii) Precision.
> (iii) Analytical sensitivity.
> (iv) Analytical specificity to include interfering substances.
> (v) Reportable range of test results for the test system.
> (vi) Reference intervals (normal values).
> (vii) Any other performance characteristic required for test performance.

Theranos has developed and validated its LDTs in accordance with the CLIA requirements listed above. Under 42 C.F.R. § 493.2, "test system" is defined as "the instructions and all of the instrumentation, equipment, reagents, and supplies needed to perform an assay or examination and generate test results." As a result, the Theranos LDTs include the equipment and instrumentation, like the TSPU and TLAS, as well as other aspects of the specimen preparation and testing.

Laboratories that conduct LDTs must comply with the pre-analytical, analytical, and post-analytical requirements that apply to all testing. To comply with the pre-analytic systems quality assessment requirements, the laboratory must establish and follow written

---

[5] *See, e.g.*, 42 C.F.R. §§ 493.1242 (requiring policies for specimen submission, handling, and referral), 493.1445 (requiring monitoring of personnel who conduct pre-analytical activities).

Confidential

THPFM0005430869
SEC2-USAO-EPROD-001297920

**COVINGTON & BURLING LLP**

- 5 -

policies and procedures for an ongoing mechanism to monitor, assess, and when indicated, correct problems identified in the pre-analytic systems.[6]

Each laboratory that performs non-waived testing must meet the applicable analytic systems requirements.[7] As a general matter, the laboratory must monitor and evaluate the overall quality of the analytic systems and correct identified problems for each specialty and subspecialty of testing performed.[8] The rules also require a written procedure manual for all tests, assays, and examinations performed by the laboratory to be available to, and followed by, laboratory personnel.[9] The laboratory must define criteria for those conditions that are essential for proper storage of reagents and specimens, accurate and reliable test system operation, and test result reporting. The regulations set forth specific rules regarding the protection of equipment, reagents, and other materials.[10] Instruments, whether procured commercially or developed "in-house," must be maintained and subject to function check protocols.[11]

Laboratories must also perform Quality Assessment (QA). QA is an ongoing review process that encompasses all facets of the laboratory's technical and non-technical functions. It is essentially the process through which problems are identified and corrected. QA also extends to the laboratory's interactions with patients, physicians, and other laboratories ordering tests. For each of the three phases of laboratory systems -- pre-analytic, analytic, and post-analytic -- the laboratory must establish and follow written policies and procedures for an ongoing mechanism to monitor, assess, and correct problems.[12] The QA must also include a review of the effectiveness of corrective actions taken to resolve problems, revision of policies and procedures necessary to prevent recurrence of problems, and discussion of post analytic systems assessment reviews with appropriate staff.[13]

Another important aspect of the CLIA regulations are personnel standards. The CLIA personnel requirements are defined in Subpart M of Part 493. This subpart addresses qualifications and responsibilities for PPM and non-waived (i.e., moderate and high complexity) laboratories. Testing in non-waived laboratories must be performed by personnel meeting the

---

[6] 42 C.F.R. §§ 493.1240 - 493.1249.

[7] 42 C.F.R §§ 493.1250 - 493.1260.

[8] *Id.*

[9] 42 C.F.R. § 493.1251.

[10] *See id.*

[11] 42 C.F.R. § 493.1254(b) ("**Equipment, instruments, or test systems developed in-house,** commercially available and modified by the laboratory, or maintenance and function check protocols are not provided by the manufacturer." (emphasis added)).

[12] *Id.* §§ 493.1249, 493.1289, 493.1299.

[13] *Id.*

Confidential

THPFM0005430870
SEC2-USAO-EPROD-001297920

COVINGTON & BURLING LLP

- 6 -

educational, training, and experience requirements as defined in the appropriate sections of Subpart M.[14]

Laboratories must also engage in proficiency testing (PT). Each laboratory performing non-waived testing must enroll in a PT program approved by CMS for all analytes in each of the specialties and subspecialties for which it is certified.[15] CLIA requirements state that if there is no PT program that covers the specific testing offered by the laboratory, which might be the case for many LDTs, then the laboratory must establish its own procedures to verify the accuracy of its testing.[16]

The CLIA requirements are compatible with automated testing systems, like those used by Theranos. The LDTs performed with this system were developed in accordance with the requirements of 42 C.F.R. § 493.1253. Thus, Theranos has established performance characteristics, such as precision, analytical sensitivity, analytical specificity to include interfering substances, reportable range of test results for the test system, and reference intervals (normal values). As required by the regulations, these established performance characteristics cover consumables and instruments.

Although many of the pre-analytical and analytical steps are automated by the TSPU and TLAS systems, they are conducted under the CLIA framework and match the pre-analytical and analytical steps otherwise performed manually under the CLIA framework. This approach is common in the clinical laboratory industry. Theranos' pre-analytical, analytical, and post-analytical systems are covered by processes required by CLIA. Theranos performs QA on the automated system, and it engages in PT, as required by CLIA. All activities are overseen by appropriately qualified personnel, including a laboratory director and pathologist. CLIA requires that clinical laboratories that offer LDTs must be certified to perform high-complexity tests.[17] As described above, Theranos is certified as a high-complexity laboratory.

III.   Application of CLIA to Phase II Proposal

    A.   Background

The proposal for Phase II would maintain the basic test system for Phase I (described above), except that the TSPU systems would be installed in the Wellness Centers and the TLAS would be located in the Palo Alto CLIA-certified laboratory. Currently in Phase I, the phlebotomist collects the sample and, depending on the ordered test, will centrifuge the sample,

---

[14] *Id.* § 493.1351.

[15] *Id.* § 493.801.

[16] 42 C.F.R. § 493.1236(b)(1).

[17] 42 C.F.R. § 493.17(c)(4) ("If a laboratory test system, assay or examination does not appear on the lists of tests in the Federal Register notices, it is considered to be a test of high complexity until PHS, upon request, reviews the matter and notifies the applicant of its decision. Test categorization is effective as of the notification to the applicant.").

**COVINGTON & BURLING LLP**                                       - 7 -

and then physically ship the patient specimens to the laboratory. Instead in Phase II, the patient specimen would be deposited into the TSPU at the Wellness Center. The TSPU would transmit "signals" in raw form to the TLAS in Palo Alto.

All Wellness Centers would be paid for, controlled, staffed, and operated by Theranos. All phlebotomists will be Theranos employees or contractors. A Theranos employee will collect specimens by venipuncture or by capillary draw into a nanotube, deposit the specimen into the cartridge, and then push a button on a touch-screen to start the pre-analytic process. All the controls and other procedures, such as calibration, occur under the control of the TLAS located in the Palo Alto laboratory. When needed, maintenance on the TSPU unit will be performed by the Theranos Palo Alto laboratory.

As described above, with the exception of manually depositing the cartridge (and collecting the specimen) and pressing a button to start the test, all sample processing steps are fully automated and under the control of the TLAS. Of note, it would be impossible for the TSPU to produce any measurement or clinical results, as the signals are purely raw-form signals. Even if the operator wanted to produce a measurement or result, the TSPU is not capable of doing so.

The Wellness Centers would continue to be operated as specimen collection and preparation facilities under Phase II. The Palo Alto laboratory would continue to be operated as a high-complexity CLIA-certified laboratory.

    B.    <u>Application of CLIA to Phase II</u>

The key difference between Phase I and Phase II is that TSPU units will be located inside Wellness Centers, which are operated as specimen collection and preparation facilities. Like Phase I, this approach is compliant with CLIA requirements.

Like in Phase I, the test system as a whole is controlled by the TLAS and overseen by the Palo Alto laboratory staff — including the laboratory director and a pathologist. The various CLIA-mandated activities, such as the establishment of a procedure manual that sets forth pre-analytical, analytical, and post-analytical process, are conducted in the Palo Alto laboratory.[18] The system conducting the Theranos-developed LDTs have been developed and conducted under the requirements of CLIA. Specifically, performance specifications for the tests performed with the TLAS have been developed by the Palo Alto laboratory, including for the equipment and instrumentation, under the CLIA regulatory framework for LDTs, as required by 42 C.F.R. § 493.1253. Instruments and equipment undergo maintenance and function checks through the TLAS according to protocols developed and overseen by the Palo Alto laboratory.[19]

---

[18] *See, e.g.*, 42 C.F.R. § 493.1251.

[19] 42 C.F.R. § 493.1254.

Confidential

THPFM0005430872
SEC2-USAO-EPROD-001297920

**COVINGTON & BURLING LLP**

- 8 -

All Theranos employees involved in the process, including those who conduct pre-analytical activities only, are overseen by the laboratory director.[20]

Importantly, Wellness Centers will not meet the definition of a "laboratory" under 42 C.F.R. § 493.2. "Laboratory" is defined in relevant part as "a facility for the biological, microbiological, serological, chemical, immunohematological, hematological, biophysical, cytological, pathological, or other *examination* of materials derived from the human body for the purpose of providing information for the diagnosis, prevention, or treatment of any disease or impairment of, or the assessment of the health of, human beings."[21] The regulation further adds that "[t]hese examinations also include procedures to *determine*, *measure*, or otherwise *describe* the presence or absence of various substances or organisms in the body."[22]

In this case, the "examination" and "measure[ment]" of specimens will occur in Palo Alto through the TLAS under the supervision of laboratory staff. As described above, the phlebotomist draws the specimen and then does three simple activities on the TSPU: loads the specimen into the cartridge, loads the cartridge into the TSPU, and pushes a button to begin the pre-analytic process. All additional steps are controlled by TLAS and Palo Alto laboratory staff.

Although the specimen is physically mixed with reagents in the Wellness Center, this process is fully controlled by the Palo Alto laboratory through the TLAS. The raw signals, like photon counts and pixels, taken by the TSPU (at the direction of the TLAS) are meaningless until they are interpreted by the TLAS. The raw signals are not "examinations" or "measures" of substances from the body. The TSPU is incapable of producing a measurement (such as a concentration) or a test result. Therefore, it is the TLAS — not the TSPU — that performs the analytical steps to produce a measurement (e.g., the concentration of analyte) and then calculates the test result. Consequently, the Wellness Centers are not "laboratories" under the CLIA regulatory framework.

---

[20] 42 C.F.R. § 493.1445.

[21] 42 C.F.R. 493.2 (emphasis added).

[22] *Id.* (emphasis added).

Confidential

THPFM0005430873
SEC2-USAO-EPROD-001297920

# theranos

## Overview of Sample Processing Workflow Prepared for FDA:

## Phase I and Phase II of Theranos Business Operations

This presentation and its contents are Theranos proprietary and confidential.

Confidential

THPFM0005430874

SEC2-USAO-EPROD-001297920

# Phase I: Current

**Theranos PSC**
(Theranos site operated by Theranos CLIA lab)

Clinician Test Order is Received

- Sample collection is performed in dedicated Theranos Patient Service Center

- Collection and processing performed by Theranos licensed phlebotomists/state-certified personnel trained and further certified by Theranos' CLIA lab

- Sample collected by venipuncture, finger stick, or urine collection

- Phlebotomist/state-certified personnel places sample in and operates centrifuge, performs relevant preparatory steps prior to sample transport (all industry standard procedures – not Theranos specific)

Theranos Confidential

→ Theranos courier physically transports sample to lab for analysis →

**Theranos High-Complexity CLIA-Certified Lab in Palo Alto, CA**

Samples are processed and results are generated via conventional analyzers

**OR**

**Theranos Sample Processing Unit (TSPU)** performs automated pre-analytic processing

→ TSPU transmits signals securely to TLAS for analysis →

**Theranos Laboratory Automation System (TLAS)** performs automated analysis and post-analytic processing

← TLAS provides control and oversight of TSPU

Data is sent back to ordering clinician from lab

theranos

Confidential

THPFM0005430875

SEC2-USAO-EPROD-001297920



Confidential

THPFM0005430876

SEC2-USAO-EPROD-001297920

# TSPU & TLAS Description

(The TSPU and TLAS are designed and manufactured by Theranos with no third party involvement.
The TSPU and TLAS are also only used by Theranos and are not sold.)

**Theranos Sample Processing Unit (TSPU)**

Performs automated pre-analytic processing*:

- Sample separation (into plasma)
- Reagent addition/preparatory steps and associated signal generation
- Transmits raw signals (e.g. pixels or photon counts) to TLAS**
- Connected to and controlled by TLAS under the oversight of Theranos CLIA laboratory personnel

*No operator decision making or manual processing required
**NB – results cannot be generated on the TSPU (and thus of course could never be transmitted from or displayed on the TSPU)

**Theranos Laboratory Automation System (TLAS)**

Performs automated analysis and post-analytic processing:

- Pathologist and CLIA lab personnel oversight of TSPU
- Result derivation:
    - Signal analyzed
    - Replicates analyzed
    - Outliers analyzed
    - Controls analyzed
    - Calibrators analyzed
    - Signal converted to concentration based on analysis
- Pathologist and CLIA lab personnel oversight of analysis, post-analytic processing, and results

Theranos Confidential

theranos

Confidential

THPFM0005430877

SEC2-USAO-EPROD-001297920