# Exhibit 19

| | |
|---|---|
| **From:** | Trefz, Katherine |
| **Sent:** | Wednesday, April 8, 2020 8:53 PM |
| **To:** | Holmes Team |
| **Subject:** | FW: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice |

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Trefz, Katherine
**Sent:** Wednesday, April 08, 2020 8:53 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>; Wade, Lance <LWade@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F. (wbrown@orrick.com)' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; 'Schenk, Jeffrey (USACAN)' <Jeffrey.B.Schenk@usdoj.gov>; 'Bostic, John (USACAN)' <John.Bostic@usdoj.gov>; 'Baehr-Jones, Vanessa (USACAN)' <Vanessa.Baehr-Jones@usdoj.gov>; 'Nedrow, Jeff (USACAN)' <Jeff.Nedrow@usdoj.gov>; 'John Cline' <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Counsel,

Please let us know when we can expect a response to this letter.

Thanks,
Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Trefz, Katherine
**Sent:** Thursday, March 12, 2020 3:52 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>; Wade, Lance <LWade@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F. (wbrown@orrick.com)' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; 'Schenk, Jeffrey (USACAN)' <Jeffrey.B.Schenk@usdoj.gov>; 'Bostic, John (USACAN)' <John.Bostic@usdoj.gov>; 'Baehr-Jones, Vanessa (USACAN)' <Vanessa.Baehr-Jones@usdoj.gov>; 'Nedrow, Jeff (USACAN)' <Jeff.Nedrow@usdoj.gov>; 'John Cline' <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Counsel,

Please see the attached.

Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

---

**From:** Trefz, Katherine
**Sent:** Monday, March 09, 2020 5:42 PM
**To:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Wade, Lance <LWade@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; Brown, Walter F. (wbrown@orrick.com) <wbrown@orrick.com>; Luskey, Randy <rluskey@orrick.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>; John Cline <cline@johndclinelaw.com>
**Subject:** RE: US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Bob,

Please produce (or identify in the government's productions) notes or memoranda of any government interviews or meetings with, or testimony of, the following individuals identified in the government's letter:

JoEllen B. Embry
Dr. Edward Szmuc
Dr. Gerald S. Asin
Dr. Govind Acharya
Dr. Curtis Page

Thank you,
Katie


**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Friday, March 06, 2020 11:49 PM
**To:** Wade, Lance <LWade@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>
**Cc:** Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Cazares, Stephen' <scazares@orrick.com>; Brown, Walter F. (wbrown@orrick.com) <wbrown@orrick.com>; Luskey, Randy <rluskey@orrick.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>; Nedrow, Jeff (USACAN)

<Jeff.Nedrow@usdoj.gov>
**Subject:** US v. Holmes & Balwani: Rule 16(a)(1)(G) Notice

Dear Counsel,

Please see the attached.

Best regards,
Bob

******************************

Robert S. Leach
Assistant United States Attorney
United States Attorney's Office
 Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612
(510) 637-3918 -- Office
(415) 793-2945 – Cell