# Exhibit 22

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Wednesday, November 04, 2020 11:35 PM
**To:** Trefz, Katherine <KTrefz@wc.com>; Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** RE: U.S. v. Holmes - 18cr258 - electronic service

Hello counsel,

Thank you for following up.  We are working with the doctors identified in your letter to collect the additional information you have requested.  The pandemic and other factors are affecting some doctors' availability and our access to that information, but we will provide a supplemental disclosure as soon as possible.

Best,
John


**From:** Trefz, Katherine <KTrefz@wc.com>
**Sent:** Monday, October 26, 2020 7:04 PM
**To:** Bostic, John (USACAN) <jbostic@usa.doj.gov>; Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Saharia, Amy <ASaharia@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>
**Cc:** Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>
**Subject:** RE: U.S. v. Holmes - 18cr258 - electronic service

Counsel,

Please let us know when we can expect a response to this letter regarding the government's supplemental expert notice.

Thanks,
Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz


**From:** Trefz, Katherine
**Sent:** Thursday, October 08, 2020 3:52 PM

**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Saharia, Amy <ASaharia@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>; Cazares, Stephen <scazares@orrick.com>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** RE: U.S. v. Holmes - 18cr258 - electronic service

Counsel,

Please see the attached letter.

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Tuesday, September 29, 2020 3:00 AM
**To:** Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Trefz, Katherine <KTrefz@wc.com>; Saharia, Amy <ASaharia@wc.com>; Coopersmith, Jeffrey <jcoopersmith@orrick.com>; Cazares, Stephen <scazares@orrick.com>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** U.S. v. Holmes - 18cr258 - electronic service

Counsel,

Please see the attached disclosures.  We will send you the documents cited in the 404(b) letter by FTP.

Best,
John

JOHN C. BOSTIC
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.:  (408) 535-5589 | Fax:  (408) 535-5066
Email:  john.bostic@usdoj.gov

---

This message and any attachments are intended only for the addressee and may contain information that is

privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.