# Exhibit 23

**To:** Christian Holmes[cholmes@theranos.com]
**Cc:** Maximillion Fosque[mfosque@theranos.com]
**From:** Adam Rosendorff
**Sent:** Tue 10/28/2014 8:29:43 PM
**Importance:** Normal
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)
**Received:** Tue 10/28/2014 8:29:43 PM

And "upstairs" could mean anything- doesn't specify a method…

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 12:59 PM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

To close the loop, please see attached email, with regard to the list of individuals in the loop on this decision, and relevant comments from you and Sunny.

Moving forward my understanding is that we will only do DCA for HBA1C.  I believe Max will follow up on removing HBA1C from Advia.  Happy to meet on this as well if needed.

Thanks

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 12:43 PM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Different methods and sample types?

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 12:42 PM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Ok thanks-

So I am assuming we will tell Dr Phelan about the different methods and platforms used??

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 12:30 PM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

We will investigate as to if this happened to any more patients, and certainly follow up with the docs for each if so.  Max, please assist with getting this data.

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 12:27 PM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

We should contact all the physicians who had patients with A1c measured on the ADVIA to inform them of when we started using both methods, and of the potential for unreliable results. Please initiate this.

Thanks,

Adam

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 12:12 PM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Christian

This is patient care we are talking about...

It is essential that persons with the right medical background make these decisions.

Thanks,

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 12:11 PM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Adam –

We can look into the details of how this happened - it seems this is attributed to a human error. Certainly not counteracting your authority as a lab director, with regard to the nature of your comment in red – want to be sure w/ regard to the tone of that comment that we solve this constructively with the group.

Thanks again for the background, it's helpful

Christian

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 11:53 AM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Christian

It appears that we are running HbA1c using 2 different methods- venous blood on ADVIA, and FS on DCA Vantage. I'm not sure who thought about doing it this way but it makes no sense whatsoever,- it goes against every recommendation

( and I never approved this, nor was I informed of it.  I approved the use of DCA vantage for hemoglobin A1c based on the IFU and it's bias and precision claims and I never approved using ADVA interchangeably with DCA  vantage.

**If my authority as laboratory director is  counteracted again in this way, there will be serious consequences....**

Since HbA1c is a trending tool, you need to keep the sample type and method constant. This is because each method will have it's own error (bias plus imprecision). Thus if you you are moving between 2 methods, the total error is actually the sum of the errors of each method. When you consider the imprecision of the ADVIA plus the imprecision of the DCA vantage, you could easily get up to 9% error that we see with this patient between repeat measures.

The NGSP (National Glucose Standardization Project), requires that bias in measurement be less than +/-0.85%- none of the data that Nishit showed me satisifies this criteria.

The NGSP requires that imprecision be less than or equal to 4%- however if you combine methods you get 8% difference.

13 days is not sufficient to see a change of this magnitude in HbA1c.

Thanks,

Adam


**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 11:34 AM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Thanks – just so im clear we didn't run either sample on these methods?  I imagine the doc is mostly interested in hearing the reason for the change in value, so any possible attributions are helpful.  The doc is a big supporter of us, so the conversations generally go well.


**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 11:31 AM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Christian

The most reliable instrument to measure Hemoglobin A1c is either the Biorad variant or the Tosoh G7. Most clinicans are distrustful of other methods.

Adam


**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 11:26 AM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** FW: Customer Issue: Dr. Phelan (patient Wong)

Hi Adam –

Wanted to loop in with you on this one.  Please see original note for the doc's question about change in HCa1C results ~13 days apart, 1 was venous 1 was CTN.  Wondering if the difference is clinical or possibly attirubuted to something else.

Appreciate your input.

Christian

---

**From:** Nishit Doshi
**Sent:** Tuesday, October 28, 2014 10:41 AM
**To:** Christian Holmes
**Cc:** Daniel Young; Tina Lin; Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

We did a study in July where all 3 DCAVantage machines were compared to Advia and did not see 9% difference seen here. Have you consulted with Adam about this?

Thanks

Nishit

---

**From:** Maximillion Fosque
**Sent:** Tuesday, October 28, 2014 10:14 AM
**To:** Christian Holmes; Tina Lin; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Would it be appropriate to tell Dr. Phelan the tests were run on 2 different platforms given the collection method?

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 9:37 AM
**To:** Maximillion Fosque; Tina Lin; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

So the change in value ~13 days apart is clinical & not system variation?

---

**From:** Maximillion Fosque
**Sent:** Tuesday, October 28, 2014 9:32 AM
**To:** Tina Lin; Christian Holmes; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Yes

---

**From:** Tina Lin
**Sent:** Tuesday, October 28, 2014 12:47 AM
**To:** Christian Holmes; Nishit Doshi
**Cc:** Maximillion Fosque; Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

They're run on different instruments. HbA1c is run on ADVIA on the vacutainer and on DCA Vantage on CTN. I've watched the

operators run on DCA Vantage; there's not much they can do to misprocess the sample, and reruns on this instrument usually produce repeatable results. Max, can you verify the reference range is the same on both methods/instruments?

Thanks,

Tina

---

**From:** Christian Holmes
**Sent:** Monday, October 27, 2014 7:50 PM
**To:** Nishit Doshi; Tina Lin
**Cc:** Maximillion Fosque; Daniel Young
**Subject:** FW: Customer Issue: Dr. Phelan (patient Wong)

Nishit and Tina –

Any thoughts on the reason for the discrepancy in HBA1C that this doc is referring to? First draw (10/13) was venous, second (10/24) was CTN.

Thanks

Christian

---

**From:** Kimberly Alfonso
**Sent:** Monday, October 27, 2014 7:44 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Customer Issue: Dr. Phelan (patient Wong)

Please see below.

Begin forwarded message:

> **From:** Darren Phelan <docphelan@gmail.com>
> **Date:** October 27, 2014 at 3:07:57 PM PDT
> **To:** Allison Spivey <aspivey@theranos.com>
>
> Allison-
>
> Wanted to get you 2 other labs to have someone follow up.
>
> Same patient, 5 days apart had disparate HgbA1c levels (one of 5.1, the next 5.6). One of those has to be incorrect, probably the 5.1
>
> ACC # 111301 last name Wong, DOB 10/22/50
>
> --

Confidential THPFM0000003945

Darren Phelan, MD, FACEP

Twitter: @docphelan


401 Burgess Dr. Suite D

Menlo Park, CA 94025

650-326-0840
650-326-1719 fax

http://www.darrenphelanmd.com

IMPORTANT NOTICE:  The information contained in this e-mail, including any attachments, is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA).  This message is intended for the sole use of the individual or entity to which it is addressed.  If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties.  No contents of this email should be construed as medical advice or used in lieu of seeking medical treatment. If you received this e-mail in error, please contact the sender immediately by return e-mail and delete the message.  Nothing in this e-mail, including any attachment, is intended to be a legally binding signature.