# Exhibit 26

| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Wed 2/19/2014 5:38:29 AM |
| **Importance:** | Normal |
| **Subject:** | FW: Critical Values |
| **Received:** | Wed 2/19/2014 5:38:31 AM |

I would like to respnd to this tomorrow as it is critical.

>>Lastly, we need to migrate our proficiency testing to Theranos methods ASAP. I have been monitoring how we would perform on API or NYS surveys and once we have collected enough data we should discuss. >>CLIA requires PT to be performed the same way we test patient samples. Currently this is not 100% the case.

**From:** Adam Rosendorff
**Sent:** Saturday, February 15, 2014 3:22 PM
**To:** Sunny Balwani; Daniel Young
**Subject:** RE: Critical Values

Sunny

QC is the following:

1) Daily QC (controls that need to pass before running the assay) along with pass criteria and procedures in case QC does not pass.

2) Monthly QC: application of Westgard rules to the last 10 daily QC runs and procedures in case if Westgard failures.

For both of the above I would like to assist in bringing QC into automation with software eg. Right now in Labdaq you can plot daily QC over the last month (Levey-Jennings) for predicate assays only.

Separate from QC we have:

1) Reference intervals (define normal and abnormal results)

2) Panic values: patient results that must be reported to the physician ASAP and documented. These results are usually confirmed by repeat measurement. There is a CLIA SOP for this.

I have been working with Max on the last 2 points to improve results reporting.

However QC data right now resides on each instrument in the form of raw data. It took Nick days to collect and organize QC data for the p-protocols before our CLIA inspection. For the Edisons, QC data is stored as Excel spreadsheets, and it is becoming impractical to do manual monthly QC- it would be great if all Theranos methods had their specific QC linked to a QC function in Theranos LIS.

Lastly, we need to migrate our proficiency testing to Theranos methods ASAP. I have been monitoring how we would perform on API or NYS surveys and once we have collected enough data we should discuss. CLIA requires PT to be performed the same way we test patient samples. Currently this is not 100% the case.

PT is a complex issue that needs to vetted, but is essentially in maintaining licensure and quality.

Adam
Sent from my Windows Phone

**From:** Sunny Balwani
**Sent:** 2/15/2014 2:33 PM
**To:** Adam Rosendorff; Daniel Young
**Subject:** Critical Values

Adam.

FOIA Confidential Treatment Requested by Theranos

TS-0231083

Until all of our Normandy QC software is in production (by 3/10 at the latest), before communicating any Critical Values, I would like Daniel and myself to have a time (1 hour buffer) to look back at all QC/Quality checks data and raw data to absolutely make sure that the Critical value is solid.

Please let me know if this is OK. thanks.

FOIA Confidential Treatment Requested by Theranos