# Exhibit 38

CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

CERTIFICATE OF COMPLIANCE

LABORATORY NAME AND ADDRESS                                CLIA ID NUMBER

EAST BAY DERMATOLOGY MEDICAL GROUP                         05D0866311
995 MONTAGUE EXPRESSWAY STE 111                            EFFECTIVE DATE
MILPITAS, CA 95035-6827
                                                          10/03/2014
LABORATORY DIRECTOR                                        EXPIRATION DATE

SUNIL S DHAWAN MD DIRECTOR                                 10/02/2016

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) reviewed by the Clinical Laboratory Improvement Amendments (CLIA),
the above named laboratory located at the address above (and other approved locations) may accept human specimens
for the purposes of performing laboratory examinations or procedures.

This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions
for violation of the Act or the regulations promulgated thereunder.

Judith A. Yost
Judith A. Yost, Director
Division of Laboratory Services
Survey and Certification Group
Center for Clinical Standards and Quality

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

219   Certs2_102614

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory
specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE | LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|---|---|
| MYCOLOGY (120) | 10/03/1994 | | |
| PARASITOLOGY (130) | 10/30/2008 | | |
| HISTOPATHOLOGY (610) | 10/03/1994 | | |





FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA
OR CONTACT YOUR LOCAL STATE AGENCY. PLEASE SEE THE REVERSE FOR
YOUR STATE AGENCY'S ADDRESS AND PHONE NUMBER.
PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.

Confidential                                                                THPFM0003619903
                                                                            SEC-THERANOS-001741903