# Exhibit 39

# CURRICULUM VITAE
## SUNIL S. DHAWAN, M.D.

OFFICE: (510) 797-4111, (408) 957-7676
CELL: (510) 599-4750

| | |
|---|---|
| **DATE OF BIRTH:** | April 17, 1959 |
| **PLACE OF BIRTH:** | London, England |
| **UNDERGRADUATE EDUCATION:** | San Francisco State University, San Francisco, CA. Graduated Summa Cum Laude, Bachelor of Science in Chemistry, June, 1979. Dean's list for all four years. |
| **MEDICAL EDUCATION:** | University of Southern California School of Medicine, Los Angeles, CA. M.D. received in May, 1983. |
| **POSTGRADUATE EDUCATION:** | Resident in Internal Medicine, Mount Zion Hospital and Medical Center, San Francisco, CA, June 1983 - June 1986. |
| | Resident in Dermatology, Mount Sinai Medical Center, Miami Beach, FL, July 1987 - June 1989. |
| | Chief Resident in Dermatology, Mount Sinai Medical Center, Miami Beach, FL, July 1989 - June 1990. |
| **POSITIONS HELD:** | Medical Lab Director, Theranos Corporation, December 2014 - present |
| | Private practice in Dermatology and Dermatologic Surgery, Center for Dermatology Medical, Cosmetic and Laser Surgery, Inc., Fremont and Milpitas, CA, July 1990 - present. |
| | Clinical Assistant Professor of Dermatology, Stanford University School of Medicine, Palo Alto, CA, November 1992 - present. |
| | Attending Physician, Department of Internal Medicine and the Division of Emergency Medicine, Mount Zion Hospital and Medical Center, San Francisco, CA, July 1986 - June 1987. |
| | Clinic Physician, Department of Internal Medicine, Kaiser Foundation Hospital, San Francisco, CA, July 1985 - June 1987. |
| | Staff Physician, Access Health Care Centers, San Francisco, CA, July 1986 - June 1987. |

Curriculum Vitae
Sunil S. Dhawan, M.D.

Revised 6/15/2015

|  |  |
|---|---|
|  | Clinic Physician, Department of Internal Medicine, Kaiser Foundation Hospital, South San Francisco, CA, January 1985 - June 1987. |
| **HONORS:** | Elected to the Who's Who in the State of California, and United States |
|  | Elected to the Outstanding Young Men of America |
|  | Recipient of the USC Medical Fellowship for Research |
| **BOARD CERTIFICATION:** | Diplomate, American Board of Dermatology, November 1990<br>Diplomate, American Board of Internal Medicine, September 1986<br>Diplomate, National Board of Medical Examiners, June 1984 |
| **STATE LICENSURE:** | California (since 1984) |
| **PROFESSIONAL ORGANIZATIONS:** | Fellow, American College of Physicians<br>Fellow, American Academy of Dermatology<br>California Medical Association<br>Alameda-Contra Costa County Medical Association |
| **PUBLICATIONS:** | Weitzner JM, Dhawan SS, Rosen LB, et al: <u>Successful therapy of botryomycosis in a patient with AIDS</u>. Journal of the American Academy of Dermatology 21:1312-1314, 1989. |
|  | <u>Dhawan SS</u>, Weitzner JM, Zaias N: <u>Vesicular scabies in an adult</u>. Cutis 43:267-268, 1989. |
|  | <u>Dhawan SS</u>, Fields, KW: <u>Lichen planus and ulcerative colitis - Is there a relationship</u>? International Journal of Dermatology 28:534, 1989. |
|  | <u>Dhawan SS</u>, Nanda VS, Rabinovitz HS: <u>Apocrine adenocarcinoma: A review of the literature</u>. Journal of Dermatologic Surgery and Oncology 16:468-470, 1990. |
|  | Goodless DR, <u>Dhawan SS</u>, Wiszniak J, et al: <u>Cutaneous periarteritis nodosa</u>. International Journal of Dermatology 29:611-615, 1990. |
|  | <u>Dhawan SS</u>, Pena J., Zaias N: <u>The nail fold in pemphigus vulgaris</u>. Archives of Dermatology, 126:1374-1375, 1990. |
|  | <u>Dhawan SS</u>, Jimenez-Acosta F, Popitti R, Barkin JS: <u>Subcutaneous fat necrosis associated with pancreatitis - Histochemical and electron microscopic findings</u>. American Journal of Gastroenterology 85:1025-1028, 1990. |

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                       Revised 6/15/2015

2

CTRL-DHAWAN-00008569

US-REPORTS-0008334

Dhawan SS, Wolf D, Rabinovitz HS: Lentigo maligna - The use of rush permanent sections in therapy. Archives of Dermatology 126:928-930, 1990.

Dhawan SS, Wolf D, Rabinovitz HS: Lentigo maligna - The use of rush permanent sections in therapy. Archives of Dermatology 126:928-930, 1990.

Gmitter TJ, Dhawan SS, Wiszniak J: Cutaneous metastases of colonic adenocarcinoma. Cutis 46:66-68, 1990.

Dhawan SS, Herbst JS, Fields KW: Tender nodules on the legs. Archives of Dermatology 127:247-252, 1991.

Beko E, Pervaiz S, Dhawan SS: Long term follow up of patients with diffuse fasciitis and eosinophilia associated with l-tryptophan ingestion. Cutis 51:266-70, 1993.

Dhawan SS, Blyumin ML, Pearce DJ, Feldman SR: Tazarotene cream (0.1%) in Combination with Betamethasone Valerate Foam (0.12%) for Plaque Type Psoriasis. Journal of Drugs in Dermatology 4:228-230, 2005.

Conley JJ, Nanton J, Dhawan S, Pearce DJ, Feldman SR: Novel Combination Regmens: Biologics and Acetretin for the Treatment of Psoriasis – A Case Series. Journal of Dermatological Treatment 4:1-4, 2006.

Tanghietti E, Dhawan SS, Torok H, Kircik L: Tazarotene 0.l1% cream plus clindamycin 1% gel versus tretinoin 0.025% gel plus clindamycin 1% gel in the treatment of facial acne vulgaris. Dermatology Online Journal 13:4, 2007.

21st World Congress of Dermatology. Comparison of the Tolerability and Efficacy of Tazarotene 0.1% cream with clindamycin 1% gel versus tretinoin 0.025% gel with clindamycin 1% gel for the treatment of acne vulgaris. Roster session. Buenos Aries, Argentina: September 30, 2007 – October 5, 2007.

Draelos ZD, Callender V, Young C, Dhawan SS: The Effect of Vehicle Formulation on Acne Medication Tolerability. Cutis, 82: 281-284, 2006

Kircik L, Green L, Thibitot D, Tanghietti E, Wilson D, Dhawan S, Fair L: Comparing a Solubilized benzoyl peroxide gel with benzoyl peroxide/clindamycin. Journal of Drugs in Dermatology : 812-821, 2008.

Dhawan, SS. Comparison of two clindamycin 1% - benzoyl peroxide 5% topical gels used once daily in the management of acne vulgaris. Cutis 83: 265-272, 2009.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                                 Revised 6/15/2015

Dhawan, SS: Tips to Help Your Bottom Line. Healthguard News G:4,

3

CTRL-DHAWAN-00008569

US-REPORTS-0008335

2010.

Tanghietti E, Dhawan SS, Green L, et al: <u>Randomized Comparison of the Safety and Efficacy of Tazarotene 0.1% Cream and Adapalene 0.3% Gel in the Treatment of Patients with at least Moderate Facial Acne Vulgaris.</u> Journal of Drugs in Dermatology. 9:549-558, 2010.

Wheelanct RG, Dhawan SS. <u>Evaluation of Self-Treatment of Mild-Moderate Facial Acne with a Blue Light Treatment System.</u> Journal of Drugs in Dermatology: 10 (7). 329-335, 2011.

Tanghietti E, Dhawan S, Greer L, Ling M et al. <u>Clinical Evidence for the Role of a Topical Anti-Inflammatory Agent in Comedonal Acne: Findings From a Randomized Study of Dapsone Gel 5% in Combination with Tazarotene Cream 0.1% in Patients with Acne Vulgaris.</u> Journal of Drugs in Dermatology. 10(7). 783-792, 2011.

Dhawan SS, Gwajdauskas J. <u>Clindamycin Phosphate 1.2% - Benzoyl Peroxide (5% or 2.5%) plus Tazarotene Cream 0.1% for the Treatment of Acne.</u> Cutis 91. 99-104, 2013.

**INVITED PRESENTATIONS:**

Medical Grand Rounds, Mount Zion Hospital and Medical Center: <u>Preoperative medical evaluation of the surgical patient.</u> San Francisco, CA: October 23, 1985.

Pan American Medical Seminar: <u>Acne vulgaris in the adolescent.</u> Mount Sinai Medical Center, Miami Beach, FL: October 21, 1988.

American Physicians Fellowship Annual Midwinter Assembly: <u>Common dermatologic diseases.</u> Hollywood, FL: March 4, 1988.

Gross and Microscopic Symposia, American Academy of Dermatology Annual Meeting: <u>Lichen planus and ulcerative colitis.</u> Washington, DC: December 4, 1988.

The Osler Internal Medicine Review: <u>Common dermatologic diseases.</u> Ft. Lauderdale, FL: September 6, 1989.

Gross and Microscopic Symposia, American Academy of Dermatology Annual Meeting: <u>Subcutaneous fat necrosis associated with pancreatitis.</u> San Francisco, CA: December 3, 1989.

Pediatric Clinic Conference, Alexian Brothers Hospital: <u>Common Pediatric Dermatoses.</u> San Jose, CA: December 7, 1990.

Medical Conference, Washington Hospital: <u>Acne Vulgaris.</u> Fremont, CA: January 25, 1991.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                     Revised 6/15/2015

4

Obstetrical Conference, Washington Hospital: <u>The Dermatoses of Pregnancy</u>. Fremont, CA: February 25, 1991.

Surgical Conference, Washington Hospital: <u>Common Surgical Dermatoses</u>. Fremont, CA: March 5, 1991.

Medical Conference, Alexian Brothers Hospital: <u>Dermatologic Unknowns</u>. San Jose, CA: March 25, 1991.

Hospital Grand Rounds, Alexian Brothers Hospital: <u>Melanoma</u>. San Jose, CA: April 2, 1991.

Medical Conference, Washington Hospital: <u>Dermatologic Manifestations of AIDS</u>. Fremont, CA: February 28, 1992.

Family Practice Conference, Washington Hospital: <u>Melanoma</u>. Fremont, CA: March 19, 1992.

Pediatric Conference, Alexian Brothers Hospital: <u>Acne Vulgaris</u>. San Jose, CA: August 5, 1992.

Pediatric Conference, Alexian Brothers Hospital: <u>Atopic Dermatitis</u>. San Jose, CA: October 3, 1992.

Medical Conference, Alexian Brothers Hospital: <u>Cutaneous Manifestations of Systemic Disease</u>. San Jose, CA: April 26, 1993.

Medical Conference, Mount Zion Hospital/UCSF Medical Center: <u>Cutaneous Manifestations of Systemic Disease</u>. San Francisco, CA: May 14, 1993.

Medical Conference, Alexian Brothers Hospital: <u>Acne Vulgaris</u>. San Jose, CA: June 27, 1994.

Hospital Grand Rounds, Alexian Brothers Hospital: <u>Geriatric Dermatology</u>. San Jose, CA: August 30, 1994.

Medical Conference, Washington Hospital: <u>Geriatric Dermatology</u>. Fremont, CA: February 24, 1995.

Hospital Grand Rounds, Alexian Brothers Hospital: <u>Geriatric Dermatology</u>. San Jose, CA: August 8, 1995.

Hospital Grand Rounds, San Jose Medical Center: <u>Common Dermatoses</u>. San Jose, CA: August 24, 1995.

Hospital Grand Rounds, Alexian Brothers Hospital: <u>Common Pediatric Dermatoses</u>. San Jose, CA: June 11, 1996.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                        Revised 6/15/2015

Medical Conference, Washington Hospital: <u>Geriatric Dermatology</u>.

5

CTRL-DHAWAN-00008569

US-REPORTS-0008337

Fremont, CA: April 25, 1997.

Medical Conference, Washington Hospital: <u>Dermatologic Unknowns</u>. Fremont, CA: March 6, 1998.

Medical Conference, the Allergan Corporation: <u>Tazorac and Its Uses in Psoriasis</u>. Mountain View, CA: April 28, 1998.

Dermatology Residents Conference, Stanford University School of Medicine, Department of Dermatology: <u>Unknowns</u>. Palo Alto, CA: 3 times per year since 1998.

Obstetrical Conference, Washington Hospital: <u>Common Dermatoses of Pregnancy</u>. Fremont, CA, June 10, 1998.

Hospital Grand Rounds, Alexian Brothers Hospital: <u>Androgenetic Alopecia and Other Forms of Diffuse Hair Loss</u>. San Jose, CA: June 30, 1998

Internal Medicine Grand Rounds, Brookdale Hospital and the Mt. Sinai School of Medicine Department of Dermatology: <u>Common Dermatoses for the Internist</u>. Brooklyn, NY: June 15, 1999.

Pediatric Conference, Alexian Brothers Hospital: <u>Atopic Dermatitis</u>. San Jose, CA: December 10, 1999.

Medical Conference, San Jose Medical Group: <u>Skin Cancer</u>. San Jose, CA: September 12 and November 16, 2000.

Pediatric Conference, Washington Hospital: <u>Common Pediatric Dermatoses</u>. Fremont, CA: November 13, 2000.

Hospital Grand Rounds, Regional Medical Center: <u>Dermatologic Unknowns</u>. San Jose, CA: May 15, 2001.

Medical Conference, the Fujisawa Corporation: <u>Protopic and Atopic Dermatitis</u>. San Jose, CA: May 16, 2001.

Hospital Grand Rounds, Good Samaritan Hospital: <u>Dermatologic Unknowns</u>. Los Gatos, CA: June 20, 2001.

Medical Conference, the Fujisawa Corporation: <u>Protopic and Atopic Dermatitis</u>. San Jose, CA: May 16, 2001; Fremont, CA: June 13, 2001; Danville, CA: June 27, 2001; Monterey, CA: July 11, 2001; Salinas, CA: July 25, 2001; Palo Alto, CA: August 1, 2001; Mountain View, CA: August 15, 2001; Lafayette, CA: September 5, 2001.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                                 Revised 6/15/2015

Medical Conference, the Galderma Corporation: <u>Acne Vulgaris, Moisturizers, and Melasma</u>. Seattle, WA: February 5, 2002; Orem, UT:

6

CTRL-DHAWAN-00008569

US-REPORTS-0008338

May 8, 2002; Central Valley Dermatological Society Meeting, Fresno, CA: May 21, 2002; University of California San Diego Grand Rounds, San Diego, CA: June 13, 2002.

Medical Conference, the Connetics Corporation: <u>Vehicles</u>. San Jose, CA: April 2, 2002.

Medical Conference, the Dermik- Aventis Corporation: <u>Acne Vulgaris</u>. Palo Alto, CA: July 22, 2002.

Medical Conference, The Fujisawa Corporation: <u>Pediatric Dermatology</u>. Stockton, CA, August 7, 2002

Medical Conference, The Galderma Corporation: <u>Retinoids</u>. Westlake Village, CA: August 14, 2002.

Medical Conference, the Fujisawa Corporation: <u>Atopic Dermatitis</u>. Palm Springs, CA: August 21, 2002.

Medical Conference, the Glaxo Smith Kline Corporation: <u>Bacterial and Viral Skin Infections</u>. Sunnyvale, CA: September 18, 2002.

Medical Conference, the Fujisawa Corporation: <u>Pediatric Dermatology</u>. San Jose, CA: October 2, 2002.

Medical Conference, the San Jose Medical Group Department of Pediatrics: <u>Acne Vulgaris</u>. San Jose, CA: November 6, 2002.

Medical Conference, the Allergan Corporation: <u>Botox</u>. Stockton, CA: November 13, 2002.

Medical Conference, The Montana State Dermatology Society: <u>Vehicles and Moisturizers, Retinoids, Melasma, and Botox</u>. Big Sky, Montana: January 31-February 2, 2003.

Medical Conference, O'Connor Hospital: <u>Bacterial and Viral Skin Infections</u>. San Jose, CA: April 22, 2003

Medical Conference, San Jose Medical Group Department of Pediatrics: <u>Common Pediatric Dermatoses</u>. San Jose, CA: May 7, 2003.

Medical Conference, The San Jose Medical Group Department of Internal Medicine: <u>Bacterial and Viral Skin Infections</u>. San Jose, CA: June 4, 2003.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                              Revised 6/15/2015

Medical Conference, The Connetics Corporation: <u>Vehicles</u>. Mountain View, CA: June 18, 2003.

7

Medical Conference, Washington Hospital: <u>Acne Vulgaris</u>. Fremont, CA: June 20, 2003.

Medical Conference, The Aventis Corporation: <u>Acne Vulgaris</u>. San Jose, CA: July 16, 2003.

Medical Conference, The Aventis Corporation: <u>Acne Vulgaris</u>. Los Gatos, CA: July 23, 2003.

Medical Conference, The San Jose Medical Group, Department of Pediatrics: <u>Common Pediatric Dermatoses</u>. San Jose, CA: August 20, 2003

Medical Conference, The Siefel Corporation: <u>Acne Vulgaris</u>. Berkeley, CA: September 13, 2003.

Medical Conference, The Connetics Corporation: <u>Vehicles</u>. San Jose, CA: November 18, 2003.

Medical Conference, The Connetics Corporation: <u>Vehicles</u>. San Francisco, CA: December 3, 2003.

Medical Conference, The Connetics Corporation: <u>Vehicles</u> Stockton, CA: December 10, 2003.

Medical Conference, San Jose Medical Center Family Practice Residency Conference: <u>Common Pediatric Dermatoses</u>. San Jose, CA: January 29, 2004

Pediatric Conference, Kaiser Foundation Hospital: <u>Acne Vulgaris</u>. Oakland, CA: February 17, 2004.

Medical Conference, The Stiefel Corporation: <u>Vehicles</u>. Walnut Creek, CA: February 24, 2004.

Pediatric Conference, The Feindale Corporation: <u>Common Pediatric Dermatoses</u>. Fremont, CA: March 15, 2004.

Medical Conference, The Stiefel Corporation: <u>50 Pearls of Practice Management</u>. Seattle, WA: March 30, 2004

Medical Conference, The Sacramento Podiatric Society:. <u>Vehicles</u>. Sacramento, CA: April, 20, 2004.

Medical Conference, The Connetics Corporation: <u>Vehicles</u>. Walnut Creek, CA: May 18, 2004.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                              Revised 6/15/2015

Medical Conference, The Allergan Corporation: <u>Retinoids</u>. Denver, CO: June 15, 2004.

8

CTRL-DHAWAN-00008569

US-REPORTS-0008340

Medical Conference, The Dermik-Aventis Corporation: <u>Acne Vulgaris</u>. Fremont, CA: July 28, 2004.

Medical Conference, The Dermik-Aventis Corporation: <u>Acne Vulgaris</u>. San Jose, CA: August 4, 2004.

Medical Grand Rounds, Regional Medical Center: <u>Acne Vulgaris</u>. San Jose, CA: July 20, 2004.

Medical Grand Rounds, San Jose Medical Center: <u>Acne Vulgaris</u>. San Jose, CA: August 19, 2004.

Medical Conference, The Dermik-Aventis Corporation: <u>Acne Vulgaris</u>. San Jose, CA: September 15, 2004.

Medical Conference, The Fujisawa Corporation: <u>Protopic</u>. Fremont, CA: October 7, 2004.

Medical Conference, The Dermik-Aventis Corporation: <u>Acne Vulgaris</u>. Fremont, CA: October 20, 2004.

Medical Conference, The Dermik-Aventis Corporation: <u>Acne Vulgaris</u>. Orinda, CA: November 10, 2004.

Medical Conference. The Fujisawa Corporation: <u>Atopic Dermatitis</u>. San Jose, CA: December 8, 2004.

American Academy of Dermatology Meeting: <u>Tazarotene Cream (0.1%) in Combination with Betamethasone Valerate Foam (0.12%) for Plaque Type Psoriasis.</u> New Orleans, LA: February 18-22, 2005.

Pediatric Teleconference, the Pediamed Corporation: <u>Tazorac and Acne</u>. Fremont, CA : April 28, 2005.

Medical Conference, The Allergan Corporation: <u>Retinoids.</u> Calabasas, CA: May 10, 2005.

Pediatric Teleconference, The Pediamed Corporation: <u>Tazorac and Acne</u>. Fremont, CA: July 12 & 14, 2005.

Medical Conference, the Allergan Corporation: <u>Retinoids</u>. Walnut Creek, CA  June 11, 2005.

National Eczema Association Conference: <u>Hand Dermatitis</u>. San Jose, CA: August 6, 2005.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                          Revised 6/15/2015

Poster Session, American Academy of Dermatology Summer Meeting: <u>Combination of Clindamycin/Tretinoin Hydrogel for the Treatment of</u>

9

Acne Vulgaris in 1247 Adolescents. Chicago, Illinois: July 14-19, 2005.

Poster Session, American Academy of Dermatology, Summer Meeting: Modern Combination Treatments for Psoriasis Using Acetretin. Chicago, Illinois: July 14-19, 2005.
Medical Conference, The California Association of Physicians' Assistants: Acne Vulgaris. Sacramento, CA. October 20, 2005.

Medical Conference. The Dermik Corporation: Onychomycosis. Fremont, CA. November 17, 2005.

Training Conference. The Physicians Interaction with the Pharmaceutical Representative. Irvine, CA: January 4, 2006; May 5, 2006.

Medical Conference, The Dermik-Aventis Corporation: Acne Vulgaris. Fremont, CA January 25, 2006.

Poski Session, American Academy of Dermatology, Annual Meeting: Tolerability and Preference of Two Benzoyl Peroxide/Clindamycin gels in Combination with Tretinoin .025% cream in Adult Female Acne Patients. San Francisco, CA March 3-7, 2006.

Medical Conference, The Warner Chilcott Corporation: The Use of Taclonex in Psoriasis. Santa Rosa, CA: June 14, 2006.

Medical Conference, The Warner Chilcott Corporation: The Use of Taclonex in Psoriasis: Reno, Nevada: June 25, 2006.

Medical Conference, The Warner Chilcott Corporation: The Use of Taclonex in Psoriasis: Bakersfield, CA: September 19, 2006.

Medical Conference, The Warner Chilcott Corporation: The Use of Taclonex in Psoriasis: Fresno, CA: September 20, 2006.

Medical Conference, The Warner Chilcott Corporation: The Use of Taclonex in Psoriasis: Napa, CA: October 4, 2006.

Medical Conference, The Connetics Corporation: The Use of Foams in Pediatrics. San Jose, CA: October 18, 2006

Medical Conference, The Connetics Corporation: The Use of Foams in Pediatrics. Sacramento, CA: November 15, 2006

Curriculum Vitae
Sunil S. Dhawan, M.D.                                   Revised 6/15/2015
Training Conference, The Allergan Corporation: Interacting with the Dermatologist. Santa Ana, CA: September 23, 2006

American Academy of Dermatology Meeting: Tazarotene plus

10

Clindamycin in the Treatment of Acne Vulgaris: A Multicenter Investigation – Blind Randomized Parallel Group Study. Washington, D.C.: February 2-7, 2007.

Winter Clinical Meeting: A Comparison of Two Benzoyl Peroxide 5%/ Clindamycin 1% Topical Gels Used Once Daily in the Management of Acne Vulgaris. Hawaii, January 15, 2007.

Tazarotene Training Meeting, the Allergan Corporation. Tazarotene Tolerability. Dallas, TX: June 6, 2007.

Training Meeting, the Stefel Corporation. Physicians and Pharmaceutical Representatives. Atlanta, Georgia: June 15, 2007.

Medical Conference, The Skin Medica Corporation. Desonate Gel. Mountain View, CA: June 19, 2007.

Tazarotene Training Meeting, the Allergan Corporation. Tazarotene Tolerability. Napa, CA: July 15, 2007

Training Meeting, the Pharmaderm Corporation. Physicians and Pharmaceutical Representatives; Dermatology 101; Fungal Infections. Atlanta, Georgia: September 16, 2007.

Training Meeting, the Stiefel Corporation. Soriatane. Dallas, Texas: October 17, 2007.

The Skin Medica Corporation. Desonate and the History of Topical Steroids. San Francisco, CA: January 15, 2008.

The Obagi Corporation. Acne and Clenziderm. Palo Alto, CA: May 14, 2008.

The Stiefel Corporation. Training meeting. Product Benefits and Competitive Landscape. Atlanta, GA: August 12, 2008.

The Galderma Corporation. Acne Vulgaris. San Jose, CA: October 5, 2008.

The Warner Chilcott Corporation. Doryx. Seattle, WA: January 27, 2009.

Training Session, The Stiefel Corporation. Atlanta, GA. February, 11, 2009.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                          Revised 6/15/2015

The American Association of Physicians of Indian Origin. Acne Vulgaris. Newark, CA: February 13, 2009.

The Warner Chilcott Corporation. Doryx. San Francisco, CA: March

11

5, 2009.

The Galderma Corporation. Acne Vulgaris. Fresno, CA: March 25, 2009.

The Galderma Corporation. Acne Vulgaris. Pasadena, CA: April 1, 2009.

Washington Hospital Grand Rounds. The Rational Use of Topical Steroids. Fremont, CA: April 8, 2009.

Regional Medical Center of San Jose Grand Rounds. The Rational Use of Topical Steroids. San Jose, CA: May 5, 2009.
The Galderma Corporation. Vectical. San Jose, CA May 6, 2009.

The Warner Chilcott Corporation. Doryx and Taclonex. San Jose, CA: May 20, 2009.

Summer AAD Poster 2009. Comparing Noxel solubilized benzoyl peroxide gel with benzoyl peroxide/clindamycin. Final data from a multicenter investigation blind randomized study. Botson, MA: July 29 - August 2, 2009.

Regional Medical Center of San Jose Grand Rounds. Geriatric Dermatology. San Jose, CA: September 23, 2009.

American Academy of Dermatology Summer Meeting. Evaluation of a Blue Light Treatment System for the Self-Treatment of Mild-Moderate Acne. Chicago, IL. July, 2010

Fall Clinical Dermatology Meeting. Clinical Evidence for the Role of a Topical Anti-inflammatory Agent in Comedonal Acne: Findings from a Study of Dapsone 0.5% Gel in Combination with Tazarotene 0.1% Cream in Patient's with Acne Vulgaris. Las Vegas, NV: October 8-11, 2010.

Tria Beauty Web Conference. A Novel Over the Counter Blue Light System for Treating Acne. Dublin, CA December 10, 2010.

World Congress of Dermatology. Evaluation of a Blue Light Treatment System for the Self Treatment of Mild to Moderate Acne. Seoul, Korea: May 2011.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                                Revised 6/15/2015
Orlando Dermatology Aesthetic and Clinical Conference. Evaluation of a Blue Light Treatment System for the Self Treatment of Mild-Moderate Acne. Orlando, FL: January 14-17, 2011.

Orlando Dermatology Aesthetic and Clinical Conference. Tolerability in

12

Asian Skin of a Consumer Blue Light Device for the Self Treatment of Acne Vulgaris. Orlando, FL. January 2011.

Maui Dermatology Conference. Evaluation of a Blue Light Treatment System for the Self Treatment of Mild-Moderate Acne. Maui, Hawaii: February 23-27, 2011.

Maui Dermatology Conference. Tolerability in Asian Skin of a Consumer Blue Light Device for the Self Treatment of Acne Vulgaris. Maui, Hawaii. February 2011.

Efficacy and Safety of a Novel Dual Resurfacing Product that Combines the Benefits of Manual Microdermabrasion and Chemical Peeling. AAD summer meeting, 8/3-8/7/2011.

The Stefel IGSK Corporation, Veltin Gel. San Jose, CA. November 16, 2011.

The American Academy of Dermatology Meeting. Tolerability in Asian Skin of a Consumer Blue Light Device for the Self Treatment of Acne Vulgaris. San Diego, CA: March 17, 2012.

Skin of Color Seminar Series. Tolerability in Asian Skin of a Consumer Blue Light Device for the Self Treatment of Acne Vulgaris. Las Vegas, NV: June 2-3, 2012.

Skin of Color Seminar Series. Evaluation of a Blue Light Treatment System for the Self Treatment of Mild-Moderate Acne. Las Vegas, NV: June 2-3, 2012.

Medical Conference, the Leo Pharma Corporation. Picato. San Jose, CA: June 5, 2012.

Medical Conference, the Leo Pharma Corporation. Picato. Fremont, CA: July 10, 2012.

The Allergan Corporation. The Life of a Dermatologist. Irvine, CA: September 7, 2012.

Medical Conference, the Leo Pharma Corporation. Picato. Redwood City, CA: December 10, 2012.

Medical Conference, the Merz Corporation. Tinea Pedis. San Jose, CA: January 8, 2013.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                              Revised 6/15/2015

Medical Conference, the Leo Corporation: Picato. Monterey, CA: March 19, 2013

**CLINICAL RESEARCH**

13

CTRL-DHAWAN-00008569

US-REPORTS-0008345

**EXPERIENCE:**  2014 – Principal investigator in four phase 3 acne trials, one phase 2 oral acne trials, four phase 3 systemic psoriasis trials, two phase 3 topical psoriasis trials, three phase 3 atopic dermatitis trials – topical and systemic, one phase 2 pruritus trial, one phase 3 hyperhidrosis trial, four phase 3 actinic keratosis trials, one phase 3 erythema trial, one phase 3 rhytide trial, and two phase 3 rosacea trials.

2013 – Principal Investigator in four phase 3 acne trials, two phase 3 systemic psoriasis trials, one phase 3 topical psoriasis trial, one phase

3 systemic atopic dermatitis trial, one phase 2 topical atopic dermatitis trial, two phase 3 actinic keratosis trial, one phase 3 tinea pedis trial, two phase 3 actinic keratosis trials, one phase 3 pruritis oral trial, and one phase 3 hair growth trial.

2012 – Principal investigator in three acne phase 3 trials, two phase 3 systemic psoriasis trials, two phase 2 atopic dermatitis trials, one phase 3 seborrheic dermatitis trial, one phase 3 actinic keratosis trial and two phase 3 tinea pedis trials. Met or exceeded all targets except in the seborrheic dermatitis trials where our site reached 80% of the target.

2011 – Principal investigator in three phase 3 and two phase 4 acne trials, two phase 3 psoriasis trials, one phase 3 onychomycosis trial, one phase 3 tinea pedis trial, one phase 3 tinea cruris trial. Met or exceeded enrollment targets except in the tinea cruris trial.

2010 – Principal investigator in three phase 3 and two phase 4 acne trials, two phase 3 psoriasis trials, one phase 4 chemical peel trial and one phase 4 erythema trial.

2009- Principal investigator in two phase 3 topical actinic keratosis trails, four phase 3 and 4 acne vulgaris trials, five phase 3 and 4 systemic and topical psoriasis trials, one phase 2 oral onychomycosis trial, one phase 4 cosmetic topical trial, one phase 2 topical atopic dermatitis trial, and two phase 3 and 4 topical and oral rosacea trials.

2008 – principal investigator three phase 3, and three phase 4 acne trials; two phase 3 psoriasis trials; three phase 3 actinic keratoses trials; two phase 3 onychomycosis trials; and one phase 3 genital wart trial. All ongoing or completed, and met targets except in the genital wart trial where our site reached 65% of our target.

Curriculum Vitae
Sunil S. Dhawan, M.D.

Revised 6/15/2015

2007 – principal investigator for 4 phase 4 topical acne trials, one phase 3 actinic keratosis trial, one phase 3 topical psoriasis trial, one phase 3 oral onychomycosis trial.

2006 – principal investigator for 4 phase 4 topical acne trials, one phase 3 topical actinic keratosis trial, one phase 3 topical psoriasis trial, and

14

CTRL-DHAWAN-00008569

US-REPORTS-0008346

one phase 3 oral onychomycosis trial. Met or exceeded enrollment targets.

2005 - principal investigator for two Phase III trials for atopic dermatitis products, and two acne products-ongoing

2004 - principal investigator for phase III trials for a topical psoriasis product, and three topical combination acne products- met or exceeded enrollment targets.

2003 - 2004 - principal investigator for a Phase III trial for a topical antifungal, and a phase IV trial for a topical agent for actinic keratosis. Met enrollment targets quickly.

2003 - principal investigator for a Phase III trial for a topical combination acne product. Met enrollment targets quickly (70 patients) and acted as a rescue site for sites that could not enroll enough patients.

1996 - principal investigator for a Phase IV trial for an oral antifungal trial. Met enrollment target quickly (20 patients).

1987 - 1990 - subinvestigator for three Phase III trials for topical steroid and antifungal preparations.

**HOSPITAL STAFF PRIVILEGES:**   Washington Hospital, Fremont, CA
Regional Medical Center Hospital, San Jose, CA

**COMMUNITY ACTIVITIES:**   Chairperson Patron Fund Committee, The American Association of Physicians of Indian Origin, 2003-present.

Editor, The Newsletter of the American Association of Physicians of Indian Origin, 2003-2004.

President, The American Association of Physicians of Indian origin, 2002-2003, representing over 700 physicians of East Indian origin in Northern California.

Vice President, The American Association of Physicians of India Origin 2001-2002.

Curriculum Vitae
Sunil S. Dhawan, M.D.                                        Revised 6/15/2015

Chairperson, CME Committee, The American Association of Physicians of Indian Origin, 2001-2002.

Health Fair Committee, The American Association of Physicians of Indian Origin, 1991-2000.

15

CTRL-DHAWAN-00008569

US-REPORTS-0008347

Secretary, The American Association of Physicians of Indian Origin, 1993 - 1994, 2000-2001.

Treasurer, The American Association of Physicians of Indian Origin, 1991 - 1993.

Lecturer on skin cancer prevention: Washington Hospital, to the City of San Jose employees, the Rotary, Lions and Kiwanis Clubs, Milpitas High School, and corporations such as PG&E, Quantum, Lifescan, Sun Microsystems, Varian and Associates, Johnson and Higgins, Applied Materials, Apple, 3-Com, FMC, Novell, Club Sport Athletic Club, IndoAmerican Community Center, Temple Beth Torah – Fremont.

Chairperson, Skin Cancer Screening for Southern Alameda County, American Academy of Dermatology, 1991, 1992, 1993, 1994, 1997, 2004, 2005, 2006.

Lecturer on Atopic Dermatitis and treatment with new topical immune modulators: to the public at multiple sites in the Bay Area in 2001-2002.

Member of the Board of Trustees, The American Association of Physicians of Indian Origin, 2004-present.

Skin cancer screening at various health fairs including those Sponsored by the American Association of Physicians of Indian Origin, the Livermore Hindu Temple, the Santa Clara Department Of Social Services.

Curriculum Vitae
Sunil S. Dhawan, M.D.

Revised  6/15/2015

16

CTRL-DHAWAN-00008569

US-REPORTS-0008348