# Exhibit 44



ADVIA® 1800 Chemistry System

# Operator's Guide

073D0414-01 Rev. A, 2009-05   CE

**SIEMENS**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

The ADVIA® 1800 Chemistry system is for *in vitro* diagnostic use.

The information in this guide was correct at the time of release. However, Siemens Healthcare Diagnostics continues to improve products and reserves the right to change specifications, equipment, and maintenance procedures at any time without notice.

If the system is used in a manner not specified by Siemens, the protection provided by the equipment may be impaired. Observe all warning and hazard statements.

The ADVIA Chemistry system is manufactured in Japan for Siemens.

The Universal Rack Handling System is manufactured in Germany for Siemens.

Origin: Japan

 Siemens Healthcare Diagnostics Inc.
Tarrytown, NY 10591-5097 USA

 Siemens Healthcare Diagnostics Ltd.
Sir William Siemens Sq.
Frimley, Camberley, UK GU16 8QD

### Copyright and trademarks

ADVIA Centaur and ADVIA are trademarks of Siemens Healthcare Diagnostics.

Acrobat is a trademark of Adobe Systems Incorporated.

Clorox is a trademark of The Clorox Company.

Windows is a trademark of Microsoft Corporation.

© 2009 Siemens Healthcare Diagnostics Inc.  All rights reserved.

No part of this manual or the products it describes may be reproduced by any means or in any form without prior consent in writing from Siemens.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# *Table of Contents*

**1 System Overview** ...................................................................................................**13**

**Operating principle** ..................................................................................................**13**

**Hardware Overview** .................................................................................................**14**

    Display and power panel...........................................................................................15

    Analyzer back view ..................................................................................................15

    External Circuit Ratings ...........................................................................................16

        External Circuits ..................................................................................................16

        Connected Equipment..........................................................................................16

    Analyzer top view.....................................................................................................16

    STT rotate and SMP pause buttons..........................................................................17

    Pumps......................................................................................................................17

    Workstation (front view) ...........................................................................................18

    PC (front view) .........................................................................................................18

    PC (back view)..........................................................................................................19

**Reagents** ................................................................................................................**19**

    Reagent mechanisms ...............................................................................................19

    Reagent trays ..........................................................................................................19

    Reagent tray operation .............................................................................................20

        RGT Pause button................................................................................................21

    Reagent pumps ........................................................................................................21

    Reagent container types ...........................................................................................21

**Sampling and analysis of photometric tests**.........................................................**22**

    Sample aspiration .....................................................................................................22

        Sample tray .........................................................................................................22

        SMP Pause ..........................................................................................................22

    Sample aspiration and dilution mechanisms..............................................................23

        Dilution pumps (DIP and DOP) .............................................................................24

        Sample pumps .....................................................................................................25

    Sample dilution ........................................................................................................25

        Dilution tray operation ..........................................................................................25

        Dilution tray mixer................................................................................................26

        Dilution tray mixer operation.................................................................................26

        Dilution tray wash mechanisms .............................................................................26

        DPP probe features ..............................................................................................27

    Sample delivery to reaction tray................................................................................28

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Sampling mechanisms .................................................................................................28

Sample probe ............................................................................................................29

Analysis ..........................................................................................................................29

Reaction tray ............................................................................................................29

Reaction tray operation ...........................................................................................30

Reaction tray mixers.................................................................................................31

Reaction tray mixer operation .................................................................................31

Reaction tray wash mechanisms..............................................................................32

Reaction washer operation.......................................................................................32

Reaction tank.................................................................................................................34

Spectrophotometer .......................................................................................................34

Universal rack handler – functional description (optional).........................................36

**Software Overview .............................................................................................................38**

Startup window .............................................................................................................38

Operation Panel ............................................................................................................39

Buttons .....................................................................................................................39

Status and message boxes .......................................................................................39

Other tasks accessed from System(s) on the Operation Panel.................................39

Menu Panel....................................................................................................................39

Other tasks accessed from System(s) on the Menu Panel.......................................40

**Description of software windows ....................................................................................41**

Request windows ..........................................................................................................41

Order Entry window .................................................................................................41

Sample Log window .................................................................................................42

Test Result Monitor window ....................................................................................42

Sample test status color codes .................................................................................43

Review/Edit window .................................................................................................44

Reaction Monitor window ........................................................................................45

RealTime Monitor window.......................................................................................45

Test Select window*.................................................................................................45

Cup/Tube Assign window* ......................................................................................45

Print Report window*...............................................................................................45

Statistics window*....................................................................................................46

Correlation window* ................................................................................................46

Data Transmit window..............................................................................................46

Calibration windows .....................................................................................................46

View Calibration Curve window ..............................................................................46

Calibration/RBL History Window ...........................................................................47

Sample Select window*............................................................................................47

Calibration Setup window* ......................................................................................47

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644563

Maintenance windows...........................................................................................................48
    System Startup/Shutdown Setting window..................................................................48
    User Maintenance window.............................................................................................48
    System Monitor window.................................................................................................48
    System Maintenance Monitor window...........................................................................48
    Lamp Energy Monitor window.......................................................................................48
    ISE Operation window...................................................................................................49
    ISE Monitor window......................................................................................................49
    Manual Operation window.............................................................................................49
    On-Line Monitor window................................................................................................50
    Error Report window* ...................................................................................................50
    JEOL Maintenance window*..........................................................................................50
    Liquid Level Sensor Monitor window**..........................................................................50
    LAS Monitor window.....................................................................................................51
    Test Utilization Statistics window .................................................................................51
Reagent windows ................................................................................................................51
    Reagent Inventory window............................................................................................51
    CTT Monitor window.....................................................................................................51
    Reagent Container Settings window.............................................................................52
    Active Test List window*...............................................................................................52
    Reagent Information window*........................................................................................52
    Reagent Barcode Maintenance window*......................................................................52
QC windows.........................................................................................................................53
    ADVIA QC window .......................................................................................................53
    Real-time QC window...................................................................................................53
    Daily Precision Control window ....................................................................................54
    QC Cumulative window.................................................................................................54
    Control Data Setup window..........................................................................................55
    Sample Select window*................................................................................................55
    QC Sample Definition window* ....................................................................................55
Setup windows....................................................................................................................56
    System Specification Settings window*........................................................................56
    System Test List window..............................................................................................57
    Analysis Order Set window ..........................................................................................57
    Analytical Parameters (Serum) window*......................................................................57
    ISE Parameter Settings window**................................................................................58
    Reflex Test Settings window*.......................................................................................58
    Print Form Settings window**.......................................................................................58
    Ctrl/Cal Sample Setup window* ...................................................................................58
    Setting System Parameters window**...........................................................................59

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644564

New Test Definition window* ....................................................................................................59

Analytical Parameters (Chemistry) window ............................................................................59

Process Sequence window* .....................................................................................................60

Ratio Parameters window* .......................................................................................................60

Blank Reagent Settings window** ............................................................................................60

Contamination Settings window* .............................................................................................60

Online Settings window** .........................................................................................................61

Alarm Buzzer Settings window** ..............................................................................................61

User Code Settings window* ....................................................................................................61

Other Tasks ...................................................................................................................................61

**Version Information window ..........................................................................................................62**

ADVIA o.p. ....................................................................................................................................62

Controller ......................................................................................................................................62

Safety Message ...........................................................................................................................62

Etc. .................................................................................................................................................63

Memo .............................................................................................................................................63

**Using online help ...........................................................................................................................63**

Viewing the content ....................................................................................................................64

**2 Operating the System ................................................................................................................65**

**Start the System ............................................................................................................................65**

Logging on ....................................................................................................................................65

Starting the system .....................................................................................................................65

Performing a system-assisted startup (Start set) ..................................................................66

Checking the analyzer ................................................................................................................67

Set up of daily washes ...............................................................................................................71

Times required to perform prime, washes, and cell blank .................................................72

**Daily Operation ..............................................................................................................................72**

Using workorders .........................................................................................................................72

Using host computer workorders ..........................................................................................72

Creating workorders at the analyzer ....................................................................................73

Creating multiple workorders .................................................................................................73

Deleting or changing test selectivity for multiple workorders ..........................................74

Creating a profile ........................................................................................................................75

Creating a load list ......................................................................................................................75

**Loading patient samples ..............................................................................................................76**

Loading patient samples on the STT .......................................................................................76

Loading patient samples on the optional universal rack handler .......................................77

Urgent samples and manual reruns are run from the onboard sampler (STT) ..............79

**Starting the run ..............................................................................................................................79**

Running calibrators and reagent baselines (RBL) ..................................................................79

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644565

Running control samples .............................................................................................................80
Monitoring samples loaded on the optional universal rack handler .........................................81
Running an interrupt (STAT) sample ...................................................................................81
Monitoring an analysis while it is running .................................................................................82
Processing status ...............................................................................................................82
Sample information and system status ...............................................................................82
Result data information ......................................................................................................83
**Using the Sample Log ............................................................................................................83**
Viewing the sample log entries ...........................................................................................83
Searching the sample log ...................................................................................................84
Deleting a specific sample log entry ...................................................................................84
Deleting all sample log entries ...........................................................................................84
Printing a list of the sample log entries ...............................................................................84
Exporting the sample log entries ........................................................................................85
Reviewing the calibration results .............................................................................................85
Reviewing the sample results ..................................................................................................85
Reporting results .....................................................................................................................85
Real-time reporting .............................................................................................................85
Batch transmission to a host computer ...............................................................................86
Printing sample data ................................................................................................................86
Batch Printing .....................................................................................................................87
**Shutting down the ADVIA Chemistry system ......................................................................87**
Examples of shutdown settings ...............................................................................................88
System available during the night .......................................................................................88
Automatic startup from the Sleep state ...............................................................................88
Automatic startup with analyzer power kept ON ..................................................................88
Performing a system-assisted shutdown (Shutdown set) .........................................................89
**Emergency stop, shutdown, and recovery procedures ......................................................90**
Stopping operation after the analyzer is started ......................................................................90
Managing an expected power outage .......................................................................................90
Responding during a power failure while electric power is still off ............................................90
To resume operations after power is restored ..........................................................................90
**Additional Operating Instructions ........................................................................................91**
Switching Process Sequence and System Test List numbers ...................................................91
Loading the reagent trays ........................................................................................................91
Updating the Cumulative QC ....................................................................................................91
Running  automatic calibration .................................................................................................92
Using multiple reagent containers for the same test ................................................................92
**3 Calibration ...........................................................................................................................93**
**Calibration overview ..............................................................................................................93**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

When to calibrate ..................................................................................................................................93
Setting up the calibration ......................................................................................................................93
   Entering absolute or single-point (STD) calibration methods ...............................................................93
   Entering multi-standard calibration methods .....................................................................................94
   How to calibrate a multi-standard method ........................................................................................95
Running calibration ...............................................................................................................................95
Reviewing the calibration ......................................................................................................................96
Using the Calibration/RBL History window ................................................................................................96

**4 Quality Control** ..............................................................................................................................**99**

**Quality control overview** ....................................................................................................................**99**
When to run control samples ..................................................................................................................99
   Setting up quality control ..............................................................................................................99
   Running the control samples ...........................................................................................................99
ADVIA QC window....................................................................................................................................100
Reviewing the control results at different windows ....................................................................................100

**5 Maintenance** .................................................................................................................................**101**

**Maintenance schedule** .......................................................................................................................**101**

**Daily maintenance** ............................................................................................................................**104**
Inspecting and cleaning the probes ........................................................................................................104
Inspecting and cleaning the mixing rods and mixer wash cups ....................................................................106
Checking reagents and system solutions...................................................................................................108
Inspecting and cleaning the reaction (WUD) and dilution (DWUD) cuvette washers .........................................108
Inspecting and cleaning the cuvette splash covers.....................................................................................110
Inspecting and cleaning the probe wash cups ...........................................................................................111
Inspecting the pumps............................................................................................................................112
Performing the startup wash (WASH3)......................................................................................................114
Performing the shutdown wash................................................................................................................115
Performing additional ISE electrode washes .............................................................................................116
Recording ISE slopes ............................................................................................................................117

**Weekly maintenance** .........................................................................................................................**118**
Performing the weekly wash ..................................................................................................................118
Checking and replenishing the lamp coolant .............................................................................................119
Checking lamp energy ..........................................................................................................................120
   Reading lamp energy data .............................................................................................................122
Measuring cuvette blanks .....................................................................................................................122
   Cell blank measurement results are summarized as follows:.................................................................123
Cleaning the analyzer and rack handler exterior panels ..............................................................................124

**Monthly maintenance** ........................................................................................................................**125**
Cleaning the turntable interiors (STT/CTT and RTT).....................................................................................125
   Cleaning the inside of the STT/CTT housing.....................................................................................125

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644567

Cleaning the inside of the reagent tray refrigerated housing ................................................................126

Cleaning or replacing the wash solution reagent containers (53 – 56) ......................................................127

    Cuvette wash and cuvette conditioner usage ................................................................................127

Cleaning and replenishing the dilution bottle ..................................................................................128

Cleaning and replenishing the cuvette wash bottle............................................................................129

Cleaning the chiller filter......................................................................................................130

Cleaning the large water pump (LWP) filter ..................................................................................131

## Every 2 months maintenance .............................................................................................133

Cleaning the dilution tray cuvettes ...........................................................................................133

Cleaning and replenishing the cuvette conditioner bottle......................................................................134

## Every 3 months maintenance .............................................................................................136

Replacing the lamp ...........................................................................................................136

Washing the electrodes lines .................................................................................................138

## Every 4 months maintenance .............................................................................................140

Cleaning the ancillary reagent bottle filters ..................................................................................140

Cleaning the pure-water bottle filter .........................................................................................141

Replacing the reaction and dilution cuvettes..................................................................................142

## As required maintenance ................................................................................................145

Backing up system files ......................................................................................................145

Restoring system files........................................................................................................146

Replacing the SPP, RPP1, and RPP2 probes ..................................................................................147

    Removing a probe ........................................................................................................147

    Install a new probe .......................................................................................................149

Replacing DPP probes equipped with crash detection .........................................................................150

    Removing the DPP probe cover............................................................................................150

Removing the probe from the probe arm ......................................................................................151

    Install the new DPP probe .................................................................................................152

    Aligning the DPP probe ...................................................................................................153

Replenishing the RRV (reaction) bath oil bottle ..............................................................................153

Preventive cleaning of the wash station lines .................................................................................155

Washing all the ISE lines .....................................................................................................159

    Washing the lines .........................................................................................................160

    Rinsing the lines..........................................................................................................160

    Priming and initializing the ISE module ....................................................................................161

Replacing ISE electrodes......................................................................................................161

    Removing electrodes.......................................................................................................161

    Installing electrodes.......................................................................................................162

    Priming the ISEs .........................................................................................................162

    Calibrating the ISEs.......................................................................................................163

    Storing the reference electrode ............................................................................................163

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644568

Conditioning the Na and K electrodes ............................................................................................... 164

Cleaning the dilution bowl and waste-drain nozzle ........................................................................... 165

Cleaning the dilution bowl ............................................................................................................. 165

Cleaning the waste drain nozzle ................................................................................................... 166

Maintaining the ISE unit after the dilution bowl and waste-drain nozzle are clean ........................... 167

**6 Troubleshooting** ............................................................................................................................ **169**

**7 File Management** ........................................................................................................................... **171**

**Saving the error log to a test file** ................................................................................................... **171**

Capturing the error report: ............................................................................................................. 171

Saving the test data from the User Maintenance window ................................................................... 172

Saving test data ......................................................................................................................... 172

Saving reaction data in CSV format ................................................................................................ 173

Saving a data archive from User Maintenance window ...................................................................... 174

Viewing data that was previously archived ...................................................................................... 175

**8 System Setup** ............................................................................................................................... **177**

**Connecting the ADVIA Chemistry System and your host computer** ............................................... **177**

**Setting the System Monitor** ............................................................................................................ **177**

During operation system settings area ............................................................................................. 178

Pre-operation settings .................................................................................................................. 178

Clot Detection settings ................................................................................................................. 178

**Setting up the ISE** .......................................................................................................................... **178**

Activating the ISE ......................................................................................................................... 178

Setting up ISE parameters ................................................................................................................ 179

ISE calibration ............................................................................................................................. 179

**Configuring reruns** ......................................................................................................................... **180**

Automatically request reruns for flagged samples ............................................................................. 180

Processing the rerun automatically ................................................................................................. 180

Manually requesting rerun using Review/Edit .................................................................................. 180

**Appendix A – Safety Information** ..................................................................................................... **181**

**Warning and hazard statements** ..................................................................................................... **181**

Biohazard warning ........................................................................................................................ 181

Electrical warning .......................................................................................................................... 181

Laser warning ............................................................................................................................... 181

Household bleach warning .............................................................................................................. 182

Ancillary and method reagents warnings .......................................................................................... 182

Regulatory compliance ................................................................................................................... 183

Laser information .......................................................................................................................... 183

**Appendix B – Warranty and Support Information** ........................................................................... **185**

**Limited Instrument Warranty and Service Delivery Policy** ............................................................. **185**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-0644569

Warranty period ..................................................................................................................185

Additional service period..................................................................................................185

Service calls.......................................................................................................................186

    Service during normal hours .....................................................................................186

    Extent of a service call .............................................................................................186

    Service outside normal hours ...................................................................................186

Replacement of parts.........................................................................................................186

Warranty and service exclusions .......................................................................................186

    Design changes and retrofitting of instruments .......................................................188

    OSHA requirements ..................................................................................................188

Software License ................................................................................................................188

ADVIA Contact information .................................................................................................189

    Siemens Offices Worldwide ......................................................................................189

**Appendix C – Customer replaceable parts.........................................................................191**

**Appendix D – Specifications...............................................................................................193**

Specifications – all .............................................................................................................193

**Appendix E – Symbols ........................................................................................................199**

**Explanations of symbols associated with the ADVIA 1800 system ................................199**

Warning and caution symbols............................................................................................199

System operation symbols.................................................................................................200

System rating label symbols ..............................................................................................201

Hardware component symbols ...........................................................................................202

Ancillary reagent symbols .................................................................................................202

Connector symbols ............................................................................................................203

System packaging label symbols.......................................................................................204

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644570

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644571

# 1 System Overview



**Figure 1-1. The ADVIA 1800 Chemistry System**

The ADVIA® 1800 Chemistry System is an automated, clinical chemistry analyzer that can run tests on human serum, plasma, or urine in random access, batch, and STAT (interrupt) modes at a throughput rate of 1200 photometric tests per hour and 600 electrolyte tests per hour.

The ADVIA 1800 Chemistry System is for *in vitro* diagnostic use.

## Operating principle

This sequence summarizes a photometric analysis on the Chemistry System:

1. The system performs cell blank measurements before reagents are added.

2. The first reagent (R1) for a test is aspirated from reagent tray 1 and dispensed by the reagent probe into the cuvette in the reaction tray.

3. Samples on the sample tray or rack handler are aspirated and diluted by the dilution probe, then dispensed into cuvettes in the dilution tray.

4. The dilution mixer stirs the diluted sample.

5. The sample probe dispenses the required amount of diluted sample into the RRV cuvettes (the reagent is already in the cuvettes).

   The system can use the remaining diluted sample in the DTT cuvettes for additional tests on a workorder, a rerun, dilution, or reflex testing.

6. The reaction mixer 1 mixes the first reagent and the sample.

7. The second reagent (R2) for a test is aspirated from reagent tray 2 and dispensed by the reagent probe into the cuvette in the reaction tray.

8. The reaction mixer 2 mixes sample and reagent 1 and reagent 2.

9. The reaction takes place for the amount of time designated in the assay.

10. The spectrophotometer obtains the concentration data every six seconds.

    The spectrophotometer takes measurement readings as the RRV turns.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644572

11. You can view and print the results of the analysis.

12. When measurement is complete, the RRV cuvettes are washed.

13. When the analysis is complete, the lamp energy is checked at each wavelength.

## *Hardware Overview*



1  ISE Buffer Solution
2  Incubation Bath Oil
3  Isotonic Saline Diluent
4  Cuvette Wash Solution
5  Cuvette Conditioner
6  Pure-water Bottle
7  Reaction Bath Oil Pump
8  LWP Pressure Meter
9  Power and Display Panel
10  LWP Inline Filter
11  Level Sensor Connectors
12  Pumps (behind reagent
    bottles)

**Figure 1-2. Analyzer front view**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644573

## Display and power panel



Figure 1-3. Power panel

1 READY lamp lights when the instrument is ready.
2 START lamp lights when analysis is being performed.
3 ALARM lamp lights when a problem occurs.
4 SYSTEM RESET button resets the computer controlling the instrument (not normally used).
5 EMERGENCY STOP button is pressed to stop the instrument in an emergency.

⚠ **WARNING**

If the system was stopped using the Emergency Stop button, you must perform a Weekly wash (WASH2) prior to processing samples.

6 OPERATE/STANDBY switch turns the analyzer power ON (OPERATE) or OFF (STANDBY).
7 POWER lamp lights when the analyzer power is ON.

## Analyzer back view



1 Printer Power Cord (to separate power source)
2 PC Power Cord
3 Monitor Power Cord
4 Main Power Switch (powers the entire instrument)
5 Power Strip
6 To Power Source
7 External Water Supply
8 Fuse Panel
9 Temperature Regulator
10 Drain
11 LAS Interface Cables
12 URH Power Cable

Figure 1-4. Analyzer rear view

Operating the System

15

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## External Circuit Ratings

### External Circuits

Maximum supply current of outlet: 15.0 A at 100V.

### Connected Equipment

Rack handler, Workstation

## Analyzer top view



| | | | |
|---|---|---|---|
| 1 | Sample Tray | 9 | Reaction Mixer 2 (MIXR2) |
| 2 | Sample-Dilution Probe (DPP) | 10 | Reagent Probe 2 (RPP2) |
| 3 | Dilution Mixer (DMIX) | 11 | Reagent Tray 2 (RTT2) |
| 4 | Dilution Tray (DTT) | 12 | Reagent Probe 1 (RPP1) |
| 5 | Dilution Washer (DWUD) | 13 | Reagent Tray 1 (RTT1) |
| 6 | Sample Probe (SPP) | 14 | Reaction Mixer 1 (MIXR1) |
| 7 | Reaction Tray washer (WUD) | 15 | Spectrophotometer Compartment (lid off) |
| 8 | Reaction Tray (RRV) | 16 | Sample Rotate and Sample Pause Buttons |

**Figure 1-5. Analyzer top view**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644575

### *STT rotate and SMP pause buttons*



1  STT Rotation Button
2  LED
3  SMP Pause Button

**Figure 1-6. Location of STT rotate and SMP Pause buttons**

### *Pumps*



1  Sampling Pump (SP)
2  Dilution Aspiration Pump (DIP)
3  Dilution Discharge Pump (DOP)
4  Dilution Wash Pump (DCP)
5  Sampling and reagent wash pump (SRWP)
6  Reagent Dispensing Pump 1 (RP1)
7  Reagent Dispensing Pump 2 (RP2)

**Figure 1-7. Vertical pumps**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644576

## *Workstation (front view)*



1  Mouse
2  Touch-screen monitor
3  Printer
4  Keyboard
5  Personal computer (PC)

**Figure 1-8. Workstation front view**

## *PC (front view)*



1  USB Ports
2  PC power switch. Used to turn the power for the personal computer ON or OFF. Normally, it is left ON.
3  DVD-RW Drive
4  DVD-RW drive access lamp. Lights when reading the CD.
5  Eject CD
6  DVD-ROM drive eject button. Press to remove the CD.
7  PC power lamp. Lights when the power for the personal computer is ON.
8  Hard-drive access lamp. Lights when reading or writing to the hard disk.
9  Reset Switch
10  Access Door

**Figure 1-9. PC front view**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644577

## PC (back view)



1. Modem connectors
2. Sleep ITF board potentiometer
3. Analyzer connector
4. CRT connector
5. Printer connector
6. Serial connector (COM1) LIS
7. Keyboard connector
8. Mouse connector
9. PC power connector
10. Serial connector (COM2) URH

**Figure 1-10. PC back view**

# Reagents

## Reagent mechanisms

The reagent probes (RPP1 and RPP2) aspirate reagent from the reagent trays (RTT1 and RTT2) and dispense it into reaction tray (RRV) cuvettes for analysis, according to specified conditions. Reagent pumps (RP1 and RP2) handle the aspiration and dispensing functions.

## Reagent trays

Reagent trays 1 and 2 (RTT1 and RTT2) contain reagents used for assays (positions 1 - 52) and the detergents used for daily washing and contamination prevention (positions 53 - 56). The reagent probes (RPP1 and RPP2) aspirate the required reagent and dispense it into reaction tray (RRV) cuvettes for analysis.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644578



1 Reagent Probe 2 (RPP2)
2 Reagent Probe 2 Wash Port
3 Reagent Probe 1 Wash Port
4 Reagent Probe 1 (RPP1)

**Figure 1-11. Reagent probes**

Each tray has 56 positions. RTT1 contains the first reagent (R1); RTT2 contains the second reagent (R2).

You can use any reagent container for more than one test item; a test item may require more than one reagent container.

Each reagent tray has a barcode reader (RBC-1 and RBC-2).

### Reagent tray operation

At initialization, the trays rotate clockwise until reagent bottle 1 is in the aspiration position.

After you start a run, the reagent trays move clockwise to position 1, then they rotate clockwise or counterclockwise (whichever results in a smaller rotation) to move reagents to the aspiration position. The number of trays and reagents used depends on the specified assay conditions.

To check the reagent volume and number of tests remaining in a container, use the Reagent Inventory window.



1 Reagent Tray 1 (RTT1)
2 Reagent Tray 2 (RTT2)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644579

**Figure 1-12. Reagent trays**

### RGT Pause button

Use the RGT Pause button to temporarily stop testing, on the analyzer or from a lab automation system, so that reagents can be added or removed at the reagent trays.

**NOTES**

- The text on the RGT Pause button is gray when inactive and black when active. After the button is selected, the RGT Pause process can take some time. The system will safely complete any tests on samples that have been aspirated.
- For more information on using the RGT Pause button, refer to the Online Operator's Guide.

## Reagent pumps



1  Sampling and reagent wash pump (SRWP)
2  Reagent pump 1 (RP1)
3  Reagent pump 2 (RP2)

**Figure 1-13. Reagent pumps**

The reagent pumps (RP1 and RP2) withdraw reagent from the reagent trays, and also discharge the reagent into the RRV cuvettes. The reagent probes execute both actions. During both actions, the reagent pump valves (RPEV1-1, RPEV2-1, RPEV1-2, and RPEV2-2) are closed.

After the reagent is aspirated, the probes move to the wash ports, where their outsides are washed. RPEV2-1 and RPEV2-2 (wash cup valves for RPP1 and RPP2, respectively) are open during this process. This allows water to flow over the outside of the probes.

After the reagent is dispensed, the probes move back to the wash ports, where their insides are washed. RPEV1-1 and RPEV1-2 (valves for RTT1 and RTT2, respectively) open, allowing the sample and reagent wash pump (SRWP) to send degassed water through the probes' insides.

After the wash, the water drains down the wash port.

## Reagent container types

Place reagent containers defined at the Reagent Container Settings window in the reagent trays. The trays can hold 20-mL, 40-mL, or 70-mL wedge-shaped containers.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                        THER-0644580

At this window, you also specify the reagent type (R1 or R2) for each reagent container.

Barcode labels on reagent containers have the test name, expiration date, lot number, and container ID number. You can initiate a barcode scan at the Reagent Inventory window.

# Sampling and analysis of photometric tests

## Sample aspiration

### Sample tray

The sample tray holds patient samples, controls, calibrators, and diluents for measurement. The tray rotates to move the samples to the aspiration position.

The sample tray has two sections:

- **STT** (outer section): Used for general samples and reference samples for multipoint calibrations. It has two rows, each with 42 positions (total 84). You can place serum or urine samples into each position.

  A barcode reader identifies samples in the STT. It can interpret barcode formats Code 39, Interleaved 2 of 5, Codabar, Code 128, and NW7.

- **CTT** (inner section): Used for calibrators, controls, and special purpose diluents. It has two rows. The outer row has 34 positions and the inner row has 27 positions (total 61). The CTT is water-cooled.



1   Sample Barcode Reader
2   Sample Tray (STT)
3   Sample Tray (CTT)

**Figure 1-14. Sample tray**

### SMP Pause

Use the SMP Pause button at the Operation Panel or on the analyzer to temporarily stop sampling so you can add samples to or replace the STT/CTT tray.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644581



1  STT Rotation Button
2  STT Rotation LED
3  SMP Pause Button

**Figure 1-15.  Sample tray rotation and sample pause buttons**

**NOTES**
- The text on the SMP Pause button located on the Operation Panel is gray when inactive and black when active. When the button is gray on the Operation Panel, the button on the analyzer is also inactive.
- To use the sample pause function when the system is running samples from a lab automation system, use the SMP Pause button on the analyzer.
- For more information on using the RGT Pause button, refer to the Online Operator's Guide.

## Sample aspiration and dilution mechanisms

The sample-dilution probe (DPP) aspirates sample from the sample tray (STT), from a laboratory automation system (LAS), or from the universal rack handler, and dispenses it into cuvettes in the dilution tray (DTT), according to the specified assay conditions. The dilution pumps handle the aspiration and dispensing functions.

Using these mechanisms, you dispense the following items into the DTT cuvettes:
- sample diluted with standard diluent
- sample diluted with special purpose diluent
- undiluted sample

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644582

### Dilution pumps (DIP and DOP)



1  Dilution Probe Aspiration Pump (DIP)
2  Dilution Probe Discharge Pump (DOP)
3  Dilution Probe Wash Pump (DCP)

**Figure 1-16. Dilution pumps**

The aspiration pump (DIP) withdraws sample from the sample tray or from an automatic laboratory system (such as a rack handler or lab cell); the discharge (DOP) pump dispenses sample into the DTT cuvettes. The DPP executes both actions. During both actions, the dilution pump valves (DPEV1 and DPEV2) are closed.

After the sample is aspirated, the DPP moves to the wash port, where the outside is washed. Dilution wash-cup valve 2 (DPEV2) is open during this process. This allows water to flow over the outside of the DPP.

After the sample is dispensed, the DPP moves back to the wash port, where the inside is washed. Dilution probe valve 1 (DPEV1) opens, allowing the DCP to send standard diluent (saline 0.9%) through the inside of the DPP.

After the wash, the saline solution drains down the wash port.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644583

### Sample pumps



1  Sampling Pump (SP)
2  Sampling and Reagent Wash
   Pump (SRWP)

**Figure 1-17. Sample pumps**

The sampling pump (SP) aspirates and dispenses samples through the SPP. The solenoid valves SPEV1 and SPEV2 facilitate sampling.

After the sample is aspirated, the SPP moves to the wash port, where it's outside is washed. Solenoid valve (SPEV2) is open during this process, allowing water through the outside of the SPP.

After the sample is dispensed, the SPP moves back to the wash port, where its inside is washed. Solenoid valve (SPEV1) opens, allowing the SRWP to send degassed water through the SPP's inside.

After the wash, the water drains down the wash port.

## Sample dilution

### Dilution tray operation

At the time of system initialization, the tray rotates clockwise until DTT cuvette 1 is in the aspiration position.

During sampling, the DTT rotates clockwise or counterclockwise, depending on which rotation is smaller. For each sample, it performs these actions in a 3-second cycle:

- Moves cuvette to mixer position (after sample is dispensed into DTT cuvette).
- Moves cuvette to aspiration position (after sample is mixed).

  Samples remain in cuvettes until all samples are processed and analysis data is collected. This allows for reassay.

- Moves cuvette to dispense position (after assay is complete and cuvette is washed).

**Exception**: If a sample requires special purpose diluent, the DTT cuvette remains at the dispense position for two dispense cycles (by the DPP).

The cycle repeats until all samples are processed. During each cycle, unused cuvettes are washed.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644584

If an assay is not running, you can operate the unit manually at the Manual Operation window.

### Dilution tray mixer

The dilution tray (DTT) mixer (DMIX) stirs the contents of DTT cuvettes brought to the mixer position. Mixing is performed using a reciprocating rod.



1   Dilution Mixer (DMIX)

**Figure 1-18. Dilution tray mixer**

### Dilution tray mixer operation

At the time of system initialization, the mixer moves to the mixer position, then goes to the down position. If it is already at the mixer position, it is raised, then lowered.

During each 3-second cycle on the DTT:

- The mixer moves up and over to the wash port, where it is washed with deionized water. During this period, the dilution mixer wash valve (DMEV) is open, and (briefly) the mixer rod is on.
- The mixer is raised and moved to the mixer position, where it is lowered into the DTT cuvette. The rod is turned on to mix the sample.
- The mixer is raised from the cuvette and moved back to the wash port. The next cycle begins.

If an assay is not running, you can operate the unit manually at the Manual Operation window.

### Dilution tray wash mechanisms

The dilution washer (DWUD) washes dilution tray (DTT) cuvettes after sample analysis is complete, so they can be reused without risk of contaminating the next sample.

The DWUD has three nozzles, each performing a stage of the wash. Each nozzle works on a different cuvette, so the DWUD washes three cuvettes simultaneously. The cuvettes are being washed in different stages at the same time.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644585

After a cuvette is washed by one nozzle, it moves to the next until washing is complete. While the DTT rotates, the DWUD is in the up position.



1   Dilution Washer (DWUD)

**Figure 1-19. Dilution tray wash mechanism**

### *DPP probe features*

#### Clot detection operation

The clot detection system utilizes a pressure transducer to monitor the pressure in the sample dilution probe line (DPP) for a complete obstruction during the sample aspiration and dispensation cycle. Clot detection is available on the DPP line only.

**IMPORTANT**
Normal sample handling guidelines call for operators to screen samples manually for the presence of clots prior to placing them on the analyzer. The clot detection feature is intended to detect 95% of the samples that are likely to cause complete sample probe obstruction. Clot detection does not eliminate the need to prescreen samples for clots. Partial DPP obstructions are not detected.

The system monitors the pressure at the transducer at four points during the sampling cycle and displays an error if a predefined limit is exceeded at any of the checkpoints. A fifth check occurs at the start of sampling.

- You can toggle clot detection on and off.
- You can deactivate clot detection for calibrator and control materials that require aspirations from the STT or CTT.
- Clot detection is active for samples aspirated from the STT, CTT, rack handler, or other LAS device. Clot detection is inactive when the DPP aspirates from the DTT.

The clot detector is active each time the DPP probe enters a sample, even when multiple aspirations are required. If a sample requires 3 aspirates, the DPP makes all three aspirations, even if a clot is detected. This may cause reporting of partial results. When a sample is flagged for a clot, rerun all of the ordered tests for the sample.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644586

### Liquid level sensing and short sample

The liquid level sensor on the sample-dilution probe (DPP) and the reagent probes (RPP1 and 2) detect the level of liquid. The system then monitors that the probe remains in liquid during the entire aspiration. If there is insufficient liquid, the system alerts the operator in the alarm message line and posts a flag for short sample or insufficient reagent.

### Crash detection

Crash detection is a feature that detects an obstruction in the vertical movement of the DPP probe. If the probe encounters an obstruction, it springs back slightly causing an alert to be posted in the alarm message line. The system also posts a flag and sampling stops.

## Sample delivery to reaction tray

At initialization, the SPP moves (in the up position) to the RRV cuvette, then stops above the wash port. The pumps stop when the SPP is over the RRV cuvettes.

Each sampling cycle consists of these steps:

1. The SPP moves to the aspiration position of the DTT and aspirates the sample.

2. The SPP moves back to the wash port, where deionized water washes the SPP's outside surface.

3. The SPP moves to the RRV and dispenses the sample into a cuvette.

4. The SPP returns to the wash port, where degassed water washes the inside and exterior of the SPP.

5. The SPP is now ready for another cycle.

If an assay is not running, you can operate the unit manually at the Manual Operation window.

### Sampling mechanisms

The sample probe (SPP) aspirates sample from the dilution tray (DTT) and dispenses it into reaction tray (RRV) cuvettes for analysis, according to specified conditions. The sampling pump (SP) handles the aspiration and dispensing functions.

FOIA Confidential Treatment Requested by Theranos                                      THER-0644587
Fed. R. Crim. P. 6(e) material

### Sample probe



1  Sample Probe (SPP)
2  Wash Port

**Figure 1-20. Sample probe**

After aspiration, the SPP is lowered into an RRV cuvette, where it dispenses the sample. The tip of the probe is 2 mm deep into the solution, ensuring that no droplets remains on the tip after withdrawal.

**NOTE**: Unlike the sample-dilution (DPP) and the reagent probes (RPP1 and RPP2), the SPP does not have liquid level sensing. This is because the software is able to calculate the volume of liquid in a DTT cuvette.

## Analysis

### Reaction tray



1  Reaction Tray (RRV)
2  RRV Cuvettes (immersed in oil-heat bath)

**Figure 1-21. Reaction tray**

For each sample assay, the reagent probes (RPP1 and RPP2) dispense reagent into cuvettes in the reaction tray (RRV). Then the sample probe (SPP) dispenses diluted sample into the cuvettes. To produce the reaction, reaction mixers (MIXR1 and MIXR2) stir the mixture.

FOIA Confidential Treatment Requested by Theranos                THER-0644588
Fed. R. Crim. P. 6(e) material

For analysis, the reaction tray rotates the cuvette in front of the spectrophotometer, which measures the absorbance of the cuvette. After analysis, the reaction washer (WUD) washes the cuvettes.

The RRV contains 221 reusable cuvettes (13 sets of 17 cuvettes). Each cuvette contains 80 to 300 µL of reaction liquid.

For sample analysis, the RRV cuvettes are kept at a constant temperature of 37°C by being immersed in the reaction tank, which contains an oil-heat bath.

### Reaction tray operation

At initialization, the tray rotates counterclockwise until RRV cuvette 1 is in the position where the first reagent is dispensed.

After you start a run, the reaction tray moves RRV cuvette 1 counterclockwise to the reagent 1 dispense position. Then the following cycle begins:

1. R1 dispenses into the RRV cuvette.

2. The cuvette moves a half-turn to the sample dispense position.

3. At the same time, an empty cuvette moves to the R1 dispense position, beginning the analysis cycle for the next sample.

4. Sample is dispensed into the cuvette.

5. After three seconds, the cuvette moves another half-turn to the mixer 1 (MIXR1) position.

   The second cuvette moves to the sample dispense position, and an empty cuvette moves to the R1 dispense position (three positions from MIXR1).

   During each half-turn, the spectrophotometer measures the absorbance of the liquid in each of the cuvettes that pass it (across all 14 wavelengths).

6. MIXR1 mixes the reagent and sample, completing the 6-second measurement cycle (spectrophotometer readings occur every other half-turn for the reaction time required by the test).

7. The system continuously dispenses R1 and sample into subsequent cuvettes and are mixed in the cuvettes, until all tests complete and data is collected.

   When required by assay conditions, the RRV stops for the dispensing and mixing of R2.

   You can view measurement data at the Reaction Monitor window.

8. After the required measurements complete, the system washes the cuvettes used for the assay, and checks the lamp energy.

   During each half-turn, unused cuvettes are washed with cell conditioner. Then a cell blank measurement is performed. You can view cell blank results in the Reaction Monitor window.

If an assay is not running, you can operate the unit manually at the Manual Operation window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                     THER-0644589

### Reaction tray mixers

The reaction tray (RRV) mixers (MIXR1 and MIXR2) stir the contents (sample and reagent) of RRV cuvettes brought to their respective mixer positions.

Mixing is performed using a using a paddle that spins and reciprocates. Strong and weak stirring options are available.

Both mixers are located near their corresponding reagent probes. MIXR1 mixes sample with reagent 1 (R1), and  MIXR2 mixes sample with reagent 2 (R2).



1   Mixer 1 (MIXR1)
2   Mixer 2 (MIXR2)
3   Wash Ports

**Figure 1-22. Reaction tray mixers**

### Reaction tray mixer operation

At initialization, the mixers move to their mixer positions, then go to the down position. If a mixer is already at the mixer position, it is raised, then lowered.

During each half-turn on the RRV, the following steps occur (this sequence applies to each mixer; the mixers used depend on the analysis conditions):

1.  The mixer moves up and over to the wash port, where it is washed with deionized water. During this period, the reaction tray mixer wash valve (MWEV1 or MWEV2) is open (depending on the mixer being washed), and (briefly) the mixer rod is on.

2.  The mixer moves up and moves to the mixer position, where it lowers into the RRV cuvette.

3.  The rod turns on to mix the sample and reagent.

4.  The mixer moves up from the cuvette and moves back to the wash port.

5.  The next cycle begins.

If an assay is not running, you can operate the unit manually at the Manual Operation window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644590

### *Reaction tray wash mechanisms*

The reaction washer (WUD) washes reaction tray (RRV) cuvettes after sample analysis is complete. This allows the reuse of cuvettes without the risk of contaminating the next sample.

The WUD has seven nozzles. Each nozzle performs a stage of the wash. Each nozzle works on a different cuvette, so the WUD washes seven cuvettes simultaneously (the cuvettes are washed in different stages at the same time).

After a cuvette is washed by one nozzle, it moves to the next until washing is complete. While the RRV rotates, the WUD is in the up position.

The wash liquids pass through a preheater before they reach the WUD.



**Figure 1-23. Reaction tray wash mechanisms**

### *Reaction washer operation*

At initialization, the WUD moves to the up position. If it is already up, it is lowered, then raised.

To advance the cuvettes to the next wash nozzle, the RRV rotates a half-turn.

**Exception**: After washing by nozzle 4, the tray makes 10 half-turns to move the cuvette with cell conditioner to nozzle 5 position. This is because 12 cuvette positions separate nozzles 4 and 5. During these additional half-turns, two cell blank measurements are performed.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644591

During each half-turn (3-second cycle), the nozzles operate as follows:



| Nozzle | Probe | Description |
|---|---|---|
| 1 | A | Aspirates reaction liquid. |
| | B1 | Dispenses wash water. |
| | H1 | Absorbs overflow liquid (in abnormal conditions). |
| 2 | C1 | Aspirates wash water. |
| | D | Dispenses detergent. |
| | H2 | Absorbs overflow liquid (in abnormal conditions). |
| 3 | E | Aspirates detergent. |
| | B2 | Dispenses wash water. |
| | H3 | Absorbs overflow liquid (in abnormal conditions). |
| 4 | C2 | Aspirates wash water. |
| | F | Dispenses cell conditioner. |
| | H4 | Absorbs overflow liquid (in abnormal conditions). |
| 5 | G | Aspirates cell conditioner. |
| | B3 | Dispenses wash water. |
| | H5 | Absorbs overflow liquid (in abnormal conditions). |
| 6 | C3 | Aspirates wash water. |
| 7 | I | Vacuums remaining liquid from cuvette. |

**Figure 1-24. Nozzle separation**

If an assay is not running, you can operate the unit manually at the Manual Operation window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644592

## Reaction tank

The reaction tank contains non-reactive oil, which keeps the temperature of the liquid in the reaction tray (RRV) cuvettes at a constant 37°C ±0.5°C. A heater and a thermostat control the temperature.



1   Reaction Tank
2   Two Liquid Surface Level Sensors

**Figure 1-25. Reaction tank**

## Spectrophotometer

The spectrophotometer measures the amount of light absorbed at 14 specific wavelengths by liquids contained in reaction cuvettes.

Every six seconds, the reaction tray (RRV) moves cuvettes containing reaction liquid (sample and reagent) in front of a halogen lamp, which sends light through the cuvettes. Each time, a different wavelength is measured.

The photometer then measures the absorbance based on the lamp energy and the optical density of the cuvettes. This process is repeated for as many times and wavelengths as required by the assay conditions.

A cooling tank maintains the lamp temperature.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644593

The system monitors the output energy of the halogen lamp during the cell blank check and after each assay. The operator is alerted if the lamp performance is abnormal.

Use the Lamp Energy Monitor window to ensure that the halogen lamp is functioning normally.



1   Photometer
2   Halogen Lamp
3   Cooling Tank

**Figure 1-26. Location of the Spectrophotometer**

**ISE (electrolyte analyzer)**

The ISE measures the amount of sodium (Na), potassium (K), and chloride (Cl) in serum or urine samples through voltage measurement by ion-selective electrodes.

The sample-dilution probe (DPP) aspirates the sample for electrolyte analysis. The electrolyte analysis uses buffer as reagents.

In a two-stage process, the buffer voltage is measured, then the sample voltage is measured. The difference between these voltages, the reference voltage, and the temperatures of the liquids determine the concentration of Na, Cl, and K in the sample.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644594



| 1 | Reference Electrode | 6 | Dilution Probe (DPP) | 11 | Buffer Pump (BP) |
|---|---|---|---|---|---|
| 2 | Na Electrode | 7 | Sample | 12 | Temperature Stabilizer |
| 3 | K Electrode | 8 | BPEV | 13 | DPEV |
| 4 | Cl Electrode | 9 | ISE Degassing Unit | 14 | DP |
| 5 | Mixer | 10 | Buffer Solution | 15 | Waste Block |

**Figure 1-27. ISE components**

To ensure data accuracy, undiluted sample is aspirated from the sample tray and electrolyte analysis is always performed before photometric sampling.

## *Universal rack handler – functional description (optional)*

The universal rack handler is a separate sample delivery mechanism designed to allow operators to continuously load samples. The operator can load five sample containers into each rack and up to fifteen racks (75 samples) on each rack carrier to improve workflow efficiency. The sample-dilution probe (DPP) aspirates the sample on the rack handler just as it does from the sample tray, from an aspiration position specifically designed for the universal rack handler or another laboratory automation system (LAS).

Use the universal rack handler for routine patient sample analysis only.

Process calibrators, controls, special diluents, reruns, and STAT samples with the onboard sample tray (STT).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644595



| | | | |
|---|---|---|---|
| 1 | Laser Station 1 (LS1) | 9 | Outfeed Pusher |
| 2 | Conveyor 1 | 10 | READY/STANDBY Switch |
| 3 | Conveyor 2 | 11 | Infeed Pusher Arm |
| 4 | Main PCB Chassis | 12 | Infeed Tray |
| 5 | Cross Drive | 13 | Display Panel |
| 6 | Conveyor 3 | 14 | Rack-load Status Indicator |
| 7 | Sampling Station (LS2) | 15 | Outfeed Tray |
| 8 | Outfeed Buffer | | |

**Figure 1-28. Universal rack handler components**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644596

# Software Overview

 **CAUTION**

Load only Siemens-specified software onto your ADVIA Chemistry system PC to avoid loss of data.

This section of the manual describes the software windows available to configure and run your chemistry system. It does not explain how to use these windows. For detailed information on the use of the windows, refer to the online Operator's Guide.

The software controls most of the functions run by the chemistry system. The software, which runs under the Windows operating system, starts automatically when you turn on the PC.

You start the software from the Startup window, and stop it from the Menu Panel.

After the software has started, the Menu Panel and the Operation Panel appear at the top of your screen.

As long as the software is running, these windows remain in the same position (unlike most Windows XP windows). Use the top display option (Systems(s)) to allow other windows to display on top of the Menu Panel and Operation Panel.

## Startup window

The Startup window is the first window you see when you turn on the PC and the last window when you stop the system.

Perform any of the following tasks at this window:
- new start
- restart
- back up and restore system files
- shut down and restart Windows XP

1. At the Menu Panel, select **System(S)** (to open the System menu), then select **Exit(X)**.

2. When prompted, select **Yes**, then select **Yes** when prompted again.

   Windows restarts.

3. When prompted, press **Ctrl - Alt - Delete**.

4. At the Log on to Windows window, enter the Windows User name and Password.

5. Select **OK**.

   The Startup window opens.

If you select **Cancel**, the Startup window closes, leaving you in Windows (you are not able to perform the above functions). To open the Startup window again, restart Windows.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644597

## *Operation Panel*

This window opens after you start the system software from the Startup window.

Use this window for the following tasks:
- perform routine tasks on the Chemistry system
- check the system status and alarm messages

### *Buttons*

You select buttons on the Operation Panel to perform routine tasks.



### *Status and message boxes*

The boxes on the right of the Operation Panel provide information on current system conditions.



1 Operating modes     3 Alarm message box
2 Load status indicator     4 Time remaining indicator

### *Other tasks accessed from System(s) on the Operation Panel*

Use the System(s) list to perform these tasks. To open the menu, select **System(s)** at the top left of the panel.

## *Menu Panel*

The Menu Panel opens after you start the system software (from the Startup window). The window contains the buttons shown below. Use these buttons to access other menus.



**1** Request     **4** QC
**2** Reagent     **5** Maintenance
**3** Calibration     **6** Setup

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644598

### *Other tasks accessed from System(s) on the Menu Panel*

1. To access the drop-down menu, select **System(S)** at the top left of the window.

2. Perform any of the following tasks:
   - log on at a different access level
   - change the system password
   - display version information, and read or write a memo
   - print the screen
   - log on as a different user
   - exit the system

### Logging on at a different access level

Use this procedure to log on as a supervisor or tech_manager (when you start the system, you are automatically logged in as a user). If you are already logged in as supervisor or tech_manager, you can log back in as a user.

1. At the System(S) menu, select **Password**.

2. Enter the new user name (access level) and the corresponding password.

   Or, do not type a password at the Password window to log in as a user.

3. Select **OK**.

   You are now logged in as the new user.

### Changing the system password

Use this procedure to change the password for the supervisor ID.

1. At the System menu, select **Change password**.

2. At the Change Password window, enter the old password, then enter the new password.

3. Enter the new password again in the Confirm password box.

   If you are setting the password for the first time, leave the Old password box blank.

4. To change the password, select **Change**.

   The next time someone logs in with this ID, the new password will be required.

### Displaying version information and reading or writing a memo

Use this procedure to get information about the files currently in the system software.

1. At the System menu, select **Version info**.

   The Version Information window displays the system version number and other information.

2. To close the window, select **Return**.

### Printing the screen

1. At the System menu, select **Screen Print**.

   The entire screen (as it displays on your monitor) prints.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644599

2. Print the screen to the clipboard.

**Logging on as a different user**

Use this procedure to log on a different user. All results obtained for this operator annotates to the corresponding user code from the User Code Settings window.

1. At the System(S) menu, select **Change User**.

2. In the Please enter password box, enter the user password.

   User passwords assigned in the User Code Settings window are not case sensitive.

3. Select **OK**.

   You are now logged in as the new user.

**Exiting the system**

Use this procedure to close the system software.

1. At the System(S) menu, select **Exit(x)**.

2. When prompted, select **Yes**, then select **Yes** when prompted again.

   In a few seconds, the Startup window opens. From there, you can restart the software or shut down Windows.

# Description of software windows

Menu items followed by 1 asterisk (*) are only available from the **supervisor** logon.

Menu items followed by 2 asterisks (**) are only available from the **tech_manager** logon.

# Request windows

Select the **Request** button to display the following Request menu items

## Order Entry window

Each patient sample must have a workorder that contains a sample number and a request for at least one test.

Workorders can be created at your host computer or at the chemistry system.

Perform any of the following tasks at this window:

- use workorders created at your host computer
- create workorders at the analyzer
- create an individual workorder
- create multiple workorders (batch)
- change an individual workorder
- change multiple workorders (batch)
- create a load list
- create a profile
- instruct the system to use system-assigned position numbers

Operating the System

41

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644600

- configure the Order Entry window

### Sample Log window

Perform any of the following tasks at this window:

- view the sample log entries

    The following information is provided for each sample log entry:

    | | | |
    |---|---|---|
    | Asp Date and Time | External | Type |
    | STT | Sample Id | Rerun |
    | CTT | Description | Results |

- search the sample log
- delete a specific sample log entry
- delete all sample log entries
- print a list of the sample log entries
- export the sample log entries

### Test Result Monitor window

Use this window to monitor an analysis while it is running.

At the Test Result Monitor window, you can monitor the following:

- **processing status**

    The center of the window resembles the sample tray. The outer ring is the STT tray; the inner ring is the CTT tray. Each tray position is a circle.

    As the run continues, the circles containing samples change color. The colors indicate the current status of each sample. The color codes are displayed at the lower left of the window.

    **NOTE:** When running controls, please wait, there is a delay before the color coding updates.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644601

## *Sample test status color codes*

The Test Result Monitor window uses seven color codes to represent sample status, and the seven codes are displayed on the window. The Review/Edit window uses these seven codes plus an eighth to indicate that a test for the sample was ordered but not completed. Discrepancies in color are due to the windows' displaying different information. For example, a "complete" sample appears as dark blue on the Test Result Monitor window, indicating that sampling is complete, while in the Review/Edit window the same sample appears as pale blue, indicating that some tests are missing.

 **No sample (white)**

The position number does not contain a sample for this run

 **Untested (gray)**

The run began and a workorder was created for this sample, but the sample was not yet aspirated from the sample tray.

 **In process  (pink)**

At the Test Result Monitor window – the sample was aspirated from the sample tray and was added to the dilution tray.

At the Review/Edit window – the sample is being analyzed or is being rerun.

 **Complete (blue)**

At the Test Result Monitor window – the sample has been aspirated

At the Review/Edit window – analysis or rerun for the sample is complete, and the resultant data is produced.

 **Pending run (yellow)**

The sample was analyzed but it must be reanalyzed. The reanalysis has not yet started.

 **Being rerun (pink)**

The sample is in the process of being reanalyzed.

 **Rerun completed (green)**

The requested rerun for this sample is complete and the resultant data is produced.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644602

- **Sample information and system status**

The button bar at the top of the window displays the Sample Search and Rack or LAS. Sample Info. buttons.

- Press the **Sample Search** button to display a dialog box where you can search for sample information by sample number by STT position (tray number and sample position), or by rack/LAS position (rack number and sample position).

The search returns a Sample Information window showing the sample number, position number, sample status, and the time remaining to complete the analysis of the sample.

- If a rack handler or laboratory automation system (LAS) is in use, select the **Rack or LAS. Sample Info.** button to display the following sample information in the Rack or LAS. Sample Information window:
- Sample barcode number.
- Sample Status (see the status codes listed on the Test Result Monitor window).
- The time remaining to complete the processing of the sample.

**NOTE:** If processing has completed or if there are no samples available for processing when you select the **Rack or LAS. Sample Info.** button, the system displays a message that no sample information is available.

The left side of the Test Result Monitor window displays three panels.

- The System Status panel shows the current operating mode of the system.
- The Sample information panel shows the sample number and sample position of the currently selected position on the STT/CTT graphic. If this is a barcode analysis, the barcode number displays, and the position number is 0-00.
- The code panel shows the color codes used in the STT/CTT graphic to represent sample status.

In the middle of the sample tray display, the tray (TT) number for the current run displays in the TT No. list box. If this is a barcode analysis, the TT number is 0.

To view the status of prior tray samples that are still in process, select the down arrow of the TT No. list box, then select the number of the tray you want to view.

### *Review/Edit window*

 **CAUTION**

Tests on the Review/Edit window must be in the same order as they display at the System Test List window to avoid incorrect positioning of results on the print report. **Do not modify the order** of the test names at the System Test list window after the initial setup. Any repositioning of test names on the System Test list window after initial setup could result in associating already-run tests with the wrong test name.

Perform any of the following tasks at this window:

- review sample results
- configure reruns
- print selected patient results
- transmit selected patient results

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644603

### Reaction Monitor window

Use this window to observe changes in reaction data. The changes are depicted as a function of time, or of the 98 detection points in an analysis.

In the window, you choose a test and a sample for which you want to display a reaction over time. Once you make your choice, a graph is created. You can choose several plots for the graph.

Perform any of the following tasks at this window:
- Check test reaction data over time
- Show the reaction data
- Check the time courses for all wavelengths
- Check cell blank values
- Change the scale of absorbance graph
- Create a file containing test data
- Print the data list

### RealTime Monitor window

Use this window to view and to print new calibration, control, and patient sample results. Results are displayed for each sample after the sample analysis is complete.

### Test Select window*

You select tests in this window for patient and control sample analysis and calibrations.

Use this window for the following tasks:
- Disable ("down") a test.

  For example, a test may be downloaded from a host system to analyzers in your lab, but that test is not run on the ADVIA Chemistry System.
- To "down" a test, select one of the Test Select radio buttons, and deselect it from the corresponding test table.

**NOTE:** You can remove tests for calibrators and controls from the current run using the Calibration and Control windows, but they stay selected for subsequent runs.

### Cup/Tube Assign window*

Use this window to assign container types to each of the 84 positions in the STT sample tray. For the current analysis, you can override the settings in the Temp cup/tube select window.

### Print Report window*

Use this window to print sample data using report layouts created in the Print Format Settings window.

This window is only available from  the supervisor logon. To print reports, go to the Review/Edit window and using the Print Report button.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644604

 **CAUTION**

Tests on the Print Report form must be in the same order as they appear in the System Test List window to avoid incorrect positioning of results on the print report. Do not modify the order of the test names on the System Test List window after the initial setup. If you reposition any test names on the System Test List window after initial setup, results for samples already run could be associated with the wrong test name.

### Statistics window*

Use this window to print statistics related to analysis results.

### Correlation window*

Use this window to create and display correlation charts and the data that displays in the charts.

When needed, use the correlation data to create a real time correction formula in the Analytical Parameters (Chemistry) window (or ISE Parameters of Setting window).

Perform any of the following tasks at this window:
- display charts
- display chart data
- create charts (add data automatically)

  Use this procedure if the measurement data comes from the system

- create charts (add data manually)

  Use this procedure if the measurement data comes from another blood chemistry system

- print charts
- delete charts

### Data Transmit window

Use this window to transmit all test results that you have checked in the transmit column to the host. To see if all of the data is transmitted, check the LIS.

**NOTE:** The LIS mode determines if the test results with completed transmissions are reset.

**NOTE:** You can resize the column displays in the Data Transmit window. The default settings are restored when you exit and re-enter the window.

## Calibration windows

Select **Calibration** to display the following Calibration menu.

### View Calibration Curve window

Use the View Calibration Curve window to review the detailed calibration curve data for a method, to restore a calibration, to monitor calibration trends, to obtain a summary of all calibration information and to view RBL and calibration check information.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644605

**NOTE**: While running calibrations or processing samples, the View Calibration Curve window is closed and cannot be viewed until the analyzer returns to the Ready or Wait mode.

### Calibration/RBL History window

The system stores data for up to 100 calibration/RBL events for each of 2 different reagent lot pairs (R1 and R2), for a total of 200 data sets per method.

Use the Calibration/RBL History window to:

- Review the calibration history for any methods run on the system.
- Print the displayed calibration data.
- Generate a CSV file for displayed calibration data.

### Sample Select window*

Use this window to select the samples for control sample analysis and calibrations, and to temporarily disable a sample so that the rest of a run can proceed.

For example, if you only want to run ISE calibration on serum samples, disable the ISE calibration urine samples. The run proceeds normally, but it does not include urine samples.

Perform any of the following tasks at this window:

- select samples available for control analysis calibration
- print the settings
- clear the settings

### Calibration Setup window*

Use the Calibration Setup window to enter the information required to calibrate each photometric test.

You can request automatic recalibration for each test whenever a new reagent container is loaded or after a user-specified time interval. When a time interval expires, the system recalibrates at the start of the next run.

**NOTE:** You can run tests with 2 different lots of the same reagent but you cannot calibrate the 2 lots on the system at the same time. You have to calibrate them one at a time. After the system calibrates the lots separately, you can place both reagents back on the system and run tests.

Perform any of the following tasks at this window:

- enter absolute or single-point (STD) calibration methods
- enter multi-standard calibration methods
- print the calibration setup information
- delete the calibration setup information
- configure the automatic calibration feature

Operating the System                                                                                    47

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## Maintenance windows

Select **Maint.** to display the following Maintenance menu.

### System Startup/Shutdown Setting window

Perform any of the following tasks at this window:
- perform a system-assisted startup (Start set)
- perform a system-assisted shutdown (Shutdown set)
- perform an automatic startup (Auto start set)

### User Maintenance window

Perform any of the following tasks at this window:
- water blank measurement
- cell blank measurement
- batch printing
- filing of measurement data
- save of text file

### System Monitor window

Perform any of the following tasks at this window:
- verify operating conditions (daily procedures)
- set the system monitor (system settings)

### System Maintenance Monitor window

Perform any of the following tasks at this window:
- enter schedules for maintenance tasks
- monitor the maintenance status of the system
- delete maintenance records

### Lamp Energy Monitor window

Perform any of the following tasks at this window:
- check the spectrophotometer lamp energy
- perform offset analog to digital (AD) measurement

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644607

### ISE Operation window

Use this window to perform various ISE tasks.

There is a display area at the top of the window where you can view the running status.

Perform any of the following tasks at this window:

- buffer prime
- calibration
- wash electrode
- CV check
- interval check
- selectivity check
- final operation

- manual operation
- ISE line wash
- Dilution bowl drain
- initialize
- batch print
- periodic wash
- enter information about each electrode

### ISE Monitor window

Perform any of the following tasks at this window:
- monitor and verify calibration data as a function of time, using history graphs
  - monitor serum or urine calibrations
  - monitor calibration trace data
  - display data from past calibrations
  - *monitor selectivity check data
- print the results
- delete calibration trace data
- change y-axis scale
- transfer calibration data to the ISE

\* The selectivity check must be performed under the supervision of authorized Siemens service personnel. Please call your local technical support provider or distributor.

### Manual Operation window

Perform any of the following tasks at this window:
- operating a unit
- activating or deactivate a unit
- checking unit position values

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

Manual operation of units may be necessary when performing maintenance and troubleshooting tasks.

The window contains a graphical image of the analyzer which depicts the operation you are performing.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644608

**IMPORTANT**
The operating mode must be READY or WAIT for you to run manual operations.

Also, if you cannot perform an operation due to system restrictions, a buzzer goes off and a message displays at the Alarm message box (in the Operation Panel). Select **ALARM** in the Operation Panel for more information and instructions regarding the buzzer.

### On-Line Monitor window

Use this window to monitor the exchange of data between the system and the host computer. The monitor displays the data being exchanged and the control signal codes that ensure accurate transmission of information.

You can view up to 300 data items in the window.

### Error Report window*

Use the Error Report window to review system status and error messages. If the column has a drop-down arrow you can sort the column. You can also search by Samp ID, Safe No, and Test Name.

1.  At the Operation Panel, select the Error Log icon ▲▬▬.

For each message, the following information displays:

| Icon | Samp.ID | Safe. No. |
|---|---|---|
| No. | Test name | Contents |
| Date | Time | Measures |
| Section | FNO | |
| Mode | INDEX | |

**NOTE:** While the Error Report window is displayed, it is not updated. To view new messages, you must close the window, and then reopen it.

### JEOL Maintenance window*

Use this window to perform testing of the tubing connections.

### Liquid Level Sensor Monitor window**

Use this window to check the detection waveform of the liquid level sensors for the sample-dilution (SPP) and reagent (RPP1 and RPP2) probes. In the window, the waveforms are plotted (over time) on three graphs (one for each probe).

#### Monitoring the waveforms

**NOTE:** Access to this window is through a tech_manager logon level only. Please contact your technical service provider or distributor in order to change the default settings on this window.

Set up search conditions, then execute the search. The plot lines display afterwards.

FOIA Confidential Treatment Requested by Theranos                                THER-0644609
Fed. R. Crim. P. 6(e) material

### LAS Monitor window

Use this window to troubleshoot LAS interface issues. The window displays the communication between the analyzer and an LAS on the TCP/IP line.

You can select one of the following options to display in the window:

- **All** displays communication from the instrument to the external interface, and communication from the workstation to the external interface.

- **CPU** displays communication from the instrument to the external interface.

- **WS** displays communication from the workstation to the external interface.

**NOTE:** You can resize the column displays in the LAS Monitor window. When you exit out of the window and return again the default settings are restored.

### Test Utilization Statistics window

Use this window to monitor the test utilization against Patient, Calibrations, and Controls.

**NOTE:** All tests defined on the system are displayed.

## Reagent windows

Select the **Reagent** button to display the following Reagent menu:

### Reagent Inventory window

Use this window to monitor the reagents in the reagent trays (RTT1 and RTT2). The Reagent Inventory window displays the status of all reagents loaded on the reagent trays. The window continuously refreshes with new information, and it updates after each barcode scan.

The Reagent Inventory window automatically opens at start up and remains opened. When using other windows or when you select the X in the upper right corner, the window minimizes to the taskbar at the bottom.

The reagents listed in the window are in alphabetical order.

Perform any of the following tasks at this window:
- monitor reagent positions, number of tests, volumes, and days remaining.
- execute a barcode scan
- deselect a reagent
- print a reagent summary report
- view the Total Test summary
- view the calibration interval review
- pre-calibrate a new reagent lot

### CTT Monitor window

Use this window to monitor the amount of liquid in containers on the CTT tray.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644610

### Reagent Container Settings window

Use this window to enter and display information for non-barcoded reagent containers and start their Days Remaining counter. This window is updated automatically for barcoded reagents.

This information is used by the Reagent Inventory window.

Perform any of the following tasks at this window:
- set the reagent container type, lot number, and expiration date
- start the Days Remaining counter for non-barcoded reagent containers
- print the settings
- clear the settings

### Active Test List window*

Use the Active Test List window to temporarily deactivate a method, so that method-related alarm messages (for example, missing reagents) are not generated. You would use this function if, for example, for tests that you do not run every day.

After you make your selections, activating or deactivating a method, you must initialize the system for the changes to take effect.

The Active Test List window displays all tests loaded on the system, but the deactivated or unchecked tests are grayed out.

**NOTE:** At the Active Test List window, you must select all the tests you expect to run. If a test is not selected, the system skips that test. An error message does **not** display in the Alarm message box on the Operation Panel, but is recorded in the error message log.
- Active is checked if the test is active.
- Test Name displays the name and number of the test.
- R1 Pos No displays the position of R1 on the reagent tray.
- R2 Pos No displays the position of R2 on the reagent tray.

### Reagent Information window*

Use this window to review and edit reagent information, such as on-system stability, calibration frequency, and fill volumes for barcoded reagents and to enter information for non-barcoded reagents.

### Reagent Barcode Maintenance window*

**NOTE:** Access to this window is through a tech_manager logon level only. Please contact your technical service provider or distributor in order to change the default settings on this window.

Use this window to maintain barcode information for the reagents in RTT1 and RTT2. To confirm that the correct barcode is scanned, use the Reagent Barcode Confirmation window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644611

In this window, you can delete specific reagent codes and specific reagent barcodes from the ADVIA reagent barcode database. Only use this function to delete an old reagent code or reagent barcode that may have the same lot number and container number as a new reagent container you want to place on the system. In most circumstances, you do not have to use this functionality.

The barcode maintenance database can store a maximum of 200 reagent codes (assays) and up to 2000 individual reagent barcodes. If the database exceeds the limit of 2000 barcodes, the oldest stored barcode is replaced with the most current barcode.

The reagents are listed in the same order as they display in the System Test List window. The Reagent Barcode and Date Opened on System information for one or more reagents displays when a Reagent Code is selected.

Perform any of the following tasks at this window:

- clear all
- clear reagent code(s)
- clear reagent barcode(s)
- clear specific date
- clear range of dates

## QC windows

Select the **QC** button to display the following QC menu.

### ADVIA QC window

ADVIA QC provides both real-time and long term evaluation of analyzer and method performance.

To automatically transfer data to this QC manager, at the System Monitor window, in the ADVIA QC Transfer area, select **Yes**.

Perform any of the following tasks at this window:

- collect control results
- calculate and display statistical data
- assess data errors
- identify QC violations
- review control results
- create printed reports
- identify and report events such as lot changes and calibration dates

### Real-time QC window

Use this window to review the performance for two controls simultaneously using a Levey-Jennings chart (x-chart) or a twin chart.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644612

**NOTE:** This window is intended to be used when two controls are run for each test. However, you can still use this window if you are running only one control.

### *Daily Precision Control window*

Use this window to view daily control results.

 **CAUTION**

Tests on the Daily Precision Control window must be in the same order as they display at the System Test List window to avoid incorrect positioning of results. **Do not modify the order** of the test names at the System Test list window after the initial setup. If you reposition any test names on the System Test List window after initial setup, results for samples already run could be associated with the wrong test name.

**NOTE:** The maximum number of results displayed in the Daily Precision Control window is 200. When this number is reached, the system deletes the results starting from the first entry and adds new results after the latest entry. The system does not display a message that the maximum number of results was reached.

Perform any of the following tasks at this window:
- view the Levey-Jennings charts (x-charts)
- view the detailed control data information and omit invalid control results
- view the QC summary list
- view the daily QC list
- use daily statistics to establish the Daily QC mean and 1 SD (standard deviation) values
- print the daily x-charts
- delete the daily QC data
- update the QC Cumulative window

### *QC Cumulative window*

Use this window to manage the day-to-day (cumulative) QC information.

Perform any of the following tasks at this window:
- specify the time interval you want to review
- view the Levey-Jennings charts (x-r charts)
- view the detailed control data information and omit invalid control results
- view the QC summary list
- use cumulative statistics to establish the Daily QC mean and 1 SD  values
- print the cumulative x-r charts
- delete the cumulative QC data

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644613

### Control Data Setup window

Use the Control Data Setup window to manually enter the control mean and 1SD limits for evaluation of the daily and the cumulative control statistics. Typically, you enter values obtained from the package insert of a commercial control.

You can also obtain the control mean and 1SD values from the actual control results using the Daily Precision Control and QC Cumulative windows, and then allow the system to load them automatically into the Control Data Setup window. For example: use the procedures to enter data for a pool of patient samples you want to run as a control.

Perform any of the following tasks at this window:
- enter the mean and 1SD values
- print control data registration information
- delete control data registration information
- copy control data registration information

### Sample Select window*

Use this window to select the samples for control sample analysis and calibrations, and to temporarily disable a sample so that the rest of a run can proceed.

For example, if you only want to run ISE calibration on serum samples, disable the ISE calibration urine samples. The run proceeds normally, but it does not include urine samples.

Perform any of the following tasks at this window:
- select samples available for control analysis calibration
- print the settings
- clear the settings

### QC Sample Definition window*

Use the QC Sample Definition window for the following tasks:
- entering the information required to run samples of up to 26 control products
- requesting an automatic run of control(s) after a user-specified number of samples are processed

Perform any of the following tasks at this window:
- enter the sample information for a control
- configure the automatic control feature
- print the control sample information

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644614

## *Setup windows*

**NOTE:** You must log on as a supervisor, tech_manager, or service to access window under the Setup button.

### *System Specification Settings window\**

Use this window to enter settings related to the system configuration.

You can enter or change settings for the areas listed below:

- Settings that take effect after the next New Start
  - basic system composition
  - basic system operation
- Settings that take effect after startup operation from READY state
  - sample containers
  - reagent bottles
- Serum indices specifications

  The settings below are related to serum information items (serum indices), which are involved in creating workorders. If the serum indices for each sample are not selected in the Order Entry window, select one of these settings:
  - Request. item range
  - Compulsory item analysis
  - Not handled
- Set the system monitor
- Set system parameters
- Basic system composition

  These settings allow you to customize general components of the system:

  - ISE
  - Sample bar code
  - Concentrated waste
  - Sample delivery
  - On-line
  - Reagent bar code
- Basic system operation

  These settings are used for retesting of samples
  - Auto. retest
  - Manual retest
- Sample containers

  The settings below specify the sample containers used by the system. You can specify up to 9 container types.

   **CAUTION**

  Normal operation and the volume of sample aspirated depends on the specifications you enter here. Incorrect settings may damage the probes and nozzles.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-0644615

- ◆ Type
- ◆ Container diameters
- ◆ LLS sensitivity
- ◆ Container name
- ◆ Container heights
- ◆ Liq volume judge

- Reagent bottles

  The settings below specify the reagent bottles used by the system. These settings are used in the Reagent Inventory, Reagent Container Set, and Lamp Energy Monitor windows.

   **CAUTION**

  Incorrect settings may result in abnormal data.

  - ◆ Type
  - ◆ Bottle section
  - ◆ Container name
  - ◆ LLS sensitivity

### System Test List window

Perform any of the following tasks at this window:

- Add tests that are used regularly by your system. The tests on the list appear on other windows
- Assign a reagent tray position number for non-barcoded reagents or a reagent code (R-Code) for barcoded reagents

 **CAUTION**

**Do not modify the order** of the tests on the System Test List window after initial setup. If you reposition any tests on the System Test List window after initial setup, results for samples already run could be associated with the wrong test name.

Perform any of the following tasks at this window:

- add tests to list
- remove tests from list
- set the test processing order

### Analysis Order Set window

Use this window to set the order in which tests on the list run. To run tests in the order they displays at the System Test List window, you do not need to use this window.

- print test list items
- assign reagent codes or position numbers

### Analytical Parameters (Serum) window*

Use this window to set the parameters for evaluating the serum indices (lipemia, hemolysis, and icterus).

Perform any of the following tasks at this window:

- define up to five different flagging levels of concern for each serum indices
- select a test item to perform the serum indices analyses
- enter the factor values required to calculate the serum indices result values

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644616

**NOTE:** Operation of the serum indices feature is controlled in the Serum set area of the System Specifications Set window.

### ISE Parameter Settings window**

Use this window to set the analysis parameters for ISE measurement of Na, Cl, and K electrolytes.

Perform any of the following tasks at this window:
- enter settings for individual electrolytes (Na, Cl, and K)
- enter settings for all electrolytes
- check CTT settings

### Reflex Test Settings window*

Use this window to define reflex testing for reagent methods. You can define up to three reflex tests for any given test method based on a set of user defined conditions. When all conditions are true, the specified reflex tests are added to a sample workorder. The system tracks the workorder as a pending rerun until the reflex tests are completed. Reflex tests display in the Prev. val. column in the Review/Edit window.

To define reflex testing for a given method, you must list the reagent in the System Test List window.

### Print Form Settings window**

Use this window to design or edit a print form for sample results. When you print reports from the Print Report or the Review/Edit window, you will select a print form created here.

There are two sample report formats provided:
- A Patient Chart report (Chart.frm) is formatted for a single sample.
- A Consolidated report (Consolid.frm) is formatted for multiple samples.

You create or edit each print form by placing design elements, such as free-text, sample attributes, and result data (for example, test name, result value, and flags) on a form page that has the same dimensions and orientation as the printed page. A grid overlays the form page. This helps you to position precisely the design elements.

Perform any of the following tasks at this window:
- start a new print form or open an existing one
- create or edit a print form
- view the print preview
- print the print form

### Ctrl/Cal Sample Setup window*

Perform any of the following tasks at this window:
- get or view measurement times, container types and comments for control and calibration samples

  The settings are available in the Calibration Setup, QC Sample Definition, and ISE Parameter Settings windows for entering sample tray information.
- determine the tests set to run on a given position.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644617

### Setting System Parameters window**

Use this window to enter or change system parameters, which define the system processing environment.

Perform any of the following tasks at this window:
- define and edit system parameters
- view system parameters
- print system parameters

### New Test Definition window*

Use this window to set up new tests, calibration definitions, sample container definitions, and QC sample definitions. The New Test Definition window provides easy step-by-step procedures.

### Analytical Parameters (Chemistry) window

Use this window to set up chemistry methods.

Siemens methods are predefined when the system is received. For predefined methods, only expected values, rerun conditions, and correction formulas should be modified.

You can define new methods. The system can store up to 200 chemistry methods in this window (including predefined methods).

Methods 1–150 are predefined methods. The analytical conditions are predefined. Some of the fields of the analytical conditions are grayed out and cannot be edited.

**NOTE:** These are Siemens defined methods, only edit user-defined parameters.

Methods 151–200 are reserved for user-defined methods.

**NOTE:** When you change and save your settings in the analytical parameter fields, the version number in the upper-right corner of the window moves up one numerical increment and the date is updated to the current date, for example, from Ver. 2.0.0.yyyymmdd to Ver. 2.0.1.yyyymmdd (in this example the 2 is the software version and the first 0 is the method parameter revision minor number).

In the Analy.Cond.No. box, choose a method, or enter a new method number.

For the selected analytical condition, you can set up:
- normal and abnormal values
- reanalysis conditions
- correction formulas
- sub-analytical conditions
- test liquid parameters
- calculation methods
- CTT positions
- to print methods
- to clear methods
- to copy methods

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644618

### Process Sequence window*

 **CAUTION**

**Do not switch Process Sequence numbers** after control results have been accumulated. Quality control data could be reported for the wrong tests. Patient results are also affected.

Use this window to set the order in which:
- tests display at windows such as Order Entry, Test Select, and Real-Time QC
- tests print

Only tests set up in the windows listed below can be arranged at the Process Sequence window:
- System Test List
- Analytical Parameters (Serum)
- ISE Parameter Settings
- Ratio Parameters

### Ratio Parameters window*

Use this window to create up to 20 ratios with two test items in each. The ratio can contain 2 tests.

### Blank Reagent Settings window**

You must log on as **service** to access this window.

Perform any of the following tasks at this window:
- assign a blank channel
- use the calibration sample from one test for another test

### Contamination Settings window*

Use this window to set the conditions for preventing contamination of reagent probes and reaction tray cuvettes.

Each condition specifies an action to be taken if a specific interferer contaminates a specific receptor. You can set up to 100 conditions each for reagent probes and RRV cuvettes.

Perform any of the following tasks at this window:
- set conditions for avoiding reagent probe contamination
- set conditions for avoiding RRV cuvette contamination
- set conditions for anti-contamination detergent
- print the conditions
- clear the conditions

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644619

### Online Settings window**

Use this window to setup the communications between the system and a host computer.

**NOTE:** Refer to the publication titled LIS Interface Guide for detailed information about this communications protocol.

Perform any of the following tasks at this window:
- set the communication parameters that control the exchange of messages between the system and your host computer
- test the serial port
- select the types of sample results and workorders you want transmitted
- select each test to be transmitted, and assign a host computer test number
- set up the Data Clean check to automatically validate results before transmission

### Alarm Buzzer Settings window**

Use this window to determine when and how the alarm buzzer sounds to alert the operator to status changes and system errors.
- set an alarm buzzer for a system error
- set an alarm buzzer for a status change
- print alarm buzzer settings
- delete alarm buzzer settings

**NOTE:** Please contact your local technical support provider or distributor before changing the default settings on this window.

### User Code Settings window*

Use this window to enter a user code, user name, and user password for up to 50 operators who are authorized to use the chemistry system.

Perform any of the following tasks at this window:
- create/change entries for an authorized user
- delete the user code entries for a specific user
- delete all user code entries
- print a list of the user code entries

## Other Tasks

Use the System(S) menu in the top left corner to perform the following tasks:
- change the Top display option
- log on at a different access level

  Use this procedure to log on as a tech_manager or a supervisor (when you start the system, you are automatically logged on as a user). If you are already logged on as a tech_manger or supervisor, you can log back on as a user.
- change the system password

  Use this procedure to change the password for the supervisor ID.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644620

- display version information and read or write a memo (see Version Information window below)

  Use this procedure to get information about the files currently in the software.

- print the screen
- log on a different user

  Use this procedure to log on a different user. All results obtained for this operator will be annotated with the corresponding user code from the User Code Settings window.

- exit the system

  Use this procedure to close the software.

# Version Information window

Use this window to display version information for files listed below and currently in the software. Select one of the options in the lower left corner of the window.

## ADVIA o.p.

This option displays information on the program files in the system.

| Column | Description |
| --- | --- |
| Group | Indicates the type of program. Programs related to the overall system are in the System group. Other programs are part of groups corresponding to their Menu Panel buttons (for example, Request, Calib.). |
| Process | Brief description of the program's function (often the name of the window it opens). |
| Version | The version of the program being used in this version of the software (does not have to match). |
| File name | The name of the program file. A .EXE extension indicates the file is a program. |
| File date/time | The date the program file was created or last modified. |
| Size | The size (in bytes) of the program file. |

## Controller

This option displays information on the data tables in the system.

| Column | Description |
| --- | --- |
| File name | The name and path of the table. A .TBL extension indicates the file is a table. |
| Version | The version of the program that is being used in this version of the software (does not have to match). |
| Explanation | Brief description of the file. |

## Safety Message

This option displays information on safety message files in the system.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                    THER-0644621

| Column | Description |
|---|---|
| File name | The name of the file. A .MSG extension indicates the file is a message. |
| File date/time | The date the file was created or last modified. |
| Size | The size (in bytes) of the file. |
| Explanation | Brief description of the file's function. |
| Version information | The version of the file being used in this version of the software (does not have to match). |

### Etc.

This option displays information on other files in the system, generally text files shown for informational purposes.

| Column | Description |
|---|---|
| File name | The name and path of the file. A .TXT extension indicates the file is a text file. |
| File date/time | The date the file was created or last modified. |
| Size | The size (in bytes) of the file. |
| Explanation | Brief description of the file's function. |
| Version information | The version of the file being used in this version of the software (does not have to match). |

### Memo

Use this window to write or display memos about the system.

At the Memo window, you can do the following:
- read a memo
- write or edit a memo
- print a memo
- clear a memo

# Using online help

The online Operator's Guide viewer has three functional areas: top (navigation toolbar), left (navigation frame), and right (content frame).

Use the navigation toolbar to access the table of contents, index, search, glossary, and print functions. The following are descriptions of the different areas of the online help.
- Select **Contents** tab and a table of contents displays.
- Select a given subject and a cascading list of relevant subtopics open. Then select a subtopic to display it in the content frame.
- Select **Index** and a searchable keyword index displays.

Enter the first few letters of the term you want to search for in the input box. The index scrolls automatically to the first occurrence of the input text string. Associated help topics

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644622

for the selected keyword are displayed in the bottom frame. Select a topic name to display it in the content frame.

- Select the **Search** tab.

The search interface is displayed. Enter the word you want to search for in the input box and select the ⬛ button. The function searches the entire help database for any occurrence of the word. This may take a few seconds. Help topics which contain an instance of the word are displayed in the bottom frame. Select a topic name to display it in the content frame.

- Select **Glossary**. A glossary of relevant terms displays. Select any word in the list to display its definition in the bottom frame.
- Select the **Print** tab to print information displayed in the content frame. To print the contents of a popup, right-select in the popup and select Print from the menu. If a large image is partially displayed in the content frame, you must enlarge the viewer to display the full image before it can be printed properly.

### *Viewing the content*

Help topics display in a content frame. Some topics, including reference documents and images, appear in a second window. Navigation from these windows, including minimizing, maximizing and closing, use standard Windows conventions.

Some popups display partially outside the viewer content frame. In this case, to view the entire popup, select and drag the lower-right corner of the viewer window to enlarge it and view the complete popup.

Topics have hyperlinks (displayed in teal) or shaded hotspots embedded in text or illustrations that link to displays of related or more detailed information.

- Select teal text to activate hyperlinks.

The hyperlink is bold when the mouse pointer is over it. Hyperlinks using a cascading menu point to additional links. Graphics may have hotspots (shaded green or tabs) that are more detail information, such as a table of values.

- Select the back arrow ⬛ on the toolbar to return to the previously viewed topic or the forward arrow ⬛ to navigate to the topic that was displayed prior to going back.
- To make a popup go away, select outside the popup window.
- Select the viewer back arrow to return to the main content area from a reference document (such as PDF files).

**NOTE:** Your help viewer can resize, but it is recommended that the viewer stay in its default size.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644623

# 2 Operating the System

## Start the System

**NOTE:** Before you start operating the system, please read the Additional Operating Instruction section on page 91.

### Logging on

There are 4 access levels to the system software:

| Level | Password | Comment |
|-------|----------|---------|
| user | no | Intended for routine operation |
| supervisor | yes | Access to some system setup and advanced maintenance features |
| tech_manager | yes | Access to most system setup and advanced maintenance features |
| | | You have to contact your technical service provider or distributor in order to change the default settings on these windows. |
| service | yes | Access for Siemens service personnel |

You are automatically logged on at the user level during startup. No operator is required.

If you log on at the supervisor or tech_manager levels, when done, you should log on to the user level (no password required).

### Starting the system

 **BIOHAZARD**

Before you turn on the system, verify that waste drain is not clogged. Clogging of the drain could result in a potential biohazard.

 **WARNINGS**

- Keep all covers and safety shields in place during system operation to avoid injury or infection.
- When starting up the system, be sure to follow all instructions correctly to avoid loss of data.

 **CAUTIONS**

- Do not use excessive force when opening and closing covers to avoid damage to the hinges.
- Make sure that all probes and washers are free to move without any obstruction to avoid damage to the analyzer.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644624

1. After the power is applied and the Windows operating system is loaded, the ADVIA Chemistry system Startup window displays.

2. Turn on the optional universal rack handler:
   - For the rack handler, set the control panel Standby/On switch to | **(ON)**.
     The ready indicator is green.
   - For the universal rack handler, set the display panel Ready/Standby switch to READY.
     The power indicator is green.

3. At the analyzer power panel, set the Operate/Standby switch (**1**) to **Operate**.





**Figure 2-1. Power panel at Startup**

The power indicator (**2**) is on, and the Start (**4**) and Ready (**5**) indicators start flashing when the communication to the PC is established.

4. At the Startup window, do the following:
   a. In the Please enter password box, enter the user password.
      User passwords assigned in the User Code Settings window are not case sensitive.
   b. Select New Start or Re-start, then select **OK**.
      After a few minutes, the Menu Panel and the Operation Panel open.

5. When the Start and the Ready indicators are off, and the Initialize button on the Operation Panel activates (turns black), select **Initialize**.

6. At the Windows desktop, double-select the rack handler icon.

7. Log on as **supervisor** or **tech_manager**, if required.

## Performing a system-assisted startup (Start set)

1. Verify that sufficient system reagents and wash solutions are available for the startup you want to run.

2. At the Menu Panel, select **Maint**. then select **System Startup/Shutdown Settings**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644625

3. In the Mode set list, select **Start set**.

4. Verify the selections for the startup you want to run.

   If no startup is defined or you want to change an existing one, proceed as follows:

   a. For each of the Proc. set, Set1, Set2, or Set3, you can select one of the following:

      (1) In the PRIME list, select the prime you want run or select **NONE**.

          A Prime is required only if you replenish a system reagent or replace a related component.

      (2) Select the check box next to each wash you want to perform.

      (3) Select **WASH3** for the startup wash.

      (4) If you want to run Cell blank, select the check box next to Cell blank.

          Run Cell blank weekly.

   b. Select **Save**.

   c. To confirm, select **Yes**.

5. In the Select wash routine area, select **Startup**.

6. In the Proc.set list, select the startup setting (Set1, Set2, or Set3) you want to run.

7. Select **Start**.

8. To confirm, select **Yes**.

   The current operating mode displays in the System mode box, and the time remaining to complete the startup displays in the Time until end box. If a cell blank is run, the system prompts you to save the results. When done, the system enters the Ready mode.

9. To halt the startup, do the following:

   a. At the System Startup/Shutdown Settings window, select **Stop**.

   b. In the Select wash routine area, select **Cancel**.

   c. At the Operation Panel, select **Stop**.

## *Checking the analyzer*

1. Inspect the following components:

   **NOTE:** If any of the components require maintenance, refer to the Maintenance Section of this guide or to the online Help for step-by-step procedures.

   - probes
   - mixing rods
   - dilution-cuvette washers (DWUD)
   - reaction-cuvette washers (WUD)
   - probe wash cups
   - cuvette covers
   - pumps for leaks

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644626

2. Verify system operating conditions:

   a. At the Menu Panel, select **Maint.**, then select **System Monitor**.

      Normal and abnormal indicators are listed below.

   b. If there are abnormal indicators, take the appropriate corrective action.

**NOTE:** If you see an abnormal condition, check the Error Report window for more information.

| Operating condition | Normal indicator | Abnormal indicator and corrective action |
|---|---|---|
| **RRV Bath Temp.** | OK | **NG** |
| Temperature status of the heating bath fluid in the reaction tray. The normal temperature range is 37.0 ± 0.5°C. A temperature exceeding 50°C with the thermostat on is overheated. | | Check the level of heating bath fluid and replenish it, if needed. |
| **RRV Bath Control** | OK | **NG** |
| Circuit control that keeps the reaction (RRV) bath temperature in range. | | Check the level of bath oil and replenish, if needed. |
| **RRV Bath Circ.** | OK | **NG** |
| Flow rate status of the heating bath fluid. The status is determined by the flow rate in the RRV Bath Circ. field. | | Make sure that there is a sufficient supply of bath oil. If needed, add more oil to the reaction bath oil bottle. |
| **RRV Bath Circ. Rate** | 3000 - 5000 mL/min. | **<3000 or >5000 mL/min.** |
| Flow rate of the heating bath fluid, in mL/minute. A flow rate <2000 mL/minute or >6000 mL/minute is considered abnormal. | | Fill the incubation bath oil bottle with more oil. Adjust the flow regulator valve. |
| | | Make sure the bath oil is circulating properly in the constant temperature bath. |
| **RRV Oil Level** | OK | **NG** |
| Status of the quantity of heating bath fluid. Insufficient liquid is detected by liquid level sensors in the bath. If insufficient liquid is detected, more oil is pumped into the bath. | | Check the level of heating bath fluid and replenish it, if needed. |
| | | Check the bath oil bottle. |
| **Oil Bottle Level** | OK | **NG** |
| Status of the quantity of heating bath fluid in the bottle. Insufficient liquid is detected by a liquid level sensor in the bottle. | | Fill the incubation bath oil bottle with more oil. Make sure the liquid level sensors are positioned correctly. |
| **Wash vol.** | OK | **NG** |
| Status of the water volume of the deionized water bottle. Insufficient liquid is detected by the deionized water bottle level sensor. | | Fill the pure-water (deionized) bottle. |
| | | Deionizers produce less water at colder temperatures. If the temperature is lower than normal, a supply problem may exist. |
| | | Also, check your exterior water supply to confirm that it is adequately supplying the internal water bottle. |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644627

| Operating condition | Normal indicator | Abnormal indicator and corrective action |
|---|---|---|
| **Diluent vol.** | OK | **NG** |
| Indicates the status of the liquid volume of diluent (saline solution). Insufficient liquid is detected by a liquid level sensor in the bottle. | | Fill the diluent bottle with 0.9% saline solution. Make sure the sensor is in the proper position. |
| **Cuv. Wash Vol.** | OK | **NG** |
| Status of the liquid volume of cuvette wash solution. Insufficient liquid is detected by a liquid level sensor in the bottle. | | Fill the cuvette wash solution bottle. Make sure the sensor is in the proper position. |
| **Cuv. Cond. Vol.** | OK | **NG** |
| Status of the liquid volume of cuvette conditioner. Insufficient liquid is detected by a liquid level sensor in the bottle. | | Fill the cuvette conditioner bottle. Make sure the sensor is in the proper position. |
| **Conc.wast.tank** (if installed) | OK | **NG** |
| Status of the volume of the optional concentrated waste tank. A sensor monitors whether the tank is filled with waste. | | Empty the concentrated waste tank. If there is still a problem, check the tubes for obstructions. |
| **Waste tank** | OK | **NG** |
| Status of the volume of the optional waste tank. A sensor monitors whether the tank is filled with waste. | | Verify that the waste tubes are free of obstructions. If the problem persists, contact your local support provider or distributor. |

3.  Check the availability of the reagents and wash solutions:

 **WARNINGS**

- Read and follow the cautions on the box and label before handling any reagents. Some method and system reagents are classified as hazardous material.
- Avoid contact of method or system reagents with skin and eyes. These materials can cause infection and burns. Wear suitable protective clothing, gloves, and eye/face protection. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. In case of contact with skin, immediately wash with soap and water.
- Avoid inhaling chemical vapors. If you inhale chemical vapors, promptly leave the area and seek fresh air.

 **CAUTIONS**

- Turn the analyzer to **Standby** or turn the main power switch to **OFF** if any water or reagent spills into the analyzer to avoid injury or damage to the system. Using alcohol preps or lint-free towels moistened with 5% bleach solution, clean the surfaces and trays (see *Maintenance* section for detailed procedures). If any liquids spilled inside the analyzer, contact your local technical support provider or distributor.
- Use only Siemens-recommended ancillary reagents to avoid erroneous test results.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644628

a.  Visually check the system reagents.

b.  Perform a prime after replacing any system ancillary reagents.

c.  At the Operation Panel, select **Prime**.

d.  Select **PRIME 2**, then select **Execute**.

e.  Visually check the ISE reagents.

f.  Perform a prime after replacing the ISE Buffer:

    (1)  At the Menu Panel, select **Maint.**, then select **ISE Operation**.

    (2)  In the Times box of the Bufferprime area, type the number of prime cycles you want (**20** is recommended).

    (3)  Select **Execute**.

g.  Visually check the controls and calibrators on the calibrator/control tray.

h.  Visually check the wash solutions.

i.  Visually check the lamp coolant level.

j.  Check the method reagents in the reagent trays:

    (1)  At the Menu Panel, select **Reagent**, then select **Reagent Inventory**.

    (2)  At the Reagent Inventory window, determine if any reagents need replenishing.

    (3)  Replace any expired reagents.

**IMPORTANT**
Do not move reagent containers on RTT1 or RTT2 after a barcode scan has been performed. This can cause erroneous results.

If the operator accidentally switches barcoded reagents (R1 reagent is loaded on RTT-2 and R2 reagent is loaded on RTT-1) and performs a reagent barcode scan, and error message displays to alert the operator.

- Replace barcoded reagent containers as follows:

    1.  Place the reagent container(s) in any empty position.

    2.  For multiple reagent methods, place R1 on reagent tray 1, and place R2 on reagent tray 2.

    3.  Load multiple containers for each reagent on one tray.

    A maximum of 8 reagents can be loaded for the same method.

- Replace nonbarcoded reagent containers as follows:

    1.  Place the reagent container(s) in the same position.

    2.  For multiple reagent methods, place R1 on reagent tray 1, and place R2 on reagent tray.

    You can load more than one container for each reagent. You must specify the reagent at the System Test List window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644629

3.  After replacing the reagent(s), you must establish the correct on-system stability.

    a.  Minimize the Reagent Inventory window.

    b.  At the Menu Panel, select **Reagent**, then select **Reagent Container Settings**.

    c.  At the Reagent Container Settings window, locate the replaced nonbarcoded reagent.

    d.  Enter the correct reagent Exp. date in the form YYYYMMDD.

    e.  Select the **O (Open)** button to open the replaced reagent container and initialize the Days Remaining counter.

**NOTE:** If you replace only 1 of the reagents of a 2-reagent method and the replaced reagent has a new lot number, the system alerts you that a reagent pair does not exist. You should change both reagents at the same time. If the 2 reagents that you replaced have new lot numbers, you must re-calibrate the new set of reagents before you continue to run samples.

    (1)  At the Menu Panel, select **Reagent**, then select **Reagent Inventory**.

    (2)  Execute a Barcode Scan at the Reagent Inventory window.

    (3)  Evaluate calibration status.

4.  Perform a start-up wash.

## Set up of daily washes

**WASH 3 or Startup wash, 26 minutes**

| | |
|---|---|
| CTT position 51 | DI water (tube) |
| RTT1 position 56 | DI water (70-mL container) |
| RTT2 position 56 | DI water (70-mL container) |

**WASH 2 or Shutdown wash, 38 minutes**

| | |
|---|---|
| CTT position 15 | ISE detergent (cup) |
| CTT position 16 | DI water (tube) |
| CTT position 49 | 10% cuvette wash (tube) |
| CTT position 50 | DI water (tube) |
| RTT1 position 55 | 10% cuvette wash (70-mL container) |
| RTT1 position 56 | DI water (70-mL container) |
| RTT2 position 55 | 10% cuvette wash (70-mL container) |
| RTT2 position 56 | DI water (70-mL container) |

**Weekly wash set up**

Same as WASH 2, except replace the 10% cuvette wash with 5% reagent probe wash in both the CTT and RTT positions.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644630

### *Times required to perform prime, washes, and cell blank*

**Typical times**

| Operation | Cycles | Time (minutes) |
|-----------|--------|----------------|
| PRIME1 | 5 | 1:40 |
| WASH1 | 1 | 9:10 |
| WASH2 | 2 | 38 |
| WASH3 | 1 | 26 |
| Cell blank | NA | 14 |

### Times for combined operations during startup and shutdown

**Startup**

- PRIME1 + WASH3 = 28 minutes
- PRIME1 + WASH3 + Cell blank = 42 minutes

**Shutdown**

- WASH2 + System End + Power OFF = 39 minutes
- **Automatic startup**
- PRIME1 + WASH3 = 28 minutes
- PRIME1 +WASH3 + Cell blank (wait for CB Temp) = 72 minutes
- PRIME1 + WASH3 + Cell blank (no wait for CB TEMP) = 42 minutes

# *Daily Operation*

## *Using workorders*

### *Using host computer workorders*

1.  Create the workorders at your host computer.

    Each patient sample must have a workorder that contains a sample number and at least one test request.

    **NOTE:** Stop here if you do not want to download workorders manually from the host computer before operation. Instead, use the Automatic item select feature in the Automatic transfer area on the Online Settings window.

2.  Download workorders to the chemistry system:

    a.  At the Menu Panel, select **Request**, then select **Order Entry**.

    b.  Select **Host request**.

    c.  In the Entry format area, select the means for identifying the first workorder in step 2e.

    d.  In the Last no. entry format area, select the means for identifying the last workorder in step 2f.

    e.  In the Start no. box, identify the first workorder you want downloaded.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644631

f.  In the Last no. box, identify the last workorder you want downloaded or enter the number of workorders you want downloaded.

g.  Select **Execute**.

After the workorders are downloaded, you can manage them in the same way as the system workorders.

If a workorder already exists for the sample, the host workorder is used. See managing host and system workorders for details.

### *Creating workorders at the analyzer*

1.  At the Menu Panel, select **Request**, then select **Order Entry**.

2.  Select **Routine** or **Interr**.

3.  In the Posi.no. boxes, enter the sample position number.

4.  In the Samp.no. box, enter the sample identification number.

5.  Verify that the System Dilution Mode, Container Type, Sample Type, Dil. factor, Sex, and Blood collection date entries are correct.

6.  As needed, provide entries for Comment and Age.

7.  Order tests by any of the following methods:
    - In the Test table, select each test or ratio you want to run.
    - In the Test-tbl no. box, enter the number of each test you want, then press the period (.) key.
    - In the Profiles area, select each profile you want to run.

8.  To de-select all tests, select **Delete Tests**.

9.  To confirm, select **Yes**.

10. To erase all entries, select **Batch Func**.

11. To confirm, select **Yes**.

12. Select **Enter**.

    The Number of workorder box increments. Automatic incrementing is assigned using the Entry Setup window. If autoincrement is on, a new workorder displays with the next sample number and position number incremented.

13. You can create another workorder or select **Exit** to leave.

If necessary, select **New** to clear the window for entry of the next workorder.

### *Creating multiple workorders*

1.  At the Menu Panel, select **Request** then select **Order Entry**.

2.  Enter information for the first sample:

    **NOTE:** Enter only those items you want replicated.

    a.  Select New located above the Enter.

    b.  Select Routine or Interr.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644632

    c.  In the Posi.no. boxes, enter the starting sample position number (Tray and Cup numbers).

    d.  In the Samp.no. box, enter the starting sample identification number.

    e.  Verify that the System Dilution Mode, Container type, Sample type, Dil. factor, Sex, and Blood collection date entries are correct.

    f.  As needed, provide entries for Comment and Age.

    g.  Order tests by any of the following methods:

- In the Test table, select each test or ratio you want to run.
- In the Test-tbl no. box, enter the number of the test you want followed by a period (.).
- In the Profiles area, select each profile you want to run.

3. Select Batch Entry.

4. Select Samp.no., Posi.no., or Batch entry button, then enter corresponding information in the selected box.

5. Select **Execute**.

**NOTE:** The Posi.no. and Samp.no. fields increment by the number of workorders requested from Batch Entry.

### *Deleting or changing test selectivity for multiple workorders*

1. At the Menu Panel, select **Request** then select **Order Entry**.

2. Select **Batch Func**.

3. Perform any of the following tasks at the window:
   - To erase workorders, select **Delete workorder**.
   - To change the test selectivity, select **Test correct**.

4. In the Entry format area, select the means of identifying the first workorder in step 6.

5. In the Last no. entry format area, select the means of determining the last workorder in step 7.

6. In the Start no. box, identify the first workorder you want changed.

7. In the Last no. box, identify the last workorder you want changed or type the number of workorders you want changed.

8. If Testcorrect was selected in step 3, select **Test Table**.
   - To add a test, select it.
     The check mark must appear bold.
   - To delete a test, double-select it. The check mark must appear dim.

9. Select **Return**.

10. Select **Execute**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644633

## Creating a profile

1. At the Menu Panel, select **Request**, then select **Order Entry**.

2. Select **Create Profile**.

3. In the Profile set no. box, enter the profile number (1 to 150).

4. In the Comment box, enter appropriate text.

   Because the first 8 characters are used to identify the profile on the Order Entry window, you can use these characters for the profile name, and the remaining space for any additional information.

5. Select **Test table**.

6. Select each test you want in the profile, then select **Return**.

   Select buttons below the Test table to get more tests.

7. Select **Execute**.

## Creating a load list

**NOTE:** A load list contains only workorders that have position numbers. To include workorders currently without position numbers, use Creating List.

1. At the Menu Panel, select **Request**, then select **Order Entry**.

2. Select **Create List**.

3. Select **All** or, if you want to specify a range of position numbers, select **Posi.no**.

4. If you selected **Posi.no.**, define the tray and cup position.

   a. In the Last no. entry format area, select the means of determining the last sample in step 4c.

   b. In the Start no. box, enter the position number for the first sample in the load list.

   c. In the Last no. box, enter the position number for the last sample in the load list or type the number of samples you want in the load list.

5. Select **Execute**.

   The system creates the load list and displays it at the **Worksheet** window.

6. To print the load list, select **Print**.

Operating the System                                                                                      75

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644634

# *Loading patient samples*

## *Loading patient samples on the STT*

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

 **LASER WARNING**

Do not stare into the beam.

 **BIOHAZARD**

Follow your laboratory standards and local environmental rules and regulations to
avoid risk of infections when disposing of biohazardous materials, such as samples
or analyzer parts that come in contact with medical waste.

**NOTE:** Before starting a run, you must load control and calibrator samples on the onboard
sampler.

1. Remove the sample tray evaporation cover.

2. Remove any completed samples and dispose of them in accordance with laboratory
   procedure.

3. Load samples while the sample tray is in the sampler, or remove the tray.

   To remove the sample tray, release the safety latches at position numbers 49 and 70,
   then grasp the sample tray by its handles and lift it out of the sampler well.

4. Loading the samples.

   a. When using barcode labels:

      - Clean and properly position barcode labels on the sample tube.

      - Make labels face outward and visible through the slot in the sample-tube
        holder.

      - Labels on tubes loaded in the inner ring (positions 43 through 84) must be
        visible between the sample-tube holders in the outside ring.

   b. When not using barcode labels, you must load each sample into the sample
      position number entered on the workorder.

   c. Load sample cups into a plastic adapter.

      This adapter can hold two cup sizes. If the cup does not fit, remove the adapter
      and try the other end.

   d. Using barcode labels with a sample cup, insert the sample cup into a sample tube
      that has the correct label.

      - You can use Ezee Nest cups in primary sample tubes.

FOIA Confidential Treatment Requested by Theranos                                    THER-0644635
Fed. R. Crim. P. 6(e) material

 **CAUTION**

Make sure that all sample containers (including tube-cup combinations) are defined at the System Specification Settings window to avoid probe crashes.

5. Replace the sample tray if it was removed in step 3 and press down on the locking pins to secure the tray.

6. Replace the sample tray evaporation cover.

 **CAUTION**

Seat the STT cover within the two alignment pins. The dilution probe access holes must be at the back, and the arrow labels must be aligned next to each other to avoid probe crashes.

## *Loading patient samples on the optional universal rack handler*

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

 **LASER WARNING**

Only field personnel trained by Siemens should access laser assemblies.

**IMPORTANT**

Define container types for use on either the universal rack handler (LAS) or the onboard sample tray (STT).

When you use the same sample rack on the rack handler and on an ADVIA Centaur system, select allowable tube sizes from the table below. You must use the same tube size for every tube in a rack.

| Tube Type | Size | Manufacturer | Description |
|---|---|---|---|
| Ht+Sample cup Hitachi | 13 x 38 | Hitachi | Conical bottom in 16 x 15 round bottom holder |
| Small transfer | 12 x 75 | Various | Round bottom |
| Large transfer | 16 x 100 | Various | Round bottom |

Because the aspiration positions for the rack handler and the sample tray may be at different heights, each container type must be defined separately in each sampling mode, LAS, or STT. That is, if the same container is to be used on the rack handler and the sample tray, it has to be defined as two different container types, one for LAS and one for STT. The system defaults to container set #1 when a container is not specified with the host workorder.

**NOTE:** If you are running patient samples on the onboard sample tray, you must load the samples before starting the run. On the optional universal rack handler, load the rack carrier on the infeed tray and push the Start/Pause switch to start the run. Control and calibrator samples must be loaded on the onboard sampler (STT).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644636

1. If the rack handler is not turned on, set the rack handler READY/STANDBY switch to **READY**.

2. At the Windows desktop, double-select the rack handler icon.

   You must use barcode labels to identify each sample. (Position numbers cannot be used.) Properly affix each barcode label and make it visible through the slot in the rack.



**Figure 2-2. Loading sample onto rack**

3. Load the racks with the sample tubes and slide the loaded racks onto the rack carrier.

    **CAUTION**

   You must have a unique barcode label on each rack to avoid universal rack handler user errors.

   If you use the same sample rack on the rack handler and on an ADVIA Centaur system with the same ID labels but different series numbers (2, 3, 4), the rack handler reads the barcodes as duplicate rack IDs. This can cause software errors.

4. Load racks onto the carrier.

5. Lift the carrier by the handle and place it on the infeed tray.

6. Push the Start/Pause switch to start the rack handler.

    **CAUTION**

   Do not push the carriers back into the outfeed buffer if for any reason you must remove the carriers manually from the system.

   When the top cover is raised and the infeed pusher arm is in the up position, avoid injury by bending over and coming into contact with the pusher arm.

7. For continuous loading of new rack carriers, push the Start/Pause switch and hold it for ten seconds until the rack handler status display reads Continuous feed.

   When the barcode reads a label, the corresponding sample indicator turns green.

   The sample indicator turns red if the sample tube is detected, but the barcode label cannot be read. If the sample tube is not detected, the sample indicator will not glow green or red.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644637

### Urgent samples and manual reruns are run from the onboard sampler (STT)

1. Verify that a workorder or rerun request exists for each STT sample.

2. At the Operation Panel, select **Pause**.

   The operation mode changes to Pause Shift, then to Pause. A short delay may occur while the analyzer changes operational states.

3. Load samples on the STT.

4. At the Operation Panel, select **Start**.

5. Complete the Start Conditions window and start the run.

   Make sure to select the **Analyze box** for the onboard sampler.

   After aspirating the STT samples, the system resumes sampling from the rack handler if racks are available, or it will enter the Watch mode while waiting for the next rack.

## Starting the run

 **WARNING**

   If the system was stopped using the Emergency Stop button, you must perform a Weekly wash (WASH2) prior to processing samples.

1. In the Operation Panel, select **Start**.

   The Start Conditions window displays.

2. Perform any of the following tasks on this window:
   - run calibrators and reagent baselines (RBL)
   - run control samples

   You cannot run multipoint calibrations, while you are running patient samples from the STT tray.

   Run patient samples:
   - from the STT
   - from the optional universal rack handler or external transport

3. To begin the run, select **Start**.

### Running calibrators and reagent baselines (RBL)

1. Select **Multipnt.smp. Analyze**, then select **TT No. 98** or **99** to select the STT tray number.

2. Select **One-pnt.smp. Analyze**.

   You can select both calibration types.

3. Select **Ordinary calib.** or **Special calib**.

4. To remove any tests you do not want calibrated in this run, select **Temp.item select**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644638

5. To remove any calibrators you do not want used in this run, select **Temp.sample select**.

   To run only a reagent baseline (RBL) or blank rate, select only the blank solution.

### *Running control samples*

1. Select **Control smp. Analyze**.

2. To remove any tests you do not want run on the controls, select **Temp.item select**.

3. To remove any controls you do not want used in this run, select **Temp.sample select**.

### From STT

1. Make sure the samples are loaded.

2. In the Ordinary sample area, next to Routine smp, select **Analyze**.

   This activates other fields.

3. To specify how the samples are identified, in the Ordinary sample area, next to Analyze mode, select **Barcode** or **Cup posi.**

   If you select **Barcode**, the system scans the entire STT tray for barcodes.

   You can choose to scan for a single tray position or for a range of positions as follows:

   a. In the boxes to the right of Analyze, enter the range of positions you want to scan.

      For example: If you enter **50** and **60**. The system scans for barcodes within this range and will aspirate only from positions at which it found barcodes.

   b. If you want the system to aspirate sample from a specific position or specific range of positions, select **Cup posi**.

   c. Enter the tray number.

   d. In the boxes to the right of Analyze, enter the position or range of positions from where you want the system to aspirate samples.

4. Select **Temp.cup/tube select** to change container types and select samples for priority processing.

   You can select more than one position at a time and to assign the same container type to all.

5. To begin the run, select **Start**.

### From the optional universal rack handler or external transport

1. Select the second **General smp. Analyze** box (below Out side analyze).

2. To begin the run, select **Start**.

3. Load the racks on the rack handler or the universal rack handler.

FOIA Confidential Treatment Requested by Theranos                                    THER-0644639
Fed. R. Crim. P. 6(e) material

## *Monitoring samples loaded on the optional universal rack handler*

1. At the universal rack handler Operation Panel window, select **View** on the menu bar, then select **Rack Handler Operation Monitor** or press **F8**.

   Perform any of the following tasks at the Rack Handler Operation Monitor window:

   - follow the progress of each rack through the rack handler
   - locate racks that contain sample tubes with non-read labels
   - find a specific rack or tube currently on the rack handler
   - skip un-sampled racks
   - clear rack ID numbers where non-read ID samples occurs
   - edit non-read tube IDs

   Perform the following tasks at the universal rack handler:

   - enter a sample ID for non-read labels at the Edit Non-Read Tube ID window
   - obtain a summary of the current rack handler activity at the Data Monitor window
   - view and print all the racks/samples processed by the rack handler on a day-by-day basis at the Review Data window

2. Use the Review/Edit window on the ADVIA software to determine when results are available.

### *Running an interrupt (STAT) sample*

#### Running an interrupt sample when sampling is in progress (START)-SMP LOAD NG

1. Download or create the sample workorder and select **Interr.** (interrupt) option on the workorder.

   **NOTE:** You can also select the priority using the Cup/Tube Assign window if the sample is already on the sample tray and already has a workorder.

2. At the Operation Panel, select **Pause** to halt sampling.

3. Load the new sample on the sample tray (STT).

4. At the Operation Panel, select **Start** to resume sampling.

#### Running an interrupt sample when sampling has stopped (STOP)-SMP LOAD OK

1. Select Interr. (interrupt) option on the sample workorder.

2. Load the sample on the sample tray (STT).

   **NOTE:** Priority can be set using workorder Interr. designation and the Cup/Tube Assign or Sample confirmation window that displays after reading the barcoded samples.

3. To begin sampling, at the Operation Panel, select **Start**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material
THER-0644640

## *Monitoring an analysis while it is running*

1. At the Menu Panel, select **Request**, then select **Test Result Monitor**.

2. Monitor any of the following at this window:
   - processing status
   - sample information and system status
   - result data information

   When the run is completed, the operating mode display becomes END, then returns to READY.

3. Close the window.

### *Processing status*

The center of the window resembles the sample tray. The outer ring is the STT tray and the inner ring is the CTT tray. Each tray position is a circle.

As the run continues, the circles containing samples change color. The colors indicate the current status of each sample. The color codes are displayed at the lower-left of the window.

For additional information about the color codes see page 42.

### *Sample information and system status*

The button bar at the top of the window displays the Sample Search and Rack or LAS. Sample Info. buttons.

- Press the **Sample Search** button to display a dialog box where you can search for sample information by sample number by STT position (tray number and sample position), or by rack/LAS position (rack number and sample position).

  The search returns a Sample Information window showing the sample number, position number, sample status, and the time remaining to complete the analysis of the sample.

- If a rack handler or laboratory automation system (LAS) is in use, select the **Rack** or **LAS. Sample Info.** button to display the following sample information in the Rack or LAS. Sample Information window:
  - Sample barcode number.
  - Sample status (see the status codes listed on the Test Result Monitor window).
  - The time remaining to complete the processing of the sample.

  **NOTE:** If processing has completed or if there are no samples available for processing when you select the Rack or LAS. Sample Info. button, the system displays a message that no sample information is available.

The left side of the Test Result Monitor window displays three panels.

- The System Status panel shows the current operating mode of the system.
- The Sample information panel shows the sample number and sample position of the currently selected position on the STT/CTT graphic. If this is a barcode analysis, the barcode number displays, and the position number is 0-00.
- The code panel shows the color codes used in the STT/CTT graphic to represent sample status.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644641

In the middle of the sample tray display, the tray (TT) number for the current run displays in the TT No. list box. If this is a barcode analysis, the TT number is 0.

To view the status of prior tray samples that are still in process, select the down arrow of the TT No. list box, then select the number of the tray you want to view.

### Result data information

The right side displays result data for the sample most recently processed.

**NOTE:** Some results may not display because of limits in the display area.

- Each sample is identified by sample number, tray and position number, sample type, and dilution factor.
- The tests performed are listed with their result values.
- If real time print parameters have been set, results print as they become available.
- A result may indicate that a special circumstance was found. For example, if sufficient sample was not available, the "s" flag displays in the results.

## Using the Sample Log

1. At the Menu Panel, select **Request**, then select **Sample Log**.
2. Perform any of the following tasks at this window:
   - view the sample log entries
   - search the sample log
   - delete a specific sample log entry
   - delete all sample log entries
   - print a list of the sample log entries
   - export the sample log entries
3. Close the window.

### Viewing the sample log entries

1. In the list box, select the file containing the sample log entries you want displayed.

   The file for the current day is selected automatically.

2. Select the types of sample entries you want to display:
   - Select **ALL** to view all sample entries.
   - Select **Routine/Ctl** to view patient and control sample entries.
   - Select **Routine Only** to view patient sample entries.

   The following information is provided for each sample log entry:

   | Asp Date and Time | External | Type |
   |---|---|---|
   | STT | SampleID | Rerun |
   | CTT | Description | Results |

3. To view entries for recently aspirated samples, select **Update**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644642

### Searching the sample log

1. Select the search condition(s) you want and enter the applicable information:

   **Sample ID**: Enter the sample identification. Search is case sensitive (C0101 is not the same as c0101).

   **Asp. Date**: Enter the aspiration date using the format YYYYMMDD where YYYY is the year (2006), MM is the month (01 to 12), and DD is the day (01 to 31).

   **Asp. Time**: Enter the aspiration time using the format HH:MM:SS where HH is the hour (00 to 24), MM are the minutes (00 to 60), and SS are the seconds (00 to 60). You can enter an approximate aspiration time (for example, 14:00:00), but the time entry must be complete (that is, 14:00 causes an error, it should be 14:00:00).

2. Select **Execute**.

### Deleting a specific sample log entry

1. Select the sample log entry you want to delete.

2. Select **Clear**.

3. To confirm, select **Yes**.

### Deleting all sample log entries

1. Select **All Clear**.

2. When the All Clear dialog box opens, do one of the following:
   - If you want to delete all entries for a specific day, select **Day**.

     In the list box, select the file containing the sample log entries you want to delete. The file for the current day is selected automatically.
   - If you want to delete the entire sample log, select **All**.

3. Select **OK**.

4. To confirm, select **Yes**.

### Printing a list of the sample log entries

1. At the File menu, select **Print Setup**.

2. Verify that all printing options are correct, then select OK.

3. Select **Print Log Summary**.

4. Verify that the aspiration dates and times represent the range of sample log entries you want printed.

   Change an aspiration date using the format YYYYMMDD where YYYY is the year (2006), MM is the month (01 to 12), and DD is the day (01 to 31).

   Change an aspiration time using the format HH:MM:SS where HH is the hour (00 to 24), MM are the minutes (00 to 60), and SS are the seconds (00 to 60).

5. Select **Print**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644643

### Exporting the sample log entries

You can export the current sample log file in ASCII format for use by another program such as Microsoft Excel.

1.  At the File menu, select **Export**.

2.  Select or create the folder in which you want to save the file.

3.  In the File name box, type the file name you want.

    The sample log file name is entered by default.

4.  In the Save as type list, select the file format.

    The CSV (comma separated values) file format is selected by default.

5.  In the Deliminator list, select the character used to separate sample log data items.

6.  Select **Save**.

## Reviewing the calibration results

- Use the View Calibration Curve window to review the calibration details for photometric methods.
- Use the ISE Monitor to review the calibration details for electrolyte methods.

See Checking ISE Calibration for information about the criteria used to accept or reject the ISE calibration.

## Reviewing the sample results

Sample results can be reviewed on and report from the RealTime Monitor and Review/Edit windows.

## Reporting results

The system prints calibration, control, and patient sample results. Only patient and control sample results are transmitted to a host computer.

Results are reported automatically as the sample analysis is complete and results become available, or the operator can manually select results to report in batches.

### Real-time reporting

- During operation, the System set area of the System Monitor window manages the printing of the sample results (usually for laboratory purposes).
- The Automatic transfer area of the Online Settings window manages the real-time transmission of the control and patient samples to a host computer.

Use the Data Clean feature of the Online Settings window to prevent the transmission of questionable sample results. The Transfer Results List dialog box of the Review/Edit window indicates which samples failed this data check and were not transmitted.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644644

### Batch transmission to a host computer

Use the Review/Edit window to transmit selected patient results. The data clean feature is available to check the sample results for problems.

## Printing sample data

The Print report window is only available from the supervisor logon. To print reports, go to the Review/Edit window and use the Print report button.

 **CAUTION**

Tests on the Print Report form must be in the same order as they display at the System Test List window to avoid incorrect positioning of results on the print report. **Do not modify the order** of the test names at the System Test list window after the initial setup. If you reposition any test names on the System Test List window after initial setup, results for samples already run could be associated with the wrong test name.

1. At the Menu Panel, select **Request**, then select **Review/Edit**.

2. At the Review/Edit window, select the **Print Report** button.

3. At the Print Report window, select a Sample Type(T) and File Data(F):

    a. If you select Archive in the File Data (F) field, the Filing File Name (I) field is activated.

    b. Select the **Open** button.

    c. Select a file name at the Open window.

4. In the Specification range (R) field, select the **arrow** in the field and select **Input Range** or **All** from the list.

5. In the Number entry format (N) field, select the **arrow** in the field and select a format from the list.

6. In the Last no. entry format (E) field, select the **arrow** in the field and select a format from the list.

7. In the Report Form File (O) field, select a print format for the report.

    a. Select the **Open** button.

    The Open window displays, defaulting to the ETC folder.

    Two sample report formats are available:
    • the Chart.frm file is formatted for a single sample.
    • the Consoled.frm file is formatted for multiple samples.

    Customer defined print formats also display in the folder.

    b. At the Open window, select a file name for the report format.

    c. Select **Open**.

8. Enter a start number in the Start number (S) field and a last number in the Last number (L) field.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644645

9.  To print the report, select the **Print** button.

10. Close the window.

### Batch Printing

Use the Review/Edit or Print Report windows to print selected patient results.

The Print Format Settings window can create up to ten report layouts.

# Shutting down the ADVIA Chemistry system

Siemens recommends that each laboratory back up the data on the ADVIA Chemistry System on a regular basis. For detailed instructions on this procedure, see *As Needed Maintenance, Backing Up System Files*.

**NOTE:** When an automatic shutdown is performed, a "1903 system error ... Shut down the system and reboot it." message is generated to the system log. Ignore this message.

1.  At the System(S) drop-down list of the Menu Panel, select **Exit**.

2.  When the confirmation message box displays, select **Yes**.

3.  When the second confirmation message box displays, select **Yes**.

    After a brief delay, the Startup window displays.

4.  Select **Shutdown**.

    After a brief delay, the message box opens to allow you to turn off the computer.

5.  At the power panel, set the Operate/Standby switch (**1**) to **Standby**.

    The power indicator (**2**) is off.



**Figure 2-3. Power panel at Shut down**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644646

## *Examples of shutdown settings*

The following examples demonstrate some common scenarios that you can implement with the Shutdown Set feature of the System Startup/Shutdown Settings window.

### *System available during the night*

To have both the computer and analyzer available for night emergencies, use the following:

| | |
|---|---|
| System p.s. | Power OFF check box is cleared (no check mark). |
| System | Select **Not do**. |
| PRIME | Select **None**. |
| WASH1 | Do check box is cleared (no check mark). |
| WASH2 | Do check box is selected (check mark present). |
| WASH3 | Do check box is cleared (no check mark). |

### *Automatic startup from the Sleep state*

In the Sleep state, the Power Panel Operate/Standby switch (**1**) remains set to **OPERATE**. However, electrical power is supplied only to the necessary components, and the Power indicator (**2**) is off.

To place system in the SLEEP state, use the following:

| | |
|---|---|
| System p.s. | Power OFF check box is selected (check mark present). |
| System | Select **System end**. |
| PRIME | Select **None**. |
| WASH1 | Do check box is cleared (no check mark). |
| WASH2 | Do check box is selected (check mark present). |
| WASH3 | Do check box is cleared (no check mark). |

### *Automatic startup with analyzer power kept ON*

To keep analyzer power on until the automatic start up, use the following:

| | |
|---|---|
| System p.s. | Power OFF check box is cleared (no check mark). |
| System | Select **Not do**. |
| PRIME | Select **None**. |
| WASH1 | Do check box is cleared (no check mark). |
| WASH2 | Do check box is selected (check mark present). |
| WASH3 | Do check box is cleared (no check mark). |

**NOTE:** If System is set to Not do, you must select **System end** in the System list before the automatic startup setting time occurs. Otherwise, the automatic startup does not occur. In this case, you cannot shut down Windows even if you select **Shutdown** on the [ADVIA] Startup window. Additionally, the CRT screen saver does not operate.

FOIA Confidential Treatment Requested by Theranos                                    THER-0644647
Fed. R. Crim. P. 6(e) material

## *Performing a system-assisted shutdown (Shutdown set)*

1. Verify that sufficient system reagents and wash solutions are available for the startup you want to run.

2. At the Menu Panel, select **Maint.**, then select **System Startup/Shutdown Settings**.

3. In the Mode set list, select **Shutdown set**.

4. Verify the selections for the shutdown you want to run.

   If no shutdown is defined or you want to change an existing one, proceed as follows:

   a. For each of the Proc. set, Set1, Set2, or Set3, you can select one of the following:

      (1) In the System p.s. area, if you want the system to turn off analyzer power after the shutdown is completed, check the box next to Power OFF.

      (2) In the System end area, select the software shutdown mode you want.

      (3) In the PRIME area, select the prime you want to run or select **NONE**.

         A Prime is required only if a system reagent is replenished or a related component is replaced.

      (4) Select the check box next to each wash you want to perform.

         Select **WASH2** for the shutdown wash.

   b. Select **Save**.

   c. To confirm, select **Yes**.

5. In the Select wash routine area, select **Shutdown**.

6. In the Proc.set list, select the shutdown setting (Set1, Set2, or Set3) you want to run.

7. Verify that the system is in Ready mode.

8. In the Start selected routine area, select **Yes**.

   The current operating mode displays in the System mode box, and the time remaining to complete the shutdown displays in the Time until end box.

9. To halt the shutdown, do the following:

   a. At the System Startup/Shutdown Settings window, select **Stop**.

   b. In the Start instructions area, select **Cancel**.

   c. At the Operation Panel, select **Stop**.

**NOTE:** To avoid entering the Wait state and not shutting down properly, **DO NOT USE** the **Exit** command from the System(S) menu on the Menu Panel.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644648

# Emergency stop, shutdown, and recovery procedures

### Stopping operation after the analyzer is started

 **WARNING**

Make sure that all probes and mixers are free to move without obstruction and that all analyzer covers are in place to avoid possible injury and damage to the analyzer.

1. At the power panel, press the **Emergency Stop** button.
2. Select **Initialize**.
3. If reagents were dispensed, you must perform a weekly Wash 2 before resuming operation.

### Managing an expected power outage

If you know in advance of an upcoming power outage, do the following:

1. Turn off the workstation and analyzer power by performing the normal shutdown.
2. If you expect the power supply to be cut off for a long period of time, remove the reagents in RTT1 and RTT2 and refrigerate them.
3. When the power returns, perform the normal startup operation.

### Responding during a power failure while electric power is still off

*While the electrical power is still off, do the following:*

1. Turn **OFF** the workstation power switch.
2. At the power panel, set the analyzer Operate/Standby switch to **Standby**.

*When the electrical power returns, do the following:*

1. Turn **ON** the workstation power switch.
2. When the Startup window opens, turn the analyzer Operate/Standby switch to **Operate**.
3. At the Startup window, enter a password.
4. Select **Re-Start**, then select **OK**.
5. If possible, repeat the last task prior to the power failure, and verify that any data generated were stored properly.
6. If reagents were dispensed, you must perform a weekly Wash 2 before resuming operation.

### To resume operations after power is restored

1. If the Startup window is open, select **Shutdown** and perform the normal shutdown operation.
2. Turn off the workstation power and turn the Operate/Standby switch on the analyzer to **Standby**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644649

3. Wait approximately 20 seconds.

4. Perform the normal startup operation and open the Startup window.

5. At the Startup window, enter a password.

6. Select **Re-Start**, then select **OK**.

7. If possible, repeat the task prior to the power failure and verify that the data were stored.

8. If reagent was dispensed, you must perform a Weekly Wash before resuming operation.

# *Additional Operating Instructions*

To avoid errors or interruptions during operation, please read the following before using the Chemistry System.

## *Switching Process Sequence and System Test List numbers*

To avoid having quality control data reported for the wrong tests, **do not switch Process Sequence Numbers** after control results have been accumulated. Patient results are also affected.

To avoid incorrect reporting of results at the Review/Edit, the Daily QC windows, and the Print Report form, **do not modify the order of the test items** at the System Test List window after initial setup. If you reposition any test items at the System Test List window after initial setup, results for samples already run could be associated with the wrong test name.

## *Loading the reagent trays*

 **CAUTION**

Load each reagent container (wedge) on the correct reagent tray to avoid erroneous results when using reagent containers without a barcode. Reagent Tray 1 (RTT-1) is the front tray, while Reagent Tray 2 (RTT-2) is the rear tray.

The operator is alerted to this problem by the QC results.

Corrective action is to reload the reagents on the correct trays.

## *Updating the Cumulative QC*

Update the QC Cumulative window before more than 200 daily control samples are run.

The QC Daily Precision Control window can manage a maximum of 200 results for each control product (level). If an additional control sample is run, the current 200th result (Px200) is overwritten by the new control result. Similarly, if multiple repetitions of a control are requested, the system aspirates only one sample and its result replaces the existing 200th result (Px200).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644650

To avoid losing control results, you must perform a "QC cumulative save" at the QC Daily Precision Control window at the end of each day, and perform a New Start when the system is turned on the next day.

Do not update the QC Cumulative window more than once each day.

If you return to the QC Daily Precision Control window after performing a "QC cumulative save," you must not perform another update.

Specifically, **do not select Yes** when prompted by "Add daily data to QC cumulative data." If Yes is selected and no daily control data is available, the cumulative data point will be deleted for the day and no additional control data can be saved for the day.

### Running automatic calibration

Controls requested at the Start Conditions window are run before the automatic calibration samples.

You can use the Auto Calibration Setting dialog box at the Calibration Setup window to request automatic calibration after a specific time interval or after a new reagent container is loaded. If the calibration interval expires while the system is not running samples, the automatic calibration is performed at the beginning of the next run.

However, if the calibration interval has expired <u>and</u> controls are requested at the Start Conditions window, the controls are run before the automatic calibration.

At the start of a run, calibration and control samples are run using the following priority order:

1. Manual calibrations requested at the Start Conditions window
2. Manual controls requested at the Start Conditions window
3. Automatic calibrations requested on the Auto Calibration Setting dialog box
4. Automatic controls requested on the Auto Control Setting dialog box

### Using multiple reagent containers for the same test

You can use multiple, barcode-labeled reagent containers for the same test by loading the reagent containers on Reagent Tray 1 (RTT-1) or Reagent Tray 2 (RTT-2).

After the reagent barcode labels are read, the reagent container with the lowest reagent tray number for each test is used first. If that reagent container is empty, the reagent container with the next lowest reagent tray number is used.

Before performing a reagent barcode read or a reagent reset, you should remove any empty reagent containers from the reagent tray.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644651

# 3 Calibration

## Calibration overview

### When to calibrate

Refer to the ADVIA Chemistry system methods documentation for the calibration and the reagent blank/rate recommendations.

### Setting up the calibration

- Use the Calibration Setup window to set up calibration for the photometric methods.
- Absolute and single-point calibration samples are aspirated from the calibrator/control tray (CTT), while multipoint calibration samples are aspirated from the sample tray (STT). The blank solution (water) used to run the reagent blanks/rates is typically assigned to CTT-1.
- For IgA, IgG, and IgM methods only: Use the Multi-Standards Set Calculator to determine standard values. Refer to the IgA, IgG, and IgM method sheets for instructions about setting standard values and calibrator handling and preparation.

  **NOTE:** If you are running IgA_2, IgG_2, or IgM_2, this does not apply.

- For multi-point calibration methods, simplified calibration is available after a valid multi-point calibration is performed.
- Use the ISE Parameter Settings window to set up calibration for the electrolyte methods.

  ISE Calibration samples are aspirated from the calibrator/control tray (CTT):

  **serum -** low cal, CTT-11; high cal, CTT-12

  **urine -** low cal, CTT-13; high cal, CTT-14

#### Entering absolute or single-point (STD) calibration methods

1. At the Calibration Setup window, in the Proc. Test No. list area, locate the applicable method.
2. In the Blk posi. Box for the method, enter the cup position for the blank solution on the calibrator/control tray (CTT).
3. In the STD posi. Box, enter the cup position for the calibrator on the calibrator/control tray (CTT).
4. In the Coeff (FV) box, enter the applicable value.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644652

**NOTE:** Do not enter the factor values in the View Calibration Curve window at this time. These values may not be saved. Instead, enter the factor values at the Calibration Setup window.

5. Select **Ctrl/Cal Setup**.

6. Locate the cup positions occupied by the blank solution and the calibrator.

7. For each item, do the following:

    a. At the container Type, select the correct tube or sample cup.

    b. In the Meas. Times box, enter the number of aspirations you want taken.

    c. In the Comment box, enter the applicable text that describes the blank or calibrator.

    d. Close the winnow.

8. At the window button menu, select **Save**.

9. To confirm, select **Yes**.

### Entering multi-standard calibration methods

1. At the Calibration Setup window, in the Proc. Test No. list area, locate the applicable method.

   Multipoint calibration methods are identified by a Setting button in the MSTD column of the Procec.test no. list.

2. To view the Multi Standard Setup window, select **Setting**.

3. In the TT no. area, select **98** or **99**.

4. In the Posi. Box of the Blank row, enter the cup position for the blank solution.

5. For each standard do the following:

    a. Using the information in the calibrator package insert, enter the Lot No., Lot Name, and Exp. Date.

    b. In the Posi. box, enter the cup position of the standard.

       This is the location of the calibrator on the tray.

    c. In the Coeff (FV) box, enter the analyte concentration in the standard.

       You can get this information from the calibrator package insert or calculate the value using the standard calculator available on the Method Directory. This directory may already be loaded with the Operator's Guide. From the table of contents on your left, select **Methods**, then select **Methods Directory**.

       **NOTE:** Do not enter the factor values in the View Calibration Curve window at this time. These values may not be saved. Instead, enter the factor values in the Calibration Setup window.

    d. Select **Return**.

    e. At the Calibration Setup window, select **Save**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644653

### How to calibrate a multi-standard method

1. At the Analytical Parameter (Chemistry) window, in the Standard Setting area, select **Multipoint Cal Setting**.

2. When the Multi-Standards Set window opens, verify that all the parameter information is already pre-defined.

3. If this is not the case, enter method-specific values from the method's parameter sheet.

   **NOTE:** The parameters for each method are available on the Method Directory. This directory may already be loaded with the Operator's Guide. From the table of contents on your left, select **Methods**, then select **Methods Directory**.

4. Add the test name to the System Test List window.

5. Add the test to the Process Sequence window.

6. At the Calibration Setup window, select **Setting** and enter the multi-standard calibration information into the Multi Standard Setup window.

7. Select **Return**.

8. At the Calibration Setup window, select **Save** before continuing.

9. At the Calibration Setup window, select **Ctrl/Cal Setup** and define Meas.time and Container Type.

10. Select **Save**.

11. At the Test Select window, select the test.

12. At the Sample Select window, select the calibrators.

## Running calibration

- Use the Start Conditions window to request a calibration run. If needed, you can run the calibration samples followed by controls and patient samples as appropriate. You can limit calibration to selected calibration samples or to selected methods.

  For example, if you want to run only a reagent blank or blank rate, select only the blank solution.

- The Ordinary calibration meas. list at the Test Select window determines which tests are available to calibrate. The Sample Select window determines which calibrators are available.

- Use the ISE Operation window to manually request an ISE calibration for maintenance or troubleshooting purposes.

- Use the Calibration Setup window to automatically perform calibration after a user-specified time interval.

- The Auto calibration meas. and Auto calib. control samp. meas. lists on the Test Select window determine which tests are available for calibration and control, respectively. The Sample Select window determines which calibrators and controls are available.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644654

## Reviewing the calibration

**NOTE:** For detailed information on how to use the View Calibration Curve and ISE Monitor windows, refer to the online Operator's Guide.

- Use the View Calibration Curve window to review the calibration of photometric methods.
- Use the ISE Monitor window to review the calibration of electrolyte methods.

## Using the Calibration/RBL History window

1. At the Menu Panel, select **Calibration**, then select **Calibration/RBL History**.

2. Select the calibration data to display by selecting Latest or Select:

   - **Latest**—Displays the most recent calibration data for each method on the system.

   - **Select**—Activates the Test Name box to allow a more detailed test selection.

3. If the Select option is chosen, then select one of the 3 Test Name options:

   - **Photometric**—Displays all calibration history data for all photometric methods.

   - **ISE Tests**—Displays all calibration history data for all ISE methods.

   - **Other**—Activates the test list box to allow specific test selection (highlight each test to display).

4. Specify a date range, to display data for calibrations performed on specific days for the tests selected:

   a. Type the **Start Date** (yyyymmdd) of the range (if other than the default, which is the current date).

   b. Type the **End Date** (yyyymmdd) of the range (if other than the default, which is the current date).

   c. Select **Search** to display the calibration data for the tests selected for the specified date range.

   **NOTE:** Select and drag the column heading borders to resize the columns in the calibration data table.

5. To clear the data for the method selected, select **Clear**.

6. When prompted, select **Yes**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                    THER-0644655

7.  To reset the calibration, select the **Reset** check box.

    **NOTE**: You cannot cancel the reset once you select **Save**. If you resize the reset column and save your changes, those changes are retained when you exit out and back into the window.

8.  Select **Print**, to print the data displayed.

9.  To create a CSV file of the displayed data for archiving, or for exporting the data to another application, do the following:

    a.  First, select the data you want to save.

    b.  Select **Create CSV**.

    c.  Browse and select a folder in which to save the CSV file.

    d.  Select **Save**.

    e.  Close the window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644656

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644657

# 4 Quality Control

## Quality control overview

### When to run control samples

Refer to the ADVIA Chemistry system methods documentation for the quality control recommendations.

### Setting up quality control

- Use the QC Sample Definition window to define each of the 26 controls that can reside on the calibrator/control tray (CTT).
- Use the Control Data Setup window to enter the control average and standard deviation (SD) data for each control.

### Running the control samples

- Use the Start Conditions window to request control samples. You can run control samples alone, after calibration, or before patient samples. You can request to run only specific control samples or selected methods.
- The Ordinary control samp. meas. list on the Test Select window determines which tests are available to run. The Sample Select window determines which controls are available.
- Use the QC Sample Definition window to automatically run controls after a specified number of assays.
- The Auto control samp. meas. list on the Test Select window determines which tests are available to run. The Sample Select window determines which controls are available.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644658

## ADVIA QC window

Use this window to view both real-time and long term evaluation of analyzer and method performance.

Perform any of the following tasks at this window:

- collect control results.
- calculate and display statistical data.
- assess data errors.
- identify QC violations.
- review control results.
- create printed reports.
- identify and report events such as lot changes and calibration dates.

1. At the Menu Panel, select **QC** then select **ADVIA QC**.

## Reviewing the control results at different windows

In addition to the ADVIA QC you can use the following windows for reviewing QC:

- Use the Real-Time QC window to review control performance during the day.
- Use the Daily Precision Control window to review the control results at the end of the day, and then to update the cumulative statistics.
- Use the QC Cumulative window to evaluate long-term trends in control performance.

If control results fail to meet the laboratory's established criteria for acceptability, re-evaluate all patient test results obtained in the unacceptable test run to determine if patient test results were adversely affected.

The laboratory should take and document appropriate corrective actions, which may include recalibration, before reporting patient results.

Verify that the controls and reagents were prepared properly and have not expired.

FOIA Confidential Treatment Requested by Theranos                    THER-0644659
Fed. R. Crim. P. 6(e) material

# 5 Maintenance

## Maintenance schedule

Perform maintenance procedures at the recommended frequency to maintain the operating efficiency of your analyzer. Procedures marked with an * may require more frequent performance (described in each procedure).

**Before** you begin any ISE maintenance task, do the following:

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.
2. Next to Period.wash, select **OFF**, then select **Set**.

**After** finishing the ISE maintenance tasks, turn the ISE on:

1. Next to Period.wash, select **ON**, then select **Set**.

**NOTE**: The ISE schedule is based on your laboratory running 1000 ISE tests or less per day. Refer to the ISE maintenance schedule information below, for recommended frequencies for ISE procedures marked with an *.

 **WARNINGS**

- You must be a Siemens-trained user to perform the maintenance procedures described in this document. Some of these procedures require the top cover be opened and the probe splash shields removed, exposing the user to biohazard materials and moving parts.
- Follow your laboratory standards and local environmental rules and regulations to avoid risk of infections when disposing biohazardous materials that come in contact with medical waste, such as samples or analyzer parts.

 **CAUTIONS**

- Use only the cleaning agents named in the cleaning procedures. Using any other materials can cause damage to or deterioration of analyzer parts. After using any cleaning agent, **always** clean the part with DI water.
- Follow the precautions listed below to avoid reporting faulty data, deterioration of reproducibility, or damage to the ISE module and its parts:
  - Immediately clean up any spills or leaks. Repair the source of leaks.
  - Do not leave the chloride electrode wet pack open. The electrode dries and becomes inactive.
  - Always condition electrodes before first use.

**NOTE**: For any maintenance procedures where you have to place the analyzer in STANDBY use System>Exit before you turn the analyzer off.

### ISE maintenance schedule frequencies

### As required

- If you notice contamination in the lines, wash all lines.
- Check and clean the cell tray (dilution bowl and nozzle).
- If the slope or selectivity is incorrect, replace the bad electrode.
- To prepare replacement electrodes for operation, condition the electrodes

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644660

### *If your laboratory runs dialysis samples, procedures with \* should be maintained as follows*

- 500 or more a month, wash electrode lines every three days
- 100 or more a month, wash electrode lines once a week.
- Less than 100 dialysis samples a month or 330 routine samples a day, wash electrode lines once a month.

Many maintenance procedures require that you set the analyzer to Standby before proceeding and after the procedure is complete, return the analyzer to the READY mode.

### *To set the analyzer to Standby, do the following:*

1. Save all data and close all open windows on the workstation.
2. At the Menu Panel, select **System(S),** then select **Exit(X)**.

   After approximately 15 seconds, the Startup/Shutdown window opens.
3. On the analyzer power panel, turn the Operate/Standby switch to **Standby**.

### *To return the analyzer to the READY mode, do the following:*

1. At the analyzer power panel, turn the Operate/Standby switch to **Operate**.
2. At the Startup/Shutdown window, select **Restart**.
3. Select **OK**.
4. Enter the user name and password.
5. When Initialize displays in the Operation Panel modes field, select **Initialize**.

FOIA Confidential Treatment Requested by Theranos                                THER-0644661
Fed. R. Crim. P. 6(e) material

*Daily*
> Clean the probes.
> Clean the mixing rods.
> Clean the reaction and dilution cuvette washers.
> Check reagents and system solutions.
> Inspect the probe wash cups.
> Inspect the cuvette splash covers.
> Inspect the pumps.
> Wipe condensation from the reagent trays.
> Perform startup wash.
> Perform shutdown or modified shutdown wash.*
> Perform additional ISE wash.*
> Recording ISE slopes

*Weekly*
> Perform the weekly wash.*
> Check the lamp coolant level.
> Perform lamp energy check.
> Perform cuvette blank (cell blank) measurement.
> Clean the exterior analyzer panels.

*Monthly*
> Clean the turntable interiors.
> Clean or replace reagent containers.
> Clean the dilution bottle.
> Clean the cuvette wash bottle.
> Clean the chiller filter.
> Clean the large water pump (LWP) filter.

*Every 2 Months*
> Clean the dilution tray cuvettes.
> Clean and replenish the cuvette conditioner bottle.

*Every 3 Months*
> Replace the lamp.
> Wash the ISE electrode lines.*

*Every 4 Months*
> Clean the ancillary reagent bottle filters.
> Clean the pure-water bottle filters.
> Replace the reaction and dilution cuvettes.

*As required*
> Back up system files.
> Replace probes.
> Replenish the RRV-bath oil bottle.
> Recover from a power failure.
> Perform preventive cleaning of the wash station lines.
> Wash all ISE lines (if contaminated).
> Condition the ISE electrodes.
> Replace ISE electrodes.
> Clean the ISE dilution bowl and waste nozzle.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644662

# *Daily maintenance*

## *Inspecting and cleaning the probes*

**Materials required:**

- Phillips screwdriver
- Alcohol prep pad or lint-free towels and 5% bleach solution

Time: 10 minutes

Analyzer mode:  STANDBY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

1.  Visually inspect each probe daily.



1   Dilution Probe (DPP)
2   Sample Probe (SPP)
3   Reagent Probe 1 (RPP1)
4   Reagent Probe 2 (RPP2)

**Figure 5-1.  Location of probes**

- Replace any clogged probes. See Replacing the Probes in the online Operator's Guide.
- Clean all probes daily (proceed to step 3).

 **TIP**

Perform the Shutdown Wash and Weekly Wash as scheduled, to prevent the probes from clogging.

2.  Set the analyzer to Standby.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644663



**Figure 5-2. Location of DPP shield screw**

3. Using a Phillips screwdriver, remove the screws that secure the DPP shield to the analyzer panel. (See Figure 2.)

4. Push the DPP shield to the right and slowly lift the DPP shield until it reaches approximately a 90° angle, then gently lift the tab of the DPP shield and remove.

5. Unscrew all thumb screws, then remove the splash guard protective covers from the wash cups.

   **NOTE:** If the system includes an anti-rotation bracket, avoid hitting it while removing the splash guard protective cover.

    **CAUTION**

   Manually support (lift) the probe to avoid damaging the probe tip. Be careful not to strike the probe against other components on the analyzer.

6. Lift and manually rotate the probe arm to an accessible location.

   The movement may feel a bit awkward and tight.



**Figure 5-3. Manually adjusting probe**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644664

| Probe | Accessible Location |
|-------|---------------------|
| Dilution probe (DPP) | Over the sample tray (STT) OR over the ISE |
| Sample probe (SPP) | Over the dilution tray (DTT) |
| Reagent probe 1 (RPP1) | Over reagent tray 1 (RTT1) |
| Reagent probe 2 (RPP2) | Over reagent tray 2 (RTT2) |

7.  Place a lint-free towel under the probe.

 **WARNING**

Wear protective clothing, gloves, and safety glasses when handling bleach. It is harmful if swallowed and may cause eye or skin irritation. Household bleach is 5% or 6% sodium hypochlorite and can be used as a cleaning and antiviral agent.

To prepare a 5% solution of household bleach, dilute one part of bleach with nineteen parts of clean distilled water, or clean deionized water. The prepared solution is stable for one week when stored at room temperature.

 **CAUTION**

Do not use excessive force while cleaning to avoid bending the probes.

8.  Wipe the probe with alcohol prep pads or lint-free towels and 5% bleach solution.

9.  Wipe the probe with lint-free towels and deionized water.

10. After cleaning, ensure that no threads or fibers are left on the probes.

11. Replace the splash guards and secure them back into place with the thumb screws.

12. Manually move the probe and position it over not in the probe wash port.

13. Replace the DPP shield and secure it in place.

14. Return the analyzer to the READY mode.

## *Inspecting and cleaning the mixing rods and mixer wash cups*

***Materials required:***
- Lint-free towel
- Deionized water
- Cotton-tipped applicators

Time: 5 minutes
Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644665



**1**  Dilution Mixer
**2**  Reagent Mixer1
**3**  Reagent Mixer2

**Figure 5-4. Mixing rods**

1. Visually inspect each mixing rod and mixer wash cup for cleanliness.

2. Clean any dirty mixing rods or wash cups to avoid contamination of the mixers, which results in carryover:

   a. Set the analyzer to Standby.

    **CAUTION**

   Do not use excessive force while cleaning to avoid bending the mixing rods.

   b. Holding the mixing rods in one hand, wipe each mixing rod with lint-free towels moistened with deionized water.

3. Inspect the mixing wash cups for cleanliness, then clean if dirty:

   a. Pour deionized water into the mixer wash cup.

    **CAUTION**

   Do not apply excessive force while cleaning, to avoid damaging the sensor.

   b. With a lint-free paper towel and foam-tipped applicators, clean the mixer wash cup.

4. After cleaning, ensure that no threads or fibers are left on the mixing rods.

5. Return the analyzer to the READY mode.

6. Verify that the analyzer mode is READY before performing any further actions.

   **NOTE:** If an overflow error message displays, water is probably on the sensor. Dry the sensor.

   To clear the alarm message, on the Operation Panel, select the alarm ⚠ icon.

Maintenance                                                                                                      107

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## Checking reagents and system solutions

Refer to page 69, *Checking the availability of the reagents and wash solutions*, in the Operating the System section in this manual or, for more detail, refer to the online Operator's Guide.

## Inspecting and cleaning the reaction (WUD) and dilution (DWUD) cuvette washers

**Materials required:**
- Lint-free towel
- Alcohol prep pads or lint-free towels and 5% bleach solution
- 4-mm hex wrench

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

1. Set the analyzer to Standby.

2. Inspect the exterior of the reaction cuvette washer (WUD) and dilution cuvette washer (DWUD) tubing for cleanliness.

3. Check the WUD and DWUD for leaks.

💡 **TIP**

Perform this inspection in addition to the startup, shutdown, and weekly washes, to keep the WUD and DWUD from clogging.

In the event of a clog, call your local technical support provider or distributor for assistance.



1   Dilution Cuvette Wash Station (DWUD)
2   Reaction Cuvette Wash Station (WUD)

**Figure 5-5. Cuvette wash stations**

4. Remove the wash head:

   a. Cover nearby cuvettes with lint-free toweling to protect them from dust.

   b. Loosen the retaining screw (**1**) with a 4-mm hex wrench.

   c. Lift the wash head from the wash station assembly.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644667

 **CAUTION**

Ensure that the tubes remain connected to the ports. Use care not to crimp the tubing.



Dilution cuvette wash station (DWUD)



Reaction cuvette wash station (WUD)

**Figure 5-6. DWUD and WUD wash stations**

5.  Look for signs of wear or damage to the drying nozzle (**2**).

    If wear or damage is present, call your local technical support provider or distributor.

 **WARNING**

Wear protective clothing, gloves, and safety glasses when handling bleach. It is harmful if swallowed and may cause eye or skin irritation. Household bleach is 5% or 6% sodium hypochlorite and can be used as a cleaning and antiviral agent.

To prepare a 5% solution of household bleach, dilute one part of bleach with nineteen parts of clean distilled water, or clean deionized water. The prepared solution is stable for one week when stored at room temperature.

6.  With alcohol prep pads or lint-free paper towel moistened in 5% bleach solution, wipe each wash head nozzle.

7.  Wipe each wash head nozzle with lint-free towels moistened with deionized water.

8.  Reinstall the wash head:

    a.  Replace the wash head using the alignment pins located on either side of the retaining screw, then tighten the 4-mm hex screw.

    b.  Ensure that all tubes are securely connected.

    c.  Remove and properly dispose of the toweling.

    d.  Ensure that each nozzle is centered above the corresponding cuvette.

9.  Ensure that no threads or fibers are left on the wash nozzles after cleaning.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644668

10. Return the analyzer to the READY mode.

11. Verify the wash head nozzles are correctly centered in the cuvettes:

    a. At the Menu Panel, select **Maint**, then select **Manual Operation**.

       For additional information concerning the Manual Operation window, refer to the Manual Operation window in the online Operator's Guide.

    b. At he Manual Operation window, double-select **14.DWUD** or **23.WUD**.

    c. Select **Move** to slightly lower the washer nozzles, then verify that they are correctly positioned.

       If not, call your local technical support provider or distributor.

    d. Verify the nozzles are correctly centered.

    e. At the DWUD or WUD window, select **Init.**, then select **Exit** to raise the washer nozzles.

12. At the Operation Panel, select **Initialize**, then verify the DWUD and the WUD are in the up position and the instrument is in the READY state.

## Inspecting and cleaning the cuvette splash covers

**Materials required:**
- Lint-free towel
- Deionized water

Time: 5 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

**NOTE:** Cuvette covers are installed around the probes to prevent water and reagent from entering the dilution and reaction cuvettes.

1. Inspect the cuvette covers for spills and splattering.

   If there is any splattering on the cuvette covers (**1**), proceed to step 2.



**Figure 5-7. Cuvette covers**

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644669

2. Set the analyzer to Standby.

3. Using lint-free towels moistened with deionized water, wipe down the covers.

 **WARNING**

Do not touch probes or mixing rods to avoid contamination.

4. If splattering is extensive or enters the cuvettes, call your local technical support provider or distributor.

## Inspecting and cleaning the probe wash cups

**Materials required:**
- Phillips screwdriver
- Lint-free towel
- Deionized water

Time: 5 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

**NOTE:** Keep the probe wash cups clean to ensure proper cleaning of the probe.



1   Dilution Probe Wash Port
2   Sample Probe Wash Port
3   Reagent Probe 1 Wash Port
4   Reagent Probe 2 Wash Port

**Figure 5-8. Wash ports**

1. Visually inspect each probe wash cup for cleanliness.

   If any of the probe wash cups appear dirty, clean them as described in the following steps.

2. Set the analyzer to Standby.

3. Using a Phillips screwdriver, remove the screws securing the DPP shield to the analyzer panel. (See Figure 5-2.)

4. Push the DPP shield to the right and slowly lift the DPP shield until it reaches approximately a 90° angle, then gently lift the tab of the DPP shield and remove.

5. Unscrew all thumb screws, then remove the splash guard protective covers from the wash cups.

Maintenance

111

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**NOTE:** If the system includes an anti-rotation bracket, avoid hitting it while removing the splash guard protective cover.

6. Lift and manually rotate the probe arm over the STT or the RTT tray.

The movement may feel a bit awkward and tight.

7. Pour deionized water into the wash cups and overflow sensor unit, then clean and dry these areas with lint-free towels.

 **CAUTION**

Do not apply excessive force while cleaning the overflow sensor to avoid damaging it.

**NOTE:** If an overflow error message appears, there is probably water on the sensor. dry the sensor.

To clear the alarm message, on the Operation Panel, select the alarm  icon.

8. Replace the splash guards and secure them in place with the thumb screws.

9. Replace the DPP shield and secure it in place.

10. Return the analyzer to the READY mode.

## *Inspecting the pumps*

A decrease in liquid flow or the presence of air bubbles in the lines may be due to a leaking pump. Inspect the pumps for leaks daily to identify potential problems.

***Materials required:***
- Lint-free towel

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.



| 1 | SP |
| 2 | DIP |
| 3 | DOP |
| 4 | DCP |
| 5 | SRWP |
| 6 | RP-1 |
| 7 | RP-2 |

**Figure 5-9. Pumps**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644671

1. Set the analyzer to Standby.

2. Inspect the SP and DIP vertical pumps:

   **NOTE:** Liquid leaking from the seal on the sample aspiration pump (sp) or the dilution aspiration pump (dip) flows to the drive lever unit. if the drive lever unit is wet, the pump seal must be replaced. contact your local technical support provider or distributor.

   a. Closely inspect the following for moisture:
      - Tubing connections (**1**)
      - Plastic cylinders (**2**)
      - Drip tray under the pumps

   b. If moisture is detected, ensure each tubing connection is snug (hand-tightened).

   c. If leaks persist, call your local technical support provider or distributor



**Figure 5-10. Pump plastic cylinder**

3. Inspect the other pumps (not SP and DIP) for leaks:

   The other pumps (not SP or DIP) are:
   - Dilution pump (DCP)
   - Dilution discharge pump (DOP)
   - Sample and reagent wash pump (SRWP)
   - Reagent dispensing pumps (RP1 and RP2)

   a. Closely inspect the following for moisture:
      - Upper portion (cylinders, L-ring holders, tubes and fittings) of the pumps (**1**).
      - Drip tray under the pumps



**Figure 5-11.  Typical Pump**

   b. If moisture is detected, ensure each tubing connection is snug (hand-tightened).

   c. If leaks persist, call your local technical support provider or distributor.

Maintenance

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644672

## Performing the startup wash (WASH3)

**Materials required:**
• Deionized water

Time: 26 minutes
Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

The daily startup wash rinses the probe lines, reaction cuvettes and dilution cuvettes.



| Location | Position | Wash Solution |
|----------|----------|---------------|
| 1 | CTT-15 | ISE Detergent Solution |
| 1 | CTT-16 | Deionized water |
| 1 | CTT-49 | 10% Cuvette Wash Solution (Daily)<br>5% Reagent Probe Wash 3 (Weekly) |
| 1 | CTT-50 | Deionized water |
| 1 | CTT-51 | Deionized water |
| 2 | RTT1-53 | Reagent Probe Wash 1 |
| 2 | RTT1-54 | Reagent Probe Wash 2 |
| 2 | RTT1-55 | 10% Cuvette Wash Solution (Daily)<br>5% Reagent Probe Wash 3 (Weekly) |
| 2 | RTT1-56 | Deionized water |
| 3 | RTT2-53 | Reagent Probe Wash 1 |
| 3 | RTT2-54 | Reagent Probe Wash 2 |
| 3 | RTT2-55 | 10% Cuvette Wash Solution (Daily)<br>5% Reagent Probe Wash 3 (Weekly) |
| 3 | RTT2-56 | Deionized water |

**Figure 5-12. Location of wash solutions on the CTT and RTT trays**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644673

**NOTE:** This procedure is only necessary if the analyzer is inactive for more than 4 consecutive hours daily.

The daily startup wash rinses the probe lines, reaction cuvettes and dilution cuvettes.

1. At the Operation Panel, select **Wash**.

2. Ensure the 10-mL tube at CTT (**1**) position #51 contains DI water.

   💡 **TIP**

   By choosing CTT position #50 for WASH 2 and CTT position #51 for WASH 3, you only need to refill the CTT container once.

3. Ensure the container at RTT1 (**2**) and RTT2 (**3**) position #56 contains DI water.

   **NOTE:**  At your laboratory's discretion, you may use other positions for the washes on each of the trays, but you must change the entries for the alternate positions in the appropriate fields on the WASH Set window.

4. At the WASH Set window, define the WASH3 container positions as follows:

   a. Select **WASH3**.

   b. Select **1** for Cycles.

   c. Type **51** in the CTT cup position 1st time field.

   d. Type **56** in the RTT1 and RTT2 bottle position 1st time field.

5. Select **Execute**.

## *Performing the shutdown wash*

**Materials required:**

- 10% solution of Cuvette Wash Solution (REF 00195330, PN B01-4178-01)
- Deionized water
- ISE Detergent (REF 01307361, PN B01-4174-01)

Time: 38 minutes

Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

The daily shutdown wash uses a detergent to clean the probe lines, reaction and dilution cuvettes, and ISE components.

**NOTE:** Laboratories running only urine samples or those running the system more than 8 hours per day are advised to perform the Weekly wash procedure in place of this Shutdown wash procedure.

For location of washes on the CTT and RTT trays, refer to Figure 5-12.

1. At the Operation Panel, select **Wash**.

2. Ensure the 10-mL tube at CTT (**1**) position #49 contains a 10% solution of Cuvette Wash Solution and that the cup at CTT (**1**) position #15 contains ISE Detergent.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644674

3. Ensure the bottle at RTT1 (**2**) and RTT2 (**3**) position #55 contains a 10% solution of Cuvette Wash Solution.

4. Ensure the 10-mL tube at CTT (**1**) position #50 contains DI water.

5. Ensure the bottle at RTT1 (**2**) and RTT2 (**3**) position # 56 contains DI water.

   **NOTE**: At your laboratory's discretion, you may use other positions for the washes on each of the trays, but you must change the entries for the alternate positions in the appropriate fields on the WASH Set window.

6. At the WASH Set window, define the WASH2 container positions as follows:

   a. Select **WASH2**.

   b. Select **2** for Cycles.

   c. Enter **49** in the CTT cup position 1st time field and **50** in the CTT cup position 2nd time field.

   d. Enter **55** in the RTT1 and RTT2 cup positions 1st time fields and **56** in the RTT1 and RTT2 cup positions 2nd time fields.

   e. Select **Execute**.

## *Performing additional ISE electrode washes*

### *Materials required:*
- ISE Detergent Solution (REF  01307361, PN B01-4174-01)

Time: 5 minutes

Analyzer mode: Manual operation

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

 **WARNING**
Read and follow the cautions on the box and label before handling any reagents. Some method and system reagents are classified as hazardous material.

ISE Detergent Solution is automatically run through the ISE module as part of the shutdown wash procedure (WASH2). Manually perform additional ISE washes (described in the following procedure) more frequently, but do not exceed 3 times in 24 hours in the following circumstances:

- Dialysis samples are run routinely

- Veterinary samples are run routinely

- The system is in use more than 8 hours a day in a high volume laboratory, which is having persistent imprecision or Chloride bias issues that have not been resolved by any other means.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644675

**NOTE:** Do not perform the ISE electrode wash more than 3 times per day (once as part of the shutdown wash and twice on a per-shift basis). Pour fresh ISE Detergent into a cup, not a tube, before each wash from the CTT.

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

2. At the ISE Operation window, in the Period.wash area, select **OFF**, then select **Set**.

3. In the Wash Electrode area do the following:

   a. Place a cup of the ISE Detergent in the identified position on the screen.

   b. In the Container field, select the type of container for the wash solution. The recommended type of container is **6 : 2mlCUP/Adp**.

4. In the Wash Electrode area, select **Execute**, then select **Yes** when prompted.

5. At the ISE Operation window, in the Period.wash area, select **ON**, then select **Set**.

6. Close the window, then select **Yes** when prompted.

## Recording ISE slopes

Once a day, record the slopes from a successful ISE calibration on the Maintenance Log. The slopes are provided on the ISE Monitor, RBL/Calibration History, and RealTime Monitor windows following a successful calibration.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644676

# *Weekly maintenance*

## *Performing the weekly wash*

***Materials required:***

- 5% solution of Reagent Probe Wash 3  **BIOHAZARD**
  (REF 03164495, PN B01-4183-01)
- ISE Wash (REF 01307361,
  PN B01-4174-01)
- Deionized water

Wear personal protective equipment.
Use universal precautions.

Time: 38 minutes

Analyzer mode: READY

Laboratories running the system more than 8 hours per day or running large numbers of dialysis or urine samples are advised to perform this Weekly wash procedure **Daily**, in place of the Shutdown wash procedure. The Weekly Wash is the same as the Daily Shutdown Wash, except that a 5% solution of reagent probe wash 3 is substituted for 10% cuvette wash solution.

**NOTE:** When performing weekly maintenance, be sure to perform the procedures in the following sequence:

1. Weekly wash (this procedure)
2. Lamp energy check
3. Cuvette blank measurement

For location of washes on the CTT and RTT trays, refer to Figure 5-12.

 **WARNING**

    Before handling any reagents, read the warnings on page 182

1. At the Operation Panel, select **Wash**.

2. Ensure the 10-mL tube at CTT position #49 contains a 5% solution of Reagent Probe Wash 3 and that the cup at CTT position #15 contains ISE Detergent.

3. Ensure the bottle at RTT1 and RTT2 position #55 contains a 5% solution of Reagent Probe Wash 3.

4. Ensure the 10-mL tube at CTT position #50 contains DI water.

5. Ensure the bottle at RTT1 and RTT2 position #56 contains DI water.

   **NOTE:** At your laboratory's discretion, you may use other positions for the washes on each of the trays, but you must change the entries for the alternate positions in the appropriate fields on the WASH Set window.

6. At the WASH Set window, define the WASH2 container positions as follows:

   a. Select **WASH2**.

   b. Select 2 for Cycles (the default setting).

        ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

    c.  Type **49** in the CTT cup position 1st time field and **50** in the CTT cup position 2nd time field.

    d.  Type **55** in the RTT1 and RTT2 cup positions 1st time fields and **56** in the RTT1 and RTT2 cup positions 2nd time fields.

7.  Select **Execute**.

8.  When the wash is complete, remove the 5% probe wash 3 solution from position 55 on RTT1 and RTT2, and replace them with 10% cuvette wash solution.

9.  After the wash, check the lamp energy and run the cell blank measurement test.

**NOTE:** Perform the lamp energy check and cuvette blank measurement only once a week, even if the weekly wash is run daily.

## Checking and replenishing the lamp coolant

***Materials required:***
- Lamp coolant additive (REF 04533710, PN B01-4496-51)
- Deionized water

Time: 5 minutes

Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

The lamp is cooled by circulating liquid coolant. As the volume of coolant decreases, the heat of the lamp increases.

**NOTE:** Check the lamp coolant level daily and whenever the system generates a lamp coolant warning and turns off the lamp.

1.  Lift off the lamp access cover (**1**) to gain access to the lamp coolant reservoir.




**Figure 5-13. Lamp access cover**

2.  Check the fluid level in the reservoir.

If the level is between the 5- and 9-cm marks, the label is green on the reservoir, proceed to step 4.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644678

If the reservoir fluid level is less than 5 cm, the label is red on the reservoir, add coolant as follows:

a.  Turn the reservoir cover counterclockwise to remove it.

b.  Fill the reservoir to the 9-cm mark with a 5% solution of Lamp Coolant Additive (REF 04533710, PN B01-4496-51) in deionized water (do NOT fill with Reaction Bath Oil).



1   9-cm Mark (Green Line)
2   5-cm Mark (Red Line)

**Figure 5-14. Reservoir levels 9-cm and 5-cm**

3.  Replace the reservoir cover.

4.  Replace the lamp access cover.

**NOTE:** If adding coolant does not clear the lamp coolant warning, call your local technical support provider or distributor**.**

## Checking lamp energy

**NOTES**
Check the lamp energy after cleaning or replacing cuvettes, and after replacing the lamp.

When completing weekly maintenance, be sure to perform the procedures in the following sequence:

1.  Weekly wash

2.  Lamp energy check (this procedure)

3.  Cuvette blank measurement

**Materials required:**
   No materials required
Time: 15 minutes
Analyzer mode: READY

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

**IMPORTANT**
Do not touch or turn the reaction tray at any time during the lamp energy check procedure. The reaction tray should turn freely. If the reaction tray is shifted, repeat the procedure, since a shift could result in an erroneous lamp energy reading.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644679

1. At the Menu Panel, select **Maint**, then select **Lamp Energy Monitor**.

   The Lamp Energy Monitor window displays.

2. Ensure the bottle at position #56 in Reagent Tray 1 (RTT1) contains deionized water.

3. Select **Check Energy**.

   The Lamp Energy Monitor dialog box displays.

4. Type **56** in the RTT1 bottle posi. field, then select **3: 70 mL** for the Container field.

5. Select **Meas. Start**.
   - The reagent probe aspirates deionized water from RTT1 and dispenses it into reaction cuvette #1.
   - The reaction disk rotates until cuvette #1 is in the detection position.
   - The Operation window displays Lumi.Check and then WAIT.

   **NOTE:** Perform steps 6 - 10 while in the WAIT state.

6. At the Lamp Energy Monitor window, in the Luminous Energy Check area, enter the settings:

   a. Type **1000** in the Meas. times field.

      Enter the number of times to measure the lamp energy (normal setting: 1000).

   b. Type **25** in the Meas. cycle field.

      Enter the time (in µs) to elapse after each lamp energy measurement (normal setting: 25).

   c. Select **AD**.

   d. Select **Auto.**

7. Select **Meas. Energy**.

   The message, "Execute the lamp energy check?" displays.

8. Select **OK**.

9. On the Lamp Energy Monitor window, select **Collect Data**.

10. Calculate the scatter plot:

    a. Note the value of the 340-nm AD count field.

    b. Add 50 to the 340-nm AD count and type the sum in the top field to the left of the graph, then select **Enter**.

    c. Subtract 50 from the 340-nm AD count (noted in step 10 a) and type the difference in the bottom field, to the left of the graph, then press **Enter**.

       The lamp energy displays as a scatter plot.

11. Replace the lamp if any of the following is true:
    - The AD points are not within ±40 of the center.
    - The voltage reading (Volts column) for any of the 14 wavelengths is outside the range 5.0 to 9.0 volts
    - The attenuation [ATTENU(%) column] for any of the 14 wavelengths falls below 80%

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644680

12. **Only** if you replaced the lamp, select **Regist Data**, then select **OK** in the Registration window.

13. If not, proceed to step 14.

    **NOTE:** The system uses the data from the lamp energy data registration as the comparison standard for the next calculation of the attenuation ratio. The displayed attenuations for all the reference values are set to 100%, indicating no attenuation.

14. At the Menu Panel, select **System(s)**, then select **Screen Print** to print the window contents.

15. Save the printout with your laboratory maintenance records.

16. Exit the Lamp Energy Monitor window, then select **Initialize** to switch the system from the WAIT state to the READY state.

17. Run cell blank measurement.

### Reading lamp energy data

1. Execute the lamp energy check and acquire the data.
   - A graph displays at the window.
   - The lamp energy check data displays to the left of the graph.

2. Select a wavelength for which to display data.

3. Display the voltage or the AD value.

4. (Optional) Change the vertical scale of the graph.

## Measuring cuvette blanks

**NOTE**: When performing weekly maintenance, be sure to perform the procedures in the following sequence:

1. Weekly wash

2. Lamp energy check

3. Cuvette blank measurement (this procedure)

*Materials required:*

- No materials required

Time: 20 minutes

Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

Reaction cuvettes cause changes in absorption with use. After the weekly wash, perform the cuvette blank measurement to determine the change. The cuvette blank is only run weekly, even if your lab runs the Weekly Wash as a daily procedure.

1. At the Menu Panel, select **Maint**, then select **User Maintenance**.

2. In the Cell blank meas. check area, select **Start CB**.

   The measured cuvette blank values for all RRV cuvettes and a list of abnormal cells are available in the real-time monitor in approximately 15 minutes.

3. Select **Yes** to save the data.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644681

4. Evaluate the results.
   - Replace cuvette sets with 4 or more cells in a set are flagged abnormal.

     **NOTE:** An abnormal cuvette is defined as any cuvette with an uppercase **H**, **L**, or **N** flag.
   - If all the cells fail.
   a. Make sure the tubing is in the cuvette conditioner.
   b. Make sure the cuvette conditioner is dispensing through WUD probe 4.
   c. Repeat steps 1–3.
   d. If all cells still fail, contact your local technical support provider or distributor.
5. If required, reprint the results.
6. Print the statistical results and abnormal cell blank list printout and keep with laboratory records.

### Cell blank measurement results are summarized as follows:

### Printed data

The printed data is the OD (optical density) value X 1000. Each cell has two values and a mean value.

### Abnormal cuvettes

A list containing abnormal cuvettes is printed as part of the cell blank. The list contains marks indicating abnormality. Cuvettes on the list are not used for analysis. Abnormal cuvettes have the following characteristics:

- Cuvettes exceeding the cell standard value (set in the System Parameters System window) are marked "H" or "L."
- Cuvettes exceeding the cell breakup limit value (set in the System Parameters Settings window) are marked "N."
- Cuvettes exceeding the skip absorbance value (set in the System Parameters Settings window) are skipped (marked **E**), and therefore not used for analysis.
- Cuvettes exceeding the lamp energy voltage limits are skipped (marked U or D), and therefore not used for analysis.
- Abnormal cuvettes remain registered as abnormal until a future measurement determines that they can be used.

### Reference value

The reference value (the average value of the measurements of all cuvettes) remains the same until the next measurement.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644682

## *Cleaning the analyzer and rack handler exterior panels*

*Materials required:*
- Lint-free towel
- 10% solution of bleach (5% sodium hypochlorite) and water

Time: 10 minutes

Analyzer mode: OFF

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

1. Set the analyzer and rack handler (if applicable) to OFF.

 **WARNING**

Turn off the main power switch at the back of the analyzer to avoid catching the toweling in the cooling fans.

2. Turn off the 15-A power switch at the back of the system.

3. Close the analyzer cover.

4. Prepare a 10% solution of bleach and DI water.

5. Dampen lint-free towels with the solution and wipe the following exterior surfaces:
   - top cover
   - side panels
   - front panel
   - bear panel

6. Using deionized water, wipe the exteriors again.

7. Turn on the 15-A power switch at the back of the system.

8. Return the system to the Operating mode and the rack handler to the ON mode (if applicable).

FOIA Confidential Treatment Requested by Theranos                                      THER-0644683
Fed. R. Crim. P. 6(e) material

# Monthly maintenance

## Cleaning the turntable interiors (STT/CTT and RTT)

**Materials required:**

- Phillips screwdriver
- Lint-free towels

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

**NOTE:** Use the 2 procedures that follow to clean inside the STT/CTT housing and the RTT1 and RTT2 refrigerated housing to remove accumulated sample, reagent, dust, and other materials.

### Cleaning the inside of the STT/CTT housing

1. Set the analyzer to Standby.
2. Remove the DPP shield (see Figure 5-2):
    a. Using a Phillips screwdriver, loosen the screws (**1**) that secure the DPP shield to the analyzer panel.
    b. Push the DPP shield to the right and slowly lift it to approximately a 90° angle.
    c. Gently lift the tab of the DPP shield, and remove it.
3. Remove all the CTT and STT covers:
    a. Remove the DPP splash cover, secured in place with 3 Phillips screws.
    b. Remove CTT cover.
    c. Remove the STT evaporation cover.
4. Remove the CTT and STT trays (see figure below):
    a. Pull up on the 2 Nylatch fasteners (**1**) securing the CTT tray in place.
    b. Lift out the CTT tray by the center handle (**2**)
    c. Pull up the 2 Nylatch fasteners (**3**) securing the STT tray in place.
    d. Lift out the STT tray by the two metal handles (**4**).
5. Using lint-free towels, wipe the interior of the STT and CTT housings.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644684



1  CTT Tray
2  STT Tray
3  CTT Nylatch Fasteners - 2 places
4  CTT Handle
5  STT Nylatch Fasteners - 2 places
6  STT Handles - 2 places
7  Locator Screw

**Figure 5-15. Components of CTT and STT trays**

6.  Replace the CTT and STT tray and covers.

    a.  Orient each tray loader to the locator screw (**7**).

    b.  Ensure the tray loaders are securely in position, then push the fasteners (**3** and **5**) in place.

    c.  Replace the STT evaporation cover.

    d.  Replace the CTT cover.

7.  Replace the DPP shield and secure it in place.

### *Cleaning the inside of the reagent tray refrigerated housing*

 **WARNINGS**

- Avoid contact of method or system reagents with skin and eyes. These materials can cause infection and burns. Wear suitable protective clothing, gloves, and eye/face protection. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. In case of contact with skin, immediately wash with soap and water.
- Avoid inhaling chemical vapors. If you inhale chemical vapors, promptly leave the area and seek fresh air.

1.  Remove Reagent tray loader 1 (RTT1):

    a.  Lift and remove the cover from the reagent tray.

    b.  Lift the tray by the white knob and remove it from the refrigerated housing.

2.  Using lint-free towels, wipe the interior of the refrigerated housing and clean the glass window of the reagent bar code reader.

3.  Replace the reagent tray, aligning the 3 holes in the center of the tray with the 3 posts on the hub.

4.  Replace the cover, aligning the rectangular hole in the cover with the tab on the rim of the housing.

5.  Repeat steps 1-4 for RTT2.

6.  Return the analyzer to the READY mode.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644685

## *Cleaning or replacing the wash solution reagent containers (53 – 56)*

***Materials required:***

- 5 reagent wedges, empty, 70-mL (optional)
- Probe Wash 1
- Probe Wash 2
- 10% Cuvette Wash solution
- 5% Probe Wash solution

Time: 10 minutes

Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

 **WARNING**

Before handling any reagents, read the warnings on page 182

1. Remove the wash solution reagent containers from RTT1 and RTT2, positions 53 – 56.

2. Replace the containers with new ones or clean the old containers with DI water.

3. Refill the containers with fresh solutions as specified in the table below.

| RTT1/2 Position | Wash Solution |
|---|---|
| 53 | Probe Wash 1 |
| 54 | Probe Wash 2 |
| 55 | 10% Cuvette Wash |
| 56 | DI Water |

### *Cuvette wash and cuvette conditioner usage*

**Cuvette Wash**

| Solution | Approximate Volume Used During Wash 2 | Number of Aspirations | Volume of Undiluted Cuvette Wash Used |
|---|---|---|---|
| 10% Cuvette Wash | DPP = 7.2 mL<br>RPP1 = 23 mL<br>RPP2 = 23 mL | 240 aspirations from RTT1 and RTT2 pos 55 | 5.5 mL (approx) |

**Cuvette Conditioner**

| Solution | Dilution by System | Volume Dispensed Per WUD Cycle | Volume of Undiluted Solution Used Per WUD Cycle |
|---|---|---|---|
| Cuvette Wash | 1:10 with water | 600 μL | 60 μL |
| Cuvette Conditioner | 1:40 with water | 600 μL | 15 μL |

**NOTE:** The total volume of cuvette wash and cuvette conditioner used by the system can vary slightly from the volumes provided in the tables above. This is normal behavior.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644686

## Cleaning and replenishing the dilution bottle

***Materials required:***

- Deionized Water
- Physiological saline (0.9% NaCl)

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

**NOTE:** The dilution bottle may be cleaned when it is refilled, but must be cleaned at least once a month.

 **WARNING**

Before handling any reagents, read the warnings on page 182



1   Saline Diluent Bottle
2   Level Sensor Connector

**Figure 5-16.  Saline diluent bottle**

1.  Set the analyzer to Standby.

 **CAUTION**

Note the bottle position on the shelf to avoid mixing up the fluid bottles.

2.  Lift the cover from the saline diluent bottle (**1**), and remove the bottle.

3.  Empty the remaining contents of the bottle.

4.  Rinse the bottle with deionized water and drain well.

5.  Refill the bottle with 0.9% saline diluent.

6.  Replace the bottle in the same position on the shelf in the cabinet.

7.  Replace the cover of the diluent bottle.

    **NOTE:** Make sure that the Teflon tube and filter holder are located at the bottom of the dilution bottle.

8.  Prime the fluid lines:

    **NOTE:** If you are cleaning the detergent or cell conditioner bottles at this time, you can prime all the fluid lines at once.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644687

   a.   Return the analyzer to the READY mode.

   b.   At the Operation Panel, select **Prime**.

   c.   At the PRIME Settings dialog box, select **Prime 2**, then type **10** or more in each of the number of times fields.

   d.   Select **Execute**.

## *Cleaning and replenishing the cuvette wash bottle*

**Materials required:**
- Deionized water
- Cuvette detergent (wash solution)

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

**NOTE:** The cuvette wash bottle may be cleaned when it is refilled, but must be cleaned at least once a month.



1  Cuvette Wash (Detergent) Bottle
2  Level Sensor Connector
3  Filter Cap

**Figure 5-17. Cuvette wash bottle**

1. Set the analyzer to Standby.

2. Unscrew the filter cap (**3**) at the front top of the cuvette wash bottle, then pull up the tube with the filter.

3. Disconnect the cuvette wash bottle level sensor connector (**2**), then turn it counter-clockwise and pull it out.

 **WARNING**

Before handling any reagents read the warnings on page 182.

 **CAUTION**

Make a note of the bottle position on the shelf to avoid mixing up the fluid bottles.

Maintenance

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644688

4. Remove the bottle.

5. Empty the remaining contents of the bottle.

6. Rinse the bottle with deionized water and drain well.

 **CAUTION**

> Do not allow the level sensor connector to get wet. This may damage it.

7. Refill the bottle with cuvette wash solution.

8. Return the bottle to the same position on the shelf in the cabinet.

9. Connect the cuvette wash bottle level sensor connector, then push the connector in and turn it clockwise.

10. Insert the filter and hose, then fasten the cap.

    **NOTE:** Make sure that the filter holder is located at the bottom of the bottle.

11. Return the analyzer to the READY mode.

12. Prime the fluid lines:

    **NOTE:** If you are cleaning other bottles, wait to perform this step for all fluid lines.

    a. Return the analyzer to the READY mode.

    b. At the Operation Panel, select the **Prime** button.

    c. At the PRIME Settings dialog box, select **Prime 2** and then type **10** or more for the number of times in all fields.

    d. Select **Execute**.

## *Cleaning the chiller filter*

***Materials required:***

- Vacuum cleaner

Time: 10 minutes
Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

**NOTE:** The chiller filter is located on the right inside bottom shelf of the analyzer cabinet. It must be accessed through the panel door on the right side of the analyzer.

1. Set the analyzer to Standby.

2. On the front right side of the analyzer, push and release the panel door to gain access to the chiller unit.

3. Locate the filter and slide it out of the analyzer.

4. Using a vacuum cleaner, remove the dust from the filter.

5. If the filter requires further cleaning, perform the following steps:

   a. Wash the filter under running water.

   b. Dry the filter before replacing it.

6. Slide the filter back in place and close the panel on the right side of the cabinet.

7. Return the analyzer to the READY mode.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644689

## Cleaning the large water pump (LWP) filter

**Materials required:**
- Small brush
- Deionized water

Time: 20 minutes
Analyzer mode: OFF

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

**NOTE:** This filter removes dust and foreign matter from the water circulation system. This water dilutes samples and is used to clean the probes, mixers, and cuvettes**.**

⚠ **CAUTION**

Turn the analyzer **OFF** while cleaning the LWP filter.

1. At the Operation Panel, select **System(s)**, then select **Exit**.

2. When the Startup window opens, switch the analyzer to **OFF**.

3. Using a Phillips screwdriver, remove the 2 screws **(2)** from metal bracket securing the water filter.



1   Metal Filter Bracket
2   Phillips Screw
3   LWP Filter

**Figure 5-18.  Location of LWP filter**

**IMPORTANT**
Be sure to label the right and left sides of the LWP filter before removing it.

4. Gently pull the filter toward you to gain access to the attached, blue inlet and outlet tubes.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644690

5. Disconnect the blue tubes from the filter:

   a. Squeeze the quick-disconnect fitting (2) toward the elbow (3), while pulling the blue tube (1) away from the fitting.

   b. Repeat for the other tube to completely remove the filter from the system.

   c. Label the tubing, if necessary, to maintain proper orientation.

6. Unscrew the filter and set aside the black o-ring

7. Rinse both sides of the filter with distilled water.



**Figure 5-19. Quick-disconnects on the LWP filter**

**NOTE:** The filter screen is not removable. Be sure to remove any debris from the filter screen surface, using a small brush, if needed.

8. Reconnect the 2 parts of the filter, making sure the black o-ring is in place.

9. Reinstall the filter in the system:

   a. Maintaining proper tube-to-filter orientation, push one of the tubes into the elbow as far as it will go.

   b. Repeat for the other tube.

   c. **Do not** replace the metal bracket at this time.

10. At the StartUp window, select **New Start** or **Restart**.

11. Return the analyzer to the **WAIT** mode.

12. Check the system for leaks:

   a. At the Menu Panel, select **Maint.**, then select **Manual Operation**.

   b. Double-select **71 LWP** to set the pump to ON.

   c. Verify there are no leaks at the filter and the water pressure is 76 kPa.

   d. If a leak is observed, double-select **71 LWP** OFF and refit the filter.

   e. If no leaks are observed, double-select **71 LWP** to set the pump to OFF.

   f. Reattach the metal bracket to secure the filter in place.

13. Initialize the system to the READY state.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644691

# *Every 2 months maintenance*

## *Cleaning the dilution tray cuvettes*

**Materials required:**
- 2-liter beaker
- Probe Wash 3 solution (REF 03164495, PN B01-4183-01)
- Deionized water

Time: 15 minutes (replacement)
          10 hours (immersion)
Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.



**Figure 5-20. Components of dilution tray cuvette**

 **WARNING**

Probe Wash 3 contains 4.5% potassium hydroxide and 2% sodium hypochlorite. Avoid contact with skin and eyes. Probe Wash 3 is a corrosive material that can cause burns. Wear suitable protective clothing, gloves and eye/face protection. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.

1. Prepare 1.5 liters of 5% Probe Wash 3 solution diluted with deionized water.

2. Set the analyzer to Standby.

3. Remove the 6 cuvette segments on the dilution tray (DTT).

   a. Unfasten the 2 thumbscrews (**1**) on each section.

   b. Grasp the cuvette section by the tab (**2**) and lift it from the tray.

   c. To remove the cuvettes under the dilution washer (**DWUD**) and splash cover, turn the tray by hand until the cuvettes are clear.

   **NOTE:** You will feel resistance when manually moving the tray. This is normal.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644692

4. Immerse the cuvette segments in 5% Probe Wash 3 solution.

   a. Ensure no air bubbles are in the cuvettes.

   b. Allow the cuvettes to soak for at least 10 hours.

5. Wash the cuvettes under running water, then rinse them in deionized water.

6. Drain the water from the cuvettes.

7. Install the cuvette segments on the dilution tray (DTT) and fasten the thumbscrews by hand.

8. Return the analyzer to the READY mode.

9. At the Operation Panel, select **Initialize**.

   **NOTE:** Verify that the Operating mode field displays READY before performing any further actions.

10. At the Operation Panel, select **WASH**.

11. Perform the daily shutdown wash routine, then verify the operation.

## Cleaning and replenishing the cuvette conditioner bottle

**Materials required:**
- Deionized water
- Cuvette conditioner

Time: 10 minutes
Analyzer mode: STANDBY

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

**NOTE:** The cuvette conditioner bottle may be cleaned when it is refilled, but must be cleaned at least once every 2 months.

 **WARNING**
Before handling any reagents, read the warnings on page 182



1 Cuvette Conditioner Bottle
2 Level Sensor Connector
3 Filter Cap

**Figure 5-21. Cuvette conditioner bottle**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644693

1. Set the analyzer to Standby.

2. Open the filter cap at the front of the cuvette conditioner bottle **(3)**, and pull up the tube with the filter.

3. Disconnect the cuvette conditioner bottle level sensor connector **(2)**.

4. Turn the connector counter-clockwise and pull it out.

 **CAUTION**

    Make a note of the bottle position on the shelf to avoid mixing up the fluid bottles.

5. Remove the bottle.

6. Empty any remaining contents of the bottle.

7. Rinse the bottle with deionized water and drain well.

 **CAUTION**

    Ensure that the level-sensor connector **(2)** does not get wet to avoid damaging it.

8. Refill the bottle with cuvette conditioner.

9. Return the bottle to the same position on the shelf in the cabinet.

10. Connect the cuvette-conditioner bottle level sensor connector, then push the connector in and turn clockwise.

11. Insert the filter and hose, then fasten the cap.

    **NOTE:** Make sure that the filter holder is located at the bottom of the bottle.

12. Prime the fluid lines:

    **NOTE:** If you are cleaning other bottles, wait to perform this step for all fluid lines.

    a. Return the analyzer to the READY mode.

    b. At the Operation Panel, select **Prime**.

    c. At the Prime Settings dialog box, select **Prime 2** and type **10** for the Number of times in all fields.

    d. Select **Execute**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644694

# Every 3 months maintenance

## Replacing the lamp

**Materials required:**
- Halogen lamp, 12 V/50 W
  (REF 02127928, PN 073-0099-01)

Time: 60 minutes

Analyzer mode: STANDBY

**BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

The lamp MUST be replaced:

- Quarterly
- After approximately 2000 hours of use
- If the system warns that lamp energy is out of range
- If the Checking Lamp Energy procedure indicates the A-D points are outside the ±40 range of the scatter plot center line or the volts for any of the wavelengths are outside the range of 5.0 to 9.0 volts
- If the ATTENU(%) for any of the 14 wavelengths on the Lamp Check Energy window falls below 80%



| | |
|---|---|
| 1 | Lead Wire Connector |
| 2 | Lead Wire Connector |
| 3 | Lamp Screws |
| 4 | Lamp Plate |
| 5 | Alignment Hole and Pin |

**Figure 5-22. Components of the lamp**

1. Set the analyzer to **Standby**.

2. Lift and remove the access panel in front of the Rotating Reaction Tray to expose the lamp housing.

**WARNING**

The lamp housing is **hot**. To avoid burns, allow it to cool down (approximately 10 minutes) before touching any components.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

3. Loosen the lead wire connectors (**1** and **2**), then remove the wires.

4. Unfasten the lamp screws (**3**) on the plate (**4**) and remove the halogen lamp from the housing.

 **CAUTION**

Be careful not to drop the screws.

5. When installing the new lamp, align the hole (**1**) to the locating pin (**2**).



1          2

**Figure 5-23. Locating pin**

 **CAUTION**

Do not touch the glass portion of the lamp. Touching the lamp could damage it. If the lamp is dirty, clean it using lint-free toweling moistened with ethanol.

6. Install the lamp screws.

7. Install the lead wires and fasten the knobs.

8. Replace the access panel.

9. Return the analyzer to the **READY** mode, if necessary.

10. Wait 40 minutes for the lamp to stabilize.

    **NOTE:** You can perform the daily shutdown 2 while you are waiting.

11. Check the lamp energy (see the *Weekly Maintenance* section).

12. Register the data and verify that attenuations register at 100%, voltages are between 5–9, and scatter is no greater than ±40.

13. Perform the cell blank measurement test.

    **NOTE:** Siemens recommends the assays on the system be calibrated after the lamp is replaced.

14. Run QC controls to verify that all assays are within the laboratory's established control ranges.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644696

## *Washing the electrodes lines*

***Materials required:***

- Dummy electrode with o-ring and cap (REF 05938765, PN 073-0342-01)
- ISE detergent solution (REF 01307361, B01-4174-01)

Time: 25 minutes

Analyzer mode: Manual operation

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

 **WARNING**

Read and follow the cautions on the box and label before handling any reagents. Some method and system reagents are classified as hazardous material.

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

2. Remove the Na, K, Cl, and Reference electrodes and place in ISE buffer solution.

3. Install the dummy electrode (**2**) in place of the 4 electrodes removed in step 2.

4. Secure the dummy electrode in place by positioning the retaining bracket (**3**) over the electrode, then tightening the thumbscrew (**4**).



**Figure 5-24  Replacing the electrodes with a dummy electrode**

 **WARNING**

ISE detergent is sodium hypochlorite solution. When handling bleach, wear protective clothing, gloves, and safety glasses. It is harmful if swallowed and may cause eye or skin irritation. In case of skin or eye contact, flush with large amounts of water.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644697

5. Remove the cap (**1**) from the dummy electrode and pour approximately 5 mL of ISE detergent solution into the dummy electrode.

 **CAUTION**

Be sure to tighten the cap on the dummy electrode. If the cap is loose or defective, the ISE detergent solution may leak into the module and cause damage.

6. Replace and tighten the cap.

7. At the ISE Operation window, select **Execute (STEP-1)**.

The message "Line Wash 1 Running" and the approximate amount of time remaining displays. You cannot stop this operation. If you must stop, press the **SYSTEM STOP** button on the analyzer display panel. This step takes approximately 17 minutes to complete.

This step takes about 17 minutes.

8. When step 1 of the wash completes, replace the dummy electrode with the original Na, K, Cl, and Ref electrodes.

9. At the ISE Operation window, in the ISE line wash area, select **Execute (STEP-2)**

The wash starts and buffer prime is performed 10 times. The message "Line Wash 2 Running" and the approximate amount of time remaining displays.

10. Verify no leaks or bubbles exist and that the buffer is going to the waste during the priming cycle.

11. At the ISE Operation window, next to the Initialize area, select **Execute**.

12. Perform calibration and run controls.

13. Perform an additional 10 buffer primes, then calibrate, and run controls.

Maintenance                                                                                      139

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## *Every 4 months maintenance*

### *Cleaning the ancillary reagent bottle filters*

**Materials required:**
- Filters (REF 08602474, PN 073-0033-01)  order one set per bottle

 **BIOHAZARD**
Wear personal protective equipment.
Use universal precautions.

Time: 20 minutes
Analyzer mode: STANDBY

Use this procedure to clean the filters in the following bottles

- RRV (reaction) bath oil
- Diluent
- Cuvette detergent (wash solution)
- Conditioner

1. Set the analyzer to Standby.

2. Open the filter cap at the front of each bottle and pull up the filter hose.

3. Unfasten the connector at the end of the hose.

   **NOTE:** If any of the filters are ripped or damaged, replace them with new filters.

4. Remove the filter and inspect it for particles or dirt.

5. If dirty, clean the filters as follows:

   **NOTE:** An additional set of filters is included with the analyzer. Locate the spare filters and place them on the system to avoid downtime while the dirty filters are cleaned.

   a. Place the filters in a beaker filled with a freshly made 10% solution of household bleach and water.

   b. After 30 minutes, remove the filters.

   c. Rinse them in deionized water.

   d. Replace them into their respective holders.

   **NOTE:** Store the clean filters in a clean dry container for later use.

6. Fasten the connector.

7. Using a pad soaked in alcohol, clean the outside surfaces of the filter holders and hoses.

8. Insert the filter hoses into the bottles, then fasten the caps.

9. Return the analyzer to the READY mode.

10. At the Operation Panel, select **Prime**.

11. At the Prime Set dialog box, select **Prime 2** and enter **10** or more for the number of times in all fields, and then select **Execute**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                          THER-0644699

## *Cleaning the pure-water bottle filter*

**Materials required:**
  • Filter (REF 08602474, PN 073-0033-01)  **BIOHAZARD**

Time: 15 minutes
Analyzer mode: STANDBY

Wear personal protective equipment.
Use universal precautions.

Clogged filters create an insufficient flow rate and produce air bubbles.

**NOTE:** Filters are included in the supplies kit. To avoid system down-time, replace the pure water-filter with a new one, resume operation, and then clean and store the removed filter for the next scheduled maintenance.



**1** Silicon Return Hose
**2** Pure-water bottle

**Figure 5-25.  Pure-water bottle**

1. Set the analyzer to Standby.

2. Remove the silicon return hose (**1**) from the top front of the pure water bottle (**2**).

   The filter is contained in a metal filter holder attached to the end of the return hose.



**1** Metal Filter Holder
**2** Silicon Return Line

**Figure 5-26. Pure-water bottle lines and filter**

3. Unscrew and remove the bottom half of the filter holder, then remove the filter.

   **NOTE:** If the filter is ripped or damaged, replace it with a new filter (18R).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

4. Clean the old filter.

   **NOTE:** An additional set of filters is included with the analyzer. Locate the spare filters and place them on the analyzer to avoid downtime.

5. Place the filter in a beaker filled with a freshly made 10% solution of household bleach and water.

6. After 30 minutes, remove the filter and rinse it with deionized water.

 **CAUTION**

   Ensure the filter is properly positioned within the filter holder to avoid it shifting out of place. Store filters in a clean and dry container for later use.

7. Reinstall the filter in the holder and screw the bottom half of the holder in place.

8. Using a pad soaked in alcohol, clean the outside surfaces of the filter holder and hose.

9. Insert the silicon filter hose into the water bottle.

10. Prime the lines:

    a. Return the analyzer to the READY mode.

    b. At the Operation Panel, select the **PRIME** button.

    c. In the PRIME Set dialog box, select **PRIME 2** and type **10** or more for the number of times in all fields.

    d. Select **Execute**.

## *Replacing the reaction and dilution cuvettes*

**Materials required:**

- 13 sets of reaction cuvettes (sample cell RRV, single cuvette set, REF 05024992, PN 073-0023-02)
- 6 sets of dilution cuvettes (sample cell DTT, single cuvette set, REF 05049669, PN 073-0022-01)

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

Time: 20 minutes
Analyzer mode: STANDBY

Replace the 13 sets of reaction (RRV) cuvettes and 6 sets of dilution (DTT) cuvettes every four months.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644701



1 Thumbscrew
2 Tab
3 Detector Unit

**Figure 5-27. Reaction and dilution cuvette components**

 **WARNING**

Turn off the power before removing or replacing cuvettes in order to allow the RRV to move freely. Always work away from the lamp.

1. Set the analyzer to Standby.

2. Remove the 13 cuvette sets on the reaction tray (RRV).

    a.  Unfasten the 2 thumbscrews (**1**) on each set.

 **CAUTION**

Be careful not to get RRV bath oil inside the cuvette. If you do, allow the cuvette to dry overnight.

 **CAUTION**

Be careful not to drop the cuvette set screws into other components of the instrument. Do not remove the cuvette if it is in front of the detector (**3**).

    b.  Hold the cuvette set by the tab (**2**) and lift it from the tray.

    c.  To remove the cuvette sets located by the detector unit or under the cuvette wash station (WUD), rotate the reaction tray by hand until the cuvettes are in an accessible location.

3. Inspect the reaction bath oil around the bath ring, removing any particulate matter with a plastic transfer pipette.

4. Install the new cuvette sets on the RRV and fasten the set screws.

 **CAUTION**

Do not touch or scratch the cuvette surfaces or wipe the cuvette interior, to avoid damaging the cuvettes.

5. Remove the 6 cuvette sets on the dilution tray (DTT).

    a.  Unfasten the 2 thumbscrews (**1**) on each section.

    b.  Hold the cuvette section by the tab (**2**) and lift it from the tray.

Maintenance                                                                                      143

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644702

     c.   To remove the cuvettes under the dilution washer (DWUD) or cuvette splash cover, rotate the dilution tray by hand until the cuvettes are clear.

6. Install the new cuvette sets on the DTT and fasten the set screws by hand.

7. Return the analyzer to the READY mode.

8. Perform the daily Shutdown wash (WASH2) routine and verify the operation.

9. Perform the lamp energy check procedure.

10. Perform the cell blank measurement, and if the cell blank run was completed successfully, save the results.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                    THER-0644703

# As required maintenance

## Backing up system files

The system software consists of the operating system, data processing software, and user-specific system and data files. Back up the system files to a USB Memory Stick or a formatted CD/CD-RW/DVD disc on a regular basis or whenever you make any configuration or parameter changes. The Restoring System Files procedure follows this procedure.

**Materials required:**
USB memory stick, CD-RW disc or DVD-RW disc
Time: 10 minutes
Analyzer mode: READY

**NOTE:** A CD or a memory stick is easier to use than a DVD for this procedure. To back up files to a DVD, refer to the online Operator's Guide.

1. Use an indelible marker to write **System back up** with the current date on a disc label.

2. If the disc is not formatted, format the disk as follows:

    a. Close the ADVIA software, then at the main Startup window, select **Cancel**.

    b. Insert the labeled disk into the CD/DVD drive.

    c. At the Windows taskbar, right-select **Start**, then select **Explore**.

    d. In the left pane of the Explorer window, locate and right-select the CD/DVD drive (E: or X:).

    e. Select **Format**.

    f. On the Drag-to-Disc Format Options window, select **Full Format**.

    g. Select **OK**.

    h. On the Drag-to-Disc Format Options window, select **Yes**.

    i. Acknowledge any prompts related to formatting.

3. Restart the ADVIA software.

    a. At the Windows desktop, select **Start**.

    b. Select **Programs**, then select Startup and choose **HRSTART**.

4. At the Startup window, select **Back-up**.

5. At the ADVIA Backup window, select **Make a Backup Copy**.

6. Select the Target Files to be backed up from the following options:

    - **System Files** - Approximately 30 MB of disk space is required.
    - **Data Files** - Disk space required is dependent on the amount of data stored on the C:/ drive. A new CD holds approximately 650 MB.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644704

7. Verify that the backup name is the current date.

   **NOTE:** The system names the backup automatically, which consists of a yyyymmdd format. Accept the destination folder default for the DVD disk drive letter (usually D:) or select to **Browse** choose a different destination. If a recordable disk is not available, then the backup can be stored on the partitioned storage drive (D:).

8. Select **Execute**.

9. At the Backup window, select **OK** to confirm the copy.

   **NOTE:** If an error window displays, reformat the disk and try again.

10. When the file copy completes, at the Backup window, select **OK**.

## Restoring system files

1. Insert the CD or the DVD containing the backup files into the CD drive.

   **NOTES**
   - When restoring backed-up data files (in the Data subfolder under the A002 folder), select the **Delete Data Files** checkbox at the ADVIA Backup window. This deletes any current data files on the PC hard drive before the backed up system and data files are restored.
   - If the current data files are needed, perform a backup before restoring previous files. The restore feature restores all files (system and/or data files) that were previously backed up. If this is the case, close the ADVIA Backup window and perform Backing up system files (see above).

2. At the Startup window, select **Back-up**.

3. At the ADVIA Backup window, select **Restore a Backup Copy**, then browse to the source folder that contains the backup files to restore and select **Execute**.

4. At the Restore confirmation window, select **OK**.

   If the disk contains all the backed up files required for the restore procedure, the copy function begins.

5. If the backed up files are on more than one disk, select **Continue**.

6. At the ADVIA Backup window, select **Exit**, select **Restore**, then select **OK**.

7. At the ADVIA Backup window, select **Cancel**.

8. Reboot the PC.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644705

## *Replacing the SPP, RPP1, and RPP2 probes*

*Materials required:*

- Probes:

  **SPP-**(REF 03975051, PN 073-0224-01)

  **RPP1,2-**(REF 0551684, PN 073-0224-01)

- Phillips screwdriver
- Pliers
- Lint-free towels

Time: 10 minutes

Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

**NOTE:** Use this procedure to replace SPP and RPP probes **not** equipped with crash detection. For dilution probes (DPP) equipped with crash detection, go to: Replacing DPP probes - with crash detection.



1 Dilution Probe (DPP)
2 Sample Probe (SPP)
3 Reagent Probe 1 (RPP1)
4 Reagent Probe 2 (RPP2)

**Figure 5-28. Probes**

## *Removing a probe*

1. Set the analyzer to Standby.

    **CAUTION**

   Manually support the probe and be careful not to strike it against anything on the analyzer to avoid damaging the probe tip when the power is off.

2. Cover the cuvettes, wash cups, and other analyzer surfaces with lint-free towels to catch any screws that might fall.

3. Lift and manually rotate the probe to an accessible location.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644706

| Probe | Accessible Location |
|-------|---------------------|
| Sample probe (SPP) | Over the dilution tray (DTT) |
| Reagent probe 1 (RPP1) | Over reagent tray 1 (RTT1) |
| Reagent probe 2 (RPP2) | Over reagent tray 2 (RTT2) |

4.  Loosen but do not remove the setscrews  on each side of the probe cover. Lift the cover off of the probe.



| | | | |
|---|---|---|---|
| **1** | Terminal 2 | **5** | Probe |
| **2** | Joint Connector | **6** | Terminal 1 |
| **3** | Joint Holder | **7** | Flange |
| **4** | Phillips Screws (4 places) | | |

**Figure 5-29. Probe components**

5.  Using the pliers, loosen the joint connector (**2**) turning counterclockwise, then unfasten and remove it by hand.

6.  Loosen but do **not** remove the 4 Phillips screws (**4**).

FOIA Confidential Treatment Requested by Theranos                    THER-0644707
Fed. R. Crim. P. 6(e) material

7. Lift the old probe and discard.



| 1 | Terminal 2 | 5 | Probe |
|---|---|---|---|
| 2 | Joint Connector | 6 | Terminal 1 |
| 3 | Joint Holder | 7 | Flange |
| 4 | Philips Screws (4 places) | | |

**Figure 5-30. Probe components**

## *Install a new probe*

1. Finger-tighten the joint connector (**2**).

2. Verify that the probe is correctly positioned in terminal 2 (**1**) and the joint holder (**3**).

3. Slowly insert the new probe (**5**) through the guide hole until the flange (**7**) is seated against the terminal 1 (**6**).

4. Tighten the 4 Phillips screws (**4**) while maintaining the probe position in terminal 2 and the joint holder.

 **CAUTION**

Do not cross thread or force the joint connector in too far, to avoid damaging the threads or introducing leaks or air bubbles.

5. Replace the probe-arm cover and tighten the two probe cover screws.

6. Lift up the probe arm to the end of its travel, then manually rotate the probe over the probe wash cup but not within the wash port.

7. Return the analyzer to the READY mode.

8. At the Menu Panel, select **Maint**. Then select **User maint**.

9. Verify that the probes align correctly over the cuvettes.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644708

10. In the Position probes for routine cleaning area, select **Start**.

All probes (SPP, RPP1, and RPP2) move over cuvettes.

| Probe | Cuvette |
|---|---|
| Sample probe (SPP) | 113 |
| Reagent probe 1 (RPP1) | 1 |
| Reagent probe 2 (RPP2) | 36 |

11. At the Operation Panel, select **Prime**, **PRIME 2**, and then **Execute** to ensure proper water flow through the probe.

12. Verify that water is not leaking from the joint connector.

## *Replacing DPP probes equipped with crash detection*

***Materials required:***

- Probes:
  **DPP**-equipped for crash detection
  (REF 00201578, PN 073-0223-02)
- Phillips screwdriver
- Pliers
- Lint-free towels

Time: 10 minutes
Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.



1  Dilution Probe (DPP)

**Figure 5-31. Dilution probe**

### *Removing the DPP probe cover*

1. Set the analyzer to Standby.

2. Using a Phillips screwdriver, remove the screws (**1**) that secure the DPP shield to the analyzer panel.

3. Push the DPP shield to the right and slowly lift it until it reaches approximately a 90° angle, then gently lift the tab of the DPP shield and remove.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644709

4. Unscrew all thumb screws and remove the splash guard protective covers from the wash cups.

   **NOTE:** If the system includes an anti-rotation bracket, avoid hitting it while removing the splash guard protective cover.

5. Set the cover aside.

   ⚠️ **CAUTION**

   Manually support the probe to avoid damaging the probe tip when the power is off. Be careful not to strike it against any other parts on the analyzer.

6. To catch any screws that might fall, cover the cuvettes, wash cups, and other analyzer surfaces with lint-free towels.

7. Lift and manually rotate the probe over the sample tray.

8. Loosen but do not remove the screws on each side of the probe cover (**1**).

9. Lift the cover from the probe arm and set it aside.

## *Removing the probe from the probe arm*



| | | | |
|---|---|---|---|
| **1** | Probe Tubing | **6** | Spring Clips |
| **2** | Joint Connector | **7** | Probe Guide |
| **3** | Joint Holder | **8** | Probe |
| **4** | Probe Wire Screw | **9** | Wire Lock Screw |
| **5** | Black Wire | | |

**Figure 5-32. DPP probe without cover**

1. Gently loosen the probe joint connector (**2**) (use pliers, if necessary), then slide it back on the tubing (**1**) approximately 1 cm.

2. To remove it from the end of the probe body, gently flex and pull back on the tubing (**1**).

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644710

 **CAUTION**

Be careful not to damage the flare end or kink the tube.

3. Loosen but do not remove the probe wire screw (**9**), then remove the orange probe wire from the post.

4. Hold the probe arm securely and open the two spring clips (**6**) by grasping each at the side closest to the black wire (**5**), then gently raising each to an open, locked position.

 **CAUTION**

There is some spring resistance when attempting to open the clips. Do **not** allow the probe arm to swing side to side when opening the clips.

5. Loosen but do not remove the wire lock screw (**9**).

6. Remove the black wire (**5**) from the post.

7. Gently snap the gold joint holder (**3**) from its post.

8. Gently lift the probe (**8**) up through the probe guide (**7**), then carefully remove it from the probe arm.

9. Discard the old probe.

### Install the new DPP probe

1. Carefully insert the new probe into the probe guide (**7**), then slide the knurled nut of the joint connector (**2**) into the back end of the probe and carefully tighten until snug.

2. Press the joint end of the probe into the joint holder (**3**).

 **CAUTION**

Do not cross thread or force the joint connector in too far, to avoid damaging the threads or introducing leaks or air bubbles.

3. Carefully close each spring clip (**6**) over the probe.

 **CAUTION**

Do not allow the clips to snap on the probe shaft. This may cause damage to the probe.

4. Reconnect the black wire (**5**) under the wire lock screw (**4**) and tighten the screw.

 **CAUTION**

Do not flex the wire more than necessary. Over-flexing may damage the wire.

 **CAUTION**

If the screw does not fully tighten, or the standoff spins, tighten the screw on the probe arm base until the standoff no longer spins; otherwise the liquid-level-sensing capability may be adversely affected.

FOIA Confidential Treatment Requested by Theranos                    THER-0644711
Fed. R. Crim. P. 6(e) material

5. Slip the orange wire onto the probe wire screw (**9**), then tighten the screw.

6. Carefully flex the tubing (**1**) and slip the flared end into the joint connector (**2**).

7. Replace the probe arm cover and tighten the two probe cover screws.

8. Snap the joint holder (**3**) back into the post.

9. Replace the splash guards and secure them back in place with the thumb screws.

10. Manually lift and rotate the probe over the probe wash cup but not within the wash port.

11. Replace the DPP shield and secure it in place.

### *Aligning the DPP probe*

1. Return the analyzer to the READY mode.

2. At the Menu Panel, select **Maint**, then select **User Maintenance**.

3. In the Probe posi.adjust area, select Position probes for routine cleaning to move all probes (DPP, SPP, RPP1, and RPP2) over cuvettes.

   DPP should be over cuvette 1 on the DTT.

4. Ensure that the probe is perpendicular to the arm and centered over the cuvette.

   If it is not, call your local technical support provider or distributor.

5. At the Operation Panel, select **Prime**, then **PRIME 2**, then **Execute** to ensure proper water flow through the probe.

6. Verify that water is not leaking from the joint connector (**2**).

## *Replenishing the RRV (reaction) bath oil bottle*

### *Materials required:*

- RRV (reaction) bath oil
  (REF 09323099, PN B01-4180-01)

Time: 10 minutes
Analyzer mode: STANDBY

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                              THER-0644712



| | |
|---|---|
| **1** | RRV (Reaction) Bath Oil Bottle |
| **2** | Level Sensor Connector |
| **3** | Filter Cap |

**Figure 5-33. RRV bath oil bottle**

⚠️ **CAUTION**

Do not attempt to clean the RRV bath oil bottle (**1**) with water; RRV bath oil and water do not mix.

1. Set the analyzer to Standby.

2. Unscrew the filter cap (**3**) at the front of the RRV bath oil bottle (**1**), then pull up the tube with the filter.

3. Disconnect the RRV bath oil bottle level sensor connector (**2**), then turn the connector counter-clockwise and pull it out.

⚠️ **CAUTION**

Make a note of the bottle position on the shelf to avoid mixing up the fluid bottles.

4. Remove the RRV bath oil bottle (**1**).

⚠️ **CAUTION**

Ensure that level-sensor connector (**2**) does not get wet to avoid damaging it.

5. Refill the bottle with RRV (reaction) bath oil.

6. Replace the bottle on the shelf in the cabinet.

7. Connect the RRV bath oil bottle level sensor connector (**2**) by pushing the connector in and turning it clockwise.

8. Insert the filter and tube, then fasten the cap.

**NOTE:** Make sure that the filter holder is located at the bottom of the bottle.

9. Return the analyzer to the READY mode.

FOIA Confidential Treatment Requested by Theranos                    THER-0644713
Fed. R. Crim. P. 6(e) material

## *Preventive cleaning of the wash station lines*

### *Materials required:*

- 5 reagent containers, empty, 70-mL (optional)
- Probe Wash 1
- Probe Wash 2
- 10% Cuvette Wash solution
- 5% Probe Wash 3 solution
- 70-mL reagent container (REF 06397121, PN 073-0373-02)
- Wash solution labels (REF 00153468, PN 073-0406-02)
- Deionized water

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

Time: 45 minutes
Analyzer mode: READY

If you experience a problem with clogs in the wash station aspiration nozzles and lines, use this procedure to clean the WUD and DWUD wash station aspiration nozzles and lines.

1.  Prepare either of the following wash solutions:

    ⚠ **WARNINGS**

    - Wear suitable protective clothing, gloves and eye/face protection. Probe Wash 3 contains 4.5% potassium hydroxide and 2% sodium hypochlorite. Avoid contact with skin and eyes. Probe Wash 3 is a corrosive material that can cause burns. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.

    - Wear protective clothing, gloves, and safety glasses when handling bleach. It is harmful if swallowed and may cause eye or skin irritation. Household bleach is 5% or 6% sodium hypochlorite. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.

      Use household bleach that is free of heavy metals, such as Clorox.

    - **Preferred Solution** – Prepare a 10% solution of Probe Wash 3 by diluting 1 part of Probe Wash 3 with 9 parts of distilled or deionized water. The minimum recommended volume is 100 mL Probe Wash 3 plus 900 mL of distilled or deionized water.

    - **Alternate Solution** – Prepare a 20% solution of household bleach by diluting 1 part of bleach with 4 parts of distilled or deionized water. The prepared solution is stable for one week when stored at room temperature. Minimum recommended volume is 200 mL bleach plus 800 mL of deionized distilled water.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644714

**NOTE:** The remainder of this procedure describes the steps to clean the WUD and DWUD wash stations. Perform the entire procedure for the WUD lines and nozzles, then repeat the entire procedure for the DWUD lines and nozzles. The various parts are described as the "DWUD/WUD," meaning one or the other, depending on which is being cleaned at the time, and does not mean both simultaneously.

 **WARNING**

    Be careful of unexpected movements of the nozzles. These movements can cause injury or damage to the nozzles.

2. Prepare the WUD/DWUD for cleaning:

    a.   With the system in READY mode, log on as **supervisor**.

    b.   Place paper towels on top of the RRV and DTT cuvettes directly under the WUD/DWUD nozzles as a precaution.

    c.   Using a 4-mm hex wrench, loosen the captive screw (**1**) that secures the WUD/DWUD wash head to the WUD/DWUD mechanism.

 

**Figure 5-34. WUD and DWUD captive screw**

    **NOTE:** Use a shallow tray for washing the nozzles. A tray with a depth of 35 – 40 mm is most suitable. Trays with higher sides may require additional wash solution.

    d.   Lift up the WUD/DWUD wash head and place it in a shallow plastic tray on top of the paper towels.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644715

e.   Place the dryer nozzle outside the tray (**1**) and all the other nozzles inside the tray.

 

**Figure 5-35. WUD and DWUD dryer nozzle**

f.   Fill the tray with deionized water, being careful not to overflow the tray.

g.   Pour enough deionized water into the tray so that the center nozzles (yellow-labeled overflow nozzle) are in liquid.

3.   At the Menu Panel, select **Maint.**, then select **JEOL Maintenance**.

**NOTE:** If the JEOL Maintenance option is not listed on the Maint. menu, call your local support provider for access to this menu option.

4.   At the JEOL Maintenance window, in the Univers. sequence start area, type **1** in the Sequence field and **1** in the Number of times field, then select **Start**.

5.   Select **Yes** at the confirmation window to start the procedure.
   - UNIVERSAL displays as the operation mode.
   - One sequence takes about 65 – 70 seconds.
   - This sequence activates the appropriate devices so all the WUD/DWUD aspiration nozzles and overflow nozzles are pulling vacuum.
   - The overflow lines (short nozzles) aspirate air after a short while as the liquid in the container lowers. Add more liquid as necessary to flush out the overflow lines.

6.   When the operation mode returns to READY, lift the WUD/DWUD wash head out of the tray and temporally place it on top of the WUD/DWUD assembly.

7.   Remove and empty the tray, then place it back on paper toweling under the WUD/DWUD nozzles.

8.   Place the WUD/DWUD wash head into the tray and fill the tray with 10% Probe Wash 3 solution (preferred) or 20% bleach solution (alternate).

9.   Pour enough wash solution into the tray, so the center nozzle (yellow-labeled overflow nozzle) is in liquid, without overflowing the tray.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644716

10. Repeat steps 4 and 5, to clean the WUD/DWUD lines with the 10% Probe Wash 3 or 20% bleach solution.

11. Repeat steps 4 and 5 until the lines are cleaned thoroughly.

    **NOTE:** As an aid to cleaning the aspiration lines, manually lift the WUD/DWUD wash head in and out of the cleaning solution to introduce air into the lines.

12. When the operation mode returns to READY, lift the WUD/DWUD wash head out of the tray and temporally place it on top of the WUD/DWUD assembly.

13. Using a lint-free cloth, carefully clean the stainless steel nozzles of the WUD/DWUD wash head.

14. Remove, empty, and rinse the tray to remove any residual cleaning solution, then place it back on paper toweling under the WUD/DWUD nozzles.

15. Place the WUD/DWUD wash head into the tray, then fill the tray with deionized water.

16. Repeat steps 4 and 5 to flush out the cleaning solution with deionized water.

17. Repeat this sequence twice as many times as the sequence was run with the cleaning solution, to ensure that no residual cleaning solution is left in the lines.

    **NOTE:** A colored food dye may be added to the rinse water as a visual aid, to verify the blue and yellow aspiration lines are not clogged and are working properly.

18. When the operation mode returns to READY, move the WUD/DWUD wash head on top of the WUD/DWUD assembly and secure it by tightening the 4-mm captive hex screw.

19. Remove the tray and paper towels from the system.

20. Repeat this procedure from step 2 for the other wash head, if needed, and then proceed to step 21.

21. Exit the JEOL Maintenance window.

22. Run a Startup Wash (WASH3) procedure on the system, then verify proper hydraulic operation and mechanical alignment of the WUD/DWUD assemblies during the Startup Wash.

23. Run your laboratory's quality control material and verify the results are within acceptable ranges.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                      THER-0644717

## *Washing all the ISE lines*

***Materials required:***

- 2 clean, empty buffer bottles
- Probe Wash 3 solution
- Dummy electrode
- Phillips head screwdriver

Time: 15 minutes
Analyzer mode: Manual operation

 **BIOHAZARD**

Wear personal protective equipment.
Use universal precautions.

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

2. In the Period.wash area, select **OFF**, then select **Set**.

3. Open the front doors and replace the buffer solution (**1**) with another buffer bottle containing 500 mL of deionized water.



**Figurer 5-36.  Location of ISE Buffer bottle**

4. Loosen the thumb screw and lift the ISE cover.

5. Disconnect the electrode connectors.

6. Remove the thumbscrew (**1**) to release the plate that secures the electrodes and the block containing the electrode.



FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644718

**Figure 5-37.  ISE electrode plate thumbscrew**

7.  Remove the electrodes and replace it with the dummy electrode.

8.  At the ISE Operation window, in the Bufferprime area, type **50** in the Times field.

9.  Select **Execute**

10. When prompted, select **Yes** to execute buffer prime.

## Washing the lines

1.  Remove the buffer bottle with the deionized water and replace it with a bottle filled with a solution of 475 mL of deionized water and 25 mL probe wash 3 solution.

2.  At the ISE Operation window, in the Bufferprime area, enter **50** in the Times field.

3.  Select **Execute**.

4.  When prompted, select **Yes** to execute the buffer prime.

## Rinsing the lines

1.  Replace the probe wash 3 solution bottle with a bottle of deionized water.

2.  In the Bufferprime area, enter **50** in the Times field, then select **Execute**.

3.  Remove the dummy electrode.

4.  Reinstall the Na, K, and Cl electrodes.

5.  In the Initialize area, select **Execute**.

6.  Before reinstalling the buffer-solution bottle, thoroughly rinse the buffer bottle cap, float switch, and tube with deionized water and dry completely.

7.  Install the buffer bottle or replace it if the volume is low.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644719

### Priming and initializing the ISE module

1. At the ISE Operation window, in the Bufferprime area, enter **15** in the Times field.

2. To prime the line with buffer, select **Execute**, then select **Yes**.

3. When the priming is finished, verify that the electrodes are not leaking.

4. At the ISE Operation window, select **Exit**, then select **Yes**.

5. Run 10 pooled serum samples, or do an ISE CV check.

6. Perform calibration and run controls.

## Replacing ISE electrodes

**Materials required:**

Electrodes

- Cl (REF 07097504, PN 073-0049-01)
- K (REF 06135445, PN 073-0050-01)
- Na (REF 03092699, PN 073-0051-01)
- Reference (REF 00311764, PN 073-0653-01
- O-rings, 3 (REF 09955206, PN 073-0071-01)
- Philips screwdriver

Time: 5 minutes
Analyzer mode: Manual operation

**BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

Replace the Na, K, and the Cl electrodes if the slope is incorrect or calibration continuously fails.

The acceptable ISE slope is between 45.0 and 63.0. Slopes outside of this range are flagged as shown in the table. A flagged slope fails the calibration. The slope limits are defined at the ISE Parameter Settings window.

| Mark | ISE Slope Range |
|------|-----------------|
| H | > 65.0 |
| h | 63.1 to 65.0 |
| l | 38.0 - 44.9 |
| L | < 38.0 |

Replace the reference electrode when the reference electrode value is <500.

### Checking the reference electrode value

1. At the Menu Panel, select **Maint.**, then select **ISE Monitor**.

2. At the ISE Monitor window, at the bottom of the Calib.monitor: Serum area, check the value of the Ref. electrode field.

3. If the Ref. electrode value is **less than 500.0**, replace the reference electrode.

### Removing electrodes

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

2. In the Period. wash area, select **OFF**, then select **Set**.

3. Using a Phillips screwdriver, remove the screws (**1**, see Figure 5-2) that secure the DPP shield to the analyzer panel.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644720

4. Push the DPP shield to the right and slowly lift the DPP shield until it reaches approximately a 90° angle, then gently lift the tab of the DPP shield and remove.

5. Loosen the thumb screw and lift the ISE cover.

6. Disconnect the electrode connectors.

7. Remove the thumbscrew (1) to release the plate that secures the electrodes and the block containing the electrode. (See Figure 5-38.)

8. Remove the electrode to replace.

### Installing electrodes

**NOTES**

- Make sure the K and Na electrodes are conditioned. When the Cl and Ref electrodes are taken out of their packaging, they are wet. Wipe the Cl electrode thoroughly, and wash the Ref electrode using water.

- To store the reference electrode, refer to Storing the Reference Electrode on page 163.

1. Assemble the new electrodes in the correct order:

2. Set the electrodes in place, paying careful attention not to leave a space between them.

   Make sure an o-ring is between each electrode and that the ridges on the side of each electrode fits into the depressions on the side of the electrode next to it.

    **CAUTION**

   Do not force the electrode. If a space exists between the electrode connections, the plate retaining the electrodes cannot close. If you cannot close it, move each electrode left and right little-by-little. Fasten the thumbscrew tightly. If the retaining plate loosens during measurement, liquid could leak, causing a problem with the instrument.

3. Tighten the thumbscrew while holding down each electrode with the retaining plate.

4. Insert the electrode connectors.

### Priming the ISEs

1. At the ISE Operation window, select **Execute** to the right of the word Initialize.

2. Select **Yes** when prompted to execute.

3. In the Bufferprime area, enter **3** into the Times field.

4. Select **Execute**, then select **Yes** when prompted to execute buffer prime.

5. Verify the liquid is discharged smoothly from the dilution bowl during priming.

6. If the liquid is increasing without being discharged, a leak exists, an electrode is incorrectly positioned, or a clog is in the drain system. If the liquid increases, immediately stop the instrument.

FOIA Confidential Treatment Requested by Theranos                                  THER-0644721
Fed. R. Crim. P. 6(e) material

**IMPORTANT**

If clogging occurs, the most probable cause is that the flow path is clogged inside the electrode. Remove the Na and K electrodes, and check them by transmitted light to see whether the flow path is clogged or not. You cannot do this for the Cl electrode because of its construction. When in doubt, even if you cannot find a problem, try replacing the electrode.

7. Mount the stainless steel cover on the top of the ISE unit by sliding it inside and fasten the screw retaining the cover.

   **NOTE:** When sliding it, be careful not to scratch the tubes or dilution bowl. When fastening the screw, verify that the cover is not caught in the groove and is not loose.

8. Reinstall the cover and tighten the screws.

9. Replace the DPP shield and secure it in place with the Phillips screw.

10. At the ISE Operation window, in the Initialize area, select **Execute,** then select **Yes**.

    **NOTE:** The ISE wash is automatically turned on.

11. After initialization is complete, select **Exit,** then select **Yes**.

### Calibrating the ISEs

1. At the Operation Panel, select **Initialize**.

2. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

3. At the ISE Operation window, in the Calibration area, select **Execute**.

4. When prompted, select **Yes** to execute calibration.

5. If the calibration fails, repeat calibration again and if data continues to be unstable, perform an electrode wash.

   **NOTE:** The electrodes may have to stabilize on the system before a successful calibration is achieved.

6. At the ISE Operation window, select the **Electrode Info** button and enter the new electrode information.

### Storing the reference electrode

1. Remove the reference electrode from the ISE module.

2. Rinse the electrode with deionized water.

3. Place it into an appropriate container.

4. Cover the reference electrode with reference electrode filling solution.

5. Cover the container and store at 2 - 40°C (35.6 - 104°F).

6. When ready to use, rinse the electrode with deionized water.

   **NOTE:** If the electrode is stored cold, allow time for it to equilibrate to room temperature before use.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644722

## Conditioning the Na and K electrodes

**Materials required:**

- 10 mL of serum pool
- 30 mL of ISE Buffer
  (REF 03463190, PN B01-4171-51)
- 2-mL or 3-mL plastic, disposable
  pipette

Time: 5 minutes (preparation)
24 hours (immersion)
Analyzer mode: NA

 **BIOHAZARD**

Wear personal protective
equipment.
Use universal precautions.

**NOTES**

- The Cl electrode does not require conditioning.
- If the slope of the electrode is in the range of 46 – 49 (Na or K) and the Daily Maintenance Log entries for the electrode shows it is trending down, then perform this procedure.
- If the slope is low and a trend is not observed, verify that all other ISE maintenance is current before performing this procedure.
- Condition an electrode the day before you need to use it. A new electrode may take a long time to stabilize.

1.  Prepare a 1:4 dilution of pool serum using ISE buffer solution.

2.  Remove the new electrode from its case.

    **NOTE:** The ion electrode contains an inner solution, which can be confirmed by shaking the electrode. This solution decreases little by little with time. If you do not feel any response in your shaking, measure its weight. If the electrode weighs less than 9 g, do not use it.

3.  Remove the sponge from the bottom of the electrode case and place the electrode to be conditioned back into the case.

4.  Using a dropper or pipette, add 0.5 mL of pool serum drop by drop into the flow path of the electrode.

5.  Be sure to apply the serum thoroughly.

6.  Cover the entire electrode with ISE buffer.

    Allow the electrode to condition overnight.

    **NOTE:** Be sure that the electrode is at room temperature. There is a lot of drift if the electrode is not at room temperature.

7.  When conditioning is complete, remove the electrode, wash it with deionized water, and dry it thoroughly.



**Figure 5-38. Soaking the electrode**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644723

 **WARNING**

To prevent infection from contacting serum directly, wear suitable protective gloves when you remove the electrode from the solution.

**NOTE:** High-concentrated salt water is used as a preservation solution to maintain electrode performance. When the electrode package is opened, wash the electrode with sufficient water and wipe well before use. Small amounts of salt on the electrode may cause rust on the electrode connector.

**NOTE:** To store the reference electrode, refer to Storing the Reference Electrode.

8. Replace the electrodes on the instrument with the newly conditioned ones.

9. Calibration is performed as part of the electrode replacement.

10. If the calibration fails, repeat the calibration.

## Cleaning the dilution bowl and waste-drain nozzle

### Materials required:

- Cotton stick
- Deionized water
- Household bleach
- Philips screwdriver

Time: 45 minutes
Analyzer mode: READY

 **BIOHAZARD**

Wear personal protective equipment. Use universal precautions.

### Cleaning the dilution bowl

1. At the Menu Panel, select **Maint.**, then select **ISE Operation**.

2. At the ISE Operation window, in the Period.wash area, select **OFF**, then select **Set**.

3. Using a Phillips screwdriver, remove the screws (1, see Figure 5-2) that secure the DPP shield to the analyzer panel.

4. Push the DPP shield to the right and slowly lift the DPP shield until it reaches approximately a 90° angle, then gently lift the tab of the DPP shield and remove.

5. Remove the Phillips screws, then remove the ISE cover.

6. Loosen the screw retaining the stainless steel cover at the top of the ISE unit, and remove that cover by sliding it toward you.

7. At the ISE Operation window, next to Final operation, type **16** in the field next to Pure water position.

8. Select container 1 setting for 10-mL tube.

9. Fill a 10-mL tube with deionized water and place it on the CTT tray in position 16.

10. At the ISE Operation window, in the Final operation area, select **Execute.**

    Water is dispensed into the ISE module.

11. To dissolve the crystals attached to the liquid-supply nozzle, let it stand for about five minutes.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644724

12. At the ISE Operation window, in the Dil Bowl drain area, select **Execute**.

The water in the dilution bowl drains.

13. Absorb any water and clean any dirty parts around the liquid-supply nozzle (**1**) using a damp cotton swab or similar item.



Figure 5-39.  Location of the liquid-supply nozzle

14. Remove the thumb screw (**1**) that secures the liquid-supply nozzle and guide. Lift out the nozzle with its guide.

15. Using deionized water, moisten a lint-free gauze and wipe off any crystals remaining on the nozzle.

16. Using deionized water, moisten a lint-free gauze and wipe up water and dirt particles remaining in the dilution bowl.

17. Replace the nozzle with its guide and secure it with the thumb screw.

18. At the ISE Operation window, enter **5** in the Bufferprime Times box, then select **Execute**.

19. When prompted, select **Yes** to execute a buffer prime.

### Cleaning the waste drain nozzle

 CAUTION

Be careful not to scratch the nozzle. Damaging the nozzle may cause inaccurate results.

1. Using a lint-free paper towel moistened with DI H20, hold the waste-drain nozzle (**1**) until the salt deposits dissolve.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644725



**Figure 5-40.  Location of waste-drain nozzle**

2. At the ISE Operation window, enter **5** in the Bufferprime Times box, then select **Execute**.

   **IMPORTANT**

   Verify that no buffer collects in the wash block. Buffer that remains in the wash block may clog the drain.

### Maintaining the ISE unit after the dilution bowl and waste-drain nozzle are clean

1. Replace the stainless steel cover of the ISE unit by sliding it into place, then secure it with the retaining screw.

    **CAUTION**

   When sliding the cover, be careful not scratch the tubes and dilution bowl. Also, when fastening the screw, verify that the cover is not caught in the groove and is not loose.

2. Reinstall the ISE cover and tighten the screws.

3. Reinstall the DPP probe shield.

4. At the ISE Operation window, in the Initialize area, select **Execute**.

5. When prompted, select **Yes** to execute.

6. At the ISE Operation window, in the Period.wash area, select **ON**, then select **Set**.

7. At the ISE Operation window, select **Exit**.

8. Perform calibration and run controls.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644726

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644727

# 6 Troubleshooting

For probable causes and solutions of the events listed below, refer to the Troubleshooting section of the online Operator's Guide:

- System error messages

  **NOTE:** The error message log on the analyzer also has information to guide you through resolving error messages.

- Sample dilution (checking DPP waveform)
- Reagents (RPP reagent detection)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644728

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644729

# 7 File Management

## Saving the error log to a test file

You can create a text file to save to a CD or on the hard drive on the PC. These files are useful for troubleshooting, keeping track of analytical parameter (chemistry) settings for user defined methods, or for emailing. You can use any system window with a print button with this procedure:

### Capturing the error report:

1. Verify that the analyzer is in READY or WAIT mode.
2. Turn the printer off.
3. At the Operation Panel, select the **Error Report** icon.
4. On the Error report window, select **Extend**.
5. Select **Print**.
6. On the print window, select **All**.
7. Select **Execute**.
8. Delete the print job as follows:
   a. At the Windows taskbar, select **Start**, then select **Settings**.
   b. Select **Printers and Faxes**.
   c. At the Printers and Faxes window, right-select the printer marked with a checkmark (default printer)
   d. Select **Cancel All Documents**.
   e. When prompted, select **Yes**.
   f. Close the Printer and the Printer and Fax windows.
9. Turn the printer on.
10. Copy the file to a CD or a DVD as follows:
    a. Place a formatted CD or DVD into the CD/DVD drive.

       **NOTE:** Close any CD/DVD popup windows that open after a disk is placed into the CD/DVD drive.
    b. Select the **Drag-to-Disc** icon located to the left of the time display in the lower-right corner of the window.
    c. Use Windows Explorer to find the C:\A002\Work folder and locate the file named sfytwork.txt.
    d. Right-select **sfytwork.txt** then, holding down the mouse button, drag the file to the Drag-to-Disc window and release the button.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

11. Verify that the data was saved to the CD or DVD as follows:

    a. Select the Drag-to-Disc popup window.

    b. Press **Alt V** to view the contents on the disk.

12. Use Windows Explorer to find the C:\A002\Work folder and locate the file named sfytwork.txt. and delete the file.

For other windows (System Test List, Contamination Set Window, Analytical Parameters), follow the same procedure except when in Windows Explorer, select the "modified" heading of the title bar in the work folder. This puts the file that is created at the top of the list. Each window creates its own file with a unique file name.

You can view saved files by opening the file with Microsoft Word, Wordpad or Notepad. When necessary, email the file or save for future reference.

## Saving the test data from the User Maintenance window

You can create a file that has test results only. ISE data, absorbance data, and other reaction parameters are saved in this type of file. You can open the file using a spread sheet program such as Microsoft Excel. You can save the file  to a diskette, CD or to the system PC hard drive.

### Saving test data

1. Verify that the analyzer is in READY or WAIT mode.

2. Insert a formatted CD or DVD into the CD/DVD ROM drive.

3. Select the **Drag-to-Disc** icon located to the left of the time display in the lower-right corner of the window.

4. Select **Request**, then select **Review/Edit** and make a note of which patient samples to save.

   Saving by order number works best but you can also use a sample ID.

5. Select **Maint.**, then select **User Maintenance**.

6. In the Save of Text File area at this window complete the selections:

   a. **Sample** type: Select routine sample or control sample then check the date box displays "today" or the date that the test results is filed under.

   b. Output type: Select the CSV or sequential file radio button.

   c. Save **range:** Select Order number and enter range of samples to save as determined in step 2.

7. Select **Save**.

8. Select **Yes**.

9. In the **Save of Text File** dialog box make the following selections:

   a. Select the appropriate drive letter in the Save in list box.

   b. Enter the file name in File Name box.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644731

10. Select **Save**.

    You can save Control sample data by following steps 3-7. Select the control sample, date, and enter the control sample number (PAxx-PZxx).

11. Verify that the data was saved to the CD or DVD as follows:

    a.  Select the **Drag-to-Disc** popup window.

    b.  Press **Alt V** to view the contents on the disk.

### Saving reaction data in CSV format

This procedure creates a file that contains test results, cell blank data, absorbance data, and other reaction parameters. You can view this file, when saved with a .CSV file extension using a spreadsheet program such as Microsoft Excel. If saved in text format, you can view it using Microsoft Wordpad.

You can save files created using this procedure to a DVD or CD on your PC.

1.  Verify that the analyzer is in READY or WAIT mode.

2.  Place a formatted CD or DVD into the DVD/CD-RW drive on your PC.

3.  Select the **Drag-to-Disc** icon located to the left of the time display in the lower-right corner of the window.

4.  Select **Request**, then **Review/Edit** and make a note of the filing date of the samples you want to save.

    Saving by order number works best but you can use sample.

    Based on when you performed a New Start, the system stores data for 7 filing dates. After that the data with the oldest filing date is deleted.

5.  Select **Request**, then **Reaction Monitor**.

6.  Select the **Create Data File** button.

7.  Make the following selections in Create Data File dialog box:

    - **Sample type**
    - **Date**
    - **Test**—the test number is the process sequence number for each test. It is the number that displays next to the test name at the Order Entry Window. Enter the test numbers separated by commas or use a hyphen, for example, 1,3,5,6-11.
    - **First Data** or **Rerun Data**
    - **Wavelength**. Generally only calculated wavelength is selected.
    - **Range of preservation**. Specify the order numbers or sample IDs.

8.  Select **Execute**.

9.  In the Saving data file window, make the following selections:

    - Select the CD/DVD drive in the Save in: list box.
    - Name the file in the File name: field with a .csv extension (for example, TP_938.CSV).
    - Select **Save**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

10. Verify that the data was saved to the CD or DVD as follows:

    a.   Select the **Drag-to-Disc** popup window.

    b.   Press **Alt V** to view the contents on the disk.

**NOTE:** Use Microsoft Excel to open the saved *.CSV file. Or, you can open an unformatted .csv file in a text editor, such as Notepad.

## Saving a data archive from User Maintenance window

This procedure creates a file that you can view using the filing option under the today button at the Review/Edit Window and the Reaction Monitor window of the ADVIA Chemistry System. This file is essentially an archive of all the data that the system stores on each sample that is run. ISE data is included.

Only general samples and control data is saved. General samples include patient, interrupt, and STAT samples.

**IMPORTANT**

To view the archived data, the System Test List and Process Sequence List must be same as when the archive was created.  The system stores 7 filing dates of data. The most efficient way to use this feature is to save all 7 filing dates at one time (weekly) and create a system backup at the same time.

1.   Verify that the analyzer is in READY or WAIT mode.

2.   Place a formatted CD or DVD into the DVD/CD-RW drive on your PC.

3.   Select **Request**, then select **Review/Edit** and note the filing date of the samples to save.

4.   The system stores data for 7 filing dates based on when a New Start is performed. After that the data with the oldest filing date is deleted.

5.   Select **Maint.**, then select **User Maintenance**.

6.   In the Archive of Test Results area, select a sample type (patient or control) and select **Reaction Data**.

7.   Select in the date box and select the date of the samples you want to save.

8.   Select the **Drag-to-Disc** icon located to the left of the time display in the lower right corner of the window.

9.   Select **Save**.

The File Save Menu box opens.

10. Select the CD/DVD drive from the Save in list dialog box and select if you are saving patient or control data.

- The file name automatically fills in.
- Patient data is saved with an .idt file extension.
- Control data is saved with an .pdt file extension.

11. Select **Save** in the File Save dialog box.

12. Use Windows Explorer to verify that the data was saved to the CD or DVD:

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644733

### *Viewing data that was previously archived*

1. Verify that the analyzer is in READY or WAIT mode.
2. Place the data CD or DVD into the DVD/CD-RW drive on your PC.
3. Select **Request**, then select **Review/Edit**.
4. Select **Archive** from the filing option in the pull down menu.

   The Filing button becomes active.
5. Select the **Filing** button and select the CD/DVD.
6. Select on the file date of the data to view.
7. Follow the same steps to view the reaction data at the Reaction Monitor window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644734

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644735

# 8 System Setup

## Connecting the ADVIA Chemistry System and your host computer

1. Have your laboratory computer professional connect the host computer as described in the publication titled *LIS Interface Guide*.

2. Use the Online Settings window to enter the communication parameters.

3. Use the Online settings window to determine which sample results and workorders to transmit.

   This feature allows you to transmit results when they are available. This is called "real-time transmission."

   If you do not want to use real-time transmission, you can always transmit the results as a batch using the Review/Edit window.

   Similarly, you can download workorders at any time as a batch using the Order Entry window.

4. Use the Item Setting dialog box at the Online Setting window to determine which test results to transmit and to assign host test numbers.

5. Use the Data Clean Setting dialog box at the Online Settings window to have the system automatically validate the sample results before they are transmitted.

   Use the Transfer Results List dialog box of the Review/Edit to review the data clean report for each sample.

6. In the System basic composition area at the System Specification Settings window, select **Avail**.

7. In the During-operation system set area of the System Monitor window, select **Do** for the Online option.

8. Use the Host button in the Operation Panel to disconnect from or reconnect to the host computer.

## Setting the System Monitor

1. At the Menu Panel, select **Maint.**, then select **System Monitor**.

2. At the System Monitor window, enter or change the settings defined below, as needed.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644736

### During operation system settings area

1. In the Realtime monitor area, select from the following formats for routine analysis:

   Standard        Conc. (ABS)      Conc. (ABS – RB)

   Conc.           Detail

2. In the On-line field, select **Do** or **Not do**.

3. In the ADVIA QC Transfer area, select **Yes** or **No**.

### Pre-operation settings

**NOTE:** You can change these options only before you initialize the system. After the system is initialized, the options are not available on the screen.
Specify if these system components are operational or cancelled:

- Chemistry
- ISE
- Unused
- Labo.Auto.Sys./Rack Handler

### Clot Detection settings

1. In the Clot detect area, select **Avail.** to use the clot detection feature or N.A. to disable it.

2. In the Clot sensitivity area, select **Low**, **Middle**, or **High** to select the sensitivity of the clot detection sensor.

# Setting up the ISE

This section describes the steps required if the present configuration for the electrolyte analyzer (ISE) is ever lost or requires modification.

### Activating the ISE

1. Set the ELA switch in the power supply distribution chassis panel (on the back of the analyzer) to the **ON** position.

2. At the Systems Specifications Settings window, set the Electrolyte option to **Avail**.

3. At the System Monitor window, set the electrolyte option to **Operate**.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## *Setting up ISE parameters*

Perform any of the following tasks at the ISE Parameter settings window:

- enter ISE parameters
- Setup Calibration information
- enter Normal value set
- define wash and prime settings
- define Rerun conditions
- define Real time correction formula

1. At the Process Sequence window, set the processing and print order for electrolyte tests (124 – 126).

2. At the QC Sample Definition window, add electrolyte tests to existing controls or define additional controls for the tests.

3. At the Test Select window, select electrolyte tests to run on routine sample, controls, and calibrators.

4. At the Sample Select window, select CTT position numbers that are set for calibrators and controls.

5. At the Control Data Registration window, enter the applicable mean and standard deviation from the product package insert.

### *ISE calibration*

Verify that the CTT position setting at the ISE Parameter Settings window agrees with the actual positions where you place the ISE standard on the CTT. Run the ISE calibration using one of the following modes:

- Start button (single point calibration)
- ISE Operation window

Use the ISE Monitor window to review the calibration

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644738

# Configuring reruns

You may have to rerun some patient tests if they are flagged with an alarm mark or for any reason required by your laboratory review protocol. If needed, the chemistry system can automatically request and rerun flagged results. You can also manually request a rerun.

### Automatically request reruns for flagged samples

- Use the Rerun.cond. button in the Analytical Parameters (Chemistry) window to request a rerun if a photometric test is flagged. You can have the rerun automatically performed with the original dilution ratio (first condition), or with an alternate dilution (u or d) that is defined in the Reanalysis conditions area. Automatic use of an alternate diluent is also available.
- Use Rerun Condition in the ISE Parameter Settings window to request a rerun if an ISE result is flagged.
- Use the Rerun Condition feature in the Ratio Parameters window to request a rerun if a ratio is flagged.

### Processing the rerun automatically

Use Auto Retest on the System Specifications Settings window to have the rerun automatically aspirated from the dilution tray (DTT) or the sample tray (STT).

### Manually requesting rerun using Review/Edit

Use the Review/Edit window to manually request a rerun for any patient test result. In the Dispens.vol. column, select the original sample dilution or a reanalysis dilution (u or d) previously defined in the Analytical Parameters (Chemistry) window.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644739

# *Appendix A – Safety Information*

## *Warning and hazard statements*

### *Biohazard warning*

 **BIOHAZARD**

All products or objects that come in contact with human or animal body fluids should be handled, before and after cleaning, as if capable of transmitting infectious diseases. Wear facial protection, gloves, and protective clothing.

The operator should follow the recommendations to prevent the transmission of infectious agents in health-care settings as recommended by the Clinical and Laboratory Standards Institute (formerly NCCLS) in Protection of Laboratory Workers from Occupationally Acquired Infections; Approved Guideline - Third Edition. 2005. CLSI Document M29-A3. This document contains complete information on user protection and it can be used as reference material for instructions on laboratory safety.

### *Electrical warning*

 **ELECTRICAL WARNING**

To avoid exposure to shock hazards and/or damage to the instrument while performing this procedure, power off the analyzer before proceeding.

### *Laser warning*

 **LASER WARNING**

To avoid damage to the eyes, never look directly at the laser beam or at its reflection from a shiny surface. All field service procedures must be followed precisely. Only Siemens-trained field service personnel should perform procedures related to laser assemblies.

 **CAUTION**

The use of optical instruments with this product will increase eye hazard.

For more safety information and laser specifications, refer to the Regulatory Compliance section in this guide.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644740

## *Household bleach warning*

 **WARNING**

Wear protective clothing, gloves, and safety glasses when handling bleach. It is harmful if swallowed and may cause eye or skin irritation. Household bleach is 5% or 6% sodium hypochlorite. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice.

Use household bleach that is free of heavy metals, such as Clorox.

To prepare a 10% solution of household bleach, dilute one part of bleach with nine parts of clean distilled water, or clean deionized water. The prepared solution is stable for one week when stored at room temperature.

To prepare a 25% solution of household bleach, dilute one part of bleach with three parts of clean distilled water, or clean deionized water. The prepared solution is stable for one week when stored at room temperature.

## *Ancillary and method reagents warnings*

 **WARNINGS**

- Read and follow the cautions on the box and label before handling any reagents. Some method and ancillary reagents are classified as hazardous material.
- Avoid contact of method or ancillary reagents with skin and eyes. These materials can cause infection and burns. Wear suitable protective clothing, gloves, and eye/face protection. In case of contact with eyes, rinse immediately with plenty of water and seek medical advice. In case of contact with skin, immediately wash with soap and water.
- Avoid inhaling chemical vapors. If you inhale chemical vapors, promptly leave the area and seek fresh air

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644741

## *Regulatory compliance*

### *Laser information*

The chemistry system complies with CDRH laser radiation Class 1 and EN-60825-1 laser radiation Class II.

In compliance with EN-60825-1, the analyzer sample tray (STT) barcode reader is classified as a Class II laser device having a maximum power output of $\leq 1.2$ mW at a wavelength of 670 nm, a pulse duration of 127 ns, and 4.78 mr units of beam divergence.

The analyzer reagent tray barcode readers (RTT1, RTT2) are classified as Class I LED devices having a maximum power output of $\leq 25.5$ mW at a wavelength of 655 nm, and a pulse duration of 200 ns.



1   Reagent Barcode Reader (RTT2)
2   Reagent Barcode Reader (RTT1)
3   Sample Barcode Reader (STT)

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644742

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644743

# Appendix B – Warranty and Support Information

## Limited Instrument Warranty and Service Delivery Policy

Siemens Healthcare Diagnostics and its authorized distributors may provide customers who acquire new Siemens instruments with a limited warranty either in a specific agreement or in standard language on their invoices. This limited warranty is designed to protect customers from the cost associated with repairing instruments that exhibit malfunctions due to defects in materials and/or workmanship during the warranty period.

Siemens, at its election, will provide warranty service either by providing repair service of the instrument on site, or by exchanging the defective instrument or component, subject to the limitations and exclusions set forth in Replacement of Parts and Warranty and Service Exclusions, repairs, replacements or exchanges of instruments or components provided during the warranty or any additional service period, will not extend the warranty or service period beyond the initially agreed upon period.

When the customer calls for service, the Siemens representative or authorized distributor will inform the customer of the type of service available for the customer's instrument, and will instruct the customer as to how to obtain that service.

 **CAUTION**

Please observe the warning and hazard statements appearing throughout the online operator's guide. If the ADVIA 1800 Chemistry system is used in a manner not specified by Siemens, the protection provided by the equipment may be impaired.

### Warranty period

The limited warranty period generally commences upon installation of the original instrument at the customer's location and extends for a period of one year thereafter, unless otherwise specifically agreed to by and between Siemens (or its authorized distributors) and customer in a writing signed by duly authorized representatives of both parties (sales representatives are generally not authorized representatives of Siemens for these purposes).

### Additional service period

The customers, with some exceptions, may purchase additional service coverage beyond any initial warranty period as part of the original instrument acquisition for second or subsequent years beyond the original installation date. The customer's original Purchase Invoice or appropriate Agreement Addendum must indicate the term in months for additional service coverage.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644744

## Service calls

### Service during normal hours

The customer may obtain service for instruments during normal business hours by contacting the nearest Siemens technical support provider or authorized distributor.

### Extent of a service call

Warranty or service calls generally include onsite repair or exchange of instruments or components, travel to the location of the instrument, and onsite labor during normal business hours. A warranty or service call is initiated by the customer by following the instructions on how to obtain service for the customer's instrument. The service call is considered complete when any defects in material or workmanship have been corrected by repair or replacement and the instrument conforms to the applicable specifications. When service is complete, the customer will receive a copy of the documentation detailing all work performed by the Siemens representative or authorized distributor.

### Service outside normal hours

Customers, with some exceptions, may also request service to be delivered or an exchange to be initiated outside normal business hours, including evenings, weekend days, or nationally observed holidays, by contacting the nearest Siemens location or authorized distributor. Service performed outside normal hours is subject to a surcharge unless the customer has in place a service product option that provides service at the time/s requested.

## Replacement of parts

In performing service, Siemens or its authorized distributors will provide appropriate parts to repair the instrument, or will arrange for the exchange of the instrument or affected parts, at no charge with the exception of certain parts or subassemblies that are considered Customer Replaceable Items. Customer replaceable items include, but are not limited to, the following items: lamps, electrodes or sensors (which are covered by a separate warranty), reagents, calibrators, controls, paper, and pens. Consult the appropriate system operator's guide for a complete list of customer replaceable items for any specific model of instrument.

## Warranty and service exclusions

The following exclusions are in addition to any exclusions provided for in any written warranty or service agreement.

If any of the following events occur, the warranty or service provisions do not apply:

1. Repairs or modifications have been made to the instrument by someone other than an authorized Siemens representative.

2. The instrument has been operated using accessories and supplies other than Siemens brand accessories, or consumable supplies and/or reagents not having the same grade, quality, and composition as defined in the system operator's manuals.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644745

3. Siemens has notified customers of a change that improves the performance or reliability of their instrument and customer has not agreed to retrofit or make design changes to the instrument.

4. Customer did not purchase the instrument from Siemens or one of its authorized distributors.

5. The instrument has not been installed within 90 days of shipment to the customer's facility unless otherwise specified.

6. The customer has not performed appropriate customer maintenance procedures, as outlined in the system operator's manuals.

7. The instrument has been misused or used for a purpose for which it was not intended.

8. The instrument has been damaged in transit to the customer or damaged by the customer while moving or relocating it without supervision by a Siemens representative.

9. Damage was caused by floods, earthquakes, tornados, hurricanes, or other natural or man-made disasters.

10. Damage was caused by Acts of War, vandalism, sabotage, arson, or civil commotion.

11. Damage was caused by electrical surges or voltages exceeding the tolerances outlined in the system operator's manuals.

12. Damage was caused by water from any source external to the instrument.

13. The customer has purchased an alternative agreement whose terms of warranty or service supersede these provisions.

14. Injury or infectious disease caused by transportation or disposal without supervision by a Siemens representative.

Siemens or its authorized distributors will invoice customers, at current standard labor and parts rates, for instruments repaired to correct damage or malfunctions due to any of the reasons listed above.

OTHER THAN AS STATED ABOVE, THERE ARE NO OTHER WARRANTIES, EXPRESS OR IMPLIED WITH RESPECT TO THE INSTRUMENT, ITS SALE TO THE CUSTOMER, ITS LEASE TO THE CUSTOMER, OR THE SALE OF THE INSTRUMENT TO THE CUSTOMER AT THE EXPIRATION OR TERMINATION OF THE LEASE AGREEMENT.

SIEMENS SPECIFICALLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. SIEMENS' LIABILITY FOR BREACH OF ANY WARRANTY OR SERVICE AGREEMENT SHALL BE LIMITED ONLY TO THE REPAIR OR REPLACEMENT OF DEFECTIVE EQUIPMENT AND SHALL NOT INCLUDE ANY DAMAGES OF ANY KIND, WHETHER DIRECT, INDIRECT, INCIDENTAL, CONTINGENT, OR CONSEQUENTIAL. SIEMENS SHALL NOT BE LIABLE FOR DELAY FROM ANY CAUSE IN PROVIDING REPAIR OR EXCHANGE SERVICE.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644746

ANY LIMITATIONS OR OTHER PROVISIONS NOT CONSISTENT WITH APPLICABLE LAW IN PARTICULAR JURISDICTIONS OR A SPECIFIC WRITTEN AGREEMENT DO NOT APPLY TO CUSTOMERS IN THOSE JURISDICTIONS OR SUBJECT TO THOSE AGREEMENTS.

### Design changes and retrofitting of instruments

Siemens reserves the right to change the design or construction of specific models of instruments at any time without incurring any obligation to make such changes available to individual customers or instruments. If Siemens notifies customers of a change that improves the performance or reliability of their instrument, and requests to retrofit that instrument, the customer must agree to allow Siemens or an authorized distributor, at Siemens' expense, to retrofit components or make design changes, which will not adversely affect the instrument's performance characteristics.

### OSHA requirements

When service is required at a customer location, the customer must provide the Siemens representative with adequate facilities that comply with the regulations of the Secretary of Labor under the Occupational Safety and Health Act (OSHA) of 1970, as amended.

## Software License

No title or ownership of software is transferred to the customer. The software component of this Siemens system and any of its modules are merely licensed to the customer for its own use on such system.

Any software (including documentation) provided for the system contains proprietary information constituting valuable trade secrets and is protected by federal copyright law.

The software may not be disclosed, in whole or in part, to third parties or duplicated in any form or medium except as necessary for program execution and archival storage.

Prior to change of ownership, Siemens must be contacted by the original customer to establish terms for the transfer of the software license.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644747

## *ADVIA Contact information*

If you are located in the United States, you can contact the **Customer Service Department** by calling toll free: 1-877-229-3711.

If you are located outside the United States, please contact the Siemens office nearest you.

### *Siemens Offices Worldwide*

www.siemens.com/diagnostics

| EC | REP | Siemens Healthcare Diagnostics Ltd.
Sir William Siemens Sq.
Frimley, Camberley, UK GU16 8QD

Siemens Healthcare
Diagnostics Pty Ltd
885 Mountain Highway
Bayswater Victoria 3153
Australia

シーメンスヘルスケア・
ダイアグノスティクス株式会社
東京都品川区東五反田 3−20−14
Siemens Healthcare Diagnostics
 輸入

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644748

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644749

# Appendix C – Customer replaceable parts

| Description | PN | REF | Location |
|---|---|---|---|
| Adapter, STT (6PC/PKG) | 073-0002-01 | 08192071 | Sample tray |
| Bottle, plastic, saline | 073-0423-01 | 03136041 | |
| Cover, CTT | 073-0948-01 | 06143936 | |
| Cover, RTT1 | 073-0870-01 | 06527904 | |
| Cover, STT | 073-0949-01 | 00735246 | |
| Cuvette (DDT) 1x20 | 073-0022-01 | 05049669 | Dilution tray |
| Cuvette, (RRV) 1x17 | 073-0023-02 | 05024992 | Reaction tray |
| Electrode cover, ISE | 094-0032-01 | 04227385 | |
| Electrode-Cl, ISE | 073-0049-01 | 07097504 | |
| Electrode-K, ISE | 073-0050-01 | 06135445 | |
| Electrode-Na, ISE | 073-0051-01 | 03092699 | |
| Filter 10-R | 073-0033-01 | 08602474 | Water tank, cuvette conditioner, saline, and wash bottles |
| Filter, 18-R | 073-0034-01 | 01448895 | Pure-water bottle |
| Filter set, LWP | 094-0037-01 | 04872841 | |
| Guide sample cup STT/CTT | 073-0346-01 | 08056461 | |
| ISE, cell base assembly | 094-0024-01 | 07096842 | |
| ISE, dummy electrode | 073-0646-01 | 05938765 | |
| ISE, ground assembly | 094-B015-01 | 04412484 | |
| ISE, screw, probe guide | 094-0089-01 | 06616737 | |
| ISE, screw, seal retainer | 094-0090-01 | 01467717 | |
| ISE, screw, waste nozzle | 094-0091-01 | 05094109 | |
| Lamp, Halogen 12V / 50W | 073-0099-01 | 02127928 | |
| O-ring No. 1, (Black), ISE | 073-0071-01 | 09955206 | |
| Probe, SPP (New Design) | 073-0961-01 | 06448835 | SPP |
| Probe DPP w/ Crash Detection | 073-0611-02 | 06448827 | DPP |
| Probe, reagent | 073-0612-02 | 06448851 | RPP1 and RPP2 |
| Reagent container, empty, 20-mL | 073-0372-02 | 03765863 | |
| Reagent container, empty, 70-mL, white | 073-0373-02 | 06397121 | |
| Reagent container, empty, 70-mL, brown | 073-0152-02 | 08213370 | |
| Reagent Container Adapter, 20-mLfor 40-mL slot | 094-0159-01 | 02404085 | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644750

| Description | PN | REF | Location |
|---|---|---|---|
| Reagent Container Adapter, 20-mL for 70-mL slot | 073-0936-01 | 05249323 | |
| Reference Electrode, ISE | 073-0653-01 | 00311764 | |
| Sample cup (1000/PKG) | 073-0157-02 | 01390706 | |
| Screw, thumb, cuvettes, 4x6 | 073 0384-01 | 07199951 | |
| Screw, thumb, 3x6 | 073-0385-01 | 02291299 | |
| Shield, DPP | 073-0951-01 | 04457097 | |
| Splash cover, RPP1 | 073-0859-01 | 02122926 | |
| Splash cover, RPP2 | 073-0860-01 | 08425947 | |
| Splash cover, SPP | 073-0861-01 | 03102155 | |
| Splash cover, CTT/STT | 073-0950-01 | 08176645 | |
| Waste bottle | 073-0383-01 | 09457923 | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644751

# Appendix D – Specifications

## Specifications – all

| Item | Description |
|---|---|
| **Method** | |
| Measurement method | Open discrete |
| | Single-line, simultaneous, multi-item measurement. |
| **Process** | |
| Throughput rate | 1800 tests/hour |
| Biochemistry | 1200 tests/hour |
| Electrolyte | 600 tests/hour |
| Simultaneous measurement item | Normally 52 (main system) + 3 (ISE); up to 100 definable assays |
| **Sample** | |
| Measurement sample | Blood serum, plasma, urine (method dependent), and CSF |
| Containers | 5-mL (13 x 75 mm), 7 –mL (13 x 100 mm), 10-mL (16 x 100 mm) collection tubes; dead volume for collection tubes is 200 μL |
| Cups | 1-mL sample cup (STT only), Hitachi 2-mL sample cups, and Ez Nest 2-mL sample cups in 7-mL (16 x 75 mm) collection tubes (URH) or STT sample adapter; dead volume for sample cups is 50 μL. |
| **Trays** | |
| STT | Used for general samples and calibrators for multipoint calibration assays |
| | Two lines (outer and inner) of 42 samples each Total positions in STT tray: 84 |
| | Sample barcode (13 digits): Code 39, Codabar, and Interleaved 2 of 5, Code 128 |
| CTT | Used for calibrators, controls, and diluents |
| | Two lines, 34 samples in outer line and 27 samples in inner line. Total positions in CTT tray: 61 |
| | Liquid contents on CTT tray are cooled to between 6 °C and 14 °C |
| URH | Universal rack handler 5 position rack |
| Original sample volume | 2 to 30 μL (0.1 μL increments) |
| Assay sample volume (after dilution) | 1 to 25 μL (0.1 μL increments) |
| Reassay | |
| Container | Dilution tray (DTT) cuvette |
| Minimum sampling volume | 1 μL (0.1 μL increments) |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644752

| Item | Description |
|------|-------------|
| Special dilution | Diluted sample can be rediluted directly from tray. |
| Barcode capability | I2 of 5, Codabar, Code 39, Code 128 |
| **Dilution** | |
| Dilution tray (DTT) | Turntable system |
| Number of cuvettes | 120 (6 sets of 20 cuvettes) |
| Maximum sample volume | 300 μL |
| Dilution cuvette dead volume | 35 μL |
| Dilution ratio | From 0 to 1:5625 |
| Reaction cuvette material | Plastic |
| **Reagent** | |
| Dispensing system | 2-reagent capability, 2-probe system |
| Trays | Two trays, each holding 56 containers |
| | Multiple reagent pack loads – 5 reagents per method with automatic rollover upon depletion |
| | Reagents on each tray are cooled to between 6 °C and 14 °C |
| Container capacity | 20, 40, or 70 mL |
| Refrigerator | All method reagents |
| Reagent volume/item | 15 to 150 μL (0.1 μL increments) |
| Dilution reagent volume | 15 to 150 μL (0.1 μL increments) |
| Reagent inventory | Computed by the liquid-level sensing |
| Barcode | Interleaved 2 of 5 |
| **Reaction** | |
| Reaction tray (RRV) | Turntable system |
| Number of cuvettes | 221 (13 sets of 17 cuvettes) |
| RRV cuvette material | Plastic |
| Reaction liquid volume | 80 to 300 μL; minimum read-volume 80 μL |
| Stirring system | Rotation and reciprocation |
| | Strong and weak stirring options are available. |
| | Stirring immediately after additions of samples and reagents (S, R1, R2) |
| | Mixer 1 is used for R1; Mixer 2 is used for R2. |
| Reaction times | 3, 4, 5, 10 minutes |
| | Extended reaction times: 15 & 21 minutes |
| Reaction temperature | 37°C |
| | Temperature regulation: ±0.1°C |
| Reaction tank | Inert liquid circulation system |

ADVIA 1800 Operator's Guide

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644753

| Item | Description |
|------|-------------|
| Measurement point | 98 detection points/6 seconds in 10 minute reaction |
| Photometer | Concavity diffraction grating, rear spectroscopy system |
| Measurement wavelength | 14 fixed wavelengths (340, 410, 451, 478, 505, 545, 571, 596, 658, 694, 751, 805, 845, and 884 nm), 1 or 2 wavelength calculation |
| Light source | 12V, 50W halogen lamp, cooled by forced water circulation |
| Assay method | Colorimetric assays |
| | • Endpoint assays (EPA) |
| | • Reaction rate assays (RRA) |
| | • 2-point rate assays (2PA) |
| | • 3-item simultaneous measurement (parameter independent) |
| | • Prozone checking (antigen excess check) |
| | • Substrate depletion check with point forwarding option |
| | • Sample blank correction |
| Reassay mechanism | Automatic or manual (selectable) |
| Automatic correction | Blood serum blank, cell blank, measurement point change, sample volume change in reassay |

**ISE**

| | |
|------|-------------|
| Method | Na, K, Cl ion selective electrolyte assay |
| | Dilution measurement method |
| Analysis item | Simultaneous 3 item measurement of Na, K, and Cl |
| Electrode | Na: Crown ether membrane |
| | K: Crown ether membrane |
| | Cl: Super-layer solid molecule orientation membrane |
| | ref: Sealed silver/silver chloride electrode |
| Throughput rate | 600 tests/hour (200 samples/hour) for serum samples |
| Sample volume | 22 µL, plus 4 µL dead volume |
| Dilution ratio | 1:33 |
| Reagent volume | Buffer: 3.0 mL/sample |

**Maintenance**

| | |
|------|-------------|
| Automatic maintenance | Automatic startup and automatic shutdown by timer for weekly maintenance |

**Dimensions**

| | |
|------|-------------|
| Analyzer dimensions | 1133(h) x 1480(w) x 924(d) mm |
| | (44.6 x 58.3 x 36.4 in.) |
| Weight | 600 kg (1323 lb.) |

Appendix

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644754

| Item | Description |
|------|-------------|
| Optional universal rack handler dimensions | 95.25(h) x 72.5(w) x 103.0(d) cm, (37.5 x 28.5 x 40.55 in.) |
| Weight | 80.7 kg (178 lb) |
| **Environment** | • The system, with or without the rack handler, conforms to Installation/Overvoltage Category II. |
| | • Space around the system must be sufficient to allow for ventilation. There must be a minimum of 19.7 inches (500 mm) behind the system, 32 inches (800 mm) on each side, and 42 inches (1000 mm) in front of the system. |
| | • The system should not be exposed to direct sunlight. |
| | • Environment should be free of corrosive, flammable, or anesthetic gases (the analyzer is not built to be explosion-proof); significant vibration; and electrical disturbances, such as electromagnetic and electrostatic induction. |
| | • The system should be placed on a level floor (1/200 gradient or less) that is capable of supporting a load of 560 kg (1234 lb). |
| | • The average acoustic noise output from the analyzer is <70 dba with the top cover open. |
| Electrical requirements | • A 3-kVA power source, single-phase, 2-pole, 3-wire configuration with Class III grounding |
| | • The following input voltages can be tapped: 200, 220, 230, or 240 VAC at 50/60 Hz. |
| | • Main supply voltage fluctuations not to exceed ± 10 percent of the nominal voltage. Maximum current draw at in-rush is 15 amps at 200 VAC or 13 amps at 240 VAC. |
| | • For the optional universal rack handler, the requirements are 110 Vac 50/60 Hz, 0.6 A. |
| | • Facility Switch Box:  Should contain a circuit breaker and knife switch with one of the following ratings: |
| | 200 volts 15 amps, 220 volts 14 amps, 230 volts 13 amps, and 240 volts 13 amps |
| | • Switch box should be located less than 5 m (15 feet) from the system and easily accessible. |
| | **NOTE:** Mark near the circuit breaker and knife switch that the switch box is a disconnecting device for the equipment. |
| | • Facility Supply Wiring: UL listed cord for external wiring in US and Canada. (Must be CSA certified in Canada.) |
| | Rated 300 volts or more, and 70°C or more |
| | Size AWG # 14 or more (OD 13 to 18 mm), 3-wire configuration that has a protective ground wire with covering material colored with green and yellow stripe. |
| | Circuit breaker - 15 or 20 amps. |
| Cooling/ventilation requirements | • Ventilation sufficient to maintain +18°C to +30°C (+64° to +86°F) operating temperature |
| | • The maximum temperature change the system can accommodate is 2°C/hour. |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644755

| Item | Description |
|---|---|

- System is for indoor use at an altitude of up to 2000 meters with a pollution degree of 2.
- Maximum relative humidity allowable with system operating is 40% to 70% with no condensation.
- Heat output:

| 50 Hz | 60 Hz |
|---|---|
| **Power off mode**: | |
| 400 W | 350 W |
| 1365 Btu/hr | 1024 Btu/hr |
| 344 kCal/hr | 300 kCal/hr |
| **Ready mode**: | |
| 1260 W | 1030 W |
| 4299 Btu/hr | 3023 Btu/hr |
| 1084 kCal/hr | 886 kcal/hr |
| **Auto mode**: | |
| 1480 W | 1540 W |
| 5050 Btu/hr | 4518 Btu/hr |
| 1273 kCal/hr | 1324 kCal/hr |

| Item | Description |
|---|---|
| Water requirements | The system is connected directly to a pressurized water source using Type 1 or ISO 3696 water. |
| | Direct plumbing deionized water pressure: 1.4 - 14.2 psi (9.6 - 96 kPa) |
| Drain requirements | Minimum of 40 liters (10.6 gallons) per hour |
| | If the local laboratory practices and/or applicable environmental regulations prohibit the inclusion of concentrated waste into the laboratory's drain, an optional concentrated waste bottle must be ordered. |
| Transportation and Storage conditions | Temperature -29 to +60°C |
| | Fragile, handle with care. Keep dry, do not stack, do not overturn. |

Appendix

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644756

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644757

# Appendix E – Symbols

## Explanations of symbols associated with the ADVIA 1800 system

### Warning and caution symbols

| | |
|---|---|
|   | These symbols are used for both caution and warning. **WARNING** indicates the risk of personal injury or loss of life. **CAUTION** indicates the possibility of damage to or destruction of equipment. |
|  **CAUTION** | When this symbol appears on the system without additional information, you must consult the instructions for use. |
|  | This symbol indicates a moving component that can cause injury. |
|  | This symbol alerts you to a potential electrical hazard. |
|  | This symbol alerts you to the risk of exposure to lasers. |
|  Caution Class 2 Laser Radiation When Open Do Not Stare Into The Beam | The onboard sampler is equipped with a laser barcode reader. When covers are opened, there is a risk of radiation exposure. Do not stare into the beam. |
|  | This symbol alerts you to a potential biohazard. Biohazard labels are also placed on the sample and dilution probes, which are exposed to the sample during the analysis. |
|  | This symbol indicates the presence of a part emitting high temperature. |

Caution -
Laser radiation when open and interlocks defeated. Do not stare into beam

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644758

## *System operation symbols*

| | |
|---|---|
| | Start symbol |
| | Standby symbol |
| | Some parts of the system are on |
| | Some parts of the system are off |
| | Alarm symbol |
| | Stop button |
| | Reset button |
| | Prime button |
| | Error log |
| | Indicates consult online instructions |
| | Operator's guide |
| | Wash button |
| I | I indicates closed circuit or On. |
| O | O indicates open circuit or Off. |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644759

## *System rating label symbols*

| | |
|---|---|
| ⎍⋀⎮ (date symbol) | Date of manufacture of the product |
| ▲ (factory symbol) | Name and location of the product manufacturer. |
| EC REP | Manufacturer's authorized representative within the European community |
| CE | Product complies with the applicable directives of the European Union |
| c UL US LISTED  LABORATORY EQUIPMENT 43MA | On the Universal Rack Handler this symbol indicates that the product is UL approved for safety in the United States and Canada. On the analyzer, this symbol indicates that the product is UL approved for safety in the United States. |
| **Rev.** | Revision letter of a part or product |
| **SN** | Serial number of part or product |
| **REF** | Number used for ordering a part or product |
| IVD | An *in vitro* diagnostic device |
| Class 1 Laser Product  This equipment conforms to provisions of US 21 CFR 1040.10 | Product is a Class 1 laser product under the provisions of 21 CFR 1040.10. |
| (crossed-out wheeled bin symbol) | The WEEE symbol indicates that this equipment is classified as Waste Electrical and Electronic Equipment under the European WEEE Directive. It must be recycled or disposed of in accordance with applicable local requirements. |
| 50 (environmental protection symbol) | This system contains toxic or hazardous substances or elements. The environmental protection use period for this system is 50 years. The system can be used safely during its environmental protection use period, after which it should be recycled immediately. |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644760

## Hardware component symbols

| | |
|---|---|
| | Indicates the location of the lamp. |
| | Universal Rack Handling System |
| | Analyzer |
| | Computer monitor |
| CPU | Computer workstation |
| VAC-G | Vacuum pump pressure gage |
| RTT-1 | Reagent tray 1 |
| RTT-2 | Reagent tray 2 |
| CTT | Controls and calibrators tray |
| STT | Sample tray |
| | Use these arrow symbols to align the tray covers. |

## Ancillary reagent symbols

| | |
|---|---|
| DI H2O | Deionized water symbol on the reagent and sample trays |
| 10%CW | 10% cuvette wash |
| PW1 | Probe wash 1 |
| PW2 | Probe wash 2 |
| ISE Det | ISE detergent |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644761

## Connector symbols

| | |
|---|---|
| **0.9% Sal** | Isotonic saline diluent connector |
| **IBO** | Incubation bath oil connector |
| **CW** | Cuvette wash connector |
| **CCon** | Cuvette conditioner connector |
| **ISE** | ISE buffer connector |
| **D-SEN 1** | Strong concentrated drain bottle sensor connector |
| **D-SEN 2** | Concentrated drain bottle sensor connector |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                               THER-0644762

## *System packaging label symbols*

| | |
|---|---|
|  | Contents of the package is fragile. |
|  | Packaging is recyclable. |
|  | Expiration date for the package |
|  | Lot number of the package. |
|  | Minimum and maximum storage temperature for the package<br>The specified range may vary. |
|  | Contents of the package should be protected from heat and light. |
|  | Product or container should be oriented in the direction of the arrows. |
|  | Package is printed with soy ink. |
|  | Contents of the package must not be frozen. |
|  | Number of tests available from the contents of this package |
|  | Packaging materials can be or are recovered and recycled. |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0644763

**Original manufacturer of main analytical console JCA-BM6050/B:**

JEOL Ltd.
1-2 Musashino 3 Chome
Akishima Tokyo  196 - 8558 Japan


Tel:    81-42-542-2303
Fax:    81-42-542-3132


**Manufacturer of ADVIA 1800 System:**

Siemens Healthcare Diagnostics Inc.
511 Benedict Avenue
Tarrytown, NY  10591 - 5097  USA


Tel:    914-524-3001
Fax:    914-524-2088

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material