# Exhibit 45

**To:** Sunny Balwani[sbalwani@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]
**From:** Daniel Young
**Sent:** Fri 7/12/2013 5:26:54 PM
**Importance:** Normal
**Subject:** RE: siemens advia
**Received:** Fri 7/12/2013 5:26:55 PM

By the way, it appears that the Advia 2400 holds less reagents on board compared to Advia 1800.   We're looking at some additional tradeoff that may exist.

---

**From:** Sunny Balwani
**Sent:** Friday, July 12, 2013 10:12 AM
**To:** Daniel Young; Elizabeth Holmes
**Subject:** RE: siemens advia

I strongly prefer the advia option also. we need to manage the team properly though and put people who maintain confidentiality. We don't want others copying what we are doing here using advia and fortessa and tecan until we have all patents around this issued

---

**From:** Daniel Young
**Sent:** Friday, July 12, 2013 9:34 AM
**To:** Sunny Balwani; Elizabeth Holmes
**Subject:** RE: siemens advia

Yes, our Advia spec is 1800 tests per hour (~94 samples per hour running 19 tests per sample)  (Advia 2400 can do 2400 tests per hour, or ~125 samples per hr).  We currently think that with the Tecan/384 head set up we can achieve 720 tests per hour max (~32 samples per hour running 19 tests per sample).

I summarized in the email last night some of the open issues we need to confirm on these two options.  At this point, I prefer the Advia option and suggest that we start integrating 3 of our color assays onto the Advia today to address some open questions.

-Daniel

---

**From:** Sunny Balwani
**Sent:** Friday, July 12, 2013 8:50 AM
**To:** Elizabeth Holmes; Daniel Young
**Subject:** Fwd: siemens advia

FYI. Advia was not as expensive as I thought and technically it can process 1800 assays per hour. The bigger one - Advia 2400 - is a bit more and does 2400 assays per hour.

Sent from my iPad

Begin forwarded message:

> **From:** Jonathan Longhitano <jlonghitano@theranos.com>
> **Date:** July 12, 2013 7:50:48 AM PDT
> **To:** Sunny Balwani <sbalwani@theranos.com>, Farzin Shadpour <fshadpour@theranos.com>
> **Subject: RE: siemens advia**
>
> Hi Sunny-
>
> We purchased the Advia in 08/11 for $145,000.  It came with a 1 year service contract.  This past October I

renegotiated the service contract of this and the other 2 Siemens's machines to get a 25% discount on 1 year of service for all 3 machines. The Advia portion of that service was $17,806.00. The service will expire in October of this year.

renegotiated the service contract of this and the other 2 Siemens's machines to get a 25% discount on 1 year of service for all 3 machines. The Advia portion of that service was $17,806.00. The service will expire in October of this year.

Please let me know if you need anything else.

Thanks

Best Regards,

Jonathan Longhitano

Procurement Manager

Supply Chain | Operations

Theranos, Inc.

1601 S. California Ave

Palo Alto, CA 94304
Office:   650-470-0323
Mobile: 650-823-4530
Fax:      650-838-9165

jlonghitano@theranos.com

---

**From:** Sunny Balwani
**Sent:** Thursday, July 11, 2013 9:37 PM
**To:** Jonathan Longhitano; Farzin Shadpour
**Subject:** siemens advia

Can you please lookup to see how much we paid for the simens Advia machine that we have in CLIA lab and how much is annual maintenance for it (approx..)

Thanks.