# Exhibit 48

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/craving-growth-walgreens-dismissed-its-doubts-about-theranos-1464207285

TECH

# Craving Growth, Walgreens Dismissed Its Doubts About Theranos

Drugstore chain made blood-testing deal without fully validating the startup's technology, worrying that Elizabeth Holmes might balk; 'a very strange situation'



Theranos founder Elizabeth Holmes, left, at a ribbon-cutting ceremony in 2013 for the blood-testing company's partnership with Walgreens. At right are Gregory Wasson, then the drugstore operator's chief executive, and finance chief Wade Miquelon. PHOTO: WALGREENS

*By Christopher Weaver and John Carreyrou*

May 25, 2016 4:14 p.m. ET

Walgreens was considering a partnership with Theranos Inc. when founder Elizabeth Holmes arrived at Johns Hopkins University in the spring of 2011. She brought with her a machine she said could test tiny samples of blood for dozens of conditions and thick binders of data to show its accuracy.

A Hopkins scientist told her that his researchers needed to put the device in their Baltimore laboratory to verify the technology on Walgreens' behalf, and Ms. Holmes agreed to provide one, say people familiar with the meeting.



EXHIBIT
148
SF-4020

https://www.wsj.com/articles/craving-growth-walgreens-dismissed-its-doubts-about-theran...   4/18/2017

SEC-TX-000002106

It never happened. Walgreens wound up making a deal that included plans to put Theranos blood-testing centers in thousands of its drugstores across the U.S. despite never fully validating the startup's technology or thoroughly evaluating its capabilities, according to people familiar with the matter. This article is based on interviews with nearly 20 current or former Walgreens officials and advisers, former Theranos employees and government records.

> The relationship is now in tatters, making Walgreens an extreme case study of what can go wrong when an established company that craves growth decides to gamble on an exciting and unproven startup.

Accuracy problems with Theranos's proprietary Edison testing devices, first reported by The Wall Street Journal last October, have become an embarrassment and potential legal liability for Walgreens Boots Alliance Inc., WBA -0.37% ▼ of Deerfield, Ill., which had been Theranos's main conduit to patients and a vital stamp of credibility. Regulators said in January some of Theranos's testing posed "immediate jeopardy" to patients' health.

Walgreens officials considered walking away from the partnership but then hesitated because of worries that Theranos might sue for breach of contract and claim billions of dollars in damages. Walgreens doesn't expect to recoup its investment of at least $50 million in Theranos.

Before announcing the deal in September 2013, some Walgreens executives and outside advisers had doubts about Theranos. Many of the questions were typical of a prospective investor trying to vet new technology created by a promising entrepreneur with a scant record.

When Walgreens pushed for answers, though, it received few that were useful from Theranos, which closely guarded its technology and operations.

Some people involved in the process say the startup's posture went beyond the endemic secrecy of Silicon Valley and believe they were sometimes misled.

Again and again, Walgreens moved forward anyway, partly because executives worried Theranos would choose a different drugstore chain as partner if they pressed Ms. Holmes too hard.

In October 2012, Walgreens sent two executives and Paul Rust, a retired executive from clinical-lab company Quest Diagnostics Corp. , on a trip that included a review of quality-control data at Theranos.

SEC-TX-000002107



Elizabeth Holmes at the WSJDLive conference in October. Walgreens executives worried she would choose a different drugstore partner if they pushed too hard. PHOTO: NIKKI RITCHER FOR THE WALL STREET JOURNAL

"It was a very strange situation," he recalls of the one-day visit. "The results were actually really good, but I was never allowed to go into the lab. I have no idea that the results I saw were run on the Edison devices or not."

Mr. Rust says he was "led to believe that they were being run on the Edison."

Later, he asked Walgreens executives if they had been granted access to Theranos's lab. "Much to my surprise, the Walgreens people themselves had not been in the lab," says Mr. Rust.

THE DOWNFALL OF THERANOS

- Theranos Whistleblower Shook the Company -- and His Family (Nov. 16)
- Big Names Take Hit on Theranos (Nov. 28)
- Under Fire, Theranos CEO Stifled Bad News (July 10)
- Theranos Dealt Sharp Blow as Elizabeth Holmes Is Banned From Operating Labs (July 8)

Former Walgreens officials involved in the negotiations say Theranos told them it could perform many tests using smaller amounts of blood because it had invented a proprietary device. That appealed to Walgreens because the company believed it could use Theranos's device to do many blood tests right in drugstores.

SEC-TX-000002108

In reality, Theranos used Edison machines for just a fraction of its tests and ran the rest on conventional lab equipment, according to former Theranos employees. The company recently told the federal Centers for Medicare and Medicaid Services that it performed just 12 types of tests on the Edison, a person familiar with the matter says.

By last August, Theranos was doing all its tests on conventional devices, according to notes from a Food and Drug Administration investigator obtained by the Journal in a public-records request.

In response to questions from the Journal, Theranos spokeswoman Brooke Buchanan said: "We value our partnership with Walgreens and look forward to continuing to work together." Walgreens spokesman Michael Polzin said the company declined to comment for this article.



**Growth Potential**

Walgreens saw Theranos as a potential foothold in the fast-growing laboratory testing industry.

Walgreens net sales*
$120 billion

2015 $103.4B

U.S. medical-laboratory revenues†
$120 billion

2014 $31.1B

2009 '10 '11 '12 '13 '14 '15

2007 '08 '09 '10 '11 '12 '13 '14

*Company merged at the end of 2014 with Alliance Boots.
†Medical-lab revenues are estimated based on companies primarily engaged in lab testing.
Sources: company filings (Walgreens); Census Bureau (lab revenues)

THE WALL STREET JOURNAL.

According to Theranos's website, it operates 45 wellness centers in Arizona and California, including 40 in Walgreens stores. The website says Theranos is planning to open more locations.

In January, Walgreens closed one location in California and notified Theranos it intends to terminate the partnership unless Theranos quickly puts itself back in compliance with federal regulations.

A federal inspection of Theranos's lab in Newark, Calif., last fall found that the Edison devices often failed to meet the company's own accuracy requirements. The company, based in Palo Alto, Calif., also faces criminal and civil investigations into whether it misled investors and regulators about its technology.

SEC-TX-000002109

On Wednesday, a Theranos patient filed a federal lawsuit in California alleging that the company defrauded him by falsely saying it could accurately test small blood samples. The suit seeks class-action status.

Ms. Buchanan of Theranos said the lawsuit "is without merit. The company will vigorously defend itself against these claims."

Theranos has said it is working closely with regulators and cooperating fully with the criminal and civil investigations.

In a bid to avoid stiff government sanctions, Theranos recently told regulators it has issued tens of thousands of corrected blood-test reports to doctors and patients. As part of the sweeping corrective action, Theranos told regulators it voided all patient tests done on Edison devices in 2014 and 2015.

If federal officials decide to sanction Theranos, senior Walgreens officials believe that would likely give Walgreens a strong defense in any of breach-of-contract litigation.

Top officials at Walgreens weren't aware of Theranos's decision to void the Edison results until the Journal reported the move.



A Theranos wellness center at a Walgreens store in Scottsdale, Ariz., in February 2015. Forty of Theranos's 45 blood-testing locations are at Walgreens. PHOTO: MICHAEL CHOW/THE REPUBLIC

Walgreens was founded in Chicago in 1901 and had about 7,500 drugstores in 2010 when it decided to jazz up its image and find new technology. Walgreens had launched a health-innovations unit to make investments in startups and gain footholds in other areas of health care.

SEC-TX-000002110

Chief Executive Officer Gregory Wasson, Chief Financial Officer Wade Miquelon and
other senior Walgreens officials were enthusiastic about the possibility of a
transformational deal in Silicon Valley.

After quickly building a fast-growing vaccinations operation, Walgreens saw potential in
the medical-lab business, where lab-focused companies generated more than $30 billion
in revenue in 2014, according to Census Bureau estimates. Walgreens believed it could
upend the industry by combining its store network with Ms. Holmes's technology.

The Theranos partnership took root in 2010 after a chance meeting at a health-
technology conference between Ms. Holmes and Jay Rosan, an executive in Walgreens'
health-innovations unit, people who worked on the deal say. Serious talks between the
companies were under way by early 2011.

As part of a May 2011 deal arranged by Dr. Rosan, a family

RELATED

- Theranos Voids Two Years of Edison Blood-Test Results (May 18)
- Regulators Propose Banning Theranos Founder Elizabeth Holmes for at Least Two Years (April 13)
- Theranos Devices Often Failed Accuracy Requirements (March 31)
- Walgreens Threatens to End Theranos Agreement (Feb. 10)
- At Theranos, Many Strategies and Snags (Dec. 27)
- Hot Startup Theranos Has Struggled With Its Blood-Test Technology (Oct. 16)
- The Startup Stock Tracker
- The Billion Dollar Startup Club

-medicine doctor and former health-insurance executive who goes by "Dr. Jay,"
Walgreens agreed to pay Johns Hopkins for its expertise in evaluating prospective
investments. Assessing Theranos's blood-testing technology was one of the tasks
discussed.

At the meeting with the Hopkins scientist, Ms. Holmes and Theranos President Sunny
Balwani agreed to provide one of its proprietary devices to his lab. But when Dr. Rosan
checked in with the scientist during a later visit, he was told Theranos hadn't delivered
the device, according to a person familiar with the matter.

Dr. Rosan, now a venture-capital investor in the Philadelphia area, declined to comment.
Mr. Balwani, whose resignation from Theranos was announced this month, couldn't be
reached.

SEC-TX-000002111

While Theranos didn't provide a device to Hopkins, Walgreens got a prototype, and members of Dr. Rosan's team set it up in a cubicle.

The prototype came with kits to perform esoteric tests that other labs and test makers apparently didn't offer, producing results such as "low" and "high" rather than numeric values.

As a result, Walgreens couldn't compare results from the Theranos machine to any commercially available tests.

Mr. Miquelon, the Walgreens finance chief, visited Theranos's headquarters and met with Ms. Holmes and Mr. Balwani in a conference room, according to a former Theranos employee.

At least twice, including when Mr. Rust visited, Walgreens hired lab-industry veterans to evaluate Theranos's lab capabilities and business operations in Palo Alto. Other consultants reviewed the potential deal from Walgreens headquarters in Illinois.

In the summer of 2011, Walgreens sent Mr. Miquelon, Dr. Rosan and some lower-ranking employees, including an internal auditor, to Theranos headquarters with lab experts from a consulting firm called Colaborate LLC.

Walgreens and Theranos had just signed an initial letter of agreement, and the drugstore chain's executives wanted a firsthand review of Theranos's business operations and lab capabilities.

The visitors were ushered into a conference room and chaperoned throughout the visit. When a member of the Walgreens team left the meetings to use the restroom, the person was escorted by Theranos personnel.

Colaborate wasn't given access to the lab area at Theranos or its Edison technology. Another consultant affiliated with Colaborate reported shortcomings with information-management systems meant to keep track of patients.

Kevin Hunter, Colaborate's president and CEO, says he is barred from discussing his findings because of confidentiality agreements with Walgreens and Theranos.

In a report later in 2011, the consultants concluded Walgreens needed more information to assess the partnership. Those findings and reports by other consultants were kept from many Walgreens officials, including some directly involved in the negotiations with Theranos.

SEC-TX-000002112



Walgreens Chief Executive Gregory Wasson, shown during a 2012 speech in Chicago, had his finger pricked for a cholesterol test during a visit to Theranos. Walgreens saw big potential in the growing medical-lab business.
PHOTO: BLOOMBERG

Mr. Wasson, Walgreens' chief executive, toured the Palo Alto facility in 2012 with other Walgreens officials. His finger was pricked for blood to perform a cholesterol test, according to a person familiar with the matter. It isn't clear if his blood was tested with an Edison device. He declined to comment.

Despite their limited access, Walgreens executives decided to keep working on an agreement. Some executives were comforted when Theranos said Safeway Inc. had agreed to host blood-drawing sites at some of its supermarkets. If Safeway trusted Theranos, then Walgreens could, too, the Walgreens officials believed.

The comfort level at Walgreens rose again when CMS gave Theranos a "CLIA certificate." That meant regulators had concluded Theranos met standards to perform tests on human samples.

As the two companies neared a final agreement, Theranos asked for more control. Walgreens agreed to let Theranos run its wellness centers as independent operations. The drugstore chain's access to data from the blood-testing sites was highly limited.

Earlier, Walgreens had studied whether it could integrate its pharmacy record system with Theranos's proprietary lab-management software.

Mr. Miquelon pushed for a deal and was the top official on the Walgreens negotiating team, which also included Dr. Rosan.

SEC-TX-000002113

The Walgreens team made concessions to Theranos. The contract signed by the companies doesn't give Walgreens the right to view Theranos's clinical data or financial records. Walgreens rarely gave up such access in investment deals it struck with other companies.

Mr. Miquelon didn't respond to requests for comment. He left Walgreens in 2014 and has sued Walgreens for defamation related to his exit. Walgreens has denied any wrongdoing.

At a ribbon-cutting ceremony to celebrate the opening of a Theranos wellness center in the Phoenix area, Mr. Wasson and Ms. Holmes each held large scissors.

In 2014, Ms. Holmes pressed Mr. Wasson to expand the Theranos wellness centers beyond initial sites in Arizona and California. The Walgreens chief executive balked, says a person familiar with the matter.

He knew Safeway had cold feet about Theranos. The Journal reported in November 2015 that Theranos had earlier missed deadlines for the blood-testing rollout at Safeway, citing current and former Safeway executives, and some Safeway executives were wary of the tests' accuracy.

Theranos has declined to comment on its discussions with Safeway.

Worried about Theranos's ability to manage operations, Mr. Wasson told Ms. Holmes that Walgreens wanted to move more slowly and would dictate the scale of the broader rollout.

In early 2014, Walgreens and Theranos were negotiating a new contract, but it wasn't signed. Mr. Wasson left in January 2015 as Walgreens merged with European pharmacy giant Alliance Boots GmbH.

Walgreens shelved the expansion plans after the Journal reported in October that Theranos did the vast majority of tests it offered to consumers on traditional lab machines. The Journal also reported that some former employees doubted the accuracy of a small number of tests run on Edison devices.

One of the most recent setbacks came in mid-April when the Journal reported that regulators had 3½ weeks earlier proposed banning Ms. Holmes from the lab-testing industry. The drugstore chain's senior executives found out from the news report.

—*Michael Siconolfi contributed to this article.*

SEC-TX-000002114

*Appeared in the May. 26, 2016, print edition as 'Deal With Theranos Haunts Walgreens.'*

Copyright &copy;2017 Dow Jones &amp; Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

SEC-TX-000002115


KARLIE KLOSS MAKES TIME TO READ
THE WALL STREET JOURNAL.


FIND OUT WHY

THE WALL STREET JOURNAL.
Read ambitiously

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901

BUSINESS | TECH

# Hot Startup Theranos Has Struggled With Its Blood-Test Technology

Silicon Valley lab, led by Elizabeth Holmes, is valued at $9 billion but isn't using its technology for all the tests it offers



Elizabeth Holmes, Theranos's founder, chairman and chief executive, at the blood-testing company's headquarters in Palo Alto, Calif. Her ownership stake in Theranos is valued at more than $4.5 billion. *PHOTO: MARTIN E. KLIMEK*

http://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901        10/28/2015

US-REPORTS-0014665

ByJOHN CARREYROU

Updated Oct. 16, 2015 3:20 p.m. ET

On Theranos Inc.'s website, company founder Elizabeth Holmes holds up a tiny vial to show how the startup's "breakthrough advancements have made it possible to quickly process the full range of laboratory tests from a few drops of blood."

The company offers more than 240 tests, ranging from cholesterol to cancer. It claims its technology can work with just a finger prick. Investors have poured more than $400 million into Theranos, valuing it at $9 billion and her majority stake at more than half that. The 31-year-old Ms. Holmes's bold talk and black turtlenecks draw comparisons to Apple Inc. cofounder Steve Jobs.

But Theranos has struggled behind the scenes to turn the excitement over its technology into reality. At the end of 2014, the lab instrument developed as the linchpin of its strategy handled just a small fraction of the tests then sold to consumers, according to four former employees.

One former senior employee says Theranos was routinely using the device, named Edison after the prolific inventor, for only 15 tests in December 2014. Some employees were leery about the machine's accuracy, according to the former employees and emails reviewed by The Wall Street Journal.

US-REPORTS-0014666

Case 5:18-cr-00258-EJD   Document 586-2   Filed 11/20/20   Page 14 of 58

# Drawing Blood

At the end of 2014, Theranos did a small fraction of blood tests on its Edison machines, a former senior employee says. The company declines to comment on the numbers but says it hasn't exaggerated its achievements.



**15 tests on Edison**

**190 tests on traditional lab machines**

Sources: the company (total number of tests); former employee (subtotals)

**THE WALL STREET JOURNAL.**

In a complaint to regulators, one Theranos employee accused the company of failing to report test results that raised questions about the precision of the Edison system. Such a failure could be a violation of federal rules for laboratories, the former employee said.

Theranos also hasn't disclosed publicly that it does the vast majority of its tests with traditional machines bought from companies like Siemens AG.

The Palo Alto, Calif., company says it abides by all applicable federal lab regulations and hasn't exaggerated its achievements. It disputes that its device could do just 15 tests, declining to say how many tests it now handles or to respond to some questions about its lab procedures, citing "trade secrets."

But Theranos's outside lawyer, David Boies, acknowledges that the company isn't yet using the device for all the tests Theranos offers. The transition to doing every test with the device is "a journey," he says.

US-REPORTS-0014667

DEVELOPING

- Theranos Dials Back Lab Tests at FDA's Behest (http://www.wsj.com/articles/hot-startup-theranos-dials-back-lab-tests-at-fdas-behest-1444961864?)

Asked about the claim on the company's website, Mr. Boies replied that using the device for the "full range" of blood tests is a goal Theranos will eventually achieve.

Theranos points out that it has publicly disclosed doing "certain esoteric and less commonly ordered tests" with traditional machines on blood drawn with smaller needles from veins.

During the Journal's reporting, Theranos deleted a sentence on its website that said: "Many of our tests require only a few drops of blood." It also dropped a reference to collecting "usually only three tiny micro-vials" per sample, "instead of the usual six or more large ones." Heather King, the company's general counsel, says the changes were made for "marketing accuracy."

Ms. King and Mr. Boies say Theranos's lab work is accurate. Theranos has performed tests on millions of patients referred by thousands of doctors and has received highly positive feedback, they say.

Ms. Holmes, Theranos's chairman and chief executive, declined interview requests from the Journal for more than five months. Last week, the company said she would be available to comment, but her schedule didn't allow it before publication of this article.

## User-friendliness

Some doctors appreciate the company's user-friendliness. Results sometimes arrive within 15 minutes, says Scott Wood, a primary-care doctor in Menlo Park, Calif. "That's exciting and could be very useful in emergency situations," he says. When patients ask about trying Theranos, he replies: "Sure, go ahead."

Private Risk
Read a series exploring the intersection of Silicon Valley and Wall Street in the technology boom.

US-REPORTS-0014668



Other doctors said they stopped steering patients to Theranos because of results they didn't trust. "I don't want my patients going there until more information and a better protocol are in place," says Gary Betz, an internist in Phoenix.

Ms. Holmes launched Theranos in 2003 when she was 19 and dropped out of Stanford University in her sophomore year.

Theranos is built around Ms. Holmes's self-professed phobia of needles. She has said in numerous public appearances that drawing a tiny amount of blood at a time from each patient's finger and avoiding the large syringes used by traditional labs will make patients less reluctant to get blood tests. That will lead to earlier diagnoses and save lives, according to Ms. Holmes.

Her first idea was a small arm patch to screen blood for infectious diseases and deliver antibiotics, according to Phyllis Gardner, a Stanford medical-school professor with whom Ms. Holmes consulted at the time. The patch never made it to market.

"She was a young kid with only rudimentary engineering training and no medical training," says Dr. Gardner, whose husband was a member of a Theranos advisory board and still owns shares in the company.

In 2005, Ms. Holmes hired Ian Gibbons, a British biochemist who had researched systems to handle and process tiny quantities of fluids. His collaboration with other Theranos scientists produced 23 patents, according to records filed with the U.S. Patent and Trademark Office. Ms. Holmes is listed as a co-inventor on 19 of the patents.

The patents show how Ms. Holmes's original idea morphed into the company's business model. But progress was slow. Dr. Gibbons "told me nothing was working," says his widow, Rochelle.

US-REPORTS-0014669

In May 2013, Dr. Gibbons committed suicide. Theranos's Ms. King says the scientist "was frequently absent from work in the last years of his life, due to health and other problems." Theranos disputes the claim that its technology was failing.

After Dr. Gibbons's widow spoke to a Journal reporter, a lawyer representing Theranos sent her a letter threatening to sue her if she continued to make "false statements" about Ms. Holmes and disclose confidential information. Ms. Gibbons owns Theranos shares that she inherited from her husband.

## Two giant rivals

Theranos began offering tests to the public in late 2013. It opened 42 blood-drawing "wellness centers" in the Phoenix area, two in California and one in Pennsylvania. Most are in Walgreens Boots Alliance Inc. drugstores.

Ms. Holmes successfully lobbied for an Arizona law that allows people to get tests without a doctor's order. Theranos's promise of fast results and prices that are "a fraction" of other labs pits it against Quest Diagnostics Inc. and Laboratory Corp. of America Holdings, which dominate the $75 billion-a-year blood-testing industry in the U.S.

While the biggest venture-capital firms specializing in health care aren't listed as Theranos investors, Oracle Corp. cofounder Larry Ellison and venture-capital firm Draper Fisher Jurvetson, have bought stakes in Theranos, according to data from Dow Jones VentureSource.

US-REPORTS-0014670



A 'nanotainer' developed by Theranos to help it run tests from just a few drops of blood pricked from a person's finger. The tiny tube is about half an inch long. *PHOTO: MARTIN E. KLIMEK*

Theranos has raised several rounds of financing, most recently in June 2014. Like most closely held companies, Theranos has divulged little about its operations or financial results.

Clinical labs usually buy their testing instruments from diagnostic equipment makers. Before those makers can sell to labs, they must undergo vetting by the Food and Drug Administration.

Because Theranos doesn't sell its Edison machines to other labs, it didn't need the FDA's approval to start selling its tests. Still, the company has sought clearance for more than 120 of its tests in an effort to be rigorous and transparent.

In July, Theranos announced the first FDA clearance of one of those tests, which detects herpes. The FDA and Theranos decline to comment on the status of the other submissions.

US-REPORTS-0014671

Whether labs buy their testing instruments or develop them internally, all are required to prove to the federal Centers for Medicare and Medicaid Services that they can produce accurate results. The process is known as proficiency testing and is administered by accredited organizations that send samples to labs several times a year.

Labs must test those samples and report back the results, which aren't disclosed to the public. If a lab's results are close to the average of those in a peer group, the lab receives a passing grade.

In early 2014, Theranos split some of the proficiency-testing samples it got into two pieces, according to internal emails reviewed by the Journal. One was tested with Edison machines and the other with instruments from other companies.

The two types of equipment gave different results when testing for vitamin D, two thyroid hormones and prostate cancer. The gap suggested to some employees that the Edison results were off, according to the internal emails and people familiar with the findings.

Senior lab employees showed both sets of results to Sunny Balwani, Theranos's president and chief operating officer. In an email, one employee said he had read "through the regulations more finely" and asked which results should be reported back to the test administrators and government.

Mr. Balwani replied the next day, copying in Ms. Holmes. "I am extremely irritated and frustrated by folks with no legal background taking legal positions and interpretations on these matters," he wrote. "This must stop."

He added that the "samples should have never run on Edisons to begin with."

Former employees say Mr. Balwani ordered lab personnel to stop using Edison machines on any of the proficiency-testing samples and report only the results from instruments bought from other companies.

The former employees say they did what they were told but were concerned that the instructions violated federal rules, which state that a lab must handle "proficiency testing samples…in the same manner as it tests patient specimens" and by "using the laboratory's routine methods."

*THE WALL STREET JOURNAL*

US-REPORTS-0014672

Case 5:18-cr-00259-EJD  Document 1586-12  Filed 11/20/20  Page 20 of 58



In
its

everyday business at the time, Theranos routinely used Edison machines to test patients'
blood samples for vitamin D, the two thyroid hormones and prostate cancer, the former
employees say.

In March 2014, a Theranos employee using the alias Colin Ramirez alleged to New York
state's public-health lab that the company might have manipulated the proficiency-
testing process.

Stephanie Shulman, director of the public-health lab's clinical-lab evaluation program,
responded that the practices described by the anonymous employee would be a "violation
of the state and federal requirements," according to a copy of her email.

What the employee described sounded like "a form of PT cheating," Ms. Shulman added,
using an abbreviation for proficiency testing. She referred the Theranos employee to the
public-health lab's investigations unit.

The New York State Department of Health confirms that it got a formal complaint in
April 2014 "in regard to testing practices at Theranos" and forwarded it to the Centers for
Medicare and Medicaid Services.

Asked about the complaint, Theranos confirms that the Edison system produced results
for several tests last year that differed from results obtained from traditional equipment.

## Leftover samples

But that comparison was based on "left-over proficiency testing samples" used "to
conduct additional experiments and verify best practices," says Ms. King, Theranos's
general counsel. The company has never failed proficiency testing, she adds.

US-REPORTS-0014673

She says Mr. Balwani's instructions were consistent with the company's "alternative assessment procedures," which it adopted because it believes its unique technology has no peer group and can be thrown off by the preservatives used in proficiency-testing samples.

Theranos has been "upfront and transparent with regulators" about the procedures, Ms. King adds.

As of the end of 2014, Theranos did less than 10% of its tests on Edison machines, including tests for prostate cancer and pregnancy, one former senior employee says.

In addition to the 15 tests run on the Edison system, Theranos did about 60 more on traditional machines using a special dilution method, the former senior employee says. The company often collected such a small amount of blood that it had to increase those samples' volume to specifications required by those traditional machines, former employees say.

A third set of about 130 tests was run on traditional machines using larger samples drawn from patients' arms with a needle.

For tests done with dilution, the process caused the concentration of substances in the blood being measured to fall below the machines' approved range, three former employees say. Lab experts say the practice could increase the chance of erroneous results.

Most labs dilute samples only in narrow circumstances, such as when trying to find out by how much a patient has overdosed on a drug, say lab experts.

## Same Patient, Different Results

For one Arizona woman, Theranos found abnormally high levels for six tests. Hospital tests two days later were normal. Theranos says variation across labs is commonplace and can be caused by medicines and diet.

● Theranos result    ○ Hospital result    ▓ Normal range*

| Test | Results | | |
|------|---------|---|---|
| Calcium† | 8.3 | 10.6 9.2 | 11.8 ● |
| Protein, total† | 5.7 | 8.3 6.8 | 8.4 ● |
| Alkaline phosphatase** | 44 | 135 100 | ● 149 |
| Alanine aminotransferase** | 8 | 41 35 | ● 47 |
| Aspartate aminotransferase** | 0 | 35 34 | 56 ● |
| Glucose† | 73 | 99 99 | ● 103 |

*As stated by Theranos  †in milligrams per deciliter  ‡in grams per deciliter
**liver enzyme test, in units per liter
Sources: Theranos and HonorHealth Scottsdale Shea Medical Center via Nicole Sundene and Maureen Glunz                    THE WALL STREET JOURNAL.

"Anytime you dilute a sample, you're adulterating the sample and changing it in some fashion, and that introduces more potential for error," says Timothy R. Hamill, vice chairman of the University of California, San Francisco's department of laboratory medicine. Using dilution frequently is "poor laboratory practice."

Theranos says dilution is common in labs but declines to say if it dilutes samples. Theranos's "methods for preparing samples for analysis are trade secrets and cannot be revealed," Ms. King says.

Those methods "have been disclosed" to regulators and don't "adversely impact the quality of its tests or the accuracy of its test results," she adds.

Former employees say diluting blood drawn from fingers contributed to accuracy problems early last year with a test to measure potassium. Lab experts say finger-pricked blood samples can be less pure than those drawn from a vein because finger-pricked blood often mixes with fluids from tissue and cells that can interfere with tests.

Some of the potassium results at Theranos were so high that patients would have to be dead for the results to be correct, according to one former employee.

Ms. King denies any problems with the potassium test and says Theranos has no indication that "inaccurate results were returned to patients."

Theranos challenged interpretations of its test results by health-care providers and patients whose medical records were reviewed by the Journal.

After those people spoke to the Journal, Theranos visited some of them and asked them to sign prepared statements that said the Journal mischaracterized their comments. Two did and one refused.

Carmen Washington, a nurse who worked at a clinic owned by Walgreens in Phoenix, says she began to question Theranos's accuracy after seeing abnormal results in potassium and thyroid tests.

She says she raised her concerns with the drugstore operator and Theranos's lab director, asking for data to show that the company's finger-prick testing procedures produced results as accurate as blood drawn from a vein.

"They were never able to produce them," she says. Ms. King says the company did show detailed testing-accuracy data to the nurse.

US-REPORTS-0014675



Theranos began offering testing to the public in late 2013. It opened 42 blood-drawing sites that it calls 'wellness centers' in the Phoenix area, two in California and one in Pennsylvania. Most are in Walgreens stores, including this one in Scottsdale, Ariz. PHOTO: MICHAEL CHOW/THE ARIZONA REPUBLIC

A Walgreens spokesman says the nurse kept writing lab orders for Theranos tests until she stopped working at the clinic in February. Walgreens says its partnership with Theranos has gone smoothly overall.

About a dozen doctors and nurses complained about test results by phone or email to the company from late 2013 to late 2014, a person familiar with the matter says. The Arizona attorney general's office, state health department and Better Business Bureau say they have received no complaints about Theranos.

## A second opinion

Dr. Betz, the Phoenix doctor, says one of his female patients went to Theranos in August 2014 for a routine potassium test to monitor potential side effects from her blood-pressure medication. He says Theranos reported that her potassium level was close to the threshold considered critical.

Another lab reran the test three days later. The results came back normal.

Ms. King says Dr. Betz's nurses kept sending patients to Theranos until early this year.

Real-estate agent Maureen Glunz went to Theranos a few days before last Thanksgiving after complaining of ringing in her ear. Her blood was drawn from a vein in her arm. The results showed abnormally elevated levels of glucose, calcium, total protein and three liver enzymes.

Her primary-care doctor, Nicole Sundene, who is a naturopath, worried that Ms. Glunz might be at risk of a stroke and asked her to go to an emergency room. The hospital's tests two days later showed nothing abnormal.

US-REPORTS-0014476

Dr. Hamill of UC San Francisco says some of Ms. Glunz's results should "have fairly steady values...over relatively long time periods."

Ms. King says "some degree of variability in lab results across different laboratories is commonplace," adding that Ms. Glunz's medication and diet could have caused "fluctuations" in her results. None of the results were "close to the critical range," Ms. King adds.

It is misleading to draw conclusions from "a handful of patient anecdotes," she says.

Ms. Glunz says she likes Theranos's low prices and would go there again if she could be sure its tests are accurate. "But trial and error on people, that's not OK," she says.

Write to John Carreyrou at john.carreyrou@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

http://www.wsj.com/articles/walgreens-scrutinizes-theranos-testing-1445644015

TECH

# Walgreens Scrutinizes Theranos Testing

Drugstore chain won't open new Theranos blood-testing centers while it seeks answers about startup's technology, official says

ByMICHAEL SICONOLFI,JOHN CARREYROU and CHRISTOPHER WEAVER

Oct. 23, 2015 7:46 p.m. ET

Walgreens Boots Alliance Inc. won't open any new Theranos Inc. blood-testing centers until the startup company resolves questions about its technology, according to a Walgreens official.

On Thursday, a team from the drugstore chain met with senior Theranos executives, including founder and Chief Executive Elizabeth Holmes, at the startup's headquarters in Palo Alto, Calif.

The meeting was requested by Walgreens after its directors and officials learned from last week's article in The Wall Street Journal that the proprietary lab instrument developed by Theranos as the anchor of its growth strategy handled just a small fraction of the tests sold to consumers at the end of 2014, according to people familiar with the matter.

US-REPORTS-0014678

These people said Walgreens officials also were concerned after finding out in a follow-up article in the Journal that Theranos had stopped collecting tiny vials of blood drawn from finger pricks for all but one of its more than 240 tests.

Walgreens officials also were unaware of the Food and Drug Administration's surprise inspection of Theranos facilities in August and September, the people added.

---

THERANOS COVERAGE

- Theranos CEO: Company Is in a 'Pause Period' (http://www.wsj.com/articles/theranos-ceo-company-is-in-a-pause-period-1445455992) (Oct. 21, 2015)
- Recap: Theranos CEO at WSJDLive (http://blogs.wsj.com/digits/2015/10/21/theranos-ceo-elizabeth-holmes-goes-on-stage-at-wsjdlive-2015-live-blog/)
- Theranos Dials Back Lab Tests at FDA's Behest (http://www.wsj.com/articles/hot-startup-theranos-dials-back-lab-tests-at-fdas-behest-1444961864) (Oct. 16, 2015)
- Theranos Has Struggled With Blood-Test Technology (http://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901) (Oct. 15, 2015)

---

While the talks between Theranos and Walgreens are continuing, the drugstore chain has "no concrete plans at this stage" to expand the partnership beyond the 41 stores in Arizona and California that now include Theranos "wellness centers," the Walgreens official said.

"We're trying to figure out where we are and what we do going forward. We need to understand the truth," the official added.

Heather King, Theranos's general counsel, said Friday: "Walgreens is our business partner and we meet with them regularly. We would not comment on ongoing discussions with any business partner, of course. Our partnership with Walgreens has been a positive one, realized through our program in Arizona, and we are continuing to work with them on future opportunities and arrangements."

The drugstore chain has an equity stake in Theranos as part of the partnership, according to a person familiar with the matter.

A Walgreens spokesman said the company declined to comment on terms of the contract.

The two companies announced the partnership in September 2013.

US-REPORTS-0014679

A news release said the "long-term" deal aimed to "bring access to" Theranos's "lab testing service through Walgreens pharmacies nationwide."

The release didn't specify how fast the partnership might expand.

Walgreens, based in Deerfield, Ill., operates a total of 8,240 drugstores in all 50 U.S. states, the District of Columbia, Puerto Rico and the U.S. Virgin Islands.

**Private Risk**
Read a series exploring the intersection of Silicon Valley and Wall Street in the technology boom.



"Walgreens is everywhere and makes it easy for Theranos to get its products out into consumer hands," said William Quirk, a research analyst at Piper Jaffray & Co., part of Piper Jaffray Cos.

If the partnership isn't expanded, Theranos would have to "start selling more in physicians' offices or establish a separate collection network" and "likely need a lot more capital," Mr. Quirk said.

At Thursday's meeting in Palo Alto, Theranos executives told Walgreens officials that the blood-testing company believes the Journal mischaracterized the company's technology, said a person familiar with the meeting.

The person said Theranos reiterated its view that the Journal's articles were false and misleading.

On Wednesday, Ms. Holmes criticized the articles at the WSJD Live global technology conference in Laguna Beach, Calif. On Thursday, Theranos posted a long response to the articles on the company's website.

US-REPORTS-0014680

The Journal responded in its own statement that nothing said by Ms. Holmes and "nothing in Theranos's report undermines the accuracy of the articles."

Walgreens directors held a regularly scheduled meeting on Oct. 15, the day of the first Journal article. Some of the directors huddled to set a strategy for how Walgreens should proceed, said people familiar with the matter. The full board didn't formally discuss the matter, one person adds.

Some of the directors discussed how to reach out to Theranos, how they would try to understand any regulatory review and scrutinize why Theranos sharply narrowed its use of tiny vials of blood from finger pricks without telling Walgreens officials, these people said.

Walgreens formed a small team to investigate, according to people familiar with the matter.

That group is examining scientific and legal questions raised by the two Journal articles.

Graphic



In their 2013 news release, Theranos and Walgreens said blood samples "are either taken from a tiny finger stick or a micro-sample taken from traditional methods, eliminating the need for larger needles and numerous vials of blood."

For Walgreens, the deal was part of a larger push to make "back-of-store" pharmacies more valuable, while luring more customer traffic to the "front end," where beauty products, snacks and other higher-margin products are sold, according to current and former Walgreens executives.

The drugstore chain's chief executive and finance chief at the time, Gregory Wasson and Wade Miquelon, were photographed with Ms. Holmes at a ribbon-cutting ceremony when the first wellness center opened at Walgreens.

US-REPORTS-0014681

Messrs. Wasson and Miquelon, who since have left Walgreens, couldn't be reached for comment.

The drugstore chain's clinical-services group typically vets the science and practices of prospective outside medical partners early in the process, but was brought in later with Theranos, according to current and former Walgreens officials.

The Theranos deal "went down a different route," one former Walgreens executive said. The Walgreens spokesman declines to comment.

Earlier this year, Walgreens executives looked into questions raised about Theranos by Mr. Quirk, the Piper Jaffray analyst, in a research report. In his report, Mr. Quirk described a test he took to compare blood tests at Theranos and two hospitals.

Despite the company's marketing claims of fast turnaround, the Theranos results came back in 70 hours, nearly three times as long as the hospital labs, according to Mr. Quirk's report.

After their review of the report, Walgreens executives took no action, according to people familiar with the matter.

The drugstore chain's spokesman declined to comment on the analyst's report.

Theranos has said it has performed tests on millions of patients referred by thousands of doctors and has received highly positive feedback.

Ms. King has previously said it is misleading to draw conclusions from "a handful of patient anecdotes." Some doctors have said they appreciate the company's user-friendliness and speed.

Write to Michael Siconolfi at michael.siconolfi@wsj.com, John Carreyrou at john.carreyrou@wsj.com and Christopher Weaver at christopher.weaver@wsj.com

Copyright 2014 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com.

US-REPORTS-0014682

# NEWSWIRES
## DOW JONES

**Safeway, Theranos Split After $350 Million Deal Fizzles**

By John Carreyrou
1,092 words
10 November 2015
17:32
Dow Jones Institutional News
DJDN
English
Copyright © 2015, Dow Jones & Company, Inc.

Safeway Inc. spent about $350 million to build clinics in more than 800 of its supermarkets to offer blood tests by startup **Theranos** Inc.

But the tests never began, the clinics are now used largely for flu shots and travel-related vaccines, and the two companies have been negotiating to officially dissolve their partnership, according to people familiar with the matter.

Current and former Safeway executives said **Theranos** missed deadlines for the blood-testing rollout. They also said several Safeway executives questioned the accuracy of results **Theranos** gave to Safeway employees tested at a clinic in the supermarket chain's headquarters in Pleasanton, Calif.

Safeway was a big growth opportunity for **Theranos**, based in Palo Alto, Calif. The project, code-named "T-Rex" at Safeway, hasn't been publicly disclosed by either company but goes back to at least 2011.

Safeway's chief executive, Steven Burd, told investors and analysts in 2012 that the company was "contemplating a significant...wellness play," without identifying **Theranos** by name. Former Safeway executives said the CEO was referring to **Theranos**.

The deal was struck before **Theranos** announced in 2013 a different partnership to offer blood tests to the public through Walgreens drugstores. Safeway signed on as the exclusive supermarket provider of **Theranos** tests, and Safeway built clinics in roughly half of its stores at the time, one former executive said.

Walgreens Boots Alliance Inc. won't open any new **Theranos** blood-testing centers beyond the current 41 until **Theranos** resolves questions about its technology raised by an article in The Wall Street Journal last month, according to a Walgreens official.

That article reported that the proprietary lab instrument developed by **Theranos** as the anchor of its growth strategy handled just a small fraction of the tests sold to consumers at the end of 2014, according to people familiar with the matter. The article also said some of the startup's former employees were leery about the machine's accuracy.

**Theranos** has said its laboratory work is accurate and it has performed tests on millions of patients referred by thousands of doctors, with highly positive feedback. **Theranos** also has said that it is "continuing to work with" Walgreens on "future opportunities and arrangements."

In an email Tuesday, **Theranos**'s general counsel, Heather King, said: "We don't comment on discussions with other companies. The questions and information you have presented...are inaccurate and defamatory." She declined to comment on the claims by former Safeway executives.

A Safeway spokesman declined to comment.

The valuation of **Theranos**, started by Elizabeth Holmes in 2003 when she was 19 and dropped out of Stanford University, jumped to $9 billion last year.

A merger earlier this year made Safeway part of Albertsons Cos., the second-largest grocery company in the U.S. behind Kroger Co. Albertsons has about 2,200 stores and is controlled by private-equity firms that include Cerberus Capital Management LP.

Page 110 of 201 © 2016 Factiva, Inc. All rights reserved.

US-REPORTS-0000308

"T-Rex" was rooted in Mr. Burd's enthusiasm for health-care innovation, according to the former Safeway executives. They said he managed the partnership directly with Ms. Holmes. Mr. Burd declined to comment, citing a nondisclosure agreement. He retired in May 2013.

The plan called for Safeway to build upscale clinics that would house **Theranos**'s blood analyzers and provide patients with rapid test results, according to current and former Safeway executives.

The $350 million price tag was equivalent to more than half of Safeway's net income of $596.5 million in 2012. Safeway had revenue of $44.21 billion. Safeway also invested more than $10 million in **Theranos**, one former Safeway executive said.

In an initial phase of the project, Safeway had **Theranos** conduct blood testing at the headquarters clinic, current and former Safeway executives said.

**Theranos** often drew the same employee's blood twice, first with blood from a finger prick and then the traditional method of a needle in the arm, according to one former Safeway executive.

The former executive said he worried that **Theranos**'s finger-prick process was still a work in progress. "If the technology is fully developed, why would you need to do a venipuncture?" this person said, using the term for a traditional blood draw.

The concerns deepened when **Theranos**'s test results for several Safeway employees differed from the results the same employees got from other laboratories, according to the former executive. Another former Safeway executive confirmed those recollections.

It isn't clear how many Safeway employees got blood tests from **Theranos** or whether the varying results came from finger-prick or venous tests.

One Safeway executive got a frighteningly high result from **Theranos** on a test to gauge his prostate-specific antigen, according to two former Safeway executives. They said the test suggested that the executive had prostate cancer. Retesting by another lab came back normal.

Two of the former Safeway executives said they told Mr. Burd, Safeway's chief executive, about the varying employee test results.

The former executives said Mr. Burd told them he had been reassured by Ms. Holmes. Mr. Burd continued to support the partnership with **Theranos**, according to the former Safeway executives.

**Theranos** also backed away from putting its blood analyzers in Safeway's clinics so patients could get the results quickly, the current and former executives said.

Instead, **Theranos** said blood samples collected at Safeway would have to be shipped to a central lab for analysis, according to the former executives.

By early 2013, some stores in California had hired phlebotomists, or the technicians who specialize in drawing blood, according to the current and former Safeway executives.

But **Theranos** kept delaying the rollout of its blood-testing services, those people said.

In April 2013, Mr. Burd was less enthusiastic about the financial possibilities of the **Theranos** partnership. Asked by an analyst about the "wellness initiative," Mr. Burd said: "It hasn't happened yet."

Mr. Burd retired the next month. After that, **Theranos**'s Ms. Holmes stopped interacting with Safeway executives and delegated the handling of the relationship to **Theranos**'s president and chief operating officer, Sunny Balwani, according to the former Safeway executives.

The project has been largely dormant for more than a year. Safeway's clinics remain open but are used mostly to administer vaccines, the current and former executives said. The clinics feature granite countertops, wood paneling, glass walls and flat-screen video monitors.

Write to John Carreyrou at john.carreyrou@wsj.com

(END) Dow Jones Newswires

US-REPORTS-0000309



# THE NEW YORKER

# BLOOD, SIMPLER

*One woman's drive to upend medical testing.*

  **By Ken Auletta**

---

O ne afternoon in early September, Elizabeth Holmes took the stage at TEDMED, at the Palace of Fine Arts, in San Francisco, to talk about blood. TEDMED, a part of the Technology, Entertainment, and Design enterprise, is an annual conference devoted to health care; its speakers span a range of inquiry from Craig Venter, the genomic scientist, discussing synthetic life, to Ozzy Osbourne discussing his decision to get his entire genome sequenced. The phrases "disruptive technology" and "the future of medicine" come up a lot.

Holmes, who is thirty, is the C.E.O. of Theranos, a Silicon Valley company that is working to upend the lucrative business of blood testing. Blood analysis is integral to medicine. When your physician wants to check some aspect of your health, such as your cholesterol or glucose levels, or look for indications of kidney or liver problems, a blood test is often required. This typically involves a long needle and several blood-filled vials, which are sent to a lab for analysis. Altogether, diagnostic lab testing, including testing done by the two dominant lab companies, Quest and Laboratory Corporation of America, generates seventy-five billion dollars a year in revenue.

Holmes told the audience that blood testing can be done more quickly, conveniently, and inexpensively, and that lives can be saved as a consequence. She was wearing her daily uniform—a black suit and a black cotton turtleneck, reminiscent of Steve Jobs—and had pinned her hair into an unruly bun. As she

MEDIA-000173

spoke, she paced slowly, her eyes rarely blinking, her hands clasped at her waist. Holmes started Theranos in 2003, when she was nineteen; she dropped out of Stanford the following year. Since then, she told the audience, the company has developed blood tests that can help detect dozens of medical conditions, from high cholesterol to cancer, based on a drop or two of blood drawn with a pinprick from your finger. Theranos is working to make its testing available to several hospital systems and is in advanced discussions with the Cleveland Clinic. It has also opened centers in forty-one Walgreens pharmacies, with plans to open thousands more. If you show the pharmacist your I.D., your insurance card, and a doctor's note, you can have your blood drawn right there. (The sample is then sent to a Theranos lab.) From that one sample, Holmes said, several tests can be run—all less expensive than standard blood tests, sometimes as much as ninety per cent below the rates that Medicare sets. A typical lab test for cholesterol can cost fifty dollars or more; the Theranos test at Walgreens costs two dollars and ninety-nine cents.

In conversation, Holmes speaks in a near-whisper; onstage, her voice drops an octave and takes on a formal instructional cadence. The TEDMED crowd listened intently as she spelled out what she sees as the shortcomings of the existing blood-testing business. The tests are too costly, are available at inconvenient times or places, and involve unpleasant syringes. Holmes has an aversion to needles, and her mother and her grandmother fainted at the sight of them and at the sight of blood. Recently, she told me, "I really believe that if we were from a foreign planet and we were sitting here and said, 'O.K., let's brainstorm on torture experiments,' the concept of sticking a needle into someone and sucking blood out slowly, while the person watches, probably qualifies."

Holmes thinks that getting a blood test should instead be a "wonderful" experience, and the aim of Theranos is to lower the barriers. She told the crowd that between forty and sixty per cent of people who are ordered by their doctor to get a blood test do not. Diabetes, sexually transmitted diseases, and other common medical conditions could be diagnosed and treated earlier if the tests

were less onerous and more accessible, she said. "We see a world in which no one ever has to say, 'If only I'd known sooner.' A world in which no one ever has to say goodbye too soon."

Theranos, which is privately held, is both a hardware company and a medical company, and for many years it has operated with a stealth common to many Silicon Valley startups. "For a long time, I couldn't even tell my wife what I was working on," Channing Robertson, a chemical-engineering professor at Stanford and the company's first board member, told me. In recent months, Holmes has been giving similar versions of her TEDMED presentation in talks and interviews around the country. Investors have valued the company at more than nine billion dollars, comparable to the two major diagnostic labs. Holmes owns more than fifty per cent of the company; she was profiled last spring in *Fortune* and subsequently featured in *Forbes* as "the youngest self-made female billionaire in the world." The board of her company is stocked with prominent former government officials, including George P. Shultz, Henry Kissinger, Sam Nunn, and William H. Foege, the former director of the Centers for Disease Control and Prevention. Dr. Delos M. Cosgrove, the C.E.O. and president of the Cleveland Clinic, is an avid supporter. "I think it's potentially a breakthrough company," he told me. "It represents a major change in how we deliver health care."

The company's rise comes at a time when consumers are increasingly eager for access to their personal data. The plummeting costs of DNA-sequencing technology have made it possible for companies such as 23andme to provide individuals with their genetic information directly, rather than through doctors, empowering nerdy customers and self-motivated patients. Smartphone apps let users track their heart rates, their sleep cycles, and the number of steps they've taken, and share the data with a doctor or with friends. In her talk, Holmes said, "My own life's work in building Theranos is to redefine the paradigm of diagnosis away from one in which people have to present with a symptom in order to get access to information about their bodies to one in which every

Case 5:18-cr-00258-EJD    Document 586-2    Filed 11/20/20    Page 35 of 58

person, no matter how much money they have or where they live, has access to actionable health information at the time it matters." Cosgrove predicts that blood tests for many common health issues, including high cholesterol and diabetes, will be initiated by patients as well as by doctors. "The CVSs and the Walgreens and the Walmarts of the world are going to be taking a lot of things that currently go to primary-care physicians," he said. "The impact of that on our industry will be enormous."

But unfiltered medical data aren't a pure virtue. Last year, the U.S. Food and Drug Administration barred 23andme from disseminating some information out of concern that consumers might misunderstand or misuse it. Some observers are troubled by Theranos's secrecy; its blood tests may well turn out to be groundbreaking, but the company has published little data in peer-reviewed journals describing how its devices work or attesting to the quality of the results. "It's trying to apply the Steve Jobs way of keeping everything secret until the iPhone was released," Lakshman Ramamurthy, a molecular biologist and a former associate director at the F.D.A., told me. "But a health test is more consequential than a consumer product. It needs to be clinically valid and provide useful information."

Holmes counters that Theranos is only trying to protect itself from competitors while it tries to do something unique. "There isn't a company that does what we do," she told me. "We're creating a new space. We're in a market for people who don't like having a needle stuck in their arm."

The day after her TEDMED talk, I met with Holmes in a conference room at the Theranos headquarters, a single-story building two blocks from the Stanford campus. (In November, Theranos moved its main offices to a larger space a few miles away.) Her home is a two-bedroom condo in Palo Alto, and she lives an austere life. Although she can quote Jane Austen by heart, she no longer devotes time to novels or friends, doesn't date, doesn't own a television, and hasn't taken a vacation in ten years. Her refrigerator is all but empty, as she

MEDIA-000176

eats most of her meals at the office. She is a vegan, and several times a day she drinks a pulverized concoction of cucumber, parsley, kale, spinach, romaine lettuce, and celery.

Growing up, Holmes was in constant motion. Her father, Chris, worked for government agencies, including, for much of his career, the U.S. Agency for International Development and the State Department, often travelling abroad, overseeing relief and disease-eradication efforts in developing nations; today, he is the global water coördinator for U.S.A.I.D. Her mother, Noel, worked for nearly a decade as a foreign-policy and defense aide on Capitol Hill, until Elizabeth and her brother Christian, two years younger, were born. The family moved several times, which meant there was little opportunity to develop lasting friendships. Holmes describes herself as a happy loner, collecting insects and fishing with her father.

"I was probably, definitely, not normal," she said. "I was reading 'Moby-Dick' from start to finish when I was about nine. I read a ton of books. I still have a notebook with a complete design for a time machine that I designed when I must have been, like, seven. The wonderful thing about the way I was raised is that no one ever told me that I couldn't do those things."

Chris Holmes's great-grandfather Christian Holmes emigrated from Denmark, studied engineering, settled in Cincinnati, and became a physician. When Elizabeth was eight, she was given a tour of the local hospital where he worked and which was named in his honor. He had married the daughter of a patient, Charles Fleischmann, who pioneered packaged yeast and built a baking empire around it. (A nephew, Raoul Fleischmann, started this magazine in 1925, with Harold Ross.) Not all of Fleischmann's children shared his entrepreneurial drive, and this was a common subject of conversation in the Holmes household. "I grew up with those stories about greatness," she said, "and about people deciding not to spend their lives on something purposeful, and what happens to them when they make that choice—the impact on character and quality of life."

In 1993, when Elizabeth was nine, her father took a job in Houston, as executive assistant to the C.E.O. of Tenneco, which was then a manufacturing and energy conglomerate. She knew that her father felt guilty for uprooting the family, so she wrote a letter to console him: "What I really want out of life is to discover something new, something that mankind didn't know was possible to do." She reassured him that Texas suited her, because "it's big on science."

For several years in the nineteen-eighties, Chris Holmes spent two weeks a month in China, helping American companies invest in large-scale development projects. Soon after the family moved to Houston, Elizabeth started studying Mandarin; by the summer following her sophomore year of high school, she was intent on taking summer classes in Mandarin at Stanford. She repeatedly called the admissions office for information, only to be told, each time, that the program did not enroll high-school students. One day, her father recalls, the head of the program became so annoyed that he grabbed the phone from the employee who was talking to Holmes. "You've been calling constantly," he told her. "I just can't take it anymore. I'm going to give you the test right now!" He asked questions in Mandarin; she answered fluently, and he accepted her on the spot. She completed three years of college Mandarin while still in high school. [cartoon id="a18752"]

In 2001, in her senior year, Holmes applied to Stanford, was accepted, and then was named a President's Scholar, which came with a small stipend to select her own research project. Her parents sent her off with a copy of Marcus Aurelius' "Meditations," her father said, "to convey to her: Live a purposeful life." Holmes elected to study chemical engineering. She was drawn to the work of Channing Robertson, the chemical engineer and, at the time, a dean at the engineering school. Robertson is seventy-one and fit, with thinning hair and a relaxed smile; I visited him in his home on campus. Holmes's first class with him was a seminar on devices designed to control the release of drugs into the human body. One day, in her freshman year, Robertson said, she came to his office to ask if she could work in his lab with the Ph.D. students. He hesitated, but she

persisted and he gave in. At the end of the spring term, she told him that she planned to spend the summer working at the Genome Institute, in Singapore. He warned her that prospective students had to speak Mandarin.

"I'm fluent in Mandarin," she said.

"I'm thinking, What's next? She's already coming into the research group meetings at the end of her freshman year with my Ph.D. students. I find myself listening to her more than to them about the next experiments to be done and the progress that's been made. I realized she's different."

That summer, at the Genome Institute, Holmes worked on testing for severe acute respiratory syndrome, or SARS, an often fatal virus that had broken out in China. Testing was done in the traditional manner, by collecting blood samples with syringes and mucus with nasal swabs. These methods could detect who was infected, but a separate system was needed to dispense medication, and still another system to monitor results. Holmes questioned the approach. At Stanford, she had been exploring what has become known as lab-on-a-chip technology, which allows multiple measurements to be taken from tiny amounts of liquid on a single microchip. "With the type of engineering work and systems I had been focussing on at Stanford, it was quite clear that there were much better ways to do it," she said.

Before returning to Stanford, Holmes conceived of a way to perform multiple tests at once, using the same drop of blood, and to wirelessly deliver the resulting information to a doctor. That summer, she filed a patent for the idea; it was ultimately approved, in November of 2007. Once back on campus, she went to see Robertson in his office and announced that she wanted to start a company. Robertson was impressed by the idea but urged her to at least consider finishing her degree first.

"Why?" she responded. "I know what I want to do."

MEDIA-000179

Holmes was consumed by the idea of developing a company. "I got to a point where I was enrolled in all these courses, and my parents were spending all this money, and I wasn't going to any of them," she said. "I was doing this full time." Her parents allowed her to take the money they had set aside for tuition and use it to seed her company. In March, 2004, she dropped out of Stanford; one month later, she incorporated Theranos (the name is a combination of "therapy" and "diagnosis"). She persuaded Robertson to spend one day a week as a technical adviser to the company and to serve as her first board member. Eventually, he retired from his tenured position, and began working at Theranos full time.

Robertson introduced Holmes to several venture capitalists. She insisted that they abide by her terms, which included an understanding that she would retain control and pour the profits back into the company. By December of 2004, she had raised six million dollars from an assortment of investors. As she and the chemists and engineers dug deeper, she became convinced that they could accomplish five objectives: extract blood without syringes, make a diagnosis from a few drops of blood, automate the tests to minimize human error, do the test and get the results more quickly, and do this more economically.

A key to the company's success was the hiring of Sunny Balwani, a software engineer, now forty-nine, whom Holmes had met in Beijing the summer after her senior year of high school. At the time, he was getting an M.B.A. from Berkeley. He had worked at Lotus and at Microsoft and been a successful entrepreneur, and in 2004 he began graduate studies in computer science at Stanford. He and Holmes spoke often, and they shared a belief that software, not just chemistry or biology, mattered. If Theranos was going to be able to analyze a few drops of blood, engineers would have to develop the software to do it. In 2009, Balwani joined as C.O.O. and president. "Our platform is about automation," he says. "We have automated the process from start to finish."

T heranos has managed to keep its technology a secret for much of its decade

MEDIA-000180

of existence in part because it occupies a regulatory gray area. Most other diagnostic labs, including Quest and Laboratory Corporation of America, perform blood tests on equipment that they buy from outside manufacturers, like Siemens and Roche Diagnostics. Before those devices can be sold, they must be approved by the F.D.A., a process that makes their tests' performances more visible to the public. But, since Theranos manufactures its own testing equipment, the F.D.A. doesn't need to approve it, as long as the company doesn't sell it or move it out of its labs. Holmes said that the company has long resisted discussing how its technology works or how it makes money in order to avoid tipping off potential competitors.

The company employs seven hundred people and, in addition to its headquarters, has a two-hundred-and-sixty-five-thousand-square-foot facility, in Newark, California, that manufactures the blood-testing devices. Holmes says that Theranos has a positive cash flow; it is clearly expanding. For many years, it has earned income from large pharmaceutical companies, including Pfizer and GlaxoSmithKline, which use its tests when they are conducting clinical trials on new drugs. It also earns revenue from the "wellness centers" that it has set up in Walgreens stores, its hospital work, and the U.S. military, although Holmes would not discuss the company's arrangments with the latter.

In 2013, Theranos announced a "long-term partnership" with Walgreens that will eventually establish its wellness centers in most of the eighty-two hundred Walgreens stores. The Walgreens in Palo Alto has one, as do forty Walgreens pharmacies in Phoenix. Holmes envisages wellness centers in most Walgreens and Duane Reade stores, which would put Theranos "within five miles of every American." Theranos also could sign up the rival drugstore chain CVS, which has seventy-eight hundred outlets.

One morning, I went to the Palo Alto Walgreens to get my blood tested. A trained phlebotomist wrapped my finger in a warming sleeve to help the blood flow and then swabbed it with alcohol. Then, with a slight pinch from a small,

MEDIA-000181

Case 5:18-cr-00258-EJD   Document 586-2   Filed 11/20/20   Page 41 of 58

square lancet containing a pricking pin, she drew two drops of blood, which she siphoned into a dime-size container. This took about two minutes. The container, marked with a bar code, was placed in a refrigerated box to be picked up and delivered to a Theranos lab a couple of miles away; the box pickup and return takes place three times a day.

The lab is a large, labyrinthine place bustling with chemists and technicians, and housing rows of machines, each easy for a single person to lift, in which the containers of blood are placed. What exactly happens in the machines is treated as a state secret, and Holmes's description of the process was comically vague: "A chemistry is performed so that a chemical reaction occurs and generates a signal from the chemical interaction with the sample, which is translated into a result, which is then reviewed by certified laboratory personnel." She added that, thanks to "miniaturization and automation, we are able to handle these tiny samples."

Theranos owes its success in part to its high-powered board, which Holmes corralled with the help of George Shultz, a Palo Alto resident, who, in his long career, has held four Cabinet positions, including Secretary of the Treasury and Secretary of State. Shultz is ninety-three and a fellow at Stanford's Hoover Institution; Holmes first met him in 2011. "It was one of those scheduled ten-minute meetings that turn into a two-hour meeting," she said.

Shultz agreed to join the board, and he meets with Holmes weekly. He introduced her to several other current board members: Bill Frist, a trained cardiac surgeon and former Senate Republican Majority Leader; Henry Kissinger, the former Secretary of State; Sam Nunn, a former Democratic senator and chairman of the Armed Services Committee; William J. Perry, the former Defense Secretary; and Richard Kovacevich, a former C.E.O. and chairman of Wells Fargo. All receive stock options from the company, among other forms of compensation. Kissinger, who is ninety-one, told me that Holmes "has a sort of ethereal quality—that is to say, she looks like nineteen.

MEDIA-000182

And you say to yourself, 'How is she ever going to run this?' " She does so, he said, "by intellectual dominance; she knows the subject."

Board members are clearly charmed by Holmes. She is a careful listener, and she is unnervingly serene; employees say that they can't remember an instance when she raised her voice. "She has sometimes been called another Steve Jobs, but I think that's an inadequate comparison," Perry, who knew Jobs, said. "She has a social consciousness that Steve never had. He was a genius; she's one with a big heart."

Holmes said that she had looked for "different kinds of people" for her twelve-member board. I pointed out that the membership includes no women. "Hopefully, I qualify," she said. Equally notable is the fact that eight members are former elected, federal, or military officials. Aside from Frist, the one other board member with a medical license is William Foege, the former C.D.C. director. Holmes has established a medical task force, chaired by her and Dr. David Helfet, the director of the orthopaedic trauma service at New York's Hospital for Special Surgery and New York-Presbyterian Hospital. I asked Holmes if the board was designed to attract government contracts.

"We don't have any government contracts," she said. "I've never applied for one, and I don't plan to." Theranos has conceded that it does earn revenue from the military, which Holmes calls "a really important area in terms of potential" for saving lives. But she said that the company's policy has been to make its testing available "for far less than the government is willing to pay us." She added that it would be "insulting" to suggest that her board members function as lobbyists. She views them as partners who are helping her to chart strategy. Kovacevich said that he brings business experience to the board. "I know most of the major retail-company C.E.O.s," he told me, including Gregory D. Wasson, the C.E.O. of Walgreens. Kissinger advised Holmes to concentrate on building up Theranos in the U.S. before launching it in developing nations, he said, so that "it would not look like we were experimenting on them."

Holmes and her board members like to emphasize how technologically advanced Theranos is; the implicit comparison is with the existing diagnostic behemoths such as Quest Diagnostics. The blood-test business is "dictated by the people who make the big machines," Frist said, and they "obviously have a vested interest in keeping their technology out there." He added, "You don't need four tubes of blood" for a range of tests, or "this 1940 technology."

Nigel Clarke, Quest's senior scientific director for mass spectrometry, immunology, and automation, disagreed. I met Clarke in late September during a visit to Quest's main lab center, near Teterboro Airport, in New Jersey. Quest runs about thirty full-service laboratories around the country; it performs six hundred million tests of all kinds annually—Theranos's aim is to hit one million blood tests in 2015—and owns four thousand vehicles for picking up samples. The samples are delivered to an assembly line of machines, some larger than an S.U.V., that process vials of blood as they move along on conveyor belts. Instruments on the machines then identify the amount and the characteristics of chemicals present in a blood sample, using a technique called mass spectrometry. Clarke maintains that these blood tests are as comparable to those of 1940 as a Lamborghini is to the Model T. He says that, over the past decade or so, the amount of blood needed has been reduced from two full vials to one-fifth of one vial. [cartoon id="a18714"]

The process is more automated than Frist suggests, but it is labor-intensive. Samples from hospitals and doctors' offices are labelled and packed in sealed plastic bags by phlebotomists. The samples are then picked up and delivered by drivers to a central lab, where they are manually sorted into various bins and then placed on the conveyor belts by hand. Holmes says that Theranos's operation is more automated, but it doesn't run itself. The partnership with pharmacies and hospitals will entail opening labs within easy distance of participating centers. The blood samples are much smaller than what Quest requires and are labelled digitally, but they still need to be picked up, and

Case 5:18-cr-00258-EJD   Document 586-2   Filed 11/20/20   Page 44 of 58

delivered, and handled by a technician—no small logistical task, and not free of the potential for human error.

Quest takes issue with several other of Theranos's claims. Holmes has argued that people want their blood tests to be more convenient; as evidence, she often states that between forty and sixty per cent of patients who are asked to get blood tests fail to do so. Theranos has developed these numbers internally, in part, Holmes said, through consumer surveys. Dermot V. Shorten, Quest's vice-president of strategy and ventures, told me the figure is lower. "The number is thirty per cent," he said, citing Quest's own figures. He added, "It is a huge number." He also said, less plausibly, "I don't think we've ever heard that fear of needles was a reason."

Clarke argues that finger-stick blood tests aren't reliable for clinical diagnostic tests; because the blood isn't drawn from a vein, the sample can be contaminated by lanced capillaries or damaged tissue. Holmes strongly disagrees: "We have data that show you can get a perfect correlation between a finger stick and a venipuncture for every test that we run." When I asked for evidence, I was sent a document by Daniel P. Edlin, Theranos's senior product manager, titled "Select Data." It purported to show favorable results from numerous comparison tests. I asked Edlin if the tests had been conducted by an independent third party. He replied by e-mail: "The clinical tests were conducted by a combination of Theranos and external labs," but he wouldn't say which ones.

When I asked Holmes for evidence that her tests were independently audited, she said that there have been "tens" of audits and "external third-party comparisons" of Theranos's tests, including those done by the hospital groups that are adopting its finger-prick tests and the pharmaceutical companies that have contracted with Theranos for testing their products. Holmes says that Theranos is certified in forty-eight states, with two more applications pending, under the federal Clinical Laboratory Improvement Amendments of 1988. Under the amendments, laboratories like hers must be certified before they can

perform tests for the general public, and their performance is evaluated three times a year by the College of American Pathologists. Holmes also pointed me to a pilot study published by *Hematology Reports*, an online-only peer-reviewed journal; she is listed as a co-author. The report, released in April, concluded that Theranos tests "correlated highly with values obtained" from standard lab tests.

The company's reluctance to share its results or display its devices has prompted wariness among some physicians and medical officials. Lakshman Ramamurthy, the former associate director at the F.D.A., is concerned. "The technology should have peer review," he said. To claim, as Theranos does, "that with a finger stick you can do hundreds of tests, your technology has to be different." He added, "Does that not need some peer review?"

Technically, it doesn't. "Typically, laboratories are not required to disclose data on how their tests work," Alberto Gutierrez, the director of the F.D.A.'s office of in-vitro diagnostics and radiological health, told me. The F.D.A. imposes rigorous standards on companies seeking approval to sell new drugs. But most blood tests aren't monitored by the F.D.A. and don't receive the same level of pre-approval scrutiny. The labs are effectively left to police themselves. Gutierrez said that the F.D.A. is in the process of developing new guidelines for oversight of tests that labs develop for their own use in-house.

Holmes says that she welcomes government monitoring. She says that Theranos has submitted all its lab-developed tests for F.D.A. approval—a step that isn't required and that no other diagnostic company has taken. "We believe that to realize our vision we must operate at the highest levels of excellence," she told me. "And the F.D.A.'s stamp of approval is seen as an indicator of the quality of a product." However, it's unclear whether the F.D.A. has a mechanism for responding to the company's request. The agency did not indicate if or when any kind of approval might be granted.

"When Theranos tells the story about what the technology is, that will be a welcome thing in the medical community," Eric Topol, a cardiologist and

geneticist and the director of the Scripps Translational Science Institute, in La Jolla, California, said. "Until it does that, it can have the big labs saying Theranos is not real, or is not a threat. I tend to believe that Theranos is a threat. But if I saw data in a journal, head to head, I would feel a lot more comfortable."

Theranos has raised more than four hundred million dollars from numerous investors, including the founder of Oracle, Larry Ellison. Holmes believes that the seventy-five-billion-dollar testing marketplace could grow to two hundred billion dollars, as more people take it upon themselves to go to a pharmacy and request blood tests for pregnancy, high cholesterol, and other common medical issues. At the moment, most such blood tests require a doctor's note; Holmes says that this would have to change, and could. "There are states in the U.S. where citizens can order tests directly," she said. "The fact that in some states it's illegal for someone to be able to get basic data about their body—for example, you're pregnant or you're not, you have an allergy or you don't. Not a lot of sophistication has to go into the interpretation of that test."

For all of her practice at presentation, Holmes still sometimes has an engineer's difficulty in clearly articulating how Theranos will advance the cause of preventive medicine. At TEDMED, she noted that diabetes, which is a major source of health-care costs, can be reversed through changes in life style. "Yet today there are eighty million Americans who are pre-diabetic," she told the crowd, "and ninety per cent of them don't know that they are." Holmes figures that pre-diabetics aren't gaining this knowledge either because they don't visit the doctor or because they avoid the blood test, or both. Instead, she assumes that Theranos will make getting a blood test so simple and painless that it will become something that we do before visiting the doctor, or that we think to do on our own; the results would be forwarded to the physician, as a basis for further discussion.

Holmes insists that Theranos would be serving doctors, not replacing them. "If

a test is abnormal, most people will want to have some type of treatment," she told me. "People say, 'What does Theranos mean?' The simplest way to explain it is detection at the onset of disease in time for therapy to be effective. The detection piece"—Theranos's role—"is half of the equation. The therapy piece is the other half."

Prescriptionless blood tests raise a host of questions. "Will insurance be willing to pay for patient-ordered blood tests?" Bruce Deitchman, a dermatologist and pathologist, said. Deitchman has served as an alternate member of the American Medical Association's expert panel that recommends reimbursement rates to Medicare. "Will Theranos insist that test results be sent to physicians, and will patients want their doctors to know?" He noted that doctors are legally obligated to follow up and address abnormal blood tests with patients. In the absence of a doctor, will Theranos be held to that standard? Still, Deitchman added, getting patients involved in their own care "can lead to better health outcomes."

Some experts see the changes to health care such as those envisaged by Theranos as inevitable, and mostly for the good. "Regardless of how doctors or anyone else may feel about it, this type of innovation is going to happen, and probably needs to happen," Andy Ellner, a physician and the co-director of the Harvard Medical School Center for Primary Care, said. "There is going to be a big shift in power, control, and authority of health data from doctors to patients." But Ellner added that there is "very little evidence" that paying more attention to blood tests, or doing more tests over all, will have an impact on people's health. Of diabetes, in particular, he said that there is only "modest evidence that screening for it in particular populations helps us intervene earlier in a way that benefits people. The main value of knowing that someone is pre-diabetic is that it confirms what we already know: that people should be eating a better diet and exercising more."

Holmes faces a number of challenges as she pursues her vision for Theranos. One is logistical. Holmes's brother, Christian, a Duke graduate and former

MEDIA-000188

management consultant who joined the company three years ago and is now the director of product management, says, "You've got to be able to scale this. If we can't, we'll get killed." Another challenge is the competition. As miniaturization becomes the standard, researchers are finding ways to bring medical tests directly to patients. Many companies are exploring a range of tests that don't require needles, relying instead on lasers, oximetry, biosensors, and medical imaging, such as MRIs.

Holmes says she is acutely aware that technology could disrupt Theranos. "We focus all the time on disrupting ourselves, and that's one of the core tenets in the way we operate," she said. "Silicon Valley is a great symbol of disruptive technology being able to, one, change the world, and, two, obsolete itself."

Late one afternoon in September, Holmes was driven from Palo Alto to the San Francisco airport, where she boarded a seven-seat Gulfstream 150 for a flight to Chicago. She would be speaking at a panel; from there she would fly to Cleveland to attend meetings at the Cleveland Clinic. She was travelling alone. Members of the Theranos board sometimes worry about Holmes. "My wife and I feel that one of our jobs is to bring her out," George Shultz told me. They invite her to the theatre, and this year threw her a thirtieth-birthday party at their home, which was attended by her parents, her brother, Balwani, Robertson, and several members of the board and their spouses. Henry Kissinger and his wife, Nancy, have tried, without success, to fix her up on dates. Her mother told me, "As a parent, I do hope that at some point she will have time for herself."

This concern is lost on Holmes. The plane had reached cruising altitude, far above a bank of clouds, and another green vegetable drink had materialized in her hand. "I have done something, and we have done something, that has changed people's lives," she told me. "I would much rather live a life of purpose than one in which I might have other things but not that." Also, she said, with a smile, "I think I'm very young. Still." ♦



*Ken Auletta began contributing to The New Yorker in 1977 and has written the Annals of Communications column since 1993.* *Read more »*

## CONDÉ NAST

© 2018 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our user agreement (effective 1/2/2016) and privacy policy (effective 1/2/2016). Your California privacy rights. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with prior written permission of Condé Nast. *The New Yorker* may earn a portion of sales from products and services that are purchased through links on our site as part of our affiliate partnerships with retailers.

MEDIA-000190



JIM WILSON/ THE NEW YORK TIMES

Proprietary equipment that the lab Theranos says delivers rapid blood analyses.

# Blood Lab That Boasts Breakthrough Goes on Defense Against Its Doubters

**By KATIE BENNER**
**and ANDREW POLLACK**

LAGUNA BEACH, Calif. — Being the self-proclaimed leader of a medical revolution can have its downside.

Elizabeth Holmes, a 31-year-old Stanford dropout who became a billionaire by starting the blood testing laboratory Theranos, is now waging a public battle to defend her reputation and that of her closely watched Silicon Valley company.

Her campaign began shortly after two articles published in The Wall Street Journal last week questioned the accuracy of the company's blood tests and the extent to which Theranos is using unique technology.

Ms. Holmes now says she is planning to release a 16-page point-by-point rebuttal of the articles, a document that concludes by accusing the articles' author of having an agenda that considered Theranos "a target

*Continued on Page B9*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# Blood Lab That Boasts Breakthrough Goes on the Defense Against Doubters

*From First Business Page*

to be taken down."

The rebuttal even dissects the motivations of various people quoted in the articles.

"We'll put this out there and let people judge for themselves what the facts are," Ms. Holmes said on Tuesday in an interview with The New York Times.

Ms. Holmes ventured into the lion's den on Wednesday, defending her company in an onstage interview here at The Wall Street Journal's own WSJ.DLive technology conference, where she drew applause for showing up.

"We know the integrity of what we've done," Ms. Holmes said at the conference. She characterized criticisms of her company as "a few people who want to say bad things about us."

Ms. Holmes has complained that critics are out to get her company because it threatens the traditional lab industry.

But the company, which is highly secretive about its technology, has not announced any new policies in response to the criticism.

Theranos, Ms. Holmes said, had no immediate plans to do what skeptics say would most persuade them: publish data in peer-reviewed medical journals showing that its test results are as accurate as those of more established laboratories.

She said that other institutions

Katie Benner *reported from Laguna Beach, and Andrew Pollack from Los Angeles. Mike Isaac contributed reporting from New York.*

testing Theranos's products might eventually publish papers, but that the company, for now, was concentrating on getting its tests approved by the Food and Drug Administration. That, she said, would provide even better external validation. One test, for herpes simplex 1 virus, has already been approved, and the company has submitted 120 others to the agency.

"We've never been against peer review," Ms. Holmes said in the interview with The Times. "We decided that the studies we were doing would be the F.D.A. submissions."

Theranos, based in Palo Alto, Calif., says that it can do many different medical tests using only a tiny amount of blood taken with a finger prick. It has also said that it used proprietary lab equipment to deliver results much faster and more cheaply than traditional blood tests, which in some cases require several vials of blood to be drawn from the arm and several days to get a result.

Theranos lists the prices of its tests on its website, and they are typically far lower than most other labs' prices.

Investors have poured money into the privately held company, which was recently valued at more than $9 billion. Ms. Holmes, who started the company at age 19 and has said that she devotes nearly every waking hour to it, has graced the covers of magazines including Fortune, Inc. and The New York Times's T magazine, and she is a frequent presence on the conference circuit. She recently appeared at Vanity Fair's New Establishment Summit alongside Facebook's chief executive, Mark Zuckerberg, and Walt Disney's chief, Robert A. Iger.

The Wall Street Journal article last week, citing an unnamed former senior employee, said that as recently as December, Theranos was routinely performing only about 15 of the more than 200 tests it offered using its proprietary equipment, with the rest being performed on standard machines bought from laboratory equipment vendors.

In its rebuttal, which Theranos plans to post on its website the company said that it performed more than 80 of the tests using its own technology that month. It said that 57 percent of customers in the fourth quarter of last year had blood drawn from a finger prick.

Last week, the company said that it was not using finger pricks at the moment — except for the herpes test — because it was following F.D.A. advice that its "nanotainer," the tiny tube that holds the blood from finger pricks, needed regulatory approval as a medical device. The company is now seeking that approval. But Ms. Holmes said that the need to get approval for the tube did not reflect on the accuracy of the machines that analyze the blood samples.

A spokesman for The Wall Street Journal thanked Ms. Holmes for attending the conference but added, "Nothing said at the conference by Ms. Holmes refutes the accuracy" of the articles.

The Wall Street Journal is not the only one raising questions. Jean-Louis Gassée, a former sen-

ior executive at Apple, wrote in a blog post on Sunday that the results of two tests from Theranos raised alarms about his health when results for the same tests on the same day from Stanford Hospital did not. Moreover, the Theranos results varied more widely from one day to the next than those from Stanford, he said.

In January, William Quirk, an analyst at Piper Jaffray, wrote

---

## The founder of a $9 billion company faces her critics.

---

that a member of his team had gone for common blood tests at a Theranos center in Phoenix and at two hospitals. The Theranos results came back in 70 hours, compared with about 25 hours for the other two labs, despite Theranos's claim to deliver "results in hours, not days."

At the conference here, Bill Maris, the head of venture capital

firm GV, formerly known as Google Ventures, told The Times that when the company was thinking of investing in Theranos, one of his employees went to a Walgreens pharmacy for a Theranos blood test and was later asked to return to give more blood. Theranos did not seem able to deliver on its promise of testing small amounts of blood, he said. Business Insider reported earlier on Mr. Maris's remarks.

Ms. Holmes said that she had never spoken with Mr. Maris and that GV had once "reached out to us and we said no to meeting them." She said a few anecdotes did not cast doubt on the technology, asserting that the company has done more than 3.5 million tests.

Ms. Holmes said the company has always said that some tests would require more conventional blood draws, though even for those, she said, Theranos tends to use smaller needles and smaller amounts of blood than other labs. She said the company wanted to provide a complete roster of tests, so it began offering tests that could not yet be performed with finger samples on its own

machines.

Still, this caveat about conventional blood draws has often seemed more like a footnote for a company that has at times proclaimed, "Say goodbye, big bad needle." Certainly, the impression from interviews and numerous articles has been that Theranos performed the vast majority of tests using finger pricks and its proprietary machines.

"The general public was under the impression that Theranos was further along in their development than they currently are," said Eric Lakin, an analyst at Decibio, a consulting and market research firm that follows the diagnostics industry.

Mr. Lakin said he thought that Ms. Holmes, in her talk at the conference, "directly addressed many of the concerns people raised."

Nonetheless, he said, "There's still going to be doubts about why won't you compare your results directly" with those from established labs like Quest Diagnostics and LabCorp. While Theranos does post some performance data on its website, it is not sufficient, he said.



Elizabeth Holmes, 31, who founded the blood testing company Theranos.

MIKE BLAKE/REUTERS

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# DISRUPTIVE TECHNOLOGY

☑ ## STANFORD DROPOUT

☑ ## WORLD-CHANGING POTENTIAL

☑ ## PUBLICITY MAGNET

☑ ## UNICORN VALUATION

☑ ## BACKLASH

☐ ## PROOF IT WORKS



51

MEDIA-000034



Holmes (left) with
Theranos researchers
in Palo Alto

# THERANOS CEO ELIZABETH HOLMES TRIES TO TAKE HER COMPANY OUT OF THE CROSSHAIRS

## BY SHEELAH KOLHATKAR AND CAROLINE CHEN PHOTOGRAPH BY BENJAMIN RASMUSSEN

Elizabeth Holmes rarely slips out of character. When she responds to questions in an interview or on a conference stage, she leans forward, leg crossed ankle over knee in a half-lotus manspread power pose. She lowers her voice an octave or two, as if she's plumbing the depths of the human vocal cord. Although she hates it being remarked upon, her clothing, a disciplined all-black ensemble of flat shoes, slacks, turtleneck, and blazer buttoned at the waist, is impossible not to notice. She adopted this uniform, as she calls it, in 2003, when she founded Theranos, a company seeking to revolutionize the medical diagnostics industry by doing tests using only a few drops of blood.

"I wanted the focus to be on my work," she says slowly and deliberately. "I don't want to go into a meeting and have people looking at what I'm wearing. I want them listening to what I'm saying. And I want them to be looking at what we do." She pauses, then adds, "Because when you walk into the room and you're a 19-year-old girl, people interact with you in a certain way."

All the same, Holmes says, she wasn't prepared for how eager people would be to tear her down. "Until what happened in the last four weeks, I didn't understand what it means to be a woman in this space," she says, shaking her head. "Every article starting with, 'A young woman.' Right? Someone came up to me the other day, and they were like, 'I have never read an article about Mark Zuckerberg that starts with 'A young man.''"

Holmes, now 31, is sitting in her office. The surfaces are curved and gleaming, and the giant, orblike light fixtures seem to have been taken from the *Starship Enterprise* as reimagined by Jean Nouvel. The windows offer panoramic views of the flora of Palo Alto, where Holmes has become one of the most obsessed-over entrepreneurs in Silicon Valley. Partly this is a result of her ambition to make getting a blood test as fast and as simple as checking your bank account balance. If Theranos succeeds, Holmes says, anyone, anywhere, could have access to information about their

45

MEDIA-000035

health and risk of disease anytime they want, without a prescription. Theranos does that, she says, with as little as a finger prick's worth of blood, a much smaller amount than traditional blood tests, and at a fraction of the cost. Theranos charges from $2.67 for a glucose test to $59.95 for a range of sexually transmitted diseases and posts all of its prices online, a level of transparency no traditional lab company matches. Holmes says her company can conduct reliable testing for 50 percent to 80 percent less than Medicare reimbursement rates, which could lead to astonishing cost savings. She estimates that $2.2 billion would be saved each year in Arizona alone, where the company has a presence in 40 Walgreens pharmacies.

The Theranos story has also been amplified by its $9 billion valuation, based on its venture capital funding, as well as by the roster of powerful board members (Henry Kissinger, William Perry) and public supporters (Marc Andreessen, among others) Holmes has gathered around her. But Holmes herself is as much a source of fascination as her company. She has just the right mixture of boldness and precocity that Silicon Valley loves. She was only too willing to let that propel her through the business media's star chamber, though she refused to let photographers use a wind machine to blow her hair.

On a typical day, Holmes would be overseeing Theranos's 1,000 or so employees, but on this afternoon in late November she's under siege. In her office, she's joined by Theranos's general counsel and a newly retained public-relations crisis expert who monitors every tic and utterance. An aide silently enters the room and hands Holmes a cup of green liquid, which contains coconut water and kale, along with other organic extractions. Stacks of paperwork, test data, and U.S. Food and Drug Administration applications sit on the table in front of her, all intended to prove that Theranos's products work as she says they do.

After several years of Holmes telling the largely unchallenged story of how Theranos intends to change the world, a blast of cold air came on Oct. 15, when the *Wall Street Journal* published the result of a five-month investigation by John Carreyrou. The piece reported that as of the end of 2014, Theranos wasn't using its own products and technology to analyze most of the tests it was conducting for consumers. Former employees, the article further reported, claimed Theranos was cheating on routine proficiency tests, which help federal regulators determine if a particular lab is producing accurate results. The implication was that Theranos's technology was largely a charade. A series of similarly critical articles followed. Bloomberg News reported that some Theranos partners that had signed deals with the company, including AmeriHealth Caritas and Intermountain Healthcare, hadn't actually started using the technology yet. The bright-eyed woman the media had clambered over themselves to mythologize was now being picked apart.

On its website, Theranos denied the accusations, then went about trying to find people who could come to its defense. "Here's what happens every time I have a huge winner," says Tim

# "IF IT DOES NOT WORK, CAN WE TWEAK IT UNTIL IT DOES WORK? ... THERE ARE MILLIONS OF PEOPLE OUT THERE WHO NEED THIS TO WORK"

Draper, founding partner of venture capital firm DFJ and a Holmes loyalist whose $1 million investment made Theranos's incubation possible. "The first thing that happens is that the competition sort of pooh-poohs it. Then the next thing that happens is they go, 'Uh-oh, this is threatening our business.' ...She's opened the kimono, and it's scaring the pants off the competition."

To the entrenched members of the lab testing industry, Theranos's plans sound like an existential threat, and perhaps an absurd proposition. Critics and skeptics have been coming forward, suggesting that what the company says it's doing is impossible—or, just as bad, that what it's doing right now isn't that different from its old-school competitors. The story may have resonated beyond the medical world because the stakes feel huge, much bigger than the success of one company. The tech industry is in the midst of another boom or bubble, depending on whom you ask. If Theranos, one of the hottest businesses around, isn't quite what it says it is and venture capitalists are potentially out hundreds of millions of dollars, it stands to reason that other companies are overvalued, too.

The solution, Holmes says, is less talk and more action that proves the company can back up all its claims. "What we need to do now is focus on the technology and focus on the science and the data and put that out there," she says. "Because that speaks for itself."

Theranos's "nanotainer" is the most obviously different component of its technology. It's a tiny vial about the size of a firefly that collects a few drops of blood from the prick of a fingertip. Theranos has said that from those minuscule samples it can test for hundreds of diseases and conditions. The company also makes an extra-small needle that goes into a person's arm in a more conventional fashion, although it draws a smaller amount of blood than traditional needles. Finally, it makes the Theranos sample processing unit, or TSPU, a black machine about the size of a printer that acts as a multipurpose blood analyzer. Samples obtained by either method are dropped into a cartridge that goes into a slot in the TSPU like a VHS tape into a player. The cartridge contains software programmed to run the desired test—for pregnancy hormones, blood sugar, potassium levels, whatever the patient wants—using the company's own chemical processes. Or at least that's the idea.

The potential for this to change health care is significant. Holmes cites the example of premature babies in hospital neonatal intensive care units, who have to have blood drawn for routine tests every day. Because the babies are so small, she says, sometimes fitting into the palm of one hand, taking multiple vials of blood from them means they need constant transfusions. Running the tests using a few droplets would save some of the most vulnerable people on earth from a great deal of trauma.

MEDIA-000036

。

Diagnostics, and Olympus. The labs that buy these machines don't need the FDA's OK to use them, but the manufacturers need it to sell them. Siemens and the others are required to submit data to the agency showing that the tests running on the machines are safe and accurate.

Theranos has had certification from the Centers for Medicare and Medicaid Services to operate its labs since 2011. Because it wasn't selling its devices or any other equipment to third parties, the company technically didn't need FDA approval for its tests. Holmes says she wanted to seek it anyway, because she considers the FDA's to be the "gold standard" of regulatory approvals. Theranos submitted its first test, for herpes, to the FDA in 2013, and it was cleared this past July.

In the meantime, the FDA has determined that the nanotainer is a Class II medical device, meaning it must be cleared if Theranos wants to use it with any test other than the herpes test, according to the agency. The company says it's submitted data that show test results on blood collected from fingertips into the nanotainer are the same as those obtained with larger samples taken through a vein. While the company waits for the FDA to clear the nanotainer, it has stopped doing finger-prick draws for all its customers, except for those getting only the herpes test, because the FDA had approved the use of the nanotainer for that specific use.

The FDA doesn't consider the analyzer, or TSPU, to be an element that needs to be approved on its own. But if Theranos submits a test to the agency for clearance, the TSPU, as a component of the test, will be reviewed in the process. "Theranos has cleared one test, HSV1, [aka herpes] for use with the TSPU," FDA spokesman Eric Pahon confirms. "If other tests subject to premarket review were intended to be used with the TSPU, additional clearance or approval would be required."

The FDA has recently said it wants to regulate so-called laboratory-developed tests, but that isn't a policy yet. Theranos says it's voluntarily submitting 120 applications for individual tests that run on its analyzer.

All of this puts Theranos in an awkward situation. The company has to show that it's using its own technology somehow—the whole promise of Theranos's multibillion-dollar valuation is that its technology is exponentially cheaper and easier to use than that of existing players, and not just for one herpes test. On the other hand, if Holmes wants to hold her

company to the FDA's higher standards, as she claims, that means waiting for federal clearance on all of its tests before using them. While Theranos works its way through this transition period, it is unclear whether the company is running any tests on its own machines at all.

Holmes refuses to answer the question. When asked if Theranos is actually running any patient samples on its own analyzers today, as opposed to devices made by Siemens or another manufacturer, she will only say, "We can run them on our analyzer, but it depends on the test order."

A few days later, when she's asked again, her response is still noncommittal: "Depending on the order, it can happen on the TSPU, with our chemistries, and it can happen on conventional machines, just using traditional venous draw." It can. But is it? She points out that other labs don't publish such information, which is true. But then, other labs don't usually declare themselves medical revolutionaries.

FDA clearance alone may not be enough to convince physicians that the tests can be used for all patients, according to John Ioannidis, a professor of medicine at Stanford who's



The TSPU blood analyzer

best known for his criticism of the way scientific research is conducted, in particular for a 2005 paper titled "Why Most Published Research Findings Are False." In February he authored an opinion piece in the *Journal of the American Medical Association* questioning Theranos's lack of published data.

When it comes to "tests that may be more complicated, the level of reporting for FDA clearance won't be enough," says Ioannidis. While the FDA's

increased focus on diagnostic tests is welcome, the agency has less experience in reviewing tests than drugs, he says, and its applications don't give as many details as doctors would like to see.

To Ioannidis, only a peer-reviewed journal article that lays out the full methodology and inner workings of the Theranos technology can answer these questions in a satisfactory manner. The company has said it hasn't done this, so far, out of concerns that its proprietary technology could be copied by competitors. Ioannidis responds by saying, "This is what patents are for. They should make sure they have patent protections. We need to have evidence in the scientific literature to scrutinize what they do."

Other experts echo his point. "Typically companies will show their product at a professional meeting, talk about it, their scientist will present data. Theranos has chosen not to do that, which in my mind is dubious," says David Koch, president of the American Association for Clinical Chemistry and a professor at Emory University. "That's why a number of us scientists in the field are skeptical. Why be so secretive about it? If it works, tell the world and we'll use it."

The half-inch-tall nanotainer

Again, Theranos isn't the only diagnostic company to provide scant details on its technology. "The process has been suboptimal across the industry, but now I think we're at the crossroads," Ioannidis says. "Theranos caught my attention early on because they had such vibrant media stories. Other companies just don't make such claims. Today it's Theranos. Tomorrow it may be another company." He adds: "If you get the wrong test result, you could go down a path that could really destroy your life."

Holmes says the company's era of secrecy is over, and it's inviting outsiders, including reporters, to try the tests for themselves. (For the record, the finger prick feels like a finger prick.) In December, she says, a group of independent medical experts will spend two days in Theranos's lab to examine the technology, the data, and the regulatory filings, and can then talk publicly about what they found. The Cleveland Clinic is running a study comparing Theranos's results with traditional blood draws

FROM LEFT: JIM WILSON/THE NEW YORK TIMES/REDUX; MARTIN E. KLIMEK

MEDIA-000038

48

and will publish the findings. Holmes is also putting together a medical advisory board that will bring more scientific and regulatory expertise. She says Theranos is preparing "manuscripts" containing the testing data that's been submitted to the FDA, which it plans to publish in a medical journal (she won't say when or which journal). Its main competitors, Quest and LabCorp, have done no such thing, she points out.

According to Holmes, all the recent negative attention has acted as free advertising, and walk-ins at Theranos's wellness centers in Arizona are up. "I mean, is it incredibly painful to see people say this kind of stuff about us? Of

# "WHY BE SO ~~SECRETIVE~~ ABOUT IT? IF IT WORKS, TELL THE WORLD AND WE'LL USE IT"

course it is," she says. "But is it a crisis? No. We've built something that's incredible, and we have now the opportunity to showcase it."

In Silicon Valley, bankers like to call startups that surpass $1 billion in valuation "unicorns." Airbnb, Uber, Pinterest, Snapchat, and Zenefits all fall into the category. It's quite possible for one of these flush startups to sustain damage and recover. Both Airbnb and Uber have weathered scandals with their unicornhood intact. Theranos could prove all the naysayers wrong.

Holmes certainly has plenty of true believers in her corner. From the moment she got to Stanford, in 2002, she demonstrated a talent for cultivating powerful mentors, beginning with an engineering professor named Channing Robertson. He didn't need an undergrad, much less a freshman, working in his lab, but Holmes basically squatted outside his office until he let her

in. She soon impressed him. "I think there are people who are the Mozarts and the Beethovens and the Newtons, the Lavoisiers and the Einsteins and the da Vincis, who come along rarely in a generational sense," he says. "These people who become scientists and artists and musicians, I think, possess a very special capability. It was becoming more and more clear to me that she had it. I was in the presence of somebody who was unlike anything that I had seen before." Other members of the Elizabeth Holmes fan club include David Boies, the acclaimed lawyer; former Senate Majority Leader William Frist; and former Secretary of State George Shultz, all of whom are on Theranos's board.

As scores of articles have recounted, Holmes dropped out of college in her sophomore year to file her patent and start her company with two former members of Robertson's lab. Robertson became Theranos's adviser and helped her raise money.

Draper, the venture capitalist and early Theranos investor, says he's known Holmes since she was 6 years old and a friend of his daughter. When she decided to start her company, she approached him. He called her parents to make sure they were OK with her plan to drop out of school. Then he gave her $1 million.

Holmes, brainy as she is, lacked formal scientific training. She made up for it with her messianic passion and ability to persuade people to join her cause. "We needed really good chemists. We needed really good biologists. We needed really good enzymologists, really good biochemists," Robertson says. "I mean, it was sort of like *Ocean's 11*. I would call some of my buddies that I'd worked with in previous companies and drag them down out of the hills and say, 'You know, let's try one more time.'"

Despite the current controversies around Theranos, Robertson stands by his former student. "She's as astute as she ever was. She's as charming as she ever was," he says. "She is one of the sweetest people I know." He declined to comment on the company's marketing claims or business model, saying he was never involved on the business side of things. But he vigorously refuted

any allegations that Theranos's tests may be inaccurate.

"On the precision and accuracy issue, that is our holy grail," he says. "We would have to be certifiable, you know, to go out and put out a product that people's lives are going to depend on. That's not who we are."

While Draper isn't a board member or official adviser, he says he sees Holmes frequently. He's puzzled by Theranos's troubles and wasn't aware the company isn't currently using its famed nanotainer for anything but a herpes test. The idea of pausing the relentless push forward to wait for fusty government approvals doesn't seem to make sense to one of the investors in Twitter and Skype. "So they're going to have to go through each one of those tests before they can even use the nanotainer?" he says, sounding horrified. "You can run tests; you just say they are not FDA-approved," Draper continues, referring to the nanotainer. "If that's not the way it's happening, I'm definitely going to give Elizabeth a call about this." He pauses the interview to pull out his phone.

"I would think they can still use the nanotainer and just have some wording," he says, typing out a text message to Holmes. "I would think you just put a little warning label on the thing and say the FDA has not agreed to the accuracy of these things."

Another adviser and board member, Richard Kovacevich, a former CEO of Wells Fargo, says some of the bumps Theranos has encountered are specific to private companies, which aren't usually prepared to deal with such intense public criticism. Responding to a situation like this, "you need speed, you need evidence, it's a full-court press," he says. Theranos "doesn't have the infrastructure to respond, in a way, and so that probably led people to think, 'Oh God, there must be some truth to this.' It's been behind, in my opinion, up until lately, in refuting the allegations and not focusing on test results."

Holmes vows to keep up the fight. She decided when she was a teenager that she was willing to sacrifice everything for her calling. She has no personal life to speak of. She doesn't watch movies or read books. She used to run but mostly gave it up. When she started her company, she says, she researched diet and nutrition and monitored her blood chemistry. She determined that a vegan, macrobiotic lifestyle would allow her to "train" her body to work all the time and to function on very little sleep, like an android. "After a while you just get so deep into it," she says. "In the normal sense, I could take a vacation, but this is where I want to be." ❸

49

MEDIA-000039

Copyright of Business Week is the property of Bloomberg, L.P. and its content may not be copied or emailed to multiple sites or posted to a listserv without the copyright holder's express written permission. However, users may print, download, or email articles for individual use.

MEDIA-000040