# Exhibit 49

## Chavez, Sergio

| | |
|---|---|
| **From:** | Beck, Stayce E |
| **Sent:** | Monday, August 31, 2015 1:02 PM |
| **To:** | Hole, Mary; Chan, Yung; Walburger, Matthew; Anderson, Eric W; Singh, Seema; Pilcher, Ian; Lum, Lawton W; Chavez, Sergio |
| **Cc:** | Gutierrez, Alberto; Woods, James L.; McFarland, Scott; Carrington, Lea; Loloei Marsal, Ana; Tjoe, Steven; Elder, Ileana; Lias, Courtney H |
| **Subject:** | RE: Theranos Update |

All,

I'm sorry for the short notice, but are folks from the district available to do a quick call today at 4:30 EST (2:30 PST), or would you be available tomorrow morning at 8 AM PST (11 AM EST)? It would be helpful to just chat quickly about what everyone has found and is thinking.

Thanks,
Stayce

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:*
https://www.research.net/s/cdrhcustomerservice?O=500&D=530&B=533&E=&S=E

**From:** Hole, Mary
**Sent:** Monday, August 31, 2015 11:22 AM
**To:** Chan, Yung
**Cc:** Beck, Stayce E; Walburger, Matthew; Anderson, Eric W; Singh, Seema; Pilcher, Ian; Lum, Lawton W; Chavez, Sergio
**Subject:** RE: Theranos Update

Hi Yung:

It was not identified by the firm as a complaint. It was an NCR that was opened due to opaqueness of the container (nanotainer) material that was making it difficult for the lab to see clotting clearly. There was a total of 75,000 nanotainers that were quarantined and that were eventually scrapped. No record of how many were sent out to collection sites with this opaqueness issue before this problem was reported to the firm. Please note that "Normandy" is a code word they use for their CLIA Lab.

By the way, this meets the definition of a complaint, and the firm did not handle it as a complaint so this is definitely going to end up on my Form-483 (complaint handling procedure issue). I asked the firm if there were any false positive or false negative results that arose due to this difficulty in detected clotting, or if patients had to go in again to give a new sample. They did not know. I told them this is the sort of information they need to collect to determine if MDRs need to be filed. So that is also going to be on my FDA-483 as a failure to investigate complaints for MDR reportability.

Anyway, the NCR is attached.

Best Regards,

Mary

Mary R. Hole, M.B.A.
Investigator / Consumer Safety Officer

1

ATTACHMENT 4

US-REPORTS-0007068

U.S. Food and Drug Administration

*Duty Station:*
San Jose Resident Post
96 N. 3rd Street
San Jose, CA 95112
Ph: 408-291-7548 ext. 1119
Fax: 408-291-7228

*Tour of Duty:*
M-F 06:30 – 15:00 PST

---

**From:** Chan, Yung
**Sent:** Monday, August 31, 2015 7:51 AM
**To:** Hole, Mary
**Cc:** Beck, Stayce E
**Subject:** RE: Theranos Update

Thanks Mary!  We'll meet in 2 hours and we'll let you know our decisions.

By the way, you said you saw a complaint of a nanotainer being clotted, could you send us more information about it?

Thanks!
Yung

---

**From:** Hole, Mary
**Sent:** Monday, August 31, 2015 10:43 AM
**To:** Singh, Seema; Anderson, Eric W
**Cc:** Pilcher, Ian; Walburger, Matthew; Chan, Yung; Beck, Stayce E; Chavez, Sergio; Lum, Lawton W
**Subject:** RE: Theranos Update

Good Morning:

In Newark, I ran into resistance regarding customer complaints. Sunny Balwani, the President and COO, told me that customer complaints are handled by the CLIA Lab. He said that if the CLIA lab determines that the complaint is a device issue, they will send it over to Client Solutions (a liaison group between the CLIA Lab and Theranos manufacturing site). He said there were no complaints that were device-related so they had nothing to show me.

Here is the complaint handling as described to me:

1. Customer calls the Customer Service number if there is a complaint
2. Customer Service logs it and forwards it to the CLIA Lab
3. The CLIA Lab investigates and determines if the complaint arose from such things as patient not fasting when they should have. If it is a clinical issue, the CLIA Lab investigates the complaint and reports any adverse events under the CLIA rules. If the CLIA Lab determines it was a device issue, then they report it to Client Solutions (the liaison group)
4. Client Solutions logs the complaint and forwards it to Theranos Quality group
5. Theranos Quality group investigates and reports MDRs, if warranted, as required under Part 803.

So we are dealing with  at least two complaint logs; one in the Customer Service/CLIA Lab area and the other in the Client Solutions/Theranos Quality area. There are also two sets of SOPs for complaint handling; one for the CLIA Lab and

US-REPORTS-0007069

one for Theranos Quality. In the Theranos Quality complaint handling SOP they refer to "customer complaints" and when I pointed this out, Sunny told me that "customer" in this SOP refers to the CLIA Lab, not an end user like a patient or doctor. I told him that this was not defined or described at all in the SOP; the impression one gets from reading the SOP is that these complaints are coming from end users (not the CLIA lab)

Since they claimed that Client Solutions had not received any complaints from the CLIA Lab, I kept pushing Sunny to show me an example of the Customer Service complaint log.

Sunny posed a hypothetical scenario of me inspecting a company like BD for example, and asked me if I am in the habit of asking for complaint logs from BD's clients to assess BD's complaint handling procedure. I told him that this was not the same as a BD device in that this was a Theranos device being sent to what they claim to be Theranos collection sites, that are analyzed in Theranos-owned labs, with complaints going back to Theranos CLIA Labs; in other words, where the device was always in the "Theranos world" (... as they keep saying so that they can claim these are LDTs). BD's devices leave BD's world, and when I inspect BD, I only inspect what is in the "BD world" (BD does not claim the devices went to "BD sites" to be used). He, and Lisa Barclay (the ex-Chief of Staff for Margret Hamburg) initially told me I had no jurisdiction to see this log, but after I explained that I cannot do an effective job of assessing their complaint handling if parts of it starts out in a "fog", they relented and said that they will give me "a sample". When I pushed to see the entire log, they told me that it is thousands of complaints because it included such things as "late shipment" or "wrong quantity". He said that he would show me an example.

Anyway, I will see if I can get them to filter out complaints that have to do with nanotainers so I can just concentrate on those. I am taking an office day today to sort out my thoughts and documents. I will be going back to Newark tomorrow. I do not know if Stayce and/or Yung will be coming back out. I am sure they will let us know once they make that determination.

Best Regards,

Mary

Mary R. Hole, M.B.A.
Investigator / Consumer Safety Officer
U.S. Food and Drug Administration

*Duty Station:*
San Jose Resident Post
96 N. 3rd Street
San Jose, CA 95112
Ph: 408-291-7548 ext. 1119
Fax: 408-291-7228

*Tour of Duty:*
M-F 06:30 – 15:00 PST

---

**From:** Singh, Seema
**Sent:** Saturday, August 29, 2015 5:57 PM
**To:** Anderson, Eric W
**Cc:** Hole, Mary; Pilcher, Ian
**Subject:** RE: Theranos Update

3

US-REPORTS-0007070

Hi Eric,

On Friday, Ian was going over design validation and found that several assays failed acceptance criteria but the validation still passed. The firm says they have an explanation but there is no documentation in the validation report that explains the deviations. Elizabeth says they are going to compile documents that explain the failures. The protocol is also deficient. Both the protocol and report lack control numbers so it may we may not be able to link the additional data they give us to what they have already provided. Unfortunately, we found these issues at the end of the day on Friday and I had to leave (bad timing!) so we couldn't discuss it further.

Ian will be bringing this up with his supervisors on Monday. If they ask for a recommendation if Ian should come back next week, I would say yes since he would be best suited to look at the data and is better able to evaluate validations. He'll determine on Monday if he needs to be back.

I'll be in the office Monday and plan to drive to Palo Alto Monday night.

Thanks,

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

---

**From:** Anderson, Eric W
**Sent:** Friday, August 28, 2015 11:34 AM
**To:** Singh, Seema
**Cc:** Hole, Mary
**Subject:** RE: Theranos Update

Thanks for the update Seema.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

**From:** Singh, Seema
**Sent:** Thursday, August 27, 2015 10:05 PM
**To:** Anderson, Eric W
**Cc:** Hole, Mary
**Subject:** Theranos Update

Hi Eric,

Just a brief update for today. We are covering design controls for the nanotainers. I have some issues with risk management and ambiguous/incomplete design requirements but the firm is looking into it. They may be able to provide the documents I need tomorrow, but we'll see. Ian is looking at the design validation. They still need to provide a lot more on this tomorrow.

Per the assignment we are also to look at design requirements for the TSUPs and TLAS. The firm says they are not currently manufacturing or using these devices. I'll probably have to look at this next week since the nanotainers are a priority. I'm not sure if Ian will be coming back next week.

Most everything else needs to be collected at the Newark location. I have been in contact with Mary and she knows to let me know if she requires additional documents she's not getting so we can try to facilitate it from our end in Palo Alto.

US-REPORTS-0007071

I'm planning to leave the firm around 2:30 pm tomorrow to drive back to Sacramento. We all might be taking an office day on Monday to sort things out, but we'll know more tomorrow.

Let me know if you have any questions.

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

US-REPORTS-0007072