# Exhibit 51

## Chavez, Sergio

| | |
|---|---|
| **From:** | Singh, Seema |
| **Sent:** | Wednesday, September 02, 2015 12:28 PM |
| **To:** | Chavez, Sergio; Anderson, Eric W |
| **Cc:** | Walburger, Matthew; Hole, Mary; Lum, Lawton W |
| **Subject:** | RE: Theranos Update |

Hi Sergio,

I need clarification on whether we are covering what we are supposed to be covering.

As I understand it:
- The Center is concerned with the nanotainer (aka CTN or Theranos Sample Collection Device (TSCD) devices.
- The Center informed the firm in 2013 that these are Class 2 devices
- The firm is currently cleared for the HSV-1 assay using these CTNs
- Per the Center, any other assays used with the CTNs would be CTNs that were used without 510(k)/PMA and should be communicated to the firm (do we have official Center concurrence on this so that we can put it on the 483 as opposed to a discussion item?)

The CEO told me that all branches operate under Theranos. This includes the Palo Alto R&D and design facility, the lab in Newark, the manufacturing in Newark and the lab in Arizona. The lab and manufacturing at the Newark location are operating under different quality systems. The samples collected at the collection sites and points (at Walgreens and physician offices) are collected by Theranos employees who report to the CLIA labs. Theranos is not distributing the CTNs to end users.

I am covering the design of the CTN at the Palo Alto facility. The firm is saying that the *design of the CTN was done under the LDT framework* which is why their design documents do not have QSR requirements. The CEO has the following comments:
1. Theranos reached out to FDA stating that they will be using CTN to collect patient samples
2. Under CFR 493.1253 and CFR 493.1254 a CLIA lab can develop equipment and systems under CLIA
3. Per FDA LDT guidance there is a transition period from LDT regs to QSR
4. FDA has not articulated a policy that they need to retroactively apply QSR.

**Does the firm have to conform to design controls if they originally designed the CTN under the LDT framework and we are saying that that they have a transition period? Also, if the CTNs are part of the LDT (equipment under CLIA) do we even have the authority to inspect? How are we separating the CTNs manufactured under LDTs and under QSR (why are we saying that the CTN devices specifically need clearance/why aren't they under LDTs?** This will ensure we are asking for the records for which we have authority. If you need additional information to respond, please let me know.

Thanks for your help Sergio.

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

**From:** Chavez, Sergio
**Sent:** Wednesday, September 02, 2015 10:05 AM
**To:** Anderson, Eric W
**Cc:** Walburger, Matthew; Singh, Seema; Hole, Mary; Lum, Lawton W
**Subject:** RE: Theranos Update

1

ATTACHMENT 1

Eric,

We need to get clarity on the CLIA and manufacturing operations first. It may be challenging if the same personnel operate both businesses, but we must ensure that we are asking for information/records that we are entitled to under the Act. From the conversations I heard last week (morning calls) the inspection team was not focusing on the device manufacturing operations or CDRH cleared device. Their main focus was on the CLIA testing and possible health concern from the limitations of those assays.

Let me know if there is more current inspection information.

Sergio Chavez, Compliance Officer
San Francisco District
1431 Harbor Bay Parkway
Alameda, CA 94502
(510) 337-6886
(510) 337-6703 fax

**From:** Anderson, Eric W
**Sent:** Tuesday, September 01, 2015 7:26 PM
**To:** Chavez, Sergio
**Cc:** Walburger, Matthew; Singh, Seema; Hole, Mary
**Subject:** FW: Theranos Update

Sergio-

Mary has had trouble with viewing complaint information at the firm. Apparently management claims that the "clinical labs" are its customers so that all complaints are filtered through the clinical lab and any the lab deems related to the nanotainer are only then sent to the Newark site. We are working on a few things to clarify the relationship between the lab and the nanotainer manufacturing site, but ultimately we think the firm is essentially refusing access to all complaints. Do you think there is an opportunity here for an inspection warrant to obtain complaint information? If so, would you be available to discuss tomorrow at any time (Mary and Seema will step out of their respective inspections for the discussion).

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

**From:** Anderson, Eric W
**Sent:** Tuesday, September 01, 2015 7:17 PM
**To:** Beck, Stayce E; Hole, Mary; Singh, Seema
**Cc:** Pilcher, Ian; Walburger, Matthew; Chan, Yung; Chavez, Sergio; Lum, Lawton W
**Subject:** RE: Theranos Update

Hi Stayce, Ian and Yung-

I apologize that I was not able to make the call this morning. I understand you collected some documents during the inspections, have some concerns regarding the firm's design validation and do not plan to return to the inspections. Seema, Mary and I had a discussion this evening and the investigators will be continuing the inspections of both the Palo Alto and Newark sites tomorrow to cover additional Quality System concerns related to the nanotainer. They are also working to identify responsibilities of each site and the routing of the nanotainer and

US-REPORTS-0007129

promotional material/labeling for collecting DOC samples to support any potential regulatory action based on the QS/lack of 510(k) findings.

If you identify significant findings from your review of the validation data and would like your concerns to appear on the FDA-483 issued at either site at the close of the inspection, please format observations regarding the observations and email them to Seema and Mary with supporting documentation for inclusion and discussion at the closeout; the investigators will contact you to clarify any questions prior to closeout and discuss if you would like to participate in the closeout discussion(s) by phone.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

---

**From:** Beck, Stayce E
**Sent:** Monday, August 31, 2015 7:53 AM
**To:** Hole, Mary; Singh, Seema; Anderson, Eric W
**Cc:** Pilcher, Ian; Walburger, Matthew; Chan, Yung; Chavez, Sergio; Lum, Lawton W
**Subject:** RE: Theranos Update

Hi Mary,
This one is just to go over the validation data that we collected, so I think it might be better if we have a chance to look at it first. We will definitely set up a call with the district in coming days.

Thanks,
Stayce

*Excellent customer service is important to us. Please take a moment to provide feedback regarding the customer service you have received:*
https://www.research.net/s/cdrhcustomerservice?O=500&D=530&B=533&E=&S=E

---

**From:** Hole, Mary
**Sent:** Monday, August 31, 2015 10:51 AM
**To:** Beck, Stayce E; Singh, Seema; Anderson, Eric W
**Cc:** Pilcher, Ian; Walburger, Matthew; Chan, Yung; Chavez, Sergio; Lum, Lawton W
**Subject:** RE: Theranos Update

Hi Stayce:

Is the district supposed to call in to your meeting too? If so do we use the same Meeting number as last week?

Thanks!

Best Regards,

Mary

---

**From:** Beck, Stayce E
**Sent:** Monday, August 31, 2015 7:47 AM
**To:** Hole, Mary; Singh, Seema; Anderson, Eric W

3

US-REPORTS-0007130

leave BD's world, and when I inspect BD, I only inspect what is in the "BD world" (BD does not claim the devices went to "BD sites" to be used). He, and Lisa Barclay (the ex-Chief of Staff for Margret Hamburg) initially told me I had no jurisdiction to see this log, but after I explained that I cannot do an effective job of assessing their complaint handling if parts of it starts out in a "fog", they relented and said that they will give me "a sample". When I pushed to see the entire log, they told me that it is thousands of complaints because it included such things as "late shipment" or "wrong quantity". He said that he would show me an example.

Anyway, I will see if I can get them to filter out complaints that have to do with nanotainers so I can just concentrate on those. I am taking an office day today to sort out my thoughts and documents. I will be going back to Newark tomorrow. I do not know if Stayce and/or Yung will be coming back out. I am sure they will let us know once they make that determination.

Best Regards,

Mary

Mary R. Hole, M.B.A.
Investigator / Consumer Safety Officer
U.S. Food and Drug Administration

*Duty Station:*
San Jose Resident Post
96 N. 3rd Street
San Jose, CA 95112
Ph: 408-291-7548 ext. 1119
Fax: 408-291-7228

*Tour of Duty:*
M-F 06:30 – 15:00 PST

---

**From:** Singh, Seema
**Sent:** Saturday, August 29, 2015 5:57 PM
**To:** Anderson, Eric W
**Cc:** Hole, Mary; Pilcher, Ian
**Subject:** RE: Theranos Update

Hi Eric,

On Friday, Ian was going over design validation and found that several assays failed acceptance criteria but the validation still passed. The firm says they have an explanation but there is no documentation in the validation report that explains the deviations. Elizabeth says they are going to compile documents that explain the failures. The protocol is also deficient. Both the protocol and report lack control numbers so it may we may not be able to link the additional data they give us to what they have already provided. Unfortunately, we found these issues at the end of the day on Friday and I had to leave (bad timing!) so we couldn't discuss it further.

Ian will be bringing this up with his supervisors on Monday. If they ask for a recommendation if Ian should come back next week, I would say yes since he would be best suited to look at the data and is better able to evaluate validations. He'll determine on Monday if he needs to be back.

5

I'll be in the office Monday and plan to drive to Palo Alto Monday night.

Thanks,

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

---

**From:** Anderson, Eric W
**Sent:** Friday, August 28, 2015 11:34 AM
**To:** Singh, Seema
**Cc:** Hole, Mary
**Subject:** RE: Theranos Update

Thanks for the update Seema.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

---

**From:** Singh, Seema
**Sent:** Thursday, August 27, 2015 10:05 PM
**To:** Anderson, Eric W
**Cc:** Hole, Mary
**Subject:** Theranos Update

Hi Eric,

Just a brief update for today. We are covering design controls for the nanotainers. I have some issues with risk management and ambiguous/incomplete design requirements but the firm is looking into it. They may be able to provide the documents I need tomorrow, but we'll see. Ian is looking at the design validation. They still need to provide a lot more on this tomorrow.

Per the assignment we are also to look at design requirements for the TSUPs and TLAS. The firm says they are not currently manufacturing or using these devices. I'll probably have to look at this next week since the nanotainers are a priority. I'm not sure if Ian will be coming back next week.

Most everything else needs to be collected at the Newark location. I have been in contact with Mary and she knows to let me know if she requires additional documents she's not getting so we can try to facilitate it from our end in Palo Alto.

I'm planning to leave the firm around 2:30 pm tomorrow to drive back to Sacramento. We all might be taking an office day on Monday to sort things out, but we'll know more tomorrow.

Let me know if you have any questions.

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

US-REPORTS-0007132