# Exhibit 52

# Chavez, Sergio

**From:** Hole, Mary
**Sent:** Monday, September 14, 2015 2:33 PM
**To:** Almogela, Darlene B
**Cc:** Lum, Lawton W; Chavez, Sergio
**Subject:** FW: Draft 483, Theranos, Palo Alto

Darlene:

FYI

Mary

**From:** Chan, Yung
**Sent:** Monday, September 14, 2015 2:31 PM
**To:** Singh, Seema
**Cc:** Elder, Ileana; Beck, Stayce E; Pilcher, Ian; Anderson, Eric W; Hole, Mary; Tjoe, Steven; Walburger, Matthew
**Subject:** RE: Draft 483, Theranos, Palo Alto

Hi Seema,

We agree with you that the Nanotainer or Capillary Nanotainer Tube (also known as Theranos Sample Collection Device) is a class II medical device and needs a 510k before distribution.

Thanks!
Yung


**From:** Singh, Seema
**Sent:** Monday, September 14, 2015 4:37 PM
**To:** Chan, Yung
**Cc:** Elder, Ileana; Beck, Stayce E; Pilcher, Ian; Anderson, Eric W
**Subject:** RE: Draft 483, Theranos, Palo Alto

You can offer suggestions but this remains the Investigators' observations so I cannot make changes unrelated to the observations. Please keep my supervisor Eric Anderson on the emails so he knows what's going on. ☺

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

**From:** Chan, Yung
**Sent:** Monday, September 14, 2015 1:30 PM
**To:** Singh, Seema
**Cc:** Elder, Ileana; Beck, Stayce E; Pilcher, Ian
**Subject:** RE: Draft 483, Theranos, Palo Alto

Thanks Seema.  Do you mind that we gave you some suggestions and make some edits to your 483?

Yung

1



ATTACHMENT 4

**From:** Singh, Seema
**Sent:** Monday, September 14, 2015 4:28 PM
**To:** Chan, Yung; Anderson, Eric W
**Cc:** Hole, Mary; Pilcher, Ian; Beck, Stayce E; Anderson, Eric W
**Subject:** RE: Draft 483, Theranos, Palo Alto

Thanks Yung,

I am planning to close out on Wednesday morning. Per my supervisor's instructions, I still need written concurrence from the Center to keep Observation 6 regarding registration and listing on the 483. Please provide this as soon as possible.

Eric, just a heads up, the firm will fight this saying they cannot possibly correct this observation because they cannot register and list as a class 2 device manufacturer without 510(k) clearance (they still don't seem to understand they need clearance before distribution).

Thank you.

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

**From:** Chan, Yung
**Sent:** Sunday, September 13, 2015 5:08 PM
**To:** Singh, Seema
**Cc:** Hole, Mary; Pilcher, Ian; Beck, Stayce E
**Subject:** RE: Draft 483, Theranos, Palo Alto
**Importance:** High

Hi Seema,

I think it'll be a waste of time and effort to argue with the company at this point so our team suggested that you close this out like what you would normally do. We've reviewed your draft 483 and they are very well written up and we support your observations.

Our Deputy Director said if the firm does not agree with the observation(s) they can say it in their response to the Agency and during the close out. The firm's strategy here is to argue every point. We need to move this inspection to closure.

Thanks for hanging in there!
Yung

**From:** Singh, Seema
**Sent:** Friday, September 11, 2015 3:29 PM
**To:** Anderson, Eric W; Hole, Mary
**Cc:** Pilcher, Ian; Walburger, Matthew; Chavez, Sergio; Chan, Yung
**Subject:** RE: Draft 483, Theranos, Palo Alto

Hi All,

Also they are challenging my observation "big time" that the Nanotainers have to be validated with *every* assay they offer. This will likely become a legal issue.

2

US-REPORTS-0007143

Sunny says that do validate the assays in the CLIA lab, but my point is they don't do this in their Nanotainer design validation. They are saying that other tube manufacturers do not have to validate their device with every assay that is out there, just a representative set, and that we are holding them to different standards than others.

They agree that the components of the tube can affect the assay but all assays do not need to be addressed in design validation because they are addressed in CLIA validation. I have not looked at any CLIA performance validations.

I referenced CLSI GP34-A which speaks to validation and verification of tubes. They are well aware of the guideline, but disagree the validation has to be done under design controls because it would "be impossible for a tube manufacturer to validate all assays"

Is there any merit to their argument? I copied Yung on this email since she helped author the guidance.

Sergio, do you have a compliance perspective on this? I just need to make sure my observation would be valid.

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

---

**From:** Anderson, Eric W
**Sent:** Friday, September 11, 2015 12:11 PM
**To:** Hole, Mary; Singh, Seema
**Cc:** Pilcher, Ian; Walburger, Matthew; Chavez, Sergio
**Subject:** RE: Draft 483, Theranos, Palo Alto

Thanks for the heads-up.  As long as your C/Rs are comprehensive we should be on solid ground with that challenge based on our jurisdictional reasoning.

Sergio, FYI.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

---

**From:** Hole, Mary
**Sent:** Friday, September 11, 2015 12:03 PM
**To:** Anderson, Eric W; Singh, Seema
**Cc:** Pilcher, Ian; Walburger, Matthew
**Subject:** RE: Draft 483, Theranos, Palo Alto

Hi again:

By the way, I forgot to mention that during one of my conversations with Sunny yesterday, he implied that they are going to make a legal challenge to our inspections. I guess I suspected as much with all the lawyers and paralegals involved, but that was the first time he actually came out and said it to me.

Best Regards,

Mary

**From:** Anderson, Eric W
**Sent:** Friday, September 11, 2015 11:59 AM

3

US-REPORTS-0007144

**To:** Hole, Mary; Singh, Seema
**Cc:** Pilcher, Ian; Walburger, Matthew
**Subject:** RE: Draft 483, Theranos, Palo Alto

Great, thanks Mary, just want to be sure – I don't want it to be an issue the firm can bring up. If the evidence is collected from the specific site it should be fine to make the observation.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

**From:** Hole, Mary
**Sent:** Friday, September 11, 2015 11:36 AM
**To:** Anderson, Eric W; Singh, Seema
**Cc:** Pilcher, Ian; Walburger, Matthew
**Subject:** RE: Draft 483, Theranos, Palo Alto

Hi Eric:

I think it makes sense that Seema's FDA-483 deals mainly with design controls as those are Palo Alto's responsibility. Newark's personnel are mainly engaged in Production and Process Controls, and CAPA, and also they are involved in shipping and receiving the uncleared devices in interstate; hence my FDA-483 (and Affidavits) deal mostly with these issues.

Best Regards,

Mary

Mary R. Hole, M.B.A.
Investigator / Consumer Safety Officer
U.S. Food and Drug Administration

*Duty Station:*
San Jose Resident Post
96 N. 3rd Street
San Jose, CA 95112
Ph: 408-291-7548 ext. 1119
Fax: 408-291-7228

*Tour of Duty:*
M-F 06:30 – 15:00 PST


**From:** Anderson, Eric W
**Sent:** Friday, September 11, 2015 11:05 AM
**To:** Singh, Seema
**Cc:** Pilcher, Ian; Hole, Mary
**Subject:** RE: Draft 483, Theranos, Palo Alto

4

US-REPORTS-0007145

One other thing I forgot to mention: make sure the responsibility for the issues addressed by each observation is at the correct site (Palo Alto or Newark).

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

---

**From:** Anderson, Eric W
**Sent:** Friday, September 11, 2015 11:02 AM
**To:** Singh, Seema
**Cc:** Pilcher, Ian; Hole, Mary
**Subject:** RE: Draft 483, Theranos, Palo Alto

Hi Seema-

Great job! I have attached a pdf version with my comments, mostly dealing with organization (structure and emphasis). I know I don't need to say this but as always make sure you have the evidence to back it all up and explain to the firm during close-out. If you want to discuss by phone let me know as soon as possible (I have two other 483s I'm going over with CSOs today and I am trying to schedule everything).

Ian, if you would like to participate in a phone discussion please let us know.

**Eric Anderson | Supervisory Investigator**
US Food and Drug Administration | San Francisco District
(510) 337-6752
eric.anderson@fda.hhs.gov
*Protecting and Promoting Public Health*

---

**From:** Singh, Seema
**Sent:** Friday, September 11, 2015 1:12 AM
**To:** Anderson, Eric W
**Cc:** Pilcher, Ian; Hole, Mary
**Subject:** Draft 483, Theranos, Palo Alto

Hi Eric,

Attached is the draft 483 for the Palo Alto facility. I'll be at the firm in the morning and hope to leave by midday, but we'll see. I will attempt to call you later in the day.

Ian, feel free to provide any further comments.

Thanks,

**Seema S. Singh, Investigator**
(916) 930-3674 ext. 1112

US-REPORTS-0007146