# Exhibit 54

| | |
|---|---|
| **To:** | Hojvat, Sally_A[Sally.Hojvat@fda.hhs.gov] |
| **Cc:** | Gutierrez, Alberto[Alberto.Gutierrez@fda.hhs.gov]; Woods, James L.[James.Woods@fda.hhs.gov]; Hobson, John (Peyton)[JOHN.HOBSON@fda.hhs.gov]; Scherf, Uwe[Uwe.Scherf@fda.hhs.gov]; Sunny Balwani[sbalwani@theranos.com] |
| **From:** | Elizabeth Holmes |
| **Sent:** | Wed 8/7/2013 5:29:39 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc |
| **Received:** | Wed 8/7/2013 5:29:00 PM |

Thanks for this Sally. You did tell us about the pre-submission mechanism when we met. We'll look forward to coordinating with Uwe.

With my best regards,
Elizabeth

---

**From:** Hojvat, Sally A [mailto:Sally.Hojvat@fda.hhs.gov]
**Sent:** Wednesday, August 07, 2013 1:14 AM
**To:** Elizabeth Holmes
**Cc:** Gutierrez, Alberto; Woods, James L.; Hobson, John (Peyton); Scherf, Uwe; Sunny Balwani
**Subject:** Re: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc

Dear Elizabeth, we are delighted that you will begin filing your devices through us. We do have a mechanism for reviewing your plans for filing and arranging a meeting (which we may have told you about when we last met) called a pre-submission . As I am on leave this week, I will leave the details of how to organize the meeting etc to my deputy Uwe Scherf. Regards, Sally

---

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Tuesday, August 06, 2013 07:10 PM Eastern Standard Time
**To:** Hojvat, Sally A
**Cc:** Gutierrez, Alberto; Woods, James L.; Hobson, John (Peyton); Scherf, Uwe; Sunny Balwani <sbalwani@theranos.com>
**Subject:** RE: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc

Dear Sally,

We are ready to begin the ongoing filings we want to do for every LDT we bring up in our CLIA lab. Please let us know if there is a time this month we could come to DC to follow up on our last meeting.

We would like to review our plans and proposed initial filing with you in detail.

We have worked to follow the path we discussed in our last meeting, preparing for our filings around starting with a single assay or panel of assay types (influenza assays) on our system and following with additional sets of assays from there.

Please let us know if there is information that would be of value to share in anticipation of the meeting.

We are looking forward to it.

With my best regards,
Elizabeth


Elizabeth Holmes
CEO
Theranos, Inc.

Tel: 650.470.6111
Fax: 650.838.9804

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0947247

**From:** Hojvat, Sally A [mailto:Sally.Hojvat@fda.hhs.gov]
**Sent:** Friday, November 16, 2012 7:52 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Gutierrez, Alberto; Woods, James L.; Hobson, John (Peyton); Scherf, Uwe
**Subject:** Re: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc

Yes the minutes are confidential. Sally

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Friday, November 16, 2012 10:45 PM
**To:** Hojvat, Sally A; Sunny Balwani <sbalwani@theranos.com>
**Cc:** Gutierrez, Alberto; Woods, James L.; Hobson, John (Peyton); Scherf, Uwe; Sunny Balwani <sbalwani@theranos.com>
**Subject:** RE: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc

Dear Sally,

Thank you for this email.

We do have comments on the minutes which we can send to you - we assume these minutes are confidential and will not be accessible outside of FDA.

We too are looking forward to working interactively with you in preparation for the commercialization of our devices as we had the opportunity to discuss in our meeting together.

With my best regards,
Elizabeth

-----Original Message-----
From: Hojvat, Sally A [mailto:Sally.Hojvat@fda.hhs.gov]
Sent: Friday, November 16, 2012 11:10 AM
To: Elizabeth Holmes; Sunny Balwani
Cc: Gutierrez, Alberto; Woods, James L.; Hobson, John (Peyton); Hojvat, Sally A; Scherf, Uwe
Subject: FW: Emailing: Oct_16_2012_Theranos_Meeting_Minutes.doc
Importance: High


Dear Elizabeth,

Thank you for meeting with us at our White Oak Campus on October 16th.

Please find attached our meeting minutes that summarize the issues that were raised and discussed at that time.

If you have any additional questions or comments on the minutes ,please feel free to contact us.

If not, we look forward to working interactively with you and your staff to bring the commercialization of your device(s) within FDA regulatory compliance.


Best Regards,

Sally


Sally A. Hojvat PhD

Director, Division of Microbiology Devices Office of In-vitro Diagnostics and Radiological Health CDRH/FDA/HHS
Tel: 301-796-5455

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0947249