# Exhibit 55

**To:** Yung Chan (yung.chan@fda.hhs.gov)[yung.chan@fda.hhs.gov]
**Cc:** Elizabeth Holmes[eholmes@theranos.com]; Hojvat, Sally A[Sally.Hojvat@fda.hhs.gov]; Hobson, John (Peyton)[JOHN.HOBSON@fda.hhs.gov]
**From:** Brad Arington
**Sent:** Tue 1/21/2014 7:43:54 PM
**Importance:** Normal
**Subject:** Theranos Pre-Submission for its Capillary Tubes and Nanotainers
**Received:** Tue 1/21/2014 7:43:56 PM
001_Theranos Confidential PreSub Request for Capillary Tubes and Nanotainers.pdf

Ms. Chan:

We have attached for your convenience a copy of Theranos' Pre-Submission for its Capillary Tubes and Nanotainers, which are designed for use with analytical systems including Theranos' automated sample processing and analysis system.  You should be receiving a disc with an eCopy and two paper copies of this Pre-Submission through the Document Mail Center tomorrow.

Please note that we are submitting this Pre-Submission to you pursuant to feedback from Sally Hojvat's group in the Division of Microbiology Devices, who reviewed a previous Pre-Submission (Q131199) related to our influenza assays and the Theranos System.

We look forward to working with you on this filing.

Best regards,

Brad Arington
Theranos, Inc.
Senior Regulatory Counsel
Direct: (650) 856-7304
Cell: (650) 683-0233

This email and any attachments thereto may contain private, confidential, and privileged material for the sole use of the intended recipient.  Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

# theran◉s

Attn: Yung Chan
Division of Chemistry & Toxicology Devices
Mail Stop: HFZ-440
U.S. Food and Drug Administration
Center for Devices and Radiological Health Pre-Sub Document Mail Center – WO66-G609
10903 New Hampshire Avenue
Silver Spring, MD 20993

January 21, 2014

**Re: Pre-Submission for 510(k) Requesting Pre-Submission Meeting Related to Theranos'
Capillary Tubes and Nanotainers**

Dear Ms. Chan:

Please find herewith a Pre-Submission for Theranos Inc.'s blood collection capillaries
("**Capillary Tubes**") and storage and transport tubes ("**Nanotainers**") that are capable of
collecting, preserving, and transporting whole blood capillary samples. The Capillary Tubes and
Nanotainers are designed for use with analytical systems including Theranos' automated sample
processing and analysis system (the "**Theranos System**"). We are submitting this Pre-
Submission to you pursuant to feedback from Sally Hojvat's group in the Division of
Microbiology Devices, who reviewed our previous Pre-Submission (Q131199) related to our
influenza assays and the Theranos System.

We are requesting that this meeting be held via conference call. Sunny Balwani (Theranos' COO
and President), Brad Arington (Theranos' Senior Regulatory Counsel) and I will attend. There
may be others from Theranos that will attend as well. We will provide you a complete attendee
list closer to the time of the meeting. As always, we can make ourselves available to meet at any
time that is convenient for you. Please feel free to provide us with dates that are convenient and
we will work to make them happen on our end.

Enclosed please find two (2) paper copies of this Pre-Submission Meeting request and one (1)
eCopy. The eCopy is an exact duplicate of the paper copy.

We look forward to the opportunity to continue building a long term relationship with the FDA
and to working with you on this filing.

With my best regards,

Elizabeth Holmes, CEO
Theranos, Inc.
650-470-6111
eholmes@theranos.com

cc: Sally Hojvat, Director, Division of Microbiology Devices
    John (Peyton) Hobson, Division of Microbiology Devices

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER
THE FREEDOM OF INFORMATION ACT

DEPARTMENT OF HEALTH AND HUMAN SERVICES
**FOOD AND DRUG ADMINISTRATION**
**CDRH PREMARKET REVIEW SUBMISSION COVER SHEET**

Form Approval
OMB No. 0910-0120
Expiration Date: December 31, 2013
See PRA Statement on page 5.

| Date of Submission | User Fee Payment ID Number | FDA Submission Document Number (if known) |
|---|---|---|
| 01/21/2014 | | |

## SECTION A — TYPE OF SUBMISSION

| PMA | PMA & HDE Supplement | PDP | 510(k) | Request for Feedback |
|---|---|---|---|---|
| ☐ Original Submission | ☐ Regular (180 day) | ☐ Original PDP | ☐ Original Submission: | ☒ Pre-Submission |
| ☐ Premarket Report | ☐ Special | ☐ Notice of Completion | ☐ Traditional | ☐ Informational Meeting |
| ☐ Modular Submission | ☐ Panel Track (PMA Only) | ☐ Amendment to PDP | ☐ Special | ☐ Submision Issue Meeting |
| ☐ Amendment | ☐ 30-day Supplement | | ☐ Abbreviated (Complete section I, Page 5) | ☐ Day 100 Meeting |
| ☐ Report | ☐ 30-day Notice | | | ☐ Agreement Meeting |
| ☐ Report Amendment | ☐ 135-day Supplement | | ☐ Additional Information | ☐ Determination Meeting |
| ☐ Licensing Agreement | ☐ Real-time Review | | ☐ Third Party | ☐ Study Risk Determination |
| | ☐ Amendment to PMA & HDE Supplement | | | ☐ Other (specify): |
| | ☐ Other | | | |

| IDE | Humanitarian Device Exemption (HDE) | Class II Exemption Petition | Evaluation of Automatic Class III Designation (De Novo) | Other Submission |
|---|---|---|---|---|
| ☐ Original Submission | ☐ Original Submission | ☐ Original Submission | ☐ Original Submission | ☐ 513(g) |
| ☐ Amendment | ☐ Amendment | ☐ Additional Information | ☐ Additional Information | ☐ Other (describe submission): |
| ☐ Supplement | ☐ Supplement | | | |
| | ☐ Report | | | |
| | ☐ Report Amendment | | | |

Have you used or cited Standards in your submission?   ☐ Yes   ☐ No   (If Yes, please complete Section I, Page 5)

## SECTION B — SUBMITTER, APPLICANT OR SPONSOR

| Company / Institution Name | Establishment Registration Number (if known) |
|---|---|
| Theranos, Inc. | Owner/Operator # 10041002 |

| Division Name (if applicable) | Phone Number (including area code) |
|---|---|
| | 650-856-7304 |

| Street Address | FAX Number (including area code) |
|---|---|
| 1601 S. California Avenue | |

| City | State / Province | ZIP/Postal Code | Country |
|---|---|---|---|
| Palo Alto | California | 94304 | USA |

| Contact Name |
|---|
| Brad Arington |

| Contact Title | Contact E-mail Address |
|---|---|
| Senior Regulatory Counsel | barington@theranos.com |

## SECTION C — APPLICATION CORRESPONDENT (e.g., consultant, if different from above)

| Company / Institution Name | |
|---|---|
| | |

| Division Name (if applicable) | Phone Number (including area code) |
|---|---|
| | |

| Street Address | FAX Number (including area code) |
|---|---|
| | |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| | | | |

| Contact Name |
|---|
| |

| Contact Title | Contact E-mail Address |
|---|---|
| | |

**FORM FDA 3514 (1/13)**

Page 1 of 5 Pages

PSC Publishing Services (301) 443-6740    EF

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

| SECTION D1 | REASON FOR APPLICATION - PMA, PDP, OR HDE | |
|---|---|---|

- ☐ New Device
- ☐ Withdrawal
- ☐ Additional or Expanded Indications
- ☐ Request for Extension
- ☐ Post-approval Study Protocol
- ☐ Request for Applicant Hold
- ☐ Request for Removal of Applicant Hold
- ☐ Request to Remove or Add Manufacturing Site

- ☐ Process change:
  - ☐ Manufacturing  ☐ Packaging
  - ☐ Sterilization
  - ☐ Other (specify below)

- ☐ Response to FDA correspondence

- ☐ Change in design, component, or specification:
  - ☐ Software / Hardware
  - ☐ Color Additive
  - ☐ Material
  - ☐ Specifications
  - ☐ Other (specify below)

- ☐ Labeling change:
  - ☐ Indications
  - ☐ Instructions
  - ☐ Performance Characteristics
  - ☐ Shelf Life
  - ☐ Trade Name
  - ☐ Other (specify below)

- ☐ Location change:
  - ☐ Manufacturer
  - ☐ Sterilizer
  - ☐ Packager

- ☐ Report Submission:
  - ☐ Annual or Periodic
  - ☐ Post-approval Study
  - ☐ Adverse Reaction
  - ☐ Device Defect
  - ☐ Amendment

- ☐ Change in Ownership
- ☐ Change in Correspondent
- ☐ Change of Applicant Address

☐ Other Reason (specify):

| SECTION D2 | REASON FOR APPLICATION - IDE | |
|---|---|---|

- ☐ New Device
- ☐ New Indication
- ☐ Addition of Institution
- ☐ Expansion / Extension of Study
- ☐ IRB Certification
- ☐ Termination of Study
- ☐ Withdrawal of Application
- ☐ Unanticipated Adverse Effect
- ☐ Notification of Emergency Use
- ☐ Compassionate Use Request
- ☐ Treatment IDE
- ☐ Continued Access

- ☐ Change in:
  - ☐ Correspondent / Applicant
  - ☐ Design / Device
  - ☐ Informed Consent
  - ☐ Manufacturer
  - ☐ Manufacturing Process
  - ☐ Protocol - Feasibility
  - ☐ Protocol - Other
  - ☐ Sponsor

- ☐ Report submission:
  - ☐ Current Investigator
  - ☐ Annual Progress Report
  - ☐ Site Waiver Report
  - ☐ Final

- ☐ Response to FDA Letter Concerning:
  - ☐ Conditional Approval
  - ☐ Deemed Approved
  - ☐ Deficient Final Report
  - ☐ Deficient Progress Report
  - ☐ Deficient Investigator Report
  - ☐ Disapproval
  - ☐ Request Extension of Time to Respond to FDA
  - ☐ Request Meeting
  - ☐ Request Hearing

☐ Other Reason (specify):

| SECTION D3 | REASON FOR SUBMISSION - 510(k) | |
|---|---|---|

- ☐ New Device
- ☐ Additional or Expanded Indications
- ☐ Change in Technology

- ☒ Other Reason (specify):
  - Pre-Submission

**FORM FDA 3514 (1/13)**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961168

| SECTION E | ADDITIONAL INFORMATION ON 510(K) SUBMISSIONS | | |
|---|---|---|---|

Product codes of devices to which substantial equivalence is claimed

| 1 JKA | 2 | 3 | 4 |
|---|---|---|---|
| 5 | 6 | 7 | 8 |

Summary of, or statement concerning, safety and effectiveness information

☐ 510 (k) summary attached
☐ 510 (k) statement

Information on devices to which substantial equivalence is claimed *(if known)*

| | 510(k) Number | | Trade or Proprietary or Model Name | | Manufacturer |
|---|---|---|---|---|---|
| 1 | K983517 | 1 | Safe-T-Fill Capillary Blood Collection System | 1 | Ram Scientific |
| 2 | | 2 | | 2 | |
| 3 | | 3 | | 3 | |
| 4 | | 4 | | 4 | |
| 5 | | 5 | | 5 | |
| 6 | | 6 | | 6 | |

| SECTION F | PRODUCT INFORMATION - APPLICATION TO ALL APPLICATIONS |
|---|---|

Common or usual name or classification name

Capillary blood tubes and specimen storage and transport containers

| | Trade or Proprietary or Model Name for This Device | | Model Number |
|---|---|---|---|
| 1 | Theranos Capillary Tubes | 1 | NA |
| 2 | Theranos Nanotainers(TM) | 2 | NA |
| 3 | | 3 | |
| 4 | | 4 | |
| 5 | | 5 | |

FDA document numbers of all prior related submissions *(regardless of outcome)*

| 1 Q131148 | 2 Q131199 | 3 Q131542 | 4 Q131664 | 5 | 6 |
|---|---|---|---|---|---|
| 7 | 8 | 9 | 10 | 11 | 12 |

Data Included in Submission

☐ Laboratory Testing    ☐ Animal Trials    ☐ Human Trials

| SECTION G | PRODUCT CLASSIFICATION - APPLICATION TO ALL APPLICATIONS |
|---|---|

| Product Code | C.F.R. Section *(if applicable)* | Device Class |
|---|---|---|
| GIO and KDT | 21 CFR 864.6150 and 21 CFR 864.3250 | ☒ Class I    ☐ Class II |

| Classification Panel | |
|---|---|
| Hematology and Pathology | ☐ Class III    ☐ Unclassified |

Indications *(from labeling)*
TBD

FORM FDA 3514 (1/13)                                                         Page 3 of 5 Pages

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961169

| | FDA Document Number *(if known)* |
|---|---|

*Note:* Submission of the information entered in Section H does not affect the need to submit device establishment registration.

## SECTION H   MANUFACTURING / PACKAGING / STERILIZATION SITES RELATING TO A SUBMISSION

| ☒ Original    Facility Establishment Identifier (FEI) Number | ☒ Manufacturer         ☐ Contract Sterilizer |
|---|---|
| ☐ Add    ☐ Delete    3006231732 | ☐ Contract Manufacturer    ☐ Repackager / Relabeler |
| **Company / Institution Name** | **Establishment Registration Number** |
| Theranos, Inc | 3006231732 |
| **Division Name** *(if applicable)* | **Phone Number** *(including area code)* |
| Newark Facility | (650) 856-7304 |
| **Street Address** | **FAX Number** *(including area code)* |
| 7333 Gateway Blvd. | |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| Newark | CA | 94560 | USA |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| Brad Arington | Senior Regulatory Counsel | barington@theranos.com |

| ☒ Original    Facility Establishment Identifier (FEI) Number | ☐ Manufacturer         ☐ Contract Sterilizer |
|---|---|
| ☐ Add    ☐ Delete    3010479366 | ☐ Contract Manufacturer    ☐ Repackager / Relabeler |
| **Company / Institution Name** | **Establishment Registration Number** |
| Theranos, Inc | 3010479366 |
| **Division Name** *(if applicable)* | **Phone Number** *(including area code)* |
| Palo Alto Facility | (650) 856-7304 |
| **Street Address** | **FAX Number** *(including area code)* |
| 1601 S. California Ave. | |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| Palo Alto | CA | 94304 | USA |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| Brad Arington | Senior Regulatory Counsel | barington@theranos.com |

| ☐ Original    Facility Establishment Identifier (FEI) Number | ☐ Manufacturer         ☐ Contract Sterilizer |
|---|---|
| ☐ Add    ☐ Delete | ☐ Contract Manufacturer    ☐ Repackager / Relabeler |
| **Company / Institution Name** | **Establishment Registration Number** |
| | |
| **Division Name** *(if applicable)* | **Phone Number** *(including area code)* |
| | |
| **Street Address** | **FAX Number** *(including area code)* |
| | |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|
| | | | |

| Contact Name | Contact Title | Contact E-mail Address |
|---|---|---|
| | | |

| FORM FDA 3514 (1/13) | Add Continuation Page    Page 4 of 5 Pages |
|---|---|

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961170

**SECTION I**          **UTILIZATION OF STANDARDS**

Note: Complete this section if your application or submission cites standards or includes a *"Declaration of Conformity to a Recognized Standard"* statement.

| | Standards No. | Standards Organization | Standards Title | Version | Date |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

**Please include any additional standards to be cited on a separate page.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.
**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 0.5 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
1350 Piccard Drive, Room 400
Rockville, MD 20850

*An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.*

**FORM FDA 3514 (1/13)**         Page 5 of 5 Pages

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## Introduction

This document is a 510(k) Pre-Submission for Theranos, Inc.'s blood collection capillaries ("*Capillary Tubes*") and storage and transport tubes ("*Nanotainers*") that are capable of collecting, preserving, and transporting whole blood capillary samples. These devices are designed for use with analytical systems including Theranos' automated sample processing and analysis system (the "*Theranos System*"). As described in prior Pre-Submissions (Q131199, Q131542, and Q131664), the Theranos System is composed of Theranos' Sample Processing Units ("*TSPUs*") and Theranos' Laboratory Automation System ("*TLAS*"). This Pre-Submission describes the use of the Capillary Tubes and Nanotainers for the collection, storage and transport of whole blood capillary samples for use with analytical systems including the Theranos System. A single 510(k) is planned for submission to cover both the Capillary Tubes and Nanotainers.

## Device Description

### Theranos Capillary Blood Collection

Samples for use in the TSPU may be collected by any of the many marketed blood collection capillaries and tubes capable of preserving and transporting whole blood.

Because the sample required for use in the Theranos System is very small and commercially available blood collection tubes require human processing (e.g. manual mixing, human participation in filling) that can increase variability in test results, and additionally are sized for larger samples such that the collection into the larger capillary tubes can increase variability in test results (too much anticoagulant, too much air exposure, etc.), Theranos has designed and developed the Capillary Tubes and Nanotainers to collect, preserve, and transport very small samples for processing in the Theranos System. Such samples may alternatively be run on other commercially available analytical systems.

The Capillary Tubes are composed of two capillary tubes, fabricated in medical grade PETG. The housing container around the blood capillary tubes is fabricated in Polypropylene and contains two needles for interfacing with the Nanotainers.

The Nanotainers are fabricated in medical grade Polypropylene. A dedicated Nanotainer is used to transport blood from each capillary. The two Nanotainers are encapsulated together in a Polypropylene holder for ease of handling.

Different analytic tests may be designed to be run or compatible with one or more anticoagulants. Thus, there can be three different Capillary Tube configurations (for different anti-coagulant combinations) to accommodate a wide variety of tests that may be ordered for a given subject. The appropriate configuration is provided based on the test(s) that are ordered to be run on a given sample. The three Capillary Tube configurations are as follows:

1

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961172

1. One capillary is coated with Lithium-Heparin (Li-Hep) anti-coagulant and the other is coated with $K_2$-EDTA anti-coagulant, which are intended to preserve the specimen during transport and/or storage.
2. Both capillaries are coated with Lithium-Heparin (Li-Hep) anti-coagulant which is intended to preserve the specimen during transport and/or storage.
3. Both capillaries are coated with $K_2$-EDTA anti-coagulant which is intended to preserve the specimen during transport and/or storage.

For all three configurations there are no anti-coagulants in the Nanotainers. The Nanotainer walls are only coated with a siliconising fluid (SurfaSil).

There can be two Nanotainer configurations to accommodate sample processing at the Theranos Patient Service Center ("**TPSC**") or alternatively at the Theranos CLIA laboratory, as detailed below. The appropriate configuration is provided based on the use case:

1. Configuration A - Sample processing at the TPSC:
    a. In this configuration of the Nanotainers, there is no gel in either the Li-Hep or EDTA Nanotainer vessels. The Nanotainers are inserted into a cartridge and processed in the TSPU within 30 minutes of sample collection.
2. Configuration B - Shipping of sample for processing at Theranos CLIA laboratory:
    a. In this configuration of the Nanotainers, a gel (polydimethylsiloxane, 50uL) is preloaded in the Li-Hep Nanotainer vessel. Nanotainers for EDTA samples do not have gel. The Nanotainers with gel can be centrifuged before shipping (2100g, 6min) for sample stabilization purposes, wherein the plasma in the Li-Hep Nanotainer will rise and the gel will form a stable barrier between the plasma and the packed cells. The Nanotainers are maintained between 0-8° C until processed.

In the 510(k) submission, validation will be included for all configurations of the Capillary Tubes and Nanotainers, as follows:

1) $K_2$-EDTA/Li-Hep capillaries without gel in either Nanotainer
2) $K_2$-EDTA/Li-Hep capillaries without gel in the EDTA Nanotainer and with gel in the Li-Hep Nanotainer
3) $K_2$-EDTA/ $K_2$-EDTA capillaries without gel in either Nanotainer
4) Li-Hep/Li-Hep capillaries without gel in either Nanotainer
5) Li-Hep/Li-Hep capillaries with gel in both Nanotainers

Depending on the test(s) ordered, one or more of these configurations may be used to collect sample(s) from a subject.

*Capillary Tubes*

Theranos Blood Capillary Tubes consist of two separate blood capillaries, each one coated with Lithium Heparin or $K_2$-EDTA as in the configurations described above. As referenced

2

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961173



Figure 1.  Theranos Blood Capillary Tubes with housing.

above, the two capillaries are fabricated in PETG. The blood sample is drawn into the capillaries by capillary pressure.  The capillaries are surrounded by an external housing, made out of Polypropylene.  The housing serves as the interface between the Capillary Tubes and the Nanotainers (described in the "Operation" section below).

*Nanotainers*



Figure 2.  Theranos Nanotainers.

Theranos Nanotainers (Figure 2) are general purpose sample transport containers which are designed to collect 80uL of blood.  The Nanotainers are capped with an air-tight plug fabricated in Black Santoprene.  Plugs (Dynaflex thermoplastic elastomer) internal to the Nanotainers act as plungers during sample collection and as air-tight barriers in the bottom of the Nanotainers.

3

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961174

If the Nanotainers are to be transported back to the CLIA laboratory, the Nanotainers are placed into self-refrigerated boxes that are stored in a standard sample shipping box.

*Operation*

In capillary collection, the blood is obtained by means of a standard, commercially available lancet, which is not part of this device. An appropriately state-licensed sample collection technician performs the standard fingerstick puncture on a patient as further described below in the "Description of How the Devices are Planned to be Used in a Real-Life Setting".

The Capillary Tubes are placed in contact with the blood drop, and the sample is drawn into each of the Capillary Tubes by capillary force.

Blood collection is continued until both capillaries are completely filled, as further highlighted by the indicator window at the end of the capillaries.

The patient's finger is cleaned and a bandage is applied.

The Nanotainers are pushed in the direction of the Blood Capillary Tubes as shown in Figure 3 below, causing the needle to displace the Dynaflex plungers, which results in blood being drawn into the Nanotainers. The displacement of the plunger in the Nanotainer will lead to 80uL of whole blood being drawn into each Nanotainer.

The sample transfer is complete when the Nanotainers are pushed all the way (Figure 3b, Middle), which results in the contents of each capillary being transferred into a dedicated, sealed Nanotainer, which is then used to transport the specimen.

4

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER
THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961175

At this point, the Nanotainers are pulled out from the housing in the Blood Capillary Tubes (Figure 3c, Bottom), and are ready to be placed into a cartridge for sample processing inside a TSPU, or inserted into a shipping tray for transport to the Theranos CLIA laboratory.



Figure 3.  Theranos Capillary Tubes and Nanotainers operation

*Listing*

Both the Capillary Tubes and the Nanotainers are described in FDA's regulations:

■ A capillary tube, which is described in 21 CFR 864.6150, is a device consisting of a glass tube of very small diameter used to collect blood by capillary action.  The device is classified in Class I (general controls) and exempt from premarket notification.  The classification code is GIO.  Note that in accordance with the Joint NIOSH, OSHA, FDA Safety Advisory of 1999, capillary tubes under this regulation are no longer made of glass.  As referenced above, the two capillaries in the Theranos device are fabricated in PETG.

■ A specimen transport and storage container, which is described in 21 CFR 864.3250, is a device intended to collect a biological specimen so that it can be used for diagnostic

5

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

evaluation. A specimen transport and storage container may contain a fixative solution or other general purpose reagent to preserve the condition of the specimen added to the container. The device is classified in Class I (general controls). The classification code for the Theranos container is KDT.

Theranos has registered and listed the Blood Capillary Tubes and Nanotainers under the above classifications, respectively.

As background and as further delineated in the section below, neither the Nanotainers nor the Blood Capillary Tubes are designed for the purpose of separation of serum and non-serum components. Serum separation requires a clotting activator and certain processing requirements which are not performed by the Capillary Tubes and Nanotainers. The Capillary Tubes and Nanotainers s are instead used for collection and transport to a processing unit. Therefore, the devices do not fit the description of a Blood Specimen Collection Device, 21 CFR 862.1675, which is intended for medical purposes to collect and handle blood specimens and to separate serum from non-serum components prior to testing.

Certain samples shipped to Theranos' CLIA laboratory are capable of undergoing a centrifugation step at the TPSC for sample stabilization purposes while in the Nanotainer (see Configuration B on page 2 above). Such samples undergo further processing and analysis at Theranos CLIA laboratory.

Samples processed at the TPSC (see Configuration A on page 2 above) may undergo a centrifugation step for plasma separation once transferred inside the TSPU, as further described in the following section.

**Inside the TSPU: Centrifuge Vessels for Separating Plasma and Non-Plasma components**

For informational purposes, this section describes how plasma is separated for samples processed in the TSPU. Separation of the plasma from non-plasma components is designed to occur in the TSPU at the TPSC. Centrifuge vessels are used for separation processes in the TSPU. There are two types of centrifuge vessels within the TSPU – the Low Volume Centrifuge vessel (Figure 4, Left) has a capacity of 80uL, and the High Volume Centrifuge vessel (Figure 4, Right) has a capacity of 160uL in order to facilitate sample processing. The Low Volume Centrifuge vessel is fabricated out of Polystyrene to obtain good optical clarity. The High Volume Centrifuge vessel is fabricated out of Polypropylene, and is used for separation of larger fluid volumes.



Figure 4. Theranos Centrifuge Vessels

6

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961177

## Elements of Intended Use

Theranos Capillary Tubes and Nanotainers are single use capillary tubes and vessels, respectively, used to obtain capillary blood specimens for analytical testing. Theranos Capillary Tubes and Nanotainers are used in settings where small capillary blood samples are collected by trained, certified, and appropriately state-licensed healthcare workers in appropriately licensed sample collection locations.

- Predicate device: Ram Scientific SAFE-T-FILL® (K983517); November 12, 1998[1]

The SAFE-T-FILL Capillary Blood Collection System is indicated for the drawing of blood via capillary action from a finger or heelstick to be placed in a microtube for the purposes of obtaining a blood sample for testing.

Similarities and differences between the candidate device and the predicate device:

| Characteristics | Theranos Capillary Tubes and Nanotainers | Ram Scientific SAFE-T-FILL® |
|---|---|---|
| Intended use | Single use capillary tubes and vessels used to obtain capillary blood specimens for analytical testing | Same |
| Combination capillary tube and vessel | Yes | Same |
| Anticoagulants | Heparin and/or EDTA configurations | Heparin or EDTA configurations |
| Gel for plasma separation | Optional | Same |
| All plastic components | Yes | Same |
| Used to collect, anticoagulate and store skin puncture blood specimens | Yes | Same |
| Analytical determinations | Hematology, chemistry, and molecular | Hematology and chemistry |
| Draw volume | 160uL | 125uL, 150uL, and 200uL |
| Preassembled | Yes | Same |
| Sterile | No | Same |

---

[1] Note that Ram Scientific apparently has not listed this device under the K983517 clearance, but has listed two Class I devices with these functions:  the Safe-T-Fill capillary blood collection tube under 21 CFR 864.6150 with product code GIO and the Safe-T-Fill specimen mailer and storage container under 21 CFR 864.3250 with product code KDT. There are no other collection or container devices listed under Ram Scientific's establishment registration.

7

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961178

As referenced above, one 510(k) will be submitted covering both the Capillary Tubes and Nanotainers. Note that the Capillary Tubes and Nanotainers also will be used to collect samples in connection with the assays that will be submitted for use with the Theranos System pursuant to the prior Pre-Submissions referenced in the "Introduction" above and the applicable pre-market 510(k) submissions, in addition to subsequent submissions pursuant to the plan provided to FDA as described in the "Previous Discussions or Submissions" section below.

### Description of How the Devices are Planned to be Used in a Real-Life Setting

1. A Theranos CLIA laboratory-certified or otherwise state-certified technician in a TSPC or other collection site cleans the puncture site with an antiseptic wipe (e.g., 70% aqueous solution of isopropanol), allows the antiseptic to air dry, and then pierces the patient's finger using a commercially available lancet.
2. The Capillary Tubes, which consist of two tubes with anticoagulant coatings are placed in contact with the blood drop and the sample is drawn into the tubes.
3. The Nanotainer is contained in the same housing as the Capillary Tubes to transfer the sample to the Nanotainer and then removed from the tubes.
4. Samples collected by Theranos technicians may be processed at the TSPC or mailed to Theranos' CLIA lab in the Nanotainer. Samples collected at non-Theranos sites by state-certified technicians are mailed to a Theranos CLIA laboratory for processing and further analysis.
   a. Samples processed at the TSPC are placed in the TSPU for sample processing and subsequent analysis of the signals generated by the TSPU by the TLAS at Theranos' CLIA laboratory.
   b. Samples that are shipped to Theranos' CLIA laboratory may undergo a centrifugation step at the TPSC while in the Nanotainer depending on the ordered test.

8

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961179

## Risk Analysis

Theranos Capillary Tubes and Nanotainers are single use capillary tubes and vessels, respectively, used to obtain capillary blood specimens for analytical testing. Theranos Capillary Tubes and Nanotainers are used in settings where small capillary blood samples are collected by trained, certified, and appropriately state-licensed healthcare workers in appropriately licensed sample collection locations.  There is no risk to subjects during the sample collection process.  Any errors in the collection process, such as hemolysis or short fills, are identified by the trained, certified, and appropriately state-licensed healthcare workers.  Other possible pre-analytical problems, such a clotted samples or incomplete plasma separation, are identified during subsequent analytical procedures.  Errors in sample collection could require a redraw and corresponding delays in test results. Normal analytical test results do not rule out adverse medical conditions and should not be used as the only basis for diagnosis or treatment.  Additional patient risk factors such as the patient age and medical history should be considered for the basis of treatment.

## Device Manufacturing and Materials

Manufacturing and production are performed in accordance with the Quality System Regulations, following the Theranos Quality System, which is drafted and implemented for compliance with the applicable Code of Federal Regulations ("*CFR*") provisions.

9

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961180

**Proposed Study Design(s), Predicate, and Analytical and Pre-Clinical Performance**

Analytical performance:

a. *Precision/Reproducibility:*
   Not applicable.

b. *Linearity/assay reportable range:*
   Not applicable.

c. *Traceability, Stability, Expected values (controls, calibrators, or methods):*

All five Theranos Capillary Tubes and Nanotainer configurations will be tested.

Real Time stability testing of Theranos Capillary Tubes and Nanotainers is ongoing to show stability for >3 months when stored at 4° to 25° C. Performance will be evaluated by assessing any change in the rate of sample hemolysis and clotting.

To demonstrate analyte stability in Theranos Capillary Tubes and Nanotainers at 0-8° C, analyte stability studies will be performed at 0 hrs and 36 hrs after collecting blood into Theranos Capillary Tubes and Nanotainers and the predicate capillary collection tubes. Trained, certified, and appropriately state-licensed healthcare workers will collect the samples. Studies are summarized below:

1) Internal Study: For each analytical measurement, 50 adults will be enrolled and tested at the Theranos testing site. The subjects will be apparently healthy, except for a subset of subjects intended to be tested for HIV-1 and HCV.
2) For quantitative tests, mean biases and 95% confidence limits for time 0 and 36 hour comparisons will be calculated. Mean bias for each quantitative test should not exceed the total allowable error (TEa). Total allowable error (TEa) is obtained from CLIA proficiency testing criteria for acceptable analytical performance, as published in the Federal Register February 28, 1992;57(40):7002-186. If such criteria are not available for a particular analyte, then Tea is obtained from American Proficiency Institute (API) peer proficiency testing criteria. If the mean bias and 95% limits were within the CAL, then the results meet the requirement for equivalence.
3) For qualitative tests, positive and negative percent agreement and 95% confidence limits for time 0 and 24 hours comparisons will be calculated. If the mean values and 95% limits are greater than 80%, then the results meet the requirement for equivalence.
4) General chemistry tests (n=19): ALB, ALP, ALT, AST, BUN, Ca, Chol, Cl, CO2, Creat, Gluc, HDL, K, LDL, Na, TBIL, TP, and TRIG.
5) Immunoassay tests (n=4): estradiol, testosterone, TSH, and TT4.
6) Hematology tests (n=13): WBC, RBC, HgB, HCT, MCV, MCH, MCHC, Platelets, 5-part WBC differentials (Neutrophils, Lymphocytes, Monocytes, Eosinophils, Basophils)
7) Nucleic acid tests (n=2): HIV-1 and HCV

10

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961181

d. *Detection limit:*
   Not applicable.

e. *Analytical specificity:*
   Not applicable.

f. *Assay cut-off:*
   Not applicable.

Comparison studies:

a. *Method comparison with predicate device:*

   All five Theranos Capillary Tubes and Nanotainer configurations will be tested.  For general chemistry, immunoassay, and hematology tests, the following study protocol will be conducted:

   To demonstrate comparable performance with the predicate device, and for each analytical measurement, apparently healthy subjects (n=50) will be enrolled per Theranos Capillary Tubes and Nanotainer configuration being tested. Sample collection will be performed at the Theranos site. All subjects in the comparative studies have blood samples collected into the Theranos Capillary Tubes and Nanotainers (candidate device) and RAM Scientific SAFE-T-FILLs   at the same time. The specimens will be pre-processed, such as via centrifugation, according to the instructions provided in the study protocol. Evaluations will be performed on a predefined broad panel of representative analytes, including chemistry analytes, hematology analytes, immunology analytes on several instrument platforms. A total of 36 analytes will be evaluated to demonstrate comparable results between the Theranos Capillary Tubes and Nanotainers and the predicate. Mean biases and 95% confidence limits for the candidate device and the predicate device comparisons will be calculated.  Mean bias for each quantitative test should not exceed the TEa.  If the mean bias and 95% limits were within the TEa, then the results meet the requirement for equivalence.

   For nucleic acid testing, we will perform testing on 25 HIV positive and 25 HCV positive subjects.  In addition, 50 presumed normal healthy subjects will be tested.  Positive and negative percent agreement and 95% confidence limits for the candidate device and the predicate comparisons will be calculated.  If the mean values and 95% limits are greater than 80%, then the results meet the requirement for equivalence.

   The following tests will be evaluated during method comparison on the indicated instrument platforms:
   - General chemistry tests (n=19):  ALB, ALP, ALT, AST, BUN, Ca, Chol, Cl, Creat, CO2, Gluc, HDL, K, LDL, Na, TBIL, TP, and TRIG.
       a. Instrument platform: Siemens Advia 1800
   - Immunoassay tests (n=4): estradiol, testosterone, TSH, and TT4.
       a. Instrument platform: Siemens Immulite XPi
   - Hematology tests (n=13): WBC, RBC, HgB, HCT, MCV, MCH, MCHC, Platelets, 5-part WBC differentials (Neutrophils, Lymphocytes, Monocytes, Eosinophils, Basophils)

11

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961182

          a.  Instrument platform: Abbott CELL-DYN Ruby
- Nucleic acid tests (n=2): HIV-1 and HCV
        a.  Instrument platform: Abbott m2000rt

b.  *Matrix comparison:*

Not applicable. These blood collection tubes are for whole blood collection only.

Clinical studies:

a.  *Clinical Sensitivity:*
Not applicable

b.  *Clinical Specificity:*
Not applicable

c.  *Other clinical supportive data (when a. and b. are not applicable):*
Not applicable

Clinical cut-off:

Not applicable

Expected values/Reference range:

Not applicable

12

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961183

## Previous Discussions or Submissions

In October 2012, Elizabeth Holmes (Theranos' CEO) and Sunny Balwani (Theranos' President and COO) and the FDA held a meeting. A teleconference was also held in August 2013 between Ms. Holmes and Sally Hojvat and John Hobson from the FDA.

During these meetings, Ms. Holmes relayed that Theranos' initial goal was to convert all of its LDTs into FDA-cleared assays, as appropriate. She also discussed how Theranos sought to gain FDA-clearance for the TSPU. During these discussions, the FDA indicated it would be possible to submit Theranos' NAA assays and ELISA assays together in an initial filing for the TSPU and TLAS. Ms. Holmes expressed Theranos' intent to use its first submission to create a framework for FDA clearance for its other assays. She indicated that Theranos would be submitting formal pre-submission request(s) accordingly.

During the meetings, Ms. Holmes also indicated that, until Theranos received clearance from the FDA, its devices would only be used in and by Theranos' Palo Alto-based CLIA-certified Laboratory. She explained that all samples would be physically transported to Theranos' Palo Alto-based CLIA-certified Laboratory to be run through Theranos' Laboratory Developed Tests, or where relevant, on FDA approved analyzers and tests in Theranos' Palo Alto-based CLIA-certified Laboratory. Ms. Holmes further explained that, accordingly, in September 2013, Theranos intended to begin processing micro-samples and traditional phlebotomy draws collected by trained and certified phlebotomists qualified under the appropriate state laws and employed by Theranos in its CLIA-certified laboratory.

On September 5, 2013, Theranos submitted formal Informational Meeting Request Q131148 and referenced that it would be additionally filing a formal request for a Pre-Submission Meeting. On September 13, 2013, John Hobson, on behalf of the FDA, confirmed that (i) administrative review of Theranos' submission requesting FDA feedback was complete and (ii) its submission included sufficient information to enable feedback in the manner requested. Mr. Hobson was referenced as the lead reviewer assigned to Informational Meeting Request Q131148.

In Informational Meeting Request Q131148, Theranos provided that it would be configuring its devices to collect video of the inside of the devices and would be following with the pre-submission for the initial influenza NAA and ELISA assays. Ms. Holmes followed with an email to Sally Hojvat and John Hobson indicating availability of the video for viewing at their convenience. Informational Meeting Request Q131148 also confirmed Theranos' plans as previously conveyed to the FDA in the prior meetings, and further described its plans for collecting micro-samples and branding Patient Service Centers or Collection Sites as Theranos Wellness Centers. Informational Meeting Request Q131148 referenced the launch of Theranos' first Patient Service Center inside a Walgreens pharmacy store and its plans for opening 1-3 locations in Palo Alto, including one at Theranos' headquarters, in the month of September. In preparation for this Informational Meeting, Theranos provided FDA a month-by-month plan for Pre-Submissions and pre-market 510(k)/PMA submissions covering hundreds of its assays, in addition to other materials related to the Theranos System and its CLIA laboratory.

13

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

On November 4, 2013, Elizabeth Holmes (Theranos' CEO), Sunny Balwani (Theranos' President and COO) and legal counsel for Theranos attended the Informational Meeting (Q131148) with FDA and two representatives of CMS.  On November 21, 2013, Theranos submitted draft minutes to FDA from that meeting for review.

On November 4, 2013, Elizabeth Holmes (Theranos' CEO) and Sunny Balwani (Theranos' President and COO) and others from Theranos attended a Pre-Submission Meeting (Q131191) to obtain feedback from FDA on 510(k) submission(s) for the TSPU, the associated software for analysis, the TLAS, and its influenza nucleic acid amplification (NAA) and ELISA assays.   On November 18, 2013, Theranos submitted draft minutes of that Pre-Submission Meeting to FDA for review.  FDA confirmed that these minutes are final.

On November 30, 2013, Theranos submitted a Pre-Submission Meeting Request (Q131542) for Viral Versus Bacterial NAA Assays and Cytometry Assays.  This meeting has been scheduled for March 3, 2014.

On December 26, 2013, Theranos submitted a Pre-Submission Meeting Request (Q131664) for its Lower Respiratory and General Chemistry Assays.  This meeting has been scheduled for February 24, 2014.

14

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER
THE FREEDOM OF INFORMATION ACT

**Specific Questions**

1. We would like to get the FDA's advice as to whether the data we describe submitting in throughout this pre-submission relating to the Capillary Tubes and Nanotainers would likely be sufficient to support a successful 510(k) submission for the Capillary Tubes and Nanotainers.

2. We would like to get the FDA's guidance as to whether the study delineated in the "*Proposed Study Design(s), Predicate, and Analytical and Pre-Clinical Performance*" Section of this pre-submission adequately addresses the Intended Use objectives and FDA's requirements for successful and expeditious 510(k) clearance.

3. As provided in the "Device Description" above, we have classified and listed the Capillary Tubes and Nanotainers under product codes GIO and KDT and under 21 CFR 864.6150 and 21 CFR 864.3250, respectively, and believe that these are the appropriate classifications and regulations for the reasons stated herein. Nonetheless, we would like to receive your guidance on classification, product codes and the applicable regulations for the Capillary Tubes and Nanotainers. As indicated herein, we are prepared to immediately submit a 510(k) submission accordingly based on your feedback.

**Mechanism for Feedback**

Theranos hereby requests an in-person Pre-Submission Meeting via a conference call to solicit feedback on this Pre-Submission and the associated upcoming filing.

15

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961186

## References

Ram Scientific, Safe-T-Fill Capillary Blood Collection System (K983517): http://www.acccssdata.fda.gov/cdrh_docs/pdf/K983517.pdf.

HCFA/CUA Proficiency Testing Requirements for Analytical Quality (Federal Register Feb 28, 1992;57(40):7002-186).

16

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-0961187