# Exhibit 57

Message

| | |
|---|---|
| **From:** | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent:** | 11/1/2013 9:38:48 PM |
| **To:** | Hojvat, Sally A (Sally.Hojvat@fda.hhs.gov) [Sally.Hojvat@fda.hhs.gov]; Hobson, John (Peyton) (JOHN.HOBSON@fda.hhs.gov) [JOHN.HOBSON@fda.hhs.gov] |
| **Subject:** | Theranos Confidential |

Dear Sally and Peyton,

Please see attached a document compiled for your reference on Theranos' Capillary Tubes and Nanotainers. Please note this is a very high level overview intended for your background; we can, as always, follow with additional detail and specifications around any relevant aspect.

Please do let me know if there are any questions we can answer or clarifications we can provide on the attached prior to any circulation.

With my best regards,

Elizabeth

══════════════════════════════════════

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com
══════════════════════════════════════

THERANOS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

**Theranos Capillary Blood Collection**

Samples for use in the Theranos Sample Processing Unit may be collected by any of the many marketed blood collection capillaries and tubes capable of preserving and/or transporting whole blood.

Because the sample required for use in the Theranos System is very small and commercially available blood collection tubes require human processing (e.g. manual mixing, human discretion in filling) that can increase variability in test results, and additionally are sized for larger samples such that the collection into the larger capillary tubes can increase variability in test results (too much anticoagulant, too much air exposure, etc.), Theranos has developed devices, trade named the "Capillary Tubes" and "Nanotainer," designed to collect, preserve, and/or transport very small samples.

The Capillary Tubes are composed of two capillary tubes, fabricated in PETG. The housing container around the blood capillary tubes is fabricated in Polypropylene.

The Nanotainers are fabricated in medical grade Polypropylene. A dedicated Nanotainer is used to transport blood from each capillary, functioning similarly to a vacutainer. Two Nanotainers can be encapsulated together in a Polypropylene holder for ease of handling.

One capillary contains Lithium-Heparin and the other contains $K_2$-EDTA anti-coagulants, which are intended to preserve the specimen during transport to the TSPU and/or storage in the patient service center. There are no anti-coagulants or preparatory reagents in the Nanotainers, which are general purpose transport vessels.

*Capillary Tubes*



Figure 1. Theranos Blood Capillary Tubes with housing.

Theranos Blood Capillary Tubes consist of two separate blood capillaries, coated with Lithium Heparin and $K_2$-EDTA respectively. As referenced above, the two capillaries are fabricated in PETG. The blood sample is drawn into the capillaries by capillary pressure. The capillaries are surrounded by an external housing container, made out of Polypropylene.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2500714

THERANOS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

*Nanotainers*



Figure 2.  Theranos Nanotainers.

Theranos Nanotainers (Figure 2) are transport containers which are designed to hold up to 80-100uL of blood.  The Nanotainers are capped with an air-tight plug fabricated in Black Santoprene.

If the Nanotainers are to be transported back to the CLIA laboratory, the Nanotainers are placed into self-refrigerated boxes that are stored in a standard sample shipping box.

*Operation*

In capillary collection, the blood is obtained by means of a standard, commercially available lancet, which is not part of the device.  A Theranos certified CLIA-laboratory (and appropriately state licensed) sample collection technician performs the standard finger-stick puncture on a patient.

The Capillary Tubes are placed in contact with the blood drop, and the sample is drawn into each of the Capillary Tubes by capillary force.

Blood collection is continued until both capillaries are completely filled, as further highlighted by the indicator window at the end of the capillaries.

The patient's finger is cleaned and a band-aid is applied.

The Nanotainers are pushed in the direction of the Blood Capillary Tubes as shown in Figure 3 below, which results in blood being transferred to the Nanotainers through a syringe-like mechanism.

This is done until the Nanotainers are pushed all the way (Figure 3b, Middle), which results in the contents of each capillary being transferred to a dedicated sealed Nanotainer, which can be used to transport the specimen.

At this point, the Nanotainers are pulled out from the housing of the Blood Capillary Tubes (Figure 3c, Bottom), and can be placed into a cartridge for sample processing inside a TSPU.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2500715

THERANOS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

a.

b.

c.



Figure 3. Theranos Capillary Tubes and Nanotainers operation

*Listing*

Both the Capillary Tubes and the Nanotainers are classified in FDA's regulations, and Theranos has registered and listed them accordingly:

- A capillary tube, which is described in 21 CFR 864.6150, is a device consisting of a glass tube of very small diameter used to collect blood by capillary action. The device is classified in Class I (general controls) and exempt from premarket notification. The classification code is GIO.

- A specimen transport and storage container, which is described at 21 CFR 864.3250, is a device intended to collect a biological specimen so that it can be used for diagnostic evaluation. A specimen transport and storage container may contain a fixative solution or other general purpose reagent to preserve the condition of the specimen added to the container. The device is classified in Class I (general controls). The classification code for the Theranos container is KDT.

**Inside the TSPU: Centrifuge Vessels for Separating Serum and Non-serum components**

Neither the Nanotainers nor the Blood Capillary Tubes are designed for the purpose of separation of serum and non-serum components, and, therefore do not fit the description of a Blood Specimen Collection Device, 21 CFR 862.1675, which is intended for medical purposes to collect and handle blood specimens and to separate serum from non-serum components prior to testing. Centrifuge vessels are used for separation processes in the TSPU. There are two types of centrifuge vessels within the TSPU: the Low Volume Centrifuge vessel (Figure 4, Left) has a capacity of 80uL, and the High Volume Centrifuge vessel (Figure 4, Right) has a capacity of 160uL. The Low Volume Centrifuge vessel is

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2500716

THERANOS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

fabricated out of Polystyrene to obtain good optical clarity.  The High Volume Centrifuge vessel is fabricated out of Polypropylene, and is used for separation of larger fluid volumes.



Figure 4.  Theranos Centrifuge Vessels

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2500717