1  STEPHANIE M. HINDS (CABN 154284)
   Attorney for the United States,
2  Acting Under Authority Conferred By 28 U.S.C. § 515

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division
4
   JEFF SCHENK (CABN 234355)
5  JOHN C. BOSTIC (CABN 264367)
   ROBERT S. LEACH (CABN 196191)
6  VANESSA BAEHR-JONES (CABN 281715)
   Assistant United States Attorneys
7
       150 Almaden Boulevard, Suite 900
8      San Jose, California 95113
       Telephone: (408) 535-5061
9      Fax: (408) 535-5066
       Robert.Leach@usdoj.gov
10
   Attorneys for United States of America
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
|---|---|
| Plaintiff, | ) NOVEMBER 20, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' MOTIONS *IN LIMINE* |
| v. | |
| ELIZABETH HOLMES, | ) Date: January 22, 2021 |
| Defendant. | ) Time: 10:00 a.m. <br> ) Court: Hon. Edward J. Davila |

I, Robert S. Leach, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am one of the prosecutors assigned to this matter and have been since 2016. I make this declaration in support of the United States' Motions *in Limine*.

2. Attached as Exhibit A is a true and correct copy of document Bates-numbered RDV012673 through RDV012731 (Theranos Confidential Overview).

3. Attached as Exhibit B is a true and correct copy of document Bates-numbered THER-0534383 through THER-0534507 (Form CMS-2567, Statement of Deficiencies and cover letter).

LEACH DECL. RE MOTIONS *IN LIMINE*,
CASE NO. 18-258 EJD                                    1

4. Attached as Exhibit C is a true and correct copy of document Bates-numbered THER-0534700 through THER-0534792 (April 1, 2016 letter from Theranos to CMS).

5. Attached as Exhibit D is a true and correct copy of document Bates-numbered SEC-USAO-EPROD-000382615 (SWYSEC_000002613 through 2614) (April 18, 2016 email).

6. Attached as Exhibit E is a true and correct copy of document Bates-numbered THPFM0005754133 through THPFM0005754143 (October 24, 2016 letter from Theranos).

7. Attached as Exhibit F is a true and correct copy of a subpoena issued by the staff of the Securities and Exchange Commission ("SEC") on or about September 6, 2016.

8. Attached as Exhibit G is a true and correct copy of a letter dated July 7, 2017 from Christopher Davies of WilmerHale to Jessica Chan with the SEC.

9. Attached as Exhibit H is a true and correct copy of excerpts from Defendant's testimony before the SEC.

10. Attached as Exhibit I is a true and correct copy of a Declaration of Katie Moran Certifying Records of Regularly Conducted Business Activity dated September 14, 2018.

11. Attached as Exhibit J is a true and correct copy of a letter dated October 3, 2017 from Christopher Davies of WilmerHale to my Office.

12. Attached as Exhibit K is a true and correct copy of a letter dated November 7, 2017 from Christopher Davies of WilmerHale to the FBI.

13. Attached as Exhibit L is a true and correct copy of document Bates-numbered TS-1036239 through TS-1036827.

14. Attached as Exhibit M is a true and correct copy of document Bates-numbered THER-2566547 through THER-2567135.

15. Attached as Exhibit N is a true and correct copy of document Bates-numbered PFM-ROGS-00000040 through PFM-ROGS-00000068 (Defendant Elizabeth Holmes's Objections and Responses to Plaintiffs' First Set of Interrogatories).

16. Attached as Exhibit O is a true and correct copy of excerpts of a deposition by Defendant in *Theranos, Inv. v. Fuisz Pharma LLC*, found at Bates-number SEC-USAO-EPROD-003434238 (THPFM0003051354 through THPFM0003051407).

17. Attached as Exhibit P is a true and correct copy of document Bates-numbered TS-0958390 through TS-0958526 (Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories).

18. Attached as Exhibit Q is a true and correct copy of document Bates-numbered TS-0959027 through TS-959089 (Defendant Theranos, Inc.'s First Supplemental Responses and Objections to Plaintiffs' First Set of Interrogatories).

19. Attached as Exhibit R is a true and correct copy of document Bates-numbered TS-0959090 through TS-0959153 (Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' Second Set of Interrogatories).

20. On November 13, 2020, the government sent a letter to Defendant's counsel referencing the July 24, 2020 deadline and requesting that she immediately produce all Rule 26.2 witness statements for all defense witnesses. On November 19, 2020, counsel for Defendant responded to the government's letter. Regarding the government's request for disclosures required by Rule 26.2, Defendant's counsel stated: "We are aware of our obligations under the current scheduling order and will produce any Rule 26.2 material according to that schedule."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of November 2020.

/s Robert S. Leach
ROBERT S. LEACH
Assistant United States Attorney