# EXHIBIT D

| | |
|---|---|
| **From:** | Heather King <hking@theranos.com> |
| **Sent:** | Tuesday, April 19, 2016 1:25 AM |
| **To:** | Christian Holmes |
| **Subject:** | FW: Updates |
| **Attachments:** | 4 18 16 Customer Email to Theranos.pdf; For our Shareholder; For our shareholders |

**From:** Theranos
**Sent:** Monday, April 18, 2016 3:30 PM
**Subject:** For our Shareholder



To our Shareholders:

In effort to keep you up to date with ongoing media coverage, we wanted to alert you to an interview that Elizabeth Holmes participated in with NBC News today, as well an associated update.

During the interview Holmes told NBC News Special Correspondent Maria Shriver, "I'm the founder and CEO of this company. Anything that happens in this company is my responsibility, at the end of the day. We stopped testing [in Newark], and have taken the approach of saying, let's rebuild this entire laboratory from scratch, so that we can ensure it never happens again."

Holmes added, "I know what we've built, and I know what we've created and I know what it means to people. It is a change that needs to happen in the world," and has "no doubt" in the company's future.

Shriver also appeared on CNBC's Squawk Box and described how Holmes says this experience has changed her as a leader. Holmes stated, "I want to be best in class; I want to be a company about excellence; and I want to do everything I can to do that."

The interview will continue to run throughout the day on Nightly News and local news.

As we previously shared with you, the recent media coverage driven by *The Wall Street Journal* has prompted a number of inspections and investigations by U.S. regulators, including the SEC and the U.S. Attorney's Office for the Northern District of California. We believe it's important to communicate regarding these

HIGHLY CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SAFEWAY, INC.

SWYSEC_000002613

matters with our shareholders, partners, and to the public directly, rather than allowing you to hear about it through the media. We will therefore be sharing a memo to partners about the investigations with the media. We are working closely with regulators to successfully address any inquiries.

Lastly, we wanted to share with you that Elizabeth will be giving a key note address at the American Association for Clinical Chemistry's (AACC) Annual Scientific Meeting & Clinical Lab Expo to introduce our technologies to the world. The speech will take place on August 1, 2016 in Philadelphia, PA.

We are so grateful for the support we've received from you throughout this. And we are grateful for the support we've received from so many who have followed the recent media coverage. We've enclosed a letter we received today that symbolizes that feedback, and we wanted to share it with you too.

With our best regards,

Shareholder Information
Theranos, Inc.

HIGHLY CONFIDENTIAL
FOIA CONFIDENTIAL TREATMENT REQUESTED BY SAFEWAY, INC.

SWYSEC_000002614