# EXHIBIT I

[FOR DOMESTIC U.S. RECORDS]

## DECLARATION OF KATIE MORAN CERTIFYING RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY

I, the undersigned, Katie Moran, pursuant to 28 U.S.C. § 1746, declare that:

1. I am employed by Wilmer Cutler Pickering Hale and Dorr as an attorney. I have knowledge regarding the production of documents on behalf of Theranos, Inc. to the Securities and Exchange Commission (the "Commission").

2. I certify that the document labeled THPFM0003870572 is an email from Ramesh "Sunny" Balwani to Brian Grossman of PFM attaching a slide deck. That slide deck is labeled THPFM0003870574 and due to a technical issue was originally produced as slip sheet. The document was subsequently decrypted, resolving the technical issue, and reproduced at THPFM0005582798 and TS-0315637.

3. I certify that documents produced at TS-0481734 through TS-0490162 were sourced from a Theranos share drive folder titled "ThreeHundred." It is my understanding that this folder was accessible by Mr. Balwani.

4. I certify that the document produced at TS-1031537 contains data exported from Theranos' QAD database, an enterprise resource planning system.

5. I certify that the documents produced at TS-041246 and TS-0414204 reflect data sourced from two Theranos laboratory information systems, the Laboratory Information System (LIS) and LabDaq, as described in the December 17, 2016 production letter that accompanied that production.

6. I certify that the document produced at TS-1036239 through TS-1036827 is a spreadsheet containing Theranos business-related text messages, iMessages, or Skype exchanges between Ms. Holmes and Mr. Balwani. These messages and exchanges were sourced from images taken of Ms. Holmes' business phones, as well as messaging applications on Ms. Holmes' computer.

7. I certify that the document produced to the Commission under the title "Life Cycle Encrypted PDFs 2017-04-06.xls." is a spreadsheet listing certain metadata fields for documents that had been encrypted using Life Cycle software as well as documents that had been password protected. The Company successfully decrypted and subsequently produced the majority of the documents listed in the spreadsheet.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 9/14/2018.

*/s/ Katie Moran*
Katie Moran