# EXHIBIT J

WILMERHALE

**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

October 3, 2017

**FOIA CONFIDENTIAL TREATMENT REQUESTED**
**PURSUANT TO 17 C.F.R. § 200.83 AND 5 U.S.C. § 552**

**BY FEDERAL EXPRESS**

Jeff Schenk
Assistant U.S. Attorney
U.S. Department of Justice
150 Almaden Blvd.
San Jose, CA 95126
Tel.: (408) 535-5061

   Re: Grand Jury Subpoena Investigation #2016R00024

Dear Mr. Schenk:

  Following up on our September 21 and October 2, 2017 calls, we would like to memorialize Theranos, Inc.'s ("Theranos" or "the Company") proposed plan for responding to your grand jury subpoena *duces tecum* dated September 6, 2017 (the "Subpoena").

  As discussed, the vast majority of documents requested by the Subpoena have already been produced to the Securities and Exchange Commission ("SEC") in response to its various subpoenas and requests, or during the course of document discovery in Partner Funds Investment, L.P. ("PFM") litigation.[1]  Accordingly, we intend to identify the portions of those productions that we believe are responsive to the Subpoena, and then work with you to determine whether additional information or documents will be necessary.

  Our specific response plan as to individual Subpoena items is as follows:

**Request A:**  All documents regarding the financial health, financial status, financial stability, income, debt, or projected income or debt of Theranos, including any final reports, narratives, drafts, edits, comments, or revisions.

- **Response Plan:**  The Company will provide the Bates ranges of general ledgers as well as financial models previously produced to the SEC.  We will also provide a copy of Theranos' QAD software as produced to the SEC on July 26, 2016.

---

[1]  We have enclosed with this letter at Attachment A the PFM Discovery Plan, which details the search parameters used to generate that production population.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing Berlin Boston Brussels Denver Frankfurt London Los Angeles New York Oxford Palo Alto Waltham Washington

Jeff Schenk
October 3, 2017
Page 2

**WILMERHALE**

- In addition to the ledgers, models, and QAD system, we will identify documents that hit on the following search terms which were used to generate the PFM review population as described in Attachment A:

    o "balance sheet" or "financial model*" or "financial statement*" or "financial projection*" or "profit and loss" or "P&L" or "P and L" or PnL or "income statement*"

    o (earning* or profit* or revenue*) w/10 (test* or assay*)

    o cap w/10 (table* or chart*)

    o (business or capital) w/10 (strategy* or model* or plan*)

**Request B:** All documents regarding fraud, fraudulent reporting, inaccuracies, inconsistencies, or falsification with respect to Theranos blood testing results, including tests for patients, demonstrations, or tests performed for research and development purposes.

- **Response Plan:** We will provide Bates ranges for the customer complaint logs and emails from former employees who raised concerns regarding the Company's testing practices. We also will provide a spreadsheet identifying documents that hit on the following search terms used to generate the PFM review population as described in Attachment A:

    o (accura* or inaccura* or succe* or unsucce* or fail* or reliab* or unreliab* or wrong or coeff*) w/25 (test* or capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)

    o (Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (investor* or public or customer* or patient*))

    o (Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (test* or result* or technolog* or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens))

    o ("do not" or "don't") w/3 (circulate or distribute or forward or share or tell)

    o (SEC or DOJ or FBI) w/25 (investing* or subpoena* or crim* or jail or prison)

    o "for your eyes only" or "between us"

    o fraud* or whistleblow* or retaliat*

Theranos-DOJ TL000090

Jeff Schenk
October 3, 2017
Page 3

**WilmerHale**

- o (illegal* or crime or crimes or criminal or "against the law") w/10 (think* or concern* or war* or afraid or scared or nervous or feel* or belie* or rais* or flag* or attention*)

**Request C:**  All documents regarding assay development reports (in un-redacted form).

- **Response Plan:**  We will identify in the SEC and PFM production sets all assay development reports.

**Request D:**  All documents known as or created in conjunction with validation reports, including validation reports generated during assay development.

- **Response Plan:**  We will identify in the SEC and PFM production sets all validation reports.

**Request E:**  All documents regarding Theranos device capabilities, device-specific assay menus, and the date(s) specific assays were validated and/or operational for Theranos-developed devices.

- **Response Plan:**  As discussed, we will work with Theranos to generate a document sufficient to show the information requested above.

**Request F:**  All documents regarding the purchase or modification of third party blood testing devices, including whether any such modifications should or should not be disclosed to the manufacturers of or to service technicians working on third party blood testing devices.

- **Response plan:**  Per our September 21, 2017 discussion, we understand that you would like us to provide in response to Request F the following categories of documents: (1) those relating to the purchasing of third party equipment; (2) those relating to the modification of third party equipment; and (3) emails discussing whether modifications should be disclosed to manufacturers.  In response to category (1), the QAD system referenced above in response to Request A will contain purchasing information showing payments to vendors from which Theranos purchased third party instruments.  In response to categories (2) and (3), we will provide a spreadsheet identifying documents that hit on the following terms and parameters described in Attachment A:

  - o "P-protocol" or "T-protocol" or "T-Cup" or ((Advia or 1800* or Siemens or 4S or "mini-lab" or minilab or "mini lab" or Edison) w/5 (capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or dilut*))

  - o (1800 or 1800s or Siemens or 4S or "mini-lab" or minilab or "mini lab" or Advia or Edison) w/25 (test* or assay* or sample* or blood or draw or dilut*)

  - o (Abbot or "BD Biosciences" or "Beckman Coulter" or "Bio-Rad" or CellaVision or DiaSorin or Drew or Eldon or IRIS or Magellan or OraSure or Quidel or Streck)

Jeff Schenk
October 3, 2017
Page 4

WILMERHALE

w/50 (dilut* or Advia or 1800* or Siemens or minilab or "mini-lab" or "mini lab" or 4S or Edison)

o (CMS or FDA or investor* or partner*) w/50 (Normandy or "Jurassic Park" or "CLIA lab*")

**Request G:** All documents regarding personal expenses incurred by Theranos on behalf of or for the benefit of Elizabeth Holmes or Ramesh "Sunny" Balwani.

- **Response Plan:** We are still looking into whether there are instances in which Theranos paid for an expense made by Ms. Holmes or Mr. Balwani for which there was no business nexus. The SEC has identified three expenses on the Theranos corporate credit card for which it is requesting additional information and documentation. We will provide you with the documentation that we provide to the SEC in response to its expense-related requests.

**Request H:** All documents regarding the removal of outliers or outlier data during blood testing.

- **Response Plan:** We will identify documents within SEC and PFM productions that hit on the term "outlier." We will also produce the CLSI guidelines discussing treatment of outliers.

**Requests I through M:** All signed and unsigned versions of contracts or agreements between Theranos and the listed entitles (I); all documents identifying devices that Theranos used to conduct research for the listed entities (J); all documents regarding study design, study protocol, and results related to the research Theranos conducted for the listed entities (K); all institutional review board submissions and approvals Theranos submitted or obtained for the listed entities (L); and all documents supporting the statement in WilmerHale's July 11, 2017 letter that "beginning in 2007, the Company partnered with a number of well-known pharmaceutical companies and research institutions on studies the Company believed would assess the viability of its technology" (M).

- **Response Plan:** We will search for and compile documents relating to the partnerships with the listed entities. However, as we noted on the calls, most of these partnerships took place at a time when the Company did not have standard record keeping practices in place and many of the people who were knowledgeable about these partnerships have left the company.

**Request N:** All emails to, from, or including Elizabeth Holmes or Sunny Balwani concerning (a) any topic referenced in Subpart II A to III L; (b) assays; and (c) Theranos devices, including Edison, MiniLab, and any other Theranos-created blood testing or analyzing devices.

- **Response Plan:** We will provide a list of Bates ranges for documents produced to the SEC and PFM that hit on the following search terms and contain either Ms. Holmes or Mr. Balwani in the to/from/cc/bcc lines:

  o all terms listed above;

Case 5:18-cr-00258-EJD   Document 588-11   Filed 11/20/20   Page 6 of 35

Jeff Schenk
October 3, 2017
Page 5

**WILMERHALE**

     o   all entity names listed in Request I; and

     o   "assay" or "Edison" or "minilab" or "TSPU" or "3.5" or "4S".

**<u>Request O</u>:** All text or SMS messages sent or received by cellular phones owned or paid for by Theranos, and used by either Elizabeth Holmes or Sunny Balwani.

- **<u>Response Plan</u>:** As discussed, Mr. Balwani did not use a cellular phone owned or paid for by Theranos. With respect to Ms. Holmes's phones, we will produce all text message exchanges between Ms. Holmes and Mr. Balwani redacting only those that are sexual in nature.

**<u>Request P</u>:** All communications, including purchase orders, invoices, and receipts, between Theranos and certain listed entities.

- **<u>Response Plan</u>:** We understand you are interested in documentation that will identify itemized purchases from the listed entities. We are looking into whether such documents and/or information is readily accessible.

    Please let us know if you would like to discuss any of the above in further detail.

*    *    *    *

    These materials are confidential and contain competitively sensitive information. Accordingly, we request confidential treatment of this letter and the enclosed materials and any information contained therein pursuant to 5 U.S.C. § 552 and 17 C.F.R. § 200.83 ("Confidential Material"). The materials are exempt from public disclosure under one or more provisions of FOIA and have been appropriately marked to reflect this status. *See, e.g.*, 5 U.S.C. § 552(b)(3) (protecting matters specifically exempted from disclosure by statute); § 552(b)(4) (protecting trade secrets and confidential and privileged financial and commercial information); § 552(b)(7) (protecting certain records or information compiled for law enforcement purposes); § 552(b)(8) (protecting certain records or information prepared for the use of an agency responsible for regulating or supervising financial institutions). Moreover, disclosure of the materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

    Should any third person request the opportunity to inspect or copy the Confidential Material pursuant to FOIA or otherwise, we request on behalf of Theranos that the undersigned immediately be notified of such request and be furnished with a copy of all written materials pertaining to such request (including but not limited to the request and any agency determination with respect to such request). Theranos expects that it will be given an opportunity to object to such disclosure. And, should the Department be inclined to grant any such request, it is Theranos' expectation that, pursuant to the procedures required by 28 C.F.R. § 16.8, and Exec. Order 12,600, 52 Fed. Reg. 23,781 (1987), we will be given reasonable advance notice of any such decision to enable our client to pursue any remedy that may be available to it. In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice.

Theranos-DOJ TL000093

Jeff Schenk
October 3, 2017
Page 6

WILMERHALE

  The requests set forth in the preceding paragraphs also apply to any memoranda, notes, recordings, or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Department (or any other government agency) and which (1) incorporate, include, or relate to any of the information contained in the Confidential Material; or (2) refer to any conference, meeting, telephone conversation, or interview between (a) our client's current or former employees, associates, representatives, agents, auditors, or counsel and (b) employees of the Department (or any other government agency).

  Provision of the enclosed materials is not intended to and does not waive any applicable privilege or other legal basis under which information may not be subject to production.  By the production of such documents, Theranos does not intend to and has not waived the attorney client privilege or any other protections.

  This Confidential Material remains the property of Theranos.  Accordingly, at the conclusion of this investigation, Theranos requests such material (and any copies thereof) be returned to the undersigned.

  Please do not hesitate to call me if you have any questions about these matters.

Very truly yours,

Christopher Davies

Attachment

cc: Robert S. Leach
  Assistant U.S. Attorney
  U.S. Department of Justice
  450 Golden Gate Avenue, 11th Floor
  San Francisco, CA  94102
  Tel.: (415) 436-7534

Theranos-DOJ TL000094

# Attachment A

Theranos-DOJ TL000095

**Confidential/Subject to Review and Change**



E-SERVICE
60052001
Jan 10 2017
05:47PM
File & ServeXpress

### Defendants Theranos, Inc.'s and Elizabeth Holmes'
### Proposed Document Discovery Plan – Amended as of January 10, 2017

This document describes the terms of the plan for document discovery that Theranos and Elizabeth Holmes propose to use to satisfy their document production obligations in response to Plaintiffs' Requests For Production.  Theranos and Holmes reserve the right to modify this Plan.

This Plan is subject to, and does not does not waive or supersede any objections set forth in Theranos's and Holmes' responses and objections to Plaintiffs' requests for production, which are incorporated herein by reference.[1]

## I.      Non-ESI Production

Subject to Theranos's and Holmes' responses and objections, Theranos and Holmes propose to produce documents as specified below without the use of ESI searches.  Documents will be located via interviews of appropriate company personnel, and then gathered manually by counsel.

- T1.1[2]: ALL DOCUMENTS CONCERNING YOUR incorporation and governance, including without limitation YOUR certificate of incorporation, amendments to YOUR certificate of incorporation, bylaws, statements of corporate purpose, sources of corporate funding, and descriptions of YOUR relationship to ANY parent, affiliate, or subsidiary entities.

    o   Limited to copies of the specified corporate documents, and not a search for "all documents concerning" them.  To the extent that other documents and communications concerning this request are relevant, the below searches based on subject matters will capture them.

- T1.2: YOUR organizational chart(s) in effect from YOUR incorporation to the present.

- T1.7: An unencrypted version of the DOCUMENT YOU referred to as a "highly confidential slide deck" when YOU provided it to PFM by email on January 16, 2014.

- T1.25 and H1.36: ALL of YOUR Pre-Submissions, Premarket Notification (510(k)) submissions, Premarket Approval submissions, or Emergency Use Authorization submissions to the FDA.

- T1.28: DOCUMENTS sufficient to demonstrate YOUR document retention or destruction policies and procedures.

---

[1] Mr. Balwani's email box will be searched in the Company's production.  He has a limited number of documents related to Theranos that are not otherwise part of the Company's documents.  He will produce those through his counsel.

[2] T designates that the RFP was directed at Theranos, Inc.  The number before the decimal point designates the RFP and the number after the decimal point designates the request number.  As such, T1.1 refers to the first request of the first RFP directed at Theranos.

Theranos-DOJ TL000096

**Confidential/Subject to Review and Change**

- T2.1: ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY meeting or resolution of YOUR Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board from January 1, 2013 through the present, including without limitation meeting materials, agendas, minutes, presentations, summaries, memoranda, transcripts, and notes.

  o Limited to copies of the specified documents, and not a search for "all documents and communications concerning" them.  To the extent that other documents and communications concerning this request are relevant, the below searches based on subject matters will capture them.

- T2.2 and H1.2[3]: ALL DOCUMENTS and COMMUNICATIONS CONCERNING the compensation of HOLMES and BALWANI, including without limitation their salaries, stock holdings, and options.

  o Limited to documents sufficient to show the compensation of Holmes and Balwani.  To the extent that other documents and communications concerning this request are relevant, the below searches based on subject matters will capture them.

- T2.21 and H1.43.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR past, present, or prospective role(s) in ANY lawsuit, including without limitation ALL pleadings, deposition transcripts, testimony transcripts, affidavits, declarations, opinions, or orders.

  o Limited to copies of the specified documents, and not a search for "all documents and communications concerning" them.  To the extent that other documents and communications concerning this request are relevant, the below searches based on subject matters will capture them.  Further, Theranos will not produce documents available on a public docket.

- T2.22: The complaint filed by WALGREENS against YOU in the Federal District Court in the District of Delaware on or about November 8, 2016.

- T2.23 and H1.44: ALL DOCUMENTS YOU intend to introduce or rely upon at ANY hearing or trial in this action.

  o Theranos will negotiate with Plaintiffs a suitable date for mutual exchange of exhibit lists.

---

[3] H designates that the RFP was directed at Elizabeth Holmes.  The number before the decimal point designates the RFP and the number after the decimal point designates the request number.  As such, H1.2 refers to the second request of the first RFP directed at Elizabeth Holmes.  Unless otherwise noted, the referenced request directed at Elizabeth Holmes are identical to the referenced request directed at Theranos, other than the entity/individual to whom the request is directed.

Theranos-DOJ TL000097

Confidential/Subject to Review and Change

- H1.1:  ALL résumés, curricula vitae, or biographical information that YOU have prepared or used from January 1, 2003 through the present.

- T3.59:  DOCUMENTS sufficient to show the standard(s) YOU used to evaluate ACCURACY for each of YOUR blood tests, including but not limited to the "CLSI, FDA, Centers for Disease Control, and World Health Organization Guidelines" to which YOU referred on YOUR website.

- T3.61:  ALL manuals, instructions, and/or guidelines that provide instructions for THERANOS Wellness Center personnel CONCERNING which blood tests could and/or should be performed using a VENOUS BLOOD SAMPLE and which could and/or should be performed using a CAPILLARY BLOOD SAMPLE.

- T3.62:  ALL manuals, instructions, and/or guidelines CONCERNING which machine(s), equipment, and/or SAMPLE PROCESSING UNIT(s) could and/or should be used for each blood test performed for YOUR commercial testing center patients.

- T3.63:  ALL manuals, instructions, and/or guidelines CONCERNING use of the machine(s), equipment, and/or SAMPLE PROCESSING UNIT(s) used for each blood test performed for YOUR commercial testing center patients, whether performed by YOU and/or by third parties.

- T3.64:  ALL manuals, instructions, and/or guidelines CONCERNING the blood tests for YOUR commercial testing center patients that would and/or should be sent to the third party laboratories identified in YOUR response to Interrogatory No. 29.

- T3.65:  ALL manuals, instructions, and/or guidelines CONCERNING the use and contents of the "proprietary databases" to which YOU referred in YOUR responses to Interrogatory Nos. 18, 19, 21, 22, 28, and 29.

- T3.66:  ALL manuals, lists, and/or guidelines CONCERNING the Current Procedural Terminology Codes that cover(ed) or apply(ied) to each of YOUR blood tests.

- T3.67:  ALL versions and/or iterations of YOUR menu and/or list of tests available to commercial testing center patients, including without limitation ALL DOCUMENTS called "Test Menu" and/or "Direct Testing Menu," and ALL test menus that were available at ANY time at https://theranos.com/test-menu and/or https://www.theranos.com/content/pdf/theranos_test_menu.pdf.

- T3.73:  ALL of YOUR policies and/or procedures CONCERNING compliance with state and/or federal laws, whistleblower reporting and protections, and/or ethics reporting.

  o Limited to production of the Company's policy concerning whistleblower reporting and protections and/or ethics reporting.

3

Theranos-DOJ TL000098

Confidential/Subject to Review and Change

- **December 9 addition:**  Pursuant to the parties' negotiations, the Company will also produce: (i) existing website snapshots, and (ii) a capitalization table.

## II.    ESI Production

Theranos and Holmes propose to conduct ESI filtering and review by organizing Plaintiffs' document requests into categories of related or overlapping requests, and using filters by search term, custodian, and date range as specified below.

The categories are as follows.

### A.    Blood Testing, Equipment, Methods, & Technology

- T1.8 and H1.15.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR analyses, empirical studies, testing, or other validation of YOUR equipment, technologies, or scientific methods related to blood tests.
- T1.9 and H1.16. ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY analyses, empirical studies, testing, or other validation conducted by, proposed by, or requested of third parties of YOUR equipment, technologies, or scientific methods related to blood tests.
- T1.10 and H1.17. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the ACCURACY of blood tests that YOU were capable of performing from January 1, 2013 through the present using a CAPILLARY BLOOD SAMPLE.
- T1.11 and H1.18. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the ACCURACY of blood tests that YOU were capable of performing from January 1, 2013 through the present using a VENOUS BLOOD SAMPLE.
- T1.12 and H1.19. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the blood tests that were on YOUR Direct Testing Menu from January 1, 2013 through the present using a CAPILLARY BLOOD SAMPLE.
- T1.13 and H1.20. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the blood tests that were on YOUR Direct Testing Menu from January 1, 2013 through the present using a VENOUS BLOOD SAMPLE.
- T1.14 and H1.21: DOCUMENTS sufficient to identify which blood tests on YOUR Direct Testing Menu were performed using patients' CAPILLARY BLOOD SAMPLES since January 1, 2013, and ANY related COMMUNICATIONS.
- T1.15 and H1.22: DOCUMENTS sufficient to identify which blood tests on YOUR Direct Testing Menu were performed using patients' VENOUS BLOOD SAMPLES since January 1, 2013, and ANY related COMMUNICATIONS.
- T1.16 and H1.23. ALL DOCUMENTS and COMMUNICATIONS CONCERNING Current Procedural Terminology codes and YOUR blood tests from January 1, 2013 through the present.
- T1.17 and H1.24. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR use of non-proprietary or commercially available equipment, machines, or technologies to analyze VENOUS BLOOD SAMPLES from January 1, 2013 through the

4

Confidential/Subject to Review and Change

present.

- T1.18 and H1.25. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR use of non-proprietary or commercially available equipment, machines, or technologies to analyze CAPILLARY BLOOD SAMPLES from January 1, 2013 through the present.

- T1.23 and H1.34. ALL DOCUMENTS and COMMUNICATIONS reflecting complaints, concerns, grievances, objections, doubts, or criticisms CONCERNING YOUR blood tests and the machines, equipment, or technologies used to perform them.

- T1.24 and H1.35. ALL DOCUMENTS and COMMUNICATIONS reflecting complaints, concerns, grievances, objections, doubts, or criticisms from current or former employees CONCERNING YOUR COMMUNICATIONS to the public, to YOUR investors, or to government agencies.

- T1.27 and H1.40.  ALL DOCUMENTS and COMMUNICATIONS regarding the discontinuation of YOUR use of the nanotainer for blood tests other than the HSV-1 test in or about September 2015.

- T1.22 and H1.33. ALL DOCUMENTS and COMMUNICATIONS CONCERNING Electronic Medical Records software and your equipment, technologies, or blood tests.

- T2.12 and H1.27.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR use of third-party companies or laboratories to analyze VENOUS BLOOD SAMPLES from January 1, 2013 through the present.

- T2.13 and H1.26.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR use of third-party companies or laboratories to analyze CAPILLARY BLOOD SAMPLES from January 1, 2013 through the present.

- T2.14 and H1.31.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING the amount of time required for YOU to provide a patient with the results of a blood test.

- T2.15 and H1.32. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR ability to run more than one blood test on a patient's blood sample, whether a VENOUS BLOOD SAMPLE or a CAPILLARY BLOOD SAMPLE.

- H1.9.  YOUR COMMUNICATIONS with BALWANI, from January 1, 2013 through the present, CONCERNING…the number and proportion of blood tests on THERANOS's Direct Testing Menu that utilized CAPILLARY BLOOD SAMPLES; [and] the extent to which THERANOS used commercially available equipment to perform blood tests…

- H1.10.  YOUR COMMUNICATIONS with ANY member of THERANOS's Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board, from January 1, 2013 through the present, CONCERNING…the number and proportion of blood tests on THERANOS's Direct Testing Menu that utilized CAPILLARY BLOOD SAMPLES; [and] the extent to which THERANOS used commercially available equipment to perform blood tests.

- T3.54.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING the use of YOUR machine(s), equipment, and/or technology by ANY pharmaceutical company, including without limitation those identified in YOUR responses to Interrogatory Nos. 16, 17, and 23.

Theranos-DOJ TL000100

Confidential/Subject to Review and Change

- T3.57. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR modification(s) of commercially available machine(s), equipment, or technology(ies) used to perform blood tests for commercial testing center patients.

- T3.58. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR dilution or other preparation of ANY blood sample(s) for use with commercially available machine(s), equipment, or technology(ies), whether modified or not, used to perform blood tests for commercial testing center patients.

- T3.60. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the method(s) YOU used to calculate coefficients of variation or "CV" for each of YOUR blood tests.

- T3.69. ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR analysis and/or determination of which blood tests are most commonly ordered by physicians and patients, as described in YOUR response to Interrogatory No. 20.

- T3.78. ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY analyses, empirical studies, testing, and/or other validation of ANY of YOUR blood tests, machines, equipment, and/or technology by the National Aeronautics and Space Administration (NASA).

1. <u>Custodian Group A</u>: Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2. <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

3. <u>Responsive Criteria</u>: Any document relating to Theranos blood testing technology, including any internal or external vetting or validation of that technology, tests offered, any chemistries used in the lab, proprietary machines, non-proprietary machines, test accuracy, test turnaround time, finger stick draws, venous draws, EMR software, Current Procedural Terminology codes, and testing capabilities on single blood draws. Includes complaints or criticisms.

4. <u>Search terms</u>:

| "P-protocol" or "T-protocol" or "T-Cup" or ((Advia or 1800* or Siemens or 4S or "mini-lab" or minilab or "mini lab" or Edison) w/5 (capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or dilut*)) |
| --- |
| ("Institute of Cancer Research" or "Royal Marsden Hospital" or "San Francisco General Hospital" or UCSF or "Sanofi-Aventis" or "Schering-Plough" or Stanford or Navy or Vicus or "Walter Reed") w/50 (clinic* or trial* or validat* |

Theranos-DOJ TL000101

Confidential/Subject to Review and Change

| |
|---|
| or test* or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens) |
| ("Instituto Mexicano del Seguor Social" or IMSS or "Johns Hopkins" or "John Hopkins" or "Mayo Clinic" or Merck or Novartis or Peviva or Pfizer or Centocor or "Paterson Institute for Cancer Research" or PICR) w/50 (clinic* or trial* or validat* or test* or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens) |
| (("Bristol Myers Squibb" or BMS or Celgene) w/50 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) AND (("Bristol Myers Squibb" or BMS or Celgene) w/50 (validat* or stud* or review* or report or reports or reporting or reported or analys* or deploy*)) |
| (("Cleveland Clinic" or JHU or "American Burn Association") w/50 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) AND (("Cleveland Clinic" or JHU or "American Burn Association") w/50 (validat* or stud* or review* or report or reports or reporting or reported or analys* or deploy*)) |
| (("US Army" or "Department of Defense" or DoD or AstraZeneca) w/50 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) AND (("US Army" or "Department of Defense" or DoD or AstraZeneca) w/50 (validat* or stud* or review* or report or reports or reporting or reported or analys* or deploy*)) |
| ((Centocor or "Central Homecare" or GlaxoSmithKline or "GSK") w/50 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) AND ((Centocor or "Central Homecare" or GlaxoSmithKline or "GSK") w/50 (validat* or stud* or review* or report or reports or reporting or reported or analys* or deploy*)) |
| (1800 or 1800s or Siemens or 4S or "mini-lab" or minilab or "mini lab" or Advia or Edison) w/25 (test* or assay* or sample* or blood or draw or dilut*) |
| (accura* or inaccura* or succe* or unsucce* or fail* or reliab* or unreliab* or wrong or coeff*) w/25 (test* or capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens) |
| (ARUP or "Cleveland Clinic" or "MD Tox" or "UCSF" or "West Pacific")  w/25 (test* or assay*) |
| (Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (investor* or public or customer* or patient*)) |

7

Theranos-DOJ TL000102

Confidential/Subject to Review and Change

| |
|---|
| (Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (test* or result* or technolog* or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) |
| (CPT or "Current Procedural Terminology") w/25 (test* or assay* or sample* or blood or draw) |
| (EMR or "Electronic Medical Record*") w/5 (software or app or program* or integrat* or ready or operational) |
| (number* w/5 (test* or assay*)) and ((single or one) w/5 (sample or blood or draw or CTN or nanotainer or cartridge)) |
| (Survey* or inspect*) w/25 ("New York State Department of Health" or NYSDH or "California Department of Public Health" or CDPH or "Arizona Department of Health Services" or ADHS) |
| (test* w/5 menu*) w/25 (capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture) |
| (turnaround or (turn w/2 around) or day* or hour*) w/10 (result* or test*) |
| multiplex* |
| ((Pfizer or Centocor or Schering-Plough or Celgene or AstraZeneca or GlaxoSmithKline or "GSK" or Merck or Novartis or "Bristol-Myers Squibb" or BMS or "Sanofi-Aventis") w/25 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S)) |
| ((CV or "coefficient of variation") w/5 (test* or assay* or sample*)) |
| ((common* w/5 test*) w/25 (doctor* or physician* or patient*)) |
| ((NASA or "National Aeronautics and Space Administration") w/50 (test* or assay* or nanotainer* or CTN or Edison or 3.5 or analyzer* or machine* or device* or TSPU or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) AND ((NASA or "National Aeronautics and Space Administration") w/50 (validat* or stud* or review* or report or reports or reporting or reported or analys* or deploy*)) |
| ((proficiency w/2 test*) or PT) w/25 sample* |
| (Abbot or "BD Biosciences" or "Beckman Coulter" or "Bio-Rad" or CellaVision or DiaSorin or Drew or Eldon or IRIS or Magellan or OraSure or Quidel or Streck) w/50 (dilut* or Advia or 1800* or Siemens or minilab or "mini-lab" or "mini lab" or 4S or Edison) |
| (CMS or FDA or investor* or partner*) w/50 (Normandy or "Jurassic Park" or "CLIA lab*") |

8

Theranos-DOJ TL000103

Confidential/Subject to Review and Change

| LTL or TOL or TYOP |
|---|

     5.    <u>Custodian Group B</u>:  Jerry Huang.

     6.    <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

     7.    <u>Responsiveness Criteria</u>:  Any document concerning Theranos EMR software.

     8.    <u>Search Terms</u>:

| (EMR or "Electronic Medical Record*") w/5 (software or app or program* or integrat* or ready or operational) |
|---|

     9.    <u>Custodian Group C</u>:  Xinwei Sam Gong, Sheena Menezes, Tina Noyes, Anthony Nugent.

     10.    <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

     11.    <u>Responsiveness Criteria</u>:  Any document relating to internal or external vetting or validation of Theranos blood testing technology, any chemistries used in the lab, proprietary machines, non-proprietary machines, test accuracy, finger stick draws, and venous draws.

     12.    <u>Search Terms</u>:

| ("P-protocol" or "T-protocol" or "T-Cup" or ((Advia or 1800* Siemens or 4S or "mini-lab" or minilab or "mini lab" or Edison) w/5 (capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or dilut*))) |
|---|
| ((1800 or 1800s Siemens or 4S or "mini-lab" or minilab or "mini lab" or Advia or Edison) w/25 (test* or assay* or sample* or blood or draw or dilut*)) |
| ((accura* or inaccura* or succe* or unsucce* or fail* or reliab* or unreliab* or wrong or coeff*) w/25 (test* or capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)) |

     13.    <u>Custodian Group D</u>:  Sheena Menezes, Tina Noyes, Anthony Nugent, Mona Ramamurthy.

     14.    <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

     15.    <u>Responsiveness Criteria</u>:  Any document relating to complaints or criticisms about Theranos blood testing technology.

     16.    <u>Search Terms</u>:

9

**Confidential/Subject to Review and Change**

((Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (investor or public or customer* or patient*)))

((Complain* or critici* or concern* or issue* or doubt* or worr*) w/100 ((misrepresent* or misstat* or fals* or lying or lie* or untru* or overstat* or inaccura* or "not accurate") and (test* or result* or technolog* or TSPU or Edison or 3.5 minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens)))

17.   Custodian Group E:  Mona Ramamurthy.

18.   Date Restriction: January 1, 2013 to October 10, 2016.

19.   Responsiveness Criteria:  Any document relating to complaints or criticisms about Theranos blood testing technology.

20.   Search Terms:

((accura* or inaccura* or succe* or unsucce* or fail* or reliab* or unreliab* or wrong or coeff*) w/25 (test* or capillary or fingerstick or "finger stick" or FS or venous or vein* or venipuncture or TSPU or Edison or 3.5 or minilab or "mini-lab" or "mini lab" or 4S or Advia or 1800* or Siemens))

**B.    Theranos Partnerships**

- T1-19 and H1.28. ALL DOCUMENTS and COMMUNICATIONS CONCERNING WALGREENS, ALBERTSONS, Safeway, Duane Reade, CVS, WAL-MART, and ANY other retail or pharmacy company YOU partnered with, sought to partner with, or that sought to partner with YOU from January 1, 2013 through the present, including without limitation ANY contracts or memoranda of understanding with such partners or potential partners.

- T1-20 and H1.29. ALL DOCUMENTS and COMMUNICATIONS CONCERNING INTERMOUNTAIN HEALTHCARE, UNITEDHEALTH GROUP, DIGNITY HEALTH, and ANY other hospital or healthcare provider YOU partnered with, sought to partner with, or that sought to partner with YOU from January 1, 2013 through the present, including without limitation ANY contracts or memoranda of understanding with such partners or potential partners.

- T1-21 and H1.30.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY physicians or physicians' practices YOU partnered with or sought to partner with from January 1, 2013 through the present, including without limitation ANY contracts or memoranda of understanding with such partners or potential partners.

- H1.9.  YOUR COMMUNICATIONS with BALWANI, from January 1, 2013 through the present, CONCERNING… THERANOS's relationships with retail stores and pharmacies, hospitals, and physicians or physician practices.

10

Confidential/Subject to Review and Change

> - H1.10.  YOUR COMMUNICATIONS with ANY member of THERANOS's Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board, from January 1, 2013 through the present, CONCERNING… THERANOS's relationships with retail stores and pharmacies, hospitals, and physicians or physician practices.
> - T3.53.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING the U.S. military, Department of Defense, or ANY department, division, or branch thereof, that YOU partnered with, sought to partner with, or that sought to partner with YOU from January 1, 2012 through the present, including without limitation ANY contracts or memoranda of understanding with such partners or potential partners.

1. <u>Custodian Group A</u>:  Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2. <u>Date Restriction</u>:  January 1, 2013 to October 10, 2016.

3. <u>Responsive Criteria</u>:  Any document concerning partnerships or potential partnerships with pharmacies (Walgreens, Albertsons, Safeway, Duane Reade, CVS, Wal-Mart), healthcare providers (InterMountain, United Health, Dignity, etc.), and physicians.

4. <u>Search Terms</u>:

| |
|---|
| "Cleveland Clinic" w/50 (agreement* or contract* or partner*) |
| (Dignity) w/50 ("term sheet" or "terms sheet" or agreement* or contract* or partner*) |
| "Duane Reade" |
| ("United Health" or UHG or "UnitedHealth") w/50 ("term sheet" or "terms sheet" or agreement* or contract* or partner*) |
| (doctor* or physician*) w/50 (agreement* or contract* or partner* or distrib* or requisition*) |
| Albertsons |
| CVS w/50 (agreement* or contract* or pilot* or partner*) |
| Intermountain w/50 (agreement* or contract* or pilot* or stud* or partner*) |
| Safeway w/50 (buil* or agreement* or contract* or partner* or "wellness center*") |

Theranos-DOJ TL000106

**Confidential/Subject to Review and Change**

> (Walgreens or WAG) w/50 (agreement* or contract* or partner* or pilot* or terminat* or buil* or "wellness center*" or Hunter)

> ("Wal-Mart" or Walmart or WMT) w/50 (agreement* or contract* or partner*)

5. <u>Custodian Group B</u>:  Brad Arington; Valeska Hintz, Heather King, Scott Marmer.

6. <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

7. <u>Responsiveness Criteria</u>:  External communications with Walgreens.

8. <u>Search Terms</u>:

> (@walgreens.com)

9. <u>Custodian Group C</u>:  Heather King, Scott Marmer.

10. <u>Date Restriction</u>:  January 1, 2013 to October 10, 2016.

11. <u>Responsiveness Criteria</u>:  External communications with Safeway.

12. <u>Search Terms</u>:

> (@safeway.com)

13. <u>Custodian Group D</u>:  Heather King, Scott Marmer.

14. <u>Date Restriction</u>:  Dated prior to October 10, 2016.

15. <u>Responsiveness Criteria</u>:  External communications with any representative of any hospital.

16. <u>Search Terms</u>:

> (@ucsfmedctr.org or @dignityhealth.org or @cancercenter.com or @cedars-sinai.edu or @davita.com or @honorhealth.com or intermountainhealthcare.org or @my.clevelandclinic.org or @ccf.org or @mayoclinic.org or mountsinai.org or @pamf.org or @phoenixchildrens.org or @pinnaclehealth.org or @selectmedical.com or @sharp.com or @slhn.org or @sutterhealth.org or @tenethealth.com or @chop.edu or @email.chop.edu or @umc.edu or @childrenshospitaloakland.org or @healthcare.utah.edu or @vanderbilt.edu)

17. <u>Custodian Group E</u>: Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Christian Holmes, Danise Yam.

18. <u>Date Restriction</u>:  January 1, 2012 to October 10, 2016.

Theranos-DOJ TL000107

Confidential/Subject to Review and Change

19.  Responsive Criteria:  Any document concerning partnerships or potential partnerships with the US Military or the Department of Defense.

20.  Search Terms:

> (("US Army" or "Department of Defense" or DoD) w/50 (agreement* or contract* or partner*))

## C.  Public Representations

- T2.9 and H1.12.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING changes to YOUR website and ANY social media accounts or profiles since January 1, 2013.
- T2.10 and H1.13.  ALL DOCUMENTS and COMMUNICATIONS regarding YOUR public COMMUNICATIONS, including without limitation ANY statements to ANY person affiliated with ANY media outlet, ANY talking points, speeches, presentations, testimony, and articles, ANY marketing and public relations strategies, and ANY drafts thereof.

1.  Custodian Group A:  Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2.  Date Restriction:  January 1, 2013 to October 10, 2016.

3.  Responsive Criteria:  Any document that relates to public communications, social media, or marketing/PR strategies.

4.  Search Terms:

> ((facebook or twitter or tweet*) w/5 (post* or updat* or shar* or repost* or retweet*)) w/25 (FDA or nanotainer* or drop* or needle* or fingerstick* or finger-stick* or clears or cleare* or clearance*)

> ((media or (public w/2 relations)) w/10 strategy)

> ((website* or webpage* or www.theranos.com*) w/5 (chang* or modif* or updat* or revis*)) w/25 (FDA or nanotainer* or drop* or needle* or FS or fingerstick* or finger-stick* or clears or cleare* or clearance*)

13

Theranos-DOJ TL000108

Confidential/Subject to Review and Change

| (speech* or script* or interview* or present* or conference*) w/25 (senate or tedmed or "usa today" or "wall street journal" or wsj or forbes or fortune or cnbc or cnn or cbs or youtube or Facebook or LinkedIN or twitter) |
| --- |
| (website* or webpage* or www.theranos.com* or facebook or twitter or tweet*) w/5 (chang* or modif* or updat* or revis*) |

5. <u>Custodian Group B:</u>  Carisa Bianchi, Gage Clegg, Patrick O'Neill.

6. <u>Date Restriction:</u>  January 1, 2013 to October 10, 2016.

7. <u>Responsive Criteria:</u>  Any document that relates to public communications, social media, or marketing/PR strategies.

8. <u>Search Terms:</u>

| ((facebook or twitter or tweet*) w/5 (post* or updat* or shar* or repost* or retweet*)) w/25 (FDA or nanotainer* or drop* or needle* or fingerstick* or finger-stick* or clears or cleare* or clearance*) |
| --- |
| ((website* or webpage* or www.theranos.com*) w/5 (chang* or modif* or updat* or revis*)) w/25 (FDA or nanotainer* or drop* or needle* or FS or fingerstick* or finger-stick* or clears or cleare* or clearance*) |

## D.   Balwani's Departure From Theranos and Board of Directors

- T1.3. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the cessation of BALWANI's role as Chief Operating Officer for THERANOS.
- T1.4.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING the cessation of BALWANI's role as a member of the Board of Directors for THERANOS.

1. <u>Custodians:</u>  Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2. <u>Date Restriction:</u>  January 1, 2016 to July 31, 2016.

3. <u>Responsive Criteria:</u>  Any document concerning Balwani stepping down as COO or leaving the Board of Directors.

4. <u>Search Term:</u>

14

**Confidential/Subject to Review and Change**

> (terminat* or fire* or firing or resign* or retire* or depart* or leave* or left or exit* or quit*) w/10 (Balwani or Sunny)

**E.      PFM**.

> - T1.6 and H1.8.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING PFM, including without limitation its INVESTMENT and the valuation of stock purchased by PFM.
> - T3.71.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING blood tests performed for … PFM …

1.  <u>Custodian Group A</u>: Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2.  <u>Date Restriction:</u>  Dated prior to October 10, 2016.

3.  <u>Responsiveness Criteria</u>:   Any document concerning PFM or its investment.

4.  <u>Search Terms:</u>

> "Partner Fund Management" or PFM or "Partner Investments" or "pfmlp.com" or Grossman or (Chris w/2 James) or Summe

> (Grossman or (Chris w/2 James) or CJ or (Vivek w/2 Khanna) or (Vikram w/2 Khanna) or (Aleks* w/2 Rabodzey) or (Alex w/2 Rabodzey) or (Sri* w/2 Balasuryan)) w/25 (blood or test*))

1.  <u>Custodian Group B</u>:  Valeska Hintz.

2.  <u>Date Restriction</u>: Dated prior to October 10, 2016.

3.  <u>Responsiveness Criteria</u>:  External communications with PFM.

4.  <u>Search Terms:</u>

> (@pfmlp.com)

5.  <u>Custodian Group C</u>:  Todd Cardiff, David Kosanke, Timothy Smith.

15

**Confidential/Subject to Review and Change**

6.    <u>Date Restriction</u>: Dated between December 15, 2013 to February 15, 2014.

7.    <u>Responsiveness Criteria</u>:  Any document concerning PFM or its investment.

8.    <u>Search Terms</u>:

| ("Partner Fund Management" or PFM or "Partner Investments" or "pfmlp.com" |
| --- |
| (Grossman or (Chris w/2 James) or CJ or (Vivek w/2 Khanna) or (Vikram w/2 Khanna) or (Aleks* w/2 Rabodzey) or (Alex w/2 Rabodzey) or (Sri* w/2 Balasuryan)) |
| (tour* and (invest* or "Jurassic Park" or Normandy)) |

## F.    Company Financials

- T2.6 and H1.5.  ALL DOCUMENTS CONCERNING YOUR financial condition and performance from January 1, 2013 through the present, including without limitation financial models, capitalization tables, financial statements (audited or unaudited), projected and actual budgets, projected and actual cash flows, balance sheets, internal or external valuations, and profit and loss statements.
- T2.7 and H1.6. ALL DOCUMENTS and COMMUNICATIONS CONCERNING the valuation of THERANOS assets, including without limitation THERANOS's intellectual property.
- T2.11 and H1.14. ALL DOCUMENTS CONCERNING YOUR earnings, profits, or revenues, if any, from blood tests.

1.    <u>Custodians</u>: Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Brooke Buchanan, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2.    <u>Date Restriction</u>: January 1, 2013 to October 10, 2016.

3.    <u>Responsiveness Criteria</u>:  Any document concerning the Company's financials or valuations.

4.    <u>Search Terms</u>:

| "balance sheet" |
| --- |
| "financial model*" or "financial statement*" or "financial projection*" or "profit and loss" or "P&L" or "P and L" or PnL or "income statement*" |

16

Confidential/Subject to Review and Change

| |
|---|
| (earning* or profit* or revenue*) w/10 (test* or assay*) |
| cap w/10 (table* or chart*) |
| valu* w/10 (patent* or IP or "intellectual property") |
| valu* w/10 (stock or share* or "Series C-2") |

### G.   Business Strategies

- T2.5 and H1.4.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING YOUR business model(s), plan(s), or strategy(ies), including without limitation YOUR capital raising strategy(ies).

    1.    <u>Custodians:</u> Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Lisa Durkin, Diana Lee, Paige Williams, Brooke Buchanan, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

    2.    <u>Date Restriction</u>:  January 1, 2013 to October 10, 2016.

    3.    <u>Responsiveness Criteria</u>:  Any document discussing or setting forth business strategy.

    4.    <u>Search Terms</u>:

| |
|---|
| (business or capital) w/10 (strateg* or model* or plan*) |

### H.   Government Interactions and FDA Submissions

- T1.26 and H1.37.  ALL COMMUNICATIONS to or from the FDA regarding YOUR Pre-Submissions, Premarket Notification (510(k)) submissions, Premarket Approval submissions, or Emergency Use Authorization submissions to the FDA.
- T2.16 and H1.38.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING site visits, inspections, and proposed sanctions by CMS, including without limitation ALL DOCUMENTS YOU provided to CMS in response to ANY notices, findings, or requests issued by CMS.
- T2.17 and H1.39. ALL DOCUMENTS and COMMUNICATIONS CONCERNING site visits and inspections by the FDA, including without limitation ANY Form 483s or other notices issued by the FDA and ALL DOCUMENTS YOU provided to the FDA in response to ANY notices, findings, or requests issued by the FDA.
- T2.18 and H1.41. ALL COMMUNICATIONS with the U.S. Securities and Exchange Commission, the U.S. Department of Justice, and ANY other government regulator, including without limitation ANY presentation(s) provided to ANY regulator.
- H1.9.  YOUR COMMUNICATIONS with BALWANI, from January 1, 2013 through the

17

Confidential/Subject to Review and Change

> present, CONCERNING… the status and nature of THERANOS's submissions to and correspondence with the FDA …
>
> - H1.10.  YOUR COMMUNICATIONS with ANY member of THERANOS's Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board, from January 1, 2013 through the present, CONCERNING… the status and nature of THERANOS's submissions to and correspondence with the FDA …
> - T3.70.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING the compilation and/or presentation of data for YOUR Premarket Notification (510(k)) submissions.

1.  <u>Custodian Group A:</u> Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2.  <u>Date Restriction</u>: Dated prior to October 10, 2016.

3.  <u>Responsiveness Criteria</u>:  Any document concerning communications or interactions with governmental agencies, including any document or communication concerning Theranos's submissions to the FDA.

4.  <u>Search Terms:</u>

| |
|---|
| (CMS or "Centers for Medicare") w/50 (inspect* or visit* or survey* or sanction* or finding* or report OR reports OR reporting OR reported or request* or deficien*) |
| FDA w/50 (inspect* or visit* or survey* or sanction* or finding* or report OR reports OR reporting OR reported or request* or deficien* or "objectionable condition*" or LDT*) |
| (premarket or pre-market) w/2 submi* |
| Q-sub* |
| pre-sub* or pre-IDE |
| (FDA or "fda.gov") w/50 (submi* or "510(k)" or Q-sub) |
| ("Center for Devices and Radiological Health" or CDRH) w/50 ("510(k)" or clearance*) |
| ("Center for Biologics Evaluation and Research" or CBER) w/50 ("510(k)" or clearance*) |
| "510(k)" w/25 (test* or assay* or nanotainer* or CTN) |

18

Confidential/Subject to Review and Change

> "@fda.gov" or "@sec.gov" or "@doj.gov" or "@nysdh.gov" or "@cdhs.gov"

    5.      <u>Custodian Group B</u>:  Brad Arington.

    6.      <u>Date Restriction</u>:  Dated prior to October 10, 2016.

    7.      <u>Responsiveness Criteria</u>:  External communications with the FDA.

    8.      <u>Search Terms</u>:

> (@fda.gov)

    9.      <u>Custodian Group C</u>:  Heather King.

    10.    <u>Date Restriction</u>:  Dated prior to October 10, 2016.

    11.    <u>Responsiveness Criteria</u>:  External communications with any government agency.

    12.    <u>Search Terms</u>:

> (@fda.gov or @sec.gov or @doj.gov or @nysdh.gov or @cdhs.gov)

    13.    <u>Custodian Group D</u>:  Xinwei Sam Gong.

    14.    <u>Date Restriction</u>:  Dated prior to October 10, 2016.

    15.    <u>Responsiveness Criteria</u>:  Any document concerning submissions to the FDA.

    16.    <u>Search Terms</u>:

> (FDA or "fda.gov") w/50 (submi* or "510(k)" or Q-sub)

    a.    ESI searches are in addition to producing documents provided to CMS or the FDA.

**I.    Employee Complaints or Reports**

- T3.74.  ALL DOCUMENTS and COMMUNICATIONS in which any of YOUR current or former employee(s) made a complaint and/or report CONCERNING THERANOS's non-compliance with state and/or federal laws, and/or that alleged any fraud, misrepresentation, or material omission by THERANOS, including but not limited to ANY complaints and/or reports made to a whistleblower, compliance, or ethics reporting hotline or e-mail account.
- T3.75.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY claims

19

Confidential/Subject to Review and Change

and/or allegations of retaliation by YOUR current or former employees, including without limitation Tyler Shultz.

1. Custodian Group A: Elizabeth Holmes, Sunny Balwani, Dan Edlin, Jeff Blickman, Max Fosque, Ryan Karpel, Kim Alfonso, Christian Holmes, Danise Yam, Suraj Saksena, Chinmay Pangarkar, Gary Frenzel, Surekha Gangakhedkar, Sharada Sivaraman, Paul Patel, Daniel Young, King Das, Don Tschirhart, Lisa Durkin, Diana Lee, Paige Williams, Ian Gibbons, Tyler Shultz, Erika Cheung, Adam Rosendorff, Arnold Gelb, Brooke Buchanan, Sam Anekal, Tracy Masson, Mark Pandori, Channing Robertson, Timothy Smith, Jim Twitchell, Hoda Alamdar.

2. Date Restriction:  January 1, 2013 to October 10, 2016.

3. Responsiveness Criteria:  Any document concerning employee complaints or reports concerning any of the following categories described, *supra*: Blood Testing/Equipment/Methods/Technology, Theranos Partnerships, Public Representations, Balwani Departure, PFM, Company Financials, Business Strategies, and Government Interactions/FDA Submissions. Includes claims or allegations of retaliation.

   a. *See also supra* at 6-8 for search terms and responsiveness criteria pertaining to RFP Nos. T1.23, H1.34, T1.24, and H1.35.

4. Search Terms:

| ("do not" or "don't") w/3 (circulate or distribute or forward or share or tell) |
| --- |
| (SEC or DOJ or FBI) w/25 (investig* or subpoena* or crim* or jail or prison) |
| "for your eyes only" or "between us" |
| fraud* |
| whistleblow* |
| (illegal* or crime or crimes or criminal or "against the law") w/10 (think* or concern* or worr* or afraid or scared or nervous or feel* or belie* or rais* or flag* or attention*) |
| retaliat* |

5. Custodian Group B: Sheena Menezes, Tina Noyes, Anthony Nugent.

6. Date Restriction:  January 1, 2013 to October 10, 2016.

7. Responsiveness Criteria:  Any document concerning employee complaints or reports concerning any of the following categories described, *supra*: Blood Testing/Equipment/Methods/Technology, Theranos Partnerships,

20

**Confidential/Subject to Review and Change**

Public Representations, Balwani Departure, PFM, Company Financials, Business Strategies, and Government Interactions/FDA Submissions.

8.    Search Terms:

| fraud* |
|---|
| whistleblow* |
| (illegal* or crime or crimes or criminal or "against the law") w/10 (think* or concern* or worr* or afraid or scared or nervous or feel* or belie* or rais* or flag* or attention*) |

9.    Custodian Group C: Mona Ramamurthy.

10.    Date Restriction:  January 1, 2013 to October 10, 2016.

11.    Responsiveness Criteria:  Any document concerning employee complaints or reports concerning any of the following categories described, *supra*: Blood Testing/Equipment/Methods/Technology, Theranos Partnerships, Public Representations, Balwani Departure, PFM, Company Financials, Business Strategies, and Government Interactions/FDA Submissions.

12.    Search Term:

| whistleblow* |
|---|

## III.    No Separate Searches

The Company and Holmes do not propose making separate production in response to the following requests.  In large measure, to the extent these requests call for relevant documents, the above production will capture them.

| Request | Reason |
|---|---|
| T1.5 and H1.7.  DOCUMENTS sufficient to identify ALL purchasers of YOUR stock, including without limitation the date, amount, price, and valuation of such purchases, and the date, amount, and price of ANY redemption of such purchases. | Documents concerning investors other than PFM are not relevant to this litigation. |
| H1.9.[4]  YOUR COMMUNICATIONS with BALWANI, from January 1, 2013 through the present, CONCERNING ANY of the matters or issues in the COMPLAINT, including | With respect to the request for communications with Balwani concerning Theranos's communications to investors, documents concerning investors other than PFM are not |

---

[4] Portions of H1.9 will be addressed in the subject matter searches, where H1.9 is specifically noted in the categories discussed above.

21

Confidential/Subject to Review and Change

| | |
|---|---|
| without limitation: THERANOS's COMMUNICATIONS to investors; the number and proportion of blood tests on THERANOS's Direct Testing Menu that utilized CAPILLARY BLOOD SAMPLES; the extent to which THERANOS used commercially available equipment to perform blood tests; the status and nature of THERANOS's submissions to and correspondence with the FDA; and THERANOS's relationships with retail stores and pharmacies, hospitals, and physicians or physician practices. | relevant to this litigation.  With respect to the remainder of this request, and to the extent such documents and communications are relevant, the above searches based on subject matters will capture them. |
| H.10.[5]  YOUR COMMUNICATIONS with ANY member of THERANOS's Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board, from January 1, 2013 through the present, CONCERNING ANY of the matters or issues in the COMPLAINT, including without limitation: THERANOS's COMMUNICATIONS to investors; the number and proportion of blood tests on THERANOS's Direct Testing Menu that utilized CAPILLARY BLOOD SAMPLES; the extent to which THERANOS used commercially available equipment to perform blood tests; the status and nature of THERANOS's submissions to and correspondence with the FDA; and THERANOS's relationships with retail stores and pharmacies, hospitals, and physicians or physician practices. | With respect to the request for communications with any member of Theranos's Board of Directors, Board of Counselors, or Scientific and Medical Advisory Board concerning Theranos's communications to investors, documents concerning investors other than PFM are not relevant to this litigation.  With respect to the remainder of this request, and to the extent such documents and communications are relevant, the above searches based on subject matters will capture them. |
| T2.3 and H1.3.  ALL COMMUNICATIONS CONCERNING THERANOS sent, received, or otherwise transmitted to or by HOLMES between September 1, 2013 and March 1, 2014. | To the extent any such communications are relevant, the above searches based on subject matters will capture them. |
| T2.4.  ALL COMMUNICATIONS CONCERNING THERANOS sent, received, or otherwise transmitted to or by BALWANI between September 1, 2013 and March 1, 2014. | To the extent any such communications are relevant, the above searches based on subject matters will capture them. |

---

[5] Portions of H1.10 will be addressed in the subject matter searches, where H1.10 is specifically noted in the categories discussed above.

Theranos-DOJ TL000117

Confidential/Subject to Review and Change

| | |
|---|---|
| T2.8 and H1.11.  ALL DOCUMENTS YOU provided to purchasers or prospective purchasers other than PFM in the course of selling or seeking to sell YOUR Series C-2 Preferred Stock. | Documents concerning investors other than PFM are not relevant to this litigation. |
| T2.19 and H1.42.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY investigation of YOU or ANY of YOUR current or former employees, officers, or directors, whether conducted by a government agency, THERANOS, THERANOS's Board of Directors, or otherwise. | To the extent any such investigations are relevant, the above searches based on subject matters will capture them. |
| T2.20.  ALL DOCUMENTS evidencing or CONCERNING YOUR rules, instructions, standards, practices, procedures, handbooks, manuals, or policies governing YOUR current or former employees. | To the extent such materials are relevant, the above searches based on subject matters will capture them. |
| T2.24 and H1.45.  ALL DOCUMENTS supporting or contradicting ANY defense asserted by or to be asserted by ANY of the DEFENDANTS in this action. | This request is premature. |
| T3.55.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING ANY PERSONS who purchased and/or received shares of YOUR stock at a price of $15 per share at any time between January 1, 2013 through February 4, 2014. | The Company will produce a capitalization table that identifies the investors who purchased shares of the Company's stock between January 1, 2013 through February 4, 2014.  Documents and communications concerning investors other than PFM are not relevant to this litigation. |
| T3.56.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING backup tapes stored at Iron Mountain (and/or any other location) that were or may have been discarded or deleted. | Documents concerning backup tapes stored at Iron Mountain that were or may have been discarded have no relevance to this litigation.  Although there was no formal policy to do so, the Company periodically discarded backup tapes on an ad hoc basis.  In October 2015, the Company instituted a litigation preservation hold and has since maintained all backup tapes in its possession.  As such, documents concerning any tapes that were or may have been discarded are irrelevant to this Action. |
| T3.68.  ALL severance agreements, settlement agreements, and contracts or other agreements related to the provision of consulting services between YOU and YOUR former employees | Severance agreements, settlement agreements, and contracts or other agreements related to the provision of consulting services between the Company and its former employees have no |

23

Theranos-DOJ TL000118

Confidential/Subject to Review and Change

| | |
|---|---|
| who are custodians and/or who are referred to in YOUR Responses and Objections to Plaintiffs' First Set of Interrogatories. | relevance to the investment at issue in this litigation. |
| T3.71.[6]  ALL DOCUMENTS and COMMUNICATIONS CONCERNING blood tests performed for ANY PERSON who is and/or was an actual and/or potential investor in or business partner with THERANOS, or is and/or was affiliated with an actual and/or potential investor in or business partner with THERANOS, including but not limited to PFM, in connection with the evaluation or consideration of an investment in or partnership with THERANOS. | The Company will produce all documents and communications concerning blood tests performed for individuals affiliated with PFM, if any, and the above searches will capture them.  Documents concerning investors other than PFM are not relevant to this litigation.  The Company has separately offered to produce any document concerning partnerships or potential partnerships with pharmacies, healthcare providers, and physicians, and above searches based on subject matters will capture them. |
| T3.72.  ALL DOCUMENTS and COMMUNICATIONS CONCERNING tours of YOUR laboratory, office, and/or other facility that featured a viewing of YOUR SAMPLE PROCESSING UNIT(S) or other blood-testing machines, that YOU provided to ANY PERSON who is and/or was an actual and/or potential investor in or business partner with THERANOS, or is and/or was affiliated with an actual and/or potential investor in or business partner with THERANOS, including but not limited to PFM, in connection with the evaluation or consideration of an investment in or partnership with THERANOS. | The Company will produce documents concerning tours of its laboratory, office, and/or other facility that featured a viewing of its sample processing unit(s) or other blood-testing machines that it provided to PFM, and the above searches based on subject matters will capture them.  Documents concerning investors other than PFM are not relevant to this litigation. |
| T3.76.  ALL versions or iterations of the Excel document containing YOUR "Macro Assumptions," "Market Assumptions," "Pro Forma Income Statement," "Pro Forma Quarterly Statement of Cash Flow," and "Consolidated Balance Sheet" that YOU sent or otherwise provided to prospective investors in THERANOS, and ALL DOCUMENTS underlying, used, and/or referenced as a basis for YOUR calculations, representations, estimates, and/or projections in this Excel document. | The Company will produce any non-privileged documents concerning PFM's investment, and the above searches based on subject matters will capture them.  Documents concerning investors other than PFM are not relevant to this litigation. |
| T3.77.  ALL versions or iterations of the | As indicated above, the Company will produce |

---

[6] A portion of T3.71 will be addressed in a subject matter search, where T3.71 is specifically noted above.

Theranos-DOJ TL000119

Confidential/Subject to Review and Change

| | |
|---|---|
| PowerPoint presentation containing correlation graphs that YOU sent or otherwise provided to prospective investors in THERANOS, and ALL DOCUMENTS underlying, used, and/or referenced as a basis for YOUR calculations, representations, estimates, and/or projections in this PowerPoint presentation. | an unencrypted version of the slide deck that was provided to PFM by email on January 16, 2014.  In addition, the Company will produce any non-privileged documents concerning PFM's investment, and the above searches based on subject matters will capture them. Documents concerning investors other than PFM are not relevant to this litigation. |

## IV.    Custodians

| Name | Title | Former/Current |
|---|---|---|
| Elizabeth Holmes | CEO | Current |
| S. Balwani | COO | Former |
| Dan Edlin | Sr. Project Manager | Current |
| Jeff Blickman | Sr. Project Manager | Current |
| Max Fosque | Sr. Project Manager | Current |
| Ryan Karpel | Sr. Project Manager | Former |
| Kim Alfonso | General Manager, Sales & Business Development | Former |
| Christian Holmes | Commercial Director/Project Manager | Current |
| Danise Yam | Controller | Former |
| Suraj Saksena | Director Assay Development | Former |
| Chinmay Pangarkar | VP Assay System [ELISA & Cytometry] | Current |
| Gary Frenzel | ELISA | Former |
| Surekha Gangakhedkar | ELISA | Former |
| Sharada Sivaraman | ELISA | Current |
| Paul Patel | General Chemistry | Current |
| Daniel Young | VP of Comp. Bio/Lab Director | Current |
| King Das | Lab Director | Current |
| Don Tschirhart | Lab Director | Current |
| Lisa Durkin | Elizabeth Holmes' Assistant | Current |
| Diana Lee | Balwani's Assistant, former Elizabeth Holmes' Assistant, current. | Former |

Theranos-DOJ TL000120

**Confidential/Subject to Review and Change**

| Name | Title | Former/Current |
|---|---|---|
| Paige Williams | Elizabeth Holmes' Assistant | Current |
| Ian Gibbons | Senior Director - Assay | Former |
| Tyler Shultz | Research Engineer | Former |
| Erika Cheung | Lab Associate | Former |
| Adam Rosendorff | Lab Director | Former |
| Arnold Gelb | Lab Director | Former |
| Brooke Buchanan | Former VP of Communications | Former |
| Sam Anekal | Vice President, Theranos Systems | Former |
| Brad Arington | Chief Regulatory Counsel | Current |
| Valeska Hintz | Senior Corporate Counsel | Former |
| Jerry Huang | Senior Software Product Manager | Current |
| Xinwei Sam Gong | Senior Scientist, Computational Bio; Machine Learning Lead | Former |
| Heather King | General Counsel | Former |
| Scott Marmer | Associate Director of Licensing and Transactions | Former |
| Tracy Masson | Vice President, Operations, Arizona | Former |
| Sheena Menezes | Scientist | Former |
| Tina Noyes | Research Scientist | Former |
| Anthony Nugent | Vice President, Product Development | Former |
| Mark Pandori | Lab Director | Former |
| Channing Robertson | Member of Theranos Board of Directors | Former |
| Timothy Smith | Vice President, Theranos Systems | Former |
| Jim Twitchell | Director of Quality, Theranos Systems | Former |
| Hoda Alamdar | Laboratory General Supervisor | Former |
| Mona Ramamurthy | Head of Human Resources and Employment Counsel | Former |
| Patrick O'Neill | Chief Creative Officer | Former |
| Carisa Bianchi | Senior Vice President and Global Chief Marketing Officer | Former |
| Gage Clegg | Creative Director | Former |

Theranos-DOJ TL000121

**Confidential/Subject to Review and Change**

| Name | Title | Former/Current |
|---|---|---|
| **David Kosanke** | Senior Manager, Tool Shop | Current |
| **Todd Cardiff** | Manager, Machine Shop | Current |

## V.      Collection Notes

The Company does not agree to search or restore any backup tapes.

The Company will conduct server-side collection for its custodians.  Additionally, the Company will collect Company laptops for custodians who: (i) are current employees with reasonably available laptops; and (ii) were included on the Company's proposed Discovery Plan served on November 25, 2016.[7]

The collection of mobile device data will be limited (on the defense side) to Ms. Holmes and Mr. Balwani.

As previously disclosed, documents from two lab facilities will be made available for inspection.

---

[7] As previously disclosed, there is no time for anything but server-side collection for other such custodians.

27

Theranos-DOJ TL000122