# EXHIBIT K

WILMERHALE

November 7, 2017

**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED
PURSUANT TO 17 C.F.R. § 200.83 AND 5 U.S.C. § 552**

<u>**BY FEDERAL EXPRESS**</u>

Special Agent Mario C. Scussel
Federal Bureau of Investigation
450 Golden Gate Ave, 13th Floor
San Francisco, CA 94102
Email: mcscussel@fbi.gov

      Re:    Grand Jury Subpoena Investigation #2016R00024

Dear Mr. Scussel:

      We write on behalf of Theranos, Inc. ("Theranos" or the "Company") in response to the grand jury subpoena *duces tecum* dated September 6, 2017 (the "Subpoena"). We produce today at THER-2566547 through THER-2567135 a spreadsheet reflecting text messages sent to and from Elizabeth Holmes and Ramesh Balwani as collected from Elizabeth Holmes's Company-issued devices. These text messages were originally produced at TS-1036239 through TS-1036827, and are being reproduced today with revised redactions pursuant to the guidelines discussed on our October 2, 2017 call with Mr. Schenk and Mr. Bostic.

      We further enclosed documents produced by Theranos to the Securities and Exchange Commission ("SEC") on October 18 and October 27, 2017.

      We are producing this file in native format on an encrypted disc, and we will provide the password for that disc by email.

*   *   *   *

      These materials are confidential and contain competitively sensitive information. Accordingly, we request confidential treatment of this letter and the enclosed materials and any information contained therein pursuant to 5 U.S.C. § 552 and 17 C.F.R. § 200.83 ("Confidential Material"). The materials are exempt from public disclosure under one or more provisions of FOIA and have been appropriately marked to reflect this status. *See, e.g.*, 5 U.S.C. § 552(b)(3) (protecting matters specifically exempted from disclosure by statute); § 552(b)(4) (protecting trade secrets and confidential and privileged financial and commercial information); § 552(b)(7) (protecting certain records or information compiled for law enforcement purposes); § 552(b)(8) (protecting certain records or information prepared for the use of an agency responsible for regulating or supervising financial institutions). Moreover, disclosure of the materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

Mario Scussel
November 7, 2017
Page 2

**WilmerHale**

    Should any third person request the opportunity to inspect or copy the Confidential Material pursuant to FOIA or otherwise, we request on behalf of Theranos that the undersigned immediately be notified of such request and be furnished with a copy of all written materials pertaining to such request (including but not limited to the request and any agency determination with respect to such request).  Theranos expects that it will be given an opportunity to object to such disclosure.  And, should the Department be inclined to grant any such request, it is Theranos' expectation that, pursuant to the procedures required by 28 C.F.R. § 16.8, and Exec. Order 12,600, 52 Fed. Reg. 23,781 (1987), we will be given reasonable advance notice of any such decision to enable our client to pursue any remedy that may be available to it.  In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice.

    The requests set forth in the preceding paragraphs also apply to any memoranda, notes, recordings, or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Department (or any other government agency) and which (1) incorporate, include, or relate to any of the information contained in the Confidential Material; or (2) refer to any conference, meeting, telephone conversation, or interview between (a) our client's current or former employees, associates, representatives, agents, auditors, or counsel and (b) employees of the Department (or any other government agency).

    Provision of the enclosed materials is not intended to and does not waive any applicable privilege or other legal basis under which information may not be subject to production.  By the production of such documents, Theranos does not intend to and has not waived the attorney client privilege or any other protections.

    This Confidential Material remains the property of Theranos.  Accordingly, at the conclusion of this investigation, Theranos requests such material (and any copies thereof) be returned to the undersigned.

    Please do not hesitate to call me if you have any questions about these matters.

Very truly yours,

Christopher Davies

Enclosure

cc (w/o enclosures):   Robert S. Leach
                            Assistant U.S. Attorney
                            U.S. Department of Justice
                            450 Golden Gate Avenue, 11th Floor
                            San Francisco, CA  94102
                            Tel.: (415) 436-7534

Mario Scussel
November 7, 2017
Page 3

WilmerHale

cc (w/o enclosures):   Jeff Schenk
                       Assistant U.S. Attorney
                       U.S. Department of Justice
                       150 Almaden Blvd.
                       San Jose, CA 95126
                       Tel.: (408) 535-5061

Theranos-DOJ TL000133