# EXHIBIT L

## NOTICE OF MANUAL FILING

Regarding: EXHIBIT L – Under Seal Document

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.   If you are a participant on this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The filing was not e-filed for the following reasons:

EXHIBIT L – Under Seal Document