# EXHIBIT O

| Exhibits | Transcript | Media Included |
|---|---|---|
| | | Word Index |

866.999.8310 | aptusCR.com



THPFM0003051353

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                  OAKLAND DIVISION

 4

 5   THERANOS, INC. and ELIZABETH
     HOLMES,
 6
                     Plaintiff,
 7
         vs.                        No. 11-CV-05236-YGR
 8
     FUISZ PHARMA LLC, JOHN R. FUISZ
 9   RICHARD C. FUISZ, and JOSEPH M.
     FUISZ,
10
                     Defendants.
11

12   _____

13

14

15      ***HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY***

16       VIDEOTAPED DEPOSITION OF ELIZABETH HOLMES

17                    VOLUME I

18            Wednesday, June 5, 2013

19             Menlo Park, California

20

21

22

23   Reported by:
     Darcy J. Brokaw
24   RPR, CRR, CSR No. 12584

25   Job No. 10006410
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   OAKLAND DIVISION

 4

 5   THERANOS, INC. and ELIZABETH
     HOLMES,
 6
                    Plaintiff,
 7
          vs.                    No. 11-CV-05236-YGR
 8
     FUISZ PHARMA LLC, JOHN R. FUISZ
 9   RICHARD C. FUISZ, and JOSEPH R.
     FUISZ,
10
                    Defendants.
11

12   _____

13

14

15       Videotaped deposition of ELIZABETH HOLMES, VOLUME I,

16   taken on behalf of Defendants, at 1370 Willow Road,

17   Menlo Park, California, beginning at 9:40 a.m. and

18   ending at 4:10 p.m., on Wednesday, June 5, 2013, before

19   Darcy J. Brokaw, Certified Shorthand Reporter No. 12584.

20

21

22

23

24

25
```

**Page 3**

```
 1                   APPEARANCES

 2   For the Plaintiffs, Theranos, Inc. and Elizabeth
     Holmes:
 3
         BOIES, SCHILLER & FLEXNER LLP
 4       BY: DAVID BOIES, ESQ.
         333 Main Street
 5       Armonk, New York  10504
         914-749-8200
 6       dboies@bsfllp.com

 7       BOIES, SCHILLER & FLEXNER LLP
         BY: MEREDITH DEARBORN, ESQ.
 8       1999 Harrison Street, Suite 900
         Oakland, California  94612
 9       510-874-1000
         mdearborn@bsfllp.com
10
         THERANOS, INC.
11       BY: DAVID M. DOYLE, ESQ.
         3200 Hillview Avenue
12       Palo Alto, California  94304
         650-320-2766
13       ddoyle@theranos.com

14

15   For the Defendants, Fuisz Pharma LLC, Richard C.
     Fuisz, Joseph M. Fuisz and John R. Fuisz:
16
         BANIE & ISHIMOTO LLP
17       BY: JENNIFER ISHIMOTO, ESQ.
         1999 South Bascom Avenue, Suite 700
18       Campbell, California  95008
         650-549-5651
19       ishimoto@banishlaw.com

20       STEPHEN SALTZBURG, ESQ.
         2000 H Street N.W.
21       Washington, D.C. 20052
         202-994-7089
22       ssaltz@law.gwu.edu

23

24   Also present:

25       Sam Belletto, Videographer
```

**Page 4**

```
 1           INDEX TO EXAMINATION

 2         ELIZABETH HOLMES, VOLUME I

 3

 4

 5   EXAMINATION                        PAGE

 6   BY MR. SALTZBURG                      8

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 5**

```
 1             INDEX TO EXHIBITS

 2          ELIZABETH HOLMES, VOLUME I

 3           Theranos, Inc. vs. Fuisz

 4             Wednesday, June 5, 2013

 5     Darcy J. Brokaw, RPR, CRR, CSR No. 12584

 6

 7   MARKED      DESCRIPTION                    PAGE

 8   Exhibit 1   Seconded Amended Complaint and   12
                 Jury Demand
 9
10   Exhibit 2   2/28/06 e-mail, Thaag@awe.com to  20
                 Holmes, with related e-mail chain
11               (first page and portions of
                 following pages redacted)
12               Bates-stamped TH00004443 - 47

13   Exhibit 3   5/15/08 e-mail, Nugent to Frenzel,  54
                 with related e-mail
14               Bates-stamped TH00006687 - 88

15   Exhibit 4   Document entitled "Recorded        70
                 March 5, 2005"
16               Bates-stamped TH00014585 - 89

17   Exhibit 5   9/27/05 e-mail, Bommaran to        98
                 Thaag@theranos.com
18               Bates-stamped MWE_0000960 - 61

19   Exhibit 6   9/16/05 e-mail, Boyd to Reid, with  99
                 related e-mail chain
20               Bates-stamped MWE_0000804  05

21   Exhibit 7   8/2/05 e-mail, Bommi to Haag       101
                 Bates-stamped MWE_0001671 - 72
22
     Exhibit 8   Document entitled "Exhibit B"      134
23               (48 pages)

24

25
```

THPFM0003051355

## Page 6

```
 1              INDEX TO EXHIBITS (Continued)
 2
 3    MARKED              DESCRIPTION              PAGE
 4    Exhibit 9    Document entitled "Exhibit A"    151
                   (41 pages)
 5
      Exhibit 10   9/5/08 e-mail, Fotta to Work     190
 6                 (partially redacted)
                   Bates-stamped MWE_0002660 - 662
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 7

```
 1                 MENLO PARK, CALIFORNIA
 2    WEDNESDAY, JUNE 5, 2013, 9:40 a.m. - 4:10 p.m.
 3
 4         THE VIDEOGRAPHER:  Good morning.
 5         This marks the beginning of disc No. 1 in the
 6    videotaped deposition of Elizabeth Holmes in the matter
 7    of Theranos Incorporated, et al., versus Fuisz, et al.
 8         This case is being heard before the United
 9    States District Court for the Northern District of
10    California, Oakland Division, and has the case number of
11    11-CV-05236-YGR.
12         Today is June 5th, 2013, and it is 9:41 a.m.
13    This deposition is being held at Silicon Valley Pad, at
14    1370 Willow Road, in Menlo Park, California.
15         My name is Sam Belletto, and I'm the
16    videographer.  And our court reporter is Darcy Brokaw.
17    And we are both representing Aptus Court Reporting,
18    located in San Diego, California.
19         And can counsel please introduce themselves
20    for the record.
21         MR. SALTZBURG:  Steve Saltzburg and Jennifer
22    Ishimoto.  We represent the Fuisz defendants in this
23    case.
24         MR. BOIES:  David Boies of Boies, Schiller &
25    Flexner.  I represent the plaintiff.
```

## Page 8

```
 1         MS. DEARBORN:  Meredith Dearborn, of Boies,
 2    Schiller & Flexner, also representing the plaintiff.
 3         And with us is David Doyle, in-house counsel
 4    for Theranos.
 5         THE VIDEOGRAPHER:  Can we please swear in the
 6    witness.
 7
 8                 ELIZABETH HOLMES,
 9    having been first duly sworn, was examined and
10                 testified as follows:
11
12                 EXAMINATION
13    BY MR. SALTZBURG:
14         Q.  Good morning, Ms. Holmes.
15         A.  Good morning.
16         Q.  Have you ever been deposed before?
17         A.  I have not.
18         Q.  Well, let me just tell you a little bit about
19    what we're going to do.  Okay?  I'm going to ask you
20    some questions, and unless your counsel instructs you
21    not to answer, I'll expect you to answer.  Okay?
22         A.  Yes.
23         Q.  If you don't understand my questions -- and
24    sometimes I don't understand them -- just tell me, and
25    I'll rephrase.
```

## Page 9

```
 1         I'm going to ask you some what I call
 2    nontechnical questions about your work at Theranos.  I'm
 3    going to stop, I won't ask any more questions.
 4    Ms. Ishimoto is going to take over, and she's going to
 5    ask you some more technical things.  Okay?
 6         A.  Sure.
 7         Q.  Any reason today -- emotional, mental,
 8    physical or any other -- that you can't testify fully
 9    and completely?
10         A.  No.
11         Q.  Okay.  So you are, I take it, the Elizabeth
12    Holmes who's named as a plaintiff in this lawsuit?
13         A.  Yes.
14         Q.  As a plaintiff have you had the opportunity to
15    review the Second Amended Complaint that was filed on
16    your behalf?
17         A.  I have seen it.
18         Q.  Have you read it?
19         A.  At one time I've gone through it, yes.
20         Q.  Did you read it in preparation for your
21    deposition today?
22         A.  I reviewed it.
23         Q.  Is there anything in the Second Amended
24    Complaint that you regard as untrue?
25         A.  No.
```

THPFM0003051356

Page 10

1    Q.  So is it fair to say you stand by the
2  allegations in the Second Amended Complaint?
3    A.  Yes.
4    Q.  Before we get into the Second Amended
5  Complaint, let me ask you a little bit about your
6  education and certifications.  Okay?
7    A.  Sure.
8    Q.  What's the last school that you graduated
9  from?
10   A.  The last school I was at was Stanford
11 University.
12   Q.  What was the last school you graduated from?
13   A.  I graduated from a program at a university in
14 China, and before that, my high school.
15   Q.  What about -- let's talk about the high school
16 just for a second.  Any -- was that a regular public or
17 private high school?
18   A.  It was a private high school.
19   Q.  In California?  Washington?
20   A.  No, in Texas.
21   Q.  And after you graduated high school, did you
22 then go to Stanford?
23   A.  I did.
24   Q.  And how many years were you at Stanford?
25   A.  I was at Stanford for a year and a half.

Page 11

1    Q.  When you left Stanford, had you reached any
2  kind of certificate, certification or any other level of
3  performance that resulted in an acknowledgment of a
4  degree, a certificate or anything that would -- that
5  conferred Stanford alumnus status on you?
6    A.  I was let into a Ph.D. program as an
7  undergrad, but I dropped out of it.
8    Q.  What about the studies you pursued abroad?
9  Where did you pursue your studies?
10   A.  At Beijing University.
11   Q.  Was it a degree program?
12   A.  It was a type of degree, yeah.  It doesn't
13 translate to what the U.S. degree system is about.
14   Q.  How long of a program was it?
15   A.  I was involved in it on and off over the
16 course of a period of years throughout the time I was in
17 high school, learning Mandarin.
18   Q.  Was the program exclusively confined to
19 learning Mandarin, or did it cover other things?
20   A.  No, just Chinese.
21   Q.  Are you now fluent in Mandarin?
22   A.  I was at one point, yes.
23   Q.  That is an accomplishment because I know how
24 hard that is.
25       I'm going to give you a copy of the Second

Page 12

1  Amended Complaint.
2       MR. SALTZBURG:  Let's mark this as Holmes 1.
3       (Defendants' Exhibit 1 marked.)
4       MR. SALTZBURG:  I should say for the record
5  that we had tried to keep all the exhibits in
6  consecutive order, and we messed up.  And so it just was
7  easier to go back to Holmes 1 for purposes of this
8  deposition.
9       I'd just like to say Boies, Schiller bears no
10 responsibility for the numbering problems that we have
11 today.
12       MR. BOIES:  We always try to keep them in
13 consecutive order, and we almost always fail also.
14 BY MR. SALTZBURG:
15   Q.  So let me turn your attention -- first let me
16 ask you to look at this.
17       Is this the -- does this appear to be the same
18 Second Amended Complaint that you had reviewed in
19 preparation for your testimony?
20   A.  Yes.
21   Q.  Okay.  Let me ask you, please, to turn to
22 page 5.  Paragraph 16.  And let me read this paragraph
23 to you:
24       "In or about August 2003, plaintiffs
25       retained John Fuisz's law firm to provide

Page 13

1       legal services to plaintiffs in prosecuting
2       patent applications covering plaintiffs'
3       inventions.  Between 2003 and approximately
4       early 2006, John Fuisz's law firm represented
5       plaintiffs in the preparation, filing and
6       prosecution of their domestic and
7       international patent applications, and
8       continued to represent plaintiffs until around
9       October 2008."
10       Did I read that correctly?
11   A.  Yes.
12   Q.  And you've indicated that you regard all the
13 allegations in the Complaint as true, correct?
14   A.  That's correct.
15   Q.  Now, john Fuisz's law firm is McDermott,
16 Will & Emery; isn't that true?
17   A.  Yes.
18   Q.  And when you refer to John Fuisz's law firm in
19 this Complaint you're referring to McDermott, Will &
20 Emery?
21   A.  That's correct.
22   Q.  Even though it's true, isn't it, that
23 McDermott, Will & Emery is never actually mentioned in
24 this Complaint?
25   A.  I'd need to reread the Complaint.  I believe

Page 202

```
 1        A.  I am an investor in Theranos.  I'm the founder
 2   of this company.
 3        Q.  It's still privately held?
 4        A.  It is.
 5        Q.  Is there anybody who has a larger investment
 6   in Theranos than you?
 7        A.  I am the largest shareholder in Theranos.
 8        Q.  I'm not going to ask you what the shares are
 9   worth or anything like that.  I'm satisfied to know that
10   you are the largest shareholder.
11            I should ask this, I suppose:  Do you have
12   classes of stock or just one class of stock?
13        A.  We have multiple classes of stock.
14        Q.  And so who has the voting power?
15        A.  I have the majority control of the voting
16   power.
17        Q.  Okay.  Last subject is -- I asked you a little
18   bit about your education earlier, but I want to ask
19   about some specifics now, if I can.  Would you tell me
20   whether or not you have any training in microarray
21   technology?
22        A.  It depends on what you mean by "training."  I
23   had incredible mentors who taught me a huge amount in a
24   very short period of time about the use of certain types
25   of microarrays.
```

Page 203

```
 1        Q.  So let me -- maybe that was a bad question.
 2   Let me ask it differently.
 3            Any formal training in microarray technology,
 4   any courses?
 5        A.  Well, I mean, as you may know, there's no --
 6   I'm not aware of courses on microarrays.  I don't
 7   believe that such a thing exists on microarrays or a
 8   specific product that's used for certain reasons.
 9            I had the opportunity to work on them.  I was
10   hired to work on them and, through professors and people
11   who worked at the institute I was working at, was taught
12   about them in detail.
13        Q.  Which institute was that?
14        A.  That was when I was working in Singapore.
15        Q.  You may have said this.  What was the
16   institute called?
17        A.  It's called the Genome Institute.
18        Q.  Did that have anything to do with the Human
19   Genome Project, as it came to be?
20        A.  Well, a number of the people there were
21   involved in it.
22        Q.  That was an irrelevant question.  I was really
23   curious.  I really was.  And I don't mean to keep you
24   here with it.
25            What about -- I may be remembering this wrong.
```

Page 204

```
 1   I think you have training in chemistry?
 2        A.  I was studying as a chemical engineer.
 3        Q.  At Stanford?
 4        A.  At Stanford.
 5        Q.  And what about biochemistry?
 6        A.  I've taken some courses in biochemistry
 7   throughout my educational history.
 8        Q.  Some at Stanford?
 9        A.  I'd have to go back and look at exactly what
10   courses.  I took a very large number of courses at
11   Stanford.
12        Q.  Any courses that you would have taken
13   elsewhere in biochemistry?
14        A.  In high school, I did all of the advanced
15   placement courses that applied to college credits.
16        Q.  What about training, any formal training in
17   communications technology?
18        A.  I was studying, taking some electrical
19   engineering courses also at Stanford.
20        Q.  Did they focus on communications technology?
21        A.  Yes.
22        Q.  What about training, any training in data
23   storage transfer?  And included in data storage -- data
24   storage and transfer, I should say.
25            (Reporter inquires.)
```

Page 205

```
 1            MR. SALTZBURG:  Data storage and transfer.
 2   BY MR. SALTZBURG:
 3        Q.  It includes barcodes and it includes RFID
 4   tags?
 5        A.  The same.  I also participated, I mentioned,
 6   in some Ph.D. project work and also in some of the
 7   interdisciplinary bio programs.  It's a program called
 8   "BioX" at Stanford that brings a lot of disciplines --
 9            (Reporter inquires.)
10            THE WITNESS:  BioX, like the letter X.
11            And they do seminar courses that deal with a
12   lot of information technology in the context of
13   biological systems, and I was able to sit in on those
14   classes.
15            I also sat in on seminars.  My mentor at
16   Stanford had a series of seminars in which he would look
17   at some of the core engineering principles being applied
18   in products that had been commercialized, and I would go
19   to those and learned about some of these technologies in
20   those courses also.
21   BY MR. SALTZBURG:
22        Q.  So would you consider yourself today to be an
23   expert in microarray technology?
24        A.  Well, I don't -- I don't know that I would
25   ever refer to myself as an expert.  I had exposure to
```

THPFM0003051405