# EXHIBIT P



E-SERVICE
59945933
Dec 12 2016
10:29PM
File & ServeXpress

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| PARTNER INVESTMENTS, L.P., a Delaware limited partnership, PFM HEALTHCARE MASTER FUND, L.P., A Cayman Islands limited partnership, and PFM HEALTHCARE PRINCIPALS FUND, L.P., a Delaware limited partnership, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THERANOS, INC., a Delaware corporation, ELIZABETH HOLMES, an individual, and RAMESH BALWANI, an individual, and DOES 1-10 | ) ) ) ) ) |
| Defendants. | ) ) |

C.A. No. 12816-VCL

## DEFENDANT THERANOS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Court of Chancery Rules 26 and 33, Defendant Theranos, Inc. ("Theranos" or the "Company") hereby submits the following responses and objections to Plaintiffs' First Set of Interrogatories (each an "Interrogatory" and, collectively, the "Interrogatories") as follows:

## GENERAL OBJECTIONS

Theranos makes the following General Objections to the Interrogatories and incorporates them by reference into its response to each Interrogatory below as though fully set forth therein.

**HIGHLY CONFIDENTIAL**

1.      Theranos incorporates all General Objections and Objections to Definitions and Instructions made in Theranos's Responses and Objections to Plaintiffs' First Request for Production of Documents and Theranos's Responses and Objections to Plaintiffs' Second Request for Production of Documents.

2.      Theranos's responses to the Interrogatories are made without in any way waiving or intending to waive:

    a.      any objections as to the competency, relevancy, materiality, privileged status or admissibility as evidence, for any purpose, of any information provided in response to the Interrogatories;

    b.      the right to object on any ground to the information produced in response to the Interrogatories at any hearing or trial; or

    c.      the right to object on any ground at any time to a demand for further responses to the Interrogatories.

3.      Theranos objects to the Interrogatories to the extent they purport to require a legal conclusion.

4.      Theranos objects to Instruction B to the extent that it imposes burdens different than or in addition to those imposed by the Rules of the Court of Chancery of the State of Delaware.  Theranos's objections and responses are based solely upon Theranos's present knowledge, information, and belief.  Theranos does not in any way assume a continuing responsibility to update its answers based on

- 2 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                         TS-0958391

information discovered, obtained, or created subsequent to the date of this response except as required pursuant to Court of Chancery Rule 26(e).

5.     In furnishing these responses to the Interrogatories, Theranos does not concede the truth of any factual assertion or implication contained in the Interrogatories.

6.     Theranos reserves the right to supplement, revise, correct, add to, or clarify the objections, answers, or responses set forth herein.  If Theranos identifies responsive information at a future date, it reserves the right at that time to amend its objections, answers, or responses and reserves the right to evaluate whether any privilege applies to such information and to assert such privilege.

## SPECIFIC OBJECTIONS AND RESPONSES

The following specific objections and responses shall be deemed to supplement the General Objections, which are incorporated into each of the specific responses and are not in any way limited by the specific objections and responses.

REQUEST NO. 1:    IDENTIFY each PERSON who prepared or assisted in the preparation of the responses to these Interrogatories.

RESPONSE TO INTERROGATORY NO 1:

Theranos incorporates by reference the General Objections set forth above. Subject to and without waiving the General Objections, Theranos identifies the following persons.

- 3 -

**HIGHLY CONFIDENTIAL**

| Name | Title (Theranos) | Relationship to Theranos | Present residential address and telephone number |
|---|---|---|---|
| Rashmi Agarwal | Manager, Recruiting | Current | Available through counsel. |
| Kimberly Alfonso | General Manager, Sale and Business Development (Former) | Former employee | Available through counsel. |
| Brad Arington | Chief Regulatory Counsel | Current | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | Current | Available through counsel. |
| Douglas Burns | Senior Director, Recruiting | Current | Available through counsel. |
| Eric Caddenhead | Manager, Network Infrastructure | Current | Available through counsel. |
| Shekar Chandrasekaran | Vice President, Software & IT | Consultant | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of Chief Executive Officer | Current | Available through counsel. |
| Max Fosque | Senior Software Product Manager | Current | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | Current | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | Current | Available through counsel |
| Jerry Huang | Senior Software Product Manager | Current | Available through counsel. |
| Antti Korhonen | Senior Systems Administrator | Current | Available through counsel. |
| Prashant Kumar | Software Development Engineer | Current | Available through counsel. |
| Scott Marmer | Associate Director, Licensing and Transactions | Current | Available through counsel. |
| Patrick O'Neill | Chief Creative Officer | Current | Available through counsel. |
| Mona Ramamurthy | Head of Human Resources and Employment Counsel | Current | Available through counsel. |
| Danise Yam (Spivey, So Han) | Corporate Controller | Current | Available through counsel. |

- 4 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos   TS-0958393

| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | Current | Available through counsel. |

REQUEST NO. 2:     IDENTIFY each PERSON who may possess documents relevant to the above-captioned action.

RESPONSE TO INTERROGATORY NO 2:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to the phrase "relevant to the above-captioned action" as vague and ambiguous, including insofar as Plaintiffs are likely to understand that term differently than how Defendants would define it.  These phrases could, for instance, be construed to require a list of all individuals for whom there is any possibility that he or she possesses documents relevant to Theranos technology, Theranos strategic partnerships, and/or Theranos business units in general.  Such a request would require listing everyone who has ever been employed by Theranos or everyone employed by third parties who have worked with Theranos, regardless of whether that person has any document relevant to PFM's investment in Theranos.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that, to the extent the interrogatory should be construed

- 5 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                      TS-0958394

in its broadest sense, but be limited to Theranos employees, Theranos directs

Plaintiffs to its organizational charts, as anyone on those charts could potentially

have (or have had) documents relevant to the allegations in the Complaint.

> REQUEST NO. 3:      DESCRIBE ANY relationship(s) between YOU and ANY PERSON identified in response to Interrogatory No. 2.

RESPONSE TO INTERROGATORY NO 3:

Theranos incorporates by reference the response to Interrogatory No. 2.

> REQUEST NO. 4:      STATE the address of YOUR principal place of business and STATE ANY other names YOU have used during the past 10 years and the dates each was used.

RESPONSE TO INTERROGATORY NO 4:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the General Objections, Theranos states that

the address of its principal place of business is 1701 Page Mill Road, Palo Alto,

California 94304.  Theranos has not used any other names during the past 10 years.

> REQUEST NO. 5:      IDENTIFY ANY policy of insurance through which YOU are or might be insured in ANY manner for the damages and claims that have arisen in this case.

RESPONSE TO INTERROGATORY NO 5:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the General Objections, Theranos identifies:

| Insurance Carrier | Policy Number |
| --- | --- |
| Federal Insurance Company | 82348725 |
| Hiscox Insurance Company | UDA1390606.15 |
| Liberty Insurance Underwriters, Inc. | DOSFAA2M0U002 |
| National Union Fire Insurance Company of Pittsburgh, PA | 025816104 |

- 6 -

**HIGHLY CONFIDENTIAL**

| Insurance Carrier | Policy Number |
|---|---|
| National Union Fire Insurance Company of Pittsburgh, PA | 025828297 |
| Westchester Fire Insurance Company (ACE) | DON525117827002 |

REQUEST NO. 6:   IDENTIFY each and every PERSON known to YOU who has, or claims to have, ANY knowledge or information CONCERNING ANY of the facts or allegations set forth in the COMPLAINT, and DESCRIBE the subject matter of each PERSON's knowledge or information.

RESPONSE TO INTERROGATORY NO 6:

Theranos incorporates by reference the General Objections set forth above. Theranos further objects to Interrogatory No. 6 on the ground that it seeks information that is protected by the attorney-client privilege and work product doctrine.   Theranos further objects to Interrogatory No. 6 on the ground that the instruction to "DESCRIBE the subject matter of each PERSON's knowledge or information" is unduly burdensome, particularly if detailed information is called for and is more easily obtained through other means.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that, to the extent the interrogatory should be construed in its broadest sense, but be limited to Theranos employees, Theranos directs Plaintiffs to its organizational charts, as anyone on those charts could potentially have (or have had) knowledge or information concerning the facts or allegations set forth in the Complaint.

REQUEST NO. 7:   IDENTIFY each and every PERSON with whom YOU have had ANY COMMUNICATIONS CONCERNING

- 7 -

**HIGHLY CONFIDENTIAL**

ANY of the facts or allegations set forth in the COMPLAINT, and DESCRIBE the subject matter of each PERSON's knowledge or information.

RESPONSE TO INTERROGATORY NO 7:

Theranos incorporates by reference the General Objections set forth above. Theranos further objects to Interrogatory No. 7 on the ground that it seeks information protected by the attorney-client privilege and work product doctrine. Theranos further objects to Interrogatory No. 7 on the ground that it is vague and ambiguous concerning whether it calls for: (i) communications with defense counsel, (ii) communications among parties to this litigation, and/or (iii) internal communications among Theranos employees.  Finally, depending on the interpretation of the request, Theranos objects that the request is unduly burdensome if, for example, it requires identification of all internal communications within Theranos.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it is willing to meet and confer to better understand what is sought and whether there is responsive information that is not privileged and not unduly burdensome to provide.

REQUEST NO. 8:      IDENTIFY ALL current or former members of THERANOS's Board of Directors, Board of Consultants, and Scientific and Medical Advisory Board.  For each PERSON so identified:

(a)      STATE the date(s) of the PERSON's membership;

- 8 -

**HIGHLY CONFIDENTIAL**

(b)    STATE the PERSON's title (if any) on the Board of Directors, Board of Consultants, or Scientific and Medical Advisory Board; and

(c)    STATE the Board of Directors, Board of Consultants, or Scientific and Medical Advisory Board committee(s) (if any) on which the PERSON serves or served.

RESPONSE TO INTERROGATORY NO 8:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 8 on the grounds that it is overly broad and beyond the scope of permissible discovery. Theranos further objects to this Interrogatory to the extent it is not limited to the time period relevant to this action; the Scientific and Medical Advisory Board's creation post-dates Plaintiffs' allegations, rendering that board's composition irrelevant to the subject matter in the pending action. Theranos also objects to this Interrogatory on the ground that Theranos does not have, and has never had, a Board of Consultants.

Subject to and without waiving the foregoing objections and the General Objections, Theranos identifies current and former members of Theranos's Board of Directors ("Board"):

1.    Sunny Balwani joined Theranos's Board of Directors as Vice Chairman and Director in September 2009 and remained on the Board through May 2016.

2.    Riley P. Bechtel joined Theranos's Board of Directors in March 2014 and remained on the Board through December 2016.

- 9 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                           TS-0958398

3.      David Boies joined Theranos's Board of Directors in October 2015 and has remained on the Board through the present.

4.      Fabrizio Bonanni joined Theranos's Board of Directors in May 2016 and has remained on the Board through the present.

5.      Lawrence J. Ellison joined Theranos's Board of Directors as an At-Large Director in October 2008 and remained on the Board through May 2009.

6.      William Frist joined Theranos's Board of Directors in April 2014 and has remained on the Board through July 2015.

7.      William Foege joined Theranos's Board of Directors in August 2014, and served on the Board through July 2015 and then again from May 2016 through the present.

8.      Elizabeth Holmes joined Theranos's Board of Directors in April 2004 and has remained on the Board through the present.

9.      Henry A. Kissinger joined Theranos's Board of Directors in January 2013 and remained on the Board through July 2015.

10.      Richard M. Kovacevich joined Theranos's Board of Directors in July 2013 and served on the Board through July 2015 and then again from May 2016 through the present.

11.      Donald  L. Lucas joined Theranos's Board of Directors in January 2006 and remained on the Board through January 2013.

- 10 -

**HIGHLY CONFIDENTIAL**

12.     Jennie Mather joined Theranos's Board of Directors in November 2005 and remained on the Board through April 2006.

13.     James N. Mattis joined Theranos's Board of Directors in July 2013 and has remained on the Board through the present.

14.     Samuel Nunn joined Theranos's Board of Directors in January 2013 and remained on the Board through July 2015.

15.     William Perry joined Theranos's Board of Directors in January 2013 and remained on the Board through July 2015.

16.     Channing Robertson joined Theranos's Board of Directors in April 2004 and remained on the Board through July 2013.

17.     Gary Roughead joined Theranos's Board of Directors in January 2013 and remained on the Board through July 2015.

18.      George Shaheen joined Theranos's Board of Directors in February 2007 and remained on the Board through October 2008.

19.     Robert Shapiro joined Theranos's Board of Directors in February 2007 and remained on the Board through July 2013.

20.     George P. Shultz joined Theranos's Board of Directors in July 2011 and remained on the Board through July 2015.

21.      Avadis Tevanian joined Theranos's Board of Directors in September 2006 and remained on the Board through December 2007.

- 11 -

**HIGHLY CONFIDENTIAL**

22.     T. Peter Thomas joined Theranos's Board of Directors in January

2006 and remained on the Board through December 2010.

23.     Daniel Warmenhoven joined Theranos's Board of Directors in

December 2016 and has remained on the Board through the present.

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|----------------------------------------------------------|--------------------------------------------------------------|------------------------------------------------------------------|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Riley P. Bechtel | Theranos BOD member (Former) | Chief Executive Officer of Bechtel Corporation | 50 Beale St, San Francisco, CA 94105;  (415) 768-1234 | Available through counsel. |
| David Boies | Theranos BOD member | Chairman of Boies, Schiller & Flexner LLP | 333 Main Street, Armonk, NY 10504; (914)749-8200 | Available through counsel. |
| Fabrizio Bonanni | Theranos BOD member | Secretary of Biotechnology Innovation Organization | 1201 Maryland Ave SW, Suite 900, Washington, DC 20024; (202) 962-9200 | Available through counsel. |
| Lawrence J. Ellison | Theranos BOD member (Former) | Executive Chairman and Chief Technology Officer of Oracle Corporation | 500 Oracle Parkway Redwood Shores, CA 94065; (650) 506-7000 | |
| William Frist | Theranos BOD member (Former) | Partner at Frist Cressey Ventures | 2525 West End Avenue, Suite 1250B, Nashville, TN 37203; (615) 369-8400 | Available through counsel. |
| William Foege | Theranos BOD member | Trustee at The Rockefeller Foundation | 420 Fifth Avenue New York, New York 10018;(212) | Available through counsel. |

- 12 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | | | 852-8489 | |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Henry Kissinger | Theranos BOD member (Former) | Founder and Chairman of Kissinger Associates Inc. | 2117 Main St, Centerport, PA 19516; (610) 926-7450 | Available through counsel. |
| Richard Kovacevich | Theranos BOD member | Chief Executive Officer at Hudson Executive Capital LP | 1185 6th Ave, New York, NY 10036; (212) 521-8495 | Available through counsel. |
| Donald L. Lucas | Theranos BOD member (Former) | Special Limited Partner at RWI Ventures | 545 Middlefield Road, Suite 220, Menlo Park, CA 94025; (650) 543-3300 | Available through counsel. |
| Jennie Mather | Theranos BOD member (Former) | Director and Chief Scientific Advisor at Kairui Biotech, Ltd. | The 3rd Science and Tech Rd, #33-3F Zhuhai National Tech-Zone, Zhuhai, China 519085; +86.756.3639936 | |
| James Mattis | Theranos BOD member | Board of Directors of General Dynamics Corporation | 2941 Fairview Park Drive, Falls Church, VA 22042; (703) 876-3000 | Available through counsel. |
| Samuel Nunn | Theranos BOD member (Former) | Co-chairman and Chief Executive Officer of the Nuclear Threat Initiative | 1747 Pennsylvania Ave NW # 700, Washington, DC 20006; (202) 296-4810 | Available through counsel. |
| William Perry | Theranos BOD member | Michael and Barbara Berberian Professor (emeritus) at FSI | 450 Serra Mall, Stanford, CA 94305; (650)723-2300 | Available through counsel. |

- 13 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958402

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | | and Engineering at Stanford University | | |
| Channing Robertson | Theranos BOD member (Former) | Professor Emeritus, Vice Provost, and Dean of Research at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650) 723-2300 | Available through counsel. |
| Gary Roughead | Theranos BOD member (Former) | Member of the Advisory Board of Metabiota, Inc. | 425 California St, San Francisco, CA 94104; (415) 398-4712 | Available through counsel |
| George Shaheen | Theranos BOD member (Former) | Non-executive Chairman of Korn/Ferry International | 1900 Avenue of the Stars, Los Angeles, California 90067; (310) 552-1834 | |
| Robert Shapiro | Theranos BOD member (Former) | Co-founder and Managing Director of Sandbox Industries LLC | 1000 W Fulton Market #213, Chicago, IL 60607; (312) 243-4100 | |
| George P. Shultz | Theranos BOD member (Former) | Thomas W. and Susan B. Ford Distinguished Fellow at the Hoover Institution at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650)723-2300 | Available through counsel. |
| Avadis Tevanian | Theranos BOD member (Former) | Founder and Managing Director of NextEquity | 3000 Sand Hill Road, Suite 4-140, Menlo Park, CA 94025; (650) 687-6800 | |
| T. Peter Thomas | Theranos BOD member (Former) | Managing Director of ATA Ventures | 4300 El Camino Real Suite 205, Los Altos, CA 94022; (650) 594-0189 | |

- 14 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Daniel Warmen-hoven | Theranos BOD member | | | Available through counsel. |

REQUEST NO. 9:

IDENTIFY ALL current or former THERANOS officers, employees, or members of THERANOS's Board of Directors, Board of Consultants, and Scientific and Medical Advisory Board who participated in decisions regarding YOUR business model(s), plan(s), or strategy(ies), including but not limited to YOUR strategy(ies) for raising capital.

RESPONSE TO INTERROGATORY NO 9:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 9 on the grounds that it is overly

broad and beyond the scope of permissible discovery.  Theranos further objects to

this Interrogatory to the extent it is not limited to the time period that is relevant to

this action; the Scientific and Medical Advisory Board's creation post-dates

Plaintiffs' allegations, rendering that board's composition irrelevant to the subject

matter in the pending action.  Theranos also objects to this Interrogatory on the

ground that Theranos does not have, and has never had, a Board of Consultants.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos identifies the following:

- 15 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Riley P. Bechtel | Theranos BOD member (Former) | Chief Executive Officer of Bechtel Corporation | 50 Beale St, San Francisco, CA 94105; (415) 768-1234 | Available through counsel. |
| David Boies | Theranos BOD member | Chairman of Boies, Schiller & Flexner LLP | 333 Main Street, Armonk, NY 10504; (914)749-8200 | Available through counsel. |
| Fabrizio Bonanni | Theranos BOD member | Secretary of Biotechnology Innovation Organization | 1201 Maryland Ave SW, Suite 900, Washington, DC 20024; (202) 962-9200 | Available through counsel. |
| Lawrence J. Ellison | Theranos BOD member (Former) | Executive Chairman and Chief Technology Officer of Oracle Corporation | 500 Oracle Parkway Redwood Shores, CA 94065; (650) 506-7000 | |
| William Frist | Theranos BOD member (Former) | Partner at Frist Cressey Ventures | 2525 West End Avenue, Suite 1250B, Nashville, TN 37203; (615) 369-8400 | Available through counsel. |
| William Foege | Theranos BOD member | Trustee at The Rockefeller Foundation | 420 Fifth Avenue New York, New York 10018;(212)852-8489 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; | Available through counsel. |

- 16 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                    TS-0958405

| | | | (855) 843-7200 | |
|---|---|---|---|---|
| Henry Kissinger | Theranos BOD member (Former) | Founder and Chairman of Kissinger Associates Inc. | 2117 Main St, Centerport, PA 19516; (610) 926-7450 | Available through counsel. |
| Richard Kovacevich | Theranos BOD member | Chief Executive Officer at Hudson Executive Capital LP | 1185 6th Ave, New York, NY 10036; (212) 521-8495 | Available through counsel. |
| Donald L. Lucas | Theranos BOD member (Former) | Special Limited Partner at RWI Ventures | 545 Middlefield Road, Suite 220, Menlo Park, CA 94025; (650) 543-3300 | Available through counsel. |
| Jennie Mather | Theranos BOD member (Former) | Director and Chief Scientific Advisor at Kairui Biotech, Ltd. | The 3rd Science and Tech Rd, #33-3F Zhuhai National Tech-Zone, Zhuhai, China 519085; +86.756.36399 36 | |
| James Mattis | Theranos BOD member | Board of Directors of General Dynamics Corporation | 2941 Fairview Park Drive, Falls Church, VA 22042; (703) 876-3000 | Available through counsel. |
| Samuel Nunn | Theranos BOD member (Former) | Co-chairman and Chief Executive Officer of the Nuclear Threat Initiative | 1747 Pennsylvania Ave NW # 700, Washington, DC 20006; (202) 296-4810. | Available through counsel |
| William Perry | Theranos BOD member (Former) | Michael and Barbara Berberian Professor (emeritus) at FSI and Engineering at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650)723-2300 | Available through counsel |
| Channing Robertson | Theranos BOD member (Former) | Professor Emeritus, Vice Provost, and Dean of Research at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650) 723-2300 | Available through counsel. |
| Gary Roughead | Theranos BOD member | Member of the Advisory Board of Metabiota, Inc. | 425 California St, San Francisco, CA | Available through counsel |

- 17 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| | (Former) | | 94104; (415) 398-4712 | |
|---|---|---|---|---|
| George Shaheen | Theranos BOD member (Former) | Non-executive Chairman of Korn/Ferry International | 1900 Avenue of the Stars, Los Angeles, California 90067; (310) 552-1834 | |
| Robert Shapiro | Theranos BOD member (Former) | Co-founder and Managing Director of Sandbox Industries LLC | 1000 W Fulton Market #213, Chicago, IL 60607; (312) 243-4100 | |
| George P. Shultz | Theranos BOD member (Former) | Thomas W. and Susan B. Ford Distinguished Fellow at the Hoover Institution at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650)723-2300 | Available through counsel. |
| Avadis Tevanian | Theranos BOD member (Former) | Founder and Managing Director of NextEquity | 3000 Sand Hill Road, Suite 4-140, Menlo Park, CA 94025; (650) 687-6800 | |
| T. Peter Thomas | Theranos BOD member (Former) | Managing Director of ATA Ventures | 4300 El Camino Real Suite 205, Los Altos, CA 94022; (650) 594-0189 | |
| Daniel Warmen-hoven | Theranos BOD member | | | Available through counsel. |

REQUEST NO. 10:   IDENTIFY ALL current or former
THERANOS officers, employees, or members of THERANOS's
Board of Directors, Board of Consultants, and Scientific and Medical
Advisory Board who participated in decisions regarding BALWANI's
role as Chief Operating Officer for THERANOS or as a member of
the Board of Directors for THERANOS.

- 18 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos   TS-0958407

RESPONSE TO INTERROGATORY NO 10:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 10 on the grounds that it is

overly broad and beyond the scope of permissible discovery.  Theranos further

objects to this Interrogatory to the extent it is not limited to the time period that is

relevant to this action; the Scientific and Medical Advisory Board's creation post-

dates Plaintiffs' allegations, rendering that board's composition irrelevant to the

subject matter in the pending action.  Theranos also objects to this Interrogatory on

the ground that Theranos does not have, and has never had, a Board of Consultants.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos identifies the following:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Donald L. Lucas | Theranos BOD member (Former) | Special Limited Partner at RWI Ventures | 545 Middlefield Road, Suite 220, Menlo Park, CA 94025; (650) 543-3300 | Available through counsel. |
| Channing Robertson | Theranos BOD member (Former) | Professor Emeritus, Vice Provost, and Dean of Research at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650) 723-2300 | Available through counsel. |
| Robert Shapiro | Theranos BOD | Co-founder and Managing Director | 1000 W Fulton Market #213, | |

- 19 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | member (Former) | of Sandbox Industries LLC | Chicago, IL 60607; (312) 243-4100 | |
| T. Peter Thomas | Theranos BOD member (Former) | Managing Director of ATA Ventures | 4300 El Camino Real Suite 205, Los Altos, CA 94022; (650) 594-0189 | |

REQUEST NO. 11:   IDENTIFY ALL current or former THERANOS officers, employees, or members of THERANOS's Board of Directors, Board of Consultants, and Scientific and Medical Advisory Board who were involved in or had knowledge of PFM's INVESTMENT or the valuation of PFM's INVESTMENT, including but not limited to anyone who prepared, assisted in preparing, collected, or reviewed materials or information provided to PFM.  For each person so identified:

(a)   STATE the date(s) of the PERSON's involvement;

(b)   STATE the PERSON's title at the time of his or her involvement; and

(c)   DESCRIBE the role(s) the PERSON played in PFM's INVESTMENT.

RESPONSE TO INTERROGATORY NO 11:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 11 on the grounds that it is

overly broad, unduly burdensome, and beyond the scope of permissible discovery,

including in particular to the extent it could be construed calls for identification of

persons who merely had any awareness of PFM's investment at any time.

- 20 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                            TS-0958409

Theranos further objects to this Interrogatory to the extent it is without reasonable limitation as to time or scope; the Scientific and Medical Advisory Board's creation post-dates Plaintiffs' allegations, rendering that board's composition irrelevant to the subject matter in the pending action. Theranos also objects to this Interrogatory on the ground that Theranos does not have, and has never had, a Board of Consultants.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states:

1.      Sunny Balwani had communications with PFM from January 2014 through the date of PFM's investment.

3.      A number of individuals, including Jeffrey Blickman, Nishit Doshi, Daniel Edlin, Max Fosque, Mark Pandori, and Daniel Young, were involved in communications dated January 29, 2014 regarding Alex Rabodzey's test results.

4.      Todd Cardiff, David Kosanke, and Timothy Smith met with PFM representatives during their tour of the Company's manufacturing facilities in Newark.

5.      Daniel Edlin assisted in the preparation for a January 10, 2014 meeting between Theranos and PFM.

6.      Leona Garriott coordinated meetings between Theranos and PFM in November 2013.

- 21 -

**HIGHLY CONFIDENTIAL**

7.      Valeska Hintz was involved in preparing financing documents in February 2014.

8.      Elizabeth Holmes met with PFM representatives in December 2013 and January 2014 and then signed the Stock Purchase Agreement on February 7, 2014.

9.      Diana Lee coordinated meetings between Theranos and PFM in January and February 2014.

11.     Scott Marmer prepared an NDA for PFM's consultant on or about January 26 and January 27, 2014.

12.     Channing Robertson communicated in January and February 2014 with PFM's Brian Grossman and Grossman's father-in-law regarding PFM's investment.

13.     Danise Yam sent wiring instructions to PFM on February 5, 2014.

In further response, Theranos states that Theranos employees also were involved in the processing of blood samples obtained from PFM representatives, and those employees are not listed above.

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Sunny Balwani | President and Chief Operating | | | Available through counsel. |

- 22 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Officer (Former) | | | |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Nishit Doshi | Senior Manager of Validation and Process Development (Former) | Roche Molecular Systems | 4300 Hacienda Dr., Pleasanton, CA 94588; (925) 730-8000 | As of 5/10/2016: 151 S Bernardo Ave, Apt. 15, Sunnyvale, CA 94086; (805) 245-4522 |
| Todd Cardiff | Manager, Machine Shop | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Max Fosque | Senior Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Leona Garriott | Personal Assistant to Chief Executive Officer (Former) | | | 178 Delta Street, San Francisco, CA 94134; (574) 226-7672 |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Valeska Hintz | Senior Corporate Counsel | Counsel at Lowenstein Sandler LLP | 390 Lytton Ave, Palo Alto, CA 94301; (650) | 432 Morse Ave., Sunnyvale, CA 94085; (512) 289- |

- 23 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | (Former) | | 433-5800 | 4028 |
| David Kosanke | Senior Manager, Tool Shop | | | Available through counsel. |
| Diana Lee | Assistant to Chief Executive Officer (Current); Assistant to Chief Operating Officer (Former) | | | Available through counsel. |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Mark Pandori | Lab Director (Former) | Director of Laboratory Services at Alameda County Department of Public Health | 1000 Broadway #500, Oakland, CA 94607; (510) 267-8000 | As of 5/30/2014: 1506-C Pershing Drive, San Francisco, CA 94129; (415) 632-9183 |
| Channing Robertson | Theranos BOD member (Former) | Professor Emeritus, Vice Provost, and Dean of Research at Stanford University | 450 Serra Mall, Stanford, CA 94305; (650) 723-2300 | Available through counsel. |
| Timothy Smith | Vice President, Theranos Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Danise Yam (Spivey, So Han) | Corporate Controller | | 1701 Page Mill Rd, Palo Alto, CA 94304; | Available through counsel. |

- 24 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------------------------------------------------------------|----------------------------------------------------------------|-----------------------------------------------------------------|
|  |  |  | (855) 843-7200 |  |
| Daniel Young | Vice President of Theranos Systems and Computational Biosciences |  | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 12:   IDENTIFY ALL current or former THERANOS officers, employees, or members of THERANOS's Board of Directors, Board of Consultants, and Scientific and Medical Advisory Board who participated in selling or potentially selling THERANOS's stock to investors other than PFM.  For each PERSON so identified:

(a)     STATE the date(s) of the PERSON's participation;

(b)     STATE the PERSON's title at the time of his or her participation;

(c)     DESCRIBE the role(s) the PERSON played in selling or potentially selling THERANOS's stock; and

(d)     IDENTIFY the investor or potential investor.

RESPONSE TO INTERROGATORY NO 12:

Theranos incorporates by reference the General Objections set forth above.

Theranos objects to Interrogatory No. 12 on the grounds that it is overly broad,

unduly burdensome, seeks information that is not relevant to the subject matter of

the litigation, and beyond the scope of permissible discovery, including in

particular insofar as it calls for information concerning investors other than PFM.

Theranos further objects to this Interrogatory to the extent that it is without

- 25 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958414

reasonable limitation as to time or scope, and seeks information about events that occurred after PFM invested in Theranos, which are not relevant to this suit. The Scientific and Medical Advisory Board's creation post-dates Plaintiffs' allegations, rendering that board's composition irrelevant to the subject matter in the pending action. Theranos also objects to this Interrogatory on the ground that Theranos does not have, and has never had, a Board of Consultants.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that responsive persons include Sunny Balwani, Jeffrey Blickman, Daniel Edlin, Christian Holmes, Elizabeth Holmes, Heather King, and Danise Yam. Sunny Balwani communicated with investors and/or potential investors from 2009 through May 2016. Jeffrey Blickman, Daniel Edlin, and Christian Holmes have communicated with investors from 2011 through the present. Elizabeth Holmes has communicated with investors and/or potential investors from December 2004 through the present. Heather King communicated with investors from 2015 through 2016. Danise Yam has communicated with investors from September 2006 through the present.

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating | | | Available through counsel. |

- 26 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos
TS-0958415

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Officer (Former) | | | |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Danise Yam (Spivey, So Han) | Corporate Controller | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 13:   IDENTIFY ALL PERSONS who have purchased THERANOS's stock.  For each PERSON so identified:

(a)      STATE the type of stock that was purchased;

- 27 -

**HIGHLY CONFIDENTIAL**

(b)     STATE the date(s) of purchase of the stock;

(c)     STATE the number of shares of stock purchased;

(d)     STATE the price for which the shares of stock were purchased; and

(e)     STATE whether the shares of stock have been redeemed, and if so, the amount of stock redeemed, the price at which the stock was redeemed, the date(s) on which the stock was redeemed, and ALL current or former THERANOS officers, employees, or members of THERANOS's Board of Directors, Board of Consultants, and Scientific and Medical Advisory Board who participated in such redemption.

RESPONSE TO INTERROGATORY NO 13:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 13 on the grounds that it is overly broad, unduly burdensome, and seeks information that is not relevant to the subject matter of the litigation or reasonably calculated to lead to the discovery of admissible evidence.  Theranos further objects to this Interrogatory to the extent it is without reasonable limitation as to time or scope, and seeks information about events that occurred after PFM's investment in Theranos, which are not relevant to this suit.

Subject to and without waiving the foregoing objections and the General Objections, by way of further response, and pursuant to Court of Chancery Rule 33(d), Theranos refers to Plaintiffs' request for a capitalization table, which Theranos will provide in fulfillment of this Interrogatory.  Theranos also agrees to

- 28 -

**HIGHLY CONFIDENTIAL**

meet and confer regarding Plaintiffs' request for shares redemption information,

which Theranos does not consider relevant to this suit.

> REQUEST NO. 14:   IDENTIFY and DESCRIBE ANY changes to
> YOUR website and ANY social media accounts or profiles since
> January 1, 2013 CONCERNING ANY of the facts or allegations set
> forth in the COMPLAINT, and IDENTIFY the individual(s) involved
> in each change.

RESPONSE TO INTERROGATORY NO 14:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 14 on the grounds that it is

overbroad and unduly burdensome, given that the request could be construed to

call for any "change" that was made to the Company's website and social media

accounts over a nearly four-year period.  Theranos specifically objects to this

Interrogatory to the extent that it seeks information about events that occurred after

PFM invested in Theranos, which are not relevant to this suit.  Theranos further

objects to this Interrogatory on the ground that it seeks information protected by

the attorney-client privilege.   Theranos further objects to this request on the

ground that it could be fulfilled with less burden by a document production.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that the Company website has been periodically

updated since January 1, 2013 to reflect Theranos's evolving business plan.  This

includes periodic changes made to statements regarding Theranos's technology.

- 29 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958418

These changes were made in the normal course of business as Theranos's technology and business model continued to evolve.  Pursuant to Court of Chancery Rule 33(d), Theranos refers Plaintiffs to documents that the Company has agreed to produce, and in particular to the "public representations" portion of the Company's document production plan.  The Company is willing to identify responsive documents once they have been produced.

Theranos further states that individuals involved in making updates to the Company's website since January 1, 2013 include:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Kate Beardsley | Outside regulatory counsel | | Beardsley Law, PLLC 1342 North Carolina Ave NE, Washington, DC 20003; 202-812-3600 | |
| Carisa Bianchi | Senior Vice President and Global Chief Marketing Officer (Former) | | | As of 12/5/2016: 3432 La Sombra Dr., Los Angeles, CA 90068; (323) 876-5725 |

- 30 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958419

| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
|---|---|---|---|---|
| Gage Clegg | Creative Director (Former) | | | As of 10/5/2016: 13053 Rose Ave., Los Angeles, CA 90066; (702) 813-3766 |
| Robert A. Dormer | Outside regulatory counsel | | Hyman, Phelps, & McNamara PC, 700 Thirteenth Street, N.W. Suite 1200 Washington, D.C. 20005; (202) 737-5600 | |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Natasha Katz | Graphic Designer (Former) | Graphic Designer/Art Direction, Sephora | 525 Market St., San Francisco, CA 94105; (877) 737-4672 | As of 7/8/2016: 1425 Fillmore St. #613, San Francisco, CA 94115; (303) 818-1165 |
| Angela Ha | Senior Product Manager | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 31 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958420

| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Patrick O'Neill | Chief Creative Officer | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kyle Thompson | Content Designer (Former) | | | As of 12/5/2016: 1168 Manzanita Dr., Pacifica, CA 94044; (540) 429-1442 |
| Dilaver Velioglu (Former) | Senior Software Development Engineer | | | 8 Coleman Pl., Menlo Park, CA 94025; (203) 503-1109 |
| Jamie Wolszon | Outside regulatory counsel | | Hyman, Phelps, & McNamara PC, 700 Thirteenth Street, N.W. Suite 1200 Washington, D.C. 20005; (202) 737-5600 | |

Theranos further states that the following employees were, at some point since January 1, 2013, involved in updating the Company's social media accounts:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
| --- | --- | --- | --- | --- |
| Rashmi Agarwal | Manager, Recruiting | | 1701 Page Mill Rd., Palo Alto, | Available through counsel. |

- 32 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | | | CA 94304; (855) 843-7200 | |
| Carisa Bianchi | Senior Vice President and Global Chief Marketing Officer (Former) | | | As of 12/5/2016: 3432 La Sombra Dr., Los Angeles, CA 90068; (323) 876-5725 |
| Douglas Burns | Senior Director, Recruiting | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Gage Clegg | Creative Director (Former) | | | As of 10/5/2016: 13053 Rose Ave., Lose Angeles, CA 90066; (702) 813-3766 |
| Jan Dong | Manager, Recruiting | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of Chief Executive Officer | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Amber Eyerman | Social Media Writer (Former) | Copy, SoFi | Building A, 1 Letterman Dr #4700, San Francisco, CA 94129 | As of 1/15/2016: 428 Alice St., Oakland, CA 94607; (951) 235-2748 |
| Brett Gilbert | Recruiting Sourcer (Former) | Senior Recruiter, Coherus BioSciences | 333 Twin Dolphin Dr #600, Redwood City, CA 94065; | As of 6/3/2015: 20701 Carniel Ave., Saratoga, CA 95070 (408) 335-3224 |

- 33 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                 TS-0958422

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|-----------------------------------------------------------|--------------------------------------------------------------|-----------------------------------------------------------------|
| | | | (800) 794-5434 | |
| Ying Guan | Manager, Talent Operations | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jasmine Guo | Talent Operations Analyst (Former) | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | As of 12/5/2016: 141 Saratoga Ave., Santa Clara, CA 95051; (925) 719-3410 |
| Natasha Katz | Graphic Designer (Former) | Graphic Designer/Art Direction, Sephora | 525 Market St., San Francisco, CA 94105; (877) 737-4672 | As of 7/8/2016: 1425 Fillmore St. #613, San Francisco, CA 94115; (303) 818-1165 |
| Darren Nakata | Recruiter (Former) | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | As of 12/5/2016: 148 Sherland Ave., Mountain View, CA 94043; (503) 756-4775 |
| Patrick O'Neill | Chief Creative Officer | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Mona Ramamurthy | Head of Human Resources and Employment Counsel | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Niti Randhawa | Recruiting Coordinator (Former) | Talent Acquisition Specialist, Achievers | 660 3rd St. #302, San Francisco, CA 94107; (888) 622-3343 | As of 1/20/2014: 39939 Stevenson Common, Fremont, CA 94538; (925) |

- 34 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | | | | 381-9130 |
| Jacob Rios | Senior Recruiter | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Samantha Schneider | Director, Recruiting (Former) | | | As of 3/10/2015: 575 Tyndall #8, Los Altos, CA 94022; (650) 948-4262 |
| Ankur Shah | Recruiter (Former) | Talent Finder, Collective Health | 85 Bluxome St., San Francisco, CA 94107; (844) 265-3288 | As of 5/15/2015: 4672 Creekwood Drive, Fremont, CA 94555; (510) 304-9305 |
| Kyle Thompson | Content Designer (Former) | | 1701 Page Mill Rd., Palo Alto, CA 94304; (855) 843-7200 | As of 12/5/2016: 1168 Manzanita Dr., Pacifica, CA 94044; (540) 429-1442 |
| Lauren Vroom | Public Relations Manager (Former) | | | As of 11/17/2016: 3751 Klamath Lane, Palo Alto, CA 94303; (408) 768-1354 |

REQUEST NO. 15:   IDENTIFY each version or iteration of
THERANOS's SAMPLE PROCESSING UNIT, beginning January 1,
2013.  For each version or iteration so identified:

(a)   STATE the date(s) THERANOS began using the SAMPLE
PROCESSING UNIT to process blood tests for THERANOS's
commercial testing center patients;

- 35 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958424

(b)      IDENTIFY the blood test(s) on THERANOS's Direct Testing Menu that THERANOS ran on the SAMPLE PROCESSING UNIT;

(c)      IDENTIFY the THERANOS laboratory location(s) in which the SAMPLE PROCESSING UNIT was located; and

(d)      STATE the date(s) THERANOS stopped using the SAMPLE PROCESSING UNIT to process blood tests for THERANOS's commercial testing center patients.

RESPONSE TO INTERROGATORY NO. 15:

Theranos incorporates by reference the General Objections set forth above.

(a)  Subject to and without waiving the General Objections, Theranos states that, beginning January 1, 2013, the versions of THERANOS's SAMPLE PROCESSING UNIT to process blood tests for THERANOS's commercial testing center patients include version 3.5.

(b)  Subject to and without waiving the General Objections, Theranos states that the following tests were run in its clinical lab on the 3.5 device:

- Estradiol

- Human Chorionic Gonadotropin (hCG)

- Prolactin

- Total Prostate Specific Antigen (Total PSA)

- Sex Hormone Binding Globulin (SHBG)

- Thyroid Stimulating Hormone (TSH)

- Total Thyroxine (Total T4)

- 36 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                                TS-0958425

- Free Thyroxine (Free T4)

- Total Testosterone

- Triiodothyronine (T3)

- Vitamin B-12

- Vitamin D 25-OH

(c)  Subject to and without waiving the General Objections, Theranos states that the 3.5 version of the TSPU was located in Theranos' clinical lab at 1601 S. California Avenue in Palo Alto, California until on or about October 26, 2014. Thereafter, Theranos' clinical lab, where the 3.5 version of the TSPU was located, moved to Newark, California.

(d)  Theranos specifically objects to the phrases "process blood tests(s)" and "commercial testing center patients" as vague and ambiguous.  The terms could, for instance, be construed to call for the date(s) Theranos stopped using version 3.5 of the TSPU without limitation as to whether Theranos stopped using the device altogether, or stopped using the device for the purpose of releasing patient test results.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring information irrelevant and immaterial to the claims or defenses of any party in this litigation.

- 37 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958426

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that Theranos stopped using the 3.5 device to run

patient samples in its clinical lab on or about June 25, 2015.

> REQUEST NO. 16:   DESCRIBE ANY analyses, empirical studies, testing, or other validation of YOUR SAMPLE PROCESSING UNIT, whether performed by YOU or by third parties or proposed or offered to YOU by third parties, and IDENTIFY YOUR employees or former employees involved in such analyses, empirical studies, or other validation.

RESPONSE TO INTERROGATORY NO 16:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to the phrase "analyses, empirical studies, testing, or

other validation" as vague, ambiguous, overly broad, unduly burdensome, and

lacking relevance, as it potentially requires Theranos to provide the requested

information about any and every use of any version of Theranos's Sample

Processing Unit (TSPU) since the Company's inception.  Moreover, this

Interrogatory could potentially require identification of any Theranos employee or

former Theranos employee involved in any scientific, technical, or manufacturing

work related to the TSPU.  Accordingly, Theranos objects to this Interrogatory as

vague, ambiguous, overly broad, unduly burdensome, and requiring description of

information irrelevant and immaterial to the claims or defenses of any party in this

litigation.

- 38 -

**HIGHLY CONFIDENTIAL**

Subject to and without waiving the foregoing objections and General Objections, Theranos states that Theranos created standard operating procedures for assessing the functionality and operability of its Sample Processing Unit according to internally established specifications.

Theranos further states that it conducted both laboratory studies and field-testing studies to assess the performance of its blood testing methods on the TSPU in coordination with personnel from various pharmaceutical companies, research institutions, and government institutions. In particular, the Company's work in coordination with pharmaceutical companies included performance assessments of early versions of the TSPU in point-of-care deployment settings, including, for example, studies with Pfizer and Centocor in which the instruments were deployed for testing in patient homes.

Theranos also states that, for each blood test developed on the TSPU, Theranos conducted internal development studies to assess the viability and performance of its proprietary chemistries and/or methods. For those proprietary assay chemistries and methods that showed promise in the development phase and that Theranos selected for use in the clinical laboratory, Theranos conducted validation testing of laboratory developed tests ("LDTs") prior to use in Theranos' clinical laboratories.

- 39 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958428

By way of further response, Theranos directs Plaintiffs to the FDA 510(k)

submission for HSV-1, which involves validation of a version of the TSPU.  The

HSV-1 submission is publicly available on the FDA's premarket notification

database—the 510(k) number is K143236.

Theranos also states that it is currently aware that the following Theranos

employees may have or have had involvement with work related to the Sample

Processing Unit:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Samartha Anekal | Vice President, Theranos Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sani Hadziahmetovic | Lead, Consumables Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Anthony Nugent | Vice President, Product Development (Former) | Director of Quality and Strategic Procurement, Neato Robotics | | As of 8/25/2013:  5308 Aspen Street, Dublin, CA 94568; 1-925-230-8777 |
| Tim Smith | Vice President, Theranos Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jim Twitchell | Director of Quality, Theranos Systems (Former) | | | As of 12-5-16:  2564 Roosevelt Avenue, Redwood City, CA 94061; 1-650-260-2056 |

- 40 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                        TS-0958429

REQUEST NO. 17:   DESCRIBE ANY analyses, empirical studies, testing, or other validation of YOUR blood tests performed by YOU or by third parties, or proposed or offered to YOU by third parties, and IDENTIFY YOUR employees or former employees involved in such analyses, empirical studies, or other validation.

RESPONSE TO INTERROGATORY NO 17:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to the phrases "analyses, empirical studies, testing, or other validation" and "YOUR blood tests" as vague, ambiguous, overly broad, unduly burdensome, and lacking relevance, as it potentially requires Theranos to provide the requested information about all work done in furtherance of developing any blood test at Theranos since the Company's inception.  Moreover, this Interrogatory could potentially require identification of any Theranos employee or former Theranos employee involved in any scientific, technical, or manufacturing work related to the development of blood tests.  Accordingly, Theranos objects to this Interrogatory as vague, ambiguous, overly broad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that Theranos conducted both laboratory studies and field-testing studies to assess the performance of its blood testing methods in coordination with personnel from various pharmaceutical companies, research

- 41 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958430

institutions, and government institutions such as Pfizer, Schering-Plough, Celgene, Centocor, Stanford University, and the Department of Defense.  Theranos also engaged with a team of scientists from Johns Hopkins University who were hired by Walgreens to conduct a due diligence review of Theranos' blood testing technology.

Theranos further states that, for each blood test developed, Theranos conducted internal development studies to assess the viability and performance of its proprietary chemistries and/or methods.  For those proprietary assay chemistries and methods that showed promise in the development phase and that Theranos selected for use in the clinical laboratory, Theranos conducted validation testing of LDTs prior to use in Theranos' clinical laboratories.

For FDA approved and cleared blood tests performed in Theranos' clinical laboratories using third-party equipment and chemistries, Theranos conducted verification testing prior to use in Theranos' clinical laboratories.

Theranos also states that Theranos conducted validation testing of its HSV-1 assay in accordance with FDA guidelines, and received 510(k) clearance. Theranos directs Plaintiffs to the HSV-1 submission, which is publicly available on the FDA's premarket notification database—the 510(k) number is K143236.

- 42 -

**HIGHLY CONFIDENTIAL**

By way of further response, Theranos states that it is currently aware that the

following Theranos employees have been involved with analysis and/or validation

work related to Theranos' blood tests:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Matthew Black | Associate Director, Assay Systems (Former) | | | As of 9/02/2016: 652 Hickey Blvd. #3, Pacifica, CA 94044; 1-508-846-9830 |
| Surekha Gangakhedkar | Manager, Assay Systems (Former) | Senior Scientist, Abbott Diagnostics | | As of 9/11/2013: 4613 Aviara Court, San Jose, CA 95135; 1-408-238-9825 |
| Arnold Gelb | Lab Director (CA) (Former) | Global Head of Companion Diagnostic Development and Site Head US, EMD Serono, Inc. | | As of 1/25/2013: PO Box 2202, Mill Valley, CA 949422202; 1-415-717-4342 |
| Nick Haase | Scientist, Assay Development (Former) | IVD Scientist, Salveo Dx | | As of 8/31/2016: 1243 Civic Center Drive, Santa Clara, CA 95050; 1-317-490-9841 |
| Stefan Hristu | Manager, Client Solutions (Former) | Product Manager, Endpoint Clinical | 55 Francisco Street Suite 200 San Francisco, CA 94133 | As of 1/20/2010: 1272 64th Street, Emeryville, CA 94608; 1-408-729-1621 |
| Ran Hu | Staff Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 43 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958432

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Swapna Joshi | Senior Data Scientist, Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kwesi Mercurius | Senior Scientist, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Seth Michelson | Chief Scientific Officer (Former) | | | As of 4/30/2010: 1473 Mildred Avenue, San Jose, CA 95125; 1-408-283-9272 |
| Mark Pandori | Lab Director (Former) | Director of Laboratory Services at Alameda County Department of Public Health | 1000 Broadway #500, Oakland, CA 94607; (510) 267-8000 | As of 5/30/2014: 1506-C Pershing Drive, San Francisco, CA 94129; (415) 632-9183 |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Pranav Patel | Team Lead, Assay Systems (Former) | Founder, 2D Genomics Inc. | | As of 7/3/2014: 34203 Oneil Terrace, Fremont, CA 94555; 1-510-396-1608 |
| Jennifer Ptacek | Senior Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kathryn Rommel | Senior Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958433

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Adam Rosendorff | Lab Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Curtis Schneider | Team Lead, Validation and Process Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sharada Sivaraman | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elaine Than | Associate Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Marc Thibonnier | Chief Medical Officer (Former) | Founder and President, AptamiR Therapeutics, Inc. | | As of 7/23/2010: 484 Terracina Way, Naples, FL 34119; 1-239-682-3791 |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 18:    STATE the number of YOUR blood tests that were available in YOUR commercial testing centers for each quarter beginning January 1, 2013.  For each blood test so identified:

(a)    IDENTIFY the name of the blood test, as listed on THERANOS's Direct Testing Menu;

(b)    IDENTIFY the Current Procedural Terminology Code(s) YOU associated with the blood test;

- 45 -

**HIGHLY CONFIDENTIAL**

(c)     STATE whether the availability of the blood test in YOUR commercial testing centers during that quarter differed by geography and the reason(s) for ANY geographic difference;

(d)     STATE whether the blood test was available in YOUR commercial testing centers during that quarter using a CAPILLARY BLOOD SAMPLE or VENOUS BLOOD SAMPLE;

(e)     STATE whether during that quarter the blood test could be performed in YOUR commercial testing centers with ACCURACY; and

(f)     IDENTIFY the individual(s) who decided which blood tests would be available in YOUR commercial testing centers, when the blood tests would be available, what type of blood sample each blood test would utilize, and whether the blood tests could be performed with ACCURACY.

RESPONSE TO INTERROGATORY NO 18:

Theranos incorporates by reference the General Objections set forth above.

(a), (b), (d)  Subject to and without waiving the General Objections, Theranos states in response to Interrogatory No. 18(a), (b), and (d) that these requests seek a compilation of information that must be derived from Theranos' proprietary databases that contain patient testing data pertaining to millions of test results.  Theranos states that it will produce responsive information as part of expert discovery in this matter.

(c)  Theranos specifically objects to the phrases "availability of the blood test" and "YOUR commercial testing centers" as vague, ambiguous, and overly broad.  As a result, Theranos additionally objects to this Interrogatory as requiring

- 46 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958435

description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that the availability of test offerings differed by geography in the following circumstances: (1) for all customers once Theranos' lab in Newark, California stopped performing some tests in 2015; and (2) for customers in Pennsylvania as a result of operational constraints with specimen stability and shipment.

(e)  Theranos specifically objects to the phrases "YOUR blood tests," "available," "commercial testing centers," and "could be performed" as vague, ambiguous, and overly broad as they could potentially require information relating to every blood test result over a period of years.  Theranos also specifically objects to the term "ACCURACY" as the definition provided is vague, ambiguous, and unintelligible.  Accordingly, Theranos objects to this Interrogatory as vague, ambiguous, unintelligible, overly broad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that, during each relevant time frame, Theranos

- 47 -

**HIGHLY CONFIDENTIAL**

employed blood test methods and technologies that it understood conformed to relevant standards.

(f)  Theranos objects to the term "ACCURACY" on the grounds that it is vague and ambiguous.  Theranos specifically objects to this Interrogatory as vague and ambiguous because it potentially requires identification of nearly every Theranos employee or former Theranos employee involved with the decision-making process related to moving tests into the clinical lab.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it is currently aware that the following Theranos employees may have been involved in making decisions relating to some items identified in part (f):

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Sunil Dhawan | Lab Director (CA) (Former) | | | As of 4/15/2016: 119 Martingale Drive, Fremont, CA 94539; 1-510-599-4750 |

- 48 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                        TS-0958437

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Surekha Gangakhedkar | Manager, Assay Systems (Former) | Senior Scientist, Abbott Diagnostics | | As of 9/11/2013: 4613 Aviara Court, San Jose, CA 95135; 1-408-238-9825 |
| Mark Pandori | Lab Director (Former) | Director of Laboratory Services at Alameda County Department of Public Health | 1000 Broadway #500, Oakland, CA 94607; (510) 267-8000 | As of 5/30/2014: 1506-C Pershing Drive, San Francisco, CA 94129; (415) 632-9183 |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Pranav Patel | Team Lead, Assay Systems (Former) | Founder, 2D Genomics Inc. | | As of 7/3/2014: 34203 Oneil Terrace, Fremont, CA 94555; 1-510-396-1608 |
| Adam Rosendorff | Laboratory Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Sharada Sivaraman | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 19:   STATE the number of blood tests that were performed in YOUR commercial testing centers on patient blood

- 49 -

**HIGHLY CONFIDENTIAL**

samples for each quarter beginning January 1, 2013.  For each blood test so identified:

(a)     IDENTIFY the name of the blood test, as listed on THERANOS's Direct Testing Menu;

(b)     IDENTIFY the Current Procedural Terminology Code(s) YOU associated with the blood test;

(c)     STATE YOUR cost, revenue, and profit in performing the blood test during that quarter, both in the aggregate and per test;

(d)     STATE how many times YOU performed the blood test during that quarter, and how many of such tests were found at any time to have been performed without ACCURACY; and

(e)     STATE how many of such blood tests YOU performed during that quarter using a CAPILLARY BLOOD SAMPLE, and how many using a VENOUS BLOOD SAMPLE.

RESPONSE TO INTERROGATORY NO 19:

Subject to and without waiving the General Objections, Theranos states in response to this Interrogatory that these requests seek a compilation of information that must be derived from Theranos' proprietary databases that contain patient testing data pertaining to millions of test results.  Theranos states that it will produce responsive information as part of expert discovery in this matter.

REQUEST NO. 20:     DESCRIBE ANY analyses conducted or relied upon by YOU relating to patterns, frequencies or trends in requested blood tests.

RESPONSE TO INTERROGATORY NO 20:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to the phrases "analyses" and "patterns, frequencies,

- 50 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                    TS-0958439

or trends" as vague and ambiguous.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that Theranos' test menu contemplated the most commonly ordered tests.  Theranos conducted statistical analyses in order to offer a test menu that would comprehensively cover the blood tests most commonly ordered by physicians and patients.

> REQUEST NO. 21:    STATE the number of blood tests YOU could perform with ACCURACY on a single CAPILLARY BLOOD SAMPLE and on a single VENOUS BLOOD SAMPLE for each quarter beginning January 1, 2013.  For each blood test so identified:
>
> (a)    IDENTIFY the name of the blood test, as listed on THERANOS's Direct Testing Menu; and
>
> (b)    IDENTIFY the Current Procedural Terminology Code(s) YOU associated with the blood test.

RESPONSE TO INTERROGATORY NO 21:

Subject to and without waiving the General Objections, Theranos states in response to this Interrogatory that this request seeks a compilation of information that must be derived from Theranos' proprietary databases that contain patient testing data pertaining to millions of test results.  Theranos states that it will produce responsive information as part of expert discovery in this matter.

- 51 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                              TS-0958440

REQUEST NO. 22:   STATE the amount of time required for YOU to provide a commercial testing center patient with the results of a blood test offered for each quarter beginning January 1, 2013.

RESPONSE TO INTERROGATORY NO 22:

Subject to and without waiving the General Objections, Theranos states in response to this Interrogatory that this request seeks a compilation of information that must be derived from Theranos' proprietary databases that contain patient testing data pertaining to millions of test results.  Theranos states that it will produce responsive information as part of expert discovery in this matter.

REQUEST NO. 23:   DESCRIBE ANY analyses, empirical studies, testing, or other validation by third parties, or proposed or offered to YOU by third parties, of YOUR equipment, technologies, and scientific methods related to blood tests, and IDENTIFY YOUR employees or former employees involved in such analyses, empirical studies, or other validation.

RESPONSE TO INTERROGATORY NO 23:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to the phrases "analyses, empirical studies, testing, or other validation" and "equipment, technologies, and scientific methods" as vague, ambiguous, overly broad and unduly burdensome, as these phrases could potentially require description of any and every study contemplated since the Company's inception, without reasonable limitation as to the content or scope of such studies.  Moreover, this Interrogatory could be construed to require identification of nearly every Theranos employee or former Theranos employee

- 52 -

**HIGHLY CONFIDENTIAL**

involved in scientific, technical, or manufacturing work related to a broad category of projects.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that Theranos conducted both laboratory studies and field-testing studies to assess the performance of its blood testing methods in coordination with personnel from various pharmaceutical companies, research institutions, and government institutions such as Pfizer, Schering-Plough, Celgene, Centocor, Stanford University, and the Department of Defense.  Also by way of example, Theranos engaged with a team of scientists from Johns Hopkins University who were hired by Walgreens to conduct a due diligence review of Theranos' blood testing technology.

Theranos further states by way of example that it also partnered with Celgene, a pharmaceutical company, to develop a biomathematical model which would be used to predict drug behavior in certain patient populations.  Once the predictive model was completed, Theranos conducted validation testing to check the efficacy of the model (*i.e.*, by testing the model against data different from those used to develop the model in the first instance) before providing it to the pharmaceutical client.

- 53 -

**HIGHLY CONFIDENTIAL**

Theranos also states that it conducted validation testing of its HSV-1 assay in accordance with FDA guidelines, and received 510(k) clearance following the FDA's analysis of Theranos's submission. Theranos directs Plaintiffs to the HSV-1 submission, which is publicly available on the FDA's premarket notification database—the 510(k) number is K143236.

By way of further response, Theranos states that it is currently aware that the following Theranos employees may have or have had involvement with work related to such studies:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Susan DiGiaimo | Strategic Account Director (Former) | EVP Strategic Accounts, Global Pharmatek | | As of 4/03/2009: 101 Parkside Lane, Cedar Run, NJ 89092; 1-609-978-8495 |
| Gary Frenzel | Architect (Former) | | | Available through counsel. |
| Surekha Gangakhedkar | Manager, Assay Systems (Former) | Senior Scientist, Abbott Diagnostics | | As of 9/11/2013: 4613 Aviara Court, San Jose, CA 95135; 1-408-238-9825 |
| Stefan Hristu | Manager, Client Solutions (Former) | Product Manager, endpoint Clinical | 55 Francisco Street Suite 200 San Francisco, CA 94133 | As of 1/1/2010: 1272 64th Street, Emeryville, CA 94608; 1-408-729-1621 |
| Seth Michelson | Chief Scientific Officer (Former) | | | As of 4/30/2010: 1473 Mildred Avenue, San Jose, CA 95125; 1-408-283-9272 |

- 54 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Marc Thibonnier | Chief Medical Officer (Former) | Founder and President, AptamiR Therapeutics, Inc. | | As of 7/23/2010: 484 Terracina Way, Naples, FL 34119; 1-239-682-3791 |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 24:   DESCRIBE YOUR analyses, empirical studies, testing or other validation of YOUR equipment, technologies, and scientific methods related to blood tests, and IDENTIFY YOUR employees or former employees involved in such analyses, empirical studies, or other validation.

RESPONSE TO INTERROGATORY NO 24:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to the phrase "analyses, empirical studies, testing, or

other validation" and "equipment, technologies, and scientific methods" as vague,

ambiguous, overly broad and unduly burdensome, as these phrases could

potentially require description of any and every experiment undertaken at Theranos

since the Company's inception, without reasonable limitation as to the content or

scope of such experimentation.  Moreover, this Interrogatory could be construed to

require identification of nearly every Theranos employee or former Theranos

employee involved in experimental work related to Theranos's blood testing.  As a

- 55 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                    TS-0958444

result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that, for each blood test developed, Theranos conducted internal development studies to assess the viability and performance of its proprietary chemistries and/or methods.  For those proprietary assay chemistries and methods that showed promise in the development phase and that Theranos selected for use in the clinical laboratory, Theranos conducted validation testing of LDTs prior to use in Theranos' clinical laboratories.

For FDA approved and cleared blood tests performed in Theranos' clinical laboratories using third-party equipment and chemistries, Theranos conducted verification testing prior to use in Theranos' clinical laboratories.

By way of further response, Theranos states that it created standard operating procedures for assessing the functionality and operability of its Sample Processing Unit according to internally established specifications.  In addition, Theranos directs Plaintiffs to the FDA 510(k) submission for HSV-1, which involves validation of a version of the TSPU.  The HSV-1 submission is publicly available on the FDA's premarket notification database—the 510(k) number is K143236.  In support of multiple, additional 510(k) submissions, Theranos also

- 56 -

**HIGHLY CONFIDENTIAL**

conducted studies to establish that its Capillary Tube Nanotainers' ("CTN")

performance was substantially equivalent to that of existing FDA-cleared blood

collection devices. The Company further conducted a variety of studies in support

of its pre-Emergency Use Authorization submissions to FDA for blood tests for the

Ebola and Zika viruses to be run on versions of the TSPU.

Theranos further states that Theranos conducted internal predictive modeling

studies related, for instance, to diabetes, fertility, and the H1N1 virus. As one

example, Theranos developed for H1N1 an epidemiological model to determine

how the virus spread across certain populations.

Theranos also states that the following Theranos employees have been

involved with analysis and/or validation work related to the items identified above:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Samartha Anekal | Vice President, Theranos Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Matthew Black | Associate Director, Assay Systems (Former) | | | As of 9/02/2016: 652 Hickey Blvd. #3, Pacifica, CA 94044; 1-508-846-9830 |
| Surekha Gangakhedkar | Manager, Assay Systems | Senior Scientist, | | As of 9/11/2013: 4613 Aviara Court, |

- 57 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | (Former) | Abbott Diagnostics | | San Jose, CA 95135; 1-408-238-9825 |
| Arnold Gelb | Lab Director (CA) (Former) | Global Head of Companion Diagnostic Development and Site Head US, EMD Serono, Inc. | | As of 1/25/2013: PO Box 2202, Mill Valley, CA 949422202; 1-415-717-4342 |
| Nick Haase | Scientist, Assay Development (Former) | IVD Scientist, Salveo Dx | | As of 8/31/2016: 1243 Civic Center Drive, Santa Clara, CA 95050; 1-317-490-9841 |
| Sani Hadziahmetovic | Lead, Consumables Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Stefan Hristu | Manager, Client Solutions (Former) | Product Manager, endpoint Clinical | 55 Francisco Street Suite 200 San Francisco, CA 94133 | As of 1/1/2010: 1272 64th Street, Emeryville, CA 94608; 1-408-729-1621 |
| Ran Hu | Staff Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Swapna Joshi | Senior Data Scientist, Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kwesi Mercurius | Senior Scientist, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Seth Michelson | Chief Scientific Officer (Former) | | | As of 4/30/2010: 1473 Mildred Avenue, San Jose, CA 95125; 1-408-283-9272 |
| Anthony Nugent | Vice President, | Director of | | As of 8/25/2013: |

- 58 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Product Development (Former) | Quality and Strategic Procurement, Neato Robotics | | 5308 Aspen Street, Dublin, CA 94568; 1-925-230-8777 |
| Mark Pandori | Lab Director (Former) | Director of Laboratory Services at Alameda County Department of Public Health | 1000 Broadway #500, Oakland, CA 94607; (510) 267-8000 | As of 5/30/2014: 1506-C Pershing Drive, San Francisco, CA 94129; (415) 632-9183 |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Pranav Patel | Team Lead, Assay Systems (Former) | Founder, 2D Genomics Inc. | | As of 7/3/2014: 34203 Oneil Terrace, Fremont, CA 94555; 1-510-396-1608 |
| Jennifer Ptacek | Senior Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kathryn Rommel | Senior Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Adam Rosendorff | Lab Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Curtis Schneider | Team Lead, Validation and Process Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 59 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                                    TS-0958448

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sharada Sivaraman | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Tim Smith | Vice President, Theranos Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elaine Than | Associate Scientist, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Marc Thibonnier | Chief Medical Officer (Former) | Founder and President, AptamiR Therapeutics, Inc. | | As of 7/23/2010:  484 Terracina Way, Naples, FL 34119; 1-239-682-3791 |
| Jim Twitchell | Director of Quality, Theranos Systems (Former) | | | As of 12-5-16:  2564 Roosevelt Avenue, Redwood City, CA 94061; 1-650-260-2056 |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 25:    IDENTIFY ANY of YOUR current or former
employee(s) who communicated or had knowledge of complaints,
concerns, grievances, objections, doubts, or criticisms
CONCERNING ANY of the facts or allegations set forth in the
COMPLAINT, including without limitation: YOUR
COMMUNICATIONS with YOUR investors; the number and
proportion of blood tests on THERANOS's Direct Testing Menu that
utilized CAPILLARY BLOOD SAMPLES; the extent to which
THERANOS used non-proprietary or commercially available

- 60 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                      TS-0958449

equipment to perform blood tests; the status and nature of
THERANOS's submissions to and correspondence with the FDA; and
THERANOS's relationships with RETAIL STORES, hospitals, and
physicians or physician practices.

RESPONSE TO INTERROGATORY NO 25:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 25 on the grounds that it is

overbroad and unduly burdensome, that it is better addressed by a document

production, and that it exceeds the scope of permissible discovery because the

information that is requested has no connection to PFM's investment in Theranos.

Theranos specifically objects to this Interrogatory to the extent that it seeks

information about events that occurred after PFM invested in Theranos, which are

not relevant to this suit.  Theranos also objects that this Interrogatory is compound,

and thus vague and ambiguous, because it does not clearly distinguish between

individuals who "communicated" "complaints, concerns, grievances, objections,

doubts, or criticisms" and individuals who had knowledge of such "complaints,

concerns, grievances, objections, doubts, or criticisms."  Theranos further objects

that the phrase "complaints, concerns, grievances, objections, doubts, or

criticisms" is vague and ambiguous, especially given that activity that could fall

within the broad sweep of this phrase, and this Interrogatory, is integral to a

development-stage company such as Theranos.  Theranos objects to this

- 61 -

**HIGHLY CONFIDENTIAL**

Interrogatory to the extent it calls for information that is protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it will, under Court of Chancery Rule 33(d), produce and subsequently specify business records from which the answer to this Interrogatory may be derived or ascertained.

> REQUEST NO. 26:   For ANY of YOUR current or former employee(s) identified in response to Interrogatory No. 25, DESCRIBE the concerns, grievances, objections, doubts, or criticisms that were raised.

RESPONSE TO INTERROGATORY NO 26:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 26 on the grounds that it is overbroad and unduly burdensome, that it is better addressed by a document production, and that it exceeds the scope of permissible discovery because the information that is requested has no connection to PFM's investment in Theranos. Theranos specifically objects to this Interrogatory to the extent that it seeks information about events that occurred after PFM invested in Theranos, which are not relevant to this suit. Theranos also objects that the phrase "complaints, concerns, grievances, objections, doubts, or criticisms" is vague and ambiguous, especially given that activity that could fall within the broad sweep of this phrase, and this Interrogatory, is integral to a development-stage company such as

- 62 -

**HIGHLY CONFIDENTIAL**

Theranos.    Theranos objects to this Interrogatory to the extent it calls for

information that is protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that it will, under Court of Chancery Rule 33(d),

produce and subsequently specify business records from which the answer to this

Interrogatory may be derived or ascertained.

> REQUEST NO. 27:    IDENTIFY ANY of YOUR former
> employee(s) who resigned or were terminated after communicating or
> learning of a complaint, concern, grievance, objection, doubt, or
> criticism CONCERNING ANY of the facts or allegations set forth in
> the COMPLAINT, including without limitation those listed in
> Interrogatory No. 25.

RESPONSE TO INTERROGATORY NO 27:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 27 on the grounds that it is

overbroad and unduly burdensome, that it is better addressed by a document

production, and that it exceeds the scope of permissible discovery because the

information that is requested has no connection to PFM's investment in Theranos.

Theranos specifically objects to this Interrogatory to the extent that it seeks

information about events that occurred after PFM invested in Theranos, which are

not relevant to this suit.  Theranos also objects that the Interrogatory is vague and

ambiguous as to the meaning of the term "after;" Theranos does not construe the

interrogatory to suggest that a causal connection is required.  Theranos objects to

- 63 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                            TS-0958452

this Interrogatory to the extent it calls for information that is protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it will, under Court of Chancery Rule 33(d), produce and subsequently specify business records from which the answer to this Interrogatory may be derived or ascertained.

REQUEST NO. 28:   IDENTIFY ANY non-proprietary or commercially available machine, equipment, or technology that YOU used to perform blood tests for commercial testing center patients since January 1, 2013.  For each device so identified:

(a)    IDENTIFY the third party(ies) that manufactured, built, and sold the machine, equipment, or technology;

(b)    STATE the time period during which YOU used the machine, equipment, or technology to perform blood tests for commercial testing center patients;

(c)    IDENTIFY the individual(s) who decided to purchase or otherwise obtain the machine, equipment, or technology;

(d)    IDENTIFY the blood tests on THERANOS's Direct Testing Menu, using the name as listed on the Direct Testing Menu, that YOU performed using the machine, equipment, or technology; and

(e)    IDENTIFY the individual(s) who decided which blood tests would be performed using the machine, equipment, or technology, and which blood tests could be performed with ACCURACY using the machine, equipment, or technology.

- 64 -

**HIGHLY CONFIDENTIAL**

   TS-0958453

RESPONSE TO INTERROGATORY NO 28:

Theranos incorporates by reference the General Objections set forth above.

(a)  Subject to and without waiving the General Objections, Theranos states the following:  Abbott, BD Biosciences, Beckman Coulter, Bio-Rad, CellaVision, DiaSorin, Drew Scientific, Eldon Biologicals A/S, IRIS, Magellan Diagnostics, OraSure Technologies, Quidel Corporation, Siemens AG, and Streck.

(b) and (d)  Subject to and without waiving the General Objections, Theranos states in response to Interrogatory No. 28(b) and (d) that these requests seek a compilation of information that must be derived from Theranos' proprietary databases that contain patient testing data pertaining to millions of test results. Theranos states that it will produce responsive information as part of expert discovery in this matter.

(c)  Theranos specifically objects to this Interrogatory as vague, ambiguous, overly broad, and unduly burdensome as it could potentially require identification of nearly every Theranos employee or former Theranos employee involved with the selection of testing equipment.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring information irrelevant and immaterial to the claims or defenses of any party in this litigation.

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                                                          TS-0958454

Subject to and without waiving the foregoing objections and General Objections, Theranos states that it is currently aware that responsive individuals include:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Arnold Gelb | Laboratory Director (CA) (Former) | Global Head of Companion Diagnostic Development & Site Head US, EMD Serono, Inc. | | As of 1/25/2013: PO Box 2202, Mill Valley, CA 94942202; 1-415-717-4342 |
| Adam Rosendorff | Laboratory Director (CA) (Former) | Chief Executive Office at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos | | 1701 Page Mill Rd, Palo Alto, CA | Available through counsel. |

- 66 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958455

| | Systems and Computational Biosciences | | 94304; (855) 843-7200 | |

(e)  Theranos specifically objects to the phrases "machine, equipment, or technology" and "ACCURACY" as vague, ambiguous, unintelligible, overly broad and unduly burdensome, as these phrases could potentially require description of every test ever performed on a commercial machine, regardless of whether the results of such tests were released to the patient.  As a result, Theranos additionally objects to this Interrogatory as overbroad, unduly burdensome, and requiring description of information irrelevant and immaterial to the claims or defenses of any party in this litigation.

Subject to and without waiving the foregoing objections and General Objections, Theranos states that it is currently aware that responsive individuals include:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Surekha Gangakhedkar | Manager, Assay Systems (Former) | Senior Scientist, Abbott Diagnostics | | As of 9/11/2013: 4613 Aviara Court, San Jose, CA 95135; 1-408-238-9825 |

- 67 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958456

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Chinmay Pangarkar | Vice President, Assay Systems | | | Available through counsel. |
| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Adam Rosendorff | Lab Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Sharada Sivaraman | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 29:    IDENTIFY ANY third-party companies or laboratories that performed blood tests for YOUR commercial testing center patients since January 1, 2013.  For each third-party company or laboratory so identified:

(a)    STATE the time period during which the third-party company or laboratory performed blood tests for YOUR commercial testing center patients;

(b)    IDENTIFY the individual(s) who decided to contract or otherwise work with the third-party company or laboratory;

- 68 -

**HIGHLY CONFIDENTIAL**

TS-0958457

(c)     IDENTIFY the blood tests on THERANOS's Direct Testing Menu, using the name as listed on the Direct Testing Menu, that were performed by the third-party company or laboratory; and

(d)     IDENTIFY the individual(s) who decided which blood tests would be performed by the third-party company or laboratory.

RESPONSE TO INTERROGATORY NO 29:

Theranos incorporates by reference the General Objections set forth above.

(a)  Subject to and without waiving the General Objections, Theranos states the following in response to Interrogatory No. 29(a):

| Third Party Laboratories | Date of Patient Visit | | Date Result Created | |
|---|---|---|---|---|
| | First Date | Most Recent Date | First Date | Most Recent Date |
| ARUP Laboratories | 10/14/2013 | 10/5/2016 | 10/16/2013 | 10/5/2016 |
| Cleveland Clinic Foundation | 1/27/2016 | 10/5/2016 | 2/3/2016 | 10/5/2016 |
| MD Tox Laboratory | 5/1/2015 | 9/9/2016 | 5/3/2015 | 9/9/2016 |
| UCSF Mission Bay Clin Lab | 11/17/2015 | 9/9/2016 | 11/21/2015 | 9/9/2016 |
| West Pacific Medical Laboratory | 1/4/2016 | 9/9/2016 | 1/9/2016 | 9/9/2016 |

(b)  Theranos specifically objects to this Interrogatory as overbroad to the extent that it requires identification of nearly every Theranos employee or former Theranos employee involved with the business and/or scientific considerations underlying the decision to run certain tests in a third-party laboratory.  As a result, Theranos additionally objects to this Interrogatory as unduly burdensome and requiring information irrelevant and immaterial to the claims or defenses of any party in this litigation.

- 69 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958458

Subject to and without waiving the foregoing objections and General

Objections, Theranos states that responsive individuals include:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Sunil Dhawan | Laboratory Director (CA) (Former) | | | As of 4/15/2016: 119 Martingale Drive, Fremont, CA 94539; 1-510-599-4750 |
| Mark Pandori | Lab Director (Former) | Director of Laboratory Services at Alameda County Department of Public Health | 1000 Broadway #500, Oakland, CA 94607; (510) 267-8000 | As of 5/30/2014: 1506-C Pershing Drive, San Francisco, CA 94129; (415) 632-9183 |
| Adam Rosendorff | Lab Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

(c)  Subject to and without waiving the General Objections, Theranos states

in response to Interrogatory No. 29(c) that this request seeks a compilation of

information that must be derived from Theranos' proprietary databases that contain

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                              TS-0958459

patient testing data pertaining to millions of test results.  Theranos states that it will

produce responsive information as part of expert discovery in this matter.

(d)  Theranos incorporates its specific objections and response to

Interrogatory No. 29(b).

> REQUEST NO. 30:    IDENTIFY YOUR FDA Pre-Submissions,
> whether formal or informal.  For each Pre-Submission so identified:
>
> (a)    STATE the date of the Pre-Submission;
>
> (b)    IDENTIFY the subject of the Pre-Submission;
>
> (c)    IDENTIFY the individual(s) who prepared the Pre-Submission; and
>
> (d)    DESCRIBE ANY related COMMUNICATIONS to or from the FDA.

RESPONSE TO INTERROGATORY NO 30:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 30 to the extent it seeks

information not relevant to the subject matter of the litigation or reasonably

calculated to lead to the discovery of admissible evidence.  Theranos also objects

to this Interrogatory as vague and ambiguous, particularly with respect to the terms

"Pre-Submission," and "formal or informal."  Theranos further objects to this

Interrogatory as overly broad and unduly burdensome, particularly to the extent it

requests that Theranos "DESCRIBE ANY related COMMUNICATIONS to or

from the FDA," as Theranos communicated with FDA on numerous occasions

- 71 -

**HIGHLY CONFIDENTIAL**

over the course of several years, including after the date of PFM's investment, which is not relevant to this suit.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states:

At some point before January 30, 2006, Theranos submitted a request for a pre-Investigational Device ("pre-IDE") meeting to FDA regarding the Theranos 1.0 System. Those individuals preparing the request included Basil Burke, Eve Connor, Ian Gibbons, and Tim Kemp. The requested meeting was held on January 30, 2006, at which Theranos and FDA discussed topics including, but not limited to, the intended use of the Theranos 1.0 System, the types of preclinical and clinical studies the Company planned to complete in support of its regulatory submissions, and the regulatory path for the Theranos 1.0 System.

On September 13, 2013, Theranos submitted a formal request for a Pre-Submission meeting to discuss the Theranos Sample Processing Unit ("TSPU"); the Theranos Laboratory Automation System ("TLAS"), the software the Company intended to use in its lab; and the Company's influenza nucleic acid amplification and ELISA assays. This Pre-Submission was prepared by Samartha Anekal, Chinmay Pangarkar, Pranav Patel, and Daniel Young. FDA acknowledged receipt of this Pre-Submission on September 19, 2013 and assigned it number Q131199. Other communications between Theranos and FDA relating

- 72 -

**HIGHLY CONFIDENTIAL**

to this Pre-Submission discussed a variety of topics including, but not limited to, scheduling, the FDA Divisions that would be involved in review of the Pre-Submission, the Company's proprietary blood collection devices known as nanotainers, device manufacturing, legal advice the Company had received regarding regulatory compliance, the Company's intended business model, FDA's feedback on the Pre-Submission and the Company's responses to that feedback, and the Company's plan to submit its tests for FDA clearance on a monthly basis.

On November 30, 2013, Theranos submitted a Pre-Submission for the Company's upper respiratory nucleic acid amplification and cytometry assays. The Pre-Submission was prepared by Samartha Anakel, Brad Arington, Chinmay Pangarkar, Pranav Patel, and Daniel Young.  FDA acknowledged receipt of this Pre-Submission on December 2, 2013 and assigned it number Q131542.  Other communications between FDA and Theranos relating to this Pre-Submission discussed a variety of topics, including, but not limited to, scheduling meetings and FDA's feedback on the Pre-Submission and the Company's responses to that feedback.

On December 26, 2013, Theranos submitted a Pre-Submission for its lower respiratory nucleic acid amplification and general chemistry assays.  This Pre-Submission was prepared by Samartha Anakel, Brad Arington, Paul Patel, Pranav Patel, and Daniel Young.  FDA acknowledged receipt of this Pre-Submission on

- 73 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958462

December 30, 2013 and assigned it number Q131664. Other communications

between Theranos and FDA relating to this Pre-Submission concerned a variety of

topics, including, but not limited to, interactions between various divisions within

FDA, scheduling calls and meetings to discuss the Pre-Submission, FDA's

feedback on the Pre-Submission, and the Company's responses to that feedback.

On January 21, 2014, Theranos submitted a Pre-Submission for the

Company's capillary tubes and nanotainer tubes ("CTNs").  This Pre-Submission

was prepared by Samartha Anakel, Brad Arington, Chinmay Pangarkar, Paul Patel,

and Daniel Young.  FDA acknowledged receipt of this Pre-Submission on January

23, 2014 and assigned it number Q140057.  Other communications between

Theranos and FDA relating to this Pre-Submission concerned a variety of topics,

including, but not limited to, scheduling meetings, providing FDA with samples,

the Company's intended business model, FDA's feedback on the Pre-Submission,

and the Company's responses to that feedback.

On March 22, 2014, Theranos submitted a Pre-Submission for the

Company's HSV-1 and HSV-2 assays.  This Pre-Submission was prepared by

Samartha Anekal, Brad Arington, Chinmay Pangarkar, Sharada Sivaraman, and

Daniel Young.  FDA acknowledged receipt of this Pre-Submission on March 25,

2014 and assigned it number Q140358.  Other communications between Theranos

and FDA relating to this Pre-Submission concerned a variety of topics, including,

- 74 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                          TS-0958463

but not limited to, scheduling meetings, FDA's feedback on the Pre-Submission, and the Company's responses to that feedback.

On May 5, 2014, Theranos submitted a Pre-Submission for the Company's viral hepatitis assays. This Pre-Submission was prepared by Samartha Anakel, Brad Arington, Pranav Patel, Chinmay Pangarkar, and Daniel Young. FDA acknowledged receipt of this Pre-Submission on May 7, 2014 and assigned it number Q140553. Other communications between Theranos and FDA relating to this Pre-Submission concerned a variety of topics, including, but not limited to, the regulatory path for the submitted assays, clinical study designs, FDA's feedback on the Pre-Submission, and the Company's responses to that feedback.

On June 30, 2014, Theranos submitted a Pre-Submission for the Company's Total Prostate Specific Antigen assay. This Pre-Submission was prepared by Brad Arington, Chinmay Pangarkar, and Daniel Young. FDA acknowledged receipt of this Pre-Submission on July 2, 2014 and assigned it number Q140818. Communications between Theranos and FDA relating to this Pre-Submission concerned a variety of topics, including, but not limited to, FDA's feedback on the Pre-Submission and the Company's responses to that feedback.

On September 30, 2014, Theranos submitted a pre-Emergency Use Authorization ("pre-EUA") for the Company's Ebola Zaire assays and accompanying sodium and potassium assays for evaluating patients with signs and

- 75 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                    TS-0958464

symptoms of Ebola infection and electrolyte balance management.  On November 27, 2014, Theranos submitted an updated pre-EUA for the Ebola Antigen assay. This submission was prepared by Samartha Anakel, Brad Arington, Chinmay Pangarkar, Paul Patel, Pranav Patel, Aaron Richardson, Suraj Saksena, Chandan Shee, Sharada Sivaraman, and Daniel Young.  FDA responded with questions, and FDA and Theranos had a phone call to discuss those questions. Theranos and FDA also discussed FDA's feedback on the submission and the Company's responses to that feedback, which included supplemental submissions.  On March 29, 2016, Theranos submitted a formal pre-EUA.  On March 30, 2016, FDA acknowledged receipt of the submission and assigned it number pre-EUA 160015.  This submission has been withdrawn.

On November 2, 2014 the company submitted a Pre-Submission for Anti-Ebola Zaire (ZeBov) IgM and IgG Antibody and Glycoprotein Antigen Assays. This submission was prepared by Brad Arington, Chinmay Pangarkar, and Daniel Young.  FDA acknowledged receipt of the submission on November 4, 2014 and assigned it number Q141441.  Other communications included FDA's feedback and the Company's responses to that feedback. This submission has been closed.

In February 2016, Theranos submitted a pre-EUA for Zika.  This submission was prepared by Brad Arington, Gina Catalano, Chandan Shee, and Daniel Young. This submission has been withdrawn.

- 76 -

**HIGHLY CONFIDENTIAL**

The individuals referenced in this response are reflected in the table below:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Samartha Anekal | Vice President, Theranos System | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Brad Arington | Chief Regulatory Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Ian Gibbons | Senior Director | | | |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paul Patel | Senior Manager, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Pranav Patel | Team Lead, Assay Systems (Former) | Founder, 2D Genomics Inc. | | As of 7/3/2014: 34203 Oneil Terrace, Fremont, CA 94555; 1-510-396-1608 |
| Sharada Sivaraman | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                TS-0958466

REQUEST NO. 31:    IDENTIFY the blood tests or devices that
THERANOS submitted to the FDA for Premarket Notification
(510(k)) clearance for each quarter beginning January 1, 2013.  For
each blood test or device so identified:

(a)    STATE the date of submission;

(b)    IDENTIFY the individual(s) who prepared the submission and
participated in the processes described in (c) through (f) below;

(c)    DESCRIBE the FDA ACCEPTANCE REVIEW result;

(d)    For ANY blood tests or devices placed on FDA RTA HOLD,
STATE the date THERANOS addressed the deficiencies cited in the
RTA HOLD;

(e)    For ANY blood tests or devices that proceeded to
SUBSTANTIVE REVIEW, STATE the date(s) of and DESCRIBE
ANY SUBSTANTIVE INTERACTION with the FDA; and

(f)    DESCRIBE the current status of the submission.

RESPONSE TO INTERROGATORY NO 31:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states:

On October 27, 2014, Theranos submitted a 510(k) Premarket Notification

for the Company's capillary tubes and nanotainer tubes ("CTNs").  FDA

acknowledged and accepted receipt of this submission on October 29, 2014 and

assigned it number K143099.  On November 4, 2014, FDA emailed Theranos

administrative review questions about its study protocols, including, but not

limited to, questions about the Company's sample collection methods, for which

- 78 -

**HIGHLY CONFIDENTIAL**

the Company provided responses.  On November 12, 2014, FDA completed its

administrative acceptance review and proceeded with its substantive review.  On

December 24, 2014, FDA sent the Company an Additional Information Request

that placed the submission on hold pending receipt of additional information from

the Company.  FDA and Theranos subsequently communicated in writing and via

telephone.  The current status of this submission is expired.  The individuals who

participated in the processes described above include: Samartha Anekal, Brad

Arington, Sunny Balwani, Elizabeth Holmes, Chinmay Pangarkar, Paul Patel, and

Daniel Young.

On November 11, 2014, Theranos submitted a 510(k) Premarket

Notification for its HSV-1 assay.  FDA acknowledged and accepted receipt of this

submission on November 12, 2014 and assigned it number K143236.  On

November 17, 2014, FDA sent the Company administrative review questions,

including questions regarding study design, study sites, assay format, performance

information per-site, and proposed labeling.   FDA completed its administrative

acceptance review and proceeded with its substantive review.  On July 2, 2015,

FDA issued a substantial equivalence decision clearing the HSV-1 assay for use

with the Theranos system, including the CTN and the TSPU.  The individuals who

participated in the processes described above include: Brad Arington, Sunny

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                     TS-0958468

Balwani, Gina Catalano, Elizabeth Holmes, Chinmay Pangarkar, and Daniel Young.

On September 15, 2015, Theranos submitted a 510(k) for the CTNs with K2EDTA for use with hematology.  This submission proceeded to substantive review.  On November 6, 2015, FDA placed the submission on hold pending receipt of additional information from the Company.  The current status of this submission is expired.  The individuals who participated in the processes described above include: Samartha Anekal, Brad Arington, Karen Becker, Matthew Black, Gina Catalano, Cindy Chung, Xinwei Sam Gong, Sani Hadziahmetovic, Elizabeth Holmes, Evan North, Chinmay Pangarkar, Austin Speier, Judi Smith, and Rachel Whitaker.

On October 6, 2015, Theranos submitted a 510(k) Premarket Notification for the CTNs with lithium heparin for use with general chemistry assays.  This submission proceeded to substantive review on October 26, 2015.  On December 11, 2015, FDA placed this submission on hold pending receipt of additional information from the Company.  The current status of this submission is expired. The individuals who participated in processes relating to this submission were Samartha Anekal, Brad Arington, Sunny Balwani, Gina Catalano, Xinwei Sam Gong, Sani Hadziahmetovic, Elizabeth Holmes, Paul Patel, Curtis Schneider, Judi Smith, Austin Speier, and Daniel Young.

- 80 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

On October 7, 2015, Theranos submitted a 510(k) Premarket Notification for the CTNs with K2EDTA coating for use with ELISA assays. This submission proceeded to substantive review on October 26, 2015. On December 11, 2015, FDA placed this submission on hold pending receipt of additional information from the Company. The current status of this submission is expired. The individuals who participated in processes relating to this submission were Brad Arington, Sunny Balwani, Elizabeth Holmes, Chinmay Pangarkar, and Daniel Young.

None of the Company's 510(k) submissions was placed on RTA Hold.

Theranos further states:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Samartha Anekal | Vice President, Theranos System | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Brad Arington | Chief Regulatory Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Karen Becker | Consultant, Precision for Medicine | | | |

- 81 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| | | | | |
|---|---|---|---|---|
| Matthew Black | Associate Director, Assay Systems (Former) | | | As of 9/2/2016: 652 Hickey Blvd #3 Pacifica, CA 94044 508-846-9830 |
| Gina Catalano | Regulatory Submissions Specialist (Former) | | | As of 9/9/2016: 50 Washington Street Santa Clara, CA 95050 831-262-3217 |
| Cindy Chung | Senior Scientist, Cell-Based Assays | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Xinwei Sam Gong | Senior Scientist, Computational Bio; Machine Learning Lead | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sani Hadziahmetovic | Lead, Consumables Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Evan North | Associate, Boies, Schiller & Flexner LLP | | Boies, Schiller & Flexner LLP 5301 Wisconsin Ave. NW Washington, DC 20015 202-237-2727 | |
| Chinmay Pangarkar | Vice President, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 82 -

**HIGHLY CONFIDENTIAL**

 TS-0958471

| Paul Patel | Director, Assay Development | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
|---|---|---|---|---|
| Judi Smith | Consultant, Precision for Medicine | | | |
| Austin Speier | Consultant, Precision for Medicine | | | |
| Rachel Whitaker | Senior Scientist, Cell-Based Assays | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 32:    IDENTIFY ANY devices that THERANOS submitted to the FDA for Pre-Market Approval for each quarter beginning January 1, 2013.  For each device so identified:

(a)    STATE the date of the submission;

(b)    STATE whether the FDA filed the application, and if so, STATE the date of filing;

(c)    STATE the date and DESCRIBE the substance of ANY deficiency letters sent to THERANOS from the FDA;

(d)    STATE the date and DESCRIBE the substance of THERANOS's response to ANY deficiency letters from the FDA; and

(e)    DESCRIBE the current status of the application.

RESPONSE TO INTERROGATORY NO 32:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the foregoing objection and its General Objections,

- 83 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958472

Theranos states that it has not submitted any devices to the FDA for Pre-Market Approval.

> REQUEST NO. 33:   IDENTIFY each inspection of THERANOS by CMS since January 1, 2013.  For each inspection so identified:
>
> (a)   IDENTIFY the THERANOS employee(s) or former employee(s) involved in the inspection;
>
> (b)   DESCRIBE the reason(s) for the inspection; and
>
> (c)   DESCRIBE the notices or findings by CMS as a result of the inspection.

RESPONSE TO INTERROGATORY NO 33:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 33 on the grounds that it is overly broad, unduly burdensome, and could better be fulfilled by a document production.  Theranos further objects to this Interrogatory to the extent it is not limited to the time period relevant to this action and to the extent that it seeks information that is not relevant to the subject matter of the litigation or reasonably calculated to lead to the discovery of admissible evidence, because the information requested has no connection to PFM's investment in Theranos.  Theranos specifically objects to this Interrogatory to the extent that it seeks information about events that occurred after PFM invested in Theranos, which are not relevant to this suit.   Theranos also objects to this Interrogatory as vague and ambiguous, particularly with respect to the use of the terms "involved," "reasons," and "notices

- 84 -

**HIGHLY CONFIDENTIAL**

or findings." For purposes of responding to this Interrogatory, Theranos will construe "involved" to mean those employees or former employees who, working largely in consultation with counsel, were present during the inspection and interacted with CMS inspectors.

Subject to and without waiving the foregoing objections and its General Objections, Theranos states:

On December 3, 2013, the Laboratory Field Services branch of the California Department of Public Health, on behalf of CMS, conducted a biennial survey of the Company's Palo Alto lab in order to renew its Certificate of Compliance under the Clinical Laboratory Improvement Act of 1988 ("CLIA"). Theranos employees Hoda Alamdar, Kerry Elentioba-Johnson, Chi Nguyen, Adam Rosendorff, and Daniel Young were involved in the survey.  On or about December 10, 2013, CMS issued a Form 2567, identifying three alleged standard-level deficiencies.  The Company submitted a formal response to the Form 2567 to CMS in December 2013.  On or about April 11, 2014, CMS issued a renewed Certificate of Compliance for the Company's Palo Alto lab, effective January 9, 2014.

On April 2, 2015, the Arizona Bureau of State Laboratory Services conducted an initial survey of Theranos' Arizona lab on behalf of CMS.  This was a routine survey required as part of the Company's application for a CLIA

- 85 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958474

Certificate of Compliance for the Arizona lab.  Theranos employees Sonia Cendejas, Langly Gee, Tajuan Hamilton, Tracy Masson, Gubir Sidhu, and Daniel Young were involved in the inspection.  On or about April 2, 2015, CMS issued a Form 2567 identifying four standard-level deficiencies.  The Company submitted a formal response to the Form 2567 to CMS on May 12, 2015.  CMS thereafter issued a Certificate of Compliance for the Arizona lab effective May 20, 2015.

On September 3, 2015, the Arizona Bureau of State Laboratory Services, on behalf of CMS, conducted a biennial survey of the Company's Arizona lab.  There were no Theranos employees involved as this was not an onsite survey.  CMS issued a Form 2567 identifying two condition-level deficiencies and four standard-level deficiencies.  The Company submitted a formal response to the Form 2567 to CMS on September 15, 2015.  On October 6, 2015, CMS accepted the Company's Plan of Correction.

On or about September 22, 2015, CMS initiated a biennial survey of the Company's Newark, California lab.  CMS inspectors returned in November 2015 to conduct additional inspection.  Theranos employees Hoda Alamdar, Samartha Anekal, Sunny Balwani, Sunil Dhawan, Nishit Doshi, Max Fosque, Langly Gee, Elizabeth Holmes, Heather King, Godfred Masinde, Francisco Nepacena, Chinmay Pangarkar, Suraj Saksena, Gurbir Sidhu, and Daniel Young were involved in the survey.  Not all individuals listed above were present at all times or for all portions

- 86 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958475

of the survey.  For example, Elizabeth Holmes was present only during the additional inspection in November 2015.

On January 25, 2016, CMS issued a Form 2567 identifying approximately 39 standard-level deficiencies and approximately five condition-level deficiencies. The Company submitted a formal response to the Form 2567 to CMS on February 12, 2016.

In September 2016, CMS initiated a complaint survey of the Company's Arizona lab that concluded on or about September 29, 2016.  Theranos employees Samantha Eckman, Martha Espinoza, Mandy Etem, Tracy Masson, Denelle Sisson, Don Tschirhart, and Daniel Young were involved.  On October 14, 2016, CMS issued a Form 2567 identifying 14 standard-level deficiencies and three condition-level deficiencies.  The Company submitted a formal response to the Form 2567 to CMS on November 7, 2016.

The individuals referenced in this response are reflected in the table below:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|----------------------------------------------------------|--------------------------------------------------------------|------------------------------------------------------------------|
| Hoda Alamdar | Laboratory General Supervisor (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 21901 Gardenview Ln., Cupertino, CA 95014; (408) 821-2762 |
| Samartha Anekal | Vice President, Theranos System | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 87 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                                                    TS-0958476

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Brad Arington | Chief Regulatory Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sonia Cendejas | Director, Arizona Operations (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 363 S. Cottonwood St., Chandler, AZ 85225; (602) 451-4683 |
| Sunil Dhawan | Laboratory Director (CA) (Former) | | | As of 4/15/2016: 119 Martingale Drive, Fremont, CA 94539; 1-510-599-4750 |
| Nishit Doshi | Senior Manager, Validation and Process Development (Former) | | | As of 5/10/2016: 151 S Bernardo Ave, Apt. 15 Sunnyvale, CA 94086 805-245-4522 |
| Samantha Eckman | Manager, Arizona Operations (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 15227 S 47th Street, Phoenix, AZ 85044; (928) 606-0073 |
| Kerry Elenitoba-Johnson | Lab Technical Supervisor (Former) | | | As of 1/3/2014:  1608 Hope Dr. #236, Apartment 0236, Santa Clara, CA 95054; (801) 209-3961 |
| Martha Espinoza | Laboratory Manager, Arizona (Former) | | | 18579 W Lupine Ave, Goodyear, AZ 85338 |
| Mandy Etem | Quality Specialist (Former) | | | 36585 N 62nd St., Cave Creek, AZ 85331 |
| Max Fosque | Senior Software | | 1701 Page Mill Rd, Palo Alto, CA | Available through counsel. |

- 88 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Product Manager | | 94304; (855) 843-7200 | |
| Langly Gee | Quality Assurance and Quality Control Manager (Former) | | | As of 8/24/2016: 3117 Sunshine Place Castro Valley, CA 94546 |
| Tajuan Hamilton | Clinical Laboratory Scientist (Former) | | | 724 E. Shannon St., Chandler, AZ 85225 |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Godfred Masinde | Laboratory Technical Supervisor (Former) | | | As of 6/08/2016: 34467 Yale Dr. Yucaipa, CA 92399; 909-790-7256 |
| Tracy Masson | Vice President, Operations, Arizona (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 7013 N. Via de Paesia, Scottsdale, AZ 85258; (512) 289-6025 |
| Francisco Nepacena | Laboratory Technical Supervisor (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | As of 4/13/2016: 35664 Lundy Drive, Newark, CA 94560 |
| Chi Nguyen | Associate Scientist | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Chinmay | Vice | | 1701 Page Mill Rd, | Available through |

- 89 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Pangarkar | President, Assay Systems | | Palo Alto, CA 94304; (855) 843-7200 | counsel. |
| Adam Rosendorff | Lab Director (CA) (Former) | Chief Executive Officer at Indigo Lab Consultants | | As of 12/17/2014: 4501 Carlyle Court, Apt #1204, Santa Clara, CA 95054; 1-617-784-8929 |
| Suraj Saksena | Director, Assay Systems (Former) | | | As of 5/10/2016: 908 Tamarack Lane, #1, Sunnyvale, CA 94086; (858) 750-0205 |
| Gurbir Sidhu | Laboratory General Supervisor (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Denelle Sisson | Laboratory General Supervisor (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Don Tschirhart | Laboratory Director | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 34:   IDENTIFY each inspection of THERANOS by the FDA since January 1, 2013.  For each inspection so identified:

(a)   IDENTIFY the THERANOS employee(s) or former employee(s) involved in the inspection;

- 90 -

**HIGHLY CONFIDENTIAL**

(b)     DESCRIBE the reason(s) for the inspection; and

(c)     DESCRIBE the notices or findings by the FDA as a result of the inspection.

RESPONSE TO INTERROGATORY NO 34:

Theranos incorporates by reference the General Objections set forth above. Theranos further objects to this Interrogatory to the extent it is not limited to the time period relevant to this action and seeks information that is not relevant to the subject matter of the litigation or reasonably calculated to lead to the discovery of admissible evidence, because the information requested has no connection to PFM's investment in Theranos.  Theranos specifically objects to this Interrogatory to the extent that it seeks information about events that occurred after PFM invested in Theranos, which are not relevant to this suit.  Theranos also objects to this Interrogatory as vague and ambiguous, particularly with respect to the use of the terms "involved," "reasons," and "notices or findings."  For purposes of responding to this Interrogatory, Theranos will construe "involved" to mean those employees or former employees who were present during the inspection and interacted with FDA inspectors.

Subject to and without waiving the foregoing objections and its General Objections, Theranos states:

FDA initiated unannounced inspections of Theranos laboratories on August 25, 2015.  Concurrent inspections took place at the Company's Newark, Palo Alto,

- 91 -

**HIGHLY CONFIDENTIAL**

and Arizona establishments.  FDA terminated the inspection of the Arizona

establishment on the first day because it determined that there were no FDA-

regulated products or activities at that location.  The Theranos employees involved

in the inspections were: Samartha Anekal, Brad Arington, Sunny Balwani,

Timothy Cooper, Elizabeth Holmes, Heather King, Brian Kutner, Diana Lee, Tim

Smith, Jim Twitchell, and Daniel Young.  On September 16, 2015, FDA issued a

Form 483 for the Newark establishment identifying nine allegedly objectionable

conditions.  Also on September 16, 2015, FDA issued a Form 483 for the Palo Alto

establishment identifying five allegedly objectionable conditions.  The Company

submitted its written responses to the Forms 483 on October 7, 2015.

FDA initiated inspections of the Company's Palo Alto establishment on

August 16, 2016 regarding the Company's Zika assay. Theranos employees Steve

Gessert, Ryan Karpel, Nojan Namakian, Mona Ramamurthy, Chandan Shee, David

Taylor, Dave Wurtz, and Daniel Young were involved in the inspection.  On or

about August 18, 2016, FDA issued a Form 483 identifying a single allegedly

objectionable condition.  In early September, 2016, the Company submitted a

written response to the Form 483.

The individuals referenced in this response are reflected in the table below:

- 92 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958481

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Samartha Anekal | Vice President, Theranos System | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Timothy Cooper | Vice President, Hardware Manufacturing | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Steve Gessert | Senior Scientist | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Ryan Karpel | Senior Program Manager (Former) | | | As of 09/16/2016: 1725 Washington Street San Francisco, CA 94109 |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Brian Kutner | Senior Director, Manufacturing | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Diana Lee | Assistant to Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Nojan Namakian | Project Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Mona | Head of | | 1701 Page Mill | Available through |

- 93 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Ramamurthy | Human Resources & Employment Counsel | | Road, CA 94304; (855) 843-7200 | counsel. |
| Chandan Shee | Director, Assay Systems | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| David Taylor | General Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jim Twitchell | Director of Quality, Theranos Systems (Former) | | | As of 12-5-16:  2564 Roosevelt Avenue, Redwood City, CA 94061; 1-650-260-2056 |
| Dave Wurtz | Vice President, Regulatory and Quality | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 35:    IDENTIFY the date that THERANOS stopped using its nanotainer for blood tests other than the HSV-1 test.

RESPONSE TO INTERROGATORY NO 35:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 35 on the grounds that it seeks

information that is unrelated to PFM's investment in Theranos and that concerns

- 94 -

**HIGHLY CONFIDENTIAL**

events that occurred after PFM's investment in Theranos, which are not relevant to this suit.

Subject to and without waiving the foregoing objections and its General Objections, Theranos states that it stopped using its proprietary blood collection devices, known as "capillary tube nanotainers" or "CTNs," for all commercial tests, on September 20, 2015.

> REQUEST NO. 36:    DESCRIBE the reason(s) that THERANOS stopped using its nanotainer for blood tests other than the HSV-1 test and IDENTIFY the individual(s) involved in the decision to stop using the nanotainer.

RESPONSE TO INTERROGATORY NO 36:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 36 on the grounds that it seeks information that is unrelated to PFM's investment in Theranos and that concerns events that occurred after PFM's investment in Theranos, which are not relevant to this suit.  Theranos further objects to this Interrogatory to the extent it seeks information protected by the attorney-client privilege or any other applicable privilege.

Subject to and without waiving the foregoing objections and its General Objections, Theranos states that its decision to stop using CTNs to collect and transport patient samples to clinical labs for processing was part of the Company's transition from an LDT framework under the Clinical Laboratory Improvement

- 95 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                  TS-0958484

Act of 1988 to an FDA framework and that it reflected the Company's

commitment to clearing the CTNs with FDA.  The individuals involved in making

this decision include Sunny Balwani, Elizabeth Holmes, and Heather King.

> REQUEST NO. 37:   IDENTIFY each RETAIL STORE with which
> THERANOS contracted.  For each RETAIL STORE so identified:
>
> (a)   IDENTIFY the THERANOS employee(s) or former
> employee(s) who participated in COMMUNICATIONS with the
> RETAIL STORE regarding the contract;
>
> (b)   STATE the date the contract was signed by THERANOS;
>
> (c)   STATE the date the contract was terminated, if applicable; and
>
> (d)   DESCRIBE the reason(s) for termination of the contract, if
> applicable.

RESPONSE TO INTERROGATORY NO 37:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 37 on the grounds that it is

overbroad and unduly burdensome to the extent that it is without reasonable

limitation as to time or scope and seeks information regarding contracts without

any particularity.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states the following:

Theranos states that it executed purchase and/or service agreements with

The Walgreen Company ("Walgreens") and Safeway, Inc. ("Safeway").

- 96 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958485

By way of further response, Theranos states that it signed a Master Purchase Agreement with Walgreens on July 30, 2010.  The Master Purchase Agreement was terminated on June 5, 2012, and replaced with the Amended and Restated Theranos Master Services Agreement.  The Amended and Restated Theranos Master Services Agreement was thereafter revised by letter agreement, signed by Theranos on January 7, 2013 and December 31, 2013.  Walgreens sent Theranos a notice of termination of the Master Services Agreement on June 12, 2016. Theranos disputes Walgreens' claim that Theranos breached certain warranties in the Master Services Agreement, and litigation of Walgreen's breach of contract claims is in progress.  The following Theranos employees participated or may have participated in communications with Walgreens regarding the partnership:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Joseph Ahdoot | Senior Program Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Kimberly Alfonso | General Manager, Sales and Business Development (Former) | | | Available through counsel. |
| Brad Arington | Chief Regulatory Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 97 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sonia Cendejas | Director, Arizona Operations (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 363 S. Cottonwood St., Chandler, AZ 85225; (602) 451-4683 |
| Samantha Eckman | Manager, Arizona Operations (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 15227 S 47th Street, Phoenix, AZ 85044; (928) 606-0073 |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Max Fosque | Senior Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Sani Hadziah-metovic | Lead, Consumables Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Valeska Hintz | Senior Corporate Counsel (Former) | Counsel at Lowenstein Sandler LLP | | As of 8/8/2014: 432 Morse Ave., Sunnyvale, CA 94085; (512) 289-4028 |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth | Chief Executive | | 1701 Page Mill Rd, | Available through |

- 98 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Holmes | Officer | | Palo Alto, CA 94304; (855) 843-7200 | counsel. |
| Ryan Karpel | Senior Program Manager (Former) | Senior Program Manager at Counsyl | 180 Kimball Way, South San Francisco, CA 94080; (888) 268-6795 | 1725 Washington St., San Francisco, CA 94109 |
| John Killion | Director, Partnerships (Former) | Vice President, Payer Contracting & Provider Network Development at Reliant Medical Group | (508) 852-0600 | As of 10/4/2013: 63 Sunset Lane, Attleboro, MA 02703; (508) 226-0314 |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Tracy Masson | Vice President, Operations, Arizona (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 7013 N. Via de Paesia, Scottsdale, AZ 85258; (512) 289-6025 |
| Nicholas Menchel | Manager, Field Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Ashley Simons | Communications Lead (Former) | | | As of 5/6/2011: 28 Darrell Place, San Francisco, CA 94133; (415) 391-1401 |

- 99 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958488

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Miles Whitten (Former) | Program Manager | | | 54 Coleridge Street, San Francisco, CA 94110; (512) 470-8704 |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

Theranos further states that it signed a Master Purchase Agreement with Safeway on September 20, 2010. The Master Purchase Agreement was terminated by mutual agreement on July 8, 2016. The following Theranos employees participated or may have participated in communications with Safeway regarding the partnership:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 100 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958489

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Heather King | General Counsel (Former) | | | 14700 Manuella Road, Los Altos Hills, CA 94022 |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Tracy Masson | Vice President, Operations, Arizona (Former) | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | 7013 N. Via de Paesia, Scottsdale, AZ 85258; (512) 289-6025 |
| Nicholas Menchel | Manager, Field Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 38:   IDENTIFY each RETAIL STORE with which THERANOS sought to contract or that sought to contract with THERANOS.  For each RETAIL STORE so identified:

(a)     IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the RETAIL STORE regarding the potential contract;

(b)     STATE the date COMMUNICATIONS with the RETAIL STORE began;

(c)     DESCRIBE the substance of the COMMUNICATIONS with the RETAIL STORE; and

(d)     DESCRIBE the reason(s) the RETAIL STORE and THERANOS did not enter into a contract.

- 101 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                    TS-0958490

RESPONSE TO INTERROGATORY NO 38:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 38 on the grounds that it is overly broad and unduly burdensome to the extent that it is without reasonable limitation as to time or scope, and seeks information regarding contracts without any particularity.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it discussed potential strategic partnerships with CVS Health Corporation ("CVS"), Rite Aid Corporation ("Rite Aid"), Wal-Mart Stores, Inc. ("Wal-Mart"), and Target Corporation ("Target").

By way of further response, Theranos states that in early 2010 it began communicating with CVS regarding a potential partnership. Communications took place starting in February 2010. By late 2013, Theranos and CVS were considering pilot programs that contemplated the use of Theranos technologies to perform lab testing at CVS locations. In fall 2014, Theranos and CVS communicated about granting licenses to Theranos to operate "Wellness Center" locations inside approximately 40 CVS stores. Communications between CVS and Theranos were suspended in mid-2015, although Theranos and CVS have remained in contact.

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos          TS-0958491

Theranos is currently aware that Theranos employees involved in communications with CVS regarding the potential partnership included:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Brad Arington | Chief Regulatory Counsel | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Carolyn Balkenhol | Executive Assistant to Chief Executive Officer (Former) | | | As of 11/1/2010:  412 28th Ave., San Mateo, CA 94403; (650) 572-2632 |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paula Chaltas | Executive Assistant to Chief Executive Officer (Former) | | | As of 12/12/2011:  251 Miramonte Ave., Palo Alto, CA 94306; (917) 364-7100 |
| Stephanie Hagen | Personal Assistant (Former) | | | As of 12/6/2013: 37139 Denning Terrace, Fremont, CA 94536; (510) 861-9179 |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Diana Lee | Assistant to Chief | | 1701 Page Mill Rd, Palo Alto, CA 94304; | Available through counsel. |

- 103 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Executive Officer | | (855) 843-7200 | |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Nicholas Menchel | Manager, Field Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Stephen Moyer | Associate Director, Legal (Former) | | | As of 11/9/2015:  2491 Ellsworth St., Berkeley, CA 94704; (510) 387-6115 |

Theranos also states that it communicated with Rite Aid about a potential strategic partnership, beginning in early 2010. Communications continued throughout 2010 and 2011, and the parties discussed possible locations for pilot programs.  By September 2011, communications between Theranos and Rite Aid contemplated deploying Theranos lab testing services within Rite Aid locations. Communications were suspended in early 2012 on account of Theranos's existing partnership with Walgreens.

Theranos is currently aware that Theranos employees involved in communications with Rite Aid regarding the potential partnership included:

- 104 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958493

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Carolyn Balkenhol | Executive Assistant to Chief Executive Officer (Former) | | | As of 11/1/2010: 412 28th Ave., San Mateo, CA 94403; (650) 572-2632 |
| Richard Ballinger | Senior Counsel (Former) | | | As of 5/23/2011: 2400 W. El Camino Real #914, Mountain View, CA 94040; (650) 967-2721 |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Paula Chaltas | Executive Assistant to Chief Executive Officer (Former) | | | As of 12/12/2011: 251 Miramonte Ave., Palo Alto, CA 94306; (917) 364-7100 |
| Janette Chan | Executive Assistant to Chief Executive Officer (Former) | | | As of 6/29/2012: 290 Hans Ave., Mountain View, CA 94040; (408) 702-7003 |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and Computational Biosciences | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 105 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958494

Theranos further states that it communicated with Wal-Mart about a potential strategic partnership, beginning in 2009.  Communications were suspended in April 2012 by Theranos, although the parties remained in contact after that time.

Theranos is currently aware that Theranos employees involved in communications with Wal-Mart regarding the potential partnership included:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Carolyn Balkenhol | Executive Assistant to Chief Executive Officer (Former) | | | As of 11/1/2010:  412 28th Ave., San Mateo, CA 94403; (650) 572-2632 |
| Richard Ballinger | Senior Counsel (Former) | | | 2400 W. El Camino Real #914, Mountain View, CA 94040; (650) 967-2721 |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paula Chaltas | Executive Assistant to Chief Executive Officer (Former) | | | As of 12/12/2011:  251 Miramonte Ave., Palo Alto, CA 94306; (917) 364-7100 |
| Janette Chan | Executive Assistant to Chief | | | As of 6/29/2012:  290 Hans Ave., Mountain View, CA 94040; (408) |

- 106 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958495

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| | Executive Officer (Former) | | | 702-7003 |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Diana Lee | Assistant to Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

Theranos also states that it communicated with Target about a potential strategic partnership, beginning in early 2010. By July 2010, Theranos sent Target a proposed contract which contemplated the deployment of Theranos "mini-lab" devices at Target locations, which would offer blood testing services and would be operated by Target personnel. In 2011, Target expressed interest in continuing negotiations if and when Theranos received CLIA certification for its clinical lab. Theranos and Target did not ultimately execute a contract.

- 107 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

Theranos is currently aware that Theranos employees involved in communications with Target regarding the potential partnership included:

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Carolyn Balkenhol (Former) | Executive Assistant to Chief Executive Officer (Former) | | | As of 11/1/2010:  412 28th Ave., San Mateo, CA 94403; (650) 572-2632 |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Paula Chaltas | Executive Assistant to Chief Executive Officer (Former) | | | As of 12/12/2011: 251 Miramonte Ave., Palo Alto, CA 94306; (917) 364-7100 |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jodi Sutton | Chief Administrative Officer (Former) | | | As of 9/1/2010:  122 Merritt Ct., Los Altos, CA 94022; (650) 949-0367 |

- 108 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

<u>REQUEST NO. 39:</u>    IDENTIFY each hospital with which THERANOS contracted.  For each hospital so identified:

(a)    IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the hospital regarding the contract;

(b)    STATE the date the contract was signed by THERANOS;

(c)    DESCRIBE THERANOS's and the hospital's duties under the contract;

(d)    STATE the date the contract was terminated, if applicable; and

(e)    DESCRIBE the reason(s) for termination of the contract, if applicable.

<u>RESPONSE TO INTERROGATORY NO 39:</u>

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 39 on the grounds that it is

overbroad and unduly burdensome to the extent that it is without reasonable

limitation as to time or scope and seeks information regarding contracts without

any particularity.  Theranos also objects that the request is better addressed (with

less burden) by a document production.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that it partnered with the hospitals listed in the chart

below.  None of the contracts listed below have been terminated.

| Hospital Name | Agreement | Date of Execution | Agreement Terms |
|---|---|---|---|
| University of California, San Francisco | Reference Lab Agreement | Sept. 1, 2012 | UCSF agreed to perform specific tests requested by Theranos, and Theranos agreed to pay UCSF for |

- 109 -

**HIGHLY CONFIDENTIAL**

| Hospital Name | Agreement | Date of Execution | Agreement Terms |
|---|---|---|---|
| Medical Center ("UCSF") | | | its services at a discounted rate. |
| Dignity Health | Dignity Health and Theranos Collaboration Proposal Term Sheet | Feb. 7, 2014 | Theranos and Dignity Health agreed to pursue a long-term, multi-phased collaboration involving validation studies, testing through Theranos' laboratory, an on-site pilot, and eventual on-site deployment of Theranos' technology. |
| The Children's Hospital of Philadelphia | The Children's Hospital of Philadelphia Theranos Material Transfer Agreement | June 23, 2014 | The Children's Hospital of Philadelphia agreed to sell blood samples to Theranos, for use in initial validation projects regarding Theranos' technology. |
| Dignity Health | Amendment to the Terms Sheet Agreement – Data Use Agreement | July 11, 2014 | Dignity Health agreed to disclose certain data to Theranos for research purposes in furtherance of the parties' collaborative activities. |
| IHC Health Services, Inc. ("Intermountain") | Master Anonymized Serum Sample Transfer Agreement | Nov. 13 2014 | Intermountain agreed to sell anonymized serum and tissue samples to Theranos for research purposes. |
| Cleveland Clinic | Theranos Cleveland Clinic Collaboration Agreement | Dec. 19, 2014 | Theranos and Cleveland Clinic agreed to pursue a collaboration on various opportunities over time, including concordance studies, pilot studies, clinic reference lab services, clinical trials, and eventual on-site deployment of Theranos technology. |
| Intermountain | Lab Services Agreement | March 2, 2015 | Intermountain agreed to provide reference lab services to Theranos and to engage in a related concordance study. |

- 110 -

**HIGHLY CONFIDENTIAL**

| Hospital Name | Agreement | Date of Execution | Agreement Terms |
|---|---|---|---|
| Tenet HealthSystem Medical, Inc. ("Tenet") | Material Use Agreement | June 23, 2015 | Tenet agreed to sell human clinical samples to Theranos. |
| Sharp HealthCare | Material Transfer Agreement | Aug. 19, 2015 | Sharp HealthCare agreed to sell human clinical samples to Theranos. |
| St. Luke's Health Network, Inc. | Master Clinical Study and Services Agreement | Sept. 1, 2015 | St. Luke's agreed to provide services in furtherance of certain clinical studies sponsored by Theranos. |
| Cedars Sinai Medical Center | CSMC/CSMF/Theranos Nonbinding Term Sheet | Oct. 12, 2015 | Theranos agreed to work with Cedars Sinai to acquire certain clinical lab entities that Cedars Sinai sought to divest. |
| Cleveland Clinic | First Addendum to Theranos Cleveland Clinic Collaboration Agreement | Nov. 5, 2015 | Theranos and Cleveland Clinic agreed that Cleveland Clinic would perform certain reference laboratory services at the request of, and on behalf of, Theranos. Cleveland Clinic would be compensated for its services. |

Theranos also states that Kimberly Alfonso, Sunny Balwani, Jeffrey Blickman, Daniel Edlin, Christian Holmes, Elizabeth Holmes, Scott Marmer, and Daniel Young, were or may have been in communication with the hospital partners identified above, regarding the contracts identified above.

- 111 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Kimberly Alfonso | General Manager, Sales and Business Development (Former) | | | Available through counsel. |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Young | Vice President, Theranos Systems and | | 1701 Page Mill Rd, Palo Alto, CA 94304; | Available through counsel. |

- 112 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

TS-0958501

| | Computational Biosciences | | (855) 843-7200 | |
|---|---|---|---|---|

REQUEST NO. 40:   IDENTIFY each hospital with which THERANOS sought to contract or that sought to contract with THERANOS.  For each hospital so identified:

(a)   IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the hospital regarding the potential contract;

(b)   STATE the date COMMUNICATIONS with the hospital began;

(c)   DESCRIBE the substance of the COMMUNICATIONS with the hospital; and

(d)   DESCRIBE the reason(s) the hospital and THERANOS did not enter into a contract.

RESPONSE TO INTERROGATORY NO 40:

Theranos incorporates by reference the General Objections set forth above.

Theranos objects to Interrogatory No. 40 on the grounds that it is overbroad and

unduly burdensome to the extent that it is without reasonable limitation as to time

or scope and that it is better addressed by a document production.  Theranos further

objects to subpart (d) on the basis that it calls for information that may not be in the

possession of Theranos and that may be protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that it sought to partner with the hospitals listed in the

chart below.

- 113 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958502

| Hospital Name | Date Communications with Hospital Began | Substance of Communications | Reason Theranos Did Not Enter Into Contract |
|---|---|---|---|
| University of Mississippi Medical Center | Nov. 2011 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Discussion never moved past preliminary phase. |
| Children's Hospital of Oakland | Aug. 2012 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Discussion never moved past preliminary phase. |
| Mount Sinai Medical Clinic | Dec. 2013 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Discussion never moved past preliminary phase. |
| Cancer Treatment Centers of America | Jan. 2014 | Discussions regarding large-scale partnership and areas for exclusive projects around cancer care and research. | Parties did not reach an agreement. |
| Select Medical | Jan. 2014 | Discussions regarding potential multi-phased collaboration involving validation studies, testing through Theranos's laboratory, an on-site pilot, and/or eventual on-site deployment of Theranos's technology. | Parties did not reach an agreement. |
| Sharp HealthCare | Feb. 2014 | Discussions regarding potential multi-phased collaboration involving validation studies, testing through Theranos's laboratory, an on-site pilot, and/or eventual on-site deployment of Theranos's technology. | Parties did not reach an agreement. |
| Phoenix Children's | May 2014 | Discussions about Theranos's technology and potential | Parties did not reach an |

- 114 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958503

| Hospital Name | Date Communications with Hospital Began | Substance of Communications | Reason Theranos Did Not Enter Into Contract |
|---|---|---|---|
| Hospital | | opportunities for collaboration. | agreement. |
| Sutter Health | May 2014 | Discussions regarding potential multi-phased collaboration involving validation studies, testing through Theranos's laboratory, an on-site pilot, and/or eventual on-site deployment of Theranos's technology. | Parties did not reach an agreement. |
| University of Utah Hospital | May 2014 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Discussion never moved past preliminary phase. |
| St. Luke's Health Network, Inc. | Fall 2014 | Preliminary discussions about sample procurement, Theranos's assay development work, and regulatory submissions. | Discussion never moved past preliminary phase. |
| Palo Alto Medical Foundation | Sept. 2014 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Discussion never moved past preliminary phase. |
| Mayo Clinic | Dec. 2014 | Discussions regarding collaboration on a clinical study, and potential on-site deployment of Theranos's devices. | Parties did not reach an agreement. |
| Vanderbilt University Medical Center | 2015 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Parties did not reach an agreement. |
| Honor Health | March 2015 | Discussions regarding potential multi-phased | Parties did not reach an |

- 115 -

**HIGHLY CONFIDENTIAL**

| Hospital Name | Date Communications with Hospital Began | Substance of Communications | Reason Theranos Did Not Enter Into Contract |
|---|---|---|---|
|  |  | collaboration involving validation studies, testing through Theranos's laboratory, an on-site pilot, and/or eventual on-site deployment of Theranos's technology. | agreement. |
| PinnacleHealth System | April 2015 | Preliminary discussions about Theranos's technology and potential opportunities for collaboration. | Theranos and Pinnacle intended to discuss areas for partnership further once Theranos had a lab in Pennsylvania. |
| Tenet HealthSystem Medical, Inc. ("Tenet") | Summer 2015 | Discussions regarding potential multi-phased collaboration involving validation studies, testing through Theranos's laboratory, an on-site pilot, and/or eventual on-site deployment of Theranos's technology. | Parties did not reach an agreement. |
| DaVita, Inc. | Sept. 2015 | Discussions regarding potential engagement with Theranos in potassium clinical study. | Discussions ceased because DaVita had a policy prohibiting third-party personnel (*i.e.*, Theranos personnel) from collecting blood samples. |

Theranos also states that Kimberly Alfonso, Sunny Balwani, Jeffrey Blickman, Daniel Edlin, Christian Holmes, Elizabeth Holmes, and Scott Marmer were or may have been in communication with the hospitals with which Theranos sought to partner, identified above.

- 116 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                      TS-0958505

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Kimberly Alfonso | General Manager, Sales and Business Development (Former) | | | Available through counsel. |
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Jeffrey Blickman | Director, Business Analytics | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Daniel Edlin | Lead, Strategic Operations, Office of the Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Christian Holmes | Senior Director of Commercial Operations | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Elizabeth Holmes | Chief Executive Officer | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

- 117 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|------|-------|------|------|------|
| Scott Marmer | Associate Director of Licensing and Transactions | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

REQUEST NO. 41:    IDENTIFY each physician or physician practice with which THERANOS contracted.  For each physician or physician practice so identified:

(a)    IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the physician or physician practice regarding the contract;

(b)    STATE the date the contract was signed by THERANOS;

(c)    DESCRIBE THERANOS's and the physician or physician practice's duties under the contract;

(d)    STATE the date the contract was terminated, if applicable; and

(e)    DESCRIBE the reason(s) for termination of the contract, if applicable.

RESPONSE TO INTERROGATORY NO 41:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 41 on the grounds that it is

overbroad and unduly burdensome to the extent that it is without reasonable

limitation as to time or scope and seeks information regarding contracts without

any particularity.  Theranos further objects to subpart (e) on the basis that it calls

- 118 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                            TS-0958507

for information that may not be in the possession of Theranos and that may be

protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states that it had no direct business contracts with physicians

or physician practices, but that it communicated with physicians and physician

practices in an effort to have those providers distribute lab requisition forms to

patients for clinical processing by Theranos.

REQUEST NO. 42:   IDENTIFY each physician or physician practice with which THERANOS sought to contract or that sought to contract with THERANOS.  For each physician or physician practice so identified:

(a)   IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the physician or physician practice regarding the potential contract;

(b)   STATE the date COMMUNICATIONS with the physician or physician practice began;

(c)   DESCRIBE the substance of the COMMUNICATIONS with the physician or physician practice; and

(d)   DESCRIBE the reason(s) the physician or physician practice and THERANOS did not enter into a contract.

RESPONSE TO INTERROGATORY NO 42:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 42 on the grounds that it is over

broad and unduly burdensome to the extent that it is without reasonable limitation

as to time or scope.  Theranos further objects to subpart (d) on the basis that it calls

- 119 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                           TS-0958508

for information that may not be in the possession of Theranos and that may be protected by the attorney-client privilege.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states that it did not actively seek to enter into direct business contracts with physicians or physician practices, but that it communicated with physicians and physician practices in an effort to have those providers distribute lab requisition forms to patients for clinical processing by Theranos.

> REQUEST NO. 43:   IDENTIFY ANY providers of Electronic Medical Records software with which THERANOS integrated for each quarter beginning January 1, 2013.  For each provider of Electronic Medical Records software so identified:
>
> (a)   IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the provider of Electronic Medical Records software; and
>
> (b)   STATE the date integration was achieved.

RESPONSE TO INTERROGATORY NO 43:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 43 on the grounds that it is overly broad and unduly burdensome and beyond the scope of permissible discovery, and to the extent it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections and the General Objections, Theranos states the following:

- 120 -

**HIGHLY CONFIDENTIAL**

| EMR | Integration Date | Theranos Employee in Communication with Provider |
|---|---|---|
| Walgreens HCC | 9/8/2014 | Max Fosque |
| Change Healthcare (Emdeon) | 12/23/2014 | Jerry Huang |
| Amazing Charts | 1/5/2015 | Jerry Huang |
| PrognoCIS | 1/13/2015 | Jerry Huang |
| Analyte Health | 1/21/2015 | Jerry Huang |
| Greenway Intergy (Vitera) | 1/26/2015 | Jerry Huang |
| gMed | 1/30/2015 | Jerry Huang |
| athenahealth | 2/2/2015 | Jerry Huang |
| Office Practicum | 2/5/2015 | Jerry Huang |
| Elation | 2/23/2015 | Jerry Huang |
| Praxis | 3/3/2015 | Jerry Huang |
| SOAPWare | 3/16/2015 | Jerry Huang |
| Allscripts | 3/23/2015 | Jerry Huang |
| Medical Office Online | 4/13/2015 | Jerry Huang |
| Greenway PrimeSUITE | 4/30/2015 | Jerry Huang |
| HealthFusion | 5/11/2015 | Jerry Huang |
| eClinicalWorks | 5/15/2015 | Jerry Huang |
| American Medical Solutions | 6/5/2015 | Jerry Huang |
| Practice Fusion | 6/26/2015 | Jerry Huang |
| NextGen | 6/30/2015 | Jerry Huang |
| Science Based Nutrition | 8/12/2015 | Jerry Huang, Patrick Eronini |
| PracticeSuite | 8/14/2015 | Jerry Huang, Patrick Eronini |

- 121 -

**HIGHLY CONFIDENTIAL**

| EMR | Integration Date | Theranos Employee in Communication with Provider |
|---|---|---|
| McKesson | 8/17/2015 | Jerry Huang, Patrick Eronini |
| ELLKAY | 9/25/2015 | Jerry Huang, Patrick Eronini |
| GE Centricity | 10/7/2015 | Jerry Huang, Patrick Eronini |
| LabSoft | 10/7/2015 | Jerry Huang, Patrick Eronini |
| CompuGroup Medical | 3/3/2016 | Jerry Huang, Patrick Eronini |
| Aprima | 6/6/2016 | Jerry Huang, Patrick Eronini |
| Lifepoint | 6/15/2016 | Jerry Huang, Patrick Eronini |
| CareTracker | 7/5/2016 | Jerry Huang, Patrick Eronini |

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Patrick Eronini | Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Max Fosque | Senior Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jerry Huang | Senior Software Product | | 1701 Page Mill Rd, Palo Alto, CA 94304; | Available through counsel. |

- 122 -

**HIGHLY CONFIDENTIAL**

| | Manager | | (855) 843-7200 | |
|---|---|---|---|---|

REQUEST NO. 44:   IDENTIFY ANY providers of Electronic Medical Records software with which THERANOS sought to integrate or that sought to integrate with THERANOS.  For each provider of Electronic Medical Records software so identified:

(a)   IDENTIFY the THERANOS employee(s) or former employee(s) who participated in COMMUNICATIONS with the provider of Electronic Medical Records software regarding a potential integration;

(b)   STATE the date COMMUNICATIONS with the provider of Electronic Medical Records software began;

(c)   DESCRIBE the substance of the COMMUNICATIONS with the provider of Electronic Medical Records software; and

(d)   DESCRIBE the reason(s) THERANOS did not integrate with the provider of Electronic Medical Records software.

RESPONSE TO INTERROGATORY NO 44:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to Interrogatory No. 44 on the grounds that it is

overly broad, unduly burdensome, and beyond the scope of permissible discovery,

and to the extent it seeks information that is neither relevant to this action nor

reasonably calculated to lead to the discovery of admissible evidence.

Subject to and without waiving the foregoing objections and the General

Objections, Theranos states the following:

- 123 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                    TS-0958512

| EMR Software Provider | Date Communication Began | Theranos Employee | Reason for Not Integrating |
|---|---|---|---|
| Codonix | 2013 | Max Fosque | Initial conversations took place in 2013, but integration efforts were de-prioritized due to company focus on Walgreens launch |
| e-MDs | 3/19/2014 | Max Fosque, Jerry Huang | Did not agree on terms for Business Associate Agreement |
| Office Ally | 5/30/2014 | Max Fosque, Jerry Huang | Implementation was in progress when Theranos exited its clinical lab business |
| ChartLogic | 6/5/2014 | Anam Khan, Jerry Huang | Did not agree on terms for Business Associate Agreement |
| HealthTronics | 7/10/2014 | Anam Khan, Jerry Huang | Did not agree with language in sales contract |
| SottoPelle | 10/9/2014 | Jerry Huang | Practice's in-house EMR system was still under development |
| DocTalk | 10/20/2014 | Jerry Huang | Practice chose not to proceed with integration |
| CureMD | 10/20/2014 | Jerry Huang | Practice selected a different EMR vendor before implementation began |
| Cerner | 10/30/2014 | Jerry Huang | Paused integration efforts due to change in business priority |
| Drchrono | 11/18/2014 | Jerry Huang, Patrick Eronini | Vendor stopped development of custom interface API and switched to Health Gorilla as their Health Information Exchange partner |
| Modernizing Medicine | 12/4/2014 | Jerry Huang | Vendor did not support clinical lab interfaces at the time |
| AllegianceMD | 1/12/2015 | Jerry Huang, Patrick Eronini | Implementation was in progress when Theranos exited its clinical lab business |
| Medinformatix | 1/27/2015 | Jerry Huang | Implementation was in progress when |

- 124 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                                                    TS-0958513

| EMR Software Provider | Date Communication Began | Theranos Employee | Reason for Not Integrating |
|---|---|---|---|
| | | | Theranos exited its clinical lab business |
| Medivo | 4/1/2015 | Jerry Huang | Paused integration efforts due to change in business priority |
| Indian Health Service | 4/6/2015 | Jerry Huang | Practice did not pursue the integration |
| Greenway SuccessEHS | 4/7/2015 | Jerry Huang | Did not agree with language in sales contract |
| Epic | 4/8/2015 | Jerry Huang | Practice chose not to proceed with integration |
| Practice Velocity | 4/27/2015 | Jerry Huang | Vendor suspended partnership |
| Halfpenny Technologies | 5/12/2015 | Jerry Huang | Price quoted for integration exceeded the industry average |
| ChiroTouch | 8/17/2015 | Jerry Huang, Patrick Eronini | Implementation was in progress when Theranos exited its clinical lab business |
| MacPractice | 8/20/2015 | Jerry Huang | Did not agree on terms for Confidential Disclosure Agreement |
| ChaRM | 9/4/2015 | Jerry Huang | Waiting in the vendor's queue for upcoming interface implementations |
| Crossover Health | 9/7/2015 | Jerry Huang | Vendor suspended partnership |
| digiChart | 10/26/2015 | Jerry Huang | Price quoted for integration exceeded the industry average |
| 1st Providers Choice | 10/26/2015 | Jerry Huang | Price quoted for integration exceeded the industry average |
| Health Gorilla | 3/21/2016 | Jerry Huang, Patrick Eronini | Implementation was in progress when Theranos exited its clinical lab business |

- 125 -

**HIGHLY CONFIDENTIAL**

| Name | Title | Present (or Last Known) Position and Business Affiliation | Present (or Last Known) Business Address and Telephone Number | Present (or Last Known) Residential Address and Telephone Number |
|---|---|---|---|---|
| Sunny Balwani | President and Chief Operating Officer (Former) | | | Available through counsel. |
| Patrick Eronini | Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Max Fosque | Senior Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |
| Jerry Huang | Senior Software Product Manager | | 1701 Page Mill Rd, Palo Alto, CA 94304; (855) 843-7200 | Available through counsel. |

The substance of communications with the providers of Electronic Medical Records software included: the process for establishing new interfaces; the type of electronic messages support (*i.e.*, orders and results, or results only); message format and specifications (*i.e.*, HL7 version, custom API); connectivity (*i.e.*, VPN TCP/IP, Web Service, SFTP); execution of Confidential Disclosure Agreements

- 126 -

**HIGHLY CONFIDENTIAL**

and Business Associate Agreements; pricing and contractual terms; timeline for integrations; test plan, test cases, and actual test execution; interface and system issues discovered during testing; production deployment planning; and interface and system issues discovered in production.

REQUEST NO. 45:   STATE the current valuation of YOUR intellectual property.

RESPONSE TO INTERROGATORY NO 45:

Theranos incorporates by reference the General Objections set forth above. Theranos objects to Interrogatory No. 45 on the grounds that it is overly broad, unduly burdensome, and beyond the scope of permissible discovery, and to the extent it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence.

REQUEST NO. 46:   STATE the amount of cash readily available to YOU and STATE the total amount of monthly expenses YOU have incurred for each of the past six months.

RESPONSE TO INTERROGATORY NO 46:

Theranos incorporates by reference the General Objections set forth above. Theranos specifically objects to Interrogatory No. 46 on the grounds that it is beyond the scope of permissible discovery, and to the extent it seeks information that is neither relevant to this action nor reasonably calculated to lead to the discovery of admissible evidence.

- 127 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

Subject to and without waiving the foregoing objections and General

Objections, Theranos states that the following represents the amount of cash

readily available to Theranos for each of the past six months:

| Year | Month | in $000's Unrestricted Cash & Investments |
|------|-------|-------------------------------------------|
| 2016 | May | $    335,264 |
| 2016 | June | $    312,422 |
| 2016 | July | $    282,993 |
| 2016 | August | $    266,099 |
| 2016 | September | $    240,701 |
| 2016 | October | $    223,272 |

REQUEST NO. 47:    DESCRIBE YOUR electronic document
retention procedures, including without limitation programs and data
that are routinely backed up, the frequency of backups, and YOUR
policy(ies) CONCERNING purging and archiving electronic data.

RESPONSE TO INTERROGATORY NO 47:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the General Objections, Theranos states that the

home drive, public shared drive, project servers, email server, and applications (as

requested by business units) are backed up on a weekly basis. These full back-up

tapes are stored by a third-party entity, Iron Mountain, Inc.  In addition, the

Company backs up data on an incremental basis daily.

Theranos also states that it does not routinely purge data, and prior to

October 20, 2015, there were no company-wide written policies regarding the

- 128 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

purging or archiving of electronic data.  Since as early as October 20, 2015, a

Company-wide litigation hold has been in effect according to a directive from the

Company's General Counsel.  This Document Preservation Notice ("Preservation

Notice") was sent on October 20, 2015 and has been remitted to all Theranos

employees on at least four separate occasions.

> REQUEST NO. 48:    IDENTIFY ANY DOCUMENT
> CONCERNING PFM or the allegations in the COMPLAINT that was
> at one time in YOUR possession, custody, or control, but has been
> lost, discarded, deleted, or destroyed, including its date, author,
> subject matter, contents, date on which the document was discarded,
> deleted, or destroyed, and by whom, and for what reason.

RESPONSE TO INTERROGATORY NO 48:

Theranos incorporates by reference the General Objections set forth above.

Subject to and without waiving the General Objections, Theranos states that it is

unaware of any document concerning PFM or the allegations in the COMPLAINT

that was at one time in Theranos' possession, custody, or control but has been lost,

discarded, deleted, or destroyed.

> REQUEST NO. 49:    IDENTIFY and DESCRIBE each and every
> factual or legal basis that YOU maintain supports ANY defense YOU
> have asserted or will assert in response to the COMPLAINT.

RESPONSE TO INTERROGATORY NO 49:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to this Interrogatory on the ground that it is

premature.  Subject to and without waiving the foregoing objections and General

- 129 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                      TS-0958518

Objections, Theranos states that it is willing to meet and confer with Plaintiffs

regarding the appropriate timing and content of pretrial disclosures and briefing.

> REQUEST NO. 50:   IDENTIFY all DOCUMENTS that YOU intend
> to introduce or rely upon at ANY hearing or trial in this case.

RESPONSE TO INTERROGATORY NO 50:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to this Interrogatory on the ground that it is

premature.  Subject to and without waiving the foregoing objections and General

Objections, Theranos states that it is willing to meet and confer with Plaintiffs

regarding the appropriate timing and content of pretrial disclosures and briefing.

> REQUEST NO. 51:   IDENTIFY each and every PERSON whose
> testimony YOU intend to introduce or whom YOU expect to call at
> ANY hearing or trial in this case, describe the subject(s) about which
> that person will testify, and give a summary of his or her expected
> testimony.

RESPONSE TO INTERROGATORY NO 51:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to this Interrogatory on the ground that it is

premature.  Subject to and without waiving the foregoing objections and General

Objections, Theranos states that it is willing to meet and confer with Plaintiffs

regarding the appropriate timing and content of pretrial disclosures and briefing.

> REQUEST NO. 52:   IDENTIFY each and every PERSON whose
> testimony YOU intend to introduce or whom YOU expect to call as an
> expert witness at ANY hearing or trial in this case, describe the

- 130 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos                                    TS-0958519

subject(s) about which that person will testify, and give a summary of his or her expected testimony.

RESPONSE TO INTERROGATORY NO 52:

Theranos incorporates by reference the General Objections set forth above.

Theranos specifically objects to this Interrogatory on the ground that it is

premature.  Subject to and without waiving the foregoing objections and General

Objections, Theranos states that it is willing to meet and confer with Plaintiffs

regarding the appropriate timing and content of pretrial disclosures and briefing.

OF COUNSEL:

Timothy J. Perla
Wilmer Cutler Pickering Hale
  and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6696

Christopher Davies
Wilmer Cutler Pickering Hale
  and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6187

Matthew D. Benedetto
Wilmer Cutler Pickering Hale
  and Dorr LLP
350 South Grand Avenue
Suite 2100
Los Angeles, California 90071
(213) 443-5323

DATED:  December 12, 2016

AS TO OBJECTIONS:

*/s/ Catherine G. Dearlove*
Gregory P. Williams (#2168)
Catherine G. Dearlove (#3328)
Kevin M. Gallagher (#5337)
Sarah A. Galetta (#6157)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Theranos, Inc.*

- 131 -

**HIGHLY CONFIDENTIAL**

FOIA Confidential Treatment Requested by Theranos

STATE OF CALIFORNIA                    :
                                       : SS:
COUNTY OF SANTA CLARA                  :


      I, Brad Arington, declare:

1.     I am currently Chief Regulatory Counsel of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2.     I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

3.     Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4.     I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

    Dated this 12th day of DECEMBER, 2016

                                          _____
                                          Brad Arington

A notary public or other officer completing this certification verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this 12th day of December, 2016.

_____
Notary Public
My Commission Expires: 12-21-2019

TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019
CSS1

STATE OF CALIFORNIA          :
                                 : SS:

COUNTY OF SANTA CLARA     :

I, Jeffrey Blickman, declare:

1.     I am currently Director, Business Analytics of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2.     I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

3.     Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4.     I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Dated this _12th_ day of _December_, 2016

Jeffrey Blickman

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this _12th_ day of _December_, 2016.

Notary Public
My Commission Expires: _12/21/2019_

TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019

FOIA Confidential Treatment Requested by Theranos

STATE OF CALIFORNIA           :
                                   : SS:

COUNTY OF SANTA CLARA     :

I, Max Fosque, declare:

1.     I am currently Senior Software Product Manager of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2.     I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

3.     Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4.     I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Dated this 12th day of December , 2016

_____
Max Fosque

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this 12th day of December , 2016.

_____
Notary Public
My Commission Expires: 12/21/2019

TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019
CSS1

STATE OF CALIFORNIA            :

                                     : SS:

COUNTY OF SANTA CLARA     :

I, Christian Holmes, declare:

1. I am currently Senior Director of Commercial Operations of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2. I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

3. Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4. I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Dated this _12_ day of ___December___, 2016

_Christian Holmes_

Christian Holmes

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this _12th_ day of _December_____, 2016.

_Tiffany M L Chase_

Notary Public
My Commission Expires: _12/21/2019_

TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019

STATE OF CALIFORNIA             :
                                : SS:
COUNTY OF SANTA CLARA           :

I, Mona Ramamurthy, declare:

1.     I am currently Head of Human Resources of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2.     I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof.  Certain matters set forth therein are not within my personal knowledge.

3.     Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied.  The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses.  Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available.  Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4.     I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Dated this __12th__ day of ___December___, 2016

_____
Mona Ramamurthy

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this __12th__ day of ___December___, 2016.

_____
Notary Public
My Commission Expires: __12/21/2019__



TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019
CSSI     CSSI

STATE OF CALIFORNIA         :
                                      : SS:

COUNTY OF SANTA CLARA     :

I, Daniel Young, declare:

1.     I am currently Vice President, Theranos Systems and Computational Biosciences of Theranos, Inc. and am authorized to make this affidavit on its behalf.

2.     I have read the foregoing Defendant Theranos, Inc.'s Responses and Objections to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

3.     Said responses and objections were prepared with the assistance of counsel for Theranos, Inc., upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

4.     I declare under penalty of perjury and pursuant to the laws of the United States and the State of California that the foregoing is true and correct.

Dated this _12_ day of _December_, 2016

Daniel Young

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this 12th day of _December_, 2016.

Notary Public
My Commission Expires: _12/21/2019_

TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019