UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH A. HOLMES, et al.,<br><br>Defendant. | Case No. 18-cr-00258-EJD-1<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE NATHANAEL COUSINS**<br><br>Re: Dkt. No. 559 |

The Government's Motion for Order that Defendants Lack Individual Privilege Interest in Theranos Corporate Documents which was filed on November 20, 2020, Dkt. No. 559 is hereby referred to Magistrate Judge Nathanael Cousins. The hearing date of December 14, 2020 at 1:30 p.m. before Judge Edward J. Davila is hereby VACATED. Counsel shall contact Magistrate Judge Cousins Courtroom Deputy to obtain a new motion hearing date.

**IT IS SO ORDERED.**

Dated: 11/24/2020

EDWARD J. DAVILA
United States District Judge