| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
| | 50 California Street, Suite 1500 |
| 2 | San Francisco, CA 94111 |
| | Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
| | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | AMY MASON SAHARIA (Admitted Pro Hac Vice) |
| | KATHERINE TREFZ (CA State Bar No. 262770) |
| 6 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, NW |
| 7 | Washington, DC 20005 |
| | Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029 |
| 8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com |
| 9 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD-NC |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | |
| v. | ) | |
| | ) | Hon. Nathanael M. Cousins |
| ELIZABETH HOLMES and | ) | |
| RAMESH "SUNNY" BALWANI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### STIPULATION

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, On November 20, 2020, the government filed a Motion for an Order that Defendants Lack Individual Privilege Interest in Theranos Corporate Documents ("Motion"), ECF No. 599;

WHEREAS, Under the Court's Local Rules, Ms. Holmes' response is due November 27, 2020;

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD-NC                      1

WHEREAS, due to pre-existing commitments and the Thanksgiving holiday, Ms. Holmes' defense counsel requires additional time to prepare and file a response;

WHEREAS, the parties have met and conferred and agree on, and respectfully request that the Court order, the following briefing schedule for the Motion: Ms. Holmes' response due December 4, 2020, and the government's reply, if any, due December 9, 2020.

THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: November 24, 2020             Respectfully Submitted,


/s/ Lance Wade
LANCE WADE
Attorney for Elizabeth Holmes

DATED: November 24, 2020

STEPHANIE M. HINDS
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/ Robert S. Leach
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-HONES
Assistant United States Attorneys

## [PROPOSED] ORDER

For the reasons set forth above, and good cause shown, IT IS ORDERED that Ms. Holmes' response to the Motion shall be due December 4, 2020, and the government's reply, if any, shall be due December 9, 2020.

IT IS SO ORDERED.

DATED: _____                    _____
                                          Hon. Nathanael M. Cousins
                                          United States Magistrate Judge