JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELIZABETH HOLMES and )<br>RAMESH "SUNNY" BALWANI, )<br>)<br>Defendants. )<br>) | Case No. CR-18-00258-EJD-NC<br><br>**STIPULATION AND ORDER**<br><br>Hon. Nathanael M. Cousins |

## **STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, On November 20, 2020, the government filed a Motion for an Order that Defendants Lack Individual Privilege Interest in Theranos Corporate Documents ("Motion"), ECF No. 599;

WHEREAS, Under the Court's Local Rules, Ms. Holmes' response is due November 27, 2020;

STIPULATION AND ORDER CR-18-00258
EJD-NC                                          1

1  WHEREAS, due to pre-existing commitments and the Thanksgiving holiday, Ms. Holmes'
2  defense counsel requires additional time to prepare and file a response;
3  WHEREAS, the parties have met and conferred and agree on, and respectfully request that
4  the Court order, the following briefing schedule for the Motion: Ms. Holmes' response due December 4,
5  2020, and the government's reply, if any, due December 9, 2020.
6  THEREFORE, the parties stipulate and agree that the Court should enter the order below.
7  IT IS SO STIPULATED.

8  DATED: November 24, 2020                Respectfully Submitted,

10                                          /s/ Lance Wade
                                            LANCE WADE
11                                          Attorney for Elizabeth Holmes

12  DATED: November 24, 2020

14                                          STEPHANIE M. HINDS
                                            Attorney for the United States,
                                            Acting Under Authority Conferred
15                                          By 28 U.S.C. § 515

16                                          /s/ Robert S. Leach
17                                          ROBERT S. LEACH
                                            JEFF SCHENK
18                                          JOHN C. BOSTIC
                                            VANESSA BAEHR-HONES
19                                          Assistant United States Attorneys

20                                  **ORDER**
21
22  For the reasons set forth above, and good cause shown, IT IS ORDERED that Ms. Holmes'
    response to the Motion shall be due December 4, 2020, and the government's reply, if any, shall be due
23  December 9, 2020.
24  IT IS SO ORDERED.
25
26  DATED: November 25, 2020
                                            _____
27                                          Hon. N
                                            United States Magistrate Judge
28

GRANTED
Judge Nathanael M. Cousins

STIPULATION AND ORDER CR-18-00258
EJD-NC                                      2