UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 2, 2020    **Time:** 10:10-11:20 am    **Judge:** Edward J. Davila

**Total Time:** 1 Hr. 10 Mins.

**Case No.:** 18-cr-00258-EJD-1    **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Vanessa Baehr-Jones
**Attorney for Defendant:** Kevin Downey, Lance Wade

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE
### Via Zoom Webinar Remotely via COVID19

Defendant is present and out of custody.  All parties including defendant consent to proceeding via Zoom video.
Jury selection/trial is scheduled for March 9, 20201 at 9:00 a.m.
The Court informed the parties of the following deadlines which pertain to the prospective Jurors:
Questionnaire Template due by 2/8/2021;
Survey monkey questionnaires send out on 2/15/2021;
Responses to survey monkey questionnaires received through 2/26/2021;
List of juror names to be excused by 3/5 or 3/8/2021;
Jury selection – remaining jurors to report (3 reporting groups of 20 people) on 3/9/2021.

12/30/2020 is the deadline for summonses to be sent out to time qualify prospective jurors.
The length of the trial is estimated to take 4 months (120 days) based on the trial days of Tuesday, Wednesday and Friday (3 full days a week) from 9-3 pm.
**Counsel shall meet and confer regarding the following:**
The deadline for Rule 26 production by defense;
Submission deadline of the joint voir dire questionnaire;
Total number of jurors, how many alternates for trial;
Information pertaining to special restrictions as to witnesses, if any interpreter services are necessary and any other needs; and
A proposed date for a further status conference to be held the latter part of December.

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter