1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                        UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14
    UNITED STATES OF AMERICA,           )   Case No. CR-18-00258-EJD
15                                       )
          Plaintiff,                     )   **DECLARATION OF LANCE WADE IN**
16                                       )   **SUPPORT OF MS. HOLMES' OPPOSITION TO**
       v.                                )   **GOVERNMENT'S MOTION FOR ORDER**
17                                       )   **THAT DEFENDANTS LACK INDIVIDUAL**
    ELIZABETH HOLMES and                 )   **PRIVILEGE INTEREST IN THERANOS**
18  RAMESH "SUNNY" BALWANI,              )   **CORPORATE DOCUMENTS**
                                         )
19        Defendants.                    )   Hon. Nathanael Cousins
                                         )
20  _____)

21

22        I, LANCE WADE, declare as follows:

23        1.    I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*

24  in the above-captioned matter.  Pursuant to Criminal Local Rule 47-2(d) and Civil Local Rule 7-5, I

25  submit this declaration in support of Ms. Holmes' Opposition to Government's Motion for Order that

26  Defendants Lack Individual Privilege Interest in Theranos Corporate Documents.  I attest to the

27  following facts upon which the Opposition relies:

28

    DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' OPPOSITION TO MOTION
    FOR ORDER THAT DEFENDANTS LACK INDIVIDUAL PRIVILEGE INTEREST
    CR-18-00258 EJD                          1

1  2.     I, along with other members of my team, have been unable to identify in the documents

2  to which we have access an engagement letter that relates to the representation of Ms. Holmes and/or

3  Theranos by David Boies or Boies Schiller Flexner LLP.

4  3.     Ms. Holmes is prepared, upon the Court's request, to submit on an *ex parte basis*,

5  privileged documents for the Court's *in camera* review that provide further evidence of a personal

6  representation by Mr. Boies and Boies Schiller Flexner LLP.

7  4.     Attached to the Opposition are 22 exhibits.  The content of the exhibits are as follows:

8  a.     Exhibit 1 is a true and correct copy of an excerpt of a Complaint and Jury

9  Demand signed by David Shapiro of Boies Schiller Flexner LLP and filed on October 26, 2011 on

10  behalf of Ms. Holmes and Theranos, Inc. in *Theranos, Inc, et al., v. Fuisz Technologies, Ltd., et al.*, No.

11  5:11-cv-5236-PSG (N.D. Cal.).

12  b.     Exhibit 2 is a true and correct copy of an excerpt from the publicly available

13  docket sheet as of May 2, 2019 in *Theranos, Inc., et al., v. McDermott, Will & Emery, LLP*, 2012 CA

14  009617 M (D.C. Super. Ct.).

15  c.     Exhibit 3 is a true and correct copy of a document produced by Theranos titled

16  Minutes of a Meeting of the Board of Directors, Tuesday, October 8, 2013, Bates-stamped TS-0480498.

17  d.     Exhibit 4 is a true and correct copy of an excerpt of a transcript of a June 23, 2015

18  meeting between Theranos and the Wall Street Journal, Bates-stamped THER-2106963.

19  e.     Exhibit 5 is a true and correct copy of a U.S. Postal Inspection Service

20  memorandum of a January 23, 2018 interview of David Boies, Bates-stamped US-REPORTS-0009314.

21  f.     Exhibit 6 is a true and correct copy of an October 22, 2015 email from the

22  government to Heather King in relation to *In the Matter of Theranos, Inc.*, (MSF-4030), and its

23  attachment, Bates-stamped SEC-DOCUMENTREQUESTS-000001 to -03.

24  g.     Exhibit 7 is a true and correct copy of a November 23, 2015 letter from the

25  government to Theranos attaching a Securities and Exchange Commission document subpoena in

26  relation to *In the Matter of Theranos, Inc.*, (MSF-4030), Bates-stamped SEC-SUBPOENAS-000001.

27  h.     Exhibit 8 is a true and correct copy of a January 11, 2016 letter from the

28

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' OPPOSITION TO MOTION
FOR ORDER THAT DEFENDANTS LACK INDIVIDUAL PRIVILEGE INTEREST
CR-18-00258 EJD                    2

1  government to Theranos attaching a grand jury subpoena in relation to Grand Jury Subpoena

2  Investigation #2016R00024-1, Bates-stamped THPFM0004807687.

3           i.      Exhibit 9 is a true and correct copy of an excerpt from a Response of Defendants

4  Theranos, Inc. and Elizabeth Holmes to Plaintiff's Motion for Lead Counsel signed by Michael A. Brille

5  of Boies Schiller Flexner LLP and filed on September 2, 2016 on behalf of Ms. Holmes and Theranos in

6  *Toy v. Theranos, Inc., et al.*, No. 2:16-cv-02138-HRH (D. Ariz.).

7           j.      Exhibit 10 is a true and correct copy of my May 3, 2019 letter to the government.

8           k.      Exhibit 11 is a true and correct copy of a May 16, 2019 letter that I received from

9  the government.

10           l.      Exhibit 12 is a true and correct copy of a May 20, 2019 letter that I received from

11  the government.

12           m.      Exhibit 13 is a true and correct copy of a January 7, 2020 and January 8, 2020

13  email exchange between the government and attorneys at Boies Schiller Flexner LLP, Bates-stamped

14  USAO-007776.

15           n.      Exhibit 14 is a true and correct copy of a January 22, 2020 letter from Katherine

16  Trefz to the government taint team.

17           o.      Exhibit 15 is a true and correct copy of a March 13, 2020 letter from Katherine

18  Trefz to the government taint team, along with its attachment.

19           p.      Exhibit 16 is a true and correct copy of a March 26, 2020 letter from Katherine

20  Trefz to the government taint team, along with its attachment.

21           q.      Exhibit 17 is a true and correct copy of March 31, 2020 email from the

22  government taint team to Katherine Trefz.

23           r.      Exhibit 18 is a true and correct copy of my June 15, 2020 letter to the

24  government.

25           s.      Exhibit 19 is a true and correct copy of a June 17, 2020 email that I received from

26  the government.

27           t.      Exhibit 20 is a true and correct copy of my June 17, 2020 and June 18, 2020 email

28  

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' OPPOSITION TO MOTION
FOR ORDER THAT DEFENDANTS LACK INDIVIDUAL PRIVILEGE INTEREST
CR-18-00258 EJD         3

1  exchange with the government.

2          u.      Exhibit 21 is a true and correct copy of a March 29, 2018 letter agreement

3  between Theranos, Inc. and the government.

4          v.      Exhibit 22 is a true and correct copy of a February 27, 2017 letter from

5  Christopher Davies to the government, Bates-stamped USAO-007527.

6

7          I declare under penalty of perjury under the laws of the United States that the foregoing is

8  true and correct to the best of my knowledge.

9

10         Executed this 4th day of December, 2020 in Washington, D.C.

11

12

13                              LANCE WADE
                                Attorney for Elizabeth Holmes

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' OPPOSITION TO MOTION
FOR ORDER THAT DEFENDANTS LACK INDIVIDUAL PRIVILEGE INTEREST
CR-18-00258 EJD                          4