# Exhibit 1

1  David Boies, Esq.
   **BOIES, SCHILLER & FLEXNER LLP**
2  333 Main Street
   Armonk, N.Y. 10504
3  Tel.  (914)749-8200
   Fax.  (914)749-8300
4  Email dboies@bsfllp.com
   (*pro hac vice* pending)
5
   David W. Shapiro, Esq., SBN 219265
6  **BOIES, SCHILLER & FLEXNER LLP**
   1999 Harrison Street; Suite 900
7  Oakland, CA 94612
   Tel.  (510)874-1000
8  Fax.  (510)874-1460
   Email dshapiro@bsfllp.com
9
10 Counsel for Plaintiffs,

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| THERANOS, INC. and ELIZABETH HOLMES, | CASE NO.: |
| Plaintiffs, | **COMPLAINT AND JURY DEMAND** |
| v. | |
| FUISZ TECHNOLOGIES, LTD., JOHN R. FUISZ, RICHARD C. FUISZ, and JOSEPH M. FUISZ, | |
| Defendants. | |

## COMPLAINT

Plaintiffs Theranos Inc. ("Theranos") and Elizabeth Holmes, by and through their undersigned counsel, state, with knowledge of their own acts and status and acts taking place in their presence, and upon information and belief as

1

COMPLAINT AND JURY DEMAND

j.  For such other relief as the Court may deem appropriate.

## JURY TRIAL DEMAND

Plaintiff hereby demands a trial by jury on all issues triable to a jury.

Dated: October 26, 2011

Respectfully submitted,

David Boies, Esq.
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
(914) 749-8200

*[signature]*

David W. Shapiro, Esq.
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street; Suite 900
Oakland, CA 94612
(510) 874-1000

*Attorney for Plaintiffs*