# Exhibit 2

# 2012 CA 009617 M THERANOS, INC et al Vs. MCDERMOTT, WILL & EMERY, LLP

- Case Type:
  Malpractice
- Case Status:
  Closed
- File Date:
  12/29/2012
- Action:
  Complaint for Malpractice Legal Filed
- Status Date:
  03/07/2013
- Next Event:

| All Information | Party | Event | Docket | Receipt | Disposition |

## Party Information

**THERANOS, INC**
- Plaintiff

- Disposition
- Disp Date

Alias

Party Attorney
- Attorney
- CHUTKAN, TANYA S

**HOLMES, ELIZABETH**
- Plaintiff

- Disposition
- Disp Date

Alias

Party Attorney
- Attorney
- CHUTKAN, TANYA S
- Attorney
- MARSILLO, WILLIAM D.
- Attorney
- MCCARTHY, MICHAEL J.

**MCDERMOTT, WILL & EMERY, LLP**
- Defendant

- Disposition
- Disp Date

Alias

Party Attorney
- Attorney
- BRUDER-FOX, MOLLY
- Attorney
- DAVIDSON, STEVEN K
- Attorney
- NESTLER, EMILY B.
- Attorney
- WARIN, ROGER E

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 03/29/2013 09:30 AM | Courtroom 200 | Initial Scheduling Conference-60 | Event Not Held Case Dismissed | |
| 05/08/2013 11:00 AM | Courtroom 200 | Status Hearing | Status Hearing Continued | |
| 06/06/2013 09:30 AM | Courtroom 200 | Motion Hearing | Status Hearing Continued - Judge Not Available | |
| 07/18/2013 11:00 AM | Courtroom 200 | Motion Hearing | Motion Hearing Held | |
| 07/26/2013 09:30 AM | Courtroom 200 | Status Hearing | Status Hearing Vacated | |

### Docket Information

| Date | Docket Text | Image Avail. |
|---|---|---|
| 12/29/2012 | Complaint for Malpractice Legal Filed  Receipt: 242445  Date: 12/29/2012 | Image |
| 12/29/2012 | Event Scheduled<br>Event: Initial Scheduling Conference-60<br>Date: 03/29/2013   Time: 9:30 am<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 01/02/2013 | Issue Date: 01/02/2013<br>Service: Summons Issued<br>Method: Service Issued<br>Cost Per: $<br><br>MCDERMOTT, WILL & EMERY, LLP<br>500 North Capitol Street, NW<br>WASHINGTON, DC  20001<br>Tracking No: 5000126703 | |
| 01/11/2013 | Affidavit of Service of Summons & Complaint on<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 01/11/2013 | Proof of Service<br>Method  : Service Issued<br>Issued   : 01/02/2013<br>Service  : Summons Issued<br>Served  : 01/02/2013<br>Return   : 01/11/2013<br>On       : MCDERMOTT, WILL & EMERY, LLP<br>Signed By :<br><br>Reason  : Proof of Service<br>Comment :<br><br>Tracking #: 5000126703 | |
| 01/22/2013 | Notice of Filing Defendant's Notice of Removal Filed. Submitted 01/22/2013 16:04 jhc.<br>Attorney: BRUDER, MOLLY J. (981619)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 01/22/2013 | Additional eFiling Document to Notice of Filing Defendant's Notice of Removal Filed. Submitted 01/22/2013 16:04 jhc.<br>Attorney: BRUDER, MOLLY J. (981619)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 01/22/2013 | Notice of Removal to USDC for the District of Columbia. 13-cv-88 | |
| 01/25/2013 | | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Event Resulted:<br>The following event: Initial Scheduling Conference-60 scheduled for 03/29/2013 at 9:30 am has been resulted as follows:<br><br>Result: Event Not Held Case Dismissed<br>Judge: ISCOE, CRAIG    Location: Courtroom 200 | |
| 01/25/2013 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Removal<br>Sent on:  01/25/2013  12:50:43.82 | |
| 03/07/2013 | Mandate Issued This Date, March 8, 2013 by Angela D. Caesar, Clerk | Image |
| 03/07/2013 | USDC Docket Sheet and Remand Order | Image |
| 03/07/2013 | Defendant's Notice of Removal | Image |
| 03/07/2013 | Notice of Designation of Related Civil Cases Pending in This or Any Other United States Court | Image |
| 03/07/2013 | Report on the Filing or Determination of an Action Regarding a Patent or Trademark | Image |
| 03/07/2013 | Appearance of Counsel | Image |
| 03/07/2013 | Defendant McDermott Will & Emery LLP's Motion to Dismiss Plaintiffs' Complaint | Image |
| 03/07/2013 | Defendant McDermott Will & Emery LLP's Motion to Transfer Plaintiffs' Complaint | Image |
| 03/07/2013 | Plaintiff's Statement Pursuant to Fed. R. Civ. P. 7.1 | Image |
| 03/07/2013 | Plaintiffs' Motion to Stay Briefing | Image |
| 03/07/2013 | Consent Motion to Set Briefing Schedule | Image |
| 03/07/2013 | Plaintiffs' Motion to Remand | Image |
| 03/07/2013 | Appearance of Counsel | Image |
| 03/07/2013 | Appearance of Counsel | Image |
| 03/07/2013 | Defendant's Opposition to Plaintiff's Motion to Stay Briefing | Image |
| 03/07/2013 | Reply in Support of Plaintiffs' Motion to Stay Briefing | Image |
| 03/07/2013 | Consent Motion to Remand | Image |
| 03/14/2013 | Order Assigning Case to Judge Iscoe after Remand from USDC Entered on Docket. This order was signed by Judge Wright, docketed, e-filed, and electronically served on the parties on 3/14/13. AU | |
| 03/14/2013 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on:  03/14/2013  12:22:37.41 | Image |
| 03/14/2013 | Event Scheduled<br>Event: Status Hearing<br>Date: 05/08/2013    Time: 11:00 am<br>Judge: ISCOE, CRAIG    Location: Courtroom 200 | |
| 03/14/2013 | Order Sua Sponte to/for:  Order Assigning Case Signed by Judge Wright on 3/14/13. Submitted 03/14/2013 12:20. ts. | Image |
| 03/19/2013 | Consent Motion to Set Briefing Schedule Filed. submitted 03/19/2013 16:31.rp<br>Attorney: DAVIDSON, Mr STEVEN K (407137)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant);  Receipt: 248776  Date: 03/20/2013 | Image |

| Date | Docket Text | Image Avail. |
|---|---|---|
| 03/19/2013 | Additional eFiling Document to Consent Motion to Set Briefing Schedule Filed. submitted 03/19/2013 16:31.rp<br>Attorney: DAVIDSON, Mr STEVEN K (407137)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 03/21/2013 | Order Granting Motion to Extend Briefing Schedule<br><br>Order signed by Judge Craig Iscoe on 3/21/13<br><br>Order e-filed and e-served on Tanya Shutkan, Roger Warin, Steven Davidson, Emily Nestler, and Molly Fox on 3/21/13<br><br>Order Entered on the Docket on 3/21/13 | |
| 03/21/2013 | Order Granting Consent Motion to Set Briefing Schedule signed by Judge Isoce on 03/21/2013. submitted 03/21/2013 12:54. ms | Image |
| 03/27/2013 | Defendant McDermott Will & Emery LLP's Motion to Dismiss Plaintiff's Complaint Filed. Submitted 03/27/2013 17:45. yb<br>Attorney: DAVIDSON, Mr STEVEN K (407137)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant);  Receipt: 249560  Date: 03/28/2013 | Image |
| 03/27/2013 | Additional eFiling Document to Defendant McDermott Will & Emery LLP's Motion to Dismiss Plaintiff's Complaint Filed. Submitted 03/27/2013 17:45. yb<br>Attorney: DAVIDSON, Mr STEVEN K (407137)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 04/09/2013 | Plaintiffs' Opposition to Defendants Motion to Dismiss Filed.  submitted 04/09/2013 18:55.  cms.<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF); ELIZABETH HOLMES (PLAINTIFF); | Image |
| 04/09/2013 | Additional eFiling Document to Plaintiffs' Opposition to Defendants Motion to Dismiss Filed. submitted 04/09/2013 18:55.  cms.<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF); ELIZABETH HOLMES (PLAINTIFF); | Image |
| 04/16/2013 | Reply Memorandum in Support of Defendant's Motion to Dismiss Filed. Submitted 04/16/2013 19:25. mll<br>Attorney: DAVIDSON, Mr STEVEN K (407137)<br>MCDERMOTT, WILL & EMERY, LLP (Defendant); | Image |
| 05/07/2013 | Event Resulted:<br>The following event: Status Hearing scheduled for 05/08/2013 at 11:00 am has been resulted as follows:<br><br>Because of the ongoing trial, chambers contacted the parties to reschedule the hearing for June 6, 2013 at 9:30 AM. The Court scheduled Oral Arguments in this case and informed the parties that they would be expected to be prepared for Oral Argument on June 6, 2013. eke<br><br>Result: Status Hearing Continued<br>Judge: ISCOE, CRAIG    Location: Courtroom 200 | |
| 05/07/2013 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 05/07/2013 16:27:05.39 | Image |
| 05/07/2013 | Event Scheduled<br>Event: Motion Hearing<br>Date: 06/06/2013   Time: 9:30 am<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 05/30/2013 | Order Sua Sponte to continue motions hearing<br><br>Order signed by Judge Craig Isoce on 5/30/13<br><br>Order e-filed and e-served on Roger Warin, Steven Davidson, Emily Nestler, Molly Fox, and Tanya Chutkan on 5/30/13<br><br>Order Entered on Docket on 5/30/13 | |
| 05/30/2013 | | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | Event Resulted:<br>The following event: Motion Hearing scheduled for 06/06/2013 at 9:30 am has been resulted as follows:<br><br>Result: Status Hearing Continued - Judge Not Available<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 05/30/2013 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 05/30/2013  13:24:11.90 | Image |
| 05/30/2013 | Event Scheduled<br>Event: Status Hearing<br>Date: 07/26/2013   Time: 9:30 am<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 05/30/2013 | Sua Sponte Order Continuing Motion Hearing Signed by Judge Iscoe on 5/30/13. Submitted 05/30/2013 13:21. ts.<br>Attorney: ISCOE, Honorable CRAIG S (252486) | Image |
| 06/11/2013 | Event Resulted:<br>The following event: Status Hearing scheduled for 07/26/2013 at 9:30 am has been resulted as follows:<br><br>Rescheduled pursuant to the Consent of both parties. eke<br><br>Result: Status Hearing Vacated<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 06/11/2013 | Notice of Hearing Mailed Next Business Day<br><br>Notice Of Hearing<br>Sent on: 06/11/2013  17:37:40.82 | Image |
| 06/11/2013 | Event Scheduled<br>Event: Motion Hearing<br>Date: 07/18/2013   Time: 11:00 am<br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 07/18/2013 | Event Resulted:<br>The following event: Motion Hearing scheduled for 07/18/2013 at 11:00 am has been resulted as follows:<br><br>Result: Motion Hearing Held. Ctrm 200 (Courtsmart). Attys Chutkan, Marsillo, and McCarthy present for Plaintiff. Attys. Davidson and Bruder-Fox present for Defendant. The Court heard argument on Defendant McDermott Will & Emery LLP's Motion to Dismiss Plaintiff's Complaint. Court to issue a ruling from Chambers. No new date set.   JUDGE ISCOE/tdh<br><br>Judge: ISCOE, CRAIG   Location: Courtroom 200 | |
| 07/18/2013 | Motion to Admit Attorney Pro Hac Vice for William D. Marsillo Filed. Submitted 07/18/2013 19:25. yb<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF);  Receipt: 258143  Date: 07/19/2013 | Image |
| 07/18/2013 | Motion to Admit Attorney Pro Hac Vice for Michael J. MacCarthy Filed. Submitted 07/18/2013 19:30. yb<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF);  Receipt: 258144  Date: 07/19/2013 | Image |
| 08/01/2013 | Order Granting Motion to Admit Attorney Pro Hac Vice Attorney William Marsillo<br><br>Order signed by Judge Craig Iscoe on 7/31/13<br><br>Order e-filed and e-served on Tanya Chutkan, Roger Warin, Steven Davidson, Emily Nestler, and Molly Bruder Fox on 8/1/13<br><br>Order US mailed to: William Marsillo, Boies, Schiller and Flexner, LLP, 333 Main Street, Armonk, NY  10504 and<br>District of Columbia Court of Appeals, Committee on Unauthorized Practice of Law, 430 E Street, | |

| Date | Docket Text | Image Avail. |
|---|---|---|
| | NW, Room 123, Washington, DC 20001 on 8/1/13 | |
| | Order Entered on the Docket on 8/1/13 | |
| 08/01/2013 | Order Granting Motion to Admit Attorney Pro Hac Vice Michael J. McCarthy<br><br>Order signed by Judge Craig Iscoe on 7/31/13<br><br>Order e-filed and e-served on Tanya Chutkan, Roger Warin, Steven Davidson, Emily Nestler, and Molly Bruder Fox on 8/1/13<br><br>Order US mailed to: Michael J. McCarthy, Boies, Schiller and Flexner, LLP, 1999 Harrison Street, Suite 900, Oakland, CA 94612 and<br>District of Columbia Court of Appeals, Committee on Unauthorized Practice of Law, 430 E Street, NW, Room 123, Washington, DC 20001 on 8/1/13<br><br>Order Entered on the Docket on 8/1/13 Entered on the Docket | |
| 08/01/2013 | Order Granting Motion for Admission Pro Hac Vice for Michael J. McCarthy. Signed by Judge C. Iscoe on 07/31/13. Submitted. 08/01/2013 09:44. ncv. | Image |
| 08/01/2013 | Order Granting Motion for Admission of Pro Hac Vice of William D. Marsillo on 7/31/13 | Image |
| 08/02/2013 | Order Granting Motion to Dismiss Entered on the Docket on 8/2/13. eke<br><br>ORDERED, that Defendant McDermott¿s Motion to Dismiss with Prejudice is GRANTED; and it is further<br>ORDERED, that all of Plaintiffs¿ claims against Defendant are DISMISSED WITH PREJUDICE.<br>SO ORDERED.<br><br>Case Closed.<br><br>signed by Judge Iscoe in chambers on 8/2/13. eke<br><br>e-filed/e-served/docketed on 8/2/13. eke<br><br>e-served to Tanya Chutkan, Roger E. Warin, Steven K. Davidson, Emily Nestler, and Molly Bruder Fox. eke | |
| 08/02/2013 | Order Granting Defendant Mcdermott's Motion to Dismiss With Prejudice signed by J/Iscoe on 8/2/13. submitted 08/02/2013 15:52. tds | Image |
| 08/30/2013 | Notice of Appeal Filed by Theranos, Inc. and Elizabeth Holmes From Order Entered August 2, 2013 Filed. submitted 08/30/2013 23:32. tw<br>Notice of Appeal Mailed to Interested Parties; E-mailed to DCCA<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF); ELIZABETH HOLMES (PLAINTIFF);  Receipt: 261720  Date: 09/03/2013 | Image |
| 08/30/2013 | Additional eFiling Document to Notice of Appeal Filed. submitted 08/30/2013 23:32. tw<br>Attorney: CHUTKAN, Ms TANYA S (420478)<br>THERANOS, INC (PLAINTIFF); ELIZABETH HOLMES (PLAINTIFF); | Image |
| 11/12/2013 | Miscellaneous Docket<br>Appeal Record certified on 11/12/13 per transcript receipt.MG<br>Appeal Record picked up by DCCA on 11/13/13.MG | |
| 01/16/2014 | ORDERED that the motion is granted and this appeal is hereby dismissed. See DC. App. R. 13(b), By Eric T. Washington | Image |

### Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 242445 | 12/29/2012 | CHUTKAN, Ms TANYA S | $120.00 |
| Total | Total | Total | Total |
| | | | $300.00 |

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 248776 | 03/20/2013 | DAVIDSON, Mr STEVEN K | $20.00 |
| 249560 | 03/28/2013 | DAVIDSON, Mr STEVEN K | $20.00 |
| 258143 | 07/19/2013 | CHUTKAN, Ms TANYA S | $20.00 |
| 258144 | 07/19/2013 | CHUTKAN, Ms TANYA S | $20.00 |
| 261720 | 09/03/2013 | CHUTKAN, Ms TANYA S | $100.00 |
| Total | Total | Total | Total $300.00 |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Removal-Notice of Removal To USDC | 01/22/2013 | |
| Dismissed-Order Grant Motion to Dismiss Ent on Dkt | 08/02/2013 | |