# Exhibit 4

Page 1

Wall Street Journal Meeting

June 23rd, 2015

Revised on June 29th, 2015



FOIA Confidential Treatment Requested by Theranos
Fed. R Crim P. 6(e) material

THER2106963

## Page 2

1  [START RECORDING]
2  [crosstalk]
3  MR. MICHAEL SICONOLFI: Folks, thank you so much
4  for coming here. We appreciate it. I know everyone's time
5  is tight. I'd like just really quickly to just talk about
6  terms here before we start. Absolutely--we are absolutely
7  comfortable with talking on a background basis meaning not
8  for attribution basis, but that we would be able to use the
9  information. Of course this I think should be viewed as a
10 prelude. I mean John has obviously done a lot of work here
11 over a significant period of time. I look to this as a
12 pathway to on-the-record comments from Elizabeth on down to
13 be frank - - . So I'm hoping that this is a pathway to do
14 that, as John's reporting continues, and if everyone is
15 comfortable with that, we can certainly proceed.
16 MR. JOHN CARREYROU: I thought that maybe the
17 easiest thing we could do unless you guys want to start off
18 and certainly you are welcome to if there is any sort of
19 presentation or anything like that, not that this needs to
20 be formal in any way. But if there is, then please go
21 ahead. Otherwise, I thought we could just proceed down my
22 list of questions.
23 MS. HEATHER KING: Actually, I would like to
24 start if I could.
25 MR. CARREYROU: Okay.

## Page 3

1  MS. KING: So my name is Heather King. I'm the
2  general counsel, the newly minted general counsel of
3  Theranos, and just to get our bearings completely about who
4  is around the table, so this is my colleague, Dr. Daniel
5  Young, who is a lab director at Theranos. Has been with
6  them for six years, and let's see, so you know that Matt
7  Traub is with DKC, one of our consultants. Peter Fritsch
8  is with Fusion GPS, and then the other people around the
9  table are all from Boies Schiller, David Boies, Mike Brille,
10 and Meredith Dearborn.
11 So I will say that I started as general counsel
12 on May 4th, which you may have seen, and your initial email
13 came in to us about ten days later on May 13th with your
14 list of questions. I know that you and Matt were engaged
15 in conversations prior to that, but that's when we got your
16 first list of questions. I took them very seriously.
17 They're very serious questions, and there are some very
18 serious allegations in those questions including due to the
19 fact that they were 100% the opposite and contrary to my
20 entire experience working with Theranos, with Elizabeth
21 Holmes, and with anybody associated with the company, and
22 was new. We've engaged in a lot of research to prepare for
23 today, but I also turn to Boies Schiller and specifically
24 to David Boies and Meredith Dearborn who are here today
25 because they have been working with the company for four

## Page 4

1  years, and they are intimately involved and have been with
2  the company. In fact, David attends all of the board
3  meetings. He advises Elizabeth and the company on an
4  ongoing basis, and is probably best positioned to actually
5  speak from our perspective in addition to Mr. Young as to
6  some of the statements that you make in your questions.
7  But before I immediately turn it over to them, I just did
8  want to address some of the clear themes that I saw that I
9  thought were kind of underlying your questions and then one
10 issue that I think is not a theme underlying your question
11 but potentially a premise for that, which is this
12 observation that we're getting a lot of press, and
13 potentially a feeling that we are indeed demanding press
14 for us, press that you might think we don't deserve, but
15 press nonetheless.
16 You know, the truth is that Theranos is a
17 relatively new entrant into the market. For ten years,
18 they have been working very, very quietly with no fanfare,
19 no website, no press to speak of and certainly no public
20 presence. It was really only in 2013 that they began to
21 roll out their services to consumers, principally starting
22 with Arizona, and that was after investing hundreds of
23 millions of dollars in their research and perfecting their
24 processes. So it has received a great deal of attention
25 since that time because of the--I think because of the new

## Page 5

1  and disruptive nature of what they are doing and the fact
2  that like Quest and LabCorp have been the market incumbents
3  and do things very differently. People are very interested
4  in what we are doing, and the attention that we have
5  received has been exclusively the result of inbound
6  requests from media outlets due to their interest in what
7  we are doing. It's not been a campaign on our part or
8  anything of the like. In my experience, and certainly
9  going far back from before I was ever involved with the
10 company, the truth is that Theranos has been uncommonly
11 transparent about its science with regulators, in other
12 words with the people that have the expertise and are best
13 positioned to be evaluating in-depth what we do and how we
14 do it.
15 MR. SICONOLFI: Can I stop you just for a
16 second?
17 MS. KING: Yes.
18 MR. SICONOLFI: - - appreciate all of that, and
19 again I just want to make sure you know John obviously is
20 the reporter. I head the investigative group. Jay Conti
21 is our counsel. You know, John--I've been very involved in
22 John's reporting here. There's no underlying premise in
23 any of the questions. They're simply questions based on
24 reporting that John has done, so I would just caution
25 against, you know, deriving any particular theme from the



FOIA Confidential Treatment Requested by Theranos
Fed. R Crim P. 6(e) material

THER2106964