# Exhibit 6

| | |
|---|---|
| From: | Chan, Jessica |
| Sent: | Thursday, October 22, 2015 3:02 PM |
| To: | 'Heather King' |
| Cc: | 'amichaelson@bsfllp.com'; 'PSkinner@BSFLLP.com'; Winkler, Monique |
| Subject: | In the Matter of Theranos, Inc. (MSF-4030) |
| Attachments: | 20151022 Theranos Document Request.pdf; SEC Form 1662.pdf |

Ms. King,

As discussed yesterday, please find attached a request for documents from Theranos, Inc. Please produce the requested records by next **Thursday, October 29, 2015**.

Please note that the production should be sent to the following address:

> ENF-CPU
> U.S. Securities and Exchange Commission
> 100 F St., N.E., Mailstop 5973
> Washington, DC 20549-5973

Electronic productions under 10MB in size may be emailed to ENF-CPU@sec.gov. Passwords for documents, files, compressed archives, and encrypted media should be provided separately either via email addressed to ENF-CPU@sec.gov, or in a separate cover letter mailed separately from the data. **Please email or send me copies of all productions sent to ENF-CPU**.

I have attached to this email SEC Form 1662, entitled "Supplemental Information for Persons Requested to Supply Information Voluntarily or Directed to Supply Information Pursuant to a Commission Subpoena." We provide this form to anyone from whom we request documents. It describes certain considerations involved in providing information to the staff, including the staff's routine uses of information. Please let me know if you have any questions.

Thank you and regards,
Jessica

Jessica W. Chan
Counsel, Division of Enforcement
U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Direct: 415.705.2451

## Document Request to Theranos, Inc.
In the Matter of Theranos, Inc. (MSF-4030)
October 22, 2015

### DEFINITIONS

    A. "DOCUMENT" and "DOCUMENTS" mean any and all records, whether drafts or final versions, originals or annotated or non-identical copies, however and by whomever created, produced, or stored (manually, mechanically, electronically, or otherwise), including, but not limited to, books, papers, files, notes, account statements, confirmations, drawings, graphs, charts, photographs, sound recordings, images, reports, correspondence, letters, memoranda, electronic files, computer records, computer programs, e-mail, Internet sites, World Wide Web pages, ledger sheets, telegrams, telexes, telephone bills, messages or logs, handwritten notes, minutes of conversations or meetings, contracts, agreements, calendars, datebooks, diaries, records of billings, checks, receipts, wire transfers, drafts for money, records of payment, data, magnetic tape, tape recordings, disks, diskettes, diskpacks or other electronic media, back-up tapes, microfilm, microfiche, and other storage devices. "DOCUMENT" and "DOCUMENTS" shall also include all "writings," "recordings," and "photographs" as defined by Rule 1001 of the Federal Rules of Evidence and all "electronically stored information," "documents," and "tangible things" as those terms are used in Rules 26 and 34 of the Federal Rules of Civil Procedure.

    B. "COMMUNICATIONS" means any and all written, oral, telephonic or other utterances of any nature whatsoever, shared, shown and/or transferred between and/or among any two or more persons or entities, including, without limitation, any statements, inquiries, discussions, conversations, dialogues, correspondence, consultations, negotiations, agreements, understandings, meetings, letters, e-mails, notations, telegrams, advertisements, interviews and all other documents.

    C. "REGARDING," "RELATE TO," "REFER TO," "CONCERNING," "REFERRING TO," "RELATING TO," and "REFERENCING" mean referring to, pertaining to, relating to, alluding to, bearing upon, commenting upon, touching upon, regarding, concerning, recording, referencing, evidencing, constituting, substantiating, supporting, contradicting, discussing, mentioning, including, showing, demonstrating, reflecting, or otherwise affecting (directly or indirectly).

    D. "THERANOS," "YOU," and "YOUR" means Theranos, Inc., the entity and its divisions, groups, subsidiaries, predecessors, successors and affiliates, as well as current and former officers, directors, members, general and limited partners, employees, attorneys, accountants, agents, representatives, and any person acting on behalf of Theranos, Inc. with express, implied or apparent authority to do so or under its direction or control.

### DOCUMENTS TO BE PRODUCED

    1. DOCUMENTS sufficient to identify all divisions within Theranos currently, the responsibilities of each division, and reporting lines, including, but not limited to, organizational charts.

    2. DOCUMENTS sufficient to identify all current Theranos employees, including names, divisions, titles, and reporting lines.

*In the Matter of Theranos, Inc. (MSF-4030)*
October 22, 2015
Page 2

    3.    Theranos' capitalization table, showing all investors and number of shares owned by each investor.

    4.    DOCUMENTS sufficient to show contact information for every Theranos investor (including physical address, phone number, and email address), the date of investment, and investment amount, regardless of whether that person or entity is still invested in Theranos.

    5.    All DOCUMENTS regarding any fundraising efforts by Theranos from January 1, 2010 to the date of production, including, but not limited to, marketing materials shown to prospective investors, offering materials, and notes taken of meetings with investors.

    6.    All iterations of Theranos' website from January 1, 2010 to the present.

SEC-DOCUMENT REQUESTS-000003