# Exhibit 9

Michael A. Brille (admitted *pro hac vice*)
Amy J. Mauser (admitted *pro hac vice*)
Evan E. North (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave., NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: mbrille@bsfllp.com
       amauser@bsfllp.com
       enorth@bsfllp.com

Sean Eskovitz (*pro hac vice* to be submitted)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
Email: seskovitz@wilkinsonwalsh.com

*Attorneys for Defendants Theranos, Inc.
and Elizabeth Holmes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Toy, *on behalf of herself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>Theranos, Inc., Walgreens Boots Alliance, Inc., and Elizabeth Holmes,<br><br>Defendants. | No. CV-16-02138-PHX-GMS<br><br>**RESPONSE OF DEFENDANTS THERANOS, INC. AND ELIZABETH HOLMES TO PLAINTIFF'S MOTION FOR LEAD COUNSEL**<br><br>(Assigned to the Honorable G. Murray Snow) |

committee note. But the current motions, which are now pending before three separate judges, are premature.

Theranos respectfully submits that consideration of the motions should be deferred until after this Court has had an opportunity to rule on Plaintiffs' pending motion to transfer and consolidate the pending actions in this District. *See Chacanaca v. Quaker Oats Co.*, No. C 10-0502 RS, 2011 WL 441324, at *2 (N.D. Cal. Feb. 3, 2011) (finding that "it would be premature" to grant plaintiff's motion for interim class counsel in light of both a pending MDL panel hearing and potential consolidation of other two similar putative class actions that were pending). Deferring the ruling would promote judicial economy and avoid the prospect of inconsistent rulings. A single judge in this District should appoint lead counsel for the putative class.

Plaintiff will not be prejudiced by such a modest deferral of her motion. Rule 23(g)(2)(A) "authorizes the court to designate interim counsel during the pre-certification period *if necessary to protect the interests of the putative class*." Fed. R. Civ. P. 23(g)(2)(A), advisory committee's note, 2003 amend. (emphasis added). Here, deferring a ruling on the instant motion pending a ruling on Plaintiffs' motion to transfer and consolidate these actions will not result in any prejudice.

IV. **CONCLUSION**

For the foregoing reasons, Plaintiff's motion should be denied without prejudice to the re-filing of the motion at a more appropriate time or, in the alternative, stayed until this Court has decided Plaintiff's pending motion to transfer and consolidate the actions in this District.

DATED this 2nd day of September, 2016.

Respectfully submitted,

/s/ Michael A. Brille
Michael A. Brille (admitted *pro hac vice*)
Amy J. Mauser (admitted *pro hac vice*)
Evan E. North (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP

4

|   |   |
|---|---|
| 1 | 5301 Wisconsin Ave., NW |
| 2 | Washington, DC 20015<br>Telephone: (202) 237-2727 |
| 3 | Facsimile: (202) 237-6131<br>Email: mbrille@bsfllp.com |
| 4 | amauser@bsfllp.com<br>enorth@bsfllp.com |

Sean Eskovitz (*pro hac vice* to be submitted)
WILKINSON WALSH + ESKOVITZ LLP
11726 San Vicente Boulevard, Suite 600
Los Angeles, CA 90049
Telephone: (424) 316-4000
Facsimile: (202) 847-4005
Email: seskovitz@wilkinsonwalsh.com

*Attorneys for Defendants Theranos, Inc. and Elizabeth Holmes*