# Exhibit 11



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*150 Almaden Boulevard, Suite 900*     *(408) 535-5061*
*San Jose, California 95113*             *FAX (408) 535-5066*

May 16, 2019

**VIA EMAIL**

Lance Wade
Williams & Connolly LLP
725 12th Street, NW
Washington, DC 20005
lwade@wc.com

    Re: <u>United States v. Elizabeth Holmes and Ramesh Balwani</u>
      CR18-00258 EJD

Mr. Wade:

  I write in response to your letter dated May 3, 2019 regarding the ongoing filter team review of documents produced by Theranos before its dissolution. This letter will provide an update on the current status of the review and invite your input on upcoming phases of the process.

  As you know, before Theranos shut down operations, it made a production of documents to the government in response to a subpoena served several months earlier. Leading up to that production, Theranos represented to the government that it did not have the resources to conduct a full privilege review of those documents. Accordingly, the government permitted Theranos to withhold from that production documents that hit on terms from a privilege filter generated by the company based on its familiarity with the documents and its knowledge of the attorneys and law firms with whom it had worked. I am including with this letter an Excel table provided by Theranos, which I understand to contain the final set of terms they used in withholding potentially privileged documents.

  After running its privilege filter, Theranos produced approximately 274,000 documents, which we have maintained in a secure database to which the trial team has no access. A filter team has taken the following steps in reviewing those documents:

- The filter team first ran the 400+ search terms provided by Theranos to confirm that documents containing those terms had been withheld. This search hit on approximately 23,000 documents, which were set aside for secondary review.
- Focusing on the remaining 251,000 documents, the filter team used search terms to isolate the documents with the lowest risk of containing privileged information. Specifically, the filter team searched for and set aside the following:

- o Emails and other documents including Holmes's or Balwani's Theranos email addresses;
- o Emails and other documents including David Boies's personal or firm email addresses;
- o Emails and other documents including the names or email addresses of in-house lawyers Heather King and Brad Arington; and
- o Emails and other documents containing generic terms that might indicate privileged material, including: "attorney," "lawyer," "counsel," "privilege," "work product," "common interest," and "joint defense"

- After excluding the documents described above along with their families, the filter team was left with approximately 140,000 documents, and concluded that the risk of privileged material appearing in this set was negligible.
- To confirm the absence of privileged materials in set of 140,000, filter team members reviewed a representative sample of that set totaling approximately 17,000 documents. In that review, the filter team did not identify any documents containing suspected privileged material, validating the search-term based approach used to clear these documents.

The filter team is now preparing the above 140,000 documents for transmittal to defense counsel, When you receive those documents, please review them and contact the filter team immediately if you believe that the set contains any material implicating a privilege held by Holmes or Balwani. Your point of contact for the filter team will be AUSA Ross Weingarten, who can be reached at ross.weingarten@usdoj.gov.

The information supplied by Theranos has been sufficient for this initial phase of the filter review, but we welcome input from the defense on upcoming phases, which will focus on communications to and from Holmes and Balwani, communications involving David Boies and in-house attorneys, and other documents containing generic terms sometimes associated with privileged information. If there is any information you would like to provide the filter team in connection with the upcoming review, please feel free to contact AUSA Weingarten.

Should you have any questions in the meantime, do not hesitate to reach out to me by phone or email.

Very truly yours,

ADAM A. REEVES
Attorney for the United States

*/s/*
JOHN C. BOSTIC
Assistant United States Attorney

CC (via email): Jeffrey Coopersmith (counsel for Ramesh Balwani)