# Exhibit 13

**To:** Leach, Robert (USACAN)[RLeach@usa.doj.gov]
**Cc:** Baehr-Jones, Vanessa (USACAN)[vbaehr-jones@usa.doj.gov]
**From:** Philip Korologos[Pkorologos@BSFLLP.com]
**Sent:** Wed 1/8/2020 2:59:44 AM (UTC)
**Subject:** RE: US v. Elizabeth Holmes, CR 18-258 EJD (N.D. Cal.)

Thanks Bob.

Phil

**Philip Korologos**
Partner

## BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2390
(m) +1 917 331 8000
pkorologos@bsfllp.com
www.bsfllp.com

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Tuesday, January 7, 2020 5:34 PM
**To:** Philip Korologos <Pkorologos@BSFLLP.com>
**Cc:** Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** FW: US v. Elizabeth Holmes, CR 18-258 EJD (N.D. Cal.)

Dear Philip,

Thank you again for speaking with me. Here are two documents I received from W&C regarding the representation issue.

Best regards,
Bob

**From:** Philip Korologos <Pkorologos@BSFLLP.com>
**Sent:** Tuesday, January 7, 2020 7:25 AM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** Ilana Miller <imiller@BSFLLP.com>
**Subject:** RE: US v. Elizabeth Holmes, CR 18-258 EJD (N.D. Cal.)

Sounds good. I should be in my office—the 212 number below.

Thanks,

Phil

**Philip Korologos**
Partner

## BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 446 2390
(m) +1 917 331 8000
pkorologos@bsfllp.com
www.bsfllp.com

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Tuesday, January 7, 2020 10:20 AM
**To:** Philip Korologos <Pkorologos@BSFLLP.com>
**Cc:** Ilana Miller <imiller@BSFLLP.com>
**Subject:** Re: US v. Elizabeth Holmes, CR 18-258 EJD (N.D. Cal.)

Philip:

Wonderful.  Thank you.  Shall we say 1:30 PT?  If so I'll give you a call then.

Best regards,
Bob
On Jan 7, 2020, at 6:40 AM, Philip Korologos <Pkorologos@bsfllp.com> wrote:

> Bob:
>
> Ilana forwarded me your email below.  In addition to being one of the more senior partners at the firm, I work with
> and help oversee the General Counsel function as a member of the Executive Committee, including with respect to
> Theranos related issues.  I would be happy to talk with you when it is mutually convenient.  My schedule today is
> fairly open for a call between 9:00 and 3:00 PT if you'd like to schedule something.  Ilana will likely join us as well if
> her schedule also works.
>
> Best regards,
>
> Phil
>
> **Philip Korologos**
> Partner
> _____
>
>
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, NY 10001
> (t) +1 212 446 2390
> (m) +1 917 331 8000
> pkorologos@bsfllp.com
> www.bsfllp.com
>
> ---------- Forwarded message ----------
>
> > **From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
> > **Date:** January 7, 2020 at 1:09:53 AM EST
> > **Subject:** US v. Elizabeth Holmes, CR 18-258 EJD (N.D. Cal.)
> > **To:** Ilana Miller <imiller@bsfllp.com>
> >
> > Dear Ms. Miller,
> >
> > I am one of the prosecutors on US v. Elizabeth Holmes, the former CEO of Theranos.  I understand you
> > are the Deputy GC of Boies Schiller and have had some dealings with Ms. Holmes' current criminal
> > defense counsel.  I need to speak with someone at the firm about certain Theranos-related issues, and
> > thought it would be best to start with someone in the GC's office.  Is there a good time to connect?  I
> > would be very grateful for your time.
> >
> > Thank you very much.
> >
> > Best regards,
> >
> > Bob Leach

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Robert S. Leach

Assistant United States Attorney

United States Attorney's Office

 Northern District of California

1301 Clay Street, Suite 340S

Oakland, California 94612

(510) 637-3918 -- Office

(415) 793-2945 – Cell