# Exhibit 15

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 13, 2020

<u>Via Email</u>

Ross Weingarten
Assistant United States Attorney
Northern District of California
150 Almaden Blvd, Ste 900
San Jose, CA  95113

Re:     <u>United States v. Elizabeth Holmes and Ramesh Balwani, CR 18-258-EJD</u>

Dear Ross:

Consistent with our prior correspondence, Attachment A to this letter identifies documents hitting on the Boies-related search terms that (along with their family members) should be withheld from production to the trial team as privileged with respect to Ms. Holmes.

Sincerely,

Katie Trefz

cc:     Steve Cazares, Esq.

## ATTACHMENT A

*Additional privileged documents to be withheld from the trial team.*

| BegBates | BegBates | BegBates |
|---|---|---|
| THER-4000186 | THER-4739493 | THER-4748177 |
| THER-4002287 | THER-4739502 | THER-4748179 |
| THER-4015030 | THER-4739505 | THER-4748181 |
| THER-4015032 | THER-4739506 | THER-4748183 |
| THER-4015034 | THER-4739515 | THER-4748185 |
| THER-4016438 | THER-4739518 | THER-4750643 |
| THER-4016452 | THER-4739519 | THER-4750786 |
| THER-4076096 | THER-4739528 | THER-4750788 |
| THER-4076097 | THER-4739532 | THER-4750790 |
| THER-4087608 | THER-4739533 | THER-4750792 |
| THER-4123576 | THER-4739953 | THER-4750794 |
| THER-4161843 | THER-4745010 | THER-4750796 |
| THER-4161845 | THER-4748117 | THER-4753685 |
| THER-4161922 | THER-4748118 | THER-4753689 |
| THER-4161926 | THER-4748120 | THER-4753690 |
| THER-4161929 | THER-4748122 | THER-4753692 |
| THER-4161932 | THER-4748124 | THER-4753694 |
| THER-4161935 | THER-4748126 | THER-4753696 |
| THER-4161938 | THER-4748128 | THER-4753698 |
| THER-4161941 | THER-4748130 | THER-4753701 |
| THER-4161944 | THER-4748132 | THER-4753704 |
| THER-4161948 | THER-4748134 | THER-4753706 |
| THER-4161952 | THER-4748136 | THER-4753709 |
| THER-4161956 | THER-4748138 | THER-4753794 |
| THER-4161960 | THER-4748140 | THER-4753882 |
| THER-4163161 | THER-4748142 | THER-4756913 |
| THER-4163163 | THER-4748144 | THER-4756917 |
| THER-4163165 | THER-4748146 | THER-4756921 |
| THER-4163167 | THER-4748148 | THER-4756925 |
| THER-4163171 | THER-4748150 | THER-4759533 |
| THER-4163190 | THER-4748152 | THER-4761374 |
| THER-4163192 | THER-4748154 | THER-4761462 |
| THER-4163195 | THER-4748156 | THER-4761465 |
| THER-4163199 | THER-4748158 | THER-4761467 |
| THER-4191964 | THER-4748161 | THER-4761471 |
| THER-4642382 | THER-4748163 | THER-4761475 |
| THER-4642383 | THER-4748165 | THER-4761596 |
| THER-4739475 | THER-4748167 | THER-4800675 |
| THER-4739479 | THER-4748169 | THER-4800709 |
| THER-4739480 | THER-4748171 | THER-4800796 |
| THER-4739489 | THER-4748173 | THER-4800798 |
| THER-4739492 | THER-4748175 | THER-4800800 |

**Attachment A Cont.**

| BegBates | BegBates | BegBates |
|---|---|---|
| THER-4800802 | THER-6468738 | THER-6472213 |
| THER-6239465 | THER-6468746 | THER-6473739 |
| THER-6239466 | THER-6468751 | THER-6473742 |
| THER-6239467 | THER-6468756 | THER-6473746 |
| THER-6239469 | THER-6468757 | THER-6475467 |
| THER-6239471 | THER-6468763 | THER-6475523 |
| THER-6239473 | THER-6468773 | THER-6479458 |
| THER-6239475 | THER-6468787 | THER-6479596 |
| THER-6239477 | THER-6468790 | THER-6479600 |
| THER-6239479 | THER-6468794 | THER-6479605 |
| THER-6239481 | THER-6468798 | THER-6479639 |
| THER-6239483 | THER-6468802 | THER-6479644 |
| THER-6239485 | THER-6468808 | THER-6479942 |
| THER-6239487 | THER-6468812 | THER-6479947 |
| THER-6239489 | THER-6468847 | THER-6483875 |
| THER-6241092 | THER-6468849 | THER-6484401 |
| THER-6241094 | THER-6468851 | THER-6484402 |
| THER-6425392 | THER-6468911 | THER-6484404 |
| THER-6429777 | THER-6468916 | THER-6484406 |
| THER-6429782 | THER-6468921 | THER-6484407 |
| THER-6430002 | THER-6468927 | THER-6486274 |
| THER-6430006 | THER-6468932 | THER-6486550 |
| THER-6430023 | THER-6469843 | THER-6486552 |
| THER-6430119 | THER-6470975 | THER-6486614 |
| THER-6430129 | THER-6471081 | THER-6486617 |
| THER-6430131 | THER-6471083 | THER-6486646 |
| THER-6430140 | THER-6471085 | THER-6488954 |
| THER-6430142 | THER-6471090 | THER-6488961 |
| THER-6430145 | THER-6471092 | THER-6489442 |
| THER-6467077 | THER-6471117 | THER-6489693 |
| THER-6468469 | THER-6471123 | THER-6489698 |
| THER-6468697 | THER-6471130 | THER-6489700 |
| THER-6468698 | THER-6471131 | THER-6491910 |
| THER-6468700 | THER-6471134 | THER-6494672 |
| THER-6468702 | THER-6471137 | THER-6494673 |
| THER-6468705 | THER-6471145 | THER-6494674 |
| THER-6468707 | THER-6471155 | THER-6495208 |
| THER-6468710 | THER-6471158 | THER-6495481 |
| THER-6468714 | THER-6471162 | THER-6495482 |
| THER-6468718 | THER-6471183 | THER-6494675 |
| THER-6468721 | THER-6471187 | THER-6505769 |
| THER-6468725 | THER-6471372 | THER-6505773 |
| THER-6468729 | THER-6471373 | THER-6505774 |
| THER-6468733 | THER-6472206 | THER-6505778 |

**Attachment A Cont.**

| BegBates |
|---|
| THER-6505782 |
| THER-6507449 |
| THER-6571087 |
| THER-6668955 |
| THER-6668961 |
| THER-6668963 |
| THER-6668965 |
| THER-6668967 |
| THER-6668969 |
| THER-6668971 |
| THER-6668974 |
| THER-6668977 |
| THER-6668980 |
| THER-6668984 |
| THER-6668988 |
| THER-6668992 |
| THER-6668997 |
| THER-6669000 |
| THER-6669004 |
| THER-6669013 |
| THER-6669016 |
| THER-6669017 |
| THER-6669020 |
| THER-6669021 |
| THER-6669024 |
| THER-6669028 |
| THER-6669029 |
| THER-6671412 |
| THER-6671424 |
| THER-6671426 |
| THER-6671430 |
| THER-6671542 |
| THER-6671543 |
| THER-6671544 |
| THER-6671625 |
| THER-6671938 |
| THER-6671960 |
| THER-6672062 |
| THER-6672077 |
| THER-6672952 |
| THER-6672959 |
| THER-6672966 |
| THER-6672980 |
| THER-6673110 |

| BegBates |
|---|
| THER-6673769 |
| THER-6675343 |
| THER-6675346 |
| THER-6675349 |
| THER-6675352 |
| THER-6675356 |
| THER-6678710 |
| THER-6678712 |
| THER-6678715 |
| THER-6678718 |
| THER-6678721 |
| THER-6678724 |
| THER-6678728 |
| THER-6678732 |
| THER-6678733 |
| THER-6678738 |
| THER-6692973 |