# Exhibit 17

**From:** Weingarten, Ross (USACAN) <Ross.Weingarten@usdoj.gov>
**Sent:** Tuesday, March 31, 2020 5:28 PM
**To:** Trefz, Katherine <KTrefz@wc.com>
**Cc:** Wade, Lance <LWade@wc.com>; Lemens, Andrew <ALemens@wc.com>
**Subject:** RE: US v. Holmes & Balwani - Taint Team

Katherine,
While I do not concede at this time that the 318 documents you identified are privileged or that defendants have met their burden to show that they are privileged, the filter team will not provide these 318 documents to the trial team without providing you with further notice.

Thanks,
Ross

**From:** Trefz, Katherine <KTrefz@wc.com>
**Sent:** Thursday, March 26, 2020 1:56 PM
**To:** Weingarten, Ross (USACAN) <rweingarten@usa.doj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Lemens, Andrew <ALemens@wc.com>
**Subject:** RE: US v. Holmes & Balwani - Taint Team

Ross,

Further to your March 20 letter and the below, please see attached.

We hope you all continue to remain healthy.

KT

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (C) 949-285-0410
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Trefz, Katherine
**Sent:** Monday, March 23, 2020 5:16 PM
**To:** Weingarten, Ross (USACAN) <Ross.Weingarten@usdoj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Lemens, Andrew <ALemens@wc.com>
**Subject:** RE: US v. Holmes & Balwani - Taint Team

Ross,

We will more fully respond to your letter.  The following points are worth a prompt clarification, however:

First, we are confused by your statements about the Dawn Schneider emails identified in your letter.  You noted that many of the documents identified "were not captured by the search terms [we] recommended and thus were not reviewed by the filter team as part of the 'Boies' review."  That is incorrect: all of those communications hit on the search term Dawn w/2 Schneider and should have been encompassed in the taint team's review.  You also noted that you would withhold all of the documents in our list of 318 from the prosecution team while we engage in our meet and confer.  Please confirm that none of the communications we identified previously were provided to the prosecution team.

Second, we had previously left it that you would review all of our documents and let us know the documents on which you had disagreement.  You have identified some such documents in your letter.  We will address those documents in response to your letter.  We see no need to create a log for the documents where there is no disagreement, particularly since you have all of the documents themselves.

Thanks,

Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Weingarten, Ross (USACAN) <Ross.Weingarten@usdoj.gov>
**Sent:** Saturday, March 21, 2020 6:25 AM
**To:** Trefz, Katherine <KTrefz@wc.com>
**Cc:** Wade, Lance <LWade@wc.com>; Lemens, Andrew <ALemens@wc.com>
**Subject:** RE: US v. Holmes & Balwani - Taint Team

Hi Katie,
Thanks for your letter.  I have attached my response.  We very much appreciate your kind words, and hope you all are safe and healthy as well.

All best,
Ross

Ross Weingarten
Assistant United States Attorney
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Ave., San Francisco, CA 94102
(415) 436 6747
Ross.Weingarten@usdoj.gov

**From:** Trefz, Katherine <KTrefz@wc.com>
**Sent:** Wednesday, March 18, 2020 8:36 PM
**To:** Weingarten, Ross (USACAN) <rweingarten@usa.doj.gov>

**Cc:** Wade, Lance <LWade@wc.com>; Lemens, Andrew <ALemens@wc.com>
**Subject:** US v. Holmes & Balwani - Taint Team

Ross,

Please see the attached re: the exchange of documents from last Friday.  We hope you all are staying healthy.

Katie

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.