# Exhibit 19

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Wednesday, June 17, 2020 1:33 PM
**To:** Wade, Lance <LWade@wc.com>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>
**Cc:** 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>
**Subject:** RE: United States v. Holmes

Dear Lance,

Thank you for bringing this to our attention. SEC-USAO-EPROD-002757301, which is also Bates numbered THPFM0002374416, was produced to the SEC by Theranos on February 10, 2017, while Ms. Holmes was CEO, through WilmerHale. We understand it was also produced by Theranos, while Ms. Holmes was CEO, in the PFM litigation in January 2017. We produced the document to you on November 1, 2018. Nineteen months after we produced it to you (and over three years after it was initially produced by Theranos), you now suggest it is privileged. Please clarify – do you assert this is covered by a privilege maintained by Ms. Holmes? If yes, please explain the basis for your assertion, including details regarding any relevant legal engagements involving Ms. Holmes individually, the time periods covered by those engagements, the matter numbers of any associated court cases, and any other facts showing that Ms. Holmes had an individual attorney-client relationship with specific lawyers.

Without agreeing that the document is privileged, and as we continue to look into the issue, we will refrain from reviewing or making any use of the document.

Best regards,
Bob


**From:** Wade, Lance <LWade@wc.com>
**Sent:** Monday, June 15, 2020 5:38 PM
**To:** Bostic, John (USACAN) <jbostic@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>
**Cc:** goldsmith.scott@dorsey.com; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Subject:** United States v. Holmes

Please see the attached.

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com  |  www.wc.com/lwade

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.