# Exhibit 22

WILMERHALE

**Christopher Davies**

+1 202 663 6187 (t)
+1 202 663 6363 (f)
christopher.davies@wilmerhale.com

February 27, 2017

**FOIA CONFIDENTIAL TREATMENT REQUESTED
PURSUANT TO 17 C.F.R. § 200.83 AND 5 U.S.C. § 552**

**BY FEDERAL EXPRESS**

Robert S. Leach
Assistant U.S. Attorney
U.S. Department of Justice
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Tel.: (415) 436-7534

      Re:    Grand Jury Subpoena Investigation #2016R00024-15

Dear Mr. Leach:

    We write on behalf of Theranos, Inc. ("Theranos" or the "Company"), our client in the above referenced matter. Please find enclosed at THER-1969851 to THER-2398652 documents responsive to: (1) the grand jury subpoena duces tecum issued on November 30, 2016 (the "Subpoena"); and (2) a request you made during our December 16, 2016 call (the "December 16, 2016 Request").

    SUBPOENA REQUEST

    In response to Request 1 of the Subpoena, please find documents labeled THER-1969851 to THER-2393504. This is the second in a series of rolling productions responsive to that request.

    DECEMBER 16, 2016 REQUEST

    In response to your request for contemporaneous notes of communications with the FDA, please find documents labeled THER-2393505 to THER-2398652.

    We are producing these files on an encrypted hard drive, and we will provide the password for that drive by email.

             *      *      *      *

    These materials are confidential and contain competitively sensitive information. Accordingly, we request confidential treatment of this letter and the enclosed materials and any information contained therein pursuant to 5 U.S.C. § 552 and 17 C.F.R. § 200.83 ("Confidential Material"). The materials are exempt from public disclosure under one or more provisions of FOIA and have been appropriately marked to reflect this status. *See, e.g.*, 5 U.S.C. § 552(b)(3) (protecting

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing   Berlin   Boston   Brussels   Denver   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington

Theranos-DOJ TL000018
USAO-007527

Robert S. Leach
February 27, 2017
Page 2

WILMERHALE

matters specifically exempted from disclosure by statute); § 552(b)(4) (protecting trade secrets and confidential and privileged financial and commercial information); § 552(b)(7) (protecting certain records or information compiled for law enforcement purposes); § 552(b)(8) (protecting certain records or information prepared for the use of an agency responsible for regulating or supervising financial institutions). Moreover, disclosure of the materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

Should any third person request the opportunity to inspect or copy the Confidential Material pursuant to FOIA or otherwise, we request on behalf of Theranos that the undersigned immediately be notified of such request and be furnished with a copy of all written materials pertaining to such request (including but not limited to the request and any agency determination with respect to such request). Theranos expects that it will be given an opportunity to object to such disclosure. And, should the Department be inclined to grant any such request, it is Theranos' expectation that, pursuant to the procedures required by 28 C.F.R. § 16.8, and Exec. Order 12,600, 52 Fed. Reg. 23,781 (1987), we will be given reasonable advance notice of any such decision to enable our client to pursue any remedy that may be available to it. In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice.

The requests set forth in the preceding paragraphs also apply to any memoranda, notes, recordings, or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Department (or any other government agency) and which (1) incorporate, include, or relate to any of the information contained in the Confidential Material; or (2) refer to any conference, meeting, telephone conversation, or interview between (a) our client's current or former employees, associates, representatives, agents, auditors, or counsel and (b) employees of the Department (or any other government agency).

Provision of the enclosed materials is not intended to and does not waive any applicable privilege or other legal basis under which information may not be subject to production. By the production of such documents, Theranos does not intend to and has not waived the attorney client privilege or any other protections.

This Confidential Material remains the property of Theranos. Accordingly, at the conclusion of this investigation, Theranos requests such material (and any copies thereof) be returned to the undersigned.

Please do not hesitate to call me if you have any questions about these matters.

Very truly yours,

Christopher Davies

Enclosure