FILED
Nov. 8, 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SEALED BY ORDER OF THE COURT

JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | **UNDER SEAL** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

I, KATHERINE TREFZ, declare as follows:

1. I am an attorney admitted to practice in the state of California and this Court. I am a partner at the law firm of Williams & Connolly LLP and I represent Defendant Elizabeth Holmes in the above-captioned matter.

2. I attest that on December 4, 2020, I caused to be served via drop-box upon the Clerk's Office for the United States District Court for the Northern District of California, San Jose Division, 280

PROOF OF SERVICE
CR-18-00258 EJD                     1

South 1st Street, San Jose, CA 95113, three versions (the original and two copies) of the following documents submitted under seal:

    a. Defendant Elizabeth Holmes' Opposition to United States' Motion to Exclude Testimony from Dr. Mechanic Pursuant to Federal Rules of Evidence 401, 402, 403, and 702; Or, In the Alternative, For A *Daubert* Hearing and For Discovery Relating to Defendant Holmes's Noticed Rule 12.2(b) Defense;

    b. Declaration of Katherine Trefz In Support of Ms. Holmes' Opposition to United States' Motion to Exclude Testimony from Dr. Mechanic Pursuant to Federal Rules of Evidence 401, 402, 403, and 702; Or, In the Alternative, For A *Daubert* Hearing and For Discovery Relating to Defendant Holmes's Noticed Rule 12.2(b) Defense

    c. Exhibits 1 and 2 to the Declaration of Katherine Trefz; and

    d. Defendant Elizabeth Holmes' Opposition to United States' Motion to Rejoin the Trials of Defendants Elizabeth Holmes and Ramesh "Sunny" Balwani Pursuant to Federal Rule of Criminal Procedure 8(b).

3. I attest that on December 4, 2020, documents 2(a) through 2(d) were served via email on counsel for the government.

4. I attest that on December 4, 2020 document 2(d) was served via email on counsel for Mr. Balwani.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 4th day of December, 2020 in Washington, DC.

                                                Katherine Trefz
                                                Attorney for Elizabeth Holmes