Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

United States of America, )
                              Plaintiff(s), )  Case No: 18-cr-00258-1
    v. )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
Elizabeth Holmes & Ramesh Balwani, )  (CIVIL LOCAL RULE 11-3)
                            Defendant(s). )

    I, Richard Simon Cleary, Jr., an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Elizabeth Holmes in the above-entitled action. My local co-counsel in this case is John D. Cline, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 725 Twelfth Street, NW<br>Washington, DC 20005 | 50 California Street, Suite 1500<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 434-5240 | (415) 662-2260 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rcleary@wc.com | cline@johndclinelaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1046834.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 12/10/20                                           Richard Simon Cleary, Jr.
                                                                               APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Richard Simon Cleary, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/11/2020

UNITED STATES DISTRICT XXXXXXXXXXX JUDGE