# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**UNITED STATES' OMNIBUS REPLY IN SUPPORT OF UNITED STATES' MOTION TO REJOIN THE TRIALS OF DEFENDANTS ELIZABETH HOLMES AND RAMESH "SUNNY" BALWANI PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 8(b) AND MOTION TO EXCLUDE TESTIMONY FROM DR. MECHANIC PURSUANT TO FEDERAL RULES OF EVIDENCE 401, 402, 403, AND 702**

**and**

**DECLARATION OF VANESSA BAEHR-JONES IN SUPPORT OF UNITED STATES' OMNIBUS REPLY,**

in the case of **UNITED STATES V. ELIZABETH HOLMES and RAMESH SUNNY BALWANI CR 18-00258-EJD** was served on the party in this action, by mailing a true copy thereof, addressed as follows:

Lance Wade, Esq.
Kevin Downey, Esq.
Amy Saharia, Esq.
Katie Trefz, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005

(By Hand Delivery), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

**X** (By Email Via USAfx), I caused each such document was served by Email to the person or offices of each addressee(s) above.

(By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Jose, California.

(By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 14, 2020

/s/_____
VANESSA BAEHR-JONES
Assistant United States Attorney
U.S. Attorney's Office

CERTIFICATE OF SERVICE