SEALED BY ORDER OF THE COURT

# Exhibits 3-12 Place Holder

1

18-CR-00258 EJD

STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 18-CR-00258 EJD |
| Plaintiff, ) | **EXHIBITS 3-12: CDs** |
| v. ) | |
| ELIZABETH HOLMES and RAMESH ) "SUNNY" BALWANI, ) | |
| Defendants. ) | |

**MANUAL FILING NOTIFICATION**

Regarding: EXHIBITS 3-12: CDs

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For more information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_x_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description): _____

DATED: December 16, 2020                    Respectfully submitted,

                                                                   DAVID L. ANDERSON
                                                                   United States Attorney

                                                               _____/S/_____
                                                                   Vanessa Baehr-Jones
                                                                  Assistant United States Attorney