UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** December 16, 2020      **Time:** 45 minutes      **Judge:** NATHANAEL M. COUSINS

**Case No.:** 18-cr-00258-EJD-1      **Case Name:** UNITED STATES v. Elizabeth Holmes

**For the Government:** John Bostic, Robert Leach
**For Defendant Holmes:** Lance Wade, Patrick Looby, Amy Saharia

**Deputy Clerk:** Lili Harrell      **Court Reporter:** Irene Rodriguez

## PROCEEDINGS – MOTION HEARING

Defendant present and out of custody. Parties and defendant consent to proceeding held by Zoom webinar.

[559] Government's Motion for Order *that Defendants Lack Individual Privilege Interest in Theranos Corporate Documents* – held.

In camera submission by defendant due December 21, 2020.

Court takes motion under submission with written order to be issued.

,

cc: