STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | JANUARY 8, 2021 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITIONS TO DEFENDANT'S MOTIONS *IN LIMINE* |
| v. | |
| ELIZABETH HOLMES, | Date:   March 23, 2021 |
| Defendant. | Time:   10:00 a.m. |
| | Court:  Hon. Edward J. Davila |

I, Robert S. Leach, declare as follows:

1.    I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am one of the prosecutors assigned to this matter and have been since 2016. I make this declaration in support of the United States' Opposition to Defendant's Motions *in Limine*.

2.    Attached as Exhibit 1 is a true and correct copy of document Bates-numbered TS-0959196 to 0959268.

1    3.    Attached as Exhibit 2 is a true and correct copy of document Bates-numbered TS-

2    0475901 to 0475906.

3    4.    Attached as Exhibit 3 is a true and correct copy of document Bates-numbered

4    THPFM0003022508 to THPFM0003022516.

5    5.    Attached as Exhibit 4 is a true and correct copy of document titled Settlement Agreement

6    and Release among Walgreens Boots Alliance, Inc., Walgreen Co., and Theranos, Inc.

7    6.    Attached as Exhibit 5 is a true and correct copy of document Bates-numbered US-

8    REPORTS-0014398 to US-REPORTS-0014401.

9    7.    Attached as Exhibit 6 is a true and correct copy of document Bates-numbered TS-

10   0484523 (SEC-USAO-EPROD-005968690).

11   8.    Attached as Exhibit 7 is a true and correct copy of document Bates-numbered CMS-DOJ-

12   0208226.  The document has been redacted to remove patient and doctor identifiers.

13   9.    Attached as Exhibit 8 is a true and correct copy of document Bates-numbered CMS-DOJ-

14   0220248.  The document has been redacted to remove patient and doctor identifiers.

15   10.   Attached as Exhibit 9 is a true and correct copy of document Bates-numbered

16   THPFM0001526357 to THPFM0001526360.

17   11.   Attached as Exhibit 10 is a true and correct copy of document Bates-numbered TS-

18   1137750 to TS-1137781.

19   12.   Attached as Exhibit 11 is a true and correct copy of document Bates-numbered TS-

20   0812982 to TS-812993.

21   13.   Attached as Exhibit 12 is a true and correct copy of document Bates-numbered TS-

22   0813437 to TS-0813446.

23   14.   Attached as Exhibit 13 is a true and correct copy of document Bates-numbered TS-

24   1106137.

25   15.   Attached as Exhibit 14 is a true and correct copy of relevant portions of document Bates-

26   numbered US-FDA-0035508 to US-FDA-0037188.

27   16.   Attached as Exhibit 15 is a true and correct copy of document Bates-numbered US-FDA-

28   0024046 to US-FDA-0024093.

17.     Attached as Exhibit 16 is a true and correct copy of document Bates-numbered THPFM0002376499 to THPFM0002376505.

18.     Attached as Exhibit 17 is a true and correct copy of document Bates-numbered TS-1068300 to TS-1068317.

19.     Attached as Exhibit 18 is a true and correct copy of document Bates-numbered TS-1068274 to TS-1068299.

20.     Attached as Exhibit 19 is a true and correct copy of document Bates-numbered THPFM0000268641 to THPFM0000268642 (SEC-USAO-EPROD-000651531).

21.     Attached as Exhibit 20 is a true and correct copy of document Bates-numbered Ex. KK-SEC-TX-000000925.

22.     Attached as Exhibit 21 is a true and correct copy of document Bates-numbered ROUGHEAD_THERANOS_0000371 to ROUGHEAD_THERANOS_0000431.

23.     Attached as Exhibit 22 is a true and correct copy of document Bates-numbered THPFM0000875055 to THPFM0000875060.

24.     Attached as Exhibit 23 is a true and correct copy of document Bates-numbered Ex. NN-KOVACEVICH_THERANOS_0000451 to KOVACEVICH_THERANOS_0000490.

25.     Attached as Exhibit 24 is a true and correct copy of a Memorandum of Interview of Sarah Bennett on December 11, 2020.

26.     Attached as Exhibit 25 is a true and correct copy of document Bates-numbered THPFM0001815817 to THPFM0001815820.

27.     Attached as Exhibit 26 is a true and correct copy of document Bates-numbered THPFM0000869308 to THPFM0000869309 (SEC-USAO-EPROD-001252193).

28.     Attached as Exhibit 27 is a true and correct copy of document Bates-numbered THPFM0001191384 to THPFM0001191385 (SEC-USAO-EPROD-001574269).

29.     Attached as Exhibit 28 is a true and correct copy of document Bates-numbered TS-0906564 to TS-0906565.

30.     Attached as Exhibit 29 is a true and correct copy of a Memorandum of Interview of Jerry Hurst on August 3, 2020.

31.     Attached as Exhibit 30 is a true and correct copy of document Bates-numbered THPFM0005761694.

32.     Attached as Exhibit 31 is a true and correct copy of document Bates-numbered THPFM0005761722.

33.     Attached as Exhibit 32 is a true and correct copy of portions of document Bates-numbered SEC-USAO2-EPROD-000070971.

34.     Attached as Exhibit 33 is a true and correct copy of document Bates-numbered THPFM0001361669 to THPFM0001361670 (SEC-USAO-EPROD-001744554).

35.     Attached as Exhibit 34 is a true and correct copy of document Bates-numbered THPFM0005753213 to THPFM0005753221.

36.     Attached as Exhibit 35 is a true and correct copy of document Bates-numbered TS-1079044 to 1079050.

37.     Attached as Exhibit 36 is a true and correct copy of document Bates-numbered THPFM0000861075 to THPFM0000861077.

38.     Attached as Exhibit 37 is a true and correct copy of document Bates-numbered TS-0903725 to TS-0903727.

39.     Attached as Exhibit 38 is a true and correct copy of excerpts of testimony by Dr. Adam Rosendorff in a case against Defendant pending in Arizona.

40.     Attached as Exhibit 39 is a true and correct copy of document Bates-numbered TS-1078326 to TS-1078327.

41.     Attached as Exhibit 40 is a true and correct copy of a Memorandum of Interview of Dr. Sunil Dhawan on June 22, 2017 with select exhibits.

42.     Attached as Exhibit 41 is a true and correct copy of document Bates-numbered THER-2105783 to THER-2105786.

43.     Attached as Exhibit 42 is a true and correct copy of document Bates-numbered TS-1148890 to TS-1148895.

44.     Attached as Exhibit 43 is a true and correct copy of document Bates-numbered THPFM0001762818 (SEC-USAO-EPROD-002145703).

45.     Attached as Exhibit 44 is a true and correct copy of excerpts of a PowerPoint provided to my Office by counsel for Defendant prior to indictment.

46.     Attached as Exhibit 45 is a true and correct copy of document Bates-numbered THPFM0001559648 to THPFM0001559651 (SEC-USAO-EPROD-001942533).

47.     Attached as Exhibit 46 is a true and correct copy of document Bates-numbered THPFM0002163775 to THPFM0002163776 (SEC-USAO-EPROD-002546660).

48.     Attached as Exhibit 47 is a true and correct copy of document Bates-numbered THPFM0001386113 to THPFM0001386115 (SEC-USAO-EPROD-001768998).

49.     Attached as Exhibit 48 is a true and correct copy of document Bates-numbered THPFM0001361577 to THPFM0001361579 (SEC-USAO-EPROD-001744462).

50.     Attached as Exhibit 49 is a true and correct copy of document Bates-numbered THPFM0000500903 to THPFM0000500908 (SEC-USAO-EPROD-000883793).

51.     Attached as Exhibit 50 is a true and correct copy of document Bates-numbered THPFM00000500866 to THPFM00000500871 (SEC-USAO-EPROD-000883756).

52.     Attached as Exhibit 51 is a true and correct copy of document Bates-numbered THPFM0000313444 to THPFM0000313456.

53.     Attached as Exhibit 52 is a true and correct copy of a document Bates-numbered TS-0315655.

54.     Attached as Exhibit 53 is a true and correct copy of a document Bates-numbered TS-0315700 to TS-0315703.

55.     Attached as Exhibit 54 is a true and correct copy of a document Bates-numbered THPFM0001703374.

56.     Attached as Exhibit 55 is a true and correct copy of a document Bates-numbered TS-1103640 to TS-1103642.

57.     Attached as Exhibit 56 is a true and correct copy of a document Bates-numbered TS-1160602 to TS-1160635.

58.     Attached as Exhibit 57 is a true and correct copy of a document Bates-numbered THPFM0000853510 to THPFM0000853514.

59.     I have reviewed a privilege log provided by the law firm Wilmer Cutler Pickering Hale and Dorr LLP (WilmerHale).  According to an entry for a communication on this log, at 1:10 a.m. on August 29, 2018, a Theranos executive emailed a WilmerHale attorney (identified by the government for purposes of this filing as Attorney 1), and copied attorneys for the law firms Williams & Connolly LLP and Davis Wright Tremaine LLP.  According to the log, the email concerned, "information necessary to obtain legal advice regarding DOJ investigation and prepared in anticipation of litigation." Another entry on the log shows that at 1:33 a.m., a Davis Wright Tremaine attorney responded, copying an attorney for Williams & Connolly, among others.  The following day, August 29, 2018, the Davis Wright Tremaine attorney emailed again, also concerning, "legal advice regarding DOJ investigation." On September 5, 2018, an entry on the log shows that an attorney from Davis Wright Tremaine emailed an attorney for WilmerHale, copying a Williams & Connolly attorney and a senior Theranos official.

60.     Attached as Exhibit 58 is a true and correct copy of a document Bates-numbered THPFM0001362138 to THPFM0001362139.

61.     Attached as Exhibit 59 is a true and correct copy of a document Bates-numbered TheranosABC00041580 to TheranosABC00041581.

62.     Attached as Exhibit 60 is a true and correct copy of a document Bates-numbered TheranosABC00040289.

63.     Attached as Exhibit 61 is a true and correct copy of a document Bates-numbered THPFM0002519603 to THPFM0002519605.

64.     Attached as Exhibit 62 is a true and correct copy of a document Bates-numbered TheranosABC00000371.

65.     Attached as Exhibit 63 is a true and correct copy of an unsealed grand jury subpoena issued on June 4, 2018.

66.     Attached as Exhibit 64 is a true and correct copy of a document Bates-numbered TheranosABC00042290.

67.     Attached as Exhibit 65 is a true and correct copy of an email sent by an attorney from the law firm Wilmer Cutler Pickering Hale and Dorr LLP (WilmerHale) on July 30, 2018.

68.     Attached as Exhibit 66 is a true and correct copy of a document Bates-numbered TheranosABC00042200 to TheranosABC00042202.

69.     Attached as Exhibit 67 is a true and correct copy of a document Bates-numbered TheranosABC00039903.

70.     Attached as Exhibit 68 is a true and correct copy of a document Bates-numbered TheranosABC00037891 to TheranosABC00037892.

71.     Attached as Exhibit 69 is a true and correct copy of a document Bates-numbered Neetek_000746.

72.     Attached as Exhibit 70 is a true and correct copy of a document Bates-numbered TheranosABC00042260 to TheranosABC00042264.

73.     Attached as Exhibit 71 is a true and correct copy of an email sent by an attorney from the law firm WilmerHale on August 27, 2018.

74.     Attached as Exhibit 72 is a true and correct copy of a report written by the government's computer forensic expert, Bruce Pixley, and dated September 28, 2020.

75.     Attached as Exhibit 73 is a true and correct copy of a document Bates-numbered TheranosABC00037746 to TheranosABC00037747.

76.     Attached as Exhibit 74 is a true and correct copy of a document Bates-numbered Neetek_000587 to Neetek_000588.

77.     Attached as Exhibit 75 is a true and correct copy of a document Bates-numbered TheranosABC00039982 to TheranosABC00039983.

78.     Attached as Exhibit 76 is a true and correct copy of a document Bates-numbered TheranosABC00040096 to TheranosABC00040097.

79.     Attached as Exhibit 77 is a true and correct copy of a document Bates-numbered THPFM0001463733 to THPFM0001463739.

80.     Attached as Exhibit 78 is a true and correct copy of a document Bates-numbered THPFM0000273265 to THPFM0000273268.

81.     Attached as Exhibit 79 is a true and correct copy of a document Bates-numbered THPFM0003603101 to THPFM0003603102.

1    82.    Attached as Exhibit 80 is a true and correct copy of a document Bates-numbered

2 THPFM0000288920 to THPFM0000288923.

3    83.    Attached as Exhibit 81 is a true and correct copy of a document Bates-numbered

4 THPFM0000170839 to THPFM0000170841.

5    84.    Attached as Exhibit 82 is a true and correct copy of a letter served on Erika Cheung by

6 the law firm Boies, Schiller & Flexner LLP on June 26, 2015.

7    85.    Attached as Exhibit 83 is a true and correct copy of a document Bates-numbered PFM-

8 DEPO-00005085 to PFM-DEPO-00005091.

9    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of

10 January 2021.

11    */s Robert S. Leach*

12    _____
     ROBERT S. LEACH
     Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28