# EXHIBIT 5

| Assignment for the Benefit of Creditors of: | PROOF OF CLAIM | THIS SPACE IS FOR OFFICE USE ONLY |
|---|---|---|
| Name of Assignor: Theranos, Inc. | | |
| Name of Assignee: Theranos (assignment for the benefit of creditors), LLC | Additional Information: (check box) | DATE RECEIVED: |
| Date of Assignment: September 12, 2018 | | |

Name of Creditor (the person or entity to whom Assignor owes money or property):
Walgreen Co.

☒ Address differs from the address on the envelope sent to you on behalf of the Assignee

Social Security or Tax I.D. #: 36-1924025

☐ Claim amends a previously filed claim. If so, for such claim, indicate:
- Claim number: _____
- Date claim mailed: _____

**Name and address where notices should be sent:**

Attn: Elena Kraus
Walgreen Co.
108 Wilmot Road, MS#1858
Deerfield, IL 60015
Telephone Number: (847) 315-4602
Contact name: Elena Kraus
Email Address:
elena.kraus@walgreens.com

Attn: Kristen Seeger
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Telephone Number: (312) 853-7450
Contact name: Kristen Seeger
Email Address:
kseeger@sidley.com

☐ Payment should be sent to different address. Indicate name and address:

CLAIM NO.: _____

**1. Amount of Claim (as of assignment date): $45,095,547.95**
☐ Check box if all or part of claim is secured and complete item 4.
☐ Check box if all or part of claim is entitled to priority and complete item 5.
☐ Check box if all or part of amount is for equity interest and complete item 6.
☐ Check box if claim includes interest or other charges in addition to the Principle amount of the claim and state amount: $_____
In addition, attach statement that itemizes interest or charges.

Date debt was incurred: Refer to attached addendum

**2. Basis for Claim: (check one)**
☐ Goods sold              ☐ Services performed
☒ Money loaned            ☐ Equipment leased
☐ Taxes                   ☐ Equity Interest
☒ Other (Describe briefly): Refer to attached addendum

If Court Judgment, date Judgment obtained: October 1, 2018

**3. Last four digits of any number by which creditor identifies assignor:**
__ __ __ __

**3a. Assignor may have scheduled account as:**
WVC Investments, LLC; Walgreens Boots Alliance, Inc.

**4. Secured Claim:**

Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach all documents that support the contention that the claim is secured.

Nature of property or right to setoff:
☐ Real Estate  ☐ Personal Property  ☐ Motor Vehicle  ☐ Other
Describe: _____

Value of Property: $_____
Annual Interest Rate: ____ %  ☐ Fixed  ☐ Variable (when assignment started)

Amount of arrearage and other charges as of the time the of assignment, included in secured claim, if any: $_____

Basis for perfection: _____

Amount of Secured Claim: $_____
Amount Unsecured: $_____

**5. Priority Claim:** Amount of Claim entitled to priority (See instruction #5) and the basis on which such priority is claimed. If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.
☐ Wages, salaries, bonuses, severance or commissions earned within 90 days prior to the assignment.
☐ Contributions to an employee benefit plan.
☐ Taxes or penalties owed to governmental units.

☐ Other – Specify: _____
Amount entitled to priority: $_____
Basis for priority (describe): _____

**6. Equity Interest:**  Number of Shares Held: _____  Basis/Value Per Share: $_____  Type: ☐ Common  ☐ Preferred; attach documentation

**7. Documents:** Attach copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. If the claim is secured, and box 4 has been completed, attach copies of documents providing evidence of perfection of a security interest (See instruction #7). DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING. If the documents are not available, please explain: Refer to attached addendum

**8. DATE-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**9. Signature:** Check the appropriate box:  ☐ I am the creditor  ☒ I am the creditor's authorized agent  ☐ I am a guarantor, surety, endorser, or other co-debtor

BY MY SIGNATURE BELOW, I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF CALIFORNIA, THAT THE INFORMATION PROVIDED HEREIN AND ATTACHED HERETO IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Print Name: Elena Kraus   Title: Senior Vice President and General Counsel   Company: Walgreen Co.
Signature: *Elena Kraus / by permission KHF*   Dated: 3-8-19
Telephone Number: (847) 315-4602   Email Address: elena.kraus@walgreens.com

12/01/2011

## Addendum to Proof of Claim of Walgreen Co.

*This addendum is attached to, and incorporated in by reference and attachment, the proof of claim form filed on behalf of Walgreen Co. (together with this addendum, the "*<u>Proof of Claim</u>*") in connection with the Assignment for the Benefit of Creditors of Theranos, Inc.*

Walgreen Co. files this Proof of Claim on behalf of itself and its affiliates WVC Investments, LLC and Walgreens Boots Alliance, Inc.

### Description of Claim

On June 5, 2012, Walgreen Co. and Theranos Inc. ("<u>Theranos</u>") entered into the Amended and Restated Theranos Master Services Agreement (the "<u>Services Agreement</u>") attached hereto as **Exhibit A**. The Services Agreement provided for, among other things, a promissory note issued by Theranos in the amount of $40,000,000.00 (the "<u>Promissory Note</u>") to WVC Investments, LLC, a subsidiary of Walgreen Co., and for Theranos and Walgreen Co. to enter into an operating relationship. On January 12, 2017, Walgreen Co. filed a complaint against Theranos in the United States District Court for the District of Delaware alleging, among other things, that Theranos had breached the Services Agreement. On July 28, 2017, Walgreen Co., Walgreens Boots Alliance, Inc., and Theranos entered into an agreement (the "<u>Settlement Agreement</u>") that provided for certain payments to be made by Theranos to Walgreen Co., the extinguishment of all prior agreements between Theranos and Walgreen Co., with the exception of the Promissory Note, and the release of all claims between the parties, except claims under the Settlement Agreement.

The Settlement Agreement also provided for the indemnification of Walgreen Co. and Walgreens Boots Alliance, Inc. and their parents, subsidiaries, affiliates, successors, employees, officers, directors, assigns, agents, and each of the foregoing's successors and assigns ("<u>Walgreens Indemnitees</u>") by Theranos with respect to any damages, monetary awards, or monetary penalties imposed on, or for which any Walgreens Indemnitee is found liable, in a final non-appealable order, in connection with or arising out of (a) *In re: Arizona Theranos, Inc., Litigation,* (No. 2:16-cv-2138-HRH, et. seq.); (b) *Brian Maltese v. Walgreen Arizona Drug Company* (No. CV2016-017009); and (c) future civil litigation filed after the effective date of the Settlement Agreement (July 28, 2017; hereinafter, the "Effective Date") that (i) is initiated by a private, non-governmental party against a Walgreens Indemnitee and (ii) alleges a claim, demand, suit, or cause of action directly based on the Walgreens Indemnitee's business relationship with Theranos and involvement in providing Theranos blood tests ((a)-(c) collectively, "<u>Litigation Claims</u>," and any of such monetary amounts being a "<u>Final Penalty</u>"); provided however that Theranos shall have no obligation to indemnify a Walgreens Indemnitee with respect to any Litigation Claim based on a violation of any law or regulation by a Walgreens Indemnitee, or an act or omission by a Walgreens Indemnitee or an employee of a Walgreens Indemnitee. As of the filing of this Proof of Claim, no Walgreens Indemnitee has incurred any Final Penalty and Walgreen Co. reserves the right to supplement this Proof of Claim if and when any Final Penalty is incurred.

The Settlement Agreement required Theranos to make multiple payments to Walgreen Co., including a payment of $5,000,000 on or before June 30, 2018, that Theranos failed to make. Walgreen Co. has obtained a judgment from the United States District Court for the District of Delaware, attached hereto as **Exhibit B**, in the amount of $5,000,000 plus prejudgment

interest at the rate of 7.5% and postjudgment interest of 2.5% through the date of payment. Calculation of the total claim included in this Proof of Claim is below.

### Calculation of Total Claim

| | | |
|---|---|---|
| Promissory Note held by WVC Investments, LLC | $ | 40,000,000.00 |
| Judgment for remaining payment under Settlement Agreement | | 5,095,547.95[1] |
| Total Claim | $ | 45,095,547.95 |

### Reservation of Rights

       Walgreen Co. reserves the right to (i) amend, update and/or supplement this Proof of Claim at any time and in any respect, (ii) file additional proofs of claim or additional claims which may be based on the same or additional documents, and (iii) file a request for payment of administrative expenses. The filing of this Proof of Claim shall not constitute a waiver or release of Walgreen Co.'s rights against any person, entity or property or an election of remedies.

---

[1] This amount includes prejudgment interest accrued through October 1, 2018, but does not include the interest that is continuing to accrue at a rate of 2.5% related to the $5,000,000 awarded by the judgment attached hereto as **Exhibit B**, to which Walgreen Co. is entitled and asserts in this Proof of Claim.

2

US-REPORTS-0014400

US-REPORTS-0014401