# EXHIBIT 6



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

**CONFIDENTIAL COMMERCIAL INFORMATION**
**EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT**

September 23, 2015

To Whom It May Concern:

You requested a current list of the platforms on which all of our tests are running as of September 22, 2015. We are providing that information to you under separate cover. Additionally, the following is the list of the Laboratory Developed Tests (LDTs) that Theranos tested on Theranos device, also called Theranos Sample Processing Units (TSPUs), along with the time periods when those tests were run. Theranos recently received FDA clearance for its Theranos System – including the device, the Theranos Sample Collection Device (including the nanotainers) and other components of the system - , and plans to bring these units live again in the lab as 510k-cleared analyzers, rather than LDTs, once additional clearances are obtained.

As we explained in person, Theranos changes the platforms on which it runs tests from time to time. The decision to move testing off of TSPUs and onto other platforms in this case was a business decision to transition to the manufacturing quality systems to QSR compliance under FDA guidelines and does not reflect on the reliability or accuracy of any platform.

Theranos has never commercially distributed a TSPU.

| Test | Initial | End |
|---|---|---|
| Vit D | 11/6/2013 | 3/10/2015 |
| TSH | 11/7/2013 | 2/4/2015 |
| FT4 | 11/11/2013 | 2/4/2015 |
| TPSA | 11/11/2013 | 6/25/2015 |
| TT3 | 2/12/2014 | 2/4/2015 |
| TT4 | 2/12/2014 | 2/4/2015 |
| TST | 3/19/2014 | 3/10/2015 |
| HCG | 5/9/2014 | 1/19/2015 |
| SHBG | 7/28/2014 | 6/25/2015 |
| VB12 | 8/12/2014 | 3/6/2015 |
| Estradiol | 9/25/2014 | 12/18/2014 |
| Prolactin | 9/25/2014 | 12/18/2014 |

THERANOS CONFIDENTIAL