# EXHIBIT 7

# theranos

## Fax Transmission

### Cover Page

| | |
|---|---|
| From: | Theranos, Inc. |
| | 7373 Gateway Boulevard |
| | Newark, CA 94560 |
| | P: (855) 843-7200 |
| | F: (650) 852-9594 |
| | customersupport@theranos.com |
| | |
| To: | ▮▮▮▮▮ |
| Fax: | ▮▮▮▮▮▮▮▮ |
| Date: | 3/28/2016 10:17 PM |
| Patient: | ▮▮▮▮▮▮ |
| Note: | |

## Confidential
## Protected Health Information

This Protected Health Information is intended solely for the use of the individual or entity to whom it is addressed. Any disclosure, retransmission, reproduction, dissemination or other useof this information by persons or entities other than the intended recipient is strictly prohibited. Ifyou have received this email in error, please contact the sender immediately and destroy allcopies.



**theranos**

Kingshuk Das, MD, Laboratory Director

Report Status: Final

This report Contains corrected results

7373 Gateway Boulevard
Newark, CA 94560
Lab: (855) 843-7200  Fax: (650) 852-9594

customersupport@theranos.com

Female,

**PHYSICIAN**

HOME:
MOBILE:
EMAIL:

PHONE:
FAX:

VISIT: 09/24/14, 07:10 PM
Theranos Service Center, 55 W Apache Trail, Apache Junction, AZ 85220

FASTING: Not Required
ACC#: 103379

FINAL REPORT: 03/28/16, 04:13 PM

## hCG - Chorionic Gonadotropin (Maternal), Blood Quantitative

| TEST NAME | RESULTS | FLAG | REF. RANGE | UNITS | LOC |
|---|---|---|---|---|---|
| **Choriogonadotropin ‡** | **VOID - 120.20** [c] | V [c] | <=25.00 | mIU/mL | NE |

Choriogonadotropin as previously reported is voided and this result should not be used out of an abundance of caution. Redraw is recommended as clinically indicated.

**INTERPRETIVE NOTES**

**KEY**

RF   See interpretive data for test processing location.

[c]   Corrected

**Final Report Sent:**   03/28/2016 4:13:16 PM