# EXHIBIT 8



Kingshuk Das, MD, Laboratory Director

Report Status: **Final**

**This report Contains corrected results**

7373 Gateway Boulevard
Newark, CA 94560
Lab: (855) 843-7200  Fax: (650) 852-9594

**customersupport@theranos.com**

Female,

**PHYSICIAN**

**HOME:**
**MOBILE:**
**EMAIL:**

**PHONE:**
**FAX:**

**VISIT:** 10/02/14, 02:10 PM
Theranos Service Center, 3960 E Chandler Blvd, Phoenix, AZ 85048

**FASTING:** Not Required
**ACC#:** 105366

**FINAL REPORT:** 10/08/14, 12:16 AM

## hCG - Chorionic Gonadotropin (Maternal), Blood Quantitative

| TEST NAME | RESULTS | FLAG | REF. RANGE | UNITS | LOC |
|---|---|---|---|---|---|
| **Choriogonadotropin ‡** | **VOID - 12558** [c] | V [c] | <=25.00 | mIU/mL | NE |

Choriogonadotropin as previously reported is voided and this result should not be used out of an abundance of caution.  Redraw is recommended as clinically indicated.

**INTERPRETIVE NOTES**

**KEY**

**RF**   See interpretive data for test processing location.

**[c]**   Corrected

**Final Report Sent:**   03/30/2016 2:43:22 AM

Patient:    Report Print date: 3/30/2016 2:43:24 AM    Page **1** of **1**