# EXHIBIT 9

**To:** Christian Holmes[cholmes@theranos.com]
**From:** Max Fosque
**Sent:** Thur 11/7/2013 12:14:25 AM
**Importance:** Normal
**Subject:** RE: WAG PHX Issues List
**Received:** Thur 11/7/2013 12:14:00 AM

Did you send this to Sunny?

---

**From:** Christian Holmes
**Sent:** Wednesday, November 06, 2013 8:49 AM
**To:** Max Fosque
**Cc:** Nicholas Menchel
**Subject:** RE: WAG PHX Issues List

Thanks for putting all this together I realize that's not a small task, very helpful. Will address w sunny as soon as I'm back (if you raise it w him beforehand just let me know). I'll also bring up w eah but frankly she is on board w delaying as much as possible. Conversation w sunny will revolve around how much of this to communicate to wag, and when - in addition to reiterating our groups recommendation to postpone announcements.
Thanks

Eah about to go on stage at like noon - check the live stream

Sent from my Windows Phone

---

**From:** Max Fosque
**Sent:** 11/6/2013 10:21 AM
**To:** Christian Holmes
**Cc:** Nicholas Menchel
**Subject:** WAG PHX Issues List

Christian,

Nick and I sat down and put this list together after looking through each nanotainer that came back from WAG training today and seeing with our own eyes the poor quality of specimens that are being collected – with the knowledge that, if these had been real patient specimens, we may have had to call many of those patients back in for re-testing. That also got us talking about the numerous outstanding items that could cause us problems as we begin to scale up in PHX.

I know we've gone through many of these issues, and we've been working to solve many of them with the necessary teams, but as the Theranos system is so interconnected these issues combine to pose quite a challenge as we move towards launch. We want to be able to work through each concern individually to ensure that each is mitigated as much as possible prior to launching additional stores, but our levels of stress are building quickly as the time to do so quickly elapses.

In an ideal world, we would be easily processing volume at the 1 store in Palo Alto, using the full, automated Theranos system, prior to opening additional stores. We recognize that this may not be possible, and we will of course do everything in our power to ensure launch down here goes well. We simply believe that, at this point, there is a high risk that things may not go as smoothly as planned given all of the outstanding items that need to be completed or thought through over the next week.

There are certainly some areas in which we could have done a better job to prepare, and we take full responsibility for that.

We're not sure the best way to communicate this to Sunny/EAH, so please provide your feedback and make updates/comments as necessary. Major concerns in yellow.

Walgreens Technicians/Stores

Confidential                                                                                                                                                                THPFM0001526357

1. More than half of the specimens that came back from training today (and were centrifuged) had issues with specimen integrity – it looked like many were not spun for long enough (red blood cells in gel layer), or the spin did not properly separate the specimen (gel layer not flat). A few specimens came back hemolyzed. This is in addition to the poor specimens that were observed from last week. It seems that as we have increased centrifuge use, we have noticed more specimens coming back with issues.

2. Lack of communication between WAG corporate and stores. Nick and Max visited stores and spoke with Rx managers who had little idea what was going on, and didn't seem to care.

3. Lack of enthusiasm for Theranos services. Negative attitude towards our equipment, taking technicians out of daily job, causing them to fall behind on Rx duties. Audible complaints that WAG has not followed through on service offerings in the past and expectations are low.

4. Lack of coverage at stores. For example, 11610 has no technicians to cover the morning shift, since Stephane is leaving. Additional technicians are being trained in classroom this Thursday/Friday in the hopes that they will pass and be able to cover as soon as next week.

5. WAG is asking us for mentor coverage for additional training next week, during/after launch. Feels incredibly rushed. Reports of trainers passing technicians to ensure numbers are met and coverage goals obtained, without regard to whether or not the technicians are trained adequately and ready.

6. Volume of fingerstick training this week much lower than expected. Of 225 BCDs requested by WAG today for training, only 84 total nanotainers were collected.

7. Walgreens has not communicated who will be directly responsible for PSC oversight at stores (not even titles, much less individual names, contact numbers, schedules, etc). Project team had mentioned there would be "Theranos Champions" but these would either be pharmacists or senior technicians (highly concerning), who would be foremost concerned with Rx operations.

Store Operations/Processing

8. New centrifuges ordered today, plans to place in store next week. Very little time to test in WAG PHX stores. pBCD switch would necessitate new rotors. We haven't even tried this out in the Palo Alto store yet— should we test this there first?

9. LiHep-only and EDTA-only BCDs not yet introduced to WAG technicians. Workflow is still 1 patient, 1 BCD. Email detailing change being sent tonight, though still no mention of the possibility of multiple BCDs per patient. It seems as if we are going to be drawing multiple BCDs from almost every patient at the start, but we have received no formal confirmation of this internally— is there still an effort to make the single EDTA/LiHep BCD work?

10. Workflow of BCDs separated from patient packs not yet introduced to WAG technicians. Email detailing change being sent tonight.

11. Technicians not trained on GTT workflow other than a brief mention during training. Application change should have been pushed, but none of the field team is aware of the workflow.

12. 24-hour urine aliquot & shipment workflow for Phoenix in process, not yet finalized

13. Schedule/coverage of WAG trainers, technicians not finalized, we have little insight into how this looks so far – waiting on additional trainers to go through initial training or complete follow up visits because of low scores in in-store training

14. Sputum/Feces workflow not tested, and it is unclear if we are offering tests immediately that require this type of specimen collection? We have never tested shipping feces and running a test on the sample using our shipping SOP. We can do so this week.

15. Most recent air shipment of Nanotainers from PHX came back looking different than they did prior to shipment (worse condition). Possible that box was dropped or mishandled during shipment. Concerning – have not seen this before nor have we been able to replicate it, so it's tough to explain.

Software – new build for LIS/PSC came out today

1. Attempted to calculate volume tonight in Sample Calculator app, all tests come back as "Internal Calculation Error"

2. Sandhya identified 63 CPTs on launch list today that either came back as "no record found/no volume," "we are not supporting," or did not exist in the DB altogether

3. Volume calculations not yet updated in Prod to reflect change based on gel BCDs – volume calculations all based on non-gel BCDs. Shekar's learned of this a few days ago and are in the process of implementing

4. Vacutainer to CPT matching still being QA'd in Sample Calculator

5. PSC users do not yet have ability to manually override eligibility check if eligibility check does not work – in process

6. Passport connection broken for past few days, only recognized and fixed after Loren had been looking over logs and had communicated problem to Jeff/Max, who communicated to Passport. Config change on Passport end (without our knowledge) caused this issue. Will halt all Passport testing with GSR app in short term as this likely played a part.

7. Issues with Labdaq bridge testing surfaced over the weekend, no update from Arun. Need to finalize and test with CLIA.

8. LOINC codes in Labdaq need to be mapped correctly in order for Arun to pull ref ranges from Labdaq for venous tests. Arun should have pulled ref ranges for LOINC codes that do map, and sent to Swapna, who was going to send diff to CLIA, in order to update Labdaq accordingly with Swapna's CPT to LOINC code mapping. Process began yesterday, need to follow up Thursday to ensure this is done.

9. ADVIA bridge complete, tested?

10. BD, Immulite bridges complete, tested?

11. Have not yet seen results uploaded programmatically to LIS except for CBC results. Manual entering of results in LIS is a very time-consuming process.

12. Normandy automation based on current BCD 2.1 w/ gel. Not yet ready for switch to pBCDs.

13. Switch from CPTs to TheranosIDs ongoing (not high priority)

14. Super Mario users do not have ability to reject order and communicate to PSC user that we do not offer a certain test. PSC user does not have ability to allow patient to remove specified order from requisition (in process, Jeff sent wireframes)

15. Super Mario users do not have ability to create providers/physicians in real time when order is received. Creates problems for documenting proper information in workflow (in process, Jeff sent wireframes)

Lab/Processing

1. Will be very difficult to keep volume down at stores in PHX once we go live. WAG is preparing physician sales, and has noted that Theranos lab order forms are being provided to all Take Care Clinics in the market. Normandy must be ready to process much higher volume of lab specimens in very short period of time. Reports of Sonora Quest patients talking about Theranos services.

2. ISEs on Theranos chemistries still only processed by Erez/Daniel. No further information from Daniel on when this will be automated.

3. All WAG Palo Alto finger sticks specimens still being processed by Color Chem/Cytometry/ELISA chemists. CLIA not ready to use ADVIA for Theranos pre-diluted chemistries, or Tecans.

4. ADVIAs still being used for validation. In process of switching at least 1-2 ADVIAs over to strictly Production.

5. CVs for ELISA results that we've reported recently seem very high (20-30%)

6. Max still reporting all results manually. Full testing of reporting from LIS will proceed over the next few days.

7. Numerous demos/odd orders from WAG caused mini fires last week.

## Hiring

8. Current support team is Devon/Olga/Bryan/Johnny + PMs. Any new staff would not start until next week at the earliest, assuming Sunny approves of them. Staff would need a few days of training (application, finger stick, processes, etc) before we would be comfortable putting them in store, and even that is cutting it close. Devon is the only person who can perform venous draws at this time.

9. No transcriptionists have been hired – only Anam is somewhat competent of reading lab orders as they come in (though Elena/Heather are learning). She still has very little knowledge of many tests outside of the basics.

**Max Fosque**
*Product Manager*

Theranos, Inc.

Office: 650.470.6212 | Mobile: 650.704.2834

mfosque@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com