# EXHIBIT 10

Message

| | |
|---|---|
| **From**: | Daniel Young [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DYOUNG] |
| **Sent**: | 5/10/2014 8:39:20 PM |
| **To**: | Samartha Anekal [/o=theranos organization/ou=first administrative group/cn=recipients/cn=sanekal] |
| **CC**: | Sunny Balwani [/o=theranos organization/ou=first administrative group/cn=recipients/cn=sbalwani]; Elizabeth Holmes [/o=theranos organization/ou=first administrative group/cn=recipients/cn=eholmes] |
| **Subject**: | RE: ISE Output - 5/9/2014 3:30:17 PM |

I looked back and Yan had sent the BD gel and the Poyton (Chinese vendor) gels for FT-IR analysis to identify the polymer.  The results were:

- BD gel:  Poly(neopentyl glycol sebacate)
- Poyton Gel:  Poly(dimethylsiloxane)

If we can do further analysis, that may be helpful.

-----Original Message-----
From: Daniel Young
Sent: Saturday, May 10, 2014 12:06 PM
To: Samartha Anekal
Cc: Sunny Balwani; Elizabeth Holmes
Subject: Re: ISE Output - 5/9/2014 3:30:17 PM

About a year ago we did some chemical analysis comparing the BD gel to the Chinese gel that we are using.  The formulations are completely different.  Farzin has been unable to find any other vendors for either of these gels.  If this proves to be a problem, I've been wondering if we should try to reproduce the BD gel formulation in house.

> On May 10, 2014, at 11:37 AM, "Samartha Anekal" <sanekal@theranos.com> wrote:
>
> Ok.
>
> I will also have Alex/Jian to run a characterization study on the gel so that we can get a better understanding of the composition.
>
>> On May 10, 2014, at 11:32 AM, "Daniel Young" <dyoung@theranos.com> wrote:
>>
>> That is what we have been doing.  Nishit characterized the WBC in plasma from CTN and vacutainers as the first step as I mentioned.  And now we are working to assess platelet status in the plasma.  Platelets are proving to be harder to quantify, since heparin is changing their properties compared to EDTA.  Once we know what is in this plasma, we are going to test if it makes any difference at all to ISE results in a very controlled experiment.
>>
>> We also are going to image the CTNs before and after sample extraction on the Tecan to see if the cells trapped in the gel are being disturbed and aspirated or not.
>>
>> With these data, we will know if this a an issue for us or not.
>>
>> As I mentioned, at this time, to make the most significant improvement in ISE performance, I believe our efforts on the Advia will be to most impactful.  But that does not mean that some of these pre-analytical issues may not need to be addressed as well.
>>
>>> On May 10, 2014, at 11:16 AM, "Samartha Anekal" <sanekal@theranos.com> wrote:
>>>

FOIA Confidential Treatment Requested by Theranos                                          TS-1137750

>>> We have an MSDS from them.  Derek is asking them to send us some clinical data which they have obtained from hospitals.

>>>

>>> If gel is suspect, can we do a targeted experiment to isolate it's effect?

>>>

>>>> On May 10, 2014, at 10:57 AM, "Daniel Young" <dyoung@theranos.com> wrote:

>>>>

>>>> That is why I asked if you could find out more info on the gel we are using, since I expressed concern about the cell separation performance.  Any updates on the gel constituents?

>>>>

>>>>> On May 10, 2014, at 10:52 AM, "Samartha Anekal" <sanekal@theranos.com> wrote:

>>>>>

>>>>> I would also like to be in the loop on all pre-analytical issues and experiments being done so that I can direct the CTN to do complementary investigations.  If there is a potential issue, that would help them start thinking of potential solutions and process changes.

>>>>>

>>>>>> On May 9, 2014, at 11:24 PM, "Daniel Young" <dyoung@theranos.com> wrote:

>>>>>>

>>>>>> We actually have been doing all our experiments isolating factors and not lumping any ctn potential issues with Advia related issues.  That is why we use venous samples primarily for these studies.

>>>>>>

>>>>>> All studies have continued with Advia 3.  We continue to monitor Advia 2 performance as we look to demonstrate comparability to Advia 3 so we can begin to use Advia 2 for clinical samples as well.

>>>>>>

>>>>>> -Daniel

>>>>>>

>>>>>>> On May 9, 2014, at 11:19 PM, "Sunny Balwani" <sbalwani@theranos.com> wrote:

>>>>>>>

>>>>>>> I am deeply concerned about compounding the problem.  If is is primarily an Advia issue then it is critical that ctn, coating, blood draw hypothesis are not all lumped into one pile. If other could be less contributing factors then we can address these 1 at a time. However, why have these ISE issues suddenly gotten worse?  Have we switched from one Advia to another? If I recall that is the case.

>>>>>>>

>>>>>>>

>>>>>>>

>>>>>>>> On May 9, 2014, at 11:06 PM, "Daniel Young" <dyoung@theranos.com> wrote:

>>>>>>>>

>>>>>>>> Patricia had sent out all her recent data from these studies over the last two weeks.  I found the results to be very informative in gaining insights to our blood collection process.  I and others have contributed to the design of these studies.

>>>>>>>>

>>>>>>>> Nobody has told me that she is not to be doing such studies.

>>>>>>>>

>>>>>>>> -Daniel

>>>>>>>>

>>>>>>>>> On May 9, 2014, at 10:59 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

>>>>>>>>>

>>>>>>>>> What studies is Patricia doing and why is she doing them - she is supposed to be transitioning out of ctn - and who has looked at study design etc from pctn team - we need to be extremely careful here with generating these kinds of comments (which I'm taking are coming from this) and any such experiments need to be very systematically handled.

>>>>>>>>>

>>>>>>>>> On May 9, 2014, at 10:21 PM, "Daniel Young" <dyoung@theranos.com> wrote:
>>>>>>>>>
>>>>>>>>> My concern is more about platelet clumping, possible platelet activation, and entrapment of other cells in some samples.
>>>>>>>>>
>>>>>>>>> By way of example, attached is an image for a sample collected today.  This apparent clotting led to high/critical ISE concentrations in this sample and I had to ask for a redraw.  Such levels of clotting is fairly extreme (not seen to this extent too often), but I see many milder versions of this frequently (see second photo which is fairly common).
>>>>>>>>>
>>>>>>>>> Patricia has been doing some interesting studies looking at the impact of collection times and sample quality/clotting.  This does point to some fundamental limitations/constraints regarding how our sample collection speed impacts sample quality.  I also have concerns about the apparently very high heparin concentrations in our pCTNs and how it may be impacting cells/aggregation and separation.  Further exploration of this is pending the additional platelet/WBC data in plasma which we should have tonight – and then we may initiate additional studies.
>>>>>>>>>
>>>>>>>>> That being said, as I noted, we have not yet linked WBC or platelets in the plasma from nanotainers to our typical ISE challenges.  Namely, as I mentioned, even venous samples show issues with our current ISE processes, hence our focus on resolving ISE issues on Advia right now.
>>>>>>>>>
>>>>>>>>> But I don't want to lose sight of these other potential issues that may be CTN related that we are continuing to evaluate.
>>>>>>>>>
>>>>>>>>> -Daniel
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> From: Samartha Anekal
>>>>>>>>> Sent: Friday, May 09, 2014 10:01 PM
>>>>>>>>> To: Daniel Young
>>>>>>>>> Cc: Elizabeth Holmes; Sunny Balwani
>>>>>>>>> Subject: Re: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>
>>>>>>>>> Is it a requirement to remove platelets?  With the typical centrifugation speeds we use, we don't expect to separate platelets.
>>>>>>>>>
>>>>>>>>> Also, how did we pass validation if we have always had WBCs in plasma?  The centrifugation speeds have been unchanged ever since we launched Normandy.
>>>>>>>>>
>>>>>>>>> On May 9, 2014, at 9:47 PM, "Daniel Young" <dyoung@theranos.com<mailto:dyoung@theranos.com>> wrote:
>>>>>>>>> To my knowledge, this is the first time we have ever measured WBC's in plasma in CTNs.  Based on some of the high ISE results and images of nanotainers, I became concerned that we were not getting complete cell separation with some samples.   The presence of these cells have not yet been linked back to outlier ISE results – we are still working on this. I will have the platelet numbers later tonight.
>>>>>>>>>
>>>>>>>>> Sent: Friday, May 09, 2014 9:43 PM
>>>>>>>>> To: Daniel Young
>>>>>>>>> Cc: Sunny Balwani; Samartha Anekal
>>>>>>>>> Subject: Re: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>
>>>>>>>>> Why did we not ever see this in any data with ctn before

FOIA Confidential Treatment Requested by Theranos                                              TS-1137752

>>>>>>>>>>
>>>>>>>>>> On May 9, 2014, at 9:24 PM, "Daniel Young" <dyoung@theranos.com<mailto:dyoung@theranos.com>> wrote:
>>>>>>>>>> This was indeed a set of results where most of the samples were just above the reference range on one or more of the electrolytes.  In such cases and where the sample quality looks ok, I have suggested reruns of the samples (recognizing that this is a lot of work for the CLS's).
>>>>>>>>>>
>>>>>>>>>> While we know that ISE performance clearly needs to be optimized, I do have concerns about sample quality in the CTN impacting ISE results as well.  We have now measured significant amount of WBCs in the plasma from CTN/nanotainer samples, where the WBC numbers in vacutainer plasma is 10x lower on average.  Today we were measuring platelet numbers in plasma in CTNs and venous to compare.  I have some ideas what may be causing this, but we still have some data to collect before we know for sure if this is a problem that needs to be solved or not.  More on this soon.
>>>>>>>>>>
>>>>>>>>>> From: Sunny Balwani
>>>>>>>>>> Sent: Friday, May 09, 2014 9:12 PM
>>>>>>>>>> To: Daniel Young; Elizabeth Holmes
>>>>>>>>>> Subject: Fwd: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>>
>>>>>>>>>> Seems like we are re-running pretty much every sample for ISE?
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> Begin forwarded message:
>>>>>>>>>> From: Tina Lin <tlin@theranos.com<mailto:tlin@theranos.com>>
>>>>>>>>>> Date: May 9, 2014 at 9:06:16 PM PDT
>>>>>>>>>> To: Sunny Balwani
>>>>>>>>>> <sbalwani@theranos.com<mailto:sbalwani@theranos.com>>
>>>>>>>>>> Subject: Fwd: ISE Output - 5/9/2014 3:30:17 PM I didn't want
>>>>>>>>>> to copy CLIA on all the intermediate results so this was not included in the email.
>>>>>>>>>>
>>>>>>>>>> Sent from my iPhone
>>>>>>>>>>
>>>>>>>>>> Begin forwarded message:
>>>>>>>>>> From: Daniel Young
>>>>>>>>>> <dyoung@theranos.com<mailto:dyoung@theranos.com>>
>>>>>>>>>> Date: May 9, 2014 at 6:57:07 PM PDT
>>>>>>>>>> To: Tina Lin <tlin@theranos.com<mailto:tlin@theranos.com>>
>>>>>>>>>> Cc: Curtis Schneider
>>>>>>>>>> <cschneider@theranos.com<mailto:cschneider@theranos.com>>,
>>>>>>>>>> Nishit Doshi
>>>>>>>>>> <ndoshi@theranos.com<mailto:ndoshi@theranos.com>>, Nicholas
>>>>>>>>>> Haase <nhaase@theranos.com<mailto:nhaase@theranos.com>>
>>>>>>>>>> Subject: RE: ISE Output - 5/9/2014 3:30:17 PM With image
>>>>>>>>>> comments:
>>>>>>>>>> File.Name
>>>>>>>>>>
>>>>>>>>>> Analyte
>>>>>>>>>>
>>>>>>>>>> sample.name
>>>>>>>>>>
>>>>>>>>>> CTN

FOIA Confidential Treatment Requested by Theranos

TS-1137753

```
>>>>>>>>>>
>>>>>>>>>> Results
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012234|53682
>>>>>>>>>>
>>>>>>>>>> 22862
>>>>>>>>>>
>>>>>>>>>> 113
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> cells in gel; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012234|53682
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 6.1
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012234|53682
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 150
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011946|53691
>>>>>>>>>>
>>>>>>>>>> 31980
>>>>>>>>>>
>>>>>>>>>> 112
>>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> sample looks good; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011946|53691
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.8
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000011946|53691
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 151
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011928|53689
>>>>>>>>>>
>>>>>>>>>> 24975
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> some cells in plasma; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011928|53689
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.6
>>>>>>>>>>
>>>>>>>>>> SCU001002
```

```
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000011928|53689
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 152
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011926|53698
>>>>>>>>>
>>>>>>>>> 22841
>>>>>>>>>
>>>>>>>>> 111
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> cells in gel; try rerun
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000011926|53698
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 5
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000011926|53698
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 148
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011907|53695
>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos                                         TS-1137756

```
>>>>>>>>>> 24617
>>>>>>>>>>
>>>>>>>>>> 108
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> sample looks good
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011907|53695
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.3
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000011907|53695
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 143
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011888|53688
>>>>>>>>>>
>>>>>>>>>> 22864
>>>>>>>>>>
>>>>>>>>>> 114
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> sample looks good; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011888|53688
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.6
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000011888|53688
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 150
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>> 22197
>>>>>>>>>>
>>>>>>>>>> 112
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> sample looks good; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 148
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
```

```
>>>>>>>>> AC00000000010889|53690
>>>>>>>>>
>>>>>>>>> 24189
>>>>>>>>>
>>>>>>>>> 114
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> sample shows clots; redraw needed
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000010889|53690
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 8
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000010889|53690
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 152
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000010885|53687
>>>>>>>>>
>>>>>>>>> 22213
>>>>>>>>>
>>>>>>>>> 116
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> sample looks good; try rerun
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
```

FOIA Confidential Treatment Requested by Theranos    TS-1137759

```
>>>>>>>>>>
>>>>>>>>>> AC00000000010885|53687
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010885|53687
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 158
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>> 22191
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> cells in gel; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
```

```
>>>>>>>>> 154
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000010879|53683
>>>>>>>>>
>>>>>>>>> 24198
>>>>>>>>>
>>>>>>>>> 107
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000010879|53683
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 5
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000010879|53683
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 143
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000010819|53694
>>>>>>>>>
>>>>>>>>> 24838
>>>>>>>>>
>>>>>>>>> 117
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> some cells in gel; try rerun
```

```
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010819|53694
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.6
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010819|53694
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 153
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010794|53685
>>>>>>>>>>
>>>>>>>>>> 24955
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> some cells in gel; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010794|53685
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 5.5
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
```

```
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000010794|53685
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 154
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011988|53692
>>>>>>>>>
>>>>>>>>> 24847
>>>>>>>>>
>>>>>>>>> 115
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> some cells in gel; try rerun
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000011988|53692
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 5.3
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000011988|53692
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 152
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000012044|53684
```

```
>>>>>>>>>>
>>>>>>>>>> 22385
>>>>>>>>>>
>>>>>>>>>> 110
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> sample looks good; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012044|53684
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012044|53684
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 149
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
>>>>>>>>>> 24867
>>>>>>>>>>
>>>>>>>>>> 119
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> some cells in gel; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
```

```
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 156
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>> 22739
>>>>>>>>>>
>>>>>>>>>> 116
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> sample looks good; try rerun
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 5.4
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 156
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000012222|53686
>>>>>>>>>
>>>>>>>>> 22845
>>>>>>>>>
>>>>>>>>> 113
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> sample looks good; try rerun
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000012222|53686
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 4.4
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000012222|53686
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 153
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>> 24602
>>>>>>>>>
>>>>>>>>> 118
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

TS-1137766

>>>>>>>>> some cells in gel; try rerun
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 4.8
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 151
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> From: Tina Lin
>>>>>>>>> Sent: Friday, May 09, 2014 4:36 PM
>>>>>>>>> To: Daniel Young
>>>>>>>>> Cc: Curtis Schneider; Nishit Doshi; Nicholas Haase
>>>>>>>>> Subject: RE: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>
>>>>>>>>> Review of the photos? They're here: S:\Data
>>>>>>>>> Transfer\Tina\SCU001002
>>>>>>>>>
>>>>>>>>> From: Daniel Young
>>>>>>>>> Sent: Friday, May 09, 2014 4:34 PM
>>>>>>>>> To: Tina Lin
>>>>>>>>> Cc: Curtis Schneider; Nishit Doshi; Nicholas Haase
>>>>>>>>> Subject: RE: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>
>>>>>>>>> Results:
>>>>>>>>> File.Name
>>>>>>>>>
>>>>>>>>> Analyte
>>>>>>>>>

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>> sample.name
>>>>>>>>>
>>>>>>>>> CTN
>>>>>>>>>
>>>>>>>>> Results
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000012234|53682
>>>>>>>>>
>>>>>>>>> 22862
>>>>>>>>>
>>>>>>>>> 113
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000012234|53682
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 6.1
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000012234|53682
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 150
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011946|53691
>>>>>>>>>
>>>>>>>>> 31980
>>>>>>>>>
>>>>>>>>> 112
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011946|53691
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.8
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000011946|53691
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 151
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011928|53689
>>>>>>>>>>
>>>>>>>>>> 24975
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011928|53689
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.6
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>> AC00000000011928|53689
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 152
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011926|53698
>>>>>>>>>>
>>>>>>>>>> 22841
>>>>>>>>>>
>>>>>>>>>> 111
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000011926|53698
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000011926|53698
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 148
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000011907|53695
>>>>>>>>>>
>>>>>>>>>> 24617
>>>>>>>>>>
>>>>>>>>>> 108
>>>>>>>>>>
>>>>>>>>>> SCU001002
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000011907|53695
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 4.3
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000011907|53695
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 143
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011888|53688
>>>>>>>>>
>>>>>>>>> 22864
>>>>>>>>>
>>>>>>>>> 114
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000011888|53688
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 4.6
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000011888|53688
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 150
>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>> 22197
>>>>>>>>>>
>>>>>>>>>> 112
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010979|53696
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 148
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010889|53690
>>>>>>>>>>
>>>>>>>>>> 24189
>>>>>>>>>>
>>>>>>>>>> 114
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010889|53690
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 8
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010889|53690
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 152
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010885|53687
>>>>>>>>>>
>>>>>>>>>> 22213
>>>>>>>>>>
>>>>>>>>>> 116
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010885|53687
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010885|53687
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 158
>>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos          TS-1137773

```
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>> 22191
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010840|53680
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 154
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010879|53683
>>>>>>>>>>
>>>>>>>>>> 24198
>>>>>>>>>>
>>>>>>>>>> 107
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010879|53683
```

```
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010879|53683
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 143
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000010819|53694
>>>>>>>>>>
>>>>>>>>>> 24838
>>>>>>>>>>
>>>>>>>>>> 117
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000010819|53694
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.6
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000010819|53694
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 153
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000010794|53685
>>>>>>>>>
>>>>>>>>> 24955
>>>>>>>>>
>>>>>>>>> 117
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000010794|53685
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 5.5
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000010794|53685
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 154
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000011988|53692
>>>>>>>>>
>>>>>>>>> 24847
>>>>>>>>>
>>>>>>>>> 115
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000011988|53692
```

FOIA Confidential Treatment Requested by Theranos

```
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> 5.3
>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>>> AC00000000011988|53692
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> 152
>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>>> AC00000000012044|53684
>>>>>>>>>
>>>>>>>>>> 22385
>>>>>>>>>
>>>>>>>>>> 110
>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>
>>>>>>>>>> AC00000000012044|53684
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> 4.9
>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>>> AC00000000012044|53684
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>> 149
>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
>>>>>>>>>> 24867
>>>>>>>>>>
>>>>>>>>>> 119
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.5
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012143|53681
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 156
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>> 22739
>>>>>>>>>>
>>>>>>>>>> 116
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>>

```
>>>>>>>>>>
>>>>>>>>>> 5.4
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012172|53693
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 156
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Cl
>>>>>>>>>>
>>>>>>>>>> AC00000000012222|53686
>>>>>>>>>>
>>>>>>>>>> 22845
>>>>>>>>>>
>>>>>>>>>> 113
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> K
>>>>>>>>>>
>>>>>>>>>> AC00000000012222|53686
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 4.4
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>> Na
>>>>>>>>>>
>>>>>>>>>> AC00000000012222|53686
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> 153
>>>>>>>>>>
>>>>>>>>>> H
>>>>>>>>>>
```

FOIA Confidential Treatment Requested by Theranos

>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Cl
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>> 24602
>>>>>>>>>
>>>>>>>>> 118
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> K
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 4.8
>>>>>>>>>
>>>>>>>>> SCU001002
>>>>>>>>>
>>>>>>>>> Na
>>>>>>>>>
>>>>>>>>> AC00000000012227|53697
>>>>>>>>>
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> 151
>>>>>>>>>
>>>>>>>>> H
>>>>>>>>>
>>>>>>>>>
>>>>>>>>> From: Tina Lin
>>>>>>>>> Sent: Friday, May 09, 2014 3:47 PM
>>>>>>>>> To: Daniel Young
>>>>>>>>> Cc: Curtis Schneider; Nishit Doshi; Nicholas Haase
>>>>>>>>> Subject: FW: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>
>>>>>>>>> Please review.
>>>>>>>>>
>>>>>>>>> The _updated.csv file has the correct number of digits after decimal as well as CTN barcodes.
>>>>>>>>>
>>>>>>>>> Photos will be here shortly: S:\Data Transfer\Tina\SCU001002
>>>>>>>>>
>>>>>>>>> From: Customer Service
>>>>>>>>> Sent: Friday, May 09, 2014 3:30 PM
>>>>>>>>> To: Arunkumar Chockaiyan

FOIA Confidential Treatment Requested by Theranos

TS-1137780

>>>>>>>>>> Cc: Arunkumar Chockaiyan; Tina Lin
>>>>>>>>>> Subject: ISE Output - 5/9/2014 3:30:17 PM
>>>>>>>>>>
>>>>>>>>>> Results for...
>>>>>>>>>> SCU
>>>>>>>>>>
>>>>>>>>>> SCU001002
>>>>>>>>>>
>>>>>>>>>>
>>>>>>>>>> <HCT_SCU001002_0000000000024189_5.png>
>>>>>>>>>> <HCT_SCU001002_0000000000024602_5.png>

FOIA Confidential Treatment Requested by Theranos