# EXHIBIT 11

| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com]; Samartha Anekal[sanekal@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Tue 5/13/2014 4:51:32 PM |
| **Importance:** | Normal |
| **Subject:** | Fwd: AZ PSC Reports 5/12 |
| **Received:** | Tue 5/13/2014 4:51:32 PM |

Astonishing number of ctn failures.

Begin forwarded message:

> **From:** Ryan Karpel <rkarpel@theranos.com>
> **Date:** May 13, 2014 at 9:44:34 AM PDT
> **To:** WAGDAILYREPORT <WAGDAILYREPORT@theranos.com>
> **Subject: RE: AZ PSC Reports 5/12**
>
> Team, to further clarify, the "private investigator" at 11610 was not at the PSC to investigate Theranos, but rather this was just the customer's job title. He referenced the fact that we provide the check-in technician's first name and last name on the payment summary form given to customers. He said we might want to change that just to display the technician's initials, given how much information is accessible online if you have someone full first name and last name.
>
> **Ryan Karpel**
> Program Manager
> Theranos, Inc.
>    Office: 650-213-0437
>    Cell:  480-845-8651
>    rkarpel@theranos.com
>
> PRIVILEGED AND CONFIDENTIAL COMMUNICATION
>
> IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
>
> Theranos, Inc.,   1601 S California Avenue,   Palo Alto,   CA,   94304
> 650-838-9292 | www.theranos.com
>
> ---
>
> **From:** Ryan Karpel
> **Sent:** Tuesday, May 13, 2014 8:04 AM
> **To:** WAGDAILYREPORT
> **Subject:** AZ PSC Reports 5/12
>
> All,
>
> Please see AZ PSC reports below for Monday, May 12th.

| Arizona Market Summary 5/12 ||
|---|---|
| **Store** | **Customer Volume** |
| 3464 (Volume until 8 PM) | 10 |
| 4046 (Volume until 8 PM) | 3 |
| 11610 (volume until 8 PM) | 3 |

FOIA Confidential Treatment Requested by Theranos                          TS-0812982

| | |
|---|---|
| 5453 (volume until 8 PM) | 2 |
| 1272 (volume until 8 PM) | 5 |
| 3163 (volume until 8 PM) | 2 |
| 3132 (volume until 8 PM) | 4 |
| 3177 (volume until 8 PM) | 4 |
| 4139 (volume until 8 PM) | 3 |
| 3789 (volume until 8 PM) | 1 |
| | |
| Total | 37 |

**Store 3163 Summary**

**Total Customers**: 2
**Total Specimens Collected**: 4
  **Total CTNs**: 0
**Total Vacutainers**: 4
  **Total other collection containers**: 0
**Total Lancets used**: 0
**Total Needles used**: 2
**IT/PSC App Issues**:
**General Notes**:

**3163 Customer Notes**

**Customer number**: 1
**Time Customer Arrived**: 7:30 AM
**Check in Technician**: Emily, WAG technician
**Check in time (Total)**: 3 minutes
**Perform Technician**: Shuree, Theranos Phlebotomist
**Procedure time (Total)**: 10 minutes
**Needles used**: 1
**Collection Containers**: 2 Vacutainers
**Notes**: New customer who attempted to have her blood drawn on Saturday but arrived after 3 PM and a phlebotomist was not present.

**Customer number**: 2
**Time Customer Arrived**: 8:00AM
**Check in Technician**: Emiliy, WAG technician
**Check in time (Total)**: 4 minutes
**Perform Technician**: Shuree, Theranos Phlebotomist
**Procedure time (Total)**: 7 minutes
**Needles used**: 1
**Collection Containers**: 2 vacutainers
**Notes**: Return customer who has a standing order.


**Store 5453 Summary**

**Total Customers**: 2
**Total Specimens Collected**: 3

**Total CTNs**: 3
**Total Vacutainers**: 0
**Total other collection containers**: 0
**Total Lancets used**: 4
**Total Needles used**: 0
**IT/PSC App Issues**:
**General Notes**:

### 5453 Customer Notes

**Customer number:** 1
**Time Customer Arrived:** 9:35 AM
**Check in Technician:** Kelly, WAG technician
**Check in time (Total):** 10 minutes
**Perform Technician:**  Kelly, WAG technician
**Procedure time (Total):** 20 minutes
**Lancets used:** 3
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Gerald Asin. The first stick was successful. The second stick was unsuccessful because the CTN did not fully evacuate both channels. The third and final stick was successful. The additional stick is what delayed the procedure time.

**Customer number:** 2
**Time Customer Arrived:** 11:07 AM
**Check in Technician:** Kelly, WAG technician
**Check in time (Total):** 4 minutes
**Perform Technician:**  Cassie, WAG technician
**Procedure time (Total):** 7 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer referred by Dr. Ruth Eckert. The customer was very pleased with our prices and loves that she only needed one finger stick to have her tests run.


### Store 4046 Summary

**Total Customers**:  3
**Total Specimens Collected**: 4
**Total CTNs**: 4
**Total Vacutainers**:  0
**Total other collection containers**: 0
**Total Lancets used**: 8
**Total Needles used**: 0
**IT/PSC App Issues**:
**General Notes**:

### 4046 Customer Notes

**Customer number:** 1
**Time Customer Arrived:** 9:35 AM
**Check in Technician:** Candice, WAG technician
**Check in time (Total):** 9 minutes
**Perform Technician:**  Candice, WAG technician
**Procedure time (Total):** 10 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer referred by Dr. Mindy Staler.

**Customer number:** 2
**Time Customer Arrived:** 3:50 PM
**Check in Technician:** Peggy, WAG technician

**Check in time (Total):** 4 minutes
**Perform Technician:** Peggy, WAG technician
**Procedure time (Total):** 22 minutes
**Lancets used:** 3
**Collection Containers:** 1 CTN
**Notes:** New customer who was a 2-yr old. The first two sticks failed; the first finger stick failed because the customer clotted quickly and the second stick failed because one of the channels did not completely evacuate. The third stick was successful.

**Customer number:** 3
**Time Customer Arrived:** 4:23 PM
**Check in Technician:** Peggy, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Peggy, WAG technician
**Procedure time (Total):** 25 minutes
**Lancets used:** 4
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Mindy Staler. The first two sticks failed because one channel did not evacuate when the technician activated the CTN; this happened on both attempts. The final two finger sticks were successful.

**Store 1272 Summary**

**Total Customers:** 5
**Total Specimens Collected:** 7
    **Total CTNs:** 5
**Total Vacutainers:** 2
    **Total other collection containers:** 0
**Total Lancets used:** 9
**Total Needles used:** 3
**IT/PSC App Issues:**
**General Notes:**

**1272 Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 6:10 AM
**Check in Technician:** Merisa, WAG technician
**Check in time (Total):** 20 minutes
**Perform Technician:** Merissa, WAG technician/Danielle, Theranos Phlebotomist
**Procedure time (Total):** 40 minutes
**Lancets used:** 5
**Collection Containers:** 2 CTN
**Notes:** This customer arrived with his father and younger brother. The check-in was delayed this customer checked in at the same time as his younger brother (Customer 2). The first stick by Merissa (WAG tech) was successful. The second stick was unsuccessful because the customer clotted. On the third stick, the enough blood was collected, but one channel did not completely evacuate when the CTN was activated. The same thing happened on fourth stick, which our phlebotomist performed. Our phlebotomist called Customer Support at this time and they advised our phlebotomist to stick the customer's pinky The fifth stick was successful.

**Customer number:** 2
**Time Customer Arrived:** 6:10 AM
**Check in Technician:** Merisa, WAG technician
**Check in time (Total):** 20 minutes (combined with Customer 1)
**Perform Technician:** Danielle, Theranos Phlebotomist
**Procedure time (Total):** 40 minutes
**Needles used:** 2
**Collection Containers:** 0
**Notes:** This customer, a two-year old boy, was the younger brother of Customer 1. The customer would not sit still. Our phlebotomist asked his father to hold him down while she attempted to apply the tourniquet. Our phlebotomist attempted to stick the customer twice, but the customer pulled the needles out both times. The boy was hysterical and was crying. The

father expressed that he wanted to wait a few days before bringing his son back to either this location (1272) or another WAG location.

**Customer number:** 3
**Time Customer Arrived:** 9:46 AM
**Check in Technician:** Abril, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Merisa, WAG technician/Danielle, Theranos Phlebotomist
**Procedure time (Total):** 10 minutes
**Lancets used:** 3
**Collection Containers:** 2 CTNs
**Notes:** New customer. The first stick was successful. The second stick was unsuccessful because the customer clotted before enough blood was collected. Our phlebotomist stepped in on the third stick, which was successful. The customer said she typically pays $100+ for her lab work, but with us, paid a quarter of that amount. She said she will be referring her mother-in-law to Theranos.

**Customer number:** 4
**Time Customer Arrived:** 11:35 AM
**Check in Technician:** Abril, WAG technician
**Check in time (Total):** 11 minutes
**Perform Technician:** Corey Theranos Phlebotomist
**Procedure time (Total):** 10 minutes
**Needles used:** 1
**Collection Containers:** 2 Vacutainers
**Notes:** New customer.

**Customer number:** 5
**Time Customer Arrived:** 7:52 PM
**Check in Technician:** Steven, WAG technician
**Check in time (Total):** 7 minutes
**Perform Technician:** Corey Theranos Phlebotomist
**Procedure time (Total):** 15 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer who is an autistic teenager. The customer arrived with his mother. The pharmacy was very busy and the check-in technician asked our phlebotomist if she could do the draw. The customer and his mother were very happy with the process and said they will be back the next time they have lab work.


**Store 3464 Summary**

**Total Customers:** 10
**Total Specimens Collected:** 22
    **Total CTNs:** 8
**Total Vacutainers:** 13
    **Total other collection containers:** 1 Urine
**Total Lancets used:** 9
**Total Needles used:** 6
**IT/PSC App Issues:**
    ▢    Phlebotomist noted "computer failure" for Customer 10. Ryan K is following up to identify root cause.
**General Notes:**

**3464 Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 6:00 AM
**Check in Technician:** Monica, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Teresa, Theranos Phlebotomist
**Procedure time (Total):** 8 minutes
**Needles used:** 2

**Collection Containers:** 1 Vacutainer
**Notes:** New Spanish-speaking customer. Per our phlebotomist, the customer had very deep veins and it was a very difficult draw; the first stick failed. The second stick was a success. The customer (13yr old) and his mother said the experience was Theranos was much better than previous experiences elsewhere.

**Customer number:** 2
**Time Customer Arrived:** 10:26 AM
**Check in Technician:** Chris, WAG technician
**Check in time (Total):** 32 minutes
**Perform Technician:** Theresa, Theranos Phlebotomist
**Procedure time (Total):** 5 minutes
**Needles used:** 1
**Collection Containers:** 3 Vacutainers
**Notes:** New customer referred by Dr. Lopez. The check-in was delayed because CS had to call the customer's physician to clarify the tests ordered.

**Customer number:** 3
**Time Customer Arrived:** 11:17 AM
**Check in Technician:** Chris, WAG technician
**Check in time (Total):** 9 minutes
**Perform Technician:** Monica, WAG technician
**Procedure time (Total):** 9 minutes
**Lancets used:** 3
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Yunis. The second stick failed because the right channel did not evacuate completely. The third stick was successful.

**Customer number:** 4
**Time Customer Arrived:** 11:30 AM
**Check in Technician:** Chris, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Andriana, Theranos Phlebotomist
**Procedure time (Total):** 15 minutes
**Needles used:** 1
**Collection Containers:** 3 Vacutainers, 1 Urine
**Notes:** New customer referred by Dr. Onisile. Procedure time was delayed due to urine collection.

**Customer number:** 5
**Time Customer Arrived:** 1:05 PM
**Check in Technician:** Monica, WAG technician
**Check in time (Total):** 6 minutes
**Perform Technician:** Monica, WAG technician
**Procedure time (Total):** 5 minutes
**Lancets used:** 2
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Robles.

**Customer number:** 6
**Time Customer Arrived:** 1:30 PM
**Check in Technician:** Monica, WAG technician
**Check in time (Total):** 6 minutes
**Perform Technician:** Monica, WAG technician
**Procedure time (Total):** 4 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** Return customer referred Dr. Hsu.

**Customer number:** 7
**Time Customer Arrived:** 2:00 PM
**Check in Technician:** Monica, WAG technician
**Check in time (Total):** 5 minutes

**Perform Technician:** Teresa, Theranos Phlebotomist
**Procedure time (Total):** 7 minutes
**Needles used:** 1
**Collection Containers:** 4 Vacutainers
**Notes:** New customer referred by Dr. Lattrell

**Customer number:** 8
**Time Customer Arrived:** 2:10 PM
**Check in Technician:** Annie, WAG technician
**Check in time (Total):** 14 minutes
**Perform Technician:**  Annie, WAG technician
**Procedure time (Total):** 5 minutes
**Lancets used:** 2
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Robles.

**Customer number:** 9
**Time Customer Arrived:** 3:38 PM
**Check in Technician:** Annie, WAG technician
**Check in time (Total):** 6 minutes
**Perform Technician:**  Annie, WAG technician
**Procedure time (Total):** 5 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** Return customer referred by Dr. Hernandez


**Customer number:** 10
**Time Customer Arrived:** 4:07 PM
**Check in Technician:** Annie, WAG technician
**Check in time (Total):** 31 minutes
**Perform Technician:**  Andriana, Theranos Phlebotomist
**Procedure time (Total):** 5 minutes
**Needles used:** 1
**Collection Containers:** 2 Vacutainer.
**Notes:** New customer referred by Dr. Hernandez. Check-in was delayed due to "computer failure" (Ryan K is following up), thus requiring a manual check-in.


**Store 3132 Summary**

**Total Customers**:  3
**Total Specimens Collected:** 6
    **Total CTNs**: 5
**Total Vacutainers**:  0
    **Total other collection containers**: 1 Urine
**Total Lancets used**: 8
**Total Needles used**: 0
**IT/PSC App Issues**:
**General Notes**:

**3132 Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 12:55 PM
**Check in Technician:** Dan, WAG technician
**Check in time (Total):** 26 minutes
**Perform Technician:**  Dan, WAG technician
**Procedure time (Total):** 15 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN, 1 Urine

**Notes:** New customer referred by Dr. Pankha. The check-in was delayed because the customer left his coupon at home and was waiting for someone to bring it to him. The customer was a little upset that he was going to have to go to another lab to get his urine culture done.

**Customer number:** 2
**Time Customer Arrived:** not reported
**Check in Technician:** Michelle, WAG technician
**Check in time (Total):** 20 minutes
**Perform Technician:** Dan, WAG technician
**Procedure time (Total):** 25 minutes
**Lancets used:** 4
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by Dr. Kajoni. The customer is a NP at Dr. Kajoni's practice and came in to check us out. The check-in was delayed because the customer wanted to experience the finger stick, but per the tests she ordered, the app prompted venipuncture. The technician called customer support and customer support informed the technician which tests to remove to make it a finger stick. The customer told the technician in the PSC Perform that she had been drinking beer all weekend and was dehydrated. The first stick was successful. The second and third stick (completed by our phlebotomist) was not successful because the customer clotted within 10 seconds both times. The fourth stick, done by our phlebotomist, was successful.

**Customer number:** 3
**Time Customer Arrived:** not reported
**Check in Technician:** Michelle, WAG technician
**Check in time (Total):** 28 minutes
**Perform Technician:** Susy, Theranos Phlebotomist
**Procedure time (Total):** 5 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** Return customer. Check-in was delayed due to Customer 2's visit.

**Customer number:** 4
**Time Customer Arrived:** not reported
**Check in Technician:** Michelle, WAG technician
**Check in time (Total):** 10 minutes
**Perform Technician:** Susy, Theranos Phlebotomist
**Procedure time (Total):** 10 minutes
**Lancets used:** 2
**Collection Containers:** 1 CTN
**Notes:** Return customer. The first stick was unsuccessful because of an air bubble bigger than the indicator window. The second stick was successful.

**Store 11610 Summary**

**Total Customers:** 3
**Total Specimens Collected:** 7
    **Total CTNs:** 5
**Total Vacutainers:** 0
    **Total other collection containers:** 0
**Total Lancets used:** 5
**Total Needles used:** 1
**IT/PSC App Issues:**
**General Notes:**
    Π   Per the phlebotomist's notes for Customer 2, a "private investigator" visited the PSC. Ryan K is following up with the phlebotomist to get more information about this customer and the questions he was asking.

**11610 Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 8:01 AM
**Check in Technician:** Clarissa, WAG technician
**Check in time (Total):** 9 minutes

**Perform Technician:** Clarissa, WAG technician
**Procedure time (Total):** 20 minutes
**Lancets used:** 2
**Collection Containers:** 2 CTNs, 1 Urine
**Notes:** New customer. The procedure time was delayed due to the urine collection.

**Customer number:** 2
**Time Customer Arrived:** 8:01 AM
**Check in Technician:** Clarissa, WAG technician
**Check in time (Total):** 4 minutes
**Perform Technician:** Dustin, WAG technician
**Procedure time (Total):** 5 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer. This customer said he was a "Private Investigator" and gave suggestions to our phlebotomist about I.D. security. He stated that we should not put our technician's names on the "papers that go home with patients". He stated it is very easy to look someone up via their first/last name and advised us to use initials or an assisned number in the spot of a technician's full name.

**Customer number:** 3
**Time Customer Arrived:** 12:40 PM
**Check in Technician:** Clarissa, WAG technician
**Check in time (Total):** 20 minutes
**Perform Technician:** Shaelyn, Theranos Phlebotomist
**Procedure time (Total):** 45 minutes
**Lancets used:** 2
**Needles used:** 1
**Collection Containers:** 2 CTNs
**Notes:** New customer that was a 2-year old. Check-in was delayed because the customer did not come in with a lab order. There was only one test that was causing the visit to be a venipuncture. Our phlebotomist attempted to complete the draw via venipuncture but was unsuccessful. The mother of the customer then called the customer's physician to explain that if she removed one test from the order, the draw would be a finger stick. A refund was issues for the one test and our phlebotomist proceeded with performing the finger sticks. The procedure time was delayed because there were a total of three young children in the Perform room during the specimen collection. The mother was very appreciative of our team's patience and persistence in getting the tests done.


**Store 3177 Summary**

**Total Customers:** 4
**Total Specimens Collected:** 8
  **Total CTNs:** 4
**Total Vacutainers:** 4
  **Total other collection containers:** 0
**Total Lancets used:** 4
**Total Needles used:** 2
**IT/PSC App Issues:**
**General Notes:**

**3177 Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 11:20 AM
**Check in Technician:** Justin, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Chris, Theranos Phlebotomist
**Procedure time (Total):** 10 minutes
**Needles used:** 2
**Collection Containers:** 2 Vacutainers
**Notes:** The first stick was unsuccessful because the vein identified by our phlebotomist was "not suitable"; not blood was

able to be drawn from this vein. The phlebotomist stuck the customer again in the customer's AC and the draw was successful.

**Customer number:** 2
**Time Customer Arrived:** 12:23 PM
**Check in Technician:** Justin, WAG technician
**Check in time (Total):** 5 minutes
**Perform Technician:** Basma, WAG technician
**Procedure time (Total):** 30 minutes
**Lancets used:** 3
**Collection Containers:** 3 CTNs
**Notes:** New customer who came in to have the same lab work she had done at Sonora Quest last week. All three sticks were successful and the customer said she really enjoyed her experience and would definitely be back.

**Customer number:** 3
**Time Customer Arrived:** 11:20 AM
**Check in Technician:** Justin, WAG technician
**Check in time (Total):** 6 minutes
**Perform Technician:** Michelle, Theranos Phlebotomist
**Procedure time (Total):** 10 minutes
**Needles used:** 1
**Collection Containers:** 2 Vacutainers
**Notes:** New customer.

**Customer number:** 4
**Time Customer Arrived:** 2:18 PM
**Check in Technician:** Basma, WAG technician
**Check in time (Total):** 7 minutes
**Perform Technician:** Basma, WAG technician
**Procedure time (Total):** 6 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer referred by Dr. Burnstein.

## Store 3789 Summary

**Total Customers:** 1
**Total Specimens Collected:**
    **Total CTNs:** 3
**Total Vacutainers:** 0
    **Total other collection containers:** 0
**Total Lancets used:** 4
**Total Needles used:** 0
**IT/PSC App Issues:**
**General Notes:**

## 3789 Customer Notes

**Customer number:** 1
**Time Customer Arrived:** 6:00 PM
**Check in Technician:** Paul, WAG technician
**Check in time (Total):** 20 minutes
**Perform Technician:** Amy, WAG technician/ Andrew, Theranos Phlebotomist
**Procedure time (Total):** 18 minutes
**Lancets used:** 4
**Collection Containers:** 2 CTNs
**Notes:** New customer referred by First Family Medical Group. The check-in was delayed due to a delay in transcription. We ended up not offering one of the tests ordered. The first stick was successful The second stick failed because there was blood left in one of the channels (past the indicator window) after activation. The third stick failed because the technician held the CTN at an angle, causing an air bubble to form. The fourth stick, done by our phlebotomist, was successful.

**Store 4139 Summary**

**Total Customers**:  3
**Total Specimens Collected**: 10
    **Total CTNs**: 5
**Total Vacutainers**:  3
    **Total other collection containers**: 2 Urine
**Total Lancets used**: 7
**Total Needles used**: 1
**IT/PSC App Issues**:
    Π    PSC Perform computer issues for Customer 1. Ryan K is following up.
**General Notes**:

**4139  Customer Notes**

**Customer number:** 1
**Time Customer Arrived:** 8:25 AM
**Check in Technician:** Jon, WAG technician
**Check in time (Total):** 10 minutes
**Perform Technician:**  Jon, WAG technician/ Melodie, Theranos Phlebotomist
**Procedure time (Total):** 53 minutes
**Lancets used:** 5
**Collection Containers:** 3 CTNs, 1 Urine
**Notes:** New customer who was a Spanish-speaker; there was no Spanish-speak technician or phlebotomist on-site, so communication was limited. The first and third stick was successful. The second and fourth sticks were unsuccessful due to the customer clotting quickly. Our phlebotomist performed the fifth stick, which was successful. The procedure time was delayed due to the additional sticks, the urine collection, and issues with the computer (Ryan K is following up).

**Customer number:** 2
**Time Customer Arrived:** 11:00 AM
**Check in Technician:** Jon, WAG technician
**Check in time (Total):** 7 minutes
**Perform Technician:**  Jon, WAG technician
**Procedure time (Total):** 24 minutes
**Lancets used:** 2
**Collection Containers:** 2 CTNs, 1 Urine
**Notes:** New customer referred by the WAG clinic. The customer is uninsured and does not have a care; he was very appreciative of our affordability and convenience. The procedure time was delayed due to urine collection.

**Customer number:** 3
**Time Customer Arrived:** 4:32 PM
**Check in Technician:** Desiree, WAG technician
**Check in time (Total):** 10 minutes
**Perform Technician:**  Kala, Theranos Phlebotomist
**Procedure time (Total):** 12 minutes
**Needles used:** 1
**Collection Containers:** 3 Vacutainers
**Notes:** New customer referred by Dr. Dammus.

FOIA Confidential Treatment Requested by Theranos

**Ryan Karpel**
Program Manager
Theranos, Inc.
    Office: 650-213-0437
    Cell:  480-845-8651
    rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc.,   1601 S California Avenue,   Palo Alto,   CA,   94304
650-838-9292 | www.theranos.com