# EXHIBIT 12

**To:** Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Thur 5/15/2014 5:18:41 PM
**Importance:** Normal
**Subject:** RE: AZ PSC Reports 5/14
**Received:** Thur 5/15/2014 5:18:40 PM

I just took a look at it. We'll break up the reports. Absolutely not all these people need all this data. In fact, some of these people also don't need to be getting these reports.

**From:** Sunny Balwani
**Sent:** Thursday, May 15, 2014 10:16 AM
**To:** Elizabeth Holmes
**Subject:** RE: AZ PSC Reports 5/14

See below. WAGDAILYREPORT alias which you are part of

**From:** Elizabeth Holmes
**Sent:** Thursday, May 15, 2014 10:16 AM
**To:** Sunny Balwani
**Subject:** RE: AZ PSC Reports 5/14

Who does this go to now?

**From:** Sunny Balwani
**Sent:** Thursday, May 15, 2014 10:15 AM
**To:** Elizabeth Holmes
**Subject:** FW: AZ PSC Reports 5/14

Consider undoing this gently so doesn't look bad now.

**From:** Sunny Balwani
**Sent:** Thursday, May 15, 2014 10:15 AM
**To:** Elizabeth Holmes
**Subject:** FW: AZ PSC Reports 5/14

You really wanted this information as part of this report that goes to so many people? I think this is really bad idea.

**From:** Ryan Karpel
**Sent:** Thursday, May 15, 2014 8:29 AM
**To:** WAGDAILYREPORT
**Subject:** AZ PSC Reports 5/14

Team,

Please see AZ PSC reports below for Wednesday, May 14th. Please note the three added columns:

- **# of Finger Stick Patients**: total number of patients at a respective store who were finger stick draws
- **Finger Stick Patients Requiring Multiple Sticks**: total number of patients who experienced an additional stick (i.e. one CTN was required and the patient had 2+ sticks)
- **# of CTN Issues**: total number of CTN-related issues (i.e. air-bubbles, channels not evacuating when activated, etc.). This exclude collection issues such as patient clotting.

.

| Arizona Market Summary 5/14 | | | | |
|---|---|---|---|---|
| Store | Patient Volume | # of Finger Sticks Patients | Finger Stick Patients Requiring Multiple Sticks | # of CTN Issues |

FOIA Confidential Treatment Requested by Theranos                                                                TS-0813437

| | | | | |
|---|---|---|---|---|
| 4046 (Volume until 8 PM) | 6 | 3 | 1 | 0 |
| 11610 (volume until 8 PM) | 2 | 1 | 0 | 0 |
| 5453 (volume until 8 PM) | 7 | 4 | 0 | 1 |
| 1272 (volume until 8 PM) | 4 | 3 | 1 | 1 |
| 3163 (volume until 8 PM) | 1 | 0 | 0 | 0 |
| 3132 (volume until 8 PM) | 1 | 1 | 1 | 0 |
| 3177 (volume until 8 PM) | 0 | 0 | 0 | 0 |
| 4139 (volume until 8 PM) | 5 | 2 | 2 | 0 |
| 3789 (volume until 8 PM) | 1 | 1 | 1 | 0 |
| | | | | |
| Total | 33 | 18 | 5 | 2 |

**Percentage of finger stick patients**: 54.45%
**Percentage of finger stick patients who experienced multiple sticks**: 27%

*Please note most PSCs experienced computer issues due to packet loss between our firewall and ISP switch.*

## Store 4046 Summary

**Total Customers:**  6
**Total Specimens Collected**: 17
        **Total CTNs**: 7
**Total Vacutainers:**  9
        **Total other collection containers**: 1 Urine
**Total Lancets used**: 8
**Total Needles used**: 3
**IT/PSC App Issues:**
**General Notes:**

## 4046 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 7:48 AM
**Check-in technician:** Peggy, WAG technician
**Check-in time (total):**  12 minutes
**Perform technician:**  Brittany, Theranos Phlebotomist
**Procedure time (total):**  6 minutes
**Needles used:** 1

**Collection Containers:**  3 Vacutainers
**Notes:**  Customer was referred by Steven Bescek.

**Patient Number:** 2
**Time patient arrived:** 8:19 AM
**Check-in technician:** Peggy, WAG technician
**Check-in time (total):**  6  minutes
**Perform technician:**  Brittany, Theranos Phlebotomist
**Procedure time (total):**  16 minutes
**Needles used:** 1
**Collection Containers:**  3 Vacutainers, 1 Urine
**Notes:**  Customer was referred by Hanne Matero.

**Patient Number:** 3
**Time patient arrived:** 8:36 AM
**Check-in technician:** Peggy, WAG technician
**Check-in time (total):**  4 minutes
**Perform technician:**  Peggy, WAG technician
**Procedure time (total):**  24 minutes
**Lancets used:** 1
**Collection Containers:**   3 CTNs
**Notes:**  Procedure time was delayed because the WAG technician was very nervous and was taking her time with each stick.

**Patient Number:** 4
**Time patient arrived:** 9:39 AM
**Check-in technician:** Peggy, WAG technician
**Check-in time (total):**  4 minutes
**Perform technician:**  Peggy, WAG technician
**Procedure time (total):**  26 minutes
**Lancets used:** 4
**Collection Containers:**   3 CTNs
**Notes:**  Customer was referred by Linda Stevens. The first stick (pink lancet) was unsuccessful because the customer clotted quickly. The final three sticks (blue lancet) were successful. The urine collection also delayed the procedure time.

**Patient Number:** 5
**Time patient arrived:** 10:05 AM
**Check-in technician:** Candice, WAG technician
**Check-in time (total):**  4 minutes
**Perform technician:**  Brittany, Theranos Phlebotomist
**Procedure time (total):**  9 minutes
**Needles used:** 1
**Collection Containers:**   3 Vacutainers
**Notes:**  Customer was referred by Gino Tutera

**Patient Number:** 6
**Time patient arrived:** 2:16  PM
**Check-in technician:** Marissa, WAG technician
**Check-in time (total):**  11 minutes
**Perform technician:**  Marissa, WAG technician
**Procedure time (total):**  6 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  Return customer who was back for a redraw.

**Store 3132 Summary**

**Total Customers:**  1
**Total Specimens Collected:** 3
    **Total CTNs:** 3
**Total Vacutainers:** -0
    **Total other collection containers:** 0

**Total Lancets used:** 4
**Total Needles used:** 0
**IT/PSC App Issues:**
- PSC Perform computer was moving slow due to firewall/ISP switch issues.

**General Notes:**

### 3132 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 5:00 PM
**Check-in technician:** Dan, WAG technician
**Check-in time (total):** 7 minutes
**Perform technician:** Dan, WAG technician
**Procedure time (total):** 35 minutes
**Lancets used:** 4
**Collection Containers:** 3 Vacutainers
**Notes:** The computer was moving very slow throughout the customer's time in the PSC Perform. The first stick was unsuccessful because the customer quickly. The final three sticks, using a blue lancet each time, were successful.

### Store 5453 Summary

**Total Customers:** 7
**Total Specimens Collected:** 10
  **Total CTNs:** 5
**Total Vacutainers:** 5
  **Total other collection containers:** 0
**Total Lancets used:** 6
**Total Needles used:** 3
**IT/PSC App Issues:**
- PSC Check-in and PSC Perform computer was moving slow due to firewall/ISP switch issues.
- Patient 3 – the application only informed our phlebotomist to collect 1 Vacutainer. CS was called

**General Notes:**

### 5453 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 8:00 AM
**Check-in technician:** Kelly, WAG technician
**Check-in time (total):** 18 minutes
**Perform technician:** Tiffany, Theranos Phlebotomist
**Procedure time (total):** 13 minutes
**Needles used:** 1
**Collection Containers:** 1 Vacutainer
**Notes:** New customer. The check-in was delayed due to the computer moving slow, as well as the customer missing physician information on his lab order.

**Patient Number:** 2
**Time patient arrived:** 8:00 AM
**Check-in technician:** Kelly, WAG technician
**Check-in time (total):** 25 minutes
**Perform technician:** Tiffany, Theranos Phlebotomist
**Procedure time (total):** 12 minutes
**Needles used:** 1
**Collection Containers:** 1 Vacutainer
**Notes:** New customer who arrived with Patient 1. Both procedure and check-in time were delayed due to connectivity issues.

**Patient Number:** 3
**Time patient arrived:** 8:10 AM
**Check-in technician:** Kelly, WAG technician
**Check-in time (total):** 45 minutes
**Perform technician:** Tiffany, Theranos Phlebotomist

**Procedure time (total):**  6 minutes
**Needles used:** 1
**Collection Containers:**   3 Vacutainers
**Notes:**  New customer referred by Dr. Rennardo Tan. Check-in was delayed because the patient arrived when Patient 1 & 2 were still going through check-in; cause was computer issues.

**Patient Number:** 4
**Time patient arrived:** 11:18 AM
**Check-in technician:** Peggy, WAG technician
**Check-in time (total):**  12 minutes
**Perform technician:**  Jenna, WAG technician
**Procedure time (total):**  13 minutes
**Lancets used:** 2
**Collection Containers:**   1 CTN
**Notes:**  New customer referred by Dr. John Williams. The first stick was unsuccessful because one of the channels did not completely evacuate when the CTN was activated. Both the check-in and procedure time were delayed due to the firewall/ISP issues.

**Patient Number:** 5
**Time patient arrived:** 2:30 PM
**Check-in technician:** Raquel, WAG technician
**Check-in time (total):**  8 minutes
**Perform technician:**  Raquel, WAG technician
**Procedure time (total):**  7 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  New customer who is on anticoagulant therapy and requires monthly blood monitoring. The customer was very pleased with her experience.

**Patient Number:** 6
**Time patient arrived:** 3:00 PM
**Check-in technician:** Kelly, WAG technician
**Check-in time (total):**  15 minutes
**Perform technician:**  Will, WAG technician
**Procedure time (total):**  17 minutes
**Lancets used:** 2
**Collection Containers:**   2 CTN
**Notes:**  New customer.

**Patient Number:** 7
**Time patient arrived:** 7:10 PM
**Check-in technician:** Kelly, WAG technician
**Check-in time (total):**  10 minutes
**Perform technician:**  Will, WAG technician
**Procedure time (total):**  10 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  New customer who went to the Walgreens at Pima & Pinnacle Peak to get her prescription filled and was informed there that she could get blood work done at 5453.

### Store 3464 Summary

**Total Customers:**  6
**Total Specimens Collected**: 14
- **Total CTNs**: 11
**Total Vacutainers:**  3
- **Total other collection containers**:
**Total Lancets used**: 11
**Total Needles used:** 1
**IT/PSC App Issues:**
- PSC Check-in and PSC Perform computer was moving slow due to firewall/ISP switch issue, requiring manual processing for Patient 2, 3 & 4.

**General Notes**:

**3464 Customer Notes**

**Patient Number:** 1
**Time patient arrived:** 8:55 AM
**Check-in technician:** Monica, WAG technician
**Check-in time (total):** 28 minutes
**Perform technician:** Teresa, Theranos Phlebotomist
**Procedure time (total):** 4 minutes
**Needles used:** 1
**Collection Containers:** 3 Vacutainers
**Notes:** New customer. PSC Check-in computer very slow.

**Patient Number:** 2
**Time patient arrived:** 10:02 AM
**Check-in technician:** Monica, WAG technician
**Check-in time (total):** 8 minutes
**Perform technician:** Monica, WAG technician
**Procedure time (total):** 4 minutes
**Lancets used:** 3
**Collection Containers:** 3 CTNs
**Notes:** New customer referred by Dr. Hernandez. This customer's visit was processed manually due to computer issues at the PSC Check-in and Perform. The collection was very smooth and the customer was pleased with her experience.

**Patient Number:** 3
  **Time patient arrived:** 10:02 AM
**Check-in technician:** Monica, WAG technician
**Check-in time (total):** 4 minutes
**Perform technician:** Monica, WAG technician
**Procedure time (total):** 10 minutes
**Lancets used:** 3
**Collection Containers:** 3 CTNs
**Notes:** New customer referred by Dr. Patelle. This customer's visit was processed manually due to computer issues at the PSC Check-in and Perform.

**Patient Number:** 4
  **Time patient arrived:** 3:38 PM
**Check-in technician:** Andrea, WAG technician
**Check-in time (total):** 20 minutes
**Perform technician:** Rod, WAG technician
**Procedure time (total):** 15 minutes
**Lancets used:** 3
**Collection Containers:** 3 CTNs
**Notes:** New customer referred by Dr. Hernandez. His visit was processed manually because of the computer issues.

**Patient Number:** 5
  **Time patient arrived:** 4:50 PM
**Check-in technician:** Justin, WAG technician
**Check-in time (total):** 12 minutes
**Perform technician:** Rod, WAG technician
**Procedure time (total):** 8 minutes
**Lancets used:** 1
**Collection Containers:** 1 CTN
**Notes:** New customer referred by Dr. Arkawi,

**Patient Number:** 6
  **Time patient arrived:** 6:00 PM
**Check-in technician:** Michael, WAG technician
**Check-in time (total):** 5 minutes
**Perform technician:** Rod, WAG technician

**Procedure time (total):** 10 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  Return customer who was back for a redraw. The customer asked our phlebotomist is we were having issues with our tracking system and was wondering why he had to come back.

### Store 1272 Summary

**Total Customers**: 4
**Total Specimens Collected**: 7
  **Total CTNs**: 4
**Total Vacutainers**:  3
  **Total other collection containers**: 0
**Total Lancets used**: 6
**Total Needles used**: 1
**IT/PSC App Issues**:
- PSC Check-in and PSC Perform computer was moving slow due to firewall/ISP switch issue

**General Notes**:

### 1272 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 7:11 AM
**Check-in technician:** Alfonso, WAG technician
**Check-in time (total):**  12 minutes
**Perform technician:**  Alfonso, WAG technician
**Procedure time (total):**  13 minutes
**Lancets used:** 2
**Collection Containers:**   2 CTN
**Notes:**  Return  customer. Check-in was delayed due to a jam with the printer.

**Patient Number:** 2
**Time patient arrived:** 9:29 AM
**Check-in technician:** Alfonso, WAG technician
**Check-in time (total):**  18 minutes
**Perform technician:**  Alfonso, WAG technician
**Procedure time (total):**  7 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  Return customer who has a standing order every Wednesday. She will be seeing us weekly. Check-in was delayed due to the PSC Check-in moving slowly.

**Patient Number:** 3
**Time patient arrived:** 10:35 AM
**Check-in technician:** Ruby, WAG technician
**Check-in time (total):**  17 minutes
**Perform technician:**  Ruby, WAG technician
**Procedure time (total):**  14 minutes
**Lancets used:** 1
**Collection Containers:**   1 CTN
**Notes:**  New customer who was at 1272 to get her daughter's prescription filled. She asked the pharmacists where the nearest Sonora Quest was and the pharmacists informed the patient about Theranos. Customer was a six year old girl. Check and Perform were delayed because of connectivity issues.

**Patient Number:** 1
**Time patient arrived:** 10:55
**Check-in technician:** Alfonso, WAG technician
**Check-in time (total):**  60 minutes
**Perform technician:**  Alfonso, WAG technician. Corey, Theranos Phlebotomist
**Procedure time (total):**  30 minutes
**Lancets used:** 2

FOIA Confidential Treatment Requested by Theranos

**Needles**: 1
**Collection Containers:**   3 Vacutainers
**Notes:**  Check-in was significantly delayed due to computer issues and the application constantly freezing. The first two sticks were unsuccessful; the first attempt because the customer clotted quickly and the second attempt because a CTN was not wicking properly. The customer then elected to have a venous draw. CS was contacted and our phlebotomist moved forward with the venous draw, which was successfully.

## Store 3163 Summary

**Total Customers:**  1
**Total Specimens Collected**: 3
    **Total CTNs**: 0
**Total Vacutainers**:  3
    **Total other collection containers**: 0
**Total Lancets used**: 0
**Total Needles used**: 3
**IT/PSC App Issues**:
- PSC Check-in computer was moving slow due to firewall/ISP switch issue

**General Notes**:

### 3163 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 12:05 PM
**Check-in technician:** Danielle, WAG technician
**Check-in time (total):**  40 minutes
**Perform technician:**  Patrice, Theranos Phlebotomist
**Procedure time (total):**  7 minutes
**Needles used:** 1
**Collection Containers:**   3 Vacutainers
**Notes:**  New customer referred by Dr. Hunt. Check-in was delayed due to the manual check-in process because of the application freezing.

## Store 3789 Summary

**Total Customers:**  1
**Total Specimens Collected**: 1
    **Total CTNs**: 1
**Total Vacutainers**:  0
    **Total other collection containers**: 0
**Total Lancets used**: 2
**Total Needles used**: 0
**IT/PSC App Issues**:
**General Notes**:

### 3789 Customer Notes

**Patient Number:** 1
**Time patient arrived:** 9:00 AM
**Check-in technician:** Citali, WAG technician
**Check-in time (total):**  10 minutes
**Perform technician:**  Citali, WAG technician
**Procedure time (total):**  20 minutes
**Lancets used:** 2
**Collection Containers:**   1 CTN
**Notes:**  Customer was referred by Steven Andres. The customer clotted quickly on the first stick. The second stick, using a blue lancet, was successfully.

## Store 11610 Summary

**Total Customers:**  2
**Total Specimens Collected**: 2

**Total CTNs**: 1
**Total Vacutainers**: 1
**Total other collection containers**: 10
**Total Lancets used**: 1
**Total Needles used**: 1
**IT/PSC App Issues**:
- PSC Check-in computer was moving slow due to firewall/ISP switch issue. One customer is returning tomorrow (5/15) because he was a cash-pay patient and could not be manually processed.

**General Notes**:

### 11610 Customer Notes

**Patient Number**: 1
**Time patient arrived**: 12:45 PM
**Check-in technician**: Clarissa, WAG technician
**Check-in time (total)**: 15 minutes
**Perform technician**: Clarissa, WAG technician
**Procedure time (total)**: 7 minutes
**Lancets used**: 1
**Collection Containers**: 1 CTN
**Notes**: Check-in was delayed due to computer/connectivity issues.

**Patient Number**: 2
**Time patient arrived**: 6:00 PM
**Check-in technician**: Karmen, WAG technician
**Check-in time (total)**: 10 minutes
**Perform technician**: Wendy, Theranos Phlebotomist
**Procedure time (total)**: 5 minutes
**Needles used**: 1
**Collection Containers**: 1 Vacutainer
**Notes**: Customer came in to get her prescription filled and saw Theranos signage and decided to get her lab work done, too.

### Store 4139 Summary

**Total Customers**: 5
**Total Specimens Collected**: 14
**Total CTNs**: 8
**Total Vacutainers**: 4
**Total other collection containers**: 2 Urine
**Total Lancets used**: 10
**Total Needles used**: 2
**IT/PSC App Issues**:
- PSC Perform computer was moving slow due to firewall/ISP switch issue for Patient 4.

**General Notes**:

### 4139 Customer Notes

**Patient Number**: 1
**Time patient arrived**: 7:35AM
**Check-in technician**: Ashley, WAG technician
**Check-in time (total)**: 23 minutes
**Perform technician**: Ashley, WAG technician
**Procedure time (total)**: 22 minutes
**Lancets used**: 3
**Collection Containers**: 3 CTNs
**Notes**: Customer was referred by Steven Bescek. Check-in was delayed due to a delay in transcription. Procedure time was delayed due to the number of sticks, per our phlebotomist.

**Patient Number**: 2
**Time patient arrived**: 8:15 AM
**Check-in technician**: Ashley, WAG technician

**Check-in time (total):**  3 minutes
**Perform technician:**  Ashley, WAG technician. Melodie, Theranos Phlebotomist
**Procedure time (total):**  15 minutes
**Lancets used:** 1
  **Needles used**: 1
**Collection Containers:**   2 Vacutainers
**Notes:**  Return customer. The first stick was unsuccessful due to an air-bubble that formed bigger than the indicator window. After the first stick the customer expressed an interest in just having a venous draw. CS was contacted and the containers were added.

  **Patient Number:** 3
**Time patient arrived:** 9:20 AM
**Check-in technician:** Ashley, WAG technician
**Check-in time (total):**  15 minutes
**Perform technician:**  Ashley, WAG technician
**Procedure time (total):**  30 minutes
**Lancets used:** 2
**Collection Containers:**   2 CTNs, 1 Urine
**Notes:**  Spanish-speaking patient. Check-in and procedure time were delayed due to language barrier.

  **Patient Number:** 4
**Time patient arrived:** 11:15 AM
**Check-in technician:** Ashley, WAG technician
**Check-in time (total):**  10 minutes
**Perform technician:**  Ashley, WAG technician
**Procedure time (total):** 50 minutes
**Lancets used:** 5
**Collection Containers:**   3 CTNs
**Notes:**  The first stick was successful. The second stick was unsuccessful because the customer clotted before the CTN was filled. The third stick was successful. On the fourth stick, the customer clotted again before the CTN was filled. The fifth stick was successful. PSC Perform computer went down during the specimen collection. CS was contacted regarding this.

  **Patient Number:** 5
**Time patient arrived:** 3:49 PM
**Check-in technician:** John, WAG technician
**Check-in time (total):**  23 minutes
**Perform technician:**  Kala, Theranos Phlebotomist
**Procedure time (total):**  17  minutes
**Needles used:** 1
**Collection Containers:**   2 Vacutainers, 1 Urine
**Notes:**  Procedure time was delayed due to our phlebotomist explaining the procedure (customer never had blood drawn before) and because of urine collection.

  Ryan Karpel
Program Manager
Theranos, Inc.
  Office: 650-213-0437
  Cell:  480-845-8651
  rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc.,   1601 S California Avenue,   Palo Alto,   CA,   94304
650-838-9292 | www.theranos.com