# EXHIBIT 13

**To:** Elizabeth Holmes[eholmes@theranos.com]; Sunny Balwani[sbalwani@theranos.com]
**From:** Daniel Edlin
**Sent:** Wed 1/20/2016 10:14:11 PM
**Subject:** VIP Sample follow up

Elizabeth and Sunny,

Recall the VIP demo we ran for Dr. Eric Weiss, a cardiologist at UCSF, right before Christmas. This was the first instance we saw in which a CTN sample was contaminated during centrifugation. This was determined to be a transfer step issue. As a result, we could not report Sodium, Chloride, or Potassium due to lack of volume. Daniel recommended that we also not report Calcium and Total Protein, as they looked high relative to the venous results.

Dr. Weiss came back today under the premise that we would run the tests we couldn't report initially. We collected 2 Li-Hep CTNs and 3 vacutainers, as well as 1 EDTA CTN and 3 vacutainers since he was bleeding well.

**Unfortunately one of the CTNs failed during the same transfer step.** This is troubling since we ran a study with 40 CTNs last week to investigate this, and didn't see any issues.
- Per Sam today: "Nishit's team looked into the most likely reasons for this, but nothing was out of place. Nishit ran a simulated study with FS samples, but they didn't see any issue."
- Per Nishit last week: "The 40 CTN study had no issues and processed fine. Centrifuge calibration is good for next few months."

Further, for the 32 finger-stick samples collected during the BCBS event last week, only 1 CTN failed. Earlier this morning, we processed the two BSF lawyers' finger-stick samples, and also had no issues.

After discussions today with Nishit/Sam/Daniel/Curtis/Tina, **Sam has recommended that this needs further investigation and that we should extract CTN samples manually until we get to the root cause.** Going forward, this will be our new SOP for demos.

**With regards to the sample collected today, we only have enough volume to run ISEs.** This is being done now, and I will likely have to follow up again with Dr. Weiss over the phone. Note that all of my interactions with him have been very cordial.

Please let me know if you have any questions on the above.

Thanks,
Dan