# EXHIBIT 18



1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

**Theranos Response to FDA Form 483 (Newark, CA)**

October 7, 2015

Attn: Kathleen Lewis
District Director
San Francisco District Office
U.S. Food and Drug Administration
1431 Harbor Bay Parkway
Alameda, CA 94502-7070

    Re:    **FDA Form 483, Theranos, Inc. (Newark, California)**
            **FEI Number 3006231732**

Theranos, Inc. ("Theranos") submits this response to the FDA Form 483, dated September 16, 2015, regarding the above-referenced inspection of the Theranos facility located at 7333 Gateway Blvd, Newark, CA ("Newark").

Theranos values its ongoing working relationship with the U.S. Food and Drug Administration ("FDA" or "Agency"). We respectfully note that the basis for the Form 483s issued to Theranos effects what we believe is a fundamental change in FDA policy, undertaken without prior notice: namely, the retroactive application of full Quality System Regulation ("QSR") standards to Theranos' laboratory developed tests ("LDTs") prior to transition to device status. Indeed, as of the time of FDA's inspection, Theranos was already well along in its efforts to transition its LDTs to full QSR compliance by the time of 510(k) clearance.[1] However, this transition point was deemed inconsistent with an apparent change in enforcement policy predicating this inspection, as communicated by FDA to its on-site inspectors, and therefore disregarded at the time of the inspection. Nonetheless, in light of FDA's apparent shift in policy toward retroactive application of QSR standards, Theranos did immediately and completely cut over to operations under its QSR system. Theranos is fully committed to compliance with all applicable FDA requirements and to ensuring a strong and sustainable quality system. As detailed herein, the company already has undertaken comprehensive steps to address each of FDA's observations, and Theranos' senior management is committed to working closely and cooperatively with FDA to close out any remaining issues. In addition, we again respectfully request FDA give further consideration to all of these observations in light of the fact that a retroactive QSR policy pre-clearance of the Theranos Sample Collection Device ("TSCD") is independent of Theranos' ongoing work with the agency on TSCD clearance, and considering that Theranos has taken the following steps during the 15 day response period as part of its good faith effort to work with FDA and to demonstrate the quality of any TSCDs used by its high complexity CLIA certified laboratory:

---

[1] At the time of this FDA inspection, Theranos did not have an open submission into FDA for the Theranos Sample Collection Device and Theranos *did have a quality system in place*. Indeed, it was acting in compliance with CLIA quality systems and continuing its ongoing work to transition to QSR systems while it worked with FDA on resubmitting its 510(k) for the Theranos Sample Collection Device.

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos        TS-1068274

**theranos**

1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

- On September 15, 2015, Theranos re-submitted a 510(k) for the TSCDs for the hematology indications.
- On September 20, 2015, in response to FDA's new policy decision, Theranos communicated its actions regarding the status of its TSCDs to Dr. Alberto Gutierrez.
- On October 7, 2015, Theranos re-submitted a 510(k) for the TSCDs using Lithium Heparin.
- On October 7, 2015, Theranos re-submitted a 510(k) for the TSCDs using K2EDTA.

As FDA is aware, federal regulations expressly contemplate that laboratories will develop, validate, and use equipment and test systems as part of their LDTs.[2] At the same time, because Theranos also understands that FDA's positions and interpretations of applicable requirements may evolve over time, it has proactively sought guidance, clarification, and feedback from FDA, through almost continuous engagement over the past two years, to understand FDA's positions regarding Theranos' LDTs and the framework for transitioning such tests to cleared status. Significantly, given its ongoing interactions with the Agency, Theranos believed at all times that it was acting in accordance with all applicable legal requirements and consistent with FDA guidance and enforcement discretion. Theranos also reasonably expected that any changes to the Agency's enforcement discretion regarding the use of TSCDs would be clearly communicated by FDA before undertaking any formal regulatory actions and that fair processes and a reasonable transition period would accompany such changes.

Despite this reasonable expectation, FDA's change in policy regarding Theranos' use of TSCDs appears to be the cause of this inspection's unusual focus on Theranos' QSR compliance retroactive to 2013. The observations noted during this inspection seem to be the result of that change and, because the inspectors deemed the current status of Theranos' QSR compliance irrelevant, do not reflect our current state of compliance. FDA's position is particularly surprising given that, with respect to LDTs generally, FDA's Draft Framework notes that FDA is contemplating an extended transition period for QSR requirements *after the date that its final LDT framework guidance is published.* To our knowledge, FDA has never articulated a policy that QSRs – including design controls – are, upon transition to device status, retroactively applicable to the day a company started developing and using an LDT, and that systems developed as LDTs going through the submission process with the FDA have to be QSR compliant *prior* to clearance. Accordingly, with this inspection, FDA has implemented a fundamental policy shift that is uniquely and highly prejudicial to Theranos, a company that has embraced FDA's developing framework for the transition of LDTs to compliance with device requirements, has proactively submitted 510(k)s for FDA review, and has gone beyond FDA's Draft Framework to publicly commit that all of its LDTs would be submitted to FDA for clearance.

---

[2] 42 C.F.R. §§ 493.1253(b)(2) & 493.1254(b). The TSCD was validated as part of an LDT and operated under CLIA quality systems throughout the 2013-15 time period, in accordance with applicable regulations, while Theranos worked with FDA to obtain clearance. *See also* Figure 1, attached (diagram of intracompany use of TSCD from November 2013 to September 2013).

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                          TS-1068275



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

Nonetheless, as a direct result of its commitment to and support of FDA's developing framework, Theranos was able to explain and document prior to the close of the inspection that all but the first of the nine observations *had already been corrected*,[3] and that, as to the first observation, Theranos had listed the TSCD as a Class I device based on conversations with FDA and to demonstrate its good faith commitment to working with FDA.  Furthermore, Theranos has already submitted a 510(k) for listing the TSCD as a Class II device and, since the inspection, we have remained in close communication with FDA, including with Dr. Alberto Gutierrez, Director of OIR, to reiterate and confirm our ongoing commitment to working with the FDA and protecting the public health, including concrete steps taken that reflect that commitment.

Theranos hopes to continue its positive working relationship with FDA developed in connection with the clearance of Theranos' HSV-1 test and related CLIA waiver.  Theranos also believes that FDA's mission and the public health are best served by fostering clear and consistent communications with industry participants, especially with companies who, like Theranos, are interested in working cooperatively with FDA, and who support FDA's initiatives to implement comprehensive federal regulation of LDTs.  While Theranos reserves all rights with respect to our legal position regarding our activities to date, going forward, it is our hope that FDA's expectations of Theranos will be clearly and consistently communicated, both with respect to the status of our tests and compliance with QSR.

Theranos has taken the specific steps noted below to address each of FDA's observations.

---

**Observation 1**

***Devices for which listing is required have not been listed.  Specifically, your Li-Hep Capillary Tube Nanotainer (CTN) is a blood specimen collection device containing a separating gel, which is intended to separate plasma from nonplasma blood components prior to further testing, and as such the Li-Hep CTN is a Class II medical device.  You have not listed the Li-Hep CTN as a Class II medical device, and you are currently identifying it as a Class I exempt medical device.  You are currently shipping this uncleared medical device in interstate commerce, between California, Arizona, and Pennsylvania.***

**Response**: [Annotated with "Under Consideration" at close out.]

Theranos listed the Li-Hep TSCD as a Class I device on or about early September 2013 to demonstrate our good faith commitment to a voluntarily transition from LDTs to QSR compliance and, ultimately, cleared device status, based on conversations about this transition with the agency.  In the interim, as noted, Theranos continued to perform its tests as LDTs

---

[3] When asked to verify these corrections prior to closing out the investigation, Investigator Hole said that she could neither state that the action was corrected, nor verify our corrective actions because formal CAPAs had not been issued; Theranos intentionally had not issued CAPAs because it was still under the CLIA quality system.  Therefore, Theranos asked Investigator Hole to annotate Observations 2-9 with "Promised to correct within 7 days" to allow Theranos time to issue relevant CAPAs, memorializing the corrections that had already occurred at the close of FDA's inspection.  *Theranos issued the CAPAs within the promised seven-day period.*

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                        TS-1068276

**theran⬡s**

1701 Page Mill Road      P 650.838.9292      theranos.com
Palo Alto, CA 94304      F 650.838.9165

subject to FDA enforcement discretion in accordance with communications with the agency, including use of the above-referenced TSCD, exclusively in collection sites that operate under the direction and control of its Newark, California high-complexity CLIA-certified laboratory. Concurrently, Theranos was pursuing 510(k) submissions, per its discussions with OIR. Given this context, Theranos respectfully disagrees that the company should have listed the TSCD as Class II prior to 510(k) clearance as it had already filed for clearance.

Nonetheless, Theranos has taken the following steps as part of its good faith effort to work with FDA:

- On September 20, 2015, in response to FDA's new policy decision, Theranos communicated its actions regarding the status of its TSCDs to Dr. Alberto Gutierrez.
- On September 15, 2015, Theranos re-submitted a 510(k) for the TSCD for the hematology indications.
- On October 7, 2015, Theranos re-submitted a 510(k) for the TSCD for general chemistry and a 510(k) for the TSCD for ELISA assays.

Theranos reserves its right to address FDA's finding that the TSCD is a Class II device in the context of discussions relating to the above-referenced 510(k) filings. Entities that are required to register and list with FDA under 21 C.F.R. § 807.20(a) are required to do so within 30 days of receiving 510(k) clearance or commercially distributing a newly cleared or reclassified device.[4] In accordance with this requirement, Theranos will review and assess applicable FDA regulations pertaining to device listing and procedures, discuss its assessment further with FDA as part of its ongoing good faith dialogue, and, if and when appropriate, list its TSCDs accordingly.

In addition, Theranos has reviewed and assessed internal company policies and procedures to ensure compliance with respect to device listing requirements, and released SOP-00188, Medical Device Registration and Listing[5], on October 6, 2015, and completed training[6] of the Regulatory Affairs Staff.

**Observation 2**

*Procedures for receiving, reviewing, and evaluating complaints by a formally designated unit have not been adequately established. Specifically, your two written procedures, "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014", and "Guest Calls, Document Number CS SOP-05071, Revision A, Effective Date 03/27/2015" do not accurately describe the entire complaint handling procedure that you currently employ to receive, review, and evaluate customer complaints. The procedure that you verbally described during the current inspection is as follows:*

---

[4] *See* 21 C.F.R. § 807.22.
[5] *See* Exhibit NW40 (SOP-00188 Revision A: "Medical Device Registration and Listing" effective October 5, 2015 per DCO-00651)
[6] *See* Exhibit NW41 (Training records for SOP-00188 Revision A)

4 of 26
CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**theranos**

1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

1. *Customer calls in a complaint to the Theranos Customer Service Center*
2. *Theranos Customer Service logs the complaint and forwards it to the Theranos CLIA Lab*
3. *Theranos CLIA Lab investigates and if it is determined to be a device issue, CLIA Lab forwards the complaint to Client Solutions (a liaison group between Theranos CLIA Lab and Theranos Quality Assurance)*
4. *Client Solutions forwards the complaint to Theranos QA*
5. *Theranos QA performs a product investigation, and if warranted files an MDR*

*In written procedure "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014", Section 6.1.1 states that "all customer communication after a device is released for distribution, whether written or oral, is forwarded to the Client Solutions group" where they are recorded in the Customer Complaint Log maintained by Client Solutions. Section 6.3.1 of this written procedure also states that "All Device Complaints are evaluated by Client Solutions and, when appropriate, are formally investigated by Quality Assurance."*

*"Guest Calls, Document Number CS SOP-05071, Revision A, Effective Date 03/27/2015", Section 8.1.1 states the "All calls, regardless of their nature, shall be documented in the Call Log." Section 7.1 of the same written procedure contains a flow diagram that shows that complaints that require escalation are documented in an Escalation Call Log and escalated to the appropriate Product Manager, who follows up with the Guest, and then documents the call in the Call Log. This procedure does not provide instructions for forwarding complaints to the CLIA Lab, or Client Solutions, or Theranos QA for product investigation and assessment of MDR reportability.*

*Your written procedures do not describe your complaint handling as you verbally described it during the inspection. The Theranos QA complaint log that you provided contained no logged complaints; however, the CLIA Lab complaint log that you also subsequently provided contained CTN-related complaints.*

Response: [Annotated with "Promise to correct within 7 days" at close out.[7]]

As a CLIA laboratory primarily engaged in the ongoing development of LDTs, Theranos originally established policies and procedures to receive, review, and evaluate complaints under the CLIA Quality System.[8] Theranos reasonably believed that this practice was permissible for a CLIA laboratory. Nonetheless, Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. In immediate response to the observations by FDA Investigator Hole and during the course of the inspection, Theranos revised and updated policies and

---

[7] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.
[8] 42 C.F.R. § 493.1233.

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                    TS-1068278



1701 Page Mill Road     P 650.838.9292     theranos.com
Palo Alto, CA 94304     F 650.838.9165

procedures, as described below. Theranos opened a Corrective and Preventive Action (CAPA) CAPA-00027[9], under Theranos Systems SOP-00157[10], to address these observations.

Theranos made procedural changes to SOP-00174 (Customer Complaints) and associated forms to address how the company receives,[11] reviews, and evaluates complaints,[12] including for MDR reportability.[13]  Specifically, Theranos updated SOP-00174[14] to: (1) outline responsibilities for complaint evaluation; (2) define the CLIA Lab as our "customer" for the scope of complaint receipt (despite the fact that the CLIA lab and manufacturer of the equipment utilized by the lab are the same entity in the same location); (3) add an *Awareness Date* and when an employee is considered to have *Become Aware* of an incident; (4) create the formal Complaint Log; and (5) create the Complaint Investigation Form that included an MDR Decision Tree.  Inclusion of an MDR Decision Tree was supported by the initial release of SOP-00159 (Medical Device Reporting).

Theranos also updated WI-00131[15] based on the subsequent CAPA investigation to document that Quality Assurance, Manufacturing, and Client Solutions will, at a minimum, hold bi-weekly meetings to review, analyze, and discuss performance data.  Theranos will document the minutes of these meetings.  Theranos will enter any product performance complaints that the company identifies as part of this review into the Theranos Complaint Log, Form SOP-00174-F1, and will adjudicate such complaints per the requirements of SOP-00174.

As part of our investigation conducted under CAPA-00027, Theranos completed a review of the Guest Call Log created under CLIA SOP CS SOP-05071[16] (Guest Calls) revision A, and the CLIA CAPA Records created in compliance with CL QOP-00008[17], dating from September 2013 to the present.  This review identified opportunities for improvement within the CLIA complaint reporting procedures.  For example, CS SOP-05071 Revision B[18] clarified the manner in which potential complaints are communicated to laboratory equipment manufacturers, refined the definition of "complaint," and the improved the process flow for information when reviewing potential sources of complaints.

---

[9] *Reference Attachment 1, CAPA-00027*
[10] *See* Exhibit NW1 (SOP-000157 Revision B: "SOP, Corrective and Preventive Action" effective April 7, 2015 per DCO-00336 and effective at the time of the audit and at the time of CAPA creation)
[11] *See* Exhibit NW2 (SOP-000174-F1 Revision A: "Form, Complaints Log" effective August 30, 2015 per DCO-00532)
[12] *See* Exhibit NW3 (SOP-000174-F2 Revision A: "Complaint Investigation Form" effective August 30, 2015 per DCO-00532)
[13] *See* Exhibit NW4 (SOP-000159 Revision A: "Medical Device Reporting" effective August 30, 2015 per DCO-00531)
[14] *See* Exhibit NW5 (SOP-00174 Revision C: "Customer Complaints" effective September 1, 2015 per DCO-00545)
[15] *See* Exhibit NW6 (WI-00131 Revision B: "Work Instruction, Quality Metrics" effective September 24, 2015 per DCO-00635)
[16] *See* Exhibit NW7 (CL SOP-05071 Revision A; "Guest Calls" per CL DCO-00083)
[17] *See* Exhibit NW8 (CL QOP-00008 Revision A; "Corrective and Preventive Action" per CL ECO-00001)
[18] *See* Exhibit NW43 (CL SOP-05071 Revision B; "Guest Calls" effective September 22, 2015 per CL DCO-00100)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

TS-1068279

**theranos**

1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

Lastly, Theranos has completed and confirmed training of all relevant personnel on these updated policies and procedures, including SOP-00174, which is a core training requirement for all Theranos employees and is incorporated into Employee Training Matrix, Form SOP-00152-F3.[19] [20] [21] Theranos will verify the effectiveness of this entire CAPA over an extended period of time by reviewing the Complaint Log (SOP-00174-F1) and the Non-Conformance Report (NCR) log in Agile once per month for six (6) months to verify that: (1) complaints are logged in SOP-00174-F1 and investigated per SOP-00174-F2; and (2) reportable complaints are identified and handled in compliance with SOP-00159.

**Observation 3**

***Complaints involving the possible failure of a device to meet any of its specifications were not reviewed, evaluated, and investigated where necessary. Specifically, a complaint that was reported to you via NCR-01926 on 01/30/2015 was not handled as a complaint in compliance with your written procedure "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014." NCR-01926 was a report of a complaint from your CLIA Lab (identified in the NCR as Normandy) that there were "difficulties in inspecting CTN specimen quality. Reports were that walls of 51-00348 parts were too opaque to be able to see clotting clearly". You did not identify this as a complaint and you did not investigate it as a complaint, nor did you investigate if this complaint required the filing of MDRs. This complaint was not documented in your complaint log.***

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[22]]

As a CLIA laboratory primarily engaged in the ongoing development of LDTs, Theranos originally established policies and procedures to receive, review, and evaluate complaints under the CLIA Quality System. Theranos reasonably believed that this practice was permissible for a CLIA laboratory. Nonetheless, Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. While we believe our approach was appropriate in the LDT setting, in immediate response to the observations by FDA Investigator Hole and during the course of the inspection, and as described above in our response to Observation 2, Theranos revised and updated policies and procedures regarding how the company receives, reviews, and evaluates complaints including for MDR reportability.[23] Theranos opened CAPA-00028[24] to address these observations.

Subsequent to the release of these procedural updates:

---

[19] *See* Exhibit NW9 (Training records for SOP-00174 Revision C)
[20] *See* Exhibit NW10 (Training records for SOP-00159 Revision A)
[21] *See* Exhibit NW11 (Training records for WI-00131 Revision B)
[22] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.
[23] *Reference Attachment 1, CAPA-00027*
[24] *Reference Attachment 1, CAPA-00028*

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                    TS-1068280



1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

1.  Theranos retrospectively reviewed the NCR log from December 2, 2013 (date of 1st NCR recorded) to the present to identify any TSCD device related NCRs which constituted a complaint under SOP-00174[25].  Theranos has now processed all identified NCRs through the Complaint process per SOP-00174 and assessed for MDR reportability per SOP-00159[26].

2.  Theranos reviewed weekly product performance communications from Theranos Client Solutions from April 2014 (Date of 1st communication) to the present.  Client Solutions acts as a liaison between the Theranos phlebotomists working in the Patient Service Centers and the TSCD Manufacturing organizations.  The review included both documented information as well as information obtained through the interview process to identify any sources used to report TSCD complaints (e.g., manufacturing or CLIA phlebotomists).

3.  Theranos also reviewed internal product performance data sources, including production records, to identify potential sources of Product Experience Reports that could be listed in the Complaint Log.

Based on its review of the CLIA Guest Call Log and the CLIA CAPA Log, Theranos has confirmed that there were no complaints recorded or reported that were associated with device performance or malfunctions from these sources from December 2013 to the present.  The review of the Theranos NCR log identified two (2) incidents indicating a degree of dissatisfaction with the performance of the device within the CLIA laboratory setting.  Although the nature of the communication was more indicative of a desire for continuous improvement, Theranos opted to include these incidents in the Complaint Log[27].

The review of Product Performance communications from Theranos Client Solutions did, however, include an additional 54 internal complaints of device performance issues reported by phlebotomists.  *None of the reported events had any effect on actual patient samples.*  The reported events could be classified as Wicking (the blood experienced difficulty in wicking through capillary action into the blood collection channels), Activation (the blood was not successfully transferred from the Blood Circuit into the Sample Collection Unit), or Bubbles (an observed air gap in the blood circuit).  None of these events would have an impact on the patient, or associated test results, as another device would be selected to continue blood draw.

In sum, Theranos has now accounted for 56 retrospectively-identified complaints, as part of its corrective action.  All complaints identified from these sources went through the complaint process per SOP-00174, including entry into the newly released Complaint Log SOP-00174-F1[28] and evaluation per the newly released Complaint Investigation Form SOP-00174-F2[29]. Theranos is in the process of actively documenting, investigating, and closing out the Complaint Log.  All

---

[25] *See* Exhibit NW5 (SOP-00174 Revision C)
[26] *See* Exhibit NW4 (SOP-00159 Revision A)
[27] *See* Exhibit NW12 (Complaint Log through September 23, 2015).
[28] *See* Exhibit NW2 (SOP-00174-F1 Revision A)
[29] *See* Exhibit NW3 (SOP-00174-F2 Revision A)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                              TS-1068281



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

complaints were reviewed for reportability pursuant to 21 CFR Part 803 through Theranos SOP-00159 (Medical Device Reporting Procedure) to assess whether any met the standard for the submission of a Medical Device Report (MDR) pursuant to 21 CFR Part 803. *There were no complaints identified which met the threshold of reportability as defined in 21 CFR Part 803, Medical Device Reporting.* None of the reported complaints contained allegations of patient injury or death, or a malfunction of a device which, if repeated, would reasonably cause or contribute to a patient injury or death.

Lastly, as described above in our response to Observation 2, Theranos has completed and confirmed training of all relevant personnel on these updated policies and procedures, including SOP-00174, which is a core training requirement for all Theranos employees and is incorporated into Employee Training Matrix, Form SOP-00152-F3.[30] [31] [32] Theranos will verify the effectiveness of this CAPA over an extended period of time by reviewing the Complaint Log SOP-00174-F1 once per month for six (6) months to verify that: (1) complaints are logged in SOP-00174-F1 and investigated per SOP-00174-F2; and (2) reportable complaints are identified and handled in compliance with SOP-00159.

**<u>Observation 4</u>**

*Corrective and preventive action activities and/or results have not been documented. Specifically, you undertook several corrections of your Quality Management System procedures and records without documenting the investigations of causes of the nonconformities, the actions needed to correct or prevent recurrence of similar quality problems, the verification or validation of corrective actions, and the dissemination of information about the quality problems to responsible parties. During this inspection you undertook to correct procedures and records for your Complaint Handling, supplier qualifications, DHRs, and internal audits without opening CAPAs to document your investigation into the causes of these deficiencies and their impact on your Quality Management System, an analysis and plan of what corrections were required, whether the corrections impacted other areas of your Quality Management System, and the dissemination of the information about these issues to your firm's employees.*

*For example, during this inspection you were unable to produce documented supplier qualifications, and you corrected the deficiency by assembling the required supplier qualification documents for your suppliers. You did this without opening a CAPA that investigated the probable cause for not having supplier qualification documentation, or to investigate if these suppliers had met your quality requirements the entire time in the past when you had purchased materials from them with which you had manufactured your finished products, or if your purchasing department personnel required training to ensure future compliance with this required quality activity, and training that may be required by other employees making purchases so that they understand the probable quality impact on products made with materials sourced from unapproved suppliers. This correction of your*

---

[30] *See* Exhibit NW9 (Training records for SOP-00174 Revision C)
[31] *See* Exhibit NW10 (Training records for SOP-00159 Revision A)
[32] *See* Exhibit NW11 (Training records for WI-00131 Revision B)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                                TS-1068282



1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

*lack of documented supplier qualification was not documented in a CAPA that contained an effectiveness plan to ensure that the correction you undertook would reduce or eliminate any future recurrence of this situation.*

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[33]]

As a CLIA-certified high complexity laboratory primarily engaged in the ongoing development of LDTs, Theranos originally established policies and procedures to initiate and implement corrective and preventive actions under the CLIA Quality System. Theranos reasonably believed that this practice was permissible for a CLIA laboratory. Nonetheless, Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. In immediate response to specific observations by FDA Investigator Hole, Theranos revised and updated policies and procedures to address the specific observations during the course of the inspection, as described below. We in fact communicated to Investigator Hole at the beginning of the inspection that Theranos intentionally had not issued CAPAs due to our then ongoing operations solely under the CLIA quality system; the issuance of CAPA's under QSR would have been in conflict with that operating state.

Subsequent to the closeout of the inspection and receipt of FDA Form 483, Theranos opened CAPAs under Theranos Systems SOP-00157[34] to address: (a) the specific corrections to documents undertaken throughout the course of the audit;[35] and (b) the general observation that the CAPA process was not used to document corrections.[36]

Specifically, Theranos made the following corrections to documents undertaken throughout the course of the audit:

1. **Complaint Handling:** With respect to the complaints process, Theranos updated SOP-00174[37] (Consumer Complaints), including the addition of associated forms, to address the FDA investigator's observation that "Procedures for receiving, reviewing, and evaluating complaints by a formally designated unit have not been adequately established." Theranos released SOP-00159[38] revision A (Medical Device Reporting) regarding the evaluation of all complaints for MDR reportability. As described above in our response to Observations 1 and 2, Theranos opened CAPA-00027[39] to investigate the deficiencies identified with the complaint receipt, evaluation, and reporting process. Theranos retrospectively reviewed complaints from across the company per the

---

[33] *See* note 3, *supra*, including that Theranos issued the CAPAs within the promised seven-day period.
[34] *See* Exhibit NW1 (SOP-00157 Revision B, effective at the time of the audit and at the time of CAPA creation)
[35] *Reference Attachment 1: CAPA-00027, CAPA-00028, CAPA-00031, CAPA-00032 and CAPA-00034*
[36] *Reference Attachment 1, CAPA-00029*
[37] *See* Exhibit NW5 (SOP-00174 Revision C)
[38] *See* Exhibit NW4 (SOP-000159 Revision A)
[39] *Reference Attachment 1, CAPA-00027*

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

TS-1068283



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

procedural updates.  Theranos also generated a complaint log[40] and documented complaint investigations.  Theranos also opened CAPA-00028[41] to investigate the deficiencies with the complaint handling process.

2.  **Supplier Qualifications:** With respect to Supplier Evaluation, Theranos revised the Approved Supplier List, DOC-00120 from revision A[42] to revision B[43] on September 9, 2015, to reflect current suppliers and their certification status per WI-00073[44] revision A. This change added eight (8) new suppliers providing materials for TSCD manufacturing. Theranos opened CAPA-00031[45] to investigate the deficiencies with supplier qualification documentation and determine whether updated qualification documentation met Theranos quality requirements during the entire period for which Theranos previously purchased materials that the company used for the manufacture of finished products.  Theranos also opened CAPA-00032[46] to investigate deficiencies regarding procurement of materials from approved suppliers on the Approved Supplier list DOC-00120.

3.  **Device History Records:** With respect to FDA's observation that Theranos did not properly establish Device History Records (DHRs) per SOP-00151[47] (Device History Record, DHR), Theranos opened CAPA-00033[48] to investigate the deficiencies with respect to DHR requirements and compliance.  Based on this investigation, Theranos updated Manufacturing Operating Procedure (MOP) MOP-00606[49] (TSCD Packaging) to include label retention requirements to comply with SOP-00151 Section 6.1.5 ("Records for inclusion must specify the following: The primary identification label and labeling used for each production unit.").

4.  **Internal Audit:** With respect to the Internal Quality Audit process, Theranos opened CAPA-00034[50] to investigate the deficiencies identified with the internal audit process. Based on this investigation, Theranos updated the Internal Quality Audit SOP-00177[51] and Audit Nonconformity Report SOP-00177-F1[52], including the addition of associated

---

[40] *See* Exhibit NW12 (Complaint Log through September 23, 2015)
[41] *Reference Attachment 1, CAPA-00028*
[42] *See* Exhibit NW13 (DOC-00120 Revision A: "Approved Supplier List" effective July 8, 2015 per DCO-00419)
[43] *See* Exhibit NW14 (DOC-00120 Revision B: "Approved Supplier List" effective September 7, 2015 per DCO-00568)
[44] *See* Exhibit NW15 (WI-00073 Revision A: "Supplier Evaluation and Monitoring" effective July 8, 2015 per DCO-00419)
[45] *Reference Attachment 1, CAPA-00031*
[46] *Reference Attachment 1, CAPA-00032*
[47] *See* Exhibit NW16 (SOP-00151 Revision A: "Device History Record" effective January 28, 2014 per DCO-00077)
[48] *Reference Attachment 1, CAPA-00033*
[49] *See* Exhibit NW17 (MOP-00606 Revision D: "TSCD Packaging" effective September 1, 2015 per DCO-00551)
[50] *Reference Attachment 1, CAPA-00034*
[51] *See* Exhibit NW18 (SOP-00177 Revision B: "Internal Quality Audit" effective September 6, 2015 per DCO-00563)
[52] *See* Exhibit NW19 (SOP-00177-F1 Revision B: "Internal Audit Nonconformity Report" effective September 6, 2015 per DCO-00563)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos     TS-1068284



1701 Page Mill Road      P 650.838.9292      theranos.com
Palo Alto, CA 94304      F 650.838.9165

forms[53] [54] and Internal Audit Schedules for the years 2015[55] and 2016[56] to address FDA's observation that "Quality Audits have not been performed."

In addition to these specific procedures and records, Theranos opened CAPA-00029[57] to investigate the inspector's observation that CAPAs and/or results have not been documented. The CAPA investigation concluded that Theranos Systems SOP-00157[58] revision B and associated forms for the initiation, investigation, implementation and closure, were in place at the time of the audit and found to be compliant with 21 C.F.R. § 820.100 with respect to generating and completing CAPAs.  Theranos' response to Observation #1 earlier in this letter addresses Theranos' on-going transition to QSR compliance with respect to the use of the Theranos Systems CAPA SOP-00157.

Theranos has completed and confirmed training of all relevant personnel (per SOP-00152-F3, Training Matrix) to SOP-00157 revision C and the associated work instruction, WI-00065 Revision C[59], which include updates undertaken during the course of the CAPA investigation to align the CAPA process with the workflow approval process. [60]  Theranos will verify the effectiveness of this CAPA, over a period of time, by reviewing the monthly quality metric reports issued per WI-00131[61] (Quality Metrics) each month for the next six (6) months to confirm that quality deficiencies are identified and that any deficiencies requiring the CAPA process result in the initiation of CAPAs.

**Observation 5**

*Software validation activities and results for computers or automated data processing systems used as part of production and the quality system have not been documented.  Specifically, you use an unvalidated Excel spreadsheet to document the results of the needle length dimensional testing during the Needle Inspection step for your Li-Hep CTN and EDTA CTN manufacturing.  For example, you record the needle length range in the travelers for CTN Lot Numbers 24072015-5549, 24072015-5548, and 22072015-5584; however, you recorded the individual raw data in an unvalidated Excel spreadsheet that calculates the average and standard deviation.  This unvalidated spreadsheet does not specify what dimension is being recorded, or the units of measure, or the identity of the person making the individual*

---

[53] *See* Exhibit NW20 (SOP-00177-F2 Revision A: "Internal Audit Schedule" effective September 6, 2015 per DCO-00563)

[54] *See* Exhibit NW21 (SOP-00177-F3 Revision A: "Internal Audit Assessment and Report" effective September 6, 2015 per DCO-00563)

[55] *See* Exhibit NW22 (DOC-00148 Revision A: "2015 Internal Audit Schedule" effective September 6, 2015 per DCO-00563)

[56] *See* Exhibit NW23 (DOC-00149 Revision A: "2016 Internal Audit Schedule" effective September 6, 2015 per DCO-00563)

[57] *Reference Attachment 1, CAPA-00029*

[58] *See* Exhibit NW1 (SOP-000157 Revision B)

[59] *See* Exhibit NW24 (Training records for SOP-00157 Revision C and WI-00065 Revision B)

[60] *See* Exhibit NW25 (SOP-000157 Revision C: "SOP, Corrective and Preventive Action" effective September 23, 2015 per DCO-000620)

[61] *See* Exhibit NW6 (WI-00131 Revision B)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                     TS-1068285



1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

*measurements. This unvalidated Excel spreadsheet does not document a QA review of the data. The spreadsheet is not included with the traveler as part of the Device History File.*

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[62]]

Under the prior CLIA quality systems, Theranos operated under SOP-00029[63] revision B (Validation of Processes, Utilities and Equipment) Section 6.1.2.4 regarding software validation for intended use. Theranos reasonably believed that this practice was permissible for a CLIA laboratory. Nonetheless, Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. While the relevant information was in fact inspectable in the context of the spreadsheet maintained by Theranos, in response to the observation by FDA Investigator Hole and during the course of the audit, Theranos revised and updated SOP-00029[64] and released Work Instruction WI-00134[65] (Spreadsheet Validation). The SOP update directs the user to the Work Instruction and indicates the scope of the SOP includes spreadsheet validation. The Work Instruction provides directions for validation of a spreadsheet. Theranos opened CAPA-00030[66] and reviewed all software used as part of the TSCD manufacturing process or spreadsheets used to record quality data.

Under CAPA-00030, Theranos identified six (6) software products that the company uses as part of the TSCD manufacturing process, and concluded that there was no impact to the validity of product performance due to the lack of validated software under Theranos WI-00134 revision A (Spreadsheet Validation). Theranos adequately verified product performance as part of lot release processes that did not involve use of software. Theranos also proactively validated four (4) software products under protocol;[67] two (2) were removed from service[68] because there were suitable alternatives available that did not require software.

Theranos identified two enterprise software systems that are compliant with 21 CFR Part 11; however, we have been unable to locate full documentation to demonstrate complete installation qualification. Theranos opened a separate CAPA (CAPA-00041) to document remediation and expects to complete this CAPA by the end of 2015.

---

[62] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.

[63] *See* Exhibit NW26 (SOP-00029 Revision B: "Validation of Processes, Utilities and Equipment" effective July 2, 2014 per DCO-00147)

[64] *See* Exhibit NW27 (SOP-00029 Revision D: "Validation of Processes, Utilities and Equipment" effective September 4, 2015 per DCO-00553)

[65] *See* Exhibit NW28 (WI-00134 Revision A: "Spreadsheet Validation" effective September 4, 2015 per DCO-00553)

[66] *Reference Attachment 1, CAPA-00030*

[67] *See* Exhibit NW29 (DCO-00634 effective September 24, 2015)

[68] *See* Exhibit NW30 (DCO-00632 effective September 25, 2015)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                   TS-1068286

theran⊙s

1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

As part of CAPA-00030, Theranos has completed and confirmed training of all relevant personnel to WI-00134.[69]  Theranos will verify the effectiveness of this CAPA by December 31, 2015.

**Observation 6**

***The evaluation of potential suppliers was not documented.  Specifically, your written procedure, "Supplier Management, Document Number SOP-00171, Revision B, Effective Date 07/08/2015" lays out the procedure for qualifying suppliers of goods and services "for released products, or those materials and services supporting a regulatory submission"; however, you did not have documented approved supplier qualifications for at least three of the suppliers on your Approved Supplier List until after the start of the current inspection. For example, your supplier of Poyton Gel had no documented approved supplier qualification until after the start of this inspection, yet you purchased a serum separating gel that you use in the manufacture of your Li-Hep CTNs from this supplier. On 06/19/2015 you issued Purchase Order Number 67911 to your supplier of Poyton Gel and on 07/16/2015 you received 50 kilograms of Serum Separating Gel from this vendor; however, you had no documented approved supplier qualification for this supplier of Poyton Gel until 09/07/2015.***

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[70]]

Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. Theranos operates to the requirements of SOP-00171[71] (Supplier Evaluation and Monitoring), and Work Instruction WI-00073[72] (Supplier Management) to manage the selection and approval of suppliers.  Theranos initially released SOP-00171[73] revision A in May 2014.  It was updated in July 2015 to separate out work instruction elements into Work Instruction WI-00073.

Specific to FDA's observation regarding the supplier of Poyton Serum Separating Gel, the vendor, Shanghai Poyton, was identified on the Approved Supplier List (ASL) DOC-00120[74] revision A, and was identified as "In the Process of Qualification," per the requirements of WI-00073.  While Theranos listed all suppliers of direct materials used in the manufacture of the TSCD on the ASL DOC-00120 revision A, the list did not include raw materials suppliers.  In particular, certain suppliers of resin used in the manufacture of the TSCD were not listed on the ASL.

---

[69] *See* Exhibit NW31 (Training records for WI-00134 Revision A)
[70] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.
[71] *See* Exhibit NW32 (SOP-00171 Revision B: "Supplier Evaluation and Monitoring" effective July 8, 2015 per DCO-00419)
[72] *See* Exhibit NW15 (WI-00073 Revision A)
[73] *See* Exhibit NW33 (SOP-00171 Revision A: "Supplier Evaluation and Monitoring" effective May 19, 2014 per DCO-00107)
[74] *See* Exhibit NW13 (DOC-00120 Revision A)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                     TS-1068287



1701 Page Mill Road      P 650.838.9292      theranos.com
Palo Alto, CA 94304       F 650.838.9165

Theranos opened CAPA-00031[75] under Theranos Systems SOP-00154 to address Observation 6. Theranos first reviewed SOP-00171 (Supplier Evaluation and Monitoring) and WI-00073 (Supplier Assessment) for compliance with 21 C.F.R. § 820.50 and for completeness with regard to activities and timeframe required for completing supplier qualifications prior to use in the product.  Theranos determined that both the SOP and Work Instruction were in compliance with the requirements for Supplier Assessment as defined in 21 C.F.R. § 820.50.  The scope of the review was also expanded to SOP-00170[76], which was updated to revision C to clarify the responsibility for procurement that purchases shall be made only from suppliers on the approved suppliers list.

Next, Theranos conducted a detailed review of a Bill of Material used in the manufacture of the TSCDs to identify all suppliers.  Theranos identified which current TSCD suppliers were not on the company's ASL (DOC-00120 revision A) and added all current suppliers as DOC-00120[77] revision B on September 7, 2015.  All suppliers added were standard catalog manufacturers of commercially available off-the-shelf (OTS) materials.  For the eight (8) suppliers added, Theranos initially identified them as being "In the Process of Qualification," while the company collected supporting data.  Theranos completed the qualification of all suppliers on September 24, 2015, and moved the suppliers to Approved status.

In addition, Theranos identified one TSCD supplier that is not a current supplier, but was used to produce goods, components, or services for the TSCD between September 2013 and November 2014.  Theranos documented this supplier in CAPA-00031; assessed the retroactive qualification (using the requirements under SOP-00171) of that supplier with respect to the acceptability of the supplier and its prior use; and created a supplier file for the supplier and included the retroactive qualification approvals.[78]  Theranos completed this aspect of the CAPA on September 24, 2015.  Theranos further reviewed and documented all corrections taken during the course of the audit to specific suppliers identified by FDA during the inspection associated with Observation 4.

As part of CAPA-00031, Theranos has completed and confirmed training of all relevant Procurement personnel to the updated SOP-00170[79] revision C.[80]

Moving forward, Theranos will conduct a monthly audit of purchase orders over the next 12 months to assure that all goods and services are procured for TSCDs production from suppliers on the ASL (DOC-00120) and to confirm that all suppliers on the ASL achieve "qualified" status (per SOP-00171) prior to procuring such goods or services.

---

[75] *See Attachment 1, CAPA-00031*
[76] *See* Exhibit NW42 (SOP-00171 Revision C: "Supplier Evaluation and Monitoring" effective September 23, 2015 per DCO-00629)
[77] *See* Exhibit NW14 (DOC-00120 Revision B)
[78] *See* Exhibit NW34 (Supplier File for Techniprint)
[79] *See* Exhibit NW42 (SOP-00170 Revision C: "Procurement" released September 23, 2015 per DCO-00629)
[80] *See* Exhibit NW35 (Training Records for SOP-00170 Revision C)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                      TS-1068288



1701 Page Mill Road      P 650.838.9292      theranos.com
Palo Alto, CA 94304      F 650.838.9165

**Observation 7**

*Records of acceptable suppliers have not been adequately established.  Specifically, not all the suppliers of your goods and services are included on your Approved Supplier List.  Section 6.1.1 of your written procedure, "Procurement, Document Number SOP-00170, Revision B, Effective Date 07/08/2015" states "Purchases for items and/or services that will be used to produce devices to meet both design control and/or commercial sale requirements must be made from approved suppliers.  The requisitioner is responsible for ensuring that the supplier he or she wishes to procure goods or services from is on Theranos' ASL"; however, on 08/14/2015 you purchased polypropylene homopolymer that is used in the manufacturing of your CTNS via Purchase Order Number 70115 from a supplier that is not listed on your ASL.*

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[81]]

Given that Observation 6 also addresses the review and acceptance of suppliers, Theranos incorporates by reference its response to Observation 6.

Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. Theranos opened CAPA-00032[82] to address Observation 7.  As noted above with regard to CAPA-00031[83], which was opened to address Observation 6, Theranos reviewed applicable policies and procedures (SOP-00171[84] and WI-00073[85]) for compliance with FDA regulations and completeness with regard to implementing controls to prevent Theranos from using and receiving unqualified suppliers and parts.  In addition, Theranos added all current suppliers supporting the TSCD manufacturing onto the ASL DOC-00120[86] revision A and qualified such entities in accordance with WI-00073, which the company completed on September 24, 2015. All suppliers added were standard catalog manufacturers of commercially available OTS materials.  On September 24, 2015, Theranos also completed qualification of those suppliers the company used to produce goods or services for the TSCD since September 2013.

As noted above in CAPA-00031, Theranos has retrained procurement staff on SOP-00170[87] [88] and will conduct monthly audits over the next year to ensure compliance with these updates.

---

[81] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.
[82] *See Attachment 1, CAPA-00032*
[83] *See Attachment 1, CAPA-00031*
[84] *See* Exhibit NW32 (SOP-00171 Revision B)
[85] *See* Exhibit NW15 (WI-00073 Revision A)
[86] *See* Exhibit NW13 (DOC-00120 Revision A)
[87] *See* Exhibit NW42 (SOP-00170 Revision C)
[88] *See* Exhibit NW35 (Training Records for SOP-00170 Revision C)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

TS-1068289



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

**Observation 8**

*Procedures for device history records have not been adequately established.  Specifically, Sections 6.1 and 6.1.5 of your written procedure "Device History Record (DHR), Document Number SOP-00151, Revision A, Effective Date 01/28/2014" state "Records for inclusion in the DHR must specify the following: The primary identification label and labeling used for each production unit"; however, your travelers documenting the manufacture of your Capillary Tube Nanotainers (CTNs) do not include a copy of the primary identification label that was applied to the finished product.  For example, your travelers for the manufacturing of Li-Hep CTN Lot numbers, 29122014-3690, 30122014-3749, and 02012015-3751 do not include copies of the primary identification label that was applied to the bags of finished Li-Hep CTNs manufactured with those lot numbers.*

<u>Response</u>: [Annotated with "Promise to correct within 7 days" at close out.[89]]

Theranos follows SOP-00151[90] revision A, Device History Records, regarding the content of the Device History Records (DHR).  However, Theranos recognizes that not all aspects of the SOP were being followed for the TSCD, including the retention of a copy of the primary identification label, as required by 21 C.F.R. § 820.184(e) and in section 6.1.5 of SOP-00151.  In response to the observations of FDA Investigator Hole and during the course of the audit, Theranos revised and updated MOP-00606[91] (TSCD Packaging) to revision D on September 1, 2015 to explicitly require retention of the product label in section 9.3.

Theranos has been in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we always planned to do, and immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. Theranos opened CAPA-00033[92] to assess DHR SOP-00151 to the requirements of 21 C.F.R. § 820.184 to determine if there were gaps in compliance within the SOP.  Theranos also reviewed TSCD-related DHRs against SOP-00151 to identify any gaps in adherence to SOP-00151.  Based on this assessment, Theranos confirmed that DHR SOP-00151 as written was compliant to 21 C.F.R. § 820.184.  Review of the TSCD-related DHRs confirmed non-compliance to Section 6.1.5 of SOP-00151 regarding retention of product labeling.

Theranos performed a comprehensive review of retained production samples in order to restore the missing product label information to the associated DHRs for all materials within the current expiration date as of September 1, 2015.  Any batch of material manufactured after this date was manufactured in compliance with the label retention requirements updated in MOP-00606.  This corrective action, which was completed on September 23, 2015, brings existing TSCD-related DHRs into full compliance with the SOP and FDA regulations.

---

[89] *See* note 3, *supra*, including that Theranos issued the CAPAs within the promised seven-day period.
[90] *See* Exhibit NW16 (SOP-00151 Revision A)
[91] *See* Exhibit NW17 (MOP-00606 Revision D)
[92] *Reference Attachment 1, CAPA-00033*

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                            TS-1068290



1701 Page Mill Road      P 650.838.9292      theranos.com
Palo Alto, CA 94304      F 650.838.9165

Verification of effectiveness of this corrective action, as defined in CAPA-00033, will consist of an audit of a representative sample of product DHRs to ensure compliance with the label retention requirements with a minimum 95% confidence. The audit will draw a sample from product manufactured during the three month period after the date of implementation of MOP-00606 Revision D, September 1, 2015.

Lastly, Theranos conducted retraining of production management employees, manufacturing engineers, and quality engineers to SOP-00151 to ensure full awareness and comprehension of DHR requirements.[93]   Training was also performed to MOP-00606 revision D.[94]

### Observation 9

*Quality audits have not been performed. Specifically, you have not monitored your Quality Management System through internal quality audits; you had no documented internal quality audit schedule to monitor your Quality Management System until after the start of this inspection. Section 6.1.1 of your written procedure, "Internal Quality Audit, Document Number SOP-00177, Effective Date 07/02/2014" states "Each quality system process is audited at least annually"; no internal audits were performed in 2014, and none have been performed so far in 2015. Section 6.1.1.1 of the same written procedure states "Internal audit schedules are documented and maintained by Quality Assurance with the Internal Audit Matrix, reference 7.1" [7.1 = TMP-00032, Internal Audit Matrix]; at the start of this inspection, your TMP-00032 Audit Matrix was blank.*

**Response**: [Annotated with "Promise to correct within 7 days" at close out.[95]]

As a CLIA laboratory primarily engaged in the ongoing development of LDTs, Theranos originally established policies and procedures to conduct internal quality audit under the CLIA Quality System. Theranos reasonably believed that this practice was permissible for a CLIA laboratory. As noted in the cover letter and repeatedly throughout this response, Theranos was in the process of transitioning to full QSR compliance in light of its upcoming regulatory submissions, as we have always planned to do, and we were conducting frequent informal audits under our then-developing QSR plan. Nonetheless, we immediately cut over to the QSR system in light of FDA's shift in policy toward retroactive application of QSR standards. In immediate response to the observations by FDA Investigator Hole and during the course of the audit, Theranos revised and updated policies and procedures as described below. Theranos also opened CAPA-00034[96] to address these observations.

Under CAPA-00034, Theranos made procedural changes to SOP-00177[97] (Internal Quality Audit) and the Audit Nonconformity Report SOP-00177-F1[98], including the release of the

---

[93] *See* Exhibit NW36 (Training records for SOP-00151 Revision A)
[94] *See* Exhibit NW37 (Training records for MOP-00606 Revision D)
[95] *See* note 3, supra, including that Theranos issued the CAPAs within the promised seven-day period.
[96] *Reference Attachment 1, CAPA-00034*
[97] *See* NW18 (SOP-00177 Revision B)
[98] *See* NW19 (SOP-00177-F1 Revision B)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                    TS-1068291



1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

Internal Audit Schedule SOP-00177-F2[99] and the Internal Audit Assessment & Report SOP-00177-F3[100], which prescribe the internal audit process and provide the necessary forms for the completion of internal quality system audits. Theranos also released Internal Audit Schedules for the years 2015[101] and 2016.[102] Internal Quality Audit resources were identified to undergo formal classroom training through the British Standards Institute (BSI) as an Internal Auditor[103] to support the released internal audit schedules.

Theranos has completed and confirmed training of all relevant personnel (per SOP-00152-F3, Training Matrix) regarding the updated policies and procedures.[104]

Theranos will verify the effectiveness of this CAPA, by reviewing the internal audit assessment report for all 2015 and Q1 2016 internal audits completed over SOP-00177-F2, Internal Audit Schedule.

---

[99] *See* NW20 (SOP-00177-F2 Revision A)
[100] *See* NW21 (SOP-00177-F3 Revision A)
[101] *See* NW22 (DOC-00148 Revision A)
[102] *See* NW23 (DOC-00149 Revision A)
[103] *See* NW38 (British Standards Institute, BSI, Internal Auditor Training Certificate for R. Nayak)
[104] *See* Exhibit NW39 (Training records for SOP-00177 Revision B)

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
TS-1068292

For each of the above Observations, the following table summarizes Theranos' CAPAs and associated timing.

## Summary of Theranos Newark 483 Observation Responses

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| 1 | Devices for which listing is required have not been listed. | • On September 15, 2015, Theranos re-submitted a 510(k) for the TSCDs for the hematology indications.<br>• On October 7, 2015, Theranos re-submitted a 510(k) for the TSCDs using Lithium Heparin.<br>• On October 7, 2015, Theranos re-submitted a 510(k) for the TSCDs using K2EDTA. | |
| 2 | Procedures for receiving, reviewing, and evaluating complaints by a formally designated unit have not been adequately established | Theranos CAPA-00027<br>CORRECTIVE:<br>• Update SOP-00174 (Complaints) to document a process for receipt, review and evaluation of complaints.<br>  o COMPLETE- SOP-00174 revisions B (DCO-00532) and C (DCO-00545) were released. SOP-00174-F1 (Complaints Log) and SOP-00174-F2 (Complaint Investigation) revision A were released (DCO-00532).<br>• Release MDR SOP.<br>  o COMPLETE- SOP-00159 revision A was released (DCO-00531).<br>• Communicate findings regarding CLIA complaint procedures to CLIA for handling per the CLIA quality system.<br>  o COMPLETE- Investigation results regarding CLIA procedures was emailed to the VP of Theranos Systems / Director of CLIA Lab.<br><br>PREVENTIVE:<br>• None required, procedures were found to be satisfactory. | Actions completed, pending Verification of Effectiveness Checks.<br><br>Verification of Effectiveness will conclude by March 11, 2016 and includes:<br><br>Review the Complaint Log once per month for 6 months to verify that:<br>• Complaints are logged in SOP-00174-F1 and investigated per SOP-00174-F2.<br>• Reportable complaints are identified and handled in compliance with SOP-00159 |
| 3 | Complaints involving the possible failure of a device to meet any of its specifications were not reviewed, evaluated, and investigated where necessary. | Theranos CAPA 00028<br>CORRECTIVE:<br>• Update SOP-00174 (Complaints) to document a process for receipt, review and evaluation of complaints.<br>  o COMPLETE- SOP-00174 revisions B (DCO-00532) and C (DCO-00545) were released. SOP-00174-F1 | Actions completed, pending Verification of Effectiveness Checks.<br><br>Verification of Effectiveness will conclude by March 11, 2016, providing six months of monitoring, and includes:<br><br>Review the Complaint Log once per month for 6 months to |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | (Complaints Log) and SOP-00174-F2 (Complaint Investigation) revision A were released (DCO-00545). <br>• Release MDR SOP. <br>   o COMPLETE- SOP-00159 revision A was released (DCO-00531). <br>• Identify all NCRs and complaints reported in the CLIA Lab complaint log that represent customer complaints that should be addressed per SOP-00174. Add all identified complaints to the newly-released Complaint Log SOP-00174-F1. Review complaints for potential MDR Reportability. <br>   o COMPLETE- The complaints have been reviewed from NCRs in Agile and from the CLIA log, and 56 have been added to the newly-released Complaint Log form SOP-00174-F1.   The current copy of the complaint log is a living document and is controlled and maintained by the Quality Director. <br>   o COMPLETE - 0 were found to be reportable per FDA under 21 CFR Part 803. The completed Complaint Investigation Forms are retained in hard copy in a secure filing system. <br>• PREVENTIVE: <br>   o None required, procedures were found to be satisfactory. | verify that: <br>• Complaints are logged in SOP-00174-F1 and investigated per SOP-00174-F2. <br>• Reportable complaints are identified and handled in compliance with SOP-00159 |
| 4 | Corrective and preventive action activities and/or results have not been documented. | Theranos CAPA-00029 <br>CORRECTIVE: <br>• CAPAs have been opened to address all corrective and preventive actions during the course of the external audit, and will document the investigation results and proposed solutions: <br>   o <u>Complaint Handling</u> - FDA Newark QSIT Audit SEP2015 Observation #2 / CAPA-00027 and Observation #3 / CAPA-00028. COMPLETE. <br>   o <u>Supplier Qualifications</u> - FDA Newark QSIT Audit SEP2015 Observation #6 / CAPA-00031 and Observation #7 / CAPA-00032. COMPLETE. <br>   o <u>DHRs</u> - FDA Newark QSIT Audit SEP2015 Observation #8 / CAPA-00033. COMPLETE. <br>   o <u>Internal Audits</u> - FDA Newark QSIT Audit SEP2015 | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks. <br><br>• Verification of Effectiveness will conclude by March 11, 2016, providing six months of process monitoring, and includes: <br>   o Review of the monthly quality metric reports issued per WI-00131 to confirm that quality deficiencies are identified and that any deficiencies requiring the CAPA process result in the initiation of CAPAs. |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                                                 TS-1068294

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | Observation #9 / CAPA-00034. COMPLETE.<br>• Implementation of the Internal Audit SOP-00177 (DCO-00563) and the Quality Metrics WI-00131 (DCO-00535) in conjunction with the CAPA process (SOP-00157 and WI-00065) and Management Review (SOP-00165) as released constitute a complete system to evaluate the current state of the Quality System to identify and correct (per SOP-00157) any remaining deficiencies.<br>• Confirm / conduct training to the updated SOP-00157 revision C per SOP-00152-F3.<br>• Initiate CAPA to address deficiencies in individuals being current with required training.<br>   ○ COMPLETE - CAPA-00040 has been initiated to address training deficiencies.<br><br>PREVENTIVE:<br>• Implementation of the Internal Audit SOP-00177 and the Quality Metrics WI-00131 in conjunction with the CAPA process (SOP-00157 and WI-00065) and Management Review (SOP-00165) as released constitute a complete system to monitor the future state of the Quality System to identify (and correct per SOP-00157) any remaining deficiencies.<br>• Reference CAPA-00040 for preventive actions related to training. | |
| 5 | Software validation activities and results for computers or automated data processing systems used as part of production and the quality system have not been documented. | Theranos CAPA-00030<br>CORRECTIVE<br>• Validate spreadsheets used in manufacturing<br>   ○ COMPLETE - DCO-00634 was released to:<br>      ▪ Validate the Needle Length QC Log, QCP-00063-F2 via validation report VR-00024<br>      ▪ Validate the Surfasil QC Inspection Log, MOP-00620-F2 via validation report VR-00026<br>      ▪ Validate the TSCD Electronic Force Gage Software, 90-00273 via validation report VR-00025<br>      ▪ Validate the TSCD Label Design and Print Software, 90-00272 via validation report VR-00027 | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks.<br><br>• Verification of Effectiveness will conclude by January 15, 2016, providing three months of process monitoring, and includes:<br>   ○ Audit custom software implementation in active production areas to verify compliance to WI-00134 in the 4th quarter of 2015 |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

TS-1068295

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | • Obsolete any spreadsheets or software not validated<br>  o COMPLETE - DCO-00632 was released to update QCP-00063 and QCP-00064 to delete the use of barcode verification and use visual inspection.<br>  o MOP-00598 was updated to replace the Gel QC inspection with dimensional verification via a caliper<br>PREVENTIVE<br>• Release WI-00134 Rev. A, Spreadsheet Validation<br>  o COMPLETE - WI-00134 was released to Revision A under DCO-00553<br>• Document training for WI-00134 Rev. A<br>  o COMPLETE – Training completed and Training records provided | |
| 6 | The evaluation of potential suppliers was not documented. | Theranos CAPA-00031<br>CORRECTIVE:<br>• Add all current suppliers of production material to the ASL (DOC-00120) for completion of certification per WI-00073.<br>  o COMPLETE – DOC-00120 revision B includes all TSCD material suppliers. (DCO-00568)<br>  o COMPLETE – DOC-00120 revision C completes the qualification of suppliers. (DCO-00630)<br>• For all suppliers of TSCD production materials since September 2013:<br>  o COMPLETE - Create a supplier file for any suppliers not on the ASL (reference Investigation Plan Element #5 results). – Techniprint.<br>  o COMPLETE - Document retroactive assessment of all TSCD suppliers and their suitability for use per SOP-00170 / WI-00073. Include the assessment in each supplier's file (reference Investigation Plan Elements #4 and #5 results).<br>• Confirm / conduct training to the current revision of SOP-00171 (revision B) for all assigned individuals per SOP-00152-F3.<br>  o COMPLETE – Training records provided<br>• Initiate CAPA to address deficiencies in individuals being current with required training. | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks.<br><br>• Verification of Effectiveness will conclude by March 11, 2016, providing six months of process monitoring, and includes monthly audits of:<br>  o Goods and services procured for production materials are from suppliers included on the ASL.<br>  o The ASL to confirm that all suppliers of production materials achieve the status of "qualified" per SOP-00171. |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | ○ COMPLETE - CAPA-00040 has been initiated to address training deficiencies.<br><br>PREVENTIVE:<br>• Reference CAPA-00034 for preventive actions related to conducting internal audits.<br>• Reference CAPA-00040 for preventive actions related to training | |
| 7 | Records of acceptable suppliers have not been adequately established. | Theranos CAPA-00032<br>CORRECTIVE:<br>• Handle material per deviation until SOP-00170 (Procurement) and SOP-00169 (Handling and Storage) are updated.<br>  ○ COMPLETE- reference DEV-00327.<br>• Update:<br>  ○ SOP-00170 (Procurement) to indicate that purchases shall be made only from suppliers on the approved supplier list.  COMPLETE<br>  ○ SOP-00169 (Handling and Storage) to indicate that materials received from suppliers not on the approved supplier list are to be quarantined.  COMPLETE<br>• Confirm / conduct training to SOP-00170 for all assigned individuals per SOP-00152-F3 to address specific training deficiency. COMPLETE<br>• Initiate CAPA to address deficiencies in individuals being current with required training.<br>  ○ COMPLETE - CAPA-00040 has been initiated to address training deficiencies<br><br>PREVENTIVE:<br>• Reference CAPA-00040 for preventive actions related to training. | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks.<br><br>• Verification of Effectiveness will conclude by March 11, 2016, providing six months of process monitoring, and includes monthly audits of:<br>  ○ Goods and services procured for production materials are from suppliers included on the ASL. |
| 8 | Procedures for device history records have not been adequately established. | Theranos CAPA-00033<br>CORRECTIVE:<br>• Review SOP-00151, Device History Records, Revision A, to confirm compliance with the Code of Federal Regulations requirement for Device History Record in 21 CFR 820.184(e). | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks.<br><br>Verification of Effectiveness will conclude by January 15, 2016 and include:<br>• An audit of a representative sample of production Device |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION<br>EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos   TS-1068297

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | ○ COMPLETE – SOP-00151 contains language that reflects the Code of Federal Regulations requirement for Device History Record in 21 CFR 820.184(e).<br>• Review TSCD retains, photocopy product labels, and attach copy to associated DHRs<br>○ COMPLETE - Product retains with actual product labels were available as follows:<br>  ▪ 52-00120: L/N 13042015-4469 and later<br>  ▪ 52-00121: L/N 30032015-4358 and later<br>○ Labels were photocopied and attached to associated DHRs. Lots manufactured prior to the above are past expiration and no longer in service in field<br><br>PREVENTIVE:<br>• Update MOP-00606 MOP, TSCD Packaging to require retained copies of labels to be affixed to the device history record for retention.<br>○ COMPLETE – MOP-00606 was updated to require label retention (DCO-00551)<br>• Document retraining of Production management, manufacturing engineers and quality engineers<br>○ COMPLETE – Training records provided | History Records to ensure compliance with the DHR requirements, with a 95% confidence interval, that records are in compliance (59 records evaluated with zero non-conformances) |
| 9 | Quality audits have not been performed. | Theranos CAPA-00034<br>CORRECTIVE:<br><br>• Update SOP-00177 (Internal Quality Audits) and associated forms to document the detailed evaluation requirements for conducting Internal Quality Audits.<br>○ COMPLETE- SOP-00177 revision B and SOP-00177-F3 (Internal Audit Assessment and Report) revision A were released (DCO-00563).<br>• Release Internal Quality Audit Schedule.<br>○ COMPLETE- SOP-00177-F2 (Internal Audit Schedule), DOC-00148 revision A (2015 Internal Audit Schedule) and DOC-00149 revision A (2016 Internal Audit Schedule) were released (DCO-00563).<br>• Establish an Internal Quality Auditor group and provide individuals with the appropriate internal audit training. | Corrective and Preventive Actions are completed, pending Verification of Effectiveness Checks.<br><br>Verification of Effectiveness will conclude by April 15, 2016 and include:<br>• Confirm completion of all 2015 and Q1 2016 internal quality audits per SOP-00177-F2 Audit Schedule |

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                   TS-1068298

| # | Observation | Corrective and Preventive Action | Timing |
|---|---|---|---|
| | | PREVENTIVE:<br>• None required, procedures were found to be satisfactory. | |

Thank you for your consideration of these responses to the above-referenced 483.

CONTAINS TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION
EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos

TS-1068299