# EXHIBIT 19

**To:** Sunny Balwani[sbalwani@theranos.com]; Christian Holmes[cholmes@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Tue 9/1/2015 3:29:59 PM
**Importance:** High
**Subject:** FW: Thank you for your time and candor
**Received:** Tue 9/1/2015 3:30:01 PM

-----Original Message-----
From: Anderson, Peter [mailto:AndersPS@sutterhealth.org]
Sent: Tuesday, September 01, 2015 6:51 AM
To: Elizabeth Holmes <eholmes@theranos.com>
Cc: Christian Holmes <cholmes@theranos.com>; Ksidakis, Andreanna <KsidakA@sutterhealth.org>
Subject: Thank you for your time and candor
Importance: High

Elizabeth,

Our visit Thursday and Friday was catalytic for our team. I hope the FDA visit went well!

We reported out on our site visit to the rest of our c-suite at 8 AM Monday. Everyone was very engaged and positive about pursuing a strategic partnership.

Your candor about pathways to a deep strategic relationship opened new possibilities which will prove fruitful as we proceed.

My summary of key points and next steps follows:

Theranos and Sutter Health value highly the mutual benefits of a long term strategic partnership. We can help accelerate Theranos' growth and in so doing create value for our patients through lower cost and lower priced services. By serving as a strategic partner we will have access to deployed equipment and have implemented computer interfaces and staff work flows a year or more ahead of other non-partner health systems in Northern California.

Theranos can help us build our bio bank sample library using nanotainers.

We believe Sutter Health can accelerate Theranos' FDA approvals by working with Theranos and our patients to provide samples for calibration and proof of reliability.

Sutter Health can work with Theranos to develop and measure hospital "use cases" like improving length of inpatient stays and improving ED throughput. Perhaps we could deploy stat labs across each hospital so nurses could provide continuous testing throughout the day.

Sutter Health believes that investing in preferred equity will help cement and align our relationship.

Directly investing in preferred non voting equity (rather than through Peer Venture Partners) makes the approval simpler for Sutter Health because there will be fewer fees and no one-sided caveats like those in the current private equity fund documents.

Next steps:
1. Theranos will draft and share a proposed partnership document and Sutter Health will do the

Confidential
THPFM0000268641

same. (Christian and Peter on point. I expect to have ours to you early next week)

2. We will meet again to resolve any differences and iron out our relationship.

3. Based on a 4 pm call Monday, Jared Hutchins at PVP is still under the impression that you expect him to close our investment this week through his fund. I told him that our conversation opened up additional paths to aligning our organizations through equity and that you had no expectation of an immediate close. It would be ideal if someone in authority from Theranos would confirm to Jared that there is no immediate deadline to invest via PVP and that we will likely pursue other pathways to equity (e.g., direct investment in preferred stock, performance warrants or options that vest as Sutter Health delivers on our part of the partnership) which have heretofore not been available to strategic partners.

I hope this reflects your take-aways from our brief but candid discussions. Please feel free to edit this or give me a call to discuss. (916-719-7320 mobile)

Looking forward to a deep and enduring partnership.

Peter

Peter S. Anderson
Chief Strategy Officer
Sutter Health

Confidential