# EXHIBIT 20

Message

| | |
|---|---|
| **From:** | Anderson, Peter [/O=SUTTERCHS/OU=CALIFORNIA/CN=SUTTER HEALTH SUPPORT SERVICES/CN=USERS/CN=CTANDEP] |
| **Sent:** | 11/9/2015 2:18:57 PM |
| **To:** | 'Jared Hutchings' [jared@peerventurepartners.com] |
| **CC:** | 'Elizabeth Holmes' [eholmes@theranos.com]; 'Christian Holmes' [cholmes@theranos.com] |
| **Subject:** | Sutter Health Partnership |

Jared –

Thank you for reaching out over the past couple weeks to share your flexibility on structuring a fund investment for Sutter Health.  As promised, I am writing to share the outcome of last week's board retreat discussions about the proposed Theranos-Sutter Health relationship.

After discussing your offer, we have decided not to proceed with continued due diligence pursuant to making an outright investment.  Instead, we would like to pursue a strategic partnership with Theranos to further support proving their inpatient and outpatient "use cases", furthering the science, and obtaining FDA approvals.  There remains significant support among management and our board for pursuing a strategic relationship.  I look forward to making it real.

Based on prior emails and conversations with Christian, I will reach out to him on this topic to see if we can get the partnership moving forward on terms acceptable and advantageous for both Theranos and Sutter Health.

Thanks again for your help and flexibility,
Peter

**Peter S. Anderson**
Chief Strategy Officer

Sutter Health
**We Plus You**

(916) 286-6757
andersps@sutterhealth.org

*Confidentiality Notice: This email is for the sole use of the intended recipient and may contain material that is confidential and protected by state and federal regulations. If you are not the intended recipient please immediately delete it and contact the sender. Thank you.*



EXHIBIT
SF 4030
EX. 33

CONFIDENTIAL TREATMENT REQUESTED

SHTHER01825

SEC-TX-000000925