# EXHIBIT 21

**Theranos**
*redefining healthcare*

# Contents

Background on Theranos

## Reinventing the Clinical Laboratory

Patient Experience
Theranos Footprint:  Geo-Access
Data Accuracy
Rapid Results & Decision Support

Cost Savings

Clinical Data: Deep Dive

9

Theranos Confidential



redefining healthcare

# Transforming the Patient Experience

Check-In → Prep & Perform Finger Stick → Collect Biometrics → Close-Out



Lab Today



Theranos

Finger-stick tests reduce volumes of blood draws by 99%

Major impact on patient experience: pediatrics, geriatrics, oncology, etc.

Theranos Confidential

10

# Transforming the Patient Experience

**Theranos**
*redefining healthcare*





Theranos Confidential

**Theranos**
*redefining healthcare*

# The New Patient Experience



| Check-In | Prep & Perform Test | Collect Biometrics | Close-Out |

- Real-time, finger-stick based tests without need to drive to third-party sites

- Integrated consumer portal enables intelligent, individualized medicine, in contrast to currently available consumer health portals.

- Health information and nutritional recommendations provide insight into improvements in lifestyle, diet, and other resources available through the medical community.

- Customized *Health Assistant* web and mobile phone will provides "smart" automated support through mobile & online portals for a total customer lifestyle/health solution and individualized (real-time) links to providers and their staff



Theranos Confidential

12

FOIA CONFIDENTIAL TREATMENT REQUESTED

# Traditional Provider Experience

**Theranos**
redefining healthcare

## BEFORE



## AFTER





Theranos Confidential

13

FOIA CONFIDENTIAL TREATMENT REQUESTED


Theranos™
redefining healthcare

# Provider Impact

- Improved quality of care through real-time access to results and real-time, automated reflex testing without the need for additional labs
- Better integrity data through fresh, automated sample analysis to eliminate sample degradation issues and human lab errors
- Rapid turn-around prevents prophylactic treatments
- Decision support, visualization and analysis tools around individual biochemical profiles and traditional CDS guidelines support better diagnoses and early detection of diseases
- High integrity longitudinal data allows for trend characterization over time
- Rates of change of biochemical data are better indicators of disease progression than static concentrations of the markers
- Reduced physicians' office overhead expenses and new sources of income for test interpretation
- Minimal/no set up or training time required

Theranos Confidential

14

**Theranos**™
*redefining healthcare*

# Theranos Reinvents the Clinical Laboratory



The <5% CV yielded in Theranos' analysis results from elimination of pre-analytic errors, and provides for precise and actionable information that was previously inaccessible

Theranos prices all routine, specialty, esoteric, genetic and genomic tests at unprecedented low rates, yielding savings on a direct and out-of-pocket basis n addition to significant, immediately realizable, and fully loaded cost savings

Theranos has quicker test run times and communicates results within 20 – 30 minutes after the sample arrives at the lab

15

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000377


Theranos™
redefining healthcare

16

# Finger-Stick Based Testing

## Routine, Specialty & Esoteric Tests

- All 2000+ currently run tests/CPT codes are available through Theranos

- Theranos runs any test available in central laboratories

- Theranos can process any sample type

- All tests match existing reimbursement codes

- With CLIA certification, Theranos is a nationally accredited provider

## Higher Quality Data

- Variability among traditional labs prevents insight into:
  - Early disease onset, progression, and regression

- Theranos' unprecedented lack of variation yields:
  - Higher integrity data and longitudinal trending
  - Earlier insight into the onset/progression of disease
  - Reduction in unnecessary secondary procedures from results which currently show up as false positive results

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

theranos 7,000+ PSCs
redefining healthcare

Theranos
redefining healthcare

Theranos Confidential



Theranos
redefining healthcare

Quest Diagnostics® :: 1,445 PSC

Theranos Confidential



**Theranos**™
redefining healthcare

# Theranos Patient Service Centers Provide Greater Coverage for Patients

**Theranos' footprint at retail:**

- Theranos patient service centers are located within a smaller radius from the patient than currently available

- Theranos has more patient service centers than any lab provider in CA

- Convenience is offered at an unprecedented value

|  | 1 mile | 3 miles | 5 miles |
|---|---|---|---|
| *theranos* redefining healthcare | | >95% | |
| Quest Diagnostics® | 7% | 35% | 56% |
| LabCorp Laboratory Corporation of America | 9% | 45% | 69% |



Theranos Confidential

20

Theranos
redefining healthcare

## Convenient Results 24x7

Theranos patient service centers are open 24 hours per day, 7 days per week

- 3x more operating hours per week than any national lab provider today
- Painless patient experience any time of day
- Significant economic impact in reduction of physician office visits
- Better compliance yields better care



21

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000383



Theranos Sites

Theranos
redefining healthcare

22

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED



ROUGHEAD_THERANOS_0000385



FOIA CONFIDENTIAL TREATMENT REQUESTED



ROUGHEAD_THERANOS_0000387



FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000388



FOIA CONFIDENTIAL TREATMENT REQUESTED

**Theranos**
redefining healthcare

# Overview: Theranos Systems

## Theranos Systems



Minilab Devices



Cartridges



Mobile Applications –
e.g. *Triage*

## Customized, client-specific decision support software



Database
Infrastructure

Pattern Recognition
Algorithms



Applications –
e.g. Billing

28

Theranos Confidential



# Theranos Systems minilab

Theranos Confidential

29

# Excerpts from Theranos' Test Menu

**Theranos**
redefining healthcare

## Bacteria
Streptococcus pneumoniae (penic R(24%),S)
Mycoplasma pneumoniae
Chlamydia pneumoniae
Bordetella pertussis
Haemophilus influenzae (ampic R,S)
Moraxella catarrhalis
Staphylococcus aureus (MR (30%), RS)
Streptococcus pyogenes (A)
Streptococcus agalactiae (B)
Pseudomonas spp (aeruginosa)
Haemophilus parainfluenzae
Enterobacteriaceae spp
Legionella spp
gram-negative bacteria
Escherichia coli

## Viral
H5N1, H1N1
H3N2, Infl. B
Rhino Virus
Adenovirus
RSV
parainfluenza virus (1,2,3,4)
Coronaviruses
human metapneumovirus (HMPV)

*105 Tests Shown, Another
20+ pages show all available tests w/

## Complete Blood Count w Diff
White blood cell count
Red blood cell count
Hemoglobin
Hematocrit
Mean corpuscular volume
Mean corpuscular hemoglobin
Mean corpuscular hemoglobin concentration
Platelet count
Mean platelet volume

### Renal Panel
Albumin
BUN
Calcium
CO2
Chloride
Glucose
Phosphorous
Potassium
Sodium
Creatinine
eGFR

### Thyroid Panel
TSH
T-3
T-4

### Liver Panel
ALT
Alkaline Phosphatase
AST
Ferritin
GGT
Iron
Lactate Dehydrogenase
Microalbumin
Total Protein
Albumin
Globulin
Bilirubin Direct
Bilirubin Total

## Complete Metabolic Panel
HGB A1c
Glucose
Calcium
Albumin
Total Protein
Sodium
Potassium
CO2
Chloride
BUN
Creatinine
ALP
ALT
AST
Bilirubin
Magnesium
Ipecac
Lsd,
Lsd-25,
Lysergide,
Nalbuphine
Nubain{R}
Rohipnol&#64;&#174;
Stadol&#174;
Ethyl Glucuronide,

## Cardiovascular Panel
Creatinine
Kinase
Troponin-I
Troponin-t
CRP- High-Sensitivity & LS
Homocysteine

### Lipid Profile & Glucose Panel
Cholesterol
HDL
LDL
LDL/HDL Ratio
Triglycerides
VLDL

## STDs & Drugs of Abuse
Chylmd Trach, Dna, Amp Probe
N.Gonorrhoeae, Dna, Amp Prob
Hpv, Dna, Amp Probe
Acid
Butorphanol
D-Lysergicacid Diethylamide,
Dolophine,
Flunitrazepam
Hairstat
Heroin,



Theranos Confidential

30

FOIA CONFIDENTIAL TREATMENT REQUESTED                    ROUGHEAD_THERANOS_0000392

**Theranos**
redefining healthcare

# Theranos Systems Products

## 1. Routine, Specialty, & Esoteric Tests

## 2. Wellness Tests

- Proteomic tests characterize the onset, progression, and regression of obesity and diabetes
- Test data links to *Health Assistant* application for automated assistance in changing behavior, weight loss, and delaying the progression of disease
- Individualized recommendations based on blood test results and changes in blood tests, diet, and lifestyle over time
- These tests can be offered on a routine basis to measure progress and the success of different behavior changes

## 3. Diagnostic & Predictive Women's and Men's Health Tests

- Include the following proprietary tests, amongst others:

  Chronic Disease

  - Heart disease progression & risk of heart attacks
  - Breast & ovarian cancer early detection and onset
  - Prostate & colorectal cancer early detection onset

  Infectious Disease

  - Influenza (H1N1 2009 swine, non-swine flu, H3N2 (global flu), H5N1)
  - Viral versus bacterial infection through a comprehensive panel of the most common pathogens
  - HIV & other STDs

  Fertility & Pregnancy

  - Better characterization of optimal time for conception, efficacy of fertility treatments, and how best to optimize them (e.g. during IVF or hormone therapy)
  - Earlier & more accurate detection of pregnancy than currently possible
  - Early detection of preeclampsia

Theranos Confidential

31

**● Theranos**
redefining healthcare

# Theranos Wellness, Diagnostic & Predictive Tests

- Theranos Wellness, Diagnostic, and Predictive Tests are the foundation of a new testing standard

- These tests predict the onset of disease far before clinical symptoms and more accurately than conventional testing methods

- Unlike conventional "personalized medicine" tests, Theranos tests not only account for an individual's genetic make-up, but also the expression of those genes over time

- Theranos tests take into account the influence of all environmental data – diet, exercise, sleep, psyche, and many other factors – on the onset, progression, and regression of disease

- Unlike genetic/genomic tests, whose predictive power is not supported by science or not approved by FDA and do not account for environmental factors, Theranos' predictive tests have greater than 80% power in predicting outcomes as proven through studies with thousands of patients submitted to FDA

- Theranos' predictive 'signatures' characterize disease progression and regression unlike any other testing methodology available today.

Theranos Confidential

32

**Theranos**
redefining healthcare

# Theranos Predictive Tests

## Women's Health

- Early detection of pregnancy complications and/or the risk of complications such that interventions can be made in time to improve outcomes.

- Finger-stick based tests for the earliest detection of breast and ovarian cancer, designed to reduce false positive results.

- CHF tests to predict risk of and reduce hospitalization due to cardiovascular event.

## Men's Health

- Finger-stick based tests for the earliest detection of prostate and colorectal cancer, designed to reduce false positive results.

- Fertility tests for men.

- CHF tests to predict risk of and reduce hospitalization due to cardiovascular event.

Significant reduction in overall system costs (ie. replace mammogram, PSA, etc.)

Theranos Confidential

33

**Theranos**
redefining healthcare

# CMS CLIA Accreditation

## Theranos is certified as a High Complexity CLIA Laboratory

### Clinical Laboratory Improvement Amendment of 1988

- CLIA regulates all testing on humans for health purposes using quality standards
  - The more complex the test, the more stringent the standards

- Ensures accurate, reliable testing regardless of location

- Administered by ,  & 

Theranos Confidential

34

FOIA CONFIDENTIAL TREATMENT REQUESTED          ROUGHEAD_THERANOS_0000396

**Theranos**
redefining healthcare

# CMS CLIA Accreditation

## Complexities (as defined by CMS)

- Waived – simple, accurate tests without routine oversight
- Moderate – most tests fall in this category; automated testing where the lab must meet standards and surveyed biennially
- PPM – provider performed microscopy; the lab must meet quality standards; no routine oversight

- High Complexity – requires the highest level of training, technique and result interpretation; most stringent standards; labs are surveyed routinely and randomly

 theranos

- Certification as a high complexity lab under CLIA
- Theranos clinical analyzers are Class I analyzers under FDA 21 CFR Parts 862-892

Theranos Confidential

35

ROUGHEAD_THERANOS_0000397



**Theranos**
redefining healthcare

36

# CMS CLIA Accreditation

## Theranos' Quality Standards Under CLIA

- Personnel qualifications & responsibilities – lab director has overall responsibility; supervision of required positions

- Quality Control (QC) – mechanism to ensure all testing procedures meet highest standards

- Specimen Integrity and Record Keeping – documentation of all test data; patient identification, confidentiality, test referrals, etc.

- Proficiency Testing (PT) – testing for accuracy and control comparisons; biennial audits of testing accuracy

- Quality Assessment (QA) – ongoing assessments; comprehensive system to monitor performance and ensure quality results

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED



**Theranos**
redefining healthcare

# Validation of Theranos

Theranos has been comprehensively validated over the course of the last seven years by ten of the fifteen largest pharmaceutical companies, with hundreds of thousands of assays processed.

After running clinical trials with Theranos instead of the central laboratory, GlaxoSmithKline's Lab Director concluded that **"Theranos' lab infrastructure eliminates the need for a lab."**

Theranos' lab infrastructure is validated under **FDA** **ICH** and **World Health Organization** guidelines.

3/7

Theranos Confidential

● Theranos™
redefining healthcare

# Validation of Theranos Systems (cont.)

## _Excerpts from Johns Hopkins due diligence and technology validation:_

- "The technology is novel and sound. It can accurately run a wide range of routine and special assays

- The technology is simple enough to be used by non-specialists in the field

- Special strengths of the technology include:

  - Accuracy

  - Miniaturization (small footprint, portable, usable in the field)

  - Flexibility (can be tailored to needs of variety of clinical venues)

  - Connectivity (connection to centralized control via wireless/web enhances QC and population-based analysis)

  - Adaptability for Research (can be tailored for repeated measures of new targets, e.g. drugs)

  - Cost per study was stated to be significantly lower than currently available on the commercial market

- No major weaknesses were identified"

38

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000400



**Theranos** redefining healthcare

# Theranos' Information Systems

- Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission

- All data is transmitted to physicians through a secure customized portal or through secure fax

- Individual patient lab data is automatically integrated with other data and then integrated into the decision support system for front and back-end decision support

- Data visualization tools and front and back-end decision support applications support actionable interpretation of results

- Algorithms will facilitate adoption of evidence-based guidelines for optimal frequency of testing and elimination of false positive interpretation of results

- **Providers and partners will have a customized portal for real-time access to data, analyses, and clinical decision support based on dynamic, individual patient data**

Theranos Confidential

39

# Theranos Data Infrastructure:
## Customized Data Integration & Standardization

- Standards-based import tools on web portal allows for automatic importation, integration, and standardization of data from any and all clinical databases.



Theranos Confidential

40



**Theranos**
redefining healthcare

# Theranos Systems Applications

Theranos has developed applications covering a wide range of features and functions for insurance, physician and patient use





**Mobile Applications**
e.g. the *Health Assistant*

**Web Applications**
e.g. Integration,
Individualized CDS,
Compliance, Billing

Theranos Confidential



41

**Theranos**
redefining healthcare

## Patient/Consumer Centric Applications
## Web & Mobile Phone *Health Assistant Application*



"Serious diseases that are linked to what we eat kill an estimated three out of four Americans each year."

- Individualized recommendations based on each user's biochemical blood profiles facilitate behavior modification and healthy food choices.

- World-class content delivered through 24x7 individualized messaging.

- Practical tools, such as partnership networks, further assist in modifying behavior.
  - Coupons
  - Community events
  - Food suggestions and automated ordering
  - Real-time Q&A with Theranos and/or local clinical staff

- Social networking around process and successes is a powerful new marketing channel.

Theranos Confidential

42

**Theranos**
redefining healthcare

## Individualized Web/Mobile *Health Assistant Application*

Don't forget workout clothes when you travel to LA

Two blocks from you there's a restaurant with soup and salad. Press here for a coupon for today's healthy lunch

I see you're flying to Seattle. Carry a snack so you can stay with your diet on the plane

## Automated health support



Theranos Confidential

# Individualized
# Clinical Decision Support: Theranos Device

**Theranos™**
redefining healthcare.

Enter details for Ham. Steed

Amount    1

Units    serving



Today's Survey

Touch any of the symptoms that you experience today, then touch "next"

| | | |
|---|---|---|
| Shortness of Breath | Depressed | Headache | Fatigue |
| Decreased Appetite | Nausea | Body Pain | Dizziness |

Enter a few details for Bike Riding

Duration:   **How much time did the activity take?**

Intensity:   **How intense was the activity?**

Distance:   **How far did you go?**

Add to Survey List



Select the activity you did today

My Top 10     Browse All     Search





44

FOIA CONFIDENTIAL TREATMENT REQUESTED      ROUGHEAD_THERANOS_0000406

**Theranos**
redefining healthcare

# Predictive Insight Into Disease Progression

Robust studies have shown that more frequent sampling on a low variability platform allows characterization of trends that cannot be seen when patients come into the clinic for blood draws less frequently and run in traditional labs.



Variability in M30 and M65 Pre-dose Levels
(5-7 day gap between 2 pre-dose samples)

Average 'Noise'
M30 = 14%
M65 = 13%

Time series: chemo-sensitive
solid tumor and M30 M65 trends

Start point, Drug Periodicity Signature,
Overall Trend.

BEP, Platinum Based Therapy

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED        ROUGHEAD_THERANOS_0000407

**Theranos**
redefining healthcare

# Use of Time Series Multiplexed Measurements

## Example: Monitoring an AML patient for sepsis

Theranos Confidential



## Patient Relapse

Patient recovers, released from ICU

Sepsis

Patient in ICU

Patient back in ICU

Fever

Legend:
- Protein C
- CRP

[Protein C], ug/ml (left axis): 0.00, 0.50, 1.00, 1.50, 2.00, 2.50, 3.00, 3.50, 4.00, 4.50, 5.00

[CRP], ug/ml (right axis): 0, 50, 100, 150, 200, 250, 300, 350, 400, 450, 500

Timepoint: 1 3 5 7 9 11 13 14 16 18 20 22 24 26 28 30 32 34 36 38 40 42 44 46 48 50 52 54 56 58 60 62 64 66 68 70 72 74 76 78 80 82

Theranos Confidential

47



# Theranos
redefining healthcare

# Algorithms used to reduce false positive results through large-scale pattern analysis



Solid red lines are simulation results

Denosumab data: McClung et al 2006

## Case study

- 95% predictive power

- The model takes into account complex physiological system pathways

- Model recognizes signatures of BMD changes measurable ~6 months prior to physical changes in BMD to better assess need for intervention

Theranos Confidential

48

ROUGHEAD_THERANOS_0000410

**Theranos**
*redefining healthcare*

# Population Centric and Disease-Specific Applications Modeling and Simulation of H1N1 in District Federal

Based on large set of clinical records from patients with influenza- like illness (ILI) in Mexico from 2009:

- Utilized the Theranos influenza model to simulate the H1N1 outbreak in an urban, dense population
- Evaluated the impact and cost-effectiveness of enhanced testing and surveillance using THS
- Assessed vaccination strategies to determine the impact on the number of cases and deaths
- Explored the impact of different surveillance strategies under different household secondary attack rates

49

Theranos Confidential

**Theranos**
redefining healthcare

# Theranos Health Threat Control Center for IMSS

## Predictions of H1N1 Outbreak & Recommended Interventions



31-May

- Attack rate: number of suspected cases per 1 million people
- Mexico City shows later but sustained high attack rate

Theranos Confidential

50

FOIA CONFIDENTIAL TREATMENT REQUESTED

**⊙Theranos**
*redefining healthcare*

# Model Predicted Spread of Outbreak with >99% Accuracy



Day 150

○ Attack rate: normalized to peak in each state

○ State geographical locations clearly impact spread of infection

Theranos Confidential

51

Theranos™
redefining healthcare

# Multi-analyte Longitudinal Patient Monitoring in ICU

- Longitudinal sampling of both H1N1 antigen levels and blood cytokine levels provides insight into dynamic pathological changes that may be associated with patient response and adverse events

- Early detection of changes in patient conditions will lead to improved outcomes (lives saved) and better personalized patient care

## Blood Cytokine Assays



## Nasal Antigen Assay



52

Theranos Confidential

ROUGHEAD_THERANOS_0000414


Theranos
redefining healthcare

## Overview for Patient Triage

- Analyte test data could be integrated into a patient triage setting to improve/enhance clinical decision making
  ∘ Example: Cytokine data collected by Theranos in the field could be used to support / discover new cytokine-dependent biomarkers for management of H1N1 pandemic

- Potential areas that could be impacted include:
  1. Improved case definitions and testing
  2. Decision whether to hospitalize/admit to ICU
  3. Decision whether to transport patient and what immediate care is warranted
  4. Decision on treatment
     - Example: should influenza patient be treated with antiviral and/or decision on whether to quarantine/isolate

Theranos Confidential

53



EXAMPLE OF H1N1 TRIAGE APPLICATION

Theranos®
redefining healthcare

**Theranos**
redefining healthcare

# Baseline Infrastructure:
## Decisions On Lab (Not Claims) Data

The objective of this program is to generate immediate, significant impact from the deployment of Theranos technology as part of the broader Theranos partnership:

- Leverage Theranos' disruptive technology and national partnership/deployment infrastructure to screen for any condition at any time or at any frequency over time

- Reduce out-of-pocket costs for administering any screening program by many folds – both the cost of testing as well as the cost of integrating and processing the resulting data

- Provide highly reliable, accurate, and actionable data for real-time integration into decision support systems for unprecedented implementation of its gaps in care/pay for performance programs based on biochemical member data

- Create a 100% electronic infrastructure for collecting, analyzing, billing, reimbursing, and adjusting pay-for-performance policies against this new high integrity biochemical member database powered by data across all plans

<u>Turn screening into a highly strategic and high financial value asset for decision support for economic reimbursement policies through the acquisition and integration of consistent data into decision support systems.</u>

Theranos Confidential

55

**⊕Theranos**
redefining healthcare

# Historical and Current Challenges

1. Consistent, actionable test results across populations have not been available from screening programs because the use of different devices/technologies across all sites creates inherent variability.

   ▪ For example, 80% of HbA1c point-of-care devices do not meet current standards. Using only two different devices in a screening program is likely to produce results which are 25-60% or greater in variation from the true value - with variation increasing the more different technologies are used, making the data unreliable for decision making.

2. The existence of limited test menus limited the medical relevance of the screenings.

3. Trend analysis wherein all test results can be co-related to facilitate decision making over time and gain insight into disease progression and regression for decision making has not been possible because different devices/technologies are used for each test at different sites.

Theranos Confidential

56

**Theranos**
redefining healthcare

# Historical and Current Challenges (continued)

4. The quality and resolution of test results from screening programs has been limited.

■ Point-of-care technologies do not allow for robust chemical processing and sample processing steps to yield more accurate results as is possible in a centralized laboratory. For example, a HDL test requires centrifugation for proper processing which is not done in point-of-care instruments.

5. Error prone, slow, and inaccurate data capture, integration, and analysis.

■ Most information during screening processes today is captured on paper or on spreadsheets or disparate systems introducing human error, loss of data, and inaccuracies.

■ Information captured manually requires manual processing and re-entry into information systems introducing further elements of error and time delays.

■ No single data capture standard has existed for screening as all data capture systems have been disparate.

■ Even when data is measured using automated devices, data coming from multiple devices cannot be automatically or efficiently linked to a single patient record, introducing further data reliability issues.

Theranos Confidential

57



**Theranos**
redefining healthcare

# Historical and Current Challenges (continued)

6. Information has to travel through different systems.

▪ Existing data systems are old, incompatible, and no common format for data capture or data transfer exists, introducing further complexity and cost to screening and the utility of the results. For example, information systems at retail sites cannot capture this information effectively themselves.

▪ Existing information systems are not easily customizable. For example, if anything is changed real-time – like adding a new test such as Vitamin D or Nicotine levels – would require months of planning and implementation work across all retailers/sites doing screening for a health plan/insurer. As a result, data cannot be analyzed until all independent sites' data systems are ready.

7. Real-time data integration with insurer's systems and decision support systems has not been possible.

8. HIPAA Compliance and Security Issues.

▪ Under existing systems technicians performing the tests know the results of every test and information is communicated by paper/insecure systems, creating a higher probability of security threats, breaches and privacy violations.

Theranos Confidential

58

FOIA CONFIDENTIAL TREATMENT REQUESTED



**Theranos**
redefining healthcare

# The Theranos Solution

1. Use Theranos Systems, deployed at 30,000+ locations across the nation, to capture accurate real-time biochemical and biometric information and generate actionable data for insurers' decision support systems.

2. Screening will be available at $30/screening in large volumes for a "routine physical/annual check up" screening test panel (90% off of 2010 Medicare):

   ▫ CBC with differential, Renal Panel, Liver Panel, Chem14, HbA1c, Cholesterol, LDL, HDL, Triglycerides, Glucose, hsCRP, CRP and Vitamin D
   
   ▫ Amongst other diagnoses, this will capture the 30-40+% of Americans who are currently diabetics are undiagnosed
   
   ▫ Other tests like BNP, Nicotine (in blood for longer detection windows), and any demographic-specific other tests are being added to this panel on an annual basis
   
   ▫ Additional tests can also be added in real-time after screening commences

3. The test results and infrastructure are standardized so that decision support systems can correlate across every result and time-point.

4. The systems are 100% electronic with real-time data capture, secure and encrypted data feed, integration, and analysis.

Theranos Confidential

59

ROUGHEAD_THERANOS_0000421

**Theranos®**
redefining healthcare

# The Theranos Solution (continued)

5. Theranos Systems – literally miniaturized, standardized laboratories – overcome the technology limitations and barriers of traditional point-of-care screening including but not limited to limited test menus, lack of chemical and sample processing capability for data accuracy, no standardization of results, and no automated real-time data integration capabilities, amongst others.

6. Neither insurers nor their sites will bear any cost of devices/equipment, start up costs, working capital costs, information capture, data storage, data transmission, or any other sunk costs into fixed infrastructure.

7. As part of its CLIA and its retail infrastructure, Theranos is legally obligated under CLIA and contractually obligated under all our retail contracts to own all responsibility for panic values, acting upon those values by informing the relevant physicians or urgent care personnel.

8. This physician referral infrastructure of course allows us to identify patients who are in panic range (or patients who just don't have primary care physicians) and link them to a PCP in your network to avoid possible ER visits.

9. Insurers can directly select the medically relevant tests it wants to perform and will not be dependent on the availability, accuracy, and cost of current screening technologies at point-of-care.

Theranos Confidential

60



**Theranos**
redefining healthcare

# The Theranos Solution (continued)

10. Insurers will be able to fully customize all screenings by selecting any of the 2,000+ CPT codes desired for testing -- not just the 4-5 available today -- and by testing any demographic population or geography at any frequency desired for its decision support systems and the associated economic decision making.

11. All tests will be performed via a simple finger-stick that requires no additional processing in a CLIA certified infrastructure running with less than 5% coefficient of variation across the entire infrastructure (all devices, cartridges, chemistries) across time.

12. Real-time billing and claims processing eliminates waste and errors and can be used across other Insurer programs.

13. Insurer avoids incurring costs for integrating, processing and analyzing data coming from different sites in different formats from different devices.

14. The Theranos infrastructure is an on-demand infrastructure. Theranos devices will be placed in all strategic locations like retail pharmacies, grocery stores, employer sites, assisted living homes, and others, and can be moved from one geography to another based on real-time demand.

61

Theranos Confidential

**Theranos**
*redefining healthcare*

## Biochemical Baseline:
## Dashboard of Health Profiles & Performance

- Insurers will be able to rapidly characterize its members state of health with a health baseline from accurate, standardized, and comprehensive biochemical patient profiles, starting with obesity, lifestyle behavior/smoking, pre-diabetes, diabetes, and cardiovascular disease data as drivers for disease progression and the associated costs.

- Screenings will not only capture an individual's state of health at any point in time but will also establish a quantitative, actionable baseline threshold around biochemical profiles of members which can then be used to implement <u>effective</u> economic policies for improved outcomes and lowered cost (gaps in care, pay for performance, premium adjustments, etc.) in an automated system.

62

Theranos Confidential

ROUGHEAD_THERANOS_0000424

**Theranos™**
redefining healthcare

# Biochemical Baseline:
## Dashboard of Health Profiles & Performance

- Standardized screening at a population level and over time will establish a quantitative health baseline against which to implement decision support systems and the associated economic policies.

- Biochemical profile of every member is more than a "screen" because it's actionable over time and provides insight into disease progression as opposed to static state.

- The gaps in care/pay for performance analytical infrastructure provides insight into how to compensate not just with respect to one patient/physician but across all network physicians (inter and intra performance decision making).

- At the patient level, incentives for behavior modification as relates to premiums and other rewards can be established and maintained.

- The information system database of all biochemical profiles can be used in decision support for indexing claims, claim decision support, fraud detection, and so on ...

- Standardized data allows the decision support system to get smarter with every new data point resulting in a self learning decision support system for insurers and care providers.

Theranos Confidential

63

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000425

**Theranos**
redefining healthcare

# The Theranos Lab

- Patient Service Centers allow for convenient patient access to laboratory collection sites, far exceeding current independent laboratory footprints.

- Theranos oversees training and certification of all individuals collecting samples at each Patient Service Center under CLIA.

- Samples are stored in proprietary nanotainers™ and tied to unique patient IDs via proprietary barcoding.

- Lab samples are shipped or picked-up at Patient Service Centers and processed at a Theranos CLIA-Certified Laboratory.

- Results are available through the Theranos Web Portal and secure fax within minutes after processing.

Theranos Confidential

64



**Theranos**
redefining healthcare

# Theranos Infrastructure

- National retail footprint and health plan partnerships throughout the United States for an unprecedented infrastructure which exceeds that of any commercial laboratory in today's market

- Medicaid partnerships with states across the country regarding the exceptional impact on healthcare delivery and cost reduction

- Medicare partnership at the federal level focusing on improvements in delivery of services and Medicare cost reduction

65

Theranos Confidential



**Theranos**
*redefining healthcare*

# Theranos Partnerships & Deployment

- Theranos Lab
  - The Theranos Insurer partnership has the opportunity to create insurers' own laboratory solutions tailored for their future needs
  - Theranos has spent 8 years and $150M+ building and validating technology, high quality precision manufacturing processes, cementing critical partnerships, and acquiring the funds to scale on demand for national roll out in 2011 and 2012
  - The Theranos Insurer partnership has the opportunity to embed this new, custom laboratory solution into insurers delivery asset and care delivery infrastructure

- Lab On Demand (LoD)
  - Resources are deployed where they are needed, be that providers offices, ER, ICU, or employer sites for screening, and monitored real-time
  - Resources are modulated when they are not needed

Theranos Confidential

66

ROUGHEAD_THERANOS_0000428



**Theranos**
redefining healthcare

# Launch of Theranos Systems

▪ Theranos Systems and the software decision support applications will be customized in anticipation of deployment.

▪ Systems will first be placed in physicians' offices with greatest leakage issues and areas with highest cost demographics.

▪ Customization of testing guidelines, standing orders, and tools for management of gaps in care will be completed for a given care delivery infrastructure.

▪ Customization of data/information workflow for physicians' offices and for key customer demographics will be completed in preparation for deployment.

▪ Launch of initial test panels will yield immediate impact for cost savings and lay the foundation for broad deployment and introduction of new tests and value-added services over time.

Theranos Confidential

67

**FOIA CONFIDENTIAL TREATMENT REQUESTED**



**Theranos**
redefining healthcare

## Building the Future of Health Care

▫ Fully integrated, next-generation solution enables intelligent, individualized medicine, in contrast to currently available consumer health portals.

▫ Health information and nutritional recommendations provide insight into improvements in lifestyle, diet, and other resources available through Consumer apps and web sites.

▫ Customized *Health Assistant* web and mobile phone software will provide "smart" individualized support, links to prescriptions, and health resources through mobile & online portals for a total customer lifestyle/health solution.

68

Theranos Confidential

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000430



**Theranos**
redefining healthcare

# Building the Future of Health Care

- Make Theranos network the hub for early detection and treatment of critical ailments to prevent the complications that lead to extraordinary healthcare costs and, ultimately, fatalities.

- Bring cutting edge, individualized, and preventative healthcare into provider offices without the need for complex infrastructure.

- Enable fast, efficient and scalable health services at the point of care.

- Minimize the impact of critical diseases by enabling earlier detection and intervention.

Theranos Confidential

69

FOIA CONFIDENTIAL TREATMENT REQUESTED

ROUGHEAD_THERANOS_0000431