# EXHIBIT 23

**Ashton, Janee M.**

| | |
|---|---|
| **From:** | Kovacevich, Dick M. |
| **Sent:** | Sunday, November 01, 2015 2:40 PM |
| **To:** | Ashton, Janee M. |
| **Subject:** | FW: For our shareholders |
| **Attachments:** | Theranos - Our Lab webpage.pdf; Oct 15 Statement From Theranos RE The Wall Street Journal Article.pdf; Oct 16 Statement From Theranos RE The Wall Street Journal Article.pdf; Theranos Facts_Formatted.pdf; Oct 28 Statement From Theranos RE the FDA.pdf |

Pls print and kep this

**From:** Theranos [mailto:shareholderinfo@theranos.com]
**Sent:** Sunday, November 01, 2015 2:23 PM
**Subject:** For our shareholders

Dear Shareholder,

I want to first thank all of you who have reached out to share your support of the company, and experiences of being faced with stories like these, as we've undergone attacks through the media over the past week and a half. It has meant so much to me, and to everyone in our company.

You have likely seen recent media coverage discussing Theranos, spurred by recent *Wall Street Journal* articles about Theranos.

I went down to the *Wall Street Journal* conference to refute the false statements in their articles in person, and we posted *Theranos Facts* on our website, which comprehensively rebut the many false accusations and misrepresentations resulting from the *Journal's* coverage.

You can also see a statement posted on our website in response to the *Journal's* continued coverage of our work with FDA. Needless to say, the press around the FDA inspection at Theranos after we received our first FDA clearance is not accurate, and had nothing to do with our tests, devices, software, or the accuracy of our test methods. The inspection reports focused only on the operations of one of our Nanotainer Tubes, and its transition from the lab framework policies to the FDA framework policies as part of Theranos' ongoing, voluntary commitment to transition its test systems to FDA oversight.

As we've discussed for many years, we have always known that the nature of our work would mean we'd face attacks like these at some point along the way. And we've always known that our work has a bigger purpose worth fighting for.

As engineers, as scientists, as medical professionals, we are focused above all on improving the lives of the individuals we serve. Innovating to answer the needs of these people will remain our number one focus, as it always has been.

With respect to the recent media, the pile-on has been daunting, but the facts and data are on our side. We will retain our primary focus on our mission, while disproving the attacks against us through our data and the facts.

1

We are determined to build products that make an impact in people's lives. We have full confidence in the reliability of our technology, as demonstrated by our FDA clearance and CLIA wavier of that technology for the HSV-1 assay and our associated device, software, and Nanotainer tube. We encourage you to read through our *Theranos Facts* document, as it outlines the numerous methods we use to validate and provide oversight of our technologies.

Our focus at this point is to respond to the attacks by getting more and more people at the national level to see the integrity of our tests and infrastructure first hand, including through publications. We are evaluating the best data and studies to publish through peer-review or otherwise, and the best forum in which to put forward our data—while protecting our intellectual property and trade secrets—on both the performance of tests on our systems compared to conventional methods, as well as finger stick sample performance compared to venipuncture.

And we are focused on shining a light on the people who know and use our lab services in Arizona, where we've focused as a company over the past year and a half.

We invite anyone interested to come to Theranos to experience a finger-stick test demonstration first hand, and talk about your experience. We are setting up a program for large numbers of people to do this, and will invite people in to have tests performed under different circumstances, like before and after a meal, to see how lab results change based on many different environmental factors. We are also working to be able to send the same samples to multiple reference labs so people can see firsthand how tests vary from lab to lab.

\*\*\*

We have chosen to build a company and technologies that have the potential to impact so many people's lives for the better. Judging by the almost 4M tests we've done for people over the last year and a half, the tens of thousands of people we've served who've rated our lab service an average of 4.84 out of 5, and the millions of dollars we've begun saving people, the health system and taxpayers through our lower rates, we're off to a pretty good start.

With respect to the press around Walgreens: Theranos' partnership with Walgreens has been a great one for the individuals and physicians we've served, and we are in the process of evaluating the next steps. We are also continuing to evaluate other future business opportunities and partnerships, as we always do.

I likewise want to take this opportunity to talk about a new addition to our Board. It is with great pride that I can write that David Boies, our long time counselor, formally joined our board effective this July, 2015. David is a brilliant strategist, advisor and attorney who is known for his integrity and understanding of complex business environments. He has been a trusted counselor to Theranos for years, including attending our board meetings for the past several years, and his appointment to the board formalizes this relationship.

When we appointed David, we formalized the governance structure that was already in place - naming a Board of Directors and a Board of Counselors. This codifies the way we have been running the business for a number of years and allows all of our esteemed Board members to continue to lend their insight and expertise where it can be best applied. At the same time, we began formalizing a Medical Board at the board level, which we are building with leaders in health care with whom we have worked over time.

All existing board members, including David Boies, serve on the Board of Counselors. Members of our existing governing committees - Riley Bechtel, Jim Mattis, Elizabeth Holmes and Sunny Balwani – continue to serve on our governing board, in addition to David Boies. The Founding members of our Medical Board are Dr. Bill Frist and Dr. Bill Foege, both of whom are also members of our Board of Counselors; Dr. David Helfet

FOIA CONFIDENTIAL TREATMENT REQUESTED                    KOVACEVICH_THERANOS_0000452

of the Hospital for Special Surgery in Manhattan, who has led a medical advisory board task force for the company; and Dr. Jonathan Simons, CEO of the Prostate Cancer Foundation.

The Theranos Boards of Directors and Counselors released the following statement this week:

Statement by the Theranos Boards of Directors and Counselors

As individuals – engineers, doctors, senior government officials, public health experts, scientists, corporate leaders, builders and professors – familiar with the objectives and workings of Theranos, its leadership, and its mission, we stand wholeheartedly behind the management, achievements, vision and commitment of this company.

Theranos is a revolutionary business, founded and led by a remarkable engineer and businesswoman – joined by a team of professionals who have, at their core, embraced her mission to serve humanity through innovation in health care.   Theranos' technology is both transformative and transparent: our blood tests are faster, less expensive, and require less blood than traditionally required.  Fundamentally, the technology is designed to serve those who most need care and those who can least afford health care today.  Doing this with as little pain as possible, this humane innovation, over time, will impact the lives of millions – including the very young and the very old, cancer patients and those with chronic disease.  This same mission will drive price transparency, empowering individuals and reducing their costs.  As a group, we embrace this promise and stand with Theranos.

\*\*\*

As we wrote in a public statement recently: Theranos is the same company offering the same services as we were two weeks ago. And, while we'll continue to set the record straight when there is false coverage about us, we have not for a minute lost focus on building our business.

We have the privilege of being reminded every day of the importance of our work by the people we serve – those who most need care and who can least afford health care, and the people who are now detecting disease earlier because we've made it more accessible. And that is why we will fight this battle as many times as it takes to win it.

We have enclosed the facts and statement links as well as the video I referenced above.  Please feel free to share as you see fit.  And if anyone has questions about any aspect of the recent press after reading the attachments, please respond to this email and let us know.  With so much false information being disseminated by the press, it is especially important to me to make sure each of you have accurate information.

I welcome any feedback or ideas you all have as we counter and correct the falsehoods.  We have such an incredible group of people in our investor base, and I deeply value your insights.

Finally, we welcome you to keep us informed of any press contact you receive, via pr@theranos.com, and we are happy to provide you with any relevant information related thereto.

Thank you for the support you have shown us in working toward our mission, and building a great company not just for today but also for the very long term.

With my best regards,
Elizabeth

3

FOIA CONFIDENTIAL TREATMENT REQUESTED                    KOVACEVICH_THERANOS_0000453

=====================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1701 Page Mill Road, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

=====================================

FOIA CONFIDENTIAL TREATMENT REQUESTED

KOVACEVICH_THERANOS_0000454

# Our lab extends our mission to make actionable health information accessible at the time it matters.

We lead the industry in transparency and quality, advocate for FDA regulation of lab tests, work to reduce Medicare and Medicaid rates, and promote transparency in pricing.

What you decide about your health should be informed and timely enough to protect or improve it.

If Theranos is a part of this decision for you, you should also have actionable, accurate information about our company.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**KOVACEVICH_THERANOS_0000455**

Over 30,000 people have rated the experience we provide via direct feedback. We average more than 4.8 out of 5 stars.

Our partnerships include Walgreens and the Cleveland Clinic.

We have worked with over 9,000 physicians.

Theranos is a certified clinical laboratory. We continuously conduct proficiency testing and participate in multiple proficiency testing programs.

We have processed hundreds of thousands of tests in validating our work for 10 of the 15 largest pharmaceutical companies.

Our test prices are 50–80% off of Medicare reimbursement rates – and far below commercial lab prices.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

Our average total visit time is rarely more than 15 minutes, and typically less than 10 minutes.

We deliver your results fast and right to your phone – often within a matter of hours.

Our tests require less blood and less pain, regardless of whether we use our proprietary finger-stick technology or a venous draw.

We do venous blood draws using smaller needles and smaller tubes.

Our Theranos Wellness Centers™ are designed to provide a wonderful and serene experience.

You can have tests done in one of our 44 Theranos Wellness Centers in three states.

FOIA CONFIDENTIAL TREATMENT REQUESTED

In addition to its work as the first lab voluntarily submitting all its Laboratory Developed Tests to FDA, Theranos undergoes continuous proficiency testing on blinded samples from the College of American Pathologists (CAP), American Proficiency Institute (API), and New York State Department of Health. To date in 2015, Theranos Proficiency Testing met or surpassed performance goals 99.5% of the time for CAP, API, and 100% of the time for New York State across 414 assays. Theranos is the first lab to begin publishing this data along with regular updates to it.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

only lab to proactively begin submitting all our Laboratory Developed Tests to the FDA for clearance and approval. We received our first FDA clearance this summer.

We realize our mission only when our tests are performed to the highest standards of quality. The performance of our tests is routinely demonstrated through multiple accredited proficiency testing programs. And despite not being required to do so, we are the first lab that has been and will continue to submit all our Laboratory Developed Tests to the more rigorous standards of the FDA.

See our press release on our FDA clearance here.

See our press release on our CLIA waiver here.

See our comment on FDA regulation of Lab Developed Tests here.

Representative Clinical Correlations - here's how our tests compare to reference methods.

KOVACEVICH_THERANOS_0000459







**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**KOVACEVICH_THERANOS_0000460**







**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**KOVACEVICH_THERANOS_0000461**







KOVACEVICH_THERANOS_0000462







FOIA CONFIDENTIAL TREATMENT REQUESTED

KOVACEVICH_THERANOS_0000463







KOVACEVICH_THERANOS_0000464







**FOIA CONFIDENTIAL TREATMENT REQUESTED**

**KOVACEVICH_THERANOS_0000465**







KOVACEVICH_THERANOS_0000466







KOVACEVICH_THERANOS_0000467

KOVACEVICH_THERANOS_0000468

theranos

---

Oct 15, 2015 | Press Releases and Statements

# Statement from Theranos

**15**
**OCT**
**2015**

PALO ALTO, CA (October 15, 2015) – Today's Wall Street Journal story about Theranos is factually and scientifically erroneous and grounded in baseless assertions by inexperienced and disgruntled former employees and industry incumbents. Theranos presented the facts to this reporter to prove the accuracy and reliability of its tests and to directly refute these false allegations, including more than 1,000 pages of statements and documents. Disappointingly, the Journal chose to publish this article without even mentioning the facts Theranos shared that disproved the many falsehoods in the article.

Theranos' products and services have proven accurate and reliable for tens of thousands of satisfied customers through millions of tests and experiences and in ongoing review by our various regulators. Our focus remains on ensuring high quality, real-time, actionable information to improve diagnosis and treatment decisions. When you create innovative technology, scrutiny is to be expected. We have always welcomed that scrutiny – opening up to regulators like no lab before and voluntarily submitting all our tests for FDA review, the gold standard for quality. We received our first FDA clearance this summer based on the very proprietary systems the story is asserting don't work, and have submitted almost 130 pre-submissions to FDA for tests run on those proprietary systems.

Theranos is working to reinvent the lab experience by providing high quality tests faster, cheaper, and more conveniently, requiring less blood, and causing less patient discomfort than ever before. We lead the industry in transparency and quality, have advocated for FDA regulation of lab tests, for the reduction of Medicare and Medicaid rates, and for transparency in pricing. We've partnered with health care leaders, including the Cleveland Clinic, Capital BlueCross and AmeriHealth Caritas. We also have advocated for direct access to lab testing, which will drive price transparency and lower the cost of testing in response to consumer demand; this issue is at the heart of the current movement towards individual engagement and preventive health care.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**        **KOVACEVICH_THERANOS_0000469**

offer to send proprietary Theranos devices to their offices so they could have a demonstration of tests conducted themselves, and compare the results to those of other testing providers.

Stories like this come along when you threaten to change things, seeded by entrenched interests that will do anything to prevent change, but in the end nothing will deter us from making our tests the best and of the highest integrity for the people we serve, and continuing to fight for transformative change in health care.

**MEDIA REQUESTS**

pr@theranos.com

Legal                Contact Us                Partner Login

Copyright © 2015 Theranos Inc. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED                KOVACEVICH_THERANOS_0000470

# theran⬤s    ☰

# Statement from Theranos

**16**
OCT
2015

PALO ALTO, CA (October 16, 2015) – We are disappointed to see that The Wall Street Journal still can't get its facts straight.

Our focus is on providing lab tests at transparent, unprecedented low costs and in more accessible ways, so that people can afford them and get access to actionable health information in time to do something about it. Actionable health information means testing done in accordance with the highest quality standards – those standards are FDA quality standards and our standards.

Here are the facts:

There are just 3 steps to Theranos' groundbreaking finger-stick technology.

1. Take a few drops of blood.
2. Put the blood in the Nanotainer™ tube.
3. Analyze the blood.

That's it. 3 simple steps. 1, 2, 3.

We sought out and asked FDA to review those steps for everything we do – like no lab before us. We asked for that engagement, and are glad to have it. We believe the model for the lab of the future is to take all tests through FDA review, and we have been working with them to do that for quite some time. Because we've always been committed to quality, to the best science, and to ensuring that innovation comes to health care. We are the lab of the future, not the lab of the past. It's about quality, it's about rigor, it's about clearly defined standards, it's about access for everyone – it's about your health.

Our current work with FDA is focused on the Nanotainer™ tube – the tube that collects those few little drops of blood in order to be able to run tests on tiny finger-stick samples: Step 2.

one test. Why? Because we're innovative. Because we are doing things differently. Now we're working with them on clearance of just the Nanotainer™ tubes across all tests. But it's the same tube. We've already met their rigorous standards in our first submission on our systems, and we'll continue to do so.

Our decision to engage with FDA at these unprecedented and transparent levels is, in and of itself, innovative. It is not possible to operate under the CLIA lab quality systems for Lab Developed Tests (LDTs) and the FDA quality systems at the same time. There is evolving policy and debate on this topic of regulating LDTs. Most companies would fight it, and they do. Big labs are threatening to sue the FDA over it. But we didn't. We said, we agree. We said, let's do this right. If we are going to advocate for the FDA regulatory framework, we should live by it as well. So we are.

As we continue with our transition to all FDA cleared or approved tests, we are now operating only under full FDA quality standards and systems. It's the right choice and the highest standard. And as of this exact moment, that means temporarily using a different tube – tubes for venous blood – so we can maintain the quality standards we have in our labs as we complete the clearance process on the Nanotainer™. Still smaller tubes, smaller samples, lower costs. So right now we are taking samples, transporting them, and running the tests. That is an FDA cleared process. That is our process.

Unprecedented transparency – in price and in submitting our data to FDA. Groundbreaking technology. Gold standard review. 1, 2, 3.

**MEDIA REQUESTS**

pr@theranos.com

Legal          Contact Us          Partner Login

Copyright © 2015 Theranos Inc. All rights reserved.

FOIA CONFIDENTIAL TREATMENT REQUESTED          KOVACEVICH_THERANOS_0000472

 **theran⬤s**

**FOR IMMEDIATE RELEASE**

# Theranos Facts

https://www.theranos.com/news/posts/custom/theranos-facts

**PALO ALTO, CA (October 22, 2015)** – On October 15 and 16, The Wall Street Journal published two front-page articles about Theranos. We have heard the questions that have followed these stories and want to provide answers.

As we provide these answers, it is important not to lose sight of a few simple truths:

Theranos' technology is reviewed by regulators, proven in the field, and praised by leaders in the industry and doctors and individuals that we serve.

We provide blood tests faster, requiring far less blood and patient discomfort, than for any test previously available—or available today from any other laboratory.

We have run more than 3.5 million tests, with patient satisfaction scores from tens of thousands of patients that consistently rate Theranos, on average, over 4.8 out of 5. To our knowledge, we are the first laboratory to publish our prices, lab proficiency-testing scores, customer satisfaction scores, guest visit times, and more on our website.

We are confident in the reliability of our tests, because we comprehensively validate the accuracy of every test we run. In addition, we are the only laboratory that has committed to submitting all of our laboratory-developed tests, including our technology, procedures, and methods, to FDA for review and clearance. FDA has already cleared one of those tests, including our underlying test systems and Nanotainer™ tubes, for use in detecting the herpes simplex virus (HSV-1). The decision summary, which describes the rigorous science behind the clearance, is available online.

The faster speed and lower cost of our tests mean that consumers, and their doctors, can monitor their health so that problems are identified early enough to be addressed by medical professionals. Our lower prices can reduce the cost to insurers, Medicare, and Medicaid by billions of dollars, and can give individuals access to critical health data they could not otherwise afford.

*Our proprietary devices are making it possible to run finger-stick samples for tests that could never be run on finger-stick before. We began using our proprietary devices in our lab at the launch of our retail operations. And we initiated filings with FDA two years ago— by choice, not necessity—because we are seeking to create a new model for laboratory testing standards, and have championed FDA oversight ever since. It is the right thing, which is also the hard thing.*

*We are the same company offering the same services as we were last week.*

**FOIA CONFIDENTIAL TREATMENT REQUESTED**     **KOVACEVICH_THERANOS_0000473**

Now, let us tell you what the reporter got wrong and why.

## What The Reporter Got Wrong—And Our Responses

The stories say or imply many things that are simply wrong. The following are examples of the reporter's incorrect points—and the truth.

**Accuracy and Reliability**: The stories suggest that Theranos' tests are not accurate. That is wrong: Theranos' tests are accurate and reliable. Here are the facts. **Read more**

**Satisfied customers**: Theranos has provided accurate and reliable tests to tens of thousands of satisfied customers. You can see testimonials from some of those guests on our website: **https://www.theranos.com/guest-stories**

*We gave a selection of testimonials in writing to the reporter on July 1, 2015.*

**FDA's clearance**: Just this past July, FDA cleared Theranos' finger-stick test for HSV-1, which included a rigorous review of our underlying test systems and finger-stick technology.

In order to clear that technology, FDA rigorously reviewed our test systems and Nanotainer™ tubes. To view the studies that show the accuracy and reliability of Theranos' HSV-1 test, take a look at FDA's decision summary, available here: **http://www.accessdata.fda.gov/cdrh_docs/reviews/K143236.pdf**.

The FDA's decision provides independent validation of the ground breaking Theranos System upon which the HSV-1 test is run. FDA's decision summary describes how Theranos' clearance is for use for HSV-1 "on the Theranos System" and performed on "fingerstick ...obtained with the...Nanotainer™ Tubes." See **http://www.accessdata.fda. gov/cdrh_docs/reviews/K143236.pdf**, at page 2, under "Intended Use," et seq.

The studies provided to FDA were detailed and rigorous. Among other things:

— Theranos provided comprehensive data to FDA on our test systems and methods, the chemistry, the hardware, and the software in the company's foundational system and Laboratory Developed Test (LDT) application.

— Theranos provided study data from 818 subjects of varying age and ethnicity, demonstrating that our devices could be run accurately using only a finger-stick as well as a traditional venous draw across large numbers of Theranos devices, all compared against an FDA cleared, commercially available reference method.

— Theranos' HSV-1 studies included matrix comparison studies across 69 Theranos devices. Use of such a large number of devices in the studies is unique, as such studies are often run on a single or small number of devices.

— The larger number of devices allows for comprehensive characterization of variation across devices, which can be a source of variance in data across laboratories. Theranos' HSV-1 clinical studies also included sensitivity and specificity studies with hundreds of human samples—both capillary and venous,

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

      CDC panel testing—which demonstrated 100% agreement with the results
provided by CDC, low-prevalence population tests, and other studies.

      – Theranos also completed full submissions for our HSV-1 IgG test on venous
serum, venous plasma, capillary plasma and capillary whole blood, to
demonstrate equivalence on our system across the different sample types, in
contrast to conventional tests which have only been cleared for venous samples.

*We told this information to the reporter on July 3, 2015.*

**The reporter did not ask a single question about Theranos' FDA clearance
or CLIA waiver.**

**CMS and CLIA**: To earn and maintain CLIA certification, Theranos must ensure the accuracy
and reliability of our tests. CLIA's purpose is to ensure quality laboratory testing and ensure
accurate and reliable test results.

      – Theranos is a full-service laboratory that is subject to regulation by the Centers
for Medicare & Medicaid Services (CMS). CMS regulates all laboratory testing
(except research) performed on humans in the U.S. through the Clinical Laboratory
Improvement Amendments (CLIA).

      – Before we offered any test to anyone, anywhere, regardless of the machines or
methods used, we had to scientifically verify the accuracy and reliability of that test.
We have done that for each and every one of our tests.

      – Theranos publishes our proficiency-testing results and certain validation data on our
website. To our knowledge, none of our competitors are willing to be so transparent.
*See* **https://www.theranos.com/our-lab**.

*We told this to the reporter on several occasions, including July 3, 2015.*

**People who know**: In addition to our regulators, our business partners have spoken in support
of Theranos' technology.

*We gave quotes and sources to the reporter over several occasions, including on July
8 and July 17, 2015. He did not use any of those quotes or sources in his article.*

**Finger-stick tests in Theranos' clinical lab**: The article implies that Theranos said that all our tests are
performed with finger-sticks. That's not true: We have consistently said in public statements, on our
website, and to our customers in Wellness Centers that some of our tests are performed on venous
draws, in part because we have been becoming a full-service laboratory. In December 2014, Theranos
offered more than 80 of the tests on our online test menu via finger-stick. Also, of the finger-stick tests
that Theranos offered, all ran using proprietary technologies—technologies that are not commercially
available—except a few routinely used point-of-care tests. Here are the facts. **Read more**

**Finger-stick tests**: Because Theranos has been working to transition to an FDA framework,
we have moved from use of our laboratory-developed tests (LDTs) to FDA-cleared and
approved assays. At the same time, Theranos has been increasing the number of tests we

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

offer, in order to become a full-service lab. Theranos offered tests on venous samples—run in our own laboratory—from the time we launched, and have expanded that capability to be able to offer rare and specialty tests at our unprecedented low prices, as those are the tests that often cost the most. Additionally, because of this offering, most patients would not have to go to multiple labs to fill lab orders.

As Theranos transitioned to the FDA framework, and added specialty and esoteric tests to our laboratory offerings, the percentages of guests getting finger-stick based tests evolved. For example, by the fourth quarter of 2014, 57% of guests got lab tests run on finger-stick samples. This transition was by choice—not by necessity. In December of 2014, more than 80 tests on Theranos' online test menu were offered via finger-stick and performed using proprietary technologies (other than a few routinely used point-of-care tests). Theranos has multiple proprietary technologies that run in our laboratory, none of which are commercially available.

**Theranos' website**: Since around the time of Theranos' launch, our website has said that Theranos processes both finger-sticks and venous draws.

**Other statements**: Additionally, on dozens of occasions, Theranos has explained that we are a full reference lab that can conduct a broad array of tests, and are using venipuncture. For example:

> <u>Forbes</u> (October 2015): **http://www.forbes.com/video/4543269142001/**
>
> <u>Fortune</u> (July 16, 2015): **http://fortune.com/2015/07/16/fda-clears-theranos-to-do-test-outside-lab/**
>
> <u>Fortune</u> (May 7, 2015): **http://fortune.com/2015/05/07/theranos-jump-starts-consumer-lab-testing/**
>
> <u>The San Francisco Business Times</u> (May 5, 2015): **http://www.bizjournals.com/sanfrancisco/blog/biotech/2015/05/theranos-elizabeth-holmes-quest-labcorp-lh-dgx.html**
>
> *Theranos told this in writing to the reporter three times: On June 30, July 26, and August 23, 2015.*

**What about the changes to Theranos' website?** First of all, Heather King is misquoted as saying that the changes to Theranos' website were made for "marketing accuracy." Ms. King said no such thing. Instead, we explained to the reporter that the changes to the website were simply done to emphasize that, regardless of whether Theranos takes a venous sample or a finger-stick draw, our blood draws are smaller and less painful, improving the overall patient experience. Theranos updates our website regularly. As explained to the reporter, this update was not done at the request, complaint, or recommendation of FDA.

> *In addition to telling this to the reporter, we even put this in writing on October 11, 2015.*

**Capabilities of Theranos' devices**: The article implies that Theranos' proprietary devices were only capable of running a limited number of tests. First, "Edison" is only one of many proprietary devices used as part of Theranos proprietary technologies. In total, Theranos research and development has developed hundreds of tests for finger-stick samples using our proprietary devices. Here are the facts. **Read more**

**FOIA CONFIDENTIAL TREATMENT REQUESTED**      **KOVACEVICH_THERANOS_0000476**

**Theranos' filings with FDA show the versatility of Theranos devices, and our confidence in the results of our tests**: Theranos has publicly advocated for FDA regulation of laboratory-developed tests (LDTs), and over 120 of the tests developed for use on our devices used as part of Theranos proprietary technologies have been submitted in pre-submissions to FDA. These pre-submissions span a broad range of specialties, including hematology, microbiology, clinical chemistry, and molecular biology. And Theranos' proprietary systems, including the Nanotainer™ tube, have already received FDA clearance for the HSV-1 test. This voluntary engagement with FDA is not only a statement about our confidence in our technologies, but this summer's clearance and CLIA waiver would not be possible if our devices did not work with those tests.

*We told this to the reporter on several occasions, including on July 3, 2015.*

**Even basic things are misrepresented**: Theranos has invented much more than just the "Edison." In fact, "Edison" is an earlier version of just one of our proprietary devices used as part of Theranos proprietary technologies.

*We told this to the reporter on October 11, 2015.*

**The Journal rejected our offer for a demonstration**: On October 8, Theranos offered to bring one of our devices to The Journal for demonstration purposes, to show the capabilities of Theranos' technology so they could compare our results to any other lab of their choosing. We made this offer with no strings attached. The Journal declined.

**Venipuncture versus finger-stick**: The reporter writes that "Lab experts say finger-pricked blood samples can be less pure than those drawn from a vein because finger-pricked blood often mixes with fluids from tissue and cells that can interfere with tests." This is misleading: With each FDA filing, Theranos is showing that our finger-stick tests are just as accurate as venous draws, starting with our first FDA clearance this summer. Here are the facts. **Read more**

**Theranos' FDA submissions and FDA's clearance**: As part of its test validation and before making submissions to FDA, Theranos generates validation data showing equivalence between results from capillary and venous blood samples run using our proprietary technologies. Indeed, FDA determined that Theranos' finger-stick test and associated device for HSV-1 performed just as accurately and reliably as a predicate venous test system. You can read that decision summary here:
**http://www.accessdata.fda.gov/cdrh_docs/reviews/K143236.pdf**

*We sent FDA's decision summary to the reporter on July 17, 2015.*

**This thesis comes from Theranos' competitors**: This quote is nearly the same as the one that Quest Diagnostics, one of Theranos' biggest competitors, gave to The New Yorker in December 2014 for its profile of Theranos. Nigel Clarke, one of Quest's senior scientific directors, argued in that article "that finger-stick blood tests aren't reliable for clinical diagnostic tests; because the blood isn't drawn from a vein, the sample can be contaminated by lanced capillaries or damaged tissues." **http://www.newyorker.com/magazine/2014/12/15/blood-simpler**

**February 2014 experiment**: The reporter questions the accuracy of Theranos' tests based on a February 2014 experiment using leftover proficiency-testing samples. This is wrong and misleading: the reporter does not explain that the experiment was not designed to assess the accuracy of any

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

Theranos tests, nor was it proficiency testing. Theranos has shared its proficiency testing methods with our regulators, and our proficiency testing methods meet the regulatory requirements. Here are the facts. **Read more**

**What is proficiency testing?** Proficiency testing is used to monitor laboratories' continuing performance by comparing a laboratory's test results against other laboratories using similar methods, reagents, and/or instruments. Proficiency-testing samples are often modified by the proficiency-testing providers with processes like freeze-drying and adding preservatives, so that the samples will be stable when they're shipped all around the country. These samples can return different results when they are run on different machines, which is why lab proficiency test results are compared against other laboratories running the same methods and instruments—a peer group.

**What the experiment was**: In February 2014, some Theranos employees conducted an internal experiment using leftover samples from a previous proficiency-testing event.

– According to guidance from industry standard-setting organizations, it is common practice for labs to use leftover proficiency-testing samples for experiments, after the results have been submitted.

– In this case, the samples were run for proficiency testing in early February 2014, and the data from these samples was reported back shortly thereafter. Separately, the lab employees above conducted the experiment on the leftover samples.

– That experiment was not "proficiency testing" because Theranos had already run proficiency testing on the proper machines and the results of this experiment were never intended to be, and never were, submitted to any of the accredited organizations that do proficiency-testing grading.

– The experiment was intended to compare the results that would be produced when using those proficiency-testing samples on different devices.

**Matrix effects**: We explained to the reporter that proficiency-testing samples can behave differently on different platforms. This phenomenon is called "matrix effects," and it is well known in the industry. This is the reason why proficiency testing programs use "peer groups" for grading test results, namely comparing a lab's test results against other laboratories running the same methods and instruments.

Here are some of the sources that we gave to the reporter in writing on July 3, 2015 that explain matrix effects, and that the reporter to this day has never disclosed to the public:

– Rex Astles, *CLIA Proficiency Testing – Criteria for Acceptable Performance at 16–17* (Sept. 1, 2010), available at **https://wwwn.cdc.gov/cliac/pdf/Addenda/cliac0910/ Addendum%20K_Astles.pdf** ("'Matrix effect,' refers to an analytical effect, inherent to the interaction between the PT material and the test system, which results in an analytical bias in PT results. Affected PT results tend to agree with PT results obtained using the same test system, but they will not agree with results from other, unaffected test systems. … Biases are not necessarily predictable or correctable, and the PT test results cannot be compared with results from a reference method or all-methods mean.")

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    **KOVACEVICH_THERANOS_0000478**

– Daniel C. Edson et al., *Proficiency Testing: A Guide to Maintaining Successful Performance*, 38 LAB MEDICINE 184, 185 (Mar. 2007), available at **http://labmed. ascpjournals.org/content/38/3/184.full.pdf** ("Assignment to the wrong peer group can result in unsatisfactory performance because of matrix effects (bias introduced by artificial constituents added to a material). Because matrix effects impact all users of the same instrument/reagent group similarly, peer group grading mitigates this influence.").

– Clinical & Laboratory Standards Institute, *Using Proficiency Testing and Alternative Assessment to Improve Medical Laboratory Quality; Third Edition—Draft Guideline* at 32 (Dec. 3, 2014) ("It is important to note that most PT samples are made with a different matrix than normal body fluids; hence, the results may not be commutable. This limits the ability to use PT material for assessing the trueness of a new analyzer and is the reason that most PT material are graded based on the peer group.").

**Vitamin D**: Vitamin D is an analyte for which the proficiency-testing providers have observed matrix effects, resulting in significant differences across different peer groups. The experiment in February 2014 in which Theranos employees ran experiments with leftover proficiency-testing samples included this very same analyte—Vitamin D.

– There are data for Vitamin D proficiency testing available on API's website here: **https://www.api-pt.com/pdsselect.aspx?te=2015CHEA**. These data show differences between peer groups. In some cases, there is more than 75% difference—and in one case, it appears, more than 100% difference—in proficiency-testing values between peer groups, demonstrating matrix effects.

**What the experiment showed**: "Matrix effects" are why Theranos does alternative assessment procedures for proficiency testing on our systems, as described below.

**What the experiment did not show**: These results did not show that there was any issue with the accuracy of Theranos' technology.

*We explained all of this—including the circumstances of the experiment and the existence of matrix effects—to the reporter at an in-person meeting on June 23, 2015; and in on- the-record statements of July 3, 2015, and August 23, 2015.*

**Proficiency testing**: The reporter raises questions regarding whether Theranos' proficiency-testing protocols comply with regulations. But the approach that the reporter describes is unremarkable: It's just a description of Theranos' alternative assessment procedures. Theranos has explained our process to our regulators, and proficiency testing at Theranos meets the regulatory requirements. Here are the facts. **Read more**

*We described our proficiency testing and alternative assessment procedures to the reporter on at least four occasions—in a four-hour meeting with one of our laboratory directors on June 23, 2015; and in detailed, lengthy on-the-record statements of July 3, July 26, and August 23, 2015.*

**How does proficiency testing work?** Proficiency testing is used to monitor laboratories' continuing performance by comparing a laboratory's test results against other laboratories using similar methods, reagents, and/or instruments. Proficiency-testing samples are often

modified by the proficiency-testing providers with processes like freeze-drying and adding preservatives, so that the samples will be stable when they're shipped all around the country. These samples can return different results when they are run on different machines, which is why lab proficiency test results are compared against other laboratories running the same methods and instruments—a peer group.

Here are some of the sources that we gave to the reporter on July 3, 2015, that describe peer groups and why they are required:

- Daniel C. Edson et al., *Proficiency Testing: A Guide to Maintaining Successful Performance*, 38 LAB MEDICINE 184, 185 (Mar. 2007), available at **http://labmed. ascpjournals.org/content/38/3/184.full.pdf** ("Assignment to the wrong peer group can result in unsatisfactory performance because of matrix effects (bias introduced by artificial constituents added to a material). Because matrix effects impact all users of the same instrument/reagent group similarly, peer group grading mitigates this influence.").

- College of American Pathologists, Proficiency Testing Manual at 14 (2015), available at **http://www.cap.org/apps/docs/proficiency_testing/surveys-excel-manual.pdf** (emphasizing that "participants' results are combined into comparable method/ instrument groups").

- American Proficiency Institute, Frequently Asked Questions, available at **https://www. api-pt.com/PersonalAssistant.aspx?r=Default.aspx** ("We need a method for most tests that you are submitting results for. Choosing a method ensures that your results are compared to those of your individual peer group.").

**What happens when there is no peer group?** When no peer group is available—i.e., when no other lab is running exactly the same method and the same platform—the procedure for proficiency testing, as dictated by industry standards from the Clinical and Laboratory Standards Institute (CLSI) and others, may be different. It is called alternative assessment procedures, or AAP. This is provided for in CLIA regulations (42 C.F.R. § 493.1236(c)(2)), as we told the reporter, including in writing.

Here are some of the sources that we gave to the reporter on this procedure on July 3, 2015:

- 42 C.F.R. § 493.1236(c)(2) (providing that a laboratory must verify the accuracy of tests "for which compatible proficiency testing samples are not offered by a CMS-approved proficiency testing program" at least twice annually).

- Centers for Medicare & Medicaid Services, State Operations Manual Appendix C – Survey Procedures and Interpretive Guidelines for Laboratories and Laboratory Services at D5219 (2015), available at **https://www.cms.gov/Regulations-and-Guidance/Legislation/CLIA/Downloads/App-C_Survey-Procedures-IGs-for-Labs-Labs-Svcs-Final.pdf** ("Laboratory tests or procedures that are not compatible [under 42 C.F.R. § 493.1236(c)(2)] may include new or emerging technologies for which PT is not yet available.") (emphasis added).

- Clinical & Laboratory Standards Institute, Using Proficiency Testing and Alternative Assessment to Improve Medical Laboratory Quality; Third Edition—Draft Guideline at

27 ("In the absence of a comparable peer group to use for evaluation, the participant should consider the options listed for an AAP.").

*When we told the reporter about CLSI—the industry standard-setting organization—he did not know what it was.*

**How does Theranos conduct proficiency testing?** In accordance with industry standards, Theranos conducts standard proficiency testing when a peer group is available through organizations like CAP, API and the State of New York. This is done for our commercially available machines that other labs are also running, and that Theranos uses to process patient samples. For our proprietary technologies—for which there is no peer group—we verify the accuracy of our tests through alternative assessment procedures (AAP), in accordance with industry guidance, as follows:

– Theranos frequently compares the performance of our own proprietary technology and the performance of commercially available analyzers we use for testing venous samples in our lab.

– We do so using real clinical samples.

– In other words, for each analyte, Theranos collects two paired samples from the same subject—one capillary and one venous. We run the capillary sample using our proprietary technologies. We run the venous sample using the commercially available device that Theranos runs for venous sample testing for that analyte—the same devices that have already gone through the ordinary proficiency-testing process (for that analyte). We repeat this test procedure for multiple subjects. Then, we compare all these data to assess the accuracy of our tests.

– We keep the data from our AAP using Theranos proprietary technologies on file for regulators to see, as we are supposed to.

This process, including the fact that Theranos does AAP, has been disclosed to and discussed with regulators. Theranos' proficiency testing process meets the regulatory requirements.

*Theranos explained this to the reporter in lengthy on-the-record statements, including with citations to hundreds of pages of industry sources, on June 23, 2015; July 3, 2015; July 26, 2015; and August 23, 2015.*

**What about the emails?** First, the reporter cites claims of anonymous former employees that Sunny Balwani, our president and COO, ordered them to "report only the result from instruments bought from other companies." This is nothing more than a description of Theranos' proficiency-testing process and alternative assessment procedures. Among other things, what is missing from this explanation is that, in accordance with regulations, Theranos keeps AAP data on hand, so that CLIA surveyors can review it when they visit Theranos.

Second, the reporter omitted important content, and falsely characterized Mr. Balwani's email. Among other things, Mr. Balwani's email explicitly directed employees to follow lab standard operating procedures; discussed training of staff on Theranos' proficiency testing and alternative assessment procedures; and said that outside counsel and regulators are always available to answer any questions.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

Third, the reporter selectively quotes from an email regarding an employee reading regulations. What the email actually says is that after "reading through the regulations more finely," the employee concluded that Theranos would have to conduct AAP under the regulations.

> *Please note: the reporter has taken this quote out of context.*

> *The reporter interpreted this email, and published misleading excerpts from it, without even showing us a copy.*

**What about the complaint?** The reporter referred to a purported complaint filed by a former employee with the New York State Department of Health in March 2014. This anecdote is irresponsibly reported.

- Even the reader has no way of knowing the contents of the purported complaint, since the reporter then immediately cites only the response of Stephanie Schulman. This leaves the misleading impression that whatever this former employee "described" was what Theranos actually did. **The reporter did not show Theranos a copy of this document.**

- The reporter also irresponsibly miscategorizes Theranos' response to his questions. It is very misleading for the reporter to have written, as he did, that "Asked about the complaint, Theranos confirms that the Edison system produced results for several tests last year that differed from results obtained from traditional equipment." The reporter asked about a complaint, and separately we also talked to the reporter about the February 2014 experiment, but these two things are completely unrelated. To link them together is irresponsible journalism.

Here are the facts:

- Proficiency testing at Theranos meets applicable regulatory requirements.

- No regulator has ever cited Theranos for our use of alternative assessment procedures for our laboratory-developed tests.

- Theranos first heard about this complaint from the reporter—not from any one of our regulators.

**Providers**: The reporter questioned the accuracy of Theranos' tests based on anecdotal accounts from a handful of providers. But during the reporting process, Theranos exposed the reporter for misrepresenting stories from four of the seven providers that he gave us. The other three refused to engage with us—and those are the only stories that the reporter decided to print. Here are the facts. Read more

The real story: Theranos is committed to a dialogue with any providers who have issues or questions about our tests. Part of this commitment is quickly responding to any concerns. That is why, when the reporter made us aware of certain providers' questions, we followed up directly with them shortly thereafter.

- The reporter sent Theranos seven provider anecdotes. Theranos reached out to all of the providers, and eventually met with four.

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

– Each of those four provided additional facts and context, including about the health conditions of the patient in question, which showed that the reporter had told us an incomplete and misleading story. In addition:

> – Some said that the reporter had attributed things to them that they never said.
> – Some said that the reporter had left out of his allegations the positive experiences they had had with Theranos.
> – Some said that they did not know that they were on the record with a journalist when they spoke to him.

– Two of the four providers who met with Theranos in fact asked Theranos if they could help further. The written statements—which the reporter incorrectly implies were prepared without their involvement—reflect only what they proactively told us that they wanted to say.

> – Those statements show that the reporter's story about them was untrue.

– The other two providers who met with Theranos gave Theranos additional facts and circumstances that showed that the reporting of the anecdotes was misleading and imbalanced. Theranos gave the reporter those facts wherever it could do so consistent with our commitment to maintain patient privacy.

– Theranos provided the reporter with no fewer than six on-the-record written statements about providers and patients—on July 1, July 3, July 26, August 8, October 5, and October 12, 2015—providing additional facts and context.

– After meeting with Theranos, the majority of the providers expressed admiration for Theranos' services and said they would continue to use Theranos. In fact, Theranos was asked to be the preferred in-house laboratory at one of their practices.

– The reporter printed *only* stories from three providers who refused to meet with Theranos to discuss any questions (or offered to do so on condition of a large, up-front payment in "guaranteed funds"). Those providers also demonstrated that they are hardly neutral or objective:

> – Nurse Carmen Washington

>> – When Theranos attempted to call Ms. Washington to discuss her statements about Theranos, she demanded payment of $2,500 for a one-hour meeting. It is unknown whether she asked for the same payment from the reporter.

>> – Some of the things Ms. Washington told the reporter are untrue, and Walgreens confirmed to the reporter that they were untrue.

>> – Ms. Washington continued to write lab orders after the reported concerns were raised, for which Theranos ultimately performed testing services.

-- Naturopath Nicole Sundene

- Although Theranos has had meetings with Ms. Sundene or her staff, she did not provide Theranos with necessary details during those meetings.

- After the purported anecdote relayed in the article, Ms. Sundene referred many patients to Theranos for laboratory services.

- Ms. Sundene has now refused to meet with Theranos since her interaction with the reporter, despite Theranos reaching out to her and requesting a meeting to discuss her purported concerns directly.

- Dr. Gary Betz

- Dr. Betz refused to speak with Theranos, although Theranos tried several times to reach out to him.

- In Theranos' experience, providers generally call the laboratory and ask questions about patient results directly and contemporaneously, rather than relaying concerns more than a year later to a newspaper.

- Dr. Betz continued to send patients to Theranos through November 2014, and nurses working in his office continued to send Theranos patients into early 2015—after which time he began advertising on his website that a phlebotomist from LabCorp, a competing laboratory, was working in his office. See **http://www. thompsonpeakinternalmedicine.com/lab_services**

*We explained this to the reporter in several on-the-record statements, including on October 5 and October 12, 2015.*

- Moreover, the reporter did not procure HIPAA waivers that would allow Theranos to respond fulsomely to several anecdotes. Theranos could not provide any comment to the reporter consistent with our commitment to maintain patient privacy, which we told him.

- We wish we could provide you with some of the additional facts that we found, but we hold our patients' private information in strict confidence.

**FDA**: The reporter focused on Theranos' recent interactions with FDA. But the reporter's representation is inaccurate and misleading, and creates confusion about our testing methodologies. Here are the facts. **Read more**

- The truth is that we initiated our work to take our laboratory-developed tests (LDTs) through the FDA clearance process over two years ago—by choice, not necessity—because we are seeking to create a new model for laboratory testing standards, and have championed FDA oversight ever since. We engage with FDA regularly.

- When FDA released its draft framework for the oversight of LDTs, we publicly supported it. You can read our public statement here: **https://www.theranos.com/content/pdf/theranos_ comment_ldt_guidance.pdf**

**FOIA CONFIDENTIAL TREATMENT REQUESTED**

– In response to our outreach, FDA told us they wanted to regulate our Nanotainer™ tubes (the transportation vehicle for the few little drops of blood) and that they wanted to rigorously review our proprietary systems as part of clearing our first test.

– FDA then rigorously reviewed our test systems and Nanotainer™ tubes as part of the HSV-1 clearance that we got this summer. (See FDA's Decision Summary describing how Theranos' clearance is for use for HSV-1 "on the Theranos System" and performed on "fingerstick …obtained with the… Nanotainer™ Tubes," available here: **http://www.accessdata.fda.gov/ cdrh_docs/reviews/K143236.pdf**.) As our press release describes (available here: **https:// www.theranos.com/news/posts/theranos-receives-fda-clearance-and-review-and- validation-of-revolutionary-finger-stick-technology-test-and-associated-test-system**), our work in getting the FDA clearance involved many rigorous and detailed studies.

– This past July, FDA cleared that test and the associated devices, software, and Nanotainer™ tubes. In a further statement of FDA's confidence in our technology, including the Nanotainer™ tube, FDA granted the HSV-1 test a "CLIA Waiver," permitting our test system (including the Nanotainer™ tube) to run HSV-1 tests in locations outside of traditional clinical laboratories. This was the first CLIA waiver granted for an HSV-1 test, and the first CLIA-waiver on Theranos' proprietary devices, which are different from any previously CLIA-waived devices.
See **https://www.theranos.com/news/posts/theranos-receives-clia-waiver-paving-the- way-for-greater-accessibility-of-health-information-at-the-time-and-place-it-matters**

– The next submissions Theranos and FDA have been focusing on completing were for general clearance for the Nanotainer™ tube across all tests, not just with our HSV-1 test and devices.

– Theranos' first FDA inspection began on August 25, 2015. This inspection focused on Theranos' FDA quality systems compliance, on which we had been working previously, so as to transition from the CLIA laboratory quality systems and framework.

– This is a time of evolving policy, and we have advocated for the transition from the LDT framework to the FDA quality systems framework. We are charting new pathways, and are working to create a model for the transition.

– All of our Nanotainer™ tube submissions and the associated data have been submitted to FDA.

– In our discussions with FDA, we determined that it was appropriate to temporarily pause use of the Nanotainer™ tubes for all tests except our cleared HSV-1 test as we now cut over to FDA quality systems, and wait for clearance. This transition is part of converting all our operations from the LDT framework to the FDA framework, because it is not possible to operate under both the CLIA lab and FDA quality framework at the same time. We believe this is the right action to take as we approach clearance of the Nanotainer™ tubes, for which we have submitted all our data to the agency, so that we incorporate them into other tests under the FDA quality systems framework upon clearance.

– So while we wait for clearance, as of this exact moment, we are temporarily using a different tube—FDA-cleared tubes for venous blood that are ordinarily used in pediatric patients (very small tubes). Once we receive clearance, we now have the systems in place to reincorporate the Nanotainer™ tubes under the FDA quality systems framework.

– During the time we are transitioning the Nanotainer™ tubes operations around FDA quality systems, we are still able to use all our proprietary methods and technology, including our devices, which were cleared for use this summer based on studies with more than 800 patient samples, including head-to-head comparisons to non-Theranos technology on venous samples.

– FDA is reviewing the same tube that was cleared for the HSV-1 test. We've already met their rigorous standards in our first submission on our system, and we'll continue to do so.

Moreover:

– The article confused the Nanotainer™ tubes, which is merely a substitute for a large vial used to carry the blood sample from the point of collection to the analyzing device, for the Theranos devices themselves. By obfuscating this issue, the reporter makes Theranos' recent decision to move our Nanotainer™ tube operations from the CLIA laboratory quality framework to the FDA quality (QSR) framework sound like something it is not.

– The article implied that there is something suspect about the fact that we are the only lab to embrace, rather than fight, FDA regulation. We are the only lab with sufficient confidence in our tests to submit all of them for FDA review and clearance. Theranos is doing the right thing, which is also the hard thing, and we are charting a new path.

**Additional background on the sources**: The reporter purportedly spent five months working on a story about Theranos but his story did not reflect the views of the many eminent scientists, thought leaders, hospitals, and business partners who have worked and partnered with the company around our technology and found it to be innovative and revolutionary. **Read More**

Instead, the reporter relied on:

– **Anonymous sources**. This allowed the reporter to avoid having to reveal the biases and lack of knowledge of the sources.

– <u>Former employees</u>. It is apparent that these former employees did not understand Theranos' technology; are unfamiliar with the processes currently employed by the company; and do not understand the regulatory framework that Theranos operates under. But by making them anonymous, readers do not know when they worked at Theranos, or for how long; whether they even worked in Theranos' laboratory, as opposed to some other division in the company; or why they left.

– <u>Lab experts</u>. The reporter attributes certain statements to "lab experts." Most of these "experts" are anonymous.

– There is no reason to keep these experts anonymous. All anonymity does is obfuscate their qualifications, and the potential that they have a vested interest in criticizing Theranos—such as being one of Theranos' competitors.

For example, the reporter relies on unidentified "lab experts" for the proposition that "finger-pricked blood samples can be less pure than those drawn from a vein because finger-pricked blood often mixes with fluids from tissue and cells that can interfere with

tests." This is not dissimilar from a previous quote from Quest Diagnostics, who said nearly the exact same thing to The New Yorker in December 2014, when Nigel Clarke, one of Quest's senior scientific directors, argued "that finger-stick blood tests aren't reliable for clinical diagnostic tests; because the blood isn't drawn from a vein, the sample can be contaminated by lanced capillaries or damaged tissues."
**http://www.newyorker.com/magazine/2014/12/15/blood-simpler**

– **Other sources**. While ignoring Theranos' on the record statements, and our laboratory director and senior scientist, the reporter offered great latitude and seemingly abandoned his skepticism when speaking to Theranos critics. For example, the reporter relies on Rochelle Gibbons, but he failed to report that:

– Rochelle Gibbons is a friend of an individual whom Theranos sued for patent invalidity and other claims. During litigation, last year, that individual repeatedly contacted Mrs. Gibbons via email to solicit her testimony against Theranos.

– When that friend tried to use statements by Mrs. Gibbons against Theranos in litigation, she refused to make any statement under oath, and the court found that her statements should not be credited.

– Mrs. Gibbons was married to a Theranos employee who passed away in May 2013. Mrs. Gibbons never worked for the company and had no input into Theranos' business, let alone its technology.

*We told this to the reporter, including in writing, on July 1, 2015, and July 26, 2015.*

**From his very first interactions with Theranos, the reporter made abundantly clear that he considered Theranos to be a target to be taken down, and not simply the subject of an objective news story. The articles that appeared last week are the inevitable product of that approach.**

**About Theranos:**
Theranos, Inc. is a consumer health technology company founded in 2003 by Elizabeth Holmes. Theranos' mission is to make actionable information accessible to everyone at the time it matters most. By doing so, Theranos is working to facilitate the early detection and prevention of disease, and to empower people everywhere to live their best lives. Theranos offers lab tests in convenient locations in its Wellness Centers in Arizona and California, with plans to expand throughout the country.

# # #

**FOIA CONFIDENTIAL TREATMENT REQUESTED**                    KOVACEVICH_THERANOS_0000487

News / Statement from Theranos

Oct 28, 2015 | Press Releases and Statements

# Statement from Theranos

**28**
**OCT**
**2015**

PALO ALTO, CA (October 28, 2015) – Over the course of the last several years, Theranos has been working to create a model for the transition of tests regulated under the CLIA laboratory framework to the FDA framework. The policy on this topic is evolving, and, as a lab, we have uniquely advocated for the transition from the LDT framework to the FDA quality systems framework.

Prior to launching its retail lab infrastructure, Theranos approached FDA to understand how to work with them to take its tests and systems developed, validated, and operating under the lab framework through the FDA clearance process.

*In response to that voluntary outreach, FDA provided guidance on how they wanted to regulate our Nanotainer™ tubes and review our proprietary systems, and we submitted them for clearance as medical devices soon thereafter.*

We have worked very closely with FDA, culminating in our first FDA clearance and CLIA waiver for HSV-1 in July, 2015. *Those included clearance and CLIA waiver of the associated proprietary Theranos devices, software and Nanotainer™ tubes for that test.* Our first FDA inspection began on August 25, 2015.

This inspection focused on Theranos' FDA quality systems compliance. *While already operating under CLIA laboratory quality systems, Theranos had been building its FDA quality systems, in anticipation of upcoming clearances and in compliance with our understanding of current FDA policy.* Theranos had voluntarily begun transitioning from the CLIA laboratory quality systems to FDA quality systems throughout 2014.

At the conclusion of the August inspection, FDA issued two Form 483s outlining observations made during the inspection. 483s are standard forms that reflect the observations of the investigators, and are not a final agency determination of compliance. *None of these observations were specific to Theranos' analytical*

We have submitted documents to FDA documenting that transition, as well as outlining our path to the transition to FDA quality systems for laboratory-developed tests and systems going forward, which we believe will serve as a template for transitioning from the CLIA lab framework to the FDA framework.

These observations are, by their very nature, not final agency determinations. *Contrary to what we've seen published, no warning letter was or has been discussed or mentioned.*

We are charting new pathways and working to create a model for the transition from the LDT framework to the FDA quality systems framework.

In our discussions with FDA, we determined that it was appropriate to temporarily pause use of the Nanotainer™ tubes that had been operating under the CLIA lab quality systems and are currently waiting for clearance. *While FDA identified observations regarding the status of one of our Nanotainer™ tubes, that was not a final determination by the Agency, and was under discussion. Nonetheless, we voluntarily decided to make that transition for all of our Nanotainer™ tubes immediately. This is an independent decision from use of our analytical devices, software, or chemistries in our laboratories.* As the Nanotainer™ tubes have already been submitted for clearance, we believe this is the right action to take to be compliant as we wait for clearance, and ensures an orderly transition to use of the entire system, including Nanotainer™ tubes under FDA compliant quality systems. The Nanotainer™ tube submissions have been completed and submitted to the agency. We are in close contact with FDA in this process and are confident that we will achieve clearance of the Nanotainer™ tubes.

Also contrary to what we've seen published, we are not aware of any research data on tests we've submitted to the Agency for clearance that is associated in any way with the FDA quality systems inspection.

More than 120 of the tests developed for use on our devices used as part of Theranos proprietary technologies have been submitted in pre-submissions to FDA. *This voluntary engagement with FDA is not only a statement about our confidence in our technologies, but this summer's clearance and CLIA waiver would not be possible if our devices and technologies did not work with those tests.* Theranos' technologies include its devices, chemistries, consumables, and software, in addition to its Nanotainer™ tubes. These proprietary systems and technologies – which we protect as intellectual property – have been rigorously tested and reviewed, and continue to be rigorously tested and reviewed.

| Legal | Contact Us | Partner Login |

Copyright © 2015 Theranos Inc. All rights reserved.