# EXHIBIT 26

| To: | Elizabeth Holmes[eholmes@theranos.com] |
|---|---|
| From: | Sunny Balwani |
| Sent: | Fri 11/22/2013 9:17:29 PM |
| Importance: | Normal |
| Subject: | Fwd: CLIA inspection scheduled |
| Received: | Fri 11/22/2013 9:17:30 PM |

Begin forwarded message:

> **From:** Adam Rosendorff <arosendorff@theranos.com>
> **Date:** November 23, 2013 at 12:02:12 AM GMT+5:30
> **To:** CLIA.Lab <CLIA.Lab@theranos.com>
> **Cc:** Sunny Balwani <sbalwani@theranos.com>, Nishit Doshi <ndoshi@theranos.com>
> **Subject: CLIA inspection scheduled**

Dear CLIA

**Our laboratory has been scheduled for a CLIA inspection by the California Department of Public Health on December 3, 2013, at approximately 10.30 a.m..**

This leaves us 11 days to prepare for the inspection. I will be coordinating and leading all aspects of the inspection preparation as well as the actual inspection.

I would like to assign responsibilities for the inspection as follows:

- Review of lab general, General Chemistry and Hematology CAP checklists and summary of deficiencies:                    Hoda
    - Specific service areas review of checklists will further be assisted by:
    - Hematology and UA:                                                        Chi
    - General Chemistry:                                                     Sarah

- Document collection, organization and completelness checks (Validation reports, SOPs etc)                                                                      Sarah

- Physical laboratory readiness (safety, specimen flow etc...) and personnel training: Normandy and Old Lab: (Training logs, lab organization):        Li Ding and Nishit

- Document control and general lab compliance:                                                                        Kerry

It is essential that everyone attends the laboratory operations meeting on Tuesday, November 26th at

3.00pm, ***regardless of shift***, so that we can further discuss this plan.

From what I can gather, CLIA inspections (as opposed to CAP inspections) are mostly document review, therefore every document pertinent to our operations should be printed and placed in a binder with an index tab.

I would like these documents to be organized and in place by Wednesday 27th, and any reviews of modifications to be in place by Friday 30th.

Thanks,


Adam Rosendorff, MD, FASCP
Theranos, Inc
(650) 856-4412 (Office)
(650) 823-4953 (Mobile)
(650) 852-9594 (Fax)
arosendorff@theranos.com