# EXHIBIT 27

**To:** Li Ding-Chiang[lding-chiang@theranos.com]; Sunny Balwani[sbalwani@theranos.com]; Adam Rosendorff[arosendorff@theranos.com]
**Cc:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Daniel Young
**Sent:** Sun 12/1/2013 9:21:21 PM
**Importance:** Normal
**Subject:** RE: help with mock Audit on Monday 12/2
**Received:** Sun 12/1/2013 9:21:22 PM

Sure.  For the second case, for the 2 identifiers, what would you like in addition to the patient DOB?

---

**From:** Li Ding-Chiang
**Sent:** Sunday, December 01, 2013 1:15 PM
**To:** Daniel Young; Sunny Balwani; Adam Rosendorff
**Cc:** Elizabeth Holmes
**Subject:** RE: help with mock Audit on Monday 12/2

Thanks Daniel.  It would be better if we can "break" each of these forms into two separate forms:
 1.   one just like the current form but without all the patient info(birthday and visit date), and doctor's info.
 2.   One with the accession number and two patient identifiers-depend on Theranos' policy.
Thanks,
Li

---

**From:** Daniel Young
**Sent:** Sunday, December 01, 2013 12:58 PM
**To:** Li Ding-Chiang; Sunny Balwani; Adam Rosendorff
**Cc:** Elizabeth Holmes
**Subject:** RE: help with mock Audit on Monday 12/2

Please find attached all patient accession numbers (and order details) from Walgreens from 10/10/2013 through 11/27/2013.  (All friends and family orders have been removed.)

In the attached, I split the data into two tabs:
 1)   venous samples (n=31)
 2)   fingerstick samples (n=32)

Please let me know if you need any additional information about these orders so we can prepare for the "sample based survey" appropriately.

Thanks,
Daniel

---

**From:** Li Ding-Chiang
**Sent:** Friday, November 29, 2013 1:06 PM
**To:** Sunny Balwani; Daniel Young; Adam Rosendorff
**Cc:** Elizabeth Holmes
**Subject:** RE: help with mock Audit on Monday 12/2

I think so too.  From what I have heard, typically they pick an patient of interest, then ask us for all the records.  Wherever the inspector feels that is a questionable spot, more systematic documents maybe asked for.
Li

---

**From:** Sunny Balwani
**Sent:** Wednesday, November 27, 2013 6:46 PM
**To:** Daniel Young; Li Ding-Chiang; Adam Rosendorff
**Cc:** Elizabeth Holmes
**Subject:** RE: help with mock Audit on Monday 12/2

I assume she will pick samples we processed and ask us to show us traceability of QC etc etc.

Confidential                                                                                                                    THPFM0001191384

**From:** Daniel Young
**Sent:** Wednesday, November 27, 2013 6:33 PM
**To:** Sunny Balwani; Li Ding-Chiang; Adam Rosendorff
**Cc:** Elizabeth Holmes
**Subject:** RE: help with mock Audit on Monday 12/2

What exactly does Jerry mean by a "sample based survey"?

---

**From:** Sunny Balwani
**Sent:** Wednesday, November 27, 2013 4:47 PM
**To:** Li Ding-Chiang; Adam Rosendorff; Daniel Young
**Cc:** Elizabeth Holmes
**Subject:** FW: help with mock Audit on Monday 12/2

FYI

---

**From:** Jerry Hurst [mailto:jerryhurst@laboratoryconsultingservices.com]
**Sent:** Wednesday, November 27, 2013 4:14 PM
**To:** Sunny Balwani
**Subject:** RE: help with mock Audit on Monday 12/2

Hi Sunny
Here at my ranch for Thanksgiving so unable to be in RWC on Monday. I talked with Adam a day or 2 ago and apologized for not being able to do this audit.
I can be reached at my ranch by phone 559-658-6019 anytime.  Please call if I can help out by phone.
My apologies. I've worked with your inspector and she should do a very straight forward sample based survey.

Jerry


Sent from my Verizon Wireless 4G LTE Smartphone


-------- Original message --------
From: Sunny Balwani <sbalwani@theranos.com>
Date: 11/27/2013 12:47 PM (GMT-08:00)
To: jerryhurst <jerryhurst@laboratoryconsultingservices.com>
Subject: help with mock Audit on Monday 12/2

Jerry.

We have an audit coming next week. We would love to get your help on Monday to do a mock audit of our documentation to make sure we have everything in place. would you be available for few hours preferable anytime after 10am

Thanks.
Sunny Balwani