# EXHIBIT 28

**To:** Elizabeth Holmes[eholmes@theranos.com]; Kerry Elenitoba-Johnson[kjohnson@theranos.com]; Li Ding-Chiang[lding-chiang@theranos.com]
**Cc:** Sunny Balwani[sbalwani@theranos.com]; Daniel Young[dyoung@theranos.com]; Mona Ramamurthy[mramamurthy@theranos.com]; Samartha Anekal[sanekal@theranos.com]; Nishit Doshi[ndoshi@theranos.com]; Brad Arington[barington@theranos.com]; Max Fosque[mfosque@theranos.com]
**From:** Adam Rosendorff
**Sent:** Tue 11/26/2013 12:24:50 AM
**Importance:** Normal
**Subject:** RE:
**Received:** Tue 11/26/2013 12:24:52 AM

Elizabeth

This is what I propose:

Monday 11/25/2013

Personnel

- Training certification (Li-Ding)
- Diplomas, Licenses and Resume (Li-Ding, Adam, Mona)
- Organizational chart (Adam, Mona)

Proficiency testing

- SOP for internal proficiency testing of LDTs (Adam, Daniel)

Tuesday 11/26/2013

- Criteria for unacceptable specimens (Adam, Daniel, Hoda)
- Ongoing QC analysis- Levey- Jennings for LDTs (Adam, Sarah) (Daily QC procedure completed)
- Calibration verification plan for LDTs (Sarah)
- Procedure for manual verification of abnormal CBC results (Chinmay, Adam)
- Procedure for retesting of critical values (Adam, Daniel)

Wednesday 11/27/2013

- SOP for Theranos LIS (Max, Sunny)
- SOP for Super-Mario (Anam)
- Check SOPs for communication of critical results
- Check SOPs for redraws

Friday 11/29/2013

- Mock audit- Jerry Hurst

Saturday 11/30/2013

Sunday 12/1/2013

Monday 12/2/2013

Implementing improvements based on mock inspection.

Tuesday

Inspection

- Myself and supervisors minimally present to handle inspection starting at 10.30am.

Adam

---

**From:** Elizabeth Holmes
**Sent:** Monday, November 25, 2013 4:01 PM
**To:** Adam Rosendorff; Kerry Elenitoba-Johnson; Li Ding-Chiang
**Cc:** Sunny Balwani; Daniel Young; Mona Ramamurthy; Samartha Anekal; Nishit Doshi; Brad Arington; Max Fosque
**Subject:**

Checking in on the day by day plan for audit preparations. I want to make sure we get an outline of it today.

We will meet tomorrow to review it and also discuss mock audits, including any support from our outside consultants.

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
======================================