# EXHIBIT 30

**To:** Daniel Young[dyoung@theranos.com]; Adam Rosendorff[arosendorff@theranos.com]; Kerry Elenitoba-Johnson[kjohnson@theranos.com]; Li Ding-Chiang[lding-chiang@theranos.com]
**Cc:** Sunny Balwani[sbalwani@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Wed 11/27/2013 12:34:28 AM
**Importance:** Normal
**Received:** Wed 11/27/2013 12:34:29 AM

Let me know if the path for walking the auditors in and downstairs has been cemented so we avoid areas that cannot be accessed, and what that path is.

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
======================================