# EXHIBIT 32



---------- Forwarded message ----------
From: **Adam Rosendorff** <arosendorff@theranos.com>
Date: Fri, Nov 7, 2014 at 6:37 PM
Subject: FW: today's audit
To: "███████@gmail.com" <███████@gmail.com>

---

**From:** Daniel Young
**Sent:** Tuesday, December 03, 2013 8:24 AM
**To:** Adam Rosendorff
**Subject:** RE: today's audit

Ok. I've been asked to attend by EAH/Sunny. I'll stop by your office after I'm out of my meeting now.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, December 03, 2013 7:37 AM
**To:** Daniel Young
**Subject:** RE: today's audit

Starts at 10.30am in @1776

Sent from my Windows Phone

**From:** Daniel Young
**Sent:** 12/3/2013 7:09 AM
**To:** Adam Rosendorff
**Subject:** today's audit

What is the schedule of the audit today?

Thanks,

Daniel Young, PhD

Vice President, Theranos Systems

Theranos, Inc

1601 S. California Ave

Palo Alto, CA 94304

650-470-6119 (office)

650-804-8185 (mobile)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292 www.theranos.com



---------- Forwarded message ----------
From: **Adam Rosendorff** <<u>arosendorff@theranos.com</u>>
Date: Fri, Nov 7, 2014 at 6:37 PM
Subject: FW: Normandy lab
To: "███████@gmail.com" <███████@gmail.com>

---

From: Daniel Young
Sent: Tuesday, December 03, 2013 11:58 AM
To: Adam Rosendorff
Subject: Normandy lab

Let's not remind her about the downstairs lab unless she asks again. Just simpler if we can just show her the lab upstairs.

Daniel Young, PhD

Vice President, Theranos Systems

Theranos, Inc

1601 S. California Ave

Palo Alto, CA 94304

650-470-6119 (office)

650-804-8185 (mobile)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292 www.theranos.com