# EXHIBIT 33

**To:** Adam Rosendorff[arosendorff@theranos.com]
**From:** Sunny Balwani
**Sent:** Wed 12/4/2013 2:34:14 AM
**Importance:** Normal
**Subject:** RE: Inspection
**Received:** Wed 12/4/2013 2:34:15 AM

Agree with your comments. We will put this structre in place this month per our conversation.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, December 03, 2013 6:11 PM
**To:** Sunny Balwani; Hoda Alamdar; Elizabeth Holmes
**Cc:** Daniel Young; Li Ding-Chiang; Kerry Elenitoba-Johnson
**Subject:** RE: Inspection

Sunny

For #2 I have been closely monitoring PT failures (ie 80% passing grades) and non-graded results to make sure we are within peer ranges, and addressing these points in lab meeting with the supervisors and testing personnel. The TS together should draft formal corrective action reports (CAPAs) for PT failures/deficiencies, to be reviewed and signed off by the LD, however minor. This role is also spelled out in the TS job description. In future I would like to delegate this to the QA/QC manager. For perspective, to fail a PT event you would need to score <80% for that event (>2/5 samples), and to suspend testing, you would need to fail two consecutive PT testing events. We are no where near this.

In my past job, the TS would write a comment and initial it on any PT failure, and this would be reviewed and signed off by the lab director. Failing a PT event required a formal written response to CAP, but since we are not enrolled in CAP, we should have a formally written and dated document for each PT deficiency.

Adam

---

**From:** Sunny Balwani
**Sent:** Tuesday, December 03, 2013 5:43 PM
**To:** Hoda Alamdar; Elizabeth Holmes
**Cc:** Adam Rosendorff; Daniel Young; Li Ding-Chiang; Kerry Elenitoba-Johnson
**Subject:** RE: Inspection

Hoda. I need more details than one line bullet point for #2. I am writing for #1 and #3.

Thanks.

---

**From:** Hoda Alamdar
**Sent:** Tuesday, December 03, 2013 5:36 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Adam Rosendorff; Daniel Young; Li Ding-Chiang; Kerry Elenitoba-Johnson
**Subject:** Inspection

Hi Elizabeth and Sunny,

These are the 3 points that the inspector mentioned that we are lacking:

1. PT missing for Ammonia; we had one patient on 9/20/2013 and Adam will work on putting the response together. Calibration and QC were in and there is no evidence of patient harm.

2. PT corrective action for grades of 80% and ungraded PT results; policy already in place, deficiency have been addressed

verbally in lab meeting without documentation of corrective action.

3. QA review on regular (monthly) basis; QA/QC manager can help with that process.

Thanks

Hoda

Confidential

THPFM0001361670