# EXHIBIT 34

 

CDPH
Health

Ron Chapman, MD, MSPH
Director

State of California — Health and Human Services Agency

California Department of Public Health

Laboratory Field Services Branch Office:
320 West 4th Street, Suite 890
Los Angeles, California 90013
Telephone Number: (213) 620-6160; Fax Number: (213) 620-6565

EDMUND G. BROWN JR.
Governor

## IMPORTANT NOTICE – ACTION NECESSARY

December 10, 2013

Theranos, Inc.
1601 S California Ave
Palo Alto, CA 94304-1111

CLIA #05D2025714

RE: STANDARD-LEVEL DEFICIENCIES

Dear Dr. Rosendorff,

In order for a laboratory to perform testing under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), Public Law 100-578, it must comply with all CLIA requirements. These requirements are found in section 353 of the Public Health Service Act (42 U.S.C. § 263a) and 42 Code of Federal Regulations, Part 493 (42 C.F.R. § 493). Federal regulations require onsite surveys to determine whether or not a laboratory is in compliance with the applicable regulations. Compliance with these regulations is a condition of certification for the CLIA program.

California Department of Public Health, Laboratory Field Services (State agency) conducted a recertification survey of your laboratory that was completed on December 3, 2013. Enclosed is form CMS-2567, Statement of Deficiencies, listing the deficiencies found during the survey. The deficiency statement references the CLIA regulations at 42 C.F.R. § 493.

**You are required to respond within 10 days of receipt of this notice. Please indicate your corrective actions on the right side of the form CMS-2567 in the column labeled "Provider Plan of Correction", keying your responses to the deficiencies on the left. Additionally, indicate your anticipated completion dates in the column labeled "Completion Date."**

THPFM0005753213

Theranos, Inc.
December 10, 2013
Page 2

Please return the completed form CMS-2567, dated and signed by the director, within 10 days of receipt of this notice.

Regulations at 42 C.F.R. § 493.1816 state that if a laboratory has deficiencies that are not at the Condition level, the laboratory must submit a plan of correction that is acceptable to CMS (Centers for Medicare & Medicaid Services) in content and time frames. Further, regulations at 42 C.F.R. § 493.1816 require all deficiencies to be corrected within 12 months after the last day of the survey. Please note that depending on the nature and seriousness of the deficiency, the acceptable time frame for correction may be less than 12 months.

If your laboratory does not respond timely to this request, or if your laboratory submits a Plan of Correction that is not acceptable in content and time frames, or if your laboratory does not demonstrate compliance with all CLIA requirements by the specified completion date, we will recommend to CMS imposition of principal sanctions, i.e., suspension, limitation and/or revocation of your laboratory's CLIA certificate and concurrent cancellation of your laboratory's approval for Medicare payments per 42 C.F.R. § 493.1816.

Your laboratory will also be required to provide acceptable evidence of correction for the cited deficiencies. For your information, acceptable evidence of correction **must include**:

1) **Documentation showing what corrective action(s) have been taken for patients found to have been affected by the deficient practice;**

2) **How the laboratory has identified other patients having the potential to be affected by the same deficient practice and what corrective action(s) has been taken;**

3) **What measure has been put into place or what systemic changes you have made to ensure that the deficient practice does not recur, and**

4) **How the corrective action(s) are being monitored to ensure the deficient practice does not recur.**

Please note that the routine survey takes an overview of the laboratory through random sampling. By its nature, the routine survey may not find every violation that the laboratory may have committed. It remains the responsibility of the laboratory and its director to ensure that the laboratory is at all times following all CLIA requirements, to identify any problems in the laboratory and take corrective action specific to the problems, and to institute appropriate quality assessment measures to ensure that the deficient practices do not recur.

In addition to the routine CLIA certification surveys, announced or unannounced investigations/surveys may be conducted by Laboratory Field Services at any time to address complaints or other non-compliance issues. These investigations/surveys may well identify violations that may not have

THPFM0005753214

Theranos Inc
December 10, 2013
Page 3

surfaced during a routine survey using random sampling, but for which the laboratory and its director will still be held responsible.

If you have questions regarding this letter, please contact me at (213) 620-2590.

Sincerely,

Eileen Norkin, Examiner I
Laboratory Field Services

Enclosure:  CMS-2567, Statement of Deficiencies

Confidential

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 1601 S CALIFORNIA AVE PALO ALTO, CA 94304 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5215 310B | **493.1236(b)(2) EVALUATION OF PROFICIENCY TESTING PERFORMANCE** The laboratory must verify the accuracy of any analyte, specialty or subspecialty assigned a proficiency testing score that does not reflect laboratory test performance (that is, when the proficiency testing program does not obtain the agreement required for scoring as specified in subpart I of this part, or the laboratory receives a zero score for nonparticipation, or late return or results). This STANDARD is not met as evidenced by: Based on review of American Proficiency Institute (API) proficiency testing documents (from the 2nd testing event of 2013 to the 3rd testing event of 2013), lack of corrective action documents, and interview with the laboratory director, it was determined that the laboratory director failed to ensure that corrective action(s) were performed when the laboratory received ungraded proficiency testing results. The findings included: a. The laboratory's "Proficiency Testing and Alternative Assessment Procedure" states "Any testing events not scored by the PT organization will be evaluated by the TS to determine if results successfully demonstrated test accuracy using laboratory QC data and results distribution data supplied by the PT organization." b. There was no corrective action documented for the ungraded Anti-dsDNA proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-07) for the 2nd testing event of 2013. c. There was no corrective action documented | D5215 | | |

| LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE | TITLE | (X6) DATE |
|---|---|---|

Any deficiency statement ending with an asterisk (*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients. (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: 0B8Z11          Facility ID: CA22046272          If continuation sheet Page 1 of 6

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 1601 S CALIFORNIA AVE PALO ALTO, CA 94304 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5215 | Continued From page 1<br><br>for the ungraded Anti-RNP/Sm proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-07) for the 2nd testing event of 2013.<br><br>d.  There was no corrective action documented for the ungraded Troponin  proficiency test results for 5 of 5 proficiency test challenges for the 2nd testing event of 2013.<br><br>e.  There was no corrective action documented for the ungraded  Estriol proficiency test result for 1 of 2 proficiency test challenges (specimen IA-04) for the 2nd testing event of 2013.<br><br>f.  There was no corrective action documented for the ungraded Anti-dsDNA proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-14) for the 3rd testing event of 2013.<br><br>g.  There was no corrective action documented for the ungraded Anti-RNP/Sm proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-13) for the 3rd testing event of 2013.<br><br>h.  There was no corrective action documented for the ungraded Antinuclear Antibody proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-11 for the 3rd testing event of 2013.<br><br>i.  There was no corrective action documented for the ungraded  Estriol proficiency test result for 1 of 2 proficiency test challenges (specimen IA-06) for the 3rd testing event of 2013.<br><br>j.  There was no corrective action documented for the ungraded Troponin  proficiency test results for | D5215 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: 0B8Z11        Facility ID: CA22046272        If continuation sheet Page  2 of 8

Confidential

THPFM0005753217

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|
| | 05D2025714 | A. BUILDING _____ <br> B. WING _____ | 12/03/2013 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 1601 S CALIFORNIA AVE <br> PALO ALTO, CA  94304 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5215 | Continued From page 2 <br><br> 5 of 5 proficiency test challenges for the 3rd testing event of 2013. <br><br> k.  There was no corrective action documented for the unacceptable Folate proficiency test result for 1 of 2 proficiency test challenges (specimen IA-06) for the API 3rd testing event of 2013, as follows: | D5215 | | |
| | Specimen Number    Laboratory's Response    API Grading Range <br> IA-06    Greater than 24    3.8 - 7.3 | | | |
| | l.  On 12/3/13 the laboratory director affirmed that no investigation was performed to determine if results successfully demonstrated test accuracy using laboratory QC data and results distribution data supplied by the PT organization, as per the laboratory's policy <br><br> m.  Patients test results were reported when no investigations were performed for ungraded proficiency testing results, including Accession #12862 reported on 7/3/13 for Folate. | | | |
| D5217 <br><br> 310M | 493.1236(c)(1) EVALUATION OF PROFICIENCY TESTING PERFORMANCE <br><br> At least twice annually, the laboratory must verify the accuracy of any test or procedure it performs that is not included in subpart I of this part. <br><br> This STANDARD  is not met as evidenced by: <br> Based interview with the laboratory director and testing personnel, lack of verification of accuracy documentation for Ammonia (NH3), and review of testing logs, it was determined that from 2012 to 2013 the laboratory failed to verify the accuracy of | D5217 | | |

Confidential

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: | (X2) MULTIPLE CONSTRUCTION | | (X3) DATE SURVEY COMPLETED |
|---|---|---|---|---|
| | 05D2025714 | A. BUILDING _____<br>B. WING _____ | | 12/03/2013 |

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5217 | Continued From page 3<br><br>NH3 testing at least twice annually.  The findings included:<br><br>a.  There was no documentation showing that the laboratory verified the accuracy of NH3 testing, at least twice annually, for the period reviewed from 2012 to 2013.<br><br>b.  Review of NH3 testing log showed that a patient's NH3 result was reported on 9/20/13.<br><br>c.  On 12/3/13, testing personnel affirmed that no verification of accuracy of NH3 was performed from 2012 to 2013. | D5217 | | |
| D6019 | 493.1407(e)(4)(iv) DIRECTOR RESPONSIBILITIES<br><br>The laboratory director must ensure that an approved corrective action plan is followed when any proficiency testing results are found to be unacceptable or unsatisfactory.<br><br>This STANDARD  is not met as evidenced by:<br>Based on review of American Proficiency Institute (API) proficiency testing documents (from the 2nd testing event of 2013 to the 3rd testing event of 2013), lack of corrective action documents, and interview with the laboratory director, it was determined that the laboratory director failed to ensure that corrective action(s) were performed when the laboratory received unacceptable proficiency testing results.  The findings included:<br><br>a.  The laboratory's "Proficiency Testing and Alternative Assessment Procedure" states "Any unacceptable and/or unsatisfactory results will be thoroughly investigated to determine problems | D6019 | | |

Confidential

THPFM0005753219

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br><br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br><br>12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6019 | Continued From page 4<br>and root cause."<br><br>b. There was no corrective action documented for the unacceptable Lead proficiency test result for 1 of 2 proficiency test challenges (specimen LEA-04 ) for the API 2nd testing event of 2013, resulting in a score of 50% for Lead proficiency testing, as follows:<br><br>Specimen Number  Laboratory's Response  API Grading Range<br>LEA-04            16.1                  6.8 – 12.2<br><br>c. There was no corrective action documented for the unacceptable $CO_2$ proficiency test result for 1 of 5 proficiency test challenges (specimen CH-09) for the API 2nd testing event of 2013, resulting in a score of 80% for $CO_2$ proficiency testing, as follows:<br><br>Specimen Number  Laboratory's Response  API Grading Range<br>CH-09            27                    31 – 41<br><br>d. There was no corrective action documented for the unacceptable Thyroid Stimulating Hormone (TSH) proficiency test result for 1 of 5 proficiency test challenges (specimen CH-14) for the API 3rd testing event of 2013, resulting in a score of 80% for TSH proficiency testing, as follows:<br><br>Specimen Number  Laboratory's Response  API Grading Range<br>CH-14            5.43                  6.11 – 8.12<br><br>e. On 12/3/13 the laboratory director affirmed that no corrective action was performed to | D6019 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: 0B8Z11          Facility ID: CA22046272          If continuation sheet Page  5 of 6

Confidential

THPFM0005753220

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

PRINTED: 12/10/2013
FORM APPROVED
OMB NO. 0938-0391

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 05D2025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER THERANOS INC | STREET ADDRESS, CITY, STATE, ZIP CODE 1601 S CALIFORNIA AVE PALO ALTO, CA 94304 |
|---|---|

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6019 | Continued From page 5 <br><br> determine the cause of the above unacceptable proficiency testing result, to remedy the cause of the unacceptable results or to evaluate patient test results reported during the identified proficiency testing time period. <br><br> f.  Based on the Laboratory Testing Declaration signed by the laboratory director on 9/3/13, the laboratory tested and reported approximately 950 TSH, 13 Lead, and 1500 $CO_2$ tests annually, including the following: <br><br> Date     Test <br> 10/11/13   TSH <br> 7/30/13    TSH <br> 7/1/13     $CO_2$, TSH | D6019 | | |

FORM CMS-2567(02-99) Previous Versions Obsolete          Event ID: 086Z11          Facility ID: CA22046272          If continuation sheet Page: 6 of 6

Confidential