# EXHIBIT 35

PRINTED: 12/10/2013
FORM APPROVED
OMB NO 0938-0391

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**CENTERS FOR MEDICARE & MEDICAID SERVICES**

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SVPPLIER/CLIA IDENTIFICATION NUMBER: 0502025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | 10 PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| 05215<br>310B | 493.1236(b)(2) EVALUATION OF PROFICIENCY TESTING PERFORMANCE<br><br>The laboratory must verify the accuracy of any analyte, specialty or subspecialty assigned a proficiency testing score that does not reflect laboratory test performance (that is, when the proficiency testing program does not obtain the agreement required for scoring as specified in subpart I of this part, or the laboratory receives a zero score for nonparticipation, or late return or results).<br><br>This STANDARD is not met as evidenced by: Based on review of American Proficiency Institute (API) proficiency testing documents (from the 2nd testing event of 2013 to the 3rd testing event of 2013), lack of corrective action documents, and interview with the laboratory director, it was determined that the laboratory director failed to ensure that corrective action(s) were performed when the laboratory received ungraded proficiency testing results. The findings included:<br><br>a. The laboratory's "Proficiency Testing and Alternative Assessment Procedure" states "Any testing events not scored by the PT organization will be evaluated by the TS to determine if results successfully demonstrated test accuracy using laboratory QC data and results distribution data supplied by the PT organization."<br><br>b. There was no corrective action documented for the ungraded Anti-dsDNA proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-07) for the 2nd testing event of 2013.<br><br>c. There was no corrective action documented | 05215<br>310B b.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>310B c.<br><br><br><br><br><br><br><br><br><br><br><br><br><br>310B d. | **Response and Plan:**<br>1. We have compared our reported result to that of our peer group (Diasorin, 4 peers) for that event and for that specimen. Our result (positive) matched that of our entire peer group for that challenge.<br>2. We have reviewed the QC data from the instrumentation used to analyze ANA-07 on the day that ANA-07 was analyzed (5/24/2013). The QC data of that day indicated that controls performed within the recommended parameters. Additionally, we assessed the singular patient specimen that was analyzed by Anti-dsDNA testing within the time period between the first and second PT event. We confirmed that the QC data for the analysis that included the patient specimen was also within the acceptable range (positive control was 2.453, which is within 2 SD (1.50) of the mean of 2.50; negative control was 0.192 which is within two SD (0.500) of the mean of 0.500).<br>3. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward.<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>**Response and Plan:**<br>1. We have compared our reported result to that of our peer group for that event and for that specimen (Diasorin, 3 peers). Our result (negative) matched that of our entire peer group for that challenge.<br>2. We have reviewed the QC data from the instrumentation used to analyze ANA-07 on the day that ANA-07 was analyzed for Anti-RNP/Sm. The QC data of that day (5/24/2013) indicated that controls performed within the recommended parameters. Additionally, we assessed QC associated with the singular patient specimen analyzed proximally to the PT event (7/10/2013). The QC data for that test demonstrated controls that were within the recommended/required parameters.<br>3. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward.<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>**Response and Plan:**<br>1. We have reviewed the QC data from the instrumentation used to analyze the Troponin Proficiency Test event (2nd of 2013). The QC data of that day (5/24/2013) indicated controls that were within the recommended/required parameters of the test. Completion date: Completed, 12/19 | 12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013 |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVES SIGNATURE                    TITLE                    (X6) DATE

Any deficiency statement ending with an asterisk(*) denotes a deficiency which the institution may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients. (See instructions.) Except for nursing homes, the findings stated above are disclosable 90 days following the date of survey whether or not a plan of correction is provided. For nursing homes, the above findings and plans of correction are disclosable 14 days following the date these documents are made available to the facility. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

FORM CMS-2567(02-99) Previous Versions Obsolete        Event ID: OB8Z11        Facility ID: CA22046272        If continuation sheet Page 1 of 6

FOIA Confidential Treatment Requested by Theranos                                                                                              TS-1079044

| | | | |
|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | | PRINTED: 12/10/2013<br>FORM APPROVED<br>OMB NO 0938-0391 |
| STATEMENT OF DEFICIENCIES<br>AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA<br>IDENTIFICATION NUMBER:<br><br>0502025714 | (X2) MULTIPLE CONSTRUCTION<br>A BUILDING--------<br>B. WING | (X3) DATE SURVEY<br>COMPLETED<br><br>12/03/2013 |
| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5215 | Continued From page 1<br><br>for the ungraded Anti-RNP/Sm proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-07) for the 2nd testing event of 2013.<br><br>d. There was no corrective action documented for the ungraded Troponin proficiency test results for 5 of 5 proficiency test challenges for the 2nd testing event of 2013.<br><br>e. There was no corrective action documented for the ungraded Estriol proficiency test result for 1 of 2 proficiency test challenges (specimen IA-04) for the 2nd testing event of 2013.<br><br>f. There was no corrective action documented for the ungraded Anti-dsDNA proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-14) for the 3rd testing event of 2013.<br><br>g. There was no corrective action documented for the ungraded Anti-RNP/Sm proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-13) for the 3rd testing event of 2013.<br><br>h. There was no corrective action documented for the ungraded Antinuclear Antibody proficiency test result for 1 of 5 proficiency test challenges (specimen ANA-11 for the 3rd testing event of 2013.<br><br>i. There was no corrective action documented for the ungraded Estriol proficiency test result for 1 of 2 proficiency test challenges (specimen IA-06) for the 3rd testing event of 2013.<br><br>j. There was no corrective action documented for the ungraded Troponin proficiency test results for | D5215<br>310B<br>d.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>310B<br>e.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>310B<br>f. | Response and Plan:<br>2. A second proficiency panel (required by the State of New York) was also utilized to assess the quality of the Troponin test (analyzed on 5/7/13) proximally to the API PT testing (5/22/13). The second proficiency panel indicated a score of 100% for this test. Completion date: Completed, 12/19<br>3. We analyzed our list of test results for the year 2013 and found that no patients were tested by the Troponin test in 2013. Completion date: Completed, 12/19<br>4. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>5. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>Response and Plan:<br>1. We analyzed our results for IA-04 by comparing our result to that of our peer group for our method. Our result (2.4) was within 1.1 standard deviation (0.51) of the mean of our peer group (2.94). Completion date: Completed, 12/19<br>2. We inspected our QC data associated with the test date (5/31/2013) for the analysis of IA-04 and found that all controls gave results within the recommended/required parameters of the test. Completion date: Completed, 12/19<br>3. While no patient specimens were analyzed for Estriol at our laboratory in 2013, we did perform proficiency testing for the State of New York in 2013 (3 events, 5 challenges per event). All such proficiency testing passed with a score of 100%. Completion date: Completed, 12/19<br>4. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>5. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>Response and Plan:<br>1. We have compared our reported result for ANA-14 to that of our peer group (Diasorin, 3 peers) for that event and for that specimen. Our result (positive) matched that of our entire peer group for that challenge. Completion date: Completed, 12/19<br>2. We have reviewed the QC data from the instrumentation used to analyze ANA-14 on the day that it was analyzed (9/19/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Additionally, we assessed the three patient specimens that were analyzed by Anti-dsDNA testing within the time period between the second and third PT events. We confirmed that the QC data for the runs that included the patient specimens were each within the acceptable ranges. Completion date: Completed, 12/19 | 12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013 |

FOIA Confidential Treatment Requested by Theranos    TS-1079045

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | | PRINTED: 12/10/2013<br>FORM APPROVED<br>OMB NO 0938-0391 |
|---|---|---|---|
| STATEMENT OF DEFICIENCIES<br>AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA<br>IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING_____<br>B. WING | (X3) DATE SURVEY<br>COMPLETED<br><br>1210312013 |
| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 | |

| (X4) ID<br>PREFIX<br>TAG | SUMMARY STATEMENT OF DEFICIENCIES<br>(EACH DEFICIENCY MUST BE PRECEDED BY FULL<br>REGULATORY OR LSC IDENTIFYING INFORMATION) | ID<br>PREFIX<br>TAG | PROVIDER'S PLAN OF CORRECTION<br>(EACH CORRECTIVE ACTION SHOULD BE<br>CROSS-REFERENCED TO THE APPROPRIATE<br>DEFICIENCY) | (X5)<br>COMPLETION<br>DATE |
|---|---|---|---|---|
| D5215 | Continued From page 2<br>5 of 5 proficiency test challenges for the 3rd testing event of 2013.<br><br>k. There was no corrective action documented for the unacceptable Folate proficiency test result for 1 of 2 proficiency test challenges (specimen IA-06) for the API 3rd testing event of 2013, as follows:<br><br>Specimen  Laboratory's  API<br>Number    Response     Grading Range<br>IA-06     Greater than 24  3.8- 7.3<br><br>l. On 12/3/13 the laboratory director affirmed that no investigation was performed to determine if results successfully demonstrated test accuracy using laboratory QC data and results distribution data supplied by the PT organization, as per the laboratory's policy<br><br>m. Patients. test results were reported when no . ligations were performed for ungraded proficiency testing results, including Accession #12862 reported on 7/3/13 for Folate. | D5215<br>310B<br>f. | Response and Plan:<br>3. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward. | 12/19/2013 |
| | | D5125<br>310B<br>g. | Response and Plan:<br>1. We have compared our reported result for ANA-13 to that of our peer group (Diasorin, 3 peers) for that event and for that specimen. Our result (positive) matched that of our entire peer group for that challenge. Completion date: Completed, 12/19<br>2. We have reviewed the QC data from the instrumentation used to analyze ANA-13 on the day that it was analyzed (9/19/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Additionally, we assessed the singular patient specimen that was analyzed by Anti-RNP/Sm testing within the time period between the second and third PT events (7/10/2013). We confirmed that the QC data for the test run that included the patient specimen was within the acceptable ranges. Completion date: Completed, 12/19<br>3. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward. | 12/19/2013 |
| D5217<br><br>310M | 493.1236(c)(1) EVALUATION OF PROFICIENCY TESTING PERFORMANCE<br><br>At least twice annually, the laboratory must verify the accuracy of any test or procedure it performs that is not included in subpart I of this part.<br><br>This STANDARD is not met as evidenced by:<br>Based interview with the laboratory director and testing personnel, lack of verification of accuracy documentation for Ammonia (NH3), and review of testing logs, it was determined that from 2012 to 2013 the laboratory failed to verify the accuracy of | D5125<br>310B<br>h. | Response and Plan:<br>1. We have compared our reported result for ANA-11 to that of our peer group (Diasorin, 5 peers) for that event and for that specimen. Our result (negative) matched that of our entire peer group for that challenge. Completion date: Completed, 12/19<br>2. We have reviewed the QC data from the instrumentation used to analyze ANA-11 on the day that it was analyzed (9/19/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Completion date: Completed, 12/19<br>3. Six days prior to the API testing event, we performed PT testing using a panel of five challenges provided by the state of New York. We achieved a score of 100% on this panel. Completion date: Completed, 12/19 | 12/19/2013 |

FORM CMS 2567(02 99) Previous Versions Obsolete    Event ID:OB8Z11    Facility ID; CA22046272    If continuation sheet Page 3 of 6

FOIA Confidential Treatment Requested by Theranos                                        TS-1079046

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | | | PRINTED: 12/10/2013<br>FORM APPROVED<br>OMB NO 0938-0391 |
|---|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER:<br><br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A BUILDING_____<br>B. WING | | (X3) DATE SURVEY COMPLETED<br><br>12/03/2013 |
| NAME OF PROVIDER OR SUPPLIER<br><br>THERANOS INC | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D5217<br><br><br><br><br><br><br><br><br><br><br><br><br><br>D6019 | Continued From page 3<br>NH3 testing at least twice annually. The findings included:<br><br>a. There was no documentation showing that the laboratory verified the accuracy of NH3 testing, at least twice annually, for the period reviewed from 2012 to 2013.<br><br>b. Review of NH3 testing log showed that a patient's NH3 result was reported on 9/20/13.<br><br>c. On 12/3/13, testing personnel affirmed that no verification of accuracy of NH3 was performed from 2012 to 2013.<br><br>493.1407(e)(4)(iv) DIRECTOR RESPONSIBILITIES<br><br>The laboratory director must ensure that an approved corrective action plan is followed when any proficiency testing results are found to be unacceptable or unsatisfactory.<br><br>This STANDARD is not met as evidenced by:<br>Based on review of American Proficiency Institute (API) proficiency testing documents (from the 2nd testing event of 2013 to the 3rd testing event of 2013), lack of corrective action documents, and interview with the laboratory director, it was determined that the laboratory director failed to ensure that corrective action(s) were performed when the laboratory received unacceptable proficiency testing results. The findings included:<br><br>a. The laboratory's "Proficiency Testing and Alternative Assessment Procedure" states "Any unacceptable and/or unsatisfactory results will be thoroughly investigated to determine problems | D5215<br>310B<br>h.<br><br><br><br><br><br><br><br><br><br>D5125<br>310B<br>i.<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>D5125<br>310B<br>j. | Response and Plan:<br>4. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>5. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>Response and Plan:<br>1. We have compared our reported result for IA-06 to that of the expected result range for the PT event for IA-06. Our result (1.9) was within the expected result range of 1.5-2.6. Additionally, our result of 1.9 was within one standard deviation (0.25) of the mean of all participants (2.07). Completion date: Completed, 12/19<br>2. We have reviewed the QC data from the instrumentation used to analyze IA-06 on the day that it was analyzed (9/20/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Additionally, we noted that we did not perform Estriol testing on any patients in 2013. Completion date: Completed, 12/19<br>3. A PT panel from the state of New York, received on the same day as the API PT panel was also tested. We achieved a score of 100% for that PT event. Completion date: Completed, 12/19<br>4. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>5. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>Response and Plan:<br>1. We have compared our reported results for the entire Troponin panel to that of the expected result range for the PT event in question. For 5 out of 5 specimens, our results were within the expected result ranges. For 4 out of 5 specimens, our results were within one standard deviation of the mean of all testers. For 1 out of 5 specimens, our results were within 1.2 standard deviations of the mean of all PT testers (specimen CM-12, acceptable). Completion date: Completed, 12/19<br>2. We have reviewed the QC data from the instrumentation used to analyze the Troponin PT panel on the day that it was analyzed (9/23/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Completion date: Completed, 12/19 | 12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>12/19/2013 |

FOIA Confidential Treatment Requested by Theranos    TS-1079047

PRINTED: 12/10/2013
FORM APPROVED
OMB NO 0938-0391

DEPARTMENT OF HEALTH AND HUMAN SERVICES
CENTERS FOR MEDICARE & MEDICAID SERVICES

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 0502025714 | (X2) MULTIPLE CONSTRUCTION A. BUILDING--------  B. WING | (X3) DATE SURVEY COMPLETED 12/03/2013 |
|---|---|---|---|

| NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE |
|---|---|
| THERANOS INC | 1601 S CALIFORNIA AVE PALO ALTO, CA 94304 |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6019 | Continued From page 4 and root cause."<br><br>b. There was no corrective action documented for the unacceptable Lead proficiency test result for 1 of 2 proficiency test challenges (specimen LEA-04) for the API 2nd testing event of 2013, resulting in a score of 50% for Lead proficiency testing, as follows:<br><br>Specimen   Laboratory's   API<br>Number   Response   Grading Range<br>LEA-04   16.1   6.8- 12.2<br><br>c. There was no corrective action documented for the unacceptable C02 proficiency test result for 1 of 5 proficiency test challenges (specimen CH-09) for the API 2nd testing event of 2013, resulting in a score of 80% for C02 proficiency testing, as follows:<br><br>Specimen   Laboratory's   API<br>Number   Response   Grading Range<br>CH-09   27   31 -41<br><br>d. There was no corrective action documented for the unacceptable Thyroid Stimulating Hormone (TSH) proficiency test result for 1 of 5 proficiency test challenges (specimen CH-14) for the API 3rd testing event of 2013, resulting in a score of 80% for TSH proficiency testing, as follows:<br><br>Specimen   Laboratory's   API<br>Number   Response   Grading Range<br>CH-14   5.43   6.11-8.12<br><br>e. On 12/3/13 the laboratory director affirmed that no corrective action was performed to | D5125 310B j. | **Response and Plan:**<br>1. We analyzed our list of test results for the year 2013 and found that no patients were tested by the Troponin test in 2013. Completion date: Completed, 12/22<br>2. A PT panel from the state of New York, received on the same day as the API PT panel was also tested for Troponin I. We achieved a score of 100% for that PT event. Completion date: Completed, 12/22<br>3. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward. | 12/22/2013 |
|  |  | D5125 310B k.&l. | **Response and Plan:**<br>1. Specimen IA-06 was "ungraded" for Folate testing in the API 3rd testing event of 2013. A report from API indicated:<br>2. "Several peer groups showed higher CVs and did not reach consensus for this sample. In addition, some participants reported results above the linearity of their instruments. An investigation by the sample manufacturer showed evidence of sporadic microbial contamination. This finding is consistent with the high folate values obtained by some participants."<br>3. The sample manufacturer has instituted corrective action with regard to sample preparation.<br>4. We have reviewed the QC data from the instrumentation used to analyze IA-06 on the day that it was analyzed (9/18/2013). The QC data of that day indicated that controls performed within the recommended/required parameters. Completion date: Completed, 12/22<br>5. We have reviewed the failure of the follow-up of the ungraded result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all ungraded PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>6. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. . This position will monitor to ensure compliance going forward. | 12/22/2013 |
|  |  | D5125 310B m. | **Response and Plan:**<br>1. Given the information provided by the PT provider, there is strong suspicion that IA-06, was a specimen that was contaminated and inappropriate for Proficiency testing. IA-06 was "ungraded" for this event. Completion date: Completed, 12/22<br><br>2. We assessed the QC results for control specimens on the day that PT was performed (9/18/2013) and found that all results were within the recommended/required parameters. Completion date: Completed, 12/22 | 12/22/2013 |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID:088211    Facility ID: CA22046272    If continuation sheet Page 5 of 6

FOIA Confidential Treatment Requested by Theranos    TS-1079048

| | | | |
|---|---|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>CENTERS FOR MEDICARE & MEDICAID SERVICES | | | PRINTED: 12/10/2013<br>FORM APPROVED<br>OMB NO 0938-0391 |
| STATEMENT OF DEFICIENCIES<br>AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA<br>IDENTIFICATION NUMBER:<br>05D2025714 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING | (X3) DATE SURVEY<br>COMPLETED<br>12/03/2013 |
| NAME OF PROVIDER OR SUPPLIER<br>THERANOS INC | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES<br>(EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION<br>(EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| D6019 | Continued From page 5<br>determine the cause of the above unacceptable proficiency testing result, to remedy the cause of the unacceptable results or to evaluate patient test results reported during the identified proficiency testing time period.<br><br>f. Based on the Laboratory Testing Declaration signed by the laboratory director on 9/3/13, the laboratory tested and reported approximately 950 TSH, 13 Lead, and 1500 C02 tests annually, including the following:<br><br>Date    Test<br>10/11/13    TSH<br>7/30/13    TSH<br>7/1/13    C02, TSH | D5217 310M | Response and Plan<br>1. Recognizing that the accuracy of the NH3 test has not been assessed, our laboratory has subscribed to proficiency testing for ammonia going forward (proof of purchase attached). The first proficiency testing date will be January 27, 2014. Completion date: Completed (ordered), 12/26<br>2. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to enroll in PT where necessary. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward. | 12/26/2013 |
| | | D5217 | Response and Plan<br>3. From 2012-2013, 31 Ammonia tests were run on the ADVIA 1800. Of these, 30 tests were performed for R&D purposes on volunteers and results were not released for patient care. One patient (Finney, Rene M; ACc# 16512) was tested for blood Ammonia on 9/22/2013, and a value of 68 ug/dL (normal range 19-60 ug/dL) was reported on 9/25/2013 at 14:57. QC controls run on 9/22 prior to, and for the purposes of testing of this patient, were as follows:<br>4. Control    Result    Allowable range (+/-2SD)<br>5. Control 1:    61 ug/dL    49 ug/dL-76 ug/dL<br>6. Control 2:    166 ug/dL    133 ug/dL-199 ug/dL<br>7. Control 3:    455 ug/dL    401 ug/dL-475 ug/dL<br>8. Upon review, QC passed for this patient for this result, and we conclude that the Ammonia result was accurate and appropriate for patient care.<br>9. Levey-Jennings QC for Ammonia QC controls, as well as a listing of Ammonia reporting for the period 1/1/2013-12/31/2013, are attached. | 1/2/2014 |
| | | D6019 a.&b. | Response and Plan<br>1. We have reviewed the QC associated for the test date (5/24/2013) where LEA-04 was analyzed. All results appear to be within the recommended / required ranges. We further examined the QC data associated with two patient tests performed proximally to the PT (5/3/2013 and 8/15/2013). We have found that the QC data associated with those dates also falls within the recommended / required parameters. Completion date: Completed, 12/22<br>2. We discontinued lead testing, as of 10/2013. | 12/22/2013 |
| | | D6019 c. | Response and Plan:<br>1. We investigated this issue by assessing the results from the CO2 test across 2013. We investigated this issue by assessing the results from the CO2 test across 2013. This was performed by examining the Levy-Jennings plots for all controls across the time in 2013 starting from the date that the assay was offered (1/6/2013). Utilizing the Westgard rules of 2 consecutive 2 SD or a singular 3 SD measured control event defining failure, we note that the assay was in control across the time it was utilized in 2013. (See included documentation) Completion date: Completed, 12/22 | 12/22/2013 |

FORM CMS-2567(02-99) Previous Versions Obsolete    Event ID: OB8Z11    Facility ID: CA22046272    If continuation sheet Page 6 of 6

DEPARTMENT OF HEALTH AND HUMAN SERVICES

FOIA Confidential Treatment Requested by Theranos    TS-1079049

| CENTERS FOR MEDICARE & MEDICAID SERVICES | | | |
|---|---|---|---|
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 0502025714 | (X2) MULTIPLE CONSTRUCTION<br>A  BUILDING--------<br>B. WING | (X3) DATE SURVEY COMPLETED<br>12/03/2013 |
| NAME OF PROVIDER OR SUPPLIER<br>THERANOS INC | | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1601 S CALIFORNIA AVE<br>PALO ALTO, CA 94304 | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETION DATE |
|---|---|---|---|---|
| | | D6019 c. | **Response and Plan:**<br>2. We have reviewed the QC data associated with $CO_2$ testing for the date on which the API panel was evaluated (5/31/2013). We have found no abnormality with the QC data: all controls performed within the recommended / required parameters. Completion date: Completed, 12/22<br>3. We have reviewed the failure of the follow-up of the unacceptable result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all unacceptable PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>4. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward. | 12/22/2013 |
| | | D6019 d. | **Response and Plan:**<br>1. We investigated this issue by assessing the results from the TSH test across 2013. This was performed by examining the Levy-Jennings plots for all controls across the time in 2013 starting from the date that the assay was offered (6/22/2013). Utilizing the Westgard rules of 2 consecutive 2 SD or a singular 3 SD measured control event defining failure, we note that the assay was in control across the time it was utilized in 2013. (See included documentation) Completion date: Completed, 12/22<br>2. We had also performed PT for TSH using the State of New York PT panel sent to us on the same day as the API PT panel. The score of the New York PT event (5 challenges) was 100%. Completion date: Completed, 12/22<br>3. We have reviewed the QC data associated with TSH testing for the date on which the API panel was evaluated (9/23/2013). We have found no abnormality with the QC data: all controls performed within the recommended / required parameters. Completion date: Completed, 12/22<br>4. We have reviewed the failure of the follow-up of the unacceptable result with supervisorial staff to reinforce the need to follow the protocol which includes to evaluate all unacceptable PT results. We have created PT review as a permanent agenda item for staff meetings, systematically going forward. Completion date: Completed, 12/19<br>5. The Laboratory has hired a QA/QC director whose responsibilities include reviewing all PT events and generating reminders to laboratory staff to follow up on all ungraded PT responses. This person started work at the Laboratory on 12/10/13. This position will monitor to ensure compliance going forward.<br><br>    1. *On 12/3/13 the laboratory director affirmed that no corrective action was performed to determine the cause of the above unacceptable proficiency testing result, to remedy the cause of the unacceptable results or to evaluate patient test results reported during the identified proficiency testing time period.*<br><br>See above, a, b and c and d. | 12/22/2013 |

FOIA Confidential Treatment Requested by Theranos

TS-1079050