# EXHIBIT 37

Message

| | |
|---|---|
| **From**: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent**: | 11/20/2014 8:51:39 PM |
| **To**: | Sunny Balwani [/O=THERANOS ORGANIZATION/OU=First administrative group/cn=recipients/cn=sbalwani] |
| **Subject**: | FW: Ebola |

**From:** Adam Rosendorff
**Sent:** Thursday, November 20, 2014 12:42 PM
**To:** Elizabeth Holmes
**Subject:** Re: Ebola

Elizabeth

I am sorry you feel that way. I appreciate the opportunity you have given me and would be happy to discuss my thoughts further with you privately.

Thanks,

Adam

Sent from my iPhone

On Nov 19, 2014, at 6:52 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

Adam:

How sad and disappointing to see this from you. Outside of the fact you've never emailed me on any concerns you allude to there before but now email this, you know from every conversation we've ever had together how fundamental it is to all of us for you or any other employee *never* to do *anything* you're not completely confident in.

I have spent a great deal of time looking into every element of your email. We will follow up on that in detail, but I want you to know that as I dug into this I started work to transition you off our license ASAP. Sunny will follow up with you on that this week.

Elizabeth

FOIA Confidential Treatment Requested by Theranos                                                                                TS-0903725

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 1:36 PM
**To:** Elizabeth Holmes
**Subject:** RE: Ebola

Elizabeth

I feel really uncomfortable with the what is happening right now in this company. Is there any way you can get Spencer back on the CLIA license and take me off? I am feeling pressured to vouch for results that I cannot be confident in, and also a in a number of cases where I get questions about assays, I do not know what method is being used. Ie vacutainers aliquotted into CTNs etc.

Please advise.

Thanks-

Adam

**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 12:42 PM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola

No one at any of our other sites is under this impression FYI. There are many different organizations in our company outside of CLIA lab -- Sunny will follow up with Godfred.

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:47 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** RE: Ebola

Perhaps a company wide email is in order to quash this rumor?

**From:** Elizabeth Holmes
**Sent:** Friday, November 14, 2014 10:39 AM
**To:** Adam Rosendorff; Sunny Balwani
**Subject:** RE: Ebola

That is not correct. Who said this?

Elizabeth

**From:** Adam Rosendorff
**Sent:** Friday, November 14, 2014 10:38 AM
**To:** Sunny Balwani
**Cc:** Elizabeth Holmes
**Subject:** Ebola

Sunny/Elizabeth

I am hearing that Theranos intends to test samples to rule out or diagnose Ebola at 7373 Gateway.

Can you please confirm that this is correct. If so, I am wondering why, as lab director, I was not involved in the decision and planning?

Thanks,

Adam Rosendorff, MD, FASCP
Laboratory Director
Theranos, Inc
(650) 856-4412 (Office)
(650) 823-4953 (Mobile)
(650) 852-9594 (Fax)
arosendorff@theranos.com
<image001.jpg>

<image002.jpg>

FOIA Confidential Treatment Requested by Theranos                                           TS-0903727