# EXHIBIT 38

# In re Arizona Theranos, Inc. Litigation

**Videotaped Deposition of**

**ADAM ROSENDORFF, M.D.**

**February 26, 2019**

**CONFIDENTIAL**

**UNDER PROTECTIVE ORDER**



www.aptusCR.com / 866.999.8310

**Confidential - Under Protective Order**

**Adam Rosendorff, M.D.**                    **In re Arizona Theranos, Inc. Litigation**

---

**Page 1**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4   In re:                )No. 2:16-cv-2138-HRH
                           )Consolidated with
 5   ARIZONA THERANOS, INC., )2:16-cv-2373-HRH
     Litigation            )2:16-cv-2660-HRH
 6                          )2:16-cv-2775-HRH
                           )-and-
 7                          )2:16-cv-3599-HRH
     _____)
 8
 9          CONFIDENTIAL UNDER THE PROTECTIVE ORDER
10         VIDEOTAPED CONFIDENTIAL DEPOSITION OF
11                   ADAM ROSENDORFF, M.D.
12                 San Francisco, California
13                    February 26, 2019
14
15
16
17
18
19
20
21
22   REPORTED BY:
23   JOHNNA PIPER
24   CSR 11268
25   Job No. 10051729
```

**Page 2**

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF ARIZONA
 3
 4   In re:                )No. 2:16-cv-2138-HRH
                           )Consolidated with
 5   ARIZONA THERANOS, INC., )2:16-cv-2373-HRH
     Litigation            )2:16-cv-2660-HRH
 6                          )2:16-cv-2775-HRH
                           )-and-
 7                          )2:16-cv-3599-HRH
     _____)
 8
 9          Deposition of ADAM ROSENDORFF, M.D.,
10   Volume 1, taken on behalf of Plaintiffs, at Lieff,
11   Cabraser, Heimann & Bernstein, 275 Battery Street,
12   29th Floor, San Francisco, California, beginning at
13   9:11 a.m. and ending at 7:32 p.m. on Tuesday,
14   February 26, 2019, before JOHNNA PIPER, Certified
15   Shorthand Reporter No. 11268.
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
 1   APPEARANCES:
 2   For the Plaintiffs:
         Keller Rohrback LLP
 3       1201 Third Avenue, Suite 3200
         Seattle, Washington 98101-3052
 4       (206) 623-1900
         rmorowitz@kellerrohrback.com
 5       By:  Rachel E. Morowitz, Esq.
 6          --and--
 7   Lieff, Cabraser, Heimann & Bernstein
     275 Battery Street, 29th Floor
 8   San Francisco, California 94111
     (415) 956-1000
 9   tashur@lchb.com
     jleggett@lchb.com
10   By:  Tanya Ashur, Esq.
          James Leggett, Esq.
11
     For the witness:
12       Coblentz, Patch, Duffy & Bass LLP
         One Montgomery Street, Suite 3000
13       San Francisco, California 94104
         (415) 391-4800
14       rmorgan@cobletzlaw.com
         By:  Rees F. Morgan, Esq.
15
16   For Ramesh Sunny Balwani:
17       Davis, Wright, Tremaine LLP
         920 Fifth Avenue, Suite 3300
18       Seattle, Washington 98104-1610
         (206) 622-3150
19       steverummage@dwt.com
         jeffcoopersmith@dwt.com
20       By:  Stephen B. Rummage, Esq.
             Jeffrey B. Coopersmith, Esq.
21              -and-
22       Davis, Wright, Tremaine LLP
         505 Montgomery Street, Suite 800
23       San Francisco, California 94111
         (415) 276-6584
24       kellygorton@dwt.com
         By:  Kelly M. Gorton, Esq.
25
```

**Page 4**

```
 1   For the Walgreens Defendants:
         Sidley Austin LLP
 2       One South Dearborn
         Chicago, Illinois 60603
 3       (312) 853-6892
         lawrence.fogel@sidley.com
 4       sstern@sidley.com
         BY:  Lawrence P. Fogel, Esq.
 5            Stephanie C. Stern, Esq.
 6   For Elizabeth Holmes (telephonically):
         Cooley
 7       1700 Seventh Avenue, Suite 1900
         Seattle, Washington 98101-1355
 8       (206) 452-8700
         jlombard@cooley.com
 9       By:  Jeff Lombard, Esq.
10
     Also Present:  Monti Majthoub, videographer.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Adam Rosendorff, M.D.**                    **In re Arizona Theranos, Inc. Litigation**

**Page 5**

```
1              I N D E X
2
3  WITNESS:  ADAM ROSENDORFF, M.D.
4
5  EXAMINATION BY:                    PAGE
6  MS. MOROWITZ                        16
7  MR. RUMMAGE                        183
8  MR. FOGEL                          297
9  MR. RUMMAGE                        357
10 MR. MORGAN                         360
11
12            EXHIBITS
13 NUMBER    DESCRIPTION              PAGES
14 Exhibit 40  Amended Subpoena to Testify At a   16
             Deposition in a Civil Action
15
16 Exhibit 41  E-mail string beginning with an   57
             e-mail from Adam Rosendorff to
17           arosendorff@gmail.com dated October
             28, 2014, subject:  Fw:
18           Proficiency testing for LDTs,
             Bates-stamped THER-AZ-05481552
19           through 59
20
   Exhibit 42  E-mail string beginning with an   69
21           e-mail from Adam Rosendorff to
             arosendorff@gmail.com dated
22           2/26/2014, subject:  Fw:
             Proficiency testing for LDTs,
23           Bates-stamped THER-AZ-03703969
             through 75
24
25
```

**Page 6**

```
1  Exhibit 43  E-mail string beginning with an    74
             e-mail from Sunny Balwani to
2            Elizabeth Holmes dated 4/15/2014,
             subject:  Fw:  FT4 and
3            TSH-CONFIDENTIAL, NOT FOR
             DISSEMINATION BEYOND THIS RECEIVE
4            LIST, Bates-stamped
             THER-AZ-01365425
5
6  Exhibit 44  E-mail string beginning with an    76
             e-mail from Adam Rosendorff to
7            Christian Holmes dated 11/15/2014,
             subject:  Re:  Lab results inquiry,
8            Bates-stamped THER-AZ-00036673
             through 75
9
10 Exhibit 45  E-mail string beginning with an    88
             e-mail from Adam Rosendorff to
11           arosendorff@gmail.com dated
             10/29/2014, subject:  Fw:
12           Fingerstick vs. Venous,
             Bates-stamped THER-AZ-03727117
13           through 19
14
   Exhibit 46  Calendar invite dated 9/17/2014,   98
15           Bates-stamped THER-AZ-06368847
16
   Exhibit 47  E-mail string beginning with an   104
17           e-mail from Sunny Balwani to Adam
             Rosendorff dated 2/25/2014,
18           subject:  Re:  Parallel testing for
             VitD, TSH, PSA and FT4,
19           Bates-stamped THER-AZ-00027816
             through 17
20
21 Exhibit 48  E-mail to CLIA.lab, et al., from  111
             Langly Gee dated 9/19/2014,
22           subject:  Meeting minutes, with
             attachment, Bates-stamped
23           THER-AZ-00033163 through 64
24
25
```

**Page 7**

```
1  Exhibit 49  E-mail string beginning with an   121
             e-mail from Sunny Balwani to Adam
2            Rosendorff dated 11/13/2014,
             subject:  Re:  Physician
3            inquiry-discrepancy w/results,
             Bates-stamped THER-AZ-00037165
4            through 67
5
   Exhibit 50  Exhibit 5 to the Second Amended   127
6            Complaint
7
   Exhibit 51  E-mail string beginning with an   134
8            e-mail to Elizabeth Holmes from
             Sunny Balwani dated 8/29/2013,
9            subject:  Re:  Concerns about the
             launch, Bates-stamped
10           THER-AZ-06359212 through 13
11
   Exhibit 52  E-mail string beginning with an   137
12           e-mail to Elizabeth Holmes from
             Sunny Balwani dated 11/5/2013,
13           subject:  FW:  CLIA updates,
             Bates-stamped THER-AZ-01376016
14           through 18
15
   Exhibit 53  E-mail string beginning with an   149
16           e-mail from Max Fosque to Adam
             Rosendorff, et al., dated
17           3/20/2014, subject:  Re:  TakeCare
             Clinic Nurse, Bates-stamped
18           THER-AZ-02487647 through 48
19
   Exhibit 54  E-mail string beginning with an   153
20           e-mail from Max Fosque to Daniel
             Young, et al., dated 7/10/2014,
21           subject:  FW:  Proposed agenda for
             Monday's meeting, Bates-stamped
22           THER-AZ-02486064 through 67
23
24
25
```

**Page 8**

```
1  Exhibit 55  E-mail string beginning with an   154
             e-mail to Adam Rosendorff from
2            Elizabeth Holmes dated 2/11/2013,
             subject:  Re:, Bates-stamped
3            THER-AZ-01438812
4
   Exhibit 56  E-mail string beginning with an   156
5            e-mail to Anjali Jain from Adam
             Rosendorff dated 1/9/2014, subject:
6            Re:  Confidential patient
             information, Bates-stamped
7            THER-AZ-03727870 through 71
8
   Exhibit 57  E-mail string beginning with an   160
9            e-mail to Daniel Young, et al.,
             from Nishit Doshi 4/6/2014,
10           subject:  Re:  Concern re test
             accuracy, with attachment,
11           Bates-stamped THER-AZ-05667436
             through 41
12
13 Exhibit 58  E-mail string beginning with an   163
             e-mail to Adam Rosendorff from
14           Sunny Balwani dated 7/19/2014,
             subject:  Re:  Physician
15           questioning results, Bates-stamped
             THER-AZ-00030176 through 79
16
17 Exhibit 59  E-mail string beginning with an   167
             e-mail to Sunny Balwani from
18           Elizabeth Holmes dated 11/15/2014,
             subject:  Re:  Escalated call -
19           111240, Bates-stamped
             THER-AZ-01243007 through 11
20
21 Exhibit 60  E-mail string beginning with an   175
             e-mail from Adam Rosendorff to
22           Elizabeth Holmes dated 11/20/2014,
             subject:  Re:  Ebola, Bates-stamped
23           THER-AZ-05844000 through 01
24
25
```

**Confidential - Under Protective Order**

Adam Rosendorff, M.D.                                    In re Arizona Theranos, Inc. Litigation

| | | Page 9 |
|---|---|---|
| 1 | Exhibit 61 | SOP that deals with venipuncture, Bates-stamped THER-AZ-00529944 through 51 — 196 |
| 3 | Exhibit 62 | SOP that deals with specimen preparation for shipment, Bates-stamped THER-AZ-02543028 through 41 — 196 |
| 6 | Exhibit 63 | E-mail string beginning with an e-mail to Kerry Elenitoba-Johnson, et al., from Sunny Balwani, dated 10/19/2013, subject:  Re:  CLIA SOPs, Bates-stamped THER-AZ-03877913 through 16 — 200 |
| 10 | Exhibit 64 | Validation of modified Siemens potassium assay, Bates-stamped THER-AZ-04072431 through 44 — 216 |
| 13 | Exhibit 65 | E-mail string beginning with an e-mail from Daniel Young to Adam Rosendorff, et al., dated 9/5/2013, subject:  Re:  Fingerstick vs venous, Bates-stamped THER-AZ-02886610 through 13 — 221 |
| 17 | Exhibit 66 | E-mail string beginning with an e-mail from Adam Rosendorff to Mark Pandori dated 2/11/2014, subject:  Re:  QC for TSH Failed After Re-run, Bates-stamped THER-AZ-02382112 through 14 — 234 |
| 21 | Exhibit 67 | E-mail string beginning with an e-mail from Adam Rosendorff to Daniel Young, et al., dated 11/27/2013, subject:  Re: Proficiency testing for LDTs, Bates-stamped THER-AZ-06313971 through 73 — 238 |

| | | Page 10 |
|---|---|---|
| 1 | Exhibit 68 | SOP dated 11/26/2013, Bates-stamped THER-AZ-02113460 through 67 — 240 |
| 3 | Exhibit 69 | E-mail string beginning with an e-mail to arosendorff@gmail.com from Adam Rosendorff dated 2/26/2014, subject:  Fw:  Proficiency testing for LDTs, Bates-stamped THER-AZ-03703969 through 75 — 245 |
| 7 | Exhibit 70 | E-mail string beginning with an e-mail to Daniel Young From Nishit Doshi dated 4/14/2014, subject:  Re:  Proficiency testing for LDTs, Bates-stamped THER-AZ-04513955 through 57 — 248 |
| 11 | Exhibit 71 | PowerPoint presentation entitled Theranos Assay Readiness for CLIA 4/11/14 — 248 |
| 14 | Exhibit 72 | SOP dated 8/25/2014, Bates-stamped THER-AZ-00732424 through 29 — 250 |
| 16 | Exhibit 73 | E-mail string beginning with an e-mail from Adam Rosendorff to Sunny Balwani, et al., dated 2/25/2014, subject:  Re:  New QC measure for Edisons, Bates-stamped THER-AZ-04869564 through 66 — 254 |
| 20 | Exhibit 74 | E-mail to Adam Rosendorff from Langly Gee dated 4/23/2014, subject:  LQP results, Bates-stamped THER-AZ-04303784 — 259 |
| 23 | Exhibit 75 | LQP results dated 4/21/14 — 259 |

| | | Page 11 |
|---|---|---|
| 1 | Exhibit 76 | E-mail string beginning with an e-mail to Adam Rosendorff from Sunny Balwani dated 10/9/2014, subject:  Fw:  Please call Dr. Palmer, Bates-stamped THER-AZ-00033501 through 03 — 262 |
| 5 | Exhibit 77 | E-mail string beginning with an e-mail to Adam Rosendorff from Sunny Balwani dated 10/10/2014, subject:  IQP data, Bates-stamped THER-AZ-01722795 through 98 — 268 |
| 9 | Exhibit 78 | E-mail string beginning with an e-mail to arosendorff@gmail.com from Adam Rosendorff dated 10/28/2014, subject:  Fw:  Changes in primary methods and CMS reporting, Bates-stamped THER-AZ-03704100 through 01 — 274 |
| 13 | Exhibit 79 | E-mail string beginning with an e-mail to Sunny Balwani, et al., from Adam Rosendorff dated 2/12/2014, Bates-stamped THER-AZ-00035089 through 90 — 278 |
| 17 | Exhibit 80 | E-mail string beginning with an e-mail to Elizabeth Holmes from Daniel Young dated 12/5/2013, subject:  FW:  CLIA Laboratory Audit 12_3_2013.docx, Bates-stamped THER-AZ-03672563 through 64 — 284 |
| 21 | Exhibit 81 | CLIA Laboratory Audit 12/03/2013 meeting minutes, Bates-stamped THER-AZ-03672565 through 67 — 284 |

| | | Page 12 |
|---|---|---|
| 1 | Exhibit 82 | E-mail string beginning with an e-mail to Sunny Balwani from Daniel Young dated 4/25/2014, subject:  Re:  ISE results, Bates-stamped THER-AZ-00789333 through 35 — 288 |
| 4 | Exhibit 83 | E-mail string beginning with an e-mail to Sunny Balwani from Daniel Young dated 5/12/2014, subject:  Re:  ISEs and HCV, Bates-stamped THER-AZ-05937412 — 291 |
| 8 | Exhibit 84 | E-mail string beginning with an e-mail to Adam Rosendorff, et al., from Christian Holmes dated 10/28/2014, subject:  Re:  Customer issue:  Dr. Phelan (patient Wong), Bates-stamped THER-AZ-00034037 through 41 — 293 |
| 13 | Exhibit 85 | E-mail string beginning with an e-mail to Sunny Balwani from Adam Rosendorff dated 11/27/2013, subject:  Re:  CRP sample, Bates-stamped THER-AZ-06313969 through 70 — 295 |
| 17 | Exhibit 86 | E-mail string beginning with an e-mail to Tim Kemp, et al., from Adam Rosendorff dated 8/4/2014, subject:  Equipment, Bates-stamped THER-AZ-00035934 through 36 — 317 |
| 21 | Exhibit 87 | E-mail string beginning with an e-mail from Adam Rosendorff to arosendorff@gmail.com dated 11/11/2014, Bates-stamped THER-AZ-05781417 through 19 — 322 |

Confidential - Under Protective Order

**Adam Rosendorff, M.D.**                                    **In re Arizona Theranos, Inc. Litigation**

---

Page 13

```
1  Exhibit 88  E-mail string beginning with an      325
                e-mail to arosendorff@gmail.com
2               from Adam Rosendorff dated
                10/29/2014, subject:  Fw:  Customer
3               issue:  Dr. Phelan (patient Wong),
                Bates-stamped THER-AZ-00036532
4               through 42

5
   Exhibit 89  E-mail string beginning with an      338
6               e-mail to Daniel Young, et al.,
                from Sunny Balwani dated 7/10/2014,
7               subject:  Re:  Call tomorrow at
                10am, Bates-stamped
8               THER-AZ-01416273 through 74

9

10

11

12

13                     --o0o--

14

15

16

17

18

19

20

21

22

23

24

25
```

---

Page 14

1  San Francisco, California; Tuesday, February 26,
2  2019; 9:11 a.m.
3
4           PROCEEDINGS
5
6       THE VIDEOGRAPHER:  Here begins the video
7  deposition of Adam Rosendorff in the matter of
8  Arizona Theranos, Inc., Litigation in the U.S.
9  District Court, District -- District of Arizona,
10  Case Number 2:16-cv-2138-HRH.
11       This deposition is being taken at
12  275 Battery Street, San Francisco, California.
13  Today's date is February 26, 2019.  The time is
14  9:11 a.m.
15       My name is Monti Majthoub, and I'm here on
16  behalf of Aptus Court Reporters.  Video and audio
17  recording will be taking place unless all counsel
18  have agreed to go off the record.
19       Will all counsel please introduce
20  yourselves for the record.
21       MR. MORGAN:  Rees Morgan with Coblentz,
22  Patch, Duffy & Bass.  I am counsel for
23  Dr. Rosendorff.
24       MR. RUMMAGE:  Steve Rummage of Davis,
25  Wright, Tremaine, counsel for Ramesh Balwani.

---

Page 15

1       MR. COOPERSMITH:  Jeff Coopersmith of
2  Davis, Wright, Tremaine, also counsel for Ramesh
3  Balwani.
4       MS. GORTON:  Kelly Gorton, Davis, Wright,
5  Tremaine, also counsel for Ramesh Balwani.
6       MR. FOGEL:  Lawrence Fogel, Sidley Austin,
7  counsel for the Walgreens defendants.
8       MS. STERN:  Stephanie Stern, Sidley Austin,
9  counsel for the Walgreens defendants.
10       MS. MOROWITZ:  Rachel Morowitz from Keller
11  Rohrback, counsel for Plaintiffs.
12       MS. ASHUR:  Tanya Ashur with Lieff,
13  Cabraser, Heimann & Bernstein, representing
14  Plaintiffs.
15       MR. LEGGETT:  James Leggett, Lieff,
16  Cabraser, Heimann & Bernstein, counsel for
17  Plaintiffs.
18       THE VIDEOGRAPHER:  Counsel on the phone.
19       MR. LOMBARD:  This is Jeff Lombard from
20  Cooley on behalf of Elizabeth Holmes.
21       THE VIDEOGRAPHER:  The court reporter is
22  Johnna Piper.
23       Would you please swear in the witness.
24
25

---

Page 16

1       ADAM ROSENDORFF, M.D.,
2  having been first duly sworn, testifies as follows:
3
4           EXAMINATION
5  BY MS. MOROWITZ:
6    **Q.  Good morning, Dr. Rosendorff.**
7    A.  Good morning.
8    **Q.  My name is Rachel Morowitz, and as I just**
9  **stated, I'm from the firm Keller Rohrback, and I'm**
10  **co-counsel with the firm that we're at today, Lieff,**
11  **Cabraser, and we represent a class of consumer**
12  **plaintiffs in a class action against Theranos,**
13  **Walgreens, Elizabeth Holmes, and Sunny Balwani.**
14       **Before we get started, can you please state**
15  **and spell your name for the record?**
16    A.  Sure.  It's Adam Rosendorff, A-D-A-M,
17  R-O-S-E-N-D-O-R-F-F.
18       (Deposition Exhibit 40 was marked
19       for identification.)
20  BY MS. MOROWITZ:
21    **Q.  So I'm handing you what has been marked as**
22  **Exhibit 1.  Have you seen this document before?**
23    A.  No, I haven't.  It looks -- it looks like a
24  deposition -- I mean a subpoena to testify that --
25  that was served on me, but the actual subpoena that

---

Confidential - Under Protective Order

Adam Rosendorff, M.D.                                    In re Arizona Theranos, Inc. Litigation

Page 45

1  the linearity of the methods and reproducibility and
2  all these performance characteristics.  So it was a
3  lot of number crunching.  My door would be open for
4  CLSs to come and ask questions about what they
5  should do about reagents and troubleshooting of --
6  of assays, that kind of thing.
7      **Q.  Can you explain to me what you mean by**
8  **establishing linearity for the validation reports?**
9      A.  Well, linearity is -- the response of the
10  instrument has to be -- with -- with increasing
11  concentrations of an analyte, the response of the
12  instrument should go up in tandem with that, and the
13  instrument should give an accurate result with
14  increasing concentrations of analyte to reflect the
15  -- the linear -- and that should be a linear curve
16  when you do curve fitting.  So you have five
17  nanograms per mil, it gives you a hundred, ten
18  nanograms per mil gives you two hundred, et cetera,
19  and you fit a curve and you make sure it's linear.
20  And it helps you determine your upper limit of -- of
21  linearity and your lower limit of linearity, so the
22  -- the sensitivity of the test is at the lower limit
23  of linearity and the upper limit of linearity is the
24  maximum result that you can report out, generally.
25      **Q.  Are you familiar with proficiency testing?**

Page 46

1      A.  Yes.
2      **Q.  Can you explain what that is?**
3      A.  Proficiency testing is generally a process
4  where you get samples that you're blind to the
5  concentration and you have to test those as you
6  would test patient samples and submit them to a --
7  some objective third party that grades you.
8         There's two types of proficiency testing.
9  One is a proficiency testing that the College of
10  American Pathologists, for instance, would send out
11  where you'd -- you had a vial, you don't know the
12  concentration of the analyte in the vial or -- or
13  the -- the -- they tell you what to test for but you
14  don't know the concentration.  And then alternative
15  assessment of proficiency, which is if you have no
16  peers.  Because proficiency testing is only good if
17  you have a group of peers that you can compare your
18  result to.  So if you have no peers, you have to do
19  alternative assessment of proficiency.
20      **Q.  Was proficiency testing conducted at**
21  **Theranos?**
22      MR. RUMMAGE:  Object to the form of the
23  question.  Lacks foundation.
24         THE WITNESS:  It was conducted, but -- for
25  the -- it wasn't conducted while I was there for the

Page 47

1  Theranos methods, and that was a big reason of why I
2  left, because I kept trying to impress upon
3  management the importance of doing alternative
4  assessment of proficiency and they kept saying, yes,
5  and -- an outline was drawn up by Daniel Young.  But
6  by October 2014, over a year had gone by and they
7  hadn't done proficiency testing on the Theranos
8  methods.
9  BY MS. MOROWITZ:
10      **Q.  When did you first raise this concern?**
11      A.  It was soon after we went live with the
12  Theranos methods, like probably October 2013.
13      **Q.  You mentioned that you had raised these**
14  **concerns with management.  Can you be more specific**
15  **by who you mean by management?**
16      A.  Elizabeth, Sunny, and Daniel.
17      **Q.  Do you recall any specific conversations**
18  **that you had with Ms. Holmes about your concerns**
19  **about proficiency testing?**
20      A.  Well, I believe there are e-mails to Sunny
21  and Daniel that would show that I had concerns about
22  proficiency testing, and most of the e-mails that I
23  sent to Sunny were forwarded to Elizabeth as well.
24      **Q.  So you raised your concerns in October 2013**
25  **and again in October 2014?**

Page 48

1      A.  In October 2014 there was a meeting -- a
2  big meeting or many people present in the boardroom
3  to discuss proficiency.  Daniel was there,
4  Elizabeth, Sunny, Brad Arington, who was general
5  counsel, and a bunch of other people, and we
6  discussed the performance of alternative proficiency
7  for the Theranos methods.
8         But I left that meeting with the feeling
9  that it was just lip service, that nothing was
10  actually going to be done and that resources weren't
11  going to be allocated to this.
12      **Q.  What gave you the impression that it was**
13  **just lip service?**
14      A.  There was no follow-up.  It wasn't
15  something that I could do on my own.  We needed a
16  roster.  We needed a list of samples that we had to
17  produce.  We needed all these things that -- I
18  needed a team, basically, to be built around me that
19  I could marshal in -- in the interest of this
20  alternative proficiency.
21      **Q.  So backing up a bit.  How often --**
22  **actually, withdraw that.**
23         **So CLIA labs are subject to proficiency**
24  **testing?**
25      MR. RUMMAGE:  Object to the form of the

**Confidential - Under Protective Order**

Adam Rosendorff, M.D.                                    In re Arizona Theranos, Inc. Litigation

Page 93

1 Monday."  Do you see that?
2    A.  Uh-huh.
3    Q.  And for the launch on Monday, you're
4 referring to the Theranos -- Theranos going live in
5 Walgreens stores?
6    A.  Yes.
7    Q.  And by preliminary reference ranges, are
8 you referring to preliminary reference ranges for
9 venous blood?
10    A.  No -- capillary blood.
11    Q.  So why was Theranos putting together
12 preliminary reference ranges days before they're
13 about to go live in Walgreens stores?
14        MR. RUMMAGE:  Object to the form of the
15 question.
16        THE WITNESS:  I don't know.  It was very
17 rushed.
18 BY MS. MOROWITZ:
19    Q.  What was very rushed?
20    A.  The validation of the T protocols.
21    Q.  When you say that it was rushed, are you
22 saying that management rushed the validation of the
23 T protocols?
24    A.  There was lots of pressure from management
25 to get the validations done and signed off on.

Page 94

1    Q.  You felt pressure individually from
2 management to get these validation reports signed?
3        MR. RUMMAGE:  Object to the form of the
4 question.
5        THE WITNESS:  No, I -- I was only going to
6 sign them if they met my standards.
7 BY MS. MOROWITZ:
8    Q.  Were there any validation reports prior to
9 Walgreens going live that you refused to sign off
10 on?
11        MR. RUMMAGE:  Object to the form of the
12 question.
13        THE WITNESS:  I don't think so, no.
14 BY MS. MOROWITZ:
15    Q.  Were there any validation reports after
16 Walgreens went live in Walgreens -- after Theranos
17 went live in Walgreens stores that you refused to
18 sign off on?
19    A.  No.
20        MR. RUMMAGE:  Object to the form.
21 BY MS. MOROWITZ:
22    Q.  So did you end up establishing the de novo
23 reference regions -- ranges using the Walgreens
24 samples after the launch?
25    A.  For certain analytes, yes.  I don't -- I

Page 95

1 don't recall which ones they were.
2    Q.  And then looking at the next sentence, "An
3 evaluation of a larger number of referenced
4 individuals but fewer than and equals 120, the
5 number needed to perform a standard reference
6 interval study."  Do you see that?
7    A.  Yes.
8    Q.  So the requirement that 120 participants be
9 tested is -- is a requirement by CLIA regulations?
10        (Reporter requests clarification.)
11        THE WITNESS:  CLSI guidelines.
12 BY MS. MOROWITZ:
13    Q.  And what are CLSI guidelines?
14    A.  Clinical Laboratory Standards Institute
15 [sic].  It's an independent entity in Wayne,
16 Pennsylvania, that is -- that publishes guidelines
17 for validations.
18    Q.  And you go on to say, "Please can we look
19 at these ranges ASAP."  Was the urgency because the
20 launch was in a couple days?
21    A.  Yes.
22    Q.  And also to go back.  So you meant -- you
23 -- you said there's pressure from management.  And
24 when you say management, are you referring to
25 Mr. Balwani?

Page 96

1    A.  Yes.
2        MR. RUMMAGE:  Object to the form.
3 BY MS. MOROWITZ:
4    Q.  And when you say management, are you
5 referring to Ms. Holmes?
6    A.  Yes.
7    Q.  Is there anybody else from management that
8 you felt pressure for -- from?
9    A.  No.
10    Q.  Can you explain how you felt pressure from
11 management?
12        MR. RUMMAGE:  Object to the form.
13        MR. LOMBARD:  Same objection.
14        MR. MORGAN:  Same objection.
15        THE WITNESS:  Well, on one occasion I left
16 the lab at around 7 p.m. and I had a date and I was
17 on the date, and then I got a phone call from Sunny
18 Balwani to come back and sign off on some document.
19 I don't remember what the document was.  And it was
20 like 9:30, 10:00 at night, so I thought that was
21 very strange that I was called in at such a late
22 hour to sign off on something that -- that was an
23 example of the pressure that I was under.
24 BY MS. MOROWITZ:
25    Q.  What were your normal hours at Theranos?

**Page 93..96**

Adam Rosendorff, M.D.                                    In re Arizona Theranos, Inc. Litigation

Page 177

1    A.  Yes.

2    Q.  And you write, "I feel really uncomfortable
3  with what is happening right now in this company.
4  Is there any way you can get Spencer back on the
5  CLIA license and take me off?"  And this reference
6  to Spencer is Spencer -- is it Spencer Hiraki?

7    A.  Correct.

8    Q.  And do you -- do you recall what made you
9  feel really uncomfortable about what was happening
10  in the company?

11   A.  Just starting to lose confidence in the
12  accuracy of the lab testing or being asked to vouch
13  for results that I -- that I was not confident in.
14  And not knowing what method's being used, whether
15  it's capillary blood or Vacutainer venous blood or
16  what methods are being used to generate the data.
17  Not even knowing what method's being employed to
18  generate the data, that's a significant handicap
19  when asked to interpret what's going on, so . . .

20   Q.  And when did you start to lose confidence
21  in the -- the accuracy and -- reliability of tests
22  and the other issues --

23   A.  It really started to accelerate after the
24  move to Newark, which I guess was in late October,
25  early November 2014.

Page 178

1    Q.  What about the move to Newark really
2  highlighted these concerns for you?

3    A.  Just increasing frequency of complaints or
4  queries that I was getting.  Requests to speak to
5  physicians were increasing.  The potassium problem
6  wasn't going away.

7    Q.  So you testified earlier that the frequency
8  of physician inquiries that you received was no
9  different than what you had seen in your previous
10  positions, correct?

11   A.  It started to pick up after the move to
12  Newark, I think.  In Palo Alto, I don't think the
13  frequency was much higher than I would get in other
14  labs -- in other lab directorship situations.

15   Q.  What changed?  What changed from Palo Alto
16  to New York -- to Newark?

17   A.  I don't know.

18   Q.  Were -- was Theranos providing more tests
19  when --

20   A.  It's possible.

21   Q.  And then you go on to say, "I am feeling
22  pressured to vouch for results that I cannot be
23  confident in.  And also, in a number of cases where
24  I get questions about assays, I don't" -- "I do not
25  know what method is being used."  And that's

Page 179

1  consistent with the reasons that you previously
2  listed -- for why you felt uncomfortable, correct?

3    A.  Yes.

4    Q.  And you also mention Vacutainers aliquoted
5  into CTNs.

6    A.  Yes.

7    Q.  Now turning to Ms. Holmes' response to you.
8  I won't go on to read it, but was this response at
9  all surprising to you?

10   A.  It was sort of her sort of claiming to be
11  the injured party in this, how sad and disappointing
12  to see this from you, like it was somehow failure on
13  my -- on my part.  It was turning the -- try to turn
14  the tables on me.

15   Q.  How would you characterize your
16  relationship with Ms. Holmes prior to this e-mail
17  exchange?

18   A.  It was good.

19   Q.  And then you go on to say, "Elizabeth, I'm
20  sorry you feel that way.  I appreciate the
21  opportunity you've given me and would be happy to
22  discuss my thoughts further with you privately."
23  Did Ms. Holmes take you up on the opportunity to
24  discuss these --

25   A.  No --

Page 180

1    Q.  -- issues?

2    A.  -- she didn't.  And also, on the day that I
3  quit I had said, can I speak to you?  I e-mailed her
4  and asked to speak to her, and I didn't get any
5  response.

6    Q.  And what was your intent to speak privately
7  with her?

8    A.  Well, Sunny was exhibiting -- trying to
9  strong-arm me into deleting e-mails that I'd
10  e-mailed to myself and threatening legal action and
11  being intimidating, and I just wanted to meet with
12  Elizabeth to sort of protect me from Sunny, I guess.
13  I don't know.

14   Q.  And so there's a couple documents that we
15  went through today where you forwarded e-mails to
16  your personal Gmail account?

17   A.  Uh-huh.

18   Q.  Do you recall those?

19   A.  Yes.

20   Q.  Why did you forward e-mails to your
21  personal Gmail?

22   A.  I wanted a paper trail to protect me in the
23  event of litigation against me.

24   Q.  Is there a point in time when you started
25  forwarding these e-mails to yourself?