# EXHIBIT 39

| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Fri 11/21/2014 11:50:02 PM |
| **Importance:** | Normal |
| **Subject:** | RE: Redraw request 11-21-14 |
| **Received:** | Fri 11/21/2014 11:50:01 PM |

we need to respond to him now and cut him Monday.

**From:** Elizabeth Holmes
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Sunny Balwani
**Subject:** FW: Redraw request 11-21-14


**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 3:45 PM
**To:** Elizabeth Holmes
**Subject:** Fwd: Redraw request 11-21-14


Elizabeth

I find Sunnys response offensive and disingenuous.

He should apologize.

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Sunny Balwani <sbalwani@theranos.com>
> **Date:** November 21, 2014 at 2:29:47 PM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Subject: RE: Redraw request 11-21-14**
>
> Adam. see attached.
>
> Michael jumped the gun in requesting this redraw. And so did you in jumping to conclusion without understanding the process.
>
> We have very high confidence in every result we are releasing. When we see a critical value, we rerun the sample. When we cant because of QNS, we request a redraw and we request a full vacutainer asap. Moreover, our protocol in the field is to send a phlebotomist to patient's home asap if this happens.
>
> Please let me know if you have any additional questions on this.

FOIA Confidential Treatment Requested by Theranos

TS-1078326

**From:** Adam Rosendorff
**Sent:** Friday, November 21, 2014 11:48 AM
**To:** Elizabeth Holmes; Sunny Balwani
**Subject:** Fwd: Redraw request 11-21-14

Elizabeth/Sunny

We are still voiding critical ISE results and asking for redraw. This means we would miss a truly critical ISE result. By the same token it calls into question the accuracy of even the normal ISE results.

Are you both comfortable with this?

Thanks,

Adam

Sent from my iPhone

Begin forwarded message:

> **From:** Michael Picetti <mpicetti@theranos.com>
> **Date:** November 21, 2014 at 11:23:29 AM PST
> **To:** Adam Rosendorff <arosendorff@theranos.com>
> **Cc:** CLS <CLS@theranos.com>, cs <cs@theranos.com>
> **Subject: Redraw request 11-21-14**

Hi Adam,

Please approve a redraw for CMP for Paul Read (DOB 4/5/1950). The chloride was critical high and the collected CTN was QNS for rerun.

Thank you,

Mike

FOIA Confidential Treatment Requested by Theranos

TS-1078327