# EXHIBIT 41

via e-mail and Fedex

Elizabeth Holmes
CEO and Chairman, Theranos
1701 Page Mill Road
Palo Alto, CA 94304

November 30, 2015

Dear Elizabeth,

Based on our review of documents provided over the last four weeks to us by Theranos, and my discussions with Drs. Dhawan, Young, and Sakensa, we have significant concerns regarding your services that relate to potential risk to the safety of our customers, and must be addressed promptly.

The following are three broad areas of your laboratory services that create a potential risk to the safety of our customers:

1. **Laboratory Leadership** – The current laboratory director in your high complexity lab in Newark, CA., Dr. Dhawan, is a *full-time* practicing dermatologist with inadequate relevant laboratory leadership experience. He offers very limited time, oversight and expertise to your lab.  Furthermore, with regard to both the Newark lab and the Phoenix, AZ. lab, based on the information we have, the depth of your "middle/upper lab management" in both labs is not sufficient, as partially evidenced by the fact that you have multiple openings for key leadership positions in Newark.

2. **Quality Assurance/Control Processes:**  Theranos does not have an automated QA system that supports a Laboratory Information System that automatically tracks trends in data and complaints.  Your manual complaint handling and documentation process, while being upgraded, is clearly sub-optimal.   Your quality control data is manually reviewed and my review of complaints and the internal experience of our clinicians suggest that trends of errors were not proactively addressed in the past. In short, it is not clear that Theranos has the appropriate processes and staff in place to ensure key Quality Assurance processes are implemented routinely.

3. **Transparency –** Throughout our relationship, Theranos has been resistant to consistently sharing data – both clinically and operationally.  This culminated in your failure to inform us that you had completely stopped doing proprietary fingerstick/LDT testing in late September 2015. Since our visit to your headquarters on October 22-23, for example, despite repeated requests beginning almost four weeks ago, you have failed to provide us with key test validation data and related validation protocols to assess the validity/accuracy of your proprietary/LDT tests.

[PAGE ]

In addition, we learned this week (once again from an article in a newspaper) that you did not share with us findings of an audit of the Phoenix lab this spring by Arizona Health Services that identified quality assurance issues. Finally, we have not received complete and regular updates on the status of your rebuttal letter to the FDA following their audit or the status of the current California Field Services audit in your Newark, CA lab.

In order to feel comfortable continuing to offer Theranos services in our Walgreens stores, we need to have complete collaboration and transparency on the following issues within the specified timeframes from the date of this letter:

1. Dr. Dhawan should step down as Laboratory director of your Newark laboratory and be rapidly replaced by a qualified laboratory director with appropriate experience. It appears you recently hired a professional (Dr. Lisa Helfand) who could meet these criteria. I reviewed her credentials, but we need to interview her to verify this. We also need to better understand where she stands as an employee and the status of her application to CLIA to become a laboratory director at Theranos.

   **Timeline:** 4 weeks (with a call between myself and Dr. Helfand within 2 weeks)

2. Theranos must provide us with the detailed validation data and related validation protocols on your proprietary LDT tests (requested 4 weeks ago)

   **Timeline:** 1 week (as you should already have this data on file)

3. We will engage an independent third party to conduct on-site audits on our behalf of both the Newark and Phoenix laboratories to assess your laboratory leadership, Quality Assurance controls, processes, and procedures. We identified an experienced consultant who has the skills and experience to conduct the audits under a confidentiality agreement. Similar to any regulatory audit, we would expect full transparency of data and protocols, and the availability of your laboratory leadership during these audits.

   **Timeline:** On-site audits to be completed at both labs by 12/31/15. We can conduct the audits of your labs on the following dates in December (one lab per day):

Thurs 3rd (CA only)
Tues 5th
Thurs 17th
Mon 21st
Tues 22nd
Weds 23rd
Mon 28th

[PAGE ]

4. Theranos must immediately share with us, in writing, all results or feedback (interim or final) of the CMS audit that is underway at your Newark lab. If the final report is not yet available, we expect a weekly update call and written updates on the status of this audit.

   **Timeline**: 1 week for written update on the current CMS/California Field Services audit. Weekly calls and weekly written updates thereafter until the final report is available and provided to us in an un-redacted form. We reserve the right to request updates in writing, on a regular basis, regarding how any issues raised by this audit are addressed and resolved by Theranos..

5. We also would like to see full and un-redacted reports on all regulatory audits conducted to-date at both the Newark and Phoenix laboratories.

   **Timeline**: 2 weeks

6. We must rapidly agree on a new contract that puts in place detailed SLAs that ensures enhanced transparency, compliance with all regulatory requirements, sharing of data, ability to audit, etc.

   **Timeline:** 8 weeks

7. As part of this increased level of transparency, I will have weekly calls with your two laboratory directors of record to ensure that all of the issues outlined above are addressed in a timely manner. I reserve the option to include up to two additional staff or experts on these calls under NDA and to share any documents provided by Theranos with these staff.

   **Timeline**: Weekly calls beginning the week of 11/30/15

In order to continue to be an ongoing partner to Walgreens, Theranos must immediately commit to a much higher level of collaboration and transparency, which includes compliance with the actions listed above. If you choose not to comply with any one of the above items within the time frame specified, we will be forced to consider suspending all current and future services provided by Theranos in our stores.

Please also note that, assuming all of the above points are resolved to our satisfaction within the specified timeframes, in the future, we will not support having Theranos proprietary fingerstick testing reinstated in our stores, until:

- Theranos obtains 510K FDA approval for the nanotainers;
- We obtain full test validation data that supports that the testing is accurate; and
- Our audits, review of pending documents, and ongoing mutual discussions indicate that your quality control processes are robust enough to support the reintroduction of your proprietary LDTs.

Elizabeth, I know we share a passion to bring the highest quality health services to patients. I hope you also share my strong feeling that the need for rigor and

[PAGE ]

FOIA Confidential Treatment Requested by Theranos
Fed. R Crim P. 6(e) material

THER-2105785

transparency is greatest when new healthcare services and technologies are being developed and commercialized.

The steps outlined above have the potential to provide us with confidence that Theranos has the appropriate level of laboratory leadership, quality assurance processes, and data to support the services that you offer to our customers. However, nothing in this letter is intended to be an exhaustive recitation of our concerns or rights. We expressly reserve all rights and nothing in this letter is intended to waive or modify any rights Walgreens may have, contractual or otherwise.

I look forward to your prompt response.

Best regards,

Harry Leider, MD
Chief Medical Officer & Group Vice President
Walgreens, Co.

Cc:

Brad Fluegel

Nimesh Jhaveri

Jan Reed

Alex Gourlay

Heather King

Sunny Balwani

[PAGE ]

FOIA Confidential Treatment Requested by Theranos
Fed. R Crim P. 6(e) material

THER-2105786