# EXHIBIT 42

Message

| | |
|---|---|
| **From**: | Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=EHOLMES] |
| **Sent**: | 9/23/2015 2:38:52 PM |
| **To**: | Chinmay Pangarkar [cpangarkar@theranos.com] |
| **CC**: | Sunny Balwani [sbalwani@theranos.com]; Nishit Doshi [ndoshi@theranos.com]; Suraj Saksena [ssaksena@theranos.com]; Ran Hu [rhu@theranos.com]; Sharada Sivaraman [ssivaraman@theranos.com]; Daniel Young [dyoung@theranos.com] |
| **Subject**: | Re: Edison 3.5 validation data |

Pull in all additional resources now to help --

On Sep 23, 2015, at 7:18 AM, Chinmay Pangarkar <cpangarkar@theranos.com> wrote:

Estradiol and hCG

**From:** Sunny Balwani
**Sent:** Wednesday, September 23, 2015 7:18 AM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Cc:** Nishit Doshi <ndoshi@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Ran Hu <rhu@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Daniel Young <dyoung@theranos.com>
**Subject:** RE: Edison 3.5 validation data

What reports are the 2 issues in?

**From:** Chinmay Pangarkar
**Sent:** Wednesday, September 23, 2015 7:16 AM
**To:** Elizabeth Holmes
**Cc:** Sunny Balwani; Nishit Doshi; Suraj Saksena; Ran Hu; Sharada Sivaraman; Daniel Young
**Subject:** RE: Edison 3.5 validation data

We have finished going through all the reports once. They are being double checked right now.
1.  <!--[if !supportLists]--><!--[endif]-->There are 2 reports that need correction (VitD and estradiol).
2.  <!--[if !supportLists]--><!--[endif]-->There are two issues that will take more time to track down. We are working on it. These are issues where it is not clear from the report which data was used for calculation and in the other case the data in the report does not match the data in the raw file/

Thanks
Chinmay

**From:** Elizabeth Holmes
**Sent:** Tuesday, September 22, 2015 10:09 PM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>
**Cc:** Sunny Balwani <sbalwani@theranos.com>; Nishit Doshi <ndoshi@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Ran Hu <rhu@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Daniel Young <dyoung@theranos.com>
**Subject:** Re: Edison 3.5 validation data

Are we sure the rest of the list you have is comprehensive / nothing else missing?

On Sep 22, 2015, at 9:04 PM, Chinmay Pangarkar <cpangarkar@theranos.com> wrote:

> Tina just confirmed that it was indeed live.
>
> We will get the data together for E2.
>
> Thanks
> Chinmay
>
> ---
>
> **From:** Sunny Balwani
> **Sent:** Tuesday, September 22, 2015 9:02 PM
> **To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Nishit Doshi <ndoshi@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Ran Hu <rhu@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>
> **Cc:** Daniel Young <dyoung@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
> **Subject:** RE: Edison 3.5 validation data
>
> Agreed.
>
> In that case we need to make srue the validation report for that is not in the binder also
>
> ---
>
> **From:** Chinmay Pangarkar
> **Sent:** Tuesday, September 22, 2015 8:50 PM
> **To:** Nishit Doshi <ndoshi@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Ran Hu <rhu@theranos.com>; Sunny Balwani <sbalwani@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>
> **Cc:** Daniel Young <dyoung@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
> **Subject:** RE: Edison 3.5 validation data
>
> Estradiol was never released in Normandy. I don't think we need to include its report.
>
> Thanks
>
> Sent from Outlook
>
> On Tue, Sep 22, 2015 at 8:48 PM -0700, "Suraj Saksena" <ssaksena@theranos.com> wrote:
>
>> Hi Sharada
>>
>> The estradiol spreadsheet is totally blank. Can someone look into this?

FOIA Confidential Treatment Requested by Theranos                                                                 TS-1148891

Thanks
Suraj

---

**From:** Sharada Sivaraman
**Sent:** Tuesday, September 22, 2015 8:31 PM
**To:** Suraj Saksena <ssaksena@theranos.com>; Chinmay Pangarkar <cpangarkar@theranos.com>; Sunny Balwani <sbalwani@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: Edison 3.5 validation data

Suraj

Here is the path:

J:\Experiment Log\Assay Development Group\ELISa team documents\Completed reports

Sharada

---

**From:** Suraj Saksena
**Sent:** Tuesday, September 22, 2015 8:22 PM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Sunny Balwani <sbalwani@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: Edison 3.5 validation data

Hi Chinmay

Can you send me the file path to the folder so I can save a copy for tomorrow.

Thanks
Suraj

---

**From:** Chinmay Pangarkar
**Sent:** Tuesday, September 22, 2015 8:09 PM
**To:** Sunny Balwani <sbalwani@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: Edison 3.5 validation data

Done.
All reports and data are copied to separate ELISA folder.

FOIA Confidential Treatment Requested by Theranos

TS-1148892

Thanks
Chinmay

---

**From:** Sunny Balwani
**Sent:** Tuesday, September 22, 2015 8:03 PM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: Edison 3.5 validation data
**Importance:** High

Chinmay.

The members from elisa team who are not working tonite need to all be here by 8am and triple check all calculations and go over these reports so we are ready in real time to respond to inspectors requests.

Suraj you need to make sure no one by mistake deletes any data or files so better make the folder read only or have a copy of folder.

---

**From:** Chinmay Pangarkar
**Sent:** Tuesday, September 22, 2015 7:34 PM
**To:** Sunny Balwani; Sharada Sivaraman; Ran Hu; Nishit Doshi
**Cc:** Daniel Young; Suraj Saksena; Elizabeth Holmes
**Subject:** RE: Edison 3.5 validation data

Yes, I will email others.

Thanks
Chinmay

---

**From:** Sunny Balwani
**Sent:** Tuesday, September 22, 2015 7:31 PM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** RE: Edison 3.5 validation data

You guys need to pull in more people and do a complete and thorough job. It is not enough for same 4 people doing this work while another 30 are available

FOIA Confidential Treatment Requested by Theranos
TS-1148893

**From:** Chinmay Pangarkar
**Sent:** Tuesday, September 22, 2015 7:30 PM
**To:** Sunny Balwani; Sharada Sivaraman; Ran Hu; Nishit Doshi
**Cc:** Daniel Young; Suraj Saksena; Elizabeth Holmes
**Subject:** RE: Edison 3.5 validation data

Sharada, Ran and I are pulling together Edison data. Sharada has already compiled everything this afternoon. We will now go through and the check the method comparison calculations.
We will also spot check some data between the report and the raw data files.

Nishit is working on compiling CBC data for Drew. The original WBC LDT data is already in compiled and annotated form.

I will be in the office after 9:00pm tonight.
Thanks
Chinmay


**From:** Sunny Balwani
**Sent:** Tuesday, September 22, 2015 7:23 PM
**To:** Chinmay Pangarkar <cpangarkar@theranos.com>; Sharada Sivaraman <ssivaraman@theranos.com>; Ran Hu <rhu@theranos.com>; Nishit Doshi <ndoshi@theranos.com>
**Cc:** Daniel Young <dyoung@theranos.com>; Suraj Saksena <ssaksena@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>
**Subject:** Edison 3.5 validation data
**Importance:** High

Chinmay.

Can you please quickly educate me on who is working on pulling all the Edison validation raw data from the team.

Also, we need the same for CBC so I assume you have engaged others.



Sunny Balwani
President & COO
Theranos Inc.
650-320-2777
1601 S. California Ave.
Palo Alto, CA 94304
sbalwani@theranos.com

 IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly

prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

FOIA Confidential Treatment Requested by Theranos                                    TS-1148895