# EXHIBIT 43

| | |
|---|---|
| **To:** | Paul Patel[ppatel@theranos.com] |
| **Cc:** | Elizabeth Holmes[eholmes@theranos.com]; Chinmay Pangarkar[cpangarkar@theranos.com] |
| **From:** | Curtis Schneider |
| **Sent:** | Wed 9/23/2015 10:48:12 PM |
| **Importance:** | Normal |
| **Subject:** | Validation Report Review - Urgent |
| **Received:** | Wed 9/23/2015 10:48:14 PM |

CL-RPT-14084_Glucose.docx
CL_RPT_14073_Alanine Aminotransferase (ALT).docx
CL-RPT-14081_Blood Urea Nitrogen (BUN).docx
CL-RPT-14082_Calcium.docx
CL_RPT_14077_Sodium.docx

Paul,

Can you an couple GC team members give these five documents a quick thorough review? We would like the feedback quickly so we can get these out today.

Thanks for your help,

Curtis

Curtis Schneider, PhD

Sr. Scientist
Theranos, Inc.
650-470-0353
cschneider@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California AVE, Palo Alto, CA, 94304

650-838-9292      www.theranos.com