# EXHIBIT 44

Cooley

# Elizabeth Holmes
Grand Jury Subpoena Investigation #2016R00024

March 21, 2018

SUBJECT TO FRE 410

# Lack of Intent

- There are numerous factors which undercut any finding of fraud:

  - Provision of data to investors

  - Private company with investors as long-term partners

  - World-class, sophisticated Board of Directors

  - Reliance on subject matter experts

  - Proactive engagement with the FDA

  - Proactive engagement with the Department of Defense

  - Capital investments

  - Development of significant patent portfolio

  - Executive compensation and contributions

  - Efforts to improve the Company

# Lack of Intent: Board of Directors

- Elizabeth recognized her limitations and surrounded herself with older, experienced advisors:

  - Successful Entrepreneurs
  - Distinguished Statesmen
  - Private Company CEOs
  - Leading Legal Counsel









SUBJECT TO FRE 410

# Lack of Intent: Board of Directors

- **Riley Bechtel**          Chairman, Bechtel Group; Director, JPMC International Council; member, Stanford GSB Advisory Council

- **William Foege**          Epidemiologist, M.D., M.P.H.; CDC Director; Advisory Board Member, Emory University Global Health Institute; Presidential Medal of Freedom Recipient

- **Bill Frist**          Transplant surgeon; Trustee, Robert Wood Johnson Foundation; Member, Harvard Medical School Board of Fellows; Advisory board member for ZocDoc and aTherapy

- **Henry Kissinger**          Director, Freeport McMoran; Director, Gulfstream Aerospace

- **Dick Kovacevich**          Wells Fargo Chairman and CEO; Director for Cargill, Cisco Systems, and Target

- **James Mattis**          Director, General Dynamics; Current Secretary of Defense

- **Sam Nunn**          Director, Coca-Cola; Director, General Electric; Founder, Nuclear Threat Initiative

- **William Perry**          Mathematics Ph.D.; Stanford Professor; Director for Boeing, Los Alamos National Laboratory, and Nuclear Threat Initiative

- **Gary Roughead**          Director, Northrop Grumman

- **George Schultz**          Director for Accretive Health, Gilead, Charles Schwab and Bechtel Corporation

SUBJECT TO FRE 410

# Lack of Intent: Subject Matter Experts

- Elizabeth was 19 when she left Stanford

  - No degree

  - No executive experience

  - Nothing more than basic science background, creativity and vision

- Elizabeth looked outward for subject matter expertise in:

  - Science

  - Corporate management and governance

  - Legal and regulatory issues

SUBJECT TO FRE 410

# Subject Matter Experts: Theranos Staff



# Subject Matter Experts: Legal Counsel

- Theranos relied heavily on legal counsel regarding, for example:

  - Corporate governance

  - FDA and regulatory matters

  - Approach to trade secret protections

















SUBJECT TO FRE 410