# EXHIBIT 45

| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Sun 11/10/2013 10:25:43 PM |
| **Importance:** | Normal |
| **Subject:** | Fwd: Compliance with Federal Law CFR 493.1253 |
| **Received:** | Sun 11/10/2013 10:25:44 PM |

Sent from my iPhone

Begin forwarded message:

> **From:** Adam Rosendorff <arosendorff@theranos.com>
> **Date:** November 10, 2013 at 1:47:00 PM PST
> **To:** Sunny Balwani <sbalwani@theranos.com>
> **Subject: Compliance with Federal Law CFR 493.1253**
>
> Hi Sunny
>
> Please see highlighted below, areas in which we are currently not compliant in terms of CLIA law.
>
> CLIA addresses test performance in standard 493.1253: Establishment and verification of performance specifications:
>
> § 493.1253
>
> Standard: Establishment and verification of performance specifications.
>
> **(a) Applicability.** Laboratories are not required to verify or establish performance specifications for any test system used by the laboratory before April 24, 2003.
>
> **(b) (1) Verification of performance specifications.** Each laboratory that introduces an unmodified, FDA-cleared or approved test system must do the following before reporting patient test results:
>
> (i) Demonstrate that it can obtain performance specifications comparable to those established by the manufacturer for the following performance characteristics:

Confidential                                                                                                               THPFM0001559648

(A) Accuracy.

(B) Precision.

(C) Reportable range of test results for the test system.

(ii) Verify that the manufacturer's reference intervals (normal values) are appropriate for the laboratory's patient population.

**(2) Establishment of performance specifications.** Each laboratory that modifies an FDA-cleared or approved test system, or introduces a test system not subject to FDA clearance or approval (including methods developed in-house and standardized methods such as text book procedures), or uses a test system in which performance specifications are not provided by the manufacturer must, before reporting patient test results, establish for each test system the performance specifications for the following performance characteristics, as applicable:

(i) Accuracy.

(ii) Precision.

(iii) Analytical sensitivity.

(iv) Analytical specificity to include interfering substances.

(v) Reportable range of test results for the test system.

(vi) Reference intervals (normal values).

(vii) Any other performance characteristic required for test performance.

**(3) Determination of calibration and control procedures.** The laboratory must determine the test system's calibration procedures and control procedures based upon the performance specifications verified or established under paragraph (b)(1) or (b)(2) of this section.

**(c) Documentation.** The laboratory must document all activities specified in this section.

[68 FR 3703, Jan. 24, 2003; 68 FR 50724, Aug. 22, 2003]

**My conclusions and interpretations of the above:**

- ∀  (v) While we have established the low end of the reportable range (LLOQ), we have not established the upper end (ULOQ). Therefore as of today, we are in violation of this standard.

- ∀  (viii) 3 we have not established control procedures for ISEs (diluted protocols) or Edisons.

Thanks,

Adam

Adam Rosendorff, MD, FASCP

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

Confidential

THPFM0001559650

(650) 852-9594 (Fax)

arosendorff@theranos.com

Confidential                                                                                                                                         THPFM0001559651