# EXHIBIT 47

**To:** Sunny Balwani[sbalwani@theranos.com]; Elizabeth Holmes (eholmes@theranos.com)[eholmes@theranos.com]
**From:** Daniel Young
**Sent:** Sun 11/10/2013 10:33:03 PM
**Importance:** Normal
**Subject:** A/C Privileged
**Received:** Sun 11/10/2013 10:33:01 PM

**A/C Privileged**

- (v) While we have established the low end of the reportable range (LLOQ), we have not established the upper end (ULOQ). Therefore as of today, we are in violation of this standard.

As noted in the assay validation reports, the analytic measurement range of the assays was addressed in two ways:

1) The limit of blank, limit of detection, and limit of quantification were determined for each assay, establishing the lower limit of the range.

2) For linearity (and the upper end of the range), the validation reports refer to the Siemens product information. This was determined to be a conservative approach given that in some of the modified protocols, the samples are being diluted further compared to the baseline Siemens protocol.

- (viii) 3 we have not established control procedures for ISEs (diluted protocols) or Edisons.

For ISE, the assay developers have been running GC procedures on a regular basis (at least every 8 hours). Regarding Edison, the QC procedures were worked out and communicated to the CLIA team. The next step was to document these procedures in SOPs in CLIA approved and released protocols, train the CLIA staff, and have them implement these procedures independently moving forwards.

---

**From:** Sunny Balwani
**Sent:** Sunday, November 10, 2013 2:16 PM
**To:** Daniel Young
**Subject:** FW: Compliance with Federal Law CFR 493.1253

---

**From:** Adam Rosendorff
**Sent:** Sunday, November 10, 2013 2:10 PM
**To:** Sunny Balwani
**Subject:** RE: Compliance with Federal Law CFR 493.1253

I am going through them now- I know that Paul has done some Specificity studies, but so far there is no info for ALT, Albumin, Alk Phos, AST, bicarb, BUN, Calcium, Chloride- I am going through the rest of the list.

---

**From:** Sunny Balwani
**Sent:** Sunday, November 10, 2013 2:04 PM
**To:** Adam Rosendorff
**Cc:** Daniel Young; Elizabeth Holmes
**Subject:** RE: Compliance with Federal Law CFR 493.1253

What GC assays?

**From:** Adam Rosendorff
**Sent:** Sunday, November 10, 2013 2:02 PM
**To:** Sunny Balwani
**Subject:** RE: Compliance with Federal Law CFR 493.1253

Sunny

Sorry I also forgot to mention, that specificity studies are missing for a number of GC analytes.

Adam

---

**From:** Adam Rosendorff
**Sent:** Sunday, November 10, 2013 1:47 PM
**To:** Sunny Balwani
**Subject:** Compliance with Federal Law CFR 493.1253

Hi Sunny

Please see highlighted below, areas in which we are currently not compliant in terms of CLIA law.

CLIA addresses test performance in standard 493.1253: Establishment and verification of performance specifications:

§ 493.1253

Standard: Establishment and verification of performance specifications.

**(a) Applicability.** Laboratories are not required to verify or establish performance specifications for any test system used by the laboratory before April 24, 2003.

**(b) (1) Verification of performance specifications.** Each laboratory that introduces an unmodified, FDA-cleared or approved test system must do the following before reporting patient test results:

(i) Demonstrate that it can obtain performance specifications comparable to those established by the manufacturer for the following performance characteristics:

(A) Accuracy.

(B) Precision.

(C) Reportable range of test results for the test system.

(ii) Verify that the manufacturer's reference intervals (normal values) are appropriate for the laboratory's patient population.

**(2) Establishment of performance specifications.** Each laboratory that modifies an FDA-cleared or approved test system, or introduces a test system not subject to FDA clearance or approval (including methods developed in-house and standardized methods such as text book procedures), or uses a test system in which performance specifications are not provided by the manufacturer must, before reporting patient test results, establish for each test system the performance specifications for the following performance characteristics, as applicable:

(i) Accuracy.

(ii) Precision.

(iii) Analytical sensitivity.

(iv) Analytical specificity to include interfering substances.

Confidential

THPFM0001386114

**(v)** Reportable range of test results for the test system.

**(vi)** Reference intervals (normal values).

**(vii)** Any other performance characteristic required for test performance.

**(3) Determination of calibration and control procedures.** The laboratory must determine the test system's calibration procedures and control procedures based upon the performance specifications verified or established under paragraph (b)(1) or (b)(2) of this section.

**(c) Documentation.** The laboratory must document all activities specified in this section.

[68 FR 3703, Jan. 24, 2003; 68 FR 50724, Aug. 22, 2003]

**My conclusions and interpretations of the above:**

- (v) While we have established the low end of the reportable range (LLOQ), we have not established the upper end (ULOQ). Therefore as of today, we are in violation of this standard.

- (viii) 3 we have not established control procedures for ISEs (diluted protocols) or Edisons.

Thanks,

Adam

Adam Rosendorff, MD, FASCP

Theranos, Inc

(650) 856-4412 (Office)

(650) 823-4953 (Mobile)

(650) 852-9594 (Fax)

arosendorff@theranos.com

Confidential                                                                                                                                    THPFM0001386115