# EXHIBIT 50

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Tue 10/28/2014 9:12:21 PM
**Importance:** Normal
**Subject:** FW: Customer Issue: Dr. Phelan (patient Wong)
**Received:** Tue 10/28/2014 9:12:21 PM

FYI. we need a new Lab Director asap. this guys is checked out and goes on harassing everyone to blame

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 1:35 PM
**To:** Sunny Balwani; Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

FYI he added the comments below in response to the reminder of the email corresponded showing background and approvals:

> I simply stated that both methods are traceable to NGSP as far as I can tell...
>
> And "upstairs" could mean anything- doesn't specify a method...
>
> Someone authorized and initiated a comparison study between the DCA Vantage and the ADVIA- presumably with the intention of using these interchangeably.
>
> I will follow up with Elizabeth on this.

Nishit also mentioned to me that he saw Adam in person and Adam "was very upset as to who made this decision". If it's important to keep following up on his comments I can definitely do so.

Thanks

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 1:02 PM
**To:** Sunny Balwani; Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Done

---

**From:** Sunny Balwani
**Sent:** Tuesday, October 28, 2014 12:54 PM
**To:** Maximillion Fosque; Christian Holmes
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

if you recall, he was also the one pushing to do more tests on clunkers in parallel when I jumped in and said now because of dual assay support.

Christian. politely remind him that he know about it and approved this. however, tell him moving forward, we will only do DCA. Max. lets remove Hba1c from Advia and only do DCA. thanks.

---

**From:** Maximillion Fosque
**Sent:** Tuesday, October 28, 2014 12:47 PM
**To:** Sunny Balwani; Christian Holmes
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Confidential                                                                                            THPFM0000500866

Actually, looks like he was looped in and approved this, after suggestion from the CLS team and approval by Daniel as well.

---

**From:** Sunny Balwani
**Sent:** Tuesday, October 28, 2014 12:13 PM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

do find out who made this error/decision. we don't have dual assay support so why did we decide to run 1 test on 2 platforms with 2 different ranges. even with dual assay support, we would not do this.

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 12:11 PM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Adam –

We can look into the details of how this happened - it seems this is attributed to a human error. Certainly not counteracting your authority as a lab director, with regard to the nature of your comment in red – want to be sure w/ regard to the tone of that comment that we solve this constructively with the group.

Thanks again for the background, it's helpful

Christian

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 11:53 AM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Christian

It appears that we are running HbA1c using 2 different methods- venous blood on ADVIA, and FS on DCA Vantage. I'm not sure who thought about doing it this way but it makes no sense whatsoever,- it goes against every recommendation ( and I never approved this, nor was I informed of it. I approved the use of DCA vantage for hemoglobin A1c based on the IFU and it's bias and precision claims and I never approved using ADVA interchangeably with DCA vantage.

**If my authority as laboratory director is counteracted again in this way, there will be serious consequences....**

Since HbA1c is a trending tool, you need to keep the sample type and method constant. This is because each method will have it's own error (bias plus imprecision). Thus if you you are moving between 2 methods, the total error is actually the sum of the errors of each method. When you consider the imprecision of the ADVIA plus the imprecision of the DCA vantage, you could easily get up to 9% error that we see with this patient between repeat measures.

The NGSP (National Glucose Standardization Project), requires that bias in measurement be less than +/-0.85%- none of the data that Nishit showed me satisifies this criteria.

The NGSP requires that imprecision be less than or equal to 4%- however if you combine methods you get 8% difference.

Confidential                                                                                                                    THPFM0000500867

13 days is not sufficient to see a change of this magnitude in HbA1c.

Thanks,

Adam

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 11:34 AM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Thanks – just so im clear we didn't run either sample on these methods? I imagine the doc is mostly interested in hearing the reason for the change in value, so any possible attributions are helpful. The doc is a big supporter of us, so the conversations generally go well.

---

**From:** Adam Rosendorff
**Sent:** Tuesday, October 28, 2014 11:31 AM
**To:** Christian Holmes
**Cc:** Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Christian

The most reliable instrument to measure Hemoglobin A1c is either the Biorad variant or the Tosoh G7. Most clinicans are distrustful of other methods.

Adam

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 11:26 AM
**To:** Adam Rosendorff
**Cc:** Maximillion Fosque
**Subject:** FW: Customer Issue: Dr. Phelan (patient Wong)

Hi Adam –

Wanted to loop in with you on this one. Please see original note for the doc's question about change in HCa1C results ~13 days apart, 1 was venous 1 was CTN. Wondering if the difference is clinical or possibly attirubuted to something else.

Appreciate your input.

Christian

---

**From:** Nishit Doshi
**Sent:** Tuesday, October 28, 2014 10:41 AM
**To:** Christian Holmes
**Cc:** Daniel Young; Tina Lin; Maximillion Fosque
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

We did a study in July where all 3 DCAVantage machines were compared to Advia and did not see 9% difference seen here. Have

you consulted with Adam about this?

Thanks

Nishit

---

**From:** Maximillion Fosque
**Sent:** Tuesday, October 28, 2014 10:14 AM
**To:** Christian Holmes; Tina Lin; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Would it be appropriate to tell Dr. Phelan the tests were run on 2 different platforms given the collection method?

---

**From:** Christian Holmes
**Sent:** Tuesday, October 28, 2014 9:37 AM
**To:** Maximillion Fosque; Tina Lin; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

So the change in value ~13 days apart is clinical & not system variation?

---

**From:** Maximillion Fosque
**Sent:** Tuesday, October 28, 2014 9:32 AM
**To:** Tina Lin; Christian Holmes; Nishit Doshi
**Cc:** Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

Yes

---

**From:** Tina Lin
**Sent:** Tuesday, October 28, 2014 12:47 AM
**To:** Christian Holmes; Nishit Doshi
**Cc:** Maximillion Fosque; Daniel Young
**Subject:** RE: Customer Issue: Dr. Phelan (patient Wong)

They're run on different instruments. HbA1c is run on ADVIA on the vacutainer and on DCA Vantage on CTN. I've watched the operators run on DCA Vantage; there's not much they can do to misprocess the sample, and reruns on this instrument usually produce repeatable results. Max, can you verify the reference range is the same on both methods/instruments?

Thanks,

Tina

---

**From:** Christian Holmes
**Sent:** Monday, October 27, 2014 7:50 PM
**To:** Nishit Doshi; Tina Lin
**Cc:** Maximillion Fosque; Daniel Young
**Subject:** FW: Customer Issue: Dr. Phelan (patient Wong)

Nishit and Tina --

Any thoughts on the reason for the discrepancy in HBA1C that this doc is referring to? First draw (10/13) was venous, second (10/24) was CTN.

Thanks

Christian

---

**From:** Kimberly Alfonso
**Sent:** Monday, October 27, 2014 7:44 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Customer Issue: Dr. Phelan (patient Wong)

Please see below.

Begin forwarded message:

> **From:** Darren Phelan <docphelan@gmail.com>
> **Date:** October 27, 2014 at 3:07:57 PM PDT
> **To:** Allison Spivey <aspivey@theranos.com>
>
> Allison-
>
> Wanted to get you 2 other labs to have someone follow up.
>
> Same patient, 5 days apart had disparate HgbA1c levels (one of 5.1, the next 5.6). One of those has to be incorrect, probably the 5.1
>
> ACC # 111301 last name Wong, DOB 10/22/50
>
> --
>
> Darren Phelan, MD, FACEP
>
> Twitter: @docphelan
>
> 401 Burgess Dr. Suite D
>
> Menlo Park, CA 94025
>
> 650-326-0840
> 650-326-1719 fax
>
> http://www.darrenphelanmd.com

Confidential THPFM0000500870

IMPORTANT NOTICE: The information contained in this e-mail and its attachments is confidential, proprietary or privileged and may be subject to protection under the law, including the Health Insurance Portability and Accountability Act (HIPAA). This message is intended for the sole use of the individual or entity to which it is addressed. If you are not the intended recipient, you are notified that any use, distribution or copying of the message is strictly prohibited and may subject you to criminal or civil penalties. No contents of this email should be construed as medical advice or used in lieu of seeking medical treatment. If you received this e-mail in error, please contact the sender immediately by return e-mail and delete the message. Nothing in this e-mail, including any attachment, is intended to be a legally binding signature.

Confidential

THPFM0000500871