# EXHIBIT 52

# A New Standard in Quality

## The highest levels of accuracy.



By systematically controlling and standardizing our processes, Theranos offers tests with the highest levels of accuracy.

Theranos automates pre- and post-analytic processes, drastically minimizing human processing – the cause of the majority of lab test errors.



Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0315655