# EXHIBIT 53

# Products

Device
- minilab and 4s for automated processing

Cartridge
- Automated consumables for 75+ assays simultaneously across all sample types (blood, urine, tissue, etc.)

Blood Collection Devices
- Automated sample collection for micro sample volumes (blood, urine, tissue, etc.) customized for pediatrics, phlebotomy, and full range of collection procedures

Assays
- Chemistries, 800+ test menu, and TPS library

Software
- Analytics: device and testing
- Decision Support & Services: Retail Pharmacy System, Provider System, Payor System, Consumer System

theranos

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0315700

# Overview: Theranos Systems

## Theranos Systems



Theranos Analyzers · Cartridges · Mobile Applications

## Theranos Systems: Backend Analytical Infrastructure



Data Analysis Infrastructure · Algorithms · Software Applications: Decision Support

theranos

Theranos Confidential

FOIA Confidential Treatment Requested by Theranos

TS-0315701

# Theranos Information Systems

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems

Individual patient lab data can be automatically integrated into the decision support system for front and back-end decision support

Data visualization tools and front and back-end decision support applications support actionable interpretation of results

Algorithms will facilitate adoption of evidence-based guidelines for optimal frequency of testing and elimination of false positive interpretation of results

Providers and partners will have a customized portal for real-time access to data, analyses, and clinical decision support based on dynamic, individual patient data

theranos

Theranos Confidential

# Excerpts from Theranos' Test Menu

*105 tests shown, another 20+ pages show all available tests with Theranos

| Bacteria | Complete Blood Count w Diff | Complete Metabolic Panel | Cardiovascular Panel |
|---|---|---|---|
| Streptococcus pneumoniae (penic R(24%),S) | White blood cell count | HGB A1c | Creatinine |
| Mycoplasma pneumoniae | Red blood cell count | Glucose | Kinase |
| Chlamydia pneumoniae | Hemoglobin | Calcium | Troponin-I |
| Bordetella pertussis | Hematocrit | Albumin | Troponin-t |
| Haemophilus influenzae (ampic R,S) | Mean corpuscular volume | Total Protein | CRP- High-Sensitivity & LS |
| Moraxella catarrhalis | Mean corpuscular hemoglobin | Sodium | Homocysteine |
| Staphylococcus aureus (MR (30%), RS) | Mean corpuscular hemoglobin concentration | Potassium | |
| Streptococcus pyogenes (A) | Platelet count | CO2 | **Lipid Profile & Glucose Panel** |
| Streptococcus agalactiae (B) | Mean platelet volume | Chloride | Cholesterol |
| Pseudomonas spp (aeruginosa) | | BUN | HDL |
| Haemophilus parainfluenzae | **Renal Panel** / **Liver Panel** | Creatinine | LDL |
| Enterobacteriaceae spp | Albumin / ALT | ALP | LDL/HDL Ratio |
| Legionella spp | BUN / Alkaline Phosphatase | ALT | Triglycerides |
| gram-negative bacteria | Calcium / AST | AST | VLDL |
| Escherichia coli | CO2 / Ferritin | Bilirubin | |
| **Viral** | Chloride / GGT | Magnesium | **STDs & Drugs of Abuse** |
| H5N1, H1N1 | Glucose / Iron | Ipecac | Chylmd Trach, Dna, Amp Probe |
| H3N2, Infl. B | Phosphorous / Lactate Dehydrogenase | Lsd, | N.Gonorrhoeae, Dna, Amp Prob |
| Rhino Virus | Potassium / Microalbumin | Lsd-25, | Hpv, Dna, Amp Probe |
| Adenovirus | Sodium / Total Protein | Lysergide, | Acid |
| RSV | Creatinine / Albumin | Nalbuphine | Butorphanol |
| parainfluenza virus (1,2,3,4) | eGFR / Globulin | Nubain{R} | D-Lysergicacid Diethylamide, |
| Coronaviruses | **Thyroid Panel** / Bilirubin Direct | Rohipnolâ® | Dolophine, |
| human metapneumovirus (HMPV) | TSH / Bilirubin Total | Stadolâ® | Flunitrazepam |
| | T-3 | Ethyl Glucuronide, | Hairstat |
| | T-4 | | Heroin, |

Theranos Confidential

