# EXHIBIT 54

**To:** Daniel Young[dyoung@theranos.com]
**From:** Dan Florey
**Sent:** Fri 5/29/2015 11:39:19 PM
**Importance:** Normal
**Subject:** issue log
**Received:** Fri 5/29/2015 11:39:20 PM
Escalated Calls from CS.xlsx

Daniel,

I talked to Anam about how they track each call and then separately how they track issues that need escalation to us or for a redraw. CS does already maintain a spreadsheet – I attached it. They manually enter everything on a daily basis.

There are gaps in the resolution and follow up that I am going to fill going back to the beginning of Lab Escalate over the next week. Then moving forward I'll update it on a weekly basis.

Then separately for us I'm going to maintain a more detailed log of our resolutions and conversations with clinicians.

Does the CS file meet the need of what you talked about as a log?

Thanks,

**Dan Florey**
Senior Manager, Sales Training

Theranos, Inc.

Mobile:  480.823.1497

dflorey@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1701 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com