# EXHIBIT 55

**To:** Jeffrey Blickman[jblickman@theranos.com]; Daniel Edlin[dedlin@theranos.com]; Sunny Balwani[sbalwani@theranos.com]
**Cc:** Christian Holmes[cholmes@theranos.com]
**From:** Elizabeth Holmes
**Sent:** Sun 12/14/2014 5:58:33 AM
**Subject:** RE: Internal press communication

Ok we can keep 6

---

**From:** Jeffrey Blickman
**Sent:** Saturday, December 13, 2014 9:58 PM
**To:** Elizabeth Holmes; Daniel Edlin; Sunny Balwani
**Cc:** Christian Holmes
**Subject:** RE: Internal press communication

LinkedIn was October 1st

I'll check in to see if their view has changed, but upon launch of this, the target range was 4-6 panels

---

**From:** Elizabeth Holmes
**Sent:** Saturday, December 13, 2014 9:55 PM
**To:** Jeffrey Blickman; Daniel Edlin; Sunny Balwani
**Cc:** Christian Holmes
**Subject:** RE: Internal press communication

I'd add link to Inc.
Horatio Alger can just go under media list

Agree on removals below. What is date on linkedin top ten starups list

Also what is reco from patrick/Carisa on how many things to have in carousel

---

**From:** Jeffrey Blickman
**Sent:** Saturday, December 13, 2014 9:52 PM
**To:** Elizabeth Holmes; Daniel Edlin; Sunny Balwani
**Cc:** Christian Holmes
**Subject:** RE: Internal press communication

Here's the list in order from recent-oldest which is due for a serious reduction…marked my suggestions for removal below, and would tap Horatio Alger and perhaps Inc. (given its popularity) to be added to carousel, which including those would leave us with 7 media panels + Working @ Theranos video + order form download.

1. Cure Corridor video
2. Fortune MPW: Next Gen video
3. TEDMED video
4. Cleveland Clinic Top-10 Innovations for 2015 article
5. CNN Innovation Nation article - REMOVE
6. Fortune MPW Summit - REMOVE
7. Linkedin Top10 In demand startups
8. Working at Theranos video
9. TechCrunch Disrupt SF 2014 video - REMOVE
10. BBC GlobalBiz Health Technology audio - REMOVE
11. Foege board appointment - REMOVE
12. USA Today - REMOVE
13. Forbes Bloody Amazing article - REMOVE
14. Fortune video - REMOVE
15. Lab Order form download
16. Fortune article – REMOVE

FOIA Confidential Treatment Requested by Theranos                                          TS-1103640

**From:** Elizabeth Holmes
**Sent:** Saturday, December 13, 2014 9:37 PM
**To:** Jeffrey Blickman; Daniel Edlin; Sunny Balwani
**Cc:** Christian Holmes
**Subject:** RE: Internal press communication

Yes ok to go live. Send me latest carosel list. We should start updating it monthly now with latest content and just keep last month's content on it.

---

**From:** Jeffrey Blickman
**Sent:** Saturday, December 13, 2014 9:30 PM
**To:** Elizabeth Holmes; Daniel Edlin; Sunny Balwani
**Cc:** Christian Holmes
**Subject:** RE: Internal press communication

Not yet up on .COM, but we will toss these up on Monday. Any of them worthy of carousel panels in your mind? The guys wrapped the panels for Cure Corridor video and MPW video Friday evening. You can view at these links, screenshots below.

Please let me know if approved to go-live with both, thanks.

http://alpha:1212/
http://alpha:1212/press
http://alpha:1212/press/most-powerful-women-next-generation
http://alpha:1212/press/scottsdale-cure-corridor-keynote-address



---

**From:** Elizabeth Holmes
**Sent:** Saturday, December 13, 2014 9:06 PM
**To:** Daniel Edlin; Sunny Balwani
**Cc:** Jeffrey Blickman; Christian Holmes
**Subject:** RE: Internal press communication

Are all of these on our website? We can put them there

---

**From:** Daniel Edlin
**Sent:** Friday, December 12, 2014 2:55 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Jeffrey Blickman; Christian Holmes
**Subject:** RE: Internal press communication

Good afternoon,

Just wanted to follow up on my email below, and also add that the Cure Corridor speech would be another great piece to send to the company https://www.youtube.com/watch?v=BTuWLf6V6lA.

Thanks,
Dan

---

**From:** Daniel Edlin
**Sent:** Tuesday, December 09, 2014 5:34 PM
**To:** Elizabeth Holmes; Sunny Balwani
**Cc:** Jeffrey Blickman; Christian Holmes
**Subject:** Internal press communication

Hi Elizabeth and Sunny,

There are a number of articles out right now, in addition to the New Yorker, that we have not shared internally.  Just wanted to list them below and see what your thoughts were on what to communicate internally, if anything.  I'm sure people would be interested in seeing your live interview at MPW, and perhaps some who have read the New Yorker profile would be interested in your response to some of the points made about privacy/secrecy and FDA – more so to reiterate/reinforce our strategy and intent on both fronts (this may not be necessary, but just a thought).

Fortune articles (both have been Tweeted, and latter is going up on the website):
- Roger Parloff - **Theranos' Elizabeth Holmes: Young entrepreneurs need "a mission"** - http://fortune.com/2014/12/03/theranos-elizabeth-holmes-young-fortune-mpw-next-gen/
- Pattie Sellers - **Beyond blood: Theranos' billionaire founder talks growth** http://fortune.com/author/patricia-sellers/
    - This article has a link to the full MPW interview, which can be found separately here: https://www.youtube.com/watch?v=vsSt-tiFuCQ&app=desktop

Horatio Alger Award (this has been tweeted)
- http://www.horatioalger.org/news_pr_members2015.cfm
- http://www.prnewswire.com/news-releases/elizabeth-holmes-visionary-silicon-valley-entrepreneur-and-passionate-advocate-for-female-engagement-of-stem-curricula-to-receive-2015-horatio-alger-award-300005124.html

Inc. - **The Unusual Strategy That Made This Woman a Multibillionaire** Elizabeth Holmes's growth strategy flies in the face of conventional startup wisdom.
- http://www.inc.com/larry-kim/the-unusual-business-strategy-that-made-this-woman-a-multi-billionaire.html?cid=sf01002
- This article has been shared thousands of times online, and has been one of the only articles I've seen to recognize and praise our strategy of confidentiality and 'not talking about it until we had to.' This could also be viewed as a counter argument to the points in the New Yorker.

Phoenix Business Journal
- http://www.bizjournals.com/phoenix/blog/business/2014/12/how-arizona-has-become-a-worldwideleader-in.html?page=2
- This could give the California employees some more insight into our progress in Arizona and how we are being embraced there.

Please advise if there are any articles you'd like to share with the company and I can work with Mona if they should be sent from HR.

Thanks,
Dan

FOIA Confidential Treatment Requested by Theranos                                                                                                      TS-1103642