# EXHIBIT 58

**To:** Erika Cheung[echeung@theranos.com]; Mark Pandori[mpandori@theranos.com]; Adam Rosendorff[arosendorff@theranos.com]
**Cc:** Aurelie Souppe[asouppe@theranos.com]; Jamie Liu[jliu@theranos.com]; Romina Riener[rriener@theranos.com]
**From:** Langly Gee
**Sent:** Fri 3/28/2014 6:37:22 PM
**Importance:** Normal
**Subject:** RE: Failed QC
**Received:** Fri 3/28/2014 6:37:24 PM

Erika:

Both

---

**From:** Erika Cheung
**Sent:** Friday, March 28, 2014 11:37 AM
**To:** Mark Pandori; Langly Gee; Adam Rosendorff
**Cc:** Aurelie Souppe; Jamie Liu; Romina Riener
**Subject:** RE: Failed QC

Is this for CAPSYS or Hand-filled cartridges or both?

Thanks,

Erika

---

**From:** Mark Pandori
**Sent:** Friday, March 28, 2014 11:09 AM
**To:** Langly Gee; Adam Rosendorff
**Cc:** Aurelie Souppe; Erika Cheung; Jamie Liu; Romina Riener
**Subject:** RE: Failed QC

Langly,

Exactly what I wanted. Thank you.

However now, I am tempted to ask for how many of these failures resulted in re-calibration?

From that, we could calculate how much time it takes to run the average Edison patient, with all failures inclusive to that calculation. Is this data readily obtainable?

I will include this in my Issues Reports.

Mark Pandori

---

**From:** Langly Gee
**Sent:** Friday, March 28, 2014 10:25 AM
**To:** Mark Pandori; Adam Rosendorff
**Cc:** Aurelie Souppe; Erika Cheung; Jamie Liu; Romina Riener
**Subject:** Failed QC

Mark:

The other day you asked for a number of failed QC ELISA runs. For March, 26% runs failed.

March ELISA QC FAILURES

| Assay | Failed Low Level | Failed High Level | Total Runs | % Failures |
|---|---|---|---|---|
| Vitamin D | 11 | 3 | 77 | 18.2 |
| TT4 | 6 | 5 | 47 | 23.4 |
| TT3 | 11 | 9 | 39 | 51.3 |
| fT4 | 4 | 4 | 40 | 20.0 |
| tPSA | 4 | 11 | 51 | 29.4 |
| TSH | 0 | 2 | 43 | 4.7 |
| TST | 4 | 10 | 31 | 45.2 |
| Total | 40 | 44 | 328 | 25.6 |