# EXHIBIT 59

## STATEMENT OF WORK
## WORK ORDER #D

This Work Order is made pursuant to the AGREEMENT FOR CONSULTING BY INCREV CORPORATION thereto (the "Agreement") effective February 25th, 2011 by and between Theranos, Inc., ("Customer") and IncRev, Corporation, ("IncRev") and is incorporated therein by reference. Capitalized terms not otherwise defined have the meanings provided in the Agreement.

1. **Services.** IncRev shall perform the services identified below for the Customer on a time and materials basis in accordance with the prices and schedule dates given below
    1. IncRev will assign a team of on-site and off-shore development consultants to perform the following services:
        a) IncRev will assist in defining software requirements and technology architecture for a set of applications, as specified by Customer.
        b) IncRev will develop a User Interface design for implementing applications as required and specified by Customer.
        c) IncRev will develop Program code, Unit tests and Integration tests to successfully deliver Customer specified applications or applications functionality to Customer.
        d) IncRev will perform additional software development related services as contemplated by Customer during the validity of this Statement of Work.

2. **Payment Schedule.** Customer shall pay IncRev in accordance with the payment Schedule, described below:

| Work | Payment |
|---|---|
| Product Development Team: | |
| Onshore Resources (Team of 1) | $159,000/month |
| Offshore Resources (Team of 14) | |
| Total | $159,000/month |

IncRev understands and agrees to that no expenses will be reimbursed, unless the Customer preapproves it.

IncRev and Customer agree that Customer commits to engaging IncRev for a period of 24 months. Either party can terminate this Work Order without cause upon giving 30 days written notice. Customer is also responsible to keep IncRev team busy throughout the course of this engagement. IncRev will assign an off-shore development consultant, included in the Team of 14 from above, in the role of Offshore Development Team Program Management.

Customer may request additional resources to be engaged on any Work requested by Customer and Payment Schedule for such additional resources will be negotiated separately.

IncRev invoices for payment should be directed to Customer's representative for payment at the address shown below (Customer to provide).

Contact: _____    Mailstop (if any): _____
Address: _____    Telephone: _____
City: _____         Fax: _____
State: _____ Zip: _____        PO# (if any): _____

-1-

Confidential
TheranosABC00041580

3. <u>Commencement Date</u>. Services under this Work Order will begin on May 1st, 2017. The Expiration of this Work Order is April 30th, 2019 or such later date as the Work contemplated by this Work Order has been completed.

THEREFORE, the parties have executed this Work Order in duplicate originals.

| INCREV CORPORATION | Theranos, Inc., |
|---|---|
| By: _____ (Signature) | By: _____ (Signature) |
| Name: V. Chandrasekaran | Name: Elizabeth Holmes |
| Title: President | Title: CEO |
| Date: March 24, 2017 | Date: 4/4/17 |

- 2 -

Confidential

TheranosABC00041581