# EXHIBIT 60



# Invoice

**1877 Austin Avenue**
**Los Altos, CA 94024**

Invoice # : 400
Date : 4/1/2017

| Bill To |
|---|
| Theranos, Inc., |
| Attn: Accounts Payable |
| 1701 Page Mill Road, |
| Palo Alto, CA 94304 |

Make all checks payable to: **IncRev Corporation**

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt | THER-001 |

| Item | Date | # of Hours | Description | Rate | Amount |
|---|---|---|---|---|---|
| Development/... | 3/31/2017 | 1 | Product development for Theranos<br>4 Onsite Resources: Shekar C, Sekhar V, Suthin S and Arun C.<br>14 Offshore Resources: Ramesh V, Rajkishore B, Karvendan P, Prayag P, Selva K, Debashish N, Gorakh N, Balamanigandan B, Vikash P, Sravanthi S, Vinod K, Manjunatha, M.N., Lakshmi P, Sivakumar B | 159,000.00 | 159,000.00 |

**Total** $159,000.00

Confidential

TheranosABC00040289