# EXHIBIT 61

Message

| | |
|---|---|
| From: | Jeffrey Blickman [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JEFFREY BLICKMAN] |
| Sent: | 9/15/2016 5:06:48 PM |
| To: | Maximillion Fosque [mfosque@theranos.com] |
| Subject: | FW: Theranos Anonymous Complaint [Privileged & confidential] |

FYI – this is why we're talking about this now. This conversation is confidential and privileged, please do not share details or otherwise with Shekar.

**From:** Tali Mackay [mailto:Tali.Mackay@hkstrategies.com]
**Sent:** Thursday, September 15, 2016 9:59 AM
**To:** Christian Holmes <cholmes@theranos.com>; Jeffrey Blickman <jblickman@theranos.com>
**Subject:** FW: Theranos Anonymous Complaint [Privileged & confidential]

Begin forwarded message:

**From:** ThEmployee <themployee@rediffmail.com>
**Date:** September 14, 2016 at 7:08:39 PM PDT
**To:** <eholmes@theranos.com>
**Cc:** <hudsonhongo@gmail.com>, <eve@gizmodo.com>, <angela.chen@gizmodo.com>, <george@sentientdevelopments.com>, <jamiecondliffe@hotmail.com>, <kate.knibbs@theringer.com>, <editor@indiawest.com>, <stassa.edwards@jezebel.com>, <joanna@jezebel.com>, <jia@jezebel.com>, <christopherlhayes@gmail.com>, <bilton@nytimes.com>, <pollack@nytimes.com>, <ed.silverman@statnews.com>, <ben.hirschler@thomsonreuters.com>, <tlee@sfchronicle.com>, <kloria@techinsider.io>, <derekb.lowe@gmail.com>, <bbuchanan@theranos.com>, <rbechtel@theranos.com>, <dboles@theranos.com>, <FBonanni@theranos.com>, <WFoege@theranos.com>, <RKovacevich@theranos.com>, <JMattis@theranos.com>, <iMcDowell@theranos.com>, <mRamamurthy@theranos.com>, <worlandjustin@gmail.com>, <luke@timmermanreport.com>, <mdellacava@usatoday.com>, <nickbilton@gmail.com>, <john.carreyrou@wsj.com>, <austen.hufford@wsj.com>, <carolyn.johnson@washpost.com>, <nick_stockton@wired.com>
**Subject: Theranos Anonymous Complaint**

Dear Ms. Elizabeth Holmes:

I am an employee at Theranos working in IT. I am writing to you directly because I believe we have serious issues that can only be addressed by you.

You have appointed Mr. Shekar Chandrasekaran as a replacement for Mr. Sunny Balwani who used to manage our IT Development.

Shekar takes great pride in being Sunny Balwani's close friend for over twenty years and has also been his business associate and co-worker in many firms. I joined Theranos for its promise to its customers and looked forward to being part of a highly qualified management team under the helm of Sunny Balwani. Mr. Shekar is no Sunny Balwani

Shekar is and has been an owner of a consulting firm called IncRev Corporation. His company for the past many years has been a vendor for us at Theranos and continues to provide development services here on site and from their off-shore facilities in Bangalore.

Here's the link of his company's website and his team. http://www.increvcorp.com/about/

Shekar has a huge conflict of interest working at Theranos as a vendor and an employee. His team is working on mission critical application such as LIS and other applications at the same time we have to report to him which restricts us from managing the work output of his software development firm. We frequently catch serious errors created by his company employees, but we are unable to exercise qualitative oversight and best practices in the process because of this hindrance.

Shekar is very biased (towards his company's associates) and refuses to allow Theranos employees to have any oversight authority. He has decided to downgrade managers to essentially, coders and testers. At the same time, allowing his (company) employees on site to take control. The impact of this conflict of interest is resulting in the following:

- Theranos employees are unable to oversee the quality of work and completeness for both development and testing. Shekar and his team (employees) block every effort we make to review and assign any work that is performed by his company employees here in Palo Alto and Bangalore. He wants to own and control all the oversight. Theranos must own this. Not Shekar's company
- Shekar is gradually increasing budget and work allocation to his company.
- He is setting priorities on projects which seem quite arbitrary and cannot explain why he chooses to do so.
- His demeanor and attitude is one of arrogance, and indifference to Theranos and our goals, in this very critical time. He is more interested in increasing revenue for his company than making sure our dollar is stretched in the right direction in order to meet Theranos' goals.

Because of the day to day conflict of employees having to report to contractors from Shekar's company, we may have a big exodus of well qualified IT workers which we need to retain here at Theranos. In fact some of my peers left recently because they do not want to report to Shekar as a boss while he is also a vendor. More may follow if we continue to have Shekar run our IT.

I am copying this email to members of the media and our board in the best interest of Theranos. All of us have a collective interest in making sure we are successful. I hope there is a sense of urgency to resolve this management faux pas. We should operate and manage all our resources effectively. That includes vendor management and ensuring there is no conflict of interest.

I hope you will take some action to resolve this conflict by either terminating Shekar as the head of IT or as a vendor to Theranos. Both together is an unworkable situation here at Theranos. Thank you for your action in this matter.

====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an

existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com

Confidential

THPFM0002519605