# EXHIBIT 62

**Cc:** Jarod Wada <jwada@shrwood.com>; O'Neill, Stephen <oneill.stephen@dorsey.com>
**Subject:** Re: Theranos ABC; Follow up re AZ Lit subpoena

Thomas,

The LIS database was the most comprehensive (though still not fully comprehensive) company repository of clinical information -- patient contact info, doctor contact info, test dates and results, etc. It has, however, been decommissioned, and before the company formally closed we were advised that it be a herculean undertaking to get it up and running again.

As for the RFP on voiding and correcting, Wilmer should have the most complete records of how many tests were voided/corrected. I'd recommend contacting █████████████ in Wilmer's LA office on that.

Hope this helps.

Best,
████

On Fri, Oct 19, 2018 at 10:22 AM <hwang.thomas@dorsey.com> wrote:

████████

Following up on our call earlier this week, we have a couple of additional questions regarding the ████████████████████████ as follows:

- Can you provide a brief description as to what exactly is in the LIS database? We understand that it is comprised of patient information, but we would like to understand the scope of that information and also be certain that there is nothing else.



Thanks again,

Thomas T. Hwang
Attorney

DORSEY & WHITNEY LLP
305 Lytton Avenue| Palo Alto, CA 94301
**P:** 650.843.2757   **C:** 415.420.3289