# EXHIBIT 64

## LIS (a/c priv)

**From:** ███████████████ @wilmerhale.com>

**Date:** Wed, 27 Jun 2018 22:38:10 +0000

**Privileged and Confidential**

███

Is there still someone at the Company who can copy LIS to a thumb drive?  We need to send to PwC for production, as we think it is a better strategy to just dump the entire bespoke database on the Government.

███████████████ **WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA
███████████████

███████████████@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately —by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.