# EXHIBIT 65



**From:** ▮▮▮▮▮▮▮▮
**Sent:** Monday, July 30, 2018 7:18 PM
**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>
**Cc:** ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮@wilmerhale.com>
**Subject:** RE: Theranos GJ subpoena response

Hello John,

Thank you for speaking with us, we very much appreciate your time.  Pursuant to our conversation last week, we wanted to circle back on the open items discussed on our call and in your email below.

**Production of Devices**

At this time, Theranos would appreciate postponing the requests for certain devices identified below.  Currently, only a single copy of each of these device versions exists, and the Company hopes to retain these unique devices so that it can demonstrate the evolution of its technologies to potential buyers or other potential partners.

2

- Theranos Bench Prototype
- Theranos Monolab
- Theranos Minilab 4.1-TC

Additionally, it appears that two miniLab 4.1 devices were incorrectly identified as the previous miniLab 4S versions. As such, the Company will not be able to provide a version of the miniLab 4S, as most of these devices were disassembled and reused to build the miniLab 4.1 in 2015 and early 2016. The Company is working to prepare its devices for transport and is happy to have these devices ready for pickup before August 8th (if possible, we believe scheduling a pickup for Monday, August 6th would work well on our end). As we have discussed, we would appreciate it if this pickup could be handled with discretion. We will provide you with a list of the devices we will have ready for pickup, and are of course happy to work with you and/or the FBI to arrange for the pickup of these devices. Please don't hesitate to let us know if you have any other questions on this front.

**Remaining Documents & Privilege Filter Issues**

We are continuing to discuss this issue with our client and hope to get back to you shortly. We will circle back by August 8th to let you know our preferred option(s) on this front and to discuss next steps.

**LIS Database + Software**

We are working with the Company to prepare the LIS database for production. We have also been in touch regarding your request for additional information on any proprietary software necessary to query the LIS database, and are working with the Company to better understand this issue. Thus far, we have determined that the following software/operating system(s) will be necessary to restore and query the database:

- Microsoft SQL Server Enterprise License on Windows Server 2012R2
- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server database

Because the above software/operating system(s) are technically the property of third parties, we feel it is appropriate for you to obtain access via the relevant third parties. We are of course happy to work with you and provide any other information to assist you in this regard.

Thank you again for your time, and please don't hesitate to let us know if you have any questions or would like to discuss any of the above. We will of course circle back on these open items per your email below.

Best,

███████████ | **WilmerHale**
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071 USA

███████████
███████████ wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.