# EXHIBIT 66

## RE: LIS data base discussion - response to request

**From:** John McChesney <"/o=theranos organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=2fa77d38a9a14d48933989359bf65af8-jo">
**To:** Xan White <xanwhite@theranos.com>
**Date:** Wed, 01 Aug 2018 22:20:25 +0000

The drives have arrived. Eric will have to answer your question regarding software…and he may need assistance from Shekar. I assume it is better to start a new thread?

BTW just noticed my voice to text called you "Zen" I usually correct it but missed this one. Bummer Apple can't figure out how to user train its VTT as well as Google does

---

**From:** Xan White
**Sent:** Wednesday, August 1, 2018 2:32 PM
**To:** John McChesney <jmcchesney@theranos.com>
**Subject:** RE: LIS data base discussion - response to request

The drives should be arriving today. I'll send a reimbursement request later, but for now can you please let me know when the database is loaded so I can coordinate getting these to WilmerHale?

Separately, any update on whether we have the software necessary to access the database, and whether we can include a copy of the software on the drives?

Thanks,
Xan

---

**From:** John McChesney
**Sent:** Monday, July 30, 2018 1:56 PM
**To:** Xan White <XanWhite@theranos.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Subject:** Re: LIS data base discussion - response to request

Thanks Xan. Works for me

Sent from my iPhone

On Jul 30, 2018, at 1:54 PM, Xan White <XanWhite@theranos.com> wrote:

> Privileged and Confidential
>
> Removing Eric. Understood about the complications; our goal here is to comply with the subpoena. If we still have the software necessary to access it, I think we need to turn that over as well. But we can't give them something that we don't have, and it's ultimately not Theranos' problem if our system of storing and accessing data is inconvenient for outsiders. If we need to schedule a call (maybe including Eric) with outside counsel to explain these issues, happy to work on that.
>
> I can get drives to you by Wednesday the 1st. Is that OK? Let me know if I should pull the trigger on the Amazon order or if that's too late.

**From:** John McChesney
**Sent:** Monday, July 30, 2018 1:47 PM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>
**Cc:** Xan White <XanWhite@theranos.com>; ███████████████████ >
**Subject:** Re: LIS data base discussion - response to request

Zen, the other thing to understand is that it's not just a database. It's a whole system with layers of applications and data. I'm not sure what functionality it is expected to have but if we are just handing over a database I'm not sure it will meet the needs

Sent from my iPhone

On Jul 30, 2018, at 1:45 PM, Eric Caddenhead <ECaddenhead@theranos.com> wrote:

> Xan, that would be great.
>
> **From:** Xan White
> **Sent:** Monday, July 30, 2018 1:43 PM
> **To:** John McChesney <jmcchesney@theranos.com>; Eric Caddenhead <ECaddenhead@theranos.com>
> **Cc:** ███████████████████
> **Subject:** RE: LIS data base discussion - response to request
>
> 800GB is bigger than I thought; had believed we could put it on a thumb drive.
>
> I don't think anyone is providing hard drives. I'm happy to buy three 1TB external drives on Amazon and have them rush-delivered to the office, if that's the quickest way to get this.
>
> **From:** John McChesney
> **Sent:** Monday, July 30, 2018 1:34 PM
> **To:** Eric Caddenhead <ECaddenhead@theranos.com>; Xan White <XanWhite@theranos.com>
> **Cc:** ███████████████████
> **Subject:** Re: LIS data base discussion - response to request
>
> Xan, will somebody be providing hard drives?
>
> Sent from my iPhone
>
> On Jul 30, 2018, at 12:45 PM, Eric Caddenhead <ECaddenhead@theranos.com> wrote:
>
>> John-
>> I see the directory containing the LIS DB; this single directory is almost 800 GB.
>> Q: do you have 3 external hard disk drives to put this onto (provided by the requesting legal team)? Or put this data into a cloud "dropbox" account for the attorney/legal team?
>> I know for fact we do not have any in the IT stock room.

Confidential
TheranosABC00042201

**From:** John McChesney
**Sent:** Friday, July 27, 2018 3:49 PM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>
**Subject:** Fwd: LIS data base discussion - response to request


Sent from my iPhone

Begin forwarded message:

**From:** Sekhar Variam
**Sent:** Wednesday, June 6, 2018 3:49 PM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>
**Cc:** Craig Josephson <cjosephson@theranos.com>;
**Subject:** RE: LIS data base discussion - response to request

Hi Eric:
   I have copied the backups of all the databases to the following location
**Server :** 172.20.1.71
**Location of backups :** R:\LatestProdDBBackups
**Master Keys** - are located in the following location on the same server :
R:\AllKeys_Certs\Primary_71
**Password for Restore** – The password for restoring the private key should be in a document that Antti had in his possession(Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September).

The instructions for restoring the databases to a different server is given in the attached document (Look for section **SQL Server – Restoring a TDE Encrypted Database to a Different Server**)

**Required Software/OS for restoring Database** - Microsoft SQL Server Enterprise License on Windows Server 2012R2
**Required Software To Query Database**- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server DB.


-Sekhar

Confidential
TheranosABC00042202