# EXHIBIT 67

## FW: LIS data base discussion - response to request

| | |
|---|---|
| **From:** | ███████████@theranos.com> |
| **To:** | Xan White <xanwhite@theranos.com> |
| **Cc:** | ███████████@wilmerhale.com>, ████████@wilmerhale.com |
| **Date:** | Mon, 16 Jul 2018 22:58:53 +0000 |
| **Attachments:** | Encrypt_SQL_Databases_Staging.docx (88.58 kB) |

**From:** Sekhar Variam
**Sent:** Wednesday, June 6, 2018 3:49 PM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>
**Cc:** Craig Josephson <cjosephson@theranos.com>; ███████████@theranos.com>
**Subject:** RE: LIS data base discussion - response to request

Hi Eric:
   I have copied the backups of all the databases to the following location
**Server :** 172.20.1.71
**Location of backups :** R:\LatestProdDBBackups
**Master Keys** - are located in the following location on the same server : R:\AllKeys_Certs\Primary_71
**Password for Restore** – The password for restoring the private key should be in a document that Antti had in his possession(Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September).

The instructions for restoring the databases to a different server is given in the attached document (Look for section **SQL Server – Restoring a TDE Encrypted Database to a Different Server**)

**Required Software/OS for restoring Database** - Microsoft SQL Server Enterprise License on Windows Server 2012R2
**Required Software To Query Database**- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server DB.

-Sekhar


-----Original Appointment-----
**From:** Craig Josephson
**Sent:** Wednesday, June 6, 2018 9:42 AM
**To:** ████████; Sekhar Variam; Eric Caddenhead
**Subject:** LIS data base discussion - response to request
**When:** Wednesday, June 6, 2018 10:30 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** CONF.CIGS

Confidential
TheranosABC00039903