# EXHIBIT 69

## Michael Chung

| | |
|---|---|
| **From:** | Michael Chung |
| **Sent:** | Friday, August 10, 2018 11:45 AM |
| **To:** | 'John McChesney' |
| **Subject:** | FW: Decrypted version |
| **Attachments:** | Encrypt_SQL_Databases_Staging.docx |

Hi John,

For the USB drives for the LIS database copy, Eric was able to decrypt the instructions on how to restore the data.

Please note that there may be a need for an additional password and here's the info again on that:

**Password for Restore** – The password for restoring the private key should be in a document that Antti had in his possession(Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September).

Eric reached out to Antti to see if he could provide.

Michael

---

**From:** Eric Caddenhead <ECaddenhead@theranos.com>
**Sent:** Wednesday, August 8, 2018 12:53 PM
**To:** Michael Chung <mchung@neetek.com>
**Cc:** eric@caddenhead.org
**Subject:** Decrypted version



==================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com