# EXHIBIT 70

## RE: LIS data base discussion - response to request

| | |
|---|---|
| **From:** | Xan White <"/o=theranos organization/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=37b8ec8fe1fe44ffa15f5ece553d0ab1-al"> |
| **To:** | ███████████@wilmerhale.com> |
| **Cc:** | ███████████@wilmerhale.com>, ███████████ ███████████@wilmerhale.com>, ███████████ ███████████@wilmerhale.com> |
| **Date:** | Wed, 08 Aug 2018 23:43:14 +0000 |

Update on this. It has been technically difficult to do the extraction, and it's a slow process (transferring almost a TB of data over a USB cable), but we expect the drives to be ready for your pickup on Friday. I know this will mean missing the deadline; happy to work with folks on the ground to help walk the government through why this isn't a matter of flipping a switch and giving them the data.

There may be one password that only Antti knows; IT is still working on that. My update is that one drive has been copied, and the remaining two copies will be made from that drive. Craig Josephson will be around on Friday to coordinate pickup.

Thanks,
Xan

---

**From:** Xan White
**Sent:** Monday, August 6, 2018 6:51 AM
**To:** ███████████@wilmerhale.com>
**Cc:** ███████████@wilmerhale.com>; ███████████ ███████████@wilmerhale.com>; ███████████ ███████████@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

I pinged John M. and Eric; I'll let you know.

---

**From:** ███████████@wilmerhale.com]
**Sent:** Friday, August 3, 2018 4:03 PM
**To:** Xan White <XanWhite@theranos.com>
**Cc:** ███████████@wilmerhale.com>; ███████████ ███████████@wilmerhale.com>; ███████████ ███████████@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

Hi Xan,

The government has given us a Friday deadline for production of LIS. In order to do so, we'd need to get a copy early next week. Is this a possibility?

███████

---

**From:** Xan White <XanWhite@theranos.com>
**Sent:** Wednesday, July 18, 2018 5:45 PM
**To:** ███████████@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

Confidential                                                                                                                    TheranosABC00042260

If there's any way to put them off, that would be great. I made our internal requests but we don't have an IT person and I don't want to overpromise.

Are we good to go on the HIPAA exception? I haven't done any more research on that issue and would prefer to get advice from a regulatory attorney, whether Brad or outside.

I'll let you know ASAP as I learn about our ability to do this.

Thanks,
Xan

---

**From:** [redacted]@wilmerhale.com]
**Sent:** Wednesday, July 18, 2018 5:32 PM
**To:** Xan White <XanWhite@theranos.com>
**Subject:** RE: LIS data base discussion - response to request

Great. Thanks so much. We are hoping to talk to the government tomorrow and my guess is that they will ask for an ETA. Do you think it is safe to tell them late next week?

---

**From:** Xan White <XanWhite@theranos.com>
**Sent:** Wednesday, July 18, 2018 5:21 PM
**To:** [redacted]@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

H[redacted]

Sorry for my delay. I'm not sure we'll be able to get this done this week but I'll keep you posted. Three copies should be no issue.

Thanks,
Xan

---

**From:** [redacted]@wilmerhale.com]
**Sent:** Tuesday, July 17, 2018 1:22 PM
**To:** Xan White <XanWhite@theranos.com>; [redacted]@theranos.com>
**Cc:** [redacted]@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

Hi Xan,

I am up in Palo Alto tomorrow through Friday and happy to pick it up. If we can't get it done this week, we can have someone from our PA office pick it up next week. Would I be possible to get three copies made?

[redacted]

---

**From:** Xan White <XanWhite@theranos.com>
**Sent:** Tuesday, July 17, 2018 8:41 AM

**To:** ▬▬▬▬▬▬@theranos.com>
**Cc:** ▬▬▬▬▬▬▬▬▬▬@wilmerhale.com>; ▬▬▬▬▬▬▬▬▬▬@wilmerhale.com>
**Subject:** RE: LIS data base discussion - response to request

▬▬▬▬,

I believe the best way to do this would be to have someone from WilmerHale take custody of whatever drive we put this on, provided that we are comfortable ultimately turning it over to the government. The drive should have its own encryption. We'll need to schedule some time with Eric and/or Antti to help with the download. When would be convenient for you to pick up? We'll work internally to get the database copied to a drive.

Thanks,
Xan

**From:** ▬▬▬▬▬▬
**Sent:** Monday, July 16, 2018 3:59 PM
**To:** Xan White <XanWhite@theranos.com>
**Cc:** ▬▬▬▬▬▬▬▬▬@wilmerhale.com>; ▬▬▬▬▬▬@wilmerhale.com
**Subject:** FW: LIS data base discussion - response to request


**From:** Sekhar Variam
**Sent:** Wednesday, June 6, 2018 3:49 PM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>
**Cc:** Craig Josephson <cjosephson@theranos.com>; ▬▬▬▬▬▬▬@theranos.com>
**Subject:** RE: LIS data base discussion - response to request

Hi Eric:
  I have copied the backups of all the databases to the following location
**Server :** 172.20.1.71
**Location of backups :** R:\LatestProdDBBackups
**Master Keys** - are located in the following location on the same server : R:\AllKeys_Certs\Primary_71
**Password for Restore** – The password for restoring the private key should be in a document that Antti had in his possession(Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September).

The instructions for restoring the databases to a different server is given in the attached document (Look for section **SQL Server – Restoring a TDE Encrypted Database to a Different Server**)

**Required Software/OS for restoring Database** - Microsoft SQL Server Enterprise License on Windows Server 2012R2
**Required Software To Query Database**- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server DB.


-Sekhar

-----Original Appointment-----
**From:** Craig Josephson
**Sent:** Wednesday, June 6, 2018 9:42 AM
**To:** ▮▮▮▮▮▮▮▮; Sekhar Variam; Eric Caddenhead
**Subject:** LIS data base discussion - response to request
**When:** Wednesday, June 6, 2018 10:30 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** CONF.CIGS

=====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

=====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

=====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error,

please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

Confidential

TheranosABC00042264