# EXHIBIT 72

# Expert Witness Report of Bruce W. Pixley

*United States v. Holmes et al.*

**September 28, 2020**

## INTRODUCTION

I was retained by the United States Attorney's Office to conduct a forensic analysis and review of SQL database files stored on an encrypted hard drive. I was also asked to review email messages and documents.

## PROFESSIONAL BACKGROUND

I am currently the managing member of Pixley Forensics Group, LLC. I have more than 30 years of combined experience in computer forensic analysis, high-tech investigations, and law enforcement. I am a retired lieutenant in the Santa Barbara Sheriff's Department and was responsible for the creation and implementation of the county's first High Tech Crime Unit and computer forensics lab in 1999.

Since 1989, I have been working with databases in both the law enforcement and private sector. This includes database development, administration, and as an end-user.

Since 2001, I have served as a lead instructor and course developer in the fields of computer forensics, Internet investigations, and network intrusion courses. As an instructor, I have taught for well over 2,000 hours on the subjects of computer forensics and high-tech investigations.

I possess three professional certifications for my fields of work. I possess the Certified Information Systems Security Professional (CISSP) certification and the GIAC Certified Forensic Analyst (GCFA) certification, which are both ANSI ISO accredited credentials, and the EnCase Certified Examiner certification.

Since 2003, I have been retained as a computer forensic examiner and subject matter expert in both criminal and civil matters. I have been qualified as an expert witness in both state and federal courts.

## EVIDENCE REVIEWED

As part of my analysis and review, I received the following items:

    1)    Seagate, external hard drive, serial number NAAS7834, with a Silicon Valley RCFL barcode label (SVE060154), hereafter referred to as "External Drive;"

    2)    PDF document containing Bates numbers Neetek_000001 through Neetek_001100, hereafter referred to as the "Neetek Documents;"

    3)    PDF document called "E.T. Test Results.pdf" (Bates numbers US-REPORTS-0015084 through US-REPORTS-0015089);

    4)    PDF document called "B.B. Test Results.pdf (Bates numbers US-REPORTS-0015077 through US-REPORTS-0015078);

    5)    PDF document called "M.E. Test Results.pdf (no Bates numbering).

## DETAILS OF ANALYSIS AND FINDINGS

On June 15, 2020 I received the External Drive from SA Mario Scussel. The data on the External Drive was encrypted with Veracrypt whole-disk encryption (AES 256-bit). SA Scussel provided me with the encryption password and I was able to successfully decrypt the data on the External Drive.

The External Drive contained a subfolder called "\LIS\LatestprodDBBackups." The 11 files contained in this subfolder were Microsoft SQL database backups with the following file names:

    1)    AuthDB_backup_2017_01_10_172346_1022605.bak (266,086,400 bytes)

    2)    DashboardDB_backup_2017_01_10_172346_1803934.bak (68,394,496 bytes)

    3)    DataAnalyticsDB_backup_2017_01_10_172348_9775557.bak (3,063,736,320 bytes)

    4)    eLabsDB_backup_2017_01_10_172346_2272736.bak (400,755,172,864 bytes)

    5)    FinDB_backup_2017_01_10_172346_2585262.bak (44,027,392 bytes)

    6)    LogDB_backup_2017_01_10_172347_6649194.bak (1,877,215,232 bytes)

7) ResultsDB_backup_2017_01_10_172346_3054059.bak (49,841,919,488 bytes)

8) SM2Core_backup_2017_01_10_172348_1805946.bak (179,047,151,104 bytes)

9) SurveyDB_backup_2017_01_10_172346_3835398.bak (806,400 bytes)

10) TVADB_backup_2017_01_10_172346_6023107.bak (214,476,234,752 bytes)

11) XifinDB_backup_2017_01_10_172349_8057597.bak (335,649,280 bytes)

The file name of each backup appears to include the date of the backup (January 10, 2017). Additionally, all of the SQL backups had a last written date of January 10, 2017. Each of these files had a file signature[1] of "MSSQLBAK" (0x 4D5353514C42414B).

I attempted to restore the backups to a Microsoft SQL server; however, I was not able to complete the task since the backups had been encrypted and I did not have the correct password.

To be clear, the encryption of these SQL backup files is different than the Veracrypt whole-disk encryption used for the External Drive.

When a SQL database administrator creates a backup of a database, the administrator has the option of encrypting the backup for security. The encryption process involves the use of password and a "key" file. In order to decrypt the backup, a person would need to know the password and have a copy of the "key" file.

The External Drive contained a subfolder called "\LIS\LatestprodDBBackups\AllKeys_Certs." This subfolder contained two subfolders (Primary_71 and Secondary_72) with the following files:

1) MyMasterkeyFile

---

[1] A file signature is a short series of characters (bytes) placed at the beginning of a file used to identify the format of a file. A file signature may be readable as clear text characters or in hex format.

    2)    MyServer2_MK

    3)    MyServer_Cer.Cer (2 copies of the same file by MD5 hash value)

    4)    MyServer_PrivKey.pfx (2 copies of the same file by MD5 hash value)

Both the "MyMasterkeyFile" and "MyServer2_MK" files were different and contained 208 bytes of random binary characters. These files may have been used as the "key" files for the backup encryption. However, without the encryption password, the exact purpose of these files is unknown.

I conducted a review of the Neetek Documents and found references to the "LatestprodDBBackups" subfolder on the External Drive. One email (NEETEK_000576 to NEETEK_000577) was from Sekhar Variam and dated June 6, 2018 at 3:48:52 PM. The email provides a reference to the "Master Keys" in a subfolder called Primary_71.

The email refers to the password needed for the restore as *"The password for restoring the private key should be in a document that Antti had in his possession (Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September."*

The email also refers to an "attached document," which was not provided, called "SQL Server - Restoring a TDE Encrypted Database to a Different Server." A "TDE Encrypted Database" is a reference to Transparent Data Encryption used to encrypt a Microsoft SQL database.

Another email from Eric Caddenhead dated August 8, 2018 (NEETEK_000725) provided a file listing of the same files I found on the External Drive.

While I have not been able to access the contents of the encrypted SQL database backups, I know from my experience that a database can easily store millions of records and fields of information. A database can store information as simple as a person's name and contact information and as granular as details of specific test results.

For example, the information that is listed in the three Test Result PDF documents (E.T. Test Results.pdf, B.B. Test Results.pdf, and M.E. Test Results.pdf) could be stored in the encrypted database backups. This type of stored information allows someone to search, sort, and print reports just as depicted in the PDF documents.

The M.E. Test Results document displayed several fields of information. Some fields included a physician's name, the date and location, the names of tests, and the test results. If this type of information was stored in the encrypted databases, a person could, among other possible searches, conduct a search for all results related to that physician's name, tests conducted at that location, test results within a specific range, and all tests conducted within a specific date range.

Visually, data stored in a database table is similar to data stored in an Excel spreadsheet. Each record of information is on a separate row. The data within that record is separated into different columns (fields). For example, each record (row) could be a test result and the columns would contain the results of that test.

However, Excel has limitations that would not allow it to function well in a large-scale, shared environment and it has a maximum limit of one million records (rows of information). A database can be designed to link thousands of tables with millions of records in each table. A database provides data security with fast search capability in a multi-user and multi-site environment.

This report is based on the information I have received for review. If I am provided additional information and/or documentation in the future, I may provide a supplemental report with additional information.

Report completed on September 28, 2020.

_____
Bruce W. Pixley