# EXHIBIT 73

## RE: Call re LIS (priv/conf) - time sensitive

**From:** ███████████@theranos.com>
**To:** Michael Chung <mchung@neetek.com>, ███████████████@wilmerhale.com>, Shekar Chandrasekaran <shekarc@increvcorp.com>, Eric Caddenhead <ecaddenhead@theranos.com>
**Date:** Tue, 28 Aug 2018 21:15:09 +0000

Thanks, all. I'll circulate an invite for 3:45. Eric, I hope you can join then; if not, one of us will catch up with you afterwards.

-----Original Message-----
From: Michael Chung [mailto:mchung@neetek.com]
Sent: Tuesday, August 28, 2018 2:14 PM
To: ███████████████@wilmerhale.com>; Shekar Chandrasekaran <shekarc@increvcorp.com>; ███████████@theranos.com>; Eric Caddenhead <ECaddenhead@theranos.com>
Subject: RE: Call re LIS (priv/conf) - time sensitive

Hi,

I can do 3:45pm.

Michael

-----Original Message-----
From: ███████████████@wilmerhale.com>
Sent: Tuesday, August 28, 2018 2:06 PM
To: Shekar Chandrasekaran <shekarc@increvcorp.com>; ███████████@theranos.com>; Michael Chung <mchung@neetek.com>; Eric Caddenhead <ECaddenhead@theranos.com>
Subject: RE: Call re LIS (priv/conf) - time sensitive

Sorry for the delay. I'm tied up until 3:45, but free any time after that.

-----Original Message-----
From: Shekar Chandrasekaran <shekarc@increvcorp.com>
Sent: Tuesday, August 28, 2018 2:00 PM
To: ███████████@theranos.com>; ███████████████@wilmerhale.com>; Michael Chung <mchung@neetek.com>; Eric Caddenhead <ECaddenhead@theranos.com>
Subject: RE: Call re LIS (priv/conf) - time sensitive

I am okay with this. Let me know when.

Best,

\shekar..

V. Chandrasekaran (Shekar)
IncRev Corporation
Email: shekarc@increvcorp.com
Phone: +1 (408) 689-2296
Cell: +1 (408) 930-6090
Web: http://www.increvcorp.com

Confidential
TheranosABC00037746

-----Original Message-----
From: ▮▮▮▮▮▮▮▮▮@theranos.com>
Sent: Tuesday, August 28, 2018 12:16 PM
To: ▮▮▮▮▮▮▮▮▮@wilmerhale.com>; Shekar Chandrasekaran <shekarc@increvcorp.com>; Michael Chung <mchung@neetek.com>; Eric Caddenhead <ECaddenhead@theranos.com>
Subject: Call re LIS (priv/conf) - time sensitive

Can this group convene for a call as soon as possible, ideally this afternoon, to hash out what we still need from LIS and what we need to do to get it, given that the system will be put into storage this Friday and may thereafter be very difficult to resuscitate? Michael Chung of Neetek (our IT consultant) and I are both available after 2 pm today. Thanks.

Sent from my iPhone

====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com