# EXHIBIT 74

| | |
|---|---|
| **From:** | Eric Caddenhead <ECaddenhead@theranos.com> |
| **Sent:** | Thursday, August 30, 2018 7:01 AM |
| **To:** | Michael Chung; John McChesney; shekarc@increvcorp.com;                      'eric@caddenhead.org' |
| **Subject:** | Re: LIS |

Yes, I copied the directory. All clear to shutdown.
_____
From: Michael Chung <mchung@neetek.com>
Sent: Wednesday, August 29, 2018 11:46:55 PM
To: John McChesney; shekarc@increvcorp.com;              ; Eric Caddenhead; 'eric@caddenhead.org'
Subject: RE: LIS

Hi John,

Eric and I discussed earlier this afternoon and at that moment he mentioned that he was able to connect to the necessary server, but couldn't login due to authentication server unavailable.  Eric, were you able to get past that authentication error?

+Eric

-Michael

-----Original Message-----
From: John McChesney <jmcchesney@theranos.com>
Sent: Wednesday, August 29, 2018 11:35 PM
To: shekarc@increvcorp.com; Michael Chung <mchung@neetek.com>;                         @theranos.com>
Subject: LIS

Michael and Shekar,

where do we stand with LIS? I must start taking equipment out of the server room tomorrow or we will not have time to remove it before losing control of the building. I will start in the morning by removing items that are not installed but will not be able to wait long before shutting down installed hardware.

John

Sent from my iPhone
====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560

650-838-9292 www.theranos.com

==================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560

650-838-9292 www.theranos.com

Neetek_000588