# EXHIBIT 75

# RE: Info for Shekar

| | |
|---|---|
| From: | Shekar Chandrasekaran <shekarc@increvcorp.com> |
| To: | ▮▮▮▮▮▮▮▮▮▮@theranos.com>, Michael Chung <mchung@neetek.com>, Eric Caddenhead <ecaddenhead@theranos.com> |
| Date: | Sun, 02 Sep 2018 19:07:16 +0000 |

Michael and Eric ▮▮▮▮▮,
Sekhar V has forwarded the complete reference documentation for all these on Thursday. It contains the location and details for the files mentioned below.
Best,
\shekar..
**V. Chandrasekaran (Shekar)**
**IncRev Corporation**
**Email**: shekarc@increvcorp.com
**Phone**: +1 (408) 689-2296
**Cell**: +1 (408) 930-6090
**Web**: http://www.increvcorp.com

**From:** ▮▮▮▮▮▮
**Sent:** Sunday, September 2, 2018 11:15 AM
**To:** Michael Chung ; Eric Caddenhead
**Cc:** Shekar Chandrasekaran
**Subject:** RE: Info for Shekar
Copying in Shekar to help, along with Eric, in confirming the below.

**From:** Michael Chung [mailto:mchung@neetek.com]
**Sent:** Sunday, September 2, 2018 11:15 AM
**To:** ▮▮▮▮▮▮▮▮▮@theranos.com>; Eric Caddenhead <ECaddenhead@theranos.com>
**Subject:** RE: Info for Shekar
Hi,
My comments below:
-Michael
**From:** ▮▮▮▮▮▮▮▮▮@theranos.com>
**Sent:** Sunday, September 2, 2018 10:32 AM
**To:** Eric Caddenhead <ECaddenhead@theranos.com>; Michael Chung <mchung@neetek.com>
**Subject:** Info for Shekar
Shekar suggests that he still needs the below four items from us. Can you guys please let me know where we are on providing them, and whether we need any further instruction from Shekar or input from anyone else? Thank you.
1. Source code files for LIS and related products for us to build the LIS application and LIS Server components, including Database scripts
***[Michael Chung] I believe Shekar mentioned that the source code has been copied to somewhere in the J: drive some time ago, Shekar is this incorrect?***
2. Copy of the current binary from the current Production Server (for reference purposes).
***[Michael Chung] I believe Eric successfully copied this off on Friday, Eric is this correct?***
3. Latest backup of the Database so that we can extract all the seed data (meta data) to build and Install the LIS Applications
***[Michael Chung] I believe Wilmer has a copy of these on USB drives. We had our own copy of it in Newark data center, which was torn down on Friday. Eric please confirm.***
4. Build procedure documents that we wrote and provided to Theranos.

*[Michael Chung] Eric do you know of any such documentation?*
======================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

======================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com