# EXHIBIT 76

## FW: LIS data base discussion - response to request

| | |
|---|---|
| **From:** | ▮▮▮▮@theranos.com> |
| **To:** | Michael Chung <mchung@neetek.com>, Eric Caddenhead <ecaddenhead@theranos.com> |
| **Cc:** | Shekar Chandrasekaran <shekarc@increvcorp.com>, Sekhar Variam <sekharvariam@theranos.com> |
| **Date:** | Sun, 02 Sep 2018 22:18:49 +0000 |
| **Attachments:** | Encrypt_SQL_Databases_Staging.docx (88.58 kB) |

Just to make sure we're all on the same page, this is the Sekhar V. email that Shekar C. was referring to in his email earlier today.

**From:** Sekhar Variam
**Sent:** Thursday, August 30, 2018 4:09 PM
**To:** ▮▮▮▮ ; Eric Caddenhead
**Cc:** Shekar Chandrasekaran
**Subject:** Fw: LIS data base discussion - response to request

▮▮▮/Eric:
Please find the LIS db related email that I had sent in June below.

In addition, we need the backups for the following

Server 172.20.0.81

E:\Deployment - the binaries
F:\backups - not 100% sure of the directory name but this directory contains the backup of deployments

F:/deployment - this should have the deployment packages over time.

Sekhar

Sent using OWA for iPhone

---

**From:** Sekhar Variam
**Sent:** Wednesday, June 6, 2018 3:48:52 PM
**To:** Eric Caddenhead
**Cc:** Craig Josephson; ▮▮▮▮
**Subject:** RE: LIS data base discussion - response to request

Hi Eric:
I have copied the backups of all the databases to the following location
**Server :** 172.20.1.71
**Location of backups :** R:\LatestProdDBBackups
**Master Keys** - are located in the following location on the same server : R:\AllKeys_Certs\Primary_71
**Password for Restore** – The password for restoring the private key should be in a document that Antti had in his possession(Siva Devabakthini sdevabakthini@theranos.com, the Dev-ops engineer provided Antti with a document containing all passwords before he left in 2016 September).
The instructions for restoring the databases to a different server is given in the attached document (Look for section **SQL Server – Restoring a TDE Encrypted Database to a Different Server**)

Confidential

TheranosABC00040096

**Required Software/OS for restoring Database** - Microsoft SQL Server Enterprise License on Windows Server 2012R2
**Required Software To Query Database**- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server DB.
-Sekhar
-----Original Appointment-----
**From:** Craig Josephson
**Sent:** Wednesday, June 6, 2018 9:42 AM
**To:** ▮▮▮▮▮▮▮▮; Sekhar Variam; Eric Caddenhead
**Subject:** LIS data base discussion - response to request
**When:** Wednesday, June 6, 2018 10:30 AM-11:00 AM (UTC-08:00) Pacific Time (US & Canada).
**Where:** CONF.CIGS