# EXHIBIT 78

**To:** Elizabeth Holmes[eholmes@theranos.com]
**Cc:** Sunny Balwani[sbalwani@theranos.com]
**From:** Christian Holmes
**Sent:** Fri 6/13/2014 8:28:42 PM
**Importance:** Normal
**Subject:** RE: Patient results
**Received:** Fri 6/13/2014 8:28:43 PM

Just spoke with one of the patient's husband and her doc – the doc has apparently sent us three patients and all results have been over 4 days, this being the third patient. Originally he said he wont send us any more patients b/c we have had issues with all three patients, but at the end of the call he said he would be willing to evaluate this further based on patient needs. I talked to him for about 15 minutes and it ended as well as it could. I am going to look into the history of the other two patients now.

As for current status of HCG, We are working in parallel to run sample on Edison as well as Immulite. But found out this morning that reagents for Immulite are on order and back ordered.

So we are pushing even harder to get them run on Edisons. Will let you know more soon.

---

**From:** Elizabeth Holmes
**Sent:** Friday, June 13, 2014 12:57 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Re: Patient results

We'll connect in detail on this as soon as I'm out.

Sunny / this is already handled - just FYI.

On Jun 13, 2014, at 12:35 PM, "Christian Holmes" <cholmes@theranos.com> wrote:

> Seems like we also have a capacity issue right now with edisons at full capacity and venous samples in a serious queue not being run. Went down there and it's a complete mess. Tina and Max basically getting peppered with questions on what to do from everyone. Let's discuss – need better redundancy – in the event those two are both out of the office there would be even more issues.
>
> ---
>
> **From:** Christian Holmes
> **Sent:** Friday, June 13, 2014 12:23 PM
> **To:** Elizabeth Holmes
> **Subject:** FW: Patient results
>
> Just FYI – HCG right now causing some serious issues and patient complaints. Been spending all morning talking to docs about just HCG and will continue to do so…it's a sensitive one obviously b/c of people finding out if pregnant.
>
> ---
>
> **From:** Tina Lin
> **Sent:** Friday, June 13, 2014 12:13 PM
> **To:** Max Fosque; Christian Holmes
> **Subject:** RE: Patient results
>
> Okay let me know if that works. Level 2 for HCG just barely failed on both readers, sorry. We're trying again.
>
> ---
>
> **From:** Max Fosque
> **Sent:** Friday, June 13, 2014 11:49 AM

Confidential                                                                                                                                              THPFM0000273265

**To:** Christian Holmes; Tina Lin
**Subject:** RE: Patient results

They also modified the container they are testing in on the Immulite, that may work as well.

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:48 AM
**To:** Tina Lin; Max Fosque
**Subject:** RE: Patient results

Thanks for the updates – will wait to call the doc till I know more

---

**From:** Tina Lin
**Sent:** Friday, June 13, 2014 11:46 AM
**To:** Max Fosque
**Cc:** Christian Holmes
**Subject:** RE: Patient results

So they're testing the dead volume right now. They can't get it to work yet.

We're minutes away from finding out whether hCG on either of the Edison devices have passed.

Will keep you updated.

---

**From:** Tina Lin
**Sent:** Friday, June 13, 2014 11:36 AM
**To:** Max Fosque
**Cc:** Christian Holmes
**Subject:** Re: Patient results

I brought it upstairs but Hoda said they can't run it? Can you check why?

Sent from my iPhone

On Jun 13, 2014, at 11:31 AM, "Max Fosque" <mfosque@theranos.com> wrote:

> I believe Tina just brought this upstairs, we can run neat on the Immulite, Tina can u confirm.

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:30 AM
**To:** Max Fosque; Tina Lin
**Subject:** FW: Patient results

This one is critical, in case you guys are dealing with this at all

---

**From:** Christian Holmes
**Sent:** Friday, June 13, 2014 11:22 AM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Nicholas Menchel; Hoda Alamdar; Stacy Haff; Anam Khan
**Subject:** RE: Patient results

Confidential
THPFM0000273266


All – any update on patient ███████'s HCG (DOB ██████) sample? I have a call with their doc
All – any update on patient ███████'s HCG (DOB ██████) sample? I have a call with their doc shortly and hoping this can get reported asap – I realize the team may be on this now.

Thanks

**From:** Anam Khan
**Sent:** Thursday, June 12, 2014 5:07 PM
**To:** Christian Holmes
**Subject:** FW: Patient results

The CTN #s are 464338 and 92884.

**From:** Romina Riener
**Sent:** Thursday, June 12, 2014 3:23 PM
**To:** Amelia Aguirre; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Hoda Alamdar; Stacy Haff; Elena Scheer; Anam Khan
**Subject:** RE: Patient results

Hi Amy,

We ran that sample yesterday but the results came out invalid (failed run). It is still pending a re-run.

Thanks,

Romina

**From:** Amelia Aguirre
**Sent:** Thursday, June 12, 2014 3:01 PM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** Hoda Alamdar; Stacy Haff; Elena Scheer; Anam Khan
**Subject:** FW: Patient results

We also have another physician looking for results for ███████████ DOB ██████ Visit is from 6/10/14 also for test HCG.

Please let CS know when those results are available. Any updates are appreciated. ☺

Thank you,

Amy

**From:** Amelia Aguirre
**Sent:** Thursday, June 12, 2014 12:44 PM
**To:** Romina Riener; Aurelie Souppe; Ann Ho; Nafiseh Mirnezami; Jamie Liu
**Cc:** CLS
**Subject:** Patient results

Per Hoda,

Please see if you can run this asap. ☺ Physician has called several times today looking for results.

███████████████

Visit Date: 06/10/14

Test:  HCG

Container: 1 EDTA CTN

 Thank you,

Amy

Confidential
THPFM0000273268