# EXHIBIT 79

**To:** Christian Holmes[cholmes@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Fri 8/15/2014 9:47:30 PM
**Importance:** Normal
**Subject:** RE: Customer issue
**Received:** Fri 8/15/2014 9:47:29 PM

please keep me in the loop.

thanks.

---

**From:** Christian Holmes
**Sent:** Friday, August 15, 2014 1:09 PM
**To:** Sunny Balwani; Elizabeth Holmes
**Subject:** FW: Customer issue

Looking into this one and will relay root cause – ideally asap bc he is one of our largest volume docs in Phoenix and no longer referring patients until he speaks with someone.

When Daniel responds hopefully we can meet on scripting so I can get back to the doc today

Thank you

---

**From:** Christian Holmes
**Sent:** Friday, August 15, 2014 1:07 PM
**To:** Daniel Young
**Cc:** Max Fosque
**Subject:** FW: Customer issue

Daniel –

Dr. Szmuc's concerns over HCG are highlighted below.  Patient [redacted] was drawn on 7/7 with a result of 4941.  Then again on 7/10 with a result of 4722, which the doctor understood as indicative of miscarriage.  A Quest result 5 days later was over 98K and sonogram confirmed 6 week pregnancy.

Could you assist looking into this issue?  I'd like to get back to the doc today.  CC'ing Max as well.  Let me know if I can assist further here as well.

Thanks

---

**From:** Kimberly Alfonso
**Sent:** Friday, August 15, 2014 12:48 PM
**To:** Christian Holmes
**Subject:** Customer issue

Need help here. Thanks.

---

**From:** Chelsea Charleston
**Sent:** Thursday, August 14, 2014 12:55 PM
**To:** Kimberly Alfonso; Mike Phebus
**Subject:** HCG QUANT ISSUE- Dr. Szmuc

Confidential						THPFM0003603101

Hi Kimberly and Mike,

As I mentioned to Kimberly this morning, Dr. Szmuc's office asked me to come by to meet regarding opportunities to send more patients to us. The first 20 minutes of the meeting were spent discussing issues that we need to resolve before he will feel comfortable sending additional patients. There are a few items on the list, but I wanted to get this most urgent one over to you right away.

He has had more than one issue with HCG quant levels so now his confidence level is very low with regard to this test (which is a very regularly ordered test in this specialty). He was able to provide details for one patient today (below), but said that he will not be sending anyone for this test until we have resolved the discrepancies that he has seen multiple times.

The patient was first drawn on 7/7/14 and there was an account number of 88882 assigned to that order. The HCG quant value that was returned was 4941.

On 7/10/14, she was sent for a repeat with an account number of 89242 assigned to that order. The HCG quant value returned on that date was 4722

These 2 results lead him to conclude that this patient was likely miscarrying, but he did not communicate with the patient at that point due to his being out of town. She was sent for a 3rd draw to Sonora Quest by the physician on call for Dr. Szmuc on 7/15 which returned a result of 98,863. On that same date, an ultra-sound was done which confirmed an intrauterine pregnancy with an age of 6wks, 4 days.

Dr. Szmuc could not stress enough (and I completely agree with him) that the implication of errors with this test in terms of liability is significant. In many cases, after HCG quant levels do not multiply as expected, the patient is told she is miscarrying and given the option of taking methotrexate to help her body complete the process. Imagine offering that option to a patient who, in fact, is carrying a viable pregnancy.

Please let me know if you need any additional information.

Thanks!!

Chelsea Charleston

Senior Account Executive

Tel: 480-236-1670

Theranos, Inc.|www.theranos.com