# EXHIBIT 80

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Sunny Balwani
**Sent:** Mon 9/29/2014 11:51:07 PM
**Importance:** Normal
**Subject:** RE: Customer Issue - GM
**Received:** Mon 9/29/2014 11:51:07 PM

finding out.

**From:** Elizabeth Holmes
**Sent:** Monday, September 29, 2014 4:51 PM
**To:** Sunny Balwani
**Subject:** RE: Customer Issue - GM

How did that happen?

**From:** Sunny Balwani
**Sent:** Monday, September 29, 2014 4:45 PM
**To:** Elizabeth Holmes
**Subject:** FW: Customer Issue - GM

please see below.

**From:** Kimberly Alfonso
**Sent:** Monday, September 29, 2014 3:04 PM
**To:** Christian Holmes
**Cc:** Sunny Balwani
**Subject:** Customer Issue - GM

Please see below.

Still need info on HCG inquiry from last month too (re: August 20 with 600,000 result from Margaret Gossett, NP).

**From:** Eric M. Nelson
**Sent:** Monday, September 29, 2014 2:53 PM
**To:** Mike Phebus
**Cc:** Kimberly Alfonso
**Subject:** FW: Labs-issue-hcg

Mike and Kimberly,

Please see below detailed hcg issue from a fertility office here in Scottsdale.

Thanks,

Eric

**From:** Allison Martin [mailto:backdesk1@ivfphoenix.com]
**Sent:** Monday, September 29, 2014 2:26 PM
**To:** Eric M. Nelson
**Subject:** RE: Labs

Confidential                                                                                                        THPFM0000288920

Eric,

Thank you so much for dropping off the new order sheets! I am sorry I was unavailable at that time!

We will call the support line, but also wanted to give you a heads up on what happened with the lab. We sent a patient of ours in for her 48 hour repeat on her QBhcg. Her initial test came back at 160 (run at a different lab), and when we sent her back in for her repeat with your lab the results came back at <7.82. Because her test came back negative, we had her discontinue her current medications and began getting her ready for her next cycle.

A few weeks later she went back in for another QBhcg and it came back at over 2000. We brought her in and I scanned her, and there was in fact a baby, and a heartbeat.

Our concern is your lab told us she had a negative pregnancy, we relayed that to our patient and continued our protocol as she wasn't pregnant.

Our patients initials are GM. Date of service was 9/5/14 at 9:12am for a QBhcg which came back at a <7.82

Please pass this along, to ensure that this does not happen to any further patients/clients.

Thank you,

**Allison Martin**

IVF Phoenix & the office of

Dr John L Couvaras, MD FACOG

O: 602.765.2229

E:backoffice1@ivfphoenix.com



* Be aware we are a Fragrance free office. Please refrain from wearing perfumes or colognes.

Confidentiality Notice:

The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.

**From:** Eric M. Nelson [mailto:ericn@theranos.com]
**Sent:** Monday, September 29, 2014 11:25 AM
**To:** Allison Martin

Hi Allison,

I just left new materials at the front desk of your office. Please note the new reproductive health panel and monitoring panel on the back of the test menu. For an issue please call clinician support 1 855 843 7200. Also, you can email me the details and I will send on to my manager. Please include the patients initials only. If you can also include other important details like dates, time of visit etc.., that would be helpful.

Thanks,

Eric

Sent from my iPhone

On Sep 29, 2014, at 10:04 AM, "Allison Martin" <backdesk1@ivfphoenix.com> wrote:

> Good morning,
>
> I hope this email finds you well! We have been sending more of our patients over to your lab for testing, and we are in need of some more order forms! If you could please direct me in how I can get some more for our office!
>
> Also, we needed to know who we could speak with about an incident we had with a patient and your lab? Is there a manager we could contact? Or what is the best way to go about this?
>
> Thank you and have a good day!
>
> Thank you,
>
> **Allison Martin**
>
> IVF Phoenix & the office of
>
> Dr John L Couvaras, MD FACOG
>
> O: 602.765.2229
>
> E: backoffice1@ivfphoenix.com
>
> <image001.jpg>
>
> * Be aware we are a Fragrance free office. Please refrain from wearing perfumes or colognes.
>
> Confidentiality Notice:
>
> The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error,

please notify us immediately by replying to the message and deleting it from your computer. Thank you.

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　THPFM0000288923