# EXHIBIT 81

**To:** Jamie Liu[jliu@theranos.com]; Erika Cheung[echeung@theranos.com]
**Cc:** Hoda Alamdar[halamdar@theranos.com]
**From:** Mark Pandori
**Sent:** Sat 3/8/2014 11:13:03 PM
**Importance:** Normal
**Subject:** FW: Double Checking Tecan Specs and Strange Patient Results
**Received:** Sat 3/8/2014 11:13:05 PM


Jamie, Erika,

I would imagine this is still inhibiting progress on running our Edison Tests today.

Can you please provide me with updates as this gets resolved?

Thank you.

Mark


-----Original Message-----
From: Nishit Doshi
Sent: Saturday, March 08, 2014 1:39 PM
To: Mark Pandori; Suraj Saksena; Erika Cheung; Andrew Kim; Daniel Young; Samartha Anekal
Cc: Michelle Johnson; Langly Gee; Matthew Black
Subject: RE: Double Checking Tecan Specs and Strange Patient Results

I have run more than 20 samples (both calibrators and EDTA plasma) now with Jamie and don't see any cases of plasma transfer errors on Tecans for volumes >= 50 ul. I am still seeing some cases of low volume transfers for volumes < 50 ul and troubleshooting it. If any calibrators/daily QC needs to be run, we can start.

I will send a detailed update once it works for lower volumes.

Nishit


-----Original Message-----
From: Nishit Doshi
Sent: Saturday, March 08, 2014 11:15 AM
To: Mark Pandori; Suraj Saksena; Erika Cheung; Andrew Kim; Daniel Young; Samartha Anekal
Cc: Michelle Johnson; Langly Gee
Subject: RE: Double Checking Tecan Specs and Strange Patient Results

I have tested the TSH script and dispensed plasma into a 96 well plate instead of a cartridge for ease of measurement. Tecan transferred 5 ul for 3 consequtive plasma transfers from SCU. I will run Vit D now to check if there are any issues.

Thanks,
Nishit

-----Original Message-----
From: Nishit Doshi
Sent: Saturday, March 08, 2014 10:06 AM
To: Mark Pandori; Suraj Saksena; Erika Cheung; Andrew Kim; Daniel Young; Samartha Anekal
Cc: Michelle Johnson; Langly Gee
Subject: RE: Double Checking Tecan Specs and Strange Patient Results

I will take a look soon.

Nishit

From: Mark Pandori
Sent: Friday, March 07, 2014 11:33 PM
To: Suraj Saksena; Erika Cheung; Andrew Kim; Daniel Young; Samartha Anekal
Cc: Nishit Doshi; Michelle Johnson; Langly Gee
Subject: RE: Double Checking Tecan Specs and Strange Patient Results

Thank you, Suraj.

From: Suraj Saksena<mailto:ssaksena@theranos.com>
Sent: 3/7/2014 11:27 PM
To: Erika Cheung<mailto:echeung@theranos.com>; Andrew Kim<mailto:akim@theranos.com>; Daniel Young<mailto:dyoung@theranos.com>; Samartha Anekal<mailto:sanekal@theranos.com>
Cc: Nishit Doshi<mailto:ndoshi@theranos.com>; Michelle Johnson<mailto:mjohnson@theranos.com>; Mark Pandori<mailto:mpandori@theranos.com>; Langly Gee<mailto:lgee@theranos.com>
Subject: RE: Double Checking Tecan Specs and Strange Patient Results

As noticed by Erika, Tim has been seeing similar problems with the Tecan (Pascal) in our experiments to calibrate production 6-tip cartridges. We are getting low counts indicative of no sample aspiration and transfer (to cartridge).

We are stopping all experiments on Pascal until this is officially resolved.

Thanks,
Suraj

From: Erika Cheung
Sent: Friday, March 07, 2014 11:19 PM
To: Suraj Saksena
Subject: FW: Double Checking Tecan Specs and Strange Patient Results
Importance: High

Hi Suraj,

Just to give you a heads up, there might in fact be something wrong with Tecan. We have been getting strange results for QCs and patient samples.

-Erika

From: Erika Cheung
Sent: Friday, March 07, 2014 11:12 PM
To: Nishit Doshi; Michelle Johnson; Mark Pandori

Cc: Li Ding-Chiang; Jamie Liu; Langly Gee
Subject: RE: Double Checking Tecan Specs and Strange Patient Results
Importance: High

Hi All,

I just finished a run for a TSH sample, and it is giving us the same low RLU counts that we saw yesterday. There is definitely something wrong with our system.

Please see the attached results for TSH, for three separate patient samples yesterday and today we are seeing extremely low counts. For Vitamin D, there are two patient samples where one cartridge came OORH on two different readers. I think it might be attributed to the Z-max procedure on the tecan since this is the only thing we changed since yesterday.

I don't think we should process ANY patient samples until this resolved. I'm going to freeze all the pending samples until we get this situation figured out.

Li and Langly: I'm not sure what they do for Stokes, but we can we start doing a QC procedure for the Pascal Tecan.

Thanks,

Erika


From: Erika Cheung
Sent: Friday, March 07, 2014 10:52 PM
To: Nishit Doshi; Michelle Johnson
Subject: Double Checking Specs on Tecan

Hi Nishit and Michelle,

We've been getting some strange results recently for QC runs and patient samples when we go to z-max. I don't know if it's the Tecan for sure, but could you check just to make sure that everything is set-up correctly. For competitive assays (VitD), we are getting high RLUs and for sandwich ELISAs (TSH) we are getting abnormally low RLUs which is typically indicative of no sample.

Here is the protocols that we have seen issues with:

Ed_VitD_3ul
Ed_TSH_5ul
Ed_tPSA_5ul

Thanks,

Erika