ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:  +1-415-773-5700
Facsimile:  +1-415-773-5759
jcoopersmith@orrick.com


Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN, MELINDA HAAG, AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI**<br><br>Judge:   Honorable Edward J. Davila |

Having considered the Motion to Withdraw Walter F. Brown, Melinda Haag, and Randall S. Luskey as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter, the motion is hereby GRANTED.

IT IS SO ORDERED.

DATED" _____

_____
Honorable Edward J. Davila
United States District Court Judge

1

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW WALTER F. BROWN MELINDA HAAG AND RANDALL S. LUSKEY AS COUNSEL FOR RAMESH "SUNNY" BALWANI, CASE NO. 18-CR-00258-EJD