1

2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
5  jcoopersmith@orrick.com

6

7  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,          Case No. 18-CR-00258-EJD

14                 Plaintiff,          [PROPOSED] ORDER GRANTING
                                       MOTION TO WITHDRAW WALTER F.
15          v.                         BROWN, MELINDA HAAG, AND
                                       RANDALL S. LUSKEY AS COUNSEL
16  ELIZABETH HOLMES and RAMESH        FOR RAMESH "SUNNY" BALWANI
    "SUNNY" BALWANI,
17
                   Defendants.         Judge:   Honorable Edward J. Davila
18

19

20

21

22

23

24

25

26

27

28

1      Having considered the Motion to Withdraw Walter F. Brown, Melinda Haag, and

2  Randall S. Luskey as counsel of record for Defendant Ramesh "Sunny" Balwani in this matter,

3  the motion is hereby GRANTED.

4      IT IS SO ORDERED.

5

6  DATED"  ___2/2/2021___                    _____

7                                           Honorable Edward J. Davila
                                            United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW WALTER F. BROWN MELINDA HAAG
AND RANDALL S. LUSKEY AS COUNSEL FOR
RAMESH "SUNNY" BALWANI,
CASE NO. 18-CR-00258-EJD