Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                     Plaintiff(s),  )  Case No: 18-CR-258-EJD
v.  )
ELIZABETH HOLMES and RAMESH  )  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
"SUNNY" BALWANI,  )  (CIVIL LOCAL RULE 11-3)
                                     Defendant(s).  )

I, GUY SINGER, an active member in good standing of the bar of NEW YORK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: RAMESH "SUNNY" BALWANI in the above-entitled action. My local co-counsel in this case is STEPHEN A. CAZARES, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 West 52nd Street<br>New York, NY 10019-6119 | 777 Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 506-5000 | (213) 612-2472 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gsinger@orrick.com | scazares@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 828089.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/26/21

                                                          GUY SINGER
                                                          APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of GUY SINGER is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/2/2021

                                          UNITED STATES DISTRICT/XXXXXXXXX JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                     *October 2012*