Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 18-CR-258-EJD |
| Plaintiff(s), | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | (CIVIL LOCAL RULE 11-3) |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendant(s). | |

I, AMY WALSH, an active member in good standing of the bar of NEW YORK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: RAMESH "SUNNY" BALWANI in the above-entitled action. My local co-counsel in this case is STEPHEN A. CAZARES, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 51 West 52nd Street<br>New York, NY  10019-6119 | 777 Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 506-3609 | (213) 612-2472 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| awalsh@orrick.com | scazares@orrick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2424752.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/26/21

AMY WALSH
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of AMY WALSH is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/2/2021

UNITED STATES DISTRICT/XXXXXXXXX JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*