| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
|   | 50 California Street, Suite 1500 |
| 2 | San Francisco, CA 94111 |
|   | Telephone: (415) 662-2260 │Facsimile: (415) 662-2263 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
|   | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | AMY MASON SAHARIA (Admitted Pro Hac Vice) |
|   | KATHERINE TREFZ (CA State Bar No. 262770) |
| 6 | WILLIAMS & CONNOLLY LLP |
|   | 725 Twelfth Street, NW |
| 7 | Washington, DC 20005 |
|   | Telephone: (202) 434-5000 │Facsimile: (202) 434-5029 |
| 8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com |
| 9 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
|   | ) |   |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
|   | ) |   |
| v. | ) |   |
|   | ) | Hon. Edward J. Davila |
| ELIZABETH HOLMES and | ) |   |
| RAMESH "SUNNY" BALWANI, | ) |   |
|   | ) |   |
| Defendants. | ) |   |
|   | ) |   |

## **STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, under the Court's current scheduling order the reply briefs in support of the parties' motions *in limine* are due on February 15, 2021;

WHEREAS, the government has produced to Ms. Holmes additional discovery relating to issues addressed in the Government's Opposition to Ms. Holmes' Motion to Exclude Evidence of

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1

1 Anecdotal Test Results, Dkt. 682;

2 WHEREAS defense counsel requires additional time to review this discovery in advance of
3 preparing and filing its reply brief regarding this motion;

4 WHEREAS, the current February 15, 2021 deadline for the reply briefs in support of the
5 motions *in limine* falls on a federal holiday recognizing President Washington's Birthday;

6 WHEREAS, the parties have met and conferred and agree on, and respectfully request that
7 the Court order, the following briefing schedule: The parties' reply briefs in support of their motions *in*
8 *limine* are due February 16, 2021, 5 p.m. PST; with the exception of Ms. Holmes' Reply in Support of
9 Motion to Exclude Evidence of Anecdotal Test Results, which shall be due one week later, on February
10 23, 2021, 5 p.m. PST.

11 THEREFORE, the parties stipulate and agree that the Court should enter the order below.

12 IT IS SO STIPULATED.

13 DATED: February 9, 2021                           Respectfully Submitted,

15                                                  /s/ Lance Wade
                                                    LANCE WADE
16                                                  Attorney for Elizabeth Holmes

17 DATED: February 9, 2021

19                                                  STEPHANIE M. HINDS
                                                    Attorney for the United States,
                                                    Acting Under Authority Conferred
20                                                  By 28 U.S.C. § 515

21                                                  /s/ Robert Leach
22                                                  ROBERT S. LEACH
                                                    JEFF SCHENK
23                                                  JOHN C. BOSTIC
                                                    VANESSA BAEHR-JONES
24                                                  Assistant United States Attorneys

25
                            **[PROPOSED] ORDER**
26
   For the reasons set forth above, and good cause shown, IT IS ORDERED that Ms. Holmes'
27
Reply in support of her Motion to Exclude Evidence of Anecdotal Test Results, Dkt. 563, shall be due
28

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1  February 23, 2021, 5 p.m. PST.  All other reply briefs in support of the parties' motions *in limine* shall
2  be due February 16, 2021, 5 p.m. PST.
3        IT IS SO ORDERED.

5  DATED: _____         _____
6                                                                    Hon. Edward J. Davila
                                                                  United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

3