JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

## STIPULATION

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, under the Court's current scheduling order the reply briefs in support of the parties' motions *in limine* are due on February 15, 2021;

WHEREAS, the government has produced to Ms. Holmes additional discovery relating to issues addressed in the Government's Opposition to Ms. Holmes' Motion to Exclude Evidence of

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1

1 | Anecdotal Test Results, Dkt. 682;

2 |     WHEREAS defense counsel requires additional time to review this discovery in advance of
3 | preparing and filing its reply brief regarding this motion;

4 |     WHEREAS, the current February 15, 2021 deadline for the reply briefs in support of the
5 | motions *in limine* falls on a federal holiday recognizing President Washington's Birthday;

6 |     WHEREAS, the parties have met and conferred and agree on, and respectfully request that
7 | the Court order, the following briefing schedule: The parties' reply briefs in support of their motions *in*
8 | *limine* are due February 16, 2021, 5 p.m. PST; with the exception of Ms. Holmes' Reply in Support of
9 | Motion to Exclude Evidence of Anecdotal Test Results, which shall be due one week later, on February
10 | 23, 2021, 5 p.m. PST.

11 |     THEREFORE, the parties stipulate and agree that the Court should enter the order below.

12 |     IT IS SO STIPULATED.

13 | DATED: February 9, 2021      Respectfully Submitted,

15 |     /s/ Lance Wade
16 |     LANCE WADE
    Attorney for Elizabeth Holmes

17 | DATED: February 9, 2021

19 |     STEPHANIE M. HINDS
    Attorney for the United States,
    Acting Under Authority Conferred
20 |     By 28 U.S.C. § 515

21 |     /s/ Robert Leach
22 |     ROBERT S. LEACH
    JEFF SCHENK
23 |     JOHN C. BOSTIC
    VANESSA BAEHR-JONES
24 |     Assistant United States Attorneys

## [~~PROPOSED~~] ORDER

    For the reasons set forth above, and good cause shown, IT IS ORDERED that Ms. Holmes' Reply in support of her Motion to Exclude Evidence of Anecdotal Test Results, Dkt. 563, shall be due

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1 February 23, 2021, 5 p.m. PST.  All other reply briefs in support of the parties' motions *in limine* shall
2 be due February 16, 2021, 5 p.m. PST.
3      IT IS SO ORDERED.

5 DATED: __2/10/2021_____

                                        Hon. Edward J. Davila
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

3