JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' REPLIES IN SUPPORT OF MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY**<br><br>Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1.  I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Replies in Support of Motions *in Limine* and *Daubert* Motion To Exclude Expert Testimony. Attached to this declaration are exhibits cited in Ms. Holmes' Replies in Support of Motions *in Limine* and *Daubert* Motions To

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' REPLIES IN SUPPORT OF
MOTIONS *IN LIMINE* AND *DAUBERT* MOTIONS TO EXCLUDE EXPERT TESTIMONY
CR-18-00258 EJD                       1

Exclude Expert Testimony filed today, February 16, 2021, in the above-captioned matter. I attest to the following facts upon which the replies rely.

2. In support of her Motions *in Limine* and *Daubert* Motions to Exclude Expert Testimony, Ms. Holmes filed 64 exhibits. *See* Saharia Decl., Dkt. 579; *see also* Dkt. 580-583; Ms. Holmes' Administrative Mot. for Leave to File Documents Under Seal.

3. Ms. Holmes' Replies are supported by an additional 11 exhibits attached to this Declaration. The contents of each exhibit are as follows:

    a. Exhibit 75 is a true and correct copy of an April 17 and April 18, 2014 email exchange between Ms. Holmes and Adam Rosendorff, Bates-stamped THPFM0001197912, partially redacted to conceal confidential personal information.

    b. Exhibit 76 is a true and correct copy of January 5, 2021 and January 8, 2021 emails between George Scavdis and Audra Zachman, partially redacted to conceal confidential personal information.

    c. Exhibit 77 is a true and correct copy of a December 3, 2013 document entitled "CLIA Laboratory Audit" "Meeting Minutes," Bates-stamped THER-AZ-03672565 to THER-AZ-03672567.

    d. Exhibit 78 is a true and correct copy of a November 19, 2013 email from Brad Arington to Sally Hojvat and John Hobson with Ms. Holmes in copy. There is a document attached, entitled "DRAFT MEMO." The email and attachment are Bates-stamped THER-0345660 to THER-0345677, partially redacted to conceal confidential personal information.

    e. Exhibit 79 is a true and correct copy of a Centers for Medicare & Medicaid Studies, Clinical Laboratory Improvement Amendments Certificate of Compliance, issued to Theranos, Inc. and with an "Effective Date" of January 9, 2014.

    f. Exhibit 80 is a true and correct copy of a *curriculum vitae* of Lynette S.W. Sawyer, D. P.H., Bates-stamped US-REPORTS-0017543 to US-REPORTS-0017548, partially redacted to conceal confidential personal information.

    g. Exhibit 81 is a true and correct copy of Theranos laboratory documents, Bates-

stamped SAWYER-000102 to SAWYER-000441.

       h.    Exhibit 82 is a true and correct copy of a Department of Health & Human Services inspection request for Theranos, Inc., Bates-stamped FDA-0001648 to FDA-0001658, partially redacted to conceal confidential personal information.

       i.    Exhibit 83 is a spreadsheet page purporting to describe SMS text messages between Ms. Holmes and Ramesh "Sunny" Balwani, Bates-stamped THER-2566752.

       j.    Exhibit 84 is a set of excerpts from the February 26, 2019 deposition of Adam Rosendorff in *In re: Arizona Theranos, Inc., Litigation*, No. 2:16-cv-2138 (D. Ariz.).

       k.    Exhibit 85 is a November 12, 2014 email from Ms. Holmes to Sally Hojvat, with Brad Arington in copy, and an attachment entitled Theranos 510(k) Premarket Notification for Theranos™ Herpes Simplex Virus-1 IgG Assay, Bates-stamped THER-2550335 to THER-2550452, partially redacted to conceal confidential personal information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of February, 2021 in Chevy Chase, MD.

AMY MASON SAHARIA
Attorney for Elizabeth Holmes