# EXHIBIT 75

**To:**
**From:** Adam Rosendorff
**Sent:** Fri 4/18/2014 5:48:50 PM
**Importance:** Normal
**Subject:** FW: Potassium
**Received:** Fri 4/18/2014 5:48:51 PM

---

**From:** Adam Rosendorff
**Sent:** Friday, April 18, 2014 10:39 AM
**To:** Elizabeth Holmes
**Subject:** Potassium

Elizabeth

I wanted to add further background on the potassium issue. Last night the concensus seemed to be that my estimate of 20% potassiums being >5.2 mM was incorrect, and I felt embarrassed quoting incorrect numbers.

Based on data that Max has collected from WAG 1/19/2014 to 4/15/2014, I have looked at the Potassium data. We changed the ISE diutions from roughly 1:6 to 1:3 starting 3/25.

Prior to 3/25 we measured 157 potassiums, of which 21 were out of range high, giving a 13.4% abnormal rate (expected rate, 2.5%).

After 3/32 we measured 102 potassiums, of which 24 were out of range high, giving a 23.5% abnormal rate (expected rate, 2.5%).

The total rate of abnormally high potassiums is 17.37%.

Best,
Adam

**From:** Elizabeth Holmes
**Sent:** Thursday, April 17, 2014 8:28 PM
**To:** Adam Rosendorff
**Subject:** RE:

Yes – go ahead and call in – we're on the line with Daniel

**From:** Adam Rosendorff
**Sent:** Thursday, April 17, 2014 8:27 PM
**To:** Elizabeth Holmes
**Subject:** RE:

Hi

I'm on my way home. Touch base tomorrow morning? Or I can call?

Adam

Sent from my Windows Phone

---

**From:** Elizabeth Holmes
**Sent:** 4/17/2014 8:23 PM
**To:** Adam Rosendorff
**Subject:**

Jump in if you're onsite -

===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

Confidential                                                                                           THPFM0001197912