# EXHIBIT 76

**To:** Audra Zachman
**From:** Scavdis, George
**Sent:** Fri 1/8/2021 8:48:54 PM (UTC)
**Subject:** RE: Theranos

Dr. Zachman:

Thank you for taking the time to review your records. We greatly appreciate it.

George Scavdis

---

**From:** Audra Zachman <​>
**Sent:** Friday, January 08, 2021 3:46 PM
**To:** Scavdis, George <​>
**Subject:** Re: Theranos

After a thorough review it has been determined that there were not any quant results that, if in question, made any clinical difference.
The case with B.G. and her interaction with me is the only circumstance that had quant values that were overtly abnormal and made a difference to her care.
Sorry I do not have more to report.
Az

> On Jan 5, 2021, at 4:17 PM, Scavdis, George <​> wrote:
>
> Thank you Dr. Zachman. We really appreciate the time you are putting in.

**From:** Audra Zachman <​>
**Date:** January 5, 2021 at 5:29:44 PM EST
**To:** Scavdis, George <​>
**Subject:** Re: Theranos

I have reviewed all the charts and did not come up with much that seemed out of place. I will run a couple by Dr. Linnerson tomorrow to be sure he agrees.
Az

> On Jan 4, 2021, at 10:35 AM, Scavdis, George <​> wrote:
>