# EXHIBIT 79

CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS
CERTIFICATE OF COMPLIANCE

**LABORATORY NAME AND ADDRESS**

THERANOS INC
1601 S CALIFORNIA AVE
PALO ALTO, CA 94304-1111

**LABORATORY DIRECTOR**

ADAM ROSENDORFF MD DIRECT

**CLIA ID NUMBER**

05D2025714

**EFFECTIVE DATE**

01/09/2014

**EXPIRATION DATE**

01/08/2016

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved locations) may accept human specimens for the purposes of performing laboratory examinations or procedures.
This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

Judith A. Yost, Director
Division of Laboratory Services
Survey and Certification Group
Center for Clinical Standards and Quality

CMS
CENTERS FOR MEDICARE & MEDICAID SERVICES

365   Certs2_040114

If you currently hold a Certificate of Compliance or Certificate of Accreditation, below is a list of the laboratory specialties/subspecialties you are certified to perform and their effective date:

| LAB CERTIFICATION (CODE) | EFFECTIVE DATE |
|---|---|
| BACTERIOLOGY (110) | 12/03/2013 |
| SYPHILIS SEROLOGY (210) | 05/15/2012 |
| GENERAL IMMUNOLOGY (220) | 01/09/2012 |
| ROUTINE CHEMISTRY (310) | 01/09/2012 |
| URINALYSIS (320) | 01/09/2012 |
| ENDOCRINOLOGY (330) | 01/09/2012 |
| TOXICOLOGY (340) | 12/03/2013 |
| HEMATOLOGY (400) | 01/09/2012 |

FOR MORE INFORMATION ABOUT CLIA, VISIT OUR WEBSITE AT WWW.CMS.GOV/CLIA
OR CONTACT YOUR LOCAL STATE AGENCY. PLEASE SEE THE REVERSE FOR
YOUR STATE AGENCY'S ADDRESS AND PHONE NUMBER.
PLEASE CONTACT YOUR STATE AGENCY FOR ANY CHANGES TO YOUR CURRENT CERTIFICATE.