# EXHIBIT 80

# LYNETTE S.W. SAWYER, D. P.H.



## EDUCATION:

| Institution | Degree | Field |
|---|---|---|
| University of California, Berkeley | Doctor of Public Health | Public Health |
| University of California, Berkeley | Master of Public Health | Public Health |
| San Diego County Department of Public Health, San Diego, CA | Public Health Microbiologist Training | Public Health Microbiology |
| Mercy Hospital and Medical Center, San Diego, CA | Medical Technologist Training | Clinical Lab. Science |
| San Diego State University | B.S. | Microbiology |

## CERTIFICATES AND LICENSES:

Bioanalyst (State of California)  #DRG00000666
Registered Microbiologist (American Society for Microbiology)  #1371574
Medical Technologist (ASCP)  #MT-124282
Public Health Microbiologist (State of California)  #1472

## PROFESSIONAL EXPERIENCE:

2019-Present   **Laboratory Director,** Enable Biosciences Clinical Laboratory, South San Francisco, CA

CLIA and CA director for clinical laboratory function of a small biotech company. Provide advice and assistance in setting up and implementing clinical laboratory function, including regulatory requirements and documentation. Review and approve all documentation pertaining to the function of the clinical laboratory. Once lab is operational will meet regularly and ad hoc with company and laboratory senior staff to review and discuss routinely measured quality metrics and trouble shoot issues.

2017-Present   **Laboratory Director,** Toray Molecular Oncology Laboratory, Brisbane, CA

CLIA and CA director for clinical laboratory function of a biotech company. Provide advice and assistance in setting up and implementing clinical laboratory function, including regulatory requirements and documentation. Review and approve all documentation pertaining to the function of the clinical laboratory. Meet regularly with senior staff from the laboratory to review and discuss routinely measured quality metrics and trouble shoot issues.

2017-2018   **Laboratory Director,** Translational Bioscience Clinical Laboratory, Sunnyvale, CA

CLIA and CA director for clinical laboratory function of a small biotech company. Provide advice and assistance in setting up and implementing clinical laboratory function,

|  |  |
|---|---|
|  | including regulatory requirements and documentation. Review and approve all documentation pertaining to the function of the clinical laboratory.  Meet regularly and ad hoc with senior staff from the laboratory to review and discuss routinely measured quality metrics and trouble shoot issues. |
| 2015-2019 | **Laboratory Director,** CardioDx Clinical Laboratory, Redwood City, CA |
|  | CLIA and CA director for clinical laboratory function of a biotech company. Review and approve all documentation pertaining to the function of the clinical laboratory.  Meet regularly with senior staff from the laboratory and associated functions to review and discuss routinely measured quality metrics and trouble shoot issues. Maintain ongoing relationship with senior laboratory and quality staff. |
| 2016 | **Consultant**, Cerus Corporation, Concord, CA |
|  | Authored expert assessment and reports to be supplied to European regulatory agencies in support of a submission for a combination drug/device product approval. |
| 2014-2016 | **Laboratory Director**, Vibrant America and Vibrant Genomics Clinical Laboratory, San Bruno, CA |
|  | CLIA and CA director for a small biotech company dedicated to applying novel and cutting edge multiplexing technologies to clinical diagnostics.  Contributed to, reviewed and approved Quality System documents, operating SOPs and regulatory documentation. Maintain communication with senior laboratory staff to provide input, direction and problem solving on an ongoing basis. |
| 2000-2015 | **Senior Director**, Development and Laboratory Operations, Cerus Corp., Concord, CA |
|  | Direct several Product Development functions including Microbiology, Hematology, BioAnalytical Chemistry and Laboratory Operations.  Prepare and provide input into documents for regulatory submissions of a drug/device combination product, including to TUV for CE Mark, SwissMedic, ANSM (France), PEI (Germany) and FDA.  Design, author and/or evaluate validation protocols and GLP study protocols in multiple disciplines.  Approve operational SOPs in multiple disciplines. Generate and/or provide critical review of reports intended for regulatory submission, abstracts for submission to professional conferences and manuscripts for publication. |
| 2007-2009 | **Laboratory Director**; Tethys Biosciences, Emeryville, CA |
|  | CLIA director for the laboratory of a small biotech start-up company.  Provided input into validation protocols and SOP documentation.  Maintained ongoing relationship with senior laboratory staff to stay current with needs and provide problem solving input. |
| 1997-2000 | **Laboratory Director**, Bayer Reference Testing Laboratory, Bayer Diagnostics, Emeryville, CA |
|  | CLIA and CA director and laboratory manager for a specialty clinical laboratory performing various types of nucleic acid testing, as well as RIBA assays, in support of biotech products. |
| 1996-1997 | **Postdoctoral Project**; Genentech, Inc., South San Francisco, CA |
|  | Included sequencing of HIV genome from isolates cultured under varying conditions to evaluate the impact of cell type and culture conditions on virus characteristics. |
| 1987-1997 | **Public Health Microbiologist** (Virology); Viral and Rickettsial Disease Laboratory, California Department of Health Services, Berkeley, CA |

US-REPORTS-0017544

|  |  |
|---|---|
|  | Research position focused on support of HIV vaccine and drug development. |
| 1988-1993 | **Laboratory Director**; UniLab, San Jose, CA |
|  | CLIA and CA director for several small clinical laboratories performing basic laboratory testing, primarily for physician's offices. |
| 1985-1986 | **Chief Technologist**; Laboratory Services, Inc. (subsequently UniLab), San Jose, CA |
|  | Chief Technologist of full service clinical reference laboratory supporting a network of small clinical laboratories throughout central California. |
| 1983-1985 | **Diagnostic Virologist**/Medical Technologist; Laboratory Services, Inc. (subsequently UniLab), San Jose, CA |
|  | Implemented diagnostic virology services at a large clinical reference laboratory. Also provided support to general microbiology and hematology departments. |
| 1980-1983 | **Public Health Microbiologist**; San Diego County Department of Public Health, San Diego, CA |
|  | Rotated through all departments including virology, mycology, parasitology, food microbiology and bacteriology. |
| 1978-1979 | **Medical Technologist**; Mercy Hospital and Medical Center, San Diego, CA |
|  | Duties focused on hematology and clinical chemistry. |

**TEACHING Experience:**

| | |
|---|---|
| 1992-2002 | Medical Virology course (X142); University of California, Berkeley Extension |
| 1984-1997 | Annual lecture on virology to San Jose State University Medical Technologist (Clinical Laboratory Scientist) trainees |
| Spring 1995 | Co-instructor; Medical Virology (10 lecture series); Chiron Corporation, Emeryville, CA |
| 1986-1991 | Organizer and lecturer; annual, three-day Virology Seminar; Northern California Association of Medical Technology Educators |
| 1987-1994 | Director and Instructor; Chatterton and Walker School of Phlebotomy, San Jose, CA |
| 1985-1987 | Instructor; Continuing Education Courses (approximately one day each) given throughout Northern California for physicians, RNs, LVNs, hospital administrators and nursing assistants; topics included HIV, hepatitis, sexually transmitted diseases (viral and bacterial), other viral diseases, and safety |

**PUBLICATIONS:**

Tsetsarkin KA, Sampson-Johannes A, **Sawyer L**, Kinsey J, Higgs S, Vanlandingham DL. Photochemical inactivation of chikungunya virus in human apheresis platelet components by amotosalen and UVA light. 2013. Am. J. Trop. Med. Hyg. 88(6):1163-69

NA Mufti, AC Erickson, AK North, D Hanson, **L. Sawyer**, LM Corash and L Lin. Treatment of Whole Blood (WB) and Red Blood Cells (RBC) with S-303 inactivates pathogens and retains in vitro quality of stored RBC. 2010. Biologicals 38(1):14-19.

Grellier P, Benach J, Labaied M, Charneau S, Gil H, Monsalve G, Alfonso R, **Sawyer L**, Lin L, Steiert M and Dupuis K. Photochemical inactivation with amotosalen and long-wavelength ultraviolet light of *Plasmodium* and *Babesia* in platelet and plasma components. Transfusion. 2008 Aug; 48 (8):1676-84

**Sawyer L**, Hanson D, Castro G, Luckett W, Dubensky TW and Stassinopoulos A.  Inactivation of Parvovirus B19 in Human Platelet Concentrates by Treatment with Amotosalen and Ultraviolet A illumination.  Transfusion.  2007 June; 47(6):1062-70

Singh Y, **Sawyer LS**, Pinkoski LS, Dupuis KW, Hsu JC, Lin L, Corash L.  Photochemical treatment of plasma with amotosalen and long-wave length inactivates pathogens while retaining coagulation function.  Transfusion.  2006 Jul; 46 (7):1168-77

Gleaves, C.A. Welle, J., Campbell, M., Elbeik, T., Ng, V., Taylor, P.E., Kuramoto, K., Aceituno, S., Lewalski, E., Joppa, B., **Sawyer, L.**, Schaper, C., McNarin, D., and Quinn, T. Multicenter evaluation of the Bayer VERSANT HIV-1 RNA 3.0 assay:  analytical and clinical performance.  J Clin Virology. 2002 Aug 25(2):205-16

Binley, J.M., Clas, B., Gettie A., Vesanen, M., Montefiori, D.C., **Sawyer, L.**, Booth, J., Lewis, M., Marx, P.A., Bonhoeffer, S., and Moore, J.P.  Passive infusion of immune serum into simian immunodeficiency virus-infected rhesus macaques undergoing a rapid disease course has minimal effect on plasma viremia.  Virology. 2000 Apr 25;270(1):237-49

Wang, C.Y., **Sawyer, L.S.**, Murthy, K.K., Fang, X., Walfield, A.M., Ye, J., Wang, J.J., Chen, P.D., Li, M.L., Salas, M.T., Shen, M., Gauduin, M.C., Boyle, R.W., Koup, R.A., Montefiori, D.C., Mascola, J.R., Koff, and W.C., Hanson, C.V.  Postexposure immunoprophylaxis of primary isolates by an antibody to HIV receptor complex.  Proc Natl Acad Sci U.S.A.  1999 Aug 31;96(18):10367-72

Lee, T.H., Stromberg, R.R, Heitman, J.W., **Sawyer, L.**, Hanson, C.V., and Busch, M.P.  Distribution of HIV type 1 (HIV-1) in blood components: detection and significance of high levels of HIV-1 associated with platelets.  Transfusion. 1998 Jun;38(6):580-8

Ditzel, H.J., Binley, J.M., Moore, J.P., Sodroski, J., Sullivan, N., **Sawyer, L.S.W.**, Hendry, R.M., Yang, W-P., Barbas III, C.F., and Burton, D.R.  Neutralizing recombinant antibodies to a conformational V2- and CD4-binding site-sensitive epitope of HIV-1 gp120 isolated by using and epitope masking procedure.  1995. J. Immunology 154:893-906

**Sawyer, L.**, Wrin, T., Crawford-Mikza, L., Potts, B., Wu, T., Weber, P., Alfonso, R. and Hanson, C.V. Neutralization sensitivity of HIV-1 is determined in part by the cell in which the virus is propagated.  1994.  J. Virology 68(3):1342-1349

Barbas III, C.F., Hu, D., Dunlop, N., **Sawyer, L.**, Cababa, D., Hendry, R.M., Nara, P.L. and Burton, D.R.  In vitro evolution of a neutralization human antibody to human immunodeficiency virus type 1 to enhance affinity and broaden strain cross reactivity.  1994.  P.N.A.S.,  USA 91:3809-3813

Wrin, T., Crawford, L., **Sawyer, L.**, Weber, P., Sheppard, H.W. and Hanson, C.V.  Neutralizing antibody responses to autologous and heterologous isolates of human immunodeficiency virus. 1994. J.A.I.D.S. 7:211-219

Stromberg, R.R., Kuypers, F.A., **Sawyer, L.**, Friedman, L.I., Cole, M., Tran, K. and Hanson, C.V. Loss of red blood cell viability associated with limited thermal inactivation of extracellular HIV-1. 1994. Vox Sanginis 67:260-266

Burton, D.R., Pyati, J., Koduri, R., Sharp, S.J., Thornton, G.B., Parren, P.W.H.I., **Sawyer, L.S.W.**, Hendry, R.M., Dunlop, N., Nara, P.L., Lamacchia, M., Garratty, E. Stiehm, E.R., Bryson, Y.J., Cao, Y., Moore, J.P., Ho, D. and Barbas III, C.F. Efficient neutralization of primary isolates of HIV-1 by a recombinant human monoclonal antibody. 1994. Science 266:1024-1027

US-REPORTS-0017547

```
Document properties
----------------------------------------------------------------------

Title:   LYNETTE S
Author:  Lynette Sawyer
Company: Cerus Corporation
Attached Template:  Normal.dotm
Page count:  2
Paragraph count:  84
Line count:  191
Word count:  1578
Character count (spaces excluded):  10033
Character count (spaces included):  11589
```

US-REPORTS-0017548