# EXHIBIT 81

| theranos | Standard Operating Procedure | Document Number: CL SOP-~~16104~~ 17008 Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 3/18/15 |
| Roche LightCycler® Simplified Protocol | | |

# Theranos, Inc.

Author(s):

| Signature: [signature] | Date: 3/18/15 |
|---|---|
| Name: Brooke Bivens | Title: CLA |

Reviewer(s):

| Signature: [signature] | Date: 3/19/15 |
|---|---|
| Name: Lina Castro | Title: CLS |

| Signature: [signature] | Date: 3/19/15 |
|---|---|
| Name: Godfred Masinde, PhD | Title: Technical Supervisor |

Approver(s):

| Signature: DocuSigned by: Lynette Sawyer 566A6114FEBD481... | Date: 3/30/2015 |
|---|---|
| Name: Lynette Sawyer | Title: Laboratory Director |

The Laboratory Director or designee will review this procedure at least annually including revisions.

| Reviewed By: | Date: | Comments: |
|---|---|---|
| | | |
| | | |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos internal only

DocuSign Envelope ID: 9C1537E5-89E2-4FF1-B6E0-6739E259C7D9 Case 5:18-cr-00258-EJD Document 723 Filed 02/16/21 Page 3 of 18

|  | Standard Operating Procedure | Document Number: CL SOP-~~16104~~ 17008 Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 3/18/15 |
| Roche LightCycler® Simplified Protocol | | |

## Contents

1. Principle ........ 3
2. Scope ........ 3
3. Definitions and Abbreviations ........ 3
4. Responsibilities ........ 4
5. Materials and Reagents ........ 4
6. Procedure ........ 4
7. Quality Control ........ 9
8. Limitations ........ 9
9. Safety ........ 10
10. Records ........ 10
11. Competency ........ 10
12. Proficiency Testing ........ 10
13. References ........ 10
14. Revision History ........ 11

**REVISION HISTORY** ........ 11
**Revision Level** ........ 11
**Effective Date** ........ 11
**Initiator** ........ 11
**DCO Number** ........ 11
A ........ 11
B Bivens ........ 11
**Section Number** ........ 11

Theranos Internal Only

| Theranos Confidential | Page 2 of 11 |
|---|---|

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

SAWYER-000103

**Description and Justification of Changes** ........ 11

All ........ 11

Initial Release ........ 11

## 1. Principle

The Polymerase Chain Reaction (PCR) technique invented in 1985 by Kary B. Mullis, allowed scientists to make millions of copies of a scarce sample of DNA. The technique has revolutionized many aspects of current research, including the diagnosis of genetic defects and the detection of the AIDS virus in human cells. The technique is also used by criminologists to link specific persons to samples of blood or hair via DNA comparison. PCR also affected evolutionary studies because large quantities of DNA can be manufactured from fossils containing but trace amounts.

The LightCycler® 480 Instrument is intended for performing rapid, accurate polymerase chain reaction (PCR) in combination with real-time, online detection enabling Absolute or Relative Quantification of a target nucleic acid, as well as post-PCR analysis of the amplified nucleic acid by Melting Curve analysis.

The LightCycler® 480 Instrument is intended for general laboratory use and must be used exclusively by laboratory professionals trained in laboratory techniques and having studied the instructions for use of this instrument.

This SOP will give a basic overview of how the Theranos CLIA Molecular Diagnostic department should use the instrument. Further details should be found the official Roche user manual.

## 2. Scope

This SOP applies to all personnel performing real time PCR in the Theranos CLIA lab.

## 3. Definitions and Abbreviations

**PCR or Polymerase chain reaction** is a laboratory technique used to make multiple copies of a segment of DNA. **PCR** is very precise and can be used to amplify, or copy, a specific DNA target from a mixture of DNA molecules.

**qPCR** is the technique that makes the positive values of PCR quantitative by assigning it a value based on copy number present in the sample.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos Internal Only

## 4. Responsibilities

4.1 It is the responsibility of the Laboratory Director or designee thereof (i.e. technical or general supervisor) to ensure testing personnel are adequately trained in these methods.

4.2 It is the responsibility of designated testing personnel to maintain competency, supplies, and prompt specimen processing.

4.3 It is the responsibility of the CLS and designated testing personnel to use universal precautions when working with cultures.

## 5. Materials and Reagents

5.1 LightCycler® 480 plates and seals

5.2 Mastermix and samples of interest

5.3 Roche LightCycler®

## 6. Procedure

1) Prepare your plate using master mix and sample according to your protocol, taking care to avoid contamination. Seal the plate tightly using a clear adhesive cover from Roche. Note: you should only use the seals provided by Roche because they have been validated for proper optical readings.

2) After sealing the plate, spin it down to pop any bubbles that may have formed.

3) Carefully take the sealed plate to the room with the LightCycler®. Turn on the machine by switching the button found on the back right of the instrument.

4) Log in to windows and open the LightCycler® 480 program. Log in using:

**User name: admin** **password: Roche480**

5) Allow the machine to warm up. Pay attention to the lights on the front of the machine: they should both be solid green or one green and one orange when the instrument it ready to use.

Theranos internal only

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| theranos | Standard Operating Procedure | Document Number: CL SOP-~~16104~~ 17008 Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 3/18/15 |
| Roche LightCycler® Simplified Protocol | | |

| Color of Left LED | Color of Right LED | Indication |
|---|---|---|
| Orange (flashing) | Orange (flashing) | Instrument is initializing. |
| Green | Orange | Instrument is turned on. Instrument status is ready. No plate loaded. |
| Green | Orange (flashing) | Plate is loading. |
| Green | Green | Instrument is turned on. Instrument status is ready. Plate is loaded. |
| Green (flashing) | Green (flashing) | Instrument is running. |

6) When the machine is ready, open the plate tray by pressing the square grey button located on the front of the machine. Load the plate so that the A1 position is in the back left corner of the tray. Close the tray by again pressing the square grey button.

7) In the LC480 program, click 'New Experiment From Template' button, highlight the appropriate protocol and then choose it by clicking the check mark button.

**Note: To create a new LC480 cycling protocol please do the following:**

1) After loading the plate, click 'New Experiment' from the Overview menu.
2) In the *Programs* and *Temperature Targets* section, click to add as many additional programs or temperature targets as needed for the protocol (the first program is always provided by default). For each program row, specify the *Program Name*, *Cycles*, *Analysis Mode*, etc).

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

theranos internal only



a. Generally speaking, we have 3 programs: denature, amplification, and cooling.
b. The denature step usually has one temperature for one cycle for around 10m.
c. The amplification step has two or more temperatures that cycles 45 times with a single acquisition at around 55C.
d. The cooling step has just one cycle at 37C for 10s to bring the block temperature down.

8) Name your plate according to the lab's naming convention. Make sure it includes the date and assay type at a minimum. Click the check mark to begin the protocol. Front lights should flash green when running.

9) When the run is complete, the front lights should be solid green.

10) Once the run is complete, it is safe to re-open the plate tray to remove the plate. Seal plate in a zip lock bag and throw it in the biohazardous waste to reduce the chance of amplicon contamination throughout the lab.

11) To choose a subset:

1. Click the blue 'subset editor' box on the left hand column of the LC480 program.

2. Click the blue '+' button near the bottom left. Highlight the cells you would like to analyze. You can use the ctrl button to select wells that are not adjacent to one another. When all desired cells are chosen, click the blue 'apply' button near the bottom right.

12) To name samples:

1. Click the blue 'sample editor' box on the left hand column of the LC480 program.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos Internal Only

DocuSign Envelope ID: 9C1537E5-89E2-4FF1-B6F0-67392259C7D9 Case 5:18-cr-00258-EJD Document 723 Filed 02/16/21 Page 8 of 18

theranos
Standard Operating Procedure
Document Number: CL SOP-16104 Revision: A
17008
CLIA Laboratory
Effective Date: 3/18/15
Roche LightCycler® Simplified Protocol

2. If you previously made a subset, you can isolate these boxes by selecting 'new subset' in the drop down box near the word 'Subset.'

Step 2: Select Samples
Subset:
New
All Samples
New Subset
New Subset
Sample Name

3. Highlight the cell(s) you wish to name, then click the pre-named 'Sample1, Sample 2, etc.' and type to change the name. Note: if you highlight multiple boxes, you can change the name to the same thing all at once.

| Pos | Color | Repl Of | Sample Name |
|---|---|---|---|
| A10 | | | Sample 10 |

12) To analyze the run:

1) Click the square blue button named 'analysis' on the left hand column of the LC480 program.

2) Highlight 'Abs Quant/Fit Points' then choose 'New Subset' from the drop down box that appears. Hit the check mark to open the run.

Theranos Confidential | Page 7 of 11

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos Internal Only

SAWYER-000108

| theranos | Standard Operating Procedure | Document Number: CL SOP-~~16104~~ 17006 Revision: A |
|---|---|---|
| | CLIA Laboratory | Effective Date: 3/18/15 |
| | Roche LightCycler® Simplified Protocol | |

3) Click the blue 'Calculate' box and examine each well by selecting them. Note: You can adjust the noise band if needed by going in to the 'noise band' tab and moving the red line to where needed.

13) To import the data set for email:

1) Click the blue 'export' button located on the right-hand tool bar.

2) Save the data in the proper folder. This can now be attached and sent via email in .ixo format.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos Internal Only

## 7. Quality Control and Maintenance

1) The master mix you use should have positive and negative controls built in to it so that you can tell if the run was successful and/or contaminated.

2) The area around the LightCycler® 480 Instrument should be checked regularly, to ensure that the air flow is unrestricted and that books, papers, or other supplies are not interfering with the air flow.

3) For general cleaning:
Regular cleaning of the LightCycler® 480 Instruments and accessories is not obligatory. If necessary, clean the housing of the LightCycler® 480 Instrument, the thermal block cycler, and the block cycler cover with a mild commercial detergent. If necessary, use 70% ethanol for disinfecting the instrument housing, the thermal block cycler, and the block cycler cover.

Cleaning of the LightCycler® 480 block cycler unit: pipette into all wells 20µl (384-wellblock) respectively 125µl (96 well block) of 70% Ethanol or Isopropanol. After waiting 15 minutes pipette up and down several times. Remove the liquid and let the block cycler unit dry before using again. Take care not to destroy the block coating.

4) When necessary, you may have to change the xenon lamp, dust filters, or fuses inside the instrument. For instructions on how to do this, please see the official Roche user's manual.

## 8. Limitations

8.1 The Roche LightCycler® 480 has limitations regarding probes it can successfully read as well the temperatures it can reach.

**4.3.2 Filter Set of the LightCycler® 480 Instrument II**

| | Bandpass | Half Band Width (HBW) |
| --- | --- | --- |
| Excitation wavelengths (nm) | 440 nm | 35 nm |
| | 465 nm | 25 nm |
| | 498 nm | 40 nm |
| | 533 nm | 25 nm |
| | 618 nm | 35 nm |
| Detection wavelengths (nm) | 488 nm | 20 nm |
| | 510 nm | 20 nm |
| | 580 nm | 20 nm |
| | 610 nm | 20 nm |
| | 640 nm | 20 nm |
| | 660 nm | 95 nm (low pass) |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Theranos Internal Only

| Temperature control | Peltier-based heating and cooling |
|---|---|
| Temperature range | 37 – 95°C<br>20°C starting temperature to perform specific Melting Curve analysis if required |
| Heating rate | 96-well block: 4.4°C/s<br>384-well block: 4.8°C/s |
| Cooling rate | 96-well block: 2.2°C/s<br>384-well block: 2.5°C/s |

8.2 When running multiplexed reactions, signal bleed through may become an issue. To help resolve the problem, Color Compensation should be run. See SOP for Color Compensation for further instructions.

## 9. Safety

9.1 Make sure the working area is clean and kept clear.

9.2 Follow local guidelines for disposal of waste material according to federal, state and local laws.

9.3 Follow universal precautions and wear appropriate PPEs.

## 10. Records

10.1 Results will be retained for a minimum period of three years.

## 11. Competency

11.1 Competency should be performed by a supervisor biannually.

## 12. Proficiency Testing

12.1 Surveys should be run a minimum of 2 times per year from an appropriate vendor.

## 13. References

http://siarchives.si.edu/research/videohistory_catalog9577.html

http://icob.sinica.edu.tw/pubweb/bio-chem/Core%20Facilities/Data/R401-core/LightCycler480%20II_Manual_V1.5.pdf

Theranos Internal Only

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

DocuSign Envelope ID: 9C153ZF5-89E2-4FF1-B0F0-673923S9C7B9 Case 5:18-cr-00258-EJD Document 723 Filed 02/16/21 Page 12 of 18

| theranos | Standard Operating Procedure | Document Number: CL SOP-~~16104~~ 17008 Revision: A |
| --- | --- | --- |
| | CLIA Laboratory | Effective Date: 3/18/15 |
| Roche LightCycler® Simplified Protocol | | |

## 14. Revision History

| REVISION HISTORY | | | |
| --- | --- | --- | --- |
| **Revision Level** | **Effective Date** | **Initiator** | **DCO Number** |
| A | | B Bivens | |
| | | | |
| | | | |
| | | | |
| **Section Number** | **Description and Justification of Changes** | | |
| All | Initial Release | | |
| | | | |
| | | | |
| | | | |

Theranos Confidential | Page 11 of 11

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

theranos internal only

SAWYER-000112

DocuSign Envelope ID: 9C1537F5-89E2-4FF1-B0E0-67392259C7D9 Case 5:18-cr-00258-EJD Document 723 Filed 02/16/21 Page 13 of 18

SAWYER-000113

# MVP Summary

SIEMENS

## ADVIA 2400 (S/N CA1275000100010) / Beta2-Microglobulin (B2M)

Prepared for: **Theranos, Inc**
Contact: Adam Rosendorff, M.D. 650-865-4412

Prepared by: Debra Iott, MT(ASCP)
Verification Date: November 6, 2014

New Method

**ADVIA 2400 (S/N CA1275000100010)**
**Beta2-Microglobulin (mg/L)**

Traceability: WHO 1st International Standard
Reference Range: 1.00 - 2.40
Analytical Range: 0.25 - 18.00
Reagent 1: 19
Reagent 2: 20

### ***Reference Range Verification***

| | | | |
|---|---|---|---|
| Number of Samples: | 30 | Range of Observations: | 0.72 to 1.79 |
| Mean: | 1.15 | 2.5 to 97.5 Percentiles: | 0.73 to 1.73 |
| Median: | 1.11 | 2 SD Range: | 0.64 to 1.66 |
| SD: | 0.25 | Outlier Limits: | 0.46 to 1.76 |
| CV%: | 22.1 | 95th Percentile: | 1.64 |

### ***Precision/Accuracy***

| Control | Level | N | Assayed Mean | %CV | Accuracy |
|---|---|---|---|---|---|
| 52481 | 1 | 10 | 0.65 | 2.21 | Within Acceptable Limits |
| 52482 | 2 | 10 | 1.35 | 0.65 | Within Acceptable Limits |
| 52483 | 3 | 10 | 2.55 | 2.31 | Within Acceptable Limits |

**I have reviewed the MVP data for Beta2-Microglobulin on the ADVIA 2400 (S/N CA1275000100010) and approve the use of this test in our facility.**

**Laboratory Manager/Director:** DocuSigned by: Lynette Sawyer 566A6114FEBD481... **Date:** 1/11/2015

# MVP Reference Range Verification

## ADVIA 2400 (S/N CA1275000100010) / Beta2-Microglobulin (B2M)

| | |
|---|---|
| Prepared for: **Theranos, Inc** | Prepared by: Debra Iott, MT(ASCP) |
| Contact: Adam Rosendorff, M.D. 650-865-4412 | Verification Date: November 6, 2014 |

New Method

**ADVIA 2400 (S/N CA1275000100010)**
**Beta2-Microglobulin (mg/L)**

| | |
|---|---|
| Traceability: | WHO 1st International Standard |
| Reference Range: | 1.00 - 2.40 |
| Analytical Range: | 0.25 - 18.00 |
| Reagent 1: | 19 |
| Reagent 2: | 20 |

### Verification of Reference Interval

| | |
|---|---|
| Proposed Range (mg/L) | 1.00 - 2.40 |
| Results (Total / Excluded) | 30 / 0 |
| Max Limit / Observations Outside | 10.0% / 26.7% |
| Passed | No |

| | |
|---|---|
| Number of Samples | 30 |
| Mean | 1.15 |
| Median | 1.11 |
| SD | 0.25 |
| CV% | 22.1 |

| | |
|---|---|
| Range of Observations | 0.72 to 1.79 |
| 2.5 to 97.5 Percentiles | 0.73 to 1.73 |
| 2 SD Range | 0.64 to 1.66 |
| Outlier Limits | 0.46 to 1.76 |
| 95th Percentile | 1.64 |

Observations sorted by Sample ID. (X = Excluded from calculations, L = Low Outlier, H = High Outlier)

| | Sample ID | Result | | Sample ID | Result | | Sample ID | Result | | Sample ID | Result |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MEN16 | 1.16 | | MEN24 | 1.38 | | LADY02 | 1.30 | | LADY09 | 1.38 |
| | MEN17 | 1.08 | | MEN25 | 1.14 | | LADY03 | 1.07 | | LADY10 | 1.08 |
| | MEN18 | 0.95 | | MEN26 | 1.47 | | LADY04 | 0.88 | | LADY11 | 1.55 |
| | MEN19 | 1.12 | | MEN27 | 1.22 | | LADY05 | 0.72 | | LADY12 | 1.12 |
| | MEN20 | 0.91 | | MEN28 | 1.14 | | LADY06 | 1.03 | | LADY13 | 1.03 |
| | MEN21 | 1.10 | H | MEN29 | 1.79 | | LADY07 | 0.97 | | LADY14 | 0.89 |
| | MEN22 | 0.96 | | MEN30 | 1.71 | | LADY08 | 0.73 | | LADY15 | 1.06 |
| | MEN23 | 1.31 | | LADY01 | 1.19 | | | | | | |

# MVP Precision/Accuracy

## ADVIA 2400 (S/N CA1275000100010) / Beta2-Microglobulin (B2M)

Prepared for: **Theranos, Inc**
Contact: Adam Rosendorff, M.D. 650-865-4412

Prepared by: Debra Iott, MT(ASCP)
Verification Date: November 6, 2014

New Method

**ADVIA 2400 (S/N CA1275000100010)**
**Beta2-Microglobulin (mg/L)**

Traceability: WHO 1st International Standard
Reference Range: 1.00 - 2.40
Analytical Range: 0.25 - 18.00
Reagent 1: 19
Reagent 2: 20

***Within Run Precision***

| Control | Level | N | Assayed Mean | SD | %CV |
|---|---|---|---|---|---|
| 52481 | 1 | 10 | 0.65 | 0.01 | 2.21 |
| 52482 | 2 | 10 | 1.35 | 0.01 | 0.65 |
| 52483 | 3 | 10 | 2.55 | 0.06 | 2.31 |

***Accuracy***

| Control | Level | N | Assayed Mean | Published Control Range | Comment |
|---|---|---|---|---|---|
| 52481 | 1 | 10 | 0.65 | 0.62 - 0.68 | Within Acceptable Limits |
| 52482 | 2 | 10 | 1.35 | 0.77 - 2.07 | Within Acceptable Limits |
| 52483 | 3 | 10 | 2.55 | 2.16 - 4.24 | Within Acceptable Limits |

# MVP Detailed Data - Control Samples

## ADVIA 2400 (S/N CA1275000100010) / Beta2-Microglobulin (B2M)

Prepared for: **Theranos, Inc**
Contact: Adam Rosendorff, M.D. 650-865-4412

Prepared by: Debra Iott, MT(ASCP)
Verification Date: November 6, 2014

New Method

**ADVIA 2400 (S/N CA1275000100010)**
**Beta2-Microglobulin (mg/L)**

Traceability: WHO 1st International Standard
Reference Range: 1.00 - 2.40
Analytical Range: 0.25 - 18.00
Reagent 1: 19
Reagent 2: 20

| Run Nº | Control Lot Number | Level | Rep | Concentration | Include | Comments |
|---|---|---|---|---|---|---|
| 1 | 52481 | 1 | 1 | 0.63 | Yes | mg/L |
| 1 | 52481 | 1 | 2 | 0.63 | Yes | mg/L |
| 1 | 52481 | 1 | 3 | 0.65 | Yes | mg/L |
| 1 | 52481 | 1 | 4 | 0.66 | Yes | mg/L |
| 1 | 52481 | 1 | 5 | 0.66 | Yes | mg/L |
| 1 | 52481 | 1 | 6 | 0.63 | Yes | mg/L |
| 1 | 52481 | 1 | 7 | 0.66 | Yes | mg/L |
| 1 | 52481 | 1 | 8 | 0.66 | Yes | mg/L |
| 1 | 52481 | 1 | 9 | 0.65 | Yes | mg/L |
| 1 | 52481 | 1 | 10 | 0.63 | Yes | mg/L |
| | **52481** | **1** | | **0.65** | **Yes** | **Mean** |
| 1 | 52482 | 2 | 1 | 1.35 | Yes | mg/L |
| 1 | 52482 | 2 | 2 | 1.35 | Yes | mg/L |
| 1 | 52482 | 2 | 3 | 1.36 | Yes | mg/L |
| 1 | 52482 | 2 | 4 | 1.34 | Yes | mg/L |
| 1 | 52482 | 2 | 5 | 1.35 | Yes | mg/L |
| 1 | 52482 | 2 | 6 | 1.36 | Yes | mg/L |
| 1 | 52482 | 2 | 7 | 1.36 | Yes | mg/L |
| 1 | 52482 | 2 | 8 | 1.34 | Yes | mg/L |
| 1 | 52482 | 2 | 9 | 1.34 | Yes | mg/L |
| 1 | 52482 | 2 | 10 | 1.36 | Yes | mg/L |
| | **52482** | **2** | | **1.35** | **Yes** | **Mean** |
| 1 | 52483 | 3 | 1 | 2.39 | Yes | mg/L |
| 1 | 52483 | 3 | 2 | 2.56 | Yes | mg/L |
| 1 | 52483 | 3 | 3 | 2.60 | Yes | mg/L |
| 1 | 52483 | 3 | 4 | 2.58 | Yes | mg/L |
| 1 | 52483 | 3 | 5 | 2.57 | Yes | mg/L |
| 1 | 52483 | 3 | 6 | 2.56 | Yes | mg/L |
| 1 | 52483 | 3 | 7 | 2.57 | Yes | mg/L |
| 1 | 52483 | 3 | 8 | 2.55 | Yes | mg/L |
| 1 | 52483 | 3 | 9 | 2.57 | Yes | mg/L |
| 1 | 52483 | 3 | 10 | 2.58 | Yes | mg/L |
| | **52483** | **3** | | **2.55** | **Yes** | **Mean** |

# MVP Detailed Data - Patient Samples (Quantitative Data)

## ADVIA 2400 (S/N CA1275000100010) / Beta2-Microglobulin (B2M)

Prepared for: **Theranos, Inc**
Contact: Adam Rosendorff, M.D. 650-865-4412

Prepared by: Debra Iott, MT(ASCP)
Verification Date: November 6, 2014

New Method

**ADVIA 2400 (S/N CA1275000100010)**
**Beta2-Microglobulin (mg/L)**

Traceability: WHO 1st International Standard
Reference Range: 1.00 - 2.40
Analytical Range: 0.25 - 18.00
Reagent 1: 19
Reagent 2: 20

| Run Nº | Sample ID | New Method Concentration | Comparison Concentration | Include | Comments |
|---|---|---|---|---|---|
| 1 | MEN16 | 1.16 | | Yes | mg/L |
| 1 | MEN17 | 1.08 | | Yes | mg/L |
| 1 | MEN18 | 0.95 | | Yes | mg/L |
| 1 | MEN19 | 1.12 | | Yes | mg/L |
| 1 | MEN20 | 0.91 | | Yes | mg/L |
| 1 | MEN21 | 1.10 | | Yes | mg/L |
| 1 | MEN22 | 0.96 | | Yes | mg/L |
| 1 | MEN23 | 1.31 | | Yes | mg/L |
| 1 | MEN24 | 1.38 | | Yes | mg/L |
| 1 | MEN25 | 1.14 | | Yes | mg/L |
| 1 | MEN26 | 1.47 | | Yes | mg/L |
| 1 | MEN27 | 1.22 | | Yes | mg/L |
| 1 | MEN28 | 1.14 | | Yes | mg/L |
| 1 | MEN29 | 1.79 | | Yes | mg/L |
| 1 | MEN30 | 1.71 | | Yes | mg/L |
| 1 | LADY01 | 1.19 | | Yes | mg/L |
| 1 | LADY02 | 1.30 | | Yes | mg/L |
| 1 | LADY03 | 1.07 | | Yes | mg/L |
| 1 | LADY04 | 0.88 | | Yes | mg/L |
| 1 | LADY05 | 0.72 | | Yes | mg/L |
| 1 | LADY06 | 1.03 | | Yes | mg/L |
| 1 | LADY07 | 0.97 | | Yes | mg/L |
| 1 | LADY08 | 0.73 | | Yes | mg/L |
| 1 | LADY09 | 1.38 | | Yes | mg/L |
| 1 | LADY10 | 1.08 | | Yes | mg/L |
| 1 | LADY11 | 1.55 | | Yes | mg/L |
| 1 | LADY12 | 1.12 | | Yes | mg/L |
| 1 | LADY13 | 1.03 | | Yes | mg/L |
| 1 | LADY14 | 0.89 | | Yes | mg/L |
| 1 | LADY15 | 1.06 | | Yes | mg/L |