# EXHIBIT 82



DEPARTMENT OF HEALTH & HUMAN SERVICES     Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

**DATE:** August 21, 2015

**FROM:** Division of Chemistry and Toxicology Devices, WO-5615
Office of In Vitro Diagnostics and Radiological Health, CDRH

**SUBJECT:** For Cause Inspection Request
OC Control Number: **105896**
FACTS ID Number: **11558121**
ORA Concurrence Number: **MP2015082101**

**TO:** District Director: SAN-DO, HFR-PA100
District Director: LOS-DO, HFR-PA 200

**FIRM:** Theranos, Inc.
**Address #1** (from Registration and Listing Database)
Manufacturer/Specification Developer
7333 Gateway Blvd.
Newark, CA 94560
FEI/Registration Number: 3006231732**
Status: Active
Date of Registration Status: 2015
Owner/Operator Number: 10041002

**Address #2** (from Registration and Listing Database)
1701 Page Mill Rd.
Palo Alto, CA 94304
FEI/Registration Number: 3010479366**
Status: Active
Date of Registration Status: 2015
Owner/Operator Number: 10041002

**NOTE:** Review of Theranos FEI in FACTS and OSAR shows FEI 3010479366 as the original firm FEI and FEI 3006231732 as the surviving FEI. One address is shown for both FEIs: 1601 South California Av, Palo Alto, CA 94304, United States. Investigators assigned to address #1 and #2 above should determine what site is current for the firm.

**Address #3** (From internet search)
1365 North Scottsdale Road
Scottsdale, AZ 85257
Status: N/A

Date of Registration Status: Not registered
Owner/Operator Number: Not registered

Official Correspondent:
Brad Arlington
1601 S. California Ave.
Palo Alto, CA 94304
Phone: 650-856-7304

**DEVICE:** Capillary Tubes/ Nanotainers and Analyzer

Product Codes:
75JKA: Tubes, Vials, Systems, Serum Separators, Blood Collection
Class II, 21 CFR 862.1675; (requires pre-market clearance)

81GIO: Tube, Collection, Capillary Blood
Class I, 21 CFR 864.6150; (requires pre-market clearance)

75JJE: analyzer, chemistry (photometric, discrete), for clinical use
Class I, 21 CFR 862.21607; (exempt from pre-market clearance; however, takes on the classification of the highest risk analyte used with the analyzer thus generally requiring a 510(k)/PMA

**Top Priority - this assignment has the concurrence of ORA.**

**[Completion within 30 days - Assignment takes precedence over work for all Centers]**

**PRE-INSPECTION TELECONFERENCE:**

This assignment is of significant nature and/or sufficient complexity that CDRH requests a pre-inspectional teleconference take place between CDRH, ORA, and the Investigator prior to initiating this inspection. OMPTO (Office of Medical Products and Tobacco Operations) will coordinate the teleconference. CDRH will brief the investigator/s, clarify assignment expectations, answer any questions about the assignment, and make arrangements with the investigator for any desired communications during the inspection, as applicable. DMPTI will notify FISB (Field Inspections Support Branch) and ORA/OMPTO/MPTPOB (Medical Products and Tobacco Program Operations Branch) of the name of the investigator and FISB will notify the assignment Originator.

## I. OBJECTIVE(S) OF INSPECTION

To conduct a "For Cause" Directed Inspection of this firm in accordance with CPGM 7382.845 – Inspection of Medical Device Manufacturers in order to evaluate their compliance with:

Quality Systems (21 CFR Part 820)

Medical Device Reporting (21 CFR Part 803)
Corrections and Removals (21 CFR Part 806)
Medical Device Tracking Requirements (21 CFR Part 821)
Registration and Listing (21 CFR Part 807)

## II. BACKGROUND

### Section 1: Premarket pathway, Background, and Indication for use.

Theranos Inc. is registered and listed as a manufacturer for specimen containers (product code KDT), called "Nanotainers", and capillary blood collection tubes (product code GIO) called "Capillary Tubes" and as a specification developer for clinical chemistry analyzers (product code JJE). The Nanotainers and Capillary Tubes are designed for use with analytical systems including the firm's "Theranos System". Theranos has designed and developed its Capillary Tubes and Nanotainers to collect, preserve, and transport small sample volumes used for testing in its Theranos System. The Theranos System is composed of Theranos' Sample Processing Units (TSPU) and Theranos' Laboratory Automation System (TLAS). The TSPU is a modular unit that performs what the firm calls pre-analytic functions of the unit (i.e. sample preparation, reagent addition, signal generation, data pre-processing). These are the steps that are typically performed during sample preparation and analysis on clinical analyzers. The firm currently has a 510(k) clearance for its Theranos Herpes Simplex Virus-1 IgG Assay (k143236). The firm does not have a 510(k) for is capillary tubes/nanotainers or analyzer when used with various analytes.

Tests that are offered by Theranos believed to be performed using its analyzer include:

1. Glucose: A glucose test system is a device intended to measure glucose quantitatively in blood and other body fluids. Glucose measurements are used in the diagnosis and treatment of carbohydrate metabolism disorders including diabetes mellitus, neonatal hypoglycemia, and idiopathic hypoglycemia, and of pancreatic islet cell carcinoma.

2. Potassium: A potassium test system is a device intended to measure potassium in serum, plasma, and urine. Measurements obtained by this device are used to monitor electrolyte balance in the diagnosis and treatment of diseases conditions characterized by low or high blood potassium levels.

3. Sodium: A sodium test system is a device intended to measure sodium in serum, plasma, and urine. Measurements obtained by this device are used in the diagnosis and treatment of aldosteronism (excessive secretion of the hormone aldosterone), diabetes insipidus (chronic excretion of large amounts of dilute urine, accompanied by extreme thirst), adrenal hypertension, Addison's disease (caused by destruction of the adrenal glands), dehydration, inappropriate antidiuretic hormone secretion, or other diseases involving electrolyte imbalance.

4. Calcium: A calcium test system is a device intended to measure the total calcium level in serum. Calcium measurements are used in the diagnosis and treatment of parathyroid disease, a variety of bone diseases, chronic renal disease and tetany (intermittent muscular contractions or spasms).

FDA-CONFIDENTIAL

Theranos
Newark, CA
FEI:3006251732
08/25/2015 - 09/16/2015
Attachment: 5 / 3 of 11  MRH

HCH/SEB/YWL.
HRH
3

FDA-0001650

5. Chloride: A chloride test system is a device intended to measure the level of chloride in plasma, serum, sweat, and urine. Chloride measurements are used in the diagnosis and treatment of electrolyte and metabolic disorders such as cystic fibrosis and diabetic acidosis.

6. Troponin: A troponin test system is intended to measure troponin levels in human serum and plasma to aid in the diagnosis of myocardial infarction.

Theranos believes that because it is currently performing all sample testing in its CLIA lab its testing of samples with various assays/analytes using its manufactured analyzer are Laboratory Developed Tests (LDTs). FDA regulates instruments manufactured by a firm for In Vitro Diagnostic (IVD) testing as medical devices and not as LDTs, thus at this time FDA believes the devices manufactured by the firm and test in its lab are not LDTs; but medical devices requiring premarket notification and subject to quality system requirements.

> Note: Theranos has communicated to FDA that it intends to distribute its TSPUs for use in facilities around the country to perform testing. At this point, it is unclear to FDA where the sample processing and testing will take place.

CDRH has informed Theranos that it's Nanotainers and Capillary Tubes are Class II devices and require 510(k) clearance. The firm has submitted a 510(k) for these devices and it is currently under review by CDRH.

Additionally, discussion with Theranos to date has led to the following concern:

<u>Theranos is reporting test results to customers using a device which appears to need pre-market clearance/pre-market approval and with possible methods which are known to lead to highly variable data</u>: In pre-submission Q140057, Theranos describes Nanotainers may contain the anticoagulants Lithium-Heparin (Li-Hep) or Ethylenediaminetetraacetic acid (EDTA) and serum separating gel. Serum samples and plasma samples with different anticoagulants may perform differently with assays for specific analytes. All 510(k) cleared assays include the specific types of samples that are to be used with in its labeling and indications for use. Theranos has indicated these containers are used to collect samples that are shipped to a Theranos CLIA lab, where the samples are tested using 510(k) cleared analyzers and reagents that Theranos is modifying to use with the smaller capillary samples collected and shipped in the Nanotainers. The methods Theranos is using are not 510(k) cleared for capillary blood samples or the small sample volumes that Theranos is using. CDRH is concerned that these methods may not be adequately validated with the sample types and volumes Theranos is using. In addition, CDRH is aware that use of this type of specimen collection may lead to highly inaccurate test results with some analytes

### <u>Section 2</u>: Inspectional History

The inspectional history and current compliance status of the manufacturing facility involved in this assignment has been checked in FACTS.

FACTS has no record of a previous inspection for this firm.

FDA-CONFIDENTIAL

Theranos
Newark, CA
FEI: 3006231732
06/25/2015 - 09/16/2015
Attachment: 5 / 4 of 11   MRH   MRH/SCB/YWC   MRH

4

FDA-0001651

### Section 3: Postmarket Signals

FDA believes that Theranos may be performing IVD testing on patients with devices that have not received FDA clearance or approval. The firm's website appears to offers a test menu of available products that appear to not have received FDA clearance or approval (see Centers_Theranos.pdf, Test Menu_Theranos.pdf, Theranos Lab Testing at Walgreens_Walgreens.pdf). Representative data obtained from the firm raises potential safety and effectiveness issues (see below). Additionally, FDA has received information from the IVD industry expressing its concern about Theranos devices currently being distributed and is concerned that inaccurate IVD test results may result in incorrect diagnosis and treatment of medical conditions. Inaccurate results may also cause physicians to initiate unnecessary treatment or to delay treatment; both of these situations present a potential risk to public health.

### Section 4: Reason for Inspection

The Center is concerned that the firm is distributing devices without appropriate pre-market clearance or approval. In addition, CDRH is concerned that the firm may not have adequate design control procedures, complaint handling and investigation procedures, and MDR reporting procedures given that the firm believes it is an LDT provider, not a manufacturer subject to FDA regulations. The pre submissions (Q140057, Q151162) and 510(k) submission (k143099) FDA has received from the firm raise serious concerns about the safety and effectiveness of these devices because preliminary data reviewed by FDA demonstrates that results of samples collected and stored in nanotainers assays are much less accurate than current IVD methods available on the market for some analytes.

## III. ASSIGNMENT

CDRH request the inspection team include subject matter experts (SMEs) from CDRH/OIR/DTCD. Assignment of the specific SMEs for each location will be made prior to the initiation of each inspection.
Please assess the following:

1. Determine what devices the firm has distributed. Collect shipping records to document the names and types of devices that the firm has distributed. Specifically, determine if the firm has shipped any sample collection, processing or transport devices, clinical instruments, reagents, calibrators, or controls either to outside firms or to other Theranos locations. Collect a list of all customers a in which products have been shipped by Theranos and the products received by those customers if possible..

2. Obtain design requirements for the Capillary Tubes and Nanotainers, TSUP, and TLAS, as well as representative assays, to determine design inputs are appropriate, unambiguous, and address the intended use of the devices.

FDA-CONFIDENTIAL

Theranos
Newark, CA
FEI:3006291732
08/25/2015 - 09/16/2015
Attachment: 5 / 5 of 11  MRH

5
FDA-0001652

3. Determine whether the firm has written plans to ensure that there is an adequate evaluation of conformance to design inputs, including acceptance criteria.

4. Determine whether the firm has written procedures for validating device design.

5. Collect and review verification and validation records for the firms nanotainers and instruments, potassium assay, sodium assay, chloride assay, calcium assay, troponin assay, glucose assay, and any other assays that appear to have inaccurate or imprecise results based on other information collected during this inspection.

6. Determine whether the firm has written recall procedures for submitting written reports to FDA of any correction or removal actions required to be reported to FDA per 21 CFR 806.

7. Determine whether the firm has written MDR procedures in accordance with 21 CFR 803.17 and whether the firm has established and maintains MDR event files in accordance with 21 CFR 803.18. Please obtain a copy of the firm's MDR procedures. Failure to have written MDR records should be listed on the FDA 483.

8. Determine whether the firm has adequate written procedures for receiving, reviewing, and evaluating complaints. Verify the process for complaints received and distributed from the corporate level or complaints that were sent directly to Walgreens. Please obtain a copy of the firm's complaint handling procedures. Determine whether the procedure(s) addresses how to handle complaints for which it is unknown if the device problem is due to a Capillary Tube or a Nanotainer issue or due to an issue with the reagents or analyzers Theranos is using. Determine what criteria the firm uses to identify a Capillary Tube or Nanotainer issue versus a reagent or analyzer issue.

9. If the review of the firm's complaint files identifies complaints that were not reported under MDR but appear to be reportable, please collect a copy of the complaint record(s). If the complaints include unreported malfunctions that would likely cause or contribute to a death or serious injury, include an explanation of the malfunction and its effect on the patient in the EIR. Obtain the firm's rationale for considering the event to be not reportable. If a large number of complaints are identified, obtain a copy of the complaint record for a representative sample of the unreported complaints for MDR reportability review.

10. Determine whether the firm has adequate written procedures for identification, documentation, evaluation, segregation, and disposition of nonconforming product. Review the firm's nonconforming product files to determine whether it includes assessment of the Capillary Tubes and Nanotainers with the reagents and instruments being used or the Capillary Tubes and Nanotainers only. Determine what criteria and decision making process are followed to make decisions on nonconforming product investigations for issues involving the Capillary Tubes and Nanotainers.

11. Determine if the firm has contract manufacturing or distribution agreements with any other firms. Collect the names of these firms and any contracts that describe the regulatory responsibilities of the firms involved.

12. Collect examples of product labeling and promotional material.

13. Collect shipping documentation for instruments, sample tubes, and the assays offered by the firm and listed in Section 2 above.

14. Collect examples of lot release criteria for instruments, sample tubes, and the assays offered by the firm and listed in Section 2 above.

15. The degree and depth of the inspection should not be limited to the points noted above.

## IV. REGULATORY STRATEGY

If a violative situation is found at the firm, the district should consider issuing a Warning Letter or recommending appropriate regulatory action in accordance with Compliance Program 7382.845, Part V. Please send all EIRs with exhibits, the form FDA 483, firm response(s), to the indicated CDRH contact via the Compliance Management System (CMS).

## V. REPORTING REQUIREMENTS

This assignment has the concurrence of ORA. ORA concurrence number is **MP2015082101.**

**Product Codes**:

81GIO: Tube, Collection, Capillary Blood
75JKA: Tubes, Vials, Systems, Serum Separators, Blood Collection
75JJE: analyzer, chemistry (photometric, discrete), for clinical use
Class I, 21 CFR 862.21607

**PAC(s) and Accomplishment Hours:**

82845G: Medical Device "For Cause" inspection. **Accomplishment hours**: 85.9 hours.

81010: Medical Device Problem Reporting – MDR follow-up. **Accomplishment hours**: 16 hrs.

81845R: Assessment of Firm's Correction and Removals Practices. **Accomplishment hours**: no planned resources for this PAC in FY15. CSOs should report accomplished hours in PAC 82845G and/or PAC 81010. They may report to the other PACs that are provided if the Center and OMPTO concur (as long as they are aware there are no resources planned for FY15 in those PACs).

FDA-CONFIDENTIAL

Theranos
Newark, CA
FEI:3006231732
08/25/2015 - 09/18/2015
Attachment: 5 / 7 of 11   MRH   MRH/SEB HWC   FDA-0001654
7

82012: Registration and Listing. **Accomplishment hours**: no planned resources for this PAC in FY15. CSOs should report accomplished hours in PAC 82845G and/or PAC 81010. They may report to the other PACs that are provided if the Center and OMPTO concur (as long as they are aware there are no resources planned for FY15 in those PACs).

**Recommended Inspection Completion Date**:

30 days from issuance of the assignment

## VI. CONTACTS

Scientific/technical questions concerning this assignment should be directed to:

**Primary**: Ian Pilcher,

**Alternate**: Ileana Elder,

**MDR reportability questions should be directed to:**

MDR Policy Branch, OSB/DPS
301-796-6670, MDRPolicy@fda.hhs.gov

**ORA/ DMPTO Inspectional Contact:**
Althea Williams,
Dolores Harper,

Upon completion of the assignment, copies of all reports, exhibits, documentary samples, follow-up assignments and the regulatory/administrative recommendations, if appropriate, should be forwarded to:

> Thomas A. Slater, Jr.
> Branch Chief/ Field Inspections Support Branch
> CDRH/OC/DAPO/FISB
> WO66, room 2622
> 10903 New Hampshire, Ave.
> Silver Spring, MD 20993-0002

## ATTACHMENTS

Websites : Theranos.pdf, Test Menu_Theranos.pdf, Theranos Lab Testing at Walgreens_Walgreens.pdf

FDA-CONFIDENTIAL

Theranos
Newark, CA
FEI:3006231732
08/25/2015 - 09/18/2015   MRH
Attachment: 5 / 8 of 11   MRH

MRH/SEB/YWC
MRH
8
FDA-0001655

Q151162.SponsorMemo.FINAL.pdf
Q140057.Minutes-FINAL.pdf

FDA-CONFIDENTIAL

FDA-0001656

Theranos   MRH/SEB/YWC
Newark, CA
FEI: 3006231732
08/25/2015 - 09/16/2015
Attachment: 5 / 9 of 11   MRH   MRH   9

Drafted: Ian Pilcher 9/9/2014
Reviewed: Ileana Elder 09/12/2014, 08/11/2015
Revised: Ian Pilcher 08/15/2015
Reviewed: RKeenan 8/17/15
Reviewed:
Final:

Cc:
| | | |
|---|---|---|
| Elem4214 | (HFC-1) ORA/OO Special Assistant | Vinetta Howard-King |
| WO66-2622 | OC/DAPO/FISB | Thomas Slater, Branch Chief |
| WO66-2624 | OC/DAPO/FISB | Fleadia Farrah (foreign) |
| WO66-2528 | OC/DAPO/FISB | Linh O'Connell (domestic) |
| HFR-PA250 | DIB, LOS District | Monica Maxwell |
| HFR-PA150 | DIB, SAN District | Darlene Almogela |
| | | |
| Elem 2130 | (HFC-130) ORO/DMPTI | Dolores Harper (domestic) |
| HFR-SW100 | Device Field Committee Chair | Reynaldo Rodriguez |
| HFR-SW100 | Device Field Committee Exec Sec | Jamie Hughes |
| | | |
| Elem2030 | (HFC-180) ORA/OO/OMPTO | Yvette Arline |
| ELem2018 | OGROP/ORA/OO/OMPTO/DM | Joshua Jones |
| HFR-SW100 | Device Field Committee Chair | Reynaldo Rodriguez |
| HFR-CE250 | Device Field Committee Exec Sec | Lori Lawless |
| | | |
| WO66-4684 | OIR/PSPQ | Deputy Director James Woods |
| WO66-4626 | DCTD | Division Director, Courtney H. Lias |
| WO66-5615 | 4666 | Ian Pilcher |

CTS Record: GEN1500618

Theranos
Newark, CA
FEI:3006231732
08/25/2015 - 09/16/2015     MRH/SEB/YWC
Attachment: 5 / 10 of 11   MRH    MRH

10

FDA-CONFIDENTIAL                                                                                                                 FDA-0001657

Theranos
Newark, CA   MRH/SEB1YWC
FEI:3006231732
08/25/2015 - 09/18/2015
Attachment: 5 / 11 of 11  MRH  MRH

11

**FDA-CONFIDENTIAL**                                                                                                                                                                                                           **FDA-0001658**