# EXHIBIT 83

| Source | Date Time | Content | From Name | To Name | Participant Group | Has Attachment |
|---|---|---|---|---|---|---|
| SMS | 8/23/2015 0:19:53 | I know | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/23/2015 0:20:27 | Say hi to her.  Hopefully she doesn't think it was strange I didn't say hi to her. I was in pajamas. | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/23/2015 18:49:45 | Green juices for us will be @ gate in about 5 mins | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/23/2015 18:50:03 | Ok | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 0:29:48 | Dinner? | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 0:36:10 | Fuki? | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 0:36:42 | Sure | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 16:52:48 | Going in with heather have cell on me text to communicate | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 17:18:42 | Nb tell team only thing manufacture in Newark is ctn | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 17:19:04 | ? | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 19:56:27 | Were on break if useful to talk | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:32:47 | All documents need to be labeled with foia exemption language | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:33:14 | Also on same document saying in response to your request for xxx we are enclosing yyy | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:34:23 | Evan will send you language | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:34:30 | Ok | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 20:34:33 | To give to whoever there to use | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:36:59 | Also giving you shipping record language | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:42:36 | Also note on what you just called about the ctns that the ctns are not 510k yet or in commercial distribution, which is when the quality systems are required | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:44:55 | If have time to call us to have Jim go through what else they've asked for so we can comment do now or anytime convenient after documents are ready | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:50:26 | They are back. | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 20:50:35 | K | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:51:35 | On text | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 20:51:46 | Yep. I am on email | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:06:44 | Text if need me. Still haven't started here | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:11:06 | CBC | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:11:12 | We use our reagents | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:11:28 | R u sure? | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:11:36 | Yes | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:12:25 | Then tell them only for one assay on an open platform as LDT developed and validated in CLIA lab | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:12:33 | But triple check 1 I was told we don't | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:14:09 | Some commercial | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:14:15 | In CBC | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:14:43 | Theranos reagents are only some of the reagents | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:14:51 | Majority are commercial | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:14:58 | Confirmed with Chinmay | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:15:09 | Correct. They want I to know which ones. | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:16:05 | Working on it | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:48:22 | They are back here. Will be on text. | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:48:39 | Text better than email as I'll see it when I'm talking | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:48:50 | Ok | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |
| SMS | 8/25/2015 21:49:18 | All three sites today got an inspector and one of Courtney's deputies | Elizabeth Holmes | Sunny Balwani | Sunny Balwani | |
| SMS | 8/25/2015 21:49:33 | Yep | Sunny Balwani | Elizabeth Holmes | Sunny Balwani | |

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2566752

THER-2566752