# EXHIBIT 85

**To:** Hojvat, Sally A (Sally.Hojvat@██████████)[Sally.Hojvat@██████████]
**Cc:** Brad Arington
**From:** Elizabeth Holmes
**Sent:** Wed 11/12/2014 5:28:04 AM
**Importance:** Normal
**Received:** Wed 11/12/2014 5:28:03 AM
001_Theranos 510k Pre-Market Notification HSV-1 Assay.pdf

Dear Sally,

The HSV 510(k) will be arriving at the Document Center tomorrow.

I've attached the body of the filing to this email for your reference. As discussed, the filing covers the system – nanotainers, device, and software, as well as the HSV-I assay on venous and capillary samples, and includes field studies with the processing unit in three patient service centers in California and Arizona, respectively.

We are looking forward to working with you and the team on this,

With all my very best,
Elizabeth

===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
===================================

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



## 510(k) PREMARKET NOTIFICATION

### FOR THE

### THERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY

**NOVEMBER 11, 2014**

**THERANOS, INC.**

**1701 PAGE MILL ROAD**

**PALO ALTO, CA 94304**

**U.S.A.**

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550336

**theran⬤s**

1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

Attn: Sally Hojvat
U.S. Food and Drug Administration
Center for Devices and Radiological Health
Document Mail Center – WO66-G609
10903 New Hampshire Avenue
Silver Spring, MD 20993

November 11, 2014

### Re: Traditional 510(k) Premarket Notification for the Theranos™ Herpes Simplex Virus-1 IgG Assay

Dear Sally:

Please find herewith a Traditiona l 510(k) Premarket Notification for Theranos Inc.'s anti-HSV-1 IgG assay for use with its automated sample processing and analysis system (the "***Theranos System*** "), composed of Theranos' Sample Processing Units (" ***TSPUs***") and Theranos' Laboratory Automation System ("***TLAS***").

Per FDA's August 12, 2005 guidance document titled, Guidance for Industry and Staff: Format for Traditional and Abbreviated 510(k)s regarding cover letters for 510(k) submissions, please note the following information:

1. Submission Date: November 12, 2014

2. Establishment Registration Numbers for Theranos, Inc.
   Palo Alto, California: 3010479366
   Newark, California: 3006231732

3. Common name of the device: Immunoassay for H erpes Simplex Virus -1 (HSV-1) IgG antibodies to the glycoprotein G (gG) 1 recombinant antigen

4. Trade Name: Theranos™ Herpes Simplex Virus-1 IgG Assay

5. Classification Name: Herpes simplex virus serological assays
   Regulation Number: 866.3305
   Product Code: MXJ – Enzyme linked immunosorbent assay, Herpes Simplex Virus, HSV-1

6. Reason for the 510(k): New device

7. Predicate: Focus HerpeSelect 1 and 2 Immunoblot IgG, from Focus Diagnostics, Inc. (4/14/2000)
   510(k) Number: K000238
   Regulation Number: 866.3305
   Product Code: LGC

**TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**theran⬤s**

1701 Page Mill Road   P 650.838.9292   theranos.com
Palo Alto, CA 94304   F 650.838.9165

8. Special Controls: Guidance for Industry and FDA Staff - Class II Special Controls Guidance Document: Herpes Simplex Virus Types 1 and 2 Serological Assays

Additionally, the principal factors about the design and use of the Theranos Herpes Simplex Virus-1 IgG Assay are outlined in the following table.

| Question | YES | NO |
|---|---|---|
| Is the device intended for prescription use (21 CFR§801 Subpart D)? | X | |
| Is the device intended for over-the-counter use (21 CFR§807 Subpart C)? | | X |
| Does the device contain components derived from a tissue or other biologic source? | X | |
| Is the device provided sterile? | | X |
| Is the device intended for single use? | | X* |
| Is the device a reprocessed single use device? | | X |
| If yes, does this device type require reprocessed validation data? N/A | | |
| Does the device contain a drug? | | X |
| Does the device contain a biologic? | | X |
| Does the device use software? | X | |
| Does the submission include clinical information? | X | |
| Is the device implanted? | | X |

*Note that the HSV-1 Assay Cartridges used with the Theranos System are single-use only.

Enclosed please find one (1) paper copy of this Traditional 510(k) Premarket Submission and one (1) eCopy. The eCopy is an exact duplicate of the paper copy.

*We request, in advance, that you treat this letter and our entire package as proprietary and confidential information of Theranos in the event the FDA receives a public records request. Theranos considers the content of these materials highly confidential as the materials reveal trade secrets and other closely guarded information about the inner workings of Theranos' proprietary technology.*

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

**theran⬤s**

1701 Page Mill Road    P 650.838.9292    theranos.com
Palo Alto, CA 94304    F 650.838.9165

We again look forward to working with you on this filing and additional filings to come.

With my best regards,

Brad Arington
Senior Regulatory Counsel
Theranos, Inc.

cc:      Elizabeth Holmes, CEO and Founder
         Daniel Young, Vice-President Theranos Systems

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER
THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.                    THERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
                                       510(K) PREMARKET NOTIFICATION

## Table of Contents

| | | |
|---|---|---|
| **1.0** | MEDICAL DEVICE USER FEE COVER SHEET (FORM FDA 3601) | 1 |
| **2.0** | CDRH PREMARKET REVIEW SUBMISSION COVER SHEET/CDRH 510(K) SCREENING CHECKLIST | 3 |
| **3.0** | INDICATIONS FOR USE STATEMENT | 11 |
| **4.0** | 510(K) SUMMARY | 12 |
| **5.0** | TRUTHFUL AND ACCURACY STATEMENT | 26 |
| **6.0** | CLASS III SUMMARY AND CERTIFICATION | 27 |
| **7.0** | FINANCIAL CERTIFICATION OR DISCLOSURE STATEMENT | 28 |
| **8.0** | DECLARATIONS OF CONFORMITY AND SUMMARY REPORTS | 29 |
| **9.0** | EXECUTIVE SUMMARY | 30 |
| **10.0** | DEVICE DESCRIPTION | 40 |
| **11.0** | SUBSTANTIAL EQUIVALENCE DISCUSSION | 70 |
| **12.0** | PROPOSED LABELING | 74 |
| **13.0** | STERILIZATION AND SHELF-LIFE | 75 |
| **14.0** | BIOCOMPATIBILITY | 76 |
| **15.0** | SOFTWARE | 77 |
| **16.0** | ELECTROMAGNETIC COMPATIBILITY AND ELECTRICAL SAFETY | 86 |
| **17.0** | PERFORMANCE TESTING – ANALYTICAL | 88 |
| **18.0** | PERFORMANCE TESTING – CLINICAL | 97 |

## APPENDICES

(Note that the Appendix Document Names reflect the file names of the corresponding documents in the eCopy for ease of reference. Excel and csv files are located in the Statistical Data folder. In the paper copy, they are indicated by the Appendix letters and numbers on the tabs.)

APPENDIX 8-A STANDARD DATA REPORT FOR IEC 60601-1-2:2007

APPENDIX 8-B STANDARD DATA REPORT FOR IEC 61010-1 ED. 3.0

APPENDIX 8-C STANDARD DATA REPORT FOR IEC 61010-2-020 ED. 2.0

APPENDIX 10-A HSV-1 CARTRIDGE LAYOUTS

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550340

APPENDIX 10-B WI-00033 WORK INSTRUCTIONS FOR SAMPLE COLLECTION, PROCESSING AND SHIPPING, THERANOS ANTI-HSV-1 IGG ASSAY

APPENDIX 10-C WI-00034 WORK INSTRUCTIONS FOR PROCESSING PATIENT SAMPLES ON A THERANOS SAMPLE PROCESSING UNIT BY THERANOS HIGH COMPLEXITY CLIA CERTIFIED LABORATORY STAFF

APPENDIX 10-D WI-00035 WORK INSTRUCTIONS FOR PROCESSING PATIENT SAMPLES ON A THERANOS SAMPLE PROCESSING UNIT BY FIELD TECHNICIANS

APPENDIX 10-E WI-00036 WORK INSTRUCTIONS FOR RETRIEVING RESULTS FROM ASSAYS RUN ON A THERANOS SAMPLE PROCESSING UNIT

APPENDIX 12-A LABEL CLIA CARTRIDGE OUTER BOX AND INNER BAG.

APPENDIX 12-B LABEL FIELD CARTRIDGE OUTER BOX AND INNER BAG.

APPENDIX 12-C PACKAGE INSERT - TSPU DEVICE.

APPENDIX 12-D TSPU LABEL.

APPENDIX 12-E PACKAGE INSERT - HSV-1 ASSAY.

APPENDIX 12-F PACKAGE INSERT FOR FOCUS HERPESELECT 1 AND 2 IMMUNOBLOT IGG

APPENDIX 15-A SYSTEM ARCHITECTURE DESIGN CHART

APPENDIX 15-B-1 SOFTWARE HAZARD ANALYSIS, THERANOS SYSTEM 4.

APPENDIX 15-B-2 SOP-00148_HAZARD_ANALYSIS

APPENDIX 15-C-1 REQ-00010_REQUIREMENTS, THERANOS SYSTEM 4, SOFTWARE, TLAS

APPENDIX 15-C-2 REQ-00011_REQUIREMENTS, THERANOS SYSTEM 4, SOFTWARE, TSPU

APPENDIX 15-D-1 SPC-00043_SPECIFICATION, THERANOS SYSTEM 4, SOFTWARE, TLAS

APPENDIX 15-D-2 SPC-00044_SPECIFICATIONS, THERANOS SYSTEM 4, SOFTWARE, TSPU

APPENDIX 15-E-1 TRACEABILITY MATRIX, THERANOS SYSTEM 4, TLAS.

APPENDIX 15-E-2 TRACEABILITY MATRIX, THERANOS SYSTEM 4, TSPU.

APPENDIX 15-F-1 TPR-00036_TEST PROTOCOL, THERANOS SYSTEM 4, SOFTWARE, TLAS.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550341

APPENDIX 15-F-2 TR-00044_TEST REPORT, THERANOS SYSTEM 4, SOFTWARE, TLAS.

APPENDIX 15-F-3 TPR-00037_TEST PROTOCOL, THERANOS SYSTEM 4, SOFTWARE, TSPU.

APPENDIX 15-F-4 TR-00045_TEST REPORT, THERANOS SYSTEM 4, SOFTWARE, TSPU.

APPENDIX 15-G SOFTWARE REVISION LEVEL HISTORY

APPENDIX 16-A-1 TR-00041 TEST REPORT, 4S2 DEVICE, EMC

APPENDIX 16-A-2 R969923

APPENDIX 16-A-3 R96624

APPENDIX 16-A-4 R96625

APPENDIX 16-B-1 TPR-00033_TEST PROTOCOL, TSPU 4S2, IEC61010-1_REVA

APPENDIX 16-B-2 TR-00039_TEST REPORT, TSPU 4S2, IEC 61010-1 AND DEVICE RESULTS

APPENDIX 16-C-1 TPR-00035_TEST PROTOCOL, TSPU CENTRIFUGE MODULE, IEC 61010-2-020_REVA

APPENDIX 16-C-2 TR-00036_TEST REPORT, TSPU 4S2 CENTRIFUGE MODULE, IEC 61010-2-020_REVA

APPENDIX 17-A-1-ANALYTICAL PRECISION

APPENDIX 17-A-2-ANALYTICAL PRECISION

APPENDIX 17-B-REAGENT STABILITY

APPENDIX 17-C-1-ANALYTE STABILITY

APPENDIX 17-C-2-1-ANALYTE STABILITY 2-8C

APPENDIX 17-C-2-2-ANALYTE STABILITY-FROZEN

APPENDIX 17-C-2-3-ANALYTE STABILITY-ROOM TEMPERATURE

APPENDIX 17-C-2-4-ANALYTE STABILITY-ONBOARD

APPENDIX 17-C-2-5-ANALYTE STABILITY-FREEZETHAW

APPENDIX 17-D-CROSS REACTIVITY

APPENDIX 17-E-1-INTERFERENCE STUDIES

APPENDIX 17-E-2-INTERFERENCE

APPENDIX 17-F-ASSAY CUT-OFF

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

THERANOS, INC.    T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

APPENDIX 17-G-SAMPLE AND RUN LOG

APPENDIX 17-H TPR-00038 HSV1 IGG VALIDATION PROTOCOL

APPENDIX 18-A-1-MATRIX COMPARISON

APPENDIX 18-A-2-MATRIX COMPARISON

APPENDIX 18-B-1-PERFORMANCE IN HIGH RISK POPULATION

APPENDIX 18-B-2-PERFORMANCE IN HIGH RISK POPULATION

APPENDIX 18-C-1-PERFORMANCE IN PREGNANT WOMEN POPULATION

APPENDIX 18-C-2-PERFORMANCE IN PREGNANT WOMEN POPULATION

APPENDIX 18-D-1-PERFORMANCE IN LOW RISK POPULATION

APPENDIX 18-D-2-PERFORMANCE IN LOW RISK POPULATION

APPENDIX 18-E-1-PERFORMANCE ON CDC HSV PANEL

APPENDIX 18-E-2-PERFORMANCE ON CDC HSV PANEL

APPENDIX 18-F-1-CAPILLARY BLOOD TESTING IN CENTRAL LABORATORY-METHOD
COMPARISON

APPENDIX 18-F-2-CAPILLARY BLOOD TESTING IN CENTRAL LABORATORY-METHOD
COMPARISON

APPENDIX 18-G-1-CAPILLARY BLOOD TESTING IN CENTRAL LABORATORY-
REPRODUCIBILITY

APPENDIX 18-G-2-CAPILLARY BLOOD TESTING IN CENTRAL LABORATORY-
REPRODUCIBILITY

APPENDIX 18-H-1-CAPILLARY BLOOD TESTING IN PATIENT SERVICE CENTER-
METHOD COMPARISON

APPENDIX 18-H-2-CAPILLARY BLOOD TESTING IN PATIENT SERVICE CENTER-
METHOD COMPARISON

APPENDIX 18-I-1-CAPILLARY BLOOD TESTING IN PATIENT SERVICE CENTER-
REPRODUCIBILITY

APPENDIX 18-I-2-CAPILLARY BLOOD TESTING IN PATIENT SERVICE CENTER-
REPRODUCIBILITY

APPENDIX 18-J-INFORMATION ABOUT CLINICAL SAMPLES

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

**THERANOS, INC.**

**THERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION**

## 1.0   MEDICAL DEVICE USER FEE COVER SHEET (FORM FDA 3601)

Site: null

Page 1 of 2

<table>
<tr>
<td colspan="2">Form Approval: OMB No. 0990-0211 Expiration Date: April 31, 2015. See Instructions for OMB Statement</td>
</tr>
<tr>
<td>DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**MEDICAL DEVICE USER FEE COVER SHEET**</td>
<td>PAYMENT IDENTIFICATION NUMBER<br>**MD6078265**<br>Write the Payment Identification number on<br>your check.</td>
</tr>
<tr>
<td colspan="2">A completed cover sheet must accompany each original application or supplement subject to fees. If payment is sent by U.S. mail or courier, please include a copy of this completed form with payment. Payment and mailing instructions can be found at: http://www.fda.gov/oc/mdufma/coversheet.html</td>
</tr>
<tr>
<td>1.  COMPANY NAME AND ADDRESS (include name, street address, city state, country, and post office code)<br><br><br>THERANOS INC<br>1601 S California Ave<br>Palo Alto<br>CA 94304<br>US<br><br>1.1 EMPLOYER IDENTIFICATION NUMBER (EIN)<br>*****1826</td>
<td>2.  CONTACT NAME<br>    Steven Arington<br>2.1 E-MAIL ADDRESS<br>    barington@▓▓▓▓▓▓▓▓<br>2.2 TELEPHONE NUMBER (include Area<br>    code)<br>    ▓▓▓▓▓▓▓▓<br>2.3 FACSIMILE (FAX) NUMBER (Include<br>    Area code)</td>
</tr>
<tr>
<td colspan="2">3.  TYPE OF PREMARKET APPLICATION (Select one of the following in each column; if you are unsure, please refer to the application descriptions at the following web site: http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm345263.htm</td>
</tr>
<tr>
<td>Select an application type:<br>[X] Premarket notification510(k)); except for third party<br>[ ] 513(g) Request for Information<br>[ ] Biologics License Application (BLA)<br>[ ] Premarket Approval Application (PMA)<br>[ ] Modular PMA<br>[ ] Product Development Protocol (PDP)<br>[ ] Premarket Report (PMR)<br>[ ] 30-Day Notice</td>
<td>3.1 Select a center<br>[X] CDRH<br>[ ] CBER<br>3.2  Select one of the types below<br>[X] Original Application<br>Supplement Types:<br>[ ] Efficacy (BLA)<br>[ ] Panel Track (PMA, PMR, PDP)<br>[ ] Real-Time (PMA, PMR, PDP)<br>[ ] 180-day (PMA, PMR, PDP)</td>
</tr>
<tr>
<td colspan="2">4.  ARE YOU A SMALL BUSINESS? (See the instructions for more information on determining this status)<br>[ ] YES, I meet the small business criteria and have submitted   [X] NO, I am not a small business the required qualifying documents to FDA<br>4.1  If Yes, please enter your Small Business Decision Number:</td>
</tr>
<tr>
<td colspan="2">5. FDA WILL NOT ACCEPT YOUR SUBMISSION IF YOUR COMPANY HAS NOT PAID AN ESTABLISHMENT REGISTRATION FEE THAT IS DUE TO FDA. HAS YOUR COMPANY PAID ALL ESTABLISHMENT REGISTRATION FEES THAT ARE DUE TO FDA?<br>[X] YES (All of our establishments have registered and paid the fee, or this is our first device, and we will register and pay the fee within 30 days of FDA's approval/clearance of this device.)<br>[ ] NO (If "NO," FDA will not accept your submission until you have paid all fees due to FDA. This submission will not be processed; see http://www.fda.gov/cdrh/mdufma for additional information)</td>
</tr>
<tr>
<td colspan="2">6. IS THIS PREMARKET APPLICATION COVERED BY ANY OF THE FOLLOWING USER FEE EXCEPTIONS? IF SO, CHECK THE APPLICABLE EXCEPTION.</td>
</tr>
<tr>
<td>[ ] This application is the frst PMA submitted by a qualified small business, including any affiliates</td>
<td>[ ] The sole purpose of the application is to support conditions of use for a pediatric population</td>
</tr>
</table>

https://userfees.fda.gov/OA_HTML/mdufmaCScdCfgItemsPopup.jsp?ordnum=6078265      10/29/2014

**TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT**

Page **1** of **109**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.     T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

Site: null                                                    Page 2 of 2

| [ ] This biologics application is submitted under section 351 of the Public Health Service Act for a product licensed for further manufacturing use only | [ ] The application is submitted by a state or federal government entity for a device that is not to be distributed commercially |
|---|---|

7. IS THIS A SUPPLEMENT TO A PREMARKET APPLICATION FOR WHICH FEES WERE WAIVED DUE TO SOLE USE IN A PEDIATRIC POPULATION THAT NOW PROPOSES CONDITION OF USE FOR ANY ADULT POPULATION? (If so, the application is subject to the fee that applies for an original premarket approval application (PMA).

[ ] YES          [X] NO

PAPERWORK REDUCTION ACT STATEMENT
Public reporting burden for this collection of information is estimated to average 18 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the address below.

Department of Health and Human Services, Food and Drug Administration, Office of Chief Information Officer, 8455 Colesville Road, COLE-14-14253 Silver Spring, MD 20993-0002
[Please do NOT return this form to the above address, except as it pertains to comments on the burden estimate.]

8.  USER FEE PAYMENT AMOUNT SUBMITTED FOR THIS PREMARKET APPLICATION
$5,018.00                                                    29-Oct-2014

Form FDA 3601 (10/2007)

"Close Window"  Print Cover sheet

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

Page **2** of **109**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                THER-2550345

Theranos, Inc. 510(k) Pre-Market Notification for Herpes Simpliex Virus-1 Assay
Section 2.0
Case 5:18-cr-00258-EJD   Document 725   Filed 02/16/21   Page 13 of 119

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**CDRH PREMARKET REVIEW SUBMISSION COVER SHEET** | Form Approval<br>OMB No. 0910-0120<br>Expiration Date: December 31, 2013<br>See PRA Statement on page 5. |
|---|---|

| Date of Submission<br>11/11/2014 | User Fee Payment ID Number<br>MD6078265 | FDA Submission Document Number *(if known)* |
|---|---|---|

## SECTION A — TYPE OF SUBMISSION

| PMA | PMA & HDE Supplement | PDP | 510(k) | Request for Feedback |
|---|---|---|---|---|
| ☐ Original Submission<br>☐ Premarket Report<br>☐ Modular Submission<br>☐ Amendment<br>☐ Report<br>☐ Report Amendment<br>☐ Licensing Agreement | ☐ Regular (180 day)<br>☐ Special<br>☐ Panel Track (PMA Only)<br>☐ 30-day Supplement<br>☐ 30-day Notice<br>☐ 135-day Supplement<br>☐ Real-time Review<br>☐ Amendment to PMA &<br>  HDE Supplement<br>☐ Other | ☐ Original PDP<br>☐ Notice of Completion<br>☐ Amendment to PDP | ☒ Original Submission:<br>  ☒ Traditional<br>  ☐ Special<br>  ☐ Abbreviated (Complete<br>    section I, Page 5)<br>☐ Additional Information<br>☐ Third Party | ☐ Pre-Submission<br>☐ Informational Meeting<br>☐ Submission Issue Meeting<br>☐ Day 100 Meeting<br>☐ Agreement Meeting<br>☐ Determination Meeting<br>☐ Study Risk Determination<br>☐ Other *(specify):* |

| IDE | Humanitarian Device Exemption (HDE) | Class II Exemption Petition | Evaluation of Automatic Class III Designation (De Novo) | Other Submission |
|---|---|---|---|---|
| ☐ Original Submission<br>☐ Amendment<br>☐ Supplement | ☐ Original Submission<br>☐ Amendment<br>☐ Supplement<br>☐ Report<br>☐ Report Amendment | ☐ Original Submission<br>☐ Additional Information | ☐ Original Submission<br>☐ Additional Information | ☐ 513(g)<br>☐ Other<br>  *(describe submission):* |

Have you used or cited Standards in your submission?  ☒ Yes  ☐ No  *(If Yes, please complete Section I, Page 5)*

## SECTION B — SUBMITTER, APPLICANT OR SPONSOR

| Company / Institution Name<br>Theranos, Inc. | Establishment Registration Number *(if known)*<br>Owner/Operator # 10041002 |
|---|---|
| Division Name *(if applicable)* | Phone Number *(including area code)*<br>650-856-7304 |
| Street Address<br>1701 Page Mill Road | FAX Number *(including area code)* |

| City<br>Palo Alto | State / Province<br>California | ZIP/Postal Code<br>94304 | Country<br>USA |
|---|---|---|---|

| Contact Name<br>Brad Arington | |
|---|---|
| Contact Title<br>Senior Regulatory Counsel | Contact E-mail Address<br>barington@theranos.com |

## SECTION C — APPLICATION CORRESPONDENT (e.g., consultant, if different from above)

| Company / Institution Name | |
|---|---|
| Division Name *(if applicable)* | Phone Number *(including area code)* |
| Street Address | FAX Number *(including area code)* |

| City | State / Province | ZIP Code | Country |
|---|---|---|---|

| Contact Name | |
|---|---|
| Contact Title | Contact E-mail Address |

**FORM FDA 3514 (1/13)**

Page 1 of 6 Pages

FSC Publishing Services (301) 443-6740   EF

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550346

| SECTION D1 | REASON FOR APPLICATION - PMA, PDP, OR HDE | |
|---|---|---|
| ☐ New Device<br>☐ Withdrawal<br>☐ Additional or Expanded Indications<br>☐ Request for Extension<br>☐ Post-approval Study Protocol<br>☐ Request for Applicant Hold<br>☐ Request for Removal of Applicant Hold<br>☐ Request to Remove or Add Manufacturing Site | ☐ Change in design, component, or specification:<br>　☐ Software / Hardware<br>　☐ Color Additive<br>　☐ Material<br>　☐ Specifications<br>　☐ Other *(specify below)* | ☐ Location change:<br>　☐ Manufacturer<br>　☐ Sterilizer<br>　☐ Packager |
| ☐ Process change:<br>　☐ Manufacturing　☐ Packaging<br>　☐ Sterilization<br>　☐ Other *(specify below)* | ☐ Labeling change:<br>　☐ Indications<br>　☐ Instructions<br>　☐ Performance Characteristics<br>　☐ Shelf Life<br>　☐ Trade Name<br>　☐ Other *(specify below)* | ☐ Report Submission:<br>　☐ Annual or Periodic<br>　☐ Post-approval Study<br>　☐ Adverse Reaction<br>　☐ Device Defect<br>　☐ Amendment |
| ☐ Response to FDA correspondence: | | ☐ Change in Ownership<br>☐ Change in Correspondent<br>☐ Change of Applicant Address |

☐ Other Reason *(specify):*

| SECTION D2 | REASON FOR APPLICATION - IDE | |
|---|---|---|
| ☐ New Device<br>☐ New Indication<br>☐ Addition of Institution<br>☐ Expansion / Extension of Study<br>☐ IRB Certification<br>☐ Termination of Study<br>☐ Withdrawal of Application<br>☐ Unanticipated Adverse Effect<br>☐ Notification of Emergency Use<br>☐ Compassionate Use Request<br>☐ Treatment IDE<br>☐ Continued Access | ☐ Change in:<br>　☐ Correspondent / Applicant<br>　☐ Design / Device<br>　☐ Informed Consent<br>　☐ Manufacturer<br>　☐ Manufacturing Process<br>　☐ Protocol - Feasibility<br>　☐ Protocol - Other<br>　☐ Sponsor<br><br>☐ Report submission:<br>　☐ Current Investigator<br>　☐ Annual Progress Report<br>　☐ Site Waiver Report<br>　☐ Final | ☐ Response to FDA Letter Concerning:<br>　☐ Conditional Approval<br>　☐ Deemed Approved<br>　☐ Deficient Final Report<br>　☐ Deficient Progress Report<br>　☐ Deficient Investigator Report<br>　☐ Disapproval<br>　☐ Request Extension of Time to Respond to FDA<br>　☐ Request Meeting<br>　☐ Request Hearing |

☐ Other Reason *(specify):*

| SECTION D3 | REASON FOR SUBMISSION - 510(k) | |
|---|---|---|
| ☒ New Device | ☐ Additional or Expanded Indications | ☐ Change in Technology |

☐ Other Reason *(specify):*

**FORM FDA 3514 (1/13)**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550347

## SECTION E — ADDITIONAL INFORMATION ON 510(K) SUBMISSIONS

Product codes of devices to which substantial equivalence is claimed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | LGC | 2 | | 3 | | 4 | |
| 5 | | 6 | | 7 | | 8 | |

Summary of, or statement concerning, safety and effectiveness information

☐ 510 (k) summary attached
☐ 510 (k) statement

Information on devices to which substantial equivalence is claimed (if known)

| | 510(k) Number | | Trade or Proprietary or Model Name | | Manufacturer |
|---|---|---|---|---|---|
| 1 | K000238 | 1 | HSV-1 & HSV-2 Differentiation Immunoblot IgG | 1 | Focus Diagnostics |
| 2 | | 2 | | 2 | |
| 3 | | 3 | | 3 | |
| 4 | | 4 | | 4 | |
| 5 | | 5 | | 5 | |
| 6 | | 6 | | 6 | |

## SECTION F — PRODUCT INFORMATION - APPLICATION TO ALL APPLICATIONS

Common or usual name or classification name

Immunoassay for Herpes Simplex Virus-1 (HSV-1) IgG antibodies to the glycoprotein G (gG) 1 recombinant antigen

| | Trade or Proprietary or Model Name for This Device | | Model Number |
|---|---|---|---|
| 1 | Theranos Herpes Simplex Virus-1 IgG Assay | 1 | TSPU Model No. 4S2 |
| 2 | | 2 | |
| 3 | | 3 | |
| 4 | | 4 | |
| 5 | | 5 | |

FDA document numbers of all prior related submissions (regardless of outcome)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Q140358 | 2 | Q131148 | 3 | Q131199 | 4 | Q131542 | 5 | Q131664 | 6 | Q140553 |
| 7 | Q140057 | 8 | Q140818 | 9 | K143099 | 10 | | 11 | | 12 | |

Data Included in Submission

☐ Laboratory Testing  ☐ Animal Trials  ☒ Human Trials

## SECTION G — PRODUCT CLASSIFICATION - APPLICATION TO ALL APPLICATIONS

| Product Code | C.F.R. Section (if applicable) | Device Class |
|---|---|---|
| MXJ | 21 CFR 866.3305 | ☐ Class I  ☒ Class II |
| Classification Panel | | ☐ Class III  ☐ Unclassified |
| Microbiology | | |

Indications (from labeling)

The TheranosTM HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in human serum from venous blood and K2-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of this assay has not been established for use in a pediatric population, neonates and immunocompromised patients. The Theranos HSV-1 IgG assay is for use with the Theranos System.

FORM FDA 3514 (1/13)

Page 3 of 6 Pages

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550348

| **Note:** Submission of the information entered in Section H does not affect the need to submit device establishment registration. | | FDA Document Number *(if known)* | | |
|---|---|---|---|---|
| **SECTION H** | **MANUFACTURING / PACKAGING / STERILIZATION SITES RELATING TO A SUBMISSION** | | | |
| ☒ Original ☐ Add ☐ Delete | Facility Establishment Identifier (FEI) Number 3006231732 | ☒ Manufacturer ☐ Contract Manufacturer | ☐ Contract Sterilizer ☐ Repackager / Relabeler | |
| Company / Institution Name Theranos, Inc. | | Establishment Registration Number 3006231732 | | |
| Division Name *(if applicable)* Newark Facility | | Phone Number *(including area code)* (650) 856-7304 | | |
| Street Address 7333 Gateway Blvd. | | FAX Number *(including area code)* | | |
| City Newark | | State / Province CA | ZIP Code 94560 | Country USA |
| Contact Name Brad Arington | Contact Title Senior Regulatory Counsel | Contact E-mail Address barington@theranos.com | | |

| ☒ Original ☐ Add ☐ Delete | Facility Establishment Identifier (FEI) Number 3010479366 | ☐ Manufacturer ☐ Contract Manufacturer | ☐ Contract Sterilizer ☒ Repackager / Relabeler | |
|---|---|---|---|---|
| Company / Institution Name Theranos, Inc. | | Establishment Registration Number 3010479366 | | |
| Division Name *(if applicable)* Palo Alto Facility | | Phone Number *(including area code)* (650) 856-7304 | | |
| Street Address 1701 Page Mill Road | | FAX Number *(including area code)* | | |
| City Palo Alto | | State / Province CA | ZIP Code 94304 | Country USA |
| Contact Name Brad Arington | Contact Title Senior Regulatory Counsel | Contact E-mail Address barington@theranos.com | | |

| ☐ Original ☐ Add ☐ Delete | Facility Establishment Identifier (FEI) Number | ☐ Manufacturer ☐ Contract Manufacturer | ☐ Contract Sterilizer ☐ Repackager / Relabeler | |
|---|---|---|---|---|
| Company / Institution Name | | Establishment Registration Number | | |
| Division Name *(if applicable)* | | Phone Number *(including area code)* | | |
| Street Address | | FAX Number *(including area code)* | | |
| City | | State / Province | ZIP Code | Country |
| Contact Name | Contact Title | Contact E-mail Address | | |

**FORM FDA 3514 (1/13)**    Add Continuation Page    Page 4 of 6 Pages

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550349

|  | FDA Document Number *(if known)* |
|---|---|
| *Note:* Submission of this information does not affect the need to submit a 2891 or 2891a Device Establishment Registration form. | |

**SECTION H** *(Continued)*

| Original ☐  Add ☐  Delete ☐ | Facility Establishment Identifier (FEI) Number | ☐ Manufacturer  ☐ Contract Manufacturer | ☐ Contract Sterilizer  ☐ Repackager / Relabeler |
|---|---|---|---|
| Company / Institution Name | | Establishment Registration Number | |
| Division Name *(if applicable)* | | Phone Number *(including area code)* | |
| Street Address | | FAX Number *(including area code)* | |
| City | | State / Province | ZIP Code | Country |
| Contact Name | Contact Title | Contact E-mail Address | |

| Original ☐  Add ☐  Delete ☐ | Facility Establishment Identifier (FEI) Number | ☐ Manufacturer  ☐ Contract Manufacturer | ☐ Contract Sterilizer  ☐ Repackager / Relabeler |
|---|---|---|---|
| Company / Institution Name | | Establishment Registration Number | |
| Division Name *(if applicable)* | | Phone Number *(including area code)* | |
| Street Address | | FAX Number *(including area code)* | |
| City | | State / Province | ZIP Code | Country |
| Contact Name | Contact Title | Contact E-mail Address | |

| Original ☐  Add ☐  Delete ☐ | Facility Establishment Identifier (FEI) Number | ☐ Manufacturer  ☐ Contract Manufacturer | ☐ Contract Sterilizer  ☐ Repackager / Relabeler |
|---|---|---|---|
| Company / Institution Name | | Establishment Registration Number | |
| Division Name *(if applicable)* | | Phone Number *(including area code)* | |
| Street Address | | FAX Number *(including area code)* | |
| City | | State / Province | ZIP Code | Country |
| Contact Name | Contact Title | Contact E-mail Address | |

**FORM FDA 3514 (1/13)**

Add Continuation Page    Page 5 of 6 Pages

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550350

| SECTION I | | UTILIZATION OF STANDARDS | | | |
|---|---|---|---|---|---|

Note: Complete this section if your application or submission cites standards or includes a *"Declaration of Conformity to a Recognized Standard"* statement.

| | Standards No. | Standards Organization | Standards Title | Version | Date |
|---|---|---|---|---|---|
| 1 | 60601-1-2:2007 | International Electrotechnical Commission (IEC) | Medical electrical equipment – Part 1-2: General requirements for basic safety and essential performance – Collateral standard: Electromagnetic compatibility – Requirements and tests | 3.0 | 09/28/2007 |
| 2 | 61010-1 | IEC | Safety requirements for electrical equipment for measurement, control, and laboratory use - Part 1: General requirements | 3.0 | 06/10/2010 |
| 3 | 61010-2-020 | IEC | Safety requirements for electrical equipment for measurement, control, and laboratory use - Part 2-020: Particular requirements for laboratory centrifuges | 2.0 | 05/24/2006 |
| 4 | Standards No. | Standards Organization | Standards Title | Version | Date |
| 5 | Standards No. | Standards Organization | Standards Title | Version | Date |
| 6 | Standards No. | Standards Organization | Standards Title | Version | Date |
| 7 | Standards No. | Standards Organization | Standards Title | Version | Date |

**Please include any additional standards to be cited on a separate page.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.
**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 0.5 hour per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
1350 Piccard Drive, Room 400
Rockville, MD 20850

*An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.*

**FORM FDA 3514 (1/13)**

Page 6 of 6 Pages

Page 8 of 109

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

---

## SCREENING CHECKLIST FOR PREMARKET NOTIFICATION 510(k) SUBMISSIONS

The following table is a reproduction of the Premarket Notification 510(k) Checklist for Acceptance Decision. For the reviewer's convenience, the location within the submission is noted, or if the item is omitted, a justification for the omission is provided.

| Device: | Herpes Simplex Virus-1 IgG Assay | K: |
|---|---|---|
| **Submitter:** | **Theranos, Inc.** | |

| TITLE | YES PRESENT / OMISSION JUSTIFIED | NO / INADEQUATE OMITTED | SUBMISSION LOCATION |
|---|---|---|---|
| A. MDUFMA Cover Sheet | X | | Section 1 |
| B. CDRH Premarket Review Submission Cover Sheet | X | | Section 2 |
| C. 510(k) Cover Letter | X | | Cover Letter |
| D. Indications for Use Statement | X | | Section 3 |
| E. 510(k) Summary or 510(k) Statement | X | | Section 4 |
| F. Truthful and Accuracy Statement | X | | Section 5 |
| G. Class III Summary and Certification | X | | Section 6 |
| H. Financial Certification or Disclosure Statement | X | | Section 7 |
| I. Declarations of Conformity and Summary Reports (Abbreviated 510(k)s) | X | | Section 8 |
| J. Executive Summary | X | | Section 9 |
| K. Device Description | X | | Section 10 |
| L. Substantial Equivalence Discussion | X | | Section 11 |
| M. Proposed Labeling | X | | Section 12 |
| N. Sterilization/Shelf Life | X | | Section 13 |
| O. Biocompatibility | X | | Section 14 |
| P. Software | X | | Section 15 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550352

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| | | | | |
|---|---|---|---|---|
| Q. | Electromagnetic Compatibility/ Electrical Safety | X | | Section 16 |
| R. | Performance Testing – Analytical | X | | Section 17 |
| S. | Performance Testing – Clinical | X | | Section 18 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

## 3.0 INDICATIONS FOR USE STATEMENT

The Theranos™ HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in human serum from venous blood and K2-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of this assay has not been established for use in a pediatric population, neonates and immunocompromised patients. The Theranos HSV-1 IgG assay is for use with the Theranos System.

Type of Use (Select one or both, as applicable)

__X__ Prescription Use (Part 21 CFR 801 Subpart D)

_____ Over-The-Counter Use (21 CFR 801 Subpart C)

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550354

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

## 4.0    510(K) SUMMARY

### GENERAL INFORMATION

Applicant:
Theranos, Inc.
1701 Page Mill Road
Palo Alto, CA 94304
U.S.A.
Phone:  650-838-9292
Fax:  650-838-9165

Contact Person:
Brad Arington
Senior Regulatory Counsel
Theranos, Inc.



Date Prepared:
November 10, 2014

### DEVICE INFORMATION

Trade Name:
Theranos Herpes Simplex Virus-1 IgG Assay

**Generic/Common Name:**
**Immunoassay for Herpes Simplex Virus-1 (HSV** -1) IgG antibodies to the glycoprotein
G (gG) 1 recombinant antigen

Classification:
21 CFR 866.3305, Herpes simplex virus serological assays, Class II

Product Codes:
MXJ – Enzyme linked immunosorbent assay, Herpes Simplex Virus, HSV-1

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550355

THERANOS, INC.    T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

**PREDICATE DEVICE**

Focus HerpeSelect® 1 and 2 Immunoblot IgG, from Focus Diagnostics, Inc. (K000238)

**DEVICE DESCRIPTION**

The Theranos HSV-1 IgG assay is for use with the Theranos System.     The Theranos
System performs automated pre-analytical processing steps and analysis to produce the
test results.

The Theranos anti-HSV-1 IgG immunoassay is a three     -step sandwich immunoassay
with HSV-1 (gG) recombinant antigen coated surface, an anti-human IgG detection
reagent conjugated to alkaline phosphatase (AP) and chemiluminescent substrate.
Capture reagent is coated on the reaction surface. Analyte in the calibrators, controls or
sample binds to the capture reagent. Unbound entities are washed out and the capture
surface is subsequently incubated with the detection reagent. This is followed by wash
step to remove any nonspecific reactants. The capture-analyte-detection complex is
then incubated with AP substrate to initiate the chemiluminescence reaction. The rate
of the reaction generates light levels that are detected and analyzed by the Theranos
System.

**INTENDED USE/INDICATIONS FOR USE**

The Theranos ™ HSV -1 IgG assay is a chemiluminescent immunoassay intended for
the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in
human serum from venous blood and K2-EDTA anticoagulated human plasma from
venous and capillary blood. The test is indicated for sexually active individuals and
expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The
predictive value of positive or negative results depends on the population's prevalence
and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or
plasma donors. The performance of this assay has not been established for use in a
pediatric population, neonates and immunocompromised patients. The Theranos HSV-
1 IgG assay is for use with the Theranos System.

**SUBSTANTIAL EQUIVALENCE**

The Theranos HSV-1 IgG assay was compared to an assay commercially manufactured
by Focus Diagnostics, the HerpeSelect 1 and 2 Immunoblot IgG assay (K000238). Test
performance was compared to the Focus Diagnostics assay for HSV-1 only. These
tests have the same Intended Use and Indications for Use. The Table 4-1 below
provides a comparison of the characteristics of the subject Theranos and Focus
Diagnostics assays.

Table 4-1: Comparison of Theranos Method and Predicate Method

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

| Attribute | Theranos Method | Predicate Method |
|---|---|---|
| Intended Use | The Theranos HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in human serum from venous blood and $K_2$-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of this assay has not been established for use in a pediatric population, neonates and immunocompromised patients.  The Theranos HSV-1 IgG assay is for use with the Theranos System. | Focus Diagnostics' HerpeSelect®1 and 2 Immunoblot IgG test is intended for qualitatively detecting the presence or absence of human IgG class antibodies to HSV-1 and HSV-2 in human sera. The test is indicated for testing sexually active adults or expectant mothers for aiding in the presumptive diagnosis of HSV-1 and HSV-2 infection. The predictive value of a positive or negative result depends on the population's prevalence and the pretest likelihood of HSV-1 and HSV-2 infection. The performance of this assay has not been established for use in a pediatric population, for neonatal screening, for testing of immunocompromised patients, for use by a point of care facility or for use with automated equipment. |
| Sample Volume | 10 uL | 20 uL |
| Controls | 2 (negative and positive) per assay | Same |
| Sample matrix | Venous serum, K2-EDTA plasma from venous and capillary blood | Venous Serum |
| Reagent storage | 2-8 °C in ready-to-use cartridges | 2-8 °C, on-board and refrigerator |
| Type of assay | Sandwich format immunoassay | Nitrocellulose Immunoblot |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550357

| Platform | Theranos System | Manual procedure |
|---|---|---|
| Capture reagent | HSV-1 recombinant antigen (gG1) | HSV-1/HSV-2 antigen immobilized on nitrocellulose membrane |
| Detection reagent | Mouse monoclonal antibody against human IgG, conjugated to alkaline phosphatase | Goat anti-human IgG conjugated to alkaline phosphatase, bromo-chloro-indodyl phosphate and nitroblue tetrazolium substrate |
| Sample handling and processing | Automated | Manual |
| Measurement system | Photodiode | Visual observation of bands on a strip |
| Unit of measure | Antibody index | Positive or negative reading from color of band |
| Total incubation | 10 min | 2 hr 20 mins |

From performance data detailed below, Theranos has concluded that the Theranos Herpes HSV-1 IgG immunoassay is substantially equivalent to the commercially available HerpeSelect 1 and 2 Immunoblot IgG assay manufactured by Focus Diagnostics for detection of HSV-1 IgG antibodies in the indicated populations.

## Expected Values

The HSV-1 IgG immunoassay was used to evaluate the prevalence of HSV-1 IgG antibodies in expectant mothers and high risk adults for whom an HSV-1 IgG test was ordered by a physician. The study population for the HSV-1 IgG immunoassay consisted of 640 patients. Of these 640 subjects, 82 were low-risk individuals and 558 were high risk adults, with 298 individuals identified as a pregnant sub-cohort. The data for the intended use population (558 specimens) have been summarized according to age group in decades, gender, number of reactive results, and number of non-reactive results.

Table 4-2 Expected results for HSV-1 IgG immunoassay in High Risk Adult Subjects

| Age range | Gender | Reactive | | Non-reactive | | Total |
|---|---|---|---|---|---|---|
| | | N | Percent | N | Percent | |
| 16 to 19 | Male | 0 | 0 | 0 | 0.0 | 0 |
| 16 to 19 | Female | 1 | 25.0 | 3 | 75.0 | 4 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.      T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| 20 to 29 | Male | 8 | 47.1 | 9 | 52.9 | 17 |
|---|---|---|---|---|---|---|
| 20 to 29 | Female | 29 | 39.7 | 44 | 60.3 | 73 |
| 30 to 39 | Male | 5 | 50.0 | 5 | 50.0 | 10 |
| 30 to 39 | Female | 33 | 53.2 | 29 | 46.8 | 62 |
| 40 to 49 | Male | 5 | 50.0 | 5 | 50.0 | 10 |
| 40 to 49 | Female | 16 | 59.3 | 11 | 40.7 | 27 |
| 50 to 59 | Male | 17 | 85.0 | 3 | 15.0 | 20 |
| 50 to 59 | Female | 9 | 81.8 | 2 | 18.2 | 11 |
| 60 to 69 | Male | 5 | 83.3 | 1 | 16.7 | 6 |
| 60 to 69 | Female | 5 | 55.6 | 4 | 44.4 | 9 |
| 70 to 79 | Male | 3 | 75.0 | 1 | 25.0 | 4 |
| 70 to 79 | Female | 1 | 33.3 | 2 | 66.7 | 3 |
| 80 to 89 | Male | 0 | 0.0 | 0 | 0.0 | 0 |
| 80 to 89 | Female | 1 | 100.0 | 0 | 0.0 | 1 |
| Total | | 138 | 54% | 119 | 46% | 257 |

* 2 samples tested equivocal on Theranos assay. Age information was unavailable for
one subject.

Table 4-3 Expected results for HSV-1 IgG immunoassay in Pregnant Subjects

| Age range | Gender | Reactive | | Non-reactive | | Total |
|---|---|---|---|---|---|---|
| | | N | Percent | N | Percent | |
| 18 to 19 | Female | 7 | 53.8 | 6 | 46.2 | 13 |
| 20 to 29 | Female | 118 | 66.7 | 59 | 33.3 | 177 |
| 30 to 39 | Female | 65 | 64.4 | 36 | 35.6 | 101 |
| 40 to 49 | Female | 3 | 50.0 | 3 | 50.0 | 6 |
| Total | | 193 | 64.98 | 104 | 35.0 | 297 |

The hypothetical positive and negative predictive values (PPV, NPV) for the two
populations are shown in Table 4-4. The calculations are based on the specificity and
sensitivity values for HSV-1 IgG immunoassay determined in the study above, namely:

1.      Specificity of 97.4% and sensitivity of 95.2% in high risk adults
2.      Specificity of 95.1% and sensitivity of 97.4% in pregnant women

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

Table 4-4 Hypothetical Predictive Values

| Prevalence | High Risk Adults | | Pregnant Women | |
|---|---|---|---|---|
| | PPV | NPV | PPV | NPV |
| 50 | 93.8 | 92.6 | 92.1 | 91.7 |
| 45 | 93.2 | 93.2 | 91.3 | 92.4 |
| 40 | 92.4 | 93.8 | 90.3 | 93.0 |
| 35 | 91.4 | 94.2 | 89.1 | 93.5 |
| 30 | 90.1 | 94.6 | 87.5 | 94.0 |
| 25 | 88.3 | 94.9 | 85.3 | 94.3 |
| 20 | 85.8 | 95.2 | 82.3 | 94.7 |
| 15 | 82.0 | 95.5 | 77.7 | 95.0 |
| 10 | 75.2 | 95.7 | 69.9 | 95.2 |
| 5 | 60.2 | 96.0 | 53.8 | 95.5 |

**Specific Performance Characteristics**

To characterize performance of the Theranos HSV-1 IgG immunoassay in the clinical setting, the following four studies were conducted:

1. Matrix comparison
2. Sensitivity and specificity assessment in target population
3. CDC panel testing
4. Processing of capillary samples in central laboratory
   a. Method comparison
   b. Reproducibility
5. Processing of capillary samples in field locations
   a. Method comparison
   b. Reproducibility

**1. Matrix Comparison:**

The effect of anticoagulants on the detection of analyte in HSV-1 IgG immunoassay was determined by comparing values obtained from matched venous serum venous K2-EDTA plasma, and capillary K2-EDTA plasma samples drawn from the same donors. At least 40 serum/plasma pairs were tested for each of the anticoagulants. The

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550360

acceptance criterion was a recovery of positive plasma samples within ± 20% of the serum reference value (serum drawn into primary tubes without gel). For negative samples, the acceptance criteria was a difference of <= 0.02 COI from the corresponding serum value. All anticoagulant–    treated plasma samples met this criterion. The results of this study are displayed in Table 4-5 below.

Table 4-5 Summary of matrix comparison studies for HSV-1 IgG

| | Number of specimens showing recovery to serum within various ranges | | | | |
|---|---|---|---|---|---|
| Negative samples | <=0.005 COI | <=0.01 COI | <=0.02COI | >0.02COI | Total |
| Fingerstick EDTA plasma | 7 | 8 | 2 | 1 | 18 |
| Venous EDTA plasma | 9 | 2 | 6 | 1 | 18 |
| Positive samples | <=5% | 5-10% | 10-20% | >20% | Total |
| Fingerstick EDTA plasma | 17 | 6 | 0 | 0 | 23 |
| Venous EDTA plasma | 10 | 10 | 4 | 0 | 24 |

| Negative samples | Mean Bias (COI) | Mean Bias 95% LCL (COI) | Mean Bias 95% UCL (COI) |
|---|---|---|---|
| Fingerstick EDTA plasma | 0.002 | -0.020 | 0.024 |
| Venous EDTA plasma | 0.002 | -0.019 | 0.022 |
| Positive samples | Mean Bias (%) | Mean Bias 95% LCL (%) | Mean Bias 95% UCL (%) |
| Fingerstick EDTA plasma | -1.6 | -9.8 | 6.6 |
| Venous EDTA plasma | -0.3 | -14.9 | 14.3 |

## 2. Sensitivity and specificity in target population:

A clinical study was conducted to characterize the performance of HSV-1 IgG immunoassay. Retrospective venous serum samples were used in the study. The primary objective of the study was to demonstrate the sensitivity and specificity of the

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550361

HSV-1 IgG immunoassay in the Theranos CLIA-certified Laboratory in comparison to the reference method. All collected samples were tested   on the Theranos HSV-1 IgG assay and tested with the FOCUS HerpeSelect Immunoblot reference method.

The target population for HSV-1 IgG includes individuals with signs and symptoms of HSV-1 infection, pregnant women and sexually active adults at risk for sexually transmitted diseases.   To capture the target population for the HSV-1 IgG assay, samples were obtained from adults (18 years and older) who had a prescription for a HSV-1 IgG test.

Assessment of the tests performance in low prevalence populations was also tested to assist in determining the specificity of the test.  Low prevalence populations are not a target population for HSV testing, as the public health benefit of screening for HSV in low prevalence populations has not been determined.  To capture this low risk group, samples were obtained from adults (18 years and older) who were not sexually active (celibate) and without a recent or current sexually transmitted disease (Hepatitis, Syphilis, HIV, HPV, Trichomonas, Chlamydia, Gonorrhoeae).

All samples in this portion of the studies were shipped frozen to Theranos. Upon receipt, the samples were thawed, divided into aliquots and refrozen. All subsequent testing was performed on samples which had been frozen and thawed once.

Samples that repeatedly tested equivocal on the predicate device were resolved using a validated western blot reference test (University of Washington, Seattle) as per the instructions of the predicate device package insert.

Among the 640 samples, 543 (85%) were females and 97 (15%) were males. Ages ranged from 18 to 90 years. These populations included: high risk individuals ($n = 558$) and low risk population ($n = 82$). Out of the 558 samples collected from the high risk group, 298 samples were identified as pregnant women. For acceptance, the lower bound of the 95% confidence interval on sensitivity and specificity needed to be >89%.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                              THER-2550362
Fed. R. Crim. P. 6(e) material

Table 4-6 Summary of HSV-1 IgG test performance on high risk adult population.

|  |  | Reference method | | | |
|---|---|---|---|---|---|
|  |  | Positive | Equivocal | Negative | Total |
|  | Positive | 137 | 0 | 2 | 139 |
| Theranos HSV-1 IgG assay | Equivocal | 1 | 0 | 1 | 1 |
|  | Negative | 5 | 1 | 113 | 119 |
|  | Total | 143 | 1 | 119 | 260 |

| Agreement classification | Numerator/Denominator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Specificity | 113/116 | 97.4 | 92.6-99.5 |
| Sensitivity | 137/144 | 95.1 | 90.2-98.0 |

Table 4-7 Summary of HSV-1 IgG test performance on pregnant women population.

|  |  | Reference method | | | |
|---|---|---|---|---|---|
|  |  | Positive | Equivocal | Negative | Total |
|  | Positive | 188 | 1 | 4 | 193 |
| Theranos HSV-1 IgG assay | Equivocal | 0 | 1 | 0 | 1 |
|  | Negative | 2 | 2 | 100 | 104 |
|  | Total | 190 | 4 | 104 | 298 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550363

THERANOS, INC.

T  HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

| Agreement classification | Numerator/Denominator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Specificity | 100/105 | 95.2 | 89.2-98.4 |
| Sensitivity | 188/193 | 97.4 | 94.1-99.2 |

**Low Risk Population:**

Serum samples were collected from a low risk population: individuals who are not sexually active, without a recent or current sexually transmitted disease (Hepatitis, Syphilis, HIV, HPV, Trichomonas, Chlamydia, Gonorrhoeae) as determined in an interview. Performance of the assay on this population is summarized in Table 4-8.

Table 4-8 Summary of HSV-1 IgG test performance on low risk population

| | | Reference method | | | |
|---|---|---|---|---|---|
| | | Positive | Equivocal | Negative | Total |
| Theranos HSV-1 IgG assay | Positive | 32 | 0 | 0 | 32 |
| | Equivocal | 0 | 0 | 0 | 0 |
| | Negative | 0 | 1 | 49 | 50 |
| | Total | 32 | 1 | 49 | **82** |

| Agreement classification | Numerator/Denominator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Specificity | 49/49 | 100.0 | 92.7-100.0 |
| Sensitivity | 32/33 | 97 | 84.2-99.9 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550364

### 3.  CDC panel testing:

The objective of this study was to demonstrate agreement of the Theranos method
with the CDC panel. A panel of serum samples (n=100) was obtained from the US
Centers for Disease Control and Prevention (CDC) and tested for confirmatory
purposes. The CDC sample panel was tested   on the HSV-1 IgG immunoassay on
the Theranos System and the results were sent to the CDC for evaluation. The panel
consisted of 54 positives and 46 negatives. The Theranos HSV-1 IgG assay
demonstrated 100% agreement with the results provided by the CDC.

### 4.  Processing of capillary blood samples in central laboratory:

In order to demonstrate the validity of Theranos HSV-1 IgG for capillary bloo       d
samples collected in the field, three Theranos Patient Service centers (Palo Alto,
CA, Newark, CA and Scottsdale, AZ) were selected. At each site, 1 Theranos
Capillary Tubes and Nanotainer Tubes and a serum tube were drawn from 20 adult
subjects. From 10 subjects, 4 Capillary Tubes and Nanotainer Tubes were drawn for
a reproducibility study. Samples were collected following the Theranos standard
blood collection protocol. Samples were shipped on ice to Theranos CLIA
Laboratory in Palo Alto, CA. Upon receipt, samples were centrifuged at 1200g for 5
mins. Plasma was extracted and tested on the Theranos System. All samples were
processed or frozen as plasma within 48 hours of draw. Paired serum samples were
tested on the reference method.

The agreement between Theranos assay and the reference method was excellent—
with positive percent agreement of 97%, and negative percent agreement of 100%.
Cohen's Kappa test yielded a Z-value of 14.98 and a p-value < 2e-16.

Table 4-9 Summary of method comparison for samples collected at Theranos Patient
Service Centers at three sites.

|              |     | Reference Result | |
|              |     | POS | NEG |
|--------------|-----|-----|-----|
| Theranos Result | POS | 32 | 0 |
|              | NEG | 1 | 19 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550365

Table 4-10 Reproducibility of Theranos HSV-1 IgG measurement on capillary blood samples collected at Theranos PSC. For negative samples with mean COI < 0.5, the mean of deviation of each measurement from the average of quadruplicate measurements is tabulated. For samples with mean COI > 0.5, %CV of the 4 measurements is tabulated.

| SubjectID | Mean | <|ΔCOI|> | SubjectID | Mean | %CV |
|---|---|---|---|---|---|
| 10 | 0.011 | 0.002 | 7 | 0.8 | 12% |
| 11 | 0.015 | 0.004 | 26 | 1.6 | 13% |
| 12 | 0.015 | 0.004 | 21 | 8.3 | 10% |
| 3 | 0.019 | 0.005 | 5 | 9.2 | NA |
| 23 | 0.019 | 0.010 | 16 | 10.0 | 15% |
| 19 | 0.019 | 0.004 | 24 | 10.6 | 7% |
| 13 | 0.020 | 0.005 | 18 | 11.2 | 14% |
| 22 | 0.026 | 0.017 | 6 | 13.7 | 12% |
| 1 | 0.026 | 0.006 | 2 | 15.7 | 9% |
| 15 | 0.039 | 0.016 | 14 | 18.2 | 5% |
| 28 | 0.039 | 0.021 | 9 | 24.6 | 11% |
| 8 | 0.046 | 0.011 | 20 | 29.7 | 16% |
| 29 | 0.050 | 0.021 | 30 | 30.9 | 13% |
| 4 | 0.084 | 0.007 | 17 | 46.1 | 1% |
| 27 | 0.116 | 0.021 | 25 | 46.2 | 13% |

## 5. Processing of capillary samples in field locations

In order to demonstrate the validity of Theranos HSV-1 IgG for capillary blood samples collected and processed in the field, three Theranos Patient Service centers (Palo Alto, CA, Newark, CA and Scottsdale, AZ) were selected. At each site, one (1) Theranos Capillary Tubes and Nanotainer Tubes and a serum tube was drawn from 20 subjects. From 10 subjects, 4 Capillary Tubes and Nanotainer Tubes were drawn for a reproducibility study. Samples were collected following the Theranos' standard blood collection protocol. Samples were processed on the Theranos System at the TPSC by Theranos staff. All samples were stored at 2-8°C and processed within 48 hours of

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                    THER-2550366

THERANOS, INC.                          T  HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
                                              510(k) PREMARKET NOTIFICATION

collection. Paired serum samples were shipped to Theranos Laboratory in Palo Alto, CA and tested on the reference method.

The agreement between Theranos assay and the reference method was excellent with positive percent agreement of 98% and negative percent agreement of 97%. Cohen's Kappa test yielded a Z-value of 8.45 and a p-value < 2e-16.

Table 4-11 Summary of method comparison for samples collected at Theranos Patient Service Centers at three sites.

|  |  | Reference Result | |
|---|---|---|---|
|  |  | POS | NEG |
| Theranos Result | POS | 47 | 1 |
|  | NEG | 1 | 34 |

Table 4-12 Reproducibility of Theranos HSV-1 IgG measurement on capillary blood samples collected and processed at the TPSC. For negative samples with mean COI < 0.5, the mean of deviation of each measurement from the average of quadruplicate measurements is tabulated. For samples with mean COI > 0.5, %CV of the 4 measurements is tabulated.

| SubjectID | Mean | <|ΔCOI|> | SubjectID | Mean | %CV |
|---|---|---|---|---|---|
| M32-PA | 0.043 | 0.006 | F10-PA | 30.7 | 6.6 |
| M26-NWK | 0.016 | 0.008 | F11-PA | 3.2 | 8.7 |
| F-525NWK | 0.020 | 0.006 | F15-PA | 41.9 | 4.4 |
| F17-NWK | 0.061 | 0.012 | F16-PA | 13.5 | 4.8 |
| M-20NWK | 0.218 | 0.010 | F20-PA | 34.5 | 9.3 |
| M18-NWK | 0.032 | 0.008 | F29-PA | 9.6 | 19.8 |
| F28-AZ | 0.022 | 0.005 | F30-PA | 56.6 | 10.7 |
| M29-AZ | 0.019 | 0.001 | F31-PA | 11.1 | 8.3 |
| M31-AZ | 0.021 | 0.009 | F8- PA | 4.2 | 3.1 |
| M34-AZ | 0.026 | 0.004 | M17-PA | 21.2 | 15.3 |
| M36-AZ | 0.072 | 0.013 | M27-PA | 12.1 | 10.4 |
|  |  |  | M28-PA | 17.4 | 5.4 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                          THER-2550367

THERANOS, INC.

THERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

| | | | | | |
|---|---|---|---|---|---|
| | | | M27-NWK | 26.9 | 9.8 |
| | | | F-21NWK | 22.1 | 17.0 |
| | | | M-24NWK | 2.2 | 9.4 |
| | | | M15-NWK | 67.8 | 6.4 |
| | | | M16-NWK | 1.5 | 6.3 |
| | | | F30-AZ | 5.8 | 8.2 |
| | | | F32-AZ | 13.6 | 3.6 |
| | | | F33-AZ | 10.1 | 11.1 |
| | | | F35-AZ | 1.7 | 11.9 |
| | | | F42-AZ | 5.1 | 12.6 |
| | | | M26-AZ | 14.0 | 6.3 |
| | | | M27-AZ | 5.9 | 10.3 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550368

THERANOS, INC.

THERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

### 5.0    TRUTHFUL AND ACCURACY STATEMENT

I certify that, in my capacity as (the position held in company) of Theranos, Inc., I believe to the best of my knowledge, that all data and information submitted in the premarket notification are truthful and accurate and that no material fact has been omitted.

11/11/2014

Daniel Young, Ph.D.
Vice President of Theranos Systems
Theranos, Inc.

Date

Premarket Notification 510(k) Number: _____

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550369

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

## 6.0 CLASS III SUMMARY AND CERTIFICATION

Because the Theranos HSV-1 Assay is not a Class III device and is not substantially equivalent to any Class III device, the Literature Search and Certification requirement of the Safe Medical Devices Amendments (SMDA) of 1990 is not applicable.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550370

THERANOS, INC.                    T   HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
                                            510(k) PREMARKET NOTIFICATION

## 7.0    FINANCIAL CERTIFICATION OR DISCLOSURE STATEMENT

Theranos did not engage any Clinical Investigators outside of the company to conduct
any of the studies from which performance data was submitted for this 510(k) Pre-
market Notification.

The studies conducted for the performance data submitted for this 510(k) Pre-Market
Notification are not "applicable device trials" under Title VIII of FDAAA, Sec. 801(j).

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550371

## 8.0  DECLARATIONS OF CONFORMITY AND SUMMARY REPORTS

### Declaration of Conformity

This section is not applicable for Traditional 510(k) premarket notifications.

### Summary Reports – Standard Data Reports

Please find a complete list of standards used in the preparation of this premarket
notification. The Standards Data Reports (Form FDA 3654) for each standard are
provided in the following order. The complete reports for each of these standards
are described and provided in Section 16.0.

- **IEC 60601-1 -2:2007**, Medical electrical equipment  – Part 1 -2: General
  requirements for basic safety and essential performance  – Collateral
  standard: Electromagnetic compatibility  – Requirements and tests . The
  Standard Data Report is attached as **Appendix 8-A**.
- **IEC 61010-1 ed. 3.0** , Safety requirements for electrical equipment for
  measurement, control, and laboratory use - Part 1: General requirements
  The Standard Data Report is attached as **Appendix 8-B**.
- **IEC 61010-2-020 ed. 2.0** , Safety requirements for electrical equipment for
  measurement, control, and laboratory use - Part 2-020: Particular
  requirements for laboratory centrifuges. The Standard Data Report is
  attached as **Appendix 8-C**.

Note that the full test reports and supporting documentation for conformance to these
standards are provided in Section 16.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550372

## 9.0    EXECUTIVE SUMMARY

### OVERVIEW

This 510(k) Pre-market Notification covers Theranos, Inc.'s Herpes Simplex Virus-    1
IgG Assay run on its Clinical Laboratory Improvement Amendments ("      **CLIA**")-
certified laboratory's automated sample processing and analysis system (the "**Theranos
System**"), composed of Theranos' Sample Processing Units (" **TSPUs**") and Theranos'
Laboratory Automation System ("**TLAS**").

TSPUs provide automated, pre-analytic sample processing for the purpose of
substantially reducing human error in sample preparation, extraction, and processing,
and for reducing the associated variability and error in test results.

The TSPU and TLAS were designed to automate the exact processing steps and
protocols associated with the most precise and accurate CLIA-certified test methods.
The TSPUs under this 510(k) Pre-market Notification cover two use cases: use of the
TSPU in Theranos' central CLIA-      certified laboratory (the "    **CLIA-Laboratory
Model**") and use of the TSPU in locations where patient specimens are collected,
including Theranos' Patient Service Centers ("       **TPSCs**"), under the control and
oversight of Theranos' Palo Alto-based CLIA-certified laboratory, for the purpose of
providing the highest integrity clinical laboratory services (the "**Field Model**").

Because the sample required for use in the Theranos System is very small and
commercially available blood collection tubes require human processing (e.g. manual
mixing, human participation in filling) that can increase variability in test results, and
additionally are sized for larger samples such that the collection into the larger capillary
tubes can increase variability in test results (too much anticoagulant, too much air
exposure, etc.), Theranos has designed and developed the Capillary Tubes and
Nanotainer Tubes to collect, preserve, and transport very small samples for processing
in the Theranos System.  Theranos filed a 510(k) Pre-Market Notification (K143099)
on October 28, 2014 for the Capillary Tubes and Nanotainer Tubes.  In addition, testing
of the Capillary Tubes and Nanotainer Tubes for collection of capillary samples by
fingerstick has been included in this 510(k) Pre-Market Notification to demonstrate
further the performance of these devices as part of the overall Theranos System, as
discussed further below.

The rationale behind the development of the TSPU and TLAS was to build a certified
laboratory infrastructure where the highest level of oversight could be combined with
rapid processing of fresh samples by automation of the pre-analytic processing steps
either in the central CLIA-certified laboratory or the field, while maintaining all the

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550373

performance, validated protocols, and infrastructure associated with processing and running tests in a CLIA-certified laboratory.

Leveraging Theranos' intellectual property in the use of secure server software to control medical devices and enable two-way communication to and from medical devices, we believe that automation of pre-analytic processing steps with CLIA-certified laboratory oversight in the Field Model at TPSCs will increase the quality of patient care by enabling a faster generation of lab results for physicians, minimizing errors associated with pre-analytic and human processing, the largest contributor of error in laboratory testing, enabling processing of fresh samples to minimize the impact of analyte decay rates and the associated clinical relevance of results reported back to clinicians, minimizing the impact of sample shipments, temperature, environment, and human related variability on result variability and sample chain-        of-custody issues, facilitating Theranos micro-sample testing for better patient experience and compliance, and providing oversight of processing steps that have the potential to cause test variability or error. Signals generated by the TSPU during pre-analytic processing are transmitted to Theranos' Palo Alto CLIA-certified laboratory, which will then conduct the analytic and post-analytic steps of the testing process through the TLAS, which can convert the signals received from the device into test results and review replicate data, outliers, controls, and calibrator values in doing so.

The preanalytic specimen collection and preparation activities described in the CLIA regulations are closely tracked by the activities performed in the Field Model        at the Theranos collection sites by the Theranos personnel and the TSPU. Specifically, Theranos personnel prepare the patient, collect the sample and then place the sample into the TSPU cartridge. The cartridge is placed into the TSPU. The cartridge/TSPU then, through automated processes, performs (1) specimen preanalytic processing; and (2) transmission of preanalytic specimen data to the Theranos CLIA laboratory for analytic testing and postanalytic processing. These automated processes conducted by the TSPU are analogous to the preanalytic sample preparation performed by a phlebotomist/lab technician in a service center, and include sample processing operations such as sample separation and addition of various reagents, as well as automated specimen acceptability and rejection processes (with multiple redundancies added in an automated manner). It is important to note that the automation of the preanalytic sample processing eliminates common human error in sample preparation and processing, a significant factor in laboratory test error rates.

The next operation performed by the TSPU is digital transmission of preanalytic specimen data to the Theranos CLIA-certified laboratory for analytic testing and postanalytic processing . Again, this operation is analogous to a patient specimen collection site in which the collected and preanalytic processed sample would be physically transported to a CLIA certified laboratory for analytic and postanalytic

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550374

processing. However, in this case, rather than transporting the physical sample, the TSPU transmits data on the specimen to the Theranos CLIA laboratory for analytic testing and post-analytic processing via the TLAS. Again, the Theranos model eliminates potential for sample degradation or damage by removing the need to physically transport the processed sample to the CLIA-certified laboratory for testing and analysis. Importantly, the TSPU is monitored and controlled by the TLAS at the Theranos CLIA-certified laboratory, requiring minimal interaction with the collection site phlebotomist/technician as reflected in the Instructions for Use in the Package Insert (Appendix 12-E).

After analyzing the data through the TLAS, the Palo Alto CLIA-certified laboratory personnel generate a test report, which is transmitted to the health care professional that ordered a given test. As referenced above, the Theranos laboratory leverages Theranos' intellectual property in secure two -way network connectivity to connect the TLAS to the TSPUs, making it possible for those TSPUs to be placed, under the Field Model , at sample collection sites, such as the TSPCs, while constantly remaining under the control and oversight of the TLAS run at and by Theranos' CLIA-certified central laboratory.

### DEVICE DESCRIPTION

The Theranos HSV-1 IgG assay is for use with the Theranos System, including the TSPU and TLAS. The TSPU is a modular processing unit and can perform automated pre-analytical processing steps in a central CLIA-certified laboratory or a CLIA laboratory's patient specimen collection center. The TLAS is an analytical system in the Theranos CLIA-certified laboratory to produce the test results.

As discussed in the Overview above, there are two use cases for the TSPU. The TSPU can be located and perform automated pre-analytical processing steps either in locations where patient specimens are collected, such as the TPSCs, (Field Model) or Theranos central CLIA-certified laboratory (CLIA-Laboratory Model).

In the Field Model, sample for the HSV-1 Assay is EDTA anti-coagulated plasma (whole blood processed into plasma inside the TSPU) collected by a fingerstick with the Theranos Capillary Tubes and Nanotainer Tubes. The samples collected into the Nanotainer Tubes are placed into the Cartridge and processed by the TSPU at the field location.

In the CLIA-Laboratory Model, sample for the HSV-1 Assay is EDTA anti-coagulated (i) capillary EDTA-anti-coagulated whole blood centrifuged into plasma in the CLIA-laboratory prior to processing with the TSPU, (ii) venous EDTA-anti-coagulated whole

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

blood centrifuged into plasma in the CLIA-laboratory prior to processing with the TSPU and (iii) venous serum samples.

The EDTA-anti-coagulated whole blood samples (capillary or venous ) are collected at an appropriate collection center, shipped back to the Theranos CLIA-certified laboratory, centrifuged to separate the plasma in the sample, and then introduced into a disposable Cartridge which is inserted into the TSPU for sample processing. Serum samples may also be obtained by venipuncture in commercially available collection tubes for serum separation. These serum samples may be shipped back to Theranos CLIA-certified laboratory where the samples are introduced into a disposable Cartridge which is inserted into the TSPU for sample processing.

The samples are summarized in the following Table 9-1.

| Sample Processing Location | EDTA plasma, capillary | EDTA plasma, venous | Serum, venous |
|---|---|---|---|
| CLIA Laboratory | Yes (whole blood collected with the Capillary Tubes and Narotainer Tubes and centrifuged into plasma in the CLIA laboratory) | Yes (whole blood collected with a commercially available venous blood EDTA-anti-coagulated collection device and centrifuged into plasma in the CLIA laboratory) | Yes (whole blood collected with a commercially available venous serum collection device and centrifuged to separate into serum at the collection site prior to shipment) |
| Field Location | Yes (wh ole blood collected with the Capillary Tubes and Narotainer Tubes and processed into plasma within the TSPU) | No | No |

The Theranos anti-HSV-1 IgG immunoassay is a three-step sandwich immunoassay with HSV-1 (gG) recombinant antigen coated surface, an anti-hu    man IgG detection reagent conjugated to alkaline phosphatase (AP) and chemiluminescent substrate. Capture reagent is coated on the reaction surface. Analyte in the calibrators, controls or sample binds to the capture reagent. Unbound entities are washed out and the capture

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550376

surface is subsequently incubated with the detection reagent. This is followed by wash step to remove any nonspecific reactants. The capture-analyte-detection complex is then incubated with AP substrate to initiate the chemiluminescence reaction. The rate of the chemiluminescence reaction (which is proportional to the AP concentration, and hence the anti-HSV antibody concentration), generates light levels in the Luminometer Module of the TSPU, which are transmitted to the TLAS to be analyzed.

All consumables for processing are single-use contained in the Cartridge (and are not built into the TSPU) and are placed back into the Cartridge at the completion of processing for disposal. Therefore, upon completion of sample processing, the disposable Cartridge contains all the leftover sample and products of further processing and reactants created inside the TSPU.

## INTENDED USE/INDICATIONS FOR USE

The Theranos ™ HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in human serum from venous blood and K2-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of this assay has not been established for use in a pediatric population, neonates and immunocompromised patients.  The Theranos HSV-1 IgG assay is for use with the Theranos System.

## SUBSTANTIAL EQUIVALENCE

The Theranos HSV-1 IgG assay was compared to an assay commercially manufactured by Focus Diagnostics, the HerpeSelect 1 and 2 Immunoblot IgG assay (K000238). Test performance was compared to the Focus Diagnostics assay for HSV-1 only.  These tests have the same Intended Use and Indications for Use.  Table 9-2 below provides a comparison of the characteristics of the subject Theranos and Focus Diagnostics assays.

Table 9-2: Comparison of Theranos HSV-1 IgG Assay and Predicate Device

| Attribute | Theranos Method | Predicate Method |
|---|---|---|
| Intended Use | The Theranos HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes | Focus Diagnostics' HerpeSelect®1 and 2 Immunoblot IgG test is intended for qualitatively detecting the presence or |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

| | | |
|---|---|---|
| | simplex virus type 1 (HSV-1) in human serum from venous blood and K$_2$-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of this assay has not been established for use in a pediatric population, neonates and immunocompromised patients. The Theranos HSV-1 IgG assay is for use with the Theranos System. | absence of human IgG class antibodies to HSV-1 and HSV-2 in human sera. The test is indicated for testing sexually active adults or expectant mothers for aiding in the presumptive diagnosis of HSV-1 and HSV-2 infection. The predictive value of a positive or negative result depends on the population's prevalence and the pretest likelihood of HSV-1 and HSV-2 infection. The performance of this assay has not been established for use in a pediatric population, for neonatal screening, for testing of immunocompromised patients, for use by a point of care facility or for use with automated equipment. |
| Sample Volume | 10 uL | 20 uL |
| Controls | 2 (negative and positive) per assay | Same |
| Sample matrix | Venous serum, K2-EDTA plasma from venous and capillary blood | Venous Serum |
| Reagent storage | 2-8 °C in ready-to-use cartridges, | 2-8 °C, on-board and refrigerator |
| Type of assay | Sandwich format immunoassay | Nitrocellulose Immunoblot |
| Platform | Theranos System version 4 consisting of TSPU and TLAS | Manual procedure |
| Capture reagent | HSV-1 recombinant antigen (gG1) | HSV-1/HSV-2 antigen immobilized on nitrocellulose membrane |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550378

| Detection reagent | Mouse monoclonal antibody against human IgG, conjugated to alkaline phosphatase | Goat anti-human IgG conjugated to alkaline phosphatase, bromo-chloro-indodyl phosphate and nitroblue tetrazolium substrate |
|---|---|---|
| Sample handling and processing | Automated | Manual |
| Measurement system | Photodiode | Visual observation of bands on a strip |
| Unit of measure | Antibody index | Positive or negative reading from color of band |
| Total incubation | 10 min | 2 hr 20 mins |

Intended Use and Indications for Use:

The Theranos HSV-1 IgG Assay and the Predicate Device have essentially the same Intended Uses, except that the Focus HerpeSelect 1 and 2 Immunoblot IgG also tests for the presence of IgG antibodies to HSV-2, which will be covered in a separate 510(k) Pre-market Notification. As to Indications for Use, both the Theranos HSV-1 IgG Assay and the Predicate Device's HSV-1 IgG Assay are indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. In addition, neither assay is specifically intended for use in a pediatric population, for neonatal screening, for testing of immunocompromised patients nor for screening blood or plasma donors.

Technological Characteristics:

The Theranos HSV-1 IgG assay is for use with the Theranos System, including the Theranos Sample Process Unit (TSPU) and Theranos Laboratory Automation System (TLAS). The TSPU can perform automated pre-analytical processing steps in a central CLIA-certified laboratory or a patient specimen collection center. The differences in technological characteristics between the Theranos HSV-1 IgG assay and the Predicate Device, including type of assay, platform, capture reagent, detection reagent, sample handling and processing, measurement system and incubation time have been outlined in the comparison Table 9-2 above.

In order to establish that the technological differences between the devices do not impact the relative safety and effectiveness of the devices, Theranos conducted studies comparing the clinical performance of the two methods. A clinical study was

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550379

conducted to characterize the performance of HSV-1 IgG immunoassay. The primary objective of the study was to demonstrate the sensitivity and specificity in the indicated populations of the HSV-1 IgG immunoassay in the Theranos CLIA-certified Laboratory in comparison to the FOCUS HerpeSelect Immunoblot. The results of this study are discussed and presented in Section 18.b.iii.1. The Theranos assay was shown to have sensitivity and specificity of 95.1% (95%C.I.: 90.2%-98. 0%) and 97.4% (95%C.I.: 92.6%-99.5%) respectively in adult high risk subjects, and sensitivity and specificity of 97.4% (95%C.I.: 94.1%-99.2%) and 95.2% (95%C.I.: 89.2%-98.4%) respectively in pregnant subjects, establishing equivalency to the predicate method. The specificity of the Theranos test was also confirmed by testing performance in a low risk population.

In addition, a seroconversion panel consisting of well-characterized HSV-1 serum samples was obtained from the CDC and tested   on the Theranos HSV-1 IgG assay. Tests results from the Theranos HSV-1 IgG assay showed 100% agreement to the CDC results, further establishing the performance of the Theranos HSV-1 IgG assay.

In addition, Theranos performed method comparison studies between the Theranos HSV-1 IgG assay and the Predicate Device for both of the use cases, including sample pre-analytical processing with the TSPU within the TPSC and within the Theranos central CLIA-laboratory, as discussed and described in Sections 18.b.iii.3 and 18.b.iii.4, respectively. Compared to serum samples run on the predicate method, results indicate that capillary samples collected in the field and processed either in the field or at the central laboratory on the TSPU, yield good concordance to the predicate method. Namely, for field processing with the TSPU, positive percent agreement of 98% and negative percent agreement of 97% were shown. For central lab processing with the TSPU, positive percent agreement of 97%, and negative percent agreement of 100% were shown. These results reflect no statistical difference of the performance of the Theranos HSV-1 IgG Assay between the two sample processing locations. These results further support equivalence of the candidate method with the predicate method including capillary samples processed either in the field or at the central laboratory.

Sample Matrix:

To establish that the performance of the Theranos HSV-1 IgG assay with sample matrices stated above (venous serum and K2-EDTA plasma from venous and capillary blood) do not raise questions concerning safety and efficacy, Theranos performed a matrix comparison study. In this study, discussed and described in Section 18.a.ii, the effect of anticoagulants on the detection of analyte with the HSV-1 IgG immunoassay was determined by comparing values obtained from matched venous serum, venous K2-EDTA plasma, and capillary K2-EDTA plasma samples drawn from the same

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550380

THERANOS, INC.                    T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
                                  510(k) PREMARKET NOTIFICATION

donors.  Results showed that for positive samples, recovery was within ±20% of the
serum value, while for negative samples, all samples showed a difference of less than
or equal to 0.02 COI relative to the serum results.

### PERFORMANCE TESTING AND STUDY DESIGN

The performance testing described and discussed in Section 17 and 18 of this 510(k)
Pre-Market Notification included testing with samples collected with the Capillary
Tubes and Nanotainer Tubes.  Specifically, Theranos performed a matrix comparison
showing equivalent performance of capillary samples collected with these devices and
venous serum and plasma samples collected with commercially available devices.  In
addition, method comparison studies, including field studies with prospective capillary
sample collection, demonstrated good sensitivity and specificity for capillary samples
collected with these devices and tested with the Theranos System compared to venous
serum samples tested with the Predicate Device.  And reproducibility and analyte
stability studies were conducted on capillary samples collected with these devices to
further demonstrate the performance of the Theranos System as well as the Capillary
Tubes and Nanotainer Tubes.  In the Pre-Submission Meeting Q140358 and related
correspondence, Theranos had discussed with FDA various approaches to using venous
samples in the clinical study of the targeted populations, due to challenges in obtaining
capillary samples.  Theranos accordingly designed these studies to demonstrate
equivalence performance in the matrix comparison study between capillary samples
collected with its devices and venous plasma and serum samples collected with
commercially available devices run on the Theranos System.  As discussed above in
this study, the capillary samples performed similarly to the venous plasma and serum
samples.  Given the good performance of the capillary samples compared to venous
plasma and serum, Theranos designed the clinical studies for the target populations
using left-over venous samples obtained from third-party sources.  In designing the
clinical studies, Theranos included high risk and pregnant populations with a
physician's order for a HSV-1 IgG antibody test, in addition to testing in a low
prevalence population, in accordance with the Pre-Submission Q140358 guidance and
the FDA's Guidance for Industry and FDA Staff - Class II Special Controls Guidance
Document: Herpes Simplex Virus Types 1 and 2 Serological Assays.

### CONCLUSION

From the results of these studies, Theranos has concluded that the Theranos Herpes
HSV-1 IgG immunoassay is substantially equivalent to the commercially available

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                    THER-2550381
Fed. R. Crim. P. 6(e) material

HerpeSelect 1 and 2 Immunoblot IgG test manufactured by Focus Diagnostics for detection of HSV-1 IgG antibodies in the indicated populations and use cases.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550382

#### 10.0    DEVICE DESCRIPTION

#### 10.01 Overview

This 510(k) Pre-market Notification covers Theranos, Inc.'s Herpes Simplex Virus-    1
IgG Assay run on its Clinical Laboratory Improvement Amendments ("    **CLIA**")-
certified laboratory's automated sample processing and analysis system (the "**Theranos
System**"), composed of Theranos' Sample Processing Units (" **TSPUs**") and Theranos'
Laboratory Automation System ("**TLAS**").

TSPUs provide automated, pre-analytic sample processing for the purpose of
substantially reducing human error in sample preparation, extraction, and processing,
and for reducing the associated variability and error in test results.

The TSPU and TLAS were designed to automate the exact processing steps and
protocols associated with the most precise and accurate CLIA-certified test methods.
The TSPUs under this 510(k) Pre-market Notification cover two use cases: use in
Theranos' central CLIA-certified laboratory (the " **CLIA-Laboratory Model**") and use
by Theranos in locations where patient specimens are collected, including in Theranos'
Patient Service Centers (" **TPSCs**"), under the control and oversight of Theranos' Palo
Alto-based CLIA-certified laboratory, for the purpose of providing the highest integrity
clinical laboratory services (the "**Field Model**").

The rationale behind the development of the TSPU and TLAS was to build a certified
laboratory infrastructure where the highest level of oversight could be combined with
rapid processing of fresh samples by automation of the pre-analytic testing process
either in the central CLIA-certified laboratory or the field, while maintaining all the
performance, validated protocols, and infrastructure associated with processing and
running tests in a CLIA-certified laboratory.

Signals generated by the TSPU during pre-analytic processing are transmitted to
Theranos' central CLIA-certified laboratory, which will then conduct the analytic and
post-analytic steps of the testing process through the TLAS, which can convert the
signals received from the device into test results and review replicate data, outliers, and
controls in doing so.

After analyzing the data through the TLAS, the Palo Alto CLIA-certified laboratory
personnel generate a test report, which is transmitted to the health care professional that
ordered a given test. As referenced above, the Theranos laboratory leverages Theranos'
intellectual property in secure network connectivity to connect with TSPUs, making it
possible for those TSPUs to be placed, under the field model, in the TPSCs or sample
collection sites, while constantly remaining under the control of the TLAS run at and by
Theranos' CLIA-certified central laboratory.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550383

THERANOS, INC.                    T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
                                              510(k) PREMARKET NOTIFICATION

### 10.02 The Theranos System

The system described in this document consists of the following components operating
under oversight of the Theranos CLIA-certified laboratory: the TSPU and the
centralized TLAS, which is run at and by the Theranos' CLIA-certified laboratory,
running the Theranos HSV-1 IgG Assay.



Figure 10-1. Outline of the Theranos system, depicting
the pre-analytical (sample processing, performed by the
TSPU as controlled by the TLAS), analytical (results
generation, performed by the TLAS), and post-analytical
by CLIA personnel. For this submission, the TSPU is
located and operated in either the field or in Theranos'
CLIA-certified clinical laboratory.

In the Field Model, sample for the HSV-1 Assay is EDTA anti-coagulated plasma
(whole blood processed into plasma inside the TSPU) collected by a fingerstick with
the Theranos Capillary Tubes and Nanotainer Tubes. The samples collected into the
Nanotainer Tubes are placed into the Cartridge and processed by the TSPU at the field
location.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550384

In the CLIA-Laboratory Model, sample for the HSV-1 Assay is EDTA anti-coagulated (i) capillary EDTA-anti-coagulated whole blood centrifuged into plasma in the CLIA-laboratory prior to processing with the TSPU, (ii) venous EDTA-anti-coagulated whole blood centrifuged into plasma in the CLIA-laboratory prior to processing with the TSPU and (iii) venous serum samples.

The EDTA-anti-coagulated whole blood samples (capillary or venous ) are collected at an appropriate collection center, shipped back to the Theranos CLIA-certified laboratory, centrifuged to separate the plasma in the sample, and then introduced into a disposable Cartridge which is inserted into the TSPU for sample processing.  Serum samples may also be obtained by venipuncture in commercially available collection tubes for serum separation.  These serum samples may be shipped back to Theranos CLIA-certified laboratory where the samples are introduced into a disposable Cartridge which is inserted into the TSPU for sample processing.

The samples are summarized in the following Table 10-1.

| Sample Processing Location | EDTA plasma, capillary | EDTA plasma, venous | Serum, venous |
|---|---|---|---|
| CLIA Laboratory | Yes (whole blood collected with the Capillary Tubes and Narotainer Tubes and centrifuged into plasma in the CLIA laboratory) | Yes   (whole blood collected with a commercially available venous blood EDTA  -anti-coagulated collection device and centrifuged into plasma in the CLIA laboratory) | Yes (whole blood collected with a commercially available venous serum collection device       and centrifuged to separate into serum at the collection site prior to shipment) |
| Field Location | Yes (whole blood collected with the Capillary Tubes and Narotainer Tubes and processed into plasma within the TSPU) | No | No |

The samples undergo processing and reaction steps, and are eventually introduced to a detector to yield a set of signals.  These signal sets are transferred to the TLAS where

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550385

the raw data are tested and oversight is provided, and the relevant reportables are generated.

Figure 10-1 shows a schematic diagram of the workflow of the Theranos system. Steps illustrated by boxes numbered from 1 to 4 represent pre-analytic steps. Pre-analytic steps include sample collection, sample processing, reagent addition, signal generation, and transmission. Steps illustrated by boxes numbered from 5 to 8 represent analytic steps. Analytic steps include analysis of data received from a device at a sample collection site, oversight, including analysis of controls, calibrations, replicates, outliers, device and sample identification and quality information, and generation of the reportable. Transmission of the report to the health care professional by the CLIA personnel represents a post-analytic step. Post-analytic steps include further review of the analysis of data, and review of report generation and of the report generated for a particular test prior to sign off by CLIA-laboratory personnel and transmission to the physician who ordered a given test.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550386

THERANOS, INC.
T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

## 10.03 Theranos Sample Processing Unit (TSPU) and Materials

The TSPU is a modular hardware unit (Figure 10 -2) utilized for performing the pre-



Figure 10-2. Theranos Sample Processing Unit.

analytic functions described above. The TSPU was designed to automatically replicate the processing systems used in the relevant traditional 'gold-standard' assay protocols. The TSPU is enclosed in a thermally insulated and light-tight sheet metal enclosure. It consists of the following components:

1. Liquid Handling Module

2. Centrifuge Module

3. Sonicator Module

4. Magnet Tool

5. Detector 1 – Luminometer Module

6. Detector 2 – Fluorometer Module

7. Detector 3 – Fluorometer/Turbidimeter Module

8. Detector 4 - Spectrophotometer Module

9. Detector 5 - Microscopy Module

10. Thermal Control System

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550387

11. Machine Vision System and Materials

This 510(k) Premarket Notification covers the Theranos HSV-1 IgG Assay as described above. Modules 1, 2, 5, 10 and 11 are used in connection with this Theranos HSV-1 Assay.

Modules 3, 4, 6, 7, 8 and 9 have been included here and briefly described for completeness. These modules are not used for Theranos HSV-1 IgG Assay.

The TSPU is composed of purchased components, machined parts, and molded parts. Most of the machined parts are made of aluminum, with stainless steel used in parts where greater tensile strength is required.

The TSPU specifications are as follows:

| | |
|---|---|
| Size (in.) | 13 (W) x 16.1 (H) x 22 (L) |
| Clearance Required (in.) | 12 on either side<br><br>12 on front, back and top |
| Weight | 80 lbs. |
| Power Consumption | 1300 W max. (100-230 VAC, 50/60 Hz) |
| Power Cord | Theranos Part Number 45-01007<br>NEMA5-15/IEC, 2.5 meter, 15A<br>IP 40 acc. to IEC 60529<br>C19 acc. to IEC 60320<br><br>UL 498, CSA C22.2 no. 42 (for cold conditions) pin-temperature 70 °C, 16 A,<br><br>Protection Class I |
| Ethernet Cable | CAT6, 50 ft. max.<br><br>Compliant to EIA/TIA Cat6 TIA/EIA-568-B-2.1 draft 9 standards |
| Temperature | Operating, 20-25 °C |
| Humidity | 80% Maximum Relative Humidity |
| Altitude | 0-2,000 m elevation above sea level |

Table 10-2. TSPU Specifications.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550388

THERANOS, INC.    T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

**Component No. 1. Liquid Handling Module**



Figure 10-3. Liquid Handling Module

The automated liquid handling and processing module (Figure 10        -3) is an
electromechanical pipette-based assembly that resides within the TSPU. The pipette
assembly is mounted onto a controllable gantry. This gantry moves the pipette
assembly horizontally throughout the TSPU, allowing it to access different modules.
The pipette assembly has individual pipette cards, each of which is independently
actuated in the vertical direction. Each pipette card is capable of individually aspirating
and dispensing fluids (including samples and reagents). The pipette assembly is used
for engaging with vessels, for moving and mixing sample using pipette tips and vessels,
and for moving those tips and vessels within the TSPU. One pipette card in the Liquid
Handling Module is configured to actuate the Magnetic Tool for sample processing,
including extraction and purification as described in the "    *4. Magnet Tool* " section
below.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550389

**Component No. 2. Centrifuge Module**



Figure 10-4.  Centrifuge Module

The on-board centrifuge (Figure 10 -4) is a horizontal centrifuge used for separations in
the TSPU.  The centrifuge can hold 4 centrifuge tubes, is powered by a DC motor with
an optical encoder, and is capable of achieving speeds of up to 10,000 RPM (and thus
providing up to 3300g of centrifugal acceleration).

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550390

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

**Component No. 3. Sonicator Module**



Figure 10-5. Sonicator module

The sonicator (Figure 10 -5) is used during sample preparation steps to lyse cells, freeing the DNA for further processing and data generation. The sonicator assembly consists of a commercially available 40kHz sonotrode, housing, and power supply electronics. During sample purification, the sample is placed in a polystyrene vessel. This vessel is moved to the sonicator, using the automated liquid handling system. The handling system establishes contact between the vessel and sonicator by pushing the vessel against the sonicator probe with a slight amount of force. Once contact has been firmly established, the sonicator is energized. This transmits mechanical energy into the vessel and sample, causing cavitation and eventual lysis within the sample. Sonication energy can be modulated in power and applied in a continuous or pulsed fashion. Once sonication is complete, the liquid handling system returns the sample vessel for further purification processing.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550391

THERANOS, INC.

T  HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

## Component No. 4.  Magnet Tool



Figure 10-6.  Magnet Tool

One of the pipette cards in the Liquid Handling Module has a modified piston assembly
and nozzle to interface with the Magnet Tool.  The Magnet Tool is a magnetized rod
used for separation of magnetic beads during TNAA sample prep.  Figure 10-6 shows a
side view of the Magnet Tool operation. Left: The Magnet Tool is picked up from its
resting location in the device when the piston is extended out of the nozzle. The Magnet
Tool secures its position onto the piston and is retracted back into the nozzle prior to
pickup of the Magnet Tool Sleeve from a location on the Cartridge; Center: The
Magnet Tool is shown extended out of the nozzle into the Magnet Tool Sleeve,
positioned for capture of magnetic beads onto the exterior wall of the Magnet Tool
Sleeve; Right: The Magnet Tool is shown retracted in the nozzle and clear of the
Magnet Tool Sleeve, used in conjunction with vertical movement of the nozzle for
magnetic bead release.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550392

**Component No. 5.  Detector 1 – Luminometer Module**



Figure 10-7.  Luminometer and Fluorometer Modules

The luminometer (Figure 10 -7) is used for reading signals in the ELISA assays.  The luminometer consists of a high-gain photodiode, which has performance characteristics similar to photomultiplier tubes typically used in microtiter plate readers.  The Luminometer Module includes an opening at its top through which a tip is inserted, and a detector which detects light generated as part of a chemiluminescence reaction in the tip.  The luminometer can accurately detect emitted light intensity as low as ~100 photons/s.

**Component No. 6.  Detector 2 – Fluorometer Module**

The Fluorometer Module (Figure 10 -7) is specifically used for measuring fluorescence at an excitation wavelength band between 420 and 450nm, with an emission band between 570nm and 600nm.  This is used for signal generation in determining the concentration of porphyrins in the TLAS (for example, Zinc Protoporphyrin (ZPP), an

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550393

analyte requested for measurement in military combat applications) in red blood cells.
The Fluorometer Module includes a laser diode, excitation filters, and emission filters.
The detector is a high-sensitivity photodiode, similar to the one in the Luminometer
Module. The Fluorometer Module shares the same processor as the Luminometer
Module in the TSPU.

**Component No. 7. Detector 3 – Fluorometer/Turbidimeter Module**



Figure 10-8. Fluorometer/Turbidimeter Module

Detector 3 (Figure 10 -8) generates signals for assays using fluorescence and turbidity.
The core functionality of the this module is the excitation and detection of emitted
fluorescence from products from nucleic acid amplification reactions and the detection
of light transmission through the sample for turbidity samples. The module is
comprised of the following major segments: excitation signal emitter, emission signal
detector, Thermal Control System, automated door, and local command printed circuit
board. As part of the TSPU, the TSPU mechanically interacts with the module through
the use of the pipette-based automated liquid handling system.

The circuitry and device architecture have been designed to process up to 64 discrete
samples simultaneously, and to work with the automated Liquid Handling Module. 60
of the individual wells are used to process samples for fluorescence detection in the
TSPU ("fluorescence wells"), while the remaining 4 wells are used to process samples

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550394

for turbidity detection in the TSPU ("turbidity wells"). Raw data are transmitted to the TLAS for analysis. The same hardware is used with turbidity wells as is used with the fluorescence wells with the exception of omitting filters and changing the gain values on the detector. Instead of detecting fluorescence, the turbidity wells detect light transmission through the samples over time.

Reactions in the module are supported by a Thermal Control System that is local to the module. The Thermal Control System is comprised of a finned heat sink, DC Cartridge heaters, fan, temperature sensors, thermal block, and heat pipes. The discrete nucleic acid amplification samples are located in vessels that rest within the thermal block, which provides a means to maintain a desired temperature within the sample. The temperature of the thermal block is monitored via two digital temperature sensors.

The heat sink, heater, and fan system is located at the back of the device, remote to the heater block. The heat sink is connected to the heater block via water filled copper heat tubes as a means of transporting thermal energy to and away from the heater block. Air circulation is active only during cooling of the heat sink. The heat pipes allow for complete isolation of air between the thermal block where sample is present and the heat sink. This prevents contamination and aerosolization.

**Component No. 8. Detector 4 - Spectrophotometer Module**



Figure 10-9. Spectrophotometer Module

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550395

THERANOS, INC.                    T  HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

The TSPU has spectrophotometric capabilities, which are provided by the
Spectrophotometer Module (Figure 10-9), and may be used to detect absorbance of
small volumes (30uL) of fluid samples. The spectrophotometer is a compact, CCD-
based spectrophotometer which can capture the complete intensity spectrum (32      -bit
intensity resolution, spectral range 300-800nm, 6nm spectral resolution) in a single
capture. The output data from this module is an intensity spectrum, which is
transmitted to the TLAS, where the absorbance spectrum is calculated. Based on the
assay, the appropriate spectral range is chosen to compute the absorbance value. The
spectrophotometer is equipped with two light sources: a broad-spectrum, 2W pulsed
Xenon lamp used for absorbance detection and a 90mW red laser diode used for
fluorescence detection.

**Component No. 9.  Detector 5 - Microscopy Module**



Figure 10-10.  Microscopy Module

The TPSU has a microscopy module (Figure 10-10) for imaging cells and other cellular
and non-cellular components in samples. This is an epi-fluorescence microscopy
module that uses an apochromatic objective lens to image objects with more than 10x
magnification on a high sensitivity CCD sensor. This optical design yields a field of
view of roughly 0.2 sq mm. The module is fitted with three laser diode light sources

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550396

(violet at 405nm, green at 532nm and red at 641nm wavelengths) which allow imaging of fluorescent samples in more than 5 independent spectral channels. In addition to this, there is a ringlight in the near infrared red wavelength region which enables imaging of light scattered by objects in the field of view. Sample is loaded on a cuvette by the automated liquid handling module. The cuvette is then placed onto the XY stage by the automated liquid handling module. The cuvette is translated across the objective lens by automated movement of the XY stage. At every location that is to be imaged, a mechanical actuator moves the objective lens relative to the sample in the Z direction to achieve best focus using a passive feedback mechanism. The cuvette dimensions allow for 64 fields of view to be imaged in each channel.

### Component No. 10. Thermal Control System and Air Filter

The TSPU has precise temperature control to maintain the air temperature inside the TSPU at target temperature during preparatory and processing steps. The Thermal Control System consists of a forced-air convection heater and three temperature sensors which are placed in different parts of the TSPU. There is a closed-loop feedback controller which regulates the heater output based on temperature input from the sensors. The insulation around the TSPU ensures minimal thermal exchange with ambient air. The TSPU also has a localized heater used to bring the Cartridge up to operating temperature. The Cartridge (see section on consumables for a more detailed description) is stored at refrigerated temperature. The sample(s) are placed in the Cartridge, and the Cartridge is introduced into the TSPU. There are vents underneath the Cartridge which circulate hot air to bring the Cartridge up to the operating temperature (e.g. from refrigerated temperature to operating temperature). The heater is regulated by a closed-loop temperature controller, the input to which is a temperature sensor which is adjacent to the Cartridge.

The Cartridge heater and the ambient heater, along with the temperature sensors and the temperature controllers, ensure that the Cartridge (containing the sample, reagents, buffers, etc.) are rapidly brought up to operating temperature and maintained at that temperature. The temperature sensors frequently record temperature across the TSPU and transmit information back to the TLAS for monitoring. Such environmental information is used by the TLAS for accessing integrity of the operation and control of the device, maintaining quality control of the operation and control of the device, and for reducing variation or error in the data collection and sample processing performed by the device.

The air exhausted from the TSPU is cleaned by running it through a HEPA filter for removing particles, debris, etc. The air circulation is facilitated by an induced draft fan.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550397

The induced draft fan also maintains a slight negative pressure inside the TSPU to contain the air inside the TSPU.

### Component No. 11. Machine Vision System

The TSPU is configured to include sensors within the enclosure for the TLAS to monitor device status and operation. The TSPU has a camera in the enclosure for capturing whether there are bubbles, particles, fibers, particulates, debris, precipitates, or other anomalies associated with any tips or vessels being handled within the TSPU which may affect readouts. The TSPU camera also captures images of components that can be used to determine whether the components are positioned properly, or where components are positioned. Imaging can be used to allow the TLAS to assess if a volume of sample, reagent, or other material falls within a desired range, or whether a sample, reagent, or other material is located in a desired location. This information is frequently communicated to the TLAS for error-checking, calibration, protocol execution, and quality control of the TSPU.      A second camera is used to image the barcode on the side of each cartridge. This image is sent to the TLAS, where the barcode is decoded.

### 10.04 Software, Touchscreen, and Process Work Flow

The TSPU operates under the control of the TLAS. The TSPU may be connected to the TLAS via a secure Internet or other data network connection, and the TSPU and TLAS are capable of two-way communication with each other.    For example, the TLAS can send various commands and protocols to the processor of the TSPU, for execution by the TSPU. Similarly, the TSPU can send information obtained by the TSPU to the TLAS, such as data obtained from pre-analytic steps with a sample or information obtained from sensors within the TSPU (e.g. signal, image, temperature information). Information sent by the TSPU to the TLAS may be in response to a specific request for information from the TLAS to the TSPU, or it may be part of a standardized protocol. Upon completion of pre-analytic processing in the TSPU, the TLAS performs analysis and post-analytic processing.

There is a touch screen embedded in the TSPU for operation of the device. The touchscreen allows for detailed, user-oriented instructions, oversight, by ensuring a technician follows all appropriate steps before processing a sample, and two way communications. Operation of the TSPU within Theranos' CLIA-certified clinical laboratory is performed by qualified CLIA-laboratory personnel. Operation of the TSPU within the Theranos patient service center is performed by Theranos staff. The TLAS allows the operation of the clinical laboratory process without operator intervention, including control of the TSPU through direct LAS interfacing, specimen

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550398

manipulation, transportation of the specimen and related signals, result evaluation, repeat testing, reflex testing and quality assessment and results reporting.

The secure network infrastructure allows for CLIA-compliance for certified analysis and testing through the TLAS for determination of the presence or absence of various substances in the human body in Theranos' CLIA-certified laboratory while automating sample processing through the TSPU to minimize pre-analytic error and variability.

## 10.05 Consumables and Materials

The sample and products of further processing and reaction are contained in disposable consumables inside the disposable reagent tray or Cartridge. All consumables are discrete such that reagents and reactions for each assay reside and occur, respectively, in physically separate locations to prevent cross-reactivity. The consumables contain all liquids or reagents such that no sample or reagent ever directly interacts with the device. All consumables for processing are contained in the Cartridge (and are not built into the TSPU) and are placed back into the Cartridge at the completion of processing for disposal.

The consumables used for the HSV -1 IgG Assay include the following. Note that a diagram of the cartridge layout has been provided in **Appendix 10 -A** and that the components marked below with an asterisk are not used for the HSV-1 IgG Assay, but have been included here and briefly described for completeness.

> Round vessels – 60uL capacity polypropylene vessels for storing reagents, dilutions, mixing, and reactions.
>
> Wash vessels – 200uL capacity polypropylene vessels for storing wash buffers.
>
> Centrifuge vessel 1 – narrow diameter 100uL capacity polystyrene vessels for centrifuging blood and efficiently removing supernatant
>
> Centrifuge vessel 2* – 120uL capacity polypropylene vessels for centrifuging samples and efficiently mixing and transferring small volumes.
>
> Mini tips – 10uL capacity polypropylene tips for transporting fluids; with silica filters for preventing cross-contamination.
>
> Large tips – 40uL capacity polypropylene tips for transporting fluids; with silica filters for preventing cross-contamination.
>
> Coated Mini Tips – 10uL capacity Polystyrene tips, coated with the capture antigen used for the HSV-1 IgG assay.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550399

Harpoon tip – A tip assembly consisting of a polypropylene hub attached to a metal harpoon, used for removing caps from Nanotainer tubes inside the TSPU.

Sonicator vessel* – 350uL polystyrene vessel, used to contain sample during sonication.

Magnet Tool Sleeve* – disposable polypropylene sleeve separates magnet from consumable to prevent contamination.

Colorstrip* – multiwell strip made from PMAA; this part contains multiple optically clear cavities into which colorimetric reactions are placed. The absorbance of the samples is then detected in the spectrophotometer.

Cartridge – Houses all consumables listed above. Secured by a lid to hold all consumables in place and prevent user interaction.



Figure 10-11. Cartridge illustrations for HSV-1 IgG tests from blood samples. Left: Nanotainer Tubes being introduced into the Cartridge. Right: Closed Cartridge with Nanotainer Tubes.

The Cartridge comes with a closed lid (Figure 10-11, Left), under which are all pre-populated consumables required for HSV-1 IgG assay as required. Reagents and buffers required for the assays are pre-filled and sealed in Round vessels and Wash vessels. Similarly, consumables and reagents for other types of assays, such as cytometry and other general chemistry assays, may be included with these assays in the same Cartridge.

Only the sample entry port(s) on the Cartridge are exposed to the operator. Figure 10-11 Right shows a cartridge in which the blood sample in the Nanotainer Tubes is inserted into the Cartridge

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550400

To process a sample, the Cartridge is inserted into the TSPU, and the Cartridge is drawn in, the door to the TSPU is closed, and the lid is opened by means of a mechanism inside the TSPU. This exposes all consumables of the Cartridge inside the TSPU. Afterwards, the sample processing, reagent addition, and signal generation steps take place in the TSPU, as instructed by commands from TLAS.

After completion of the appropriate processing steps, a Cartridge is ejected with the lid closed, and can be appropriately disposed of in its entirety.

### 10.06 Sample Collection, Handling and Processing

Patient samples collected in TPSCs can be processed in one of two ways:

1.  **Field model: Technicians at the TPSCs run samples on a TSPU that is located on-site.** Sample is collected using the Theranos Capillary Tubes and Nanotainer Tubes from patients at TPSCs as described in WI-00033 Work Instructions for Sample Collection, Processing and Shipping, Theranos anti-HSV-1 IgG Assay ( **Appendix 10-B** ). "HSV-1 IgG Assay, field locations" Cartridges are stored refrigerated on -site in single cartridge pouches. The Theranos Nanotainer Tubes barcode is recorded in the field sample log which is saved in a location that is accessible to licensed staff members of the Theranos CLIA-certified laboratory. The Theranos Nanotainer Tubes are inserted into the sample slot of the "HSV-1 IgG Assay, field locations" Cartridge, and the "HSV-1 IgG Assay, field locations" Cartridge barcode is recorded in the field sample log. The "HSV-1 IgG Assay, field locations" Cartridge is inserted into the TSPU, and the protocol, which is associated with the "HSV-1 IgG Assay, field locations" Cartridge barcode via the Theranos Laboratory Automated System server (TLAS), starts automatically. Data from the assay are transmitted by the TSPU to the TLAS server located at the Theranos CLIA-certified laboratory . The result is retrieved by licensed staff members of the Theranos CLIA-certified laboratory using the cartridge barcode recorded in the field sample log. Details for TSPU operation and data extraction can be found in WI-00035 Work Instructions for Processing Patient Samples on a Theranos Sample Processing Unit by Field Technicians ( **Appendix 10-D** ) and WI-00036 Work Instructions for Retrieving Results from Assays run on a Theranos Sample Processing Unit ( **Appendix 10-E** ), respectively.

2.  **Central model: Technicians ship collected samples to the Theranos CLIA-certified laboratory where the samples are run by licensed staff members on TSPUs.** Sample is collected using the Theranos Capillary Tubes and Nanotainer Tubes from patients at TPSCs as described in WI-00033 Work Instructions for Sample Collection, Processing and Shipping, Theranos anti-

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550401

HSV-1 IgG Assay (    **Appendix 10-B**  ).     The Theranos barcode of
NanotainerTubes is scanned into a tracking file, and then the samples are
packaged and shipped to the Theranos CLIA-certified laboratory as described in
WI-00033 Work Instructions for Sample Collection, Processing and Shipping,
Theranos anti-HSV-1 IgG Assay ( **Appendix 10-B**). "HSV-1 IgG Assay, CLIA
lab location" cartridges are stored refrigerated at the Theranos CLIA-certified
laboratory in single cartridge pouches. Upon receipt, samples are processed
according to WI-00034 Work Instructions for Processing Patient Samples on a
Theranos Sample Processing Unit by Theranos High Complexity CLIA
Certified Laboratory Staff ( **Appendix 10-C**). The processed sample is pipetted
into the "HSV-1 IgG Assay, CLIA lab location" cartridge sample well, and the
"HSV-1 IgG Assay, CLIA lab location" cartridge barcode and sample
description are recorded in the central sample log. The"HSV-1 IgG Assay,
CLIA lab location" cartridge is inserted into the TSPU and the protocol starts
automatically. This is a different protocol from that used in the field model, but
is likewise automatically associated with the "HSV-1 IgG Assay, CLIA lab
location" cartridge barcode via the TLAS server. Data from the assay are
transmitted to the TLAS server located at the Theranos CLIA-certified
laboratory. The result is retrieved in the same manner as in the field model by
licensed staff members of the Theranos CLIA-certified laboratory using the
cartridge barcode recorded in the central sample log. Details for TSPU
operation and data extraction can be found in    WI-00034 Work Instructions for
Processing Patient Samples on a Theranos Sample Processing Unit by Theranos
High Complexity CLIA Certified Laboratory Staff (  **Appendix 10-C**) and WI-
00036 Work Instructions for Retrieving Results from Assays run on a Theranos
Sample Processing Unit (**Appendix 10-E**),respectively.

### 10.07 Scientific Basis

The TSPU and TLAS were designed to automate the exact processing steps and
protocols associated with the most precise and accurate CLIA-certified test methods.
The TSPU is configured to automatically perform a wide range of standard laboratory
sample processing steps, such as pipetting, sonicating, centrifuging, mixing, and
heating. These steps may be automatically performed by the TSPU in accordance with
a protocol executed by a processor on the TSPU that received commands from the
TLAS. Automation of the laboratory sample processing steps permits the steps to be
performed by the TSPU with very high accuracy and precision targeted to exceed that
achieved by human technicians for the same sample processing steps. In addition, the
TSPU is capable of performing customizable sample processing steps (e.g. variable
pipetting volumes, sonication times, etc.), based on the specific instructions of a given
protocol from the TLAS.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                    THER-2550402
Fed. R. Crim. P. 6(e) material

### 10.07.1 ELISA Principle for the HSV-1        IgG Assay

The Theranos anti-HSV-1 IgG immunoassay is a three-step sandwich immunoassay
with HSV-1 (gG) recombinant antigen coated polystyrene tips, an anti-human IgG
detection reagent conjugated to alkaline phosphatase (AP) and chemiluminescent
substrate.

The principal reagents used in Theranos anti-HSV-1 IgG assay are shown in the table
below (Table 10-3). Capture reagent is coated on the inner surface of tips. Analyte in
the sample binds to the capture reagent. Unbound entities in the sample are washed out
and the capture surface is subsequently incubated with the detection reagent. Following
conjugate incubation, nonspecific reactants are removed by washing. The capture-
analyte-detection complex is incubated with AP substrate to initiate the
chemiluminescence reaction. The rate of the chemiluminescence reaction (which is
proportional to the AP concentration, and hence the anti-HSV antibody concentration),
generates light levels in the Luminometer Module, which are transmitted to the TLAS
for analysis. A description of all reagents used in the Theranos HSV-1 IgG
Immunoassay is provided in Table 10-3 below.

The Theranos HSV-1 IgG assay uses a commercially available purified recombinant
HSV1 gG1 glycoprotein as the antigen coated on the surface. The reason for the
selection of this antigen is its lack of cross-reactivity with its counterpart in HSV-2, i.e.,
gG-2. Literature reports confirm the serological type-specificity of gG-1 (Lee et al.,
1986; Sanchez-Martinez et al., 1991) and further support the choice of gG-1 as the
antigen for HSV1 antibody detection in serum. (Ashley et al., 1998). Another report
identified one immunodominant region on the gG1 glycoprotein, delimited by amino
acids 112–127, that showed reactivity with several anti-gG1 antibodies. The lack of
reactivity with the corresponding stretches of amino acids on the HSV2 counterpart,
gG2, suggests that this domain may be of interest in the further development of HSV-  1
type-specific seroassay (Tunback et al., 2000). The recombinant antigen used in the
Theranos HSV1 assay is a construct that encompasses the above immunodominant
region (Met1-ASP190) from the Patton strain fused with human superoxide dismutase
SOD. It is expressed in  *Saccharomyces cerevisiae* . The antigen is supplied in 20mM
malonate, with 6M urea, pH 7.5.

Table 10-3:  Assay and Principal Reagents

| Assay | Capture reagent | Detection reagent | Assay Principle |
|---|---|---|---|
| anti-HSV-1 IgG | Herpes Simplex Virus type 1 gG1M | Mouse Anti-hIgG clone 2C11 | Sandwich ELISA assay: Capture of IgG antibodies on solid phase, |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

| | antigen | | followed by detection with a conjugated mouse anti-IgG reagent |
|---|---|---|---|

Table 10-3: Description of reagents used in the Theranos HSV-1 IgG Immunoassay

| Capture surface | 6 Polystyrene minitips coated with HSV1 gG1 recombinant antigen, BSA, 0.05% sodium azide. 4 coated minitips are used for the sample and one minitip each is used for control reaction. |
|---|---|
| Detection reagent OR Conjugate (65 µL) | Mouse monoclonal antibody against human IgG, conjugated to alkaline phosphatase (AP), BSA, TBS buffer, 0.05% sodium azide. |
| Positive control (65 µL) | Liquid, human serum based, containing high levels of HSV1 IgG. |
| Negative control (65 µL) | Liquid, human serum based, containing high levels of HSV1 IgG. |
| Assay Diluent (160 µL) | Protein-free formulation, PBS buffer, 0.02% methylisothiazolone and 0.02% bromonitrodioxane |
| Wash Buffer (65 µL) | TBS buffer, Tween 20 , 0.05% sodium azide |
| Chemiluminescent AP substrate reagent (65 µL) | AMPPD (3-(2'-Spiroadamantane)-4-methoxy-4-(3"-phosphoryloxy) phenyl-1,2-dioxetane), Tris buffer, MgCl2 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550404

### 10.07.2 Protocol for the HSV-1 Assay        (Central CLIA-Laboratory Model)

The protocol for HSV-1 IgG assay is divided into three parts: sample collection that occurs in TPSC, sample processing that occurs on TSPU and data analysis which occurs on the TLAS in Theranos high-complexity CLIA-certified laboratory.

A. Sample collection: Sample is collected from patients by one of the three methods detailed below:

1. Capillary blood is collected using Theranos Capillary Tubes and Nanotainer Tubes which use  K2-EDTA as the anti-coagulant in both capillaries. This device is designed to collect 80uL of whole blood in each of a pair of Nanotainer Tubes. The Nanotainer Tubes are shipped in a temperature controlled shipping box (2-8°C) to Theranos' high-complexity CLIA-certified laboratory.

2. Venous blood is collected with a commercially available venous blood EDTA-anti-coagulated collection device. These tubes are transported to Theranos' high-complexity CLIA-certified laboratory in a temperature controlled shipping box (2-8°C).

2. Venous blood is collected in a standard serum separator tube (SST). Upon collection, tubes are centrifuged according to the manufacturer's recommendation. These tubes are transported to Theranos' high-complexity CLIA-certified laboratory in a temperature controlled shipping box (2-8°C).

B. Sample processing: The sample processing starts with either of the following types of samples:

Capillary Samples:  K2-EDTA anti-coagulated capillary whole blood in a Theranos Nanotainer which is centrifuged at 1     200g for 6 mins by Theranos state-certified CLIA laboratory staff. Subsequently, approximately 30uL of plasma is transferred via a manual pipette to a round vessel in the "Theranos HSV-1 IgG Assay, CLIA lab location        " cartridge by Theranos CLIA-certified laboratory staff.

Venous Plasma Samples:  EDTA-anticoagulated venous whole blood collected in a commercially available venous blood collection device is centrifuged according to the manufacturer's specifications. The plasma (~30uL) is transferred via a manual pipette into a round vessel in the "Theranos HSV-1 IgG Assay, CLIA lab location" cartridge by Theranos CLIA-certified laboratory staff.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550405

Venous Serum Samples: Serum from venous blood (~30uL) is transferred via a manual pipette into a round vessel in the "Theranos HSV-1 IgG Assay, CLIA lab location" cartridge by Theranos CLIA-certified laboratory staff.

After loading either the serum or plasma into the Cartridge as detailed above, the cartridge is loaded into the device. Then the TSPU implements the following steps in sequence:

1.  A Large tip is picked up and used to transfer 36uL of sample diluent into each of 2 sealed empty round vessels. Another Large tip is then picked up and used to transfer 90uL of sample diluent into a wash well.

2.  Two Mini tips are picked up and used to transfer 4uL of the control material (negative and positive controls) from sealed round vessels to the round vessels containing 36uL of sample diluent. The 2 vessels containing the diluted control material are mixed. This yields control samples diluted 10X.

3.  A Mini tip is picked up and used to premix the plasma/serum from the sample round vessel. 10uL is then transferred to the wash well containing 90uL of sample diluent. A Large tip is picked up and used to mix the wash well containing the diluted plasma/serum. This is followed by a 10 minute incubation. This yields plasma/serum diluted 10X.

4.  Six Coated Mini tips with HSV-1 capture reagent each aspirate 10uL of wash buffer from 6 sealed wash wells to prewash the tips The contents of each tip are dispensed into sealed empty wash wells. The 6 HSV-1 Coated Mini tips are moved to the Luminometer Module where the chemiluminescence intensity of each of the 6 tips is recorded in a sequential manner. This dark read is used as a blank subtraction during data analysis in the TLAS.

5.  A Large tip is picked up and used to further mix the wash well containing the diluted plasma/serum.

6.  The 6 HSV-1 Coated Mini tips each aspirate 9uL of the 10X diluted plasma/serum or 10X diluted control material as appropriate. The mixture is allowed to incubate with the capture protein on the surface for 5 minutes. The diluted plasma/serum and the control material is then dispensed into the original well/vessels.

7.  The 6 HSV-1 Coated Mini tips each aspirate 10uL of high-salt wash buffer from 6 sealed round vessels, followed by a 1 minute

FOIA Confidential Treatment Requested by Theranos                    THER-2550406
Fed. R. Crim. P. 6(e) material

incubation.  The high-salt wash buffer is then discarded into wash wells.  This is repeated a second time with a 1 minute incubation and repeated a third time with a 5 minute incubation.

8.  The 6 HSV-1 Coated Mini tips each aspirate 9.5uL of detection reagent from 6 sealed round vessels, followed by a 5 minute incubation.  The contents are dispensed into the original vessels.

9.  The 6 HSV-1 Coated Mini tips each aspirate 10uL of wash buffer from 6 wash wells, followed by a 1 minute incubation.  The wash buffer is then discarded into wash wells.  This is repeated for a total of 6 post-detection wash cycles.

10.  The 6 HSV-1 Coated Mini tips ea     ch aspirate 10uL of AP substrate from 6 sealed round vessels.

11.  The 6 HSV-1 Coated Mini tips are moved to the Luminometer Module where the chemiluminescence intensity of each of the 6 tips is recorded in a sequential manner.  The AP substrate is then discarded into wash wells.

12.  The counts recorded in the luminometer are transmitted to TLAS for analysis.

C. Data analysis: The count values are analyzed in the TLAS, where a calibration function is applied, and analysis is performed on these values and associated controls.

1. Positive controls: calibration function consists of pass/fail limits for the positive control. If the control value lies outside the pass limit, the run is considered to be invalid.

2. Negative controls: calibration function consists of pass/fail limits for the negative control. If the control value lies outside the pass limit, the run is considered to be invalid.

3. Sample runs: There are 4 replicate measurements of the sample. These 4 replicates are averaged, after removing outliers, if any. Outliers are detected as points outside 10 median absolute deviations.

   a. The mean value is divided by the cut-off value from the calibration function to get the cut-off index (COI).
   b. If the COI is greater than or equal to 1.1, a "reactive" result is returned.
   c. If the COI is less than or equal to 0.9, a "non        -reactive" result is returned.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550407

d. If the COI is between 0.9-1.1, an "equivocal" result is
returned.

### 10.07.3 Protocol for the HSV-1 Assay (Field Model)

The protocol for HSV-1 IgG assay is divided into three parts: sample collection that
occurs in TPSC, sample processing that occurs on TSPU and data analysis which
occurs on the TLAS in Theranos high-complexity CLIA-certified laboratory.

A. Sample collection: Capillary blood sample is collected using Theranos
Capillary Tubes and Nanotainer Tubes which use K2-EDTA as the anti-
coagulant in both capillaries. This device is designed to collect 80uL of
whole blood in each of a pair of Nanotainer Tubes.

B. After loading the Nanotainer Tube pair with whole blood into the "HSV-
1 IgG Assay, field locations" cartridge, the cartridge is loaded into the
device by a Theranos-trained technician. On board the TSPU, the
following steps are implemented in sequence:

1. A harpoon tip is picked up and used to pierce and remove the
rubber cap of the Nanotainer Tube. The harpoon tip with the
rubber cap is then returned to its original position on the
cartridge.

2. A Large tip is picked up and used to transfer 60uL of whole
blood to a centrifuge vessel.

3. The centrifuge vessel is transferred to a centrifuge and spun for 3
minutes at 6200 RPM. The centrifuge vessel is then returned to
its original position on the cartridge.

4. A Large tip is picked up and used to transfer 36uL of sample
diluent into each of 2 sealed empty round vessels. Another
Large tip is then picked up and used to transfer 90uL of sample
diluent into a sealed wash well.

5. Two Mini tips are picked up and used to transfer 4uL of the
control material (negative and positive controls) from sealed
round vessels to the round vessels containing 36uL of sample
diluent. The 2 vessels containing the diluted control material are
mixed. This yields control samples diluted 10X.

6. A mini tip is picked up and used to transfer 10uL of plasma from
the centrifuge vessel to the wash well containing 90uL of sample
diluent. A Large tip is picked up and used to mix the wash well
containing the diluted plasma. This is followed by a 10 minute
incubation. This yields plasma diluted 10X.

7. Six Coated Mini tips with HSV-1 capture reagent each aspirate
10uL of wash buffer from 6 sealed wash wells to prewash the

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550408

tips  The contents of each tip are dispensed into sealed empty wash wells.  The 6 HSV-1 Mini tips are moved to the Luminometer Module where the chemiluminescence intensity of each of the 6 tips is recorded in a sequential manner.  This dark read is used as a blank subtraction during data analysis in the TLAS.

8. A Large tip is picked up and used to further mix the wash well containing the diluted plasma.

9. The 6 HSV-1 Coated Mini tips each aspirate 9uL of the 10X diluted plasma or 10X diluted control material as appropriate. The mixture is allowed to incubate with the capture protein on the surface for 5 minutes. The diluted plasma and the control material is then dispensed into the original well/vessels.

10. The 6 HSV-1 Coated Mini tips each aspirate 10uL of high-salt wash buffer from 6 sealed round vessels, followed by a 1 minute incubation.  The high-salt wash buffer is then discarded into wash wells.  This is repeated a second time with a 1 minute incubation and repeated a third time with a 5 minute incubation.

11. The 6 HSV-1 Coated Mini tips each aspirate 9.5uL of detection reagent from 6 sealed round vessels, followed by a 5 minute incubation.  The contents are dispensed into the original vessels.

12. The 6 HSV-1 Coated Mini tips each aspirate 10uL of wash buffer from 6 wash wells, followed by a 1 minute incubation.  The wash buffer is then discarded into wash wells.  This is repeated for a total of 6 post-detection wash cycles.

13. The 6 HSV-1 Coated Mini tips each aspirate 10uL of AP substrate from 6 sealed round vessels.

14. The 6 HSV-1 Coated Mini tips are moved to the Luminometer Module where the chemiluminescence intensity of each of the 6 tips is recorded in a sequential manner. The AP substrate is then discarded into wash wells.

15. The counts recorded in the luminometer are transmitted to TLAS for analysis.

C. Data analysis: The count values are analyzed in the TLAS, where a calibration function is applied, and analysis is performed on these values and associated controls.

1. Positive controls: calibration function consists of pass/fail limits for the positive control. If the control value lies outside the pass limit, the run is considered to be invalid.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                        THER-2550409

THERANOS, INC.
T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

2. Negative controls: calibration function consists of pass/fail limits for the negative control. If the control value lies outside the pass limit, the run is considered to be invalid.

3. Sample runs: There are 4 replicate measurements of the sample. These 4 replicates are averaged, after removing outliers, if any. Outliers are detected as points outside 10 median absolute deviations.

    a. The mean value is divided by the cut-off value from the calibration function to get the cut-off index (COI).
    b. If the COI is greater than or equal to 1.1, a "reactive" result is returned.
    c. If the COI is less than or equal to 0.9, a "non-reactive" result is returned.
    d. If the COI is between 0.9-1.1, an "equivocal" result is returned.

**10.08 Theranos Laboratory Automation System**

The TLAS comprises at least one server configured to communicate with and control one or more TSPUs with an encrypted, certificate-based security system. The TLAS provides a number of functions, including communicating test protocols to the TSPU based on the desired tests to be run on the sample and for maintaining oversight over the TSPUs. During processing, the TSPU and TLAS are communicating to validate the quality and integrity of the consumables, based on lot information tracked in the TLAS, execute the sample processing steps, and monitor and oversee the quality of the sample processing. After controlling sample processing in the TSPU, signal sets from the sample are transferred to the TLAS where the raw data is analyzed, the relevant reportables are generated for a Laboratory Information System, and post-analytic processing steps are performed.

The TLAS is run at and by Theranos' CLIA-certified laboratory, and provides oversight and remote control of the TSPU. The consumables containing patient samples (Theranos Nanotainer Tubes for blood sample) are placed in a Cartridge and introduced into the TSPU. The TSPU scans a barcode on the Cartridge, and the barcode value is communicated to the TLAS, which securely de-codes the barcode value, and communicates a sample processing protocol to the processor in the TSPU. The processor further distributes tasks received from the TLAS to various modules in the TSPU. The TSPU constantly feeds information back to the TLAS to ensure constant monitoring of the TSPU and its performance. The final steps of sample processing are signal generation (chemiluminescence light), and signal detection by detectors

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550410

(Detector 1). The raw signals are transmitted back to the TLAS, which performs analysis on these raw data and yields clinically relevant analyte reportables for CLIA laboratory staff to oversee and further analyze, as applicable.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550411

## 10.09 Results Interpretation

The Theranos HSV-1 IgG assay results are to be interpreted based on the following
recommendations:

Table 10-4.  Results interpretation

| Result | Interpretation | Inference |
|---|---|---|
| POSITIVE | HSV-1 Positive | Presumptive evidence of HSV-1 exposure |
| NEGATIVE | HSV-1 Negative | No evidence of HSV-1 exposure detected |
| EQUIVOCAL | HSV-1 Equivocal | These samples should be re-tested. If on re-test, the sample is still equivocal, then a second sample should be drawn in 4-6 weeks and tested. |
| INVALID | Invalid result | The test result should be discarded and the test should be re-run. |

Assay results should be interpreted only in the context of other laboratory findings and
the overall clinical status of the individual.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550412

## 11.0   SUBSTANTIAL EQUIVALENCE DISCUSSION

**Predicate Device Name:**

The predicate device for anti-HSV  -1 IgG is Focus HerpeSelect 1 and 2 Immunoblot
IgG, from Focus Diagnostics, Inc. (4/14/2000).

**Predicate Device 510(k) Number:**

K000238

**Comparison with Predicate:**

Similarities and differences between the candidate device and the predicate device:

| Attribute | Theranos Method | Predicate Method |
|---|---|---|
| Intended Use | The Theranos HSV-1 IgG assay is a chemiluminescent immunoassay intended for the qualitative detection of IgG antibodies to herpes simplex virus type 1 (HSV-1) in human serum from venous blood and $K_2$-EDTA anticoagulated human plasma from venous and capillary blood. The test is indicated for sexually active individuals and expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The predictive value of positive or negative results depends on the population's prevalence and the pretest likelihood of HSV-1. The test is not FDA cleared for screening blood or plasma donors. The performance of | Focus Diagnostics' HerpeSelect®1 and 2 Immunoblot IgG test is intended for qualitatively detecting the presence or absence of human IgG class antibodies to HSV-1 and HSV-2 in human sera. The test is indicated for testing sexually active adults or expectant mothers for aiding in the presumptive diagnosis of HSV-1 and HSV-2 infection. The predictive value of a positive or negative result depends on the population's prevalence and the pretest likelihood of HSV-1 and HSV-2 infection. The performance of this assay has not been established |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550413

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| | this assay has not been established for use in a pediatric population, neonates and immunocompromised patients. The Theranos HSV-1 IgG assay is for use with the Theranos System. | for use in a pediatric population, for neonatal screening, for testing of immunocompromised patients, for use by a point of care facility or for use with automated equipment. |
|---|---|---|
| Sample Volume | 10 uL | 20 uL |
| Controls | 2 (negative and positive) per assay | Same |
| Sample matrix | Venous serum, K2-EDTA plasma from venous and capillary blood | Venous Serum |
| Reagent storage | 2-8 °C in ready-to-use cartridges, | 2-8 °C, on-board and refrigerator |
| Type of assay | Sandwich format immunoassay | Nitrocellulose Immunoblot |
| Platform | Theranos System | Manual procedure |
| Capture reagent | HSV-1 recombinant antigen (gG1) | HSV-1/HSV-2 antigen immobilized on nitrocellulose membrane |
| Detection reagent | Mouse monoclonal antibody against human IgG, conjugated to alkaline phosphatase | Goat anti-human IgG conjugated to alkaline phosphatase, bromo-chloro-indodyl phosphate and nitroblue tetrazolium substrate |
| Sample handling and processing | Automated | Manual |
| Measurement system | Photodiode | Visual observation of bands on a strip |
| Unit of measure | Antibody index | Positive or negative reading from color of band |
| Total incubation | 10 min | 2 hr 20 mins |
| Calibration | Factory calibrated | Not included |

**Substantial Equivalence Discussion:**

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550414

Intended Use and Indications for Use:

The Theranos HSV-1 IgG Assay and the Predicate Device have essentially the same
Intended Uses, except that the Focus HerpeSelect 1 and 2 Immunoblot IgG also tests
for the presence of IgG antibodies to HSV-2, which will be covered in a separate
510(k) Pre-market Notification. As to Indications for Use, both the Theranos HSV-1
IgG Assay and the Predicate Device's HSV-1 IgG Assay are indicated for sexually
active individuals and expectant mothers as an aid for the presumptive diagnosis of
HSV-1 infection. In addition, neither assay is specifically intended for use in a
pediatric population, for neonatal screening, for testing of immunocompromised
patients nor for screening blood or plasma donors.

Technological Characteristics:

The Theranos HSV-1 IgG assay is for use with the Theranos System, including the
Theranos Sample Process Unit (TSPU) and Theranos Laboratory Automation System
(TLAS). The TSPU can perform automated pre-analytical processing steps in a central
CLIA-certified laboratory or a patient specimen collection center. The differences in
technological characteristics between the Theranos HSV-1 IgG assay and the Predicate
Device, including type of assay, platform, capture reagent, detection reagent, sample
handling and processing, measurement system and incubation time have been outlined
in the comparison table above.

In order to establish that the technological differences between the devices do not
impact the relative safety and effectiveness of the devices, Theranos conducted studies
comparing the clinical performance of the two methods. A clinical study was
conducted to characterize the performance of HSV-1 IgG immunoassay. The primary
objective of the study was to demonstrate the sensitivity and specificity in the indicated
populations of the HSV-1 IgG immunoassay in the Theranos CLIA-certified
Laboratory in comparison to the FOCUS HerpeSelect Immunoblot. The results of this
study are discussed and presented in Section 18.b.iii.1. The Theranos assay was shown
to have sensitivity and specificity of 95.1% (95%C.I.      : 90.2%-98.0%) and 97.4%
(95%C.I.: 92.6%-99.5%) respectively in adult high risk subjects, and sensitivity and
specificity of 97.4% (95%C.I.   : 94.1%-99.2%) and 95.2% (95%C.I.   : 89.2%-98.4%)
respectively in pregnant subjects, establishing equivalency to the predicate method. The
specificity of the Theranos test was also confirmed by testing performance in a low risk
population.

In addition, a seroconversion panel consisting of well-characterized HSV-1 serum
samples was obtained from the CDC and tested    on the Theranos HSV -1 IgG assay.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550415

Tests results from the Theranos HSV-1 IgG assay showed 100% agreement to the CDC results, further establishing the performance of the Theranos HSV-1 IgG assay.

In addition, Theranos performed method comparison studies between the Theranos HSV-1 IgG assay and the Predicate Device for both of the use cases, including sample pre-analytical processing with the TSPU within the TPSC and within the Theranos central CLIA-laboratory, as discussed and described in Sections 18.b.iii.3 and 18.b.iii.4, respectively. Compared to serum samples run on the predicate method , results indicate that capillary samples collected in the field and processed either in the field or at the central laboratory on the TSPU, yield good concordance to the predicate method. Namely, for field processing with the TSPU, positive percent agreement of 98% and negative percent agreement of 97% were shown. For central lab processing with the TSPU, positive percent agreement of 97%, and negative percent agreement of 100% were shown. These results reflect no statistical difference of the performance of the Theranos HSV-1 IgG Assay between the two sample processing locations. These results further support equivalence of the candidate method with the predicate method including capillary samples processed either in the field or at the central laboratory.

Sample Matrix:

To establish that the performance of the Theranos HSV-1 IgG assay with sample matrices stated above, (venous serum and K2-EDTA plasma from venous and capillary blood) do not raise questions of safety and efficacy, Theranos performed a matrix comparison study. In this study, discussed and described in Section 18.a.ii, the effect of anticoagulants on the detection of analyte with the HSV -1 IgG immunoassay was determined by comparing values obtained from matched venous serum, venous K2-EDTA plasma, and capillary K2-EDTA plasma samples drawn from the same donors. Results showed that for positive samples, recovery was within ±20% of the serum value, while for negative samples, all samples showed a difference of less than or equal to 0.02 COI relative to the serum results.

**Conclusion:**

From the results of these studies, Theranos has concluded that the Theranos Herpes HSV-1 IgG immunoassay is substantially equivalent to the commercially available HerpeSelect 1 and 2 Immunoblot IgG test manufactured by Focus Diagnostics for detection of HSV-1 IgG antibodies in the indicated populations and use cases.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550416

## 12.0   PROPOSED LABELING

The Theranos Herpes Simplex Virus Type 1 Assay and TSPU will have the following proposed labeling pieces, which are provided in   **Appendices 12-A** through  **12-E** as listed in Table 12-1 below.

**Table 12-1: Theranos Labeling**

| Appendix Number | Document Title | Commercially Released or Proposed Draft |
|---|---|---|
| 12-A | Label for CLIA Cartridge Outer Box and Inner Bag | Proposed Draft |
| 12-B | Label for Field Cartridge Outer Box and Inner Bag | Proposed Draft |
| 12-C | Package Insert - TSPU Device | Proposed Draft |
| 12-D | TSPU Label | Proposed Draft |
| 12-E | Package Insert - HSV-1 Assay | Proposed Draft |

The Package Insert for the Predicate Device, the Focus HerpeSelect 1 and 2 Immunoblot IgG assay, is attached as **Appendix 12-F**.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550417

### 13.0   STERILIZATION AND SHELF-LIFE

The Cartridges and Theranos System for the HSV-1 IgG Assay are non-sterile.

The shelf-life of the HSV-1 IgG Assay Cartridge has been studied as described in the Stability Studies in Section 17.c(4)(a).

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550418

## 14.0    BIOCOMPATIBILITY

This 510(k) Pre-Market Submission is for an *In Vitro* Diagnostic device and does not require Biocompatibility testing.

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550419

## 15.0   SOFTWARE

### LEVEL OF CONCERN DETERMINATION

According to FDA's Guidance for the Content of Premarket Submissions for Software
Contained in Medical Devices (May 11, 2005), the Level of Concern for software
contained in a medical device is Moderate, where the Software Device could only lead
to an erroneous diagnosis or a delay in delivery of appropriate medical care that would
likely lead to Minor Injury. Note that the Theranos HSV   -1 IgG Assay is for *in vitro*
diagnostic use and thus there is no direct adverse effect on patient health.

The Theranos HSV  -1 IgG Assay is intended for sexually active individuals and
expectant mothers as an aid for the presumptive diagnosis of HSV-1 infection. The tests
will not be FDA cleared for screening blood or plasma donors and will not have been
established for use specifically in a pediatric population, neonates and
immunocompromised or immunosuppressed patients.

The HSV-1 Assay will not be used as the primary means of diagnosis and a false
positive result in the absence of clinical presentation consistent with infection would
not likely result in antiviral drug treatment or cesarean delivery. In addition, in the
scenario where a false negative result is at odds with the clinical presentation of the
patient, testing by other methods (such as by nucleic acid amplification) or using other
specimens (oral, dermal or genital lesion) is recommended. Given the mitigating
factors of subsequent testing and analysis where the serological results are contrary to
the clinical presentation, the Software Level of Concern is Moderate. Pursuant to Pre-
Submission Q140358, FDA confirmed that the Level of Concern would be Moderate
for this assay.

Due to the Moderate Level of Concern, the following software-related documentation is
provided in this section:

- Software Description
- Device Hazard Analysis
- Software Requirements Specification (SRS)
- Architecture Design Chart
- Software Design Specification (SDS)
- Traceability Analysis
- Software Development Environment Description
- Verification and Validation Documentation
- Revision Level History
- Unresolved Anomalies (Bugs or Defects)

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                              THER-2550420

## SOFTWARE DESCRIPTION

The Theranos System software is comprised of two components (the TSPU and TLAS) and is supported by a systems architecture that ensures a secure environment in which only the TSPU and TLAS are authenticated to communicate to one another.

### Theranos Sample Processing Unit (TSPU)

The TSPU operates under the control of the TLAS. The TSPU may be connected to the TLAS via a secure Internet or other data network connection, and the TSPU and TLAS are capable of proprietary two -way communication with each other. For example, the TLAS can send various commands and protocols to the processor of the TSPU, for execution by the TSPU. Similarly, the TSPU can send information obtained by the TSPU to the TLAS, such as data obtained from pre-analytic steps with a sample or information obtained from sensors within the TSPU (e.g., signal, image, temperature information). Information sent by the TSPU to the TLAS may be in response to a specific request for information from the TLAS to the TSPU, or it may be part of a standardized protocol. Upon completion of pre-analytic processing in the TSPU, the TLAS performs analysis and post-analytic processing.

The TSPU software supports the physical interface between the technician /operator and the device. It enables the functions that allow an authorized technician to load a specialized cartridge into the device prior to sample processing. Via a touchscreen embedded in the TSPU device, the TSPU software presents a UI to the user that allows for detailed user-oriented instructions ensuring a technician follows all appropriate steps before sample processing can begin. In processing a sample onboard the device, the TSPU software has the responsibility for directing all operations of the hardware and logging the success of each operation. Should an error occur during sample processing, the TSPU software recognizes the type of error and based on this determination either continues with the sample processing or aborts the run, and logs the error that occurred. The TSPU exposes the status of the hardware to the user in real-time. After processing the sample, the TSPU transmits raw signals to TLAS for analysis.

After inserting a cartridge into the device for sample processing, the TSPU software scans the cartridge barcode in order to retrieve the sample processing protocol associated with that cartridge from TLAS. This protocol is used as the set of instructions for the TSPU software to execute in processing the sample. In designing the Theranos System software, careful consideration was taken to ensure only validated protocols are run on known hardware configurations in processing samples on board the TSPU. When launching the TSPU software, a controller service scans the hardware configuration and compares it to the known configuration stored in the TLAS. If the hardware signatures differ in any way, the TSPU software will prevent the device from

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550421

being used. Furthermore, to facilitate development of protocols on a device, the system architecture for TSPU implements a service API which abstracts the hardware layer from the instructions that operate all of the mechanisms of the device, allowing for more intuitive and faster development of protocols for sample processing on board the device. Upon validation of a sample processing protocol, the protocol is released within Theranos' configuration management system and associated to the correct cartridge type in TLAS.

### Theranos Laboratory Automation System (TLAS)

TLAS provides control and secure two -way communication with the TSPUs to enable CLIA-compliant control and oversight of sample processing devices, while being placed at the locations in which the sample processing can be done, minimizing the number of errors associated with transportation and manual human handling found in traditional laboratories. The secure information and control communicated between the TSPU and TLAS allows for control and oversight to be extended from the central TLAS to the remote TSPU. In this manner, the TSPU remains a core component of the Theranos CLIA-certified laboratory and a core part of realizing the quality standards of the Theranos CLIA-certified laboratory. The combination of reducing human error from pre-analytic processing while maintaining CLIA-compliant control and oversight of the TSPUs provide for higher quality results and repeatable test procedures.

The TLAS system accepts, manages and distributes raw signals obtained by the TSPU while processing samples within the TSPU device. Additionally it manages and provisions the Theranos devices associated with it, including the Cartridges that are used for processing the sample. TLAS is composed of six components (refer to the **Appendix 15-A System Architecture Design Chart**     ) each of which is briefly described below. When the TSPU presents a cartridge barcode, TLAS returns the sequence of instructions, called a protocol, to the TSPU device. After processing the sample, the TSPU transmits the raw signals to TLAS. The calibration component of TLAS then calls on calibration curves established for the set of reagents that exist on the cartridge and the protocol that was run to convert the raw signals into finished measurements. The Theranos Manufacturing organization interacts with the TLAS system to generate unique barcodes for each cartridge, ensuring that the set of reagents loaded onto a cartridge are appropriately mapped to each cartridge. Theranos R&D associates each validated protocol to the correct cartridge type within TLAS.

### Calibration Management System

The Calibration Management System handles calibration and prediction procedures. These procedures are mapped onto the raw results to produce the final results. Cartridge Manufacturing is responsible for updating these procedures and calibration values to correspond to the lots of reagents used.

**TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550422

### Cartridge Management System

The Cartridge Management System is responsible for maintaining the mapping between cartridge barcode serial numbers and the cartridge types. It manages whether a cartridge has been previously used and whether or not the cartridge or its reagents are expired.

### Final Results Manager

The Final Results Manager is the access path for technicians in CLIA     to retrieve the final results of cartridge runs.

### Protocol Manager

The Protocol Manager provid es the facilities for Theranos R&D to create, update, and delete procedures that tell the TSPU the steps required to process the sample for a particular assay.

### Raw Signal Manager

The Raw Signal Manager accepts raw signals from a TSPU Device and persist the data in the TLAS database. It activates the Signal Processing System to process the raw results received.

### Signal Processing System

The Signal Processing System takes raw signals from the TSPU device and with the correct Calibration data from the Calibration Management System produces a final result for the cartridge run. It stores the final result so that the Final Results Manager may access them.

**System Security**

TSPU security is built upon two core tenets based on three main aspects. The main OS and software image running on TLAS is digitally signed before installing on each device to make the software tamper-proof. The TSPU devices are always kept in a secure environment and they are authenticated to the TLAS server by way of an individual and certificate unique to each device. This certificate must be validated by TLAS at each request prior to permitting any communications to begin. All internal storage is kept encrypted by a FIPS 140 chip. Authentication for each cartridge inserted into the TSPU is provided by a cartridge serial number set which must match a corresponding number kept by the TLAS server. This mechanism carried out in the secure environment noted above provides proper authentication to the TLAS server. For system provisioning, the TSPU devices use the Microsoft SCCM system management system. This system is a robust and mature system specifically designed

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550423

to remotely and securely manage large numbers of distributed systems and configurations. The builds are signed.

Access to the TLAS is allowed only to the secured and authenticated TSPU device. No other system that was not digitally signed by the TLAS architecture has access to the security certificate on a given device and therefore is not authorized to access any of the TLAS services. TLAS application security is primarily supported and administered by the operating system that it runs on Microsoft Windows Server, and the database management system that is used, Microsoft SQL Server Database Management System. Both of these programs are quite mature and have all necessary features to implement a robust and secure environment. Theranos maintains SOPs for administering these systems and the users who have access to these systems. The systems are subject to receiving only validated and signed updates as necessary only for the improvement or repair of TLAS.

The secure network infrastructure allows for CLIA-compliance for certified analysis and testing through the TLAS for determination of the presence or absence of various substances in the human body in Theranos' CLIA-certified laboratory while automating sample processing through the TSPU to minimize pre-analytic error and variability

**IT System Infrastructure**

The system infrastructure that allows the TSPU and TLAS to communicate with each other is also responsible for protecting the TSPU devices and the TLAS system from external attack.

The Theranos System application system is protected by multiple levels of security hardware and software. Refer to **Appendix 15-A** for a figure depicting this system infrastructure design. The application servers sit behind a CISCO ASA firewall backed up by a Palo Alto Networks firewall in addition to a Snort based Intrusion Detection System (IDS). The active aspect of the system for intrusion detection, the ASA and PAN systems, provide asymmetric detection algorithms and patterns which increase the probability that an intrusion will be detected. Both systems issue alerts when they discover anomalous traffic. They additionally capture any suspicious packet s. The response activities include an immediate human inspection of the issues. If the issue requires, the packet sequence is reconstructed and perused. If a host is confirmed to be communicating to an unknown external target, it is immediately blocked. At this point recovery steps are required. The potentially compromised server is taken offline and backup servers will handle the load. Unless the server is deemed safe with a 100% confidence level, it is destroyed and replaced by a new server.

**ARCHITECTURE DESIGN CHART**

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550424

For the Architecture Design Chart, see **Appendix 15-A (System Architecture Design Chart)**.

### DEVICE HAZARD ANALYSIS

Device Hazard Analysis, see **Appendix 15-B-1 (Software Hazard Analysis)** and **Appendix 15-B-2 (SOP-000148 Hazard Analysis)**.

### SOFTWARE REQUIREMENTS SPECIFICATION (SRS).

For the Software Requirements Specification (SRS), see **Appendix 15-C-1 (REQ-00010 Requirements, Theranos System 4, Software TLAS)** and **Appendix 15-C-2 (REQ-00011 Requirements, Theranos System 4, Software TSPU)**.

### SOFTWARE DESIGN SPECIFICATIONS (SDS)

For the Software Design Specifications (SDS), see **Appendix 15-D-1 (SPC-00043 Specifications, Theranos System 4, Software TLAS)** and **Appendix 15-D-2 (REQ-00044 Specifications, Theranos System 4, Software TSPU)**.

### TRACEABILITY ANALYSIS

For the Traceability Analysis, see **Appendix 15-E-1 (Traceability Matrix, Theranos System 4, Software TLAS)** and **Appendix 15-E-2 (Traceability Matrix, Theranos System 4, Software TSPU)**.

### SOFTWARE DEVELOPMENT ENVIRONMENT

Software is developed in accordance with a Disciplined Agile Delivery process with a standard software life cycle procedure.

A software life cycle is the period of time that starts when a software product is conceived and ends when the product is no longer available for use.  The development and maintenance of software is divided into three distinct phases which allow validation and verification to be conducted at appropriate points during the software life cycle.  This builds quality and reliability into the software and provides a measure of the quality of the software product.  The software life cycle for the TLAS and TSPU software includes the following phases:

- Inception phase

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550425

- Construction phase
- Transition phase

In the Inception phase, the requirements, high level use cases,          and informal
requirements are refined and from them a preliminary architectural design is established
along with a preliminary domain model.          These become live documents, evolving
during the cycles of the following phase.          These initial use cases and requirements are
rigorously reviewed for hazard mitigation and effective software
implementation. Additionally, preliminary supporting documentation, and overall
planning takes place. Formal documentation for the inception phase of the current
TLAS and TSPU software build started on September 16, 2014. These phases are
ongoing life cycles that = continue over the life cycle of the software. Building from
the prototype code base for both TLAS and TSPU software, particular thoughtfulness
and deliberation was given to defining high-level use cases from the stakeholder
perspective, incorporating lessons learned from previous builds.

The Construction phase converts the outputs of the Inception phase to real code. As the
Construction phase proceeds, the verification tests are conducted, keeping the code in
line with the specifications from the Inception phase. As iterations of the Construction
phase occur, validation begins.          The architecture and components delineated          in the
Inception phase are implemented as the code which   is later validated by the validation
tests. This process includes design, implementation, test execution, and debug steps.
Any unforeseen anomalies are evaluated through the risk management process. As
applicable, this process was followed for both the TSPU and TLAS development efforts
where documentation is the code itself.

The conclusion of each cycle of the Construction phase ends with a process
improvement review, during which any requirement changes and additions are
reviewed and integrated, updates are made to the high level requirements and release
plan, and a plan on how to move forward in the next cycle is completed.          If a software
component is producible at a cycle's conclusion, it may be demonstrated and reviewed
by stakeholders, out of which new and/or changed requirements may emerge. The next
cycle begins again with work item re-prioritization, validation of requirement coverage
for any test case changes, and the subsequent development activities.          This cyclical
development process is extremely tolerant of requirement changes and other real-world
emergency requests and priority shifts.

Final validation test scripts on the end- to-end solution were defined for both the TLAS
and TSPU software and are documented in          **Appendices 15-F-1** and   **15-F-2**,
respectively. The results of this testing for TLAS and TSPU are documented in
**Appendices 15-F-3** and **15-F-4**, respectively. As the product completes the verification
and validation of all of its specifications and requirements, it moves into the Transition

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                                   THER-2550426
Fed. R. Crim. P. 6(e) material

phase where the plan to move into production is finalized. Additionally, deployment is communicated to stakeholder, and they are trained for its use. Lastly, the production support environment is established

After release, any defects which may be reported are resolved by cycling through the aforementioned phases and the software is revised, revalidated, and re-released as necessary. A software revision level control procedure ensures that the integrity and reliability of the software is retained over the life of the product, and that only validated and released versions of software are available for human use or commercial distribution.

### VERIFICATION AND VALIDATION DOCUMENTATION

For the Verification and Validation Documentation, see:

- For the TLAS, **Appendix 15-F-1 (TPR-00036 Test Protocol, Theranos System 4, Software, TLAS)** and **Appendix 15-F-2 TR-00044 (Test Report, Theranos System 4, Software, TLAS)**, and
- For the TSPU, **Appendix 15-F-3 (TPR-00037 Test Protocol, Theranos System 4, Software, TSPU)** and **Appendix 15-F-4 ( TR-00045 Test Report, Theranos System 4, Software, TSPU)**.

### SOFTWARE REVISION LEVEL HISTORY

For the Software Revision Level History, see **Appendix 15-G (Software Revision Level History)**.

Since the start of the most recent Validation study on 10/14/14 some changes were made to the TSPU and TLAS code, however these changes were limited to interface refactoring, bug fixes and alterations, including adjusting message texts that display on the TSPU. Additionally, a bug fix was implemented to enable the proper saving of the sample ID and optional notes to TLAS. These changes do not have an effect on the performance of the Theranos System and do not negatively affect patient safety.

While the code changes were made during the course of performing the analytical and clinical studies, a deliberate decision was made to validate the latest release of code such that the software that was validated is consistent with the newest and final release for both TSPU and TLAS software.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550427

## UNRESOLVED ANOMALIES

There are no major bugs or anomalies that are known. Below is a list of the current bugs at the time of submission and they are limited to TLAS messages and runtime displays which do not have a bearing on the test results or patient safety. These anomalies will be resolved in future releases as part of the standard development process.

Table 15-1: Tracking number and descriptions:

| | |
|---|---|
| 5392 | Runtime display incorrect if assay start after a failure |
| 5393 | inconsistent error messages for the same failure |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550428

## 16.0    ELECTROMAGNETIC COMPATIBILITY AND ELECTRICAL SAFETY

The Theranos™ Sample Processing Unit (TSPU) was subjected to electrical safety and electromagnetic compatibility conditions as described by the following standards:

- **IEC 60601-1 -2:2007**, Medical electrical equipment – Part 1 -2: General requirements for basic saf ety and essential performance – Collateral standard: Electromagnetic compatibility – Requirements and tests
- **IEC 61010-1 ed. 3.0** , Safety requirements for electrical equipment for measurement, control, and laboratory use - Part 1: General requirements
- **IEC 61010-2-020 ed. 2.0** , Safety requirements for electrical equipment for measurement, control, and laboratory use - Part 2-020: Particular requirements for laboratory centrifuges

The device test conditions for electrical safety and electromagnetic compatibilit y did not deviate from the accepted standards. All test conditions were performed as outlined by the IEC standards. The TSPU passed all of the test conditions without deviation from the aforementioned standards.

The testing for the electromagnetic compatibility conditions described in IEC 60601-1 - 2:2007 was conducted by NTS-Silicon Valley. The following documents are provided have been provided related to this testing:

- The Theranos Test Report is provided in **Appendix 16-A-1 (TR00041)**.
- NTS-Silicon Valle y Test Certificate and Test Report for Electromagnetic Compatibility Medical Electrical Equipment per EN 60601-1 -2:2007 and IEC 60601-1-2:2007 Specifications are provided in **Appendix 16-A-2**.
- NTS-Silicon Valley Test Certificate and Test Report for Electromagnetic Compatibility Information Technology Equipment per EN 61000 -3-2:2006 +A1:2009 +A2:2009 and EN 61000-3 -3"2008 are provided in **Appendix 16-A-3**.
- NTS-Silicon Valley Test Certificate and Test Report for Electromagnetic Compatibility Electrical Equipment for Measurement, Control and Laboratory Use per EN 61326-1:2013 as modified by EN 61324-2-6:2006 and EN 61326-2-6:2013 are provided in **Appendix 16-A-4**.

The testing for the electrical safety conditions described in IEC 61010-1 ed. 3.0 was conducted by Theranos. The following documents are provided have been provided related to this testing:

- The test protocol for the TSPU for compliance with IEC 61010-1 ed. 3.0 is provided in **Appendix 16-B-1 (TPR00033)**.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550429

- The test report for the TSPU for compliance with IEC 61010-1 ed. 3.0 is
  provided in **Appendix 16-B-2 (TR00039)**.

The testing for the electrical safety conditions described in IEC 61010-2-020 ed. 2.0
was conducted by Theranos. The following documents are provided have been
provided related to this testing:

- The test protocol for the TSPU for compliance with IEC 61010-2    -020 ed.
  2.0 is provided in **Appendix 16-C-1 (TPR00035)**.
- The test report for the TSPU for compliance with IEC 61010-2    -020 ed. 2.0
  is provided in **Appendix 16-C-2 (TR00036)**.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550430

THERANOS, INC.
T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

## 17.0 PERFORMANCE TESTING – ANALYTICAL

### a. Precision:

A precision study was conducted at the internal Theranos site (Palo Alto, CA). The study was performed over 13 non-consecutive days, using a panel of 6 serum samples, contrived to span the analytical range with values near the cutoff, one low positive and one high negative sample. On day 0, each member of the panel was prepared in bulk, aliquoted into Theranos round vessels, foil sealed, and stored at -80°C.

The six-member panel was tested using 4 replicates per run in 21 runs overall across 13 non-consecutive days, using three different reagent lots. Finished product cartridges from each lot were calibrated before use, following the procedure outlined in Section 17.c. Forty-three Theranos TSPUs were used during this study. Daily runs were performed by Theranos staff in teams of two, with more than 12 operators covering the entire study. The mean, standard deviation and coefficient of variation (%CV) of the results were computed for each of the tested specimens. The intra-and inter-run CVs are summarized below. The details of the study protocol are included in **Appendix 17-H**. The precision study was designed and performed in accordance with CLSI EP05-A2 (Evaluation of Precision Performance of Quantitative Measurement Methods; Approved Guideline).

Table 17-1: Precision results summary

| Levels | N | within run CV (%) | between run CV (%) | within day CV (%) | within device CV (%) | within lot CV (%) |
|--------|-----|------|------|------|------|------|
| HSV1Neg1 | 92 | 7.4 | 9.4 | 10.2 | 10.3 | 11.4 |
| HSV1NegCO | 90 | 9.3 | 10.7 | 12.5 | 11.8 | 13.0 |
| HSV1POS1 | 79 | 9.8 | 10.3 | 10.0 | 7.3 | 12.0 |
| HSV1POS4 | 80 | 9.1 | 12.2 | 13.4 | 11.9 | 13.4 |
| HSV1POS3 | 69 | 9.1 | 11.2 | 10.7 | 8.7 | 10.6 |
| HSV1POS7 | 69 | 7.0 | 8.0 | 10.0 | 7.8 | 10.0 |
| Levels | mean, lot1 (COI) | mean, lot2 (COI) | mean, lot3 (COI) | mean, overall (COI) | SD, overall (COI) | CV, overall (%) |
| HSV1Neg1 | 0.42 | 0.42 | 0.44 | 0.42 | 0.05 | 11.4 |
| HSV1NegCO | 0.61 | 0.65 | 0.68 | 0.65 | 0.09 | 13.4 |
| HSV1POS1 | 1.06 | 1.00 | 0.93 | 1.02 | 0.13 | 12.6 |
| HSV1POS4 | 1.71 | 1.78 | 1.69 | 1.73 | 0.23 | 13.4 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550431

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
510(k) PREMARKET NOTIFICATION

| | | | | | |
|---|---|---|---|---|---|
| HSV1POS3 | 3.81 | 4.00 | 3.72 | 3.84 | 0.43 | 11.3 |
| HSV1POS7 | 9.17 | 8.99 | 8.83 | 9.00 | 0.90 | 10.0 |

Table 17-2: Precision Runs Summary: Number of runs per reagent lot for each level tested

| Level | N, lot1 | N, lot2 | N, lot3 | Total | # Devices | # Days | # Operators | # Invalid Runs | % Negative | % Positive |
|---|---|---|---|---|---|---|---|---|---|---|
| HSV1Neg1 | 27 | 38 | 27 | 92 | 35 | 7 | 14 | 3 | 100 | 0 |
| HSV1Neg CO | 25 | 37 | 28 | 90 | 28 | 7 | 14 | 2 | 100 | 0 |
| HSV1POS 1 | 27 | 44 | 8 | 79 | 35 | 8 | 16 | 3 | 47 | 53 |
| HSV1POS 4 | 25 | 27 | 28 | 80 | 11 | 2 | 4 | 4 | 0 | 100 |
| HSV1POS 3 | 25 | 13 | 26 | 64 | 16 | 3 | 6 | 1 | 0 | 100 |
| HSV1POS 7 | 25 | 19 | 25 | 69 | 15 | 2 | 4 | 3 | 0 | 100 |

Plots and line-   by-line data are tabulated in    **Appendices 17 -A-1** and   **17 -A-2**, respectively.

### b. Linearity/assay reportable range:

Not applicable.

### c. Traceability, Stability, Expected values (controls, calibrators, or methods):

(1) Traceability: There is no international standard available for measuring HSV- 1 antibody in serum or plasma, therefore an internal Theranos HSV-1 reference standard was prepared from high positive serum.

(2) Controls: The two on-board controls used in the test are commercially sourced from Bio-Rad Laboratories (Liquichek ToRCH Plus Control, Positive Cat# 239 and Negative, cat# 228). Acceptable limits for control measurements were established by averaging 813  runs. The acceptable limits for the positive and negative controls (0.125 and 99.75 percentiles) are as follows. Any control measurement outside this range invalidates the cartridge run.

Table 17-3: Summary of acceptability limits for positive and negative on-board controls

| Control | Lower limit (RLU) | Upper limit (RLU) |
|---|---|---|

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| Positive | 787 | 2840 |
| Negative | 0 | 8.7 |

(3) Calibrators: Calibrators for factory calibration are sourced commercially from Bio-Rad Laboratories (Bioplex HSV-1 & HSV-2 IgG Cal Set, Cat#663-3300) and an in-house cut-off calibrator. Calibration of Theranos HSV-1 IgG assay is tied to particular lot of reagents, and particular lot of cartridges. In order to perform calibration, 15 cartridges are randomly sampled from a particular lot of finished product. Each calibrator level (COI of 0.6, 1.1 and 2.1) is analyzed in 5 replicates. The cut-off is set for the lot of cartridges based on the RLU value of the cut-off calibrator. The other calibrators are used to verify the modulation of the assay. The modulation between level 1 (COI=0.6) and level 2 (COI=1.1) should be $\geq 1.4$, and the modulation between level 2 and level 3 (COI=2.1) should be $\geq 1.6$. If these conditions are not satisfied, the lot is considered to not have sufficient modulation and is disqualified.

(4) Stability:

(a) Reagents: To assess the stability of reagents, cartridges were randomly selected from the finished product. The cartridges were stored at the recommended storage temperature of 2-8°C, in temperature controlled cabinets, for the duration of ongoing stability studies. Temperature in the storage cabinets was checked at regular intervals. The test measurement intervals started with the production date of the last cartridge and continued (will continue) at approximately 0 (baseline), 4 , 8, 12, 15, 18, 24 and 30 week time intervals. The effect of ambient temperature on the cartridges was also evaluated by placing the carts at room temperature for 24 hours. Stability was evaluated at time points t=4 hour and t=24 hours. Key stability parameters monitored for Theranos HSV-1 IgG assay were: a) Signal (COI) at 3 calibrators (negative, cut-off and positive), each measured in duplicate, and b) Modulation, i.e. ratio of CO/negative and Positive/CO calibrators. Acceptance criteria were/are as follows:

1. Mean signal for each CO and positive calibrator should be within 80-120% of the baseline value. Mean signal for the negative calibrator should be within 0.02 COI of the baseline value.
2. Modulation values for each value pair should be within 30% of the modulation at baseline.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550433

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

Table 17-4: Summary of reagent (cartridge) stability

| Condition | Stability |
|---|---|
| At 2-8°C, unopened | Up to 4 weeks |
| At 20 ± 3°C, opened | Up to 6 hours |

The line-       by-line data are tabulated in Appendix 17-B.

The reagent stability study was designed and performed in accordance with CLSI
EP25-A (Evaluation of Stability of In Vitro Diagnostic Reagents; Approved Guideline).

(b) Samples: Sample stability was determined using a minimum of 8 samples
per sample type, per condition. EDTA-anticoagulated capillary and venous
whole blood as well as serum from venous draws were collected from each
of the 8 donors. Samples were run immediately (within 2 hrs of collection)
for a time zero reference point measurement. Samples were stored under
each of the conditions described in Table 17-5    for the corresponding time
period, after which they were tested . Each analytical run was performed in
duplicate. A recovery of 80-120% with respect to the reference point (t=0)
was considered acceptable. For negative samples, a mean difference of 0.02
COI was considered acceptable.

Table 17-5: Summary of sample stability studies

| Condition | Serum | Venous K2-EDTA plasma | Capillary K2-EDTA plasma |
|---|---|---|---|
| Stored at 2-8°C as plasma | 48hr | 48hr | 48hr |
| Stored at room temperature (20-25 °C) as plasma | 6 hours | 6 hours | 6 hours |
| Stored at -20°C as plasma | 1 week | 1 week | 1 week |
| Freeze/thaw cycles, as plasma/serum | 3 | 3 | 3 |

Table 17-6: Summary of stability data.

For each condition and each matrix, the relative magnitude of COI measurements at
two different points shown in Table 17-5  above is tabulated. For negative samples, the
mean of the absolute difference is used. For positive samples, the mean recovery is
used.

| Condition | Matrix | Mean \|ΔCOI\| for negative samples | Mean recovery of COI for positive samples |
|---|---|---|---|
| Frozen | Serum | 0.009 | 102% |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550434

| | | | |
|---|---|---|---|
| (-20°C) (0, 1 week) | Capillary K2-EDTA plasma | 0.005 | 102% |
| | Venous K2-EDTA plasma | 0.002 | 103% |
| 2-8°C (0, 48 hours) | Serum | 0.006 | 102% |
| | Capillary K2-EDTA plasma | 0.003 | 100% |
| | Venous K2-EDTA plasma | 0.007 | 101% |
| Freeze-thaw (3 cycles) | Serum | 0.011 | 102% |
| | Capillary K2-EDTA plasma | 0.016 | 95% |
| | Venous K2-EDTA plasma | 0.021 | 102% |
| On-board (0, 2 hours) | Serum | 0.005 | 95% |
| | Capillary K2-EDTA plasma | 0.017 | 101% |
| | Venous K2-EDTA plasma | 0.010 | 96% |
| Room temp. (0, 6 hours) | Serum | 0.007 | 97% |
| | Capillary K2-EDTA plasma | 0.015 | 99% |
| | Venous K2-EDTA plasma | 0.013 | 105% |

Figures are plotted in **Appendix 17-C-1**. Line- by-line data are tabulated in **Appendices 17-C-2-1** through **17-C-2-5**.

**d. Detection Limit:**

Not applicable.

**e. Analytical specificity:**

(1) Cross reactivity: Cross reactivity studies for the HSV-1 type specific IgG assay were designed to evaluate potential interference directed against closely related members of the Herpes virus family (EBV) and other conditions that may mimic an HSV-1 infection. Serum samples positive for one or more of the conditions/pathogens in Table 17 -7, and confirmed negative for HSV-1 using

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550435

the reference method were tested in this study. One sample which had a measured Rheumatoid factor (RF) level of greater than 25I U/mL, tested positive with a COI of 1.15. These results indicate that the HSV-1 IgG test does not have cross reactivity against antibodies for the indicated organisms/conditions. Line-by-line data are tabulated in **Appendix 17-D**.

Table 17-7: Summary of HSV-1 IgG cross reactivity studies

| Organism/Condition | N | Reference HSV-1 Assay | Theranos HSV-1 Positive | Theranos HSV-1 Negative | Theranos HSV-1 Equivocal |
|---|---|---|---|---|---|
| Epstein Barr Virus (IgG) | 1 | Negative | 0 | 1 | 0 |
| HPV (IgG) | 4 | Negative | 0 | 4 | 0 |
| Rubella (IgG) | 13 | Negative | 0 | 13 | 0 |
| HSV-2 (IgG) | 40 | Negative | 0 | 40 | 0 |
| HAMA samples | 4 | Negative | 0 | 4 | 0 |
| Treponema pallidum | 8 | Negative | 0 | 7 | 1 |
| Rheumatoid Factor (RF) | 8 | Negative | 1 | 7 | 0 |
| Anti-nuclear antibody (ANA) | 8 | Negative | 0 | 8 | 0 |
| Sjorgens Syndrome | 3 | Negative | 0 | 3 | 0 |

(2) Interference: The impact of endogenous interfering substances and commonly used drugs on the Theranos anti-HSV -1 IgG immunoassay was evaluated. All interferents were tested with three serum samples (negative, high negative and low positive). The serum samples were contrived by using a high positive sample and diluting it with pooled negative serum. The negative sample had a mean COI of 0.024, the high negative at 0.77 and the low positive at 1.52. These levels were selected to capture the highest likelihood of interference leading to change in the reported result of the test. Samples were spiked with the interferent at levels shown in Table 17    -8. Each serum pool was tested in duplicate. The acceptance criteria were a mean recovery within +/- 20% of the value of the unspiked sample (i.e., in the absence of the potential interferent or drug) for the positive and the high negative pools. For the low negative pool, the criterion was a deviation of less than 0.02 COI.

All positive and high negative samples showed a signal change of less than 15% for all interfering substances. All positive samples remained positive and all negative samples remained negative upon spiking of drug or other interferents. All negative samples showed a mean deviation of ≤0.02 COI, except Intralipid. Intralipid spikes did not show any effect on recovery for near cut-off and

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550436

positive samples. These results suggest that the HSV-1 IgG assay does not exhibit interference to the tested substances which would impact performance. Figures are plotted in **Appendix 17-E-1** and line- by-line data are tabulated in **Appendix 17-E-2**. This study was designed and performed in accordance with CLSI EP07-A2 (Interference Testing in Clinical Chemistry, Approved Guideline).

Table 17-8: Summary of interfering substances studies: endogenous interferents and drug interferents

| Interferent | Level | Low negative pool | | High negative pool | | Low positive pool | |
|---|---|---|---|---|---|---|---|
| | | Mean COI | ΔCOI | Mean COI | % Recovery | Mean COI | % Recovery |
| Hemoglobin | 1000 mg/dL | 0.025 | 0.00 | 0.69 | 90 | 1.71 | 113 |
| Bilirubin | 20 mg/dL | 0.024 | 0.00 | 0.68 | 88 | 1.61 | 106 |
| Intralipid | 2000 mg/dL | 0.053 | 0.03 | 0.81 | 105 | 1.60 | 105 |
| Acetylcysteine | 150 mg/L | 0.019 | -0.004 | 0.68 | 88 | 1.40 | 92 |
| Ampicillin-Na | 1000 mg/L | 0.025 | 0.001 | 0.76 | 99 | 1.44 | 95 |
| Ascorbic acid | 300 mg/L | 0.027 | 0.003 | 0.75 | 97 | 1.67 | 110 |
| Ca-Dobesilate | 200 mg/L | 0.027 | 0.004 | 0.70 | 91 | 1.51 | 99 |
| Cyclosporine | 5 mg/L | 0.031 | 0.008 | 0.74 | 97 | 1.53 | 101 |
| Cefoxitin | 2500 mg/L | 0.027 | 0.003 | 0.74 | 97 | 1.52 | 100 |
| Heparin | 5000U | 0.020 | -0.003 | 0.80 | 103 | 1.52 | 100 |
| Levodopa | 20 mg/L | 0.030 | 0.006 | 0.68 | 88 | 1.42 | 94 |
| Methyldopa+1.5h20 | 20 mg/L | 0.024 | 0.000 | 0.74 | 97 | 1.37 | 90 |
| Metronidazole | 200 mg/L | 0.039 | 0.016 | 0.74 | 96 | 1.38 | 91 |
| Phenylbutazone | 400 mg/L | 0.021 | -0.002 | 0.74 | 96 | 1.42 | 94 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550437

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Doxycycline | 50 mg/L | 0.024 | 0.000 | 0.71 | 92 | 1.35 | 89 |
| Acetylsalicylic acid | 1000 mg/L | 0.026 | 0.002 | 0.75 | 97 | 1.37 | 90 |
| Rifampicin | 60 mg/L | 0.014 | -0.009 | 0.69 | 90 | 1.35 | 89 |
| Acetaminophen | 200 mg/L | 0.034 | 0.010 | 0.64 | 83 | 1.68 | 111 |
| Control | | 0.024 | 0.000 | 0.77 | 100 | 1.52 | 100 |

### f. Assay    cut-off:

Assay cutoff was established initially by measuring 192 native human serum
samples from high risk adults, a subset of which were pregnant women. These
samples conformed to the inclusion criteria of the clinical study discussed below.
Furthermore, these samples were selected to have a greater fraction of near cut-off
values. These samples were tested on the Theranos assay as well as the reference
assay. The cutoff was selected as shown by the vertical line in Figure   17-1 below
(RLU at cutoff = 303.5) to maximize agreement. This cut-off gave no false
positives, and 6 false negatives, thus giving a specificity of 100% and a sensitivity
of 95%. This cutoff was subsequently challenged using a set of 24 near-cutoff
samples. Upon challenge, the cut-off performed with 2 false negatives and 2 false
positives, showing no bias with these near-cutoff samples. This gave negative and
positive percent agreements of 80% and 83% respectively. Line-   by-line data are
tabulated in **Appendix 17-F**.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550438



Figure 17-1: Distributions of positive (violet) and negative (orange) samples in RLU space. The cut-off was determined based on this data set and is shown as a vertical line at log10(RLU) of 2.48.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550439

## 18.0    PERFORMANCE TESTING – CLINICAL

### a. Comparison Studies:

i. Method comparison with predicate device:

The performance of the HSV-1 IgG immunoassay was evaluated in a clinical
study by comparing the candidate device against the selected reference method.
When samples repeatedly tested equivocal in the reference method, a
confirmatory method, the University of Washington Western Blot was used to
resolve these results, as per the reference method instructions for use
(**Appendix 12-F**). Any remaining equivocal or discordant results were counted
against the Theranos HSV-1 IgG immunoassay in the performance analysis. The
results of method comparison study are discussed in the clinical study section
below.

ii. Matrix comparison:

The effect of anticoagulants on the detection of analyte in HSV-1 IgG
immunoassay was determined by comparing values obtained from matched
venous serum venous    K2-EDTA plasma, and capillary K2-EDTA plasma
samples drawn from the same donors. At least 40 serum/plasma pairs were
tested for each of the anticoagulants. The acceptance criterion was a recovery of
positive plasma samples within ± 20% of the serum reference value (serum
drawn into primary tubes without gel). For negative samples, the acceptance
criteria was a difference of <= 0.02 COI from the corresponding serum value.
All anticoagulant–treated plasma samples met this criterion. The results of this
study are displayed in Table 18-1 below. Figures are plotted in  **Appendix 18-
A-1** and line-by-line data are tabulated in **Appendix 18-A-2**.

Table 18-1: Summary of matrix comparison studies for HSV-1 IgG

|  | Number of specimens showing recovery to serum within various ranges | | | | |
|---|---|---|---|---|---|
| Negative samples | <=0.005 COI | <=0.01 COI | <=0.02 COI | >0.02 COI | Total |
| Fingerstick EDTA plasma | 7 | 8 | 2 | 1 | 18 |
| Venous EDTA plasma | 9 | 2 | 6 | 1 | 18 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                                    THER-2550440

| Positive samples | <=5% | 5-10% | 10-20% | >20% | Total |
|---|---|---|---|---|---|
| Fingerstick EDTA plasma | 17 | 6 | 0 | 0 | 23 |
| Venous EDTA plasma | 10 | 10 | 4 | 0 | 24 |

| Negative samples | Mean Bias (COI) | Mean Bias 95% LCL (COI) | Mean Bias 95% UCL (COI) |
|---|---|---|---|
| Fingerstick EDTA plasma | 0.002 | -0.020 | 0.024 |
| Venous EDTA plasma | 0.002 | -0.019 | 0.022 |
| Positive samples | Mean Bias (%) | Mean Bias 95% LCL (%) | Mean Bias 95% UCL (%) |
| Fingerstick EDTA plasma | -1.6 | -9.80 | 6.6 |
| Venous EDTA plasma | -0.3 | -14.9 | 14.3 |

## b. Clinical Studies

i. Clinical Sensitivity:
   *Not applicable*

ii. Clinical Specificity:
   Not applicable

iii. Other clinical supportive data (i. and ii. are not applicable)

To characterize performance of the Theranos HSV-1 IgG immunoassay in the clinical setting, the following four studies were conducted:

1. Sensitivity and specificity assessment in target population
2. CDC panel testing
3. Processing        of capillary samples in central laboratory
   a. Method comparison

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550441

   b. Reproducibility
  4. Processing of capillary samples in field locations
    a. Method comparison
    b. Reproducibility

The data analysis for these studies was conducted in accordance with the guidelines
provided in CLSI EP12-A2 (User Protocol for Evaluation of Qualitative Test
Performance; Approved Guideline).

### 1. Sensitivity and specificity in target population  :

A clinical study was conducted to characterize the performance of HSV-1 IgG
immunoassay. Retrospective venous serum samples were used in the study.  The
primary objective of the study  was to demonstrate the sensitivity and specificity of
the HSV-1 IgG immunoassay in the Theranos CLIA-certified Laboratory in
comparison to the reference method.     All collected samples were tested on the
Theranos HSV-1 IgG assay and tested with the FOCUS HerpeSelect Immunoblot
reference method.

The target population for HSV-1 IgG includes individuals with signs and symptoms
of HSV-1 infection, pregnant women and sexually active adults at risk for sexually
transmitted diseases.    To capture the target population for the HSV-1 IgG assay,
samples were obtained from adults (18 years and older) who had a prescription for a
HSV-1 IgG test.

Assessment of the device's performance in low prevalence populations was also
tested to assist in determining the specificity of the test.  Low prevalence
populations are not a target population for HSV testing, as the public health benefit
of screening for HSV in low prevalence populations has not been determined.  To
capture this low risk group, samples were obtained from adults (18 years and older)
who were not sexually active (celibate) and without a recent or current sexually
transmitted disease (Hepatitis, Syphilis, HIV, HPV, Trichomonas, Chlamydia,
Gonorrhoeae).

The leftover retrospective samples were obtained from multiple specimen sources
in the United States and Mexico (details are included in **Appendix 18-J**).

All samples were shipped frozen to Theranos. Upon receipt, the samples were
thawed, divided into aliquots and refrozen. All subsequent testing was performed on
samples which had been frozen and thawed once.

Samples that repeatedly tested equivocal on the predicate device were resolved
using a validated western blot reference test (University of Washington, Seattle) as
per the instructions of the predicate device package insert (**Appendix 12-F**).

**TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT**

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                                    THER-2550442

Among the 640 samples, 543 (85%) were females and 97 (1 5%) were males. Ages ranged from 18 to 90 years. These populations included: high risk individuals (n = 558) and low risk population (n = 82 ). Out of the 5 58 samples collected from the high risk group, 2 98 samples were identified as pregnant women. For acceptance, the lower bound of the 95% confidence interval on sensitivity and specificity needed to be >89%.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550443

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

Table 18-2: Summary of HSV-1 IgG test performance on high risk adult population.

Reference method

|  |  | Positive | Equivocal | Negative | Total |
|---|---|---|---|---|---|
| Theranos HSV-1 IgG assay | Positive | 137 | 0 | 2 | 139 |
|  | Equivocal | 1 | 0 | 1 | 1 |
|  | Negative | 5 | 1 | 113 | 119 |
|  | Total | 143 | 1 | 119 | 260 |

| Agreement classification | Numerator/Denominator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Specificity | 113/116 | 97.4 | 92.6-99.5 |
| Sensitivity | 137/144 | 95.1 | 90.2-98.0 |

Figures are plotted in **Appendix 18-B-1** and line-by-line data are tabulated in **Appendix 18-B-2**.

Table 18-3: Summary of HSV-1 IgG test performance on pregnant women population.

Reference method

|  |  | Positive | Equivocal | Negative | Total |
|---|---|---|---|---|---|
| Theranos HSV-1 IgG assay | Positive | 188 | 1 | 4 | 193 |
|  | Equivocal | 0 | 1 | 0 | 1 |
|  | Negative | 2 | 2 | 100 | 104 |
|  | Total | 190 | 4 | 104 | 298 |

| Agreement | Numerator/Denominator | Percent | 95% Confidence |
|---|---|---|---|

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550444

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| classification | | Agreement | Interval |
|---|---|---|---|
| Specificity | 100/105 | 95.2 | 89.2-98.4 |
| Sensitivity | 188/193 | 97.4 | 94.1-99.2 |

Figures are plotted in **Appendix 18-C-1** and line-by-line data are tabulated in **Appendix 18-C-2**.

### Low Risk Population:

Serum samples were collected from a low risk population: individuals who are not sexually active, without a recent or current sexually transmitted disease (Hepatitis, Syphilis, HIV, HPV, Trichomonas, Chlamydia, Gonorrhoeae) as determined in an interview. Performance of the assay on this population is summarized in Table 18-4.

Table 18-4: Summary of HSV-1 IgG test performance on low risk population

| | | Reference method | | | |
|---|---|---|---|---|---|
| | | Positive | Equivocal | Negative | Total |
| Theranos HSV-1 IgG assay | Positive | 32 | 0 | 0 | 32 |
| | Equivocal | 0 | 0 | 0 | 0 |
| | Negative | 0 | 1 | 49 | 50 |
| | Total | 32 | 1 | 49 | 82 |

| Agreement classification | Numerator/Denominator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Specificity | 49/49 | 100.0 | 92.7-100.0 |
| Sensitivity | 32/33 | 97 | 84.2-99.9 |

Figures are plotted in **Appendix 18-D-1** and line-by-line data are tabulated in **Appendix 18-D-2**.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550445

## 2. CDC panel  testing:

The objective of this study was to demonstrate agreement of the Theranos method
with the well-characterized CDC seroconvers ion panel. A panel of serum samples
(n=100) was obtained from the US Centers for Disease Control and Prevention
(CDC) and tested for confirmatory purposes. The CDC sample panel was tested   on
the HSV-1 IgG immuroassay on the Theranos TSPUs and the results were sent to
the CDC for evaluation. The panel consisted of 54 positives and 46 negatives. The
Theranos HSV-1 IgG assay demonstrated 100% agreement with the results
provided by the CDC. Figures are plotted in **Appendix 18-E-1** and line-by-line data
are tabulated in **Appendix 18-E-2**.

## 3. Processing  of capillary blood samples in central laboratory:

In order to demonstrate the validity of Theranos HSV-1 IgG for capillary blood
samples collected in the field, three Theranos Patient Service centers (Palo Alto,
CA, Newark, CA and Scottsdale, AZ) were selected. At each site, 1 Theranos
Capillary Tubes and Nanotainer Tubes and a serum tube were drawn from 20 adult
subjects. From 10 subjects, 4 Capillary Tubes and Nanotainer Tubes were drawn for
a reproducibility study. Samples were collected following the Theranos standard
blood collection protocol. Samples were shipped on ice to Theranos CLIA
Laboratory in Palo Alto, CA. Upon receipt, samples were centrifuged at 1200g for 5
mins. Plasma was extracted, tested on the Theranos assay. All samples were
processed or frozen as plasma within 48 hours of draw. Paired serum samples were
tested on the reference method.

The agreement between Theranos assay and the reference method was excellent—
with positive percent agreement of 97%, and negative percent agreement of 100  %.
Cohen's Kappa test yielded a Z-value of 14.98 and a p-value < 2e-16. Figures are
plotted in **Appendix** 1**8-F-1** and **Appendix 18-G-1** for method comparison and
reproducibility, respectively. Line- by-line data are tabulated in **Appendix 18-F-2**
and **Appendix 18-G-2** for the two studies, respectively.

These results demonstrate that compared to serum samples run on the predicate
method, capillary samples collected in the field and processed at the central
laboratory on the TSPU yield good concordance to the predicate method.

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                    THER-2550446
Fed. R. Crim. P. 6(e) material

THERANOS, INC.

T   HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

Table 18-5: Summary of method comparison for samples collected at Theranos Patient Service Centers at three sites.

| | | Reference Result | |
|---|---|---|---|
| | | POS | NEG |
| Theranos Result | POS | 32 | 0 |
| | NEG | 1 | 19 |

Table 18-6: Reproducibility of Theranos HSV-1 IgG measurement on capillary blood samples collected at Theranos PSC. For negative samples with mean COI < 0.5, the mean of deviation of each measurement from the average of quadruplicate measurements is tabulated. For samples with mean COI > 0.5, %CV of the 4 measurements is tabulated.

| SubjectID | Mean | <|ΔCOI|> | SubjectID | Mean | %CV |
|---|---|---|---|---|---|
| 10 | 0.011 | 0.002 | 7 | 0.8 | 12% |
| 11 | 0.015 | 0.004 | 26 | 1.6 | 13% |
| 12 | 0.015 | 0.004 | 21 | 8.3 | 10% |
| 3 | 0.019 | 0.005 | 5 | 9.2 | NA |
| 23 | 0.019 | 0.010 | 16 | 10.0 | 15% |
| 19 | 0.019 | 0.004 | 24 | 10.6 | 7% |
| 13 | 0.020 | 0.005 | 18 | 11.2 | 14% |
| 22 | 0.026 | 0.017 | 6 | 13.7 | 12% |
| 1 | 0.026 | 0.006 | 2 | 15.7 | 9% |
| 15 | 0.039 | 0.016 | 14 | 18.2 | 5% |
| 28 | 0.039 | 0.021 | 9 | 24.6 | 11% |
| 8 | 0.046 | 0.011 | 20 | 29.7 | 16% |
| 29 | 0.050 | 0.021 | 30 | 30.9 | 13% |
| 4 | 0.084 | 0.007 | 17 | 46.1 | 1% |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550447

| 27 | 0.116 | 0.021 | 25 | 46.2 | 13% |

### 4. Processing  of capillary samples in field locations

In order to demonstrate the validity of Theranos HSV-1 IgG for capillary blood
samples collected and processed in the field, three Theranos Patient Service centers
(Palo Alto, CA, Newark, CA and Scottsdale, AZ) were selected. At each site, one
(1) Theranos Capillary Tubes and Nanotainer Tubes and a serum tube were drawn
from 20 subjects. From 10 subjects, 4 Capillary Tubes and Nanotainer Tubes were
drawn for a reproducibility study. Samples were collected following the Theranos'
standard blood collection protocol. Samples were processed on the Theranos TSPU
at the TPSC by Theranos staff. All samples were stored at 2-8°C and processed
within 48 hours of collection. Paired serum samples were shipped to Theranos
Laboratory in Palo Alto, CA and tested on the reference method.

The agreement between Theranos assay and the reference method was excellent
with positive percent agreement of 98% and negative percent agreement of 97%.
Cohen's Kappa test yielded a Z-value of 8.45 and a p-value < 2e-16. Figures are
plotted in  **Appendix 18-H-1** and  **Appendix 18-I-1**  for field study method
comparison and reproducibility, respectively.  Line-   by-line data are tabulated in
**Appendix 18-H-2** and **Appendix 18-I-2** for the two studies, respectively.

These results demonstrate that compared to serum samples run on the predicate
method, capillary samples collected in the field and processed in the field on the
TSPU yield good concordance to the predicate method.

Table 18-7:  Summary of method comparison for samples collected at Theranos Patient
Service Centers at three sites.

|  |  | Reference Result | |
|---|---|---|---|
|  |  | POS | NEG |
| Theranos Result | POS | 47 | 1 |
|  | NEG | 1 | 34 |

Table 18-8:  Reproducibility of Theranos HSV-1 IgG measurement on capillary blood
samples collected and processed at Theranos PSC. For negative samples with mean
COI < 0.5, the mean of deviation of each measurement from the average of

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THERANOS, INC.                              T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
                                            510(k) PREMARKET NOTIFICATION

quadruplicate measurements is tabulated. For samples with mean COI > 0.5, %CV of
the 4 measurements is tabulated.

| SubjectID | Mean | <|ΔCOI|> | SubjectID | Mean | %CV |
|-----------|------|----------|-----------|------|-----|
| M32-PA    | 0.043 | 0.006   | F10-PA    | 30.7 | 6.6 |
| M26-NWK   | 0.016 | 0.008   | F11-PA    | 3.2  | 8.7 |
| F-525NWK  | 0.020 | 0.006   | F15-PA    | 41.9 | 4.4 |
| F17-NWK   | 0.061 | 0.012   | F16-PA    | 13.5 | 4.8 |
| M-20NWK   | 0.218 | 0.010   | F20-PA    | 34.5 | 9.3 |
| M18-NWK   | 0.032 | 0.008   | F29-PA    | 9.6  | 19.8 |
| F28-AZ    | 0.022 | 0.005   | F30-PA    | 56.6 | 10.7 |
| M29-AZ    | 0.019 | 0.001   | F31-PA    | 11.1 | 8.3 |
| M31-AZ    | 0.021 | 0.009   | F8- PA    | 4.2  | 3.1 |
| M34-AZ    | 0.026 | 0.004   | M17-PA    | 21.2 | 15.3 |
| M36-AZ    | 0.072 | 0.013   | M27-PA    | 12.1 | 10.4 |
|           |      |          | M28-PA    | 17.4 | 5.4 |
|           |      |          | M27-NWK   | 26.9 | 9.8 |
|           |      |          | F-21NWK   | 22.1 | 17.0 |
|           |      |          | M-24NWK   | 2.2  | 9.4 |
|           |      |          | M15-NWK   | 67.8 | 6.4 |
|           |      |          | M16-NWK   | 1.5  | 6.3 |
|           |      |          | F30-AZ    | 5.8  | 8.2 |
|           |      |          | F32-AZ    | 13.6 | 3.6 |
|           |      |          | F33-AZ    | 10.1 | 11.1 |
|           |      |          | F35-AZ    | 1.7  | 11.9 |
|           |      |          | F42-AZ    | 5.1  | 12.6 |
|           |      |          | M26-AZ    | 14.0 | 6.3 |
|           |      |          | M27-AZ    | 5.9  | 10.3 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550449

THERANOS, INC.                          T HERANOS™ HERPES SIMPLEX VIRUS-1 IgG ASSAY
                                        510(k) PREMARKET NOTIFICATION

c. **Clinical Cut-off:**

Not applicable

d. **Expected values/Reference Range:**

The HSV-1 IgG immunoassay was used to evaluate the prevalence of HSV-1 IgG
antibodies in expectant mothers and high risk adults for whom an HSV-1 IgG test
was ordered by a physician. The study population for the HSV-1 IgG immunoassay
consisted of 640 patients as described in Section 18.b.iii.1. Of these 640     subjects,
82 were low-risk individuals and 558   were high risk adults, with 298 individuals
identified as a pregnant sub-cohort. The data for the intended use population (558
specimens) have been summarized according to age group in decades, gender,
number of reactive results, and number of non-reactive results.

Table 18-9: Expected results for HSV-1 IgG immunoassay in High Risk Adult
Subjects

| Age range | Gender | Reactive | | Non-reactive | | Total |
|---|---|---|---|---|---|---|
| | | N | Percent | N | Percent | |
| 18 to 19 | Male | 0 | 0 | 0 | 0.0 | 0 |
| 16 to 19 | Female | 1 | 25.0 | 3 | 75.0 | 4 |
| 20 to 29 | Male | 8 | 47.1 | 9 | 52.9 | 17 |
| 20 to 29 | Female | 29 | 39.7 | 44 | 60.3 | 73 |
| 30 to 39 | Male | 5 | 50.0 | 5 | 50.0 | 10 |
| 30 to 39 | Female | 33 | 53.2 | 29 | 46.8 | 62 |
| 40 to 49 | Male | 5 | 50.0 | 5 | 50.0 | 10 |
| 40 to 49 | Female | 16 | 59.3 | 11 | 40.7 | 27 |
| 50 to 59 | Male | 17 | 85.0 | 3 | 15.0 | 20 |
| 50 to 59 | Female | 9 | 81.8 | 2 | 18.2 | 11 |
| 60 to 69 | Male | 5 | 83.3 | 1 | 16.7 | 6 |
| 60 to 69 | Female | 5 | 55.6 | 4 | 44.4 | 9 |
| 70 to 79 | Male | 3 | 75.0 | 1 | 25.0 | 4 |
| 70 to 79 | Female | 1 | 33.3 | 2 | 66.7 | 3 |
| 80 to 89 | Male | 0 | 0.0 | 0 | 0.0 | 0 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos                          THER-2550450
Fed. R. Crim. P. 6(e) material

| 80 to 89 | Female | 1 | 100.0 | 0 | 0.0 | 1 |
| Total | | 138 | 53% | 119 | 47% | 257* |

* 2 samples tested equivocal on Theranos assay. Age information was unavailable for one subject.

Table 18-10: Expected results for HSV-1 IgG immunoassay in Pregnant Subjects

| Age range | Gender | Reactive | | Non-reactive | | Total |
|---|---|---|---|---|---|---|
| | | N | Percent | N | Percent | |
| 18 to 19 | Female | 7 | 53.8 | 6 | 46.2 | 13 |
| 20 to 29 | Female | 118 | 66.7 | 59 | 33.3 | 177 |
| 30 to 39 | Female | 65 | 64.4 | 36 | 35.6 | 101 |
| 40 to 49 | Female | 3 | 50.0 | 3 | 50.0 | 6 |
| Total | | 193 | 65 | 104 | 35 | 297* |

The hypothetical positive and negative predictive values (PPV, NPV) for the two populations are shown in Table 18-11. The calculations are based on the specificity and sensitivity values for HSV-1 IgG immunoassay determined in the study above, namely:

3.  Specificity of 97.4% and sensitivity of 95.2% in high risk adults
4.  Specificity of 95.1% and sensitivity of 97.4% in pregnant women

Table 18-11: Hypothetical Predictive Values

| Prevalence | High Risk Adults | | Pregnant Women | |
|---|---|---|---|---|
| | PPV | NPV | PPV | NPV |
| 50 | 93.8 | 92.6 | 92.1 | 91.7 |
| 45 | 93.2 | 93.2 | 91.3 | 92.4 |
| 40 | 92.4 | 93.8 | 90.3 | 93.0 |
| 35 | 91.4 | 94.2 | 89.1 | 93.5 |
| 30 | 90.1 | 94.6 | 87.5 | 94.0 |
| 25 | 88.3 | 94.9 | 85.3 | 94.3 |
| 20 | 85.8 | 95.2 | 82.3 | 94.7 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550451

THERANOS, INC.

T HERANOS™ HERPES SIMPLEX VIRUS-1 IGG ASSAY
510(k) PREMARKET NOTIFICATION

| 15 | 82.0 | 95.5 | 77.7 | 95.0 |
| 10 | 75.2 | 95.7 | 69.9 | 95.2 |
| 5 | 60.2 | 96.0 | 53.8 | 95.5 |

TRADE SECRET/CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE
UNDER THE FREEDOM OF INFORMATION ACT

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-2550452