STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | FEBRUARY 16, 2021 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' REPLY IN SUPPORT OF ITS MOTIONS *IN LIMINE* |
| v. | |
| ELIZABETH HOLMES, | Date: March 23, 2021 |
| Defendant. | Time: 10:00 a.m.<br>Court: Hon. Edward J. Davila |

I, Robert S. Leach, declare as follows:

1. I am an Assistant United States Attorney with the United States Attorney's Office for the Northern District of California ("USAO"). I am one of the prosecutors assigned to this matter and have been since 2016. I make this declaration in support of the United States' Reply in Support of Its Motions *in Limine*.

2. Attached as Exhibit S is a true and correct copy of document Bates-numbered CMS2-164332 through CMS2-164368.

LEACH DECL. RE REPLY RE MOTIONS *IN LIMINE*,
CASE NO. 18-258 EJD                            1

3.  Attached as Exhibit T is a true and correct copy of a memorandum of interview of Dr. Kingshuk Das on or about February 1, 2021.

4.  Attached as Exhibit U is a true and correct copy of relevant excerpts of Elizabeth Holmes's testimony before the Securities and Exchange Commission on or about July 11, 2017.

5.  Attached as Exhibit V is a true and correct copy of document Bates-numbered PFM-ROGS-00000240 to PFM-ROGS-00000271, dated January 30, 2017.

6.  Attached as Exhibit W is a true and correct copy of document Bates-numbered PFM-ROGS-00000347 to PFM-ROGS-00000353, dated January 31, 2017.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February 2021.

*Robert S. Leach*
_____
ROBERT S. LEACH
Assistant United States Attorney