# EXHIBIT U

Page 1

1  THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2
3  In the Matter of:        )
4                           ) File No. SF-04030-A
5  THERANOS, INC.           )
6
7  WITNESS:  Elizabeth Holmes
8  PAGES:    1 through 301
9  PLACE:    Securities and Exchange Commission
10           44 Montgomery Street, Suite 2600
11           San Francisco, CA  94104
12 DATE:     Tuesday, July 11, 2017
13
14    The above entitled matter came on for hearing,
15 pursuant to notice, at 9:00 a.m.
16
17
18
19
20
21
22
23
24           Diversified Reporting Services, Inc.
25                (202) 467 9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4      JESSICA CHAN, ESQ.
5      RAHUL KOLHATKAR, ESQ.
6      MONIQUE WINKLER, ESQ.
7      MICHAEL FOLEY, CPA
8      JASON HABERMEYER, ESQ.
9      MARC KATZ, ESQ.
10     Securities and Exchange Commission
11     Division of Enforcement
12     44 Montgomery Street, Suite 2600
13     San Francisco, CA  94104
14     (415) 705-2339
15
16 On behalf of the Witness:
17     STEPHEN NEAL, ESQ.
18     JOHN DWYER, ESQ.
19     ALEXANDRA LEEPER, ESQ.
20     Cooley LLP
21     3175 Hanover Street
22     Palo Alto, California 94304
23     (650) 843-5182
24
25

Page 3

1  APPEARANCES (CONT.):
2
3  On behalf of Theranos, Inc.:
4      DAVID TAYLOR, ESQ.
5      General Counsel, Theranos, Inc.
6      1701 Page Mill Road
7      Palo Alto, California 94304
8      (650) 838-9292
9      CHRIS DAVIES, ESQ.
10     WILLIAM MCLUCAS, ESQ.
11     WilmerHale LLP
12     1875 Pennsylvania Avenue, NW
13     Washington DC 20006
14     (202) 663-6187
15
16
17
18
19
20
21
22
23
24
25

Page 4

1                 C O N T E N T S
2
3  WITNESS:                              EXAMINATION
4  Elizabeth Holmes                           10
5
6  EXHIBITS:    DESCRIPTION                IDENTIFIED
7  191          Subpoena                       15
8  192          Background Questionnaire       15
9              dated July 2, 2017
10 193          January 22, 2010, e-mail       28
11             with attachment from Denise
12             Yam to Elizabeth Holmes with
13             a subject line "For Tina."
14             (Starting Bates No.
15             THPFM0000690035)
16 194          Organizational Chart (Bates    40
17             No. TS0000001)
18 195          Document entitled "Theranos    70
19             Confidential Summary
20             Capitalization" (Starting
21             Bates No. TS-000603)
22 196          Spreadsheet titled "Detailed   77
23             2917" (Starting Bates No.
24             TS-0558077)
25

Page 5

C O N T E N T S (CONT.)

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 197 | June 11, 2013, e-mail from Sunny Balwani to Elizabeth Holmes, subject line "Forward: Demo next Tuesday 6/11 at noon" (Starting Bates No. TS-0902539) | 124 |
| 198 | January 23, 2014, e-mail from Alberto Gutierrez to Elizabeth Holmes with various copy e-mails (Starting Bates No. TS-0469692) | 139 |
| 199 | Theranos, Inc.'s responses and objections to plaintiff's first set of interrogatories filed in the Court of Chancery in the state of Delaware in Partner Investments LP v. Theranos, Inc. (Starting Bates No. SEC-PRM-E-0003430) | 142 |

Page 6

C O N T E N T S (CONT.)

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 200 | Theranos, Inc.'s first supplemental responses and objections to plaintiff's first set of interrogatories filed in the Court of Chancery in the state of Delaware in Partner Investments v. Theranos, Inc. (Starting Bates No. SEC-PRM-E-0005120) | 149 |
| 201 | Theranos, Inc., responses and objections to plaintiff's second set of interrogatories filed in the Court of Chancery of the state of Delaware in Partner Investments v. Theranos, Inc. (Starting Bates No. SEC-PRM-E-0003334) | 155 |

Page 7

C O N T E N T S (CONT.)

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 202 | August 13, 2013, e-mail from Elizabeth Holmes to Daniel Edlin with a copy to Sunny Balwani, Daniel Young, and Samartha Anekal, Subject line "Re devices in the demo room for tomorrow's meeting" (Bates No. TS-0375316) | 201 |
| 203 | October 10, 2014, e-mail from Christian Holmes to Sunny Balwani and Elizabeth Holmes, subject line "Re BDT visitors to WAG Saturday." (Starting Bates No. TS-0830981) | 206 |

Page 8

C O N T E N T S (CONT.)

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 204 | October 13, 2014, e-mail from Daniel Edlin to Elizabeth Holmes with a copy to Sunny Balwani and Christian Holmes, subject line "Re testing in Arizona for Rob Walton." (Starting Bates No. THPFM0001308054) | 217 |
| 205 | December 31, 2014, e-mail from Elizabeth Holmes to Daniel Young with a copy to Christian Holmes, Sunny Balwani, and Maximillion Fosque, subject line "Re VIP tomorrow-PT/PTT" (Starting Bates No. THPFM0000331112) | 227 |

SEC-TX-000003321

```
                                    Page 9
1           C O N T E N T S (CONT.)
2
3   EXHIBITS:      DESCRIPTION           IDENTIFIED
4   206      March 29, 2010, e-mail          264
5            with attached presentation
6            from Kermit Crawford to Mary
7            Beth Holcer, subject
8            "Forward: Follow-up to our
9            meeting today" (Starting
10           Bates No. WAG-TH-00006784)
11  207      May 7, 2010, e-mail with        284
12           attachment from Elizabeth
13           Holmes to Jay Rosan with a
14           copy to Sunny Balwani,
15           subject "Regulatory Overview
16           Summary" (Starting Bates
17           No. THPFM0000416490)
18  208      E-mail with attachment from     292
19           Elizabeth Holmes to Daniel
20           Young with a copy to Sunny
21           Balwani, subject "Forward:
22           Hopkins" (Starting Bates No.
23           THPFM0005620882)
24
25
```

```
                                    Page 10
1              PROCEEDINGS
2       THE VIDEOGRAPHER:  We are on the record at the
3   beginning of Media No. 1, Volume I.  My name is
4   Patrick Murray, contracted by Hahn & Bowersock.
5   Please begin.
6       MS. CHAN:  This is the testimony of Elizabeth
7   Holmes.  Going on the record in San Francisco,
8   California, at 9 o'clock a.m. on July 11th, 2017.
9       Ms. Holmes, please raise your right hand.  Do
10  you swear to tell the truth, the whole truth, and nothing
11  but the truth?
12      MS. HOLMES:  I do.
13      MS. CHAN:  Thank you.
14  Whereupon,
15          ELIZABETH HOLMES
16  was called as a witness and, having been first duly
17  sworn, was examined and testified as follows:
18           EXAMINATION
19  BY MS. CHAN:
20   Q   My name is Jessica Chan, and with me are Rahul
21  Kolhatkar, Monique Winkler, Michael Foley, Marc Katz in
22  the back, and Jason Habermeyer.  I and Rahul Kolhatkar
23  are staff attorneys in this office.  Mr. Foley is a staff
24  accountant.  Ms. Winkler is an assistant director in this
25  office, and Mr. Habermeyer and Mr. Katz are trial counsel
```

```
                                    Page 11
1   in the San Francisco regional office of the United States
2   Securities and Exchange Commission.  We are officers of
3   the Commission for the purposes of this proceeding.
4       This is an investigation by the Securities and
5   Exchange Commission in the matter of Theranos, Inc., SF
6   4030 to determine whether there have been violations of
7   certain provisions of the federal securities laws.
8   However, the facts developed in this investigation might
9   constitute violations of other federal or state, civil or
10  criminal laws.
11      Prior to the opening of the record, you were
12  provided with a copy of the formal order of investigation
13  in this matter.  The formal order will be available for
14  your examination during the course of this proceeding.
15      Have you had an opportunity to review the
16  formal order?
17   A   I'm not sure if I have reviewed it, but I know
18  our team has it.
19   Q   Do you have any questions about it?
20   A   I don't.
21   Q   Prior to the opening of the record, you were
22  also provided with a copy of the Commission Supplement
23  Information Form 1662, which has been marked as Theranos
24  Exhibit 1.
25      Have you had an opportunity to review Exhibit
```

```
                                    Page 12
1   1?
2    A   I have.
3    Q   You also received this Form 1662 with your
4   subpoena for testimony, correct?
5    A   Yes.
6    Q   Do you have any questions about Exhibit 1?
7    A   I don't.
8    Q   Ms. Holmes, are you represented by counsel
9   today?
10   A   I am.
11      MS. CHAN:  Would counsel please identify
12  themselves and if you wouldn't mind providing your firm
13  name, address, and phone number as well.
14      MR. NEAL:  I'm Stephen Neal with Cooley.  My
15  phone number is (650) 843-5182, and I'm one of the
16  attorneys representing Ms. Holmes.
17      MR. DWYER:  John Dwyer also with Cooley at
18  (650) 843-5000.
19      MR. TAYLOR:  I'm David Taylor, the general
20  counsel of Theranos.
21      MR. DAVIES:  Chris Davies of Wilmer.  (202)
22  663-6187.
23      MR. MCLUCAS:  Bill McLucas, Wilmer.  (202)
24  663-6622.
25      MS. LEEPER:  Ali Leeper with Cooley.  I'll need
```

| Page 13 | Page 15 |
|---|---|
| 1  a minute for my phone number. (650) 843-5376. | 1  A   No. |
| 2       MS. CHAN:  And would you also provide your | 2  Q   Is there any reason why you can't give full, |
| 3  office addresses as well? | 3  complete, and truthful testimony today? |
| 4       MR. NEAL:  For all three Cooley people our | 4  A   No. |
| 5  office address is 3175 Hanover Street, Palo Alto, 94304. | 5  Q   I'm handing to you what's been marked as |
| 6       MR. TAYLOR:  For Theranos?  1701 Page Mill | 6  Theranos Exhibit 191. |
| 7  Road, Palo Alto 94304. | 7           (SEC Exhibit No. 191 was marked for |
| 8       MR. DAVIES:  And Bill and I are at 1875 | 8           identification.) |
| 9  Pennsylvania Avenue, Washington, D.C. 20006. | 9       MS. CHAN:  I have one more copy. |
| 10      MS. CHAN:  Do you represent Ms. Holmes in her | 10      MR. DWYER:  That's all right.  Thank you. |
| 11  personal capacity? | 11      BY MS. CHAN: |
| 12      MR. NEAL:  I represent Ms. Holmes in all | 12  Q   This is a subpoena we issued for your |
| 13  capacities. | 13  testimony.  Are you appearing here today pursuant to this |
| 14      MS. CHAN:  Okay.  And what about Mr. Taylor and | 14  subpoena? |
| 15  the attorneys from Wilmer? | 15  A   I am. |
| 16      MR. TAYLOR:  I represent the company Theranos. | 16  Q   Thank you.  And you can put that to the side |
| 17      MR. DAVIES:  I represent the company and Ms. | 17  over here.  I'll start making a pile in the center of the |
| 18  Holmes as CEO. | 18  table. |
| 19      MR. MCLUCAS:  Same.  Company and Ms. Holmes. | 19      I'm also going to hand to you what's been |
| 20      BY MS. CHAN: | 20  marked Exhibit 192. |
| 21  Q   Before we start today, I want to go over some | 21      MR. DWYER:  Thank you. |
| 22  ground rules with you.  The court reporter will be | 22           (SEC Exhibit No. 192 was marked for |
| 23  recording and transcribing what we say, so it's important | 23           identification.) |
| 24  for us to talk only one at a time.  So if you could | 24      BY MS. CHAN: |
| 25  please wait until I finish my question before you answer | 25  Q   Exhibit 192 purports to be a background |

| Page 14 | Page 16 |
|---|---|
| 1  and I'll try and do the same.  I won't ask the next | 1  questionnaire that's dated July 10th, I believe.  Or is |
| 2  question before you finish your answer as well.  For the | 2  it July 2nd? |
| 3  same reason, it's important that you answer audibly and | 3  A   July 2nd. |
| 4  don't respond with gestures. | 4  Q   July 2nd, 2017. |
| 5       Even though it's a less formal setting, the | 5       Did you also send us a revised questionnaire |
| 6  oath you just made has the same effect as if you were | 6  yesterday, which is July 10th? |
| 7  testifying in court and carries with it the same | 7  A   We did. |
| 8  penalties of perjury.  It is also a crime to knowingly | 8  Q   Okay.  Have you seen Exhibit 192 before? |
| 9  present false information during the course of this | 9  A   I have. |
| 10  investigation. | 10  Q   What is Exhibit 192? |
| 11      Do you understand? | 11  A   The completed background questionnaire. |
| 12  A   I do. | 12  Q   Did you complete the questionnaire on or about |
| 13  Q   If there is anything you don't understand, | 13  July 2nd, 2017? |
| 14  please let me know so that I can repeat or rephrase the | 14  A   Yes. |
| 15  question.  If you don't tell me you don't understand, | 15  Q   Is the information in Exhibit 192 true and |
| 16  then I'll just assume you do understand the questions | 16  correct, to the best of your knowledge? |
| 17  asked. | 17  A   It is. |
| 18      If you need to take a break at any time, just | 18  Q   And if you would turn to page four of the |
| 19  let me know and we can take a break.  The only thing I | 19  questionnaire, under "Securities Accounts," No. -- |
| 20  ask is you not ask to take a break before a question is | 20  Question No. 15. |
| 21  pending before you. | 21  A   Yes. |
| 22  A   Yeah. | 22  Q   You noted here in this questionnaire that there |
| 23  Q   Are you taking any medications that would | 23  is a trust account that is in your name? |
| 24  impair your ability to understand my questions or answer | 24  A   There was one. |
| 25  fully and truthfully? | 25  Q   There was a trust account in your name? |

Page 141

1   A   I'm sure it was at that time.  We were making
2   sure to keep the FDA completely apprised of everything we
3   were doing.
4   Q   Okay.  Do you know why only four of the assays
5   were being run on the TSPU during this time?  And this is
6   January of 2014.
7   A   I don't.  If all 15 of them had been brought up
8   by then, then this is probably just based on the orders.
9   And we also hadn't really seen that many patients on
10  fingerstick by this period of time.
11  Q   Did the -- was there a time when the number of
12  tests that were being performed on the TSPU changed?  Was
13  it just a matter of bringing the next, you know, 11 or so
14  tests online and having them validated?
15  A   No.  We generally looked at this based on
16  ordering patterns.  And our belief was, and still is,
17  that about 70 assays will cover almost 100 percent of the
18  orders that you'll get from the types of practice --
19  physician practices that we were trying to serve.  So the
20  goal was to match that test menu.
21      As I said earlier, I think there was a period
22  of time in which we thought more than 15 would go up.  I
23  know that that changed, and I'm not sure exactly when it
24  changed.  But we weren't necessarily just linearly
25  looking at bringing up more assays on an ongoing basis.

Page 142

1   Q   Okay.  So what is your understanding as to the
2   maximum number of tests that the TSPU ever performed on
3   patient samples from Walgreens?
4   A   I think that's that 15 number.
5   Q   That's that 15?
6   A   Yeah.
7   Q   You can put that one aside.
8       I'm handing to you what's been marked Theranos
9   Exhibit 199.
10          (SEC Exhibit No. 199 was marked for
11          identification.)
12      MR. NEAL:  Is the difference here that mine's
13  two-sided than hers?
14      MS. CHAN:  Yes.  That's why it's a little
15  thicker.
16      MR. NEAL:  Okay.  Thanks.
17      BY MS. CHAN:
18  Q   Exhibit 199 purports to be defendant Theranos,
19  Inc.'s responses and objections to plaintiff's first set
20  of interrogatories that were filed in the Court of
21  Chancery in the state of Delaware in the Partner
22  Investments LP versus Theranos, Inc., case.
23      Have you seen Exhibit 199 before?
24  A   I don't know.  I might have.
25  Q   Are you aware that there was a lawsuit that was

Page 143

1   filed by Partner Investments and PFM Healthcare Master
2   Fund against Theranos?
3   A   Yes.
4   Q   Would you have been involved in -- were you
5   involved in preparing responses to their interrogatories?
6   A   I certainly was engaged with our legal team on
7   responding to them.  I don't know what my specific role
8   was in responding to the interrogatories.  I'm sure I
9   talked with our team about it.  I may have seen some of
10  the documents.  I don't have a specific memory of what
11  exact documents I looked at sitting here.
12  Q   Sure.  If you could just turn to the page with
13  Bates number ending 3465.  And just for the record, the
14  starting Bates number on this document is
15  SEC-PRM-E-0003430.
16      So are you on 3465?
17  A   Yes.
18  Q   Okay.  So here in Interrogatory No. 15,
19  Theranos has submitted a response.  And it looks like PFM
20  is asking about the number of blood tests that were being
21  processed through the TSPU beginning in January 1st,
22  2013, for clinical patient testing.
23      Do you see the response here?
24  A   I do.
25  Q   Okay.  And Theranos responds that there are a

Page 144

1   number of tests that were being performed on the TSPU.
2   And by my count there are about 12 of them that start in
3   those -- that list starts in -- at 3465 and ends on 3466.
4   A   Yes.
5   Q   Do you see that?  Is that consistent with your
6   understanding of the tests that were performed on the
7   TSPU?
8   A   Yeah.  I mean, I don't have any reason to doubt
9   this.
10  Q   Okay.  And looking at the list, were there any
11  other tests that you believed were being tested or
12  performed on the TSPU that aren't being listed here?
13  A   You know, if there's 12 here, I had the number
14  15 in my head.  It may have been that either they weren't
15  up by this period of time or they were never run, they
16  weren't validated, or I could be wrong about the 15
17  number.  I'm not sure.
18  Q   So do you have any reason to believe that only
19  otherwise that only tests -- that only 12 tests were
20  being performed on the TSPU?
21  A   I don't know.  If that's what this says, I
22  don't have any reason to doubt it.
23  Q   Did you ever share the fact that the TSPU was
24  only performing about 12 tests with Walgreens?
25  A   I -- I don't -- I don't think so.  I don't

Page 145

1 know.
2  Q   You're not aware of an instance in which you
3 might have told Walgreens that the TSPU was only
4 performing 12 tests?
5  A   I'm not.  Yeah.
6  Q   Are you aware of ever informing Safeway that
7 the TSPU was performing 12 tests in this time frame of
8 2013?
9  A   After the CLIA lab went live, I don't think we
10 had any discussions with them about what we were doing in
11 the clinical lab.
12  Q   Did you ever share or did you ever discuss the
13 fact that the TSPU was performing about 12 tests with
14 Sunny Balwani?
15  A   I can't remember a specific discussion about
16 it.  I know there were discussions that we had about sort
17 of stopping using the 3 series platform, working to get
18 the 4 series into the FDA, and then our hope and goal was
19 that we would be putting all the tests on that platform
20 as fast as we could.
21  Q   So do you know whether Mr. Balwani knew that
22 the TSPU was only running something like 12 or 15 tests
23 at the time?
24  A   I don't know, but I assume he would have.
25  Q   Why do you say that you would have assumed he

Page 146

1 would have?
2  A   Because he was managing the clinical lab.
3  Q   What about others at the company?  Did you ever
4 discuss the fact that the TSPU was running about 12 tests
5 with, for instance, Dan Young?
6  A   I don't think I ever had a specific discussion
7 about the number of tests on the TSPU with him that I can
8 recall.  We had a lot of discussions about technology
9 including the TSPU.  So it may have been an element of
10 the discussion, but I can't remember a specific
11 discussion about it only running 12.
12  Q   What about the project managers?  Did you ever
13 discuss with them the fact that the TSPU was running
14 something like 12 to 15 tests?
15  A   I don't think so.  I mean, what the chemistries
16 were running on in the clinical lab was not a focus of
17 any of our discussions internally or really externally at
18 that point in time.
19  Q   Why wasn't it a focus of discussions?
20  A   Because in Phase 1 of our model it was about
21 the chemistry.  It was about redeveloping the assays to
22 work with small volumes.  And then Phase 2 was about use
23 of the TSPU in a distributed setting, and that was the
24 vision; that was what we were spending most of our time
25 working on.  But how we operationalize the tests in the

Page 147

1 clinical lab in the meantime was just not something that
2 any of us really focused on very much in conversation.
3      BY MR. KOLHATKAR:
4  Q   So could you explain for me, I guess, why
5 Theranos decided to pursue commercial testing in Phase 1?
6 I think I understand what you described there. Phase 1 is
7 about getting the chemistries ready; Phase 2 is about the
8 TSPU being out there.
9      Why conduct commercial testing in Phase 1 at
10 all?
11  A   Yeah.  So I think there's two parts to that.
12 The first is our business model shifted when we formed
13 the partnership -- after we formed the partnership with
14 the retail pharmacies.  And there was a lot of discussion
15 about getting CLIA waiver on the devices and a concern
16 about how long that would take and the regulatory model
17 for it.  No one had done this before. And so the decision
18 was made to become a clinical lab.
19      The concept with Phase 1 was that the value is
20 the retail footprint, right?  Bringing lab to the retail
21 footprint.  And you've seen now Quest and LabCorp, you
22 know, immediately go partner with Walgreens and Walmart
23 to do that.  To the extent we were focused on small
24 samples, we invented the nanotainer to be able to work
25 with the chemistries that we had redeveloped for small

Page 148

1 assays, and that was the concept for fingerstick-based
2 testing in Phase 1.
3      In Phase 2 the value proposition was to bring
4 the device to the wellness centers to get tests even
5 faster, and so that's what TSPU was about because it
6 processed one sample at a time.  And in Phase 1 you were
7 going to have a lot of samples coming in at the same
8 time.
9      So Phase 1 was retail footprint, access, low
10 cost, transparent pricing, the $4 lab test concept, and
11 to the extent you were doing small samples, the
12 nanotainer implemented with our chemistries.
13      And then Phase 2 was distribute the device. And
14 Phase 2 was what we really wanted to do and is what we're
15 still trying to do right now.
16      BY MR. FOLEY:
17  Q   Is there a business plan or anything that
18 articulated that, what you just described?
19  A   Not in a systematic way at that time.  We did
20 not have organized documents the way we do now that
21 really lay all of this out.
22      BY MS. CHAN:
23  Q   Okay.  You can put that aside.  And, actually,
24 let's make a separate pile.  Leave that there.  Thanks.
25      I'm handing to you what's been marked Theranos

Page 149
1  Exhibit 200.
2        (SEC Exhibit No. 200 was marked for
3        identification.)
4        MS. CHAN: This is Tab 9.
5        BY MS. CHAN:
6   Q   Exhibit 200 purports to be defendant Theranos,
7  Inc.'s first supplemental responses and objections to
8  plaintiff's first set of interrogatories in the -- filed
9  in the Court of Chancery in the state of Delaware in the
10 Partner Investments versus Theranos, Inc., case with
11 starting Bates No. SEC-PRM-E-0005120.
12       Have you seen Exhibit 200 before?
13  A   I don't know. But, again, I worked with our
14 legal teams as we worked to respond to PFM.
15  Q   So if you take a look at 5128, there's a
16 supplemental response to that same interrogatory that we
17 were just looking at in Exhibit 199, Interrogatory No.
18 15.
19       And it says here, "By way of further response,
20 Theranos states the Version 3.5 of the SPU is the only
21 version of the SPU used in January 1st, 2013, to process
22 blood tests for commercial testing in."
23       So that's consistent with your understanding
24 that the TSPU Version 3.5 was the only device ever used
25 for patient testing; is that right?

Page 150
1   A   The only version of the miniLab --
2   Q   Device.
3   A   -- family --
4   Q   Yes. Sorry.
5   A   -- that was used, yes.
6   Q   The only device that was manufactured by
7  Theranos that was used for patient testing; is that
8  right?
9   A   That's right. And just for the sake of being
10 explicit, we considered the -- we actually
11 injection-molded and made the little cups that went into
12 the hardware ourselves in our factory. So we considered
13 ourselves as manufacturing some elements of the hardware
14 for the other platforms as well.
15  Q   Okay. So the sample cups that you were using
16 with the ADVIA 1800?
17  A   Correct.
18  Q   Those were Theranos-manufactured --
19  A   Yes.
20  Q   -- cups as well?
21  A   Yes. We made them.
22       BY MR. KOLHATKAR:
23  Q   What were those called internally at the time?
24  A   So I don't know. I've seen a lot of references
25 to different words used. I think, in describing the

Page 151
1  general concept, I've seen the word "teacup." I don't
2  know if that explicitly refers to what I'm referring to.
3  I had understood that to refer to Theranos cup. But I --
4  I could be wrong about that.
5        BY MS. CHAN:
6   Q   Okay. And then if you turn to -- actually,
7  yeah, turning to the next page, 5129. Actually, at the
8  bottom of 5128 if you want to follow through.
9        It says, "By further -- by way of further
10 response, Theranos identifies all other iterations of the
11 SPU since January 1st, 2013, as follows." And then
12 there's a list on 5129 which lists, you know, 3.0, the
13 4.0, the miniLab tower, the 4S, and the 4.1.
14       If you take a quick review of that, of the
15 descriptions of all of those versions, is this consistent
16 with your understanding of those versions and what they
17 were used for?
18  A   I think so generally. I don't have any reason
19 to doubt it.
20  Q   Okay. What did the TSPU look like? And maybe
21 there were different -- they looked differently.
22       So what did the 3.5 look like?
23  A   So they all look like a box with a screen on it
24 with a hole on the front that has a door, and you can
25 stick what we call a cartridge, which is the piece of

Page 152
1  plastic that has all the chemicals in it, into it. And
2  the cartridge has a little hole where you can put
3  samples. You can put urine, or you can put blood from
4  your arm, or you can put the little nanotainers with the
5  fingerstick in there.
6   Q   And you said they all look very similarly?
7   A   Generally yes.
8   Q   Generally. What was the size of one of the
9  3.5's?
10  A   We used to --
11  Q   What were the -- what were the dimensions of
12 that device?
13  A   I don't know the specific dimensions, but we
14 would sort of refer to it as being similar in size to a
15 desktop computer that you would have under your desk.
16  Q   And then turning to 5155 in Exhibit 200, you'll
17 see there's a supplemental response to Interrogatory No.
18 27.
19       Do you see that?
20  A   I do.
21  Q   And what PFM is asking Theranos is to identify
22 any nonproprietary or commercially available machine
23 equipment or technology that you used to perform tests.
24       Do you see that?
25  A   Yes.

Page 153

1  Q    And on the next page Theranos provides its
2  response with a table of devices purchased from third
3  parties, and it goes from 5156 to 5158.
4        Is this consistent with your understanding of
5  the third-party devices that Theranos was using to
6  conduct patient testing?
7  A    You know, I wouldn't know.  But I don't have
8  reason to doubt this document.
9  Q    And was that also your understanding, you know,
10 in 2014?  So this was as of 2013 or since January 1st,
11 2013.
12       But would this list be of devices that were
13 being used by Theranos that were purchased from
14 third-party companies?  Was that consistent with your
15 understanding as of 2014?
16 A    Again, I wouldn't know.  I didn't have direct
17 involvement in what devices were being procured for the
18 clinical lab.
19 Q    But you don't have any reason to believe that
20 this information is incorrect as of 2014 either?
21 A    I don't know.  I don't know.  I know that the
22 business model shifted.  I know that as of a period of
23 time, we were understanding the value proposition on low
24 cost and therefore trying to achieve automation and
25 standardization in the clinical lab.  So there was a big

Page 154

1  investment on standardizing on Siemens equipment.  I
2  don't know when exactly that happened.  So it --
3  these might have been different in different periods of
4  time.
5        MS. CHAN:  Do you need to switch the tape?
6        THE VIDEOGRAPHER:  We got about two minutes.
7        MR. DWYER:  You want to just break for lunch?
8  Does that make sense?
9        MR. NEAL:  He's got two minutes.
10       MS. CHAN:  Why don't we switch the tape.  Go
11 ahead and switch the tape.  We are off the record at --
12       THE VIDEOGRAPHER:  This concludes Media 2 of
13 Elizabeth Holmes.  We're off the record at 12:43.
14       (Whereupon, at 12:43 p.m., a luncheon recess
15 was taken.)
16       A F T E R N O O N   S E S S I O N
17       THE VIDEOGRAPHER:  We are back on the record at
18 the beginning of Media No. 3 of Elizabeth Holmes.  The
19 time is 1:36.
20       BY MS. CHAN:
21 Q    Ms. Holmes, did you have any substantive
22 conversations with the SEC staff during our break?
23 A    No.
24 Q    I'm going to hand to you what's been marked
25 Theranos Exhibit 201.

Page 155

1        (SEC Exhibit No. 201 was marked for
2        identification.)
3        MS. CHAN:  Oh, sorry.
4        BY MS. CHAN:
5  Q    Exhibit 201 purports to be defendant Theranos,
6  Inc., respond -- responses and objections to plaintiff's
7  second set of interrogatories filed in the Court of
8  Chancery of the state of Delaware in the case Partner
9  Investments versus Theranos, Inc., with starting Bates
10 No. SEC-PRM-E-0003334.
11       Have you seen Exhibit 201 before?
12 A    I'm not sure.
13 Q    If you turn to the page with ending -- or Bates
14 No. 3358, you'll see there, there is a request from PFM.
15       And you understand PFM to be Partner Fund
16 Management?
17 A    I do.
18 Q    Okay.  There's a request from PFM to Theranos,
19 and PFM is asking Theranos to identify any commercially
20 available machine that Theranos has modified for use to
21 process tests on capillary or microsamples.
22       Do you see that?
23 A    I do.
24 Q    And Theranos then responds on 3362 which is --
25 well, there's a response starting on 3359, but there's

Page 156

1  also a list that starts on 3362.  Theranos is responding
2  that there are four commercially available machines that
3  Theranos has modified on testing on smaller samples.
4        Do you see that?  There's Siemens.  I think
5  it's ADVIA 1 -- 1800?
6  A    I believe so.
7  Q    Does that look like a misspelling where it says
8  "ADVA"?
9  A    I think it is.
10 Q    Okay.  And then there's the BD Biosciences LSR
11 Fortessa, the BD Biosciences FACSCanto II, and the Drew
12 Scientific Drew-3 Hematology System.
13       Do you see that?
14 A    I do.
15 Q    Was it your understanding that these were the
16 four machines that Theranos modified in order to conduct
17 testing on smaller samples and used these machines for
18 patient testing?
19 A    Yes.
20 Q    Okay.  And did you have that understanding back
21 in 2014 as well?
22 A    I'm not sure what my understanding was in 2014.
23 I know that I was aware of use of all four of these
24 platforms.  I don't know when I became aware of each one.
25 Q    Okay.  But you were aware in 2014 that Theranos

Page 157

1 was modifying commercially available machines for use in
2 patient testing?
3     A    I was.  And certainly of the 1800 platform.
4 Again, I'm not sure when I was aware of the other ones.
5     Q    Okay.  And then if you turn the page again to
6 3369.  I'm sorry.  33 -- I guess 3363, then, the next
7 page.
8          You'll see there is a list of a number of tests
9 here.  And under little D towards the top of the page, it
10 says that, "Theranos states that the following blood
11 tests were available to run on modified Siemens ADVIA
12 1800 analyzers in the approximate time frames indicated
13 below."  And there's a number of tests below that.  About
14 49 tests that go over into page 3366.
15         Do you see that?
16     A    I do.
17     Q    And was it your understanding in 2014 that the
18 Siemens ADVIA 1800 analyzer was being used to conduct
19 testing for about 49 tests?
20     A    I don't think I would have known in 2014 that
21 it was 49.  I knew that we were using the ADVIA with our,
22 what we called, proprietary chemistries at that time.
23     Q    So you knew you were modifying the Siemens
24 ADVIA?
25     A    I did.

Page 158

1     Q    To do that test?
2     A    Yes.
3     Q    And I think before you said it was something in
4 the range of about 60 tests?
5     A    Yes.
6     Q    Do you recall that?
7     A    Yes.
8     Q    So do you have any reason to believe that it
9 was something more like 49 tests?
10    A    I don't have a reason to doubt anything that's
11 in this document.
12    Q    And then further down on 3366, Theranos then
13 states, "By way of further response, Theranos states that
14 the BD Biosciences LSR Fortessa flow cytometer, the BD
15 Biosciences FACSCanto II flow cytometer, and the Drew
16 Scientific Drew-3 Hematology System were used to process
17 the complete blood count test panel."
18         So was that consistent with your understanding
19 in 2014 that these three devices were being modified in
20 order for Theranos to conduct testing on the complete
21 blood test -- the complete blood count test panel?
22    A    So, again, I don't know when I understood that
23 we were using those platforms.  I believe on these we
24 were putting our own proprietary chemistry.  So these
25 were the ones that we were making the antibody ourselves

Page 159

1 and then making the chemicals and then making the test
2 and running it on these.
3          And just going back to your previous question,
4 my comment about the number 60.  I don't remember your
5 question specifically, but it may have been just on any
6 open platform.  Not just specific to the ADVIA.  So it
7 may have included these Becton Dickinson devices.
8     Q    Okay.  So it might have included the test
9 panel?
10    A    Yes.
11    Q    The complete blood test count test panel.
12         Okay.  And what do you understand that the CBC
13 test panel -- is that a short name for complete blood
14 count?
15    A    I'm sorry.  Where -- oh, here.
16         Yes.
17    Q    I'm just using CBC because that's my experience
18 with that test.
19         Would you understand that I'm referring to the
20 complete blood count test panel --
21    A    Yes.
22    Q    -- if I say CBC test panel?
23    A    Yes.
24    Q    How many tests comprised the CBC test panel?
25    A    I always get this wrong.  I think -- I think

Page 160

1 there's 13, but I could be wrong.  There may be more than
2 that.
3     Q    So taken altogether, you know, the 13 --
4     A    Might be 19.  I'm not sure.
5     Q    The 13 or the 19?
6     A    Yeah.
7     Q    Something like that?
8     A    Yeah.
9     Q    Something less than 20?
10    A    Yes.
11    Q    So taking the complete blood count test panel
12 together with the 49 tests and I think the additional,
13 say, 12 or 15 on the TSPU, so is it fair to say that, you
14 know, Theranos was offering something less than 100 tests
15 on all of its platforms through -- I'm sorry -- not all
16 of its platforms -- but on the TSPU and the modified
17 platforms?  Is that fair?
18    A    I think so, yes.
19    Q    Okay.  And with respect to the remaining tests,
20 then, that Theranos was offering during patient testing
21 in 2013, were those tests being conducted then on
22 commercially available machines that had not been
23 modified by Theranos?
24    A    In 2013?
25    Q    Yes.