# EXHIBIT W



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

PARTNER INVESTMENTS, L.P., a )
Delaware limited partnership, PFM )
HEALTHCARE MASTER FUND, )
L.P., A Cayman Islands limited ) C.A. No. 12816-VCL
partnership, and PFM HEALTHCARE )
PRINCIPALS FUND, L.P., a Delaware )
limited partnership, )
)
    Plaintiffs, )
)
    v. )
)
THERANOS, INC., a Delaware )
corporation, ELIZABETH HOLMES, )
an individual, RAMESH BALWANI, )
an individual, and DOES 1-10 )
)
    Defendants. )

### DEFENDANT ELIZABETH HOLMES'S FIRST SUPPLEMENTAL RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant Elizabeth Holmes hereby submits, pursuant to Court of Chancery Rules 26 and 33, the following supplemental responses and objections to Plaintiffs' First Set of Interrogatories (each an "Interrogatory" and, collectively, the "Interrogatories"), in accordance with the meet and confer among counsel (*see* Chan Letter to Perla dated January 18, 2017 and Chan Letter to Goodhart dated January 19, 2017), as follows:

1

**CONFIDENTIAL**

## GENERAL OBJECTIONS

1. Holmes incorporates all General Objections made in Theranos, Inc.'s ("Theranos" or the "Company") Responses and Objections to Plaintiffs' First Set of Interrogatories to Theranos.

2. Holmes incorporates all General Objections and Objections to Definitions and Instructions made in Holmes's Responses and Objections to Plaintiffs' First Request for Production of Documents, served December 12, 2016.

3. The responses set forth herein provide supplemental information in response to Interrogatory Nos. 26, 27, and 28. Holmes's responses and objections to the remainder of Plaintiffs' first set of interrogatories, as served on December 12, 2016, are incorporated by reference as if set forth fully herein, and remain unchanged.

4. Holmes's responses to the Interrogatories are made without in any way waiving or intending to waive: (a) any objections as to the competency, relevancy, materiality, privileged status or admissibility as evidence, for any purpose, of any information provided in response to the Interrogatories; (b) the right to object on any ground to the information produced in response to the Interrogatories at any hearing or trial; or (c) the right to object on any ground at any time to a demand for further responses to the Interrogatories.

**CONFIDENTIAL**

5. Holmes objects to the Interrogatories to the extent they purport to require a legal conclusion.

6. Holmes objects to Instruction B to the extent that it imposes burdens different than or in addition to those imposed by the Rules of the Court of Chancery of the State of Delaware. Holmes's objections and responses are based solely upon Holmes's present knowledge, information, and belief. Holmes does not in any way assume a continuing responsibility to update its answers based on information discovered, obtained, or created subsequent to the date of this response except as required pursuant to Court of Chancery Rule 26(e).

7. In furnishing these responses to the Interrogatories, Holmes does not concede the truth of any factual assertion or implication contained in the Interrogatories.

8. Holmes reserves the right to supplement, revise, correct, add to, or clarify the objections, answers, or responses set forth herein. If Holmes identifies responsive information at a future date, she reserves the right at that time to amend her objections, answers, or responses and reserves the right to evaluate whether any privilege applies to such information and to assert such privilege.

**SPECIFIC OBJECTIONS AND RESPONSES**

The following specific objections and responses shall be deemed to supplement the General Objections, which are incorporated into each of the

3

**CONFIDENTIAL**

specific responses and are not in any way limited by the specific objections and responses:

**INTERROGATORY NO. 26:**

IDENTIFY ANY THERANOS current or former employee(s) who communicated to YOU ANY concerns, grievances, objections, doubts, or criticisms CONCERNING ANY of the facts or allegations set forth in the COMPLAINT, including without limitation: YOUR COMMUNICATIONS with THERANOS investors; the number and proportion of blood tests on THERANOS's Direct Testing Menu that utilized CAPILLARY BLOOD SAMPLES; the extent to which THERANOS used non-proprietary or commercially available equipment to perform blood tests; the status and nature of THERANOS's submissions to and correspondence with the FDA; and THERANOS's relationships with retail stores or pharmacies, hospitals, and physicians or physician practices.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 26:**

Subject to and without waiver of the foregoing specific and general objections, Holmes does not recall any current or former employees communicating to her complaints that Theranos has or would be untruthful, misleading, or fraudulent, or has violated or would violate a law or regulation, other than Tyler Shultz, as indicated in response to Interrogatory No. 49.

4

**CONFIDENTIAL**

**INTERROGATORY NO. 27:**

For ANY THERANOS current or former employee(s) identified in response to Interrogatory No. 26, DESCRIBE the concerns, grievances, objections, doubts, or criticisms that were raised.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 27:**

Subject to and without waiver of the foregoing specific and general objections, Holmes responds as follows: Concerns regarding the coefficient of variation for RPR titer and Vitamin D assays.

**INTERROGATORY NO. 28:**

IDENTIFY ANY THERANOS former employee(s) who resigned or were terminated after communicating to YOU a complaint, concern, grievance, objection, doubt, or criticism CONCERNING ANY of the facts or allegations set forth in the COMPLAINT, including without limitation those listed in Interrogatory No. 26.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 28:**

Subject to and without waiver of the foregoing specific and general objections, Holmes responds as follows: Tyler Shultz.

**CONFIDENTIAL**

PFM-ROGS-00000351

|  |  |
|---|---|
| | AS TO OBJECTIONS: |
| OF COUNSEL: | */s/ Catherine G. Dearlove* |
| | Gregory P. Williams (#2168) |
| Stephen C. Neal | Catherine G. Dearlove (#3328) |
| Cooley LLP | Kevin M. Gallagher (#5337) |
| 3175 Hanover Street | Sarah A. Galetta (#6157) |
| Palo Alto, California 94304 | Richards, Layton & Finger, P.A. |
| (650) 843-5000 | 920 North King Street |
| | Wilmington, Delaware 19801 |
| Kathleen Goodhart | (302) 651-7700 |
| Cooley LLP | |
| 101 California Street, 5th Floor | *Attorneys for Defendant Elizabeth Holmes* |
| San Francisco, California 94111 | |
| (415) 693-2012 | |
| | |
| Dated: January 31, 2017 | |

6

**CONFIDENTIAL**

STATE OF CALIFORNIA          :
                             : SS:
COUNTY OF SANTA CLARA        :

I, Elizabeth Holmes, declare:

1. I have read the foregoing Defendant Elizabeth Holmes's First Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

2. Said responses and objections were prepared with the assistance of counsel, upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

3. I declare under penalty of perjury and pursuant to the laws of the United States, the State of Delaware and the State of California that the foregoing is true and correct.

Dated this 31st day of January, 2017

_____
Elizabeth Holmes

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## JURAT

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

Subscribed and sworn to (or affirmed) before me on this 31ST day of JANUARY, 2017, by Elizabeth Holmes, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)

PATRICIA ANNE RUSSELL
Notary Public - California
Santa Clara County
Commission # 2164020
My Comm. Expires Sep 24, 2020

PFM-ROGS-00000354