JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO EXCLUDE ANECDOTAL TEST RESULTS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Reply in Support of Motion to Exclude Anecdotal Test Results. Attached to this declaration are exhibits cited in Ms. Holmes' Reply in Support of Motion to Exclude Anecdotal Test Results filed today, February 23, 2021,

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF
MOTION TO EXCLUDE ANECDOTAL TEST RESULTS
CR-18-00258 EJD

1

1  in the above-captioned matter.  I attest to the following facts upon which the Reply relies.

2       2.      In support of her Motions *in Limine* and *Daubert* Motions to Exclude Expert Testimony, Ms. Holmes filed 64 exhibits.  *See* Saharia Decl., Dkt. 579; *see also* Dkt. 580-583; Ms. Holmes' Administrative Mot. for Leave to File Documents Under Seal.  Ms. Holmes' Replies in Support of Motions *in Limine* and *Daubert* Motions to Exclude Expert Testimony filed on February 16, 2013 were supported by an additional 11 exhibits.  *See* Saharia Decl., Dkt. 722.

3       3.      Ms. Holmes' Reply in Support of Motion to Exclude Anecdotal Test Results is supported by an additional 30 exhibits attached to this Declaration.  Three exhibits (Exhibits 113-115) have been filed as attachments to Ms. Holmes' Administrative Motion for Leave to File Reply in Support of Motion to Exclude Anecdotal Test Results and Certain Supporting Documents Under Seal (Administrative Motion) because they contain sensitive information.

4       4.      The contents of each exhibit are as follows:

   a.   Exhibit 86 is a true and correct copy of an email sent by Don Dyk to Special Agent George Scavdis, Food and Drug Administration, dated March 11, 2020, Bates-stamped FDA-CORR-000548.  Certain personal identifying information has been redacted.

   b.   Exhibit 87 is a true and correct copy of a letter sent by WilmerHale to Robert S. Leach, U.S. Department of Justice, dated December 17, 2016, Bates-stamped Theranos-DOJ TL0000004).  Certain personal identifying information has been redacted.

   c.   Exhibit 88 is a true and correct copy of a letter sent by Robert S. Leach, U.S. Department of Justice, to L. Wade, dated Oct. 29, 2020 ("*Brady* letter").  Certain personal identifying information has been redacted.  An unredacted version is being filed under seal as Exhibit 113.

   d.   Exhibit 89 is a true and correct copy of an email between WilmerHale attorneys and David Taylor, summarizing a conversation with Jeffrey Schenk and John Bostic, dated May 23, 2018, Bates-stamped WH000003121.  Certain personal identifying information has been redacted.

   e.   Exhibit 90 is a true and correct copy of an email exchange between WilmerHale attorneys and the Government, dated June 4, 2018, and WilmerHale attorneys and David Taylor, dated June 5, 2018, Bates-stamped WH000002107.  Certain personal identifying information has been

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO EXCLUDE ANECDOTAL TEST RESULTS
CR-18-00258 EJD

1 redacted.

2       f.    Exhibit 91 is a true and correct copy of an email from Lance Wade to Robert Leach, U.S. Department of Justice, dated February 4, 2021.

      g.    Exhibit 92 is a true and correct copy of a Memorandum of Interview of JoEllen Embry by Special Agent in Charge George Scavdis, dated December 20, 2020, Bates-stamped US-REPORTS-0023800.

      h.    Exhibit 93 is a true and correct copy of an email exchange between WilmerHale attorneys, David Taylor, and Xan White in May and July 2018, Bates-stamped TheranosABC00042459. Certain personal identifying information has been redacted.

      i.    Exhibit 94 is a true and correct copy of a grand jury subpoena to Theranos, Inc., Custodian of Records, dated June 4, 2018.

      j.    Exhibit 95 is a true and correct copy of an article by John Carreyrou in *The Wall Street Journal*, entitled "Theranos Deepens Workforce Cuts," dated April 11, 2018 and Bates-stamped USAO-007265.

      k.    Exhibit 96 is a true and correct copy of an email exchange between WilmerHale, John Bostic, and Jeffrey Schenk, dated July 25, July 30, and August 6, 2018, Bates-stamped USAO-00868. Certain personal identifying information has been redacted.

      l.    Exhibit 97 is a true and correct copy of an email exchange between WilmerHale attorneys in August 2018, Bates-stamped WH000005242. Certain personal identifying information has been redacted.

      m.    Exhibit 98 is a true and correct copy of an email exchange between WilmerHale attorneys, Theranos employees, and John Bostic, Mario C. Scussel, Adelaida Hernandez, dated August 10 and August 13, 2018, Bates-stamped WH00000052. Certain personal identifying information has been redacted.

      n.    Exhibit 99 is a true and correct copy of a letter from WilmerHale to Special Agent Mario C. Scussel, dated August 27, 2018, Bates-stamped USAO-008988. Certain personal identifying information has been redacted.

1         o.        Exhibit 100 is a true and correct copy of an email exchange WilmerHale, the Government, and Dorsey, counsel for Assignee, dated September 13, 14, and 17, 2018, and Bates-stamped USAO-008660. Certain personal identifying information has been redacted.

        p.        Exhibit 101 is a true and correct copy of a July 23, 2020 letter between the Government and counsel for Ms. Holmes.

        q.        Exhibit 102 is a true and correct copy of an email exchange between the Government and counsel for Ms. Holmes, between December 2020 and February 2021. Certain personal identifying information has been redacted.

        r.        Exhibit 103 is a true and correct copy of an email exchange between Mike Wei, Jarod Wada, and counsel for Assignee in October and November 2018, Bates-stamped TheranosABC00001770. Certain personal identifying information has been redacted.

        s.        Exhibit 104 is a true and correct copy of an email exchange from Michael Chung to Jarod Wada, dated January 12, 2019 and Bates-stamped TheranosABC00000268. Certain personal identifying information has been redacted.

        t.        Exhibit 105 is a true and correct copy of an email exchange between Michael Chung, Jarod Wada, and Eric Caddenhead in December 2019 and January 2020, Bates-stamped NEETEK_000001_00005. Certain personal identifying information has been redacted.

        u.        Exhibit 106 is a true and correct copy of a March 2019 email exchange between the Government and Dorsey, counsel for the Assignee, Bates-stamped USAO-008626.

        v.        Exhibit 107 is a true and correct copy of an email exchange dated March 7 and March 11, 2020 between Lance Wade and John Bostic, Department of Justice.

        w.        Exhibit 108 is a true and correct copy of letter from Lance Wade to the Government, dated March 13, 2020.

        x.        Exhibit 109 is a true and correct copy of a letter dated March 19, 2020 from the Government to Ms. Holmes' counsel.

        y.        Exhibit 110 is a true and correct copy of a letter dated March 23, 2020 from Lance Wade to the Government.

z. Exhibit 111 is a true and correct copy of an FD-302 relating to an April 17, 2020 interview of Eric Caddenhead. Certain personal identifying information has been redacted.

aa. Exhibit 112 is a true and correct copy of an email exchange between Xan White and WilmerHale, dated June 13 and June 14, 2018, and Bates-stamped WH000003133. Certain personal identifying information has been redacted.

bb. Exhibit 113 is a true and correct copy of a letter sent by Robert S. Leach, U.S. Department of Justice, to L. Wade, dated Oct. 29, 2020 ("*Brady* letter"). An unredacted copy has been tendered as an attachment to Ms. Holmes' Administrative Motion. A redacted version has been filed on the docket as Exhibit 88.

cc. Exhibit 114 is tendered as an attachment to Ms. Holmes' Declaration in Support of Administrative Motion.

dd. Exhibit 115 is a true and correct, unredacted copy of an email exchange between WilmerHale attorneys and the Government, dated June 4, 2018, and WilmerHale attorneys and David Taylor, dated June 5, 2018, Bates-stamped WH000002107. A redacted version of this document has been filed on the docket as Exhibit 90.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of February, 2021 in Chevy Chase, MD.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY SAHARIA IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO EXCLUDE ANECDOTAL TEST RESULTS
CR-18-00258 EJD

5