# Exhibit 86

| | |
|---|---|
| From: | Don Dyk ▇▇▇▇▇▇▇ |
| Sent: | Wednesday, March 11, 2020 9:47 AM |
| To: | Scavdis, George |
| Subject: | reply on Theranos |

We received your letter regarding theranos. We have only good things to say about them. They were close by, friendly, easy to get in promptly, and did our labs at a very reasonable cost.

Don Dyk

1