# Exhibit 87

FOIA CONFIDENTIAL TREATMENT REQUESTED
5 U.S.C. § 552
17 § C.F.R. 200.83

WILMERHALE



December 17, 2016

**FOIA CONFIDENTIAL TREATMENT REQUESTED
PURSUANT TO 17 C.F.R. § 200.83 AND 5 U.S.C. § 552**

**BY FEDERAL EXPRESS**

Robert S. Leach, AUSA
U.S. Department of Justice
450 Golden Gate Avenue, 11th Floor
San Francisco, CA  94102
Tel: (415) 436-7534

      Re:    Grand Jury Subpoena Investigation #2016R00024-15

Dear Mr. Leach:

We write on behalf of Theranos, Inc. ("Theranos" or the "Company"), our client in the above referenced matter.  Please find enclosed at THER-0333352 to THER-0335495 documents responsive to: (1) the grand jury subpoena duces tecum issued on November 30, 2016 (the "Subpoena"); and (2) requests made by the U.S. Department of Justice ("DOJ") during our November 16, 2016 meeting (the "November 16 Meeting Requests").

<u>SUBPOENA REQUEST</u>

In response to Request 3 of the Subpoena, please find a document labeled THER-0333352.

<u>NOVEMBER 16 MEETING REQUESTS</u>

In response to the DOJ's request for copies of all Theranos contracts with military entities and documents sufficient to show revenue obtained therefrom, please find documents labeled THER-0333361 to THER-0333436.

In response to the DOJ's request for all nondisclosure agreements between the Company and Partner Fund Management, L.P. ("PFM") and PFM's agents, please find documents labeled THER-0333353 to THER-0333360.

In response to the DOJ's requests for a listing of all tests performed between 2013 and 2015 on Theranos Sample Processing Units ("TSPU"), modified-predicate devices, and predicate devices, please find a copy of documents simultaneously being produced to the U.S. Securities and Exchange Commission ("SEC") today labeled THER-0333437 to THER-0335495.  These documents are being produced to the SEC in response to Requests 14 and 15 of the SEC's November 23, 2015 subpoena and Requests 16 and 17 of the SEC's September 6, 2016 subpoena.

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

Robert S. Leach
December 17, 2016
Page 2



The sources for the data are two Theranos laboratory information systems, the Laboratory Information System ("LIS") and LabDaq, that the Company maintained during the relevant period. Each record represents one result and provides the following information requested by the SEC:

- Year and month of the patient visit;

- The accession number associated with the patient visit;

- A description of each test and result;

- Identification of whether the result was direct or calculated;

- Identification of the lab that produced the result;

- Identification of whether the result was produced using a proprietary calculation or method; and

- Identification of the device that produced the result.

Please note the following about the data as well:

- The data does not include results from before the Company's commercial launch on October 13, 2013. The data includes results up to July 30, 2016.

- Where the data does not distinguish between the Company's Palo Alto and Newark labs, results performed by the Company are identified as "Theranos Inc. – CA."

- Where the data does not distinguish among reference labs, results performed by reference labs are identified as "Reference Lab" (LabDaq) or "UNKNOWN – REFERENCE LAB" (LIS).

- Where the data does not identify the specific performing lab, the lab is marked as "UNKNOWN."

- Where the data does not identify the device used to perform the test, the device designation was left blank (LabDaq) or marked "UNKNOWN" (LIS).

- Where the LIS data does not explicitly identify whether the result was produced using a proprietary calculation or method, and where assumptions could not be made as to whether such a calculation or method was used, the technology designation was marked as "UNKNOWN."

Theranos-DOJ TL000005

Robert S. Leach
December 17, 2016
Page 3

WILMERHALE

- Because certain test results appeared simultaneously in both LabDaq and LIS, duplicative data was eliminated where possible from the LabDaq-sourced data. There may; however, remain some duplicative data where such overlap was not possible to confirm.

Theranos intends to provide a supplemental response to the request for a listing of all tests performed on various devices between 2013 and 2015 in its next production.

We are producing these documents on an encrypted disc. We will provide the password for the disc by email.

The enclosed materials are being produced pursuant to the above-referenced Subpoena and the November 16 Meeting Requests, and subject to Rule 6 of the Federal Rules of Criminal Procedure.

\*     \*     \*     \*

These materials are confidential and contain competitively sensitive information. Accordingly, we request confidential treatment of this letter and the enclosed materials and any information contained therein pursuant to 5 U.S.C. § 552 and 17 C.F.R. § 200.83 ("Confidential Material"). The materials are exempt from public disclosure under one or more provisions of FOIA and have been appropriately marked to reflect this status. *See, e.g.*, 5 U.S.C. § 552(b)(3) (protecting matters specifically exempted from disclosure by statute); § 552(b)(4) (protecting trade secrets and confidential and privileged financial and commercial information); § 552(b)(7) (protecting certain records or information compiled for law enforcement purposes); § 552(b)(8) (protecting certain records or information prepared for the use of an agency responsible for regulating or supervising financial institutions). Moreover, disclosure of the materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

Should any third person request the opportunity to inspect or copy the Confidential Material pursuant to FOIA or otherwise, we request on behalf of Theranos that the undersigned immediately be notified of such request and be furnished with a copy of all written materials pertaining to such request (including but not limited to the request and any agency determination with respect to such request). Theranos expects that it will be given an opportunity to object to such disclosure. And, should the Department be inclined to grant any such request, it is Theranos' expectation that, pursuant to the procedures required by 28 C.F.R. § 16.8, and Exec. Order 12,600, 52 Fed. Reg. 23,781 (1987), we will be given reasonable advance notice of any such decision to enable our client to pursue any remedy that may be available to it. In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice.

Theranos-DOJ TL000006

Robert S. Leach
December 17, 2016
Page 4



The requests set forth in the preceding paragraphs also apply to any memoranda, notes, recordings, or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Department (or any other government agency) and which (1) incorporate, include, or relate to any of the information contained in the Confidential Material; or (2) refer to any conference, meeting, telephone conversation, or interview between (a) our client's current or former employees, associates, representatives, agents, auditors, or counsel and (b) employees of the Department (or any other government agency).

Provision of the enclosed materials is not intended to and does not waive any applicable privilege or other legal basis under which information may not be subject to production. By the production of such documents, Theranos does not intend to and has not waived the attorney client privilege or any other protections.

This Confidential Material remains the property of Theranos. Accordingly, at the conclusion of this investigation, Theranos requests such material (and any copies thereof) be returned to the undersigned.

Please do not hesitate to call me if you have any questions about these matters.

Very truly yours,

Enclosure

Theranos-DOJ TL000007