# Exhibit 89

| | |
|---|---|
| From: | [Redacted] |
| Sent: | Wednesday, May 23, 2018 11:34 PM EDT |
| To: | David Taylor ([Redacted]@theranos.com); [Redacted] |
| CC: | [Redacted] |
| Subject: | Theranos -- Summary of 5/23/18 Call with the DOJ |

**Privileged and Confidential**
**Attorney-Client Communication**

Hello All,

This afternoon, [Redacted] and I talked with Jeff Schenk and John Bostic to follow up on some open items from our call last Thursday (the 17th). Broadly, we covered the following three topics: [Redacted]

Redacted

Redacted (3) production of additional items requested in the DOJ's April 20th subpoena (lab data, Redacted

Redacted

5. We promised to explore options for producing additional data showing how the tests for all Theranos customers were conducted (*i.e.*, data allowing the DOJ to understand which device was used to process a given customer's test or tests).

Redacted

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000003121

Redacted

III. <u>Our Production of Additional Items Requested in the DOJ's April 20th Subpoena (Lab Data,</u> Redacted

Redacted

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000003122

Redacted

e. <u>Lab data:</u> We discussed Jeff and John's request for lab data that would show "how a given assay had been run;" in other words, what device was used to process the test a given patient received. We told Jeff and John that unfortunately, it was not feasible to simply provide a copy of the LIS database, because they would not have the experience with the system to understand how to compile the data they wanted. After a good deal of back and forth, Jeff and John asked whether it would be possible to provide them with two data compilations: (1) a table that correlates the accession number of a test ordered (this number is stored in LIS) with the name of the customer who ordered the test, and (2) a second spreadsheet which would list every test Theranos had run, together with the result and the analyzer used to run the test. Jeff and John could then match up the second table with the first table to determine how a given customer's tests were performed. We indicated that given the Company's resource constraints, we could not guarantee this could be done, but we would explore what was feasible and circle back to them on this point.

f. Finally, Jeff and John indicated they would provide us with an updated subpoena requesting patients' test results as stored in LIS which does not include the prior subpoena's carve out for HIV test results, so that we can produce the full compilation of LIS test reports we have gathered.

Redacted

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.