# Exhibit 90

| | |
|---|---|
| **From:** | David Taylor |
| **Sent:** | Tuesday, June 5, 2018 2:58 PM EDT |
| **To:** | ████████ |
| **CC:** | |
| **Subject:** | Re: 6-4-18TheranosIncSub.pdf |

Meeting with a couple of folks this afternoon on that very question.  Will follow up.

Sent from my iPhone

> On Jun 5, 2018, at 11:35 AM, ████████████████████ @wilmerhale.com> wrote:
>
> David,
>
> Wanted to touch base on LIS. ████ and I agree that we should just give DOJ the database and let them figure it out.  I've told ████ that they won't know what to do with it and that the people who do are in India.  Our experts are the only ones who understand it, and we don't want to make them percipient witnesses.
>
> Is there anyone left at the Company who could assist us in actually getting the database to the government?
>
> From: ████████████
> Sent: Monday, June 4, 2018 3:51 PM
> To: David Taylor (████@theranos.com) <████@theranos.com>; ████████████
< ████████████ @wilmerhale.com>; ████████████████ @wilmerhale.com)
< ████████████ @wilmerhale.com>; ████████████████████ @wilmerhale.com>; ████
████████████ @wilmerhale.com) ████████ @wilmerhale.com>; ████████████
< ████████████ @wilmerhale.com>; ████████████████ @wilmerhale.com>; ████████
< ████████ @wilmerhale.com>; ████████████ @wilmerhale.com>
> Subject: FW: 6-4-18TheranosIncSub.pdf
>
> All,
>
> Here's the latest GJ subpoena, requesting, in particular, a proxy of LIS and Redacted
Redacted ████████████
>
> Matt
>
> From: Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov<mailto:Jeffrey.B.Schenk@usdoj.gov>>
> Sent: Monday, June 4, 2018 3:41 PM
> To: ████████████████ @wilmerhale.com<mailto: ████████ @wilmerhale.com>>
> Cc: Bostic, John (USACAN) <John.Bostic@usdoj.gov<mailto:John.Bostic@usdoj.gov>>; Scussel, Mario C. (SF) (FBI) (Mario.Scussel@ic.fbi.gov<mailto:Mario.Scussel@ic.fbi.gov>)
<Mario.Scussel@ic.fbi.gov<mailto:Mario.Scussel@ic.fbi.gov>>
> Subject: 6-4-18TheranosIncSub.pdf
>
> Hi ████
>
> Thanks for chatting with me today.  Attached please find a grand jury subpoena.  I assume you are still willing to accept service of subpoenas on behalf of Theranos.  Please let me know if that is incorrect.
>
> Regards,
> Jeff
> <6-4-18TheranosIncSub.pdf>
==================================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged,

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000002108