# Exhibit 93

## RE: Theranos -- Summary of 5/17/18 Call with the DOJ

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓ @wilmerhale.com>
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓ @wilmerhale.com>, David Taylor
<dtaylor@theranos.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓ @wilmerhale.com>, Xan White <xanwhite@theranos.com>
**Date:** Wed, 18 Jul 2018 02:34:17 +0000

REDACTED

**From:** ▓▓▓▓▓▓▓▓
**Sent:** Tuesday, July 17, 2018 7:25 PM
**To:** David Taylor <dtaylor@theranos.com>
**Cc:** ▓▓▓▓▓▓ @wilmerhale.com>; ▓▓▓▓▓▓▓▓▓▓
@wilmerhale.com>; Xan White <XanWhite@theranos.com>
**Subject:** Re: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

On Jul 17, 2018, at 10:00 PM, David Taylor <dtaylor@theranos.com> wrote:

REDACTED

On Jul 17, 2018, at 5:38 PM, ▓▓▓▓▓▓▓▓▓▓ @wilmerhale.com> wrote:

REDACTED

**From:** David Taylor <dtaylor@theranos.com>
**Sent:** Tuesday, July 17, 2018 5:37 PM
**To:** ▓▓▓▓▓▓▓▓ @wilmerhale.com>; ▓▓▓▓▓▓▓▓
@wilmerhale.com>
**Cc:** ▓▓▓▓▓▓▓▓▓▓ @wilmerhale.com>; Xan White
<XanWhite@theranos.com>
**Subject:** RE: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

**From:** ▓▓▓▓▓▓ [mailto:▓▓▓▓▓ @wilmerhale.com]
**Sent:** Tuesday, July 17, 2018 3:58 PM
**To:** David Taylor <dtaylor@theranos.com>; ▓▓▓▓▓▓▓▓
<▓▓▓▓▓▓▓▓ @wilmerhale.com>

TheranosABC00042459

**Cc:** ███████████████████ @wilmerhale.com>; Xan White
<XanWhite@theranos.com>
**Subject:** RE: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

**From:** David Taylor <dtaylor@theranos.com>
**Sent:** Tuesday, July 17, 2018 1:56 PM
**To:** ████████████████ @wilmerhale.com>; ████████
████████ @wilmerhale.com>
**Cc:** ████████████████ @wilmerhale.com>; Xan White
<XanWhite@theranos.com>
**Subject:** RE: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

**From:** ████████████ [mailto:████████ @wilmerhale.com]
**Sent:** Tuesday, July 17, 2018 1:48 PM
**To:** ████████████ @wilmerhale.com>
**Cc:** David Taylor <dtaylor@theranos.com>;████████
<████████████ @wilmerhale.com>; Xan White <XanWhite@theranos.com>
**Subject:** Re: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

On Jul 17, 2018, at 1:42 PM, ████████████ @wilmerhale.com> wrote:

REDACTED

**From:** David Taylor <dtaylor@theranos.com>
**Sent:** Wednesday, May 23, 2018 11:23 AM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉@wilmerhale.com>
**Cc:** ▉▉▉▉▉▉▉▉@wilmerhale.com>; ▉▉▉▉▉▉▉▉▉
<▉▉▉▉▉▉▉▉▉@wilmerhale.com>
**Subject:** RE: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

**From:** ▉▉▉▉▉▉ [mailto:▉▉▉▉▉@wilmerhale.com]
**Sent:** Tuesday, May 22, 2018 6:37 PM
**To:** David Taylor <dtaylor@theranos.com>
**Cc:** ▉▉▉▉▉▉▉▉▉@wilmerhale.com>
**Subject:** FW: Theranos -- Summary of 5/17/18 Call with the DOJ

REDACTED

REDACTED

**From:** ▮▮▮▮▮▮▮▮
**Sent:** Thursday, May 17, 2018 8:05 PM
**To:** David Taylor (dtaylor@theranos.com) <dtaylor@theranos.com>; ▮▮▮▮▮▮
▮▮▮▮▮▮▮@wilmerhale.com>;
▮▮▮▮▮▮▮@wilmerhale.com>;
▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮▮@wilmerhale.com>
**Cc:** ▮▮▮▮▮▮▮@wilmerhale.com>; ▮▮▮▮▮▮
▮▮▮▮▮▮▮@wilmerhale.com>
**Subject:** Theranos -- Summary of 5/17/18 Call with the DOJ

**Privileged and Confidential**
**Attorney-Client Communication**

Hi All,

This afternoon, ▮▮▮▮▮▮ and I spoke with Jeff Schenk and John Bostic. The call
lasted approximately 45 minutes. Broadly, we covered the following three topics: REDACT
REDACTED
REDACTED                                (2) production of additional items requested
in the DOJ's April 20th subpoena (lab data, exemplar devices, and media buys); and REDA
REDACTED
REDACTED                  We are scheduled to speak with Jeff and John next
Wednesday (May 23rd) at 2:00 p.m. PST.

REDACTED

REDACTED

- <u>Theranos Lab Data</u>:  Jeff and John previewed that they were interested in getting data on how exactly specific test results were generated, *i.e.* in any data from LIS that showed how a given test was performed.  We promised to explore what we could give them in this regard, and circle back with a proposal for getting this data to them.

REDACTED

TheranosABC00042463

REDACTED

TheranosABC00042464

d. Jeff and John also previewed that they were interested in getting data on how each test or assay was performed. They explained that they understood they have the "outward facing stuff," in the form of the test reports that were sent to patients, but were also interested in data on the machines that ran the tests in question, for example, "this test on this day was performed using this device and this chemistry." They raised the idea of providing them with a "soft copy" of the LIS system, if that would be possible. We promised to see what would be possible on our end and circle back.

REDACTED



**WilmerHale**

@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately —by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

=====================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have

TheranosABC00042465

received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

====================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

====================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

====================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage

TheranosABC00042466

caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

Confidential

TheranosABC00042467