# Exhibit 96

## RE: Theranos GJ subpoena response

| | |
|---|---|
| From: | @wilmerhale.com> |
| To: | "Bostic, John (USACAN)" <jbostic@usa.doj.gov>, "Schenk, Jeffrey (USACAN)" <jschenk@usa.doj.gov> |
| Cc: | @wilmerhale.com>, @wilmerhale.com>, @wilmerhale.com>, @wilmerhale.com>, @wilmerhale.com> |
| Date: | Mon, 06 Aug 2018 20:18:09 -0700 |

Hi John and Jeff,

We are prepared to turn over the devices listed below. As we've discussed previously, these are the devices for which Theranos has more than one copy. I also included packaging dimensions and item weights so you can coordinate appropriate sized vehicle and resources for loading. There will be total of six (6) packages for pickup.

Please let us know when the agent or agents will be available to pick up the devices. We have a preference for 2pm on Wednesday, August 8th, but if that time does not work on your end we can find another time that works.

**Testing Devices**
- Edison 3.5 (only THE-manufactured device used in clinical lab) -> *Edison35_40-01006_06AUG2018.jpg* (14"-W x 20"-L x 20"-H, Weight ~40lbs)
- miniLab Tower -> *miniLab-Tower_40-01000_06AUG2018.jpg* (Pallet 28"-W x 67"-L x 28"-H, Weight ~300lbs)
- miniLab 4.1-Full -> *CASE_T41-C010_miniLab41-FULL_40-01016_06AUG2018.jpg* (Case 28"-W x 32"-L x 26"-H, Weight ~130lbs)
- miniLab 4.1-Lite (version used for UCSF study) -> *CASE_T41-C033_miniLab41-LITE_40-01019_06AUG2018.jpg* (Case 28"-W x 32"-L x 26"-H, Weight ~110lbs)
- miniLab 4.1-TC V2 (current version, used in R&D for Zika) -> CASE_T41-C023_miniLab41-TCv2_40-01024_06AUG2018.*jpg* (Case 28"-W x 32"-L x 26"-H, Weight ~120lbs)

**Collection Devices & Cartridges -> *Packed_TSCD&Cartridges_06AUG2018.jpg* (small box, content pictures included for reference as described below)**
- TSCD-2 (LiHep) -> *TSCD2_50-00120_LiHEP_06AUG2018.jpg*
- TSCD-2 (EDTA) -> *TSCD2_50-00121_EDTA_06AUG2018.jpg*
- Zika, fully assembled, with reagents (recent R&D use) -> *Cartridge_60-00186_06AUG2018.jpg*
- Training cartridges, fully assembled -> *Cartridge_60-00187_06AUG2018.jpg*

At this time, Theranos will not be providing the devices listed below because it only possesses one copy of each. You will note the addition of two cartridges to this list.

- Theranos Bench Prototype
- Theranos Monolab
- Theranos Minilab 4.1-TC
- HSV-2 IgG Assay Cartridge
- Custom Potassium Cartridge

Please let me know if you would like to discuss or if there is a particular agent or agents with whom we should be coordinating.

Hope you have a good night,

---

From:
Sent: Monday, July 30, 2018 7:18 PM
To: Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>
Cc: @wilmerhale.com>; @wilmerhale.com>; @wilmerhale.com>; @wilmerhale.com>; @wilmerhale.com>
Subject: RE: Theranos GJ subpoena response

Hello John,

Thank you for speaking with us, we very much appreciate your time. Pursuant to our conversation last week, we wanted to circle back on the open items discussed on our call and in your email below.

**Production of Devices**

At this time, Theranos would appreciate postponing the requests for certain devices identified below. Currently, only a single copy of each of these device versions exists, and the Company hopes to retain these unique devices so that it can demonstrate the evolution of its technologies to potential buyers or other potential partners.

- Theranos Bench Prototype
- Theranos Monolab
- Theranos Minilab 4.1-TC

Additionally, it appears that two miniLab 4.1 devices were incorrectly identified as the previous miniLab 4S versions. As such, the Company will not be able to provide a version of the miniLab 4S, as most of these devices were disassembled and reused to build the miniLab 4.1 in 2015 and early 2016. The Company is working to prepare its devices for transport and is happy to have these devices ready for pickup before August 8th (if possible, we believe scheduling a pickup for Monday, August 6th would work well on our end). As we have discussed, we would appreciate it if this pickup could be handled with discretion. We will provide you with a list of the devices we will have ready for pickup, and are of course happy to work with you and/or the FBI to arrange for the pickup of these devices. Please don't hesitate to let us know if you have any other questions on this front.

**Remaining Documents & Privilege Filter Issues**

We are continuing to discuss this issue with our client and hope to get back to you shortly. We will circle back by August 8th to let you know our preferred option(s) on this front and to discuss next steps.

**LIS Database + Software**

We are working with the Company to prepare the LIS database for production. We have also been in touch regarding your request for additional information on any proprietary software necessary to query the LIS database, and are working with the Company to better understand this issue. Thus far, we have determined that the following software/operating system(s) will be necessary to restore and query the database:

- Microsoft SQL Server Enterprise License on Windows Server 2012R2
- SQL Server Management Studio 2014 Management Studio or any other standard software to query SQL Server database

Because the above software/operating system(s) are technically the property of third parties, we feel it is appropriate for you to obtain access via the relevant third parties. We are of course happy to work with you and provide any other information to assist you in this regard.

Thank you again for your time, and please don't hesitate to let us know if you have any questions or would like to discuss any of the above. We will of course circle back on these open items per your email below.

Best,



WilmerHale

@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Wednesday, July 25, 2018 12:29 PM
**To:** ███ @wilmerhale.com>; ███ @wilmerhale.com>; ███ @wilmerhale.com>; ███ @wilmerhale.com>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Subject:** Theranos GJ subpoena response

Wilmer team,

Thanks again for taking the time to speak to me the other day. I wanted to follow up on the topics we discussed to make sure we're on track to wrap everything up in the next couple weeks. In particular, I thought it would be helpful to set some compliance deadlines as laid out below.

**Production of Devices**

Thanks for providing the description of the devices in Theranos's possession. If you'd like us to consider postponing our request for a given model on the grounds that the company only has one copy and needs access to it in the short term, please identify which models that applies to and briefly explain the need for the company to retain possession. Please provide this information by Monday, July 30. As to any unique devices we don't get in this round, the government would expect Theranos to maintain them in the company's possession without altering them or relinquishing custody to any other parties. Speaking of which, I've looked into your question regarding the anticipated request from Holmes and Balwani for those same devices. I've found no support for the proposition that a party is excused from complying with a grand jury subpoena on the basis of a competing request from a defendant—especially where the grand jury subpoena was served first and the Rule 17 subpoena has not been issued. It's routine, of course, for the government to take possession of unique evidence items relevant to a criminal prosecution. Defendants have a right to inspect such evidence seized by the government, but they don't have the power to deprive the government of that evidence by making competing requests. Please let me know if you have any authority to the contrary. Based on our understanding of the law, we don't think it would be appropriate for Theranos to delay production to the government based on a conversation it had with defense counsel.

The deadline for compliance with the request for devices is August 8, 2018. Please deliver the requested devices to the FBI or have them ready for pickup by that date. As a reminder, that subpoena request also included samples of other proprietary devices including the sample collection device and nanotainer.

**Remaining Documents & Privilege Filter Issues**

On the topic of 2016-2017 docs, we've received one production and understand you are preparing an additional production. The additional production will include, among other things, communications with non-lawyer third parties that were withheld based on your initial privilege filter. Please also include in that production any non-privileged documents to, from, or mentioning Heather King. Given her expansive role at the company and her involvement in relevant events, we can't accept a production that simply excludes anything with her name on it. We are fine, however, with Theranos keeping Scott Marmer's name on the privilege filter, based on your representations that his role was mainly limited to contracts and IP and the fact that any communications between him and non-lawyers outside of Theranos will be captured and produced as discussed above.

The deadline for compliance with this document request is August 20, 2018. Please let us know by August 8 if Theranos won't comply so that we can determine next steps.

**LIS Database + Software**

I understand from our conversation that you've received the LIS database from Theranos and are preparing it for production to us next week. To comply with the subpoena, please complete that production—including any software necessary to access and query the database—by August 10, 2018.

Please feel free to reach out by email or phone if you'd like to discuss any of the above.

Best,
John

JOHN C. BOSTIC
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.: (408) 535-5589 | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov

USAO-008870



USAO-008871





USAO-008873



USAO-008874



USAO-008875









USAO-008879

