# Exhibit 97

**From:**
**Sent:** Sunday, August 12, 2018 1:40 PM EDT
**To:**
**Subject:** RE: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

**From:**
**Sent:** Sunday, August 12, 2018 10:32 AM
**To:**
**Cc:**
**Subject:** Re: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

On Aug 12, 2018, at 9:49 AM, &lt;@wilmerhale.com&gt; wrote:

Redacted

On Aug 12, 2018, at 9:21 AM, &lt;@wilmerhale.com&gt; wrote:

Redacted

**From:**
**Sent:** Sunday, August 12, 2018 7:45 AM
**To:** &lt;@wilmerhale.com&gt;
**Cc:** &lt;@wilmerhale.com&gt;;
&lt;@wilmerhale.com&gt;;
&lt;@wilmerhale.com&gt;; &lt;@wilmerhale.com&gt;;
&lt;@wilmerhale.com&gt;
**Subject:** Re: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

On Aug 10, 2018, at 2:30 PM, &lt;@wilmerhale.com&gt; wrote:

Redacted

**From:**
**Sent:** Friday, August 10, 2018 11:24 AM

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000005242

To: ███████████ @wilmerhale.com>; ███████████
< ███████ @wilmerhale.com>
Cc: ███████████████ @wilmerhale.com>; ███████
< ██████ @wilmerhale.com>; ███████████ @wilmerhale.com>;
██████████ @wilmerhale.com>

**Subject:** RE: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

From: ██████████
Sent: Friday, August 10, 2018 9:50 AM
To: ███████████████████ @wilmerhale.com>
Cc: ███████████████ @wilmerhale.com>; ███████
< ██████ @wilmerhale.com>; ███████████ @wilmerhale.com>;
██████████ @wilmerhale.com>; ███████
< ██████ @wilmerhale.com>

**Subject:** Re: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

On Aug 10, 2018, at 8:42 AM, ████████████████ @wilmerhale.com> wrote:

Redacted

On Aug 10, 2018, at 8:31 AM, ████████████████ @wilmerhale.com> wrote:

Redacted

On Aug 10, 2018, at 11:30 AM, ████████████████ @wilmerhale.com> wrote:

Redacted

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000005243

Redacted

-----Original Message-----
From: @wilmerhale.com]
Received: Friday, 10 Aug 2018, 11:17AM
To: @wilmerhale.com]
CC: @wilmerhale.com]; @wilmerhale.com]; @wilmerhale.com]; @wilmerhale.com]; @wilmerhale.com]
Subject: Re: Theranos -- Summary of 8/9/18 Call with the DOJ

Redacted

On Aug 9, 2018, at 10:21 PM, @wilmerhale.com> wrote:

**Privileged and Confidential**
**Attorney-Client Communication**

Hello All,

This afternoon, and I spoke with John Bostic regarding the outstanding requests the DOJ has of the Company. The call lasted approximately 40 minutes. We covered the same three main topics as our previous call, namely: Redacted

Redacted (3) the production of the LIS database.

Redacted

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000005244



FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000005245



3. The production of the LIS database.

- We moved on to discuss the production of the LIS database. On this front, we indicated to Bostic that we were putting the database on a hard drive, but that we were worried about the Company's exposure in providing the government with such sensitive personalized health information. We asked if Bostic would consider including the LIS database in any warrant the government were to obtain.
- Bostic pushed back somewhat, noting that he felt that, because a grand jury subpoena compels production of the requested materials, the existing grand jury subpoena provides the Company with all the "coverage" it needs. Bostic further noted the HIPAA exception for information requested via a grand jury subpoena (located at 45 C.F.R. § 164.512(f)(1)(ii)(B)). However, Bostic indicated that if we "end up [going] the search warrant" route, he would consider seeking a warrant for LIS, as well.
- Finally, Bostic again asked about the software necessary to access LIS. Bostic acknowledged the information we had provided about the commercially-available software necessary to access/query LIS, and indicated that he would look into the issue of whether compliance with a grand jury subpoena

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000005246

would excuse us from violating the terms of a software license. Bostic again inquired whether there was any proprietary Theranos software necessary to access/query the database. We indicated that we were not aware of any, but that we would look into this.

At the close of the call, Bostic appeared eager to discuss these issues further next week. When we proposed a call next Friday, Bostic indicated he was not comfortable waiting that long. As such, we have tentatively scheduled a call for next Tuesday (August 14th).

Best,



WilmerHale

@wilmerhale.com

Please consider the environment before printing this email.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.