# Exhibit 98

| | |
|---|---|
| From: | Scussel, Mario C. (SF) (FBI) |
| Sent: | Monday, August 13, 2018 8:47 PM EDT |
| To: | John McChesney; |
| CC: | Bostic, John (USACAN); Hernandez, Adelaida (SF) (FBI); ▮ Tim Cooper; Purves, Cameron W. (SF) (FBI) |
| Subject: | RE: Pickup of devices from Theranos |

Thanks John, we will give you a call when we arrive tomorrow.

Thanks,
Mario

---

**From:** John McChesney [mailto:jmcchesney@theranos.com]
**Sent:** Monday, August 13, 2018 5:00 PM
**To:** ▮
**Cc:** Scussel, Mario C. (SF) (FBI) ; Bostic, John (USACAN) ; Hernandez, Adelaida (SF) (FBI) ; ▮ ; ▮ ; Tim Cooper ; Purves, Cameron W. (SF) (FBI)
**Subject:** Re: Pickup of devices from Theranos

Hi Mario,

You can pick the devices up from our warehouse in back of 7333 Gateway Blvd Newark, CA. Please call me at ▮ upon arrival tomorrow and I will let you in the gate and direct you to the correct location

John

Sent from my iPhone

On Aug 13, 2018, at 4:34 PM, ▮ @wilmerhale.com> wrote:

> Thanks, Mario. John McChesney from Theranos and ▮ from Wilmer will be onsite. John, can you let Mario and ▮ know where they should go tomorrow?
>
> ▮
>
> **From:** Scussel, Mario C. (SF) (FBI) <mcscussel@fbi.gov>
> **Sent:** Monday, August 13, 2018 4:34 PM
> **To:** ▮ @wilmerhale.com>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
> **Cc:** Hernandez, Adelaida (SF) (FBI) <ahernandez3@fbi.gov>; ▮ <▮ @wilmerhale.com>; ▮ @wilmerhale.com>; ▮ <▮ @wilmerhale.com>; Tim Cooper <tcooper@theranos.com>; John McChesney <jmcchesney@theranos.com>; Purves, Cameron W. (SF) (FBI) <cwpurves@fbi.gov>
> **Subject:** RE: Pickup of devices from Theranos
>
> Hi ▮

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000000552

I just finally heard back and the truck is available for our use tomorrow. Since you have mentioned 1:30 PM before as a pick-up time, we could do that.

Please just let us know where to go to pick-up these items, and who we should be meeting there. I've included my cell phone below.

Thanks,
Mario
(415)328-8267

**From:** ▮▮▮▮ [mailto:▮▮▮▮@wilmerhale.com]
**Sent:** Monday, August 13, 2018 1:02 PM
**To:** Scussel, Mario C. (SF) (FBI) <mcscussel@fbi.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Hernandez, Adelaida (SF) (FBI) <ahernandez3@fbi.gov>; ▮▮▮▮
<▮▮▮▮@wilmerhale.com>; ▮▮▮▮ <▮▮▮▮@wilmerhale.com>; ▮▮▮▮
<▮▮▮▮@wilmerhale.com>; Tim Cooper <tcooper@theranos.com>; John McChesney <jmcchesney@theranos.com>
**Subject:** RE: Pickup of devices from Theranos

Hi Mario,

Just following up on this – John McChesney is available tomorrow to facilitate a device pickup. Does tomorrow still work on your end? If so, would you mind sending along a time and any other general logistics?



**From:** ▮▮▮▮
**Sent:** Friday, August 10, 2018 4:53 PM
**To:** 'Scussel, Mario C. (SF) (FBI)' <mcscussel@fbi.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Hernandez, Adelaida (SF) (FBI) <ahernandez3@fbi.gov>; ▮▮▮▮
<▮▮▮▮@wilmerhale.com>; ▮▮▮▮ <▮▮▮▮@wilmerhale.com>; ▮▮▮▮
<▮▮▮▮@wilmerhale.com>; Tim Cooper <tcooper@theranos.com>; John McChesney <jmcchesney@theranos.com>
**Subject:** RE: Pickup of devices from Theranos

Hi Mario,

I believe Tuesday should work, although Tim or John should weigh in to confirm (and unfortunately I think they are out without internet access until Monday).

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000000553

**From:** Scussel, Mario C. (SF) (FBI) <mcscussel@fbi.gov>
**Sent:** Friday, August 10, 2018 12:51 PM
**To:** ▇▇▇▇@wilmerhale.com>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Hernandez, Adelaida (SF) (FBI) <ahernandez3@fbi.gov>; ▇▇▇▇
<▇▇▇▇@wilmerhale.com>; ▇▇▇▇ @wilmerhale.com>;
<▇▇▇▇@wilmerhale.com>; Tim Cooper <tcooper@theranos.com>; John McChesney
<jmcchesney@theranos.com>
**Subject:** RE: Pickup of devices from Theranos

Hi ▇▇▇

Unfortunately the truck we would need to use has now been scheduled for other use that day.

It is my understanding it is currently available the rest of the week. Would Tuesday work?

Thanks,
Mario

---

**From:** ▇▇▇▇ [mailto:▇▇▇▇@wilmerhale.com]
**Sent:** Friday, August 10, 2018 11:44 AM
**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Scussel, Mario C. (SF) (FBI) <mcscussel@fbi.gov>; Hernandez, Adelaida (SF) (FBI)
<ahernandez3@fbi.gov>; ▇▇▇▇@wilmerhale.com>; ▇▇▇▇
<▇▇▇▇@wilmerhale.com>; ▇▇▇▇@wilmerhale.com>; Tim Cooper
<tcooper@theranos.com>; John McChesney <jmcchesney@theranos.com>
**Subject:** RE: Pickup of devices from Theranos

Thanks so much, John.

Hi Mario and Adelaida,

I am copying in John McChesney and Tim Cooper from Theranos and ▇▇▇ and ▇▇▇ from WilmerHale. We have a preference for 1:30pm on Monday if that timing works on your end. If it does not, we can work to find a time that does.

▇▇▇

---

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Friday, August 10, 2018 10:09 AM
**To:** ▇▇▇▇@wilmerhale.com>; ▇▇▇▇@wilmerhale.com>
**Cc:** Scussel, Mario C. (SF) (FBI) <mcscussel@fbi.gov>; Hernandez, Adelaida (SF) (FBI)
<ahernandez3@fbi.gov>
**Subject:** Pickup of devices from Theranos

Hi ▇▇▇▇

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000000554

CC'd here are the FBI agents who will coordinate the pickup of the subpoenaed devices. Can you respond to them and let them know what times are available in the first half of next week and whether there's a different contact they should reach out to?

Thanks again for the assistance with this.

Best,
John

JOHN C. BOSTIC
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.: (408) 535-5589 | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov

======================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com