# Exhibit 99

WILMERHALE

August 27, 2018

**FOIA CONFIDENTIAL TREATMENT REQUESTED**
**PURSUANT TO 17 C.F.R. § 200.83 AND 5 U.S.C. § 552**

<u>BY COURIER</u>

Special Agent Mario C. Scussel
Federal Bureau of Investigation
450 Golden Gate Ave, 13th Floor
San Francisco, CA 94102
Email: mcscussel@fbi.gov

Re: Grand Jury Subpoena Investigation #2016R00024

Dear Mr. Scussel:

We write on behalf of Theranos, Inc. ("Theranos" or the "Company") in response to the grand jury subpoena *duces tecum* dated June 4, 2018 (the "Subpoena"). In response to Requests A and B of the Subpoena, we are producing today a copy of Theranos' LIS database. As discussed, this material contains Confidential Protected Health Information (PHI) as defined by the Health Insurance Portability and Accountability Act (HIPAA). 45 C.F.R. § 160.103. The Company produces this information pursuant to 45 C.F.R. § 164.512(f)(1)(ii)(B), which provides that PHI may be disclosed in compliance with and as limited by the relevant requirements of a grand jury subpoena.

We are producing this file in native format on an encrypted hard drive, and we will provide the password for that drive by email.

\*   \*   \*   \*

These materials are confidential and contain competitively sensitive information. Accordingly, we request confidential treatment of this letter and the enclosed materials and any information contained therein pursuant to 5 U.S.C. § 552 and 17 C.F.R. § 200.83 ("Confidential Material"). The materials are exempt from public disclosure under one or more provisions of FOIA and have been appropriately marked to reflect this status. *See, e.g.*, 5 U.S.C. § 552(b)(3) (protecting matters specifically exempted from disclosure by statute); § 552(b)(4) (protecting trade secrets and confidential and privileged financial and commercial information); § 552(b)(7) (protecting certain records or information compiled for law enforcement purposes); § 552(b)(8) (protecting certain records or information prepared for the use of an agency responsible for regulating or supervising financial institutions). Moreover, disclosure of the materials may be prohibited under 18 U.S.C. § 1905, and further protections may be available under the Privacy Act of 1974, 5 U.S.C. § 552a.

Should any third person request the opportunity to inspect or copy the Confidential Material pursuant to FOIA or otherwise, we request on behalf of Theranos that the undersigned immediately

Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue NW, Washington, DC 20006
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Waltham    Washington

Theranos-DOJ TL000909  USAO-008988

be notified of such request and be furnished with a copy of all written materials pertaining to such request (including but not limited to the request and any agency determination with respect to such request). Theranos expects that it will be given an opportunity to object to such disclosure. And, should the Department be inclined to grant any such request, it is Theranos' expectation that, pursuant to the procedures required by 28 C.F.R. § 16.8, and Exec. Order 12,600, 52 Fed. Reg. 23,781 (1987), we will be given reasonable advance notice of any such decision to enable our client to pursue any remedy that may be available to it. In such event, we request that you telephone the undersigned rather than rely upon the United States mail for such notice.

The requests set forth in the preceding paragraphs also apply to any memoranda, notes, recordings, or other writings of any sort whatsoever which are made by, or at the request of, any employee of the Department (or any other government agency) and which (1) incorporate, include, or relate to any of the information contained in the Confidential Material; or (2) refer to any conference, meeting, telephone conversation, or interview between (a) our client's current or former employees, associates, representatives, agents, auditors, or counsel and (b) employees of the Department (or any other government agency).

Provision of the enclosed materials is not intended to and does not waive any applicable privilege or other legal basis under which information may not be subject to production. By the production of such documents, Theranos does not intend to and has not waived the attorney client privilege or any other protections.

This Confidential Material remains the property of Theranos. Accordingly, at the conclusion of this investigation, Theranos requests such material (and any copies thereof) be returned to the undersigned.

Please do not hesitate to call me if you have any questions about these matters.

Very truly yours,

[redacted]

Enclosure

cc (w/o enclosure): Robert S. Leach
Assistant U.S. Attorney
U.S. Department of Justice
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
Tel.: (415) 436-7534

Mario Scussel
August 27, 2018
Page 3

**WILMERHALE**

cc (w/o enclosure):   Jeff Schenk
Assistant U.S. Attorney
U.S. Department of Justice
150 Almaden Blvd.
San Jose, CA 95126
Tel.: (408) 535-5061