# Exhibit 100

## RE: Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.

**From:** oneill.stephen@dorsey.com
**To:** "Bostic, John (USACAN)" <jbostic@usa.doj.gov>, ███@wilmerhale.com, "Schenk, Jeffrey (USACAN)" <jschenk@usa.doj.gov>, "Leach, Robert (USACAN)" <rleach@usa.doj.gov>
**Cc:** marti.john@dorsey.com, hwang.thomas@dorsey.com, ███@wilmerhale.com, ███@wilmerhale.com
**Date:** Mon, 17 Sep 2018 12:44:20 -0700

10:00 am ( west coast ) on Friday works for us, do you want me to send out a conference line?

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Monday, September 17, 2018 11:22 AM
**To:** O'Neill, Stephen <oneill.stephen@dorsey.com>; ███@wilmerhale.com; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Cc:** Marti, John <marti.john@dorsey.com>; Hwang, Thomas <hwang.thomas@dorsey.com>; ███@wilmerhale.com; ███@wilmerhale.com
**Subject:** RE: Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.

Steve,

Thanks for contacting us. I agree it would be worthwhile to have a call this week to discuss the assignment. We have some availability Friday morning—could we speak at 9 or 10 that day? If not, let us know what times would work for you.

Best,
John

**From:** oneill.stephen@dorsey.com <oneill.stephen@dorsey.com>
**Sent:** Friday, September 14, 2018 4:08 PM
**To:** ███@wilmerhale.com; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Cc:** marti.john@dorsey.com; hwang.thomas@dorsey.com; ███@wilmerhale.com; ███@wilmerhale.com
**Subject:** RE: Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.

Thanks ███ for the introduction

John, Jeff and Bob – nice to meet you via email. The assignment went live on Wednesday and so we are trying to get up to speed. We wanted to set up a call at the end of next week so we can answer any questions you may have about the assignment, please let us know if that works with your respective schedules.

Steve

**From:** ███@wilmerhale.com>
**Sent:** Thursday, September 13, 2018 6:47 PM
**To:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Leach, Robert (USACAN) (Robert.Leach@usdoj.gov) <Robert.Leach@usdoj.gov>
**Cc:** O'Neill, Stephen <oneill.stephen@dorsey.com>; Marti, John <marti.john@dorsey.com>; Hwang, Thomas <hwang.thomas@dorsey.com>; ███@wilmerhale.com>; ███@wilmerhale.com>
**Subject:** Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.

Hi John, Jeff and Bob,

As discussed earlier this week, Theranos' assets have been assigned to Sherwood Partners, and the certificate of dissolution has been filed. Copied here are Steve O'Neill, Thomas Hwang, and John Marti of Dorsey, counsel to Sherwood Partners.

Case 5:18-cr-00258-EJD   Document 735-1   Filed 02/23/21   Page 3 of 3



WilmerHale

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.