# Exhibit 101



*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  *(510) 637-3680*
*Oakland, California 94612*  *Fax: (510) 637-3724*

July 23, 2020

*By Email*

Katie Trefz, Esq.
Lance Wade, Esq.
Kevin Downey, Esq.
Amy Saharia, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

  Re: *United States v. Holmes*, CR 18-258 EJD

Dear Counsel:

  I write in response to your July 7, 2020 letter.

  The government has completed its Rule 16 production.  If we receive additional documents responsive to Rule 16, we will produce them promptly.

  Tranche 9 includes documents gathered from local drives (e.g., "C drives"), network drives, and other drives of FDA custodians.  You can identify the custodians in the various subfolders.  We produced the documents as we have them; Rule 16 does not require otherwise.  We do not agree that we are required to process them on your behalf, but in any event, we are undertaking that.  We expect to have it ready for you by the end of this month.  Please return any hard drives you have so that we may load them for you.

  On August 2, 2019, the government disclosed to you at US-REPORTS-0010269 that Theranos produced a copy of what was purported to be the LIS database.  We also produced a copy of the production letter.  US-REPORTS-0010271.  With respect to your request for documents "describing the government's efforts, if any, to attempt to access the materials in the LIS database . . . and to locate other sources of the data that resided in that database," attached please find the June 4, 2018 subpoena for the information; a follow-up email with counsel to Theranos dated July 27, 2018; and two reports prepared by the FBI.  We have identified no additional reports prepared by the agents memorializing their efforts to access what was produced to the government.  We further advise you as follows:  After subpoenaing the LIS database from Theranos, government counsel corresponded with counsel representing the company and reiterated that the government required not just the database but also any software

1

needed to access and query it.  In late August 2018, Theranos produced a hard drive containing what purported to be a copy of the database, and provided a single alphanumeric encryption key.  Despite that key, the government was unable to access the data.  Shortly after receiving the hard drive, government counsel corresponded with Theranos counsel by telephone in an effort to gain access to the data.  During those calls, Theranos counsel confirmed that they were unaware of any additional information or software that would further facilitate government access to the data.  Following selection of an Assignee for Theranos, government counsel has had similar conversations with counsel for the Assignee concerning regaining access to the LIS database.  To date, Assignee counsel has confirmed that they do not have the LIS database in any other format and are unaware of any additional information that would facilitate access.

With one exception (Dr. Melissa Pessin, who was interviewed by the government on July 15, 2020), the government has no agent notes, SEC deposition transcripts, and/or interview memoranda with respect to the individuals listed in bullets in Section II.  We are producing the interview memorandum for Dr. Pessin today, along with the agent's notes.  We will produce any memoranda of witness interviews we subsequently conduct, along with any agent notes.  To the best of my knowledge, the SEC did not prepare an interview memorandum for its interview of Mr. Anekal (and as you know the government did not attend).  The SEC has made its notes of the interview available to you.

At this time, the government has no interview memoranda or agent notes with respect to Mr. Anderson, Mr. Cook, Mr. Gordon, Mr. Hamilton, or Ms. Ravitz.

The government has produced to you its agent notes of attorney proffers.  Attached is a spreadsheet of SEC notes of attorney proffers.  The notes are work product of the SEC.  They are available for review at the USAO.  In light of restrictions in effect because of COVID-19, we are willing to send you a hard-copy set if you agree to treat them under the same conditions as the SEC interview notes.  Please let me know.

We have no immunity agreements with witnesses.  We will produce all proffer agreements between the government and witnesses in this matter and any proffer agreements between the SEC and witnesses it has interviewed regarding Theranos.  We are producing today executed proffer agreements between the government and Jeff Blickman, Dan Edlin, Surekha Gangakhedkar, Christian Holmes, Suarj Saksena, and Daniel Young.  The government used the same form proffer agreement for Adam Rosendorff and will produce it in due course.  Callie Rosendin's proffer agreement was produced to you at US-REPORTS-0002371.

Very truly yours,

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/
_____

ROBERT S. LEACH
JEFFREY SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

cc    Jeff Coopersmith, Esq. (by email)