# Exhibit 103

# Re: Theranos - LIS database

**From:**     "Wei, Mike" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**To:**       Jarod Wada ▮▮▮▮▮▮▮▮▮▮▮
**Date:**     Wed, 07 Nov 2018 16:41:34 +0000

Hi Jarod,
We produced all of our reports through WilmerHale, with the exception of the list of customers and
potential payments that we transferred to Rust Consulting.
All the best,
Mike

**Mike Wei**

▮▮▮▮▮▮▮▮▮▮▮▮

On Nov 7, 2018, at 8:07 AM, Jarod Wada ▮▮▮▮▮▮▮▮▮▮ wrote:

> Mike,
>
> Did FTI do any reports on the LIS database results or other things that may be respondent to the
> Subpoena requests?
>
> WilmerHale turned over all of their files to us this week so what is the best way that FTI could
> do the same?
>
> Thanks a lot for your time and assistance, appreciate it.
>
> Regards,
> Jarod
>
>
> **Jarod J. Wada**
> SHERWOOD PARTNERS, INC.
> (o) ▮▮▮▮▮▮▮▮▮▮
> (e) ▮▮▮▮▮▮▮▮▮▮
>
> **From:** Wei, Mike ▮▮▮▮▮▮▮▮▮▮
> **Sent:** Wednesday, November 7, 2018 7:59 AM
> **To:** Jarod Wada ▮▮▮▮▮▮▮▮▮▮
> **Subject:** RE: Theranos - LIS database
>
> Hi Jarod,
>
> I tried to access the LIS database copy, but I had forgotten that we did all our work on Theranos'
> infrastructure. In other words, the company did make a copy of the LIS database for us, but they
> hosted the database in their environment. Interestingly, I tried logging in with my most recent
> password, and the VPN server still appears to be active (even though my password has expired).
> It suggests that the database servers *may* still be running, though I'm not sure if there is an IT
> person who can help with resetting our credentials.

TheranosABC00001770

With respect to the information sent to Rust Consulting, the attached spreadsheet contains the payment information that I sent to Rust. Please note that this version does not contain PII (*e.g.*, name, phone number, etc.), since I can't send information that over email. Not sure how much was actually paid out, though—you'd have to ask Rust about who filed claims and received payments.

All the best,
Mike

**Mike Wei**

███████████████████████

**From:** Jarod Wada [mailto ███████████████]
**Sent:** Monday, November 05, 2018 1:11 PM
**To:** Wei, Mike
**Subject:** RE: Theranos - LIS database

Mike,

Hope all is well.  Just wanted to check in to see if you have been able to make any progress on this.

Particularly, did FLC maintain an active working copy of the LIS database?

Also, do you have the emailed listing that was sent on to Rust Consulting?

Thank you.

Regards,
Jarod

**Jarod J. Wada**
SHERWOOD PARTNERS, INC.
(o) ███████████████
(e) ███████████████

**From:** Jarod Wada
**Sent:** Wednesday, October 31, 2018 9:56 AM
**To:** ███████████████████████████
**Cc:** 'hwang.thomas@dorsey.com' <hwang.thomas@dorsey.com>
**Subject:** Theranos - LIS database

Mike,

Hope all is well and thank you for taking the time to speak with me earlier today.  I have copied Tom Hwang from Dorsey on this message.

Attached you will find the information request list that we received from the Plaintiffs in the AZ litigation. Based upon our conversation, I believe that FLC has the information, at least in part, for the following:

- #1 – you are going to check to see if the LIS database is still active and being hosted by FLC
- #2, #3, #4, and #5 – In particular, responsive to #4 and #5, the list that FLC sent to Rust (claims processor for the AZ AG consent decree) would be very important for us to have turned over.

Could you please review back into your files and see what FLC has that can be turned over? Let me know if you have any questions.

Regards,
Jarod



CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@shrwood.com or by telephone at (650) 454.8030, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.
IRS CIRCULAR 230 DISCLOSURE: To comply with requirements imposed by recently issued treasury regulations, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written by us, and cannot be used by you, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.



TheranosABC00001772