# Exhibit 104

## RE: Theranos

**From:** Michael Chung
**To:** Jarod Wada
**Date:** Sat, 12 Jan 2019 02:30:01 +0000

Hi Jarod,

From the storage facility and the colo, we were able to evacuate and secure all the equipment minus the disk drives, on the Cisco Capital Lease, as well as all 3 CenturyLink routers. The Cisco Capital Lease equipment is now moved and consolidated to the storage facility in a single rack, set aside and separate from everything else so whoever comes to pick it up can easily see it. We'll also be there to meet pickup carrier to make sure they pickup the correct items. The 3 CenturyLink routers are now in Neetek's possession at our SF offices, ready to ship back to CenturyLink.

Please note though, two things:

1. **No Disk Drives.** We searched the entire storage facility and removed every piece of equipment from every box, but could not find any disk drives or hard drives. We're guessing that they might have went to a different facility, perhaps like a records storage type of facility like Iron Mountain or Data Safe? Or, maybe their lawyer wanted them?

2. **Serial Number Mismatch on CenturyLink Routers.** Of the 3 CenturyLink Routers, 2 of them have different serial numbers than CenturyLink's records. However, model numbers match and the routers have Level 3 stickers on it, and there are no other routers in the storage facility, so we recommend just sending these back and maybe you want to forward them these details on the routers:

*Router 1 of 3: Serial Number Mismatch*
Service ID: 2005887184
Device: CISCO2921
Device Name: GM092579
Serial #: FJC2002A0FG
Install Location: 1701 PAGE MILL RD,FL 1,RM ServerPALO ALTO,CA,943046508685630



*Router 2 of 3: Serial Number Mismatch*
Service ID: 2005887190
Device: CISCO2921
Device Name: GM092580
Serial #: FJC1945A311
Install Location:7333 Gateway Blvd,FL Ground,RM ServerNewark,CA,94560-11496508685630

TheranosABC00000269



### Router 3 of 3: Serial Number OK
FRO: 2006204855
Device: Cisco 4451 Router
Device Name: GM108027
Serial# FJC2034D0Q9
Location#  1380 Kiefer RD,FL 1,RM 101,BLDG 1Sunnyvale,CA,94086650) 856-5630



Have a great weekend and let's discuss Monday, thanks!

Michael

TheranosABC00000270

Michael Chung
Neetek Systems Integration, Inc.
1700 Montgomery Street, Suite 209, San Francisco, CA 94111
P ▬▬▬  M ▬▬▬  E ▬▬▬
www.neetek.com

neetek
systems integration, inc.

**From:** Michael Chung
**Sent:** Thursday, January 10, 2019 3:56 PM
**To:** Jarod Wada
**Subject:** RE: Theranos

Hi Jarod,

Excellent timing, we have 2 techs heading back from the storage facility today their final visit. Will send update tonight or tomorrow at the latest, thanks!

Michael

**From:** Jarod Wada
**Sent:** Thursday, January 10, 2019 7:53 AM
**To:** Michael Chung
**Subject:** Theranos

Michael,

Hope all is well. Can I get a status update on the equipment retrieval?
1. The return of the pieces of equipment to CenturyLink?
2. The gathering of Cisco equipment for a lease return?

Thank you.

Regards,
Jarod

**Jarod Wada**

▬▬▬ Direct/eFax
▬▬▬ Mobile
www.shrwood.com

Silicon Valley | Los Angeles | New York

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it

to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@shrwood.com or by telephone at (650) 454.8030, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

TheranosABC00000272