# Exhibit 105

## Michael Chung

**From:** Michael Chung
**Sent:** Tuesday, January 7, 2020 12:12 PM
**To:** Jarod Wada
**Cc:** Eric Caddenhead
**Subject:** RE: Theranos - physical servers

Hi Jarod,

Eric and I discussed last week. Neetek is more than happy to have a new direct relationship with Irell/Fortress and assist with this matter. We'll definitely need some assistance from Eric who is also willing to assist as well. Please note that Eric would prefer to work in the background and limit his scope and role to be assisting Neetek, as opposed to having direct involvement with Irell, Fortress, etc. That said, Neetek and Eric have worked well together in the past so this should work fine.

Before proceeding though, we must advise that the infrastructure at the data center might not be in a sufficiently healthy state to allow Irell to do the things they need to do. As you know the hardware is old and well past its usable life, not to mention the fact that the systems have been in an unkept state for years before Neetek first engaged on this project, and also Neetek has not been monitoring these systems or even logged into any of these systems for almost a year at this point. Furthermore, last year when we last looked at the systems, the system was in a significantly degraded state where we couldn't even login to the system at all. As you know, we spent a minimum amount of time correcting this issue, such that we could actually login to the system, but we couldn't do anything else in the system and as you know a decision was made to not repair the systems any further. That said, just to reiterate we're not even sure at this point, since so much time has passed since we did those repairs to just be able to login to the system, that we'll be able to login to the system at all, and we're not sure whether they are repairable at all at this point.

Still, we completely understand that we need to at least try this. So, if you could connect me to the right person at Irell/Fortress to engage a Neetek quote and contract let's do that. Thanks.

Michael

Michael Chung

http://www.neetek.com


neetek
systems integration, inc.

---

**From:** Jarod Wada
**Sent:** Monday, January 6, 2020 2:25 PM
**To:** Eric Caddenhead                              Michael Chung
**Subject:** RE: Theranos - physical servers

Eric and Michael,

Please let me know what came of your discussion and how we can work through this issue with Irell. Thank you.

---

**From:** Eric Caddenhead
**Sent:** Sunday, December 29, 2019 4:54 PM
**To:** Jarod Wada                                    Michael Chung
**Subject:** Re: Theranos - physical servers

Michael, let's chat tomorrow about the following? When are you available? I'm open all day.

---

**From:** Jarod Wada
**Sent:** Sunday, December 29, 2019 3:46 PM
**To:** Eric Caddenhead; Michael Chung
**Subject:** Theranos - physical servers

Eric and Michael,

Hope all is well. First off, Happy Holidays to you both. I am reaching out to you because things are coming to a head with the physical servers. Irell is the law firm representing the secured creditor (Fortress) – you have both been on calls with them both. They would like to hire one of you (or both) directly to work with them to do a few things:

1. "Get to the console and re-extract the encryption key for the RMS". According to Thomas, he knows how to extract the key if he can get to the "right spot".
2. Speak to someone about what are the odds that the system could be restarted if necessary once it is removed from the colo (and likely put into storage).

Thomas believes that the first step would be that he flies into the Bay Area to have an in-person working session and perhaps, as needed, visit the colo itself.

Please let me know what are your thoughts on the above. As I mentioned, Irell would be willing to pay compensation – the terms could be negotiated directly with them if you are willing to allow them to contact you directly.

Thank you again for your continued efforts in assisting us through this process.

Regards,
Jarod

**Jarod Wada**
                          Direct/eFax
Mobile
www.sherwoodpartners.com

Silicon Valley | Los Angeles | New York

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@shrwood.com or by telephone at (650) 454.8030, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**Jarod Wada**

▉ Direct/eFax
Mobile
www.sherwoodpartners.com

Silicon Valley | Los Angeles | New York

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at info@shrwood.com or by telephone at (650) 454.8030, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.