# Exhibit 107

| | |
|---|---|
| **From:** | Trefz, Katherine |
| **Sent:** | Wednesday, March 11, 2020 10:01 PM |
| **To:** | Holmes Team |
| **Subject:** | FW: U.S. v. Holmes & Balwani - Notice Under FRE404(b) |

**Katie Trefz**
**Williams & Connolly LLP**
725 Twelfth St., NW Washington, DC 20005
(P) 202-434-5038 | (F) 202-434-5029
ktrefz@wc.com | www.wc.com/ktrefz

**From:** Wade, Lance <LWade@wc.com>
**Sent:** Wednesday, March 11, 2020 9:48 PM
**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Downey, Kevin <KDowney@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F.' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; Saharia, Amy <ASaharia@wc.com>
**Cc:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** RE: U.S. v. Holmes & Balwani - Notice Under FRE404(b)

John:

To be sure, the government investigated many things over a period of four years (though, not nearly everything laid out in your 22-item notice). But the grand jury returned an indictment that covers a small fraction of that investigative material — yet now, you improperly seek to drag evidence and unsubstantiated allegations far beyond the charged conduct into this case, only a few months before trial. If it is your view that those 22 items did not "increase[] the size or complexity of the case," suffice it to say that we can agree to disagree.

With respect to the inquiry in your second paragraph below, the relief we seek is a status conference. At that conference we intend to raise with the Court case management and scheduling concerns raised by the extraordinary breadth of your notice. We believe this is an appropriate matter to raise via an administrative motion. Please advise of your position on our request for a status conference on the timeline previously requested.

With respect to the deficiencies of your notice and its failure to comply with the local rule, your position is noted. We will raise those deficiencies with the Court in a separate motion.

Thanks.

—Lance

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Date:** Wednesday, Mar 11, 2020, 7:42 PM
**To:** Wade, Lance <LWade@wc.com>, Downey, Kevin <KDowney@wc.com>, Trefz, Katherine <KTrefz@wc.com>, 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>, 'Cazares, Stephen' <scazares@orrick.com>, 'Brown, Walter F.' <wbrown@orrick.com>, 'Luskey, Randy' <rluskey@orrick.com>, Saharia, Amy <ASaharia@wc.com>

**Cc:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>, Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>, Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>, Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** RE: U.S. v. Holmes & Balwani - Notice Under FRE404(b)

Lance,

We're surprised at the claim that the scope of the 404(b) notice has caught the defense off-guard, and we disagree that the notice increases the size or complexity of the case.  If the defense has been reviewing the reports summarizing our interviews of witnesses, you've been on notice for some time that the topics discussed in the notice have always been part of the government's investigation.  Indeed, many of the facts in the notice are inextricably intertwined with the core offense conduct.  As to compliance with Rule 404 and the local rules, we believe the government's notice is sufficiently detailed to put the defense on notice of the relevant topics as well as the general nature of the supporting evidence in a way that enables the Court to rule on admissibility if necessary.

You asked for the government's thoughts on scheduling a status conference on this topic.  So that we can take an informed position, please explain what relief the defense would be requesting from the Court and why that request could not be raised in a noticed motion.

Regards,
John

---

**From:** Wade, Lance <LWade@wc.com>
**Sent:** Wednesday, March 11, 2020 1:38 PM
**To:** Bostic, John (USACAN) <jbostic@usa.doj.gov>; Downey, Kevin <KDowney@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F.' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; Saharia, Amy <ASaharia@wc.com>
**Cc:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Nedrow, Jeff (USACAN) <JNedrow@usa.doj.gov>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>; Wade, Lance <LWade@wc.com>
**Subject:** RE: U.S. v. Holmes & Balwani - Notice Under FRE404(b)

Dear Counsel:

We write to express concern regarding your March 6, 2020 letter, which purports to provide notice of the government's intention to offer evidence pursuant to Rule 404(B).  The extraordinary scope of the letter – which increases the size and complexity of the case exponentially, and attempts to undo aspects of the Court's February 11, 2020 Order – presents profound concerns regarding the management and litigation of this case going forward.  Accordingly, we intend to raise the government's letter with the Court immediately, and seek a status conference to address these concerns.  Please advise by noon tomorrow whether you consent to a status conference on this issue.

In addition, your letter fails to comply with FRE 404(B) and Local Rule 16-1.  We will raise these issues in more detail in the future, should the Court require us to do so.  As a preliminary matter, however, we note that many of the allegations set forth in your letter are not "supported by documentary evidence or witness statements" that have been produced to the defense.  L.R. 16-1(3).  Please supplement your productions to date and include all of the evidence in your possession on the 22 specified items.  Please also identify the particular witness statements and evidence that you intend to offer for each of the 22 specified items.  That specificity is required so that there is "sufficient detail that the Court may rule on the admissibility of the proffered evidence."  Id.

Sincerely,

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com  |  www.wc.com/lwade

---

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Saturday, March 7, 2020 1:57 AM
**To:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Trefz, Katherine <KTrefz@wc.com>; 'Coopersmith, Jeffrey' <jcoopersmith@orrick.com>; 'Cazares, Stephen' <scazares@orrick.com>; 'Brown, Walter F.' <wbrown@orrick.com>; 'Luskey, Randy' <rluskey@orrick.com>; Saharia, Amy <ASaharia@wc.com>
**Cc:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Nedrow, Jeff (USACAN) <Jeff.Nedrow@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov>
**Subject:** U.S. v. Holmes & Balwani - Notice Under FRE404(b)

Counsel,

Please see the attached correspondence.

Regards,
John

JOHN C. BOSTIC
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.: (408) 535-5589 | Fax:  (408) 535-5066
Email:  john.bostic@usdoj.gov

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.