# Exhibit 108

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

LANCE WADE
(202) 434-5755
lwade@wc.com

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 13, 2020

Via Email

Mr. John C. Bostic, Esquire
Mr. Robert Leach, Esquire
Ms. Vanessa Baehr-Jones, Esquire
Mr. Jeffrey Schenk, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

    Re:    United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
                No. CR-18-00258-EJD (N.D. Cal.)

Dear Counsel:

        Following up on your March 6, 2020 letter regarding FRE 404(B), we make the following requests:

1. Several categories of information you noticed (nos. 6, 8, 10, 11 and 22) state that you will offer testimony of journalists, and evidence relating to interactions with journalists. The productions we have received to date indicate that the government has only interviewed one journalist – Roger Parloff. Please confirm that Mr. Parloff is the only journalist you intend to call at trial. If the government has interviewed or communicated with other journalists, please produce the 302s of, and communications with, those journalists promptly.

2. With respect to item #1 above, we also note that the government has only produced limited documents obtained from journalists or their employers ("journalist documents"). Please confirm that you have produced all of the journalist documents you have received. Please also provide copies of all communications you have had with journalists or their employers, including subpoenas issued to the journalists or their employers.

WILLIAMS & CONNOLLY LLP

Vanessa Baehr-Jones, Esq., *et al.*
March 13, 2020
Page 2

3. Several categories of information you noticed (nos. 6, 10, 13 and 22) state that you will offer testimony of attorneys, and evidence relating to interactions with attorneys. The productions we have received to date indicate that the government has only interviewed four attorneys – Brad Arrington, Lisa Barclay, Daniel Mosley, and David Boies. Please confirm that these are the only lawyers you intend to call at trial. If the government has interviewed or communicated with other attorneys, please produce the 302s of, and communications with, those attorneys promptly.

4. With respect to item #3 above, we also note that the government has only produced limited documents obtained directly from Theranos attorneys or their law firms ("attorney documents"). Please confirm that you have produced all of the attorney documents you have received. Please also provide copies of all communications you have had with attorneys or their law firms, including subpoenas issued to the attorneys or their firms.

5. With respect to item number 20 in your notice, to our knowledge we have not received any 302s of witnesses you have spoken to on this issue. Please confirm that we are not missing any 302s. Nor do we believe we have received any communications or other information regarding interactions between the government and "former Theranos employees [or] representatives of the Theranos assignee" on this issue. Please promptly produce all such communications or related documents.

      We anticipate numerous additional requests relating to your notice will be forthcoming, but given the amount of work that will be needed to address your voluminous notice, we chose to proceed immediately on these matters. We would appreciate your prompt response to these requests.

      Sincerely,

      Lance Wade