# Exhibit 109



*United States Attorney*
*Northern District of California*

*1301 Clay Street, Suite 340S*  *(510) 637-3680*
*Oakland, California 94612*  *Fax: (510) 637-3724*

March 19, 2020

*By Email*

Lance Wade, Esq.
Kevin Downey, Esq.
Katie Trefz, Esq.
Amy Saharia, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005

    Re:    *United States v. Holmes & Balwani*, CR 18-258 EJD

Dear Counsel,

    We received your March 13, 2020 letter.

    We have completed our production of any documents obtained to date from and communications with journalists.  We currently have no further memoranda of journalist interviews to produce.  We will disclose the witnesses we intend to call when we file our witness list.

    We have completed our production of any documents obtained to date from the attorneys listed in your letter.  We currently have no further memoranda of attorney interviews to produce.  We will disclose the witnesses we intend to call when we file our witness list.

    With respect to Item 5, we have completed our production of any documents obtained to date.  We currently have no further memoranda of interview to produce.

    We will produce to you any memoranda of interview we subsequently prepare in this matter.

Very truly yours,

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred
By 28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
JEFFREY SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

Cc    Jeffrey Coopersmith, Esq. (by email)
       Stephen Cazares, Esq. (by email)