# Exhibit 111

- 1 of 4 -

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  05/07/2020

ERIC CADDENHEAD (CADDENHEAD), telephone number ▮▮▮▮▮▮▮▮, email address ▮▮▮▮▮▮▮▮ was interviewed via telephone.  Also present for the interview were Assistant United States Attorney (AUSA) John Bostic and AUSA Vanessa Baehr-Jones.  Prior to the interview, AUSA Baehr-Jones advised CADDENHEAD it was illegal to lie to a Federal Officer (Title 18 U.S.C. 1001) and CADDENHEAD confirmed he understood.  After being advised of the identity of the interviewing parties and the nature of the interview, CADDENHEAD provided the following information:

CADDENHEAD has worked in Information Technology (IT) for approximately 30 years starting his first IT job at Komag in 1991.  Prior to Komag, CADDENHEAD worked as a Computer Technician.  Throughout his career CADDENHEAD has focused on the IT Infrastructure and Operations side of IT. CADDENHEAD started working at Theranos in May 2013 after he was contacted by a recruiter as Theranos needed someone to expand their corporate network. CADDENHEAD had been working at Fox Head Inc., but was let go when the company moved their headquarters from Milpitas, California to Irvine, California as he did not want to move.  CADDENHEAD had three job titles at Theranos, but essentially did the same job throughout his time at the company which included the buildout of data centers and their maintenance. CADDENHEAD's first job title at Theranos was IT Architect.  Then in March 2017 Theranos terminated CADDENHEAD when things were going badly for the company.  Theranos then received additional funding and re-hired CADDENHEAD as Principal Information Systems Engineer.  When he was re-hired, CADDENHEAD was responsible for the disassembly and liquidation of Theranos' corporate network.  Accordingly, when CADDENHEAD first started he was responsible for building up Theranos' network, then for network operations, and at the end he was responsible for taking it down.

CADDENHEAD was the infrastructure architect for the Laboratory information System (LIS) server.  The main server for LIS was off the shelf

Investigation on  04/16/2020  at  San Francisco, California, United States (Phone)

File #  318A-SF-7315857                                    Date drafted  04/17/2020

by  Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Eric Caddenhead , On 04/16/2020 , Page 2 of 4

IT server equipment manufactured by CISCO. ANTTI KORHONEN (KORHONEN), another Theranos employee, loaded the software on the server, but did not create the software. The software for LIS was created by a group of internal contractors from IncRev Corporation. The IncRev team was lead by SHEKAR CHANDRASEKARAN (CHANDRASEKARAN), and reported to SUNNY BALWANI (BALWANI). The software group was siloed from other Theranos employees.

CADDENHEAD was surprised when he learned the software team for LIS were contractors, because of the intense security at Theranos. When CADDENHEAD first started he could only use a particular entrance and could only access certain areas, until his supervisor complained that he could not do his job without getting access to the areas he needed to get access to.

KORHONEN started working at Theranos before CADDENHEAD and was the only one left in IT during the time between when CADDENHEAD was terminated then rehired by Theranos. KORHONEN said he could not do everything by himself which caused Theranos to rehire CADDENHEAD. CADDENHEAD provided KORHONEN's cell phone number which was ████████████.

The LIS was a completely separate network which was connected to the Internet, but encrypted by a software based encryption key. Access to LIS was very restricted and one would have to go to the data center in Newark, California where LIS was housed, in order to access it. Accordingly, CADDENHEAD did not think ELIZABETH HOLMES (HOLMES) or BALWANI would have access to LIS from their desktop. In order to access the data center one would need to get a key which was controlled by Theranos Security, then as one entered the data center a camera would take your picture as you entered. Other than the photograph taken of the user upon entry, there was not a sign-in sheet or any biometrics required to access the LIS data center. CADDENHEAD never accessed the LIS database so he did not know if the system required each user to have a log-in to access the system. KORHONEN had access to LIS.

CADDENHEAD never saw HOLMES or BALWANI in the LIS room. When CADDENHEAD spoke with HOLMES about the LIS she did not seem to even know where the room was. Accordingly CADDENHEAD doubts HOLMES would have ever accessed it herself. HOLMES probably would have gone through the software group in order to access the LIS as they were also responsible for maintenance of LIS.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Eric Caddenhead , On 04/16/2020 , Page 3 of 4

When CADDENHEAD left Theranos in June 2018, LIS was still up and
running. CADDENHEAD had been working on removing equipment from Theranos'
laboratories to include access posts and Personal Computers (PC's).
Theranos employees were given the opportunity to purchase their computers
when they left, but without the hard drive. The hard drives were kept for a
legal hold.

After CADDENHEAD left Theranos, they hired Neetek to move the LIS to a
data center in Sunnyvale, California. Neetek employee, MICHAEL CHUNG
(CHUNG), telephone number               would call CADDENHEAD with
questions about LIS because he did not have anyone to help him with this
process. CHUNG also asked CADDENHEAD if he could help move LIS to the data
center. During one call in approximately August 2018, CADDENHEAD told CHUNG
that if they took the LIS apart they would not be able to access it again
because then the encryption key would be lost. The encryption key was
located on a disk array which had a lot of pieces and when they took the
disk array apart it would have destroyed the encryption key.

JOHN MCCHESNEY (MCCHESNEY) was overseeing the shutdown of Theranos'
Newark facility, which included the movement of the LIS for Theranos. CHUNG
told CADDENHEAD that MCCHESNEY had advised CHUNG to remove the disks from
the disk array. Accordingly the disk array was taken apart when the LIS was
moved.

On April 17, 2020 CADDENHEAD provided the following additional
information via email:

IncRev Corporation, 1877 Austin Avenue, Los Altos, California 94024,
email address info@increvcorp.com, website www.increvcorp.com, telephone
number (408)689-2296.

Others on the IncRev software development team included SEKHAR VARIAM,
and SIVA DEVABAKTHINI, email address

JOHN MCCHESNEY was the Senior Vice President of Operations at Theranos,
email address

CADDENHEAD's email will be maintained digitally in the 1A section of the
case file.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Eric Caddenhead , On 04/16/2020 , Page 4 of 4

US-REPORTS-0016254