# Exhibit 112

| | |
|---|---|
| From: | [redacted] |
| Sent: | Thursday, June 14, 2018 5:41 PM EDT |
| To: | Xan White; [redacted] |
| Subject: | RE: Document preservation - Theranos [privileged / confidential] |

2:30 sounds great. I will send you a dial-in.

**From:** Xan White
**Sent:** Thursday, June 14, 2018 2:37 PM
**To:** [redacted]; [redacted]
**Subject:** RE: Document preservation - Theranos [privileged / confidential]

Thanks to you both. [redacted], can we talk on the phone at 2:30 pm pst tomorrow? [redacted], may make sense to discuss more next week—the only pressing thing on this front is confirming that almost all of our paper documents can safely be taken to Iron Mountain in bulk, with almost no ability to access any specific document.

Thanks,
Xan

**From:** [redacted] [mailto:[redacted]@wilmerhale.com]
**Sent:** Wednesday, June 13, 2018 4:17 PM
**To:** [redacted]@wilmerhale.com>; Xan White <[redacted]@theranos.com>
**Subject:** RE: Document preservation - Theranos [privileged / confidential]

Hi Xan,

Yes, happy to discuss preservation logistics. I can do anytime between 9 – 12 tomorrow or any time after 2pm on Friday.

[redacted]

**From:** [redacted]
**Sent:** Wednesday, June 13, 2018 3:59 PM
**To:** [redacted]@theranos.com; [redacted]@wilmerhale.com>
**Subject:** RE: Document preservation - Theranos [privileged / confidential]

Welcome back. I am happy to discuss, but as to the company, whatever works for litigation purposes is likely ok for any prospective bankruptcy (though it remains unclear whether any bankruptcy will occur). The practical and logistical issues are likely harder to address than the legal requirements. And we should talk through the individual defendant points.--[redacted]

[redacted]
WilmerHale
[redacted] (Boston)
[redacted] (New York)
[redacted] (mobile)

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000003133

-----Original Message-----
**From:** Xan White [         @theranos.com]
**Received:** Wednesday, 13 Jun 2018, 6:52PM
**To:**                               @wilmerhale.com];                         @wilmerhale.com]
**Subject:** Document preservation - Theranos [privileged / confidential]

Just want to let you both know that I'll be working on document preservation matters as we wind down. Emailing both of you because it seems we have separate, but overlapping, obligations—to preserve whatever information is necessary for the trustee to do its job (and transfer that material to the trustee in a sensible matter), and also to comply with the ongoing litigation hold and potentially transfer the preserved material to counsel for the individual defendants whose actions may be unresolved at the moment the company ceases to exist.

Now that I'm back from leave, can we find some time to discuss separately and put together plans? Our next significant move will be working with Iron Mountain to house a lot of our paper off-site, much of it in a way that is functionally inaccessible. It would be good to know what we need to keep before that happens. I'm hoping that electronic collections will be sufficient for both the ongoing litigation and bankruptcy purposes, but if not please do let me know so that I can segregate any physical documentation we need.

Thanks,

**Xan White**
Corporate Counsel
Office:
Cell:
7373 Gateway Blvd.
Newark, CA 94560

========================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any

views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 7373 Gateway Boulevard, Newark, CA 94560
650-838-9292 www.theranos.com

FOIA CONFIDENTIAL TREATMENT
REQUESTED BY WILMERHALE

WH000003135