STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Vanessa.Baehr-Jones@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 18-CR-00258 EJD |
| ) | |
| Plaintiff, ) | NOTICE OF WITHDRAWAL OF COUNSEL |
| ) | |
| v. ) | |
| ) | |
| ELIZABETH HOLMES, et al., ) | |
| ) | |
| Defendants. ) | |

    The United States Attorney's Office hereby files this Notice of Withdrawal of Counsel to advise the Court that Assistant United States Attorney Vanessa Baehr-Jones will no longer be representing the

//

//

NOTICE OF WITHDRAWAL OF COUNSEL    1    v. 11/1/2018
18-CR-00258 EJD

1   United States in the above-captioned matter. Please remove AUSA Baehr-Jones from the list of persons
2   to be noticed.
3   DATED: February 26, 2021                                    Respectfully submitted,

                                                                STEPHANIE HINDS
                                                                Attorney for the United States,
                                                                Acting Under Authority Conferred
                                                                By 28 U.S.C. § 515

                                                                */s/ Vanessa Baehr-Jones*
                                                                _____
                                                                VANESSA BAEHR-JONES
                                                                Assistant United States Attorney