1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  Case No. 18-CR-00258 EJD
15                                     )
          Plaintiff,                   )
16                                     )  **NOTICE OF APPEARANCE OF**
       v.                              )  **KELLY I. VOLKAR**
17                                     )
   ELIZABETH HOLMES and                )
18 RAMESH "SUNNY" BALWANI,             )
                                       )
19        Defendants.                  )
                                       )
20

NOTICE OF APPEARANCE OF KELLY I. VOLKAR,
CASE NO. 18-258 EJD                        1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Kelly I. Volkar, admitted to practice in the United States District Court for the Northern District of California, acting as an Assistant United States Attorney, hereby appears as counsel of record on behalf of the United States of America, in addition to current government counsel, in the above-captioned matter, and respectfully requests that all pleadings and other documents be served upon her at:

> KELLY I. VOLKAR (CABN #301377)
> Assistant United States Attorney
> 450 Golden Gate Ave., 11th Floor
> San Francisco, CA 94102
> (415) 436-7185
> Kelly.Volkar@usdoj.gov

DATED: March 3, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
_____
Assistant United States Attorneys

NOTICE OF APPEARANCE OF KELLY I. VOLKAR,
CASE NO. 18-258 EJD                                       1