JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

APPROVED
Judge Edward J. Davila
3/9/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **REVISED JOINT PROPOSED SCHEDULE OF THE ORDER OF CALL FOR MOTIONS *IN LIMINE*** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) Hon. Edward J. Davila |
| Defendants. | ) |

## REVISED JOINT PROPOSED SCHEDULE

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, have met and conferred and respectfully submit this revised joint proposed schedule of the order of call for the parties' motions *in limine*.

| | | TUESDAY: MAY 4, 2021 |
|---|---|---|
| 1 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 1 to preclude defendant from offering an improper defense of blaming her victims |

| | | | |
|---|---|---|---|
| | 2 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 2 to preclude the defense from referencing punishment in front of the jury |
| | 3 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 3 to preclude an improper advice-of-counsel defense |
| | 4 | **Dkt. 563**<br>Mot. 563<br>Opp. 682<br>Reply 730<br><br>**Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Holmes' MIL to exclude evidence of anecdotal test results and Government's MIL No. 10 to admit relevant testimony from "non-paying" patients witnesses |
| | 5 | **Dkt. 561**<br>Mot. 561<br>Opp. 660<br>Reply 705 | Holmes' MIL to exclude evidence of fact-percipient witnesses |
| | 6 | **Dkt. 562**<br>Mot. 562<br>Opp. 676<br>Reply 706 | Holmes' MIL to exclude customer impact evidence |
| | 7 | **Dkt. 569**<br>Mot. 569<br>Opp. 670<br>Reply 712 | Holmes' MIL to exclude evidence of alleged violations of industry standards and government regulations |
| | 8 | **Dkt. 570**<br>Mot. 570<br>Opp. 665<br>Reply 713 | Holmes' MIL to exclude Theranos' customer service spreadsheets |
| |  | WEDNESDAY: MAY 5, 2021 | |
| | 1 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 4 re government charging decisions |
| | 2 | **Dkt. 588**<br>Mot. 588<br>Opp. 659 | Government's MIL No. 5 to preclude defendant from presenting an improper good-faith defense |

| | | | |
|---|---|---|---|
| | | Reply 726 | |
| | 3 | **Dkt. 560**<br>Mot. 560<br>Opp. 668<br>Reply 704 | Holmes' MIL to exclude expert opinion testimony of Dr. Stephen Master |
| | 4 | **Dkt. 574**<br>Mot. 574<br>Opp. 675<br>Reply 717<br><br>**Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Holmes' MIL to exclude evidence of CMS survey findings and sanctions and Government's MIL No. 6 to admit CMS Form-2567 |
| | 5 | **Dkt. 572**<br>Mot. 572<br>Opp. 673<br>Reply 715 | Holmes' MIL to exclude evidence of remedial measures and settlements |
| | 6 | **Dkt. 573**<br>Mot. 573<br>Opp. 674<br>Reply 716 | Holmes' MIL to exclude FDA inspection evidence |
| | 7 | **Dkt. 575**<br>Mot. 575<br>Opp. 677<br>Reply 718 | Holmes' MIL to exclude evidence relating to Theranos' interactions with government regulatory agencies |
|  | | THURSDAY: MAY 6, 2021 | |
| | 1 | **Dkt. 567**<br>Mot. 567<br>Opp. 663<br>Reply 710 | Holmes' MIL to exclude evidence concerning wealth, spending, and lifestyle |
| | 2 | **Dkt. 566/576**<br>Mots. 566 & 576<br>Opps. 672 & 666<br>Replies 709 & 719 | Holmes' MILs to exclude evidence of Theranos' trade secrets practices and to exclude evidence and argument concerning third-party testing platforms |
| | 3 | **Dkt. 578**<br>Mot. 578<br>Opp. 667<br>Reply 721 | Holmes' MIL to exclude certain news articles |
| | 4 | **Dkt. 565** | Holmes' MIL to exclude evidence of bad acts and |

|   |   |   |
|---|---|---|
|   | Mot. 565<br>Opp. 662<br>Reply 708<br><br>**Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | false or misleading statements by Theranos agents and employees and Government's MIL No. 8 to admit statements by Theranos and Theranos employees and agents offered by the Government |
| 5 | **Dkt. 564**<br>Mot. 564<br>Opp. 661<br>Reply 707 | Holmes' MIL to exclude certain Rule 404(b) evidence for lack of expert support |
| 6 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 7 to admit text messages between Defendant and Balwani offered by the Government |
| 7 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 8 to exclude self-serving hearsay statements made and offered by Defendant |
| 8 | **Dkt. 588**<br>Mot. 588<br>Opp. 659<br>Reply 726 | Government's MIL No. 11 for an order to produce reverse Jencks including any *in camera* proffers |

Ms. Holmes is not requesting oral argument on the following motions, but counsel will of course answer any questions that the Court may have with respect to the motions.

|   |   |   |
|---|---|---|
| 1 | **Dkt. 568**<br>Mot. 568<br>Opp. 664<br>Reply 711 | Holmes' MIL to exclude evidence and argument by the government as to the purported inaccuracy or unreliability of tests not identified in the Bill of Particulars |
| 2 | **Dkt. 571**<br>Mot. 571<br>Opp.671<br>Reply 714 | Holmes' MIL to exclude evidence of settlements |
| 3 | **Dkt. 577**<br>Mot. 577<br>Opp. 678<br>Reply 720 | Holmes' MIL to exclude evidence of alleged blaming and vilifying of competing companies and journalists |

1  DATED: February 26, 2021							Respectfully Submitted,

2

3											/s/ Amy Mason Saharia
											AMY MASON SAHARIA
4											Attorney for Elizabeth Holmes

5
   DATED: February 26, 2021
6
											STEPHANIE M. HINDS
7											Attorney for the United States,
											Acting Under Authority Conferred
8											By 28 U.S.C. § 515

9											/s/ Robert Leach
10											ROBERT S. LEACH
											JEFF SCHENK
11											JOHN C. BOSTIC
											VANESSA BAEHR-JONES
12											Assistant United States Attorneys

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2021, a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes