UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** May 5, 2021    **Time:** 9:04-10:32,10:51-11:50am,1:11-2:40pm    **Judge:** Edward J. Davila

**Total Time: 3Hrs. 56Mins.**

**Case No.**: 18-cr-00258-EJD-1    **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Saharia, J.R. Fleurmont, Patrick Looby

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

**PROCEEDINGS – MOTIONS IN LIMINE HEARING (Day 2)**
**IN-COURT via AT&T Telephone Conference for public access due to COVID19**

Defendant is present and out of custody.  Hearing held.
The Court heard oral arguments and provided the following rulings:
Dkt. 588 Government MIL #4 – DEFERRED;
Dkt. 588 Government MIL #5 – GRANTED the Court will follow the law;
Dkt. 560 Holmes' MIL – SUBMITTED;
Dkt. 574 Holmes' MIL/Dkt. 588 Government MIL #6 – SUBMITTED;
Dkt. 572 Holmes' MIL – SUBMITTED;
Dkt. 573 Holmes' MIL – SUBMITTED;
Dkt. 575 Holmes' MIL – SUBMITTED;

**CASE CONTINUED TO: May 6, 2021 1:00 P.M. for Further Motions in Limine Hearing.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**