JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **[PROPOSED] ORDER GRANTING MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL** <br><br> Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Request for
2  Expanded Summons and Jury Questionnaire, as Well as Individual *Voir Dire* with Counsel.  After due
3  consideration of the filings, the governing law, the record in this case, and the argument of the parties:
4  IT IS HEREBY ORDERED that Ms. Holmes' request is GRANTED.
5  IT IS FURTHER ORDERED that the Jury Commissioner shall distribute a greater number of
6  summons, with the number of summons to be determined in consultation with the Court and parties;
7  IT IS FURTHER ORDERED that the prospective jurors will be provided Ms. Holmes' proposed
8  written jury questionnaire;
9  IT IS FURTHER ORDERED that after receipt of prospective jurors' completed questionnaires,
10 the parties shall meet and confer, and, based on their review of the completed questionnaires, propose
11 the excusal of select prospective jurors for cause.
12 IT IS FURTHER ORDERED that individual *voir dire* shall be conducted by the Court and
13 counsel during the selection of the jury.
14 IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND
JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE*
CR-18-00258 EJD