JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, RICHARD S. CLEARY, JR., declare as follows:

1.   I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.

2.   I attest that:

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR
EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE*
WITH COUNSEL
CR-18-00258 EJD

1

    a. On May 21, 2021, I searched on Google for Theranos AND Holmes. This search generated 462,000 results.

        i. Within the results of this search, there were 73,700 results under Google's "Videos" pane, and 27,900 results under Google's "News" pane.

    b. On May 21, 2021, I searched the terms Theranos AND Holmes on LexisAdvance, and filtered for "News." This search generated 10,514 results.

        i. Within the results of this search, LexisAdvance designated 3,755 results as "Negative Personal News," and 2,862 results as "Negative Business News."

    c. On May 25, 2021, I searched the terms Theranos AND Holmes on the ProQuest research database. This search generated 5,264 results.

        i. Within the results of this search, there were 2,144 results from newspapers; 1,533 results from wire feeds; 900 results from blogs, podcasts, and websites; 288 results from trade journals; 128 results from magazines; and results from other sources.

        ii. This search detected 523 results from Dow Jones Institutional News; 161 results from the Wall Street Journal online edition; 163 results from the Financial Times; 144 results from the New York Times online edition; 113 results from POLITICO; 109 results from Business Insider; 55 results from Tech Crunch; 52 results from the CNN wire service; and results from other outlets.

3. Attached to this declaration are the following media articles and/or publications that relate to Ms. Holmes and/or Theranos.

    a. Exhibit 1 is a true and correct copy of an Amazon.com webpage for *Bad Blood: Secrets and Lies in a Silicon Valley Startup* (2018) by John Carreyrou. This webpage was accessed May 23, 2021.

    b. Exhibit 2 is a true and correct copy of an HBO.com webpage for The Inventor: Out

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

2

for Blood in Silicon Valley, a 2019 documentary airing on HBO. This webpage was accessed May 23, 2021.

c. Exhibit 3 is a true and correct copy of an ABC.com webpage for an ABC 20/20 episode entitled "The Dropout: The story of Elizabeth Holmes and the fall of her start-up Theranos is an unbelievable tale of ambition and fame gone terribly wrong." This webpage was accessed May 23, 2021.

d. Exhibit 4 is a true and correct copy of a CBSNews.com webpage for a 60 Minutes segment entitled "The Theranos Deception: How a company with a blood-testing machine that could never perform as touted went from a billion dollar baby to complete bust." This webpage was accessed May 23, 2021.

e. Exhibit 5 is a true and correct copy of an ABC Audio webpage for a podcast entitled "The Dropout." The webpage was accessed May 23, 2021.

f. Exhibit 6 is a true and correct copy of a March 30, 2021 *British Vogue* article entitled "Amanda Seyfried is The Latest A-Lister Signed On to Play Elizabeth Holmes in a Hollywood Drama."

g. Exhibit 7 is a true and correct copy of a March 14, 2018 *Bloomberg* article by Matt Levine entitled "The Blood Unicorn Theranos Was Just a Fairy Tale."

h. Exhibit 8 is a true and correct copy of an NBC Bay Area webpage entitled "Elizabeth Holmes." This webpage was accessed May 23, 2021.

i. Exhibit 9 is a true and correct copy of a July 11, 2016 *Vanity Fair* article by Maya Kosoff entitled "Theranos's Culture of Secrecy Comes Back to Haunt it."

j. Exhibit 10 is a true and correct copy of a March 31, 2021 *Fierce Biotech* article by Andrea Park entitled "Art imitates life: Hulu's Theranos series pulls casting bait-and-switch."

k. Exhibit 11 is a true and correct copy of an August 8, 2016 *Dark Daily* article by Robert L. Michel entitled "After AACC Presentation, Elizabeth Holmes and Theranos

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

3

Failed to Convince Clinical Laboratory Scientists and the News Media About the Quality of its Technology."

l. Exhibit 12 is intentionally omitted.

m. Exhibit 13 is a true and correct copy of a February 11, 2016 *POLITICO* article by Darius Tahir entitled "Troubled Startup Theranos Faces Washington Reckoning."

n. Exhibit 14 is a true and correct copy of a May 11, 2021 *Law360* article by Hannah Albarazi entitled "Elizabeth Holmes' Mystique Unlikely to Survive Looming Trial."

o. Exhibit 15 is a true and correct copy of a March 29, 2021 *Variety* article by Joe Otterson entitled "Amanda Seyfried to Play Elizabeth Holmes in Hulu Series 'The Dropout,' Taking Over From Kate McKinnon."

p. Exhibit 16 is a true and correct copy of a May 12, 2021 *The Telegraph* article by Margi Murphy entitled "Elizabeth Holmes faces moment of reckoning for Theranos blood testing scandal."

q. Exhibit 17 is a true and correct copy of a September 6, 2016 *Vanity Fair* article by Nick Bilton entitled "Exclusive: How Elizabeth Holmes's House of Cards Came Tumbling Down."

r. Exhibit 18 is a true and correct copy of a *Forbes* article byHaley C. Cuccinello entitled "From Elizabeth Holmes' Downfall To Donald Trump's Election: Top Ten Billionaire Moments of the Decade."

s. Exhibit 19 is a true and correct copy of an October 27, 2015 *Vox* article entitled "The FDA Posted its Inspection Reports for Theranos's Labs. They Don't Look Good."

t. Exhibit 20 is a true and correct copy of a March 27, 2019 *Los Angeles Times* article by Mary McNamara entitled "In the Theranos scam, we blinked."

u. Exhibit 21 is a true and correct copy of an April 7, 2019 *The New York Post* article by Dana Schuster entitled "They're the very odd couple: Hotel heir's engagement to Theranos 'fraudster' leaves kin, pals stunned."

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

4

v.  Exhibit 22 is a true and correct copy of a March 12, 2021 *The Guardian* article by Kari Paul entitled "Disgraced Theranos founder Elizabeth Holmes' trial could be delayed by pregnancy."

w.  Exhibit 23 is a true and correct copy of an October 7, 2019 *Rolling Stone* article by EJ Dickson entitled "Elizabeth Holmes' Lawyers Want Off Her Case."

x.  Exhibit 24 is a true and correct copy of a September 26, 2020 *New York Post* article by Eric Spitznagel entitled "Why Silicon Valley CEOs are such raging psychopaths."

y.  Exhibit 25 is a true and correct copy of an iHeartRadio.com webpage detailing the February 3, 2021 "Great Women in Compliance Podcast" episode with "Erika Cheung, the Whistleblower."

z.  Exhibit 26 is a true and correct copy of a November 21, 2016 *Tech Dirt* article by Mike Masnick entitled "Theranos's Insane Campaign To Punish Whistleblower Who Happened To Be Famous Boardmember's Grandson."

aa. Exhibit 27 is intentionally omitted.

bb. Exhibit 28 is a true and correct copy of a June 7, 2019 *San Jose Mercury News* article by Nico Savidge entitled "More from a longtime Elizabeth Holmes skeptic: On excuses, moments of fame and other Theranos encounters."

cc. Exhibit 29 is a true and correct copy of a November 23, 2020 *Fox Business* article by Stephanie Pagones entitled "Disgraced Theranos founder Elizabeth Holmes hoping to keep 'wealth, spending and lifestyle' out of upcoming fraud trial."

dd. Exhibit 30 is intentionally omitted.

ee. Exhibit 31 is a true and correct copy of a July 30, 2018 *Bloomberg* article by Joel Rosenblatt entitled "Broken Love at Theranos May Be Tested in Criminal Fraud Case."

ff. Exhibit 32 is a true and correct copy of an Amazon Audible webpage for *Thicker than Water* by Tyler Shultz. This webpage was accessed on May 25, 2021.

gg. Exhibit 33 is a true and correct copy of a May 16, 2019 *Daily Mail* article entitled "Inside the San Francisco apartment where disgraced Theranos founder Elizabeth Holmes lived with her new hotel heir fiancé during her fall from grace."

hh. Exhibit 34 is a true and correct copy of an August 31, 2019 *Vox* article by Matthew Yglesias entitled "It's time to talk about James Mattis's involvement with the Theranos scandal."

ii. Exhibit 35 is a true and correct copy of an August 11, 2020 *The Business Insider* article by Avery Hartmans and Paige Leskin entitled "The rise and fall of Elizabeth Holmes, the Theranos founder whose federal fraud trial is delayed until 2021."

jj. Exhibit 36 is a true and correct copy of a February 2, 2016 *The Daily Beast* article by Samantha Allen entitled "Theranos Sounds Too Good to Be True—and It Is."

kk. Exhibit 37 is a true and correct copy of an October 15, 2015 *Engadget* article by Mariella Moon entitled "Startup lab Theranos scales back unique 'finger prick' blood tests."

ll. Exhibit 38 is a true and correct copy of a March 22, 2018 *Vox* article Jenny Gold entitled "How Theranos hid its sketchiness from reporters—and kept the puff pieces coming."

mm. Exhibit 39 is a true and correct copy of a January 23, 2019 *ABC News* article by Taylor Dunn, Victoria Thompson, Rebecca Jarvis, and Ashley Louszko entitled "Ex-Theranos CEO Elizabeth Holmes says 'I don't know' 600-plus times in never-before-broadcast deposition tapes."

nn. Exhibit 40 is a true and correct copy of a May 25, 2021 article by Joel Rosenblatt of *Bloomberg*, reprinted in *The Brisbane Times*, entitled "The lavish lifestyle of Theranos CEO Elizabeth Holmes ruled fair game for trial."

oo. Exhibit 41 is a true and correct copy of a March 15, 2018 *East Bay Times* article by Levi Sumagaysay entitled "SEC Fines Theranos Founder Holmes for 'Massive

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

6

|   |   |
|---|---|
| 1 | Fraud.'" |
| 2 | pp. Exhibit 42 is a true and correct copy of an October 28, 2015 *Dark Daily* article by Joseph Burns and Robert L. Michel entitled "Two FDA Inspection Reports Show Theranos' Blood-Collection 'Nanotainer' Was an Uncleared Class II Medical Device." |
| 6 | qq. Exhibit 43 is a true and correct of a November 24, 2020 *Fox Business* article by Noah Manskar entitled "Feds Reveal Elizabeth Holmes texts showing Theranos bosses panicking." |
| 9 | rr. Exhibit 44 is a true and correct copy of a March 18, 2019 *Refinery29* article by Cory Steig entitled "Is Elizabeth Holmes A Narcissist?" |
| 11 | ss. Exhibit 45 is a true and correct copy of a March 31, 2016 *New York Times* article by Andrew Pollack entitled "Report Shows Theranos Testing Plagued by Problems." |
| 13 | tt. Exhibit 46 is a true and correct copy of an October 20, 2016 *Wall Street Journal* article by Christopher Weaver entitled "Agony, Alarm and Anger for People Hurt by Theranos's Botched Blood Tests." |
| 16 | uu. Exhibit 47 is intentionally omitted. |
| 17 | vv. Exhibit 48 is a true and correct copy of a May 23, 2021 *The Business Insider* article by Allana Akhtar entitled "New details of Elizabeth Holmes' luxurious lifestyle might be unveiled during the Theranos founder's upcoming criminal trial." |
| 20 | ww. Exhibit 49 is a true and correct copy of a May 24, 2021 *San Jose Mercury News* article by Ethan Barron entitled "Theranos founder Holmes wins fight to bar jury from hearing of profane company meeting chants." |
| 23 | xx. Exhibit 50 is a true and correct copy of a May 8, 2019 article by Peter J. Henning of the *New York Times*, republished in *Silicon Valley Business Journal* and entitled "Elizabeth Holmes' possible defense in the Theranos case: put the government on trial." |

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

7

yy. Exhibit 51 is a true and correct of a May 1, 2019 *Fortune.com* article by Jeff John Roberts entitled "Don't Tell Anyone."

4. Attached to this declaration as Exhibit 52 is a true and correct copy of correspondence between Kevin M. Downey and Assistant United States Attorney Robert Leach dated May 5, May 12, May 20, and May 25, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of May, 2021 in Washington, District of Columbia.

_____
Richard S. Cleary, Jr.
Attorney for Elizabeth Holmes

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

8