# Exhibit 1



# Bad Blood: Secrets and Lies in a Silicon Valley Startup Hardcover – May 21, 2018

by John Carreyrou (Author)

9,864 ratings

Editors' pick | Best Nonfiction

See all formats and editions



Listen



See this image

**Follow the Author**

John Carreyrou  + Follow

Kindle $13.99 — Read with Our Free App

Audiobook $0.00 — Free with your Audible trial

Great on Kindle

**Great Experience. Great Value.**

Enjoy a great reading experience when you buy the Kindle edition of this book. Learn more about **Great on Kindle**, available in select categories.

View Kindle Edition





Buy new: $13.69
List Price: $27.95 Details
Save: $14.26 (51%)

Get **Fast, Free Shipping** with Amazon Prime & FREE Returns

**FREE delivery:** Saturday, May 29 on orders over $25.00 shipped by Amazon. Details

Fastest delivery: **Tuesday, May 25**
Order within 10 hrs and 51 mins
Details

Select delivery location

**In Stock.**

As an alternative, the Kindle eBook is available now and can be read on any device with the free Kindle app. Want to listen? Try Audible.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from   Amazon.com
Sold by      Amazon.com

Return policy: This item is returnable

**Enjoy fast, FREE delivery, exclusive deals and award-**

*NEW YORK TIMES* BEST SELLER • NAMED ONE OF THE BEST BOOKS OF THE YEAR BY: NPR, *The New York Times Book Review*, *Time*, *Wall Street Journal*, *Washington Post* • **The McKinsey Business Book of the Year**

The full inside story of the breathtaking rise and shocking collapse of Theranos, the one-time multibillion-dollar biotech startup founded by Elizabeth Holmes—now the subject of the HBO documentary *The Inventor*—by the prize-winning journalist who first broke the story and pursued it to the end.

"The story is even crazier than I expected, and I found myself unable to put it down once I started. This book has everything: elaborate scams, corporate intrigue, magazine cover stories, ruined family relationships, and the demise of a company once valued at nearly $10 billion." —Bill Gates

In 2014, Theranos founder and CEO Elizabeth Holmes was widely seen as the female Steve Jobs: a brilliant

Read less

| Print length | Language |
|---|---|
| 352 pages | English |



**An Amazon Book with Buzz: "Somebody's Daughter" by Ashley C. Ford**
"Ashley C. Ford is a writer for the ages, and 'Somebody's Daughter' will be A BOOK OF THE YEAR."—Glennon Doyle  Learn more



winning movies & TV shows with Prime
Try Prime and start saving today with **Fast, FREE Delivery**

☐ Add a gift receipt for easy returns

Buy used:                          $8.99

Add to List

Share                           <Embed>

**Other Sellers on Amazon**

$11.99                          Add to Cart
+ Free Shipping
Sold by: JnJ Hotdeals LLC

$12.19                          Add to Cart
+ Free Shipping
Sold by: UBSN

$8.91                           Add to Cart
+ $3.99 shipping
Sold by: olimpianbooks

Have one to sell?
Sell on Amazon



Add to book club

Not in a club? Learn more

# Frequently bought together

 +  + 

Total price: **$42.11**

Add all three to Cart

Add all three to List

☑ **This item:** Bad Blood: Secrets and Lies in a Silicon Valley Startup  by John Carreyrou  Hardcover  **$13.69**
☑ Shoe Dog: A Memoir by the Creator of Nike by Phil Knight  Hardcover  **$16.44**
☑ Atomic Habits: An Easy & Proven Way to Build Good Habits & Break Bad Ones  by James Clear  Hardcover  **$11.98**

# Customers who viewed this item also viewed

    

| Billion Dollar Whale: The Man Who Fooled Wall Street, Hollywood, and the World | Black Edge: Inside Information, Dirty Money, and the Quest to Bring Down the Most Wanted | Billion Dollar Loser: The Epic Rise and Spectacular Fall of Adam Neumann and WeWork | The Smartest Guys in the Room: The Amazing Rise and Scandalous Fall of Enron | Super Pumped: The Battle for Uber |
|---|---|---|---|---|
| › Bradley Hope | › Sheelah Kolhatkar | › Reeves Wiedeman | › Bethany McLean | › Mike Isaac |
| 1,958 | 947 | 1,806 | 1,130 | 666 |
| Paperback | Paperback | Hardcover | Paperback | Paperback |
| $15.99 | $14.21 | $22.98 | $14.78 | $12.89 |

## Products related to this item
Sponsored ⓘ

    

Just released

| Bitcoin Whales: Guys Who Fooled The World (Secrets and Lies in The Crypto World) | Inspired: How to Create Tech Products Customers Love (Silicon Valley Product Group) | Turn Words Into Wealth: Blueprint for Your Business, Brand, and Book to Create Mult... | The Holloway Guide to Raising Venture Capital: The Comprehensive Fundraising Handbo... | 10 Top Entrepreneurial Secrets: The Top 100 Successful Startup Business Online Stra... |
|---|---|---|---|---|
| Alan T. Norman | Marty Cagan | Aurora Winter | Andy Sparks | PAUL SHELDON |
| *Bitcoin Whales is a tale of fraud, intrigue, lies, and the self-made billionaires, who would do anything to protect their darkest secrets...* | 1,819 | 14 | 14 | *The Top 100 successful startup business online strategy.* |
| 21 | Hardcover | Kindle Edition | Paperback | Kindle Edition |
| Kindle Edition | $21.38 | $0.00 | $40.00 | $2.99 |
| $0.99 | | | | |

## Special offers and product promotions

- **Amazon Business:** Make the most of your Amazon Business account with exclusive tools and savings. **Login now**
- **Amazon Business** : For business-only pricing, quantity discounts and FREE Shipping. **Register a free business account**

## From the Publisher

**An Amazon Top Ten Book of the Month Pick**

## Editorial Reviews

### Amazon.com Review

**An Amazon Best Book of May 2018:** In *Bad Blood*, the Wall Street *Journal*'s John Carreyrou takes us through the step-by-step history of Theranos, a Silicon Valley startup that became almost mythical, in no small part due to its young, charismatic founder Elizabeth Holmes. In fact, Theranos was mythical for a different reason, because the technological promise it was founded upon—that vital health information could be gleaned from a small

drop of blood using handheld devices—was a lie. Carreyrou tracks the experiences of former employees to craft the fascinating story of a company run under a strict code of secrecy, a place where leadership was constantly throwing up smoke screens and making promises that it could not keep. Meanwhile, investors kept pouring in money, turning Elizabeth Holmes into a temporary billionaire. As companies like Walgreens and Safeway strike deals with Theranos, and as even the army tries to get in on the Theranos promise (there's a brief cameo by James "Mad Dog" Mattis), the plot thickens and the proverbial noose grows tighter. Although I knew how the story ended, I found myself reading this book compulsively. – Chris Schluep

## Review

"*Bad Blood* is the real be-all end-all of Theranos information…. *Bad Blood* is wild, and more happens on one page than in many other entire books." —
**Margaret Lyons,** *The New York Times*

"You will not want to put this riveting, masterfully reported book down. No matter how bad you think the Theranos story was, you'll learn that the reality was actually far worse."
—**Bethany McLean, bestselling coauthor of** *The Smartest Guys in the Room* **and** *All the Devils Are Here*

"Chilling... Carreyrou tells [this story] virtually to perfection… Reads like a West Coast version of *All the President's Men*."
—**Roger Lowenstein,** *The New York Times Book Review*

"The definitive account of Theranos's downfall, detailing its motley crew of executives, legal knife fights, dramatic PR stunts, and skullduggery... Offers a lot for foreign-policy wonks... While *Bad Blood* is worth reading for its own merits—it's a stunning feat of journalism that reads like a thriller—it also says a lot about Washington's facile relationship with Silicon Valley. Most D.C. power brokers know next to nothing about science or technology but increasingly view Silicon Valley tech as a deus ex machina for some of the world's most complicated challenges. *Bad Blood* offers a sobering warning of where that type of thinking can lead."
—**Robbie Gramer,** *Foreign Policy*

"A great and at times almost unbelievable story of scandalous fraud, surveillance, and legal intimidation at the highest levels of American corporate power. . . . The story of Theranos may be the biggest case of corporate fraud since Enron. But it's also the story of how a lot of powerful men were fooled by a remarkably brazen liar."
—**Yashar Ali,** *New York Magazine*

"Even if you didn't follow the story of charismatic Theranos founder Elizabeth Holmes (and the ensuing trainwreck) in the news, you will find yourself zipping through a book that proves once again that fact is stranger than fiction. A stunning look into a high-tech hoodwinking; like a high-speed car chase in a book."
—*The New York Post's* **"28 Most Unforgettable Books of 2018"**

"In *Bad Blood,* acclaimed investigative journalist John Carreyrou, who broke the story in 2015, presents comprehensive evidence of the fraud perpetrated by Theranos chief executive Elizabeth Holmes... He unveils many dark secrets of Theranos that have not previously been laid bare… The combination of these brave whistle-blowers, and a tenacious journalist who interviewed 150 people (including 60 former employees) makes for a veritable page-turner."
—**Eric Topol,** *Nature*

"Engrossing… *Bad Blood* boasts movie-scene detail… Theranos, Carreyrou writes, was a revolving door, as Holmes and Balwani fired anyone who voiced even tentative doubts… What's frightening is how easy it is to imagine a different outcome, one in which the company's blood-testing devices continued to proliferate. That the story played out as it did is a testament to the many individuals who spoke up, at great personal risk."
—**Jennifer Couzin-Frankel,** *Science*

"In exposing the fudged numbers, boardroom battles and sickening sums of money tossed Theranos' way, *Bad Blood* succeeds in highlighting Silicon Valley's paradoxical blind spot. Insular corporate culture and benevolent media coverage have allowed a monster to grow in the Valley—one that gambles not just with our smart phones or our democracy, but with people's lives. *Bad Blood* reveals a crucial truth: outside observers must act as the eyes, the ears and, most importantly, the voice of Silicon Valley's blind spot."
—**B. David Zarley,** *Paste Magazine's* **"16 Best Nonfiction Books of 2018"**

"Carreyrou blends lucid descriptions of Theranos's technology and its failures with a vivid portrait of its toxic culture and its supporters' delusional boosterism. The result is a bracing cautionary tale about visionary entrepreneurship gone very wrong."
—*Publishers Weekly* **(Starred)**

"Crime thriller authors have nothing on Carreyrou's exquisite sense of suspenseful pacing and multifaceted character development in this riveting, read-in-one-sitting tour de force.... Carreyrou's commitment to unraveling Holmes' crimes was literally of life-saving value."
—*Booklist* **(Starred Review)**

"Eye-opening... A vivid, cinematic portrayal of serpentine Silicon Valley corruption... A deep investigative report on the sensationalistic downfall of multibillion-dollar Silicon Valley biotech startup Theranos. Basing his findings on hundreds of interviews with people inside and outside the company, two-time Pulitzer Prize-winning *Wall Street Journal* reporter Carreyrou rigorously examines the seamy details behind the demise of Theranos and its creator, Elizabeth Holmes… [Carreyrou] brilliantly captures the interpersonal melodrama, hidden agendas, gross misrepresentations, nepotism, and a host of delusions and lies that further fractured the company's reputation and halted its rise."
—*Kirkus*

Read more

## Product details

**Publisher :** Knopf; 1st edition (May 21, 2018)

**Language :** English

**Hardcover :** 352 pages

**ISBN-10 :** 152473165X

**ISBN-13 :** 978-1524731656

**Item Weight :** 1.55 pounds

**Dimensions :** 6.43 x 1.32 x 9.54 inches

**Best Sellers Rank:** #13,220 in Books (See Top 100 in Books)
  #4 in Biomedical Engineering
  #10 in Business Infrastructure
  #22 in Venture Capital (Books)

**Customer Reviews:** 9,864 ratings

Start reading Bad Blood: Secrets and Lies in a Silicon Valley Startup on your Kindle **in under a minute**.

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.

## Videos

**Videos for this product**

1:32
Bad blood unboxed video
Pooja modi

Upload your video

## Products related to this item
Sponsored


Finding the Good in the Workplace Bully
Dr. Debra Stewart
*This book addresses possible approaches to improve workplace culture and organizational wellness and to create bully-free environments.*
7
Kindle Edition
**$2.99**


The Holloway Guide to Raising Venture Capital: The Comprehensive Fundraising Handbo...
Andy Sparks
14
Paperback
**$40.00**


Vivid Vision: A Remarkable Tool For Aligning Your Business Around a Shared…
Cameron Herold
406
Kindle Edition
**$9.99**


Just released
Day Trading: This Book Includes: The bible of how the Market Works for Options, Swi...
Robert Stock
31
Paperback
**$21.45**


Turn Words Into Wealth: Blueprint for Your Business, Brand, and Book to Create Mult...
Aurora Winter
14
Kindle Edition
**$0.00**

## How would you rate your experience shopping for books on Amazon today




Very poor ---- Neutral ---- Great

## Customer reviews

4.7 out of 5

9,864 global ratings

5 star | 80%
4 star | 14%
3 star | 4%
2 star | 1%
1 star | 1%

How are ratings calculated?

## Reviews with images






See all customer images

Top reviews

## Top reviews from the United States

 DB Cooper

**Impossibly too good to be true**
Reviewed in the United States on May 21, 2018
**Verified Purchase**

This is an impeccably researched and referenced account of the Theranos saga. As a long-time observer and sometime competitor of Theranos I watched this tale unfold whilst working at a couple of established IVD companies. Everyone I knew who had ever developed an assay or instrument knew this was smoke and mirrors, impossibly too good to be true. What I never suspected was just how personally dishonest EH had been, and for how long the complex deception was maintained. Whilst I've met a few egregious individuals working for big companies, there are enough checks and balances (QA/RA, Med/Sci Affairs, CLSs and other professionals etc) in place to stop harmful devices getting out the door.

The subject matter - developing devices and assays - is a complex dry topic, difficult to write engagingly about. But JC does a workmanlike job and I read this in one go after its midnight Kindle release. My only nit to pick is the poor editing: there are so many uses of '....named....' as in 'an engineer named John Smith' or 'a restaurant named Joe's Bar' that it got irritating.

Read more

770 people found this helpful

Helpful | Report abuse

 Todd Adams

**Fascinating, horrifying, and richly detailed account of corporate ambition gone awry.**
Reviewed in the United States on May 22, 2018
**Verified Purchase**

I started this book and could not put it down. It's a horrifying true story of a driven entrepreneur whose only overriding goal was to become insanely rich. And she would do anything, any unimagineable thing, to get there.

Elizabeth Holmes leveraged her family's high profile connections to draw in early investors and supporters, who were not very inquisitive on details, nor very skeptical in nature. Drawing on the good name and reputation of these early supporters, she was able to build an impressive roster of other supporters with stellar reputations in tech and venture capital circles. From there, it was

just a matter of stage managing the house of cards she was building.

Holmes crafted a Potemkin village that had fooled investors, customers, and visiting dignitaries. Her product demonstrations were outright theater, staged managed illusions worthy of David

Read more

453 people found this helpful

Helpful    Report abuse



carilynp    TOP 500 REVIEWER

**I wish I could give this book 10 stars**

Reviewed in the United States on May 27, 2018

**Verified Purchase**

It takes a mighty strong person and an incredible investigative journalist to take down a multibillion company lead by a CEO and her partner who are doing nothing but telling lies, mistreating their employees, taking millions of dollars under false pretenses from Fortune 500 businesses and wealthy investors, betraying their esteemed board members, and worst and most harmful of all, putting the lives of their end customers in serious jeopardy because the technology that they claim to have engineered does not exist nor has it been FDA approved or tested. This is John Carreyrou's BAD BLOOD: SECRETS AND LIES IN A SILICON VALLEY STARTUP. Carreyrou went to monumental lengths over the course of several years, with the help of named and unnamed sources who worked or were connected to Theranos, the company, which claimed to have created a blood-testing device that with 'one drop of blood' could obtain hundreds of test results thus saving lives. Not only were their little machines ineffective but they were doing no such thing. Meaning, they could not provide accurate test results because they were not even obtaining them. Rather, they were using commercial analyzers in their place. At

Read more

302 people found this helpful

Helpful    Report abuse

See all reviews ›

### Top reviews from other countries



Natalia Rice

**The best read of the season; the author deserves an award.**

Reviewed in the United Kingdom on July 2, 2018

**Verified Purchase**

Drop everything you're doing and start reading it. It's an utterly engaging mix of genres - investigative journalism, psychology (at times psychiatry), organisational behaviour, business & science reporting, and a story of worst and best of the humankind. I've cancelled meetings and events, delayed going to bed just to keep reading this book - the story is almost surreal, and it's hard to believe it really happened, and yet it did.

I'd like to compliment the author. The depth of the investigation is extraordinary; but most importantly, the narration is done in this perfect documentary style when even the most chilling events are described with high precision but without falling into emotional judgement.

I also would like to say a big thank you to all the sources and contributors who made this book possible. You're very brave people; I applaud your courage and ethics.

96 people found this helpful

Report abuse



David

**If something sounds too good to be true it probably is.**

Reviewed in the United Kingdom on April 3, 2019

**Verified Purchase**

I missed this book when it launched, but Alex Gibney's excellent 2019 HBO doucmentry 'The Inventor: Out for blood in Silicon Valley' prompted my purchase.

Carryrou's book covers three and a half years of investigation into Theranos, its founder Elizabeth Holmes and her meteoric rise and spectacular fall in the obsessive pursuit of a dream. Its a fascinating read and Carryrou uses his research to tell the story from the beginning. The story of his investigations as a Wall Street Journal reporter follows the cronological order of events and is documented towards the end of the book.

Essentially, Elizabeth Holmes developed a start-up in Silicon Valley where she attempted to develop a device which could provide multiple blood test analyses for a range of conditions and diseases in a box not much larger that a large bread-bin. For the user only a small pinprick of blood was required to complete all these tests.

This would be a game changer. Some day, every home could have one and for a small charge

Read more

13 people found this helpful

Report abuse

 Gisele Navarro

**I don't normally write reviews but I had with this book**
Reviewed in the United Kingdom on August 19, 2018
**Verified Purchase**

Patrick Lencioni mentioned this book in one of his latest newsletters so I bought it without reading the reviews. What followed was a week of late nights due to my inability to put my Kindle down.

I can't believe I completely missed the news about Theranos but that certainly made for an even better reading experience - so much drama, intrigue and bad blood was a recipe for one of my favourite books of the year.

14 people found this helpful

Report abuse

 M Mansour

**Best business book of 2018 (so far)**
Reviewed in the United Kingdom on August 24, 2018
**Verified Purchase**

I read this book in straight 48 hours since boarding a long-haul flight. Mesmerising, excellently researched, gripping..just could not put it down. This is a moral story comprising the ugly greed laden face of Silicon Valley and its founders, the army of ruthless lawyers squashing people along the way (they tried to silence the author of this book), the cult-ish abandonment of common sense and judgement of who's who of Silicon Valley and Corporate America as they pursue the next big thing. Nevermind that actual people's health and well being were at serious risk and not just their dollars.

14 people found this helpful

Report abuse

 Doalch

**Great read.**
Reviewed in the United Kingdom on July 6, 2018
**Verified Purchase**

Read this in three days, couldn't put it down. If this was a work of fiction it'd be hard to believe, yet it's fact. The emperor's new clothes on steroids being funded by some of the biggest players in the US and fueled by a complete web of lies, deceit and some seriously shady business practices.

Easily a five star, definitely a must read.

Can't wait to see the film.

8 people found this helpful

Report abuse

See all reviews ›

## Customers who bought this item also bought

**Pages with related products.** See and discover other items: High Supplies, Tech Gifts, Technology Gifts, Orange Books, Corporate New Year Gifts, true crime gifts

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell products on Amazon | Amazon Rewards Visa Signature Cards | Amazon and COVID-19 |
| Blog | Sell apps on Amazon | Amazon.com Store Card | Your Account |
| About Amazon | Become an Affiliate | Amazon Secured Card | Your Orders |
| Sustainability | Start a package delivery business | Amazon Business Card | Shipping Rates & Policies |
| Press Center | | Amazon Business Line of Credit | Amazon Prime |
| Investor Relations | Advertise Your Products | Shop with Points | Returns & Replacements |
| Amazon Devices | Self-Publish with Us | Credit Card Marketplace | |
| Amazon Tours | Host an Amazon Hub | Reload Your Balance | Manage Your Content and Devices |
| | › See More Make Money with Us | Amazon Currency Converter | Amazon Assistant |
| | | | Help |

English   United States

| Amazon Music Stream millions of songs | Amazon Advertising Find, attract, and engage customers | Amazon Drive Cloud storage from Amazon | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web |
| Sell on Amazon Start a Selling Account | Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Ignite Sell your original Digital Educational Resources | Amazon Web Services Scalable Cloud Computing Services |
| Audible Listen to Books & Original Audio Performances | Book Depository Books With Free Delivery Worldwide | Box Office Mojo Find Movie Box Office Data | ComiXology Thousands of Digital Comics | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Warehouse Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors | Amazon Subscription Boxes | PillPack | Amazon | Amazon Second | |

| App | Top subscription boxes – right to your door | Pharmacy Simplified | Renewed | Chance |
|---|---|---|---|---|
| Real-Time Crime & Safety Alerts | | | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2021, Amazon.com, Inc. or its affiliates