# Exhibit 2



SERIES  MOVIES  DOCS  PODCASTS  FREE EPISODES                GET HBO

# THE INVENTOR
## OUT FOR BLOOD IN SILICON VALLEY

**ABOUT**   ALL DOCUMENTARIES




02:08
**Watch the Trailer**

2019 EMMY NOMINEE

## The Inventor: Out for Blood in Silicon Valley

TV-14  |  1 HR 59 MIN  |  2019  |  5.1  |  HD

STREAM

Academy Award winner Alex Gibney (*Enron: The Smartest Guys in the Room,* HBO's Emmy-winning *Going Clear: Scientology and the Prison of Belief*) directs a documentary investigating the rise and fall of Theranos, the one-time multibillion-dollar healthcare company founded by Elizabeth Holmes.

Read More

Follow HBO Docs on

Follow HBO Docs on



# 'You wanted it to be true, so badly.'

Whistleblower Tyler Schultz discusses his time at Theranos, and Elizabeth Holmes' ability to motivate confidence in her product.

▶ WATCH



VIDEO 2:48

# The Theranos Effect

Director Alex Gibney and whistleblowers Tyler Shultz and Erika Cheung explain how the culture of Silicon Valley passively enabled Theranos' fraud.

▶ WATCH

"This story is a classic example of truth is more dramatic than fiction. The characters are at once larger-than-life and real."

— DIRECTOR ALEX GIBNEY





**SUNDANCE 2019**

## Alex Gibney Unpacks the Culture of Secrecy at Theranos

The Academy Award-winning director explained how Theranos CEO Elizabeth Holmes set out to change the world — and ended up committing a massive medical fraud.

READ MORE >

## More Documentaries to Explore



**San Francisco 2.0**



**Swiped: Hooking Up in the Digital Age**



**The Truth ... Robots**



### Get HBO Max at No Additional Cost

If you're a current HBO subscriber, you might already have access to HBO Max — all of HBO plus even more blockbuster movies, must-see series, and new Max Originals.

LEARN MORE

**FOLLOW HBO**



ABOUT  WAYS TO GET  HELP  SHOP  CAREERS  HBO INSPIRES
LOOKING FOR HBO GO?

© 2021 Home Box Office, Inc. All Rights Reserved.
This website may contain mature content.

PRIVACY POLICY  TERMS  AD CHOICES  DO NOT SELL MY PERSONAL INFORMATION