# Exhibit 3



### S41 E28 The Dropout

The Dropout The story of Elizabeth Holmes and the fall of her start-up Theranos is an unbelievable tale of ambition and fame gone terribly wrong.

NR | 03.16.19 | 01:20:35 | CC

#### MORE EPISODES

5/23/2021                    Case 5:18-cr-00258-EJD   Document 800-3   Filed 05/27/21   Page 3 of 4
                                  Watch 20/20 Season 41 Episode 28 The Dropout Online



**S41 E30 - The Secret in Her Eyes**
01:20:59

The two beautiful young Mormon athletes seemed to have a perfect marriage, but Janet&apos;s sisters say that changed...

NR | 03.30.2019



**S41 E29 - My Mother's Sins**
01:20:35

A woman shoots her three young children, seriously injuring two and killing one.

NR | 03.23.2019

20/20  >  March 2019  >  The Dropout



| COMPANY | BRANDS | FOLLOW US | LEGAL |
|---|---|---|---|
| ABC Updates | ABC News | YouTube | Do Not Sell My Info |
| Advertise With Us | Disney+ | Facebook | Interest-Based Ads |
| Apps | DisneyNOW | Twitter | Closed Captioning |
| Contact Us | ESPN | Instagram | Corporate Social Responsibility |
| Company Info | Freeform | Pinterest | Children's Online Privacy Policy |
| FAQ | FXNOW | Snap | Your California Privacy Rights |
| Shop | Hulu | | About Nielsen Measurement |
| Terms of Use | NatGeoTV | | |

Privacy Policy

© 2021 ABC Entertainment