# Exhibit 5

   (/cont



ows (/podcasts) Advertise (/podcasts/advertise/) Press Room (https://abcaudio.com/press-room/)

Contact Us (/podcasts/contact/)





Money. Romance. Tragedy. Deception. The story of Elizabeth Holmes and Theranos is an unbelievable tale of ambition and fame gone terribly wrong. How did the world's youngest self-made female billionaire lose it all in the blink of an eye? How did the woman once heralded as "the next Steve Jobs" find herself facing criminal charges — to which she pleaded not guilty — and up to 20 years in jail? How did her technology, meant to revolutionize healthcare, potentially put millions of patients at risk? And how did so many smart people get it so wrong along the way?

A three-year investigation. Hosted by ABC News' Rebecca Jarvis.

Privacy - Terms

 (https://itunes.apple.com/us/podcast/id1449500734)

 (https://www.google.com/podcasts?feed=aHR0cHM6Ly9mZWVkcy5jYXN0Zmlyc3Quc2jb20vYWJjLW5ld3MtcmFkaW8vdGhlX2Ryb3BvdXQ%3D)

 (https://open.spotify.com/show/7lrJqILWfMuQhqDHJEFUK6?si=JGappFUDQiW2cVwCdJ3gug)



The Dropout
'Tulsa's Buried Truth': The Lost Graves (Ep. 3)

00:00:00



SHARE   SUBSCRIBE   COOKIE POLICY   DESCRIPTION

IN THIS PLAYLIST                                                                 10 EPISODES

'Tulsa's Buried Truth': The Lost Graves (Ep. 3)                                    37 min

'Tulsa's Buried Truth': The Ashes (Ep. 2)                                          37 min

'Tulsa's Buried Truth': The Trigger (Ep. 1)                                        29 min

What Now?                                                                         41 min

The Downfall                                                                       44 min

**Also available on:** ABC News (http://abcnews.go.com/US/fullpage/abc-news-app-iphone-android-windows-29054814) • Amazon Echo • iHeartRadio (https://www.iheart.com/podcast/the-dropout-30426523/) • NPR One • Pandora (https://pdora.co/2I891WW) • Stitcher (https://www.stitcher.com/podcast/abc-news/the-dropout) • TuneIn (https://listen.tunein.com/thedropoutweb) • RSS (https://feeds.megaphone.fm/ESP5480008395)

Privacy - Terms



## About Rebecca Jarvis

Rebecca Jarvis is the ABC News Chief Business, Technology & Economics Correspondent. Jarvis is the host and creator of "The Dropout," a top rated podcast which chronicles the rise and fall of Elizabeth Holmes and her company, Theranos; Jarvis also hosts and created the "No Limits with Rebecca Jarvis"

podcast; and the Host and Managing Editor of "Real Biz with Rebecca Jarvis". Jarvis reports for all ABC News programs and platforms including "Good Morning America," "World News Tonight with David Muir," "Nightline," "20/20," and "This Week with George Stephanopoulos."

Jarvis has conducted news making interviews with the biggest names in business and technology, including Warren Buffett, Richard Branson, Sheryl Sandberg, Jessica Alba, Bill and Melinda Gates, Ursula Burns; the first African American woman to run a fortune 500 company and General Motor CEO Mary Barra; the first female CEO to run a car company. She has conducted worldwide exclusive interviews with the likes of Apple CEO Tim Cook and was the first and only reporter to interview United CEO Oscar Munoz in a worldwide exclusive following the controversy surrounding the airline's forceful removal of a passenger.

Read Rebecca Jarvis' full biography on ABCNews.com » (http://abcnews.go.com/Author/Rebecca_Jarvis)

# Advertising Inquiries (https://abcaudio.com/podcasts/advertise/) | Contact Us (mailto:abc.podcast.support@abc.com?Subject=The Dropout Podcast via ABCRadio.com)

« Back to ABC Podcasts (https://abcaudio.com/podcasts/)

Copyright ©2021 ABC Audio | Terms of Use (http://disneytermsofuse.com/) | Privacy Policy ( https://disneyprivacycenter.com/) | Your California Privacy Rights (https://disneyprivacycenter.com/notice-to-california-residents/ ) | Children's Online Privacy Policy (https://disneyprivacycenter.com/kids-privacy-policy/english/)