Case 5:18-cr-00258-EJD   Document 800-6   Filed 05/27/21   Page 1 of 3

# Exhibit 6

# Amanda Seyfried Is The Latest A-Lister To Sign On To Play Elizabeth Holmes In A Hollywood Drama

vogue.co.uk/arts-and-lifestyle/article/the-dropout

Hayley Maitland



Hollywood loves any story involving a beautiful, delusional grifter, and the rise and fall of Elizabeth Holmes is no different.

According to *Deadline*, Amanda Seyfried has now signed on to play the former Theranos CEO in *The Dropout*, a fresh Hulu series which will chronicle Holmes's quest to establish her controversial blood-testing start-up – becoming the youngest self-made female billionaire in the process. Of course, the Silicon Valley darling later fell from grace when Theranos's technology proved to be faulty, resulting in a class-action lawsuit against her. *SNL*'s Kate McKinnon, who had previously been cast in the role, had to drop out due to scheduling conflicts.

Also due to lower her vocal register to play the Steve Jobs wannabe this year? Jennifer Lawrence. While *The Dropout* is based on the podcast of the same name, the *Silver Linings Playbook* alumna will star in the film *Bad Blood*, which takes inspiration from John Carreyrou's 2018 investigation of Theranos, *Bad Blood: Secrets and Lies in a Silicon Valley Start-Up*. *The Big Short*'s Adam McKay will pen the script.

No word yet on how Holmes feels about all of this, but it seems like she's got her hands full dealing with other matters. After marrying William Evans, the heir to the Evans Hotel Group in 2019, the 37-year-old is now pregnant with her first child, and has requested that her criminal fraud trial be delayed until after she gives birth in July. The trial has already been delayed due to the pandemic, with Holmes and her former lover, Theranos COO Sunny Balwani, each accused of 12 charges of wire fraud. If convicted, Holmes will serve up to 20 years in prison.

At least she'll have some gripping television to watch while doing time?

*More from British Vogue:*