# Exhibit 8



69°

**TRENDING**    AAPI Heritage Month    Billboard Music Awards    CDC Investigating Heart Problem…

# ELIZABETH HOLMES



**TECHNOLOGY**

**Jurors in Elizabeth Holmes Trial Can Hear Some Evidence About Extravagant Lifestyle as Theranos CEO**

The judge granted in part Holmes' motion to exclude evidence referencing her extravagant lifestyle outside of her position as chief executive of the blood-testing start-up.



**TECHNOLOGY**

**Elizabeth Holmes' Lavish Lifestyle Looms Over Theranos Fraud Case**

Holmes' ownership stake in Theranos was valued at up to $4.5 billion. Prosecutors say her spending more than kept pace and she was overtaken by her fame.



**TECHNOLOGY**

**Accuracy of Theranos Blood Tests at Heart of Elizabeth Holmes' Criminal Case**

Wednesday's hearing was the second day of arguments on what evidence can be permitted and excluded from Holmes' criminal fraud trial, which begins on August 31.



TECHNOLOGY

**Elizabeth Holmes Back in Court for First Time in 15 Months, Putting Silicon Valley Culture Under Scrutiny**

The hearing featured both sides sparring over critical motions, including how the culture of Silicon Valley influenced Holmes' behavior as CEO of Theranos



TECHNOLOGY

**Elizabeth Holmes Trial Pushed to August Following Surprise Pregnancy Announcement**

Prosecutors said they were "frustrated" to learn recently that Holmes is due to give birth in July.



TECHNOLOGY

**Elizabeth Holmes Trial Likely Delayed Because She's Pregnant**

The Theranos founder's fraud trail has already been delayed three times because of the Covid-19 pandemic.



TECHNOLOGY

**Elizabeth Holmes Denies Destroying Evidence in Theranos Case**

Prosecutors allege executives at Theranos destroyed a database which contained three years worth of accuracy and failure rates.

TECHNOLOGY



**Elizabeth Holmes Resists Government Efforts to Detail Her CEO Lifestyle**

Holmes, a Stanford dropout, had a six-figure salary and a billion dollar stake in Theranos until the company shut down in 2018.



**ELIZABETH HOLMES**

**Prosecutors Allege Theranos Fraud Fueled Elizabeth Holmes' Lifestyle**

Elizabeth Holmes intended to use Theranos "as a tool to better her personal situation," prosecutors wrote in a motion with the court Friday night.

**CORONAVIRUS**

**Elizabeth Holmes' Trial Delayed as California's Covid Cases Surge**

A surge in coronavirus cases in California has led to a four-month delay in the criminal trial of Elizabeth Holmes, the former CEO of health tech firm Theranos.

**TECHNOLOGY**

**Elizabeth Holmes' Trial to Play Out Before Face-Masked Jurors in Socially Distanced Courtroom**

The trial is scheduled to begin March 9, 2021 after being delayed due to the pandemic.

**TECHNOLOGY**

**Elizabeth Holmes Wants to Block Jurors From Hearing About Her Luxurious Lifestyle as Theranos CEO**

Elizabeth Holmes employed personal assistants to run her luxury shopping sprees, traveled by private jet, stayed at exclusive hotels and drove an expensive SUV.

**SAN JOSE**

**Elizabeth Holmes Back in Court in San Jose**
Elizabeth Holmes, who ran the blood testing startup Theranos, was back in court Monday in San Jose trying to get fraud and conspiracy charges against her thrown out.

**NBC**

**Theranos Founder Elizabeth Holmes Appears in San Jose Court in Fraud Case**
Once the darling of Silicon Valley, Elizabeth Holmes, founder of failed startup Theranos, was in court Monday, now a suspected felon.

**CALIFORNIA**

**Bitcoin for a Starbucks Coffee? The World According to Tim Draper**
Third-generation venture capitalist Tim Draper isn't shy about predicting the future or thinking out of the box. In fact, he's become accustomed to making headlines for his bold outlook on business and life.

**Podcast: The World According to Tim Draper**
Third-generation venture capitalist Tim Draper isn't shy about predicting the future or thinking out of the box. In fact, he's

become accustomed to making headlines for his bold outlook on business and life.

**NETFLIX**

### Redford Says He's Ready for Smaller Onstage Role at Sundance

Hollywood is bundling up and descending on Park City, Utah to kick off the 2019 Sundance Film Festival Thursday.

**CALIFORNIA**

### Blood-Testing Startup Theranos to Reportedly Close

The once-heralded blood-testing startup Theranos is shutting down, according to a media report. Theranos was unable to sell itself and is now looking to pay unsecured creditors its remaining cash of about $5 million in the upcoming months, according to an email The Wall Street Journal obtained that CEO David Taylor sent to shareholders. The announcement comes nearly three months...

**PRESIDENT**

### Theranos Founder Elizabeth Holmes Steps Down as CEO; Charged by Feds With Wire Fraud

Federal prosecutors have indicted Elizabeth Holmes on criminal fraud charges for allegedly defrauding investors, doctors and patients as the head of the once-heralded blood-testing startup Theranos. The U.S. Attorney's Office for the Northern District of California said late Friday that Holmes and her chief operating officer Ramesh Balwani, are charged with two counts conspiracy to commit wire fraud and nine...

**Theranos CEO Steps Down; Charged With Wire Fraud**

Federal prosecutors have indicted Elizabeth Holmes on criminal fraud charges for allegedly defrauding investors, doctors and patients as the head of the once-heralded blood-testing startup Theranos. Sam Brock reports.

**SHOW MORE**



| SUBMIT TIPS FOR INVESTIGATIONS | Send Feedback |
| | KNTV Employment Information |
| | FCC Applications |
| | Terms of Service |
| | Privacy Policy |
| NEWSLETTERS | Do Not Sell My Personal Information |
| | Advertise with us |
| | KNTV Public Inspection File |
| CONNECT WITH US | CA Notice |
| | AdChoices |

Copyright © 2021 NBCUniversal Media, LLC. All rights reserved