# Exhibit 9

BLOOD UNICORN

# THERANOS'S CULTURE OF SECRECY COMES BACK TO HAUNT IT

Morale has collapsed at Theranos after the company voided its blood tests earlier this year.



BY MAYA KOSOFF
JULY 11, 2016



BY CARLO ALLEGRI/REUTERS.

A fter nearly a year of critical reports suggesting its proprietary blood-testing technology didn't work the way founder **Elizabeth Holmes** claimed it did, Theranos, a once high-flying Silicon Valley start-up, is a shell of its former self.

Last week, regulators banned Holmes from owning or operating labs for two years and revoked the regulatory license belonging to Theranos's California blood-testing facility. The sanctions take effect in 60 days, but it still remains unclear how the company will operate without Holmes's leadership. Now more details about Theranos have emerged in a new report from *The Wall Street Journal*'s **John Carreyrou**, whose aggressive and critical coverage of the company was the first to reveal that the start-up, which was once valued at $9 billion, was less a Silicon Valley miracle product than well-marketed snake oil—something Holmes continued selling, until recently, to Theranos employees.

Even as core parts of the company and its technology were were being investigated by regulators, Holmes maintained that Theranos was doing fine, keeping employees in the dark as to the scope of their troubles. At one presentation to employees in June, the *Journal* reports, Holmes showed a slide stating that Theranos had created more than 300 tests that relied on only a small amount of blood to function. What she didn't say, though, was that the majority of these tests were still in the lab research phase. "Theranos' employees, with their talent, dedication and leadership, are the soul of a company committed to providing actionable, affordable health-care information. Their skill and input have contributed to more than a decade of research and development, technologies that we are proud to begin introducing to the scientific community," a Theranos spokesperson told the *Journal*.

Theranos employees, who had remained loyal even in light of critical reporting about the company, reportedly grew less loyal after a *Wall Street Journal* story in May indicated that Theranos told regulators that it had voided "all" of the blood-testing results from its proprietary Edison machines from 2014 and 2015. As a result, tens of thousands of patients may have been given incorrect blood-test results, and their doctors may have administered unnecessary or potentially harmful treatment. The culture of secrecy that Holmes maintained—and which covered up Theranos's shortcomings for years—reportedly forbade employees from discussing their projects with employees in other departments. New board members and advisers signed non-disclosure agreements preventing them from speaking to the press.

The stress of having her company come under fire is taking a toll on Holmes, it seems. Employees tell the *Journal* that the 32-year-old has lost weight and spends her days meeting with lawyers—though Holmes, who recently had her own net worth slashed from $4.5 billion to nothing by *Forbes*, also reportedly has been talking to producer **Jason Blum** about making a documentary about her own life and career. Hopefully its release won't coincide with that of the upcoming **Jennifer Lawrence** Theranos movie.

## Wall Street's 12 Most Salacious Scandals



1 / 12

 

PHOTO-ILLUSTRATION BY BEN PARK; FROM NBC/GETTY IMAGES (STEWART).

**MARTHA STEWART** The domestic doyenne, known primarily for teaching a whole class of homemakers the virtues of a perfectly-timed soufflé or a perfectly-folded sheet, imperfectly found herself in the Big House

for five months in 2004, after she was convicted for conspiracy and obstruction of justice related to selling shares of drugmaker ImClone Systems.