# Exhibit 13

# Troubled health start-up Theranos faces Washington reckoning

politico.com/story/2016/02/wunderkind-theranoss-future-is-on-the-line-219162

By DARIUS TAHIR



CEO Elizabeth Holmes's company has faced growing scientific and financial skepticism of its bold central claim: that it can replace the scary hypodermic needle with a cheap finger prick to test human blood. | Getty

Theranos, a $9 billion health care startup, is becoming a poster child for the limited value of having a board stocked with Washington powerbrokers. With insiders ranging from Henry Kissinger to former Senate Majority Leader Bill Frist, Theranos still faces a federal regulatory call Friday that could capsize the firm and threaten an innovative healthcare sector along with it.

The Palo Alto, Calif., company, headed by 32-year-old Elizabeth Holmes, has faced growing scientific and financial skepticism over its bold central claim: that it can replace the scary hypodermic needle with a cheap finger prick to test human blood, overturning the lab testing industry in the process.

The company's regulatory problems began this fall when its Newark, Calif., lab was inspected by two separate federal agencies.

Neither produced a favorable report. FDA cited the company for improper quality and safety controls. The Centers for Medicare and Medicaid Services, meanwhile, concluded that the lab's "deficient practices pose immediate jeopardy to patient health" and gave Theranos ten business days to come into compliance, later extending the deadline to Friday.

Non-compliance could be crippling. The government could level a $10,000 per day civil penalty, but more importantly, regulators could "create significant problems" with Theranos' ability to operate other labs, said James Boiani, a life sciences lawyer with Epstein, Becker & Green.

The regulatory troubles are striking given the company's advisory boards, which include former Cabinet secretaries George Shultz, Henry Kissinger and William Perry; high-ranking retired brass; former Senate Majority Leader Bill Frist and legal star David Boies.

All that wattage hasn't steered Theranos to peace with the government. Theranos claims the luminaries aren't there to lobby, anyway, but rather for strategic advice. (A 2014 New Yorker profile revealed a matchmaking role: Kissinger and his wife tried to set Holmes up with eligible gentlemen). The company has retained its own lobbyists, and spent $240,000 on their services the last several months.

Theranos' advisers have bullishly promoted the company, however. At a January 2015 conference, Frist praised the company as the type of envelope pusher that "has to be allowed as [the government puts] standards out there today."

Theranos hasn't revealed how its advisers and board are compensated. In the startup world, board members often get equity; some venture capitalists contacted for this article speculated that prestigious advisers would receive salary as well. (Theranos didn't comment in time for publication.)

The potential failure of such an influence-stuffed company has industry analysts worried. A failure of Theranos, they say, could dampen regulator and investor enthusiasm for innovative health care companies — meaning that more solid companies get additional burdensome scrutiny.

Partners are distancing themselves from the company. Walgreens, which hosts Theranos laboratories at its stores in Arizona and Palo Alto, asked the company to cease testing at its Newark, Calif., lab, and the Wall Street Journal reported Wednesday that the retail giant gave Theranos 30 days to fix its problems — or risk ending the relationship altogether. Pennsylvania insurer Capital BlueCross, like Walgreens, has asked Theranos to suspend blood draws at its Enola, Pa., location.

Other announced relationships have not gotten off the ground. AmeriHealth Caritas, a Medicaid managed care health plan, said that despite a July 2015 announcement, "We have not begun using Theranos' technology."

Dignity Health, a San Francisco-based hospital system, said that the system hasn't yet begun any work with Theranos, though news reports linking the two companies date to summer 2014.

**Show us the data, critics say**

The scientific and medical communities have insisted that if Theranos wants to gain acceptance for its product, it needs to release peer-reviewed data comparing it to conventional lab equipment. Theranos, founded in 2003 shortly after Holmes dropped out of college, has resisted such calls, citing trade secrecy.

Officials of Theranos' most famous partner — the Cleveland Clinic — have been unable to validate the company's technology. The health system sent three employees to Theranos last month; while they were shown the company's proprietary technology, they got no sense of how it worked, spokeswoman Eileen Sheil said.

The two sides have been unable to agree on a study methodology to compare Theranos with traditional lab tests, she said. According to one account — which Theranos denies, and Sheil refuses to confirm — the company wanted Cleveland Clinic to accept a peculiar study methodology that would blind Clinic reviewers to whether the company was in fact using its new technology for the testing.

Theranos' technology poses theoretical riddles, said William Clarke, director of clinical toxicology at Johns Hopkins Hospital.

The company says FDA has cleared its blood test for the herpes virus, but Clarke was not impressed. Running a single test on a small amount of blood isn't new. Running several simultaneously would be a genuine advance, but Theranos hasn't proved it can do that.

It isn't clear a finger stick, of the type Theranos does, can provide a consistently accurate result, Clarke said. Blood from the veins is considered more reliable, because other bodily fluids are likely to be contained in a tiny finger prick, skewing the results.

The company has been sharing some data, and has promised more. By early March it will hold a two-day meeting with medical experts at Theranos' headquarters. Spokeswoman Brooke Buchanan promises that it will result in a publication.

The company is resistant to peer review, however, because that would be giving away its edge. If they "give everything" to a university, Buchanan said, it might publish information that allowed another company to swoop in on its work.

"We believe working with FDA is the best way to undergo a review of [our] technology," she said. "We are open to publishing."

**Economic troubles?**

Even if its technology checks out, many observers are not sure Theranos' model works. The company frequently boasts about its prices, which are well below Medicare reimbursement rates. Theranos' lobbyists, NVG and the Nickles Group, have pushed for lower prices and tougher FDA regulation on laboratory tests.

Observers of the lab sector are befuddled by Theranos's belief that it can make a profit at the prices it is charging. The lab industry already runs at low margins, they say.

"There's no way … they could buy market share or drive LabCorp or Quest out of business," said David Nichols, of the Nichols Management Group. The other two companies are too efficient, he said: "They're run like a Swiss watch."

The lab business has costs that Theranos can't wish away, he added, like infrastructure, logistics, equipment and reagents. And Theranos lacks the economies of scale the establish companies have.

Theranos declined to comment specifically on its profit levels. Buchanan said that the company is strong.

The company's spending certainly is strong, says Morningstar's Debbie Wang. It has 1,000 employees, up from an estimated 500 in June 2014. Holmes and Theranos have been all over the media in magazine and TV profiles; the company even hired Oscar-winning documentarian Errol Morris to create short films.

Holmes said in an October interview that the company will not use its tiny "nanotainer" testing device until the FDA clears it. That apparently has led the company to outsource a lot of its work.

The lab at the University of California, San Francisco, used to process a handful of rare tests every six months for Theranos, but starting in November that number jumped to a few hundred, and 500 in December, including generic tests that any hospital could do, UCSF lab director Tim Hamill said.

His lab charges Theranos a lot more than Theranos is charging patients, Hamill said. ARUP Laboratories in Salt Lake City has also been doing some of Theranos' work.

"It's very common in the lab industry to send out [samples] to reference labs," Buchanan responded.

Uncertain future, for Theranos and the digital health sector

"Is Theranos going to be around two years from now? I would guess probably not," said Bessemer Venture Partners investor Stephen Kraus.

Theranos, of course, denies that. "We have a strong business plan," said Buchanan. "We are a successful business."

Kraus worries about potential collateral damage to the diagnostic sector, should Theranos fail. FDA has signaled its intention to regulate laboratory-developed tests — tests that a single lab develops and uses. Theranos supports FDA oversight, but Kraus thinks the distinction will be lost if the company eventually fails.

"This is going to be the poster child of lab-developed tests; it's going to be bad for the industry," he said. "A few burning ashes might become a big fire — that's what I fear."

A Theranos failure might lead to more regulation of digital health as well, said Jeff Short, a health IT lawyer with Hall Render. FDA has been moving toward deregulation, but "as the facts come out of this … it may lead a backlash against innovation," he said.

Some believe a Theranos failure will mean more to investors than regulators.

"Before you invest in unicorn technology, one needs to perform a level of due diligence," said Lakshman Ramamurthy, a vice president of consultancy Avalere Health and former government regulator. Investor assessments of digital health have trended downward in recent months, and a big bust could increase the pressure, he said.

"I just get the feeling that maybe management hasn't gotten their head around how deeply this company's been buried," said Wang. "It almost feels like a company in denial."

Missing out on the latest scoops? Sign up for POLITICO Playbook and get the latest news, every morning — in your inbox.