# Exhibit 15



Log in

HOME > TV > NEWS

Mar 29, 2021 10:00am PT

# Amanda Seyfried to Play Elizabeth Holmes in Hulu Series 'The Dropout,' Taking Over From Kate McKinnon

By Joe Otterson



Nico Bustos

Amanda Seyfried has signed on to play Theranos founder Elizabeth Holmes in the Hulu series "The Dropout."

Seyfried takes over the role from Kate McKinnon, whose exit from the project was reported in February. **The series tells the story of Holmes, the enigmatic Stanford dropout who founded medical testing start-up Theranos. She was lauded as a Steve Jobs for the next tech generation.** Once worth billions of dollars, the myth crumbled when it was revealed that none of the tech actually worked, putting thousands of people's health in grave danger.

Holmes' scam was so successful, that Theranos was at one time valued at nine-billion dollars, making her one of the richest women in the world. She was indicted by a federal jury in 2018, along with the former Theranos chief operating officer, on nine counts of wire fraud and two counts of conspiracy to commit wire fraud.

ADVERTISEMENT

Seyfried will serve as a producer on "The Dropout" in addition to starring. News of her casting also comes shortly after Seyfried received an Academy Award and Golden Globe nomination for her role in the David Fincher film "Mank." Her other feature credits include "Mean Girls," "Mamma Mia," "Les Miserables," and "Dear John." Seyfriend is also no stranger to television, having starred in shows like "Big Love," "Veronica Mars," and the Showtime revival of "Twin Peaks."

She is repped by Innovative Artists, Frankfurt Kurnit Klein and Selz, and Relevant.

Elizabeth Meriwether will serve as showrunner and executive producer on the series, with Liz Heldens, Liz Hannah, Katherine Pope, Rebecca Jarvis, Victoria Thompson, and Taylor Dunn also executive producing. It is based on the ABC Radio and ABC News podcast about Holmes. Jarvis hosted the podcast, which was produced by Thompson and Dunn. 20th Television and Searchlight will serve as the studios.

**Read More About:**
Amanda Seyfried, Elizabeth Holmes, Hulu, The Dropout

## Sponsored Stories

**[Photos] Brad & Angelina Embrace Shiloh's New Identity**
THE PRIMARY MARKET

**[Pics] Sarah Silverman, 50, Is Not Married And Now We Know Why**
POPULAR EVERYTHING

**Eyewear for Everyone**
Buy prescription glasses online, starting at $6.95
ZENNI

**According To Fans, These Are The Rudest Celebs In Hollywood**
AUTO OVERLOAD

**[Photos] Celebs Who Have Destroyed Their Looks**
POST FUN

**[Pics] The Kids In These Scenes Were Actually The Star's Real Life Children**
MONEY VERSED

Powered by |

# MOST POPULAR


**Eurovision Winners From Italy Will Take Drug Test Following Green Room Incident**


**Watch Lil Nas X Roll Through Pants-Splitting Wardrobe Malfunction on 'Saturday Night Live'**


**BTS' 'Butter' Breaks YouTube Record for 24-Hour Views**


**The Linda Lindas Sign With Epitaph Records**


**The Linda Lindas' Library Performance of 'Racist, Sexist Boy' Hailed by Rage Against the Machine's Tom Morello**


**Kevin Spacey Set for First Film Cameo Following Sexual Assault Allegations**


**Why the James Bond Franchise Complicates Amazon's Talks to Acquire MGM**


**Eurovision: Italian Heavy Metal Band Måneskin Wins 65th Song Contest**


**Box Office: 'F9' Zooming to Huge $160 Million-Plus Debut Overseas**


**'Saturday Night Live' Cast and Chris Rock Reflect on 'Crazy' COVID Year in Season 46 Finale**

ADVERTISEMENT

## Must Read



**MUSIC**
**Eurovision Winners From Italy Will Take Drug Test Following Green Room Incident**

**MUSIC**
**Watch Lil Nas X Roll Through Pants-Splitting Wardrobe Malfunction on 'SNL'**



**MUSIC**
**The Linda Lindas Sign With Epitaph Records**





TV

**CNN Cuts Ties With Contributor Rick Santorum**



FILM

**Kevin Spacey Set for First Film Cameo Following Sexual Assault Allegations**



### Sign Up for Variety Newsletters

Enter your email address    SIGN UP

ADVERTISEMENT

# STRICTLY BUSINESS

**A Variety and iHeartRadio Podcast**

## MORE FROM OUR BRANDS

ROLLING STONE
**New Covid Cases, Deaths Nosedive to Levels Not Seen Since Last Summer**

ROBB REPORT
**5 Andy Warhol NFTs Are Heading to Auction. Art Experts Question Their Authenticity.**

SPORTICO
**US Soccer Brings Marketing In-House After 20-Year Run With SUM**

**SPY**

**The Best Brain Games for Dogs to Keep Your Pup Busy and Happy**

**TVLINE**

**Master of None: Naomi Ackie Unpacks the IVF Highs and Lows of Episode 4**

Variety ■

Legal ■

Variety Magazine ■

VIP+ Account ■

Connect ■

**THE BUSINESS OF ENTERTAINMENT**
**SUBSCRIBE TODAY**

© Copyright 2021 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.
Powered by WordPress.com VIP

**HAVE A NEWS TIP?** LET US KNOW