# Exhibit 16

NEWS WEBSITE OF THE YEAR

The Telegraph

Log in

Coronavirus | News | Politics | Sport | Business | Money | Opinion | Tech | Life | Style | Tra

See all Tech



# Elizabeth Holmes faces moment of reckoning for Theranos blood testing scandal

The Theranos founder, whose trial is due to begin in August, faces criminal fraud charges that could land her in prison for up to 20 years

By Margi Murphy, US TECHNOLOGY REPORTER, SAN FRANCISCO

12 May 2021 • 9:00am

   

When Theranos founder Elizabeth Holmes came walking through the office, employees

would mutter "E is coming", under their breath.

"We didn't want to say her name out loud," says Cheryl Gafner, a former receptionist at the biotechnology company. "It was like *Beetlejuice* - if you said it three times then s*** would happen."

Perhaps workers were onto something. Holmes, who Gafner once joked was "hatched out of a pod" due to her cold demeanour, could face up to 20 years in prison for allegedly lying to investors, doctors and patients about the limits of Theranos' technology.

"There's nothing quite like Elizabeth Holmes' case because there's nothing quite like Silicon Valley," says Danny Cevallos, a criminal lawyer who appears on MSNBC and NBC News.

Once billed as the "female Steve Jobs" for founding a $9bn (£6.37bn) startup that promised to revolutionise the lab test industry, the 37-year-old's story has become a cautionary tale among entrepreneurs.

Holmes and former Theranos president Ramesh "Sunny" Balwani stand accused by the US government of lying about Theranos' ability to produce accurate test results from tiny amounts of blood, a deceit that cost investors and put patients in harm's way.

Last week, a pregnant Holmes and her lawyers appeared in federal court in California for a pre-trial hearing, ahead of her criminal trial in August. Balwani will be tried separately next year.

As part of their defence, Holmes' team attacked the credibility of Stephen Master, a professor at Weill Cornell Medical College, who will argue against the accuracy of Theranos tests.

During the height of her popularity, Elizabeth Holmes appeared on the cover of Time and appeared on stage to discuss her company with the likes of Bill Clinton | CREDIT: Taylor Hill/ FilmMagic

Amy Saharia, a lawyer for Holmes, claimed that Master's opinions are "based on emails and customer complaints" and are "not a scientifically valid way to reach conclusions".

To appeal to the jury, Holmes' lawyers also revealed they will argue that the idiosyncrasies of Silicon Valley — hyperbole, prediction and confidence — mean investors knew what they were getting into. Visionaries and their missions have long been idolised in the 50 square miles that encompass the unofficially defined valley.

"The brilliant jerks have been venerated and rewarded throughout the valley's history," says Margaret O'Mara, a historian at the University of Washington. Steve Jobs is one iconic example of a founder who had a certain amount of swagger, although had a beautiful product to back it up. Bill Gates, renowned for his unapologetic competitiveness before his philanthropic years, is another.

"Exaggeration is a function of trying to convince investors and customers of the necessity of a product that they don't know they need," she says. "So when these models are held up to the Elizabeth Holmes of the world, who need to convince people to invest money in their company and buy your product, it lends itself to a bit of hype."

Dan Ives, an analyst at Wedbush compares it to Hollywood, where pizzazz and exteriors create almost mythical entrepreneurs and startups. "In the past decade we've seen several people built up even bigger than their ideas," he says.

But, for patients and doctors who say they received inaccurate test results, and investors who lost their cash when Theranos folded in 2018, puffery can only take a company so far.

A precocious child brought up by wealthy parents — her father was a vice-president at Enron — in Washington, Holmes often told relatives she wanted to be a billionaire when she grew up. "Not a president?" they would ask. "Because then the president will want to marry me," would come her response.

Her parents were supportive, buying her toolkits instead of Barbie dolls, but those who knew her do not recall her being an academic star, claiming her parents "backdoored" her into Stanford University where she studied mechanical engineering.

It was at Stanford that her idea for Theranos blossomed. With her talent for persuasion, Holmes convinced her professor, Channing Robertson, to let her conduct research with his PhD students. She was named a Stanford President's Scholar and was given a grant which she used to travel to Singapore to research SARS.

Upon her return she decided to drop out, like Jobs and Mark Zuckerberg, to start her own company. She spent her nights drawing up and filing patents for a new blood testing system and her days rebuffing warnings from academics in the medical field that her idea may not be feasible. Impressed with his student, Professor Robertson came onto the board.

The Theranos lab in San Francisco | CREDIT: CARLOS CHAVARRIA

Holmes also enlisted the help of Balwani, her confidante and would-be lover, to help start the company. Balwani had made his money helping create a software company called CommerceBid and had no experience in biology or medical devices.

Holmes quickly crafted a brand that would be considered the Apple of blood tests, securing more than $700m in investment.

It was only when Holmes began to market her product, an "Edison" device that acted like a mini blood testing lab, that questions began to be raised about Theranos' promises.

Stephanie Seitz recalls the "feeling" that something wasn't right with Theranos after her medical centre, Southwest College of Naturopathic Medicine and Health Sciences, said they wanted to strike up a partnership with the technology company, keen to be part of the buzzy start-up before it got too big.

Seitz, who has a background in lab testing, says: "It didn't make sense that you could just do all this blood work from a finger prick." When pushed, Theranos was not as forthcoming as other lab test companies about how it got its results, another "red flag".

Theranos offered Southwest College and similar centres in Arizona in California coupons to try and get more people buying their lab tests, while Holmes appeared on the cover of *Time* and appeared on stage to discuss her company with the likes of Bill Clinton. Doctors loved the coupons as it meant patients could shave costs, but some, including Seitz, began noticing that some of the results seemed wrong.

"Some thyroid labs were out of the ordinary," she says. They began telling patients to get tests from different companies because they didn't think they could trust them. They would return as normal, she says. "I could have changed their medication and possibly caused a side effect because of it."

One big name, Walgreens, was left facing shareholder and consumer legal action after it placed Edison machines in some of its shops in California and Arizona.

Meanwhile, Holmes had told investors that Theranos would generate more than $100m in revenues, break even in 2014 and generate some $1bn in revenues in 2015 when, in truth, the defendants knew Theranos would generate small amounts in either year, US prosecutors claim. The company would come to be worth nothing within three years' time.

Holmes is expected to claim that she was coerced into the company by Balwani, who she claims should have known better. The pair broke up in 2016, when Holmes "retired" the former Microsoft employee from the company as journalists began sniffing around for stories. Lawyers have argued to remove any reference to Holmes' wealth, as money could be seen as a motive for fraud.

Far from the pulled-together executive, Holmes wore the same pair of shoes every day that were covered in scuffs and her hair "always looked terrible, full of split ends", Gafner says. "She always looked so exhausted I thought 'look at this poor girl working so hard with all that brain power'. But the more I talked to the scientists who were working there, the more I realised she was exhausted from holding in all those secrets."

Related Topics
Biotech, Silicon Valley

   

More stories

## More from Technology

### Bill Gates' divorce triggers $142bn battle over his fortune

*By* James Titcomb
23 May 2021, 12:00pm

### Apple's tracking crackdown hits ad spending

*By* James Titcomb
23 May 2021, 9:00am

### Security agencies and police beef up iPhone-cracking contracts

*By* Margi Murphy
23 May 2021, 6:00am

### Muse frontman Matt Bellamy and Silicon Valley investors put $5m into brain-reading headset maker

*By* James Titcomb
23 May 2021, 6:00am

### Meet the man behind controversial iPhone-cracking company Cellebrite

*By* Margi Murphy
23 May 2021, 6:00am

### Bitcoin divorces skyrocket as spouses stash wealth in cryptocurrencies

*By* Lucy Burton
22 May 2021, 7:00pm

## More from The Telegraph

### Voucher Codes ›

The latest offers and discount codes from popular brands on Telegraph Voucher Codes

[Amazon promo code](#)

[Vodafone deals](#)

[Argos promo code](#)

[Currys discount code](#)

[NOW TV Offers](#)

[Dell discount codes](#)

Back to top

Follow us on: Facebook Instagram Twitter Snapchat LinkedIn YouTube

| | |
|---|---|
| Contact us | About us |
| Rewards | Reader Prints |
| Branded Content | Syndication and Commissioning |
| Guidelines | Privacy |
| Terms and Conditions | Advertising Terms |
| Fantasy Sport | UK Voucher Codes |
| Betting Offers | Modern Slavery |
| Manage Cookies | |

© Telegraph Media Group Limited 2021