# Exhibit 18



12,017 views | Dec 23, 2019, 9:20 am

# From Elizabeth Holmes' Downfall To Donald Trump's Election: Top Ten Billionaire Moments Of The Decade

**Hayley C. Cuccinello** Forbes Staff
Billionaires
*Following the world's richest people.*



ETHAN PINES AND JAMEL TOPPIN FOR FORBES

Over the past decade, the *Forbes* Billionaires list has swelled from 1,011 members to 2,100, collectively worth some $8.7 trillion. This elite group is ever-changing—247 billionaires fell out of the ranks last year alone, replaced by 195 newcomers—but some have left their mark. From Alibaba's Jack Ma to Italy's Silvio Berlusconi, these billionaires commanded headlines in the 2010s, for better or worse.

ADVERTISEMENT

Ad

Get started with Google Ads.

Here are some of the biggest milestones:

## The Death of Steve Jobs



JUSTIN SULLIVAN/GETTY IMAGES

In October 2011, Jobs died at age 56 after a seven-year battle with pancreatic cancer. He had stepped down as CEO of Apple two months prior, handing the reins to then-Chief Operating Officer Tim Cook.



Jobs launched the company with high school friend Stephen Wozniak in a Silicon Valley garage in 1976. He was ousted in 1985 but returned in 1997 and spent the following years revitalizing the company, first launching the iPod in 2001 and then the iPhone in 2007 — and earning the reputation of a tech visionary. By the time of his death, Apple's market capitalization topped $350 billion.

Jobs was survived by his three daughters, a son and his spouse, Laurene Powell-Jobs. His widow is now the 42nd-richest person in the world with a net worth of $23.8 billion, having inherited the late Jobs' Apple and Disney stock.

ADVERTISEMENT

### Italy's Silvio Berlusconi Resigns As Prime Minister



Case 5:18-cr-00258-EJD Document 801-7 Filed 05/27/21 Page 5 of 15



ISM AGENCY/GETTY IMAGES

Three-time Italian prime minister Silvio Berlusconi resigned in November 2011 after losing control of parliament. He had pledged to step down after the passing of austerity measures, intended to combat Italy's debt crisis.

Berlusconi was first elected prime minister in 1994, six years after first making *Forbes'* billionaires list, largely thanks to his media group Fininvest—which includes Mediaset, Italy's largest commercial broadcaster. By 2011, his net worth had sunk to $6 billion, less than half its peak of $12.8 billion in 2000, as Berlusconi faced trials for tax fraud, corruption and paying for sex in with a minor. He was later found guilty of all three charges, though he was subsequently acquitted on appeal in the prostitution case.



CORBIS VIA GETTY IMAGES

## Elon Musk Becomes A Billionaire

Tesla unveiled its first SUV, the Model X, in February 2012. His 29% stake in Tesla was worth more than $1 billion. The rest of his fortune was tied up in his other moonshots: solar panel firm SolarCity and aerospace outfit SpaceX, which is building reusable rockets.

ADVERTISEMENT


"If you go back a few hundred years, what we take for granted today would seem like magic—being able to talk to people over long distances, to transmit images, flying, accessing vast amounts of data like an oracle. These are all things that would have been considered magic a few hundred years ago," Musk told *Forbes* in 2012. "So engineering is, for all intents and purposes, magic, and who wouldn't want to be a magician?"

## Chip Wilson Steps Down As Lululemon Chairman



From Elizabeth Holmes' Downfall to Donald Trump's Election: Top Ten Billionaire Moments Of The Decade



JENS KRISTIAN BALLE/FORBES COLLECTION

In March 2013, Lululemon issued a recall of thousands of yoga pants that consumers complained were too sheer. That November, the high-end activewear giant was faced with new concerns that the pants were pilling. Lululemon founder Chip Wilson did not take the criticism in stride, blaming customers instead. "Frankly, some women's bodies just don't actually work for it," he said during an interview with Bloomberg TV. "It's really about the rubbing through the thighs, how much pressure is there over a period of time, how much they use it."

Many customers were offended by Wilson's remarks and unsatisfied with his subsequent apology. An online petition calling for Lululemon to make pants for a wider range of body sizes got nearly 20,000 signatures. In December 2013, less than a month after the disastrous interview, he resigned as chairman.

He has since tried and failed to oust two directors from the company's board and, in 2018, released an eviscerating tell-all. Still, Wilson—who is worth $4.6 billion—remains Lululemon's largest individual shareholder.

ADVERTISEMENT



### Jack Ma Becomes The Richest Man In China After Alibaba's Record-Setting IPO





2014 GETTY IMAGES

Ma became China's richest man in September 2014 after taking his e-commerce giant, Alibaba, public on the New York Stock Exchange in a $25 billion IPO, then the largest in global history. His net worth more than doubled to $22.7 billion as a result of the listing, launching him ahead of Baidu billionaire Robin Li and Tencent founder Ma Huateng (aka Pony Ma).

In the five years since, Alibaba's share price has more than doubled. On November 11, known in China as "Singles Day," sales on Alibaba's marketplaces, such as Taobao and Tmall, topped $38 billion. Ma, who is now worth $42.9 billion, recently stepped down as executive chairman.

## Elizabeth Holmes, Founder of Theranos, Goes From Billionaire To Zero





ETHAN PINES/FORBES COLLECTION

Two years after Elizabeth Holmes's Theranos fetched a $9 billion valuation off of bold promises of revolutionizing blood testing, *Forbes* dropped her net worth estimate from $4.5 billion to zero in June 2016. The Stanford dropout, who fueled her meteoric rise with over $700 million of investor money from the likes of Rupert Murdoch, Carlos Slim and Robert Kraft, was hit with allegations that her firm used other company's machines and its own tests were inaccurate.

The house of cards collapsed after investigations by the FDA, SEC and other federal agencies, and Theranos shut its operations in September 2018 after defaulting on its loans; it had no cash left to pay its shareholders. Holmes will go on trial for felony conspiracy and fraud next summer.

ADVERTISEMENT

### Donald Trump Becomes America's First Billionaire President





2016 GETTY IMAGES

After an election that shocked the world, Donald Trump became America's first-ever billionaire president in January 2017. Trump's fortune, largely comprised of Manhattan real estate, was estimated at $3.7 billion at the time and has since fallen in value to $3.1 billion.

His branding and real estate licensing businesses have nosedived, but his stakes in two office towers—one in New York City, another in San Francisco—have skyrocketed in value. His sons, Eric and Don Jr., have sold more than $100 million of Trump's real estate portfolio on his behalf since the inauguration.

In mid-December, Trump became the third president to be impeached as the House of Representatives charged him with abuse of power and obstruction of Congress.

## Canadian Billionaire Barry Sherman And Wife Honey Found Dead



TORONTO STAR VIA GETTY IMAGES

The founder and chairman of generic pharmaceutical company Apotex and his wife were discovered in the basement of their Toronto mansion in December 2017. Barry, 75, and Honey, 70, were each found with a leather belt tied around their necks, hung from steel railing around the end of their swimming pool. *Forbes* estimated Barry's fortune to be $3 billion at the time of his death.

ADVERTISEMENT

Two years later, local police are still investigating the double homicide after speaking to more than 240 witnesses. The Sherman family's private investigation recently ended without finding a culprit, but they are still offering a $10 million reward for information that leads to the arrest and conviction of the killer or killers.

Amazon Founder Jeff Bezos Becomes The World's Richest Person





AFP VIA GETTY IMAGES

The Amazon founder and CEO had a great 2018. His fortune skyrocketed by $78.5 billion in a single year, to $160 billion, as Amazon's share price doubled—pushing him past Bill Gates to become the richest person in the world. The previous year, he had briefly topped the list for less than four hours.

"There are different businesses where the market is limited," Bezos told *Forbes*. "But we just don't have that issue."

In January 2019, Bezos and his then-wife MacKenzie announced their divorce, which was finalized in July. MacKenzie got 25% of Jeff's Amazon stock, making her the 27th-richest person in the world, with a net worth of $35.2 billion. Jeff, meanwhile, remains the world's wealthiest person, with $111.1 billion.

ADVERTISEMENT

### Kylie Jenner's Billionaire Status Confirmed After Selling 60% Of Her Beauty Empire To Coty





JAMEL TOPPIN/FORBES COLLECTION

*Forbes* announced then-21-year-old Kylie Jenner as the world's youngest self-made billionaire —a title previously held by Mark Zuckerberg and, before that, Bill Gates —in March 2019. In November, Jenner sold a 51% stake in her beauty brands—Kylie Cosmetics and Kylie Skin—to publicly-traded fragrance and cosmetics company Coty for $600 million. The deal valued Jenner's businesses at nearly $1.2 billion, confirming her billionaire status.

"I didn't expect anything. I did not foresee the future," Jenner told *Forbes* of becoming a billionaire. "But [the recognition] feels really good. That s a nice pat on the back."

Get the best of Forbes *to your inbox with the latest insights from experts across the globe.*

Follow me on Twitter*. Send me a secure* tip*.*

 Hayley C. Cuccinello

I am a wealth reporter at Forbes. Prior to joining the wealth team, I oversaw the Forbes Media and Entertainment section for nearly three years as Assistant Editor. I run... **Read More**

Recommended

HIGH RETURN SAFE INVESTMENTS

INVESTMENTS FOR BEGINNERS

BEST CREDIT CARDS TO HAVE

CHEAPEST CAR INSURANCE

BEST FRANCHISE OPPORTUNITIES

## FROM THE WEB

Top 10 Stocks to Invest In

$20/hour Work at Home Jobs

Luxury Homes in Washington

## Also on Forbes Billionaires

Capital One BrandVoice: Last-Minute Experiential Gifts For Everyone On Your List 

Best Irons 

© 2019 Forbes Media LLC. All Rights Reserved.

AdChoices  Privacy Statement  Terms and Conditions  Contact Us  Jobs At Forbes  Reprints & Permissions  Forbes Press Room  Advertise

Case 5:18-cr-00258-EJD Document 801-7 Filed 05/27/21 Page 15 of 15 From Elizabeth Holmes' Downfall To Donald Trump's Election: Top Ten Billionaire Moments Of The Decade

