# Exhibit 19

6/30/2020 The FDA posted its inspection reports for Theranos's labs. They don't look good. - Vox

Case 5:18-cr-00258-EJD Document 801-8 Filed 05/27/21 Page 2 of 6



✕

## Support our journalism

Millions of readers rely on Vox's free explanatory journalism to understand and navigate the coronavirus crisis. Support our work with a contribution now.

Contribute

# The FDA posted its inspection reports for Theranos's labs. They don't look good.

By Julia Belluz | @juliaoftoronto | julia.belluz@voxmedia.com | Oct 27, 2015, 11:15am EDT



Theranos Founder and CEO Elizabeth Holmes. | Michael Kovac/Getty

The Food and Drug Administration just posted its lab inspection reports for **Theranos**, the much-hyped blood testing startup that has been facing sharp questions about whether its technology actually works.

The documents are heavily redacted, but it seems the **FDA took issue** with the company's failure to properly validate its technology:



The FDA inspectors, who reviewed Theranos' facilities in Newark and Palo Alto, California in August and September, recorded a number of documentation and quality-control failures.

They determined that Theranos's collection containers — known as "nanotainers" — are "uncleared medical devices", since they were not approved by regulators under the proper medical device classification.



The FDA also notes that Theranos **failed to respond** to customer complaints, and did not set up an adequate procedure for reviewing complaints that come into the lab:

> **OBSERVATION 3**
>
> Complaints involving the possible failure of a device to meet any of its specifications were not reviewed, evaluated, and investigated where necessary.
>
> Specifically, a complaint that was reported to you via NCR-01926 on 01/30/2015 was not handled as a complaint in compliance with your written procedure "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014". NCR-01926 was a report of a complaint from your (b) (4) that there were "difficulties in inspecting CTN specimen quality. Reports were that walls of (b) (4) parts were too opaque to be able to see clotting clearly". You did not identify this as a complaint and you did not investigate it as a complaint, nor did you investigate if this complaint required the filing of MDRs. This complaint was not documented in your complaint log.

The FDA also wasn't happy with the company's quality-assurance processes. In particular, Theranos didn't seem to look into whether the suppliers it relied on actually met the company's quality requirements.

> For example, during this inspection you were unable to produce documented supplier qualifications, and you corrected the deficiency by assembling the required supplier qualification documents for your suppliers. You did this without opening a CAPA that investigated the probable cause for not having supplier qualification documentation, or to investigate if these suppliers had met your quality requirements the entire time in the past when you had purchased materials from them with which you had manufactured your finished products, or if your purchasing department personnel required training to ensure future compliance with this required quality activity, and training that may be required by other employees making purchases so that they understand the probable quality impact on products made with materials sourced from unapproved suppliers. This correction of your lack of documented supplier qualification was not documented in a CAPA that contained an effectiveness plan to ensure that the correction you undertook would reduce or eliminate any future recurrence of this situation.

In response to the FDA documents, Theranos sent this comment, claiming that they've fixed the problems outlined by FDA inspectors and that they continue to work with the regulator as they seek full approval for their tests and technology:

> We believe that we addressed and corrected all the observations at the time of, or within a week of, the inspection and have submitted documents to FDA that say so, including extensive documentation, as well as outlining our path to the whole QSR transition going forward. Their observations are, by their very nature, preliminary and in this is a time of evolving policy, we have advocated for the transition from the LDT framework to the FDA quality systems framework.

You can read the entire (heavily redacted) reports **here** and **here**. The reports were posted in response to a Freedom of Information Act request.

These reports, known as a **Form 483**, are issued by FDA investigators to inform company management of "objectionable conditions" in medical labs.

6/30/2020 The FDA posted its inspection reports for Theranos's labs. They don't look good. - Vox

Case 5:18-cr-00258-EJD Document 801-8 Filed 05/27/21 Page 5 of 6

Specifically, the FDA looks for violations of the Food, Drug, and Cosmetic Act to see if "conditions or practices observed would indicate that any food, drug, device, or cosmetic has been adulterated or is being prepared, packed, or held under conditions whereby it may become adulterated or rendered injurious to health."

TOP ARTICLES    1/5



What a controversial face mask study says about science in the Covid-19 era

READ MORE »

6/30/2020 The FDA posted its inspection reports for Theranos's labs. They don't look good. - Vox

Case 5:18-cr-00258-EJD Document 801-8 Filed 05/27/21 Page 6 of 6