1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7        150 Almaden Boulevard, Suite 900
         San Jose, California 95113
8        Telephone: (408) 535-5061
         Fax: (408) 535-5066
9        Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,            )  Case No. 18-CR-00258 EJD
                                        )
15        Plaintiff,                    )  UNITED STATES' PROPOSED
                                        )  JURY QUESTIONNAIRE
16   v.                                 )
                                        )  Trial Date: August 31, 2021
17 ELIZABETH HOLMES,                    )  Court: Hon. Edward J. Davila
                                        )
18        Defendant.                    )
                                        )
19 _____)

20        The United States hereby respectfully submits its Proposed Jury Questionnaire.

21        If the Court decides to employ the Proposed Jury Questionnaire, the United States does not see a

22 need to submit specific *voir dire* questions. The United States respectfully recommends that the Court

23 ask its customary *voir dire* questions, follow up questions the Court deems appropriate based on the

24 questionnaire responses and the Court's *voir dire*, and questions addressing any possible Rule 12.2

25 defense. The United States also respectfully requests that, following the Court's *voir dire*, the Court

26 permit counsel for both sides to conduct limited individual *voir dire,* as appropriate, to follow up on (1)

27 significant responses in the written questionnaires, or (2) responses given to the Court's *voir dire*.

28

Should the Court decline to administer, or substantially revise, the proposed questionnaire, the government requests the opportunity to submit additional *voir dire* questions.

DATED: May 27, 2021

Respectfully submitted,

STEPHANIE HINDS
Acting United States Attorney

*Robert S. Leach*
_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES,<br><br>  Defendant. | Case No. 18-CR-00258 EJD<br><br>**JUROR QUESTIONNAIRE** |

You have been summoned by this Court for jury selection. The case for which you have been summoned for jury selection is a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, engaged in a scheme, plan, and artifice to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form are asked to assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your possible service as a fair and impartial juror in this case. Its use will avoid the necessity of asking each prospective juror every one of these questions in open Court.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

1

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so.  Please answer each question as fully as you can.  Your complete honesty is essential.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank.  If you do not understand the question, please write that in the space for the answer.  If you feel the answer is too personal, please say so in the space provided.  You will have the opportunity to discuss your answer privately.  If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire.  If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors.  It is also important that you do not engage in any research such as searching for stories or reports on the internet.**  Your answers are confidential.  They will be reviewed by the Judge and the lawyers in this case.  Following jury selection, the original questionnaire will be kept under seal and will be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated.  You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: _____

_____<br>
HON. EDWARD J. DAVILA<br>
United States District Judge

**JUROR QUESTIONNAIRE**
**UNITED STATES V. ELIZABETH HOLMES**

1. NAME: _____  Dr. Mr. Mrs. Ms. Miss   Age: _____

2. Residence: County: _____  City/Town: _____  Neighborhood: _____
   *[Do not list your street address]*

   How long have you lived at that location? _____

   Your place of birth: _____

   Do you own or rent your home?   Rent ____   Own ____   Other ____

   What other communities have you lived in during the last ten years? _____
   _____
   _____

3. If called to serve as a juror, how will you commute to the courthouse? _____

4. What is your marital status?  (Please Circle)

   Single   Married   Separated   Divorced   Widowed   Live with a partner

5. What is your current job status?

   ____ Working full-time          ____ Unemployed

   ____ Working part-time          ____ Homemaker

   ____ Retired                    ____ Full-time student

   ____ Disabled

6. What is your occupation?   [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

   a. What is your occupation (or what was it, if not currently employed)?
   _____

   b. By whom are (were) you employed? _____

   c. How long have (did) you worked there? _____

   d. Please describe the nature of your job. _____

   e. Do (Did) you supervise other people?  Yes ____   No ____   If so, how many? ____

7. During the course of your working life have you changed careers or occupations and, if so, what?
   _____
   _____
   _____

1

8. Have you ever had a job which was considered management?   Yes _____   No _____
   If Yes, how many people did you manage?

9. What is the highest level of education you completed? _____

10. Please describe your educational background:

    <u>School Name</u>            <u>Major areas of study</u>            <u>Degrees received</u>

    _____

    _____

    _____

11. Have you taken any courses or had training in law, legal procedure, or administration of justice?
    Yes___   No___   If Yes, please explain:

    _____

    _____

    _____

12. Have you taken in courses or had training in business, finance, investing, medicine, medical devices, or blood or lab testing?
    Yes___   No___   If Yes, please explain:

    _____

    _____

    _____

13. Have you worked for an entity or held a job that involved investing, medicine, medical devices, or blood or lab testing?
    Yes___   No___   If Yes, please explain:

    _____

    _____

    _____

14. Please complete the following questions regarding your **present spouse** or **partner**.  If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner**.

2

Current employment status:

_____   Working full-time            _____Unemployed

_____   Working part-time            _____Homemaker

_____   Retired                      _____Full-time student

_____   Disabled

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

b. By whom is (was) s/he employed? _____

 How long has (did) s/he worked there? _____

c. Please describe the nature of his/her job? _____

d. What other types of jobs has s/he had in the past? _____

15. What is the highest level of education s/he completed? _____

    Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

    School Name              Major areas of study              Degrees received

16. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what did they do?)

    Mother: _____   Father: _____

    Stepmother: _____   Stepfather: _____

17. If you have children, please state:

    Sex    Age    Education                              Occupation

3

18. If other adults live in your home in addition to those already you already described above, please state:

    <u>Relationship</u>　　　<u>Sex</u>　　<u>Age</u>　　　<u>Education</u>　　　　<u>Occupation</u>

19. Have you, your current spouse/partner, or your child ever served in the military?  Yes____  No____

    If yes, please list for:　　　<u>You</u>　　　　　　　　<u>Spouse, Partner, or Child</u>

      Branch of service:　　_____　　_____

      Combat:　　　Yes____　　No____　　　　Yes____　　No____

20. Please list your main sources of news – including newspapers, television and radio stations or programs, internet sites, and conversations with others:

21. Do you watch, read, or listen to financial news?  If so, how often and from what source?

22. Please list all groups and organizations you belong to or participate in, such as community neighborhood groups, volunteer activities, crime prevention groups, etc.

4

23. Do you have any condition that would affect your ability to hear testimony from witnesses at trial?
    Yes____    No____    If Yes, please explain:

    _____

    _____

    _____

24. Have you ben vaccinated against COVID-19 or are you scheduled to be vaccinated?
    Yes____    No____

25. Have you already contracted COVID-19?  Yes____    No____

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?    Yes____    No____

26. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    _____

27. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

    _____

28. Have you previously served as a trial juror or as a grand juror?    Yes____    No____
    If Yes, please complete for each case on which you served:

    | | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
    |---|---|---|---|---|
    | 1 | | | | |
    | 2 | | | | |
    | 3 | | | | |
    | 4 | | | | |
    | 5 | | | | |

    a.  Have you ever served as a jury foreperson?    Yes____    No____

    b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides at trial?    Yes____    No____
        If Yes, please explain:

        _____

        _____

29. Have you, or a close friend or family member, ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?
    Yes____    No____    If Yes, please explain:

    _____

    _____

5

30. Have you, or a close friend or family member, ever been employed by or affiliated with any law enforcement or other government agency (including police, sheriff, corrections, FBI, Immigration, IRS, Securities and Exchange Commission, Food and Drug Administration, Department of Health and Human Services, Centers for Medicare & Medicaid Services, parole or probation, etc.)?
Yes_____   No_____   If Yes, please list:

| Name | Relationship to you | Position | Agency |
|------|---------------------|----------|--------|
|      |                     |          |        |
|      |                     |          |        |
|      |                     |          |        |

31. Have you, or a close friend or family member, ever worked for a court, a prosecutor's office, or a criminal defense office? This includes a judge, a District Attorney's office, a United States Attorney's office, or any private or public criminal defense attorney's office?
Yes ___   No ____   If Yes, please explain:

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, etc. – whether it was reported to law enforcement authorities or not?
Yes____   No____   If Yes, please explain:

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?
Yes____   No____   If Yes, please explain:

34. Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness?
Yes____     No____     If Yes, please explain:

_____

_____

_____

_____

35. Have you, or a close friend or family member, ever been arrested?
Yes____     No____     If Yes, please explain:

_____

_____

_____

_____

36. Have you, or a close friend or family member, even been accused of fraud or misrepresentations, or of fraudulently concealing information?
Yes____     No____     If Yes, please explain:

_____

_____

_____

_____

37. Have you, or a close friend or family member, ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would strongly influence your ability to judge the facts of a criminal case or the person accused?
Yes____     No____     If Yes, please explain:

_____

_____

_____

_____

38. Have you, or a close friend or family member, ever suffered a substantial monetary loss as a result of a financial investment, including stocks, real estate, or business?
Yes____     No____     If Yes, please explain:

_____

_____

39. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?
    Yes____    No____    If Yes, please explain:

40. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would strongly influence, inhibit, or hinder your ability to judge the facts in a criminal case?
    Yes____    No____    If Yes, please explain:

41. The court will instruct you on the applicable law and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?
    Yes____    No____    If No, please explain:

42. The cover page contains a brief statement about this case. Have you heard or read anything about this case before today?
    Yes____    No____    If Yes, please explain:

43. Is there anything about the nature of the charges and/or what you have heard or read about this case that would affect how you judge the facts of this case or the person accused?

8

Yes____    No____    If Yes, please explain:

_____

_____

_____

_____

44. Have you, or a close friend or family member, had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani, or strong opinions or feelings about any of them, that would influence your ability to be a fair and impartial juror in this case?
Yes____    No____    If Yes, please explain:

_____

_____

_____

_____

45. Have you owned securities or interests in Theranos or used its blood testing services?
Yes____    No____    If Yes, please explain:

_____

_____

_____

46. The Court will instruct you that jurors will decide the case based solely on the evidence presented in the courtroom and not information a juror may have heard or read about this case previously. Will you be able to follow this instruction?
Yes____    No____    If No, please explain:

_____

_____

_____

47. The Court estimates that the trial in this case will last approximately 13 weeks. Trial days during the week will be Tuesday, Wednesday, and Friday and from 9:00 a.m. to approximately 5:00 p.m. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?
Yes____    No____    If Yes, please explain:

_____

_____

_____

_____

48. Both the prosecution and the defendant are entitled to have a fair, unbiased, and unprejudiced jury. Is there any reason why you should not be a juror on this case?
    Yes____   No____   If Yes, please explain:

    _____

    _____

    _____

    _____

49. Is there any matter not covered by this questionnaire that should be brought to the attention of the court and the lawyers because it might affect your ability to be a fair and impartial juror?
    Yes____   No____   If Yes, please explain:

    _____

    _____

    _____

    _____

50. Is there any matter that you would prefer to discuss privately with the Court?
    Yes____   No____

51. A list is attached to this questionnaire, please circle the name of any of the listed people that you personally know.

### JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Juror Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date: _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Further Explanation Sheet**

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Richard S. Cleary, Jr.
Williams & Connolly LLP


**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Brent Bingham | Jeffrey Blickman | David Boies |
| Fabrizio Bonnani | Jessica Bramstedt | Brooke Buchanan |
| Steven Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | Eric Caddenhead | Xiao-Yan Cai |
| Mark Campbell | Tim Carroll | Yun Chan |
| Shekar Chandrasekaran | Sergio Chavez | Nianhang Chen |
| Erika Cheung | Kevin Chung | Michael Chung |
| William Clarke | Tim Cooper | Dustin Cook |
| Toby Cosgrove | John Couvaras | Michael Craig |
| Constance Cullen | Andrea Cuppoletti | Chris Davies |
| Sue Desmond-Hellmann | Rick DeVos | Sunil Dhawan |
| Elizabeth Dickinson | Susan DiGiaimo | Michael Dixon |
| Jennifer Dooren | Bruce Doll | Matt Downs |
| Dan Doyle | Maritn Drake | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | |
| Merhl Ellsworth | JoEllen Embry | Raymond Embry |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | |
| Phyllis Gardner | Zubin Gautam | Arnold Gelb |

| | | |
|---|---|---|
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Robert Gordon |
| Brittany Gould | Cass Grandone | William Griffith |
| Brian Grossman | Alberto Gutierrez | Kevin Hagen |
| Craig Hall | Margaret Hamberg | George Hamilton |
| Peyton Hobson | Peyton Hobson | Sally Hojvat |
| Mary Hole | Chris Holmes | Christian Holmes |
| Elizabeth Holmes | Noel Holmes | Cassie Hughes |
| Stefan Hritsu | Kevin Hunter | Jared Hutchings |
| Nimesh Jhaveri | Craig Josephson | Penny Keller |
| Yousuf Khamisani | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Mark Laret | Eileen Lepera | Erez Levy |
| Courtney Lias | Tina Lin | Steve Linnerson |
| Craig Lipset | Christopher Lucas | Clarissa Lui |
| Ashley Marie Mackey | Stephen Master | James Mattis |
| John McChesney | Mindy Mechanic | Pat Mendenhall |
| Seth Michelson | Wade Duvall Miquelon | Katie Moran |
| Daniel Mosley | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Noam Ohana | Patrick O'Neill | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Larree Renda |
| Channing Robertson | Brian Rodriguez | Michael Romeo |
| Kimberly Romanski | Jay Rosan | |
| Callie Raquel Rosendin | Adam Rosendorff | |
| Gary Roughead | David Rusnak | Suraj Saksena |
| David Satchell | Mario Scussel | Robert Shapiro |
| Tim Sheehy | David Shoemaker | George Shultz |
| Tyler Shultz | Jeff Shuren | Seema Singh |
| Kyle Sims | Sharada Sivaraman | Dee Anna Smith |
| Victoria Sung | Adrienne Stewart | Serena Stewart |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Kate Wolff |
| Mike Yagi | Denise Yam | Gary Yamamoto |
| Judith Yost | Daniel Young | Audra Zachman |
| David Nathan Zalatan | Lisa Zuckerman | |