# Exhibit 28

BUSINESS > TECHNOLOGY • News

# More from a longtime Elizabeth Holmes skeptic: On excuses, moments of fame and other Theranos encounters

"I'm not afraid of the truth," Stanford professor says



STANFORD, CA – MAY 24: Stanford University professor Phyllis Gardner poses for a portrait on May 24, 2019, in Stanford, Calif. Gardner's blunt criticism of Theranos and its disgraced founder, Elizabeth Holmes, have made her a favorite among those who have closely followed the blood testing company's downfall. (Dai Sugano/Bay Area News Group)

By **NICO SAVIDGE** | nsavidge@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: June 7, 2019 at 5:00 a.m. | UPDATED: June 7, 2019 at 7:58 a.m.

Back when Theranos founder Elizabeth Holmes was still being compared to Steve Jobs and other tech titans, a band of skeptics was coming together that would help bring about the company's downfall, exposing its supposedly revolutionary blood testing technology as a flop.



The group included the Fuisz family, former childhood neighbors of Holmes', who fought a lengthy legal battle with her; Rochelle Gibbons, whose husband, Theranos chief scientist Ian Gibbons, took his own life while under pressure from the company to lie about its products; and an anonymous blogger who brought the story to Wall Street Journal reporter John Carreyrou, author of "Bad Blood: Secrets and Lies in a Silicon Valley Startup."

It also included Stanford professor Phyllis Gardner.

Gardner had met Holmes years earlier, when she was a 19-year-old Stanford student pitching medical technology ideas that Gardner tried to explain to her were impossible.



"Bad Blood: Secrets and Lies in a Silicon Valley Startup" is a new book about Theranos and its founder, Elizabeth Holmes. The book was published May 21, 2018.

In a conversation with this news organization, Gardner said the Theranos founder, known for wearing black, Jobs-style turtlenecks and speaking in a deep voice, talked in perfectly normal tones when she first knew her. And, Gardner added, part of the reason so many important people failed to see through Holmes, was that, "Old men, I'm telling you, the brains go to their groin."

But that wasn't all Gardner had to say. Here are some more of our questions and her answers.

This conversation has been condensed and edited for clarity and length.

**Q: What has all of the attention on the Theranos story been like for you?**

**A:** It's been fun — I mean, weird. I was at the opening premiere in San Francisco for the HBO documentary. Afterward there was a big party — it's a whole different life than we live. MC Hammer was there, so I see him and I go sashaying up, and I go, "Hi, I'm Phy-" and he goes, "I know who you are!" And hugged me. I was going to tell him I really liked his song!

It's happened all over. I've got this reputation now. Who would ever think, this is what I'm going to get known for? And it's a flash in the pan, let's face it — fine with me, I had my little moment in the sun.

**Q: There has been so much interest in the Theranos story — people have really devoured it. Why do you think that is?**

**A:** I don't know — I ask that. There's something about this story that has people fascinated. Partly, I think, because John Carreyrou wrote a very good book. It's filled with detail, but it's a page-turner.

**Q: Have you been following the coverage the way others have?**

**A:** I flinched in the HBO documentary. When it got to the part where I said, "excuses are like assholes," I just jumped.

That quote was about how one of the things I didn't like about her was that she didn't take responsibility. I said, I learned that when I was an intern at Mass General hospital. It really changed my life.

I was in the coronary care unit, and we had a young-ish man, maybe late-30s, who'd had a coronary catheterization, so he was on Heparin to prevent clotting afterward. And I had a resident who signed out, and he didn't tell me he turned the Heparin off, so I hadn't checked it. And then (a test) came back and I went, "Uh-oh." Because he was now back in clotting range. I turned on the Heparin but he'd clotted off his leg. They fixed it, but the attending came, and he said, "How did this happen?" I said, "Well, (the resident) signed out and I didn't know he was off the Heparin, and by the time I checked it was-." He said, "Who was in charge?" I went, "I was." He said, "So who's responsible?" I said, "I am."

He always said, "Take responsibility when you're in charge." That lesson was so seared in my brain. You look at the CEOs of companies and everything, they've always got some reason. "Excuses are like assholes: Everyone has one." That just became part of my mantra in my life.

**Q: I read that your husband, Andrew Perlman, did some work for Theranos at one point — what did he do there?**

**A:** When I sent her to him, she'd just started the company. I said, "Look, I don't seem to be able to help you, so why don't you contact these two people?" She contacted (Perlman and a friend of Gardner's) and asked, would they be on the Scientific Advisory Board?



They went, and they had one or two meetings — it was clear, she had no interest in input. So she disbanded it, but she gave them (stock) options. So we owned Theranos shares. My conflict of interest was to keep it going! But I said, "I don't want that money."

Here was the pièce de résistance: Harvard puts her on the (Medical School) Board of Fellows, and if you're on the Board of Fellows you have to give money — which we have done. (Holmes was appointed to the board over Gardner's objections.)



Andy got this brilliant idea, he said, "We'll give them the Theranos shares." We offered them, but at this point things were unfolding, and they said no. The irony was not lost on them.

**Q: John Carreyrou writes in "Bad Blood" about the group of Theranos skeptics you were a part of before the company's problems became public. How did that group come together?**

**A:** Well it was the Fuiszes, who then introduced me to Rochelle, and they had been following (the now-defunct) Pathology Blawg. Pathology Blawg was the one who contacted Carreyrou and he introduced Carreyrou to me.

I guess it was a little cabal of people. It probably started in 2014. Those were the years when she was really getting attention — runways and "the youngest female multi-billionaire," blah blah blah, self-made.

**Q: Was that when you felt like you wanted to shout from the hills about your concerns about Theranos?**

**A:** I was shouting, but mostly to people around me.

(L-R) Elizabeth Holmes, Founder & CEO of Theranos being interviewed by Matthew Herper, Senior Editor, Pharma & Healthcare, Forbes Media at Forbes Under 30 Summit at Pennsylvania Convention Center on October 5, 2015 in Philadelphia, Pennsylvania. (Lisa Lake/Getty Images)

**Q: So when you had a chance to go on the record with your concerns about Thernos in the Wall Street Journal, was that a difficult decision?**

**A:** No. Maybe it's a personality quirk — I'm not afraid of the truth. Maybe that's what some people have seen and appreciate. You've got to tell the truth. The truth I knew was bad.

---

Report an error
Policies and Standards
Contact Us


The Trust Project

---

Always need to know more about what's happening in Silicon Valley?

Get the latest Tech news and analysis in your inbox daily.

## Good Morning Silicon Valley newsletter

Enter your email

**SIGN UP**

By signing up, you agree to our privacy policy and terms of service.

Tags:   **Editors' Picks**,   **Elizabeth Holmes**,   **Silicon Valley**,   **Stanford University**,   **Technology**,
**Theranos**





### Nico Savidge | Reporter

Nico Savidge is a reporter covering transportation for The Mercury News and East Bay Times. A graduate of the University of Wisconsin, he previously wrote for EdSource, the Wisconsin State Journal and The Janesville Gazette. He commutes by foot, car, BART, bus and ride-hailing app -- sometimes all in one day.

nsavidge@bayareanewsgroup.com

Follow Nico Savidge @NSavidge

---



**SPONSORED CONTENT**

### If You Have More Than $1,000 in the Bank, Make These 4 Moves ASAP

By The Penny Hoarder

If you've got a $1,000 in the bank, you should make these four moves quickly.

---

### SUBSCRIBE TODAY!
#### ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!

