STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES,<br><br>   Defendant. | Case No. 18-CR-00258 EJD<br><br>UNITED STATES' PROPOSED JURY VERDICT<br><br>Trial Date: August 31, 2021<br>Court: Hon. Edward J. Davila |

   The United States respectfully submits its Proposed Jury Verdict Form.

DATED: May 27, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Robert S. Leach*
_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-00258 EJD |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **VERDICT FORM** |
| ELIZABETH HOLMES, | ) ) ) | |
| Defendant. | ) ) | |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Elizabeth Holmes:

1. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Investors in violation of 18 U.S.C. § 1349, as charged in Count One of the Third Superseding Indictment.

2. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the Third Superseding Indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the Third Superseding Indictment.

1     4. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
2 violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December
3 31, 2013, as charged in Count Four of the Third Superseding Indictment.

4     5. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
5 violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December
6 31, 2013, as charged in Count Five of the Third Superseding Indictment.

7     6. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
8 violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6,
9 2014, as charged in Count Six of the Third Superseding Indictment.

10     7. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
11 violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31,
12 2014, as charged in Count Seven of the Third Superseding Indictment.

13     8. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
14 violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31,
15 2014, as charged in Count Eight of the Third Superseding Indictment.

16     9. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
17 violation of 18 U.S.C. § 1343, in connection with a telephone call from Patient B.B. to Theranos
18 regarding laboratory blood test results on or about October 12, 2015, as charged in Count Nine of the
19 Third Superseding Indictment.

20     10. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
21 violation of 18 U.S.C. § 1343, in connection with Patient E.T.'s laboratory blood test results on or about
22 May 11, 2015, as charged in Count Ten of the Third Superseding Indictment.

23     11. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in
24 violation of 18 U.S.C. § 1343, in connection with Patient M.E.'s laboratory blood test results on or about
25 May 16, 2015, as charged in Count Eleven of the Third Superseding Indictment.

26 ///
27 ///
28 ///

JURY VERDICT FORM,
CASE NO. CR 18-258 EJD           2

12. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the Third Superseding Indictment.

DATED: _____

                                      JURY FOREPERSON