# Exhibit 32




Sign In



Browse

Find your next great listen



Sample

# Thicker than Water

By: Tyler Shultz
Narrated by: Tyler Shultz
Length: 3 hrs and 36 mins
Original Recording Audiobook
Categories: Biographies & Memoirs, Professionals & Academics

4.7 (9,134 ratings)

**plus**

Try for $0.00

✓ Try our newest plan – unlimited listening to select audiobooks, Audible Originals, and podcasts.

✓ You will get an email reminder before your trial ends.

✓ $7.95 a month after 30 day trial. Upgrade or cancel anytime.

Buy for $9.95

## Publisher's Summary

From the hero whistleblower of the infamous Theranos scam, *Thicker than Water* is a look at never-before-revealed details behind closed doors at the company, revealing a cautionary tale of corporate bullying, gaslighting, ego, and wealth running amok in Silicon Valley.

Tyler Shultz had been in the workforce for less than a year when he emailed Elizabeth Holmes, his employer and the CEO and founder of Theranos, with concerns that the company's lab practices were faulty, ignored quality control, and were potentially dangerous to patients. The COO fired back with a dismissive and insulting email, to which Tyler replied: "Consider this my two weeks' notice."

From there, his life spun out of control at the hand of Elizabeth, her team of high-powered lawyers, and the patriarch of Tyler's own family George Shultz - one of America's most prominent statesmen - who sat among the top of the Theranos board of directors. And yet, Tyler forged on. To protect his own conscience, the honor and reputation of his grandfather, and the health of patients worldwide.

*Thicker than Water* is Tyler's as-told-to story - a harrowing and heartbreaking roller coaster of biomedical drama, family intrigue, and redemption - that will ultimately make you feel as though you are at a dinner party, seated next to a brilliant friend with one hell of a story.

Selected audio clips are courtesy of Bloomberg.

©2020 Audible Originals LLC. (P)2020 Audible Originals, LLC.

## Listeners also enjoyed...


**Bad Blood**
By: John Carreyrou


**A Higher Loyalty**
By: James Comey


**Shoe Dog**
By: Phil Knight


**Al Franken, Giant …**
By: Al Franken


**Black Privilege**
By: Charlamagne Tha …


**Capital Gaines**
By: Chip Gaines



Thicker than Water
By: Tyler Shultz
Narrated by: Tyler Shultz

Try for $0.00
$7.95 a month after 30 days. Cancel anytime.



## About the Creator and Performer

Tyler Shultz is the CEO and co-founder of Flux Biosciences, Inc., a bay-area start-up that aims to bring medical grade diagnostics into the homes of consumers. In 2017, he was named to the *Forbes* "30 Under 30" Health Care list. He holds a degree in Biology from Stanford. After Shultz blew the whistle at Theranos, he became a source for a series of articles in *The Wall Street Journal* exposing the company's dubious blood-testing practices. He was subsequently featured in the *The New York Times*-bestselling book *Bad Blood* by John Carreyrou, as well as Alex Gibney's HBO documentary *The Inventor*.

## Our favorite moments from *Thicker Than Water*



### ORIGINALS

**Audible Originals**

We're raising the bar on audio entertainment with these original listens produced in the Audible studios.



### LIST

**Truth in the Balance**

Hear stories on the systemic injustices, institutional inequities, and historical context of American crime and punishment.



### LIST

**Hands-Down Best Listens**

These groundbreakers and award-winning true crime tales represent the best of the genre.



## What listeners say about Thicker than Water

Average Customer Ratings



than Water
By: Tyler Shultz
Narrated by: Tyler Shultz

Try for $0.00

$7.95 a month after 30 days. Cancel anytime.

| | | | | | |
|---|---|---|---|---|---|
| 3 Stars | 423 | 3 Stars | 408 | 3 Stars | 297 |
| 2 Stars | 78 | 2 Stars | 91 | 2 Stars | 50 |
| 1 Stars | 51 | 1 Stars | 51 | 1 Stars | 41 |

| Audible.com Reviews | Audible.co.uk reviews | Audible.com.au reviews | Amazon Reviews |
|---|---|---|---|

Sort by:    Most Helpful ▼      Filter by:    All stars ▼

Overall
Performance
Story


J.Shultz
08-05-20

### A Beautiful Soul

Hope his story gives the next bully pause and the next whistleblower strength. Elizabeth has been telling her story for over a decade, although painful I'm glad Tyler has a platform to tell the truth in his own words. Tyler had consistently proved himself to be the best man in the room regardless of personal risk. Disclaimer: I'm his mom.

238 people found this helpful

Overall
Performance
Story


R. MCRACKAN
08-05-20

### Gripping and tragic

I recommend "Bad Blood" to anyone who will listen. It is one of the best corporate true crime books I've ever heard. "Thicker than Water" is the perfect companion piece. There is a unique level to the tragedy of hearing this in the first person. More so to hearing what damage the company is doing to his family and the potential damage it could do to the otherwise stellar legacy of his grandfather who doesn't have many more years ahead of him. I nearly finished this in one sitting. It was hard to put down.

43 people found this helpful

Overall
Performance
Story


Anonymous User
08-07-20

### I ♡ Tyler Schultz

What a fine person Tyler is. He has true character. I watched everything I could find on YouTube (after listening to the dropout) about him and Erica. I sensed there was much more nuance to his story, and things he's too classy to say about his own grandfather without the proper context. lo and behold, he tells the story here in-depth, all his feelings that were put through a mental test of endurance. I appreciate that he mentions Ian Gibbons, and admits that suicide crossed his mind, too. And how unfairly rigged the legal system is. He exposes all the players for what they truly are by staying true to himself. His parents must be proud. He has faced true evil and prevailed. The Podcast is really well done, too. Thank you audible, Carrie, Rachel and Abbey. Great job.

33 people found this helpful

Overall
Performance
Story


S. Schuster
08-08-20

### Riveting

I loved it! One of the best audio books I ever heard and definitely the best free audio book I ever heard! I saw a documentary on the subject before and this just fleshed it all out.
Amazing, 5 out of 5!

27 people found this helpful

Overall

*A compelling,ntactkblng, emuv, and r guvnsg*

Thicker than Water
By: Tyler Shultz
Narrated by: Tyler Shultz

Try for $0.00
$7.95 a month after 30 days. Cancel anytime.

https://www.audible.com/pd/Thicker-than-Water-Audiobook/B08DDCVRRC      3/5


Anonymous User
08-07-20

19 people found this helpful

Overall
Performance
Story


Lisa Martin
08-07-20

### Profile in Courage

I appreciated listening to Tyler Shulz's telling of the Bad Blood story from his perspective. I listened to it straight through as I could not stop! Thank you, Tyler Shulz, for what you did and for telling us about it in such an unflinching manner.

18 people found this helpful

Overall


Mo
08-07-20

### Clear and easy to understand

The editors wisely chose to let Tyler Shultz tell his own story. It's just his voice recounting events in mostly chronological order (at times with a soft music background). In fact, the brief free sample that audible plays before we buy the book includes the only part of the recording where the piece excerpts other interviews.

The story is compelling and it doesn't feel as though the narrator is engaging in self promotion. He doesn't seem to be trying to portray himself as a hero and he doesn't shy away from criticism of his own family (when discussing the role of his grandfather).

It's an important story so I'm glad to have listened but I do think that the piece could have been a little shorter without sacrificing significant content.

15 people found this helpful

Overall
Performance
Story


igor mintz
08-08-20

### Amazing story

It was very interesting to read and see how people react to whistle blowers.
The best short story I've listened to!

14 people found this helpful

Overall
Performance
Story


Brian
08-10-20

### Excellent - Life of a Whistleblower

Been there, doing that for going on eight years now.

Tyler has the name to speak out for all whistleblowers. Unfortunately doing the right thing, that saves lives may cost your own life in the long run.

Whistleblowers are given the very typical moniker of being only a disgruntled employee
which in many cases is the furthest thing from the truth.

Like Tyler, most whistleblowers wanted to help the company get on track, not hurt it.

Well done narrative in his own words. It is all very familiar treatment of whistleblowers that save lives.

One finds out who their true friends are. It gets lonely being a whistleblower.

From an FAA certified Airline Transport Pilot (ATP), and FAA AIR21 certified, successful federal


**Thicker than Water**
By: Tyler Shultz
Narrated by: Tyler Shultz

Try for $0.00

$7.95 a month after 30 days. Cancel anytime.

Overall
Performance
Story



**Skeptical mind**
08-07-20

### Rare courage and integrity

What a great story told from the heart. Whistleblowers like Tyler Shultz are sadly too rare a breed. And boards like the Theranos one far too common.

13 people found this helpful

Show More

Help Center
Redeem a Promo Code
Gifts
Site Map

About Audible
Careers
Business Inquiries
Audible in the News
Contact Us

Best Sellers
New York Times Best Sellers
New Releases
Non-English Audiobooks
Audible Latino
Audible in Chinese

Listening Apps
Listen on Apple Devices
Listen in the Car
Whispersync for Voice
Blog

© Copyright 1997 - 2021 Audible, Inc    Conditions of Use    Privacy Policy    Interest-Based Ads    Cookies    United States (English)