# Exhibit 33

# San Francisco apartment where disgraced Theranos founder Elizabeth Holmes lived with her fiancé

dailymail.co.uk/news/article-7037625/San-Francisco-apartment-disgraced-Theranos-founder-Elizabeth-Holmes-lived-fianc.html

May 16, 2019

## Inside the San Francisco apartment where disgraced Theranos founder Elizabeth Holmes lived with her new hotel heir fiancé during her fall from grace

- **The San Francisco Lombard Place Apartments home Elizabeth Holmes lived in available for rent**
- **Disgraced former Theranos CEO lived there with her hotel heir fiancé Billy Evans and her Siberian husky dog**
- **It has two bedrooms and two bathrooms, plus 'views that kill' of the Golden Gate Bridge**
- **The expansive interiors include a wooden flooring, a dishwasher, efficient appliances, and a washer-dryer**
- **Listing says it has beauty and grace and no deposit is required to move in just a $95 non-refundable fee**
- **The new lease must be signed by May 31 and rent costs $5,395 per months plus $40 for each pet**

By Leah Simpson For Dailymail.com

Published: 13:46 EDT, 16 May 2019 | Updated: 16:03 EDT, 16 May 2019

- 
- 
- e-mail
- 

**76** shares

113

View comments

Advertisement

The San Francisco apartment where disgraced Theranos founder Elizabeth Holmes lived with her hotel heir fiance is now available for rent, and will set you back $5,395 a month.

The pad is listed on RentSFnow.com and is described as having 'beauty, grace and views that kill', but is surprisingly modest for the 35-year-old, who in 2014 was dubbed the youngest woman to become a self-made billionaire.

The property at 1340 Lombard Street is a humble two-bedroom, two-bathroom abode compared to the mansion she lived in before her spectacular fall from grace, but it includes jaw-dropping views of the Golden Gate Bridge.

Holmes has now moved out as she awaits trial on multiple accounts of fraud for lying to doctors and patients about her blood-testing startup, and faces 20 years in prison if convicted.



The Lombard Place Apartments home Elizabeth Holmes lived in is for rent as the disgraced former Theranos CEO moves out



The biggest perk of #303 at 1340 Lombard Street is the glorious view of the Golden Gate Bridge and San Francisco Bay



Interior images show the bridge in the left hand corner of one of the rooms at the two-bedroom home by the bay





Elizabeth Holmes arrives at the Robert F. Peckham U.S. Federal Court on April 22, 2019 in San Jose, California (left). She is pictured with her hotel heir fiancé and roommate Billy Evans (right)

Images of the Russian Hill apartment show the iconic landmark through one of the many windows lining the walls and letting light flow in.

The raised Lombard Place Apartments property is described as 'bright, and airy' with 'top-of-the-world views and expansive interiors'.

Upon entering the apartment, the kitchen is the first thing visitors see. Double doors separate other rooms.

'Perks include beautiful hardwood floors, top-notch finishes in the kitchen and bath, and built-in storage throughout,' the listing states.

The 'cable-ready' also comes equipped with a dishwasher, efficient appliances, and a washer-dryer.



The apartment that comes cable-ready is situated in the Russian Hill neighborhood of the city known for its small spaces





Lombard Place Apartments is described in the online rental listing as being 'beautiful' and having 'grace'. The entrance to the building is pictured



The building includes a bright and plush lobby area that residents and their guests walk through to get to apartments

Dogs and cats under 40 pounds are welcome at the pad and there's certainly enough room for pets to roam around in the city which is known for its tiny living spaces at sky-high prices.

But the next renter will have to pay up an extra $40 per month to have a furry friend stay.

Holmes enjoyed the perk as she resided with her Siberian husky named Balto.

No. 303's next renter won't even need to put down a security deposit as long as they pass credit checks.

As part of a $95 move-in special the person or people moving in will only have to pay the non-refundable fee plus the first month's rent.



Perks include hardwood floors, top-notch finishes in the kitchen and bath, and built-in storage throughout the apartment



This is a view of from one of the windows in the property that Holmes is leaving. The bridge is visible as part of the backdrop



The spacious apartment  with double doors separating rooms, must be snapped up by May 31. Now deposit is required but the resident is responsible for any damage costs when they move out

However the resident is responsible for any damage costs when they move out.

But those who see themselves living in the abode had better act quickly - the lease must be signed by May 31.

There's a good chance those interested in living where Holmes, 35, stayed with her Evans Hotel Group heir fiancé Billy Evans, 27, may have seen her in the recent documentary The Inventor: Out for Blood in Silicon Valley.

It documents how the woman Forbes in 2014 named the youngest self-made female billionaire, fell from grace when it emerged she had lied about revolutionizing pinprick blood testing.

When the company was valued at $9billion, Holmes lived in Los Altos, near the HQ, which closed a few months after she and former Theranos President Ramesh 'Sunny' Balwani were charged with 11 counts of wire fraud and conspiracy to commit wire fraud in June 2018.

Holmes was pictured arriving at the Robert F. Peckham U.S. Federal Court on April 22 in San Jose, California.

Her trial date is set for July 8 and she could spend 20 years in prison if convicted.



Upon entering the apartment, the kitchen is the first thing visitors see. It comes equipped with appliances



The property has two bathrooms and is described as 'light and airy'. But the new renter must sign before May 31





The apartment is even spacious enough to have a washer-drying inside the unit - a rare thing in the city known for tiny spaces

Advertisement

Read more:

　　<u>1340 Lombard #303 – RentSFNow</u>

## Share or comment on this article:

- 
- 
- 
- 
- 
- <u>e-mail</u>
- 
- 76

  shares

- Why isn't this woman in prison

  by <u>layla0712</u> 219

Add your comment



## Comments 113

Share what you think

<u>　View all</u>
The comments below have not been moderated.

<u>　View all</u>
The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.