# Exhibit 35

### *The rise and fall of Elizabeth Holmes, the Theranos founder whose federal fraud trial is delayed until 2021*

Newstex Blogs

The Business Insider

August 11, 2020 Tuesday 6:15 PM EST

Copyright 2020 Newstex LLC All Rights Reserved

**Length:** 4016 words

**Byline:** Avery Hartmans,Paige Leskin

## Body

Aug 11, 2020( The Business Insider: http://www.businessinsider.com/ Delivered by Newstex)  Elizabeth Holmes[1] dropped out of Stanford University at 19 to start blood-testing startup Theranos[2], and grew the company to a valuation of $9 billion.But it all came crashing down when the shortcomings and inaccuracies of the company's technology were exposed, and Theranos and Holmes were charged with "massive fraud."If convicted, Holmes could face up to 20 years in prison. A California judge initially set an August 2020 start date[3] for the federal trial, but the case has been delayed until March 2021 due to the coronavirus pandemic.Visit Business Insider's homepage for more stories[4]. In 2014, blood-testing startup Theranos and its founder, Elizabeth Holmes[5], were on top of the world.Back then, Theranos[6] was a revolutionary idea thought up by a woman hailed as a genius who styled herself as a female Steve Jobs. Holmes was the world's youngest female self-made billionaire, and Theranos was one of Silicon Valley's unicorn startups, valued at an estimated $9 billion.But then it all came crashing down.The shortcomings and inaccuracies of Theranos's technology were exposed, along with the role Holmes played in covering it all up. Holmes was ousted as CEO[7] and charged with "massive fraud," and the company was forced to close its labs and testing centers, ultimately shuttering operations altogether.If convicted, Holmes faces up to 20 years in prison.

As she awaits trial, Holmes has reportedly found the time to get engaged — and married — to a hotel heir named Billy Evans[8].Holmes' trial was initially scheduled to start in August, but the trial has been delayed until March 2021 at the earliest due to the coronavirus pandemic. However, it's likely the trial will continued to be delayed.This is how Holmes went from precocious child, to ambitious Stanford dropout, to an embattled startup founder charged with fraud: Elizabeth Holmes was born on February 3, 1984 in Washington, D.C. Her mom, Noel, was a Congressional committee staffer, and her dad, Christian Holmes, worked for Enron before moving to government agencies like USAID. Source: Elizabeth Holmes/Twitter[9],CNN[10], Vanity Fair[11] Holmes' family moved when she was young, from Washington, D.C. to Houston. Source: Fortune[12] When she was 7, Holmes tried to invent her own time machine, filling up an entire notebook with detailed engineering drawings. At the age of 9, Holmes told relatives she wanted to be a billionaire when she grew up. Her relatives described her as saying it with the "utmost seriousness and determination." Source: CBS News[13], Bad Blood: Secrets and Lies in a Silicon Valley Startup[14] Holmes had an "intense competitive streak" from a young age. She often played Monopoly with her younger brother and cousin, and she would insist on playing until the end, collecting the houses and hotels until she won. If Holmes was losing, she would often storm off. More than once, she ran directly through a screen on the door. Source:Bad Blood: Secrets and Lies in a Silicon Valley Startup[15] It was during high school that Holmes developed her work ethic, often staying up late to study. She quickly became a straight-A student, and even started her own business: she sold C++ compilers, a type of software that translates computer code, to Chinese schools. Source: Fortune,[16]Bad Blood: Secrets and Lies in a Silicon Valley Startup[17] Holmes started taking Mandarin lessons, and part-way through high school, talked her way into being accepted by Stanford University's summer program, which culminated in a trip to Beijing. Source:Bad Blood: Secrets and Lies in a Silicon Valley Startup[18] Inspired by her

great-great-grandfather Christian Holmes, a surgeon, Holmes decided she wanted to go into medicine. But she discovered early on that she was terrified of needles. Later, she said this influenced her to start Theranos. Source: San Francisco Business Times[19] Holmes went to Stanford to study chemical engineering. When she was a freshman, she became a "president's scholar," an honor which came with a $3,000 stipend to go toward a research project. Source: Fortune[20] Holmes spent the summer after her freshman year interning at the Genome Institute in Singapore. She got the job partly because she spoke Mandarin. Source: Fortune[21] As a sophomore, Holmes went to one of her professors, Channing Robertson, and said: "Let's start a company." With his blessing, she founded Real-Time Cures, later changing the company's name to Theranos. Thanks to a typo, early employees' paychecks actually said "Real-Time Curses." Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[22] Holmes soon filed a patent application for a "medical device for analyte monitoring and drug delivery," a wearable device that would administer medication, monitor patients' blood, and adjust the dosage as needed. Source: Fortune,[23]US Patent Office[24] By the next semester, Holmes had dropped out of Stanford altogether, and was working on Theranos in the basement of a college house. Source: Wall Street Journal[25] Theranos's business model was based around the idea that it could run blood tests, using proprietary technology that required only a finger pinprick and a small amount of blood. Holmes said the tests would be able to detect medical conditions like cancer and high cholesterol. Source: Wall Street Journal[26] Holmes started raising money for Theranos from prominent investors like Oracle founder Larry Ellison and Tim Draper, the father of a childhood friend and the founder of prominent VC firm Draper Fisher Jurvetson. Theranos raised more than $700 million, and Draper has continued to defend Holmes. Source: SEC[27], Crunchbase[28] Holmes took investors' money on the condition that she wouldn't have to reveal how Theranos' technology worked. Plus, she would have final say over everything having to do with the company. Source: Vanity Fair[29] That obsession with secrecy extended to every aspect of Theranos. For the first decade Holmes spent building her company, Theranos operated in stealth mode. She even took three former Theranos employees to court, claiming they had misused Theranos trade secrets. Source: San Francisco Business Times[30] Holmes' attitude toward secrecy and running a company was borrowed from a Silicon Valley hero of hers: former Apple CEO Steve Jobs. Holmes started dressing in black turtlenecks like Jobs, decorated her office with his favorite furniture, and like Jobs, never took vacations. Source: Vanity Fair[31] Even Holmes's uncharacteristically deep voice may have been part of a carefully crafted image intended to help her fit in in the male-dominated business world. In ABC's podcast on Holmes called "The Dropout," former Theranos employees said the CEO sometimes "fell out of character," particularly after drinking, and would speak in a higher voice. Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[32], The Cut[33] Holmes was a demanding boss, and wanted her employees to work as hard as she did. She had her assistants track when employees arrived and left each day. To encourage people to work longer hours, she started having dinner catered to the office around 8 p.m. each night. Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[34] More behind-the-scenes footage of what life was like at Theranos was revealed in leaked videos obtained by the team behind the HBO documentary "The Inventor: Out for Blood in Silicon Valley." The more than 100 hours of footage showed Holmes walking around the office, scenes from company parties, speeches from Holmes and Balwani, and Holmes dancing to "U Can't Touch This" by MC Hammer. Source: Business Insider[35] Shortly after Holmes dropped out of Stanford at age 19, she began dating Theranos president and COO Sunny Balwani, who was 20 years her senior. The two met during Holmes' third year in Stanford's summer Mandarin program, the summer before she went to college. She was bullied by some of the other students, and Balwani had come to her aid. Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[36] Balwani became Holmes' No. 2 at Theranos despite having little experience. He was said to be a bully, and often tracked his employees' whereabouts.Holmes and Balwani eventually broke up in spring 2016 when Holmes pushed him out of the company. Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[37] In 2008, the Theranos board decided to remove Holmes as CEO in favor of someone more experienced. But over the course of a two-hour meeting, Holmes convinced them to let her stay in charge of her company. Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[38] As Theranos started to rake in millions of funding, Holmes became the subject of media attention and acclaim in the tech world. She graced the covers of Fortune and Forbes, gave a TED Talk, and spoke on panels with Bill Clinton and Alibaba's Jack Ma. Source: Vanity Fair[39] Theranos quickly began securing outside partnerships. Capital Blue Cross and Cleveland Clinic signed on to offer Theranos tests to their patients, and Walgreens made a deal to open Theranos testing centers in their stores. Theranos also formed a secret partnership with Safeway worth $350 million. Source: Wired,[40]Business Insider[41] In 2011, Holmes hired her younger brother, Christian, to work at Theranos, although he didn't have a medical or science background. Christian Holmes spent his early days at Theranos reading about

sports online and recruiting his Duke University fraternity brothers to join the company. People dubbed Holmes and his crew the "Frat Pack" and "Therabros." Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[42] At one point, Holmes was the world's youngest self-made female billionaire with a net worth of around $4.5 billion. Source: Forbes[43] Holmes was obsessed with security at Theranos. She asked anyone who visited the company's headquarters to sign non-disclosure agreements before being allowed in the building, and had security guards escort visitors everywhere — even to the bathroom. Holmes hired bodyguards to drive her around in a black Audi sedan. Her nickname was "Eagle One." The windows in her office had bulletproof glass.Source: Bad Blood: Secrets and Lies in a Silicon Valley Startup[44] Around the same time, questions were being raised about Theranos' technology. Ian Gibbons — chief scientist at Theranos and one of the company's first hires — warned Holmes that the tests weren't ready for the public to take, and that there were inaccuracies in the technology. Outside scientists began voicing their concerns about Theranos, too. Source: Vanity Fair,[45]Business Insider[46] By August 2015, the FDA began investigating Theranos, and regulators from the government body that oversees laboratories found "major inaccuracies" in the testing Theranos was doing on patients. Source: Vanity Fair[47] By October 2015, Wall Street Journal reporter John Carreyrou published his investigation into Theranos's struggles with its technology. Carreyrou's reporting sparked the beginning of the company's downward spiral. Source: Wall Street Journal[48] Carreyrou found that Theranos' blood-testing machine, named Edison, couldn't give accurate results, so Theranos was running its samples through the same machines used by traditional blood-testing companies. Source: Wall Street Journal[49] Holmes appeared on CNBC's "Mad Money" shortly after the WSJ published its story to defend herself and Theranos. "This is what happens when you work to change things, and first they think you're crazy, then they fight you, and then all of a sudden you change the world," Holmes said. Source: CNBC[50] By 2016, the FDA, Centers for Medicare &#38; Medicaid Services, and SEC were all looking into Theranos. Source: Wall[51]Street[52]Journal,[53] Wired[54]*https://www.wsj.com/articles/theranos-ran-tests-despite-quality-problems-1457399479#:QVApSeEKkdp9WA* In July 2016, Holmes was banned from the lab-testing industry for two years. By October, Theranos had shut down its lab operations and wellness centers. Source: Business Insider[55] In March 2018, Theranos, Holmes, and Balwani were charged with "massive fraud" by the SEC. Holmes agreed to give up financial and voting control of the company, pay a $500,000 fine, and return 18.9 million shares of Theranos stock. She also isn't allowed to be the director or officer of a publicly traded company for 10 years. Source: Business Insider[56] Despite the charges, Holmes was allowed to stay on as CEO of Theranos, since it's a private company. The company had been hanging on by a thread, and Holmes wrote to investors asking for more money to save Theranos. "In light of where we are, this is no easy ask," Holmes wrote. Source: Business Insider[57] In Theranos' final days, Holmes reportedly got a Siberian husky puppy named Balto that she brought into the office. However, the dog wasn't potty trained, and would go to the bathroom inside the company's office and during meetings. Source:Vanity Fair[58] In June 2018, Theranos announced that Holmes was stepping down as CEO. On the same day, the Department of Justice announced that a federal grand jury had charged Holmes, along with Balwani, with nine counts of wire fraud and two counts of conspiracy to commit wire fraud. Source: Business Insider[59],CNBC[60] Theranos sent an email to shareholders in September 2018 announcing that the company was shutting down. Theranos reportedly said it planned to spend the next few months repaying creditors with its remaining resources. Source: Wall Street Journal[61] Around the time Theranos' time was coming to an end, Holmes made her first public appearance alongside William "Billy" Evans, a 27-year-old heir to a hospitality property management company in California. The two reportedly first met in 2017, and were seen together in 2018 at Burning Man, the art festival in the Nevada desert. Source:Daily Mail[62] Holmes is said to wear Evans' MIT "signet ring" on a chain around her neck, and the couple reportedly posts photos "professing their love for each other" on a private Instagram account. Evans' parents are reportedly "flabbergasted" at their son's decision to marry Holmes. — Nick Bilton (@nickbilton) February 21, 2019[63] Source: Vanity Fair[64], New York Post[65] It's unclear where Holmes and Evans currently reside, but they were previously living in a $5,000-a-month apartment in San Francisco until April 2019. The apartment was located just a few blocks from one of the city's top tourist attractions, the famously crooked block of Lombard Street. Source: Business Insider[66] It was later reported that Holmes and Evans got engaged in early 2019, then married in June in a secretive wedding ceremony. Former Theranos employees were reportedly not invited to the wedding, according to Vanity Fair. Source: Vanity Fair[67], New York Post[68] Holmes and Balwani are now awaiting federal trial, although their cases have since been separated. If convicted, Holmes and Balwani could each face up to 20 years in prison and a more than $2.7 million fine, the US government has said. Source: Department of Justice[69], Business Insider[70] Besides the criminal case, Holmes is also involved in a number of civil lawsuits, including one in Arizona brought on by former Theranos patients over

inaccurate blood tests. The lawyers representing her in the Arizona case said in late 2019 they hadn't been paid over a year, and asked to be removed from Holmes' legal team. Source: Business Insider[71] Holmes' lawyers in the federal case have been trying to get the government's entire case thrown out. Holmes recently caught a break after some — but not all — of the charges were dropped, because a judge ruled that some patients didn't suffer financial loss. Source: Business Insider[72] Amid the coronavirus outbreak, Holmes' lawyers asked in April the federal judge to deem the case "essential" so the defense team could defy lockdown orders and continue to travel and meet face-to-face. The judge said he was "taken aback by the defense's pleas to violate lockdown. Source: Business Insider[73] It soon become clear that the pandemic — and the health risks associated with assembling a trial — would make the July trial date unrealistic. Through hearings held on Zoom, the presiding judge initially pushed the trial back to October, and has since pushed it until March 2021 at the earliest. Source: Business Insider[74]Maya Kosoff contributed to an earlier version of this story.Read the original article on Business Insider[75]

[ 1]: https://www.businessinsider.com/category/elizabeth-holmes
[ 2]: https://www.businessinsider.com/category/theranos
[ 3]: https://www.businessinsider.com/theranos-founder-elizabeth-holmes-president-sunny-balwani-trial-date-2019-6
[ 4]: https://www.businessinsider.com/?hprecirc-bullet
[ 5]: https://www.businessinsider.com/category/elizabeth-holmes
[ 6]: https://www.businessinsider.com/category/theranos
[ 7]: https://www.businessinsider.com/theranos-founder-elizabeth-holmes-stepping-down-from-ceo-2018-6
[ 8]: https://www.businessinsider.com/elizabeth-holmes-theranos-everything-about-fiance-william-billy-evans-2019-3
[ 9]: https://twitter.com/eholmes2003/status/634444465655013377
[ 10]: http://money.cnn.com/2014/10/16/technology/theranos-elizabeth-holmes/
[ 11]: https://www.vanityfair.com/news/2016/09/elizabeth-holmes-theranos-exclusive
[ 12]: http://fortune.com/2014/06/12/theranos-blood-holmes/
[ 13]: https://www.cbsnews.com/news/elizabeth-holmes-youngest-self-made-female-billionaire-revolutionize-health-care/
[ 14]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 15]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 16]: http://fortune.com/2014/06/12/theranos-blood-holmes/
[ 17]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 18]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 19]: https://www.bizjournals.com/sanfrancisco/print-edition/2013/08/30/theranos-the-biggest-biotech-youve.html?page=all
[ 20]: http://fortune.com/2014/06/12/theranos-blood-holmes/
[ 21]: http://fortune.com/2014/06/12/theranos-blood-holmes/
[ 22]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 23]: http://fortune.com/2014/06/12/theranos-blood-holmes/
[ 24]: https://patents.google.com/patent/US7291497B2/en
[ 25]: https://www.wsj.com/articles/elizabeth-holmes-the-breakthrough-of-instant-diagnosis-1378526813?mg=reno64-wsj&tesla=y
[ 26]: https://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901
[ 27]: https://www.sec.gov/news/press-release/2018-41
[ 28]: https://www.crunchbase.com/organization/theranos
[ 29]: https://www.vanityfair.com/news/2016/09/elizabeth-holmes-theranos-exclusive
[ 30]: https://www.bizjournals.com/sanfrancisco/print-edition/2013/08/30/theranos-the-biggest-biotech-youve.html?page=all
[ 31]: https://www.vanityfair.com/news/2016/09/elizabeth-holmes-theranos-exclusive
[ 32]: https://www.penguinrandomhouse.com/books/549478/bad-blood-by-john-carreyrou/9781524731656/
[ 33]: https://www.thecut.com/2019/03/why-did-elizabeth-holmes-use-a-fake-deep-voice.html
[ 34]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 35]: https://www.businessinsider.com/leaked-footage-of-elizabeth-holmes-in-the-theranos-documentary-2019-3
[ 36]: https://www.penguinrandomhouse.com/books/549478/bad-blood-by-john-carreyrou/9781524731656/
[ 37]: https://www.penguinrandomhouse.com/books/549478/bad-blood-by-john-carreyrou/9781524731656/
[ 38]: https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&qid=1527254918&sr=8-1&keywords=bad+blood+john+carreyrou
[ 39]: https://www.vanityfair.com/news/2016/09/elizabeth-holmes-

*theranos-exclusive* [ 40]: *https://www.wired.com/2016/05/everything-need-know-theranos-saga-far/* [ 41]: *http://www.businessinsider.com/theranos-safeway-partnership-is-reportedly-dissolving-2015-11* [ 42]: *https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&#38;qid=1527254918&#38;sr=8-1&#38;keywords=bad+blood+john+carreyrou* [ 43]: *https://www.forbes.com/profile/elizabeth-holmes/* [ 44]: *https://www.amazon.com/Bad-Blood-Secrets-Silicon-Startup/dp/152473165X/ref=sr_1_1?ie=UTF8&#38;qid=1527254918&#38;sr=8-1&#38;keywords=bad+blood+john+carreyrou* [ 45]: *https://www.vanityfair.com/news/2016/09/elizabeth-holmes-theranos-exclusive* [ 46]: *http://www.businessinsider.com/science-of-elizabeth-holmes-theranos-2015-4* [ 47]: *https://www.vanityfair.com/news/2016/09/elizabeth-holmes-theranos-exclusive* [ 48]: *https://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901* [ 49]: *https://www.wsj.com/articles/theranos-has-struggled-with-blood-tests-1444881901* [ 50]: *https://www.youtube.com/watch?v=rGfaJZAdfNE* [ 51]: *https://www.wsj.com/articles/theranos-results-could-throw-off-medical-decisions-study-finds-1459196177#:l7XittRlYNp9WA* [ 52]: *https://www.wsj.com/articles/theranos-ran-tests-despite-quality-problems-1457399479#:QVApSeEKkdp9WA* [ 53]: *https://www.wsj.com/articles/theranos-devices-often-failed-accuracy-requirements-1459465578#:IcLa57zf_rp9WA* [ 54]: *https://www.wired.com/2016/05/everything-need-know-theranos-saga-far/* [ 55]: *http://www.businessinsider.com/timeline-of-theranos-controversy-2016-10* [ 56]: *http://www.businessinsider.com/theranos-elizabeth-holmes-sec-resolution-agreement-2018-3* [ 57]: *http://www.businessinsider.com/theranos-investor-letter-asking-for-funding-2018-4* [ 58]: *https://www.vanityfair.com/news/2019/02/inside-elizabeth-holmess-final-months-at-theranos* [ 59]: *http://www.businessinsider.com/theranos-founder-elizabeth-holmes-stepping-down-from-ceo-2018-6* [ 60]: *https://www.cnbc.com/2018/06/15/theranos-chief-elizabeth-holmes-arrested-on-federal-criminal-charges-.html* [ 61]: *https://www.wsj.com/articles/blood-testing-firm-theranos-to-dissolve-1536115130* [ 62]: *https://www.dailymail.co.uk/news/article-6756663/Elizabeth-Holmes-engaged-hotel-heir-Billy-Evans-works-driverless-car-start-up.html* [ 63]: *https://twitter.com/mims/statuses/1098642159085834240?ref_src=twsrc%5Etfw* [ 64]: *https://www.vanityfair.com/news/2019/02/inside-elizabeth-holmess-final-months-at-theranos* [ 65]: *https://nypost.com/2019/04/06/family-of-elizabeth-holmes-fiance-worry-she-has-brainwashed-him-source/* [ 66]: *https://www.businessinsider.com/elizabeth-holmes-theranos-san-francisco-apartment-photo-tour-2019-5* [ 67]: *https://www.vanityfair.com/news/2019/02/inside-elizabeth-holmess-final-months-at-theranos* [ 68]: *https://nypost.com/2019/04/06/family-of-elizabeth-holmes-fiance-worry-she-has-brainwashed-him-source/* [ 69]: *https://www.justice.gov/usao-ndca/us-v-elizabeth-holmes-et-al* [ 70]: *https://www.businessinsider.com/theranos-elizabeth-holmes-defense-lawyers-defy-lockdown-trial-coronavirus-2020-4* [ 71]: *https://www.businessinsider.com/theranos-founder-elizabeth-holmes-lawyers-quit-over-no-pay-claim-2019-10* [ 72]: *https://www.businessinsider.com/elizabeth-holmes-theranos-founder-manages-to-get-some-charges-dropped-2020-2* [ 73]: *https://www.businessinsider.com/theranos-elizabeth-holmes-defense-lawyers-defy-lockdown-trial-coronavirus-2020-4* [ 74]: *https://www.businessinsider.com/elizabeth-holmes-theranos-lawsuit-delayed-october-coronavirus-lockdown-massive-fraud-2020-4* [ 75]: *https://www.businessinsider.com/theranos-founder-ceo-elizabeth-holmes-life-story-bio-2018-4*

**Load-Date:** August 11, 2020

---

**End of Document**