# Exhibit 46

# Agony, Alarm and Anger for People Hurt by Theranos's Botched Blood Tests

They led to changes in medical treatment and a scramble for answers; some patients weren't told for months about unreliable results

By Christopher Weaver

Sheri Ackert worried she might have a new tumor. Steve Hammons stopped taking his blood-thinning medication. Kimberly Toy emptied the pasta and sweets from her cupboards and said: "I can't believe this happened."

What they have in common are dubious test results from Theranos Inc. A review of regulatory records and interviews with patients shows the Palo Alto, Calif., company didn't just burn investors who bought into its promise to revolutionize the world of blood testing. It also left a trail of agonized patients who had been drawn to Theranos by its claims of convenience, low cost and reliability.

While inaccurate tests can occur at any laboratory, Theranos failed to maintain basic safeguards to ensure consistent results, according to regulators, independent lab directors and quality-control experts.

Questionable test results from Theranos caused some patients to become alarmed and others to adjust the amount of medicine they were taking. Rattled patients who told The Wall Street Journal they sought more information about their results said they got no response, and weeks or months passed before Theranos told many patients that their results were unreliable.

Mr. Hammons, a retired marketer who lives in Peoria, Ariz., and had heart surgery last year, found out only last Friday that Theranos had corrected a September 2015 test showing his blood taking more than six times longer than normal to clot.

The results from five different visits to Theranos in six weeks varied so much that Mr. Hammons said he was told by his doctor to stop taking his blood thinner, called warfarin, and switch to a less potent medicine. Theranos sent him the corrected report for the one test after the Journal asked the company about his results.




Theranos founder Elizabeth Holmes and the company declined to comment for this article. In April, the company told federal health regulators it had voided all test results from its proprietary Edison devices from 2014 and 2015, as well as some other tests it ran on conventional machines.

In all, Theranos said it issued "tens of thousands" of voided or revised test results to doctors or patients.

According to Theranos, the voided results add up to 1% of all the tests run by the company, which has said it stands by its other test findings. Theranos has said it is not aware of patients being harmed as a result of operational problems. It has said all affected patients were notified by the company.

Theranos is fighting the federal government's decision in July to revoke the company's license to run a lab in California because of unsafe practices and to ban Ms. Holmes from the blood-testing business for at least two years. The company has said it accepted "full responsibility for the issues" at its California lab.

Earlier this month, Theranos shut down all its blood-testing facilities and said it will focus on developing products that could be sold to outside labs.

The federal Centers for Medicare and Medicaid Services, which inspected the California lab last fall, said in July that Theranos failed to explain how it came to its conclusions about patient outcomes for some tests at the lab or how Theranos made sure that affected patients were notified.

## Theranos in Turmoil
Continuing coverage of the blood-testing startup's rise and fall



- Agony, Alarm and Anger for People Hurt by Theranos's Botched Blood Tests

- Theranos Retreats From Blood Tests

- Theranos Dealt Sharp Blow as Elizabeth Holmes Is Banned From Operating Labs

- Walgreens Terminates Partnership With Blood-Testing Firm Theranos

- Theranos Voids Two Years of Edison Blood-Test Results

- Theranos Lab Practices Pose Risk to Patient Health, Regulators Say

- At Theranos, Many Strategies and Snags

- Hot Startup Theranos Has Struggled With Its Blood-Test Technology

The Journal interviewed more than a dozen patients who got improbable test results from the California lab or Theranos's other lab in Arizona, including some relating to tests that haven't been voided or revised. Patients are still grappling with unanswered questions about their results.

The Journal also reviewed undisclosed regulatory documents that quantify the severity of Theranos's accuracy problems.

Notes from the CMS inspection show that 834 out of 2,890 quality-control checks run on the Edison in October 2014, or 29%, exceeded the company's threshold of two standard deviations from its average result. Standard deviation is a statistical measurement of variation.

In addition, 80% of the 834 quality-control checks that raised a red flag under Theranos's internal standards were more than three standard deviations from its average result, the inspection notes show. Theranos has told regulators it used the Edison from November 2013 to June 2015.

"It doesn't give me a lot of confidence the patients' results could be right," said James Westgard, a scientist who developed widely used quality-control rules for the lab-testing industry.

After the Journal described the inspection notes to Mr. Westgard, he said of Theranos: "They were just going through the motions."

Theranos's blood tests ranged from routine lab services relating to cholesterol and pregnancy to a rarely used procedure tracking the level of the antibiotic gentamicin. The company offered a complete blood count, which screens for overall health and a variety of disorders, for $5.35. That's about half as much as the federal Medicare agency pays labs on average for the same blood screening.

In Arizona, Theranos successfully lobbied for a law allowing laboratories to provide blood tests directly to patients without involvement by doctors, who are trained to question unusual results.

Gov. Doug Ducey signed the law at Theranos's lab in Scottsdale in April 2015, and his prepared remarks cited Ms. Holmes's "devotion to serving and empowering patients with new and improved technology."

Spokesman Daniel Scarpinato said Arizona's governor "continues to support citizens having access to their personal medical information, and other providers are currently operating under this reform."

Federal rules allow labs to set their own quality standards. Inspectors have said Theranos wrongly released test results to patients even when its quality-control checks violated the company's own requirements.

Theranos patients have filed at least 10 lawsuits against the company in federal courts in California and Arizona, seeking class-action status. The allegations include fraud by Theranos for advertising it could accurately perform tests. Theranos has denied the allegations and said it will fight them.



Kimberly Toy, shown at home in Phoenix, was shocked by the diabetes-test result she got from Theranos because it was much higher than another lab's earlier test.
PHOTO: MARK PETERMAN FOR THE WALL STREET JOURNAL

Ms. Toy, who sued Theranos in June, got a diabetes test last year at Sonora Quest Laboratories. It showed a hemoglobin A1c level of 5.7%. That was high enough for her doctor to worry that she was at risk of becoming diabetic. She changed her diet, exercised more, lost 15 pounds and decided to monitor her health with follow-up blood tests.

One of those tests was at Theranos in February. It showed a hemoglobin A1c level of 6.4%. That finding shocked Ms. Toy, 55 years old, who runs a cleaning service in Phoenix. Doctors diagnose diabetes based on a level of 6.5% or more.

Several weeks later, she repeated the test at Sonora Quest, which showed 5.8%. The reading declined to 5.3% in July.

Pallav Sharda, 39, a Menlo Park, Calif., technology entrepreneur and medical doctor with a family history of diabetes, got a hemoglobin A1c result of 6% from Theranos in July 2015, according to a lab report. Two days later, he had the test repeated elsewhere. That result of 5.4% put him in the normal range.

High results can lead doctors to prescribe medication aimed at helping to prevent the onset of diabetes. Side effects of the main medication recommended by the American Diabetes Association include muscle pain, vomiting, diarrhea and respiratory illness. Dr. Sharda and Ms. Toy weren't prescribed drugs because their follow-up tests showed that wasn't necessary.

Endocrinologists and lab experts said it is implausible for results of the hemoglobin A1c test to change as much as they did with Dr. Sharda and Ms. Toy because the A1c reading reflects average blood-sugar levels over several months.

In January, federal inspectors said some practices at Theranos put patients in "immediate jeopardy." Inspectors singled out a blood-coagulation test that Theranos ran despite flunking quality-control checks.

The test is used to monitor effects of warfarin. Too much of the blood thinner can cause dangerous bleeding, while too little can lead to strokes.

It took Theranos nearly two months to warn a California man's doctor not to rely on the blood-coagulation test result he got Sept. 17, 2015.

Federal inspectors found numerous problems with how Theranos was doing blood-coagulation tests on a type of Siemens AG machine during the inspection that began Sept. 22, 2015, according to a person familiar with the matter and regulatory records. Theranos used the same type of machine to test the California man's blood, his report shows.



Elizabeth Holmes, Theranos's founder and chief executive, at the 2015 Fortune Global Forum in San Francisco.
PHOTO: JEFF CHIU/ASSOCIATED PRESS

Theranos stopped using the Siemens machine during the inspection and later told regulators it voided all coagulation tests run on the device from October 2014 to Sept. 17, 2015.

The man's doctor wasn't told until Nov. 16, 2015, that "there may have been issues with the quality of the result and this result should not be used out of an abundance of caution," according to his medical records. The next day, inspectors returned to finish their inspection of Theranos's lab.

It isn't clear why he wasn't warned sooner about the bad test result. In July, regulators told Theranos that the company didn't provide an "acceptable explanation" for the lag. Theranos hasn't responded publicly to the accusation.

In the case of Mr. Hammons, 64, whose tests were run at Theranos's Arizona lab, the report he got last week from the company revised a measurement doctors use to compare warfarin patients to a lab's typical patient.

That ratio was 27% higher in the revised report, putting Mr. Hammons even deeper in the range that worries doctors.

Doctors said either reading would likely cause a patient's doctor to recommend seeking medical attention because their blood was clotting too slowly, but results on his four other Theranos tests showed the warfarin wasn't thinning his blood enough. He doesn't recall any troubling symptoms.

In March, Theranos sent Greg Waldorf what it called "corrected results" for three tests conducted in October 2014 for thyroid hormones. At the time, Theranos used the Edison for the particular thyroid tests he got.

Mr. Waldorf, 48, a Silicon Valley entrepreneur, has had thyroid cancer and gets the tests done each year, he said. The original test result for the hormone thyroxine was four times higher than the upper limit of what is considered normal. According to doctors, patients at that level would show clear symptoms of hyperthyroidism, such as heart palpitations, but Mr. Waldorf had none.

Follow-up tests days later at Stanford Hospital were normal. After getting the revised report from Theranos nearly a year and a half after his tests there, Mr. Waldorf said he called the company and was told his results were voided due to the quality-control efforts.

Patients and doctors told the Journal they were shocked when Theranos produced hard-to-explain results that could signal serious or even life-threatening problems.



Theranos headquarters in Palo Alto, Calif. The company shut down all its blood-testing facilities earlier this month.

PHOTO: THERANOS

Ms. Ackert, 60, a health-care administrator who lives in Apache Junction, Ariz., went to Theranos for tests ordered by one of her doctors to assess possible side effects related to her breast-cancer treatment. After her diagnosis in 2013, she had a double mastectomy and a year of chemotherapy.

Last November, Theranos's lab report arrived in her email's inbox with a surprise: A level of an estrogen hormone called estradiol was exceedingly high for a patient her age. She knew she should have little or no estrogen in her blood because she is past menopause.

If the result was accurate, it might mean Ms. Ackert had a rare adrenal tumor that can secrete estradiol or an elevated risk of breast-cancer recurrence, doctors said. "I wanted to know why, and did she have a tumor?" said her oncologist, Santosh Rao of Banner MD Anderson Cancer Center in Gilbert, Ariz.

He suggested that she repeat the test. Sonora Quest drew her blood from a vein, just as Theranos had done a week earlier.

"She wasn't the same Sheri," said her sister, Denise Thorson, who arrived from Minnesota with her husband for a weekend trip to watch a Nascar race. Ms. Ackert made agitated calls to her doctor's office before leaving on the trip and checked her phone throughout the weekend.

"How could they put her through this?" said her husband, Doug Hawthorne.

Four days after the follow-up test, Ms. Thorson walked into a room at Ms. Ackert's house and saw her and her husband embracing. They were crying. The doctor's office had reported her estradiol level in the second test was so low that it couldn't be measured precisely.

The reading was less than 2 picograms per milliliter, compared with 313.5 picograms in Theranos's test result. That was the level her doctors had expected in the first place.

—*John Carreyrou and Lisa Schwartz contributed to this article.*

---

Agony, Alarm and Anger for People Hurt by Theranos's Botched Blood Tests
*By [Christopher Weaver](Christopher Weaver)*
Updated Oct. 20, 2016 9:52 pm ET