# Exhibit 48

## *New details of Elizabeth Holmes' luxurious lifestyle might be unveiled during the Theranos founder's upcoming criminal trial*

Newstex Blogs

The Business Insider

May 23, 2021 Sunday 7:15 PM EST

Copyright 2021 Newstex LLC All Rights Reserved

**Length:** 530 words

**Byline:** Allana Akhtar

# Body

May 23, 2021( The Business Insider: *http://www.businessinsider.com*/ Delivered by Newstex)

 Lawyers can bring up certain details of Elizabeth Holmes' lavish spending during her criminal trial. The court said lawyers cannot bring up specific purchases, but her wealth is relevant to the case. Theranos founder Elizabeth Holmes' criminal trial is slated for August 2021. See more stories on Insider's business page[1].

New details of Theranos founder Elizabeth Holmes' wealth and luxurious lifestyle might come to light during her fraud trial later this year.

The US District Court for the Northern District of California granted, in part, Holmes' request to exclude the plaintiff, the US government, from bringing up details of her lavish spending due to irrelevance to the case and the "prejudicial danger" of misleading the jury, per a court ruling filed on May 22.

Judge Edward Davila ruled the government can bring up evidence that shows Holmes wished to become wealthy using her blood-testing company's status, but cannot bring up details that might lead the jury to be prejudiced against Holmes because of her wealth. CNBC[2] first reported the Saturday filing.

The US government can introduce evidence that Holmes had a salary, benefits, perks, and lifestyle similar to other Silicon Valley tech CEOs. The government cannot reference specific purchases or details reflecting the branding of clothes, hotels, or other items.
Read more: Tesla is backing a new Europe project to build a big charging hub, shortly after Elon Musk made a mysterious UK stopover[3]

Theranos[4] purported to detect medical conditions like cancer and high cholesterol by using proprietary lab tech on a small amount of customers' blood. The company raised over $700 million from investors to build the tech.

The US Department of Justice[5] charged Holmes and Theranos president Sunny Balwani with nine counts of wire fraud in 2018, accusing them of defrauding investors, medical professionals and customers. Both have pleaded not guilty.

The criminal trial had been slated to start in October 2020, but Holmes requested a delay due to her pregnancy[6]. The trial is expected to start in August. Read the original article on Business Insider[7]

 [ 1]: *https://www.businessinsider.com/?hprecirc-bullet* [ 2]: *https://www.cnbc.com/2021/05/23/elizabeth-holmes-jury-can-hear-limited-evidence-of-ceo-lifestyle.html* [ 3]: *https://www.businessinsider.com/tesla-joins-one-of-europes-biggest-electric-vehicle-charging-hubs-2021-5* [ 4]: *https://www.businessinsider.com/theranos-founder-ceo-*

New details of Elizabeth Holmes' luxurious lifestyle might be unveiled during the Theranos founder's upcoming criminal trial

*elizabeth-holmes-life-story-bio-2018-4#theranoss-business-model-was-based-around-the-idea-that-it-could-run-blood-tests-using-proprietary-technology-that-required-only-a-finger-pinprick-and-a-small-amount-of-blood-holmes-said-the-tests-would-be-able-to-detect-medical-conditions-like-cancer-and-high-cholesterol-13* [ 5]:
*https://www.businessinsider.com/theranos-elizabeth-holmes-sec-resolution-agreement-2018-3* [ 6]:
*https://www.businessinsider.com/theranos-elizabeth-holmes-pregnant-trial-delay-request-2021-3* [ 7]:
*https://www.businessinsider.com/elizabeth-holmes-wealth-lifestyle-relevant-to-her-criminal-trial-2021-5*

**Load-Date:** May 23, 2021

---

**End of Document**