# Exhibit 49

BUSINESS ❯ TECHNOLOGY • News

# Theranos founder Holmes wins fight to bar jury from hearing of profane company meeting chants

Chants targeted rival firm and a journalist



SAN JOSE, CALIFORNIA – MAY 4: Theranos founder Elizabeth Holmes leaves the Robert F. Peckham Federal Building with her defense team in downtown San Jose, Calif., on Tuesday, May 4, 2021. (Nhat V. Meyer/Bay Area News Group)

By **ETHAN BARON** | ebaron@bayareanewsgroup.com | Bay Area News Group
PUBLISHED: May 24, 2021 at 5:36 p.m. | UPDATED: May 24, 2021 at 5:41 p.m.



Accused fraudster and Theranos founder Elizabeth Holmes won a small battle in her fight over what will go before the jury in her upcoming criminal trial: Jurors won't be hearing any evidence that she led profane chants slurring a competitor and a journalist during company meetings, a federal court judge ruled.

At issue were the prosecution's allegations — not denied by Holmes' defense team — that she and her co-accused, former Theranos president Sunny Balwani, led chants targeting rival medical-testing firm Sonora Quest with "(expletive) you, Sonora Quest," and Wall Street Journal reporter John Carreyrou, who wrote a series of exposés about Theranos, with "(expletive) you, Carreyrou."

Holmes' legal team had said in a [November court filing](#) that prosecutors were claiming that the vilification of a competitor and a journalist showed awareness of her guilt. Her lawyers argued that companies and their officials "routinely vilify competitors to motivate employees." The Sonora Quest chant was "normal (even if lamentable) behavior," her lawyers said. Of the chant focused on Carreyrou, they said, "There would be nothing remarkable about Ms. Holmes expressing frustration to her colleagues about critical news coverage of her and their company."

Prosecutors had suggested that Holmes, in attacking Sonora Quest, was implying that competing companies were pushing negative media coverage of the now-defunct Palo Alto blood-testing startup, Judge Edward Davila noted.

Davila, in an order filed Friday in San Jose U.S. District Court, said that even the prosecution admitted that the chants, as evidence, would be "somewhat inflammatory." The judge said he agreed with Holmes' legal team that any value they might have would be outweighed by their potential to unfairly sway jurors' opinions.

Holmes, a Stanford University dropout who founded the now-defunct Palo Alto blood-testing startup in 2003 and led it as CEO until shortly before it collapsed in 2018, is charged with a dozen counts of felony fraud. The federal government alleges she and Balwani bilked investors out of hundreds of millions of dollars, and defrauded patients and doctors, with false claims that the company's machines could conduct a full array of tests using just a few drops of blood, when she knew the technology had accuracy and reliability problems. Holmes and Balwani have denied the claims.

Holmes' trial, delayed three times because of the pandemic and procedural matters, is scheduled to start Aug. 31. She faces maximum penalties of 20 years in prison and a $2.75 million fine, plus possible restitution, the Department of Justice has said. She is pregnant and expecting a baby in July, court has heard.





**161…**

[Report an error](#)
[Policies and Standards](#)
[Contact Us](#)

The Trust Project

Tags:  **Courts**,  **Elizabeth Holmes**,  **Fraud**,  **Health Care**,
**Technology**,  **Theranos**

## Ethan Baron | Business reporter

Ethan Baron is a business reporter at The Mercury News, and a native of Silicon Valley before it was Silicon Valley. Baron has worked as a reporter, columnist, editor and photographer in newspapers and magazines for 25 years, covering business, politics, social issues, crime, the environment, outdoor sports, war and humanitarian crises.

ebaron@bayareanewsgroup.com

Follow Ethan Baron @ethanbaron

SUBSCRIBE TODAY!
ALL ACCESS DIGITAL OFFER FOR JUST 99 CENTS!



