1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO SUPPRESS EVIDENCE OF CUSTOMER COMPLAINTS AND TESTING RESULTS AS WELL AS FINDINGS IN CMS REPORT** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO SUPPRESS
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Suppress Evidence of Customer Complaints And Testing Results As Well As Findings in CMS Report.
3  After due consideration of the filings, the governing law and the argument of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the government is precluded from introducing
6  evidence of customer complaints and customer testing results, as well as findings of the CMS Report.
7  That evidence includes testimony and exhibits offered by customers relating to their specific testing
8  results; testimony and exhibits offered by doctors relating to customers' specific testing results; any
9  aspect of Dr. Stephen Master's opinions that relates to specific testing results or quality control results;
10 the January 25, 2016 CMS Report's discussion of quality control results and other data that was
11 maintained in the LIS; customer feedback spreadsheets; any other customer complaints or testing results
12 offered by fact witnesses (by testimony or exhibit) other than doctors and customers; and any other
13 testimony or exhibits relating to quality control data or any other data residing in the LIS offered by fact
14 witnesses.
15     IT IS SO ORDERED.

17 Dated: _____

                                         _____
                                         Hon. Edward J. Davila
                                         United States District Judge

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO SUPPRESS
CR-18-00258 EJD