JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF LANCE WADE IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE OF CUSTOMER COMPLAINTS AND TESTING RESULTS AS WELL AS FINDINGS OF CMS REPORT** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, LANCE WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.

2. Attached to this declaration are the following exhibits.

   a. Exhibit 1 is a true and correct copy of a May 25, 2021 letter from Lance Wade to the

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO SUPPRESS
CR-18-00258 EJD

1

government.

b. Exhibit 2 is a true and correct copy of emails between Lance Wade and Robert S. Leach, Assistant United States Attorney, between November 2020 and February 2021.  The names of certain attorneys have been redacted.

c. Exhibit 3 is a true and correct copy of a December 4, 2020 letter from Robert S. Leach, Assistant United States Attorney, to Lance Wade.  The names of witnesses have been redacted.

d. Exhibit 4 is a true and correct copy of a November 18, 2020 letter from Lance Wade to the government.

e. Exhibit 5 is a true and correct copy of emails between Lance Wade and Robert S. Leach, Assistant United States Attorney, between August 2020 and October 2020.

f. Exhibit 6 is a true and correct copy of an August 21, 2020 letter from Robert S. Leach, Assistant United States Attorney, to Lance Wade.

g. Exhibit 7 is a true and correct copy of an August 4, 2020 letter from Lance Wade to Robert S. Leach, Assistant United States Attorney.  The name of one government attorney has been redacted.

h. Exhibit 8 is a true and correct copy of a July 23, 2020 letter from Robert S. Leach, Assistant United States Attorney, to Katherine Trefz.  The names of witnesses have been redacted.

i. Exhibit 9 is a true and correct copy of a July 7, 2020 letter from Katherine Trefz to the government.  The names of witnesses have been redacted.

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO SUPPRESS
CR-18-00258 EJD

2

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of June, 2021 in Bethesda, Maryland.

_____
Lance Wade
Attorney for Elizabeth Holmes

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION TO SUPPRESS
CR-18-00258 EJD

3