# Exhibit 1

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

LANCE WADE
(202) 434-5755
lwade@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 25, 2021

<u>Via Email</u>

Mr. Jeffrey Schenk, Esquire
Mr. Robert Leach, Esquire
Mr. John C. Bostic, Esquire
Ms. Kelly I. Volkar, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

   Re: United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
      <u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

  I write to raise issues relating to your October 29, 2020 *Brady* letter ("*Brady* letter") in light of the Court's May 22, 2021 Order ("Order"). *See* Dkt. 798.

  The Court's Order makes clear that the government's failure to obtain and preserve the evidence relating to the LIS is a viable defense for Ms. Holmes should she choose to pursue it. *See id*. at 56-59. We therefore reiterate our request, memorialized in our November 18, 2020 letter to your office and subsequent communications, for the following:

1. For each numbered paragraph in the *Brady* Letter, please identify the specific government personnel involved in the relevant communications.

2. All 302s, MOIs, or notes of interviews (formal or informal) of the government personnel who you identify in connection with our request in #1 above. If those witnesses have testified before a grand jury, please produce their transcripts. If they have produced documents, please produce those materials to us.

3. All documents identified in the *Brady* letter. If you refuse to produce those documents or redact them in any way, please provide a privilege log of the materials you are withholding so that we have a basis to litigate this issue.

WILLIAMS & CONNOLLY LLP

Jeffrey Schenk, Esq., *et al.*
May 25, 2021
Page 2

  On April 6, 2021, you represented that "to the best of [your] knowledge, at this time, [you] have no additional recordings, FBI FD-302s, memoranda or agent notes of witness interviews or attorney proffers" relating to the government's LIS investigation.  Please confirm that this is still the case, and, if there are such outstanding materials, promptly produce them.

  Please also promptly produce any outstanding subpoenas, memorialized grand jury testimony, communications with potential witnesses (or their counsel), immunity agreements, and other documents and things generated or collected during the course of the government's LIS investigation.  This includes any documents relied upon in the creation of the *Brady* letter, even if not quoted or cited in that letter.

  Disclosure of these materials is required under *Brady*, *Giglio*, *Jencks*, and/or Rule 16.

  In light of the Court's Order, please provide the above-mentioned items by COB Friday, May 28, 2021, so that Ms. Holmes can assess in advance of the pretrial conference how she wishes to proceed on these issues, or state your refusal to provide this information so we can proceed to motions practice.

            Sincerely,

            Lance Wade

cc: Jeff Coopersmith, Esq. (by email)