# Exhibit 5

```
From: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
Sent: Sunday, October 18, 2020 9:56 PM
To: Wade, Lance <LWade@wc.com>
Cc: Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN)
<John.Bostic@usdoj.gov>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-
Jones@usdoj.gov>
Subject: Re: United States v. Holmes, 18-cr-258 (N.D. Cal.)

Yes that works.

> On Oct 16, 2020, at 6:11 PM, Wade, Lance <LWade@wc.com> wrote:
>
> Bob,
>
> How about Monday at 3:30 my time?
>
> Thanks.
>
> —Lance
>
>
>
>
> From: Leach, Robert (USACAN)
<Robert.Leach@usdoj.gov<mailto:Robert.Leach@usdoj.gov>>
> Date: Thursday, Oct 15, 2020, 6:56 PM
> To: Wade, Lance <LWade@wc.com<mailto:LWade@wc.com>>
> Cc: Schenk, Jeffrey (USACAN)
<Jeffrey.B.Schenk@usdoj.gov<mailto:Jeffrey.B.Schenk@usdoj.gov>>, Bostic, John
(USACAN) <John.Bostic@usdoj.gov<mailto:John.Bostic@usdoj.gov>>, Baehr-Jones,
Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov<mailto:Vanessa.Baehr-
Jones@usdoj.gov>>
> Subject: RE: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
> Lance,
>
> I have interviews and meetings through 4:30 tomorrow.  I could speak to you
then.  Or anytime Monday afternoon.
>
> Best regards,
> Bob
>
> From: Wade, Lance <LWade@wc.com>
> Sent: Thursday, October 15, 2020 1:03 PM
> To: Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Downey, Kevin
<KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine
<KTrefz@wc.com>
> Cc: Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Bostic, John (USACAN)
<jbostic@usa.doj.gov>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov>;
Coopersmith, Jeffrey <jcoopersmith@orrick.com>
> Subject: RE: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
```

> Bob,
>
> There is significant material missing from our requests, which the government needs to produce under Brady and/or Rule 16.  Our requests have been pending for nearly two months.  This information is needed for us to be in a position to continue to meet deadlines imposed by the Court.  Could we have a meet and confer tomorrow and see if we can resolve this issue without a motion to compel?
>
> Thanks.
>
> --Lance
>
> Lance Wade
> Williams & Connolly LLP
> 725 Twelfth Street, N.W., Washington DC 20005
> (P) 202-434-5755 | (F) 202-434-5029
> lwade@wc.com<mailto:lwade@wc.com>   |   https://protect2.fireeye.com/v1/url?k=ef03dc9e-b36dc3ed-ef04f87b-0cc47adca7d0-3f9fdf59a8e1e363&q=1&e=58fe09c0-eea5-4cab-a554-f6d6db3a3054&u=http%3A%2F%2Fwww.wc.com%2Flwade<https://protect2.fireeye.com/v1/url?k=58f5a5ce-049bbabd-58f2812b-0cc47adca7d0-bd3beb399326c7c4&q=1&e=8dea799c-cace-4ef4-9eca-bb7a04fdc4e4&u=http%3A%2F%2Fwww.wc.com%2Flwade>
>
> From: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov<mailto:Robert.Leach@usdoj.gov>>
> Sent: Thursday, October 8, 2020 6:47 PM
> To: Wade, Lance <LWade@wc.com<mailto:LWade@wc.com>>; Downey, Kevin <KDowney@wc.com<mailto:KDowney@wc.com>>; Saharia, Amy <ASaharia@wc.com<mailto:ASaharia@wc.com>>; Trefz, Katherine <KTrefz@wc.com<mailto:KTrefz@wc.com>>
> Cc: Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov<mailto:Jeffrey.B.Schenk@usdoj.gov>>; Bostic, John (USACAN) <John.Bostic@usdoj.gov<mailto:John.Bostic@usdoj.gov>>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov<mailto:Vanessa.Baehr-Jones@usdoj.gov>>; Coopersmith, Jeffrey <jcoopersmith@orrick.com<mailto:jcoopersmith@orrick.com>>
> Subject: RE: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
> Lance,
>
> We produced responsive material to you on Tuesday.  We are working to identify any additional responsive material and will get it to you as soon as possible.
>
> Best regards,
> Bob
>
> From: Wade, Lance <LWade@wc.com<mailto:LWade@wc.com>>
> Sent: Thursday, October 1, 2020 7:06 AM
> To: Leach, Robert (USACAN) <RLeach@usa.doj.gov<mailto:RLeach@usa.doj.gov>>; Downey, Kevin <KDowney@wc.com<mailto:KDowney@wc.com>>; Saharia, Amy <ASaharia@wc.com<mailto:ASaharia@wc.com>>; Trefz, Katherine <KTrefz@wc.com<mailto:KTrefz@wc.com>>

> Cc: Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov<mailto:JSchenk@usa.doj.gov>>; Bostic, John (USACAN) <jbostic@usa.doj.gov<mailto:jbostic@usa.doj.gov>>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov<mailto:vbaehr-jones@usa.doj.gov>>; Coopersmith, Jeffrey <jcoopersmith@orrick.com<mailto:jcoopersmith@orrick.com>>
> Subject: RE: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
> Bob,
>
> Your August 21 letter relating to LIS contemplated a further response from the government pursuant to Ms. Holmes' prior Brady/Giglio/Rule 16 requests.  Over a month has passed and we have not received any such response.  Please provide one promptly so that we can clarify any points of disagreement and, if necessary, file a motion to compel.
>
> Thanks.
>
> --Lance
>
> Lance Wade
> Williams & Connolly LLP
> 725 Twelfth Street, N.W., Washington DC 20005
> (P) 202-434-5755 | (F) 202-434-5029
> lwade@wc.com<mailto:lwade@wc.com>   |  https://protect2.fireeye.com/v1/url?k=ee8a2859-b2e4372a-ee8d0cbc-0cc47adca7d0-74ecc6507b1d5056&q=1&e=58fe09c0-eea5-4cab-a554-f6d6db3a3054&u=http%3A%2F%2Fwww.wc.com%2Flwade<https://protect2.fireeye.com/v1/url?k=4bcf812a-17a35605-4bc8a5cf-ac1f6b017516-e1b52e5bee7267f6&q=1&e=8b2d00db-bd93-46e1-bca7-d91c329f03b0&u=http%3A%2F%2Fwww.wc.com%2Flwade>
>
> From: Leach, Robert (USACAN) <Robert.Leach@usdoj.gov<mailto:Robert.Leach@usdoj.gov>>
> Sent: Friday, August 21, 2020 2:41 PM
> To: Wade, Lance <LWade@wc.com<mailto:LWade@wc.com>>; Downey, Kevin <KDowney@wc.com<mailto:KDowney@wc.com>>; Saharia, Amy <ASaharia@wc.com<mailto:ASaharia@wc.com>>; Trefz, Katherine <KTrefz@wc.com<mailto:KTrefz@wc.com>>
> Cc: Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov<mailto:Jeffrey.B.Schenk@usdoj.gov>>; Bostic, John (USACAN) <John.Bostic@usdoj.gov<mailto:John.Bostic@usdoj.gov>>; Baehr-Jones, Vanessa (USACAN) <Vanessa.Baehr-Jones@usdoj.gov<mailto:Vanessa.Baehr-Jones@usdoj.gov>>; Coopersmith, Jeffrey <jcoopersmith@orrick.com<mailto:jcoopersmith@orrick.com>>
> Subject: RE: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
> Dear Counsel,
>
> Please see the attached.
>
> Best regards,
>
> ******************************

> Robert S. Leach
> Assistant United States Attorney
> United States Attorney's Office
>  Northern District of California
> 1301 Clay Street, Suite 340S
> Oakland, California 94612
> (510) 637-3918 -- Office
> (415) 793-2945 – Cell
>
> From: Wade, Lance <LWade@wc.com<mailto:LWade@wc.com>>
> Sent: Tuesday, August 4, 2020 4:11 PM
> To: Bostic, John (USACAN) <jbostic@usa.doj.gov<mailto:jbostic@usa.doj.gov>>; Leach, Robert (USACAN) <RLeach@usa.doj.gov<mailto:RLeach@usa.doj.gov>>; Baehr-Jones, Vanessa (USACAN) <vbaehr-jones@usa.doj.gov<mailto:vbaehr-jones@usa.doj.gov>>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov<mailto:JSchenk@usa.doj.gov>>
> Cc: Downey, Kevin <KDowney@wc.com<mailto:KDowney@wc.com>>; Saharia, Amy <ASaharia@wc.com<mailto:ASaharia@wc.com>>; Trefz, Katherine <KTrefz@wc.com<mailto:KTrefz@wc.com>>; Coopersmith, Jeffrey <jcoopersmith@orrick.com<mailto:jcoopersmith@orrick.com>>
> Subject: United States v. Holmes, 18-cr-258 (N.D. Cal.)
>
> Please see the attached.
>
> Lance Wade
> Williams & Connolly LLP
> 725 Twelfth Street, N.W., Washington DC 20005
> (P) 202-434-5755 | (F) 202-434-5029
> lwade@wc.com<mailto:lwade@wc.com>   | https://protect2.fireeye.com/v1/url?k=4787d7cb-1be9c8b8-4780f32e-0cc47adca7d0-f2ca819513ffdd98&q=1&e=58fe09c0-eea5-4cab-a554-f6d6db3a3054&u=http%3A%2F%2Fwww.wc.com%2Flwade<https://protect2.fireeye.com/v1/url?k=9e17b82a-c27b5928-9e109ccf-ac1f6b01767e-2f27b64ce1ee8ea1&q=1&e=40062975-b02b-49e9-ab07-a213a0f84e03&u=http%3A%2F%2Fwww.wc.com%2Flwade>
>
>
> _____
>
> This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.