# Exhibit 9

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

July 7, 2020

<u>Via Email</u>

Mr. John C. Bostic, Esquire
Mr. Robert Leach, Esquire
Mr. Jeffrey Schenk, Esquire
Ms. Vanessa Baehr-Jones, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

  Re: United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
    <u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

  I write to raise several issues related to the government's recent productions and disclosures in this case.

  **I.** **Document Issues**

  <u>Rule 16 Certification</u>.  The government's Rule 16 deadline was June 26, 2020.  Please confirm that the government believes it has produced all materials that are discoverable under Rule 16, or provide a date by which the government expects to complete its production and a description of what is remaining.

  <u>FDA Data</u>.  The government has not responded to Ms. Holmes' June 5, 2020 letter regarding the 1.7 terabytes of unprocessed "Tranche 9" data it produced on May 28, 2020. Please provide a response so that Ms. Holmes can determine whether to seek relief from the court on this issue.

  <u>LIS Database</u>.  First, the government has been in possession of Theranos' LIS database for nearly two years.  Please explain why it was just now produced to the defense.  Second, the government's production letter states that the government has been "unable to access the

WILLIAMS & CONNOLLY LLP

July 7, 2020
Page 2

material" on the hard drive containing the LIS database. The government's March 6, 2020 Rule 404(b) notice similarly asserts that "Theranos 'decommissioned' its LIS, rendering it nonfunctional and converting the data to a format that is not readily retrievable." To date, we have not identified any documents in the government's Rule 16 production describing the government's efforts, if any, to attempt to access the materials in the LIS database. Nor have we identified any documents in the government's Rule 16 production describing the government's efforts, if any, to attempt to locate other sources of the data that resided in that database. Such documents are material to the defense. Please produce them promptly.

## II. Witness Issues

Government Witnesses with No Statements. For 41 of the 147 individuals identified on the government's witness list, we have not identified a government interview memorandum or SEC deposition in the government's production to date.[1] Please confirm that the government (including the SEC) has not interviewed the following individuals, or identify the Bates number for an interview memorandum, agent notes, and/or SEC deposition:



---

[1] We are aware of an October 24, 2017 SEC interview with ▓▓▓▓ but have yet to receive a government memorandum of that or any other interview.

WILLIAMS & CONNOLLY LLP

July 7, 2020
Page 3

      <u>Government Witnesses with No USAO Statements.</u>  We have been unable to identify government interview memorandum for certain individuals who were deposed in the SEC proceeding – ███████████████████████████████████████████████████ ████.  Please confirm that the prosecution team has not interviewed these individuals, or identify the Bates number for an interview memorandum and agent notes.

      <u>Missing Proffer Notes</u>.  We understand that the government received attorney proffers with respect to certain individuals on its witness list, including Messrs. ███████████. However, it appears that the government has not produced notes with respect to many of the proffers.  Please promptly produce the notes and memoranda for all attorney proffers that the government has received, or confirm that no such notes or memoranda exist but that the government has disclosed any material that is subject to disclosure pursuant to *Brady* and its progeny.

      <u>Missing *Giglio* Material</u>.  We do not believe we have received proffer and/or immunity agreements for individuals that the government has now identified as witnesses.  Pursuant to *Giglio*, please promptly produce all such agreements for the individuals identified on the government's witness list, including but not limited to ██████████████████ ██████████████████████.

      We appreciate your prompt attention to these matters.

                                        Sincerely,

                                        Katie Trefz

cc: J. Coopersmith, Esq.