<u>APPENDIX A</u>
<u>IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN</u>
<u>MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | **I.        Preliminary Matters** | |
| 1 | The trial in this case may last approximately thirteen (13) weeks, or even longer. The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), from 9:00am to 3:00pm, during that time. Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror. Do you wish to apply to the Court to be excused on the ground that jury service would be a serious hardship?<br><br>Yes     No<br><br>If yes, please explain the hardship: | The Court estimates that the trial in this case will last approximately 13 weeks. Trial days during the week will be Tuesday, Wednesday, and Friday and from 9:00 a.m. to approximately 5:00 p.m. Do you have any specific problems of a serious nature that might prevent you from serving as a juror in this case?<br><br>Yes   No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 47) |
| 2 | Do you have any physical, medical, psychological, or emotional problems, issues, or conditions that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?<br><br>Yes  No | Do you have any condition that would affect your ability to hear testimony from witnesses at trial?<br><br>Yes   No<br><br>If Yes, please explain: |

---

[1] This appendix identifies each of Ms. Holmes' proposed questions and the corresponding government question, if any.  If the government has not proposed a corresponding question, the relevant cell in the government column is blank.  This appendix includes questions that are identical, nearly identical, or where the government has proposed a question that falls within the scope of, but is narrower than, one of Ms. Holmes' questions.  The formatting of the questions from each proposed questionnaire has been adapted for purposes of this appendix.

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | If yes, please explain<br><br>If you believe that you could serve as a juror if such condition were accommodated in some way, please state the accommodation. | (Gov't Proposed Question 23) |
| 3 | If you take any medications that you think might affect your ability to serve as a juror, please describe them and their effects.<br><br>Medication          Side Effects<br>*Example: Xanax      Makes Me Sleepy* | |
| 4 | Have you received a vaccine for COVID-19?<br><br>Yes    No<br><br>If yes, when did you receive the vaccine? | Have you [been] vaccinated against COVID-19 or are you scheduled to be vaccinated?<br><br>Yes   No<br><br>(Gov't Proposed Question 24) |
| 5. | Have you been diagnosed with COVID-19 in the past?<br><br>Yes    No<br><br>If yes, when did you have COVID-19? | Have you already contracted COVID-19?<br><br>Yes   No<br><br>If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?<br><br>Yes   No<br><br>(Gov't Proposed Question 25) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | | |
| 6. | In light of the COVID-19 pandemic, do you have concerns about your ability to concentrate at trial, consider all the evidence, and make a conscientious decision in deliberations?  Yes     No  If yes, would courtroom precautions (ex. the use of air filters, use of a larger courtroom) alleviate your concerns? | If called to serve as a juror, how concerned are you about getting sick with COVID-19?  (Gov't Proposed Question 26)  If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?  (Gov't Proposed Question 27) |
| 7. | Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?  Yes   No  If yes, please explain: | |
| 8. | Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?  Yes     No     Not Sure     I do not have an employer | |
| 9. | Will your employer continue to pay your salary if you are selected to serve on this jury?  Yes     No     Not Sure     I do not have an employer | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | | |
| 10. | Do you have any difficulty reading or understanding English?<br><br>Yes      No | |
| **II.      Background** | | |
| 11. | Name | Name<br><br>(Gov't Proposed Question 1) |
| 12. | Title (please circle)<br>Dr. Mr. Mrs. Ms. Miss | Dr. Mr. Mrs. Ms. Miss<br><br>(Gov't Proposed Question 1) |
| 13. | Age | Age<br><br>(Gov't Proposed Question 1) |
| 14. | Sex | |
| 15. | Gender Identity | |
| 16. | Residence:<br><br>County:<br><br>City/Town:<br><br>Zip Code: | Residence:<br><br>County:<br><br>City/Town:<br><br>Neighborhood: |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Neighborhood: [*Do not list your street address*] <br><br> a. How long have you lived at that location? <br><br> b. How many years have you lived in California? <br><br> c. Do you own or rent your home? <br><br> Rent     Own    Other <br><br> d. What other communities have you lived in during the last ten years? <br><br> e. Your place of birth: | [*Do not list your street address*] <br><br> How long have you lived at that location? <br><br> Your place of birth: <br><br> Do you own or rent your home? <br><br> Rent      Own      Other <br><br> What other communities have you lived in during the last ten years? <br><br> (Gov't Proposed Question 2) |
| 17. | What is your marital status? (please circle) <br><br> Single <br><br> Married <br><br> Separated <br><br> Divorced <br><br> Widowed | What is your marital status? (Please Circle) <br><br> Single <br><br> Married <br><br> Separated <br><br> Divorced <br><br> Widowed |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Live with a partner/significant other | Live with a partner<br><br>(Gov't Proposed Question 4) |
| 18. | Any prior marriages?     Yes    No<br><br>If yes, how many? | |
| 19. | What is your current job status? (please check)<br><br>Employed full-time<br><br>Self-employed<br><br>Employed part-time<br><br>Unemployed/laid-off<br><br>Homemaker<br><br>Retired<br><br>Disabled<br><br>Full-time student (please state area of study)<br><br>Other (please describe) | What is your current job status?<br><br>Working full-time<br><br>Unemployed<br><br>Working part-time<br><br>Homemaker<br><br>Retired<br><br>Full-time student<br><br>Disabled<br><br>(Gov't Proposed Question 5) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 20. | What is your occupation? If you are not currently employed, please describe your most recent prior employment.<br><br>a. By whom are (were) you employed?<br><br>b. How long have you worked (did you work) there?<br><br>c. What are (were) your specific duties at your job?<br><br>d. Do (did) you supervise other people?<br><br>    Yes     No<br><br>If yes, how many people do (did) you manage and/or supervise?<br><br>e. Please briefly describe what your management and/or supervisory responsibilities have entailed (e.g., do you conduct performance reviews, are you responsible for hiring and firing decisions, etc.):<br><br>f. If you have held any other occupations in the past five years, please identify them here: | What is your occupation?<br><br>[PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]<br><br>a. What is your occupation (or what was it, if not currently employed)?<br><br>b. By whom are (were) you employed?<br><br>c. How long have (did) you worked there?<br><br>d. Please describe the nature of your job.<br><br>e. Do (Did) you supervise other people?<br><br>Yes<br><br>No<br><br>If so, how many?<br><br>(Gov't Proposed Question 6)<br><br>During the course of your working life have you changed careers or occupations and, if so, what?<br><br>(Gov't Proposed Question 7) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 21. | What is the highest level of education you have completed?<br><br>Less than high school<br><br>High school graduate<br><br>Some college/vocational training<br><br>College graduate. If so, please indicate degree and/or field of study.<br><br>Post-graduate degree. If so, please indicate degree and/or field of study. | What is the highest level of education you completed?<br><br>(Gov't Proposed Question 9)<br><br>Please describe your educational background:<br><br>School Name<br><br>Major areas of study<br><br>Degrees received<br><br>(Gov't Proposed Question 10) |
| 22. | Please list all educational institutions you have attended, beginning with high school. | Please describe your educational background:<br><br>School Name<br><br>Major areas of study<br><br>Degrees received<br><br>(Gov't Proposed Question 10) |
| 23. | Have you, a family member, or someone close to you received any training, experience, or specialized knowledge in any of the following? Please check the box that applies and provide an explanation below: | Have you taken any courses or had training in law, legal procedure, or administration of justice?<br><br>Yes   No |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Yes, me     Yes, Family Member   Yes, Someone Close to Me   No<br><br>Business<br><br>Finance<br><br>Law<br><br>Investing; Private Equity; Startups; Venture Capital<br><br>Accounting; Bookkeeping<br><br>Public Relations; Marketing; Advertising; Media; Press<br><br>Health Insurance<br><br>Chemistry; Biology; Medicine; Life Sciences<br><br>Engineering<br>Computer Science<br><br>Statistics; Data Analytics<br><br>Healthcare; Health Services<br><br>Blood Testing<br><br>Laboratories | If Yes, please explain:<br><br>(Gov't Proposed Question 11)<br><br>Have you taken in courses or had training in business, finance, investing, medicine, medical devices, or blood or lab testing?<br><br>Yes    No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 12)<br><br>Have you worked for an entity or held a job that involved investing, medicine, medical devices, or blood or lab testing?<br><br>Yes    No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 13)<br><br>Have you, or a close friend or family member, ever been employed by or affiliated with any law enforcement or other government agency (including police, sheriff, corrections, FBI, Immigration, IRS, |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Scientific Research<br><br>Contracts<br><br>Psychiatry; Psychology<br><br>Pharmacology; Pharmacy; Pharmaceuticals<br><br>Quality control, compliance, or enforcement of standards and regulations<br><br>State, County, or Federal Government (Any)<br><br>U.S. Food & Drug Administration<br><br>U.S. Dep't of Health & Human Services (HHS)<br><br>Centers for Medicare & Medicaid Services (CMS)<br><br>Clinical Laboratory Improvement Amendments (CLIA)<br><br>California Dep't of Public Health<br><br>Any other regulatory/law enforcement agency<br><br>If you indicated yes with a check mark to any of the above, please provide detail. | Securities and Exchange Commission, Food and Drug Administration, Department of Health and Human Services, Centers for Medicare & Medicaid Services, parole or probation, etc.)?<br><br>Yes   No<br><br>If Yes, please list:<br><br>Name<br><br>Relationship to You<br><br>Position<br><br>Agency<br>(Gov't Proposed Question 30) |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 24. | Please complete the following questions regarding your spouse or significant other. If you are divorced, widowed, or separated, please answer the following questions regarding your former spouse, <br><br> What is your spouse's current employment status? <br><br> Employed full-time <br><br> Self-employed <br><br> Employed part-time <br><br> Unemployed/laid-off <br><br> Homemaker <br><br> Retired <br><br> Disabled <br><br> Full-time student (please state area of study) <br><br> Other (please describe) | Please complete the following questions regarding your **present spouse** or **partner**. If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner.** <br><br> Current employment status: <br><br> Working full-time <br><br> Unemployed <br> Working part-time <br><br> Homemaker <br> Retired <br><br> Full-time student <br><br> Disabled <br><br> (Gov't Proposed Question 14) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 25. | What is his or her occupation (or what was it, if he or she is no longer employed)?<br><br>a. By whom is (was) he or she employed?<br><br>b. How long has (did) he or she worked there?<br><br>c. What are (were) his or her specific duties at the job?<br><br>d. Does he or she supervise other people?<br><br>Yes   No<br><br>If yes, how many people does (did) your spouse manage and/or supervise?<br><br>Please briefly describe what these management and/or supervisory responsibilities entail or entailed (e.g., does your spouse conduct performance reviews, is he or she responsible for hiring and firing decisions, etc.).<br><br>How long has your spouse held his or her present position/title?<br><br>f. Please briefly describe what significant training he or she has received for the position, if any:<br><br>g. What other types of jobs has he or she had in the past? | What is his/her occupation (or what was it, if retired or unemployed or disabled)?<br><br>b. By whom is (was) s/he employed?<br><br>How long has (did) s/he worked there?<br><br>c. Please describe the nature of his/her job?<br><br>d. What other types of jobs has s/he had in the past?<br><br>(Gov't Proposed Question 14) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 26. | What is the highest level of education your spouse has completed?<br><br>Less than high school<br>High school graduate<br>Some college/vocational training<br>College graduate. If so, please indicate degree and/or field of study.<br>Post-graduate degree. If so, please indicate degree and/or field of study. | What is the highest level of education s/he completed?<br><br>(Gov't Proposed Question 15) |
| 27. | Please list all educational institutions your spouse has attended, beginning with high school: | Please describe her/his educational background, including vocational school(s) and/or college(s) attended:<br><br>School<br><br>Name<br><br>Major areas of study<br><br>Degrees received<br><br>(Gov't Proposed Question 15) |
| 28. | Do you have any children, including step-children?<br>    Yes    No<br>If yes, please fill out the chart below:<br>Relationship Age Sex Occupation or Year in School | If you have children, please state:<br><br>Sex |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | | Age<br><br>Education<br><br>Occupation<br><br>(Gov't Proposed Question 17) |
| 29. | With whom do you live, what is your relationship with them, and what are their occupations, if applicable? | If other adults live in your home in addition to those already you already described above, please state:<br><br>Relationship<br><br>Sex<br><br>Age<br><br>Education<br><br>Occupation<br><br>(Gov't Proposed Question 18) |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 30. | Have you, a family member, or someone close to you ever served in the military (including Reserves, National Guard or ROTC)?<br><br>Yes    No<br><br>If yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: | Have you, your current spouse/partner, or your child ever served in the military? Yes_____ No_____<br><br>If yes, please list for:<br><br>You Spouse, Partner, or Child<br><br>Branch of service:<br><br>Combat:  Yes  No<br><br>(Gov't Proposed Question 19) |
| 31. | What are your hobbies, major interests, recreational pastimes and spare time activities and sports? |  |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 32. | What are your spouse's hobbies, major interests, recreational pastimes and spare time activities and sports? | |
| 33. | Please list any groups and/or organizations to which you belong (for example, church groups, professional organizations, volunteer activities, victim's rights groups, etc.): | Please list all groups and organizations you belong to or participate in, such as community neighborhood groups, volunteer activities, crime prevention groups, etc.<br><br>(Gov't Proposed Question 22) |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**</u>
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 34. | Please list any groups and/or organizations to which your spouse belongs: | |
| 35. | If you have ever been a published or unpublished author, please describe the things you have written and when you wrote them: | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 36. | When in a group trying to make a decision, do you usually:<br><br>Strongly express your views to get the outcome you believe is best<br><br>Participate in the discussion and try to help build a consensus<br><br>Listen and follow what you think the majority favors<br><br>Other (please describe) | |
| | **III.    Life Experience** | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 37. | Have you, a family member, or someone close to you (as far as you are aware) had any of the following experiences? Please check the box that applies and then provide an explanation below.<br><br>Experience     Yes, Me     Yes, Family Member    Yes, Someone Close to Me          No<br><br>Directly invested in a company, other than stock purchases on public exchanges<br><br>Sought out/solicited investments in a company<br><br>Worked in any field that involves blood tests, doctor's tests or other medical care<br><br>Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.)<br><br>Had any work experience in the venture capital industry<br><br>Prepared financial models or projections for a business<br><br>Had a bad experience with an investment<br><br>Been the victim of fraud<br><br>Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | Have you worked for an entity or held a job that involved investing, medicine, medical devices, or blood or lab testing?<br><br>Yes   No<br><br>If Yes, please explain:<br><br><br>(Gov't Proposed Question 13)<br><br><br>Have you, or a close friend or family member, ever suffered a substantial monetary loss as a result of a financial investment, including stocks, real estate, or business?<br><br>Yes   No<br><br>If Yes, please explain:<br><br><br>(Gov't Proposed Question 38) |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute

Been a government contractor | |
| 38. | If you answered yes to any of the questions above, please provide detail. | Have you worked for an entity or held a job that involved investing, medicine, medical devices, or blood or lab testing?

Yes   No

If Yes, please explain:

(Gov't Proposed Question 13)

Have you, or a close friend or family member, ever suffered a substantial monetary loss as a result of a financial investment, including stocks, real estate, or business?

Yes   No

If Yes, please explain: |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | | (Gov't Proposed Question 38) |
| 39. | Have you, a family member or someone close to you ever worked in law enforcement or the security field (including federal, state, local, military, auxiliary, volunteer, state or local police departments, the Federal Bureau of Investigation, U.S. Postal Inspection Service, Department of Health and Human Services Office of Inspector General, Food and Drug Administration Office of Criminal Investigations, the Securities and Exchange Commission, any prosecutor's office, the Department of Corrections, etc.)?<br><br>Yes     No<br><br>If yes, please identify who, when, and describe the position(s). | Have you, or a close friend or family member, ever been employed by or affiliated with any law enforcement or other government agency (including police, sheriff, corrections, FBI, Immigration, IRS, Securities and Exchange Commission, Food and Drug Administration, Department of Health and Human Services, Centers for Medicare & Medicaid Services, parole or probation, etc.)?<br><br>Yes   No<br><br>If Yes, please list:<br><br>Name<br><br>Relationship to You<br><br>Position |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | | Agency<br><br>(Gov't Proposed Question 30) |
| 40. | Do you know anyone who works for any sort of prosecutorial agency (for example, the U.S. Attorney's Office, San Jose District Attorney's Office, California Attorney General's Office, etc.)?<br><br>Yes    No<br><br>If yes, please explain: | |

<u>APPENDIX A</u>
<u>IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN</u>
<u>MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 41. | Do you have investments?<br><br>If yes, check the forms of investment that you use or have used:<br>   Savings Accounts    Stocks    Mutual Funds<br>   Growth Funds    Value Funds    Bonds<br>   Exchange Traded Funds    Certificates of Deposit<br>   Annuities    Options    Cryptocurrency | Have you, or a close friend or family member, ever suffered a substantial monetary loss as a result of a financial investment, including stocks, real estate, or business?<br><br>Yes    No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 38) |
| 42. | Do you have health insurance?<br>___ Yes ___ No<br><br>If yes, where do you get it?<br>   Employer    Medicare    Medicaid    Public Exchange<br>   Other (Please explain) | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 43. | Do you have any general opinion about the venture capital industry?<br><br>Yes   No<br><br>If yes, please explain. | |
| 44. | Do you have any general opinion about startup businesses?<br><br>Yes   No<br><br>If yes, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 45. | Do you have any strong views regarding entrepreneurs?<br><br>Yes    No<br><br>If yes, please explain. | |
| 46. | Do you have any strong views regarding corporate executives?<br><br>Yes   No<br><br>If yes, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 47. | Have you, a family member, or someone close to you ever been a victim of or witness to a crime?<br><br>Yes   No<br><br>If yes, please explain. | Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness?<br><br>Yes   No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 34)<br><br>Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, etc. – whether it was reported to law enforcement authorities or not?<br><br>Yes   No<br><br>If Yes, please explain:<br><br>(Gov't Proposed Question 32) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 48. | Have you, a family member, or someone close to you ever been falsely accused of a crime?<br><br>Yes   No<br><br>If yes, please explain. | |
| | IV.    Media Habits and Exposure | |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**</u>
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 49. | How much do you rely on the following sources for your news?<br><br>A lot; somewhat; not much; not at all<br><br>Newspapers;<br><br>Social Media;<br><br>Television;<br><br>Radio;<br><br>Internet;<br><br>Conversations;<br><br>Other | Please list your main sources of news – including newspapers, television and radio stations or programs, internet sites, and conversations with others.<br><br>(Gov't Proposed Question 20) |
| 50. | How often do you check, follow, or read about news or current events?<br><br>Multiple times per day<br><br>Several times per week<br><br>Less than once per week<br><br>Once per day | Do you watch, read, or listen to financial news? If so, how often and from what source?<br><br>(Gov't Proposed Question 21) |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**</u>
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Once or twice per week<br><br>Almost never | |
| 51. | Do you have an account on any social media platforms?<br><br>Yes   No<br><br>If yes, please identify the platform(s)<br><br>Do you use any other social media platforms?<br><br>Yes No<br><br>If yes, please list them and explain how frequently you use them.<br><br>How frequently do you use the platform(s) listed above in 51(a) and 51(b)? | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
|  | Multiple times per day; once per day; several times per week; once or twice per week; less than once per week; almost never; N/A.<br><br>If you use some platforms more frequently than others, please explain.<br><br>How do you use social media? (for example, communicate with friends; express opinions; follow current events; etc.)<br><br>Do you belong to any groups on social media (ex. Facebook or WhatsApp groups)?<br><br>Yes   No<br><br>If yes, please list the groups.<br><br>Have you ever posted messages, comments, or opinions on websites/social media, or blogged?<br>Yes     No<br><br>If yes, please describe the websites or social media platforms that you have used; the types of things you have posted or blogged; and how often you have done it:<br><br>Have you read, listened to, commented on, "liked," or posted anything on social media about Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos? |  |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Yes    No<br><br>If yes, please explain. | |
| 52. | Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If yes, please circle the applicable individuals.<br><br>John Carreyrou<br><br>Roger Parloff<br><br>Adam Klasfeld<br><br>Ethan Barron<br><br>Chuck Barney<br><br>Yasmin Khorram<br><br>Sara Randazzo | |

<u>**APPENDIX A**</u>
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Tom Hals<br><br>Matthew Renda<br><br>Ken Auletta<br><br>Kara Swisher<br><br>Matthew Herper<br><br>Rebecca Jarvis<br><br>Joel Rosenblatt<br><br>Eric Topol | |
| 53. | Do you read, follow, or subscribe to any of the following outlets, whether online, in print, or on social media or podcasts? Please check the box that applies.<br><br>Outlet; Yes, Multiple Times/Day; Yes, Once/Day; Yes, Once or Twice/Week; Yes, Less Than Once/Week; Almost Never;<br>Never<br><br>San Jose Mercury News<br><br>The Wall Street Journal<br><br>The New York Times | Do you watch, read, or listen to financial news? If so, how often and from what source?<br><br>(Gov't Proposed Question 21) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | The Washington Post | |
| | The Los Angeles Times | |
| | The Financial Times | |
| | CNBC | |
| | Bloomberg | |
| | Politico | |
| | The Huffington Post | |
| | Business Insider | |
| | New York Post | |
| | The Daily Mail | |
| | USA Today | |
| | Engadget | |
| | TechCrunch | |
| | Dark Daily | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Fierce Biotech | |
| | Wired | |
| | Industry Week | |
| | Silicon Valley Business Journal | |
| | The Daily Beast | |
| | Vanity Fair | |
| | The New Yorker | |
| | East Bay Times | |
| | San Francisco Chronicle | |
| | San Francisco Business Times | |
| | SF Gate | |
| | The Arizona Republic | |
| | Law.com/The Recorder | |
| | Law360 | |
| | NYMag/The Cut | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Mashable | |
| | People | |
| | Variety | |
| | Hollywood Reporter | |
| | Deadline | |
| | SFist | |
| | Forbes | |
| | Fortune | |
| | UPROXX | |
| | Gizmodo | |
| | Slate | |
| | Brietbart | |
| | Vox | |
| | Beckers Hospital Review | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Please list any outlets not listed above that you read, view, listen to, follow, or subscribe to, and how frequently you do so.<br><br>Have you ever read, viewed, or heard about anything relating to Theranos, Elizabeth Holmes, and/or Ramesh "Sunny" Balwani published in the outlets listed above?<br><br>   Yes    No<br><br>If yes, state what you recall about what you viewed, read or heard? | |
| 54. | Do you watch or listen to any of the following networks, podcasts, or shows on television or online? Please circle.<br><br>Network; Podcast; Show; Yes, multiple times/day; Yes, once/day; Yes, once or twice/week; Yes, less than once/week; Almost never; Never<br><br>ABC 7 News<br><br>KPIX-TV (CBS SF Bay Area)<br><br>KTVU FOX2<br><br>NBC Bay Area | Do you watch, read, or listen to financial news? If so, how often and from what source?<br><br>(Gov't Proposed Question 21) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | ABC | |
| | CBS | |
| | NBC | |
| | The Today Show (NBC) | |
| | 60 Minutes (CBS) KQED | |
| | NPR | |
| | CNBC | |
| | CNN | |
| | Fox News | |
| | Fox Business | |
| | Hulu | |
| | Netflix | |
| | HBO | |
| | Three Uncanny Four | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | a. Do you watch or listen to other television shows, radio shows, or podcasts?<br><br>Yes    No<br><br>If yes, please list them and explain how frequently you watch or listen to them:<br><br>Have you ever read, viewed, listened to, or heard about anything relating to Theranos, Elizabeth Holmes, and/or Ramesh "Sunny" Balwani in one of the outlets listed above?<br><br>Yes   No<br><br>If yes, what have you heard? | |
| 55. | Do you regularly watch any television shows involving criminal investigations, crime solving, or criminal trials?<br><br>Yes    No | |

<u>APPENDIX A</u>
<u>IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN</u>
<u>MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 56. | Have you ever written a letter to the editor or called into a radio show?<br><br>Yes   No<br><br>Please explain | |
| 57. | Have you read, watched, listened to, or been told of any of the following? Please circle:<br><br>Bad Blood by John Carreyrou<br><br>HBO's The Inventor<br><br>ABC News' The Dropout Podcast<br><br>ABC News' The Dropout Documentary<br><br>ABC News 20/20 on Theranos<br><br>Thicker Than Water by Tyler Shultz<br><br>TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | If yes, please explain. | |
| 58. | How much in the news media do you believe is fair and accurate?<br><br>   All of it<br>   Most of it<br>   Some of it<br>   None of it<br><br>Please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | V.        Nature of the Charges | |
| 59. | This case will present issues relating to blood testing and the medical field. Do you have any strong views on these issues that might affect your ability to be a fair and impartial juror in this case?<br><br>Yes   No<br><br>If yes, please explain. | |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**</u>
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 60. | This case will involve investments, entrepreneurship, and start-up businesses. Do you have any strong views on the issue that might affect your ability to be a fair and impartial juror in this case?<br><br>Yes   No<br><br>If yes, please explain. | |
| 61. | This case will present issues relating to innovation in the clinical laboratory testing industry. Do you have any strong views on the issue that might affect your ability to be a fair and impartial juror in this case?<br><br>Yes   No<br><br>If yes, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 62. | Do you think that companies that oppose a government regulation and seek to overturn it are more likely to commit fraud? <br><br> Yes   No    Not Sure <br><br> Please explain. | |
| 63. | Do you believe that an entrepreneur is more likely to commit fraud than the average person? <br><br> Yes    No    Not Sure <br><br> Please explain. | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 64. | Do you believe that entrepreneurs should be punished if investors lose money on their business?<br><br>Yes     No     Not Sure<br><br>Please explain. | |
| 65. | During the course of jury deliberations, if a fellow juror should suggest that you disregard the law or the evidence, and decide the case on other grounds, would you, as a juror, be able to reject the suggestion and abide by your oath to this Court to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?<br><br>Yes   No    Not Sure<br><br>If No or Not Sure, please explain. | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | **VI.     Familiarity with the Case** | |
| 66. | Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?<br><br>Yes     No<br><br>If yes, please explain how you know Ms. Holmes, or what you have heard about her, and the source of anything you know or have heard about her: | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 67. | Ms. Holmes was the founder and CEO of Theranos, a blood testing company. Do you know or have you heard about Theranos?<br><br>Yes   No<br><br>If yes, please explain what you know or have heard about Theranos, and the source. | |
| 68. | Are you aware of any controversies in the blood testing industry?<br><br>Yes   No<br><br>If yes, please explain what you know or have heard. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 69. | The indictment alleges that Ms. Holmes knowingly and intentionally made misstatements to investors and paying customers in order to defraud them.  The indictment also alleges that Ms. Holmes knowingly and intentionally conspired with one or more other people to defraud investors and paying customers.  As I have explained, the indictment is not evidence, and is just a formal way of charging a person with a crime in order to bring her to trial. Ms. Holmes has pleaded not guilty.  She is presumed innocent. Unless the government proves that she is guilty of these charges beyond a reasonable doubt, the jury must return a verdict of not guilty.<br><br>    a.   Have you read, seen, or heard about this case?<br><br>If yes, please explain what you have read, seen, or heard about this case: | The cover page contains a brief statement about this case. Have you heard or read anything about this case before today?<br><br>Yes     No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 42) |
| 70. | Do you have an opinion about Ms. Holmes?<br>Yes   No<br>If yes, please explain your opinion: | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 71. | Do you know or have you heard of Mr. Ramesh "Sunny" Balwani, former President and Chief Operating Officer at Theranos?<br><br>Yes     No<br><br>If yes, please explain what you know or have heard, and the source | |
| 72. | Do you have an opinion about Mr. Balwani?<br><br>Yes     No<br><br>If yes, please explain your opinion: | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 73. | Have you or anyone you know ever been employed by Theranos?<br><br>Yes   No<br><br>If yes,  what were the positions and approximate dates of employment. | |
| 74. | Have you or anyone you know ever applied to work at Theranos?<br><br>Yes   No<br><br>Please explain. | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 75. | Have you or anyone you know ever invested in Theranos?<br><br>Yes   No<br><br>If yes, please explain. | Have you owned securities or interests in Theranos or used its blood testing services?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 45) |
| 76. | Have you or anyone you know ever received a Theranos blood test result?<br><br>Yes  No<br><br>If yes, please explain. | Have you owned securities or interests in Theranos or used its blood testing services?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 45) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 77. | The following individuals may be called as witnesses in this case. Please circle the name of anyone whom you recognize or know:<br><br>[*Names to be added based on updated witness lists*]<br><br>Please explain how you recognize or know the individual(s) whom you have circled. | A list is attached to this questionnaire, please circle the name of any of the listed people that you personally know.<br><br>[*List Omitted from this Appendix*]<br><br>(Gov't Proposed Question 51) |
| 78. | Are you familiar with any of the following investment groups?<br><br>Hall Group<br><br>Black Diamond Ventures<br><br>Partner Fund Management<br><br>Dynasty Financial<br><br>Mosley Family Holdings<br><br>PEER Ventures<br><br>BDT Group<br><br>Dignity Health | A list is attached to this questionnaire, please circle the name of any of the listed people that you personally know.<br><br>[*List Omitted from this Appendix*]<br><br>(Gov't Proposed Question 51) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Lucus Venture Group | |
| | RDV Corporation | |
| | Draper Fisher Jurveston | |
| | Madrone Capital Partners | |
| | Cox Enterprises | |
| | Craig Hall | |
| | Bryan Tolbert | |
| | BDT Capital Partners | |
| | Alan Eisenman | |
| | Yes   No | |
| | If yes, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 79. | The following governmental agencies and private companies may be referred to in this trial. Have you ever had any connection with any of the following? If yes, check the box:<br><br>California Public Health Department<br><br>Centers for Medicaid & Medicare Studies<br><br>Food and Drug Administration<br><br>Sonora Quest Diagnostics<br><br>Quest Diagnostics<br><br>Lab Corp<br><br>The Wall Street Journal<br><br>Federal Bureau of Investigation<br><br>U.S. Postal Inspection Service<br><br>The Securities and Exchange Commission<br><br>U.S. Attorney's Office<br><br>U.S. Department of Justice<br><br>If you indicated yes, please explain your connection: | Have you, or a close friend or family member, ever been employed by or affiliated with any law enforcement or other government agency (including police, sheriff, corrections, FBI, Immigration, IRS, Securities and Exchange Commission, Food and Drug Administration, Department of Health and Human Services, Centers for Medicare & Medicaid Services, parole or probation, etc.)?<br><br>Yes  No<br><br>If Yes, please list:<br><br>Name<br><br>Relationship to You<br><br>Position<br><br>Agency<br><br>(Gov't Proposed Question 30) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | **VII.    Experience with Legal System** | |
| 80. | Have you ever served as a juror at trial or in a grand jury? Yes    No<br><br>a. If yes, how many times?<br><br>b. Did you serve as a juror in state or federal court?<br><br>c. Were you ever the foreperson of the jury? Yes    No<br><br>d. If applicable, please briefly describe the case(s) in which you served as a juror using the following table:<br><br>Criminal or Civil<br><br>Type of case (e.g., fraud, personal injury, etc.) | Have you previously served as a trial juror or as a grand juror? Yes No<br>If Yes, please complete for each case on which you served:<br><br>Civil/Criminal<br><br>Nature of case (i.e. robbery or personal injury)<br><br>When/Where?<br><br>Verdict reached? (yes or no)<br><br>Have you ever served as a jury foreperson?<br><br>Yes   No |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Yes or No - Did the jury reach a verdict?<br><br>e. Did you feel that the justice system worked?<br>Yes      No<br>Please explain:<br><br>f. What stands out most to you about your experience as a juror? Please explain: _____<br><br>g. Is there anything about that experience that would affect your ability to be a fair and impartial juror in this case?<br>Yes     No | Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides at trial?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 28) |
| 81. | Have you ever testified as a witness at any kind of legal proceeding, including a trial?<br><br>Yes    No<br><br>If yes, please explain. | Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 34) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 82. | Have you ever been interviewed as a potential witness in any kind of legal proceeding?<br><br>Yes   No<br><br>If yes, please explain. | |
| 83. | Have you, a family member, or someone close to you ever been involved in a civil or criminal proceeding as a plaintiff (the party suing), defendant (the party being sued), or potential witness?<br><br>Yes   No<br><br>If yes, please explain. | Have you ever had to appear in court or in any court proceeding in a case as a plaintiff, defendant, victim, or witness?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 34) |
| 84. | Have you ever filed a criminal complaint?<br><br>Yes    No<br><br>If yes, please explain. | Have you ever called the police because of a crime or concern about illegal or dangerous activity?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 33) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 85. | Have you ever contacted any United States Attorney's office?<br><br>Yes No<br><br>If yes, what was the reason? | Have you, or a close friend or family member, ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 29) |
| 86. | Have you ever reported someone for wrongdoing to your employer or a government agency?<br><br>Yes   No<br><br>If yes, please explain. | |
| 87. | Other than for a minor traffic citation, have you ever been arrested for, charged with, or convicted of a crime?<br><br>Yes   No<br><br>If yes, please explain. | |
| 88. | Each defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that her guilt has been proven beyond a reasonable doubt. Do you believe that simply because a person has been charged with a crime, that person: | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Is Guilty  · <br><br> Probably Is Guilty  · <br><br> May be Guilty:  · <br><br> Don't Know:  · <br><br> Please explain. | |
| 89. | If the United States government accuses a corporative executive of committing fraud, do you think he or she is: <br><br> Very probably guilty  · <br><br> Probably guilty  · <br><br> Equally likely to be guilty or not guilty  · <br><br> Probably not guilty  · <br><br> Very probably not guilty  · <br><br> Don't know  · | |
| 90. | If the United States government accuses a corporate executive in the field of medical devices and laboratory testing of a crime, do you think he or she is: <br><br> Very probably guilty  · <br><br> Probably guilty  · | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Equally likely to be guilty or not guilty  · <br><br> Probably not guilty  · <br><br> Very probably not guilty  · <br><br> Don't know  · <br><br> Please explain. | |
| 91. | The indictment is not evidence, and does not prove anything. The indictment is just a formal way of charging a person with a crime in order to bring her to trial. Does the fact that Ms. Holmes has been indicted make it difficult for you to presume she is innocent? <br><br> Yes   No <br><br> If yes, please explain. | |
| 92. | As I have explained, the law says the indictment is absolutely no proof whatsoever that the defendant has engaged in any illegal activity. Furthermore, the law says that the jury must not hold it against the defendant no matter how many charges are contained in the indictment. Do you agree with that statement of the law? <br><br> Yes   No <br><br> If no, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 93. | The burden of proving guilt beyond a reasonable doubt rests entirely with the government. The defendant is presumed innocent, and has no burden to do anything at the trial. The government's burden includes the specific need to prove that the defendant consciously intended to commit various crimes. Do you believe that a defendant has an obligation to prove his innocence or produce any evidence in order to be found not guilty?<br><br>Yes    No<br><br>If yes, please explain. | |
| 94. | Under the law, a defendant need not testify in his or her own defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty. Do you believe that the defendant has an obligation to testify in order to be found not guilty?<br><br>Yes    No<br><br>If yes, please explain. | |
| 95. | Do you believe a defendant who does not testify is more likely to be guilty than one who testifies?<br><br>Yes     No | |

## APPENDIX A
## IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN
## MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Please explain. | |
| 96. | You may hear testimony during the trial from members of law enforcement (for example, an FBI agent). The fact that a witness may be a member of law enforcement does not mean that his or her testimony is entitled to any greater weight by reason of his or her employment. By the same token, his or her testimony is not entitled to less consideration simply because he or she is a member of law enforcement. You should consider the testimony of members of law enforcement just as you would any other evidence in the case and evaluate their testimony just as you would that of any other witness. Would you, as a juror, give law enforcement officers more credibility than the testimony of others?<br><br>Yes    No<br><br>Please explain. | |
| 97. | This case may feature testimony from individuals who work for government regulatory/law enforcement agencies (ex. U.S. Food & Drug Administration). Are you more likely to believe the testimony of a federal or state civil servant than another witness without that association? | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Yes   No

Please explain. | |
| 98. | If you are selected to sit as a juror on this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

Yes  No

If yes, please explain. | The Court will instruct you that jurors will decide the case based solely on the evidence presented in the courtroom and not information a juror may have heard or read about this case previously. Will you be able to follow this instruction?

Yes    No

If No, please explain.

(Gov't Proposed Question 46) |
| 99. | If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as the Court gives it to you?

If yes, please explain. | The court will instruct you on the applicable law and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?

Yes    No

If No, please explain.

(Gov't Proposed Question 41) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 100. | As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that you are not to watch television, go on the internet, read newspapers, magazines, or any other form of print media, listen to or watch any media coverage, use social media, and/or speak to anyone regarding this case and that the only evidence you are permitted to consider is that which is presented in court. Will you be tempted to disregard this instruction?<br><br>Yes   No<br><br>If yes, please explain. | |
| 101. | Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?<br><br>Yes   No<br><br>If yes, please explain. | |
| 102. | Do you, a family member or someone close to you have any connection or familiarity, including employment or an application for employment, with any of the following law firms? Please place a check mark next to any responsive business.<br><br>Williams & Connolly LLP | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Davis Wright Tremaine LLP<br><br>Law Office of John D. Cline<br><br>Orrick, Herrington & Sutcliffe, LLP<br><br>Please explain how you know the law firm(s) indicated: | |
| 103. | The following attorneys are or have been involved in this case. Do you know or have you ever had any connection with any of the following?<br><br>*Prosecuting Attorneys*:<br><br>Stephanie M. Hinds<br>Hallie Hoffman<br>Jeff Schenk<br>John C. Bostic<br>Robert S. Leach<br>Kelly I. Volkar<br>Vanessa Baehr-Jones<br>Jeff Nedrow<br>United States Attorney's Office, Northern District of California<br><br>*Defense Attorneys*:<br>Kevin M. Downey<br>Lance Wade<br>Amy Mason Saharia | A list is attached to this questionnaire, please circle the name of any of the listed people that you personally know:<br><br>*Prosecuting Attorneys*:<br>Jeff Schenk<br>John C. Bostic<br>Robert S. Leach<br>Kelly I. Volkar<br>United States Attorney's Office, Northern District of California<br><br>*Defense Attorneys*:<br>Kevin M. Downey<br>Lance Wade<br>Amy Mason Saharia<br>Katherine Trefz<br>John C. Cline<br>Seema Roper Mittal<br>Andrew Lemens<br>Patrick Looby |

<u>**APPENDIX A**</u>
<u>**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**</u>
<u>**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**</u>

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | Katherine Trefz<br>John C. Cline<br>Seema Mittal Roper<br>Andrew Lemens<br>Patrick Looby<br>Jean Ralph Fleurmont<br>Richard S. Cleary, Jr.<br>Michelle Chen<br>Williams & Connolly LLP | Jean Ralph Fleurmont<br>Richard S. Cleary, Jr.<br>Williams & Connolly LLP<br><br>(Gov't Proposed Question 51 & Attachment) |
| 104. | Do you know any other member of the prospective jury panel, for example from work, school, socially, prior jury service or one's neighborhood?<br><br>Yes   No<br><br>If yes, please explain. | |
| 105. | Is there any reason (for example, religious, philosophical, moral, or personal belief) that would prevent you from serving as a juror in a criminal trial?<br><br>Yes   No<br><br>If yes, please explain. | Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would strongly influence, inhibit, or hinder your ability to judge the facts in a criminal case?<br><br>Yes    No<br><br>If Yes, please explain.<br><br>(Gov't Proposed Question 40) |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 106. | You are going to be instructed that a defendant is presumed innocent unless and until proven guilty beyond a reasonable doubt. Based on what you have read or heard so far, do you hold the opinion that the defendant is:<br><br>_____ Unsure<br>_____ Definitely Guilty<br>_____ Probably Guilty<br>_____ Probably Not Guilty<br>_____ Definitely Not Guilty | |
| 107. | In your deliberations, are you willing to abide by your convictions and not agree with other jurors solely for the purpose of getting along with them or finishing deliberations if you are convinced that the opinions of the other jurors are not correct?<br><br>Yes  No  Not Sure | |
| 108. | Is there anything about the subject matter of this case, or the points covered in this questionnaire, which creates a question in your mind as to whether you could be a fair, objective, and impartial juror in this particular case?<br><br>Yes No<br><br>If yes, please explain. | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| 109. | When the time comes for individual oral questioning of prospective jurors, you will have the opportunity to discuss privately with the Court and the attorneys in the case any answers which would require you to reveal information you feel is personal and private and which you do not want to reveal publicly in open court. Would any of the questions above require you to reveal confidential and personal information which you would like to keep private? ____ Yes ____ No<br><br>If yes, please list which question number(s). | |
| 110. | Is there any matter you wish to discuss privately with the Judge?<br><br>Yes   No<br><br>If yes, please explain. | Is there any matter that you would prefer to discuss privately with the Court?<br><br>Yes    No<br><br>(Gov't Proposed Question 50) |
| 111. | Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case? | |
| 112. | Did you have any problems reading or understanding this questionnaire?<br><br>Yes        No | |

**APPENDIX A**
**IDENTICAL, NEARLY IDENTICAL AND LESSER-AND-INCLUDED QUESTIONS IN**
**MS. HOLMES' AND GOVERNMENT'S PROPOSED JURY QUESTIONNAIRES**

| # Ms. Holmes' Proposed Question[1] | Ms. Holmes' Proposed Question | Government's Proposed Question |
|---|---|---|
| | If yes, please explain. | |