JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF REPLY IN SUPPORT OF MS. HOLMES' REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

I, RICHARD S. CLEARY, JR., declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.

2. I attest that:

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

1

a. On June 7, 2021, I ran a search on Google for Theranos AND Holmes site:facebook.com. Under Boolean search terms, this search is designed to return results with the terms Theranos AND Holmes on the Facebook.com website.[1] This search generated 5,300 results.

b. On June 7, 2021, I ran a search on Google for Elizabeth AND Holmes AND Fraud site:facebook.com. Under Boolean search terms, this search is designed to return results for Elizabeth AND Holmes AND Fraud on the Facebook.com website. This search generated 4,630 results.

c. On June 7, 2021, I ran a search on Google for Theranos AND Holmes @twitter. Under Boolean search terms, this search is designed to return results for Theranos AND Holmes on the Twitter.com website. This search generated 14,600 results.

d. On June 7, 2021, I ran a search on Google for Elizabeth AND Holmes AND Fraud @twitter. Under Boolean search terms, this search is designed to return results containing the terms Elizabeth AND Holmes AND Fraud on the Twitter.com website. This search generated 33,400 results.

e. On June 7, 2021, I ran a search on Google for Theranos AND Holmes site:reddit.com. Under Boolean search terms, this search is designed to return results containing the terms Theranos AND Holmes on the reddit.com website. This search generated 12,700 results.

f. On June 7, 2021, I ran a search on LexisAdvance for Theranos AND Holmes, filtered for News. LexisAdvance automatically generates a "Timeline" that depicts the quantity of search results over a period of time by publication date in pictorial form. LexisAdvance automatically generated the following "Timeline" in my June 7, 2021 search.

---

[1] *See* Google, Refine web searches, *available at* https://support.google.com/websearch/answer/2466433?hl=en (last accessed June 7, 2021).

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

2

i. This is a true and correct copy of a screenshot of that LexisAdvance "Timeline," filtered for the dates January 1, 2014 to June 7, 2021:



ii. This is a true and correct copy of a screenshot of the same LexisAdvance "Timeline," filtered for the dates October 15, 2015 to June 7, 2021:



iii. This is a true and correct copy of a screenshot of the LexisAdvance "Timeline" filtered for the dates between June 14, 2018 and June 7, 2021:

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

3



iv. On June 7, 2021, I filtered the results of my LexisAdvance search for Theranos AND Holmes for News, and again for the date range of June 14, 2018 to June 7, 2021. That search generated 4,680 results.

1. Within those results, LexisAdvance designated 2,277 articles as "Negative Personal News" and 1,329 as "Negative Business News."
2. On information and belief, Lexis Advance does not have a designation or tag for "Positive Personal News" or "Positive Business News." *See* Ex. 53.
3. On information and belief, Lexis Advance designates articles as "Negative Personal News" and "Negative Business News" based on "a significant level of negative language." *Id*.

3. Attached to this declaration are the following documents.

a. Exhibit 53 is a true and correct copy of a document entitled LexisAdvance News: Negative News Sources and Combined Sources.

b. Exhibit 54 is a true and correct copy of a July 29, 2019 Pew Research Center article by Carroll Doherty and Joceyln Kelly entitled "Americans have become much less

DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
CR-18-00258 EJD

        positive about tech companies' impact on the U.S."

    c. Exhibit 55 is a true and correct copy of a September 27, 2017 *Fast Company* article by Mike Elgan entitled "Why The Public's Love Affair With Silicon Valley Might Be Over."

    d. Exhibit 56 is intentionally omitted.

    e. Exhibit 57 is a true and correct copy of a September 25, 2018 article in *The Hill* by Matthew Sheffield entitled "Americans' faith in Wall Street never recovered from the 2008 crisis."

    f. Exhibit 58 is a true and correct copy of a May 6, 2020 *National Geographic* article by Nadia Drake entitled "Why unreliable tests are flooding the coronavirus conversation."

    g. Exhibit 59 is a true and correct copy of a July 22, 2019 Pew Research Center paper by Lee Rainie, Scott Keeter and Andrew Perrin entitled *Trust and Distrust in America*.

    h. Exhibit 60 is a true and correct copy of a November 25, 2019 *Stanford Closer Look Series* article by David F. Larcker and Brian Tayan entitled "Pay for Performance . . . But Not Too Much Pay."

    i. Exhibit 61 is a true and correct copy of a February 2016 article on the Stanford Business Graduate School webpage by David F. Larcker, Nicholas E. Donatiello, and Brian Tayan entitled "Americans and CEO Pay: 2016 Public Perception Survey on CEO Compensation."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of June, 2021 in Washington, District of Columbia.

1
2                                                          _____
3                                                          Richard S. Cleary, Jr.
                                                           Attorney for Elizabeth Holmes
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  DECLARATION OF RICHARD S. CLEARY, JR. IN SUPPORT OF MS. HOLMES' REPLY IN
    SUPPORT OF REQUEST FOR EXPANDED SUMMONS AND JURY QUESTIONNAIRE, AS
28  WELL AS INDIVIDUAL *VOIR DIRE* WITH COUNSEL
    CR-18-00258 EJD

6