# Exhibit 53



Lexis Advance®

# LEXIS ADVANCE® NEWS: NEGATIVE NEWS SOURCES AND COMBINED SOURCES

## Cover your bases when looking for negative mentions of a person or business—without complicated search queries

The new **Negative Personal News** and **Negative Business News** combined sources each contain **all available Lexis Advance® news** from the United States and around the world—more than 26,000 news sources and 1.3 billion documents. The LexisNexis® editorial team has created a comprehensive system of classification topics that identifies documents with a significant level of negative language.

In addition to beginning your person or business search in Negative News combined sources, you can also refine *any news search* on people or businesses to negative **personal or business news**. Use the **Negative News post-search filters**.

Here are the **two easy methods** to gain access to negative news:

**Method one:** Use the **Explore Content** pod on the Lexis Advance home screen to search the **Negative Personal News** or **Negative Business News** combined sources.

1. Go to Explore Content and select **News** from the Content Type tab.
2. Choose the **Negative Personal News** or **Negative Business News** group source.
3. Enter your person or business search in the Red Search Box and go.

**Method two:** Enter your person or business search in any available news source or combination of news sources and refine using the **Negative News post-search filters on your results page** (see example, right).



### Tap all available English-language news documents—even from multilingual sources—in one search. Plus, refine news results to one or more languages

The new **All English-Language News** combined source lets you search across **all available English-language news documents** available at Lexis Advance—including English-language documents published in foreign-language sources.

Here are two ways to pinpoint English-language news:

**Method one:** From Explore Content, select **News** on the Content Type tab and then the **All English-Language News** combined source. Enter your terms in the Red Search Box and go.

**Method two:** Enter your search in another news combined source, e.g., Major Publications, or select the **News content pre-search filter** before searching via the Red Search Box. Then use the Language post-search filter on your results screen to focus your results on English-language documents. You can focus on **other languages** as well (see example, right).



### Cover more ground in a single search with the full array of Lexis Advance combined news sources

The Lexis Advance service offers a variety of source combinations so you can cover multiple sources with one search and still focus on specific geography, language or news types. When you use the **Explore Content** pod on the Lexis Advance home screen, select the **News** content type to access these combined sources:

- U.S. News
- Major Publications
- Major World Publications
- Major Newspapers
- Major World Newspapers
- Major U.S. Newspapers

- Major Non-U.S. Newspapers
- All Newspapers
- All Newsletters
- Blogs
- News Abstracts
- News Transcripts

- Newswires and Press Releases
- Magazine & Journals
- Visual Media Collection
- **Negative Personal News**
- **Negative Business News**
- **All English-Language News**

Find how-to videos, guides and more at the
**LEXIS ADVANCE® SUPPORT & TRAINING SITE**

Talk to a LexisNexis® Customer Support representative—live support virtually 24/7
**800-543-6862**

Sign in
**LEXISADVANCE.COM**

Learn more
**LEXISNEXIS.COM/ADVANCE**

LexisNexis, Lexis Advance and the Knowledge Burst logo are registered trademarks of RELX Inc. Other products or services may be trademarks or registered trademarks of their respective companies. © 2017 LexisNexis. BMH00803-0 0817

