# Exhibit 54

NUMBERS, FACTS AND TRENDS SHAPING YOUR WORLD | NEWSLETTERS | DONATE | MY ACCOUNT



# Pew Research Center

Search pewresearch.org...

RESEARCH TOPICS ▾    ALL PUBLICATIONS    METHODS    SHORT READS    TOOLS & RESOURCES    EXPERTS    ABO

Home  >  Research Topics  >  Internet & Technology  >  Technology Policy Issues  >  Tech Companies

JULY 29, 2019

# Americans have become much less positive about tech companies' impact on the U.S.

BY **CARROLL DOHERTY** AND **JOCELYN KILEY**

Four years ago, technology companies were widely seen as having a positive impact on the United States. But the share of Americans who hold this view has tumbled 21 percentage points since then, from 71% to 50%.



**Members of both parties are much less positive on impact of tech companies**

% who say technology companies have a ___ effect on the way things are going in the country



% who say technology companies have a **positive** effect on the way things are going in the country

Note: Don't know, other responses not shown.
Source: Survey of U.S. adults conducted July 10-15, 2019.

PEW RESEARCH CENTER

Negative views of technology companies' impact on the country have nearly doubled during this period, from 17% to 33%, according to a new Pew Research Center survey. Nearly one-in-five (18%) now volunteer their impact has been neither positive nor negative or that it is mixed, or they offer no opinion.

The survey, which asks about the impact of seven major institutions and groups – including banks, universities, the news media and religious organizations – finds that no more than about half of U.S. adults say any of them are having a positive effect on the country.

There are substantial partisan differences in these views, but the gap between Democrats and Republicans is relatively modest when it comes to technology companies: Democrats and Democratic-leaning independents are 10 percentage points more likely than Republicans and GOP leaners to say these firms have a positive effect on the way things

are going in the country (54% vs. 44%). Since 2015, there have been similar declines in positive views among members of both parties.

Recent Pew Research Center surveys have found that the public has a number of criticisms of technology and social media companies. Last year, a majority of Americans (55%) said tech companies have too much power and influence, while 72% said it was likely that social media sites intentionally censor political viewpoints they find objectionable. A survey earlier this year found that the public generally believes social media companies have a responsibility to remove offensive content from their platforms but that Americans have little confidence in the companies when it comes to determining what's offensive.

The new survey also finds that opinions about the effect of churches and religious organizations in the U.S. have become less positive – and more partisan – since 2017. Currently, 52% of Americans say churches and religious organizations are having a positive effect on the way things are going in the country, down from 59% two years ago.



Widening partisan gaps in recent years over the impact that churches, corporations and banks have on the country

% who say each has a *positive* effect on the way things are going in the country

Source: Survey of U.S. adults conducted July 10-15, 2019.
PEW RESEARCH CENTER

There has been a 12 percentage point decline in the share of Democrats who view the impact of churches positively (from 50% to 38%); Democrats are now evenly divided in these attitudes (38% positive, 40% negative). In five previous Pew Research Center surveys over the past decade, significantly more Democrats viewed the impact of religious organizations positively than negatively. Republicans continue to view religious organizations much more positively than do Democrats (68% positive in the new survey).

Republicans and Democrats also have moved further apart in opinions about how banks and large corporations affect the country. Half of Republicans say banks and other financial institutions have a positive effect on the U.S., compared with just 27% of Democrats. Two years ago, the partisan gap was less pronounced (46% of Republicans, 33% of Democrats).

[newsletter list_id="{mailchimp list id}" headline="Sign up for our weekly newsletter" subheadline="Our latest data, delivered Saturdays" align="aligncenter"]
Today, Republicans are more than twice as likely than Democrats to say large corporations have a positive effect on the way things are going in the U.S. (45% vs. 17%). In 2016, 34% of Republicans and 26% of Democrats said they had a positive effect.

Partisanship also remains a major factor in views of several other institutions, including labor unions, colleges and universities and the news media, according to the new survey. This echoes findings in a separate survey about trust and distrust in the U.S., released earlier this month, which found wide partisan differences in confidence that the leaders of major institutions – including religious leaders and journalists – act in the best interests of the public.



Despite the falloff in positive views of the impact of churches, technology companies and colleges in recent years, more Americans say those institutions and organizations have a positive effect than say they have a negative effect on the way things are going in the country. Similarly, more view the impact of labor unions positively than negatively. For technology companies and some other institutions (including unions and churches), about 20% or more volunteer that the impact has been mixed or offer no opinion.

Opinion is evenly divided over the effect of banks and financial institutions on the way things are going in the country (39% say they have a positive effect, while the same share views their effect negatively). On balance, more Americans say large corporations and the news media have a negative effect on the way things are going than say these institutions have a positive impact.

*Note: See full topline results and methodology.*

Topics   Politics & Policy,  Political Issues,  Technology Policy Issues,  Tech Companies,  Emerging Technology,  Social Media,  Tech Companies

SHARE THIS LINK:   https://pewrsr.ch/2YgKbw4       

  **Carroll Doherty**  *is director of political research at Pew Research Center.*
POSTS  |  BIO  |  TWITTER  |  EMAIL



**Jocelyn Kiley** *is an associate director of research at Pew Research Center.*

POSTS | BIO | TWITTER | EMAIL



## Facts are more important than ever

In times of uncertainty, good decisions demand good data. Please support our research with a financial contribution.

DONATE

RELATED

REPORT | MAR 7, 2012

### Growing Support for Auto Industry Bailout

SHORT READ | MAY 29, 2020

### Fast facts about Americans' views of social media companies as Trump-Twitter dispute grows

REPORT | NOV 23, 2015

### 6 key takeaways about how Americans view their government

REPORT | DEC 11, 2017

### For the first time, more Americans say 2010 health care law has had a positive than negative impact on U.S.

REPORT | JAN 4, 2016

### Millennials' views of news media, religious organizations grow more negative

TOPICS

Politics & Policy

Political Issues

Social Media

Emerging Technology

Technology Policy Issues

Tech Companies

Tech Companies

MOST POPULAR

SHORT READ | JAN 17, 2019

Defining generations: Where Millennials end and Generation Z begins

REPORT | MAY 11, 2021

Jewish Americans in 2020

REPORT | OCT 17, 2019

In U.S., Decline of Christianity Continues at Rapid Pace

SHORT READ | AUG 16, 2019

What the data says about gun deaths in the U.S.

REPORT | OCT 6, 2020

Unfavorable Views of China Reach Historic Highs in Many Countries

Pew Research Center

1615 L St. NW, Suite 800
Washington, DC 20036
USA
(+1) 202-419-4300 | Main
(+1) 202-857-8562 | Fax
(+1) 202-419-4372 | Media Inquiries

RESEARCH TOPICS

Politics & Policy

International Affairs

Immigration & Migration

Race & Ethnicity

Religion

Generations & Age

Gender & LGBT

Family & Relationships

Economy & Work

Science

Internet & Technology

News Habits & Media

FOLLOW US

 Email Newsletters

 Facebook

 Twitter

 Tumblr

 YouTube

 RSS

Methodological Research

**ABOUT PEW RESEARCH CENTER** Pew Research Center is a nonpartisan fact tank that informs the public about the issues, attitudes and trends shaping the world. It conducts public opinion polling, demographic research, media content analysis and other empirical social science research. Pew Research Center does not take policy positions. It is a subsidiary of The Pew Charitable Trusts.

Copyright 2021 Pew Research Center    About    Terms & Conditions    Privacy Policy    Reprints, Permissions & Use Policy    Feedback    Careers