1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                               SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,            )  Case No. CR-18-00258-EJD
15                                       )
          Plaintiff,                     )  **JOINT STIPULATION AND [PROPOSED]**
16                                       )  **ORDER**
       v.                                )
17                                       )
   ELIZABETH HOLMES and                  )  Hon. Edward J. Davila
18 RAMESH "SUNNY" BALWANI,               )
                                         )
19        Defendants.                    )
                                         )
20  _____)

21                             **JOINT STIPULATION**

22         Defendant Elizabeth A. Holmes and the United States of America, by and through their

23 counsel, stipulate as follows:

24         WHEREAS, Ms. Holmes filed a Motion to Suppress Evidence of Customer Complaints

25 and Testing Results as well as Findings in CMS Report ("Motion") on June 2, 2021 with a hearing

26 noticed for June 16, 2021.  Dkt. 810.

27         WHEREAS, the Court subsequently vacated the June 16, 2021 hearing date for Ms.

28

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

                                          1

1    Holmes' Motion, Dkt. 814, and asked the parties to meet and confer on a briefing schedule and hearing

2    date for the Motion.

3           WHEREAS, the parties have met and conferred and agree on, and respectfully request

4    that the Court order, the following briefing schedule:  The government will file its Opposition to Ms.

5    Holmes' Motion on June 21, 2021 and Ms. Holmes will file any Reply in support of her Motion on June

6    28, 2021.  The parties further agree, and respectfully request that the Court order, that a hearing on the

7    Motion be held on July 7, 2021 at 10:00 AM PST.

8           THEREFORE, the parties stipulate and agree that the Court should enter the order below.

9           IT IS SO STIPULATED.

10   DATED: June 16, 2021                          Respectfully Submitted,

11

12                                                 /s/ Lance Wade
                                                   LANCE WADE
13                                                 Attorney for Elizabeth Holmes

14   DATED: June 16, 2021
15
                                                   STEPHANIE M. HINDS
16                                                 Acting United States Attorney,

17
                                                   /s/ Robert S. Leach
18                                                 ROBERT S. LEACH
19                                                 JEFF SCHENK
                                                   JOHN C. BOSTIC
20                                                 KELLY I. VOLKAR
                                                   Assistant United States Attorneys
21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD
                                    2

**[PROPOSED] ORDER**

For the reasons set forth above, and good cause shown, IT IS ORDERED that the government's Opposition to Ms. Holmes Motion to Suppress Evidence of Customer Complaints and Testing Results as well as Findings in CMS Report ("Motion"), Dkt. 810, shall be due June 21, 2021; Ms. Holmes' Reply in support of her Motion shall be due June 28, 2021; and a hearing on Ms. Holmes Motion shall be set for July 7, 2021 at 10:00 AM PST.

IT IS SO ORDERED.


DATED: _____                    _____
                                          Hon. Edward J. Davila
                                          United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

3