```
JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com
```

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | MODIFIED JOINT STIPULATION AND [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

## JOINT STIPULATION

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, Ms. Holmes filed a Motion to Suppress Evidence of Customer Complaints and Testing Results as well as Findings in CMS Report ("Motion") on June 2, 2021 with a hearing noticed for June 16, 2021. Dkt. 810.

WHEREAS, the Court subsequently vacated the June 16, 2021 hearing date for Ms.

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1

Holmes' Motion, Dkt. 814, and asked the parties to meet and confer on a briefing schedule and hearing date for the Motion.

WHEREAS, the parties have met and conferred and agree on, and respectfully request that the Court order, the following briefing schedule: The government will file its Opposition to Ms. Holmes' Motion on June 21, 2021 and Ms. Holmes will file any Reply in support of her Motion on June 28, 2021. The parties further agree, and respectfully request that the Court order, that a hearing on the Motion be held on July 7, 2021 at 10:00 AM PST.

THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: June 16, 2021                                  Respectfully Submitted,


/s/ Lance Wade
LANCE WADE
Attorney for Elizabeth Holmes

DATED: June 16, 2021

STEPHANIE M. HINDS
Acting United States Attorney,


/s/ Robert S. Leach
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
KELLY I. VOLKAR
Assistant United States Attorneys

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

2

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | For the reasons set forth above, and good cause shown, IT IS ORDERED that the government's |
| 3 | Opposition to Ms. Holmes Motion to Suppress Evidence of Customer Complaints and Testing Results as |
| 4 | well as Findings in CMS Report ("Motion"), Dkt. 810, shall be due June 21, 2021; Ms. Holmes' Reply |
| 5 | in support of her Motion shall be due June 28, 2021; and a hearing on Ms. Holmes Motion shall be set |
| 6 | for July 7, 2021 at 10:00 AM PST.   Opposition and Reply briefs shall be filed by 5:00 p.m. on the designated deadline dates. |
| 7 | IT IS SO ORDERED. |
| 9 | DATED: 6/17/2021 |
| 10 | Hon. Edward J. Davila<br>United States District Judge |

JOINT STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

3