STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | UNITED STATES' SUPPLEMENTAL MATERIAL IN ADVANCE OF *DAUBERT* HEARING |
| v. | |
| ELIZABETH HOLMES, | Date: June 30, 2021<br>Time: 9:00 a.m.<br>Court: Hon. Edward J. Davila |
| Defendant. | |

On May 21, 2021, the Court issued an Order Re: Holmes' Motion to Exclude Expert Opinion Testimony of Dr. Stephen Master Under Rules 401-403 and 702.  The Court "conclude[d] that a Daubert hearing is appropriate to assess the reliability of Dr. Master's methodology, which he employed to provide testimony and opinions about chloride, potassium, bicarbonate, HIV, HbA1c, hCG, cholesterol, calcium, and sodium."  ECF No. 797 at 11.  The Court has scheduled the hearing for June 30, 2021, at 9:00 a.m.  The Court also has ordered that "[a]ny supplemental material the Government plans to rely on at the hearing shall be filed no later than ten business days before the hearing."  ECF No. 797 at 11.  In accordance with this direction, the government respectfully submits the attached Supplement to Expert Report of Stephen Master.

DATED:  June 18, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Robert S. Leach*

_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys