*United States v. Elizabeth Holmes & Ramesh Balwani*, CR 18-258 EJD (N.D. Cal.),
Supplement to Expert Report of Stephen Master, MD, PhD, FCAP, FAACC

June 18, 2021

I. Overview and Summary

    I have been retained by the United States Attorney's Office (USAO) to provide expert testimony in this matter.  On March 6, 2020, based on information that I received from the USAO and my knowledge and expertise in the fields of Clinical Laboratory Medicine, Clinical Chemistry, and Pathology, I provided an expert report addressing whether Theranos was market ready and able to produce accurate and reliable fingerstick results for a variety of tests.  Based on a review of available data, I concluded that Theranos did not meet this standard for Vitamin D, chloride, potassium, bicarbonate, cholesterol and sodium; further, I indicated that there were substantial questions about their ability to provide patient-appropriate results for calcium, HIV, HbA1c, and hCG.  I based these conclusions on my review of data such as quality control information obtained by CMS, information regarding distributions of test results obtained from patient samples, Theranos validation documents, and customer complaints.  I reached my conclusions using the same analytical approaches that I would use in my own professional practice of Laboratory Medicine.  In reporting my conclusions, I also stated that I reserve the right to supplement or revise my initial report based on additional information received.

    I have subsequently received access to significant additional information in the form of Theranos' responses to CMS (which included substantial quality control data—hereafter abbreviated "QC" data—that document the performance of their assays in clinical practice) and a set of Theranos validation documents that were provided to Walgreens[1].  These types of documents are exactly the types of reports and data that I review on a regular basis in my own professional practice and use to determine whether assays are appropriate for patient care.

    I understand the Defendant has moved to exclude my testimony, and the Court seeks additional information about my methodology and conclusions.  In preparation for the Daubert hearing, I present this supplemental report to further clarify reasoning and methodology that I applied to reach my conclusions.  Additionally, I have provided information based on the additional data I have had the opportunity to review since my previous report.  Having reviewed these new data, I agree with the conclusions of my previous report, and in fact believe that I have even stronger evidence to support key claims of that initial report.  I conclude that a broad array of Theranos assays, including all assays run on the Theranos 3.5 platform, were unsuitable for clinical use.  I look forward to communicating this and answering questions during the Daubert hearing.

---

[1] See Attachment I

II. Methodology and reasoning

As I outlined in my initial report, accuracy and precision are key metrics which a clinical laboratorian uses to assess the quality of a test.  In my professional practice, where I am responsible for ensuring that our own tests are appropriate for patient care, I regularly review data exactly like the data contained in the CMS response and Theranos validation documents in order to determine if assays are appropriately accurate and reliable for patient care.  Even without physically seeing an instrument, such reports allow me to determine, in my own practice of laboratory medicine, whether an assay meets appropriate criteria.  In addition to accuracy and precision, concepts such as linear correlation (discussed below) and appropriate thresholds of error are the universally accepted concepts within my field for determining such appropriateness.

In my earlier report, I described the concept of total allowable error (TEa).  By combining the degree of inaccuracy (bias) and imprecision into a single number representing total analytical error, it is possible to determine whether that error lies within a boundary of acceptability (the TEa). There are two typical ways in which one can use TEa within a clinical laboratory.  First, since a result that is further away from the "true" value than the TEa counts as a failure of the assay/medical error, it is possible to enumerate how often such failures occur.  Such failure rates can be expressed as "sigma metrics", which express the degree to which a process is well-controlled.  Sigma statistics were first introduced into laboratory medicine in the early 1970s in a paper by Dr. James Westgard, the leading authority on laboratory quality control and creator of the "Westgard rules" (quality control rules that are widely used in lab medicine, including by Theranos); thus, they have a long and well-established role in laboratory medicine analytics (for a brief overview, see the article by Westgard and Westgard that is hosted on the web site of the American Association for Clinical Chemistry[2]).  Although "six-sigma" performance is typically the desired goal, expert opinion within laboratory medicine designates a process **with** an initial sigma score >5 as "excellent", >4 as "good", and so on, with 2-3 being considered "poor" and <2 being considered "unacceptable"[3].  Sigma scores may be calculated using the accuracy and precision data from an assay.[4]

The second way in which one can use TEa within a clinical laboratory is to determine whether a given laboratory test will successfully pass the CLIA-mandated proficiency testing (PT), where a correct score of 80% is required and the TEa is set either by overall national performance by laboratories or, in some cases, by mandated maxima within CLIA itself.  It is worth noting that the CLIA-mandated limits, first established in 1992, are widely considered to

---

[2] https://www.aacc.org/cln/articles/2013/september/total-analytic-error.
[3] Westgard, S, *Clinics in Laboratory Medicine*, 2013 33(1), pp. 41-53.
[4] For an example applying sigma metrics to a commercial laboratory platform, see e.g. Westgard S *et al*, *Clinical Biochemistry*, 2017 50(18), pp. 1216-1221.

be excessively lenient targets that do not necessarily reflect current best practices in laboratory medicine.

An appropriate way to determine the relationship between TEa, accuracy, and precision has also been clearly laid out by Dr. Westgard, who recommends estimating error using a specific formula (Bias+2*CV) that ensures that a value only exceeds the TEa by chance 1 in every 20 times (i.e. a 95% pass rate)[5]. In this case, if the TEa is set using proficiency testing (PT) guidance boundaries, an assay should easily receive the mandated 80% passing score. Interestingly, however, Theranos consistently used a more lenient formula (Bias+CV) to assess the performance of their assays against their own self-declared total allowable error values. If Theranos ran, for example, 15 different assays that each performed at the limits of their criteria for acceptability, we would expect that (by chance) 2-3 of these assays would <u>fail</u> proficiency testing during each PT challenge (assuming that PT was appropriately performed at a stringency that is comparable to mandated testing criteria). This nonstandard assessment of acceptable assay performance appears throughout Theranos assay validation documents, as well as in their response to the CMS inspection.

Another concept relevant to my discussion is the linear correlation coefficient, which is expressed as a single number ("$R^2$"). Briefly, when $R^2 = 1$, this reflects a perfectly "straight-line" relationship between two methods (e.g. an accepted predicate method and a second method that is under investigation); conversely, when $R^2 = 0$, there is no (linear) relationship at all between results from the two methods. The higher the $R^2$ (correlation coefficient), the better. It is normal practice in the field of laboratory medicine to calculate this relationship for every quantitative method comparison, and only under special circumstances would one see an $R^2$ less than ~0.90 (in my experience, 0.98 or higher is more typical for chemistry analytes).

All of the metrics I have described (accuracy, precision, TAe, sigma value, and correlation coefficient) are uncontroversial, accepted ways to assess assay quality within the routine practice of laboratory medicine. I would note that other means of assessment (such as reliance on customer complaints) that I used in the original report but do not discuss in this supplement are part of my regular practice of laboratory medicine, and I am happy to elaborate on this point in the context of the upcoming hearing.

III. Assessments of Individual Assays
*Summary of methodology*

I have reviewed the documents provided to me using the same analytical approaches (described above) that are commonly used within my field. The issues that I raise in this report are precisely the types of issues that I would raise (if they existed), where appropriate, with assays in my own laboratory. I have divided this assessment into two sections: one relating to

---

[5] https://www.aacc.org/cln/articles/2013/september/total-analytic-error

assays discussed in my original report, and another in which I utilize the newly available documents in order to review additional assays performed on the Edison 3.5. This is an important addition, because I did not have access to these documents when I produced my original report. Further, these additions provide important additional evidence about systematic problems with Edison testing, which I concluded in my original report but which was called into question in the Defense motion to exclude my testimony.

In order to assess these assays in an unbiased manner using the criteria that Theranos themselves provided, I have calculated sigma performance values based on the company's own stated TEa, bias, and imprecision. Except where noted, I am not in this section making specific claims about the stringency (low or high) of the company's TEa with respect to medical appropriateness, but rather highlighting the performance of Theranos assays when assessed on their own terms. Also, in the interest of space, the following assessments summarize selected, notable points rather than describing all problems identified with the assays. I have omitted a number of additional details regarding problems that exist with respect to analyte stability and equivalence of plasma vs. serum.

Opinions regarding assays discussed in the original report

*hCG*

For this and other Edison 3.5 assays, I calculated a sigma value using the TEa, bias (accuracy), and %CV (precision) documented explicitly by Theranos in either the validation documents or in their response to CMS. I calculated the sigma value using the formula sigma=(%TEa – %bias)/%CV, which is the accepted formula for this calculation. Using the appropriate values from the Theranos hCG documentation, I determined that the sigma value at the low end of this assay is 1.00, and the signal value in the medium range of the assay is 1.77; both of these are in the "unacceptable" range[6]. Theranos also provided accuracy and precision data for an updated version of the cartridge; unfortunately, the sigma value at the low end was worse, with a value of 0.54 sigma.

*Vitamin D*

I have previously noted the lack of precision in the Theranos Vitamin D assay as identified by the CMS review of QC records. My own review of the provided QC shows that it exhibited excessive variability, and in some cases the "acceptable" range for QC spans a range from a value of zero all the way into the upper part of the vitamin D "normal" (not high) range.

Much of my prior critique of the Vitamin D assay performance focused on the extremely high (in some cases, >60%) CV. I have reviewed Theranos' response to CMS, in which they claim that their precision is better than what CMS identified and meets criteria for acceptability.

---

[6] As described earlier, I am taking this terminology regarding acceptability directly from commonly accepted sources, including Westgard, S, *Clinics in Laboratory Medicine*, 2013 33(1), pp. 41-53

However, even accepting their own numbers and TEa target (noting that, based on a review of the QC traces, I have not changed my opinion that the precision of this assay is inadequate), I calculate the sigma value for this assay as 1.47, which is in the "unacceptable" range.

*Potassium*

The Theranos validation report shows that the company failed to meet its own criteria for acceptable bias at medical decision points when comparing venous vs. capillary blood measurements.  Interestingly, a closer examination of these data show that greater than one out of every 20 samples (6.2%) that were measured within the normal range by the FDA-approved, predicate method on a venous sample were artifactually elevated in the fingerstick sample beyond a range that is considered a medically significant "critical value" (>6 mM). These comparison data provide conclusive additional support for the concerns that I raised in the first report based on distributions of patient data.  This result is also striking in light of the fact that concerns about the Theranos fingerstick potassium were discussed within the laboratory medicine community, and exactly this type of artifact was predicted.  The Theranos validation data confirm that this critique of their approach was well-founded.

*Bicarbonate*

A visual inspection of the Theranos data comparing an FDA-approved predicate method on venous blood to the Theranos fingerstick method, coupled with a reported $R^2$ of 0.07 (close to zero), shows that this method is completely unsuitable for clinical testing.  There is essentially no meaningful relationship between the established method, with its longstanding medical validation, and the Theranos fingerstick results.

*Cholesterol*

Cholesterol was discussed in more detail in my original report, so I will limit remarks in this supplement.  I note, after review of the QC documents provided to CMS and the validation documents provided to Walgreens, that--in actual practice--the operational QC was significantly (at least two-fold) less stringent than the performance described in the original validation report, and numerous significant shifts and biases are noted.

*Sodium*

The correlation coefficient when comparing the Theranos sodium assay to an FDA-approved commercial assay was 0.58.  This is poor correlation, particularly for a very well-characterized and commonly-measured electrolyte such as sodium.  However, since a correlation coefficient can occasionally look low based on a limited range of values relative to its error, I consulted a 2016 method comparison that my (then) laboratory performed between sodium assays from two well-established vendors (Beckman and Siemens); the $R^2$ was 0.84.

Using Theranos' own best-case validation data, the sigma score for this assay estimated using the high control is 2.4 (the "poor" range).

This poor performance is borne out by a review of the proficiency testing data provided to CMS.  For example, during the period including 4/24/15-4/30/15, the Theranos level 3 calibrator was operating with control ranges that were so wide that a value could exceed the allowable thresholds set by CLIA in 1992 and still be considered acceptable.  Despite this inappropriately large QC range, the assay still failed QC at two distinct times during that week.

Most significantly, a comparison of venous and capillary blood testing was performed by Theranos.  The correlation showed $R^2 = 0.41$, which is completely unsuitable for clinical testing and strikes at the heart of Theranos' claim that it could measure sodium levels from capillary samples in a clinically meaningful way.

*Calcium*

Without additional data I cannot draw strong conclusions about the behavior of the calcium assay and its relationship to patient complaints that I discussed in my initial report. Notwithstanding some notable exceptions, my review of the calcium PT traces provided to CMS shows an assay that behaves in a manner that is reasonably consistent with other clinical assays with respect to precision and stability.  My only other note is in relation to the capillary vs. venous correlation, which yields $R^2$ ranging from 0.669 (Theranos vs. Advia 1800) to 0.129 (Theranos vs. Advia XPT).  Without access to more data it is not possible for me to draw strong conclusions about the cause of this discrepancy.

*Chloride*

Based on my review of additional documents, I have nothing notable to add beyond my comments in the original report.  QC data appear to show an assay that is reasonably consistent in its operational behavior.  However, a close examination of the venous vs. fingerstick data (notwithstanding the problematic negative numeric bias that I described in the first report) is instructive largely because it shows what a reasonable linear (albeit biased) relationship between venous and fingerstick data can look like.  In this case, by contrast, it highlights how thoroughly unacceptable the corresponding comparison is for potassium and bicarbonate.

*HIV* and *HbA1c*

I have no additional information on Theranos HIV or HbA1c testing, and nothing to add to my original report.

Opinions regarding other Edison 3.5 assays

As discussed above, these opinions based on newly available (to me) information are directly relevant to my conclusion in the initial report that there is a systemic problem with

Edison 3.5 testing. Based on the uniformly bad sigma values for these tests, as well as the quality control traces across many assays, which are the worst that I have examined in my career, these data strongly support my earlier contention.

*Vitamin B12*

Using the Theranos assay validation data, the sigma value for this assay is 1.09, which is in the "unacceptable" range. QC problems in data provided to CMS are also noted.

*Estradiol*

QC values provided to CMS are markedly variable and concerning, and they clearly demonstrate that—notwithstanding claims from the company—the actual %CV in practice was >>20%. Even without adjusting the CV based on visual inspection, the assay still only achieves 1.12 sigma, which is in the "unacceptable" range. Of note, the capillary to venous correlation was not a problem for this assay, demonstrating that it is possible in principle to make clinically meaningful estradiol measurements using capillary samples (but not with this assay). Significant sample stability issues are noted.

*TSH*

Data from Theranos demonstrate a sigma value of 1.11, which is in the "unacceptable" range. Review of QC shows that the actual %CV was profoundly worse than what was originally estimated during validation; this estimate can be reliably made from visual inspection based on counting the number of points that exceed the 2SD mark and comparing it to the number that would be statistically predicted.

*TT3*

The initial data show a sigma value of 1.61, which is in the "unacceptable" range. With further correction and increasing the number of measurement tips from 2 to 6, Theranos was able to improve to achieve a sigma value of 2.14, which is in the "poor" range. Notwithstanding this positive development, the QC data provided to CMS shows that the performance of the test and instrumentation in the clinical setting was much worse, with substantial bias and imprecision noted frequently.

*TT4*

Based on the Theranos summary of QC performance in response to CMS, the sigma value of this test is 1.58, which is in the "unacceptable" range.

*fT4*

At the low end of this assay, the sigma value is 1.49, which is in the "unacceptable" range. At a higher range, this assay appears to be a notable exception to the rest, with a sigma value of 3.83 (in the "good" range). Unfortunately, however, this sigma value is based on a 7.8%CV estimated during validation, and subsequent review of QC traces reported to CMS, which reflect the actual performance of this assay in clinical testing, shows that this level of precision was not achieved in practice. Additionally, the QC traces show a number of extreme outliers that are far outside a normal distribution of error; this raises additional safety concerns, since QC practices are typically not well-formulated to prevent such outlier events from affecting patient results.

*TST*

Based on Theranos' own validation data and target TEa, this assay achieves a sigma value of 0.90, which is in the "unacceptable" range. However, in order to give them the benefit of the doubt, I examined this assay more closely because Theranos had set a laudably stringent 10% TEa goal. It would be more typical to set a higher TEa for total testosterone, and I note that, for example, New York State mandates +/- 25% for their proficiency testing[7]. If we grant Theranos this more lenient TEa goal, the sigma value moves to 2.8, which is in the "poor" range. Unfortunately, QC review shows that they are not close to achieving their claimed 9% CV in practice, so this improved sigma value does not characterize the test as it was being applied to patient testing.

*Prolactin*

Using the Theranos data and target, the sigma value was found to be 2.49, which is in the "poor" range. This is based on an estimated 12%CV, although QC traces provided to CMS show that the performance in practice was actually much worse than this. I am unable to calculate true sigma in practice (which would be worse that 2.49), given lack of availability of full QC data. Additionally, Theranos allowed themselves a TEa of 30% for this assay, and I note by way of comparison that the New York State Department of Health lists 25% as their target[8]; adopting the NYS target would further lower the sigma value.

*SHBG*

Using the Theranos data and target, the sigma value was found to be 1.79, which is in the "unacceptable" range.

*tPSA*

---

[7] https://wadsworth.org/sites/default/files/WebDoc/1120368889/CLEPGUIDE-March2015.pdf, p. 41.
[8] *Id.*

Using the Theranos validation data and target, the sigma value was found to be 1.01, which is in the "unacceptable" range.

IV. Additional Remarks

In addition to the Theranos validation documents and CMS response, I have also recently had the opportunity to review remarks drafted by Dr. Kingshuk Das as a response to CMS. Dr. Das estimated sigma metrics for the 12 Edison 3.5 assays using all Theranos data available to him, and he reports a similar range of results to those described in my own calculations above. Thus, I am confident that my conclusions are not hampered by a lack of access to adequate data.

It is also important, perhaps, to say something summative about my view of the QC traces that I have had an opportunity to review. It should be noted, by way of contrast, that there are a few examples of assays that appear to have reasonable QC behavior (calcium is a notable example). However, the overall performance—particularly of the assays from the Edison 3.5—is remarkably poor with respect to the expected parameters. There is bias, drift, poor precision, and the presence of outlier values that—in my judgement as a laboratorian—render these assays unsuitable for clinical use. I would not allow these instruments to be used in my laboratory, and I do not believe that they were suitable for clinical use in the time period for which I have been asked to comment. Of the 18 assays that I have discussed in this supplement, I believe that only calcium and chloride (with modifications) could be acceptable for patient testing. Further, I believe that the validation data for certain electrolytes, such as potassium and bicarbonate, show that Theranos knew or should have known that results from fingerstick samples obtained using the Theranos collection device were completely inappropriate for clinical use. Finally, in my original report I argued that, in my opinion, the problems with multiple Edison 3.5 assays pointed to a pervasive problem with the platform and its assays. With the opportunity to review additional data that I did not have access to in March 2020, I have been able to expand my analysis to a wider range of Edison assays and conclude that the new data support my earlier finding and opinion.

| Exhibit Date | Description | Beg Bates | End Bates | Control Number |
|---|---|---|---|---|
| 2016 | Patient Impact Assessment for Assay Bicarbonate | SEC2-USAO-EPROD-000790620 | SEC2-USAO-EPROD-000790624 | SEC2-USAO-EPROD-000790620 |
| 2016 | QC Data for Assay Bicarbonate | CMS2-161878 | CMS2-161920 | CMS2-161878 |
| 2016 | Patient Impact Assessment for Assay Calcium ADVIA XPT | SEC2-USAO-EPROD-000790757 | SEC2-USAO-EPROD-000790759 | SEC2-USAO-EPROD-000790757 |
| 2016 | Patient Impact Assessment for Assay Calcium ADVIA 1800 | SEC2-USAO-EPROD-000790784 | SEC2-USAO-EPROD-000790797 | SEC2-USAO-EPROD-000790784 |
| 2016 | QC Data for Assay Calcium | CMS-008902 | CMS-009032 | CMS-008902 |
| 2016 | QC Data for Assay Chloride | SEC2-USAO-EPROD-001453061 | SEC2-USAO-EPROD-001453085 | SEC2-USAO-EPROD-001453061 |
| 2016 | Patient Impact Assessment for Assay Chloride | SEC2-USAO-EPROD-000790522 | SEC2-USAO-EPROD-000790523 | SEC2-USAO-EPROD-000790522 |
| 2016 | Patient Impact Assessment for Assay Cholesterol | THPFM0004926861 | THPFM0004926863 | SEC-USAO-EPROD-005309742 |
| 2016 | QC Data for Assay Cholesterol | CMS-002219 | CMS-002247 | CMS-001458 |
| 2016 | Patient Impact Assessment for Assay Sodium | SEC2-USAO-EPROD-000790776 | SEC2-USAO-EPROD-000790783 | SEC2-USAO-EPROD-000790776 |
| 2016 | QC Data for Assay Sodium | CMS-009171 | CMS-009274 | CMS2-009171 |
| 2016 | Patient Impact Assessment for Theranos Proprietary System Assays | SEC2-USAO-EPROD-000790659 | SEC2-USAO-EPROD-000790750 | SEC2-USAO-EPROD-000790659 |
| 2016 | QC Data for Estradiol | THPFM0005604302 | THPFM0005604465 | THPFM0005604302 |
| 2016 | QC Data for hCG | THPFM0005602015 | THPFM0005602166 | THPFM0005602015 |
| 2016 | QC Data for Prolactin | SEC2-USAO-EPROD-001471818 | SEC2-USAO-EPROD-001471949 | SEC2-USAO-EPROD-001471818 |
| 2016 | QC Data for SHBG | SEC2-USAO-EPROD-001469715 | SEC2-USAO-EPROD-001469886 | SEC2-USAO-EPROD-001469715 |
| 2016 | QC Data for tPSA | SEC2-USAO-EPROD-001471580 | SEC2-USAO-EPROD-001471814 | SEC2-USAO-EPROD-001471580 |
| 2016 | QC Data for TSH | SEC2-USAO-EPROD-001470928 | SEC2-USAO-EPROD-001471576 | SEC2-USAO-EPRO-001470928 |
| 2016 | QC Data for TST | SEC2-USAO-EPROD-001470679 | SEC2-USAO-EPROD-001470924 | SEC2-USAO-EPROD-001470679 |
| 2016 | QC Data for TT3 | SEC2-USAO-EPROD-001469563 | SEC2-USAO-EPROD-001469714 | SEC2-USAO-EPROD-001469563 |
| 2016 | QC Data for TT4 | SEC2-USAO-EPROD-001470531 | SEC2-USAO-EPROD-001470678 | SEC2-USAO-EPROD-001470531 |
| 2016 | QC Data for Vitamin B12 | SEC2-USAO-EPROD-001455408 | SEC2-USAO-EPROD-001455728 | SEC2-USAO-EPROD-001455408 |
| 2016 | QC Data for Vitamin D | THPFM0005602170 | THPFM0005602655 | THPFM00056202170 |
| 2016 | QC Data for fT4 (Thyroxine, free) | SEC2-USAO-EPROD-001471950 | SEC2-USAO-EPROD-001472170 | SEC2-USAO-EPROD-001471950 |
| 2016 | QC Spreadsheet for Siemens ADVIA 1800 | | | SEC2-USAO-EPROD-000790770 |

| Exhibit Date | Description | Beg Bates | End Bates | Control Number |
|---|---|---|---|---|
| 11/16/2015 | Estradiol ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0003691928 | THPFM0003691992 | |
| 8/29/14 | Estradiol ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001619067 | THPFM0001619105 | |
| 11/16/2015 | Total Testosterone ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002706057 | THPFM0002706143 | |
| UNK | Total Testosterone ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0000206870 | THPFM0000206917 | |
| 9/24/2013 | Validation Report for Modified Siemens Assay of Bicarbonate in Lithium Heparin Plasma | THPFM0001714852 | THPFM0001714866 | |
| 9/26/2015 | Validation Report for Modified Theranos Assay of Bicarbonate in Lithium Heparin Plasma | THPFM0003934623 | THPFM0003934638 | |
| 9/24/2013 | Validation Report for Modified Siemens Calcium Assay | THPFM0000024068 | THPFM0000024082 | |
| 9/23/2015 | Validation of Modified Theranos Calcium Assay | THPFM0001762862 | THPFM0001762875 | |
| 9/26/2013 | Validation of Modified Siemens Chloride Assay | TS-0010576 | TS-0010590 | |
| 9/25/2015 | Validation of Modified Theranos Chloride Assay | THPFM0004860485 | THPFM0004860599 | |
| 4/21/2015 | Validation of Modified Theranos Total Cholesterol Assay | THPFM0005457277 | THPFM0005457305 | |
| 9/25/2013 | Validation of Modified Siemens Total Cholesterol Assay | THPFM0000024095 | THPFM0000024107 | |
| 11/9/2015 | Validation of Modified Theranos Total Cholesterol Assay | THPFM0003692008 | THPFM0003692024 | |
| 1/15/2014 | Free T4 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001709134 | THPFM0001709181 | |
| 11/16/2015 | Free T4 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002706858 | THPFM0002706933 | |
| 11/6/2015 | hCG ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002705918 | THPFM0002705986 | |
| 3/9/2014 | hCG ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0005774496 | THPFM0005774550 | |
| 9/26/2013 | Validation of Modified Siemens Potassium Assay | | | SEC-USAO-EPROD-00037566 |
| 11/9/2015 | Validation of Modified Theranos Potassium Assay | THPFM0002706424 | THPFM0002706438 | |
| 9/25/2015 | Validation of Modified Theranos Potassium Assay | THPFM0004860515 | THPFM0004860530 | |
| UNK | Prolactin ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001618751 | THPFM0001618794 | |
| 11/16/2015 | Prolactin ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002473893 | THPFM0002473959 | |
| UNK | SHBG ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001706974 | THPFM0001707044 | |
| 11/16/2015 | SHBG ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0003692025 | THPFM0003692105 | |
| 9/26/2013 | Validation of Modified Siemens Sodium Assay | TS-0010561 | TS-0010575 | |
| 9/23/2015 | Validation of Modified Theranos Sodium Assay | THPFM0001762876 | THPFM0001762890 | |
| UNK | tPSA ELISA Assay Validation Report on Edison 3.X Theranos System | THPFM0001707628 | THPFM0001707684 | |
| 11/16/2015 | tPSA ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002706794 | THPFM0002706857 | |
| 11/16/2015 | TSH-ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0000343159 | THPFM0000343232 | |
| UNK | TSH-ELISA Assay Validation Report on Edison 3.X Theranos System | THPFM0001699954 | THPFM0001700008 | |
| 1/10/2014 | Total Triiodothyronine ELISA Assay Validation Report on Edison 3.x Theranos System | CMS2-001347 | CMS2-001519 | |
| 11/16/2015 | Total Triiodothyronine ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002706144 | THPFM0002706208 | |
| 1/10/2014 | Total T4 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001704109 | THPFM0001704153 | |
| 11/16/2015 | Total T4 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002705987 | THPFM0002706056 | |
| 8/5/2014 | Vitamin B12 ELISA Assay Validation Report on Edison 3.5 Theranos System | | | CMS2-001520 |
| 2/11/2016 | Vitamin B12 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0001627724 | THPFM0001627802 | |
| 11/16/2015 | Vitamin B12 ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0002813396 | THPFM0002813483 | |
| 11/16/2015 | 25OH VitD Total ELISA Assay Validation Report on Edison 3.5 Theranos System | THPFM0005615046 | THPFM0005615112 | |
| UNK | 25OH VitD Total ELISA Assay Validation Report on Edison 3.X Theranos System | THPFM0001699906 | THPFM0001699953 | |

**ATTACHMENT I**

| Beg Bates | End Bates | Control Number |
|---|---|---|
| THER-4035017 | THER-4035027 | |
| THPFM0004795971 | THPFM0004795979 | |

| Exhibit Date | Description | Beg Bates | End Bates | Control Number |
|---|---|---|---|---|
| 9/2/2016 | Theranos draft response to CMS July 7 letter titled "D5403.KD" | THPFM0004005199 | THPFM0004005205 | |
| 9/2/2016 | E-mail from Kingshuk Das to Lisa Helfend subject "D5403.KD" | THPFM0004005198 | | |

**ATTACHMENT I**

| Exhibit Date | Description | Beg Bates | End Bates | Control Number |
|---|---|---|---|---|
| 12/7/2015 | Theranos Documents consisting of validation reports Binder 1 of 4 | WAG-TH-DOJ-00028976 | WAG-TH-DOJ-00029302 | |
| 12/7/2015 | Theranos Documents consisting of validation reports Binder 2 of 4 | WAG-TH-DOJ-00029267 | WAG-TH-DOJ-00030151 | |
| 12/7/2015 | Theranos Documents consisting of validation reports Binder 3 of 4 | WAG-TH-DOH-00030466-000001 | WAG-TH-DOJ-00030517 | |
| 12/7/2015 | Theranos Documents consisting of validation reports Binder 4 of 4 | WAG-TH-DOJ-00030518 | WAG-TH-DOJ-00030928 | |

**ATTACHMENT I**

| Exhibit Date | Description | Beg Bates | End Bates | Control Number |
|---|---|---|---|---|
| 4/1/2016 | Theranos Response to Proposed Sanctions (updated version of letter sent March 28, 2016 | THPFM0004755265 | THPFM0004755357 | |
| 2/12/2016 | Theranos Plan of Correction in Response to CMS 2567 | THPFM0004755071 | THPFM0004755219 | |
| 2016 | TOC Exhibits A through O | Pending Bates Number | | |
| 3/28/2016 | Theranos Response to Proposed Sanctions March 28, 2016 | CMS2-164369 | CMS2-164417 | |
| 3/18/2016 | CMS Letter re Propose Sanctions | THPFM0004755220 | THPFM0004755264 | |
| | TOC Exhibits AA through MM, no KK(flashdrive) | Pending Bates Number | | |
| | TOC Exhibit G, Binder 2 | Pending Bates Number | | |
| 4/17/2016 | Theranos Letter re Supplemental Information | THPFM0004755360 | THPFM0004755367 | |
| 5/20/2016 | Theranos Letter to CMS re Advia 2120 | THPFM0004755393 | | |
| 1/25/2016 | CMS 2567 (Cover Letter) | THPFM0004755067 | THPFM0004755070 | |
| | CMS Plan of Correction Communication | THPFM0004755066 | | |
| 4/7/2016 | Cover Letter for Additional Corrected Reports April 7, 2016 | THPFM0004755358 | | |
| 4/18/2016 | Cover Letter for Additional Corrected Reports April 18, 2016 | THPFM0004755391 | | |
| 4/26/2016 | Cover Letter for Additional Corrected Reports April 26, 2016 | THPFM0004755392 | | |
| | Interview Reports of Dr. Kingshuk Das dated June 7, 2021, and February 1, 2021 | | | |