1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5589
       FAX: (408) 535-5066
9      john.bostic@usdoj.gov

10 Attorneys for United States of America

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  Case No. 18-CR-00258 EJD
15                                     )
           Plaintiff,                  )  DECLARATION OF JOHN BOSTIC IN SUPPORT
16                                     )  OF UNITED STATES' OPPOSITION TO
       v.                              )  DEFENDANT'S MOTION TO SUPPRESS
17                                     )
   ELIZABETH HOLMES,                   )  Date:  July 7, 2021
18                                     )  Time:  10:00 a.m.
           Defendant.                  )  Court: Hon Edward J. Davila
19                                     )
                                       )
20

21 I, JOHN BOSTIC, declare as follows:

22     1.    I am an Assistant United States Attorney, representing the United States in the above-

23 captioned matter. I am admitted to practice before this Court. I hereby attest to the following facts.

24     2.    Attached as **Exhibit A** is a true and correct copy of an FBI 302 report memorializing the

25 interview of Dr. Kingshuk Das on June 7, 2021.

26     3.    Attached as **Exhibit B** is a true and correct copy of an internal Theranos document

27 produced in this matter under bates number THPFM0004005199.

28     4.    Attached as **Exhibit C** is a true and correct copy of a letter sent to Theranos from the

1. Securities and Exchange Commission on October 19, 2015.

2. 5. Attached as **Exhibit D** is a true and correct copy of a letter sent to Theranos from the Securities and Exchange Commission on November 23, 2015.

3. 6. Attached as **Exhibit E** is a true and correct copy of a letter sent to Theranos from the Securities and Exchange Commission on September 6, 2016.

4. 7. Attached as **Exhibit F** is a true and correct copy of a grand jury subpoena served on Theranos on or about February 13, 2018.

5. 8. Attached as **Exhibit G** is a true and correct copy of a grand jury subpoena served on Theranos on or about April 20, 2018.

6. 9. Attached as **Exhibit H** is a true and correct copy of an email from AUSA John Bostic to attorneys at Wilmer Hale representing Theranos, sent on July 25, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of June, 2021.

                                                */s/ John C. Bostic*
                                                JOHN C. BOSTIC
                                                Assistant United States Attorney