# APPENDIX A
## Dr. Master's New Methodologies as Applied to the Nine At-Issue Assays

| | | Previously Disclosed Methodologies | | | New Methodologies | |
|---|---|---|---|---|---|---|
| Assay | Prior Basis | Bias | %CV | Total Allowable Error | Sigma Analysis | Correlation Coefficient ($R^2$) |
| **HIV** Supp. Rpt. at 6. | "Customer complaints and Theranos internal investigations." Master Rpt. at 15. | NO | NO | NO | NO | NO |
| **HbA1c** Supp. Rpt. at 6. | "Customer complaints and Theranos internal investigations." *Id.* at 15. | NO | NO | NO | NO | NO |
| **Calcium** Supp. Rpt. at 6. | "Customer complaints and Theranos internal investigations." *Id.* at 15. | NO | NO | NO | NO | NO |
| **Chloride** Supp. Rpt. at 6. | "[F]requent complaints from customers according to internal Theranos emails." *Id.* at 15. | NO | NO | NO | NO | NO |
| **Cholesterol** Supp. Rpt. at 5. | Icahn School of Medicine Report. *Id.* at 14. | NO | NO | NO | NO | NO |
| **Potassium** Supp. Rpt. at 5. | "April 2014 Potassium fingerstick measurements" *Id.* at 14-15. | *YES** | NO | NO | NO | NO |

*As stated in Ms. Holmes' response, there are flaws in Dr. Master's methodology that will be addressed at the *Daubert* hearing.

| Assay | Prior Basis | Previously Disclosed Methodologies | | | New Methodologies | |
|---|---|---|---|---|---|---|
| | | Bias | %CV | Total Allowable Error | Sigma Analysis | Correlation Coefficient ($R^2$) |
| **Bicarbonate** Supp. Rpt. at 5. | None stated | NO | NO | NO | NO | *YES** |
| **hCG** Supp. Rpt. at 4. | "Customer complaints and Theranos internal investigations." *Id.* at 15. | NO | NO | NO | *YES** | NO |
| **Sodium** Supp. Rpt. at 5-6. | "[F]requent complaints from customers according to internal Theranos emails." *Id.* | NO | *YES** | NO | *YES** | *YES** |

*As stated in Ms. Holmes' response, there are flaws in Dr. Master's methodology that will be addressed at the *Daubert* hearing.