JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RESPONSE TO GOVERNMENT'S SUPPLEMENTAL EXPERT REPORT**<br><br>Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Response to the Government's Supplemental Expert Report ("response"). I attest to the following facts upon which the response relies.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RESPONSE TO GOVERNMENT'S SUPPLEMENTAL EXPERT REPORT
CR-18-00258 EJD

1

2. Attached to the response are four exhibits. The content of the exhibits are as follows:

    a. Exhibit A is a true and correct copy of a May 26, 2021 email from Dr. Stephen Master to Assistant United States Attorney Robert Leach, Bates-stamped US-MISC-002747.

    b. Exhibit B is a true and correct copy of an email exchange between Assistant United States Attorney Robert Leach to Lance Wade, including a June 5, 2021 email from Assistant United States Attorney Robert Leach to Lance Wade.

    c. Exhibit C is a true and correct copy of a March 5, 2020 email exchange between Dr. Stephen Master and Assistant United States Attorney Robert Leach, Bates-stamped USAO-006934.

    d. Exhibit D is a true and correct copy of a memorandum of a February 1, 2021 interview of Dr. Kingshuk Das, Bates-stamped US-REPORTS-0024149.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 25th day of June 2021 in Chevy Chase, MD.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RESPONSE TO GOVERNMENT'S SUPPLEMENTAL EXPERT REPORT
CR-18-00258 EJD