# Exhibit A

**Leach, Robert (USACAN)**

| | |
|---|---|
| **From:** | Stephen Master |
| **Sent:** | Wednesday, May 26, 2021 06:04 PM |
| **To:** | Leach, Robert (USACAN) |
| **Subject:** | Stephen Master has accepted the invitation to your 'QC Data' folder on Box |

Stephen Master accepted your invitation to:



**QC Data**
Collaborated Folder

**View Folder**

Get our app to view this on mobile

box © 2021    About Box • Privacy Policy • Edit Notification Settings • 900 Jefferson Avenue, Redwood City, CA 94063, USA

This is an official notification from the USAfx File Exchange system.