# Exhibit  B

**From:** Wade, Lance
**Sent:** Saturday, June 5, 2021 8:57 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>
**Subject:** RE: United States v. Holmes

Bob,

As we discussed, those dates are far too late – as my client may well not be available at that point.  Please provide earlier dates, in mid-June.

Thanks.

--Lance

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

---

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Saturday, June 5, 2021 5:01 PM
**To:** Wade, Lance <LWade@wc.com>
**Subject:** Re: United States v. Holmes

Lance,

I reached out to EDPA on Wednesday, as I promised.  I have not heard back.  I will follow up Monday.  If you want to try too all the better.  Dr. Master and the government are available July 8 and 9.

Bob

On Jun 4, 2021, at 5:43 PM, Wade, Lance <LWade@wc.com> wrote:

1

Bob,

Could we please get the courtesy of an update?

Thank you.

--Lance

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

---

**From:** Wade, Lance
**Sent:** Wednesday, June 2, 2021 6:33 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>
**Subject:** RE: United States v. Holmes

Bob,

Any updates on dates?  Thanks.

--Lance

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

---

**From:** Wade, Lance
**Sent:** Monday, May 31, 2021 2:43 PM
**To:** 'Leach, Robert (USACAN)' <Robert.Leach@usdoj.gov>
**Subject:** RE: United States v. Holmes

Bob,

Good to proceed with EDPA option.  Please let me know what you learn.  For planning purposes, which dates is Dr. Master available?

Thanks.

--Lance

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Sunday, May 30, 2021 7:04 PM
**To:** Wade, Lance <LWade@wc.com>
**Subject:** RE: United States v. Holmes

Lance,

I hope your weekend is going well.

We are prepared to pursue the "Court via a live feed" option.  Please confirm you have conferred with your client, and I will start reaching out to ED Pa to make arrangements this week.

Best regards,

Bob

---

**From:** Wade, Lance <LWade@wc.com>
**Sent:** Friday, May 28, 2021 2:21 PM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Subject:** RE: United States v. Holmes

As discussed, I still need to confer with my client but think we would need to do it in Court via a live feed.  Counsel would certainly need to be in Dr. Master's presence.  Again, we are trying to be flexible given the circumstances, but have limitations.

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

---

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Friday, May 28, 2021 3:56 PM
**To:** Wade, Lance <LWade@wc.com>
**Subject:** RE: United States v. Holmes

Is there any magic to the Philadelphia courthouse, or could we do the USAO in Philadelphia or an office building in Philadelphia?  And, is Zoom an option or are you insisting on having the attorneys in Dr. Master's presence to do the examination?

---

**From:** Wade, Lance <LWade@wc.com>
**Sent:** Friday, May 28, 2021 12:51 PM
**To:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Subject:** RE: United States v. Holmes

No problem.  Any word on Dr. Master?

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005

3

(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Friday, May 28, 2021 3:41 PM
**To:** Wade, Lance <LWade@wc.com>
**Subject:** RE: United States v. Holmes

Thank you, Lance.

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.