# Exhibit C

| | |
|---|---|
| **From:** | Stephen Master |
| **Sent:** | Thursday, March 5, 2020 5:49 PM |
| **To:** | Leach, Robert (USACAN) |
| **Subject:** | Re: Examples of Notices from Prior Cases |

Very helpful--thanks.  I'll try to do a similar level of detail, and then send to you as a first pass while recognizing that I'll have work to do to get it into the same format as the ones you've sent.  Do you know if you happened to send me the potassium validation report?  I may just need to look harder, but it would be useful.  I know I have chloride, etc. in the documents that Theranos gave the FDA.

On Thu, Mar 5, 2020 at 7:56 PM Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> wrote:

> Dr. Master,
>
> These are from very different cases with very different issues, but FYI.
>
> Best regards,
>
> Bob
>
> *******************************
>
> Robert S. Leach
>
> Assistant United States Attorney
>
> United States Attorney's Office
>
>   Northern District of California
>
> 1301 Clay Street, Suite 340S
>
> Oakland, California 94612
>
> (510) 637-3918 -- Office
>
> (415) 793-2945 – Cell

1