JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO SUPPRESS EVIDENCE OF CUSTOMER COMPLAINTS AND TESTING RESULTS AS WELL AS FINDINGS IN CMS REPORT** <br><br> Hon. Edward J. Davila |

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF
MOTION TO SUPPRESS
CR-18-00258 EJD

I, LANCE WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Reply in Support of Motion to Suppress Evidence of Customer Complaints and Testing Results as Well as Findings in CMS Report. I attest to the following facts upon which the reply relies.

2. Attached to this declaration are 9 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 10 is a true and correct copy of an FBI Form FD-302, Bates-stamped US-REPORTS-0025513. This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

   b. Exhibit 11 is a true and correct copy of an FBI Form FD-302, Bates-stamped US-REPORTS-0024254. This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

   c. Exhibit 12 is intentionally omitted.

   d. Exhibit 13 is a true and correct copy of an FBI Form FD-302, Bates-stamped US-REPORTS-0019711. This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

   e. Exhibit 14 is a true and correct copy of a Food & Drug Administration Memorandum of Interview, Bates-stamped US-REPORTS-0008569. This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

   f. Exhibit 15 is a true and correct copy of a Food & Drug Administration Memorandum of Interview, Bates-stamped US-REPORTS-0007225. This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

1          g.        Exhibit 16 is a true and correct copy of an FBI FD-302, Bates-stamped US-REPORTS-0008710.  This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

         h.        Exhibit 17 is a true and correct copy of an FBI FD-302, Bates-stamped US-REPORTS-0002767.  This exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

         i.        Exhibit 18 is a true and correct copy of August 27, 2018 email correspondence between the attorneys for the government and attorneys for Theranos, and between a government attorney and agent, Bates-stamped USAO-008511.  A redacted version has been filed on the public docket.  An unredacted version of this exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

         i.        Exhibit 19 is a true and correct copy of August 27, 2018 email correspondence between the government and attorneys for Theranos, and between a government attorney and official, Bates-stamped USAO-008512.  A redacted version has been filed on the public docket.  An unredacted version of this exhibit has been filed under seal for reasons stated in Ms. Holmes' Administrative Motion for Leave to File Documents Under Seal and accompanying Declaration of Lance Wade in Support of that Administrative Motion.

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

      Executed this 28th day of June 2021 in Chevy Chase, MD.

*/s/ Lance Wade*
_____
LANCE WADE
Attorney for Elizabeth Holmes

DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO SUPPRESS
CR-18-00258 EJD

2