# Exhibit 19

**From:** ▮
**Sent:** Monday, August 27, 2018 12:48 PM
**To:** ▮
**Cc:** ▮
**Subject:** FW: Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.
**Attachments:** 2018-08-27 Ltr ▮ to ▮ re Grand Jury Investigation 2016R00024.pdf

Here's the password for the production received today. ▮, fyi, this is headed your way.

---

**From:** ▮
**Sent:** Monday, August 27, 2018 11:50 AM
**To:** ▮
**Cc:** ▮

**Subject:** Grand Jury Subpoena Investigation #2016R00024 - Theranos, Inc.

Hi ▮ and ▮,

Attached please find the transmittal letter accompanying today's production of Theranos' LIS database. The media will be delivered via courier today. The encryption key is 7Dh$fsB!dgs&6Fes!.

Best Regards,

▮

▮ | WilmerHale

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.