UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** June 28, 2021   **Time:** 3:11-3:42 pm   **Judge:** Edward J. Davila
**Total Time:** 31 Mins.

**Case No.**: 18-cr-00258-EJD-1   **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
**Attorney for Defendant:** Lance Wade, Amy Saharia

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Ana Dub

**Interpreter:** N/A   **Probation Officer:** N/A

**PROCEEDINGS – STATUS CONFERENCE**
**Via Zoom Webinar Remotely due to COVID19**

Defendant is present, out of custody, appears via audio Zoom and consents to the proceeding being held via video.  Hearing held.
The Court vacates the Daubert hearing as to Dr. Master scheduled for 6/30/2021.  Counsel shall meet and confer and consult with the courtroom deputy for a new hearing date.

**NEXT HEARING DATE: July 7, 2021 10:00 A.M. for Defendant's Motion to Suppress Evidence via Zoom Webinar remotely.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY:**
Category – Effective preparation of Counsel
Ends: 8/31/2021

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

*Adriana M. Kretzmann* (signature)
**Adriana M. Kretzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**