UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** July 7, 2021  **Time:** 10:10-12:10 pm  **Judge:** Edward J. Davila
**Total Time:** 2 Hrs.

**Case No.**: 18-cr-00258-EJD-1  **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Saharia, Katherine Trefz, John Cline

**Deputy Clerk:** Adriana M. Kratzmann  **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDINGS – MOTION HEARING
Via Zoom Webinar Remotely due to COVID19

Defendant is present, out of custody and consents to the proceeding being held via video. Hearing held. The Court heard oral arguments as to Defendant's Motion to Suppress (Dkt. 810). The Court took the matter under submission and will issue an order.

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**EXCLUDABLE DELAY:**
Category
Begins
Ends

*Adriana M. Kretzmann*
**Adriana M. Kretzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**