JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF KATHERINE TREFZ IN SUPPORT OF UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17 SUBPOENAS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF UNOPPOSED MOTION FOR ORDER
ISSUING TWO RULE 17 SUBPOENAS
CR-18-00258 EJD

I, KATHERINE TREFZ, declare as follows:

1. I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court. I submit this declaration in support of Ms. Holmes' Unopposed Motion for Order Issuing Two Rule 17 Subpoenas (the "Unopposed Motion"). I attest to the following facts upon which the Unopposed Motion relies.

2. On July 8, 2021, I informed counsel for the government that Ms. Holmes intended to subpoena certain doctors on the government's witness list for documents that include patient information. I attached to this email the two subpoenas at Exhibits 1 and 2 to Ms. Holmes' Unopposed Motion, as well as a draft of the Unopposed Motion.

3. On July 9, 2021, government counsel responded that the government takes no position on Ms. Holmes' planned motion and that Ms. Holmes could so indicate to the Court.

Executed this 12th day of July, 2021 in Washington, DC.

_____
KATHERINE TREFZ
Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17 SUBPOENAS
CR-18-00258 EJD

1