# EXHIBIT 1

CAND 89A (Rev. 6/17) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Elizabeth Holmes<br>Defendant(s). | SUBPOENA TO TESTIFY<br>IN A CRIMINAL CASE<br><br>Case No.: CR 18-00258-01-EJD |

TO: Mark Burnes, M.D., ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Ctr. 4 / Davila, J.<br>DATE AND TIME<br>8/31/2021 9:00 am |

☑ You are also commanded to bring with you the following document(s) or object(s):

See Addendum

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| ~~U.S. MAGISTRATE JUDGE OR~~ CLERK OF COURT | DATE |
|---|---|
| *Susan Y. Soong*<br>(By) Deputy Clerk  *Cita F. Escolano* | 7/12/2021 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Patrick J. Looby
Williams & Connolly LLP
725 Twelfth Street NW  Washington, DC 20005
plooby@wc.com  (202) 434-5150

CAND 89A  (Rev. 6/17) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
                       DATE

_____
SIGNATURE OF SERVER

ADDRESS:

ADDITIONAL INFORMATION

## Addendum

Please bring with you the following documents:

(1) The complete medical records for patient ▬▬▬▬▬▬▬▬▬▬ from January 1, 2015 to December 31, 2015.

(2) The documents reflecting your communications with Theranos regarding ▬▬▬▬▬▬.