1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
| Plaintiff, | ) ) | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17 SUBPOENAS** |
| v. | ) ) ) | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) ) ) | Hon. Edward J. Davila |
| Defendants. | ) ) ) ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17
SUBPOENAS
CR-18-00258-EJD

1    This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Unopposed
2  Motion for Order Issuing Two Rule 17 Subpoenas. After due consideration:
3    IT IS HEREBY ORDERED that Ms. Holmes' Unopposed Motion is GRANTED.
4    IT IS FURTHER ORDERED that notice under Federal Rule of Criminal Procedure 17(c)(3)
5  shall be given to the impacted victims it is practicable to identify, and consistent with the methods set
6  forth in the Unopposed Motion. Specifically, counsel for Ms. Holmes is to provide notice to the patient
7  of Dr. Burnes. Counsel for Ms. Holmes is further ordered to confer with SWCWC regarding notice to
8  that practice's impacted patients.
9    IT IS FURTHER ORDERED that, consistent with the above, Ms. Holmes may serve the two
10 subpoenas at Exhibits 1 and 2 to the Unopposed Motion.

12    IT IS SO ORDERED.

14 Dated: July ___, 2021

16                                                                          _____
                                                                            Hon. Edward J. Davila
17                                                                          United States District Judge

28 [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17
   SUBPOENAS
   CR-18-00258 EJD