JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ELIZABETH HOLMES and )<br>RAMESH "SUNNY" BALWANI, )<br>)<br>Defendants. )<br>)<br>)<br>) | Case No. CR-18-00258-EJD<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17 SUBPOENAS<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17
SUBPOENAS
CR-18-00258-EJD

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Unopposed Motion for Order Issuing Two Rule 17 Subpoenas.  After due consideration:

IT IS HEREBY ORDERED that Ms. Holmes' Unopposed Motion is GRANTED.

IT IS FURTHER ORDERED that notice under Federal Rule of Criminal Procedure 17(c)(3) shall be given to the impacted victims it is practicable to identify, and consistent with the methods set forth in the Unopposed Motion.  Specifically, counsel for Ms. Holmes is to provide notice to the patient of Dr. Burnes.  Counsel for Ms. Holmes is further ordered to confer with SWCWC regarding notice to that practice's impacted patients.

IT IS FURTHER ORDERED that, consistent with the above, Ms. Holmes may serve the two subpoenas at Exhibits 1 and 2 to the Unopposed Motion.

IT IS SO ORDERED.

Dated: July  26 , 2021

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR ORDER ISSUING TWO RULE 17 SUBPOENAS
CR-18-00258 EJD

1