JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO STRIKE IMPROPER AND UNTIMELY EXPERT DISCLOSURE AND TO PRECLUDE EXPERT OPINION TESTIMONY OF DR. KINGSHUK DAS**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO STRIKE IMPROPER AND UNTIMELY EXPERT DISCLOSURE AND TO PRECLUDE EXPERT OPINION TESTIMONY OF DR. KINGSHUK DAS
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Strike Improper and Untimely Expert Disclosure and to Preclude Expert Opinion Testimony of Dr.
3  Kingshuk Das.  After due consideration of the filings, the governing law and the argument of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the government's Rule 16 disclosure of Dr. Kingshuk
6  Das is stricken.
7      IT IS FURTHER ORDERED that the government shall not elicit expert opinions from
8  Dr. Das, and that Dr. Das is precluded from offering any expert opinions at trial.
9      IT IS SO ORDERED.

11 Dated: _____

                                                          _____
                                                          Hon. Edward J. Davila
                                                          United States District Judge

27  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO STRIKE IMPROPER AND
28  UNTIMELY EXPERT DISCLOSURE AND TO PRECLUDE EXPERT OPINION TESTIMONY OF DR. KINGSHUK DAS
CR-18-00258 EJD