# Exhibit A

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) <Robert.Leach@usdoj.gov> |
| **Sent:** | Thursday, July 29, 2021 9:28 PM |
| **To:** | Downey, Kevin; Wade, Lance; Saharia, Amy; Trefz, Katherine |
| **Cc:** | Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Volkar, Kelly (USACAN) |
| **Subject:** | US v. Holmes:  Supplemental Disclosure |

Dear Counsel,

We write to advise you that, In response to the Court's ruling on the motions in limine, we are amending our witness list to add Justin Offen, Dave Rogers, and a custodian of records from PricewaterhouseCoopers, LLP.

Further, although we submit it is not necessary, we are supplementing our Rule 16(a)(1)(G) disclosure to advise you the government intends to offer testimony from Dr. Kingsuk Das.  A summary of his anticipated testimony is set forth in the memoranda of interview that have previously been produced to you.  The bases for his opinions, to the extent they constitute expert opinion testimony, are set forth in those memoranda of interview, THPFM00004005199, and the list of documents at ECF 842-1 pp.10-15.

Best regards,
Bob

*******************************
Robert S. Leach
Assistant United States Attorney
United States Attorney's Office,
 Northern District of California
1301 Clay Street, Suite 340S
Oakland, California 94612-5217
(510) 637-3918
(415) 793-2945 - Cell