1  JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
2  San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
7  Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,          )   Case No. CR-18-00258-EJD
                                       )
16           Plaintiff,                )   **DECLARATION OF AMY MASON SAHARIA
                                       )   IN SUPPORT OF MS. HOLMES' RENEWED
16       v.                            )   MOTION TO EXCLUDE CERTAIN NEWS
                                       )   ARTICLES**
17  ELIZABETH HOLMES and               )
18  RAMESH "SUNNY" BALWANI,            )   Hon. Edward J. Davila
                                       )
19           Defendants.               )
                                       )
20                                     )
                                       )
21  _____   )

22

23       I, AMY MASON SAHARIA, declare as follows:

24       1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*

25  in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Renewed Motion To

26  Exclude Certain News Articles ("Motion").  I attest to the following facts upon which the Motion relies.

27       2.      Attached to the Motion are seven exhibits.  The content of the exhibits are as follows:

28  DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
MOTION TO EXCLUDE CERTAIN NEWS ARTICLES
CR-18-00258 EJD

1             a.      Exhibit 1 is a true and correct copy of the government's proposed trial exhibit

2 2888.

3             b.      Exhibit 2 is a true and correct copy of the government's proposed trial exhibit

4 2920.

5             c.      Exhibit 3 is a true and correct copy of the government's proposed trial exhibit

6 4552.

7             d.      Exhibit 4 is a true and correct copy of the government's proposed trial exhibit

8 3221.

9             e.      Exhibit 5 is a true and correct copy of the government's proposed trial exhibit

10 4562.

11             f.      Exhibit 6 is a true and correct copy of the government's proposed trial exhibit

12 3026.

13             g.      Exhibit 7 is a true and correct copy of the government's proposed trial exhibit

14 2954.

15       I declare under penalty of perjury under the laws of the United States that the foregoing is true

16 and correct to the best of my knowledge.

17

18       Executed this 6th day of August, 2021 in Chevy Chase, MD.

19

20

21 AMY MASON SAHARIA
Attorney for Elizabeth Holmes

22

23

24

25

26

27

28 DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
MOTION TO EXCLUDE CERTAIN NEWS ARTICLES
CR-18-00258 EJD