# Exhibit 1

Discover Thomson Reuters

Directory of sites  Login  Contact  Support



Business  Markets  India  South Asia  TV  More



HEALTH    OCTOBER 21, 2015 / 9:17 AM / 4 YEARS AGO

# Theranos CEO says company's underlying technology is sound

Julia Love                                3 MIN READ

(Reuters) - Theranos Chief Executive Elizabeth Holmes fought back on Wednesday against accusations that the technology at the heart of the blood-testing startup has grave flaws.



Elizabeth Holmes, founder and CEO of Theranos, speaks with Jonathan Krim, global technology editor at the Wall Street Journal, at the Wall Street Journal Digital Live (WSJDLive) conference at the Montage hotel in Laguna Beach, California, October 21, 2015. REUTERS/Mike Blake

Holmes defended her company at a technology conference hosted in Laguna Beach by the Wall Street Journal, which last week published a pair of stories suggesting her startup was relying on tools from traditional labs as it struggled with its own technology.

But Holmes said the company has moved away from one of its devices only briefly as it transitions to getting approval from the Food and Drug Administration for all of its tests. She cited her successful lobbying for an Arizona law allowing patients to get blood tests without a doctor's order.

"I personally in Arizona worked very hard to change the law," she said. "I can't do that without knowing that the tests that are offered are of the highest quality."

ADVERTISEMENT



Theranos, which has a valuation of $9 billion, promised to shake up medical testing by conducting a wide range of tests with one drop of blood from a finger-stick, rather than the large vial typically collected.

But the Journal has reported that the company now uses the tiny vials, known as nanotainers, for just one of its tests, responding to concerns from regulators. The newspaper also reported that former employees doubt the reliability of Edison, the company's proprietary lab tool. While it is used for just a fraction of tests, it is key to Theranos's strategy.

Holmes acknowledged that Theranos has used technology from other labs for tests from venous draws but stressed that the company relies on its own technology for finger-stick tests. She noted that Theranos has received FDA approval for one test and expects to get clearance for others.

"We are the exact same company that we were," she said. "We've done 3.5 million tests. We have tens of thousands of people who have rated our service."

ADVERTISEMENT



Holmes, 31, is a darling of Silicon Valley, drawing comparisons to the late Apple founder Steve Jobs for her bold vision and penchant for wearing black turtlenecks. Her company has won the backing of investors including Oracle Corp. cofounder Larry Ellison and venture-capital firm Draper Fisher Jurvetson.

The Journal has stood by its reporting on the company.

"The Journal reiterates that our articles about Theranos were thoroughly reported, fair and wholly accurate," the newspaper said in a statement issued after Holmes' talk.

Reporting by Julia Love; Editing by Chizu Nomiyama and David Gregorio

Our Standards:   The Thomson Reuters Trust Principles.



**Motley Fool Issues Rare "All In" Buy Alert**
The Motley Fool



**6 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet



**America's #1 Futurist Issues Warning**
Internet Reboot 2020



**Top 3 Travel Cards of 2020 – All With No Annual Fee**
CompareCards.com



**$500,000 in Term Life Coverage Starting at $13.42/month**
AIG Direct

### MORE FROM REUTERS



Indian doctors fight coronavirus with raincoats, helmets amid lack...
31 Mar



India cracks down on Muslim missionary group linked to coronavirus...
31 Mar



Italy coronavirus deaths rise by 812, number of new cases falls...
30 Mar



UK's Prince Charles, 71, out of self-isolation and in good health
30 Mar



Facing shortages, India bets on China for swift ramp-up of...
31 Mar

PAID PROMOTIONAL LINKS                                          Promoted by Dianomi

**Motley Fool Issues Rare "All In" Buy Alert**
Sponsored by The Motley Fool

**$500,000 in Term Life Coverage Starting at $13.42/month**
Sponsored by AIG Direct

**Blunder #10: Mismanaging Retirement Withdrawals**
Sponsored by Fisher Investments

**Planning A Trip? Use Travel Rewards Instead Of Cash**
Sponsored by NerdWallet

**Searching for a better APY? Compare these top online accounts.**
Sponsored by NerdWallet

**This Company Will Pay off up to $100K of Your Credit Card Debt**
Sponsored by The Penny Hoarder



**Excellent picks for robo-advisors in 2019**
Sponsored by NerdWallet



**America's #1 Futurist Issues Warning**
Sponsored by Internet Reboot 2020



**4 Unbelievable Cards Charging 0% Interest Until 2021**
Sponsored by CompareCards.com



**Top 3 Travel Cards of 2020 - All With No Annual Fee**
Sponsored by CompareCards.com



**See How Much Life Insurance You Need - Calculate Your Coverage Amount.**
Sponsored by Northwestern Mutual

MORE FROM REUTERS



Novartis CEO says Malaria drug is biggest hope against coronavirus...
29 Mar



Pandemic to hit growth in Asia, China: World Bank
31 Mar



India cracks down on Muslim group emerging as coronavirus cluster
31 Mar



Putin says Russia's coronavirus measures prevented explosive growth...
30 Mar



Trump says coronavirus guidelines may get tougher; one million...
31 Mar

PAID PROMOTIONAL LINKS                         Promoted by Dianomi



6 Credit Cards You Should Not Ignore If You Have Excellent Credit
NerdWallet



America's #1 Futurist Issues Warning
Internet Reboot 2020



Motley Fool Issues Rare "All In" Buy Alert

The Motley Fool



Top 3 Travel Cards of 2020 - All With No Annual Fee

CompareCards.com



Pay 0 Interest Until Nearly 2022

CompareCards.com

Apps   Newsletters   Advertise with Us   Advertising Guidelines   Cookies   Terms of Use   Privacy



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2020 Reuters. All Rights Reserved.

MEDIA-000001