# Exhibit 4

HEALTH AND SCIENCE

# Here's how Theranos CEO plans to lift the lid on its testing methods

PUBLISHED MON, AUG 1 2016•5:43 PM EDT | UPDATED MON, AUG 1 2016•6:30 PM EDT



Christine Wang
@CHRISTIIINEEEE

SHARE  f  🐦  in  ✉





Theranos CEO to take the stage at AACC conference

Theranos CEO Elizabeth Holmes outlined the steps she will take to increase transparency regarding the efficacy of the company's testing methods.

"There's been a lot of news about our company, and we chose this meeting today to begin engaging in a scientific exchange about our inventions and our technology," she said on Monday at the conference of the American Association for Clinical Chemistry.

"We fully understand in picking this place to come and introduce [the miniLab] that we have a lot of work to do to engage with this community and, I mean, I can tell you, I wish that I had started earlier in the context of building the scientific medical board that we've had the privilege to build. And now, working towards the peer-review publications, and that's not all going to happen in one day, in one presentation. It's going to happen over time," Holmes said.

Theranos was once a Silicon Valley darling with a $9 billion valuation. [Now, experts are skeptical of the company and its "secretive" nature](), pushing the company to publish data on its technology.

Holmes said that Theranos will partner with other institutions "to validate and publish our results." And Holmes' planned presentation includes research conducted under Institutional Review Board-approved protocols. The company also said it intends to submit its results to a publication for peer-review.

In theory, Theranos' early promise was simple but revolutionary: make testing possible on just a drop of blood where competitors require tubes of it to do so. But in practice, it's become increasingly unclear if Theranos has been able to

where competitors require tubes of it to do so. But in practice, it's become increasingly unclear if Theranos has been able to accomplish it.

Holmes defended Theranos' mission, saying that the problem isn't over testing, but under testing. By collecting small-volume blood samples from asymptomatic people, Theranos aspired to detect diseases earlier by encouraging more frequent testing.

"The ability to engage in longitudinal testing actually means that you can redefine the normal range and have individualized normals as a way of looking at testing in the future, and we think that there's a lot of potential around that," she said.

Holmes said that a "wave of individuals engaging with health information is coming," and that it's a matter of setting "it up right, because the purpose is to help them engage with clinicians in the context of clinical care, and that's where these information systems come into play."

Holmes' presentation includes a slate of new products such as its miniLab, a robot that can process samples that normally require manual processing in traditional protocols. Theranos seems to be going back to the research and development drawing board, focusing on these new products instead of its much-debated small-volume blood collection technology.

much-debated small-volume blood collection technology.

Holmes emphasized that her presentation includes data about technologies that have not yet been approved by the FDA and are not currently for sale in the United States.

Holmes said that the miniLab was "invented consistent with our core design philosophy of minimizing the number of steps, especially pre-analytical steps, that have to be performed manually."

Theranos' miniLab is a self-contained laboratory that allows a robot to run a number of tests on samples. The miniLab contains different modules that allow it to conduct a series of tasks that traditionally would require multiple, separate machines.

Theranos used its miniLab to run its Zika nucleic acid-amplification-based assay using finger-prick samples the company collected, some in the Dominican Republic. The samples were shipped back to Palo Alto, California, for analysis.

Holmes said the results "demonstrate the miniLab's ability to perform automated, integrated molecular testing comparable to methods that require highly-trained personnel."

Theranos said it has submitted assay validation data for its Zika assay to the FDA for an Emergency Use Authorization.



Elizabeth Holmes, CEO of Theranos.
*Brendan McDermid | Reuters*

from federal regulators. Last month, the Centers for Medicare & Medicaid Services imposed sanctions, including a two-year ban for Holmes.

"Theranos is working closely with the Centers for Medicare & Medicaid Services to resolve the sanctions that the agency advised it plans to impose on the company's Newark, California, laboratory," the company said in a statement at the time, noting it has 60 days to appeal and was considering all its options.

Theranos has added two new executives to oversee regulatory, quality and compliance efforts, and recruited new scientific and medical advisory board members, including former CDC director Dr. William Foege.

— *CNBC's Meg Tirrell contributed to this report.*

**TRENDING NOW**


Cuomo says coronavirus is 'more dangerous' than expected as New York cases jump to 75,795


Aircraft carrier captain pleads for help after more than 100 crew are infected with coronavirus


Dow drops 400 points as stocks close out their worst first quarter ever


Coronavirus updates: New York cases jump to over 75,000, French deaths continue rapid rise


These workers won't qualify for beefed-up unemployment in the coronavirus relief package

**MORE FROM CNBC**

**FROM THE WEB** by Taboola

Coronavirus: Fauci tells basketball star Stephen Curry US 'can start thinking ...

When will life return to normal? Health experts on a possible exit strategy to ...

Bet on these tech stocks to bounce back after coronavirus pandemic, say...

Congress passes plan to send taxpayers $1,200 checks in coronavir...

Italy's coronavirus death toll is more than double that of China's — this mi...

Cramer's lightning round: 'You do want to buy defense stocks right here'



This Could Be the Biggest Winner of the Stock Market Crash

The Motley Fool : Sponsored



Every Senior In United States Should Be Wearing This...

G7 SmartWatch : Sponsored



The New Hondas Are Simply Incredible!

Honda Cars | Search A... : Sponsored

# MORE FROM CNBC



**Coronavirus: Fauci tells basketball star Stephen Curry US 'can start thinking about'...**

Dan Mangan



**When will life return to normal? Health experts o...**



**Bet on these tech stocks to bounce back after...**

Jessica Bursztynsky



**Congress passes plan to send taxpayers $1,200...**

Lorie Konish



**Italy's coronavirus death toll is more tha...**

Silvia Amaro

**FROM THE WEB** by Taboola



**California People Born 1948-1979 With No Life Ins. Are In For A Treat This March**

National Family : Sponsored



**Top Tip Most Windows Computer...**

SecuritySavers : Sponsored



**Seniors (With No Life Insurance) May Get Up...**

National Family : Sponsored



**Before You Renew Amazon Prime, Read...**

Wikibuy : Sponsored



**5 Years from Now, You'll Probably Wish...**

The Motley Fool : Sponsored

## MORE FROM CNBC



### US mall owner Taubman is telling tenants they must pay rent amid coronavirus

Lauren Thomas



### Here's what you should do with your coronaviru...

Jessica Dickler



### Trump says US won't cover Prince Harry and...

Cory Stieg



### Stocks making the biggest moves midday:...

Fred Imbert



### Coronavirus: White House health advisor...

Berkeley Lovelace Jr.

### FROM THE WEB

by Taboola



### The All New Jeep Grand Cherokee: You Won't Believe The Price



### Best-Selling Car the Year You Graduated High...



Car and Driver · Sponsored

**The Cost Of Stair Lift In 2020 Can Actually...**

Stairlift | Search Ads · Sponsored



**Early Warning Signs of Metastatic Breast Cancer**

Metastatic Breast Cancer l... · Sponsored



Jeep Grand Cherokee | Search Ads · Sponsored

**19 Discounts Seniors Can Get Only If They...**

GoldenAge Life · Sponsored

by Taboola

## FROM THE WEB

**8 Cars So Cool It's Hard to Believe They Cost Under $20k**

YSearches · Sponsored

**How to Build Wealth In Your 40s**

Betterment · Sponsored



**CEA - San Francisco Bay Area Campaign -**

## MORE FROM CNBC

Trump says a nationwide coronavirus stay-home order was discussed – but...

People on Social Security are eligible for the one-time stimulus payment

Stocks got two positives Monday— drug industry breakthroughs and a m...

Executives are buying stock in droves, giving a 'strong' signal that the come...

WHO says early data show some drugs

MEDIA-000028