# Exhibit 5



FINANCIAL TIMES



*Be first to use FT.com's new prototype site. Opt in here (you can opt out at any time).*

October 23, 2015 5:51 pm

# Theranos blood labs under fresh scrutiny on staffing and quality

David Crow and Adam Samson in New York

Share Author alerts Print Clip Gift Article Comments

Silicon Valley start-up faces big questions as doubts over partnerships and testing emerge




It has all the makings of a Silicon Valley success story: a young, charismatic founder who dropped out of Stanford to pursue a vision that was beautiful for its disruptive simplicity.

Theranos, founded in 2003 by Elizabeth Holmes when she was just 19, promised to upend the blood testing market. Needle-wielding nurses would be replaced by tiny finger-prick vials, cutting out the

fear and hassle factor and allowing some patients to order up tests without seeing a doctor.

Investors bought into the company's claims that its proprietary testing machines can get quick, accurate results from a few drops of blood deposited in one of its "nanotainer" collection devices. It has raised $400m from some of California's biggest names and was recently valued at $9bn.

However, Theranos has been dogged by claims that its finger prick vials are flawed. After an investigation by the Wall Street Journal highlighted the issue, the company said last week that it had temporarily halted the use of its nanotainers for all but one of the 262 tests it offers.

Now the Financial Times has learnt that the company has struggled with the accuracy of its technology and staffing issues at one of its labs.

Interviews with government officials, and former and current employees as well as documents obtained through the Freedom of Information Act, also cast doubt on some of Theranos' other claims, including partnerships with bigger healthcare groups.

A government official from the US Centers for Medicare and Medicaid Services (CMS) said there was a "disconnect" between the company's marketing of its innovative blood tests and what inspectors saw when they visited its facilities in 2013.

Gary Yamamoto, a laboratory consultant with CMS in the San Francisco region, in a June interview said his inspectors found there "really wasn't anything unique" at Theranos's facility. "As it currently exists, the methodologies aren't different from what surveyors have found at other labs," he added.

A company spokesperson said Mr Yamamoto's statement "runs counter to the public statements and observations" of others who have visited the lab, including Joe Biden, the US vice-president, and the chief executives of health insurers and hospital chains.

"Innovation is not in the 'look' of the lab — it's in the outcomes the lab achieves and we are proud of our outcomes and our innovation," the spokesperson added.

Mr Biden is not the only high-profile political figure to be impressed by Theranos's technology. John McCain, the Republican senator, recently lauded the company's "innovative blood test" after a recent visit to one of its labs.

The company's board also includes a slate of impressive names, including Henry Kissinger, the former US secretary of state, as well as a former defence secretary and Richard Kovacevich, the ex-chief executive of Wells Fargo.

However, few board members have backgrounds in the medical establishment, with the exception of Bill Frist, a former US senator and surgeon, and William Foege, a former head of the Centers for Disease Control and Prevention who specialises in the cause and effect of diseases.



Source: Quest Diagnostics *includes Theranos

Documents seen by the FT also show that CMS inspectors found that the company's California lab had issues with the quality of its test results between 2012 and 2013. In an interview with the FT, a company spokesman confirmed the problems but pointed out its lab had only just been set up and said it quickly rectified the situation to the satisfaction of regulators.

In a separate interview, Daniel Young, who runs the company's Arizona facility, it faced some regulatory "matters" when it was opened that were "addressed quite rapidly".

Theranos has trumpeted its partnerships with larger companies and organisations on its website and in the press, including big pharma groups, the Cleveland Clinic, and Walgreens, the pharmacy.

Several articles about the company, including a December profile of Ms Holmes in the New Yorker, have said the company "earned income from large pharmaceutical companies, including Pfizer and GlaxoSmithKline, which use its tests when they are conducting clinical trials on new drugs".

A spokesperson for Pfizer said: "We've done only very limited historical exploratory work with Theranos through a few pilot projects, and we do not have any current or active projects with them."

"I cannot find any evidence that we've done business with them in recent years," said a spokesperson for GSK.

The Cleveland Clinic said it had not yet used the group's technology and emphasised the early stage of their partnership.

Even before the company announced it would scale back the use of its finger-prick devices last week, the majority of its tests were not completed on its proprietary machines, according to one former employee, who spoke on the condition of anonymity because of a non-disclosure agreement.

Instead the company often used standard equipment that is commonly found in other testing labs, the employee said, an assertion supported by documents seen by the FT.

Theranos has not made its proprietary equipment available for testing by independent experts, citing a desire to stop its competitors copying its technology. Eleftherios Diamandis, head of clinical biochemistry at Toronto's Mount Sinai Hospital, described this as "highly abnormal".

I cannot find any evidence that we've done business with them in recent years

- GSK spokesperson

Tweet this quote

"When someone brings out a new machine or technology, they usually seek a specialist to test it and to publish the data in a peer reviewed journal," Dr Diamandis said. "If you have technology that is patentable then no one can copy it — I don't think they want to expose it to the scrutiny of independent assessors."

The company says it has instead sought Food and Drug Administration review of its tests before sharing it with peers because it wants the "gold standard" of approval.

The company recently changed the wording on its website to remove a claim that "many of our tests require only a few drops of blood — usually only three tiny micro-vials, instead of the usual six or more large ones".

Separate documents show the full-time director of Theranos' California laboratory resigned at the end of last year.

He was replaced by Dr Sunil Dhawan, a dermatologist who practices at a clinic in Fremont, California and who works for Theranos on a part-time basis. He is an experienced practitioner who has run large-scale clinical trials for large pharma companies, such as Allergan, the maker of Botox.

Two people in the industry said the appointment of a dermatologist on a part-time basis to run a high profile complex laboratory was unusual. Unlike his predecessor, Dr Dhawan is not certified by the American Board of Pathology, and devotes much of his time to his practice.

Certification by the ABP or a similar body is not a formal prerequisite for laboratory directors, although it is customary for people who run large labs. "Generally, they are certified if they are at a laboratory with an extent of high complexity testing," said a California state official, who asked not to be named.

If you have technology that is patentable then no one can copy it — I don't think they want to expose it to the scrutiny of independent assessors

- Eleftherios Diamandis, head of

A spokesperson for LabCorp, one of the two largest US laboratory testing companies, said its laboratory directors are "scientists or physicians who have had advanced training in their respective areas and typically have boards or certification granted by the pertinent national organisations" including the ABP.

Dr Dhawan declined to comment, citing a non-disclosure agreement.

A Theranos spokesperson said the company has a full-time, board-certified lab director who is "waiting for his California licensing to go

clinical biochemistry at Toronto's Mount Sinai Hospital

through."

One former employee said the company struggled to find a new laboratory director when Dr Dhawan's predecessor resigned in December 2014. The person said the company found it difficult to retain staff at the California lab.

Mr Young, the Arizona lab director, is an accomplished scientist who earned his PhD from the Massachusetts Institute of Technology. But he does not have a medical degree or certification from the ABP. The Arizona facility does only moderately complex testing, meaning the requirements to be a director are less stringent than in a high complexity lab.

Sales volumes at LabCorp and Quest, the two dominant US laboratory groups, suggest that Theranos has yet to steal a sizeable chunk of their business, but its valuation of $9bn is similar to Quest's market capitalisation and not so far from LabCorp's $12bn. Together those two companies have 46 per cent of the independent lab testing market.

### Concerns raised by about practical impact of medical disruption

Some in the medical establishment are asking whether Theranos's vision for disrupting blood testing could have unintended consequences that would put extra pressure on healthcare systems without improving outcomes.

Theranos offers a menu of more than 260 tests and has lobbied lawmakers to let patients order them through Walgreens pharmacies and its own retail outlets without seeing a doctor. The majority of states still require a physician to request most procedures, although Arizona recently changed its law to allow for direct-order testing.

Many doctors say that tests are meaningless in the absence of medical context and that patients can struggle to interpret the results. A person with an elevated PSA reading might assume they need to undergo an invasive biopsy for prostate cancer, for example, although a doctor would usually order a follow up test; if the levels were normal the second time round, they would conclude the patient had prostatitis, a benign and easily-treated condition.

Then there is the question of how to respond to the results: Dr Eleftherios Diamandis said that for every 20 diagnostic tests run on a healthy person, on average, one result will be an abnormal "false positive".

"Anxious people will instantly run to the hospital and order more expensive tests," he said. "There is no such thing as a blood test that says you have cancer, or you don't have cancer — you have to combine it with clinical information."

John Ioannidis, a professor of medicine and health research at Stanford, says over-testing can "cause anxiety" that could lead to a patient to pursue unnecessary and dangerous invasive testing. "You start with a blood test, and that leads you to biopsies, and procedures and people can die in the process of chasing a red herring," he said.

Case 5:18-cr-00258-EJD Document 896-5 Filed 08/06/21 Page 7 of 8

**RELATED TOPICS** United States of America

Author alerts

TalkTalk cyber attack in 90 seconds

Male managers can drive gender equality

Fears of recession dog South Africa

**COMPANIES VIDEOS**

FDA/CMS Confidential CMS009164

**Printed from:** http://www.ft.com/cms/s/0/67c9b894-7903-11e5-a95a-27d368e1ddf7.html

Print a single copy of this article for personal use. Contact us if you wish to print more to distribute to others.

© THE FINANCIAL TIMES LTD 2015 FT and 'Financial Times' are trademarks of The Financial Times Ltd.