# Exhibit 7

Print Email

# Dr. Toby Cosgrove: We'll test Theranos technology

Written by Ayla Ellison (Twitter | Google+) | November 03, 2015

Cleveland Clinic President and CEO Delos "Toby" Cosgrove, MD, said technology developed by blood test startup Theranos needs to be verified.

Palo Alto, Calif.-based Theranos has faced a barrage of allegations in recent weeks, which began when *The Wall Street Journal* published an intensive report detailing alleged inconsistencies between the startup's claims and its actual operations. The company called the article factually and scientifically inaccurate, but decided to pause use of its proprietary technology for all but one blood test following unannounced FDA inspections.

Earlier this year, Cleveland Clinic and Theranos entered into a long-term strategic alliance. Dr. Cosgrove told CNBC the Cleveland Clinic does not yet have Theranos technology on-site, but it is looking forward to performing a peer review.

"Everybody is skeptical about something that is disruptive in a new industry, and I think that's perfectly reasonable that they should be," Dr. Cosgrove told CNBC. "I think somebody has to verify this, and we would like to do that."

## More articles on Theranos:

FDA releases reports of Theranos inspection: 5 things to know
Walgreens halts Theranos partnership
11 most innovative companies, according to the C-suite

© Copyright ASC COMMUNICATIONS 2015. *Interested in LINKING to or REPRINTING this content? View our policies by clicking here.*

To receive the latest hospital and health system business and legal news and analysis from *Becker's Hospital Review*, sign-up for the free *Becker's Hospital Review E-weekly* by clicking here.

11/3/15, 10:33 AM

FOIA Confidential Treatment Requested

TGPS00004008