1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                         UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,            )  Case No. CR-18-00258-EJD
                                        )
16        Plaintiff,                    )  **[PROPOSED] ORDER GRANTING MS.
                                        )  HOLMES' MOTION TO PARTIALLY REDACT
17     v.                               )  GOVERNMENT AGENCY REPORTS**
                                        )
18 ELIZABETH HOLMES and                 )  Hon. Edward J. Davila
   RAMESH "SUNNY" BALWANI,              )
19                                      )
          Defendants.                   )
20                                      )
                                        )
21 _____)

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO PARTIALLY REDACT
GOVERNMENT AGENCY REPORTS
CR-18-00258-EJD

1    This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion To
2    Partially Redact Government Agency Reports.  After due consideration of the filings, the governing law
3    and the argument of the parties:
4             IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5             IT IS FURTHER ORDERED that should the government agency reports be admitted into
6    evidence at trial, their admission shall be limited to the partially redacted versions at Exhibits 4-6 of the
7    Motion.
8             IT IS SO ORDERED.
9
10   Dated: _____
11
12                                                                    _____
                                                                      Hon. Edward J. Davila
13                                                                    United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28   [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO PARTIALLY REDACT
     GOVERNMENT AGENCY REPORTS
     CR-18-00258 EJD

1