JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO PARTIALLY REDACT GOVERNMENT AGENCY REPORTS**<br><br>Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Partially Redact Government Agency Reports ("Motion"). I attest to the following facts upon which the Motion relies.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO
PARTIALLY REDACT GOVERNMENT AGENCY REPORTS
CR-18-00258 EJD

1

2. Attached to the Motion are six exhibits.  The content of the exhibits are as follows:

a. Exhibit 1 is a true and correct copy of an excerpt of the government's proposed trial exhibit 4543 reflecting the September 16, 2015 Form FDA-483 for the Theranos Palo Alto facility. Ms. Holmes attaches an excerpt because government's proposed trial exhibit 4543 spans 1,681 pages and contains what appears to be the entire administrative record of the FDA's August 25-September 16, 2015 inspection of the Palo Alto facility.  Ms. Holmes intends to object to any part of the record's admission at trial.

b. Exhibit 2 is a true and correct copy of the government's proposed trial exhibit 4496 reflecting the September 16, 2015 Form FDA-483 for the Theranos Newark facility.

c. Exhibit 3 is a true and correct copy of the government's proposed trial exhibit 4621 reflecting a January 25, 2016 letter from CMS's Karen Fuller to Dr. Sunil Dhawan and the January 25, 2016 Form CMS-2567 for the Theranos Newark clinical laboratory.

d. Exhibit 4 is a true and correct copy of the excerpt of the government's proposed trial exhibit 4543 reflecting Ms. Holmes' proposed redactions to the September 16, 2015 Form FDA-483 for the Theranos Palo Alto facility.

e. Exhibit 5 is a true and correct copy of the government's proposed trial exhibit 4496 reflecting Ms. Holmes' proposed redactions to the September 16, 2015 Form FDA-483 for the Theranos Newark facility.

f. Exhibit 6 is a true and correct copy of the government's proposed trial exhibit 4621 reflecting Ms. Holmes' proposed redactions to the January 25, 2016 letter from CMS' Karen Fuller to Dr. Sunil Dhawan and the January 25, 2016 Form CMS-2567 for the Theranos Newark clinical laboratory.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO PARTIALLY REDACT GOVERNMENT AGENCY REPORTS
CR-18-00258 EJD

2

Executed this 6th day of August, 2021 in Chevy Chase, MD.

*[signature]*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO PARTIALLY REDACT GOVERNMENT AGENCY REPORTS
CR-18-00258 EJD