# Exhibit 2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015*<br>**FEI NUMBER**<br>3006231732 |

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**
TO:  Ramesh (NMI) Balwani, President and Chief Operations Officer

| FIRM NAME | STREET ADDRESS |
|---|---|
| Theranos, Inc. | 7333 Gateway Blvd. |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| Newark, CA  94560 | Medical Device Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

*The observations noted in this Form FDA-483 are not an exhaustive listing of objectionable conditions. Under the law, your firm is responsible for conducting internal self-audits to identify and correct any and all violations of the quality system requirements.*

DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:

**OBSERVATION 1**

Devices for which listing is required have not been listed.

Specifically, your Li-Hep Capillary Tube Nanotainer (CTN) is a blood specimen collection device containing a separating gel, which is intended to separate plasma from nonplasma blood components prior to further testing, and as such the Li-Hep CTN is a Class II medical device. You have not listed the Li-Hep CTN as a Class II medical device, and you are currently identifying it as a Class I exempt medical device. You are currently shipping this uncleared medical device in interstate commerce, between California, Arizona, and Pennsylvania.

**OBSERVATION 2**

Procedures for receiving, reviewing, and evaluating complaints by a formally designated unit have not been adequately established.

Specifically, your two written procedures, "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014", and "Guest Calls, Document Number CS SOP-05071, Revision A, Effective Date 03/27/2015" do not accurately describe the entire complaint handling procedure that you currently employ to receive, review, and evaluate customer complaints. The procedure that you verbally described during the current inspection is as follows:

1. Customer calls in a complaint to the Theranos Customer Service Center
2. Theranos Customer Service logs the complaint and forwards it to the Theranos CLIA Lab
3. Theranos CLIA Lab investigates and if it is determined to be a device issue, CLIA Lab forwards the complaint to Client Solutions (a liaison group between Theranos CLIA Lab and Theranos Quality Assurance)
4. Client Solutions forwards the complaint to Theranos QA
5. Theranos QA performs a product investigation, and if warranted files an MDR

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| SEE REVERSE OF THIS PAGE | Mary R. Hole, Investigator<br>Yung W. Chan, Investigator<br>Stayce E. Beck, Investigator | *[signatures]* | 09/16/2015 |

FORM FDA 483 (09/08)     PREVIOUS EDITION OBSOLETE     INSPECTIONAL OBSERVATIONS     PAGE 1 OF 6 PAGES

Confidential

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER<br>1431 Harbor Bay Parkway<br>Alameda, CA 94502-7070<br>(510) 337-6700 Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | DATE(S) OF INSPECTION<br>08/25/2015 – 09/16/2015*<br>FEI NUMBER<br>3006231732 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO: Ramesh (NMI) Balwani, President and Chief Operations Officer | |
| FIRM NAME<br>Theranos, Inc. | STREET ADDRESS<br>7333 Gateway Blvd. |
| CITY, STATE, ZIP CODE, COUNTRY<br>Newark, CA 94560 | TYPE ESTABLISHMENT INSPECTED<br>Medical Device Manufacturer |

In written procedure "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014", Section 6.1.1 states that "all customer communication after a device is released for distribution, whether written or oral, is forwarded to the Client Solutions group" where they are recorded in the Customer Complaint Log maintained by Client Solutions. Section 6.3.1 of this written procedure also states that "All Device Complaints are evaluated by Client Solutions and, when appropriate, are formally investigated by Quality Assurance".

"Guest Calls, Document Number CS SOP-05071, Revision A, Effective Date 03/27/2015", Section 8.1.1 states the "All calls, regardless of their nature, shall be documented in the Call Log". Section 7.1 of the same written procedure contains a flow diagram that shows that complaints that require escalation are documented in an Escalation Call Log and escalated to the appropriate Product Manager, who follows up with the Guest, and then documents the call in the Call Log. This procedure does not provide instructions for forwarding complaints to the CLIA Lab, or Client Solutions, or Theranos QA for product investigation and assessment of MDR reportability.

Your written procedures do not describe your complaint handling as you verbally described it during the inspection. The Theranos QA complaint log that you provided contained no logged complaints; however, the CLIA Lab complaint log that you also subsequently provided contained CTN-related complaints.

## OBSERVATION 3

Complaints involving the possible failure of a device to meet any of its specifications were not reviewed, evaluated, and investigated where necessary.

Specifically, a complaint that was reported to you via NCR-01926 on 01/30/2015 was not handled as a complaint in compliance with your written procedure "Customer Complaints, Document Number SOP-00174, Revision A, Effective Date 07/02/2014". NCR-01926 was a report of a complaint from your CLIA Lab (identified in the NCR as Normandy) that there were "difficulties in inspecting CTN specimen quality. Reports were that walls of 51-00348 parts were too opaque to be able to see clotting clearly". You did not identify this as a complaint and you did not investigate it as a complaint, nor did you investigate if this complaint required the filing of MDRs. This complaint was not documented in your complaint log.

## OBSERVATION 4

Corrective and preventive action activities and/or results have not been documented.

Specifically, you undertook several corrections of your Quality Management System procedures and records without documenting the investigations of causes of the nonconformities, the actions needed to correct or prevent recurrence of similar quality problems, the verification or validation of corrective actions, and the dissemination of information about the quality problems to responsible parties. During this inspection you undertook to correct procedures and records for your

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| SEE REVERSE<br>OF THIS PAGE | Mary R. Hole, Investigator<br>Yung W. Chan, Investigator<br>Stayce E. Beck, Investigator | *[signature]* | 09/16/2015 |

| FORM FDA 483 (89/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 2 OF 6 PAGES |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| **DISTRICT ADDRESS AND PHONE NUMBER** | **DATE(S) OF INSPECTION** |
| 1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015* |
| | **FEI NUMBER** |
| | 3006231732 |
| **NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED** | |
| **TO:**   Ramesh (NMI) Balwani, President and Chief Operations Officer | |
| **FIRM NAME** | **STREET ADDRESS** |
| Theranos, Inc. | 7333 Gateway Blvd. |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| Newark, CA  94560 | Medical Device Manufacturer |

Complaint Handling, supplier qualifications, DHRs, and internal audits without opening CAPAs to document your investigation into the causes of these deficiencies and their impact on your Quality Management System, an analysis and plan of what corrections were required, whether the corrections impacted other areas of your Quality Management System, and the dissemination of the information about these issues to your firm's employees.

For example, during this inspection you were unable to produce documented supplier qualifications, and you corrected the deficiency by assembling the required supplier qualification documents for your suppliers. You did this without opening a CAPA that investigated the probable cause for not having supplier qualification documentation, or to investigate if these suppliers had met your quality requirements the entire time in the past when you had purchased materials from them with which you had manufactured your finished products, or if your purchasing department personnel required training to ensure future compliance with this required quality activity, and training that may be required by other employees making purchases so that they understand the probable quality impact on products made with materials sourced from unapproved suppliers. This correction of your lack of documented supplier qualification was not documented in a CAPA that contained an effectiveness plan to ensure that the correction you undertook would reduce or eliminate any future recurrence of this situation.

## OBSERVATION 5

Software validation activities and results for computers or automated data processing systems used as part of production and the quality system have not been documented.

Specifically, you use an unvalidated Excel spreadsheet to document the results of the needle length dimensional testing during the Needle Inspection step for your Li-Hep CTN and EDTA CTN manufacturing. For example, you record the needle length range in the travelers for CTN Lot Numbers 24072015-5549, 24072015-5548, and 22072015-5584; however, you recorded the individual raw data in an unvalidated Excel spreadsheet that calculates the average and standard deviation. This unvalidated spreadsheet does not specify what dimension is being recorded, or the units of measure, or the identity of the person making the individual measurements. This unvalidated Excel spreadsheet does not document a QA review of the data. The spreadsheet is not included with the traveler as part of the Device History File.

## OBSERVATION 6

The evaluation of potential suppliers was not documented.

Specifically, your written procedure, "Supplier Management, Document Number SOP-00171, Revision B, Effective Date 07/08/2015" lays out the procedure for qualifying suppliers of goods and services "for released products, or those materials and services supporting a regulatory submission"; however, you did not have documented approved supplier qualifications for at least three of the suppliers on your Approved Supplier List until after the start of the current inspection.

For example, your supplier of Poyton Gel had no documented approved supplier qualification until after the start of this inspection, yet you purchased a serum separating gel that you use in the manufacture of your Li-Hep CTNs from this

| | **EMPLOYEE(S) SIGNATURE** | | **DATE ISSUED** |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Mary R. Hole, Investigator<br>Yung W. Chan, Investigator<br>Stayce E. Beck, Investigator | | 09/16/2015 |
| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | **INSPECTIONAL OBSERVATIONS** | PAGE 3 OF 6 PAGES |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | | |
|---|---|---|
| FOOD AND DRUG ADMINISTRATION | | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION | |
| 1431 Harbor Bay Parkway<br>Alameda, CA 94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015* | |
| | FEI NUMBER | |
| | 3006231732 | |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | | |
| TO: Ramesh (NMI) Balwani, President and Chief Operations Officer | | |
| FIRM NAME | STREET ADDRESS | |
| Theranos, Inc. | 7333 Gateway Blvd. | |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED | |
| Newark, CA  94560 | Medical Device Manufacturer | |

supplier. On 06/19/2015 you issued Purchase Order Number 67911 to your supplier of Poyton Gel and on 07/16/2015 you received 50 kilograms of Serum Separating Gel from this vendor; however, you had no documented approved supplier qualification for this supplier of Poyton Gel until 09/07/2015.

## OBSERVATION 7

Records of acceptable suppliers have not been adequately established.

Specifically, not all the suppliers of your goods and services are included on your Approved Supplier List. Section 6.1.1 of your written procedure, "Procurement, Document Number SOP-00170, Revision B, Effective Date 07/08/2015" states "Purchases for items and/or services that will be used to produce devices to meet both design control and/or commercial sale requirements must be made from approved suppliers. The requisitioner is responsible for ensuring that the supplier he or she wishes to procure goods or services from is on Theranos' ASL"; however, on 08/14/2015 you purchased polypropylene homopolymer that is used in the manufacturing of your CTNs via Purchase Order Number 70115 from a supplier that is not listed on your ASL.

## OBSERVATION 8

Procedures for device history records have not been adequately established.

Specifically, Sections 6.1 and 6.1.5 of your written procedure "Device History Record (DHR), Document Number SOP-00151, Revision A, Effective Date 01/28/2014" state "Records for inclusion in the DHR must specify the following: The primary identification label and labeling used for each production unit"; however, your travelers documenting the manufacture of your Capillary Tube Nanotainers (CTNs) do not include a copy of the primary identification label that was applied to the finished product. For example, your travelers for the manufacturing of Li-Hep CTN Lot numbers, 29122014-3690, 30122014-3749, and 02012015-3751 do not include copies of the primary identification label that was applied to the bags of finished Li-Hep CTNs manufactured with those lot numbers.

## OBSERVATION 9

Quality audits have not been performed.

Specifically, you have not monitored your Quality Management System through internal quality audits; you had no documented internal quality audit schedule to monitor your Quality Management System until after the start of this inspection. Section 6.1.1 of your written procedure, "Internal Quality Audit, Document Number SOP-00177, Effective Date 07/02/2014" states "Each quality system process is audited at least annually"; no internal audits were performed in 2014, and none have been performed so far in 2015. Section 6.1.1.1 of the same written procedure states "Internal audit schedules are documented and maintained by Quality Assurance with the Internal Audit Matrix, reference 7.1" [7.1 = TMP-00032, Internal

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| SEE REVERSE OF THIS PAGE | Mary R. Hole, Investigator<br>Yung W. Chan, Investigator<br>Stayce E. Beck, Investigator | *[signature]* | 09/16/2015 |
| FORM FDA 483 (89/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 4 OF 6 PAGES |

Confidential
THPFM0002376502

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015*<br><br>FEI NUMBER<br>3006231732 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:** Ramesh (NMI) Balwani, President and Chief Operations Officer

| FIRM NAME | STREET ADDRESS |
|---|---|
| Theranos, Inc. | 7333 Gateway Blvd. |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Newark, CA  94560 | Medical Device Manufacturer |

Audit Matrix]; at the start of this inspection, your TMP-00032 Audit Matrix was blank..

---

**SEE REVERSE OF THIS PAGE**

EMPLOYEE(S) SIGNATURE:
Mary R. Hole, Investigator
Yung W. Chan, Investigator
Stayce E. Beck, Investigator

DATE ISSUED: 09/16/2015

FORM FDA 483 (09/08)     PREVIOUS EDITION OBSOLETE     **INSPECTIONAL OBSERVATIONS**     PAGE 5 OF 6 PAGES

Confidential

THPFM0002376503

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1431 Harbor Bay Parkway<br>Alameda, CA 94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015* |
| | FEI NUMBER |
| | 3006231732 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
TO: Ramesh (NMI) Balwani, President and Chief Operations Officer

| FIRM NAME | STREET ADDRESS |
|---|---|
| Theranos, Inc. | 7333 Gateway Blvd. |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Newark, CA 94560 | Medical Device Manufacturer |

## Observation Annotations

| | | | |
|---|---|---|---|
| Observation 1: | Under consideration. | Observation 2: | Promised to correct within 7 days. |
| Observation 3: | Promised to correct within 7 days. | Observation 4: | Promised to correct within 7 days. |
| Observation 5: | Promised to correct within 7 days. | Observation 6: | Promised to correct within 7 days. |
| Observation 7: | Promised to correct within 7 days. | Observation 8: | Promised to correct within 7 days. |
| Observation 9: | Promised to correct within 7 days. | | |

**\* DATES OF INSPECTION:**
08/25/2015(Tue), 08/26/2015(Wed), 08/27/2015(Thu), 08/28/2015(Fri), 09/01/2015(Tue), 09/02/2015(Wed), 09/04/2015(Fri), 09/08/2015(Tue), 09/10/2015(Thu), 09/16/2015(Wed)

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Mary R. Hole, Investigator<br>Yung W. Chan, Investigator<br>Stayce E. Beck, Investigator | *[signature]* | 09/16/2015 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 6 OF 6 PAGES |

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration

---

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgement, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."

Confidential

THPFM0002376505