# Exhibit 4

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015* |
| | FEI NUMBER |
| | 3010479366 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:** Elizabeth A. Holmes, Chief Executive Officer and Founder

| FIRM NAME | STREET ADDRESS |
|---|---|
| Theranos, Inc. | 1701 Page Mill Road |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Palo Alto, CA  94304-1111 | Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

*The observations noted in this Form FDA-483 are not an exhaustive listing of objectionable conditions. Under the law, your firm is responsible for conducting internal self-audits to identify and correct any and all violations of the quality system requirements.*

**DURING AN INSPECTION OF YOUR FIRM WE OBSERVED:**

**OBSERVATION 1**

Design validation did not ensure the device conforms to defined user needs and intended uses.

Specifically,

You provided *Test Plan, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep*, raw data, and *Test Report, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep* as evidence of design validation which was conducted in April 2014. The validation:

A. Fails to address all assays that can be performed using the TSCD device. Your CEO provided a list of assays that can be performed using the TSCD device which include uric acid, total iron binding capacity and magnesium. These assays were not specifically addressed, with acceptance criteria, in your design validation. You have performed approximately 1725 uric acid tests, 1699 total iron binding capacity tests, and 1650 magnesium tests, using the TSCD device, and reported the results to patients.

B. Of the assays you addressed in design validation, bicarbonate, calcium, glucose and potassium failed acceptance criteria and required further investigation; however there is no reference to any documentation to address these failures. You provided additional data on these assay failures, however the test plan and explanation of results for the failed assays were written on 8/29/15 (during this inspection).

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Seema S. Singh, Investigator<br>Ian A. Pilcher, Investigator | *[signature]* | 09/16/2015 |

FORM FDA 483 (09/08)   PREVIOUS EDITION OBSOLETE   **INSPECTIONAL OBSERVATIONS**   PAGE 1 OF 4 PAGES

US-FDA-0035522

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgement, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."

FORM FDA 483 (9/08)

US-FDA-0035523

| DEPARTMENT OF HEALTH AND HUMAN SERVICES |||
|---|---|---|
| FOOD AND DRUG ADMINISTRATION ||
| DISTRICT ADDRESS AND PHONE NUMBER | | DATE(S) OF INSPECTION |
| 1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | | 08/25/2015 - 09/16/2015* |
| | | FEI NUMBER |
| | | 3010479366 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED |||
| TO: Elizabeth A. Holmes, Chief Executive Officer and Founder |||
| FIRM NAME | STREET ADDRESS ||
| Theranos, Inc. | 1701 Page Mill Road ||
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED ||
| Palo Alto, CA  94304-1111 | Manufacturer ||

**OBSERVATION 2**

The design was not validated under actual or simulated use conditions.

Specifically,

Your design validation plan, *Test Plan, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep*, raw data, and *Test Report, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep*, provided as evidence of design validation, does not demonstrate that TSCD device samples were taken from units, lots or batches that were produced using the same specifications, production and quality system methods, procedures, and equipment that will be used for routine production. For example, you do not list or refer to the TSCD lot numbers used, specific instruments or analyzers used, documents with revisions numbers used, or the specific assay protocols used.

**OBSERVATION 3**

Design input requirements were not adequately documented.

Specifically,

A. In your *Theranos Sample Collection Device (TSCD) Requirements, REQ-00017 Revision A*, you list "The sample collected should be compatible with all Theranos assays". However, in *TSCD Specifications, SPC-00010 Revision A*, you do not list all the specific assays the TSCDs are intended to be used with or the performance specifications for each assay. You have used the Lithium-Heparin TSCD device to collect patient samples and have reported the results with at least 23 different assays.

B. You apply either a Lithium Heparin or EDTA anticoagulant to your TSCD device. You do not address the amount of anticoagulant coating to apply in your design requirements or specifications document such that the device will perform to meet its intended use, specifically for the Lithium-Heparin coating. In your hazard matrix, you classified too much Lithium-Heparin with the highest severity: "catastrophic", "serious safety related failure, potential adverse effect on the end user". You have used the Lithium-Heparin TSCD device to collect patient samples and have reported the results with at least 23 different assays.

**OBSERVATION 4**

Results of the design risk analysis were not adequately documented.

Specifically,

A. You provide multiple assay results to patients using the TSCD devices coated with either Lithium-Heparin or EDTA

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Seema S. Singh, Investigator  /s/<br>Ian A. Pilcher, Investigator | | 09/16/2015 |
| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 2 OF 4 PAGES |

US-FDA-0035524

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgement, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."

**FORM FDA 483 (9/08)**

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
|---|---|
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER<br>1431 Harbor Bay Parkway<br>Alameda, CA  94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | DATE(S) OF INSPECTION<br>08/25/2015 - 09/16/2015*<br>FEI NUMBER<br>3010479366 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO:   Elizabeth A. Holmes, Chief Executive Officer and Founder | |
| FIRM NAME<br>Theranos, Inc. | STREET ADDRESS<br>1701 Page Mill Road |
| CITY, STATE, ZIP CODE, COUNTRY<br>Palo Alto, CA  94304-1111 | TYPE ESTABLISHMENT INSPECTED<br>Manufacturer |

anticoagulants using serum, plasma or whole blood. However, you do not document the possible hazards associated with the TSCD design for serum and plasma samples with different anticoagulants for specific analytes in your design Failure Modes and Effects Analysis, DOC-0069 Revision A.

B.  *DOC-0069 Revision A*, provided as the design Failure Modes and Effects Analysis conducted at the time of design, describes:

   i.  Function: Lithium Heparin, Potential Failure Mode: Incorrect results, Potential Effect: Interferes with Theranos assays, and Potential Cause: Incorrect material selection. The severity is given the highest rating of 5 and the occurrence is given an occasional rating of 3 which according to SOP-00149, Revision: B results in a risk index of 3, high, an unacceptable risk requiring reduction activities. However, you assigned a risk index of 2 and have no risk control measures documented.

   ii.  Function: Lithium Heparin, Potential Failure Mode: Incorrect results, Potential Effect: Interferes with Theranos assays, and Potential Cause: Too much Li-Hep in circuits. The severity is given the highest rating of 5 and the occurrence is given an occasional rating of 3, which according to SOP-00149, Revision: B results in a risk index of 3, high, an unacceptable risk requiring reduction activities. However, you assigned a risk index of 2 and have no risk control measures documented.

## OBSERVATION 5

Documents were not reviewed and not approved by designated individual(s) prior to issuance .

Specifically,

A.  dFMEA, DOC-0069 Revision A, provided as the hazard analysis for the TSCD devices, was utilized from February-April 2014. The document does not have an effective date. The document was not released in your document control system until 8/26/15 (during the inspection). The document was not reviewed and approved prior to 8/26/15.

B.  There is no document number, revision or effective date for your design validation: *Test Plan, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep*, and *Test Report, Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN2.1.1), LiHep/LiHep*. These documents were provided as evidence of design validation conducted in 2014; however, they were drafted during this inspection and were not reviewed and approved until 9/10/15.

C.  There is no document number, revision or effective date for *Appendix , Assay Compatibility, Passive Capillary Tube and Nanotainer (CTN), LiHep/LiHep*. This document was provided as a follow-up to the failures in your design validation conducted in 2014; however, this document was drafted during the inspection. It has not been reviewed or approved until 9/10/15.

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| SEE REVERSE<br>OF THIS PAGE | Seema S. Singh, Investigator  *SfL*<br>Ian A. Pilcher, Investigator | | 09/16/2015 |
| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 OF 4 PAGES |

The observations of objectionable conditions and practices listed on the front of this form are reported:

1. Pursuant to Section 704(b) of the Federal Food, Drug and Cosmetic Act, or

2. To assist firms inspected in complying with the Acts and regulations enforced by the Food and Drug Administration.

Section 704(b) of the Federal Food, Drug, and Cosmetic Act (21 USC 374(b)) provides:

"Upon completion of any such inspection of a factory, warehouse, consulting laboratory, or other establishment, and prior to leaving the premises, the officer or employee making the inspection shall give to the owner, operator, or agent in charge a report in writing setting forth any conditions or practices observed by him which, in his judgement, indicate that any food, drug, device, or cosmetic in such establishment (1) consists in whole or in part of any filthy, putrid, or decomposed substance, or (2) has been prepared, packed, or held under insanitary conditions whereby it may have become contaminated with filth, or whereby it may have been rendered injurious to health. A copy of such report shall be sent promptly to the Secretary."

**FORM FDA 483 (9/08)**

US-FDA-0035527

## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 1431 Harbor Bay Parkway<br>Alameda, CA 94502-7070<br>(510) 337-6700  Fax:(510) 337-6702<br>Industry Information: www.fda.gov/oc/industry | 08/25/2015 - 09/16/2015*<br>**FEI NUMBER**<br>3010479366 |

**NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED**

**TO:** Elizabeth A. Holmes, Chief Executive Officer and Founder

| FIRM NAME | STREET ADDRESS |
|---|---|
| Theranos, Inc. | 1701 Page Mill Road |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| Palo Alto, CA  94304-1111 | Manufacturer |

### Observation Annotations

| | | | |
|---|---|---|---|
| Observation 1: | Reported corrected, not verified. | Observation 2: | Reported corrected, not verified. |
| Observation 3: | Reported corrected, not verified. | Observation 4: | Reported corrected, not verified. |
| Observation 5: | Reported corrected, not verified. | | |

**\* DATES OF INSPECTION:**
08/25/2015(Tue), 08/26/2015(Wed), 08/27/2015(Thu), 08/28/2015(Fri), 09/01/2015(Tue), 09/02/2015(Wed), 09/03/2015(Thu), 09/04/2015(Fri), 09/09/2015(Wed), 09/10/2015(Thu), 09/11/2015(Fri), 09/16/2015(Wed)

| | EMPLOYEE(S) SIGNATURE | | DATE ISSUED |
|---|---|---|---|
| **SEE REVERSE OF THIS PAGE** | Seema S. Singh, Investigator<br>Ian A. Pilcher, Investigator | | 09/16/2015 |

| FORM FDA 483 (09/08) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 4 OF 4 PAGES |
|---|---|---|---|