JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO EXCLUDE CERTAIN DOCTOR TESTIMONY** <br><br> Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Renewed Motion to Exclude Certain Doctor Testimony ("Motion"). I attest to the following facts upon which the Motion relies.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
MOTION TO EXCLUDE CERTAIN DOCTOR TESTIMONY
CR-18-00258 EJD

2. Attached to the Motion are four exhibits. The content of the exhibits are as follows:

    a. Exhibit A is a true and correct copy of a June 1, 2021 letter from Katherine Trefz to government counsel.

    b. Exhibit B is a true and correct copy of a June 7, 2021 email from Assistant United States Attorney John Bostic to defense counsel.

    c. Exhibit C is a true and correct copy of a June 18, 2021 letter from Assistant United States Attorney John Bostic to defense counsel providing Interim Amended Expert Disclosures, redacted to protect personal information.

    d. Exhibit D is a true and correct copy of a July 30, 2021 letter from Assistant United States Attorney John Bostic to defense counsel providing final Amended Expert Disclosures, redacted to protect personal information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of August, 2021 in Chevy Chase, MD.

                                                 AMY MASON SAHARIA
                                                 Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO EXCLUDE CERTAIN DOCTOR TESTIMONY
CR-18-00258 EJD

2