# Exhibit A

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 1, 2021

<u>Via Email</u>

Mr. Jeffrey Schenk, Esquire
Mr. Robert Leach, Esquire
Mr. John C. Bostic, Esquire
Ms. Kelly Volkar, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

      Re:    United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
              <u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

      Since the government's September 28, 2020 letter updating its Rule 16(a)(1)(G) disclosures, the government has performed additional interviews and produced additional documents related to some of the doctors identified in the disclosure. So that Ms. Holmes can effectively prepare for trial and so that the parties are aligned on what remains to be identified pursuant to pp. 54-56 of the Court's May 22, 2021 Order Re: Motions in Limine (Dkt. No. 798), for those doctors whose patients and patient-specific opinions have been identified since September 28, 2020, please provide an updated disclosure. Please provide this information by June 14, 2021.

      Additionally, so that Ms. Holmes can adequately prepare for trial, including investigating particular patient anecdotes and serving subpoenas if necessary, Ms. Holmes requests that the government agree to produce compliant disclosures for all doctors identified in the disclosure by July 30, 2021. Please let us know the government's position on this proposal by June 14, 2021 so that Ms. Holmes can raise it with the Court at the Pretrial Conference.

Sincerely,

*[signature]*

Katie Trefz