# Exhibit B

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Monday, June 7, 2021 1:42 PM
**To:** Trefz, Katherine <KTrefz@wc.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>
**Subject:** RE: US v. Holmes - 18-cr-258 - re Physician Disclosures

Counsel,

Thank you for your letter regarding disclosures of testimony by physician witnesses. The schedule you propose is acceptable with one small modification. The government will provide interim updated disclosures on June 18 for previously identified physician witnesses who have provided additional information to the government since its previous disclosures. As you suggest, we will provide an amended set of disclosures for all physician witnesses by July 30.

Best,
John

**JOHN C. BOSTIC**
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.: (408) 535-5589 | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov

**From:** Trefz, Katherine <KTrefz@wc.com>
**Sent:** Tuesday, June 1, 2021 11:00 AM
**To:** Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Volkar, Kelly (USACAN) <KVolkar@usa.doj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>
**Subject:** US v. Holmes - 18-cr-258 - re Physician Disclosures

Counsel,

Please see the attached.

Thanks,
Katie

**Katie Trefz**

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.