JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT AUGUST 10, 2021 STATUS HEARING RE: MOTION OF DOW JONES & COMPANY, INC. TO INTERVENE**<br><br>Hon. Edward J. Davila |

The undersigned defendant hereby waives the right to be present in court upon the status hearing regarding the Motion of Dow Jones & Company Inc. to Intervene, scheduled for August 10, 2021 at 8:00 AM. The undersigned defendant further agrees that her interests will be deemed represented at the August 10 hearing by the presence of her attorney, the same as if the defendant herself was personally present in court.

DATED: August 9, 2021

_____
ELIZABETH HOLMES

DATED: August 9, 2021

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

**CERTIFICATE OF SERVICE**

I hereby certify that on August, 10 2021 a copy of this filing was delivered via ECF on all counsel of record.

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT AUGUST 10, 2021 HEARING
CR-18-00258-EJD