UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 16, 2021  **Time:** 9:02-10:41 am  **Judge:** Edward J. Davila
**Total Time:** 39 Mins

**Case No.**: 18-cr-00258-EJD-1  **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
**Attorney for Defendant:** Kevin Downey, Lance Wade, Amy Saharia, Katherine Trefz, Richard Cleary

**Deputy Clerk:** Adriana M. Kratzmann    **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A    **Probation Officer:** N/A

## PROCEEDINGS – STATUS HEARING

Defendant is present and out of custody. Hearing held.
Status hearing held. The Court ordered upon no objection by the parties the jury panel will be a total of 17 Jurors, inclusive of 5 alternates.
The Court requested the parties meet and confer re various matters.
The next hearing date is 8/20/2021 at 10:00 a.m. for Motion Hearing.

The Court previously ordered time exclusion through and including 8/31/2021. For the reasons previously stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(A) & (B)(iv).

**NEXT HEARING DATE: August 20, 2021 10:00 A.M. for Motion Hearing.**
**August 31, 2021 at 9:00 am – Jury Selection/Jury Trial**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Cont'd next page

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kretzmann*
**Adriana M. Kretzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**