JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' REPLY IN SUPPORT OF MOTION TO STRIKE IMPROPER AND UNTIMELY EXPERT DISCLOSURE AND TO PRECLUDE EXPERT OPINION TESTIMONY OF DR. KINGSHUK DAS** <br><br> Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Reply in Support of Motion to Strike Improper and Untimely Expert Disclosure and to Preclude Expert Opinion Testimony of Dr. Kingshuk Das ("Reply"). I attest to the following facts upon which the Reply relies.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF REPLY
CR-18-00258 EJD

1

2. Attached to the Reply are three exhibits. The content of the exhibits are as follows:

    a. Exhibit E is a true and correct copy of the government's first amended witness list served on June 3, 2021.

    b. Exhibit F is a true and correct copy of a March 11, 2019 letter from Jeffrey B. Coopersmith to the government requesting, among other things, expert disclosure summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G).

    c. Exhibit G is a true and correct copy of a March 27, 2019 letter from Lance Wade to the government joining Mr. Coopersmith's discovery requests.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of August, 2021 in San Jose, CA.

*/s/ Amy Mason Saharia*
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF REPLY
CR-18-00258 EJD