# Exhibit E

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-258 EJD |
| Plaintiff, | UNITED STATES' FIRST AMENDED WITNESS LIST |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

The United States may call the following witnesses during its case in chief:

1. Sheri Ackert
2. Robert Amenta
3. Peter Anderson
4. Samartha Anekal
5. Brad Arington
6. Gerald Asin

| | | |
|---|---|---|
| 7. | Carolyn Balkenhol | |
| 8. | Sarah Bennett | |
| 9. | Brent Bingham | |
| 10. | Jeff Blickman | |
| 11. | David Boies | |
| 12. | Jessica Bramstedt | |
| 13. | Brooke Buchanan | |
| 14. | Steve Burd | |
| 15. | Howard Burris | |
| 16. | Sarah Cabayan | |
| 17. | Eric Caddenhead | |
| 18. | Xiao-Yan Cai | |
| 19. | Marc Campbell | |
| 20. | Nianhang Chen | |
| 21. | Erika Cheung | |
| 22. | Kevin Chung | |
| 23. | Michael Chung | |
| 24. | William Clarke | |
| 25. | Dustin Cook | |
| 26. | Toby Cosgrove | |
| 27. | John Couvaras | |
| 28. | Michael Craig | |
| 29. | Constance Cullen | |
| 30. | Andrea Cuppoletti | |
| 31. | Sunil Dhawan | |
| 32. | Susan DiGiaimo | |
| 33. | Michael Dixon | |
| 34. | Bruce Doll | |

| | | |
|---|---|---|
| 1 | 35. | Matt Downs |
| 2 | 36. | Dan Doyle |
| 3 | 37. | Martin Drake |
| 4 | 38. | Diana Dupuy |
| 5 | 39. | Lisa Durkin |
| 6 | 40. | Scott Earthy |
| 7 | 41. | Erin Edgar |
| 8 | 42. | Dan Edlin |
| 9 | 43. | Joel Ehrenkranz |
| 10 | 44. | Alan Eisenman |
| 11 | 45. | Kerry Elenatinoba-Johnson |
| 12 | 46. | Mehrl Ellsworth |
| 13 | 47. | JoEllen Embry |
| 14 | 48. | Raymond Embry |
| 15 | 49. | Phyllis Gardner |
| 16 | 50. | Kendra Fadil |
| 17 | 51. | Richard Fernandez |
| 18 | 52. | Stan Fiorito |
| 19 | 53. | Season Flores |
| 20 | 54. | Max Fosque |
| 21 | 55. | Gary Frenzel |
| 22 | 56. | Peter Fritsch |
| 23 | 57. | Surekha Gangakhedkar |
| 24 | 58. | Arnold Gelb |
| 25 | 59. | Rochelle Gibbons |
| 26 | 60. | Richard Gift |
| 27 | 61. | Melissa Givens |
| 28 | 62. | Maureen Glunz |

| | | |
|---|---|---|
| 1 | 63. | Xinwei Sam Gong |
| 2 | 64. | Robert Gordon |
| 3 | 65. | Brittany Gould |
| 4 | 66. | Cass Grandone |
| 5 | 67. | Will Griffith |
| 6 | 68. | Brian Grossman |
| 7 | 69. | Craig Hall |
| 8 | 70. | Kevin Hagen |
| 9 | 71. | Kevin Hunter |
| 10 | 72. | George Hamilton |
| 11 | 73. | Christian Holmes |
| 12 | 74. | Stefan Hristu |
| 13 | 75. | Jared Hutchings |
| 14 | 76. | Nimesh Jhaveri |
| 15 | 77. | Thomas Kickler |
| 16 | 78. | Heather King |
| 17 | 79. | Henry Kissinger |
| 18 | 80. | Yousuf Khamisani |
| 19 | 81. | Eileen Lepera |
| 20 | 82. | Courtney Lias |
| 21 | 83. | Tina Lin |
| 22 | 84. | Steven Linnerson |
| 23 | 85. | Craig Lipset |
| 24 | 86. | Chris Lucas |
| 25 | 87. | Clarissa Lui |
| 26 | 88. | Ashley Mackey |
| 27 | 89. | Stephen Master |
| 28 | 90. | James Mattis |

| | | |
|---|---|---|
| 1 | 91. | Seth Michelson |
| 2 | 92. | Wade Miquelon |
| 3 | 93. | Dan Mosley |
| 4 | 94. | Rupert Murdoch |
| 5 | 95. | Matthew Nathan |
| 6 | 96. | Eileen Norkin |
| 7 | 97. | Anthony Nugent |
| 8 | 98. | Sam Nunn |
| 9 | 99. | Noam Ohana |
| 10 | 100. | Patrick O'Neill |
| 11 | 101. | Curtis Page |
| 12 | 102. | Mark Pandori |
| 13 | 103. | Chinmay Pangarkar |
| 14 | 104. | Roger Parloff |
| 15 | 105. | James Patterson |
| 16 | 106. | William Perry |
| 17 | 107. | Melissa Pessin |
| 18 | 108. | Lisa Peterson |
| 19 | 109. | Meredith Potter |
| 20 | 110. | Mona Ramamurthy |
| 21 | 111. | Natalie Ravitz |
| 22 | 112. | Larree Renda |
| 23 | 113. | Kim Romanski |
| 24 | 114. | Jay Rosan |
| 25 | 115. | Channing Robertson |
| 26 | 116. | Callie Rosendin |
| 27 | 117. | Adam Rosendorff |
| 28 | 118. | Gary Roughhead |

| | | |
|---|---|---|
| 1 | 119. | David Rusnak |
| 2 | 120. | Suraj Saksena |
| 3 | 121. | David Shoemaker |
| 4 | 122. | Robert Shapiro |
| 5 | 123. | Tyler Shultz |
| 6 | 124. | Kyle Sims |
| 7 | 125. | Sharada Sivaraman |
| 8 | 126. | Dee Anna Smith |
| 9 | 127. | Adrienne Stewart |
| 10 | 128. | Serena Stewart |
| 11 | 129. | Nicole Sundene |
| 12 | 130. | Victoria Sung |
| 13 | 131. | Todd Surdey |
| 14 | 132. | Edward Szmuc |
| 15 | 133. | Brian Tolbert |
| 16 | 134. | Erin Tompkins |
| 17 | 135. | Eric Topol |
| 18 | 136. | Aline Tryon |
| 19 | 137. | Jerry Tubergen |
| 20 | 138. | Shane Weber |
| 21 | 139. | Kate Wolff |
| 22 | 140. | Mike Yagi |
| 23 | 141. | Danise Yam |
| 24 | 142. | Gary Yamamoto |
| 25 | 143. | Daniel Young |
| 26 | 144. | Audra Zachman |
| 27 | 145. | David Nathan Zalatan |
| 28 | 146. | Lisa Zuckerman |

| | | |
|---|---|---|
| 1 | 147. | Kingshuk Das |
| 2 | 148. | Bruce Pixley |
| 3 | 149. | Mark Burnes |
| 4 | 150. | Sean O'Malley |
| 5 | 151. | Nicholas Haase |
| 6 | 152. | Govind Acharya |
| 7 | 153. | Laree Renda |
| 8 | 154. | Cassie Hughes |
| 9 | 155. | Antii Korhonen |
| 10 | 156. | Craig Josephson |
| 11 | 157. | Alexander White |
| 12 | 158. | David Satchell |
| 13 | 159. | Mike Wei |
| 14 | 160. | David Taylor |
| 15 | 161. | Katie Moran |
| 16 | 162. | Matthew Benedetto |
| 17 | 163. | Michael Romeo |
| 18 | 164. | Chris Davies |
| 19 | 165. | Shekar Chandrasekaran |
| 20 | 166. | Sekhar Variam |
| 21 | 167. | John McChesney |
| 22 | 168. | Jim Topinka |
| 23 | 169. | Zubin Gautam |
| 24 | 170. | Adelaida Hernandez |
| 25 | 171. | Ian Pilcher |
| 26 | 172. | Elle Goldberg |
| 27 | 173. | Paige Williams |
| 28 | 174. | Swapna Joshi |

| | | |
|---|---|---|
| 175. | Gurbir Sidhu | |
| 176. | Langley Gee | |
| 177. | Jan Reed | |
| 178. | Jarod Wada | |
| 179. | Carrie Brodmerkel | |
| 180. | Custodians of Records | |
| | a. | American Express |
| | b. | Celgene |
| | c. | Comerica |
| | d. | Dignity Health |
| | e. | Hall Black Diamond |
| | f. | Federal Reserve Board |
| | g. | GSK |
| | h. | Iconiq |
| | i. | Intermountain |
| | j. | Johns Hopkins |
| | k. | Peer Ventures |
| | l. | Pfizer |
| | m. | PFM |
| | n. | RDV Corporation |
| | o. | Safeway |
| | p. | Schering-Plough |
| | q. | Securities and Exchange Commission |
| | r. | Sherwood Partners |
| | s. | Siemens |
| | t. | Sutter Health |
| | u. | Theranos Inc. |
| | v. | Theranos (assignment for the benefit of creditors), LLC |

w.  Walgreens

The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its Witness List.

DATED:  June 3, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

___/s/_____
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
KELLY I. VOLKAR
Assistant United States Attorneys