# Exhibit G

LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

LANCE WADE
(202) 434-5755
lwade@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

March 27, 2019

<u>Via Email</u>

Mr. Jeffrey Schenk, Esquire
Assistant United States Attorney
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

    Re:  <u>United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani, No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Jeff:

  We are aware of a March 11, 2019 letter to you from Jeff Coopersmith, counsel for Mr. Balwani. As you know, we have corresponded separately with your office on some of the issues raised therein, and will continue to do so.

  We write now to join in Mr. Coopersmith's requests for the following discovery: grand jury transcripts and exhibits substantially in advance of any witness's testimony; all FBI 302s and equivalent memoranda created to date (and any new memoranda as they are created) from all other agencies involved in the investigation in this case, including any ongoing investigation; all notes and recordings taken or made by personnel affiliated with the agencies involved in the investigation (and ongoing investigation) in this case; and documents produced by ABC and WilmerHale. Further, we join in Mr. Coopersmith's requests on pages 3 to 12 of the March 11 letter, as the requests relate to Ms. Holmes.

  We appreciate your attention to this matter.

             Very truly yours,

             Lance A. Wade

cc: Mr. Jeffrey Coopersmith (counsel for Mr. Balwani)
Mr. John Bostic (counsel for United States)
Mr. Robert Leach (counsel for United States)