JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **MOTION FOR ORDER ISSUING RULE 17 SUPBOENA** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

MOTION FOR ORDER ISSUING RULE 17 SUBPOENA
CR-18-00258 EJD

# MOTION FOR ORDER ISSUING RULE 17 SUBPOENA

Pursuant to Federal Rule of Criminal Procedure 17, Defendant Elizabeth Holmes hereby moves this Court for an Order issuing the trial subpoena attached as Exhibit 1.[1]

The subpoena, which is returnable to the Court on the first day of the upcoming trial in this matter, seeks the trial testimony of Dr. Gerald Asin, an Arizona internist who was disclosed as a government expert. The subpoena also requests that Dr. Asin bring with him certain documents relevant to his expected trial testimony. Those documents will include personal information of the Theranos customer about whose test results Dr. Asin is expected to testify.

The document request in the subpoena is narrowly tailored to call for identifiable, relevant records that are necessary to Ms. Holmes' defense. The sole request in the subpoena is for the medical record file for E.T., the customer whose HIV test result forms the basis of Count 10 of the Third Superseding Indictment. Dkt. 469 ¶ 26. E.T. is identified in Dr. Asin's most recent expert disclosure as the only patient about whom he will testify. *See* Dkt. 900-3. These documents are relevant to Dr. Asin's opinion that E.T. received a false positive test, and to addressing the potential causes of that alleged false positive, whether or not Dr. Asin identified it at the time. Additionally, documents produced by the government suggest that Dr. Asin formed his opinion based in part on his understanding of his patient's overall medical history. *See* Decl. of K. Trefz, Ex. 2, at 2.

These documents are necessary to Ms. Holmes' defense. The government has chosen to prove its allegation that Theranos could not consistently produce accurate and reliable test results on an anecdotal basis. Ms. Holmes must have a full opportunity to address the anecdotes the government has chosen to present—and, in this particular instance, charge as an indictment count.

Under Rule 17, a Court order is required before a "subpoena requiring the production of personal and confidential information about a victim" may be served upon a third party. Fed. R. Crim. P. 17(c)(3). The Rule also mandates a procedure for providing notice to those individuals whose personal or confidential information the subpoena seeks. *See id.*

---

[1] Ms. Holmes has redacted from the subpoena the name of the customer. Ms. Holmes simultaneously will move for leave to file the unredacted subpoena with the Court under seal.

The proposed method of notice for the subpoena is as follows:

- The subpoena to Dr. Asin seeks information related to the one Theranos customer cited in the government's expert disclosure. Notice will be provided to the customer by both mail and phone.

Because notice of the subpoena will be provided to the customer, Ms. Holmes submits that the Rule 17 requirements for issuing the subpoena is satisfied, with the understanding that the recipient may promptly move to quash or modify the subpoena should they contend it is "unreasonable or oppressive" or on another ground as permitted under the Federal Rules and the rules of this Court. *See* Fed. R. Crim. P. 17(c)(2).

Ms. Holmes respectfully requests that the Court grant the attached Proposed Order issuing the subpoena.

DATED: August 19, 2021

/s/ Katherine Trefz
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MOTION FOR ORDER ISSUING RULE 17 SUBPOENA
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Katherine Trefz
KATHERINE TREFZ
Attorney for Elizabeth Holmes