```
1   JOHN D. CLINE (CA State Bar No. 237759)
    50 California Street, Suite 1500
2   San Francisco, CA 94111
    Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
    LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
    KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
7   Washington, DC 20005
    Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MOTION FOR ORDER ISSUING RULE 17 SUBPOENA** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) |
| Defendants. | ) Hon. Edward J. Davila |

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MOTION FOR ORDER ISSUING
RULE 17 SUBPOENA
CR-18-00258 EJD

I, KATHERINE TREFZ, declare as follows:

1. I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court. I submit this declaration in support of Ms. Holmes' Motion for Order Issuing Rule 17 Subpoena (the "Motion"). I attest to the following facts upon which the Unopposed Motion relies.

2. Attached as Exhibit 1 is a Rule 17 subpoena to Dr. Gerald Asin, redacted to protect confidential information.

3. Exhibit 2 is true and correct copy of a Form FD-302 for E.T., filed as an attachment to Ms. Holmes' Administrative Motion for Leave to File Rule 17 Subpoena Under Seal in order to conceal private health information.

Executed this 19 day of August, 2021 in San Jose, CA.

/s/ Katherine Trefz
KATHERINE TREFZ
Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MOTION FOR ORDER ISSUING RULE 17 SUBPOENA
CR-18-00258 EJD

1