1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR ORDER ISSUING RULE 17 SUBPOENA** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

[PROPOSED] ORDER GRANTING MOTION FOR ORDER ISSUING RULE 17 SUBPOENA
CR-18-00258-EJD

1   This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for
2   Order Issuing Rule 17 Subpoena.  After due consideration:
3       IT IS HEREBY ORDERED that Ms. Holmes' Unopposed Motion is GRANTED.
4       IT IS FURTHER ORDERED that notice under Federal Rule of Criminal Procedure 17(c)(3)
5   shall be given to the impacted victims it is practicable to identify, and consistent with the methods set
6   forth in the Unopposed Motion.  Specifically, counsel for Ms. Holmes is to provide notice to the patient
7   of Dr. Asin.
8       IT IS FURTHER ORDERED that, consistent with the above, Ms. Holmes may serve the
9   subpoena at Exhibit 1 to the Motion.
10
11      IT IS SO ORDERED.
12
13  Dated: August ___, 2021

                                                                                                         _____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR ORDER ISSUING RULE 17 SUBPOENA
CR-18-00258 EJD