UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH HOLMES,<br>Defendant. | Case No. 18-cr-0258-1 EJD (NC)<br><br>**ORDER AS TO PROCEDURES FOR RULE 17 TRIAL SUBPOENAS** |

Presented to the Court is defendant Elizabeth Holmes' motion to seal and related motion for approval of a Rule 17 trial subpoena directed to Dr. Gerald Asin. ECF 921, 922. The trial judge, District Court Judge Edward J. Davila, has referred these motions and any further Rule 17 trial motions to me.

First, the Prosecution is ordered to respond to ECF 921 and 922 by August 24, 2021.

Second, the Prosecution is ordered to provide notice of the subpoena document request to the identified victim, E.T., and to alert E.T. to all the rights provided by the Crime Victims' Rights Act, 18 U.S.C. § 3771, including the right to object to the subpoena.

Third, if Holmes has any additional Rule 17(c)(3) trial subpoenas requesting personal or confidential information about a victim, she must file the motion and proposed order by August 25, 2021.

**IT IS SO ORDERED.**

Dated: August 20, 2021   _____
NATHANAEL M. COUSINS
United States Magistrate Judge