1  JEFFREY B. COOPERSMITH (SBN 252819)
   AMY WALSH (Admitted *Pro Hac Vice*)
2  GUY SINGER (Admitted *Pro Hac Vice*)
   STEPHEN A. CAZARES (SBN 201864)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    (415) 773-5700
   Facsimile:    (415) 773-5759
6
   Email: jcoopersmith@orrick.com; awalsh@orrick.com;
7  gsinger@orrick.com; scazares@orrick.com

8  Attorneys for Defendant
   RAMESH "SUNNY" BALWANI
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. HOLMES, et al., Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR ACCESS TO TRIAL OF CO-DEFENDANT ELIZABETH HOLMES**<br><br>Hon. Edward J. Davila |
|---|---|

**[PROPOSED] ORDER**

On August 23, 2021, Defendant Ramesh "Sunny" Balwani filed an Administrative Motion for Access to Trial of Co-defendant Elizabeth Holmes. After due consideration of the filings and the governing law, IT IS HEREBY ORDERED that Mr. Balwani's motion is GRANTED, and that two seats will be reserved for members of his defense team at Ms. Holmes' trial.

**IT IS SO ORDERED.**

Dated: August ___, 2021

                                        HONORABLE EDWARD J. DAVILA
                                        UNITED STATES DISTRICT JUDGE