JEFFREY B. COOPERSMITH (SBN 252819)
AMY WALSH (Admitted *Pro Hac Vice*)
GUY SINGER (Admitted *Pro Hac Vice*)
STEPHEN A. CAZARES (SBN 201864)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Email: jcoopersmith@orrick.com; awalsh@orrick.com;
gsinger@orrick.com; scazares@orrick.com

Attorneys for Defendant
RAMESH "SUNNY" BALWANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>HOLMES, et al.,<br><br>  Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF DEFENDANT RAMESH "SUNNY" BALWANI'S ADMINISTRATIVE MOTION FOR ACCESS TO TRIAL OF CO-DEFENDANT ELIZABETH HOLMES**<br><br>Hon. Edward J. Davila |

**DECLARATION OF JEFFREY B. COOPERSMITH**

I, Jeffrey B. Coopersmith, declare as follows:

1. I am lead counsel for defendant Ramesh "Sunny" Balwani in this case, an attorney admitted to practice in the State of California, and a partner at the law firm of Orrick, Herrington & Sutcliffe LLP. I submit this declaration in support of Mr. Balwani's motion for access to trial of co-defendant Elizabeth Holmes.

2. On August 22, 2021, I emailed AUSA Robert Leach and asked if the government would oppose a motion by Mr. Balwani requesting two designated seats at Elizabeth Holmes' trial in order to have the same ability to observe witnesses as the government team will have. Counsel for Ms. Holmes was copied on my email. Mr. Leach informed me that the government will oppose Mr. Balwani's motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 23, 2021 at Seattle, Washington.

JEFFREY B. COOPERSMITH

1

COOPERSMITH DECL. ISO DEFENDANT BALWANI'S ADMIN MOTION FOR ACCESS TO TRIAL OF CO-DEFENDANT ELIZABETH HOLMES, CASE NO. CR-18-00258-EJD