UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** August 25, 2021  **Time:** 9:06-10:39 am  **Judge:** Edward J. Davila
**Total Time:** 1 Hr. 33 Mins.

**Case No.:** 18-cr-00258-EJD-1  **Case Name:** UNITED STATES v. Elizabeth Holmes(P)(NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
**Attorney for Defendant:** Kevin Downey, Lance Wade, Katherine Trefz, Richard Cleary

**Deputy Clerk:** Adriana M. Kratzmann      **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A       **Probation Officer:** N/A

### PROCEEDINGS – STATUS CONFERENCE RE REVIEW OF JURY QUESTIONNAIRES

Defendant is present and out of custody. Hearing held.
The Court conducted a status conference re review of the list of prospective jurors the parties agree upon that should be excused for cause. The Court ordered the excusal of the prospective jurors identified on the record.

**CASE CONTINUED TO: August 26, 2021 11:30 A.M. for Motion Hearing via Zoom Webinar remotely.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**