JOHN D. CLINE (CA State Bar No. 237759)
One Embarcadero Center, Suite 500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT AUGUST 26, 2021 MOTION HEARING RE: MOTION OF DOW JONES & COMPANY, INC. TO INTERVENE AND UNSEAL** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

The undersigned defendant hereby waives the right to be present in court upon the motion hearing regarding the Motion of Dow Jones & Company Inc. to Intervene And Unseal, scheduled for August 26, 2021 at 11:30 AM. The undersigned defendant further agrees that her interests will be deemed represented at the August 26 hearing by the presence of her attorneys, the same as if the defendant herself was personally present in court.

DATED: August 25, 2021

_____
ELIZABETH HOLMES

DATED: August 25, 2021

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT AUGUST 26, 2021 MOTION HEARING
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021 a copy of this filing was delivered via ECF on all counsel of record.

JOHN D. CLINE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT AUGUST 26, 2021 MOTION HEARING
CR-18-00258 EJD