JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,   Defendants. | Case No. CR-18-00258-EJD NMC   **DECLARATION OF KATHERINE TREFZ IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ORDER ISSUING RULE 17 SUBPOENA**   Hon. Nathanael Cousins |

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF REPLY
CR-18-00258 EJD NMC

I, KATHERINE TREFZ, declare as follows:

1. I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court. I submit this declaration in support of Ms. Holmes' Reply in Support of Her Motion for Order Issuing Rule 17 Subpoena (the "Reply"). I attest to the following facts upon which the Reply relies.

2. Exhibit 3 is a true and correct copy of an August 16, 2021 Form FD-302 for E.T., redacted to conceal personal, confidential information.

Executed this 26 day of August, 2021 in San Jose, CA.

/s/ Katherine Trefz
KATHERINE TREFZ
Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ IN SUPPORT OF REPLY
CR-18-00258 EJD NMC

1