# EXHIBIT 3

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   08/16/2021

## PATIENT MEDICAL INFORMATION

This document contains patient medical information protected under the Privacy Act or the Health Insurance Portability and Accountability Act. Such information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

▓▓▓ ▓▓▓▓▓▓ was interviewed by telephone. Also present was Assistant United States Attorney John Bostic. After being advised of the identity of the interviewers and the nature of the interview, ▓▓▓▓▓▓ provided the following information:

▓▓▓▓▓▓ currently resided ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. From August 23, 2021, through September 18, 2021, ▓▓▓▓▓▓ was going to be in ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓ recalled getting negative HIV tests after the Theranos test, but could not locate a document with this information. The cost of the test, out of pocket without insurance, had prevented ▓▓▓▓▓▓ from obtaining a new HIV test. ▓▓▓▓▓▓ lost her job around the Covid-19 pandemic, moved out of ▓▓▓▓▓▓ and has been staying in ▓▓▓▓▓▓ sometimes with friends.

| | |
|---|---|
| Investigation on 07/30/2021 at | Pismo Beach, California, United States (Phone) |
| File # 318A-SF-7315857 | Date drafted 08/02/2021 |
| by Adelaida Hernandez | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.