1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| | ) **DECLARATION OF RICHARD S. CLEARY, JR.** |
| v. | ) **IN SUPPORT OF NOTICE OF FILING OF** |
| | ) **EXHIBITS RELATED TO VOIR DIRE** |
| ELIZABETH HOLMES and | ) Hon. Edward J. Davila |
| RAMESH "SUNNY" BALWANI, | ) |
| Defendants. | ) |

21

22       I, RICHARD S. CLEARY, JR., declare as follows:

23       1.   I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*

24  in the above-captioned matter.

25       2.   Attached to this declaration are the following exhibits.

26            a.   Exhibit 1 is a true and correct hard copy of Bad Blood by John Carreyrou (2018).

27
    DECLARATION OF RICHARD CLEARY IN SUPPORT OF NOTICE OF FILING OF EXHIBITS
28  RELATED TO VOIR DIRE
    CR-18-00258 EJD
                                              1

        b. Exhibit 2 is a true and correct copy of The Theranos Deception on 60 Minutes (2018), captured via the following URL on August 25, 2021: https://www.cbsnews.com/video/the-real-power-of-google-the-theranos-deceptionthe-spotted-pig/.[1]

        c. Exhibit 3 is a true and correct copy of the Dropout: ABC 20/20 (2019), captured via the following URL on August 25, 2021: https://abc.com/shows/2020/episode-guide/2019-03-15-the-dropout#maincontent.

        d. Exhibit 4 is a true and correct copy of ABC Nightline Documentary: The Dropout (2019), captured via the following URL on August 25, 2021: https://abc.com/shows/nightline/episode-guide/2019-01-23-012319-thedropout#maincontent.

        e. Exhibit 5 is a true and correct copy of ABC's The Dropout podcast (2019, 2021), downloaded via the following URL on August 25, 2021: https://abcaudio.com/podcasts/the-dropout/.

        f. Exhibit 6 is a true and correct copy of HBO: The Inventor (2019), captured from the following URL through a paid HBO Max subscription on August 25, 2021: https://play.hbomax.com/feature/urn:hbo:feature:GXGWJ8wyZ-K2uAwEAAAAK.

        g. Exhibit 7 is a true and correct copy of TED Talk: Theranos, whistleblowing and speaking truth to power by Erika Cheung (2020), downloaded via the following URL on August 25, 2021: https://www.ted.com/talks/erika_cheung_theranos_whistleblowing_and_speaking_truth_to_power/ transcript?language=en.

        h. Exhibit 8 is a true and correct copy of Thicker Than Water by Tyler Shultz (2021), purchased and downloaded from the following URL on August 23, 2021: https://www.amazon.com/Thicker-than-Water-Tyler-Shultz/dp/1713612313.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

---

[1] For completeness, Ms. Holmes has enclosed the complete 60 Minutes episode. The segment entitled the Theranos Deception runs from approximately 15:31 to 29:47.

1 | Executed this 26th day of August, 2021 in San Jose, California.

_____
Richard S. Cleary, Jr.
Attorney for Elizabeth Holmes

DECLARATION OF RICHARD CLEARY IN SUPPORT OF NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE
CR-18-00258 EJD

3