| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
| | 50 California Street, Suite 1500 |
| 2 | San Francisco, CA 94111 |
| | Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
| | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | AMY MASON SAHARIA (Admitted Pro Hac Vice) |
| | KATHERINE TREFZ (CA State Bar No. 262770) |
| 6 | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, NW |
| 7 | Washington, DC 20005 |
| | Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029 |
| 8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com |
| 9 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
| Plaintiff, | ) | |
| | ) | **MANUAL FILING NOTIFICATION AS TO EXHIBIT 1 OF CLEARY DECLARATION IN SUPPORT OF NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE** |
| v. | ) | |
| ELIZABETH HOLMES and | ) | |
| RAMESH "SUNNY" BALWANI, | ) | Hon. Edward J. Davila |
| Defendants. | ) | |

**MANUAL FILING NOTIFICATION**

Regarding:    Exhibit 1 to the Declaration of Richard S. Cleary, Jr. in Support of Notice of Filing of Exhibits Related to Voir Dire

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

MANUAL FILING NOTIFICATION
CR-18-00258 EJD

1

1  This filing will be served in physical form on opposing counsel shortly.

2  For information on retrieving this filing directly from the court, please see the Court's main web site at

3  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4  This filing was not e-filed for the following reason:

5  ___ Voluminous Document (PDF file size larger than efiling system allowances)

6  ___ Unable to Scan Documents

7  _X_ Physical Object (description): Hard Copy of Bad Blood by John Carreyrou (2018)

8  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

9  ___ Item Under Seal

10 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

11 ___ Other (description): _____

12 _____

13

14         I declare under penalty of perjury under the laws of the United States that the foregoing is true

15 and correct to the best of my knowledge.

16         Executed this 26th day of August, 2021 in San Jose, California.

*[signature: Richard S. Cleary]*

Richard S. Cleary, Jr.
Attorney for Elizabeth Holmes

MANUAL FILING NOTIFICATION
CR-18-00258 EJD