JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**MANUAL FILING NOTIFICATION AS TO EXHIBIT 2 OF CLEARY DECLARATION IN SUPPORT OF NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE**<br><br>Hon. Edward J. Davila |

**MANUAL FILING NOTIFICATION**

Regarding:    Exhibit 2 to the Declaration of Richard S. Cleary, Jr. in Support of Notice of Filing of Exhibits Related to Voir Dire

    This filing is in physical form only, and is being maintained in the case file in the Clerk's office. This filing will be served shortly on opposing counsel.

MANUAL FILING NOTIFICATION
CR-18-00258 EJD

1

1  For information on retrieving this filing directly from the court, please see the Court's main web site at
2  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3  This filing was not e-filed for the following reason:
4  ___ Voluminous Document (PDF file size larger than efiling system allowances)
5  ___ Unable to Scan Documents
6  ___ Physical Object (description)
7  _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Copy of 60
8  Minutes: The Theranos Deception (2018).
9  ___ Item Under Seal
10 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
11 ___ Other (description): _____
12 _____

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

      Executed this 26th day of August, 2021 in San Jose, California.

                                    */s/ Richard S. Cleary, Jr.*
                                    Richard S. Cleary, Jr.
                                    Attorney for Elizabeth Holmes

MANUAL FILING NOTIFICATION
CR-18-00258 EJD