1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **MANUAL FILING NOTIFICATION AS TO EXHIBIT 4 OF CLEARY DECLARATION IN SUPPORT OF NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) Hon. Edward J. Davila |
| Defendants. | ) |

**MANUAL FILING NOTIFICATION**

Regarding:         Exhibit 4 to the Declaration of Richard S. Cleary, Jr. in Support of Notice of Filing of Exhibits Related to Voir Dire

     This filing is in physical form only, and is being maintained in the case file in the Clerk's office. This filing will be served on opposing counsel shortly.

MANUAL FILING NOTIFICATION
CR-18-00258 EJD

1

1  For information on retrieving this filing directly from the court, please see the Court's main web site at
2  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
3  This filing was not e-filed for the following reason:
4  ___ Voluminous Document (PDF file size larger than efiling system allowances)
5  ___ Unable to Scan Documents
6  ___ Physical Object (description)
7  _X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media: Copy of The
8  ABC Nightline Documentary: The Dropout (2019).
9  ___ Item Under Seal
10 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
11 ___ Other (description): _____
12 _____
13
14         I declare under penalty of perjury under the laws of the United States that the foregoing is true
15 and correct to the best of my knowledge.
16         Executed this 26th day of August, 2021 in San Jose, California.
17
18
19                                          /s/ Richard S. Cleary, Jr.
20                                          _____
                                            Richard S. Cleary, Jr.
                                            Attorney for Elizabeth Holmes
21
22
23
24
25
26
27
28 MANUAL FILING NOTIFICATION
   CR-18-00258 EJD