JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

SEALED BY ORDER OF COURT

FILED
JAN 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD-SVK <br><br> **DEFENDANT ELIZABETH A. HOLMES' NOTICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12.2(b)** <br><br> **FILED UNDER SEAL** <br><br> Hon. Edward J. Davila |

Pursuant to Federal Rule of Criminal Procedure 12.2(b)(1), defendant Elizabeth Holmes hereby gives notice that she may introduce expert evidence at trial related to a mental condition bearing on guilt.

If offered, the expert is expected to testify regarding: scientific research addressing intimate partner abuse, including vulnerability to intimate partner abuse, the dynamics of intimate partner abuse, and the psychological effects of an abusive relationship on its victims, both during and in the wake of an abusive relationship; whether and how Ms. Holmes' relationship with Mr. Balwani was consistent with intimate partner abuse; whether and how Ms. Holmes' psychological responses during and after the

relationship were and are consistent with the typical reactions of victims of an abusive relationship; and Ms. Holmes' particular vulnerability to an abusive relationship, ▮▮▮▮▮ The expert may further testify regarding a forensic evaluation of Ms. Holmes. The expert may also testify regarding present diagnoses of Post-Traumatic Stress Disorder, depression, and anxiety.

DATED: December 16, 2019

                                        *Kevin Downey*
                                        KEVIN DOWNEY
                                        LANCE WADE
                                        AMY MASON SAHARIA
                                        KATHERINE TREFZ
                                        Attorneys for Elizabeth Holmes