JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　Defendants. | Case No. CR-18-00258-EJD<br><br>**CORRECTED NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE**<br><br>Hon. Edward J. Davila |

CORRECTED NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE
CR-18-00258 EJD

**CORRECTED NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE**

As discussed at the August 25, 2021 hearing, Ms. Holmes hereby lodges in the record the following long-form media cited in the jury questionnaire:[1]

1. Bad Blood by John Carreyrou (2018)
2. The Theranos Deception on 60 Minutes (2018)
3. The Dropout: ABC 20/20 (2019)
4. ABC Nightline Documentary: The Dropout (2019)
5. ABC: The Dropout Podcast (2019, 2021)
6. HBO: The Inventor (2019)
7. TED Talk: Theranos, whistleblowing and speaking truth to power by Erika Cheung (2020)
8. Thicker than Water by Tyler Shultz (2021)

According to the completed questionnaires, the following jurors stated that they have watched or read (in whole or in part) one or more of the specific foregoing publications:

1, 26, 31, 46, 58, 63, 78, 90, 94, 116, 133, 135, 159, 166, 168, 169, 171, 173, 181, 184, 188, 193, 195, 203, 207, 212, 220, 228, 239.

According to the completed questionnaires, the following jurors recalled with different degrees of certainty they had watched some or all of a program, but could not identify the specific program:

11, 14, 49, 64, 93, 95, 112, 130, 140, 160, 164, 196, 208, 223, 226.

For the Court's convenience, we note that, according to the completed questionnaires, the following jurors have been exposed to other media coverage (outside of the eight publications listed above):

7, 20, 29, 30, 42, 47, 50, 56, 62, 71, 73, 79, 96, 97, 99, 102, 122, 137, 147, 152, 163, 176, 186, 194, 198, 215, 219.

These categories do not include the jurors struck by the Court for cause at the August 25, 2021

---

[1] On August 26, 2021, Ms. Holmes lodged the exhibits identified herein in Dkt. 956 and an accompanying filing of physical exhibits with the Court. This Corrected Notice has been revised to add and subtract specific jurors in the three categories above. Appended to this pleading is a Proof of Service of the August 26 pleadings.

CORRECTED NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE
CR-18-00258 EJD

1

hearing, at least 9 of whom the parties identified as having evinced substantial media exposure and/or bias in their questionnaire responses.[2]

DATED: August 29, 2021

/s/ Kevin Downey
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

---

[2] Including the jurors struck at the August 25, 2021 hearing, approximately half of the jurors who completed questionnaires indicated that they have consumed media concerning the case, or have knowledge or opinions about the case that could only have come (directly or indirectly) through media exposure.

CORRECTED NOTICE OF FILING OF EXHIBITS RELATED TO VOIR DIRE
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Kevin Downey
KEVIN DOWNEY
Attorney for Elizabeth Holmes