JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

I, RICHARD S. CLEARY, JR., declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.

2. I attest that on August 26, 2021, I served via hand-delivery upon the Clerk's Office for the United States District Court for the Northern District of California, San Jose Division, 280 South 1st Street, San Jose, CA 95113, two versions (the original and one courtesy copy) of the following

PROOF OF SERVICE
CR-18-00258 EJD                                      1

1 materials:

2     a. Ms. Holmes' Notice of Filing Exhibits Relating to Voir Dire;

3     b. Declaration of Richard S. Cleary, Jr. in Support of Notice of Filing of Exhibits Related to Voir Dire;

        i. Exhibit 1, a true and correct copy of Bad Blood by John Carreyrou (2018);

        ii. Exhibit 2, a true and correct copy of The Theranos Deception on 60 Minutes (2018);

        iii. Exhibit 3, a true and correct copy of the Dropout: ABC 20/20 (2019);

        iv. Exhibit 4, a true and correct copy of ABC Nightline Documentary: The Dropout (2019);

        v. Exhibit 5, a true and correct copy of ABC's the Dropout podcast (2019, 2021);

        vi. Exhibit 6, a true and correct copy of HBO's The Inventor (2019);

        vii. Exhibit 7, a true and correct copy of TED Talk: Theranos, whistleblowing and speaking truth to power by Erika Cheung (2020);

        viii. Exhibit 8, a true and correct copy of Thicker than Water by Tyler Shultz (2021).

    c. Manual Filing Notifications for Exhibits 1-8.

3. I attest that on August 26, 2021, copies of Exhibits 2(b)(i) through 2(b)(viii) were served via hand-delivery on counsel for the government.

4. I attest that on August 26, 2021, documents 2(a), 2(b), and 2(c) were served via CM-ECF on counsel for the government.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true
2  and correct to the best of my knowledge.
3  Executed this 29th day of August, 2021 in San Jose, California.

                                                                                              */s/ Richard S. Cleary, Jr.*

                                                                                              Richard S. Cleary, Jr.
                                                                                              Attorney for Elizabeth Holmes