JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>   Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT ELIZABETH HOLMES' LIMITED WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES**<br><br>Hon. Edward J. Davila |

DEFENDANT'S LIMITED WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES
CR-18-00258 EJD

1

The undersigned Defendant Elizabeth A. Holmes hereby makes a limited waiver of the right to be present at any bench conferences that may occur during the course of trial. Ms. Holmes further agrees that she will rely on her attorneys who participate in the conferences to fully inform her of the nature of the conference and consult with her as needed and that her interests will be deemed represented by the presence of her attorneys, the same as if Ms. Holmes herself were personally present. This waiver does not extend to any other of Ms. Holmes' rights, including her constitutional right to be present for other phases of the trial proceedings. *See Rushen v. Spain*, 464 U.S. 114, 117 (1983) ("Our cases recognize that the right to personal presence at all critical stages of the trial and the right to counsel are fundamental rights of each criminal defendant.").

DATED: August 30, 2021

_____
ELIZABETH HOLMES

DATED: August 30, 2021

_____
KEVIN M. DOWNEY
Attorney for Elizabeth Holmes

DEFENDANT'S LIMITED WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021 a copy of this filing was delivered via ECF on all counsel of record.

_____
KEVIN M. DOWNEY
Attorney for Elizabeth Holmes

DEFENDANT'S LIMITED WAIVER OF RIGHT TO BE PRESENT AT BENCH CONFERENCES
CR-18-00258 EJD