UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE: USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date: 8/31/2021
Time in Court: 8:55-11:13am,11:23-12:05pm,1:19-3:15,3:24-5:05pm
**(TOTAL time: 6 hrs. 37 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Amy Saharia, Katherine Trefz, Richard Cleary, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Selection (Day 1)**

Jury Selection held. Further Jury Selection to be held September 1, 2021 to begin at 9:30 a.m. Counsel's presence for 9:00 a.m.

Please see trial log attached.
Further Jury Trial set for

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs: **N/A**
Defendants: **N/A**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>August 31, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:55 am | Court in session outside presence of Jury – Defendant is present |
| | | | Court addresses housekeeping matters with the parties |
| | | 10:00 am | Court requests prospective jurors come to courtroom for jury selection |
| | | 10:04 am | Court takes recess for jurors to come to courtroom |
| | | 10:30 am | Court in session, prospective jurors are seated and sworn |
| | | 10:35 am | Jury selection begins |
| | | 10:57 am | Court takes a 15-minute recess |
| | | | Prospective jurors are excused |
| | | 10:58 am | Court in session with Juror #14 (seat F) |
| | | 11:13 am | Court take recess for 7 mins |
| | | 11:23 am | Jurors seated. Court in session jury selection resumes |
| | | 12:00pm | Prospective jurors excused for lunch break |
| | | 12:03pm | Court in session with counsel outside the presence of jury |
| | | 12:05pm | Court takes lunch recess |
| | | 1:19 pm | Court in session.  Jury seated.  Jury selection continues |

2

| TRIAL DATE: August 31, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 2:10 pm | Government begins voir dire of jury panel | |
| | | 3:15 pm | Court takes recess | |
| | | 3:24 pm | Court in session outside presence of jury. Defendant waives presence for the individual private conversations with the Court and jurors | |
| | | 3:25 pm | Court conducts voir dire with Juror #94 seat KK | |
| | | 3:32 pm | Court conducts voir dire with Juror #31 seat N | |
| | | 3:34 pm | Court conducts voir dire with Juror #42 seat Q | |
| | | 3:42 pm | Prospective Jurors return to courtroom for jury selection | |
| | | 3:50 pm | Court conducts sidebar to address challenges for cause.  Court and counsel convene in jury room for sidebar discussions | |
| | | 4:46 pm | Court in session counsel, defendant and jurors present | |
| | | 5:00 pm | Court states on the record the jurors who have been excused for cause and hardship.<br>The Court informs the remaining prospective jurors (Group 1) to be on standby and that they will be notified if they are to serve on the jury | |
| | | 5:00 pm | Court in session with counsel outside presence of jury taking up housekeeping matters | |
| | | | Court will not SEAL the sidebar portion of the transcript and it will be available to the public | |
| | | 5:05 pm | Court adjourned for the day.  Further Jury Selection with Group 2, scheduled for Wednesday, September 1, 2021 to begin at 9:30 am with jury seated | |
| | | | | |
| | | | | |