**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER:  18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  9/1/2021
Time in Court: 9:05-9:16am,9:53-10:11,10:25-12:33pm,1:42-1:56,2:05-3:44,4:19-4:23pm
**(TOTAL time: 4 hrs. 34 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Selection (Day 2)**

Jury Selection held.  Further jury selection scheduled September 2, 2021 at 9:00 a.m. with counsel.

Please see trial log attached.
Further Jury Trial set for

**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

*///*

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

## TRIAL LOG

| TRIAL DATE:<br>September 1, 2021 | | | REPORTER(S):<br> Irene Rodriguez | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:05 am | Court in session outside presence of Jury – Defendant is present | |
| | | | Taking up jury matters prior to jury | |
| | | 9:16 am | Court takes recess | |
| | | 9:53 am | Court in session outside presence of Jury – Defendant is present | |
| | | | Court voir dire with Juror #171 (seat NN) | |
| | | 10:11 am | Court takes recess | |
| | | 10:25 am | Court in session outside presence of Jury – Defendant is present | |
| | | | Jury seated and sworn | |
| | | | Jury selection begins | |
| | | 12:18pm | Jury excused for lunch break to return to jury assembly room at 1:20 pm | |
| | | 12:33pm | Court takes lunch recess | |
| | | 1:42 pm | Court in session outside presence of Jury – Defendant is present | |
| | | | Court confers with Counsel and excuses some jurors | |
| | | 1:56 pm | Court takes recess to allow for jurors to return to courtroom | |
| | | 2:05 pm | Court in session.  Prospective jurors seated and jury selection resumes | |

| TRIAL DATE:<br>September 1, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:04 pm | Government begins voir dire of prospective jurors | |
| | | 3:14 pm | Defense Counsel, Kevin Downey begins voir dire of prospective jurors | |
| | | 3:22 pm | Government passes for cause | |
| | | 3:22 pm | Jurors excused for 30-minute break | |
| | | 3:23 pm | Court in session with counsel outside presence of prospective jurors taking up challenges for cause | |
| | | 3:36 pm | Court excuses additional jurors.  Counsel confirms no more challenges for cause | |
| | | 3:44 pm | Court takes recess | |
| | | 4:19 pm | Court in session outside presence of prospective jurors.  Defendant present. | |
| | | 4:20 pm | Counsel confirms that the final list of the jury panel is accurate to allow counsel to begin preemptory challenge process | |
| | | 4:20 pm | Court ordered Group 3 excused | |
| | | 4:23 pm | Court adjourned for the day | |
| | | | Further Jury Trial scheduled Thursday, September 2, 2021 at 9am with Counsel | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |