# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER:  18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  9/2/2021
Time in Court: 9:00-9:10am, 9:22-10:30am **(TOTAL time: 1 hr. 18 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Selection (Day 3)**

Further Jury Selection held.  Jurors and alternate jurors selected and sworn.  Further Jury Trial
scheduled for Wednesday, September 8, 2021 at 9:00 a.m.

Please see trial log attached.


///


**The following exhibits are marked for identification:**
Plaintiffs: **N/A**
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **N/A**
Defendants:  **N/A**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

**TRIAL LOG**

| TRIAL DATE:<br>September 2, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:00 am | Court in session outside presence of Jury – Defendant is present |
| | | 9:02 am | Court addresses the challenge for cause re 2 jurors.  Court excuses 2 jurors |
| | | 9:10 am | Court takes recess 5 mins. |
| | | 9:22 am | Court in session outside presence of Jury – Defendant is present |
| | | 9:24 am | Counsel begins exercising preemptory challenge for 12 jurors |
| | | 9:36 am | Counsel begins exercising preemptory challenges for alternates |
| | | 9:52 am | Preemptory challenges concluded |
| | | 9:55 am | Court summons jurors up to courtroom |
| | | 10:13 am | Jurors 1-12 seated and sworn in |
| | | 10:17 am | Alternates 1 through 5 seated and sworn in |
| | | 10:19 am | Remainder of jurors excused |
| | | 10:19 am | Court provides some guidance to the jury panel re scheduling and other housekeeping matters |
| | | 10:27 am | Court admonishes Jury panel. |
| | | 10:30 am | Court adjourns for the day |

| TRIAL DATE:<br>September 2, 2021 | | | REPORTER(S):<br> Irene Rodriguez | CLERK:<br> Adriana M. Kratzmann |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | | Further Jury Trial scheduled for Wednesday, September 8, 2021 at 9:00 a.m. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |