UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES,<br><br>Defendant. | Case No. 18-cr-0258-1 EJD (NC)<br><br>**ORDER GRANTING SEALING MOTION, ECF 921, AND ADDRESSING SEALED PARTS OF ECF 942, 952** |

Presented to the Court is defendant Elizabeth Holmes' motion to seal redacted portions of her motion for approval of a Rule 17 trial subpoena directed to Dr. Gerald Asin. ECF 921. In response, the Prosecution filed one document publicly (ECF 940) and additional records under seal (ECF 942). Holmes' reply is also partially redacted (ECF 952-2). The trial judge, District Court Judge Edward J. Davila, has referred these motions to me.

There is a compelling reason to seal the name and private medical information of patient E.T. *See* 18 U.S.C. § 3771(a)(8) (crime victim has right to be treated with fairness and with respect for the victim's dignity and privacy). Accordingly, the Court GRANTS the motion to seal at ECF 921, which permits the filing under seal of attachments 1 and 2 to that motion and the redactions made in ECF 922. The Court also GRANTS the redactions made in the Reply brief ECF 952-2.

The Court agrees with the redactions proposed by the Prosecution in ECF 942 as being narrowly tailored under Criminal Local Rule 56-1. But the Court is inclined to UNSEAL ECF 942 so that the public can access these documents in their redacted form. If the Prosecution has any objection to unsealing ECF 942, it must file its objection by September 7. The Court will maintain ECF 942 under seal until the Prosecution responds.

**IT IS SO ORDERED.**

Dated:  September 5, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge