UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES,<br><br>Defendant. | Case No. 18-cr-0258-1 EJD (NC)<br><br>**ORDER GRANTING MOTION FOR RULE 17 TRIAL SUBPOENA TO DR. GERALD ASIN**<br><br>Re: ECF 922 |
|---|---|

Defendant Elizabeth Holmes moved for approval of a Rule 17 trial subpoena directed to Dr. Gerald Asin. ECF 922. The proposed subpoena also requested production of the medical records for patient E.T. The Prosecution, on behalf of E.T., opposed the motion on the basis that the document request was overly broad and invasive of E.T.'s privacy. ECF 940 (public), 942 (under seal). Holmes replied. ECF 952. The trial judge, District Court Judge Edward J. Davila, referred this motion to me.

Under Fed. R. Crim. P. 17(c)(3), after indictment a subpoena requiring production of personal or confidential information about a victim may be served only by court order. Notice to the victim is required. Here, the victim has been provided notice and an opportunity to object through the Prosecution. ECF 940.

I find that the proposed subpoena satisfies the standard for Rule 17. *See generally United States v. Nixon*, 418 U.S. 683, 699-700 (1974). It is specific and seeks production of materials relevant to Count 10 of the Third Superseding Indictment. The records are admissible under Fed. R. Evid. 803(4) and (6).

The Prosecution raises objection to the scope of the document subpoena and asserts that it is "preparing to produce" (as of August 24, 2021) evidence that would make the subpoena response unnecessary. ECF 940. The defense should not have to wait any

1 longer for evidence material to Count 10. Opening statements are scheduled for
2 September 8. I therefore GRANT the subpoena in the form of Exhibit 1 to ECF 922. The
3 records may be used solely for purposes of defending this criminal case and must be
4 returned or destroyed within 14 days after the conclusion of the case.

5     As to the date of Dr. Asin's actual testimony at trial, counsel for the parties must
6 confer further and notify Dr. Asin by September 7.

7 **IT IS SO ORDERED.**

9 Dated: September 5, 2021

                                                                            NATHANAEL M. COUSINS
                                                                            United States Magistrate Judge