STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-258 EJD |
| Plaintiff, | UNITED STATES' SECOND AMENDED WITNESS LIST |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

The United States may call the following witnesses during its case in chief:

1. S.A.
2. Robert Amenta
3. Peter Anderson
4. Samartha Anekal
5. Brad Arington
6. Gerald Asin

| | | |
|---|---|---|
| 1 | 7. | Carolyn Balkenhol |
| 2 | 8. | Sarah Bennett |
| 3 | 9. | B.B. |
| 4 | 10. | Jeff Blickman |
| 5 | 11. | David Boies |
| 6 | 12. | Jessica Bramstedt |
| 7 | 13. | Brooke Buchanan |
| 8 | 14. | Steve Burd |
| 9 | 15. | Howard Burris |
| 10 | 16. | Sarah Cabayan |
| 11 | 17. | Eric Caddenhead |
| 12 | 18. | Xiao-Yan Cai |
| 13 | 19. | Marc Campbell |
| 14 | 20. | Nianhang Chen |
| 15 | 21. | Erika Cheung |
| 16 | 22. | Kevin Chung |
| 17 | 23. | Michael Chung |
| 18 | 24. | William Clarke |
| 19 | 25. | Dustin Cook |
| 20 | 26. | Toby Cosgrove |
| 21 | 27. | John Couvaras |
| 22 | 28. | Michael Craig |
| 23 | 29. | Constance Cullen |
| 24 | 30. | Andrea Cuppoletti |
| 25 | 31. | Sunil Dhawan |
| 26 | 32. | Susan DiGiaimo |
| 27 | 33. | Michael Dixon |
| 28 | 34. | Bruce Doll |

| | | |
|---|---|---|
| 1 | 35. | Matt Downs |
| 2 | 36. | Dan Doyle |
| 3 | 37. | Martin Drake |
| 4 | 38. | Diana Dupuy |
| 5 | 39. | Lisa Durkin |
| 6 | 40. | Scott Earthy |
| 7 | 41. | Erin Edgar |
| 8 | 42. | Dan Edlin |
| 9 | 43. | Joel Ehrenkranz |
| 10 | 44. | A.E. |
| 11 | 45. | Kerry Elenatinoba-Johnson |
| 12 | 46. | M.E. |
| 13 | 47. | JoEllen Embry |
| 14 | 48. | Raymond Embry |
| 15 | 49. | Phyllis Gardner |
| 16 | 50. | K.F. |
| 17 | 51. | Richard Fernandez |
| 18 | 52. | Stan Fiorito |
| 19 | 53. | Season Flores |
| 20 | 54. | Max Fosque |
| 21 | 55. | Gary Frenzel |
| 22 | 56. | Peter Fritsch |
| 23 | 57. | Surekha Gangakhedkar |
| 24 | 58. | Arnold Gelb |
| 25 | 59. | Rochelle Gibbons |
| 26 | 60. | R.G. |
| 27 | 61. | Melissa Givens |
| 28 | 62. | M.G. |

| | | |
|---|---|---|
| 1 | 63. | Xinwei Sam Gong |
| 2 | 64. | Robert Gordon |
| 3 | 65. | B.G. |
| 4 | 66. | Cass Grandone |
| 5 | 67. | W.G. |
| 6 | 68. | Brian Grossman |
| 7 | 69. | Craig Hall |
| 8 | 70. | Kevin Hagen |
| 9 | 71. | Kevin Hunter |
| 10 | 72. | George Hamilton |
| 11 | 73. | Christian Holmes |
| 12 | 74. | Stefan Hristu |
| 13 | 75. | Jared Hutchings |
| 14 | 76. | Nimesh Jhaveri |
| 15 | 77. | Thomas Kickler |
| 16 | 78. | Heather King |
| 17 | 79. | Henry Kissinger |
| 18 | 80. | Y.K. |
| 19 | 81. | E.L. |
| 20 | 82. | Courtney Lias |
| 21 | 83. | Tina Lin |
| 22 | 84. | Steven Linnerson |
| 23 | 85. | Craig Lipset |
| 24 | 86. | Chris Lucas |
| 25 | 87. | Clarissa Lui |
| 26 | 88. | A.M. |
| 27 | 89. | Stephen Master |
| 28 | 90. | James Mattis |

| | | |
|---|---|---|
| 1 | 91. | Seth Michelson |
| 2 | 92. | Wade Miquelon |
| 3 | 93. | Dan Mosley |
| 4 | 94. | Rupert Murdoch |
| 5 | 95. | Matthew Nathan |
| 6 | 96. | Eileen Norkin |
| 7 | 97. | Anthony Nugent |
| 8 | 98. | Sam Nunn |
| 9 | 99. | Justin Offen |
| 10 | 100. | Noam Ohana |
| 11 | 101. | Patrick O'Neill |
| 12 | 102. | Curtis Page |
| 13 | 103. | Mark Pandori |
| 14 | 104. | Chinmay Pangarkar |
| 15 | 105. | Roger Parloff |
| 16 | 106. | J.P. |
| 17 | 107. | William Perry |
| 18 | 108. | M.P. |
| 19 | 109. | Lisa Peterson |
| 20 | 110. | Meredith Potter |
| 21 | 111. | Mona Ramamurthy |
| 22 | 112. | Natalie Ravitz |
| 23 | 113. | Larree Renda |
| 24 | 114. | Kim Romanski |
| 25 | 115. | Jay Rosan |
| 26 | 116. | Channing Robertson |
| 27 | 117. | David Rogers |
| 28 | 118. | Callie Rosendin |

| | | |
|---|---|---|
| 1 | 119. | Adam Rosendorff |
| 2 | 120. | Gary Roughhead |
| 3 | 121. | David Rusnak |
| 4 | 122. | Suraj Saksena |
| 5 | 123. | David Shoemaker |
| 6 | 124. | Robert Shapiro |
| 7 | 125. | Tyler Shultz |
| 8 | 126. | Kyle Sims |
| 9 | 127. | Sharada Sivaraman |
| 10 | 128. | Dee Anna Smith |
| 11 | 129. | Adrienne Stewart |
| 12 | 130. | S.S. |
| 13 | 131. | Nicole Sundene |
| 14 | 132. | Victoria Sung |
| 15 | 133. | Todd Surdey |
| 16 | 134. | Edward Szmuc |
| 17 | 135. | Brian Tolbert |
| 18 | 136. | E.T. |
| 19 | 137. | Eric Topol |
| 20 | 138. | A.T. |
| 21 | 139. | Jerry Tubergen |
| 22 | 140. | Shane Weber |
| 23 | 141. | Kate Wolff |
| 24 | 142. | Mike Yagi |
| 25 | 143. | Danise Yam |
| 26 | 144. | Gary Yamamoto |
| 27 | 145. | Daniel Young |
| 28 | 146. | Audra Zachman |

147. David Nathan Zalatan
148. Lisa Zuckerman
149. Kingshuk Das
150. Bruce Pixley
151. Mark Burnes
152. Sean O'Malley
153. Nicholas Haase
154. Govind Acharya
155. Laree Renda
156. Cassie Hughes
157. Antii Korhonen
158. Craig Josephson
159. Alexander White
160. David Satchell
161. Mike Wei
162. David Taylor
163. Katie Moran
164. Matthew Benedetto
165. Michael Romeo
166. Chris Davies
167. Shekar Chandrasekaran
168. Sekhar Variam
169. John McChesney
170. Jim Topinka
171. Zubin Gautam
172. Adelaida Hernandez
173. Ian Pilcher
174. E.G.

1  175. Paige Williams
2  176. Swapna Joshi
3  177. Gurbir Sidhu
4  178. Langley Gee
5  179. Jan Reed
6  180. Jarod Wada
7  181. Carrie Brodmerkel
8  182. Custodians of Records
9      a. American Express
10     b. Celgene
11     c. Comerica
12     d. Dignity Health
13     e. Hall Black Diamond
14     f. Federal Reserve Board
15     g. GSK
16     h. Iconiq
17     i. Intermountain
18     j. Johns Hopkins
19     k. Peer Ventures
20     l. Pfizer
21     m. PFM
22     n. PricewaterhouseCoopers LLP
23     o. RDV Corporation
24     p. Safeway
25     q. Schering-Plough
26     r. Securities and Exchange Commission
27     s. Sherwood Partners
28     t. Siemens

    u. Sutter Health

    v. Theranos Inc.

    w. Theranos (assignment for the benefit of creditors), LLC

    x. Walgreens

  The government may seek to supplement this list as trial preparations progress, and will notify the defendant and the Court of any changes to its Witness List.

DATED:  September 2, 2021          Respectfully submitted,

                   STEPHANIE M. HINDS
                   Acting United States Attorney

                   ____/s/_____
                   ROBERT S. LEACH
                   JEFF SCHENK
                   JOHN C. BOSTIC
                   KELLY I. VOLKAR
                   Assistant United States Attorneys