JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and <br> RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE CERTAIN TESTIMONY OF ERIKA CHEUNG, DANIEL EDLIN, AND SO HAN SPIVEY (A.K.A. DANISE YAM)** <br><br> Hon. Edward J. Davila |

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion To Exclude Certain Testimony of Erika Cheung, Daniel Edlin, and So Han Spivey (a.k.a. Danise Yam) ("Motion"). I attest to the following facts upon which the Motion relies.

DECLARATION OF AMY MASON SAHARIA
CR-18-00258 EJD

1

2. Attached to the Motion are three exhibits. The content of the exhibits are as follows:

    a. Exhibit 1 is a true and correct copy of an FBI Form FD-302 of an interview of Erika Cheung, dated February 4, 2021, and Bates-stamped US-REPORTS-0024913. Certain segments of the Form FD-302 have been highlighted and annotated.

    b. Exhibit 2 is a true and correct copy of an FBI Form FD-302 of an interview of Daniel Edlin, dated August 20, 2021, and Bates-stamped US-REPORTS-0032859.

    c. Exhibit 3 is a true and correct copy of an FBI Form FD-302 of an interview of So Han Spivey (A.K.A. Danise Yam) dated July 20, 2021, and Bates-stamped US-REPORTS-0027707.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of September, 2021 in Chevy Chase, MD.

                                                                AMY MASON SAHARIA
                                                                 Attorney for Elizabeth Holmes