# Exhibit 1

Date of entry    02/04/2021

ERIKA CHEUNG (CHEUNG), was interviewed in Oakland, California. Also present for the interview were Assistant United States Attorney (AUSA) Vanessa Baehr-Jones and AUSA Bob Leach. After being advised of the identity of the interviewing Agent and the nature of the interview, CHEUNG provided the following information:

CHEUNG graduated from the University of California at Berkeley with degrees in Molecular and Cellular Biology and Linguistics. CHEUNG had considered obtaining a PhD in something that would promote healthcare.

After graduating from UC Berkeley, CHEUNG stumbled upon Theranos at a career fair. CHEUNG was attracted to the company because it had a strong female founder in ELIZABETH HOLMES (HOLMES), but not a lot was known about the company at the time. CHEUNG described HOLMES as being very charismatic and having a way of getting what she wanted. As a recent graduate CHEUNG did not think she could be too choosy in finding her first job. CHEUNG was so excited about working for Theranos that she did not even know what job she was applying for.

When first applying to Theranos, CHEUNG first spoke with recruiters JESSICA PERRICONE and LEONE PILAF. The next stage of the interview process was a phone screen interview with MAX FOSQUE. After this phone screen CHEUNG interviewed with SARAH CABAYAN and KERI ELENITOBA-JOHNSON. Then at this point CHEUNG interviewed with SUNNY BALWANI (BALWANI) but they changed the position she was applying for from a position in the clinical lab to a position in the research and development lab. After interviewing with BALWANI, CHEUNG then interviewed with HOLMES.

D   On CHEUNG's first day at Theranos she met with the Security team and signed some documents. ==CHEUNG then met with CHRISTIAN HOLMES (CHRISTIAN), who discussed the fact that they worked with Top Secret information at==

Investigation on  11/30/2020   at  Oakland, California, United States (In Person)

File # 318A-SF-7315857                                   Date drafted  11/30/2020

by Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

==Theranos and they should not talk about it. CHRISTIAN also advised that they should not put that they worked at Theranos on their LinkedIn profiles because other companies would use that to figure out what Theranos was doing.== There was no official on-boarding process at Theranos, but CHEUNG was hired at the same time as three other associates. These other associates included AURELIE SOUPPE (SOUPPE), ROMINA REINER (REINER), and JAMIE LIU.

CHEUNG worked in the research and development lab, which had open floor seating. CHEUNG was sat next to the Senior Scientists. All of the Edison devices were located in the research and development lab. When CHEUNG started working at Theranos there were two different versions of the device and she estimated there were approximately 49-50 of each version of the device in the lab at the time.

CHEUNG was assigned to the Amino Assay team, which was lead by SHARADA SIVARAMAN at the time. Everything in the lab was done in multiples of three, meaning it would be run on three different machines. Other people who knew how to use the Edisons included the three associates who started with CHEUNG, SAMANTHA NGUYEN and DARREN LNU.

On CHEUNG's first day at Theranos she was just reading protocols, and in the next days she started working in the labs working on validation studies and precision testing, which involved a lot of pipetting. Some of the blood Theranos used for testing was purchased commercially, while some was donated by Theranos employees. CHEUNG often donated blood herself for testing purposes.

A, B  ==REINER, who also donated blood for testing, once got a very high testosterone result from a Theranos blood test and was worried that it might be indicative of fertility issues. CHEUNG also recalled SURAJ SAKSENA (SAKSENA), the head of Immunoassay development, getting a high PSA result. A lot of employees stopped donating because if they got a bad or strange result they did not know if it was indicative of an actual problem and whether they would need to see a physician as a result of the test.==

SAMARTHA ANEKAL (ANEKAL) was in charge of medical devices and engineering at Theranos. Another SUNNY, not BALWANI, was in charge of Software.

At Theranos the organizational structure had HOLMES and BALWANI in charge

and underneath them was DANIEL YOUNG (YOUNG) then under YOUNG was CHRISTIAN.

Others CHEUNG worked with included PAUL PATEL in General Chemistry, NISHIT DOSHI, MARK PANDORI (PANDORI), ARUNA Last Name Unknown (LNU).

A    PANDORI and ADAM ROSENDORFF were in the clinical lab. LI DONG got fired from the clinical lab after only a few months and was very critical of Theranos.

A, B   KARTHIK LNU (KARTHIK) was a statistician who would observe how they were generating answers. When there was an issue, BALWANI would say that he check with KARTHIK who advised him that there was a bug which caused the issue, but everything was ok with the tests. However, when CHEUNG asked KARTHIK about results, and he advised her that there was a bug, but that the bug did not change the results, and as a result was not the issue. There were so many issues at Theranos in regards to testing.

Some assays had to go back to development. CHEUNG was very concerned about the Hepatitis C assay. When she went to find the standard operating procedures (SOP) for the test she found that all the cartridges had expired. There was no good SOP for the Hepatitis C assay so CHEUNG went to ROSENDORF and advised him that she did not trust the test and refused to do the test. ROSENDORF and PANDORI got involved and decided to do the test via finger-stick using FDA approved machines. So they ended up taking this test off because CHEUNG had raised the issue.

CHEUNG had kept a spreadsheet of issues and provided it to LANGLY GEE (GEE). CHEUNG had also provided PANDORI this information which compared Theranos devices to FDA approved devices.

CHEUNG was shown THPFM0000170837 an email from REINER to PANDORI, CHEUNG, and SOUPPE on March 5, 2014 titled "SCU 1575 follow-up / outlier deletion by CLAs". This email demonstrated an example of running Quality Control's (QC) before running a patient and the QC's were usually way off. One could then try to rerun the QC or re-calibrating the machine. CHEUNG was trying to reason with PANDORI about running QC's. Some data points for these QC's were thrown out after running multiple QC's. Theranos had a protocol of running a QC until it passed, but this protocol was not in the SOP. If they saw the same mistakes repeating then they had to figure out what was going

on with the system, if the system was working and if they could proceed with running a patient sample. There was so much pressure to get a sample out that they would push samples through.

There was a Normandy 911 help line, which CHEUNG later found out went through BALWANI and SAKSENA. On Thanksgiving weekend in 2013, CHEUNG sent a note through the Normandy 911 line about having a problem with a sample in that she could not get the QC to work. CHEUNG was new at the time she sent this note. The response she received was that she needed to get the patient test out. Theranos had an associate with more experience come in and she deleted the outliers to get the QC to pass. The way associates were trained at Theranos was to run two different tubes in three devices in order to get six data points for each patient. They would then send someone in to delete the data points necessary in order to make it pass the QC. Accordingly Theranos was just finding a way to make sure they could run the patient sample. The problem would be if one saw the same variability in a patient sample.

Once a test result was generated, they could not throw out that result, and the technician could not make judgement call. Sometimes they ran a patient's sample over and over. CHEUNG recalled running one test that kept getting different results.

When a patient went into the Palo Alto testing location they would have their blood drawn by finger-stick then the sample would be taken to the lab. The lab would receive approximately three shipments of samples a day.

CHEUNG went to Human Resources (HR) a few times with issues including the Hepatitis C test to put her foot down and say that she was not going to run the test. At this point CHEUNG had access to clinical lab documents and research and development lab documents. CHEUNG showed the validation report and the expired cartridges.

CHEUNG, PANDORI, and ROSENDORF made a decision to send proficiency testing to regulators in January/February because of errors on the Edison. BALWANI was mad that they did this because the proficiency testing showed there was a big difference between the Theranos devices and the FDA approved devices. BALWANI sent an email to CHEUNG, PANDORI, and ROSENDORF saying there are no devices comparable to Theranos' devices, so regulators would

not know what to do with them. BALWANI would then start replying to emails he was not included on, so it appeared that BALWANI was monitoring their emails.

The ELISA team worked on Immunoassays, as ELISA is a type of chemistry used to run a test. The ELISA team was in charge of the Edison devices.

CHEUNG was shown THPFM0001362139, an email chain from March 28, 2014 titled "Failed QC" with a table titled "March ELISA QC FAILURES". Theranos was running experiments to determine how often the Edison got it right across all tests on their testing menu. This information was then provided to GEE. GEE came back and said that these were the failures on each of the tests for QC data, some of which had a 50% failure rate. The data in this table was for one month of testing.

[A, B]

At that time Theranos was not even looking at this information, they were just telling lab clinicians to get the QC's to pass and do whatever they needed to do in order to get the QC to pass. CHEUNG and others took it upon themselves to check this. They were never given a protocol for how to remove outliers. Theranos was able to pass validation tests in the first place because they knew the range they needed to get to so they would remove the outliers necessary in order to get to the point where it would pass. SIVARAMAN was the person who told CHEUNG that they needed to take out these data points.

[A, D]

CHEUNG then had a meeting with PANDORI, ROSENDORF, and GEE and she was moved to the clinical lab, which she was not happy about. CHEUNG then learned about Westgard rules, which stated that one could not have two failures in a row. After two consecutive failures one would have to shut down the device and do a full investigation as to why it failed. As a result, CHEUNG found out that they were even worse than they had thought.

At one point CHEUNG was asked to create an SOP because she had experience in both the research and development lab and the clinical lab.

ROSENDORF and PANDORI seemed like they were receptive to CHEUNG's complaints about errors being rampant and QC's not passing. PANDORI advised CHEUNG to document everything, compile evidence, and they would take it to HOLMES and BALWANI.

The clinical lab was not seeing what was happening in the research and development lab in order to get a validation report.

A, B  ANDREW SU (SU) and TYLER SHULTZ (SHULTZ) were working on precision testing in a validation study which was being conducted over three days instead of three months. CHEUNG advised it is important to test over a longer period of time and different people. However, there was pressure from HOLMES and BALWANI to get validation studies and reports done. HOLMES and BALWANI were constantly wanting them to push to validate assays. SIVARAMAN and other team leads communicated this pressure from HOLMES and BALWANI to CHEUNG.

The study CHEUNG had done regarding the QC failure rate prompted her meeting with BALWANI. CHEUNG was communicating with SHULTZ who was working on the Hepatitis C validation study, and CHEUNG knew he was writing an email regarding issues in the syphilis validation study. 

A, B  SHULTZ had a meeting with HOLMES and BALWANI about the issues in this study and quit after the meeting. BALWANI knew CHEUNG was sending data to SHULTZ so BALWANI called a meeting with her which took place in his office with only the two of them present for the meeeting. CHEUNG mentioned issues about the data and BALWANI went off on her, asking her where she went to school, and saying she was just a recent grad so she did not know what she was talking about. BALWANI proceeded to cite all the accolades that Theranos had received. BALWANI gave CHEUNG an ultimatum advising that she needed to do what he paid her to do which was to process patient samples. CHEUNG then decided she could not work at Theanos any longer because BALWANI, the Chief Operations Officer (COO), would not listen to the problems she had presented to him, and these were issues that could have an effect on people's health. After the meeting CHEUNG cried because she really wanted the Theranos machine to work, 

C  but she saw the ugly truth that these people did not care. CHEUNG was shattered to see that leadership did not care about protecting their patients. When CHEUNG left the office after the meeting, she went to 
C  PANDORI's office sobbing then took the rest of the day off.

CHEUNG then called SHULTZ who had quit the day before, and he was going to be having dinner the next day with his grandfather GEORGE SHULTZ, who was on Theranos' board of directors. CHEUNG asked to join SHULTZ at diner to try to convince his grandfather to help present the information they had obtained about issues with Theranos' testing. The next day CHEUNG went with

A

SHULTZ to his grandfather's home and they presented what they knew and said what they were telling him was what was happening. They provided an example of when investors got their blood tested when they left the room a team of people was responsible for executing the testing. They also advised GEORGE SHULTZ that the Edison was not working, and it was not on par with what he was reading. GEORGE SHULTZ responded saying he had brought in a lot of people.

A, B

CHEUNG decided to quit the next day, and had one last conversation with KARTHIK. This was when CHEUNG asked KARTHIK about the bug BALWANI cited as being the problem/reason test were failing. KARTHIK advised that here was a small bug, but that was not the issue and was not the reason for the problems.

A, D

CHEUNG put in her two weeks notice and she was contacted immediately by security. CHEUNG then went to MONA RAMAMURTHY's (RAMAMURTHY) office. RAMAMURTHY advised her that she could not take any information and asked to see what CHEUNG had in her backpack. RAMAMURTHY confiscated CHEUNG's resignation letter after finding it in her backpack and said this was the type of information she could not have. CHEUNG was then escorted off the premises by Security. CHEUNG had several copies of the resignation letter as she wanted to memorialize the time stamp of when she left and her reason for leaving.

A, B

Every time Theranos got a result that could affect a patient diagnosis it was sent up the chain to make sure the QC's were correct. Then a clinical lab scientist (CLS) would review the results. However, the CLS did not see what they were doing in the clinical lab. The clinical lab team would say they were vetting the CLS to see if they could be trusted before allowing the CLS into the lab. When a result was flagged in the Laboratory Information System (LIS) as a critical result, the CLS would have interacted with the result.

Some of the tests that had unacceptable critical values included TPSA, Vitamin D, TSH, TTB, FT4, and testosterone. There was a spreadsheet that would track the testing issues.

The LIS database contained everything needed to process a patient sample. This included patient data, doctor information, name of CLS that

worked on a sample, precision testing, clinician information, QC data, most recent regulator information, and clinical information which included patient results and flags which could include critical and urgent. LIS also had an error reporting section which could be queried.

When leaving Theranos, CHEUNG met with some of her colleagues and told them she was leaving and that she would stay in contact. CHEUNG was depressed at the time and took a break from working. CHEUNG then got another job working for Antibody Solutions, a Biotech company in Sunnyvale, California working on therapeutics and diagnostics. CHEUNG kept in contact with her colleagues from Theranos and heard about PANDORI quitting shortly after she had left the company. CHEUNG also heard about THERANOS on-boarding assays which they had previously shut down.

CHEUNG got a call from the Wall Street Journal and had a meeting with JOHN CARREYROU (CARREYROU) to tell him her side of the story. CHEUNG decided to talk to CARREYROU because she wanted the truth to get out and she wanted them to stop patient testing, which was her main focus. CARREYROU gave Theranos a chance for rebuttal. Theranos then started calling all former lab clinicians. CHEUNG knew they would be calling so she did not answer phone calls from RAMAMURTHY. CHEUNG advised that RAMAMURTHY's voice sounded scared on the voicemail she left for CHEUNG.

Then, CHEUNG was working late one night and there was a man sitting in the parking lot at her workplace. Two co-workers saw the man and walked CHEUNG out to her car. The man in the parking lot approached CHEUNG and gave her a letter from Boies Schiller threatening litigation in regards to the non-disclosure agreement (NDA) she had signed with Theranos. The address on the letter was for a residence she had only been staying at briefly with a friend as she was between residences at the time. Accordingly, it seemed to CHEUNG that she was being followed, which scared her and rattled her sense of personal safety.

CHEUNG later learned she could report Theranos to a regulatory agency from an attorney who handled health care fraud. CARREYROU referred this attorney to CHEUNG. So CHEUNG reported the information she had on Theranos to CLIA in hopes of getting them to stop patient testing on Edison devices. In September 2015 CHEUNG sent a letter to the Center for Medicare and Medicaid Services (CMS). After CHEUNG sent her email, GARY YAMAMOTO sent an

FD-302a (Rev. 5-8-10)

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Erika Cheung ,On 11/30/2020 ,Page 9 of 10

email saying they were going to conduct an investigation. CHEUNG knew CMS was conducting an investigation, and CARREYROU's first article was published a couple of months later. CHEUNG stopped engaging after CMS published the results of their investigation and Theranos stopped processing patient samples.

CHEUNG moved to Hong Kong in October 2016, and did not know what she was going to do there when she moved. When she arrived in Hong Kong CHEUNG worked to help build out the entrepreneurial ecosystem. While in Hong Kong, a Private Investigator (PI) showed up at her workplace serving her with a subpoena for her to be deposed in the Partner Fund Management (PFM) lawsuit against Theranos.

D

The Judge in the PFM case allowed the documents to become public so CHEUNG's name started to show up in the news. Since her name was made public CARREYROU convinced her that she should control her story so she decided to go on the record.

CHEUNG had a minimal amount of interaction with HOLMES while she was at THERANOS, estimating she interacted with her approximately four times which included being interviewed by her during the hiring process.

CHEUNG worked primarily in the CLIA lab and was rarely in the Normandy lab. CHEUNG was in the lab when regulators were in the building. They were told not to show regulators the Normandy lab. SIVARAMAN told them to clean their stations and sit at their desks and not to be in the clinical lab when the regulators were there. SIVARAMAN told CHEUNG that they did not show the regulators the Normandy lab during their inspection, which was frustrating because they had worked to prepare the lab for the visit. CHEUNG was able to see the regulators when they departed Theranos. There was a lot of anxiety at Theranos around the inspection and there was a rush to get everything clean. There were mobile boundaries which made it difficult to see what others were doing. Everyone was on edge as they did not want to be asked questions by the regulators as they did not want to be the one to cause a problem.

A, D

CHEUNG has spoken with a literary agent about publishing on the topic of speaking truth to power.

Documents shown to CHEUNG during the interview are attached and will be

maintained digitally in the 1A section of the case file.

US-REPORTS-0024922