JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DEFENDANT ELIZABETH HOLMES' PRELIMINARY WITNESS LIST** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

MS. HOLMES' PRELIMINARY WITNESS LIST
CR-18-00258 EJD

1

In addition to any witnesses the government has identified, Ms. Holmes may call the following witnesses in her case-in-chief at trial, if she chooses to present one:

1. Riley Bechtel
2. Stayce Beck
3. Fabrizio Bonnani
4. Tammy Burd
5. John Bostic
6. John Carreyrou
7. Tim Carroll
8. Yung Chan
9. Sergio Chavez
10. Tim Cooper
11. Sue Desmond-Hellmann
12. Redacted
13. Elizabeth Dickinson
14. Jennifer Dooren
15. Redacted
16. Karen Dyer
17. Susan Evans
18. Kenneth Fisher
19. William Foege
20. William Frist
21. Alberto Gutierrez
22. Margaret Hamburg
23. Peyton Hobson
24. Sally Hojvat
25. Mary Hole
26. Chris Holmes
27. Elizabeth Holmes
28. Terry Huff
29. Redacted
30. Penny Keller

31. Redacted
32. Richard Kovacevich
33. Redacted
34. Mark Laret
35. Robert Leach
36. Erez Levy
37. Christopher McCollow
38. Mindy Mechanic
39. Redacted
40. Michael Mugmon
41. Steve O'Neill
42. Redacted
43. Redacted
44. Redacted
45. Brian Rodriguez
46. George Scavdis
47. Jeffrey Schenk
48. Mario Scussel
49. Redacted
50. Jeff Shuren
51. Seema Singh
52. Kimberly Summe
53. Redacted
54. Redacted
55. Judith Yost
56. Government Attorneys LNU
57. Government Paralegal LNU
58. Automated Litigation Support Supervisor LNU
59. USAO Employee in the Automated Litigation Support Unit LNU
60. SEC Attorneys LNU
61. Summary Witness
62. Document Custodians from entities to be determined

This list is the defense's good faith effort to identify witnesses Ms. Holmes may call at trial. Ms. Holmes reserves the right to supplement this list in light of the evidence presented at trial, future developments in the case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.

DATED: September 2, 2021

/s/ Katherine Trefz
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Katherine Trefz
KATHERINE TREFZ
Attorney for Elizabeth Holmes