| | |
|---|---|
| **From:** | Volkar, Kelly (USACAN) |
| **To:** | Trefz, Katherine; Downey, Kevin; Wade, Lance; Saharia, Amy |
| **Cc:** | Bostic, John (USACAN); Schenk, Jeffrey (USACAN); Leach, Robert (USACAN) |
| **Subject:** | U.S. v. Holmes - Disclosure re Witnesses Week of 9/6 |
| **Date:** | Thursday, September 2, 2021 6:56:00 PM |

Counsel,

Please find below the list of witnesses the government anticipates it may call in its case-in-chief during the week of September 6. Note that this list may be subject to change based on unforeseen circumstances and as the trial week progresses.

Erika Cheung
Daniel Edlin
Justin Offen
San Ho Spivey (a.k.a. Danise Yam)

Best,
Kelly

**Kelly I. Volkar**
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 370-9521
Kelly.Volkar@usdoj.gov