UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR-18-00258-EJD |
| PLAINTIFF, | ) |
| | ) SAN JOSE, CALIFORNIA |
| VS. | ) |
| | ) AUGUST 16, 2021 |
| ELIZABETH A. HOLMES, | ) |
| | ) PAGES 1 - 73 |
| DEFENDANT. | ) |
| _____ | ) |
| | ) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE


A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

1

A P P E A R A N C E S: (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                              BY:   KEVIN M. DOWNEY
4                                   LANCE A. WADE
                                    RICHARD CLEARY
5                                   KATHERINE TREFZ
                                    AMY SAHARIA
6                             725 TWELFTH STREET, N.W.
                              WASHINGTON, D.C. 20005
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    AUGUST 16, 2021

 2                    P R O C E E D I N G S

 3        (COURT CONVENED AT 9:02 A.M.)

 4             THE COURT:  LET'S CALL OUR MORNING MATTER.  THIS IS

 5    18-258, UNITED STATES VERSUS ELIZABETH HOLMES.

 6        LET ME FIRST CAPTURE THE APPEARANCE OF THE PARTIES AGAIN,

 7    PLEASE.

 8        WHO APPEARS FOR THE GOVERNMENT?

 9             MR. SCHENK:  GOOD MORNING, YOUR HONOR.

10        JEFF SCHENK, ROBERT LEACH, JOHN BOSTIC, AND KELLY VOLKAR

11    ON BEHALF OF THE UNITED STATES.

12             THE COURT:  THANK YOU.  GOOD MORNING.

13        AND FOR THE DEFENDANT?

14             MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

15        KEVIN DOWNEY FROM WILLIAMS & CONNOLLY ON BEHALF OF

16    MS. HOLMES.

17        WITH ME ARE LANCE WADE, AMY SAHARIA, KATHERINE TREFZ AND

18    RICHARD CLEARY.

19             THE COURT:  THANK YOU.  GOOD MORNING.

20             MR. DOWNEY:  THE DEFENDANT IS ALSO PRESENT IN COURT.

21             THE COURT:  THANK YOU.  GOOD MORNING.

22        THIS IS THE DATE AND TIME WE SET FOR A FURTHER PRETRIAL

23    CONFERENCE, AND WE SCHEDULED THIS THIS MORNING.

24        I DID RECEIVE YOUR DOCUMENT 907, WHICH IS YOUR JOINT

25    STATUS REPORT.  THANK YOU FOR THAT.  THAT WAS HELPFUL.
```

09:03AM 1    I THINK WE'LL GO OVER THE ITEMS THAT ARE CONTAINED IN YOUR

09:03AM 2  REPORT, AND THEN I HAVE SOME OTHER, JUST SOME OTHER

09:03AM 3  PRELIMINARY, I'LL CALL THEM, HOUSEKEEPING ISSUES THAT I'D LIKE

09:03AM 4  TO DISCUSS ABOUT THE TRIAL.

09:03AM 5    BEFORE I START WITH YOUR REPORT, I THOUGHT WE WOULD JUST

09:03AM 6  GO DOWN THE ITEMS THERE.  WE WILL PROBABLY TALK LATER THIS

09:03AM 7  MORNING ABOUT THE INSTRUCTIONS, PRELIMINARY INSTRUCTIONS, BUT I

09:03AM 8  THOUGHT I WOULD JUST GO THROUGH YOUR REPORT.

09:03AM 9    BEFORE WE DO THAT, ANYTHING ANYONE WANTS TO STATE BEFORE

09:03AM 10  WE BEGIN?

09:03AM 11    MR. DOWNEY:  YOUR HONOR, I JUST -- WE CAN DO IT WHEN

09:03AM 12  IT COMES IN THE CHECKLIST OR NOW.

09:03AM 13    YOUR HONOR HAD ASKED AT THE LAST CONFERENCE THAT WE INFORM

09:04AM 14  YOU IF THERE WAS A SENSE AS TO WHAT WOULD BE A WORKABLE TRIAL

09:04AM 15  DATE IN LIGHT OF ANY PARTICULAR ISSUES.  WE HAVE DONE THAT, AND

09:04AM 16  I CAN MAKE SUGGESTIONS TO THE COURT EITHER NOW OR LATER.

09:04AM 17    THE COURT:  OKAY.  WELL, LET ME -- THERE WAS ONE

09:04AM 18  THING I WANTED TO TALK ABOUT IS OUR TRIAL -- I'M SORRY, I'M

09:04AM 19  TRYING TO POSITION MYSELF HERE.

09:04AM 20    THIS WEEK I BELIEVE THE JURORS HAVE BEEN SUMMONED TO COME

09:04AM 21  IN THURSDAY AND FRIDAY, I BELIEVE THE 19TH AND 20TH.  TOMORROW

09:04AM 22  WE'LL RECEIVE THE QUESTIONNAIRES THAT YOU'RE DUPLICATING, WE'LL

09:04AM 23  PROVIDE THOSE TO THE SUMMONED JURORS, THEY WILL COMPLETE THOSE

09:04AM 24  IN TWO DIFFERENT DAYS ON THOSE DAYS.  WE'LL HAVE THOSE BACK.

09:04AM 25    MY INTENT THEN WAS TO COLLECT THOSE, PROVIDE THEM TO

09:04AM 1     COUNSEL.  COUNSEL WOULD THEN COPY THEM, AND WE'RE GOING TO

09:05AM 2     DISCUSS THE AMOUNTS OF COPIES AND FOR WHAT PARTIES.  YOU WOULD

09:05AM 3     THEN RETURN THE ORIGINALS TO THE COURT FOR KEEPING.

09:05AM 4         WE WOULD THEN COME BACK ON THE 31ST IS WHAT I THINK WE

09:05AM 5     HAVE SCHEDULED NOW FOR JURY SELECTION.  THAT WOULD BE THE FIRST

09:05AM 6     DAY OF JURY SELECTION.

09:05AM 7         I ANTICIPATE THAT WE WILL PROBABLY TAKE PERHAPS TWO DAYS

09:05AM 8     TO SELECT A JURY JUST BECAUSE OF THE QUESTIONNAIRE AND THOSE

09:05AM 9     THINGS AND SOME ADDITIONAL VOIR DIRE THAT I'LL TALK ABOUT

09:05AM 10     LATER.

09:05AM 11         MY HOPE IS THAT WE COULD SECURE A JURY BY THE END OF

09:05AM 12     WEDNESDAY THE 1ST AND HAVE OUR PANEL SWORN ON THAT DATE.

09:05AM 13         LOOKING AT THE SCHEDULE, WE ARE SCHEDULED TO BE DARK, THAT

09:05AM 14     IS NOT IN SESSION, ON THE 2ND AND 3RD, THAT'S THURSDAY AND

09:05AM 15     FRIDAY.  AND THAT IS THE LABOR DAY WEEKEND, SO MONDAY THE 6TH

09:05AM 16     WE WOULD NOT BE IN SESSION.

09:06AM 17         THE 7TH IS TUESDAY, AND I ALSO -- I THINK YOU'RE ALL

09:06AM 18     PROBABLY AWARE THAT THAT ALSO IS ROSH HASHANAH, AND I INTEND TO

09:06AM 19     RESPECT THE RELIGIOUS HOLIDAYS.  SO RECOGNIZING THAT, WE WOULD

09:06AM 20     NOT BE IN SESSION ON 7TH, WHICH IS A TUESDAY.

09:06AM 21         WE WOULD THEN BEGIN WITH THE TRIAL PROPER ON THE 8TH OF

09:06AM 22     SEPTEMBER IN THE MORNING.  THAT'S THE SCHEDULE THAT I HAD,

09:06AM 23     MR. DOWNEY, AS I LOOKED AT THE CALENDAR.  I DON'T KNOW IF THAT

09:06AM 24     IS HELPFUL TO YOU.

09:06AM 25         MR. DOWNEY:  THAT IS HELPFUL.  IT'S NOT WHAT I WAS

09:06AM  1    GOING TO COMMENT ON, AND I THINK IT'S HELPFUL TO KNOW THAT, AND

09:06AM  2    I KNOW THAT MEMBERS OF OUR TEAM APPRECIATE THAT ARRANGEMENT.

09:06AM  3         THE COURT:  OKAY.

09:06AM  4         MR. SCHENK:  THAT WORKS FOR THE GOVERNMENT.  THANK

09:06AM  5    YOU VERY MUCH.

09:06AM  6         THE COURT:  OKAY.  THANK YOU.

09:06AM  7    BUT YOU HAD SOMETHING ELSE YOU WANTED --

09:06AM  8         MR. DOWNEY:  I WAS JUST GOING TO MAKE A SUGGESTION,

09:06AM  9    AND IT MAY NOT BE THE LOGICAL PLACE, AS TO WITHIN DAYS, YOU

09:06AM  10   KNOW, THE PLACE AT WHICH IT MIGHT BE LOGICAL TO TAKE BREAKS

09:07AM  11   JUST TO ANTICIPATE A TRIAL DAY SCHEDULE AS OPPOSED TO THE DAYS

09:07AM  12   WE WOULD BE THERE.  SO WE CAN DO THAT NOW OR LATER.

09:07AM  13        THE COURT:  I SEE.  LET ME TELL YOU MY THOUGHT ON

09:07AM  14   THAT IS I WOULD LIKE TO CONCLUDE OUR DAILY SESSIONS BY

09:07AM  15   2:00 P.M. IF POSSIBLE.  THAT'S A GOAL THAT I'VE SET, AND THAT

09:07AM  16   MEANS WE START AT 9:00 O'CLOCK AT LEAST NOW, 9:00 O'CLOCK.

09:07AM  17   MY THOUGHT IS THAT WE WOULD PERHAPS SPLIT THE DAY AND HAVE

09:07AM  18   WHATEVER HOURS WE CAN AND MAYBE HAVE ONE BREAK, THERE MIGHT BE

09:07AM  19   A 2 HOUR SESSION AT A TIME, AND THEN HAVE ONE 20 MINUTE BREAK,

09:07AM  20   SOMETHING LIKE THAT, 30 MINUTE BREAK, AND THEN COMPLETE THE

09:07AM  21   DAY.

09:07AM  22   OF COURSE, WE'LL TAKE BREAKS AS NEEDED, AND I WILL ADVISE

09:07AM  23   THE JURY OF THAT, THAT IF SOMEONE NEEDS TO TAKE AN UNSCHEDULED

09:07AM  24   BREAK FOR ANY REASON, WE'LL, OF COURSE, ACCOMMODATE THAT.

09:07AM  25   BUT MY THOUGHT IS BECAUSE OF THE LENGTH OF THE TRIAL, THAT

09:07AM 1    IS THE DURATION OF IT, FATIGUE SETS IN FOR JURORS, WE ALL KNOW

09:08AM 2    THAT.  SO MY THOUGHT WAS TO KEEP THE DAY, CAPTURE AS MUCH AS WE

09:08AM 3    CAN, BUT TO END THE DAY AROUND 2:00 AT THE LATEST.

09:08AM 4         NOW, THIS IS ALL DEPENDENT ALSO ON THE MAKEUP OF OUR JURY

09:08AM 5    PANEL BECAUSE, YOU KNOW, WE HALE JURORS FROM AS FAR AS

09:08AM 6    KING CITY SOUTH FROM SAN BENITO COUNTY AND SANTA CRUZ AREA TO

09:08AM 7    THE WEST.

09:08AM 8         SO DEPENDENT ON THEIR GEOGRAPHIC LOCATION, WE MAY BE ABLE

09:08AM 9    TO START EARLIER AT 8:30.  THAT'S SOMETHING ELSE THAT I WOULD

09:08AM 10   LOOK AT, WHICH WILL AFFORD US SOME ADDITIONAL TRIAL TIME, AND

09:08AM 11   WE'LL SCHEDULE ACCORDINGLY.

09:08AM 12        BUT WE'RE NOT GOING TO GO UNTIL 5:00.  WE'RE NOT GOING TO

09:08AM 13   DO A 9:00 TO 5:00 TRIAL, AND THAT'S FOR A COUPLE OF REASONS:

09:08AM 14   FATIGUE AND ALSO IN OUR CURRENT SITUATION.  I WANT THE JURORS

09:08AM 15   TO FEEL LIKE THEY'RE NO IN AN ENCLOSED CONFINEMENT FOR ALL OF

09:09AM 16   THAT TIME FOR FIVE TO SEVEN HOURS AT A TIME.

09:09AM 17        I SHOULD TELL, IF I'M NOT MISTAKEN, I'LL GET THE STAT ON

09:09AM 18   THIS, BUT I'VE TALKED ABOUT THE FILTRATION WE HAVE IN THIS

09:09AM 19   COURTHOUSE, AND IT'S THE HEPA 13 OR 14.  I WAS ALSO INFORMED

09:09AM 20   THAT THE AIR AT LEAST IN MY COURTROOM AND I THINK OTHERS

09:09AM 21   CIRCULATES COMPLETELY I THINK IT'S NINE MINUTES, I THINK EVERY

09:09AM 22   NINE MINUTES THE AIR, OWING TO OUR SYSTEM, RECIRCULATES IN ITS

09:09AM 23   ENTIRETY.  WE'LL HAVE OTHER FILTERS AND THINGS PUT UP, BUT I

09:09AM 24   DON'T WANT TO GET INTO THAT JUST NOW.

09:09AM 25        I DON'T KNOW IF THAT'S --

09:09AM 1     MR. DOWNEY:  YOUR HONOR, THAT'S FINE.  I THINK FROM

09:09AM 2   OUR PERSPECTIVE IF THE SCHEDULE ACCOMMODATES A BREAK EVERY TWO

09:09AM 3   TO TWO AND A HALF HOURS, I THINK DURING THE COURSE OF THE DAY

09:09AM 4   WE'LL NEED PROBABLY ONE LONG BREAK AS I THINK THAT SCHEDULE

09:09AM 5   ANTICIPATES.  WE MAY NEED SOMETHING MORE ALONG THE LINES OR

09:09AM 6   40 MINUTES INSTEAD OF 30 MINUTES, ALTHOUGH AS WE GO OVER TIME

09:09AM 7   WE MAY BE ABLE TO ADJUST.  SO MY REQUEST IS ONLY FOR THAT AND

09:09AM 8   WHATEVER SCHEDULE WORKS WITH THAT IS FINE.

09:10AM 9     WHAT YOUR HONOR HAS DESCRIBED I THINK IS CONSISTENT WITH

09:10AM 10   THAT, SO THAT'S FINE WITH US.

09:10AM 11     THE COURT:  OKAY.  THANK YOU.

09:10AM 12     MR. SCHENK, ANYTHING ABOUT THIS?

09:10AM 13     MR. SCHENK:  NO.  THE SCHEDULE PROPOSED BY THE COURT

09:10AM 14   IS CERTAINLY FINE WITH THE GOVERNMENT, AND THE SUGGESTIONS THAT

09:10AM 15   MR. DOWNEY MAKES ARE ALSO FINE WITH THE GOVERNMENT.  WHATEVER

09:10AM 16   WORKS FOR THE COURT.

09:10AM 17     THE COURT:  ALL RIGHT.  THANK YOU.

09:10AM 18     MY SENSE IS THAT WE WILL, AS WE BEGIN THE CASE AND AS THE

09:10AM 19   CASE UNFOLDS, WE'RE GOING TO DEVELOP OUR OWN FEEL FOR THINGS,

09:10AM 20   AS TRIALS DO, AND IT MAY BE THAT WE'LL GO A LITTLE LATER

09:10AM 21   BECAUSE OF NECESSITY OF A WITNESS OR AN EXHIBIT OR SOMETHING,

09:10AM 22   AND WE MIGHT START EARLY OR -- YOU KNOW, BUT THAT'S HOW TRIALS

09:10AM 23   ARE, THEY'RE KIND OF A MOVEABLE FEAST.  SO WE'LL SEE HOW IT

09:10AM 24   WORKS.

09:10AM 25     MR. SCHENK:  YOUR HONOR, ONE THOUGHT.

09:10AM 1          THE COURT SUGGESTED THAT IT HOPED TO HAVE A JURY SELECTED

09:10AM 2    BY WEDNESDAY BUT THEN MAYBE TAKE ABOUT A WEEK BREAK AND NOT

09:10AM 3    BEGIN OPENINGS OR HEAR EVIDENCE FOR ANOTHER WEEK.  WOULD IT BE

09:10AM 4    THAT THE COURT'S PLAN TO SWEAR THE JURY AT THE END OF THE DAY

09:10AM 5    ON WEDNESDAY OR WOULD IT FORMALLY SWEAR THE JURY IN THE MORNING

09:10AM 6    OF I THINK IT'S THE 8TH OR WEDNESDAY, SEPTEMBER 8TH?

09:11AM 7          THE COURT:  WELL, MY THOUGHT WAS TO SWEAR -- IMPANEL

09:11AM 8    THE JURY, SWEAR THE JURY AS SOON AS WE HAVE, YOU HAVE AGREEMENT

09:11AM 9    ON YOUR JURY, AND THEN THE COURT WOULD ADMONISH ACCORDINGLY AS

09:11AM 10   TO WHAT THEY THE JURY, AND THE THINGS THAT THEY NEED TO DO TO

09:11AM 11   STAY AWAY FROM -- TO KEEP FREE AND TO KEEP AN OPEN MIND.  THERE

09:11AM 12   ARE INSTRUCTIONS THAT SPEAK TO THAT.

09:11AM 13         SO THAT WAS MY THOUGHT RATHER THAN TO SELECT THE JURY AND

09:11AM 14   THEN SWEAR THEM AFTERWARDS.  IT JUST SEEMS TO ME IT MAKES SENSE

09:11AM 15   TO GET THE JURY IMPANELED, SWORN, JEOPARDY ATTACHES AT THAT

09:11AM 16   POINT AND THEN WE GO FORWARD.

09:11AM 17         MR. DOWNEY:  THAT'S FINE WITH US, YOUR HONOR.

09:11AM 18         MR. SCHENK:  RIGHT.  I UNDERSTAND SOMETIMES WHEN

09:11AM 19   COURTS TAKE A BREAK BETWEEN THE SELECTION AND THE ACTUAL

09:11AM 20   BEGINNING OF TRIAL THEY ADMONISH THE JURY, THEY EXPLAIN TO THE

09:11AM 21   JURY WHAT THEY'RE NOT ALLOWED TO RECEIVE ACCESS TO, BUT THEY

09:11AM 22   CHOOSE TO ACTUALLY SWEAR THEM THE MORNING THAT THE EVIDENCE

09:12AM 23   BEGINS.

09:12AM 24         WE DEFER TO THE COURT ON THAT DECISION, BUT I ONLY RAISE

09:12AM 25   IT BECAUSE I KNOW SOME COURT'S PRACTICE SWEARING RIGHT BEFORE

09:12AM  1    THE BEGINNING OF EVIDENCE.

09:12AM  2         THE COURT:  RIGHT.  WELL, THANK YOU.

09:12AM  3    WHAT WE'LL DO IS IF I SWEAR THEM ONCE WE SELECT OR ONCE

09:12AM  4    YOU SELECT YOUR JURY, THEN I'LL REMIND THEM, OF COURSE, I'LL

09:12AM  5    ADMONISH THEM AS BEST I CAN FOR THAT BREAK, AND THEN WHEN WE

09:12AM  6    RETURN, I'LL ALSO SPEAK TO THEM ALSO ABOUT THEIR OBLIGATIONS

09:12AM  7    AND AGAIN REMIND THEM OF THAT.

09:12AM  8    I ALSO WANTED TO TALK -- WE'LL TALK A LITTLE BIT ABOUT

09:12AM  9    SOME OF THE PROTOCOLS THAT MIGHT ENGAGE.  WE HAVE TO BE

09:12AM  10   THINKING AHEAD ABOUT IF THERE ARE OR IF FOR WHATEVER REASON

09:12AM  11   THERE NECESSITATES A NEED TO TAKE A RECESS IN THE TRIAL, THAT'S

09:12AM  12   SOMETHING THAT I THINK WE SHOULD ALSO BE COGNIZANT OF FOR

09:12AM  13   WHATEVER REASON.  AND LET ME JUST SAY IF THERE'S A HEALTH ISSUE

09:12AM  14   THAT COMES UP, WE'LL HAVE TO DISCUSS A PROTOCOL.  I'M SURE

09:12AM  15   YOU'VE THOUGHT ABOUT AS TO WHAT THAT RECESS WOULD BE AND HOW WE

09:13AM  16   WOULD MANAGE THAT.

09:13AM  17   BUT THESE ARE ALL THINGS THAT I THINK WE'RE THINKING ABOUT

09:13AM  18   NOW IN THE CURRENT CLIMATE.

09:13AM  19   OKAY.

09:13AM  20        MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:13AM  21        THE COURT:  ALL RIGHT.  LET'S GO THROUGH YOUR STATUS

09:13AM  22   REPORT, PLEASE.  I'M ON DOCKET 907, THE QUESTIONNAIRE, I THINK

09:13AM  23   WE JUST TALKED ABOUT THAT.

09:13AM  24   IS THERE ANY ISSUE AS TO THE QUESTIONNAIRE?

09:13AM  25        MR. DOWNEY:  YOUR HONOR, I ONLY HAVE A LOGISTICS

09:13AM 1    QUESTION RELATED TO IT, WHICH IS THEY WILL BE COMPLETING IT ON

09:13AM 2    BOTH THURSDAY AND FRIDAY OF THIS WEEK.

09:13AM 3         SHOULD WE, SHOULD WE -- THE WAY THE ARRANGEMENTS HAVE BEEN

09:13AM 4    AGREED TO AMONG THE PARTIES, THE GOVERNMENT IS GOING TO PRINT

09:13AM 5    THE COPIES THAT WILL BE AVAILABLE FOR THE COURT TOMORROW, AND

09:13AM 6    THEN WE'RE GOING TO PICK UP THE COPIES AND SCAN THEM AND MAKE

09:14AM 7    THEM AVAILABLE ACCORDING TO THE COURT'S INSTRUCTIONS.

09:14AM 8         IN PICKING THEM UP, SHOULD WE PICK THEM ALL UP ON FRIDAY

09:14AM 9    OR SHOULD WE PICK THE ONES THAT ARE COMPLETED ON THURSDAY ON

09:14AM 10   THURSDAY AND THE ONES ON FRIDAY ON FRIDAY?  I ASK.  IT'S A

09:14AM 11   LOGISTICS QUESTION.  IT'S EASIER TO DO HALF AND HALF THAN ALL

09:14AM 12   OF THEM AT ONCE.

09:14AM 13        THE COURT:  I APOLOGIZE, I HAVEN'T GOT THAT

09:14AM 14   GRANULAR.

09:14AM 15        MR. DOWNEY:  YES.

09:14AM 16        THE COURT:  BUT I THINK WHATEVER IS EASIEST FOR YOU.

09:14AM 17   YOU'RE THE ONES WHO ARE DOING THAT WORK, SO MAYBE IT MAKES

09:14AM 18   SENSE TO PICK UP THURSDAY'S WORK AND GET THAT DONE AND THEN DO

09:14AM 19   FRIDAY'S.

09:14AM 20        MR. BOSTIC, DO YOU HAVE A THOUGHT ABOUT THAT?

09:14AM 21        MR. BOSTIC:  YOUR HONOR, I THINK EITHER IS FINE.

09:14AM 22   PERHAPS THE PARTIES CAN MEET AND CONFER ON THAT AND THEN

09:14AM 23   COORDINATE WITH MS. KRATZMANN REGARDING THE BEST WAY TO HANDLE

09:14AM 24   THAT.

09:14AM 25        MR. DOWNEY:  YES, WE'LL TALK TO MS. KRATZMANN.

09:14AM 1          THE COURT:  OKAY.  GREAT.

09:14AM 2      SHOULD WE MOVE TO 2, JURY SELECTION, UNLESS THERE'S

09:14AM 3  ANYTHING FURTHER ON THE QUESTIONNAIRE?

09:14AM 4      LET'S DO THAT THEN.  WE TALKED ABOUT, AND AS YOU RECALL, I

09:15AM 5  HAD INDICATED THAT YOU'LL HAVE THE QUESTIONNAIRES.  AND YOU'LL

09:15AM 6  HAVE THE BENEFITS OF THE QUESTIONNAIRES, THE COMPLETED

09:15AM 7  QUESTIONNAIRES, IN THAT WEEK INTERIM IS TO ALLOW COUNSEL TO

09:15AM 8  REVIEW IT AND MEET AND CONFER AND SEE IF YOU CAN REACH

09:15AM 9  AGREEMENT AS TO ANY CHALLENGES TO THE PANEL, AND I'LL BE HAPPY

09:15AM 10  TO RECEIVE THOSE AND LOOK AT THOSE WITH YOU.

09:15AM 11      I THINK YOUR POINT TWO SUGGESTS THE TIME TO MEET FOR THAT,

09:15AM 12  AND I'M OPEN TO WHATEVER YOU THINK YOU NEED THAT FOLLOWING

09:15AM 13  WEEK, AND WE CAN SCHEDULE SOMETHING FOR YOU.  AND THEN IF

09:15AM 14  YOU'LL LET MS. KRATZMANN KNOW, AND WE'LL DO THAT.

09:15AM 15      AS YOU MAKE YOUR SELECTIONS, I JUST HAVE TO REMIND YOU TO,

09:15AM 16  AS I WILL, I WILL KEEP IN MIND ANY BATSON ISSUES AND YOU

09:15AM 17  SHOULD, TOO.  YOU'RE BOTH OBLIGATED TO BE CONSCIOUS OF THAT,

09:15AM 18  AND I WILL, TOO, AS I LOOK AT THE STRIKES AND SEE WHAT WE REACH

09:16AM 19  IN OUR DISCUSSION.

09:16AM 20      BUT THAT'S ALL.  ARE YOU STILL IN AGREEMENT TO DO THAT?

09:16AM 21          MR. SCHENK:  YES, YOUR HONOR.  I THINK IT MAKES

09:16AM 22  SENSE TO HAVE THE PARTIES MEET AND CONFER WITH REGARD TO ANY

09:16AM 23  AGREED UPON CHALLENGES.

09:16AM 24      WOULD THE COURT LIKE US TO E-MAIL THE COURT A LIST OF

09:16AM 25  JUROR NUMBERS OR JUROR NAMES THAT WE'VE REACHED AGREEMENT ON?

09:16AM  1    WOULD THAT BE HELPFUL?

09:16AM  2          THE COURT:  IT WOULD BE VERY HELPFUL.  IF YOU COULD

09:16AM  3    DO THAT, THEN I'LL REVIEW -- I'LL GO THROUGH THE QUESTIONNAIRES

09:16AM  4    THAT I HAVE FOR ANY ISSUES, AND THEN WE CAN MAYBE SCHEDULE A

09:16AM  5    FORMAL TIME, WE CAN GO ON THE RECORD TO MEMORIALIZE THOSE.

09:16AM  6        SO IF I CAN GET THOSE IN ADVANCE, THAT WOULD BE HELPFUL.

09:16AM  7          MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

09:16AM  8          THE COURT:  NUMBER 3 IS THE NEUTRAL STATEMENT.  I

09:16AM  9    THINK YOU'VE AGREED THAT THE QUESTIONNAIRE'S SUMMARY CAN BE

09:16AM  10   USED FOR THE NEUTRAL STATEMENT.

09:16AM  11         MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

09:16AM  12         MR. SCHENK:  YES.

09:16AM  13         THE COURT:  AND I WILL DO THAT.

09:16AM  14     THE QUESTION OF ALTERNATES, WE HAVE FOUR NOW.  AND SHOULD

09:17AM  15   WE INCREASE THAT TO FIVE?

09:17AM  16         MR. SCHENK:  YES, WE SHOULD.

09:17AM  17         THE COURT:  I WAS DOING SOME FURNITURE REARRANGING

09:17AM  18   IN OUR COURTROOM HERE AS YOU PROBABLY CAN SEE, AND TRYING TO

09:17AM  19   FIGURE OUT HOW WE CAN ARRANGE FOR OUR JURORS TO KEEP OUR

09:17AM  20   SEATING AS IT IS IN OUR JURY BOX.

09:17AM  21     LET ME JUST SAY, I AM INCLINED TO HAVE TO USE THE SEATS IN

09:17AM  22   OUR JURY BOX AND NOT SKIP SPACES NOW.  WE'LL, OF COURSE,

09:17AM  23   INQUIRE ABOUT JUROR'S COMFORT LEVEL IN THAT.  I GUESS IT'S

09:17AM  24   DEPENDENT ALSO ON CERTAIN HEALTH QUESTIONS THAT WE'LL GET

09:17AM  25   ANSWERS TO FROM THE QUESTIONNAIRE.

09:17AM   1        BUT THAT'S HOW I WOULD LIKE TO START.  YOU SEE THERE'S A

09:17AM   2    COUPLE OF SEATS OUTSIDE OF THE BOXES THAT WE MIGHT USE IF WE

09:17AM   3    NEED TO.

09:17AM   4        LET ME INDICATE, IF WE NEED TO EXPAND FOR WHATEVER REASON

09:18AM   5    OUTSIDE OF THE JURY BOX, OUTSIDE OF THE WELL, MY THOUGHT IS

09:18AM   6    THAT WE WOULD USE THE ROW THAT IS ON THE SAME SIDE OF THE JURY

09:18AM   7    BOX BUT OUTSIDE OF THE RAIL, THAT FIRST ROW, WHERE I THINK

09:18AM   8    THERE ARE TWO PEOPLE SEATED NOW.

09:18AM   9        MY SENSE IS THAT WE COULD POPULATE THAT ROW WITH ANY

09:18AM   10   ADDITIONAL JURORS.  AND IT WOULD BE MY INTENT TO KEEP THE ROW

09:18AM   11   BEHIND THAT OPEN AND VACANT SUCH THAT THE PUBLIC IS NOT SEATED

09:18AM   12   DIRECTLY MIND THE JURORS TO AFFORD SOME SEPARATION, IF YOU

09:18AM   13   WILL.

09:18AM   14       THAT'S MY INTENT IF WE GO -- IF WE HAVE TO EXPAND OUTSIDE

09:18AM   15   OF THE WELL.  I THINK WE CAN ACCOMPLISH IT THAT WAY.

09:18AM   16            MR. DOWNEY:  I GATHER, YOUR HONOR.  WE CAN THINK

09:18AM   17   ABOUT THAT WHEN IT'S RIPE.  I -- YOU KNOW, I UNDERSTAND WHY THE

09:18AM   18   COURT WOULD DO THAT.  I DON'T KNOW WHAT CONCERNS IT WOULD

09:18AM   19   PRESENT IN TERMS OF VISIBILITY AND SO FORTH, SO WE'LL TAKE A

09:18AM   20   LOOK AT IT WHEN THE ISSUE IS RIPE, AND IF WE HAVE A CONCERN,

09:18AM   21   WE'LL RAISE IT THEN.

09:18AM   22            THE COURT:  SURE.  OKAY.

09:18AM   23       I'M JUST TRYING TO GIVE YOU AS MUCH INFORMATION AS I CAN

09:19AM   24   FOR YOUR THOUGHTS.

09:19AM   25       ALL RIGHT.  SO ALTERNATES, SHALL WE SAY FIVE?

09:19AM  1          MR. SCHENK:  THANK YOU, YOUR HONOR.  YES.

09:19AM  2          MR. DOWNEY:  IT'S UP TO YOUR HONOR.

09:19AM  3          THE COURT:  ALL RIGHT.  LET'S HAVE FIVE ALTERNATES,

09:19AM  4   MADAM CLERK.

09:19AM  5          THE CLERK:  YES, YOUR HONOR.

09:19AM  6          THE COURT:  I THINK I WAS AHEAD OF MYSELF ON 5, THE

09:19AM  7   COURTROOM PROCEDURES, AS I WAS TALKING TO YOU ABOUT THE LAYOUT

09:19AM  8   OF WHAT WE MIGHT DO.  I ALSO WANT YOU TO THINK ABOUT PROTOCOLS

09:19AM  9   SHOULD WE NEED TO ENGAGE SOMETHING BECAUSE OF THE HEALTH

09:19AM  10  SITUATION, AND, OF COURSE, WE CAN'T PREDICT THAT.

09:19AM  11         IF WE NEED TO TAKE A RECESS, IF WE NEED TO ASK INDIVIDUALS

09:19AM  12  TO TEST, WE'LL DO THAT.

09:19AM  13         I DID SOME INVESTIGATION ABOUT PURCHASING SOME BULK

09:19AM  14  TESTING, AND I WAS TOLD THAT THEY MIGHT BE AVAILABLE IN A COST

09:19AM  15  EFFECT ACTIVE MANNER.  I HAVEN'T FOUND THE COST EFFECTIVE

09:20AM  16  SOLUTION YET, BUT WE'LL SEE, AND WE'LL KEEP ALL OF OUR OPTIONS

09:20AM  17  OPEN.

09:20AM  18         MR. DOWNEY:  YOUR HONOR, ON THAT WE'VE BEEN THINKING

09:20AM  19  ALONG THE SAME LINES, MAYBE ENCOUNTERING SOME OF THE SAME

09:20AM  20  BARRIERS AS YOUR HONOR.

09:20AM  21         BUT I DO THINK IT MIGHT BE POSSIBLE, AND WE CAN INFORMALLY

09:20AM  22  MAKE A SUGGESTION AS TO THAT AND CONSULT WITH THE GOVERNMENT

09:20AM  23  BEFORE WE DO SO.

09:20AM  24         THE COURT:  OKAY.  I WAS INFORMED SOME TIME AGO THAT

09:20AM  25  BULK QUICK TESTS, I DON'T KNOW WHAT THEY'RE CALLED, THEY'RE

09:20AM 1    AVAILABLE IN CERTAIN COUNTRIES, IN EUROPE THEY'RE USING THESE,

09:20AM 2    AND I WAS INFORMED THAT THEY WERE SOMEWHAT AFFORDABLE.  I

09:20AM 3    LOOKED, AND I DIDN'T SEE ANY THAT LOOKED LIKE THEY WERE

09:20AM 4    AFFORDABLE.

09:20AM 5        I'M NOT CERTAIN THE COURT'S BUDGET WOULD DO THAT, BUT I

09:20AM 6    WAS THINKING OF JUST PURCHASING THOSE FOR OUR USE, BUT WE'LL

09:20AM 7    KEEP LOOKING AND SEE.

09:20AM 8        NUMBER 6 IS COURTROOM TECHNOLOGY AND WALKTHROUGH.  I THINK

09:20AM 9    YOU'RE GOING TO SCHEDULE YOUR TIME WITH MS. KRATZMANN AND OUR

09:21AM 10   STAFF ABOUT THAT.

09:21AM 11          MR. SCHENK:  I'M SORRY, YOUR HONOR.  THIS MIGHT FIT

09:21AM 12   UNDER 5.

09:21AM 13       DOES THE COURT HAVE -- HAS IT REACHED A CONCLUSION ABOUT

09:21AM 14   KEEPING THE PLASTIC UP OR -- I'M ALSO CURIOUS, I KNOW THAT THE

09:21AM 15   COURT MENTIONED SOME JURORS SITTING IN THE FIRST ROW.

09:21AM 16       WILL THE REST OF THE GALLERY HAVE SEATING LIMITS ON IT OR

09:21AM 17   IS IT FIRST COME FIRST SERVE?  I HAVEN'T --

09:21AM 18          THE COURT:  OH, YES.  WELL, AS TO THAT IT IS FIRST

09:21AM 19   COME, FIRST SERVE, AND WE WILL HAVE AN OVERFLOW ROOM THAT IS

09:21AM 20   BEING MADE AVAILABLE HERE.  I THINK IT'S ON THE FOURTH FLOOR IF

09:21AM 21   I'M NOT MISTAKEN.  I'LL HAVE TO CONFIRM THAT.  BUT IT'S ON OUR

09:21AM 22   WEBSITE I BELIEVE.

09:21AM 23          MR. SCHENK:  UH-HUH.

09:21AM 24          THE COURT:  AND SO FAR THE OVERFLOW ROOM WILL BE SET

09:21AM 25   UP FOR AUDIO ONLY.  IT WILL HAVE A COMPONENT THAT IF EXHIBITS

09:21AM 1    ARE DISPLAYED IN COURT ON OUR SCREENS, THAT OVERFLOW ROOM WILL

09:22AM 2    BE ABLE TO CAPTURE THOSE EXHIBITS AS WELL FOR ANY MEMBER OF THE

09:22AM 3    PUBLIC WHO IS PRESENT THERE.

09:22AM 4         SO THAT WILL EXIST, AN OVERFLOW ROOM WILL EXIST HERE.

09:22AM 5         WE'LL, OF COURSE, BE OPEN TO THE PUBLIC HERE AND FOR

09:22AM 6    SEATING HERE AS NEEDED, BUT IT IS FIRST COME FIRST SERVE HERE.

09:22AM 7         WE'LL TRY TO -- I KNOW THAT I'M INFORMED FROM OUR

09:22AM 8    SAN FRANCISCO MEDIA INDIVIDUAL THAT THE PRESS HAS ASKED IF

09:22AM 9    THERE'S AN AREA FOR THE PRESS AND WE'RE -- WE CAN'T RESERVE

09:22AM 10   SEATS, BUT WE'LL INDICATE SOME FOR THE PRESS.

09:22AM 11        AS I SAID, WE HAVE THE OVERFLOW ROOM, WHICH RAISES ANOTHER

09:22AM 12   QUESTION WHICH IS ON MY LIST A LITTLE DEEPER BUT NOW IS THE

09:22AM 13   TIME TO ASK.  WHAT ARE THE PARTIES' THOUGHTS OF HAVING A CAMERA

09:22AM 14   IN THIS ROOM THAT WOULD DISCRETE -- I THINK IT'S ONE OF THESE

09:23AM 15   CAMERAS FOR COMPUTERS, SMALL THINGS -- THAT WOULD DISPLAY THE

09:23AM 16   PROCEEDINGS AS IF SOMEONE WERE SEATED IN THE AUDIENCE FORWARD,

09:23AM 17   IF YOU WILL, ONLY TO THE COURTHOUSE?  IT WOULD NOT BE LIVE

09:23AM 18   STREAMED, YOUTUBE OR ANY OF THAT.  IT WOULD ONLY BE DISPLAYED

09:23AM 19   IN THE COURTROOM IN THE OVERFLOW ROOM.

09:23AM 20        WE MAY BE ABLE TO DO THAT.  I'VE BEEN TALKING TO OUR I.T.

09:23AM 21   PEOPLE ABOUT THAT AND SUCH THAT THE PUBLIC IN THE OVERFLOW ROOM

09:23AM 22   WOULD HAVE A VIEW OF THE PROCEEDINGS, AND, AGAIN, IT WOULD BE A

09:23AM 23   DISCRETE VIEW, AND I WOULD WORK WITH I.T. AND WITH YOUR

09:23AM 24   AGREEMENT WOULD GET THE FIELD OF VIEW, IF YOU WILL, OF THAT

09:23AM 25   CAMERA.

09:23AM 1       I WAS GOING TO ASK YOUR THOUGHTS ABOUT THAT.  I DON'T KNOW

09:23AM 2   IF YOU'RE PREPARED TO TALK ABOUT THAT NOW OR IF YOU WANT TO

09:23AM 3   THINK ABOUT IT.

09:23AM 4        MR. DOWNEY:  YOUR HONOR, FROM THE DEFENSE'S

09:23AM 5   PERSPECTIVE, I DON'T HAVE AN OBJECTION TO IT IN PRINCIPLE, BUT

09:23AM 6   MAYBE WE CAN LOOK AT BOTH THE VIEW IT CONVEYS AND WHERE THE

09:24AM 7   EQUIPMENT SITS IN THIS COURTROOM WHEN WE DO OUR WALKTHROUGH.

09:24AM 8        THE COURT:  SURE.

09:24AM 9        MR. DOWNEY:  AND THAT MIGHT BE A GOOD WAY TO WORK

09:24AM 10  THROUGH IT.

09:24AM 11       THE COURT:  OKAY.

09:24AM 12       MR. SCHENK:  NO OBJECTION FROM THE GOVERNMENT.  I

09:24AM 13  RECALL JUDGE HENDERSON DID THAT IN A TRIAL IN SAN FRANCISCO.

09:24AM 14       THE COURT:  SURE.  I'LL CONTACT OUR I.T. AND JUST

09:24AM 15  SEE WHAT THAT IS AND WHERE IT IS.

09:24AM 16    AGAIN, IT WOULD NOT BE FOR BROADCAST ON ANY PUBLIC

09:24AM 17  CHANNEL.  WE'RE NOT PERMITTED TO DO THAT.

09:24AM 18    THIS WOULD BE AN INTRA COURT.  SO IT WOULD BE IN OUR

09:24AM 19  COURTROOM DOWNSTAIRS ONLY AND PEOPLE WOULD COME IN AND VIEW IT

09:24AM 20  THERE.

09:24AM 21    ALL RIGHT.  WE'LL LOOK INTO THAT.

09:24AM 22       MR. DOWNEY:  YOUR HONOR, WITH THE SEATING

09:24AM 23  LIMITATIONS, I ANTICIPATE THAT SOME MEMBERS OF MS. HOLMES'S

09:24AM 24  FAMILY AND FRIENDS WILL WANT TO ATTEND AND BE WITH MS. HOLMES

09:24AM 25  DURING THE TRIAL.

```
09:24AM   1          COULD WE RESERVE A CERTAIN NUMBER OF SEATS FOR THAT
09:24AM   2    PURPOSE?
09:24AM   3          THE COURT:  DO YOU HAVE ANY IDEA OF THE NUMBER?
09:24AM   4          MR. DOWNEY:  I THINK SOMEWHERE IN THE NEIGHBORHOOD
09:24AM   5    AS THREE, AND MAYBE AS MANY, DEPENDING ON HOW IT WORKS OUT,
09:25AM   6    MAYBE MORE ON SOME DAYS, BUT IF WE COULD RESERVE THREE AND KNOW
09:25AM   7    THAT THOSE WERE AVAILABLE, WE WOULD APPRECIATE THAT ABILITY.
09:25AM   8          THE COURT:  I ANTICIPATE AS FAR AS LOCATION YOU
09:25AM   9    WOULD WANT THEM RIGHT BEHIND YOU OR DO YOU HAVE A --
09:25AM  10          MR. DOWNEY:  YES.
09:25AM  11          MR. SCHENK:  YOUR HONOR, I WOULD MAKE THE SAME
09:25AM  12    REQUEST FOR THE GOVERNMENT FOR SOME AGENTS.  THAT'S WHAT I WAS
09:25AM  13    CURIOUS ABOUT WHEN I WAS ASKING ABOUT THE NUMBER OF SEATS
09:25AM  14    AVAILABLE IN THE COURTROOM.  I DON'T HAVE A NUMBER RIGHT NOW
09:25AM  15    FOR THE COURT.  IF I COULD GET BACK TO YOU ON THAT.
09:25AM  16          THE COURT:  OKAY.  WELL, WE'LL SEE WHAT WE CAN DO.
09:25AM  17    I UNDERSTAND THE REQUEST FOR THAT, AND I THINK WE CAN
09:25AM  18    ACCOMMODATE THOSE THINGS.
09:25AM  19          MR. SCHENK:  OKAY.
09:26AM  20          MR. DOWNEY:  THANK YOU.
09:26AM  21          THE COURT:  ALL RIGHT.  I'M ON NUMBER 7, FACTUAL
09:26AM  22    STIPULATIONS.  AND IT SEEMS LIKE YOU'RE STILL IN MEET AND
09:26AM  23    CONFERS ON THOSE, AND YOU'LL NOTIFY THE COURT WITH ANY RESULT?
09:26AM  24          MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.
09:26AM  25          THE COURT:  ALL RIGHT.  NUMBER 8 IS WITNESS AND
```

09:26AM  1      EXHIBITS.  WHERE ARE WE IN THIS CATEGORY?

09:26AM  2          MR. BOSTIC.

09:26AM  3              MR. BOSTIC:  YOUR HONOR, THE PARTIES HAVE RECENTLY

09:26AM  4      EXCHANGED UPDATED EXHIBIT LISTS.  AND THE PARTIES HAVE ALSO

09:26AM  5      BEEN DISCUSSING MECHANICS FOR DISCLOSURE OF WITNESSES AT TRIAL,

09:26AM  6      AND AS DESCRIBED IN THE JOINT SUBMISSION, THERE'S A DISPUTE ON

09:26AM  7      THOSE POINTS.

09:26AM  8          I CAN ADDRESS THAT NOW, YOUR HONOR.

09:26AM  9              THE COURT:  SURE.  I THINK THAT'S 8A AND B.

09:26AM 10              MR. BOSTIC:  YES.  FIRST, THE PARTIES ARE DISCUSSING

09:26AM 11      FOR THE GOVERNMENT'S CASE THE POSSIBILITY OF THE GOVERNMENT

09:27AM 12      DISCLOSING IN SEGMENTS WHAT WITNESSES IT EXPECTS TO CALL.

09:27AM 13          THE GOVERNMENT HAS OFFERED TO DISCLOSE TO THE DEFENSE THE

09:27AM 14      LIST OF LIKELY WITNESSES IN TWO SEGMENTS FOR THE FIRST HALF OF

09:27AM 15      THE TRIAL AND THEN FOR THE SECOND.  I BELIEVE THE DATES

09:27AM 16      PROPOSED BY THE GOVERNMENT WERE AUGUST 24TH FOR DISCLOSING THE

09:27AM 17      WITNESSES THAT IT EXPECTS TO CALL IN THE FIRST HALF OF ITS

09:27AM 18      TRIAL, AND THEN FOLLOWING UP AROUND SEPTEMBER 21ST REGARDING

09:27AM 19      WITNESSES THAT IT EXPECTS TO CALL IN THE SECOND HALF OF THIS

09:27AM 20      TRIAL OR IN THE SECOND HALF OF ITS CASE.

09:27AM 21          THE GOVERNMENT BELIEVES THAT WILL PROVIDE SUFFICIENT

09:27AM 22      NOTICE TO THE DEFENSE, ADDRESS THE DEFENSE'S CONCERNS ABOUT THE

09:27AM 23      SIZE OF THE GOVERNMENT'S OVERALL WITNESS LIST, SOMETHING THAT

09:27AM 24      THE COURT MENTIONED EARLIER.  SO THAT WOULD BE OUR PROPOSAL

09:27AM 25      THERE.

09:27AM  1    THE DEFENSE, I BELIEVE, WOULD LIKE EARLIER NOTICE AND

09:27AM  2    WOULD LIKE NOTICE IN QUARTERS INSTEAD OF IN HALVES.  WE THINK

09:27AM  3    THAT THE DISCLOSURE IN HALVES IS SUFFICIENT FOR THIS PURPOSE.

09:28AM  4    I CAN ALSO ADDRESS THE WEEKLY DISCLOSURE IF THE COURT

09:28AM  5    WOULD LIKE.

09:28AM  6    THE COURT:  SURE.  DO WE HAVE -- IS THERE A

09:28AM  7    DISAGREEMENT ABOUT IS IT THURSDAY EVENING OR FRIDAY MORNING?

09:28AM  8    MR. BOSTIC:  THE PARTIES ARE ONE DAY APART, YOUR

09:28AM  9    HONOR, THAT'S CORRECT.

09:28AM  10   AS THE COURT KNOWS, THIS KIND OF NOTICE IS NOT REQUIRED BY

09:28AM  11   THE RULES.  IN PAST TRIALS I'VE HAD EXPERIENCE WITH THE

09:28AM  12   GOVERNMENT PROVIDING NOTICE OF WITNESSES THE EVENING BEFORE OF

09:28AM  13   WHO IS GOING TO BE CALLED THE FOLLOWING DAY.

09:28AM  14   IN THIS CASE WE ARE WILLING TO PROVIDE A WEEK'S WORTH OF

09:28AM  15   NOTICE FOR WITNESSES -- EXCUSE ME, NOTICE REGARDING A WEEK'S

09:28AM  16   WORTH OF WITNESSES THE FRIDAY BEFORE A GIVEN TRIAL WEEK.  THAT

09:28AM  17   WOULD GIVE THE DEFENSE THREE FULL DAYS OF NOTICE AS TO

09:28AM  18   DEFENDANTS WHO ARE -- EXCUSE ME, WITNESSES WHO ARE GOING TO BE

09:28AM  19   CALLED ON THE TUESDAY, WEDNESDAY, AND FRIDAY OF THE FOLLOWING

09:28AM  20   WEEK.

09:28AM  21   WE RESPECTFULLY SUBMIT THAT NOTICE ON THURSDAY IS SOONER

09:28AM  22   THAN IS NECESSARY AND WOULD MAKE THAT JOB MORE COMPLICATED

09:28AM  23   GIVEN THAT FRIDAY IS A TRIAL DAY AND PLANS FOR THE FOLLOWING

09:28AM  24   WEEK MIGHT CHANGE ON A FRIDAY BASED ON THE EVOLVING NEEDS OF

09:29AM  25   THE CASE OR WITNESS SCHEDULES.

09:29AM 1      THE COURT:  IS IT COMPLICATED TO DO IT THE MIDDLE OF

09:29AM 2 THE DAY ON FRIDAY?

09:29AM 3      MR. BOSTIC:  ONLY COMPLICATED IN THAT WE'LL BE IN

09:29AM 4 THE MIDST OF TRIAL, YOUR HONOR.  SO WE WOULD LIKE CLOSE OF

09:29AM 5 BUSINESS ON FRIDAY AS THE DEADLINE, BUT, OF COURSE, WE'LL ABIDE

09:29AM 6 BY ANYTHING THE COURT SAYS.

09:29AM 7      MR. DOWNEY:  YOUR HONOR, THIS IS AN EFFICIENCY

09:29AM 8 MECHANISM FOR THE COURT AND THE JURY.  OUR HOPE WAS THAT WE

09:29AM 9 WOULD PRESENT LEGAL ISSUES THAT HAD TO BE RESOLVED MONDAY

09:29AM 10 MORNING, IF ANY, YOU KNOW, THINGS THAT COULD DELAY COURT IN OUR

09:29AM 11 ANTICIPATION FOR THE WEEK.

09:29AM 12      I WILL JUST SAY DIRECTLY AND IN GOOD FAITH TO THE COURT,

09:29AM 13 IF WE DON'T KNOW UNTIL FRIDAY, WE'RE LOOKING AT THOSE ISSUES

09:29AM 14 MORE LIKELY TUMBLING INTO BEING RAISED LATE MONDAY NIGHT OR

09:29AM 15 TUESDAY MORNING OR AS THE WITNESSES ARE TESTIFYING.  THE COURT

09:29AM 16 WELL KNOWS WHAT THAT DOES TO THE PACE OF A TRIAL.

09:29AM 17      SO FROM OUR PERSPECTIVE WE'RE NOT ANY BETTER OFF

09:29AM 18 TACTICALLY IF WE KNOW THURSDAY NIGHT OR FRIDAY.  SO FROM THAT

09:30AM 19 PERSPECTIVE IT DOESN'T MATTER.

09:30AM 20      THE PERSPECTIVE IT MATTERS FROM AND WHY I PROPOSED IT AND

09:30AM 21 WHAT HAS WORKED IN OTHER CASES IS WE RAISE THE LEGAL ISSUES AT

09:30AM 22 THE BEGINNING OF THE WEEK, THE GOVERNMENT HAS A CHANCE TO

09:30AM 23 RESPOND, AND THE COURT HAS A CHANCE TO CONSIDER IT, AND THE

09:30AM 24 PACE OF TRIAL IS NOT SLOWED.

09:30AM 25      AND IF THE DISCLOSURE IS FRIDAY, I CAN'T GUARANTEE THAT.

09:30AM   1    THAT'S JUST THE REALITY OF THE SITUATION.

09:30AM   2              THE COURT:  WELL, I UNDERSTAND THAT.  I WANT TO

09:30AM   3    RESPECT, AND I KNOW YOU ALL DO, TOO, THE EFFICIENT FLOW OF THE

09:30AM   4    TRIAL.

09:30AM   5         LET ME JUST SAY IN ADVANCE THAT WHAT SLOWS THE EFFICIENCY

09:30AM   6    OF TRIAL SOMETIMES IS GETTING A MOTION AT 5:30 IN THE MORNING

09:30AM   7    ON MONDAY MORNING TO BE DISCUSSED ON AT 8:30 MONDAY MORNING.

09:30AM   8              MR. DOWNEY:  IF MONDAY IS A TRIAL DAY.  IF MONDAY IS

09:30AM   9    NOT A TRIAL DAY, THEN YOU GET THAT SAME MOTION MONDAY MORNING,

09:30AM  10    THEN THINGS WORK MORE SMOOTHLY.  SO WE HAD PROPOSED THAT.

09:30AM  11              THE COURT:  IT CAN.  BUT WHEN ONE HAS A CALENDAR AT

09:30AM  12    1:30 ON A MONDAY.

09:30AM  13              MR. DOWNEY:  YOUR HONOR, THERE'S NO QUESTION.  BUT I

09:31AM  14    THINK THERE'S A NUMBER OF ISSUES THAT ARE RESERVED FOR MOTIONS

09:31AM  15    IN LIMINE.  IT'S A COME CONTEMPLATED TRIAL.  THERE ARE GOING TO

09:31AM  16    BE THOSE TYPES OF ISSUES.

09:31AM  17              THE COURT:  I APPRECIATE THAT.  IT JUST SEEMS -- I

09:31AM  18    THINK WE TALKED ABOUT THIS SOME MONTHS AGO.

09:31AM  19         AND I UNDERSTAND, MR. BOSTIC, YOUR DESIRE TO WAIT UNTIL

09:31AM  20    FRIDAY CLOSE OF BUSINESS, YOU CAN ASSESS THE WEEK'S WORK THAT

09:31AM  21    HAS BEEN DONE, AND THEN YOU CAN BETTER ASSESS WHAT CHANGES, IF

09:31AM  22    ANY, YOU NEED TO MAKE IN YOUR STRATEGY.

09:31AM  23         I CAN INDICATE THAT THE GOVERNMENT SHOULD SUPPLY THIS BY

09:31AM  24    THURSDAY BY 7:00 P.M., NO LATER THAN 7:00 P.M., BUT WITH THE

09:31AM  25    RESERVATION AND CAVEAT THAT IF THE GOVERNMENT DESIRES TO CHANGE

09:31AM  1    THE ORDER OR ADD SOMETHING, THEY CAN CERTAINLY PROVIDE THAT

09:31AM  2    INFORMATION, AND I WOULD CERTAINLY LISTEN TO ANY REASON WHY

09:31AM  3    THAT DECISION CAN BE MADE OR WHY THAT WITNESS IS GOING TO BE

09:32AM  4    CALLED AND WAS NOT YET IDENTIFIED, AND I'M CERTAIN THERE WILL

09:32AM  5    BE GOOD REASONS FOR THAT IF THAT COMES UP.  THAT'S ON BOTH

09:32AM  6    SIDES, TOO.

09:32AM  7         MR. DOWNEY:  THAT CAVEAT IS FINE WITH US,

09:32AM  8    YOUR HONOR.

09:32AM  9         MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

09:32AM  10    ON THE TOPIC OF THE ANTICIPATED LITIGATION DURING TRIAL,

09:32AM  11    THIS MAY BE A DISCUSSION FOR ANOTHER DAY, BUT I WONDER IF IT

09:32AM  12    WOULD BE POSSIBLE TO SET UP SOME KINDS OF PROCEDURES OR

09:32AM  13    UNDERSTANDINGS ABOUT NOTICE FOR THOSE MOTIONS AND THE TIMING OF

09:32AM  14    THOSE MOTIONS.

09:32AM  15    I HEAR MR. DOWNEY SAYING THAT THE DEFENSE MAY BE FILING

09:32AM  16    MOTIONS ON MONDAY MORNINGS.  I KNOW THAT THE COURT OBVIOUSLY

09:32AM  17    WILL HAVE A LOT TO DO.  THE GOVERNMENT WILL HAVE A LOT TO DO.

09:32AM  18    IF WE CAN HAVE NOTICE OF THOSE MOTIONS IN ADVANCE, IF

09:32AM  19    THERE COULD BE SOME UNDERSTANDING ABOUT THE TIME SCALE IN WHICH

09:32AM  20    THE GOVERNMENT IS EXPECTED TO RESPOND, THAT MIGHT BENEFIT THE

09:32AM  21    EFFICIENT PROCESS OF TRIAL ALSO.

09:32AM  22         MR. DOWNEY:  I THINK THAT SOME ARRANGEMENT THAT

09:32AM  23    GIVES HIM TIME TO RESPOND IS FINE BY ME.  I DON'T KNOW WHAT

09:33AM  24    EXACTLY HE'S PROPOSING, BUT IF HE WANTS TO RESPOND AND TO MANY

09:33AM  25    OF -- MANY OF THE MOTIONS HE MAY NOT NEED TO RESPOND TO.  WE'RE

09:33AM 1    UNDER A GREATER BURDEN TO IDENTIFY POTENTIALLY PREJUDICIAL

09:33AM 2    ISSUES, AND HE MAY BE SATISFIED TO ANSWER THEM ORALLY.

09:33AM 3        SO I DON'T KNOW WITH A TRIAL MOVING WHERE WE ONLY KNOW OF

09:33AM 4    WITNESSES A FEW DAYS IN ADVANCE WHAT SCHEDULE WOULD ACCOMMODATE

09:33AM 5    HIS CONCERN, BUT WE CERTAINLY ARE OPEN TO ONE THAT DOES.

09:33AM 6        OUR GOAL IS TO HAVE BOTH SIDES HAVE A CHANCE TO ADDRESS

09:33AM 7    THE ISSUE AND FOR THAT TO BE SOMETHING THAT THE COURT CAN

09:33AM 8    CONSIDER EFFICIENTLY.

09:33AM 9        MR. BOSTIC:  I'LL JUST BE FRANK, YOUR HONOR.  PART

09:33AM 10   OF MY CONCERN IN HEARING ABOUT THIS SCHEDULE IS WHAT WE'RE SET

09:33AM 11   UP FOR NOW IS THAT THE DEFENSE FINDS OUT ABOUT A SET OF

09:33AM 12   WITNESSES ON A THURSDAY EVENING AND THEY HAVE FRIDAY, SATURDAY,

09:33AM 13   SUNDAY TO PREPARE WHATEVER MOTIONS THEY WANT TO PREPARE.  AND

09:33AM 14   I'M NOT SURE HOW MUCH TIME THAT LEAVES REALISTICALLY FOR THE

09:33AM 15   GOVERNMENT TO RESPOND TO WHATEVER THEY FILE MONDAY MORNING.

09:33AM 16       SO I WANT TO BE SURE THAT WE'RE SET UP TO PROVIDE THE

09:34AM 17   COURT WITH A USEFUL AND HELPFUL RESPONSE TO ANY CONCERN RAISED

09:34AM 18   BY THE DEFENSE.

09:34AM 19       THE COURT:  MR. DOWNEY, SHOULD WE SET A SCHEDULE FOR

09:34AM 20   YOU TO FILE ANY MOTIONS IF NEEDED?

09:34AM 21       MR. DOWNEY:  WHAT I MIGHT SUGGEST TO YOUR HONOR IS

09:34AM 22   I'LL COMMIT NOW THAT WE'LL FILE IT AT LATEST BY 8:00 O'CLOCK

09:34AM 23   MONDAY MORNING.

09:34AM 24       LET ME MAKE A PROPOSAL.  I THINK WE WILL TRY -- IF ISSUES

09:34AM 25   AFFECT, YOU KNOW, WITNESSES FOR LATER IN THE WEEK, WE'LL BE

09:34AM   1    FILING IT 8:00 O'CLOCK MONDAY MORNING, AND IF IT'S A FRIDAY

09:34AM   2    WITNESS, YOUR HONOR WILL HAVE THE ABILITY TO CONSIDER THAT OR A

09:34AM   3    WEDNESDAY WITNESS AND SET SOME TYPE OF SCHEDULE.

09:34AM   4         I THINK IF IT'S FOR A TUESDAY WITNESS, WE'RE HAPPY TO GIVE

09:34AM   5    THEM NOTICE OF WHAT THE ISSUE IS FROM OUR PERSPECTIVE.  AND,

09:34AM   6    YOU KNOW, THIS IS WHAT WE'D BE WILLING TO DO THAT BY, SAY,

09:34AM   7    SATURDAY NIGHT.  AND THEN THEY CAN HAVE THE ABILITY TO THINK

09:34AM   8    ABOUT WHETHER THEY WANT TO FILE A RESPONSE, AND FILE A RESPONSE

09:34AM   9    TO OUR PAPERS AFTER THEY SEE THEM, YOU KNOW, BY WHATEVER TIME

09:34AM  10    THEY THINK THEY NEED ON MONDAY.

09:35AM  11         THE COURT:  WELL, THANK YOU.

09:35AM  12         BY GIVING YOU THE INFORMATION EARLIER, I THINK THERE'S

09:35AM  13    SOME RECIPROCAL GRATITUDE THAT SHOULD BE PROVIDED AS TO NOTICE.

09:35AM  14    YOU'LL HAVE THE INFORMATION EARLIER.  YOU CAN MAKE A DECISION

09:35AM  15    EARLIER SUCH THAT THE GOVERNMENT COULD BE PROVIDED SOME EARLIER

09:35AM  16    NOTICE SUCH THAT THE COURT COULD HAVE EARLY ACCESS TO THE

09:35AM  17    LITIGATION AS TO A WITNESS.

09:35AM  18         MR. DOWNEY:  I UNDERSTAND THAT YOUR HONOR.

09:35AM  19    YOUR HONOR, I PROPOSED EXACTLY THE SCHEDULE THAT I THINK WORKS

09:35AM  20    FOR THAT, SO I DON'T -- YOU KNOW, THESE ARE NOT ISSUES THAT ARE

09:35AM  21    GOING TO BE BRIEFS THAT ARE MORE THAN A COUPLE PAGES.

09:35AM  22    TYPICALLY, IN PRIOR EXPERIENCE, THE GOVERNMENT HAS RESPONDED TO

09:35AM  23    THEM ORALLY.  YOU KNOW, I DON'T KNOW IF THERE WILL BE A LOT OF

09:35AM  24    ISSUES THAT THEY DON'T ANTICIPATE.

09:35AM  25         I'M HAPPY TO GIVE THEM NOTICE BY SATURDAY OF WHAT THE

09:35AM 1      ISSUES ARE SO THEY CAN PREPARE, BUT I THINK WE'D LIKE TIME TO

09:35AM 2      PULL THE EXHIBITS ON FRIDAY.  SOME OF THESE WITNESSES HAVE

09:35AM 3      HUNDREDS OF EXHIBITS ASSOCIATED WITH THEM, GO THROUGH THE

09:36AM 4      EXHIBITS, AND SEE WHAT EVIDENCE IT PRESENTS, AND PREPARE

09:36AM 5      SOMETHING THAT IS COHERENT THAT THE COURT CAN MAKE AN

09:36AM 6      EXPEDITIOUS DECISION ON.

09:36AM 7              MR. BOSTIC:  WE'LL TAKE AS MUCH NOTICE AS WE CAN

09:36AM 8      GET, YOUR HONOR.  I THINK THAT WOULD BE HELPFUL.

09:36AM 9              THE COURT:  WELL, I THINK SATURDAY NOTICE IS

09:36AM 10     SOMETHING THAT IS FINE.

09:36AM 11         AND DO YOU NEED ME TO STATE A TIME ON SATURDAY?

09:36AM 12             MR. DOWNEY:  YOUR HONOR, LET ME CONSULT WITH THE

09:36AM 13     TEAM AND SEE IN TERMS OF THE LOGISTICS WHAT MAKES SENSE.  WE'LL

09:36AM 14     WORK IT OUT.  THIS IS NOT, YOUR HONOR -- THIS IS ABOUT

09:36AM 15     EFFICIENCY AND EXPEDITION.  IF IT DOESN'T SERVE EFFICIENCY AND

09:36AM 16     EXPEDITION, THEN IT'S NOT A GOOD IDEA.  BUT WE WANT TO BE

09:36AM 17     EFFICIENT AND EXPEDITIOUS, BECAUSE IT'S CERTAINLY NOT FROM THE

09:36AM 18     DEFENSE'S PERSPECTIVE GOOD FOR THE JURY TO COME IN AND BE

09:36AM 19     SITTING HERE WHILE WE DEBATE LEGAL ISSUES.

09:36AM 20             THE COURT:  I DON'T WANT TO DO THAT.  THANK YOU.

09:36AM 21             MR. DOWNEY:  RIGHT.

09:36AM 22             THE COURT:  AND WHATEVER WE CAN DO TO AVOID THAT,

09:36AM 23     I'M GRATEFUL.

09:36AM 24         THE TIME THAT YOU NEED TO DO THIS WOULD NOT BE TO NOTIFY

09:37AM 25     THE GOVERNMENT AT 11:59 P.M., THOSE TYPES OF THINGS.  THAT'S

09:37AM  1    NOT HELPFUL.

09:37AM  2              MR. DOWNEY:  NO, NO.  I ANTICIPATE --

09:37AM  3              THE COURT:  MR. DOWNEY, I THINK I CAPTURE WHAT

09:37AM  4    YOU'RE DOING.

09:37AM  5         HAVE YOU EVER TRIED A PATENT CASE, MR. DOWNEY?

09:37AM  6              MR. DOWNEY:  WHAT'S THAT?

09:37AM  7              THE COURT:  HAVE YOU EVER TRIED A PATENT CASE?

09:37AM  8              MR. DOWNEY:  YOU KNOW, I HAVEN'T, YOUR HONOR.  I'M

09:37AM  9    SURE YOUR HONOR HAS.

09:37AM  10             THE COURT:  THE MOTIONS IN PATENT CASES ARE LIKE THE

09:37AM  11   ONES THAT WE'RE DISCUSSING HERE AND SOME OF MY COLLEAGUES HAVE

09:37AM  12   INDICATED THEY WILL NOT ENTERTAIN A MOTION UNLESS IT'S FILED --

09:37AM  13   THEY WON'T HEAR THE MOTION 48 HOURS AFTER IT'S FILED IN A

09:37AM  14   PATENT CASE.

09:37AM  15             MR. DOWNEY:  YES.

09:37AM  16             THE COURT:  AND I THINK THE REASON IS MANY CASES,

09:37AM  17   REGRETTABLY, THOSE MOTIONS ARE FILED AT 8:00 A.M., 7:30 A.M.

09:37AM  18   AND IT SLOWS THE TRIAL DOWN.  WE CAN'T DO THAT IN THIS CASE.

09:37AM  19             MR. DOWNEY:  OF COURSE, THERE'S BEEN CIVIL DISCOVERY

09:37AM  20   AND SUCH.

09:37AM  21             THE COURT:  YES.  EXACTLY.  ALL RIGHT.  I THINK

09:37AM  22   WE'RE ALL ON THE SAME PAGE.

09:37AM  23        I APPRECIATE BOTH OF YOUR ATTENTION TO NOT DELAY THE TRIAL

09:38AM  24   AND INTERRUPT THE PROCEEDINGS.

09:38AM  25             MR. DOWNEY:  AND THEN, YOUR HONOR, AS TO

09:38AM 1    MR. BOSTIC'S PROPOSAL ON DISCLOSURE OF WITNESSES, WILL YOUR

09:38AM 2    DOCKET ORDER EMBODY THAT THEY AT LEAST MAKE THE DISCLOSURE OF

09:38AM 3    THE WITNESSES FOR THE FIRST HALF OF THE CASE ON THE DATE THAT

09:38AM 4    MR. BOSTIC SUGGESTS?

09:38AM 5         THE COURT:  WELL, I THINK SO.  I THINK MR. BOSTIC

09:38AM 6    SAID HE WOULD DO THAT, AND I'LL HOLD HIM TO THAT.

09:38AM 7        I DON'T KNOW IF YOU NEED TO PARSE THIS OUT IN QUARTERS.  I

09:38AM 8    THINK, YOU KNOW, RATHER THAN DO A FOOTBALL APPROACH, LET'S DO A

09:38AM 9    EUROPEAN FOOTBALL APPROACH AND JUST HALF TIME.

09:38AM 10        MR. BOSTIC:  UNDERSTOOD, YOUR HONOR.

09:38AM 11        THE COURT:  LET'S SEE.  DEMONSTRATIVES AND

09:38AM 12   SUMMARIES.  DO WE NEED TO DISCUSS ANYTHING THERE?

09:38AM 13        MR. DOWNEY:  I DON'T THINK SO, YOUR HONOR.

09:38AM 14        THE COURT:  OKAY.  NUMBER 9 IS MS. HOLMES'S REQUEST

09:38AM 15   THAT THE GOVERNMENT PRODUCE JENCKS, BRADY, GIGLIO, AND THE

09:39AM 16   OBLIGATION FOR THE GOVERNMENT CONTINUES AND ENDURES THROUGHOUT

09:39AM 17   THE TRIAL.

09:39AM 18       MR. BOSTIC, YOU'RE AWARE OF THAT?

09:39AM 19        MR. BOSTIC:  YES, YOUR HONOR, THE GOVERNMENT IS

09:39AM 20   AWARE OF ITS OBLIGATIONS AND WILL CONTINUE COMPLYING WITH THEM.

09:39AM 21       AND THE GOVERNMENT WILL JUST POINT OUT THE DEFENDANT'S

09:39AM 22   RECIPROCAL RESPONSIBILITIES UNDER RULE 26.2.  AND OUR

09:39AM 23   UNDERSTANDING IS THAT THE DEFENSE IS AWARE AND WILL COMPLY WITH

09:39AM 24   THAT AS WELL.

09:39AM 25        MR. DOWNEY:  YOUR HONOR, WE ARE AWARE OF THOSE

| | | |
|---|---|---|
| 09:39AM | 1 | OBLIGATIONS. |
| 09:39AM | 2 | CAN WE GET A REPRESENTATION FROM THE GOVERNMENT JUST ALSO |
| 09:39AM | 3 | ALL OF THE MATERIAL IN THEIR POSSESSION HAS BEEN PRODUCED AS OF |
| 09:39AM | 4 | TODAY? |
| 09:39AM | 5 | THE COURT:  MR. BOSTIC, DID YOU HEAR? |
| 09:39AM | 6 | WHY DON'T YOU PULL THAT MICROPHONE UP TO YOU A LITTLE, |
| 09:39AM | 7 | MR. DOWNEY. |
| 09:39AM | 8 | MR. DOWNEY:  I BEG YOUR PARDON. |
| 09:39AM | 9 | THE COURT:  NO, NOT AT ALL. |
| 09:39AM | 10 | MR. BOSTIC, WERE YOU ABLE TO HEAR? |
| 09:39AM | 11 | MR. BOSTIC:  YES, YOUR HONOR.  LET ME JUST CONSULT |
| 09:39AM | 12 | WITH MY TEAM TO MAKE SURE I'M ANSWERING BASED ON THE |
| 09:39AM | 13 | GOVERNMENT'S KNOWLEDGE. |
| 09:39AM | 14 | THE COURT:  SURE.  GO RIGHT AHEAD. |
| 09:39AM | 15 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 09:40AM | 16 | MR. BOSTIC:  MY COLLEAGUE, MR. LEACH, WILL ADDRESS |
| 09:40AM | 17 | THAT. |
| 09:40AM | 18 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 09:40AM | 19 | I CAN'T MAKE THAT REPRESENTATION WITH RESPECT TO |
| 09:40AM | 20 | INTERVIEWS THAT THE GOVERNMENT HAS CONDUCTED RECENTLY IN |
| 09:40AM | 21 | PREPARATION FOR TRIAL.  FOR EXAMPLE, WE ARE MEETING WITH A |
| 09:40AM | 22 | WITNESS THIS AFTERNOON, AND WE'VE MET WITH A NUMBER OF |
| 09:40AM | 23 | WITNESSES LAST WEEK.  WE HAVE NOT PREPARED OR PRODUCED THE |
| 09:40AM | 24 | 302'S OR MOI'S FOR THOSE PARTICULAR INTERVIEWS, BUT WE'VE BEEN |
| 09:40AM | 25 | PRODUCING JENCKS AND BRADY AS SOON AS IT'S PREPARED AND AS SOON |

09:40AM   1      AS IT'S COMPILED.  WE'VE BEEN GIVING THAT FOR ALL WITNESSES

09:40AM   2      WHETHER WE'RE GOING TO CALL THEM OR NOT.

09:40AM   3           SO I CAN'T TELL THE COURT RIGHT NOW THAT IN THE LAST

09:40AM   4      TWO MONTHS SINCE WE WERE LAST HERE WE'VE PRODUCED EVERY 302 OR

09:40AM   5      MOI THAT HAS BEEN PREPARED OF THOSE NOTES.  THEY'RE IN THE

09:40AM   6      QUEUE, AND WE'RE PRODUCING THEM AS QUICKLY AS WE CAN, BUT WE'RE

09:40AM   7      ACTIVELY MEETING WITH WITNESSES AND GENERATING JENCKS AS WE GO

09:40AM   8      THROUGH THIS.  SO THAT'S WHERE WE ARE ON DISCOVERY.

09:40AM   9           WE UNDERSTAND OUR OBLIGATIONS, AND WE PRODUCE THEM AS

09:40AM  10      QUICKLY AS WE CAN.  AND WE UNDERSTAND AS WITNESSES ARE

09:40AM  11      TESTIFYING, COMING IN THE NEXT DAY THE NEED TO GET THOSE OUT

09:41AM  12      QUICKER EXISTS.  SO WE'RE -- BUT I CAN'T TELL YOU TODAY EVERY

09:41AM  13      JENCKS STATEMENT HAS BEEN PRODUCED.

09:41AM  14           THE COURT:  OKAY.  WELL, TO THE EXTENT -- THERE'S A

09:41AM  15      LOT OF WORK ON BOTH SIDES, I REALIZE THAT.  BUT TO OUR PREVIOUS

09:41AM  16      CONVERSATION, I APPRECIATE YOUR NEED, BOTH SIDE'S NEED TO

09:41AM  17      PREPARE, AND I ALSO APPRECIATE BOTH SIDE'S ATTENTION TO ALLOW

09:41AM  18      THE TRIAL TO PROCEED AS EFFICIENTLY AS POSSIBLE WITHOUT

09:41AM  19      UNNECESSARY BREAKS FOR ANY NECESSARY LITIGATION REGARDING

09:41AM  20      WITNESSES, EXHIBITS, AND THESE TYPES OF THINGS THAT MIGHT BE

09:41AM  21      ABLE TO BE FULFILLED OUTSIDE OF COURT.

09:41AM  22           MR. DOWNEY, ANYTHING IN RESPONSE TO MR. LEACH?

09:41AM  23           MR. DOWNEY:  NO, YOUR HONOR.  I THINK -- I BELIEVE

09:41AM  24      AND HOPE THE GOVERNMENT IS AWARE OF ITS OBLIGATIONS.  I THINK

09:41AM  25      WHEN IT HAS THE MEMORANDA PRODUCED -- PREPARED, IT SHOULD

09:41AM  1      PRODUCE THEM QUICKLY, AND, OF COURSE, THE AGENT NOTES ARE

09:41AM  2      AVAILABLE IMMEDIATELY AT THE CONCLUSION OF THE INTERVIEW.  SO

09:42AM  3      WE WOULD AT LEAST LIKE TO GET THOSE, YOU KNOW, COPIED AND SENT

09:42AM  4      TO US EVEN IF THE MEMORANDUM IS NOT YET PREPARED.  WE'RE JUST A

09:42AM  5      FEW WEEKS AWAY FROM TRIAL.

09:42AM  6              THE COURT:  OKAY.

09:42AM  7          ANYTHING FURTHER, MR. LEACH?

09:42AM  8              MR. LEACH:  NO, YOUR HONOR.

09:42AM  9              THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU

09:42AM 10      BOTH.

09:42AM 11          LET ME -- BEFORE WE GO INTO THE PRELIMINARY JURY

09:42AM 12      INSTRUCTIONS, I DO WANT TO COVER A FEW TOPICS.  THE COURT

09:42AM 13      INTENDS TO ADMONISH THE JURY BEFORE AND AFTER BREAKS USING 2.1,

09:42AM 14      MODEL 2.1.  AND WHEN I SAY "MODEL," IT'S NINTH CIRCUIT JURY

09:42AM 15      INSTRUCTIONS 2.1, AND I MAY USE THAT DEPENDING ON DURING OUR

09:42AM 16      BREAK.  AS I SAID, WE'LL GET A JURY SELECTION AND HAVE A

09:42AM 17      RECESS, AND I INTEND TO ADMONISH THEM WITH THAT ALSO.

09:42AM 18          I DID ASK AND REQUEST OF COUNSEL TO PREPARE JURY BINDERS

09:43AM 19      THAT WOULD INCLUDE PHOTOGRAPHS OF WITNESSES.  AND I JUST WANT

09:43AM 20      TO CALL YOUR ATTENTION TO THAT AGAIN.  AND, AGAIN, I DON'T

09:43AM 21      EXPECT YOU TO HAVE A TOTALITY OF A BINDER WITH ALL OF THE

09:43AM 22      WITNESSES PREPARED NOW.

09:43AM 23          BUT WHAT ARE YOUR THOUGHTS ABOUT THE TIMING OF THAT?

09:43AM 24      WOULD THIS BE A WEEKLY PRODUCTION TO THE JURY, THAT IS, WITH

09:43AM 25      THE PHOTOGRAPHS AND THE NAMES OF WITNESSES?  HAVE YOU THOUGHT

09:43AM 1    ABOUT THAT?

09:43AM 2            MR. LEACH:  I THINK A WEEKLY UPDATE MAKES SENSE,

09:43AM 3    YOUR HONOR.

09:43AM 4        I'M HOPEFUL THAT THE WITNESSES FROM ANY PARTICULAR WEEK

09:43AM 5    WILL REMAIN RELATIVELY FRESH IN THE JURY'S MIND, AND SO MAYBE

09:43AM 6    AT THE CONCLUSION OF COURT ON FRIDAY WE CAN UPDATE THE BINDER

09:43AM 7    WITH THE PHOTO OF THE WITNESSES THAT CAME THAT WEEK OR EVEN

09:43AM 8    MONDAY SO THAT WHEN THE JURY GETS BACK, THEY'LL HAVE WHAT

09:43AM 9    HAPPENED LAST WEEK.  AND IT WILL GET LONGER AS THE TRIAL GOES

09:43AM 10   ALONG.

09:44AM 11       BUT WE'RE HAPPY TO DO WHATEVER THE COURT THINKS IS HELPFUL

09:44AM 12   TO THE JURY.

09:44AM 13           THE COURT:  THANK YOU.  I'M JUST TRYING TO WONDER

09:44AM 14   WHAT WORKS BEST FOR THE JURY TO RETAIN THE INFORMATION.  OF

09:44AM 15   COURSE, IT'S A LONG TRIAL.

09:44AM 16       MY THOUGHT WAS THAT THE TRIAL BINDER ALLOWS THE JURY TO

09:44AM 17   SEE A PHOTOGRAPH OF THE WITNESS THAT TESTIFIED.  IN THEIR

09:44AM 18   BINDER THEY MIGHT TAKE SIMULTANEOUS NOTES.  IF THEY HAVE THE

09:44AM 19   PHOTOGRAPH IN ADVANCE OF THE TESTIMONY, THEY CAN ORGANIZE IT

09:44AM 20   SOMEHOW OR IN SOME WAY WITH THEIR NOTES I SUPPOSE.

09:44AM 21       IT SEEMS LIKE THAT MIGHT BE BETTER THAN WAITING UNTIL

09:44AM 22   AFTER THE WITNESS TESTIFIES AND THEN HAVE THEM POPULATE THEIR

09:44AM 23   BINDERS.

09:44AM 24           MR. LEACH:  WE'RE PLEASED TO DO THAT, YOUR HONOR.

09:44AM 25           THE COURT:  ANY THOUGHTS ABOUT THAT?

09:44AM  1              MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

09:44AM  2              THE COURT:  ALL RIGHT.  WHY DON'T WE DO THAT.  LET

09:44AM  3      ME SEE IF WE CAN GET THE INFORMATION AS THE WITNESSES ARE

09:44AM  4      CALLED, WE CAN DISTRIBUTE THE PHOTOGRAPHS OR IF YOU HAVE A

09:44AM  5      PACKET OR SOMETHING, I'M SORRY TO BE SO GRANULAR, BUT I DO WANT

09:44AM  6      THEM TO HAVE SOME ABILITY TO MEMORIALIZE THE TESTIMONY WITH

09:44AM  7      NOTES SHOULD THEY WISH TO TAKE SOME.

09:45AM  8              MR. LEACH:  WE APPRECIATE THE GRANULARITY.  SO WE'RE

09:45AM  9      ENVISIONING ONE BINDER FOR THE JURY OR SHOULD WE HAVE MORE THAN

09:45AM  10     ONE?

09:45AM  11             THE COURT:  WELL, I THINK WE SHOULD START WITH ONE.

09:45AM  12             MR. LEACH:  OKAY.

09:45AM  13             THE COURT:  AND THEIR BINDERS WILL REMAIN HERE, OF

09:45AM  14     COURSE.  AND THEN LET'S SEE WHAT -- IF WE NEED MORE BINDERS,

09:45AM  15     WE'LL COME TO THAT.

09:45AM  16             MR. LEACH:  OKAY.  THANK YOU, YOUR HONOR.

09:45AM  17             THE COURT:  THANK YOU.

09:45AM  18         (PAUSE IN PROCEEDINGS.)

09:45AM  19             THE COURT:  LET ME TALK ABOUT THE ATTORNEY LOUNGE.

09:45AM  20     THIS IS FOR DEFENSE COUNSEL.  WE DO HAVE AN ATTORNEY LOUNGE

09:45AM  21     THAT IS DOWNSTAIRS, MR. DOWNEY, AND I DON'T KNOW IF YOU'VE HAD

09:45AM  22     FAMILIARITY WITH IT.

09:45AM  23         I'VE INQUIRED WITH OUR CLERK WHETHER OR NOT YOU COULD

09:46AM  24     RESERVE SPACE FOR YOUR TEAM THERE, AND I WAS TOLD THAT THEY

09:46AM  25     DON'T TAKE RESERVATION, IT'S A FIRST COME FIRST SERVE THERE AS

WELL.

BUT I WAS INFORMED THAT IF YOU CHOSE TO -- IF YOU WANTED
TO USE THEIR CONFERENCE ROOM FOR YOUR TEAM'S USE, YOU COULD
SEND SOMEBODY DOWN THERE AND THEY COULD STAKE OUT A PLACE,
STAKE OUT A ROOM FOR YOU, AND I'M TOLD THAT SOMEBODY NEEDS TO
BE THERE, BUT THAT -- I DON'T ANTICIPATE THAT THERE'S GOING TO
BE -- I DON'T THINK THERE'S ANY OTHER TRIALS SUCH THAT A TEAM
WOULD TAKE OVER ANY OF THAT CONFERENCE ROOM NOW, BUT I JUST
POINT THAT OUT FOR YOUR TEAM'S INFORMATION SHOULD YOU WISH TO
USE THAT.

AND I THINK THAT INCLUDES THE CONFERENCE ROOM, THERE'S A
LARGE CONFERENCE ROOM, AND YOU MAY WANT TO LOOK AT THAT, TOO.
I'VE CHECKED WITH OUR CLERK.  I DON'T BELIEVE THERE'S ANY
RESERVATIONS PENDING FOR THAT FOR COURT MEETINGS OR ANYTHING
LIKE THAT.

MR. LEACH, YOUR TEAM HAS A SPACE IN THE COURTHOUSE I
THINK.

MR. LEACH:  WE DO, YOUR HONOR.

THE COURT:  I THINK I TALKED ABOUT OUR COVID
SITUATION, OUR JURY PLACEMENT.  MY SENSE IS THAT WHEN THE
JURORS COME IN I WILL ASK THAT THEY WEAR MASKS INITIALLY AND
WE'LL HAVE SOME INQUIRY.  WE'LL KNOW INFORMATION ABOUT --
PERHAPS WE'LL KNOW INFORMATION ABOUT VACCINATIONS FROM THE
QUESTIONNAIRES.  I WILL INFORM THEM ABOUT THE AIR FILTRATION.

LET ME SAY, COUNSEL, IF YOU HAVE A REQUEST FOR ONE OF

09:47AM 1    THESE PORTABLE AIR FILTERS BY YOUR TABLES, YOU SHOULD LET ME

09:47AM 2    KNOW, AND I'LL SEE IF WE CAN MAKE THAT ARRANGEMENT.  I THINK WE

09:48AM 3    HAVE ACCESS TO SOME OF THESE.

09:48AM 4         WE DO HAVE A FILTRATION AT THE WITNESS STAND.  IT'S

09:48AM 5    UNDERNEATH THERE, SO THAT IS ALWAYS GOING TO BE IN PLACE.

09:48AM 6              MR. DOWNEY:  YOUR HONOR, IN THAT REGARD, I THINK WE

09:48AM 7    WILL LIKELY MAKE THAT REQUEST BECAUSE IT WOULD BE OUR STRONG

09:48AM 8    PREFERENCE THAT THE DEFENDANT NOT WEAR A MASK.

09:48AM 9         WOULD IT BE POSSIBLE TO POTENTIALLY USE ONE OF THOSE

09:48AM 10   FILTERS IN CONNECTION WITH DEFENSE COUNSEL TABLE?  WE CAN TALK

09:48AM 11   ABOUT THE PARTICULARS OF THE ARRANGEMENT LATER, BUT JUST TO

09:48AM 12   INFORM THE COURT, I THINK WE WILL MAKE A REQUEST FOR SUCH A

09:48AM 13   FILTER.

09:48AM 14             THE COURT:  OKAY.  I THINK THERE'S PLUGS DOWN THERE.

09:48AM 15   I BELIEVE THERE'S ELECTRICITY AVAILABLE.  SO WE'LL CHECK INTO

09:48AM 16   THAT.  THANK YOU.

09:48AM 17        MR. LEACH, DO YOU HAVE A SIMILAR REQUEST FOR YOUR TEAM?

09:48AM 18             MR. LEACH:  NOT AT THE MOMENT, YOUR HONOR.

09:48AM 19             THE COURT:  THAT WAS AN AWKWARD QUESTION FOR YOU.

09:48AM 20   HOW MUCH DO YOU CARE ABOUT YOUR TEAMS?

09:49AM 21             MR. LEACH:  WELL, I WAS WONDERING HOW MY COLLEAGUES,

09:49AM 22   MR. BOSTIC AND MR. SCHENK, WOULD ANSWER THAT, BUT IT'S NOT A

09:49AM 23   TOPIC THAT WE'VE DISCUSSED.  AND I WANT MY TEAM TO BE SAFE, BUT

09:49AM 24   I THINK OUR EXPECTATION IS THAT WE WOULD BE WEARING MASKS.  BUT

09:49AM 25   LET ME CONSULT WITH THEM OFFLINE, AND WE'LL GET BACK TO

09:49AM 1      MS. KRATZMANN.

09:49AM 2           THE COURT:  SURE.  I HAVE -- I'LL KEEP THE

09:49AM 3      PLEXIGLASS UP AS YOU'VE SEEN IT.  I'VE MADE SOME CHANGES HERE,

09:49AM 4      AND I THINK THIS ONE PANEL HERE SEPARATING THE COURT REPORTER

09:49AM 5      AND THE CLERK WILL PROBABLY BE MOVED AS WELL, AND THAT WILL

09:49AM 6      GIVE ME A LITTLE BETTER EYESIGHT TO YOUR TABLE.  BUT OTHERWISE

09:49AM 7      I BELIEVE THE PLEXIGLASS WILL STAY, AND I DON'T THINK I'LL

09:49AM 8      CHANGE THAT.

09:49AM 9           YOU SEE A PANEL DOWN BY THE END OF THE JURY BOX, AND THAT

09:49AM 10     WAS PLACED THERE JUST AS A TRIAL.  IF THAT ONE EMPTY SEAT THERE

09:49AM 11     IS OCCUPIED BY A JUROR, I INTEND TO KEEP THAT PANEL THERE.  BUT

09:49AM 12     WE'LL WORK ALL OF THOSE THINGS OUT AS NEEDED.

09:50AM 13          MR. DOWNEY:  YOUR HONOR, THIS IS -- I THINK BOTH

09:50AM 14     SIDES PROBABLY HAVE AN INTEREST IN THIS, BUT I KNOW IN OTHER

09:50AM 15     COURTS THERE HAS BEEN AN ACCOMMODATION TO ALLOW THE WITNESSES

09:50AM 16     TO BE UNMASKED AND EXAMINING COUNSEL.

09:50AM 17          I JUST MENTION IT THINKING OF THE NUMBER OF FILTERS, BUT

09:50AM 18     IT DOES SEEM TO MAKE SOME SET UP OF A FILTER WHERE COUNSEL ARE

09:50AM 19     AND WHERE THE WITNESSES MIGHT BE NECESSARY IF -- SO THAT THE

09:50AM 20     WITNESS CAN BE UNMASKED SO THAT THE WITNESS WILL BE RECOGNIZED

09:50AM 21     IN THE BINDER WHEN THEY'RE SEEING IT, YOU KNOW?

09:50AM 22          THE COURT:  WELL, AS I'VE SAID, THERE IS A

09:50AM 23     FILTRATION DEDICATED THERE AT THE STAND FOR THE WITNESS, AND MY

09:50AM 24     SENSE IS THAT -- AND THERE'S A PLEXIGLASS SCREEN THERE.

09:50AM 25          MY SENSE AND INITIAL THOUGHT WAS THAT THE WITNESSES WOULD

| | | |
|---|---|---|
| 09:50AM | 1 | TESTIFY UNMASKED.  WE MAY HAVE TO MAKE INQUIRY ABOUT |
| 09:50AM | 2 | VACCINATION BECAUSE THAT CREATES ANOTHER ISSUE IN THAT REGARD. |
| 09:51AM | 3 | THE TRIALS I'VE HAD EARLIER THIS YEAR, WE'VE HAD WITNESSES |
| 09:51AM | 4 | WHO HAVE TESTIFIED WITH CLEAR MASKS, AND THOSE SEEMED TO WORK |
| 09:51AM | 5 | AS WELL. |
| 09:51AM | 6 | BUT I UNDERSTAND.  MY THOUGHT IS THAT WITNESSES SHOULD |
| 09:51AM | 7 | TESTIFY WITHOUT A MASK SO THAT THERE'S -- SO THAT THE JURY CAN |
| 09:51AM | 8 | PROPERLY OBSERVE THEIR DEMEANOR AND WHILE THEY'RE BEING |
| 09:51AM | 9 | EXAMINED. |
| 09:51AM | 10 | MR. LEACH:  AND WHAT ARE THE COURT'S THOUGHT ON THE |
| 09:51AM | 11 | EXAMINING ATTORNEY?  WILL THE EXAMINING ATTORNEY BE EXPECTED TO |
| 09:51AM | 12 | WEAR A MASK? |
| 09:51AM | 13 | THE COURT:  WELL, YOU'VE ALL REVEALED TO ME |
| 09:51AM | 14 | PREVIOUSLY THAT BOTH OF YOUR TEAMS ARE FULLY VACCINATED SO I |
| 09:51AM | 15 | APPRECIATE THAT. |
| 09:51AM | 16 | MY SENSE IS THAT WHEN YOU'RE EXAMINING, I'M NOT GOING TO |
| 09:51AM | 17 | REQUIRE YOU TO HAVE A MASK ON.  YOU'RE GOING TO BE SPEAKING |
| 09:51AM | 18 | FROM LECTERNS AND YOU HAVE THE BENEFIT OF THE PLEXIGLASS THERE. |
| 09:51AM | 19 | SO I'M NOT GOING TO REQUIRE YOU TO WEAR A MASK WHILE YOU'RE |
| 09:51AM | 20 | EXAMINING A WITNESS IF THAT'S HELPFUL. |
| 09:51AM | 21 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 09:51AM | 22 | MR. DOWNEY:  THANK YOU. |
| 09:52AM | 23 | THE COURT:  LET'S SEE.  WE HAVE SOME MOTIONS SET FOR |
| 09:52AM | 24 | AUGUST 20TH, AND THEN WE HAVE ANOTHER MOTION FOR SET FOR |
| 09:52AM | 25 | AUGUST 26TH, THAT'S THE DOW JONES MOTION CONTINUING. |

09:52AM   1          I DID RECEIVE FRIDAY THE INFORMATION REGARDING THE

09:52AM   2     DOW JONES MOTION FROM THE PARTIES, AND SO THANK YOU FOR THAT.

09:52AM   3     I'VE SPENT SOME TIME OVER THE WEEKEND REVIEWING THOSE, AND

09:52AM   4     WE'LL TALK MORE ABOUT THOSE ON THE 26TH.

09:52AM   5          BUT THANK YOU FOR THOSE.  THAT WAS VERY HELPFUL.

09:52AM   6          AT OUR LAST SESSION -- I DO WANT TO TALK ABOUT VOIR DIRE

09:52AM   7     FOR JUST A MOMENT.  AND AS YOU KNOW, WE HAVE THE QUESTIONNAIRE.

09:52AM   8     YOU ALSO KNOW THAT THE COURT IS GOING TO DO ITS OWN VOIR DIRE

09:52AM   9     AND THAT TOUCHES ON SOME OF THE SAME TOPICS THAT ARE IN THE

09:52AM  10     QUESTIONNAIRE, AND I'LL HAVE SOME OTHER QUESTIONS.

09:52AM  11          MS. VOLKAR ASKED A QUESTION AT OUR LAST HEARING, I THINK

09:52AM  12     IT WAS, ABOUT HER CONCERN, THIS WAS REGARDING THE 12.2 ISSUE,

09:53AM  13     AND HER CONCERN ABOUT THE GOVERNMENT BEING ABLE TO FIND

09:53AM  14     INFORMATION FROM THE JURORS ABOUT CERTAIN TOPICS.

09:53AM  15          LET ME SAY -- AND I TOLD MS. VOLKAR THAT THE COURT INTENDS

09:53AM  16     TO ASK SOME QUESTIONS ABOUT THOSE AREAS, AND I JUST WANT TO

09:53AM  17     GIVE BOTH SIDES FAIR NOTICE.  I WILL DO THAT.  I WILL DO THAT.

09:53AM  18          AND I MIGHT ASK A QUESTION -- I HAVEN'T COMPLETED MY VOIR

09:53AM  19     DIRE YET, BUT I'M INCORPORATING SOME QUESTIONS THAT COVER THE

09:53AM  20     TOPIC OF RELATIONSHIPS AND KNOWLEDGE OF PEOPLE KNOW SOMEBODY

09:53AM  21     WHO HAS BEEN IN A RELATIONSHIP AND THOSE TYPE OF QUESTIONS.  SO

09:53AM  22     I DO INTEND TO ASK AND PROBE THE JURY, SOME OF THOSE QUESTIONS

09:53AM  23     IN A GENERAL FASHION AND WE'LL SEE WHERE IT GOES.

09:53AM  24          BUT I HAVE NOT FULLY, AS I'VE SAID, COMPLETED THOSE.

09:53AM  25          BUT TO MS. VOLKAR'S POINT, I WILL BE ASKING QUESTIONS, AND

09:53AM 1    THOSE WILL BE INCLUDED IN THE COURT'S VOIR DIRE.

09:53AM 2       OKAY.  LET'S TURN TO THE INSTRUCTIONS AND YOUR SUBMISSIONS

09:54AM 3    ON THAT.

09:54AM 4         MR. DOWNEY:  YOUR HONOR, I'M GOING TO YIELD THE

09:54AM 5    FLOOR TO MS. SAHARIA.

09:54AM 6         THE COURT:  OH, SURE.

09:54AM 7         MR. DOWNEY:  THANK YOU.

09:54AM 8         THE COURT:  MS. SAHARIA, NICE TO SEE YOU AGAIN.

09:54AM 9         MS. SAHARIA:  GOOD MORNING, YOUR HONOR.

09:54AM 10        THE COURT:  LET'S GO THROUGH -- I THINK IT'S

09:54AM 11   ITEM 10.  AND THESE ARE, EXCUSE ME, RELATED TO THE PRELIMINARY

09:54AM 12   JURY INSTRUCTIONS THAT THE COURT WILL READ TO THE JURY

09:54AM 13   PRELIMINARILY.  I'M LOOKING AT AND I'VE FASHIONED THESE WITH

09:54AM 14   AGAIN THE NINTH CIRCUIT MODEL INSTRUCTIONS.

09:54AM 15     THE FIRST ONE I SEE IS 1.1, AND THIS IS MS. HOLMES'S

09:55AM 16   NUMBER 1.

09:55AM 17     LET ME SAY, I'M REFERENCING DOCKET 809, WHICH IS

09:55AM 18   MS. HOLMES'S PROPOSED INSTRUCTIONS, THE GOVERNMENT'S 804

09:55AM 19   INSTRUCTIONS, THAT'S THE LATEST I THINK THAT I HAVE FROM YOU.

09:55AM 20        MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.

09:55AM 21        THE COURT:  MS. HOLMES WISHES TO ADD TO 1.1, THIS IS

09:55AM 22   THE DUTY OF THE JURY, AND THIS IS IN THE THIRD PARAGRAPH, I

09:55AM 23   BELIEVE, YOU WOULD LIKE TO ADD CELEBRITY POSITION INTO THAT

09:55AM 24   CATEGORY?

09:55AM 25        MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  THAT WAS

09:55AM 1    A SUGGESTION THAT COMES FROM THE THIRD CIRCUIT MODEL

09:55AM 2    INSTRUCTIONS WHEN THERE ARE CASES THAT PRESENT A RISK THAT

09:55AM 3    JURORS COULD BE INFLUENCED BY THINGS SUCH A CELEBRITY OR EITHER

09:55AM 4    WITNESSES OR A DEFENDANT'S PROFESSION OR POSITION IN THE

09:56AM 5    COMMUNITY THAT THERE BE SOME SORT OF CAUTION AGAINST THAT.

09:56AM 6            THE COURT:  I THINK WHAT YOU WOULD LIKE IT TO READ

09:56AM 7    IS AS FOLLOWS -- I'M LOOKING AT YOUR PAGE 2 -- "PERFORM THESE

09:56AM 8    DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD NOT BE INFLUENCED BY

09:56AM 9    ANY PERSON'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL ANCESTRY,

09:56AM 10   SEXUAL ORIENTATION, GENDER IDENTITY, GENDER," AND THEN THIS IS

09:56AM 11   YOUR LANGUAGE, "PROFESSION, OCCUPATION, CELEBRITY, ECONOMIC

09:56AM 12   CIRCUMSTANCES, OR POSITION IN LIFE OR IN THE COMMUNITY."

09:56AM 13           MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  AND I

09:56AM 14   WILL JUST NOTE THAT THERE WILL BE A NUMBER OF WITNESSES WHO

09:56AM 15   HAVE ATTAINED I THINK SIGNIFICANT SUCCESS IN THEIR PROFESSIONS

09:56AM 16   AND IN THEIR COMMUNITIES AND ARE INTERNATIONALLY KNOWN

09:56AM 17   POTENTIALLY DEPENDING ON WHO THE GOVERNMENT INTENDS TO CALL,

09:56AM 18   AND WE DO THINK THAT WOULD BE AN APPROPRIATE INSTRUCTION SO

09:56AM 19   THAT THE WITNESSES ARE NOT -- DO NOT GIVE PREFERENCE TO THOSE

09:57AM 20   WITNESSES -- EXCUSE ME, SO THE JURORS DO NOT GIVE PREFERENCE TO

09:57AM 21   THOSE WITNESSES OVER OTHERS AS JUST ONE EXAMPLE OF HOW THIS

09:57AM 22   INSTRUCTION COULD BE USEFUL.

09:57AM 23           THE COURT:  ALL RIGHT.  MR. LEACH.

09:57AM 24           MR. LEACH:  I JUST THINK IT'S UNNECESSARY,

09:57AM 25   YOUR HONOR.  I THINK ALL OF THIS IS CAPTURED BY ECONOMIC

09:57AM 1    CIRCUMSTANCES.  I THINK THIS INSTRUCTION IS DESIGNED TO

09:57AM 2    INSTRUCT YOU TO PUT CERTAIN PROHIBITED BIASES TO THE SIDE, AND

09:57AM 3    I THINK IT'S REPETITIVE AND ARGUMENTATIVE AND THE COURT SHOULD

09:57AM 4    GO WITH THE PATTERN MODEL NINTH CIRCUIT INSTRUCTION AS IT'S

09:57AM 5    PROVIDED.

09:57AM 6              THE COURT:  WELL, MS. SAHARIA, ECONOMIC AND

09:57AM 7    CIRCUMSTANCES ARE ALREADY IN THE MODEL INSTRUCTIONS.

09:57AM 8              MS. SAHARIA:  SURE.  I UNDERSTAND THOSE THINGS TO

09:57AM 9    REFER TO WEALTH OR POVERTY FOR THAT MATTER, WHICH IS DISTINCT

09:57AM 10   FROM POSITION IN THE COMMUNITY AND THE OTHER FACTORS THAT WE

09:57AM 11   IDENTIFIED, WHICH WAS NOT NECESSARILY TIED TO ONE'S ECONOMIC

09:57AM 12   CIRCUMSTANCES.

09:58AM 13       I DON'T VIEW THIS AS A TERRIBLE VERY IMPORTANT

09:58AM 14   INSTRUCTION, YOUR HONOR.  IF IT'S HELPFUL TO THE COURT, WE

09:58AM 15   INTENDED TO ADDRESS ONLY A FEW OF THE INSTRUCTIONS.  SO IF

09:58AM 16   YOUR HONOR WANTS TO WALK THROUGH THEM ONE BY ONE, I'M HAPPY TO

09:58AM 17   DO THAT, OTHERWISE I'M ALSO HAPPY TO FOCUS THE COURT ON THE

09:58AM 18   ONES THAT WE THINK ARE THE MOST IMPORTANT.

09:58AM 19              THE COURT:  OKAY.  THANK YOU.  I WILL READ THIS,

09:58AM 20   THAT IS, YOUR SUBMISSION, MS. SAHARIA.  I DO THINK IT'S A

09:58AM 21   LITTLE BIT BROADER, MORE SPECIFIC I SHOULD SAY, EXCUSE ME, THAN

09:58AM 22   NECESSARY.  I WILL READ THE PROFESSION.  I DON'T KNOW ABOUT

09:59AM 23   CELEBRITY?  WHY IS THAT --

09:59AM 24              MS. SAHARIA:  WELL, IT'S NO SURPRISE, YOUR HONOR,

09:59AM 25   THAT OUR CLIENT IS THE SUBJECT OF VERY INTENSE MEDIA SCRUTINY,

09:59AM 1    AND WE INCLUDED THAT LANGUAGE WHICH DOES, AGAIN, COME FROM THE

09:59AM 2    THIRD CIRCUIT MODEL INSTRUCTIONS FOR THAT REASON.

09:59AM 3              THE COURT:  ALL RIGHT.  THANK YOU.

09:59AM 4         I'LL GIVE THIS, MR. LEACH.  AGAIN, THIS IS A PRELIMINARY

09:59AM 5    INSTRUCTION.  THE JURORS WILL BE INFORMED THAT THEY WILL

09:59AM 6    RECEIVE THE FINAL INSTRUCTIONS AT THE END OF THE CASE.  THESE

09:59AM 7    ARE PRELIMINARY.  SO I'LL GIVE THAT LANGUAGE.

09:59AM 8         1.2 IS THE NEXT, AND THIS IS YOUR MODEL I THINK NUMBERS 2

09:59AM 9    AND 12, MS. SAHARIA.

09:59AM 10             MS. SAHARIA:  THAT'S CORRECT.

09:59AM 11             THE COURT:  AND THIS IS THE CHARGE AND PRESUMPTION

09:59AM 12   OF INNOCENCE.

09:59AM 13             MS. SAHARIA:  THAT'S CORRECT.  AND I GUESS ON THIS

09:59AM 14   ONE, I WOULD -- THERE'S ONE ISSUE THAT WE FEEL PARTICULARLY

09:59AM 15   STRONGLY ABOUT, WHICH IS THAT MODEL INSTRUCTION 1.2, AS I'M

10:00AM 16   SURE YOUR HONOR KNOWS, HAS ONE PARAGRAPH THAT DESCRIBES THE

10:00AM 17   FACT THAT THE INDICTMENT DOES NOT -- YOU KNOW, IS NOT ITSELF

10:00AM 18   EVIDENCE.  THE SECOND PARAGRAPH DESCRIBES BRIEFLY THE

10:00AM 19   PRESUMPTION OF INNOCENCE.

10:00AM 20        AND THEN THERE'S A THIRD BRACKETED PARAGRAPH THAT INFORMS

10:00AM 21   THE JURY THAT IN ORDER TO HELP THE JURY FOLLOW THE EVIDENCE,

10:00AM 22   THE COURT IS PROVIDING A BRIEF SUMMARY OF THE ELEMENTS OF THE

10:00AM 23   CRIME THAT THE GOVERNMENT MUST PROVE TO MAKE ITS CASE AND THEN

10:00AM 24   IT INSTRUCTS THE COURT TO SUPPLY A BRIEF SUMMARY OF ELEMENTS OF

10:00AM 25   THE CRIME.

10:00AM  1        WE THINK IT'S QUITE IMPORTANT FOR THE COURT TO DO THAT IN

10:00AM  2   THIS CASE.  WE INCLUDED SUCH A SUMMARY IN OUR PROPOSED

10:00AM  3   INSTRUCTION 12.  THE GOVERNMENT DID NOT INCLUDE A PROPOSED

10:00AM  4   SUMMARY OF THE ELEMENTS.

10:00AM  5        THIS IS GOING TO BE A VERY LONG TRIAL.  THE GOVERNMENT HAS

10:00AM  6   CHARGED TWO SEPARATE SCHEMES.  THE JURY IS GOING TO HEAR ABOUT

10:00AM  7   A LOT OF THINGS THAT ARE NOT DIRECTLY THE CHARGED CONDUCT, FOR

10:01AM  8   INSTANCE, YOU KNOW, REGULATORY AGENCIES AND WHATNOT.

10:01AM  9        AND WE THINK WITHOUT THIS KIND OF ROADMAP AT THE BEGINNING

10:01AM  10  OF THE CASE AS TO WHAT THE TWO CHARGED SCHEMES ARE AND WHAT THE

10:01AM  11  ELEMENTS ARE OF THOSE VARIOUS CHARGES, IT WILL BE VERY

10:01AM  12  DIFFICULT FOR THE JURY TO FOLLOW THE EVIDENCE AND KIND OF MAKE

10:01AM  13  SENSE OF IT OVER THE MANY MONTHS THAT WILL FOLLOW.

10:01AM  14       SO WE STRONGLY ENCOURAGE THE COURT TO GIVE OUR SUMMARY OF

10:01AM  15  THE PROPOSED -- OF THE ELEMENTS.  AND, AGAIN, THE GOVERNMENT

10:01AM  16  DID NOT PROVIDE THE COURT WITH THE PROPOSED SUMMARY.

10:01AM  17            THE COURT:  ALL RIGHT.  THANK YOU.  ARE YOU -- YOU

10:01AM  18  KNOW, THE MODEL INSTRUCTION, THE LANGUAGE IN THE FIRST SENTENCE

10:01AM  19  IN THE BRACKETED, IN ORDER TO HELP YOU FOLLOW THE EVIDENCE, I

10:01AM  20  WILL NOW GIVE YOU A BRIEF SUMMARY OF THE ELEMENTS OF THE

10:01AM  21  OFFENSE.

10:01AM  22       I HAVE TO CONFESS WHEN I LOOKED AT YOUR PROPOSAL, IT'S NOT

10:01AM  23  BRIEF.

10:01AM  24            MS. SAHARIA:  WELL, THAT'S --

10:02AM  25            THE COURT:  I'M SORRY.  IT SEEMS TO BE READING THE

10:02AM  1      FINAL JURY INSTRUCTION.

10:02AM  2           MS. SAHARIA:  I DON'T THINK THAT'S THE CASE,

10:02AM  3      YOUR HONOR, BUT I ADMIT THAT PART OF THAT IS BECAUSE WE FELT IT

10:02AM  4      HELPFUL TO DESCRIBE FOR THE JURY THE FACT THAT THERE ARE TWO

10:02AM  5      SEPARATE CHARGED SCHEMES IN THIS CASE.

10:02AM  6           SO IN THE SUMMARY THAT WE DRAFTED, THERE'S A LOT OF

10:02AM  7      REPETITION BECAUSE WE REPEATED THE SAME ELEMENTS, ONCE FOR THE

10:02AM  8      CHARGED SCHEME TO DEFRAUD INVESTORS AND ONCE FOR THE CHARGED

10:02AM  9      SCHEME TO PAY CUSTOMERS JUST TO MAKE CLEAR TO THE JURY THAT

10:02AM  10     THESE ARE TWO SEPARATE CHARGED SCHEMES.  I THINK THAT'S THE

10:02AM  11     REASON WHY THEY'RE SO LONG.

10:02AM  12          THERE MAY BE A WAY THAT WE COULD SUGGEST TO THE COURT

10:02AM  13     SIMPLY CONSOLIDATING THE TWO CHARGED SCHEMES INTO ONE TO MAKE

10:02AM  14     IT SHORTER.

10:02AM  15          ALSO THERE IS A SEPARATE CONSPIRACY COUNT IN ADDITION TO

10:02AM  16     THE WIRE FRAUD COUNTS, AND THOSE HAVE DIFFERENT ELEMENTS, SO

10:02AM  17     THAT IS THE REASON WHY IT'S NOT JUST ONE CHARGE.  THERE'S

10:02AM  18     ACTUALLY CONSPIRACY, WIRE FRAUD, AND THEN TWO TOTALLY DIFFERENT

10:03AM  19     SCHEMES CHARGED.

10:03AM  20          THE COURT:  ALL RIGHT.  THANK YOU.

10:03AM  21          AND LET ME TELL YOU IN MY VOIR DIRE, THAT IS THE COURT'S

10:03AM  22     VOIR DIRE, I DO TALK ABOUT THE PRESUMPTION OF INNOCENCE, AND I

10:03AM  23     TALK ABOUT THE INDICTMENT, AND I DO SAY IN MY VOIR DIRE THE

10:03AM  24     INDICTMENT IS THE DOCUMENT, IT'S NOT PROOF OF ANYTHING, AND TO

10:03AM  25     THIS CHARGE THE DEFENDANT HAS ENTERED PLEAS OF NOT GUILTY,

10:03AM  1    WHICH IS AN ABSOLUTE DENIAL OF THE CHARGE.

10:03AM  2            MS. SAHARIA:  WE APPRECIATE THAT, YOUR HONOR.

10:03AM  3            THE COURT:  THE PURPOSE OF THE TRIAL IS TO DETERMINE

10:03AM  4    WHETHER THE GOVERNMENT COULD MEET THEIR BURDEN.  I DO -- THAT'S

10:03AM  5    PART OF MY VOIR DIRE I JUST QUOTED TO YOU.

10:03AM  6        SO I THINK I COVERED THAT, AND I DO THAT INTENTIONALLY

10:03AM  7    RECOGNIZING THE IMPORTANCE OF THE PRESUMPTION OF INNOCENCE AND

10:03AM  8    THE ABILITY OF THE JURY TO CAPTURE THAT, THAT'S IMPORTANT, AS

10:03AM  9    WELL AS THE BURDEN THAT THE GOVERNMENT EMBRACES IS PROOF BEYOND

10:03AM  10   A REASONABLE DOUBT.  THEY UNDERSTAND THAT.

10:03AM  11       I DO THINK, WHEN I LOOKED AT THIS, IT IS A LITTLE LONG.

10:03AM  12   THERE ARE SOME THINGS THAT I DON'T THINK ARE CANDIDLY

10:04AM  13   APPROPRIATE FOR A PRELIMINARY INSTRUCTION, THE REPETITIVE "IF

10:04AM  14   THE GOVERNMENT FAILS TO MEET THAT BURDEN YOU MUST FIND NOT

10:04AM  15   GUILTY."

10:04AM  16           MS. SAHARIA:  SURE.

10:04AM  17           THE COURT:  I THINK THAT SOUNDS MORE LIKE A FINAL

10:04AM  18   INSTRUCTION AS OPPOSED TO A PRELIMINARY.

10:04AM  19       THAT CONCEPT OF PROOF BEYOND A REASONABLE DOUBT, THAT'S

10:04AM  20   ALL CAPTURED IN OTHER COMMENTS.

10:04AM  21       MR. LEACH, DO YOU WANT TO SAY ANYTHING HERE?

10:04AM  22           MR. LEACH:  WITH RESPECT TO THE DEFENDANT'S PROPOSED

10:04AM  23   INSTRUCTION NUMBER 2, THE PRESUMPTION OF INNOCENCE, IT'S

10:04AM  24   DIFFICULT FOR ME TO IMAGINE A MORE ARGUMENTATIVE INSTRUCTION.

10:04AM  25       THE PRESUMPTION OF INNOCENCE APPLIES IN EVERY CRIMINAL

10:04AM 1    CASE.  THIS IS A MODEL INSTRUCTION GIVEN IN EVERY CRIMINAL

10:04AM 2    CASE.  WE HAVE A PERFECTLY GOOD MODEL IN 1.2.  I SEE ABSOLUTELY

10:04AM 3    NO REASON TO GO ON AND ON ABOUT WHAT THAT MEANS IN THE WAY THAT

10:04AM 4    THE DEFENSE IS SUGGESTING.

10:04AM 5         WITH RESPECT TO LISTING THE ELEMENTS OF THE CHARGE,

10:04AM 6    YOUR HONOR, I THINK THE EMPHASIS THERE IS ON BRIEF.  THIS IS

10:04AM 7    NOT THE FINAL INSTRUCTION THAT THE COURT IS GOING TO GIVE ON

10:05AM 8    CONSPIRACY AND WIRE FRAUD.  IT'S NOT HARD TO SAY VERY PITHILY

10:05AM 9    AS WE DO IN THE JURY QUESTIONNAIRE, WHICH I THINK IS A GOOD

10:05AM 10   MODEL FOR THE COURT TO USE HERE, WHICH IS THAT SHE'S CHARGED IN

10:05AM 11   TWO DIFFERENT CONSPIRACIES, ONE TO DEFRAUD THERANOS INVESTORS,

10:05AM 12   AND ONE TO DEFRAUD THERANOS PATIENTS.  THE INDICTMENT USES THE

10:05AM 13   WORD "PATIENTS," NOT CUSTOMERS, AND SHE'S CHARGED WITH VARIOUS

10:05AM 14   COUNTS OF WIRE FRAUD.  I DON'T THINK IT NEEDS TO BE MORE

10:05AM 15   COMPLICATED THAN THAT FOR THE JURY TO UNDERSTAND WHAT SHE'S

10:05AM 16   CHARGED WITH.

10:05AM 17        AND WE HAVE AN INSTRUCTION THAT GOES ON AT PAGES -- ABOUT

10:05AM 18   THE ELEMENTS IN THE PRELIMINARY INSTRUCTIONS.  AS THE DEFENDANT

10:05AM 19   SUGGESTS, I THINK WE'RE REALLY RUNNING INTO CONFUSION OF THE

10:05AM 20   JURY, UNNECESSARILY BURDENING THEM WITH MORE INFORMATION THAN

10:05AM 21   THEY NEED AT THE OUTSET, AND I THINK THE EMPHASIS IS ON BRIEF.

10:05AM 22   AND I THINK THE NEUTRAL STATEMENT THAT WE HAVE IN THE JUROR

10:05AM 23   QUESTIONNAIRES IS A GOOD GUIDE THERE.

10:05AM 24             THE COURT:  WELL, THANK YOU.

10:06AM 25        I DO THINK THAT THE JURY -- THESE JURORS, MANY OF THEM

10:06AM  1    WILL MOST LIKELY NOT HAVE PRIOR JURY SERVICE, AND CERTAINLY

10:06AM  2    THAT MEANS THAT THEY HAVE NOT SAT ON A WIRE FRAUD CASE, A

10:06AM  3    CONSPIRACY CASE BEFORE, AND THEY PROBABLY HAVE WATCHED CRIME

10:06AM  4    SHOWS OR MOVIES AND THEIR KNOWLEDGE OF THE CRIMINAL JUSTICE

10:06AM  5    SYSTEM MIGHT BE FORMED BY THAT OR THINGS THAT THEY'VE READ.

10:06AM  6         SO I DO THINK IT'S IMPORTANT TO GIVE AN INSTRUCTION AS TO

10:06AM  7    WHAT THE GOVERNMENT HAS TO PROVE AND SO THEY CAN LISTEN AND SEE

10:06AM  8    AND LISTEN TO THE EVIDENCE BETTER, WHAT IS WIRE FRAUD?  WHAT IS

10:06AM  9    THAT?

10:06AM  10        SO SOME BRIEF DEFINITION OF THOSE CONCEPTS IS APPROPRIATE,

10:06AM  11   BUT NOT A FINAL INSTRUCTION.  SO IF YOU WANT TO COME UP WITH

10:06AM  12   SOMETHING ON YOUR OWN AND SUBMIT IT TO ME NEXT WEEK OR

10:06AM  13   SOMETHING, I'M HAPPY TO RECEIVE THAT AND LOOK AT IT.

10:06AM  14        BUT, MS. SAHARIA, I APPRECIATE YOUR INVITATION.  I'M NOT

10:06AM  15   GOING TO GIVE THE ENTIRETY OF WHAT YOU'VE SUBMITTED.

10:06AM  16             MS. SAHARIA:  UNDERSTOOD, YOUR HONOR.

10:06AM  17             THE COURT:  I WILL PROVIDE IN THE BRACKETED

10:07AM  18   INFORMATION, I DO INTEND TO SUPPLY AS THE MODEL INSTRUCTION

10:07AM  19   SUGGESTS, SUPPLY A BRIEF STATEMENT OF THE ELEMENTS OF THE

10:07AM  20   OFFENSES, AND I'D LIKE TO DO THAT.  IF YOU'D LIKE TO OFFER YOUR

10:07AM  21   ASSISTANCE TO ME, I WOULD WELCOME RECEIVING THAT.

10:07AM  22             MR. LEACH:  WE'LL MEET AND CONFER.

10:07AM  23             MS. SAHARIA:  WE'LL MEET AND CONFER.

10:07AM  24             THE COURT:  OKAY.  THANK YOU.

10:07AM  25        NEXT IS THE 1.5.  5 IS MS. HOLMES'S SUGGESTION, AND THIS

10:07AM   1    IS DIRECT AND CIRCUMSTANTIAL EVIDENCE.

10:07AM   2         I THINK IF I LOOKED AT THIS, MS. SAHARIA, THE SUGGESTION

10:07AM   3    IS TO USE THE WATER HOSE EXAMPLE.

10:07AM   4              MS. SAHARIA:  YES.  I THINK YOU'VE USED THAT BEFORE,

10:07AM   5    AND IT COMES FROM THE COMMENTARY TO THE MODEL RULE.

10:07AM   6              THE COURT:  YES.

10:07AM   7              MS. SAHARIA:  WE THINK IT'S A HELPFUL EXAMPLE.

10:07AM   8              THE COURT:  ANY OBJECTION TO USING THE WATER HOSE

10:07AM   9    EXAMPLE?  I THINK THE SUGGESTION INCLUDES EXPERIENCE, AND IT

10:07AM  10    DOESN'T REFERENCE A NEIGHBOR AS THE SOURCE OF THE WATER.

10:08AM  11              MS. SAHARIA:  I'M HAPPY TO ADD THE WORD "NEIGHBOR,"

10:08AM  12    YOUR HONOR.

10:08AM  13              MR. LEACH:  YOUR HONOR, AS I WAS GOING THROUGH THIS

10:08AM  14    I NOTICED THE WORDING HAS CHANGED SLIGHTLY FROM WHAT THE NINTH

10:08AM  15    CIRCUIT HAS SUGGESTED.  I THINK THE COURT SHOULD STICK TO WHAT

10:08AM  16    IS IN THE COMMENTARY.

10:08AM  17         I DON'T THINK IT'S NECESSARY, BUT I ALSO DON'T OBJECT.

10:08AM  18    AND IF IT'S AN EXAMPLE THAT THE COURT HAS USED IN THE PAST AND

10:08AM  19    FOUND HELPFUL, IT'S CERTAINLY AN ACCURATE STATEMENT.

10:08AM  20              THE COURT:  WELL, I'LL GIVE THE EXAMPLE.  IT DOES

10:08AM  21    TALK ABOUT RAIN, AND I'M SURE THE JURORS ARE GOING TO WONDER

10:08AM  22    WHAT THAT IS.  WE HAVEN'T HAD IT IN SO LONG.

10:08AM  23         ALL RIGHT.  I'LL GIVE THAT.  THANK YOU.

10:08AM  24         1.6 AND MS. HOLMES'S NUMBER 6 IS RULING ON OBJECTIONS.

10:08AM  25    AND IT APPEARS MS. HOLMES WISHES TO ADD TO THE MODEL, "IT IS

10:08AM 1    THE DUTY OF THE ATTORNEY FOR EACH SIDE OF THE CASE TO OBJECT,"

10:09AM 2    INSTEAD OF THE MODEL LANGUAGE WHICH IS THAT "A LAWYER MAY

10:09AM 3    OBJECT."

10:09AM 4          MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  WE THINK

10:09AM 5    IT'S IMPORTANT FOR THE JURY TO UNDERSTAND THAT THERE MAY BE

10:09AM 6    CIRCUMSTANCES IN WHICH THE LAWYER, ESPECIALLY ON THE DEFENSE

10:09AM 7    SIDE, HAS AN ETHICAL OBLIGATION TO OUR CLIENT TO OBJECT, AND WE

10:09AM 8    THINK THE MAIN LANGUAGE COULD LEAD TO A SITUATION WHERE THE

10:09AM 9    JURY UNFAIRLY MAY DRAW PREJUDICE FROM THE FACT THAT DEFENSE

10:09AM 10   COUNSEL, FOR INSTANCE, ARE OBJECTING.

10:09AM 11       SO THIS IS, I THINK, A COROLLARY TO A SEPARATE INSTRUCTION

10:09AM 12   THAT WE PROPOSED, WHICH IS INSTRUCTION NUMBER 7, WHERE WE

10:09AM 13   SUGGEST INFORMING THE JURY THAT THEY SHOULD NOT BE PREJUDICED

10:09AM 14   AGAINST A PARTY OR THEIR LAWYER FROM THE FACT THAT THE

10:09AM 15   ATTORNEYS ARE OBJECTING OR HAVE OBJECTED.  SO THE TWO KIND OF

10:09AM 16   GO HAND IN HAND.

10:09AM 17          THE COURT:  ALL RIGHT.  THANK YOU.

10:10AM 18       MR. LEACH.

10:10AM 19          MR. LEACH:  WE OBJECT, YOUR HONOR.  I THINK THE

10:10AM 20   DEFENSE PROPOSAL IN 1.6 ACTUALLY CHANGES THE MEANING OF THE

10:10AM 21   MODEL INSTRUCTION.  THE MODEL INSTRUCTION SAYS THAT LAWYER MAY

10:10AM 22   OBJECT, NOT MUST OBJECT.

10:10AM 23       OBVIOUSLY LAWYERS HAVE ETHICAL DUTIES TO THEIR CLIENTS,

10:10AM 24   BUT IT DOESN'T REQUIRE THEM TO RAISE EVERY CONCEIVABLE

10:10AM 25   OBJECTION IN EVERY MOMENT.  I THINK THIS IS ARGUMENTATIVE.  SO

10:10AM 1      WE OBJECT TO THE CHANGING OF THE MODEL INSTRUCTION IN NUMBER 6.

10:10AM 2         I THINK THEY HAVEN'T CITED A SINGLE CASE WHERE THIS HAS

10:10AM 3      BEEN DONE IN THE NINTH CIRCUIT OR IN THIS COURT, AND I DON'T

10:10AM 4      SEE ANY PARTICULAR REASON WHY IN THIS CASE THE COURT SHOULD

10:10AM 5      DEVIATE FROM THE MODEL INSTRUCTION.

10:10AM 6         AND WE OBJECT TO PROPOSED JURY INSTRUCTION NUMBER 7,

10:10AM 7      CONDUCT OF COUNSEL.  AGAIN, THERE'S NO INSTANCE THAT I CAN SEE

10:10AM 8      WHERE THE COURT HAS GIVEN THIS INSTRUCTION IN THE PAST.

10:10AM 9      LAWYERS MAKE JUDGMENTS ALL OF THE TIME ABOUT WHETHER OR NOT TO

10:10AM 10     ASSERT A PARTICULAR OBJECTION AT A PARTICULAR MOMENT, AND I

10:11AM 11     THINK GIVING THIS COULD ACTUALLY GIVE A MISCONCEPTION TO THE

10:11AM 12     JURY.  SO WE URGE THE COURT NOT TO CHANGE THE MODEL AND NOT TO

10:11AM 13     GIVE INSTRUCTION NUMBER 7.

10:11AM 14         THE COURT:  WELL, MS. SAHARIA, WHEN I LOOKED AT THIS

10:11AM 15     I THOUGHT INFORMING THE JURY THAT THE ATTORNEYS HAVE DUTIES

10:11AM 16     MIGHT CALL FOR THE JURY TO SOMEHOW SPECULATE ON THAT, ON AN

10:11AM 17     ISSUE THAT THEY SHOULDN'T EITHER IN DELIBERATIONS OR DURING THE

10:11AM 18     TRIAL, WHY DIDN'T THEY OBJECT?  OH, THEY HAVE A DUTY.  OH, THAT

10:11AM 19     MEANS IT'S OKAY.  YOU SEE WHAT I'M SAYING?  I'M GOING IN A

10:11AM 20     DIRECTION LIKE THAT.  I DON'T THINK THE JURY SHOULD BE TASKED

10:11AM 21     WITH DETERMINING DUTIES OF LAWYERS.

10:11AM 22         I DO THINK THAT THE LANGUAGE OF "MAY OBJECT" ALLOWS THE

10:11AM 23     JURY TO BE INFORMED THAT THAT CAN HAPPEN.

10:12AM 24         I TAKE YOUR POINT THAT WHAT YOU'RE TELLING ME AND

10:12AM 25     SIGNALLING ALL OF US IS THAT THIS CASE IS GOING TO BE HARD

10:12AM  1    FOUGHT, IT ALREADY HAS BEEN IN OUR PRETRIAL LITIGATION, AND IT

10:12AM  2    WILL CONTINUE THROUGH THE TRIAL.  BOTH OF YOU ARE REPRESENTING

10:12AM  3    YOUR RESPECTIVE SIDES ZEALOUSLY WITH THE HIGHEST DEGREE OF

10:12AM  4    ETHICS AND INTEGRITY, AND THAT WILL CONTINUE THROUGH THE TRIAL

10:12AM  5    I AM CERTAIN OF IT.

10:12AM  6        BUT I THINK THE SUGGESTION TO THE JURY, YOUR CERTAIN MIGHT

10:12AM  7    BE I'M NOT ASKING YOU A QUESTION, YOUR CERTAIN MIGHT BE IS,

10:12AM  8    JUDGE, WE'RE GOING TO BE OBJECTING TO JUST ABOUT EVERYTHING

10:12AM  9    THAT THE GOVERNMENT PUTS UP, AND WE DON'T WANT THE JURY TO FEEL

10:12AM  10   LIKE WHY ARE THEY DOING THAT?  WHY DO THEY OBJECT?  AND YOU

10:12AM  11   WOULD LIKE SOME COVER FOR THAT, LET ME JUST PUT IT THAT WAY.

10:12AM  12   THAT'S WHAT THIS SPEAKS TO.

10:12AM  13       I THINK THE MODEL INSTRUCTION TALKS ABOUT "MAY."  I'M

10:12AM  14   MAKING A NOTE TO MYSELF THAT I MAY, IN MY VOIR DIRE, I MAY

10:12AM  15   COVER A LITTLE BIT ABOUT THIS, AND I MAY SPEAK TO THE FACT THAT

10:12AM  16   THE ADVERSARIAL PROCESS IS SUCH THAT THE PARTIES WILL OBJECT,

10:13AM  17   AND THEY HAVE A RIGHT TO DO SO, AND THAT'S SOMETHING THAT

10:13AM  18   HAPPENS.

10:13AM  19       THIS WILL ALSO COME UP DURING OUR INSTRUCTION ABOUT BENCH

10:13AM  20   CONFERENCES AND SIDE-BARS THAT WE'LL TALK ABOUT IN A MOMENT,

10:13AM  21   AND MY SENSE IS IN MY VOIR DIRE I'LL INCORPORATE SOME OF THIS

10:13AM  22   TO THE JURY JUST TO INFORM THEM THIS IS HOW TRIALS PROCEED AND

10:13AM  23   THERE MAY BE OBJECTIONS, AND I EXPECT THAT THIS IS GOING TO BE

10:13AM  24   VIGOROUSLY LITIGATED ON BOTH SIDES.  I THINK THAT COVERS IT.

10:13AM  25   I'LL DO THAT IN MY COMMENTS.

10:13AM 1     BUT I DON'T THINK I NEED TO ADD THE LANGUAGE "DUTY OF THE

10:13AM 2     ATTORNEYS," SO I'M GOING TO DECLINE YOUR INVITATION TO DO SO.

10:13AM 3          MS. SAHARIA:  I UNDERSTAND, YOUR HONOR.  I HOPE WE

10:13AM 4     ARE ABLE TO RESOLVE MOST OF THE ISSUES OUTSIDE OF THE PRESENCE

10:13AM 5     OF THE JURY, WHICH YOU WERE DISCUSSING WITH MR. DOWNEY EARLIER,

10:13AM 6     SO I DON'T THINK IT WILL BE THE CASE THAT WE WILL BE OBJECTING

10:13AM 7     TO EVERYTHING THE GOVERNMENT DOES, BUT IT WILL BE A HARD FOUGHT

10:13AM 8     TRIAL OF COURSE.

10:13AM 9          THE COURT:  I UNDERSTAND.

10:14AM 10         1.7 IS THE CREDIBILITY MUCH WITNESSES.  AND YOUR

10:14AM 11    SUGGESTION, MS. HOLMES'S SUGGESTION IS 9 I THINK.  AND THIS

10:14AM 12    ALSO ADDS THE LANGUAGE OF PROFESSION, OCCUPATION, CELEBRITY,

10:14AM 13    ECONOMIC CIRCUMSTANCES AS IN 1.1.

10:14AM 14         MR. LEACH, YOU HAVE THE SAME OBJECTIONS, I TAKE IT?

10:14AM 15         MR. LEACH:  I DO, YOUR HONOR.  I ACTUALLY THINK IT'S

10:14AM 16    A MISSTATEMENT TO SAY THAT THE JURY CAN'T CONSIDER AS

10:14AM 17    CREDIBILITY SOMEBODY'S PROFESSION.  CERTAINLY IT'S A FACT THAT

10:14AM 18    A JURY CAN RELY ON.

10:14AM 19         I REALLY THINK THIS LANGUAGE IS GOING TO PROHIBITIVE BASIS

10:14AM 20    FOR MAKING A CREDIBILITY DETERMINATION AND THROWING IN THINGS

10:14AM 21    LIKE PROFESSION AND CELEBRITY I REALLY THINK JUST CONFUSES THE

10:14AM 22    MATTER, AND IT'S JUST UNNECESSARY AND ARGUABLY WRONG.

10:15AM 23         MS. SAHARIA:  WELL, I DON'T THINK WE'RE TELLING THE

10:15AM 24    JURY YOU CANNOT CONSIDER IT.

10:15AM 25         IT'S TELLING THE JURY NOT TO AVOID BIAS, AND THAT'S A

10:15AM 1     DIFFERENT THING.  BUT I'M CONTENT TO REST ON WHAT I'VE ALREADY

10:15AM 2     SAID BEFORE WITH RESPECT TO THIS INSTRUCTION.

10:15AM 3          THE COURT:  I THINK I'LL LEAVE IT IN 1.1, BUT I

10:15AM 4     DON'T THINK IT'S NECESSARY HERE UNDER CREDIBILITY, MS. SAHARIA.

10:15AM 5          MS. SAHARIA:  UNDERSTOOD, YOUR HONOR.

10:15AM 6          THE COURT:  AND THEN 1.8 AND SUGGESTED 15 IS TO -- I

10:15AM 7     THINK IT'S TO ADD REDDIT I THINK.

10:15AM 8          MS. SAHARIA:  I THINK THAT IS ONE OF THE

10:15AM 9     SUGGESTIONS, YOUR HONOR, JUST TO ENCOMPASS WHAT WE KNOW OR ARE

10:15AM 10    VERY COMMONLY VIEWED SOCIAL MEDIA CITES.  THERE ARE A FEW OTHER

10:15AM 11    SUGGESTIONS WITH RESPECT TO 1.8.

10:15AM 12         ONE IS TO INCLUDE THE BRACKETED LANGUAGE FROM THE MODEL

10:15AM 13    INSTRUCTION THAT INFORMS THE JURY OF THE RISK THAT IF THEY ARE

10:15AM 14    EXPOSED TO MEDIA, THERE'S A RISK OF A MISTRIAL, WHICH COULD

10:15AM 15    CAUSE THE TRIAL TO HAVE TO HAPPEN AGAIN.

10:16AM 16         WE THINK THAT'S AN IMPORTANT CAUTION IN THIS CASE GIVEN

10:16AM 17    WHAT WE KNOW WILL BE THE VOLUME OF MEDIA.

10:16AM 18         I THINK JURORS WILL HAVE TO TAKE PROACTIVE STEPS

10:16AM 19    POTENTIALLY TO AVOID BEING EXPOSED TO MEDIA IN THIS CASE GIVEN

10:16AM 20    THE UBIQUITY OF COVERAGE THAT IS LIKELY, AND WE THINK VERY

10:16AM 21    STRONG CAUTIONARY INSTRUCTIONS WITH RESPECT TO MEDIA ARE

10:16AM 22    CRITICAL.

10:16AM 23         WE HAVE ALSO SUGGESTED ADDING A FEW PARAGRAPHS TO THIS

10:16AM 24    INSTRUCTION THAT ARE LARGELY BASED ON THE MODEL INSTRUCTION

10:16AM 25    THAT COMES FROM THE O'MALLEY TREATISE.  I'M SURE YOUR HONOR IS

10:16AM 1    AWARE OF THE O'MALLEY TREATISE WHICH IS A COMPENDIUM OF

10:16AM 2    COMMONLY USED FEDERAL JURY INSTRUCTIONS.  THAT TREATISE HAS AN

10:16AM 3    INSTRUCTION FOR CASES WHERE THERE HAS BEEN SUBSTANTIAL OR

10:16AM 4    PRETRIAL PUBLICITY.  THE NINTH CIRCUIT MODEL INSTRUCTIONS CAN

10:16AM 5    APPLY UNIVERSALLY IN CASES WHERE THERE EITHER HAS BEEN MEDIA

10:16AM 6    ATTENTION OR HASN'T BEEN, AND WE THINK A STRONGER WARNING IN

10:17AM 7    CASES WHERE THERE HAS BEEN THE AMOUNT OF MEDIA ATTENTION AS

10:17AM 8    THIS ONE IS APPROPRIATE.

10:17AM 9        SO WE'VE SUGGESTED TWO PARAGRAPHS THAT COME -- THAT

10:17AM 10   LARGELY COME FROM THAT INSTRUCTION, BUT I WOULD URGE THE COURT

10:17AM 11   IN PARTICULAR TO ADD THAT BRACKETED LANGUAGE THAT COMES FROM

10:17AM 12   THE MODEL INSTRUCTIONS.

10:17AM 13           THE COURT:  THE FINAL BRACKETED INSTRUCTION

10:17AM 14   INFORMING THE JURY ABOUT JEOPARDIZING THE FAIRNESS OF A TRIAL

10:17AM 15   AND A MISTRIAL?

10:17AM 16           MS. SAHARIA:  YES, YOUR HONOR.

10:17AM 17           THE COURT:  AND LET ME SAY I TYPICALLY DO.  THAT'S A

10:17AM 18   STANDARD PRACTICE OF MINE TO READ THAT.

10:17AM 19           MS. SAHARIA:  GREAT.

10:17AM 20           THE COURT:  AND I DON'T THINK I'LL DEPART FROM THAT

10:17AM 21   IN THIS CASE.

10:17AM 22       MR. LEACH?

10:17AM 23           MR. LEACH:  NO PROBLEM WITH THE PROVISION THAT THE

10:17AM 24   COURT JUST TALKED ABOUT.

10:17AM 25       I THINK ADDING REDDIT IS UNNECESSARY BUT NOT

10:17AM 1    OBJECTIONABLE.  I THINK IT'S ALREADY QUITE SPECIFIC WHAT THE

10:17AM 2    JURY SHOULD NOT BE DOING.

10:17AM 3         WE DO OBJECT TO THE TWO ITALICIZED PARAGRAPHS ON PAGE 21

10:17AM 4    AT 809.  I THINK THE ADMONITION THAT THE JURY SHOULD NOT BE

10:18AM 5    CONSUMING NEWS ARTICLES ABOUT THE CASE IS GOING TO BE MADE TO

10:18AM 6    THEM IN THE JURY QUESTIONNAIRE.  IT'S ADEQUATELY MADE BY THE

10:18AM 7    MODEL INSTRUCTION, AND I THINK THE PROPOSALS ARE ARGUMENTATIVE

10:18AM 8    AND GO BEYOND EVEN THE O'MALLEY TREATISE, WHICH, AGAIN, HASN'T

10:18AM 9    BEEN USED IN THE NINTH CIRCUIT TO MY KNOWLEDGE AND HASN'T BEEN

10:18AM 10   USED IN THIS COURT.

10:18AM 11        IT SAYS, "STATEMENTS IN THE MEDIA ARE NOT RELIABLE SOURCES

10:18AM 12   OF INFORMATION BECAUSE THEY DO NOT REFLECT THE HALLMARKS OF OUR

10:18AM 13   ADVERSARIAL SYSTEM OF JUSTICE."

10:18AM 14        THAT'S NOT NECESSARILY CORRECT.  CERTAINLY IT'S NOT THE

10:18AM 15   SAME THING AS COURTROOM TESTIMONY, BUT I THINK THAT GOES

10:18AM 16   OVERBOARD IN SAYING YOU COULD NEVER IN ALL CIRCUMSTANCES RELY

10:18AM 17   ON THE STATEMENT IN THE MEDIA.

10:18AM 18        I THINK THEY SHOULD BE TOLD DON'T CONSUME THE MEDIA, THE

10:18AM 19   COURT SHOULD USE THE MODEL INSTRUCTION.  THESE TWO PARAGRAPHS

10:18AM 20   ARE ARGUMENTATIVE AND IN SOME CASES IF TAKEN OUT OF CONTEXT

10:18AM 21   INACCURATE.

10:19AM 22        IF THE COURT IS INCLINED TO GIVE A GREATER ADMONITION, I

10:19AM 23   THINK THE JUROR QUESTIONNAIRE THAT WE'VE SETTLED ON USES

10:19AM 24   LANGUAGE AND AN ADMONITION THAT, FRANKLY, SHOULD BE MADE

10:19AM 25   THROUGHOUT THE TRIAL AND IS MUCH MORE APPROPRIATE THAN WHAT IS

10:19AM  1    HERE IN THE DEFENSE PROPOSAL.

10:19AM  2            THE COURT:  THANK YOU.  THERE WAS ONE OTHER

10:19AM  3    ADDITION.

10:19AM  4        TO GO BACK, I THINK MS. SAHARIA ADDS THE LANGUAGE THROUGH

10:19AM  5    GOOGLE OR OTHERWISE.  YOU HAD THE SAME OPINION AS TO REDDIT ON

10:19AM  6    THAT.

10:19AM  7            MR. LEACH:  YES.  CERTAINLY NOT OBJECTIONABLE, BUT

10:19AM  8    IT'S ADDING MORE WORDS TO AN ALREADY LONG INSTRUCTION.

10:19AM  9            THE COURT:  RIGHT.  OKAY.

10:19AM  10       MS. SAHARIA, I CAPTURE THE CONCERN THAT YOU HAVE ABOUT

10:19AM  11   MEDIA AND THE JURORS PERHAPS BEING INFLUENCED BY MEDIA AND THE

10:19AM  12   DESIRE TO AVOID THAT.

10:19AM  13       THE QUESTIONNAIRE IS VERY THOROUGH.  IT DOES TOUCH ON

10:19AM  14   THAT.  IT HAS SPECIFIC QUESTIONS TO MEDIA.  SO I THINK THEY

10:19AM  15   WILL BE INFORMED, AND YOU WILL BE ABLE TO VOIR DIRE ON THAT.

10:20AM  16       THE QUESTION ABOUT THE TRIAL PROCESS, THE MODEL

10:20AM  17   INSTRUCTION SPEAKS TO THAT IN THE SECOND TO THE LAST PARAGRAPH.

10:20AM  18   IT TALKS ABOUT INFORMATION THAT IS MISLEADING INFORMATION THAT

10:20AM  19   HAS NOT BEEN TESTED BY THE TRIAL PROCESS.  AND I THINK THAT

10:20AM  20   SPEAKS TO --

10:20AM  21           MS. SAHARIA:  IT DOES, YOUR HONOR.

10:20AM  22           THE COURT:  -- WHAT YOUR CONCERNS ARE.  AND I READ

10:20AM  23   THAT WITH EMPHASIS WHEN I READ THESE INSTRUCTIONS, THE MODEL

10:20AM  24   INSTRUCTION TO THE JURY.

10:20AM  25       I THINK THE MODEL INSTRUCTION CAPTURES YOUR CONCERNS.  SO

10:20AM 1   I'M GOING TO RESPECTFULLY DECLINE YOUR INVITATION TO ADD THOSE

10:20AM 2   TWO PARAGRAPHS.  AGAIN, THIS IS SOMETHING THAT MAY COME UP

10:20AM 3   DURING THE COURT'S VOIR DIRE, AND I APPRECIATE YOU RAISING IT

10:20AM 4   AT THIS POINT.

10:20AM 5        MS. SAHARIA:  MAY I ASK ONE QUESTION, YOUR HONOR,

10:20AM 6   ABOUT YOUR EARLIER COMMENTS WITH RESPECT TO THE CAUTIONARY BIN

10:20AM 7   TRIAL INSTRUCTION WHICH IS 2.1.

10:20AM 8        THE COURT:  YES.

10:20AM 9        MS. SAHARIA:  THAT INSTRUCTION I KNOW HAS TWO

10:20AM 10  ALTERNATIVES, AND I WAS CURIOUS WHICH OF THE TWO ALTERNATIVES

10:20AM 11  THE COURT HAD SETTLED ON.

10:21AM 12       WE HAVE PROPOSED THAT THE COURT INDIVIDUALLY ASK THE

10:21AM 13  WITNESSES WHETHER THEY HAVE BEEN EXPOSED TO ANY MEDIA, THAT IS

10:21AM 14  AN ALTERNATIVE TWO.

10:21AM 15       I WILL ALSO NOTE THAT I THINK SOMETIMES COURTS WILL, IN

10:21AM 16  ADDITION TO WHAT IS IN THE CAUTIONARY INSTRUCTION, I DON'T KNOW

10:21AM 17  IN THIS CIRCUIT BUT I KNOW IN GENERAL COURTS OFTEN TELL JURORS

10:21AM 18  NOT ONLY TO TELL THE COURT IF THEY'VE BEEN EXPOSED TO MEDIA BUT

10:21AM 19  TO TELL THE COURT WHETHER ANY OF THEIR FELLOW JURORS HAVE BEEN

10:21AM 20  EXPOSED TO MEDIA, AND I WOULD JUST NOTE THAT THAT WOULD BE

10:21AM 21  SOMETHING ELSE THAT WE WOULD SUGGEST.

10:21AM 22       THE COURT:  SO YOU WOULD LIKE THE COURT TO EXERCISE

10:21AM 23  THE OPTION OF INDIVIDUALLY ASKING EVERY JUROR THAT QUESTION?

10:21AM 24       MS. SAHARIA:  YES, YOUR HONOR.

10:21AM 25       THE COURT:  AND THAT WOULD BE BEFORE THE PROCEEDINGS

10:21AM 1    BEGIN?

10:21AM 2             MS. SAHARIA:  YES, AND PRESUMABLY IT WOULD BE VERY

10:21AM 3    SHORT BECAUSE HOPEFULLY THEY WILL ALL ANSWER NO.

10:21AM 4             THE COURT:  AS OPPOSED TO A COLLECTIVE PLEASE RAISE

10:21AM 5    YOUR HAND IF YOU HAVE.

10:22AM 6             MS. SAHARIA:  YES, YOUR HONOR.  THAT'S CONTEMPLATED

10:22AM 7    AS ONE OF THE TWO ALTERNATIVES BY THE NINTH CIRCUIT

10:22AM 8    INSTRUCTIONS.

10:22AM 9             THE COURT:  YES.

10:22AM 10            MR. LEACH:  I URGE THE COURT TO DO IT COLLECTIVELY.

10:22AM 11   I DON'T THINK IT'S NECESSARY TO PUT INDIVIDUAL JURORS ON THE

10:22AM 12   SPOT THAT EARLY IN THE TRIAL.  THE COLLECTIVE PLEASE RAISE YOUR

10:22AM 13   HAND IS A PERFECTLY GOOD WAY TO DO IT, AND THE GOVERNMENT URGES

10:22AM 14   THE COURT TO --

10:22AM 15            THE COURT:  WELL, THERE'S ANOTHER WAY TO DO IT, I

10:22AM 16   SUPPOSE, THAT CAPTURES BOTH VERSIONS WHICH IS AS WE DO WHEN WE

10:22AM 17   POLL JURORS AT THE END OF A TRIAL FOR A VERDICT THE QUESTION IS

10:22AM 18   ASKED HAVE YOU, JUROR NUMBER 1; HAVE YOU, JUROR NUMBER 2; HAVE

10:22AM 19   YOU, JUROR NUMBER 3, AS OPPOSED TO ASKING EACH INDIVIDUAL JUROR

10:22AM 20   THAT SAME QUESTION AGAIN, AND THAT MIGHT BE WHAT I'LL USE.

10:22AM 21       IF I USE ANYTHING ABOUT THE INDIVIDUAL, IT WOULD PROBABLY

10:22AM 22   BE THE POLLING TYPE, MS. SAHARIA --

10:22AM 23            MS. SAHARIA:  UNDERSTOOD.  I THINK THAT WOULD BE

10:22AM 24   APPROPRIATE, YOUR HONOR.

10:22AM 25            THE COURT:  -- AS OPPOSED TO AN INDIVIDUAL, WHICH I

10:22AM 1    THINK IS A BLEND OF BOTH OF THOSE.

10:23AM 2        BUT I'M NOT GOING TO ASK INDIVIDUALLY AND READ THAT

10:23AM 3    QUESTION INDIVIDUALLY TO EACH JUROR.

10:23AM 4            MS. SAHARIA:  SURE.  OKAY.

10:23AM 5            THE COURT:  LET'S SEE.  NEXT I THINK IS NUMBER 16,

10:23AM 6    AND IT'S 1.11.  I THINK THIS JUST REPLACES MS. HOLMES FOR

10:23AM 7    DEFENDANT.

10:23AM 8            MS. SAHARIA:  SO I THINK THE NINTH CIRCUIT MODEL

10:23AM 9    CONTEMPLATES TWO ALTERNATIVES.  ONE IS THAT THE COURT INSTRUCTS

10:23AM 10   THE JURY BEFORE CLOSING ARGUMENTS AND THE OTHER IS THAT THE

10:23AM 11   INSTRUCTIONS OCCUR AFTER CLOSING ARGUMENTS.

10:23AM 12       IT'S OUR PROPOSAL, WHICH I THINK IS CONSISTENT WITH

10:23AM 13   YOUR HONOR'S PRACTICE, THAT THEY BE READ AFTER THE CLOSING

10:23AM 14   ARGUMENTS, AND I THINK THE GOVERNMENT PROPOSED THE OPPOSITE IN

10:23AM 15   THEIR PROPOSED INSTRUCTION.  SO THAT'S ALL THIS ONE IS FOR.

10:23AM 16           THE COURT:  I DO INSTRUCT AFTER CLOSING ARGUMENTS,

10:24AM 17   AND I'LL INSTRUCT THE JURY AS MUCH IN THE PRELIMINARY

10:24AM 18   INSTRUCTIONS.  THAT'S THE ORDER.

10:24AM 19           MR. LEACH:  VERY WELL.

10:24AM 20           THE COURT:  AND I'LL EXCHANGE FROM DEFENDANT TO

10:24AM 21   MS. HOLMES.

10:24AM 22           MS. SAHARIA:  THANK YOU, YOUR HONOR.

10:24AM 23           THE COURT:  ALL RIGHT.  LET'S MOVE TO SPECIFIC

10:24AM 24   INSTRUCTIONS.  I THINK THESE ARE INSTRUCTIONS, MS. SAHARIA,

10:24AM 25   THAT YOU'VE ASKED ABOUT SPECIFICALLY.

10:24AM 1          MS. SAHARIA:  THAT'S CORRECT, YOUR HONOR.  I THINK

10:24AM 2    WE'VE COVERED THE FIRST ONE WHICH IS NUMBER 7.

10:24AM 3          THE COURT:  YES.

10:24AM 4          MS. SAHARIA:  I THINK WE CAN SKIP THAT ONE.

10:24AM 5          THE COURT:  LET ME -- I WAS THINKING IT'S POSSIBLE

10:24AM 6    THAT I COULD ADD TO 1.6, THE LANGUAGE THAT IS 1.16 MODIFIED,

10:24AM 7    "DO NOT CONSIDER MY SUSTAINING OR OVERRULING AN OBJECTION AS

10:24AM 8    ANY INDICATION OF MY OPINION OF THE CASE OR WHAT YOUR VERDICT

10:24AM 9    SHOULD BE."

10:24AM 10         I JUST LOOKED AND THOUGHT, WELL, THAT MIGHT BE A PLACE TO

10:24AM 11   PUT IT.

10:24AM 12         MR. LEACH:  I'M SORRY, YOUR HONOR.  WHICH

10:25AM 13   INSTRUCTION ARE WE --

10:25AM 14         THE COURT:  WELL, I WAS SUGGESTING TO MAYBE ADDING

10:25AM 15   TO 1.6 THAT LANGUAGE THAT I JUST READ WHICH IS LANGUAGE FROM

10:25AM 16   1.16.

10:25AM 17         MR. LEACH:  THE DEFENSE --

10:25AM 18         MS. SAHARIA:  YOU WOULD READ THAT LANGUAGE TWICE,

10:25AM 19   YOUR HONOR?

10:25AM 20         THE COURT:  WELL, LET'S MOVE ON.  I DON'T THINK IT'S

10:25AM 21   NECESSARY.

10:25AM 22         MS. SAHARIA:  I THINK AS LONG AS YOUR HONOR GIVES

10:25AM 23   1.16 AT SOME TIME THAT'S FINE WITH US, YOUR HONOR.

10:25AM 24         THE COURT:  RIGHT.

10:25AM 25         LET'S MOVE TO NUMBER 8.  NUMBER OF WITNESSES AND

10:25AM 1     UNCONTRADICTED TESTIMONY.

10:25AM 2          AND I THINK YOU SUGGESTED THAT THIS BE READ BEFORE THE

10:25AM 3     CREDIBILITY OF WITNESSES?

10:25AM 4              MS. SAHARIA:  THAT'S HOW IT APPEARS IN THE SAND

10:25AM 5     TREATISE, WHICH IS THE OTHER COMMONLY CONSULTED TREATISE ON

10:25AM 6     MODEL JURY INSTRUCTIONS.

10:25AM 7          WE WOULD BE CONTENT FOR THE COURT TO PUT IT WHEREVER IT

10:25AM 8     WOULD LIKE.  I THINK THIS IS AN IMPORTANT INSTRUCTION, AGAIN,

10:25AM 9     GIVEN THE LENGTH OF THE TRIAL AND THE NUMBER OF WITNESSES

10:25AM 10    DISCLOSED BY THE GOVERNMENT.

10:25AM 11         IT COULD WELL BE SEVERAL MONTHS BEFORE THE JURY WILL HEAR

10:26AM 12    ANY DEFENSE WITNESSES IF WE CHOOSE TO PUT ON A DEFENSE CASE.

10:26AM 13         AND THE JURY COULD WELL DRAW, I THINK, UNFAIR CONCLUSIONS

10:26AM 14    FROM THE NUMBER OF GOVERNMENT WITNESSES THAT ARE GOING TO BE

10:26AM 15    CALLED.  SO THIS IS, IN MY EXPERIENCE, A COMMONLY GIVEN

10:26AM 16    INSTRUCTION.

10:26AM 17         IN OTHER CASES THAT I'VE BEEN INVOLVED IN WHERE THE COURT

10:26AM 18    INSTRUCTS THE JURY JUST NOT TO DRAW UNFAIR INFERENCES FROM THE

10:26AM 19    FACT THAT ONE PARTY CALLS MORE WITNESSES THAN THE OTHER PARTY.

10:26AM 20            THE COURT:  1.7 INFORMS THE JURY OF THAT I THINK,

10:26AM 21    DOESN'T IT?  IT SUGGESTS THAT THE EVIDENCE IS NOT DEPENDENT OF

10:26AM 22    THE NUMBER OF WITNESSES WHO TESTIFY ABOUT IT.

10:26AM 23            MS. SAHARIA:  THAT'S CORRECT, BUT I THINK IT'S A

10:26AM 24    SLIGHTLY DIFFERENT, A SLIGHTLY DIFFERENT ISSUE.  THIS IS MORE

10:26AM 25    ABOUT THE QUANTITY OF WITNESSES CALLED BY EITHER SIDE, NOT

| | |
|---|---|
| 10:26AM | 1 |

ABOUT THE WEIGHT OF ANY PARTICULAR PIECE OF EVIDENCE AS TO ONE

FACT, WHICH IS WHAT 1.7 IS GETTING AT.

         MR. LEACH:  I THINK THE COURT IS CORRECT THAT THE

FIRST POINT IS COVERED BY 1.7 AND THAT THIS IS -- THIS

INSTRUCTION IS JUST ARGUMENT.

     SO THE SECOND POINT, I THINK THAT WILL BE COVERED BY THE

FINAL INSTRUCTIONS WHERE THE COURT IS DESCRIBING THE

PRESUMPTION OF INNOCENCE AND THE FACT THAT THE DEFENDANT

DOESN'T NEED TO PUT ON A CASE.  I THINK THIS IS ARGUMENTATIVE.

THERE'S NO EXAMPLE OF THIS MODEL -- THIS INSTRUCTION BEING

GIVEN IN THE NINTH CIRCUIT OR THE DISTRICT COURT, AND I SEE NO

REASON TO INCLUDE IT IN THE PRELIMINARY INSTRUCTIONS AT THE

EXPENSE OF ALL OF THE OTHER INSTRUCTIONS.

     SO I THINK THE CRUST OF IT IS COVERED BY CREDIBILITY OF

WITNESSES, AND THERE'S SIMPLY NO NEED FOR IT.

         THE COURT:  ALL RIGHT.  THANK YOU.  MS. SAHARIA,

ANYTHING FURTHER ON THIS?

         MS. SAHARIA:  NO, YOUR HONOR.

         THE COURT:  ALL RIGHT.  THANK YOU.

     I DO SEE THIS AS, YOUR SUGGESTED NUMBER 8, IT'S A

COMPILATION OF SEVERAL OTHER JURY INSTRUCTIONS, BOTH SOME

PRELIMINARY AND SOME FINAL INSTRUCTIONS THAT RELATE TO THE 1.7

THAT WE TALKED ABOUT, ALSO CREDIBILITY, TALKING ABOUT

IMPEACHMENT AND THINGS.

     I THINK THIS IS TOO MUCH INFORMATION, AND IT'S CONFUSING,

10:28AM  1    I THINK, AND IT COULD POTENTIALLY OFFER CONFUSION TO A JURY, AT

10:28AM  2    LEAST IN A PRELIMINARY INSTRUCTION.  I THINK 1.7 AND THE OTHER

10:28AM  3    MODEL INSTRUCTIONS APPROPRIATELY CONVEY THESE CONCERNS THAT YOU

10:28AM  4    HAVE HERE.

10:28AM  5         SO I'M GOING TO DECLINE YOUR INVITATION TO GIVE YOUR

10:28AM  6    NUMBER 8.

10:28AM  7         I THINK YOUR NEXT IS NUMBER 13.

10:28AM  8              MS. SAHARIA:  YES, YOUR HONOR.

10:28AM  9              THE COURT:  THE GOVERNMENT AS A PARTY?

10:28AM  10             MS. SAHARIA:  YES.  AGAIN, IN MY EXPERIENCE THIS IS

10:28AM  11   A COMMON UNOBJECTIONABLE INSTRUCTION THAT SIMPLY INFORMS THE

10:29AM  12   JURY THAT THE GOVERNMENT AND THE DEFENDANT STAND AS EQUALS IN

10:29AM  13   THIS CASE.  I THINK THERE IS ALWAYS THE RISK THAT JURORS

10:29AM  14   UNCONSCIOUSLY TEND TO DEFER TO THE GOVERNMENT SIMPLY BECAUSE IT

10:29AM  15   IS THE GOVERNMENT.

10:29AM  16        AGAIN, WE THINK THAT'S EVEN A HIGHER RISK HERE JUST GIVEN

10:29AM  17   THE LENGTH OF THE GOVERNMENT'S CASE, AND I THINK IT WOULD BE

10:29AM  18   HELPFUL FOR THE COURT TO GIVE THIS INSTRUCTION AT THE OUTSET OF

10:29AM  19   THE CASE SO THAT THE JURY UNDERSTANDS THAT, IN FACT, THE

10:29AM  20   GOVERNMENT AND THE DEFENSE DO STAND AS EQUALS, EVEN THOUGH IT

10:29AM  21   MAY NOT HEAR FROM US FOR QUITE A LONG TIME AT LEAST FOR AN

10:29AM  22   AFFIRMATIVE CASE, AND, AGAIN, IN MY EXPERIENCE THIS IS A COMMON

10:29AM  23   INSTRUCTION THAT FEDERAL COURTS OFTEN GIVE.

10:29AM  24             MR. LEACH:  THE GOVERNMENT IS A PARTY IN EVERY

10:29AM  25   CRIMINAL CASE.  IF IT WAS AS COMMON AS MS. SAHARIA SUGGESTS, I

10:29AM 1     THINK IT WOULD BE IN THE NINTH CIRCUIT MODEL INSTRUCTIONS.  IT

10:29AM 2     IS NOT.

10:29AM 3          I VIEW THIS AS ARGUMENTATIVE AND UNNECESSARY, AND THERE'S

10:30AM 4     JUST NO NEED FOR THE COURT TO GIVE IT PARTICULARLY IN THE JURY

10:30AM 5     INSTRUCTIONS.

10:30AM 6          THE COURT:  THANK YOU.

10:30AM 7          MS. SAHARIA, I INTEND TO COVER THIS TOPIC IN MY VOIR DIRE,

10:30AM 8     AND SO I'LL MENTION THIS BALANCE OF POWER I SUPPOSE AS I'LL

10:30AM 9     CALL IT NOW.  IT WILL BE INCLUDED IN MY VOIR DIRE SO THE JURY

10:30AM 10    WILL HAVE AN OPPORTUNITY TO HEAR FROM THE COURT, AND YOU AND

10:30AM 11    MR. LEACH WILL HAVE AN OPPORTUNITY TO FOLLOW UP.

10:30AM 12         I DON'T THINK I NEED TO GIVE 13 AS IT IS.

10:30AM 13         MS. SAHARIA:  THANK YOU.  WE APPRECIATE THE COMMENTS

10:30AM 14    IN VOIR DIRE.  THANK YOU.

10:30AM 15         THE COURT:  LET'S SEE.  14 IS THE ABSENCE OF

10:30AM 16    CODEFENDANT.

10:30AM 17         MR. LEACH, SHOULD THIS BE GIVEN IN THE PRELIMINARY

10:30AM 18    INSTRUCTION?  THIS IS 215 IS THE MODEL.

10:31AM 19         MR. LEACH:  THE LANGUAGE CERTAINLY IS

10:31AM 20    UNOBJECTIONABLE, YOUR HONOR.  I HAVEN'T SEEN IT DONE IN

10:31AM 21    PRELIMINARY INSTRUCTIONS.  I DON'T -- WE WILL BE PROPOSING THIS

10:31AM 22    AS PART OF THE FINAL INSTRUCTIONS, BUT I'M REALLY NOT SURE, I'M

10:31AM 23    REALLY NOT SURE WHY IT WOULD NEED TO BE GIVEN, AND I THINK IT'S

10:31AM 24    JUST ADDING TO OUR ALREADY LENGTHY INSTRUCTION.  AND SO I DON'T

10:31AM 25    SEE THE PARTICULAR NEED, BUT THE LANGUAGE HERE IS NOT

10:31AM 1    OBJECTIONABLE.

10:31AM 2         THE COURT:  WELL, THANK YOU.  THANK YOU.  I DO THINK

10:31AM 3    THE JURY IS GOING TO BE INFORMED THAT THERE IS A CODEFENDANT.

10:31AM 4    MR. BALWANI'S NAME IS GOING TO BE MENTIONED, I THINK, AND I

10:31AM 5    THINK IT IS APPROPRIATE TO INFORM THE JURY ABOUT WHY HE'S NOT

10:31AM 6    HERE OR WHERE IS HE.

10:31AM 7         I THINK MODEL 2.15 ACCOMPLISHES THAT, AND I THINK IT'S

10:31AM 8    APPROPRIATE TO GIVE IT, AND I THINK THE PRELIMINARY

10:31AM 9    INSTRUCTIONS IS THE APPROPRIATE TIME TO DO IT.  IT WILL BE

10:31AM 10   INCLUDED IN THE FINAL INSTRUCTIONS IN A DIFFERENT VERSION AS

10:31AM 11   YOU SUGGEST.  SO I WILL GIVE THE 2.15 OR YOUR MODEL 14.

10:32AM 12        MS. SAHARIA:  THANK YOU, YOUR HONOR.

10:32AM 13        THE COURT:  AND THEN 17 IS QUESTIONS TO WITNESSES BY

10:32AM 14   JURORS DURING TRIAL.  I DON'T PERMIT THAT.  I THINK I'VE TOLD

10:32AM 15   YOU THAT BEFORE.  THIS IS 1.14, MODEL 1.14.  IT SEEMS TO ME

10:32AM 16   THAT OPTION ONE IS THE ONE THAT THE COURT WOULD READ.

10:32AM 17        MS. SAHARIA:  WE AGREE, YOUR HONOR.  WE PROPOSE THAT

10:32AM 18   YOU GIVE THAT INSTRUCTION.

10:32AM 19        MR. LEACH:  I DON'T SEE A NEED FOR IT, YOUR HONOR.

10:32AM 20   I THINK IT MIGHT BE -- A WAIT-AND-SEE APPROACH IS BETTER, BUT

10:32AM 21   THE COURT SHOULD DEFER TO WHAT IT ORDINARILY DOES.  THERE'S NO

10:32AM 22   UNIQUE CIRCUMSTANCES IN THIS CASE FOR ONE OVER THE OTHER.

10:32AM 23        MY ONLY CONCERN WAS THAT JURORS MAY NEVER ASK A QUESTION,

10:32AM 24   AND SO THERE JUST MAY NOT BE A NEED FOR IT, BUT WHATEVER THE

10:32AM 25   COURT'S PRACTICE IS, IS FINE WITH US.

10:32AM 1           THE COURT:  OKAY.  I'LL READ THIS.

10:32AM 2       THE REAL IMPORT AND IMPORTANT PART OF THIS IS THE SECOND

10:32AM 3  QUESTION:  IF YOU'RE UNABLE TO HEAR, RAISE YOUR HAND SO WE CAN

10:33AM 4  CORRECT THE SITUATION.  THAT I THINK IS APPROPRIATE.

10:33AM 5       I TELL THE JURORS THIS IN ADVANCE THAT THEY'RE NOT

10:33AM 6  PERMITTED TO ASK QUESTIONS.

10:33AM 7       SOME JURORS HAVE EXPERIENCE AND IN CIVIL CASES AND THEY'VE

10:33AM 8  BEEN PERMITTED TO ASK QUESTIONS AND EVEN IN SOME CRIMINAL

10:33AM 9  CASES.

10:33AM 10      SO I'LL READ THIS.  I DON'T THINK IT IS GOING TO OCCUPY

10:33AM 11  TOO MUCH TIME.

10:33AM 12         MS. SAHARIA:  YOUR HONOR, IF THERE IS A CIRCUMSTANCE

10:33AM 13  WHERE JURORS WILL BE SEATED IN THE GALLERY, WE WOULD SUGGEST

10:33AM 14  THAT THE COURT ADD TO THAT SENTENCE "IF YOU CANNOT HEAR OR

10:33AM 15  SEE," I THINK THAT WOULD BE A HELPFUL ADDITION.

10:33AM 16         THE COURT:  RIGHT.

10:33AM 17         MS. SAHARIA:  OR THE PLEXIGLASS CREATING SOME SORT

10:33AM 18  OF GLARE EVEN.

10:33AM 19         THE COURT:  THAT'S A CONCERN I HAD, TOO, WITH THE

10:33AM 20  PLEXIGLASS.  I DON'T KNOW HOW IT LOOKS FROM WHERE YOU'RE

10:33AM 21  SEATED.  YOU'RE THE BEST JUDGES OF THAT.

10:33AM 22      BUT IF THERE'S A REFLECTION ISSUE OR YOU THINK THERE IS

10:33AM 23  SOME SIGHT ISSUES, I WOULD HOPE THAT COUNSEL WOULD BRING THAT

10:33AM 24  TO MY ATTENTION SO I COULD CORRECT THAT.  YOU'RE SEEING THE

10:33AM 25  JURORS THROUGH A DIFFERENT VIEW -- EXCUSE ME, THE WITNESSES

10:33AM  1    THROUGH A DIFFERENT VIEW THAN THE JURORS WILL, BUT I KNOW

10:34AM  2    THESE -- THIS PLEXIGLASS REFLECTS SO.

10:34AM  3          MS. SAHARIA:  I THINK THAT IS IT, YOUR HONOR.

10:34AM  4          THE COURT:  MS. SAHARIA, I THINK WE'VE EXHAUSTED

10:34AM  5    YOUR SUGGESTIONS?

10:34AM  6          MS. SAHARIA:  YES.

10:34AM  7          THE COURT:  OKAY.  MR. LEACH, DO YOU HAVE ANYTHING

10:34AM  8    ELSE THAT YOU WOULD LIKE TO COVER THIS MORNING?

10:34AM  9          MR. LEACH:  NOTHING FURTHER, YOUR HONOR.

10:34AM  10         THE COURT:  ANYTHING ELSE FROM YOUR TEAM?

10:34AM  11         MS. SAHARIA:  NO, YOUR HONOR.  NOTHING ON THE JURY

10:34AM  12   INSTRUCTIONS.  LET ME JUST CONSULT WITH MR. DOWNEY ABOUT OTHER

10:34AM  13   ISSUES.

10:34AM  14         THE COURT:  SURE.  OF COURSE.

10:34AM  15      MR. DOWNEY.

10:34AM  16         MR. DOWNEY:  I HAVE TWO GRANULAR ISSUES, BUT IT

10:34AM  17   RELATES TO THE GRANULAR WORK THAT THE COURT IS DOING RIGHT NOW

10:34AM  18   SO I THOUGHT I WOULD INQUIRE.

10:34AM  19      YOUR HONOR DESCRIBED THE PROCEDURE BY WHICH THE JURORS ARE

10:34AM  20   BROUGHT IN IN PANELS OF 20.  I'M WONDERING IF THEY'RE BROUGHT

10:34AM  21   IN BY JUROR NUMBER OR IF THERE IS SOME OTHER SYSTEM TO SELECT

10:34AM  22   THE 20 WHO ENTER AND HOW WE MIGHT --

10:34AM  23         THE COURT:  I THINK WE'LL HAVE MORE THAN 20.  I'M

10:35AM  24   INFORMED THAT THEY COULD BRING UP TRANCHES OF PERHAPS 50.  I

10:35AM  25   DON'T THINK WE'LL HAVE THAT MANY AT ONE TIME, BUT I THINK WE'LL

10:35AM 1    HAVE MORE THAN 20.

10:35AM 2         AS I UNDERSTAND IT, THEY'RE BROUGHT UP BY THEIR JUROR

10:35AM 3    NUMBERS.  LET ME SAY YOU ARE GOING TO, YOU AND MR. LEACH, WILL

10:35AM 4    HAVE A COPY OF THE LIST THAT I HAVE.  IT WON'T BE THE RANDOM

10:35AM 5    COPY.  IT WILL BE THE COPY OF THE ORDER OF HOW THEY'LL BE

10:35AM 6    CALLED, HOW THEY'LL BE SEATED SO WE'LL ALL KNOW WHO IS COMING

10:35AM 7    UP NEXT.  YOU CAN LOOK AT THAT AND ENGAGE YOUR SELECTIONS

10:35AM 8    ACCORDINGLY, BOTH PRELIMINARY AND WHEN WE'RE IN THE COURTROOM.

10:35AM 9    SO YOU'LL HAVE THAT.

10:35AM 10        SO THEY WILL BE BROUGHT UP, I THINK, BY THAT NUMBERING

10:35AM 11   SYSTEM AS I UNDERSTAND IT.

10:35AM 12        MS. KRATZMANN, IS THAT YOUR UNDERSTANDING?

10:35AM 13            THE CLERK:  YES, YOUR HONOR, IT WILL BE IDENTIFIED

10:35AM 14   BY THE JUROR NUMBER ON THE LIST.

10:35AM 15            MR. DOWNEY:  THANK YOU.

10:35AM 16        THE SECOND INQUIRY THAT I HAD WAS JUST RELATED TO THE

10:35AM 17   ICEBREAKER THAT THE COURT INTENDS TO USE WHICH YOU'VE USED IN

10:36AM 18   OTHER CASES.

10:36AM 19        I CAN IMAGINE THAT IN OTHER CASES IN INTRODUCING

10:36AM 20   THEMSELVES THE JURORS HAVE DONE SO FULLY, USED THEIR NAME AND

10:36AM 21   SO FORTH.

10:36AM 22        I WONDER IF THE COURT MIGHT CONSIDER IN THE CONTEXT OF

10:36AM 23   THIS CASE WHERE THERE'S SUBSTANTIAL EXTERNAL COVERAGE AND SO

10:36AM 24   FORTH IF JURORS MIGHT BE LESS COMFORTABLE WITH USING THEIR NAME

10:36AM 25   IN OPEN COURT.  SO I JUST RAISE THAT FOR THE COURT.

10:36AM   1          THE COURT:  THANK YOU.  I APPRECIATE THAT

10:36AM   2   OBSERVATION.  MAYBE WE'LL JUST HAVE THEM STATE THEIR JUROR

10:36AM   3   NUMBER.

10:36AM   4          MR. DOWNEY:  FAIR ENOUGH.

10:36AM   5          THE COURT:  ALTHOUGH THEIR NAMES ARE GOING TO BE

10:36AM   6   CALLED OUT BY MS. KRATZMANN TO SIT, SO THEY WILL BE JUROR

10:36AM   7   NUMBER 4.  THEY DON'T KNOW JUROR NUMBER 4, THEY KNOW THEIR

10:36AM   8   NAMES, AND SO THEIR NAMES WILL BE PART OF THE PUBLIC RECORD IN

10:36AM   9   THAT REGARD.

10:36AM  10       CANDIDLY, WHEN I REFER TO THEM AND TALK WITH THEM AND A

10:36AM  11   JUROR RAISES THEIR HAND, I ALWAYS USE THEIR SURNAME AS OPPOSED

10:36AM  12   TO JUROR NUMBER 43.  SO TO THE EXTENT THAT THEIR NAMES WILL BE

10:36AM  13   PUBLIC, THAT'S THE EXTENT OF IT.

10:37AM  14       BUT I APPRECIATE THAT, AND PERHAPS I CAN JUST ASK THEM TO

10:37AM  15   STATE THEIR JUROR NUMBER FOR PURPOSES OF THE QUESTIONNAIRE.

10:37AM  16          MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:37AM  17       THE SECOND QUESTION I WOULD HAVE IN ANTICIPATION OF THAT

10:37AM  18   PROCESS IS IF IT'S CONSISTENT WITH YOUR HONOR'S JUDGMENT OF

10:37AM  19   WHAT IS SAFE, IT MIGHT BE GOOD AS PART OF THAT PROCESS IF THE

10:37AM  20   JUROR WHO IS INTRODUCING HIM OR HERSELF COULD UNMASK JUST FOR

10:37AM  21   THAT BRIEF PERIOD WE COULD GET A BETTER SENSE AS WE'RE GOING

10:37AM  22   THROUGH THE JURY SELECTION PROCESS.

10:37AM  23       I DON'T KNOW EXACTLY HOW THE PROCESS WILL WORK, BUT IF

10:37AM  24   THAT'S POSSIBLE, THAT'S A REQUEST THAT WE WOULD MAKE.

10:37AM  25          THE COURT:  JUST FOR THAT INTRODUCTION?

10:37AM  1          MR. DOWNEY:  YEAH, JUST TO INTRODUCE THEMSELVES.  I

10:37AM  2   DON'T KNOW HOW THE ICEBREAKER TYPICALLY TAKES, BUT I'M

10:37AM  3   ANTICIPATING IT'S SOMEWHAT BRIEF, AND IF IT COULD BE JUST FOR

10:37AM  4   THAT SHORT PERIOD.

10:37AM  5          THE COURT:  MR. LEACH, DO YOU WANT TO CHIME IN?

10:38AM  6          MR. LEACH:  I THINK IT WOULD BE APPROPRIATE,

10:38AM  7   YOUR HONOR, TO ASK IF THEY'RE COMFORTABLE REMOVING THEIR MASK

10:38AM  8   FOR THAT SMALL AMOUNT OF TIME.  I CERTAINLY WOULDN'T WANT TO

10:38AM  9   REQUIRE IT IF THE JURORS ARE NOT COMFORTABLE BUT SUGGESTING

10:38AM  10  THAT THEY CAN DO IT I THINK WOULD BE APPROPRIATE.

10:38AM  11         MR. DOWNEY:  AND THAT'S FINE.  I THINK THAT'S A GOOD

10:38AM  12  SUGGESTION.

10:38AM  13         THE COURT:  THE OTHER ISSUE WITH THAT IS THAT WE'RE

10:38AM  14  NOT GOING TO HAND A MIKE TO THE JURORS, SO FOR THIS PURPOSE WE

10:38AM  15  MIGHT HAVE TO HAVE A LECTERN, AND WE DO HAVE ONE, AND WE CAN

10:38AM  16  HAVE THEM EACH APPROACH THE LECTERN.  THAT WILL BE A LITTLE BIT

10:38AM  17  CUMBERSOME TO HAVE THEM EXIT THE BOX, GO AND DO THIS.

10:38AM  18      THIS WORKS WHEN WE HAVE A MICROPHONE THAT WE CAN HAND

10:38AM  19  AROUND.  IT'S MUCH MORE EFFICIENT, AND SO LET ME THINK ABOUT

10:38AM  20  THAT.  I JUST DON'T KNOW ONCE WE'VE SEATED 12, 15 PEOPLE IN OUR

10:38AM  21  BOX AND THEN TO HAVE THEM ONE BY ONE EXIT AND CLIMB OVER EACH

10:38AM  22  OTHER FOR THAT PURPOSE I THINK MIGHT BE DIFFICULT.

10:39AM  23      WE MIGHT HAVE THEM STAND WITHOUT BENEFIT OF A MICROPHONE,

10:39AM  24  AND THAT'S WHERE THEIR MASK COULD BE WITHDRAWN AND THEY COULD

10:39AM  25  SPEAK, AND I'M SURE WE'D BE ABLE TO HEAR THEM, YOU WOULD BE

10:39AM   1    ABLE TO HEAR THEM, AND MOST IMPORTANTLY, OUR COURT REPORTER

10:39AM   2    WILL BE ABLE TO HEAR THEM.  SO THAT MIGHT BE THE WAY TO DO IT

10:39AM   3    WITHOUT A MICROPHONE.

10:39AM   4        SO --

10:39AM   5             MR. DOWNEY:  I APOLOGIZE FOR BOGGING US DOWN WITH

10:39AM   6    VERY GRANULAR BUT --

10:39AM   7             THE COURT:  NO.  IT'S A GOOD POINT.  IT'S A GOOD

10:39AM   8    POINT.

10:39AM   9        ANYTHING ELSE THAT WE HAVEN'T COVERED?  ANY OF YOUR TEAMS

10:39AM  10    HAVE ANYTHING?

10:39AM  11             MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

10:39AM  12    THANK YOU.

10:39AM  13             THE COURT:  I THINK OUR WORK IS DONE THIS MORNING.

10:39AM  14             MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:39AM  15             THE COURT:  THANK YOU.  IT'S NICE TO SEE EVERYONE.

10:39AM  16    STAY SAFE.

10:39AM  17        I'LL HEAR FROM YOU NEXT WEEK -- WE'LL SEE EACH OTHER THIS

10:39AM  18    WEEK.  BUT IF YOU HAVE ANYTHING WITH REGARD TO YOUR MEET AND

10:39AM  19    CONFER CONFERENCES, PLEASE FEEL FREE TO LET ME KNOW OR

10:39AM  20    MS. KRATZMANN KNOW IF YOU HAVE ANY ISSUES.

10:40AM  21             MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:40AM  22             MS. SAHARIA:  WHAT TIME WILL WE CONVENE?  I THINK

10:40AM  23    YOU SAID 10:00 A.M. STANDARD TIME, BUT I DON'T KNOW IF YOU HAVE

10:40AM  24    A DIFFERENT TIME.

10:40AM  25             THE COURT:  MS. KRATZMANN, WHERE ARE WE SCHEDULED

10:40AM   1     NOW?  IS IT 10:00 A.M. ON FRIDAY?

10:40AM   2              THE CLERK:  IT IS 10:00 A.M.

10:40AM   3              THE COURT:  DO YOU FOLKS WANT TO START EARLIER?

10:40AM   4     SHOULD WE START AT 9:00?

10:40AM   5              MS. SAHARIA:  THAT'S FINE, YOUR HONOR.

10:40AM   6              THE COURT:  MS. KRATZMANN, OF COURSE, WHO HAS

10:40AM   7     KNOWLEDGE OF ALL THINGS, REMINDED ME THAT THE JURORS ARE GOING

10:40AM   8     TO BE COMING IN, AREN'T THEY, TO FILL THE QUESTIONNAIRE OUT?

10:41AM   9     JUST TO AVOID ANY ISSUES WITH ELEVATORS AND THINGS, LET'S KEEP

10:41AM  10     IT AT 10:00 BECAUSE OUR JURY ASSEMBLY ROOM IS ON THE SECOND

10:41AM  11     FLOOR, AND I THINK IT'S BEST IF WE DO THAT.  BY 10:00 O'CLOCK

10:41AM  12     AT LEAST THAT FIRST TRANCHE SHOULD BE FINISHED HOPEFULLY, AND

10:41AM  13     THAT WILL AVOID ANY UNNECESSARY CONTACT.

10:41AM  14         SO LET'S KEEP IT AT 10:00 THANK YOU.

10:41AM  15         ALL RIGHT.  THANKS VERY MUCH.

10:41AM  16              THE CLERK:  COURT IS ADJOURNED.

10:41AM  17         (COURT CONCLUDED AT 10:41 A.M.)

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    _____
                      IRENE RODRIGUEZ, CSR, RMR, CRR
17                    CERTIFICATE NUMBER 8074

18
                      DATED:  AUGUST 18, 2021
19

20

21

22

23

24

25