| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034063 | iMessage | 5/12/2015 10:05:01 PM | Funny I was just texting you literally same | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034064 | iMessage | 5/12/2015 10:05:09 PM | You are breeze in desert for me | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034065 | iMessage | 5/12/2015 10:05:19 PM | My water | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034066 | iMessage | 5/12/2015 10:05:23 PM | And ocean | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034070 | iMessage | 5/12/2015 10:05:46 PM | I know. Exactly | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034069 | iMessage | 5/12/2015 10:05:53 PM | Meant to be only together tiger | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034073 | iMessage | 5/12/2015 10:06:15 PM | Literally | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034075 | iMessage | 5/12/2015 10:06:23 PM | How is our baby bird btw | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034079 | iMessage | 5/12/2015 10:08:56 PM | Priscilla just said she could feed him. Called people but they couldn't come yesterday | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034077 | iMessage | 5/12/2015 10:09:00 PM | Will check today | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034078 | iMessage | 5/12/2015 10:09:09 PM | In car now waiting for suitcase load | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034080 | iMessage | 5/12/2015 10:09:14 PM | Ok | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034081 | iMessage | 5/12/2015 10:14:42 PM | Just tried calling u | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034084 | iMessage | 5/12/2015 10:27:54 PM | Alwaleed bin Talal here | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034082 | iMessage | 5/12/2015 10:28:01 PM | (In conference book) | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034083 | iMessage | 5/12/2015 10:28:10 PM | I heard that | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034090 | iMessage | 5/12/2015 10:46:36 PM | Ignore al Waleed everyone meets with him for money so u need to put that out of ur mind. Don't need that. It will be a mistake | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034091 | iMessage | 5/12/2015 10:46:58 PM | Obviously just sharing BC we've talked abt it so much | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034099 | iMessage | 5/12/2015 11:04:20 PM | Madly in love with you and your strength | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034102 | iMessage | 5/12/2015 11:21:36 PM | I am tired today. Spending so much time on bullshit and none on software or things that build our product | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034101 | iMessage | 5/12/2015 11:23:17 PM | I may head home at 5 after my 430 meeting | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034100 | iMessage | 5/12/2015 11:50:47 PM | I know. You should | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034114 | iMessage | 5/13/2015 12:36:16 AM | CCed on you terrible negative review from someone from Newark lab probably bugs lab. Working on getting that removed. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034121 | iMessage | 5/13/2015 12:39:12 AM | I saw it. We'll get them | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034125 | iMessage | 5/13/2015 1:14:24 AM | On route to the dinner. Missing you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034126 | iMessage | 5/13/2015 1:15:05 AM | Missing u too. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034124 | iMessage | 5/13/2015 1:15:28 AM | You more | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034128 | iMessage | 5/13/2015 1:15:32 AM | I am narrowing this down in CLIA. Down to 5 people. Will nail this mother fucker | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034127 | iMessage | 5/13/2015 1:15:43 AM | Who do u think | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034130 | iMessage | 5/13/2015 1:15:49 AM | Now we have legal grounds | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034129 | iMessage | 5/13/2015 1:15:58 AM | Yes | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034170 | iMessage | 5/13/2015 7:06:33 AM | Feel like luckiest person in world BC I have you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034218 | iMessage | 5/13/2015 8:20:16 PM | We will come up with good response to the questions and we can turn this around | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034221 | iMessage | 5/13/2015 8:20:16 PM | Love. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034222 | iMessage | 5/13/2015 9:19:16 PM | Transcend | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034224 | iMessage | 5/13/2015 9:27:18 PM | We will. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034227 | iMessage | 5/13/2015 10:34:48 PM | You and i will put our heads together | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034229 | iMessage | 5/13/2015 10:34:59 PM | If Tyler thinking abt George fyi at right time | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034228 | iMessage | 5/13/2015 10:35:11 PM | But also lots of legal elements here | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034230 | iMessage | 5/13/2015 10:35:24 PM | Need to get ahead of all of it | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034231 | iMessage | 5/13/2015 10:35:40 PM | Out of al challenges are greatest opportunities | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034235 | iMessage | 5/13/2015 10:40:08 PM | Absolutely. This one is fairly easy to get ahead of. This entire email is based on Tyler and roechele and may be Adam | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034234 | iMessage | 5/13/2015 10:40:18 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034233 | iMessage | 5/13/2015 10:41:04 PM | So easy to knock legs off of. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034232 | iMessage | 5/13/2015 10:41:44 PM | Agree | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034237 | iMessage | 5/13/2015 10:53:52 PM | Extremely serious legal implications. He basically violated and shared our trade secrets down to machine names. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034239 | iMessage | 5/13/2015 10:53:52 PM | And assays in what device | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034242 | iMessage | 5/13/2015 10:53:52 PM | It is Tyler Erika and Adam. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034244 | iMessage | 5/13/2015 10:53:52 PM | The filth about living together probably from roechele | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034236 | iMessage | 5/13/2015 10:55:23 PM | Literally | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034240 | iMessage | 5/13/2015 10:55:28 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034243 | iMessage | 5/13/2015 10:55:48 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034241 | iMessage | 5/13/2015 11:05:22 PM | We need to talk abt that | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034245 | iMessage | 5/13/2015 11:09:08 PM | Once and for all transcend all the bs | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034246 | iMessage | 5/13/2015 11:13:46 PM | Well put all our thoughts together into it | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034249 | iMessage | 5/13/2015 11:14:29 PM | Yeah. And we will also take legal action once this is behind us. Violating trade secrets is not ok. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034250 | iMessage | 5/13/2015 11:15:07 PM | Secondly. We need a better strategy for Normandy. For a long time to come we will have hybrid solutions. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034252 | iMessage | 5/13/2015 11:15:12 PM | Yes. We will think together. But we know it's these 4 people. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034251 | iMessage | 5/13/2015 11:15:47 PM | Without question. Legal likely as part of it. | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034253 | iMessage | 5/13/2015 11:15:59 PM | That we have to talk abt too | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034254 | iMessage | 5/13/2015 11:16:46 PM | For sure | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034256 | iMessage | 5/13/2015 11:16:47 PM | Most likely 2 + roechele. Roechele we need to sue for defamation | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034258 | iMessage | 5/13/2015 11:16:56 PM | I Meant Normandy | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034257 | iMessage | 5/13/2015 11:17:01 PM | I agree. | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034255 | iMessage | 5/13/2015 11:17:08 PM | This is the second time she has tried to attack u. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034259 | iMessage | 5/13/2015 11:17:20 PM | Need to put an end to it. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034262 | iMessage | 5/13/2015 11:17:20 PM | We had stopped having any meetings with Ian long time ago and this lie that we were pressuring him for anything. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034260 | iMessage | 5/13/2015 11:17:43 PM | Was about to say same | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034263 | iMessage | 5/13/2015 11:17:48 PM | She'll keep doing it | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034261 | iMessage | 5/13/2015 11:19:04 PM | We can easily document that we never did any meetings with him for months. He was here because he begged not to fire him otherwise he wouldn't get any insurance | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034267 | iMessage | 5/13/2015 11:19:08 PM | For his health | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034266 | iMessage | 5/13/2015 11:19:38 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034265 | iMessage | 5/13/2015 11:19:52 PM | This whole thing that we have to respond to liars is ridiculous | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034264 | iMessage | 5/13/2015 11:20:00 PM | And he assumes them to be true | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034268 | iMessage | 5/13/2015 11:21:36 PM | Which is why knocking the legs off one at a time is best way. For instance he doesn't understand AAP and made the comment. That was Tyler as you know. Adam actually understood it and both Adam and mark Pandori created a PowerPoint to educate the lab on AAP aftre this stupidity | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034271 | iMessage | 5/13/2015 11:21:36 PM | Adam understood it ultimately | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034273 | iMessage | 5/13/2015 11:21:36 PM | But Tyler never did. So this is why it is him | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034275 | iMessage | 5/13/2015 11:21:36 PM | Also comment about vitaminD and cv. The cv calculations we actually have now submitted to FDA so that's another leg chopped off carryrou | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034272 | iMessage | 5/13/2015 11:21:58 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034270 | iMessage | 5/13/2015 11:22:00 PM | Agree | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034269 | iMessage | 5/13/2015 11:22:16 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034274 | iMessage | 5/13/2015 11:22:34 PM | We need to send legal letter to him | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_034276 | iMessage | 5/13/2015 11:22:49 PM | Because we never sent the one on his comment about confidentiality | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034277 | iMessage | 5/13/2015 11:23:43 PM | Yes. But this time it should go beyond letter. First letter should be cease and desist and then from there | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034279 | iMessage | 5/13/2015 11:23:44 PM | We will analyze more and then reach out to him. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034280 | iMessage | 5/13/2015 11:23:44 PM | He is probably burning in coals because George talks about you and his parents are on coals and he is on coals. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034281 | iMessage | 5/13/2015 11:24:53 PM | I thought the exact same | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034278 | iMessage | 5/13/2015 11:25:28 PM | Agree | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034284 | iMessage | 5/13/2015 11:33:34 PM | Stuff about you and me? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034283 | iMessage | 5/13/2015 11:35:48 PM | Yes that's probably roechele or Tyler but most likely her. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034282 | iMessage | 5/13/2015 11:36:00 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034285 | iMessage | 5/13/2015 11:36:10 PM | What r ur thoughts | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034286 | iMessage | 5/13/2015 11:36:14 PM | On handling | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034290 | iMessage | 5/13/2015 11:36:32 PM | That she attached ur personal life before during fuiz trial also | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034288 | iMessage | 5/13/2015 11:37:34 PM | And u will not dignify her comments or this tabloid journalism. Shocking that this guy thinks he has the right to ask this question for wsj | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034287 | iMessage | 5/13/2015 11:37:46 PM | I know | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034289 | iMessage | 5/14/2015 12:31:50 AM | Lauren asked dan if she should fly back with me tomorrow and that she would have pr content ready to review on plane .... | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034291 | iMessage | 5/14/2015 12:32:42 AM | I was not planning on going through pr on plane. Fareed ends at 11:45 and then going back to Conf until 1:30 or so. Space on plane but don't love precedent necessarily | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034293 | iMessage | 5/14/2015 12:33:21 AM | Let me know if your comment before on leverage is ur thoughts on how ud approach these things | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034299 | iMessage | 5/14/2015 1:25:20 AM | She candy but tell her u won't have time to work | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034297 | iMessage | 5/14/2015 1:36:49 AM | She can do but | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034330 | iMessage | 5/14/2015 2:03:30 PM | All my love | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034331 | iMessage | 5/14/2015 2:04:36 PM | Missing you infinite | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034328 | iMessage | 5/14/2015 3:21:07 PM | Also worth going thru emails to self | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034332 | iMessage | 5/14/2015 3:21:13 PM | We reviewed w brad | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034335 | iMessage | 5/14/2015 3:42:22 PM | Ok | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034333 | iMessage | 5/14/2015 3:42:48 PM | Focus on what's in front of you. This crap we will deal with when u are here together. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034334 | iMessage | 5/14/2015 3:42:56 PM | We have a good strategy that we discussed last night | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_034336 | iMessage | 5/14/2015 4:05:21 PM | Good call with wag for what it is worth | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_037204 | iMessage | 6/26/2015 3:27:16 PM | Missing you. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037210 | iMessage | 6/26/2015 5:21:00 PM | Me more | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037211 | iMessage | 6/26/2015 5:21:01 PM | On my way! | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037212 | iMessage | 6/26/2015 5:21:15 PM | Was thinking about you this morning | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037216 | iMessage | 6/26/2015 5:50:56 PM | We need to stay focused and vigilant. We are lazy and disorganized and not focused. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037214 | iMessage | 6/26/2015 5:51:10 PM | Tonight is Friday night | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037215 | iMessage | 6/26/2015 5:52:22 PM | I have been thinking the same things as you know. I was sending that in the context of you and me | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037219 | iMessage | 6/26/2015 5:53:04 PM | A hunch | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037220 | iMessage | 6/26/2015 5:53:04 PM | Even in the context of u and me we need to stay focused dying the day. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037221 | iMessage | 6/26/2015 5:53:04 PM | During | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037218 | iMessage | 6/26/2015 5:53:21 PM | What makes you say lazy | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037222 | iMessage | 6/26/2015 5:54:10 PM | Dying? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037223 | iMessage | 6/26/2015 6:03:23 PM | I am ok sending letter to Erika as in heathers email. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037281 | iMessage | 6/28/2015 5:40:21 PM | Do u want to do tracks tonight? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037282 | iMessage | 6/28/2015 5:40:43 PM | We can see. Don't know | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037284 | iMessage | 6/28/2015 5:40:50 PM | K | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037285 | iMessage | 6/28/2015 5:59:28 PM | I am hungry and wanted to order food. Do u want to eat? | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037312 | iMessage | 6/29/2015 8:59:45 PM | Come in on FDA call | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037319 | iMessage | 6/30/2015 12:50:08 PM | Onboard. Love. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037320 | iMessage | 6/30/2015 1:07:00 PM | Taking off baby | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037322 | iMessage | 6/30/2015 3:40:24 PM | Missing you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037321 | iMessage | 6/30/2015 3:44:20 PM | Missing you too baby. Just arrived at office. Will prepare. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037323 | iMessage | 6/30/2015 3:46:01 PM | Xxx | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037325 | iMessage | 6/30/2015 6:05:23 PM | Meetings will be great | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037329 | iMessage | 6/30/2015 7:41:52 PM | Yes. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037330 | iMessage | 6/30/2015 9:30:25 PM | HOME RUN. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037331 | iMessage | 6/30/2015 9:30:40 PM | They said they will help us with this "smear campaign". | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037333 | iMessage | 6/30/2015 9:31:20 PM | Yay!! | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037335 | iMessage | 6/30/2015 9:31:30 PM | When they met with jc they only said fantastic things about us | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_037334 | iMessage | 6/30/2015 9:32:04 PM | Call when you can | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037336 | iMessage | 6/30/2015 9:32:26 PM | 40 minutes. To office. Others with me. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037337 | iMessage | 6/30/2015 9:32:37 PM | Not urgent | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037338 | iMessage | 6/30/2015 9:32:41 PM | You did what we need to do | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037339 | iMessage | 6/30/2015 9:32:48 PM | Working on everything here all day | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037340 | iMessage | 6/30/2015 9:32:48 PM | They will go on record with us to refute everything. They want a Theranos bot in office assp. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037341 | iMessage | 6/30/2015 9:33:25 PM | :) | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037342 | iMessage | 6/30/2015 9:39:08 PM | Can you meet with one of the patients today? Just got the release | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037345 | iMessage | 6/30/2015 9:45:22 PM | I can call. Better to go thru docs and get their release. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037343 | iMessage | 6/30/2015 9:45:36 PM | Unless it is one of other docs patient | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037346 | iMessage | 6/30/2015 9:50:53 PM | It's in email from heather. Not sure. Agree on going thru docs everywhere we can | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037347 | iMessage | 6/30/2015 10:10:42 PM | Tried calling u 5 times. No one in ur office picking up | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037348 | iMessage | 6/30/2015 10:13:20 PM | If u r busy and can't debrief then I will take early flight and debrief in person. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037349 | iMessage | 7/1/2015 12:33:07 AM | Still at airport. Plane 1.5 hour delayed. Will Land at 8 | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037350 | iMessage | 7/1/2015 12:33:23 AM | Should have done netjet today | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037351 | iMessage | 7/1/2015 1:03:07 AM | Onboard | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037352 | iMessage | 7/1/2015 1:05:13 AM | I know. Always do In future | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037354 | iMessage | 7/1/2015 1:05:39 AM | I know specially today I could have used these 4 hours. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037353 | iMessage | 7/1/2015 1:05:51 AM | Didn't think ahead | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037355 | iMessage | 7/1/2015 3:01:20 AM | Just landed | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037356 | iMessage | 7/1/2015 3:36:08 AM | Awesome In office w Meredith | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037359 | iMessage | 7/1/2015 3:36:26 AM | On my way! | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037358 | iMessage | 7/1/2015 3:36:36 AM | :) | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037400 | iMessage | 7/1/2015 4:10:20 PM | Taking off. Love | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037403 | iMessage | 7/1/2015 5:24:25 PM | More love | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037404 | iMessage | 7/1/2015 6:24:35 PM | Just landed. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037402 | iMessage | 7/1/2015 6:28:14 PM | Xxx | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_037460 | iMessage | 7/1/2015 9:28:32 PM | Both docs signed our letter. Made it even more stronger. Will call when u r free | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |