| | To: | Sunny Balwani[sbalwani@theranos.com] |
|---|---|---|
| | From: | Danise Yam |
| | Sent: | Thur 6/25/2015 7:52:13 PM |
| | Importance: | Normal |
| | Subject: | Please approve this wire |
| | Received: | Thur 6/25/2015 7:52:15 PM |

P2162_Revised signed.pdf

https://wellsoffice.wellsfargo.com/ceoportal/signon/index.jsp

Company ID – thera304

User ID – balwr706

Hi Sunny,

This wire is requested by Heather/Evan and is for the reference matter of Erika Cheung and Tyler Shultz. I am attaching the engagement letter between BSF and Interfor.

If you need more info before you approve, please let me know.

Thanks,

Danise

| | Beneficiary | Amount | Comments |
|---|---|---|---|
| 1 | Interfor | $24,552.30 | Legal – ▆▆▆▆▆▆ |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 05/25/2015 - Freeform | 4127165504 | (USD)24,552.30 | INTERFOR, INC. 02-22011 | ENTRD | INTL |

**From:** Danise Yam

Confidential

THPFM0005636527
SEC2-USAO-EPROD-001504407