THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING · ADDITIONAL SECURITY DETAILS ON BACK WITH PADLOCK SECURITY ICON

**theranos**

1701 PAGE MILL ROAD
PALO ALTO, CA 94304

WELLS FARGO BANK, NA
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

11-24/1210

6299

Seventeen Thousand Six Hundred Eighty-Nine Dollars And 90 Cents

| | DATE | | AMOUNT |
|---|---|---|---|
| | 07/28/15 | USD | *******17,689.90 |

PAY
TO THE
ORDER
OF

Interfor, Inc
575 Madison Ave
Suite 1006
New York, NY 10022
UNITED STATES

AUTHORIZED SIGNATURE

⑈006299⑈ ⑆121000248⑆ 4127165504⑈

Capital One, N.A. Richmond VA 065000090

46062YHB4150220150729000071366103

Capital One, N.A. Richmond VA 065000090
46062YHB4150220150729000071366103

065000090<

CAPITAL ONE, NA
0032720750        07292015
RICHMOND, VA 174 22
Deposit        7527794263

ENDORSE HERE

X

FOR DEPOSIT ONLY
INTERFOR
7527794263

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006497387000000 17689.90
ROLL ECIA   20150729  000008112075512
JOB ECIA  E  ACCT 1820004127165504
REQUESTOR A099337
15987445  06/16/2016 Research 15998008

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND AND (1) WHITE PAPER AND ORIGINAL DOCUMENT SECURITY BORDER ON BACK WITH PADLOCK SECURITY CON



**theranos**

1701 PAGE MILL ROAD
PALO ALTO, CA 94304

WELLS FARGO BANK, NA
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104

11-24/1210

5974

Eighty-Three Thousand Eighty-Nine Dollars And 32 Cents

| | DATE | | AMOUNT |
|---|---|---|---|
| | 07/17/15 | USD | ******83,089.32 |

PAY
TO THE
ORDER
OF

David. B Fechheimer
2005 Lyon Street
San Francisco, CA 94115
UNITED STATES

AUTHORIZED SIGNATURE

⑆005974⑆ ⑆121000248⑆ 4127165504⑈

ENDORSE HERE

X

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

REQUEST 00006497387000000 83089.32
ROLL ECIA   20150729  000008418826489
JOB ECIA  E  ACCT 1820004127165504
REQUESTOR A099337
15987445  06/16/2016 Research 15998008

Subpoena Processing Chandler
S3928-020
Phoenix  AZ  85038