UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>      v.<br><br>ELIZABETH A. HOLMES,<br><br>            Defendant. | Case No.   5:18-cr-00258-EJD-1<br><br>**ORDER RE SUBMITTED EXHIBIT INSTRUCTIONS** |

Exhibits submitted for this case are to be hosted by the court for public viewing. Counsel will produce correct admitted exhibit lists each day no later than 4 pm. In doing so counsel represent that they have reviewed the submission for accuracy, and they consent to this protocol.

The parties should maintain a running continuous log such that they will have the entirety of exhibits maintained on a thumb or other drive throughout the trial.

This will assist the trial process and allow for efficient review of all exhibits at the conclusion of the evidence prior to the jury receiving the admitted exhibits.

Preparing and issuing files –

1. Counsels file submission must be organized and labeled properly to provide clarity for identification. Examples –
    a. File names must include what they are, such as "Deed of Sale", "Photo of Main Office", etc.
    b. Files must be in folders named properly, such as "Defense Exhibit 1", "Prosecution Exhibit 45-B", etc.

Case No.: 5:18-cr-00258-EJD-1
ORDER RE SUBMITTED EXHIBIT INSTRUCTIONS
1

2. Counsel must place each day's files on a single newly formatted (completely erased) USB drive. No other files may be present on the drive besides those introduced into evidence on that one day. Previously submitted files must not be present.

3. Counsel shall provide the drive to the CRD in the courtroom by 4:00 PM, each day of the proceedings.

4. The CRD shall copy the contents to a pre-determined location on the court's network, and then shall return the drive to counsel.

5. The court IT Department shall ensure the files are viewable to the public later that day at https://files.cand.uscourts.gov/

Any changes needed to the hosted files must be approved by the court.

**IT IS SO ORDERED.**

Dated: 9/8/2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER RE SUBMITTED EXHIBIT INSTRUCTIONS
2