UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  9/8/2021
Time in Court: 8:36-8:45am,9:11-11:10,11:55am-2:07pm (**TOTAL time: 4 hr. 20 mins.**)
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:   Kevin Downey, Lance Wade, Katherine Trefz, Amy Saharia, John Cline, Richard Cleary
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 4)**

Further Jury trial held.  Preliminary Jury Instructions given by the Court.
Opening statements held.
Witness #1 So Han Spivey a.k.a. Danise Yam to return for further testimony
Further Jury Trial scheduled for Friday, September 10, 2021 at 9:00 a.m.

Please see trial log attached.


**The following exhibits are marked for identification:**
Plaintiffs: 578
Defendants: **N/A**

**The following exhibits are admitted into evidence:**
Plaintiffs:  **578**
Defendants:  **N/A**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>September 8, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:36 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court addressing housekeeping matters |
| | | 8:45 am | Court takes recess |
| | | 9:11 am | Court in session outside presence of Jury with Counsel and Defendant. Court speaking with Juror #7 re hardship |
| | | | Court will not excuse her at this time |
| | | 9:24 am | Jury seated |
| | | 9:26 am | Court recites preliminary instructions to the Jury |
| | | 9:50 am | Government begins opening statement (Counsel Robert Leach) |
| | | 10:41 am | Government concludes opening statement |
| | | 10:43 am | Defense begins opening statement (Counsel Lance Wade) |
| | | 11:07 am | Court takes recess (30 mins) |
| | | 11:07 am | Jury excused from the courtroom |
| | | | Court requests Juror #7 contact employer |
| | | 11:10 am | Court takes recess |

2

| TRIAL DATE: September 8, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 11:55 am | Court in session. Counsel and Defendant present. Jury seated | |
| | | 11:56 am | Defense resumes opening statement (Counsel Lance Wade) | |
| | | 1:24 pm | Defense concludes opening statement | |
| | | 1:26 pm | Government's case in chief begins | |
| | | 1:26 pm | Government calls their first witness | |
| | | 1:26 pm | W#1 - So Han Spivey a.k.a. Danise Yam - Sworn | |
| DX | | | Direct examination of W#1 begins by Counsel Robert Leach | |
| EX | | 578 | ADMITTED – Email from D. Yam to KPMG and attachment | |
| | | 2:01 pm | W#1 excused for the day to return for further testimony on Friday, 9/10/2021 | |
| | | 2:02 pm | Court admonishes jury | |
| | | 2:05 pm | Jury excused from the courtroom | |
| | | | Court speaks with Juror #7 re hardship and juror excused | |
| | | 2:07 pm | Court adjourned for the day | |
| | | | Further Jury Trial scheduled for Friday, 9/10/2021 at 9:00 a.m. | |