JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT SEPTEMBER 9, 2021 STATUS CONFERENCE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DEFENDANT'S WAIVER OF PRESENCE AT SEPTEMBER 9, 2021 STATUS CONFERENCE
CR-18-00258 EJD

1

The undersigned defendant hereby waives the right to be present in court during the status conference scheduled for September 9, 2021 at 3:30 PM. The undersigned defendant further agrees that her interests will be deemed represented at the September 9, 2021 by the presence of her attorneys, the same as if the defendant herself was personally present in court.

DATED: September 9, 2021

_____
ELIZABETH HOLMES

DATED: September 9, 2021

_____
LANCE A. WADE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT SEPTEMBER 9, 2021 STATUS CONFERENCE
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2021 a copy of this filing was delivered via ECF on all counsel of record.

_____
LANCE A. WADE
Attorney for Elizabeth Holmes