UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** September 9, 2021 | **Time:** 3:33-3:49 pm | **Judge:** Edward J. Davila |
| | **Total Time:** 16 Mins. | |
| **Case No.**: 18-cr-00258-EJD-1 | **Case Name:** UNITED STATES v. Elizabeth Holmes (NP) | |

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
**Attorney for Defendant:** Kevin Downey, Lance Wade, John Cline

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Irene Rodriguez |
| **Interpreter:** N/A | **Probation Officer:** N/A |

**PROCEEDINGS – STATUS CONFERENCE**
**Via Zoom Webinar Remotely**

Defendant not present, waiver of appearance filed Dkt. 1012. Hearing held.
On September 9, 2021, a juror informed the court that over the previous weekend, the juror may have been in contact with a person who subsequently tested positive for COVID-19.  The juror is vaccinated, is not showing symptoms, and has worn a mask and maintained social distancing throughout jury selection and trial proceedings.  The juror is awaiting COVID-19 test results.

In an abundance of caution, the court and the parties have agreed to continue trial until September 14, 2021.  Accordingly, **there will be no trial proceedings on Friday, September 10, 2021.**

**CASE CONTINUED TO: September 14, 2021 9:00 A.M. for Further Jury Trial.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC:

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either: (1) relevant to the defendant's guilt or punishment; or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Adriana M. Kratzmann**
**Courtroom Deputy**
**Original: Efiled**
**CC:**