STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-258 EJD |
| Plaintiff, | EX PARTE APPLICATION FOR IMMUNITY ORDER (WITNESS: SUREKHA GANGAKHEDKAR) |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

1     STEPHANIE M. HINDS, Acting United States Attorney for the Northern District of California, hereby applies for an order compelling Surekha Gangakhedkar to testify and provide other information before the trial jury in this matter, pursuant to Title 18, United States Code, Sections 6002 and 6003, and respectfully alleges as follows:

    1.    The witness, Surekha Gangakhedkar, has been subpoenaed to appear and testify and provide other information in connection with the trial of this matter.

    2.    Counsel for this witness has stated that she will instruct her client to invoke her privilege against self-incrimination under the Fifth Amendment when she appears to testify.

    3.    It is the judgment of the Acting United States Attorney for the Northern District of California that the testimony and other information to be provided by said witness concerning the matters at issue in the trial is necessary to the public interest of the United States.

    4.    This application is made in good faith with the approval of the Deputy Assistant Attorney General, United States Department of Justice.  (See the Attachment to this Application.)

DATED: September 10, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

*Hallie Hoffman*

HALLIE HOFFMAN
Chief, Criminal Division

# ATTACHMENT



**U.S. Department of Justice**

Criminal Division

---

*Office of the Assistant Attorney General*       *Washington, D.C. 20530*

Stephanie Hinds
Acting United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Attention:   Robert S. Leach
             Assistant United States Attorney

Re:   *United States v. Elizabeth Holmes*

Dear Ms. Hinds:

Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Northern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Surekha Gangakhedkar to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that she refuses to testify or provide information on the basis of the privilege against self-incrimination.

Sincerely,

Amanda N. Liskamm
Acting Deputy Assistant Attorney General