# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  9/14/2021
Time in Court: 8:42-11:09am,11:49am-2:15pm **(TOTAL time: 4 hr. 53 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine Trefz, Jean Ralph Fleurmont, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 5)**

Further Jury trial held.  Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, September 15, 2021 at 8:30 a.m. with Counsel
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 615,792,1901,5206,431,5219,5172,5085,5141,3533,3527,5190,2623, 4859*,3233,1853,4176,256,3741A (Pgs.1-7, Bates #0015286-0015292 only),1289 (Obj),1287
Defendants: 7753,13744,13711,7761,13719,7091,5388,5389

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:  **615,792,1901,5206,431,5219,5172,5085,5141,3533,3527,5190,2623,4859*,3233, 1853,4176,256**, **3741A (Pgs.1-7, Bates #0015286-0015292 only),1287**
Defendants:  **7753,13711,7761,13719,7091,5388,5389**
**\*Provisionally admitted**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:   5:18cr00258EJD-1

# TRIAL LOG

| **TRIAL DATE:**<br>September 14, 2021 | | **REPORTER(S):**<br>Irene Rodriguez | | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:42 am | Court in session outside presence of Jury – Counsel and Defendant are present | |
| | | | Juror #7 is excused due to financial hardship and alternate #1 will now seat as Juror 7 | |
| | | | Court discusses the Government's Ex Parte Application (Dkt. 1014 filed 9/10/2021) for Immunity of witness Surekha Gangakhedkar and hears from the government.  Defense takes no position re the motion | |
| | | | Court will approve the application and Order will be filed today | |
| | | 8:54 am | Court summons Juror #12 to the courtroom to talk about emails of inquiry and re KPMG to the court | |
| | | 9:05 am | Court awaits jury panel to enter courtroom | |
| | | 9:10 am | Jury summoned to the courtroom and seated | |
| | | | Alt. No. 1 is activated and takes seat Juror #7 who is excused | |
| | | 9:13 am | W#1 So Han Spivey a.k.a. Danise Yam resumes the stand (remains under oath) for continued direct examination by the government – Counsel Robert Leach | |
| DX | | | Direct examination resumes of W#1 | |
| EX 615 | | | ADMITTED – Email from D. Yam to E. Holmes dated 6/4/2012 w/attachment Financial Statement Analysis | |

2

| TRIAL DATE: September 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 792 | | | ADMITTED – Email from D. Yam to E. Holmes and S. Balwani re: Stanford dated 2/12/2013 | |
| EX 1901 | | | ADMITTED – Email from D. Yam to M. Kuckarski dated 8/18/2014 – Theranos 2013 Tax Return | |
| EX 5206 | | | ADMITTED – Email from D. Yam to Holmes/Balwani 409A valuation dated 3/25/2015 | |
| EX 431 | | | ADMITTED – Email from D. Yam to KPMG re: Pfizer rev rec dated 6/16/2011 | |
| EX 5219 | | | ADMITTED – Email from D. Yam to KPMG and attachments dated 8/29/2015 | |
| EX 5172 | | | ADMITTED – Spreadsheet with trial balances and financial statements dated 8/15/2014 | |
| EX 5085 | | | ADMITTED – Email from D. Yam to E. Holmes re 409a – dated 5/25/2013 | |
| EX 5141 | | | ADMITTED – Email from D. Yam to V. Hintz, cc: E. Holmes re 409 Valuation Report – dated 12/8/2013 | |
| EX 3533 | | | ADMITTED – Email from D. Yam to E. Holmes re 409a prep | |
| EX 3527 | | | ADMITTED – Email from D. Yam to E. Holmes re 409a "100 m for 15 right" date December 2014 | |
| EX 5190 | | | ADMITTED – Email from D. Yam to E. Holmes and S. Balwani re 409a report dated 12/31/2014 | |
| EX 2623 | | | ADMITTED – Email from D. Yam to E. Holmes and S. Balwani re 409a (revised revenue numbers) dated 7/16/2015 | |
| EX * 4859 | | | *PROVISIONALLY ADMITTED – Patient Impact Assessment for Theranos Proprietary System Assays | |
| EX 3233 | | | ADMITTED - 2015 Tax Returns (Exhibit date 9/14/2016) | |

3

| TRIAL DATE: September 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | CX | 10:38 am | Cross examination of W#1 So Han Spivey begins by Defense Counsel Lance Wade | |
| | EX 7753 | | ADMITTED – Email from D. Yam to Jeanne Gellman w/attachments dated 11/3/2016 | |
| | EX 13744 | | IDENTIFICATION – Email (to refresh recollection of W#1) | |
| | | 11:09 am | Court takes 30 min recess | |
| | | 11:49am | Court in session, Counsel and defendant present and jury seated | |
| | CX | | Cross examination resumes of W#1 by Defense Counsel Lance Wade | |
| | EX 13711 | | ADMITTED – Email from D. Yam to E. Holmes cc: S. Balwani Re: 409a projection dated 8/27/2013 | |
| | EX 1853 | | ADMITTED – Theranos Projected Statement Income (7/14/2014) | |
| | EX 7761 | | ADMITTED – Email from D. Yam to S. Balwani w/attachments dated 7/15/2014 | |
| | EX 13719 | | ADMITTED – Email from D. Yam to E. Holmes/S.Balwani re: Deferred Revenue Balance dates 12/12/2014 | |
| | EX 7091 | | ADMITTED – M. Thibonnier email to C. Balkenhol re: ABA RESCUE Trial (UNCLASSIFIED) w/attachment | |
| | EX 4176 | | ADMITTED – Excel File Consolidated Statements of Operations Year end 12/31/2013, 2012, 2011, 2010 | |
| RDX | | 12:31pm | Re-direct examination begins of W#1 by Government Counsel Robert Leach | |
| EX 256 | | | ADMITTED – Email from D. Yam to E. Holmes re: "For Tina" attaching Monthly Financial Statement Dec. 2009 | |
| | | 12:38pm | W#1 is excused | |
| | | | Government calls their next witness W#2 | |

4

| TRIAL DATE: September 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | W#2 - Erika Cheung - Sworn | |
| DX | | 12:40pm | Direct examination of W#2 begins by Government Counsel John Bostic | |
| EX 5388 | | | ADMITTED – Photo of Edison Analyzer machine | |
| EX 5389 | | | ADMITTED – Photo of Siemens Advia 1800 device | |
| EX 3741A | | | ADMITTED – (Pgs.1-7, Bates #0015286-0015292 ONLY) Theranos – Test Menu & Prices | |
| EX 1289 | Obj | | IDENTIFICATION - Email from Erika Cheung to Normandy911 (Dated 11/29/2013) – Defense objection to admission and requests sidebar to discuss | |
| | | 1:22pm | Witness and jury excused | |
| | | 1:24 pm | Court in session outside presence of jury (sidebar) to discuss potential objections of defense as to exhibits of W#2 testimony | |
| | | 1:46 pm | Jury returns and seated.  Court in session and resumes direct examination of W#2 by Government Counsel John Bostic | |
| EX 1287 | | | ADMITTED – Email chain from Suraj Saksena to E. Holmes Re Both QC for Vitamin D didn't pass (Dated 11/30/2013) | |
| | | | W#2 excused for the day and ordered to return tomorrow for further testimony | |
| | | 2:10 pm | Court gives admonishment to jury and jury is excused for the day | |
| | | 2:15 pm | Court adjourned.  Further Jury trial Wednesday, September 15, 2021 at 8:30 a.m. with Counsel. | |