| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | JEFFREY B. SCHENK (CABN 234355)<br>JOHN C. BOSTIC (CABN 264367) |
| 5 | ROBERT S. LEACH (CABN 196191)<br>KELLY I. VOLKAR (CABN 301377) |
| 6 | Assistant United States Attorneys |
| 7 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 8 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 9 | Kelly.Volkar@usdoj.gov |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-00258 EJD |
| Plaintiff, | ) ) | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' |
| v. | ) ) | MEMORANDUM OF LAW REGARDING POTENTIAL EXHIBITS FOR ERIKA CHEUNG |
| ELIZABETH HOLMES, | ) ) | |
| Defendant. | ) ) ) | Date: September 15, 2021<br>Time: 8:30 a.m.<br>Court: Hon. Edward J. Davila |

VOLKAR DECL. ISO U.S.' BRIEF RE CHEUNG EXHIBITS,
CASE NO. 18-CR-258 EJD                                   1

1   I, Kelly I. Volkar, declare:

2   1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

3   2. Attached hereto as Exhibit 1 is a true and correct copy of an email chain spanning September 7, 2021 to September 13, 2021, between counsel for the government and defense counsel.

4   3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of text messages exchanged between Elizabeth Holmes and Ramesh "Sunny" Balwani, as contained in government trial exhibit 5387, which was provided to the government by a custodian of PricewaterhouseCoopers LLP and produced to defense counsel starting with Bates-stamp PRH_0000001.

5   4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on September 14, 2021.

DATED: September 14, 2021

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney