| | |
|---|---|
| **From:** | Wade, Lance |
| **To:** | Leach, Robert (USACAN); Bostic, John (USACAN) |
| **Cc:** | Downey, Kevin; Trefz, Katherine; Schenk, Jeffrey (USACAN); Volkar, Kelly (USACAN); Wade, Lance |
| **Subject:** | RE: U.S. v. Holmes, 18cr258 - exhibits for potential use tomorrow |
| **Date:** | Monday, September 13, 2021 2:02:31 PM |

Bob,

Circling back on this:

1. With respect to the potential government exhibits identified for Ms. Yam, we will stipulate to the admission of the following exhibits:

   - 256
   - 431
   - 615
   - 792
   - 2623
   - 3527
   - 3533
   - 3536
   - 5141
   - 5172
   - 5190
   - 5206
   - 5219

We reserve the right to object to inappropriate use of some of these exhibits, such as a circumstance where layered hearsay is used for the truth of the matter asserted.

2. With respect to Ms. Cheung, we do not stipulate to the admission of any of the potential exhibits identified below.

3. Could you please identify the order of call for the next 3 witnesses so that we can be sure to have the needed materials in Court.

Many thanks.

--Lance


**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029

lwade@wc.com  |  www.wc.com/lwade

**From:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>
**Sent:** Wednesday, September 8, 2021 3:43 PM
**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Trefz, Katherine <KTrefz@wc.com>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>
**Subject:** Re: U.S. v. Holmes, 18cr258 - exhibits for potential use tomorrow

Dear Counsel,

I'm writing to see if we can reach agreement on admission of any of the exhibits below. Can you please let us know. Thanks very much.

Regards,
Bob

Sent from my iPhone

> On Sep 7, 2021, at 8:05 PM, Bostic, John (USACAN) <jbostic@usa.doj.gov> wrote:
>
> Counsel,
>
> Below is a list of exhibits the government presently anticipates that it may introduce into evidence through witnesses tomorrow. The government reserves the right to amend this list as the evidence develops.
>
> Regards,
> John
>
> 256
> 431
> 578
> 615
> 792
> 1901
> 2114
> 2623
> 3233
> 3527
> 3533
> 3536
> 4859

5085
5141
5172
5190
5206
5209
5219

1227
1287
1289
1323
1431
1512
1522
1524
1528
1530
1548
1557
1587
1589
1595
1611
1617
1633
1660
1681
2567
2931
3741

**John C. Bostic**

Assistant United States Attorney

Northern District of California

150 Almaden Blvd. | San Jose, CA 95113

Tel.: (408) 535-5589 | Fax: (408) 535-5066

Email: john.bostic@usdoj.gov

This message and any attachments are intended only for the addressee and may contain information that is

privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.