| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007315 | iMessage | 11/20/2013 4:48:00 AM | +91 98-33-548034 | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007317 | iMessage | 11/20/2013 4:54:24 AM | Btw. When we do the patch, chem8 or chem14 is the most important and first thing to monitor | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007319 | iMessage | 11/20/2013 5:28:32 AM | Which one. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007318 | iMessage | 11/20/2013 5:29:23 AM | Love this text. | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007320 | iMessage | 11/20/2013 5:32:48 AM | Moms CO2 is high. Even in ICU with all the fancy machines and 10 doctors and nurses, chem14 is all that matters. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007324 | iMessage | 11/20/2013 5:52:00 AM | From skype | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007326 | iMessage | 11/20/2013 5:52:00 AM | Call me at this number. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007321 | iMessage | 11/20/2013 5:52:02 AM | The patch | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007322 | iMessage | 11/20/2013 5:52:09 AM | I haven't talked to you in so long | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007325 | iMessage | 11/20/2013 5:52:15 AM | Can she go out of icu | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007323 | iMessage | 11/20/2013 5:54:01 AM | Tried u on skype. Do voice call only. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007328 | iMessage | 11/20/2013 5:54:08 AM | We will move her to private room in few hours. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007330 | iMessage | 11/20/2013 5:55:29 AM | K will as soon as can - prob around 3 | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007327 | iMessage | 11/20/2013 5:55:32 AM | That is good | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007329 | iMessage | 11/20/2013 5:55:39 AM | Doc wants to keep her for 2 more days at hospital before per her go home | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007331 | iMessage | 11/20/2013 5:55:48 AM | Ok | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007334 | iMessage | 11/20/2013 5:56:22 AM | Hmm | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007332 | iMessage | 11/20/2013 9:05:11 AM | Feels like its been so long | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007335 | iMessage | 11/20/2013 9:06:08 AM | I know. Really want to be home so bad. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007337 | iMessage | 11/20/2013 9:06:08 AM | Feel like I an living another life. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007336 | iMessage | 11/20/2013 9:11:26 AM | I know | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007338 | iMessage | 11/20/2013 9:12:32 AM | I know. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007339 | iMessage | 11/20/2013 9:13:09 AM | So Strange not to be coming home to you | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007341 | iMessage | 11/20/2013 10:12:16 AM | We need to get business in control. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007342 | iMessage | 11/20/2013 10:12:16 AM | Missing u. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007340 | iMessage | 11/20/2013 10:13:05 AM | Boarding | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007344 | iMessage | 11/20/2013 10:14:24 AM | Pissing me off we don't have anyone managing PSC, ctn production, cart production, elisa assays, TSH. . | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007349 | iMessage | 11/20/2013 10:16:32 AM | I agree. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_007343 | iMessage | 11/20/2013 10:16:38 AM | Missing you more | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007347 | iMessage | 11/20/2013 10:16:50 AM | I know | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007345 | iMessage | 11/20/2013 10:17:01 AM | Recruiting | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007348 | iMessage | 11/20/2013 10:17:36 AM | And better management | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007346 | iMessage | 11/20/2013 10:19:10 AM | Full time job | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007350 | iMessage | 11/20/2013 10:20:45 AM | Beginning flight odessy | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007351 | iMessage | 11/20/2013 10:20:48 AM | Be safe | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007352 | iMessage | 11/20/2013 10:20:58 AM | Will be so strange to be home w o u | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007353 | iMessage | 11/20/2013 10:21:53 AM | Ur family will be there Saturday. U Shd stay focused on work. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007354 | iMessage | 11/20/2013 10:21:55 AM | Any $ in spore in st/mt? Or all long term. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007358 | iMessage | 11/20/2013 10:22:10 AM | I will. | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007356 | iMessage | 11/20/2013 10:22:44 AM | Likely lt. Possibly mt. If equity mt. | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007362 | iMessage | 11/20/2013 10:22:56 AM | Did anyone talk to u about equity? | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007355 | iMessage | 11/20/2013 10:23:09 AM | Didn't talk about equity at all though - observation | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007357 | iMessage | 11/20/2013 10:23:11 AM | Also possible EDB mt | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007359 | iMessage | 11/20/2013 10:23:32 AM | What is EDB? | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007360 | iMessage | 11/20/2013 10:23:33 AM | No | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007361 | iMessage | 11/20/2013 10:23:44 AM | Economic development board | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007366 | iMessage | 11/20/2013 10:24:09 AM | Hmmm seems like a LT effort. | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007363 | iMessage | 11/20/2013 10:24:22 AM | Does deals to get people in Singapore | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007365 | iMessage | 11/20/2013 10:24:47 AM | They asked to meet | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007367 | iMessage | 11/20/2013 10:24:49 AM | Have office in Bay Area | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007364 | iMessage | 11/20/2013 10:25:01 AM | Also invest in cos and do deals | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007370 | iMessage | 11/20/2013 10:30:25 AM | Loving you | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007376 | iMessage | 11/20/2013 10:31:28 AM | Miss you too | Sunny Balwani (sunnybalwani@me.com) | Elizabeth Holmes | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007371 | iMessage | 11/20/2013 10:31:30 AM | Thinking about whether useful to give Surabh documents before he comes | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007368 | iMessage | 11/20/2013 10:31:31 AM | Need to turn off phone | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007369 | iMessage | 11/20/2013 10:31:45 AM | Love you so much and miss you so much | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |
| Holmes_iPhone_iMessage-MMS-SMS_007372 | iMessage | 11/20/2013 10:31:59 AM | Kisses | Elizabeth Holmes | Sunny Balwani (sunnybalwani@me.com) | sunnybalwani@me.com | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019087 | iMessage | 10/27/2014 2:19:44 PM | Thank you both for taking such good care of us on this trip. It was wonderful to be together, and thank you for taking us to our favorite restaurant twice! (Obviously word is getting out that you frequent it, which is why Sheryl and Mark are suddenly showing up!). We are at the gate, about to board for our luxurious trip home; missing you! XXX Mommy and Daddy | Noel Holmes (+12024945094) | Elizabeth Holmes, Sunny Balwani (+14152258515), Chris Holmes (+12024209673) | chat22581753776798109 | |
| Holmes_iPhone_iMessage-MMS-SMS_019096 | iMessage | 10/27/2014 3:21:36 PM | (Meant Marissa, not Sheryl). XXX | Noel Holmes (+12024945094) | Elizabeth Holmes, Sunny Balwani (+14152258515), Chris Holmes (+12024209673) | chat22581753776798109 | |
| Holmes_iPhone_iMessage-MMS-SMS_019098 | iMessage | 10/27/2014 6:37:05 PM | Xxxx | Elizabeth Holmes | Sunny Balwani (+14152258515), Noel Holmes (+12024945094), Chris Holmes | chat22581753776798109 | |
| Holmes_iPhone_iMessage-MMS-SMS_019103 | iMessage | 10/28/2014 5:07:15 PM | Careful what u say. They will steal ideas. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019106 | iMessage | 10/28/2014 6:08:00 PM | Change your energy please | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019104 | iMessage | 10/28/2014 11:21:18 PM | Did devise have any issue | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019105 | iMessage | 10/28/2014 11:21:36 PM | None. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019156 | iMessage | 10/29/2014 8:38:47 PM | I miss u when we r not together. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019157 | iMessage | 10/29/2014 8:41:33 PM | Me more | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019160 | iMessage | 10/29/2014 9:54:08 PM | Kiss for my darling. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019162 | iMessage | 10/29/2014 10:48:18 PM | 😊😊😊😊😊 | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019164 | iMessage | 10/29/2014 10:51:33 PM | Just saw this. Made my day | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019186 | iMessage | 10/31/2014 3:24:48 AM | I am in my office. Not feeling well as haven't eaten anything. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019187 | iMessage | 10/31/2014 4:10:08 AM | Didn't end up going out - @ desk handling quick email then home to my tiger | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019188 | iMessage | 10/31/2014 5:20:00 AM | Where are u? | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019190 | iMessage | 10/31/2014 2:52:19 PM | Heading out baby | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019282 | iMessage | 11/5/2014 4:07:07 PM | On route to dentist my king | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019284 | iMessage | 11/5/2014 4:08:19 PM | Ok. Heading to Newark. Can u please get cvs done this am have Scott and Christian in tricorder all morning and tell them what changes u want. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019287 | iMessage | 11/5/2014 7:56:48 PM | Yes | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019288 | iMessage | 11/5/2014 7:57:23 PM | R u having Diana get lunch | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019294 | iMessage | 11/6/2014 5:33:24 PM | Do we have any fs sti right now | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019297 | iMessage | 11/6/2014 5:34:33 PM | Or fertility on fs | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019296 | iMessage | 11/6/2014 5:38:08 PM | No on STI. Couple fertility | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019295 | iMessage | 11/6/2014 5:38:17 PM | Ignore sti question | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019298 | iMessage | 11/6/2014 5:38:21 PM | Handled that | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019847 | iMessage | 11/19/2014 3:15:35 AM | No earlier flight I guess | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019848 | iMessage | 11/19/2014 3:22:40 AM | None | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019850 | iMessage | 11/19/2014 3:24:48 AM | 1015.. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019849 | iMessage | 11/19/2014 3:25:41 AM | Land time? Dinner? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019851 | iMessage | 11/19/2014 3:52:32 AM | Onboard | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019852 | iMessage | 11/19/2014 4:02:05 AM | Loving you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019854 | iMessage | 11/19/2014 4:03:12 AM | Me too. Will call when I land. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019853 | iMessage | 11/19/2014 4:55:57 AM | Hi. On plane. Let me know if u get this | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019855 | iMessage | 11/19/2014 4:56:32 AM | Need to focus on ops. Getting hurt in market. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019856 | iMessage | 11/19/2014 4:56:32 AM | Customer service seems to be terrible. Everyone complaining. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019858 | iMessage | 11/19/2014 4:58:07 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019857 | iMessage | 11/19/2014 4:58:15 AM | We have to own this | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019859 | iMessage | 11/19/2014 4:58:40 AM | Lab, customer service, tat, all need director level people | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019862 | iMessage | 11/19/2014 4:58:40 AM | Tracy seemed burnt out | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019863 | iMessage | 11/19/2014 4:58:40 AM | She is doing all of this. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019865 | iMessage | 11/19/2014 4:58:40 AM | No. She is still great. She is just trying to manage a lot m | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019860 | iMessage | 11/19/2014 4:59:18 AM | Exactly | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019861 | iMessage | 11/19/2014 4:59:49 AM | Hmm | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019864 | iMessage | 11/19/2014 4:59:58 AM | Burnt out like problem? | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019867 | iMessage | 11/19/2014 5:00:32 AM | We will help her | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019868 | iMessage | 11/19/2014 5:00:40 AM | By doing this | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019866 | iMessage | 11/19/2014 5:00:48 AM | We need. The lab and call center fixed.. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019872 | iMessage | 11/19/2014 5:00:48 AM | Need professionals across the board.  Need PMs and Allison out ASAP. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019874 | iMessage | 11/19/2014 5:00:48 AM | Waste of time imp | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019875 | iMessage | 11/19/2014 5:00:48 AM | Imo | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019869 | iMessage | 11/19/2014 5:00:57 AM | Exactly | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019870 | iMessage | 11/19/2014 5:01:21 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019871 | iMessage | 11/19/2014 5:01:33 AM | Met w all PMs here on new roles today | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019873 | iMessage | 11/19/2014 5:01:45 AM | Getting one pagers pre thx giving | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019876 | iMessage | 11/19/2014 5:02:50 AM | We need call center manager, new call center team, get recurrent crew out of docs facing communications | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019877 | iMessage | 11/19/2014 5:02:56 AM | Current crew out | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019880 | iMessage | 11/19/2014 5:02:56 AM | Fundamentally we need to stop fighting fires by not creating them | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019878 | iMessage | 11/19/2014 5:03:19 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019879 | iMessage | 11/19/2014 5:05:04 AM | It will be ideal to put all ops in Az so they are managed professionally and away from hq | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019881 | iMessage | 11/19/2014 5:05:04 AM | Call center,tech support, everything | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019882 | iMessage | 11/19/2014 5:05:04 AM | Rebuild | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019885 | iMessage | 11/19/2014 5:05:04 AM | New lab dirs, lab manager like Tracy | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019886 | iMessage | 11/19/2014 5:05:04 AM | 18C, ctn, tip coating | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019883 | iMessage | 11/19/2014 5:05:52 AM | Fundamentally we need to stop fighting fires by not creating them | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019884 | iMessage | 11/19/2014 5:06:06 AM | Need to fix root cause here | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019887 | iMessage | 11/19/2014 5:07:09 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019888 | iMessage | 11/19/2014 5:07:12 AM | Exactly | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019889 | iMessage | 11/19/2014 5:07:50 AM | Call center manager and new doc facing call center in 1701. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019890 | iMessage | 11/19/2014 5:08:56 AM | We can't scale with wag. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019891 | iMessage | 11/19/2014 5:09:09 AM | They are terrible and we need swy and cvs | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019892 | iMessage | 11/19/2014 5:09:33 AM | It is time | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019894 | iMessage | 11/19/2014 5:09:39 AM | Let's get SWY done this week | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019893 | iMessage | 11/19/2014 5:09:42 AM | We can do it | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019896 | iMessage | 11/19/2014 5:09:57 AM | They told ou r team in wag meeting that they don't intend to open more PSCs until July because we missed their it integration deadline | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019895 | iMessage | 11/19/2014 5:10:17 AM | Wow | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019899 | iMessage | 11/19/2014 5:10:19 AM | Which is good because we can focus on swy and cvs | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019897 | iMessage | 11/19/2014 5:10:42 AM | If they don't move, we do cvs | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019900 | iMessage | 11/19/2014 5:11:10 AM | Wag stock went up today by $1.25 because Theranos article today. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019898 | iMessage | 11/19/2014 5:11:18 AM | Theynsaidnrhatn | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019901 | iMessage | 11/19/2014 5:11:28 AM | They said that in meeting | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019903 | iMessage | 11/19/2014 5:12:09 AM | We have to move | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019902 | iMessage | 11/19/2014 5:12:24 AM | In the lifetime of the opportunity | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_019904 | iMessage | 11/19/2014 5:12:34 AM | Need ctn fixed. Our root cause of issues | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019905 | iMessage | 11/19/2014 5:12:48 AM | I know. Seems like they r a mess. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019906 | iMessage | 11/19/2014 5:13:01 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019908 | iMessage | 11/19/2014 5:15:07 AM | Getting SoCal deal will be critical for us | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019910 | iMessage | 11/19/2014 5:15:44 AM | So, I need to focus on all these. U and I need intelligent support infrastructure. We can dot this otherwise. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019907 | iMessage | 11/19/2014 5:16:42 AM | Yes | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019909 | iMessage | 11/19/2014 5:16:47 AM | Totally agree | Elizabeth Holmes | sunnybalwani@mac.com | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019912 | iMessage | 11/19/2014 5:17:22 AM | Perhaps get 6-8 lawyers as our assistants | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019911 | iMessage | 11/19/2014 5:17:52 AM | Bcz almost everything I need to do can be done by great lawyers so I can focus on product and management | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019914 | iMessage | 11/19/2014 5:17:52 AM | We need to delegate. | sunnybalwani@mac.com | Elizabeth Holmes | sunnybalwani@mac.com | |
| Holmes_iPhone_iMessage-MMS-SMS_019913 | iMessage | 11/19/2014 6:11:39 AM | Just landed. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019915 | iMessage | 11/19/2014 6:11:51 AM | @ office | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019918 | iMessage | 11/19/2014 6:25:54 AM | 😊😊😊😊😊😊 | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019921 | iMessage | 11/19/2014 6:31:20 AM | Tell me when close and I will come | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019923 | iMessage | 11/19/2014 6:49:36 AM | Home | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019924 | iMessage | 11/19/2014 7:00:16 AM | Going to rinse off | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019927 | iMessage | 11/19/2014 7:11:22 AM | In meeting | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019925 | iMessage | 11/19/2014 7:26:05 AM | On my way! | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019931 | iMessage | 11/19/2014 4:25:36 PM | Heading out | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019930 | iMessage | 11/19/2014 4:48:38 PM | I forgot my fab in my right front pant pocket and I put the pant in dry cleaning bin. Can u please bring it for me? | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019934 | iMessage | 11/19/2014 4:54:27 PM | Ok | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019973 | iMessage | 11/19/2014 11:18:57 PM | I love you. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019979 | iMessage | 11/20/2014 2:17:42 AM | Me more. Come eat | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019980 | iMessage | 11/20/2014 2:35:44 AM | Love u | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019997 | iMessage | 11/20/2014 5:11:28 AM | Ok. I am at office | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_019996 | iMessage | 11/20/2014 5:11:33 AM | On my way! Brad asked to briefly meet and then I'm heading to my bed | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020010 | iMessage | 11/21/2014 2:27:12 AM | On my way. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020012 | iMessage | 11/21/2014 3:29:09 AM | 🖼 | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | ~/Library/SMS/Attachments/da/10/D87F8E56-F659-4FCB-90A9- |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_020744 | iMessage | 11/28/2014 9:18:57 PM | Please don't leave and please leave my office door open | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020745 | iMessage | 11/28/2014 9:19:03 PM | This is really mean of you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020747 | iMessage | 11/28/2014 9:19:08 PM | Ok. It is open. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020746 | iMessage | 11/28/2014 9:19:31 PM | This is really inconsiderate of you. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020750 | iMessage | 11/28/2014 9:20:00 PM | In my car. Heading to Newark | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020748 | iMessage | 11/28/2014 9:20:20 PM | ??? They think you're on critical conference calls I already told them you had to rush out for that this morning. Please confirm you are staying at the office. | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020749 | iMessage | 11/28/2014 9:21:01 PM | They weren't planning on any infraction with you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020752 | iMessage | 11/28/2014 9:21:04 PM | Interaction | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020751 | iMessage | 11/28/2014 9:21:12 PM | ???? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020756 | iMessage | 11/28/2014 11:12:42 PM | Normandy lab is a fucking disaster zone. Glad I came here. Will work on fixing this. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020757 | iMessage | 11/28/2014 11:13:51 PM | Meant to be that your there apparently .. What happened | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020759 | iMessage | 11/28/2014 11:30:01 PM | Just called you to checkin. Call anytime / when convenient | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020760 | iMessage | 11/28/2014 11:30:08 PM | In Normandy. Will call when I leave. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020761 | iMessage | 11/28/2014 11:31:24 PM | No rush. Just checking in | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020762 | iMessage | 11/28/2014 11:32:16 PM | I will get Tina out. We need a software person ruining this. Between Tina and max we have a mess. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020764 | iMessage | 11/28/2014 11:33:23 PM | I could not agree more. | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020763 | iMessage | 11/28/2014 11:34:24 PM | We built software to remove human error and human judgement. All day I saw these people use their judgements to work around our processes. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020765 | iMessage | 11/28/2014 11:37:01 PM | This is where our problems are. Which means we can fix it. Thank god. | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020766 | iMessage | 11/28/2014 11:46:50 PM | On my way back | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020767 | iMessage | 11/28/2014 11:47:06 PM | @ Theranos | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020769 | iMessage | 11/29/2014 12:06:24 AM | ?? Ur family here | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020770 | iMessage | 11/29/2014 12:06:24 AM | Just in parking lot | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020768 | iMessage | 11/29/2014 12:06:41 AM | Was working so just touring now | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020782 | iMessage | 11/29/2014 2:18:25 AM | They said steam or Japanese | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020783 | iMessage | 11/29/2014 2:18:41 AM | (Japanese From anywhere) | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020911 | iMessage | 11/30/2014 12:42:08 AM | Where did you go away | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020912 | iMessage | 11/30/2014 12:42:21 AM | On my way! | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_020913 | iMessage | 11/30/2014 12:42:40 AM | That was a long half hour. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031057 | iMessage | 4/20/2015 6:09:41 PM | Can do sooner. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031056 | iMessage | 4/20/2015 6:10:01 PM | They are always assuming 30 hour work week but may 20 is safe | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031059 | iMessage | 4/20/2015 6:10:23 PM | Let's just beat it ... I won't say anything | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031062 | iMessage | 4/20/2015 7:41:10 PM | Can we take FS lie tomorrow | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031061 | iMessage | 4/20/2015 7:41:43 PM | ? | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031064 | iMessage | 4/20/2015 7:41:52 PM | U mean Gc? | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031067 | iMessage | 4/20/2015 7:41:52 PM | Very risky. We need more software testing. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031065 | iMessage | 4/20/2015 7:43:05 PM | Yes | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031066 | iMessage | 4/20/2015 7:44:00 PM | Checking but very risky | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031068 | iMessage | 4/20/2015 8:34:48 PM | Reminder. Need Cleveland clinic deal done. We need couple of anchor partners in the market. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031071 | iMessage | 4/20/2015 8:56:32 PM | Awesome !!!!! So happy to hear this | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031072 | iMessage | 4/20/2015 8:57:50 PM | Did slam dunk here | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031070 | iMessage | 4/20/2015 8:57:57 PM | Highmark ceo 100% deal done | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031069 | iMessage | 4/20/2015 8:58:09 PM | Az very interested in us beating others rates | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031073 | iMessage | 4/20/2015 8:58:17 PM | Says they are very low here | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031074 | iMessage | 4/20/2015 8:58:25 PM | We should think about pa now | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031076 | iMessage | 4/20/2015 8:58:31 PM | We will beat any rates. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031077 | iMessage | 4/20/2015 8:58:38 PM | As is at 55% we know | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031078 | iMessage | 4/20/2015 8:58:40 PM | Wow | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031075 | iMessage | 4/20/2015 8:58:51 PM | Highmark CMO apologized saying not working with us was huge mistake and want to make sure don't repeat | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031082 | iMessage | 4/20/2015 9:26:19 PM | I was praying for you. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031090 | iMessage | 4/20/2015 9:26:24 PM | Bcbsaz isn't at 55%. We can do 45% for them asap | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031091 | iMessage | 4/20/2015 9:26:24 PM | Drink hot water baby | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031096 | iMessage | 4/20/2015 9:26:24 PM | No. Miserable. But don't feel like going to docs. They know nothing | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031085 | iMessage | 4/20/2015 9:26:28 PM | Just was texting you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031086 | iMessage | 4/20/2015 9:26:34 PM | Always praying for us | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031083 | iMessage | 4/20/2015 9:26:36 PM | As one | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031087 | iMessage | 4/20/2015 9:26:42 PM | Very sick over here ... | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031093 | iMessage | 4/20/2015 9:27:14 PM | I told them 100% we could beat Their rates | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |

| Record | Type | Message Sent Date/Time | Message | Sender / Author | Recipient(s) | ChatID | Attachments |
|---|---|---|---|---|---|---|---|
| Holmes_iPhone_iMessage-MMS-SMS_031368 | iMessage | 4/21/2015 5:31:44 PM | Assume u made all ur comments on cvs contract bi will send them the latest. I will email u so u can review | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031367 | iMessage | 4/21/2015 6:45:45 PM | Yes | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031373 | iMessage | 4/21/2015 6:57:04 PM | Scott seems to think ur comments from yesterday didn't cover the 3 sections | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031372 | iMessage | 4/21/2015 7:00:58 PM | If I didn't send it then I didn't have further comments | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031371 | iMessage | 4/21/2015 7:01:11 PM | Ok | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031378 | iMessage | 4/21/2015 7:07:44 PM | Can u look at redline version of section 9 and 11. You will see what they want and what we are proposing. The clean version is what we are proposing. Are there any redline versions we can agree to to make progress and then rest I can push them to agree to us | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031380 | iMessage | 4/21/2015 7:11:39 PM | In same document as last night? | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031381 | iMessage | 4/21/2015 7:11:50 PM | Same document. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031384 | iMessage | 4/21/2015 7:12:00 PM | The clean version u read included our redlined to make it balanced. Their version dumped all risk on us and seemed open ended risk in indemnification and in reps and warranties including limitations of liabilities | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031382 | iMessage | 4/21/2015 7:12:14 PM | K | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031385 | iMessage | 4/21/2015 7:13:46 PM | Got it | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031389 | iMessage | 4/21/2015 7:18:38 PM | Just looked at 9 and 10 call me and i can brief you on that. Looking at 11 now | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031388 | iMessage | 4/21/2015 7:18:56 PM | 10 is not an issue | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031392 | iMessage | 4/21/2015 7:29:04 PM | Love u too. Drink hot water and honey and rest | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031391 | iMessage | 4/21/2015 7:29:06 PM | I love you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031395 | iMessage | 4/21/2015 7:29:39 PM | You're my honey | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031396 | iMessage | 4/21/2015 7:44:00 PM | The team is not confident about pushing out fingerstick tonite. What don't think. | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031397 | iMessage | 4/21/2015 7:44:00 PM | Do u | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031399 | iMessage | 4/21/2015 7:51:18 PM | What's ur confidences | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031398 | iMessage | 4/21/2015 7:52:00 PM | Ideally Saturday night Nwe don't want to rush this.  We went thru hell | Sunny Balwani (+14152258515) | Elizabeth Holmes | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031400 | iMessage | 4/21/2015 7:52:22 PM | Ok | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | |
| Holmes_iPhone_iMessage-MMS-SMS_031430 | iMessage | 4/21/2015 10:28:13 PM | for you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | ~/Library/SMS/Attachments/ff/15/987C68CF-0505-423C-BC4A- |
| Holmes_iPhone_iMessage-MMS-SMS_031431 | iMessage | 4/21/2015 10:28:13 PM | for you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | ~/Library/SMS/Attachments/34/04/2E9814A3-1F15-481B-9D61- |
| Holmes_iPhone_iMessage-MMS-SMS_031432 | iMessage | 4/21/2015 10:28:13 PM | for you | Elizabeth Holmes | Sunny Balwani (+14152258515) | +14152258515 | ~/Library/SMS/Attachments/12/02/0316180E-7A48-48E6-AA3D- |