UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 18-258 EJD |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | |

On motion of STEPHANIE M. HINDS, Acting United States Attorney for the Northern District of California, the Court hereby finds and orders as follows:

1. Surekha Gangakhedkar may be called to testify before the jury in this matter;

2. In the judgment of the Acting United States Attorney, Surekha Gangakhedkar is likely to refuse to testify on the basis of her Fifth Amendment privilege against self-incrimination;

3. In the judgment of the Acting United States Attorney, the testimony and other information to be obtained from Surekha Gangakhedkar is necessary to the public interest; and

4. The motion filed here has been made with approval of the designate of the Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003 and 28 C.F.R. 0.175;

ORDER RE: TESTIMONY

1   IT IS THEREFORE ORDERED that Surekha Gangakhedkar, soon as she may be called, shall
2   testify under oath and provide other information including documents in this case and in any further
3   ancillary proceedings;

4   IT IS FURTHER ORDERED that the testimony and other information compelled from Surekha
5   Gangakhedkar pursuant to this order, including personal or business records, the fact of her production
6   of any records, and any information directly or indirectly derived from such testimony may not be used
7   against her in any criminal case, except a prosecution for perjury, false declaration, or otherwise failing
8   to comply with this order.

DATED: 9/14/2021

_____
THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

ORDER RE: TESTIMONY