UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  9/15/2021
Time in Court: 8:38-9:30am,9:37-10:45,11:20am-12:46pm,1:34-3:01pm
**(TOTAL time: 4 hrs. 53 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 6)**

Further Jury trial held.  Testimony held and evidence entered. Further Jury Trial scheduled for Friday, September 17, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1227,1557,1323,1431,1512,1548,1587,1617,1633,1660,2567,1176
Defendants: 7603,9397,9408,9412,9368,9381,9387,9925,9939

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:  **1227,1557,1323,1431,1512,1548,1587,1617,1633,1660,2567,1176**
Defendants: **9412,9368,9387,9925**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: September 15, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:38 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court takes up with counsel the objection of defense as to Exhibit 1289 |
| | | | Defense Counsel recites additional exhibits which defense has objection based upon 802, 805 |
| | | | The Court overrules the objection as to Exhibit 1289 it will be admitted |
| | | 9:30 am | Court takes recess |
| | | 9:37 am | Court in session.  Counsel and Defendant are present.  Jury seated |
| | | 9:40 am | W#2 Erika Cheung resumes the stand for further direct examination |
| DX | | 9:40 am | Direct examination resumes of W#2 by Government Counsel John Bostic |
| EX 1227 | | | ADMITTED – Email from Uyen Do; To Erika Cheung, Subject: New Daily Demo Schedule (Dated 11/7/2013) |
| EX 1557 | | | ADMITTED – Email To: Erika Chueng; From: Mark Pandori, Subject: Task Assignments w/attachment (Dated 2/22/2014) |
| EX 1323 | | | ADMITTED – Email thread between Erika Cheung and Ran-Hu, Subject: QC's failing with updated range (Dated 12/11/2013) |
| EX 1431 | | | ADMITTED – Email from: Adam Rosendorff; To: Sharada Siviarman, Subject: QC for Edisons (Dated 1/16/2014) |

| TRIAL DATE:<br>September 15, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 1512 | | | ADMITTED – Email From: Erika Cheung; To: Adam Rosendorff, Subject: Re SOPs for Edison Total T4, Total T3, Testosterone, FSH – Court overruled the objection for admission |
| | | 10:45 am | Court takes 30 min recess |
| | | 11:20 am | Court in session.  Counsel and Defendant present.  Jury seated |
| DX | | | Direct examination resumes of W#2 by Government Counsel John Bostic |
| EX 1548 | | | ADMITTED – Email from Erika Cheung; To: Tyler Schultz, Subject: FW: Proficiency Spread Sheet (Dated 2/20/2014) |
| EX 1587 | | | ADMITTED – Email thread – Subject: 3.5 Readers (Dated 2/26/2014) Court overruled the objection for admission of Page 2 Bates ending 5353 |
| EX 1617 | | | ADMITTED – Email from: Erika Cheung; To: Vishnu Reddy et al., Subject: Documented Cases of Reader 3.5 errors (Dated 3/12/2014) |
| EX 1633 | | | ADMITTED – Email from: Langly Gee; To: Erika Cheung, et al. Subject: Failed QC (Dated 3/28/2014) |
| EX 1660 | | | ADMITTED – (Court ordered admission on limited purpose for NOTICE not for the truth of the matter) – Email w/attachments from: Tyler Schultz; To: Elizabeth Holmes, Subject: Follow-up to previous discussions (Dated 4/11/2014) – Pages Bates #7369-7374<br>Defense objection for admission based on 602 |
| EX 2567 | | | ADMITTED – Letter dated 6/26/2015, addressed to Erika Cheung from Boies, Schiller & Flexner LLP (via hand delivery)<br>Defense objection for admission based upon 401, 403 and 802 – Court overruled objection ordered admission |
| | | 12:28pm | Sidebar – Re Defense Objection to portion of government direct examination re W#2 employment |
| | | 12:33pm | Court in session.  The Court sustained the objection |
| | | 12:33pm | Direct examination of W#2 concludes |

3

| TRIAL DATE: September 15, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | CX | | Cross examination of W#2 Erika Cheung begins by Defense Counsel Lance Wade | |
| | EX 1176 | | ADMITTED – Email From: Sunny Balwani; To: Sharada Sivaraman et al., Subject: Teams (Dated 10/15/2013) | |
| | | 12:46pm | Court takes recess 45 mins | |
| | | 1:34 pm | Court in session. Counsel and Defendant are present. Jury seated. | |
| | CX | | Cross examination resumes of W#2 | |
| | EX 7603 | | IDENTIFICATION – 42 CFR§493 ("Laboratory Requirement") (Dated 10/1/2015) | |
| | EX 9397 | | IDENTIFICATION – TSH Development Report (Dated 4/4/2011) | |
| | EX 9408 | | IDENTIFICATION – Vitamin B12 Development Report (Dated 1/2/2013) | |
| | EX 9412 | | ADMITTED – Vitamin D Validation Report (Dated 9/30/2013) | |
| | EX 9368 | | ADMITTED – Thyroid Stimulating Hormone (TSH) Validation Report (Dated 9/30/2013) | |
| | EX 9381 | | IDENTIFICATION – Total T4 (Thyroxine) Validation Report (Dated 1/10/2014) | |
| | EX 9387 | | ADMITTED – tPSA (Total Prostate Specific Antigen) Validation Report (Dated 9/30/2013) | |
| | EX 9925 | | ADMITTED – Signed CL SOP-19002 Total 25-OH Vitamin D on Edison 3.5 Theranos System, Rev A | |
| | EX 9939 | | IDENTIFICATION – Signed CL SOP-00020 Proficiency Testing for Theranos Lab – Developed Tests, Edison 3.5 | |
| | | 3:00 pm | Court admonishes jury and jury excused to return on Friday, September 17, 2021 | |

| **TRIAL DATE:**<br>September 15, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:01 pm | Court in session outside presence of Jury with Counsel and Defendant Taking up housekeeping matters | |
| | | 3:01 pm | Court adjourns. Further Jury Trial scheduled for Friday, September 17, 2021 at 9:00 a.m. | |