JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR
CR-18-00258 EJD

**MS. HOLMES' NOTICE**

In order to give the Court and the government advance notice of likely issues concerning the testimony of Ms. Surekha Gangakhedkar, Ms. Holmes provides notice of the below matters and objections that she intends to raise before or during Ms. Gangakhedkar's testimony.[1]

Ms. Holmes intends to object to admission of the following exhibits under Rules 401, 402, 403, 802, and 805: Exhibits 855, 866, 972, 974, 1019, 1022, 1065, 3691, 3968, 5089, and 5096. *See* Saharia Decl. Exs. 1-11. Ms. Holmes notes that Exhibits 1065 and 3691 (Exs. 10-11), which are internal Theranos emails, are clear examples of the types of casual conversations that the Court acknowledged would not constitute a business record, *see* 9/15/21 Hr'g Tr. 870:21-25.

Ms. Holmes intends to object to the following testimony:

- Testimony concerning Theranos employee Ian Gibbons' death under Rules 401, 402, and 403. Saharia Decl. Ex. 12 at 4 (9/13/21 MOI)[2]; Ex. 855.

- Testimony concerning the departure of Tina Noyes under Rules 401, 402, 403 and 602. Saharia Decl. Ex. 12 at 3.

- Speculative testimony that Ms. Holmes "knew everything" under Rules 403 and 602. Saharia Decl. Ex. 12 at 3.

- Testimony concerning the reasons why Ms. Gangakhedkar took documents from Theranos when she resigned, as well as any testimony about her expectation about a future investigation or criminal liability related to events that occurred during her time at the company under Rules 401, 402, and 403. Saharia Decl. Ex. 12 at 7; Ex. 13 at 6 (5/27/2021 MOI); Ex. 3 (Gov't Trial Ex. 972: copies of emails taken from Theranos).

- Testimony concerning the Court's grant of immunity to Ms. Gangakhedkar or the immunity order's provision excepting "a prosecution for perjury, false declaration, or otherwise failing to comply with this order" from the grant of immunity under Rules 401, 402, 403, and 608. *See* Dkt. 2021, Immunity Order. Ms. Holmes has advised the government that she does not intend to attempt to impeach Ms. Gangakhedkar's credibility on the basis of a grant of immunity. Saharia Decl. Ex. 14; *see United States v. Wallace*, 848 F.2d 1464, 1473-74 (9th Cir. 1988) (prohibiting prosecution's use of truth telling provision of plea agreement except "in response to attacks on the witness's credibility because of the plea agreement").

---

[1] Ms. Holmes reserves the right to object to additional testimony contemporaneously.

[2] The relevant portions of Ms. Gangakhedkar's memoranda of interview have been highlighted for the Court's convenience.

- Testimony regarding Ms. Gangakhedkar's personal belief that "it was misleading to have people believe they were going to have their blood drawn by fingerstick" under Rules 401, 402, 403, and 701. Saharia Decl. Ex. 12 at 6.

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR
CR-18-00258 EJD