JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-18-00258-EJD |
| ) | |
| Plaintiff, ) | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR** |
| v. ) | |
| ) | |
| ELIZABETH HOLMES and ) | |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | Hon. Edward J. Davila |
| Defendants. ) | |
| ) | |
| ) | |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' NOTICE
REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Notice Regarding Testimony of Surekha Gangakhedkar. I attest to the following facts upon which the Notice relies.

2. Attached to this declaration are 14 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of Trial Exhibit 855, as noticed by the government.

   b. Exhibit 2 is a true and correct copy of Trial Exhibit 866, as noticed by the government.

   c. Exhibit 3 is a true and correct copy of Trial Exhibit 972, as noticed by the government.

   d. Exhibit 4 is a true and correct copy of Trial Exhibit 974, as noticed by the government.

   e. Exhibit 5 is a true and correct copy of Trial Exhibit 1019, as noticed by the government.

   f. Exhibit 6 is a true and correct copy of Trial Exhibit 1022, as noticed by the government.

   g. Exhibit 7 is a true and correct copy of Trial Exhibit 3968, as noticed by the government.

   h. Exhibit 8 is a true and correct copy of Trial Exhibit 5089, as noticed by the government.

   i. Exhibit 9 is a true and correct copy of Trial Exhibit 5096, as noticed by the government.

   j. Exhibit 10 is a true and correct copy of Trial Exhibit 1065, as noticed by the government.

   k. Exhibit 11 is a true and correct copy of Trial Exhibit 3961, as noticed by the government.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR
CR-18-00258 EJD

1

1     l.     Exhibit 12 is a true and correct copy of a Memorandum of Interview of Surekha Gangakhedkar, dated September 13, 2021.

    m.     Exhibit 13 is a true and correct copy of a Memorandum of Interview of Surekha Gangakhedkar, dated May 27, 2021.

    n.     Exhibit 14 is a true and correct copy of an email from Amy Mason Saharia to the government, dated September 11, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of September 2021 in Chevy Chase, MD.

*[signature]*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' NOTICE REGARDING TESTIMONY OF SUREKHA GANGAKHEDKAR
CR-18-00258 EJD

2