# EXHIBIT 1

**To:**	Gary Frenzel[gfrenzel@theranos.com]; Daniel Young[dyoung@theranos.com]; Samartha Anekal[sanekal@theranos.com]; Paul Patel[ppatel@theranos.com]; Surekha Gangakhedkar[surekhag@theranos.com]; Danise Yam[dyam@theranos.com]; Kwesi Mercurius[kmercurius@theranos.com]; Douglas Matje[dmatje@theranos.com]; Tim Kemp[kemptm@theranos.com]; Christian Holmes[cholmes@theranos.com]; Ken Quon[quon@theranos.com]; Rose Edmonds[redmonds@theranos.com]; Linda Ly[lly@theranos.com]; Prasad Gawande[pgawande@theranos.com]; Lucie Lee[llee@theranos.com]; Nicholas Haase[nhaase@theranos.com]; Madeleine Harrison[mharrison@theranos.com]; Curtis Schneider[cschneider@theranos.com]; Tony Nugent[tnugent@theranos.com]; Chinmay Pangarkar[cpangarkar@theranos.com]; Nahal Gharaati[ngharaati@theranos.com]; Sandhya Kaippa[skaippa@theranos.com]; Javier Quinonez[jquinonez@theranos.com]; Loren Hart[lhart@theranos.com]; Sukhdev Bainiwal[sbainiwal@theranos.com]; Elaine Than[ethan@theranos.com]; Channing Robertson[chanbo@theranos.com]; Jeff Fenton[jfenton@theranos.com]; Chris Dillon[cdillon@theranos.com]; Dave Nelson[dnelson@theranos.com]; Mandefro Tinsae[mtinsae@theranos.com]; Amy Dinh[adinh@theranos.com]; Ian McDowell[imcdowell@theranos.com]; Karthik Jayasurya[kjayasurya@theranos.com]; Andrew Drake[adrake@theranos.com]; Thien Nguyen[tnguyen@theranos.com]; Antti Korhonen[akorhonen@theranos.com]; Arvind Jammalamadaka[ajammalamadaka@theranos.com]; Esther Chan[echan@theranos.com]; Sarah Ly[sly@theranos.com]; Peter Low[plow@theranos.com]
**Cc:**	Sunny Balwani[sbalwani@theranos.com]; Mona Ramamurthy[mramamurthy@theranos.com]
**From:**	Elizabeth Holmes
**Sent:**	Thur 5/23/2013 11:55:22 PM
**Importance:**	Normal
**Subject:**	Ian
**Received:**	Thur 5/23/2013 11:55:23 PM

Dear all,

I am very sad to let you know that Ian Gibbons passed away today.

As many of you know, Ian joined us in February of 2005 and had been with us through an incredible period of creativity and invention for the last eight years.

Our thoughts and prayers are with Rochelle, his wife.

Elizabeth

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com
======================================