# EXHIBIT 2

**To:**        Surekha Gangakhedkar[surekhag@theranos.com]; Esther Chan[echan@theranos.com]
**Cc:**        Sharada Sivaraman[ssivaraman@theranos.com]
**From:**    Tina Noyes
**Sent:**     Tue 6/4/2013 10:52:33 PM
**Importance:**      Normal
**Subject:**  RE: Next assays on 4.0
**Received:**      Tue 6/4/2013 10:52:36 PM


And to clarify, Esther, it looks like this is "T Uptake" where they say "Thyroid (T3 or T4)".

---

**From:** Surekha Gangakhedkar
**Sent:** Tuesday, June 04, 2013 3:27 PM
**To:** Esther Chan
**Cc:** Sharada Sivaraman; Tina Noyes; Amy Dinh; Ran Hu; Emma Liu
**Subject:** Next assays on 4.0


Esther – The following assays are being planned as the next phase on the 4.0. Please ensure that all reagents are in inventory – including calibrators, controls and reference kits where applicable. BNP assay is still in development.


Assay Developers – Please check with CLIA lab if they have reference tests available as compared to the bench top reference kits used during early development to make the task of verifying calibrators easier.


| CPT | TestName | CMS Long Description |
|---|---|---|
| 84439 | thyroxine, free | Thyroxine; free |
| 86140 | c-reactive protein | C-reactive protein; |
| 82728 | ferritin | Ferritin |
| 82607 | vitamin b-12 | Cyanocobalamin (Vitamin B-12); |
| 84484 | troponin, quant (tCNI) | Troponin, quantitative |

Confidential

THPFM0000253425

| 84484 | troponin, quant (tCNT) | Troponin quantitative |
|---|---|---|
| 84436 | thyroxine, total | Thyroxine; total |
| 82746 | folic acid serum, blood | Folic acid; serum |
| 86038 | antinuclear antibodies (IgG) | Antinuclear antibodies (ANA); |
| 84403 | total testosterone | Testosterone; total |
| 82670 | estradiol | Estradiol |
| 84479 | thyroid (t3 or t4) | Thyroid hormone (T3 or T4) uptake or thyroid hormone binding ratio (THBR) |
| 82553 | creatine, mb fraction | Creatine kinase (CK), (CPK); MB fraction only |
| 84144 | progesterone | Progesterone |
| 84466 | transferrin | Transferrin |
| 83880 | natriuretic peptide | Natriuretic peptide (BNP) |

Confidential

THPFM0000253426

Confidential

THPFM0000253427