# EXHIBIT 3

# Surekha Gangakhedkar

**From:** Sharada Sivaraman
**Sent:** Saturday, August 17, 2013 11:54 AM
**To:** Daniel Young; Surekha Gangakhedkar
**Subject:** RE: ELISA validation protocol

Per our plan we are estimating at least 2000 cartridges per assay for the complete validation. We are only in the stage of conjugating for these 3 assays, qualifying the conjugates. Tip coating should start only next week, we are estimating roughly 50 trays per assay of tips, all these have to be QCed. We will not be able to start this weekend for sure.

I thought the plan was to use the 3.5 with the 3 ul sample volume added by the Tecan. Please confirm plans that now we are to validate on the 3.0. The system issues and failure rates that we encounter in the 3.0 devices (which has been discussed during our 3.5 testing) means that 3 cartridges with 2 replicate tips each will not enough.

We will need confirmation if we are going with 20 ul sample (existing cartridge layouts and protocols) or 3 ul sample volume (cartridge layouts are different, protocols have not been tested yet on 3.0 or 3.5)
and if we are to go with 3.0 or 3.5.

Thanks,

Sharada

================================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650.838.9292   www.theranos.com
================================================

**From:** Daniel Young
**Sent:** Saturday, August 17, 2013 11:26 AM
**To:** Sharada Sivaraman; Surekha Gangakhedkar
**Subject:** RE: ELISA validation protocol

Thanks – I am reviewing.

By the way, we can start using Edison 3.0 devices for your validation studies (running 3 cartridges per measurement). Namely, we do not need to only use Edison 3.5 devices.

Are we able to start with validation this weekend?

Thanks,
Daniel

**From:** Sharada Sivaraman
**Sent:** Saturday, August 17, 2013 11:03 AM

1

## Surekha Gangakhedkar

| | |
|---|---|
| **From:** | Sharada Sivaraman |
| **Sent:** | Monday, August 19, 2013 10:27 AM |
| **To:** | Esther Chan |
| **Cc:** | Surekha Gangakhedkar; Tina Noyes; Karen Shaw |
| **Subject:** | FW: assays for launch |
| **Importance:** | High |

Esther,

Here is the list of all assays that need to be validated. Please start process of putting together inventory and ordering for the ones thatw e have not considered so far starting from CPT 84702 (hCG). Also HbA1c and Ferritin will no longer be included in our list they will be validated on the Siemens Advia.

Sharada

===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT - This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650 838 9292    www.theranos.com
===================================

**From:** Daniel Young
**Sent:** Monday, August 19, 2013 10:03 AM
**To:** Sharada Sivaraman; Surekha Gangakhedkar
**Subject:** assays for launch
**Importance:** High

Hi Sharada:

Below are the top priority assays (n=63) to validate on Edison devices for launch:

| | |
|---|---|
| 84443 | **thyroid stim hormone** |
| 82306 | **vitamin d, 25 hydroxy** |
| 84153 | **psa, total** |
| 84439 | **thyroxine, free** |
| 84702 | **chorionic gonadotropin** |
| 82607 | **vitamin b-12** |
| 87340 | **hepatitis b surface ag, eia** |

# Surekha Gangakhedkar

| | |
|---|---|
| **From:** | Rose Edmonds |
| **Sent:** | Friday, August 23, 2013 7:26 PM |
| **To:** | Sarah Cabayan; Kwesi Mercurius; Kerry Elenitoba-Johnson; Hoda Alamdar; Nahal Gharaati; Ran Hu; Surekha Gangakhedkar; Adam Rosendorff; Nicholas Haase; Sharada Sivaraman |
| **Cc:** | Lucie Lee; Douglas Matje; Caitlin Ortega |
| **Subject:** | ADVIA Schedule Etc for This Weekend |

Hey All,

So Nick will be in to work on the ADVIA starting at 8am Saturday and will likely be working up until 8pm or so. I (Rose) am planning on coming in Sunday from around 9am and on. For you ELISA folks, Nick and I are willing to share time and help you with getting familiar with running or whatever else during these times so that we can all get some work done towards our goals. We hope that this will work for everyone. Please let us know if you have glaring concerns. ELISA team, we do not mean to stop you from working on the ADVIA and do understand that you are also under the gun and on a tight schedule. If we need to move the schedule due to reagent space on the ADVIA, we will do so. I will shift my Sunday schedule to PM if need be as long as I get a heads up. On a side note, there is a small chance that Siemens techs will be around this weekend and if so, we must be discreet and not let them know that we are altering the chemistries and protocols on the ADVIA. Thanks. If you have any issues or want to coordinate, my cell is 650-248-0906. Nick can provide his. Thanks. Please feel free to send out and exchange cell phone or other numbers to facilitate communication. Cell phone works best for me Saturday as I will mostly be out and about. Sorry if I missed anyone relevant.


Rose Edmonds
Development Scientist
Theranos, Inc
1601 South California
Palo Alto, CA, 94304
Phone: (650) 470-6152

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc, 650-838-9292    www.theranos.com

## Surekha Gangakhedkar

| | |
|---|---|
| **From:** | Daniel Young |
| **Sent:** | Friday, August 30, 2013 7:13 PM |
| **To:** | Surekha Gangakhedkar; Elizabeth Holmes |
| **Cc:** | Sharada Sivaraman |
| **Subject:** | RE: missing data from 3.5 runs |

I recommend repeating the failed runs. We will note in the study report that x number of failed runs (due to the wrong cartridges being used) were rerun.

-Daniel

**From:** Surekha Gangakhedkar
**Sent:** Friday, August 30, 2013 1:39 PM
**To:** Elizabeth Holmes; Daniel Young
**Cc:** Sharada Sivaraman
**Subject:** FW: missing data from 3.5 runs

Hi Elizabeth,

We had issues with all runs on the 3.5 yesterday as none of the runs completed due to temperature not being reached and pipette initialization errors so we have to repeat those runs (for Vitamin D). The software team is working on addressing other issues.

Daniel – Please review data so far on the 3.0 for TPSA. We did have lots of errors due the cartridges failing due to the blood tip drop off issue ( due to the absence of labels). We are presently testing 30 cartridges with a fix in place. Please advise on if the data points will have to be repeated ?

Thanks,
Surekha


**From:** Sekhar Variam
**Sent:** Friday, August 30, 2013 1:25 PM
**To:** Tina Noyes; Earl Solis; Samartha Anekal; Michael Craig
**Cc:** Surekha Gangakhedkar; Sharada Sivaraman
**Subject:** RE: missing data from 3.5 runs

Hi Tina:
    None of the runs completed and we don't have any results on the database.


Protocol Execution failed for the following barcodes because temperature was not reached

91245647700100442
91245647700100498
91245647700100500

For the remaining barcodes, I think there was an issue in initializing the pipette. I confirmed it on E000240, but could not confirm on the remaining devices.

1

On Tuesday, June 10, 2014 12:07 PM, Mona Ramamurthy <mramamurthy@theranos.com> wrote:

Surekha,

Per our conversation this past weekend, you are disclosing highly sensitive and confidential Theranos information on your LinkedIn profile. This is a violation of the confidentiality agreement that you signed during your employment. In addition, you are making misrepresentations regarding your duties. Per our discussion, I am sending you the portions that need to be removed from your profile. Please remove them as soon as possible and no later than the end of the day tomorrow (Wednesday). Please email me as soon as the content is removed. If you do not remove it, we will proceed with further action.

* Seeking new opportunities as a Senior Scientist and Technical Manager in Biomarker Discovery, Assay Development, Medical Device Development, System Integration and Bio-analytical Validation.

* Reported to the CEO and managed the development and implementation of ~~100+~~ Immunoassays for diverse analytes for biological matrices like ~~whole blood, serum, plasma, urine, tissue lysates and~~ formalin fixed paraffin embedded tissue (FFPE).

* Well-versed in the use of a variety of Immunoassay formats ~~and solid phases for microfluidic analytic devices~~.

* Drafted the design and implementation of quality control and manufacturing process for diagnostic assay reagents which became a benchmark for reagent production and verification in the company.

* Provided critical data and input towards design and development of point-of-care device.

* Managed complex, multidisciplinary projects from concept to release and delivered results in a fast paced environment.

* Self starter with excellent interpersonal communication and negotiation skills with talent for building relationships and interacting effectively with management, collaborators, clients and vendors.

~~Technical Skills~~

~~Diagnostic assay development, Rapid tests for infectious diseases, Assay calibration and validation, Protein expression, characterization and purification, Antibody conjugation, Antibody screening, ELISA, Western blots, SDS-PAGE, HPLC, Capillary electrophoresis, Immunohistochemistry, Immunoprecipitation, Mammalian cell culture, FACS, IC50 determination, Microfluidics, HTRF assays, Magnetic bead based assays, PCR, DNA isolation, LAMP assays RFLP analysis of PCR products, DNA labeling, southern blot hybridization, DNA fingerprinting by multiplex PCR and STR analysis. Design and execution of stability studies, Quality control, Manufacturing process for assay reagents, Calibrator prep and verification.~~

Experience

- Jul 2009 – Sep 2013   4 years 3 months

**Team Manager, Assay Systems**

**Theranos Inc.**

Privately Held ; Biotechnology industry

*[handwritten note: Other ex and current employees are using comp names. Is there a uniform policy?]*

Assay design and development on varied sample types
Immunoassays,
System Integration,
~~Assay miniaturization~~

~~Assay validation on CLIA guidelines~~

Team Management,
Medical device and Diagnostics
~~Magnetic beads~~
Quality control
Manufacturing
Bio-analytical validation

- Jan 2007 – Jun 2009   2 years 6 months

**Team lead, Research**

**Theranos Inc.**

Privately Held ; Biotechnology industry

Skills:
~~Multiplex ELISA~~ Assay development
Process development
Manufacturing and Formulations
QC
Stability studies design and set-up
Assay automation
Assay Validation based on FDA guidelines.
System Integration
Customer Collaboration

\* Technical team lead for assay developers, oversaw R&D and Manufacturing activities, Experimental progress, Problem solving, Interactions with Collaborators and Communication of progress to Management and Clients.

~~\* Investigated impact of activation techniques, coating materials and process on polystyrene to increase and stabilize protein binding capacity.~~

~~* Developed a process for accelerated assay development with emphasis on increased assay sensitivity, precision with focus on clinical correlation to reference tests.~~

~~* Hands-on multiplex assay development for proteins involved in Apotosis, Angiogenesis, Inflammation, Heart Disease, PK and PD targets.~~

* Detailed interactions and coordination of Chemistry activities for the design and development of POC device, testing of device prototypes and feedback to Hardware and Software Engineering teams.

• ⬛⬛⬛⬛Jun 2005 – Dec 2006 1 year 7 months

### Sr. Scientist

### Theranos Inc.

Privately Held ; Biotechnology industry

Skills:
Immunoassay development
Microfluidics
Evaluation of solid phases for assays
~~Design of on-board assay controls~~
Team building and mentoring.
~~Antibody labeling~~
Protein purification

~~* Developed ELISA for proteins and hormones involved in Angiogenesis, Inflammation, Heart Disease, Coagulation and Fertility. Assays were designed for rapid turnaround, micro-sample volumes and whole blood in microfluidic point of care devices.~~

~~* Evaluated and optimized polystyrene treatment for use as capture surfaces in micro-channels of POC cartridges.~~

~~* Optimized assays for wide dynamic range analytes to be used in a POC device to support pg/mL to ug/mL sample concentrations without changing sample dilution.~~

~~* Initiated a program to determine stability of assay reagents in POC cartridges. Designed on-board controls for assay cartridges.~~

* Mentored and trained junior scientists in the lab.

Regards,


Mona Ramamurthy

Head of HR & Employment Counsel

Phone: (650) 470-0563

mramamurthy@theranos.com

**Join us.**

one tiny drop changes everything

---

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304 650-838-9292    www.theranos.com

---

urekha Gangakhedkar

| | |
|---|---|
| From: | Sharada Sivaraman |
| Sent: | Friday, August 23, 2013 12:35 PM |
| To: | Daniel Young; Elizabeth Holmes |
| Cc: | Surekha Gangakhedkar |
| Subject: | 3.0 cartridge failure report for ACE-011 |
| Attachments: | 02-10-11_updated_failure_report.xlsx |

Attached a compilation of the failures encountered during 3.0 Ace-011 validation in 2011.

Sharada

====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT - This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
1-888-9751   www.theranos.com
====================================

1

The error was not getting propagated and thus it gave the notion that the protocol is still running. We have fixed the issue and Michael should be updating the devices whenever he can.

Remaining barcodes
91245647700100474
91245647700100504
91245647700100515
91245647700100530

The devices are
E000240 (Unable to initialize pipette)
E000181
E000189
E000234

Sam:
 We are getting a number of Pipette initialization error. Should we be handling this error differently.


Sekhar

**From:** Tina Noyes
**Sent:** Friday, August 30, 2013 11:51 AM
**To:** Sekhar Variam; Earl Solis; Samartha Anekal
**Cc:** Surekha Gangakhedkar; Sharada Sivaraman
**Subject:** missing data from 3.5 runs

Following barcodes do not appear in alchemist - could be reader software issue, temp not reached, or data not sent. Can you help me find the source of the problem and if the data exists, retrieve it?

Thanks

091245647700100530
091245647700100515
091245647700100504
091245647700100474
091245647700100442
091245647700100498

091245647700100500

SEC-DOJ-E-0000019

Trial Exh. 0972 Page 0010