# EXHIBIT 4

**To:** Sharada Sivaraman[ssivaraman@theranos.com]; Surekha Gangakhedkar[surekhag@theranos.com]
**From:** Daniel Young
**Sent:** Sat 8/17/2013 7:04:47 PM
**Importance:** Normal
**Subject:** RE: ELISA validation protocol
**Received:** Sat 8/17/2013 7:04:48 PM

Yes 3uL with Tecan is the plan, using 3 cartridges with 2 tips.  This would be the same if we use Edison 3.0 or 3.5 devices.

Do you think this inadequate for Edison 3.0 devices?

The thought of using 3.0 devices in addition to 3.5 devices is to provide more devices in total.

---

**From:** Sharada Sivaraman
**Sent:** Saturday, August 17, 2013 11:54 AM
**To:** Daniel Young; Surekha Gangakhedkar
**Subject:** RE: ELISA validation protocol

Per our plan we are estimating at least 2000 cartridges per assay for the complete validation. We are only in the stage of conjugating for these 3 assays, qualifying the conjugates. Tip coating should start only next week, we are estimating roughly 50 trays per assay of tips, all these have to be QCed.  We will not be able to start this weekend for sure.

I thought the plan was to use the 3.5 with the 3 ul sample volume added by the Tecan. Please confirm plans that now we are to validate on the 3.0.  The system issues and failure rates that we encounter in the 3.0 devices (which has been discussed during our 3.5 testing) means that 3 cartridges with 2 replicate tips each will not enough.

We will need confirmation if we are going with 20 ul sample (existing cartridge layouts and protocols) or 3 ul sample volume (cartridge layouts are different, protocols have not been tested yet on 3.0 or 3.5)

and if we are to go with 3.0 or 3.5.

Thanks,

Sharada

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650-838-9292    www.theranos.com
======================================

**From:** Daniel Young
**Sent:** Saturday, August 17, 2013 11:26 AM
**To:** Sharada Sivaraman; Surekha Gangakhedkar
**Subject:** RE: ELISA validation protocol

Thanks – I am reviewing.

By the way, we can start using Edison 3.0 devices for your validation studies (running 3 cartridges per measurement).  Namely, we do not need to only use Edison 3.5 devices.

Are we able to start with validation this weekend?

Thanks,

Daniel

---

**From:** Sharada Sivaraman
**Sent:** Saturday, August 17, 2013 11:03 AM
**To:** Daniel Young; Surekha Gangakhedkar
**Subject:** RE: ELISA validation protocol

Please find attached a summary of cartridges that will be required for LDt validation exercise for TSH, FT4 and TPSA.

Also attached is the validation document for TSH.

Sharada

====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650-838-9292    www.theranos.com
====================================

**From:** Daniel Young
**Sent:** Friday, August 16, 2013 10:31 PM
**To:** Sharada Sivaraman; Surekha Gangakhedkar
**Subject:** ELISA validation protocol

Can you please send me the latest validation protocol, including the cartridge numbers that you had planned?

Thanks,

Daniel Young, PhD

Vice President, Theranos Systems

Theranos, Inc

1601 S. California Ave

Palo Alto, CA 94304

650-470-6119 (office)

650-804-8185 (mobile)

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304

650-838-9292    www.theranos.com

Confidential                                                                                                                    THPFM0001608806
Trial Exh. 0974 Page 0003