# EXHIBIT 5

| | |
|---|---|
| **Message** | |
| **From**: | Surekha Gangakhedkar [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SUREKHAG] |
| **Sent**: | 8/22/2013 5:53:48 PM |
| **To**: | ELISA [elisa@theranos.com]; Nili Naik [nnaik@theranos.com]; Samantha Zamora [szamora@theranos.com]; Darren Crandall [dcrandall@theranos.com]; Uyen Do [udo@theranos.com]; Andrew Kim [akim@theranos.com] |
| **CC**: | Esther Chan [echan@theranos.com] |
| **Subject**: | RE: Validation plans |

Attached are the assay assignments that I forgot to add yesterday!

The file can also be found at –

T:\Assay_Systems\Assay Development Reports\LDT Validation plans\List of assays for 3.5.xls

**From:** Surekha Gangakhedkar
**Sent:** Wednesday, August 21, 2013 6:06 PM
**To:** ELISA; Nili Naik; Samantha Zamora; Darren Crandall; Uyen Do; Andrew Kim
**Cc:** Esther Chan
**Subject:** Validation plans

All,

In preparing for the upcoming validations, please see the attached list of assays that we will be starting with and the assignments. Validation will start in phases and will depend upon resources, most importantly readers, cartridges, clinical samples etc.

Esther has initiated the ordering of antibodies, analytes and controls.

The "assay owners" will be responsible for clinical sourcing and ordering. Other responsibilities include preparing assay specific documents. Attached is the validation plan to start reviewing and plugging in the assay specific details. A template will be circulated shortly for uniformity across the assays.

Also see the attached excel – tab named "TSH" to and modify it accordingly for your assays to estimate the number of cartridges needed. If you have been assigned assays for which you are not the developers – please check with me, Sharada, Tina and Ran and use the assay development reports and CLIA assay product inserts as guidelines.

Clinical correlation will require the following samples at a minimum. Depending upon the assay you may have to source out on the basis of gender, age, etc. If sufficient sample volume (100 uL) is available in inventory, we can use those samples.

Reference range study:        120 healthy patients

Accuracy/bias study:          at least 40 samples, 20 normal, 20 outside reference range (can use Siemens RR)

Please save your templates/validation protocols at T:\Assay_Systems\Assay Development Reports\LDT Validation plans\ASSAYS.

Thanks,

Surekha

Confidential                                                                                                                                              THPFM0005295891

File Produced in Native Format

Confidential  THPFM0005295892

| # | CPT | | Owner(s) | 3.0 20uL Protocol name | 3 uL protocol made/Tecan programmed? | | | | | | | Tecan Diluent Transfer | | | Issues |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3.5 protocol | | layout | | 3.0 protocol | | | | | | |
| | | | | | ELISA submitted | generated (svn) | ELISA submitted | generated (svn) | ELISA submitted | generated (svn) | Tecan | From Well | To Well (diluent and 3uL sample) | Diluent Volume (uL) | |
| 1 | 84443 | thyroid stim hormone | Tina | Generic2_10X_ coincubation 5-5 min svn-6235 | Y | 2810 | Y | 2812 | Y | 7474 | Y | F3 | D1 | 20 | need to give MFG adjusted DAb conc (done) |
| 2 | 82306 | vitamin d, 25 hydroxy | Tina | | Y | | Y | | Y | | | F3 | F8 | 12 | |
| 3 | 84153 | psa, total | Karen | Generic2_10X_ coincubation 5-5 min svn-6235 | Y | | Y | | | | | F3 | D1 | 20 | need to give MFG adjusted DAb conc (done) |
| 4 | 84439 | thyroxine, free | Sharada | Generic2_10x_coincubation | Y | | Y | | | | | F3 | D1 | 13 | need to give MFG adjusted DAb conc (done) |
| 5 | 84702 | chorionic gonadotropin | Ling/Uyen/emma | Generic2_25x_Coincubation_5_5 | Y | | Y | | Y | 7472 | | F3 | F8 | 27 | |
| 6 | 82607 | vitamin b-12 | Sharada/Darren | | | | | | | | | | | | |
| 7 | 87340 | hepatitis b surface ag, eia | Andy | HBsAg_5x_10Pre_Coincubation | | | | | | | | | | | |
| 8 | 86592 | syphilis non-trep qual | Andy | Generic2_25x | | | | | | | | | | | |
| 9 | 86703 | hiv-1/hiv-2, single | Michelle/Nili | Generic2_100X_PSW 10-10-10 | | | | | | | | | | | |
| 10 | 86618 | lyme disease antibody (IgG and IgM) | Nili | Generic2_50x_PSW_5_5_5 svn 6341 | Y | | Y | | Y | 7462 | | F3 | F8 | 27 | |
| 11 | 84484 | troponin, quant (tCNI) | Ran/Tiffany | Generic2_5X_Coincubation_svn_6171 | | | | | | | | | | | 5x possible with 3uL sample? |
| 12 | 84436 | thyroxine, total | Tina | TT4_2-1 svn 6157 | | | | | | | | | | | |
| 13 | 86803 | hepatitis c ab | Andy | Generic2_25X_PSW svn 5735 | | | | | | | | | | | |
| 14 | 82746 | folic acid serum, blood ? | Ran/Karen/Darren | Folate_treatment_1_24x_1 | | | | | | | | | | | |
| 15 | 86038 | antinuclear antibodies (IgG) | Sharada/Andy | Generic_2_25x_PSW_2_2_1_svn_6335 | | | | | | | | | | | |
| 16 | 83001 | gonadotropin (fsh) | Ling/Uyen | Angiogenesis2_D | | | | | | | | | | | |
| 17 | 84403 | total testosterone | Tina/Uyen | TST_Total_Free | | | | | | | | | | | |
| 18 | 86762 | rubella antibody, IgM | Salina | Generic2_100x_PSW_svn_5766 | Y | | Y | | Y | 7468 | | F3 | F8 | 27 | |
| 19 | 86317 | rubella antibody IgG | Salina | RVIgG_VZVIgG svn 5730 | Y | | Y | | Y | 7470 | | F3 | F8 | 27 | |
| 20 | 82670 | estradiol | Tina/Emma | Estradiol_5x_5_5_10Pre svn 6439 | | | | | | | | | | | 5x possible with 3uL sample? |
| 21 | 84479 | thyroid (t3 or t4) | Tina/Emma | Generic2_25x_coincubation_2-1 | | | | | | | | | | | |
| 22 | 82553 | creatine, mb fraction | Emma/Samantha | Generic2_25X_ coincubation 2-1 min | | | | | | | | | | | |
| 23 | 84146 | prolactin | Emma/Samantha | Generic2_10X_10-10-10 | | | | | | | | | | | will need to give MFG adjusted DAb conc |
| 24 | 84480 | triiodothyronine (t3) | Emma/Uyen | TT3_25X_5-5 svn 6415 | | | | | | | | | | | |
| 25 | 83002 | gonadotropin (lh) | Tiffany | Fertility_1_FSH_LH_Mux_Mix35 | | | | | | | | | | | |
| 26 | 86235-01 | nuclear antigen antibody, SSB | Tiffany/Salina | Generic2_25x_PSW_svn_5735 | | | | | | | | | | | |
| 27 | 86235-02 | nuclear antigen antibody, SSA | Tiffany/Salina | Generic_2_50x_PSW_5_5_5_svn_6341 | | | | | | | | | | | |
| 28 | 86235-03 | nuclear antigen antibody, Sm | Tiffany/Salina | Generic2_5x_PSW_5721 | | | | | | | | | | | 5x possible with 3uL sample? |
| 29 | 86235-04 | nuclear antigen antibody, RNP | Tiffany/Salina | Generic2_25x_PSW_svn_5735 | | | | | | | | | | | |
| 30 | 86235-05 | nuclear antigen antibody, Scl-70 | Tiffany/Salina | Generic2_10x_ svn_5722 | | | | | | | | | | | |
| 31 | 86235-06 | nuclear antigen antibody, Jo-1 | Tiffany/Salina | Generic2_50x_PSW_svn_5749 | | | | | | | | | | | |
| 32 | 86706 | hep b surface antibody | Andy | Generic 2_ 5X Co-incubation 5_5min | | | | | | | | | | | 5x possible with 3uL sample? |
| 33 | 83970 | parathormone | Tina/Andrew | Generic2_10x_Coincubation | | | | | | | | | | | will need to give MFG adjusted DAb conc |
| 34 | 86308 | heterophile antibodies (IgM) | Salina | Generic2_100x_PSW_svn_5766 | | | | | | | | | | | |
| 35 | 82105 | alpha-fetoprotein, serum | Karen | Generic2_5x_PSW_5721 | | | | | | | | | | | 5x possible with 3uL sample? |
| 36 | 87400-1 | influenza a/b, ag, eia | Karen | Flu_A_B Svn 7003 | | | | | | | | | | | |
| 37 | 87400-2 | influenza a/b, ag, eia | Karen | Flu_A_B Svn 7003 | | | | | | | | | | | |
| | 86431 | rheumatoid factor, quant (IgM) | | | | | | | | | | | | | Repeats on Siemens Advia |
| 38 | 84144 | progesterone | Uyen | Estradiol_Progesterone_Mux_10 svn 3833 | | | | | | | | | | | |
| 39 | 86787 | varicella-zoster antibody | Darren | RVIgG_VZVIgG svn 5730 | Y | | Y | | Y | 7466 | | F3 | F8 | 27 | |
| 40 | 84402 | testosterone (free) | Tina/Uyen | TST_Total_Free | | | | | | | | | | | |
| 41 | 86665 | epstein-barr antibody IgG | Tiffany/Salina | Generic2_25x_PSW svn 5735 | | | | | | | | | | | |
| 42 | 86704 | hep b core antibody, total | Andy | Generic 2_ 25X PSW 5-5-5 min | | | | | | | | | | | |
| 43 | 86376 | microsomal antibody | Andrew | Generic2_1000x_PSW_5-5-5 | | | | | | | | | | | |
| 44 | 84481 | ft-3, free | Emma/Uyen | Generic2_5x_Coincubation_5-5 | | | | | | | | | | | 5x possible with 3uL sample? |
| | 86709 | hep a antibody, igm | | Generic2_10x_PSW_svn_5724 | | | | | | | | | | | Antibody discontinued, back in development |
| 45 | 86800 | thyroglobulin antibody, IgG | Tina | AntiTgAb svn 6701 | Y | | Y | | Y | 7464 | | F3 | F8 | 27 | |
| 46 | 86705 | hep b core antibody, igm | Salina/Nili | Generic 2_ 25X PSW 5-5-5 min | | | | | | | | | | | |
| 47 | 82785 | ige | Karen | Generic2_50X | | | | | | | | | | | |
| 48 | 86430-1 | rheumatoid factor test, IgG | Ling | Generic2_25x_PSW svn 5735 | | | | | | | | | | | |
| 49 | 86430-2 | rheumatoid factor test, IgA | Ling | Generic2_25x_PSW svn 5735 | | | | | | | | | | | |
| 50 | 86747-01 | parvovirus antibody, IgG | Ling | Generic2_100x_PSW_10_10_10 | | | | | | | | | | | |
| 51 | 82784-4 | igd | Tiffany | Generic2_15000X_PSW | | | | | | | | | | | |
| | 86696 | herpes simplex type 2 | Michelle/Nili | Generic2_25x_PSW_5-5-5 | | | | | | | | | | | Antigen not available for commercail use, back in development |
| 52 | 86695 | herpes simplex | Michelle/Nili | Generic2_10x_PSW_5-5-5 | | | | | | | | | | | will need to give MFG adjusted DAb conc |
| 53 | 82677 | estriol | Emma/Andrew | Generic2_10x_Coincubation | | | | | | | | | | | will need to give MFG adjusted DAb conc |
| 54 | 83880 | natriuretic peptide | Emma/Andrew | Generic2_5x_Coincubation | | | | | | | | | | | 5x possible with 3uL sample? |
| 55 | 82627 | dehydroepiandrosterone sulfate (dheas) | Ran/Tiffany | Generic2_competitive_50x_10_10 | | | | | | | | | | | |
| 56 | 86765-01 | rubeola antibody, IgG | Salina/Darren | Measles_mumps_ab_50x_100x_10x10x10_svn 6607 | | | | | | | | | | | |
| 57 | 86765-02 | rubeola antibody, IgM | Salina/Darren | Generic2_100x_PSW_svn_5766 | | | | | | | | | | | |
| 58 | 86735 | mumps antibody, IgG | Salina/Darren | Measles_MumpsAb_50x_100x_10-10-10_svn_6607 | | | | | | | | | | | |
| 59 | G0431QW | Cotinine, Serum and Urine | Sharada | Generic2_25x_coincubation_10x10 | | | | | | | | | | | |
| 60 | 81025 | pregnancy , urine | Ling/uyen/Emma | Generic2_25x_Coincubation_5_5 | | | | | | | | | | | |

Theranos Internal Only

|  |  | Owner(s) | 3.0 Protoocl name |
|---|---|---|---|
| 84443 | thyroid stim hormone | Tina |  |
| 82306 | vitamin d, 25 hydroxy | Tina |  |
| 84153 | psa, total | Karen |  |
| 84439 | thyroxine, free | Sharada |  |
| 84702 | chorionic gonadotropin | Emma/Uyen |  |
| 82607 | vitamin b-12 |  |  |
| 87340 | hepatitis b surface ag, eia | Andy |  |
| 86592 | syphilis  non-trep qual | Andy |  |
| 86703 | hiv-1/hiv-2, single | Michelle/Samantha |  |
| 86618 | lyme disease antibody (IgG and IgM) |  |  |
| 84484 | troponin, quant (tCNI) | Ran |  |
| 84436 | thyroxine, total | Tina |  |
| 86803 | hepatitis c ab | Andy |  |
| 82746 | folic acid serum, blood ? | Ran |  |
| 86038 | antinuclear antibodies (IgG) | Sharada/Andy |  |
| 83001 | gonadotropin (fsh) | Tina/Uyen |  |
| 84403 | total testosterone | Tina/Uyen |  |
| 86762 | rubella antibody, IgM | Salina |  |
| 86317 | rubella antibody IgG | Salina |  |
| 82670 | estradiol | Tina/Emma |  |
| 84479 | thyroid (t3 or t4) | Tina/Emma |  |
| 82553 | creatine, mb fraction | Emma/Samantha |  |
| 84146 | prolactin | Emma/Samantha |  |
| 84480 | triiodothyronine (t3) | Emma/Uyen |  |
| 83002 | gonadotropin (lh) | Tiffany |  |
| 86235-01 | nuclear antigen antibody, SSB | Tiffany/Salina |  |
| 86235-02 | nuclear antigen antibody, SSA | Tiffany/Salina |  |
| 86235-03 | nuclear antigen antibody, Sm | Tiffany/Salina |  |
| 86235-04 | nuclear antigen antibody, RNP | Tiffany/Salina |  |
| 86235-05 | nuclear antigen antibody, Scl-70 | Tiffany/Salina |  |
| 86235-06 | nuclear antigen antibody, Jo-1 | Tiffany/Salina |  |

Theranos Internal Only

Theranos Internal Only

| | | | |
|---|---|---|---|
| 86706 | hep b surface antibody | Andy | |
| 83970 | parathormone | | |
| 86308 | heterophile antibodies (IgM) | | |
| 82105 | alpha-fetoprotein, serum | | |
| 87400-1 | influenza a/b, ag, eia | | |
| 87400-2 | influenza a/b, ag, eia | | |
| 86431 | rheumatoid factor, quant (IgM) | | |
| 84144 | progesterone | | |
| 86787 | varicella-zoster antibody | | |
| 84402 | testosterone | | |
| 86665 | epstein-barr antibody IgG | | |
| 86704 | hep b core antibody, total | | |
| 86376 | microsomal antibody | | |
| 84481 | ft-3, free | | |
| 86709 | hep a antibody, igm | | |
| 86800 | thyroglobulin antibody, IgG | | |
| 86705 | hep b core antibody, igm | | |
| 82785 | ige | | |
| 86430-1 | rheumatoid factor test, IgG | | |
| 86430-2 | rheumatoid factor test, IgA | | |
| 86747-01 | parvovirus antibody, IgG | | |
| 82784-4 | igd | | |
| 86696 | herpes simplex type 2 | | |
| 86695 | herpes simplex | | |
| 82677 | estriol | | |
| 83880 | natriuretic peptide | | |
| 82627 | dehydroepiandrosterone sulfate (dheas) | | |
| 86765-01 | rubeola antibody, IgG | | |
| 86765-02 | rubeola antibody, IgM | | |
| 86735 | mumps antibody, IgG | | |
| G0431QW | Cotinine, Serum and Urine | | |
| 81025 | pregnancy , urine | Emma | |

Theranos Internal Only