# EXHIBIT 6

## Surekha Gangakhedkar

| | |
|---|---|
| From: | Rose Edmonds |
| Sent: | Friday, August 23, 2013 7:26 PM |
| To: | Sarah Cabayan; Kwesi Mercurius; Kerry Elenitoba-Johnson; Hoda Alamdar; Nahal Gharaati; Ran Hu; Surekha Gangakhedkar; Adam Rosendorff; Nicholas Haase; Sharada Sivaraman |
| Cc: | Lucie Lee; Douglas Matje; Caitlin Ortega |
| Subject: | ADVIA Schedule Etc for This Weekend |

Hey All,

So Nick will be in to work on the ADVIA starting at 8am Saturday and will likely be working up until 8pm or so. I (Rose) am planning on coming in Sunday from around 9am and on. For you ELISA folks, Nick and I are willing to share time and help you with getting familiar with running or whatever else during these times so that we can all get some work done towards our goals. We hope that this will work for everyone. Please let us know if you have glaring concerns. ELISA team, we do not mean to stop you from working on the ADVIA and do understand that you are also under the gun and on a tight schedule. If we need to move the schedule due to reagent space on the ADVIA, we will do so. I will shift my Sunday schedule to PM if need be as long as I get a heads up. On a side note, there is a small chance that Siemens techs will be around this weekend and if so, we must be discreet and not let them know that we are altering the chemistries and protocols on the ADVIA. Thanks. If you have any issues or want to coordinate, my cell is [redacted] Nick can provide his. Thanks. Please feel free to send out and exchange cell phone or other numbers to facilitate communication. Cell phone works best for me Saturday as I will mostly be out and about. Sorry if I missed anyone relevant.

Rose Edmonds
Development Scientist
Theranos, Inc
1601 South California
Palo Alto, CA, 94304
Phone: (650) 470-6152

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which it is addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc, 650-838-9292     www.theranos.com