# EXHIBIT 7

**To:** Sani Hadziahmetovic[shadziahmetovic@theranos.com]; Samartha Anekal[sanekal@theranos.com]
**Cc:** Farzin Shadpour[fshadpour@theranos.com]; Sunny Balwani[sbalwani@theranos.com]
**From:** Surekha Gangakhedkar
**Sent:** Wed 9/4/2013 9:53:35 PM
**Importance:** Normal
**Subject:** RE: Edison 3.0s
**Received:** Wed 9/4/2013 9:53:34 PM

Here is the list:

These have error or failure notes on them:

1. 85
2. 201
3. 355
4. 199
5. 169
6. 46
7. 135
8. 237
9. 132
10. 341
11. 47
12. 259
13. 154
14. 28
15. 122

The following are powered down due to errors and not being used:

1. 140
2. 161
3. 134

These 2 are not used by the team but have a label that they were moved from a separate location.

1. 195
2. 204

**From:** Sani Hadziahmetovic
**Sent:** Wednesday, September 04, 2013 2:45 PM
**To:** Samartha Anekal; Surekha Gangakhedkar
**Cc:** Farzin Shadpour; Sunny Balwani
**Subject:** RE: Edison 3.0s

Bump. We now how no Edison 3.0s to tear-down. Please let us know which Edison 3.0s can be made available for this by end of day today.

Thanks,

Sani


**From:** Sani Hadziahmetovic
**Sent:** Tuesday, September 03, 2013 11:45 AM
**To:** Samartha Anekal; Surekha Gangakhedkar
**Cc:** Farzin Shadpour
**Subject:** Edison 3.0s

Hi Sam and Surekha,

I know Farzin has had some conversations with you both regarding this. Please send us any Edison 3.0s that are in a failure status so we can incorporate into our Edison 3.5 retrofit effort. At our current pace we will need additional machines by end of tomorrow to not impede this progress.

I can help coordinate the delivery, just need to know which devices can go and where they are.

Thanks,

**Sani Hadziahmetovic**
*Senior Product Manager*
Theranos, Inc.
Office:   650.470.0318
Mobile:  650.701.4788

shadziahmetovic@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292        www.theranos.com