# EXHIBIT 8

| | |
|---|---|
| To: | Ling Wang[lwang@theranos.com]; Sharada Sivaraman[ssivaraman@theranos.com]; Tina Noyes[tnoyes@theranos.com]; Karen Shaw[kshaw@theranos.com]; Surekha Gangakhedkar[surekhag@theranos.com]; Nahal Gharaati[ngharaati@theranos.com]; Michelle Johnson[mjohnson@theranos.com] |
| Cc: | Salina Abusali[sabusali@theranos.com]; Nili Naik[nnaik@theranos.com] |
| From: | Esther Chan |
| Sent: | Mon 7/8/2013 7:39:32 PM |
| Importance: | Normal |
| Subject: | RE: TSH and PSA calibrators |
| Received: | Mon 7/8/2013 7:39:33 PM |

We have over 30 aliquots of each level for both tPSA (US Biological by SA) and thyroid panel mixed serum calibrators. They are stored in MFG -80 freezer downstairs in the cartridge area.

Thanks,

Esther

**From:** Ling Wang
**Sent:** Monday, July 08, 2013 12:02 PM
**To:** Sharada Sivaraman; Tina Noyes; Karen Shaw; Surekha Gangakhedkar; Nahal Gharaati; Michelle Johnson
**Cc:** Salina Abusali; Nili Naik; Esther Chan
**Subject:** RE: TSH and PSA calibrators

Hi Sharada:

Esther keeps these PSA calibrators.

Thanks,

Ling

**From:** Sharada Sivaraman
**Sent:** Monday, July 08, 2013 11:53 AM
**To:** Tina Noyes; Karen Shaw; Surekha Gangakhedkar; Nahal Gharaati; Michelle Johnson
**Cc:** Ling Wang; Salina Abusali; Nili Naik
**Subject:** TSH and PSA calibrators

Wanted to confirm the supply of PSA and TSH calibrators since these will be required for the omniplex calibration for the demo on the 11th. Ccing Ling, Salina and Nili.

PSA: We have been using Ling's calibrators that are now running out. Salina I know you had made a new calibrator set using the USBiol PSA from Ling and had qualified this against the WHO std (since we no longer have a supply of the WHO). Please point us to the location of these.

TSH: Previously been using thyroid panel mixed calibrators? Nili/Tina please confirm if these are still available to use.

Thanks,

Sharada

======================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA 94304
650-838-9292    www.theranos.com
======================================

**From:** Tina Noyes
**Sent:** Monday, July 08, 2013 8:21 AM
**To:** Karen Shaw; Surekha Gangakhedkar; Nahal Gharaati; Sharada Sivaraman; Michelle Johnson
**Subject:** RE: 11th

Well the last time we ran the omni, the data was pretty terrible. TSH gave dark counts for a while, then magically started working again.

1. We are almost out of HbA1c calibrators, and already out of some points. MFG has not been able to get them in from Sunny Lab, and I am not sure my order from a new company will come this week. So I can give you some test levels from the Biorad set (may need to be aliquoted) but we need to preserve the last aliquots of the existing full set for final calibration of 3.0 and 4.0.

2. For vitD, we can continue using the buffer calibrators for protocol testing but final calibration will be in serum, and keep in mind there is lower Smax due to matrix effects and less modulation with serum. We should be seeing over 20-fold modulation for those buffer calibrators with the in house conjugate based on the 25-30 fold we see on the 3.0. The last omni data we had was all over the place.

3. TSH – we'll see if we get a dose response or not, when we ran it, TSH was all dark counts for several builds. The reagents tested manually were fine.

Last omni data

J:\Experiment Log\E0900 - E0999\E0937\Chem14-4Lipid-4ELISA (Omni)\Calibration 05-03-13\05-03-13_All_Assay_Calibrations.xlsx

Tina


**From:** Karen Shaw
**Sent:** Sunday, July 07, 2013 4:56 PM
**To:** Surekha Gangakhedkar; Nahal Gharaati; Sharada Sivaraman; Tina Noyes; Michelle Johnson; Esther Chan
**Subject:** RE: 11th


We should be getting lots of Omni cartridges by first thing Monday morning... plus GC ordered a full batch for their calibration we can also piggy-back on. Nick Haase and I watched a truly dry run on Friday afternoon (cartridge had tips and vessels but no liquid filled) and Karthik says he has fixed the one obvious problem we saw. Alphonso was the only one there to build cartridges on Friday I think. A believe as of late Friday he had already built us at least 4 so we should be able to use one of those to watch it again with real reagents first thing tomorrow and make sure all looks okay.



Main bottleneck I imagine will be number of readers and what time they are released from QC each day, hopefully they can get more going so we can run ASAP and find out if anything needs tweaking!



Karen


**From:** Surekha Gangakhedkar
**Sent:** Sunday, July 07, 2013 9:22 AM
**To:** Karen Shaw; Nahal Gharaati; Sharada Sivaraman; Tina Noyes; Michelle Johnson; Esther Chan
**Subject:** FW: 11th

Please see email below!  Seems like primary plan is to run Omniplex and back-up will be 3.0 (Male health or Thyroid).

**From:** Elizabeth Holmes
**Sent:** Saturday, July 06, 2013 3:21 PM
**To:** Samartha Anekal; Surekha Gangakhedkar; Paul Patel; Chinmay Pangarkar; Michael Chen; Clarissa Lui; Pey-Jiun Ko
**Cc:** Sunny Balwani; Daniel Young; Daniel Edlin; Christian Holmes
**Subject:** 11th
**Importance:** High

This is the most important priority above all else for this week.

Chinmay, Paul, Surekha: please assign all members of your team who can contribute to this initiative; this is the only thing those team members should focus on until the demo is complete.

Sam: we'll put all of systems integration on this this week; until after the 11th the team should only spend time on this and nothing else.

As discussed, the target is to run minilab (blades) – omniplex, but potentially splitting CBC, ELISA, and GC as needed.

Secondary/additional target is to run the 4s.

As back up, the manual process should be flawless and reliable.

BCDs need to be flawless.

Please confirm with your team's plans for the week.

Elizabeth

=====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT -- This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292      www.theranos.com
=====================================