# EXHIBIT 9

**To:** Karen Shaw[kshaw@theranos.com]; Ran Hu[rhu@theranos.com]; Tina Noyes[tnoyes@theranos.com]; Esther Chan[echan@theranos.com]
**Cc:** Surekha Gangakhedkar[surekhag@theranos.com]
**From:** Sharada Sivaraman
**Sent:** Tue 8/6/2013 1:14:39 AM
**Importance:** High
**Subject:** Protocols with low sample volume
**Received:** Tue 8/6/2013 1:14:40 AM

All,

Update from meeting:

1. **The LDT validation will be the top priority for the group for now.**

2. **Retail, DOD animal and Walter Reed assays to be on the back burner for now.**

3. Esther: demo cartridges: not a top priority as long as we have enough Male health and thyroid panel cartridges.

4. Three 3.5 devices should be here tonight /tomm AM. Sam's group will run PMT QC and assay QC. We will follow up with MH cartridge test (TSH only) using the PXE protocol that Karen and Earl finalized.

5. We will need to generate the low sample volume protocol ASAP for all 6 assays. Let us meet briefly AM tomorrow and re-check the specs and send out the protocol steps to the PGE team.

6. Since it is impossible to aspirate 12 ul from the sample mixture without sufficient overage our only option will be to lower the conjugate aspiration to 8 ul and hope for the best.

7. EAH wants single assay dry runs for all 6 assays with the 3 ul taken from a nanotainer and added to the cartridge by a Tecan robot.

8. Daniel will point us to the person who will be programming the Tecan to do the 3 ul addition.

Esther: Once we have finalized the 6 assay protocol and layout we will need 30 cartridges each for the 6 standalone assays: TSH, FreeT4, TPSA, HbA1c, Vit D and Ferritin. We will need these by Wednesday.

More updates later,

Sharada

=====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Ave, Palo Alto, CA 94304
650-838-9292     www.theranos.com
=====================================