# EXHIBIT 10

**To:** Surekha Gangakhedkar[surekhag@theranos.com]
**From:** Sharada Sivaraman
**Sent:** Mon 9/2/2013 6:30:15 PM
**Importance:** Normal
**Subject:** RE: Upgraded Devices
**Received:** Mon 9/2/2013 6:30:16 PM

This is really the limit...

Sharada Sivaraman
Theranos, Inc.


=====================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com
=====================================


_____

From: Surekha Gangakhedkar
Sent: Monday, September 02, 2013 11:23 AM
To: Sharada Sivaraman; Tina Noyes
Subject: FW: Upgraded Devices

From: Sunny Balwani
Sent: Monday, September 02, 2013 10:57 AM
To: Surekha Gangakhedkar
Cc: Elizabeth Holmes
Subject: FW: Upgraded Devices

Please note that the software team was here till 3:07 am – and is already here now at 10 am – working on this and other matters and will continue to do so for as long as it takes.  The Edison devices in the evening were all sitting idle and I also didn't see anyone from cartridge manufacturing in the evening
Do you know how many carts were delivered on Saturday and Sunday to the ELISA team?

Please ask the ELISA team to organize, plan and put in the hours this month to bring up all assays and work around any challenges that come our way.

Thanks.


From: Michael Craig
Sent: Monday, September 02, 2013 3:07 AM

Confidential

THPFM0000254553

To: Tina Noyes; Jared OLeary; David Philippides
Cc: Sunny Balwani; Samartha Anekal; Sandeep Paladugu; Neeraja Kandimalla; Antti Korhonen; Mark LaCore; Surekha Gangakhedkar; Sharada Sivaraman; Elizabeth Holmes
Subject: Upgraded Devices

I was able to manually upgrade the following devices with the latest version of the Normandy shell.  They now have visual temp indicators in the menu bar: 3 positions: green/middle = in range, the others (low/blue or  high/red) are too cool or too hot.

If you encounter any of the following, for the sake of simplicity, please reboot the device.  If they persist, please send a support request to me, Samartha, Sandeep, Neeraja, Mark, and Antti (to cover your bases):

1.      A temp indicator with a "?"

2.      A spinning circle (next to the cloud icon)

3.      A cloud icon that is filled white (green means it has connectivity to the cloud services).

4.
When you load a cartridge, select a test and press "run", they will now run an ad-oc temp test and provide an immediate failure if the temp is out of range (with a corresponding message).

Here is the current matrix.  I was only unable to access  160, 167, 227, and 240, so please do not use these units until we can further investigate why they were unavailable, and upgrade them:

Device

Personalization Type

Date

Qualifier

CERT

Normandy

Screen Power

Startup

Cloud Pers?

Starts?

Runs Cart?

Version

Verified?

Results?

http://wsx0001dev/EdisonPersonalizationManagerTesting/publish.htm

Confidential

THPFM0000254554

E000006

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000009

CMM

29-Aug

1

1

1

1

1

1

1

v.16

0

1

E000027

CMM

30-Aug

Confidential

THPFM0000254555

1

1

1

1

1

1

1

1

v.16

E000029

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000040

CMM

30-Aug

1

1

1

1

Confidential

THPFM0000254556

1

1

1

1

v.16

E000065

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000082

CMM

31-Aug

1

1

1

1

1

1

0

v.16

Confidential

THPFM0000254557

E000092

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000098

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000105

CMM

Confidential

THPFM0000254558

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000128

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000130

CMM

Confidential

THPFM0000254559

1-Sep

1

1

1

1

1

1

1

0

v.16

E000136

CMM

29-Aug

1

1

1

1

1

1

1

v.16

1

1

already installed v.16

E000160

CMM

29-Aug

1

Confidential

THPFM0000254560

1

1

1

1

unavailabl 2-sep 2:50

E000167

CMM

29-Aug

1

1

1

1

1

unavailabl 2-sep 2:50

E000181

CMM

28-Aug

1

1

1

1

1

1

1

1

v.16

0

1

Confidential

THPFM0000254561

E000189

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000192

Manual

28-Aug

1

1

1

1

1

1

1

v.16

0

1

E000194

Confidential

THPFM0000254562

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000211

Manual

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000213

Confidential

THPFM0000254563

CMM

30-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000214

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000223

Confidential

THPFM0000254564

Manual

28-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000227

CMM

27-Aug

1

1

1

1

1

1

unavailabl 2-sep 1:50

E000234

CMM

27-Aug

1

1

Confidential

THPFM0000254565

1

1

1

1

1

1

v.16

0

1

E000240

CMM

27-Aug

1

1

1

1

1

1

unavailabl 2-sep 1:50

E000241

Manual

28-Aug

1

1

1

1

1

1

Confidential

THPFM0000254566

1

v.16

0

1

E000250

CMM

31-Aug

1

1

1

1

1

1

0

v.16

0

1

E000252

Manual

28-Aug

1

1

1

1

1

1

1

v.16

Confidential

THPFM0000254567

0

1

E000257

Manual

28-Aug

1

1

1

1

1

1

1

v.16

0

1

E000263

CMM

30-Aug

1

1

1

1

1

1

1

1

v.16

0

Confidential

THPFM0000254568

1

E000285

Manual

28-Aug

1

1

1

1

1

1

v.16

1

1

E000287

CMM

1-Sep

1

1

1

1

1

1

0

0

v.16

1

0

spinning services icon

Confidential

THPFM0000254569

E000329

CMM

27-Aug

1

1

1

1

1

1

1

v.16

1

1

E000337

Manual

28-Aug

1

1

1

1

1

1

1

v.16

1

1

E000342

Manual

Confidential

THPFM0000254570

28-Aug

1

1

1

1

1

1

v.16

1

1

E000349

Manual

28-Aug

1

1

1

1

1

1

v.16

1

1

E000351

Manual

28-Aug

1

1

1

Confidential

THPFM0000254571

1

1

1

1

v.16

1

1

E000356

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

0

Thank you,

Michael

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT - This electronic transmission, and any files transmitted with it, are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check

Confidential

THPFM0000254572

this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 South California Avenue, Palo Alto, CA 94304, 650-838-9292, www.theranos.com<http://www.theranos.com/>

Confidential