# EXHIBIT 11

Message

| | |
|---|---|
| **From:** | Surekha Gangakhedkar [/O=THERANOS ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SUREKHAG] |
| **Sent:** | 9/2/2013 7:38:45 PM |
| **To:** | Sharada Sivaraman [/o=theranos organization/ou=first administrative group/cn=recipients/cn=ssivaraman]; Tina Noyes [/o=theranos organization/ou=first administrative group/cn=recipients/cn=tnoyes] |
| **Subject:** | RE: Upgraded Devices |

```
Agree!

-----Original Message-----
From: Sharada Sivaraman
Sent: Monday, September 02, 2013 12:08 PM
To: Tina Noyes; Surekha Gangakhedkar
Subject: RE: Upgraded Devices

This is as much as we can take also not the first time.
We should meet with them in "real " time and explain that this is unfair.
Also bring up all the issues.

Sharada

Sharada Sivaraman
Theranos, Inc.




===================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION IMPORTANT - This electronic transmission, and any files
transmitted with it are confidential and/or legally privileged information. This information is intended
solely for the use of the individual or entity to which they are addressed. Any disclosure,
retransmission, reproduction, dissemination or other use of the contents of this information by persons
or entities other than the intended recipient is strictly prohibited. If you have received this email in
error, please contact us immediately and delete all copies. Please note that any views or opinions
presented in this email are solely those of the author and do not necessarily represent those of
Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any
attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any
virus transmitted by this email. Our sole responsibility is limited to resupplying any affected
attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292       www.theranos.com
===================================


_____
From: Tina Noyes
Sent: Monday, September 02, 2013 11:51 AM
To: Surekha Gangakhedkar; Sharada Sivaraman
Subject: RE: Upgraded Devices

What about time making reagents, qualifying reagents, data processing, processing the samples and
aliquoting things, troubleshooting issues that come up, and re-optimizing the new tecan? This is so
frustrating and insulting when we are all working so hard.

Tina

From: Surekha Gangakhedkar
Sent: Monday, September 02, 2013 11:24 AM
To: Sharada Sivaraman; Tina Noyes
Subject: FW: Upgraded Devices


From: Sunny Balwani
Sent: Monday, September 02, 2013 10:57 AM
To: Surekha Gangakhedkar
Cc: Elizabeth Holmes
Subject: FW: Upgraded Devices
```

Confidential

THPFM0004299073

Please note that the software team was here till 3:07 am – and is already here now at 10 am – working on this and other matters and will continue to do so for as long as it takes.  The Edison devices in the evening were all sitting idle and I also didn' t see anyone from cartridge manufacturing in the evening Do you know how many carts were delivered on Saturday and Sunday to the ELISA team?

Please ask the ELISA team to organize, plan and put in the hours this month to bring up all assays and work around any challenges that come our way.

Thanks.


From: Michael Craig
Sent: Monday, September 02, 2013 3:07 AM
To: Tina Noyes; Jared OLeary; David Philippides
Cc: Sunny Balwani; Samartha Anekal; Sandeep Paladugu; Neeraja Kandimalla; Antti Korhonen; Mark LaCore; Surekha Gangakhedkar; Sharada Sivaraman; Elizabeth Holmes
Subject: Upgraded Devices

I was able to manually upgrade the following devices with the latest version of the Normandy shell.  They now have visual temp indicators in the menu bar: 3 positions: green/middle = in range, the others (low/blue or  high/red) are too cool or too hot.

If you encounter any of the following, for the sake of simplicity, please reboot the device.  If they persist, please send a support request to me, Samartha, Sandeep, Neeraja, Mark, and Antti (to cover your bases):

1.      A temp indicator with a  "?"

2.      A spinning circle (next to the cloud icon)

3.      A cloud icon that is filled white (green means it has connectivity to the cloud services).

4.
When you load a cartridge, select a test and press  "run" , they will now run an ad-oc temp test and provide an immediate failure if the temp is out of range (with a corresponding message).

Here is the current matrix.  I was only unable to access  160, 167, 227, and 240, so please do not use these units until we can further investigate why they were unavailable, and upgrade them:

Device

Personalization Type

Date

Qualifier

CERT

Normandy

Screen Power

Startup

Cloud Pers?

Starts?

Runs Cart?

Version

Verified?

Results?

http://wsx0001dev/EdisonPersonalizationManagerTesting/publish.htm

E000006

Confidential

THPFM0004299074

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000009

CMM

29-Aug

1

1

1

1

1

1

1

v.16

0

1

E000027

CMM

30-Aug

1

1

1

1

1

1

1

1

v.16

E000029

Confidential

THPFM0004299075

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000040

CMM

30-Aug

1

1

1

1

1

1

1

1

v.16

E000065

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000082

Confidential

THPFM0004299076

CMM

31-Aug

1

1

1

1

1

1

0

v.16

E000092

CMM

1-Sep

1

1

1

1

1

1

1

0

v.16

E000098

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000105

Confidential

THPFM0004299077

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000128

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000130

CMM

1-Sep

1

1

1

1

1

1

Confidential

THPFM0004299078

```
1
0
v.16
E000136
CMM
29-Aug
1
1
1
1
1
1
1
v.16
1
1
already installed v.16
E000160
CMM
29-Aug
1
1
1
1
1
unavailabl 2-sep 2:50
E000167
CMM
29-Aug
1
1
1
1
1
unavailabl 2-sep 2:50
E000181
CMM
```

Confidential

THPFM0004299079

28-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000189

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000192

Manual

28-Aug

1

1

1

1

1

1

1

v.16

0

1

E000194

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000211

Manual

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000213

CMM

30-Aug

1

1

1

Confidential

THPFM0004299081

1

1

1

1

1

v.16

0

1

E000214

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000223

Manual

28-Aug

1

1

1

1

1

1

1

1

v.16

0

1

THPFM0004299082

E000227

CMM

27-Aug

1

1

1

1

1

1

unavailabl 2-sep 1:50

E000234

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000240

CMM

27-Aug

1

1

1

1

1

1

unavailabl 2-sep 1:50

E000241

Manual

28-Aug

Confidential

THPFM0004299083

1

1

1

1

1

1

1

v.16

0

1

E000250

CMM

31-Aug

1

1

1

1

1

1

0

v.16

0

1

E000252

Manual

28-Aug

1

1

1

1

1

1

1

v.16

0

1

Confidential

THPFM0004299084

E000257

Manual

28-Aug

1

1

1

1

1

1

1

v.16

0

1

E000263

CMM

30-Aug

1

1

1

1

1

1

1

1

v.16

0

1

E000285

Manual

28-Aug

1

1

1

1

1

1

v.16

Confidential

THPFM0004299085

1

1

E000287

CMM

1-Sep

1

1

1

1

1

1

0

0

v.16

1

0

spinning services icon

E000329

CMM

27-Aug

1

1

1

1

1

1

1

v.16

1

1

E000337

Manual

28-Aug

1

1

1

1

1

1

1

v.16

1

1

E000342

Manual

28-Aug

1

1

1

1

1

1

v.16

1

1

E000349

Manual

28-Aug

1

1

1

1

1

1

v.16

1

1

E000351

Manual

28-Aug

1

1

1

Confidential

THPFM0004299087

1

1

1

1

v.16

1

1

E000356

CMM

27-Aug

1

1

1

1

1

1

1

1

v.16

0

0

Thank you,

Michael

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT - This electronic transmission, and any files transmitted with it, are confidential and/or
legally privileged information. This information is intended solely for the use of the individual or
entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other
use of the contents of this information by persons or entities other than the intended recipient is
strictly prohibited. If you have received this email in error, please contact us immediately and delete
all copies. Please note that any views or opinions presented in this email are solely those of the author
and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the
recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts
no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is
limited to resupplying any affected attachments.

Theranos, Inc., 1601 South California Avenue, Palo Alto, CA 94304, 650-838-9292,
www.theranos.com<http://www.theranos.com/>

Confidential

THPFM0004299088