# EXHIBIT 14

**From:** Saharia, Amy
**Sent:** Saturday, September 11, 2021 10:00 PM
**To:** Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>; Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>
**Cc:** Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Trefz, Katherine <KTrefz@wc.com>; John Cline <cline@johndclinelaw.com>
**Subject:** United States v. Holmes

Counsel,

This email is to notify you that Ms. Holmes may object to the following testimony from the following witnesses disclosed for this coming week. Ms. Holmes reserves the right to object to additional testimony from these and any other witnesses. Ms. Holmes maintains the objections identified in her Motion to Exclude Certain Testimony of Erika Cheung, Daniel Edlin, and So Han Spivey (a.k.a. Denise Yam).

Surekha Gangakhedkar

Ms. Gangakhedkar's prior statements indicate that she may be asked to offer the following objectionable testimony:

- Testimony concerning whether Theranos' proprietary device was ready or appropriate for patient testing, in violation of Fed. R. Evid. 702, Fed. R. Crim. P. 16, and this Court's pretrial scheduling order requiring timely pretrial disclosure of the government's proffered expert testimony.

- Testimony concerning events that occurred during her time at the company for which she lacks personal knowledge and for which the government has failed to proffer a sufficient connection to Ms. Holmes in violation of the Court's motion in limine order, Rule 401, and Rule 403.

- We assume you will not elicit inflammatory testimony such as this witness's 302 statement that she knew one day she would be talking to government investigators. If you intend to elicit such testimony, please approach the bench first.

- In the event the Court grants the government's application and issues the proposed immunity order, Dkt. 1014-1, Ms. Holmes renounces any intention to impeach Ms. Gangakhedkar with that order. We thus object to any testimony from Ms. Gangakhedkar concerning the order's provision excepting "a prosecution for perjury, false declaration, or otherwise failing to comply with this order" from the grant of immunity. Please confirm that you will not elicit any such testimony.

Dr. Sunil Dhawan

Dr. Dhawan's prior statement indicates that he may be asked to offer the following objectionable testimony:

- Testimony that Theranos "put people in danger" in violation of Fed. R. Evid. 401-403, 602, 702, Fed. R. Crim. P. 16, and this Court's pretrial scheduling order requiring timely pretrial disclosure of the government's proffered expert testimony.

Regards,
Amy

**Amy Mason Saharia**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5847 | (F) 202-434-5029
asaharia@wc.com | www.wc.com/asaharia