UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date: 9/17/2021
Time in Court: 8:31-8:47am, 9:01-11:05am, 11:57am-2:02pm
**(TOTAL time: 4 hrs. 25 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine Trefz, John Cline, Andrew Lemons
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 7)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, September 21, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1288,5402,112,5077,853,5084,5089,5338,5096,5100,3967,1020,1019,5106,3958.972 Pg. 4 ONLY, 3959,3964,3968,1109
Defendants: 10480,9909,10479,9645,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1288,112,5077,853,5084,5089,5338,5096,5100,3967,1020,1019,5106,3958,972 Pg. 4 ONLY,3959,3964,3968,1109**
Defendants: **10480,9909,10479,9645**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>September 17, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:31 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court hears arguments re Holmes filed Notice Re Testimony of Surekha Gangakkhedkar (Dkt. 1023 filed 9/16/201) and Governments Response (Dkt. 1025 filed 9/16/2021) |
| | | 8:47 am | Court takes recess |
| | | 9:01 am | Court session.  Counsel and Defendant present.  Jury seated |
| | CX | | Cross examination resumes of W#2 Erika Cheung by Defense Counsel Lance Wade |
| | EX 10480 | | ADMITTED – J O'Leary Email to A. Ayer et al., Subject: 3.5 Reader Quality Control Test (Dated 11/27/2013) |
| | EX 9909 | | ADMITTED – Corrective and Preventative Action (CL QOP-00008 Rev A) (Dated 6/9/20211) |
| | EX 10479 | | ADMITTED – S. Sivaraman Email to D. Crandall et al., Subject: Normandy Lab Updates (Dated 11/20/2013) |
| | EX 1288 | | ADMITTED – Email from: Elizabeth Holmes; To: Daniel Young; Subject RE: Both QC Controls for Vitamin D didn't pass (Dated 11/30/2013) |
| | EX 9645 | | ADMITTED – US Patent 10,391,497 (Dated 8/27/20219) |

2

| TRIAL DATE: September 17, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| RDX | | 10:16 am | Redirect examination begins of W#2 Erika Cheung by Government Counsel John Bostic | |
| | | 10:39 am | W#2 is excused | |
| | | 10:40 am | Government calls next witness W#3 | |
| | | | W#3 Surekha GangaKhedkar – Sworn | |
| DX | | 10:42 am | Direct examination of W#3 begins by Government Counsel Robert Leach | |
| EX 5402 | | | IDENTIFIED – Order Re Immunity Dkt. 1021 (Dated: 9/14/21) | |
| EX 112 | | | ADMITTED – Email from: Susan DiGiaimo; To: Elizabeth Holmes et al., Subject: Theranos Evaluation (Dated 6/11/2008) | |
| | | 11:05 am | Court takes recess 45 mins | |
| | | 11:57 am | Court in session.  Counsel and Defendant present. Jury seated | |
| | | | Direct examination resumes of W#3 - | |
| EX 5077 | | | ADMITTED – Email From: Tina Noyes; To: Surekha Gangakhedkar; Subject: New Project (Dated 3/6/2013) | |
| EX 853 | | | ADMITTED – Email From: Surekha Gangakhedkar; To: Chinmay Pangarkar, Elizabeth Holmes et al., Subject: System Build 4/30 CBC results and report (Dated 5/1/2013) | |
| EX 5084 | | | ADMITTED – Email From: Surekha Gangakhedkar; To: Tina Noyes; Subject: ELISA data for today (Dated 5/6/2013) | |
| EX 5089 | | | ADMITTED – Email From: Esther Chan; To: Ling Wang; Subject: TSH and PSA Calibrators (Dated 7/8/2013) | |
| EX 5338 | | | ADMITTED – Email From: Sharada Sivaraman; To: Daniel Young; Subject: Plan for ELISA LDT Validation (Dated 7/31/2013) | |

| TRIAL DATE: September 17, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 5096 | | | ADMITTED – Email From: Sharada Sivaraman; To: Karen Shaw; Subject: Protocols with low sample volume (Dated 8/6/2013) |
| EX 5100 | | | ADMITTED – Email From: Sharada Sivaraman: To:Surekha Gangakhedkar; Subject: 3.5 data from last nights runs; new laswer cut parts, revised protocol and no label cartridges (Dated 8/15/2013) |
| EX 3967 | | | ADMITTED – Email Chain Froom: Surekha Gangakhedkar; To: MFG Subject: Assays for launch (Dated 9/4/2013) |
| EX 1020 | | | ADMITTED – Email From: Daniel Young; To: Elizabeth Holmes; Subject: Updates (Dated 8/22/2013) |
| EX 1019 | | | ADMITTED – Email thread between Surekha Gangakhedkar, et., Subject: Validation Plans w/attachments (Dated 8/22/2013) |
| EX 5106 | | | ADMITTED – Email From: Sharada Sivaraman; To: Daniel Young, Elizabeth Holmes; Subject: 3.0 Cartridge failure Report for ACE-011 (Dated 8/23/2013) |
| EX 3958 | | | ADMITTED – Email chain from Surekha Gangakhedkar; To: Elizabeth Holmes – No Subject w/attachment TPSA Assay Validation Summary (Dated 8/30/2013) |
| EX 972 | | | ADMITTED – ONLY Pg. 4 – Email From: Sharada Sivaraman; To: Daniel Young and Surekha Gangakhedkar; Subject ELISA Validation Protocol (Dated 8/17/2013) |
| EX 3959 | | | ADMITTED – Email Chain From: Surekha Gangakhedkar; To: Elizabeth Holmes - No Subject – Two Attachments – Master Checklist & Copy TPSA (Dated 8/31/2013) |
| EX 3964 | | | ADMITTED – Email Chain From: Surekha Gangakhedkar; To: ELISA; Subject: Shifts and Schedules (Dated 9/3/2013) Defense objection to admission – Court overruled the objection |
| EX 3968 | | | ADMITTED – Email Chain From: Surekha Gangakhedkar; To: Sani Hadzianmetovic; Subject: Edison 3.0s (Dated 9/4/2013) |

4

| TRIAL DATE: September 17, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 1109 | | | ADMITTED – Email From: Mona Ramamurthy; To: Elizabeth Holmes and Balwani; Subject: Summary Document w/attachment (Dated 9/9/2013) | |
| | CX | | Cross Examination of W#3 begins by Defense Counsel Lance Wade | |
| | 13764 | | IDENTIFICATION – Email (Dated 5/30/2008) | |
| | | 1:57 pm | Court admonishes the Jury – Jury excused and to return on Tuesday, September 21, 2021 at 9:00 a.m. | |
| | | 1:59 pm | Court in session outside presence of Jury with Counsel and Defendant | |
| | | | Taking up housekeeping matters | |
| | | 2:02 pm | Court adjourned. Further Jury Trial scheduled for Tuesday, September 21, 2021 at 9:00 a.m. | |