JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM TO ROGER PARLOFF** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Nathanael Cousins |

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to Compel Compliance with Subpoena Duces Tecum to Roger Parloff. After due consideration:

IT IS HEREBY ORDERED that Ms. Holmes' motion to compel is GRANTED.

IT IS FURTHER ORDERED that Mr. Parloff shall produce the documents listed in the attachment to the subpoena duces tecum.

IT IS SO ORDERED.

Dated: October ___, 2021

                                            _____
                                            Hon. Nathanael Cousins
                                            United States Magistrate Judge