UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  9/21/2021
Time in Court: 8:33-8:56am,9:04-11:04am,11:57am-2:45pm
**(TOTAL time: 5 hrs. 11 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemons
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 8)**

Further Jury trial held.  Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, September 22, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 487,3966,3962,3961(Pg.1 and Top of Pg.2 ONLY),5410,2044.3305,5411,4242,5184, 2083,5412,
Defendants: 10492,10493,9002,10500,9110,10496,7215,10497,7202,10491,7297,9397,9143, 7216,9921,1031,7603,10521,10522,10503,13767,13768,13770,13769,11430,7549,13786-13790

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:  **487,3966,3962,3961(Pg.1 and Top of Pg.2 ONLY),5410,2044.3305,5411,4242, 2083,5412,**
Defendants: **10492,10493,9002,10500,9110,10496,7215,10497,7202,10491,7297,9397,9143**, **7216**,**9921,1031**,**7603**,**10521,10522,10503,13767,13768,13770,13769**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>September 21, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:33 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court hears from the Defense Counsel Katherine Trefz re objections to evidence (text messages) as to testimony of upcoming government witnesses |
| | | 8:56 am | Court takes recess |
| | | 9:04 am | Court in session.  Counsel and Defendant present. Jury seated |
| | CX | | Further cross examination resumes of W#3 Surekha Gangakhedkar by Defense Counsel Lance Wade |
| | EX 10492 | | ADMITTED – Email From: Elizabeth Holmes; To: Surekha Gangakhedkar; Subject: Great news (Dated 9/28/2005) |
| | EX 10493 | | ADMITTED – Email From: Elizabeth Holmes; To: Surekha Gangakhedkar; Subject: C-reative Protein Clinical Serum Correlation |
| | EX 9002 | | ADMITTED – ACE-011 Development Report |
| | EX 10500 | | ADMITTED – Email From: K. Gadkar; To: P. Bryan et al., Subject:Final Report for ACE-11 PK (w/attachment) (Dated:4/27/2011) |
| | EX 9110 | | ADMITTED – CNTO 8525 Development Report |
| | EX 10496 | | ADMITTED – Email From: Elizabeth Holmes; To: Surekha Ganagakhedkar; Subject: ELISA Plan (Dated 1/6/2011) |

2

| TRIAL DATE:<br>September 21, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 7215 | | ADMITTED – Email From: Surekha Gangakhedkar; To: A. Dinh et al., Subject: Agenda for ELISA Meeting (Dated 11/14/2011) | |
| | EX 10497 | | ADMITTED – Email From: Surekha Gangakhedkar; To: Elizabeth Holmes; Subject: Assay Timelines (with native attachment) (Dated 3/23/2011) | |
| | EX 7202 | | ADMITTED - Email From: Surekha Gangakhedkar; To: Elizabeth Holmes; Subject: Assays (with native attachments) (Dated 8/23/2011) | |
| | EX 10491 | | ADMITTED - Email From: Surekha Gangakhedkar; To: Elizabeth Holmes; Subject: No ELISA Timelines Mtg Tomorrow (with native attachments) (Dated 6/8/2012) | |
| | EX 7297 | | ADMITTED - Email From: Surekha Gangakhedkar; To: Elizabeth Holmes; Subject: ELISA update (with native attachments) (Dated 6/28/2013) | |
| | EX 9397 | | ADMITTED – TSH Development Report, Prepared by: Tina Noyes (Dated 4/4/2011) | |
| | EX 9143 | | ADMITTED – Amino Assay Reports – 2 binders, Counsel stipulated to the admission of certain exhibits – Counsel to provide list of exhibits later (Also referred to as R&D Validation Reports) | |
| | EX 7216 | | ADMITTED – Email From: Elizabeth Holmes; To: Surekha Gangakhedkar; Subject: DoD meeting tomorrow (Dated 11/17/2011) | |
| | EX 487 | | ADMITTED – Email From: Arnold Gelb; To: Surekha Gangakhedkar; Subject: LDT "Validation" Under CLIA (10/26/2011) | |
| | EX 9921 | | ADMITTED – Signed CL PLN-14002 Master Validation Plan for ELISA Assays on Theranos Devices, Rev A (Dated 11/4/2011) | |
| | EX 1031 | | ADMITTED – Email From: Surekha Gangakhedkar; To: Daniel Young, Elizabeth Holmes et al., Subject: Assay Documents for review w/attachments (Dated 8/24/2013) | |
| | EX 10521 | | ADMITTED – Email Meeting Invite – From: Daniel Young; To: Surekha Gangakhedkar et al., Subject: ELISAValidation Plans on Advia (Dated 8/23/2013) | |

| TRIAL DATE: September 21, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 1522 | | ADMITTED – Email Meeting Invite – From Daniel Young; Subject: Review ELISA Validation Studies (Dated 8/28/2013) | |
| | | 11:04 am | Court takes recess 45 mins | |
| | | 11:57 am | Court in session. Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination of W#3 continues by Defense Counsel Lance Wade | |
| | EX 3966 | | ADMITTED – Email Chain From: Surekha Gangakhedkar; cc'ing Elizabeth Holmes; Subject: Immunoassay on Advia (Dated 9/4/2013) | |
| | EX 10503 | | ADMITTED – Email: From: S. Balwani; To: Elizabeth Holmes; Subject: Immunoassay Plan w/attachment (Dated 8/24/20213) | |
| | EX 13767 | | ADMITTED – Email From: Elizabeth Holmes; To Surekha Gangakhedkar; cc: S. Balwani; No Subject – Body of text contains Cytometry and GC LDT validation (Dated 7/13/2013) | |
| | EX 13768 | | ADMITTED – Email From: Surekha Gangakhedkar; To: Elizabeth Holmes; No Subject – Reference Male Health Cartridge (Dated 7/15/2013) | |
| | EX 13770 | | ADMITTED – Email From: Surekha Gangakhedkar: To: Emma Liu et al., Subject: MTP Assays (Dated 7/8/2013) | |
| | EX 13769 | | ADMITTED – Email From: Surekha Gangakhedkar; To: Daniel Young; Subject: Test Protocol for Edison Devices (Dated 7/17/2013) | |
| | EX 3962 | | ADMITTED – Email From: Surekha Gangakhedkar; To: Sunny Balwani; cc'ing: Elizabeth Holmes; Subject: Upgraded Devices (Dated 9/2/2013) | |
| | | 12:41pm | Cross examination of W#3 concludes | |
| RDX | | 12:42pm | Re-direct examination of W#3 begins by Government Counsel Robert Leach | |

4

| TRIAL DATE:<br>September 21, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 3961 | | | ADMITTED – Page 1 and top of page 2 ONLY – Email Chain From: Surekha Gangakhedkar; To: Sivaraman; Subject: Upgraded Devices (9/2/2013)<br>Defendant objected to admission – Court overruled as to Pages 1 and top of Page 2, sustained as to rest of the document | |
| | | 12:58pm | W#3 excused | |
| | | | Government calls the next witness W#4 | |
| | | | Witness #4 Dr. Audra Zachman – Sworn | |
| DX | | | Direct examination begins of W#4 Audra Zachman by Government Counsel John Bostic | |
| EX 5410 | | | ADMITTED – Quest Diagnostic, Inc Lab Test Result (Date 9/30/2014) | |
| EX 2044 | | | ADMITTED – Theranos Lab Test Result (10/2/2014) | |
| EX 3305 | | | ADMITTED – Quest Diagnostic, Inc. Results (10/6/2014) | |
| EX 5411 | | | ADMITTED – Quest Diagnostic, Inc. Results (10/8/2014) | |
| | | | Government moves to offer W#4 Dr. Zachman as an expert witness<br>Defense has no objection | |
| | | | Court designates W#4 as an expert witness | |
| | | | Demonstrative Exhibit (Patient HCG Results) | |
| EX 4242 | | | ADMITTED – Theranos (CORRECTED) Lab Test Result (10/4/2014) – Report Date: 10/8/2014 6:56 pm | |
| EX 5184 | | | IDENTIFICATION – Email Chain 10/8/2014<br>Defendant objects to admission of exhibit | |

| TRIAL DATE: September 21, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 2083 | | | ADMITTED - Email From: Leslie Neville; To: Audra Zachman; Subject: Checking Back (Dated 10/14/2014) | |
| EX 5412 | | | ADMITTED - Email From: Christian; To: Audra Zachman; Subject: Theranos Following-up (10/22/2014) | |
| | | | Direct examination of W#4 concludes | |
| | CX | | Cross examination of W#4 begins by Defense Counsel Katie Trefz | |
| | | 2:21 pm | Cross examination of W#4 concludes | |
| RDX | | 2:21 pm | Re-direct examination of W#4 begins by Government Counsel John Bostic | |
| | | 2:26 pm | W#4 excused | |
| | | 2:28 pm | Government calls next witness W#5 | |
| | | 2:28 pm | W#5 Brittany Gould – Sworn | |
| DX | | 2:29 pm | Direct examination of W#5 begins by Government Counsel Robert Leach | |
| | | | No cross examination by defense of W#5 | |
| | | 2:44 pm | W#5 excused | |
| | | 2:44 pm | Court admonishes Jury and Jury is excused | |
| | | 2:45 pm | Court adjourned | |
| | | | Further Jury Trial scheduled for Wednesday, September 22, 2021 at 9:00 a.m. | |