# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  9/22/2021
Time in Court: 8:40-8:53am,9:47-11:08,11:53am-1:53pm,2:07-4:14pm
**(TOTAL time: 5 hrs. 41 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 9)**

Further Jury trial held.  Testimony held and evidence entered. Further Jury Trial scheduled for Friday, September 24, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 3481,5386,5387,5387B Pgs.1-30,5404,5409,5407,1106,1172A (89 pgs. Excerpts of 1172),1776,4196,5408,2611,4553,2932
Defendants: 10507,10520,13807,13792,10516,10509,10510,11200,10457,10506,10523, 7717,10512,7653,10524

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **5387B Pgs.1-30,5404,5409,5407,1106,1172A (89 pgs. Excerpts of 1172),1776,4196, 5408,2611,4553,2932**
Defendants: **10507,10520,10516,10509,10510,10506,10523,10512,7653,10524**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>September 22, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:40 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court hears from Defense Counsel re objections to evidence of the upcoming witness |
| | | | Counsel provides the exhibits (text messages) with the specific objections for the Court's review |
| | | 8:53 am | Court in recess |
| | | 9:47 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court provided Counsel with the exhibits that would be admissible and those not admissible |
| | | | Court heard additional objections under Rule 404b from Defense Counsel re additional exhibits |
| | | 10:07 am | Jury seated.  Court in session |
| | | 10:07 am | Government calls next witness W#6 |
| | | | W#6 Justin Offen – Sworn |
| DX | | 10:10 am | Direct examination of W#6 begins by Government Counsel Robert Leach |
| EX 3481 | | | IDENTIFICATION – Pages 1 -589 Text Messages |

2

| TRIAL DATE:<br>September 22, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 5386 | | | IDENTIFICATION - DEMONSTRATIVE - PWC Diagram – Displayed | |
| EX 5387 | | | IDENTIFICATION – Recreated Spreadsheet Pages 1 -449 | |
| EX 5387 B | | | ADMITTED - Subset of Exhibit 5387 (Redacted Form) | |
| EX Pg.2 | | | ADMITTED – Pg. 2 of Exhibit 5387B - Text messages Bates#0000032 | |
| EX. Pg.3 | | | ADMITTED – Pg. 3 of Exhibit 5387B - Text messages Bates#0000042 | |
| EX Pg. 4 | | | ADMITTED – Pg. 4 of Exhibit 5387B - Text messages Bates#0000067 | |
| EX Pg.5 | | | ADMITTED – Pg. 5 of Exhibit 5387B - Text messages Bates#0000068 | |
| EX Pg. 6 | | | ADMITTED – Pg. 6 of Exhibit 5387B - Text messages Bates#0000069 | |
| EX Pg. 7 | | | ADMITTED – Pg. 7 of Exhibit 5387B - Text messages Bates#0000076 | |
| EX Pg. 8 | | | ADMITTED – Pg. 8 of Exhibit 5387B - Text messages Bates#0000087 | |
| EX Pg. 9 | | | ADMITTED – Pg. 9 of Exhibit 5387B - Text messages Bates#00000175 (Court overruled objection – Admitted for knowledge and notice only) | |
| EX Pg. 10 | | | ADMITTED – Pg. 10 of Exhibit 5387B - Text messages Bates#00000176 | |
| EX Pg. 11 | | | ADMITTED – Pg. 11 of Exhibit 5387B - Text messages Bates#00000185 (Court overruled objection – Admitted for knowledge and notice only) | |

| TRIAL DATE: September 22, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX Pg. 12 | | | ADMITTED – Pg. 12 of Exhibit 5387B - Text messages Bates#00000190 | |
| | | 11:06 am | Court takes recess 45 mins | |
| | | | Jury excused and witness stands down | |
| | | 11:07 am | Court in session outside presence of Jury with Counsel and Defendant | |
| | | 11:08 am | Court takes recess | |
| | | 11:53am | Court in session outside presence of Jury with Counsel and Defendant | |
| | | | Court takes up housekeeping matters re witness scheduling | |
| | | 12:00pm | Jury seated | |
| | | | Court informs Jury that witness will be called out of order and W#6 testimony will pause | |
| | | | Government calls next witness W#7 | |
| | | | W#7 General James Mattis – Sworn | |
| DX | | | Direct examination of W#7 begins by Government Counsel John Bostic | |
| EX 5404 | | | ADMITTED – Email From: Elizabeth Holmes; To: General James Mattis; Subject: Note for General Mattis (Dated 11/20/2011) | |
| EX 5409 | | | ADMITTED – Email From: Elizabeth Holmes; To: General James Mattis; No Subject: (Dated 3/27/20213) | |
| EX 5407 | | | ADMITTED – Email From: Elizabeth Holmes; To: General James Mattis; Subject: Theranos (Dated 9/6-9/8/2013) | |
| EX 1106 | | | ADMITTED – Wall Street Journal Article (Dated 9/8/2013) Entitled: Elizabeth Holmes: The Breakthrough of Instant Diagnosis | |

| TRIAL DATE: September 22, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 1172 A | | | ADMITTED – Pgs. 89 (Excerpt of Exhibit 1172) Theranos Board of Director Meeting Slides (Dated 10/8/2013) | |
| EX 1776 | | | ADMITTED – Article in Fortune Magazine – Entitled This CEO Out for Blood By: Roger Parloff (Dated 6/12/2014) | |
| EX 4196 | | | ADMITTED – Email From: Elizabeth Holmes; To: General James Mattis; No Subject: (Dated 9/14/2014) | |
| EX 2611 | | | ADMITTED – Theranos Board of Director Meeting – Agenda/Slides (Dated 7/14/2015) | |
| EX 4553 | | | ADMITTED – Email From: Elizabeth Holmes; To: Members of the Board; Subject: Statement From: Theranos 10/16/2015 (Email dated 10/17/2015) | |
| EX 2932 | | | ADMITTED – Email chain To Members of the Board – Subject: Integrity of Lab Data (Dated 10/29/2015) | |
| | | 1:53 pm | Court takes 10 min recess | |
| | | 2:07 pm | Court in session. Counsel and Defendant present.  Jury seated | |
| | CX | 2:08 pm | Cross examination of W#7 begins by Defense Counsel Kevin Downey | |
| | EX 10507 | | ADMITTED – Email From: General James Mattis; To: Robert Hogue; Subject: Safe Harbor Ltr (Dated 7/19/2013) | |
| | EX 10520 | | ADMITTED – Pg. 4 Exhibit A & B ONLY attachment to Email (Dated 2/1/2014) | |
| | EX 13807 | | IDENTIFICATION – Document re New Directors | |
| | EX 13792 | | IDENTIFICATION – Document Re Intellectual Property Discussion | |
| | EX 10516 | | ADMITTED – Intellectual Property Portfolio Status Report for Meeting of the Board of Directors (Dated 10/8/2013) | |

5

| TRIAL DATE: September 22, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 10509 |  | ADMITTED – Email From: General James Mattis; To: Elizabeth Holmes; Subject: Newark Visit (Dated 7/16/2014) | |
|  | EX 10510 |  | ADMITTED – Email From: Elizabeth Holmes; To: General James Mattis; Subject: Thoughts on tomorrow – BOD Committee (Dated 2/12/2015) | |
|  | EX 11200 |  | IDENTIFICATION - Document | |
|  | EX 10457 |  | IDENTIFICATION – Email (Dated 12/3/2012) | |
|  | EX 10506 |  | ADMITTED – Email From: General James Mattis; To: R. Bechtel, E. Holmes, Bois; Subject: Statement From Theranos (Dated 10/18/2015) | |
|  | EX 10523 |  | ADMITTED – Email Chain Theranos From: General James Mattis; To: Elizabeth Holmes; Subject For Our Shareholders (Dated 11/2/2015) | |
|  | EX 7717 |  | IDENTIFICATION – Evaluation of Miniaturized Clinical Lab System (Dated 12/20/2017) | |
|  | EX 10512 |  | ADMITTED – Email chain From: General James Mattis; To: Elizabeth Holmes; Subject: Theranos Scientific Meeting 2/28 (Dated 2/29/2016) Government objection to admission, Court overruled objection Admitted Not for Truth of the Matter but for State of Mind of Defendant | |
|  | EX 7653 |  | ADMITTED – Email chain From: Elizabeth Holmes; To: D. Boies, et al., Subject: Friday Meeting w/attachment (Dated 3/1/2016) Government objection to admission, Court overruled objection Admitted Not for Truth of the Matter but for State of Mind of Defendant | |
|  | EX 10524 |  | ADMITTED – James Mattis Theranos Board of Directors Resignation Letter (Dated 12/16/2016) | |
|  |  | 3:32 pm | Cross examination concludes of W#7 | |
| RDX |  | 3:32 pm | Re-Direct examination of W#7 begins by Government Counsel John Bostic | |
|  |  | 3:39 pm | Re-Direct examination of W#7 concludes | |

6

| **TRIAL DATE:** September 22, 2021 | | **REPORTER(S):** Irene Rodriguez | | **CLERK:** Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:39 pm | W#7 excused | |
| | | 3:42 pm | W#6 Justin Offen resumes the stand for further direct examination | |
| DX | | | Direct examination resumes of W#6 by Government Counsel Robert Leach | |
| EX 5387 B | | | ADMITTED – Pages 1 – 30 (Redacted) Text Messages | |
| EX 5387 A | | | ADMITTED (provisionally not to authenticity per Rule 901,902) – (Redacted) Text Messages<br>This exhibit will not be posted at this time for public access | |
| | CX | 4:02 pm | Cross examination of W#6 begins by Defense Counsel Katie Trefz | |
| | | 4:11 pm | Cross examination concludes of W#6 | |
| | EX 3481 | | IDENTIFICATION – Text Messages | |
| | | 4:11 pm | W#6 excused | |
| | | 4:12 pm | Court admonishes the Jury and Jury is excused | |
| | | 4:13 pm | Court in session outside presence of Jury taking up housekeeping matters | |
| | | 4:14 pm | Court is adjourned | |
| | | | Further Jury Trial scheduled for Friday, September 24, 2021 at 9:00 a.m. | |