# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  9/24/2021
Time in Court: 8:30-8:45am, 9:04-10:45am,11:22am-1:43pm,2:05-3:04pm
**(TOTAL time: 5 hrs. 16 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 10)**

Further Jury trial held.  Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, September 28, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs:939,3231,1049,1157,1491,1214,1432,1525,1772,2188,4836,4145,4147,4840,4222, 4228,1543,1555,4116,4189,2009,5397,2206,4124,4127,1717,4014,1828,4292,4298,1953
Defendants: N/A


**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **939,3231,1049,1157,1491,1214,1432,1525,1772,2188,4836,4145,4147,4840,4222, 4228,1543,1555,4116,4189,2009,5397,2206,4124,4127,1717,4014,1828,4292,4298,1953**
Defendants: N/A

///


Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| **TRIAL DATE:** September 24, 2021 | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:30 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court takes up issue raised by the Government as to next witness and Defense possible objections re testimony |
| | | 8:45 am | Court takes recess |
| | | 9:04 am | Court in session. Counsel and Defendant are present. Jury seated |
| | | | Government calls next witness W#8 |
| | | | Adam Rosendorff W#8 – Sworn |
| DX | | 9:05 am | Direct examination of W#8 begins by Government Counsel John Bostic |
| EX 939 | | | ADMITTED – Email From: Elizabeth Holmes; To: Adam Rosendorff; No Subject – Confidential – Body of text re micro-cups (Dated 8/3/2013) |
| EX 3231 | | | ADMITTED – Email From: E. Holmes (originator); From:N. Haase; To: Rose Edmonds et al. Subject: GC Assay (Dated 8/31/2013) |
| EX 1049 | | | ADMITTED – Email From: Adam Rosendorff; To: Elizabeth Holmes; Subject: Concerns About Launch (Dated 8/29/2013) |
| EX 1157 | | | ADMITTED – Email Chain From: Daniel Edlin; To: Paul Patel; Subject: Demo tomorrow morning at 10 am (Dated 9/23/2013) |
| EX 1491 | | | ADMITTED – Email Chain From: Mark Pandori; To: Max Fosque; Subject: End of Shift Log 1/28 2pm (Dated 1/29/2014) |

| TRIAL DATE: September 24, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 1214 | | | ADMITTED – Email Chain From: S. Balwani; To: Paul Patel et al., Subject: Advia in Normandy (Dated 11/5/2013) |
| EX 1432 | | | ADMITTED – Email From: Adam Rosendorff; To: Erika Cheung: Subject: QC for Edisons (Dated 1/15/2014) |
| EX 1525 | | | ADMITTED – Email Chain From: Erika Cheung; To: Adam Rosendorff et al., Subject: QC for TSH Failed After Re-Run (Dated 2/10/2014) |
| EX 1772 | | | ADMITTED – Email Chain: From Romina Riener; To: Adam Rosendorff; Subject: Update (Dated 6/11/2014) |
| | | 10:45 am | Court takes 30 min recess |
| | | 11:22 am | Court in session. Counsel and Defendant present. Jury seated |
| DX | | | Direct examination resumes of W#8 |
| EX 2188 | | | ADMITTED – Email From: Sunny Balwani; To: Adam Rosendorff; Subject: Theranos Tests (Dated 11/5/2014) |
| EX 4836 | | | ADMITTED – Email Chain From: Samartha Anekal; To: Sunny Balwani and Daniel Young; Subject: hCG precision (Dated: 10/31/2013) |
| EX 4145 | | | ADMITTED – Email Chain From: Elizabeth Holmes; To: Sunny Balwani; Subject: OORL Results (5/30/2014) |
| EX 4147 | | | ADMITTED – Email Chain From: Adam Rosendorff; To: CLS; Subject: hCG Testing (Dated 5/30/2014) |
| EX 4840 | | | ADMITTED – Email Chain From: Amelia Aguirre; To: Romina Riener et al., Subject: Patient Results (Dated 6/12/2014) |
| EX 4222 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: Customer Issues GM (Dated 9/29/2014) |
| EX 4228 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: FW: Customer Issue – GM (Dated 9/30/2014) |
| EX 1543 | | | ADMITTED – Email Chain From: Adam Rosendorff; To: Sunny Balwani and Daniel Young; Subject: Low HDLs UPDATE (Dated 2/19/2014) |

| TRIAL DATE:<br>September 24, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 1555 | | | ADMITTED – Email Chain From: Adam Rosendorff; To: Sunny Balwani and Daniel Young; Subject: HDL values (Dated 2/21/2014) |
| EX 4116 | | | ADMITTED – Email Chain From: Elizabeth Holmes; To: Daniel Young; Subject: FW: CO2 (Bicarbonate) issue (Dated 3/31/2014) |
| EX 4189 | | | ADMITTED – Email From: Adam Rosendorff: To: Sunny Balwani; Subject: FW: Voided CO2 Results (Dated 8/27/2014) |
| EX 2009 | | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani; Subject: FW: Physician Call Needed Before 4pm (Dated 10/1/2014) |
| EX 5397 | | | ADMITTED – Email From: Steve Morin; To: Adam Rosendorff; Subject: Redraw Request (Dated 11/4/2014) |
| EX 2206 | | | ADMITTED – Email From: Adam Rosendorff; To: Christian Holmes; Subject: Lab Results Inquiry (Dated 11/15/2014) |
| EX 4124 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: FW:Dr. Kwatra/Dr. Stamps (Dated 4/7/2014) |
| EX 4127 | | | ADMITTED – Email Chain From: Elizabeth Holmes; To: Sunny Balwani; Subject: Re Dr. Kwatra/Dr. Stamps (Dated 4/25/2014) |
| | | 1:43 pm | Court takes recess 20 Mins |
| | | 2:05 pm | Court in session. Counsel and Defendant present. Jury seated |
| DX | | | Direct examination resumes of W#8 |
| EX 1717 | | | ADMITTED – Email From: Elizabeth Holmes; To: Daniel Young; Subject: ISE Output (Dated 5/10/2014) |
| EX 4014 | | | ADMITTED – Email From: Daniel Young; To: Elizabeth Holmes and Sunny Balwani; Subject: CLIA Updates (Dated 10/22/2013) |
| EX 1828 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: FW Patient Results Since 5/24 for Potassium (Dated 6/28/2014) |
| EX 4292 | | | ADMITTED – Email Chain From: Nishit Doshi; To: Sunny Balwani and Daniel Young; Subject: Critical ISEs (Dated 10/27/2014) |

4

| TRIAL DATE:<br>September 24, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 4182 | | | IDENTIFICATION – Email Chain<br>Defense objects to admission | |
| EX 4298 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: FW Critical ISEs (Dated 10/28/2014) | |
| EX 1953 | | | ADMITTED – Email Chain From: Christian Holmes; To: Elizabeth Holmes: Subject: FW Customer Issue – Sikorski (PA) (Dated 9/23/2014) | |
| | | 3:00 pm | Court admonishes the Jury and Jury is excused | |
| | | 3:01 pm | Court in session outside presence of Jury taking up defense issues re bias of W#8. Court requests counsel to meet and confer re the issue and to contact the Court should a hearing be necessary. | |
| | | 3:04 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, September 28, 2021 at 9:00 a.m. | |
| | | | | |
| | | | | |