1   JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
2   San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
7   Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                        NORTHERN DISTRICT OF CALIFORNIA

13                                SAN JOSE DIVISION

14

15   UNITED STATES OF AMERICA,              )   Case No. CR-18-00258-EJD
                                            )
16          Plaintiff,                      )   **CONSENT ADMINISTRATIVE MOTION AND**
                                            )   **STIPULATION TO EXTEND PAGE LIMIT**
17      v.                                  )   **AND [PROPOSED] ORDER**
                                            )
18   ELIZABETH HOLMES and                   )
     RAMESH "SUNNY" BALWANI,                )   Hon. Edward J. Davila
19                                          )
            Defendants.                     )
20   _____       )

21

22

23

24

25

26

27

28

CONSENT ADMINISTRATIVE MOTION, STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD
                                    1

1

## CONSENT ADMINISTRATIVE MOTION TO EXTEND PAGE LIMIT

2      Pursuant to Criminal Local Rule 2-1 and Civil Local Rules 7-4(b) and 7-11, Defendant Elizabeth

3  Holmes hereby moves this Court for an order authorizing the extension of the page limit for her

4  forthcoming Reply in Support of Motion to Exclude Anecdotal Test Results, Dkt. 563, to no more than

5  20 pages of text.  The government does not object to the relief sought by this motion.

6      Civil Local Rule 7-4(b) provides that "the reply brief or memorandum may not exceed 15 pages

7  of text."  *Id.*  In order to fully address the issues raised in the government's Opposition, Dkt. 682, Ms.

8  Holmes respectfully requests an order extending the page limitation.  Ms. Holmes respectfully maintains

9  that an extension of the page limit to no more than 20 pages of text—less than the page limitation for

10  briefs in opposition, Local Civ. R. 7-4(b)—is appropriate in order to address these new issues in the

11  case.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONSENT ADMINISTRATIVE MOTION, STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

## **STIPULATION**

Defendant Elizabeth A. Holmes and the United States of America, by and through counsel, stipulate as follows:

WHEREAS, Criminal Local Rule 2.1 provides that "[t]he provisions of the Civil Local Rules of the Court shall apply to criminal actions and proceedings, except where they may be inconsistent with these criminal local rules."

WHEREAS, Civil Local Rule 7.4(b) provides that "the reply brief or memorandum may not exceed 15 pages of text" "[u]nless the Court expressly orders otherwise pursuant to a party's request made prior to the due date;"

WHEREAS, Civil Local Rule 7.11 provides that parties may file administrative motions, "such as motions to exceed otherwise applicable page limitations," and that such motions "must be accompanied by . . . a stipulation under Civil Rule 7.12 or by a declaration that explains why a stipulation could not be obtained;"

WHEREAS, Ms. Holmes believes that the issues raised in the government's Opposition, Dkt. 682, require a more detailed response than Local Civil Rule 7.4(b)'s page limitations permit;

WHEREAS, the parties have met and conferred and agree on, and respectfully request that the Court order that the page limit for Ms. Holmes' forthcoming Reply in support of her Motion to Exclude Anecdotal Test Results be extended to no more than 20 pages of text.

THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: February 19, 2021                    Respectfully Submitted,


                                            /s/ Lance Wade
                                            LANCE WADE
                                            Attorney for Elizabeth Holmes

DATED: February 19, 2021


                                            STEPHANIE M. HINDS
                                            Attorney for the United States,
                                            Acting Under Authority Conferred

CONSENT ADMINISTRATIVE MOTION, STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

By 28 U.S.C. § 515

/s/ Robert Leach
_____
ROBERT S. LEACH
JEFF SCHENK
JOHN C. BOSTIC
VANESSA BAEHR-JONES
Assistant United States Attorneys

**[PROPOSED] ORDER**

For the reasons set forth above, and good cause shown, IT IS ORDERED that the page limit of Ms. Holmes' Reply in support of her Motion to Exclude Evidence of Anecdotal Test Results is extended, and may not exceed 20 pages of text.

IT IS SO ORDERED.

DATED: ~~September 27, 2021~~

Hon. Edward J. Davila
United States District Judge

CONSENT ADMINISTRATIVE MOTION, STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

4