JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT SEPTEMBER 30, 2021 MOTION HEARING RE: MEDIA COALITION'S MOTION TO INTERVENE AND TO UNSEAL COMPLETED QUESTIONNAIRES OF SEATED JURORS AND ALTERNATES**<br><br>Hon. Edward J. Davila |

DEFENDANT'S WAIVER OF PRESENCE AT SEPTEMBER 30, 2021 MOTION HEARING
CR-18-00258 EJD

1

The undersigned defendant hereby waives the right to be present in court upon the motion hearing regarding the Motion of Media Coalition to Intervene and to Unseal Completed Questionnaires of Seated Jurors and Alternates, scheduled for September 30, 2021 at 11:30 AM.   The undersigned defendant further agrees that her interests will be deemed represented at the September 30, 2021 by the presence of her attorneys, the same as if the defendant herself was personally present in court.

DATED: September 27, 2021

_____
ELIZABETH HOLMES

DATED: September 27, 2021

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT SEPTEMBER 30, 2021 MOTION HEARING
CR-18-00258 EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2021 a copy of this filing was delivered via ECF on all counsel of record.

JOHN D. CLINE
Attorney for Elizabeth Holmes