UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ELIZABETH A. HOLMES,

Defendant.

Case No.   5:18-cr-00258-EJD-1

**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS A, C, F–M, O, T, W, AND X TO THE DECLARATION OF JEFFREY B. COOPERSMITH IN SUPPORT OF MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS**

Re: Dkt. No. 492

On August 28, 2020, Defendant Ramesh "Sunny" Balwani submitted an Administrative Motion to File Under Seal (the "Motion to Seal") Exhibits A, C, F–M, O, T, W, and X to the Declaration of Jeffrey B. Coopersmith in support of Mr. Balwani's Motion to Dismiss Second and Third Superseding Indictments Based on Pre-Indictment Delay ("Motion to Dismiss").  Dkt. No. 492. The Court, having reviewed the Motion to Seal, its Declaration in support thereof, GRANTS the Motion to Seal.  Accordingly, Mr. Balwani's Exhibits A, C, F–M, O, T, W, and X to the Declaration of Jeffrey B. Coopersmith in support of the Motion to Dismiss shall remain under seal.

**IT IS SO ORDERED.**

Dated:  September 28, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER GRANTING ADMINISTRATIVE MOTION

1

United States District Court
Northern District of California