ADAM A. REEVES (NYBN 2363877)
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
VANESSA BAEHR-JONES (CABN 281715)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 18-CR-00258 EJD |
|---|---|
| Plaintiff, | ) |
| | ) ADMINISTRATIVE MOTION TO FILE |
| | ) PORTIONS OF DOCUMENTS UNDER SEAL |
| v. | ) AND [~~PROPOSED~~] ORDER |
| | ) |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION AND ADMINISTRATIVE MOTION**

Pursuant to Local Rule of Criminal Procedure 56-1, the United States respectfully moves for an order permitting the filing under seal of unredacted versions of the following documents:

| 1 | UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
|---|---|
| 2 | SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

ADMIN MOT. & [PROPOSED] ORDER
CASE NO. 18-258 EJD          1

| 3 | EXHIBIT C TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
|---|---|
| 4 | EXHIBIT D TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

Sealing is appropriate because the opposition and the declaration refer to and/or attach documents that are themselves sealed. Redacted versions omitting references to the sealed documents are being publicly filed.

For these reasons, the government submits there is good cause to grant sealing.

DATED: September 18, 2020               Respectfully submitted,

ADAM A. REEVES
Attorney for the United States,
Acting Under Authority Conferred By 28 U.S.C. § 515

/s/
_____
ROBERT S. LEACH
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

The Court, having considered the government's Administrative Motion, hereby GRANTS the motion and ORDERS that unredacted versions of the following documents shall be filed under seal:

| | |
|---|---|
| 1 | UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 2 | SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 3 | EXHIBIT C TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |
| 4 | EXHIBIT D TO SEPTEMBER 18, 2020 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AND THIRD SUPERSEDING INDICTMENTS BASED ON PRE-INDICTMENT DELAY |

IT IS SO ORDERED.

Dated:   September 28, 2021

THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE