UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER:  18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  9/28/2021
Time in Court: 8:35-8:40am,8:56-10:43,11:15am-1:31pm,1:55-3:06pm
**(TOTAL time: 6 hrs. 36 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 11)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, September 29, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 4182,4181,1580,1724,1248,4146,4044,4047,2149,4323,4314,4330,5387A,2228
Defendants: 11424,11439,11000,11000A,7603,7603D,12464,11002,13880,7228,11001,10272, 9903,9915,9910,9945

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4182,4181,1580,1724,1248,4146,4044,4047,2149,4323,4314,4330,5387A,2228**
Defendants: **11000A,7603,12464,7338 Conditionally Admitted),10272,9903,9915,9910,9945**

///


Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>September 28, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:35 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | 8:40 am | Court takes recess |
| | | 8:56 am | Court in session outside presence of Jury – Counsel and Defendant are present |
| | | | Court speaks with Alt. 3 re email submitted regarding new employment |
| | | 9:05 am | Court in session.  Counsel and Defendant are present.  Jury seated |
| DX | | | Further direct examination resumes of W#8 Adam Rosendorff by Government Counsel John Bostic |
| EX 4182 | | | ADMITTED – Email chain - From: Daniel Young; To: Sunny Balwani; Subject: Bot experience (Dated 8/25/2014) |
| EX 4181 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Bot experience (Dated 8/25/2014) |
| EX 1580 | | | ADMITTED – Email Chain – From Sunny Balwani; To: Adam Rosendorff; Subject: Proficiency Testing for LDT's (Dated 2/25/2014) |
| EX 1724 | | | ADMITTED – Email – From: Adam Rosendorff; To: Chinmay Pangarkar; Subject: PT Testing for Edisons (Dated 5/13/2014) |
| EX 1248 | | | ADMITTED – Email Chain – From: Daniel Young; To: Sunny Balwani; Subject: Assay Validation (Dated 11/15/2013) |

| TRIAL DATE: September 28, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| EX 4146 | | | ADMITTED – Email Chain – From: Elizabeth Holmes; To: Daniel Young; Subject: Redraw (5/30/2014) |
| EX 4044 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Fwd: CLIA Inspection Scheduled (Dated 11/22/2013) |
| EX 4047 | | | ADMITTED – Email From: Elizabeth Holmes; To: Daniel Young et al., cc: Sunny Balwani; No Subject: Text of email path for walk through for auditors (Dated 11/27/2013) |
| EX 2149 | | | ADMITTED – Email Chain From: Daniel Young; To: Adam Rosendorff et al., Subject: Fingerstick v Venous (Dated 9/5/2013) |
| EX 4323 | | | ADMITTED – Email Chain From: Christian Holmes; To: Maximillion Fosque; Subject: Escalated call – 111240 (Dated 11/14/2014) |
| EX 4314 | | | ADMITTED – Email Chain From: Christian Holmes; To: Elizabeth Holmes and Sunny Balwani; Subject: Escalating Call – 111240 (Dated 11/15/2014) |
| EX 4330 | | | ADMITTED – Email Chain From: Elizabeth Holmes; To: Sunny Balwani; Subject: Fwd: Ebola (Dated 11/20/2014) |
| EX 5387A | | | ADMITTED – Pages 28 & 33 ONLY – Text messages from Elizabeth Holmes to Sunny Balwani (Dated 11/27/2014) |
| EX 2228 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Redraw Request 11-21-14 (Dated 11/21/2014) |
| | | 10:40 am | Direct examination concludes of W#8 |
| | | 10:43 am | Court takes 30 min recess |
| | | 11:15 am | Court in session. Counsel and Defendant present. Jury seated |
| | CX | 11:18 am | Cross examination begins of W#8 Adam Rosendorff by Defense Counsel Lance Wade |
| | EX 11424 | | IDENTIFICATION - Memo |

3

| TRIAL DATE: September 28, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 11439 | | IDENTIFICATION – (Pg. 1702) | |
| | EX 11000 | | IDENTIFICATION – Deposition Transcript of Adam Rosendorff (Dated Feb. 2019) | |
| | EX 11000 A | | ADMITTED – Errata Sheet for Deposition Transcript of Adam Rosendorff (Dated 4/15/2019) | |
| | EX 7603 | | ADMITTED – 42 CFR §493 (Laboratory Requirements) Total pgs. 102 | |
| | EX 7603D | | IDENTIFICATION – Subpart of Exhibit 7603 | |
| | EX 12464 | | ADMITTED – Email From: Sunny Balwani; To: Adam Rosendorff; Subject:300 U Ave (Dated 11/7/2013) | |
| | EX 11002 | | IDENTIFICATION – Page 82 | |
| | EX 13880 | | IDENTIFICATION | |
| | EX 7338 | | ADMITTED (Conditionally) – Email From: M. Fosque; To: Daniel Young; Subject: Clia Testing (w native attachment) (Dated 10/21/2013) | |
| | | 1:31 pm | Court takes recess 20 mins | |
| | | 1:55 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination resumes of W#8 by Defense Counsel Lance Wade | |
| | EX 11001 | | IDENTIFICATION | |
| | EX 10272 | | ADMITTED – Resume of Adam Rosendorff,, MD submitted to Theranos | |
| | EX 9903 | | ADMITTED – Signed CL SOP07001 Refrigerator and Freezer Temperature Monitoring, Rev A (Dated 6/9/2011) | |

4

| TRIAL DATE: September 28, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 9915 | | ADMITTED – Test Result Report (CL SOP-12001 Rev B) (Dated 6/13/20211) | |
| | EX 9910 | | ADMITTED – Quality Systems Manual (CL QSM-00001 Rev A) (Dated 6/9/2011) | |
| | EX 9945 | | ADMITTED – Quality Systems Manual (CL QSM-00001 Rev C) (Dated 7/28/2014) | |
| | | 3:00 pm | Court admonishes the Jury – Jury excused | |
| | | 3:00 pm | Court in session outside presence of Jury taking up evidentiary issues re W#8 and housekeeping matters re witness schedules | |
| | | | Parties shall meet and confer re witness schedule | |
| | | 3:06 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Wednesday, September 29, 2021 at 9:00 a.m. | |