# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  9/29/2021
Time in Court: 9:03-11:12am,12:02pm-2:05pm,2:30-4:30 pm
**(TOTAL time: 6 hrs. 12 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Patrick Looby
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 12)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Friday, October 1, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1240,1430,3849,541,3893,
Defendants: 12479,11424,11001,10281,9368, 9004,9007,9013,9016,9020,9026,9031,
9042,9046,9048,9052,9057,9082,9086,9098,9099,9102,9105,9111,9113,9123,9126,9129,9137,
9155,9158,9162,9166,9167,9196,9201,9240,9243,9245,9252,9260,9264,9268,9276,9279,9284,
9315,9319,9323,9326,9341,9352,9368,9372,9375,9378,9381,9382,9384,9387,9393,9409,9412,
12531,13809,11003,10451,10029,13905,5039,5414,5416,13895,13896,13897,13898,13899,
13900,13901,5049,13907,13902

///



Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1240,1430,3849,541,3893**
Defendants: **12479,10281,9368,*9004,9007,9013,9016,9020,9026,9031,9042,9046,9048, 9052,9057,9082,9086,9098,9099,9102,9105,9111,9113,9123,9126,9129,9137, 9155,9158,9162,9166,9167,9196,9201,9240,9243,9245,9252,9260,9264,9268,9276,9279,9284, 9315,9319,9323,9326,9341,9352,9368,9372,9375,9378,9381,9382,9384,9387,9393,9409,9412, 12531,13809,10451,10029,13905,5039,5414,5416,13895,13896,13897,13898,13899,13900, 13901,5049,13907,13902**

*Series that was stipulated will be fully uploaded on 9/30/2021 for public access.

///

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

**TRIAL LOG**

| TRIAL DATE: September 29, 2021 | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:03 am | Court in session. Counsel and Defendant are present. Jury seated |
| | CX | 9:04 am | Cross examination resumes of W#8 Adam Rosendorff by Defense Counsel Lance Wade |
| | EX 12479 | | ADMITTED – Email chain - From: K. Elenitoba-Johnson; To: Elizabeth Holmes; Subject: None – Text of email re Path for NY inspection (Dated 11/27/2013) |
| | EX 11424 | | IDENTIFICATION - |
| | EX 11001 | | IDENTIFICATION - |
| | EX 1240 | | ADMITTED – Email chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Compliance with Federal Law CFR493.1253 (Dated 11/11/2013) |
| | | 11:12 am | Court takes recess 45 mins |
| | | 12:02pm | Court in session. Counsel and Defendant are present. Jury seated |
| | CX | | Cross examination resumes of W#8 by Defense Counsel Lance Wade |
| | EX 1430 | | ADMITTED – Email From: Adam Rosendorff; To: CLIA Lab; Subject: CL Q10-0002 Quality Control Guideline (Dated 1/16/2014) |
| | | | Counsel submitted to the Court a Joint Stipulation Regarding Trial Evidence as to a series of Exhibits to be admitted |

3

| TRIAL DATE: September 29, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX's | | The Court ordered the following exhibits ADMITTED upon stipulation filed by the Parties – 9004,9007,9013,9016,9020,9026,9031,9042,9046,9048,9052,9057,9082, 9086,9098,9099,9102,9105,9111,9113,9123,9126,9129,9137,9155,9158, 9162,9166,9167,9196,9201,9240,9243,9245,9252,9260,9264,9268,9276, 9279,9284,9315,9319,9323,9326,9341,9352,9368,9372,9375,9378,9381, 9382,9384,9387,9393,9409,9412,12531 | |
| | EX 10281 | | ADMITTED – Curriculum Vitae for Langly Gee | |
| | EX 9368 | | ADMITTED – Thyroid Stimulating Hormone (TSH) Validation Report (Dated 9/30/2013) | |
| | EX | | IDENTIFICATION - DEMONSTRATIVE – Validation Edison Assays – Calendar dates September 2013 through September 2014 | |
| | EX 13809 | | ADMITTED – Quality Systems Presentation Q1, Q2 2014 Review – by Langly Lee Dated 7/10/2014 | |
| | EX 11003 | | IDENTIFICATION – Document 7/22/2016 | |
| | EX 10451 | | ADMITTED – Email Chain – From: Langly Lee; To: Daniel Edlin et al., Subject: Updated PT/Audit Renewal Since 3/18 (Dated 5/9/2014) | |
| | EX 10029 | | ADMITTED – Proficiency Testing Addressed to Adam Rosendorff Theranos Results ImmunoAssays 2014 Chemistry-3rd Event – (Dated 10/13/2014) | |
| | EX 13905 | | ADMITTED – Email Chain – From: Silvia Chang; To: Sunny Balwani, Subject: Proficiency Testing Details (Dated 7/27/2013) | |
| | | 2:04 pm | Jury excused for 20 min recess | |
| | | 2:05 pm | W#8 is excused and to return on Friday, October 1, 2021 at 9:00 am for further testimony | |
| | | 2:05 pm | Court takes recess 20 mins | |
| | | | Court in session. Counsel and Defendant are present. Jury seated | |

4

| TRIAL DATE:<br>September 29, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 2:30 pm | Government calls next witness W#9 |
| | | | Dr. Victoria Sung W#9 – Sworn |
| DX | | | Direct examination begins of W#9 by Government Counsel Robert Leach |
| EX 5039 | | | ADMITTED – Email Chain – From: Victoria Sung; To: Gary Frenzel; Subject: PD Marker Development Priority List (Dated 1/5/2010) |
| EX 5414 | | | ADMITTED – Email Chain – From: Carolyn Balkenhol; To: Victoria Sung: Subject: Celgene Clinical Trial PD Marker Development (Dated 4/1/2010) |
| EX 3849 | | | ADMITTED – Email Chain – From: Victoria Sung; To: Elizabeth Holmes; Subject: ACE-011 Program (Dated 7/20/2010) |
| EX 541 | | | ADMITTED – Email Chain – From: Victoria Sung; To: Elizabeth Holmes; Subject: For our discussions this morning (Dated 3/5/2012) |
| EX 5416 | | | ADMITTED – Email Chain – From: Elizabeth Holmes; To: Victoria Sung; Subject: For our discussions this morning (Dated 3/5/2012) |
| EX 3893 | | | ADMITTED – Email Chain – From: Daniel Edlin; To: Victoria Sung; Subject; For our discussion this morning (Dated 4/3/2012) |
| | | 3:36 pm | Direct examination of W#9 concludes |
| | CX | 3:36 pm | Cross examination begins of W#9 Victoria Young by Defense Counsel John Cline |
| | EX 13895 | | ADMITTED - Email Chain – From: Victoria Sung; To: Gary Frenzel; Subject: PD Marker Development Priority List (Dated 12/22/2009) |
| | EX 13896 | | ADMITTED - Email Chain: From: Victoria Sung: To Subject: Agenda Face-to-Face (Dated 5/7/2010) |
| | EX 13897 | | ADMITTED – Email Chain – From: Victoria Sung; To: Frenzel and Gangakhedkar; Subject: Thank you (w/attachment) (Dated 5/7/2010) |

5

| TRIAL DATE: September 29, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | EX 13898 | | ADMITTED – Email Chain – From: Gangakhedkar; To: Victoria Sung; Subject: ACE-011 REN-001 |
| | EX 13899 | | ADMITTED – Email From: Kapil Gadkar; To: Victoria Sung; Subject: Validation Reports (Dated 7/15/2010) |
| | EX 13900 | | ADMITTED – Email From: Kapil Gadkar; To: Victoria Sung; Subject: Validation Reports 3 PD Markers – LH, FSH & Estradiol (Dated 7/27/2010) |
| | EX 13901 | | ADMITTED – Email From: Victoria Sung; To: Kapil Gadkar; Subject: Validation Reports 3 PD Markers – LH, FSH & Estradiol (Dated 7/27/2010) |
| | EX 5049 | | ADMITTED – Email From: Kapil Gadkar; To: Victoria Sung: Subject: FINAL REPORT for ACE-011 PK (Dated 4/27/2011) |
| | EX 13907 | | ADMITTED – Email From: Kapil Gadkar; To: nonclincialreports; Subject: FINAL REPORT (Dated 5/5/2011) |
| | EX 13902 | | ADMITTED – Email From: Kapil Gadkar; To: Victoria Sung; Subject: PD Marker |
| | | 4:15 pm | Cross examination concludes of W#9 |
| | | 4:15 pm | No re-direct examination, W#9 is excused |
| | | 4:16 pm | Court admonishes the Jury |
| | | 4:17 pm | Court in session outside presence of Jury with Counsel and Defendant |
| | | | Court taking up possible evidentiary issues of W#8 Adam Rosendorff |
| | | | |