UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 30, 2021  **Time:** 11:36-12:30 pm  **Judge:** Edward J. Davila
**Total Time:** 54 Mins.

**Case No.**: 18-cr-00258-EJD-1   **Case Name:** UNITED STATES v. Elizabeth Holmes (NP)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** John Cline
**Attorney for Intervenor Media Coalition:** Steven Zansberg

**Deputy Clerk:** Adriana M. Kratzmann   **Court Reporter:** Irene Rodriguez

**Interpreter:** N/A   **Probation Officer:** N/A

### PROCEEDINGS – MOTION HEARING
### Via Zoom Webinar Remotely due to COVID19

Defendant is not present pursuant to waiver of appearance filed (Dkt. 1047, 9/27/2021).  Hearing held.
The Court heard oral arguments re Intervenor Media Coalition Motion Unsealing Completed Questionnaires of Seated Jurors and Alternates (Dkt. 1026 filed 9/16/2021).
The Court took the matter under submission.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

*Adriana M. Kratzmann*
**Adriana M. Kratzmann**
**Courtroom Deputy**
Original: Efiled
CC: