# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/1/2021
Time in Court: 9:00am-11:08am, 11:37-1:04pm
**(TOTAL time: 3 hrs. 35 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 13)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, October 5, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1589,3526,3477,392,2099
Defendants: 12478,9939,12582,13750,12593,13921,7440,12846,13922,12793,7482,7494, 13923,12829, Demonstrative, 13862,13863,13864,12656,12660,13876,13877,13878,13881, 11000,7462
**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1589,3526,3477,392,2099**
Defendants: **12478,9939,12582,13750,12593,13921,7440,12846,13922,12793,7482,7494, 13923,12839,13862,13863,13864,12656,13875,12660,13876,13877,13878,13881,7462**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 1, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 9:00 am | Court in session. Counsel and Defendant are present. Jury seated |
|  | CX |  | Cross examination resumes of W#8 Adam Rosendorff by Defense Counsel Lance Wade |
|  | EX 12478 |  | ADMITTED – Email: From: Adam Rosendorff; To: Subject: Proficiency Testing for LDTS (Dated 11/27/2013) |
|  | EX 9939 |  | ADMITTED – Signed CL SOP-00020 Proficiency Testing for Theranos Lab-Developed Tests: Edison 3.5 (Dated 11/26/2013) |
|  | EX 1589 |  | ADMITTED – Email From: Erika Cheung; To: Jamie Liu Subject: QC Measure for Edisons (Dated 2/26/2014) |
|  | EX 3526 |  | ADMITTED – Email From: Sunny Balwani; To: Mark Pandori; Subject: Internal Vitamin D (Dated 3/14/2014)<br>Government Objection – Court ordered admission for state of mind of Ms. Holmes not for the truth of the matter |
|  | EX 12582 |  | ADMITTED – Email From: Langly Gee; To: Aurelie Souppe, cc: Adam Rosendorff; Subject: Vitamin D results (Dated 3/10/2014) |
|  | EX 13750 |  | ADMITTED – Email From: Langly Gee; To: Adam Rosendorff; Subject: Meeting Minutes (Dated 3/14/2014) |
|  | EX 3477 |  | ADMITTED – Email chain From: Mark Pandori; To: Sunny Balwani et al., Subject: Week 2 Vitamin D results |

2

| TRIAL DATE:<br>October 1, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 12593 | | ADMITTED – Email From: Sunny Balwani; To: Mark Pandori; cc: Adam Rosendorff; Subject: PT Plan & Communication (Dated 4/12/2014) | |
| | EX 13921 | | ADMITTED – Email From: Adam Rosendorff; To: Mark Pandori; Subject: CL SOP Proficiency Testing Edison 3.5 (Dated 4/ /2014) | |
| | EX 7440 | | ADMITTED – Email From: Mark Pandori; To: Adam Rosendorff and Sunny Balwani; Subject: Slides pt, aap (Dated 4/17/2014) | |
| | EX 12846 | | ADMITTED – Email From: Anam Khan; To: Christian Holmes; Subject: Physician Inquiry (Dated 10/10/2014) | |
| | EX 13922 | | ADMITTED – Email From: Adam Rosendorff; To: Tina Lin et al., Subject: Physician Call Back (Dated 9/30/2014) | |
| | EX 12793 | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani; Subject: Physician Call Needed Before 4pm (Dated 10/1/2014) | |
| | EX 7482 | | ADMITTED – Email From: Sunny Balwani; To: Adam Rosendorff; Subject: Please call Dr. Palmer (Dated 10/9/2014) | |
| | EX 7494 | | ADMITTED – Email From: Adam Rosendorff; To: Adam Rosendorff Personal Email; Subject: FW IQP/AAP Decisions Plan Forward (Dated 10/29/2014) | |
| | EX 13923 | | ADMITTED – Email From: Sunny Balwani; Meeting Invite; Subject: IQP/AAP Decisions and Plan Forward (Dated 10/14/2014) | |
| | EX 12839 | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani; Subject: Clia Lab Meeting (Dated 10/15/2014) | |
| | EX 2099 | | ADMITTED – Email From: Adam Rosendorff; To: Brad Arington; Subject: Changes in primary methods and CMS reporting (Dated 10/16/2014) | |
| | | 11:08 am | Court takes recess 25 mins. | |
| | | 11:37 am | Court in session. Counsel and Defendant are present. Jury seated | |
| | CX | | Cross examination resumes of W#8 by Defense Counsel Lance Wade | |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | EX | | DEMONSTRATIVE |
| | EX 13862 | | ADMITTED – Electronic Calendar Meeting Item (5/29/2014) Government objection – Court admitted conditionally Subject to Strike for Lack of Foundation later on |
| | EX 13863 | | ADMITTED – Electronic Calendar Meeting Invite (5/29/2014) Government objection – Court admitted conditionally Subject to Strike for Lack of Foundation later on |
| | EX 13864 | | ADMITTED – Email From: Season Flores; To: Adam Rosendorff; Subject: CLIA Meeting (Dated 5/30/2014) |
| | EX 12656 | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani; Subject: HCG on Edisons (Dated 6/3/2014) |
| | EX 13875 | | ADMITTED – Email From: Daniel Young; To: Sunny Balwani; Subject: hCG update (Dated 6/4/2014) |
| | EX 12660 | | ADMITTED – Email From: Sunny Balwani; To: Daniel Young; Subject: hCG Testing (Dated 6/4/2014) |
| | EX 13876 | | ADMITTED – Email From: Sunny Balwani; To: Adam Rosendorff; Subject: Status update on HCG (Dated 6/16/2014) |
| | EX 13877 | | ADMITTED – Email From: Max Fosque; To: Adam Rosendorff; Subject: HCG Tests (Dated 6/18/2014) |
| | EX 13878 | | ADMITTED – Email From: Adam Rosendorff; To: Subject: HCG Testing (Dated 7/23/2014) |
| | EX 13881 | | ADMITTED – Email chain From: Adam Rosendorff; To: Sunny Balwani, Subject: inventory (Dated 6/13/2014) |
| | EX 11000 | | IDENTIFICATION – Rosendorff Deposition Transcript |
| | EX 392 | | ADMITTED – Operators Guide Re Immulites |
| | EX 7462 | | ADMITTED – Email chain From: Sunny Balwani; To: Adam Rosendorff; Subject: Physician questioning results (Dated 7/19/2014) |

Trial Date: October 1, 2021
Reporter(s): Irene Rodriguez
Clerk: Adriana M. Kratzmann

4

| **TRIAL DATE:**<br>October 1, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:00 pm | Court admonishes the Jury and jury is excused | |
| | | 1:01 pm | Court in session outside presence of Jury and witness left the courtroom | |
| | | 1:01 pm | Court takes up housekeeping matters re witness schedule | |
| | | 1:04 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, October 5, 2021 at 9:00 am | |
| | | | | |