1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2

   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,          )  Case No. 18-CR-00258 EJD
15                                     )
          Plaintiff,                   )  JOINT STIPULATIONS REGARDING
16                                     )  TRIAL EVIDENCE
                                       )
          v.                           )
17                                     )
   ELIZABETH HOLMES,                   )
18                                     )
          Defendant.                   )
19                                     )
                                       )
20

21       The United States and Defendant Elizabeth Holmes hereby stipulate and agree as follows:

22       1.      Emails to or from email addresses with the domain @theranos.com that were sent or

23 received by Theranos personnel and bear the bates prefixes HOLMES, THER-, THERDOJ-, THPFM-,

24 THER-AZ-, TS-, and TS2- are true and correct copies of emails stored, collected, and/or produced by

25 Theranos. Such documents are authentic for the purposes of Federal Rules of Evidence 901 and 902 and

26 are admissible over any objections as to authenticity or best evidence.

27       2.      The following exhibits are true and correct copies of public records and websites: 9500-

28 9698; 7051; 7054; 7056; 7057; 7094; 7308; 7333; 7339; 7457; 7468; 7478; 7480; 7509; 7545; 7603;

JOINT TRIAL STIPULATIONS
CASE NO. 18-258 EJD                    1

1 | 7660; 7668; 7670; 7694; 7695; 7707; 7711; 7718; 7719; 7721; 7722; 7725; 7726; 7727; 7728; 7729;

2 | 7730; and 10386-10443. Such documents are authentic for the purposes of Federal Rules of Evidence

3 | 901 and 902 and are admissible over any objections as to authenticity or best evidence.

4 |        3.      Exhibits 4845 and 3314 are true and correct copies of wire transfer records obtained from

5 | the Federal Reserve Bank of New York, and are authentic for the purposes of Federal Rules of Evidence

6 | 901 and 902 and admissible as business records.

7 |        4.      The following video exhibits are authentic for the purposes of Federal Rules of Evidence

8 | 901 and 902 and are admissible over any objections as to authenticity or best evidence:

9 |        a)      Exhibit 1221 is a true and correct copy of a video interview of Elizabeth Holmes

10 | on or about November 6, 2013, by Caitlin Roper of Wired Magazine.

11 |        b)      Exhibit 1253 is a true and correct copy of a video interview of Elizabeth Holmes

12 | on or about October 30, 2013, by Eric Topol of Medscape.

13 |        c)      Exhibit 1616 is a true and correct copy of a video of proceedings before the

14 | Arizona Senate Health and Human Services Committee, including statements by Ramesh

15 | Balwani, on or about March 12, 2014.

16 |        d)      Exhibit 3727 is a true and correct copy of a TEDMED talk by Elizabeth Holmes

17 | on or about September 20, 2014.

18 |        e)      Exhibit 2274  is a true and correct copy of a video interview of Elizabeth Holmes

19 | on or about December 2, 2014, by Pattie Sellers of Fortune.

20 |        f)      Exhibit 2283 is a true and correct copy of a video interview of Ken Auletta on or

21 | about December 12, 2014, by CNBC.

22 |        g)      Exhibit 2431 is a true and correct copy of a video interview of Elizabeth Holmes

23 | and Toby Cosgrove on or about March 9, 2015, by Maria Bartiromo of Fox Business.

24 |        h)      Exhibit 2476 is a true and correct copy of a news report aired on CBS on or about

25 | April 16, 2015, including statements by Elizabeth Holmes.

26 |        i)      Exhibit 2851 is a true and correct copy of a video interview of Elizabeth Holmes

27 | on or about October 15, 2015, by Jim Cramer of CNBC.

28 |        j)      Exhibit 2889 is a true and correct copy of a video interview of Elizabeth Holmes

1    on or about October 21, 2015, by Jonathan Krim of The Wall Street Journal.

2        k)    Exhibit 3716 is a true and correct copy of a video interview of Elizabeth Holmes

3    on or about October 26, 2015, by Toby Cosgrove.

4        l)    Exhibit 2949 is a true and correct copy of a video interview of Elizabeth Holmes

5    on or about November 2, 2015, by Alan Murray of Fortune.

6        m)    Exhibit 3152 is a true and correct copy of a news report aired on NBC on or about

7    April 18, 2016, including statements by Elizabeth Holmes.

8        n)    Exhibit 3717 is a true and correct copy of a video interview of Elizabeth Holmes

9    on or about August 1, 2016, at the American Association of Clinical Chemistry.

10       o)    Exhibit 3224 is a true and correct copy of a video interview of Elizabeth Holmes

11   on or about August 1, 2016, by Dr. Sanjay Gupta of CNN.

12   5.    The parties stipulate that the individual present at the table with defense counsel

13   throughout trial is Elizabeth Holmes, the Defendant named in the operative Indictment in this case.

14

15   DATED: 10/1/2021                          Respectfully submitted,

16                                             STEPHANIE M. HINDS
17                                             Acting United States Attorney

18

19                                             JEFF SCHENK
                                               JOHN C. BOSTIC
20                                             ROBERT S. LEACH
                                               KELLY I. VOLKAR
21                                             Assistant United States Attorneys

22

23

24   DATED: 10/1/2021

25                                             KEVIN DOWNEY
                                               LANCE WADE
26                                             KATHERINE TREFZ
                                               Attorneys for Defendant Elizabeth Holmes

27

28

JOINT TRIAL STIPULATIONS
CASE NO. 18-258 EJD                    3