UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH A. HOLMES,<br><br>Defendant. | Case No. 5:18-cr-00258-EJD-1<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE NATHANAEL COUSINS**<br><br>Re: Dkt. No. 1056 |

The "Motion to Intervene for the Limited Purpose of Moving to Exempt John Carreyrou From Witness Exclusion and Gag Order [Dkt. 824]," which was filed on October 1, 2021, Dkt. No. 1056, is referred to Magistrate Judge Nathanael Cousins. The October 18, 2021 hearing before the undersigned Judge is VACATED. Counsel shall contact Magistrate Judge Cousins' Courtroom Deputy to obtain a new motion hearing date.

**IT IS SO ORDERED.**

Dated: October 5, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER REFERRING MOTION

1