UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/5/2021
Time in Court: 8:13-9:13am, 9:16-11:08am,11:56am-1:12pm,1:39-2:18,2:26-3:16pm
**(TOTAL time: 4 hrs. 29 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 14)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, October 6, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1541,1556,1559,1562,5419,5418,5420,5421,5422
Defendants: 12607,13891, 13893,12764,7490,11000,9907,12587,1388,11004,13887,13756, 13753,13754,12913,12916,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1541,1556,1559,1562,5419,5418,5420,5421,5422**
Defendants: **12607 Redacted,13891, 13893,12764,7490,9907,12587,13888,13887,13756,13753, 13754,12913,12916**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: October 5, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:13 am | Court in session outside presence of Jury. Counsel and Defendant are present. |
| | | | Court addressing evidentiary issues with counsel |
| | | 9:13 am | Court takes recess |
| | | 9:24 am | Court in session. Counsel and Defendant are present. Jury seated |
| | CX | 9:25 am | Cross Examination of W#8 Adam Rosendorff resumes by Defense Counsel Lance Wade |
| | EX 1541 | | ADMITTED – Email Chain – From: Adam Rosendorff; To: Daniel Young; Subject: Low HDLs (Dated 2/19/2014) |
| | EX 1556 | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes et al., Subject: Emailing PA01458_PA1420 (Dated 2/21/2014) |
| | EX 1559 | | ADMITTED – Email Chain – From: Daniel Young; To: Mark Pandori; Subject: Morning HDL Study Tecan Dilution Results (Dated 2/22/2014) |
| | EX 1562 | | ADMITTED – Email Chain – From: Adam Rosendorff; To: Mark Pandori; Subject: Morning HDL Study Tecan Dilution Results (Dated 2/23/2014) |
| | EX 12607 | | ADMITTED – Designated portions only – Email Chain From: Adam Rosendorff; To: Elizabeth Holmes; Subject: Potassium (Dated 4/17/2014) |

| TRIAL DATE:<br>October 5, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  | EX 13891 |  | ADMITTED – Email Chain From: Adam Rosendorff; To: Subject: Meeting Minutes (Dated 5/21/2014) |
|  | EX 13893 |  | ADMITTED – Email Chain From: Daniel Young; To: Elizabeth Holmes; Subject: Re-update TSE Studies (Dated 5/23/2014) |
|  | EX 12764 |  | ADMITTED – Email Chain From: Sunny Balwani; To: Elizabeth Holmes; Subject: Customer Issue (Dated 9/23/2014) |
|  | EX 7490 |  | ADMITTED – Email Chain From: Sunny Balwani; To: Adam Rosendorff; Subject: Critical ISE's (Dated 10/27/2014) |
|  | EX 9907 |  | ADMITTED – Complaint Investigation Communication Report |
|  | EX 12587 |  | ADMITTED – Email Chain From: Adam Rosendorff; To: Daniel Young; Subject: CO2 (Bicarbonate) Issues (Dated 4/1/2014) |
|  | EX 13888 |  | ADMITTED – Email Chain Form: Adam Rosendorff; To: Sunny Balwani; Subjectc: Edison backlogs (Dated 6/12/2014) |
|  |  | 11:06 am | Jury excused for 45 mins recess and witness stands down |
|  |  | 11:07 am | Court in session outside presence of Jury |
|  |  | 11:08 am | Court takes recess 45 mins |
|  |  | 11:56pm | Court in session. Counsel and Defendant are present. Jury seated |
|  | CX |  | Cross examination resumes of W#8 |
|  | EX 11004 |  | IDENTIFICATION - |
|  | EX 13887 |  | ADMITTED – Clinical Laboratory License for Theranos, Inc. |
|  | EX 13756 |  | ADMITTED – Email Chain – Email From: Molly; To: Adam Rosendorff; Subject: Lab Director Role (Dated 9/30/20214) |
|  | EX 13753 |  | ADMITTED – Email From: Adam Rosendorff; To: Molly; Subject: Resume for Rosendorff (Dated 8/25/2014) |

3

| TRIAL DATE:<br>October 5, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 13754 | | ADMITTED – Adam Rosenberg Resume | |
| | EX 12913 | | ADMITTED – Invitae Offer of Employment Letter to Adam Rosenberg (Dated 11/12/2014) | |
| | EX 12916 | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani and Elizabeth Holmes; Subject: Resignation from Theranos (Dated 11/13/2014) | |
| | | 12:54pm | Jury and W#8 excused for a recess | |
| | | 12:55pm | Court in session outside presence of Jury taking up evidentiary issues as to W#8 | |
| | | 1:12 pm | Court takes recess 20 mins | |
| | | 1:39 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination resumes of W#8 | |
| | | 1:45 pm | Cross examination of W#8 concludes | |
| RDX | | 1:45 pm | Re-direct examination of W#8 begins by Government Counsel John Bostic | |
| | | 2:18 pm | Court takes recess 7 mins | |
| | | 2:26 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | | | Re-direct examination resumes of W#8 by Government Counsel John Bostic | |
| EX 5419 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Chinmay Pangarkar; Subject: hCG testing (Dated 6/5/2014) | |
| EX 5418 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: hCG testing (Dated 6/5/2014) | |
| EX 5420 | | | ADMITTED – Email Chain – From: Christian Holmes; To: Daniel Young; Subject: hcg delays in lab (Dated 6/13/2014) | |

| TRIAL DATE:<br>October 5, 2021 | | | REPORTER(S):<br>  Irene Rodriguez | CLERK:<br>  Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 5421 | | | ADMITTED – Email – From: Langly Gee; To: Sunny Balwani; Subject: Instrument Bring Up (Dated 6/25/2014) | |
| | | 3:03 pm | Jury takes 5 min break witness steps down | |
| | | 3:03 pm | Court takes recess 5 mins | |
| | | 3:10 pm | Court in session.  Counsel and Defendant present. Jury seated | |
| EX 5422 | | | ADMITTED – Email – From: Langly Gee; To: Sunny Balwani; Subject: Instrument Bring Up (Dated 6/28/2014) | |
| | | 3:15 pm | Court admonishes the Jury and Jury excused and witness excused to return tomorrow for further testimony | |
| | | 3:14 pm | Court in session outside presence of Jury taking up housekeeping matters | |
| | | 3:16 pm | Court adjourns | |
| | | | Further Jury trial scheduled for Wednesday, October 6, 2021 | |
| | | | | |