UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

Minute Order and Trial Log

Date:  10/6/2021
Time in Court: 8:35-8:49am, 8:57-9:06,9:25-9:35,9:38-11:18,11:57am-1:40pm,2:00-3:03pm
**(TOTAL time: 4 hrs. 59 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Lee-Anne Shortridge

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 15)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, October 12, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1113,4316,1295,5417
Defendants:

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1113,4316,1295,5417**
Defendants:

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

## TRIAL LOG

| TRIAL DATE:<br>October 6, 2021 | | | REPORTER(S):<br>Lee-Anne Shortridge | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:35 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court addresses evidentiary issues re next government witness | |
| | | | Court informs the parties of the Juror who has requested to speak with the Court | |
| | | 8:49 am | Court takes recess | |
| | | 8:57 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court address Juror #4 in the presence of Counsel and Defendant | |
| | | | Counsel addresses the Court re the issue of Juror #4 | |
| | | 9:05 am | Court excuses Juror #4 and activates Alt. 2 | |
| | | 9:06 am | Court takes recess | |
| | | 9:25 am | Court in session with Alt. 2 who was activated as Juror #4 requested to address the Court with concerns | |
| | | 9:33 am | Counsel addresses the Court re the concerns raised by newly activated Juror #4 | |
| | | | Counsel agree that Juror #4 should remain | |
| | | 9:35 am | Court takes recess | |

2

| TRIAL DATE: October 6, 2021 | | | REPORTER(S): Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:38 am | Court in session. Counsel and Defendant are present. Jury seated | |
| RDX | | 9:39 am | Re-direct examination of W#8 resumes by Government Counsel John Bostic | |
| EX 1113 | | | ADMITTED – Press Release: Theranos Selects Walgreens (Dated 9/9/2013) | |
| EX 4316 | | | ADMITTED – Email From: Daniel Young; To: Adam Rosendorff; Subject: Normandy Lab (Dated 12/3/2013) | |
| EX 1295 | | | ADMITTED – Email From: Sunny Balwani; To: Adam Rosendorff, et al., Subject: Normandy Lab (Dated 12/3/2013) | |
| EX 5417 | | | ADMITTED – Email Chain From: Sunny Balwani; To: Nicholas Menchel; Subject: Physician questioning results (Dated 7/19/2014) | |
| | | 11:06 am | Jury excused and witness stands down takes 45 mins break | |
| | | 11:07 am | Counsel addresses the Court re questioning of W#8 re re-direct examination | |
| | | 11:18 am | Court takes recess 45 mins. | |
| | | 11:57 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | 12:15pm | Court in session. Counsel and Defendant are present. Jury seated | |
| | | | Court reads instruction re the testimony stricken of W#8 | |
| | RCX | 12:16pm | Re-cross examination of W#8 begins by Defense Counsel Lance Wade | |
| | EX 13950 | | ADMITTED – Email From: Adam Rosendorff; To: Sunny Balwani; Subject: CLIA Lab Ops (Dated 6/14/2014) | |
| | | 1:11 pm | Re-cross examination concludes | |
| | | 1:11 pm | W#8 is excused | |
| | | | Government calls next witness | |

3

| TRIAL DATE:<br>October 6, 2021 | | | REPORTER(S):<br>Lee-Anne Shortridge | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | W#10 Steve Burd – Sworn | |
| DX | | | Direct examination of W#10 Steve Burd begins by Government Counsel Robert Leach | |
| EX 336 | | | ADMITTED – Power Point Presentation Re Theranos for the Safeway Board Meeting (Dated 5/19/2010) | |
| | | 1:40 pm | Court takes recess 20 min | |
| | | 2:00 pm | Court in session. Counsel and Defendant are present. Jury seated | |
| DX | | | Direct examination of W#10 resumes | |
| EX 370 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd, Robert Edwards; Subject: Theranos Financial Projections (Dated 7/30/2010) | |
| EX 378 | | | ADMITTED – Power Point Presentation Re Theranos for the Safeway Board Meeting (Dated 8/24/2010) | |
| EX 387 | | | ADMITTED – Theranos Master Purchase Agreement between Safeway and Theranos (Dated 9/20/2010) | |
| EX 423 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: FW Presentation for Tomorrow w/attachment (Dated 3/15/2011) | |
| EX 5426 | | | ADMITTED – Bank of America Fed Wire payment in the amount of $30 million from Safeway to Theranos (Dated 8/19/2011) | |
| EX 495 | | | ADMITTED – Convertible Note in the amount of $10 million for Safeway (Investor) to Theranos (Dated 12/30/2011) | |
| EX 496 | | | ADMITTED – Convertible Note in the amount of $15 million for Safeway (Investor) to Theranos (Dated 12/30/2011) | |
| EX 718 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Re: Phone Call to Discuss Schedule (Dated 12/18/2012) | |
| | | 3:00 pm | Court admonishes Jury and Jury is excused and witness stands down to return next week | |

| TRIAL DATE: October 6, 2021 | | | REPORTER(S): Lee-Anne Shortridge | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:02 pm | Court in session outside presence of Jury with Counsel and Defendant Housekeeping matters | |
| | | 3:03 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, October 12, 2021 at 9:00 a.m. | |