STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF KELLY I. VOLKAR IN SUPPORT OF UNITED STATES' NON-OPPOSITION TO JOHN CARREYROU'S EXEMPTION MOTION |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Date:  N/A<br>Time:  N/A<br>Court:  Hon. Nathanael M. Cousins |

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of Defendant Elizabeth Holmes' Initial Witness List, dated October 13, 2020. The government has redacted names from the witness list consistent with those redacted in Defendant's publicly filed witness list at ECF No. 1003.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendant Elizabeth Holmes' First Amended Witness List, dated August 10, 2021. The government has redacted names from the witness list consistent with those redacted in Defendant's publicly filed witness list at ECF No. 1003.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of text messages exchanged between Elizabeth Holmes and Ramesh "Sunny" Balwani, as contained in government trial exhibit 5387, which was provided to the government by a custodian of PricewaterhouseCoopers LLP and produced to defense counsel starting with Bates-stamp PRH_0000001.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on October 8, 2021.

DATED: October 8, 2021

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney

VOLKAR DECL. ISO U.S.' NON-OPP'N RE CARREYROU EXEMPTION MOTION,
CASE NO. 18-CR-258 EJD                     2