LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 13, 2020

<u>Via Email</u>

Mr. John C. Bostic, Esquire
Mr. Robert Leach, Esquire
Ms. Vanessa Baehr-Jones, Esquire
Mr. Jeffrey Schenk, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

Re: <u>United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani</u>
<u>No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

This letter provides the government with Ms. Holmes' initial witness list. This list is the defense's good faith effort to identify the witnesses it may call at trial, if it chooses to present a case-in-chief. Ms. Holmes reserves the right to revise and supplement this list in light of future developments in this case, including in light of the recent Rule 404(b) and Rule 16(a)(1)(G) disclosures, as well as the government's continued investigation of the case, provision of additional discovery, and outreach to additional witnesses, and rulings by the Court.

In addition to any witnesses the government has identified, the defense may call the following witnesses at trial:

1. Riley Bechtel
2. Stayce Beck
3. Fabrizio Bonnani
4. Tim Carroll
5. Yun Chan

WILLIAMS & CONNOLLY LLP

October 13, 2020
Page 2

    6. Shekar Chandrasekaran

    7. Sergio Chavez

    8. Tim Cooper

    9. Sue Desmond-Hellmann

    10. ▮▮▮▮▮▮

    11. Elizabeth Dickinson

    12. Jennifer Dooren

    13. Karen Dyer

    14. Kenneth Fisher

    15. William Foege

    16. William Frist

    17. Alberto Gutierrez

    18. Margaret Hamberg

    19. Peyton Hobson

    20. Sally Hojvat

    21. Mary Hole

    22. Chris Holmes

    23. Elizabeth Holmes

    24. Noel Holmes

    25. Penny Keller

    26. Richard Kovacevich

    27. Mark Laret

    28. Erez Levy

    29. John McChesney

    30. Mindy Mechanic

    31. ▮▮▮▮▮▮

    32. Katie Moran

    33. ▮▮▮▮▮▮

    34. Ian Pilcher

WILLIAMS & CONNOLLY LLP

October 13, 2020
Page 3

35. █████████
36. Brian Rodriguez
37. Mario Scussel
38. █████████
39. Jeff Shuren
40. Seema Singh
41. █████████
42. David Taylor
43. Sekhar Variam
44. Jarod Wada
45. █████████
46. Judith Yost

Sincerely,

Katie Trefz