LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

KATHERINE A. TREFZ
(202) 434-5038
ktrefz@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 10, 2021

<u>Via Email</u>

Mr. John C. Bostic, Esquire
Mr. Robert Leach, Esquire
Mr. Jeffrey Schenk, Esquire
Ms. Kelly I. Volkar, Esquire
Assistant United States Attorneys
United States Attorney's Office
Northern District of California
150 Almaden Blvd. Suite 900
San Jose, CA 95113

Re: <u>United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
No. CR-18-00258-EJD (N.D. Cal.)</u>

Dear Counsel:

This letter provides the government with Ms. Holmes' first amended witness list. This list is the defense's good faith effort to identify the witnesses it may call at trial, if it chooses to present a case-in-chief. Ms. Holmes reserves the right to revise and supplement this list in light of future developments in this case, the provision of additional discovery, outreach to additional witnesses, and rulings by the Court.

In addition to any witnesses the government has identified, the defense may call the following witnesses at trial:

1. Riley Bechtel
2. Stayce Beck
3. Fabrizio Bonnani
4. Tammy Burd
5. John Bostic

WILLIAMS & CONNOLLY LLP

August 10, 2021
Page 2

6. John Carreyrou
7. Tim Carroll
8. Yung Chan
9. Sergio Chavez
10. Tim Cooper
11. Sue Desmond-Hellmann
12. [Redacted]
13. Elizabeth Dickinson
14. Jennifer Dooren
15. [Redacted]
16. Karen Dyer
17. Susan Evans
18. Kenneth Fisher
19. William Foege
20. William Frist
21. Alberto Gutierrez
22. Margaret Hamburg
23. Peyton Hobson
24. Sally Hojvat
25. Mary Hole
26. Chris Holmes
27. Elizabeth Holmes
28. Terry Huff
29. [Redacted]
30. Penny Keller
31. [Redacted]
32. Richard Kovacevich
33. [Redacted]
34. Mark Laret

**WILLIAMS & CONNOLLY LLP**

August 10, 2021
Page 3

35. Robert Leach
36. Erez Levy
37. Christopher McCollow
38. Mindy Mechanic
39. Redacted
40. Michael Mugmon
41. Steve O'Neill
42. Redacted
43. Redacted
44. Redacted
45. Brian Rodriguez
46. George Scavdis
47. Jeffrey Schenk
48. Mario Scussel
49. Redacted
50. Jeff Shuren
51. Seema Singh
52. Kimberly Summe
53. Redacted
54. Redacted
55. Judith Yost
56. Government Attorneys LNU
57. Government Paralegal LNU
58. Automated Litigation Support Supervisor LNU
59. USAO Employee in the Automated Litigation Support Unit LNU
60. SEC Attorneys LNU
61. Summary Witness
62. Document Custodians from entities to be determined

WILLIAMS & CONNOLLY LLP

August 10, 2021
Page 4

Sincerely,

Katie Trefz