UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-00258 EJD (NC) |
|---|---|
| Plaintiff, | |
| v. | **ORDER REQUESTING RESPONSE FROM THE PARTIES AS TO MOTION TO INTERVENE BY JOHN CARREYROU** |
| ELIZABETH HOLMES, | |
| Defendant. | Re: Dkt. No. 1056 |

Journalist and proposed trial witness John Carreyrou has moved to intervene for the limited purpose of exempting him from the trial witness exclusion order in this case at Dkt. No. 824. The trial judge, District Court Judge Edward J. Davila, has referred the motion to me and I have set it for hearing by Zoom webinar on October 14, 2021, at 1:30 p.m. Holmes and the prosecution may respond to the motion by October 13. In their responses, they should consider this potential solution to Mr. Carreyrou's motion: treat him as an expert witness for purposes of the witness exclusion order. In other words, Mr. Carreyrou would not be excluded from the courtroom during testimony by other witnesses.

**IT IS SO ORDERED.**

Dated: October 8, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge