JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 | Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 | Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **JOINT STIPULATION REGARDING TRIAL EVIDENCE** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

JOINT STIPULATION REGARDING TRIAL EVIDENCE
CR-18-00258 EJD

The Parties stipulate and agree to the admission of the following exhibits into evidence: 9000; 9003; 9011; 9019; 9029; 9030; 9034; 9035; 9036; 9037; 9038; 9039; 9040; 9041; 9045; 9056; 9075; 9092; 9108; 9119; 9120; 9121; 9128; 9131; 9136; 9140; 9141; 9142; 9143; 9144; 9145; 9146; 9152; 9157; 9160; 9164; 9169; 9170; 9174; 9175; 9176; 9177; 9193; 9194; 9195; 9204; 9205; 9208; 9209; 9211; 9216; 9219; 9221; 9227; 9229; 9233; 9234; 9235; 9236; 9237; 9238; 9239; 9242; 9247; 9250; 9281; 9282; 9287; 9289; 9298; 9305; 9306; 9308; 9318; 9321; 9322; 9332; 9334; 9335; 9339; 9340; 9346; 9357; 9361; 9362; 9363; 9364; 9365; 9367; 9371; 9379; 9386; 9389; 9398; 9399; 9406; 9407; 9408; 9414; 9415; 10504.

DATE: 10/5/21

Respectfully Submitted,

_____
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

STEPHANIE M. HINDS
Acting United States Attorney

_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys

JOINT STIPULATION REGARDING TRIAL EVIDENCE
CR-18-00258 EJD