| Ex. # | Description | Date | Bates Begin | Bates End |
|---|---|---|---|---|
| 09000 | A1AT Development Report | 6/2013 | THPFM0005688357 | THPFM0005688388 |
| 09003 | Acetaminophen Development Report | 2012 | THPFM0005694637 | THPFM0005694650 |
| 09011 | AFP Development Report | 9/26/2012 | THPFM0005688328 | THPFM0005688346 |
| 09019 | Aldolase Development Report | | THPFM0005696099 | THPFM0005696110 |
| 09029 | Ammonia Development Report | | THPFM0005694778 | THPFM0005694784 |
| 09030 | Amphetamine Development Report | 2/2013 | THPFM0005688427 | THPFM0005688482 |
| 09034 | ANA Development Report | 2/10/2012 | THPFM0005688805 | THPFM0005688822 |
| 09035 | Anti-CMV Development Report | 3/11/2013 | THPFM0005689486 | THPFM0005689512 |
| 09036 | Anti-HAV Development Report | 6/27/2012 | THPFM0005688536 | THPFM0005688560 |
| 09037 | Anti-HAV IgM Ab Development Report | 6/27/2012 | THPFM0005689532 | THPFM0005689556 |
| 09038 | Anti-HBc Development Report | 4/12/2012 | THPFM0005688607 | THPFM0005688622 |
| 09039 | Anti-HBs Development Report | 4/12/2012 | THPFM0005688655 | THPFM0005688671 |
| 09040 | Anti-RNP Development Report | 9/21/2012 | THPFM0005688851 | THPFM0005688874 |
| 09041 | Anti-Scl70 Development Report | 2012 | THPFM0005688880 | THPFM0005688891 |
| 09045 | Anti-Thyroglobulin Ab Development Report | 3/9/2012 | THPFM0005688892 | THPFM0005688924 |
| 09056 | BAP Development Report | 7/2/1905 | THPFM0004689025 | THPFM0005689051 |
| 09075 | BNP Development Report | 6/11/2013 | THPFM0005688944 | THPFM0005688981 |
| 09092 | Cardiac Tropinin T Development Report | 2/6/2012 | THPFM0005689152 | THPFM0005689209 |
| 09108 | CK-MB Development Report | 11/18/2011 | THPFM0005689444 | THPFM0005689468 |
| 09119 | Cotinine - Serum Development Report | 12/3/2012 | THPFM0005689358 | THPFM0005689392 |
| 09120 | Cotinine - Urine Development Report | 12/3/2012 | THPFM0005689421 | THPFM0005689432 |
| 09121 | Creatine Kinase (CK) Development Report | 6/21/2012 | THPFM0005407399 | THPFM0005407411 |
| 09128 | CRP Development Report | 2/28/2008 | THPFM0005689052 | THPFM0005689059 |
| 09131 | Dengue Virus IgM Development Report | 11/5/2012 | THPFM0005689571 | THPFM0005689586 |
| 09136 | DHEAS Development Report | 6/2013 | THPFM0005689598 | THPFM0005689645 |
| 09140 | EBV-EA Development Report | | THPFM0005689712 | THPFM0005689730 |
| 09141 | EBV-IgG Development Report | 4/10/2012 | THPFM0005690039 | THPFM0005690061 |
| 09142 | ENA - JO-1 Development Report | 09/2012 | THPFM0005689743 | THPFM0005689757 |
| 09143 | ENA - SSA Development Report | 5/18/2012 | THPFM0005689862 | THPFM0005689878 |
| 09144 | ENA - SSB Development Report | 3/11/2013 | THPFM0005689891 | THPFM0005689913 |
| 09145 | ENA-78 Development Report | 3/23/2008 | THPFM0005689807 | THPFM0005689822 |
| 09146 | ENA-SM Development Report | 6/21/2012 | THPFM0005689835 | THPFM0005689849 |
| 09152 | Eotaxin Development Report | | THPFM0005689976 | THPFM0005689998 |
| 09157 | Estradiol Development Report | 8/20/2010 | THPFM0005690107 | THPFM0005690131 |
| 09160 | Estriol Development Report | 2/28/2012 | THPFM0005690283 | THPFM0005690326 |
| 09164 | Ethyl Glucuronide (EtG) Development Report | 11/6/2012 | THER-3877131 | THER-3877152 |
| 09169 | Ferritin Development Report | 2/11/2012 | THPFM0005690351 | THPFM0005690372 |

| | | | |
|---|---|---|---|
| 09170 | Folate Development Report | 3/2013 | THPFM0005690385 | THPFM0005690438 |
| 09174 | Free Testosterone Development Report | 1/2/2012 | THPFM0005692625 | THPFM0005692647 |
| 09175 | FSH Development Report | 7/22/2010 | THPFM0005690627 | THPFM0005690643 |
| 09176 | FT3 Development Report | 4/15/2011 | THPFM0005694174 | THPFM0005694212 |
| 09177 | FT4 Development Report | 7/5/2011 | THPFM0005693116 | THPFM0005693155 |
| 09193 | HBsAg - Original Development Report | 10/3/2012 | THPFM0005690823 | THPFM0005690847 |
| 09194 | hCG - Serum Development Report | 5/22/2010 | THPFM0005691070 | THPFM0005691102 |
| 09195 | hCG - Urine Development Report | 9/28/2012 | THPFM0005691139 | THPFM0005691156 |
| 09204 | Helicobacter Pylori IgG Development Report | 12/2012 | THPFM0005690869 | THPFM0005690886 |
| 09205 | Hemoglobin Development Report | 11/30/2010 | THPFM0005695474 | THPFM0005695493 |
| 09208 | Hepatitis C Development Report | | THPFM0005690912 | THPFM0005690924 |
| 09209 | Hepatitis C Feasibility Report | 12/9/2011 | THPFM0005690925 | THPFM0005690944 |
| 09211 | Heterophile Development Report | 8/29/2012 | THPFM0005690946 | THPFM0005690965 |
| 09216 | HIV-1 Antibody Development Report | | THER-2722724 | THER-2722732 |
| 09219 | HIV-1 p24 Development Report | | THER-2722715 | THER-2722723 |
| 09221 | HIV-2 Assay Development Report | | THER-3095995 | THER-3096004 |
| 09227 | HSV-1 IgG Development Report | 4/17/2013 | THPFM0005688725 | THPFM0005688751 |
| 09229 | HSV-2 IgG Development Report | 2/4/2013 | THPFM0005688779 | THPFM0005688801 |
| 09233 | Human IgD Development Report | 2/2013 | THPFM0005691161 | THPFM0005691197 |
| 09234 | Human IgG Development Report | 11/2012 | THPFM0005691287 | THPFM0005691325 |
| 09235 | Human IgM Development Report | 2/2013 | THPFM0005691228 | THPFM0005691266 |
| 09236 | IFNg Development Report | 4/14/2010 | THPFM0005691385 | THPFM0005691387 |
| 09237 | IL-10 Feasibility Report | | THPFM0005691436 | THPFM0005691483 |
| 09238 | IL-12 Feasibility Report | | THPFM0005691485 | THPFM0005691509 |
| 09239 | IL-8 Feasibility Report | | THPFM0005691518 | THPFM0005691560 |
| 09242 | Immunoglobulin E Development Report | 5/1/2013 | THPFM0005691585 | THPFM0005691602 |
| 09247 | Influenza A Development Report | 11/28/2012 | THPFM0005691613 | THPFM0005691621 |
| 09250 | Influenza B Development Report | 11/28/2012 | THPFM0005691655 | THPFM0005691668 |
| 09281 | Luteinizing Hormone Development Report | 11/29/2011 | THPFM0005691703 | THPFM0005691732 |
| 09282 | Lyme Ab Development Report | 9/12/2011 | THPFM0005691836 | THPFM0005691871 |
| 09287 | Marijuana (THC) Assay Development Report | 7/2/2012 | THER-2951191 | THER-2951226 |
| 09289 | Methadone Development Report | 2/21/2013 | THER-2945390 | THER-2945421 |
| 09298 | Opiate Development Report | 5/2/2013 | THPFM0005444350 | THPFM0005444379 |
| 09305 | Parathyroid Hormon (PTH) Development Report | 9/18/2012 | THER-6309801 | THER-6309844 |
| 09306 | Parvovirus Human IgG Feasibility Report | 2/12/2013 | THPFM0005445024 | THPFM0005445050 |
| 09308 | Phencyclidine (PCP) Development Report | 11/20/2012 | THER-2681456 | THER-2681484 |
| 09318 | Prealbumin Assay Development Report | | THER-3877292 | THER-3877309 |
| 09321 | Progesterone Development Report | | THPFM0005691877 | THPFM0005691889 |

| | | | | |
|---|---|---|---|---|
| 09322 | Prolactin Development Report | 7/28/2011 | THPFM0005691958 | THPFM0005691981 |
| 09332 | RANTES Development Report | | THPFM0005692056 | THPFM0005692074 |
| 09334 | RF IgA & IgG Development Report | 4/2012 | THPFM0005692115 | THPFM0005692149 |
| 09335 | RF IgM Development Report | 9/24/2012 | THPFM0005692197 | THPFM0005692221 |
| 09339 | Rubella IgG Development Report | 2/25/2011 | THPFM0005692259 | THPFM0005692283 |
| 09340 | Rubella IgM Development Report | 10/15/2012 | THPFM0005692309 | THPFM0005692339 |
| 09346 | SHBG - Original Development Report | | THPFM0005692382 | THPFM0005692398 |
| 09357 | Strep A Development Report | 10/18/2011 | THPFM0005692460 | THPFM0005692486 |
| 09361 | Syphillis Development Report | 10/10/2011 | THPFM0005692509 | THPFM0005692533 |
| 09362 | T Uptake Development Report | 9/6/2011 | THPFM0005692841 | THPFM0005692871 |
| 09363 | T. Cruzi Development Report | 9/26/2012 | THPFM0005692548 | THPFM0005692561 |
| 09364 | TARC Development Report | 4/1/2009 | THPFM0005692570 | THPFM0005692589 |
| 09365 | Testosterone Development Report | 11/10/2011 | THPFM0005692665 | THPFM0005692706 |
| 09367 | Thyroglobulin Development Report | | THPFM0005692825 | THPFM0005692840 |
| 09371 | TNFa (Tumor Necrosis Factor) Development Validation Report | 12/10/2008 | THPFM0005693375 | THPFM0005693375 |
| 09379 | Total PSA Development Report | | THPFM0005692042 | THPFM0005692055 |
| 09386 | TPO Development Report | 5/14/2012 | THPFM0005692892 | THPFM0005692913 |
| 09389 | Transferrin (TRF) Development Report | 12/5/2012 | THPFM0005693391 | THPFM0005693421 |
| 09398 | TT3 Development Report | | THPFM0005694241 | THPFM0005694261 |
| 09399 | TT4 Development Report | | THPFM0005693353 | THPFM0005693373 |
| 09406 | Valproic Acid Development Report | | THPFM0005694263 | THPFM0005694284 |
| 09407 | Vancomycin Development Report | 9/12/2012 | THPFM0005694286 | THPFM0005694310 |
| 09408 | Vitamin B12 Development Report | 1/2/2013 | THPFM0005694397 | THPFM0005694429 |
| 09414 | VZV IGG Development Report | 3/23/2011 | THPFM0005694334 | THPFM0005694358 |
| 09415 | West Nile Development Report | 9/17/2012 | THPFM0005694466 | THPFM0005694480 |
| 10504 | Vitamin D Development Report | | THPFM0005687394 | THPFM0005687410 |