JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT OCTOBER 14, 2021 MOTION HEARING RE: MS. HOLMES' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA; MR. PARLOFF'S MOTION TO QUASH SUBPOENA; AND MR. CARREYROU'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF MOVING TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND GAG ORDER**<br><br>Hon. Nathanael Cousins |

DEFENDANT'S WAIVER OF PRESENCE AT OCTOBER 14, 2021 MOTION HEARING
CR-18-00258 EJD

1

The undersigned defendant hereby waives the right to be present in court upon the motion hearing scheduled for October 14, 2021 at 1:30 PM regarding Ms. Holmes' Motion to Compel Compliance with Subpoena issued to Roger Parloff (Dkt. 1028); Mr. Parloff's Motion to Quash Subpoena (Dkt. 1063); and John Carreyrou's Motion to Intervene for the Limited Purpose of Moving to Exempt John Carreyrou from Witness Exclusion and Gag Order (Dkt. 1056). The undersigned defendant further agrees that her interests will be deemed represented at the October 14, 2021 hearing by the presence of her attorneys, the same as if the defendant herself were personally present in court.

DATED: October 11, 2021

_____
ELIZABETH HOLMES

DATED: October 11, 2021

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2021 a copy of this filing was delivered via ECF on all counsel of record.

JOHN D. CLINE
Attorney for Elizabeth Holmes