1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   WILLIAMS & CONNOLLY LLP
6  725 Twelfth Street, NW
   Washington, DC 20005
7  Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DEFENDANT ELIZABETH HOLMES' NOTICE OF FILING** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DEFENDANT'S NOTICE OF FILING
CR-18-00258 EJD

1  PLEASE TAKE NOTICE that Defendant Elizabeth Holmes hereby files the documents attached
2  to and referenced in her counsel's October 4, 2021 email to the Court regarding the cross-examination of
3  Dr. Adam Rosendorff.  The documents and email are attached as Exhibits 1 through 9 to the Declaration
4  of Lance A. Wade filed contemporaneously with this notice. Exhibits 2 and 3 were provided to the Court
5  and government counsel in hard copy on September 28, 2021.  Exhibits 4 through 9 were attached to the
6  October 4, 2021 email copying government counsel.  The email itself is attached as Exhibit 1.

8  DATED: October 11, 2021

11  /s/ Lance Wade
    KEVIN DOWNEY
12  LANCE WADE
    AMY MASON SAHARIA
13  KATHERINE TREFZ
    Attorneys for Elizabeth Holmes

DEFENDANT'S NOTICE OF FILING
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Lance Wade
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

DEFENDANT'S NOTICE OF FILING
CR-18-00258 EJD