| | |
|---|---|
| 1 | JOHN D. CLINE (CA State Bar No. 237759) |
|   | 50 California Street, Suite 1500 |
| 2 | San Francisco, CA 94111 |
|   | Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263 |
| 3 | Email: cline@johndclinelaw.com |
| 4 | KEVIN M. DOWNEY (Admitted Pro Hac Vice) |
|   | LANCE A. WADE (Admitted Pro Hac Vice) |
| 5 | AMY MASON SAHARIA (Admitted Pro Hac Vice) |
|   | KATHERINE TREFZ (CA State Bar No. 262770) |
| 6 | WILLIAMS & CONNOLLY LLP |
|   | 725 Twelfth Street, NW |
| 7 | Washington, DC 20005 |
|   | Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029 |
| 8 | Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com |
| 9 | Attorneys for Defendant ELIZABETH A. HOLMES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
|   Plaintiff, | ) | |
|   | ) | **DECLARATION OF LANCE A. WADE IN** |
|   v. | ) | **SUPPORT OF MS. HOLMES' NOTICE OF** |
|   | ) | **FILING** |
| ELIZABETH HOLMES and | ) | |
| RAMESH "SUNNY" BALWANI, | ) | Hon. Edward J. Davila |
|   Defendants. | ) | |

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES' NOTICE OF FILING
CR-18-00258 EJD

I, LANCE A. WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Notice of Filing. I attest to the following facts upon which the Notice relies.

2. Attached to this declaration are nine exhibits.

3. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of an October 4, 2021 email from Lance Wade to the Court concerning the cross-examination of Dr. Adam Rosendorff, copying government counsel, redacted to protect non-public information.

   b. Exhibit 2 is a true and correct copy of the September 25, 2020 Memorandum of Interview of Dr. Adam Rosendorff, Bates-Stamped US-REPORTS-0018851, redacted to protect confidential information.

   c. Exhibit 3 is a true and correct copy of a December 16, 2020 Memorandum of Interview of Dr. Adam Rosendorff, Bates-Stamped US-REPORTS-0025225, filed under seal pursuant to this Court's Protective Order. Dkt. 879.

   d. Exhibit 4 is a true and correct copy of Defense Exhibit 13427, an August 28, 2017 article entitled "50,000 Patients to Retest After Invitae Finds Errors."

   e. Exhibit 5 is a true and correct copy of Defense Exhibit 13731, a February 19, 2021 "Public Health Laboratory State Inspection-Condition Level Deficiencies-Immediate Jeopardy" letter to Adam Rosendorff from the California Department of Public Health.

   f. Exhibit 6 is a true and correct copy of Defense Exhibit 13930, an October 27, 2016 email from Dr. Adam Rosendorff, filed under seal pursuant to this Court's Protective Order. Dkt. 879.

   g. Exhibit 7 is a true and correct copy of Defense Exhibit 13931, a May 6, 2021 "Notice of Condition-Level Deficiencies Immediate Jeopardy" letter to Dr. Adam Rosendorff from the Centers of Medicare & Medicaid Services ("CMS"), redacted to protect confidential information.

   h. Exhibit 8 is a true and correct copy of Defense Exhibit 13942, a July 6, 2021

1  "Notice of Proposed Sanctions" to Dr. Adam Rosendorff from CMS, redacted to protect confidential information.

      i.    Exhibit 9 is a true and correct copy of Defense Exhibit 13943, a July 6, 2021 email from Karen Fuller to Gary Yamamoto, redacted to protect confidential information.

4.    Exhibits 2 and 3 were provided to the Court and government counsel in hard copy on September 28, 2021.

5.    Exhibits 4 through 9 were attached to defense counsel's October 4, 2021 email to the Court, copying government counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 11th day of October 2021 in San Jose, CA.

*[signature]*

LANCE A. WADE
Attorney for Elizabeth Holmes

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES' NOTICE OF FILING
CR-18-00258 EJD

2