# EXHIBIT 1

**From:** Wade, Lance <LWade@wc.com>
**Date:** Monday, Oct 04, 2021, 5:08 PM
**To:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>, Adriana Kratzmann ███████████████████████ CRD EJD <EJDCRD@cand.uscourts.gov>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>, Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>, Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>, Downey, Kevin <KDowney@wc.com>, Trefz, Katherine <KTrefz@wc.com>
**Subject:** RE: U.S. v. Holmes, 18cr258 - request for brief hearing tomorrow

Ms. Kratzmann,

The following documents are relevant background materials for the testimony we may seek to elicit relating to Dr. Rosendorff's post-Theranos employment. We will likely <u>not</u> seek to offer many of these documents into evidence.

- TX 11006 (Yellow Binder, Vol. 2)
- TX 11007 (Yellow Binder, Vol. 2)
- Attached exhibits:
    - 13930
    - 13427
    - 13731
    - 13941
    - 13942
    - 13943

We will address tomorrow why we think this testimony is admissible under 401, 608(b), and for bias. **For planning purposes, we can avoid addressing these issues until after the lunch break, if that makes matters easier for the Court.**

Respectfully,

Lance Wade

**Lance Wade**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com | www.wc.com/lwade

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Monday, October 4, 2021 4:47 PM
**To:** Adriana Kratzmann ███████████████████████████████ CRD EJD <EJDCRD@cand.uscourts.gov>
**Cc:** Schenk, Jeffrey (USACAN) <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Volkar, Kelly (USACAN) <Kelly.Volkar@usdoj.gov>; Downey, Kevin <KDowney@wc.com>; Wade, Lance <LWade@wc.com>; Trefz, Katherine <KTrefz@wc.com>
**Subject:** U.S. v. Holmes, 18cr258 - request for brief hearing tomorrow

Good afternoon Ms. Kratzmann,

The parties have met and conferred regarding some topics the defense may cover in the remainder of its cross-examination of Dr. Rosendorff, and have been unable to reach agreement. In particular, the parties disagree regarding the admissibility of certain details regarding Dr. Rosendorff's employment post-Theranos. If the Court is amenable, we would appreciate the chance to be heard on this issue before the defense raises these topics with Dr. Rosendorff. The parties are available at 8:00 a.m. tomorrow to address the matter, or at any time convenient for the Court.

I understand defense counsel may follow up to transmit or cite specific exhibits it is considering introducing so that the Court can have that context.

Regards,
John

**JOHN C. BOSTIC**
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
██████████████ | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov