# EXHIBIT 2

DX 11006

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 2204323-MF |
| PERSON INTERVIEWED | : | Adam Rosendorff |
| PLACE OF INTERVIEW | : | Telephonic |
| DATE OF INTERVIEW | : | September 25, 2020 |
| TIME OF INTERVIEW | : | 10:15 A.M. |

On September 25, 2020, Adam Rosendorff (ROSENDORFF) was interviewed telephonically by Assistant United States Attorney John Bostic and me. The purpose of the interview was to learn about ROSENDORFF's professional experience as the director of a clinical laboratory. Rees Morgan was present as ROSENDORFF's counsel. The following is a summary of the statements made during the interview.

ROSENDORFF is currently Medical Director and CLIA [Clinical Laboratory Improvement Amendments] Laboratory Director of record at Millennium. Millennium is a clinical toxicology laboratory that also conducts genetic analyses. As medical director, ROSENDORFF is responsible for ensuring testing is accurate and precise, reviewing quality control (QC) and quality assurance (QA), conducting proficiency testing through the College of American Pathologists (CAP), examining test result trends to determine if QC is meeting specifications, and interpreting urine and drug testing reports as necessary. ROSENDORFF is not involved with Millennium's genetic analyses.

Prior to Millennium, ROSENDORFF was Laboratory Director for Invitae, a CAP accredited clinical laboratory that conducted genetic analyses for cancers and other hereditary conditions. ROSENDORFF's responsibilities at Invitae were the same as with Millennium, with the exception that he also was signatory on patient reports. Invitae was a CAP deemed organization and reported its lab findings to CLIA. CAP had higher standards than CLIA and had an area checklist that laboratories had to abide by. While at Invitae, ROSENDORFF was also part time lab director for Precision Diagnostics, a COLA accredited laboratory. CAP and COLA were functionally the same. As laboratory director, he did not personally document individual lab reports. ROSENDORFF reported to CEO Miguel Gallego.

ROSENDORFF was Laboratory Director for Children's Hospital-University of Pittsburgh before his employment at Theranos, and reported to pathologists Alan Wells and Miguel Reyes.

ROSENDORFF is board certified in laboratory medicine/clinical pathology. He has taken continuing education courses to maintain his medical license, and regularly reviews articles in the *New England Journal of Medicine* and other toxicology based publications. ROSENDORFF has attended very few professional conferences.

ROSENDORFF treated patients as part of his medical residency, but not since that time and not in a clinical setting. His conclusions and opinions are based on his education and training, residency, and laboratory experience. While at Children's Hospital, he often interacted with clinical physicians and came to understand the use of patient clinical lab testing.

US-REPORTS-0018851

As lab director for Children's Hospital, ROSENDORFF was responsible for reviewing and approving validation reports. Any assay that is going to be used for patient care needs to be validated to CLIA performance standards of accuracy, precision, linearity, upper limit of detection, lower limit of detection, and sensitivity. A validation report must be approved and signed before the assay can be used clinically. Validation must be done for all assays, but not for an assay that is run on multiple devices if those devices are comparable with each other. Proficiency testing post-validation continues to ensure the assay is meeting performance specifications, while quality control is used on a daily or shift-basis to determine if a device is "drifting." QC standards are determined by CAP checklist and the Clinical & Laboratory Standards Institute (CLSI) for any lab operating under good lab practices.

Laboratory directors must be familiar with the laws that govern laboratory operations which are outlined in CLIA regulations and the Code of Federal Regulations. Some states have state-specific laws. For example, New York State requires labs to meet specific regulations in order to run samples from patients that reside in New York. The lab director may delegate responsibility for maintaining compliance with state regulation to a QA manager. Lab directors oversee lab staff, but may delegate staffing duties and other logistic responsibilities to a lab manager and operations vice president. Ultimately, the laboratory director has the highest authority in the lab.

Theranos' QA manager was Langley Gee.

ROSENDORFF estimated that while acting as lab director, the clinical laboratories he directed ran hundreds of thousands of assays. In his professional capacity, ROSENDORFF estimated he has personally reviewed thousands of lab results covering a wide variety of tests, including some of the most common tests run in clinical chemistry, toxicology, genetics, and immunology. As lab director, his ultimate goals were to run the lab smoothly, generate results that were of clinical use, ensure device calibrations were set, ensure QC was in range, review critical values to ensure no pre-analytic issues caused the result, and ensure that results are accurate and precise.

Dilution of samples was disadvantageous because the Theranos process diluted samples below the Siemens device's lower level of quantitation (LLOQ). LLOQ was the value where the device could reliably measure while limit of detection (LOD) was the value at which the device produced a signal. These measurements are different. ROSENDORFF explained the Siemens instrument was qualified to measure values per the manufacturer. The manufacturer calculated the device's LLOQ by using samples of known concentrations that were diluted and run in an assay. Results were measured and error was calculated. Chemistry, hardware, and reagents were all integrated into the process of producing a result. Theranos processes were "breaking the system" to measure values lower than the LLOQ. ROSENDORFF said it was well known in the clinical lab community that, "The lower the value, the greater the error." Dilution made assays less effective.

Dilution issues can also be exacerbated by device bias, and ROSENDORFF identified ion selective electrode (ISE) and lipids as assays that suffered from this. ROSENDORFF stated a device could be validated to run assays which returned results lower than the device's standard LLOQ. Theranos struggled to revalidate ISE assays as the results kept dropping below the analytic measurement range. ROSENDORFF observed this while at Theranos but had no explanation for these observations. Theranos lipid assays run on different devices, including the modified Advia, returned different results.

US-REPORTS-0018852

CMP, CBC, Vitamin D, HbA1c, TSH, PSA, and bicarbonate are assays that are commonly run as part of normal metabolic panels. These are not esoteric tests.

Proficiency testing was a method to measure the ability of a lab to return an accurate result. The process relied on peers running the same analyte on the same type of analyzers. Success was measured by returning a measurement that was within two standard deviations from the results of the lab's peer group. Proficiency testing was conducted on an ongoing basis three times per year. An unsatisfactory grade required the lab to conduct a review to determine the cause of the error. Two failures required the lab to discontinue patient testing for that test. Ungraded results required the lab to conduct an alternate assessment of proficiency (AAP). ROSENDORFF believed that CLIA and CAP regulations, as well as industry standard practice, guided proficiency testing schedules and consequences for failures. ROSENDORFF's knowledge of proficiency testing is based on his work in the industry, discussions with coworkers and experienced laboratory supervisors, and review of related publications.

Proficiency testing samples, including those sent by CAP, are artificial samples containing a certain concentration of the analyte to be measured. The concentration is known to CAP, but unknown to the lab that is supposed to conduct the analysis. These samples are shipped to a lab and its peer group at the same time and are supposed to be measured in the same manner as a regular patient sample. Labs cannot discuss results with each other—that can result in a lab shutdown. The samples are run and results submitted to CAP for grading. Labs cannot self-judge their ability to measure a proficiency testing sample. Most of ROSENDORFF's experience with proficiency testing was with CAP, which has been the testing entity for Children's Hospital, Precision Diagnostics, Invitae, and Millennium. There are other companies and entities, such as the State of New York, that conduct proficiency testing.

ROSENDORFF said CAP samples are designed to be stable and are reliable and consistent when analyzed on FDA devices in the manner they were designed to be run. Theranos laboratory developed tests [LDT's] may not have been an appropriate manner to run CAP samples and may have required alternate proficiency testing. ROSENDORFF was asked to recall an incident where Sunny Balwani (BALWANI) suggested CAP samples sent to Theranos had degraded or were bad. ROSENDORFF stated it was possible the samples had degraded, but unlikely, and that he did not share BALWANI's conclusion. CAP samples can go bad if they are not stored correctly, and ROSENDORFF had a general recollection of a CAP sample going bad in his prior work experience. However, a lab can request a new sample to run. Regarding the incident at Theranos, ROSENDORFF remembered agreeing with Daniel Young's (YOUNG) assessment that there were matrix effects that affected Theranos ability to run the CAP sample and that an alternate proficiency assessment was appropriate.

Proficiency testing for LDT's would have involved using patient or QC samples of known concentrations. The samples would have been run using regular methods to determine a measurement, and then diluted and provided to laboratory staff for analysis. ROSENDORFF defined a challenge as a sample with a known concentration. To successfully pass proficiency testing, Theranos would have had to pass four of five challenges where the result was within 20% of the actual value. ROSENDORFF described Theranos' proficiency testing as shoddy and inconsistent, and he said AAP was long overdue. ROSENDORFF believed that if AAP had been implemented at Theranos, he would have been more confident with the results the lab generated. He could not say whether Theranos would have performed better or worse. The reason

US-REPORTS-0018853

ROSENDORFF resigned was because proficiency testing was not conducted at the required frequencies.

CLIA dictates proficiency testing should be done using the most common method performed at the lab, which for Theranos, was fingerstick blood samples. Theranos tested venous blood on predicate devices.

ROSENDORFF thought resistance to proficiency testing was because BALWANI did not believe it was important and did not devote resources to the complete it. ROSENDORFF also thought BALWANI did not understand the difference between QC and proficiency testing. QC is performed either daily or by shift to determine if the instrument is performing to specifications. Proficiency testing is done three times per year.

Theranos conducted quality control before patient samples were run using commercial QC material purchased from BioRad. QC was run every day on every analyzer, including the Edison devices. Sometimes Edison and predicate devices failed QC, and would either need to be recalibrated or removed from service. A device that failed QC for one analyte, but passed for another, could still be used for that analyte that passed. Once devices were serviced, and passed QC, they could be used to run patient samples. ROSENDORFF observed the Edison devices failed QC at significantly higher rates, ranging from 5% for some assays to 20% for others. In comparison, the Advia failed QC, for any given assay for which it was operated correctly, 1% of the time. His observations and conclusions were based on his prior work experience.

ROSENDORFF did not know how Theranos devices that failed QC and were removed from service were identified.

Quality assurance was a more broad concept that put quality systems in place and monitored test performance over time. Quality control was a daily measurement.

Critical results are supposed to be reported by the laboratory director or a trained clinical laboratory scientist (CLS). These positions met the legal requirements and had the necessary lab training to complete the task. BALWANI, whose background was in software, was not qualified to review critical values. ROSENDORFF said he was less concerned about YOUNG's involvement in reviewing critical values because YOUNG was involved with the data analyses. Critical results should not be voided as potential erroneous results because that process may hide truly critical values. These results must be interpreted with a physician or patient harm may result. ROSENDORFF said patients may have been harmed by Theranos, but his concern was tempered because the typical Theranos patient walked into a Walgreens to have their blood tested and were probably healthy overall. These patients were not from hospitals.

ROSENDORFF stated the lab director has ultimate responsibility to ensure lab results are accurate, reliable, and appropriate for patient care. The lab director is also responsible for operating a lab as prescribed by CLIA regulation. To do that, the lab director must delegate certain functions to laboratory supervisors, and may seek the advice from lab employees in certain discrete areas where that person may have more specific knowledge. A lab director cannot review every result and must trust that the other lab personnel make decisions based on their best judgement and that the systems are working. A lab director can trust lower level employees because the director must also make sure lab personnel are qualified for their positions. The lab director's authority or decisions, regarding medical issues, cannot be overruled, especially by a superior that lacks a medical background. ROSENDORFF said it

US-REPORTS-0018854

would be inappropriate for a "business person," such as a CEO, to overrule a lab director's decision. He believed that authority is derived from CLIA regulation. A laboratory director's decisions are made based on their medical education and training, and their experience running a clinical lab.

ROSENDORFF said a clinical lab must be transparent about their testing, to include what devices are used. This information would have been important for a physician to understand a result. ROSENDORFF also said a lack of transparency could have created problems for patients that are tracking their historical test results. HbA1c was notorious for returning different results based on what device is used to conduct the assay.

ROSENDORFF said that voiding results, such as for abnormal bicarbonate results, could have masked actual abnormal patient results. A lab director must assess the pre-analytic conditions of a sample to determine if some outside force effected the sample. For bicarbonate, ROSENDORFF said Theranos samples were exposed to $CO_2$ which changed the assay result. ROSENDORFF said the Theranos bicarbonate assay was not useful and they never solved the issue.

ROSENDORFF said there was pressure at Theranos to view fingerstick blood and venous blood as equivalent, but he did not. These samples required collection specific reference ranges. Capillary blood may have more glucose, whereas glucose in venous blood tended to be metabolized. Cell lysis also presented problems for blood collected by fingerstick, but did not affect reference ranges. Cell lysis compromised the sample and ROSENDORFF said there was no way to compensate for a sample contaminated with $K^+$. LDL levels were also affected by cell lysis as there was more LDL in red blood cells than serum. Edema or excess interstitial fluid on a person's fingertips could have also affected the results derived from fingerstick blood.

Reference ranges described the range of results plus or minus two standard deviations from the mean in a healthy population. ROSENDORFF reiterated his belief that Theranos should have used separate reference ranges for each sample type. He spoke with Elizabeth Holmes about his concerns but felt she did not care. Ultimately, Theranos created new reference ranges based on their testing results.

ROSENDORFF said BALWANI wanted capillary drawn blood treated the same way as venous blood when run on fingerstick assays. ROSENDORFF said you cannot assume the samples are the same.

Running a proficiency sample multiple times was not permitted. The samples must be run as they would have been normally processed. Only those samples that produced critical values could be re-run. It was not good laboratory practice to run a sample multiple times.

ROSENDORFF stated Theranos' six tip design ran assays in parallel and returned the average result. This design and device operation was distinct from running a sample multiple times. Theranos had to develop rules to address outliers for tip specific results. He said the process was "not ideal." ROSENDORFF did not object to parallel testing, but after the fact stated it would have been better to run a sample only once. This conclusion was based on his opinion, and not a CLIA regulation.

ROSENDORFF stated that any single date followed by a "-" on his C.V. indicated that he was involved with that item for only that particular year.

US-REPORTS-0018855

The interview ended at 12:00 P.M.

Christopher McCollow                                    September 29, 2020

U.S. Postal Inspector                                   Date

Attachments:

- CV of Adam Rosendorff

US-REPORTS-0018856

# Adam  Rosendorff, MD

█████████████████████████████████████

## _EDUCATION AND TRAINING_

| | |
|---|---|
| 1988-1993 | **BA, BA Hons** University of the Witwatersrand, Johannesburg, South Africa |
| 1995-2000 | **MD** Mount Sinai School of Medicine, New York, NY |
| 2000-2005 | Brigham and Women's Hospital and Harvard University, Boston MA Postdoctoral fellowship in infectious diseases |
| 2005-2008 | **Resident in Clinical Pathology**, Brigham and Women's Hospital, Boston, MA |

## _APPOINTMENTS AND POSITIONS_

| | |
|---|---|
| 3/2020- | Part time laboratory director, COVID-19 lab, Color Genomics, Burlingame, CA |
| 12/2017- | Medical Director, Millennium Health, San Diego, CA |
| 1/2015-8/2017 | Laboratory Director, Invitae, San Francisco, CA |
| 1/2015-6/2016 | Laboratory Director, Precision Diagnostics, San Diego, CA (part-time) |
| 4/2013-12/2014 | Laboratory Director, Theranos Inc., Palo Alto, CA |
| 8/2008-4/2013 | Assistant Professor of Pathology, Department of Pathology, University of Pittsburgh, Laboratory Medical Director, Clinical Laboratories, Children's Hospital of Pittsburgh of UPMC, Pittsburgh, PA |
| | Founder and Director, Hemoglobin Diagnostics Service, UPMC. |

## PROFESSIONAL CERTIFICATION AND LICENSURE

| | |
|---|---|
| 2013- | California Medical License (C5591) |
| 2008- | Board Certification, Clinical Pathology (08-425) |
| 2013 | State of Arizona Medical License (Inactive) |
| 2008 | Pennsylvania Medical License (MD435621) (Inactive) |
| 2008 | Commonwealth of Massachusetts Medical License (Inactive) |

## MEMBERSHIPS IN PROFESSIONAL SOCIETIES

| | |
|---|---|
| 2015- | Association of Molecular Pathology |
| 2008- | American Society for Clinical Pathology (ASCP) |
| 2008- | College of American Pathologists (CAP) |
| 2008- | Society for Pediatric Pathology |
| 2007- | Academy of Clinical Laboratory and Physician Scientists (ACLPS) |

## _PRIZES AND AWARDS_

| | |
|---|---|
| 2009-2013 | Howard Hughes Medical Institute Physician-Scientist Early Career Award |
| 2002-2005 | Leukemia and Lymphoma Society (LLS), Grant Awardee (Fellow), |

# Adam  Rosendorff, MD

| | |
|---|---|
| 2000 | Morris B Bender Family Prize for Clinical Neurology, |
| 1998-1999 | Howard Hughes Medical Institute Research Training Fellowship |
| 1992- | Faculty of Arts Gold Medal, University of the Witwatersrand |
| 1988- | University Council Entrance Scholarship |

## INVITED REVIEWER ACTIVITY

| | |
|---|---|
| 2012- | Ad-Hoc Reviewer, Current Microbiology |
| 2012- | Ad-Hoc Reviewer, Cellular Physiology and Biochemistry (Karger) |
| 2011- | European Journal of Immunology |
| 2009- | Ad-Hoc Reviewer, Journal of Pediatric Pathology |
| 2008- | Reviewer, CDC Evaluation of Genomic Applications in Practice and Prevention (EGAPP™) grants, Atlanta, GA. |

## COMPLIANCE AND REGULATORY ACTIVITIES

| | |
|---|---|
| 2016- | Prepared Medicare/Palmetto Molecular Diagnostics Technical Assessment |
| 2015- | FDA presentation at invitation of E Mansfield, Gaithersburg, MD: NGS testing at Invitae. |
| 2015- | Successful NYS, CLIA inspections, granting of NYS and CLIA licensure for Invitae. |

## UNIVERSITY ACTIVITIES

| | |
|---|---|
| 2012- | Chair, Clinical Laboratory Standards Committee (CHP) |
| 2010- | Clinical Pathology Rotation Director:Pathology Residency (Junior Lab Director Program) and Pediatric Pathology Fellowship |
| 2009- | Physician representative, Executive Patient-Safety Committee (CHP) |
| 2008- | Member: Molecular Virology Program, UPCI |
| 2008- | Lecturer: Molecular Virology graduate course (Tumor Virology), UPCI and Hillman Cancer Center |
| 2001-2005 | Tutor, Infectious Diseases and Immunology course, Harvard Medical School |

## MEETINGS AND ABSTRACTS (2012)

2016-  European Society of Human Genetics, May 21st-24th, Barcelona, Spain McCalmon et.al. "SMRTer Confirmation": Scalable Clinical Read-through Variant Confirmation Using Pacific Biosciences' SMRT Sequencing Platform."

2015-  American Society of Human Genetics (ASHG) (forthcoming) October 6-10, Baltimore, MD Lincoln et. Al. "To confirm or not confirm, That is the Question: A rigorous approach to evaluating the importance of Sanger confirmation of NGS findings"

US-REPORTS-0018858

# Adam  Rosendorff, MD

2015-  NIST/ Genome in a Bottle (GIAB) Consortium Working Group, August 27-28[th] (participant)

2015-  ACMG Annual Clinical Genetics Meeting, Salt Lake City, Utah, March 25-28[th] (attendee).

2012-  International Conference on Oncogenic Herpesviruses and Associated Diseases, Philadelphia, PA, August 1-4, 2012) Epstein-Barr virus  (EBV) ZTA interacts with histone modifying proteins MLL2 and JMJD2C to create an epigenetic footprint favoring lytic replication Taylor GM and **Rosendorff A**

2012-  *Proteomics, Interactomes*. May 7-May 12, 2012, Stockholm, Sweden (Keystone Conferences) Epstein-Barr virus  (EBV) ZTA interacts with histone modifying proteins MLL2 and JMJD2C to create an epigenetic footprint favoring lytic replication Taylor GM and **Rosendorff A**

2012-  AACR "Mass Spectrometry in the Clinical Lab: Best Practices and Current Applications" September 6-7, Chicago, IL.

## *GRANT FUNDING*

2008-2014 Howard Hughes Medical Institute, Physician-Scientist Early Career Award

2002-2005 Leukemia and Lymphoma Society Early Career Award

## *PUBLICATIONS*

(1)  Ami P. Shah, M.D., M.P.H; Benjamin T. Cobb; Darla R. Lower, MT(ASCP); Nader Shaikh, M.D.; Jayne Rassmusen, MPM, MT(ASCP);  Alejandro Hoberman, M.D.; Ellen R. Wald, M.D.; **Adam Rosendorff, M.D.**; Robert W. Hickey, M.D. Enhanced vs. Automated Urinalysis for screening of Urinary Tract Infections in Children in the Emergency Department. (submitted *NEJM*)

(2)  **Adam Rosendorff,**  Comparison of CEDIA FK506 assay with HPLC/MS/MS in a large cohort of pediatric patients  (Am J Clin Pathol. 2013 Jun;139(6):788-92)

(3)  Maurer S, **Rosendorff A**  Hemoglobin Pittsburgh: Spurious hypoxemia by pulse oximetry due to a novel alpha-chain hemoglobin variant in a 12 year-old boy **(**submitted, *American Journal of Clinical Pathology*)

(4)  Activated Partial Thromboplastin Time is a Better Trending Tool in Pediatric ECMO Timothy M. Maul TM, Wolff EL, **Rosendorff A**, Morell VO and Wearden PD, Pediatr Crit Care Med. 2012 Nov;13(6):e363-71. doi: 10.1097/PCC.0b013e31825b582e.

(5)  Taylor GM, Raghuwanshi SK, Wadowsky R, Rowe DT **Rosendorff, A** Endoplasmic Reticulum Stress Causes EBV lytic replication Blood August 17, 2011

(6)  Davies ML, Xu S, Lyons-Weiler J, **Rosendorff A**, Webber SA, Wasil LR, Metes D, Rowe DT. (2010) Cellular factors associated with latency and spontaneous Epstein-Barr virus reactivation in B-lymphoblastoid cell lines. Virology. 400:53-67

US-REPORTS-0018859

# Adam  Rosendorff, MD

(7)     Garrido J, Maruo S, Takada K, **Rosendorff A** EBNA3C interacts with Gadd34  and counteracts the unfolded protein response. Virol J. 2009 Dec 29;6(1):231.

(8)     **Rosendorff, A** and Dorfman, DD Factor $V_{Leiden}$: a review Arch Pathol Lab Med. 2007 Jun;131(6):866-71.

(9)     Portal D, **Rosendorff A,** Kieff E Epstein-Barr nuclear antigen leader protein co-activates transcription through interaction with histone deacetylase 4. Proc Natl Acad Sci USA 2006 103(51): 19278-83.

(10)    **Rosendorff A**, Sakakibara S, Lu S, Kieff E, Xuan Y, DiBacco A, Shi Y, Shi Y and Gill G  NXP-2 association with SUMO-2 depends on lysines required for transcriptional repression. Proc Natl Acad Sci U S A. 2006 Apr 4;103(14):5308-13.

(11)    **Rosendorff A,** David G, Lin J, Kieff E and Johannsen E. EBNA3C coactivation with EBNA2 requires a SUMO homology domain. J Virol. 2004 Jan;78(1):367-77.

(12)    **Rosendorff A**, Ebersole BJ, Sealfon S. Conserved helix 7 tyrosine functions as an activation relay in the serotonin $5HT_{2C}$ receptor Brain Res Mol Brain Res. 2000 Dec 8;84(1-2):90-6.

(13)    Chu JL, Ramos P, **Rosendorff A**, Nikolic-Zugic J, Lacy E, Matsuzawa A, Elkon KB. "Massive upregulation of Fas ligand in lpr and gld mice: implications for Fas regulation and the graft-versus-host disease-like wasting syndrome." J. Exp. Med. 1995;181:393-398.

## _REFERENCES:_

Available upon request

4

US-REPORTS-0018860