# EXHIBIT 7

**13941**

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
Division of Clinical Laboratory Improvement & Quality (DCLIQ)
Western and Central Operations Branch - San Francisco Location
(Denver, Kansas City, San Francisco, and Seattle)
90 7th Street, Suite 5-300 (5W)
San Francisco, CA  94103-6707



Refer to:  DCLIQ - GKY

## IMPORTANT NOTICE – PLEASE READ CAREFULLY

Sent via facsimile to (661) 402-6485 and first class mail.
*(Confirmation of successful facsimile transmission or e-mail constitutes proof of receipt.)*

May 6, 2021

Adam Rosendorff, M.D., Director
CDPH Branch Laboratory
28454 Livingston Avenue
Valencia, CA  91355

CLIA Number: 05D2197416

### RE:   NOTICE OF CONDITION-LEVEL DEFICIENCIES – IMMEDIATE JEOPARDY

### REQUEST FOR ALLEGATION OF COMPLIANCE AND EVIDENCE OF CORRECTION

Dear Dr. Rosendorff:

In order for a laboratory to perform testing under the Clinical Laboratory Improvement Amendments of 1988 (CLIA), Public Law 100-578, it must comply with all CLIA requirements.  These requirements are found in section 353 of the Public Health Service Act (42 U.S.C. § 263a) and Title 42 of the Code of Federal Regulations, Part 493 (42 C.F.R. § 493). Laboratories are required to be in compliance with the applicable regulations. Compliance with these regulations is a condition of certification for the CLIA program.

Representatives from the Centers for Medicare & Medicaid Services (CMS) San Francisco Location conducted an initial certification and complaint survey of your laboratory that was completed on May 6, 2021. As a result of the survey, it was determined that your facility is not in compliance with all of the Conditions required for certification in the CLIA program. In addition, based on the Condition-level requirements at 42 C.F.R. § 493.1250, Analytic Systems and 42 C.F.R. § 493.1441, Laboratories Performing High Complexity Testing; Laboratory Director, it was determined that the deficient practices of the laboratory pose immediate jeopardy to patient health and safety. (Immediate jeopardy is defined by the CLIA regulations as a situation in which immediate corrective action is necessary because the laboratory's non-compliance with one or more Condition-level requirements has already caused, is causing, or is likely to cause, at any time, serious injury or harm, or death, to individuals served by the laboratory or to the health and safety of the general public.) Specifically, the following Conditions were not met:

D5400 - 42 C.F.R. § 493.1250 Condition: Analytic Systems; and,
D6076 - 42 C.F.R. § 493.1441 Condition: Laboratories performing high complexity
testing; laboratory director

In addition, the laboratory was not in compliance with various CLIA Standards. Enclosed is Form CMS-2567, Statement of Deficiencies, listing all the deficiencies found during the survey.

When a laboratory's deficiencies pose immediate jeopardy, CMS requires the laboratory to take immediate action to remove the jeopardy and come into Condition-level compliance. Laboratories that do not meet the Condition-level requirements of CLIA may not be certified to perform laboratory testing under the CLIA program. You must take steps to bring any unmet Conditions and associated Standards into compliance immediately.

Please be advised that sanctions and/or enforcement actions can be rescinded only when compliance is verified.

You are required to respond WITHIN 10 CALENDAR DAYS OF RECEIPT of this notice. You are directed to document your credible allegation of compliance using the enclosed Form CMS-2567, Statement of Deficiencies, or in a separate document attachment. If using the Form CMS-2567 for each finding, complete the columns labeled "Provider Plan of Correction" and "Completion Date" located on the right side of the form, keying your responses to the deficiencies on the left. The laboratory director must sign, date and return the completed Form CMS-2567 or separate document containing your documentation of a credible allegation of compliance to our office WITHIN 10 CALENDAR DAYS from the date of this notice. You must also submit documented evidence verifying the laboratory has made all corrections noted in the credible allegation of compliance. Your allegation of compliance will be included in the public record of the inspection. We may conduct a follow-up, onsite survey to verify the corrections.

A credible allegation of compliance is a statement or documentation that is:

1) Made by a representative of a laboratory with a history of having maintained a commitment to compliance and taking corrective action when required;

2) Realistic in terms of the possibility of the corrective action being accomplished between the date of the survey and the date of the allegation; and,

3) Indicates resolution of the problems.

For your information, acceptable evidence of correction must include:

1) Documentation showing what corrective action(s) have been taken for patients found to have been affected by the deficient practice;

2) How the laboratory has identified other patients having the potential to be affected by the same deficient practice and what corrective action(s) has been taken;

3) What measure has been put into place or what systemic changes you have made to ensure that the deficient practice does not recur; and,

4) How the corrective action(s) are being monitored to ensure the deficient practice does not recur.

Page 2 of 3

If you do not submit a credible allegation of compliance and acceptable evidence of correction, or if you submit an allegation of compliance that is determined to be credible and are found to be out of compliance with any CLIA Condition-level requirements at the time of the follow-up visit, we may impose sanctions. These may include alternative sanctions (Civil Money Penalty per 42 C.F.R. § 493.1834, Directed Plan of Correction per 42 C.F.R. § 493.1832, State Onsite Monitoring per 42 C.F.R. § 493.1836) and principal sanctions (suspension, limitation and/or revocation of your laboratory's CLIA certificate per 42 C.F.R. § 493.1840, and cancellation of your laboratory's approval for Medicare payments per 42 C.F.R. § 493.1814).

Please note that surveys take an overview of the laboratory, often through random sampling. By its nature, a survey may not find every violation that the laboratory may have committed. It remains the responsibility of the laboratory and its director to ensure that the laboratory is at all times following all CLIA requirements, to identify any problems in the laboratory and take corrective action specific to the problems, and to institute appropriate quality assessment measures to ensure that the deficient practices do not recur.

In addition to the routine CLIA certification surveys, announced or unannounced investigations/surveys may be conducted by CMS or its agent at any time to address complaints or other non-compliance issues. These investigations/surveys may well identify violations that may not have surfaced during a routine survey using random sampling, but for which the laboratory and its director will still be held responsible.

All responses as well as any future correspondence pertaining to this survey should be sent to:

> Karen Fuller, Manager
> Division of Clinical Laboratory Improvement & Quality (DCLIQ)
> Western and Central Operations Branch – San Francisco Office
> Centers for Medicare & Medicaid Services
> 90 7th Street, Suite S-300 (5W)
> San Francisco, CA  94103-6707

Please contact Gary Yamamoto by telephone at ▮▮▮▮▮▮▮ or by e-mail at gary.yamamoto@cms.hhs.gov, or Josh Cohen by telephone at ▮▮▮▮▮▮▮ or by e-mail at joshua.cohen@cms.hhs.gov with any questions concerning this letter.

Sincerely,

Karen M. Fuller -S   Digitally signed by Karen M.
Fuller-S
Date: 2021.05.06 12:24:45 -07'00'

Karen Fuller, Manager
Division of Clinical Laboratory Improvement & Quality (DCLIQ)
Western and Central Operations Branch
(Denver, Kansas City, San Francisco, and Seattle)


Enclosure:      CMS-2567, Statement of Deficiencies

cc:              California Department of Public Health, Laboratory Field Services


Page 3 of 3

Date/Time IJ Template provided to entity: _____ **May 6, 2021 12:00PM**

| IJ Component | Yes/No | Preliminary fact analysis which demonstrates when key component exists. |
|---|---|---|
| **Noncompliance:** Has the entity failed to meet one or more federal health, safety, and/or quality regulations?<br><br>If yes, in the blank space, identify the tag and briefly summarize the issues that lead to the determination that the entity is in noncompliance with the identified requirement. This includes the action(s), error(s), or lack of action, and the extent of the noncompliance (for example, number of cases). Use one IJ template for each tag being considered at IJ level. | Yes | D6076 – Laboratory Director, High Complexity Testing<br><br>The Laboratory Director failed to ensure that:<br>- Testing systems developed for its SARS-CoV-2 test provided quality laboratory results for all aspects of the testing performed;<br>- Quality Assessment (QA) programs are maintained;<br>- Test systems are functioning properly; and,<br>- Personnel received appropriate training prior to results reporting. |
| | | **AND** |
| **Serious injury, serious harm, serious impairment or death:**<br>Is there evidence that a serious adverse outcome occurred, or a serious adverse outcome is likely as a result of the identified noncompliance?<br><br>If Yes, in the blank space, briefly summarize the serious adverse outcome, or likely serious adverse outcome to the recipient. | Yes | A serious adverse outcome could occur if inaccurate and unreliable patient test results are reported as a result of non-compliance with 42 C.F.R. § 493.1441 Laboratories Performing High Complexity Testing; Laboratory Director (deficiency tag: D6076). |
| | | **AND** |
| **Need for Immediate Action:**<br>Does the entity need to take immediate action to correct noncompliance that has caused or is likely to cause serious injury, serious harm, serious impairment, or death?<br><br>If yes, in the blank space, briefly explain why. | Yes | The laboratory must immediately:<br>- Establish test performance specifications for its SARS-CoV-2 test system;<br>- Maintain QA protocols;<br>- Follow maintenance protocols;<br>- Maintain an accurate test records system; and,<br>- Ensure employee training and competency. |

**Disclaimer: The findings on this IJ Template are preliminary and do not represent an official finding against a Medicare provider or supplier. Form CMS-2567 is the only form that contains official survey finding.**

Date/Time IJ Template provided to entity: ___**May 6, 2021 12:00PM**___

| IJ Component | Yes/No | Preliminary fact analysis which demonstrates when key component exists. |
|---|---|---|
| **Noncompliance:** Has the entity failed to meet one or more federal health, safety, and/or quality regulations?<br><br>If yes, in the blank space, identify the tag and briefly summarize the issues that lead to the determination that the entity is in noncompliance with the identified requirement. This includes the action(s), error(s), or lack of action, and the extent of the noncompliance (for example, number of cases). Use one IJ template for each tag being considered at IJ level. | Yes | **D5400 ANALYTIC SYSTEMS**<br>The laboratory failed to:<br>- Establish test performance specifications for its SARS-CoV-2 test system;<br>- Ensure quality control materials meet laboratory criteria for acceptability before reporting a patient SARS-CoV-2 test result;<br>- Ensure employee training and competency;<br>- Follow maintenance protocols;<br>- Maintain an accurate test records system; and,<br>- Maintain Quality Assurance (QA) protocols. |
| | | A |
| **Serious injury, serious harm, serious impairment or death:**<br>Is there evidence that a serious adverse outcome occurred, or a serious adverse outcome is likely as a result of the identified noncompliance?<br><br>If Yes, in the blank space, briefly summarize the serious adverse outcome, or likely serious adverse outcome to the recipient. | Yes | A serious adverse outcome could occur if inaccurate and unreliable patient test results are reported as a result of non-compliance with 42 C.F.R. § 493.1250 Condition: Analytic Systems (deficiency tag: D5400). |
| | | A |
| **Need for Immediate Action:**<br>Does the entity need to take immediate action to correct noncompliance that has caused or is likely to cause serious injury, serious harm, serious impairment, or death?<br><br>If yes, in the blank space, briefly explain why. | Yes | The laboratory must immediately:<br>- Establish test performance specifications for its SARS-CoV-2 test system;<br>- Ensure quality control materials meet laboratory criteria for acceptability before reporting a patient SARS-CoV-2 test result;<br>- Ensure employee training and competency;<br>- Follow maintenance protocols;<br>- Maintain an accurate test records system; and,<br>- Maintain QA protocols. |

**Disclaimer: The findings on this IJ Template are preliminary and do not represent an official finding against a Medicare provider or supplier. Form CMS-2567 is the only form that contains official survey finding.**