# EXHIBIT 9

**Date:**     Tue, 6 Jul 2021 9:34:23 PM (UTC)

**Sent:**     Tue, 6 Jul 2021 9:34:22 PM (UTC)

**Subject:**  RE: [External] CDPH Branch Laboratory, Valencia, CA (CLIA Number 05D2197416)

**From:**     Fuller, Karen M. (CMS/CCSQ) <Karen.Fuller@cms.hhs.gov >

**To:**       Yamamoto, Gary K. (CMS/CCSQ) <Gary.Yamamoto@cms.hhs.gov >; Cohen, Joshua (CMS/CCSQ)
              <Joshua.Cohen@cms.hhs.gov >;

Thank you for the update.  Karen

**From:** Yamamoto, Gary K. (CMS/CCSQ)
**Sent:** Tuesday, July 6, 2021 12:43 PM
**To:** Fuller, Karen M. (CMS/CCSQ) <Karen.Fuller@cms.hhs.gov >; Cohen, Joshua (CMS/CCSQ) <Joshua.Cohen@cms.hhs.gov >
**Subject:** FW: [External] CDPH Branch Laboratory, Valencia, CA (CLIA Number 05D2197416)

Karen and Josh,

FYI.  I also received a call from Dr. Rosendorff, who had some questions about the letter.  His questions mainly dealt with possible implications for him if CMS imposed the sanctions.  He asked whether the prohibition would affect his ability to practice medicine.  If the revocation became final, I told him the prohibition would only affect his ability to own and direct laboratories, not his ability to practice medicine.  He asked whether the prohibition would affect PerkinElmer.  As far as we knew, PerkinElmer is not an owner of the laboratory and would therefore not be affected by a prohibition.  He then realized that CA would be affected and asked what it might mean for CA.  I told him that CA would be affected by any prohibition but explained that an option for CMS would be to suspend and not revoke.  A suspension does not have the same prohibition implications.  He asked whether CMS has decided on which sanctions to impose.  I told him that CMS would decide which sanctions to impose if and when CMS chooses to impose the sanctions.

Gary

**From:** Rosendorff, Adam <Adam.Rosendorff@PERKINELMER.COM >
**Sent:** Tuesday, July 6, 2021 11:08 AM
**To:** Yamamoto, Gary K. (CMS/CCSQ) <Gary.Yamamoto@cms.hhs.gov >
**Cc:** Cohen, Joshua (CMS/CCSQ) <Joshua.Cohen@cms.hhs.gov >
**Subject:** Re: [External] CDPH Branch Laboratory, Valencia, CA (CLIA Number 05D2197416)

Hi Gary

Received.

Thank you,

Adam

Adam Rosendorff, MD
Laboratory Director, CDPH Branch Laboratory, Valencia
Medical Director, PerkinElmer Genomics
Mobile: ██████████
E-mail: adam.rosendorff@perkinelmer.com

**From:** "Yamamoto, Gary K. (CMS/CCSQ)" <Gary.Yamamoto@cms.hhs.gov >
**Date:** Tuesday, July 6, 2021 at 10:08 AM
**To:** "Rosendorff, Adam" <Adam.Rosendorff@PERKINELMER.COM >
**Cc:** "Cohen, Joshua (CMS/CCSQ)" <Joshua.Cohen@cms.hhs.gov >

**Subject:** [External] CDPH Branch Laboratory, Valencia, CA (CLIA Number 05D2197416)

Use caution when opening links or attachments.

Dr. Rosendorff,

CMS faxed the attached letter to the laboratory today.  I am emailing you a courtesy copy.

Gary