UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date: 10/12/2021
Time in Court: 8:35-8:57am, 9:09-11:09,11:46am-1:23pm,2:11-3:04,3:24-5:10pm
**(TOTAL time: 6 hrs. 38 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 16)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, October 13, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 375,670,684,693,699,701,715,770,813,820,281,332,278,291,300
Defendants: 7101,7190,10536,7164,7104,10537,7196,12283,10568,10569,13947,10457

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **375,670,684,693,699,701,715,770,813,820,281,332,278,291,300**
Defendants: **7190,7104,10537,7196,12283,10568,10569,**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 12, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:35 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court taking up housekeeping matters re witnesses and trial schedule for the week | |
| | | | Court addresses with Counsel the issue re the Court meeting with jurors re questionnaires | |
| | | | Court addresses with Counsel the issue of monetary funds re Safeway expansion and defense objection re this information to the jury | |
| | | 8:57 am | Court takes recess | |
| | | 9:09 am | Court in session. Counsel and Defendant present. Jury seated | |
| DX | | | Further Direct Examination of W#10 Steve Burd resumes by Government Counsel Robert Leach | |
| EX 375 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; No Subject w/attachment (Dated 8/12/2012) | |
| EX 670 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: On Campus Facility Performance (Dated 9/12/2012) | |
| EX 684 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Theranos Updates (Dated 9/25/2012) | |
| EX 693 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Six Store Launch Schedule (Dated 10/25/2012) | |

| TRIAL DATE: October 12, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 699 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Six Store Launch Schedule (Dated 11/9/2012) | |
| EX 701 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Becoming Discouraged (Dated 11/12/2012) | |
| EX 715 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Process Discussion/Patient Experience (Dated 9/10/2012) | |
| EX 770 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: FW (Dated 1/20/2013) | |
| EX 813 | | | ADMITTED – Email From: Bob Gordon; To: Elizabeth Holmes; Subject: Theranos Invoice for Inventory Pre-Purchase (Dated 3/19/2013) | |
| EX 820 | | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Trigger Point for $25 million (Dated 3/22/2013) | |
| | CX | 9:48 am | Cross examination of W#10 Steve Burd begins by Defense Counsel Kevin Downey | |
| | EX 281 | | ADMITTED – Letter From: Steven Burd addressed to: Elizabeth Holmes; Re: Theranos and Safeway (Dated 3/31/2010) | |
| | EX 7101 | | IDENTIFICATION – | |
| | EX 7190 | | ADMITTED – Email From: Steve Burd; To: R Jurgens; Subject: Meeting of July 11 (Dated 7/13/2011) | |
| | EX 10536 | | IDENTIFICATION - | |
| | EX 7164 | | IDENTIFICATION - | |
| | EX 332 | | ADMITTED – Email From: Elizabeth Holmes; To: J. Simons; Subject: Follow up to our call (Dated 5/14/2010) | |
| | EX 7104 | | ADMITTED – Email From: B. Wolfson; To: Elizabeth Holmes et al., Subject: Request to Share Information with Outside Counsel (Dated 4/22/2010) | |

| TRIAL DATE:<br>October 12, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 11:02 am | W#10 steps down from witness stand | |
| | | 11:03 am | Court addresses the jury re the questionnaires matter | |
| | | 11:09 am | Court takes 30 min recess | |
| | | 11:46 am | Court in session. Counsel and Defendant present. Jury seated | |
| | | | Cross examination of W#10 resumes | |
| | EX 10537 | | ADMITTED – Email From: Steve Burd; To: Elizabeth Holmes; Subject: Compromising the Theranos Brand (Dated 1/6/2012) | |
| | EX 7196 | | ADMITTED – Email From: Steve Burd; To: Elizabeth Holmes; Subject: Plan Launch (Dated 7/27/2011) | |
| | EX 12283 | | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: On Campus Facility Performance (Dated 9/12/2012) | |
| | EX 10568 | | ADMITTED – Bloomberg Law Market Table | |
| | EX 10569 | | ADMITTED – Bloomberg Law Company Performance – One Page Graph | |
| | EX 13947 | | IDENTIFICATION - | |
| | EX 10457 | | IDENTIFICATION - | |
| RDX | | 12:58pm | Re-direct examination begins of W#10 by Government | |
| | RCX | 1:14 pm | Re-cross examination begins of W#10 by Defense | |
| | | 1:23 pm | W#10 excused | |
| | | 1:23 pm | Court takes 30 min recess | |
| | | 2:11 pm | Court in session. Counsel and Defendant present. Jury seated | |

4

| TRIAL DATE: October 12, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Government calls next witness | |
| | | | W#11 Wade Miquelon – Sworn | |
| DX | | 2:13 pm | Direct examination begins of W#11 Wade Miquelon by Government Counsel Jeffrey Schenk | |
| EX 278 | | | ADMITTED – Email From: Kermit Crawford; To: Mary Beth Holcer; Subject: Follow up to Meeting Today w/attachments (Dated 3/29/2010) | |
| EX 291 | | | ADMITTED – Email From: Elizabeth Holmes; To: Alex Jung; Subject: Follow up From Walgreens w/attachments (Dated 4/14/2010) | |
| EX 300 | | | ADMITTED – Email From: Wade Miquelon; To: Greg Wasson et al., Subject: Theranos Briefing (Dated 4/26/2010) | |
| | | 3:03 pm | W#10 excused to return tomorrow for further testimony | |
| | | 3:04 pm | Court admonishes Jury and Jurors excused for the day, those who will address the Court will remain for meeting | |
| | | 3:24 pm | Court conducts in-chambers meetings with Jurors with counsel present on the record – Transcript portion is ordered SEALED | |
| | | 5:10 pm | Court concludes SEALED meeting - adjourns | |
| | | | Further Jury Trial scheduled for Wednesday, October 13, 2021 at 9:00 a.m. | |
| | | | | |