JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF MOVING TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND GAG ORDER**<br><br>Hon. Nathanael Cousins |

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION
TO INTERVENE AND TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND
GAG ORDER
CR-18-00258 EJD

I, JOHN D. CLINE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Response to Motion to Intervene for the Limited Purpose of Moving to Exempt John Carreyrou from Witness Exclusion and Gag Order.

2. Attached to this declaration are seven exhibits.

3. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of a February 1, 2021 Memorandum of Interview of Dr. Kingshuk Das, Bates-stamped US-REPORTS-0024149.

   b. Exhibit 2 is a true and correct copy of an email exchange dated June 16, 2015 between Penny Keller, Sarah Bennett, and Penelope Meyers, as well as preceding email exchanges on the same thread. This document is Bates-stamped CMS056877, and has been redacted to conceal personal information.

   c. Exhibit 3 is a true and correct copy of an email dated December 16, 2015 between Lauren Shaham, Karen Dyer, Jan Tarantino, Sarah Bennett, David Wright, Gary Yamamoto, Jack Cheevers, Kate Goodrich, Thomas Hamilton, Jean Moody-Williams, and Jennifer Druckman, as well as underlying emails in the same email thread. This document is Bates-stamped CMS042208, and has been redacted to conceal personal information.

   d. Exhibit 4 is a true and correct copy of an email dated November 3, 2015 between Lauren Shaham, Karen Dyer, Jan Tarantino and Sarah Bennett, as well as underlying emails in the same email thread. The document is Bates-stamped CMS008732, and has been redacted to conceal personal information.

   e. Exhibit 5 is a true and correct copy of a November 2, 2015 email between Lauren Shaham and Aaron Albright entitled "FW: Requirements for laboratory directors," as well as underlying emails in the same thread. The document is Bates-stamped CMS007240, and has been redacted to conceal personal information.

   f. Exhibit 6 is a true and correct copy of a June 5, 2015 email entitled "WSJ Inquiry

on Theranos" between Lauren Shaham, Lauren Crawford, Veronica Jackson, Katie Hill, Jennifer Dooren, and Aaron Albright, as well as underlying emails in the same thread. The document is Bates-stamped CMS005125, and has been redacted to conceal personal information.

    g.    Exhibit 7 is a true and correct copy of an August 29, 2019 Memorandum of Interview of Surekha Gangakhedkar, Bates-stamped US-REPORTS-0013609.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of October 2021 in San Jose, CA.

*[Signature]*

JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' RESPONSE TO MOTION TO INTERVENE AND TO EXEMPT JOHN CARREYROU FROM WITNESS EXCLUSION AND GAG ORDER
CR-18-00258 EJD

2