# Exhibit 4

| | |
|---|---|
| **From:** | Shaham, Lauren (CMS/OC) ████████████████████████████████ |
| **To:** | Dyer, Karen (CMS/CCSQ); Tarantino, Jan V. (CMS/CCSQ) |
| **CC:** | Bennett, Sarah F. (CMS/CCSQ) |
| **Sent:** | 11/3/2015 8:33:31 PM |
| **Subject:** | RE: possibility for tonight |

Helpful. Thanks. I think he is on a crusade.

Sent from my mobile. Please excuse errors.

-----Original Message-----
**From:** Dyer, Karen (CMS/CCSQ)
**Sent:** Tuesday, November 03, 2015 03:30 PM Eastern Standard Time
**To:** Shaham, Lauren (CMS/OC); Tarantino, Jan V. (CMS/CCSQ)
**Cc:** Bennett, Sarah F. (CMS/CCSQ)
**Subject:** RE: possibility for tonight

Hi Lauren,

I am not sure why the reporter is doing a story on the laboratory director at the California lab…..the laboratory director qualifications are reviewed by the state at the time of the CLIA application.  If the LD is not qualified, the lab will need to find an appropriate LD before they begin testing……

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Tuesday, November 3, 2015 2:22 PM
**To:** Dyer, Karen (CMS/CCSQ); Tarantino, Jan V. (CMS/CCSQ)
**Subject:** FW: possibility for tonight

I am sorry to be such a pest today. Can you look at the second part of his request? I imagine that a lab director's credentials ate an unlikely reason for a lab to be shut down but please confirm.

Sent from my mobile. Please excuse errors.

-----Original Message-----
**From:** Carreyrou, John ████████████████████████████
**Sent:** Tuesday, November 03, 2015 02:13 PM Eastern Standard Time
**To:** Shaham, Lauren (CMS/OC)
**Subject:** possibility for tonight

Lauren,

We may run a story tonight about Theranos's lack of a qualified director at its high-complexity CLIA laboratory in Newark, Calif.

Based on our conversation yesterday, can I paraphrase a CMS spokesperson as saying that checking the director's qualifications is one of the things CLIA inspectors do during an audit and that, if the director of the lab being audited is not qualified, then that's listed as a deficiency the lab must rectify in the inspectors' report? (or

Also: I know I already asked this, but is there any guidance you could give me about whether an unqualified lab director, if not replaced in a timely manner with a qualified one, could result in a lab being shut down by CMS?

Thanks,
John

John Carreyrou
The Wall Street Journal