# Exhibit 5

| | |
|---|---|
| **From:** | Shaham, Lauren (CMS/OC) |
| **To:** | Albright, Aaron (CMS/OC) |
| **Sent:** | 11/2/2015 9:43:37 PM |
| **Subject:** | FW: Requirements for laboratory directors |

**From:** Tarantino, Jan V. (CMS/CCSQ)
**Sent:** Monday, November 2, 2015 1:58 PM
**To:** Shaham, Lauren (CMS/OC); Dyer, Karen (CMS/CCSQ); Keller, Penny (CMS/CCSQ)
**Subject:** RE: Requirements for laboratory directors

Yes.

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Monday, November 2, 2015 1:44 PM
**To:** Dyer, Karen (CMS/CCSQ); Keller, Penny (CMS/CCSQ)
**Cc:** Tarantino, Jan V. (CMS/CCSQ)
**Subject:** RE: Requirements for laboratory directors

Thanks Karen. Jan, are you comfortable with us sharing that with the reporter? I just wanted to check since we are in the middle of a survey.

**From:** Dyer, Karen (CMS/CCSQ)
**Sent:** Monday, November 2, 2015 1:07 PM
**To:** Shaham, Lauren (CMS/OC); Keller, Penny (CMS/CCSQ)
**Cc:** Tarantino, Jan V. (CMS/CCSQ)
**Subject:** RE: Requirements for laboratory directors

Hi Lauren,

Dr. Dhawan meets the CLIA regulatory qualification requirements for HC Laboratory Director.

**From:** Shaham, Lauren (CMS/OC)
**Sent:** Monday, November 2, 2015 10:14 AM
**To:** Dyer, Karen (CMS/CCSQ); Keller, Penny (CMS/CCSQ)
**Cc:** Tarantino, Jan V. (CMS/CCSQ)
**Subject:** FW: Requirements for laboratory directors

Hi Karen. Please see below from the Wall Street Journal. I am guessing that the state would have this information and not CMS. Or, would the RO have it? Please let me know. Thanks.

**From:** Carreyrou, John
**Sent:** Saturday, October 31, 2015 6:50 PM
**To:** Shaham, Lauren (CMS/OC)
**Subject:** Re: Requirements for laboratory directors

Could you check whether Dr. Sunil Dhawan was ever director of CLIA high-complexity lab before working for Theranos? Are there records on that that CMS keeps?
Theranos is claiming to me that he was director of such a lab for more than 20 years, but I find no mention of it on his CV. And if he wasn't, then he doesn't meet the CLIA requirements since he's not certified as a pathologist and has no specific training as one.

On Oct 31, 2015, at 3:43 PM, Carreyrou, John ███████████████████████ wrote:

Thanks Lauren. Karalou had sent me the same after she and I spoke. I still haven't figured out whether the guy Theranos has as the current director of its Newark, Calif. lab fulfills all these requirements. And what makes me especially suspicious that he may not is the fact that Theranos is actively trying to recruit a new lab director behind the scenes.

On Oct 30, 2015, at 11:29 AM, Shaham, Lauren (CMS/OC) ███████████████████████ wrote:

Hi John. On background, in response to your question about requirements for a laboratory director, please see the link below. Basically, it can be any physician but they need to have additional qualifications/training.
http://www.gpo.gov/fdsys/pkg/CFR-2010-title42-vol5/pdf/CFR-2010-title42-vol5-sec493-1443.pdf

I hope this is helpful.


Lauren Shaham
Deputy Director, Media Relations Group
Centers for Medicare & Medicaid Services
███████████