# Exhibit 6

| | |
|---|---|
| **From:** | Shaham, Lauren (CMS/OC) |
| **To:** | Crawford, Lauren (OS/ASPA); Jackson, Veronica (HHS/ASPA); Hill, Katie (OS/ASPA) |
| **CC:** | Dooren, Jennifer (FDA/OC); Albright, Aaron (CMS/OC) |
| **Sent:** | 6/5/2015 2:59:50 PM |
| **Subject:** | WSJ Inquiry on Theranos |

All: I wanted to give you a heads up that we have received a request from John Carreyrou at WSJ for information about Theranos, Inc. (see his inquiry below).

Our lab inspection division (CLIA) is aware of this company and is coordinating with the New York regional office to pull together the publicly disclosable information relating to the complaint. Lab oversight can be very convoluted and sometimes opaque. I suspect there will be little we can share. We are planning a background call for next Friday morning.

There are apparently FDA implications for this lab so I reached out to FDA, which has also heard from the reporter.

I will update when I know more, but wanted to raise awareness since this cuts across two op divs.

Thanks,
Lauren

Lauren Shaham
Deputy Director, Media Relations Group
Centers for Medicare and Medicaid Services (CMS)


-----Original Message-----
**From:** Carreyrou, John
**Sent:** Thursday, June 04, 2015 01:29 PM Eastern Standard Time
**To:** Shaham, Lauren (CMS/OC)
**Subject:** WSJ re laboratory testing

Lauren,
Hi. I just left a message on your voicemail. I'm working on an article about Theranos Inc., the Palo Alto, Calif. blood-testing company.
I have information showing that an employee of Theranos filed a complaint last year with the New York state health department about the fact that Theranos was allegedly gaming proficiency-testing protocols. The NY state health department's laboratory investigative unit passed the complaint onto CMS, which is the federal entity that regulates labs under CLIA.
My question is: What did CMS do about this complaint? Did it look into it? Launch an investigation? Is there someone in the CMS division that regulates labs that you could put me on the phone with to discuss this?
I'm going to forward you several emails, including the employee's original emailed complaint to NY state and NY state's email to me confirming that it passed the employee's complaint onto CMS.
Feel free to give me a call when you get this.
Thanks,
John

John Carreyrou
The Wall Street Journal

FDA/CMS Confidential

CMS005126