# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:02-cr-319-T-26TGW

STEVEN A. LABRAKE, et al.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, and for the reasons announced on the record at the hearing held in this case this day, it is **ORDERED AND ADJUDGED** as follows:

1) The Emergency Motion to Intervene (Dkt. 186) is granted.

2) The Motion to Exclude Robin Guess From Any Sequestration Order (Dkt. 186) is granted.

3) The Motion to Strike Robin Guess From Witness List (Dkt. 146) is denied without prejudice to being renewed in the event any party seeks to call her as a witness.

4) Any party seeking to call Robin Guess as a witness shall give three days advance notice to the Court and her attorneys, Gregg D. Thomas and James J. McGuire.

**DONE AND ORDERED** at Tampa, Florida, on November 2, 2004.

        s/
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record