UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

Minute Order and Trial Log

Date:  10/13/2021
Time in Court: 8:34-8:46am,9:05-10:42,11:04am-12:40pm,1:12-2:48,3:12-4:02,4:15-4:20pm
**(TOTAL time: 5 hrs. 56 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 17)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Thursday, October 14, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 372,488,503,617,971,1254,302,1083,1387,1113,4036,4170,4845
Defendants: 7312,7383,12510 (bates#6786-6804 only),12510,13952,7168,7622,7657,7676

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **372,488,503,617,971,1254,302,1083,1387,4845**
Defendants: **7312,7383,12510 (bates#6786-6804 only),13952,7168,7622,7657,7676,**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 13, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 8:34 am | Court in session outside presence of Jury. Counsel and Defendant are present. |
|  |  |  | Defense counsel addresses Court re upcoming testimony of a witness and anticipated objections to evidence and request to finish the questioning of Jurors re their questionnaires |
|  |  | 8:46 am | Court takes recess |
|  |  | 9:05 am | Court meets in-chambers with remaining jurors and counsel re questionnaires.  Court ordered transcript of meeting SEALED cannot be accessed without Order |
|  |  | 10:42 am | Court concludes in-chambers meeting |
|  |  | 11:04 am | Court in session.  Counsel and Defendant present. Jury seated |
|  |  | 11:07 am | Direct examination of W#11 Wade Miquelon resumes by Government Counsel Jeffrey Schenk |
| EX 372 |  |  | ADMITTED – Theranos Master Purchase Agreement (Dated 7/30/2010) |
| EX 488 |  |  | ADMITTED – Appointment Email From: Collin Watts; To: Wade Miquelon et al., Subject: Beta Executive Review Appointment (Email sent 11/3/2011) – Appointment date 12/9/2011 |
| EX 503 |  |  | ADMITTED – Email From: Jay Rosan; To: Wade Miquelon; Subject: Here is the slide show that was presented by Sunny and Elizabeth (Dated 1/18/2012) |

| TRIAL DATE:<br>October 13, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| EX 617 | | | ADMITTED – Amended and Reinstated Theranos Master Services Agreement (Dated 6/5/2012) | |
| EX 971 | | | ADMITTED – Email From: Elizabeth Holmes; To: Wade Miquelon; Subject: Final National Roll Out Plan (Dated 8/7/2013) | |
| EX 1254 | | | ADMITTED – Email From: Sunny Balwani; To: Jay Rosan; Subject: Theranos post from Singularityhub w/article (Dated 11/18/2013) (Defense objection to admission – Court admitted the exhibit not for the truth of the matter but for state of mind purpose) | |
| | | 12:10pm | Direct examination concludes | |
| | CX | 12:10pm | Cross examination of W#11 Wade Miquelon begins by Defense Counsel Kevin Downey | |
| | | 12:35pm | Jury and W#11 excused for 25 min recess | |
| | | 12:40pm | Court takes recess 25 mins | |
| | | 1:12 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | | | Cross examination resumes of W#11 | |
| | EX 302 | | ADMITTED – Summary of Hopkins/Walgreens/Theranos Meeting (Dated 4/27/2010) | |
| | EX 7312 | | ADMITTED – Email From: Elizabeth Holmes; To: Wade Miquelon; Subject: Final National Roll Out Plan w/attachment power point (Dated 8/7/2013) – Same exhibit as Governments Ex. 971 which has been admitted | |
| | EX 1083 | | ADMITTED – Email From: Wade Miquelon; To: Elizabeth Holmes; Subject: Partner Framework w/attachment (Dated 9/5/2013) | |
| | EX 1387 | | ADMITTED – Letter from Walgreens to Theranos, Inc. Attn: Elizabeth Holmes Re: Amended and Restated Theranos Master Services Agreement (Dated 12/31/2013) | |
| | EX 7383 | | ADMITTED – Email From: Mark Vainisi; To: Greg Wasson et al., Subject: Theranos (Dated 1/1/2014) | |

| TRIAL DATE: October 13, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 2:47 pm | Jury and W#11 is excused | |
| | | 2:48 pm | Court takes up housekeeping matters | |
| | | 2:48 pm | Court takes recess 20 mins | |
| | | 3:12 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | EX 1113 | | IDENTIFICATION - | |
| | EX 4036 | | IDENTIFICATION - | |
| | EX 12510 | | ADMITTED - Email w/attachment Transcript of FactSet Call Street (only pgs. Bates stamped 6786-6804) (Dated 12/20/2013) | |
| | EX 13952 | | ADMITTED - Email From: Wade Miquelon; To: Ashish Kohli; Subject: Theranos (Dated 3/25/2014) | |
| | EX 4170 | | IDENTIFICATION - | |
| | EX 7618 | | ADMITTED – Email From: Wade Miquelon; To: Elizabeth Holmes; Subject: Personal (Dated 11/7/2015) | |
| | EX 7622 | | ADMITTED – Email From: Wade Miquelon; To: Elizabeth Holmes; Subject: Thoughts (Dated 12/1/2015) | |
| | EX 7657 | | ADMITTED – Email From: Wade Miquelon; To: Elizabeth Holmes; Subject: Theranos and GCC (Dated 3/21/2016) | |
| | EX 7676 | | ADMITTED – Email From: Elizabeth Holmes; To: Wade Miguellon; Subject: YOU! (Dated 8/4/2016) | |
| | EX 4845 | | ADMITTED – Fedwire Funds Messages (pgs. 18 through 23 ONLY) | |
| | | 3:29 pm | Cross examination concludes | |
| RDX | | 3:29 pm | Re-direct examination begins of W#11 | |

| **TRIAL DATE:**<br>October 13, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:42 pm | W#11 excused | |
| | | | Government calls next witness | |
| | | | W#12 Roberto (Robert) Amenta – Sworn | |
| DX | | 3:45 pm | Direct examination of W#12 Robert Amenta begins by Government Counsel John Bostic | |
| | | 4:00 pm | Jury and witness excused for the day | |
| | | | Court takes up housekeeping matters re witnesses | |
| | | 4:02 pm | Court takes recess | |
| | | 4:15 pm | Court conducts in-chambers SEALED meeting with Counsel – defense and government.  Transcript of meeting is ordered SEALED not accessible without court Order | |
| | | 4:20 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Thursday, October 14, 2021 at 9:00 a.m. | |
| | | | | |