UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** October 14, 2021    **Time:** 90 mins    **Judge:** NATHANAEL M. COUSINS

**Case No.:** 18-cr-00258-EJD-1    **Case Name:** UNITED STATES v. Elizabeth Holmes

**Attorneys for the Government:** Kelly Volkar, John Bostic
**Attorney for Non-Party Journalist/Proposed Intervenor John Carryrou:** Jean-Paul Jassy
**Attorneys for Non-Party Witness Roger Parloff:** David Korzenik, Terence Keegan

**Deputy Clerk:** Lili Harrell    Zoom webinar: 1:32pm – 3:02pm

PROCEEDINGS

Dkt. [1056], Motion to intervene and modify trial exclusion order filed by John Carreyrou: GRANTED, for the reasons stated on the record. Witness Carreyrou may be treated as an expert witness for purposes of the trial exclusion order.

Dkt. [1028], Defendant Holmes' Motion to compel compliance with subpoena duces tecum: DENIED.
Dkt. [1063], Motion to quash as to witness Parloff: GRANTED, Subpoena to Parloff quashed for the reasons stated on the record.

As to all orders from today's hearing, any party may serve and file objections to the District Court Judge within 14 days pursuant to Fed. R. Crim. P. 59(a).

,