# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER:  18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  10/14/2021
Time in Court: 8:35-9:00am,9:18-11:07am,11:46-1:04pm,1:32-3:04pm
**(TOTAL time: 5 hrs. 4 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 18)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Friday, October 15, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5428,1711,1755,1884,1896,1909,1906,2214,2275,5387C,3755,1673,2394,2219,2248, 2663,2760,2772,3041,2791,5387,2548,2972,3217,2253
Defendants: 7660,7454,7471,13961,10531

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **5428,1711,1755,1884,1896,1909,1906,2214,2275,5387C,3755,1673,2394,2219,2248, 2663,2760,2772,3041,2791,5387,2548,2972,3217,2253**
Defendants: **7454,7471,13961,10531**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 14, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:35 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Counsel addresses the Court with Defendant's Notice of Objection to Exhibit 3217 (Dkt. 1086 filed 10/13/2021) | |
| | | 9:00 am | Court takes recess | |
| | | 9:18 am | Court in session.  Counsel and Defendant present. Jury seated | |
| DX | | 9:20 am | Direct examination resumes of W#12 Roberto Amenta by Government Counsel John Bostic | |
| EX 5428 | | | ADMITTED – Fedwire Funds Message – Amount $1,126,661.00 From Theranos via Wells Fargo (Sender) to JPMChase (Receiver) | |
| | | 9:32 am | Direct examination concludes | |
| | CX | 9:32 am | Cross examination of W#12 by Defense Counsel Katie Trefz | |
| | | 9:33 am | W#12 excused | |
| | | | Government calls next witness | |
| | | | W#13 Nimesh Jhaveri – Sworn | |
| DX | | 9:35 am | Direct examination of W#13 Nimesh Jhaveri begins by Government Counsel Jeffrey Schenk | |

2

| TRIAL DATE: October 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 1711 | | | ADMITTED – Email From: Patty Haworth; To: Nimesh Jhaveri et al., Subject: Diagnostic Testing Executive Steering Committee Slide Deck w/attachment (Dated 5/6/2014) | |
| EX 1755 | | | ADMITTED – Email From: Patty Haworth; To: Nimesh Jhaveri et al.; Subject: 5/28 Walgreens-Theranos Partnership Meeting (Dated 6/3/2014) | |
| EX 1884 | | | ADMITTED – Email From: Patty Haworth; To: Nimesh Jhaveri; Subject: REVISED 8/6 Walgreens-Theranos Partnership Meeting Minutes and Slide Deck (Dated 8/11/2014) | |
| EX 1896 | | | ADMITTED – Email From: Nimesh Jhaveri; To: Sunny Balwani and Casey Kozlowski; Subject: Thoughts and Goals (Dated 8/15/2014) | |
| EX 1909 | | | ADMITTED – Email From: Sunny Balwani; To: Nimesh Jhaveri; Subject: Topics for Discussion (Dated 8/21/2014) | |
| EX 1906 | | | ADMITTED – Calendar Invite via Email From: Nimesh Jhaveri; To: Sunny Balwani; Subject: Copy: Theranos/Wag Partnership Meeting (Dated 8/21/2014) | |
| EX 2214 | | | ADMITTED – Email From: Patty Haworth; To: Sunny Balwani and Nimesh Jhaveri; Subject: 11/18 Walgreens/Theranos Partnership Meeting Agenda and Slide Deck (Dated 11/18/2014) | |
| EX 2275 | | | ADMITTED – Email From: Nimesh Jhaveri; To: Sunny Balwani; Subject: Contract and Other Topics (Dated 12/8/2014) | |
| EX 5387 C | | | ADMITTED – Text messages between Sunny Balwani and Elizabeth Holmes (Dated from March 2015 through October 2015) | |
| | | | Direct examination concludes | |
| | | 11:07 am | Court takes recess 25 mins | |
| | | 11:46 am | Court in session. Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination of W#13 Nimesh Jhaveri begins by Defense Counsel Kevin Downey | |

3

| TRIAL DATE: October 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 3755 | | ADMITTED – Walgreens Program Charter Update 3/5/2014 (Version 3.0) (25 pgs.) | |
| | EX 1673 | | ADMITTED – Email From: Nimesh Jhaveri; To: Kermit Crawford; Subject: Diagnostic Testing – Live in 10 Stores PHX (Dated 4/15/2014) | |
| | EX 2394 | | ADMITTED – Email From: Patty Haworth; To: Nimesh Jhaveri et al.; Subject: 2/17/2015 Walgreens/Theranos Partnership Meeting Slide Deck (Dated 2/17/2015) | |
| | EX 7660 | | IDENTIFICATION - | |
| | EX 7454 | | ADMITTED – Email From: Nimesh Jhaveri; To: Elizabeth Holmes; Subject: Fortune Cover (Dated 6/13/2014) | |
| | EX 7471 | | ADMITTED – Email From: Nimesh Jhaveri; To: Elizabeth Holmes: Subject – Disrupt Women to Watch (Dated 9/6/2014) | |
| | | | Cross examination concludes | |
| | | 1:02 pm | Jury and W#13 excused for break | |
| | | 1:04 pm | Court checks with Counsel re the schedule for the afternoon. Court takes 20 min recess | |
| | | 1:32 pm | Court in session. Counsel and Defendant present. Jury seated | |
| RDX | | 1:32 pm | Re-direct examination of W#13 begins | |
| | | 1:49 pm | Re-direct examination concludes | |
| | RCX | 1:49 pm | Re-cross examination of W#13 begins | |
| | | 1:52 pm | W#13 is excused | |
| | | | Government calls the next witness | |
| | | 1:54 pm | W#14 Sunil Dhawan – Sworn | |

| TRIAL DATE: October 14, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| DX | | 1:55 pm | Direct examination of W#14 Sunil Dhawan begins by Government Counsel Jeffrey Schenk | |
| EX 2219 | | | ADMITTED – Email From: Sunny Balwani; To: Sunil Dhawan; Subject: Lab Director (Dated 11/19/2014) | |
| EX 2248 | | | ADMITTED – Email From: Scott Marmer; To: Sunil Dhawan; Subject: Theranos – Dr. Dhawan Consulting Agreement and attached agreement (Dated 11/25/2014) | |
| EX 2663 | | | ADMITTED – Email From: Langly Gee; To: Sunil Dhawan; Subject: Hello (Dated 8/4/2015) | |
| EX 2760 | | | ADMITTED – Email From: Sunil Dhawan; To: Sunny Balwani; Subject: Update (Dated 9/10/2015) | |
| EX 2772 | | | ADMITTED – Email chain From: Sunny Balwani; To: Sunil Dhawan; Subject: thanks for the time (Dated 9/14/2015) | |
| EX 3041 | | | ADMITTED – SOP for Reporting Critical Values (Dated 12/7/2015) | |
| EX 2791 | | | ADMITTED – Email From: Mona Ramamurthy; To: Sunil Dhawan; Subject: Welcome to Theranos, Dr. Dhawan (Dated 9/21/2015) | |
| EX 5387 | | | ADMITTED – Text Messages between Sunny Balwani and Elizabeth Holmes (pgs. 26-28) (Dated 9/22&23/2015) **Previously admitted as 5387B (30 pages)** Exhibit is inclusive | |
| EX 2548 | | | ADMITTED – Email From: Sunny Balwani; To: Sunil Dhawan; Subject: Conversation about Financial Times Reporter (Dated 10/20/2015) | |
| EX 2972 | | | ADMITTED – Email From: Daniel Young; To: Sunil Dhawan; Subject: Lab QC review (Dated 11/9/2015) | |
| EX 3217 | | | ADMITTED – Email From: Heather King; To: Sunil Dhawan; Subject: CMS Notice on Imposition of Sanctions (Dated 7/9/2016) **pg.1 only** | |
| | | 2:44 pm | Direct examination concludes | |
| | CX | 2:44 pm | Cross examination of W#14 begins by Defense Counsel Lance Wade | |

| TRIAL DATE: October 14, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 13961 | | ADMITTED – Email From: Brad Arington; To: Sunil Dhawan; Subject: Follow-up on VMs (Dated 11/21/2014) | |
| | EX 2553 | | ADMITTED – Letter From: Theranos to CA Department of Public Health (Dated 6/12/2015) | |
| | EX 10531 | | ADMITTED – SOP – Use and Maintenance of the Idaho Technology (BioFire) FilmArray System for the Identification of Micro organisms by Multiplex PCR (Dated 12/2/2014) | |
| | | 3:02 pm | Court admonishes Jury and Jury excused | |
| | | 3:03 pm | Court in session outside presence of Jury taking up scheduling with W#14 | |
| | | | W#14 excused for the day to return tomorrow for further testimony | |
| | | 3:04 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Friday, October 15, 2021 at 9:00 a.m. | |
| | | | | |