# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  10/15/2021
Time in Court: 8:33-8:56am,9:47-11:23,11:58am-12:00pm,12:05-1:00pm
**(TOTAL time: 2 hrs. 56 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 19)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, October 19, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 4533,1373,4528,959
Defendants: 10566,10567,10562,10525,10526,10529,10577,10578,9941,9962,10010,10527, 10528,13254,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4533,1373,4528,959**
Defendants: **10566,10567,10562,10525,10526,10529,10577,10578,9941,9962,10010,10527, 10528**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 15, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION | |
|---|---|---|---|---|
| | | 8:33 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Defense Counsel addresses the Court with a legal issue as to next witness testimony and evidence<br>The parties argue their positions | |
| | | | Court received an email from Juror indicating will be late – estimate of arrival 9:30 a.m. | |
| | | 8:56 am | Court takes recess | |
| | | 9:47 am | Court in session. Counsel and Defendant present.  Jury seated | |
| | CX | 9:48 am | Cross examination of W#14 Sunil Dhawan resumes by Defense Counsel Lance Wade | |
| | EX 10566 | | ADMITTED - Letter From: Brad Arington; To: CA Department of Public Health w/enclosure Application for Certification (Dated 11/29/2014) | |
| | EX 10567 | | ADMITTED - Letter From: Adam Rosendorff; To: CA Department of Public Health w/enclosure Notice of Resignation of Rosendorff (Dated 12/17/2014) | |
| | EX 10562 | | ADMITTED - Letter From: Brad Arington; To: CA Department of Public Health w/enclosure Re Dr. Lynette Sawyer (Dated 12/17/2014) | |
| | EX 10525 | | ADMITTED - Siemens MVP Summary – signed by Lynette Swayer – Verification (dated 11/21/2014) | |

| TRIAL DATE:<br>October 15, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  | EX 10526 |  | ADMITTED – SOP Theranos – Roche LightCycler Simplified Protocol (Dated 3/18/2015) |
|  | EX 10529 |  | ADMITTED – Email From: Langly Gee; To: Sunil Shawan; Subject: Hello (Dated 8/11/2015) |
|  | EX 10577 |  | ADMITTED – Theranos Job Description – Lab Supervisor/Technical Supervisor (Dated 9/5/2015) |
|  | EX 10578 |  | ADMITTED – Theranos- Delegation of Responsibilities for General Supervisor (Dated 8/25/2015) |
|  | EX 4533 |  | ADMITTED – Theranos – Correspondence To: CMS; From: Sunny Balwani (Dated 9/23/2015) |
|  | EX 9941 |  | ADMITTED – SOP Proficiency Testing for Theranos Lab – Developed Tests (Immunoassays) Rev. E (Dated 1/1/2014) |
|  | EX 9962 |  | ADMITTED – Quality Systems Manual (Dated 8/25/2015) |
|  | EX 10010 |  | ADMITTED – SOP Quality Control (Dated 4/23/2015) |
|  | EX 10527 |  | ADMITTED – Email From: Sunil Dhawan; To: Langly Gee; Subject: Hello (Dated 8/9/2015) |
|  | EX 10528 |  | ADMITTED – Email From: Sunny Balwani; To: Sunil Dhawan; Subject: Update (Dated 9/9/2015) |
|  | EX 1373 |  | IDENTIFICATION - |
|  | EX 4528 |  | ADMITTED – Power Point Titled "CLIA Laboratory Overview" (Dated 9/22/2015) |
|  | EX 13254 |  | IDENTIFICATION - |
|  |  | 11:00 am | Cross examination concludes |

3

| TRIAL DATE: October 15, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| RDX | | 11:01 am | Re-direct examination of W#14 begins by Government Counsel Jeffrey Schenk | |
| | | 11:13 am | Re-direct examination concludes | |
| | RCX | 11:13 am | Re-cross examination of W#14 begins by Defense Counsel Lance Wade | |
| RRDX | | 11:14 am | Re Re-direct examination of W#14 | |
| | | 11:14 am | W#14 excused | |
| | | 11:15 am | Jury excused for recess | |
| | | 11:16 am | Court in session outside presence of Jury – Defense addresses the Court with concerns of testimony of witnesses | |
| | | 11:23 am | Court takes recess 30 mins | |
| | | 11:58 am | Court in session outside presence of Jury – Court brings to the parties attention the email received from Juror #4 re family member | |
| | | 12:00pm | Court takes recess | |
| | | 12:05pm | Court in session. Counsel and Defendant present. Jury seated | |
| | | 12:06pm | Government calls next witness | |
| | | | W#15 Dan Edlin – Sworn | |
| DX | | 12:07pm | Direct examination of W#15 Dan Edlin begins by Government Counsel John Bostic | |
| EX 959 | | | ADMITTED – Email From: Samartha Anekal; To: Daniel Edlin; Subject: Demo on 8/13-4s and minilab (Dated 8/13/2013) | |
| | | 12:57pm | Court admonishes Jury and Jury is excused | |
| | | 12:58pm | W#15 excused | |

| TRIAL DATE: October 15, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:59pm | Court in session outside presence of Jury with Counsel and Defendant taking up housekeeping matters | |
| | | 1:00pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, October 19, 2021 at 9:00 a.m. | |