JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167
CR-18-00258 EJD

1   I, JOHN D. CLINE, declare as follows:

2   1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this
3   declaration in support of Ms. Holmes' Notice of Objection to TX 167.

4   2. Attached to this declaration are 3 exhibits.

5   3. The contents of the exhibits are as follows:

6   a. Exhibit 1 is a true and correct copy of TX 167, a document dated December 31,
7   2008 and Bates-stamped PFE0000043.

8   c. Exhibit 2 is a true and correct copy of TX 143, an email between Elizabeth
9   Holmes, Dr. Aidan Power, Craig Lipset, and Marc Thibbonnier and attachment, dated October 11, 2008,
10  and Bates-stamped THER-2605305.

11  e. Exhibit 3 is a true and correct copy of an August 24, 2021 Memorandum of
12  Interview of Dr. Shane Weber, Bates-stamped US-REPORTS-0034798.

13  I declare under penalty of perjury that the foregoing is true and correct.

14  Executed this 18th day of October 2021 in San Jose, CA.

JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' NOTICE OF OBJECTION TO TX 167
CR-18-00258 EJD

1