UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/19/2021
Time in Court: 8:38-9:18am,9:30-11:03,11:37-1:34pm,2:03-3:17 pm
**(TOTAL time: 5 hrs. 24 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 20)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, October 20, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 860,871,905,966,957,1014,1157,2327,4366,3070,528,3965,3981,5438,1090,1753, 1940,4869,5413,4237,5439,504,551,588,1027,5435
Defendants: 7747,13982,9790,12715,10462

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **860,871,905,966,957,1014,1157,2327,4366,3070,528,3965,3981,5438,1090, 1753,1940,4869,5413,4237,504,551,588,1027,5435**
Defendants: **7747,13982,9790,12715,10462**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 19, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:38 am | Court in session outside presence of Jury. Counsel and Defendant are present. |
| | | | Counsel addresses the Defense Notice of Objection as to EX 167 as to testimony of an upcoming witness |
| | | | Government Counsel addresses the issues as to Exhibits 504 and 551 with witness testimony |
| | | 9:07 am | Defense Counsel addresses and issue to a disclosure received from the Government this morning re customer spreadsheets |
| | | 9:18 am | Court takes recess |
| | | 9:30 am | Court in session. Defendant and Counsel present. Jury seated |
| DX | | 9:32 am | Direct examination resumes of W#15 Dan Edlin by Government Counsel John Bostic |
| EX 860 | | | ADMITTED – Email chain - From: Dan Edlin; To: Sandhya Kaippa; Subject: Sample Running Right Now (Dated 5/31/2013) |
| EX 871 | | | ADMITTED – Email chain – From: Dan Edlin; To: Christian Holmes et al., Subject: Demo Next Tuesday (6/11) @ noon (Dated 6/6/2013) |
| EX 905 | | | ADMITTED – Email chain – From: Dan Edlin; To: Daniel Young and Elizabeth Holmes: Subject: Demo Results for 7/11 (Dated 7/11/2013 8:40 pm) |
| EX 966 | | | ADMITTED – Email chain – From: Daniel Young; To: Christian Holmes; Subject: Demo results 8/13/2013 (Dated 8/14/2013) |

2

| TRIAL DATE: October 19, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 957 | | | ADMITTED – Email chain – From: Daniel Young; To: Dan Edlin; Subject: Demo Workflow (Dated 8/13/2013) | |
| EX 1014 | | | ADMITTED – Email chain – From: Dan Edlin; To: Paul Patel et al., Subject: Important Demo this Thursday 8/22** (Dated 8/20/2013) | |
| EX 1157 | | | ADMITTED – Email chain – From: Dan Edlin: To: Daniel Young; Subject: Demo Tomorrow Morning at~10am (Dated 9/23/2013) | |
| EX 2327 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Rupert Murdock; Subject: None (Text Thanking Mr. Murdock) (Dated 1/7/2015 | |
| EX 4366 | | | ADMITTED – Email chain – From: Dan Edlin; To: Tina Lin; Subject: Test List is confirmed (Dated 1/6/2015) | |
| EX 3070 | | | ADMITTED – Email chain – From: Dan Edlin; To: Daniel Young; Subject: Messaging for VIP guest (Dated 12/27/2015) | |
| EX 528 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Young; Subject: Celgene assays (Dated 2/20/20212) | |
| EX 3965 | | | ADMITTED – Email chain – From: Jeffrey Blickman; To: Elizabeth Holmes; Subject: .COM PDF + Jim Fox's comments (Dated 9/4/2013) | |
| EX 3981 | | | ADMITTED – Email chain – From: Christian Holmes: To: Jeffrey Blickman and Dan Edlin; Subject: Theranos Website comments (Dated 9/6/2013) | |
| EX 5438 | | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes: Subject: Analyte Decay Graph for .COM Feedback Needed Tonight (Dated 8/29/2013) | |
| | | 11:00 am | Jury and witness excused for 30 min break | |
| | | 11:00 am | Court checks with Counsel re redactions on exhibits | |
| | | 11:03 am | Court takes recess 30 mins | |
| | | 11:37 am | Court in session. Defendant and Counsel present. Jury seated | |
| DX | | | Further direct examination of W#15 Dan Edlin by Counsel John Bostic | |

3

| TRIAL DATE: October 19, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 1090 | | | ADMITTED – Email chain – From: Joe Rago; To: Elizabeth Holmes et al., Subject: Readback (Dated 9/6/2013) | |
| EX 1753 | | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes; Subject: Roger Parloff – aggregated action items (Dated 5/27/2014) | |
| EX 1940 | | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes: Subject: RE:  (Dated 9/16/2014) | |
| EX 4869 | | | ADMITTED – Confidential Investment Materials for Rupert Murdoch Binder 1/2 | |
| EX 5413 | | | ADMITTED – Email chain – From: Amelia Aguirre; To: Christian Holmes; Subject: Patient requesting physician call regarding lab results (Dated 7/29/2014) | |
| EX 4237 | | | ADMITTED – Email Chain – From: Maxmillion Fosque; To: Chinmay Pangarkar; Subject: Physician and patient call needed HCG results (10/1/2014) | |
| EX 5439 | | | IDENTIFICATION – Defense Objection sustained NOT ADMITTED | |
| EX 504 | | | ADMITTED – Email chain – From: Stephen Cook; To: Elizabeth Holmes: Subject: Lab Set (Dated 12/15/2011) | |
| | | 12:46pm | Jury excused for 10 mins | |
| | | 12:48pm | Court in session outside presence of Jury.  Taking up defense objections to the admission of Exhibit 551 | |
| | | | Court overruled the objections and will allow the exhibit 551 to be admitted | |
| | | 1:05 pm | Jury seated.  Court resumes in session | |
| DX | | | Direct examination resumes of W#15 | |
| EX 551 | | | ADMITTED – Email chain – From: Kevin Chung; To: Elizabeth Holmes; Subject: JCIDS (UNCLASSIFIED) (Dated 3/8/2012) Court notes the ruling at sidebar re admission | |

4

| TRIAL DATE: October 19, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 588 | | | ADMITTED – Email – From: COL Erin Edgar; To: Elizabeth Holmes; Subject: Theranos Update to Gen. Mattis (Dated 4/24/2012) | |
| EX 1027 | | | ADMITTED – Email chain – From: Martin Drake; To: Elizabeth Holmes; Subject: Theranos Limited Objective Experiment (LOE) (Dated 7/24/2013) | |
| EX 5435 | | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes: Subject: AFRICOM Temperature Data (Dated 10/14/2014) | |
| | | 1:34 pm | Court takes recess 30 mins | |
| | | 2:03 pm | Court in session. Counsel and Defendant present. Jury seated | |
| | | 2:04 pm | Direct examination resumes of W#15 by Counsel John Bostic | |
| | | 2:12 pm | Direct examination concludes | |
| | CX | 2:12 pm | Cross examination of W#15 Dan Edlin begins by Defense Counsel Kevin Downey | |
| | EX 7747 | | ADMITTED – Photo of Theranos Device | |
| | EX 13982 | | ADMITTED – Series 4.0 Theranos Device Photo | |
| | EX 9790 | | ADMITTED - Photo of Theranos Devices 2 Minilabs (4-5 ft) | |
| | EX 12715 | | ADMITTED – Email chain – From: Sunny Balwani; To: Max Fosque; Subject: Patient requesting physician call regarding lab result (Dated 7/29/2014) | |
| | EX 10462 | | ADMITTED – Email chain – From: Elsa Coates; To: Dan Edlin et al., cc: USAMED COM; Subject: ABA RESCUE - - 4th PI meeting new scheduled date/time/location (UNCLASSIFIED) (Dated 11/9/2012) | |
| | | 3:00 pm | Court admonished Jury and Jury and witness excused | |
| | | 3:01 pm | Court in session outside presence of Jury taking up housekeeping matters | |

5

| TRIAL DATE: October 19, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:07 pm | Counsel addresses the government objections to text messages on 8/27/2015 and 8/28/2015 which the defense proposed that are from a different day | |
| | | | Government provides Exhibit 5387D for the Court to review, specifically pg. 96 and pg. 97 that defense was referring to | |
| | | 3:17 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Wednesday, October 20, 2021 at 9:00 a.m. | |
| | | | | |