# TRANSCRIPT ORDER

Please use one form per court reporter.
*CJA counsel please use Form CJA24*
*Please read instructions on next page.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 07/2021)

COURT USE ONLY
**DUE DATE:**

**1a. CONTACT PERSON FOR THIS ORDER:** David Korzenik
**1b. ATTORNEY NAME (if different):**
**2a. CONTACT PHONE NUMBER:** (917) 903-8779
**2b. ATTORNEY PHONE NUMBER:** (917) 903-8779
**3. CONTACT EMAIL ADDRESS:** dkorzenik@mkslex.com
**3. ATTORNEY EMAIL ADDRESS:** dkorzenik@mkslex.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME IF APPLICABLE):**
Miller Korzenik Sommers Rayman LLP
1501 Broadway, Suite 2015
New York, NY 10036

**5. CASE NAME:** USA v Holmes
**6. CASE NUMBER:** 5:18-cr-00258-EJD

**7. COURT REPORTER NAME (or enter "RECORDED" and start/stop times):** Ana Dub

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☑ CRIMINAL
☑ NON-APPEAL   ☐ CIVIL
☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing specify portion (e.g., witness or time)) |
|---|---|---|---|
| 10/14/2021 | NC | Motion | |

b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

c. DELIVERY TYPE (Choose one per line)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:** Just spoke with you by telephone. I would be grateful if you could send it to me in PDF to my email: dkorzenik@mkslex.com with a cc if possible to my co-counsel Josh Koltun at joshua@koltunattorney.com Thanks, David K.

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** David S. Korzenik
**12. DATE:** 10/20/2021