UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/20/2021
Time in Court: 8:37-9:04am, 9:11-10:55,11:34am-1:31pm,2:03-3:01pm
**(TOTAL time: 5 hrs. 6 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 21)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Friday, October 22, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5387D,3696
Defendants: 7964,10444,13993,13986,10446,10457,10472,13977,7244,7243,13988,10464,7217, 10448,10466,10469,10468,10532,13935,10467,13979,13980,7365,10554,10555,10558,7476, 7557,7561,7571,7573,7575,7576,7579,7583,7586,7687,12551,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **5387D,3696**
Defendants: **7964,10444,13993,13986,10446,10457,10472,13977,7244,7243,13988,10464,7217, 10466,10469,10468,10532,13935,10467,13979,13980,7365,10554,10555,10558,7687,12551**,
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 20, 2021 | | | REPORTER(S):<br>  Irene Rodriguez | CLERK:<br>  Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:37 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court addresses the issues related to the text messages – the Court will allow the text messages into evidence | |
| EX 5387D | | | ADMITTED – Text Messages between Elizabeth Holmes and Sunny Balwani (1 through 124)<br>The Court admitted the exhibit based upon the specific objections of defense counsel when they are raised | |
| | | 8:40 am | Court takes up housekeeping matters re witness schedule | |
| | | | Defense Counsel raises objection to the government's evidence it plans to introduce as to witness Shane Weber.  The Court hears arguments as to the evidence. | |
| | | 9:04 am | Court takes recess | |
| | | 9:11 am | Court in session. Counsel and Defendant are present. Jury seated | |
| | CX | 9:12 am | Cross examination resumes of W#15 Dan Edlin by Defense Counsel Kevin Downey | |
| | EX 7694 | | ADMITTED – Chung et al., Research Study Critical Care Re Adult Burn Patients (Dated 2017) | |
| | EX 10444 | | ADMITTED – Email chain – From: Dan Edlin; To: Melissa Givens; Subject: Lab visit next week (Dated 4/27/2012) | |

2

| TRIAL DATE: October 20, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 13993 |  | ADMITTED – Email Chain – From: Dan Edlin; To: Melissa Givens; Subject: Theranos Demo Results (Dated 6/8/2012) | |
|  | EX 13986 |  | ADMITTED – Email From: Daniel Young; To: Dan Edlin; Subject: AFRICOM Training (Dated 6/21/2012) | |
|  | EX 10446 |  | ADMITTED – Email chain – From: Dan Edlin; To: Melissa Givens; Subject: SOAFRICA update (Dated 7/26/2012) | |
|  | EX 10457 |  | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes; Subject: Approved IRB Protocol for Theranos LOE (Dated 12/3/2012) | |
|  | EX 10472 |  | ADMITTED – Email chain – From: Dan Edlin; To: James Sommer; Subject: Ship date update (Dated 2/27/2013) | |
|  | EX 13977 |  | ADMITTED – Email chain – From: Nathan Jordan; To: Dan Edlin; Subject: W911QY-12-P-0323 (UNCLASSIFIED) (Dated 2/19/2013) | |
|  | EX 7244 |  | ADMITTED – Email chain – From: Sunny Balwani; To: Daniel Young et al., Subject: Mens' health cartridge demo 7.16 in Chicago (Dated 8/1/2012) | |
|  | EX 7243 |  | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Young; Subject: Minilab (Dated 8/1/2012) | |
|  |  | 10:55 am | Court takes recess 30 mins | |
|  |  | 11:34 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
|  |  |  | Counsel addresses the government's objection re binder of exhibits of reports from customer feedback of Walgreens | |
|  |  | 11:55 am | Court in session. Counsel and Defendant are present. Jury seated | |
|  | CX |  | Cross examination resumes of W#15 by Defense Counsel Kevin Downey | |
|  | EX 13988 |  | ADMITTED – Email From: Elizabeth Holmes; To: Theranos Employees; Subject: None (Body of Good News) (Dated 7/2/2015) | |

| TRIAL DATE: October 20, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 10464 | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes; Subject: Updated presentation data | |
| | EX 7217 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Dan Edlin et al., Subject: DoD Meeting Tomorrow (Dated 11/17/2011) | |
| | EX 10448 | | IDENTIFICATION - | |
| | EX 10466 | | ADMITTED – Email chain – From: Dan Edlin; To: Surekha Kangakhedkar; Subject: None – Body of text addressing important meeting tomorrow (Dated 10/14/2012) | |
| | EX 3696 | | ADMITTED – Theranos confidential overview for investor Mosley | |
| | EX 10469 | | ADMITTED – Email chain – From: Dan Edlin; To: Elizabeth Holmes; Subject: Analyte Decay Graph for .COM Feedback Needed Tonight | |
| | EX 10468 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Dan Edlin; Subject: Analyte Decay Graph for .COM Feedback Needed Tonight | |
| | EX 10532 | | ADMITTED – Email chain – From: Jeffrey Blickman; To: Daniel Young; Subject: Vit. D range/CV + PSA confirmation (Dated 8/7/2013) | |
| | EX 13935 | | ADMITTED – Email chain – From: Mike Peditto; To: Dan Edlin; Subject: Theranos Marcomm Conference Report 12.12.12 (Dated 12/14/2012) | |
| | EX 10467 | | ADMITTED – Email chain – From: Daniel Young; To: Jeffrey Blickman; Subject: 3 info-graphic questions for our website (Dated 9/2/2013) | |
| | EX 13979 | | ADMITTED – Email chain – From: Laura Fogelman; To: Jeffrey Blickman; Subject: Media Training Deck (Dated 8/11/2013) | |
| | EX 13980 | | ADMITTED – Email chain – From: Leona Garriott; To: Elizabeth Holmes; Subject: Updated Theranos Story with statistics (Dated 8/22/2013) | |
| | EX 7365 | | ADMITTED – Email chain – From: Jeffrey Brickman; To: Elizabeth Holmes; Subject: .COM Backlog (11/27) (Dated 11/27/2013) | |

| TRIAL DATE: October 20, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 10554 | | ADMITTED – Email chain – From: Laura Fogelman; To: Elizabeth Holmes; Subject: Theranos Stats/Sources for Joe Rago Interview (Dated 8/20/2013) | |
| | EX 10555 | | ADMITTED – Email chain – From: Annie Reyes; To: Christian Holmes; Subject: Tomorrow 2/20 (Dated 2/20/2013) | |
| | EX 10558 | | ADMITTED – Email chain – From: Christian Holmes; To: Mike Yagi; Subject: Brochure feedback (Dated 9/5/2013) | |
| | EXs 7476 THRU 7586 | | The Court sustained the Government's Objection to the admission of the following exhibits: 7476,7557,7561,7571,7573,7575,7576,7579,7583,7586 NOT ADMITTED | |
| | EX 7687 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Dan Edlin; Subject: TAB (Dated 12/13/2016) | |
| | | 1:14 pm | Cross examination concludes | |
| RDX | | 1:14 pm | Re-direct examination of W#15 Dan Edlin begins by Government Counsel John Bostic | |
| | | 1:31 pm | Court takes recess 30 mins | |
| | | 2:03 pm | Court in session outside presence of Jury with Counsel and Defendant | |
| RDX | | 2:07 pm | Re-direct examination of W#15 resumes | |
| EX 12251 | | | ADMITTED – Email chain – From: Melissa Givens; To: Dan Edlin; Subject: Theranos Demo Results (Dated 5/15/2012) | |
| | RCX | 2:44 pm | Re-cross examination of W#15 begins by Defense Counsel Kevin Downey | |
| | | 2:56 pm | W#15 excused | |
| | | 2:57 pm | Court admonishes the Jury and Jury is excused | |
| | | 2:58 pm | Court in session outside presence of Jury to take up housekeeping matters re witness schedule | |

5

| TRIAL DATE:<br>October 20, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:01 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Friday, October 22, 2021 at 9:00 a.m. | |
| | | | | |