# EXHIBIT D



MEDIA-000403