# EXHIBIT F

CAND 89A  (Rev. 6/17) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO TESTIFY IN A CRIMINAL CASE |
|---|---|
| Plaintiff, | |
| v. | Case No.: CR 18-00258-01-EJD |
| Elizabeth Holmes | |
| Defendant(s). | |

TO:  Roger Parloff

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | ☑ U.S. Courthouse<br>280 South First St.<br>San Jose, CA 95113 | ☐ U.S. Courthouse<br>3140 Boeing Ave.<br>McKinleyville, CA 95519 | ☐ U.S. Courthouse<br>1301 Clay Street<br>Oakland, CA 94612 | Ctr. 4 / Davila, J. |
| | | | | DATE AND TIME<br>9/7/2021 9:00 am |

☒ You are also commanded to bring with you the following document(s) or object(s):

See Addendum

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| ~~U.S. MAGISTRATE JUDGE OR~~ CLERK OF COURT | DATE |
|---|---|
| *Susan Y. Soong* | 3/26/2021 |
| (By) Deputy Clerk  *Cita F. Escolano* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Patrick J. Looby
Williams & Connolly LLP
725 Twelfth Street NW  Washington, DC 20005
plooby@wc.com  (202) 434-5150

CAND 89A (Rev. 6/17) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES ☐ NO AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
              DATE                            SIGNATURE OF SERVER

                                                       ADDRESS:

ADDITIONAL INFORMATION

**Addendum**

Please bring with you the following documents:

(1) The notes and audio recordings of your March 31, 2014 meeting with David Boies regarding Theranos.

(2) The notes and audio recordings of your 2014 call with Greg Wasson regarding Theranos.

(3) The notes and audio recordings of your April 17, 2014 meeting with Dr. David Helfet regarding Theranos.

(4) The notes and audio recordings of your 2014 call with Mark Laret regarding Theranos.

(5) The notes and audio recordings of your April 17, 2014 call with Bill Perry regarding Theranos.

(6) The notes and audio recordings of your June 6, 2014 call with Bert Zimmerli regarding Theranos.

(7) The notes and audio recordings of your May 5, 2015 call with Heather King regarding Theranos.

(8) The notes and audio recordings of your October 30, 2015 call with David Boies regarding Theranos.

(9) The notes and audio recordings of calls or meetings in 2014-2015 with clinical laboratory companies other than Theranos, including but not limited to Quest Diagnostics and Laboratory Corporation of America, made in the course of your reporting on Theranos.

(10) The communications and documents reflecting communications in 2014-2015 with clinical laboratory companies other than Theranos, including but not limited to Quest Diagnostics and Laboratory Corporation of America, made in the course of your reporting on Theranos.

(11) The communications and documents reflecting communications in 2014-2016 with Dawn Schneider regarding Theranos.

(12) The communications and documents reflecting communications in 2014-2016 with David Boies regarding Theranos.

# LAW OFFICE OF JOHN D. CLINE

August 24, 2021

**VIA EMAIL**
Mr. Roger Parloff

Re: *United States v. Elizabeth Holmes*, No. CR 18-00258-EJD--trial subpoena

Dear Mr. Parloff:

I am one of the attorneys representing Elizabeth Holmes. I am enclosing a subpoena requiring your attendance as a witness in Ms. Holmes' upcoming trial. Please let me know whether you will accept service of this subpoena via email, or if you would prefer that we proceed with formal process. Please also advise whether you have retained counsel in relation to this matter. We are prepared to provide a check for the first day's witness fee and mileage allowance.

The trial is set to begin on August 31, 2021, and it is expected to last about three months. The government has listed you as a possible trial witness in its case-in-chief. If you testify as part of the government's case-in-chief, we will attempt to avoid having to recall you in any defense case. If we call you in the defense case, we expect to be able to notify you 48 hours in advance of the time you will be required to appear. You do not have to appear on the date stated on the subpoena--September 7, 2021--if you will provide us with your contact information and agree to appear on 48 hours notice. Also, if you will advise us of any professional or personal commitments during the trial, we will do our best to accommodate them. Please note that we have limited control over the schedule.

The addendum to your subpoena lists documents that you are required to bring with you when you appear to testify. Please contact me with any questions you may have regarding these documents.

Very truly yours,

*John Cline*

John D. Cline

Enclosure