1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  Attorney for Defendant ELIZABETH A. HOLMES

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9
   UNITED STATES OF AMERICA,              ) Case No. CR-18-00258-EJD
10                                         )
          Plaintiff,                       ) **DECLARATION OF JOHN D. CLINE IN**
11                                         ) **SUPPORT OF MS. HOLMES' MOTION TO**
      v.                                   ) **EXCLUDE CERTAIN TESTIMONY OF ROGER**
12                                         ) **PARLOFF AND TO EXCLUDE TX 3033**
   ELIZABETH HOLMES and                    )
13 RAMESH "SUNNY" BALWANI,                 )
                                           ) Hon. Edward J. Davila
14        Defendants.                      )
                                           )
15                                         )
                                           )
16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE
CERTAIN TESTIMONY OF ROGER PARLOFF AND TO EXCLUDE TX 3033
CR-18-00258 EJD

I, JOHN D. CLINE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Exclude Certain Testimony of Roger Parloff and to Exclude TX 3033.

2. Attached to this declaration are 5 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of a June 30, 2014 *Fortune* article by Roger Parloff, entitled "New Blood." The government has noticed this document as TX 1749.

   b. Exhibit 2 is a true and correct copy of a January 21, 2016 *Fortune* article by Roger Parloff, entitled "How Theranos Misled Me," and Bates-stamped MEDIA-001043. The government has noticed this document as TX 3033.

   c. Exhibit 3 is a true and correct copy of a September 3, 2021 FBI Form FD-302, Bates-stamped US-REPORTS-0036870.

   d. Exhibit 4 is a true and correct copy of an April 12, 2018 FBI Form FD-302, Bates-stamped US-REPORTS-0008842.

   e. Exhibit 5 is a true and correct copy of a June 30, 2014 *Fortune* magazine cover. The government has noticed this document as TX 1750.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st of October 2021 in San Jose, CA.

JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE CERTAIN TESTIMONY OF ROGER PARLOFF AND TO EXCLUDE TX 3033
CR-18-00258 EJD

1