# Exhibit 4

FD-302 (Rev. 5-8-10)

OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/02/2018

ROGER PARLOFF (PARLOFF), mobile telephone number (917)434-9257, was interviewed at the United States Attorney's Office - Southern District of New York located at 1 Saint Andrew's Plaza, New York, New York.  Also present for the interview were Assistant United States Attorney John Bostic and Securities and Exchange Commission attorney Rahul Kolhatkar.  After being advised of the identity of the interviewers and the nature of the interview, PARLOFF provided the following information:

PARLOFF typically covers legal matters and in early 2014 he was covering such matters for Fortune magazine when he received a legal newsletter about patient litigation between THERANOS and FUISZ TECHNOLOGIES (FUISZ).  DAVID BOIES (BOIES) was representing THERANOS in this litigation.  PARLOFF thought it was interesting that BOIES was representing THERANOS since he had never heard of THERANOS.  The trial also ended mid-trial which was strange.  PARLOFF wanted to see if there was a potential story about the trial and got in touch with BOIES office.  BOIES was willing to talk about the recent trial, but told PARLOFF that the real story was ELIZABETH HOLMES (HOLMES).

PARLOFF then pitched a story to FORTUNE about HOLMES and THERANOS.  PARLOFF retained a copy of the pitch memo he wrote.  PARLOFF met with BOIES and his assistant around March 31, 2014 to discuss the patent lawsuit against FUISZ and about HOLMES and THERANOS.  During this initial conversation BOIES and PARLOFF predominantly discussed the FUISZ trial.  PARLOFF recorded the meeting which lasted about an hour and a half to two hours.  The recording is dated 4/31/14 but PARLOFF thinks this label was a mistake and should have been 3/31/14.  After this meeting PARLOFF was put in touch with HOLMES and given the green light from FORTUNE to do the story.  PARLOFF's first meeting with HOLMES was on April 7, 2014.

PARLOFF had interviewed BOIES in the past as he had covered trials which BOIES was involved in such as Napster and Microsoft.  BOIES advised that THERANOS had been in stealth mode and they were now willing to start to go public.  Since BOIES already knew PARLOFF, PARLOFF believed BOIES was comfortable with PARLOFF's reporting.

---

| | | |
|---|---|---|
| Investigation on | 04/12/2018 at | New York, New York, United States (In Person) |
| File # | 318A-SF-7315857 | Date drafted   04/20/2018 |
| by | Mario C. Scussel | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318A-SF-7315857

Continuation of FD-302 of (U) Roger Parloff, On 04/12/2018, Page 2 of 8

The subject of his article on THERANOS has been painful for PARLOFF because he had been fooled by HOLMES and THERANOS. As a result, PARLOFF described the article as having been puffy and stated that he had drunk the THERANOS Kool-aid.

PARLOFF was shown THER-0270035 an email exchange between PARLOFF and HOLMES setting up their initial meeting. This document and all others shown to PARLOFF will be maintained in the 1A portion of the case file. PARLOFF advised this email was his first contact with HOLMES. Prior to this first meeting, PARLOFF read the full transcripts for the FUISZ trial to include CHANNING ROBERTSON's (ROBERTSON) testimony. PARLOFF's first phone call with HOLMES was mostly logistics. PARLOFF thought it was striking/unusual that he was dealing directly with HOLMES at the beginning and not a public relations person. Communication with HOLMES was difficult for PARLOFF because she would reply to him at 1:00 AM Pacific which was 4:00 AM Eastern. Accordingly PARLOFF asked to have an intermediary and he was put in touch with DAN EDLIN (EDLIN).

PARLOFF had a blood test done at Walgreen's in Palo Alto, California during his visit to THERANOS. THERANOS took PARLOFF to Walgreen's for to have this blood test done. PARLOFF went through the full testing procedure to include having his finger warmed and then a glass or plastic wicking device collecting the blood. PARLOFF did not see what happened to his blood sample after it was taken and there was not a THERANOS testing device in the room. PARLOFF later received his test results in a password protected form. One of PARLOFF's results was slightly up against the top end of the range. The THERANOS doctor told PARLOFF he might want to check with his doctor to see if that was normal for him. PARLOFF did not use these results to make any medical decisions. PARLOFF did not tape record the procedure, and does not recall who went with him. THERANOS selected the blood tests which PARLOFF was to have done. PARLOFF knew there was also a testing facility at THERANOS from GEORGE SCHULTZ who also had a test done there.

PARLOFF retained recordings from 4/7/14, 4/8/14, and 4/10/14 and a word document with notes for his conversations with HOLMES which were not recorded. These various conversations were memorialized in the same word document.

PARLOFF was shown THER-027306, an email exchange with EDLIN dated April 6, 2014. PARLOFF did have dinner with HOLMES as indicated in the email. This conversation was not recorded, but PARLOFF did have some notes from this interaction. The recordings PARLOFF made took place after his dinner with HOLMES. The night of his arrival in Palo Alto, California

318A-SF-7315857

Continuation of FD-302 of (U) Roger Parloff ,On 04/12/2018 , Page 3 of 8

PARLOFF recalled receiving a message from Google about someone trying to access his account from Palo Alto, and wondered if it might have been THERANOS.  PARLOFF asked HOLMES about it, but she did not seem surprised by the information.  PARLOFF had constructed an outline for his conversations with HOLMES and retained notes of conversations and files with questions he had for HOLMES.

During the interview at dinner PARLOFF asked HOLMES if she wanted kids.  HOLMES replied that she did not and she was married to her company.  PARLOFF did not put this in his story because he had heard she was dating SUNNY BALWANI (BALWANI).  Researchers at Fortune had found that BALWANI and HOLMES were using the same address.  PARLOFF did not want to include this information in his story because THERANOS was giving him good access.

PARLOFF did not record his tour of THERANOS' facility, but he did take notes.  PARLOFF recalled seeing an office which used to belong to MARK ZUCKERBERG because Facebook had previously rented the same office space.  During the tour, PARLOFF saw THERANOS' machines, which he described as black boxes about the size of a desktop computer tower.  These machines sat on shelves and there was about 20 machines on the shelves.  PARLOFF did not see the THERANOS lab at this time and HOLMES told PARLOFF that the lab which was downstairs at the Palo Alto facility was basically just a bank of devices similar to what he had already seen.  The laboratory had a larger bank of 200 machines, so he had basically already seen the lab.  The lab was also being moved to Newark, California.  PARLOFF was told the Phoenix lab was not yet up and running.  The area of THERANOS' headquarters which PARLOFF saw was the research area and the other area, which he did not see, PARLOFF understood the area to be for patient testing. HOLMES was present for PARLOFF's entire tour of THERANOS, and she proceeded to introduce him to some people during the tour.  PARLOFF was never told there were areas he was not allowed to see during his tour.

HOLMES and PARLOFF discussed the history of THERANOS and its' background working with pharmaceutical companies.  At some point, HOLMES also intimated off the record that everything to include all testing could be done on one machine.

PARLOFF also visited THERANOS' production facility in Newark, California.  The facility was huge and THERANOS was manufacturing everything themselves.  PARLOFF could not recall if HOLMES was present for his visit of the production facility, and thought CHRISTIAN HOLMES (CHRISTIAN) and EDLIN might have been there.

318A-SF-7315857

Continuation of FD-302 of (U) Roger Parloff ,On 04/12/2018 ,Page 4 of 8

    Some of the people PARLOFF interviewed in doing research for his story on THERANOS included: ROBERTSON, RICHARD KOVACEVICH, GEORGE SCHULTZ, HENRY KISSINGER, SAM NUNN, BILL FRIST, JAMES MATTIS, MARK LEARITT, LLOYD DEAN – DIGNITY HEALTH, SCOTT SEROTA – BLUE CROSS BLUE SHIELD, and Dr. DAVID HELFIT – HENRY KISSINGER's orthopedist.  PARLOFF discussed data and validation studies with Dr. DAVID HELFIT.

    PARLOFF sat in on some of HOLMES' meetings, one he recalled being about a problem they were having with the wicking device.  PARLOFF was not allowed to records these interactions or take notes.  PARLOFF did not recall any meetings which included discussion about regulatory issues, instead the meetings were all about the science and technology.

    PARLOFF spoke with HOLMES a lot about lab developed tests, which caused PARLOFF to be impressed by THERANOS.

    HOLMES and PARLOFF had a telephone conversation on April 29, 2014, which was not taped.  During this conversation HOLMES advised that QUEST was questioning whether she had received the proper FDA approval.  HOLMES told PARLOFF that QUEST buys their tests while THERANOS makes their own.

    The only discussion about third party testing machines being used by THERANOS was in research and for comparison purposes and validation studies.  Around the same time as he toured THERANOS, PARLOFF also took a tour of a QUEST Laboratory.

    On May 14, 2014 PARLOFF had a conversation with HOLMES about venipuncture.  The conversation was not taped but PARLOFF took notes on the conversation.  PARLOFF asked HOLMES "You don't keep a SIEMENS machine for overflow (testing)", to which HOLMES responded that was correct.  PARLOFF also asked "You don't use Siemens machines for tests you cannot do?" to which HOLMES also responded that was correct.

    When typing his notes, PARLOFF used double brackets for his own questions and thoughts and single brackets for information from the person he was interviewing which is not quoted.  PARLOFF used boldface type for things he thought were important or interesting.

    When JOHN CARREYROU published his article on THERANOS for the WALL STREET JOURNAL, PARLOFF went back and boldfaced new things in his notes that would helpful for his "mea culpa" article.  PARLOFF then went back again and boldfaced additional information after speaking with a film maker.  The last changes he made to his notes were on December 20, 2015

after the CARREYROU article. The only changes he would have made after the fact would have been to correct typos or to boldface certain items.

On May 21, 2014 PARLOFF taped a conversation with HOLMES. This conversation was not transcribed because the purpose of this conversation was mostly fact-checking. PARLOFF later made some transcriptions after talking to the filmmaker. HOLMES said 200 tests were listed on their menu but they were ramping up to have 1,000 tests. PARLOFF asked more defining questions, and in a response HOLMES defined the difference between published and not published tests. PARLOFF also taped another conversation with HOLMES on June 2, 2014, but he has not listened to this recording since he made it.

When PARLOFF wrote his "mea culpa" article, he wrote that he did not think he was lied to by THERANOS, but that he was mislead. However, PARLOFF advised that if he had recalled the interaction with HOLMES in which they discussed third-party machines, he would have felt differently. PARLOFF only recalled this interaction in February 2018.

THER-0271995 an email between HOLMES and EDLIN regarding PARLOFF's inquiries was not shown to PARLOFF but was was referenced. PARLOFF advised he would email HOLMES and EDLIN when he had questions. When asking questions about the FDA and regulations PARLOFF was advised that lab developed tests did not need to be approved by the FDA.

PARLOFF only had one meeting with BALWANI, and BALWANI did not sit in on any of PARLOFF's other meetings.

PARLOFF only discussed military applications for THERANOS technology with HOLMES. From these discussions PARLOFF came away with the impression that there were things going on that were off the record. On April 22, 2014, in a conversation which was not taped, HOLMES advised she cannot discuss actual use in Afghanistan but she could discuss other things. This gave PARLOFF the impression something was happening. PARLOFF did not ask GENERAL JAMES MATTIS (MATTIS) about this because he did not think he was allowed to. MATTIS only talked about the potential THERANOS's technology had for use with the military. HOLMES had said they were working with MATTIS about what he could talk about and what he could not. Accordingly PARLOFF knew he was not getting all of the information about THERANOS's involvement with the military. The subject of the military came up because there was a lot of military stuff around HOLMES's office, and a number of her board members were military officials.

PARLOFF recalls the subject of MedEvac helicopters coming up in a taped conversation with Secretary WILLIAM PERRY (PERRY). PERRY advised that he did not know the status or extent of use of THERANOS technology on these helicopters, but advised that MATTIS had arranged for it to happen.

PARLOFF was not shown THPFM0001677828, but this document was referenced in regards to citing DARPA as a topic of discussion. HOLMES told PARLOFF off the record that they were not receiving DARPA funds, but she was familiar with the CAP article which discussed this.

PARLOFF did not recall any discussion of THERANOS's performance as compared to a hospital lab or other lab companies. However, PARLOFF understood University of California - San Francisco (UCSF) was trying to do such a comparison study.

PARLOFF never met with DANIEL YOUNG.

PARLOFF was shown THPFM0001372115 an email exchange between PARLOFF, HOLMES, and CHRISTIAN HOLMES around May 28, 2014. PARLOFF did receive the validation studies referenced in the email and he still has possession of them. However, these studies were password protected and he is no longer able to access them. When PARLOFF has attempted to access these files he gets a message stating "Permissions expired". These validation studies were important to PARLOFF and he thought HOLMES was sending these studies to the FDA. PARLOFF discussed these studies with Dr. DAVID HELFIT. It was PARLOFF's understanding that these tests were done by THERANOS. PARLOFF assumed this was testing was for approximately 120 tests, not the entire test menu of 200.

PARLOFF kept notes in a separate file from conversations which took place after he wrote his article.

PARLOFF was shown THPFM0004785193 an email exchange between himself and HOLMES around June 1, 2014. PARLOFF retained the referenced Johns Hopkins and Pfizer reports in the password protected file. PARLOFF recalls reading these reports and them giving him more confidence. PARLOFF found the Johns Hopkins document to be a bit odd in the language it used as they hedged their words. However, it was reassuring to PARLOFF that it should work, but they had not had a chance to really test it. PARLOFF recalled that someone from Johns Hopkins testified at the FUISZ trial. The purpose of the Johns Hopkins document was as a part of the Walgreen's due diligence process.

PARLOFF was shown THER-0280556, an email exchange between PARLOFF and HOLMES around June 6, 2014. In the exchange HOLMES is responding one by

one to each of PARLOFF's questions. On the second page of the document is a question about venipuncture. PARLOFF was aware that some patients had their blood drawn using venipuncture instead of finger-stick. PARLOFF's understood it to be only a small percentage of patients who required venipuncture instead of finger-stick for a blood draw. One of the questions from PARLOFF on the first page was how to describe the analytical systems to which HOLMES replied that they wanted to keep the focus off the hardware. This was for public relations reasons and that they wanted to space out their big announcements.

PARLOFF was shown THPFM0000844931, an email exchange between himself and HOLMES around June 9, 2014 with some emails including EDLIN. In an email on June 8, 2014 PARLOFF lists a number of points regarding the upcoming article. In regards to point number six, PARLOFF thought he might have just been being polite in telling HOLMES about when the article would come out and the logistics of getting copies, as opposed to answering a question about this from HOLMES.

PARLOFF's article was THERANOS's coming out party in which they reveled for the first time that they had raised over $400 million with a $9 billion valuation of which HOLMES owned half the stock.

Nobody from THERANOS contacted PARLOFF after his original FORTUNE article was published in order to make any corrections. However, PARLOFF did get a letter from GEORGE SCHULTZ thanking him for the article.

After the CAREYROU article was published there was no response from THERANOS for a week, then a public relations person from THERANOS said they were able to do 80 tests on their device.

PARLOFF had contact with THERANOS on occasion after his article was published in regards to other news and events going on with THERANOS.

After PARLOFF published his "mea culpa" article, HOLMES contacted him and asked him to delete the part of the article about her/THERANOS misleading him, and stated she would never intentionally mislead him. However, HOLMES did not provide any rebuttal or evidence to show that she did not mislead PARLOFF. When PARLOFF refused HOLMES advised that if he was not going to change it then they would have to take other action. THERANOS then provided FORTUNE with a letter from BROOKE BUCHANAN (BUCHANAN), which PARLOFF thought read more like it had been written by HEATHER KING. In the first draft of this letter, THERANOS claimed they thought PARLOFF was doing an article with a limited narrow focus on Intellectual Property (IP), because he was a legal journalist. This statement was removed before it was published because an editor at FORTUNE contacted BUCHANAN and said she might want to reconsider claiming that

318A-SF-7315857

Continuation of FD-302 of  (U) Roger Parloff  , On  04/12/2018  , Page  8 of 8

they did not know it was going to be a feature article, and that she should think about her own reputation. BUCHANAN then submitted a second draft of the letter, which did not include this statement, and was subsequently published.

US-REPORTS-0008849