# Exhibit 5

# FORTUNE

THIS CEO IS OUT FOR BLOOD

THE END OF DRIVING (as We Know It)
BY MICHAL LEV-RAM

STOCK PICKS THE PROS OWN THEMSELVES
BY JEN WIECZNER

IS TONY FADELL THE NEXT STEVE JOBS OR … THE NEXT LARRY PAGE?
BY ADAM LASHINSKY

ELIZABETH HOLMES AND HER SECRETIVE COMPANY, THERANOS, AIM TO REVOLUTIONIZE HEALTH CARE
BY ROGER PARLOFF

Trial Exh. 1750 Page 0001