UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ELIZABETH A. HOLMES,<br>　　　　　Defendant. | Case No.  5:18-cr-00258-EJD-1<br><br>**FURTHER ORDER RE DOW JONES'S MOTION TO UNSEAL** |

On August 28, 2021, the Court issued an order granting Intervenor Dow Jones and Company, Inc.'s motion to unseal certain documents in the judicial record (Dkt. No. 881), finding it appropriate to unseal the following documents with certain redactions: Dkt. Nos. 189, 190, 237, 238, 293, 299, 313, 324, 325, 342, 351, 369, 382, 383, 414, 431, and 434.  Dkt. No. 965 at 5–6.  At that time, the Court stated that it would unseal these documents in full once a jury had been impaneled and admonished, except for the portions of citing to documents constituting direct evidence of Defendant Elizabeth Holmes's proposed Rule 12.2 defense.  *Id.* at 6.  Upon further review, the Court finds that all redactions in these documents relate to the Rule 12.2 defense or are otherwise necessary to protect certain privacy interests unrelated to these criminal proceedings.  *See id.* at 5 n.1.  These documents shall remain provisionally partially sealed unless and until Holmes introduces evidence of her Rule 12.2 defense at trial.  *See id.* at 6–7.

**IT IS SO ORDERED.**

Dated: October 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Case No.: 5:18-cr-00258-EJD-1
FURTHER ORDER RE DOW JONES'S MOT. TO UNSEAL
1