UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/22/2021
Time in Court: 8:41-9:09am,9:24-9:39,9:50-9:55,10:01-11:11,11:50-1:30pm,2:02-4:31pm
**(TOTAL time: 6 hrs. 10 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 22)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Tuesday, October 26, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 143,159,162,167 Pg. 1 redacted,174,5387D,3790,4871,3940,949,4030,1346,1348, 1349,3530,1348F,1349A
Defendants:10561,7384

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **143,159,162,167 Pg. 1 redacted,174,5387D,3790,4871,3940,949,4030,1346,1348, 1349,3530,1348F,1349A**
Defendants: **10561**

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 22, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:41 am | Court in session outside presence of Jury. Counsel and Defendant are present. |
| | | | Court requests that the admission of Exhibit 5387D be admitted in jury presence (was previously admitted outside presence of jury) |
| | | | Defense addresses the Court re objection to evidence as to Exhibit 1344 and 3086 re witness testimony |
| | | | Court addresses Counsel re other defense objections to Exhibit 167 anticipated testimony of witness Dr. Shane Weber<br>Defense objects to the admission of Exhibit 167<br>The Court will allow pg. 1 of Exhibit 167 (redacted) and the full document may be displayed as a demonstrative |
| | | | Court informs Counsel of issue raised re Juror.  Requests Counsel meet in chambers to discuss on the record |
| | | 9:09 am | Court takes recess |
| | | 9:24 am | Court meets with Counsel in chambers and Juror on the record |
| | | 9:39 am | Court takes recess |
| | | 9:50 am | Court meets with Counsel in chambers on the record |
| | | 9:55 am | Court takes recess |
| | | 10:01 am | Court in session with Counsel and Defendant.  Jury seated |

2

| TRIAL DATE:<br>October 22, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 10:02 am | Court excused Juror #5 and activated Alt. #3 to replace Juror #5 | |
| | | 10:02 am | Government calls next witness | |
| | | | W#16 Shane Weber – Sworn | |
| DX | | 10:03 am | Direct examination of W#16 Shane Weber begins by Government Counsel Robert Leach | |
| EX 143 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Aidan Power, Craig Lipset; Subject: Follow up to our meeting, w/attachment (Dated 10/11/2008) | |
| EX 159 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Craig Lipset; Subject: Follow up to our meeting, w/attachment (Dated 11/6/2008) | |
| EX 162 | | | ADMITTED – Email chain – From: Gary Frenzel; To: Shane Weber; Subject: Final Report, w/attachment (Dated 11/13/2008) | |
| EX 174 | | | ADMITTED – Email chain – From: Shane Weber; To: Aidan Power; Subject; Theranos wrap up (Dated 1/30/2009) | |
| | | 11:09 am | Direct examination of W#16 concludes | |
| EX 5387D | | | ADMITTED – Text messages<br>Subject to any additional objections raised by defense counsel as to further testimony re the exhibit (Previously admitted outside presence of Jury) | |
| | | 11:11 am | Jury and witness excused for break | |
| | | 11:11 am | Court takes recess 30 mins | |
| | | 11:50 am | Court in session with Counsel and Defendant. Jury seated | |
| | CX | 11:51 am | Cross examination of W#16 Shane Weber begins by Defense Counsel John Cline | |
| | EX 10561 | | ADMITTED – Email chain – From: Shane Weber; To: Gary Frenzel; Subject: Fertility Assays (Dated 2/20/2009) | |

3

| TRIAL DATE: October 22, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:20 pm | Cross examination concludes | |
| RDX | | 12:21 pm | Re-direct examination of W#16 Shane Weber begins by Counsel Robert Leach | |
| | | 12:25 pm | Re-direct examination concludes | |
| | | 12:25 pm | W#16 excused | |
| | | | Government calls next witness | |
| | | 12:26 pm | W#17 Bryan Tolbert – Sworn | |
| DX | | 12:27 pm | Direct examination of W#17 Brian Tolbert begins by Government Counsel Jeffrey Schenk | |
| EX 3790 | | | ADMITTED – Email From: Brian Tolbert; To: Craig Hall; Subject: Theranos Notes w/attachment (Dated 10/27/2006) | |
| EX 4871 | | | ADMITTED – Theranos Inc. Management Biographies with Financial Projections (Dated 7/11/2006) | |
| EX 3940 | | | ADMITTED – Email chain – From: Chris Lucas; To: Bryan Tolbert; Subject: Theranos New Board Members (Dated 7/29/2013) | |
| EX 949 | | | ADMITTED – Email chain – From: ana Quintana; To: Bryan Tolbert; Subject: Black Diamond Ventures XII, LLC Theranos Shareholder (Dated 8/5/2013) | |
| EX 4030 | | | ADMITTED – Email chain – From: Yasmin Ybarra; To: Ana Quintana; Subject: BDV Annual Meeting Confidential Presentation Deck/Offering (Dated 11/8/2013) | |
| EX 1346 | | | ADMITTED – Email chain – From: Ana Quintana; To: Ana Quintana; cc'd Bryan Tolbert; Subject: IMPORTANT; BDV XII, LLC, Theranos Investor Call by CEO Elizabeth Holmes (Dated 12/18/2013) | |
| EX 1348 | | | ADMITTED – Recorded call – clips played for Jury | |

| TRIAL DATE: October 22, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 1349 | | | ADMITTED – Recorded call – clips played for Jury | |
| | | 1:33 pm | Court takes recess 30 mins | |
| | | 2:02 pm | Court in session Counsel and Defendant present.  Jury seated | |
| | | | Direct examination resumes of W#17 | |
| | | | Recorded calls – clips played for Jury | |
| EX 3530 | | | ADMITTED – Theranos, Inc. Amended and Restated Series C-1 Preferred Stock Purchase Agreement – Initial Closing Date – July 1, 2010 | |
| | | 3:12 pm | Direct examination concludes | |
| | CX | 3:12 pm | Cross examination of W#17 Bryan Tolbert begins by Defense Counsel Kevin Downey | |
| | EX 1348F | | ADMITTED – Recorded call specific clip portion | |
| | EX 1349A | | ADMITTED – Recorded call specific clip played for jury | |
| | EX 7384 | | IDENTIFICATION - | |
| | | 4:16 pm |  Cross examination concludes | |
| RDX | | 4:16 pm | Re-direct examination of W#17 begins by Counsel Jeffrey Schenk | |
| | RCX | 4:19 pm | Re-cross examination of W#17 begins by Counsel Kevin Downey | |
| | | 4:20 pm | Re-cross examination concludes | |
| | | 4:20 pm | W#17 is excused | |
| | | | Court addresses Jury re possible changes to the jury trial schedule re ending time and additional dates | |

| TRIAL DATE:<br>October 22, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:25 pm | Court admonishes jury and jury is excused | |
| | | 4:25 pm | Court takes up housekeeping matters | |
| | | 4:31 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, October 26, 2021 at 9:00 a.m. | |