1    JOHN D. CLINE (CA State Bar No. 237759)
     50 California Street, Suite 1500
2    San Francisco, CA 94111
     Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3    Email: cline@johndclinelaw.com

4

5    Attorney for Defendant ELIZABETH A. HOLMES

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,          )   Case No. CR-18-00258-EJD
                                        )
11          Plaintiff,                  )   **ADMINISTRATIVE MOTION FOR LEAVE**
                                        )   **TO FILE UNDER SEAL MS. HOLMES'**
12      v.                              )   **SUPPLEMENTAL RESPONSE TO MOTION**
                                        )   **OF MEDIA COALITION TO INTERVENE**
13   ELIZABETH HOLMES and              )   **FOR LIMITED PURPOSE OF SEEKING THE**
     RAMESH "SUNNY" BALWANI,           )   **UNSEALING OF COMPLETED**
14                                      )   **QUESTIONNAIRES OF SEATED JURORS**
            Defendants.                 )   **AND ALTERNATES; MOTION TO UNSEAL**
15                                      )   **COMPLETED QUESTIONNAIRES OF**
                                        )   **SEATED JURORS AND ALTERNATES**
16                                      )
                                        )   **FILED UNDER SEAL**
17                                      )
                                        )
18   _____)   Hon. Edward J. Davila

19

20

21

22

23

24

25

26

27

28   ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE UNDER
     SEAL
     CR-18-00258 EJD
                                        1

1

## ADMINISTRATIVE MOTION

2       Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Defendant Elizabeth Holmes

3  hereby moves this Court for leave to file under seal Ms. Holmes' Supplemental Response to Motion of

4  Media Coalition to Intervene for Limited Purpose of Unsealing Completed Jury Questionnaires.   A

5  redacted copy is being filed contemporaneously on the public docket today.  Ms. Holmes further requests

6  that this Administrative Motion, supporting declaration, and Proposed Order also be filed under seal.

7       Ms. Holmes respectfully submits that good cause exists to file the Supplemental Response under

8  seal.  The Supplemental Response contains information conveyed during the Court's under seal colloquy

9  with the jurors.   Accordingly, although described at a high level of generality, the content of those

10  conversations should remain under seal until the Court unseals the transcript.

11

12  DATED: October 25, 2021

13

14                                   /s/ John D. Cline
                                     JOHN D. CLINE
15                                   Attorney for Elizabeth Holmes

16

17

18

19

20

21

22

23

24

25

26

27

28  ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE UNDER
    SEAL
    CR-18-00258 EJD
                                        2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2021 a copy of this filing was delivered via email on the

following counsel of record.


Jeffrey Benjamin Schenk
John Curtis Bostic
Robert S. Leach
Kelly I. Volkar
Amani S. Floyd
UNITED STATES ATTORNEY'S OFFICE
NORTHERN DISTRICT OF CALIFORNIA

jeffrey.b.schenk@usdoj.gov
john.bostic@usdoj.gov
robert.leach@usdoj.gov
kelly.volkar@usdoj.gov
amani.floyd@usdoj.gov

*Attorneys for United States*

Steven D. Zansberg
LAW OFFICE OF STEVEN D. ZANSBERG, LLC
steve@zansberglaw.com

*Attorney for Media Coalition*


/s/ John D. Cline
JOHN D. CLINE
Attorney for Elizabeth Holmes


ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE UNDER
SEAL
CR-18-00258 EJD