1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  Attorney for Defendant ELIZABETH A. HOLMES

5

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8                                SAN JOSE DIVISION

9
   UNITED STATES OF AMERICA,            ) Case No. CR-18-00258-EJD
10                                      )
            Plaintiff,                  ) **DECLARATION OF JOHN D. CLINE IN**
11                                      ) **SUPPORT OF MS. HOLMES'**
       v.                               ) **ADMINISTRATIVE MOTION FOR LEAVE TO**
12                                      ) **FILE UNDER SEAL SUPPLEMENTAL**
   ELIZABETH HOLMES and                 ) **RESPONSE TO MOTION OF MEDIA**
13 RAMESH "SUNNY" BALWANI,              ) **COALITION TO INTERVENE; MOTION TO**
                                        ) **UNSEAL COMPLETED QUESTIONNAIRES OF**
14          Defendants.                 ) **SEATED JURORS AND ALTERNATES**
                                        )
15                                      ) **UNDER SEAL**
                                        )
16                                      ) Hon. Edward J. Davila
                                        )
17

18

19

20

21

22

23

24

25

26

27

28
   DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' ADMINISTRATIVE
   MOTION
   CR-18-00258 EJD

I, JOHN D. CLINE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Administrative Motion for Leave to File Under Seal Supplemental Response to Motion of Media Coalition for Limited Purpose of Seeking the Unsealing of Seated Jurors and Alternates; Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates.

2. The documents sought to be sealed are this Ms. Holmes' Administrative Motion for Leave to File Under Seal Supplemental Response to Motion of Media Coalition for Limited Purpose of Seeking the Unsealing of Seated Jurors and Alternates; Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates; this Declaration; the accompanying Proposed Order; and Ms. Holmes' Supplemental Response to Motion of Media Coalition for Limited Purpose of Seeking the Unsealing of Seated Jurors and Alternates; Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates.

3. The undersigned respectfully submits that sealed filing is warranted due to the sealed nature of the transcripts cited in the unredacted version of Ms. Holmes' Supplemental Response to Motion of Media Coalition for Limited Purpose of Seeking the Unsealing of Seated Jurors and Alternates; Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates.

4. A redacted version of Ms. Holmes' Supplemental Response to Motion of Media Coalition for Limited Purpose of Seeking the Unsealing of Seated Jurors and Alternates; Motion to Unseal Completed Questionnaires of Seated Jurors and Alternates has been filed on the public docket.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 25th day of October 2021 in San Jose, CA.

JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' ADMINISTRATIVE MOTION
CR-18-00258 EJD

2