1  JOHN D. CLINE (CA State Bar No. 237759)50 California Street, Suite 1500
   San Francisco, CA 94111
2  Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
   Email: cline@johndclinelaw.com
3

4  Attorneys for Defendant ELIZABETH A. HOLMES

5

6                         UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                                SAN JOSE DIVISION

9

10 UNITED STATES OF AMERICA,              )  Case No. CR-18-00258-EJD
                                          )
11        Plaintiff,                      )  **[PROPOSED] ORDER GRANTING**
                                          )  **ADMINISTRATIVE MOTION FOR LEAVE**
12    v.                                  )  **TO FILE SUPPLEMENTAL RESPONSE**
                                          )  **UNDER SEAL**
13                                        )
                                          )  **UNDER SEAL**
14 ELIZABETH HOLMES and                   )
   RAMESH "SUNNY" BALWANI,                )
15                                        )  Hon. Edward J. Davila
          Defendants.                     )
16                                        )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19 ────────────────────────────────────────)

27 [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL
   RESPONSE UNDER SEAL
28 CR-18-00258 EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Administrative Motion for Leave To File Supplemental Response to Motion of Media Coalition to Intervene and to Unseal Completed Questionnaires Under Seal ("Supplemental Response"). After due consideration of the filings and the governing law,

IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

IT IS FURTHER ORDERED that Ms. Holmes' Supplemental Response, this Order, Ms. Holmes' Administrative Motion, and the Declaration in Support of Ms. Holmes' Administrative Motion shall be maintained under seal until further order of the Court.

IT IS SO ORDERED.

Dated: October ___, 2021

_____
Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL RESPONSE UNDER SEAL
CR-18-00258 EJD