UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  10/26/2021
Time in Court: 8:31-9:31am,9:41-10:00,10:03-11:02,11:02-11:15,11:42am-12:23pm,
12:23-12:27,12:29-1:32,2:02-4:52pm
**(TOTAL time: 7 hrs. 11 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 23)**

Further Jury trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, October 27, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs:1944,5432,2015,2073,4858,2107,2166,2851-1,2851-2,2851-3,3152,2170,1938,4197, 2097,2098,2139,5273
Defendants:12751,10587,11453,11249,14089,14106,12856,14080,13987,14081

**The following exhibits are ADMITTED into evidence:**
Plaintiffs:**1944,5432,2015,2073,4858,2107,2166,2851-1,2851-2,2851-3,3152,2170,4197,2097, 2098,2139**
Defendants: **12751,14089,14106,12856,14080,13987,14081**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 26, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 8:31 am | Court in session outside presence of Jury. Counsel and Defendant are present. |
| | | | Counsel addresses Court re objections to evidence with testimony |
| | | 9:31 am | Court takes recess |
| | | 9:41 am | Court held in chambers meeting with Counsel – Court orders portions of transcript to be redacted |
| | | 10:00 am | Court takes recess |
| | | 10:03 am | Court in session. Counsel and Defendant present. Jury seated |
| | | 10:12 am | Government calls next witness |
| | | | W#18 Lisa Peterson – Sworn |
| DX | | 10:13 am | Direct examination of W#18 Lisa Peterson begins by Government Counsel Robert Leach |
| EX 1944 | | | ADMITTED – Email From: Jerry Tubergen; To: Dick DeVos; Subject: Adobe Reader user sent you a file w/attachment Theranos (Dated 9/18/2014) |
| EX 5432 | | | ADMITTED – Email chain – From: Jerry Tubergen; To: Elizabeth Holmes; Subject: Confidential Disclosure Agreement (Dated 10/3/2014) |
| EX 2015 | | | ADMITTED – Theranos Conf call notes (Dated 10/3/2014) By Lisa Peterson |

| TRIAL DATE:<br>October 26, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 2073 | | | ADMITTED – Email From: Lisa Peterson; To: Jerry Tubergen; Subject: Theranos Memo w/attachment Theranos Summary October 3, 2014 (Dated 10/12/2014) | |
| EX 4858 | | | ADMITTED – Theranos Confidential Overview | |
| | | 11:00 am | Jury and witness excused for break 30 mins | |
| | | 11:01 am | Court in session outside presence of Jury | |
| | | | Defense counsel requests meeting in chambers | |
| | | 11:02 am | Court takes recess | |
| | | 11:02 am | Court meets with Counsel in chambers on record – [Court ordered portion of transcript SEALED due to content cannot be accessed] | |
| | | 11:15 am | Meeting concludes off record | |
| | | 11:15 am | Court takes recess 25 mins | |
| | | 11:42 am | Court in session Counsel and Defendant present. Jury seated | |
| | | | W#18 resumes the stand for further direct examination | |
| EX 2107 | | | ADMITTED – Email chain – From: Sunny Balwani; To: Jerry Tubergen; Subject: Thank you w/attachment (Dated 10/21/2014) | |
| EX 2166 | | | ADMITTED – RDV Approval Document – New Equity Investment Direct Investment: Theranos, Inc. (Closed 10/31/2014) | |
| EX 2851-1 | | | ADMITTED – Mad Money clips played for jury<br>Objections overruled by the Court | |
| EX 2851-2 | | | ADMITTED – Mad Money clips played for jury | |

3

| TRIAL DATE: October 26, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 2851-3 | | | ADMITTED – Mad Money clips played for jury | |
| EX 3152 | | | ADMITTED – 4/18/2016 Today Show Clip of Ms. Holmes – played for Jury<br>Objections overruled | |
| | | 12:23 pm | Sidebar | |
| | | 12:27 pm | Sidebar concluded | |
| | | 12:29 pm | Court resumes in session with Counsel and Defendant. Jury seated | |
| | | 12:29 pm | Government resumes to play the clip Exhibit 3152 | |
| | | 12:34 pm | Direct examination resumes of W#18 | |
| | | 12:36 pm | Direct examination of W#18 concludes | |
| | CX | 12:37 pm | Cross-examination of W#18 begins by Defense Counsel Lance Wade | |
| | EX 2170 | | ADMITTED – Email From: Jerry Tubergen; To: Sunny Balwani; Subject: Executed Document w/attachment (Dated 10/31/2014) | |
| | EX 1938 | | IDENTIFICATION - | |
| | EX 12751 | | ADMITTED – Email From: Mosely; To: Jerry Tubergen; Subject: Cover Story from Fortune June 2014 w/attachment Theranos .pdf (Dated 9/17/2014) | |
| | EX 4197 | | ADMITTED – Letter from Daniel Mosely; To: Henry Kissinger (Dr. Kissinger) Re: Theranos analysis w/enclosure (Dated 9/2/2014) | |
| | EX 10587 | | IDENTIFICATION - | |
| | EX 11453 | | IDENTIFICATION - | |

4

| TRIAL DATE:<br>October 26, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 1:32 pm | Court takes recess 30 mins. |
|  |  | 2:02 pm | Court in session Counsel and Defendant present. Jury seated |
|  |  |  | Cross examination resumes of W#18 |
|  | EX 11249 |  | IDENTIFICATION - |
|  | EX 14089 |  | ADMITTED - Email From: Jerry Tubergen; To: Rick DeVos; Subject: Theranos (Dated 10/24/20214) |
|  | EX 14106 |  | ADMITTED - Email From: Bob Schierbeck; To: Peter Evans; Subject: Updates<br>Admitted objection partially overruled Paragraph 2 ONLY with redactions (Dated 10/14/2014)<br>Objection by Government |
|  | EX 2097 |  | ADMITTED – Email From: Quan Mac; To: Lisa Peterson; Subject: Touching base (Dated 10/20/2014) |
|  | EX 2098 |  | ADMITTED – Email chain – From: Jerry Tubergen; To: Elizabeth Holmes: Subject: Thank you (Dated 10/20/2014) |
|  | EX 12856 |  | ADMITTED – Email chain – From: Jerry Tubergen; To: Doug DeVos; Subject: Thank you (Dated 10/21/2014) |
|  | EX 2139 |  | ADMITTED – Email From: Lisa Peterson; To: Sunny Balwani; Subject: RDV Investments (Dated 10/28/2014) |
|  | EX 14080 |  | ADMITTED – Email From:<br>Subject: Executed Documents (Dated 10/31/2014) |
|  | EX 13987 |  | ADMITTED – Email chain – From: Andrew Mason; To: Erik Oster; Subject: Signed write-ups (Dated 11/5/2014) |
|  | EX 14081 |  | ADMITTED – DeVos Family Council Meeting Notes (Dated 12/17/2014)<br>Court admitted with further redactions |

| TRIAL DATE: October 26, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | EX 5273 | | IDENTIFICATION – Objection by the Government | |
| | | 4:02 pm | Jury admonished and excused for the day and witness excused to return for further testimony tomorrow | |
| | | 4:02 pm | Court in session outside presence of the Jury taking up objection re Exhibit 5273 | |
| | | | Court to further review exhibit 5273 and address it with Counsel tomorrow morning | |
| | | | Defense Counsel Kevin Downey addresses the Court with objections to evidence with upcoming testimony of witness Alan Eisenman (Exhibits 2216, 2468, and in a limited way 1371) Court to review proposed redactions by defense<br>Court hears arguments about further potential testimony of witness | |
| | | 4:45 pm | Court taking up housekeeping matters re schedule of upcoming witnesses | |
| | | 4:52 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for tomorrow, Wednesday, 10/26/2021 at 8:15 am with Counsel and Jury 9:00 am | |