UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date: 10/27/2021
Time in Court: 8:14-8:20am, 8:35-9:12am
**(TOTAL time: 43 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 24)**

Further Jury Trial held. The Court informed the parties re the closure of courthouse due to building having no water. Trial proceedings not held.
The Court provided the updated trial schedule to the parties and jury as follows: Nov. 2,3,4,9,10, 15(am),16,17,18,19,22(am),23,29(am) and 30, 2021.
Further Jury Trial scheduled for Tuesday, November 2, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: N/A
Defendants: N/A

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: N/A
Defendants: N/A
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>October 27, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:14 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court addresses the parties of the situation of water | |
| | | 8:20 am | Court takes recess | |
| | | 8:35 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court addresses with Counsel the objection of Exhibit 5273 | |
| | | | Court hears from Counsel as to additional objections to evidence with upcoming testimony | |
| | | 9:04 am | Court concludes with Counsel | |
| | | 9:05 am | Court in session with Counsel and Defendant. Jury seated | |
| | | 9:10 am | Jury admonished and excused | |
| | | 9:12 am | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, November 2, 2021 at 9:00 a.m. | |