JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO EXCLUDE TESTIMONY OF B.B.**<br><br>Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
MOTION TO EXCLUDE TESTIMONY OF B.B.
CR-18-00258 EJD

1	I, AMY MASON SAHARIA, declare as follows:

2	1.	I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice*
3	in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Exclude
4	the Testimony of B.B. I attest to the following facts upon which the Motion relies.

5	2.	Attached to this declaration is Exhibit 1 which is a true and correct copy of a March 30,
6	2020 memorandum of interview of B.B., redacted to protect confidential information.

7	I declare under penalty of perjury under the laws of the United States that the foregoing is true
8	and correct to the best of my knowledge.

9	Executed this 30th day of October 2021 in Chevy Chase, MD.

　　　　　　　　　　　　　　　　　　AMY MASON SAHARIA
　　　　　　　　　　　　　　　　　　Attorney for Elizabeth Holmes

28	DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
MOTION TO EXCLUDE TESTIMONY OF B.B.
CR-18-00258 EJD

1