# EXHIBIT 1

FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry ___03/30/2020___

### PATIENT MEDICAL INFORMATION

This document contains patient medical information protected under the Privacy Act or the Health Insurance Portability and Accountability Act. Such information may be accessed and used only if necessary for the performance of one's official duties and only to persons with a need-to-know. This information must be safeguarded and protected from inadvertent disclosure.

███████████████████████████████████████ was interviewed in person at ████████████████████████████████████ Also present was Assistant United States Attorney Vanessa Baehr-Jones. After being advised of the identity of the interviewers and the nature of the interview, ████████ provided the following information:

████████ was retired and previously worked as a geologist.

Late 2009 and early 2010 ████████ was diagnosed with Essential Thrombocythemia (ET), which resulted in too many platelets in his blood. As a result, ████████ has to monitor his platelets. During this process, ████████ was able to recognize when his platelets were too high from how he felt. ████████ would start to feel bad when they were over 750.

████████ liked to monitor his platelets, but also did not want to pay for a doctor visit every time in order to get a prescription for the blood test. Arizona changed its law so that individuals could request their own blood tests, without a doctor's order. Previously, ████████ used an online provider that would write ████████ doctor's notes for blood draws.

████████ read news about Theranos online, most likely in Wired Magazine. ████████ may have also seen online advertisements. Because of the Arizona law change, ████████ was able to go into Walgreens to get his blood tested by Theranos. ████████ went to Theranos a few times, but the results made him suspicious as the counts seemed to be running high. ████████ went in August

---

Investigation on   03/02/2020   at ████████████████   United States (In Person)

File #  318A-SF-7315857                                          Date drafted   03/04/2020

by   Adelaida Hernandez

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of ███████████████ , On 03/02/2020 , Page 2 of 2

11, 2015, August 21, 2015, August 27, 2015, and December 11, 2015.

████████ thought that from the first test he was suspicious of the result, so he kept going to see if Theranos would get it right. For the August 27, 2015 test, ████████ decided to have Theranos and another laboratory run the same test. Theranos' test reported platelets of 909.6, while the major lab test put him into normal range, around 700. For this test, ████████ drove from Theranos to his doctor's office right away and there was probably an hour between the two samples.

████████ went back in December to see if Theranos had fixed the issue, and ended up receiving an email (four days after his test) that he may be having a medical emergency. The test result still appeared incorrectly high and ████████ decided to stop using Theranos. ████████ provided material from his Theranos test experiences. [Agent's note: The documents were attached to the 1A hereto].

Theranos used the fingerstick test only during ████████ first visit, the remainder of the visits used vein draw.

████████ found Theranos appealing initially because they were supposed to only use a small sample of blood. There were also reports of Theranos' positive technology breakthrough. In addition, Theranos' tests were less than ████████ usual personal labs (which were $30). ████████ did not recall if his doctor mentioned Theranos. When ████████ was no longer interested in using Theranos, ████████ found a lab that did the test for $15.

████████ remembered visiting Theranos at the Walgreens. The employees were excited, talking about how Theranos was building offices in Scottsdale and the company had great prospects. Each time ████████ visited there was a different Theranos technician taking his blood in the small room. When the press shifted to being critical of Theranos, the employees seemed down during his visits. ████████ used the Walgreens at ████████████████████ ████████████████ . ████████ personally paid, likely with his credit card, for the Theranos tests.

████████ tried to call Theranos to complain about the test results being incorrect, but he did not get a response. If they did speak to ████████ , the answer was unsatisfying and he did not remember it.

US-REPORTS-0015059