1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,              )  Case No. CR-18-00258-EJD
15                                        )
           Plaintiff,                     )  **[PROPOSED] ORDER GRANTING MS.**
16                                        )  **HOLMES' MOTION TO EXCLUDE**
       v.                                 )  **TESTIMONY OF B.B.**
17                                        )
   ELIZABETH HOLMES and                   )
18 RAMESH "SUNNY" BALWANI,                )  Hon. Edward J. Davila
                                          )
19         Defendants.                    )
                                          )
20                                        )
                                          )
21 _____)

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MS. HOLMES'
MOTION TO EXCLUDE TESTIMONY OF B.B.
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2  Exclude Testimony of B.B.  After due consideration of the filings, the governing law and the argument
3  of the parties:
4      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5      IT IS FURTHER ORDERED that the testimony of B.B. is excluded.
6      IT IS SO ORDERED.

8  Dated: _____

                                                                   _____
                                                                   Hon. Edward J. Davila
                                                                   United States District Judge

28  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION
TO EXCLUDE TESTIMONY OF B.B.
CR-18-00258 EJD

1