STEVEN D. ZANSBERG (SBN 177528)

Law Office of Steven D. Zansberg, LLC
100 Fillmore Street, Suite 500
Denver, Colorado 80206
Phone Number (303) 385-8698
Fax Number: (720) 650-4763
Email: steve@zansberglaw.com

Attorney for Proposed Intervenor Media Coalition

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. 18-cr-00258-EJD<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL MEDIA COALITION'S SUPPLEMENTAL REPLY IN SUPPORT OF ITS MOTION TO UNSEAL COMPLETED QUESTIONNAIRES OF SEATED JURORS AND ALTERNATES**<br><br>Courtroom: 4, 5th Floor<br>Hon. Edward J. Davila |

## ADMINISTRATIVE MOTION

Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Intervenors the Media Coalition hereby moves this Court for leave to file under seal the Media Coalition's Supplemental Reply in support of its to Motion Seeking the Unsealing of Completed Jury Questionnaires. A redacted copy is being filed contemporaneously on the public docket today.

The Media Coalition respectfully submits that good cause exists to file its Supplemental Reply under seal. The Supplemental Reply contains information conveyed during the Court's under seal colloquy with the jurors. Accordingly, the content of those conversations should remain under seal until the Court unseals the transcript.

DATED: November 1, 2021

/s/ Steven D. Zansberg

STEVEN D. ZANSBERG
Attorney for The Media Coalition

(American Broadcasting Companies, Inc. d/b/a ABC News, the Associated Press, Bloomberg L.P., The Daily Mail, Dow Jones and Company, Inc., NBCUniversal Media, LLC, The New York Times Company, Portfolio Media, Inc. – publisher of Law360, Three Uncanny Four LLC, and the Washington Post Company)

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, a copy of this filing was delivered via ECF to all counsel of record.

/s/ Steven D. Zansberg
STEVEN D. ZANSBERG