UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  11/2/2021
Time in Court: 8:25-8:54am,9:11-10:46,11:23-11:32,11:34-11:50am,11:52-1:28pm,2:04-4:11pm
**(TOTAL time: 6 Hrs. 12 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Counsel for witness Roger Parloff: David Korzenik, Joshua Koltun appeared telephonically
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 25)**
Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Tuesday, November 2, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1992,188,200,201,192,223,259,262,4163,4173,3387,3844,4202,4221,4284,4286,4303, 2172,4162
Defendants: 14210,14212,14076,11249,11253,10588,10570,10571,7079,10572,10573,10574, 14129,14130,14206

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1992,188,200,201,192,223,259,262,4163,4173,3387,3844,4202,4221,4284,4286,4303, 2172**
Defendants:**14212,14076,10588,10570,10571,7079,10572,10573,10574,14129, 14130,14206**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 2, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:25 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Court addresses the parties to plan to discuss the following items: Dkt. 1103 Exclude witness Parloff, Dkt. 1116 Exclude witness BB, and as to witness Mosley Defense objections to documents pertaining to his testimony | |
| | | | Defer Dkt. 1116 for the parties to address it tomorrow | |
| | | | Defense Counsel John Cline addresses the Court as to Dkt. 1103 to exclude witness Parloff | |
| | | | Court addresses trial schedule of Juror with the parties | |
| | | 8:54 am | Court takes recess | |
| | | 9:11 am | Court in session Counsel and Defendant are present. Jury seated. | |
| | CX | 9:15 am | Cross-examination of W#18 Lisa Peterson resumes by Defense Counsel Lance Wade | |
| | EX 14210 | | IDENTIFICATION - | |
| | EX 14212 | | ADMITTED – Email chain – From: Rob Schierbeek; To: Matt Brinks, Jeff Lambert; Subject: Cash (Dated 10/6/2014) | |
| | EX 1992 | | ADMITTED – Email From: Lisa Peterson; To: Randy Damstra; Subject: None (Dated 9/30/2014) | |

2

| TRIAL DATE: November 2, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 14076 |  | ADMITTED – Letter from Theranos To: Jerry Tubergen (Dated 9/24/2014) | |
|  | EX 11249 |  | IDENTIFICATION - | |
|  | EX 11253 |  | IDENTIFICATION - | |
|  | EX 10588 |  | ADMITTED – Theranos Series C-2 Preferred Stock Purchase Agreement (signed) | |
|  |  | 10:24 am | Cross-examination concludes | |
| RDX |  | 10:24 am | Re-direct examination of W#18 begins by Government Counsel Robert Leach | |
|  |  | 10:44 am | Jury and witness excused for break | |
|  |  | 10:44 am | Court in session outside presence of Jury addressing an individual in the gallery | |
|  |  | 10:46 am | Court takes recess 30 mins | |
|  |  | 11:23 am | Court in session Counsel and Defendant present.  Jury seated. | |
| RDX |  |  | Re-direct examination resumes of W#18 | |
| EX 2065 |  |  | IDENTIFICATION – Defense objects to the admission of Exhibit 2065 | |
|  |  | 11:32 am | Court off the record for Sidebar | |
|  |  | 11:34 am | Court on record at Sidebar | |
|  |  | 11:50 am | Sidebar concludes | |
|  |  | 11:52 am | Court resumes and the Court sustains the objection to Exhibit 2065, it will not be admitted at this time | |
|  | RCX | 11:52 am | Re-Cross examination begins of W#18 | |

| TRIAL DATE: November 2, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 11:54 am | W#18 is excused |
| | | | Government calls next witness |
| | | 11:55 am | W#19 Constance Cullen – sworn |
| DX | | | Direct examination of W#19 begins by Government Counsel Jeffrey Schenk |
| EX 188 | | | ADMITTED - Email chain – From: Elizabeth Holmes; To: Constance Cullen; Subject: Follow up to our call w/attachment (Dated 3/6/2009) |
| EX 200 | | | ADMITTED - Services Agreement between Schering Corporation ("SPRI") and Theranos |
| EX 201 | | | ADMITTED - Email chain – From: Elizabeth Holmes; To: James McLeod, Constance Cullen; Subject: Follow up (Dated 4/15/2009) |
| EX 192 | | | ADMITTED - Email From: Carolyn Balkenhol Re: Appointment for Calendar sent 3/30/2009 for Meeting on 5/5/2009; Subject: Copy – Schering-Plough Folks here – Draft Agenda Attached. |
| EX 223 | | | ADMITTED – Email chain – From: Constance Cullen; To: Gary Frenzel; Subject: Assay Development (Dated 6/16/2009) |
| EX 259 | | | ADMITTED – Email chain – From: Gary Frenzel; To: Constance Cullen; Subject: Validation Report w/attachment (Dated 12/3/2009) |
| EX 262 | | | ADMITTED – Email chain – From: Gary Frenzel; To: Constance Cullen; Subject: Validation Report (Dated 12/9/2009) |
| | | | Direct examination of W#19 concludes |
| | CX | 12:34pm | Cross-examination of W#19 Constance Cullen begins by Defense Counsel John Cline |
| | EX 10570 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Constance Cullen; Subject: Follow up to our call w/attachments (Dated 11/12/2008) |

4

| TRIAL DATE: November 2, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | EX 10571 | | ADMITTED – Email chain – From: Constance Cullen; To: Elizabeth Holmes; Subject: Follow up to our call (Dated 12/10/2008) |
| | EX 7079 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: James McLeod, Constance Cullen and cc'd Carolyn Balkenhol; Subject: Follow up w/attachments (Dated 4/15/2009) |
| | EX 10572 | | ADMITTED – Meeting Agenda with Theranos and Schering-Plough (Dated 5/5/2009) |
| | EX 10573 | | ADMITTED – Email chain – From: Gary Frenzel; To: Constance Cullen; Subject: Validation Report (Dated 12/3/2009) |
| | EX 10574 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Constance Cullen; Subject: Follow up (Dated 3/5/2010) |
| | | | Cross examination concludes |
| | | | W#19 is excused |
| | | | Government calls next witness |
| | | | W#20 Daniel Lynn Mosley – Sworn |
| DX | | | Direct examination of W#20 Daniel Mosley begins by Government Counsel Jeffrey Schenk |
| EX 4163 | | | ADMITTED - Email From: Daniel Mosley; To: Elizabeth Holmes; Subject: None; Content re Private Placement Memorandum (Dated 7/22/2014) |
| | | 1:26 pm | Jury and witness excused for the break |
| | | 1:27 pm | Court takes up housekeeping matters |
| | | 1:28 pm | Court takes recess 30 mins |
| | | 2:04 pm | Court in session Counsel and Defendant present. Jury seated |
| | | | Direct examination of W#20 resumes |

| TRIAL DATE: November 2, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 4173 | | | ADMITTED – Letter From: Elizabeth Holmes; To: Daniel Mosley; Subject: None – Enclosure to letter package information (Dated 8/18/2014) | |
| EX 3387 | | | ADMITTED – Enclosure to Letter From: Elizabeth Holmes; To: Daniel Mosley (Ex. 4173) Materials from Theranos | |
| EX 3844 | | | ADMITTED – Johns Hopkins Materials | |
| EX 4202 | | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None (Dated 9/2/20214) | |
| EX 5387D | | | PREVIOUSLY ADMITTED – 2 Text Messages (Pg. 16) | |
| EX 4221 | | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None – Content Confidential Disclosure Agreement (Dated 9/18/2014) | |
| EX 4284 | | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: Meeting las Friday (Dated 10/20/2014) | |
| EX 4286 | | | ADMITTED – Email chain – From: Sunny Balwani; Subject: Investment Docs (Dated 10/24/2014) | |
| EX 4303 | | | ADMITTED – Email From: Daniel Mosley; To: Elizabeth Holmes; Subject: Master Signature Pg. (Dated 10/30/2014) | |
| EX 2172 | | | ADMITTED – Theranos Document Redemption Certification to Mosley From: Elizabeth Holmes (Dated 10/31/2014) | |
| | | 3:27 pm | Direct examination concludes | |
| | CX | 3:29 pm | Cross examination of W#20 Daniel Mosley begins by Defense Counsel Lance Wade | |
| | EX 4162 | | IDENTIFICATION - | |

| TRIAL DATE: November 2, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | EX 14129 | | Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None Content Follow up re Private Placement materials (Dated 7/31/2014) | |
| | EX 14130 | | Message Slip From: Daniel Mosley's Assistant to call Elizabeth Holmes on Monday (Dated 8/14/2014) | |
| | EX 14206 | | 3 Binders of materials submitted to Daniel Mosley in association with the Letter from Theranos Dated 8/18/2014 | |
| | | 4:00 pm | Court admonishes Jury and Jury is excused | |
| | | 4:01 pm | Witness excused to return tomorrow for further testimony | |
| | | 4:01 pm | Court in session outside presence of Jury taking up housekeeping matters | |
| | | | Government addresses the Court re the defense objections as to exhibits related to Daniel Mosley | |
| | | | Court suggested with Counsel to address the Motion re witness Roger Parloff to be scheduled on Monday, November 8, 2021 in the morning, hearing time to be determined | |
| | | 4:11 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Wednesday, November 3, 2021 at 8:15 am with Counsel and 9:00 am with Jury | |
| | | | | |