UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

Minute Order and Trial Log

Date:  11/3/2021
Time in Court: 8:39-9:14am,9:28-11:08,11:46-11:52am,12:07-1:33pm,2:04-2:32,2:34-2:43, 2:44-2:56pm
**(TOTAL time: 4 Hrs. 36 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, John Cline, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 26)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Thursday, November 4, 2021 at 9:30 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1938,2110,
Defendants:14118,14119,11115,11117,14149,14124,14125,14151,14152,14153,14169,14168, 14138,14139,14135,14207,14208

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **2110**
Defendants: **14118,14119,14149,14124,14151,14152,14153,14169,14135,14207,14208**

///

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 3, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:39 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | | Counsel addresses the Court re Defense Motion to Exclude Testimony (Dkt. 1116)<br>Court heard oral arguments as to the motion.  The Court to issue an order. | |
| | | 9:14 am | Court takes recess | |
| | | 9:28 am | Court in session Counsel and Defendant present. Jury seated. | |
| | CX | | Cross-examination of W#20 Daniel Mosley by Defense Counsel Lance Wade resumes | |
| | | 9:40 am | Defense displays a demonstrative document relating to Theranos Investors | |
| | EX 14118 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Mosley; Subject: Blank CDA (Dated 8/19/2014) | |
| | EX 14119 | | ADMITTED – Email chain – From: Daniel Mosley: To: Elizabeth Holmes; Subject: None – Content refers to materials received | |
| | EX 11115 | | IDENTIFICATION - | |
| | | 11:08 am | Court takes recess 30 mins | |

2

| TRIAL DATE: November 3, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 11:46 am | Court in session outside presence of Jury. Counsel and Defendant are present. | |
| | | 11:47 am | Government requests to augment the argument as to the Motion to Exclude that was addressed this morning. | |
| | | 11:52 am | Court off record | |
| | | 12:07 pm | Court in session Counsel and Defendant present. Jury seated | |
| | CX | | Cross-examination of W#20 resumes | |
| | EX 11117 | | IDENTIFICATION - | |
| | EX 1938 | | IDENTIFICATION – Pg. 3 REDACTED shown as demonstrative Government objection sustained re admission | |
| | | | Defense displayed demonstrative document calendars from July 2014 to December 2014 | |
| | EX 14149 | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None – content of email consists of arranging a meeting in California with investors (Dated 9/25/2014) | |
| | EX 14124 | | ADMITTTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None – content of email consists of information re investors (Dated 10/6/2014) | |
| | EX 14125 | | IDENTIFICATION – Government objection sustained re admission | |
| | EX 14151 | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: None – content of email consists of information re travel to Palo Alto (Dated 10/7/2014) | |
| | EX 14152 | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: Meeting with DeVos Family/Meeting on Friday (Dated 10/15/2014) | |

| TRIAL DATE: November 3, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 14153 | | ADMITTED – Email Chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: Meeting with DeVos Family/Meeting on Friday (Dated 10/14/2014) | |
| | EX 2110 | | ADMITTED – Email chain – From: Daniel Mosley; To: Elizabeth Holmes; Subject: Meeting last Friday (Dated 10/21/2014) | |
| | | 1:33 pm | Court takes recess 30 mins | |
| | | 2:04 pm | Court in session with Counsel and Defendant. Jury seated | |
| | CX | | Cross examination of W#20 resumes | |
| | EX 14169 | | ADMITTED – Email From: Daniel Mosley; To: Elizabeth Holmes; Subject: Hank Slack (Dated 11/19/2014) | |
| | EX 14168 | | IDENTIFICATION – Objection by Government (to address at sidebar) | |
| | EX 14138 | | IDENTIFICATION – Objection by Government (to address at sidebar) | |
| | EX 14139 | | IDENTIFICATION – Objection by Government (to address at sidebar) | |
| | EX 14135 | | ADMITTED – Email chain – From: Christopher Boies; To: Daniel Mosley; Subject: Theranos (Dated 10/30/2014) | |
| | EX 14207 | | ADMITTED – Walgreen's webpages (Dated 10/9/2014) Admission is conditional upon authentication | |
| | EX 14208 | | ADMITTED – Theranos webpages (Dated 8/19/2014) Admission is conditional upon authentication | |
| | | 2:32 pm | Court conducted a sidebar | |
| | | 2:34 pm | Sidebar begins | |
| | | 2:43 pm | Sidebar concludes | |

4

| TRIAL DATE: November 3, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 2:44 pm | Court in session and Court sustains the Government's objection re the admission of Exhibits 14138, 14139 and 14168 – NOT ADMITTED | |
|  | CX | 2:44 pm | Cross examination of W#20 resumes | |
|  |  | 2:45 pm | Cross examination concludes | |
| RDX |  | 2:46 pm | Re-direct examination of W#20 begins by Government Counsel Jeffrey Schenk | |
|  |  | 2:54 pm | Re-direct examination concludes | |
|  |  | 2:54 pm | W#20 excused | |
|  |  | 2:54 pm | Court admonishes the Jury and Jury is excused | |
|  |  | 2:56 pm | Court adjourns for the day | |
|  |  |  | Further Jury Trial scheduled for Thursday, November 4, 2021 at 9:30 a.m. | |