# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/4/2021
Time in Court: 9:38-11:41am,12:31pm-2:04,2:37-4:25pm
**(TOTAL time: 5 Hrs. 24 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 27)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Tuesday, November 9, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5016,5095,1102,5143,5144,5444,5446,5447,1770 pgs. 1&2 only,5448,
Defendants: 7366,14219,12022,14213,12003A,14111,12051,12052,12054,12323 Pgs. 12&13 highlighted portion only,14217,12604,10585,10586

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **5016,5095,1102,5143,5144,5444,5446,5447,1770 pgs. 1&2 only,5448**
Defendants: **7366,12022,14213,12003A,12051,12052,12054,12323 Pgs. 12 &13 highlighted portion only,12604,10586**

///



Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 4, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 9:38 am | Court in session Counsel and Defendant are present. Jury seated |
|  |  |  | Government calls next witness |
|  |  |  | W#21 Christopher Lucas – Sworn |
| DX |  | 9:41 am | Direct examination of W#21 Chris Lucas begins by Government Counsel John Bostic |
| EX 5016 |  |  | ADMITTED – Email From: Nicole Harper; To: Chris Lucas; Subject: Theranos Series B Financing – Update |
| EX 5095 |  |  | ADMITTED – Email From: Theranos; To: Theranos Shareholders; cc: Elizabeth Holmes; Subject: Theranos (Dated 7/30/2013) |
| EX 1102 |  |  | ADMITTED – Email From: Theranos; To: Theranos Shareholders; Subject: Theranos (Dated 9/7/2013) |
| EX 5143 |  |  | ADMITTED – Email chain – From: Theranos; To; Theranos Shareholders; Subject: Theranos Stockholder Consents for Signature w/attachments (Dated 12/15/2013) |
| EX 5144 |  |  | ADMITTED – Email chain – From: Chris Lucas; To: Theranos; Subject: Theranos Stockholder Consents for Signature (Dated 12/18/2013) |
| EX 5444 |  |  | ADMITTED – Email chain – From: Chris Lucas; To: Elizabeth Holmes; Subject: BDV Investment (Dated 12/24/2013) |

| TRIAL DATE: November 4, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 5446 | | | ADMITTED – Email chain – From: Chris Lucas; To: Elizabeth Holmes; Subject: Liquidation Preference Question (Dated 12/29/2013) | |
| EX 5447 | | | ADMITTED – Email chain – From: Ana Quintana; To: Theranos; cc: Chris Lucas; Subject: Theranos Stockholder/Black Diamond Ventures (Dated 12/31/2013) | |
| EX 7366 | | | ADMITTED – Email chain – From: Ana Quintana; To: Ana Quintana; bcc: investors; Subject: IMPORTANT UPDATE (ONLY Pgs. 2 through 69) (Dated 12/29/2013) | |
| EX 1770 | | | ADMITTED – Email From: Theranos; To: Shareholders; Subject: Theranos (ONLY Pgs. 1 & 2) (Dated 6/12/2014) | |
| | | 11:07 am | Direct examination concludes | |
| | CX | 11:08 am | Cross examination of W#21 Chris Lucas begins by Defense Counsel Kevin Downey | |
| | EX 14219 | | IDENTIFICATION - | |
| | EX 12022 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Chris Lucas; Subject: Great to meet you! w/attachments (Dated 12/22/2005) | |
| | | 11:40 am | Jury and witness excused for break | |
| | | 11:41 am | Court in session outside presence of Jury | |
| | | 11:41 am | Court takes recess 30 mins | |
| | | 12:31 pm | Court in session Counsel and Defendant are present. Jury seated | |
| | CX | | Cross examination of W#21 resumes | |
| | EX 14213 | | ADMITTED – Theranos Series B Stock Purchase Agreement (Dated 2/3/2006) | |
| | EX 12003A | | ADMITTED – Theranos Series C Preferred Stock Purchase Agreement | |

| TRIAL DATE:<br>November 4, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 14111 | | IDENTIFICATION - | |
| | EX 12051 | | ADMITTED – Email From: Chris Lucas; To: Elizabeth Holmes; Subject: Theranos Revenue Model (attachment) (Dated 6/29/2007) | |
| | EX 12052 | | ADMITTED – Email From: Chris Lucas; To: Elizabeth Holmes; Subject: Theranos Models (Dated 7/14/2007) | |
| | EX 12054 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Chris Lucas; Subject: quick note (Dated 7/24/2007) | |
| | EX 12323 | | IDENTIFICATION –<br>Government objects to admission | |
| | | 2:03 pm | Jury and witness excused | |
| | | 2:04 pm | Court takes recess 30 mins | |
| | | 2:37 pm | Court in session Counsel and Defendant are present. Jury seated | |
| | CX | | Cross examination of W#21 resumes | |
| | EX 12323 | | ADMITTED – Transcript of call ONLY pgs. 12 & 13 portions highlighted<br>Admitted not for the truth of the matter asserted | |
| | EX 5448 | | ADMITTED – Email From: Theranos; To: Ana Quintana; Subject: Theranos Stockholder (Dated 1/21/2014) | |
| | EX 14217 | | IDENTIFICATION - | |
| | EX 12604 | | IDENTIFICATION - | |
| | | 3:09 pm | Cross examination concludes | |
| RDX | | 3:09 pm | Re-direct examination of W#21 Chris Lucas begins by Government Counsel John Bostic | |

| TRIAL DATE: November 4, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:24 pm | Re-direct examination concludes | |
| | RCX | 3:24 pm | Re-Cross examination of W#21 Chris Lucas begins by Defense Counsel Kevin Downey | |
| | | 3:26 pm | Re-Cross examination concludes | |
| | | 3:27 pm | W#21 excused | |
| | | 3:27 pm | Government calls next witness | |
| | | 3:29 pm | W#22 Lynette Sawyer – Sworn | |
| DX | | 3:30 pm | Direct examination of W#22 Lynette Sawyer begins by Government Counsel Robert Leach | |
| | CX | 3:47 pm | Cross examination of W#22 Lynette Sawyer begins by Defense Counsel Lance Wade | |
| | EX 10585 | | IDENTIFICATION - | |
| | EX 10586 | | ADMITTED – Consulting Agreement between Theranos and Lab Consulting Services (Dated 11/19/2014) | |
| | | 4:02 pm | Court admonished the Jury and Jury is excused | |
| | | 4:04 pm | Witness left the courtroom | |
| | | 4:04 pm | Court in session with Counsel and Defendant outside the presence of the Jury taking up housekeeping matters | |
| | | | Court hears from Counsel re anticipated evidence as to the next witness to be called wherein it relates to a previous motion in-limine and order of the Court re the CMS report | |
| | | 4:25 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, November 9, at 9:00 a.m. | |