JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT NOVEMBER 8, 2021 MOTION HEARING** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DEFENDANT'S WAIVER OF PRESENCE AT NOVEMBER 8, 2021 MOTION HEARING
CR-18-00258 EJD

1

The undersigned defendant hereby waives the right to be present in court upon the motion hearing scheduled for November 8, 2021 at 10:00 a.m. regarding Ms. Holmes' Motion to Exclude Certain Testimony of Roger Parloff and to Exclude TX 3033 (Dkt. 1103).  The undersigned defendant further agrees that her interests will be deemed represented at the November 8, 2021 hearing by the presence of her attorneys, the same as if the defendant herself were personally present in court.

DATED: November 5, 2021

_____
ELIZABETH HOLMES

DATED: November 5, 2021

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

DEFENDANT'S WAIVER OF PRESENCE AT NOVEMBER 8, 2021 MOTION HEARING
CR-18-00258 EJD

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2021 a copy of this filing was delivered via ECF on all counsel of record.

JOHN D. CLINE
Attorney for Elizabeth Holmes