Message

| | |
|---|---|
| **From**: | Jim Mattis [jimmattis@▓▓▓▓▓] |
| **Sent**: | 3/1/2016 10:25:02 AM |
| **To**: | Elizabeth Holmes [eholmes@theranos.com]; 'DB' ▓▓▓▓▓; 'Bechtel, Riley' [rileyb@▓▓▓▓]; Susan.Schendel@▓▓▓▓; 'Bill Foege (Independent Contractor)' [Bill.Foege@▓▓▓▓]; 'Bill Frist' [bfrist@▓▓▓▓]; 'gary roughead' [groughead@▓▓▓▓]; kovacedm@▓▓▓▓; snunn▓▓▓▓ 'William J. Perry' [wjperry@▓▓▓▓]; kmatthews@▓▓▓▓ |
| **CC**: | Sunny Balwani [sbalwani@theranos.com]; Heather King [hking@theranos.com] |
| **Subject**: | RE: Theranos Scientific Meeting 2/28 |

Thanks, Elizabeth. I'm heartened but unsurprised at the findings. How soon will the reviews find their way into trade journals and more broadly into the business world news media to reverse the current story?

This is the bend in the knee, I think, where we begin recasting the narrative in scientific terms. Well Done on getting us this far. Best, Jim

**From:** Elizabeth Holmes [mailto:eholmes@theranos.com]
**Sent:** Monday, February 29, 2016 7:31 PM
**To:** DB <▓▓▓▓>; Bechtel, Riley <rileyb@▓▓▓▓>; Jim Mattis <jimmattis@▓▓▓▓>; Susan.Schendel@▓▓▓▓; Bill Foege (Independent Contractor) <Bill.Foege@▓▓▓▓>; Bill Frist (bfrist@▓▓▓▓) <bfrist@▓▓▓▓>; gary roughead <groughead@▓▓▓▓>; kovacedm@▓▓▓▓; snunn▓▓▓▓ William J. Perry <wjperry@▓▓▓▓>; kmatthews@▓▓▓▓
**Cc:** Sunny Balwani <sbalwani@theranos.com>; Heather King <hking@theranos.com>
**Subject:** RE: Theranos Scientific Meeting 2/28

We wanted to share the below and attached in follow up to our discussions, and completion of two scientific review sessions last week in which leading clinical and laboratory experts spent a day plus at Theranos reviewing our data and technologies in depth.

The email chain below and attached are from three of the attendees at Friday's session:

- Dr. Helfet is Director of the Orthopaedic Trauma Service at both Hospital for Special Surgery and New York-Presbyterian Hospital (https://www.hss.edu/physicians_helfet-david.asp).

- Dr. Kickler is Director of the Hematology and Coagulation Laboratory for Johns Hopkins (http://www.hopkinsmedicine.org/profiles/results/directory/profile/0001436/thomas-kickler?pagecount=10&clearpagecache=false&modalpref=false&currpage=1).

- Dr. Spitalnik is Vice-Chairman for Laboratory Medicine and Director of Clinical Laboratories, Columbia University Medical Center Campus of the New York Presbyterian Hospital (http://sklad.cumc.columbia.edu/pharm/cumc/profile_new.php?id=37).

We also completed an in depth, day plus scientific review Monday with top experts in laboratory medicine, including editors of the top laboratory medicine scientific journal, who chair labs at Harvard and other centers of excellence.

They described our work as "nothing short of remarkable" and used the same words we've heard in other sessions, describing our systems as "miniaturized automated laboratories in a box."

Elizabeth


-----Original Message-----
From: Thomas Kickler [mailto:tkickler@jhmi.edu]
Sent: Sunday, February 28, 2016 4:10 PM
To: Helfet, David MD <HelfetD@HSS.EDU>
Cc: Elizabeth Holmes <eholmes@theranos.com>; Daniel Edlin <dedlin@theranos.com>
Subject: Re: Theranos Scientific Meeting 2/28

Dear Dr Helfet:

I agree. Thank you for your nice summary of the experience that We participated in.

I was not only impressed with the excellent work done but also with the team that has been assembled. The scientist presentations were scholarly, reflected a broad knowledge of laboratory analytical science and clearly presented. I had the impression of a lot of collective expertise and experience at Theranos.

With regards

Tom Kickler


> On Feb 28, 2016, at 3:57 PM, Helfet, David MD <HelfetD@HSS.EDU> wrote:

Gentlemen,
On behalf of Elizabeth and myself many thanks for not only giving us of your time Friday,
but also of your remarkable collective expertise and experience.
Elizabeth and her team told us they would show us what they had and their data.
True to their promise they did provide us unfettered access and answered all our questions. Despite some initial skepticism I do believe ultimately we were all convinced;
--the vacutainer works
--if done correctly reliable small amounts of blood via fingerstick can be obtained for testing

Confidential
THPFM0004700532

--Theranos has the technology to test nano amounts of bold with the same tests and accuracy as routinely done today with traditional venopuncture

--the "lab in a box" is a reality and will be a "game changer"

As we move forward we need your continued involvement and help.

We are structuring a Scientific/Medical Advisory Board and will send details and hope you will join!!!!

Again many thanks for all your help,

Best,

David


Sent from my iPad

==========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com