| | |
|---|---|
| **From:** | Turner, Lindsay (OS) <Lindsay.Turner@hhs.gov> |
| **Sent:** | Thursday, September 9, 2021 11:46 AM |
| **To:** | Scavdis, George |
| **Subject:** | FW: Theranos - CMS-2567 |
| **Attachments:** | CA_Surveyor Notes_SBennett.pdf; CA Personnel Forms.pdf; CMS-209, Personnel, 09-2015 Survey.pdf; Presentation.pdf |

George- I didn't realize that Sarah answered in her email – see red text below.  Please let me know if we still need a call.  Thanks!
Lindsay

**From:** Bennett, Sarah F. (CMS/CCSQ) <Sarah.Bennett1@cms.hhs.gov>
**Sent:** Thursday, September 9, 2021 8:21 AM
**To:** Turner, Lindsay (HHS/OGC) <Lindsay.Turner@hhs.gov>
**Subject:** RE: Theranos - CMS-2567

Lindsay,

Here you go.  Attached are my surveyor notes as well as personnel lists and a presentation given to Gary and me at the beginning of the September survey.  I'm not sure where they are in the docs I provided, but they should all be there.

Please let me know if George and Bob need anything else.

Sarah

**From:** Turner, Lindsay (HHS/OGC)
**Sent:** Monday, August 30, 2021 10:02 AM
**To:** Bennett, Sarah F. (CMS/CCSQ) <Sarah.Bennett1@cms.hhs.gov>
**Subject:** FW: Theranos - CMS-2567

Hi Sarah,

Below is a request for assistance from the FDA agent working on the Holmes trial.  Do you think you can answer his questions and provide a copy of your survey notes?  I think we have some time to respond so if it takes you a week or so that should be fine.

Thanks,
Lindsay

**From:** Scavdis, George <George.Scavdis@fda.hhs.gov>
**Sent:** Sunday, August 29, 2021 9:40 PM
**To:** Turner, Lindsay (HHS/OGC) <Lindsay.Turner@hhs.gov>
**Cc:** 'Robert.Leach@usdoj.gov' <Robert.Leach@usdoj.gov>
**Subject:** Theranos - CMS-2567

   Good evening Lindsay.

CMS-USAO-001391

We're hoping Sarah can assist us with answering the below questions with regard to the CMS-2567.  Ignore my request to meet with you on Monday,
unless you think further explanation would be helpful, which I'd be happy to provide.

1. Does Sarah have an index identifying all of the individuals (name and position title) that she interviewed while conducting the survey?
    - See page 3 – Langley Gee was the QA/QC Manager
    - See page 4 –
    
    - Examples:
        o Page 4 Langley Gee (LGee) was interviewed on 9/23 at 9:35 am.
        
        o Page 18 – Hoda Alamdar (HA) was interviewed on 11/19/15 at 11:40 am.
        
2. Can you provide a .PDF of Sarah's surveyor's notes so that I can locate them in the CMS production which is bates numbered?  See attached.
3. Please ask Sarah to identify the following individual(s) that she interviewed who are all referenced in the 2567:
    a. General supervisor(s) – Hoda Alamdar, Gurbir Sidhu
    b. Technical supervisor(s) – Godfried Masinde, Hoda Alamdar
    c. Director of Assays – Dr. Suraj Saksena
    d. Quality Assurance Quality Control Manager – Langley Gee
    e. "the Senior Vice President" (see pg. 71 of 2567 for reference) - Dr. Daniel Young
4. Please ask Sarah to look through her surveyor's notes and "demask" the following individuals:
    a. Page 36 (reference to the general supervisor): Would have been Hoda or Gurbir – see #3
        i. D5481 | 493.1256(f)(g) CONTROL PROCEDURES

           (f) Results of control materials must meet the laboratory's and, as applicable, the manufacturer's test system criteria for acceptability before reporting patient test results.

           (g) The laboratory must document all control procedures performed.
           This STANDARD is not met as evidenced by:
           1. Based on review of the prothrombin time/international normalized ratio (PT/INR) procedure, quality control (QC) records, patient results and interview with the general supervisor, the laboratory failed to ensure that the QC for PT/INR was acceptable prior to reporting patient results from April 2015 through September 2015. Findings include:
    b. Page 37 (reference to the general supervisor): Would have been Hoda or Gurbir – see #3
        i. 2. Based on review of the quality control (QC) procedure, QC records, and raw data from patient test runs and interview with the general supervisor, the laboratory failed to ensure that the QC was acceptable for the Theranos Proprietary System (TPS) prior to reporting patient test results:  Findings include:
    c. Page 63 (reference to laboratory personnel interviews):  I believe it was Dr. Daniel Young (Lab Director in AZ and Senior VP of Theranos Systems - at CA survey)

       i.
>    7. Based on laboratory personnel interviews and the laboratory's "Alternative Assessment Program" (AAP) record review on November 20, 2015, the laboratory failed to have an analytic systems quality assessment mechanism that included the timely review of the effectiveness of actions taken. Findings included:

   d. Page 71 (reference to the Senior Vice President): Dr. Daniel Young

>    This STANDARD is not met as evidenced by: Based on review of final reports and interview with the Senior Vice President, the laboratory failed to differentiate the intrepetive data for Warfarin therapy vs. Non-Warfarin Therapy. Findings include:
>
>    a. Thirteen of thirteen final patient test reports reviewed indicated that the International Normalized Ratio (INR) interpretive data on the final report was identical for Warfarin therapy and non-Warfarin therapy.
>
>    b. The Senior Vice President confirmed the above finding on 9/22/15 at approximately 4:45 pm.

       i.

   e. Page 76 (reference to laboratory personnel interviews): This is Gary's citation (D6086 #1), but I believe he spoke with Dr. Daniel Young and Sunny (verify with Gary).

>    The laboratory director must ensure that verification procedures used are adequate to determine the accuracy, precision, and other pertinent performance characteristics of the method.
>    This STANDARD is not met as evidenced by:
>    1. Based on laboratory personnel interview and establishment of vitamin B12 performance specifications record review on September 22, 2015, the laboratory director failed to ensure that verification procedures used were adequate to determine pertinent performance characteristics for the laboratory's vitamin B12 testing methods. Findings included:

       i.

   f. Page 77 (reference to laboratory personnel interviews): This is Gary's citation (D6086 #2).

>    2. Based on laboratory personnel interviews and establishment of performance specifications policies and procedures record review on September 22, 2015, the laboratory director failed to ensure that verification procedures used are adequate to determine the accuracy, precision, and other pertinent performance characteristics of the laboratory's Advia 1800 testing methods. Findings included:

       i.

   g. Page 79 (reference to laboratory personnel interviews): This is Gary's citation (D6086 #3).

>    3. Based on laboratory personnel interviews and establishment of performance specifications record review on November 17, 2015, the laboratory director failed to ensure that ALT, BUN, calcium, glucose, and sodium verification procedures used were adequate to determine the precision of the laboratory's Advia 1800 testing methods. Findings included:

       i.

Thanks Lindsay!



**George Scavdis**
*Special Agent in Charge – Office of Internal Affairs*
**Office of Criminal Investigations**
U.S. Food and Drug Administration
240-276-9412 Office
301-440-9672 Cell

CMS-USAO-001393