File Produced in Native Format

Confidential
THPFM0000024319



CLIA Laboratory Overview

09.22.15

this presentation and its contents are theranos property and confidential.

Theranos Patient Service Centers

# Collection Sites

Theranos' Patient Service Centers are currently located in California, Arizona and Pennsylvania.



Theranos Patient Service Centers

# Patient Service Centers

All Patient Service Centers are staffed by trained Theranos phlebotomists.





theran•s

CLIA Laboratories

# Newark, CA CLIA Laboratory

Theranos' Newark CLIA
laboratory processes an average
of **200 tests per day**

## Specialties and Subspecialties

- Bacteriology
- Mycology
- Virology
- Diagnostic Immunology
- Syphilis Serology
- Chemistry
- Endocrinology
- Toxicology
- Hematology
- Urinalysis
- Immunohematology





CLIA Laboratories

# CLIA laboratory

All high-complexity
samples are shipped to the
Newark laboratory



theran•s

CLIA Laboratories

# CLIA laboratory – Newark, CA

- 1 Lab Director
- 2 Technical Supervisors
- 1 General Supervisor
- 150 Phlebotomists with 4-5 Supervisors
- 10 Customer Service Reps & 1 Manager



theran●s

# CLIA Laboratories – Org Chart





## CLIA Laboratories – Org Chart

**CEO Elizabeth Holmes**

**President and COO Sunny Balwani**

**CLINICAL LABORATORY ASSISTANT**
Brian Martin, BS (CLA)
Calvin Lung, BS (CLA)
Mayumi Castrence, BS (CLA)

Godfred Masinde, Ph.D. MTE, PHM
Technical Supervisor

Sunil S. Dhawan, MD
Laboratory Director

Langly Gee, BS
QA/QC Manager (Advisor)

**CUSTOMER SERVICE AND TRANSCRIPTIONISTS**
Daisy Gonzalez
Lyndsie Hinkel
Junie Hinkley
Kristi Jamison
Jessica Landon
Brittany Lewis
Kavona Reyes
Teresa Sniezek
Samantha Meyerhoff
Amelia Aguirre
Anam Khan
Angelica Cardenas
Elena Scheer
Katie O'Connell
Kelsey Brunemeier
Kristen Adachi
Lauren Tsugawa
Megan Matsumoto
Purvi Gaglani
Robin Pisor
Sahar Padash

Micah Nies
Customer Service Manager

Hoda Alamdar, BS, CLS (ASCP)
Technical  Supervisor / General Supervisor

Gurbir Sidhu, BS CLS (ASCP)
General Supervisor

**PHLEBOTOMIST**
Kelly Low, BS
Tiffany Shu, BS
Ciara Miranda, BS
Debjani Ghoshal, BS
Janee Rice, BS
Jasmin Custodio, BS
Kelly Schaaf, BS
Misty Rodriguez, BS

**CLINICAL LABORATORY SCIENTIST (CLS)**
Monette Rockymore, BS, CLS, (ASCP)
Ruby Uy, BS,CLS (ASCP)

**CLINICAL LABORATORY ASSISTANT**
Amanda Henry, BS
Angelo Luciano, BS
Gregory  Weber, BS
Ramon San Jose, BS
Lauren Tomosada, BS
Maximillion Fosque, BS
Tina Lin, BS
Sunny Balwani, MBA
Daniel Young, Ph.D.
Suraj Seksena, Ph.D.
Nishit Doshi, Ph.D.
Nereyda Buenrostro, BA
Melissa McCormack, BS
Kim Tran, BS
Ann Ho, BS
Nafiseh Mirnezami, BS
Arpita Limbachiya, BS
Dung Nguyen, BS
Rachel Ochoa, BS
Dominic Calegari, BS
Phuong Nguyen, BS
Javier Phillips, BS
Sara Hartinger, BS
Rene Ramos, HSD
Samartha Anekal, PhD
Jim Twitchell, BS
Brian Kutner, BS

CLIA Laboratories

# CLIA laboratory – Newark, CA

## Analyzers we use:

- Siemens Immulite 2000
- Siemens DCAvant 2000
- Diasorin Liaison
- Siemens Advia 2400 XPT
- Oraquick Rapid Antibody Test
- Diasorin Etimax
- Abbott M2000rt
- Iris
- Siemens BCSXP
- Eldoncard Blood Typing Kit
- Leadcare II Point of Care Kit

- BD Flow Cytometer
- Vitek MS
- BD Macrovue RPR Kit
- Biorad HIV 1+2 Multispot
- Siemens Centaur XP
- Drew Scientific Drew-3
- Siemens Advia 2120i
- Streck ESR-Auto Plus
- Biorad Evolis
- Siemens Advia 1800
- Siemens CellaVision

**theranos**

CLIA Laboratories

# CLIA laboratories – AZ

In February 2015, we opened a moderate complexity lab in Arizona.

All vacutainers that can be processed in Arizona in the moderate complexity lab, go to Arizona.  Otherwise, everything else is shipped to Newark.





Theranos CLIA Personnel

---

## Dr. Sunil Dhawan

MD, BS

Lab Director
Theranos' Newark, CA CLIA Lab

Dr. Dhawan is currently a Laboratory Director at Theranos.  He completed his residency in Internal Medicine at U.C.S.F followed by a residency in dermatology at Mount Sinai Hospital in Miami, where he was also Chief Resident.  Dr. Dhawan is Board Certified in Internal Medicine and Dermatology.

He is a Fellow of the American College of Physicians and the American Academy of Dermatology.  He also is an Assistant Adjunct Professor at Stanford University, where he teaches dermatology residents and medical students.



Theranos CLIA Personnel

---

## Dr. Daniel Young

PhD, MS

Lab Director
Theranos' Scottsdale, AZ CLIA Lab

Dr. Young is currently Laboratory Director and Senior Vice President of Theranos Systems.  In the course of his employment, he has performed the responsibilities of Laboratory Director of our moderate-complexity CLIA laboratory in Arizona, as well as being involved as an executive and supervisor in the research and development of a wide variety of clinical assays, spanning multiple categories of testing.

Dr. Young has an engineering doctorate from MIT in the field of biomedical sciences.  He has published over 20 scientific articles and book chapters, including editing a book focused on new approaches in drug discovery and development.  His research has spanned several disease areas, including respiratory disorders, neuroscience, oncology, diabetes, infectious diseases, bone disorders, autoimmunity, renal disease, and anemia.  Dr. Young has over two years of experience directing and/or supervising non-waived testing on human specimens.  These duties have covered oversight of clinical laboratory testing, quality, and proficiency testing.  He has also supervised validation of testing for assay methods in the categories of clinical chemistry, hematology, immunoassays, and molecular biology including the following activities:  verification and validation study plans and reports, sample quality for human specimens, statistical methods for assay validation and assay QC, reference range study plans and reports.

theranos confidential



Theranos CLIA Personnel

## Cont'd

### **Dr. Daniel Young**

PhD, MS

Lab Director
Theranos' Scottsdale, AZ CLIA Lab

In addition, Dr. Young has directed and supervised extensive testing on human specimens related to analytical studies and clinical trials for pre-market submissions to the U.S. Federal Food & Drug Administration in all of these categories.

Dr. Young began his biomedical research career at the Harvard Biomotion Laboratory, Massachusetts General Hospital where he designed novel devices to aid in the modeling of human motion and rehabilitation for patients.  While a postdoctoral associate at Harvard-MIT Division of Health Sciences and Technology, Dr. Young investigated novel optimal control system strategies for biomedical applications inspired by his research of neuronal synaptic plasticity and autonomic physiologic regulation.  Dr. Young helped pioneer predictive biosimulation at Entelos, Inc. where he led the development of novel animal and human disease platforms for the discovery and validation of drug targets, identification of biomarkers, and design of clinical trials, ultimately advancing the rate at which therapeutics reach the market.  His work has been published in over twenty scientific articles and book chapters and he has several U.S. Patents.  Daniel received his PhD, MS, and BS in Mechanical Engineering from MIT.

theranos confidential



Theranos CLIA Personnel

---

## Dr. Suraj Saksena

PhD, MS, BS

Director, Assay Systems
Technical Consultant
Theranos' Scottsdale, AZ CLIA Lab

Dr. Saksena is currently a Director of Assay Systems and Technical Consultant for Endocrinology at Theranos.  He is a Board Certified Clinical Chemist, and contributes to the validation of testing for assay methods in the categories of clinical chemistry, immunoassays, hematology, and molecular biology. Prior to Theranos, Dr. Saksena worked at Amicus Therapeutics.

Dr. Saksena was an American Heart Association Post-Doctoral Fellow at Cornell University, holds his PhD in Biochemistry and Biophysics from Texas A&M University, and his MS/BS in Biochemistry from the University of Delhi.



Theranos CLIA Personnel

---

## Dr. Godfred Masinde

PhD, MBA, M (ASCP), TS (ABB), MB (ASCP)


Technical Supervisor
Theranos' Newark, CA CLIA Lab

Dr. Masinde is currently a Microbiology Technical Supervisor at Theranos.  He has held positions as the Supervising Public Health Microbiologist at NAPA/Solano/Yolo/Marin and San Bernardino Public Health Laboratories, and previously held the position of Bioterrorism Coordinator and Principal Investigator in San Bernardino County.

Dr. Masinde has also held the following positions:

- Assistant Research Professor and Senior Scientist at the Veterans Hospital in Loma Linda and Loma Linda University

- Associate Director, Long Beach Genetics, Rancho Dominguez, CA

- Production Manager, Eurogentec  Inc., North America, San Diego, CA

- Technical Support Scientist, Thermofischer Scientific, Carlsbad, CA

theranos confidential



Theranos CLIA Personnel

---

## Hoda Alamdar

BS, ASCP, CLA

Technical Supervisor /
General Supervisor
Theranos' Newark, CA CLIA Lab

Hoda is currently aTechnical Supervisor and General Supervisor at Theranos.  Previously, Hoda worked at Veracyte, a molecular diagnostics company, as a generalist, and at Santa Clara Valley Medical Center.  Hoda holds a BS in Microbiology and a minor in Chemistry.



Theranos CLIA Personnel

---

## Gurbir Sidhu

BS, ASCP, CLA

General Supervisor
Theranos' Newark, CA CLIA Lab

Gurbir is currently a General Supervisor at Theranos.  Previously, Gurbir worked at Sutter Health as a generalist, and at Palo Alto Medical Foundation as a CPT1.  He holds a BS in Medicine and Surgery.

theranos confidential



Theranos CLIA Personnel

---

**Langly Gee**

BA

Quality Control Manager
Theranos' Newark, CA CLIA Lab

Langly is currently a Quality Control Manager at Theranos.  He has also served as a CAP inspector since 1998.  Prior to joining Theranos, Langly worked at Tethys BioSciences as a Quality Systems Manager, at Bio-Rad as a Quality Control Manager, and at PharmChem Laboratories as a Responsible Person.

theranos confidential



# appendix

CLIA Laboratories

# Scottsdale, AZ CLIA Laboratory



**Specialties and Subspecialties**

- Diagnostic Immunology
- Syphilis Serology
- Chemistry
- Endocrinology

- Toxicology
- Hematology
- Urinalysis
- Immunohematology



CENTERS FOR MEDICARE & MEDICAID SERVICES
CLINICAL LABORATORY IMPROVEMENT AMENDMENTS

*CERTIFICATE OF COMPLIANCE*

LABORATORY NAME AND ADDRESS

THERANOS, INC
1365 N SCOTTSDALE RD, 3RD FLOOR
SCOTTSDALE, AZ 85257

CLIA ID NUMBER

03D2077896

EFFECTIVE DATE

05/20/2015

LABORATORY DIRECTOR

DANIEL L YOUNG Ph.D.

EXPIRATION DATE

05/19/2017

Pursuant to Section 353 of the Public Health Services Act (42 U.S.C. 263a) as revised by the Clinical Laboratory Improvement Amendments (CLIA), the above named laboratory located at the address shown hereon (and other approved location) may accept human specimens for the purpose of performing laboratory examinations or procedures.

This certificate shall be valid until the expiration date above, but is subject to revocation, suspension, limitation, or other sanctions for violation of the Act or the regulations promulgated thereunder.

Karen W. Dyer, Acting Director
Division of Laboratory Services
Survey and Certification Group
Center for Clinical Standards and Quality



theran○s

CLIA Laboratories

# CLIA laboratory – Scottsdale, AZ

## Analyzers we use:

- Siemens Immulite 2000
- Diasorin Liasion
- Siemens Advia 2400 XPT
- Oraquick Rapid Antibody Test
- Diasorin Etimax
- Iris

- Siemens BCSXP
- Leadcare II Point of Care Kit
- Biorad Tango
- Siemens Centaur XP
- Siemens Advia 2120i
- Streck ESR-Auto Plus

theranos confidential



# thank you!

theranos confidential

