JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-18-00258-EJD |
| ) | |
| Plaintiff, ) | **DECLARATION OF LANCE A. WADE IN** |
| ) | **SUPPORT OF MS. HOLMES' SUBMISSON** |
| v. ) | **REGARDING TESTIMONY OF DR.** |
| ) | **KINGSHUK DAS** |
| ELIZABETH HOLMES and ) | |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | Hon. Edward J. Davila |
| Defendants. ) | |
| ) | |
| ) | |

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES'
SUBMISSON REGARDING TESTIMONY OF DR. KINGSHUK DAS
CR-18-00258 EJD

1      I, LANCE A. WADE, declare as follows:

2      1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Notice of Filing. I attest to the following facts upon which the Notice relies.

       2.      Attached to this declaration are five exhibits.

       3.      The contents of the exhibits are as follows:

               a.      Exhibit 1 is a true and correct copy of government exhibit TX 3144.

               b.      Exhibit 2 is a true and correct copy of government exhibit TX 4943.

               c.      Exhibit 3 is a true and correct copy of government exhibit TX 5257.

               d.      Exhibit 4 is a true and correct copy of government exhibit TX 5260.

               e.      Exhibit 5 is a true and correct copy of government exhibit TX 5471.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

       Executed this 8th day of November 2021 in San Jose, CA.

_____
LANCE A. WADE
Attorney for Elizabeth Holmes

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES'
SUBMISSON REGARDING TESTIMONY OF DR. KINGSHUK DAS
CR-18-00258 EJD

1