# EXHIBIT 2

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT
Theranos Internal Only

Table of Contents

| Binder Letter | Volume Number | Tab | Summary |
|---|---|---|---|
| AA | 1 | 1 | D5311: Specimen Labeling |
| AA | 1 | 2 | D5400 and D5423: ALP Negative PT Bias 2015 |
| AA | 1 | 3 | D5403, D5481 Finding #2, D5791 Finding #2, D5791 Finding #3, D6102, D6102, and D6135: TP3.5 (Edison) |
| AA | 1 | 4 | D5413 Finding #1 and D5791 Finding #1: Freezer Temperature |
| AA | 1 | 5 | D5421 Finding #2 and D5423: Clarifying "normal patient distribution" |
| AA | 1 | 6 | D5423: AMR for ALP |
| AA | 1 | 7 | D5481 Finding #1, D5801, D6093 Finding #2: PT/INR on BCS XP |
| AA | 1 | 8 | D5791 Finding #1 and D5793 Finding #3: HCG on Immulite |
| AA | 1 | 9 | D5791 Finding #1 and D5793 Finding #4: Anti-HBs on Immulite |
| AA | 1 | 10 | D5793 Finding #5: LH Assessment |
| AA | 1 | 11 | D5793 Finding #8: 10x Rule |
| AA | 1 | 12 | D6102: Personnel Training and Competency Files (TP6, TP11, TP31) |
| AA | 1 | 13 | D2094: Alkaline Phosphatase on Siemens Advia 1800 |

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164332

CMS2-164333

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: Specimen Labeling**

**DEFICIENCY:** D5311

**INVESTIGATION:**

In its initial submission, the laboratory did not provide sufficient detail explaining how it determined that this deficient practice was not likely to affect patients. To clarify, if a specimen was not labeled or was mislabeled, it was the laboratory's practice in 2014 and 2015 to offer a redraw at **no** charge. (Ex. HH, Ex. 10).

**PATIENT IMPACT:**

The laboratory took corrective action to address mislabeling by [illegible—watermark] patient redraws at no charge. Accordingly, the lab believes this issue is not likely to affect patients. [illegible] is not aware of any instances where this issue has affected patients.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164334

2

CMS2-164335

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment:  Alkaline Phosphatase on Siemens Advia XPT**

**DEFICIENCY:**

D5400, D5423

**INVESTIGATION:**

The laboratory investigated both of the CAP proficiency testing surveys cited in its initial patient impact assessment. A negative bias was noted on CAP survey C-A 2015 (3/16/2015) with all SDIs negative, all >1.5 SD, and SDIs ranging from -1.6 to -4.2.  For the CAP survey C-B 2015 (6/1/2015), a negative bias was noted once again, with all SDIs negative, three >1.5 SD, and SDIs ranging from -0.7 to -1.8.  The subsequent CAP survey C-C 2015 (10/5/2015) showed the previously negative biases were no longer present, and actually demonstrated a slight positive bias, with all SDIs positive, and SDIs ranging from 0.3 to 0.5 (none exceeding 1SD).  (Ex. CC, Tab 4).

To determine if the negative biases detected in the C-A and C-B surveys affected patient results, all QC values were examined from 3/2015 through 10/2015 (Ex. CC, Tab 3), and the following biases were noted:

May 2015:  a slight positive bias for QC level 3 (approx. 0.5 SD; target mean = 308, SD = 14.26), with no observed bias for QC levels 1 or 2

July 2015:  a slight positive bias for QC level 3 from 7/16/2015-7/31/2015 (approx. 0.5 SD; target mean = 307.5, SD = 14.26); a slight positive bias for QC level 2 from 7/16/2015-7/31/2015 (approx. 1 SD; target mean = 166, SD = 12.46); no observed bias for QC level 1

August 2015:  slight positive bias across 2 lots each of QC levels 2 and 3 [0.5 SD for all 4 lots; QC level 2 target means (SD) = 166 (12.46), 152.5 (3.33); QC level 3 target means (SD) = 307.5 (14.26), 295 (5.71)], with no bias trends for QC level 1

The negative bias demonstrated in the CAP C-A and CAP C-B surveys was not observed in this review of QC records.

As QC material does not necessarily reflect patient material due to possible differences in matrices, patient test result distributions were examined over this period to ascertain the presence of any bias, which would reflect preanalytical as well as analytical biases.  The laboratory's examination of patient test result distributions over this period demonstrated means and medians approximating the middle of adult reference range, as expected, because the vast majority of patients tested are expected to be unaffected adults.  No monthly medians or means of these

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164336

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

patient test result distributions showed significant negative or positive biases in comparison to the expected means and medians.

## PATIENT IMPACT:

The potential bias detected in the PT results discussed above was not substantiated in the laboratory's subsequent review of QC data and patient test result distribution analyses.

However, QC data review uncovered other possible biases. With the caveat that biases detected via QC analysis may not accurately reflect effects on patient testing, the slight positive bias detected in May 2015 would be expected to result in minimal (7 U/L) increases in test results already well above the adult reference interval (target QC mean = 308; upper limit of adult reference range approximately 115 in males; 144 U/L in females). Likewise, the slight positive bias identified in the July 2015 QC data review would be expected to result in minimal increases (12 U/L, 7 U/L) in values already significantly above the adult reference interval (target means 166 and 307.5, respectively, for QC levels 2 and 3). In reviewing the August 2015 QC results, again, the biases identified would be expected to result in minimal increases (6, 1.5, 7, and 3 U/L) to values already significantly above the adult reference interval (target means 166 and 152.5, and 307.5 and 295, respectively, for QC levels 2 and 3).

In adults, alkaline phosphatase testing is indicated and offers clinical utility for diagnostic and monitoring purposes for a limited number of disease entities including extra- or intrahepatic biliary obstruction, or diseases affecting the skeletal system such as Paget disease, rickets, and primary/secondary bone tumors. In all such cases the level of alkaline phosphatase elevation is significant, often ranging from 3-12 fold the upper limit of reference interval with biliary obstruction, 10-25 fold in Paget disease, 2-4 fold with rickets, and even higher levels present in patients with bone tumors depending on tumor type, grade, and stage. The quantitative testing results themselves are of no clinical significance, with only gross degrees of elevation serving clinical utility. Therefore, the minimal biases detected in the above analyses, when applied to any of these clinical scenarios, would have no clinical significance.

In children, significantly elevated alkaline phosphatase levels (up to 5 fold above the upper limit of adult reference intervals) are reflective of expected accelerated bone growth. As with adults, quantitative values are of no clinical significance, reference intervals are extremely broad, and gross degrees of elevation only note the expected physiologic growth of bones during those age ranges. Therefore, again, the bias identified in the above analyses, applied to such cases, would have no clinical significance.

In summary, the bias detected via the above analyses is expected to have no patient impact.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164337

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## CORRECTIVE ACTION:

There is no patient impact expected.   Therefore, no corrected or voided reports were generated.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164338

3

CMS2-164339

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## Patient Impact Assessment: TPS 3.5

### DEFICIENCIES:

D5403 Finding #2, D5481 Finding #2, D5791 Finding #3, D6102, D6115

### INVESTIGATION:

The laboratory agrees that its descriptions of prior analyses were lacking sufficient detail to explain the conclusions submitted in its original response.

Upon a review of that response, including the entirety of the prior analysis of TPS 3.5 QC data and patient test result distributions for all analytes during the time period examined, the laboratory made note of poor QC performance throughout. Therefore, the laboratory conducted an expanded retrospective analysis for 2014 and 2015 QC data. This data is presented at Ex. FF, Tabs 1-12. The laboratory noted multiple and recurrent time periods (across all analytes tested) of abrupt shifts in QC target means, high rates of 1-2s QC rule failures, and QC CVs far exceeding limits for a stable testing process.

### PATIENT IMPACT:

Although the magnitude of QC deviations from target means does not necessarily reflect the exact nature and magnitude of bias on patient results because of differences in matrices, the QC failures identified by this comprehensive retrospective analysis reflect a global and long-term failure of the quality control program for this instrument, as well as failures of related quality assurance procedures that should have alerted the laboratory to correct such an unstable process. Therefore, the laboratory has concluded that there is a possible patient impact for every test reported from the laboratory's TPS 3.5 instruments.

### CORRECTIVE ACTION:

The fraction of patient results truly impacted, and the nature and magnitude of any effect, are unknown. Out of an abundance of caution, the laboratory has voided all patient test results reported from the TPS 3.5 instruments. Many corrected reports have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by March 31, 2016. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164340

CMS2-164341

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: Temperature Control**

**DEFICIENCIES:**

D5791 Finding #1, D5413 Finding #1

**INVESTIGATION AND PATIENT IMPACT:**

As the laboratory explained in its initial submission, five of the freezers identified by the surveyors did not contain any materials that were being stored for future use in connection with clinical testing:

- 7061 BUGS -20 C Freezer 4 did **not** contain any materials for future use in clinical testing. (Ex. II, Tab 33).

- The 1 Normandy -20 C freezer did **not** contain any materials for future use in clinical testing. (Ex. II, Tab 3C).

- 7098 -80 C Freezer 1 Nuair did **not** contain any materials for future use in clinical testing. (Ex. II, Tab 3A).

- 7111 -80 C Freezer 2 Thermo did **not** contain any materials for future use in clinical testing. (Ex. II, Tab 3A).

- 7113 -80 2 CLIA Lab did **not** contain any materials for future use in clinical testing. (Ex. II, Tab 3A). While it was named 7113 -80 2 CLIA Lab, it was only used to store old specimens that were not for future use in clinical testing. (Ex. II, Tab 3A).

**Sanyo JP Lab 7059 -20 C Freezer:** This freezer contained control materials and calibrators for certain tests run on the Siemens Immulite 2000. Of the Immulite control materials and calibrators that may have been stored in this freezer, the manufacturer required storage at -20 C or colder for the following tests: Anti-HBs, HCG, SHBG, ABC, ACT, HFG, IGI, RUM, SYP, and TBG.

The laboratory **stopped** running all tests on the Immulite on November 17, 2015, and has **not** run any tests on the instrument since then. Between July 2015 and September 2015, however, the Sanyo JP Lab 7059 -20 C freezer had an inconsistency that led to temperature variations from -12.2 C to -25.6 C. The temperature was consistently -20 C from 8/24/15 to 8/30/15, but warmer than -20 C at all other points reviewed (07/01/15 to 08/23/15 and 08/31/15 to 10/31/15). (Ex. II, Tab 9).

To determine whether any of the control materials or calibrators stored in these freezers were affected, the laboratory reviewed QC for each of these tests on the Immulite for the period July 2015 through November 2015. Overall, a review of QC data from April 2015 through October 2015 showed no evidence of a progressive bias that might indicate material degradation.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2—164342

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

In mid- to late-July 2015 and mid-September 2015, there was a slight downward drift for SHBG QC values; however these periodic QC drifts are not consistent with material degradation. For HCG and Anti-HBs there are more random QC fluctuations that are not clearly the result of degradation but are addressed under D5793 #3 and D5793 #4.

**1 BUGS 7120 -80 C Freezer:** The 1 BUGS 7120 -80 C freezer included certain bacterial cultures. The laboratory affixed labels to these cultures indicating that they should be stored at -80 C or colder. CMS found that this freezer was between -70C and -79 C, and thus higher than -80 C.

While the laboratory recognizes that it should have followed its procedures for maintaining the temperature of this freezer at -80C or colder, storage of these bacterial cultures at temperatures of -70 C to -79 C did not have the potential to affect patients receiving tests in 2014 and 2015. Most importantly, these bacterial cultures can only be used in patient testing after there is growth, which occurs after the bacterial culture is removed from the freezer. If there is no growth after the bacterial culture is removed from the freezer, then the culture is not viable and cannot be used in patient testing. Therefore, the higher temperature of this freezer did not have any potential to affect patients, even if even it had caused a bacterial culture to be non-viable.

It is also worth noting that the temperature of -70 C to -79 C does not appear to have had an impact on the viability of these bacterial cultures, which were put in these freezer's after the laboratory moved to the Newark facility on October 24, 2014. The laboratory labels bacterial cultures for storage at -80C or colder only because that allows for the longest period of viability, which is 10 years. (Ex. II, Tab 26) However, bacterial cultures remain viable for 1 to 3 years when stored at -20C. (Ex. II, Tab 26 (this article is now cited in the laboratory's SOP)).

**CORRECTIVE ACTION:**

The laboratory has already voided certain results for HCG, as set forth in the laboratory's patient impact assessment for D5791. Although the pattern of SHBG QC drift was not suggestive of material degradation, out of an abundance of caution the laboratory is voiding all SHBG results from July and September 2015. Many corrected reports have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by March 31, 2016. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CMS2-164343

5

CMS2-164344

CONFIDENTIAL: COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: Patient Test Result Distribution Analysis**

**DEFICIENCIES:**

D5421 Finding #2, D5423

**INVESTIGATION:**

The laboratory provided an inadequate explanation of its patient test result distribution analysis in its initial response. To clarify, in that analysis, the laboratory examined patient test result distributions for the following analytes tested on the Siemens Advia XPT instrument: albumin, alkaline phosphatase, ALT, ApoA1, total bilirubin, BUN, calcium, chloride, cholesterol, $CO_2$, glucose, HDL, LDL, and triglycerides. For each analyte, the laboratory identified the mean, median, mode, and bounds of the central 95% of results, as well as the percentage of abnormal results. The mean and median of the distributions are particularly helpful in identifying analytical and preanalytical (because patient samples encounter the entire testing process, in contrast to QC material) biases in the methods because the vast majority of analytes tested in clinical laboratories have an expected range of values in healthy populations. The middle of that range of values is relatively constant, and is actually fairly unaffected by abnormal values, because the weighted effect of the expected small number of abnormal results is very low and fairly constant. Furthermore, imprecision does not affect the means/medians, as long as there is no concurrent additional bias, because the added scatter of results will distribute across both sides of the mean/median. Therefore, these studies are very useful in detecting biases. However, they require relatively large numbers of patient results for utility, so as to avoid false interpretations due to the skewing of small data sets by outliers.

Monthly patient test result distribution statistics were analyzed for the analytes listed above on the Siemens Advia XPT for 2014 and 2015, and the following biases were detected:

**Albumin:** February 2015, positive bias detected; April 2015, negative bias detected.

**Alkaline phosphatase:** No significant bias detected.

**ALT:** No significant bias detected.

**APOA1:** Data points were too few to yield useful mean/median evaluations due to susceptibility to skewing by outliers or random error affecting limited numbers of results.

**Total Bilirubin:** February 2015, positive bias detected.

**BUN:** No significant bias detected.

CONFIDENTIAL: COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164345

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Calcium:** December 2014, negative bias detected; May 2015, negative bias detected.

**Chloride:** No significant bias detected.

**Total cholesterol:** No significant bias detected.

**CO2:** May 2015 through November 2015, positive bias detected.

**Creatinine:** No significant bias detected.

**Glucose:** No significant bias detected. Please note that monthly means for December 2014-March 2015 appear to exhibit positive biases; however, those months also contain relatively large numbers of large magnitude high glucose outlier results. These results are skewing the mean calculations for those months, as evidenced by stable monthly median data across the entire period examined, and therefore no significant bias is detected from this data set.

**HDL:** No significant bias detected.

**LDL:** No significant bias detected.

**Triglycerides:** No biases detected.

## PATIENT IMPACT:

Biases detected in this fashion are unpredictable in nature and magnitude because individual patient specimens may be affected to differing degrees based on matrix effects and patient-specific preanalytical factors. Therefore, bias corrections cannot be applied directly to groups of patient results identified in this fashion.

However, it is probable that at least some fraction of patients were affected by the biases identified above. They may have been affected to a degree that would impact clinical management of those affected patients.

## CORRECTIVE ACTION:

Out of an abundance of caution, the laboratory has voided all patient results from the above-mentioned months where the laboratory observed evidence of bias. Many corrected reports have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by March 31, 2016. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164346

6

CMS2-164347

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

Patient Impact Assessment: AMR for Alkaline Phosphatase

**DEFICIENCY:** D5423

**INVESTIGATION:**

The surveyors correctly noted the failure of the laboratory to properly implement the correct analytical measurement range (AMR) for the alkaline phosphatase assay on the Siemens Advia XPT instrument. According to the manufacturer's package insert, the AMR is 12-1100 U/L. (Ex. CC, Tab 33). However, upon review of the applicable method verification report, the laboratory only verified an AMR from 12 to 909.33 U/L.

**PATIENT IMPACT:**

The laboratory reported some quantitative alkaline phosphatase values outside its verified AMR. These quantitative values are invalid.

**CORRECTIVE ACTION:**

All patient results for alkaline phosphatase reporting less than 12 U/L or greater than 909 U/L have been amended to correct the reported values to "<12 U/L" and ">909 U/L," respectively. Many corrected reports have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by March 31, 2016. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

7

CMS2-164349

CONFIDENTIAL COMM. PRISM_JSFORSAGJON EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: PT/INR testing on Siemens BCS XP**

**DEFICIENCIES:**

DS801, DS481 Finding #1, D6093 Finding #2

**INVESTIGATION:**

To investigate the potential patient impact of the above deficiencies:

1. The laboratory examined the accuracy of PT/INR calculations across the entire lifetime of this test offering (10/2014–9/2015). For every patient report, the laboratory examined the accuracy of INR calculations by tabulating: (a) the reported result; (b) the correct calculated result (based on instrument PT value, mean normal PT (MNPT) provided by Siemens analysis of Theranos data, and ISI values for respective lots of Dade Innovin material); and (c) the absolute differences between values (a) and (b). This data is presented at Ex. GG. As presented, there are significant differences between the correct calculated results and the respective reported results across the entire time period (ranging from -0.5 to 0.6 INR units). The laboratory has ascertained that these differences are due to rounding errors. PT values, MNPT values, and ISI values were all verified to be correct; however, prior to INR calculations PT values and PT/MNPT ratios were inappropriately rounded up or down in many cases based on an inconsistent number of significant figures. After the ISI exponential factor was applied, these small rounding errors were magnified, and resulted in the observed significant differences between correct calculated and reported INR values.

2. The laboratory examined all QC data over the entire lifetime of this test offering (10/2014–9/2015) to determine the quality of the analytical performance of the Siemens BCS XP method over time. This data is presented at Ex. GG. The October 2014 QC data demonstrated a positive bias up to approximately 0.75 SD affecting the "normal" level 1 QC, a negative bias up to approximately 1 SD affecting the "high" level 3 QC, and an inappropriately adjusted QC target mean for level 1 QC from 10/18/2014 to 10/24/2014. In November 2014, level 1 QC demonstrated a positive bias up to 1 SD, and level 3 QC demonstrated no appreciable bias but had 4 values outside 2 SD limits. For the months December 2014 through March 2015, level 1 QC was always running above the target mean. The magnitude of this positive bias was less than 1 SD. Level 3 QC showed an acceptable level of fluctuation around the target value during December 2014 and January 2015. However, in February and March 2015, level 3 QC showed a downward trend that was between 1 SD and 2 SD.

CONFIDENTIAL COMM. PRISM_JSFORSAGJON EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

3. The laboratory reviewed proficiency testing results to ascertain an external quality assessment. Proficiency testing results for prothrombin time were satisfactory during this time period (CAP Survey kits 10/23/2014, 01/26/2015, and 5/11/2015). This data is available at Ex. GG.

4. The laboratory reviewed several months (12/2014-03/2015) of patient test result distributions to ascertain the presence of any biases that might not be evident from QC data (which does not accurately reflect patient matrix effects, nor the entire testing process including preanalytical variables) or proficiency testing (which only provides a small number of data points for analysis). Patient test result distributions can also support findings of bias based on other sources of information, including QC data review and proficiency testing results. This data is available at Ex. GG. A summary of the laboratory's review is set forth below.

**Prothrombin Time (PT):** As seen below, PT demonstrated dramatic differences in the distribution of values of the tested population from month to month, suggesting that the assay had issues that may have impacted patient results during this time (as reflected in the QC data review).

| Date Range Start | Date Range End | Low (% of tested population) | Normal (% of tested population) | High (% of tested population) | Critical High (% of tested population) | High + Critical High (% of tested population) |
|---|---|---|---|---|---|---|
| 5-Dec-14 | 29-Dec-14 | 9.0 | 19.2 | 63.1 | 8.6 | 71.8 |
| 1-Jan-15 | 31-Jan-15 | 4.2 | 27.4 | 61.2 | 7.2 | 68.4 |
| 1-Feb-15 | 28-Feb-15 | 6.4 | 20.4 | 66.8 | 6.4 | 73.2 |
| 1-Mar-15 | 22-Mar-15 | 2.8 | 25.0 | 69.4 | 2.8 | 72.2 |

Most results were "high or critical high" (~70%) each month. The "normal" percentage ranged from ~20% to 27% of the population. The percentage "low" changed from 9.0% to 2.8% from December 2014 to March 2015. The percentage "critical high" ranged from 8.6% to 2.8% in the same time frame. Such fluctuations in percentages of "critical high" and "low" patients in the distribution are not expected, again suggesting that the assay experienced biases that may have impacted patient results during this time.

The laboratory also evaluated the distribution of patient result values by month. This data is available at Ex. GG. Among abnormal values (i.e. those above the "normal" range), the laboratory observed an approximately normal distribution (reflected around the mean/median (~22 sec). However, during each month, there were fluctuations on either ends of those

CMS2-164351

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

distributions. This fluctuation is observed for every month, suggesting that a systematic error is present in this test method that may have affected at least a fraction of patient samples during the time periods evaluated.

**International Normalized Ratio (INR):** INR demonstrates issues similar to those seen for prothrombin time. Of note, there appears to be a redistribution of patient results, with a relatively greater proportion within the therapeutic INR range (2.0-3.0), which may reflect migration of high INRs (greater than 3.0) and/or those below 2.0.

**PATIENT IMPACT:**

As detailed above, multiple errors and potential biases were detected over the entire time period of this test offering. This includes errors in the calculation of reported INR values, and positive and negative QC biases detected at multiple levels over multiple time periods—which may or may not reflect the exact nature or magnitude of test result biases due to matrix effect differences between patient and control materials, and is further complicated by concurrent positive and negative biases at both QC levels, as in October 2014. Furthermore, additional biases were suggested via examination of changes in patient test result distributions, which also identified the possibility of both negative and positive biases.

The laboratory director believes these multiple errors and possible biases call into question the analytical validity of all PT/INR tests resulted, and because the exact nature and magnitude of these errors cannot be determined for any given patient due to the dependence on QC and patient test result distribution review to uncover them, the analytical and clinical validity of these results are uncertain. Because PT/INR results inform diagnostic algorithms for defects in blood coagulation and therapeutic dosage of warfarin, and due to the limitations of this retrospective analysis, which cannot identify specific patient results impacted by these deviations, the laboratory believes there is a possibility of patient impact for all PT/INR tests resulted.

**CORRECTIVE ACTION:**

All PT/INR test results have been voided. Corrected reports are being generated. Many have been transmitted, and the remainder are being transmitted. (Ex. KK8). Transmission will be complete by 3/31/16. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164352

8

CMS2-164353

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## Patient Impact Assessment: HCG on the Siemens Immulite

### DEFICIENCY:

D5793 Finding #3, D5791 Finding #1

### INVESTIGATION:

The laboratory has reviewed QC data for HCG measurement on the Siemens Immulite, from July 2015 through October 2015. (Ex. EE, Tab 1). The Immulite was last used to test patient samples for HCG in October 2015.

Based on that review, the laboratory substantially confirmed the QC deficiencies identified by the surveyors. The laboratory also identified QC deficiencies on 7/9/2015, 7/10/2015, 7/15-18/2015, 7/29/2015, 8/30-9/14/2015, and 10/12-30/2015.

### PATIENT IMPACT:

Because the probability of an unstable testing process cannot be determined without QC, and an unstable testing process is likely when QC fails, all patients tested in runs with QC failures may be impacted.

### CORRECTIVE ACTION:

The laboratory yielded test results for all patients tested in runs with QC failures. Corrected reports are being generated. Many have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by 3/31/16. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164354

9

CMS2-164355

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## Patient Impact Assessment: Anti-HBs on the Siemens Immulite

### DEFICIENCY:

D5793 #4, D5791 Finding #1

### INVESTIGATION:

As the surveyors noted, on September 11, 2015, the laboratory changed the criteria for acceptability for Anti-HBs level 2 and level 3 QC. There was no documented explanation for those changes.

The laboratory has reviewed September 2015 Anti-HBs QC data under the criteria for acceptability that were in effect both prior to and after the September 11 change. (Ex. EE, Tab 4). The laboratory has determined that there were no QC results that would have been "acceptable" under the pre-September 11 criteria and unacceptable under the post-September 11 criteria, or vice versa. To determine if these practices were more widespread for Anti-HBs testing, the laboratory examined QC data from 5/2015-9/2015. All QC values falling outside manufacturer's recommended ranges (based on package insert) were noted.

### PATIENT IMPACT:

The QC review revealed no examples of progressive bias that might be expected with degeneration of a reagent or control although there are examples of sustained bias that exist before and during the time period of the freezer failure, particularly in the level one control. Occasional failures of level three control are also noted both before and during the time period of freezer failure. These are corrected. In all, the QC patterns before and after the period of freezer failure are similar. There is no progressive bias demonstrated that might indicate a degradation of reagent or controls. Therefore, the impact of the freezer failure on the anti-HBs test is insignificant. There is no patient impact.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164356

10

CMS2-164357

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## Patient Impact Assessment: LH

**DEFICIENCY:** D5793 #5

**INVESTIGATION:**

The surveyors correctly identified a discrepancy in the laboratory's initial patient impact assessment: the body of the assessment indicated that corrected reports would be sent for patient samples analyzed from 7/1/2015 through 7/8/2015, and all patient samples analyzed in August and September 2015; however, the assessment's conclusion erroneously stated that "0 corrected reports [were] being issued."

**PATIENT IMPACT:**

Patient impact is possible for patients who received LH testing during the following time periods: 7/1/2015 through 7/8/2015, and the entire months of August and September 2015.

**CORRECTIVE ACTION:**

Corrected reports are being generated. Many have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by 3/31/16. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.



CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164358

11

CMS2-164359

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: 10x Rule in QC Review**

**DEFICIENCY:** D5793 #8

**INVESTIGATION:**

The surveyors correctly identify the 10x rule as part of the laboratory's new QC procedure.

The laboratory stopped running tests on the Siemens Advia XPT on November 17, 2015, and has not run any tests on the instrument since then. The laboratory stopped running tests on the Advia 1800 before the survey began on September 22, 2015, and has not used them since then. As a result, the laboratory's new QC procedures have not been applied to these instruments.

The laboratory has retroactively examined Siemens Advia XPT QC data from (12/2013 through 11/17/2015) for the following analytes as part of its review: ALB, ALP, ALT, APO A1, BUN, Calcium, Chloride, Cholesterol, CO2, Creatinine, Glucose, HDL, LDL, Total Bilirubin, TP, Triglyceride. (Ex. CC). The laboratory has retroactively examined Siemens Advia 1800 QC data from (1/2014 through 9/22/2015) for the following analytes as part of its review: ALT, Bicarbonate, BUN, Calcium, Glucose, Sodium, and Total Protein. (Ex. LL).

For both the Siemens Advia XPT and the Siemens Advia 1800, the laboratory initially applied the 10x rule as part of that retroactive analysis of QC data, but noted that the QC target means themselves, upon which the 10x rule would be applied, had at times been incorrectly manipulated. The rationale for these manipulations was unclear. In fact, in some instances the manipulated target means and/or ranges fell well outside the QC manufacturer's acceptable ranges—therefore, rather than apply the 10x rule to erroneous QC target means—especially means that may have already represented QC failures according to the manufacturer's recommendations—the laboratory opted to retroactively apply QC manufacturer target means and ranges across the entire period assessed. Every QC result that fall outside the acceptance range as defined by the manufacturer target mean and range was noted.

**PATIENT IMPACT:**

The magnitude of QC deviation from the target mean does not necessarily reflect the exact nature and magnitude of bias on patient results, but the QC failures ascertained in this fashion do reflect deviation from QC manufacturer recommendations, the laboratory has deemed possible patient impact for every test result identified in this manner.

In short, the laboratory has determined that there may be a patient impact for all results generated on the Siemens Advia XPT and Siemens Advia 1800 during QC failures.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164360

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

## CORRECTIVE ACTION:

Although the fraction of patient results truly impacted, and the nature and magnitude of any effect are unknown, out of an abundance of caution all patient test results identified by the above analysis have been voided. Corrected reports are being generated. Many have been transmitted, and the remainder are being transmitted. (Ex. KK). Transmission will be complete by 3/31/16. The remainder of the transmittals and confirmations of receipt will be provided to CMS under separate cover.



CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164361

12

CMS2-164362

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment: Training Records**

<u>**DEFICIENCY:** D6102</u>

<u>**INVESTIGATION:**</u>

TP6 is a CLS with 20 years of experience, who started working in the laboratory in March 2015. A review of her file shows that she has training documentation for the Siemens Advia 2120i, Siemens Advia Autoslide, Eldon Card, Iris, BCS XP, and Cellavision. (Ex. HH, Tab 16). She also has a record of initial competency training for the Siemens Advia 2120i, Siemens Autoslide, BCS XP, Iris, Centaur XP, Cellavision, Siemens Advia XPT, and Eldon Card. (Ex. HH, Tab 16). TP6 has current training and competency on all instruments she now operates. (Ex. HH, Tabs 9A-9B). The competency documents are complete, and the training documents are largely complete.

TP11 is a CLS who worked in the laboratory from June 2014 through March 2016. A review of her personnel file shows that she has training and competency documentation for the Advia XPT, Cellavision, Eldon Card, Advia Centaur XP, Siemens BCS, Siemens Immulite X6i, Beckman Coulter Iris, Siemens DCA Leadcare 2, Bio-Rad Tango, Microvue RPR, Cellavision, Siemens Advia 2120, DiaSorin Liaison, Bio-Rad Multispot HIV-1/2 Rapid Assay, LabDaq, Occult Blood, and ABO. (Ex. HH, Tab 15).

TP31 is a CLS who worked at Theranos in the Clinical Laboratory between February 18, 2014 and June 3, 2014. During that time she released tests from the Ruby hematology analyzer, IRIS urinalysis analyzer, Immunlite Immunoassay analyzer, Liaison Chemistry analyzer, Advia 1800 Chemistry analyzer, BCS XP Hemostasis analyzer, and DCA Vantage point-of-care testing device. Her file contains no documentation of training for these instruments. Because TP31 is no longer employed with the company, the lab telephoned her on March 22, 2016 in order to assess her training. If any, TP31 had to perform these tests. TP31 was asked about her work on each of the referenced analyzers and stated that she was informally trained to perform tests on each of these analyzers. TP31 stated she received a combination of verbal and hands-on training for each analyzer. Additionally, TP31 stated that she had been trained on the Immulite by another laboratory prior to working at Theranos. When asked if she thought this training was adequate, she stated it was, and that she felt competent to do the work that she was doing. TP31 signed an attestation to this. (Ex. HH, Tab 14).

<u>**PATIENT IMPACT:**</u>

The records for TP6 and TP11 show that they received training on each instrument they operated, even if their records did not comply with all components of the training and competency.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164363

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

procedures. In addition, the laboratory's personnel files for TP6 and TP11 contain records of their competency to operate all of the instruments identified in D6102. Because the laboratory's documentation reflects that TP6 and TP11 were competent to operate these instruments, there is no potential patient impact from this deficiency related to TP6 and TP11.

Instrument training and competency records for TP31 were not contained in her personnel file. However, her attestation that she receiving training and was competent to operate these instruments demonstrate that there is no potential patient impact as a result of this deficiency as it relates to TP31.



CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164364

13

CMS2-164365

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**Patient Impact Assessment:  Alkaline Phosphatase on Siemens Advia 1800**

**DEFICIENCY:** D2094

**INVESTIGATION:**

The laboratory did not adequately explain its patient impact assessment for its investigation of an ungraded PT event for the testing of alkaline phosphatase on the Siemens Advia 1800 (CAP survey 2014 C-C).

The grading criteria for alkaline phosphatase in this PT event was peer group ± 30%.  The laboratory received a grade of Code 20 ("no appropriate target/response, cannot be graded").  The CAP Participant Summary for Code 20 explains that "there must be at least 10 laboratories in the peer group…if fewer than 10 laboratories have reported results, a peer group may not be established."  In this survey only nine laboratories, including Theranos' Newark laboratory, reported using this method; as a result, the CAP survey was unable to determine the laboratory's proficiency.  (Ex. JJ, Tab 3B).

Because the laboratory failed to conduct an investigation to determine proficiency at that time, a retrospective investigation was conducted using the current proficiency testing investigation and corrective action format.  (Exs. JJ, Tab 3B; Ex. BB, Tab 3 § 9.4.3).  The result of the investigation uncovered that the laboratory submitted the wrong method code when completing the original survey, and therefore was not assigned to its proper peer group (Siemens Chem Sys).  Upon repeat analysis of the survey results, using the proper peer group and CAP-prescribed acceptance criteria, the results demonstrated acceptable performance for all five challenges:

| Specimen | Theranos Siemens Advia 1800 | Peer Group Mean (SD) | Limits of Acceptability Lower-Upper (±30%) | SDI | Self-Evaluation Grade |
|----------|------------------------------|----------------------|---------------------------------------------|-------|------------------------|
| CHM-11 | 128 | 133.4 (5.8) | 93.4-173.4 | -0.93 | Acceptable |
| CHM-12 | 188 | 195.6 (8.0) | 136.9-254.3 | -0.95 | Acceptable |
| CHM-13 | 398 | 411.3 (17.2) | 287.9-534.7 | -0.77 | Acceptable |
| CHM-14 | 193 | 196.8 (7.6) | 137.8-255.8 | -0.50 | Acceptable |
| CHM-15 | 151 | 155.0 (6.2) | 108.5-201.5 | -0.65 | Acceptable |

However, it is notable that a slight negative bias existed across all five specimens, ranging from -0.50 to -0.95.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164366

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

To further investigate the possibility of bias, the laboratory examined QC results from all 3 levels for five months, encompassing the date of this CAP PT survey (8/1/2014-12/31/2014). (Ex. JJ, Tab 3C). Level 1 QC did not reveal any significant bias trends; results were clustered around the mean, and the vast majority of results were within ± 1SD. Level 2 and 3 QC did, however, demonstrate a slight negative bias, with the majority of results around -1SD. This bias is consistent with the results of the laboratory's retroactive PT analysis, and the target values evaluated by the survey (ranging from 128 U/L to 398 U/L) are within the analytical measurement ranges tested by level 2 and 3 QC.

The laboratory assessed the possible clinical impact of the bias observed in the PT survey and its analysis of QC data. (Although it is difficult to directly apply any bias of QC material to patient material due to matrix differences, in this case the bias was also observed in PT survey samples).

Note that the documentation initially submitted for this deficiency referred to an analysis of a "range of means." That analysis was referenced in error, and has no bearing on the investigation of this particular deficiency. Please disregard that reference.

## PATIENT IMPACT:

In adults, alkaline phosphatase testing is indicated and offers clinical utility for diagnostic and monitoring purposes for a limited number of disease entities including extra- or intrahepatic biliary obstruction, or diseases affecting the skeletal system such as Paget disease, rickets, and primary/secondary bone tumors. In all such cases the level of alkaline phosphatase elevation is significant, often ranging from 3-12 fold the upper limit of reference interval with biliary obstruction, 10-25 fold in Paget disease, 2-4 fold with rickets, and even higher levels present in patients with bone tumors depending on tumor type, grade, and stage. The quantitative testing results themselves are of no clinical significance, with only gross degrees of elevation serving clinical utility. Therefore, any minimal negative bias, such as that identified in this case, when applied to any of these clinical scenarios, would have no clinical significance.

In children, significantly elevated alkaline phosphatase levels (up to 5 fold above the upper limit of adult reference intervals) are reflective of expected accelerated bone growth. As with adults, quantitative values are of no clinical significance, reference intervals are extremely broad, and gross degrees of elevation only note the expected physiologic growth of bones during those age ranges. Therefore, again, the bias identified in the above analysis, applied to such cases, would have no clinical significance.

In summary, the bias detected via the above analysis is expected to have no patient impact.

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164367

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

**CORRECTIVE ACTION:**

The retroactive PT investigation has been properly documented according to the laboratory SOP CL.QOP-0006. (Ex. BB, Tab 3). As there is no patient impact expected, no corrected or voided reports have been generated. In addition, noting the root cause of this error was submission of the wrong method code, SOP CL.QOP-00006 has been revised to now require a second review prior to submission of PT results to ensure correct code use. (Ex. BB, Tab 3 § 9.3).

CONFIDENTIAL COMMERCIAL INFORMATION EXEMPT FROM DISCLOSURE UNDER THE FREEDOM OF INFORMATION ACT

CMS2-164368