UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

Minute Order

Date: 11/8/2021
Time in Court: 10:05-11:40am
**(TOTAL time: 1 Hr. 15 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach
Defendant Attorney(s) present: Kevin Downey, John Cline, Katherine (Katie) Trefz, Andrew Lemens
No Appearance WAIVER FILED - Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 28)**

Defendant filed a waiver of appearance (Dkt. 1132 filed 11/7/2021).
The Court conducts motion in limine hearing as to Defendant's Motion to Exclude Certain Testimony of Roger Parloff and to Exclude Trial Exhibit 3033 (Dkt. 1103 filed 10/21/2021) outside presence of Jury and Objection by Defendant as to Order Granting Motion to Quash Subpoena Duces Tecum to Roger Parloff (Dkt. 1102 filed 10/21/2021). The Court heard oral argument from the Parties.
The Court will not disturb the ruling of Magistrate Judge Cousins and court defers ruling upon the objection based upon the testimony of witness. The Court informed the Parties of what testimony would be allowed of Mr. Parloff and what would not be allowed re the motion to exclude certain testimony.

Further Jury Trial scheduled for Tuesday, November 9, 2021 at 8:00 a.m. with Counsel and 9:30 a.m. with Jury

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**