# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER:  18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  11/9/2021
Time in Court: 8:24-9:35am,11:11am-12:27pm,1:13-2:53,3:22-4:04 pm
**(TOTAL time: 4 Hrs. 49 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, Patrick Looby
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 29)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Wednesday, November 10, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5400,4621 pgs. 1-4 only,5260,3144,4621 pgs.51-52 w/redactions only,4621 pgs.53 to 55 w/redactions only,4621 pgs. 55-57 w/redactions only,4943 pgs. 1 & 9 only,4621 pgs.40-47 w/redactions only
Defendants: 13047,13655,10584,13158,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4621 pgs. 1-4 only, 4621 pgs.51-52 w/redactions only,4621 pgs.53 to 55 w/redactions only,4621 pgs. 55-57 w/redactions only,4943 pgs. 1 & 9 only,4621 pgs.40-47 w/redactions only**
Defendants: **13047,13655,10584,13158**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: November 9, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 8:24 am | Court in session Counsel and Defendant are present. Jury seated |
|  |  |  | Court hears arguments as to Defendant's Notice of Objection to Exhibit 3217 (Dkt. 1086), Government's Trial Brief (Dkt. 1133), Notice of Defendant's Submission Regarding Testimony of Government Witness (Dkt. 1134) and Order (Dkt. 989) |
|  |  | 9:35 am | Court takes recess |
|  |  |  | Technology issues troubleshoot to correct video display issue – utilize projector for display of evidence |
|  |  | 11:11 am | Court in session with Counsel Defendant. Jury seated |
|  | CX | 11:18 am | Cross examination resumes of W#22 Lynette Sawyer by Defense Counsel Lance Wade |
|  | EX 13047 |  | ADMITTED – Email chain – From: Jerry Hurst; To: Sunny Balwani; Subject: Lynette's Director Contract (Dated 4/5/2015) |
|  | EX 13655 |  | ADMITTED – Quality Operating Procedure pages signatures of Lynette Sawyer (Dated 1/28/2015) |
|  | EX 5400 |  | IDENTIFICATION – Government's objection to admission sustained |
|  | EX 10584 |  | ADMITTED – Email chain – From: Jerry Hurst; To: Sunny Balwani; Subjection: Director services ending June 30, 2015 (Dated 6/13/2015) |
|  |  | 12:18pm | Cross examination concludes |

2

| TRIAL DATE: November 9, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| RDX | | 12:18pm | Re-direct examination of W#22 begins by Government Counsel Robert Leach | |
| | | | Re-direct examination concludes | |
| | RCX | 12:25pm | Re-cross examination of W#22 begins | |
| | | 12:26 pm | Re-cross concludes | |
| | | 12:26 pm | W#22 excused | |
| | | 12:27 pm | Court takes recess 35 mins | |
| | | 1:13 pm | Court in session Counsel and Defendant present. Jury seated | |
| | | | Government calls next witness | |
| | | 1:13 pm | W#23 Kingshuk Das – Sworn | |
| DX | | 1:15 pm | Direct examination of W#23 Kingshuk Das begins by Government Counsel Robert Leach | |
| EX 4621 Pgs. 1 - 4 | | | ADMITTED - Cover Letter to Sunil Dhawan of the Statement of Deficiency (Dated 1/25/2016) – Pages 1 thru 4 ONLY  Defense objection to admission with REDACTIONS. The Court overruled objection and admitted exhibit pgs. 1 thru 4 ONLY | |
| EX 5260 | | | IDENTIFICATION - | |
| EX 3144 | | | IDENTIFICATION - | |
| EX 4621 Pgs. ID | | | ADMITTED – Pgs. 51 specifically indicated beginning at D5791 through top of Pg. 52 text to this STANDARD and Pgs. 53 bottom portion specifically item 2. Through Pg. 55 to letter "l". And Pgs. 55 begin at item 3 through pgs. 57 to item 4 with REDACTIONS.  Defense objection to admission. The Court overruled the objection and admitted the exhibit offered not for the truth of the matter asserted only as to the state of mind of defendant as to intent and knowledge | |

| TRIAL DATE: November 9, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 4943 | | | ADMITTED – Document submitted to CMS – Patient Impact Assessment (Bates Nos. CMS2-164332, CMS2-164340) Pgs. 1 & 9 ONLY<br>Defense objection Rule 407 to admission. The Court overruled the objection based upon the testimony | |
| | | 2:42 pm | Jury and witness excused for the break | |
| | | 2:43 pm | Court in session outside presence of jury taking up housekeeping matters | |
| | | 2:53 pm | Court takes recess 30 mins | |
| | | 3:22 pm | Court in session Counsel and Defendant present. Jury seated | |
| DX | | | Direct examination of W#23 resumes | |
| EX 4621 | | | ADMITTED – Statement of Deficiency Pgs. 40 through Pg. 47 w/REDACTIONS on Pgs. 45 and 46<br>Defense objection to admission. The Court overruled the objection and admitted the exhibit offered not for the truth of the matter asserted only as to the state of mind of defendant as to intent and knowledge | |
| | | 3:51 pm | Direct examination concludes | |
| | CX | 3:51 pm | Cross examination of W#23 Kingshuk Das begins by Defense Counsel Lance Wade | |
| | | 4:02 pm | Court admonishes the Jury and Jury excused | |
| | | 4:04 pm | W#23 excused to return tomorrow for testimony | |
| | | 4:04 pm | Court takes up housekeeping matters | |
| | | 4:40 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Wednesday, November 10, 2021 | |
| | | | | |