UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/10/2021
Time in Court: 8:32-8:50am,9:03-10:30,11:03-11:26,11:03am-11:26,11:30am-1:32pm, 2:02-4:04pm
**(TOTAL time: 6 Hrs. 4 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, Patrick Looby, John Cline
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 30)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Monday, November 15, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5260,5471,14,663,713,1334,1371 Pgs.1-8 ONLY,2223,2216 1st Pg. REDACTED, 2468 REDACTED,
Defendants: 10290,10563,10634,14159,10665,10666,10678,14162,10674,10651,10641,7746, 10629,10628,13333,10668,10639,10675,10638,14160,7673A,10626,14111,14112,14113,11021

**CONT'D NEXT PAGE.**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **663,713 REDACTED,1334,1371 Pgs.1-8 ONLY,2223,2216 1st Pg. REDACTED, 2468 REDACTED**
Defendants: **10290, 10563,10634 limited portions see log,14159,10665,10666,10678,14162, 10674,10651,10641,7746,10628,13333 REDACTED,10668 REDACTED,10639, 10675,10638,10626**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 10, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:32 am | Court in session Counsel and Defendant are present outside presence of Jury |
| | | | Government Counsel addressing the Court re some evidentiary issues related to testimony |
| | | | Government informs the Court that a witness will be recalled Ms. Yam |
| | | 8:50 am | Court takes recess |
| | | 9:03 am | Court in session Counsel and Defendant are present. Jury seated |
| | CX | | Cross-examination of W#23 Kingshuk Das resumes by Defense Counsel Lance Wade |
| | EX 10290 | | ADMITTED - Curriculum Vitae of Kingshuk Das (Dated 8/12/2015) |
| | EX 10563 | | ADMITTED - California Department of Public Health – Notice of Laboratory Change – Add Co-Director Dr. Lisa K. Helfend (Dated 12/11/2015) |
| | EX 10634 | | ADMITTED – Email chain – From: Kingshuk Das; To: Elizabeth Holmes; Subject: Thank you. (Dated 12/7/2015)<br>Government objection to admission of top portion of exhibit – Court admitted the exhibit with the limited instruction the top portion of the email is not offered for the truth of the matter asserted |
| | EX 14159 | | ADMITTED – Invoice from Kingshuk Das to Theranos Re consultation fees (Dated 3/29/2016) |

| TRIAL DATE: November 10, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 10665 |  | ADMITTED – Email chain – From: Daniel Edlin; To: Waldo Conception, Kingshuk Das; cc: Elizabeth Holmes; Subject: Science Review Meeting Attendees (Dated 1/15/2016) | |
|  | EX 10666 |  | ADMITTED – Email chain – From: Donal Tschirhart; To: Kingshuk Das; Subject: Day One (Dated 2/26/2016) | |
|  | EX 10678 |  | ADMITED – Email chain – From: Tina Lin; To: Kingshuk Das, Daniel Young; Subject: QC Means (Dated 3/23/2016) | |
|  | EX 14162 |  | ADMITTED – Email chain – From: Kingshuk Das; To: Tina Lin; Subject: Updated corrected reports summary (Dated 3/11/2016) | |
|  |  | 10:30 am | Court takes recess 30 mins | |
|  |  | 11:03 am | Court in session with Counsel and Defendant outside the presence of the Jury | |
|  |  |  | Counsel addressing evidentiary issues with the Court for upcoming testimony of next witness<br>Exhibits 2216, 2468, 1371, 663 | |
|  |  | 11:26 am | Off record | |
|  |  | 11:30 am | Court in session Counsel and Defendant present. Jury seated | |
|  | CX |  | Cross examination of W#23 resumes | |
|  | EX 10674 |  | ADMITTED – Email From: Kingshuk Das; To: Elizabeth Holmes; David Zifkin; Subject: some good news, for once (Dated 4/13/2016) | |
|  | EX 10651 |  | ADMITTED – Email From: Kingshuk Das; To: Elizabeth Holmes; Subject: FYI – plans are enacted (Dated 4/7/2016) | |
|  | EX 10641 |  | ADMITTED – Email From: Kingshuk Das; To: Elizabeth Holmes; Subject: 16S rRNA sequencing (Dated 3/3/2016) | |
|  | EX 7746 |  | ADMITTED – Picture of inside device Theranos Mini-Lab | |

4

| TRIAL DATE:<br>November 10, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | EX 10629 | | IDENTIFICATION –<br>Government objection to admission hearsay |
| | EX 10628 | | ADMITTED – Email chain – From: Sunny Balwani; To: Kingshuk Das, et al., Subject: Statement (Dated 3/31/2016) |
| | EX 13333 | | ADMITTED – w/redactions<br>Government objection to admission bottom portion of document. Court sustains the objection but will admit w/redactions |
| | EX 10668 | | ADMITTED – Email From: Tracy Masson; To: Elizabeth Holmes, Kingshuk Das; Subject: Newark Team (Dated 4/28/2016)<br>Government objection to admission hearsay bottom portion. Court sustains the objection but will admit w/redactions |
| | EX 10639 | | ADMITTED – Email From: Kingshuk Das; To: Elizabeth Holmes; Subject: NWK temp org chart (Dated 4/26/2016) |
| | EX 10675 | | ADMITTED – Email chain – From: Donald Tschirhart; To: Kingshuk Das; Subject: Consultation (Dated 7/1/2016) |
| | EX 10638 | | ADMITTED – Email From: Kingshuk Das; To: Elizabeth Holmes; Subject: R+D call earlier (Dated 5/6/2016) |
| | EX 14160 | | IDENTIFICATION - |
| | EX 7673A | | IDENTIFICATION –<br>Government objection to admission hearsay and relevance |
| | | 12:37 pm | Cross examination concludes |
| RDX | | 12:39 pm | Re-direct examination of W#23 begins by Government Counsel Robert Leach |
| | | 12:54 pm | Re-direct examination concludes |
| | RCX | 12:54 pm | Re-cross examination of W#23 begins by Defense Counsel Lance Wade |
| | EX 5260 | | IDENTIFICATION - |

5

| TRIAL DATE: November 10, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 5471 |  | IDENTIFICATION - | |
|  |  | 1:02 pm | Re-cross examination concludes | |
|  |  | 1:02 pm | W#23 excused | |
|  |  |  | Government calls next witness | |
|  |  | 1:03 pm | W#24 Alan Eisenman – Sworn | |
| DX |  | 1:04 pm | Direct examination of W#24 Alan Eisenman begins by Government Counsel John Bostic | |
| EX 14 |  |  | IDENTIFICATION - | |
|  |  | 1:32 pm | Court takes recess 30 mins | |
|  |  | 2:10 pm | Court in session with Counsel and Defendant present. Jury seated | |
|  |  |  | Direct examination of W#24 resumes | |
| EX 663 |  |  | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes; Subject: June Quarterly Update (Dated 5/3/2010) | |
| EX 713 |  |  | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes; Subject: Business update<br>Defense objection to admission. Court grants admission w/redactions and is admitted not for the truth of the matter but for state of mind/knowledge | |
| EX 1334 |  |  | ADMITTED – Email chain – From: Theranos; To: Alan Eisenman; Subject: Theranos Stockholder Consents (Dated 12/16/2013) | |
| EX 1371 |  |  | ADMITTED – Email chain – From: Theranos; To: Theranos; Subject: Theranos Stockholder Consents – Pgs. 1 through 8 ONLY (Dated 12/18/2013) | |

| TRIAL DATE: November 10, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| EX 2223 | | | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes; Sunny Balwani; Subject: Negative Report on Theranos from UBS (Dated 10/8/2014) | |
| EX 2216 | | | ADMITTED – Email chain – From: Sunny Balwani; To: Alan Eisenman; Subject: negative Report on Theranos from UBS (Dated 11/19/2014) w/REDACTION 1st pg. Defense objection. Court admitted the exhibit w/redaction 1st pg. | |
| EX 2468 | | | ADMITTED – Email From: Alan Eisenman; To: Sunny Balwani; Subject: Theranos (Dated 3/30/2015) w/REDACTION Defense objection. Court admitted the exhibit w/redaction | |
| | | 3:08 pm | Direct examination concludes | |
| | CX | | Cross examination of W#24 Alan Eisenman begins by Defense Counsel Kevin Downey | |
| | EX 10626 | | ADMITTED – Email From: Alan Eisenman; To: David Harris; Subject Theranos (Dated 10/12/2006) | |
| | EX 14111 | | IDENTIFICATION - | |
| | EX 14112 | | IDENTIFICATION – | |
| | EX 14113 | | IDENTIFICATION - | |
| | EX 11021 | | IDENTIFICATION - | |
| | | 4:00 pm | Court admonishes the Jury, and the Jury is excused | |
| | | 4:01 pm | W#24 is excused and to return for further testimony | |
| | | 4:02 pm | Government informs the Court of the status of their case and request for defense disclosures of witnesses for their case in chief and Jenks | |
| | | 4:04 pm | Court adjourns | |

7

| **TRIAL DATE:** November 10, 2021 | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Further Jury Trial Monday, November 15, 2021 at 9:00 a.m. with Jury | |
| | | | | |

8