JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO ADMIT CERTAIN CUSTOMER FEEDBACK REPORTS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED
MOTION TO ADMIT CERTAIN CUSTOMER FEEDBACK REPORTS
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Renewed Motion to Admit Customer Feedback Reports. I attest to the following facts upon which the Motion relies.

2. Attached to this declaration are 10 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of TX 7476, an email dated October 1, 2014 between Jeffrey Blickman, Elizabeth Holmes, Sunny Balwani, Daniel Edlin, and others, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   b. Exhibit 2 is a true and correct copy of TX 7557, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated May 31, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   c. Exhibit 3 is a true and correct copy of TX 7561, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated June 7, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   d. Exhibit 4 is a true and correct copy of TX 7571, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated June 28, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   e. Exhibit 5 is a true and correct copy of TX 7573, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated July 5, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   f. Exhibit 6 is a true and correct copy of TX 7575, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated July 12, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

   g. Exhibit 7 is a true and correct copy of TX 7576, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated July 19, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

h. Exhibit 8 is a true and correct copy of TX 7579, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated August 9, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

i. Exhibit 9 is a true and correct copy of TX 7583, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated August 16, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

j. Exhibit 10 is a true and correct copy of TX 7586, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated August 23, 2015, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of November 2021 in Chevy Chase, MD.

*[signature]*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes