# Exhibit 1

**To:** Sunny Balwani[sbalwani@theranos.com]; Elizabeth Holmes[eholmes@theranos.com]; Tracy Masson[tmasson@theranos.com]; Ryan Karpel[rkarpel@theranos.com]; Christian Holmes[cholmes@theranos.com]; Daniel Edlin[dedlin@theranos.com]; Maximillion Fosque[mfosque@theranos.com]; Sani Hadziahmetovic[shadziahmetovic@theranos.com]; Nicholas Menchel[nmenchel@theranos.com]; Allison Hsieh[ahsieh@theranos.com]; Joe Ahdoot[JAhdoot@theranos.com]
**From:** Jeffrey Blickman
**Sent:** Wed 10/1/2014 2:23:58 AM
**Importance:** Normal
**Subject:** Experience Survey Results (Sept)
**Received:** Wed 10/1/2014 2:24:00 AM
Patient Survey Analysis_0829-0929.pdf

All – please find attached the experience survey results for the period Aug. 29 - Sept. 29. Across the board feedback has been consistent, with Check In process receiving the lowest star rating (avg. of 4.5).

I also included a few pages of positive/negative patient feedback. The negative feedback is primarily about long lines/wait times, slow check in, and a few bathroom cleanliness concerns which we'll follow-up on with Walgreens, but I did notice for the first time comments about people being confused about where Theranos services were offered, with a few people citing that they checked in at HCC and waited a long while before realizing they needed to check in at the pharmacy for Theranos. Although it's a small data set, we clearly need to establish more prominent directional signage/branding in our locations that cohabitate with HCCs.

Please let me know if you have add'l questions.

Best,
Jeff


**Jeffrey P. Blickman**
Senior Product Manager
Theranos, Inc.

Office:  650.470.0321
Mobile: ▮▮▮▮▮▮▮▮▮▮
jblickman@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292      www.theranos.com

# Theranos Experience Survey Summary

for period Aug 29 – Sept 29, 2014

Unique Survey Responses: **872**

### Average Quality/Experience Scores

|  | Avg. Stars | vs. last month |
| --- | --- | --- |
| Overall Experience | 4.75 | +1% |
| Check In Process | 4.49 | -2% |
| Locating Theranos | 4.70 | no change |
| Facilities | 4.73 | +1% |
| Sample Collection Process | 4.79 | +1% |
| Skill of Technician | 4.83 | +1% |

Theranos Confidential

theranos

Confidential

THPFM0000815771









Theranos Confidential

Confidential

THPFM0000815772





Theranos Confidential

theranos

Confidential   THPFM0000815773

## Where do you typically get your prescriptions filled?



Theranos Confidential

Confidential

THPFM0000815774

## How did you first hear about Theranos?



- Physician
- Friend/Family
- Media article
- Other
- Walgreens pharmacist or employee
- Sign or brochure in Walgreens store

Theranos Confidential

theranos

Confidential

THPFM0000815775

# On average, how often do you get a blood test?



- Once per year or less
- 2-5 times per year
- 6-12 times per year
- More than 12 times per year

Theranos Confidential

theranos

Confidential

THPFM0000815776

# Based on your recent visit, what is the likelihood that you will return to a Theranos Wellness Center?



- Definitely coming back
- Likely to return
- Not sure if I will return
- Will not return

Theranos Confidential

theran✦s

Confidential

THPFM0000815777

# Here's what people are saying…

"Always a great experience!"

"Amazing!!! Fast, lower cost, less blood loss, more convenient!!!! Winner!!!!! I passed the info on to another doctor!!!"

"▌ was my phlebotomist at the Walgreens location on Shea Blvd in Scottsdale, AZ. She was professional, warm, friendly and immediately established a confident rapport. She is a wonderful representative for your company!"

"Excellent, borderline enjoyable even."

"For a phobic like me of needles, treated by a therapist for medical phobia, this was the best experience! This was my first time back to a lab in 8 years!"

"Greatest experience ever at a lab, and I'm able to do on my lunch hour. Very convenient!"

"I am going to transfer all of my family's Rx's to Walgreens because of the efficient and professional service I received from technician and phlebotomist. Thank you."

"I had never heard of your facility or service before today. I was so impressed that I came home and researched Theranos. I spent the first 20 years of my career working in healthcare and physician clinics. I was blown away not only by the prices being so low, but you published them! I will be referring all my friends to you!"

Theranos Confidential

theranos

Confidential

THPFM0000815778

# Here's what people are saying…

"I have been so disillusioned with other facilities with wait time, like LabCorp, just terrible. This was the shortest and fastest experience I have ever had! The tech was very professional and I couldn't have been happier."

"This lab was referred to me by naturopath to save money due to large deductible for insurance. I was a little unsure but have used Walgreens and CVS for flu shots so I trusted the referral. I came in fasting and was in and out in 20 minutes. Sonora Quest and Lab Corp was a minimum of 30 mins in my past experience and I have waited as long as 45 mins at those facilities."

"Lovely painless experience, pleasant environment, professional treatment."

"My 12 he old hates getting blood done but after this he said he wants all blood test he needs done with Theranos. Thank you."

"I am a doctor. Keep up the good work and stay standing strong against your rival labs and nay-saying docs! Bless you."

"Thank you for saving me $600.00!"

"The test was on my 4 year old son and it was the best experience possible. The staff went above and beyond even pricking themselves to show my son that it didn't hurt. They even pulled up a cartoon for my son to watch on their cell phone."

"This process is long overdue and a credit is due to both Theranos and Walgreens for creating it. The blood wasted in the old process was criminal, the pain inflicted by the dart board process totally unnecessary and the cost an insult to everyone."

Theranos Confidential

theranos

Confidential

THPFM0000815779

# Here's what people are complaining about…

"Better signage - to differentiate between the clinic and your facility."

"Facilities in Theranos were fantastic, but when I had to use Walgreens bathroom for the urine sample, store bathroom was unclean - toilet disgusting and without paper towels near dirty sink."

"Have your own facility and make it look great - sharing with others prevents you from gaining well deserved recognition."

"Having online check-in and registration would be helpful to the patient and the pharmacy staff. It took a while to get all my info entered in and there was a prescription pick-up line and drive through line and the staff was frazzled."

"I found the check in process confusing. It's not clear that Theranos is separate from the clinic. The pharmacy was busy so help wasn't available to ask. I was fasting and by the time I figured it out it was too long of a wait. The technician was wonderful and walked me through the process so I know what to do next time. Maybe a sign would be helpful to direct people to the lab. Otherwise a good experience."

"Location of signs…it was located next to healthcare clinic…I signed up at clinic instead of pharmacy…clinic is automated so no person to direct me to pharmacy…it was an hour later when I noticed a very small sign on a rear wall to seating area"

"Need chairs to sit in for drawing blood. Sitting on a bench is Unacceptable !\nGet With it Walgreens ! Keep customers coming back."

## Here's what people are complaining about…

"Once the kinks get worked out, I think it will be great. My technician was obviously newly trained, but skills improve with practice. Primary feedback would be to eliminate the pharmacy staff from the check in process. It added an unnecessary 15 minutes to my wait time because I had to wait in the notoriously long line at a Walgreens pharmacy, whereas a Theranos tech could have done it much faster."

"Please have latex-free tourniquets available for those of us with rubber allergies. My arm broke out with a rash with just being touched with a rubber-based tourniquet for less than 2 minutes."

"The sign in process was a little slow but the rest was great. The person helping the sign in was great she was waiting on the computer."

"Walgreens call center told us you did not do blood work other than glucose tests. We were on hold 15 minutes."

"Worried about the cleanliness of the facility."

"Would like a designated bathroom for the testing due to cleanliness."

Theranos Confidential

theranos

Confidential

THPFM0000815781