JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **SECOND DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO ADMIT CERTAIN CUSTOMER FEEDBACK REPORTS** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

SECOND DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT CERTAIN CUSTOMER FEEDBACK REPORTS
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Renewed Motion to Admit Customer Feedback Reports. I attest to the following facts upon which the Motion relies.

2. Attached to this declaration are 9 exhibits. The contents of the exhibits are as follows:

    a. Exhibit 11 is a true and correct copy of THPFM0003768954, a spreadsheet that is part of TX 7557. The remaining documents in TX 7557 have been filed with the Court at ECF 1141-2. The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal identifying information.

    b. Exhibit 12 is a true and correct copy of THPFM0003769332, a spreadsheet that is part of TX 7561. The remaining documents in TX 7561 have been filed with the Court at ECF 1141-3. The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal identifying information.

    c. Exhibit 13 is a true and correct copy of THPFM0003768576, a spreadsheet that is part of TX 7571. The remaining documents in TX 7571 have been filed with the Court at ECF 1141-4. The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal identifying information.

    d. Exhibit 14 is a true and correct copy of THPFM0003102534, a spreadsheet that is part of TX 7573. The remaining documents in TX 7573 have been filed with the Court at ECF 1141-5. The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal identifying information.

    e. Exhibit 15 is a true and correct copy of THPFM0003769549, a spreadsheet that is part of TX 7575. The remaining documents in TX 7575 have been filed with the Court at ECF 1142. The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal identifying information.

    f. Exhibit 16 is a true and correct copy of THPFM0003773426, a spreadsheet that is part of TX 7576. The remaining documents in TX 7576 have been filed with the Court at ECF 1142-1.

1  The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal
2  identifying information.

3        g.      Exhibit 17 is a true and correct copy of THPFM0003769429, a spreadsheet that is
4  part of TX 7579.  The remaining documents in TX 7579 have been filed with the Court at ECF 1142-2.
5  The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal
6  identifying information.

7        h.      Exhibit 18 is a true and correct copy of THPFM0003769057, a spreadsheet that is
8  part of TX 7583.  The remaining documents in TX 7583 have been filed with the Court at ECF 1142-3.
9  This exhibit contains redactions to avoid revealing personal identifying information.

10        i.      Exhibit 19 is a true and correct copy of THPFM0003868981, a spreadsheet that is
11  part of TX 7586.  The remaining documents in TX 7586 have been filed with the Court at ECF 1142-4.
12  The spreadsheet has been converted into PDF form, and contains redactions to avoid revealing personal
13  identifying information.

14      I declare under penalty of perjury under the laws of the United States that the foregoing is true
15  and correct to the best of my knowledge.

16      Executed this 12th day of November 2021 in Chevy Chase, MD.

                             AMY MASON SAHARIA
                             Attorney for Elizabeth Holmes

28  SECOND DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT CERTAIN CUSTOMER FEEDBACK REPORTS
CR-18-00258 EJD