UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/15/2021
Time in Court: 8:37 am – 8:44 am; 9:06 am – 10:41 am; 11:21 am – 1:10 pm

**(TOTAL time:  3 Hrs. 31 mins.)**
Courtroom Deputy Clerk: Kassandra Dibble
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, Patrick Looby, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 31)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Tuesday, November 16, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: N/A
Defendants: 14103, 14225, 14224, 14226, 12185, 12252, 2470, 14233, 14234, 11014, 12999, 1370, 12285, 13150, 13191, 14109, 1362

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: N/A
Defendants: 14103, 14225, 14224, 14226, 12185, 12252, 12999, 1370, 13150, 13191, 14109, 1362

Kassandra Dibble
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: November 15, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:37 am | Court in session. Counsel and Defendant are present outside presence of the Jury. | |
| | | | Court discusses the trial schedule with Counsel. | |
| | | | Government Counsel addresses the Court re: witness testimony. | |
| | | 8:44 am | Court takes recess. | |
| | | 9:06 am | Court in session. Counsel and Defendant are present. Jury seated. | |
| | CX | | Cross-examination of W#24 Alan Eisenman resumes by Defense Counsel Kevin Downey. | |
| | EX 14103 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Alan Eisenman; Subject: June quarterly update (Dated 5/3/2010) | |
| | EX 14225 | | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes; Subject: Catching Up (Dated 7/13/2010) | |
| | EX 14224 | | ADMITTED – Email – From: Alan Eisenman; To: Elizabeth Holmes; No Subject (Dated 7/1/2010) | |
| | EX 14226 | | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes; Subject: Larry Ellison (Dated 9/27/2010) | |
| | EX 12185 | | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes and Sunny Balwani; No Subject (Dated 2/4/2011) | |

| TRIAL DATE: November 15, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 12252 |  | ADMITTED – Email chain – From: Nancy Minnig; To: Alan Eisenman; Subject: Theranos updates (Dated 5/16/2012) | |
|  | EX 2470 |  | IDENTIFICATION. | |
|  | EX 14233 |  | IDENTIFICATION. | |
|  | EX 14234 |  | IDENTIFICATION. | |
|  | EX 11014 |  | IDENTIFICATION. | |
|  | EX 12999 |  | ADMITTED – Email chain – From: Alan Eisenman; To: Elizabeth Holmes and Sunny Balwani; Subject: Fwd: Google Alert – theranos (Dated 1/21/2015) | |
|  |  | 10:35 am | Court in session outside the presence of Jury and outside the presence of Defendant, with Counsel's consent. | |
|  |  | 10:41 am | Court takes 30-minute recess. | |
|  |  | 11:21 am | Court in session. Counsel and Defendant are present outside the presence of the Jury. | |
|  |  |  | Counsel reviewed Mr. Eisenman's notes during the recess. Counsel address the Court re: their review of Mr. Eisenman's notes. | |
|  |  | 11:39 am | Jury summoned. Court in session with Counsel, Defendant, and Jury present. | |
|  | CX |  | Cross-examination of W#24 Alan Eisenman resumes by Defense Counsel Kevin Downey. | |
|  | EX 1370 |  | ADMITTED – Email chain – From: Sunny Balwani; To: Alan Eisenman; Subject: Theranos Stockholder Consents for Your Signature by This Wednesday 12/18/13 (Dated 12/19/2013) | |
|  | EX 12285 |  | IDENTIFICATION. | |

| TRIAL DATE: November 15, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 13150 | | ADMITTED – Email chain – From: Alan Eisenman; To: Chris Boies; Subject: Theranos follow up from our conversation today (Dated 8/18/2015) | |
| | EX 13191 | | ADMITTED – Email chain – From: Bryson Tombridge; To: Alan Eisenman; Subject: Theranos (Dated 9/3/2015) | |
| | EX 14109 | | ADMITTED – Email – From: Alan Eisenman; To: Adelaida Hernandez; No Subject (Dated 12/3/2018) | |
| | | 12:40 pm | Cross examination concludes. | |
| RDX | | | Re-direct examination of W#24 Alan Eisenman begins by Government Counsel John Bostic. | |
| | | 12:57 pm | Re-direct examination concludes. | |
| | RCX | | Re-cross examination of W#24 Alan Eisenman begins by Defense Counsel Kevin Downey. | |
| | EX 1362 | | ADMITTED – Email chain – From: Alan Eisenman; To: Subject: Theranos Stockholder Consents for your Signature by this Wednesday 12/18/13 | |
| | | 1:01 pm | Re-cross examination concludes. | |
| | | 1:02 pm | W#24 Alan Eisenman is excused for the day to possibly return for further testimony. | |
| | | 1:02 pm | Court admonishes the Jury. The Jury is excused for the day. | |
| | | 1:04 pm | Court remains in session outside the presence of the Jury. | |
| | | | Court and Counsel discuss Mr. Eisenman's notes. | |
| | | | Court sets a 4:00 pm deadline for Counsel to further review Mr. Eisenman's notes. | |
| | | 1:10 pm | Court adjourns. | |