1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  Attorney for Defendant ELIZABETH A. HOLMES

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9

10 UNITED STATES OF AMERICA,            )  Case No. CR-18-00258-EJD
                                        )
11        Plaintiff,                    )  **DECLARATION OF JOHN D. CLINE IN**
                                        )  **SUPPORT OF MS. HOLMES' MOTION TO**
12    v.                                )  **ADMIT PORTIONS OF INTERVIEWS UNDER**
                                        )  **RULES 401 AND 106**
13 ELIZABETH HOLMES and                 )
   RAMESH "SUNNY" BALWANI,              )
14                                      )  Hon. Edward J. Davila
          Defendants.                   )
15                                      )
                                        )
16 ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯  )

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' MOTION TO ADMIT
PORTIONS OF INTERVIEWS
CR-18-00258 EJD

I, JOHN D. CLINE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Admit Portions of Interviews under Rules 401 and 406 ("Motion").

2. Attached to this declaration are 4 exhibits.

3. The contents of the exhibits are as follows:

    a. Exhibit 1 is a true and correct copy of the government's partial transcript of the audio recording listed as TX 1648 on its exhibit list (April 7, 2014 interview).

    b. Exhibit 2 is a true and correct copy of the government's partial transcript of the audio recording listed as TX 1657 on its exhibit list (April 10, 2014 interview)

    c. Exhibit 3 is a true and correct copy of the government's partial transcript of the audio recording listed as TX 2580 on its exhibit list (July 1, 2015 Interview).

    d. Exhibit 4 is a manual filing notification of a USB drive that contains an audio recording of the portions of the interviews referenced in the Motion for which there are no transcripts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November 2021 in San Jose, CA.

JOHN D. CLINE
Attorney for Elizabeth Holmes

DECLARATION OF JOHN D. CLINE IN SUPPORT OF MS. HOLMES' MOTION TO ADMIT PORTIONS OF INTERVIEWS
CR-18-00258 EJD

1