# EXHIBIT 1

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
 5      - - - - - - - - - - - - - - -
 6      UNITED STATES,              )
 7              Plaintiff,          )   CASE NO.
 8      V.                          )   18-cr-00258-EJD-1
 9      ELIZABETH HOLMES,           )
10              Defendant.          )
11      - - - - - - - - - - - - - - -
12
13
14                    AUDIO TRANSCRIPTION OF
15                 INTERVIEW OF ELIZABETH HOLMES
16                    MONDAY, APRIL 7, 2014
17                 FILE:  Parloff 2014.04.07 002
18
19
20
21                BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                           BY:  HE SUK JONG, CSR 12918
23                           455 MARKET STREET, SUITE 970
24                           SAN FRANCISCO, CALIFORNIA 94105
25                                        (415) 597-5600
```

```
 1              (Begin transcription 00:12:03 - 00:29:50)
 2              (No audio from 00:00:00 to 00:12:03.)
 3          ELIZABETH HOLMES:  I ultimately dropped out in May.
 4     But -- but when I filed the patent in September, I knew
 5     this was what I was going to be doing.
 6          ROGER PARLOFF:  Sure.
 7          ELIZABETH HOLMES:  So it was a Ph.D. student that I
 8     worked directly for and then another master's student.
 9     And then I had met people who held positions at Stanford
10     from industry.  There was a man who had been a president
11     of a Panasonic division and another man who had been a
12     technical architect at IBM.
13          ROGER PARLOFF:  Uh-huh.
14          ELIZABETH HOLMES:  And they were both doing work at
15     Stanford, and they joined.  And at that point then it
16     became more about getting the access to capital to be able
17     to do this, and -- and that started the process of
18     ultimately raising hundreds of millions of dollars to be
19     able to -- to build this.
20          ROGER PARLOFF:  And who were your first backers?  Did
21     you go -- go to VC people?
22          ELIZABETH HOLMES:  We had some VC people, and we also
23     had individuals --
24          ROGER PARLOFF:  Mm.
25          ELIZABETH HOLMES:  -- or families who really believed
```

1  in what we wanted to do long term.  We -- I decided, even
2  though we really needed money, to turn down some of the
3  initial offers that we get because they didn't believe
4  that they really believed in the long-term aspect of this
5  and --
6       ROGER PARLOFF:  They wanted to --
7       ELIZABETH HOLMES:  Right.
8       ROGER PARLOFF:  -- they wanted to take exit strategy,
9  yeah.
10      ELIZABETH HOLMES:  "What was the exit" question,
11 right.
12      ROGER PARLOFF:  Yeah, uh-huh.
13      ELIZABETH HOLMES:  Yeah.  But then, you know, I
14 raised our first 5 million when -- in our first year -- or
15 6 million, and then 10 and then 50 and then hundreds, you
16 know, so it -- it builds.
17      ROGER PARLOFF:  Can you -- how has the focus of the
18 company changed since you started it?
19      ELIZABETH HOLMES:  The vision is the same.  And I
20 think the "how we get there," we had to change and adapt
21 and evolve to get there.  The --
22      ROGER PARLOFF:  Like -- like when you started it, did
23 you -- would you have said, "We're going to analyze tiny
24 samples of blood and" --
25      ELIZABETH HOLMES:  Yeah, absolutely.

```
 1           ROGER PARLOFF:  (Indiscernible).  Oh.
 2           ELIZABETH HOLMES:  Very much so.
 3           ROGER PARLOFF:  Hm.
 4           ELIZABETH HOLMES:  That was exactly what we were
 5   going to do.  I think the "how we get there" is when we
 6   said, Okay.  Now we're in the lab, trying to build these
 7   systems.
 8           ROGER PARLOFF:  Hm.
 9           ELIZABETH HOLMES:  And that was where we literally
10   code-named our product the "Edison" because we figured
11   we're going to, potentially, fail a thousand times until
12   we get it right once, you know.  But the engineering is
13   complicated, and it -- it took many years.
14                And what else took many years is, for us, we
15   didn't want to introduce these services until we knew we
16   could make them available at a cost that would change the
17   paradigm for people being able to have access to health
18   care.  And so getting this to a point which we could
19   afford those types of price points took many years.  But
20   we set out to do this knowing that it was going to take us
21   many, many years.
22           ROGER PARLOFF:  And is there a -- a breakthrough that
23   enables that microbe sampling?
24           ELIZABETH HOLMES:  I think there's many.  The -- and
25   it's been across the board how we do the collection, how
```

```
 1  we do the testing, how we do the analyzers, how we do the
 2  software.  All of it --
 3         ROGER PARLOFF:  Hm.
 4         ELIZABETH HOLMES:  -- sort of, end to end has been
 5  something that we've had to reinvent, and (indiscernible)
 6  each piece is really critical because our value
 7  proposition and part of how we can use this to effect a
 8  change in the system is that we've built an
 9  (indiscernible) that can be immediately adopted by the
10  physician community without having to change their
11  workflows because we've built out so much of the
12  technology that's required.
13         ROGER PARLOFF:  Is that fairly unusual for a
14  500-employee place to have so little (indiscernible) and,
15  at the moment, so -- so little (indiscernible)?
16         ELIZABETH HOLMES:  Yeah, I -- I think it is.  I mean,
17  we -- we really believed that it was important for us to
18  execute and then talk about it.
19         ROGER PARLOFF:  To do what?
20         ELIZABETH HOLMES:  To execute.
21         ROGER PARLOFF:  Yeah.
22         ELIZABETH HOLMES:  And then talk about it as opposed
23  to, you know, a lot of companies will -- and, for example,
24  we did work with pharmaceutical companies for many years
25  because we were able to deploy our products and build our
```

```
 1   business and generate value for them.  But we didn't have
 2   to publish all this work about us because we knew it was
 3   going to take so many years to be able to get to the point
 4   which we were able to do this.
 5           ROGER PARLOFF:  Mm.
 6           ELIZABETH HOLMES:  So --
 7           ROGER PARLOFF:  What -- what could you do for
 8   pharmaceutical companies?
 9           ELIZABETH HOLMES:  What we did was use our technology
10   to monitor the people that they were working with in the
11   quest to get new drugs to market.  And so part of their
12   value proposition is how fast they can develop a new drug.
13           ROGER PARLOFF:  Mm.
14           ELIZABETH HOLMES:  And by --
15           ROGER PARLOFF:  So when they're doing Phase --
16           ELIZABETH HOLMES:  One or two or three --
17           ROGER PARLOFF:  -- (unintelligible) --
18           ELIZABETH HOLMES:  Yeah.
19           ROGER PARLOFF:  Oh.
20           ELIZABETH HOLMES:  Or even Phase IV --
21           ROGER PARLOFF:  Mm.
22           ELIZABETH HOLMES:  -- where the drug is on the
23   market, it's very difficult to monitor people.  And we
24   could very rapidly collect the laboratory data and on such
25   a small sample that they could sample more frequently so
```

```
 1  they could begin to see those trends much more clearly --
 2       ROGER PARLOFF:  Mm.
 3       ELIZABETH HOLMES:  -- in the context of the study.
 4  And then we could use our software to help them, because
 5  they were getting in the data in real time, understand
 6  whether the drug was working or not and then do what's
 7  called ADAPT, or an adaptive trial, where they could
 8  change the dose midway as opposed to waiting for 12 months
 9  and then seeing that it didn't work and trying again.
10       ROGER PARLOFF:  Mm.
11       ELIZABETH HOLMES:  So that's been -- and still is --
12  an important piece of our business.
13       ROGER PARLOFF:  So you -- you've already got revenue
14  coming in from these sorts of things.
15          Oops.
16       ELIZABETH HOLMES:  Ooh.  Oh, gosh.  Did I get you?
17       ROGER PARLOFF:  I don't think so.
18       ELIZABETH HOLMES:  Okay.  This is a very messy
19  dinner.
20          I do.  I mean, Theranos -- Theranos has got a
21  $9 billion valuation now in terms of --
22       ROGER PARLOFF:  How much?
23       ELIZABETH HOLMES:  Nine billion.
24          -- where we are in our -- in our life cycle.  I
25  mean, and that -- I mean, your question about "Is this
```

```
 1   unusual" --
 2        ROGER PARLOFF:  Yeah.
 3        ELIZABETH HOLMES:  -- we --
 4        ROGER PARLOFF:  Well, how -- how -- based on . . .
 5        ELIZABETH HOLMES:  Based on the capital that we've
 6   raised --
 7        ROGER PARLOFF:  Hm.
 8        ELIZABETH HOLMES:  -- and based on how investors
 9   value the company in the market.  And that's -- and most
10   companies talk about that, right?  We haven't talked about
11   it.
12        ROGER PARLOFF:  Yeah, (indiscernible).  Huh.  Huh.
13             So right now Walgreens has two patient centers,
14   or is it more than that?
15        ELIZABETH HOLMES:  There's four.
16        ROGER PARLOFF:  Mm.
17        ELIZABETH HOLMES:  And there's another ten that are
18   opening right now.
19        ROGER PARLOFF:  In the process of opening now.
20        ELIZABETH HOLMES:  And --
21        ROGER PARLOFF:  How many in Phoenix?
22        ELIZABETH HOLMES:  Two in Phoenix and two here.  And
23   then the next ten are opening in Phoenix right -- right
24   now.
25        ROGER PARLOFF:  (Inaudible).  How did you choose
```

```
 1  Phoenix, or did they choose Phoenix?
 2          ELIZABETH HOLMES:  We chose it.
 3               And the beautiful thing about this relationship
 4  is that we are able to have Theranos wellness centers
 5  within these locations, so it's our location.  And we
 6  chose it because the Medicare population is significant
 7  and elderly persons have, oftentimes, collapsed veins that
 8  make it very difficult to draw blood.
 9          ROGER PARLOFF:  Hm.
10          ELIZABETH HOLMES:  There's a very big Medicare and
11  Medicaid problem in the state in terms of cost savings.
12  And they had to sell their capital building because
13  they're in a difficult fiscal situation.  And so the
14  ability to generate Medicaid savings for the state is
15  quite meaningful.  And the opportunity to work with the
16  Medicare population to showcase the savings for Medicare
17  and to showcase that by testing in this way, you can start
18  to see things earlier in the disease progression
19  process --
20          ROGER PARLOFF:  Uh-huh.
21          ELIZABETH HOLMES:  -- along the lines of the trends
22  that we were talking about --
23          ROGER PARLOFF:  Uh-huh.
24          ELIZABETH HOLMES:  -- was very powerful.  So that's,
25  you know, the place that we chose to -- to build out the
```

```
 1  first market.
 2          ROGER PARLOFF:  As you build out, you will need -- in
 3  each city, you will need sort of a centralized, within the
 4  city, location that actually performs the test?  The blood
 5  will move to that central location and . . .
 6          ELIZABETH HOLMES:  We're looking at how best to scale
 7  that, but their goal is to be able to have very rapid
 8  turnaround times everywhere that we are.
 9          ROGER PARLOFF:  Yeah.
10          ELIZABETH HOLMES:  So that -- that's a part of it.
11          ROGER PARLOFF:  Yeah.  So eventually it's going to be
12  a huge company in terms of employees.  You'll need
13  locations --
14          ELIZABETH HOLMES:  Yeah.
15          ROGER PARLOFF:  -- all over the country.
16          ELIZABETH HOLMES:  I mean, there's between 88 -- I'm
17  sorry -- eighty-one and eighty-eight hundred Walgreens, so
18  that will put us in metropolitan service areas within one
19  mile of every person's home.  And -- and, nationally, it
20  will --
21          ROGER PARLOFF:  In -- in metropolitan areas.
22          ELIZABETH HOLMES:  Yeah, exactly.
23              And, nationally, it will be -- it will be
24  significant.
25          ROGER PARLOFF:  It will be significant.
```

```
 1         ELIZABETH HOLMES:  Yeah.
 2         ROGER PARLOFF:  Yeah.
 3         ELIZABETH HOLMES:  I mean, off the record, by way of
 4  reference, Quest, which is the largest national lab, has
 5  just over 2,000 locations; and Labcorp has about 1,500.
 6  So this will become the largest national lab and --
 7         ROGER PARLOFF:  You'll have many more than that.
 8         ELIZABETH HOLMES:  Uh-huh.
 9         ROGER PARLOFF:  Yeah.
10         ELIZABETH HOLMES:  (Indiscernible).  And what is very
11  powerful about that is it --
12         ROGER PARLOFF:  If you want to work as -- as many
13  hours as possible (inaudible) --
14         ELIZABETH HOLMES:  Yeah.
15         ROGER PARLOFF:  -- have as little sleep as possible.
16         ELIZABETH HOLMES:  Yeah.  Well, I --
17         ROGER PARLOFF:  What are -- what are -- what are your
18  hours?
19         ELIZABETH HOLMES:  I -- I work seven days a week from
20  the time I get up to the time I go to sleep.  And I've
21  done that for -- since the day I started this company.
22         ROGER PARLOFF:  (Overlapping).
23         ELIZABETH HOLMES:  And it's -- I mean, I'm at the
24  point now I've never taken a vacation.  I don't think I
25  could take a vacation because I love what I'm doing so
```

```
 1   much, but --
 2          ROGER PARLOFF:  Hm.
 3          ELIZABETH HOLMES:  -- it's -- and so I can sleep --
 4   most of the time, I can sleep about four hours a night and
 5   be really, you know, focused.
 6          ROGER PARLOFF:  Really?
 7          ELIZABETH HOLMES:  Yeah.
 8              But I've looked at it from two perspectives:
 9   One is the concept that food is fuel and, therefore, you
10   want to eat the things that give you the most energy.  And
11   what I've learned is that, oftentimes, those foods are
12   foods that absorb a lot of light; and so that's the
13   macrobiotic, plus David Millikens (phonetic) sort of
14   adopted it when he was fighting his cancer and --
15          ROGER PARLOFF:  Foods that absorb.
16              Obviously, you -- you have a number of military
17   people on your board.
18              What sorts of things are they seeing in -- in
19   what you're doing?
20          ELIZABETH HOLMES:  And you're also welcome to talk to
21   them if you would like to, any of these guys.
22          ROGER PARLOFF:  Yeah --
23          ELIZABETH HOLMES:  I'm going to talk to Henry
24   Kissinger also, and I might have him meet with you when
25   you're back in New York and to talk to you about this.
```

```
 1          ROGER PARLOFF:  Oh, that would be -- oh, that would
 2   be fantastic.  (Inaudible).
 3          ELIZABETH HOLMES:  He -- you know, it -- it's a very
 4   similar application to the hospital application, both in
 5   terms of the emergency room and trauma --
 6          ROGER PARLOFF:  Hm.
 7          ELIZABETH HOLMES:  -- as well as just the cost of
 8   health care.  I mean, if you talk to these senior military
 9   leaders, they will tell you that the cost of health care
10   is a major problem for them and -- in terms of their own
11   budgets.  And -- and the way that we can facilitate
12   savings both on a direct out-of-pocket basis as well as a
13   fully loaded basis in terms of what, quote/unquote,
14   real-time data means with respect to being able to make
15   better decisions around how you triage someone, and then
16   around the time it takes to triage them, the time they're
17   in a bed, whether you give them the right intervention the
18   first time or whether you have to go through this
19   back-and-forth process, it adds up really fast.  And so --
20   so that's an element of it.
21              And then there's -- there's military-specific
22   applications, too, that are -- that are quite promising
23   when you think about what it means to be on a mission or
24   in the middle of nowhere and need, you know, access to
25   technology.
```

```
1        ROGER PARLOFF:  Hm.
2        ELIZABETH HOLMES:  And that -- that's something that,
3   you know, I'm personally very passionate about because I
4   see it as our way to serve, you know, in whatever small
5   way we can.
6        ROGER PARLOFF:  What would it -- like, beyond what --
7   whatever you have in your centralized location in Phoenix,
8   say, when all the --
9        ELIZABETH HOLMES:  (Inaudible).
10       ROGER PARLOFF:  -- is that something that you can put
11  out in the field, you know, when we're fighting in Iraq,
12  or is that too --
13       ELIZABETH HOLMES:  Yeah.
14       ROGER PARLOFF:  -- too large?
15       ELIZABETH HOLMES:  No, we can.
16       ROGER PARLOFF:  (Inaudible).  So that's the sort of
17  thing --
18       ELIZABETH HOLMES:  Yup.
19       ROGER PARLOFF:  -- we're talking about.
20       ELIZABETH HOLMES:  Yup, exactly.
21       ROGER PARLOFF:  Okay.  Do you have someone special in
22  your life?  Are -- are you married or --
23       ELIZABETH HOLMES:  No, I'm not.  This is -- Theranos
24  is pretty much --
25       ROGER PARLOFF:  (Indiscernible)?
```

```
 1         ELIZABETH HOLMES:  Yeah.
 2         ROGER PARLOFF:  Oh.
 3         ELIZABETH HOLMES:  Yeah.  It's what it takes, uh-huh,
 4   yeah.
 5         ROGER PARLOFF:  Yeah.
 6         ELIZABETH HOLMES:  It takes everything.  And that's a
 7   good thing and (inaudible).
 8                    (End of transcription.)
 9                         * * * * *
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    STATE OF CALIFORNIA       )
 2                              ) ss.
 3    COUNTY OF SACRAMENTO      )
 4
 5
 6          I hereby certify that the foregoing transcript
 7    is a true record of the audio recording as transcribed to
 8    the best of my ability by me, a duly Certified Shorthand
 9    Reporter in the State of California.
10          I further certify that I am not interested in
11    the outcome of the said action, nor connected with, nor
12    related to any of the parties of said action, nor to their
13    respective counsel.
14
15          IN WITNESS WHEREOF, I have hereunto set my hand
16    this 28th day of July, 2021.
17
18
19                    [signature]
20
21              HE SUK JONG, CSR NO. 12918
22                  STATE OF CALIFORNIA
23
24
25
```