# EXHIBIT 2

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   - - - - - - - - - - - - - -

6   UNITED STATES,              )

7           Plaintiff,          )   CASE NO.

8   V.                          )   18-cr-00258-EJD-1

9   ELIZABETH HOLMES,           )

10          Defendant.          )

11  - - - - - - - - - - - - - -

12

13

14         AUDIO TRANSCRIPTION OF

15       INTERVIEW OF ELIZABETH HOLMES

16        THURSDAY, APRIL 10, 2014

17       FILE:  Parloff 2014.04.10 004

18

19

20

21       BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  HE SUK JONG, CSR 12918

23            455 MARKET STREET, SUITE 970

24         SAN FRANCISCO, CALIFORNIA 94105

25                (415) 597-5600

TR-001263

1        (Begin transcription 00:00:00 - 00:22:28)

2        ROGER PARLOFF:  Okay.  It's April 10th in the

3   afternoon, and we're back on.

4            I wanted to ask, ideally -- and I don't know if

5   this gets into trade secrets -- but, you know, from the

6   moment in Walgreens when I -- I've seen the blood come out

7   of my finger and go into the nanotainer -- by the way,

8   what is the thing between the nanotainer and the finger

9   called?

10       ELIZABETH HOLMES:  We just call it a capillary.

11       ROGER PARLOFF:  A capillary.  Okay.

12       ELIZABETH HOLMES:  Yeah.

13       ROGER PARLOFF:  What -- what I would really like to

14  know is what happens to the nanotainer from then on, like

15  just . . .

16       ELIZABETH HOLMES:  Sure.  So it's -- it's processed

17  similarly to a sample being transported to a central lab.

18       ROGER PARLOFF:  Uh-huh.

19       ELIZABETH HOLMES:  The central lab --

20       ROGER PARLOFF:  So it would be transported by car,

21  truck.

22           And do you have a -- how -- how frequently do

23  you --

24       ELIZABETH HOLMES:  Sure.

25       ROGER PARLOFF:  Yeah.

TR-001264

1        ELIZABETH HOLMES:  It's very frequent.  We have,

2    multiple times throughout the day -- it varies based on

3    what the location is --

4        ROGER PARLOFF:  Uh-huh.

5        ELIZABETH HOLMES:  -- and where the facility is, and

6    that helps to accommodate the fast turnaround time.

7        ROGER PARLOFF:  Uh-huh.

8        ELIZABETH HOLMES:  But what's really important to us

9    is to have the centralized oversight of pathologists and

10   people with the technical training and expertise to ensure

11   both the quality of the testing as well as the integrity

12   of the testing process in and of itself, the sample is --

13   is handled well.

14       ROGER PARLOFF:  Uh-huh.

15       ELIZABETH HOLMES:  And so -- so in those facilities,

16   we have these laboratory personnel to oversee the testing

17   process and provide that level of oversight.

18            And the major thing that we've changed from what

19   happens traditionally --

20       ROGER PARLOFF:  Uh-huh.

21       ELIZABETH HOLMES:  -- is the sample volume, the size

22   of the sample.

23       ROGER PARLOFF:  Okay.

24       ELIZABETH HOLMES:  So instead of having big tubes, we

25   have a little tube.

TR-001265

1    ROGER PARLOFF:  Uh-huh.

2    ELIZABETH HOLMES:  And we also have proprietary

3  technology, which you've heard us refer to as "our

4  devices," that -- and I wouldn't -- I wouldn't say you've

5  heard us refer to it as "our devices," but I would just

6  say "proprietary technology" that allows us to process

7  those small volumes.  So we've had to build both tests, as

8  well as the analytical systems, to be able to handle these

9  tiny volumes of samples.

10    ROGER PARLOFF:  Uh-huh.

11    ELIZABETH HOLMES:  And let me just actually pause

12  right there.

13        Thank you.  Would you grab my notebook off of my

14  desk.

15    UNIDENTIFIED FEMALE VOICE:  Okay.

16    ELIZABETH HOLMES:  And then, also, would you look at

17  the traffic at 6:00 to the airport and --

18    UNIDENTIFIED FEMALE VOICE:  6:00 should be a little

19  bit heavy.  7:00 is generally better.

20        What time is the flight?  9:30?

21    ELIZABETH HOLMES:  It's 9:30.

22    ROGER PARLOFF:  9:30.

23    UNIDENTIFIED FEMALE VOICE:  You should be okay at

24  7:00.

25    ROGER PARLOFF:  Yeah?

TR-001266

1    UNIDENTIFIED FEMALE VOICE:  It takes about 30 to 40
2  minutes to get there because you can just go straight up
3  280.
4    ROGER PARLOFF:  All right.
5    ELIZABETH HOLMES:  Well, why don't you -- why don't
6  you look at how bad it is at 6:00 and 6:30 and just get
7  those numbers.
8         And then, also, we should plan on an earlier
9  dinner tonight in case he decides to leave at 6:00.
10    ROGER PARLOFF:  Okay.  Great.  Thank you.
11    ELIZABETH HOLMES:  So -- so we've had to build
12  proprietary systems --
13    ROGER PARLOFF:  Uh-huh.
14    ELIZABETH HOLMES:  -- these -- these tests and
15  analytical systems -- to be able to handle the small
16  volume, and we use that infrastructure for being able to
17  run these tiny samples.  So we can't use the same type of
18  tests or analytical systems that are used in a traditional
19  lab --
20    ROGER PARLOFF:  Uh-huh.
21    ELIZABETH HOLMES:  -- because those require much
22  bigger sample volumes.
23    ROGER PARLOFF:  Okay.  Now, so the fact that it's
24  placed -- like, how does the -- can you say how -- how
25  does the blood get out of the container to -- to -- is --

TR-001267

1  is -- does a needle go into the container or -- or is

2  that --

3      ELIZABETH HOLMES:  So it's -- it's -- it's similar to

4  the way that a traditional Vacutainer is processed, where

5  you actually retrieve the blood out of the container and

6  then use it for the different testing purposes.  So

7  it's -- it's similar to the traditional process with big

8  samples where they actually remove the sample from the

9  Vacutainer but just with a smaller -- smaller container we

10  call "the nanotainer."

11      ROGER PARLOFF:  Okay.  What is a Vacutainer?

12      ELIZABETH HOLMES:  A Vacutainer is that picture

13  that's right outside with those big tubes.

14      ROGER PARLOFF:  Oh, uh-huh.

15      ELIZABETH HOLMES:  I mean, it's --

16      ROGER PARLOFF:  The big test tube --

17      ELIZABETH HOLMES:  Right, exactly.

18      ROGER PARLOFF:  -- is a Vacutainer?

19      ELIZABETH HOLMES:  Exactly.

20      ROGER PARLOFF:  And -- but I don't -- do --

21  ordinarily, how do they get it out of there?  Do they just

22  put like a -- a (overlapping) --

23      ELIZABETH HOLMES:  It varies depending on the test

24  type.

25      ROGER PARLOFF:  Uh-huh.

1    ELIZABETH HOLMES:  I mean, there's -- there's some
2  tests where you can actually run the test directly from
3  the Vacutainer, from the -- the container that the blood
4  is in.  There's some that they -- they'll do what's called
5  aliquoting, which is where they -- they suck it out,
6  basically, and then they deposit it into some --
7    ROGER PARLOFF:  Mm.
8    ELIZABETH HOLMES:  -- other --
9    ROGER PARLOFF:  Uh-huh.
10   ELIZABETH HOLMES:  -- platform where you're --
11   ROGER PARLOFF:  Uh-huh.
12   ELIZABETH HOLMES:  -- you're running the test.
13   ROGER PARLOFF:  And so in your case, would a -- I
14 mean, it doesn't seem like a human being would be pulling
15 out the stopper of -- of this little tiny thing.
16   ELIZABETH HOLMES:  No, it's -- there's a lot of
17 automation around it.
18   ROGER PARLOFF:  Okay.
19   ELIZABETH HOLMES:  And that's -- and that's part of
20 where we focused on making sure that we minimize human
21 error.
22   ROGER PARLOFF:  Okay.
23   ELIZABETH HOLMES:  Yeah.
24   ROGER PARLOFF:  And as far as the fact that it must
25 be introduced into one of your devices --

1       ELIZABETH HOLMES:  Uh-huh.

2       ROGER PARLOFF:  Can I say that?

3       ELIZABETH HOLMES:  That it's introduced into one of

4  our -- yeah, I mean, I think -- I think we don't want to

5  get into how many devices we have or --

6       ROGER PARLOFF:  Okay.

7       ELIZABETH HOLMES:  -- you know that kind of stuff,

8  but meaning, you know, type of devices or any of those

9  types of things.

10      ROGER PARLOFF:  Uh-huh.

11      ELIZABETH HOLMES:  But, yes, it's -- it's -- we call

12  it an analytical system which --

13      ROGER PARLOFF:  Uh-huh.

14      ELIZABETH HOLMES:  -- analytical system which is --

15  which is basically, you know, a piece of hardware --

16      ROGER PARLOFF:  Okay.

17      ELIZABETH HOLMES:  -- that's used for -- for

18  processing the samples.

19      ROGER PARLOFF:  And I take it, though, that it takes

20  a lot -- a lot less space than what an ordinary lab test

21  would entail.

22      ELIZABETH HOLMES:  It's a small -- much smaller

23  footprint, yeah.

24      ROGER PARLOFF:  Okay.

25      ELIZABETH HOLMES:  Yeah.

TR-001270

1        ROGER PARLOFF:   Do you know, currently, do most labs

2   have some sort of large machine or is it more a matter

3   of --

4        ELIZABETH HOLMES:   Yes.

5        ROGER PARLOFF:   -- you know, squirting it into the

6   various --

7        ELIZABETH HOLMES:   There -- there's many machines,

8   and they're very big.

9        ROGER PARLOFF:   Mm.   I see.

10       ELIZABETH HOLMES:   And they take up a huge --

11       ROGER PARLOFF:   I see.

12       ELIZABETH HOLMES:   -- footprint, so there's a very

13   significant amount of overhead that's associated with

14   that.

15       ROGER PARLOFF:   So I guess part of what I'm getting

16   at is like the military interest in this --

17       ELIZABETH HOLMES:   Yeah.

18       ROGER PARLOFF:   -- that you could have -- that one of

19   these machines on-site would be manageable; whereas, a

20   conventional machine on-site would be a problem.

21       ELIZABETH HOLMES:   Yeah, I mean, I think the best way

22   to --

23       ROGER PARLOFF:   Is that --

24       ELIZABETH HOLMES:   -- say that is the ability to

25   significantly decentralize the process.   I mean, and --

1    and that -- that has implications, broadly.  And -- and

2    the military could be one of them, yeah.  And so instead

3    of having all the centralized overhead, I mean, you can --

4    you can distribute the infrastructure.

5        ROGER PARLOFF:  Because you could -- a certain amount

6    of the analysis you could send back electronically, I

7    guess, some of the results and then have it analyzed here

8    or some other location.  Is that what you mean?

9        ELIZABETH HOLMES:  Yeah, I mean, we don't -- I'm

10   thinking about how much of that we want to get into.  What

11   I -- what I was primarily referring to was the ability to,

12   instead of having to have a huge facility with all these

13   really big pieces of equipment where everything is highly

14   centralized -- and, for example, today in the U.S.

15   everything has to be shipped from across the country, you

16   know, to these locations to be able to decentralize that

17   and distribute it so that, in more remote locations, it

18   becomes possible to do this type of testing with very fast

19   turnaround times and, of course, in our case, with the

20   smaller sample.

21       ROGER PARLOFF:  Because, well, like with -- I think

22   you mentioned with the conventional companies, they might

23   have 2,000 places across the country.

24       ELIZABETH HOLMES:  Uh-huh, uh-huh.

25       ROGER PARLOFF:  So you could, potentially, have --

TR-001272

1  but each one of those would be a very large -- would need

2  a large footprint.

3      ELIZABETH HOLMES:  Those are just their collection

4  centers.

5      ROGER PARLOFF:  Oh, I see.  Those are just the

6  collection centers.

7      ELIZABETH HOLMES:  Yeah, so --

8      ROGER PARLOFF:  Oh, I see.

9          But then from there, they have to send them

10  to --

11      ELIZABETH HOLMES:  To one big place --

12      ROGER PARLOFF:  To --

13      ELIZABETH HOLMES:  -- or -- and it's not one.  They

14  have --

15      ROGER PARLOFF:  Mm.

16      ELIZABETH HOLMES:  -- several, but --

17      ROGER PARLOFF:  I see.

18      ELIZABETH HOLMES:  -- it's highly centralized.

19      ROGER PARLOFF:  More like a handful or --

20      ELIZABETH HOLMES:  Right, exactly.

21      ROGER PARLOFF:  I see.

22      ELIZABETH HOLMES:  And so the decentralization in the

23  distribution is --

24      ROGER PARLOFF:  I see.

25      ELIZABETH HOLMES:  -- is (overlapping) inverting that

1    model so that you can get --

2         ROGER PARLOFF:  I see.

3         ELIZABETH HOLMES:  -- closer to the place in which

4    the data is needed at the time it's needed.

5         ROGER PARLOFF:  I see.  So you can have a small

6    centralized location --

7         ELIZABETH HOLMES:  That's right.

8         ROGER PARLOFF:  -- one in each town, say, and all of

9    your CVSs in Phoenix could go to one.

10        ELIZABETH HOLMES:  That's right.

11        ROGER PARLOFF:  Okay.  And the other companies

12   would -- or the other --

13        ELIZABETH HOLMES:  Walgreens in Phoenix.  I should

14   probably correct that.

15        ROGER PARLOFF:  What?

16        ELIZABETH HOLMES:  Walgreens in Phoenix.

17        ROGER PARLOFF:  What did I say?

18        ELIZABETH HOLMES:  CVS.

19        ROGER PARLOFF:  Oh.

20        ELIZABETH HOLMES:  It's (inaudible) -- yeah.

21        ROGER PARLOFF:  Yeah.  Sorry.

22             But the --

23        ELIZABETH HOLMES:  I would be in trouble if I didn't

24   correct that.

25        ROGER PARLOFF:  These others would have to use

TR-001274

```
 1   airplanes and trucks and --

 2        ELIZABETH HOLMES:  That's right.

 3        ROGER PARLOFF:  Okay.

 4        ELIZABETH HOLMES:  That's right.

 5             And (inaudible) it's been -- it's an interesting

 6   concept that you can shrink something down to such a small

 7   size and still have it resemble and, in some cases -- now

 8   what we're doing here -- be as efficacious, if not more

 9   so, than the macro system.

10        ROGER PARLOFF:  Yeah.  Okay.

11             What is the capacity of -- of a nanotainer?  Is

12   it -- is it 80 microliters or something like that?  And

13   what's the range of that a sample would be?

14        ELIZABETH HOLMES:  Yeah, so the nanotainer holds

15   less than -- I believe it's less than 80 microliters.

16        ROGER PARLOFF:  Okay.

17        ELIZABETH HOLMES:  And -- or certainly less than a

18   hundred.  And, I mean, the sample volume varies based on

19   what test we're doing.

20        ROGER PARLOFF:  Uh-huh.

21        ELIZABETH HOLMES:  And there's -- but -- but it's

22   all -- I mean, I think the best way to capture is it's

23   always, you know -- I call them "droplets" but, you know,

24   a few drops from -- if it's a fingerstick, from a finger.

25        ROGER PARLOFF:  You couldn't put a range of, like,
```

1    from 20 to 80 or --

2        ELIZABETH HOLMES:  For -- for a, sort of, typical

3    test?

4        ROGER PARLOFF:  Yeah.

5        ELIZABETH HOLMES:  I'm thinking.

6        ROGER PARLOFF:  Okay.

7        ELIZABETH HOLMES:  I would say -- you know, it's

8    so -- it's so different based on what the orders are.  We

9    could probably figure out what an average is --

10       ROGER PARLOFF:  Okay.

11       ELIZABETH HOLMES:  -- just by looking at

12   representative data or something like that.

13       ROGER PARLOFF:  I mean, because the -- the people at

14   Walgreens, they must not --

15       ELIZABETH HOLMES:  Yeah.

16       ROGER PARLOFF:  -- I mean, they must have a standard

17   that they're, you know, trying to put it half full or

18   something.  I mean, they -- they wouldn't know what --

19       ELIZABETH HOLMES:  They -- they generally collect the

20   same amount --

21       ROGER PARLOFF:  Yeah.

22       ELIZABETH HOLMES:  -- in these nanotainers each time.

23   They don't have to make a decision --

24       ROGER PARLOFF:  Okay.

25       ELIZABETH HOLMES:  -- about that.  It's just -- it's

TR-001276

1   automatic.  When the drop flows --

2        ROGER PARLOFF:  Okay.

3        ELIZABETH HOLMES:  -- into the nanotainer, it fills;

4   and then they're done.

5        ROGER PARLOFF:  Okay.

6        ELIZABETH HOLMES:  So that's consistent.  The amount

7   varies for the test --

8        ROGER PARLOFF:  I see.

9        ELIZABETH HOLMES:  -- based on what tests are

10  ordered, but --

11       ROGER PARLOFF:  Oh, I see.

12       ELIZABETH HOLMES:  Yeah.

13       ROGER PARLOFF:  Okay.

14       ELIZABETH HOLMES:  Which is why I was saying just

15  a -- a few droplets from a finger is a -- is a good way

16  to --

17       ROGER PARLOFF:  So they try to fill the nanotainer?

18       ELIZABETH HOLMES:  They fill -- it's not filled all

19  the way up.

20       ROGER PARLOFF:  Uh-huh.

21       ELIZABETH HOLMES:  They probably showed you yours

22  after you were done.

23       ROGER PARLOFF:  Yeah, it didn't -- it was --

24       ELIZABETH HOLMES:  It was about --

25       ROGER PARLOFF:  -- it seemed more like a half or --

TR-001277

1      ELIZABETH HOLMES:  Half full or less --

2      ROGER PARLOFF:  Yeah, (overlapping), yeah.

3      ELIZABETH HOLMES:  -- in terms of the -- the volume

4  in the nanotainer.

5      ROGER PARLOFF:  So --

6      ELIZABETH HOLMES:  (Unintelligible).

7      ROGER PARLOFF:  -- most things can be done with less

8  than 50 --

9      ELIZABETH HOLMES:  Yeah, let me get you a number --

10      ROGER PARLOFF:  Yeah.

11      ELIZABETH HOLMES:  -- because I want it to be

12  accurate.

13      ROGER PARLOFF:  Okay.

14      ELIZABETH HOLMES:  (Indiscernible).

15      ROGER PARLOFF:  So you've had revenue coming in since

16  two thousand (indiscernible).

17      ELIZABETH HOLMES:  For quite some time.  You

18  know . . .

19      ROGER PARLOFF:  Do you -- are you religious?

20      ELIZABETH HOLMES:  There is a great quote by the

21  Dalai Lama recently which said something to the effect

22  of -- he said, speaking of himself, that "I believe in

23  certain philosophies and value systems.  And if you live

24  your life by those value systems, then you are, in fact,

25  not religious.  But," he said, "I'm aspiritual."  And I

1    think -- I -- there's -- I -- there's definitely
2    philosophies.
3            I would say I'm -- I'm spiritual and I -- I
4    believe in -- I think I've been heavily influenced by
5    Buddhism, and -- and that's been a big part of my life for
6    a long time.
7            ROGER PARLOFF:  And did -- where did that exposure
8    come from?
9            ELIZABETH HOLMES:  You know, I don't know exactly;
10   but I have to assume that it has something to do with me
11   learning Mandarin and --
12           ROGER PARLOFF:  Uh-huh.
13           ELIZABETH HOLMES:  -- that -- that exposure for --
14   for a long time.
15           ROGER PARLOFF:  Would calling -- saying that you are
16   a Buddhist be -- be going too far or . . .
17           ELIZABETH HOLMES:  Yeah, because I'm not practicing
18   in an organized way.
19           ROGER PARLOFF:  Uh-huh.
20           ELIZABETH HOLMES:  But that -- I mean, I think saying
21   that I've been heavily influenced by it would be accurate.
22           ROGER PARLOFF:  And going back to before college
23   even?
24           ELIZABETH HOLMES:  No.
25           ROGER PARLOFF:  Mm.

TR-001279

1      ELIZABETH HOLMES:  No.

2      ROGER PARLOFF:  When did you become a vegan or a

3  vegetarian?

4      ELIZABETH HOLMES:  When I was 14, I started down this

5  path.  I did not always keep it religiously.  But I'm -- I

6  think I was probably full-time vegan -- well, there's been

7  times where I had a hard time staying with it.  But --

8      ROGER PARLOFF:  Uh-huh.

9      ELIZABETH HOLMES:  -- you know, it's -- it's been

10  years and years now, and I've sort of evolved as I learned

11  more about it.

12      ROGER PARLOFF:  But around 14 you began to phase out

13  meat, say?

14      ELIZABETH HOLMES:  Uh-huh.

15      ROGER PARLOFF:  And do you remember that being a

16  moral thing or a nutritional thing or . . .

17      ELIZABETH HOLMES:  Nutritional thing.

18      ROGER PARLOFF:  Oh, yeah?

19      ELIZABETH HOLMES:  It was also hard to do because I

20  liked meat.  You know, I didn't have --

21      ROGER PARLOFF:  Hm.

22      ELIZABETH HOLMES:  -- anything against it.

23      ROGER PARLOFF:  But you already noticed that it

24  slowed you down or . . .

25      ELIZABETH HOLMES:  No, I was just starting to learn

```
 1   about it.  And I think, also -- I think I told you -- some
 2   of the experiences around, for example, being in Asia and
 3   being served meats that --
 4        ROGER PARLOFF:  Oh.
 5        ELIZABETH HOLMES:  -- were not ones that I
 6   particularly wanted to eat --
 7        ROGER PARLOFF:  Uh-huh.
 8        ELIZABETH HOLMES:  -- I started being vegetarian, and
 9   I liked that.
10        ROGER PARLOFF:  Mm.
11        ELIZABETH HOLMES:  And then I liked -- I felt -- I
12   felt good, and so I naturally grew out of that.
13        ROGER PARLOFF:  You mean it felt good physically?
14        ELIZABETH HOLMES:  Uh-huh.
15        ROGER PARLOFF:  Did you have that dog experience as a
16   kid?
17        ELIZABETH HOLMES:  It happened pretty early on, yeah.
18        ROGER PARLOFF:  Uh-huh.
19        ELIZABETH HOLMES:  And -- and --
20        ROGER PARLOFF:  You had traveled with your parents
21   or . . .
22        ELIZABETH HOLMES:  I'm trying to remember.  I don't
23   think I was with my parents on that trip, now that I'm --
24   I'm not quite sure.
25        ROGER PARLOFF:  Mm.
```

TR-001281

1    ELIZABETH HOLMES:  It was a -- it sort of happened

2  over time.  It wasn't like one day --

3    ROGER PARLOFF:  Yeah.

4    ELIZABETH HOLMES:  -- it was "I'm going to be vegan

5  now" and --

6    ROGER PARLOFF:  Uh-huh.

7    ELIZABETH HOLMES:  -- you know, "that was it" kind of

8  thing.

9    ROGER PARLOFF:  This is more just my curiosity than

10 something --

11   ELIZABETH HOLMES:  Uh-huh.

12   ROGER PARLOFF:  -- that we need for the piece.  But

13 if -- if there is a device that analyzes these things,

14 does it somehow self-sterilize itself between samples?

15 That's pretty much what happens?

16   ELIZABETH HOLMES:  No.

17   ROGER PARLOFF:  Mm.

18   ELIZABETH HOLMES:  It's highly controlled.

19   ROGER PARLOFF:  Uh-huh.

20   ELIZABETH HOLMES:  And, I mean, off the record,

21 that's a huge piece of making sure that we maintain

22 quality is having massive checks and calibrations and

23 oversight and, you know, the ability to constantly reset,

24 and these types of things.

25   ROGER PARLOFF:  Uh-huh.

TR-001282

```
 1              Wow, these are good.

 2              Are these -- is this tofu?

 3         ELIZABETH HOLMES:  Uh-huh.

 4         ROGER PARLOFF:  Wow, it's so juicy.

 5         ELIZABETH HOLMES:  Uh-huh.  I know, this place is

 6    really good.

 7         ROGER PARLOFF:  The term "consumables" --

 8         ELIZABETH HOLMES:  Uh-huh.

 9         ROGER PARLOFF:  -- in this context means they'll be

10    disposed of --

11         ELIZABETH HOLMES:  Uh-huh, uh-huh.

12         ROGER PARLOFF:  And I'm -- I'm sure this is -- there

13    are laws about disposing of most of this -- of a lot of

14    this stuff.

15              But is there, down the road, some hope of

16    recycling -- that recycling might be possible?

17         ELIZABETH HOLMES:  Well, I mean, as a company, we're

18    very focused on, you know, the "green" theme.

19         ROGER PARLOFF:  Uh-huh.

20         ELIZABETH HOLMES:  And, I mean, just immediately, the

21    ability to have an environmental impact by reducing all

22    the airplanes and --

23         ROGER PARLOFF:  Mm.

24         ELIZABETH HOLMES:  -- vans and trucks that are

25    associated with transporting samples is a big thing.
```

TR-001283

1                    (End of transcription.)

2                        * * * * *

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TR-001284

1    STATE OF CALIFORNIA        )

2                               )  ss.

3    COUNTY OF SACRAMENTO       )

4

5

6         I hereby certify that the foregoing transcript

7    is a true record of the audio recording as transcribed to

8    the best of my ability by me, a duly Certified Shorthand

9    Reporter in the State of California.

10        I further certify that I am not interested in

11   the outcome of the said action, nor connected with, nor

12   related to any of the parties of said action, nor to their

13   respective counsel.

14

15        IN WITNESS WHEREOF, I have hereunto set my hand

16   this 28th day of July, 2021.

17

18

19

20

21        HE SUK JONG, CSR NO. 12918

22        STATE OF CALIFORNIA

23

24

25

BEHMKE REPORTING AND VIDEO SERVICES, INC.        23
(415) 597-5600

TR-001285