# EXHIBIT 3

1          UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   - - - - - - - - - - - - - -

6   UNITED STATES,                )

7          Plaintiff,             )   CASE NO.

8   V.                            )   18-cr-00258-EJD-1

9   ELIZABETH HOLMES,             )

10          Defendant.            )

11  - - - - - - - - - - - - - -

12

13

14          AUDIO TRANSCRIPTION OF

15        INTERVIEW OF ELIZABETH HOLMES

16          TUESDAY, JULY 1, 2014

17       FILE:  Parloff 2014.07.01 002

18

19

20

21     BEHMKE REPORTING AND VIDEO SERVICES, INC.

22            BY:  HE SUK JONG, CSR 12918

23          455 MARKET STREET, SUITE 970

24        SAN FRANCISCO, CALIFORNIA 94105

25              (415) 597-5600

TR-001783

```
 1              (Begin transcription 00:00:00 - 00:28:21)
 2         ROGER PARLOFF:  All right.  So -- okay.  It should be
 3    taping.  It's July 1st, and I'm with Elizabeth Holmes.
 4              And -- and you know I'm taping, right?
 5         ELIZABETH HOLMES:  I do.
 6         ROGER PARLOFF:  Okay.  And Meredith Dearborn is also
 7    there.
 8         MEREDITH DEARBORN:  Hello.
 9         ROGER PARLOFF:  Hi.
10              So is that -- the 26-page -- the Exhibit 2, is
11    that written by you all or written by the FDA, or is it
12    written by you and then approved by the FDA?
13         ELIZABETH HOLMES:  The -- the -- technically, it's
14    written by us.  But it is -- I think the best way to say
15    it is it's written by us and approved by FDA.
16         ROGER PARLOFF:  Okay. All right.  All right.
17              And then, so which -- well, actually, which is
18    the most important piece of this, in your mind?  The
19    clearance or the waiver, or are they both . . .
20         ELIZABETH HOLMES:  Well, the way that I see this is
21    there's sort of three elements to it:  The first is, at
22    the highest level, we have made this decision that, you
23    know, as we thought about how do we build this company --
24    right? -- in the context of introducing products of the
25    highest quality, that the submission and review of all our
```

TR-001784

1    content by FDA was one of the most important things that
2    we could do.
3         ROGER PARLOFF:  Yeah.
4         ELIZABETH HOLMES:  And so we, you know, have been
5    going out into the market and we have been working to
6    reduce Medicare and Medicaid rates; and that has yielded a
7    reaction from other laboratory companies that --
8         ROGER PARLOFF:  Uh-huh.
9         ELIZABETH HOLMES:  -- is becoming increasingly
10   aggressive.  And what they picked to hang their hat on was
11   that they didn't know how we were doing what we were
12   doing.
13        ROGER PARLOFF:  Uh-huh, uh-huh.
14        ELIZABETH HOLMES:  And they sort of "ginned" up all
15   this stuff, really, starting with The New Yorker article
16   around peer review.
17        ROGER PARLOFF:  Uh-huh.
18        ELIZABETH HOLMES:  And so, you know, we have not
19   really gotten into that.  We've tried to get this done in
20   the context of the clearance of our system and then get
21   this out there.  And it serves as a milestone for now
22   introducing a very -- we don't know of a higher bar for
23   review of the performance of our systems than FDA.
24        ROGER PARLOFF:  Uh-huh.
25        ELIZABETH HOLMES:  So the most important part of this

TR-001785

1   is the fact that we are now able to release incredibly

2   comprehensive data reviewed in tremendous detail by the

3   most sophisticated, you know, group for reviewing such

4   data --

5        ROGER PARLOFF:  Uh-huh.

6        ELIZABETH HOLMES:  -- which is the FDA, to

7   demonstrate the integrity and performance of our systems.

8   And with that, it is also a milestone because it

9   explicitly is on our device to introduce our technology to

10  the world and, in doing so, to also introduce a number of

11  things that were touched on in the big summary that

12  Heather sent you last night that we have never explicitly

13  given anybody access to in an on-the-record way about the

14  technology, the performance of the technology, the

15  innovation that exists here, and we have the opportunity

16  now to introduce that into the public domain.  So I would

17  say that's number one.

18       ROGER PARLOFF:  Uh-huh.

19       ELIZABETH HOLMES:  Underneath it, the other two

20  elements are -- are exactly the clearance and the waiver.

21  And -- and I don't know that one is necessarily more

22  important --

23       ROGER PARLOFF:  Uh-huh, uh-huh.

24       ELIZABETH HOLMES:  -- than the other.  They -- they

25  are different.  The -- they are both a, for lack of a

1    better word, review and, quote/unquote, approval of

2    different elements of our technology.  And the clearance

3    gets into the technical performance of the device.  The

4    software, the chemistry, the nanotainer all run, in this

5    case, for this HSV-1 test.  The -- the waiver says you

6    have built a technology that can do all these things in a

7    non-laboratory location, operated by someone with very

8    little training, and that that can happen with --

9    actually, what this document shows is that those waiver

10   studies had actually even better performance than when the

11   samples were shipped to the central lab.  And that's

12   demonstrated by the sensitivity and specificity numbers on

13   the test, which goes to a point that we've talked about --

14       ROGER PARLOFF:  Hm.

15       ELIZABETH HOLMES:  -- which is that if you can

16   automate the processing to eliminate as little manual

17   processing as possible, you have better integrity of the

18   test.  And so -- so -- so what the waiver shows is part of

19   the innovation in the technology around the ability to

20   take a process -- I mean, this test, the HSV-1 test has

21   been only run in, you know, certified laboratory

22   environments only by certified laboratory technicians,

23   replicated exactly in a box that can be put into a place

24   like a Walgreens or a physician's office or a hospital and

25   do so operated by someone at -- of seventh grade reading

TR-001787

1    level, right?  And so I would say those are both huge
2    things.
3            Insofar as the announcement is concerned, I
4    think, you know, people in the universe might, you know,
5    more be thinking about the fact that, well, Theranos has
6    been saying they're submitting all this
7    data (overlapping).
8        ROGER PARLOFF:  Uh-huh.
9        ELIZABETH HOLMES:  A non-biased person would probably
10   believe that if we're submitting it, we're probably going
11   to get it at some point although, as you and I talked
12   about on our last call, you do have the Ken Aulettas of
13   the world saying, well, you know, it's not clear that FDA
14   would even ever --
15       ROGER PARLOFF:  Yeah.
16       ELIZABETH HOLMES:  -- approve something that's
17   running as an LDT.  So there's that --
18       ROGER PARLOFF:  Yeah.
19       ELIZABETH HOLMES:  -- sort of novelty element of it.
20       ROGER PARLOFF:  Yeah.
21       ELIZABETH HOLMES:  And then there's, of course, the
22   proof point.
23            The waiver, I think, will be totally unexpected
24   because we have not talked --
25       ROGER PARLOFF:  Right.

TR-001788

```
 1        ELIZABETH HOLMES:  -- talked about -- you know, the
 2   question that you asked about --
 3        ROGER PARLOFF:  Yeah.
 4        ELIZABETH HOLMES:  -- physically removing to point of
 5   care --
 6        ROGER PARLOFF:  Uh-huh.
 7        ELIZABETH HOLMES:  -- and does it, you know, mean
 8   that we've actually got a different model.
 9            When we first came out --
10        ROGER PARLOFF:  Uh-huh.
11        ELIZABETH HOLMES:  -- I think people were saying, Oh,
12   they're probably going to be putting a device into retail.
13        ROGER PARLOFF:  Uh-huh.
14        ELIZABETH HOLMES:  And then they were saying, Oh, you
15   know, they're just shipping samples.  Now this is
16   explicitly saying that device is going into retail.  And
17   so I think there's -- there's some announcement, sort of,
18   novelty/surprise/next generation business model type of
19   angle to that piece of it which is founded in the
20   innovation in the technology making it actually possible
21   to do that, if -- if that makes sense.
22        ROGER PARLOFF:  So as -- and -- and the expectation
23   is that not only will you have hundreds of more
24   clearances, sort of, test by test?
25            Well, first of all, is that one expectation?
```

TR-001789

```
 1        ELIZABETH HOLMES:  I would say that's our
 2   objective --
 3        ROGER PARLOFF:  Okay.
 4        ELIZABETH HOLMES:  -- so yes.  I mean, our -- when
 5   we've talked in the past about the fact that we've
 6   submitted -- I think we've done -- gosh.  We -- we will
 7   pull up the exact number for you today, but I think it's
 8   about 140 pre-submissions.  The goal is for those to turn
 9   into 140 clearances, right?
10        ROGER PARLOFF:  Okay.
11        ELIZABETH HOLMES:  And those are all on different
12   tests.
13        ROGER PARLOFF:  Okay.
14        ELIZABETH HOLMES:  And so without question -- and
15   part of what we are trying to prove is that it is possible
16   to do this and that -- I mean, if you -- I -- I don't know
17   if you've ever looked at the FDA comment that we filed.
18   We're going to reference it in our press release.  It's on
19   our website --
20        ROGER PARLOFF:  Uh-huh.
21        ELIZABETH HOLMES:  -- from, like, February.  But
22   basically what -- what I said in it is as a, you know,
23   small and rapidly growing company, we have demonstrated
24   that it is possible to do this; and, you know, there's a
25   lot of other laboratory companies with a lot more
```

1    resources than we have, but in understanding these quality

2    standards and because we believe so much in the importance

3    of direct access, we find it imperative to have these

4    quality standards met in the context of laboratory

5    testing; and we've demonstrated that if someone like us

6    can do this, then this is not prohibitive and in fact it's

7    something that should be embraced more broadly.  So -- so

8    a part of what we're attempting to demonstrate here is

9    that a model can be created.  And because we -- you know,

10   traditionally, the bar for FDA clearance -- and I -- I

11   think you and I have talked about this a couple times --

12   is that whatever they are clearing is commercially

13   distributed.  And in this case, we are not going to be

14   commercially distributing any of our systems.

15        ROGER PARLOFF:  Right.

16        ELIZABETH HOLMES:  We will now create this -- this

17   framework around showing that this FDA bar can also be

18   applied in a laboratory context where you're effectively

19   offering this service.  And that was what you and I

20   touched on the other day on the phone where I was saying

21   things like the package insert which, traditionally, is

22   literally a piece of paper that is inserted into the box

23   that you use to ship a machine --

24        ROGER PARLOFF:  Uh-huh.

25        ELIZABETH HOLMES:  -- will now be hosted on our

TR-001791

1   website, where we're starting to show the same level of

2   data even though no one's going to be operating the

3   system, but we're creating transparency all of these

4   performance specifications so that people can see them.

5   And, in fact, we just added to our website a slide that

6   Alberto Gutierrez at FDA presented at a recent lab

7   conference.  And if you go to the website on the

8   provider's tab, under "Performance," it talks about sort

9   of the difference between CLIA regulation and FDA

10   regulation.  And one of his points was you have this

11   published data as part of the FDA clearance and you don't

12   with the CLIA certification.  And so what you'll see on

13   that page is we are now working to demonstrate that our

14   commitment to transparency is not just in our prices, it's

15   also in the fact that we've now published all of our

16   patient satisfaction ratings, we've published our visit

17   times, we've published our trans- -- or proficiency

18   testing data.  And now we're going to be publishing these

19   (indiscernible) summaries and -- and hosting them on our

20   website.

21       ROGER PARLOFF:  Okay.  And is -- and will you be

22   seeking 140 waivers as well, or will the waivers not be

23   necessary once -- well, is . . .

24       ELIZABETH HOLMES:  So -- so one could logically draw

25   that conclusion from the fact that we are going to be

1    seeking 140 clearances.

2         ROGER PARLOFF:  Uh-huh.

3         ELIZABETH HOLMES:  What this waiver has done is it

4    is -- it includes the waiver of the system, right?

5         ROGER PARLOFF:  Uh-huh.

6         ELIZABETH HOLMES:  So there's certain things that you

7    have to demonstrate on the system itself --

8         ROGER PARLOFF:  Uh-huh, uh-huh.

9         ELIZABETH HOLMES:  -- that show that it can be put in

10   the field.  So you do what are called these FLEX studies,

11   which effectively account for all the different situations

12   which range from temperature being off, humidity being of

13   a certain condition, a tabletop, you know, not being

14   completely flat, vibration happening --

15        ROGER PARLOFF:  Hm.

16        ELIZABETH HOLMES:  -- someone, you know, putting the

17   sample in wrong and (overlapping) --

18        ROGER PARLOFF:  Be it idiot-proof, sort of.

19        ELIZABETH HOLMES:  Yes.  And so --

20        ROGER PARLOFF:  Okay.

21        ELIZABETH HOLMES:  -- we have -- we've done that.

22        ROGER PARLOFF:  Okay.

23        ELIZABETH HOLMES:  So the waiver portion for any

24   future tests would just be test specific.

25        ROGER PARLOFF:  I see.

TR-001793

1     ELIZABETH HOLMES:  So you would have to show that,

2 you know, when you're running that test for that specific

3 chemistry --

4     ROGER PARLOFF:  Uh-huh.

5     ELIZABETH HOLMES:  -- that nothing happens.  But

6 there are certain things that you've already demonstrated

7 at a system level, like, you know, the temperature

8 controls, that would apply now for all future waivers, if

9 that makes sense.

10     ROGER PARLOFF:  Yeah.

11     ELIZABETH HOLMES:  So -- so the answer is there is an

12 element of it that would be test specific, but there's

13 also a system level piece of it which is what we will now

14 have.

15     ROGER PARLOFF:  Right.  And --

16     MEREDITH DEARBORN:  Can I add -- I have a critical

17 point -- right? -- that -- that although this -- this, you

18 know -- although this waiver is for one assay and although

19 this clearance is for one assay, we think that this is a

20 major milestone because it will facilitate future review,

21 so -- so clearances and waivers run on, you know, the

22 Theranos system in the future.

23     ELIZABETH HOLMES:  Yeah, and then for tests of this

24 sort of general type, there will be no review of the

25 device or software, again, because basically demonstrated

TR-001794

1   for -- for this method that the performance is as good as,

2   if not better, than any of the other tests that have ever

3   been cleared in this -- for this.  It would just be one

4   test -- and that, in fact, we can realize that performance

5   on a finger-stick sample.

6        ROGER PARLOFF:  Okay.  And -- okay.  So, basically,

7   the other 140 -- and I assume that number will increase.

8   As you continue bringing new tests online, they'll -- they

9   should be going more rapidly as we go forward.

10        ELIZABETH HOLMES:  Yes.  I mean, the first one, you

11   know, has required very extensive review.  And we've been

12   working with them to sort of -- not sort of -- to -- to

13   introduce every element of our system, review every

14   element in detail, make sure that we've comprehensively

15   validated, you know, every element and then had multiple

16   divisions looking at it because, you know, of the fact

17   that it's the CLIA waiver and not just the specific test

18   and clearance that has happened here.  So we now have a

19   platform, effectively, on which to add more tests.

20        ROGER PARLOFF:  Right.  Okay.

21             Now, and are all of these 140 tests finger-stick

22   tests?

23        ELIZABETH HOLMES:  They will all be able, yes, to run

24   on finger stick.  They also, in some cases, run on

25   other -- what we call -- matrices, which is basically

TR-001795

1  sample types.  So, for example, you could do finger stick

2  and urine or finger stick and a nasal swab or --

3      ROGER PARLOFF:  Oh, I see, uh-huh.

4      ELIZABETH HOLMES:  -- you know, a throat swab.

5      ROGER PARLOFF:  Uh-huh.

6      ELIZABETH HOLMES:  And they also -- I mean, what --

7  what you saw -- or seeing in this HSV-1 clearance is that,

8  going back to the point Meredith made about this being a

9  foundational review of our system, is we said for the

10  HSV-1 test we're only ever going to run it on finger

11  stick.  But we went through the entire submission process

12  for our system on finger stick and on the venous blood

13  and -- and, basically, the two different matrices of

14  venous blood, which is when the red cells are removed when

15  it's spun down and, when they're not, i.e., serum and

16  plasma.  And so -- so the clearing was for venous serum,

17  venous plasma, capillary whole blood, and capillary

18  plasma.  And that was not because we're going to run it on

19  all four of those matrices.  That was because we wanted to

20  demonstrate that, on our system, we are capable of

21  obtaining the exact same results whether it's a finger

22  stick or whether it's a venous draw and whether you

23  processed a sample or not.

24      ROGER PARLOFF:  I see.

25          Just to -- just to -- for -- for clarity and

TR-001796

1    background stuff, you have a high complexity lab now in

2    Newark, Caliornia and you have -- is it a medium

3    complexity lab in Scottsdale?

4         ELIZABETH HOLMES:  That's right.  It's a -- it's

5    called a moderate complexity lab.

6         ROGER PARLOFF:  Okay.

7         ELIZABETH HOLMES:  And the difference is to run

8    laboratory developed tests --

9         ROGER PARLOFF:  Uh-huh.

10        ELIZABETH HOLMES:  -- you need to be a high

11   complexity lab.

12        ROGER PARLOFF:  Uh-huh.

13        ELIZABETH HOLMES:  And that gives you the ability to

14   run laboratory developed tests.

15        ROGER PARLOFF:  Uh-huh.

16        ELIZABETH HOLMES:  And so in Newark, we are high

17   complexity, which means that you have a series of

18   requirements and processes that you have to follow,

19   including quality controls and other controls, around how

20   you ensure the integrity of the tests that we follow.

21        ROGER PARLOFF:  Uh-huh.

22        ELIZABETH HOLMES:  And we have all of our labs

23   develop tests in the Newark lab.

24        ROGER PARLOFF:  Okay.  Now, I thought all of your

25   tests were sort of considered lab developed tests.

1        ELIZABETH HOLMES:  We also -- one of the things

2    that's happened this year is that we have gone live with

3    what we were calling a reference lab service.  So what

4    this is, is that when you think about what Theranos does,

5    as important as the small samples, has been the low cost.

6    And it is what has really been transformative for a lot of

7    people --

8        ROGER PARLOFF:  Uh-huh.

9        ELIZABETH HOLMES:  -- in the context of access.

10       ROGER PARLOFF:  Uh-huh.

11       ELIZABETH HOLMES:  And it's also what seems to be

12   getting the other laboratory companies most excited.

13           The way that the lab business has worked is that

14   the people who either could not afford insurance or could

15   not afford good insurance have been charged the most --

16       ROGER PARLOFF:  Uh-huh.

17       ELIZABETH HOLMES:  -- for lab testing, which makes

18   absolutely no sense to us.

19       ROGER PARLOFF:  Uh-huh.

20       ELIZABETH HOLMES:  And then the tests which are

21   considered specialty or esoteric or rare have price tags

22   that are many, many multiples of what a routine test would

23   be.

24       ROGER PARLOFF:  Yeah.

25       ELIZABETH HOLMES:  So, for example, you'll see

TR-001798

1    specialty tests that are thousands of dollars.

2         ROGER PARLOFF:   Uh-huh.

3         ELIZABETH HOLMES:   And as we looked at this and our

4    mission of access, it became clear to us that one of the

5    most important things that we could do is make sure that

6    we had an end-to-end comprehensive menu that took those

7    $5,000 tests and brought them down to less than $100, for

8    example.

9         ROGER PARLOFF:   Okay.

10        ELIZABETH HOLMES:   And so we have.   And what we did

11   is we've, effectively, included the full reference lab

12   processing ability which means that we do run traditional

13   venipunctures --

14        ROGER PARLOFF:   Uh-huh.

15        ELIZABETH HOLMES:   -- (indiscernible) time --

16        ROGER PARLOFF:   Uh-huh.

17        ELIZABETH HOLMES:   -- on traditional reference

18   equipment.   But, I mean, as a company, obviously, our

19   business and what we do here in 1701 every day is work to

20   get more and more and more tests running on capillary

21   samples.

22              And what you'll see -- for example, when Dan

23   showed you these validation reports when we, hopefully,

24   get a little bit of your blood this afternoon -- or you

25   can take Dan's blood -- it may not be a bad thing for

TR-001799

1    him --

2         ROGER PARLOFF:   Uh-huh.

3         ELIZABETH HOLMES:   -- is that we have these

4    validation reports for these tests that go back many

5    years.  So I think he'll show you one.  One of the tests

6    they're going to do today is potassium.  And the potassium

7    report is from, I think, 2012, right?  And we have a lot

8    of tests that we've validated on our systems a long time

9    ago.

10        ROGER PARLOFF:   Uh-huh.

11        ELIZABETH HOLMES:   But we haven't brought up into the

12   lab yet or were continually bringing up into the lab.  And

13   so basically when we developed our hardware, like this

14   device that's gone through the clearance process, we

15   developed each of the hardware systems that we have to be

16   able to work on a very broad range of tests so the test --

17   the systems can run all these tests.  But the speed

18   which -- with which we then bring up new and more

19   finger-stick based tests in our lab is something that

20   basically we're constantly working to put more and more on

21   the platform.  So -- and that is -- the technology is

22   capable of running all these tests.  We have demonstrated

23   in many cases years ago -- I mean, if you look at the

24   pharmaceutical studies that we did for the Pfizers of the

25   world -- I was trying to remember whether we ever showed

1   you those reports from, like, the Pfizer study, way back

2   when, we were doing really sophisticated esoteric tests on

3   systems that were running in people's homes for those.

4        ROGER PARLOFF:   Hm.

5        ELIZABETH HOLMES:   But because they were so rare,

6   from an operational perspective, we didn't bring them into

7   our clinical lab yet.   But now we are, basically --

8        ROGER PARLOFF:   Mm, mm.

9        ELIZABETH HOLMES:   -- based on the ones --

10        ROGER PARLOFF:   I see.

11        ELIZABETH HOLMES:   -- that are most frequently

12   ordered, if that makes sense.

13        ROGER PARLOFF:   I see.   Okay.

14        ELIZABETH HOLMES:   But in the meantime, this allows

15   us to do this sophisticated specialty testing at really

16   low cost, if -- if that makes sense.

17        ROGER PARLOFF:   Yeah.   Okay.

18            So even when you use --

19        UNIDENTIFIABLE FEMALE VOICE:   (Indiscernible).

20        ROGER PARLOFF:   -- venipuncture, it's still a lot

21   cheaper using your system?

22        ELIZABETH HOLMES:   Absolutely.

23        ROGER PARLOFF:   Yeah.

24        ELIZABETH HOLMES:   And it also often, when we're

25   doing venipuncture, a lot less samples, too, because

TR-001801

1  there's only a few tests that will actually run on the

2  venipuncture.  So the venipuncture generally is about 10

3  to 30 times less blood than what would traditionally be

4  required --

5       ROGER PARLOFF:  Uh-huh.

6       ELIZABETH HOLMES:  -- for venipuncture.  And what

7  that means is we use what we refer to as -- is -- it's one

8  of the tiny needles that they would use on children to be

9  able to draw the sample.

10      ROGER PARLOFF:  Mm.

11      ELIZABETH HOLMES:  And we use these little tiny vials

12  as opposed to sort of the big vials --

13      ROGER PARLOFF:  Uh-huh.

14      ELIZABETH HOLMES:  -- that they traditionally take --

15      ROGER PARLOFF:  Uh-huh.

16      ELIZABETH HOLMES:  -- to do it.  So it's -- it is

17  always less sample.

18      ROGER PARLOFF:  Uh-huh.

19      ELIZABETH HOLMES:  But, importantly, it's -- it's

20  making these tests affordable for the first time.

21      ROGER PARLOFF:  Yeah.  Okay.

22      ELIZABETH HOLMES:  And -- and that's what it's all

23  about.

24      ROGER PARLOFF:  Okay.

25      MEREDITH DEARBORN:  The other thing about this is

1    that it's more convenient for -- for patients visiting a

2    lab, right?  So then if we can run every test that they

3    want to -- that they want, it's going to -- it's a

4    one-stop shop.

5         ROGER PARLOFF:  Right, right.  Okay.

6              Now, one of these tests, apparently, that you're

7    going to run on me this afternoon is the Ebola one.

8         ELIZABETH HOLMES:  Yes.

9         ROGER PARLOFF:  So can I say at this point that the

10   machine runs some sort of proprietary method of examining

11   DNA or RNA analogous to PCR?

12        ELIZABETH HOLMES:  Yes.  We're -- obviously, we've

13   never released that.

14        ROGER PARLOFF:  Uh-huh.

15        ELIZABETH HOLMES:  But I am okay with doing that in

16   this piece.

17        ROGER PARLOFF:  Okay.  Great.

18        ELIZABETH HOLMES:  And you can also say that we, you

19   know, created a lab in the last three hours at Boies

20   Schiller to do your Ebola test; and -- and David will be

21   proud.

22              But the -- the only thing that I want to not be

23   explicit about in this piece --

24        ROGER PARLOFF:  Uh-huh.

25        ELIZABETH HOLMES:  -- and I'll tell you how we did

1  it.  What we're going to do for you today is we've brought

2  multiple devices, and one of them is going to run the

3  clinical chemistry test like the potassium, and the other

4  one is going to run your Ebola test.

5      ROGER PARLOFF:  Uh-huh.

6      ELIZABETH HOLMES:  And what we can go into in this

7  piece is that Theranos has these systems; these systems

8  are capable of running finger-stick samples; the system,

9  like you just said about Ebola, it's capable of running

10  DNA measurements, it's capable of running the clinical

11  chemistry measurements --

12      ROGER PARLOFF:  Uh-huh.

13      ELIZABETH HOLMES:  -- it's capable of all these other

14  things.  I don't want to explicitly say that the exact

15  same system is running both the clinical chemistry and the

16  DNA and the immunochemistry and the other stuff, if that

17  makes sense.

18      ROGER PARLOFF:  So you don't want people to know that

19  it's really the exact same machine --

20      ELIZABETH HOLMES:  Right.  What --

21      ROGER PARLOFF:  -- just with different reagents or

22  whatever.

23      ELIZABETH HOLMES:  Exactly.

24          And we will release that, I mean, if we have the

25  chance to do a follow-on piece with you.  It's just that

TR-001804

1   there's one set of patent claims that we're still taking

2   through the filing process that I just want to make sure

3   get out before we make that explicit statement.  So you

4   will be able to say you saw "systems."  And as long as

5   there's always an "S" next to that --

6        ROGER PARLOFF:  Uh-huh.

7        ELIZABETH HOLMES:  -- it will be ambiguous as to

8   whether it was one or multiple, and that's fine.

9        ROGER PARLOFF:  Okay.  Somebody attentive, which we

10  probably don't need to worry about, but some- -- somebody

11  attentive out there might -- might say, Oh, wait a minute.

12  What -- so what -- what machine was cleared today, if

13  there's multiple systems.

14       ELIZABETH HOLMES:  Yeah.  I -- I -- I think what we

15  do is we don't speak to whether there's multiple systems

16  or not.  You don't need to say there's multiple systems;

17  you just don't need to explicitly say that there's one.

18       ROGER PARLOFF:  Okay.

19       ELIZABETH HOLMES:  And we say that "The Theranos

20  device was cleared today."  And then you can say "I've

21  seen, you know, Theranos devices running clinical

22  chemistry.  I've seen Theranos devices running this DNA

23  method," right?

24       ROGER PARLOFF:  Okay.  Okay.  And so was that -- when

25  you -- yeah, earlier, what I wondered was the Scottsdale

TR-001805

1  facility, if it's moderate complexity and --

2      ELIZABETH HOLMES:  Yup.

3      ROGER PARLOFF:  -- so it isn't supposed to handle

4  LDTs.  That -- that confused me because I thought all of

5  your tests were LDTs, but you're saying . . .

6      ELIZABETH HOLMES:  We do our reference lab testing

7  there.

8      ROGER PARLOFF:  Oh, wait.  Not at Newark?

9      ELIZABETH HOLMES:  We do some at Newark also, but we

10 do -- the reference lab testing is most common in Phoenix

11 there.

12     ROGER PARLOFF:  Oh.  Oh, because I thought the

13 reference lab was the most -- the most complex, most

14 sophisticated, esoteric.

15     ELIZABETH HOLMES:  It's the -- some of them are, but

16 some of them are not, right?  Some of them are -- are --

17 there's a scale, right?  So the ones that are really

18 complex that would require a high complexity lab are done

19 in Newark.

20     ROGER PARLOFF:  Okay.  Okay.  I guess I was just

21 thinking that anything that didn't -- that was on a

22 machine that, you know, wasn't FDA cleared -- one of those

23 third-party machines -- was considered an LDT.

24          But that's not the case?

25     ELIZABETH HOLMES:  Anything -- that's -- that is the

TR-001806

1    case.  It's anything that you use that is not FDA cleared

2    or approved, by definition, is an LDT.  But, I mean, for

3    Theranos our LDTs are all running on Theranos proprietary

4    methods and Theranos proprietary systems, right?

5         ROGER PARLOFF:  Okay.  And the same is true in -- in

6    Scottsdale, you're not -- you don't have -- or do you have

7    Beckman Coulter, whatever, in -- in Scottsdale?

8         ELIZABETH HOLMES:  Scottsdale is moderate, so the

9    only thing that we're doing there is we're using basically

10   commercial machines that we can do traditional

11   venipuncture on --

12        ROGER PARLOFF:  Oh, okay.

13        ELIZABETH HOLMES:  -- as part of the reference

14   service, yeah.

15        ROGER PARLOFF:  I see.  So those are third-party

16   machines.

17        ELIZABETH HOLMES:  That's right.

18        ROGER PARLOFF:  Okay.

19        ELIZABETH HOLMES:  That's exactly right, yes.

20        ROGER PARLOFF:  Okay.  All right.  I -- I got it.

21   Okay.

22                    (End of transcription.)

23                         * * * * *

24

25

TR-001807

1    STATE OF CALIFORNIA        )

2                                )   ss.

3    COUNTY OF SACRAMENTO       )

4

5

6            I hereby certify that the foregoing transcript

7    is a true record of the audio recording as transcribed to

8    the best of my ability by me, a duly Certified Shorthand

9    Reporter in the State of California.

10           I further certify that I am not interested in

11   the outcome of the said action, nor connected with, nor

12   related to any of the parties of said action, nor to their

13   respective counsel.

14

15           IN WITNESS WHEREOF, I have hereunto set my hand

16   this 28th day of July, 2021.

17

18

19

20

21           HE SUK JONG, CSR NO. 12918

22           STATE OF CALIFORNIA

23

24

25

TR-001808