1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4

   Attorneys for Defendant ELIZABETH A. HOLMES
5

6
                          UNITED STATES DISTRICT COURT
7
                         NORTHERN DISTRICT OF CALIFORNIA
8
                                  SAN JOSE DIVISION
9

10 | UNITED STATES OF AMERICA,              ) Case No. CR-18-00258-EJD
                                            )
11 |        Plaintiff,                      ) **MANUAL FILING NOTIFICATION AS TO**
                                            ) **EXHIBIT 4 TO CLINE DECLARATION IN**
12 |    v.                                  ) **SUPPORT OF MOTION TO ADMIT PORTIONS**
                                            ) **OF INTERVIEWS UNDER RULES 401 AND 106**
13 | ELIZABETH HOLMES and                   )
     RAMESH "SUNNY" BALWANI,                ) Hon. Edward J. Davila
14 |                                        )
            Defendants.                     )
15 |                                        )
                                            )
16 |

17
                              **MANUAL FILING NOTIFICATION**
18

19 Regarding:        Exhibit 4 to the Declaration of John D. Cline in support of Ms. Holmes' Motion
   to Admit Portions of Interviews under Rules 401 and 406.
20

21         This filing is in paper or physical form only, and is being maintained in the case file in the

22 Clerk's office.

23 This filing will be served in physical form on opposing counsel shortly.

24 For information on retrieving this filing directly from the court, please see the Court's main web site at

25 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

26 This filing was not e-filed for the following reason:

27 ___ Voluminous Document (PDF file size larger than efiling system allowances)

28 MANUAL FILING NOTIFICATION
   CR-18-00258 EJD
                                              1

1   ___ Unable to Scan Documents

2   _X_ Physical Object (description): USB drive

3   ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

4   ___ Item Under Seal

5   ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

6   ___ Other (description): _____

7   _____

8

9       I declare under penalty of perjury under the laws of the United States that the foregoing is true
10 and correct to the best of my knowledge.

11       Executed this 16th day of November 2021 in San Jose, California.

                                                    JOHN D. CLINE
                                                    Attorney for Elizabeth Holmes

MANUAL FILING NOTIFICATION
CR-18-00258 EJD

2