**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER:  18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/16/2021
Time in Court: 8:17 am – 9:25 am; 9:42 am – 10:59 am; 11:35 am – 1:31 pm; 2:04 pm – 4:04 pm;
4:07 pm – 4:17 pm

**(TOTAL time: 6 Hrs. 31 mins.)**
Courtroom Deputy Clerk: Kassandra Dibble
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew
Lemens, Patrick Looby, John Cline, Richard Cleary
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 32)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for
Wednesday, November 17, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5454, 1404, 4077, 1443, 5441, 1482, 1505, 1506
Defendants: 1396, 7353, 7354, 7358, 7359, 4052, 1434, 1422, 7376, 1360, 14025, 7378, 4036,
14021, 7390

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: 5454, 1404, 4077, 1443, 5441, 1482, 1505, 1506
Defendants: 1396, 7353, 7354, 7358, 4052, 1434, 1422, 7376, 1360, 14025, 7378, 4036, 14021,
7390

Kassandra Dibble
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

## TRIAL LOG

| TRIAL DATE: November 16, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:17 am | Court in session. Counsel and Defendant are present outside presence of Jury. | |
| | | | Court and Counsel discuss LIS database. | |
| | | | Court hears oral argument on Defendant's renewed motion to admit certain customer feedback reports, ECF No. 1140. | |
| | | | Court denies Defendant's renewed motion to admit certain customer feedback reports, ECF No. 1140. | |
| | | 9:25 am | Court takes recess. | |
| | | 9:42 am | Court in session. Counsel and Defendant are present. Jury seated. | |
| | | | W#24 Alan Eisenman is excused. | |
| | | 9:43 am | Government re-calls W#1 So Han Spivey. W#1 is sworn. | |
| DX | | 9:44 am | Direct examination of W#1 So Han Spivey begins by Government Counsel Robert Leach. | |
| EX 5454 | | | ADMITTED – Email chain – From: Carisa Bianchi; To: Sunny Balwani; Subject: Horizon Media (Dated: 7/24/2015) | |
| | | 9:56 am | Direct examination of W#1 So Han Spivey concludes. | |
| | CX | 9:56 am | Cross examination of W#1 So Han Spivey begins by Defense Counsel Lance Wade. | |

| TRIAL DATE:<br>November 16, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Kassandra Dibble |
|---|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION | |
|---|---|---|---|---|
| | EX 1396 | | ADMITTED – Email chain – From: Sunny Balwani; To: Danise Yam; Subject: Balance Sheet as of 1/8/14 (Dated: 1/3/2014) | |
| | | 10:08 am | Cross examination of W#1 So Han Spivey concludes. | |
| | | 10:08 am | W#1 So Han Spivey is excused. | |
| | | 10:09 am | Government calls W#25 Brian Grossman. W#25 is sworn. | |
| DX | | 10:10 am | Direct examination of W#25 Brian Grossman begins by Government Counsel Robert Leach. | |
| EX 1404 | | | ADMITTED – Email chain – From: Brian Grossman; To: Elizabeth Holmes, Sunny Balwani, Chris James; Subject: Due Diligence Questions | |
| | | 10:59 am | Court takes 30-minute recess. | |
| | | 11:35 am | Court in session with Counsel, Defendant, and Jury present. | |
| DX | | 11:35 am | Direct examination of W#25 Brian Grossman resumes by Government Counsel Robert Leach. | |
| EX 4077 | | | ADMITTED – Email chain with slide deck attachment – From: Sunny Balwani; To: Brian Grossman; No Subject (Dated 1/17/2014) | |
| EX 1443 | | | ADMITTED – Email chain – From: Brian Grossman; To: Sunny Balwani; No Subject (Dated 1/20/2014) | |
| EX 5441 | | | ADMITTED – Email with Excel spreadsheet attachment titled "Theranos_v12.xlsx" – From: Brian Grossman; To: Adam Clammer; No Subject (Dated 1/29/2014) | |
| EX 1482 | | | ADMITTED – Email chain – From: Brian Grossman; To: Sunny Balwani; Subject: Open Items for PFM Investment (Dated 1/28/2014) | |
| EX 1505 | | | ADMITTED – Theranos, Inc. Series C-2 Preferred Stock Purchase Agreement | |
| EX 1506 | | | ADMITTED – Master Signature Page | |

| TRIAL DATE:<br>November 16, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 1:03 pm | Direct examination of W#25 Brian Grossman concludes. | |
| | CX | 1:05 pm | Cross examination of W#25 Brian Grossman begins by Defense Counsel Lance Wade. | |
| | | 1:31 pm | Court takes 30-minute recess. | |
| | | 2:04 pm | Court in session with Counsel, Defendant, and Jury present. | |
| | CX | | Cross examination of W#25 Brian Grossman resumes by Defense counsel Lance Wade. | |
| | EX 7353 | | ADMITTED – Email chain – From: Thomas Laffont; To: Chris James; No Subject (Dated 11/1/2013) | |
| | EX 7354 | | ADMITTED – Email chain – From: Chris James; To: Brian Grossman; No Subject (Dated 11/1/2013) | |
| | EX 7358 | | ADMITTED – Email chain – From: Brian Grossman; To: Aleksandr Rabodzey and Vivek Khanna; Subject: is this someting we shoudl work up on the private side? (Dated: 11/18/2013) | |
| | EX 7359 | | IDENTIFICATION. | |
| | EX 4052 | | ADMITTED – Email chain – From: Brian Grossman; To: Vivek Khanna; Subject: theranos (Dated: 12/9/2013) | |
| | EX 1434 | | ADMITTED – Email with Confidential Disclosure Agreement attachment – From: Sunny Balwani; To: Brian Grossman; No Subject (Dated 1/17/2014) | |
| | EX 1422 | | ADMITTED – Email chain – From: Brian Grossman; To: Sunny Balwani; No Subject (Dated 1/13/2014) | |
| | EX 7376 | | ADMITTED – Email – From: Vivek Khanna; To: Brian Grossman and Aleksandr Rabodzey; Subject: theranos-comments on WAG call (Dated 12/20/2013) | |
| | EX 1360 | | ADMITTED – Email – From: Chris James; To: Elizabeth Holmes, Sunny Balwani, and Brian Grossman; No Subject (Dated 12/23/2013) | |

| TRIAL DATE:<br>November 16, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Kassandra Dibble |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 14025 | | ADMITTED – Email chain – From: Chris James; To: Brian Grossman; No Subject (Dated 12/24/2013) | |
| | EX 7378 | | ADMITTED – Email chain – From: Brian Grossman; To: Vivek Khanna and Aleksandr Rabodzey; Subject: Theranos (Dated 12/24/2013) | |
| | EX 4036 | | ADMITTED – Press release titled "Theranos and Walgreens Bring Groundbreaking Diagnostic Lab Texting to the Phoenix Metropolitan Area" (Dated 11/13/2013) | |
| | EX 14021 | | ADMITTED – Email chain – From: Vivek Khanna; To: Brian Grossman; Subject: theranos-modest refinement (Dated 1/6/2014) | |
| | EX 7390 | | ADMITTED – Email chain – From: Brian Grossman; To: Aleksandr Rabodzey; No Subject (Dated 1/10/2014) | |
| | | 3:58 pm | Court admonishes the Jury. The Jury is excused for the day. | |
| | | 3:59 pm | Court remains in session with Counsel and Defendant outside the presence of the jury. | |
| | | 4:04 pm | Court is in recess. | |
| | | 4:07 pm | Sealed in camera proceeding with Government Counsel Jeffrey Schenk and Defense Counsel Kevin Downey. | |
| | | 4:17 pm | Sealed in camera proceeding concludes. Transcript from 4:07 pm – 4:17 pm shall be SEALED. Court adjourns. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |