# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/17/2021
Time in Court: 8:35-8:40am,9:06-10:36,11:54am-1:57pm,2:32-3:53pm
**(TOTAL time: 5 Hrs. 1 min.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 33)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Thursday, November 18, 2021 at 8:00 a.m. with Counsel and 9:00 a.m. with Jury

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 3162,1415,1454,1477,783,4093,4088,4089,4090,4077,5483,5484
Defendants: 11049,11483,7391,14002,7399,7400,7403,14001,14073 w/drawn, 7398 w/redaction,14072,13720A,14057,14054,14055,14029,7411,13822,14074,

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1454,1477,4093,4088,4089,4090,5483,5484**
Defendants: **7391,14002,7399,7400,7403,14001,7398 w/redaction,14072,13720A,14057, 14054,14055,14029,741113822,**
///


Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 17, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:35 am | Court in session Counsel and Defendant are present outside presence of Jury | |
| | | | Counsel addresses Defense motion *to Admit Portions of Interviews Under Rules 401 and 106* (Dkt. 1146) | |
| | | | Counsel updated the court as to the status of the matters at issue related to motion (Dkt. 1146).  Two issues remain outstanding and if not resolved will be addressed with the Court tomorrow in anticipation of testimony | |
| | | 8:40 am | Court takes recess | |
| | | 9:06 am | Court in session Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination of W#25 Brian Grossman resumes by Defense Counsel Lance Wade | |
| | EX 11049 | | IDENTIFICATION - | |
| | EX 11483 | | IDENTIFICATION - | |
| | EX 3162 | | IDENTIFICATION - | |
| | EX 1415 | | IDENTIFICATION - | |

2

| TRIAL DATE: November 17, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 7391 |  | ADMITTED – Email chain – From: Aleksandr Rabodzey; To: Brian Grossman; Subject: Theranos (Dated 1/10/2014) Government objection to admission of first email. Court admitted the email with limited instruction not admitted for the truth of the matter asserted only as to state of mind | |
|  | EX 14002 |  | ADMITTED – Email From: Aleksandr Rabodzey; To: Vivek Khanna; Brian Grossman; Subject: MDx and fda (Dated 1/15/2014) | |
|  | EX 1454 |  | ADMITTED – Email chain – From: Brian Grossman; To: Sunny Balwani; Subject: None (text content re add consultants to NDA (Dated 1/22/2014) | |
|  | EX 7399 |  | ADMITTED – Email From:Aleksandr Rabodzey; To: Brian Grossman, Vivek Khanna; Subject: Theranos (Dated 1/21/2014) | |
|  | EX 7400 |  | ADMITTED – Email From: Shelly Smith; To: Vivek Khanna Subject: AR/VK: Dr. Anand Akerkar – Laboratory Developed Tests (Dated 1/23/2014) Government objection to admission – Court admitted the email with limited instruction not admitted for the truth of the matter asserted only as to state of mind | |
|  | EX 7403 |  | ADMITTED - Email From: Aleksandr Rabodzey; To: Brian Grossman, Vivek Khanna; Subject: Theranos w/attachment (Dated 1/24/2014) | |
|  | EX 14001 |  | ADMITTED – Email From: Aleksandr Rabodzey; To: Brian Grossman; Subject: Theranos Test (Dated 1/26/2014) Government objection to admission – Court admitted the email with limited instruction not admitted for the truth of the matter asserted only as to state of mind | |
|  |  | 10:36 am | Court takes recess – 1 hr | |
|  |  | 11:54 am | Court in session Counsel and Defendant present. Jury seated | |
|  | CX |  | Cross examination of W#25 Brian Grossman resumes by Defense Counsel Lance Wade | |

3

| TRIAL DATE: November 17, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 1477 |  | Email From: Brian Grossman; To: Sunny Balwani; Subject: (Dated 1/27/2014) | |
|  | EX 14073 |  | ADMISSION – WITHDRAWN w/consent of parties | |
|  | EX 7398 |  | ADMITTED – Email From: David Brady; To: Brian Grossman; Subject: Company (Dated 1/18/2014) – Admission w/redaction | |
|  | EX 783 |  | IDENTIFICATION - | |
|  | EX 14072 |  | ADMITTED - Email From: Brian Grossman; To: Chris James; Subject: None – Content of text re presentation (Dated 1/26/2014) | |
|  | EX 13720A |  | ADMITTED – Excel Spreadsheet – Model provided by Theranos | |
|  | EX 4093 |  | ADMITTED – Excel Spreadsheet – PFM Model | |
|  | EX 4088 |  | ADMITTED – Email chain – From: Brian Grossman; To: Adam Clammer; Subject: None (Dated 1/16/2014) | |
|  | EX 4089 |  | ADMITTED – Email From: Aleksandr Rabodzey; To: Brian Grossman, Vivek Khanna; Subject: Theranos Technical and Regulatory Assessment w/attachments (Dated 1/28/2014) | |
|  | EX 4090 |  | ADMITTED – Email chain From: Vivek Khanna; To: Brian Grossman, Aleksandr Rabodzey; Subject: Open Items for PFM Investment (Dated 1/28/2014) | |
|  | EX 14057 |  | ADMITTED – Email chain – From:   To: Aleksandr Rabodzey; Subject: Open Items for PFM Investment (Dated 1/28/2014) | |
|  | EX 14054 |  | ADMITTED – Email From: Aleksandr Rabodzey; To: Brian Grossman; Subject: Theranos diligence (Dated 1/29/2014) Government objection to admission – Court admitted the email with limited instruction not admitted for the truth of the matter asserted only as to state of mind | |

| TRIAL DATE: November 17, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 14055 |  | ADMITTED – Email chain – From: Jeffrey Blickman; To: Brian Grossman; Subject: Theranos follow-up (Dated 1/29/2014) | |
|  | EX 14029 |  | ADMITTED – Email chain – From: Aleksandr Rabodzey; To: Brian Grossman; Subject: Theranos follow-up (Dated 1/29/2014) Government objection to admission – Court admitted the email with limited instruction not admitted for the truth of the matter asserted only as to state of mind | |
|  | EX 7411 |  | ADMITTED – Email From: Brian Grossman; To: Aleksandr Rabodzey; Subject: Final Version of Presentation (Dated 1/30/2014) w/redaction | |
|  | EX 13822 |  | ADMITTED – Email From: Brian Grossman; To: Phil Greer; Subject: Theranos (Dated 1/30/2014) | |
|  | EX 14074 |  | IDENTIFICATION - | |
|  |  | 1:55 pm | Jury and witness excused for the recess | |
|  |  | 1:57 pm | Court takes recess 30 mins | |
|  |  | 2:32 pm | Court in session Counsel and Defendant present. Jury seated | |
|  | CX |  | Cross examination of W#25 resumes | |
|  | EX 4077 |  | IDENTIFICATION - | |
|  |  | 2:52 pm | Cross examination of W#25 concludes | |
| RDX |  | 2:52 pm | Re-direct examination of W#25 begins by Government Counsel Robert Leach | |
|  |  |  | Re-direct examination concludes | |
|  |  | 3:07 pm | W#25 excused | |
|  |  | 3:09 pm | Government calls next witness | |
|  |  | 3:09 pm | W#26 Erin Tompkins – sworn | |

5

| **TRIAL DATE:** November 17, 2021 | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| DX | | 3:10 pm | Direct examination of W#26 Erin Tompkins begins by Government Counsel John Bostic | |
| EX 5483 | | | ADMITTED – Theranos Test Results for Erin Tompkins (Dated 5/2015) | |
| EX 5484 | | | ADMITTED – Contra Costa Health Services – Test Results for Erin Tompkins (Dated 8/10/2021) | |
| | | 3:27 pm | Direct examination concludes | |
| | CX | 3:27 pm | Cross examination of W#26 Erin Tompkins begins by Defense Counsel Katherine Trefz | |
| | | 3:30 pm | Court admonished Jury. Jury excused for the day. | |
| | | 3:31 pm | Court in session with Counsel and Defendant outside presence of the Jury | |
| | | | Counsel addresses objections to evidence re: test results as to testimony of W#26 and hears arguments | |
| | | 3:53 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Thursday, November 18, 2021 at 8:00 a.m. with Counsel and 9:00 a.m. with Jury | |

6