UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  11/18/2021
Time in Court: 8:07-8:52am,9:06-9:07,9:14-11:00,11:37am-1:31pm,2:13-3:17,3:32-3:39, 3:42-4:09pm
**(TOTAL time: 6 Hrs. 4 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 34)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Friday, November 19, 2021 at 8:30 a.m. with Counsel and 9:00 a.m. with Jury
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs:  4938,4415,5485,5487,3404,5473A,5474AB2,5475A,5477A,5478A2,5486, 1752,5480A,5473B2,5473C,5473D2,5474C,5488,5481A,5481D,5481B,5481C,1647A, 1657A,1719A,1646
Defendants: 14259,12692 Pg. 7 ONLY,13689,13690,13691
**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4938,4415,5485,5487,3404,5473A,5474AB2,5475A,5477A,5478A2,5486, 1752,5480A,5473B2,5473C,5473D2,5488,5481A,5481D,5481B,5481C,1647A, 1657A,1719A**
Defendants: **12692 Pg. 7 ONLY**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 18, 2021 | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:07 am | Court in session Counsel and Defendant are present outside presence of Jury |
| | | | The Court hears further argument as to Defendant's Motion *to Admit Portions of Interviews Under Rules 401 and 106*. (Dkt. 1146 and Exhibits attached).  Specifically, objections as to Designations 2 and 4 other designations have been resolved. |
| | | | As to Designation 4: Court will allow only pg. 17 line 22 down to pg 18 line 22 ending at the word "tests" everything else on pg. 18 and 19 not permitted.  This will be allowed under 106 not offered for the truth of the matter asserted, only for the state of mind as to the process of bringing up tests related to intent<br>Otherwise, the Court's sustains the objection |
| | | | Court hears further argument as to Designation 2: (no transcript only audio tape) the ruling shall be deferred based upon if this evidence is introduced during testimony |
| | | | Defense Counsel requests the documents related to Dr. Asin pursuant to subpoena be produced to counsel outside the presence of the Jury |
| | | 8:52 am | Court takes recess |
| | | 9:06 am | Court in session Counsel and Defendant are present outside presence of Jury |
| | | | Defense have subpoenaed certain records from Dr. Asin – those documents to be presented to the Court |

2

| TRIAL DATE: November 18, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Dr. Gerald Asin addresses the Court with documents – documents lodged with the Court | |
| | | 9:07 am | Court takes recess | |
| | | 9:14 am | Court in session Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination of W#26 Erin Tompkins resumes by Defense Counsel Katherine Trefz | |
| | EX 14259 | | IDENTIFICATION - | |
| | EX 12692 | | ADMITTED – Pg. 7 ONLY Document from CDC website RE: HIV Testing Algorithm (published 6/27/2014) | |
| | | 9:35 am | Cross examination concludes | |
| | | | W#26 excused | |
| | | 9:37 am | Government calls next witness | |
| | | | W#27 Mark Burnes – Sworn | |
| DX | | 9:39 am | Direct examination of W#27 Mark Burnes begins by Government Counsel Jeffrey Schenk | |
| | | | Government requests the witness be designated as an expert re diagnosis of prostate cancer and PSA testing.  Upon no objection by defense the Court designates the witness as an expert. | |
| EX 4938 | | | ADMITTED – Theranos test results for patient Mehrl Ellsworth (Dated 5/16/2015) faxed to Dr. Mark Burnes | |
| EX 4415 | | | ADMITTED – Email chain – From: Amelia Aguirre; To: Lab Reruns; Subject: Rerun and call back request (Dated 5/19/2015) | |
| | | 10:18 am | Direct examination concludes | |
| | CX | 10:18 am | Cross examination of W#27 Mark Burnes begins by Defense Counsel Katherine Trefz | |

3

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| **TRIAL DATE:** November 18, 2021 — **REPORTER(S):** Irene Rodriguez — **CLERK:** Adriana M. Kratzmann |
|  | EX 13689 |  | IDENTIFICATION - |
|  | EX 13690 |  | IDENTIFICATION - |
|  | EX 13691 |  | IDENTIFICATION - |
|  |  | 10:53 am | Cross examination concludes |
| RDX |  | 10:53 am | Re-direct examination of W#27 Mark Burnes begins by Government Counsel Jeffrey Schenk |
|  |  | 10:59 am | Re-direct examination concludes |
|  |  | 10:59 am | W#27 excused |
|  |  | 11:00 am | Court takes recess 30 mins |
|  |  | 11:37 am | Court in session Counsel and Defendant present. Jury seated |
|  |  |  | Government calls next witness |
|  |  |  | W#28 Mehrl Ellsworth - Sworn |
| DX |  | 11:39 am | Direct examination of W#28 Mehrl Ellsworth begins by Government Counsel Jeffrey Schenk |
|  |  | 11:47 am | Direct examination of W#28 concludes |
|  |  | 11:48 am | Government calls next witness |
|  |  | 11:48 am | W#29 Roger Parloff – Sworn |
| DX |  | 11:48 am | Direct examination of W#29 Roger Parloff begins by Government Counsel John Bostic |
| EX 5485 |  |  | ADMITTED – Email chain – From: Elizabeth Holmes; To: Roger Parloff; Subject: Follow up (Dated 4/3/2014) |

| TRIAL DATE:<br>November 18, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 5487 | | | ADMITTED – Email chain – From: Christian Holmes; To: Roger Parloff; Subject: Follow up (Dated 5/26/2014) | |
| EX 3404 | | | ADMITTED – Theranos presentation (43 pgs.) sent to Roger Parloff | |
| EX 5473A | | | ADMITTED – Audio recording of conversation with Elizabeth Holmes and Roger Parloff<br>Parties agreed court reporter not to report the audio played | |
| 5474AB2 | | | ADMITTED – Audio recording of conversation with Elizabeth Holmes and Roger Parloff<br>Parties agreed court reporter not to report the audio played | |
| 5475A | | | ADMITTED – Audio recording of conversation with Elizabeth Holmes and Roger Parloff<br>Parties agreed court reporter not to report the audio played | |
| 5477A | | | ADMITTED - Audio recording of conversation with Elizabeth Holmes and Roger Parloff<br>Parties agreed court reporter not to report the audio played | |
| 5478A2 | | | ADMITTED - Audio recording of conversation with Elizabeth Holmes and Roger Parloff (w/subtitles but only admitted is the recording not transcript)<br>Parties agreed court reporter not to report the audio played | |
| 5486 | | | ADMITTED – Email From: Elizabeth Holmes; To: Roger Parloff; Subject: None w/attachments (Dated 6/1/2014) | |
| 1752 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Edlin; Subject: Rogert Parloff aggregated action items w/attachment (Dated 6/1/2014) | |
| 5480A | | | ADMITTED – Audio recording of conversation with Elizabeth Holmes and Roger Parloff<br>Parties agreed court reporter not to report the audio played | |
| 5473B2 | | | ADMITTED - Audio recording of conversation with Elizabeth Holmes and Roger Parloff (Dated 5/12/2014)<br>Parties agreed court reporter not to report the audio played | |

| TRIAL DATE:<br>November 18, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 1:31 pm | Court takes recess 30 mins. | |
| | | 2:13 pm | Court in session Counsel and Defendant present. Jury seated | |
| DX | | 2:14 pm | Direct examination resumes of W#29 Roger Parloff by Government Counsel John Bostic | |
| EX 5473C | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 5/12/2014)<br>Parties agreed court reporter not to report the audio played | |
| EX 5473D2 | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 5/12/2014)<br>Parties agreed court reporter not to report the audio played | |
| EX 5474C | | | IDENTIFICATION - | |
| EX 5488 | | | ADMITTED - Email chain – From: Elizabeth Holmes; To: Roger Parloff; Subject: Follow up items (Dated 6/6/2014) | |
| EX 5481A | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 7/1/2015)<br>Parties agreed court reporter not to report the audio played | |
| EX 5481D | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 7/1/2015)<br>Parties agreed court reporter not to report the audio played | |
| EX 5481B | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 7/1/2015)<br>Parties agreed court reporter not to report the audio played | |
| EX 5481C | | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 7/1/2015)<br>Parties agreed court reporter not to report the audio played | |
| | | 2:52 pm | Direct examination concludes | |
| | CX | 2:52 pm | Cross examination of W#29 Roger Parloff begins by Defense Counsel John Cline | |

| TRIAL DATE:<br>November 18, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | EX 1647A | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 4/7/2014)<br>Parties agreed court reporter not to report the audio played | |
| | EX 1657A | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 4/10/2014)<br>Parties agreed court reporter not to report the audio played | |
| | EX 1719A | | ADMITTED – Audio Recording Conversation between Elizabeth Holmes and Roger Parloff (Dated 5/12/2014)<br>Parties agreed court reporter not to report the audio played | |
| | | | Witness requests to speak with his counsel re invoking media privilege | |
| | | 3:16 pm | Jury excused | |
| | | 3:17 pm | Court takes recess 15 mins. | |
| | | 3:32 pm | Court in session Counsel and Defendant present. Jury seated | |
| | CX | | Cross examination of W#29 resumes | |
| | EX 1646 | | IDENTIFICATION - | |
| | | | Witness requests to speak with his counsel re invoking media privilege | |
| | | 3:39 pm | Court off record | |
| | | 3:42 pm | Court back on the record | |
| | CX | | Cross examination of W#29 resumes | |
| | | 4:04 pm | Court admonished the Jury.  Jury excused | |
| | | 4:05 pm | Court in session with Counsel and Defendant outside presence of Jury taking up housekeeping matters | |
| | | | Government addresses the Court re Jenks material.  Court requests that Defense produce all Jenks material. | |

7

| **TRIAL DATE:** November 18, 2021 | | | **REPORTER(S):** Irene Rodriguez | **CLERK**: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:09 pm | Court adjourns | |
| | | | Further Jury Trial scheduled Friday, November 19, 2021 at 8:30 am with Counsel and 9:00 am with Jury | |
| | | | | |