STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | UNITED STATES' MOTION TO EXCLUDE TESTIMONY OF FABRIZIO BONANNI |
| v. | |
| ELIZABETH HOLMES, | Date: November 19, 2021<br>Time: 8:30 a.m.<br>Court: Hon. Edward J. Davila |
| Defendant. | |

The government moves to exclude testimony of defense witness Dr. Fabrizio Bonanni, who joined the Board of Directors of Theranos on or around May 11, 2016. *See* Exhibit 1 (May 11, 2016 Press Release announcing Dr. Bonanni joining Theranos's Board of Directors and other change in leadership roles (attached)). On information and belief, the government anticipates the defense intends to call Dr. Fabrizio Bonanni during its case-in-chief tomorrow (Friday, November 19, 2021). However, the defense has not produced any *Jencks* or Federal Rule of Criminal Procedure 26.2 material with respect to Dr. Bonanni. Based on the limited information the government has available with respect to this witness, the government understands that Dr. Bonanni did not have any connection with Theranos or Defendant Elizabeth Holmes—and thus no relevant information—prior to joining the Board of Directors of Theranos on or around May 11, 2016. *See* Exhibit 1.

The Third Superseding Indictment ("TSI") charges Defendant Holmes with a scheme to defraud investors within the time period 2010 to 2015, and charges associated individual wire fraud counts in late 2013 and 2014. ECF No. 469 (TSI) ¶¶ 11–13, 23–24. The TSI also charges a scheme to defraud paying patients within the time period 2013 to 2016 when Theranos was providing lab testing services to patients through Walgreens retail stores, and charges associated individual wire fraud counts throughout 2015. *Id.* ¶¶ 14–18, 25–26. On or around March 29, 2016, Dr. Das convinced senior management at Theranos to void all patient tests run on its proprietary blood analyzers. 11/09/2021 Hearing Transcript at 5832:3–5835:14; *see also* 11/18/2021 Hearing Transcript at 6856:8–6857:20 (testimony of Dr. Mark Burnes receiving two voided test results for his patient M.E. on March 29, 2016).

Dr. Bonanni joining the Theranos Board of Directors in May 2016 is wholly irrelevant to the allegations in the TSI. The sole purpose of calling Dr. Bonanni would be to support Defendant's theme that her attempts to make corrections *after* her schemes to defraud were uncovered by the public should inform the jury of her intent during the charged periods. Not so. Indeed, any arguments—or related evidence and testimony—that Defendant believed she could make the victims of her fraudulent schemes whole in the long term are barred by the Court's order on the motion *in limine* to exclude such a good faith defense. *See* ECF No. 798 at 88–90. As such, any connection between Dr. Bonanni and the charged offenses in the TSI is speculative at best and, to the extent there is any minimal probative value, cumulative. *See*, *e.g.*, 11/10/2021 Hearing Transcript at 6012:16–6016:12 (testimony of

Dr. Kingshuk Das on cross examination regarding Defendant appearing at AACC and Theranos participating in UCSF study); 10/26/2021 Hearing Transcript at 4828:4–4831:23 (questioning Lisa Peterson about Defendant's presentation at the AACC conference); 10/20/2021 Hearing Transcript at 4263:22–4266:1 (questioning Daniel Edlin regarding Dr. Channing Robertson and whether Theranos created a technology advisory board in December 2016); 09/22/2021 Hearing Transcript at 1646:6–1655:10 (questioning General James Mattis about positive feedback Defendant received in 2016 and Theranos participating in a comparative study with UCSF in late 2017); 09/17/2021 Hearing Transcript at 1117:4–1120:2 (questioning Erika Cheung about a Theranos patent application from 2016 that the witness noted was filed after she left the company); *see also United States v. Alvarez*, 580 F. App'x 571, 573 (9th Cir. 2014) (holding that evidence about the general ability to obtain a fake birth certificate was not relevant to whether the party's certificate was real, any relationship was speculative, and would be barred regardless under a Rule 403 analysis).

The government respectfully requests that the Court exclude testimony of Dr. Fabrizio Bonanni.

DATED: November 18, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

 */s/ Kelly I. Volkar*
JEFFREY B. SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys