UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  USA v. ELIZABETH HOLMES
CASE NUMBER: 18-cr-00258-EJD-1

Minute Order and Trial Log

Date:  11/19/2021
Time in Court: 8:31-9:14am,9:21-9:41,9:43-10:35,11:09-11:32,11:53am-1:37pm,2:10-4:11pm
**(TOTAL time: 6 Hrs. 3 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia, Richard Cleary
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 35)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Monday, November 22, 2021 at 9:00 a.m.

**MOTION:**  The Government makes an oral motion to dismiss Ct. 9 of the Third Superseding Indictment (Dkt. 469 filed 7/28/2020) as to this defendant only.  No objection by defendant.  The Court GRANTS the motion and orders Ct. 9 DISMISSED as to this Defendant.
Please see trial log attached.

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1646,4859,
Defendants: 14271,10592,10691,10684,10685,10692,10686,10689,10687,10690,13781,10693, 10688,14259,13069,10312,7673B,7673C,9819A thru D,7671,7051,9501,15015,15026,12027, 14219,15016,15024,14111,14112,15017,13762,15013

///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4859**
Defendants: **14271,10592,10691 Pgs. 1-3 ONLY,10684,10685,10692,10686,10689,10687, 10688,10312,7051,9501,15015,15026,12027 Pgs. 1&2 ONLY,14219,15016,15024, 14111,14112,15017,13762,15013**

///

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: November 19, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
|  |  | 8:31 am | Court in session Counsel and Defendant are present outside presence of Jury |
|  |  |  | Court hears argument from the parties re the Government's Motion to Exclude Testimony of Fabrizio Bonanni and offer video clips and exhibits with late disclosures (Dkt. 1150 filed 11/18/2021) |
|  |  | 9:14 am | Court takes recess |
|  |  | 9:21 am | Court in session Counsel and Defendant present. Jury seated. |
|  | CX |  | Cross examination of W#29 Roger Parloff resumes by Defense Counsel John Cline |
|  | EX 14271 |  | ADMITTED – Email From: Roger Parloff; To: Elizabeth Holmes; Subject: Update (Dated 5/9/2014) |
|  |  | 9:41 am | Witness requests to speak with his attorney invoking media privilege – off record |
|  |  | 9:43 am | Back on the record |
|  |  |  | Cross examination resumes |
|  | EX 10592 |  | ADMITTED – Email chain – From: Roger Parloff; To: Eric Topol; Subject: Reporter's followup (Dated 5/9 & 5/10/2014) |
|  | EX 1646 |  | IDENTIFICATION - |

3

| TRIAL DATE: November 19, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 9:57 am | Cross examination concludes | |
| RDX |  | 9:58 am | Re-direct of W#29 Roger Parloff begins by Government Counsel John Bostic | |
|  |  |  | Transcripts of the audio recordings played yesterday be appending to the record but are NOT evidence in the case upon agreement of the parties, so ordered by the Court | |
|  |  | 10:01 am | W#29 excused | |
| EX 4859 |  |  | ADMITTED – Project Statement Income (Previously conditionally admitted on 9/14/2021) | |
|  |  |  | **Government moves to DISMISS Ct. 9 of the Third Superseding Indictment as to this defendant.  The Court GRANTS the oral motion and Ct. 9 is ordered DISMISSED** | |
|  |  | 10:03 am | Government rests its case and chief | |
|  |  | 10:03 am | Defense has motions to address with the court outside the presence of the Jury | |
|  |  | 10:03 am | Jury excused | |
|  |  | 10:04 am | Court in session with Counsel and Defendant outside the presence of the Jury hearing Defendant's Motion for Judgment of Acquittal – Rule 29 | |
|  |  |  | Defense makes oral motions to strike under Rule 403 and confrontation cause re CMS evidence – Exhibit 4621 redacted – 4621A&B – Defense moves to strike the CMS Report and some testimony of Dr. Das. Court hears the governments oral opposition to the motion. | |
|  |  |  | Defense makes oral motion to strike testimony of patient Erin Tompkins re HIV test results. Court hears the governments oral opposition to the motion. | |
|  |  |  | Defense has made their Rule 29 motion.  The Court takes notice of the motion and for purposes of preserving the record reserves ruling on the motion at this time | |

4

| TRIAL DATE: November 19, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 10:35 am | Court takes recess 30 mins |
| | | 11:09 am | Court in session Counsel and Defendant present outside the presence of the Jury |
| | | | Government states objections to evidence/exhibits to be presented |
| | | | Court address Counsel re issuance of the Order re Intervenor's Media Coalition motion to release jurors' questionnaires |
| | | 11:32 am | Court takes recess |
| | | 11:53 am | Court in session Counsel and Defendant present. Jury seated |
| | | 11:54 am | Defense case in chief begins |
| | | | Defense calls first witness |
| | | 11:55 am | W#30 Trent Middleton – Sworn |
| | DX | | Direct examination of W#30 Trent Middleton (Summary Witness per 1006) begins by Defense Counsel Katherine Trefz |
| | EX 10691 | | ADMITTED – List of US Patents (Pg. 1 – 3 ONLY as designated by Court) |
| | EX 10684 | | ADMITTED – Demonstrative of US Issued Patents and Graph reflecting year by year issued patents (2 pgs.) |
| | EX 10685 | | ADMITTED – Demonstrative of Customer Receipts 1/17/11-1/12/14 and Option Stock Proceeds - 2013 |
| | EX 10692 | | ADMITTED - |
| | EX 10686 | | ADMITTED – Demonstrative Entities that Invested in Theranos |
| | EX 10689 | | ADMITTED – Demonstrative Theranos Test Menu Number, Chart of Test Menu Price |

| TRIAL DATE: November 19, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 10687 | | ADMITTED – Demonstrative Customer Test Results Summary Dr. Asin (1st pg. ONLY)  Government objection to admission – The Court admitted 1st pg. ONLY | |
| | EX 10690 | | IDENTIFICATION - | |
| | EX 13781 | | IDENTIFICATION - | |
| | EX 10693 | | IDENTIFICATION - | |
| | EX 10688 | | ADMITTED – Demonstrative SWCWC – Post August 2015 | |
| | EX 14259 | | IDENTIFICATION – Government Objection to admission – Court sustained objection | |
| | EX 13069 | | IDENTIFICATION Government Objection to admission – Court sustained objection | |
| | | 12:49 pm | Direct examination concludes | |
| CX | | 12:49 pm | Cross examination of W#30 Trent Middleton begins by Government Counsel Robert Leach | |
| | | 1:09 pm | Cross examination concludes | |
| | | | Defense calls next witness | |
| | | 1:10 pm | W#31 Fabrizio Bonanni - Sworn | |
| | DX | | Direct examination of W#31 Fabrizio Bonanni begins by Defense Counsel Katherine Trefz | |
| | EX 10312 | | ADMITTED – Curriculum Vitae of Fabrizio Bonanni | |
| | EX 7673B | | DEMONSTRATIVE – NOT ADMITTED | |

| TRIAL DATE: November 19, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 7673C |  | DEMONSTRATIVE – NOT ADMITTED | |
|  | EX 9819A-D |  | DEMONSTRATIVE – NOT ADMITTED - Audio Clips | |
|  |  | 1:37 pm | Court takes recess | |
|  |  | 2:10 pm | Court in session Counsel and Defendant present. Jury seated. | |
|  | DX |  | Direct examination of W#31 resumes | |
|  | EX 9819A |  | Video clip played | |
|  | EX 9819B |  | Video clip played | |
|  | EX 9819C |  | Video clip played | |
|  | EX 9819D |  | Video clip played | |
|  | EX 7671 |  | IDENTIFICATION - | |
|  |  | 2:47 pm | Direct examination of W#31 concludes | |
| CX |  | 2:48 pm | Cross examination of W#31 Fabrizio Bonanni begins by Government Counsel Jeffrey Schenk | |
|  |  | 3:00 pm | Cross examination concludes | |
|  | RDX | 3:00 pm | Re-direct examination of W#31 begins | |
|  |  | 3:02 pm | W#31 excused | |
|  |  |  | Defense calls next witness | |

7

| TRIAL DATE: November 19, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
| --- | --- | --- | --- | --- |
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | W#32 Elizabeth Holmes – Sworn | |
| | DX | | Direct examination of W#32 Elizabeth Holmes begins by Defense Counsel Kevin Downey | |
| | EX 7051 | | ADMITTED – Medica Device for Real-Time Diagnosis and Drug Delivery | |
| | EX 9501 | | ADMITTED – Patent for Medical Device for Analyte Monitoring and Drug Delivery | |
| | EX 15015 | | ADMITTED – Email From: Edison Liu; To: Tow Chong; Subject: Elizabeth Holmes (Dated 8/23/2004) | |
| | EX 15026 | | ADMITTED – Photo of Phototype Device | |
| | EX 12027 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Chris Lucas; Subject: Financials Pg.1 and 2 ONLY (Dated 1/26/2006) | |
| | EX 14219 | | IDENTIFICATION - | |
| | EX 15016 | | ADMITTED – Email: Elizabeth Holmes; To: David Lester, Pete Thomas; Subject: Introduction (Dated 12/23/2005) | |
| | EX 15024 | | ADMITTED – Photo of Theranos Series 1.0 Device with cartridge | |
| | EX 14111 | | ADMITTED - | |
| | EX 14112 | | ADMITTED - | |
| | EX 15017 | | ADMITTED – Email From: John Howard; To: Elizabeth Holmes; Subject: Novartis (Dated 11/17/2006) | |
| | EX 13762 | | ADMITTED – Email From: Elizabeth Holmes; To: All Theranos Employees; Subject: Novartis demo (Dated 11/19/2006) | |

| TRIAL DATE: November 19, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | EX 15013 | | ADMITTED – Email From: Elizabeth Holmes; To: Bob Grady; Subject: Theranos (Dated 7/31/2006) | |
| | | 4:01 pm | Direct examination paused for the day. W#32 steps down from witness stand | |
| | | 4:01 pm | Court addresses the Jury re the Media Coalition Motion (Dkt. 1026) for disclosure of juror questionnaires and informed jurors of the Court's ruling of granting in part and denying in part. The Court finds it appropriate to maintain the completed juror questionnaires under seal for the remainder of the trial. After the jury renders a verdict and the Court has released the jurors from service, the Court will partially unseal the questionnaires with limited redactions. | |
| | | 4:05 pm | Court admonishes the Jury. Jury excused for the day. | |
| | | 4:06 pm | Court in session with Counsel and Defendant outside the presence of the Jury | |
| | | | Government informs the Court of the defense real time production of exhibits re witness testimony | |
| | | 4:11 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Monday, November 22, 2021 at 9:00 a.m. | |
| | | | | |