UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order and Trial Log

Date:  11/22/2021
Time in Court: 8:20-8:39am, 9:08-10:28, 10:42-11:45am, 12:15pm-1:08pm
**(TOTAL time: 3 Hrs. 35 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 36)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for Tuesday, November 23, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 195, 3241
Defendants: 15010, 15011, 7161, 15022, 12065, 15002, 7742, 15040, 15045, 15044, 15041, 15047, 15039, 15023, 7087, 7096, 7098

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **195, 3241**
Defendants: **15010, 15011, 7161, 15022, 12065, 15002, 7742, 15040, 15045, 15044, 15041, 15047, 15039, 15023, 7087, 7096, 7098**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 22, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 8:15 am | Court in chambers with Counsel off the record |
|  |  | 8:20 – 8:39 am | Court and Counsel in chambers for in-camera proceeding – the Court ordered this portion of the transcript SEALED |
|  |  | 9:08 – 10:28 am | Court and Counsel in chambers for in-camera proceeding – the Court ordered this portion of the transcript SEALED |
|  |  | 10:42 am | Court in session Counsel and Defendant present. Jury seated |
|  | DX | 10:43 am | Direct examination of W#32 resumes by Defense Counsel Kevin Downey |
|  | EX 15010 |  | ADMITTED – Photo of Tecan Device |
|  | EX 15011 |  | ADMITTED – Photo of Theranos 3.0 Device |
|  | EX 7161 |  | ADMITTED – Email From: Tony Nugent; To: Elizabeth Holmes; Subject: here is the actual abstract and citation so you don't have to dig around w/attachment (Dated 3/112015) |
|  | EX 15022 |  | ADMITTED – Email From: Ian Gibbs; To: Elizabeth Holmes; Subject: Theranos Disease & Therapy Monitoring System w/attachment (Dated 6/8/2008) |
|  | EX 12065 |  | ADMITTED – Email From: Ian Gibbs; To: Elizabeth Holmes; Subject: Report on Theranos Clinical Study w/attachment (Dated 7/2/2008) |

| **TRIAL DATE:** November 22, 2021 | | **REPORTER(S):** Irene Rodriguez | | **CLERK:** Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 15002 | | ADMITTED – Hematology Report 2014; Vol. 6:5466 Article | |
| | EX 7742 | | ADMITTED - Email chain – From: Stefan Hristu; To: Elizabeth Holmes; Subject: Theranos Studies Complete to Date w/attachment (Dated 2/24/2009) | |
| | EX 15040 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Ivan Bottoli; Subject: apologies!! w/attachment Theranos Novartis Study Inflammation Report (Dated 7/4/2008) | |
| | EX 195 | | ADMITTED – Email chain – From: Alastair Greystoke; To: Stefan Hristu, Elizabeth Holmes: Subject: Astrazeneca , Marsden Collaboration day<br>Government objection to admission of exhibit. The Court admitted the exhibit with a limiting instruction admitted not for the truth of the matter, only to the state of mind as to knowledge | |
| | EX 3241 | | ADMITTED – Email chain – From: Stanley Belkowski; To: Elizabeth Holmes; Subject: Theranos in a presentation (Dated 10/14/2011) | |
| | | 11:45 am | Court takes recess 25 mins | |
| | | 12:15 pm | Court in session Counsel and Defendant present. Jury seated. | |
| | DX | | Direct examination of W#32 resumes | |
| | EX 15045 | | ADMITTED – Email From: Carolyn Balkenhol; To: Elizabeth Holmes; Subject: Please call me before your Merk call …<br>Government objection to admission of exhibit. The Court admitted the exhibit with a limiting instruction admitted not for the truth of the matter, only to the state of mind as to knowledge | |
| | EX 15044 | | ADMITTED – Email chain – From: Susan Digiamo; To: Elizabeth Holmes; Subject: Next Steps/Action Items (Dated 11/24/2008)<br>Government requests the email address (Hotmail) be unredacted – Court grants request to show the email address | |
| | EX 15041 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: David Lester, Craig Lipset; Subject: Momentum – IL 6 (Dated 8/26/2009) | |

| TRIAL DATE: November 22, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 15047 | | ADMITTED – Email chain – From: Hakan Sakul; To: Elizabeth Holmes; Subject: Following up on your technology (Dated: 10/29/2013) | |
| | EX 15039 | | ADMITTED – Email chain – From: Craig Lipset; To: Elizabeth Holmes; Subject: Touching base; opportunities (Dated 2/20/2015) Government objection to admission of exhibit. The Court admitted the exhibit with a limiting instruction admitted not for the truth of the matter, only to the state of mind as to knowledge | |
| | EX 15023 | | ADMITTED – Email chain – From: Gary Frenzel; To: Elizabeth Holmes; Subject: ya done good today! (Dated 2/15/2008) | |
| | EX 7087 | | ADMITTED – Email chain – From: Channing Robertson; To: Elizabeth Holmes: Subject: Meeting (Dated 10/27/2009) | |
| | EX 7096 | | ADMITTED – Email chain – From Ian Gibbons; To: Elizabeth Holmes; Subject: New technology to expand our system capability (Dated 1/20/2010) | |
| | EX 7098 | | ADMITTED – Email From: Ian Gibbons; To: Sunny Balwani, Elizabeth Holmes; Subject: Systems 4.0 PPT (Dated 2/18/2010) | |
| | | 1:00 pm | Court admonishes Jury. Jury excused for the day | |
| | | 1:05 pm | Government states objection to late production of exhibits/evidence Nos. 15023, 15039, 15041, 15044, 15045 from the defense. The Court hears from the Parties and gives instruction re production | |
| | | 1:08 pm | Court adjourns | |
| | | | Further Jury Trial scheduled for Tuesday, November 23, 2021 at 9:00 a.m. | |

4