UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date: 11/23/2021
Time in Court: 9:02-10:55am,11:37am-1:35pm,2:10-4:02pm
**(TOTAL time: 5 Hrs. 43 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 37)**

Further Jury Trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Monday, November 29, 2021 at 10:00-10:30 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 1095,1177,4005,1172 to replace 1172A
Defendants: 7100,15004,15046,15048,7109,7117,14018,7230,9649,7222,7239,7315,15000, 12310,7286, 7272,7120,7137,7264,7314,13780,7755,15030,15028,7380,15029,10682,7751, 7755,10539,7174,7250,15032,15031,15033,12251

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1095,1177,4005,1172**
Defendants: **7100,15004,15046,15048,7109,7117,14018,7230,9649,7222,7239,7315,15000, 12310,7286,7272,7120,7137,7264,7314,13780,15030,15028,15029,10682,7751, 7755,10539,7174,7250,15032,15031,15033**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 23, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:02 am | Court in session Counsel and Defendant present. Jury seated. | |
| | DX | | Direct examination of W#32 Elizabeth Holmes resumes by Defense Counsel Kevin Downey | |
| | EX 7100 | | ADMITTED – Email chain – From: Ian Gibbons; To: Elizabeth Holmes; Subject: System 4.0 PPT (Dated 2/22/2010) | |
| | EX 15004 | | ADMITTED – Email chain – From: Ian Gibbons; To: Elizabeth Holmes; Subject: GSK | |
| | EX 15046 | | ADMITTED – Email From: Elizabeth Holmes; To: Sunny Balwani; Subject: None w/ attachment Presentation for Board of Directors Meeting on 12/7/2010 (Dated 12/7/2010) | |
| | EX 15048 | | ADMITTED – Email chain – From: Christian Holmes; To: Morten Sogaard; Subject: Meeting at JPM-Theranose-Pfizer (Dated 1/9/2014) | |
| | EX 7109 | | ADMITTED – Email From: Elizabeth Holmes; To: Ian Gibbons; Subject: Assay integrity.GSK.ppt w/attachment (Dated 6/1/2010) | |
| | EX 7117 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Greg Kunstman et al., Subject: Update MPA (Dated 7/20/2010) | |
| | EX 14018 | | ADMITTED – Facility Participation Agreement between Theranos and UnitedHealthcare Insurance Company – Signed 1/26/2013 | |
| | EX 7230 | | ADMITTED – Email Chain: From: Daniel Young; To: Elizabeth Holmes; Subject: Follow up on data for CMS (Dated 2/16/2012) | |

| TRIAL DATE: November 23, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | EX 9649 | | ADMITTED - US Patent – Method for Improving Assays of Biological Samples (Date of Patent 9/24/2019) | |
| | EX 7222 | | ADMITTED - Email chain – From: Daniel Young; To: Elizabeth Holmes; Subject: Colorimetry assay time breakdowns (Dated 1/3/2012) w/attachment | |
| | EX 7239 | | ADMITTED - Email From: Chinmay Pangakar; To: Elizabeth Holmes; Subject: Cytometry assay development reports (Dated 6/21/2012) | |
| | EX 7315 | | ADMITTED - Email From: Pranav Patel; To: Elizabeth Holmes; Subject: Assay status as of 8/20/2013 (Dated 8/20/2013) | |
| | EX 15000 | | ADMITTED - Email From: Elizabeth Holmes; To: Daniel Young; Subject: None – Content of email related to templates for reports and PPTS (Dated 10/17/2012) | |
| | EX 12310 | | ADMITTED – Email From: Samartha Anekal; To: Elizabeth Holmes; Subject: R&D device build/bring-up status (Dated 12/15/2012) | |
| | EX 7286 | | ADMITTED – Email chain – From: Daniel Young; To: Sunny Balwani; cc: Elizabeth Holmes; Subject: assays for fda filing (Dated 4/21/2013) | |
| | EX 7272 | | ADMITTED – Email chain – From: Tim Kemp; To: Sunny Balwani; Subject: Possible minilab clusters in 3200 (Dated 1/21/2013) | |
| | | 10:55 am | Court takes recess 30 mins | |
| | | 11:37 am | Court in session Counsel and Defendant present. Jury seated | |
| | DX | | Direct examination of W#32 resumes | |
| | EX 7120 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Young; Subject: Test Lists (Dated 8/2/2010) | |
| | EX 7137 | | ADMITTED – Email chain – From: Daniel Young; To: Elizabeth Holmes; Subject: Test list for WAG (Dated 11/2/2010) | |
| | EX 7264 | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Young; Subject: None – Content of email relates to next device shipment planned | |

| TRIAL DATE: November 23, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | EX 7314 | | ADMITTED – Email From: Daniel Young; To: Elizabeth Holmes; Subject: Test launch list w/attachment (Dated 8/19/2013) |
| | EX 13780 | | ADMITTED – Email chain – From: Mona Ramamurthy; To: Elizabeth Holmes; Subject: Resignation (Dated 9/5/2013) |
| | EX 7755 | | IDENTIFICATION - |
| | EX 15030 | | ADMITTED – Email Fromo: Elizabeth Holmes; To: Sally Hojvat; Subject: Theranos Pre-Submission w/attachment (Dated 9/18/2013) |
| | EX 15028 | | Elizabeth Holmes Ltr to S. Hojvat Re: Pre-Sub for 510(k) (Dated 11/30/2012) |
| | EX 7380 | | ADMITTED - Email From: Sally Hojvat; To: Elizabeth Holmes; Subject: December PreSub from Theranos w/attachment (Dated 12/27/2013) |
| | EX 1095 | | ADMITTED – Email From: Elizabeth Holmes; To: Sally Hojvat; Subject: FDA Informational Meeting Request (Dated 9/6/2013) |
| | EX 1177 | | ADMITTED – Email From: Elizabeth Holmes; To: Sally Hojvat; Subject: None w/attachment Theranos Workflow Diagrams FDA – Slides (Dated 10/17/2013) |
| | EX 15029 | | ADMITTED – Email From: Elizabeth Holmes; To: Sally Hojvat; Subject: None – Content relates to Assay Testing Summary in CLIA Lab w/attachment (10/23/2018) |
| | EX 4005 | | ADMITTED – Theranos, Inc. Minutes of a Meeting on the Board of Directors (Dated 10/8/2013) |
| | EX 1172 | | ADMITTED – Slide Deck re 10/8/2013 Theranos Board Meeting **[This exhibit replaces 1172A]** |
| | | 1:35 pm | Court takes recess 30 mins. |
| | | 2:10 pm | Court in session Counsel and Defendant present. Jury seated |

4

| TRIAL DATE: November 23, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  | EX 7751 |  | ADMITTED – Theranos Presentation: Overview of Sample Processing Workflow, prepared for FDA: Phase I and Phase II of Theranos Business Operations (Dated 10/12/2013) | |
|  | EX 10682 |  | ADMITTED – Theranos Action by Unanimous Written Consent of the Board of Directors | |
|  | EX 7755 |  | ADMITTED – TBWA/CHIAT/DAY Presentation: Changing the World – Scope, Team & Remuneration Recommendation (Dated 9/12/2011) | |
|  | EX 10539 |  | ADMITTED – Email chain – From: Sunny Balwani; To: Brad Wolfsen; Subject: Updated Projections for Blackhawk network (Dated 5/11/2010) | |
|  | EX 7174 |  | ADMITTED – Email From: Steve Burd; To: Elizabeth Holmes; Subject: Mini-Lab Design w/attachment (Dated 5/24/2011) | |
|  | EX 7250 |  | ADMITTED – Email From: Elizabeth Holmes; To: Steve Burd; Subject: Poor lab service (Dated 9/12/2012) | |
|  | EX 15032 |  | ADMITTED – Theranos, Inc. Board of Director Meeting Material (Dated 7/15/2014) | |
|  | EX 15031 |  | ADMITTED – Email From: Sunny Balwani; To: Elizabeth Holmes; Subject: Emailing Theranos US 2014-2015 w/attachment (Dated 7/15/2014) | |
|  | EX 15033 |  | ADMITTED – Theranos, Inc. Board of Director Meeting Material (Dated 10/21/2014) | |
|  | EX 12251 |  | IDENTIFICATION - | |
|  |  | 3:56 pm | Court admonishes the Jury. Jury excused and to return on 11/29/2021 | |
|  |  | 4:00 pm | Defense counsel informs the Court that motion will be filed re exhibits | |
|  |  | 4:02 pm | Court adjourns | |
|  |  |  | Further Jury Trial scheduled for Monday, November 29, 2021 at 10-10:30 am | |

| **TRIAL DATE:**<br>November 23, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  |  |  | |