JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | |
| v. | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI** |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO
ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Admit Prior Testimony of Ramesh "Sunny" Balwani. I attest to the following facts upon which the Motion relies.

2. Attached to this declaration are 11 exhibits. The contents of the exhibits are as follows:

   a. Exhibit A is a true and correct copy of excerpts of the August 9, 2017 United States Securities and Exchange Commission ("SEC") deposition of Mr. Balwani.

   b. Exhibit B is a true and correct copy of excerpts of the August 10, 2017 SEC deposition of Mr. Balwani.

   c. Exhibit C is a true and correct copy of excerpts of the September 7, 2017 SEC deposition of Mr. Balwani.

   d. Exhibit D is a true and correct copy of excerpts of the October 11, 2019 SEC deposition of Mr. Balwani.

   e. Exhibit E is a true and correct copy of a November 23, 2015 subpoena issued by the SEC to Theranos, Inc.

   f. Exhibit F is a true and correct copy of a December 8, 2015 subpoena issued by the SEC to Theranos, Inc.

   g. Exhibit G is a true and correct copy of a February 16, 2016 subpoena issued by the SEC to Theranos, Inc.

   h. Exhibit H is a true and correct copy of a May 27, 2016 subpoena issued by the SEC to Theranos, Inc.

   i. Exhibit I is a true and correct copy of a January 11, 2016 subpoena issued by a grand jury to Theranos, Inc.

   j. Exhibit J is a true and correct copy of a November 30, 2016 subpoena issued by a grand jury to Theranos, Inc.

   k. Exhibit K is a true and correct copy of a September 6, 2017 subpoena issued by a

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

1

1  grand jury to Theranos, Inc.

2  I declare under penalty of perjury under the laws of the United States that the foregoing is true
3  and correct to the best of my knowledge.

4  Executed this 24th day of November 2021 in Rockville Centre, NY.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

28 DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

2