# Exhibit A

RECEIVED

AUG 1 6 2017

SEC San Francisco

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

COPY

In the Matter of:           )
                            ) File No. SF-04030-A
THERANOS, INC.              )

WITNESS:  Ramesh "Sunny" Balwani
PAGES:    1 through 394
PLACE:    Securities and Exchange Commission
          44 Montgomery Street
          Suite 2800
          San Francisco, CA
DATE:     Wednesday, August 9, 2017

The above-entitled matter came on for hearing, pursuant to notice, at 9:03 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY          SBCOLMAN002480_Jigsaw

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4   Q   And so you -- you mentioned that over time,
5   sort of your responsibilities grew. Can you -- can you
6   briefly explain how that --
7   A   Yeah.
8   Q   -- what got added to your portfolio?
9   A   Sure. So after I was doing this project, we
10  started also spending -- I started spending more time
11  on the hardware side to understand the supply chain,
12  you know. Because the machine had a CPU and a
13  motherboard, I wanted to see what are the decisions
14  being made there. By "machine," I mean the TSPU, sorry,
15  3.0.
16          So I spent a lot of time on hardware and
17  learned how the hardware works, the supply chain for
18  the hardware, supply chain for the reagents. I learned
19  that there are many, many chemistries for which there's
20  just one supplier, some guy in Ireland who found a way
21  to grow some antibodies using his sheep. Seriously.
22  And -- and then you need to secure the supply chain.
23  Right?
24          So I spent -- I learned that part of the
25  business. And then 2010 March, February time frame, I

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002525_Jigsaw

Page 47

```
 1  was also spending time on the road, me and Elizabeth
 2  Holmes, meeting with the retail pharmacy businesses,
 3  and as that evolved, I took the leadership role there
 4  in negotiations and contracts.  So -- and then after
 5  that -- I mean, I can -- there was a lot of other
 6  things that happened after that.
 7       Q    Sure.  I guess by "retail pharmacies," do you
 8  mean Walgreens --
 9       A    Walgreens.
10       Q    -- primarily?
11       A    Yes.
12       Q    What about the Safeway?
13       A    Yes.  Yeah.  Same thing on Safeway.  I
14  spent -- I, you know, spent time with Safeway.  Even
15  though initially, I would say, the first year, year and
16  a half, Elizabeth spent a lot more time on Safeway
17  because she had developed a close relationship with
18  Steve Burd, the CEO of Safeway at that time.  He was
19  obsessed with this project, with Theranos' project,
20  building a lab inside Safeway.
21            His reason was that Safeway one day is going
22  to be a healthcare company, not a grocery.  Because he
23  saw that giant in Seattle, Amazon, entering this space,
24  so he said, "We've got to be in the healthcare
25  business." And he was very clear that Safeway wants to
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002526_Jigsaw

Page 48

```
 1  be a healthcare company, and a diagnostics lab testing
 2  has to be a key part of that.
 3          So she spent a lot of time on Safeway
 4  initially, but ultimately, I took that over also.
 5      Q   Do you -- I mean, I guess -- so would you say
 6  you took over responsibility for the Safeway
 7  relationship more so after Mr. Burd left --
 8      A   Yeah.
 9      Q   -- Safeway?
10      A   Yes.  Pretty much right after that.
11      Q   And Walgreens, was it sort of similar, both
12  you and Ms. Holmes were involved in the start and then
13  you took more of a lead after --
14      A   Yes, it was similar.  However, in Walgreens'
15  case, I was deep into Walgreens from the start.  So
16  unlike Safeway where she was spending more time at
17  Safeway, with Walgreens, I was spending at least as
18  much time as her on Walgreens from the start.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY            SBCOLMAN002527_Jigsaw

Page 50

```
 2        Q    What were your responsibilities with respect
 3   to the company's financials when you -- early on in
 4   that president and COO role?
 5        A    At that time we had a controller in the
 6   company.  Her name was Danise Yam.  So she was in
 7   charge of all the financials.  Initially, I didn't
 8   spend any time on financials.  There was too much to do
 9   and there's not much finance -- finances.  I had loaned
10   the -- the money to the company, so I knew about the
11   finances.
12             So I didn't spend too much time there.  Even
13   over time, I would -- I used to get updates from Yam
14   about what's the cash position?  I mean, that's kind of
15   where my eyes were, how much cash we had.  But I didn't
16   spend much time in financials until then.
17             Around 2010 when we started engaging with the
18   retail pharmacies, Safeway and Walgreens, I started
19   building a financial model with the help initially from
20   Safeway and Walgreens that I owned and -- until I left
21   the company.
22        Q    By saying you owned, you mean you were the
23   person responsible for the company's financial
24   projections as you just described?
25        A    Financial model.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                          SBCOLMAN002529_Jigsaw

```
                                                              Page 51
 1       Q    Financial model.
 2       A    Yes.
 3       Q    And I -- what was the distinction in your --
 4  in your mind?
 5       A    Well, I can tell you what I thought about the
 6  financial model.  It was a planning tool that I was
 7  using to see the potential of the business.  And also,
 8  it was -- it was basically a spreadsheet, Excel
 9  spreadsheet literally, and that included a lot of the
10  learnings that I was doing from -- about the industry.
11  You know, how many patients typically come at Quest
12  Diagnostics.  That's another lab company in the field.
13  Or LabCorp, what's going to be the R&D burn expenses,
14  and how many patients you can get in a ceratin
15  location, how many sites you can have.
16            So as those assumptions came in, I would just
17  put all those data into this model and see how it
18  changes the model over time.  So I was using this as a
19  planning tool, and some of the tabs in the model would
20  spit out as the end result of, you know, changing any
21  assumptions in the model.
22       Q    When you started with the company in that
23  sort of early, you know, say, 2010 to 2012 time period,
24  did you share financial documents with the board at all
25  or --
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                SBCOLMAN002530_Jigsaw

```
1       A    I mean, I -- I think 2010 to '12, we would
2   show the balance sheet and -- but it was part of the
3   model. So I would often show the model to the board
4   pretty much almost every board meeting just to show
5   them how it is evolving.  And so that was always almost
6   every part of a board meeting.  So I would say yes.
```

Page 97

2	BY MR. KOLHATKAR:
3	Q	So you mentioned, I guess, the -- the -- sort
4	of the -- the throughput issue.  Did -- did you
5	supervise Theranos's CLIA lab?
6	A	Well, there are lab directors.  There are
7	legal requirements on the word "supervision."  So the
8	lab directors are responsible for all the medical
9	decision stuff.  So I cannot make any medical decisions
10	in the CLIA lab.  However, all labs report ultimately
11	to business, so -- not all, but most, I should say.
12	Independent labs for sure.
13		And so there's recruiting to be done in the
14	lab, decisions to be made on how to negotiate contract
15	with the vendors, scheduling employees because overtime
16	is a big issue in the lab.  Because of how the machines
17	work, you have to design the employee schedules around
18	machines.
19		So all of that came to me -- reported to me,
20	but there were other people managing it, but they did
21	report under me.

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002576_Jigsaw

Page 226

```
13      Q    Did you ever discuss the null protocol with
14  Ms. Holmes?
15      A    No.  This is a deep software concept.  And I
16  don't think most in the company besides the programmers
17  or the people who are working on it would refer to it
18  as null protocol.  Everybody --
19      Q    But --
20      A    Sorry.
21      Q    Please.
22      A    Everybody else would probably call it the
23  demo app or "I'm not going to run the test.  I will
24  only demo the app device," something more user
25  friendly.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN002705_Jigsaw