# Exhibit C

RECEIVED

SEP 12 2017

SEC San Francisco

Page 769

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )
THERANOS, INC.               )   File No. SF-04030-A

WITNESS:  Ramesh "Sunny" Balwani
PAGES:    769 through 957
PLACE:    44 Montgomery Street, Suite 2800
          San Francisco, California
DATE:     Thursday, September 7, 2017

   The above-entitled matter came on for hearing, pursuant to notice, at 12:28 p.m.



COPY

Diversified Reporting Services, Inc.
(202) 467-9200

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN003246_Jigsaw

Page 811

[redacted]

```
 9      Q    I also want to clarify a couple of points in
10   your understanding of -- of CLIA's -- of Theranos's CLIA
11   lab operations.
12      A    Okay.
13      Q    Who at Theranos made the determination of what
14   device to use for patient testing in the CLIA lab?
15      A    It's evolved over time.  Initially in 2010,
16   2011 -- it was, I think -- I was not involved.  It was
17   the lab.  We had one lab director with three or four
18   individuals.  They did some research on what to pick,
19   what to use.  And they had picked the original devices.
20           And then after 2011, from a product dev
21   perspective, I got involved, understand how the, you
22   know, other companies use it.  And then I started
23   playing more and more active role.
24           But even there my participation was from a
25   business perspective.  The technical decisions were
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                    SBCOLMAN003288_Jigsaw

```
                                                         Page 812
 1    being made by the CLIA lab directors and the scientists
 2    and engineers in the company.
 3         Q    So, you know, just using a hypothetical of a
 4    test that can be run on any of the three models --
 5         A    Sure.
 6         Q    -- you know, the TSPU, the modified or the
 7    unmodified, who would have the final say about which
 8    machine Theranos should use to test CLIA samples in the
 9    lab?
10         A    Well, the final say is always the lab director.
11    So lab director, if they don't sign up, that's the end
12    of it.
13         Q    Okay.
14         A    But --
15         Q    Was that true throughout your time at Theranos?
16         A    Yes.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYE'S ONLY                SBCOLMAN003289_Jigsaw