# Exhibit D

```
                UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
                     SAN JOSE DIVISION

SECURITIES AND EXCHANGE   )
COMMISSION,               )
                          )
        Plaintiff,        )
                          )
     vs.                  ) Case No. 5:18-cv-01603-EJD
                          )
RAMESH "SUNNY" BALWANI,   )
                          )
        Defendant.        )
_____)



               VIDEOTAPED DEPOSITION OF
                RAMESH "SUNNY" BALWANI
                 Friday, October 11, 2019








Stenographically Reported By:
KATHRYN S. SWANK, Certified Shorthand Reporter
License No. 13061, RPR
JOB No. 191011CRT
```

Page 1

```
                    APPEARANCES
FOR THE PLAINTIFF:
    SECURITIES AND EXCHANGE COMMISSION
    BY: MARC D. KATZ,
        ANDREW J. HEFTY
        SUSAN LaMARCA
        ATTORNEYS AT LAW
    44 Montgomery Street, Suite 2800
    San Francisco, California 94104
    (415) 705-8121
    katzma@sec.gov

FOR THE DEFENDANT:

    ORRICK, HERRINGTON & SUTCLIFFE LLP
    BY: JEFFREY B. COOPERSMITH,
        ATTORNEY AT LAW
    701 5th Avenue, Suite 5600
    Seattle, Washington 98104
    (206) 839-4339
    Coopersmith@orrick.com

THE VIDEOGRAPHER:
    GRADILLAS COURT REPORTERS
    BY: MARCUS MAJERS, VIDEOGRAPHER
    (424) 239-2800
```

Page 2

```
                INDEX OF EXAMINATIONS
EXAMINATION                           PAGE
Mr. Katz                                6
                   ---o0o---
                  EXHIBIT INDEX
             (EXHIBITS BOUND SEPARATELY)
EXHIBIT NO.       DESCRIPTION         PAGE
Exhibit 1    Notice of Deposition of     5
             Defendant Ramesh "Sunny" Balwani

Exhibit 2    Ramesh Balwani's Amended    15
             Supplemental Objections and
             Responses to SEC's First Set of
             Interrogatories
Exhibit 3    E-mail dated December 22nd, 2013,  32
             from Pat Mendenhall to David
             Harris
Exhibit 4    E-mail dated January 17th, 2014,   58
             from Ramesh Balwani to Brian
             Grossman
Exhibit 5    "Theranos" slide deck       58
Exhibit 5A   Enlarged shelf blade        68
Exhibit 5B   Enlarged shelf blade        72
Exhibit 6    E-mail dated October 13, 2014,  96
             from Sunny Balwani to John Dills,
             Genevieve Hovde, Jim Berry, and
             cc'ing Byron Trott, Elizabeth
             Holmes, and Rob Verigan
Exhibit 7    "Theranos Confidential Overview" 131
             slide deck

Exhibit 8    E-mail dated October 24, 2014,  149
             from Sunny Balwani to Scott
             Earthy, cc'ing Alan Dachs and
             Elizabeth Holmes
```

Page 3

```
               EXHIBIT INDEX CONTINUED
EXHIBIT NO.       DESCRIPTION         PAGE
Exhibit 9    "Theranos Confidential       170
             Overview" slide deck

Exhibit 10   "Theranos Confidential, Summary  176
             Capitalization" spreadsheet
Exhibit 11   Text messages                191
                   ---o0o---
```

Page 4

**Page 5**

1  BE IT REMEMBERED that on Friday, October 11,
2  2019, commencing at the hour of 9:04 a.m., thereof,
3  at Securities and Exchange Commission, 44 Montgomery
4  Street, Suite 2800, San Francisco, California,
5  before me, Kathryn S. Swank, a Certified Shorthand
6  Reporter in the State of California, empowered to
7  administer oaths, there personally appeared
8       RAMESH "SUNNY" BALWANI,
9  called as a witness, who was examined and
10 interrogated as hereinafter set forth.
11            ---o0o---
12      (Exhibit 1 was marked for
13      identification.)
14            ---o0o---
15      THE VIDEOGRAPHER:  Good morning.  Here
16 begins volume number 1 in the deposition of Ramesh
17 Sunny Balwani, in the matter of Securities and
18 Exchange Commission versus Ramesh Sunny Balwani, in
19 the United States District Court, Northern District
20 of California, San Jose Division.  The case number
21 is 5:18-cv-01603-EJD.
22      Today's date is October 11th, 2019.  The
23 time on the video monitor is 9:05 a.m.  My name is
24 Marcus Majers, the video operator today, contracted
25 by Gradillas Court Reporters.

**Page 6**

1      This video deposition is taking place at
2  44 Montgomery Street, Suite 2800, San Francisco,
3  California.
4      The court reporter today is Kathy Swank of
5  Gradillas Court Reporters.
6      Will all counsel present please identify
7  themselves and state whom they represent.
8      MR. KATZ:  Good morning.  Marc Katz for the
9  plaintiff, Securities and Exchange Commission.
10     MR. HEFTY:  Andrew Hefty for the Securities
11 and Exchange Commission.
12     MS. LaMARCA:  Susan LaMarca with the SEC.
13     MR. COOPERSMITH:  Jeff Coopersmith,
14 representing Mr. Balwani.
15     THE VIDEOGRAPHER:  Thank you.
16     Will the court reporter please swear in the
17 witness.
18     (Witness placed under oath.)_
19            ---o0o---
20            EXAMINATION
21 BY MR. KATZ:
22  Q   Good morning, Mr. Balwani.
23  A   Morning.
24  Q   Would you please state and spell your name
25 for the record.

**Page 7**

1   A   Sure.  Ramesh, R-A-M-E-S-H.  Last name is
2  Balwani, B-A-L-W-A-N-I.
3   Q   Okay.
4   A   And I also go by "Sunny," S-U-N-N-Y.
5   Q   Where do you currently reside?
6   A   227 Park Lane in Atherton, California.
7   Q   Okay.  And as you know, I'm Marc Katz, one
8  of the attorneys with the plaintiff, Securities and
9  Exchange Commission.  And you saw and met my
10 colleagues, Mr. Hefty and Susan LaMarca.
11      I'm going to start by marking the first
12 exhibit.  I believe it's been marked already.
13      What you are being handed is Plaintiff
14 Exhibit 1, and that is -- Plaintiff's Exhibit 1 is
15 the Notice of Deposition of Defendant Ramesh Sunny
16 Balwani.
17      Do you see that?
18  A   Yes.
19  Q   Did you receive that -- see that before
20 today?
21  A   Yes.
22      MR. COOPERSMITH:  Okay.  Go ahead.
23 Proceed.
24 BY MR. KATZ:
25  Q   And as you know, from this procedure and

**Page 8**

1  having attended some of these, you can give an
2  opportunity to let Counsel object if there are
3  objections to have -- we'll give a pause in between.
4      MR. COOPERSMITH:  That would be helpful.
5      MR. KATZ:  Okay.
6   Q   I know you have been to some depositions in
7  this case, but I'm still going to give you some of
8  the ground rules, just a handful of them.
9      You have been placed under oath, and the
10 oath you took to tell the truth is the same oath
11 that's used in court.  The testimony you give today
12 may be submitted as evidence in this matter, subject
13 to specific rules.
14      Do you understand that?
15  A   Yes.
16  Q   Okay.  If you need to take a break, this
17 isn't an endurance test, just let me know.
18      But I'd prefer that you answer the question
19 pending before we take a break.  Okay?
20  A   Okay.
21  Q   If you don't understand a question that I
22 ask, just let me know, and I will rephrase it.
23      And if you do answer the question, I will
24 assume that you understood it.  Okay?
25  A   Okay.

**Page 9**

Q   Have you taken any medication or is there any other reason that might impair your ability to give truthful testimony today?

MR. COOPERSMITH: As Mr. Balwani's counsel, I instruct him, at this time, not to answer the question based on his rights under the Fifth Amendment to the United States Constitution.

Mr. Balwani is willing to testify in this litigation at an appropriate time. I also will say, for the record, that in my e-mail to Ms. LaMarca, when she first told me about this deposition, I offered to agree with the SEC to -- to have the deposition later, after an acquittal in the criminal case. That was rejected.

I also pointed out that this deposition is unnecessary based on the three days of testimony the SEC took during the investigation.

So I will -- just want to state for the record that we think this SEC deposition today is pretextual and just designed to create, you know, an advantaged trial that's not warranted.

I won't make that speech every time, Mr. Katz, but I wanted to say that for the record.

MR. KATZ: Okay.

Q   So given that Counsel, on your behalf, has

**Page 10**

just invoked the Fifth Amendment, I have an admonishment that I will give you about the Fifth Amendment, and then we can proceed.

Given, again, your counsel's represented that you will be asserting your Fifth Amendment privilege today, I wanted to let you know a few things:

I'm not authorized to compel you to give evidence or testimony as to which you assert your privilege against self-incrimination, and I have no intention of doing so.

In addition, I do not have the authority to grant you immunity from prosecution. Any question that I ask you hereafter will be with the understanding that if you wish to assert your privilege, all you need to do is say so. Okay?

If you refuse to answer a question based on the Fifth Amendment privilege, a judge or jury may be permitted to infer that your answer to the question would incriminate you.

Do you understand that?

A   Yes.

Q   Okay. As we go forward, notwithstanding your counsel's speech there, whichever you prefer -- if you want to elaborate, you can, or if you want to

**Page 11**

say it more succinctly and just say "Fifth" or "Fifth Amendment," whatever you prefer.

A   Okay.

Q   If you want to consult with Counsel on how you want to do that in response to the questions.

A   Is it okay for --

Q   Do you want to take a break, or do you want to --

MR. COOPERSMITH: I'm sorry. Did you want to talk to me or --

THE WITNESS: Oh, sorry.

MR. KATZ: It's fine if you want to take a break and -- and decide how you want to handle that. When I ask the questions going forward, if he wants to just say "Fifth" or "Five" or "Fifth Amendment," any of that is fine with us.

MR. COOPERSMITH: Okay. Why don't we just proceed, and I think we know how we're going to handle this.

THE WITNESS: Okay. Sure.

MR. COOPERSMITH: And if you just, as Mr. Katz said, give me at least a moment to -- to speak before you say anything, that would be helpful.

THE WITNESS: I will do that.

**Page 12**

BY MR. KATZ:

Q   Mr. Balwani, you joined Theranos in 2009?

MR. COOPERSMITH: I instruct Mr. Balwani not to answer based on his Fifth Amendment rights.

BY MR. KATZ:

Q   At the time you joined Theranos -- at the time you joined Theranos, Theranos was on the verge of running out of money, correct?

MR. COOPERSMITH: I instruct Mr. Balwani not to answer based on his Fifth Amendment rights.

MS. LaMARCA: Let's take a break, Marc.

MR. COOPERSMITH: Yeah, let's take a break.

MR. KATZ: We'll go off the record for just a minute.

THE VIDEOGRAPHER: This marks the end of media file labeled number one. Off the record at 9:11 a.m.

(Break taken in proceedings.)

THE VIDEOGRAPHER: This marks the beginning of media file number 2. Back on the record at 9:14 a.m.

BY MR. KATZ:

Q   Mr. Balwani, you became president and COO of Theranos in 2009, correct?

MR. COOPERSMITH: I instruct Mr. Balwani