# Exhibit I



United States Attorney
Northern District of California

*11th Floor, Federal Building*
*450 Golden Gate Ave., Box 36055*
*San Francisco, CA 94102-3495*

*(415)436-7200*
*FAX: (415) 436-7234*

January 11, 2016

Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Fax: (212) 446-2350

**Re: Grand Jury Subpoena Investigation #2016R00024-1**

Dear Sir or Madam:

  You have received a grand jury subpoena duces tecum in connection with the above-numbered grand jury investigation. The subpoena has been issued in furtherance of that investigation.

  This letter is written to advise you that disclosure of the subpoena and your response to it to any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it to any person for the indefinite future.

  If you have any questions about this request, please telephone me at (415) 436-7534.

            Very truly yours,

            BRIAN J. STRETCH
            Acting United States Attorney

            ROBERT S. LEACH
            Assistant United States Attorney

RSL:bk
Enclosures

AO 110  (Rev. 06/09) Subpoena to Testify Before a Grand Jury                                    USAO NO. 2016R00024-1     GJ 14-3

# UNITED STATES DISTRICT COURT
for the

Northern District of California

### SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To:  Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq. - Bois, Schiller & Flexner LLP, 575 Lexington Avenue, 7th Floor, New York, NY  10022

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>Federal Building & Courthouse, Grand Jury Room A, 17<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 | Date and Time:<br><br>01/28/2016 9:30 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**PLEASE SEE ATTACHED**

Date:    01/11/2016



*CLERK OF COURT*

_Susan Y. Soong_
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Robert S. Leach, AUSA
U.S. Attorney's Office
450 Golden Gate Avenuen, 11th Floor, San Francisco, CA  94102, Ph:  (415) 436-7534
This subpoena is issued on application of the United States of America.
BRIAN J. STRETCH
ACTING UNITED STATES ATTORNEY



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415)436-7200
*450 Golden Gate Ave., Box 36055*  FAX: (415) 436-7234
*San Francisco, CA 94102-3495*

## ADVICE OF RIGHTS

In accordance with Department of Justice regulations, this form is attached to all federal grand jury subpoenas, regardless of the status, culpability, or involvement of the person who receives a subpoena.

1. The grand jury is conducting an investigation of possible violations of federal criminal law involving securities fraud, wire fraud, mail fraud, false statements, the Federal Food, Drug, and Cosmetic Act, and other offenses.

2. A witness before the grand jury may refuse to answer any questions if a truthful answer to the question would tend to incriminate the witness.

3. Anything said by a witness before the grand jury may be used against the witness by a grand jury or in a subsequent legal proceeding.

4. If a witness has retained counsel, the grand jury will permit the witness a reasonable opportunity to step outside the grand jury to consult with counsel if the witness so desires.

## ATTACHMENT A

Custodian of Records
Theranos, Inc.
c/o Peter Skinner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Fax: (212) 446-2350

1. Documents sufficient to identify all shareholders of Theranos.
2. Documents sufficient to identify any bank accounts or lines of credit of Theranos.
3. Documents sufficient to identify all securities offerings by Theranos.
4. With respect to any securities offering, a copy of the prospectus and any other offering materials used.
5. All documents relating to any business arrangement between Theranos and Walgreens, including, without limitation, all agreements with Walgreens, all communications with Walgreens relating to any business arrangement, and all documents relating to Theranos' performance under any agreement.
6. All documents relating to any business arrangement between Theranos and Safeway, including, without limitation, all agreements with Safeway, all communications with Safeway relating to any business arrangement, and all documents relating to Theranos' performance under any agreement.
7. All documents relating to any communications between Theranos and Novartis AG, including, but not limited to, notes or e-mails summarizing or describing meetings with Novartis.
8. All documents relating to any communications between Theranos and the Cleveland Clinic.

| TRANSPORTATION EXPENSE |||||
|---|---|---|---|---|
| Name: (Please Print) |||||
| Home Address: |||||
| City: | | State: | | Zip Code: |
| Social Security #: | | Telephone #: Home. ( )  Bus. ( ) (Must include area code) |||

### (Local Witnesses) Travel by Privately Owned Vehicle

Mileage from residence to court (roundtrip): _____

**MUST BE ANSWERED BY ALL WITNESS**

| Toll Information ||| TESTIMONY DATES |
|---|---|---|---|
| Date | Name of Bridge(s) | Amount | Grand Jury |
| | | | |
| | | | |
| | | | |
| | | | |

Parking Fees: (Copy of Claim Ticket(s) Required)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Bart Travelers: (Copy of BART Ticket Required)

Name of attorney who subpoenaed you: _____

### Out of State Witnesses

Note: Receipts required for all transactions (parking, taxi, and/or subway)

| Mode of Travel from residence to airport (roundtrip): | ☐ Taxi (Cost:_____) <br> ☐ Subway (Cost:_____) <br> ☐ Privately Owned Vehicle (Mileage:_____) |
|---|---|
| Mode of travel from airport to Court House / Hotel (roundtrip): | ☐ Taxi (Cost:_____) <br> ☐ Subway (Cost:_____) <br> ☐ Privately Owned Vehicle (Mileage:_____) |

Arrival Date: _____   Departure Date: _____

☐ I am not a Federal employee
☐ I am a Federal employee

☐ I am a citizen of the United States
☐ I am not a citizen of the United States
(if not a citizen, present your Alien Registration Record for copying)

PLEASE SIGN _____   DATE _____
(Signature)

Revised: Nov-15

| U.S. DEPARTMENT OF JUSTICE | INSTRUCTIONS FOR FACT WITNESSES APPEARING ON BEHALF OF THE UNITED STATES GOVERNMENT (Not Applicable to Federal Employees) |
|---|---|



**San Francisco**

---

**READ THE INFORMATION CONTAINED ON THIS FORM BEFORE YOUR COURT APPEARANCE. PLEASE CALL THE INDIVIDUAL(S) LISTED BELOW FOR INFORMATION REGARDING TRAVEL ARRANGEMENTS AND SPECIFIC ENTITLEMENTS. IF YOU HAVE A MEDICAL CONDITION OR FAMILY SITUATION THAT REQUIRES SPECIAL CONSIDERATION, PLEASE ADVISE THE INDIVIDUAL LISTED BELOW AS SOON AS POSSIBLE.**

---

**CONTACT PERSON(S):** BETTY VANTREE, Grand Jury Coordinator        **TELEPHONE NUMBER:** (415) 436-7236

### - VERIFY YOUR ATTENDANCE -

On the last business day BEFORE you travel to court, call the above number to verify that your attendance is required. This may prevent a wasted trip in the event the trial date is changed.

### - APPEARANCE IN ANOTHER CITY -

If you are required to travel to another city to appear in court, immediately contact the individual listed above and request instructions. Any amount advanced to you will be deducted from your fees and allowances.

### - REIMBURSEMENT OF EXPENSES AND ATTENDANCE FEES -

A. **ATTENDANCE FEE:** You will be paid a fee of $40 per day, including travel days.

B. **TRANSPORTATION:** Call the individual listed above to obtain information on transportation. Reimbursement will be made for travel by the least expensive method reasonably available to you. The following rules apply to transportation expenses:

   1. **Local Travel:** The recommended method of travel in the local area of court is transit bus/subway.

   2. **Privately Owned Vehicles (POV):** You will be reimbursed the following amounts:

   Motorcycle .535 per mile    Automobile .575 per mile    Airplane $1.33 per mile

   In addition to the above mileage allowance, necessary tolls, parking and other fees may be reimbursed. You must keep a record of your odometer readings if you travel by motorcycle or automobile. If two or more witnesses travel in the same vehicle, only one reimbursement for mileage can be made.

   **IF POV EXPENSES, INCLUDING MILEAGE, TOLLS, PARKING AND OTHER ASSOCIATED COSTS, ARE GREATER THAN THE GOVERNMENT AIRFARE, YOU WILL BE RESPONSIBLE FOR THE DIFFERENCE.**

   3. **Common Carrier:** If you are located outside the local court area, **CALL THE INDIVIDUAL LISTED ABOVE FOR INSTRUCTIONS.** Train, bus or airfare will be reimbursed at the Government rate. Reimbursement **WILL NOT** be made for First Class accommodations, "Frequent Flyer" tickets, or charter service. **DO NOT** purchase non-refundable tickets. If your appearance date changes or is cancelled, you **WILL NOT** be reimbursed for non-refundable tickets. If you have any questions concerning transportation arrangements, please contact the individual(s) listed above.

C. **MEALS:** If it is necessary for you to remain away from home overnight, you will receive the following daily meal allowances:

   $ 37.00  for each travel day    PLUS    $ 74.00  for each full day at court

D. **LODGING:** If it is necessary for you to remain away from home overnight, you will be reimbursed for the **ACTUAL COST** of your hotel/motel room, which may be not exceed    $ 250.00  per night, including tax.

### - YOU MUST RETAIN RECEIPTS -

**ALL CLAIMS FOR PARKING MUST BE SUPPORTED BY A RECEIPT. OTHER EXPENSES EQUAL TO $25 OR MORE MUST BE SUPPORTED BY A RECEIPT, WITH THE EXCEPTION OF MEALS AND MILEAGE.**

### - DISMISSAL -

When you are advised that your attendance is no longer required, you should request information regarding the payment of the fees and allowances outlined above. The individual requiring your attendance will provide you with a Fact Witness Voucher. You will be required to list your expenses on this Voucher. The Voucher will be submitted to the U.S. Marshals Service for payment. The U.S. Marshals Service will process the voucher and MAIL the payment to you. If you require funds to return home, you must bring this fact to the attention of the individual requiring your attendance, who will notify the U.S. Marshals Service.

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)*
was received by me on *(date)*            .

☐ I served the subpoena by delivering a copy to the named person as follows:

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because:

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: