# Exhibit J



United States Attorney
Northern District of California

11th Floor, Federal Building
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102-3495

(415)436-7200
FAX: (415) 436-7234

November 30, 2016

Custodian of Records
Theranos, Inc.
c/o Thomas L. Strickland
Wilmerhale
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Fax: (202) 663-6363

**Re: Grand Jury Subpoena, Investigation #2016R00024-15**

To Whom It May Concern:

You have received a grand jury subpoena duces tecum in connection with the above-numbered grand jury investigation. The subpoena has been issued in furtherance of that investigation.

This letter is written to advise you that disclosure of the subpoena and your response to it to any third parties may impede or obstruct the investigation. Therefore, we ask you not to disclose the existence of the subpoena or the nature of your response to it to any person for the indefinite future.

If you have any questions about this request, please telephone me at (415) 436-7534.

Very truly yours,

ALEX TSE
Attorney of the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

ROBERT S. LEACH
Assistant United States Attorney

RSL:bk
cc: Cameron Purves, Special Agent (via e-mail w/enclosures)

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury                    USAO NO. 2016R00024-15    GJ 16-1

# UNITED STATES DISTRICT COURT
for the

Northern District of California

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Custodian of Records
Theranos, Inc.
c/o Thomas L. Strickland - Wilmerhale, 1875 Pennsylvania Avenue, NW, Washington, D.C. 20006

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
| United States District Court<br>Grand Jury Room A, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | 12/22/2016 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**\*\*PLEASE SEE ATTACHED\*\***

All records must be provided in electronic format unless otherwise specified. Voluntary compliance with this federal grand jury subpoena will be deemed satisfactory and no appearance will be necessary, if the information requested is sent to the agent listed below on or before the date listed above.

Cameron Purves, Special Agent
Federal Bureau of Investigation
450 Golden Gate Ave, 13th Floor
San Francisco, CA 94102
Phone: (415) 553-7658; Fax: (415) 575-5005
E-mail: Cameron.Purves@ic.fbi.gov

Date: _____11/30/2016_____

CLERK OF COURT

_Susan Y. Soong_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:
Robert S. Leach, Assistant United States Attorney
U.S. Attorney's Office - 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102, Ph: (415) 436-7534

This subpoena is issued on application of the United States of America.
ALEX TSE
ATTORNEY FOR THE UNITED STATES, ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515

**Attachment A**

Custodian of Records
Theranos, Inc.
c/o Thomas L. Strickland
Wilmerhale
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Fax: (202) 663-6363

1. All documents relating to the United States Food and Drug Administration (US FDA), including, but not limited to, all applications, notes, and communications both internal and external, with or regarding the US FDA.
2. All documents relating to the Clinical Laboratory Improvement Amendments (CLIA) certification, including, but not limited to, all applications, notes, and communications both internal and external, with or regarding the CLIA certification.
3. Employee records of all current and former employees of Theranos, Inc. and any of its subsidiaries including but not limited to, name, position at Theranos, Inc., dates of employment, any known addresses, any known telephone numbers, and any known email addresses.

<u>CONTACT INFORMATION</u>

If you wish to comply voluntarily rather than appear before the Grand Jury, please produce the responsive documents on or before the return date of the subpoena by emailing or delivering the documents to the federal agent at the address below:

Special Agent Cameron Purves
450 Golden Gate Avenue, 13th Floor
San Francisco, CA 94102
Phone: (415) 553-7400
Cameron.purves@ic.fbi.gov

## DECLARATION OF CUSTODIAN OF RECORDS

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____ .
                (name of declarant)

I am a United States citizen, and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Grand Jury Subpoena for the Northern District of California, signed by **Assistant U.S. Attorney Robert S. Leach** requesting specified records of the business named below. Attached hereto are records responsive to the subpoena. Pursuant to Federal Rule of Evidence 902(11) and Federal Rule of Evidence 803(6), I hereby certify that the records attached hereto:

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ .

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business/firm)

_____
(business address)

_____