JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION
TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258-EJD

1   This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion to
2   Admit Prior Testimony of Ramesh "Sunny" Balwani ("Motion").  After due consideration of the filings,
3   the governing law and the argument of the parties:
4       IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
5       IT IS FURTHER ORDERED that the prior U.S. Securities and Exchange Commission
6   deposition testimony of Mr. Balwani identified at Exhibits A through C to the Declaration of Amy
7   Mason Saharia in Support of the Motion is admitted.
8       IT IS SO ORDERED.

10  Dated: _____

                                                    _____
                                                    Hon. Edward J. Davila
                                                    United States District Judge

[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION
ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

1