1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,          )  Case No. CR-18-00258-EJD
                                        )
16         Plaintiff,                   )  **DECLARATION OF LANCE A. WADE IN**
                                        )  **SUPPORT OF MS. HOLMES' MOTION TO**
17     v.                               )  **ADMIT PRIOR TESTIMONY OF RAMESH**
                                        )  **"SUNNY" BALWANI**
18  ELIZABETH HOLMES and                )
    RAMESH "SUNNY" BALWANI,             )
19                                      )  Hon. Edward J. Davila
           Defendants.                  )
20                                      )
                                        )
21  ─────────────────────────────────────)

22

23

24

25

26

27

28

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES'
MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

I, LANCE A. WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion to Admit Prior Testimony of Ramesh "Sunny" Balwani ("Motion"). I attest to the following facts upon which the Motion relies.

2. On, November 22, 2021, I inquired of Mr. Balwani's attorney, Jeffrey Coopersmith, whether Mr. Balwani was available to testify during Ms. Holmes' case in chief.

3. In response to the inquiry about Mr. Balwani's availability, Mr. Coopersmith proffered that Mr. Balwani would invoke his Fifth Amendment right not to testify in response to all relevant questions if called by Ms. Holmes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 23rd day of November 2021 in San Jose, CA.

LANCE A. WADE
Attorney for Elizabeth Holmes

DECLARATION OF LANCE A. WADE IN SUPPORT OF MS. HOLMES'
MOTION TO ADMIT PRIOR TESTIMONY OF RAMESH "SUNNY" BALWANI
CR-18-00258 EJD

1