1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO ADMIT TX14259** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT TX14259
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Renewed Motion to Admit TX14259. I attest to the following facts upon which the Motion relies.

2. Attached to this declaration are 2 exhibits. The contents of the exhibits are as follows:

    a. Exhibit 1 is a true and correct copy TX14259, redacted to protect confidential information.

    b. Exhibit 2 is a true and correct copy of TX4415, redacted to protect confidential information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of November 2021 in San Jose, CA.

*/s/ Amy M. Saharia*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT TX14259
CR-18-00258 EJD

1