# EXHIBIT 1

**To:** Sunny Balwani[sbalwani@theranos.com]; Dan Florey[dflorey@theranos.com]; Lauren Tsugawa[ltsugawa@theranos.com]; Lab Escalate[labescalate@theranos.com]
**Cc:** Anam Khan[Anamk@theranos.com]; Kristen Adachi[kadachi@theranos.com]
**From:** Micah Nies[/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MICAH NIESCD2]
**Sent:** Tue 5/12/2015 11:00:35 PM (UTC)
**Subject:** RE: Acc 182266; HIV results

Agreed. This is really a conversation between her and her physician to ensure that she is fully informed about testing and her options. The CLS and/or Daniel can support the physician to support his patient.

---

**From:** Sunny Balwani
**Sent:** Tuesday, May 12, 2015 3:57 PM
**To:** Dan Florey; Lauren Tsugawa; Lab Escalate
**Cc:** Micah Nies; Anam Khan; Kristen Adachi
**Subject:** RE: Acc 182266; HIV results

we should point to her physician. we shouldn't try to answer this question for her....

---

**From:** Dan Florey
**Sent:** Tuesday, May 12, 2015 3:55 PM
**To:** Lauren Tsugawa; Lab Escalate
**Cc:** Micah Nies; Anam Khan; Kristen Adachi
**Subject:** RE: Acc 182266; HIV results

All,

I spoke to the guest. She admittedly didn't have too much time to talk but returned the call. I told her that we spoke to her physician, and I encouraged her to reach out to her physician to discuss her test results. Dr. Asin completely understood our testing protocol and had no issues (I did not relay that to the guest).

I walked the guest through the CDC recommendations on testing, which she already understood. What she really wanted to know was why she specifically was reactive for the antibody screen and negative for everything else. My answer that "the reason why there are follow up tests is to confirm initial results" didn't satisfy her. At the end of the call she said she would try back again when she has more time.

When/if she calls back, in order to address her concern we may need to have a CLS or Daniel speak to her on the specifics of antibody testing and how a test can come back as reactive when confirmatory tests are all negative. Or, we point her to her physician or another resource.

Thanks,
Dan

---

**From:** Lauren Tsugawa
**Sent:** Tuesday, May 12, 2015 12:57 PM
**To:** Lab Escalate
**Cc:** Micah Nies; Anam Khan
**Subject:** Acc 182266; HIV results

Hello,

I just spoke with guest E▮▮ T▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Acc 182266. She wants a call back to explain why she tested non-reactive for HIV 1 and 2, and not detected for HIV 1 RNA, but reactive for HIV 1+2. She said she already called Dr. Asin, and he told her to call us.

She can be reached at ▮▮▮▮▮▮▮▮▮▮ She said Dr. Asin's office would also like a call.

| HIV-1/2 Antibody Screen w/ Reflex to HIV-1/2 antibody differentiation Reflex to HIV-1 RNA, Quant | | |
|---|---|---|
| TEST NAME | RESULTS | FLAG |
| HIV 1+2 Ab | Reactive | REACTIVE |
| HIV 1 Ab | Non-Reactive | |
| HIV 2 Ab | Non-Reactive | |
| HIV 1 RNA ‡ | Not Detected | |

Thank you,
Lauren

HOLMES0019256