# EXHIBIT 2

| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com] |
| **From:** | Sunny Balwani |
| **Sent:** | Mon 6/15/2015 11:51:19 PM |
| **Importance:** | Normal |
| **Subject:** | Fwd: Rerun and Call Back Request |
| **Received:** | Mon 6/15/2015 11:51:20 PM |

Begin forwarded message:

**From:** Dan Florey <dflorey@theranos.com>
**Date:** June 15, 2015 at 4:42:39 PM PDT
**To:** Sunny Balwani <sbalwani@theranos.com>, Daniel Young <dyoung@theranos.com>, Tina Lin <tlin@theranos.com>, Maximillion Fosque <mfosque@theranos.com>
**Subject: RE: Rerun and Call Back Request**

Sunny,

Daniel and I were able to connect with Dr. Burnes. The call was positive and the doctor called our plan to redraw the guest after he returns from vacation in two weeks "solid." Daniel discussed the specimen integrity issues with him, which satisfied him. He was talkative, shared that he likes our cost and really appreciates that we set out to take a smaller amount of blood than Labcorp, who he has used for 20+ years. Based on the good things he said about our sales rep (Jessica) I expect that when we wrap this case up in a couple of weeks it will really strengthen the relationship.

Thanks,
Dan

**From:** Sunny Balwani
**Sent:** Monday, June 15, 2015 11:28 AM
**To:** Daniel Young; Tina Lin; Maximillion Fosque
**Cc:** Dan Florey
**Subject:** RE: Rerun and Call Back Request

if it is then we should explain this to the doc.

Confidential                                                                                                                                               THPFM0005221060
Trial Exh. 4415 Page 0001

**From:** Daniel Young
**Sent:** Monday, June 15, 2015 9:40 AM
**To:** Sunny Balwani; Tina Lin; Maximillion Fosque
**Cc:** Dan Florey
**Subject:** RE: Rerun and Call Back Request

The most recent sample (EDTA pCTN) was flagged for hemolysis and clotting.  This sample was used for the PSA result.

PSA from visits 1 and 3 were run on Edison.  Visit 2 was run in Phoenix.

This is looking like either a sample integrity issue, or some other interferent in the patient sample affected the PSA test on Edison.

-Daniel

===============================
CONFIDENTIAL COMMUNICATION
 IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
===============================

**From:** Sunny Balwani
**Sent:** Monday, June 15, 2015 9:37 AM

**To:** Tina Lin; Maximillion Fosque
**Cc:** Daniel Young; Dan Florey
**Subject:** Fwd: Rerun and Call Back Request

Tina. Can you investigate this.

Daniel. I do not believe sample mix up is possible by a remote shot in our system but since the most recent visit is on 6/11 and should have the sample in our labs, we should be able to check the label on sample across the entire systems. We should start by rerunning the sample to start and the work backwards from there.

Tina can you please own this and update me in real time. Max. Can u free up your time and start tracking this sample and aA and make sure everything checks out there. Have someone physically look at labels to make sure labels match with what was drawn at PSC and the one printed in lab IF printed in lab. Please update in real time.

Begin forwarded message:

> **From:** Dan Florey <dflorey@theranos.com>
> **Date:** June 15, 2015 at 9:20:01 AM PDT
> **To:** Lab Escalate <labescalate@theranos.com>
> **Subject: FW: Rerun and Call Back Request**

Daniel and team,

This patient visited for a third time last week, and again the PSA came back elevated. Can you please review the case? The doctor would like a call ASAP per the sales rep.

5/14 ACCN 186111     PSA 26.1

5/18 ACCN 187188     PSA 1.71

Thanks,
Dan

**From:** Daniel Young
**Sent:** Tuesday, May 19, 2015 11:02 AM
**To:** Hoda Alamdar; Tina Lin
**Cc:** Gurbir Sidhu; Dan Florey
**Subject:** RE: Rerun and Call Back Request

Please send report with updated result.

Christian does not do those calls anymore.  Dan Florey helps with these now.

Dan – we don't know why the first sample came back so high.  It was actually rerun, and confirmed high originally.  A sample mixup is possible as the doctor suggested, but hard to confirm at this point.

-Daniel

=====================================
CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

**From:** Hoda Alamdar
**Sent:** Tuesday, May 19, 2015 10:50 AM
**To:** Daniel Young; Tina Lin
**Cc:** Gurbir Sidhu
**Subject:** FW: Rerun and Call Back Request

Hi Daniel,

I can send an updated report with the rerun result included. I believe the physician would like a call back from the lab supervisor. I believe Christian does the escalated calls for us? Did you want me to contact Christian or will you be able to call the physician back?

Thanks

Hoda

**From:** Katherine Hunkler
**Sent:** Tuesday, May 19, 2015 10:30 AM
**To:** Tina Lin
**Cc:** Daniel Young; Hoda Alamdar; Amelia Aguirre; Lab Reruns; Micah Nies; Anam Khan
**Subject:** Re: Rerun and Call Back Request

The rerun result for total PSA is 1.57 ng/mL.

On May 19, 2015, at 9:58 AM, Katherine Hunkler <khunkler@theranos.com> wrote:

Confidential                                                                                                              THPFM0005221064
Trial Exh. 4415 Page 0005

Yes, I meant 1000157492 - sorry for the confusion!

On May 19, 2015, at 9:57 AM, Tina Lin <tlin@theranos.com> wrote:

> Thanks Kate. Just to be sure, you mean barcode 1000157492, not 1000157482, right?
>
> **From:** Katherine Hunkler
> **Sent:** Tuesday, May 19, 2015 9:56 AM
> **To:** Tina Lin
> **Cc:** Daniel Young; Hoda Alamdar; Amelia Aguirre; Lab Reruns; Micah Nies; Anam Khan
> **Subject:** Re: Rerun and Call Back Request
>
> The tube barcoded 1000157482 had a big clot in it - might this have affected results if not caught at the initial run? It's possible the immulite did not sample properly. For this run, I poured the serum into a tube top sample cup.
>
> I will update with results when they're available.
>
> Thanks,
>
> Kate
>
> On May 19, 2015, at 9:25 AM, Tina Lin <tlin@theranos.com> wrote:
>
>> Hi Daniel, there's actually only one result for TPSA from 5/19 – 1.71. Free PSA is 0.41 and 24% is the calculated FPSA/TPSA.

Thanks,

Tina

---

**From:** Daniel Young
**Sent:** Tuesday, May 19, 2015 9:23 AM
**To:** Hoda Alamdar; Amelia Aguirre; Lab Reruns
**Cc:** Micah Nies; Anam Khan; Tina Lin
**Subject:** RE: Rerun and Call Back Request

It looks like on 5/15, the original sample was rerun confirming the high result (29 and 26 ng/mL respectively).

Tina – I see three results from 5/19. Two low, and 1 high. Do you know what is going on here?

-Daniel

================================
CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
================================

**From:** Hoda Alamdar
**Sent:** Tuesday, May 19, 2015 9:14 AM
**To:** Amelia Aguirre; Lab Reruns
**Cc:** Micah Nies; Anam Khan; Tina Lin; Daniel Young
**Subject:** RE: Rerun and Call Back Request

Hi Amy,

I have requested rerun for the PSA from the 18th; Unfortunately the PSA from the 14th is currently out of stability, but ccing Tina/Daniel for their feedback.

Thanks

Hoda

**From:** Amelia Aguirre
**Sent:** Tuesday, May 19, 2015 9:01 AM
**To:** Lab Reruns
**Cc:** Micah Nies; Anam Khan
**Subject:** Rerun and Call Back Request

Good Morning,

Dr. Mark Burns called to say that the results for the PSA, Total were very high on 5/14 so he had his patient come back to test again and the results for the PSA, Total were normal on 5/18.

Confidential

Trial Exh. 4415 Page 0008

THPFM0005221067

Because of this, he is not convinced that the results from 5/14 belong to his patient         and could possibly belong to another patient.

He wants to be assured that the results from 5/18 are correct for his patient so he is requesting a rerun of the PSA, Total for 5/14 if possible but definitely a rerun for the PSA, Total from 5/18.

He also would like for the patient to be reimbursed for the test on 5/14/15 since he thinks it's incorrect.

He requested a call from lab supervisor after the rerun results are back. His call back number is              .

Thank you,

Amy