**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER:  18-cr-00258-EJD-1
***AMENDED***
Minute Order and Trial Log

Date:  11/29/2021
Time in Court: 9:04-10:29am,11:12-11:15,11:17-1:16pm,1:57-3:56pm
**(TOTAL time: 5 Hrs. 26 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew
Lemens, John Cline, Patrick Looby, Amy Saharia, Jean Ralph Fleurmont
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 38)**

Further Jury Trial held. Testimony held and evidence entered.  Further Jury Trial scheduled for
Tuesday, November 30, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: None
Defendants: 7469,7514,7623,*13862,*13863,*14207,*14208,7129,7228,7282,7363,7368,
7421,7434,1667,5387E,7734,7731,5387F,7534,7517,**13288,10677,7673A Pg. 52
only,7680,7719,7718,7695,7717,7690,7693,15027,15035,7710

 **The following exhibits are ADMITTED into evidence:**
Plaintiffs: **None**
Defendants: **7469,7514,7623,*13862,*13863,*14207,*14208,7129,7228,7282,7363,7368,
7421,7434,1667,5387E,7734,7731,5387F,7534,7517,**13288,10677,7673A pg. 52
only,7680,7719,7718,7695,7717,15027,15035**

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

**\*Previously conditionally admitted, \*\*Parties to meet and confer to agree what pages of exhibit are to be admitted and uploaded to public access**
**///**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

**TRIAL LOG**

| TRIAL DATE:<br>November 29, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:04 am | Court in session Counsel and Defendant present outside the presence of the Jury | |
| | | | Counsel addresses the defense motions filed.  Defendant's Motion to Admit Prior Testimony of *Ramesh "Sunny" Balwani*. (Dkt. 1163 filed 11/24/2021) and Renewed Motion to Admit Trial Exhibit 14259 (Dkt. 1165 filed 11/26/2021) | |
| | | | Court hears oral arguments from counsel | |
| | | 10:29 am | Court takes recess | |
| | | 11:12 am | Court in session Counsel and Defendant present outside the presence of the Jury | |
| | | 11:15 am | Court off record | |
| | | 11:17 am | Court in session Counsel and Defendant present. Jury seated. | |
| | DX | 11:20 am | Direct examination of W#32 Elizabeth Holmes resumes by Defense Counsel Kevin Downey | |
| | EX 7469 | | ADMITTED - Email From: Jay Rosan; To: Sunny Balwani, Elizabeth Holmes; Subject: Demo schedule underway, just did labs at Theranos in Palo Alto (Dated 8/14/2014) | |
| | EX 7514 | | ADMITTED – Email From: Elena Scheer; To: Elizabeth Holmes; Subject: Amazing special needs visit (Dated | |

3

| TRIAL DATE:<br>November 29, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX<br>7623 | | ADMITTED – Email From: Brandi Luzania; To: Tracy Masson; Subject: Very Positive guest experience (Dated 10/7/2015) | |
| | EX<br>13862 | | ADMITTED - *Previously conditionally admitted | |
| | EX<br>13863 | | ADMITTED - *Previously conditionally admitted | |
| | EX<br>14207 | | ADMITTED - *Walgreens/Theranos website page<br>Previously conditionally admitted | |
| | EX<br>14208 | | ADMITTED - *Theranos website page<br>Previously conditionally admitted | |
| | EX<br>7129 | | ADMITTED – Email From: Renaat VanDenHooff; To: Sunny Balwani and Elizabeth Holmes: Subject: Kickoff-Demo (Dated 9/6/2010) | |
| | EX<br>7228 | | ADMITTED – Email From: Arnold Gelb; To: Elizabeth Holmes; Subject: CMS-2567 Examiner's Report (Dated 1/26/2012) | |
| | EX<br>7282 | | ADMITTED – Email From: Sunny Balwani; cc: Elizabeth Holmes; To: Chi Nguyen et al., Subject: Congratulations (Dated 4/4/2013) | |
| | EX<br>7363 | | ADMITTED – Email From: Suraj Saksena; To: Elizabeth Holmes and Sunny Balwani; Subject: ELISA preparation for CLIA Audit status (Dated 11/28/2013) | |
| | EX<br>7368 | | ADMITTED – Email From: Daniel Young; To: Elizabeth Holmes; Subject: CLIA Laboratory Audit w/attachment (Dated 12/4/2013) | |
| | EX<br>7421 | | ADMITTED – Email chain – From: Daniel Young; To: Sunny Balwani; Elizabeth Holmes; Subject: Syphilis Validations (Dated 2/26/2014) | |
| | EX<br>7434 | | ADMITTED – Email chain – From: Tyler Schultz; To: Elizabeth; Subject: Followup to previous discussion (Dated 4/12/2014) | |
| | EX<br>1667 | | ADMITTED – Email chain – From: Daniel Young; To: Sunny Balwani; cc: Elizabeth Holmes; Subject: Follow up to previous discussion (Dated 4/12/2014) | |

| | | | |
|---|---|---|---|
| **TRIAL DATE:**<br>November 29, 2021 | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | EX 5387E | | ADMITTED – Portions of text messages between Elizabeth Holmes and Sunny Balwani (Dated 11/25/2014) |
| | | 1:16 pm | Court takes recess 30 mins |
| | | 1:57 pm | Court in session Counsel and Defendant present. Jury seated |
| | DX | | Direct examination resumes of W#32 |
| | EX 7734 | | ADMITTED - Handwritten notes with Title Non-Negotiables (People) |
| | EX 7731 | | ADMITTED – Holmes' handwritten notes |
| | EX 5387F | | ADMITTED – Portions of text messages between Elizabeth Holmes and Sunny Balwani |
| | EX 7534 | | ADMITTED – Holmes' created summary notes |
| | EX 7517 | | ADMITTED – Holmes' created summary notes |
| | EX 13288 | | ADMITTED – **Theranos 510(k) Premarket Notification (specific pages) (Dated 11/11/2014) **Parties to meet and confer what pages are to be admitted and uploaded to interest page<br>Government objection – The Court admitted it not for the truth of the matter asserted |
| | EX 10677 | | ADMITTED – Photo of 68th AACC annual Scientific Meeting & Clinical Lab Expo |
| | EX 7673A | | ADMITTED – Theranos Sample Processing Unit (Minilab) Pg. 52 only single slide |
| | EX 7680 | | ADMITTED – Email Chain – From Channing Robertson; To: Samartha Amekal; cc: Elizabeth Holmes; Subject: TAB (Dated 9/9/2016) |

| TRIAL DATE:<br>November 29, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 7719 | | ADMITTED – Research Report Engineering of a miniaturized, robotic clinical laboratory (Dated 9/28/2017)<br>Government objection – The Court admitted it not for the truth of the matter asserted | |
| | EX 7718 | | ADMITTED – Peer review documents – From ELSEVIER - Journal of Virological Methods<br>Government objection – The Court admitted it not for the truth of the matter asserted | |
| | EX 7695 | | ADMITTED – Peer review documents – From Cureus – Spectral Analysis Methods Based on Background Subtraction and Curvature Calculation Used in the Detection or Quantification of Hemolysis and Icterus in Blood-derived Clinical Samples<br>Government objection – The Court admitted it not for the truth of the matter asserted | |
| | EX 7717 | | ADMITTED – Manuscript Details – Title Evaluation of a miniaturized clinical laboratory system for lipid analysis<br>Government objection – The Court admitted it not for the truth of the matter asserted | |
| | EX 7690 | | IDENTIFICATION - | |
| | EX 7693 | | IDENTIFICATION - | |
| | EX 15027 | | ADMITTED – Email From: Sunny Balwani; To: Elizabeth Holmes; Subject: Had excellent conversation with Bob Gordon at SWY (Dated 3/13/2014) | |
| | EX 15035 | | ADMITTED – Letter to Elizabeth Holmes, From George P. Shultz | |
| | EX 7710 | | IDENTIFICATION –<br>Government objection to admission – Court sustained objection | |
| | | 3:50 pm | Direct examination concludes | |
| | | 3:51 pm | Court admonishes Jury.  Jury excused for the day | |

| TRIAL DATE:<br>November 29, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:53 pm | Court in session outside presence of Jury with Counsel and Defendant | |
| | | | Court addresses Dkt. 1163-2, Exhibit A re testimony as to this exhibit – that the issue is moot.  Court will address the matter with Counsel tomorrow. | |
| | | 3:56 pm | Court adjourns for the day | |
| | | | Further Jury Trial scheduled Tuesday, November 30, 2021 at 9:00 a.m. | |
| | | | | |