UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  11/30/2021
Time in Court: 8:31-9:21am,9:33-10:55,11:35am-1:17pm,1:56-4:13,4:41-5:08pm
**(TOTAL time: 6 Hrs. 38 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia, Jean Ralph Fleurmont
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 39)**

Further Jury Trial held. Testimony held and evidence entered.  Charging Conference with Counsel scheduled for Friday, December 3, 2021 at 9:00 a.m. Further Jury Trial scheduled for Tuesday, December 7, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5482,1675,5645,5520,5704,3249,5702,5254,5653,5663,5629,5270,5541,5652, 5512,3970,5537,5538,5646,5387G Pgs. 11,12,19,72,129,208,341,342 only
Defendants: 14259

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **1675,5645,5520,5704,5254,5663,5541,5652,5512,3970, 5537,5538,5646, 5387G Pgs. 11,12,19,72,129,208,341,342 only**
Defendants: 14259
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>November 30, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 8:31 am | Court in session Counsel and Defendant present outside the presence of the Jury |
| | | | Court addresses counsel re the SEC issues |
| | | 9:21 am | Court in recess |
| | | 9:33 am | Court in session Counsel and Defendant present. Jury seated |
| CX | | | Cross examination of W#32 Elizabeth Holmes begins by Government Counsel Robert Leach |
| EX 5482 | | | IDENTIFICATION - |
| EX 1675 | | | ADMITTED – Email chain - From: Tyler Shultz; To: Sunny Balwani, cc: Elizabeth Holmes; Subject: Follow up to previous discussions (Dated 4/15/2014) |
| EX 5645 | | | ADMITTED – Draft Letter to Tyler Shultz with side edits |
| EX 5520 | | | IDENTIFICATION - |
| EX 5704 | | | ADMITTED – Email From: Elizabeth Holmes; To: Rupert Murdock; Subject: None (Dated 9/8/2015) |
| EX 3249 | | | IDENTIFICATION - |

2

| TRIAL DATE: November 30, 2021 | | REPORTER(S): Irene Rodriguez | | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| EX 5702 | | | IDENTIFICATION - | |
| | | 10:55 am | Court takes recess - 30 mins | |
| | | 11:35 am | Court in session Counsel and Defendant present. Jury seated | |
| EX 5254 | | | Email From: Brooke Buchanan; To: Elizabeth Holmes; Subject: None – Content of email related to suspending testing (Dated 1/28/2016) | |
| EX 5387 | | | ADMITTED – Certain excerpts/pages Counsel to meet and confer re what pages will be admitted (SEE Pg. 4 of Trial Log for specific pages admitted) | |
| EX 5653 | | | IDENTIFICATION - | |
| EX 5663 | | | ADMITTED – Email chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Thoughts and Goals (Dated 8/15/2014) *Wrong number on document | |
| | | 1:17 pm | Court takes recess – 30 mins | |
| | | 1:56 pm | Court in session Counsel and Defendant present. Jury seated | |
| CX | | | Cross examination resumes of W#32 | |
| EX 5629 | | | IDENTIFICATION - | |
| EX 5270 | | | IDENTIFICATION - | |
| EX 5541 | | | ADMITTED – Email chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Chiat Day (Dated 5/21/2013) | |
| EX 5652 | | | ADMITTED – Operating Agreement for HMFR LLC (Dated 7/22/2013) | |

| TRIAL DATE:<br>November 30, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 5512 | | | ADMITTED – Photos of residence address 227 Park Lane Atherton, CA Defense objection to admission – Court overruled objection and admitted exhibit |
| EX 3970 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Kate Beardsley; Subject: .COM PDF (Dated 9/4/2013) |
| EX 5537 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Edlin; Subject: Roger Parloff – Aggregated Action items (Dated 6/1/2014) |
| EX 5538 | | | ADMITTED – Email chain – From: Elizabeth Holmes; To: Daniel Edlin; Subject: Roger Parloff – Aggregated Action items w/attachment (Dated 6/1/2014) |
| EX 5646 | | | ADMITTED – Email chain – From: Jared Hutchings; To: Elizabeth Holmes; Subject: None – content of email re Peer ventures (Dated 9/24/2013) |
| EX 5387G | | | ADMITTED – Texts - Pgs. 11,12,19,72,129,208,341,342 ONLY |
| | | 3:58 pm | Court admonishes the Jury.  Jury excused to return 12/7/2021 |
| | | 3:59 pm | Court in session outside presence of Jury taking up housekeeping matters re scheduling |
| | | | Court set hearing for review of jury instructions for Friday, 12/3/2021 at 9:00 a.m. |
| | | 4:13 pm | Court takes recess |
| | | 4:41 pm | Court in session Counsel and Defendant present outside presence of Jury |
| | | | Court addresses Dkt. 1163-4 Exhibit C filed to defense motion to admit prior testimony of Ramesh Sunny Balwani – Court ruled exhibit C will not be admitted – denied the motion as to this exhibit C |

4

| **TRIAL DATE:**<br>November 30, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK**:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:43 pm | Defense requests that Ramesh Balwani be called to testify. Counsel for Defendant Balwani (Jeffrey Coopersmith) addresses the Court in response to the request of defendant. Defense Counsel for Ms. Holmes (Mr. Fleurmont) poses questions to Defense Counsel for Mr. Balwani. Responses are that Mr. Balwani on the advice of counsel would assert his 5th amendment privilege | |
| | | | Court makes a finding that if Mr. Balwani is called to testify, he would assert his 5th amendment privilege and finds Mr. Balwani unavailable to testify if called by defense. | |
| | | | Court will review documents related to the pending Motion Dkt. 1163 – matter submitted | |
| | | | Court ruled upon Motion Dkt. 1165 - the Court will allow for Exhibit 14259 to be admitted – Motion is GRANTED | |
| | EX 14259 | | ADMITTED – Email From: Micah Nies; To: Sunny Balwani et. al., Subject: Acc 182266; HIV Results (Dated 5/12/2015) | |
| | | 5:08 pm | Court adjourns for the day | |
| | | | Next hearing scheduled for Friday, December 3, 2021 at 9:00 a.m. with counsel to begin charging conference – review of proposed jury instructions.<br>Further Jury Trial scheduled for Tuesday, December 7, 2021 at 9:00 a.m. | |