UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-18-00258-EJD |
| Plaintiff, | ) | |
| v. | ) | **VERDICT FORM** |
| ELIZABETH HOLMES, | ) | |
| Defendant. | ) | |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Elizabeth Holmes:

1. _____ [NOT GUILTY / GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349, as charged in Count One of the indictment.

2. _____ [NOT GUILTY / GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the indictment.

3. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

4. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the indictment.

5. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the indictment.

6. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the indictment.

7. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the indictment.

8. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the indictment.

10. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient E.T.'s laboratory blood test results, on or about May 11, 2015, as charged in Count Ten of the indictment.

11. _____ [NOT GUILTY / GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transmission of Patient M.E.'s laboratory blood test results on or about May 16, 2015, as charged in Count Eleven of the indictment.

VERDICT FORM
CR-18-00258 EJD

1    12. _____ [NOT GUILTY / GUILTY] of the charge of
2    Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire
3    transfer of $1,126,661.00 on or about August 3, 2015, as charged in Count Twelve of the indictment.

Dated:

_____
Jury Foreperson

VERDICT FORM
CR-18-00258 EJD

3