UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| ELIZABETH HOLMES, | |
| Defendant. | |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Elizabeth Holmes:

1. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Investors in violation of 18 U.S.C. § 1349, as charged in Count One of the Third Superseding Indictment.

2. _____ [GUILTY / NOT GUILTY] of the charge Conspiracy to Commit Wire Fraud against Theranos Patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the Third Superseding Indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the Third Superseding Indictment.

4. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of the Third Superseding Indictment.

5. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of the Third Superseding Indictment.

6. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the Third Superseding Indictment.

7. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of the Third Superseding Indictment.

8. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the Third Superseding Indictment.

9. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a telephone call from Patient B.B. to Theranos regarding laboratory blood test results on or about October 12, 2015, as charged in Count Nine of the Third Superseding Indictment.

10. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with Patient E.T.'s laboratory blood test results on or about May 11, 2015, as charged in Count Ten of the Third Superseding Indictment.

11. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with Patient M.E.'s laboratory blood test results on or about May 16, 2015, as charged in Count Eleven of the Third Superseding Indictment.

12. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the Third Superseding Indictment.

DATED: _____

_____
JURY FOREPERSON