# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order

Date:  12/3/2021
Time in Court: 9:06-11:09am
**(TOTAL time: 2 Hrs. 3 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia, Jean Ralph Fleurmont
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS:  Jury Trial (Day 40)**

Further Jury Trial held. Charging Conference (Jury Instruction Review) with Counsel ONLY held on Friday, December 3, 2021.  Further Jury Trial scheduled for Tuesday, December 7, 2021 at 9:00 a.m.

Court to schedule a further charging conference upon the completion of testimony and evidence.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**