1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' RENEWED MOTION TO ADMIT CUSTOMER FEEDBACK REPORTS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT CUSTOMER FEEDBACK REPORTS
CR-18-00258 EJD

1  I, AMY MASON SAHARIA, declare as follows:

2  1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Renewed Motion to Admit Customer Feedback Reports. I attest to the following facts upon which the Motion relies.

3  2. Attached to this declaration are 2 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy TX 7586A, an email from Ryan Karpel to Elizabeth Holmes and Daniel Edlin, dated August 23, 2015, as well as two attachments to that email. This exhibit contains redactions to avoid revealing personal identifying information, as well as additional redactions that limit the unredacted content of the attachments to approximately 35 rows of customer feedback.

   b. Exhibit 2 is a true and correct copy of TX 7476, an email dated October 1, 2014 between Jeffrey Blickman, Elizabeth Holmes, Sunny Balwani, Daniel Edlin, and others, as well as the attachment to that email. This exhibit contains redactions to avoid revealing personal identifying information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of December 2021 in San Jose, CA.

*/s/ Amy M. Saharia*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
RENEWED MOTION TO ADMIT CUSTOMER FEEDBACK REPORTS
CR-18-00258 EJD

1