# EXHIBIT 1

**DX 07586A**

| | |
|---|---|
| **Message** | |
| **From:** | Ryan Karpel [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN KARPELD72] |
| **Sent:** | 8/23/2015 11:32:05 PM |
| **To:** | Elizabeth Holmes [eholmes@theranos.com]; Daniel Edlin [dedlin@theranos.com] |
| **Subject:** | Updated Guest Quotes & Phlebotomist Anecdotes | Access |

Attached are updated guest quotes &phlebotomist anecdotes. Below are highlights from this week's additions.

**Highlights:**

- [Guest Quote] *I am a physician myself, in the radiology department at Stanford. I ordered a test for myself at Theranos late Saturday afternoon, and for $25 received the result in 4 hours! At Stanford, that test probably would have taken 3 days because of weekend and would have probably cost around $750!I have had some other routine blood tests done at your lab and cross checked the results with Stanford and they were all congruent. Thank you.*

- [Guest Quote] *What a great experience. Quick and painless. Love the finger draw since I'm an older lady and veins aren't good. Thank you for making this so much easier AND affordable.*

- [Guest Quote] *So great! Especially for students who are on a budget. Making my blood tests more affordable is really great. Thank you.*

- [Phlebotomist Anecdote] Guest is an Internal Medicine Physician who sends most of his patients to Theranos, it was time for him to get some blood work so he came to check us out, he said the main concern is cost with all the other labs. He has paid up to $1,200 dollars for the same labs that he got done here today. He was thrilled and satisfied with everything he said the experience was great and he is glad that Theranos is around!

- [Phlebotomist Anecdote] This was the guests first time at Theranos. She was amazed and really happy with us. She said she went down to Lab Corp and was told it would cost her $200 for her labs. When she came here and it only cost her $40. She is cash pay with no insurance.

**Ryan Karpel**
Program Manager

Theranos, Inc.

<span style="background:black">████████</span>

rkarpel@theranos.com

CONFIDENTIALITY NOTICE: This e-mail transmission (including any attachments accompanying it) is intended only for the use of the intended recipient, is Theranos, Inc. confidential information, and may contain information that is privileged and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the contents of this e-mail transmission is strictly prohibited. If you have received this transmission in error, please promptly notify the sender by replying to this e-mail and then destroy all copies of the transmission.

THPFM0003868899
SEC-USAO-EPROD-004251784

File Produced in Native Format

Confidential

THPFM0003868981
SEC-USAO-EPROD-004251866

Theranos Internal Only

| Response ID | Guest Name | Visit Time | Comments |
|---|---|---|---|
| 15155 |  | 9/22/14 12:00 AM | My boss is a physician and is also my primary care doctor; she sends most of our patients to Theranos now because the pricing is unbeatable, you submit to insurance, don't charge draw fees, get results back in two days, and all of our patients have reported a pleasant experience at Theranos. My experience was pleasant, also, and the technician was good. The process is quick and simple and we hope you expand into more Walgreens locations. |

Theranos Internal Only

| 31523 | ███████████████ | 2/25/15 7:11 AM | As someone who falls through the health care insurance cracks and pays for services myself, the drastically reduced cost of your tests will greatly increase the frequency and scope and thus the benefits of my boodwork. Thank you. |

Theranos Internal Only

| 36150 |  | 4/15/15 6:55 AM | I have been to a Theranos facility twice and I love that they do not leave huge bruises on my arm. Wish that we had a Theranos in Show Low, AZ so I didn't have to drive 3 and half hours but well worth the drive. |



| 38612 | | 5/12/15 9:32 AM | I was VERY impressed with the price, technology, quick turnaround time, and the overall service. You've sold me as a regular Theranos client after just one visit! |
|---|---|---|---|

Theranos Internal Only

| 48542 |  | 8/15/2015 17:09 | I am a physician myself, in the radiology department at Stanford. I ordered a test for myself at Theranos late Saturday afternoon, and for $25 received the result in 4 hours!  At Stanford, that test probably would have taken 3 days because of weekend and would have probably cost around $750!I have had some other routine blood tests done at your lab and cross checked the results with Stanford and they were all congruent. Thank you. \n |

Theranos Internal Only

Theranos Internal Only

| 12/17/2014 | WAG3464 | 126020 | Guest is return Guest, no procedural issues.  She does not have insurance and thus is very grateful for the very affordable prices and the great service we offer. |

Theranos Internal Only

| 3/6/2015 | WAG13596 | 149621 | Returning Guest, comes to Theranos because his insurance does not cover the frequent visits, he monitors his Prostate due to Prostate Cancer that he is treating holistically"." |
|---|---|---|---|

Theranos Internal Only

| 3/23/2015 | WAG3727 | 155377 | The guest is new to Theranos having been referred by his physician ████. His Dr. talked highly of Theranos and the guest was impressed that the Dr. referred him to us as opposed to having the in-clinic phlebotomist draw his blood.  The guest mentioned that his prior lab work for the same tests cost him 700 dollars and today it would cost him 37 dollars if insurance doesn't cover it.  He said we definitely have a new customer in him.  The draw went very well.  The guest gets apprehensive when having his blood drawn and doesn't like it.  I took time to explain the procedure and to show him the smaller tubes.  He was surprised that by the time he got done explaining his dislike for it, I was done drawing his blood.  Check in time was extended due to new patient information and transcription. |

| 4/25/2015 | WAG5776 | 167833 | Power Perform 167833, great guest, return visitor, he normally goes to Mexico to get his blood work done because it is cheap and he can order whatever he wants done, he is so happy that he will soon be able to come to us to get his blood work done instead of having to go to Mexico. |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4/28/2015 | WAG3132 | 178795 | This was a return guest, here for the second time.  She said she was amazed by our prices and didn't have insurance the last time, she had looked up prices thru the Sonora Quest website to compare them to our prices and they charged $150 for just one of the tests and with all of her tests combined here, which were five tests, we charged her $92.  Plus, she said we are much more personable here and she likes the facility.  Everything went great, check in was a little long because of this being done thru power perform, I had to get the pharmacy tech to close out the visit, and the transcription took a little long too. |

Theranos Internal Only

| | | | |
|---|---|---|---|
| 5/5/2015 | WAG4793 | 181659 | Guest is a returning patient. He was happy to be getting a finger stick. He has very hard veins. Guest disclosed to me that he used to take drugs and that caused his veins to be very hard to get blood from. He was very thankful for our prices he said one time he looked up how much his cost would be with a competitor lab. And their price would have been about $700 whereas Theranos was only about $70. I did collect two samples off one finger stick and then the third was off a different lance. |
| 5/7/2015 | WAG3132 | 182680 | This was a return guest, here for the second time.  She was going to Labcorp but having to pay almost $200 every time, which was every 3 months.  She is so happy she found us.  Today everything went well with her procedure and it was just a bit longer because she had a urine collection.  She stayed after the procedure for a few minutes as well so I could help her get her app up and running on her phone. She loved that we have this available. |

| 5/27/2015 | WAG3132 | 190535 | Return guest. He couldn't express how much he appreciates Theranos. He said that with out this service he wouldn't be able to afford to have lab work done when he really needs it. He doesn't have insurance and has been having issues with getting approved for insurance and even getting his medication. By being able to have his lab work done he is able to monitor his health regularly to make sue everything is fine without medicine. He couldn't stop thanking me for being here to help him.I collected the 2 gCTN off of the same finger stick. They were collected in 42 seconds. |
|---|---|---|---|

| 6/1/2015 | WAG3132 | 192396 | This was a return guest, here for the second time.  He is still amazed by the prices and loves how much he saves so much that he comes down from Prescott to have his tests done.  Everything went great and he was happy to do the survey for me, even though he's done it before. |
|---|---|---|---|

| 6/1/2015 | WAG2851 | 192917 | return guest-- guest is happy about our prices, for she pays out of pocket for  her testing here. venous draw was completed with no procedural issues. urine kit also collected |
|---|---|---|---|

| 6/4/2015 | WAG4507 | 194440 | PP,  no problems. Mother and daughter came from California for a day to visit there Dr. and he sent them here for labs because at Quest Diagnostics the labs were $2,400 (she showed me the print out of the cost!) and they paid $177.00 and $192.00. With there plane tickets, taxi and labs they spent a total of 300.00 they said. That isn't even half of what there labs would have been. They were so thankful and love everything about Theranos |
|---|---|---|---|

Theranos Internal Only

| 6/8/2015 | WAG3008 | 195840 | Return patient . Loves our prices since he pays cash. Left happy and will be back in about 4 months. |

| 6/16/2015 | WAG1272 | 199683 | Guest has visited theranos.Guest likes how affordable prices are and now he can actually be tested without worrying about the hundreds he would pay at any other lab. |
|---|---|---|---|

| 6/19/2015 | WAG3657 | 201172 | RETURN GUEST. GUEST LOVES HOW SHORT THE WAIT IS. SHE IS UNINSURED AND LOVES OUT LOW PRICES. |
|---|---|---|---|

| 6/19/2015 | WAG3657 | 201176 | RETURN GUEST. GUEST IS UNINSURED AND LOVES OUR LOW PRICES. |
|---|---|---|---|
| 6/23/2015 | WAG4046 | 202826 | return guest had additional testing that he needed done he took his lab form to lab express first and all of the tests were $1300 and he was not happy with that so he was trying to talk to his doctor and figure out what tests he could go without when he decided to come here an see how much ours would be |
| 6/24/2015 | WAG3177 | 203325 | Patient is a return guest at this location.  All successful with draw.  She has been on a $3000 per month antibiotic and in and out of the hospital battling a MRSA infection.  She said Theranos lab testing prices are a Godsend.  All successful with draw. |

Theranos Internal Only

| 7/14/2015 | WAG2771 | 212976 | Guest is a returning visitor, she mentioned how she has to come in and get blood drawn 3 times a week for a while and how it costs her over $100 each visit if she does it through her doctor. She did have a little wait due to the guest in front of her. This guests blood was easy to draw though and she was able to leave quickly after. |

Theranos Internal Only

Theranos Internal Only

| 7/17/2015 | WAG3464 | 215073 | This was a returning guest. He really likes the fact that he i able to get this test done here at Theranos for less than $3 when he used to pay sometimes up to $70. There were no collection issues. |
|---|---|---|---|

Theranos Internal Only

| 7/27/2015 | WAG1272 | 219991 | Guest has been to Theranos before. She recommended us to her Dr.s office and ever since they've been sending over their guests to us. She was told to go to lab corp and after she went once before she really didn't like it due to very expensive prices. For the test she got here for $10.36 she paid $110.00 over there. never again did she go back thanks to Theranos. |
|---|---|---|---|

| 7/30/2015 | WAG3657 | 221910 | RETURN GUEST. GUEST LOVES HOW QUICK AND EASY IS IS TO GET HIS LABS DONE. GUEST HAS WEEKLY TESTING AND SAID THAT HE SAVES A LOT OF TIME NOW THAT HE'S NOT GOING TO SONORA QUEST ONCE A WEEK. |
|---|---|---|---|

| 8/5/2015 | WAG1272 | 225647 | Guest has been to Theranos. He appreciates how cnvenient our location and prices are. For the same test in Sonora quest the test cost $25 and we offer it for $3. |
|---|---|---|---|

| 8/6/2015 | WAG1272 | 226225 | Guest has been to Theranos before. She heard about us from a family friend. She would pay $125 and now she's paying around 25 for the tests. She's very thankful. |
|---|---|---|---|

Theranos Internal Only

| 8/11/2015 | WAG1197 | 228651 | This is a returned guest. He said he was referred by someone from his DR. office. He said that he normally would go to SQL and be charged $800 for the tests that he would have done today. That is when he was told it is better to come here because it is more affordable. I had no issues with collection. I told guest about app and website. I also got his email because there wasn't one on file. |

| 8/13/2015 | WAG3477 | 230345 | Guest was a returning Guest, she was  a power perform check in.  She was very grateful for the very inexpensive and affordable prices that we offer.  She had gone to Sonora Quest with a different lab order and they would have charged her $700 dollars to her insurance, she instead came to us and the same lab order of tests cost her $59 with Theranos. |

| 8/15/2015 | WAG6582 | 231751 | Returned Guest referred by ▓▓▓▓▓.  He was asking if and when we will start doing a DHT test, (Hormone test).  He said he had gone to Any time Labs and it was $140.00.  He really wants it done but refuses to pay that much for a test and is really hoping Theranos will provide the test one day as affordable as the rest of them. |

| 8/18/2015 | WAG6241 | 233233 | return guest, said that when he found us, he loved our services and prices and will not go anywhere else. says that he hopes we put those other jokers out of business because we have a great model and the other lab made him sign a form that said if they had a hard time with his insurance company, they would bill him $500 for their time. |

| 8/19/2015 | WAG3177 | 234293 | Guest in today for venous blood draw, performed w/o difficulty. Guest is a physician and came in with such amazement of how low cost theranos tests are. He stated that he went to another lab which was going to charge him over $100 for the test ordered and our cost was only a little over $30. He went on to say that theranos needs to put out commercials to let the public know more about the company. |
|---|---|---|---|

| 8/20/2015 | WAG3657 | 235232 | Return guest. Guest thought that she had standing orders but we could not find them in the system. I called CS and spoke with Elena. She was able to call the doctor and have them fax over an order. Guest did not mind the wait. Guest is uninsured and loves our prices. She said that she was previously going to Sonora Quest, where she paid over $600 a month. Now she pays only $80 per month. |
|---|---|---|---|

| 8/21/2015 | WAG3477 | 236149 | Returning guest, was very happy with the service and the prices. She said that at Sonora Quest she had to pay almost $2000 for the same tests that cost $50 at Theranos. No issues with procedure. |
|---|---|---|---|