STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    Kelly.Volkar@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | DECLARATION OF ROBERT S. LEACH IN SUPPORT OF UNITED STATES' MOTION TO EXCLUDE DOCUMENTS PRODUCED BY DEFENDANT FOR FIRST TIME ON DECEMBER 6, 2021 |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Date: December 7, 2021<br>Time: 8:00 a.m.<br>Court: Hon. Edward J. Davila |

I, Robert S. Leach, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. On Monday, December 6, 2021, at 2:18 p.m. (PST), I received an email from defense counsel stating "Ms. Holmes may use the attached documents as part of her case-in-chief at trial" and attaching four separate documents labeled with Bates stamps ranging from HOLMES0019286–HOLMES0019292 and HOLMES0019369–HOLMES0019379.

3. I am unaware of why there is a gap of approximately 77 pages in the Bates range.

4. I attach the four documents defense counsel produced to the government today as exhibits hereto, with redactions of personally identifiable information, as appropriate:

   a. Attached hereto as Exhibit 1 is a true and correct copy of HOLMES0019286, with redactions of personally identifiable information.

   b. Attached hereto as Exhibit 2 is a true and correct copy of HOLMES0019287–HOLMES0019288.

   c. Attached hereto as Exhibit 3 is a true and correct copy of HOLMES0019289–HOLMES0019292, with redactions of personally identifiable information.

   d. Attached hereto as Exhibit 4 is a true and correct copy of HOLMES0019369–HOLMES0019379.

5. I am unaware of Exhibits 1 through 4 appearing elsewhere within Defendant's prior discovery productions to the government in this case.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Contra Costa County, California, on December 6, 2021.

DATED: December 6, 2021

*/s/ Robert S. Leach*
ROBERT S. LEACH
Assistant United States Attorney