| | |
|---|---|
| **To:** | Elizabeth Holmes[eholmes@theranos.com] |
| **Cc:** | Sunny Balwani[sbalwani@theranos.com] |
| **From:** | David Doyle[/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DAVID DOYLE] |
| **Sent:** | Mon 4/9/2012 8:01:19 PM (UTC) |
| **Subject:** | RE: trade secret policy |

Case 5:18-cr-00258-EJD   Document 1185-2   Filed 12/06/21   Page 1 of 1

OK, I will put something together.  Thanks.

---

**From:** Elizabeth Holmes
**Sent:** Monday, April 09, 2012 1:00 PM
**To:** David Doyle
**Cc:** Sunny Balwani
**Subject:** trade secret policy

David.
We need to create a concise document on Theranos' trade secret policy for our team leads. In essence, this document should highlight the extra confidentiality procedures (even inside a given team) that need to be in place around methodologies that we won't patent that solve complex challenges. Please take a pass at this and send it over,
Elizabeth.


Elizabeth Holmes
CEO
Theranos, Inc.

Tel:
Fax:

==================================
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 3200 Hillview Avenue, Palo Alto, CA, 94304
650-838-9292      www.theranos.com
==================================

HOLMES0019286