**From:** Elizabeth Holmes
**Sent:** Tuesday, December 6, 2016 12:07 PM
**To:** Jim Mattis
**Subject:** RE: Theranos Board Call Dec 2016
**Attach:** image001.jpg

Thank you for this. Let us know if/how we can support this in any way as relevant any time –
Elizabeth

**From:** Jim Mattis
**Sent:** Monday, December 05, 2016 10:41 AM
**To:** Diana Lee <dlee@theranos.com>
**Cc:** eahoffice <eahoffice@theranos.com>; Elizabeth Holmes <eholmes@theranos.com>; "Sally Donnelly" <sallydonnelly
**Subject:** RE: Theranos Board Call Dec 2016

Thanks, Diana.   Due to my status of pending nomination and possibly going into a confirmation process, I need to recuse myself from the board meeting.  Sorry.

Best, Jim

**From:** Diana Lee [mailto:dlee@theranos.com]
**Sent:** Monday, December 05, 2016 10:34 AM
**To:** 'Jim Mattis'
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE  Therano   Board Call Dec 2016

Hi General Mattis,

I hope you had a nice weekend. We are looking to reschedule the 12/16 Board Call.
Are you available on **Thursday, 12/15 from 10:00 AM – 12:00PM PT**?

Thanks,
Diana

**From:** Jim Mattis
**Sent:** Thursday, November 10, 2016 11:23 AM
**To:** Diana Lee <dlee@theranos.com>
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Thank you, Diana.  Good to go!   Best, Jim

**From:** Diana Lee [mailto:dlee@theranos.com]
**Sent:** Thur  day, November 10, 2016 11 36 AM
**To:** 'Jim Mattis'
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Hi General Mattis,

Hope you're well. I would like to confirm our next two Theranos Board Calls on:

    Monday, 11/21 from 3:30 – 5:30 PM PT
    Friday, 12/16 from 3:30 – 5:30 PM PT

You can use the dial-in info below for the call on 11/21 and we look forward to seeing you in person on 12/16.

INTERNATIONAL TOLL FREE AND LOCAL PHONE NUMBERS
  USA  :
  USA /Canada (toll free)  :

**Guest Passcode:**

Regards,
Diana

---

**From:** Jim Mattis
**Sent:** Tuesday, October 25, 2016 2:56 PM
**To:** Diana Lee <dlee@theranos.com>
**Cc:** eahoffice   eahoffice@therano   com
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Thanks, Diana.  I'll be calling in on Nov 21st at 3:30 PM.

For Dec Board Call   I'm in DC and unavailable 12, 13, 14 & 15   I'm available to attend in per  on on the 16 h     I'm out of area 17th through 31st but available to call in anytime from 19 to 31 Dec (unavailable 17 & 18 Dec).

Best, Jim

**From:** Diana Lee [mailto dlee@therano   com]
**Sent:** Tuesday, October 25, 2016 2:36 PM
**To:** 'Jim Mattis'
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Hi General Mattis,

I would like to confirm the November 21st call from 3:30 – 5:30PM.

It looks like we're back to the drawing board for the Dec dates. Do you have any conflicts or days that will not work for you between Dec 12 – 23?

Thanks,
Diana

---

**From:** Jim Mattis
**Sent:** Friday, October 21, 2016 1:34 AM
**To:** Diana Lee <dlee@theranos.com>
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Sure, Diana.  I can do Nov 21st.   I can't attend in person so I'll need to call in, but no problem.

Let me know what date you decide on.   Thanks, Jim

**From:** Diana Lee [mailto:dlee@theranos.com]
**Sent:** Thursday, October 20, 2016 7:53 PM
**To:** 'Jim Mattis'
**Cc:** eahoffice <eahoffice@theranos.com>
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Hi General Mattis,

There's seems to be a conflict for one of the board members for the November dates. Are you available on Nov 21st from 3:30 – 5:30 PM PST?

Thanks,

HOLMES0019290

**From:** Jim Mattis
**Sent:** Wednesday, October 19, 2016 5:04 PM
**To:** Diana Lee <dlee@theranos.com>
**Cc:** eahoffice <eahoffice@theranos.com>; 'Jim Mattis'
**Subject:** RE: Theranos Board Calls for Nov/Dec 2016

Dear Diana,

I can do either Nov 10th or 17th, 3:30 to 5:30 PM.

I'm uncertain if I can do the Dec meeting due to overseas travel. My only likely time is the 7th from 3:30 to 5:30 PM (assuming I'm not flying at that time).

Please keep me posted on the final decision.

Best, Jim

**From:** Diana Lee [mailto:dlee@theranos.com]
**Sent:** Wednesday, October 19, 2016 4:37 PM
**To:** 'Jim Mattis'
**Cc:** eahoffice <eahoffice@theranos.com
**Subject:** Theranos Board Calls for Nov/Dec 2016

Hi General Mattis,

We are trying to schedule our next two Board Calls. Can you let us know if you are available in person (if not, then phone) for the following dates?

- November 10th or 17th from 3:30 – 5:30PM
- December 6th, 7th, or 8th from 3:30 – 5:30PM

Thanks,
Diana


**Diana Lee**
Executive Assistant to Elizabeth Holmes
Therano , Inc | 1701 Page Mill Road | Palo Alto, CA 94304
O:                              | E: dlee@theranos.com

   **Join us.**
We are redefining healthcare.

======================================
This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.
Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304

========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com

========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com

========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com

========================================

This electronic transmission, and any files transmitted with it, may contain information that is privileged, proprietary, trade secret or confidential or otherwise protected. If you are not the intended recipient, any use, disclosure, copying, or distribution of the contents of this e-mail or its attachments, in whole or in part, is prohibited. If you have received this email in error, please notify the sender by return e-mail and delete all copies from your system. Unless explicitly and conspicuously designated as "E-Contract Intended," this e-mail does not constitute a contract offer, a contract amendment, an acceptance of a contract offer, or a memorialization of an existing or prospective contract, and no party is entitled to rely thereon. Please note that any views or opinions contained in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments, the recipient should check for the presence of viruses; Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email.

Theranos, Inc., 1701 Page Mill Rd., Palo Alto, CA, 94304
650-838-9292 www.theranos.com