# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
### Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date: 12/7/2021
Time in Court: 8:36-11:04am,11:46am-1:27pm,2:04-4:04pm
**(TOTAL time: 6 Hrs. 9 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia, Richard Cleary
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS: Jury Trial (Day 41)**

Further Jury Trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Wednesday, December 8, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: 5126,5127,5727,5728,5733,5731,5730,2065,5536,5611,5090,5623,5609,5720,5635, 5717,3165
Defendants: 15066,15058,15054,15055,14186,15070,7439,15062,15061


**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **5126,5127,5727,5728,5733,5731,5730,2065,5536,5611,5090,5623,5609,5635 Pgs. 6&7 only,**
Defendants: **15066,15058,15054,15055,14186,15070,7439,15062,15061**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>December 7, 2021 | | REPORTER(S):<br>Irene Rodriguez | | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 8:36 am | Court in session Counsel and Defendant present outside the presence of the Jury | |
| | | | The Court hears arguments as to the Government Motion to Exclude *Documents Produced by Defendant for First Time on 12-6-2021* (Dkt. 1185 filed 12/6/2021) | |
| | | | The Court hears arguments as to the Motion in Limine *Renewed Motion to Admit Customer Feedback Reports* by Elizabeth A. Holmes (Dkt. 1180 filed 12/6/2021) | |
| | | 9:43 am | Court takes recess | |
| | | | Court in session Counsel and Defendant present.  Jury seated. | |
| CX | | 9:45 am | Cross examination of W#32 Elizabeth Holmes resumes by Government Counsel Robert Leach | |
| EX 5126 | | | ADMITTED – Email chain – From: Daniel Young; To: Elizabeth Holmes; Subject: CLIA Updates (Dated 10/22/2013) | |
| EX 5127 | | | ADMITTED – Email chain – From: Daniel Young; To: Elizabeth Holmes; Subject: Test in CLIA Lab (Dated 10/22/2013) | |
| EX 5727 | | | ADMITTED – Email To: Theranos; Bcc: Shareholders; Subject: Theranos w/attachment Fortune Article (Dated 6/12/2014) | |
| | | 11:04 am | Court takes recess 30 mins | |
| | | 11:46 am | Court in session Counsel and Defendant present. Jury seated | |

2

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 11:46 am | Cross examination of W#32 resumes |
| EX 5728 | | | ADMITTED – Theranos – Exemplary Reports from Pharmaceutical Partners<br>Defense objection – Court overruled the objection and admitted the exhibit |
| EX 5733 | | | ADMITTED – Email From: Elizabeth Holmes; To: Gary Roughead; Subject: Theranos Call (Dated 9/29/2014) |
| EX 5731 | | | ADMITTED – Email From: Elizabeth Holmes; To: Bill Foege (Independent Contractor) (Dated 10/7/2014) |
| EX 5730 | | | ADMITTED – Email Chain – From: Gerrit van Roekel; To: Elizabeth Holmes; Subject: Thank You & Follow up (Dated 10/23/2014) |
| EX 2065 | | | ADMITTED – Email Chain – From: Christian Holmes; To: Elizabeth Holmes, Sunny Balwani; Subject: BDT Visitors to WAG Saturday (Dated 10/10/2014) |
| EX 5536 | | | ADMITTED – Email Chain – From: Sunny Balwani; To: Elizabeth Holmes; Subject: Safeway/Theranos Meeting 6/26/2013 w/attachment (Dated 6/28/2013) |
| EX 5611 | | | ADMITTED – Email Chain – From: Elizabeth Holmes; To: William Westrick; Subject: None (Dated 7/7/2013) |
| EX 5090 | | | ADMITTED – Email From: Daniel Young; To: Elizabeth Holmes; Subject: Ready for Demo (Dated 7/11/2013) |
| EX 5623 | | | ADMITTED – Email From: Christian Holmes; To: Elizabeth Holmes; Sunny Balwani; Subject: Deck for Boots Meeting Tomorrow w/attachment (Dated 7/11/2013) |
| EX 5609 | | | ADMITTED – Theranos Alliance Boots Walgreens Power Point – Slide Presentation (Dated 7/11/2013) |
| | | 1:27 pm | Court takes recess – 30 mins |
| | | 2:04 pm | Court in session Counsel and Defendant present. Jury seated |

| TRIAL DATE: December 7, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| EX 5720 | | | IDENTIFICATION - |
| EX 5635 | | | ADMITTED – Email From: Lisa Durkin; To: Elizabeth Holmes; Subject: Charter – Naples – Pgs. 6 and 7 ONLY (Dated 11/11/2015) Defendant objection to admission – Court overruled the objection and admitted specific pages only |
| EX 5717 | | | IDENTIFICATION - |
| EX 3165 | | | IDENTIFICATION - |
| | | 2:36 pm | Cross examination concludes |
| | RDX | 2:37 pm | Re-direct examination of W#32 Elizabeth Holmes begins by Defense Counsel Kevin Downey |
| | EX 15066 | | ADMITTED – Email From: Carolyn Balkenhol; To: Aiden Flynn; Subject: Follow up w/attachment (Dated 3/3/2009) |
| | EX 15058 | | ADMITTED – Email From: Elizabeth Holmes; To: Thomas Breuer; Subject: Follow up to our meeting w/attachment (Dated 12/15/2009) |
| | EX 15054 | | ADMITTED – Email Chain – From: Elizabeth Holmes; To: David Doyle; Subject: Trade Secret Policy (Dated 4/9/2012) |
| | EX 15055 | | ADMITTED – Email From: David Doyle; To: Elizabeth Holmes; Subject: Trade Secret Policy Reminder (Dated 5/2/2012) |
| | EX 14186 | | ADMITTED – Email From: Daniel Mosley; To: Elizabeth Holmes, Sunny Balwani; Subject: Closing for Greg Penner, Alice Walton, Dr. Kissinger (Dated 12/12/2014) |
| | EX 15070 | | ADMITTED – Email Chain – From: Sunny Balwani; To: Daniel Young; cc: Elizabeth Holmes; Subject: my response to Tyler (Dated 4/13/2014) |

| TRIAL DATE:<br>December 7, 2021 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | EX 7439 | | ADMITTED – Email From: Sunny Balwani; To: Daniel Young; cc: Elizabeth Holmes; Subject: new draft of my response w/attachment (Dated 4/14/2014) | |
| | EX 15062 | | ADMITTED – Theranos Board of Directors Slide Deck for Meeting on 7/14/2015 | |
| | EX 15061 | | ADMITTED – Email Chain – From: Elizabeth Holmes; To: James Mattis; Subject: Theranos Board Call Dec. 2016 (Dated 12/6/2016) | |
| | | 4:00 pm | Court admonishes the Jury. Jury excused | |
| | | 4:01 pm | Court in session with Counsel and Defendant outside presence of Jury | |
| | | 4:04 pm | Court adjourns for the day | |
| | | | Further Jury Trial scheduled for Wednesday, December 8, 2021 at 9:00 a.m. | |