**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date: 12/8/2021
Time in Court: 9:04-10:31am,11:03-11:04,11:08-11:23,11:33-11:37,11:41-11:47am
**(TOTAL time: 2 Hrs. 3 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**

Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

---

**PROCEEDINGS: Jury Trial (Day 42)**

Further Jury Trial held. Testimony held and evidence entered. Further Jury Trial scheduled for Thursday, December 9, 2021 at 9:00 a.m.
**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: N/A
Defendants: 7586A,13288A,14529 (previously admitted – admitted in presence of Jury)


**The following exhibits are ADMITTED into evidence:**
Plaintiffs: N/A
Defendants: **7586A Pg. 1 only (email),13288A,14529 (previously admitted – admitted in presence of Jury)**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE: December 8, 2021 | | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:04 am | Court in session Counsel and Defendant present. Jury seated | |
| | RDX | 9:05 am | Re-direct examination of W#32 Elizabeth Holmes resumes by Defense Counsel Kevin Downey | |
| | EX 13288A | | ADMITTED – Excerpts<br>Taken under submission until government can review<br>Previous exhibit 13288 is stricken | |
| | EX 7586A | | IDENTIFICATION –<br>Government objection to admission – Court takes the matter under submission to discuss with counsel outside presence of jury | |
| | EX 7476 | | ADMITTED – Email chain – From: Jeffrey Blickman; To: Sunny Balwani, Elizabeth Holmes; Subject: Experience Survey Results (Sept) (Dated 10/1/2014)<br>Government objection to admission – Court admitted the exhibit on limited purpose.  Not offered for the truth of the matter but for state of mind. | |
| | EX 14259 | | Previously ADMITTED outside presence of Jury.  Counsel admitted the exhibit on the record in presence of Jury | |
| | | 10:00 am | Re-direct examination concludes | |
| RCX | | 10:00 am | Re-cross examination of W#32 Elizabeth Holmes begins by Government Counsel Robert Leach | |
| | | 10:14 am | Re-cross examination concludes | |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | | Defense Counsel informs the Court no further questions for the exception of the exhibits pending for admission |
| | | 10:15 am | W#32 testimony concludes and witness steps down |
| | | 10:15 am | Jury excused for brief recess |
| | EX 7586A | 10:16 am | Court in session Counsel and Defendant present outside presence of Jury – taking up Exhibit 7586A the government's objection to admission – **Court admits pg. 1 email ONLY** on limited purpose. Not offered for the truth of the matter but for state of mind. |
| | | 10:31 am | Court takes recess – 20 mins |
| | | 11:03 am | Court in session Counsel and Defendant present outside presence of Jury |
| | | 11:04 am | Government has no objection to the admission of Exhibit 13288A – excerpts offered by the defense |
| | | 11:04 am | Off record |
| | | 11:08 am | Court in session Counsel and Defendant present. Jury seated |
| | | 11:08 am | Defense moves to admit exhibit 7586A |
| | EX 7586A | | ADMITTED – First pg. only of email<br>Government objection to admission – Court sustained objection as to remainder of the document |
| | | | Defense moves to admit exhibit 13288A |
| | EX 13288A | | ADMITTED – Excerpts<br>Government objection to admission – Court admitted the exhibit on limited purpose. Not offered for the truth of the matter but for state of mind. |
| | | 11:10 am | Defense case rests |
| | | 11:10 am | Government has no rebuttal case and Government rests |

| TRIAL DATE: December 8, 2021 | | REPORTER(S): Irene Rodriguez | CLERK: Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| | | 11:10 am | Court informs the Jury both sides rest and all the evidence and testimony has been presented.<br>The Court informs the Jury of the proposed schedule |
| | | 11:16 am | Jury excused to review schedule |
| | | 11:16 am | Court in session Counsel and Defendant present outside presence of Jury taking up housekeeping matters |
| | | 11:23 am | Court takes recess |
| | | 11:33 am | Court in session Counsel and Defendant present outside presence of Jury – taking up scheduling |
| | | 11:35 am | Government addresses the court with moving to strike some testimony of Defendant – Government to file motion by 12pm on 12/9/2021, and response by Defendant thereafter |
| | | 11:37 am | Off the record |
| | | 11:41 am | Court in session Counsel and Defendant present. Jury seated |
| | | 11:45 am | Court admonishes the Jury. Jury excused to return on 12/16 at 9am for closing statements |
| | | 11:45 am | Court in session with Counsel and Defendant outside presence of Jury Court sets hearing on motion for Friday, 12/10/2021 at 9:00 a.m. |
| | | 11:47 am | Court adjourns |
| | | | Further Jury Trial with Counsel only on Friday, December 10, 2021 at 9:00 a.m. |
| | | | Further Jury Trial scheduled for Thursday, December 16, 2021 at 9:00 a.m. for closing statements |