UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order

Date:  12/10/2021
Time in Court: 9:10-11:00am,12:08-2:05pm
**(TOTAL time: 3 Hrs. 47 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 43)**

Further Jury Trial held. Charging Conference (Jury Instruction Review) with Counsel ONLY held on Friday, December 10, 2021.  Further Jury Trial scheduled for Thursday, December 16, 2021 at 9:00 a.m.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**