UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| USA,<br>　　　　Plaintiff,<br>　　v.<br>ELIZABETH A. HOLMES,<br>　　　　Defendant. | Case No.   5:18-cr-00258-EJD-1<br><br>**ORDER RE DEFENDANT'S MOTION TO STRIKE THE CMS REPORT** |

The Court has reviewed the transcript, see Transcript at 7084–7090, and requests the Parties' views regarding the admissibility of Government's Exhibit 4621A & B ("the 2016 CMS Report") with respect to the charging period. This is in relation to today's discussion regarding Jury Instruction 31. The Parties are instructed to file written briefing by noon on 12/12/2021 and are ordered to appear for a hearing on 12/13/2021 at 9:00 a.m. The Parties' briefs shall not exceed ten pages.

**IT IS SO ORDERED.**

Dated: December 10, 2021

　　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge