JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>   Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE EXHIBITS 4621A AND 4621B**<br><br>Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE EXHIBITS 4621A AND 4621B
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Supplemental Brief in Support of Motion To Strike Exhibits 4621A and 4621B. I attest to the following facts upon which the Motion relies.

2. Attached to this declaration are 4 exhibits. The contents of the exhibits are as follows:

    a. Exhibit 1 is a true and correct copy of pages 1-4 of Exhibit 4621, later marked as Exhibit 4621A.

    b. Exhibit 2 is a true and correct copy of pages 40-48 and 51-57 of Exhibit 4621, later marked as Exhibit 4621B.

    c. Exhibit 3 is a true and correct copy of a memorandum of a September 12, 2017 government interview of CMS inspector Sarah Bennett.

    d. Exhibit 4 is a true and correct copy of excerpts of the transcript of Sarah Bennett's deposition in the matter SEC v. Balwani, No. 5:18-CV-01602-EJD.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of December 2021 in San Jose, CA.

*/s/ Amy M. Saharia*

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO STRIKE EXHIBITS 4621A AND 4621B
CR-18-00258 EJD

1