# EXHIBIT 4

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE

COMMISSION,

        Plaintiff,

vs.                      CASE NO. 5:18-CV-01603-EJD

RAMESH "SUNNY" BALWANI,

        Defendant.

_____/


CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER


        The above-captioned video deposition of SARAH BENNETT was held on Wednesday, January 29, 2020, commencing at 8:35 a.m., at the Law Offices of DLA Piper, 100 Light Street, Suite 1350, Baltimore, Maryland, before Steven Poulakos, Notary Public.


REPORTED BY:  Steven Poulakos, RPR

Page 156

```
03:34:16   1    was the author of that DTAG.
           2    BY MR. CAZARES:
03:34:19   3         Q    And then if you continue to the next page
03:34:21   4    10813 after D2128, there's D5024.
03:34:27   5         A    Yes.
03:34:28   6         Q    Is that also your work?
03:34:33   7         A    That is a combination of both Mr. Yamamoto
03:34:35   8    and myself.
03:34:40   9         Q    Now, under both of these -- under both of
03:34:45  10    these DTAGs D2128 and D25024, D2128 is indicated as a
03:34:54  11    standard level deficiency.
03:34:57  12              Do I have that right?
03:34:58  13         A    Yes.
03:34:58  14         Q    And what does that mean to be a standard
03:35:00  15    level deficiency?
03:35:03  16         A    We have two -- we have two levels of
03:35:05  17    deficiency, standard and conditions.  If you kind of
03:35:09  18    think of it as a tree, the condition is the top of the
03:35:12  19    tree and the standards are the limb under the tree.  So
03:35:15  20    they're standards that are wrapped up into a condition.
03:35:19  21    Condition-level noncompliance is usually more serious
03:35:25  22    than standard level.
03:35:32  23         Q    And how do you decide what or how much
03:35:36  24    evidence to cite in support of the deficiency finding?
03:35:45  25              MR. KATZ:  Objection, vague.
```

```
03:35:51  1              THE WITNESS:  Once there's a determination
03:35:53  2     of noncompliance, you have to use your professional
03:35:58  3     surveyor judgment to determine what evidence you need
03:36:01  4     to support that noncompliance and there's no standard
03:36:05  5     set.  It all depends on the -- it's very situational.
           6    BY MR. CAZARES:
03:36:16  7         Q    In your own practice, is it your practice
03:36:18  8     to cite or refer to the most significant evidence or
03:36:23  9     most important evidence supporting your findings?
03:36:31 10         A    When I'm writing deficiencies, I am going
03:36:35 11     to include whatever findings support my deficient
03:36:39 12     practice statement which is the based on statement.
03:37:01 13         Q    So just so I understand the difference.  So
03:37:04 14     under for DTAG D2128 that we're looking at hematology.
03:37:08 15         A    Um-hmm.
03:37:09 16         Q    Sticking with that same page.  There's --
03:37:12 17     under hematology, there's 1 and 2 which is what?
03:37:18 18         A    Under 2128?
03:37:19 19         Q    Yeah.
03:37:20 20         A    That's the regulatory language.
03:37:21 21         Q    Okay.  So there's a 1 and 2 is the
03:37:23 22     regulatory language?
03:37:24 23         A    Which is pre-populated.
03:37:27 24         Q    And then there's -- this standard is not
03:37:29 25     met as evidenced by and then there's a based on review.
```

03:49:53  1   guess, the risk relating to the condition or
03:49:55  2   noncompliance is more important than the number of
03:49:59  3   deficiencies?
03:50:01  4           MR. KATZ:  Objection, misstates the
03:50:01  5   witness's testimony and leading.
03:50:09  6           THE WITNESS:  What I'm saying is the number
03:50:11  7   of standards -- there's no requirement to have a
03:50:15  8   certain number of standards out of compliance in order
03:50:18  9   to call a condition.  It all is situation dependent and
03:50:21 10   what you find on the survey as to how serious the
03:50:26 11   particular noncompliance is.
         12   BY MR. CAZARES:
03:50:43 13       Q   In your experience, can -- or have you --
03:50:48 14   have you observed or known -- well, let me back up.  In
03:50:53 15   your experience, can two qualified experienced
03:50:55 16   surveyors come to different conclusions relating to
03:51:01 17   similar findings, similar laboratory records, and/or
03:51:05 18   personnel actions or failures to act?
03:51:08 19           MR. KATZ:  Objection, vague and calls for
03:51:13 20   speculation.
03:51:16 21           THE WITNESS:  I would say in my experience
03:51:18 22   when you're on a survey team, sometimes there are
03:51:24 23   discussions about citations between the surveyors, but
03:51:35 24   ultimately what is cited on the 2567 is the
03:51:40 25   determination that is made.

```
            1    BY MR. CAZARES:
03:51:44    2         Q     Okay.  I appreciate that and that kind of
03:51:46    3    gets to what I'm getting at.
03:51:47    4         A     Right.
03:51:48    5         Q     But my point is, I mean, in your
03:51:49    6    experience, can two surveyors look at a lab and look at
03:51:52    7    the same evidence and come to different conclusions
03:51:55    8    regarding how serious the deficiencies are?
03:51:57    9               MR. KATZ:  Objection, vague, calls for
03:51:59   10    speculation.
03:52:09   11               THE WITNESS:  In my experience generally
03:52:15   12    when you're on a team, there is agreement as to the
03:52:23   13    level of the noncompliance.  However, you can have
03:52:31   14    differences of opinion about the citations or what
03:52:35   15    perhaps whether it should be cited as a standard or a
03:52:37   16    condition.
           17    BY MR. CAZARES:
03:52:42   18         Q     Thank you.
03:52:43   19               If we could continue on.  We're going to
03:52:46   20    skip several more pages and I think I'm on CMS10926 in
03:52:53   21    the right-hand corner.
03:52:54   22               Do you see that?
03:52:56   23         A     Let me get there.  Okay.
03:52:59   24         Q     Okay.  I'm looking at the top of the page
03:53:05   25    D6168 testing personnel.
```

04:19:33   1        A       What I'm showing there is the fact that I
04:19:38   2    took the values, the PT values, the prothrombin time
04:19:48   3    values.  I put in the MNPT value that -- and the ISI
04:19:53   4    numbers that Theranos was using and the calculation
04:19:57   5    that I got did not match the reported result.  So, in
04:20:08   6    other words, the values that I got for the INR were
04:20:11   7    different than what was reported by Theranos.
04:20:15   8        Q       And does that mean those results reported
04:20:17   9    by Theranos were inaccurate or incorrect?
04:20:21  10        A       It means that they were different.
04:20:24  11        Q       And for someone who is not in the lab, what
04:20:26  12    does that mean to be different?
04:20:29  13        A       That means the value that should have been
04:20:31  14    reported was different than the value that was
04:20:34  15    reported.
04:20:35  16        Q       And saying it's different, is that
04:20:38  17    different -- saying that the values were different than
04:20:42  18    what was reported is not the same as the reported
04:20:47  19    results being inaccurate?
04:20:49  20                MR. KATZ:  Objection, vague.
04:20:53  21                THE WITNESS:  It's not my job to determine
04:20:54  22    whether a result is accurate.
          23    BY MR. CAZARES:
04:20:59  24        Q       We can continue on for number 10.  At
04:21:04  25    number 10, the last of the points, it says:  "The