UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order

Date: 12/13/2021
Time in Court: 9:05-10:37am
**(TOTAL time: 1 Hr. 32 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 44)**

Further Jury Trial held. Charging Conference (Jury Instruction Review) and motion hearing re Dkts. 1191 and 1192 with Counsel ONLY held on Monday, December 13, 2021.  Further Jury Trial scheduled for Thursday, December 16, 2021 at 9:00 a.m.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**