UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　v.<br>ELIZABETH A. HOLMES,<br>　　　　　Defendant. | Case No.　5:18-cr-00258-EJD-1<br><br>**FINAL VERDICT FORM** |

We, the members of the Jury in the above-entitled case, unanimously find the defendant, Elizabeth Holmes:

1. _____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos investors in violation of 18 U.S.C. § 1349, as charged in Count One of the indictment.

2. _____ [GUILTY / NOT GUILTY] of the charge of Conspiracy to Commit Wire Fraud against Theranos paying patients in violation of 18 U.S.C. § 1349, as charged in Count Two of the indictment.

3. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $99,990 on or about December 30, 2013, as charged in Count Three of the indictment.

Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

1

1    4. _____ [GUILTY / NOT GUILTY] of the

2    charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection

3    with a wire transfer of $5,349,900 on or about December 31, 2013, as charged in Count Four of

4    the indictment.

5    5. _____ [GUILTY / NOT GUILTY] of the

6    charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection

7    with a wire transfer of $4,875,000 on or about December 31, 2013, as charged in Count Five of

8    the indictment.

9    6. _____ [GUILTY / NOT GUILTY] of the

10   charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection

11   with a wire transfer of $38,336,632 on or about February 6, 2014, as charged in Count Six of the

12   indictment.

13   7. _____ [GUILTY / NOT GUILTY] of the

14   charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection

15   with a wire transfer of $99,999,984 on or about October 31, 2014, as charged in Count Seven of

16   the indictment.

17   8. _____ [GUILTY / NOT GUILTY] of the

18   charge of Wire Fraud against Theranos investors, in violation of 18 U.S.C. § 1343, in connection

19   with a wire transfer of $5,999,997 on or about October 31, 2014, as charged in Count Eight of the

20   indictment.

21   10. _____ [GUILTY / NOT GUILTY] of the

22   charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in

23   connection with a wire transmission of Patient E.T.'s laboratory blood test results on or about May

24   11, 2015, as charged in Count Ten of the indictment.

25   11. _____ [GUILTY / NOT GUILTY] of the

26   charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in

27   connection with a wire transmission of Patient M.E.'s laboratory blood test results on or about

28   Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

2

May 16, 2015, as charged in Count Eleven of the indictment.

12. _____ [GUILTY / NOT GUILTY] of the charge of Wire Fraud against Theranos paying patients, in violation of 18 U.S.C. § 1343, in connection with a wire transfer of $1,126,661 on or about August 3, 2015, as charged in Count Twelve of the indictment.

Dated:

_____

Jury Foreperson

Case No.: 5:18-cr-00258-EJD-1
FINAL VERDICT FORM

3