UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date: 12/16/2021
Time in Court: 8:34-8:41am,9:05-11:22,12:02pm-11:35pm,2:07-3:44pm
**(TOTAL time: 5 Hrs. 34 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS: Jury Trial (Day 45)**

Further Jury Trial held. Closing arguments held. Further Jury Trial for continued closing arguments scheduled for Friday, December 17, 2021 at 9:00 a.m.

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: N/A
Defendants: N/A

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **4621 (Previously admitted)**
Defendants: **N/A**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:   USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

# TRIAL LOG

| TRIAL DATE:<br>December 16, 2021 | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
|  |  | 8:34am | Court in session Counsel and Defendant present outside presence of Jury |
|  |  |  | Court takes up housekeeping matters |
|  |  |  | Court discussed Exhibit 4621 with Counsel.  Defense stated their objection to the exhibit |
|  |  | 8:41 am | Court takes recess |
|  |  | 9:05 am | Court in session Counsel and Defendant present. Jury seated. |
| EX 4621 |  |  | ADMITTED – CMS Letter to Theranos – The Court informed the Jury that Exhibit 4621 is ADMITTED on a limited basis - not for the truth of the matter asserted solely for the state of mind of the defendant (It was previously admitted with testimony) |
|  |  | 9:08 am | Government begins closing arguments |
|  |  | 11:22 am | Court takes recess 30 mins |
|  |  | 12:02 pm | Court in session Counsel and Defendant present. Jury seated. |
|  |  | 12:02 pm | Government resumes closing arguments |
|  |  | 12:57 pm | Government's closing arguments concludes |
|  |  | 1:00 pm | Defense begins closing arguments |
|  |  | 1:35 pm | Court takes recess 30 mins |

| **TRIAL DATE:** December 16, 2021 | | **REPORTER(S):** Irene Rodriguez | | **CLERK:** Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 2:07 pm | Court in session Counsel and Defendant present. Jury seated. | |
| | | 2:07 pm | Defense resumes closing arguments | |
| | | | Defense pauses closing arguments to be continued tomorrow | |
| | | 3:43 pm | Court admonishes the Jury. Jury is excused ordered to return tomorrow for continued closing arguments | |
| | | 3:44 pm | Court adjourns for the day | |
| | | | Further Jury Trial scheduled for Friday, December 17, 2021 at 9:00 a.m. for further closing arguments | |