UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order and Trial Log

Date:  12/17/2021
Time in Court: 8:36am-9:03am,9:14,11:20,11:56am-12:31pm,12:48-1:57,2:34-3:42, 3:53pm-4:49pm
**(TOTAL time: 6 Hrs. 21 mins.)**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Patrick Looby, Amy Saharia
Also present: Elizabeth Holmes (Out-custody)

**PROCEEDINGS:  Jury Trial (Day 46)**

Further Jury Trial held. Closing arguments held. Further Jury Trial scheduled for Monday, December 20, 2021 at 8:30 a.m. Jury deliberations begin

**Please see trial log attached.**

**The following exhibits are marked for IDENTIFICATION:**
Plaintiffs: N/A
Defendants: N/A

**The following exhibits are ADMITTED into evidence:**
Plaintiffs: **N/A**
Defendants: **N/A**
///

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

## TRIAL LOG

| TRIAL DATE:<br>December 17, 2021 | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 8:36am | Court in session Counsel and Defendant present outside presence of Jury |
| | | | Court speaks with Counsel re clarification of an issue |
| | | 9:03 am | Court takes recess |
| | | 9:14 am | Court in session Counsel and Defendant present.  Jury seated. |
| | | 9:15 am | Defense Counsel Kevin Downey resumes closing arguments |
| | | 11:15 am | Jury excused for the recess |
| | | 11:20 am | Court takes recess 30 mins. |
| | | 11:56 am | Court in session Counsel and Defendant present.  Jury seated. |
| | | 11:56 am | Defense Counsel Kevin Downey resumes closing arguments |
| | | 12:31 pm | Defense closing arguments concludes |
| | | 12:31 pm | Court takes recess 15 mins |
| | | 12:48 pm | Government Counsel John Bostic begins rebuttal closing arguments |
| | | 1:57 pm | Court takes recess 30 mins |
| | | 2:34 pm | Court in session Counsel and Defendant present.  Jury seated. |
| | | 2:34 pm | Government Counsel John Bostic resumes rebuttal closing arguments |

| **TRIAL DATE:**<br>December 17, 2021 | | | **REPORTER(S):**<br>Irene Rodriguez | **CLERK:**<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:41 pm | Government rebuttal arguments concludes | |
| | | 3:42 pm | Court takes recess 7 mins. | |
| | | 3:53 pm | Court in session Counsel and Defendant present. Jury seated. | |
| | | 3:53 pm | Court reads final instructions to the Jury | |
| | | 4:42 pm | Court re-reads an instruction to the Jury | |
| | | 4:42 pm | Court security officer sworn | |
| | | 4:43 pm | Court security officer escorts Jury to jury room | |
| | | 4:43 pm | Court in session outside Counsel and Defendant present outside presence of Jury and the Court addresses the alternate jurors | |
| | | | Court admonishes and informs the alternate jurors to be on standby | |
| | | 4:44 pm | Court addresses Counsel re house keeping matters | |
| | | 4:49 pm | Court adjourns for the day | |
| | | | Further Jury Trial scheduled for Monday, December 20, 2021 at 8:30 am - Jury deliberations begin | |

3