JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **MS. HOLMES' NOTICE OF FILING** |
| v. | Hon. Edward J. Davila |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

MS. HOLMES' NOTICE OF FILING
CR-18-00258 EJD

PLEASE TAKE NOTICE that Defendant Elizabeth Holmes hereby files for the record certain exhibits excluded at trial pursuant to the Court's rulings sustaining government objections. The exhibits were proffered in hard copy to the Court at the time of the relevant testimony. The exhibits are referenced in the below chart and are attached as Exhibits 1 through 11 to the Declaration of Amy Mason Saharia filed contemporaneously with this notice.

| Exhibit | Description | Trial Date | Transcript Citation |
|---|---|---|---|
| 1938 | Agenda for conference at Global Summit for the Closely Held (Chicago) | 11/3/2021 | 5301-5307 |
| 5400 | Theranos Fingerstick Collection | 11/9/2021 | 5760-5764 |
| 7164 | J. Simons Email to E. Holmes and S. Burd re Highly Confidential: Memo to Chairman Murtha 2008 (with attachment) | 10/12/2021 | 3077-3079 |
| 7673 | E. Holmes Presentation - Theranos Science & Technology: The Miniaturization of Laboratory Testing | 11/10/2021 | 6014 |
| 7690 | Poster Presentation: A Novel Approach for Sensitive Detection of ZIKA RNA in Whole Blood and Urine Samples | 11/29/2021 | 7908-7909 |
| 7693 | Screening of Recombinant Zika Virus Proteins as Antigens to Develop an ELISA for the Serodiagnosis of Zika Virus Infection | 11/29/2021 | 7908-7909 |
| 7710 | Overview of Theranos' IP Assets and Near-Term Licensing Opportunities | 11/29/2021 | 7916-7917 |
| 14125 | A. Taylor Email to E. Holmes re Thank you | 11/3/2021 | 5333-5334 |
| 14138 | N. Ohana Email to D. Mosley and E. Holmes | 11/3/2021 | 5349-50; 5365-5374 |
| 14139 | D. Mosley Email to Alice and E. Holmes | 11/3/2021 | 5349-50; 5365-5374 |
| 14168 | E. Holmes Email to H. Slack, D. Mosley, D. Edlin re Introduction | 11/3/2021 | 5349-50; 5365-5374 |

DATED: December 20, 2021

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MS. HOLMES' NOTICE OF FILING
CR-18-00258 EJD

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2021 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MS. HOLMES' NOTICE OF FILING
CR-18-00258 EJD