JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' NOTICE OF FILING**<br><br>Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
NOTICE OF FILING
CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Notice of Filing. I attest to the following facts upon which the Notice relies.

2. Attached to this declaration are 11 exhibits. The contents of the exhibits are as follows:

   a. Exhibit 1 is a true and correct copy of TX1938.

   b. Exhibit 2 is a true and correct copy of copy of TX5400.

   c. Exhibit 3 is a true and correct TX7164, redacted to protect confidential information.

   d. Exhibit 4 is a true and correct copy of TX7673A.

   e. Exhibit 5 is a true and correct copy of TX7690.

   f. Exhibit 6 is a true and correct copy of TX7693.

   g. Exhibit 7 is a true and correct copy of TX7710, redacted to protect confidential information.

   h. Exhibit 8 is a true and correct copy of TX14125, redacted to protect confidential information.

   i. Exhibit 9 is a true and correct copy of TX14138, redacted to protect confidential information.

   j. Exhibit 10 is a true and correct copy of TX14139, redacted to protect confidential information.

   k. Exhibit 11 is a true and correct copy of TX14168, redacted to protect confidential information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of December 2021 in San Jose, CA.

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES'
NOTICE OF FILING
CR-18-00258 EJD

1

1
2    _____
     AMY MASON SAHARIA
3    Attorney for Elizabeth Holmes