# EXHIBIT 1

**This document was produced natively**




CONFIDENTIAL
DO NOT FORWARD

**Monday, September 15 – Welcome, Opening Program & Hosted Dinners**

**Welcome & Opening Program: Venue SIX10**
610 South Michigan Avenue
Chicago, IL 60605
**Hosted Dinners: Private Rooms at Select Restaurants in Chicago**
*(Guests will be advised of location at registration)*
**Reception: The Peninsula Chicago**
108 East Superior Street
Chicago, IL 60611
**Attire: Business**

DRAFT

| | | |
|---|---|---|
| 4:00pm – 4:30pm | Transportation from The Peninsula Chicago to Venue SIX10 | |
| **4:30pm – 5:15pm** | **Registration & Welcome Reception** | *1st & 2nd Floors – Venue SIX10* |
| **5:30pm – 5:45pm** | **Welcome & Opening Remarks**<br>- **Byron D. Trott**, Founder, Chairman & CEO, BDT & Company | *Feinberg Theater – Venue SIX10* |
| **5:45pm – 6:45pm** | **The Taylors: An "Enterprising" Family Driving for Multigenerational Success**<br>*If there is a classic set of issues that closely held companies face across time, then the Taylor Family has seen it all. From its launch as a small auto-leasing business in 1957 to its current position as the world's largest car rental company, Enterprise Holdings has grown across three generations of private family ownership. What are their lessons in succession planning, management/governance, access to capital, philanthropy, and other areas?*<br>- **Andrew C. Taylor**, Executive Chairman, Enterprise Holdings<br>- **Jo Ann Taylor Kindle**, President, Enterprise Holdings Foundation; President, Crawford Taylor Foundation<br>- **Chrissy Taylor**, Senior Vice President, North American Operations, Enterprise Holdings<br>- **Don Ross**, Vice Chairman, Enterprise Holdings<br>- *Moderated by **H. Lee Scott**, Former President and CEO, Wal-Mart Stores, Inc.; Senior Advisory Council Chairman, BDT Capital Partners* | *Feinberg Theater – Venue SIX10* |
| 6:45pm – 7:15pm | Transportation from Venue SIX10 to Hosted Dinners | |
| **7:15pm – 9:00pm** | **BDT & Company Hosted Dinners** | *Select Restaurants in Chicago* |
| 9:00pm – 9:15pm | Transportation from Dinner Locations to The Peninsula Chicago | |
| **9:15pm – 10:00pm** | **Reception**<br>*Please join us for dessert and cocktails at The Peninsula Chicago, featuring an exclusive Goose Island craft beer tasting presented by Lakeshore Beverage.* | *The Avenues Ballroom – The Peninsula Chicago* |

CONFIDENTIAL
DO NOT FORWARD




**Tuesday, September 16 – Daytime Program**

**Venue SIX10**
610 South Michigan Avenue
Chicago, IL 60605
**Attire: Business Casual**

7:00am – 7:45am Transportation from The Peninsula Chicago to Venue SIX10

**7:00am – 8:00am** **Attendee Check-In & Breakfast** *1st & 2nd Floor*

**8:00am – 8:05am** **Welcome** *Feinberg Theater*
- **San W. Orr, III**, Partner, Head of Advisory Services, and Chief Operating Officer, BDT & Company

**8:05am – 9:05am** **Game Changers** *Feinberg Theater*

*Great businesses are born when entrepreneurs find ways to reinvent processes and products, often for cost, speed advantage or user utility. Does the spark occur through a moment of brilliance, or through painstaking research? Does the entrepreneur begin with the end in mind, or stumble to discovery? Hear how two visionaries are reshaping the fields of medical diagnostics and higher education—and how an astute investor evaluates early-stage disruptors.*

**Framing Remarks: Recognizing Disruption and Using it to Your Advantage**
- **Jim Breyer**, CEO and Founder, Breyer Capital; Partner, Accel Partners

**Disrupting Industries and Launching Businesses**
- **Elizabeth Holmes**, Founder and CEO, Theranos
- **Sebastian Thrun**, Ph.D., CEO, Udacity
- *Interviewed by **Jim Breyer***

**9:05am – 10:05am** **Founder's Challenge** *Feinberg Theater*

*While some businesses may seem like an "overnight success," many are built on the backs of years or decades of trial and error and learning from "near wins." What motivates the founder through the early period of toil? How do mistakes along the way teach and inspire? What are the moments of inflection and key lessons learned? Sarah Lewis will frame our session, based on her extensive research in the field, then we'll hear from two passionate founders about their paths to building successful businesses.*

**Framing Remarks: The Gift of Failure - Embracing Risk and Learning From Mistakes**
- **Sarah Lewis**, Author and Du Bois Fellow, Harvard University

**The Myth of "Overnight Success"**
- **James J. Liautaud**, Founder and CEO, Jimmy John's Franchise, LLC
- **Daniel Lubetzky**, Founder and CEO, KIND Healthy Snacks
- *Moderated by **Steve Clemons**, Editor-at-Large, The Atlantic*

10:05am – 10:25am Break

CONFIDENTIAL
DO NOT FORWARD




**10:25am – 11:25am** **Concurrent Breakout Discussions**

**1. Best Practices of a Closely Held Company: Governance and Performance** *Feinberg Theater*

*For those who have had decades of work with closely held companies, how would they distill some broadly applicable lessons in areas related to business structure and function? Hear from leaders of Aramark and BIC Corporation and a notable attorney from Munger, Tolles & Olson.*

- **Bruno Bich**, Chairman, SOCIETE BIC
- **Joseph Neubauer**, Chairman of the Board, ARAMARK
- **Ron Olson**, Partner, Munger, Tolles & Olson LLP
- *Moderated by* ***Mellody Hobson****, President, Ariel Investments*

**2. 21st Century Philanthropy: Moving from Good Intentions to Great Impact** *7th Floor*

*As wealth grows, so does the expectation for significant philanthropy. Particularly for families of large numbers and multiple generations, the calculus around giving can be complex, and the decisions reactive. How can families be more strategic with their philanthropy and foster tangible, measurable change in organizations they support? Our panel of experts will share practical tools and lessons and answer your questions.*

- **Paul Brest**, Former Dean and Professor Emeritus, Stanford Law School
- **Alexa Cortes Culwell**, Founder and Managing Director, Philanthropy Futures
- *Moderated by* ***Laura Arrillaga-Andreessen****, Founder and President, Laura Arrillaga-Andreessen Foundation*

**3. Investment Success: Advice from Experts and Practitioners** *10th Floor*

*The owners of closely held businesses face significant considerations in managing their investments, from the questions of dividend policy and distributions for their own company, to decisions surrounding diversification, portfolio management, and use of outside experts. Our panelists will offer perspectives and advice, drawn from experience in family offices and professional management roles.*

- **Greg Penner**, Vice Chairman of the Board, Wal-Mart Stores, Inc.; Managing Director, Madrone Capital Partners
- **Eric B. Upin**, Chief Investment Officer & Managing Director, Makena Capital Management
- **Philip A. Walton**, Managing Director and Head of Private Client Practice, Cambridge Associates
- *Moderated by* ***Dan H. Jester****, Partner, BDT & Company*

11:25am – 11:45am Break

**11:45am – 12:40pm** **Lunch Discussion: No Easy Answers - Parenting Styles Up for Debate** *9th Floor*

*Our two experts often hear, "Parenting is the hardest job," so they will share their advice on how parents can best nurture their children for success in today's world. And what does "success" mean, in the eyes of both parents and children? This session is structured for discussion and debate—audience involvement encouraged!*

- **Amy Chua**, John M. Duff, Jr. Professor of Law, Yale Law School
- **Madeline Levine, Ph.D.**, Best-Selling New York Times Author, *The Price of Privilege* (2006) and *Teach Your Children Well* (2012); Co-Founder, Challenge Success Stanford University Graduate School of Education
- *Moderated by* ***Bethany McLean****, Contributing Editor, Vanity Fair*

DRAFT

CONFIDENTIAL
DO NOT FORWARD




12:40pm – 12:55pm Break

**12:55pm – 1:10pm** **The Trust Advantage: Maximizing Benefits for Closely Held Companies** *Feinberg Theater*

*What is the public's perception of large family businesses, as to operations, social responsibility, and leadership transitions within or outside of the family? How should family businesses think about shaping public opinion and trust? Edelman's annual trust barometer has become a marker for determining trust levels across key institutions including business, government, media and NGOs, and now includes new research specific to trust in family companies and the wealthy across 12 key markets.*

- **Richard Edelman**, President & CEO, Edelman
- **Susan Eastoe**, Global Chair, Family Companies & Foundations, Edelman
- *Moderated by **Jennifer Dunne**, Communications Advisor, BDT & Company*

**1:10pm – 2:00pm** **Close Quarters: Getting Along While Getting On With Family Business** *Feinberg Theater*

*For those who have joined family AND business interests, how do they manage the combination of relationships? What are the best approaches for working through professional roles and communication strategies? How do they handle occasional disagreements and flash points? A candid conversation with Jean-François Decaux and Michel and Charlene de Carvalho.*

- **Charlene de Carvalho-Heineken**, Executive Director, Heineken Holding N.V.
- **Michel de Carvalho**, Chairman, Private Bank EMEA, Citigroup; Vice Chairman, Investment Banking EMEA, Citigroup; Member of the Board, Heineken N.V.
- **Jean-François Decaux**, Managing Director, JCDecaux Holding; Co-Chief Executive Officer, JCDecaux SA
- *Moderated by **Erskine Bowles**, Non-Executive Vice Chairman and Senior Advisor, BDT Capital Partners; Former Co-Chair, National Commission on Fiscal Responsibility and Reform; President Emeritus, The University of North Carolina*

**2:00pm – 3:00pm** **Generational Transitions in an Iconic Business—Family and Management** *Feinberg Theater*

*It's easy to admire the Walton Family for their explosive business story and strong family ownership/leadership of the Walmart enterprise. How have they evolved the family's involvement in the company to maintain leadership while maximizing performance? Rob Walton and his son-in-law Greg Penner take the stage.*

- **Rob Walton**, Chairman of the Board, Wal-Mart Stores, Inc.
- **Greg Penner**, Vice Chairman of the Board, Wal-Mart Stores, Inc.; Managing Director, Madrone Capital Partners
- *Moderated by **John Huey**, Journalist; Co-author of digitalriptide.org at Harvard Kennedy School; Former Editor-in-Chief, Time Inc.*

3:00pm Transportation to The Peninsula Chicago

DRAFT

CONFIDENTIAL
DO NOT FORWARD




**Tuesday, September 16 – Evening Dinner Program**
**The Field Museum**
1400 South Lake Shore Drive
Chicago, IL 60605
**Attire: Business**

| | | |
|---|---|---|
| 5:00pm – 5:40pm | Transportation from The Peninsula Chicago to The Field Museum | |
| **5:40pm – 5:45pm** | **Welcome**<br>- **Byron D. Trott**, Founder, Chairman & CEO, BDT & Company | *James Simpson Theatre* |
| **5:45pm – 6:45pm** | **Fireside Chat with Marissa Mayer and Eric Schmidt**<br>*In the world of information technology, the pace of growth and change is staggering, with constant innovation and new businesses launching. How have these two Silicon Valley veterans survived and thrived, rising to leadership posts at Yahoo and Google? What lessons do they have about management and growth—and about fostering cultures of innovation and disruption?*<br>- **Marissa Mayer**, President and CEO, Yahoo<br>- **Eric E. Schmidt**, Executive Chairman, Google<br>- *Moderated by **Andy Serwer**, Journalist* | *James Simpson Theatre* |
| **6:45pm – 7:30pm** | **Cocktail Reception** | *Northeast Terrace* |
| **7:30pm – 9:15pm** | **Dinner, Discussion & Entertainment**<br><br>**A Conversation with the U.S. Secretary of Commerce**<br>The Honorable **Penny Pritzker**<br>*Interviewed by **Mellody Hobson,** President, Ariel Investments*<br><br>**Performance by Singer and Actress Nita Whitaker** | *Stanley Field Hall* |
| 9:15pm – 10:00pm | Transportation to The Peninsula Chicago | |

DRAFT




CONFIDENTIAL
DO NOT FORWARD

**Wednesday, September 17 – Daytime Session**
**Venue SIX10**
610 South Michigan Avenue
Chicago, IL 60605
**Attire: Business Casual**

7:00am – 7:45am Transportation from The Peninsula Chicago to Venue SIX10

**7:00am – 8:00am** **Attendee Check-In & Breakfast** *1st & 2nd Floor*

**8:00am – 8:05am** **Welcome** *Feinberg Theater*
- **Dan H. Jester**, Partner, BDT & Company

**8:05am – 8:50am** **China in Transition: The Economy, The Environment – and the Way Forward** *Feinberg Theater*
*The economy of China is predicted to surpass that of the U.S. as early as this year, yet the country is struggling to manage its population of 1.35B, with poor infrastructure and significant environmental issues. How do former Treasury Secretary and Goldman Sachs CEO Hank Paulson and Australia's 26th Prime Minister Kevin Rudd see the future of China? And the evolution of the U.S.-China relationship?*
- **Henry M. Paulson, Jr.**, Chairman, The Paulson Institute
- **Kevin Rudd**, Former Prime Minister of Australia
- *Interviewed by **James Fallows**, National Correspondent, The Atlantic*

**8:50am – 10:30am** **Perspectives and Decisions of the Next Generation** *Feinberg Theater*
*Growing up in a family business, there comes a time when next generation members need to make a decision: lead the family company or launch an independent career? How have these five individuals made that decision, some "taking the reins" and some "trailblazing" a new path?*

**Taking the Reins**
- **John Elkann**, Chairman and CEO, EXOR; Chairman, Fiat S.p.A.
- **Cristina Stenbeck**, Executive Chairman, Investment AB Kinnevik
- *Moderated by **Thomas Jay Pritzker**, Executive Chairman, Hyatt Hotels Corporation*

**Trailblazing an Independent Path**
- **Dr. Vanu Bose**, CEO, Vanu, Inc.
- **Dylan Lauren**, Founder and CEO, Dylan's Candy Bar
- **Gigi Pritzker**, Chief Executive Officer, OddLot Entertainment
- *Moderated by **William Wrigley, Jr.**, Chairman and CEO, WWJr. Enterprises Inc.*

10:30am – 10:45am Break

DRAFT




CONFIDENTIAL
DO NOT FORWARD

**10:45am – 11:40am** **Concurrent Breakout Discussions**

**1. Founder's Challenge: Addressing Global Issues that are Bigger than Business** *Feinberg Theater*

*What are the biggest obstacles in leading organizations that are mission-driven and for the greater good? Is it all about support and fundraising, or are there pressing issues of structure, management or policy that define early success? We hear from the founders of Foundation Fighting Blindness, Teach for All and Conservation International.*

- **Gordon Gund**, Chairman and CEO, Gund Investment Corporation
- **Wendy Kopp**, Chief Executive Officer, Teach For All
- **Peter Seligmann**, Chairman and CEO, Conservation International
- *Moderated by **Moira Forbes**, President and Publisher, ForbesWoman, Forbes Media*

**2. Health & Wellness: Live Longer and Better** *7th Floor*

*What are the key, controllable factors driving health and wellness, and how are we using this knowledge to shift from treating disease to creating health? How can business owners apply these insights in managing both personal health and employee health status? We'll hear from noted heart surgeon and CEO of the Cleveland Clinic, Dr. Toby Cosgrove, and Dr. Mark Hyman, an expert in nutrition and wellness.*

- **Delos "Toby" M. Cosgrove, M.D.**, Chief Executive Officer and President, Cleveland Clinic
- **Mark Hyman, M.D.**, Director, Cleveland Clinic Center for Functional Medicine; Founder and Medical Director, The UltraWellness Center; Chairman, Institute for Functional Medicine
- *Moderated by **John Gilligan**, Managing Director, BDT & Company*

**3. Successful Estate Planning: A Thoughtful Combination of Art and Science** *7th Floor*

*Smart intergenerational planning can keep families—and family businesses—together, or drive them apart. Yet the considerations are hugely complicated, particularly with increasing wealth and multiple generations to cover. How do our three speakers see the world of estate planning and the management of related family dynamics? What are their recommendations for approaches that most effectively protect the family, the business and other assets?*

- **William Bush**, Co-Founder and Vice Chairman, BDT Capital Partners; General Counsel, BDT & Company
- **Daniel L. Mosley**, Partner, Cravath, Swaine & Moore LLP
- **Michael A. Pucker**, Partner, Latham & Watkins LLP; President & CEO, DNS Capital, LLC
- *Moderated by **Robert Verigan**, Managing Director and Associate General Counsel, BDT & Company*

DRAFT

CONFIDENTIAL
DO NOT FORWARD




| | | |
|---|---|---|
| | **4. Investment Success: Advice from Experts and Practitioners**<br>*The owners of closely held businesses face significant considerations in managing their investments, from the questions of dividend policy and distributions for their own company, to decisions surrounding diversification, portfolio management, and use of outside experts. Our panelists will offer perspectives and advice, drawn from experience in family offices and professional management roles.*<br>- **Robert Day**, Chairman, Trust Company of the West; Chairman and CEO, W.M. Keck Foundation<br>- **Todd M. Morgan**, Chairman and Senior Managing Director, Bel Air Investment Advisors<br>- **Jerry Tubergen**, Chief Executive Officer and Chief Investment Officer, RDV Corporation<br>- **James Walker**, Managing Partner, Healthcare of Ontario Pension Plan Capital Partners<br>- *Moderated by **John P. Dills**, Managing Director, BDT & Company* | *10th Floor* |
| 11:40am – 12:00pm | Break | |
| **12:00pm – 1:00pm** | **Lunch Discussion: Founder's Challenge: Inventing and Reinventing**<br>*How do founders find new personal chapters of entrepreneurship and business creation after achieving great success? For those who have launched, grown, and then sold/transitioned one or more significant companies, how do they think about their next endeavors? Do they look for new direction and vitality in the current business, or sell and go on to something else? Gustavo Cisneros and Pat Ryan tell their stories.*<br>- **Gustavo A. Cisneros**, Chairman, Cisneros Group of Companies<br>- **Patrick G. Ryan**, Chairman and CEO, Ryan Specialty Group<br>- *Moderated by **Steve Clemons**, Editor-at-Large, The Atlantic* | *9th Floor* |
| 1:00pm – 1:15pm | Break | |
| **1:15pm – 2:15pm** | **Koch Industries: Building Businesses with a Long-Term Approach**<br>*Koch Industries has seen explosive growth in the five decades since Charles Koch took over from his father, both through acquisitions and organic growth. What have been the animating principles, key decisions and management philosophy underlying their success? How has the company achieved a global footprint, while staying rooted in the Heartland? Hear from family and non-family leaders.*<br>- **Charles G. Koch**, Chairman of the Board and CEO<br>- **Chase Koch**, President, Koch Fertilizer<br>- **David L. Robertson**, President and Chief Operating Officer<br>- **Steven J. Feilmeier**, Executive Vice President and Chief Financial Officer<br>- *Moderated by **Byron D. Trott**, Founder, Chairman & CEO, BDT & Company* | *Feinberg Theater* |
| **2:15pm – 2:30pm** | **Closing Remarks**<br>- **Byron D. Trott**, Founder, Chairman & CEO, BDT & Company | *Feinberg Theater* |
| 2:30pm | Global Summit Adjourns & Transportation to The Peninsula Chicago | |

DRAFT