# EXHIBIT 2

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| | **Fingerstick Collection** | |

***Author(s):***

| Signature: | Joseph Ahdoot | Digitally signed by Joseph Ahdoot Date: 2015.11.10 15:30:59 -08'00' |
|---|---|---|
| Name: Joseph Ahdoot | | Title: Sr. Program Manager |

***Reviewer(s):***

| Signature: | Jose Arias | Digitally signed by Jose Arias Date: 2015.11.10 16:13:35 -07'00' |
|---|---|---|
| Name: Jose Arias | | Title: Registered Nurse |

| Signature: | Tracy Masson | Digitally signed by Tracy Masson Date: 2015.11.10 19:42:37 -07'00' |
|---|---|---|
| Name: Tracy Masson | | Title: General Manager of Arizona Operations |

***Approver(s):***

| Signature: | DocuSigned by: Sunil S. Dhawan M.D. 71D09B1B2FA24A2... | 11/12/2015 |
|---|---|---|
| Name: Sunil Dhawan MD | | Title: Laboratory Director – CA |

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.



|  | **Standard Operating Procedure** | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| **Fingerstick Collection** | | |

## Table of Contents

1 PURPOSE ... 3
2 SCOPE ... 3
3 DEFINITIONS AND ABBREVIATIONS ... 3
4 RESPONSIBILITY ... 3
5 MATERIALS AND EQUIPMENT ... 4
6 TIMING ... 5
7 PROCEDURE ... 5
7.1 Confirm the Guest's Identity ... 5
7.2 Confirm the Specimen Type(s) to be collected from the Guest ... 5
7.3 Fingerstick Specimen Collection ... 6
7.3.1 Gather Supplies ... 6
7.3.2 Selecting the Site ... 7
7.3.3 Fingerstick Collection ... 7
7.4 Multiple CTN Collections from a Single Fingerstick Collection ... 12
7.5 Storing Specimen Nanotainers Inside the Theranos Refrigerator. ... 12
7.6 Complications in Blood Specimen Collection ... 13
7.6.1 Air Bubbles ... 13
7.6.2 Difficulties in Obtaining Blood Specimen ... 13
7.6.3 Multiple Unsuccessful Fingerstick Collection Attempts ... 14
7.6.4 Fainting symptoms ... 14
7.6.5 Guest faints ... 14
8 RECORDS ... 14
9 ATTACHMENTS ... 15
10 REFERENCES ... 15
11 REVISION HISTORY ... 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

## 1 PURPOSE

1.1 The purpose of this document is to define the procedures a technician will perform while collecting fingerstick specimens from guests at a Theranos Wellness Center.

## 2 SCOPE

This procedure outlines the fingerstick collection process that the technician will perform at a Theranos Wellness Center, as well as contingencies that may occur.

## 3 DEFINITIONS AND ABBREVIATIONS

3.1 Biohazard Sharps Container: Designated sharps container to be utilized for any object that can be reasonably anticipated to penetrate the skin or any other part of the body, but not limited to needle devices, lancets, broken glass, broken capillary tubes and/or materials that are dripping/squeezable with blood or bloody fluids.

3.2 Capillary Tubes: Blood capillary tubes with housing that are used to collect blood from the guest.

3.3 Capillary Tubes and Nanotainers (CTN): Handheld unit comprised of Capillary Tubes and Nanotainers, used to collect blood from the guest.

3.4 Nanotainers: The detachable part of the CTN which contains the guest's collected blood specimen.

3.5 Specimen Collection Area: An area within the Theranos Wellness Center where a guest will be guided to in order to undergo a specimen collection procedure.

3.6 Therabox: The temperature controlled container that stores Nanotainers.

3.7 PSC Theranos Application: The software used to conduct a guest visit at a Theranos Wellness Center.

3.8 Theranos Storage Area: An area inside the Theranos Wellness Center that will house all Theranos supplies.

3.9 Theranos Wellness Center: Designated space Theranos has registered as a Patient Service Center (PSC) under its CLIA license.

3.10 Theranos Support Services Team: Dedicated personnel from Theranos who support all Theranos Wellness Center operations. This team includes both clinical and technical support personnel.

## 4 RESPONSIBILITY

4.1 Theranos Technician

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.



DocuSign Envelope ID: 2AEE2BE6-86B1-44AF-A5BB-6EC66A9D5BEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 5 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

4.1.1 The Technician is responsible for performing all specimen collection procedures in the Theranos Wellness Center.

4.1.2 The Technician is also responsible for maintaining the Specimen Collection Area throughout the course of the day.

4.1.3 Theranos technicians should always display appropriate identification, wear appropriate work attire, and act in a professional manner.

4.1.4 The technician is required to utilize their Theranos provided wrist watches for all procedures requiring to be performed within a specific time frame. See attachment **CL ATT-05020-A1 Wrist Watch Utilization Job Aid.**

4.2 Theranos Support Services Team

4.2.1 The Theranos Support Services Team is a group of dedicated personnel who support Wellness Center operations.

## 5 MATERIALS AND EQUIPMENT

5.1 Bandages

5.2 Barcode Scanner

5.3 Bottles of hand sanitizer

5.4 Centrifuge

5.5 Chair with arms for guest

5.6 Chair or stool for technician

5.7 Computer

5.8 Disinfectant wipes

5.9 Disposable finger warmers

5.10 Disposable lancing devices

5.11 Dry cleaning wipes

5.12 Employee key (for a Wellness Station)

5.13 Gloves

5.14 Individually wrapped sterile gauze pads

5.15 Individually wrapped alcohol wipes

Theranos Confidential Page 4 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 0004

Confidential THPFM0000236340



| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

5.16 Label Printer

5.17 Printer & paper

5.18 Red dot stickers

5.19 Sharps container

5.20 Therabox

5.21 Theranos Capillary Tubes and Nanotainers (CTN)

5.22 Theranos refrigerator

5.23 Trash can

5.24 Timer

## 6 TIMING

6.1 This procedure will occur for guests that have completed check-in and require fingerstick specimen collection(s) at the Theranos Wellness Center.

## 7 PROCEDURE

7.1 Confirm the Guest's Identity

7.1.1 Verify the guest's name matches the guest's information on the PSC Theranos application as they enter the Specimen Collection Area, and prior to any specimens being collected. Ask the guest to verbally confirm the spelling of their first and last name, and verify date of birth.

7.1.1.1 If there are any errors with guest information, ensure that these errors are corrected before proceeding.

7.2 Confirm the Specimen Type(s) to be collected from the Guest

7.2.1 As prompted by the PSC Theranos application, determine which specimen types are to be collected from the guest:

7.2.2 Refer to the corresponding section below for each type of specimen collection.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.



7.3 Fingerstick Specimen Collection

7.3.1 Gather Supplies

7.3.1.1 Ensure that the following items are available for use for each guest requiring a Fingerstick: nitrile gloves, gauze, alcohol wipe, guest appropriate lancet, finger warmer, and bandage. Items are depicted in the **Figure 1** below.

7.3.1.2 As prompted by the PSC Theranos application, select the matching CTN type (based on the color) from the appropriate CTN storage location. Check the "use by" date on the CTN to ensure the date has not passed.

7.3.1.3 Inspect the CTN to verify that the Nanotainers are appropriately attached to the Capillary Tubes and that the CTN is ready for collection. If the Nanotainers have detached from the Capillary Tubes, re-attach and align the Nanotainers in the designated ready position on the Capillary Tubes.

7.3.1.4 If there are no available CTNs, or if all the CTNs available have passed their "use by" dates, immediately call the Theranos Support Services Team.

7.3.1.4.1 If directed by the Theranos Support Services Team, direct the guest to the nearest Theranos Wellness Center. Ensure to contact the Theranos Wellness Center to ensure they have the necessary supplies for the required specimen collection(s).

**Figure 1**

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

DocuSign Envelope ID: 2AEE2BE6-86B1-44AF-A5BB-6EC8BA9D5BEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 8 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
| --- | --- | --- |
| | Theranos Wellness Center | Effective Date: 11/17/2015 |

Fingerstick Collection

7.3.1.5 Initially, the pink-colored “pediatric and adult lancing device” will be used, but ensure that a blue “deeper adult lancing device” is readily available if needed.

7.3.2 Selecting the Site

7.3.2.1 The technician will sanitize hands, and put on a pair of new gloves prior to touching the guest.

7.3.2.2 Select the ring or middle finger on the guest’s non-dominant hand as the preferred collection site.

7.3.2.2.1 If the guest wishes to use a different finger, this is acceptable. It is not recommended to use the thumb.

7.3.2.2.2 If the guest wishes to use their dominant hand, this is acceptable.

7.3.3 Fingerstick Collection

7.3.3.1 Activate the finger warmer by bending the metal disk back and forth with thumb and forefinger of both hands until a “click” is heard 6 times in succession. The liquid in the warmer will change color from clear to milky white. Ensure that all of the liquid has changed color and is warm. Wrap the warmer around the guest’s finger and secure the finger warmer onto the finger. Leave the warmer on the finger for at least **45 seconds**.

7.3.3.1.1 If, after 6 “clicks” the liquid does not change color, dispose of the finger warmer, and utilize a new warmer.

7.3.3.1.2 Where possible, it is recommended to activate and place a second finger warmer in the guest’s palm. If the guest is unable or does not wish to have the extra finger warmer placed in their palm, proceed with only warming the guest’s finger. Finger warmers placed in the guest’s palm can remain there throughout the collection process, or as long as it is comfortable for the guest.

7.3.3.2 While the finger is warming, place each item on the collection surface.

7.3.3.2.1 It is ideal to lay the gauze pad and alcohol wipe on top of their original packaging after opening.

7.3.3.3 Remove the finger warmer from the guest’s hand. Ensure that the guest’s finger is warm.

7.3.3.3.1 If the guest’s finger is not warm, the technician should place the finger warmer on the guest’s finger for an additional 30 seconds. Repeat the finger warming process with a new finger warmer if necessary until the guest’s finger is warm.

7.3.3.4 Wipe the side of the selected finger with an alcohol wipe, making sure to wipe the puncture area. Allow the alcohol to air-dry on the finger for at least **30 seconds** and until the surface is visibly dry. Do not wipe alcohol with the gauze.

Theranos Confidential | Page 7 | 15
Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 0007

Confidential THPFM0000236343

DocuSign Envelope ID: 2AEE2BE6-86B1-44AF-A5BB-6EC80A9D5BEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 9 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

7.3.3.5 Select the appropriate puncture site on the guest's finger as shown in **Figure 2**.

Guest Right Hand
Guest Left Hand

**Figure 2**

7.3.3.6 Remove the lancing device's protective cap.

7.3.3.7 Grip the guest's finger as shown in **Figure 3**, putting slight pressure on the base and tip of the finger.

7.3.3.8 Depress the tip of the lancing device firmly onto the appropriate puncture site of the cleaned finger, as shown in **Figure 4**. A soft "click" will indicate when the lancing device has activated and has punctured the skin. **Immediately** place the used lancet in the Biohazard Sharps Container.

Pressure

**Figure 3** **Figure 4**

7.3.3.8.1 If the lancing device does not activate, discard it in the sharps container and use another lancing device.

Theranos Confidential | Page 8 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 0008

Confidential THPFM0000236344

DocuSign Envelope ID: 2AEE2BE6-88D1-44AF-A5DB-65C80A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 10 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

7.3.3.9 Hold the finger downward, below the guest's waist if possible, in order to allow blood to flow toward the tip. Do not wipe off the first drop of blood

7.3.3.9.1 If needed, relax and reengage the grip on the finger until a blood drop has formed to allow for reperfusion of the finger (normal color to return to the finger).

7.3.3.10 Begin carefully filling the CTN by touching the tip to the bead of blood on the finger, as shown in **Figure 5**. Avoid touching the CTN to the skin.

**Figure 5**

7.3.3.10.1 Make sure to hold the CTN horizontally, as shown in **Figure 6a** when holding it to the guest's finger and not on an angle, as shown in **Figure 6b**.

**Figure 6a**

**Figure 6b**

Theranos Confidential | Page 9 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 0009

Confidential THPFM0000236345

DocuSign Envelope ID: 2AEE2BE6-86D1-44AF-A5DB-65C80A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 11 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

7.3.3.11 Make sure the Capillary Tubes are completely filled – blood will fill the indicator windows on the CTN, as shown in **Figure 7**.

Indicator Windows

**Figure 7**

7.3.3.11.1 If the CTN does not fill due to not enough blood, or has air bubbles, see the "Complications in Blood Specimen Collection" section below.

7.3.3.11.2 NOTE: To total collection time must NOT exceed **90 seconds**. If total collection time exceeds **90 seconds**, you must repeat the collection of any CTN that was not activated within the **90 second** time frame.

7.3.3.11.3 NOTE: Collection time starts from the moment the lancet punctures the site, and ends at the moment the CTN is activated. Collection time does not include the detaching of the Nanotainers.

7.3.3.12 Once the CTN is filled, instruct the guest to rest the bleeding area of the finger against the gauze pad on the table.

7.3.3.13 Activate the CTN by gripping the Circuit. While pointing the tip of the CTN into the palm, press the Nanotainers inwards as if "clicking" a pen slowly and firmly. Pinch the CTN Circuit between the thumb and pointer fingers. This action is only needed once.

7.3.3.13.1 NOTE: DO NOT block the mouth of the CTN to allow for air to flow into the CTN while activating.

7.3.3.13.2 The blood should transfer completely into the Nanotainers from the channels, as shown in **Figure 8**. If blood remains in the channels higher than the indicator windows after activation, then the specimen is not usable and must be disposed of in the sharps container immediately.

7.3.3.13.3 NOTE: Do not manipulate the CTN in an attempt to resolve any activation or Nanotainer detachment issues.

**Figure 8**

Theranos Confidential | Page 10 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 00010

Confidential THPFM0000236346



7.3.3.14 While continuing to point the CTN towards the palm of your hand, detach the Nanotainers from the CTN by gripping the CTN housing and pulling out the Nanotainers, as shown in **Figure 9**.

7.3.3.14.1 When detaching, grip the CTN housing to more easily and safely remove the nanotainers.

7.3.3.14.2 If any blood is present on the outside of the Nanotainers, immediately wipe the excess blood with a disinfectant wipe, ensuring that no excess blood remains on the outside of the Nanotainers.

7.3.3.14.3 If, during the detachment process, the black plug for the Nanotainer tube is separated from the Nanotainer tube (i.e., is stuck in the Capillary Tubes), discard both the Capillary Tubes and the Nanotainers and repeat the blood collection process on a new finger.

theranos

**Figure 9**

7.3.3.15 The Nanotainers should always be kept upright (black cap on top) after being filled. Filled Nanotainers should not be shaken or otherwise agitated.

7.3.3.16 Scan the Nanotainers as directed by the PSC Theranos application.

7.3.3.17 ONLY if prompted by the Theranos Application, place the Nanotainers into the centrifuge and spin the specimen. All green CTN must be centrifuged. If the Theranos Application does not prompt this, call Theranos Support. Make sure to note the time of draw of the green CTN, prior to calling. Nanotainers requiring centrifuge must be spun no later than 15 minutes from the time of activation of CTN. Refer to the **CL SOP-05115 Centrifuge Operation for Fingerstick** process for further detail.

7.3.3.17.1 If the next guest is ready, the next guest visit may be started while the centrifuge is still spinning from the previous guest's visit.

7.3.3.17.2 If the next guest's collection is completed while the centrifuge is still spinning, place the collected specimen on the Nanotainer rack. Ensure that it is centrifuged as soon as the previous guest's specimen is completed. Refer to the **CL SOP-05115 Centrifuge Operation for Fingerstick** for further detail.

7.3.3.17.3 If the centrifuge spin from a previous guest ends during the collection of the next guest's specimen, complete the current specimen collection process, and immediately attend to centrifuge to store the specimen. After storing the centrifuged specimens appropriately, put on a new pair of gloves and return to the guest to finish their visit.

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

DocuSign Envelope ID: 2AEE2BE6-86D1-44AE-A5DB-65C80A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 13 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

7.4 Multiple CTN Collections from a Single Fingerstick Collection

7.4.1 During the collection, if there is good blood flow and more than one CTN is required, you may collect the additional CTN as soon as the previous CTN has been activated. Detachment of the Nanotainer is not required in between collections

7.4.1.1 NOTE: Up to **2 CTNs** may be collected from a single fingerstick collection.

7.4.1.2 NOTE: If it is determined that the guest is unable to complete an additional fingerstick collection, then up to **3 CTNs** may be collected from a single fingerstick collection.

7.4.2 The total collection time of **90 seconds** must still be observed during the collection of multiple CTNs from a single fingerstick collection.

7.4.2.1 NOTE: If the 90 second collection time limit is exceeded while attempting multiple CTN collections from single fingerstick collection, any CTNs that were not collected and activated **beyond the 90 second limit must be discarded**. Any CTNs that were collected and activated **within the 90 second limit are still valid**.

7.5 Storing Specimen Nanotainers Inside the Theranos Refrigerator.

7.5.1 Ensure gloves are on at all times when handling collected specimens, and containers that hold collected specimens (i.e. centrifuge, room temperature storage, therabox, etc.).

7.5.2 Take the Therabox out of the refrigerator.

7.5.3 Open the Therabox, and place the Nanotainers inside the Therabox

7.5.3.1 Ensure that the Nanotainers are able to be easily placed in the slot. NEVER force the Nanotainer into any slot in the Therabox.

7.5.4 Immediately return the Therabox to the refrigerator.

7.5.5 The specimen refrigerator and Theranos cabinet doors are to remain locked at all times when the Specimen Collection Area is not in use. For shared space rooms, remember to lock and secure the fridge between guest visits.

7.5.6 Clean up the Specimen Collection Area

7.5.6.1 Use sanitary cloths to wipe the surfaces of the Specimen Collection Area and any other equipment directly involved in the specimen collection after each guest or as needed during the procedure.

7.5.6.2 Dispose of all collection waste in appropriate containers.

7.5.6.2.1 Items that are NOT contaminated with dripping or squeezable blood or body fluids can be thrown in a regular waste receptacle.

Theranos Confidential Page 12 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 00012

Confidential THPFM0000236348

DocuSign Envelope ID: 2AEE2BE6-86D1-44AF-A5DB-65C80A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 14 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
| --- | --- | --- |
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

7.5.6.2.2 Gauze/bandages/gloves with dripping or squeezable blood or body fluids and all needles must be placed in the biohazard sharps container.

7.6 Complications in Blood Specimen Collection

7.6.1 Air Bubbles

7.6.1.1 If air bubbles smaller than the indicator windows are present in the Capillary Tubes after being filled, it is alright to activate the CTN.

7.6.1.2 If air bubbles larger than the indicator windows are present in the Capillary Tubes after being filled, discard the CTN in the sharps container and repeat the procedures for blood collection using a new CTN and a new set of Fingerstick collection supplies.

7.6.2 Difficulties in Obtaining Blood Specimen

7.6.2.1 If not enough blood is obtained from the first puncture or if there is a CTN malfunction, inform the guest they need to be re-stuck and discard the used CTN in the sharps container.

7.6.2.2 Select a new set of Fingerstick collection supplies from the Theranos Storage Area, and select a new CTN of the same type.

7.6.2.3 Select a different finger collection site than the one initially used for the second collection. The guest may have a preference for the second finger or separate approved capillary collection site.

7.6.2.4 Wrap a new finger warmer. Leave the warmer on the finger for at least **60 seconds**.

7.6.2.4.1 If blood flow was the reason for the unsuccessful collection, select the blue “deeper adult lancing device” to ensure sufficient blood flow from the puncture site.

7.6.2.4.2 If Technician error was the reason for the unsuccessful collection, select a new pink lancing device for the second collection.

7.6.2.4.3 If CTN malfunction was the reason for the unsuccessful collection, select a new CTN of the same color and of a different lot number (only if additional lot numbers are available).

7.6.2.5 Repeat the blood collection process using the new CTN with the new set of Fingerstick collection supplies.

7.6.2.5.1 NOTE: Never dispose of any successfully collected and stored specimens, including those collected for a visit that has been canceled.

Theranos Confidential Page 13 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 00013

Confidential THPFM0000236349

DocuSign Envelope ID: 2AEE2BE6-86D1-44AE-A5DB-65680A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 15 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |

**Fingerstick Collection**

7.6.3 Multiple Unsuccessful Fingerstick Collection Attempts

7.6.3.1 During a guest's visit, if the technician has a total of two unsuccessful collection attempts, the technician should not perform another Fingerstick collection.

7.6.3.2 If after two failures, if there is no other technician present or available, then the technician may attempt one additional collection, ONLY if the guest and the technician are comfortable.

7.6.3.3 Inform the guest of the option to return at a later time or a different date to complete their specimen collection process.

7.6.3.4 A guest should never receive more than **6 Fingersticks** during a single visit unless the guest requests to have additional collections to complete their specimen collection and the technician is comfortable performing them.

7.6.4 Fainting symptoms

7.6.4.1 If fainting symptoms occur (paleness, perspiration, hyperventilation, dizziness, nausea) during specimen collection, stop collecting, hold the gauze to the finger puncture site to stop bleeding, and bandage the finger.

7.6.4.2 Ensure an additional person is in the room or close by to assist in case the guest does faint.

7.6.4.3 Stay calm, reassure the guest, and instruct them to take deep slow breaths.

7.6.4.4 If fainting symptoms subside and the guest is comfortable to continue, restart the collection process.

7.6.5 Guest faints

7.6.5.1 If fainting occurs, make sure the guest is safely supported and clear of danger to avoid falling out of the chair.

7.6.5.2 In any case of an emergency, contact emergency services.

7.6.5.3 Immediately call for additional assistance.

7.6.5.4 Contact your immediate supervisor.

## 8 RECORDS

8.1 n/a

Theranos Confidential | Page 14 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 00014

Confidential THPFM0000236350



DocuSign Envelope ID: 2AEE2BE6-86D1-44AF-A5DB-65680A9DEBEC Case 5:18-cr-00258-EJD Document 1208-3 Filed 12/20/21 Page 16 of 16

| theranos | Standard Operating Procedure | Document Number: CL SOP-05020 Revision: K |
|---|---|---|
| | Theranos Wellness Center | Effective Date: 11/17/2015 |
| Fingerstick Collection | | |

## 9 ATTACHMENTS

9.1 CL ATT-05020-A1 Wrist Watch Utilization Job Aid

## 10 REFERENCES

10.1 CL SOP-05115 Centrifuge Operation for Fingerstick

## 11 REVISION HISTORY

| REVISION HISTORY | | | |
|---|---|---|---|
| **Revision Level** | **Effective Date** | **Initiator** | **ECO Number** |
| A | 09/09/13 | Adam Rosendorff | CL ECO-00114 |
| B | 11/11/13 | Joe Ahdoot | CL ECO-00123 |
| C | 01/30/14 | Joe Ahdoot | CL ECO-00141 |
| D | 03/24/14 | Joe Ahdoot | CL DCO-0005 |
| E | 09/19/14 | Sonia Cendejas | CL DCO-00054 |
| F | 05/20/2015 | Jose Arias | CL DCO-00068 |
| G | 06/01/2015 | Jose Arias | CL DCO-00089 |
| H | 08/08/2015 | Jose Arias | CL DCO-00095 |
| I | 08/28/2015 | Joe Ahdoot | CL DCO-00097 |
| J | 09/11/2015 | Jose Arias | CL DCO-00098 |
| K | 11/17/2015 | Joseph Ahdoot | CL DCO-00107 |
| | | | |
| **Section Number** | **Description and Justification of Changes** | | |
| **All** | • Added step to inspect CTN prior to usage<br>• Clarification on Finger Warmer activation step<br>• Updated attachments and references terminology | | |

Theranos Confidential | Page 15 | 15

Any retransmissions, reproductions, dissemination or other use of these materials by persons or entities other than the intended recipient is prohibited. This document supersedes all earlier or previous documents unless approved in writing.

Trial Exh. 5400 Page 00015

Confidential THPFM0000236351