# EXHIBIT 3

Message
---

**From:** Jonathan Simons (jsimons@▮▮▮)
**Sent:** 3/17/2011 2:29:50 AM
**To:** Elizabeth Holmes [/O=THERANOS ORGANIZATION/OU=First Administrative Group/cn=Recipients/cn=eholmes]; 'steve.burd@safeway.com' [steve.burd@safeway.com]
**CC:** Jonathan Simons (jsimons@▮▮▮)
**Subject:** Highly Confidential: Memo to Chairman Murtha 2008
**Attachments:** 0385_001.pdf

Hi

Sorry for delay.

Of course its written confidentially -- but I would not mind Senator McCain reading it tonight ..Elizabeth.. Senator McCain ..is working to eliminate the DoD Cancer Research programs totally for FY2011 from the DoD budget..and  the President and SecDef Robert Gates (a great American) are forcing Republicans to put it back in or face the wrath of angry cancer patients.
Please do not circulate except perhaps your parents, Elizabeth. I enjoyed a good relationship with Chairman Murtha so its a little too familiar for distribution.

Steve, Mike is getting Warren Beatty to call John McCain to help him think about the DoD  issue.

Elizabeth, there are more cytokines and capture agents to consider for your version 3.0 biosensor for early cancers ..coming out at AACR in Orlando April 3-7. Particulary intriguing for pancreatic cancer. Is someone at Theranos tracking the meeting?

Best Jonathan


Jonathan W. Simons, MD
President and Chief Executive Officer
Prostate Cancer Foundation
David H. Koch Chair
1250 Fourth Street, Suite 360
Santa Monica, CA 90401
Phone: ▮▮▮
Fax:
Email: ▮▮▮
Website: www.pcf.org

----- Original Message -----
From: pcf_copier
Sent: Wednesday, March 16, 2011 07:19 PM
To: Jonathan Simons (jsimons@▮▮▮; Rebecca Levine (rlevine@▮▮▮
Subject: Scan from PCF-Canon C7065



**Prostate Cancer Foundation**

Jonathan W. Simons, MD
*Chief Executive Officer and President*
*David H. Koch Chair*

September 19, 2008

Mr. Daniel R. Cunningham
THE PMA GROUP
2345 Crystal Drive, Suite 300
Arlington, VA 22202

Dear Mr. Cunningham:

Thank you for meeting with me last week. I appreciate your insight into the legislative process and look forward to sharing with Michael Milken your recommendations on briefing Congressman Murtha. We hope to honor Congressman Murtha at the appropriate time at the Prostate Cancer Foundation for his enormous contributions to the program.

I look forward to meeting sometime in the future.

Sincerely yours,

Jonathan W. Simons
President and Chief Executive Officer
David H. Koch Chair

1250 Fourth Street, Santa Monica, CA 90401   Tel 310.570.4700   Fax 310.570.4701   www.prostatecancerfoundation.org

HOLMES0015184



**Prostate Cancer Foundation**

Jonathan W. Simons, MD

*President and Chief Executive Officer*
*David H. Koch Chair*

Re: <u>**HIGHLY CONFIDENTIAL FOR CHAIRMAN MURTHA: ELIZABETH HOLMES AND DIABETES RESEARCH AND MEMS**</u>

Chairman Murtha:

For succinctness, I will do this as your Q (italics) and my A:

*What do you know about Elizabeth Holmes?*

I have not met Ms. Holmes, but I know her work. In my capacity as a reviewer at the NCI, I became fairly well versed in her area of research and development. Ms. Holmes's mentor at Stanford, Professor Channing Robertson, is highly respected, and his "off the charts" endorsement of Ms. Holmes genius is documented. Robertson is critical and a "hard marker," so his endorsement is notable. When I co-chaired the National Cancer Institute Steering Committee for Nanotechnology with Dr. Chad Mirkin at Northwestern where we intensively reviewed biosensor work including de-classified work for bioterrorism developed by DARPA. There are other efforts underway other than the efforts of Ms. Holmes's team, but my impression is that, in terms of patent position and entrepreneurship, the Holmes's biotechnology you have described is in a leading position. I am not expert in the subspecialty of microelectronics, but feel expert enough in laboratory medicine and research of molecular markers in blood, serum, and urine in cancers like prostate cancer in order to evaluate Ms. Holmes's work.

Neither the Wright brothers nor Thomas Alva Edison finished at Stanford either; my impression is that Ms. Holmes is cut from the same cloth as the Wright brothers. That said, the tertiary medical centers e.g. Johns Hopkins, Mayo, Cleveland Clinic, University of Pittsburgh, would have to have their Laboratory Medicine Departments beta test Holmes's technology. One would not have total confidence in testimonials from industry without independent peer review. Also, as we discussed for MEMs and cancer nanotechnologies like bio-conjugated semiconductor quantum dots, we now have a confluence of science and economic possibility and unmet social need. The Wright brothers had the "miniaturization" of internal two stroke internal combustion engines and then did the seminal research on camber for lift, pitch, roll, and yaw on control surfaces. The situation is the same fundamentally for the multiplexed, analyte assessment capability of Holmes and colleagues. The Wright brothers were the right inventors at the right time of technology development and entrepreneurial thinking.

*Is the research Holmes has support for with Federal funds promising for diabetes?*

The system includes a box with a miniaturized hospital laboratory in it that wirelessly monitors patients's drops of blood through measuring via a biologically sensing chip to determine potential bad or good effects of experimental and existing drugs like recombinant insulin. The device then electronically transmits the data to a website. Patients and their nurses and doctors may check results online within minutes unlike the hours to sometimes days turnaround that can create medical errors. The prototypical device platform, as I understand it, is about to be used by drug companies doing clinical research. I am not

1250 Fourth Street, Santa Monica, CA 90401   Tel 310.570.4712   Fax 310.570.4694   www.prostatecancerfoundation.org

HOLMES0015185

Page 2

certain of the number of diabetes type 1 or type 2 trials the biosensors have been employed to study but can provide names of individuals in endocrinology who may know.

### Is the research relevant for military medicine in the field?

Absolutely. I am not an expert in battlefield trauma medicine but outpatient management of any chronic or sudden acute illness for a service man or woman would be improved if this remote biosensor of critical laboratory values became standard of care.

### Is the research promising for cancer patients?

Absolutely. It is promising for both outpatient management of patients in active treatment of chemotherapy and radiation. I would also think that ultimately, if we can (as we discussed) find a panel of blood marker signatures for common cancers that are superior to even tests like PSA, the Holmes's biosensor capability might make a major contribution to treating life-threatening illnesses. Enormous research in cancer is still needed to identify the key markers from a great deal of "noise" that plaques our field and frustrates patients in the development of single channel tests.

### Should the Holmes research receive more NIH or DoD funding?

Not unless it goes through peer review; that said, it is more appropriate for the CDMPR to fund this kind of research as they do not typically discriminate against "industrial research" as the NIH does. "Group think" is also less of a concern for DoD versus NIH when reviewing on potential transformation for early biotechnology.

### Will the research stimulate the pharmaceutical industry and create jobs?

Yes. If they prove to the academic medical community (which advises the FDA in diagnostics) superiority of the biotechnology compared to hospital based laboratory medicine, the private sector should respond as it has in other disruptive applications of microelectronics. I am not expert enough on CLIA certification and the regulatory rules for protection of privacy in wireless transmission of patient data, but I share your clear enthusiasm for introducing Ms. Holmes to my friend Dr. Nancy Davidson, the new University of Pittsburg Cancer Center Director. Dr. Davidson's team might give you further vetting confidentially. Dr. Davidson was a major recipient of DoD Breast Cancer research funding incidentally thanks in no small part to your great leadership.