# EXHIBIT 4

7673A

# Theranos Science & Technology:
# The Miniaturization of Laboratory Testing

Elizabeth Holmes

theranos

August 1, 2016

# Scientific Exchange

- Some of the medical device technologies discussed today are regulated by the FDA and are not yet cleared or approved.

- This presentation is not intended to promote Theranos devices or testing.

- Theranos technologies are not intended or offered for sale or commercial use at this time.

- The purpose of our presentation is to provide an exchange of scientific information about Theranos' inventions and technologies.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



2

# Our mission is to make actionable health information accessible at the time it matters

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

3

# Theranos Technologies

Reagents and Assays for Small-Volume Samples

**Collection Technologies**

Sample Collection Device (SCD)



Nanotainer™ Tubes





**Theranos Virtual Analyzer (TVA)**



High Throughput Platforms

**Theranos Sample Processing Unit (miniLab)**

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



# Presentation Overview

I.  Miniaturization of laboratory testing

II. miniLab results across detection methodologies

III. Small sample volumes: collection of capillary blood and analysis

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Miniaturization and Integration of Detection Systems

**Spectrophotometer**

**Luminometer & Fluorometer**

**Cytometer**

**Fluorescence-based Isothermal Detector**









Clinical Chemistry

Immunochemistry

Hematology & Immunology

Molecular Biology

Images not to scale

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



6

# Miniaturization and Integration of Processing Modules

 Camera

 Material Handling Robot

 Cartridge

 Sonicator

 Thermocycler

 Centrifuge

Images not to scale

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



7

# Theranos Sample Processing Unit (miniLab)



Thermal System

Spectrophotometer

Camera

Material Handling Robot

Fluorescence-based Isothermal detector

Luminometer & Fluorometer

Thermocycler*

17¾"

Centrifuge

Sonicator

22"

Cartridge

13½"

Cytometer*

Images not to scale
* Optional component

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Multi-faceted Material Handling Robot Allows Versatility

• Multiple volumes simultaneously

• Transports consumables

• Transfers fluids

  • Precision: 2.75% at 2 µL

  • Accuracy: 2 µL  ± 2.0%



4.2"

6.9"

3.5"

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



9

# Cartridge Carries Sample and Reagents

- Single use

- On-board controls

- All reagents and waste onboard

- No tubing

- Barcode control



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

10

# Cartridges: Customized to the Assays



Nanotainer

Touchoff pads

Reagents

Bulk reagents

Imaging slide

Mini tips

Reaction cuvettes

4.6"

Tips and vessels

3.5"



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

11

# Video of Cartridge Components



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran⊙s

# Theranos Virtual Analyzer (TVA) Enables Remote Processing and Analysis

- Recognizes barcode on cartridge

- Facilitates two-way communication

- Dictates protocol for device

- Remote interpretation of digital images and results, reviewed and released through clinical lab

- Protocols remotely downloaded for novel analytes on existing systems



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos   13

# Video of miniLab



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

14

# Presentation Overview

I.   Miniaturization of laboratory testing

II.  miniLab results across detection methodologies

III. Small sample volumes: collection of capillary blood and analysis

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Clinical Chemistry: Precision and Method Comparison

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos   16

# Clinical Chemistry: Spectrophotometer



2.0"

5.3"

5.1"



Xe arc lamp

Reaction cuvette

Laser diode

LWP optical filter

Intensity spectrum

Wavelength

Intensity

Grating-based optical system

CCD line sensor

- Measures absorbance across UV-visible spectrum
- Colorimetric and turbidimetric assays

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

17

# Clinical Chemistry: Precision Study Overview

| | |
|---|---|
| Sample type and matrix | Li-Hep venous plasma |
| Control levels | Low analyte concentration<br>High analyte concentration |
| Study Design | 3 miniLabs x 5 Days x 5 Tests per day<br>(CLSI EP05-A3) |
| Analysis | Analysis of variance to determine repeatability, within-lab variability, and reproducibility |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

18

# Multi-miniLab Precision Study Design



**Repeatability**
(within-run/day)
one day-one device
baseline variance of
assay system

**Within-laboratory**
(within-miniLab)
intermediate precision,
includes day-to-day
variability

**Reproducibility**
encompasses
imprecision across
multiple devices or sites

CLSI EP05-A3
This technology has not been cleared or approved by the FDA and is not for sale in the United States.



19

# Clinical Chemistry: Precision Results Meet Performance Criteria

| Analyte | Mean | Repeatability CV (Within-day) | Within-laboratory CV (Within-miniLab) | Reproducibility CV (Across 3 miniLabs) |
|---|---|---|---|---|
| Total Cholesterol | 120 mg/dL | 1.5% | 1.6% | 1.6% |
| | 320 mg/dL | 1.7% | 1.8% | 2.0% |
| Triglycerides | 78 mg/dL | 1.9% | 1.9% | 2.6% |
| | 405 mg/dL | 3.9% | 4.4% | 4.4% |
| LDL Cholesterol | 71 mg/dL | 3.6% | 3.6% | 3.7% |
| | 203 mg/dL | 2.2% | 2.4% | 2.4% |
| HDL Cholesterol | 40 mg/dL | 2.4% | 2.4% | 2.5% |
| | 84 mg/dL | 2.3% | 2.5% | 2.8% |
| Potassium | 2.9 mmol/L | 2.8% | 3.4% | 6.6% |
| | 6.0 mmol/L | 2.6% | 2.7% | 2.8% |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Clinical Chemistry: Method Comparison Study Overview

| | |
|---|---|
| Population | Apparently healthy subjects and archived samples |
| Sample type and matrix | Li-Hep venous plasma |
| Comparator | Siemens ADVIA 1800 |
| Number of miniLabs | 7 for potassium<br>9 for lipids |
| Study design | n > 100 subjects (per CLSI EP09-A3) |
| Analysis | Passing-Bablok regression analysis and calculate median bias |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

21

# Potassium on miniLab Correlates to Comparator Method for Venous Plasma



$y = 1.02\ x - 0.15$
$r^2 = 0.98$
$n = 104$

miniLab (mmol/L)

Siemens ADVIA 1800 (mmol/L)

**Legend:**

— Unity ($y = x$)

– – Allowable total error[1] = ±0.5 mmol/L

Points within ATE = 100%

Median bias = -0.08 mmol/L

[1] CLIA (Federal Register 1992;57(40):7002-186)

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

**theranos**

22

# Lipids on miniLab Correlate to Comparator Method for Venous Plasma

Legend:
—— Unity (y = x)
- - - Allowable total error
NCEP (Clin Chem 1988;34:193-201)
NCEP (Clin Chem 1997;43:2164-2168)





**Total Cholesterol**
Median bias = -0.9 %
ATE = ± 9%
Points within ATE = 100%

**Triglycerides**
Median bias = 0.6%
ATE = ± 15%
Points within ATE = 98%

**LDL Cholesterol**
Median bias = 2.4%
ATE = ± 12%
Points within ATE = 92%

**HDL Cholesterol**
Median bias = 9%
ATE = ± 13%
Points within ATE = 76%

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# miniLab HDL Assay Accuracy Confirmed With NIST Standard

| Instrument | Replicates | | Level 1 | Level 2 |
|---|---|---|---|---|
| NIST True Value | N/A | Assigned | 41.0 mg/dL | 64.9 mg/dL |
| miniLab | 9 | Mean | 39.9 mg/dL | 67.1 mg/dL |
| | | Difference | -3% | 3% |
| Comparator Method | 25 | Mean | 36.7 mg/dL | 63.9 mg/dL |
| | | Difference | -10% | -2% |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos   24

# Clinical Chemistry Assays on miniLab Meet Allowable Total Error Criteria

| Analyte | miniLab Total Analytical Error | Allowable Total Error |
|---|---|---|
| Potassium (mmol/L) | 0.28 mmol/L | < 0.5 mmol/L[1] |
| Total Cholesterol (mg/dL) | 4.0% | < 9%[2] |
| Triglycerides (mg/dL) | 4.5% | < 15%[3] |
| LDL Cholesterol (mg/dL) | 9.5% | < 12%[3] |
| HDL Cholesterol (mg/dL)* | 7.8% | < 13%[3] |

Total analytical error = median bias + 2 * within-laboratory CV or SD
*HDL bias against NIST standard was used in this calculation
[1] CLIA (Federal Register 1992;57(40):7002-186)
[2] NCEP (Clin Chem 1988;34:193-201)
[3] NCEP (Clin Chem 1997;43:2164-2168)
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

25

# Immunochemistry:
# Precision and Method Comparison

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Immunochemistry: Luminometer & Fluorometer

**Fluorometer**

**Luminometer**



2.2"

3.7"

2.4"

**Luminometer**



Microtip

Collection mirror

Photodetector

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

27

# Immunochemistry: Precision Study Overview

| | |
|---|---|
| Sample type and matrix | Venous serum |
| Control levels | Low titre sample (High Negative)<br>High titre sample (Low Positive) |
| Study Design | 3 miniLabs x 5 Days x 5 Tests per day<br>(CLSI EP05-A3) |
| Analysis | Analysis of variance to determine repeatability, within-lab variability, and reproducibility |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



28

# Immunochemistry: HSV-2 IgG Precision Results Show Acceptable %CV

| Analyte | Index Value | Repeatability CV (Within-day) | Within-laboratory CV (Within-miniLab) | Reproducibility CV (Across 3 miniLabs) |
|---------|-------------|-------------------------------|----------------------------------------|-----------------------------------------|
| HSV-2 | 0.75 (L) | 7.6% | 7.6% | 7.7% |
|       | 1.06 (H) | 7.3% | 7.5% | 7.7% |

(L): low titre sample; (H): high titre sample
Other industry standard assays approved by FDA: K120625, K090409, K081687

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



29

# Immunochemistry: Method Comparison Study Overview

| | |
|---|---|
| Population | At risk for Herpes (intended use population) |
| Samples type and matrix | Venous serum |
| Comparator | Focus HerpeSelect 1 & 2 Immunoblot |
| Number of miniLabs | 7 |
| Study design | CLSI EP12-A2 |
| Analysis | Compute negative and positive percent agreement compared to comparative method |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

30

# Immunochemistry: HSV-2 IgG Measurements are Consistent with Comparator Method

| | Theranos/Immunoblot | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Negative percent agreement (specificity) | 127 / 127 | 100% | (97.1%, 100%) |
| Positive percent agreement (sensitivity) | 71 / 75 | 94.7% | (87.1%, 97.9%) |

Other industry standard assays approved by FDA: K120625, K090409, K081687

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



31

# Hematology and Immunology: Precision and Method Comparison

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Hematology and Immunology: Cytometer

Automated imaging cytometer
3 Lasers, 5 Emission Filters



6.1"

19.4"

11.8"



Slide containing
multiple samples

Ringlight for dark field illumination

Fluorescence excitation
light sources (laser diodes)

Objective lens

Imaging system optics
(filters, lenses, mirrors)

Excitation system optics
(filters, lenses, mirrors)

Camera

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

33

# Hematology and Immunology: Assay Methodology



CD3$^+$T cells
CD4$^+$ T cells
CD8$^+$ T cells

CD19$^+$ B cells
CD56$^+$/CD16$^+$ NK cells

Two reaction tubes stained on-board

Erythrocytes lysed and leukocytes fixed

Samples are loaded into an imaging slide

Images and cell properties analyzed using classification algorithms

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



34

# Hematology and Immunology: Image Processing





Pseudocolor image of T-cell image with select
staining shown. **CD4 in green**, **CD8 in magenta**,
**CD3 in blue**, **Nucleus in Red.**

Image
segmentation

Scatterplot reviewable by
trained personnel

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



35

# T Cell, B Cell, NK Cells (TBNK, Lymphocyte Subset): Precision Study Overview

| | |
|---|---|
| Sample type and matrix | Quality control material (R&D Systems StatusFlow) |
| Control levels | CD4 Low (all other analytes normal)<br>CD4 Normal (all other analytes normal) |
| Study Design | 3 miniLabs x 5 Days x 5 Tests per day<br>(CLSI EP05-A3) |
| Analysis | Analysis of variance to determine repeatability, within-lab variability, and reproducibility |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



# Lymphocyte Subset: Precision Results Meet Performance Criteria

| Analyte | Mean (cells/$\mu$L) | Repeatability CV (Within-day) | Within-laboratory CV (Within-miniLab) | Reproducibility CV (Across 3 miniLabs) |
|---|---|---|---|---|
| Total T cells | 841 | 2.5% | 3.2% | 3.3% |
| CD4$^+$ T cells | 153 (L) | 4.6% | 5.0% | 5.3% |
| | 838 (N) | 2.7% | 2.7% | 2.8% |
| CD8$^+$ T cells | 571 | 3.5% | 3.9% | 4.1% |
| B cells | 357 | 4.5% | 4.7% | 4.7% |
| NK cells | 308 | 5.3% | 5.4% | 6.1% |
| Lymphocytes | 1533 | 2.7% | 2.8% | 3.1% |

(L): low cell count; (N): normal cell count
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

37

# Lymphocyte Subset: Method Comparison Study Overview

| | |
|---|---|
| Population | Apparently healthy subjects, and <15% adjusted to abnormal levels |
| Sample type and matrix | $K_2$-EDTA venous whole blood |
| Comparator | BD Multitest 6-color TBNK Reagent with Trucount Tubes on FACSCanto II (BD TBNK) |
| Number of miniLabs | 6 |
| Study design | n > 100 subjects (per CLSI EP09-A3) 1 replicate on miniLab, 2 replicates on comparator method |
| Analysis | Weighted Deming regression analysis and calculate median bias |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

38

# Lymphocyte Subset: Counts Correlate with Comparator Method



Total CD3[1] T Cells[1]

$y = 0.99\,x - 1.62$
$r^2 = 0.98$
$n = 111$

miniLab (cells/µL)

Median bias = 0.4%
ATE = ± 19.8%
Points within ATE = 96.4%

BD TBNK (cells/µL)

CD4[1] T Cells[1]

$y = 1.00\,x - 2.62$
$r^2 = 0.98$
$n = 111$

Median bias = 0.7%
ATE = ± 19.6%
Points within ATE = 95.5%

BD TBNK (cells/µL)

CD8[1] T Cells[1]

$y = 1.00\,x - 0.87$
$r^2 = 0.99$
$n = 111$

Median bias = 1.3%
ATE = ± 21.4%
Points within ATE = 97.3%

BD TBNK (cells/µL)

Legend:  ▲ Adjusted sample   ● Native sample   —— Unity (y = x)   – – – Allowable total error

[1] Clin Chim Acta, 2015;438:166-170.   Ann Clin Biochem 1997;34:8-12.
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

39

# Lymphocyte Subset: Counts Correlate with Comparator Method



**CD19+ B cells[1]**

$y = 0.98\,x + 0.56$
$r^2 = 0.98$
$n = 111$

Median bias = -0.9%
ATE = ± 26.1%
Points within TE = 95.5%

miniLab (cells/μL)

BD TBNK (cells/μL)

**CD56+/CD16+ NK Cells[1]**

$y = 1.02\,x + 0.43$
$r^2 = 0.98$
$n = 111$

Median bias = 3.5%
ATE = ± 35.8%
Points within TE = 98.2%

BD TBNK (cells/μL)

**Lymphocytes[2]**

$y = 1.00\,x - 0.64$
$r^2 = 0.99$
$n = 111$

Median bias = 0.5%
ATE = ± 17.6%
Points within TE = 94.6%

BD TBNK (cells/μL)

Legend:     ▲ Adjusted sample     ● Native sample     —— Unity (y = x)     – – Allowable total error

[1] Clin Chim Acta, 2015;438:166-170.   Ann Clin Biochem 1997;34:8-12
[2] Ricos specifications available from www.westgard.com/biodatabase1.htm
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Lymphocyte Subset: Counts Meet Allowable Total Error Criteria

| Analyte (cells/µL) | miniLab Total Analytical Error | Allowable Total Error[1] |
|---|---|---|
| Total T cells | 6.7% | < 19.8% |
| CD4+ T cells* | 10.8% | < 19.6% |
| CD8+ T cells | 9.2% | < 21.4% |
| B cells | 10.3% | < 26.1% |
| NK cells | 14.3% | < 35.8% |
| Lymphocytes | 6.1% | < 17.6% |

Total analytical error = median bias + 2 * within-laboratory CV
*CV of Low CD4 cell count was used in this calculation
[1] Clin Chim Acta, 2015;438:166-170; Ann Clin Biochem 1997;34:8-12
This technology has not been cleared or approved by the FDA and is not for sale in the United States.



41

# Molecular Biology: Nucleic Acid Amplification (NAA) Zika Assay in Venous Serum on miniLab – Performance Characteristics

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Nucleic Acid Amplification (NAA): Fluorescence-based Isothermal Detector and Thermocycler

**Fluorescence-based Isothermal Detector**



**Thermocycler**

**Fluorescence-based Isothermal Detector**



Excitation LEDs

Optical Filters

Excitation beam

Sample Vessels in Isothermal Block  8 X 8

Fluorescence

Photodetectors

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

43

# miniLab NAA Assays – Methodology

- Magnetic bead-based extraction of nucleic acids

- Isothermal amplification and detection

- RT-PCR based pre-amplification using thermocycler module

- High sensitivity achieved through integrated on-board sample extraction, amplification, and detection

- Primers designed using multisequence gene alignment

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran●s   44

# Molecular Biology: NAA Zika Assay is Sensitive for the Target Gene

| Zika Concentration (copies/mL) | N (Positive) / N (Replicates) | % Positive |
|---|---|---|
| 1920 | 6/6 | 100% |
| 960 | 6/6 | 100% |
| 480 (LoD) | 25/26 | 96% |
| 160 | 4/6 | 67% |
| 32 | 2/6 | 33% |
| 0 | 0/6 | 0% |

LoD for CDC Zika test = 930 copies/mL
Emerg Infect Dis 2008;14:1232-1239

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

45

# Molecular Biology: NAA Zika Assay Does Not Cross-React or Show Interference with Pathogens

| Virus/Bacteria/Parasite | Concentration (copies/mL) | Cross-Reactivity (0 copies/mL Zika) % Positive | Interference (recovery of 960 copies/mL Zika) % Positive |
|---|---|---|---|
| *P. falciparum* | $1 \times 10^6$ | 0% | 100% |
| Dengue Virus Types 1-4 | $1 \times 10^6$ | 0% | 100% |
| West Nile Virus Types 1 & 2 | $1 \times 10^6$ | 0% | 100% |
| Chikungunya Virus | $5 \times 10^3$ | 0% | 100% |
| Yellow Fever Virus | $1 \times 10^4$ | 0% | 100% |
| Parvovirus | $1 \times 10^6$ IU/mL | 0% | 100% |
| Mayaro Virus | $1 \times 10^6$ | 0% | 100% |

n = 3 replicates per test

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



46

# Molecular Biology: NAA Zika Assay Does Not Cross-React or Show Interference with Substances

| Interfering Substance | Concentration (copies/mL) | Cross-Reactivity (0 copies/mL Zika) % Positive | Interference (recovery of 960 copies/mL Zika) % Positive |
|---|---|---|---|
| Bilirubin | 342 µM | 0% | 100% |
| Cholesterol | 13 mM | 0% | 100% |
| EDTA, pH 8·0 | 6.2 mM | 0% | 100% |
| Gamma Globulin | 5 mg/mL | 0% | 100% |
| Hemoglobin | 5 mg/mL | 0% | 100% |
| Heparin Lithium Salt | 19 U/mL | 0% | 100% |
| Human Genomic DNA | 4 µg/mL | 0% | 100% |
| Triglyceride Mixture (C2-C10) | 37 mM | 0% | 100% |
| Sodium Citrate | 0.25% (w/v) | 0% | 100% |

n = 3 replicates per test
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos                                                                        47

# Molecular Biology: NAA Zika Assay Inclusive for Other Zika Strains

| Zika Virus Strain | Zika Concentration (copies/mL) | N Positive/N Replicates |
|---|---|---|
| DakArD 41662 | 960 | 3/3 |
| MR 766 | 960 | 3/3 |

Current outbreak strain: PRVABC59 (Asian)

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

48

# Molecular Biology: NAA Zika Assay Shows No Carryover

| Round | Zika Concentration (copies/mL) | N Positive/N Replicates | % positive |
|:---:|:---:|:---:|:---:|
| 1 | $1.3 \times 10^7$ | 5/5 | 100% |
| | 0 | 0/5 | 0% |
| 2 | $1.3 \times 10^7$ | 5/5 | 100% |
| | 0 | 0/5 | 0% |
| 3 | $1.3 \times 10^7$ | 5/5 | 100% |
| | 0 | 0/5 | 0% |
| 4 | $1.3 \times 10^7$ | 5/5 | 100% |
| | 0 | 0/5 | 0% |
| 5 | $1.3 \times 10^7$ | 5/5 | 100% |
| | 0 | 0/5 | 0% |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# NAA Zika Assay – Clinical Study Overview

| | |
|---|---|
| Population | Healthy, febrile, or Zika symptomatic pathologicals |
| Sample type and matrix | Venous serum |
| Analyzers & Assays | 24 miniLabs<br>CDC RT-PCR assay<br>altona RealStar® (EUA Authorized Method) |
| Study design | FDA EUA guidance |
| Analysis | Compute negative and positive percent agreement compared to the comparative methods |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



50

# Molecular Biology: NAA Zika Assay with Venous Serum is Consistent with Comparators

|  | Theranos/ Comparator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Negative percent agreement | 108 / 113 | 95.6% | (90.1%, 98.1%) |
| Positive percent agreement | 67 / 67 | 100% | (94.6%, 100.0%) |

Venous Serum (N=180)
   78 from US (healthy and febrile subjects)
   102 from Dominican Republic and Colombia (Zika symptomatic)

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



51

# Theranos Sample Processing Unit (miniLab)



Thermal System

Spectrophotometer

Camera

Material Handling Robot

Fluorescence-based Isothermal detector

Thermocycler*

Luminometer & Fluorometer

Sonicator

Centrifuge

Cartridge

Cytometer*

Images not to scale
* Optional component

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran⦁s

# Presentation Overview

I.   Miniaturization of laboratory testing

II.  miniLab results across detection methodologies

III. Small sample volumes: collection of capillary blood and analysis

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran⬤s     53

# Capillary Collection
# Optimization of Collection Variables

- Sample site preparation (detergent-based wipes and alcohol dry time)

- Wiping away first drop(s)

- Finger-stick techniques (minimize milking)

- Lancet selection (gauge and depth)

- Arterialization of capillary blood

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran•s    54

# Theranos Sample Collection Device

### Sample Collection
### Device (SCD)

### Nanotainer™ Tubes





This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Sample Collection Device Design

| Challenges | Theranos Design Considerations |
|---|---|
| Hemolysis | • Capillary tubes<br>• Shape and diameter of capillary tubes and needles<br>• Anti-coagulant coating |
| Clotting | • Anti-coagulant concentration<br>• Rapid mixing of sample with anti-coagulant<br>• Fill volume indicators |
| Altered cell morphology | • Optimized anti-coagulant concentration |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

56

# Collection and Activation



① Blood drawn from lanced fingertip via capillary action

② Collection unit pressed into housing. Needles puncture through nanotainer caps, sliding plungers downward, like the action of a syringe. Specimen is drawn into each nanotainer (170 µL blood total) and simultaneously mixed with anti-coagulant (EDTA and/or Li-Hep)

③ Nanotainer tubes removed for storage, transport, and processing. 2D barcode used to maintain traceability

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran⊛s   57

# Video of Capillary Collection Process



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos   58

# Sample Container Box for Shipping



4.0"

5.2"

2.3"

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Matrix Comparison on miniLab

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Lipid Panel: Matrix Comparison Study Overview

| | |
|---|---|
| Population | Apparently healthy subjects |
| Sample type and matrix | Li-Hep capillary whole blood and venous plasma |
| Analyzers | 8 miniLabs<br>Siemens ADVIA 1800 |
| Study design | 2 replicates each matrix on miniLab<br>2 replicates for venous on comparator method |
| Analysis | Passing-Bablok regression analysis and calculate median bias |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

61

# Capillary Total Cholesterol Correlates to Venous





# Lipid Panel:  Capillary Bias Summary

| Analyte | Capillary miniLab vs Venous miniLab | | Capillary miniLab vs Venous ADVIA | |
|---|---|---|---|---|
| | $R^2$ | Median Bias | $R^2$ | Median Bias |
| Total Cholesterol (mg/dL) | 0.98 | 0.6% | 0.98 | -0.5% |
| HDL Cholesterol (mg/dL) | 0.96 | 1.9% | 0.96 | 11.6% |
| LDL Cholesterol (mg/dL) | 0.97 | 0.6% | 0.95 | 1.4% |
| Triglycerides (mg/dL) | 1.00 | 3.7% | 1.00 | 5.5% |

Passing-Bablok regression

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

63

# Lymphocyte Subset: Matrix Comparison Study Overview

| | |
|---|---|
| Population | Apparently healthy subjects |
| Sample type and matrix | $K_2$-EDTA capillary and venous whole blood |
| Analyzers | 6 miniLab<br>TBNK on Becton Dickinson FACSCanto II |
| Study design | 1 replicate each matrix on miniLab<br>2 replicates venous on comparator method |
| Analysis | Passing-Bablok regression analysis and calculate median bias |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# Capillary CD4$^+$ T cell Count Correlates to Venous



Capillary on miniLab (cells/µL)

$y = 1.06 x - 9.88$
$r^2 = 0.94$
$n = 70$

Points within ATE = 91%

Venous on miniLab (cells/µL)

$y = 1.06 x - 9.02$
$r^2 = 0.93$
$n = 72$

Points within ATE = 96%

Venous on BD TBNK (cells/µL)

Legend:
—— Unity (y = x)
– – Allowable total error[1] = ±19.6%

[1] Clin Chim Acta, 2015;438:166-170;   Ann Clin Biochem 1997;34:8-12

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran●s     65

# Lymphocyte Subset: Capillary Bias Summary

| Analyte | Capillary miniLab vs Venous miniLab | | Capillary miniLab vs Venous BD TBNK | |
|---|---|---|---|---|
| | $R^2$ | Median Bias | $R^2$ | Median Bias |
| Total T cells | 0.93 | 3.7% | 0.92 | 4.9% |
| CD4+ T cells | 0.94 | 4.2% | 0.93 | 4.6% |
| CD8+ T cells | 0.92 | 5.9% | 0.94 | 6.4% |
| B cells | 0.93 | 6.1% | 0.92 | 5.6% |
| NK cells | 0.84 | 9.6% | 0.90 | 8.9% |
| Lymphocytes | 0.88 | 4.3% | 0.89 | 6.8% |

Passing-Bablok regression

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

# NAA Zika Assay: Clinical Study Overview

| | |
|---|---|
| Population | Healthy or Zika symptomatic |
| Sample type and matrix | Capillary whole blood, venous serum, and urine |
| Analyzers & assays | 20 miniLabs<br>CDC RT-PCR assay<br>altona RealStar®  (EUA Authorized Method) |
| Study design | FDA EUA guidance |
| Analysis | Compute negative and positive percent agreement compared to the comparative methods |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



67

# Molecular Biology: NAA Zika Assay with Capillary Whole Blood is Consistent with Comparators

| | NAA/ CDC & altona | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Negative percent agreement | 56 / 56 | 100% | [93.6, 100.0]% |
| Positive percent agreement | 50 / 51 | 98% | [89.7, 99.7]% |

Capillary whole blood, venous serum, and urine (n = 107)
    77 from US (apparently healthy)
    30 from the Dominican Republic (Zika symptomatic)

Capillary LoD = 320 copies/mL

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos    68

# Theranos Technologies

## Reagents and Assays for Small-Volume Samples

**Collection Technologies**

Sample Collection Device (SCD)



Nanotainer™ Tubes



**Theranos Virtual Analyzer (TVA)**





**High Throughput Platforms**

**Theranos Sample Processing Unit (miniLab)**

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

*theranos*

# Acknowledgments







This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

70

# Manufacturing Video



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theran●s    71

# Acknowledgments







This technology has not been cleared or approved by the FDA and is not for sale in the United States.



72

# Theranos Science & Technology:
# The Miniaturization of Laboratory Testing

Elizabeth Holmes

theranos

August 1, 2016