# EXHIBIT 5

DX 07690





# A Novel Approach for Sensitive Detection of ZIKV RNA in Whole Blood and Urine Samples

**Yutao Chen, PhD / Jamie Liu / Lorraine Tran / Steven F. Gessert, PhD / Jerald Sapida / Kingshuk Das, MD / Nikolay Sergeev, PhD / Elizabeth Holmes**

Theranos Inc., 1701 Page Mill Rd. Palo Alto, CA 94304

## Introduction

The recent ZIKA virus (ZIKV) outbreak in the Americas has caused a spectrum of neurologic complications including microcephaly in fetuses and neonates. In contrast to common IgM detection approaches, the detection of ZIKV RNA in clinical specimens is considered a definitive diagnosis of infection. However, the persistence of ZIKV RNA varies by the specimen type, and whole blood specimens carry the longest persistence (Fig. 1).

Extracting viral RNA from whole blood is challenging due to the presence of large amounts of strong polymerase chain reaction (PCR) inhibitors such as hemoglobin. Additionally, large quantities of human genomic DNA may interfere with PCR amplification and, thus, reduce the sensitivity of the PCR-based assays.

We have developed a novel diagnostic assay for ZIKV RNA detection in multiple sample matrices including whole blood, serum, plasma, and urine. The assay can be performed manually on a laboratory bench with commercial instruments ("Bench") or on a fully automated platform designed and manufactured by Theranos, Inc ("Theranos miniLab") that could enable point-of-care (POC) access to ZIKV testing in the US and worldwide.




**Fig. 1** Schematic view of time course of ZIKV detection window. Numbers and ranges information were extracted from several publications (see References) and semi-quantitatively plotted. The RNA level detectable in whole blood is higher than in serum or plasma and can be detected for up to 100 days.

## Materials and Methods

**ZIKV RNA detection workflow:** The workflow consists of several main steps including sample pre-processing, RNA extraction, RT-PCR and isothermal amplification/detection (Fig. 2). Two sample types can be processed in parallel on the Theranos miniLab; a number of controls are included for each step.




**Fig. 2** Overview of Theranos ZIKV RNA Assay workflow.

**Assay Design:** Assays for the RT-PCR and Isothermal Amplification and Detection steps were designed using in-house Bioinformatics Pipeline. 528 ZIKV RNA sequences available in the GeneBank database were used for primer design. A single primer pair for ZIKV RT-PCR with a maximum 1 mismatch in a non-critical position (i.e., not within 10 nt from the 3'-end) was selected.

**Sample pre-processing and RNA extraction:** ZIKV virus lysis and RNA extraction from all sample matrices were conducted using various commercially available reagents with in-house optimization. Sample pre-processing from whole blood included differential lysis of red blood cells (RBCs) using a detergent-containing solution followed by a centrifugation step to compact white blood cells (WBCs) into pellets (Fig. 3).




**Fig. 3** Blood fractionation using centrifugation (A) without and (B) with differential lysis buffer, in which RBCs are selectively lysed by a weak lysis buffer, thus any Zika virus located within or attached to the surface of the RBCs will be released. WBCs are compacted into pellets (bottom right) and discarded to avoid excessive amounts of hgDNA and RNA in the next steps.

**Sample processing control** (MS2 phage) was added to each sample as a control of sample transfer, lysis, binding, and RNA purification steps.

**RT-PCR step** was performed using typical thermocycling parameters. The reaction master mix containing all necessary components was prepared in-house. The sample preparation eluate containing ZIKV and MS2 RNA was used as template. Two additional controls (the NTC and Pre-Amplification-positive control) were processed in parallel to verify the consistency and performance of the RT-PCR step.

**Isothermal amplification and detection** were performed in the isothermal mode at a set temperature optimized for enzyme activity. A second pair of nested primers was used at this step for the highly specific detection of target regions amplified in the RT-PCR step. The real-time detection of amplification products was performed by using dsDNA-binding dye. An additional control for monitoring the consistency and performance of this reaction was incorporated.

## Results

**ZIKV RNA Assay Inclusivity:** The assay detects multiple ZIKV strains, including the recent Puerto Rican PRVABC59 strain and two African strains, DakArdD41662 and MR766. Contrived serum samples were used as the sample matrix and the experiments were performed on the integrated miniLab platform (Table 1).

**Table 1** Inclusivity of ZIKV RNA Assay

| Strain | Conc. (cp/mL) | Hit Rate |
|---|---|---|
| **PRVABC59** | 480 | 19/20 |
| **DakArD 41662** | 652 | 3/3 |
| **MR766** | 652 | 3/3 |

**Tentative Limits of Detection:** The tentative Limits of Detection (LoD) for ZIKV RNA Assay has been established in different sample matrices and for different assay formats (Table 2). Further protocol optimization of the Theranos miniLab is ongoing.

**Table 2** LoD from different sample matrices and assay formats

| Matrix | Platform | Volume | Tentative LoD | cp/rxn |
|---|---|---|---|---|
| Whole Blood (RBC lysis) | Bench | 120μL | 120cp/mL | 14.4 |
| Serum | | 120μL | 80cp/mL | 9.6 |
| Urine | | 95μL | 120cp/mL | 7.6 |
| Whole Blood (isolating plasma) | Theranos miniLab | 150μL | 55cp/mL | 8.25 |
| Serum | | 75μL | 480 cp/mL | 36 |

**ZIKV RNA Assay Exclusivity:** No cross-reactivity was observed at a high load of eight closely related pathogens that may result in similar disease manifestations. The detection of ZIKV RNA at twice the LoD level is not compromised by the presence of these pathogens. Contrived serum samples were used as the sample matrix. The experiments were performed on the integrated miniLab platform (Table 3).

**Table 3** Exclusivity and cross-reactivity

| Organism | Strain | Test Conc. | Zika Conc. (cp/mL) | Hit Rate |
|---|---|---|---|---|
| Chikungunya | R80422 | 5E3 cp/mL | 0 | 0/3 |
| Chikungunya | R80422 | 5E3 cp/mL | 960 | 3/3 |
| Dengue Type 1 | Hawaii | 1E6 cp/mL | 0 | 0/3 |
| Dengue Type 1 | Hawaii | 1E6 cp/mL | 960 | 3/3 |
| Dengue Type 2 | New Guinea C | 1E6 cp/mL | 0 | 0/3 |
| Dengue Type 2 | New Guinea C | 1E6 cp/mL | 960 | 3/3 |
| Dengue Type 3 | H87 | 1E6 cp/mL | 0 | 0/3 |
| Dengue Type 3 | H87 | 1E6 cp/mL | 960 | 3/3 |
| Dengue Type 4 | H241 | 1E6 cp/mL | 0 | 0/3 |
| Dengue Type 4 | H241 | 1E6 cp/mL | 960 | 3/3 |
| Mayaro | TRVL 15537 | 1E6 cp/mL | 0 | 0/3 |
| Mayaro | TRVL 15537 | 1E6 cp/mL | 960 | 3/3 |
| Parvovirus | B19 | 1E6 IU/mL | 0 | 0/3 |
| Parvovirus | B19 | 1E6 IU/mL | 960 | 3/3 |
| *P. falciparum* | FCR8/West African | 1E6 cp/mL | 0 | 0/3 |
| *P. falciparum* | FCR8/West African | 1E6 cp/mL | 960 | 3/3 |
| West Nile 1 | NY 20016263 | 1E6 cp/mL | 0 | 0/3 |
| West Nile 1 | NY 20016263 | 1E6 cp/mL | 960 | 3/3 |
| West Nile 2 | B956 Uganda | 1E6 cp/mL | 0 | 0/3 |
| West Nile 2 | B956 Uganda | 1E6 cp/mL | 960 | 3/3 |
| Yellow Fever | 17D (vaccine) | 1E4 cp/mL | 0 | 0/3 |
| Yellow Fever | 17D (vaccine) | 1E4 cp/mL | 960 | 3/3 |

**ZIKV RNA Assay Repeatability:** Assay repeatability was demonstrated using the bench format. A tentative 20-minute cut-off time was used to separate positive and negative assay results. Amplification curves for contrived whole blood and urine are shown in Fig. 4.




**Fig. 4** Repeatability of ZIKV RNA Assay at near LoD level for (A) whole blood and (B) urine. Isothermal amplification curves from contrived samples from individual donors.
Y-axis: Relative fluorescence Unit
X-axis: Minutes

**A) Whole Blood**
- Zika from Whole Blood (N=15/15, Ave=14.1min, CV=10.5%)
- MS2 from Whole Blood (N=17/17, Ave=8.3min, CV=3.5%)
- Synthetic Zika ssRNA RT-PCR Positive Control (N=2/2)
- Negative Whole Blood (N=0/2)
- RT-PCR NTC (N=0/2)
- Isothermal NTC (N=0/4)

**B) Urine**
- Zika from Urine (N=11/11, Ave=11.5min, CV=6.3%)
- MS2 from Urine (N=13/13, Ave=7.9min, CV=5.8%)
- Synthetic Zika ssRNA RT-PCR Positive Control (N=2/2)
- Negative Urine (N=0/2)
- RT-PCR NTC (N=0/2)
- Isothermal NTC (N=0/8)

## Discussion

Reliable detection of ZIKV RNA in true-positive samples is essential for rapid and accurate diagnosis. Using whole blood as a sample matrix could extend the practical ZIKV RNA detection window in infected patients and thus aid in making appropriate clinical decisions.



Furthermore, there is a need for a reliable sample-to-result ZIKV infection diagnostic solution suitable for near-patient settings (e.g., primary health care clinics) that can be performed by health care workers with minimal training.

To enhance access to ZIKV testing in non-clinical settings, capillary blood collection could be a preferred alternative compared to blood from traditional phlebotomy.

## Conclusions

- We developed a novel workflow for ZIKV RNA detection in multiple sample types including whole blood, plasma, serum, and urine.
- The workflow for ZIKV RNA detection from whole blood utilizes a novel sample pre-processing procedure which reduces the interference from human genomic DNA for better assay sensitivity.
- The workflow has demonstrated competitive sensitivity and specificity of ZIKV RNA detection in small sample volumes.
- The sensitivity and specificity of ZIKV RNA detection is improved by a tandem of RT-PCR and isothermal amplification with nested primers.
- By using small sample volumes in near-patient settings, this diagnostic solution can help in the response to emerging infectious diseases like Zika.

***These assays have not been cleared, approved or authorized for diagnostic use by the US Food and Drug Administration.***

## References

1. Mansuy J, et al. Zika Virus Infection and Prolonged Viremia in Whole-Blood Specimens. *Emerg Infect Dis*. 2017;23(5): 863-865.
2. Rabe IB, et al. Interim Guidance for Interpretation of Zika Virus Antibody Test Results. *MMWR Morb Mortal Wkly Rep*. 2016;65(21).
3. Bingham AM, et al. Comparison of Test Results for Zika Virus RNA in Urine, Serum, and Saliva Specimens from Persons with Travel-Associated Zika Virus Disease — Florida, 2016. *MMWR Morb Mortal Wkly Rep*. 2016;65(18).
4. Gourinat AC, et al. Detection of Zika Virus in Urine. *Emerg Infect Dis*. 2015;21(1): 84–86.
5. St. George K, et al. Zika virus testing considerations: lessons learned from the first 80 real-time reverse transcription-PCR-positive cases diagnosed in New York State. *J Clin Microbiol*. 2017;55:535–544.
6. Tang H, et al. Zika virus infects human cortical neural progenitors and attenuates their growth. *Cell Stem Cell*. 2016;18:587-590.
7. Rasmussen SA, et al. Zika virus and birth defects—reviewing the evidence for causality. *N Engl J Med*. 2016;374:1981-1987.
8. FDA. *Zika Virus Emergency Use Authorization. https://www.fda.gov/MedicalDevices/Safety/EmergencySituations/ucm161496.htm#zika*
9. Dreier J, et al. Use of Bacteriophage MS2 as an Internal Control in Viral Reverse Transcription-PCR Assays. *J Clin Microbiol*. 2005;43(9):4551–4557.
10. Centers for Disease Control and Prevention. Zika Virus. http://www.cdc.gov/zika/index.html
11. Petersen LR, et al. Zika Virus. *N Eng J Med*. 2016;374:1552-1563.
12. Rasmussen SA, et al. Zika Virus and Birth Defects – Reviewing the Evidence for Causality. *N Eng J Med*. 2016;374:1981-1987.

***Acknowledgement:*** *The authors wish to thank the employees of Theranos for their contributions to this body of work, the manufacturing teams for producing the hardware and consumable materials, the clinical studies staff for sample procurement, and the project managers for helping to coordinate the workflow.*