# EXHIBIT 6



Poster # 1424

# Screening of Recombinant Zika Virus Proteins as Antigens to Develop an ELISA for the Serodiagnosis of Zika Virus Infection



Sharada Sivaraman, PhD / Ran Hu, PhD / Netra Joshi, PhD / Samantha Zamora

Theranos Inc., 1701 Page Mill Rd. Palo Alto, CA 94304

**Abstract:** A rapid magnetic beads based immunoassay was developed to measure anti-Zika IgM antibody in patient serum for the early diagnostics of Zika virus infection. The severe clinical sequelae following Zika virus (ZIKV) infection warrants development of a diagnostic assay. Unfortunately, clinical interpretation of the current antibody detection assays for ZIKV is challenging due to significant level of cross-reactivity observed among ZIKV patient antibodies with other flaviviruses. In this study, extensive screening of ZIKA viral proteins (NS1, NS5, Envelope and VLP) and incorporation of other flavi-viral antigen cocktail as control antigens in Zika specific detection helped minimize the cross reactivity. Highest specificity was observed with the NS1 antigen format with 100% NPA (Negative Percent Agreement) and no cross reactivity was detected against DENV positive IgM samples. The relatively lower PPA (positive percent agreement (89.4%)) obtained with NS1 antigen was maximized to 96% by replacing NS1 with the VLP antigen. However, VLP antigen format showed relatively lower specificity due to the cross reactivity to some other viruses in the flavivirus family. Our results indicate that with careful selection of ZIKV antigens as assay reagents it is possible to attenuate cross reactivity and maintain desirable sensitivity for the Zika IgM assay.

**Introduction:** Zika spreads primarily through the bite of infected Aedes species mosquitos. Secondary modes of transmission mainly involve perinatal or sexual contact. Serological diagnosis of Zika virus infection is critical for affected pregnant subjects due to limited time window associated with molecular diagnosis from serum / plasma **(Figure 1)** and severe potential risks to child and emotional distress to the mother. Early detection of Zika infection is important to reduce the risk of clinical sequelae. Anti-Zika virus IgM antibodies are reported to reach detectable levels as early as 4 days after the onset of symptoms and are therefore considered detection markers for early diagnostics of Zika infection. However, reliable Zika sero-diagnosis is challenged by significant cross reactivity of antibodies among flaviviruses.

**Figure 1: Time Course of Zika Infection and Biomarkers**



**Methods:** Commercially and in-house produced Zika Non-Structural protein 1 (NS1), Non-Structural protein 5 (NS5), Virus-Like Particle (VLP) and Envelope protein (ENV) were screened for sensitivity and cross reactivity in various assay formats **(Figure 2)**.

In each format, different assay schemes were also evaluated. In "antibody-down," two detection settings were tested. One-step detection used antigen directed conjugated enzyme ALP (Fig. 2a). Non-labeled antigen paired with a monoclonal anti-flavivirus antibody conjugated to ALP were used in stacked detection in order to provide maximum antigen binding to serum IgM antibodies (Fig 2b). "Antigen down" included antigen direct coating on magnetic beads, or biotin labeled antigen bound to streptavidin on the surface (Fig 2c).

NS1 antigen showed promising results balancing the sensitivity and specificity. Further procedure development and optimization was done using an "antibody-down" stacked detection format with biotin labeled goat anti-human IgM antibody bound to streptavidin coated on magnetic beads. Diluted serum samples were co-incubated with non-labeled NS1 antigen and a monoclonal anti-NS1 antibody-ALP conjugate in a one-step, 40-minute incubation. A subsequent wash step removed unbound antigen and detection antibody conjugate. Beads were then incubated with chemiluminescent substrate. The amount of anti-Zika NS1 IgM antibody in serum samples was proportionally represented by the chemiluminescent signal generated.

Other flavivirus NS1 antigens were screened to reduce cross reactivity. An antigen cocktail from several flaviviruses were utilized in control reaction. ZIKV *Detect*™ IgM Capture ELISA kit from InBios was used as a predicate method. Zika RNA results were reported by clinical sample vendors.

**Figure 2: Immunoassay Formats for Antigen Screening**



**Antibody Down Format**
NS1
(2a)



**Antibody Down with Stacked Detection**
NS1, VLP, ENV
(2b)



**Antigen Down Format**
NS1, NS5, ENV
(2c)

**Results:** 50 Zika RNA positive subjects collected in a Zika endemic region and 50 febrile subjects collected in non-Zika outbreak regions were analyzed using NS1 stacked detection format. Another set of 100 mixed diagnosis samples were analyzed to assess cross-reactivity to other viral infectious diseases, including Dengue, West Nile, Chikungunya and Malaria. HAMA or RF positive serum samples were evaluated for interference.

Each sample underwent two reactions. In the test reaction, the sample was detected by Zika NS1 antigen. In the control reaction, a blocker antigen cocktail was used. Results of each sample were expressed as "Immune Status Ratio (ISR)" calculated as chemiluminescent signal obtained in test reaction, divided by chemiluminescent signal obtained in control reaction. A set of negative control samples collected from in-house healthy donors were analyzed together with test samples in every run. Cut-off value was determined as mean ISR of negative control samples plus 2 times of standard deviation (SD). Sample ISR greater than 1.1 fold of cut-off value was deemed positive. Sample ISR lower than 0.9 fold of cut-off value was deemed negative. Sample ISR between 1.1 and 0.9 is reported as within equivocal zone. An in-house anti-Zika NS1 IgM monoclonal antibody was produced and purified. The antibody calibration curve was generated by spiking and serially diluting the control antibody in pooled negative serum, and was also included in each run to evaluate assay detection limit and run-to-run variability. Relative antibody concentration of each sample was also calculated from calibration curve to explore an alternative data interpretation approach.

Of 47 subjects which tested positive from InBios Zika IgM assay, 42 tested positive, three tested negative, and two tested in the equivocal zone using Theranos' anti-Zika NS1 IgM assay. 89.4% PPA was obtained. 100% NPA was achieved from all 50 febrile subjects which tested Zika negative from both InBios and Theranos assays **(Table 1)**. Theranos Zika IgM assay did not show cross reactivity to Dengue virus when testing 27 Dengue Fever patient samples. A mild cross reactivity was shown in West Nile, Chikungunya and Malaria patients. HAMA and RF positive samples did not show interference in this assay **(Table 2)**.

**Table 1: Comparison of results from Theranos Zika IgM Assay and Predicate Method**

| | | Zika IgM (InBios Zika Detect™ ELISA)* | | |
|---|---|---|---|---|
| | | Positive | Equivocal | Negative |
| Anti-NS1 Zika IgM assay (Theranos) | Positive | 42 | 0 | 0 |
| | Equivocal | 2 | 0 | 0 |
| | Negative | 3 | 0 | 50 |

*3 subjects were excluded from this analysis due to the discrepancy between InBios results and vendors' RNA results.

PPA = True Positive / (True Positive + False Negative)
NPA = True Negative / (True Negative + False Positive)

**Table 2: Cross Reactivity and Interference Evaluation in Theranos Zika IgM Assay**

| Cross Reactivity Sample Category | # samples tested | # samples tested anti-Zika IgM NEGATIVE | # samples tested anti-Zika IgM POSITIVE |
|---|---|---|---|
| Dengue Fever | 27 | 27 | 0 |
| West Nile | 17 | 14 | 3 |
| Chikungunya | 20 | 17 | 3 |
| Malaria | 16 | 13 | 3 |
| HAMA | 10 | 10 | 0 |
| RF | 10 | 10 | 0 |
| *Total* | *100* | *91* | *9* |

**Conclusions:** A highly specific and rapid immunoassay was developed for the early detection of Zika virus infection. The assay detects anti-Zika NS1 IgM antibody in patient serum showing 89% PPA and 100% NPA without cross reactivity with Dengue virus. The results indicates that with careful selection of Zika antigen it is possible to attenuate cross reactivity and maintain desirable sensitivity for an immunoassay to detection anti-Zika virus IgM antibody. A one-step coincubation assay format allowed a quick turnaround assay time.

*These assays have not been cleared, approved or authorized for diagnostic use by the FDA.*

**References:**

1. Centers for Disease Control and Prevention; www.cdc.gov/zika/index.html
2. Petersen, Lyle; Jamieson, Denise; Powers, Ann; Honein, Margaret. (2016). Zika Virus. NEJM. 374:1552-1563.
3. Rasmussen, Sonja; Jamieson, Denise; Honein, Margaret; Petersen, Lyle. (2016). Zika Virus and Birth Defects – Reviewing the Evidence for Causality. NEJM. 374:1981-1987.
4. Honein, Margaret A. et al. (2017). Birth Defects Among Fetuses and Infants of US Women with Evidence of Possible Zika Virus Infection During Pregnancy. JAMA. 317(1):59-68.
5. Gourinat, Ann-Claire. et al (2015) Detection of Zika Virus in Urine. Emerg Infect Dis. 21 (1):84-86
6. ZIKV *Detect*™ IgM Capture ELISA kit instruction, InBios