# EXHIBIT 8

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Taylor, Alex (CEI-Atlanta)
**Sent:** Mon 10/6/2014 8:50:34 PM
**Importance:** Normal
**Subject:** Re: Thank you
**Received:** Mon 10/6/2014 8:50:14 PM

Wonderful. I will be there with John and Dan at noon. See you soon.

On Oct 6, 2014, at 4:36 PM, Elizabeth Holmes <eholmes@theranos.com> wrote:

> Alex,
> Thanks for this note. We can confirm the 10th. Let's plan on a lunch meeting starting around noon and working through early afternoon.
> We're looking forward to having you here - -
> Elizabeth
>
> **From:** Taylor, Alex (CEI-Atlanta)
> **Sent:** Friday, October 03, 2014 11:47 AM
> **To:** Elizabeth Holmes
> **Subject:** Thank you
>
> Elizabeth,
> Thank you for having me to your offices this week. I enjoyed our conversation. The more I learn about you and your company, the more thoroughly impressed and excited I am. Theranos is an amazing business and will endure for the long-haul.
>
> To follow up, **would you be available for Dan Mosley, John Dyer and I to visit with you on Oct. 10?** Any time after noon at your place would work for us.
> The items we'd like to discuss in a bit more depth are:
> - Some understanding of who would be our fellow shareholders
> - How the execution of the '15 plan will be accomplished. I was impressed with Sunny, but it's been a long time since we've seen that kind of yoy% growth and John would be interested to hear how it will be executed.
> - Any chance we could meet or at least discuss who the other key leaders are?
> - How Walgreens and Safeway contracts work. Terms, duration, revenue split… Dan is interested in this.
> - The call provision. We totally understand the wisdom of it and how it protects you. We just want to understand your intentions around exercising it.
> - Blue Cross/Blue Shield / Medicare reimbursement models
> - Employee compensation and how leaders are motivated as it pertains to potential dilution in the future.
>
> And of course would love to have you to our campus to help get to know us a bit more before closing. If you send me a date or two, I will make it work.
>
> Thank you for everything you are doing and for this great opportunity.
> Alex

Click here to report this email as spam.