# EXHIBIT 9

**From:** Noam Ohana <███████@███████>
**To:** Daniel Mosley <DMosley@cravath.com>, "eholmes@theranos.com" <eholmes@theranos.com>
**Subject:** RE:
**Submit Time:** 12/8/2014 22:34:44

Thank you for the introduction Dan.


Hi Elizabeth,


I heard / read a lot about you and Theranos over the last few days as you can imagine. I also had a chance to spend a good amount of time with John discussing the opportunity.

I very much look forward to meeting in person. Do you want to suggest a few times that would be convenient for you?

All the best,

Noam


**From:** Daniel Mosley [mailto:DMosley@cravath.com]
**Sent:** Monday, December 08, 2014 9:44 PM
**To:** eholmes@theranos.com; Noam Ohana
**Subject:**


Elizabeth and Noam,

I am writing to introduce you to each other so that you can find a time to meet to discuss a possible investment by John Elkann in Theranos.

Please let me know if I can do anything to help in the process.


Best, Dan

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a
designated addressee is unauthorized. If you are not an intended recipient, please delete this e-
mail from the computer on which you received it.

Confidential Per P.O.                                                                                   MOS00000779