# EXHIBIT 10

**Submit Time:** 12/8/2014 22:10:51
**From:** CN=Daniel Mosley/OU=NYC/O=Cravath
**To:** alice@▮▮▮▮▮ eholmes@theranos.com
**Cc:**
**Subject:** Theranos

Alice and Elizabeth,

I am writing to introduce the two of you with the hope that you will find a time to meet in the near future. I have not the slightest doubt that you will truly enjoy meeting and getting to know each other. Alice, I know you have always looked for opportunities to support women who have worked incredibly hard and succeeded in accomplishing great things, and I can't think of a better example than Elizabeth. I look forward to speaking with each of you after you have had an opportunity to get together.

Best, Dan

Confidential Per P.O.

DMOS00000390