# EXHIBIT 11

**From:** Elizabeth Holmes <eholmes@theranos.com>
**To:** Hank Slack [redacted] Daniel Mosley <DMosley@cravath.com>
**Cc:** eahoffice <eahoffice@theranos.com>, Daniel Edlin <dedlin@theranos.com>
**Subject:** RE: Introduction
**Submit Time:** 11/21/2014 23:44:25

Hank:

Thanks for this. I have heard wonderful things about you and your family, going back to my very first conversations with Henry on the work we're doing here to structure our company for the long term.

I am looking forward to our meeting and to welcoming you here to our headquarters in Palo Alto. We can confirm the 4th at 10 AM if convenient for you.

With my very best regards,

Elizabeth

**From:** Hank Slack [redacted]
**Sent:** Thursday, November 20, 2014 12:16 PM
**To:** Daniel Mosley
**Cc:** Elizabeth Holmes
**Subject:** Re: Introduction

Dear Elizabeth,

It is very nice to be introduced to you by Dan.

I have had the benefit of an extremely helpful discussion with Dan earlier this week, and before that, but not long ago, with Henry Kissinger, a long time close friend of the Oppenheimer family. Following on these I wonder if it might be possible for me to call on you in Palo Alto sometime in the near future? This was also suggested by Dan as the next best step.

If this makes sense to you, is there a time on the 3rd or 4th of December, which would work for you?

I very much look forward to meeting you in person. I tried to do so at the recent BDT Summit, where your panel presentation on September 16th was enormously impressive.

All best wishes,

Hank

On Nov 18, 2014, at 10:22 PM, Daniel Mosley wrote:

Dear Elizabeth and Hank,

I am writing to introduce you to each other. I have attached each of your contact information for that purpose. I am certain that you will enjoy getting to know each other.

Please let me know if I can help out in any way.

Best, Dan

This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

<Holmes_Elizabeth.vcf><Slack_Henry.vcf>

Confidential Per P.O.                                                                                                                                          DMOS00000116