# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER:  18-cr-00258-EJD-1

## Minute Order

Date:  12/20/2021
Time in Court: Not applicable
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Not present

---

**PROCEEDINGS:  Jury Trial (Day 47)**

Further Jury Trial held. Jury deliberating. Further Jury Trial (jury deliberations continue) scheduled for Tuesday, December 21, 2021 at 8:30 a.m.

No in-court proceeding held.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**