UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

# TITLE: USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order

Date: 12/20/2021
Time in Court: 3:17-3:23pm
**Total time: 6 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

---

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Present

---

**PROCEEDINGS: Jury Trial (Day 48)**

Further Jury Trial held. Jury deliberations held. Further Jury Trial for jury deliberations scheduled for Thursday, December 23, 2021 at 8:30 a.m.

3:17 pm Court in session Counsel and Defendant present outside presence of Jury.
The Court is in receipt of Jury Note No. 1. Jury note read on the record. Counsel confer and agree upon response to the note. Response note signed/dated and submitted to jury.
3:23 pm Court adjourns

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**