# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

## TITLE: USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order

Date: 12/23/2021
Time in Court: 12:30-12:35pm, 12:46-1:30pm
**TOTAL: 49 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Not present

**PROCEEDINGS: Jury Trial (Day 49)**

Further Jury Trial held. Jury resumes deliberations. Further Jury Trial (deliberations continue) scheduled for Monday, December 27, 2021 at 8:30 a.m.

12:30pm Court in session. Counsel and Defendant present outside presence of Jury.
The Court receives Jury Note No. 2. The Court reads the note on the record. Court and Counsel confer agree upon response. Response signed, dated and submitted to jury. Counsel to meet and confer re the audio exhibits 1348 (1 through 7) and F and 1349 clip 1 and A.
12:35 pm Court takes recess
12:46pm Court in session Counsel and Defendant present outside presence of Jury. Court confers with Counsel re the play back of the audio exhibit. The Court summons the Jury to the courtroom.
12:49 pm Jury present and seated.
12:50 pm Audio exhibits 1348 (1 through 7) and F and 1349 (clip 1 and A) played for jury
1:28 pm Audio play back is finished
1:28 pm Court excused the jury and jury returns to deliberation room to resume deliberations.
1:29 pm Court in session Counsel and Defendant outside presence of Jury
1:30 pm Court adjourns

*Adriana M. Kratzmann*
Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**