UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order

Date:  12/27/2021
Time in Court: N/A
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Not present

**PROCEEDINGS:  Jury Trial (Day 50)**

Further Jury Trial held. Jury resumes deliberations. Further Jury Trial (deliberations continue) scheduled for Tuesday, December 28, 2021 at 8:30 a.m.

No in-court proceedings held.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**