# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

## TITLE: USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order

Date: 12/28/2021
Time in Court: 11:08-11:31 am
**TOTAL: 23 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, Robert Leach
Defendant Attorney(s) present: Kevin Downey, Lance Wade
Also present: Elizabeth Holmes (Out-custody) Not present

**PROCEEDINGS: Jury Trial (Day 51)**

Further Jury Trial held. Jury resumes deliberations. Further Jury Trial (deliberations continue) scheduled for Wednesday, December 29, 2021 at 8:30 a.m.

11:08-11:31 a.m. SEALED proceeding held. The Court ordered transcript SEALED and the transcript cannot be accessed without Court order.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**