UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

# TITLE:  USA v. ELIZABETH HOLMES
# CASE NUMBER: 18-cr-00258-EJD-1

## Minute Order

Date: 12/29/2021
Time in Court: N/A
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present: Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present: Agent: Adelaida Hernandez
Defendant Attorney(s) present: Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Not present

**PROCEEDINGS: Jury Trial (Day 52)**

Further Jury Trial held. Jury resumes deliberations. Further Jury Trial (deliberations continue) scheduled for Monday, January 3, 2022 at 8:30 a.m.

No in-court proceedings held.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**