# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION
**Honorable Edward J. Davila**
Courtroom 4 - 5th Floor

## TITLE:  USA v. ELIZABETH HOLMES
## CASE NUMBER: 18-cr-00258-EJD-1

### Minute Order

Date:  1/3/2022
Time in Court: 10:47-11:09am,11:11-11:16am,3:19-3:29pm,3:31-3:50,4:02-4:03, 4:05-4:22,4:52-5:09PM
**TOTAL: 1 Hr. 31 Mins.**
Courtroom Deputy Clerk: Adriana M. Kratzmann
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:  Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar
Also present:  Agent: Adelaida Hernandez
Defendant Attorney(s) present:  Kevin Downey, Lance Wade, Katherine (Katie) Trefz, Andrew Lemens, John Cline, Richard Cleary, Amy Saharia
Also present: Elizabeth Holmes (Out-custody) Present

**PROCEEDINGS:  Jury Trial (Day 53)**

Further Jury Trial held. Jury resumes deliberations. Partial Jury verdict rendered. The Court finds there is a mistrial as to Cts. 3, 4 and 5 of the Third Superseding Indictment.
Counsel shall meet and confer and notify the court of proposed date(s) for status conference.
Defendant to remain on current pretrial release conditions.

See attached trial log.

Adriana M. Kratzmann
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  USA v. Elizabeth Holmes
Case No:  5:18cr00258EJD-1

## TRIAL LOG

| TRIAL DATE: 1/3/2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 10:47 am | Court in session outside presence of Jury with Counsel and Defendant. The Court in receipt of jury note no. 3 and reads the note on the record. | |
| | | 11:09 am | Court off the record. | |
| | | 11:11 am | Court in session with Counsel and Defendant. Jury seated. The Court reads additional instructions to the jury. The Court instructs the jury to return to the deliberation room for further deliberations. | |
| | | 11:15 am | Jury returns to the deliberation room to resume deliberations. | |
| | | 11:16 am | Court in session outside presence of jury with Counsel and Defendant to confirm the instructions were read as discussed by the parties. Counsel confirmed they were. | |
| | | 11:16 am | Court takes recess. | |
| | | 3:19 pm | Court in session outside present of Jury with Counsel and Defendant. The Court is in receipt of jury note no. 4 and reads the note on the record. | |
| | | 3:29 pm | Court off the record. | |
| | | 3:31 pm | Court in session with Counsel and Defendant. Jury seated.<br>The Court inquires of the Jury regarding note no. 4. | |
| | | 3:35 pm | The Court instructs Jury to return back to the deliberation room to complete the jury verdict and inform the Court when it is completed. | |
| | | 3:36 pm | Counsel requests a sidebar. | |

2

| TRIAL DATE: 1/3/2022 | | | REPORTER(S):<br>Irene Rodriguez | CLERK:<br>Adriana M. Kratzmann |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 3:37 pm | Court on the record SEALED proceeding (sidebar in small jury room). The Court ordered that this portion of the transcript be SEALED and cannot be accessed without Court order. | |
| | | 3:50 pm | Court off the record. | |
| | | 4:02 pm | Court in session outside the presence of the Jury with Counsel and Defendant. | |
| | | 4:03 pm | Off the record. | |
| | | 4:05 pm | Court in session with Counsel and Defendant. Jury seated. | |
| | | 4:15 pm | The Court reads the verdict. The Jury is individually polled confirming the unanimous verdict. | |
| | | 4:16 pm | Court thanks the Jury for their service and discharges the Jury. | |
| | | 4:22 pm | Court takes recess. | |
| | | 4:52 pm | Court in session with Counsel and Defendant. Jurors have been discharged. | |
| | | | The Court makes finding that there is a mistrial as to Cts. 3, 4 and 5 of the Third Superseding Indictment. The Court defers referral to the probation office for preparation of a pre-sentence report at this time. | |
| | | 4:54 pm | The government requests that the bond be modified from unsecured bond to a secured cash or property bond. The Court requests that defense counsel and defendant contact the pretrial service office to schedule a meeting for the pretrial service officer to obtain information to prepare an updated pretrial release report. | |
| | | 5:00 pm | Counsel shall meet and confer re their availability to schedule a status conference to address how the government will proceed as to Cts. 3, 4 and 5, defendant's pretrial release conditions and a sentencing date. Counsel shall notify the court of a proposed hearing date. The defendant's current pretrial release conditions remain in effect. | |
| | | 5:09 pm | Court adjourns. Jury trial completed. | |