JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | ) Case No. CR-18-00258-EJD<br>)<br>) **STIPULATION AND JOINT MOTION TO**<br>) **SCHEDULE SENTENCING HEARING AND TO**<br>) **EXTEND TIME TO FILE POST-TRIAL**<br>) **MOTIONS UNDER RULES 29, 33, 34**<br>)<br>)<br>)  Hon. Edward J. Davila<br>)<br>)<br>)<br>)<br>)<br>) |

STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO
EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
CR-18-00258 EJD

**STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, AND 34**

PLEASE TAKE NOTICE that the parties will and hereby do respectfully move to schedule a sentencing hearing and pursuant to Fed. R. Crim. P. 45 for an extension of time to file post-trial motions under Fed. R. Crim. P. 29, 33, and 34, and for an extended briefing schedule.  The Motion is based on the below Memorandum of Points and Authorities, the record in this case, and any other matters that the Court deems appropriate.

DATED: January 11, 2022

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO
EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
CR-18-00258 EJD
i

**STIPULATION AND MEMORANDUM OF POINTS AND AUTHORITIES**

The parties jointly stipulate and move as follows:

WHEREAS the government intends to dismiss Counts 3, 4, and 5 of the indictment, ECF 469, on which the jury did not return a verdict, ECF 1235, and will file a motion to dismiss those counts by Friday, January 14, 2022;

WHEREAS the parties have agreed to certain modifications of Ms. Holmes' bond, whereby the $500,000 bond will be secured by property identified to Pretrial Services;

WHEREAS the parties agree that a sentencing hearing following Labor Day 2022 would be appropriate in light of ongoing proceedings in a related matter;

WHEREAS, absent extension, Ms. Holmes' post-trial motions under Fed. R. Crim. P. 29, 33, and/or 34 are due to be filed on January 18, 2022,

WHEREAS the parties agree that good cause exists to extend the time within which to file and brief post-trial motions under Fed. R. Crim. P. 29, 33, and/or 34 in light of the size of the record in this case, and the logistical burden on the Court and government associated with the upcoming trial in *United States v. Balwani*, 18-cr-258-EJD-2; AND

WHEREAS the parties have agreed to the briefing schedule set forth below;

NOW THEREFORE, the parties jointly move the Court for a sentencing hearing at 1:30pm PST September 12, 2022;

AND the parties jointly move the Court under Fed. R. Crim. P. 45 for an extension of time for Ms. Holmes to file post-trial motions under Fed. R. Crim. P. 29, 33, and 34 to March 4, 2022 and for the issuance of the following briefing schedule:

March 4, 2022: Ms. Holmes' motions under Rules 29, 33, and 34

April 29, 2022: Government oppositions

May 27, 2022: Ms. Holmes' replies

**CONCLUSION**

For the foregoing reasons, Court should grant this joint motion and enter the attached stipulated proposed order.

STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO
EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
CR-18-00258 EJD

1

1   DATED:  January 11, 2022                    Respectfully submitted,

2                                               /s/ Amy Mason Saharia
                                                KEVIN DOWNEY
3                                               LANCE WADE
                                                AMY MASON SAHARIA
4                                               KATHERINE TREFZ
                                                Attorneys for Elizabeth Holmes
5

6                                               STEPHANIE M. HINDS
                                                Acting United States Attorney
7
                                                /s/ Robert S. Leach
8                                               JEFFREY SCHENK
                                                JOHN C. BOSTIC
9                                               ROBERT S. LEACH
                                                KELLY I. VOLKAR
10                                              Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO
     EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
     CR-18-00258 EJD
                                           2

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on January 11, 2022 a copy of this filing was delivered via ECF on all

3   counsel of record.

4

5                                          /s/ Amy Mason Saharia
                                           AMY MASON SAHARIA
6                                          Attorney for Elizabeth Holmes

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO
EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
CR-18-00258 EJD