Na███████████████████████                          JUROR # ___50___

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: <u>8/12/2021</u>

_____
Hon. Edward J. Davila
United States District Judge

JUROR # __50__

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    ____ Yes       ✗ No       If Yes, please explain the hardship: _____

    _____

    _____

    _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    ____ Yes       ✗ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    ✗ Yes       ____ No

4. Have you already contracted COVID-19? ____ Yes  ✗ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering? ____ Yes   ____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    somewhat

3

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

_Somewhat_____

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

____ Yes        ☒ No        If Yes, please explain: _____

_____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

____ Yes        ☒ No        If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

____ Yes        ____ No        ____ Not Sure        ☒ I do not have an employer

10. Do you have any difficulty reading or understanding English?

____ Yes        ☒ No

## BACKGROUND

11. NAME ███████████████        Dr. (Mr.) Mrs. Ms. Miss    Age: 62

12. Residence: County: Santa Cruz City/Town: ████████ Neighborhood ████
    *[Do not list yo*

How long have you lived at that location? _20 + years_

Your place of birth: _N.Y._

Do you own or rent your home? (Circle)        Rent____        Own ☒    Other____

4

JUROR # _____

What other communities have you lived in during the last ten years?_____

_____ none _____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _C A R_

14. What is your marital status?  (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

__X__ Retired                     _____ Disabled

_____ Full-time student, please indicate areas of study _____

_____ Other, please describe _____

16. Occupation:      [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

    a.   What is your occupation (or what was it, if not currently employed)? house husband / psychiatric social work

    b.   By whom are (were) you employed? ████████

    c.   How long have (did) you worked there? _10 yRs_

    d.   Please describe the nature/duties of your job. counselor

    e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

        __X__ Yes     _____ No     If so, how many? _7_

        Responsibilities: worked as a collective

17. During your working life have you changed careers or occupations and, if so, please describe?

_____ Not really _____

_____

_____

5

JUROR # _____

18. Have you ever had a job which was considered management?  ____ Yes  ☒ No 5

   If Yes, describe that position with specifics of your role and how many people you managed?

   _____

   _____

   _____

19. What is the highest level of education you completed?  _college grad BA_

20. Please describe your educational background:

   <u>School Name</u>          <u>Major areas of study</u>          <u>Degrees received</u>

   SUNY Binghamton     Psychology          BA

   _____

   _____

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

   ____ Yes     ☒ No     If Yes, please explain: _____

   _____

   _____

   _____

22. Please complete the following questions regarding your **present spouse/partner**.  If you are

   widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

   Current employment status:

   ____ Working full-time          _____ Unemployed

   ____ Working part-time          _____ Homemaker

   ☒ Retired                       _____ Full-time student

   ____ Disabled

6

JUROR # _____

a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?

HS teacher

b.  By whom is (was) s/he employed? ESUHSD

How long has (did) s/he worked there? 20 + years

c.  Please describe the nature of his/her job, was it management or supervisorial?

art/photo Instructor

d.  What other types of jobs has s/he had in the past? graphic arts

retail

23. What is the highest level of education s/he completed? MA

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|-------------|---------------------|------------------|
| SJSU | education | MA |
| | | |
| | | |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was

their employment?)

Mother: electronic assembly          Father: construction

Stepmother: _____     Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|-----|-----|-----------|------------------------------|
| M | 27 | UCSB - BS | statistics / economics |
| | | | |
| | | | |

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| Friend | F | 46 | BA | College Teacher Phys tech, |

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | X |
| Investing; Private Equity; Startups; Venture Capital | | | | X |
| Health Insurance | | | | X |
| Healthcare; Health Services | X | | | |
| Blood Testing | | | | X |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | X |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

worked in mental health facility
from locked wards to community
living.

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____Yes        ☒ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

N/A

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

baseball / hiking / gardening / Movies/TV.

_____

_____

Continue on the next page.

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | X |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | X | | | |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | X | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | X |

If you answered Yes to any of the questions above, please provide detail: _____

- In H.S. worked at a local pharmacy.
- CoviD vaccinated @ Rite Aide

_____

31.    a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of
Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or
federal regulatory law enforcement agency)?

____ Yes        ✗ No        If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal
defense office?  This includes a judge, District Attorney's office, United States Attorney's office,
State Attorney General, or any private or public criminal defense attorney's office?

____ Yes        ✗ No        If Yes, please explain: _____

_____

_____

_____

32.  Have you or anyone close to you ever been the victim of any kind of crime – including domestic
violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law
enforcement authorities or not?

✗ Yes        ____ No        If Yes, please explain: _home_ _burglary_

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

✗ Yes        ____ No        If Yes, please explain: _____

\ _home break-in_

– _noisey house parties_

_____

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: SC Sentinel / Good Times

Social Media: Facebook

Television: local news broadcasts

Radio: NPR / BBC

Internet: NYT / WaPo / Lookout / Local Epoch Times / News

Conversations: ?

Other:

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes   ☒ No   If Yes, please explain: _____

12

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.  *No*

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:  *No*

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast                    ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                    Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case?  _X_ Yes  _____ No

If Yes, please explain, include where you saw any such item. Please explain: _____

local paper articles and various internet articles

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?  _____ Yes  _X_ No  Please explain: _____

_____

_____

13

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

    ☒ Yes    \_\_\_\_\_ No     If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

Old news reports alleging fraud about some blood testing thing.

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or this case?

    \_\_\_\_\_ Yes     ☒ No     If Yes, please explain what you know/have heard and the source:

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

    \_\_\_\_\_ Yes     ☒ No

If Yes, what were the positions and approximate dates of employment: _____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its blood testing services?

    \_\_\_\_\_ Yes     ☒ No     If Yes, please explain: Not that I am aware of.

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes      ✗No       If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes      ✗No       If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror?____ Yes   ____No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a. Have you ever served as a jury foreperson?  ____Yes  ____No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and

impartial to both sides in this trial?  ____Yes  ____No    If Yes, please explain:

_____N/A_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

____Yes   ☒ No   If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

____Yes   ☒ No   If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

____Yes   ☒ No   If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?



☒ Yes   ____No   If Yes, please explain: __wife before I knew__ __her had a bad financial advisor.__

JUROR # _____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes   ___No   If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

____Yes   ___No   If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status,

national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability

to judge the facts of a criminal case or the person accused?

____Yes   ___No   If Yes, please explain: _____

_____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical,

that would prevent you from serving as a juror in a criminal case?

____Yes   ___No   If Yes, please explain: _____

_____

_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

___X___Yes       ____No       Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                                    ☐

Is Not Guilty                               ☐

Probably Is Guilty                          ☐

Don't Know                                  ☒

Please explain: _____

_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

___X___Yes       ____No       If Yes, please explain: _____

_____Needs to answer allegations_____

_____

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

    testify, the jury may not consider that fact in any way in reaching a decision as to whether that

    person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

    _____ Yes      ☒ No      If Yes, please explain: _____

    _____

    _____

    _____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

    officer or agency, federal agency, or the federal government which would influence your ability to

    judge the facts of a criminal case or the person accused?

    _____ Yes      ☒ No      Please explain:

    _____

    _____

    _____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

    that the testimony of a witness should be given no more or less weight solely because the witness is

    a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

    enforcement officer any more or less weight than you would to the testimony of a witness who is

    not a law enforcement officer?

    Less weight          ☐

    Same weight          ☒

    More weight          ☐

    Please explain: I would like to believe LEO's
    more but current events/Thoughts point
    to They are as reliable/unreliable
    as anyone else

20

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✗ Yes      _____ No      Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

_____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

21

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____ No _____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date: _____ 8/19/2~ _____

23

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response. Thank you)**

JUROR # _____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff                 Mike Yagi                  Denise Yam
Gary Yamamoto              Judith Yost                Daniel Young
Audra Zachman              David Nathan Zalatan       Lisa Zuckerman

Name: ████████████████████                    JUROR # ___47___

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

2

JUROR # _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    _____ Yes        ✓ No        If Yes, please explain the hardship: _____

    _____

    _____

    _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    _____ Yes        ✓ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    ✓ Yes         _____ No

4. Have you already contracted COVID-19? _____ Yes   ✓ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering? N/A _____ Yes    _____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    <u>Not at all concerned.</u>

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

   _Very comfortable._

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

   ____ Yes       ✓ No     If Yes, please explain: _____

   _____

   _____

   _____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

   ____ Yes       ✓ No     If Yes, please explain: _____

   _____

   _____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

   ✓ Yes        ____ No        ____ Not Sure        ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

    ____ Yes      ✓ No

## BACKGROUND

11. NAME:_ ███████████████              Dr. Mr. (Mrs.) Ms.  Miss     Age:_51_

12. Residence: County: _Santa Clara_ City/Town: ███████      Neighborhood ██████
    *[Do not list your street address]*

    How long have you lived at that location? _13 years_

    Your place of birth: _Portsmouth, VA_

    Do you own or rent your home? (Circle)        Rent____     (Own)     Other____

4

JUROR # _____

What other communities have you lived in during the last ten years? _None_

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Car_

14. What is your marital status? (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_✓_ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired          _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16. Occupation:   [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

   a.   What is your occupation (or what was it, if not currently employed)?
      _Editorial Manager_

   b.   By whom are (were) you employed? ██████████████

   c.   How long have (did) you worked there? ___ _20 years total_

   d.   Please describe the nature/duties of your job. _Managing a team of editors who edit user documentation._

   e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

      _✓_ Yes   _____ No   If so, how many? _7_

      Responsibilities: _Assigning work, hiring, maintaining corporate style guide_

17. During your working life have you changed careers or occupations and, if so, please describe?

_Not really. I became an editor directly out of grad school, working at a small software company. I started editing at_ ████ _editing in 1996, and except for several years at Oracle Corp. and 2 years off to take care of my baby, I've worked in the same group at_ ████ _._

5

JUROR # _____

18. Have you ever had a job which was considered management?  ✓ Yes _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

In my current job, I manage the 6 full-time and 1 contract editor in our group. I assign work, help resolve editorial issues, maintain style guidelines, interface with other content creating groups at ███ and generally have fun making writing better.

19. What is the highest level of education you completed? Some graduate School

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Oklahoma City University | History | B.A. |
| Arizona State U | Public History / Publishing | Certificate in Scholarly Publishing |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your (present spouse)/partner.  If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner.**

Current employment status:

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

✓ Retired                        _____ Full-time student

_____ Disabled

6

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_Software Engineer / Graphics Programmer_

b. By whom is (was) s/he employed? _Cii Now, AMD, Blue Shift Inc., Apple, Racer Graph_

How long has (did) s/he worked there? _1 yr, 2 yrs, 2 yrs, 1 yr, 1yr respectively_

c. Please describe the nature of his/her job, was it management or supervisorial? _Not managerial._ _He designed software for graphics chips + systems._

d. What other types of jobs has s/he had in the past? _He worked for years in a lab at Lockheed Martin while getting his MS in Computer Science._

23. What is the highest level of education s/he completed? _MS_

Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| UC Berkeley | Neuroanatomy, Neurobiology | BS |
| Stanford | Math + Computer Science | MS |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was their employment?)

Mother: _Preschool teacher_   Father: _Radiologist_

Stepmother: _Piano teacher, hospice worker_   Stepfather: _N/A_

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| F | 12 | Middle School | 7th grade |
| F | 28 | Some college | Unemployed |
| M | 26 | Some college | Plumber / car mechanic |

Step-kids (bracket for last two rows)

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

Relationship     Sex     Age          Education          Occupation

N/A

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | Sister in law is a radiologist. | | |
| Blood Testing | | Brother worked in a lab that designed pacemakers. | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _See explanations above._

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or
ROTC)?

✓ Yes      _____No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you,

your family member, or person close to you served in a military police unit, court martial, and/or

were in combat: Sister: Commander, US Navy, 1983-2003, served
in 2d Iraq War (Operation Desert Shield), honorable discharge.
Brother-in-law: Captain, Army Chaplain, 2005-present,
served a tour in Afghanistan.

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare
time activities?

Mine: Playing piano, reading Twitter, playing video games,
watching TV with our daughter, running.
Spouse: Programming, biking, reading news.

Continue on the next page.

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | ✓ | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | ✓ | ✓ | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | ✓ |

If you answered Yes to any of the questions above, please provide detail: _____

Sister-in-law works as a radiologist.

Spouse, daughter, and I received a COVID antigen test in a Pharmacy in Paris before returning from vacation in July. (We otherwise never get care at pharmacies. We just go to Kaiser.)

31.  a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes    ✓ No      If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes    ✓ No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

✓ Yes    _____ No      If Yes, please explain: I had a car broken into (smash and grab) in San Francisco and had items stolen. Not reported to police. The same car was stolen this year. Reported to police. My stepdaughter was mugged in Oakland. Reported to police.

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

✓ Yes    _____ No      If Yes, please explain: I reported the theft of my car mentioned above. I've also made several calls to the police over the years to report two folks who seemed like a danger to themselves/others (wandering down the street yelling, etc.)

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers:     I don't typically read newspapers (print or online), but occasionally read articles linked to in NY Times, Wash. Post, NY Post, USA Today.

Social Media:     I look at Twitter regularly throughout the day (see belo

Television:     I almost never watch TV news, local or cable.

Radio:     I listen to either KCBS 740 or KSFO 560 very infrequently (during a drive on errands).

Internet:     I read or view articles or videos on web outlets like abcnews, cnn, reuters, etc. when they are linked to from my Twitter feed. (see below)
I also google topics I'm interested in to get info.

Conversations:     My spouse and I occasionally share news in conversations. Same with friends and co-workers.

Other:     My almost exclusive source of news is my Twitter feed, where I follow about 3 dozen accounts that tweet about and link to news — almost all of it political news from sources like abcnews, cnn, axios, reuters, yahoo news, bloomberg news, national review, washington examiner, etc.

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes ✓ No      If Yes, please explain: _____

_____

_____

_____

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If Yes, please circle the applicable individuals. *No.*

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following? Please circle:

(Bad Blood by John Carreyrou)                     HBO's The Inventor

ABC News' The Dropout Podcast               ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                     Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: *I've been told of Bad Blood, by a co-worker who recommended it to several folks in conversation a couple years ago.*

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? ✓ Yes _____ No

If Yes, please explain, include where you saw any such item. Please explain: *I've seen online ads for a documentary about Elizabeth Holmes, but can't remember the name (it featured her face prominently in the ad).*

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? _____ Yes ✓ No   Please explain: _____

_____

_____

13

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

___✓___ Yes        _____ No       If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

I heard about her in conversation with co-workers a couple of years ago. Then I googled to find out more. My impression: She was a "wunderkind" who had touted a product that failed to deliver what was promised.

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or this case?

___✓___ Yes        _____ No       If Yes, please explain what you know/have heard and the source:

I have heard of Theranos as the company Elizabeth Holmes started. I'm not familiar with Mr. Balwani.

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes        ___✓___ No

If Yes, what were the positions and approximate dates of employment: _____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its blood testing services?

_____ Yes        ___✓___ No       If Yes, please explain: _____

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

\_\_\_\_Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

\_\_\_\_Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.  N/A

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? ✓ Yes _____ No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | Criminal | Attempted robbery + Resisting an executive officer | Santa Clara County Court, Palo Alto CA | Yes |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a. Have you ever served as a jury foreperson? _____ Yes ✓ No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial? _____ Yes ✓ No   If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____Yes    √ No    If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____Yes    √ No    If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_____Yes    √ No    If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____Yes    √ No    If Yes, please explain: _____

_____

JUROR # _____

_____

_____
_____
_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____Yes    ✓ No    If Yes, please explain: _____

_____
_____
_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

_____Yes    ✓ No    If Yes, please explain: _____

_____
_____
_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

_____Yes    ✓ No    If Yes, please explain: _____

_____
_____
_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

_____Yes    ✓ No    If Yes, please explain: _____

_____
_____

JUROR # _____

_____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors. Will you be able to follow these instructions even if you disagree with them?

✓ Yes     ___ No     Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt. Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                              ☐

Is Not Guilty                          ☑

Probably Is Guilty                     ☐

Don't Know                             ☐

Please explain: I don't believe a person is guilty just because

they're been charged with a crime.

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

___ Yes     ✓ No     If Yes, please explain: _____

_____

_____

_____

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

____ Yes    ✓ No    Please explain:

_____

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight           ☐

Same weight          ☑

More weight           ☐

Please explain: _____

_____

_____

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✓ Yes    ____No    Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

21

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____Yes   ✓ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

____Yes   ✓ No    If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

___N/A_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____Yes   ✓ No    If Yes, please explain: _____

_____

_____

_____

22

JUROR # _____

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date:  08/19/2021

23

JUROR # _____

**Further Explanation Sheet**
(Please put the question number next to your response.  Thank you)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

24

JUROR # _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys:*
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys:*
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff
Gary Yamamoto
Audra Zachman

Mike Yagi
Judith Yost
David Nathan Zalatan

Denise Yam
Daniel Young
Lisa Zuckerman

Name: ████████████████████████                    JUROR # ___7___

## JUROR QUESTIONNAIRE

### TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____7_____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

JUROR # _____ 7 _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

   _____ Yes        X No        If Yes, please explain the hardship: _____

   _____

   _____

   _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

   _____ Yes        X No

   If you feel you could serve with accommodations, please indicate the accommodations:

   _____

   _____

   _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

   X Yes        _____ No

4. Have you already contracted COVID-19? _____ Yes   X No

   If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?   _____ Yes   _____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

JUROR # ___7___

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?
   _if masked and distanced, okay._

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?
   ___ Yes   _X_ No   If Yes, please explain: _____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?
   ___ Yes   _X_ No   If Yes, please explain: _____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?
   _X_ Yes   ___ No   ___ Not Sure   ___ I do not have an employer

10. Do you have any difficulty reading or understanding English?
    ___ Yes   _X_ No

**BACKGROUND**

11. NAME: ▮▮▮▮▮  Dr. Mr. Mrs. Ms. Miss   Age: _31_

12. Residence: County: _Santa Cruz_ City/Town: ▮▮▮ , Neighborhood: ▮▮▮
    *[Do not list your street address]*
    How long have you lived at that location? _1 year_
    Your place of birth: _Santa Cruz, CA_
    Do you own or rent your home? (Circle)   (Rent)   Own___ Other___

4

JUROR # ___7___

What other communities have you lived in during the last ten years?_____

Boulder Creek

13. If called to serve as a juror, how will you commute to the courthouse? _driving_

14. What is your marital status? (Please Circle)

(Single)    Married    Separated    Divorced    Widowed    Live with a partner

15. What is your current job status?

___X___ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16. Occupation:    [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.  What is your occupation (or what was it, if not currently employed)?
    Food Service Manager

b.  By whom are (were) you employed? █████████████

c.  How long have (did) you worked there? ___13 years___

d.  Please describe the nature/duties of your job. _food service, customer service_

e.  Do (Did) you supervise other people? What are/were your supervisory responsibilities?

    ___X___ Yes    ___ No    If so, how many? _____

    Responsibilities: _Performance management, training, scheduling_

17. During your working life have you changed careers or occupations and, if so, please describe?

I have not.

5

JUROR # _____7_____

18. Have you ever had a job which was considered management?   **X** Yes _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

Recrutment and traing of new hires, performance management, scheduling, training, payroll, writing performance appraisels. Managing up to 120 employes (varies)

19. What is the highest level of education you completed?   High School

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Cabrillo College | Culinary Arts | None |
| | | |
| | | |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes      **X** No      If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**.  If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Full-time student

_____ Disabled

6

JUROR # _____7_____

a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?

   _____

b.  By whom is (was) s/he employed? _____

   How long has (did) s/he worked there? _____

c.  Please describe the nature of his/her job, was it management or supervisorial?_____

   _____

d.  What other types of jobs has s/he had in the past?_____

   _____

   _____

23. What is the highest level of education s/he completed? _____

   Please describe her/his educational background, including vocational school(s) and/or college(s)

   attended:

   School Name                Major areas of study            Degrees received

   _____

   _____

   _____

24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

   their employment?)

   Mother: _____        Father: _____

   Stepmother: _____        Stepfather: _____

25. If you have children, please state:

   Sex      Age      Education                      Occupation or Year in school

   _____

   _____

   _____

   _____

JUROR # _7_

26. If other adults live in your home in addition to those you already described above, please state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| Landlady | F | 67(?) | College Degree | Retired |
| Housemate | F | 25 | Graduate Degree | Grad Student |

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | X |
| Investing; Private Equity; Startups; Venture Capital | | | | X |
| Health Insurance | | | | X |
| Healthcare; Health Services | | | | X |
| Blood Testing | | | | X |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | X |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

_____

8

JUROR # _____ 7 _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____Yes      X No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

Music, Driving, Movies, Video Games, cooking, baking

_____

_____

Continue on the next page.

9

JUROR # _____7_____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | X |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | X |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | X |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | X |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # ___7___

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

____ Yes      X No      If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

____ Yes      X No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

X Yes      ____ No      If Yes, please explain: Car was broken into and some items stolen approx. 4 years ago

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

____ Yes      X No      If Yes, please explain: _____

_____

_____

_____

11

JUROR # ____7____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories
below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

Social Media: Twitter, TikTok _____

Television: _____

Radio: _____

Internet: Google News, The Verge, CNN, Politico,
Podcasts (Verge cast, Today Explained)

Conversations: _____

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to
Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes  _X_ No   If Yes, please explain: _____

_____

_____

_____

12

JUROR # ___7___

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

Bad Blood by John Carreyrou                        HBO's The Inventor

ABC News' The Dropout Podcast                    ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                        Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case?  _X_ Yes  ____ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_Not sure. I vaguely remember knowing of Theranos but_
_did not retain any info about the specifics_

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?  ~~X~~ Yes   _X_ (and) No   Please explain: _____

_____

_____

13

JUROR # ___7___

# FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_____ Yes      _X_ No      If Yes, please explain how you know Ms. Holmes, or what you
have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or
this case?

_X_ Yes      _____ No      If Yes, please explain what you know/have heard and the source:

I recall hearing the name Theranos and it being a name
in the news but did not look into and did not
retain any info about the specifics

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes      _X_ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its
blood testing services?

_____ Yes      _X_ No      If Yes, please explain: _____

_____

_____

_____

14

JUROR # ____7____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes   ✗ No     If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes   ✗ No     If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

15

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? ____ Yes  **X** No

If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a. Have you ever served as a jury foreperson? ____ Yes  **X** No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?  ____ Yes  **X** No   If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office
or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness
Divisions?

_____Yes     ✗ No     If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or
witness?

_____Yes     ✗ No     If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court
and attorneys please indicate.

_____Yes     ✗ No     If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial
investment, including stocks, real estate, or business?

_____Yes     ✗ No     If Yes, please explain: _____

_____

17

JUROR # _____

_____

_____
_____
_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____Yes    ☒ No    If Yes, please explain: _____

_____
_____
_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

_____Yes    ☒ No    If Yes, please explain: _____

_____
_____
_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

_____Yes    ☒ No    If Yes, please explain: _____

_____
_____
_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

_____Yes    ☒ No    If Yes, please explain: _____

_____
_____

18

JUROR # _____ 7 _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

X Yes _____No   Please explain: _____

It's my civic duty and I'd do as told to
ensure I can perform said duty to the best of my
ability and according to the law.

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                                    ☐

Is Not Guilty                                ☐

Probably Is Guilty                           ☐

Don't Know                                   ☒

Please explain: A charge is not proof of guilt. That is
the purpose of a case and the jury's duty to determine

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

_____Yes   X No   If Yes, please explain: _____

19

JUROR # _____ 7

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes    X No     If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

____ Yes      X No      Please explain:

Can't think of any interactions so nothing positive

or negative comes to mind.

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight          ☐

Same weight          ☒

More weight          ☐

Please explain:  Someone's memories or experience do not

inately get more/less weight because of their occupation.

_____

_____

JUROR # _____7_____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes   X No   If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

_X_ Yes   ____No   Please explain: _____

It is the job of the court to render verdict, ~~not~~ and ~~the interest~~ present the evidence. Things online can be tainted so I'd follow this instruction.

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

____Yes   X No   If Yes, please explain: _____

_____

_____

JUROR # _____ 7

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____ Yes     X  No     If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____ Yes     X  No     If Yes, please explain: _____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

_____ Yes     X  No     If Yes, please explain: _____

_____

_____

_____

22

JUROR # 7

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature: █████████

Print Name: █████████

Date: _08|12|21_

23

JUROR # _____2_____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

24

JUROR # _____7_____

JUROR # _____7_____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

### Attorneys

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

### Possible Witnesses

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____7_____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____7_____

Kate Wolff            Mike Yagi               Denise Yam
Gary Yamamoto         Judith Yost             Daniel Young
Audra Zachman         David Nathan Zalatan    Lisa Zuckerman

N                                                                          JUROR # _____ 60

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes.* In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

2

JUROR # _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer. The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time. Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror. Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

   _____ Yes        $\times$ No        If Yes, please explain the hardship: _____

   _____

   _____

   _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

   $\times$ Yes        _____ No

   If you feel you could serve with accommodations, please indicate those accommodations:

   ~~Would~~ Specific seating, ▮▮▮▮▮▮▮▮

   Captions, if available

   _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

   $\times$ Yes        _____ No

4. Have you already contracted COVID-19? _____ Yes    $\times$ No

   If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?        _____ Yes        _____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

   No

3

JUROR #_____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

_____YES_____

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

_____ Yes       X  No       If Yes, please explain: _____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

_____ Yes       X  No       If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

_____ Yes       _____ No       _____ Not Sure       X  I do not have an employer

10. Do you have any difficulty reading or understanding English?

_____ Yes       X  No

**BACKGROUND**

11. N███████████████████████████████████r. Mr. Mrs. Ms. Miss       Age: 67

12. Residence: County: SC       City/Town:████████       Neighborhood:_____
*[Do not list your street address]*

How long have you lived at that location? 27 years

Your place of birth: SJOSC

Do you own or rent your home? (Circle)       Rent____  (Own)  Other____

4

JUROR # _____

What other communities have you lived in during the last ten years?_____

_Ruly      SC County_ _____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Car_

14. What is your marital status?  (Please Circle)

(Single)     Married     Separated     Divorced     Widowed     Live with a partner

15. What is your current job status?

_____ Working full-time          ✓ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16.  Occupation:      [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.      What is your occupation (or what was it, if not currently employed)?
_____

b.      By whom are (were) you employed?_____

c.      How long have (did) you worked there? _____

d.      Please describe the nature/duties of your job._____

e.      Do (Did) you supervise other people? What are/were your supervisory responsibilities?
_____ Yes     _____ No     If so, how many?_____
Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

_No_ _____

_____

_____

5

JUROR # _____

18. Have you ever had a job which was considered management? _____ Yes     ~~No~~

If Yes, describe that position with specifics of your role and how many people you managed?

_____

_____

_____

19. What is the highest level of education you completed? _High School_____

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| SJ High | General | Diploma |
| | | |
| | | |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes     X No     If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**. If you are widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Full-time student

_____ Disabled

6

JUROR # _____

a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?
_____

b.  By whom is (was) s/he employed? _____

How long has (did) s/he worked there? _____

c.  Please describe the nature of his/her job, was it management or supervisorial?_____
_____

d.  What other types of jobs has s/he had in the past?_____
_____
_____

23. What is the highest level of education s/he completed? _____

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

their employment?)

Mother: _Cannery Worker_ Father: _Construction_

Stepmother: _____ Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| M | 36 | College | Sales Op Mgr |
|  |  |  |  |
|  |  |  |  |

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

Relationship    Sex    Age        Education              Occupation

_____

_____

_____

_____

27.  Have you or anyone close to you received any training, experience, or specialized knowledge or

worked in any of the following? Please check the box that applies and provide an explanation

below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | | | ✓ |
| Blood Testing | | | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

_____

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

    ✓ Yes          ____ No

    If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: — Air Force

    — approx 76 - 80                    My Sons
    — Honorable              =   Father
    — No MP, CM, or Combat

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

    Spending time w/friends / i family

Continue on the next page.

9

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | ✓ |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | ✓ | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | ✓ Served on a jury re: mal-practice | | | |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

✓ Yes _____ No      If Yes, please identify who, when, and describe the position(s):

Worked for the ███████████████ from approx ~~May~~ 1976 - 1980 as a Law Enforcement Clerk at ███████████████

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes      X No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

X Yes      _____ No      If Yes, please explain:_____

Burglary - approx 1974 ish

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes      X No      If Yes, please explain: _____

_____

_____

_____

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____
_____

Social Media: ✓_____

Television: ✓_____

Radio: ✓_____

Internet: ✓_____

Conversations: ✓_____

Other: _____
_____
_____
_____
_____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

_____ Yes   ✓ No   If Yes, please explain: _____
_____
_____
_____

12

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.



| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
|---|---|---|---|
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast            ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                   Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes      X̲ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?    _____ Yes    X̲ No    Please explain: _____

_____

_____

13

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

____ Yes      X No      If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

____ Yes      X No      If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

____Yes      X No – not that I am aware of

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?     not that I am aware of

____Yes      ____No      If Yes, please explain: _____

Now that this is mentioned, but w/o looking it
up, I may have seen the 20/20 episode on
this subject

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes    X  No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes    X  No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? __X__ Yes   _____No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | ✓ Criminal | Robbery | ███████ | yes |
| 2 | Civil | Medical Mal pratice | ███████ | yes |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.  Have you ever served as a jury foreperson? _____Yes   X No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?   _____Yes   X No   If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

X Yes _____No   If Yes, please explain: Family Support fr Child Support _____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____Yes   X No   If Yes, please explain: _____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_____Yes   X No   If Yes, please explain: _____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____Yes   X No   If Yes, please explain: _____

_____

17

JUROR # _____

_____
_____
_____
_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____Yes      X  No      If Yes, please explain: _____

_____
_____
_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

_____Yes      X  No      If Yes, please explain: _____

_____
_____
_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status,

national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability

to judge the facts of a criminal case or the person accused?

_____Yes      X  No      If Yes, please explain: _____

_____
_____
_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical,

that would prevent you from serving as a juror in a criminal case?

_____Yes      X  No      If Yes, please explain: _____

_____
_____

18

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

X Yes      ____No      Please explain: _____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                              ☐

Is Not Guilty                          ☐

Probably Is Guilty                     ☐

Don't Know                             ☐

Please explain: ___Presumed    innocent_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

____Yes      ____No      If Yes, please explain:

___as  much  evidence  from  both  parties

is  best_____

_____

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

\_\_\_\_Yes    X  No    If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

\_\_\_\_ Yes        X  No    Please explain:

_____

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight          ☐

Same weight          ☐

More weight          ☐

Please explain: _____from_____

\_\_\_Weight w/be your the testimony,

\_\_\_not the person

20

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____Yes     _X_No     If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

_X_Yes     _____No     Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

_____Yes     _X_No     If Yes, please explain: _____

_____

_____

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____Yes   X__No   If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

X Yes   X No   If Yes, please explain: _____

~~Prefer discussion~~ Sorry, checked yes
in error

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

No

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____Yes   X__No   If Yes, please explain:

_____

_____

_____

22

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ he questions or my answers with others. I have ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Signature:_____▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮_____

Print Name:_▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮_____

Date: August 19, 2021

23

JUROR # _____

**Further Explanation Sheet**
(Please put the question number next to your response.  Thank you)

Not Sure if this was asked
as a specific question...

24

JUROR # _____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

| | | |
|---|---|---|
| Kate Wolff | Mike Yagi | Denise Yam |
| Gary Yamamoto | Judith Yost | Daniel Young |
| Audra Zachman | David Nathan Zalatan | Lisa Zuckerman |

28

Name: ███████████████          JUROR # **81**

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    <u>X</u> Yes    _____ No    If Yes, please explain the hardship: 1. I'm afraid that I wont understand everything about the case, because english is my second lenguage, so my opinion could not be the correct one. 2. I'm stay home mom and I have to drop off and pick up my kids from school. I don't have anybody to do it for me.

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    _____ Yes    <u>X</u> No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    <u>X</u> Yes    _____ No

4.  Have you already contracted COVID-19? _____ Yes    <u>X</u> No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?    _____ Yes    _____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    Very concerne. I have a young daughther that hasn't being vaccinated yet.

3

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

Not too comfy.

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

____ Yes      X̶ No      If Yes, please explain: _____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

____ Yes      X̶ No      If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

N/A ____ Yes      ____ No      ____ Not Sure      ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

X̶ Yes      ____ No

## BACKGROUND

11. NAME: ███████████      Dr. Mr. (Mrs.) Ms. Miss   Age: 46

12. Residence: County: ~~Santa Clara~~ City/Town: ███████ Neighborhood: _____
*[Do not list your street address]*

How long have you lived at that location? 9 years

Your place of birth: Colombia / South America.

Do you own or rent your home? (Circle)   Rent____   (Own X̶)   Other____

4

JUROR # _____

What other communities have you lived in during the last ten years? _Kansas_____

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _My car_____

14. What is your marital status?  (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe _MOM – Stay home_____

16. Occupation:       [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

    a.   What is your occupation (or what was it, if not currently employed)? _[illegible]_

    b.   By whom are (were) you employed? ____█████████████

    c.   How long have (did) you worked there? _5 years._____

    d.   Please describe the nature/duties of your job. _Logistics Department_

    e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

       _X_ Yes    ___ No    If so, how many? _3_____

       Responsibilities: _Inventory and wearhouse_

17. During your working life have you changed careers or occupations and, if so, please describe?

_[illegible] Intership then Coordinator_

_____

_____

5

JUROR # _____

18. Have you ever had a job which was considered management? _____ Yes   X̲ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

_____

_____

_____

19. What is the highest level of education you completed? _C̲o̲l̲l̲e̲g̲e̲.̲_____

20. Please describe your educational background:

School Name              Major areas of study          Degrees received

U̲n̲i̲v̲e̲r̲s̲i̲d̲a̲d̲ ̲S̲e̲r̲g̲i̲o̲ ̲A̲r̲b̲o̲l̲e̲d̲a̲ ̲–̲ ̲B̲u̲s̲s̲i̲n̲e̲s̲ ̲A̲d̲m̲i̲n̲i̲s̲t̲r̲a̲t̲i̲o̲n̲.

_____

_____

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes      X̲ No    If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**. If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

X̲ Working full-time          _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                  _____ Full-time student

_____ Disabled

6

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?
~~Engineer~~ Engineer

b. By whom is (was) s/he employed? ████████

   How long has (did) s/he worked there? ___ 10 years

c. Please describe the nature of his/her job, was it management or supervisorial? __ N/A

d. What other types of jobs has s/he had in the past? __ Sprint Engenieer

23. What is the highest level of education s/he completed? __ Masters. -MBA.

Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| UMKC | -Electric Engenier | |
| | - MBA | |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was their employment?)

Mother: Accountant.   Father: Bussines.

Stepmother: _____ —   Stepfather: _____ —

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| M | 13 | 8th | Middle School |
| F | 11 | 6th | Middle School |

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| MOm | F | 79 | | Retired. |

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | X |
| Investing; Private Equity; Startups; Venture Capital | | | | X |
| Health Insurance | | | | X |
| Healthcare; Health Services | | | | X |
| Blood Testing | | | | X |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | X |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____ Yes      X  No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

_Sports , kids activities , beach time, tv_____

_____

_____

Continue on the next page.

9

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | X |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | X |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | X | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | X |

If you answered Yes to any of the questions above, please provide detail: _My daughter_
_had the COVID 19 test at the walgreens Pharmacy._
_____

_____

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

____ Yes   ✗ No   If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

____ Yes   ✗ No   If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

✗ Yes   ____ No   If Yes, please explain: I was victim of robbery in the parking lot of my kids. school 6 years ago. I reported to the police.

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

____ Yes   ✗ No   If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

Social Media: FaceBook , Instagram

Television: CNN - Sometimes. I prefer not to watch news - make me feel anxious.

Radio: _____

Internet: _____

Conversations: Some times with my neighbors or friends.

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

_____ Yes   X  No      If Yes, please explain: _____

12

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If Yes, please circle the applicable individuals. *NO*

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following? Please circle: *NO*

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast              ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                   Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes   ✕ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?   _____ Yes   _____ No   Please explain: _____ *N/A.* _____

_____

_____

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_____ Yes          ☒ No          If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

_____ Yes          ☒ No          If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes          ☒ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

_____ Yes          ☒ No          If Yes, please explain: _____

_____

_____

_____

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes   X  No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes   X  No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____N/A_____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? ____ Yes    X No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.  Have you ever served as a jury foreperson? ____Yes  X No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?  ____Yes  ____No   If Yes, please explain: N/A

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____ Yes    ✗ No    If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____ Yes    ✗ No    If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_____ Yes    ✗ No    If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____ Yes    ✗ No    If Yes, please explain: _____

_____

JUROR # _____

_____

_____
_____
_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes    X  No    If Yes, please explain: _____

_____
_____
_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

____Yes    X  No    If Yes, please explain: _____

_____
_____
_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

____Yes    X  No    If Yes, please explain: _____

_____
_____
_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

____Yes    X  No    If Yes, please explain: _____

_____
_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

✗ Yes      ____ No      Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty                          ☐

Is Not Guilty                      ☐

Probably Is Guilty                 ☐

Don't Know                         ☒

Please explain: _____

_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence. Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

✗ Yes      ____ No      If Yes, please explain: _____

_____

_____

_____

19

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

__X__ Yes   ____ No   If Yes, please explain: *Sometimes you need to be heard.*

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

____ Yes   __X__ No   Please explain:

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight          ☐

Same weight          ☐

More weight          ☐

Please explain: *I don't understand.*

20

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____ Yes   ✗ No   If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✗ Yes   _____ No   Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

_____ Yes   ✗ No   If Yes, please explain: _____

_____

_____

21

JUROR # _____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

   X Yes   ____ No   If Yes, please explain: by this point I do not understand and what is this case about.

66. Is there any matter you wish to discuss privately with the Judge?

   ____ Yes   X No   If Yes, please explain: _____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

68. Did you have any problems reading or understanding this questionnaire?

   X Yes   ____ No   If Yes, please explain: Sometimes ~~the very coperso~~ I get confuse about the case and I get lost!

22

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature:_____

Print Name:_____

Date: _Aug 19/21_

23

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

| | | |
|---|---|---|
| Kate Wolff | Mike Yagi | Denise Yam |
| Gary Yamamoto | Judith Yost | Daniel Young |
| Audra Zachman | David Nathan Zalatan | Lisa Zuckerman |

28

Name: ████████████████         JUROR # __58__

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

_____
Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer. The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

   ____ Yes        ✓ No        If Yes, please explain the hardship: _____

   _____

   _____

   _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

   ____ Yes        ✓ No

   If you feel you could serve with accommodations, please indicate the accommodations:

   *I do HAVE HEARING AidS*

   _____

   _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

   ✓ Yes        ____ No

4. Have you already contracted COVID-19?  ✓ Yes  ____ No

   If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?        ✓ Yes        ____ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

   *I AM CONCERNED*

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

_I AM COMFORTABLE WITH THIS_

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

_____ Yes    ✓ No    If Yes, please explain: _No, but i would be concerned with my drive._

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

_____ Yes    ✓ No    If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

_____ Yes    _____ No    _____ Not Sure    ✓ I do not have an employer

10. Do you have any difficulty reading or understanding English?

_____ Yes    ✓ No

## BACKGROUND

11. NAME: ███████████    Dr. Mr. Mrs. Ms. Miss    Age: _60_

12. Residence: County: _SANTA CLARA_ City/Town ████    Neighborhood: ████
*[Do not list your street address]*

How long have you lived at that location? _28_

Your place of birth: _DETROIT_

Do you own or rent your home? (Circle)    Rent____    Own ✓    Other____

4

JUROR # _____

What other communities have you lived in during the last ten years? _____

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? CAR

14. What is your marital status? (Please Circle)

Single (Married) Separated Divorced Widowed Live with a partner

15. What is your current job status?

_____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    ✓ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16. Occupation:     [PLEASE NOTE: If you are currently not employed, retired, disabled or a
                    homemaker, please describe your most recent prior employment]

a.   What is your occupation (or what was it, if not currently employed)?
     ENGINEERING DRAFTMAN

b.   By whom are (were) you employed █████████████

c.   How long have (did) you worked there?  3 y 12 3

d.   Please describe the nature/duties of your job DRAFTING WORKING PLANS

e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

     _____ Yes     ✓ No     If so, how many? _____

     Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

     _____

     _____

     _____

5

JUROR # _____

18. Have you ever had a job which was considered management? ____ Yes ✓ No ____

   If Yes, describe that position with specifics of your role and how many people you managed?

   _____

   _____

   _____

19. What is the highest level of education you completed? *COMMUNITY COLLAGE*

20. Please describe your educational background:

   School Name              Major areas of study        Degrees received

   *CITY COLLAGE SAN FRACISCO ENGINEERING*

   _____

   _____

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

   ____ Yes ✓ No   If Yes, please explain: _____

   _____

   _____

   _____

22. Please complete the following questions regarding your **present spouse/partner**. If you are

   widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

   Current employment status:

   ✓ Working full-time          _____ Unemployed

   _____ Working part-time    _____ Homemaker

   _____ Retired              _____ Full-time student

   _____ Disabled

6

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

SENIOR MANAGER

b. By whom is (was) s/he employed? INTUIT

How long has (did) s/he worked there? 15 yrs

c. Please describe the nature of his/her job, was it management or supervisorial?_____

d. What other types of jobs has s/he had in the past? ORACLE

DIRECTOR

23. What is the highest level of education s/he completed? BACHLOR

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| UNIVERSITY FLORIDA | JOURNALISM | BACHLOR |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was

their employment?)

Mother: AUTO dESIGN Father: MISSILE COMMAND

Stepmother: _____ Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| FEMA | 20 yrs | 2nd yr college | |

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| ✓ | | | | |
| | | | | |
| | | | | |
| | | | | |

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | | | ✓ |
| Blood Testing | | | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

_____

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____ Yes        ✓ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

_Wild life filming_____

_____

_____

Continue on the next page.

9

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated with any law enforcement or other state or federal government agency (including police, sheriff, corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes        _____ No        If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes        _____ No        If Yes, please explain: _____

_____

_____

_____

32.  Have you or anyone close to you ever been the victim of any kind of crime -- including domestic violence, burglary, robbery, assault, identity theft, fraud etc. -- whether it was reported to law enforcement authorities or not?

_____ Yes        _____ No        If Yes, please explain:_____

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes        _____ No        If Yes, please explain: _____

_____

_____

_____

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

_____

Social Media: _____

_____

Television: _CNN_____

_____

Radio: _KGO_____

_____

Internet: _CNN_____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

_____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes  ✔ No    If Yes, please explain: _____

_____

_____

_____

12

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

| | |
|---|---|
| Bad Blood by John Carreyrou | HBO's The Inventor |
| ABC News' The Dropout Podcast | ABC News' The Dropout Documentary |
| ABC News 20/20 on Theranos | Thicker Than Water by Tyler Shultz |
| "60 Minutes on Theranos" | |

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain:  _WAS CURIUS SO I WATCHED._

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes  ✓ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? _____ Yes  ✓ No   Please explain: _____

_____

_____

13

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_✓_ Yes _____ No   If Yes, please explain how you know Ms. Holmes, or what you have heard about her, and the source of anything you know or have heard about her:

WATCHED HER STORY ON 60 MINUTES

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or this case?

_✓_ Yes _____ No   If Yes, please explain what you know/have heard and the source:

JUST FROM THE 60 MINUTES

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes _✓_ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its blood testing services?

_____ Yes _✓_ No   If Yes, please explain: _____

_____

_____

_____

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

_____ Yes _✓_ No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

_____ Yes _✓_ No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

15

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror?_____ Yes      ✓ No

If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |

a.  Have you ever served as a jury foreperson? _____ Yes    ✓ No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?  _____ Yes  _____ No    If Yes, please explain:

_____

_____

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____Yes   ✓No   If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____Yes   ✓No   If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

✓Yes   _____No   If Yes, please explain: *dirt bike on public*

*Road, Failure To Stop*

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____Yes   ✓No   If Yes, please explain: _____

_____

17

JUROR # _____

_____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

_____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status,

national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability

to judge the facts of a criminal case or the person accused?

_____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical,

that would prevent you from serving as a juror in a criminal case?

_____Yes   ✓ No   If Yes, please explain: _____

_____

_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

___✓__Yes      ____No      Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                              ☐

Is Not Guilty                          ☐

Probably Is Guilty                     ☐

Don't Know                             ☒

Please explain: _____

_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

____Yes      __✓__No      If Yes, please explain: _____

_____

_____

_____

19

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense. If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty. Do you believe that a defendant must testify in order to be found not guilty?

_____ Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

_____ Yes    ✓ No    Please explain:

_____

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight        ☐

Same weight        ☒

More weight        ☐

Please explain: _____

_____

_____

_____

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____Yes     ⎷ No     If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

⎷ Yes     _____No     Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

_____Yes     ⎷ No     If Yes, please explain: _____

_____

_____

21

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____ Yes    ✓ No    If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature: ███████████████████

Print Name: ███████████████

Date: 8/19/2021

JUROR # _____

**Further Explanation Sheet**
(Please put the question number next to your response.  Thank you)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

24

JUROR # _____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys:*
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys:*
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

27

JUROR # _____

Kate Wolff              Mike Yagi                Denise Yam
Gary Yamamoto           Judith Yost              Daniel Young
Audra Zachman           David Nathan Zalatan     Lisa Zuckerman

28

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    JUROR # 87

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

2

JUROR # __87__

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    ____ Yes        ✓ No        If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    ____ Yes        ✓ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    ✓ Yes        ____ No

4.  Have you already contracted COVID-19?   ✓ Yes   ____ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?        ✓ Yes        ____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    Lightly concern

JUROR # __87__

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

_slight concern but okay as long as we distance ourselves_

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

____ Yes    ✓ No    If Yes, please explain: _____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

✓ Yes    ____ No    If Yes, please explain: _Single mom - 1 pick up my son after school._

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

✓ Yes    ____ No    ____ Not Sure    ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

____ Yes    ✓ No

**BACKGROUND**

11. NAME: ▮▮▮▮▮▮▮▮    Dr. Mr. Mrs. Ms. (Miss)   Age: _42_

12. Residence: County: _Santa Clara_ City/Town: ▮▮▮▮   Neighborhood: _____
    *[Do not list your street address]*

    How long have you lived at that location? _15 yrs_

    Your place of birth: _Philippines_

    Do you own or rent your home? (Circle)    (Rent)    Own____ Other____

4

JUROR # _87_

What other communities have you lived in during the last ten years? _N/A_

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Drive_

14. What is your marital status? (Please Circle)

(Single)   Married   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_✓_ Working full-time          _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                  _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16. Occupation:   [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

   a.   What is your occupation (or what was it, if not currently employed)?
        _Operations   Coordinator_

   b.   By whom are (were) you employed? _[redacted]_

   c.   How long have (did) you worked there? _17 years_

   d.   Please describe the nature/duties of your job. _management & Sales Support_

   e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?
        _✓_ Yes   _____ No   If so, how many? _4_
        Responsibilities: _shipping, receiving, inventory, customer service_

17. During your working life have you changed careers or occupations and, if so, please describe?
    _No._

   _____

   _____

   _____

5

JUROR # _____

18. Have you ever had a job which was considered management?  ✓ Yes _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

As Operations Coordinator, I manage 4 individual & assign daily, weekly & monthly duties.

19. What is the highest level of education you completed? __Associate Degree__

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Heald College | Accounting | AA |
|  |  |  |
|  |  |  |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes    ✓ No    If Yes, please explain: _____

22. Please complete the following questions regarding your **present spouse/partner**. If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

_____ Working full-time        _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                  _____ Full-time student

_____ Disabled

6

JUROR # _____

a.  What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_____

b.  By whom is (was) s/he employed? _____

How long has (did) s/he worked there? _____

c.  Please describe the nature of his/her job, was it management or supervisorial?_____

_____

d.  What other types of jobs has s/he had in the past?_____

_____

_____

23. What is the highest level of education s/he completed? _____

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| | | |
| | | |
| | | |

24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

their employment?)

Mother: _Residential Housing_   Father: _Computer Assembly_

Stepmother: _____   Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| M | 15 | High School | N/A / 10th |
| | | | |
| | | | |
| | | | |

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

Relationship      Sex      Age            Education            Occupation

_____

_____

_____

_____

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | | | ✓ |
| Blood Testing | | | | |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

_____

8

JUROR # *87*

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

✓ Yes          ____ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: Navy, 2 years, unknown rank, currently in service

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

I like staying indoors relaxing by watching movies.

Continue on the next page.

9

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | ✓ |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | ✓ |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | ✓ |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.    a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____87_____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes   ✓ No      If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office? This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes   ✓ No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

_____ Yes   ✓ No      If Yes, please explain:_____

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes   ✓ No      If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

Social Media: *Current events* _____

Television: *news / current events* _____

Radio: _____

Internet: *news / current events* _____

Conversations: *current events* _____

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes  ✓ No   If Yes, please explain: _____

JUROR # ___87___

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following? Please circle:

Bad Blood by John Carreyrou                HBO's The Inventor

ABC News' The Dropout Podcast              ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                 Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? ____ Yes   ✓ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? ____ Yes   ✓ No   Please explain: _____

_____

_____

13

JUROR # _87_

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_____ Yes        ✓ No        If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

_____ Yes        ✓ No        If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____Yes        ✓No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

_____Yes        ✓ No        If Yes, please explain: _____

_____

_____

_____

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

15

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? _____ Yes   ✓ No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.  Have you ever served as a jury foreperson? _____ Yes   ✓ No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and

impartial to both sides in this trial?   _____ Yes   ✓ No    If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

____Yes    ✓ No    If Yes, please explain: _____

_____

JUROR # _____

_____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

✓ Yes  _____ No    Please explain: _____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty                       ☐

Is Not Guilty                   ☐

Probably Is Guilty              ☐

Don't Know                      ☑

Please explain: I would need to hear/learn more about the situation before deciding

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence. Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

✓ Yes  _____ No   If Yes, please explain: Depends on the situation but an evidence/witness should be provided to show innocence.

19

JUROR # _____87__

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

____Yes   ✓ No   Please explain:

_____

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight       ☐

Same weight       ☐

More weight       ☑

Please explain: ~~Because~~ I feel that the officer should be credible with his statement because he ~~that~~ knows the law.

JUROR # _87_____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✓ Yes    _____No    Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

JUROR # 87

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

✓ Yes   _____ No      If Yes, please explain:

Question #34 - I'm not sure of what I'm suppose to write on each category. I only watch TV & check social media/Internet for news & current events

22

JUROR # _____

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Date: _8/19/21_____

JUROR # _____

**Further Explanation Sheet**
(Please put the question number next to your response.  Thank you)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

24

JUROR # _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff                 Mike Yagi                    Denise Yam
Gary Yamamoto              Judith Yost                  Daniel Young
Audra Zachman              David Nathan Zalatan         Lisa Zuckerman

Name: ████████████████████                    JUROR # ___21___

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # 21

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court.  The Court and the lawyers know that every person has beliefs and biases concerning many things.  You should answer with your true feelings, whatever they may be.  Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors.  It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it.  You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio.  Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy.  They will be reviewed by the Judge and the lawyers in this case.  After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated.  You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

2

JUROR # __21__

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    _____ Yes      ✓ No      If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    _____ Yes      ✓ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    ✓ Yes          _____ No

4.  Have you already contracted COVID-19?  _____ Yes    ✓ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?      _____ Yes      _____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    _____ MINIMAL _____

3

JUROR # 21

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

NO ISSUE

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

____ Yes        ✓ No        If Yes, please explain: _____

_____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

____ Yes        ✓ No        If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

✓ Yes        ____ No        ____ Not Sure        ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

____ Yes        ✓ No

## BACKGROUND

11. NAME: ███████████████        Dr. (Mr) Mrs. Ms. Miss    Age:_____

12. Residence: County: SANTA CLARA City/Town: ████████ Neighborhood: ████████
    *[Do not list your street address]*

How long have you lived at that location? 20 YEARS +

Your place of birth: SACRAMENTO

Do you own or rent your home? (Circle)        Rent____    Own ✓ Other____

4

JUROR # 2 1

What other communities have you lived in during the last ten years?_____

_____NONE_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? AUTO

14. What is your marital status? (Please Circle)

Single    (Married)    Separated    Divorced    Widowed    Live with a partner

15. What is your current job status?

___✓___ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16. Occupation:    [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.  What is your occupation (or what was it, if not currently employed)?
ASSISTANT DIRECTOR OF COUNTY AIRPORTS

b.  By whom are (were) you employed? ███████████████

c.  How long have (did) you worked there? ___16 YEARS___

d.  Please describe the nature/duties of your job. MANAGEMENT

e.  Do (Did) you supervise other people? What are/were your supervisory responsibilities?
___✓___ Yes    _____ No    If so, how many? SIX (6)

Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

YES. PREVIOUS TO AIRPORTS WAS EMPLOYED

IN COMPUTER GRAPHICS & AS AN

ILLUSTRATOR

5

JUROR # 21

18. Have you ever had a job which was considered management? ✓ Yes _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

MANAGE SIX (6) STAFF IN THE

OPERATION OF THE TWO COUNTY

AIRPORTS

19. What is the highest level of education you completed? HIGH SCHOOL COLLEGE

(SOME)

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| SIERRA COMMUNITY | GRAPHICS | NONE |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes   ✓ No   If Yes, please explain: _____

22. Please complete the following questions regarding your **present spouse/partner**. If you are
widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

✓ Working full-time          _____ Unemployed

_____ Working part-time      _____ Homemaker

_____ Retired                _____ Full-time student

_____ Disabled

6

JUROR # ___21___

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

TRAINING & SALES FOR SOFTWARE

b. By whom is (was) s/he employed? ___[redacted]___

How long has (did) s/he worked there? ___20+ YEARS___

c. Please describe the nature of his/her job, was it management or supervisorial?_____

SALES & EDUCATION FOR SOFTWARE, NON-MGMT

d. What other types of jobs has s/he had in the past?_____

SCHEDULING, DRAFTING, CONTRACTS

23. What is the highest level of education s/he completed? __BA, HUMBOLT ST.__

Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| HUMBOLT STATE | INDUSTRIAL ARTS | BA |
| | | |
| | | |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was their employment?)

Mother: HOUSEWIFE   Father: ENGINEER / MANAGER

Stepmother: _____   Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| F | 31 | BA/BA | HEALTH INSURANCE |
| F | 28 | BS/MS/PHD | PHD AT CAL-TECH |
| | | | |
| | | | |

7

JUROR # 2̲1̲

26. If other adults live in your home in addition to those you already described above, please state:

Relationship     Sex     Age          Education            Occupation

NONE

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | |
| Healthcare; Health Services | | ✓ | | |
| Blood Testing | | | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

ELDEST DAUGHTER WORKS FOR HEALTH INSURANCE COMPANY

8

JUROR # __21__

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

____Yes      ✓__No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

HIKING, READING, 3D MODELING, TRUCK RESTORATION

Continue on the next page.

9

JUROR # __21__

# LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | ✓ |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | ■ | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | ✓ |

If you answered Yes to any of the questions above, please provide detail: _____

( SEE ABOVE )

■■■■■■■■■■■■■■■■■■■■■

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated with any law enforcement or other state or federal government agency (including police, sheriff, corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # __21__

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

____ Yes      ✓ No      If Yes, please identify who, when, and describe the position(s):

_____NONE_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office? This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

11

JUROR # 4

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: ⎯

Social Media: ⎯

Television: ⎯

Radio: ⎯

Internet: NPR / BBC NEWS (ONLY)

Conversations: ⎯

Other: ⎯

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes  ✓ No    If Yes, please explain: _____

JUROR # 21

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

N/A

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast            ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                   Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____ N/A _____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes  ✓ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? _____ Yes  ✓ No   Please explain: _____

_____

_____

13

JUROR # 25

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

   ✓ Yes     \_\_\_\_\_ No    If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

AS PRESENTED IN NEWS MEDIA (BBC, NPR)

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

\_\_\_\_ Yes     ✓ No    If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

\_\_\_\_Yes     ✓ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

\_\_\_\_Yes     ✓ No    If Yes, please explain: _____

_____

_____

_____

14

JUROR # 21

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

N/A

_____

_____

Continue on the next page.

15

JUROR # _21_

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? ✓ Yes ____No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | CRIMINAL | BANK ROBBERY | SAN JOSE ≈ 2001 | YES |
| 2 | CRIMINAL | MURDER, RAPE ASSAULT, BURGLERY | SAN JOSE ≈ 2004 | YES |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a. Have you ever served as a jury foreperson? ✓ Yes ____No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial? ____Yes ✓ No   If Yes, please explain:

_____

_____

16

JUROR # __21__

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

____Yes   ✓ No   If Yes, please explain: _____

_____

JUROR # 21

_____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

____Yes   ✓ No   If Yes, please explain: _____

_____

_____

18

JUROR #  21

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

✓ Yes _____ No   Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                              ☐

Is Not Guilty                          ☑

Probably Is Guilty                     ☐

Don't Know                             ☐

Please explain: _____

_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

✓ Yes   ✓ No   If Yes, please explain:  THE PROOF OF BURDEN

RESTS WITH THE COURT & THE JURY

_____

_____

JUROR #  21

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____ Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

____ Yes    ✓ No    Please explain:

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight          ☐

Same weight          ☑

More weight          ☐

Please explain: _____

_____

_____

JUROR #  21

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✓ Yes    ____No    Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

21

JUROR # 21

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

____Yes    ✓ No    If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____NONE_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____Yes    ✓ No    If Yes, please explain:

_____

_____

_____

JUROR # 2 1

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assi████████completing this questionnaire.

Signature: ████████████████

Print Name: ████████████████

Date: Aug 18, 2021

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

JUROR # _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff              Mike Yagi               Denise Yam
Gary Yamamoto           Judith Yost             Daniel Young
Audra Zachman           David Nathan Zalatan    Lisa Zuckerman

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  JUROR # ___79___

## JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    \_\_\_\_ Yes          <u>X</u>  No       If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    \_\_\_\_ Yes          <u>X</u>  No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _____

    _____

    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    <u>X</u>  Yes          \_\_\_\_ No

4.  Have you already contracted COVID-19? \_\_\_\_ Yes   <u>X</u>  No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?       \_\_\_\_ Yes       \_\_\_\_ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    Minimally concerned given everyone is wearing facemasks

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

   _Comfortable, no concerns_

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

   ____ Yes        _X_ No        If Yes, please explain: _____

   _____

   _____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

   ____ Yes        _X_ No        If Yes, please explain: _____

   _____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

   _X_ Yes        ____ No        ____ Not Sure        ____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

    ____ Yes        _X_ No

## BACKGROUND

11. NAME ▮▮▮▮▮▮▮▮▮▮▮ _____ Dr. (Mr) Mrs. Ms. Miss    Age: _55_

12. Residence: County: _Santa Clara_ City/Town: ▮▮▮▮▮▮ , Neighborhood: ▮▮▮▮▮▮
    *[Do not list your street address]*

    How long have you lived at that location? _17 yrs_

    Your place of birth: _Loma Linda, CA_

    Do you own or rent your home? (Circle)        Rent____        Own _X_   Other____

4

JUROR # _____

What other communities have you lived in during the last ten years? _Only in San Jose_

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Drive & Park_

14. What is your marital status?  (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

____X____ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study_____

_____ Other, please describe_____

16.  Occupation:       [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

   a.   What is your occupation (or what was it, if not currently employed)?
        _Project Manager, Hardware Engineering_

   b.   By whom are (were) you employed? ████████████

   c.   How long have (did) you worked there? _10 yrs_

   d.   Please describe the nature/duties of your job. _Creating Project Plans_

   e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

        __X__ Yes   ____ No   If so, how many? _15_

        Responsibilities: _Resolve personnel conflict, Prioritize projects, assign tasks_

17. During your working life have you changed careers or occupations and, if so, please describe?

   _No Changes. I've always worked in Tech company / technical groups._

_____

5

JUROR # _____

18. Have you ever had a job which was considered management?   X  Yes   _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

Managed 8 people conducting Equipment purchases

Managed 3 people responsible for Space Planning

managed 6 people as Project Managers for IT systems

19. What is the highest level of education you completed? B.S. Computer Science

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Humboldt State Univ. | Computer Science | B.S. |
| Mendocino Comm. College | Electrical Tech. | A.S. |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes        X  No      If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**. If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

_X_ Working full-time          _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                  _____ Full-time student

_____ Disabled

6

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

_Elementary School Teacher_

b. By whom is (was) s/he employed? ███████████████████████

How long has (did) s/he worked there? _20 years_

c. Please describe the nature of his/her job, was it management or supervisorial?_____

_4th/5th grade Teacher. Supervisor to 30+ students :)_

d. What other types of jobs has s/he had in the past?_____

_Stock Broker (2 yrs), Commercial Insurance (3 yrs)_

_____

23. What is the highest level of education s/he completed? _Master of Science, Education_

Please describe her/his educational background, including vocational school(s) and/or college(s) attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Santa Clara University | Education | M.S. |
| Humboldt State University | Music | B.A. |
| | | |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was their employment?)

Mother: _Physical Therapist_   Father: _Hospital Maintenance Technician_

Stepmother: _N/A_   Stepfather: _N/A_

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| N/A - No children | | | |

_____

_____

_____

_____

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

<u>Relationship</u>   <u>Sex</u>   <u>Age</u>      <u>Education</u>        <u>Occupation</u>

N/A- no other adults live in our home

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | ✓ I manage our group budget | N/A | N/A | |
| Investing; Private Equity; Startups; Venture Capital | | | | X |
| Health Insurance | | | | X |
| Healthcare; Health Services | | | | X |
| Blood Testing | | | | X |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | X |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

I am responsible for managing an $80M annual budget for IT infrastructure. I work closely with the finance department on annual Budget Planning and tracking budget expenses.

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

____Yes        X  No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: __N/A_____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

__Hiking, Swimming, Reading Novels, Playing Board Games,__
__watching Movies & Documentaries_____

_____

Continue on the next page.

9

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

    Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | X |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | X |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | X |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | X |

If you answered Yes to any of the questions above, please provide detail: __N/A_____

_____

_____

_____

31.   a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

with any law enforcement or other state or federal government agency (including police, sheriff,

corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

(SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes        ✗ No        If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes        ✗ No        If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

✗ Yes        _____ No        If Yes, please explain: My house was burglarized 2 years ago. Police were called, no arrests. The burglar fled before police arrive. No subsequent investigations.

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

✗ Yes        _____ No        If Yes, please explain: Burglary 2 yrs ago.

_____

_____

_____

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _Apple News - aggregator of news articles_

Social Media: _N/A - I do not have social media accounts_

Television: _Ugh! I avoid TV news completely._

Radio: _occassionally listen to the radio for traffic updates while traveling_

Internet: _Apple News_

Conversations: _Discuss news with spouse_

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

_____ Yes   X   No      If Yes, please explain: _____

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals. *N/A. Names are not familiar*

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast               ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                    Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _N/A.  I have not seen any of the above._
_____
_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? ____ Yes   _X_ No
If Yes, please explain, include where you saw any such item. Please explain: _____
_____
_____
_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?  ____ Yes   _X_ No    Please explain: _____
_____
_____

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

  _X_ Yes  ____ No  If Yes, please explain how you know Ms. Holmes, or what you

  have heard about her, and the source of anything you know or have heard about her:

  I saw Ms. Holmes' name mentioned on a documentary, but I did not watch the program

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or this case?

  _X_ Yes  ____ No  If Yes, please explain what you know/have heard and the source:

  Theranos only on a few News headlines
  I am not familiar with Mr. Ramesh "Sunny" Balwani

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

  ____Yes  _X_ No

  If Yes, what were the positions and approximate dates of employment: _____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its blood testing services?

  ____Yes  _X_ No  If Yes, please explain: _____

14

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

_____ Yes    _X_ No    If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

_____ Yes    _X_ No    If Yes, please explain: _____

Has not come up in conversation

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

I believe Rupert Murdoch owns a media company

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? _X_ Yes _____No

If Yes, please complete for each case on which you served:

|  | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | Criminal | murder manslaughter | ███████████ | yes |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |

a. Have you ever served as a jury foreperson? _X_ Yes _____No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial? _____Yes _X_No   If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

_____Yes   _X_No   If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

_____Yes   _X_No   If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_____Yes   _X_No   If Yes, please explain: _____

_____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

_____Yes   _X_No   If Yes, please explain: _____

_____

17

JUROR # _____

_____
_____
_____
_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes    _X_ No    If Yes, please explain: _____

_____
_____
_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

____Yes    _X_ No    If Yes, please explain: _____

_____
_____
_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

____Yes    _X_ No    If Yes, please explain: _____

_____
_____
_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

____Yes    _X_ No    If Yes, please explain: _____

_____
_____

18

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

__X__ Yes     ____No     Please explain: *Court instructions are taken seriously*

*without concern for personal opinion. The U.S. is a country of*

*laws, not beliefs.*

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                              ☐

Is Not Guilty                          ☒

Probably Is Guilty                     ☐

Don't Know                             ☐

Please explain: *A person is innocent until proven guilty.*

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

____Yes     __X__No     If Yes, please explain: _____

19

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes      X  No      If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

____Yes          X  No      Please explain:

My experience with law enforcement was very positive when my
house was burglarized.

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight              ☐

Same weight              ☒

More weight              ☐

Please explain: a witness is a witness, and their testimony should
be supported by irrefutible facts or corrobarated with other
witnesses.

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes    _X_ No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

_X_ Yes    ____No    Please explain:  my exposure is fairly limited because I do not have social media accounts and I do not have much time to watch TV. Honestly, I have other work to do than to research / spend more time on this case.

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

____Yes    _X_ No    If Yes, please explain: _____

_____

_____

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____Yes     _X_ No     If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____Yes     _X_ No     If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_N/A_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

_____Yes   _X_ No     If Yes, please explain:

_____

_____

_____

22

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature: █████████████

Print Name: █████████████

Date: August 19, 2021

23

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

JUROR # _____

## ATTACHMENT

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff                Mike Yagi                 Denise Yam
Gary Yamamoto             Judith Yost               Daniel Young
Audra Zachman             David Nathan Zalatan      Lisa Zuckerman

Name: THANH HANG                                    JUROR # 2

# JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

2

JUROR # _____

## PRELIMINARY MATTERS

1. The trial in this case may last approximately thirteen (13) weeks, or even longer. The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time. Jury service is one of the highest duties and privileges of a citizen of the United States. Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror. Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

   \_\_\_\_ Yes        ✓ No        If Yes, please explain the hardship: _____

   _____

   _____

   _____

2. Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

   \_\_\_\_ Yes        ✓ No

   If you feel you could serve with accommodations, please indicate the accommodations:

   _____

   _____

   _____

3. Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

   ✓ Yes        \_\_\_\_ No

4. Have you already contracted COVID-19?    ✓ Yes        \_\_\_\_ No

   If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?        ✓ Yes        \_\_\_\_ No

5. If called to serve as a juror, how concerned are you about getting sick with COVID-19?

   LITTLE CONCERNED

3

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

_____ 50% COMFORTABLE _____

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

_____ Yes        ✓ No        If Yes, please explain: _____

_____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

_____ Yes        ✓ No        If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

✓ Yes        _____ No        _____ Not Sure        _____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

_____ Yes        ✓ No

## BACKGROUND

11. NAME: THANH HANG        Dr. Mr. Mrs. Ms. Miss    Age: 66

12. Residence: County: SANTA CLARA    City/Town: SAN JOSE Neighborhood: _____
    *[Do not list your street address]*
    How long have you lived at that location? 8 YEARS
    Your place of birth: VIET NAM
    Do you own or rent your home? (Circle)        Rent_____    Own ✓    Other_____

4

JUROR # _____

What other communities have you lived in during the last ten years? _____

_SUNNYVALE_ _____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _5 MILES_

14. What is your marital status?  (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_✓_ Working full-time          _____ Unemployed

_____ Working part-time      _____ Homemaker

_____ Retired                _____ Disabled

_____ Full-time student, please indicate areas of study _____

_____ Other, please describe _____

16. Occupation:      [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.   What is your occupation (or what was it, if not currently employed)?
     _ENGINEER TECH_

b.   By whom are (were) you employed? _APPLIED MATERIAL_

c.   How long have (did) you worked there? _15 YEARS_

d.   Please describe the nature/duties of your job. _LAB OP SUPPORT_

e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?
     _____ Yes   _✓_ No   If so, how many? _____
     Responsibilities: _____

17. During your working life have you changed careers or occupations and, if so, please describe?

_No_

_____

_____

5

JUROR # _____

18. Have you ever had a job which was considered management? _____ Yes   ✓ No _____

   If Yes, describe that position with specifics of your role and how many people you managed?

   _____

   _____

   _____

19. What is the highest level of education you completed? HIGH SCHOOL IN VIET NAM

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| N/A | | |
| N/A | | |
| N/A | | |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

   _____ Yes   ✓ No   If Yes, please explain: _____

   _____

   _____

   _____

22. Please complete the following questions regarding your **present spouse/partner**.  If you are

   widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

   Current employment status:

   ✓ Working full-time          _____ Unemployed

   _____ Working part-time       _____ Homemaker

   _____ Retired                 _____ Full-time student

   _____ Disabled

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?
    _ELECTRONIC ASSY_

b. By whom is (was) s/he employed? _____N/A_____

    How long has (did) s/he worked there? _____

c. Please describe the nature of his/her job, was it management or supervisorial?_____
    _____N/A_____

d. What other types of jobs has s/he had in the past?____N/A_____



23. What is the highest level of education s/he completed? _HIGH SCHOOL_

    Please describe her/his educational background, including vocational school(s) and/or college(s)

    attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| | | |
| | | |
| | | |


24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

    their employment?)

    Mother: ___N/A___     Father: ___N/A___

    Stepmother: _____     Stepfather: _____

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| M | 20 | COLLEGE | 3 YEARS IN COLLEGE |
| M | 14 | 8 GRADE | 8 GRADE |
| | | | |
| | | | |

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

Relationship        Sex    Age         Education         Occupation

MOTHER IN LAW   F    67        NA          N/A

_____

_____

_____

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | | | ✓ |
| Blood Testing | | | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

_____

_____

_____

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

_____Yes        ✓ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

_____ No _____

_____

_____

Continue on the next page.

9

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | | | ✓ |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | ✓ |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | ✓ |

If you answered Yes to any of the questions above, please provide detail: _____

_____

_____

_____

31.  a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated with any law enforcement or other state or federal government agency (including police, sheriff, corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes       ✓ No       If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes       ✓ No       If Yes, please explain: _____

_____

_____

_____

32.  Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

_____ Yes       ✓ No       If Yes, please explain: _____

_____

_____

33.  Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes       ✓ No       If Yes, please explain: _____

_____

_____

_____

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

_____

Social Media: _____

_____

Television: ✓ _____

_____

Radio: _____

_____

Internet: ✓ _____

_____

Conversations: _____

_____

Other: _____

_____

_____

_____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

____ Yes ✓ No    If Yes, please explain: _____

_____

_____

_____

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way?  If Yes, please circle the applicable individuals.

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle:

| | |
|---|---|
| Bad Blood by John Carreyrou | HBO's The Inventor |
| ABC News' The Dropout Podcast | ABC News' The Dropout Documentary |
| ABC News 20/20 on Theranos | Thicker Than Water by Tyler Shultz |
| "60 Minutes on Theranos" | |

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case?  _____ Yes  ✓ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case?  _____ Yes  ✓ No   Please explain: _____

_____

_____

13

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_____ Yes          ✓ No        If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41. Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

_____ Yes          ✓ No        If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes          ✓ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

_____ Yes          ✓ No        If Yes, please explain: _____

_____

_____

_____

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

_____ Yes      ✓ No      If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____ N / A _____

_____

_____

Continue on the next page.

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror?_____ Yes          ✓ No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a.  Have you ever served as a jury foreperson? _____Yes   ✓ No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?   _____Yes   ✓ No     If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

\_\_\_\_Yes   ⎷ No    If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

\_\_\_\_Yes   ⎷ No   If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

\_\_\_\_Yes   ⎷ No   If Yes, please explain: _____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

\_\_\_\_Yes   ⎷ No    If Yes, please explain: _____

_____

17

JUROR # _____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes      ✓ No    If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

____Yes      ✓ No    If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

____Yes      ✓ No    If Yes, please explain: _____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

____Yes      ✓ No    If Yes, please explain: _____

_____

_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your

duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

_____Yes      __✓__No      Please explain: _____

_____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury,

unanimously and based solely on the evidence presented in court, decides that guilt has been proven

beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a

crime, that person:

Is Guilty                                    ☐

Is Not Guilty                                ☐

Probably Is Guilty                           ☐

Don't Know                                   ☑

Please explain: _____

_____

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable

doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence.

Do you believe that a defendant has an obligation to prove his/her innocence or produce any

evidence in order to be found not guilty?

_____Yes      __✓__No      If Yes, please explain: _____

_____

_____

_____

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

_____Yes   ✓ No   If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

_____Yes   ✓ No   Please explain:

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight         ☐

Same weight        ☑

More weight        ☐

Please explain: _____

_____

_____

20

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

____Yes    _✓_No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

____Yes    _✓_No    Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial.  His courtroom deputy is Ms. Adriana Kratzmann.  His court reporter is Ms. Irene Rodriguez.  Do you know Judge Davila or any members of his staff?

____Yes    _✓_No    If Yes, please explain: _____

_____

_____

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____N / A_____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

_____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

JUROR # _____

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed the questions or my answers with others.  I have not received assistance in completing this questionnaire.

Signature: _____

Print Name: THANH HANG _____

Date: 08/19/2021

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

JUROR # _____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff                 Mike Yagi                  Denise Yam
Gary Yamamoto              Judith Yost                Daniel Young
Audra Zachman              David Nathan Zalatan       Lisa Zuckerman

Name: ███████████████████████          JUROR # ___55___

# JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # _____

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

_____
Hon. Edward J. Davila
United States District Judge

JUROR # _____

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will
    generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from
    9:00am to 3:00pm, during that time.   Jury service is one of the highest duties and privileges of a
    citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will
    be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on
    the ground that jury service would be a <u>serious</u> hardship?

    _____ Yes        ⟋ No        If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including
    difficulty hearing, seeing, reading, or concentrating?

    ⟋ Yes        _____ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    Sometimes is hard for me to understand
    since my primary language is spanish
    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    ⟋ Yes        _____ No

4.  Have you already contracted COVID-19? _____ Yes    ⟋ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since

    recovering?        _____ Yes        _____ No

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    I have diabetes so I'm a little concerned

3

JUROR # _____

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?
   OK

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

   _____ Yes        ___ No        If Yes, please explain: _____

   _____

   _____

   _____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

   _____ Yes        ___ No        If Yes, please explain: _____

   _____

   _____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

   _____ Yes        _____ No        ___ Not Sure        _____ I do not have an employer

10. Do you have any difficulty reading or understanding English?

    ___ Yes        _____ No

                                **BACKGROUND**

11. NAME ████████████████████    Dr. (Mr). Mrs. Ms. Miss    Age: 47

12. Residence: County: Monterey City/Town ████████████ Neighborhood: _____
                                                        *[Do not list your street address]*
    How long have you lived at that location? 14 yrs.
    Your place of birth: Mexico City
    Do you own or rent your home? (Circle)        Rent_____    (Own) _ Other_____

4

JUROR # _____

What other communities have you lived in during the last ten years? _____

_N/A_

_____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Car_

14. What is your marital status?  (Please Circle)

Single    (Married)    Separated    Divorced    Widowed    Live with a partner

15. What is your current job status?

_____✔ Working full-time          _____ Unemployed

_____ Working part-time          _____ Homemaker

_____ Retired                    _____ Disabled

_____ Full-time student, please indicate areas of study _____

_____ Other, please describe _____

16. Occupation:        [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

   a.   What is your occupation (or what was it, if not currently employed)?
        _Cook_

   b.   By whom are (were) you employed? ███████████████

   c.   How long have (did) you worked there? _2 yrs._

   d.   Please describe the nature/duties of your job. _Cook for the club members_

   e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

        _____ Yes      ✔ No      If so, how many? _____

        Responsibilities: _prep and cook_

17. During your working life have you changed careers or occupations and, if so, please describe?

   _no_

   _____

   _____

   _____

5

JUROR # _____

18. Have you ever had a job which was considered management? ____ Yes    (No)

If Yes, describe that position with specifics of your role and how many people you managed?

_____

_____

_____

19. What is the highest level of education you completed? 12ᵗʰ grade

20. Please describe your educational background:

School Name               Major areas of study          Degrees received

Watsonville High school

_____

_____

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

____ Yes        ✓ No        If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**. If you are

widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

✓ Working full-time          _____ Unemployed

_____ Working part-time        _____ Homemaker

_____ Retired                  _____ Full-time student

_____ Disabled

6

JUROR # _____

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

cook

b. By whom is (was) s/he employed? Quail lodge

How long has (did) s/he worked there? 8yrs.

c. Please describe the nature of his/her job, was it management or supervisorial?_____

prep and cook

d. What other types of jobs has s/he had in the past?_____

N/A

23. What is the highest level of education s/he completed? 9 grade

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Watsonvill High school | | |

24. What are/were your parents' and/or stepparents' occupations?  (If retired or deceased, what was

their employment?)

Mother: Stay at home    Father: Carpenter

Stepmother: _____    Stepfather: _____

25. If you have children, please state:

Sex    Age    Education    N/A    Occupation or Year in school

7

JUROR # _____

26. If other adults live in your home in addition to those you already described above, please state:

| Relationship | Sex | Age | Education | Occupation |
|---|---|---|---|---|
| niece | F | 26 | | CNA |

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | ✓ |
| Investing; Private Equity; Startups; Venture Capital | | | | ✓ |
| Health Insurance | | | | ✓ |
| Healthcare; Health Services | | ✓ | | |
| Blood Testing | | | | ✓ |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | ✓ |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

My niece, ███████████████████ she is a CNA

8

JUROR # _____

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

____Yes        ___No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities? N/A _____

_____

_____

Continue on the next page.

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

    Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | ✓ | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | ✓ |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | ✓ | | |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | ✓ |

If you answered Yes to any of the questions above, please provide detail: _____

My niece work in a facility
most of my family got vaccinated
at CVS

31.  a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

    with any law enforcement or other state or federal government agency (including police, sheriff,

    corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

    (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

10

JUROR # _____

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

_____ Yes        ⟋ No        If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_____ Yes        ⟋ No        If Yes, please explain: _____

_____

_____

_____

32. Have you or anyone close to you ever been the victim of any kind of crime – including domestic violence, burglary, robbery, assault, identity theft, fraud etc. – whether it was reported to law enforcement authorities or not?

_____ Yes        _____ No        If Yes, please explain: _____

*my nephew used domestic violence*

*with his ex wife*

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

_____ Yes        ⟋ No        If Yes, please explain: _____

_____

_____

_____

11

JUROR # _____

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _____

Social Media: Facebook _____

Television: ABC _____

Radio: _____

Internet: _____

Conversations: Co workers _____

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

_____ Yes   ✓ No   If Yes, please explain: _____

_____

_____

12

JUROR # _____

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If Yes, please circle the applicable individuals.   *no*

| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following? Please circle:   *no*

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast            ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                  Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes      ✓ No

If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? _____ Yes   ✓ No   Please explain: I've been living in U.S.A. for over 30 yrs. and learned that you are innocent until proven guilty

JUROR # _____

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

_____ Yes          ✓ No          If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41.  Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

_____ Yes          ✓ No          If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

_____ Yes          ✓ No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

_____ Yes          ✓ No          If Yes, please explain: _____

_____

_____

_____

JUROR # _____

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

_____ Yes _____ No   If Yes, please explain: _____

_____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

_____ Yes _____ No   If Yes, please explain: _____

_____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

15

JUROR # _____

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror? \_\_\_\_ Yes    ✓ No

If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |

a.  Have you ever served as a jury foreperson? \_\_\_\_Yes   ✓ No

b.  Is there any reason that your prior jury service would affect your ability to be fair, objective, and impartial to both sides in this trial?   \_\_\_\_Yes   ✓ No   If Yes, please explain:

_____

_____

16

JUROR # _____

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

____Yes   ___/__No   If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

___/__Yes   ____No   If Yes, please explain: _____

2 of my nephews as defendants

1 for domestic violence

1 for robbery

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

___/__Yes   ____No   If Yes, please explain: _____

Same as question 49

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

____Yes   ___/__No   If Yes, please explain: _____

_____

17

JUROR # _____

_____

_____

_____

_____

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

_____Yes     ✓No     If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing information?

_____Yes     ✓No     If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status, national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability to judge the facts of a criminal case or the person accused?

_____Yes     ✓ No     If Yes, please explain: _____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical, that would prevent you from serving as a juror in a criminal case?

_____Yes     ✓No     If Yes, please explain: _____

_____

_____

JUROR # _____

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors. Will you be able to follow these instructions even if you disagree with them?

__/__ Yes     ___ No     Please explain: _____

I think the instructions are for us to be fair

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt. Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty ☐

Is Not Guilty ☐

Probably Is Guilty ☑

Don't Know ☐

Please explain: just because someone is acuse of something doesn't mean they are guilty

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence. Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

__/__ Yes     ___ No     If Yes, please explain: _____

If someone is accuse of wrongdoing they should prove they didn't do anything wrong

19

JUROR # _____

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not

testify, the jury may not consider that fact in any way in reaching a decision as to whether that

person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

_____Yes   _____No    If Yes, please explain: _____

*if a person knows that is innocent*
*they have to testify*

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement

officer or agency, federal agency, or the federal government which would influence your ability to

judge the facts of a criminal case or the person accused?

_____ Yes     ✓ No     Please explain:

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you

that the testimony of a witness should be given no more or less weight solely because the witness is

a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law

enforcement officer any more or less weight than you would to the testimony of a witness who is

not a law enforcement officer?

Less weight            ☐

Same weight            ☑

More weight            ☐

Please explain: *just because a witness is not a*
*law enforcemen officer, means that they*
*are going to lie*

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____Yes    ___/___No    If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

___/___Yes    _____No    Please explain: _____

its important to be neutral on this
case, some times media tend to
lean on one side

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

_____Yes    ___/___No    If Yes, please explain: _____

_____

_____

JUROR # _____

_____

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

____Yes    ✓ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

____ Yes    ✓ No    If Yes, please explain:_____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

*no*

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

____Yes    ✓ No    If Yes, please explain:

_____

_____

_____

JUROR # _____

## **JUROR OATH**

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature ███████████████████████████

Print Name: ███████████████████████████

Date: 08/19/2021

23

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

26

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff                 Mike Yagi                   Denise Yam
Gary Yamamoto              Judith Yost                 Daniel Young
Audra Zachman              David Nathan Zalatan        Lisa Zuckerman

Name: _Wayne Kaatz_                    JUROR # ___38___

# JUROR QUESTIONNAIRE

TO THE PROSPECTIVE JUROR:

You have been summoned by this Court for jury service in a criminal case entitled *United States v. Elizabeth Holmes*. In this case, the defendant, Elizabeth Holmes, is charged with wire fraud and conspiracy to commit wire fraud. The indictment alleges that Ms. Holmes was the Chief Executive Officer ("CEO") of Theranos, Inc., which was in the blood testing business. The indictment alleges that the defendant and Ramesh "Sunny" Balwani, Theranos' Chief Operating Officer ("COO") and President, knowingly and intentionally devised a scheme or plan to defraud investors in Theranos and paying customers of Theranos. The charges are only allegations and not evidence. The defendant has entered a plea of not guilty to all of the charges in the case and is presumed to be innocent. It will be the responsibility of the government, through the trial, to prove those charges beyond a reasonable doubt.

As part of the jury selection process, each of you must complete this juror questionnaire. The questions on this form assist the Court and the attorneys in the jury selection process for this trial. This questionnaire is designed to obtain information about your background as it relates to your service as an unbiased, fair, and impartial juror in this case.

Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case. As you read the questions, you are not to draw any inferences about the issues that must be decided in this case. The questions are not meant to invade your privacy but to help select a fair and impartial jury for this case.

If there is any reason why you might not be able to give both sides a fair trial in this case, it is important to say so. Please answer each question as fully as you can. Your complete honesty is essential. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" (for "not applicable"), rather than leaving the form blank. If you do not understand the question, please write that in the space for the answer. If you feel the answer is too personal, please say so in the space provided. You will have the opportunity to discuss your answer privately. If you do not understand a question, need more space for your response, or wish to make further comments about any question, please use the extra sheets attached at the end of the questionnaire. If you use the explanation sheets, please make sure to indicate which numbered question you are answering.

JUROR # 38

The only purpose of this questionnaire is to determine whether, if selected as a juror, you could fairly and impartially decide this case based solely on the evidence presented at trial and the instructions about the applicable law that will be given by the Court. The Court and the lawyers know that every person has beliefs and biases concerning many things. You should answer with your true feelings, whatever they may be. Do not assume that any of your answers will qualify you or disqualify you from serving on this jury.

**You are instructed not to discuss this case or questionnaire with anyone, including your family or fellow jurors. It is also important that you do not engage in any research such as searching for stories or reports on the internet or social media about this case or anyone or anything to do with it. You must not read or listen to any media accounts whether in a newspaper, on the internet, on television, or on the radio. Do not discuss or post anything about this case on any electronic or social media, including Facebook, You Tube, Twitter, Reddit, Instagram, LinkedIn, Snapchat, TikTok, email, text message, any blog, website or chat forum or any other media of any kind. You must not let anyone, including friends and family, court personnel, parties or persons involved in the case talk to you about your views or any aspect of this case until the court has so instructed you to do so.**

Your answers are confidential. It is important that you understand that the Court is sensitive to your privacy. They will be reviewed by the Judge and the lawyers in this case. After a jury has been selected the original questionnaire will be returned to the Clerk of the Court and kept under seal and will only be disclosed, if at all, with names and other identifying information removed.

Upon completion, please sign your name on the last page where indicated. You are expected to sign your questionnaire, and your answers will be given the same effect as a statement given to the Court under oath.

Dated: 8/12/2021

Hon. Edward J. Davila
United States District Judge

JUROR # _38_

## PRELIMINARY MATTERS

1.  The trial in this case may last approximately thirteen (13) weeks, or even longer.  The jury will generally sit three (3) days per week (Tuesdays, Wednesdays, and Fridays), potentially from 9:00am to 3:00pm, during that time.  Jury service is one of the highest duties and privileges of a citizen of the United States.  Mere inconvenience or the usual financial hardship of jury service will be insufficient to excuse a prospective juror.  Do you wish to apply to the Court to be excused on the ground that jury service would be a <u>serious</u> hardship?

    ____ Yes        _X_ No        If Yes, please explain the hardship: _____

    _____

    _____

    _____

2.  Do you have any condition or issue that would affect your ability to serve as a juror, including difficulty hearing, seeing, reading, or concentrating?

    ____ Yes        _X_ No

    If you feel you could serve with accommodations, please indicate the accommodations:

    _None_____

    _____

    _____

3.  Have you been vaccinated against COVID-19 or are you scheduled to be vaccinated?

    _X_ Yes        ____ No

4.  Have you already contracted COVID-19?  ____ Yes  _X_ No

    If Yes, are you fully recovered (no symptoms) and have you received a negative test result since recovering?  ____ Yes  ____ No    _N.A._

5.  If called to serve as a juror, how concerned are you about getting sick with COVID-19?

    _Not concerned_____

3

JUROR # 38

6. If called to serve as a juror, how comfortable are you being in a large courtroom with 20-30 people?

*Comfortable*

7. Is there any reason relating to the COVID-19 pandemic that would make jury service an undue hardship for you or anyone in your household?

____ Yes      X  No      If Yes, please explain: _____

_____

_____

_____

8. Is there anything else going on in your life or work that would prevent you from giving this case your full attention for the duration of trial?

____ Yes      X  No      If Yes, please explain: _____

_____

_____

9. Will your employer continue to pay your salary if you are selected to serve on this jury?

____ Yes      ____ No      ____ Not Sure      X  I do not have an employer

10. Do you have any difficulty reading or understanding English?

____ Yes      X  No

**BACKGROUND**

11. NAME: *WAYNE KAATZ*      Dr. (Mr.) Mrs. Ms. Miss      Age: *63*

12. Residence: County: *Santa Cruz* City/Town: *Aptos* Neighborhood: *Rio Del Mar*
    *[Do not list your street address]*
    How long have you lived at that location? *8 yrs*
    Your place of birth: *St. Joseph, Michigan*
    Do you own or rent your home? (Circle)      Rent____      (Own)____      Other____

4

JUROR # 38

What other communities have you lived in during the last ten years? _____

_Longmont, Colorado_ _____

_____

13. If called to serve as a juror, how will you commute to the courthouse? _Drive_

14. What is your marital status?  (Please Circle)

Single   (Married)   Separated   Divorced   Widowed   Live with a partner

15. What is your current job status?

_____ Working full-time          _____ Unemployed

_____ Working part-time         _____ Homemaker

__X___ Retired                              _____ Disabled

_____ Full-time student, please indicate areas of study _____

_____ Other, please describe _____

16.  Occupation:      [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your most recent prior employment]

a.   What is your occupation (or what was it, if not currently employed)?
_Senior Reader_

b.   By whom are (were) you employed? _Measured Progress_

c.   How long have (did) you worked there? _Seasonal over several years_

d.   Please describe the nature/duties of your job. _Oversee table of test scorers_

e.   Do (Did) you supervise other people? What are/were your supervisory responsibilities?

__X__ Yes      _____ No      If so, how many?  _8 - 10_

Responsibilities: _Maintain accurate and speedy scoring_

17. During your working life have you changed careers or occupations and, if so, please describe?

_Puppeteer and costume character @ Disneyland_
_then commercials and television shows._
_Writer for animated cartoons for Hanna-Barbera_
_Warner Bros and Universal Studios._
_Teacher of hands-on science programs for_
_children's museum in Michigan._
_2010 Census Enumerator_

JUROR # 38

18. Have you ever had a job which was considered management?  __X__ Yes  _____ No _____

If Yes, describe that position with specifics of your role and how many people you managed?

_Outreach Manager for Curious Kids Museum_
_Had several assistants #s to help_
_transport, set-up and facilitate learning programs_

19. What is the highest level of education you completed?  _2 yrs. College_

20. Please describe your educational background:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| Grand Valley State Colleges | Theater Major | No Degree |
| | | |
| | | |

21. Have you taken any courses or had training in law, legal procedure, or administration of justice?

_____ Yes    __X__ No    If Yes, please explain: _____

_____

_____

_____

22. Please complete the following questions regarding your **present spouse/partner**.  If you are
widowed, divorced, or separated, please answer regarding your **former spouse/partner**.

Current employment status:

__X__ Working full-time       _____ Unemployed

_____ Working part-time      _____ Homemaker

_____ Retired                _____ Full-time student

_____ Disabled

6

JUROR # *38*

a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

*Technical Designer for Sportswear*

b. By whom is (was) s/he employed? *Specialized Bicycles*

How long has (did) s/he worked there? *Several Years*

c. Please describe the nature of his/her job, was it management or supervisorial?_____

*Coordinates designs with manufacturers*

d. What other types of jobs has s/he had in the past?_____

*Some type of coordinator for Whirpool/Kitchen Aid*
*Public Relations for Lakeland Health Hospital Services*

23. What is the highest level of education s/he completed? *Masters in Business*

Please describe her/his educational background, including vocational school(s) and/or college(s)

attended:

| School Name | Major areas of study | Degrees received |
|---|---|---|
| *A San Jose College ?* | *Lake Michigan College* | |
| *Sienna (or Sierra) Heights College* | *Michigan for* | |
| | | *Backelors then Masters* |

24. What are/were your parents' and/or stepparents' occupations? (If retired or deceased, what was

their employment?)

Mother *Grocery Store Cashier* Father: *Beverage Delivery Driver*

Stepmother: *N. A.* Stepfather: *N. A.*

25. If you have children, please state:

| Sex | Age | Education | Occupation or Year in school |
|---|---|---|---|
| | | *No Children* | |

JUROR # _38_

26. If other adults live in your home in addition to those you already described above, please state:

Relationship     Sex    Age         Education        Occupation

*N.A.*

27. Have you or anyone close to you received any training, experience, or specialized knowledge or worked in any of the following? Please check the box that applies and provide an explanation below:

| Sector | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Finance | | | | X |
| Investing; Private Equity; Startups; Venture Capital | | | | X |
| Health Insurance | | | | X |
| Healthcare; Health Services | | *wife worked for hospital system* | | |
| Blood Testing | | | | X |
| Pharmacology; Pharmacy; Pharmaceuticals | | | | X |

If you indicated Yes with a check mark to any of the above, please provide detail: _____

*My wife worked for Lakeland Health in St. Joseph Michigan providing services to the general public. No specific medical training.*

8

JUROR # _38_

28. Have you or anyone close to you ever served in the military (including Reserves, National Guard or ROTC)?

____ Yes        _X_ No

If Yes, please list the branch, years of service, rank attained, type of discharge, and whether you, your family member, or person close to you served in a military police unit, court martial, and/or were in combat: _____ _N. A._ _____

_____

_____

_____

29. What are you and your spouse's/partner's hobbies, major interests, recreational pastimes, and spare time activities?

_Wife is a bicyclist, likes to sew._
_We like_
_I self-published a novel and still co-write_
_screenplays with the son of a_
_famous screenwriter-director_
_from the 1940's_

Continue on the next page.

JUROR # _____

## LIFE EXPERIENCE

30. Have you or anyone close to you (as far as you are aware) had any of the following experiences?

    Please check the box that applies and then provide an explanation below.

| Experience | Yes, Me | Yes, Family Member | Yes, Someone Close to Me | No |
|---|---|---|---|---|
| Worked in any field that involves blood tests, doctor's tests or other medical care | | X | | |
| Had any work experience with pharmacies (ex. Walgreens; CVS; Safeway; etc.) | | | | X |
| Received any form of medical treatment, vaccine, test or diagnosis in a pharmacy and/or grocery store | | | | X |
| Been involved in a dispute about misdiagnosis, payment for medical treatment, or quality of treatment, including a malpractice dispute | | | | X |

If you answered Yes to any of the questions above, please provide detail: _____

_My wife's duties in general must've included services available from Lakeland Hospital in St. Joseph Michigan_

31.    a. Have you or anyone close to you ever been employed by, had training in, or have been affiliated

    with any law enforcement or other state or federal government agency (including police, sheriff,

    corrections, parole or probation, FBI, Immigration, IRS, Securities and Exchange Commission

    (SEC), Food and Drug Administration (FDA), Department of Health and Human Services (HHS),

JUROR # __38__

Centers for Medicare & Medicaid Services (CMS), U.S. Postal Inspection Services, CA Dept. of Public Health, Clinical Laboratory Improvement Amendments (CLIA), or any other state or federal regulatory law enforcement agency)?

____ Yes      _X_ No      If Yes, please identify who, when, and describe the position(s):

_____

_____

_____

_____

b. Have you or anyone close to you ever worked for a court, prosecutor's office, or criminal defense office?  This includes a judge, District Attorney's office, United States Attorney's office, State Attorney General, or any private or public criminal defense attorney's office?

_X_ Yes      ____ No      If Yes, please explain: _____

_My wife worked at the Berrien County_
_Court House in Michigan for a short_
_while, for the prosecutor's office I think._

32. Have you or anyone close to you ever been the victim of any kind of crime -- including domestic violence, burglary, robbery, assault, identity theft, fraud etc. -- whether it was reported to law enforcement authorities or not?

____ Yes      _X_ No      If Yes, please explain:_____

_____

_____

33. Have you ever called the police because of a crime or concern about illegal or dangerous activity?

____ Yes      _X_ No      If Yes, please explain: _____

_____

_____

JUROR # 38

## MEDIA

34. What are your main sources of news/current events? Please list those that fall into the categories

below. If you need more space for any category or other answer, please use additional lines below.

Newspapers: _Aptos Times_

Social Media: _Facebook_
_Above Top Secret_

Television: _Cable News: CNN & FOX NEWS_

Radio: _During Power Outages Listened to 96.5 Cupertino_

Internet: _Google Occasional Sports News:_
_Baseball & Golf_

Conversations: _Show business gossip w/ wife_

Other: _____

35. Have you commented on, "liked," posted or, tweeted anything on social media about or relating to

Elizabeth Holmes, Ramesh "Sunny" Balwani, or Theranos?

_____ Yes  _X_ No     If Yes, please explain: _____

JUROR # *38*

36. Do you read, listen to, follow, or subscribe to any of the following individuals on blogs, podcasts, social media, or in any other way? If Yes, please circle the applicable individuals. *NO*

| | | | |
|---|---|---|---|
| John Carreyrou | Roger Parloff | Adam Klasfeld | Ethan Barron |
| Chuck Barney | Yasmin Khorram | Sara Randazzo | Tom Hals |
| Matthew Renda | Ken Auletta | Kara Swisher | Eric Topol |
| Matthew Herper | Rebecca Jarvis | Joel Rosenblatt | |

37. Have you read, watched, listened to, or been told of any of the following?  Please circle: *NO*

Bad Blood by John Carreyrou                    HBO's The Inventor

ABC News' The Dropout Podcast              ABC News' The Dropout Documentary

ABC News 20/20 on Theranos                    Thicker Than Water by Tyler Shultz

"60 Minutes on Theranos"

TED Talk: Theranos, Whistleblowing and Speaking Truth to Power by Erica Cheung

If Yes, please explain: _____

_____

_____

38. Have you read, watched, listened to, or been told of any book, story, magazine article, television program or documentary that touched on or talked about this case? _____ Yes   X  No
If Yes, please explain, include where you saw any such item. Please explain: _____

_____

_____

39. Will anything you described above affect your ability to be fair and impartial to both sides in this case? _____ Yes   X  No   Please explain: _____

_____

_____

JUROR # _38_

## FAMILIARITY WITH THE CASE

40. Do you know or have you heard about the defendant, Ms. Elizabeth Holmes?

____ Yes        X No        If Yes, please explain how you know Ms. Holmes, or what you

have heard about her, and the source of anything you know or have heard about her:

_____

_____

_____

41.  Do you have familiarity with or have you heard about Theranos, Mr. Ramesh "Sunny" Balwani, or

this case?

____ Yes        X No        If Yes, please explain what you know/have heard and the source:

_____

_____

_____

_____

42. Have you or anyone close to you ever been employed by or applied to work at Theranos?

____Yes        X No

If Yes, what were the positions and approximate dates of employment: _____

_____

_____

43. Have you or anyone close to you owned securities or interests or invested in Theranos or used its

blood testing services?

____Yes        X No        If Yes, please explain: _____

_____

_____

_____

14

JUROR # 38

44. Have you or anyone close to you had any prior experience with Theranos, Ms. Holmes, or Mr. Balwani?

\_\_\_\_Yes      X  No      If Yes, please explain: _____

_____

_____

45. Do you or to your knowledge do your friends or family members have strong opinions or feelings about either Ms. Holmes or Mr. Balwani, that would influence your ability to be a fair and impartial juror in this case?

\_\_\_\_Yes      X  No      If Yes, please explain: _____

_____

_____

46. A list is attached to the end of this questionnaire. Please circle the name of any of the listed people that you personally know.

Please explain how you recognize or know the individual(s) whom you have circled:

_____

_____

_____

Continue on the next page.

JUROR # _38_

## EXPERIENCE WITH LEGAL SYSTEM

47. Have you previously served as a trial juror or as a grand juror?____ Yes    X No

If Yes, please complete for each case on which you served:

| | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Verdict reached? (yes or no) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

a. Have you ever served as a jury foreperson? ____Yes   X No

b. Is there any reason that your prior jury service would affect your ability to be fair, objective, and
N.A.
impartial to both sides in this trial?   ____Yes   ____No    If Yes, please explain:

_____

_____

16

JUROR # _38_

48. Have you or anyone close to you ever had occasion to contact the United States Attorney's Office or the District Attorney's Office, including the Family Support, Consumer Fraud or Victim/Witness Divisions?

____Yes    X  No    If Yes, please explain: _____

_____

_____

_____

49. Have you or anyone close to you ever had to appear or testify as a plaintiff, defendant, victim, or witness?

____Yes    X  No    If Yes, please explain: _____

_____

_____

_____

_____

50. Have you or anyone close to you ever been arrested?  If you wish to speak privately with the court and attorneys please indicate.

_X_ Yes    ____No    If Yes, please explain: _____

_____ *Twice for drinking and driving* _____

_____

_____

_____

51. Have you or anyone close to you ever suffered a substantial monetary loss because of a financial investment, including stocks, real estate, or business?

____Yes    X  No    If Yes, please explain: _____

_____

17

JUROR # _38_

52. Have you ever reported someone for wrongdoing to your employer or a government agency?

____Yes    X No    If Yes, please explain: _____

_____

_____

_____

53. Have you or anyone close to you even been accused of fraud or of fraudulently concealing

information?

____Yes    X No    If Yes, please explain: _____

_____

_____

_____

54. Is there anything about your experiences, opinions, or beliefs about race, color, immigration status,

national origin, ethnicity, gender, or sexual orientation which would strongly influence your ability

to judge the facts of a criminal case or the person accused?

____Yes    X No    If Yes, please explain: _____

_____

_____

_____

55. Is there anything about your personal beliefs, whether religious, moral, ethical, or philosophical,

that would prevent you from serving as a juror in a criminal case?

____Yes    X No    If Yes, please explain: _____

_____

_____

_____

18

JUROR # 38

56. If you are selected as a juror in this case, the court will instruct you on the applicable law and your duties as jurors.  Will you be able to follow these instructions even if you disagree with them?

X Yes _____ No   Please explain: _____

_____

_____

57. In our justice system, every defendant is presumed innocent and must be acquitted unless the jury, unanimously and based solely on the evidence presented in court, decides that guilt has been proven beyond a reasonable doubt.  Do you believe that simply because a person has been charged with a crime, that person:

Is Guilty                            ☐

Is Not Guilty                        ☒

Probably Is Guilty                   ☐

Don't Know                           ☐

Please explain: _Not guilty until a verdict of guilty has been reached by jury or judge_

_____

58. In a criminal prosecution the government has the burden of proving guilt beyond a reasonable doubt. The defendant is presumed innocent; and therefore, has no burden to present any evidence. Do you believe that a defendant has an obligation to prove his/her innocence or produce any evidence in order to be found not guilty?

_____ Yes   X No   If Yes, please explain: _The burden is on the prosecution._

_____

_____

19

JUROR # _38_

59. Under the law, a defendant need not testify in his or her own defense.  If a defendant does not testify, the jury may not consider that fact in any way in reaching a decision as to whether that person is guilty.  Do you believe that a defendant must testify in order to be found not guilty?

____Yes     _X_ No     If Yes, please explain: _____

_____

_____

_____

60. Have you or anyone close to you ever had a positive or negative experience with a law enforcement officer or agency, federal agency, or the federal government which would influence your ability to judge the facts of a criminal case or the person accused?

____Yes     _X_ No     Please explain:

_____

_____

_____

61. During the trial, you may hear testimony from law enforcement officers. The judge will instruct you that the testimony of a witness should be given no more or less weight solely because the witness is a law enforcement officer. Despite that instruction, would you tend to give the testimony of a law enforcement officer any more or less weight than you would to the testimony of a witness who is not a law enforcement officer?

Less weight          ☐

Same weight          ☒

More weight          ☐

Please explain: _We're all human_____

_____

_____

20

JUROR # _____

62. If you are selected to sit as a juror on this case, are you aware of any reason why you could not render a verdict based solely on the evidence presented at trial?

_____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

_____

63. As a juror it is important that you do not obtain information about this case outside of the courtroom. The Court will instruct you that: Because you will receive all the evidence and legal instruction you properly may consider to return a verdict: do not read, watch, or listen to any news or media accounts or commentary about the case or anything to do with it, do not do any research, such as consulting dictionaries, searching the Internet or using other reference materials; and do not make any investigation or in any other way try to learn about the case on your own. Do not visit or view any place discussed in this case, and do not use the Internet or any other resource to search for or view any place discussed during the trial. Also, do not do any research about this case, the law, or the people involved—including the parties, the witnesses or the lawyers—until you have been excused as jurors. If you happen to read or hear anything touching on this case in the media, turn away and report it to me as soon as possible. Will you be able to follow this instruction?

✗ Yes      _____ No      Please explain: _____

_____

_____

_____

64. Judge Davila will preside over this trial. His courtroom deputy is Ms. Adriana Kratzmann. His court reporter is Ms. Irene Rodriguez. Do you know Judge Davila or any members of his staff?

_____ Yes      ✗ No      If Yes, please explain: _____

_____

_____

21

JUROR # 38

65. Is there anything about the subject matter of this case, or the points covered in this questionnaire, or any matter not covered by this questionnaire, which creates a question in your mind as to whether you can be a fair, objective, and impartial juror in this particular case?

_____ Yes    ☒ No    If Yes, please explain: _____

_____

_____

_____

66. Is there any matter you wish to discuss privately with the Judge?

_____ Yes    ☒ No    If Yes, please explain: _____

_____

_____

_____

67. Is there anything else the attorneys or the Court might want to know about you when considering you as a juror in this case?

_____ No _____

_____

_____

_____

68. Did you have any problems reading or understanding this questionnaire?

_____ Yes    ☒ No    If Yes, please explain: _____

_____

_____

_____

22

JUROR # _38_

## JUROR OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed the questions or my answers with others. I have not received assistance in completing this questionnaire.

Signature: _Wayne Kaatz_

Print Name: _Wayne Kaatz_

Date: _8/19/'21_

JUROR # _____

**Further Explanation Sheet**
**(Please put the question number next to your response.  Thank you)**

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

JUROR # _____

_____

JUROR # _____

## **ATTACHMENT**

Please circle the name of any of the listed people that you personally know:

**Attorneys**

*Prosecuting Attorneys*:
Jeff Schenk
John C. Bostic
Robert S. Leach
Kelly I. Volkar
Stephanie Hinds
Hallie Hoffman
United States Attorney's Office, Northern District of California

*Defense Attorneys*:
Kevin M. Downey
Lance Wade
Amy Mason Saharia
Katherine Trefz
John C. Cline
Seema Roper Mittal
Andrew Lemens
Patrick Looby
Jean Ralph Fleurmont
Michelle Chen
Richard S. Cleary, Jr.
Williams & Connolly LLP

**Possible Witnesses**

| | | |
|---|---|---|
| Govind Acharya | Sheri Ackert | Robert Amenta |
| Peter Anderson | Samartha Anekal | Brad Arington |
| Gerald Asin | Carolyn Balkenhol | Riley Bechtel |
| Stacey Beck | Matthew Benedetto | Sarah Bennett |
| Renee Binder | Brent Bingham | Jeffrey Blickman |
| David Boies | Fabrizio Bonnani | Jessica Bramstedt |
| Carrie Broadmerkel | Brooke Buchanan | Steven Burd |
| Tammy Burd | Mark Burnes | Howard Burris |
| Sarah Cabayan Chow | John Carreyrou | Eric Caddenhead |
| Xiao-Yan Cai | Mark Campbell | Tim Carroll |
| Yung Chan | Shekar Chandrasekaran | Sergio Chavez |
| Nianhang Chen | Erika Cheung | Kevin Chung |
| Michael Chung | William Clarke | Tim Cooper |
| Dustin Cook | Toby Cosgrove | John Couvaras |
| Michael Craig | Constance Cullen | Andrea Cuppoletti |
| Kingshuk Das | Chris Davies | Sue Desmond-Hellmann |
| Rick DeVos | Sunil Dhawan | Elizabeth Dickinson |
| Susan DiGiaimo | Michael Dixon | Jennifer Dooren |
| Bruce Doll | Matt Downs | Dan Doyle |
| Martin Drake | Stanley Druckenmiller | Diana Dupuy |
| Lisa Durkin | Karen Dyer | Scott Earthy |
| Erin Edgar | Daniel Edlin | Joel Ehrenkranz |

JUROR # _____

| | | |
|---|---|---|
| Alan Eisenman | Kerry Denise Elenatinoba-Johnson | Merhl Ellsworth |
| JoEllen Embry | Raymond Embry | Susan Evans |
| Kendra Fadil | Richard Fernandez | Stan Fiorito |
| Kenneth Fisher | William Foege | Season Flores |
| Max Fosque | Gary Frenzel | William Frist |
| Peter Fritsch | Surekha Gangadkhedkar | Phyllis Gardner |
| Zubin Gautam | Langley Gee | Arnold Gelb |
| Rochelle Gibbons | Richard Gift | Melissa Givens |
| Maureen Glunz | Xinwei (Sam) Gong | Ellie Goldberg |
| Robert Gordon | Brittany Gould | Cass Grandone |
| William Griffith | Brian Grossman | Alberto Gutierrez |
| Nicholas Haase | Kevin Hagen | Craig Hall |
| Margaret Hamburg | George Hamilton | Adelaida Hernandez |
| Peyton Hobson | Sally Hojvat | Mary Hole |
| Chris Holmes | Christian Holmes | Elizabeth Holmes |
| Noel Holmes | Cassie Hughes | Stefan Hritsu |
| Terry Huff | Kevin Hunter | Jared Hutchings |
| Christopher James | Nimesh Jhaveri | Craig Josephson |
| Swapna Joshi | Penny Keller | Yousuf Khamisani |
| Vivek Khanna | Thomas Kickler | Heather King |
| Henry Kissinger | Antti Korhonen | Richard Kovacevich |
| Phillipe Laffont | Mark Laret | Eileen Lepera |
| Erez Levy | Courtney Lias | Tina Lin |
| Steve Linnerson | Craig Lipset | Christopher Lucas |
| Clarissa Lui | Ashley Marie Mackey | Stephen Master |
| James Mattis | John McChesney | Christopher McCollow |
| Mindy Mechanic | Pat Mendenhall | Seth Michelson |
| Wade Duvall Miquelon | Katie Moran | Daniel Mosley |
| Michael Mugmon | Rupert Murdoch | Matthew Nathan |
| Eileen Norkin | Anthony Nugent | Sam Nunn |
| Justin Offen | Noam Ohana | Patrick O'Neill |
| Steve O'Neill | Sean O'Malley | Curtis Page |
| Mark Pandori | Chinmay Pangarkar | Roger Parloff |
| James Patterson | Greg Penner | William Perry |
| Melissa Pessin | Lisa Peterson | Ian Pilcher |
| Bruce Pixley | Meredith Potter | Ana Quintana |
| Mona Badani Ramamurthy | Natalie Ravitz | Jan Reed |
| Larree Renda | Channing Robertson | Aleksandr Rabodzkey |
| Brian Rodriguez | Dave Rogers | Michael Romeo |
| Kimberly Romanski | Jay Rosan | Callie Raquel Rosendin |
| Adam Rosendorff | Gary Roughead | David Rusnak |
| Suraj Saksena | David Satchell | George Scavdis |
| Mario Scussel | Robert Shapiro | Tim Sheehy |
| David Shoemaker | Tyler Shultz | Jeff Shuren |
| Gurbir Sidhu | Seema Singh | Kyle Sims |
| Sharada Sivaraman | Dee Anna Smith | Victoria Sung |
| Adrienne Stewart | Serena Stewart | Kimberly Summe |
| Nicole Sundene | Todd Surdey | Edward Szmuc |
| Alex Taylor | David Taylor | Bryan Tolbert |
| Erin Tompkins | Jim Topinka | Eric Topol |
| Aline Tryon | Jerry Tubergen | Sekhar Variam |
| Jarod Wada | Shane Weber | Mike Wei |
| Orville Weyrich | Alexander (Xan) White | Paige Williams |

JUROR # _____

Kate Wolff               Mike Yagi                Denise Yam
Gary Yamamoto            Judith Yost              Daniel Young
Audra Zachman            David Nathan Zalatan     Lisa Zuckerman