JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34 |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO SCHEDULE
SENTENCING HEARING AND TO EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER
RULES 29, 33, 34
CR-18-00258-EJD

This Cause having come before the Court upon the parties' Stipulation and Joint Motion to Schedule Sentencing Hearing and to Extend Time to File Post-Trial Motions Under Rules 29, 33, and 34. After due consideration of the filing, the governing law and the argument of the parties:

IT IS HEREBY ORDERED that the Stipulation and Joint Motion to Schedule Sentencing Hearing and to Extend Time to File Post-Trial Motions Under Rules 29, 33, and 34 are GRANTED.

IT IS FURTHER ORDERED that a sentencing hearing shall be scheduled for 1:30pm PST September ~~12~~ 26, 2022.

IT IS FURTHER ORDERED that the due date for any post-trial motions filed by Ms. Holmes under Rules 29, 33, and/or 34 is extended to March 4, 2022.

IT IS FURTHER ORDERED that the following briefing schedule is entered:

March 4, 2022: Ms. Holmes' motions under Rules 29, 33, and 34

April 29, 2022: Government oppositions

May 27, 2022: Ms. Holmes' replies

A hearing on the motions is scheduled for 9:00 a.m. on June 16, 2022.

IT IS SO ORDERED.

Dated: January 12, 2022

Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO SCHEDULE SENTENCING HEARING AND TO EXTEND TIME TO FILE POST-TRIAL MOTIONS UNDER RULES 29, 33, 34
CR-18-00258 EJD