STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. 18-CR-00258 EJD |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL OF COUNTS |
| v. | ) |
| ELIZABETH HOLMES, | ) |
| Defendant. | ) |

With leave of the Court, the United States Attorney for the Northern District of California dismisses without prejudice Counts Three, Four, and Five of the Third Superseding Indictment in the above case as to Defendant Holmes only.

DATED: January 14, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

*Thomas A. Colthurst*
THOMAS A. COLTHURST
Chief, Criminal Division

NOTICE RE DISMISSAL OF COUNTS
No. CR 18-00258 EJD

Leave is granted to the government to dismiss Counts Three, Four, and Five of the Third Superseding Indictment without prejudice as to Defendant Holmes only.

Date: _____

                                               HON. EDWARD J. DAVILA
                                               United States District Judge