1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                     )
                        PLAINTIFF,    )  SAN JOSE, CALIFORNIA
7                                     )
               VS.                    )  VOLUME 2
8                                     )
     ELIZABETH A. HOLMES,             )  SEPTEMBER 1, 2021
9                                     )
                        DEFENDANT.    )  PAGES 265 - 465
10   _____  )

11
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14
     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

1    A P P E A R A N C E S: (CONT'D)

2

3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                             BY:  KEVIN M. DOWNEY
4                                 LANCE A. WADE
                                  KATHERINE TREFZ
5                            725 TWELFTH STREET, N.W.
                             WASHINGTON, D.C. 20005
6
                             LAW OFFICE OF JOHN D. CLINE
7                            BY:  JOHN D. CLINE
                             ONE EMBARCADERO CENTER, SUITE 500
8                            SAN FRANCISCO, CALIFORNIA 94111

9
     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
10                           BY:  ADELAIDA HERNANDEZ

11
                             OFFICE OF THE U.S. ATTORNEY
12                           BY:  LAKISHA HOLLIMAN, PARALEGAL
                                  MADDI WACHS, PARALEGAL
13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1    SAN JOSE, CALIFORNIA                    SEPTEMBER 1, 2021

 2                   P R O C E E D I N G S

 3

 4         (COURT CONVENED AT 9:05 A.M.)

 5         (PROSPECTIVE JURY PANEL OUT AT 9:05 A.M.)

 6              THE COURT:  LET'S GO ON THE RECORD IN THIS MATTER

 7    THIS MORNING.  THIS IS 18-258, UNITED STATES VERSUS

 8    ELIZABETH HOLMES.

 9         LET ME GET APPEARANCES OF THE PARTIES, PLEASE.

10         MR. SCHENK.

11              MR. SCHENK:  GOOD MORNING, YOUR HONOR.

12         JEFF SCHENK ON BEHALF UNITED STATES.  I'M APPEARING THIS

13    MORNING ALONG WITH MY COLLEAGUES ROBERT LEACH AND JOHN BOSTIC,

14    AND ALSO SPECIAL AGENT ADDY HERNANDEZ FROM THE FBI, KELLY

15    VOLKAR FROM THE U.S. ATTORNEY'S OFFICE AND MADDI WACHS FROM THE

16    U.S. ATTORNEY'S OFFICE.

17              THE COURT:  THANK YOU.  GOOD MORNING.

18         MR. DOWNEY.

19              MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

20         KEVIN DOWNEY FOR MS. HOLMES.  I'M HERE WITH MY COLLEAGUES

21    LANCE WADE AND KATIE TREFZ AND OUR COCOUNSEL JOHN CLINE IS WITH

22    US.  MS. HOLMES IS PRESENT IN COURT.

23              THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

24         THIS IS OUR SECOND DAY OF JURY SELECTION, AND WE HAVE NOT

25    BROUGHT OUR JURY UP, OUR PROSPECTIVE PANEL UP YET.
```

09:06AM 1    AS WE EXPERIENCED YESTERDAY, THERE'S -- WITH THE SIZE OF

09:06AM 2    THE PANELS BEING SUCH AND BROKEN INTO THREE SEPARATE TRANCHES,

09:06AM 3    WE'VE HAD SOME DIFFICULTY WITH FOLKS OR FOLKS HAVE HAD

09:06AM 4    DIFFICULTY ARRIVING ON TIME AND ON THEIR CURRENT DAYS.

09:06AM 5        AS I UNDERSTAND IT, SOME JURORS WHO WERE SUPPOSED TO BE

09:06AM 6    HERE YESTERDAY SHOWED UP TODAY, I BELIEVE, AND SOME JURORS WHO

09:06AM 7    WERE SUPPOSED TO BE HERE TOMORROW SHOWED UP TODAY.

09:06AM 8        SO I THOUGHT WE WOULD TALK ABOUT THOSE INDIVIDUALS.

09:07AM 9        ALSO, I DID WANT TO TALK ABOUT A JUROR WE TALKED ABOUT

09:07AM 10   YESTERDAY, MR. SINGH.

09:07AM 11       I THINK IF YOU RECALL MR. SINGH, HE TALKED WITH US ABOUT

09:07AM 12   HIS FINANCIAL HARDSHIP WITH HIS BUSINESS.

09:07AM 13       I THINK BOTH COUNSEL AGREED TO THAT.  I TOLD MR. SINGH

09:07AM 14   THAT WE WOULD LET HIM KNOW, AND MY SENSE IS THAT I SHOULD HAVE

09:07AM 15   YESTERDAY DONE THIS, BUT LET ME EXCUSE HIM FOR FINANCIAL

09:07AM 16   REASONS TODAY.

09:07AM 17       ANY OBJECTION TO THAT, MR. SCHENK?

09:07AM 18           MR. SCHENK:  NO, YOUR HONOR.

09:07AM 19           THE COURT:  MR. DOWNEY?

09:07AM 20           MR. DOWNEY:  NO, YOUR HONOR.

09:07AM 21           THE COURT:  AND WHAT NUMBER WAS MR. SINGH?

09:07AM 22           MR. DOWNEY:  I BELIEVE HE WAS 48, YOUR HONOR.

09:07AM 23           THE COURT:  LET ME EXCUSE HIM NOW.

09:07AM 24       LET ME ASK, COUNSEL, DID YOU RECEIVE A JURY SELECTION LIST

09:07AM 25   THAT MS. KRATZMANN PREPARED THAT ARE THE ORDER OF JURORS, DID

09:07AM 1    YOU RECEIVE THAT?

09:07AM 2              THE CLERK:  NOT YET, YOUR HONOR.

09:07AM 3              THE COURT:  OH.

09:08AM 4              THE CLERK:  (HANDING.)

09:08AM 5              THE COURT:  THANK YOU, MS. KRATZMANN.

09:08AM 6         THIS IS THE FORM YOU'LL USE WHEN YOU ENGAGE YOUR

09:08AM 7    SELECTIONS, AND MS. KRATZMANN HAS PUT DOWN, AT LEAST AS FAR AS

09:08AM 8    WE CAN TELL, THE ORDER OF REMAINING JURORS, PROSPECTIVE JURORS

09:08AM 9    JUST FOR YOUR ASSISTANCE IN COLLATING THOSE INDIVIDUALS.

09:08AM 10        I WANTED TO TALK ABOUT SOME OTHER JURORS.  AND THERE WERE

09:08AM 11   TWO JURORS THAT I BELIEVE MS. KRATZMANN SENT AN EMAIL TO YOU

09:08AM 12   ABOUT THIS MORNING, AND THEY WERE INDIVIDUALS WHO MAY HAVE READ

09:08AM 13   SOME LITERATURE, AND I WANTED TO ASK WHETHER OR NOT YOU HAD

09:08AM 14   DISCUSSIONS ABOUT THOSE TWO PROSPECTIVE JURORS REMAINING.

09:08AM 15             MR. DOWNEY:  YOUR HONOR, THE DEFENSE CONSENTS TO THE

09:08AM 16   EXCUSAL OF THOSE TWO JURORS.

09:08AM 17             THE COURT:  LET'S SEE.  THOSE NUMBERS AGAIN WERE --

09:09AM 18        MS. KRATZMANN, DO YOU HAVE THOSE NUMBERS?

09:09AM 19             THE CLERK:  I'M SORRY, JUST ONE MOMENT.

09:09AM 20             MR. SCHENK:  THE FIRST ONE WAS 135, AND THE

09:09AM 21   GOVERNMENT CONSENTS TO EXCUSE JUROR 135.

09:09AM 22        I BELIEVE THE SECOND ONE WAS 171.

09:09AM 23             THE COURT:  I THINK THAT'S RIGHT.

09:09AM 24             MR. SCHENK:  AND FROM THE QUESTIONNAIRE THERE WAS A

09:09AM 25   LACK OF CLARITY AT LEAST FROM THE GOVERNMENT'S PERSPECTIVE, AND

09:09AM 1    WE WOULD APPRECIATE NOT EXCUSING THAT JUROR YET, THOUGH WE

09:09AM 2    MIGHT VERY WELL BE HEADED IN THE DIRECTION OF EXCUSING THAT

09:09AM 3    JUROR.

09:09AM 4            THE COURT:  MR. DOWNEY?

09:09AM 5            MR. DOWNEY:  YOUR HONOR, WE WOULD CONSENT TO EXCUSAL

09:09AM 6    TO BOTH AT THIS TIME, BUT WE UNDERSTAND THE GOVERNMENT WANTS TO

09:09AM 7    VOIR DIRE THAT JUROR.

09:09AM 8            THE COURT:  AND THIS IS CONSISTENT WITH THE

09:09AM 9    CONVERSATIONS THAT WE HAD YESTERDAY AT SIDE-BAR REGARDING THE

09:09AM 10   GOVERNMENT'S POSITION ABOUT CERTAIN INDIVIDUALS WHO MAY HAVE

09:09AM 11   READ CERTAIN LITERATURE.

09:09AM 12       I THINK THE GOVERNMENT MAY HAVE AGREED THAT THOSE

09:09AM 13   INDIVIDUALS WHO HAD DONE SO WOULD BE STRICKEN.  SO WE'LL STRIKE

09:09AM 14   AT THIS TIME JUROR NUMBER 135, AND THAT WOULD BE A CAUSE STRIKE

09:10AM 15   BECAUSE OF EXPOSURE TO INFORMATION.

09:10AM 16       WE'LL BRING UP 171 WITH THE REST OF THE PANEL, AND WE'LL

09:10AM 17   EXAMINE JUROR 171 FOR FURTHER CLARITY.

09:10AM 18       I ALSO NOTE THAT JUROR NUMBER 28 WAS SUPPOSED TO BE HERE

09:10AM 19   YESTERDAY.  SHE IS HERE TODAY.  I WANT TO CALL YOUR ATTENTION

09:10AM 20   TO THAT.  IF YOU HAVE THE QUESTIONNAIRE IN HAND, I WOULD LIKE

09:10AM 21   YOU TO LOOK AT THAT MATERIAL.  IT APPEARS THAT, AND MY NOTES

09:10AM 22   REFLECT, THAT IN HER QUESTIONNAIRE SHE INDICATED THAT SHE HAD

09:10AM 23   CHILDCARE ISSUES, AND SHE RESIDES IN SALINAS, I BELIEVE.

09:11AM 24       I WANTED TO ASK YOU WHETHER YOU HAD ANY THOUGHTS ON THIS

09:11AM 25   PROSPECTIVE JUROR?  OF COURSE TAKE TIME TO DISCUSS WITH YOUR

09:11AM 1    TEAMS AND REVIEW HER QUESTIONNAIRE.

09:11AM 2         WHILE YOU'RE DOING THAT I'LL TELL YOUR TEAMS BEHIND YOU

09:11AM 3    JUROR NUMBER 62 WAS TO COME YESTERDAY, AND JUROR NUMBER 62 IS

09:11AM 4    HERE TODAY AND WOULD OTHERWISE BE ADDED TO OUR COMPLEMENT FOR

09:11AM 5    TODAY.

09:11AM 6         (PAUSE IN PROCEEDINGS.)

09:11AM 7         MR. SCHENK:  YOUR HONOR, AS TO JUROR NUMBER 28, NO

09:11AM 8    OBJECTION FROM THE GOVERNMENT FOR HARDSHIP EXCUSAL.

09:12AM 9         MR. DOWNEY:  NO OBJECTION FROM THE DEFENSE.

09:12AM 10        THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

09:12AM 11   JUROR NUMBER 28 WILL BE EXCUSED FOR HARDSHIP.  AS I SAID,

09:12AM 12   SHE LIVES IN SALINAS, AND SHE HAS YOUNG CHILDREN.  SALINAS IS

09:12AM 13   PROBABLY A 90 MINUTE DRIVE ON A GOOD DAY FROM THIS COURTHOUSE.

09:12AM 14        SO I WILL EXCUSE JUROR NUMBER 28.  THANK YOU, COUNSEL.

09:12AM 15        MS. KRATZMANN, IF YOU COULD NOTIFY OUR JURY COMMISSIONER

09:12AM 16   THAT JUROR NUMBER 28 HAS BEEN EXCUSED AND NEED NOT COME UP TO

09:12AM 17   THE COURTROOM, AS WELL AS JUROR NUMBER 135.

09:12AM 18        I'M ALSO INFORMED THAT --

09:12AM 19        THE CLERK:  YES, YOUR HONOR.

09:12AM 20        THE COURT:  -- THAT JUROR NUMBER 62 IS HERE TODAY

09:12AM 21   AND WOULD BE ADDED TO OUR PANEL THIS MORNING.  THAT WOULD BE MY

09:12AM 22   INTENT.

09:12AM 23        AND JUROR NUMBER 205, I THINK, IS ALSO HERE, AND 211?

09:12AM 24        MS. KRATZMANN, IS THAT CORRECT?

09:12AM 25        THE CLERK:  YES, YOUR HONOR, WE HAVE 205, 211, AND

| | | |
|---|---|---|
| 09:13AM | 1 | 220. |
| 09:13AM | 2 | THE COURT:  IF WE CAN ADD THEM TO OUR PANEL, THAT |
| 09:13AM | 3 | GIVES US -- |
| 09:13AM | 4 | HAVE YOU DONE THE MATH, MS. KRATZMANN? |
| 09:13AM | 5 | THE CLERK:  IF YOU CAN GIVE ME JUST ONE MOMENT, |
| 09:13AM | 6 | YOUR HONOR. |
| 09:13AM | 7 | THE COURT:  I'M SORRY TO GIVE YOU THAT TEST ON THE |
| 09:13AM | 8 | FLY. |
| 09:13AM | 9 | THE CLERK:  SO, YOUR HONOR, WE HAVE A TOTAL OF 47 |
| 09:13AM | 10 | TODAY.  THE THREE THAT YOU JUST EXCUSED, JURORS 48, 135 AND 28, |
| 09:13AM | 11 | THAT TAKES US TO 44. |
| 09:13AM | 12 | SO IF WE HAVE 205, 211, AND 220, AND THERE'S AN ADDITIONAL |
| 09:13AM | 13 | 3, SO THAT WOULD LEAVE YOU WITH 41 TODAY, YOUR HONOR. |
| 09:13AM | 14 | THE COURT:  OKAY.  THANK YOU. |
| 09:13AM | 15 | YOU KNOW, I SET TODAY STARTING AT 9:00 O'CLOCK, AND WHAT |
| 09:14AM | 16 | WE'RE REALIZING IS LOGISTICS BEING WHAT THEY ARE JURORS SHOWING |
| 09:14AM | 17 | UP LATE AND THOSE TYPES OF THINGS, AND THEN OUR JUROR |
| 09:14AM | 18 | COORDINATOR TRYING TO COORDINATE ALL OF THE NUMBERS, IT'S |
| 09:14AM | 19 | REALISTICALLY -- I THINK YOU RECEIVED SOME INFORMATION FROM |
| 09:14AM | 20 | MS. KRATZMANN THAT REALISTICALLY WE'LL START ABOUT 9:30. |
| 09:14AM | 21 | HOPEFULLY WE CAN ARRANGE ALL OF THOSE JURORS DOWNSTAIRS, BRING |
| 09:14AM | 22 | THEM UP.  OF COURSE IT TAKES SOME TIME TO GET 41 PEOPLE SEATED |
| 09:14AM | 23 | IN OUR JURY BOX HERE, SO IT'S GOING TO TAKE SOME ADDITIONAL |
| 09:14AM | 24 | TIME. |
| 09:14AM | 25 | I KNOW OUR WONDERFUL STAFF IS WORKING AS HARD AS THEY CAN |

| | | |
|---|---|---|
| 09:14AM | 1 | TO MAKE THIS HAPPEN SO. |
| 09:14AM | 2 | THE CLERK:  YOUR HONOR, COULD I JUST GET |
| 09:14AM | 3 | CLARIFICATION? |
| 09:14AM | 4 | SO ARE YOU EXCUSING JUROR 62, 211, 205, AND 220? |
| 09:14AM | 5 | THEN THAT WOULD DROP YOU TO 40 JURORS. |
| 09:14AM | 6 | THE COURT:  MS. KRATZMANN, I THOUGHT THEY WERE HERE |
| 09:14AM | 7 | TODAY TO JOIN THE PANEL. |
| 09:14AM | 8 | THE CLERK:  THEY ARE HERE TODAY.  SO YOU WANT TO ADD |
| 09:15AM | 9 | THEM TO THE POOL? |
| 09:15AM | 10 | THE COURT:  YES.  YES. |
| 09:15AM | 11 | THE CLERK:  OKAY.  I'M SORRY. |
| 09:15AM | 12 | THE COURT:  ANY OBJECTION TO ADDING THESE JURORS TO |
| 09:15AM | 13 | OUR POOL TODAY? |
| 09:15AM | 14 | MR. SCHENK:  NO, YOUR HONOR. |
| 09:15AM | 15 | MR. DOWNEY:  WITH RESPECT TO JUROR 62, I NOTE THAT |
| 09:15AM | 16 | THERE'S A MATTER THAT HE WANTS TO DISCUSS -- |
| 09:15AM | 17 | THE COURT:  YES. |
| 09:15AM | 18 | MR. DOWNEY:  -- AT SOME POINT AT SIDE-BAR -- |
| 09:15AM | 19 | THE COURT:  YES. |
| 09:15AM | 20 | MR. DOWNEY:  -- WHICH WAS A MATTER THAT WE WOULD |
| 09:15AM | 21 | LIKE ADDRESSED.  SO I JUST NOTE THAT SO THE COURT CAN CONSIDER |
| 09:15AM | 22 | WHEN DURING THE DAY WE WOULD DO THAT. |
| 09:15AM | 23 | THE COURT:  YES.  I NOTED THAT, AND I THINK THE |
| 09:15AM | 24 | QUESTIONNAIRE SUGGESTS THAT IF IT COMES UP, THAT THAT IS |
| 09:15AM | 25 | SOMETHING THAT HE WOULD LIKE TO TALK ABOUT PRIVATELY. |

| | | |
|---|---|---|
| 09:15AM | 1 | MR. DOWNEY:  RIGHT. |
| 09:15AM | 2 | THE COURT:  RIGHT.  AND WE'LL CERTAINLY DO THAT FOR |
| 09:15AM | 3 | HIM. |
| 09:15AM | 4 | THE CLERK:  SO LET ME MAKE A CORRECTION, YOUR HONOR. |
| 09:15AM | 5 | THE 47 INCLUDED ALL OF THESE JURORS.  SO YOU EXCUSED |
| 09:15AM | 6 | THREE.  SO WE HAVE 44 JURORS TO WORK WITH TODAY. |
| 09:15AM | 7 | THE COURT:  OKAY.  ALL RIGHT. |
| 09:15AM | 8 | THANK YOU.  I'LL STEP DOWN NOW, AND WE'LL LET THE |
| 09:15AM | 9 | COMMISSIONER DO HER GOOD WORK AND BRING FOLKS UP. |
| 09:16AM | 10 | SO IT'S NOW 20 PAST THE HOUR, AND MY SENSE IS THAT THIS IS |
| 09:16AM | 11 | GOING TO TAKE ANOTHER 20 MINUTES OR SO.  SO I JUST TELL YOU |
| 09:16AM | 12 | THAT FOR YOUR INFORMATION. |
| 09:16AM | 13 | MR. DOWNEY:  THANK YOU. |
| 09:16AM | 14 | MR. SCHENK:  THANK YOU. |
| 09:16AM | 15 | THE COURT:  THANK YOU VERY MUCH.  THANK YOU. |
| 09:16AM | 16 | THE CLERK:  COURT IS IN RECESS. |
| 09:16AM | 17 | (RECESS FROM 9:16 A.M. UNTIL 9:53 A.M.) |
| 09:53AM | 18 | (PROSPECTIVE JUROR BROWN PRESENT.) |
| 09:53AM | 19 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD IN |
| 09:53AM | 20 | THE HOLMES MATTER.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT |
| 09:53AM | 21 | ONCE AGAIN. |
| 09:53AM | 22 | I BELIEVE WE ALSO HAVE JUROR NUMBER 171. |
| 09:53AM | 23 | IS THAT MR. BROWN? |
| 09:53AM | 24 | PROSPECTIVE JUROR:  YES. |
| 09:53AM | 25 | THE COURT:  YES.  THANK YOU. |

09:53AM  1          GOOD MORNING, SIR.

09:53AM  2          WE BROUGHT YOU UP BECAUSE YOU WERE SUMMONED HERE FOR JURY

09:53AM  3   SERVICE IN A CASE ENTITLED UNITED STATES OF AMERICA VERSUS

09:54AM  4   ELIZABETH HOLMES.  THERE WAS AN ANSWER ON YOUR QUESTIONNAIRE

09:54AM  5   THAT I WANTED TO ASK YOU ABOUT.

09:54AM  6          BUT, YOU KNOW, FIRST WHAT WE'RE GOING TO DO IN A MOMENT IS

09:54AM  7   BRING ALL OF THE PROSPECTIVE JURORS UP, AND WE'LL SWEAR THEM IN

09:54AM  8   TO BEGIN ANSWERING QUESTIONS.

09:54AM  9          YOU'RE HERE, SO PERHAPS WE SHOULD SWEAR YOU RIGHT NOW.  SO

09:54AM 10   IF YOU WOULD RAISE YOUR RIGHT HAND, OUR COURTROOM DEPUTY HAS A

09:54AM 11   QUESTION FOR YOU.

09:54AM 12          (PROSPECTIVE JUROR WAS GIVEN THE OATH.)

09:54AM 13              PROSPECTIVE JUROR:  YES.

09:54AM 14              THE COURT:  THANK YOU.  THANK YOU, MR. BROWN.

09:54AM 15          I JUST WANT TO ASK YOU A QUESTION THAT WE SAW ON YOUR

09:54AM 16   QUESTIONNAIRE, AND AS YOU KNOW FROM FILLING OUT THAT

09:54AM 17   QUESTIONNAIRE LAST WEEK, WE ASKED JURORS TO FILL THAT

09:55AM 18   QUESTIONNAIRE OUT SO WE COULD SEE AND THESE LAWYERS COULD SEE

09:55AM 19   AND THE COURT COULD HAVE SOME ANSWERS TO QUESTIONS THAT WOULD

09:55AM 20   HELP IN THIS SELECTION PROCESS.

09:55AM 21          I WANTED TO DRAW YOUR ATTENTION TO ONE QUESTION IN YOUR

09:55AM 22   QUESTIONNAIRE, AND THAT WAS ABOUT WHETHER OR NOT YOU HAD READ,

09:55AM 23   HEARD ABOUT, SEEN, LISTENED TO, OR DISCUSSED ANYTHING ABOUT

09:55AM 24   THIS CASE.  I THINK THEY'RE QUESTIONS 40, 41 IN THAT AREA.

09:55AM 25          I THINK YOU RESPONDED IN YOUR QUESTIONNAIRE THAT YOU HAD

09:55AM  1    READ A BOOK CALLED "BAD BLOOD."  I THINK THAT'S WHAT YOU HAD

09:55AM  2    SAID.

09:55AM  3            PROSPECTIVE JUROR:  NO.  I HAD SEEN -- I HAD SEEN, I

09:55AM  4    GUESS, A DOCUMENTARY.

09:55AM  5            THE COURT:  CAN YOU SPEAK INTO THE MIKE?

09:55AM  6            PROSPECTIVE JUROR:  I'M SORRY ABOUT THAT.

09:55AM  7            THE COURT:  THAT'S QUITE ALL RIGHT.

09:55AM  8            PROSPECTIVE JUROR:  I HAD SEEN A DOCUMENTARY.

09:56AM  9            THE COURT:  IT'S QUESTION 37, HAVE YOU WATCHED,

09:56AM  10   READ, LISTENED TO OR BEEN TOLD OF ANY OF THE FOLLOWING, PLEASE

09:56AM  11   CIRCLE.  AND "BAD BLOOD" WAS CIRCLED BY YOU ON YOUR

09:56AM  12   QUESTIONNAIRE, AND THAT CAUSED ME TO WONDER WHETHER OR NOT YOU

09:56AM  13   HAD READ THE BOOK OR SOMEHOW BECOME FAMILIAR WITH THAT

09:56AM  14   MATERIAL.

09:56AM  15           PROSPECTIVE JUROR:  YEAH, I HADN'T READ THE BOOK.  I

09:56AM  16   SAW A DOCUMENTARY REGARDING IT.

09:56AM  17           THE COURT:  I SEE.  AND WAS THAT THE -- I THINK YOU

09:56AM  18   CIRCLED -- YOU DID CIRCLE, PARDON ME, "20/20" AND "60 MINUTES"?

09:56AM  19           PROSPECTIVE JUROR:  YES.

09:56AM  20           THE COURT:  CAN YOU SHARE WITH ME HOW LONG AGO YOU

09:56AM  21   SAW THOSE SHOWS AND WHETHER THERE'S ANYTHING ELSE THAT YOU --

09:56AM  22   ANY OTHER INFORMATION THAT YOU RECEIVED ABOUT THIS CASE.

09:56AM  23           PROSPECTIVE JUROR:  MY BEST RECOLLECTION OF SEEING

09:56AM  24   ANY OF THOSE WAS WELL OVER A YEAR, MAYBE A YEAR AND A HALF AGO.

09:57AM  25           THE COURT:  I SEE.  AND IS THERE ANY OTHER MATERIAL

| | | |
|---|---|---|
| 09:57AM | 1 | THAT YOU CAN RECALL -- |
| 09:57AM | 2 | PROSPECTIVE JUROR:  I MEAN -- |
| 09:57AM | 3 | THE COURT:  -- ABOUT THIS CASE? |
| 09:57AM | 4 | PROSPECTIVE JUROR:  BASIC INTERNET INFORMATION. |
| 09:57AM | 5 | THE COURT:  AND WHAT DO YOU MEAN BY THAT, SIR? |
| 09:57AM | 6 | PROSPECTIVE JUROR:  SORT OF NEWS FEEDS THAT POP UP |
| 09:57AM | 7 | ON THE BROWSER. |
| 09:57AM | 8 | THE COURT:  LET ME ASK YOU, WHAT IS THE MOST RECENT |
| 09:57AM | 9 | INFORMATION THAT YOU RECEIVED, READ, HEARD, LISTENED TO OR SAW |
| 09:57AM | 10 | REGARDING THIS CASE? |
| 09:57AM | 11 | (PAUSE IN PROCEEDINGS.) |
| 09:57AM | 12 | PROSPECTIVE JUROR:  HOW LONG AGO, OR INFORMATION? |
| 09:57AM | 13 | THE COURT:  YES. |
| 09:57AM | 14 | PROSPECTIVE JUROR:  PROBABLY, PROBABLY -- POSSIBLY A |
| 09:57AM | 15 | YEAR. |
| 09:57AM | 16 | THE COURT:  OKAY.  AND BY THAT HAVE YOU SEEN ANY -- |
| 09:57AM | 17 | LET ME JUST ASK YOU, OVER THE WEEKEND DID YOU READ ANY |
| 09:57AM | 18 | NEWSPAPER ARTICLES ABOUT THIS CASE? |
| 09:57AM | 19 | PROSPECTIVE JUROR:  NO.  NO. |
| 09:58AM | 20 | THE COURT:  DID YOU, OVER THE WEEKEND, DID YOU SEE |
| 09:58AM | 21 | ANYTHING ON THE INTERNET OR RECEIVE ANY INFORMATION ON A |
| 09:58AM | 22 | DEVICE, NEWS INFORMATION ABOUT THIS CASE? |
| 09:58AM | 23 | PROSPECTIVE JUROR:  NO. |
| 09:58AM | 24 | THE COURT:  SO THE LAST TIME THAT YOU RECALL SEEING |
| 09:58AM | 25 | SOMETHING, INFORMATION ABOUT THIS CASE WAS ABOUT A YEAR AGO? |

09:58AM  1          PROSPECTIVE JUROR:  YEAH, IN TERMS OF -- I MEAN,

09:58AM  2   OBVIOUSLY THE TELEVISION IS ON, BUT AS SOON AS ANYTHING CAME

09:58AM  3   UP, THE TELEVISION WAS TURNED OFF.

09:58AM  4          THE COURT:  AND WHEN WAS THAT?

09:58AM  5          PROSPECTIVE JUROR:  THAT WAS PROBABLY WITHIN A

09:58AM  6   COUPLE WEEKS.

09:58AM  7          THE COURT:  OKAY.  WOULD THAT HAVE BEEN -- AND I'M

09:58AM  8   SORRY TO DRILL DOWN ON THIS.

09:58AM  9          PROSPECTIVE JUROR:  THAT'S OKAY.

09:58AM  10          THE COURT:  I'M JUST TRYING TO MEASURE YOUR EXPOSURE

09:58AM  11   AND WHEN THAT WAS.

09:58AM  12      SO DID YOU SEE OR HEAR ANY INFORMATION AFTER YOU HAD COME

09:58AM  13   TO COURT AND FILLED OUT YOUR QUESTIONNAIRE?

09:58AM  14          PROSPECTIVE JUROR:  NO.  NO.

09:58AM  15          THE COURT:  OKAY.  WHAT YOU'RE TELLING US THAT YOU

09:59AM  16   SAW, THE TELEVISION AND THOSE THINGS, WAS BEFORE YOU FILLED OUT

09:59AM  17   THE QUESTIONNAIRE?

09:59AM  18          PROSPECTIVE JUROR:  YES.

09:59AM  19          THE COURT:  AND YOU SAID YOU TURNED IT OFF.  WHY DID

09:59AM  20   YOU TURN IT OFF?

09:59AM  21          PROSPECTIVE JUROR:  JUST NOT REALLY INTERESTED.

09:59AM  22          THE COURT:  OKAY.  OKAY.  ALL RIGHT.

09:59AM  23      IS THERE ANYTHING -- MR. BROWN, IS THERE ANYTHING ABOUT

09:59AM  24   WHAT YOU HAVE SEEN IN RELATION TO THIS CASE OR INFORMATION THAT

09:59AM  25   YOU HAVE RECEIVED ABOUT THIS CASE THAT YOU THINK WOULD AFFECT

09:59AM 1    YOUR ABILITY TO BE FAIR AND IMPARTIAL TO THE GOVERNMENT AND TO

09:59AM 2    MS. HOLMES?

09:59AM 3              PROSPECTIVE JUROR:  NO.  NO.

09:59AM 4              THE COURT:  OKAY.  I'M GOING TO ASK THESE LAWYERS IF

09:59AM 5    THEY HAVE SOME QUESTIONS FOR YOU NOW.

10:00AM 6              PROSPECTIVE JUROR:  SURE.

10:00AM 7              THE COURT:  AND I MAY HAVE ADDITIONAL QUESTIONS FOR

10:00AM 8    YOU.

10:00AM 9         MR. SCHENK?

10:00AM 10             MR. SCHENK:  NOTHING FROM THE GOVERNMENT.  THANK

10:00AM 11   YOU.

10:00AM 12             MR. DOWNEY:  GOOD MORNING, MR. BROWN.  MY NAME IS

10:00AM 13   KEVIN DOWNEY.  I REPRESENT MS. HOLMES.

10:00AM 14             PROSPECTIVE JUROR:  GOOD MORNING.

10:00AM 15             MR. DOWNEY:  I JUST HAVE A COUPLE OF QUESTIONS.

10:00AM 16        YOU SAID YOU WATCHED A DOCUMENTARY.  HOW LONG

10:00AM 17   APPROXIMATELY DO YOU THINK THAT DOCUMENTARY WAS?

10:00AM 18             PROSPECTIVE JUROR:  I'M GOING TO SAY AN HOUR OR

10:00AM 19   60 MINUTES.

10:00AM 20             MR. DOWNEY:  SO YOU WATCHED "60 MINUTES" ALSO?

10:00AM 21             PROSPECTIVE JUROR:  A VARIETY, "60 MINUTES,"

10:00AM 22   "20/20."

10:00AM 23        BUT SPECIFIC TO THE "BAD BLOOD," THAT WAS ABOUT A 60

10:00AM 24   MINUTE PROGRAM, I BELIEVE.

10:00AM 25             MR. DOWNEY:  AND WHAT DO YOU REMEMBER LEARNING FROM

10:00AM  1      THAT PROGRAM ABOUT MS. HOLMES?

10:00AM  2              PROSPECTIVE JUROR:  SHE'S PRETTY SMART.

10:01AM  3          IN TERMS OF THE CASE?  JUST HOW THE COMPANY STARTED, WHAT

10:01AM  4      THEIR COMPETITIVE ADVANTAGE WAS, AND THE TECHNOLOGY THAT THEY

10:01AM  5      WERE USING TO SORT OF ADVANCE THAT WHOLE PROCESS OF BLOOD

10:01AM  6      TESTING.

10:01AM  7              MR. DOWNEY:  WHAT DO YOU REMEMBER ABOUT THE

10:01AM  8      TECHNOLOGY, IF ANYTHING?

10:01AM  9              PROSPECTIVE JUROR:  THAT IT USED MUCH LESS BLOOD

10:01AM 10      THAN CONVENTIONAL TESTING AND IN A SHORTER TIMEFRAME.

10:01AM 11              MR. DOWNEY:  DO YOU REMEMBER SEEING DISCUSSIONS

10:01AM 12      DURING THE DOCUMENTARY BY ANY INDIVIDUALS WHO KNEW MS. HOLMES?

10:01AM 13              PROSPECTIVE JUROR:  OH, UM, THE SHULTZ, SHULTZ.

10:02AM 14              MR. DOWNEY:  IS THAT GEORGE SHULTZ?

10:02AM 15              PROSPECTIVE JUROR:  THE -- WAS IT THE GRANDSON?

10:02AM 16              MR. DOWNEY:  IS IT TYLER SHULTZ?  IS THAT WHO YOU

10:02AM 17      REMEMBER SEEING?

10:02AM 18              PROSPECTIVE JUROR:  I THINK THAT'S HIS NAME.  IT WAS

10:02AM 19      THE GRANDSON.

10:02AM 20              MR. DOWNEY:  OKAY.  SO YOU REMEMBER HEARING FROM

10:02AM 21      GEORGE SHULTZ'S GRANDSON DURING THAT PROGRAM?

10:02AM 22              PROSPECTIVE JUROR:  I BELIEVE SO.

10:02AM 23              MR. DOWNEY:  WHAT DO YOU REMEMBER HIM SAYING DURING

10:02AM 24      THAT PROGRAM?

10:02AM 25              PROSPECTIVE JUROR:  THAT HE HAD QUESTIONS REGARDING

10:02AM 1    THE VALIDITY OF THE TESTING.

10:02AM 2            MR. DOWNEY:  ANYTHING ELSE ABOUT MS. HOLMES THAT YOU

10:02AM 3    REMEMBER LEARNING FROM THAT DOCUMENTARY?

10:02AM 4            PROSPECTIVE JUROR:  SHE WORE BLACK SUITS.

10:03AM 5            MR. DOWNEY:  ANYTHING ELSE?

10:03AM 6            PROSPECTIVE JUROR:  NOTHING I COULD PUT MY FINGER ON

10:03AM 7    OTHER THAN THE CREATION OF THE COMPANY AND JUST OVERALL RUNNING

10:03AM 8    THE COMPANY.

10:03AM 9            MR. DOWNEY:  FAIR ENOUGH.

10:03AM 10       I DON'T HAVE ANY FURTHER QUESTIONS OF YOU, MR. BROWN.

10:03AM 11   THANK YOU.

10:03AM 12           THE COURT:  MR. SCHENK?

10:03AM 13           MR. SCHENK:  NO, THANK YOU.

10:03AM 14           THE COURT:  SO, MR. BROWN, THANK YOU FOR SHARING

10:03AM 15   THIS INFORMATION WITH US.

10:03AM 16       I GET BACK TO MY QUESTION ABOUT WHETHER OR NOT THIS

10:03AM 17   INFORMATION WILL CAUSE YOU TO BE LESS THAN FAIR TO BOTH SIDES.

10:03AM 18   THAT'S REALLY WHAT WE'RE GOING TO ASK FOLKS ABOUT.

10:03AM 19       AND I, I RECOGNIZE WE'RE HUMANS AND WHEN WE'RE ASKED A

10:03AM 20   QUESTION, WE STOP AND WE REFLECT BECAUSE WE WANT TO ANSWER THE

10:03AM 21   QUESTION, WE WANT TO THINK ABOUT THE QUESTION AND TRY TO

10:03AM 22   RECALL.

10:03AM 23       YOU DID THAT.  I'M NOT BEING CRITICAL OF YOU.  I'M JUST

10:03AM 24   SAYING AND MAKING THE OBSERVATION.  YOU WERE VERY THOUGHTFUL

10:03AM 25   ABOUT YOUR ANSWERS HERE.

10:04AM  1          PROSPECTIVE JUROR:  UH-HUH.

10:04AM  2          THE COURT:  AND IT SEEMED LIKE YOU WERE PROCESSING,

10:04AM  3   TRYING TO USE YOUR MEMORY TO RECALL WHAT YOU SAW IN RESPONSE TO

10:04AM  4   THE QUESTIONS POSED TO YOU.

10:04AM  5      I'M JUST CURIOUS ABOUT -- THIS CASE WILL BE ABOUT

10:04AM  6   THERANOS.  IT WILL BE ABOUT THOSE SHOWS THAT YOU SAW -- OR

10:04AM  7   THOSE SHOWS ARE ACTUALLY ABOUT THIS CASE.  A JUROR -- IF A

10:04AM  8   JUROR IS SEATED TO HEAR THE CASE, THEY MUST MAKE THEIR DECISION

10:04AM  9   ONLY ON THE EVIDENCE THAT IS IN THE COURTROOM.

10:04AM  10          PROSPECTIVE JUROR:  OKAY.

10:04AM  11          THE COURT:  THAT'S IT.  THEY CAN'T USE ANYTHING THAT

10:04AM  12   THEY'VE RECEIVED OUTSIDE, ANYTHING THEY'VE READ, LISTENED TO,

10:04AM  13   WATCHED, OR HEARD FROM A FRIEND OR A RELATIVE ABOUT THE CASE.

10:04AM  14      DO YOU UNDERSTAND THAT?

10:04AM  15          PROSPECTIVE JUROR:  YES, SIR.

10:04AM  16          THE COURT:  HAVE YOU EVER SAT ON A JURY PREVIOUSLY?

10:04AM  17          PROSPECTIVE JUROR:  NO, SIR.

10:04AM  18          THE COURT:  OKAY.  SO THAT'S WHY WE'RE ASKING THESE

10:04AM  19   QUESTIONS.

10:04AM  20      THERE'S BEEN PUBLICITY ABOUT THIS CASE.  THERE'S BEEN

10:05AM  21   PUBLICITY ABOUT INDIVIDUALS WHO MIGHT BE INVOLVED WITH THIS

10:05AM  22   CASE.

10:05AM  23      THE REASON I'M ASKING THESE QUESTIONS AND THE LAWYERS ASK

10:05AM  24   THESE QUESTIONS IS THAT WE WANT TO ASCERTAIN WHETHER OR NOT A

10:05AM  25   JUROR WHO MAY HAVE BEEN EXPOSED TO INFORMATION, AND MANY HAVE

10:05AM 1      LIKE YOU, WHETHER OR NOT THEY THINK THAT THEY WOULD BE ABLE TO,

10:05AM 2      IF THEY'RE SEATED AS A JUROR, TO NOT ALLOW THAT OUTSIDE

10:05AM 3      INFORMATION THAT THEY HAVE BEEN PRIVY TO, TO NOT ALLOW THAT TO

10:05AM 4      INFECT THEIR THOUGHT PROCESS AND THEIR DECISION ON THE EVIDENCE

10:05AM 5      IN THE CASE.

10:05AM 6          DO YOU UNDERSTAND THAT CONCEPT?

10:05AM 7              PROSPECTIVE JUROR:  YES, I DO.

10:05AM 8              THE COURT:  RIGHT.  SO TELL ME WHAT YOUR THOUGHTS

10:05AM 9      ARE ABOUT THAT, HAVING SEEN THESE SHOWS AND TALKED ABOUT THEM

10:05AM 10     THIS MORNING.

10:05AM 11             PROSPECTIVE JUROR:  I MEAN, OBVIOUSLY IT WAS NEWS.

10:05AM 12         BUT IN TERMS OF INFORMATION BASED ON A CASE AND WHAT IS

10:06AM 13     HEARD OR TALKED ABOUT OR PRESENTED AS EVIDENCE, I FEEL LIKE I

10:06AM 14     CAN BE IMPARTIAL SEPARATING, YOU KNOW, WHAT HAS HAPPENED IN THE

10:06AM 15     PAST TO FACTUAL INFORMATION TODAY.

10:06AM 16             THE COURT:  OKAY.  THANK YOU.

10:06AM 17         IT'S A DIFFICULT THING WE DO.  I RECOGNIZE THAT.

10:06AM 18         YESTERDAY I WAS TALKING TO SOME OTHER JURORS AND I SAID,

10:06AM 19     HOW DO YOU UNREAD SOMETHING?  HOW DO YOU UNLISTEN TO SOMETHING?

10:06AM 20     HOW DO YOU UNRING THAT BELL?

10:06AM 21             PROSPECTIVE JUROR:  RIGHT, RIGHT.

10:06AM 22             THE COURT:  AND WE ALL KNOW THAT'S NOT POSSIBLE.

10:06AM 23         SO WHAT WE TRY TO DO IS WE ASK JURORS, WHAT METHODS WILL

10:06AM 24     YOU USE?  HOW WILL YOU SEPARATE THAT?  HOW WILL YOU

10:06AM 25     COMPARTMENTALIZE WHAT YOU'VE SEEN, HEARD, OR BEEN EXPOSED TO IN

10:06AM  1    THE PAST AND SEPARATE THAT JUST SO YOU'RE FOCUSSED ON THE

10:06AM  2    EVIDENCE IN THIS COURTROOM AND NOT ANYTHING ELSE AS YOU MAKE A

10:06AM  3    DECISION?

10:06AM  4         THAT'S A CHALLENGE.  I RECOGNIZE THAT.  THAT'S DIFFICULT.

10:07AM  5              PROSPECTIVE JUROR:  YES.

10:07AM  6              THE COURT:  IS THAT SOMETHING THAT YOU THINK YOU CAN

10:07AM  7    DO?

10:07AM  8              PROSPECTIVE JUROR:  I BELIEVE I CAN.

10:07AM  9              THE COURT:  OKAY.  ANY IDEA ABOUT HOW YOU WOULD --

10:07AM  10   WHAT YOUR PROCESS WOULD BE?

10:07AM  11        FOR EXAMPLE, LET ME SAY, IF YOU'RE SEATED AS A JUROR IN

10:07AM  12   THIS CASE, YOU MIGHT HEAR EVIDENCE, OR YOU WILL HEAR EVIDENCE

10:07AM  13   ABOUT THIS COMPANY AND THE ACTIVITY IN THIS COMPANY.

10:07AM  14        THE GOVERNMENT GOES FIRST AND THEY PUT THE EVIDENCE ON AND

10:07AM  15   THEN THE DEFENSE, IF THEY WISH, THEY CAN PUT EVIDENCE ON AS

10:07AM  16   WELL.

10:07AM  17        AND YOU MIGHT HEAR SOMETHING DURING THAT PRESENTATION THAT

10:07AM  18   CAUSED YOU TO PERHAPS REMEMBER SOMETHING THAT YOU SAW IN ONE OF

10:07AM  19   THESE PROGRAMS.

10:07AM  20        AND THEN IT BECOMES, WELL, WHAT I'M HEARING IN THE

10:07AM  21   COURTROOM IS DIFFERENT THAN WHAT I SAW IN THE PROGRAM, OR MAYBE

10:07AM  22   IT'S THE SAME.  AND THAT MIGHT CAUSE SOMEONE TO THINK, WELL,

10:07AM  23   THAT SUPPORTS WHAT I'M HEARING IN THE COURTROOM, OR IT'S

10:07AM  24   DIFFERENT, SO THAT MIGHT CAUSE SOMEONE TO QUESTION WHAT YOU

10:07AM  25   HEAR IN THE COURTROOM.

| | | |
|---|---|---|
| 10:07AM | 1 | DO YOU UNDERSTAND THAT? |
| 10:08AM | 2 | PROSPECTIVE JUROR:  YES. |
| 10:08AM | 3 | THE COURT:  YES.  SO HOW DO YOU THINK YOU WOULD |
| 10:08AM | 4 | SEPARATE THOSE? |
| 10:08AM | 5 | PROSPECTIVE JUROR:  I MEAN, I RECOGNIZE THAT, YOU |
| 10:08AM | 6 | KNOW, THAT YOU DO HEAR THINGS AND YOU ONLY HAVE TO GO BY WHAT |
| 10:08AM | 7 | IS PRESENTED, WHAT IS HERE, WHAT IS NOW, TODAY, NOT BASED ON |
| 10:08AM | 8 | ANYTHING ELSE THAT HAS TRANSPIRED IN THE PAST. |
| 10:08AM | 9 | I MEAN, IT'S GOING TO BE TOUGH, DIFFICULT, BUT I THINK -- |
| 10:08AM | 10 | I FEEL LIKE I'M UP FOR THE TASK. |
| 10:08AM | 11 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:08AM | 12 | YOU'LL BE INSTRUCTED -- IF YOU'RE SEATED AS A JUROR, I'LL |
| 10:08AM | 13 | GIVE YOU AN INSTRUCTION THAT YOU'RE OBLIGATED TO FOLLOW. |
| 10:08AM | 14 | PROSPECTIVE JUROR:  YES. |
| 10:08AM | 15 | THE COURT:  IT SAYS JUST THAT.  IT SAYS YOU'RE GOING |
| 10:08AM | 16 | TO FOCUS YOUR DECISION AS A JUROR SOLELY ON THE EVIDENCE THAT |
| 10:08AM | 17 | IS RECEIVED HERE IN THIS COURTROOM. |
| 10:08AM | 18 | CAN YOU FOLLOW THAT INSTRUCTION? |
| 10:08AM | 19 | PROSPECTIVE JUROR:  YES, SIR. |
| 10:08AM | 20 | THE COURT:  OKAY.  THANK YOU. |
| 10:08AM | 21 | I WANTED TO -- |
| 10:08AM | 22 | ANY QUESTIONS? |
| 10:08AM | 23 | MR. DOWNEY:  NO, YOUR HONOR. |
| 10:08AM | 24 | MR. SCHENK:  NO.  THANK YOU. |
| 10:08AM | 25 | THE COURT:  I WANTED TO TOUCH ON SOMETHING ELSE THAT |

10:09AM  1     I THINK YOU MENTIONED.

10:09AM  2         DID YOU TALK ABOUT SOME OTHER TOPIC THAT YOU WANTED TO

10:09AM  3     DISCUSS IN PRIVATE?  DID I GET THAT INCORRECT?  LET ME SEE.

10:09AM  4         WELL, LET ME ASK YOU, IS THERE ANYTHING ELSE YOU WOULD

10:09AM  5     LIKE TO DISCUSS WITH US NOW?

10:09AM  6              PROSPECTIVE JUROR:  NO, SIR.

10:09AM  7              THE COURT:  OKAY.  ANYTHING THAT COMES TO MIND ABOUT

10:09AM  8     ANYTHING ELSE?

10:09AM  9              PROSPECTIVE JUROR:  NO, SIR.

10:09AM  10             THE COURT:  OKAY.

10:09AM  11        COUNSEL, DO YOU HAVE ANY MORE QUESTIONS FOR MR. BROWN?

10:09AM  12             MR. DOWNEY:  NOTHING FROM THE DEFENSE, YOUR HONOR.

10:09AM  13             MR. SCHENK:  NO, THANK YOU.

10:09AM  14             THE COURT:  MR. BROWN, THANK YOU SO MUCH FOR COMING

10:09AM  15    UP IN ADVANCE.

10:09AM  16        NOW WE'RE GOING TO -- CAN MR. BROWN JUST STAY SEATED HERE?

10:09AM  17             THE CLERK:  I'LL PUT HIM IN HIS ASSIGNED SEAT,

10:09AM  18    YOUR HONOR, SURE.

10:09AM  19             THE COURT:  WE'RE GOING TO ASK YOU TO STAY AND THEN

10:09AM  20    WE'LL CALL YOUR COLLEAGUES UP FROM DOWNSTAIRS AND THEN WE'LL

10:09AM  21    START THE PROCESS AGAIN.

10:09AM  22             PROSPECTIVE JUROR:  SHALL I TAKE THIS WITH ME?

10:09AM  23             THE COURT:  IF THAT'S -- YES.

10:09AM  24             THE CLERK:  YOU'LL HAVE ONE ON THE SEAT.  THANK YOU,

10:09AM  25    SIR.

| | | |
|---|---|---|
| 10:10AM | 1 | THE COURT:  LET ME ASK, COUNSEL, DO YOU WANT TO |
| 10:10AM | 2 | DISCUSS ANYTHING?  SHOULD WE HAVE MR. BROWN WAIT OUTSIDE FOR A |
| 10:10AM | 3 | MOMENT? |
| 10:10AM | 4 | MR. DOWNEY:  I JUST WANTED TO MENTION ONE THING |
| 10:10AM | 5 | QUICKLY, YOUR HONOR. |
| 10:10AM | 6 | THE COURT:  WITH MR. BROWN HERE? |
| 10:10AM | 7 | MR. DOWNEY:  ACTUALLY, IT'S JUST A PROCEDURAL ISSUE, |
| 10:10AM | 8 | YOUR HONOR.  I THINK IT'S FINE TO DISCUSS IT WITH MR. BROWN |
| 10:10AM | 9 | HERE. |
| 10:10AM | 10 | THE COURT:  OKAY. |
| 10:10AM | 11 | MR. DOWNEY:  JUST -- |
| 10:10AM | 12 | THE COURT:  MS. KRATZMANN IS GOING TO SHOW YOU WHERE |
| 10:10AM | 13 | TO SIT, MR. BROWN. |
| 10:10AM | 14 | MR. DOWNEY:  JUST TWO ISSUES, YOUR HONOR.  ONE IS |
| 10:10AM | 15 | THAT I THINK WE'RE GOING TO DEFER ON JUROR 62 WHO HAD THE |
| 10:10AM | 16 | PRIVATE MATTER.  I DON'T KNOW IF HE'S FIRST IN THE ORDER OR |
| 10:10AM | 17 | WHETHER HE'S MOVED TO THE BACK. |
| 10:10AM | 18 | THE COURT:  HE'LL BE FIRST, YES. |
| 10:10AM | 19 | MR. DOWNEY:  YES.  SO I DON'T KNOW IF YOUR HONOR |
| 10:10AM | 20 | WANTS TO DO THAT NOW.  I ONLY HAVE A QUESTION OF HIM ON THAT |
| 10:10AM | 21 | ONE TOPIC, SO I'LL LEAVE IT TO YOU. |
| 10:10AM | 22 | SECONDLY, I JUST WANTED TO NOTE THAT I KNOW THE DAY IS A |
| 10:10AM | 23 | BIT BROKEN UP AND SO FORTH, BUT WE DISCUSSED WITH MS. KRATZMANN |
| 10:10AM | 24 | THAT WE NEEDED TO TAKE A BREAK AROUND THE 11:00 O'CLOCK HOUR. |
| 10:11AM | 25 | THE COURT:  YES.  THANK YOU.  THAT'S WHAT MY PLAN |

10:11AM   1    IS, TO TAKE A BREAK ABOUT 11:00 O'CLOCK, AND IT WILL BE ABOUT

10:11AM   2    20 MINUTES, DO YOU THINK?

10:11AM   3              MR. DOWNEY:  I THINK THAT'S ABOUT RIGHT, YOUR HONOR.

10:11AM   4    THANK YOU.

10:11AM   5              THE COURT:  YOU JUST LET ME KNOW.

10:11AM   6         SO WE'RE GETTING A LATE START, JUST THE LOGISTICS OF THIS.

10:11AM   7    I APOLOGIZE FOR THAT.  I'M HOPEFUL THAT WE CAN ACCOMPLISH WHAT

10:11AM   8    WE NEED TO TODAY BEFORE WE GO DEEP INTO THE AFTERNOON.  LET ME

10:11AM   9    PUT IT THAT WAY.

10:11AM   10        AS TO JUROR NUMBER 62, I THINK WE'LL -- I DON'T WANT TO

10:11AM   11   BRING HIM UP NOW.  I THINK, SHOULD THAT TOPIC COME UP, WE'LL --

10:11AM   12   WE CERTAINLY HAVE A MECHANISM TO DISCUSS THAT.

10:11AM   13             MR. DOWNEY:  UNDERSTOOD, YOUR HONOR.

10:11AM   14             THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

10:11AM   15             MR. SCHENK:  NO.  THANK YOU.

10:11AM   16             THE COURT:  THANK YOU.

10:11AM   17        MR. BROWN, WE'RE GOING TO BRING YOUR COLLEAGUES UP NOW, SO

10:11AM   18   WE'LL BE IN RECESS FOR A MOMENT.  THANK YOU.

10:11AM   19             THE CLERK:  COURT IS IN RECESS.

10:11AM   20        (RECESS FROM 10:11 A.M. UNTIL 10:24 A.M.)

10:24AM   21        (PROSPECTIVE JURY PANEL IN AT 10:24 A.M.)

10:25AM   22             THE COURT:  THANK YOU.  GOOD MORNING, LADIES AND

10:25AM   23   GENTLEMEN.  LET ME THANK YOU FOR YOUR PATIENCE THIS MORNING.

10:25AM   24        THE FIRST THING I'D LIKE TO DO IS ASK MS. KRATZMANN TO

10:25AM   25   ADMINISTER THE OATH TO ALL OF OUR PROSPECTIVE JURORS HERE.  LET

10:25AM   1        ME DO THAT.

10:25AM   2            IF ALL OF THE PROSPECTIVE JURORS WOULD PLEASE STAND AND

10:25AM   3        RAISE YOUR RIGHT HAND.

10:25AM   4            MR. BROWN, YOU'RE EXCLUDED FROM THAT.  YOU'VE TAKEN AN

10:25AM   5        OATH.

10:25AM   6                (PROSPECTIVE JURORS WERE GIVEN THE OATH.)

10:25AM   7                PROSPECTIVE JURORS:  YES.

10:25AM   8                THE COURT:  THANK YOU VERY MUCH, LADIES AND

10:25AM   9        GENTLEMEN.  PLEASE BE SEATED.

10:25AM  10            AGAIN, LET ME THANK YOU AGAIN FOR YOUR PATIENCE.

10:25AM  11            LADIES AND GENTLEMEN, YOU HAVE BEEN SUMMONED TODAY IN A

10:25AM  12        CRIMINAL CASE ENTITLED UNITED STATES OF AMERICA VERSUS

10:25AM  13        ELIZABETH HOLMES.

10:26AM  14            IN THIS CASE THE DEFENDANT, ELIZABETH HOLMES, IS CHARGED

10:26AM  15        WITH WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD.

10:26AM  16            THE INDICTMENT ALLEGES THAT MS. HOLMES WAS THE CHIEF

10:26AM  17        EXECUTIVE OFFICER OF THERANOS INCORPORATED, WHICH WAS IN THE

10:26AM  18        BLOOD TESTING BUSINESS.  THE INDICTMENT ALLEGES THAT MS. HOLMES

10:26AM  19        AND RAMESH "SUNNY" BALWANI, THERANOS'S CHIEF OPERATING OFFICER

10:26AM  20        AND PRESIDENT, KNOWINGLY AND INTENTIONALLY DEVISED A SCHEME OR

10:26AM  21        PLAN TO DEFRAUD INVESTORS AND PAYING CUSTOMERS.

10:26AM  22            THE CHARGES ARE ONLY ALLEGATIONS AND ARE NOT EVIDENCE.

10:26AM  23            THE DEFENDANT HAS ENTERED A PLEA OF NOT GUILTY TO ALL OF

10:26AM  24        THE CHARGES IN THIS CASE AND IS PRESUMED TO BE INNOCENT.

10:26AM  25            IT WILL BE THE RESPONSIBILITY OF THE GOVERNMENT, THROUGH

10:27AM 1      THE TRIAL, TO PROVE THOSE CHARGES BEYOND A REASONABLE DOUBT.

10:27AM 2          THE INDICTMENT ALLEGES IN COUNTS ONE AND TWO THAT

10:27AM 3      MS. HOLMES VIOLATED 18 UNITED STATES CODE SECTION 1349,

10:27AM 4      CONSPIRACY TO COMMIT WIRE FRAUD, AND IN COUNTS THREE, FOUR,

10:27AM 5      FIVE, SIX, SEVEN, EIGHT, NINE, TEN, ELEVEN, AND TWELVE WITH

10:27AM 6      WIRE FRAUD IN VIOLATION OF UNITED STATES CODE SECTION 1343.

10:27AM 7          THE INDICTMENT IS NOT EVIDENCE OF ANY KIND.  IT IS THE

10:27AM 8      CHARGING DOCUMENT THAT IS FILED IN THIS CASE.

10:27AM 9          TO THESE CHARGES MS. HOLMES HAS PLEADED NOT GUILTY, AND

10:27AM 10     THIS IS AN ABSOLUTE DENIAL OF THE CHARGES.

10:27AM 11         IT WILL BE THE PURPOSE OF THIS TRIAL FOR YOU TO DETERMINE

10:27AM 12     IF THE GOVERNMENT HAS MET THEIR BURDEN IN PRESENTING THEIR CASE

10:27AM 13     TO YOU.

10:27AM 14         NOW, JURY SERVICE IS VERY IMPORTANT, AND, AGAIN, I WANT TO

10:27AM 15     WELCOME YOU AND THANK YOU FOR YOUR SERVICE.

10:28AM 16         BUT BEFORE WE BEGIN, I WANT TO DESCRIBE FOR YOU HOW THE

10:28AM 17     TRIAL WILL BE CONDUCTED AND EXPLAIN TO YOU WHAT YOU AND THE

10:28AM 18     LAWYERS AND I WILL BE DOING.

10:28AM 19         NOW, FIRST OF ALL, WHEN I REFER TO THE GOVERNMENT, I MEAN

10:28AM 20     MR. ROBERT LEACH, MS. KELLY VOLKAR, MR. JOHN BOSTIC, AND

10:28AM 21     MR. JEFF SCHENK, WHO ARE THE ASSISTANT UNITED STATES ATTORNEYS

10:28AM 22     WHO ARE PROSECUTING THIS CASE.

10:28AM 23         MR. LEACH, WOULD YOU INTRODUCE YOUR TEAM, PLEASE, TO THE

10:28AM 24     JURY PANEL.

10:28AM 25             MR. LEACH:  YES, YOUR HONOR.  THANK YOU.

10:28AM 1    GOOD MORNING EVERYBODY.  MY NAME IS ROBERT LEACH.  TO MY

10:28AM 2    LEFT IS JOHN BOSTIC, TO HIS LEFT IS JEFF SCHENK, SEATED RIGHT

10:28AM 3    HERE IS KELLY VOLKAR WITH MY OFFICE, AND TO MY RIGHT IS

10:28AM 4    ADDY HERNANDEZ, WHO IS A SPECIAL AGENT WITH THE FBI.

10:28AM 5        THANK YOU.  GOOD MORNING.

10:28AM 6        THE COURT:  THANK YOU.

10:28AM 7    WHEN I REFER TO DEFENSE COUNSEL, I MEAN MR. KEVIN DOWNEY,

10:28AM 8    MR. LANCE WADE, MS. KATHERINE TREFZ, AND I SEE MR. CLINE HERE

10:29AM 9    AS WELL.  THANK YOU.

10:29AM 10       WOULD YOU INTRODUCE YOUR TEAM, PLEASE.

10:29AM 11       MR. DOWNEY:  THANK YOU, YOUR HONOR.

10:29AM 12       GOOD MORNING.  MY NAME IS KEVIN DOWNEY, AND I REPRESENT

10:29AM 13   MS. HOLMES IN THIS MATTER.

10:29AM 14       THIS IS ELIZABETH HOLMES, WHO IS THE DEFENDANT IN THIS

10:29AM 15   CASE.

10:29AM 16       WITH ME ON BEHALF OF MS. HOLMES ARE MY COLLEAGUE

10:29AM 17   LANCE WADE, MY COLLEAGUE KATHERINE TREFZ, AND OUR COCOUNSEL,

10:29AM 18   JOHN CLINE.

10:29AM 19       THE COURT:  THANK YOU.

10:29AM 20       LADIES AND GENTLEMEN, THIS CASE IS EXPECTED TO TAKE

10:29AM 21   APPROXIMATELY 13 WEEKS HERE IN COURT, AND IT COULD BE A LITTLE

10:29AM 22   LONGER.

10:29AM 23       THIS MORNING WE WILL BEGIN SELECTING JURORS WHO WILL SIT

10:29AM 24   TO HEAR THIS CASE.  THIS PROCESS INVOLVES INTERVIEWING SEPARATE

10:29AM 25   PANELS OF POTENTIAL JURORS.  AND I SHOULD TELL YOU WE ENGAGED

10:29AM 1    THIS PROCESS YESTERDAY WITH A SIMILAR PANEL AS YOURS.

10:29AM 2        AFTER OUR SESSION TODAY, YOU WILL BE PERMITTED TO LEAVE

10:29AM 3    THE COURTHOUSE AND YOU WILL BE NOTIFIED BY THE COURT WHETHER

10:30AM 4    AND WHEN YOU SHOULD RETURN FOR FURTHER PROCEEDINGS.  WE'LL

10:30AM 5    RETURN AND THEN WE'LL BEGIN THE TRIAL.

10:30AM 6        NOW, YOU SEE THE SCHEDULE.  I THINK YOU HAVE A SCHEDULE IN

10:30AM 7    YOUR SEATS.  THAT HAS THE POTENTIAL SCHEDULE FOR OUR TRIAL NOW.

10:30AM 8    THAT COULD CHANGE, OF COURSE.

10:30AM 9        AS YOU SEE, THE JURY DELIBERATIONS SHOULD BEGIN THE FIRST

10:30AM 10   OR SECOND WEEK OF DECEMBER.  IT COULD BE SOONER THAN THAT

10:30AM 11   DEPENDING ON THE EVIDENCE.  I WILL KEEP YOU INFORMED AS TO OUR

10:30AM 12   SCHEDULE AS WE GO FORWARD.

10:30AM 13       AS YOU ALSO SAW IN THE QUESTIONNAIRE, OUR PROPOSED DAYS IN

10:30AM 14   COURT WILL BE TUESDAYS, WEDNESDAYS, AND FRIDAYS, POTENTIALLY

10:30AM 15   FROM 9:00 A.M. TO APPROXIMATELY 2:00 P.M.

10:30AM 16       IT MAY BE THAT THIS SCHEDULE WILL CHANGE TO ADD SOME TIME

10:30AM 17   OR CHANGE DAYS, AND I WILL, OF COURSE, KEEP YOU APPRISED IN

10:30AM 18   ADVANCE OF ANY CHANGE IN THE SCHEDULE.

10:31AM 19       I ANTICIPATE, ACCORDING TO THIS SCHEDULE, I ANTICIPATE

10:31AM 20   THAT WE WOULD THEN TAKE ONE BREAK DURING THE COURT DAY OF

10:31AM 21   PERHAPS 30, 45 MINUTES, SOMETHING LIKE THAT.

10:31AM 22       BECAUSE OF THE LENGTH OF THE TRIAL, MY HOPE WAS THAT THIS

10:31AM 23   SCHEDULE WOULD ACCOMPLISH THE TAKING OF EVIDENCE IN THE TRIAL

10:31AM 24   AND AVOID THE STRESS AND FATIGUE THAT MIGHT ALSO ARISE FROM AN

10:31AM 25   ALL-DAY EVERY DAY SCHEDULE THAT IS THE NORM FOR SHORTER TRIALS.

10:31AM 1    NOW, I ALSO REALIZE THERE ARE OCCASIONS WHEN SOMEONE MAY

10:31AM 2  NEED TO TAKE AN UNSCHEDULED BREAK FOR ANY REASON, AND IF

10:31AM 3  ANYBODY NEEDS TO TAKE A BREAK FOR ANY REASON, YOU JUST NEED TO

10:31AM 4  ALERT ME AND WE WILL CERTAINLY BE ABLE TO DO THAT.

10:31AM 5    NOW, THE FIRST STEP IN THE TRIAL FOLLOWING THE SELECTION

10:31AM 6  OF THE JURY IS THE GOVERNMENT'S OPENING STATEMENT.  THE DEFENSE

10:31AM 7  MAY CHOOSE TO GIVE AN OPENING STATEMENT FOLLOWING THE

10:31AM 8  GOVERNMENT'S STATEMENT, OR THEY CAN WAIT UNTIL THE BEGINNING OF

10:31AM 9  THE DEFENSE CASE.

10:31AM 10    THE PURPOSE OF AN OPENING STATEMENT IS TO PROVIDE YOU, THE

10:32AM 11  JURORS, AN OVERVIEW OF WHAT THE ATTORNEYS BELIEVE THE EVIDENCE

10:32AM 12  IN THE CASE WILL SHOW.

10:32AM 13    NEXT THE GOVERNMENT WILL OFFER THEIR EVIDENCE.  EVIDENCE

10:32AM 14  USUALLY CONSISTS OF TESTIMONY AND EXHIBITS.

10:32AM 15    AFTER THE GOVERNMENT PRESENTS THEIR EVIDENCE, THE DEFENSE

10:32AM 16  MAY ALSO PRESENT EVIDENCE, BUT IS NOT REQUIRED TO DO SO.

10:32AM 17    BECAUSE MS. HOLMES IS PRESUMED INNOCENT, SHE DOES NOT HAVE

10:32AM 18  TO PROVE THAT SHE IS NOT GUILTY.

10:32AM 19    NOW, YOU HAVE ALSO ATTACHED TO YOUR INFORMATION AT YOUR

10:32AM 20  SEATS, AND YOU'VE ALSO SEEN WHEN YOU CAME IN LAST WEEK TO FILL

10:32AM 21  OUT YOUR QUESTIONNAIRES, A WITNESS LIST, AND I'M GOING TO ASK

10:32AM 22  YOU -- YOU REVIEWED THAT WHEN YOU FILLED YOUR QUESTIONNAIRES

10:32AM 23  OUT, I KNOW, AND I'LL ASK YOU TO LOOK AT THAT AGAIN THIS

10:32AM 24  MORNING.

10:32AM 25    COUNSEL, CAN I GET A STIPULATION THAT THE COURT NEED NOT

10:32AM   1       READ THE ENTIRETY OF THE WITNESS LIST ON THE RECORD?

10:33AM   2                   MR. DOWNEY:  YOUR HONOR, MS. HOLMES AGREES.

10:33AM   3                   MR. SCHENK:  SO STIPULATED.

10:33AM   4                   THE COURT:  THANK YOU.  THANK YOU.

10:33AM   5           LADIES AND GENTLEMEN, IT'S NOT UNUSUAL FOR JUDGES TO READ

10:33AM   6       ON THE RECORD THE ENTIRETY OF THE WITNESSES KNOWN AT LEAST AT

10:33AM   7       THIS TIME, BUT YOU SEE THE LENGTH OF THAT POTENTIAL WITNESS

10:33AM   8       LIST, AND I'M NOT GOING TO READ IT TO YOU.  BUT I DO CALL YOUR

10:33AM   9       ATTENTION TO IT AGAIN THIS MORNING, AS WELL AS LAST WEEK WHEN

10:33AM  10       YOU FILLED OUT -- YOU REVIEWED THAT WHEN YOU FILLED OUT YOUR

10:33AM  11       QUESTIONNAIRE.

10:33AM  12           YOU SHOULD NOTE THAT THE PARTIES MAY NOT WISH TO CALL ALL

10:33AM  13       WITNESSES AND THEY MAY LATER FIND IT NECESSARY TO CALL OTHER

10:33AM  14       WITNESSES.

10:33AM  15           IT MAY OCCUR THAT THE PARTIES STIPULATE TO A WITNESS'S

10:33AM  16       TESTIMONY OR AN EXHIBIT.  THIS MEANS THAT THE PARTIES HAVE

10:33AM  17       AGREED THAT THE STATEMENT, THE TESTIMONY, OR THE EXHIBIT CAN BE

10:33AM  18       RECEIVED INTO EVIDENCE.

10:33AM  19           AFTER YOU HAVE HEARD ALL OF THE EVIDENCE, AND AFTER THE

10:33AM  20       ATTORNEYS HAVE GIVEN THEIR FINAL ARGUMENTS, I WILL THEN

10:34AM  21       INSTRUCT YOU ON THE LAW THAT APPLIES TO THE CASE.

10:34AM  22           AFTER YOU HAVE HEARD THE ARGUMENTS AND THE LAW AS GIVEN BY

10:34AM  23       THE COURT, YOU WILL THEN RETIRE TO THE JURY ROOM TO DELIBERATE

10:34AM  24       THE MERITS OF THE CASE AND THEN TO RETURN WITH YOUR FINDINGS.

10:34AM  25           NOW, LET ME TALK A LITTLE BIT ABOUT YOUR SERVICE.  IT IS

10:34AM  1    AN OBLIGATION.  JURY SERVICE IS AN OBLIGATION, AND WE RECOGNIZE

10:34AM  2    IT'S INCONVENIENT TO YOU.

10:34AM  3        BUT I HOPE, AND MY COLLEAGUES HOPE, THAT YOU ALSO VIEW

10:34AM  4    JURY SERVICE AS A PRIVILEGE, A PRIVILEGE TO SERVE YOUR

10:34AM  5    COMMUNITY AND TO PARTICIPATE IN YOUR SYSTEM OF JUSTICE.

10:34AM  6        AND WE ALL RECOGNIZE AND WE'RE SENSITIVE TO THE FACT THAT

10:34AM  7    IT'S HIGHLY LIKELY THAT NONE OF YOU ARE HERE BECAUSE YOU HAVE

10:34AM  8    NOTHING ELSE TO DO, OR THAT YOU VOLUNTEERED OUT OF THE GOODNESS

10:34AM  9    OF YOUR HEARTS TO JOIN US HERE.

10:34AM  10   WE RECOGNIZE THAT JURY SERVICE IS AN IMPOSITION ON YOU.

10:34AM  11   IT IMPOSES ON YOU.  IT TAKES YOU FROM THOSE WHO NEED AND RELY

10:35AM  12   ON YOU AT YOUR WORKPLACES AND AT YOUR HOMES.

10:35AM  13       FOR THOSE OF US WORKING IN THE JUSTICE SYSTEM AND TRYING

10:35AM  14   TO IMPROVE ON THE QUALITY OF JUSTICE, IT IS A CHALLENGE TO

10:35AM  15   PROVIDE A FAIR AND IMPARTIAL JURY FOR ALL OF OUR TRIALS.  IT'S

10:35AM  16   A CHALLENGE TO DELIVER ON THE PROMISE OF A JURY OF ONE'S PEERS,

10:35AM  17   A TRUE CROSS-SECTION OF OUR COMMUNITY TO EVERYONE ENTERING OUR

10:35AM  18   COURTS.

10:35AM  19       IT'S A PROMISE THAT WE ENDEAVOR TO FULFILL AS WE RECOGNIZE

10:35AM  20   WE WOULD RELY ON THAT PROMISE SHOULD ANY OF US COME INTO THE

10:35AM  21   JUSTICE SYSTEM AS A PARTY.

10:35AM  22       OUR CONSTITUTION GUARANTEES THE RIGHT TO A JURY TRIAL, AND

10:35AM  23   THAT IS THE BASIS FOR ALL OF OUR OBLIGATIONS, YOURS AND MINE.

10:35AM  24       I SHOULD TELL YOU THAT I GET SUMMONED FOR JURY SERVICE.

10:35AM  25   IT'S HAPPENED TO ME ONCE -- THREE TIMES IN THE LAST THREE

10:36AM  1        YEARS.  I SHOULD TELL YOU, WITH GREAT REGRET, I HAVE NOT BEEN

10:36AM  2        SELECTED.  I DON'T KNOW WHAT THAT IS ABOUT.

10:36AM  3             (LAUGHTER.)

10:36AM  4                 THE COURT:  BUT HOPE SPRINGS ETERNAL.  WE'LL SEE.

10:36AM  5        I SUPPOSE I SHOULD MENTION TO YOU THAT I THINK IT'S

10:36AM  6        SIGNIFICANT NOW TO PARTICIPATE IN YOUR JURY SERVICE, PERHAPS

10:36AM  7        NOW MORE THAN EVER.

10:36AM  8        WE KNOW WE'RE IN A PANDEMIC SITUATION NOW, AND OUR LIVES

10:36AM  9        HAVE CHANGED DRAMATICALLY, BOTH IN OUR PROFESSIONAL LIVES AND

10:36AM 10        OUR PERSONAL LIVES AS TO ACTIVITIES THAT WERE PREVIOUSLY THE

10:36AM 11        NORM AND PREVIOUSLY WE HAD THE LUXURY OF ENGAGING IN.

10:36AM 12        AND WE SEE REGRETTABLY IN OUR COMMUNITIES THE LOSS OF LIFE

10:36AM 13        AND INDIVIDUALS AFFECTED WITH THIS PANDEMIC.

10:36AM 14        I SUGGEST TO YOU THAT SERVING AS A JUROR NOW IS AS

10:36AM 15        IMPORTANT AS EVER.  YOU SEE THAT, THAT THEN REFLECTS TO OUR

10:36AM 16        COMMUNITIES, TO OUR COUNTRY, AND TO THE WORLD THAT DURING THE

10:37AM 17        CHALLENGE OF A PANDEMIC, OUR COURTS ARE OPEN AND OUR JUSTICE

10:37AM 18        SYSTEM ENDURES.  AND YOUR PARTICIPATION IN THAT SHOULD, I HOPE,

10:37AM 19        GIVE YOU SOME PRIDE IN YOUR COUNTRY AND PRIDE IN YOUR JUSTICE

10:37AM 20        SYSTEM AS WELL.

10:37AM 21        NOW, I'D LIKE TO TAKE A MOMENT TO TALK ABOUT COVID AND THE

10:37AM 22        COVID PROTOCOLS THAT WE HAVE ENGAGED.  THIS IS OF GREAT CONCERN

10:37AM 23        TO EVERYONE.

10:37AM 24        FIRST OF ALL, LET ME TELL YOU THAT I HAVE THE PERMISSION

10:37AM 25        OF THESE LAWYERS AND OUR STAFF TO TELL YOU THAT EVERYONE ON MY

10:37AM 1    STAFF AND THE LAWYERS AND THEIR STAFF HAVE BEEN VACCINATED.

10:37AM 2         I SHOULD ALSO TELL YOU THAT THE INFORMATION I HAVE IS THAT

10:37AM 3    ALL OF OUR PROSPECTIVE PANEL MEMBERS, ALL OF YOU, THE

10:37AM 4    INFORMATION WE HAVE IS THAT ALL OF YOU ARE ALSO VACCINATED.

10:37AM 5         WE WILL CONTINUE TO STRIVE TO CONTINUE FOR YOUR

10:38AM 6    PROTECTION, SAFETY, AND GOOD HEALTH.  AS YOU SEE, WE'LL ENGAGE

10:38AM 7    IN SOCIAL DISTANCING.  WE'LL HAVE MASKS AVAILABLE.  PARTIES IN

10:38AM 8    COURT WILL WEAR MASKS.  WITNESSES, DEPENDING ON THEIR HEALTH

10:38AM 9    AND VACCINATION STATUS, MAY BE ABLE TO REMOVE THEIR MASK OR

10:38AM 10   WEAR A CLEAR FACE SHIELD WHILE TESTIFYING.

10:38AM 11        I SHOULD TELL YOU THAT I HAVE ALSO TOLD THE LAWYERS THAT

10:38AM 12   IF THEY WISH TO CALL A WITNESS IN THE CASE, TO INQUIRE AS TO

10:38AM 13   THAT WITNESS'S VACCINATION STATUS IN ADVANCE SO WE CAN TAKE

10:38AM 14   PRECAUTIONS IF WE NEED TO, AND THEY'VE AGREED TO DO THAT.

10:38AM 15        WE'LL HAVE AIR PURIFIERS AT THE WITNESS STAND.  THERE IS

10:38AM 16   ONE HERE UNDERNEATH THE WITNESS STAND THAT IS ACTIVE, AND I

10:38AM 17   BELIEVE WE'LL HAVE ONE OTHER PURIFIER AT EACH COUNSEL TABLE AND

10:38AM 18   WE CAN, SHOULD A SITTING JUROR HAVE A REQUEST FOR ANOTHER OR

10:38AM 19   FEEL IT'S APPROPRIATE, I CAN SECURE ANOTHER AIR FILTER FOR

10:38AM 20   THESE AREAS AS NEEDED.

10:38AM 21        NOW, LET ME TELL YOU A LITTLE BIT ABOUT OUR BUILDING.  OUR

10:38AM 22   COURTHOUSE, IT'S QUITE OLD.  IT'S OVER 25, 30 YEARS OLD.

10:39AM 23        BUT I SHOULD TELL YOU THAT WE RECENTLY HAD AN UPGRADE IN

10:39AM 24   OUR HVAC SYSTEM.  I THINK THAT OCCURRED ABOUT FOUR YEARS AGO.

10:39AM 25   WE'VE UPGRADED OUR SYSTEM TO SOMETHING CALLED MERV 14.  THIS IS

10:39AM  1    THE MERV FILTRATION SYSTEM, AND THE CURRENT GUIDANCE, AS I

10:39AM  2    UNDERSTAND IT, IS TO INSTALL A MERV 13.  SO WE'RE ABOVE THE

10:39AM  3    MINIMUM STANDARD IN THAT REGARD.

10:39AM  4        THIS HELPS US, AND UNFORTUNATELY, THE AIR QUALITY OUTSIDE

10:39AM  5    IS POOR BECAUSE OF THE FIRES THAT ARE IN CALIFORNIA RIGHT NOW,

10:39AM  6    BUT OUR SYSTEM IS EXCELLENT AT FILTERING THAT AIR AS WELL.

10:39AM  7        I ASKED OUR BUILDING MANAGEMENT ABOUT THE AIR CIRCULATION

10:39AM  8    IN THIS COURTROOM, AND I'M INFORMED THAT THE AIR IN THIS

10:39AM  9    COURTROOM CIRCULATES, IT ENTIRELY CIRCULATES AT -- IT'S CALLED

10:39AM  10   A RATE OF AIR CHANGE PER HOUR RATE, ACH IS WHAT THE ENGINEERS

10:40AM  11   CALL IT, OF 6.3.  AND WHAT THAT MEANS TO ME AND TO YOU IS THAT

10:40AM  12   THE AIR IN THIS COURTROOM CIRCULATES COMPLETELY ABOUT EVERY TEN

10:40AM  13   MINUTES.

10:40AM  14       SO OUR FILTRATION SYSTEM, OUR HVAC SYSTEM, IS WORKING

10:40AM  15   ADMIRABLY.  IT'S DOING ITS JOB.  I HOPE THAT BRINGS YOU SOME

10:40AM  16   COMFORT.

10:40AM  17       WE RUN THIS SYSTEM TWO HOURS IN ADVANCE OF OPENING.  THAT

10:40AM  18   MEANS IT STARTS ABOUT 5:00 A.M. SO IT COULD GENERATE AS MUCH

10:40AM  19   CIRCULATION AS POSSIBLE.  IT RUNS ABOUT TWO HOURS AFTER THE

10:40AM  20   CLOSE OF BUSINESS.

10:40AM  21       AS TO OUR BUILDING ITSELF, THE GSA, THE GENERAL SERVICE

10:40AM  22   ADMINISTRATION WHICH SUPERVISES THE BUILDINGS HERE, HAS

10:40AM  23   IMPLEMENTED GUIDELINES FROM THE CDC REGARDING ROUTINE CLEANING,

10:40AM  24   DISINFECTION OF HIGH TOUCH SURFACE AREAS AND HIGH TRAFFIC

10:41AM  25   AREAS.

10:41AM  1      WE HAVE FACE MASKS AND SANITIZER TO PROVIDE YOU SHOULD YOU

10:41AM  2   NEED THOSE THINGS, AND IF YOU HAVE A REQUEST FOR THAT, WE CAN

10:41AM  3   CERTAINLY PROVIDE THAT FOR YOU.

10:41AM  4      NOW, THE SCHEDULE I TALKED ABOUT SEEKS TO KEEP TIME IN OUR

10:41AM  5   COURTROOM, NOTWITHSTANDING THE EXCELLENT SYSTEM WE HAVE HERE, I

10:41AM  6   DO WANT TO KEEP TIME IN THE COURTROOM SPACED, SO AS OUR JURORS

10:41AM  7   AND PARTICIPANTS AREN'T SEATED FOR IN EXCESS OF TWO HOURS AT A

10:41AM  8   TIME.  THAT'S WHAT I'M TRYING TO ACCOMPLISH.  WE'LL SPACE

10:41AM  9   BREAKS ALSO AS NECESSARY AND AS I FEEL APPROPRIATE.

10:41AM  10      THIS HOPEFULLY WILL ALLOW FOR BREAKS, BUT ALSO WILL ALLOW

10:41AM  11   FOR THE EFFICIENT AND ORDERLY TRIAL PROCESS TO CONTINUE.

10:41AM  12      NOW, WE HAVE A COURTROOM JUST NEXT DOOR, AND I WANT TO

10:41AM  13   TELL YOU IF YOU'RE SEATED AS A JUROR, THAT'S GOING TO BE YOUR

10:41AM  14   DELIBERATION ROOM.  YOU WILL HAVE THE WHOLE COURTROOM TO USE

10:42AM  15   FOR DELIBERATION AND DISCUSSIONS.

10:42AM  16      AND BY THAT, YOU CAN THEN SOCIALLY DISTANCE YOURSELVES IN

10:42AM  17   THAT COURTROOM.

10:42AM  18      I SHOULD TELL YOU THAT I'VE HAD TWO TRIALS THIS YEAR IN

10:42AM  19   OUR COURTHOUSE, AND THAT'S WHAT OUR JURORS DID.  WE DEDICATED A

10:42AM  20   COURTROOM SO THE JURORS CAN SPACE THEMSELVES OUT.  SOME WILL

10:42AM  21   SIT IN THE JURY BOX.  SOME WITNESS SIT AT THE TABLES AROUND,

10:42AM  22   AND THAT AFFORDS SEPARATION FOR YOU AND HOPEFULLY PROVIDES SOME

10:42AM  23   SAFETY AND COMFORT TO YOU.

10:42AM  24      SO YOU'LL HAVE THE ENTIRE COURTROOM NEXT DOOR TO SERVE AS

10:42AM  25   YOUR DELIBERATION ROOM.

10:42AM   1        WE ALSO WILL BE PROVIDING DURING THESE THREE DAYS A WEEK,

10:42AM   2    AT LEAST TO START, WE WILL BE PROVIDING, I'M TOLD, SOME

10:42AM   3    BREAKFAST ITEMS.  AND WE'LL HAVE THAT FOR YOU HERE.  WE'LL

10:42AM   4    PROBABLY SPACE THAT OUT BECAUSE I'M TOLD THAT THE SERVICE THAT

10:42AM   5    WE USE IS EXCELLENT, THEY HAVE EXCELLENT BAGELS AND FRESH FRUIT

10:42AM   6    AND THEY BRING A LOT OF IT, SO IT SOUNDS LIKE IT CAN BE SPACED

10:43AM   7    OUT OVER THE COURSE OF THESE THREE DAYS.  SO YOU WILL HAVE

10:43AM   8    BENEFIT OF THAT.

10:43AM   9        NOW, IF YOU HAVE ANY QUESTIONS OR ISSUE REGARDING YOUR

10:43AM  10    SAFETY OR THE COURT CONDITIONS DURING YOUR TIME HERE, YOU

10:43AM  11    SHOULD REACH OUT TO OUR COURT STAFF WITH ANY OF THOSE, AND

10:43AM  12    WE'LL BE HAPPY TO PROVIDE YOU INFORMATION AS NEEDED.

10:43AM  13        NOW, LET ME ASK THIS:  IS THERE ANY MEMBER OF THE PANEL

10:43AM  14    WHO HAS ANY SPECIAL DISABILITY PROBLEM OR ISSUE THAT WOULD MAKE

10:43AM  15    SERVING AS A JUROR DIFFICULT?  I'M CALLING OUT THIS

10:43AM  16    SPECIFICALLY FOR, FIRST OF ALL, ANY HEARING ISSUES?  DOES

10:43AM  17    ANYONE ON THE PANEL HERE HAVE ANY HEARING ISSUE, OR WOULD YOU

10:43AM  18    LIKE TO HAVE AN ASSISTED LISTENING DEVICE PROVIDED FOR YOU

10:43AM  19    TODAY TO ASSIST IN THAT REGARD?  WE HAVE SOME HEADPHONES THAT

10:43AM  20    WE CAN USE IF ANYONE WOULD BENEFIT FROM THAT.

10:43AM  21        IF YOU WOULD RAISE YOUR HAND, WE'LL GET THAT TO YOU.

10:43AM  22        I SEE NO HANDS.

10:43AM  23        ANY OTHER ISSUE, MEDICAL ISSUE OR ANYTHING ELSE THAT

10:43AM  24    SOMEONE WANTS TO RAISE?

10:44AM  25        I SEE A COUPLE OF HANDS.  LET ME TRY TO FIND THOSE JURORS.

10:44AM 1      WE'RE GOING TO ALSO PROVIDE A MICROPHONE FOR YOU, AND

10:44AM 2   WE'LL SEND THE MICROPHONE WITH WIPES, SO IF YOU WOULD WIPE THE

10:44AM 3   MICROPHONE SURFACE AND PERHAPS THE MICROPHONE SCREEN AS WELL,

10:44AM 4   THAT WOULD BE HELPFUL.

10:44AM 5      SO LET ME SEE THE HANDS AGAIN, PLEASE.

10:44AM 6      OKAY.  THAT LOOKS -- IS THAT MR. PACK?  YOU'RE JUROR

10:44AM 7   NUMBER 137, SIR?

10:44AM 8          PROSPECTIVE JUROR:  YES.

10:44AM 9          THE COURT:  WHAT WOULD YOU LIKE ME TO KNOW?

10:44AM 10         PROSPECTIVE JUROR:  I HAVE A SURGERY SCHEDULED FOR

10:44AM 11  THE 8TH.  IT'S POSSIBLE TO RESCHEDULE IT, BUT IT PROBABLY IS

10:44AM 12  GOING TO BE DIFFICULT GIVEN IT PROBABLY TAKES ONE OR MAYBE TWO

10:44AM 13  DAYS RECUPERATION.

10:44AM 14         THE COURT:  I SEE.  AND THAT IS SCHEDULED NEXT WEEK

10:44AM 15  IT SOUNDS LIKE.

10:44AM 16         PROSPECTIVE JUROR:  YES, I APOLOGIZE.  I DIDN'T

10:45AM 17  EXPECT THE TRIAL TO START SO SOON.

10:45AM 18         THE COURT:  WELL, WE'RE VERY EFFICIENT, MR. PACK.

10:45AM 19      (LAUGHTER.)

10:45AM 20         THE COURT:  I APPRECIATE THAT.  RESCHEDULING -- I

10:45AM 21  WANT TO BE DELICATE HERE AND I DON'T WANT YOU TO REVEAL ANY

10:45AM 22  PERSONAL INFORMATION -- BUT RESCHEDULING, YOU HEARD ME TALK

10:45AM 23  ABOUT THE LENGTH OF THE TRIAL.

10:45AM 24      WHAT ARE YOUR THOUGHTS ABOUT RESCHEDULING THE SURGERY?

10:45AM 25  DON'T TELL ME WHAT IT IS, BUT --

10:45AM  1                PROSPECTIVE JUROR:  YEAH.  SO THERE'S AN OUTSIDE

10:45AM  2    POSSIBILITY THAT I COULD PUSH IT INTO THIS FRIDAY, BUT THAT IS

10:45AM  3    PROBABLY DIFFICULT.

10:45AM  4         IT'S NOT A LIFE THREATENING THING.  IT'S SOMETHING THAT IS

10:45AM  5    A SEVERE INCONVENIENCE, SO I WOULD LIKE TO HAVE IT DONE.

10:45AM  6                THE COURT:  SURE.  OF COURSE.  THE RECOVERY TIME

10:46AM  7    WOULD BE HOW LONG?  OR WHAT IS THE INFORMATION THAT YOU HAVE?

10:46AM  8                PROSPECTIVE JUROR:  IT'S BASICALLY A SINUS SURGERY,

10:46AM  9    YOU KNOW, SO IT'S PROBABLY -- SO I PROBABLY DON'T HAVE A

10:46AM 10    PROBLEM THE NEXT DAY.  BUT THERE'S A POSSIBILITY, AND LOOKING

10:46AM 11    REALLY WEIRD.

10:46AM 12                THE COURT:  THAT'S WHAT THE MASKS ARE FOR.

10:46AM 13                PROSPECTIVE JUROR:  YES, THAT'S RIGHT.  I'LL USE A

10:46AM 14    BIG MASK.

10:46AM 15         (LAUGHTER.)

10:46AM 16                THE COURT:  WELL, MY CONCERN IS YOUR HEALTH AND YOUR

10:46AM 17    CONDITION, AND IN OUR CURRENT CLIMATE WITH THE PANDEMIC AND

10:46AM 18    THIS VARIANT THAT IS ABOUT, LET ME JUST EXPRESS A CONCERN, MY

10:46AM 19    SENSE IS THAT YOU PROBABLY WOULD BE TAKING SOME ANTIBIOTICS OR

10:46AM 20    SOME OTHER TYPE OF FOLLOW-UP MEDICATION FOLLOWING THE SURGERY.

10:46AM 21         MY CONCERN IS THAT YOU MIGHT OTHERWISE BE AT A HIGHER RISK

10:46AM 22    OF INFECTION, SHALL WE SAY, THAT CREATES SOME CONCERNS.

10:46AM 23         HAVE YOU TALKED TO YOUR DOCTOR ABOUT THAT, AND WHAT HAS

10:46AM 24    SHE TOLD YOU?  IF YOU WANT TO SHARE.  YOU DON'T HAVE TO.

10:47AM 25                PROSPECTIVE JUROR:  ACTUALLY, THE INFECTION THING IS

10:47AM 1    NOT A CONCERN --

10:47AM 2              THE COURT:  OKAY.

10:47AM 3              PROSPECTIVE JUROR:  -- TO ME.  I JUST DO NOT WANT TO

10:47AM 4    HAVE YOU DEPEND UPON ME AND HAVE ME NOT SHOW UP AS A GOOD --

10:47AM 5    OPERATING IN GOOD CAPACITY.

10:47AM 6              THE COURT:  THANK YOU VERY MUCH, SIR.

10:47AM 7         MR. SCHENK, ANY QUESTIONS?

10:47AM 8              MR. SCHENK:  NO OBJECTION TO HARDSHIP, YOUR HONOR.

10:47AM 9              MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:47AM 10             THE COURT:  ALL RIGHT.  THANK YOU.

10:47AM 11        MR. PACK, THE LAWYERS HAVE INDICATED THAT THEY WOULD AGREE

10:47AM 12   AND STIPULATE TO THE EXCUSAL FOR THE MEDICAL REASONS AND

10:47AM 13   STIPULATION.  I EXCUSE YOU NOW.  BEST WISHES ON YOUR SURGERY.

10:47AM 14   THANK YOU FOR JOINING US THIS MORNING.  IT WAS A PLEASURE

10:47AM 15   MEETING YOU.

10:47AM 16             PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR.

10:47AM 17             THE COURT:  CAN MR. PACK JUST LEAVE, OR DOES HE HAVE

10:47AM 18   TO GO DOWNSTAIRS?

10:47AM 19             THE CLERK:  NO, YOUR HONOR.  HE CAN JUST LEAVE THE

10:48AM 20   COURTHOUSE.

10:48AM 21             THE COURT:  WE'LL COLLECT THE MICROPHONE.  IF YOU

10:48AM 22   COULD LEAVE THE PAPERWORK, THOUGH, ON YOUR SEAT THERE.

10:48AM 23             THE CLERK:  I BELIEVE THE JUROR NEXT DOOR CAN TAKE

10:48AM 24   IT.

10:48AM 25             THE COURT:  OKAY.  THANK YOU, MR. PACK.

10:48AM 1            I SAW ANOTHER HAND.  IS THAT MR. TAUSWORTHE?  IS THAT

10:48AM 2       RIGHT?  JUROR NUMBER 141?

10:48AM 3                  PROSPECTIVE JUROR:  YES.

10:48AM 4                  THE COURT:  YOU CAN WIPE THE MICROPHONE THERE AND

10:48AM 5       USE THAT IF YOU WISH, PLEASE.

10:48AM 6                  PROSPECTIVE JUROR:  I HAVE RELAPSING REMEDIAL

10:48AM 7       SCLEROSIS WHICH CAN AFFECT MY ABILITY TO WALK AND MY LINE OF

10:48AM 8       SIGHT.  I HAVEN'T HAD ANY FLARE UPS IN A FEW YEARS SINCE I

10:48AM 9       CHANGED MEDICATION.  I JUST WANTED TO ESTABLISH THAT SO IF

10:48AM 10      SOMETHING WERE TO HAPPEN, ALTHOUGH IT'S UNLIKELY, IT WOULDN'T

10:49AM 11      BE A SURPRISE TO THE COURT.

10:49AM 12                 THE COURT:  THANK YOU, SIR.  I READ THAT IN YOUR

10:49AM 13      QUESTIONNAIRE.  YOU INFORMED US OF THAT.  I THINK YOU INDICATED

10:49AM 14      AS MUCH IN YOUR QUESTIONNAIRE.  IT WAS INFORMATION THAT YOU

10:49AM 15      WANTED US TO KNOW.  BUT YOU HAD A THOUGHT, AS YOU JUST

10:49AM 16      EXPRESSED, THAT IT WOULD NOT CAUSE YOU ANY ISSUE TO SIT AS A

10:49AM 17      JUROR HERE.  IS THAT ACCURATE?

10:49AM 18                 PROSPECTIVE JUROR:  YEAH, I DO NOT EXPECT ANY ISSUE.

10:49AM 19                 THE COURT:  WOULD IT -- LET ME JUST TALK ABOUT

10:49AM 20      SEATING.  YOU SEE THE JURY BOX HERE.  THAT'S NORMALLY WHERE

10:49AM 21      JURORS WOULD SIT.  THAT'S WHERE SOME OF THE JURORS WHO ARE

10:49AM 22      SELECTED IN THIS CASE WILL SIT.

10:49AM 23          WE MAY HAVE TO USE ANOTHER ROW TO KEEP SOCIAL DISTANCING

10:49AM 24      PROTOCOLS.  WOULD SEATING YOU IN A CERTAIN WAY BE OF

10:49AM 25      ASSISTANCE?

| | | |
|---|---|---|
| 10:49AM | 1 | PROSPECTIVE JUROR:  IT COULD BE.  AGAIN, AT THE |
| 10:49AM | 2 | MOMENT I DON'T THINK THAT'S NECESSARY, BUT IF SOMETHING WERE TO |
| 10:49AM | 3 | HAPPEN, THAT WOULD PROBABLY WORK OUT GREAT. |
| 10:50AM | 4 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:50AM | 5 | DO YOU -- AND I'M SORRY TO INQUIRE, AND IF YOU WOULD LIKE |
| 10:50AM | 6 | TO SPEAK PRIVATELY ABOUT THIS, I'M HAPPY TO ARRANGE THAT. |
| 10:50AM | 7 | ARE THERE MEDICATIONS THAT YOU TAKE THAT CAUSE YOU TO |
| 10:50AM | 8 | BE -- TO INTERRUPT YOUR -- LET ME JUST CALL IT YOUR COGNITIVE |
| 10:50AM | 9 | ABILITIES, YOUR ABILITY TO FOCUS, TO LISTEN, TO HEAR? |
| 10:50AM | 10 | PROSPECTIVE JUROR:  NO, WE HAVE NOT OBSERVED |
| 10:50AM | 11 | ANYTHING LIKE THAT WITH MY MEDICATIONS. |
| 10:50AM | 12 | THE COURT:  OKAY.  GREAT.  THANK YOU. |
| 10:50AM | 13 | ANY QUESTIONS, MR. SCHENK? |
| 10:50AM | 14 | MR. SCHENK:  NO, YOUR HONOR. |
| 10:50AM | 15 | MR. DOWNEY:  NOTHING, YOUR HONOR. |
| 10:50AM | 16 | THE COURT:  OKAY.  THANK YOU FOR TELLING US THAT, |
| 10:50AM | 17 | SIR.  I APPRECIATE THAT. |
| 10:50AM | 18 | PROSPECTIVE JUROR:  THANK YOU, YOUR HONOR. |
| 10:50AM | 19 | THE COURT:  YOU'RE WELCOME. |
| 10:50AM | 20 | I THINK THERE WAS ANOTHER HAND BEHIND YOU.  IS THAT |
| 10:50AM | 21 | MR. TONG?  YOU'RE JUROR NUMBER 147, I BELIEVE.  WE'LL HAND YOU |
| 10:50AM | 22 | THE MICROPHONE AND YOU CAN WIPE IT IF YOU WOULD LIKE. |
| 10:50AM | 23 | PROSPECTIVE JUROR:  IS THIS MEDICAL OR WITH REGARD |
| 10:50AM | 24 | TO ANY HARDSHIP THAT WE HAVE? |
| 10:50AM | 25 | THE COURT:  THIS IS MEDICAL. |

10:50AM 1          PROSPECTIVE JUROR:  I'LL WAIT FOR LATER.

10:50AM 2          THE COURT:  OKAY.  DO YOU FEEL YOU HAVE A HARDSHIP

10:51AM 3   THAT YOU WANT TO TALK ABOUT?

10:51AM 4          PROSPECTIVE JUROR:  IT'S NOT MEDICAL RELATED.

10:51AM 5          THE COURT:  OKAY.  THANK YOU.

10:51AM 6      WAS THERE ANOTHER HAND FOR MEDICAL OR ANY OTHER ISSUE?

10:51AM 7      ANY BACK THERE?  NO.  I DON'T SEE ANY IN THE AUDIENCE.

10:51AM 8      SO WE'LL REACH OUT.  IS IT MS. ZHAO?  MS. ZHAO, JUST A

10:51AM 9   SECOND AND WE ARE GOING TO GET A MICROPHONE FOR YOU.

10:51AM 10         PROSPECTIVE JUROR:  HI, YOUR HONOR.  I AM

10:51AM 11  XIAOYAN ZHAO.

10:51AM 12     I HAVE TWO PROCEDURES SCHEDULED, KIND OF RADIOLOGY, AN

10:51AM 13  X-RAY, AND IT'S A FOLLOW-UP EXAM, BUT BASICALLY PREVIOUSLY IT

10:51AM 14  WAS DEFERRED KIND OF THEY HAVE SUSPICION OF THEY WANT TO GET A

10:52AM 15  BIOPSY.  SO THE RESULT, IT WAS DEFERRED BECAUSE AT THE TIME I

10:52AM 16  DON'T HAVE ANYONE TO TAKE CARE OF THE KIDS SO WE DEFER IT TO

10:52AM 17  OCTOBER.

10:52AM 18     AND BASED ON THE RESULT, SO MY MENTAL AND EVERYTHING ELSE

10:52AM 19  MAY CHANGE.  SO THAT'S A POTENTIAL EFFECT TO THE CASE TO MY

10:52AM 20  AVAILABILITY, AND ALSO EVERYTHING FOLLOWS.

10:52AM 21         THE COURT:  THAT'S IN OCTOBER?

10:52AM 22         PROSPECTIVE JUROR:  YEAH.

10:52AM 23         THE COURT:  OCTOBER?  IS IT MID-OCTOBER?  LATE

10:52AM 24  OCTOBER?

10:52AM 25         PROSPECTIVE JUROR:  IT'S EARLY OCTOBER.

10:52AM  1           THE COURT:  EARLY OCTOBER.  OKAY.

10:52AM  2        AND THEN -- THERE'S A RADIOLOGY APPOINTMENT.  AND THEN DID

10:52AM  3   YOU SAY THERE WOULD BE A SUBSEQUENT BIOPSY AFTER THAT?

10:52AM  4           PROSPECTIVE JUROR:  THE PREVIOUS RADIOLOGY HAVE A

10:52AM  5   BIOPSY FOLLOWED, AND I POSTPONED THE BIOPSY TO OCTOBER.  BUT IN

10:52AM  6   SEPTEMBER I WILL HAVE ANOTHER RADIOLOGY TO FOLLOW UP.

10:53AM  7           THE COURT:  RIGHT.  AND THEN YOU'LL CONSULT WITH

10:53AM  8   YOUR PHYSICIANS ABOUT THE RESULTS OF THAT?

10:53AM  9           PROSPECTIVE JUROR:  YEAH.

10:53AM  10          THE COURT:  I SEE.  DO YOU THINK THAT THAT -- IS

10:53AM  11  THAT GOING TO AFFECT YOUR ABILITY TO CONCENTRATE ON THIS CASE

10:53AM  12  DO YOU THINK?

10:53AM  13          PROSPECTIVE JUROR:  YEAH, I THINK --

10:53AM  14          THE COURT:  SURE.

10:53AM  15          PROSPECTIVE JUROR:  -- BASED ON THE RESULTS IT WILL

10:53AM  16  GIVE ME CONCERN.

10:53AM  17          THE COURT:  SURE.

10:53AM  18        ANY QUESTIONS, MR. SCHENK?

10:53AM  19          MR. SCHENK:  NO, YOUR HONOR.

10:53AM  20          MR. DOWNEY:  NOTHING, YOUR HONOR.

10:53AM  21          THE COURT:  ALL RIGHT.  THANK YOU FOR TELLING US

10:53AM  22  ABOUT THAT, MS. ZHAO.  I APPRECIATE IT.

10:53AM  23        I WILL EXCUSE YOU AT THIS TIME.  SO JUROR NUMBER 120,

10:53AM  24  MRS. ZHAO, IS EXCUSED FOR HARDSHIP, AND BEST WISHES TO YOU.

10:53AM  25          PROSPECTIVE JUROR:  THANK YOU.

10:53AM 1          THE COURT:  ALL RIGHT.  THANK YOU.

10:53AM 2          I DON'T SEE ANY OTHER HANDS FOR THAT QUESTION.

10:53AM 3          ONE JUST POPPED UP.  MR. NGO, WE'LL GET THE MICROPHONE TO

10:54AM 4    YOU.

10:54AM 5          PROSPECTIVE JUROR:  MY NAME IS ANTONION NGO.

10:54AM 6          CAN I BE EXCUSED BECAUSE I HAVE A PROBLEM WITH MY HEARING

10:54AM 7    AND I HAVE TO TAKE CARE OF MY KID?  MY WIFE I TAKE TO WORK

10:54AM 8    EVERY DAY AND I'M THE ONLY ONE WHO IS DRIVING.

10:54AM 9          THE COURT:  WELL, SIR, AS TO YOUR HEARING, WE HAVE

10:54AM 10   ASSISTED LISTENING DEVICES, AND I'M HAPPY TO PROVIDE THAT TO

10:54AM 11   YOU IF YOU THINK THAT WOULD BE HELPFUL TO YOU.

10:55AM 12         PROSPECTIVE JUROR:  ALSO, I HAVE TO DROP OFF MY WIFE

10:55AM 13   TO WORK EVERY DAY, AND MY MOTHER-IN-LAW, I NEED TO TAKE HER

10:55AM 14   BLOOD SUGAR EVERY DAY, TOO.  THEY'RE 82 YEARS OLD.

10:55AM 15         THE COURT:  ALL RIGHT, SIR.  WHAT TIME DO YOU DROP

10:55AM 16   OFF YOUR CHILDREN?

10:55AM 17         PROSPECTIVE JUROR:  PARDON ME?

10:55AM 18         THE COURT:  WHAT TIME DO YOU DROP YOUR CHILDREN OFF?

10:55AM 19         PROSPECTIVE JUROR:  8:00 IN THE MORNING, AND MY WIFE

10:55AM 20   MAYBE 12:00 O'CLOCK.

10:55AM 21         THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

10:55AM 22      ANY QUESTIONS, MR. SCHENK?

10:55AM 23         MR. SCHENK:  NO, YOUR HONOR.

10:55AM 24         MR. DOWNEY:  NOTHING.

10:55AM 25         THE COURT:  ALL RIGHT.  THANK YOU, SIR.  THANK YOU.

10:55AM 1          MR. NGO, THANK YOU.  I'M NOT GOING TO EXCUSE YOU JUST AT

10:55AM 2     THE MOMENT, BUT IF YOU WOULD JUST TAKE A SEAT.

10:56AM 3          LET ME ASK YOU, WOULD YOU LIKE ONE OF THESE ASSISTED

10:56AM 4     LISTENING DEVICES?

10:56AM 5          WHY DON'T WE PROVIDE SOMETHING TO MR. NGO JUST FOR THE

10:56AM 6     MOMENT.

10:56AM 7               THE CLERK:  (HANDING.)

10:56AM 8               THE COURT:  THANK YOU.

10:56AM 9          ANY OTHER RESPONSE TO THAT QUESTION?

10:56AM 10         I SEE NO HANDS.

10:56AM 11         LADIES AND GENTLEMEN, WE NOW COME TO THAT PORTION OF THE

10:56AM 12    TRIAL WHERE I WILL ASK YOU SOME QUESTIONS REGARDING YOUR

10:57AM 13    QUALIFICATIONS TO SIT AS JURORS IN THE CASE.  COUNSEL WILL ALSO

10:57AM 14    HAVE AN OPPORTUNITY TO ASK YOU QUESTIONS.

10:57AM 15         THIS PROCESS IS VERY IMPORTANT BECAUSE THE PARTIES AND THE

10:57AM 16    COURT WANT FAIR AND IMPARTIAL JURORS, JURORS WHO ARE FREE OF

10:57AM 17    ANY PRECONCEIVED IDEA, BELIEF, ATTITUDE, BIAS, OR PREJUDICE

10:57AM 18    ABOUT THE OFFENSES CHARGED OR THE ACCUSED, AND JURORS WHO WILL

10:57AM 19    DECIDE THIS CASE ONLY AFTER HEARING ALL OF THE EVIDENCE IN THIS

10:57AM 20    COURTROOM, THE ARGUMENTS OF COUNSEL, THE LAW AS GIVEN TO YOU BY

10:57AM 21    THE COURT, AND THEN ONLY AFTER DELIBERATING WITH YOUR FELLOW

10:57AM 22    JURORS.

10:57AM 23         BY THE OATH THAT YOU HAVE TAKEN, YOU'RE OBLIGATED TO

10:57AM 24    ANSWER ALL OF THESE QUESTIONS TRUTHFULLY AND COMPLETELY.

10:57AM 25         YOU'LL HELP THE PROCESS BY VOLUNTEERING INFORMATION ABOUT

10:57AM 1    YOUR EXPERIENCES, FEELINGS, BIASES, IF ANY, EVEN THOUGH YOU

10:57AM 2    FEEL YOU CAN PUT ASIDE THOSE FEELINGS, EXPERIENCES, AND BIASES

10:58AM 3    TO SERVE AS A FAIR AND IMPARTIAL JUROR.

10:58AM 4        IF YOU ARE SENSITIVE ABOUT ANSWERING ANY QUESTION OF ANY

10:58AM 5    TYPE, YOU SHOULD PLEASE LET ME KNOW AND WE CAN DISCUSS WHATEVER

10:58AM 6    THAT MATTER IS PRIVATELY WITH COUNSEL.

10:58AM 7        LET ME SAY, YOU SHOULD -- IF YOU FEEL THAT YOU'D LIKE TO

10:58AM 8    DISCUSS SOMETHING PRIVATELY, PLEASE DON'T BE SHY ABOUT LETTING

10:58AM 9    ME KNOW THAT.  THAT'S VERY COMMON IN OUR COURTS, AND WE DO THAT

10:58AM 10   WITH GREAT FREQUENCY.  SO DON'T BE SHY ABOUT LETTING ME KNOW

10:58AM 11   THAT, AND WE CAN CERTAINLY ENGAGE THAT.

10:58AM 12       THIS PROCESS SEEKS TO IDENTIFY ANY MATTER, INCLUDING THOSE

10:58AM 13   THAT MIGHT BE CONTROVERSIAL THAT RAISE AN ISSUE OF BIAS OR AN

10:58AM 14   INABILITY TO BE FAIR AND IMPARTIAL.

10:58AM 15       NOW, IF ANY JUROR FEELS LIKE AN ISSUE HAS ARISEN THAT YOU

10:58AM 16   WOULD LIKE TO, OR YOU THINK IT MIGHT BE BETTER TO SPEAK IN

10:58AM 17   PRIVATE WITH THE COURT AND COUNSEL, AS I'VE SAID, PLEASE LET ME

10:58AM 18   KNOW AND WE CAN CERTAINLY DO THAT.

10:58AM 19       YOU SEE, IT'S IMPORTANT THAT YOU EXPRESS THESE ISSUES WITH

10:59AM 20   THE PARTIES.  WE CAN MEET PRIVATELY AND ALLOW YOU TO DO THAT.

10:59AM 21       AND I WANT YOU TO BE FRANK AND OPEN, BUT I ALSO WANT TO

10:59AM 22   NOT ALLOW ANYTHING THAT IS SAID TO NEGATIVELY INFLUENCE OR

10:59AM 23   AFFECT ANY OTHER JUROR.  THIS IS IMPORTANT.  WHILE WE ALL WANT

10:59AM 24   TO HEAR YOUR CANDID THOUGHTS ON TOPICS, IT IS IMPORTANT THAT

10:59AM 25   EXPRESSIONS, WHILE HEARTFELT, DO NOT TAINT OR NEGATIVELY IMPACT

10:59AM  1    THE FAIRNESS OF THE PANEL.

10:59AM  2        SO IF YOU FEEL, LADIES AND GENTLEMEN, THAT YOU MIGHT, FOR

10:59AM  3    WHATEVER REASON, HAVE AN ISSUE THAT IS CONTROVERSIAL OR

10:59AM  4    SOMETHING -- A STRONG BELIEF ABOUT SOMETHING, LET ME KNOW,

10:59AM  5    PLEASE, AND WE'LL HAVE A PRIVATE CONVERSATION ABOUT THAT.

10:59AM  6        NOW, IN SELECTING A JUROR, EACH SIDE IS PERMITTED A

10:59AM  7    CERTAIN NUMBER OF PEREMPTORY CHALLENGES TO PROSPECTIVE JURORS

10:59AM  8    AND AN ATTORNEY MAY EXCUSE A JUROR JUST BECAUSE THEY FEEL THIS

10:59AM  9    IS NOT THE RIGHT CASE FOR THEM.

10:59AM  10       THERE ARE CHALLENGES FOR CAUSE, AND THOSE ARISE WHERE A

11:00AM  11   PARTY OR THE COURT FEELS THAT AN INDIVIDUAL CANNOT SIT ON THE

11:00AM  12   CASE BECAUSE OF A BIAS, INTEREST, OR OTHER INABILITY TO BE

11:00AM  13   FAIR.

11:00AM  14       I'LL DETERMINE IF A JUROR SHOULD BE EXCUSED FOR CAUSE.

11:00AM  15   THE QUESTIONS OF THE COURT AND COUNSEL AND THE ANSWERS OF THE

11:00AM  16   PROSPECTIVE JURORS ASSIST THE ATTORNEYS IN THIS PROCESS.

11:00AM  17       NOW, FOLLOWING MY QUESTIONS AND THE QUESTIONS -- MY

11:00AM  18   QUESTIONS, THE LAWYERS WILL HAVE AN OPPORTUNITY TO MAKE ANY

11:00AM  19   DECISIONS ABOUT THE JURORS THAT THEY WISH.  WE'LL TAKE THESE UP

11:00AM  20   AFTER WE HAVE MET ALL OF THE PANELS, AND YOU'LL THEN BE

11:00AM  21   NOTIFIED BY THE COURT WHETHER AND WHEN YOU SHOULD RETURN TO THE

11:00AM  22   COURT FOR FURTHER SERVICE.

11:00AM  23       WE WILL ALSO BE SELECTING FIVE ALTERNATE JURORS IN THIS

11:00AM  24   CASE.  THEY WILL SIT DURING THE TRIAL AND, SHOULD A MEMBER OF

11:00AM  25   THE SEATED 12 JURORS BE UNABLE TO CONTINUE TO SIT AS A JUROR,

11:00AM 1    THE ALTERNATE JUROR WOULD REPLACE THAT SITTING JUROR AND WOULD

11:01AM 2    JOIN THE OTHER JURORS IN DELIBERATION AT THE CONCLUSION OF THE

11:01AM 3    CASE.

11:01AM 4        IF THERE IS NO NEED FOR THE SUBSTITUTION OF A SITTING

11:01AM 5    JUROR, THE ALTERNATE JURORS WOULD BE PERMITTED TO GO HOME.  YOU

11:01AM 6    WOULD STILL BE UNDER THE COURT ORDER NOT TO DISCUSS THE CASE OR

11:01AM 7    NOT TO READ, LISTEN TO, OR SEE ANY MATERIAL ATTACHED TO IT, BUT

11:01AM 8    YOU WOULD AND COULD BE SUBJECT TO BEING RECALLED TO REPLACE A

11:01AM 9    SITTING DELIBERATING JUROR.

11:01AM 10       IF THAT HAPPENS, THE JURY DELIBERATIONS WOULD START ANEW,

11:01AM 11   ALL OVER AGAIN WITH THE NEW SEATED AND SUBSTITUTED JUROR.

11:01AM 12       NOW, YOU'VE COMPLETED QUESTIONNAIRES LAST WEEK.  I'M

11:01AM 13   GRATEFUL FOR THAT.  WE'RE ALL GRATEFUL FOR THAT.  YOUR ANSWERS

11:01AM 14   IN RESPONSE TO THOSE QUESTIONNAIRES HAVE BEEN VERY HELPFUL IN

11:01AM 15   PREPARATION FOR THIS PROCESS.

11:01AM 16       NOW, MY QUESTIONS MAY BE REPETITIVE AS TO SOME OF THOSE

11:02AM 17   ITEMS ASKED, AND I'LL HAVE SOME ADDITIONAL QUESTIONS TO ASK AS

11:02AM 18   WELL.  SO THANK YOU IN ADVANCE FOR YOUR PATIENCE.

11:02AM 19       PLEASE DO LISTEN CAREFULLY TO ALL OF THE QUESTIONS ASKED

11:02AM 20   AND THE ANSWERS OF PROSPECTIVE JURORS.  DOING SO MAY ASSIST YOU

11:02AM 21   IN THINKING ABOUT WHAT YOUR RESPONSE MIGHT BE TO A QUESTION.

11:02AM 22       NOW, FIRST OF ALL, LET ME ASK THE PANEL AS A WHOLE HERE,

11:02AM 23   DO ANY OF YOU KNOW THE ASSISTANT UNITED STATES ATTORNEYS OR

11:02AM 24   DEFENSE COUNSEL OR ANY MEMBERS OF THEIR TEAMS?  ANYONE HAVE

11:02AM 25   FAMILIARITY WITH ANY OF THESE PARTIES HERE?  RAISE YOUR HAND IF

| | | |
|---|---|---|
| 11:02AM | 1 | YOU DO. |
| 11:02AM | 2 | I SEE NO HANDS. |
| 11:02AM | 3 | HAVE ANY OF YOU HAD ANY BUSINESS DEALINGS WITH THE |
| 11:02AM | 4 | ATTORNEYS OR BEEN REPRESENTED BY THEM OR MEMBERS OF THEIR |
| 11:02AM | 5 | FIRMS? |
| 11:02AM | 6 | AGAIN, I SEE NO HANDS. |
| 11:02AM | 7 | DO ANY OF YOU KNOW THE DEFENDANT, MS. HOLMES?  ANY OF YOU |
| 11:02AM | 8 | KNOW MS. HOLMES? |
| 11:02AM | 9 | I SEE NO HANDS. |
| 11:02AM | 10 | DO ANY OF YOU KNOW ANY OF THE WITNESSES THAT WERE ON THE |
| 11:03AM | 11 | WITNESS LIST? |
| 11:03AM | 12 | I SEE A HAND HERE IN THE JURY BOX. |
| 11:03AM | 13 | PROSPECTIVE JUROR:  I KNOW TWO. |
| 11:03AM | 14 | THE COURT:  HANG ON, MR. WAXMAN, AND WE'LL GET YOU A |
| 11:03AM | 15 | MICROPHONE. |
| 11:03AM | 16 | THIS IS MR. WAXMAN, JUROR NUMBER 220. |
| 11:03AM | 17 | PROSPECTIVE JUROR:  NO, MR. GOLDBERG. |
| 11:03AM | 18 | THE COURT:  GOLDBERG, I BEG YOUR PARDON.  I'M |
| 11:03AM | 19 | LOOKING AT THE WRONG CHART. |
| 11:03AM | 20 | MR. GOLDBERG, YOU ARE JUROR NUMBER 102.  I BEG YOUR |
| 11:03AM | 21 | PARDON. |
| 11:03AM | 22 | YES, SIR? |
| 11:03AM | 23 | PROSPECTIVE JUROR:  I SEE A NAME ON THE WITNESS LIST |
| 11:03AM | 24 | WITH WHOM I HAVE A PERSONAL AND PROFESSIONAL RELATIONSHIP. |
| 11:03AM | 25 | THE COURT:  OKAY. |

11:03AM 1          PROSPECTIVE JUROR:  I DID NOT NOTICE THAT NAME WHEN

11:03AM 2     WE FILLED OUT THE QUESTIONNAIRE.

11:03AM 3          THE COURT:  I SEE.  WELL, THERE'S A LOT OF THEM.  I

11:03AM 4     RESPECT THAT.

11:03AM 5        WHO IS IT, SIR.

11:03AM 6          PROSPECTIVE JUROR:  HIS NAME IS SETH MICHELSON.

11:03AM 7     HE'S A RETIRED MEDICAL RESEARCHER.

11:03AM 8          THE COURT:  OKAY.  AND TELL ME THE NATURE OF YOUR

11:03AM 9     CONNECTION WITH HIM.

11:03AM 10         PROSPECTIVE JUROR:  I'M A CUSTOM PICTURE FRAMER IN

11:03AM 11    THE COMMUNITY NEAR DOWNTOWN, AND HE'S ONE OF MY LONG-TIME

11:03AM 12    CUSTOMERS, AND WE HAVE SPOKEN ABOUT PERSONAL MEDICAL ISSUES

11:03AM 13    HAVING TO DO WITH THE ILLNESS OF MY FATHER.

11:03AM 14         THE COURT:  I SEE.  MR. GOLDBERG, HAVE YOU TALKED TO

11:04AM 15    HIM AT ALL ABOUT ANYTHING ABOUT THIS CASE?

11:04AM 16         PROSPECTIVE JUROR:  NOTHING HAVING TO DO WITH THIS

11:04AM 17    CASE.

11:04AM 18         THE COURT:  I SEE.  OKAY.

11:04AM 19       TELL ME, WHAT EFFECT DO YOU THINK YOUR RELATIONSHIP WITH

11:04AM 20    MR. MICHELSON WILL BE SHOULD HE TESTIFY IN THIS CASE?

11:04AM 21         PROSPECTIVE JUROR:  GIVEN MY EXPERIENCE WITH HIM, I

11:04AM 22    WOULD GIVE GREAT WEIGHT TO HIS TESTIMONY BEING ACCURATE.

11:04AM 23         THE COURT:  I SEE.

11:04AM 24       DO YOU THINK IF HE IS CALLED AS A WITNESS, IF HE

11:04AM 25    TESTIFIES, WOULD YOU BE ABLE TO WEIGH HIS TESTIMONY AND

11:04AM  1    CREDIBILITY?  THAT'S WHAT JURORS DO, THEY DETERMINE CREDIBILITY

11:04AM  2    OF TESTIMONY.

11:04AM  3        DO YOU THINK YOU WOULD BE ABLE TO WEIGH HIS TESTIMONY THE

11:04AM  4    WAY YOU WOULD ANY OTHER WITNESS?

11:04AM  5            PROSPECTIVE JUROR:  I WOULD APPLY THE RULES OF

11:04AM  6    EVIDENCE AND -- OF THE LAW.

11:05AM  7        HOWEVER, KNOWING THE MAN IN A CASE WHERE AN INDIVIDUAL

11:05AM  8    DISAGREED WITH HIM, I WOULD BE INCLINED TO BELIEVE

11:05AM  9    MR. MICHELSON.

11:05AM  10           THE COURT:  THAT'S WHERE I WAS GOING NEXT.  THANK

11:05AM  11   YOU FOR THAT.

11:05AM  12       IT MAY BE THAT -- IT'S NOT UNUSUAL FOR A WITNESS TO

11:05AM  13   TESTIFY AND THEN OTHER EVIDENCE THAT MAY COME IN THAT MIGHT

11:05AM  14   REBUT OR BE CONTRARY TO A WITNESS'S TESTIMONY.

11:05AM  15       AND IN REGARDS TO MR. MICHELSON, I DON'T KNOW IF HE'S

11:05AM  16   GOING TO TESTIFY OR NOT, BUT IF HE DID AND IF EVIDENCE WERE TO

11:05AM  17   COME IN THAT WAS CONTRARY, OR THE OTHER SIDE OF HIS TESTIMONY,

11:05AM  18   IS THERE ANY WAY THAT YOU THINK YOU COULD KEEP A --

11:05AM  19           PROSPECTIVE JUROR:  I DON'T BELIEVE I COULD --

11:05AM  20           THE COURT:  I'M SORRY.  LET ME FINISH.

11:05AM  21       IS THERE ANY WAY THAT YOU THINK YOU COULD JUDGE FAIRLY

11:05AM  22   MR. MICHELSON'S TESTIMONY, NOTWITHSTANDING YOUR RELATIONSHIP

11:05AM  23   WITH HIM?

11:05AM  24           PROSPECTIVE JUROR:  YES, I BELIEVE I COULD WEIGH IT

11:05AM  25   OBJECTIVELY.

11:05AM  1          THE COURT:  OKAY.  AND I'M SORRY, MR. GOLDBERG,

11:06AM  2  THESE LAWYERS ARE GOING TO ASK YOU SOME QUESTIONS ABOUT THAT,

11:06AM  3  TOO.

11:06AM  4          PROSPECTIVE JUROR:  SURE.

11:06AM  5          THE COURT:  BUT I THINK YOUR FIRST ANSWER WAS, I

11:06AM  6  DON'T THINK I COULD DO THAT.

11:06AM  7          PROSPECTIVE JUROR:  UM --

11:06AM  8          THE COURT:  MR. GOLDBERG, I'M SORRY, WE JUST HAVE TO

11:06AM  9  TALK ONE AT A TIME, AND I APOLOGIZE.

11:06AM  10      YOU TOLD ME FIRST, I'M GOING TO GIVE HIS TESTIMONY MORE

11:06AM  11  WEIGHT, AND THAT'S VERY NATURAL.  I COMPLETELY UNDERSTAND THAT.

11:06AM  12      AGAIN, I WANT TO EMPHASIZE, THERE'S NO RIGHT OR WRONG

11:06AM  13  ANSWER HERE.  YOU'RE NOT BEING PENALIZED FOR TELLING US HOW YOU

11:06AM  14  FEEL.  WE JUST WANT YOU TO BE HONEST ABOUT THIS.

11:06AM  15      SO -- AND THEN YOU SAID, WELL, I THINK I CAN BE FAIR.  I

11:06AM  16  CAN BE OBJECTIVE.

11:06AM  17      SO WHAT DO YOU THINK?

11:06AM  18          PROSPECTIVE JUROR:  I THINK THAT MY FIRST RESPONSE

11:06AM  19  IS PROBABLY TRUER, THAT IN THE CASE OF WEIGHING THAT WITNESS'S

11:06AM  20  TESTIMONY AGAINST CONFLICTING TESTIMONY, GIVEN THAT I HAVE A

11:06AM  21  PERSONAL RELATIONSHIP AND HE'S ESTABLISHED CREDIBILITY, I WOULD

11:06AM  22  BE MORE SWAYED BY HIS TESTIMONY THAN CONTRADICTORY TESTIMONY.

11:07AM  23          THE COURT:  AND IT'S NOT --

11:07AM  24          PROSPECTIVE JUROR:  I WOULD BE OPEN TO CHANGING MY

11:07AM  25  MIND, BUT I CAN'T TELL YOU THAT I WOULD BE -- MAYBE "OBJECTIVE"

11:07AM 1    IS THE WRONG WORD.  I WOULD BE COMING AT IT WITH SOME

11:07AM 2    PREEXISTING IDEA.

11:07AM 3           THE COURT:  SURE.

11:07AM 4           PROSPECTIVE JUROR:  I WOULD FEEL LIKE I COULD PUT

11:07AM 5    THAT ASIDE, BUT A PERSON'S LIBERTY IS ON THE LINE, AND I THINK

11:07AM 6    THAT REQUIRES A REAL HIGH STANDARD OF FAIRNESS.

11:07AM 7           THE COURT:  OKAY.  WELL, THANK YOU FOR CALLING THAT

11:07AM 8    OUT.  I APPRECIATE THAT.

11:07AM 9      HE'S A CUSTOMER OF YOURS?  YOU'RE A CUSTOM FRAMER AND YOU

11:07AM 10    HAVE DONE CUSTOM FRAMING FOR HIS ARTWORK?

11:07AM 11           PROSPECTIVE JUROR:  HE'S A PAINTER AND HE BRINGS ME

11:07AM 12    A PAINTING ABOUT EVERY SIX WEEKS.

11:07AM 13           THE COURT:  I SEE.  AND HE TRUSTS YOU WITH FRAMING

11:07AM 14    HIS WORK?

11:07AM 15           PROSPECTIVE JUROR:  HE GIVES ME MATERIAL AND SAYS,

11:07AM 16    DO WHAT YOU THINK IS BEST AND CHARGE ME WHAT YOU THINK IS FAIR.

11:07AM 17           THE COURT:  AND YOU DO BOTH OF THOSE THINGS?

11:07AM 18           PROSPECTIVE JUROR:  HE'S ALWAYS BEEN HAPPY WITH THE

11:07AM 19    RESULT.

11:07AM 20           THE COURT:  OKAY.  HOW LONG HAS HE BEEN A

11:07AM 21    CUSTOMER/CLIENT OF YOURS?

11:08AM 22           PROSPECTIVE JUROR:  MORE THAN FIVE YEARS.

11:08AM 23           THE COURT:  I SEE.

11:08AM 24      MR. SCHENK, DO YOU HAVE ANY QUESTIONS?

11:08AM 25           MR. SCHENK:  NO QUESTIONS, YOUR HONOR.

11:08AM 1          MR. DOWNEY:  NOTHING, YOUR HONOR.

11:08AM 2          THE COURT:  ANYTHING ELSE YOU WOULD LIKE ME TO KNOW

11:08AM 3   ABOUT, MR. GOLDBERG, IN THIS REGARD?

11:08AM 4          PROSPECTIVE JUROR:  NOT WITH RESPECT TO THE WITNESS,

11:08AM 5   YOUR HONOR, NO.

11:08AM 6          THE COURT:  THANK YOU.  I APPRECIATE IT.

11:08AM 7       ANYONE ELSE WHO KNOWS ANYONE ON THE WITNESS LIST?

11:08AM 8       I SEE NO HANDS.

11:08AM 9       AS I INDICATED, THIS CASE RELATES TO MS. HOLMES'S ALLEGED

11:08AM 10  VIOLATIONS OF WIRE FRAUD OR CONSPIRACY TO COMMIT WIRE FRAUD AS

11:08AM 11  INDICATED IN THE INDICTMENT.

11:08AM 12      LET ME ASK, HAS ANYONE READ OR HEARD ANY NEWS COVERAGE OF

11:08AM 13  THIS CASE?

11:08AM 14      OKAY.  WE'LL START IN THE JURY BOX THERE.

11:08AM 15      MR. WAXMAN, YOU HAVE THE MICROPHONE.  WHY DON'T YOU TELL

11:08AM 16  US --

11:08AM 17          PROSPECTIVE JUROR:  GOLDBERG.

11:08AM 18          THE COURT:  GOLDBERG, I BEG YOUR PARDON.

11:08AM 19          PROSPECTIVE JUROR:  I'VE BEEN FAMILIAR WITH THE

11:08AM 20  DETAILS OF THE CASE PRETTY MUCH IN REALTIME.  WHEN I WAS ASKED

11:09AM 21  TEN DAYS AGO TO REFRAIN FROM READING OR LISTENING TO ANYTHING

11:09AM 22  ABOUT THE CASE, I CLOSED NEWSPAPERS AND WEBSITES AND SHUT OFF

11:09AM 23  NEWS PROGRAMS WHEN THE STORY CAME UP.

11:09AM 24          THE COURT:  OKAY.  WHAT IS THE MOST RECENT PIECE OF

11:09AM 25  INFORMATION THAT YOU RECEIVED SUBSEQUENT TO YOUR FILLING OUT

11:09AM  1    THE QUESTIONNAIRE?

11:09AM  2              PROSPECTIVE JUROR:  SUBSEQUENT TO MY FILLING OUT THE

11:09AM  3    QUESTIONNAIRE?  I HAVE RECEIVED NO NEW INFORMATION SUBSEQUENT

11:09AM  4    TO MY FILLING OUT THE QUESTIONNAIRE.  I'VE STUDIOUSLY AVOIDED

11:09AM  5    THAT.

11:09AM  6              THE COURT:  OKAY.  SO TELL US ABOUT THE INFORMATION.

11:09AM  7    YOU SAID YOU KNOW DETAILS ABOUT THE CASE.

11:09AM  8              PROSPECTIVE JUROR:  WELL, PRIOR TO BEING CALLED FOR

11:09AM  9    JURY SERVICE, I HAD HEARD NEWS ARTICLES ABOUT THE DEFENDANT'S

11:09AM  10   PREGNANCY.

11:09AM  11       AND IN YEARS PRIOR I HAD HEARD NEWS ARTICLES ABOUT

11:10AM  12   INDIVIDUALS WHO HAD INVESTED IN THE COMPANY, AND EARLY ON I WAS

11:10AM  13   ENTHUSIASTIC ABOUT THE POSSIBILITIES OF A MEDICAL DEVICE AND

11:10AM  14   WAS DISAPPOINTED AS NEWS REPORTS SUGGESTED THAT EARLY PROMISES

11:10AM  15   WERE NOT COMING TO FRUITION.

11:10AM  16             THE COURT:  OKAY.  SO YOU FOLLOWED THE MEDIA STORIES

11:10AM  17   ABOUT THIS, RIGHT?  I THINK YOU ALSO TELL US, OR TOLD US -- DO

11:10AM  18   YOU GO TO L.A., LOS ANGELES, EVERY SUNDAY?

11:10AM  19             PROSPECTIVE JUROR:  I TRAVEL EVERY SUNDAY TO SPEND

11:10AM  20   THE DAY WITH MY 90-YEAR-OLD FATHER WHO IS IN THE MIDDLE STAGES

11:10AM  21   OF ALZHEIMER'S.  HE WAS A BRILLIANT ATTORNEY, AND IT'S AN

11:10AM  22   INTERESTING PROCESS TO HELP A PERSON TRANSITION, AND I WANT TO

11:10AM  23   SPEND TIME WITH HIM.

11:11AM  24             THE COURT:  YES.

11:11AM  25             PROSPECTIVE JUROR:  ADDITIONALLY, YOUR HONOR, I LOST

11:11AM   1    A BROTHER IN DECEMBER TO AN ACCIDENTAL OPIATE OVERDOSE, AND

11:11AM   2    I'VE BEEN COMFORTING MY FATHER AND STEPMOTHER, AS WELL AS

11:11AM   3    HANDLING THE PROBATE, HELPING WITH THE PROBATION OF MY

11:11AM   4    BROTHER'S ESTATE.  HE DIED INTESTATE WITH NO HEIRS.

11:11AM   5           THE COURT:  I SAW THAT AND THAT DREW MY ATTENTION,

11:11AM   6    AND THAT'S WHY I'M SOMEHOW CHANGING CONVERSATIONS HERE.

11:11AM   7         YOU GO EVERY SUNDAY TO SEE YOUR FATHER?

11:11AM   8           PROSPECTIVE JUROR:  THIS SUNDAY I'M GOING TO

11:11AM   9    REFRAIN.  LAST SUNDAY I TRAVELLED DOWN.

11:11AM   10        NEXT SATURDAY IS MY FATHER'S 91ST BIRTHDAY.  MY PLAN HAD

11:11AM   11   BEEN TO RENT A MOTOR HOME AND TAKE MY PET ANIMALS DOWN TO VISIT

11:11AM   12   HIM.

11:11AM   13        I SEE NOW THAT COURT IS SCHEDULED FOR FRIDAY OF NEXT WEEK.

11:11AM   14   I WAS HOPING THAT IF COURT WAS MONDAY, TUESDAY, AND THURSDAY,

11:11AM   15   OR TUESDAY, WEDNESDAY, THURSDAY I COULD TRAVEL FOR FRIDAY.  I

11:11AM   16   NOW SEE THAT THAT COULD BE INTERRUPTED.

11:11AM   17        I FELT THAT I COULD MAKE IT IF I COULD LEAVE ON A SATURDAY

11:11AM   18   AND RETURN FOR COURT ON A TUESDAY, BUT I'M AFRAID IF COURT IS

11:11AM   19   MEETING ON FRIDAY, IT'S STARTING TO -- AND THAT IS SOMETHING

11:12AM   20   THAT, MY PRESENCE THERE IS EXTREMELY IMPORTANT TO MY STEPMOTHER

11:12AM   21   AND MY SURVIVING FAMILY MEMBERS BECAUSE I'M THE ONLY SON THAT

11:12AM   22   HAS THE TIME --

11:12AM   23           THE COURT:  SURE.

11:12AM   24           PROSPECTIVE JUROR:  -- AND WHEREWITHAL TO FLY THERE

11:12AM   25   AND SUPPORT HIM AND GIVE MY STEPMOTHER A BREAK FROM CARE FOR A

| | | |
|---|---|---|
| 11:12AM | 1 | PERSON WHO IS SUFFERING FROM DEMENTIA. |
| 11:12AM | 2 | THE COURT:  THANK YOU.  ARE THERE OCCASIONS WHEN YOU |
| 11:12AM | 3 | ARE CALLED DURING THE WEEK? |
| 11:12AM | 4 | PROSPECTIVE JUROR:  THERE ARE OCCASIONS.  THEY ARE |
| 11:12AM | 5 | NOT COMMON.  BUT BECAUSE OF THE FAST MOVING NATURE OF THE |
| 11:12AM | 6 | ILLNESS, I DON'T KNOW WHERE WE MIGHT BE IN THREE OR TEN WEEKS. |
| 11:12AM | 7 | THE COURT:  SURE.  THANK YOU. |
| 11:12AM | 8 | AS TO THIS, ANY QUESTIONS, MR. SCHENK? |
| 11:12AM | 9 | MR. SCHENK:  NO, YOUR HONOR. |
| 11:12AM | 10 | MR. DOWNEY:  NOTHING, YOUR HONOR. |
| 11:12AM | 11 | THE COURT:  OKAY.  THANK YOU. |
| 11:12AM | 12 | ALL RIGHT.  THANK YOU. |
| 11:12AM | 13 | LET ME SEE, WERE THERE OTHER HANDS IN THE JURY BOX? |
| 11:12AM | 14 | YES?  IS THAT MS. LOCKWOOD? |
| 11:12AM | 15 | PROSPECTIVE JUROR:  YES. |
| 11:13AM | 16 | THE COURT:  NUMBER 99.  YES, MS. LOCKWOOD?  WHAT |
| 11:13AM | 17 | WOULD YOU LIKE US TO KNOW? |
| 11:13AM | 18 | PROSPECTIVE JUROR:  I'VE ONLY SEEN A COUPLE OF |
| 11:13AM | 19 | ONLINE MEMES, OR FUNNY IMAGES RELATING TO THIS, NOT REALLY ANY |
| 11:13AM | 20 | REAL INFORMATION.  BUT I JUST WANTED TO LET YOU KNOW THAT I |
| 11:13AM | 21 | HAVE SEEN SOME THINGS. |
| 11:13AM | 22 | BUT SINCE THE QUESTIONNAIRE, I HAVE DEFINITELY STOPPED |
| 11:13AM | 23 | MYSELF FROM LOOKING ON YOUTUBE AND ALL OF THAT FUN STUFF |
| 11:13AM | 24 | BECAUSE IT CAN BE A VERY QUICK RABBIT HOLE OF MISINFORMATION, |
| 11:13AM | 25 | SO -- |

11:13AM 1         THE COURT:  OKAY.  LET ME ASK YOU THE SAME

11:13AM 2    QUESTION -- AND THOSE OF YOU WHO HAVE RAISED YOUR HANDS, PLEASE

11:13AM 3    KNOW I'M GOING TO ASK YOU THIS SAME QUESTION -- WHAT IS THE

11:13AM 4    MOST RECENT INFORMATION THAT YOU RECEIVED POST, AFTER YOU

11:13AM 5    FILLED OUT THE QUESTIONNAIRE?

11:14AM 6         PROSPECTIVE JUROR:  NONE.

11:14AM 7         THE COURT:  NONE.  OKAY.  LET'S START THERE AND GO

11:14AM 8    BACKWARDS.

11:14AM 9      AND THEN PRIOR TO FILLING OUT THE QUESTIONNAIRE, WHAT IS

11:14AM 10   THE MOST RECENT THING THAT YOU SAW?

11:14AM 11        PROSPECTIVE JUROR:  MAYBE A COUPLE MONTHS AGO THERE

11:14AM 12   WAS A FUNNY IMAGE OR A MEME IN, LIKE, A GROUP THAT I'M IN

11:14AM 13   RELATING TO A VOICE THING, NOT REALLY ANYTHING ABOUT THE ACTUAL

11:14AM 14   CASE.

11:14AM 15        THE COURT:  OKAY.  THANK YOU FOR THAT DISTINCTION.

11:14AM 16      HAVE YOU SEEN ANYTHING THAT REFLECTS ON THE FACTS OR

11:14AM 17   ANTICIPATED FACTS OR ANYTHING ABOUT THE CASE IN ANY OF THE

11:14AM 18   MATERIAL THAT YOU'VE LOOKED AT?

11:14AM 19        PROSPECTIVE JUROR:  NOT THAT I KNOW OF.  BUT I DON'T

11:14AM 20   CONSIDER MYSELF VERY KNOWLEDGEABLE ON MEDICAL DEVICES, SO I

11:14AM 21   CAN'T BE A GOOD JUDGE OF THAT.

11:14AM 22        THE COURT:  YOU CAME IN A WEEK AGO TO FILL OUT THE

11:14AM 23   QUESTIONNAIRE AND YOU SAW THE NAME OF THE CASE, YOU SAW WHAT

11:14AM 24   CASE IT WAS.

11:14AM 25      DID THAT CAUSE YOU, JUST THAT READING WHAT THE CASE WAS

11:14AM  1    ABOUT, DID THAT CAUSE YOU TO REFLECT ANYTHING ABOUT, OH, I KNOW

11:15AM  2    ABOUT THIS, OR, OH, I SAW A MOVIE ABOUT THIS, I READ A BOOK,

11:15AM  3    ANYTHING LIKE THAT?

11:15AM  4             PROSPECTIVE JUROR:  I ONLY RECOGNIZED THE NAME

11:15AM  5    THERANOS.  THAT WAS IT, AND ONLY FROM THE MEME.

11:15AM  6             THE COURT:  I SEE.

11:15AM  7             PROSPECTIVE JUROR:  BUT I DIDN'T REALLY KNOW WHO

11:15AM  8    ANYBODY WAS.  MAYBE IT'S JUST A LITTLE OUT OF MY CIRCLES OF

11:15AM  9    SOCIAL CIRCLES, YOU KNOW, BECAUSE I DON'T REALLY KNOW MUCH

11:15AM  10   ABOUT IT.

11:15AM  11            THE COURT:  BASED ON WHAT YOU HAVE SEEN, YOU DID

11:15AM  12   SEE, IS THERE ANYTHING ABOUT THAT EXPOSURE THAT YOU THINK WILL

11:15AM  13   AFFECT YOUR ABILITY TO BE FAIR TO BOTH SIDES IN THIS CASE?

11:15AM  14            PROSPECTIVE JUROR:  NOT THAT I KNOW OF.

11:15AM  15            THE COURT:  CAN YOU THINK OF -- AND YOU WILL PARDON

11:15AM  16   ME, BUT YOU KNOW YOURSELF BETTER THAN ANYBODY.  CAN YOU THINK

11:15AM  17   OF A CIRCUMSTANCE WHERE YOU MIGHT -- WHERE THAT INFORMATION

11:15AM  18   THAT YOU'VE BEEN EXPOSED TO MIGHT CREEP INTO YOUR THOUGHT

11:16AM  19   PROCESS AS A JUROR IN THIS CASE AS YOU JUDGE THE EVIDENCE IN

11:16AM  20   THIS CASE?  ANYTHING?

11:16AM  21            PROSPECTIVE JUROR:  NO.  BECAUSE IT WAS LITERALLY AN

11:16AM  22   IMAGE MAKING FUN OF HOW SOMEONE WAS TALKING IN VIDEOS.  I DON'T

11:16AM  23   REALLY -- I DON'T BELIEVE THAT PERSONALLY BECAUSE PEOPLE SPEAK

11:16AM  24   DIFFERENTLY TO DIFFERENT PEOPLE AND I UNDERSTAND THAT.  SO I

11:16AM  25   DON'T REALLY FIND THAT AS ANYTHING TO SWAY MY BIAS IN ANY

11:16AM  1      DIRECTION.

11:16AM  2              THE COURT:  OKAY.  ALL RIGHT.

11:16AM  3          WHAT YOU SAW WAS AN OPINION POSTED BY SOME OTHER

11:16AM  4      INDIVIDUAL, I TAKE IT?  IS THAT A FAIR CHARACTERIZATION OF

11:16AM  5      THAT?

11:16AM  6              PROSPECTIVE JUROR:  YEAH, I THINK SO.

11:16AM  7              THE COURT:  ALL RIGHT.  THANK YOU.

11:16AM  8          YOU HEARD ME TALK EARLIER, AND I THINK -- WELL, MAYBE NOT.

11:16AM  9          I WAS TALKING ABOUT THE JUROR'S OBLIGATION, IF THEY'RE

11:16AM 10      SEATED AS A JUROR, YOU WILL DECIDE THIS CASE ONLY ON THE

11:16AM 11      EVIDENCE THAT YOU HEAR IN THIS COURTROOM, NOT ON ANYTHING

11:16AM 12      OUTSIDE OF THIS COURTROOM, JUST HERE.

11:16AM 13          IS THAT SOMETHING THAT YOU THINK YOU CAN DO?

11:17AM 14              PROSPECTIVE JUROR:  ABSOLUTELY.

11:17AM 15              THE COURT:  OKAY.  YOU ANSWERED THAT RIGHT AWAY AND

11:17AM 16      WITH A VERY FIRM VOICE, AND SO I TAKE IT YOU HAVE NO QUESTION

11:17AM 17      ABOUT THAT.

11:17AM 18              PROSPECTIVE JUROR:  UH-HUH, NO QUESTIONS.

11:17AM 19              THE COURT:  OKAY.  GREAT.  THANK YOU.

11:17AM 20          LET'S SEE.  WAS THERE ANOTHER HAND?  YES?

11:17AM 21          IS THAT MR. MASON-BURCHELL?

11:17AM 22              PROSPECTIVE JUROR:  MS.

11:17AM 23              THE COURT:  MS.  PARDON ME.

11:17AM 24              PROSPECTIVE JUROR:  YES.  GOOD MORNING.

11:17AM 25          THE ONLY THING I HEARD WAS ABOUT A WEEK PRIOR TO GETTING

11:17AM   1     THE NOTIFICATION TO SHOW UP FOR JURY DUTY, SOMETHING ON THE

11:17AM   2     NEWS BLURB BECAUSE I WAS WALKING BY, BECAUSE I NORMALLY DON'T

11:17AM   3     WATCH THE NEWS, THAT IT WAS GOING TO TRIAL.  SO IT WAS JUST A

11:17AM   4     REAL QUICK THING.  BUT OTHER THAN THAT, I HAVE NOT HEARD

11:17AM   5     ANYTHING.

11:17AM   6              THE COURT:  WAS THAT A HEADLINE OR SOMETHING YOU

11:17AM   7     SAW?

11:17AM   8              PROSPECTIVE JUROR:  YEAH, LIKE RIGHT AT THE

11:17AM   9     BEGINNING OF THE NEWS THEY TALK ABOUT WHAT THEY'RE GOING TO GO

11:17AM   10    THROUGH, AND IT WAS REAL QUICK AND THAT WAS IT.

11:17AM   11             THE COURT:  OKAY.  AND YOU DIDN'T PAY ATTENTION TO

11:17AM   12    IT OTHER THAN THAT?

11:17AM   13             PROSPECTIVE JUROR:  NO.

11:17AM   14             THE COURT:  AND HAVE YOU SEEN ANYTHING ELSE ABOUT

11:17AM   15    THIS CASE OR ANYTHING RELATED TO IT PRIOR?

11:18AM   16             PROSPECTIVE JUROR:  NO, I HAVE NOT.

11:18AM   17             THE COURT:  CAN YOU BE FAIR AND IMPARTIAL TO BOTH

11:18AM   18    SIDES HERE BASED ON THAT LIMITED EXPOSURE?

11:18AM   19             PROSPECTIVE JUROR:  YES, ABSOLUTELY.

11:18AM   20             THE COURT:  DO YOU THINK THAT'S GOING TO AFFECT YOUR

11:18AM   21    ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:18AM   22             PROSPECTIVE JUROR:  NO, IT'S NOT.

11:18AM   23             THE COURT:  IN ANY WAY?

11:18AM   24             PROSPECTIVE JUROR:  NO.

11:18AM   25             THE COURT:  OKAY.  THANK YOU.

11:18AM  1      AND WAS THERE ANOTHER HAND?  LET'S JUST GO RIGHT ACROSS

11:18AM  2  THERE.  IS THAT MR. CHATHAM?

11:18AM  3           PROSPECTIVE JUROR:  CHATHAM, YES.

11:18AM  4           THE COURT:  YES.

11:18AM  5           PROSPECTIVE JUROR:  GOOD MORNING.

11:18AM  6           THE COURT:  WHAT WOULD YOU LIKE ME TO KNOW ABOUT

11:18AM  7  YOUR ANSWER TO THAT QUESTION?

11:18AM  8           PROSPECTIVE JUROR:  THE STORY OF THERANOS HAS BEEN

11:18AM  9  IN THE NEWS, OR IN THE PAST IT WAS IN THE NEWS, AND I WAS AWARE

11:18AM  10  OF IT.  I READ A FAIR AMOUNT OF NEWS ONLINE.

11:18AM  11      BUT I HAVE NOT REALLY FOLLOWED IT SUPER CLOSELY IN THE

11:18AM  12  PAST YEAR.  I WAS AWARE IT WAS GOING TO TRIAL.  I THINK THAT

11:18AM  13  WAS ABOUT IT.

11:19AM  14           THE COURT:  OKAY.  TELL ME AGAIN ABOUT THE MOST

11:19AM  15  RECENT PIECE OF INFORMATION THAT YOU HAVE READ.  THIS IS POST

11:19AM  16  THE QUESTIONNAIRE.

11:19AM  17           PROSPECTIVE JUROR:  AS THE OTHER PEOPLE HAVE SAID,

11:19AM  18  I'VE BEEN DELIBERATE ABOUT ANYTHING ABOUT THERANOS OR

11:19AM  19  ELIZABETH HOLMES OR ANY SORT OF THING ON A HEADLINE, I

11:19AM  20  IMMEDIATELY DIDN'T READ ANYTHING FURTHER THAN THAT.  SO I'VE

11:19AM  21  AVOIDED ANY EXPOSURE SINCE COMING OVER TO THE -- YOU KNOW, LAST

11:19AM  22  WEEK.

11:19AM  23           THE COURT:  OKAY.  YOU'VE SEEN HEADLINES.  DO YOU

11:19AM  24  HAVE A RECOLLECTION OF WHAT HEADLINES YOU'VE OBSERVED?

11:19AM  25           PROSPECTIVE JUROR:  WELL, LIKE ELIZABETH HOLMES'S

11:19AM  1    NAME, AND I WOULDN'T READ ANYTHING FURTHER, OR THERANOS I WOULD

11:19AM  2    STOP.

11:19AM  3            THE COURT:  I SEE.  OKAY.

11:19AM  4        WERE THOSE IN ELECTRONIC FORM OR WAS IT HARD COPY

11:19AM  5    NEWSPAPER?

11:19AM  6            PROSPECTIVE JUROR:  ELECTRONIC FORM.  I DON'T

11:19AM  7    TYPICALLY WATCH NEWS, SO, YEAH.

11:19AM  8            THE COURT:  OKAY.  DO YOU READ NEWSPAPERS?

11:19AM  9            PROSPECTIVE JUROR:  ONLINE, "THE WASHINGTON POST"

11:20AM  10   AND "NEW YORK TIMES."

11:20AM  11           THE COURT:  OKAY.  I SEE.  DO YOU GET HARD COPY

11:20AM  12   NEWSPAPERS?

11:20AM  13           PROSPECTIVE JUROR:  NO.

11:20AM  14           THE COURT:  WHEN IS THE LAST TIME THAT YOU READ A

11:20AM  15   HARD COPY NEWSPAPER?

11:20AM  16           PROSPECTIVE JUROR:  WE WERE TAKING "THE SANTA CRUZ

11:20AM  17   SENTINEL" UP UNTIL MAYBE FEBRUARY OR SOMETHING LIKE THAT.

11:20AM  18           THE COURT:  I SEE.  OKAY.

11:20AM  19        I ASK THAT QUESTION BECAUSE I HAVE A PENCHANT FOR HOLDING

11:20AM  20   THE NEWSPAPER IN MY HAND AND I HAVE MY TEA IN THE OTHER HAND,

11:20AM  21   AND THAT'S A DYING ART, I THINK, OR A DYING PRACTICE.

11:20AM  22           PROSPECTIVE JUROR:  YES.

11:20AM  23           THE COURT:  SO LET ME GET BACK TO YOUR OBSERVATIONS,

11:20AM  24   SIR.  WHAT ABOUT -- YOU FOLLOWED THE CASE, I THINK YOU TOLD US,

11:20AM  25   YOU FOLLOWED IT FOR SOME TIME; IS THAT RIGHT?

11:20AM 1          PROSPECTIVE JUROR:  I WOULDN'T SAY FOLLOW IT.  THERE

11:20AM 2  WAS OCCASIONALLY A NEWS ARTICLE THAT WOULD POP UP AND IT WOULD

11:20AM 3  CATCH MY ATTENTION AND I WOULD PROBABLY READ IT.

11:20AM 4      I THINK THE LAST ONE I KIND OF LOOKED AT WAS JUST

11:20AM 5  SOMETHING ABOUT IT COMING TO TRIAL.  I DON'T KNOW WHEN THAT

11:20AM 6  WAS, IN THE SPRING MAYBE.

11:20AM 7          THE COURT:  OKAY.  IS THERE ANYTHING ABOUT YOUR --

11:20AM 8  AND I'LL CALL IT EXPOSURE -- BUT ANYTHING THAT YOU'VE READ,

11:21AM 9  SEEN, LISTENED TO THAT YOU THINK WILL AFFECT YOUR ABILITY TO BE

11:21AM 10 FAIR AND IMPARTIAL TO BOTH SIDES HERE?

11:21AM 11         PROSPECTIVE JUROR:  I DON'T THINK SO.  I'LL WEIGH

11:21AM 12 THE EVIDENCE BASED ON WHAT IS PRESENTED IN TRIAL.

11:21AM 13         THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  THANK

11:21AM 14 YOU.

11:21AM 15     LET'S JUST GO DOWN IN THE FRONT ROW.  IS THIS

11:21AM 16 MS. GONZALEZ?

11:21AM 17         PROSPECTIVE JUROR:  YES.

11:21AM 18         THE COURT:  JUROR NUMBER 108.

11:21AM 19         PROSPECTIVE JUROR:  SO I JUST HEARD A NEWS STORY ON

11:21AM 20 IT ON NPR WHEN IT FIRST HAPPENED, AND SO I DON'T KNOW, WAS THAT

11:21AM 21 A COUPLE OF YEARS AGO MAYBE?  AND SINCE THEN NOTHING, EXCEPT

11:21AM 22 THAT I HEARD THAT SHE HAD A BABY MAYBE.

11:21AM 23         THE COURT:  AND THE STORY ON NPR, THAT WAS A COUPLE

11:21AM 24 YEARS AGO.

11:21AM 25     AND WAS IT -- CAN YOU TELL US, WAS IT A NEWS STORY OR WAS

11:22AM 1    IT A DOCUMENTARY OR A LENGTHY STORY?

11:22AM 2            PROSPECTIVE JUROR:  IT WASN'T LENGTHY.  IT WAS JUST

11:22AM 3    KIND OF, HERE'S WHAT IS HAPPENING, MAYBE A COUPLE MINUTES, AND

11:22AM 4    I DON'T REALLY REMEMBER ANYTHING EXCEPT FOR THE NAME OF THE

11:22AM 5    COMPANY AND THE NAMES OF THE PEOPLE INVOLVED.

11:22AM 6            THE COURT:  I SEE.  OKAY.

11:22AM 7        AND SINCE FILLING OUT YOUR QUESTIONNAIRE, YOU'VE HAD NO

11:22AM 8    EXPOSURE?

11:22AM 9            PROSPECTIVE JUROR:  NO, NONE.

11:22AM 10           THE COURT:  HAVE YOU TALKED TO FRIENDS OR HAVE ANY

11:22AM 11   FRIENDS TALKED TO YOU ABOUT THIS CASE TO YOUR KNOWLEDGE, TO

11:22AM 12   YOUR RECOLLECTION?

11:22AM 13           PROSPECTIVE JUROR:  A COWORKER MENTIONED IT.  MY

11:22AM 14   BOSS, BECAUSE I HAD TO SAY THAT I WAS COMING TO JURY DUTY, AND

11:22AM 15   SHE SAID, OH, IS IT THIS?

11:22AM 16       AND I SAID HMM -- NO.

11:22AM 17           THE COURT:  YOU DIDN'T TELL HER WHAT THE CASE WAS?

11:22AM 18           PROSPECTIVE JUROR:  I DIDN'T.  SHE SAID SHE HAD

11:22AM 19   HEARD ABOUT A CASE, SO --

11:22AM 20           THE COURT:  AND YOU'RE SOMEBODY WHO KEEPS

11:22AM 21   CONFIDENCE.  OKAY.

11:22AM 22           PROSPECTIVE JUROR:  ESPECIALLY AT WORK.

11:22AM 23           THE COURT:  OKAY.  WE PROBABLY SHOULD LEAVE THAT

11:23AM 24   THERE.

11:23AM 25           BUT LET ME ASK YOU, SO THERE WAS INQUIRY FROM YOUR BOSS

11:23AM 1    AND OTHERS AT WORK ABOUT WHAT CASE ARE YOU GOING ON, AND YOU

11:23AM 2    DIDN'T REVEAL TO THEM THE CASE.

11:23AM 3              PROSPECTIVE JUROR:  RIGHT.

11:23AM 4              THE COURT:  YOU KNEW WHAT IT WAS, OF COURSE, HAVING

11:23AM 5    BEEN SUMMONED AND FILLED OUT THE QUESTIONNAIRE.

11:23AM 6              PROSPECTIVE JUROR:  YES.

11:23AM 7              THE COURT:  OKAY.  WELL, THANK YOU FOR DOING THAT.

11:23AM 8    I THINK THE QUESTIONNAIRE INSTRUCTED THAT.

11:23AM 9              PROSPECTIVE JUROR:  RIGHT.

11:23AM 10             THE COURT:  SO LET ME THANK YOU FOR FOLLOWING THOSE

11:23AM 11   INSTRUCTIONS.

11:23AM 12             PROSPECTIVE JUROR:  YOU'RE WELCOME.

11:23AM 13             THE COURT:  AND HAVE YOU HAD ANY CONVERSATION SINCE

11:23AM 14   WITH ANYBODY ABOUT ANYTHING TO DO WITH THIS CASE?

11:23AM 15             PROSPECTIVE JUROR:  NO.

11:23AM 16             THE COURT:  OKAY.  IS THERE ANYTHING ABOUT THE

11:23AM 17   EXPOSURE THAT YOU'VE TOLD US ABOUT -- I USE THAT WORD AND I

11:23AM 18   DON'T MEAN IT PEJORATIVELY, BUT IT'S WHAT I'M CALLING IT -- BUT

11:23AM 19   IS THERE ANYTHING ABOUT THAT THAT YOU THINK, AGAIN, WILL IMPAIR

11:23AM 20   YOUR ABILITY TO BE FAIR TO THE GOVERNMENT, TO BE FAIR TO

11:23AM 21   MS. HOLMES?

11:23AM 22             PROSPECTIVE JUROR:  NO.

11:23AM 23             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:23AM 24             PROSPECTIVE JUROR:  THANKS.

11:24AM 25             THE COURT:  IS THAT MS. DENT?

11:24AM   1              PROSPECTIVE JUROR:  YES.

11:24AM   2              THE COURT:  JUROR NUMBER 112.

11:24AM   3              PROSPECTIVE JUROR:  IN FULL DISCLOSURE AND HONESTY,

11:24AM   4     I READ THE NEWSPAPER ALSO AND I THOUGHT IT WAS MORE THAN A

11:24AM   5     COUPLE YEARS AGO I HAD WATCHED AND BEEN VERY INVOLVED WITH THIS

11:24AM   6     WHOLE THING AS FAR AS WATCHING WHAT WAS GOING ON.

11:24AM   7         I'M A RETIRED REGISTERED NURSE.  MY HUSBAND IS A RETIRED

11:24AM   8     LAB TECHNICIAN.  SO WE ACTUALLY HAD QUITE A BIT OF INFORMATION.

11:24AM   9     WE WATCHED THE DOCUMENTARIES.

11:24AM   10        WE ALSO WATCHED I THINK IT WAS LIKE A MOVIE KIND OF THING

11:24AM   11    THAT CAME OUT ABOUT IT.

11:24AM   12        SO WE HAD A LOT OF EXPOSURE I GUESS YOU WOULD SAY.

11:24AM   13        AND THEN WHEN I CAME DOWN FOR JURY DUTY, I WAS VERY

11:24AM   14    SURPRISED.  I DID WRITE DOWN ON MY QUESTIONNAIRE THE FACT THAT

11:25AM   15    I HAD BEEN VERY AWARE OF IT.

11:25AM   16        I DID NOT KNOW THAT IT WAS COMING TO TRIAL.  I WASN'T

11:25AM   17    AWARE OF THAT UNTIL I ACTUALLY CAME TO JURY DUTY.

11:25AM   18        AS FAR AS -- I REALLY WANT TO SAY THAT I'M COMPLETELY

11:25AM   19    UNBIASSED AND IT'S NOT GOING TO AFFECT ME.  I DON'T KNOW THAT I

11:25AM   20    CAN HONESTLY 100 PERCENT SAY THAT.  I'VE NEVER BEEN ON A JURY.

11:25AM   21    I'VE NEVER BEEN INVOLVED IN SOMETHING LIKE THIS.

11:25AM   22        SO TO BE VERY HONEST WITH YOU, I DON'T KNOW.

11:25AM   23        I'M MORE THAN WILLING TO TRY AND TO, YOU KNOW, SAY AND TO

11:25AM   24    LISTEN AND ALL OF THAT KIND OF THING.  BUT I DON'T KNOW IF

11:25AM   25    YOU'VE -- I DON'T KNOW HOW YOU, YOU KNOW, PREVIOUS KNOWLEDGE I

11:25AM   1    DON'T KNOW.  SO --

11:25AM   2              THE COURT:  HOW TO PUT THAT ASIDE?

11:25AM   3              PROSPECTIVE JUROR:  YES.

11:25AM   4              THE COURT:  YES.  THANK YOU.

11:25AM   5              PROSPECTIVE JUROR:  I'M TRYING TO BE REAL HONEST.  I

11:25AM   6    MEAN, I WANT TO SAY THAT I CAN DO THAT, BUT I DON'T KNOW

11:26AM   7    BECAUSE I'VE NEVER BEEN IN THAT SITUATION.  SO I DON'T KNOW.

11:26AM   8              THE COURT:  SURE.  RIGHT.  THANK YOU.

11:26AM   9         WE HAD BENEFIT OF YOUR QUESTIONNAIRE AND I THINK IN YOUR

11:26AM  10    QUESTIONNAIRE YOU TOLD US, YOU SAID, I'M NOT SURE I CAN BE

11:26AM  11    FAIR.  I THINK THAT'S WHAT YOU SAID.

11:26AM  12              PROSPECTIVE JUROR:  UH-HUH.

11:26AM  13              THE COURT:  RIGHT.  AND I APPRECIATE YOUR CANDOR.

11:26AM  14         LET ME AGAIN SAY, MS. DENT, THERE'S NO RIGHT OR WRONG

11:26AM  15    ANSWER HERE.  THERE ISN'T.  YOU KNOW, THERE'S NO PENALTY FOR

11:26AM  16    BEING HONEST.  QUITE THE CONTRARY.  WE WANT YOU TO BE HONEST

11:26AM  17    AND CANDID.

11:26AM  18         THIS IS SOMETHING THAT WE'RE GOING TO TALK ABOUT THE REST

11:26AM  19    OF THE MORNING, I EXPECT, AND PERHAPS THIS AFTERNOON.

11:26AM  20         EVERYBODY IS DIFFERENT.  YOU AND I READ HARD COPY

11:26AM  21    NEWSPAPERS.  A LOT OF OTHER PEOPLE DON'T.  THERE'S NOTHING

11:26AM  22    WRONG WITH THAT.

11:26AM  23         BUT WE PROCESS THINGS DIFFERENTLY.

11:26AM  24         AS YOU SAID, YOU'VE HEARD A COUPLE OF OTHER PEOPLE SAY, I

11:26AM  25    THINK I SAW SOMETHING.  MS. GONZALEZ SAID, I THINK I HEARD

11:27AM  1    THIS.  MS. LOCKWOOD TALKED ABOUT SEEING THIS MEME, OR WHATEVER

11:27AM  2    IT WAS.  AND EACH OF THEM HAVE TOLD US IT'S NOT GOING TO HAVE

11:27AM  3    AN EFFECT BECAUSE OF THIS REASON, I THINK I CAN PROCESS THAT

11:27AM  4    AWAY.

11:27AM  5         YOU'RE A LITTLE DIFFERENT.  YOU FOLLOWED THIS STORY.

11:27AM  6    YOU'RE IN THE INDUSTRY, SHALL WE SAY, AND YOUR HUSBAND WAS, AND

11:27AM  7    THAT PUTS YOU IN A DIFFERENT POSITION, I SUPPOSE, JUST INSIDE

11:27AM  8    INFORMATION, I'LL CALL IT THAT.

11:27AM  9         THAT'S WHAT I'M TRYING TO PROBE HERE.  THESE LAWYERS WANT

11:27AM  10   TO KNOW THAT, TOO, WHETHER OR NOT -- CANDIDLY, THE QUESTION

11:27AM  11   REALLY IS, IS THIS THE RIGHT CASE FOR A JUROR?  THAT'S REALLY

11:27AM  12   WHAT THE QUESTION IS.  IS THIS A CASE WHERE A JUROR CAN SIT AND

11:27AM  13   BE FAIR TO BOTH SIDES?  THAT'S THE JOB DESCRIPTION FOR A JUROR.

11:27AM  14   YOU HAVE TO BE FAIR TO BOTH SIDES IN THIS CASE.

11:27AM  15        IF THERE'S SOMETHING THAT YOU THINK WILL IMPAIR, AFFECT

11:27AM  16   THAT ABILITY TO BE FAIR TO BOTH SIDES, WE NEED TO KNOW ABOUT

11:27AM  17   THAT.  THESE LAWYERS NEED TO KNOW ABOUT THAT.  I NEED TO KNOW

11:28AM  18   ABOUT THAT.

11:28AM  19        SO I APPRECIATE THIS CONVERSATION.

11:28AM  20        I'M GOING TO ASK THE LAWYERS IF THEY HAVE SOME QUESTIONS

11:28AM  21   OF YOU ABOUT THIS RIGHT NOW AS WELL.

11:28AM  22        MR. SCHENK, DO YOU HAVE ANY QUESTIONS?

11:28AM  23            MR. SCHENK:  NO FURTHER QUESTIONS.

11:28AM  24            MR. DOWNEY:  NO QUESTIONS, YOUR HONOR.

11:28AM  25            THE COURT:  ALL RIGHT.  THANK YOU.

11:28AM 1       THANK YOU VERY MUCH, MS. DENT.  I APPRECIATE YOUR CANDOR

11:28AM 2   HERE, AND I APPRECIATE THE FACT THAT YOU READ A HARD COPY

11:28AM 3   NEWSPAPER.

11:28AM 4       (LAUGHTER.)

11:28AM 5           THE COURT:  IS THERE ANYONE ELSE IN THE BOX HERE?

11:28AM 6       YES, LET'S GO DOWN TO MS. NELSON, 116.

11:28AM 7           PROSPECTIVE JUROR:  YES, YOUR HONOR.

11:28AM 8       SO I FOLLOWED THE NEWS COVERAGE PRETTY EXTENSIVELY WHEN

11:28AM 9   THE STORY BROKE OUT.  I DISCLOSED IN MY QUESTIONNAIRE THAT I

11:28AM 10  LISTENED TO A PODCAST ON A ROAD TRIP WITH MY HUSBAND.  MY

11:28AM 11  HUSBAND IS A SCIENTIST FOR A BIOTECH COMPANY.  AS A GRADUATE

11:28AM 12  STUDENT, HE DID MALARIA RESEARCH AND DID BLOOD TESTS AND IS

11:29AM 13  REALLY FAMILIAR WITH THAT FIELD, AND SO WE HAD A LOT OF

11:29AM 14  DISCUSSIONS ABOUT THAT WHEN THE STORY BROKE OUT.

11:29AM 15      SINCE COMPLETING THE QUESTIONNAIRE, I TRIED NOT TO, YOU

11:29AM 16  KNOW, SEEK OUT MEDIA ON THE STORY.  I WAS EXPOSED A COUPLE DAYS

11:29AM 17  AGO TO A HEADLINE ON TWITTER, AND I THINK THAT I SHOULD

11:29AM 18  DISCLOSE THAT JUST BECAUSE OF MY -- THE PRACTICE AREA THAT I

11:29AM 19  PRACTICE IN.

11:29AM 20      I THINK IT MIGHT AFFECT MY GOING INTO THE CASE.  IT HAS TO

11:29AM 21  DO WITH THE DEFENSE STRATEGY, SO I DON'T KNOW IF WE WANT TO

11:29AM 22  TALK ABOUT THAT PRIVATELY.

11:29AM 23          THE COURT:  WELL, YES.  THANK YOU.  THANK YOU.

11:29AM 24      BUT JUST A -- AND THAT'S FINE, THAT TOPIC, THE TITLE

11:29AM 25  RATHER, PARDON ME.

11:29AM 1          BUT WHAT YOU READ ON THAT TWITTER, DO YOU THINK THAT WILL

11:29AM 2    AFFECT YOU AS A JUROR IF YOU'RE SEATED AS A JUROR IN THIS CASE?

11:29AM 3    OR DO YOU THINK IT WILL HAVE SOME IMPACT?

11:30AM 4          PROSPECTIVE JUROR:  I THINK THAT I CAN BE OBJECTIVE

11:30AM 5    AND FAIR, BUT I THINK, IN FULL DISCLOSURE, THAT COUNSEL SHOULD

11:30AM 6    KNOW WHAT I HEARD AND MAYBE LET THEM DECIDE WHETHER THEY THINK

11:30AM 7    THAT THIS WOULD BE A GOOD CASE FOR ME GIVEN MY BACKGROUND.

11:30AM 8          THE COURT:  OKAY.  WELL, TELL US A LITTLE BIT ABOUT

11:30AM 9    YOUR BACKGROUND.

11:30AM 10         PROSPECTIVE JUROR:  SO I'M AN ATTORNEY FOR LEGAL

11:30AM 11   AID.  I REPRESENT DOMESTIC VIOLENCE SURVIVORS AND SURVIVORS OF

11:30AM 12   SEXUAL ASSAULT AND HUMAN TRAFFICKING IN FAMILY COURT, AND SO,

11:30AM 13   YEAH.

11:30AM 14         THE COURT:  I SAW THAT IN YOUR QUESTIONNAIRE.

11:30AM 15      AND HOW LONG HAVE YOU BEEN DOING THAT?

11:30AM 16         PROSPECTIVE JUROR:  ELEVEN YEARS.

11:30AM 17         THE COURT:  AND DO YOU ASSIST IN -- DO YOU SOMETIMES

11:30AM 18   ASSIST THE DISTRICT ATTORNEY'S OFFICE IN THE PROSECUTION OF

11:30AM 19   CASES BY PROVIDING INFORMATION TO THEM?

11:30AM 20         PROSPECTIVE JUROR:  SO I WILL SAY THAT WE HAVE -- I

11:30AM 21   HAVE A GOOD RELATIONSHIP WITH A LOT OF THE D.A.'S.  A LOT OF MY

11:31AM 22   CLIENTS ALSO HAVE CASES WHERE THEIR ABUSER IS BEING PROSECUTED,

11:31AM 23   AND SOMETIMES OUR CLIENT WHO WE IDENTIFY AS D.V. SURVIVORS ARE

11:31AM 24   PROSECUTED THEMSELVES.  ACTUALLY, THAT HAPPENS QUITE OFTEN, AND

11:31AM 25   SO I'M PROVIDING INFORMATION TO THE D.A. TO GET THOSE CHARGES

11:31AM 1    DROPPED.

11:31AM 2         AND THEN I ALSO DO A LITTLE BIT OF IMMIGRATION.  SO WE

11:31AM 3    COOPERATE WITH THE D.A. TO GET CERTIFICATION FOR U-VISA

11:31AM 4    APPLICATIONS.

11:31AM 5         THE COURT:  AND DO YOU PROSECUTE -- I CAN'T REMEMBER

11:31AM 6    IF BAY AREA LEGAL AID ACTUALLY ASSISTS IN THE APPLICATION

11:31AM 7    PROCESS FOR THOSE TYPES OF VISAS.

11:31AM 8         PROSPECTIVE JUROR:  WE DO.

11:31AM 9         THE COURT:  YOU DO.

11:31AM 10        PROSPECTIVE JUROR:  AND I'VE DONE THEM PERSONALLY

11:31AM 11   MYSELF.

11:31AM 12        THE COURT:  AND THOSE ARE VISAS THAT ARE UNIQUE AND

11:31AM 13   SPECIAL TO INDIVIDUALS WHO HAVE PRESENTED EVIDENCE OF BEING --

11:31AM 14        PROSPECTIVE JUROR:  VICTIM OF A QUALIFYING CRIME.

11:31AM 15        THE COURT:  YES, EXACTLY.  THANK YOU.

11:31AM 16   IS THERE ANYTHING ABOUT THAT WORK, BASED ON WHAT YOU'VE

11:31AM 17   READ, THAT YOU THINK -- YOU READ ABOUT THIS CASE, THAT YOU

11:31AM 18   THINK WOULD IMPAIR OR AFFECT YOUR ABILITY TO BE FAIR AND

11:31AM 19   IMPARTIAL AS A JUROR IN THIS CASE?

11:32AM 20        PROSPECTIVE JUROR:  I DO NOT THINK SO.

11:32AM 21        THE COURT:  OKAY.  ALL RIGHT.

11:32AM 22   TELL ME ABOUT THE OTHER CONVERSATIONS WITH YOUR HUSBAND

11:32AM 23   ABOUT THIS CASE.

11:32AM 24   IT SOUNDS LIKE YOU'VE SEEN SOME -- I THINK YOU TOLD US YOU

11:32AM 25   SAW AN ABC AND HBO, YOU SAW PODCASTS AND THINGS.

11:32AM  1                    PROSPECTIVE JUROR:  SO I'VE READ ARTICLES, AND THEN

11:32AM  2     WE LISTENED TO A PODCAST.

11:32AM  3                    THE COURT:  I SEE.  AND HOW LONG AGO WAS THAT?  I'M

11:32AM  4     SORRY.

11:32AM  5                    PROSPECTIVE JUROR:  PROBABLY TWO YEARS AGO WAS THE

11:32AM  6     PODCAST I WANT TO SAY, YEAH.

11:32AM  7                    THE COURT:  OKAY.  AND YOU'VE DISCUSSED THIS WITH

11:32AM  8     YOUR HUSBAND?

11:32AM  9                    PROSPECTIVE JUROR:  YES.  PRIOR TO BEING SUMMONED,

11:32AM  10    YES.

11:32AM  11                   THE COURT:  AND IS THERE ANYTHING ABOUT THOSE

11:32AM  12    DISCUSSIONS, I'M SURE -- WELL, I'M NOT SURE.  IT MAY BE THAT

11:32AM  13    YOU'VE TALKED ABOUT THE SCIENCE OR SOMETHING LIKE THAT, AND HE

11:32AM  14    SHARED WITH YOU HIS OPINION.  I'M NOT GOING TO ASK YOU WHAT HIS

11:32AM  15    OPINION IS OR WAS.

11:32AM  16                   PROSPECTIVE JUROR:  RIGHT.

11:32AM  17                   THE COURT:  BUT IS THERE ANYTHING ABOUT THOSE

11:32AM  18    CONVERSATIONS THAT YOU THINK WILL CARRY FORWARD WITH YOU AS YOU

11:32AM  19    SIT AS A DELIBERATING JUROR IN THIS CASE?

11:32AM  20                   PROSPECTIVE JUROR:  I THINK THAT MY HUSBAND'S

11:33AM  21    OPINION -- YOU KNOW, I TRUST HIM ON THE SCIENCE AND I THINK

11:33AM  22    THAT WOULD CARRY OVER AS I'M WEIGHING THE TESTIMONY THAT I HEAR

11:33AM  23    IN THIS CASE.

11:33AM  24                   THE COURT:  SURE.  OKAY.  ALL RIGHT.  THANK YOU.

11:33AM  25         MR. SCHENK, ANY QUESTIONS ON THIS?

11:33AM 1          MR. SCHENK:  NO.  THANK YOU.

11:33AM 2          MR. DOWNEY:  NOT FROM THE DEFENSE, YOUR HONOR.

11:33AM 3   THANK YOU.

11:33AM 4          THE COURT:  THANK YOU.  THANK YOU, MS. NELSON.

11:33AM 5   THANK YOU FOR WORKING FOR BAY AREA LEGAL AID.  THAT'S A

11:33AM 6   WONDERFUL ORGANIZATION.

11:33AM 7      I KNOW THAT THEY HAVE EVENTS ANNUALLY TO RECOGNIZE THE

11:33AM 8   LAWYERS IN THAT GROUP, BUT YOU HAVEN'T HAD ONE BECAUSE OF THE

11:33AM 9   PANDEMIC.

11:33AM 10         PROSPECTIVE JUROR:  THAT'S RIGHT, YES.

11:33AM 11         THE COURT:  I KNOW.  AND I SAY THIS, AND THIS IS

11:33AM 12  JUST RECOGNITION, MANY OF MY COLLEAGUES AND OUR COLLEAGUES IN

11:33AM 13  SISTER STATE COURTS ATTEND THOSE EVENTS TO SUPPORT THE GOOD

11:33AM 14  WORK OF YOUR ORGANIZATION.

11:33AM 15         PROSPECTIVE JUROR:  I APPRECIATE THAT, YOUR HONOR.

11:33AM 16  THANK YOU.

11:33AM 17         THE COURT:  YOU'RE WELCOME.

11:33AM 18      ANYONE ELSE?

11:34AM 19      OH, LET'S GO TO MR., IS IT PARODI, 123?  MS. PARODI.

11:34AM 20      I THINK I HAVE THAT RIGHT.

11:34AM 21      122, I BEG YOUR PARDON.  THANK YOU, MS. PARODI.

11:34AM 22         PROSPECTIVE JUROR:  I ALSO GET THE HARD COPY OF THE

11:34AM 23  NEWSPAPER, "SAN JOSE MERCURY NEWS."

11:34AM 24         THE COURT:  WE'RE ON A ROLL HERE.

11:34AM 25         PROSPECTIVE JUROR:  SO WE'RE OUT HERE.

11:34AM   1        AND I HAVE SEEN GENERAL NEWS ARTICLES IN THE PAST.  SINCE

11:34AM   2    WE'VE BEEN CALLED IN, I HAVE SEEN JUST KIND OF HEADLINES ON THE

11:34AM   3    TOP OF THE FRONT PAGE, BUT I JUST PUSH IT AWAY.  AS SOON AS I

11:34AM   4    RECOGNIZE IT'S RELATED, I DON'T READ IT.

11:34AM   5        I'VE ALSO SEEN JUST ON MY FACEBOOK FEED NATIONAL NEWS

11:34AM   6    STORIES, LIKE "U.S.A. TODAY," "NEW YORK TIMES," AND AGAIN, I

11:34AM   7    JUST SCROLL PAST AND DON'T READ THOSE.

11:34AM   8        THE MOST RECENT THING I'VE SEEN WAS ACTUALLY LAST NIGHT MY

11:35AM   9    SON TURNED ON THE LOCAL NEWS AND THEY TALKED ABOUT JURY

11:35AM  10    SELECTION HERE TODAY.

11:35AM  11            THE COURT:  YOUR 5-YEAR OLD SON?

11:35AM  12            PROSPECTIVE JUROR:  NO, THAT'S MY 16-YEAR OLD.

11:35AM  13            THE COURT:  OH, OKAY.  THANK YOU.

11:35AM  14            PROSPECTIVE JUROR:  HE'S A BIG NEWS JUNKIE, SO HE'S

11:35AM  15    ALWAYS ON CNN.  JUST, THE NEWS IS ON A LOT IN OUR HOUSE.

11:35AM  16            THE COURT:  OKAY.

11:35AM  17            PROSPECTIVE JUROR:  BUT SINCE THEN I'VE TRIED TO

11:35AM  18    AVOID EVERYTHING.

11:35AM  19            THE COURT:  WELL, WHAT ABOUT -- HOW MUCH DID YOU SEE

11:35AM  20    LAST NIGHT?

11:35AM  21            PROSPECTIVE JUROR:  JUST -- I JUST SAW, LIKE, A

11:35AM  22    PHOTO OF THE COURTROOM COME ON AND THEN I -- I WAS IN THE

11:35AM  23    KITCHEN AND I WASN'T REALLY WATCHING IT WITH HIM, BUT I HEARD

11:35AM  24    IT AND I ASKED HIM TO CHANGE THE CHANNEL AND HE DID.

11:35AM  25            THE COURT:  I SEE.  OKAY.

11:35AM 1          PROSPECTIVE JUROR:  SO JUST A SNIPPET.

11:35AM 2          THE COURT:  OKAY.  THE QUESTION THAT I'VE ASKED YOUR

11:35AM 3   COLLEAGUE AND JURORS, WHAT ABOUT WHAT YOU'VE SEEN, WHAT YOU'VE

11:35AM 4   READ, WHAT YOU'VE HEARD, AND HOW DO YOU THINK THAT WILL AFFECT

11:35AM 5   YOUR ABILITY TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN THIS

11:35AM 6   CASE?

11:35AM 7          PROSPECTIVE JUROR:  I DON'T THINK IT WOULD.

11:35AM 8          THE COURT:  OKAY.  DO YOU HAVE ANY DOUBT IN YOUR

11:35AM 9   MIND ABOUT THAT?

11:35AM 10         PROSPECTIVE JUROR:  NO.

11:36AM 11         THE COURT:  YOUR 16-YEAR OLD, HE SOUNDS LIKE HE'S

11:36AM 12  VERY BRIGHT AND PRECOCIOUS, AND HE MIGHT SAY, IF YOU'RE SEATED

11:36AM 13  AS A JUROR, MOM, TELL ME WHAT HAPPENED?  WHAT IS GOING ON?

11:36AM 14         PROSPECTIVE JUROR:  YEAH, 100 PERCENT.  BUT I WON'T.

11:36AM 15         THE COURT:  HE'S GOING TO PUSH AND HE'S GOING TO

11:36AM 16  PROD, MOM.

11:36AM 17         PROSPECTIVE JUROR:  YEAH, I KNOW, I KNOW.

11:36AM 18      (LAUGHTER.)

11:36AM 19         THE COURT:  AND YOU'VE GOT CONTROL OF THAT?

11:36AM 20         PROSPECTIVE JUROR:  YEAH, I CAN DEFEND.

11:36AM 21         THE COURT:  OKAY.  ANYTHING ELSE YOU WOULD LIKE US

11:36AM 22  TO KNOW ABOUT THIS?

11:36AM 23      LET ME ASK ONE THING.  I THINK YOU HAVE A VACATION PLANNED

11:36AM 24  FOR THE FIRST WEEK IN OCTOBER.

11:36AM 25         PROSPECTIVE JUROR:  WELL, THAT'S KIND OF UP IN THE

11:36AM   1    AIR BECAUSE THAT WAS TO HAWAII, AND WE'VE RECONSIDERED THAT,

11:36AM   2    BUT MY CHILDREN WILL BE OUT THAT ENTIRE WEEK FROM SCHOOL

11:36AM   3    BECAUSE IT'S A PLANNED NORMAL SCHOOL BREAK, SO I DO HAVE A LOT

11:36AM   4    OF CHILDCARE ISSUES WITH SHOWING UP BECAUSE I'M THE PRIMARY

11:36AM   5    CARE GIVER FOR MY THREE KIDS AND THERE'S NO ONE ELSE WHO CAN

11:36AM   6    PICK THEM UP FROM SCHOOL AND TAKE THEM TO ORTHODONTIST

11:36AM   7    APPOINTMENTS AND BE THERE WHEN THEY'RE ON THEIR BREAK.

11:37AM   8         AND ALSO, MY YOUNGEST IS UNVACCINATED, AND THEY'RE ASKING,

11:37AM   9    IF HE SHOWS ANY SYMPTOMS WHATSOEVER OF COVID, WE'RE SUPPOSED TO

11:37AM  10    KEEP HIM HOME.  IF THEY'RE EXPOSED IN SCHOOL AND CONSIDERED A

11:37AM  11    CLOSE CONTACT, WE'RE SUPPOSED TO KEEP THEM HOME AND GET TESTED.

11:37AM  12         SO THAT'S KIND OF ALWAYS UP IN THE AIR OF WHAT I WOULD BE

11:37AM  13    NEEDED FOR AT HOME, SO --

11:37AM  14              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

11:37AM  15         ANY QUESTIONS, MR. SCHENK?

11:37AM  16              MR. SCHENK:  NO, YOUR HONOR.

11:37AM  17              MR. DOWNEY:  NO, YOUR HONOR.

11:37AM  18              THE COURT:  ALL RIGHT.  THANK YOU.

11:37AM  19         THANK YOU, MS. PARODI.  I APPRECIATE IT.

11:37AM  20         I THINK THAT EXHAUSTS EVERYONE IN THE BOX.  LET'S GO BACK

11:37AM  21    TO OUR AUDIENCE HERE AND WE'LL PASS THE MICROPHONE DOWN.

11:37AM  22              PROSPECTIVE JUROR:  YOUR HONOR, I'M 130, MR. MURPHY.

11:37AM  23              THE COURT:  MR. MURPHY.

11:37AM  24              PROSPECTIVE JUROR:  SO I'VE ACTIVELY AVOIDED ANY

11:37AM  25    EXPOSURE SINCE THE QUESTIONNAIRE AND THAT'S MOVING KIND OF PAST

11:38AM 1    ONLINE.  I DON'T READ A HARD COPY NEWSPAPER THOUGH, MY FATHER

11:38AM 2    DID.

11:38AM 3            THE COURT:  THANK YOU.  THANK YOU FOR DATING ME.  I

11:38AM 4    APPRECIATE THE RECOGNITION.

11:38AM 5        (LAUGHTER.)

11:38AM 6            PROSPECTIVE JUROR:  I DO FOLLOW THE LOCAL NEWS, BUT

11:38AM 7    I DO THAT RECORDED AND I'LL AVOID ANYTHING RELATED TO THIS

11:38AM 8    CASE.

11:38AM 9            THE COURT:  OKAY.

11:38AM 10           PROSPECTIVE JUROR:  THE TESTIMONY SO FAR REMINDED

11:38AM 11   ME, I THINK I DID LISTEN TO A PODCAST A COUPLE YEARS AGO.

11:38AM 12       AND I'M ABSOLUTELY CONFIDENT THAT I COULD FOLLOW THE

11:38AM 13   INSTRUCTIONS AND BE A JUROR OBJECTIVELY BASED ON MY EXPOSURE.

11:38AM 14           THE COURT:  THANK YOU.

11:38AM 15       DO YOU RECALL THE NAME OF THE PODCAST?

11:38AM 16           PROSPECTIVE JUROR:  I DON'T.  I'M SORRY.  AND

11:38AM 17   PROBABLY RADIO STORIES ALONG THE WAY, BUT IT WAS QUITE SOME

11:38AM 18   TIME AGO.

11:38AM 19           THE COURT:  SO IS IT FAIR TO SAY THAT WHAT YOU'VE

11:38AM 20   LISTENED TO AND ALL OF THOSE THINGS THAT YOU'VE LISTENED TO,

11:38AM 21   I'LL JUST PUT IT IN THE VERNACULAR, NOTHING STUCK?

11:38AM 22           PROSPECTIVE JUROR:  NO.  I'M GOOD.

11:38AM 23           THE COURT:  AND NOTHING STICKS WITH YOU THAT YOU

11:38AM 24   WOULD CALL UPON IF YOU'RE SEATED AS A JUROR IN THE CASE?

11:38AM 25           PROSPECTIVE JUROR:  MAYBE JUST THE BASIC, VERY BASIC

11:39AM 1    SKELETAL SERIES OF EVENTS, OR STORY.

11:39AM 2        BUT AS I SAID, I'M CONFIDENT THAT I COULD LOOK AT WHAT IS

11:39AM 3    PRESENTED.

11:39AM 4            THE COURT:  OF COURSE.  AND NOW I HAVE TO PROBE A

11:39AM 5    LITTLE BIT ABOUT, WHAT DO YOU MEAN BY "THE SKELETAL?"  ARE YOU

11:39AM 6    SAYING THAT, WELL, I KNOW IT'S THERANOS AND THAT WAS A COMPANY,

11:39AM 7    AND I KNOW THAT IT IS MS. HOLMES AND THAT'S IT?

11:39AM 8            PROSPECTIVE JUROR:  YEAH.  YEAH, PRETTY MUCH.

11:39AM 9            THE COURT:  AND ANYTHING DEEPER THAN THAT?

11:39AM 10           PROSPECTIVE JUROR:  JUST THAT IT WAS ABOUT TESTING.

11:39AM 11           THE COURT:  OKAY.

11:39AM 12           PROSPECTIVE JUROR:  LAB TESTING.

11:39AM 13           THE COURT:  OKAY.  OKAY.

11:39AM 14       IS THERE -- AND I'M SORRY, YOU SAID SOMETHING ABOUT HBO.

11:39AM 15   DID YOU SEE AN HBO SHOW OR LISTEN TO AN HBO SHOW?

11:39AM 16           PROSPECTIVE JUROR:  I MEAN, MAYBE.  I WATCH A LOT OF

11:39AM 17   HBO.  SO I DON'T BELIEVE IT SAID IT WHEN I JUST SPOKE.  I MAY

11:39AM 18   HAVE PUT IT ON MY QUESTIONNAIRE.

11:39AM 19           THE COURT:  I THINK THAT'S WHERE I GOT IT.

11:39AM 20           PROSPECTIVE JUROR:  I REMEMBER SEEING SOME MEDIA

11:39AM 21   ABOUT IT A COUPLE YEARS AGO.

11:39AM 22           THE COURT:  OKAY.  BUT, AGAIN, NOTHING STICKS TODAY?

11:39AM 23           PROSPECTIVE JUROR:  NO.

11:39AM 24           THE COURT:  CAN YOU BE FAIR TO THE GOVERNMENT IN

11:39AM 25   THIS CASE?

11:39AM 1       PROSPECTIVE JUROR:  YES.

11:39AM 2       THE COURT:  AND CAN YOU BE FAIR TO MS. HOLMES IN

11:40AM 3 THIS CASE?

11:40AM 4       PROSPECTIVE JUROR:  YES, YOUR HONOR.

11:40AM 5       THE COURT:  DO YOU HAVE ANY DOUBT IN YOUR MIND ABOUT

11:40AM 6 THOSE THINGS?

11:40AM 7       PROSPECTIVE JUROR:  I HAVE NO DOUBT.

11:40AM 8       THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH,

11:40AM 9 MR. MURPHY.

11:40AM 10  ANYONE ELSE?

11:40AM 11  LET'S PASS IT BEHIND, MR. MURPHY.

11:40AM 12  IS THIS MR. TONG?

11:40AM 13       PROSPECTIVE JUROR:  YES.

11:40AM 14       THE COURT:  THIS IS JUROR NUMBER --

11:40AM 15       PROSPECTIVE JUROR:  -- 147.

11:40AM 16       THE COURT:  -- 147.  THANK YOU, SIR.  YES?

11:40AM 17       PROSPECTIVE JUROR:  SO EXPOSURE TO THE CASE PRIOR TO

11:40AM 18 THE QUESTIONNAIRE, MAYBE, LIKE, YEARS AGO JUST HEARING ON THE

11:40AM 19 NEWS.

11:40AM 20  AND THEN ALSO I HAD A COWORKER WHO HAD A DAUGHTER WHO

11:40AM 21 WORKED AT THERANOS AND THERE WAS DISCUSSION OF WHAT WAS GOING

11:40AM 22 ON IN THE NEWS AND STUFF.

11:40AM 23  AND MAYBE A FEW MONTHS AGO I SAW IN, LIKE, ABC NEWS THERE

11:40AM 24 WAS, LIKE, A TRIAL WAS COMING.

11:40AM 25  AND THERE WAS SOME DISCUSSION JUST WITHIN THE FAMILY AND

11:40AM 1      WHAT WERE THE ALLEGATIONS AND SUCH.

11:40AM 2            SO THAT'S TO THE EXTENT WHERE I HAD KNOWLEDGE PRIOR.

11:41AM 3                  THE COURT:  OKAY.

11:41AM 4                  PROSPECTIVE JUROR:  AND AFTER THE QUESTIONNAIRE I

11:41AM 5      SAW THAT THE TRIAL WAS COMING ON THE NEWS, BUT I DIDN'T CLICK

11:41AM 6      ON IT.

11:41AM 7                  THE COURT:  AND THAT WAS ON A NEWS FEED ON YOUR

11:41AM 8      DEVICE?

11:41AM 9                  PROSPECTIVE JUROR:  YEAH, YEAH.

11:41AM 10                  THE COURT:  SO I THINK YOU SAID IN YOUR

11:41AM 11     QUESTIONNAIRE THAT YOU HEARD ABOUT HER AND YOU MIGHT BE

11:41AM 12     BIASSED.  I THINK THAT'S WHAT YOU WROTE.

11:41AM 13                  PROSPECTIVE JUROR:  YEAH.  YOU HEAR ON THE NEWS, AND

11:41AM 14     I DON'T KNOW IF THERE'S ANY SUBCONSCIOUS BIAS, BUT I THINK I

11:41AM 15     CAN TRY TO BE OBJECTIVE AND NOT LET IT AFFECT ME.  BUT IT'S

11:41AM 16     JUST BASED ON THE NEWS WHAT I HAVE HEARD.

11:41AM 17                  THE COURT:  OKAY.  SO YOU'VE HEARD ME TALK TO THE

11:41AM 18     OTHER JURORS AND YOU'VE HEARD THEIR ANSWERS ABOUT HOW IT WILL

11:41AM 19     AFFECT THEM AND BASED ON THEIR EXPOSURES.

11:41AM 20          WHAT ABOUT YOU?  IS THAT SOMETHING THAT YOU THINK YOU HAVE

11:41AM 21     CONFIDENCE THAT YOU CAN PUT ASIDE ANY QUESTIONS THAT YOU'VE

11:41AM 22     HEARD, READ?

11:41AM 23                  PROSPECTIVE JUROR:  BASED ON WHAT I'VE HEARD AND

11:41AM 24     READ, I THINK I CAN NOT LET IT AFFECT ME.

11:42AM 25                  THE COURT:  OKAY.  HAVE YOU -- HAVE YOU WATCHED ANY

11:42AM   1    SHOW OR DOCUMENTARY OR ANYTHING ON THIS, ON THIS CASE OR THE

11:42AM   2    ITEMS SURROUNDING THIS CASE?

11:42AM   3              PROSPECTIVE JUROR:  NOT ANY SHOWS OR DOCUMENTARY.

11:42AM   4         JUST, LIKE, THE NEWS CHANNEL, LIKE ABC OR SOMETHING WHEN

11:42AM   5    THEY TALK ABOUT THE CASE.  BUT I DIDN'T WATCH IT IN DEPTH.

11:42AM   6              THE COURT:  HAVE YOU LISTENED TO THE ENTIRETY OF

11:42AM   7    THAT NEWS?

11:42AM   8              PROSPECTIVE JUROR:  NOT PARTICULARLY.

11:42AM   9              THE COURT:  I'M SORRY, I INTERRUPTED YOU.  GO AHEAD.

11:42AM  10              PROSPECTIVE JUROR:  JUST, LIKE, WHEN IT'S ON THE

11:42AM  11    NEWS AND IN THE BACKGROUND IN PASSING I JUST HEAR, AND MAYBE

11:42AM  12    SOME DISCUSSION WITH FAMILY ABOUT WHAT THEY THINK HAS HAPPENED.

11:42AM  13    BUT NOTHING IN DETAIL.

11:42AM  14              THE COURT:  AND HAVE YOU SHARED IN THAT CONVERSATION

11:42AM  15    WITH YOUR FAMILY?  AND I'M NOT GOING TO ASK YOU WHAT WAS SAID,

11:42AM  16    BUT DID YOU SHARE YOUR OPINION ABOUT THE CASE AT THAT TIME?  OR

11:42AM  17    NOT THE CASE, BUT ABOUT THE NEWS STORY?

11:42AM  18              PROSPECTIVE JUROR:  NO, NOT -- NOT TOO MUCH

11:42AM  19    DISCUSSION.  MAINLY THEY WERE ASKING, WHAT DO YOU THINK

11:43AM  20    HAPPENED?  BUT NOT TOO MUCH ON MY SIDE.

11:43AM  21              THE COURT:  OKAY.  ALL RIGHT.

11:43AM  22         I WANT TO ASK YOU ABOUT SOMETHING ELSE.  YOU'VE TOLD US

11:43AM  23    THAT YOU'RE A BUSY ENGINEER.

11:43AM  24              PROSPECTIVE JUROR:  YEAH.

11:43AM  25              THE COURT:  TELL US ABOUT THAT.

11:43AM 1          PROSPECTIVE JUROR:  OH, MY WORK RIGHT NOW, IT'S

11:43AM 2   PRETTY STRESSFUL.  I'M WORKING MAYBE 60 TO 80 HOURS A WEEK AND

11:43AM 3   I'M BARELY KEEPING UP.

11:43AM 4       WHAT I MENTIONED WAS THAT I WAS CONCERNED THAT THE

11:43AM 5   WORKLOAD IS PRETTY HIGH AND I'LL HAVE TROUBLE KIND OF FOCUSSING

11:43AM 6   ON WORK AND WITH FOCUSSING MENTALLY ON THE CASE IS WHAT WAS MY

11:43AM 7   CONCERN.

11:43AM 8          THE COURT:  I SEE.  DO YOU THINK THAT WOULD BE A

11:43AM 9   CHALLENGE FOR YOU?

11:43AM 10          PROSPECTIVE JUROR:  YEAH, I THINK SO, BECAUSE SINCE

11:43AM 11  THE CASE IS SO LONG AND THE WORK, I MEAN, IT'S PRETTY HEAVY IN

11:43AM 12  TERMS OF THE HOURS THAT I HAVE TO PUT IN.  I DON'T KNOW HOW I

11:43AM 13  WILL BE ABLE TO MANAGE BOTH.

11:43AM 14          THE COURT:  OKAY.  I THINK YOU NEED TO HAVE A

11:43AM 15  CONVERSATION WITH YOUR EMPLOYER AND TELL HIM TO HIRE SOME MORE

11:43AM 16  PEOPLE, DO YOU THINK?

11:43AM 17       (LAUGHTER.)

11:43AM 18          PROSPECTIVE JUROR:  YEAH, WE'RE PRETTY SHORT

11:44AM 19  STAFFED.

11:44AM 20          THE COURT:  THAT MIGHT BE A FAST SOLUTION TO THIS.

11:44AM 21       BUT I KNOW YOU TOLD US ABOUT THAT IN YOUR QUESTIONNAIRE,

11:44AM 22  THAT YOU HAVE A LOT OF WORK TO DO.

11:44AM 23       ARE THE PROJECTS THAT YOU ARE WORKING ON NOW THAT HAVE A

11:44AM 24  COMPLETION DATE SOON?

11:44AM 25          PROSPECTIVE JUROR:  NO.  IT'S KIND OF JUST STARTING,

11:44AM  1    SO IT WILL GO ON FOR A WHILE.  AND I'M ONE OF THE MAIN ONES

11:44AM  2    KIND OF STARTING ON IT, AND THE OPPORTUNITY IS, LIKE, A PRETTY

11:44AM  3    HIGH VISIBLE PROJECT, AND SO IT'S LIKE PRETTY IMPORTANT TO MY

11:44AM  4    WORK AND CAREER IN TERMS OF PROVING MYSELF.  SO, YEAH.

11:44AM  5              THE COURT:  ALL RIGHT.  THANK YOU.

11:44AM  6         MR. SCHENK, ANY QUESTIONS?

11:44AM  7              MR. SCHENK:  NO.

11:44AM  8              MR. DOWNEY:  I WANTED TO INQUIRE OF MR. TONG OF THE

11:44AM  9    COWORKER WHO WORKED AT THERANOS, BUT I DIDN'T WANT TO --

11:45AM  10             THE COURT:  NO, I THINK YOU MENTIONED THAT,

11:45AM  11   MR. TONG.

11:45AM  12        MR. DOWNEY, YOU HAD A QUESTION ABOUT THAT?

11:45AM  13             MR. DOWNEY:  I DO.

11:45AM  14        WHO WAS THE FRIEND WHO HAD A CHILD THAT WORKED AT

11:45AM  15   THERANOS?

11:45AM  16             PROSPECTIVE JUROR:  SO IT WAS A COUPLE COMPANIES AGO

11:45AM  17   THAT I WORKED AT, AND I JUST KNOW THAT THE DAUGHTER WORKED AT

11:45AM  18   THE COMPANY, AND I MIGHT HAVE MET ONCE AT A COMPANY PARTY, BUT

11:45AM  19   I DON'T KNOW HER PERSONALLY WELL.

11:45AM  20             MR. DOWNEY:  OKAY.  DO YOU KNOW THE LAST NAME OF

11:45AM  21   YOUR COWORKER?

11:45AM  22             PROSPECTIVE JUROR:  IT'S BEEN, LIKE, A FEW YEARS

11:45AM  23   AGO, SO I DON'T KNOW THE LAST NAME, BUT I HAVE THE FIRST NAME.

11:45AM  24             MR. DOWNEY:  YOU DO RECALL THE FIRST NAME?

11:45AM  25             PROSPECTIVE JUROR:  YEAH.

11:45AM   1          MR. DOWNEY:  AND WHAT WAS THE FIRST NAME?

11:45AM   2          PROSPECTIVE JUROR:  THE FIRST NAME OF THE COWORKER

11:45AM   3   OR THE DAUGHTER?

11:45AM   4          MR. DOWNEY:  THE DAUGHTER.

11:45AM   5          PROSPECTIVE JUROR:  OH, THE DAUGHTER.  I DON'T

11:45AM   6   REMEMBER HER NAME.

11:45AM   7          MR. DOWNEY:  HOW ABOUT THE COWORKER?

11:45AM   8          PROSPECTIVE JUROR:  IT'S PHI, P-H-I.

11:45AM   9          MR. DOWNEY:  AND DO YOU KNOW WHAT YOUR COWORKER'S

11:46AM   10  DAUGHTER DID AT THERANOS?

11:46AM   11         PROSPECTIVE JUROR:  NO.  I JUST KNOW THAT SHE WAS

11:46AM   12  WORKING THERE AT THE TIME.

11:46AM   13         MR. DOWNEY:  OKAY.  DID YOU EVER TALK TO YOUR

11:46AM   14  COWORKER ABOUT THERANOS?

11:46AM   15         PROSPECTIVE JUROR:  NO, NOT THAT COWORKER.  MAYBE

11:46AM   16  SOME OTHER COWORKER THAT KNEW HER JUST MENTIONED WHEN THIS

11:46AM   17  HAPPENED THAT SHE HAD A DAUGHTER THAT WORKED THERE.

11:46AM   18         MR. DOWNEY:  I THINK YOU SAID YOU MAY HAVE MET YOUR

11:46AM   19  COWORKER'S DAUGHTER ONCE AT A PARTY.

11:46AM   20         PROSPECTIVE JUROR:  A COMPANY EVENT.

11:46AM   21         MR. DOWNEY:  WHEN YOU WERE AT THE PARTY, DID YOU

11:46AM   22  HAVE ANY DISCUSSIONS ABOUT THERANOS WITH HER?

11:46AM   23         PROSPECTIVE JUROR:  NO.  THIS IS BEFORE EVERYTHING

11:46AM   24  HAPPENED, SO WE DIDN'T HAVE ANY DISCUSSION REGARDING THIS.

11:46AM   25         MR. DOWNEY:  OKAY.  WHAT ABOUT ANY WORK AT THERANOS

11:46AM  1     THAT SHE WAS DOING?

11:46AM  2                 PROSPECTIVE JUROR:  THERE WAS NO DISCUSSION ABOUT

11:46AM  3     THAT.

11:46AM  4                 MR. DOWNEY:  THANK YOU, MR. TONG.

11:46AM  5                 THE COURT:  ANYTHING FURTHER, MR. DOWNEY?

11:46AM  6                 MR. DOWNEY:  NO, NOTHING, YOUR HONOR.

11:46AM  7                 THE COURT:  MR. SCHENK?

11:46AM  8                 MR. SCHENK:  NO.

11:46AM  9                 THE COURT:  THANK YOU, MR. TONG.  THANK YOU.

11:46AM  10          LET'S PASS THE MICROPHONE DOWN THE ROW BEHIND YOU, I

11:46AM  11     THINK.

11:47AM  12          IS THAT MS. GLIK?  WHERE DID THE MICROPHONE GO?

11:47AM  13                 PROSPECTIVE JUROR:  VANDEKAMP IS MY LAST NAME, 160.

11:47AM  14                 THE COURT:  I'M SORRY.  THANK YOU.

11:47AM  15          YES?

11:47AM  16                 PROSPECTIVE JUROR:  ARE WE DISCLOSING THINGS OUTSIDE

11:47AM  17     OF THE QUESTIONNAIRE OR JUST THE QUESTIONNAIRE STILL?

11:47AM  18                 THE COURT:  WELL, MY QUESTION WAS REGARDING

11:47AM  19     EXPOSURE, ANYTHING THAT YOU MAY HAVE SEEN, READ, HEARD.

11:47AM  20                 PROSPECTIVE JUROR:  YEAH, FOR SURE.

11:47AM  21                 THE COURT:  BOTH BEFORE THE QUESTIONNAIRE AND AFTER

11:47AM  22     THE QUESTIONNAIRE.

11:47AM  23                 PROSPECTIVE JUROR:  OKAY.  COOL.

11:47AM  24          SO BEFORE THE QUESTIONNAIRE, I CONSUMED A LOT OF MEDIA AND

11:47AM  25     I'M PRETTY SURE I HAVE HEARD THE PODCAST ABOUT IT.

11:47AM   1          BUT NOW THAT I SEE THE DEFENDANT, I THINK I HAVE SEEN A

11:47AM   2     MOVIE OR DOCUMENTARY BECAUSE SHE LOOKS FAMILIAR.

11:47AM   3               THE COURT:  OKAY.  WHEN WOULD THAT HAVE BEEN THAT

11:47AM   4     YOU SAW THIS?

11:47AM   5               PROSPECTIVE JUROR:  A WHILE AGO.  MAYBE A YEAR AGO,

11:47AM   6     TWO YEARS AGO.  I'M NOT SURE.

11:47AM   7               THE COURT:  OKAY.  OKAY.

11:47AM   8          IS THERE -- DO YOU REMEMBER ANY OF THE CONTENT THAT YOU

11:48AM   9     SAW?

11:48AM  10               PROSPECTIVE JUROR:  SOMEWHAT, LIKE, ABOUT THE

11:48AM  11     TESTING AND SUCH.  BUT THAT'S PRETTY MUCH IT.

11:48AM  12               THE COURT:  THE GENERAL STORY?

11:48AM  13               PROSPECTIVE JUROR:  YEAH, THE GENERAL STORY.  I

11:48AM  14     WASN'T THAT INVESTED IN IT, TO BE HONEST.

11:48AM  15               THE COURT:  OKAY.  WAS IT A CABLE NEWS SHOW OR A

11:48AM  16     TELEVISION SHOW?  DO YOU RECALL?

11:48AM  17               PROSPECTIVE JUROR:  IT WAS PROBABLY EITHER SOMETHING

11:48AM  18     LIKE ON A STREAMING SERVICE.

11:48AM  19               THE COURT:  I SEE.

11:48AM  20               PROSPECTIVE JUROR:  YEAH.

11:48AM  21               THE COURT:  OKAY.  AND WHAT ABOUT SUBSEQUENT TO THE

11:48AM  22     QUESTIONNAIRE?

11:48AM  23               PROSPECTIVE JUROR:  I SAW A HEADLINE ON "THE

11:48AM  24     NEW YORK TIMES" THE OTHER DAY ABOUT FEMALE FUNDING IN THE TECH

11:48AM  25     SPACE, BUT I DIDN'T READ IT.  I DIDN'T READ THE WHOLE THING.

11:48AM  1          THE COURT:  THERE'S A BOOK I THINK CALLED

11:48AM  2   "BAD BLOOD."  ARE YOU FAMILIAR WITH THAT?

11:48AM  3          PROSPECTIVE JUROR:  WITH THE BOOK?

11:48AM  4          THE COURT:  YES.

11:48AM  5          PROSPECTIVE JUROR:  NO, I DIDN'T READ THE BOOK.

11:48AM  6          THE COURT:  YOU DID NOT READ THE BOOK?

11:48AM  7          PROSPECTIVE JUROR:  HUH-UH.

11:48AM  8          THE COURT:  DID YOU SEE A MOVIE OR DOCUMENTARY ABOUT

11:48AM  9   THE BOOK?

11:48AM 10          PROSPECTIVE JUROR:  I THINK IT WAS A PODCAST.

11:49AM 11          THE COURT:  I SEE.  OKAY.

11:49AM 12      I THINK YOU TOLD US ALSO THAT THE MEDIA THAT YOU CONSUMED

11:49AM 13   ABOUT THIS, AND IT MAY BE THIS, DID YOU SAY THAT IT DID NOT

11:49AM 14   SHOW BOTH SIDES?

11:49AM 15          PROSPECTIVE JUROR:  I DON'T FEEL LIKE IT WAS A

11:49AM 16   TWO-SIDED THING.  I FEEL LIKE IT WAS FROM -- IT WAS REALLY JUST

11:49AM 17   COVERAGE ABOUT WHAT WAS HAPPENING.  IT DIDN'T SEEM LIKE IT HAD

11:49AM 18   ANY OTHER -- LIKE, IT WASN'T LIKE A GOVERNMENT TYPE THING OR

11:49AM 19   FROM THE INVESTOR SIDE OR ANYTHING LIKE THAT I DON'T THINK.  I

11:49AM 20   DON'T REALLY RECALL TO BE HONEST.

11:49AM 21          THE COURT:  I JUST ASKED THAT AND I SAW YOU -- I

11:49AM 22   THINK YOU SAID IT DID NOT, "IT" MEANING THE DOCUMENTARY, THE

11:49AM 23   PODCAST, WHATEVER IT WAS --

11:49AM 24          PROSPECTIVE JUROR:  YEAH.

11:49AM 25          THE COURT:  -- IT DID NOT SHOW BOTH SIDES, AND I WAS

11:49AM 1     CURIOUS WHAT YOU MEANT BY THAT.

11:49AM 2          PROSPECTIVE JUROR:  YEAH, I WAS TRYING TO THINK

11:49AM 3     ABOUT IT AS THE PROSECUTOR AND THE DEFENDANT, AND I DON'T FEEL

11:49AM 4     LIKE IT WAS A TWO-SIDED THING.  IT WAS JUST, LIKE,

11:49AM 5     INFORMATIONAL.

11:49AM 6          THE COURT:  I SEE.  OKAY.

11:50AM 7      I ALSO WANT TO ASK YOU, I THINK YOU TOLD US THAT YOU HAVE

11:50AM 8     SOME TRAVEL PLANNED?

11:50AM 9          PROSPECTIVE JUROR:  I DO, YEAH.

11:50AM 10          THE COURT:  AND TELL US ABOUT THAT.

11:50AM 11          PROSPECTIVE JUROR:  I HAVE A WORK TRIP FROM

11:50AM 12     SEPTEMBER 20TH TO THE 28TH.

11:50AM 13          THE COURT:  28TH.  OH, OKAY.

11:50AM 14      AND IS THAT INTERNATIONAL TRAVEL?

11:50AM 15          PROSPECTIVE JUROR:  NO.  IT'S TO CHICAGO.

11:50AM 16          THE COURT:  OKAY.  AND IS THAT SOMETHING THAT COULD

11:50AM 17     BE EITHER RESCHEDULED OR THAT YOUR EMPLOYER MIGHT SEND SOMEONE

11:50AM 18     ELSE?  I KNOW THERE'S NO ONE ELSE THAT WOULD DO AS GOOD OF A

11:50AM 19     JOB AS YOU --

11:50AM 20          PROSPECTIVE JUROR:  THAT'S RIGHT.

11:50AM 21      (LAUGHTER.)

11:50AM 22          PROSPECTIVE JUROR:  I'M ACTUALLY THE PERSON IN

11:50AM 23     CHARGE OF THE ENTIRE EVENT.

11:50AM 24          THE COURT:  I BEG YOUR PARDON?

11:50AM 25          PROSPECTIVE JUROR:  I'M IN CHARGE OF THE EVENT FOR

| | | |
|---|---|---|
| 11:50AM | 1 | THE ENTIRE TEAM. |
| 11:50AM | 2 | THE COURT:  OH, YOU'RE RUNNING THE EVENT? |
| 11:50AM | 3 | PROSPECTIVE JUROR:  YEAH. |
| 11:50AM | 4 | THE COURT:  SO YOU WOULD BE CONSPICUOUS IN YOUR |
| 11:50AM | 5 | ABSENCE? |
| 11:50AM | 6 | PROSPECTIVE JUROR:  I THINK SO.  PARTICULARLY |
| 11:50AM | 7 | BECAUSE I'M REALLY GOOD AT WHAT I DO. |
| 11:50AM | 8 | (LAUGHTER.) |
| 11:50AM | 9 | THE COURT:  DO YOU HAVE ANY DOUBT ABOUT THAT |
| 11:51AM | 10 | MS. VANDEKAMP? |
| 11:51AM | 11 | PROSPECTIVE JUROR:  NO DOUBTS. |
| 11:51AM | 12 | THE COURT:  OKAY.  THANK YOU. |
| 11:51AM | 13 | ANY QUESTIONS, MR. SCHENK? |
| 11:51AM | 14 | MR. SCHENK:  NO.  THANK YOU, YOUR HONOR. |
| 11:51AM | 15 | MR. DOWNEY:  NO.  THANK YOU, YOUR HONOR. |
| 11:51AM | 16 | THE COURT:  THANK YOU VERY MUCH, MS. VANDEKAMP.  I |
| 11:51AM | 17 | APPRECIATE IT. |
| 11:51AM | 18 | IS THIS MS. GLIK? |
| 11:51AM | 19 | PROSPECTIVE JUROR:  YES. |
| 11:51AM | 20 | THE COURT:  ALL RIGHT. |
| 11:51AM | 21 | PROSPECTIVE JUROR:  SO WHEN I FILLED OUT THE |
| 11:51AM | 22 | QUESTIONNAIRE I WASN'T FAMILIAR WITH ANYTHING, NOT THE TOPIC OR |
| 11:51AM | 23 | THE NAME. |
| 11:51AM | 24 | BUT WHEN I CAME BACK HOME I COMPLETED THE QUESTIONS, AND |
| 11:51AM | 25 | THEN I REMEMBER MY HUSBAND'S MOVIE WAS IN THE MIDDLE ABOUT THE |

11:51AM  1    BLOOD TESTS WHICH I MADE THE CONNECTION.  I DON'T KNOW MUCH

11:51AM  2    ABOUT IT, JUST PART OF THE MOVIE.  I KNOW IT'S ABOUT BLOOD

11:51AM  3    TESTING, LIKE A SMALL BLOOD TESTING, BUT NOTHING ELSE.

11:51AM  4              THE COURT:  OKAY.  WELL, THANK YOU.  SO YOU SAW PART

11:51AM  5    OF THE MOVIE?

11:51AM  6              PROSPECTIVE JUROR:  YEAH.  MY HUSBAND, BUT NOTHING

11:52AM  7    MUCH I REMEMBER.

11:52AM  8              THE COURT:  DO YOU REMEMBER THE TITLE OF THE MOVIE?

11:52AM  9              PROSPECTIVE JUROR:  NO.

11:52AM  10             THE COURT:  AND HOW LONG AGO WAS THIS?

11:52AM  11             PROSPECTIVE JUROR:  I DON'T REMEMBER MUCH, SO I

11:52AM  12   GUESS IT WAS A LONG TIME AGO.

11:52AM  13             THE COURT:  MORE THAN A YEAR AGO?

11:52AM  14             PROSPECTIVE JUROR:  PERHAPS, YEAH.  I JUST --

11:52AM  15             THE COURT:  AND DO YOU REMEMBER HOW LONG THE MOVIE

11:52AM  16   WAS OR HOW LONG YOU WATCHED THE MOVIE?

11:52AM  17             PROSPECTIVE JUROR:  NO.  I WATCHED JUST A FEW

11:52AM  18   MINUTES.  MY HUSBAND GAVE ME SOME MORE DETAILS ABOUT IT, BUT I

11:52AM  19   DON'T REMEMBER THE DETAILS, SO --

11:52AM  20             THE COURT:  OKAY.  DO YOU REMEMBER OR DO YOU HAVE

11:52AM  21   ANY KNOWLEDGE TODAY ABOUT ANYTHING ABOUT THIS CASE?

11:52AM  22             PROSPECTIVE JUROR:  NO.  NOT EXCEPT THAT IT'S ABOUT

11:52AM  23   VERY SMALL BLOOD TEST.

11:52AM  24             THE COURT:  OKAY.  HAVE YOU TALKED TO ANYBODY ABOUT

11:52AM  25   ANYTHING ABOUT THIS CASE?

11:52AM  1                    PROSPECTIVE JUROR:  NO.

11:52AM  2                    THE COURT:  OR HAS ANYBODY TALKED TO YOU?

11:52AM  3                    PROSPECTIVE JUROR:  NO.

11:52AM  4                    THE COURT:  HAVE YOU READ ANYTHING ABOUT THIS CASE?

11:52AM  5                    PROSPECTIVE JUROR:  NO.

11:52AM  6                    THE COURT:  OKAY.  ALL RIGHT.

11:52AM  7               MR. SCHENK, ANY QUESTIONS FOR MS. GLIK?

11:52AM  8                    MR. SCHENK:  NO.  THANK YOU.

11:52AM  9                    MR. DOWNEY:  NOTHING, YOUR HONOR.

11:52AM 10                    THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU,

11:52AM 11       MS. GLIK.

11:52AM 12                    PROSPECTIVE JUROR:  THANK YOU.

11:53AM 13                    THE COURT:  YOU'RE WELCOME.

11:53AM 14               IS THAT MR. FORSBERG?

11:53AM 15                    PROSPECTIVE JUROR:  YES.

11:53AM 16                    THE COURT:  169.

11:53AM 17                    PROSPECTIVE JUROR:  SO SINCE FILLING OUT THE

11:53AM 18       QUESTIONNAIRE, THE ONLY EXPOSURE I'VE HAD WAS LAST NIGHT MY

11:53AM 19       HUSBAND HAD THE T.V. ON AND THERE WAS A SHOT OF THE COURT

11:53AM 20       REPORTER, OR THE REPORTER OUTSIDE THE COURT.  WE IMMEDIATELY

11:53AM 21       TURNED OFF THE T.V., SO IT JUST FLASHED BY.

11:53AM 22                    THE COURT:  OKAY.  DID YOU SEE ANY -- OR EXCUSE ME.

11:53AM 23       DID YOU HEAR ANY CONTENT?

11:53AM 24                    PROSPECTIVE JUROR:  JUST THAT THEY WERE DOING JURY

11:53AM 25       SELECTION TODAY.

357

11:53AM  1          THE COURT:  OKAY.  ALL RIGHT.

11:53AM  2      WHAT ABOUT PRE-QUESTIONNAIRE?

11:53AM  3          PROSPECTIVE JUROR:  SO PRE-QUESTIONNAIRE I HAD SEEN

11:53AM  4  THE "60 MINUTES" PIECE, AND ANOTHER PIECE ABOUT THE TESTING

11:53AM  5  THAT WAS POSSIBLE.

11:53AM  6          THE COURT:  AND DID YOU SEE THOSE IN THE ENTIRETY?

11:53AM  7          PROSPECTIVE JUROR:  YES, I DID.

11:53AM  8          THE COURT:  OKAY.  AND DO YOU RETAIN SOME OF WHAT

11:53AM  9  YOU SAW TODAY?

11:53AM 10          PROSPECTIVE JUROR:  YES, I DID.

11:53AM 11          THE COURT:  I SEE.  YOU HAVE THAT IN YOUR MIND

11:53AM 12  TODAY, WHAT YOU SAW?

11:53AM 13          PROSPECTIVE JUROR:  YES.

11:54AM 14          THE COURT:  AND YOU'VE HEARD ME TALK, OF COURSE, ALL

11:54AM 15  MORNING HERE ABOUT SEPARATING THINGS IF YOU'RE A JUROR IN THIS

11:54AM 16  CASE.

11:54AM 17      IS THAT SOMETHING THAT YOU THINK YOU COULD DO?

11:54AM 18          PROSPECTIVE JUROR:  I BELIEVE, YES, I COULD DO IT.

11:54AM 19  I THINK THAT I'M NOT UNBIASSED, BUT I THINK I'M AWARE OF MY

11:54AM 20  BIASES.

11:54AM 21          THE COURT:  OKAY.  AND HOW DO YOU -- MAY I ASK YOU,

11:54AM 22  MR. FORSBERG, HOW DO YOU RECONCILE THOSE TWO THINGS,

11:54AM 23  RECOGNIZING YOUR BIASES AND THEN MOVING TO PUT ASIDE THOSE

11:54AM 24  BIASES?  HOW DO YOU, HOW DO YOU -- WHAT TOOLS DO YOU USE TO

11:54AM 25  ACCOMPLISH THAT?

11:54AM 1          PROSPECTIVE JUROR:  I THINK IN THIS APPLICATION IT

11:54AM 2    WOULD BE BASICALLY LISTENING TO THE COURT AND THE DIRECTION

11:54AM 3    THAT THEY HAVE.

11:54AM 4        SO YOU MAY HEAR THINGS OR HAVE TO NOT APPLY THEM, IF YOU

11:54AM 5    WILL.

11:54AM 6          THE COURT:  AND YOU KNOW THIS AND I'VE TOLD THIS AND

11:54AM 7    I'VE SAID THIS, THAT THERE WILL BE A COURT ORDER THAT JURORS,

11:55AM 8    JURORS ARE NOT, NOT TO CONSULT ANYTHING OUTSIDE THE EVIDENCE IN

11:55AM 9    THIS CASE.  YOU HAVE HEARD ME TALK ABOUT THE UNIVERSE OF

11:55AM 10   EVIDENCE IN THIS COURTROOM AND THAT FORMS THE BASIS OF A

11:55AM 11   JUROR'S INFORMATION.

11:55AM 12       IS THAT SOMETHING THAT YOU CAN DO?

11:55AM 13         PROSPECTIVE JUROR:  ABSOLUTELY, YES.

11:55AM 14         THE COURT:  AND CAN YOU PARSE OUT THE PROGRAMS THAT

11:55AM 15   YOU'VE SEEN AND ANY OTHER INFORMATION THAT YOU'VE SEEN AND NOT

11:55AM 16   ALLOW THAT TO INFECT YOUR THOUGHT PROCESS AS YOU DELIBERATE AS

11:55AM 17   A JUROR AND YOU SEE AND HEAR THE EVIDENCE IN THE CASE?  CAN YOU

11:55AM 18   DO THAT?

11:55AM 19         PROSPECTIVE JUROR:  I BELIEVE I CAN.

11:55AM 20         THE COURT:  AND ANY DOUBT ABOUT THAT?

11:55AM 21         PROSPECTIVE JUROR:  THERE'S A LITTLE DOUBT, YES.

11:55AM 22         THE COURT:  AND LET'S TALK ABOUT THAT.  TELL ME

11:55AM 23   ABOUT YOUR THOUGHTS ABOUT THAT.  AND I APPRECIATE YOUR CANDOR,

11:55AM 24   MR. FORSBERG, I REALLY DO.

11:55AM 25         PROSPECTIVE JUROR:  I THINK JUST -- I THINK THERE

11:55AM 1   WAS SO MUCH POSSIBILITY ATTACHED TO THE PRODUCT THAT WOULD BE

11:56AM 2   DELIVERED, THAT THAT'S WHAT I HAVE TO DETACH AND GO BACK TO,

11:56AM 3   THIS IS WHAT IS HAPPENING IN THE COURTROOM AND THIS IS WHAT IS

11:56AM 4   BEING GUIDED, AND TO PUT THE OTHER PERCEPTIONS ASIDE.

11:56AM 5           THE COURT:  RIGHT.  AND THAT'S -- I RECOGNIZE --

11:56AM 6   YESTERDAY I SAID IT WAS A HERCULEAN TASK TO ACCOMPLISH THAT FOR

11:56AM 7   FOLKS, TO SEPARATE THAT, TO UNRING A BELL, TO UNREAD A BOOK,

11:56AM 8   WHATEVER THAT IS.

11:56AM 9       HOW WOULD YOU ACCOMPLISH THAT OR GO ABOUT DOING THAT?

11:56AM 10          PROSPECTIVE JUROR:  I'M NOT SURE HOW TO ANSWER THAT

11:56AM 11  QUESTION.  IT WOULD JUST BE TO THE BEST OF MY ABILITY TO REALLY

11:56AM 12  JUST FOLLOW THE INSTRUCTIONS AND THE GUIDANCE, LIKE WE HAD ON

11:56AM 13  THE QUESTIONNAIRE WHERE IT WAS DON'T GOOGLE IT, DON'T LOOK IT

11:56AM 14  UP, DON'T TALK ABOUT IT.  YOU KNOW, SO WHEN IT CAME ON T.V.

11:56AM 15  LAST NIGHT, WE IMMEDIATELY TURNED THE T.V. OFF.

11:56AM 16      SO I THINK JUST FOLLOWING THE GUIDANCE OF THE COURT IS

11:56AM 17  PROBABLY THE BEST ANSWER I HAVE AT THIS TIME.

11:56AM 18          THE COURT:  I APPRECIATE THAT.  THAT WAS A TOUGH

11:57AM 19  QUESTION.

11:57AM 20      SOMETIMES IN A CASE LIKE THIS, PERHAPS, A JUROR MIGHT SIT

11:57AM 21  HERE AND WILL INFORM US ALL THAT, YOU KNOW, I CAN KEEP THAT OUT

11:57AM 22  OF MY MIND.

11:57AM 23      AND THEN SOMETHING MIGHT COME UP IN THE TRIAL ITSELF, A

11:57AM 24  PIECE OF EVIDENCE, A WITNESS, AND SOMEONE MIGHT SAY, OH, I

11:57AM 25  REMEMBER HEARING ABOUT THAT IN THIS PODCAST, IN THIS MOVIE, AND

11:57AM 1        THIS IS DIFFERENT THAN WHAT I HEARD, HOW CAN THAT BE?

11:57AM 2           DO YOU UNDERSTAND THAT SCENARIO?

11:57AM 3               PROSPECTIVE JUROR:  ABSOLUTELY, YES.

11:57AM 4               THE COURT:  AND THAT'S OUR CONCERN HERE IS HOW CAN A

11:57AM 5        JUROR, HOW CAN WE ASK A JUROR TO KEEP THAT SEPARATE?

11:57AM 6               PROSPECTIVE JUROR:  I ALSO THINK TIME HAS A BIT OF

11:57AM 7        AN ADVANTAGE.  MOST OF THE THINGS THAT I PREVIOUSLY SAW WERE,

11:57AM 8        YOU KNOW, WELL OVER A YEAR AND A HALF AGO.

11:57AM 9               THE COURT:  RIGHT.  OKAY.

11:57AM 10          I WANT TO TALK A LITTLE BIT ABOUT YOU HAVE SOME TRAVEL.

11:57AM 11              PROSPECTIVE JUROR:  I DO.

11:57AM 12              THE COURT:  AND THAT'S FROM THE END OF OCTOBER

11:57AM 13       THROUGH THE SECOND WEEK OF NOVEMBER I BELIEVE.

11:57AM 14              PROSPECTIVE JUROR:  SO THE OCTOBER TRIP CAN BE

11:58AM 15       CANCELLED AND RESCHEDULED, BUT I SENT AN EMAIL ON MONDAY AND I

11:58AM 16       DO HAVE A TRIP SCHEDULED FROM DECEMBER 3RD THROUGH THE 13TH.

11:58AM 17              THE COURT:  OH, OKAY.

11:58AM 18              PROSPECTIVE JUROR:  AND WHEN I COUNTED 13 WEEKS, I

11:58AM 19       DIDN'T REALIZE THAT WAS RIGHT AT THE END OF THE TRIAL SCHEDULE.

11:58AM 20              THE COURT:  SO, I'M SORRY.  THE OCTOBER TRAVEL?

11:58AM 21              PROSPECTIVE JUROR:  COULD BE RESCHEDULED.

11:58AM 22              THE COURT:  OKAY.  THANK YOU FOR THAT.

11:58AM 23              PROSPECTIVE JUROR:  YES.

11:58AM 24              THE COURT:  MR. SCHENK, ANY QUESTIONS?

11:58AM 25              MR. SCHENK:  NO, YOUR HONOR.

11:58AM   1            MR. DOWNEY:  NO, YOUR HONOR.

11:58AM   2            THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

11:58AM   3        LET'S SEE.  WERE THERE OTHER HANDS?

11:58AM   4        OKAY.  I SEE.

11:58AM   5            PROSPECTIVE JUROR:  I'M JUROR 165.

11:58AM   6            THE COURT:  YES.

11:58AM   7            PROSPECTIVE JUROR:  I HAVE A 5-YEAR OLD SON I NEED

11:58AM   8    TO PICK UP FROM SCHOOL AT 12:30, AND THERE'S NO ONE ELSE THAT

11:58AM   9    CAN GO GET HIM.  I CAN ONLY GET HIM.

11:58AM  10            THE COURT:  I SEE IT'S NOON NOW.  WILL YOU BE ABLE

11:58AM  11    TO RETURN?

11:58AM  12            PROSPECTIVE JUROR:  NO, BECAUSE NO ONE IS ABLE TO

11:59AM  13    PICK HIM UP.  I'M THE ONLY ONE THAT CARES FOR HIM.

11:59AM  14            THE COURT:  IS THAT EVERY DAY, SIR?

11:59AM  15            PROSPECTIVE JUROR:  YEAH.

11:59AM  16            THE COURT:  ALL RIGHT.  THANK YOU.

11:59AM  17        THIS IS MR. RAZO; IS THAT RIGHT?

11:59AM  18            THE CLERK:  YES, JUROR 165.

11:59AM  19            THE COURT:  ALL RIGHT.  WHY DON'T YOU HAND THAT BACK

11:59AM  20    TO YOUR COLLEAGUE.  THANK YOU, MR. RAZO.  HAVE A SEAT.

11:59AM  21        WHERE DO YOU PICK UP YOUR CHILD?

11:59AM  22            PROSPECTIVE JUROR:  MORGAN HILL.

11:59AM  23            THE COURT:  THAT'S A BIT OF A DISTANCE FROM HERE.

11:59AM  24        MR. SCHENK, ANY OBJECTION?

11:59AM  25            MR. SCHENK:  NO OBJECTION.

11:59AM  1          MR. DOWNEY:  NO OBJECTION.

11:59AM  2          THE COURT:  MR. RAZO, YOU'RE EXCUSED.  DRIVE SAFELY.

11:59AM  3          PROSPECTIVE JUROR:  THANK YOU.

11:59AM  4          PROSPECTIVE JUROR:  MY NAME IS DANIEL HALL, JUROR

11:59AM  5   167.

11:59AM  6      PRIOR TO FILLING OUT THIS QUESTIONNAIRE, I HAD NO

11:59AM  7   KNOWLEDGE OF THIS CASE WHATSOEVER, NOT THE NAMES OR NOTHING

11:59AM  8   INVOLVED.

11:59AM  9      UP UNTIL THIS LAST WEEKEND, AND EVEN THIS MORNING, I SAW

11:59AM  10  SOME NEWS ARTICLES COMING THROUGH, JUST THE TITLES ON THE FEED

12:00PM  11  AND GOING TO COURT AND THAT KIND OF THING.  I DIDN'T CLICK ON

12:00PM  12  THEM.  I DIDN'T GO TO THE STORY OR ANYTHING LIKE THAT.

12:00PM  13     SO I DON'T HAVE ANY DETAILS ON THE CASE OR ANYTHING LIKE

12:00PM  14  THAT, BUT IT WAS JUST THEY STARTED COMING THROUGH THE NEWS,

12:00PM  15  SO --

12:00PM  16         THE COURT:  ALL RIGHT.  THANK YOU.  I APPRECIATE

12:00PM  17  THAT.

12:00PM  18     YOU KNOW, IT MAY BE THAT I CAN'T ORDER PEOPLE TO -- WELL,

12:00PM  19  I CAN ORDER PEOPLE NOT TO READ AND PAY ATTENTION TO THOSE

12:00PM  20  THINGS.  I CAN'T TELL YOU HOW TO DO THAT.

12:00PM  21     BUT I'M TOLD THAT YOU CAN TURN THESE NEWS FEEDS OFF.  JUST

12:00PM  22  LIKE THAT PHONE THAT IS RINGING, YOU CAN TURN THAT OFF.  I'M

12:00PM  23  TOLD THAT THEY CAN TURN PHONES OFF LIKE THAT, SO --

12:00PM  24     BUT THAT'S SOMETHING THAT, YOU KNOW, THE JURORS MIGHT

12:00PM  25  ENGAGE IN, THAT IS, TO TURN OFF THOSE NEWS FEEDS, AND THAT

12:00PM   1       MIGHT BE OF ASSISTANCE.

12:00PM   2             SO THANK YOU.  THANK YOU FOR THAT.

12:00PM   3             ANYONE ELSE IN THE BACK?

12:00PM   4             WE'RE GOING TO TAKE OUR NOON RECESS NOW, BUT I'D LIKE TO

12:00PM   5       FINISH THIS CONVERSATION WITH YOU IF I CAN.

12:00PM   6                   PROSPECTIVE JUROR:  GOOD AFTERNOON, YOUR HONOR.

12:00PM   7                   THE COURT:  YES.

12:01PM   8                   PROSPECTIVE JUROR:  HI.  I'M JUROR 161,

12:01PM   9       RONNIE JACOBSON.

12:01PM   10                   THE COURT:  THANK YOU.

12:01PM   11                   PROSPECTIVE JUROR:  AS I PUT IN MY QUESTIONNAIRE, I

12:01PM   12      DIDN'T --

12:01PM   13            (CELL PHONE RINGING.)

12:01PM   14                   PROSPECTIVE JUROR:  THAT WAS NOT MY PHONE.

12:01PM   15            (LAUGHTER.)

12:01PM   16                   PROSPECTIVE JUROR:  I DID NOT KNOW MUCH ABOUT THE

12:01PM   17      CASE.  I HEARD NAMES AND THINGS, BUT I DIDN'T REALLY PURSUE

12:01PM   18      READING ANYTHING.

12:01PM   19            SINCE I FILLED OUT THE QUESTIONNAIRE, MY COLLEAGUES AT

12:01PM   20      WORK DID KNOW THAT I WAS AT JURY DUTY, SO THEY'VE BEEN TRYING

12:01PM   21      TO GUESS.

12:01PM   22            FORTUNATELY, I'VE BEEN ON ZOOM SO I DIDN'T HAVE TO -- IT

12:01PM   23      WAS EASY TO KIND OF CONCEAL THAT.  BUT YESTERDAY WHEN MY FRIEND

12:01PM   24      KNEW I HAD TO COME TODAY, SHE STARTED TEXTING ME LINKS TO

12:01PM   25      THINGS, AND SO I JUST SAW A COUPLE OF HEADLINES ABOUT THE JURY

12:01PM  1    SELECTION THAT HAPPENED YESTERDAY AND THINGS LIKE THAT.  SO I

12:01PM  2    DIDN'T READ IT AND THAT WAS THE END OF IT.

12:01PM  3              THE COURT:  OKAY.  THANK YOU.  THANK YOU.

12:01PM  4         I WONDER, IS IT ALSO POSSIBLE TO BLOCK PEOPLE FROM TEXTS?

12:01PM  5         (LAUGHTER.)

12:02PM  6              THE COURT:  THAT MIGHT BE A SOLUTION.  THANKS.

12:02PM  7         WELL, YOU SAW THE HEADLINES?

12:02PM  8              PROSPECTIVE JUROR:  IT SAID JURY SELECTION STARTED

12:02PM  9    YESTERDAY WAS THE HEADLINE THAT I SAW, AND THEN I SAW THE

12:02PM 10    CAMERAS DOWNSTAIRS WHEN I GOT HERE TODAY, SO --

12:02PM 11              THE COURT:  AND THAT'S THE EXTENT OF IT?

12:02PM 12              PROSPECTIVE JUROR:  YES.

12:02PM 13              THE COURT.  OKAY.  SO IF YOU'RE SEATED AS A JUROR,

12:02PM 14    I'LL INSTRUCT YOU THAT YOU'RE NOT TO DISCUSS THE CASE WITH

12:02PM 15    ANYONE.  YOU MAY TELL THEM THAT YOU'RE SEATED AS A JUROR IN A

12:02PM 16    CASE, BUT YOU'RE NOT TO TALK ABOUT THE CASE AT ALL.

12:02PM 17         ARMED WITH THAT, WE CAN GIVE YOU A WRITTEN ORDER IF YOU

12:02PM 18    WOULD LIKE TO PUT IT IN FRONT OF YOUR FRIEND.

12:02PM 19         (LAUGHTER.)

12:02PM 20              PROSPECTIVE JUROR:  YES.

12:02PM 21              THE COURT:  THAT MIGHT BE HELPFUL.

12:02PM 22         BUT THAT MIGHT ASSIST YOU ALSO AS TO ANY COLLEAGUES WHO

12:02PM 23    WANT TO ENGAGE YOU.

12:02PM 24         BUT I APPRECIATE YOUR -- YOU KNOW, YOU AND MS. GONZALEZ

12:02PM 25    ARE TERRIFIC IN DOING THAT AND AVOIDING THAT CONVERSATION.

12:02PM 1    THANK YOU.

12:02PM 2                 PROSPECTIVE JUROR:  IS IT POSSIBLE, MAY I ASK A

12:02PM 3    QUESTION, PLEASE?

12:02PM 4                 THE COURT:  ABSOLUTELY, PLEASE.

12:02PM 5                 PROSPECTIVE JUROR:  I APPRECIATE VERY MUCH THAT YOU

12:02PM 6    LET EVERYONE KNOW THAT EVERYONE IN HERE IS VACCINATED, BUT IF

12:02PM 7    YOU SAW MY QUESTIONNAIRE, I WROTE SEVERAL TIMES HOW CONCERNED I

12:03PM 8    AM ABOUT BEING IN AN ENCLOSED ROOM.  THIS IS THE MOST PEOPLE

12:03PM 9    THAT I'VE BEEN WITH IN A YEAR AND A HALF, AND THE FACT THAT IT

12:03PM 10   HAS HAPPENED TWICE NOW IN TWO WEEKS HAS ME VERY, VERY ANXIOUS,

12:03PM 11   AND SO --

12:03PM 12                THE COURT:  YES.

12:03PM 13                PROSPECTIVE JUROR:  -- SO I APPRECIATE ALL OF THE

12:03PM 14   LENGTHS THAT YOU DESCRIBED IN TERMS OF TRYING TO KEEP US SAFE,

12:03PM 15   BUT I DON'T KNOW THAT I CAN BE COMFORTABLE AT ALL.

12:03PM 16       I MEAN, I'VE BEEN IN MY HOUSE AND WORKING FROM HOME.  I

12:03PM 17   HAVE A SON WHO IS IN HIGH SCHOOL, AND THANKFULLY HE WAS ABLE TO

12:03PM 18   GO BACK, AND I'M WORRIED AND I JUST --

12:03PM 19                THE COURT:  SURE.  IS YOUR SON VACCINATED?

12:03PM 20                PROSPECTIVE JUROR:  HE IS, YES.  WE'RE ALL

12:03PM 21   VACCINATED.

12:03PM 22       AND A COLLEAGUE AT WORK WAS VACCINATED AND SHE AND HER

12:03PM 23   PARENTS BOTH GOT SICK, AND SHE WAS SICK LAST WEEK, AND SO --

12:03PM 24                THE COURT:  RIGHT.

12:03PM 25                PROSPECTIVE JUROR:  SO THREE MONTHS AGO MAYBE I

12:03PM 1    WOULD HAVE FELT A LITTLE BIT BETTER AFTER THE INITIAL WE ALL

12:03PM 2    GOT VACCINATED AND WE SORT OF HAD HOPE.

12:03PM 3         BUT THE LAST, YOU KNOW, SIX WEEKS ARE -- I'M KIND OF

12:04PM 4    SHAKEN, AND I'VE NEVER TRIED TO GET OUT OF JURY DUTY BEFORE

12:04PM 5    BECAUSE I BELIEVE IN IT.

12:04PM 6         BUT I'VE NEVER BEEN IN A PANDEMIC BEFORE, AND THE THOUGHT

12:04PM 7    OF HAVING TO BE IN A ROOM LIKE THIS WITH THIS MANY PEOPLE THREE

12:04PM 8    DAYS A WEEK FOR 13 WEEKS, QUITE HONESTLY, I DON'T KNOW THAT I

12:04PM 9    CAN DO THAT.

12:04PM 10              THE COURT:  THANK YOU.  I EXPECT THAT ONCE WE GET

12:04PM 11   OUR JURY SEATED, CERTAINLY THE NUMBERS ON YOUR SIDE OF THE ROOM

12:04PM 12   I THINK WILL DIMINISH GREATLY.  THAT'S MY UNDERSTANDING.

12:04PM 13        BUT THANK YOU FOR SHARING THAT WITH ME.

12:04PM 14        ANY QUESTIONS, MR. SCHENK?

12:04PM 15              MR. SCHENK:  NO, YOUR HONOR.

12:04PM 16              MR. DOWNEY:  NO, YOUR HONOR.

12:04PM 17              THE COURT:  THANK YOU.

12:04PM 18   WAS THERE ONE MORE INDIVIDUAL?

12:04PM 19   YES, LET'S -- IS THIS MS. CHEN?

12:04PM 20              PROSPECTIVE JUROR:  YES.

12:04PM 21              THE COURT:  YES?

12:04PM 22              PROSPECTIVE JUROR:  I PREVIOUSLY WATCHED SOME

12:04PM 23   YOUTUBE VIDEOS ABOUT THIS CASE ABOUT I'D SAY, LIKE, SIX MONTHS

12:04PM 24   AGO, AND I SORT OF FELL DOWN THE RABBIT HOLE BACK THEN.  I HAVE

12:04PM 25   A HABIT OF WATCHING A LOT OF DOCUMENTARIES, AND I BELIEVE THAT

12:04PM 1    I WATCHED EITHER THE "20/20" OR THE "60 MINUTES" DOCUMENTARY ON

12:05PM 2    IT, AND SO I'M SOMEWHAT FAMILIAR WITH THE CASE.

12:05PM 3        I DO HAPPEN TO REMEMBER THE DETAILS ABOUT SORT OF WHAT

12:05PM 4    HAPPENED, AND ALSO THE FIRST VIDEO THAT I WATCHED, SPECIFICALLY

12:05PM 5    THE PERSON WAS A BIT MORE OPINIONATED AND NOT LINKED TO ANY

12:05PM 6    JOURNAL NATIONALISM, AND SO THEY WERE PURELY STATING OPINIONS

12:05PM 7    EXPLICITLY STATING THAT --

12:05PM 8            THE COURT:  PARDON ME FOR INTERRUPTING YOU, FIRST OF

12:05PM 9    ALL.

12:05PM 10       SO WAS IT A "20/20" THAT YOU SAW, I THINK?  IS THAT WHAT

12:05PM 11   YOU SAID?

12:05PM 12           PROSPECTIVE JUROR:  I'M NOT TOO SURE.  I TEND TO

12:05PM 13   WATCH THINGS, EVERYTHING ON TIMES 2.  SO I WATCH A LOT OF

12:05PM 14   VIDEOS.  IT WAS EITHER A "20/20" DOCUMENTARY OR "60 MINUTES."

12:05PM 15   I DON'T REALLY LOOK AT THE TITLES OF VIDEOS SOMETIMES.

12:05PM 16           THE COURT:  ALL RIGHT.  OKAY.  THANK YOU FOR THAT.

12:06PM 17       LET ME ASK YOU TO PASS THE MICROPHONE TO I THINK IT'S THE

12:06PM 18   LAST PERSON THERE.  IT'S JUST BEHIND YOU THERE.

12:06PM 19       OH, THERE'S MORE THAN --

12:06PM 20           PROSPECTIVE JUROR:  I'M JUROR 164.

12:06PM 21           THE COURT:  YES, MS. QUINTANILLA?

12:06PM 22           PROSPECTIVE JUROR:  YES.

12:06PM 23           THE COURT:  YES.  THANK YOU.

12:06PM 24           PROSPECTIVE JUROR:  AFTER THE QUESTIONNAIRE, I TRY

12:06PM 25   NOT TO TALK TO ANYBODY, INCLUDING MY FAMILY.  BUT LAST NIGHT MY

12:06PM   1    HUSBAND WAS WATCHING THE EVENING NEWS AND THE JURY SELECTION

12:06PM   2    COMMENT CAME ACROSS.

12:06PM   3         AND MY SON DID ASK ME, MOM, BY ANY CHANCE IS THIS CASE THE

12:06PM   4    ONE THAT YOU'RE POTENTIALLY IN THE JURY?

12:06PM   5         AND I SAID I COULD NOT DISCLOSE THAT, AND I KNOW IT WOULD

12:06PM   6    BE VERY DISRESPECTFUL IF I WERE TO TELL THEM THAT I'M PART OF

12:07PM   7    THIS CASE.

12:07PM   8         PRIOR TO THE QUESTIONNAIRE I DID WATCH -- I DON'T REMEMBER

12:07PM   9    IF IT WAS A T.V. SHOW OR A DOCUMENTARY, BUT IT WAS YEARS AGO

12:07PM  10    AND IT WAS REGARDING THE CASE.

12:07PM  11         AND I DIDN'T REALIZE UNTIL I WAS ANSWERING THE

12:07PM  12    QUESTIONNAIRE THAT I ALREADY HAD, LIKE, A LITTLE BIT OF A --

12:07PM  13    NOT A LITTLE BIT, BUT I ALREADY HAD BEEN TO AN EXTENT EXPOSED,

12:07PM  14    BUT I DIDN'T REMEMBER THE NAMES OR THE COMPANY, BUT I REMEMBER

12:07PM  15    WHAT IT WAS ABOUT AND IT WAS ABOUT TESTING.

12:07PM  16              THE COURT:  OKAY.

12:07PM  17              PROSPECTIVE JUROR:  I THINK I CAN FOLLOW DIRECTIONS

12:07PM  18    AND BE FAIR AND BE OBJECTIVE FOR THE ENTIRE PROCESS.

12:08PM  19              THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

12:08PM  20         MS. QUINTANILLA, I ALSO SEE THAT YOU'RE TRAVELLING --

12:08PM  21              PROSPECTIVE JUROR:  I'M TRAVELLING --

12:08PM  22              THE COURT:  -- THIS WEEKEND.

12:08PM  23              PROSPECTIVE JUROR:  -- TOMORROW AND COMING BACK THIS

12:08PM  24    WEEKEND, AND THAT'S THE ONLY TRAVELLING I WILL BE DOING PLANNED

12:08PM  25    AS OF NOW.

12:08PM 1        THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU VERY

12:08PM 2   MUCH.  THANK YOU.

12:08PM 3        AND THERE WAS ONE OTHER PERSON I THINK.

12:08PM 4        IS THAT MS. DOMINGUEZ?

12:08PM 5        PROSPECTIVE JUROR:  YES, IT IS, 211.

12:08PM 6        THE COURT:  YES.  THANK YOU.

12:08PM 7        PROSPECTIVE JUROR:  SAME AS HER.  CAN YOU HEAR ME?

12:08PM 8        THE COURT:  YES.

12:08PM 9        PROSPECTIVE JUROR:  PRIOR TO THE QUESTIONNAIRE I DID

12:08PM 10  KNOW ABOUT THE CASE, BUT I DIDN'T REMEMBER WHEN I WAS FILLING

12:09PM 11  OUT THE QUESTIONNAIRE, BUT I DID SEE IT AGAIN LAST NIGHT ON THE

12:09PM 12  NEWS.

12:09PM 13       THE COURT:  WHAT DID YOU SEE ON THE NEWS?

12:09PM 14       PROSPECTIVE JUROR:  JURY SELECTION STARTED

12:09PM 15  YESTERDAY.

12:09PM 16       THE COURT:  OKAY.  ANYTHING ELSE?

12:09PM 17       PROSPECTIVE JUROR:  I'M GOING ON VACATION TOMORROW

12:09PM 18  AND COMING BACK THE 10TH, AND I DON'T THINK I STATED THAT ON

12:09PM 19  THERE.

12:09PM 20       THE COURT:  NO, I DON'T THINK YOU DID.

12:09PM 21       AND IS THIS -- IS THIS TRAVEL OF A GREAT DISTANCE?

12:09PM 22       PROSPECTIVE JUROR:  NOT A GREAT DISTANCE.

12:09PM 23       THE COURT:  IS THIS SOMETHING THAT CAN BE

12:09PM 24  RESCHEDULED?

12:09PM 25       PROSPECTIVE JUROR:  NO.  I WORK FOR THE SUPERIOR

12:09PM 1    COURT FOR 21 YEARS AND I --

12:09PM 2              THE COURT:  SANTA CLARA SUPERIOR COURT?

12:09PM 3              PROSPECTIVE JUROR:  SANTA CLARA.

12:09PM 4              THE COURT:  YES.

12:09PM 5              PROSPECTIVE JUROR:  AND EVERY YEAR WE HAVE TO PUT IN

12:09PM 6    OUR BIDS AND SO I PUT IT IN LAST YEAR.

12:09PM 7              THE COURT:  YOU KNOW, I HAVE SOME FAMILIARITY WITH

12:09PM 8    THAT, I THINK.

12:09PM 9         (LAUGHTER.)

12:09PM 10             THE COURT:  I RECALL THAT THE CLERKS OF THE COURT,

12:09PM 11   YOU DO HAVE A BIDDING PROCESS THAT YOU HAVE TO GO THROUGH.

12:10PM 12             PROSPECTIVE JUROR:  YES.

12:10PM 13             THE COURT:  AND THEN WHOEVER IT IS APPROVES IT AND

12:10PM 14   THAT'S WHAT YOU GET.

12:10PM 15             PROSPECTIVE JUROR:  YES.

12:10PM 16             THE COURT:  AND IF YOU DON'T USE IT, YOU LOSE IT, I

12:10PM 17   GUESS, IF YOU'LL PARDON ME FOR PUTTING IT THAT WAY.

12:10PM 18        IS THAT RIGHT?

12:10PM 19             PROSPECTIVE JUROR:  WE DON'T LOSE THE HOURS.  WE

12:10PM 20   DON'T LOSE THE HOURS.

12:10PM 21             THE COURT:  RIGHT.  BUT YOU HAVE TO TRADE WITH

12:10PM 22   SOMEONE IF YOU MISS THAT DAY?  IS THAT HOW IT WORKS?

12:10PM 23             PROSPECTIVE JUROR:  YES.

12:10PM 24             THE COURT:  RIGHT.

12:10PM 25             PROSPECTIVE JUROR:  AND IT IS ALREADY TOMORROW.

12:10PM   1           THE COURT:  IT IS TOMORROW.  OKAY.  THANK YOU.

12:10PM   2        (LAUGHTER.)

12:10PM   3           THE COURT:  ANY QUESTIONS FOR MS. DOMINGUEZ?

12:10PM   4           MR. SCHENK:  NO, YOUR HONOR.

12:10PM   5           MR. DOWNEY:  NO, YOUR HONOR.

12:10PM   6           THE COURT:  THANK YOU, MS. DOMINGUEZ:

12:10PM   7        LET ME --

12:10PM   8           PROSPECTIVE JUROR:  HI, YOUR HONOR.

12:10PM   9           THE COURT:  I'M SORRY.

12:10PM  10           PROSPECTIVE JUROR:  I'M IN THE BACK CORNER.  220.

12:10PM  11           THE COURT:  OH, THAT'S MR. WAXMAN.  THERE WE ARE.

12:10PM  12           PROSPECTIVE JUROR:  HERE I AM.

12:10PM  13           THE COURT:  YES.

12:10PM  14           PROSPECTIVE JUROR:  SO BY NATURE OF MY PROFESSION

12:10PM  15        AND MY EDUCATION, MEDIA IS SOMETHING THAT I CONSUME

12:10PM  16        VORACIOUSLY, SO I'VE BEEN READING, WATCHING PARTICULARLY

12:11PM  17        BUSINESS NEWS AND PARTICULARLY SILICON VALLEY NEWS FOR MOST OF

12:11PM  18        MY CAREER, AND I'VE READ ARTICLES MOSTLY CONTEMPORANEOUSLY AS

12:11PM  19        THE COMPANY WAS ANNOUNCED AND SUCCESSFUL.

12:11PM  20           AND THEN AFTER THAT I'M NOT AS FAMILIAR WITH THE

12:11PM  21        DOCUMENTARY KINDS OF THINGS THAT HAPPENED AFTERWARDS.

12:11PM  22           BUT I WAS VERY FAMILIAR DURING THE TIME.  SO I DON'T KNOW

12:11PM  23        HOW MANY ARTICLES THAT I READ, INCLUDING BECAUSE I HAVE -- I

12:11PM  24        ALSO ADVISE A LOT OF EARLY START-UP COMPANIES AND WORK WITH

12:11PM  25        INVESTORS AND V.C.'S.  IT WAS KIND OF A CONVERSATIONAL, I DON'T

12:11PM  1    KNOW, CONTACT PARTY CONVERSATION, IF YOU WILL, FOR QUITE SOME

12:11PM  2    TIME DURING THE TIME THAT IT ACTUALLY REALLY HAPPENED, NOT

12:11PM  3    RECENTLY.

12:11PM  4         YEAH, SO I HAVE A CONSIDERABLE BOTH AMOUNT OF INFORMATION

12:12PM  5    AND PRECONCEIVED OPINION ON THE SUBJECT.

12:12PM  6              THE COURT:  THANK YOU.

12:12PM  7         NOW, TELL US WHAT YOU CAN DO TO PUT ALL OF THAT ASIDE IF

12:12PM  8    YOU'RE SEATED AS A JUROR IN THIS CASE AND TO DECIDE THE CASE

12:12PM  9    ONLY ON THE EVIDENCE IN THIS COURTROOM?

12:12PM  10         IS THAT SOMETHING THAT YOU CAN DO, MR. WAXMAN?

12:12PM  11              PROSPECTIVE JUROR:  AND THAT'S A REALLY HARD

12:12PM  12    QUESTION AND I THOUGHT ABOUT THAT AND THERE ARE TWO THINGS THAT

12:12PM  13    I FIND CONFLICTING FOR ME.

12:12PM  14         ONE IS THAT I DO THINK I'M A VERY OBJECTIVE PERSON.  I DO

12:12PM  15    THINK THAT I CAN LOOK AT INFORMATION OBJECTIVELY AND MAKE THAT

12:12PM  16    KIND OF A DECISION.

12:12PM  17         BUT I'LL ALSO SAY THAT HAD SOMEONE IN THIS COURTROOM

12:12PM  18    WALKED UP TO ME A WEEK AGO AND, KNOWING WHAT THIS WAS ABOUT,

12:12PM  19    AND ASKED, HEY, DO YOU KNOW ANYTHING ABOUT THIS, I WOULD HAVE

12:12PM  20    BEEN VERY UNAMBIGUOUS ON MY OPINION ON THE SUBJECT BECAUSE IT'S

12:12PM  21    STRONG.

12:12PM  22         SO I'M A HUMAN BEING.  I CAN DO MY BEST TO BE OBJECTIVE,

12:12PM  23    BUT I HAVE A STRONG OPINION.

12:13PM  24              THE COURT:  OKAY.  THANK YOU FOR THAT.  ALL RIGHT.

12:13PM  25    THANK YOU.  I APPRECIATE THAT.

12:13PM  1        LET'S PASS THE MICROPHONE UP.

12:13PM  2        I THINK MS. COMILANG WANTS TO BE HEARD, SO LET'S GET THAT

12:13PM  3  TO HER, AND THEN WE'LL END WITH MR. CHATHAM, YES.

12:13PM  4        THIS IS JUROR NUMBER 124, MS. COMILANG.

12:13PM  5             PROSPECTIVE JUROR:  IT'S NOT RELATED TO THE

12:13PM  6  IMMEDIATE, BUT I HAVE TO PICK UP MY TWO DAUGHTERS TODAY AT 1:00

12:13PM  7  AND 1:30.  IF I COULD BE EXCUSED?

12:13PM  8             THE COURT:  AND IS THIS EVERY DAY YOU PICK THEM UP?

12:13PM  9             PROSPECTIVE JUROR:  YEAH, EVERY WEDNESDAY AND

12:13PM  10  THURSDAY.

12:13PM  11             THE COURT:  AND WHAT HAVE YOU DONE TO ARRANGE FOR

12:13PM  12  OTHER TRANSPORTATION FOR THEM SINCE YOU WERE SUMMONED FOR JURY

12:14PM  13  SERVICE?

12:14PM  14             PROSPECTIVE JUROR:  THERE'S NOBODY WHO CAN PICK UP

12:14PM  15  MY KIDS, BECAUSE MY HUSBAND HAS TO GO TO WORK UNTIL

12:14PM  16  3:00 O'CLOCK OR 2:30, 2:30, 3:00, SO --

12:14PM  17             THE COURT:  AND WHERE DO YOU PICK THEM UP?

12:14PM  18             PROSPECTIVE JUROR:  I PICK THEM UP AT PIEDMONT HIGH

12:14PM  19  SCHOOL AND MIDDLE SCHOOL.

12:14PM  20             THE COURT:  PIEDMONT.  AND DO YOU PICK THEM UP OR

12:14PM  21  TAKE THEM HOME?

12:14PM  22             PROSPECTIVE JUROR:  YEAH, I HAVE TO PICK THEM UP AND

12:14PM  23  TAKE THEM HOME.

12:14PM  24             THE COURT:  AND HOW OLD ARE YOUR CHILDREN?  WHAT ARE

12:14PM  25  THEIR AGES?

12:14PM  1            PROSPECTIVE JUROR:  THEY ARE 11 AND 15, AND I HAVE

12:14PM  2     ONE UNVACCINATED, SO --

12:14PM  3            THE COURT:  ALL RIGHT.  THANK YOU FOR SHARING THAT.

12:14PM  4        ANY QUESTIONS, MR. SCHENK?

12:14PM  5            MR. SCHENK:  NO, YOUR HONOR.

12:14PM  6            MR. DOWNEY:  NO, YOUR HONOR.

12:14PM  7            THE COURT:  ALL RIGHT.  PLEASE HAND THAT TO

12:14PM  8     MR. CHATHAM.

12:14PM  9            PROSPECTIVE JUROR:  I NEGLECTED TO PUT IN THE

12:14PM  10    QUESTIONNAIRE ABOUT SOME PLANNED TRIPS, AND SINCE YOU'RE ASKING

12:14PM  11    ABOUT THAT, I THOUGHT I WOULD BRING IT UP.

12:15PM  12            THE COURT:  WHAT WOULD YOU LIKE ME TO KNOW?

12:15PM  13            PROSPECTIVE JUROR:  WE HAVE THE FIRST VACATION

12:15PM  14    PLANNED IN TWO YEARS TO GO TO EUROPE TO SEE MY DAUGHTER FOR,

12:15PM  15    LIKE, EIGHT DAYS AT THE END OF -- OR AT THE BEGINNING OF -- END

12:15PM  16    OF OCTOBER, BEGINNING OF NOVEMBER, WHICH WE'VE ALREADY PAID FOR

12:15PM  17    THE HOTEL AND THE FLIGHT, SO --

12:15PM  18            THE COURT:  TELL ME THOSE DATES AGAIN.

12:15PM  19            PROSPECTIVE JUROR:  THAT WOULD BE -- WE'RE LEAVING

12:15PM  20    SUNDAY, THE 24TH OF OCTOBER, AND WE'RE RETURNING ON TUESDAY,

12:15PM  21    NOVEMBER 2ND.

12:15PM  22            THE COURT:  ALL RIGHT.  THANK YOU.

12:15PM  23        ANYTHING ELSE?

12:15PM  24            PROSPECTIVE JUROR:  THERE IS A SHORTER TRIP COMING

12:15PM  25    UP.  MY MOTHER-IN-LAW'S 90TH BIRTHDAY IS COMING UP AND WE ARE

12:15PM  1    GOING DOWN TO SAN DIEGO, JUST DRIVING.  I CAN MAKE SOME

12:15PM  2    ARRANGEMENTS FOR THAT, BUT THAT'S THE 1ST THROUGH THE 5TH OF

12:15PM  3    OCTOBER.

12:15PM  4            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH.

12:15PM  5    THANK YOU FOR LETTING ME KNOW THAT.

12:16PM  6        LADIES AND GENTLEMEN, I'VE KEPT YOU PAST THE NOON HOUR, SO

12:16PM  7    WE'RE GOING TO TAKE OUR LUNCH BREAK NOW, AND THANK YOU FOR YOUR

12:16PM  8    PATIENCE.  I HAVE MORE QUESTIONS FOR YOU.

12:16PM  9        I REALIZE I TOOK A LOT OF TIME.  IT'S IMPORTANT FOR ME TO

12:16PM  10   KNOW AND THESE LAWYERS TO KNOW THIS INFORMATION THAT WE TALKED

12:16PM  11   ABOUT, SPECIFICALLY INFORMATION THAT YOU HAVE HAD ABOUT THE

12:16PM  12   ISSUES IN THIS CASE AND WHAT TO DO WITH THEM.

12:16PM  13       LET'S -- CAN WE HAVE -- I'D LIKE TO GET STARTED --

12:16PM  14       IF WE CAN -- MS. KRATZMANN, DO YOU THINK IT WOULD BE

12:16PM  15   POSSIBLE TO HAVE OUR JURORS UP HERE BY 1:40?  IS THAT POSSIBLE?

12:16PM  16           THE CLERK:  YES, YOUR HONOR.  IF THEY COULD COLLECT

12:16PM  17   AND RETURN FROM LUNCH NO LATER THAN 1:15.

12:16PM  18           THE COURT:  SURE.  SO WE HOPE WE CAN SEAT EVERYONE

12:16PM  19   AND START BY A QUARTER TO THE HOUR.  SO LET'S TRY, AND LET'S

12:16PM  20   SHOOT FOR THAT, FOLKS.

12:16PM  21       AND LET ME TELL YOU, DURING YOUR BREAK YOU'RE NOT TO

12:17PM  22   DISCUSS THE CASE WITH ANYONE.  YOU'RE NOT TO READ, LISTEN TO,

12:17PM  23   OBSERVE ANY NEWS STORIES, RADIO PROGRAMS ABOUT THIS CASE.

12:17PM  24   YOU'RE NOT TO DISCUSS IT AMONGST YOURSELVES IN ANY WAY AT ALL.

12:17PM  25   AND THAT WILL REMAIN IN PLACE UNTIL YOU'RE RELEASED OR

12:17PM 1    OTHERWISE EXCUSED.

12:17PM 2         ANYONE HAVE ANY QUESTION ABOUT THAT?

12:17PM 3         I SEE NO HANDS.

12:17PM 4              PROSPECTIVE JUROR:  DO WE COME TO THE DOOR?

12:17PM 5              THE COURT:  YOU'LL COLLECT YOURSELVES DOWNSTAIRS ON

12:17PM 6    THE SECOND FLOOR IN THE JURY ASSEMBLY ROOM IF YOU WOULD,

12:17PM 7    PLEASE.

12:17PM 8              PROSPECTIVE JUROR:  TIME?

12:17PM 9              THE CLERK:  IF YOU COULD RETURN TO THE JURY ROOM NO

12:17PM 10   LATER THAN 1:20, AND THEN YOU WILL GET WORD TO COME UP.  DO NOT

12:17PM 11   COME UP DIRECTLY HERE.  HOPEFULLY -- IT TAKES TIME TO GET

12:17PM 12   THROUGH THE ELEVATORS, AND WE CAN SEAT YOU BY 1:40.

12:17PM 13             THE COURT:  THANK YOU, FOLKS.  HAVE A GOOD LUNCH.

12:17PM 14        COUNSEL, IF YOU COULD REMAIN, PLEASE.

12:17PM 15        (PROSPECTIVE JURY PANEL OUT AT 12:17 P.M.)

12:19PM 16             THE COURT:  PLEASE BE SEATED.  I'M SORRY.  THANK

12:19PM 17   YOU.

12:19PM 18        THE RECORD SHOULD REFLECT THAT OUR JURY -- OUR PROSPECTIVE

12:19PM 19   PANEL HAS LEFT THE ROOM.  ALL COUNSEL ARE PRESENT.  MS. HOLMES

12:19PM 20   IS PRESENT.

12:19PM 21        I WANTED TO DISCUSS SOME OF THE JURORS HERE AND GO OVER

12:19PM 22   WHAT YOUR THOUGHTS ARE.

12:19PM 23        JUROR NUMBER 32, MR. NGO, AND JUROR NUMBER 102,

12:19PM 24   MR. GOLDBERG, COME TO MIND FIRST.

12:19PM 25             MR. SCHENK:  YOUR HONOR, MR. NGO IS 172.

| | | |
|---|---|---|
| 12:19PM | 1 | THE COURT:  YOU'RE RIGHT.  THANK YOU.  IT'S 172. |
| 12:20PM | 2 | ANY COMMENTS ABOUT THIS JUROR?  HE INDICATED HE DROPS OFF |
| 12:20PM | 3 | HIS KIDS AND WIFE DAILY.  HE TAKES HIS WIFE I THINK AT |
| 12:20PM | 4 | 8:00 A.M. AND HIS CHILDREN AT NOON. |
| 12:20PM | 5 | MR. SCHENK:  NO OBJECTION. |
| 12:20PM | 6 | MR. DOWNEY:  AND NO OBJECTION AS TO THIS JUROR. |
| 12:20PM | 7 | AND AS TO MR. GOLDBERG, LET US TALK AT LUNCH AND I CAN LET |
| 12:20PM | 8 | YOUR HONOR KNOW BEFORE THE JURY RETURNS. |
| 12:20PM | 9 | THE COURT:  OKAY. |
| 12:20PM | 10 | THE CLERK:  OKAY.  I'M SORRY, YOUR HONOR.  CAN I GET |
| 12:20PM | 11 | CLARIFICATION OF THE JUROR THAT WAS JUST EXCUSED? |
| 12:20PM | 12 | THE COURT:  172, MR. NGO, AND HE'S EXCUSED FOR |
| 12:20PM | 13 | HARDSHIP. |
| 12:20PM | 14 | AND THEN 102 IS MR. GOLDBERG. |
| 12:20PM | 15 | MR. SCHENK:  WE BELIEVE HE SHOULD BE EXCUSED FOR |
| 12:20PM | 16 | CAUSE. |
| 12:20PM | 17 | MR. DOWNEY:  YOUR HONOR, LET US TALK.  HE DOES SEEM |
| 12:20PM | 18 | TO HAVE A DIFFICULT SITUATION, SO WE'LL -- |
| 12:20PM | 19 | THE COURT:  IT DOES TO ME, TOO.  I'M INCLINED TO DO |
| 12:20PM | 20 | THAT. |
| 12:20PM | 21 | I DON'T WANT TO DISCOURAGE YOUR CONVERSATION, BUT HE |
| 12:20PM | 22 | TRAVELS FOR HIS FATHER. |
| 12:21PM | 23 | HE TOLD US ABOUT READING SOME ARTICLES AND KNOWING A |
| 12:21PM | 24 | WITNESS, THAT TYPE OF THING. |
| 12:21PM | 25 | BUT I'M INCLINED TO EXCUSE HIM FOR CAUSE JUST BASED ON THE |

12:21PM 1     HEALTH ISSUE OF HIS FATHER.

12:21PM 2              MR. DOWNEY:  I UNDERSTAND, YOUR HONOR.  IF YOU DO

12:21PM 3     SO, THAT'S FINE.

12:21PM 4              THE COURT:  THANK YOU.  LET'S EXCUSE JUROR NUMBER

12:21PM 5     102, MR. GOLDBERG, FOR HARDSHIP.

12:21PM 6         LET ME DRAW YOUR ATTENTION TO JUROR 116.  THAT'S

12:21PM 7     MS. NELSON.

12:21PM 8         MY QUESTION ABOUT MS. NELSON WAS HER COMMENTS ABOUT HER

12:21PM 9     HUSBAND BEING A SCIENTIST AND IN THE FIELD AND HER COMMENTS

12:22PM 10    ABOUT THAT.

12:22PM 11        WE KNOW SHE'S AN ATTORNEY.  SHE DEALS IN DOMESTIC VIOLENCE

12:22PM 12    ISSUES.  BUT WHAT I'M MORE INTERESTED IN AND CONCERNED ABOUT IS

12:22PM 13    HER CONTACT WITH HER HUSBAND.

12:22PM 14        MR. SCHENK?

12:22PM 15             MR. SCHENK:  YOUR HONOR, I WROTE DOWN THAT SHE SAID

12:22PM 16    THAT HER HUSBAND'S OPINIONS ON THE SCIENCE WOULD WEIGH ON HER,

12:22PM 17    AND I THINK THAT EXCUSING HER FOR CAUSE WOULD BE APPROPRIATE.

12:22PM 18             MR. DOWNEY:  WE AGREE, YOUR HONOR.

12:22PM 19             THE COURT:  THANK YOU.  WE'LL EXCUSE JUROR NUMBER

12:22PM 20    116 FOR CAUSE.  THE COURT FINDS THAT SHE WAS VERY CANDID ABOUT

12:22PM 21    THE INFLUENCE THAT HER HUSBAND'S OPINIONS WOULD HAVE ON HER.

12:22PM 22        JUROR NUMBER 13 -- EXCUSE ME -- 122, MS. PARODI, I THINK

12:22PM 23    SHE EXPRESSED CHILDCARE ISSUES.  I WROTE IN MY NOTES FINANCIAL.

12:23PM 24        MR. SCHENK?

12:23PM 25             MR. SCHENK:  I HAVE THE SAME THING IN MY NOTES ALSO,

12:23PM 1    COVID AND CHILDCARE CONCERNS, AND THEN AGAIN CHILDCARE CONCERNS

12:23PM 2    BECAUSE SHE WAS THE PRIMARY CAREGIVER.

12:23PM 3        NO OBJECTION TO HARDSHIP.

12:23PM 4            MR. DOWNEY:  SHE APPEARED TO HAVE NO SUBSTITUTE TO

12:23PM 5    TAKE CARE OF THE CHILDREN, SO WE AGREE THAT'S A HARDSHIP.

12:23PM 6        I THINK SHE ALSO INDICATED THAT SHE HAD A TRIP.

12:23PM 7            THE COURT:  THAT'S RIGHT.  THAT'S RIGHT.  MORE

12:23PM 8    IMPORTANTLY, SHE HAS A PRECOCIOUS 16-YEAR-OLD SON THAT REQUIRES

12:23PM 9    SOME ATTENTION, SO WE'LL EXCUSE MS. PARODI FOR HARDSHIP.

12:23PM 10       THAT BRINGS ME TO 160, MS. VANDEKAMP.  SHE SAW THE

12:23PM 11   DOCUMENTARY.  SHE SHARED WITH US HER VIEWS ON THAT.

12:23PM 12       BUT MORE IMPORTANTLY, SHE'S TRAVELLING TO CHICAGO, AND SHE

12:23PM 13   TOLD US THAT HER PRESENCE IS REQUIRED THERE FROM SEPTEMBER 20TH

12:24PM 14   TO THE 28TH I THINK SHE TOLD US.

12:24PM 15           MR. SCHENK:  NO OBJECTION TO HARDSHIP.

12:24PM 16           MR. DOWNEY:  NO OBJECTION.

12:24PM 17           THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL EXCUSE

12:24PM 18   JUROR NUMBER 160, MS. VANDEKAMP.

12:24PM 19       MS. COMILANG, JUROR NUMBER 124, DID WE EXCUSE HER?

12:24PM 20           THE CLERK:  NOT YET, YOUR HONOR.

12:24PM 21           THE COURT:  SHE HAS CHILDCARE ISSUES THAT SHE TOLD

12:24PM 22   US ABOUT FROM PIEDMONT HIGH SCHOOL, I THINK.

12:24PM 23       MR. SCHENK?

12:25PM 24           MR. SCHENK:  NO OBJECTION TO HARDSHIP, YOUR HONOR.

12:25PM 25           MR. DOWNEY:  NO OBJECTION.

12:25PM  1          THE COURT:  ALL RIGHT.  I'LL EXCUSE MS. COMILANG.

12:25PM  2      I WANT TO ASK YOUR THOUGHTS ABOUT REMAINING JURORS.

12:25PM  3          AND 159, CHAN.  MS. CHAN TALKED ABOUT GOING DOWN THE

12:25PM  4  RABBIT HOLE, I THINK SHE PHRASED IT, OF INTERNET SEARCHES.

12:25PM  5      I CANDIDLY CUT HER OFF BEFORE SHE BEGAN I THINK

12:25PM  6  ELABORATING ON SOME OF THE THINGS THAT SHE HAD SEEN.

12:25PM  7      I'M HAPPY TO RECEIVE YOUR THOUGHTS ABOUT HER NOW IF YOU

12:25PM  8  HAVE ANY, WHETHER OR NOT THIS MIGHT BE SOMEONE THAT WE CAN CALL

12:25PM  9  UP IN ADVANCE OF THE OTHER JURORS AND HAVE A CONVERSATION WITH.

12:25PM 10          MR. DOWNEY:  YOUR HONOR, I DIDN'T REQUEST THAT, BUT

12:25PM 11  I THINK IT WOULD BE A GOOD IDEA.  I ACTUALLY THOUGHT HER

12:25PM 12  STATEMENTS WERE SUFFICIENT AS TO WHERE WE WERE TO DISMISS HER

12:25PM 13  ON THE GROUNDS OF BIAS, BUT IF THE GOVERNMENT DOESN'T OPPOSE WE

12:26PM 14  MAY NOT NEED TO HAVE HER BACK.

12:26PM 15          THE COURT:  WELL, BASED ON MY OBSERVATIONS AND ALSO

12:26PM 16  ON THE QUESTIONNAIRE THAT SHE FILED.

12:26PM 17      MR. SCHENK?

12:26PM 18          MR. SCHENK:  WE WOULD AGREE TO DISMISS HER NOW FOR

12:26PM 19  BIAS.  FOR QUESTION 39 ON THE QUESTIONNAIRE, SHE PUT YES, AND I

12:26PM 20  THINK HER STATEMENT IN COURT CONFIRMED HER ANSWERS IN THE

12:26PM 21  QUESTIONNAIRE.

12:26PM 22          THE COURT:  THAT'S WHAT I WAS FOCUSSED ON,

12:26PM 23  MR. SCHENK.

12:26PM 24      WE'LL EXCUSE JUROR 159 FOR CAUSE.

12:26PM 25      JUROR 164 IS MS. QUINTANILLA.  I MADE A NOTE TO MYSELF

12:26PM 1    WITH A QUESTION MARK FOR PRIVATE.  I DON'T KNOW THAT IT'S

12:26PM 2    NECESSARY, THOUGH.

12:26PM 3         SHE SEEMED TO -- SHE TOLD US THAT SHE COULD FOLLOW THE

12:26PM 4    DIRECTIONS AND BE FAIR AND OBJECTIVE.

12:26PM 5              MR. DOWNEY:  YOUR HONOR, MY QUESTION ABOUT THIS

12:26PM 6    WITNESS WAS ACTUALLY SOMETHING IN HER QUESTIONNAIRE, WHICH THIS

12:26PM 7    JUROR, SHE WAS NOT ASKED ABOUT AND DIDN'T SEEM TO BE AN ISSUE,

12:26PM 8    BUT SHE HAD CITED A HARDSHIP SITUATION IN THE QUESTIONNAIRE AS

12:26PM 9    TO A POTENTIAL LOSS OF INCOME.

12:27PM 10        I GATHER EITHER THAT'S BEEN RESOLVED OR SHE'S WAITING TO

12:27PM 11   SHARE THAT WITH US, BUT I THINK THERE'S A HARDSHIP ISSUE WITH

12:27PM 12   RESPECT TO HER.

12:27PM 13        I DON'T THINK, WITH REGARD TO THE BIAS INQUIRY, FRANKLY,

12:27PM 14   THAT IT WAS A SUFFICIENT BASIS FOR DISMISSAL.

12:27PM 15             MR. SCHENK:  AGREED.  NO BASIS TO DISMISS HER YET.

12:27PM 16             THE COURT:  OKAY.  THANK YOU.

12:27PM 17        JUROR 211, MS. DOMINGUEZ.  WAS IT MS. DOMINGUEZ WHO TOLD

12:27PM 18   US ABOUT HER VACATION SITUATION?

12:28PM 19             MR. SCHENK:  YES.

12:28PM 20             MR. DOWNEY:  YES, SHE'S LEAVING TOMORROW.

12:28PM 21             THE COURT:  ALL RIGHT.  THANK YOU.  SHE'LL WELCOME

12:28PM 22   THAT NEWS.  SO WE'LL EXCUSE MS. DOMINGUEZ FOR HARDSHIP.

12:28PM 23        220 IS MR. WAXMAN, AND I DID -- OWING TO THE HOUR, I DID

12:28PM 24   SOMEWHAT STOP OUR CONVERSATION.

12:28PM 25             MR. SCHENK:  THE GOVERNMENT AGREES TO EXCUSE HIM FOR

12:28PM  1    CAUSE FOR BIAS.

12:28PM  2              MR. DOWNEY:  AGREED, YOUR HONOR.

12:28PM  3              THE COURT:  THANK YOU.  220, MR. WAXMAN, WILL BE

12:28PM  4    EXCUSED.

12:28PM  5         THAT BRINGS ME TO MR. CHATHAM WHO HAS THESE TRAVEL PLANS.

12:29PM  6    ANY COMMENT ABOUT MR. CHATHAM?

12:29PM  7              MR. SCHENK:  I BELIEVE THE TRAVEL WAS OCTOBER 3RD

12:29PM  8    THROUGH THE 12TH, AND THERE WAS ALSO SOME OTHER TRAVEL.  WE

12:29PM  9    AGREE TO EXCUSE HIM FOR HARDSHIP.

12:29PM  10             MR. DOWNEY:  NO OBJECTION TO THAT.

12:29PM  11             THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL EXCUSE

12:29PM  12   JUROR -- MR. CHATHAM.  HE'S JUROR NUMBER -- NO, I DON'T HAVE

12:29PM  13   HIS NUMBER.

12:29PM  14             THE CLERK:  HE'S 62, YOUR HONOR, SEATED IN A.

12:29PM  15             THE COURT:  YES.  HE'S EXCUSED.

12:29PM  16        THE ONLY JUROR NUMBER I HAVE LEFT IS 169, MR. FORSBERG.

12:30PM  17        ANY COMMENT ON MR. FORSBERG?

12:30PM  18             MR. DOWNEY:  YOUR HONOR, MR. FORSBERG INDICATED THAT

12:30PM  19   HE WOULD TRY TO THE BEST OF HIS ABILITY, BUT THAT HE HAS DOUBT

12:30PM  20   ABOUT SEPARATING OUT HIS PRIOR KNOWLEDGE AND FORMING HIS

12:30PM  21   JUDGMENT IN THE CASE.

12:30PM  22        I DON'T THINK THAT'S A STATEMENT OF SUFFICIENT

12:30PM  23   IMPARTIALITY TO QUALIFY AS A JUROR, SO I THINK HE SHOULD BE

12:30PM  24   DISMISSED FOR BIAS.

12:30PM  25             MR. SCHENK:  YOUR HONOR, HE ALSO WROTE THAT HE HOPES

12:30PM  1    NOT FOR QUESTION 39.  HE DIDN'T WRITE JUST NO.  HE WROTE, HOPES

12:30PM  2    NOT.

12:30PM  3         SO I AGREE WITH COUNSEL THAT HIS STATEMENT WASN'T CERTAIN

12:30PM  4    ENOUGH.

12:30PM  5              THE COURT:  THANK YOU.  I APPRECIATE THAT.  I NOTED

12:30PM  6    THAT AS WELL, AND WE'LL EXCUSE MR. FORSBERG, JUROR NUMBER 169,

12:30PM  7    FOR CAUSE.

12:30PM  8         I SAID THAT WAS THE LAST ONE.

12:31PM  9         I HAD FOR SOME REASON CIRCLED JUROR NUMBER 112, MR. DENT.

12:31PM  10             MR. SCHENK:  YOUR HONOR, WE WOULD NOT OBJECT TO

12:31PM  11   DISMISSING MR. DENT ALSO FOR BIAS.  HE SAID HE DID NOT KNOW IF

12:31PM  12   HE COULD HONESTLY SAY THAT HE COULD BE UNBIASSED.

12:31PM  13             MR. DOWNEY:  I BELIEVE THIS WAS THE RETIRED NURSE,

12:31PM  14   AND SHE DID MAKE THAT ADMISSION.

12:31PM  15             THE COURT:  MS. DENT.

12:31PM  16             MR. SCHENK:  MS. DENT.

12:31PM  17             THE COURT:  THANK YOU.  AND SHE WAS VERY CANDID WITH

12:31PM  18   US ABOUT THAT AND I APPRECIATE HER CANDOR.

12:31PM  19        THOSE ARE ALL OF THE JURORS THAT I --

12:31PM  20             THE CLERK:  SO 112 WILL BE?

12:31PM  21             THE COURT:  SHE'S EXCUSED FOR CAUSE.  THANK YOU.

12:31PM  22        ANYTHING ELSE BEFORE WE TAKE OUR LUNCH BREAK NOW?

12:31PM  23             MR. DOWNEY:  NO.

12:31PM  24        IF YOUR HONOR PREFERS AT SOME POINT BEFORE THE BREAK, WE

12:31PM  25   CAN LET YOUR HONOR KNOW IF THERE ARE ANY CAUSE CHALLENGES THAT

12:32PM   1    WE SEE FROM WHAT WE'VE HEARD.

12:32PM   2         BUT IF YOUR HONOR WOULD JUST PREFER TO DO THAT AT THE END,

12:32PM   3    THAT'S FINE WITH US, TOO.

12:32PM   4         THE COURT:  OKAY.  WELL, LET'S DO THAT.  I'D LIKE

12:32PM   5    TO -- AS YOU CAN SEE, I'D LIKE TO GET -- I'D LIKE TO HAVE YOU

12:32PM   6    HAVE A CHANCE TO SPEAK WITH THE PANEL AS WELL, AND THEN

12:32PM   7    HOPEFULLY WE CAN -- AS I SAID YESTERDAY, I THINK WE MAY HAVE,

12:32PM   8    WE MAY HAVE A COLLECTIVE NUMBER SUFFICIENT SUCH THAT YOU CAN

12:32PM   9    BEGIN ANY PEREMPTORY CHALLENGES, STRIKES THAT YOU HAVE, AND WE

12:32PM  10    CAN START THAT PROCESS TODAY.

12:32PM  11         I HOPE WE CAN ACCOMPLISH THAT.

12:32PM  12         IF WE DO, THEN THE NEXT QUESTION -- IF WE DO SELECT A JURY

12:32PM  13    AND ALTERNATES TODAY -- AND I DON'T MEAN TO GET AHEAD OF

12:32PM  14    MYSELF -- SHOULD WE INVITE THOSE FOLKS IN, IF POSSIBLE,

12:32PM  15    TOMORROW TO SWEAR THEM IN?  SHOULD WE WAIT UNTIL NEXT WEEK

12:32PM  16    AFTER THE HOLIDAY TO SWEAR THEM IN?

12:32PM  17         AND THAT'S THE NEXT QUESTION THAT WE'LL ADVANCE, AND I

12:32PM  18    JUST WANT YOU TO THINK ABOUT THAT.

12:32PM  19         OKAY.  ALL RIGHT.  HAVE A GOOD LUNCH.

12:32PM  20         MR. SCHENK:  THANK YOU.

12:32PM  21         MR. LEACH:  THANK YOU, YOUR HONOR.

12:33PM  22         THE COURT:  WE'LL SEE YOU BACK SOON.  THANK YOU.

12:33PM  23    (LUNCH RECESS TAKEN AT 12:33 P.M.)

         24

         25

**AFTERNOON SESSION**

01:42PM 1

01:42PM 2        (PROSPECTIVE JURY PANEL OUT AT 1:42 P.M.)

01:42PM 3            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:42PM 4    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

01:42PM 5        OUR JURORS ARE NOT PRESENT.  I WANTED TO TALK ABOUT -- AND

01:42PM 6    I APOLOGIZE I FORGOT TO RAISE TWO JURORS.

01:42PM 7            NUMBER 161, MS. JACOBSON, SHE EXPRESSED AT THE BREAK SOME

01:42PM 8    COVID CONCERNS, I'LL CALL THEM; AND JUROR NUMBER 147, MR. TONG,

01:42PM 9    WHO TALKED TO US ABOUT HIS WORK SCHEDULE.

01:42PM 10       ANYTHING ABOUT -- LET'S START WITH MS. JACOBSON.

01:42PM 11       MR. SCHENK?

01:42PM 12           MR. SCHENK:  NO OBJECTION TO DISMISSING

01:42PM 13   MS. JACOBSON.

01:42PM 14           MR. DOWNEY:  NO OBJECTION.

01:42PM 15           THE COURT:  THANK YOU.  WE'LL EXCUSE JUROR 161,

01:42PM 16   MS. JACOBSON, FOR HARDSHIP.

01:43PM 17       AND THEN MR. TONG, 147?

01:43PM 18           MR. SCHENK:  YOUR HONOR, I THINK HE'S A HARDER CALL.

01:43PM 19   ON THE QUESTIONNAIRE HE WROTE THAT HE WASN'T SURE.  FOR

01:43PM 20   QUESTION 39 HE EXPRESSED SOME BIAS.

01:43PM 21       IN COURT HE DESCRIBED A SUBCONSCIOUS BIAS, I THINK HE

01:43PM 22   CALLED IT, AND A CONCERN WHETHER HE COULD PUT THAT ASIDE, AND

01:43PM 23   THEN EXPRESSED -- SO I'M NOT SURE THAT HE NEEDS TO BE EXCUSED

01:43PM 24   FOR CAUSE AT THIS POINT.

01:43PM 25       HE ALSO TALKED ABOUT AN IMPORTANT PROJECT AT WORK.  I

01:43PM 1    THINK HE WORKS AT APPLE IF MY NOTES ARE CORRECT ON THAT.  APPLE

01:43PM 2    TAKES ADVANTAGE OF THE COURT, LIKE EVERY OTHER COMPANY HERE,

01:43PM 3    AND I'M RETICENT TO EXCUSE A JUROR BECAUSE OF WORK DEMANDS WHEN

01:43PM 4    WE KNOW THE WORK WILL PAY FOR THEIR TIME AS JURY SERVICE.

01:43PM 5        I DON'T KNOW THAT HIS WORK DEMANDS ARE ENOUGH OF AN EXCUSE

01:43PM 6    FOR HIM TO NOT APPEAR FOR SERVICE AT THIS TIME.

01:43PM 7            THE COURT:  THANK YOU.

01:44PM 8            MR. DOWNEY:  YOUR HONOR, I THINK AS TO THE HARDSHIP

01:44PM 9    INQUIRY, I THINK THE CONCERN HE RAISED WAS HIS ABILITY TO FOCUS

01:44PM 10   HERE AS A RESULT OF THE WORK DEMANDS.  I DON'T THINK HE WAS

01:44PM 11   RAISING AN INCOME ISSUE.  I THINK HE INDICATED HE WOULD BE

01:44PM 12   UNABLE TO FOCUS AND CONCENTRATE ON THE EVIDENCE THAT WAS COMING

01:44PM 13   IN.

01:44PM 14       WITH REGARD TO BIAS, I'M NOT SURE HE HAD A SUFFICIENT

01:44PM 15   REHABILITATION TO SIT ON THE JURY.  HE BEGAN TO SAY HE WAS

01:44PM 16   CONCERNED ABOUT BIAS IN RESPONSE TO QUESTION 39.  HE AGAIN

01:44PM 17   STATED TODAY THE PROBABILITY OF BIAS.  I DON'T THINK HE

01:44PM 18   DEFINITIVELY SAID HE COULD PUT BIAS ASIDE.

01:44PM 19       SO I THINK THIS JUROR SHOULD BE EXCUSED FOR BOTH REASONS,

01:44PM 20   BUT IF THERE'S A DISPUTE ABOUT HARDSHIP, I THINK HE CERTAINLY

01:44PM 21   SHOULD BE DISMISSED ON CAUSE GROUNDS.

01:44PM 22           THE COURT:  THANK YOU.  I WAS CONCERNED ABOUT HIS --

01:44PM 23   AND MR. SCHENK, MAYBE YOU CAN HELP ME -- HIS LAST COMMENT WAS

01:45PM 24   THE FOCUSSED ONE ABOUT WORK, I'M NOT SURE I COULD FOCUS, THAT

01:45PM 25   TYPE OF THING.  THAT'S WHY I CALLED HIM TO OUR ATTENTION.

01:45PM 1          MR. SCHENK:  YES.  I ALSO HAVE HIM IN MY NOTES THAT

01:45PM 2   HE DESCRIBED THIS PROJECT AS BEING IMPORTANT TO HIS CAREER.

01:45PM 3        I RESPECT THAT.  I APPRECIATE THAT HE'S GOING TO BE

01:45PM 4   THINKING ABOUT HIS WORK DEMANDS WHEN HE'S IN COURT.  IT'S NOT A

01:45PM 5   SHORT TRIAL, SO IT'S REASONABLE TO THINK THAT THERE'S GOING TO

01:45PM 6   BE SOME MEASURE OF A TRADEOFF FOR HIS ACCOMPLISHMENTS AT WORK

01:45PM 7   DURING THIS PERIOD OF TIME.

01:45PM 8        THE GOVERNMENT DEFERS TO THE COURT.  I THINK THE RECORD IS

01:45PM 9   THIN, BUT SUFFICIENT.

01:45PM 10        THE COURT:  THANK YOU.

01:45PM 11       FIRST OF ALL, LET ME ACKNOWLEDGE YOUR COMMENTS ABOUT APPLE

01:45PM 12  IS A HEAVY COURT USER.  THEY'RE IN OUR COURTS WITH GREAT

01:45PM 13  FREQUENCY.  WE RESPECT THE FACT THAT THEY DO PAY, UNLIKE MANY

01:45PM 14  OTHER LARGE COMPANIES WHO ARE FREQUENT COURT USERS THAT DO NOT

01:45PM 15  PAY THEIR EMPLOYEES FOR JURY SERVICE.  I BELIVE APPLE IS ONE

01:45PM 16  THAT DOES, AND WE RECOGNIZE THAT.

01:46PM 17       MY CONCERN WAS HIS LACK OF FOCUS AND WHETHER OR NOT HIS

01:46PM 18  LOYALTIES WOULD BE TORN FROM HIS CAREER TO HIS OBLIGATIONS AS A

01:46PM 19  JUROR.

01:46PM 20      I'M GOING TO -- THANK YOU FOR YOUR HELP ON THIS, BOTH

01:46PM 21  SIDES.

01:46PM 22      I'M GOING TO EXCUSE JUROR NUMBER 147, MR. TONG, FOR CAUSE.

01:46PM 23      I THINK THAT'S ALL I NEED TO DO.

01:46PM 24      WE CAN CALL UP OUR JURORS NOW.

01:46PM 25      ANYTHING ELSE BEFORE WE DO THAT?

01:46PM  1          MR. DOWNEY:  YOUR HONOR, ONLY THAT THERE WERE FIVE

01:46PM  2     OTHER JURORS WHO, IN THEIR QUESTIONNAIRES, IDENTIFIED HARDSHIP

01:46PM  3     ISSUES OR EXPLICITLY ASKED TO BE EXCUSED IN RESPONSE TO

01:46PM  4     QUESTION 1.  I DON'T KNOW IF YOUR HONOR WANTS TO INQUIRE.  I

01:46PM  5     THINK I LIKELY WILL IF YOUR HONOR DOESN'T.

01:46PM  6          THE COURT:  WHAT NUMBERS ARE YOU REFERRING TO?

01:46PM  7          MR. DOWNEY:  I HAVE THAT AS 117, 121, 142, 143, AND

01:46PM  8     145.  AND THERE'S A VARIETY OF ISSUES WITHIN THOSE.

01:47PM  9          THE COURT:  MR. SCHENK, GO AHEAD AND FINISH YOUR

01:47PM 10     CONVERSATION IF YOU'D LIKE.

01:47PM 11          (DISCUSSION OFF THE RECORD.)

01:47PM 12          MR. SCHENK:  I THINK ALSO MAYBE 127 IF MY NOTES ARE

01:47PM 13     CORRECT.

01:47PM 14          MR. DOWNEY:  I THINK THAT'S RIGHT, YOUR HONOR, NOW

01:47PM 15     THAT I ACTUALLY LOOK AT MY NOTES.  I THINK HE ASKED TO BE

01:47PM 16     EXCUSED ON THE BASIS OF INCOME, LOSS OF INCOME.

01:47PM 17          MR. SCHENK:  I DON'T HAVE AN OPINION ON WHETHER

01:47PM 18     MR. DOWNEY DOES IT OR THE COURT DOES IT, OR IF THE COURT,

01:47PM 19     INSTEAD OF INDIVIDUALLY ASKING, AS ONE OF ITS QUESTIONS ASKED

01:47PM 20     IF THERE ARE JURORS WHO HAVE OTHER CONCERNS ABOUT THE

01:47PM 21     IMPLICATION THAT JURY SERVICE WOULD HAVE ON THEIR LIFE, NOW IS

01:47PM 22     THE TIME TO RAISE THAT.  I THINK THAT ALSO WOULD BE SUFFICIENT.

01:47PM 23          THE COURT:  I SEE -- THANK YOU.  I SEE 127 WAS

01:47PM 24     ACTUALLY SOMEBODY WHO WE DISCUSSED YESTERDAY, OR AT LEAST I

01:47PM 25     THINK HE WAS FORWARDED BY THE COURT.  HE'S A GENTLEMAN WHO I

01:47PM 1    THINK HE'S 63 YEARS YOUNG AND DRIVES A DELIVERY TRUCK IF I'M

01:48PM 2    NOT MISTAKEN.  HE EXPRESSED SOME CONCERNS ABOUT FINANCES IN THE

01:48PM 3    QUESTIONNAIRE, AND THAT'S WHY I FORWARDED HIM FOR OUR

01:48PM 4    ATTENTION.

01:48PM 5        I AM GOING TO STRIKE HIM FOR HARDSHIP NOW, 127.  127.

01:48PM 6    IT'S MR. BREKKE.

01:48PM 7            THE CLERK:  HE IS IN SEAT N, YOUR HONOR.

01:48PM 8            THE COURT:  I'M SORRY?

01:48PM 9            THE CLERK:  HE'S IN SEAT N.

01:48PM 10           THE COURT:  YES.  SO HE NEED NOT COME UP.

01:48PM 11       142 I NOTED AS A FULL-TIME STUDENT, KINESIOLOGY, I THINK.

01:49PM 12           MR. SCHENK:  YOUR HONOR, THIS INDIVIDUAL ALSO WORKS

01:49PM 13   AT SAFEWAY, AND SAFEWAY IS A VICTIM IN THE CASE AND WE WERE

01:49PM 14   GOING TO RAISE IT FOR THAT REASON AS WELL.

01:49PM 15           THE COURT:  RIGHT.

01:49PM 16       MR. DOWNEY?

01:49PM 17           MR. DOWNEY:  WE AGREE, YOUR HONOR.

01:49PM 18           THE COURT:  ALL RIGHT.  THANK YOU.

01:49PM 19       WE'LL EXCUSE JUROR NUMBER 142, 142.  IS THAT SEAT U, I

01:49PM 20   BELIEVE?

01:49PM 21           THE CLERK:  YES, YOUR HONOR, SEAT U.

01:49PM 22           THE COURT:  JUROR NUMBER 143 EXPRESSED, IN ANSWER TO

01:49PM 23   QUESTION 1, THERE WAS NO SUBSTITUTE FOR HER.  I BELIEVE SHE'S A

01:49PM 24   TEACHER, PART-TIME TEACHER.  SHE SAYS THERE'S NO SUBSTITUTE FOR

01:49PM 25   HER.

01:49PM 1      SHE INDICATES THAT SHE DOESN'T KNOW ANYTHING ABOUT THE

01:50PM 2   CASE AS MY NOTES REFLECT, BUT SHE HAS A HEALTH CONDITION ALSO

01:50PM 3   THAT SHE SUGGESTS MIGHT REQUIRE SOME ATTENTION.

01:50PM 4      I THINK IN ANSWER TO QUESTION 1, SHE DID TALK ABOUT THERE

01:50PM 5   BEING NO SUBSTITUTE FOR HER.

01:50PM 6          MR. SCHENK:  IT WOULD BE THE GOVERNMENT'S PREFERENCE

01:50PM 7   TO WAIT FOR THE RECORD TO BE MORE FULLY DEVELOPED ON THAT ONE.

01:50PM 8          THE COURT:  SURE.  OKAY.  LET'S DO THAT.

01:50PM 9      145 IS AN INTENSIVE CARE NURSE, I BELIEVE, AT VALLEY

01:50PM 10  MEDICAL CENTER.

01:50PM 11         MR. DOWNEY:  THAT'S RIGHT, YOUR HONOR.

01:50PM 12         THE COURT:  AND EXPRESSES POTENTIAL HARDSHIP TO THAT

01:50PM 13  HOSPITAL.  I KNOW THAT THAT IS THE COUNTY HOSPITAL, AND I KNOW

01:50PM 14  THE RATES -- EXCUSE ME -- THE RATE OF ENTRY INTO THE HOSPITAL,

01:51PM 15  HOSPITALIZATIONS ARE QUITE HIGH IN THIS COUNTY NOW.

01:51PM 16     I'D BE INCLINED TO STRIKE HER SO SHE CAN CONTINUE, OR HE

01:51PM 17  CAN CONTINUE TO DO THE WORK HE DOES.

01:51PM 18         MR. SCHENK:  NO OBJECTION.

01:51PM 19         MR. DOWNEY:  NO OBJECTION.

01:51PM 20         THE COURT:  145 IS EXCUSED FOR HARDSHIP.

01:51PM 21     121 IS -- I THINK THAT'S MR. LEPE, AND HE INFORMS THAT HE

01:51PM 22  HAS TO PICK UP HIS KIDS AT 2:30.

01:51PM 23     I EXPECT WE'RE GOING TO GO BEYOND 2:30 TODAY, DESPITE OUR

01:51PM 24  BEST EFFORTS, BUT THAT MIGHT CREATE A PROBLEM HERE.  I WAS

01:51PM 25  GOING TO QUESTION WHETHER OR NOT, IF WE FINISH OUR COURT DAYS

01:51PM 1     AT 2:00 O'CLOCK, WHETHER THAT AFFORDED HIM SOME RELIEF.

01:51PM 2         BUT YOU MIGHT HAVE HIS QUESTIONNAIRE AT YOUR FINGERTIPS.

01:51PM 3     I CAN'T RECALL IF HE SAID HE HAD ALTERNATIVE PLANS FOR HIS

01:51PM 4     CHILDREN.

01:52PM 5             MR. DOWNEY:  I DON'T THINK HE TALKS ABOUT THE

01:52PM 6     AVAILABILITY OF AN ALTERNATIVE PLAN, YOUR HONOR.  SO I CAN'T

01:52PM 7     SAY THAT HE MAKES CLEAR THAT THERE WON'T BE SOME SUBSTITUTION.

01:52PM 8             THE COURT:  ANY THOUGHTS, MR. SCHENK?

01:52PM 9             MR. SCHENK:  HE SAYS THAT HIS WIFE IS OFF OF WORK AT

01:52PM 10    5:00.

01:52PM 11            THE COURT:  RIGHT.

01:52PM 12            MR. SCHENK:  GIVEN THE HOUR, I HAVE SOME CONCERNS

01:52PM 13    ABOUT HIM MAKING IT TODAY AND, THEREFORE, I WOULD CONSENT TO

01:52PM 14    DISMISSAL.

01:52PM 15            THE COURT:  ALL RIGHT.  THANK YOU.

01:53PM 16        LET'S STRIKE MR. LEPE, EXCUSE HIM I SHOULD SAY, 121,

01:53PM 17    SEAT K, FOR HARDSHIP.

01:53PM 18        117 IS TRUONG.  I JUST REVIEWED THE QUESTIONNAIRE.  I

01:53PM 19    THINK IT SOUNDS LIKE THERE'S A SINGLE SOURCE OF INCOME AND

01:53PM 20    THERE'S A FINANCIAL HARDSHIP THERE.

01:53PM 21            MR. DOWNEY:  THAT'S RIGHT, YOUR HONOR.

01:53PM 22            MR. SCHENK:  I'M DOING THIS FROM MEMORY.  I THINK HE

01:53PM 23    WORKS FOR VMWARE.  I DON'T THINK HE KNEW WHETHER HIS WORK PAID

01:53PM 24    FOR JURY SERVICE.  MAYBE HE HAS THE ANSWER NOW.

01:53PM 25            THE COURT:  IN RESPONSE TO QUESTION 1, HE SAYS, I AM

01:53PM 1    ONLY INCOME IN FAMILY.  I CAN'T COMMIT TO 13 WEEKS.  IT CAN

01:53PM 2    COST MY JOB.

01:54PM 3        WE COULD BRING HIM UP AND MAKE FURTHER INQUIRIES IF THAT

01:54PM 4    WOULD BE HELPFUL.

01:54PM 5            MR. SCHENK:  QUESTION 16, HE SAYS HE'S EMPLOYED BY

01:54PM 6    VMWARE, BUT I DON'T THINK HE -- HE CHECKED HE DID NOT KNOW IF

01:54PM 7    HIS EMPLOYER WOULD CONTINUE TO PAY HIS SALARY.

01:54PM 8        THE GOVERNMENT WOULD DEFER TO THE COURT.  WE WOULD NOT

01:54PM 9    OBJECT TO DISMISSING HIM, BUT WE THINK THERE MIGHT BE A

01:54PM 10   SOLUTION THAT THE JUROR MIGHT ALREADY HAVE INFORMATION ABOUT.

01:54PM 11           THE COURT:  MR. DOWNEY?

01:54PM 12           MR. DOWNEY:  I THINK THE QUESTIONNAIRE INDICATES

01:54PM 13   PROBABLY AS MUCH AS WE'RE GOING TO KNOW.  I THINK HE IS

01:54PM 14   ADMITTEDLY UNCERTAIN ABOUT INCOME, BUT I THINK HE'S CONCERNED

01:54PM 15   ABOUT CONTINUED EMPLOYMENT IF HE'S UNAVAILABLE FOR THAT PERIOD,

01:55PM 16   SO I'D BE INCLINED TO DISMISS HIM.

01:55PM 17           THE COURT:  ALL RIGHT.  THANK YOU.

01:55PM 18   HE DOES INDICATE THAT HE DOES HAVE CONCERNS ABOUT THE

01:55PM 19   LENGTH OF THE TRIAL.  HE ANSWERED THAT IN QUESTION 1, THE FIRST

01:55PM 20   QUESTION WHICH ASKS THAT.

01:55PM 21       I'LL EXCUSE HIM FOR HARDSHIP.  THAT'S JUROR NUMBER 117.

01:55PM 22   HE'S IN SEAT I.

01:55PM 23       I THINK WE CAN BRING THE PANEL UP NOW, COUNSEL?  SHOULD WE

01:55PM 24   CALL UP OUR PANEL NOW, MR. SCHENK?

01:55PM 25           MR. SCHENK:  YES.  SORRY, YOUR HONOR.

01:55PM  1          MR. DOWNEY:  YES, YOUR HONOR.

01:55PM  2          THE COURT:  ALL RIGHT.  WE'LL DO THAT NOW.  WE'LL

01:56PM  3   BRING UP OUR PANEL NOW TO BEGIN THE ADDITIONAL QUESTIONING.

01:56PM  4       LET ME TURN TO EITHER PARTY AT BOTH TABLES, IF YOU NEED A

01:56PM  5   BREAK AT ANY TIME, YOU SHOULD LET ME KNOW.

01:56PM  6       AS I SAID IN MY EARLIER COMMENTS, IF ANYONE NEEDS AN

01:56PM  7   UNSCHEDULED BREAK, JUST LET ME KNOW, AND I'M HAPPY TO

01:56PM  8   ACCOMMODATE THAT.  SO JUST LET ME KNOW, PLEASE.

01:56PM  9       WE'LL CALL UP OUR PANEL NOW.  THANK YOU.

02:01PM  10      (RECESS FROM 1:56 P.M. UNTIL 2:04 P.M.)

02:04PM  11      (PROSPECTIVE JURY PANEL IN AT 2:04 P.M.)

02:04PM  12          THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

02:04PM  13  THE RECORD.

02:05PM  14      ALL PREVIOUS PARTIES ARE PRESENT ONCE AGAIN AND OUR

02:05PM  15  PROSPECTIVE PANEL.

02:05PM  16      LADIES AND GENTLEMEN, I'D LIKE TO CONTINUE WITH MY

02:05PM  17  QUESTIONS.

02:05PM  18      NOW, AS I MENTIONED TO YOU EARLIER, YOU KNOW THE LENGTH OF

02:05PM  19  THIS TRIAL, THE PROSPECTIVE LENGTH OF THIS TRIAL.  IT'S LIKELY

02:05PM  20  THAT THERE WILL BE CONTINUED MEDIA COVERAGE OF THE TRIAL.

02:05PM  21      JURORS WILL BE INSTRUCTED, AS I'VE MENTIONED PREVIOUSLY,

02:05PM  22  NOT TO READ, LISTEN TO MEDIA COVERAGE ABOUT THE CASE, AND THIS

02:05PM  23  IS IMPORTANT AS A JUROR'S DECISION ON THE CASE, AS I'VE TOLD

02:05PM  24  YOU, MUST BE FORMED ONLY BY THE EVIDENCE ADMITTED AND RECEIVED

02:05PM  25  IN THE COURTROOM AND NOT ON ANY INFORMATION RECEIVED OUTSIDE OF

THE COURTHOUSE.

A JUROR WHO IS EXPOSED TO ANY OUTSIDE INFORMATION MUST REPORT THE EXPOSURE TO THE COURT.  THIS MEANS TO ME THROUGH MY STAFF, MY COURTROOM DEPUTY.

NOW, AS WE DISCUSSED THIS MORNING, THIS MAY BE DIFFICULT AND CHALLENGING, BUT LET ME ASK, IS THERE ANYONE WHO FEELS THAT THEY CANNOT, THEY CANNOT FOLLOW THIS INSTRUCTION?

I SEE NO HANDS.

IS THERE ANYTHING ABOUT THE FACT THAT THE CHARGES, THE CHARGE RELATES TO ALLEGATIONS OF WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD THAT WILL AFFECT A JUROR'S ABILITY TO BE FAIR AND IMPARTIAL?

THIS JUST RELATES TO THE NATURE OF THE CHARGES.  IS THERE ANYTHING JUST BECAUSE OF THE NATURE OF THE CHARGES THAT A JUROR FEELS THAT THEY COULD NOT BE FAIR?

I SEE NO HANDS.

OH, I'M SORRY.  I DO SEE A HAND.  LET'S CALL ON -- IS THAT MR. DELAPAZ; IS THAT RIGHT?

PROSPECTIVE JUROR:  YES.

THE COURT:  YOU'RE JUROR NUMBER 156.

YES, SIR.

PROSPECTIVE JUROR:  WHEN YOU SAY "FRAUD," IT'S PRETTY CLOSE TO MY MOTHER-IN-LAW BECAUSE SHE WENT TO PRISON FOR FRAUD AND EMBEZZLEMENT, AND I DON'T THINK I CAN BE FAIR CONCERNING WHAT WE WENT THROUGH WITH MY WIFE.

02:07PM  1          THE COURT:  HOW LONG AGO WAS THAT SITUATION, SIR?

02:07PM  2          PROSPECTIVE JUROR:  PROBABLY ABOUT 10 OR 11 OR

02:07PM  3    12 YEARS AGO.

02:07PM  4          THE COURT:  I SEE.

02:07PM  5       AND YOU WERE INVOLVED IN THAT PROCESS, SIR, THAT COURT

02:07PM  6    PROCESS?

02:07PM  7          PROSPECTIVE JUROR:  NO.  I WENT THROUGH IT WITH MY

02:07PM  8    WIFE.

02:07PM  9          THE COURT:  I SEE.

02:07PM 10          PROSPECTIVE JUROR:  I'VE SEEN WHAT SHE WENT THROUGH

02:07PM 11    AND ALL OF THE THINGS THAT HAPPENED WHILE SHE WAS INSIDE THERE.

02:08PM 12          THE COURT:  INSIDE THE COURT PROCESS YOU MEAN?

02:08PM 13          PROSPECTIVE JUROR:  NO.  BOTH COURT AND PRISON.

02:08PM 14          THE COURT:  OKAY.  I SEE.

02:08PM 15       SIR, YOU ALSO INDICATED ON NUMBER 1, IN ANSWER TO QUESTION

02:08PM 16    NUMBER 1 THAT YOU HAD A QUESTION ABOUT FINANCIAL ISSUES.

02:08PM 17          PROSPECTIVE JUROR:  YES, IT'S A HARDSHIP.  I DON'T

02:08PM 18    GET PAID FOR BEING ON JURY DUTY.

02:08PM 19          THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

02:08PM 20       MR. SCHENK, ANY QUESTIONS?

02:08PM 21          MR. SCHENK:  NOTHING FURTHER, YOUR HONOR.

02:08PM 22          MR. DOWNEY:  NOTHING FURTHER.

02:08PM 23          THE COURT:  ALL RIGHT.  THANK YOU FOR BRINGING THIS

02:08PM 24    TO MY ATTENTION, MR. DELAPAZ.  I'LL EXCUSE YOU FOR HARDSHIP.

02:08PM 25    THANK YOU.

02:08PM   1                  PROSPECTIVE JUROR:  OKAY.

02:08PM   2                  THE COURT:  ANYONE ELSE IN REGARDS TO THE NATURE OF

02:08PM   3       THE CHARGES IS WHAT THIS QUESTION CALLED FOR?

02:08PM   4            ALL RIGHT.  THANK YOU.

02:09PM   5            HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ACCUSED OF WIRE

02:09PM   6       FRAUD OR ALLEGATIONS REGARDING FRAUDULENT CONDUCT?  ANYONE HAVE

02:09PM   7       ANY EXPERIENCE IN THAT?

02:09PM   8            AGAIN, IF ANYONE WISHES TO SPEAK PRIVATELY, PLEASE LET ME

02:09PM   9       KNOW, AND WE'RE HAPPY TO DO THAT.

02:09PM  10            I SEE NO HANDS.

02:09PM  11            HAVE YOU BEEN OR HAVE YOU EVER FELT THAT YOU OR A CLOSE

02:09PM  12       FRIEND OR RELATIVE WAS A VICTIM OF INTIMATE PARTNER VIOLENCE OR

02:09PM  13       ABUSE OR WHAT IS KNOWN AS DOMESTIC OR RELATIONSHIP VIOLENCE?

02:09PM  14            ANYONE HAVE ANY EXPERIENCE WITH A PERSON OR RELATIVE OR

02:09PM  15       FRIEND?  IF ANYONE NEEDS TO DO THAT, WE CAN DO THAT PRIVATELY.

02:09PM  16            LET'S -- WHERE'S THE MICROPHONE?  IT'S IN THE GALLERY.  SO

02:09PM  17       WHY DON'T WE KEEP IT THERE.

02:09PM  18            IF YOU COULD PASS THE WIPES AS WELL, PLEASE, MR. BUI.

02:09PM  19       THANK YOU.

02:10PM  20            YES.  JUROR NUMBER?

02:10PM  21                  PROSPECTIVE JUROR:  154.

02:10PM  22                  THE COURT:  154.  THANK YOU, MS. KEHN.

02:10PM  23            WHAT WOULD YOU LIKE ME TO KNOW?

02:10PM  24                  PROSPECTIVE JUROR:  YES.  YES, I'VE BEEN A VICTIM.

02:10PM  25                  THE COURT:  OKAY.

02:10PM 1                    PROSPECTIVE JUROR:  YES.

02:10PM 2            THE COURT:  AND HOW LONG AGO WAS THAT MS. KEHN?

02:10PM 3            PROSPECTIVE JUROR:  LET'S SEE.  WE GOT DIVORCED IN

02:10PM 4    2011, AND I WAS MARRIED FOR 28 YEARS.

02:10PM 5            THE COURT:  ALL RIGHT.  THANK YOU.

02:10PM 6        DID YOU HAVE OCCASION TO REPORT THE ABUSE, THE SITUATION

02:10PM 7    TO AUTHORITIES?

02:10PM 8            PROSPECTIVE JUROR:  NO.  IT WASN'T PHYSICAL.  IT WAS

02:10PM 9    MENTAL AND EMOTIONAL.

02:10PM 10           THE COURT:  I SEE.  ALL RIGHT.  OKAY.

02:10PM 11       AND DID YOU RECEIVE -- MAY I ASK -- AND IF YOU WANT TO

02:10PM 12   SPEAK PRIVATELY, PLEASE LET ME KNOW.

02:10PM 13       DID YOU RECEIVE ANY COUNSELLING OR THERAPY OR ANYTHING

02:10PM 14   LIKE THAT AS A RESULT?

02:10PM 15           PROSPECTIVE JUROR:  YES.  ONCE I GOT -- ONCE HE WAS

02:11PM 16   GONE.

02:11PM 17           THE COURT:  I'M SORRY?

02:11PM 18           PROSPECTIVE JUROR:  ONCE HE LEFT.

02:11PM 19           THE COURT:  I SEE.  OKAY.  THANK YOU.

02:11PM 20       IS THERE ANYTHING ABOUT THAT EXPERIENCE THAT REMAINS WITH

02:11PM 21   YOU TODAY?

02:11PM 22           PROSPECTIVE JUROR:  YEAH.  ALL OF IT.

02:11PM 23           THE COURT:  TELL ME, CAN YOU JUST TELL ME WHAT WAS

02:11PM 24   THE DURATION OF THAT?  WAS IT THE ENTIRETY OF YOUR RELATIONSHIP

02:11PM 25   OR WAS IT A SEGMENT OF IT?

02:11PM   1            PROSPECTIVE JUROR:  HE WAS VERY CONTROLLING AND PUT

02:11PM   2    ME DOWN A LOT AND CONTROLLED LIKE MY TIME AND EVERYTHING A LOT.

02:11PM   3            THE COURT:  WAS THIS DURING THE ENTIRETY OF YOUR

02:11PM   4    RELATIONSHIP WITH HIM?

02:11PM   5            PROSPECTIVE JUROR:  MOSTLY, YEAH.

02:11PM   6            THE COURT:  AND THAT WAS HOW LONG?  I'M SORRY.

02:11PM   7            PROSPECTIVE JUROR:  I WAS MARRIED FOR 28 YEARS, BUT

02:11PM   8    I WOULD SAY LIKE THE LAST 12 WERE LIKE THE WORST.

02:11PM   9            THE COURT:  AND YOU DIVORCED OR SEPARATED WHEN?

02:12PM  10            PROSPECTIVE JUROR:  2011.  HE MOVED OUT IN 2011, BUT

02:12PM  11    IT WASN'T FINAL UNTIL '13.

02:12PM  12            THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.  THANK

02:12PM  13    YOU, MS. KEHN.

02:12PM  14         ANY QUESTIONS, MR. SCHENK?

02:12PM  15            MR. SCHENK:  NO, YOUR HONOR.

02:12PM  16            MR. DOWNEY:  NO, YOUR HONOR.

02:12PM  17            THE COURT:  THANK YOU.

02:12PM  18         AND THERE WAS SOMEONE ELSE?

02:12PM  19         YES, LET'S PASS THAT FORWARD.  THANK YOU.

02:12PM  20         IS THAT MR. MURPHY?

02:12PM  21            PROSPECTIVE JUROR:  YES, 130.

02:12PM  22            THE COURT:  THANK YOU, MR. MURPHY.

02:12PM  23            PROSPECTIVE JUROR:  WHEN I WAS YOUNG THERE WERE A

02:12PM  24    FEW INCIDENTS I GUESS OF PHYSICAL FIGHTING BETWEEN MY PARENTS,

02:12PM  25    AND I ACTUALLY DON'T HAVE A DISTINCT MEMORY OF WITNESSING

02:12PM 1    THOSE, BUT I KNEW THAT THEY TOOK PLACE AND AT LEAST ONE OF THEM

02:12PM 2    WHEN I WAS IN THE HOME.

02:12PM 3              THE COURT:  I SEE.  OKAY.  ALL RIGHT.  THANK YOU.

02:12PM 4         DO YOU KNOW WHETHER -- I'M SORRY, AGAIN, IF ANYONE --

02:12PM 5              PROSPECTIVE JUROR:  GO AHEAD.

02:12PM 6              THE COURT:  WERE LEGAL AUTHORITIES EVER INVOLVED IN

02:12PM 7    ANY OF THOSE SITUATIONS?

02:13PM 8              PROSPECTIVE JUROR:  I REMEMBER THE POLICE COMING TO

02:13PM 9    THE HOUSE ONCE, BUT NOTHING OTHER THAN THAT.

02:13PM 10             THE COURT:  OKAY.

02:13PM 11             PROSPECTIVE JUROR:  AND IT RESOLVED WELL BEFORE THEY

02:13PM 12   ARRIVED.

02:13PM 13             THE COURT:  I SEE.  OKAY.  I'M SORRY.

02:13PM 14        HOW LONG AGO WAS THIS APPROXIMATELY?

02:13PM 15             PROSPECTIVE JUROR:  MANY YEARS AGO.  SO 53 MINUS 6.

02:13PM 16             THE COURT:  ALL RIGHT.  THANK YOU.  I THINK THAT

02:13PM 17   TIME STAMPS IT FOR US.

02:13PM 18        HAVE YOU RECEIVED ANY COUNSELLING, THERAPY OR ANYTHING

02:13PM 19   LIKE THAT FOR THAT, SIR?

02:13PM 20             PROSPECTIVE JUROR:  NOT FOR THAT BUT IN GENERAL, BUT

02:13PM 21   NOT SPECIFIC TO THAT INSTANCE.

02:13PM 22             THE COURT:  THANK YOU FOR SHARING THAT.  I

02:13PM 23   APPRECIATE THAT.

02:13PM 24        IS THERE ANYONE ELSE?

02:13PM 25             PROSPECTIVE JUROR:  YES.

02:13PM  1                THE COURT:  IS THAT JUROR NUMBER 134, LARUE?

02:13PM  2                PROSPECTIVE JUROR:  YES.

02:13PM  3                THE COURT:  134?

02:13PM  4                PROSPECTIVE JUROR:  YES, 134.

02:13PM  5                THE COURT:  YES.

02:13PM  6                PROSPECTIVE JUROR:  MY SISTER WAS SEVERELY BEATEN BY

02:13PM  7       HER HUSBAND, AND WHEN I TRIED TO HELP HER HE ATTACKED ME.  AND

02:13PM  8       THAT WAS ABOUT 25 YEARS AGO.

02:13PM  9                THE COURT:  OKAY.  WAS THAT HERE IN CALIFORNIA,

02:14PM 10       MS. LARUE?

02:14PM 11                PROSPECTIVE JUROR:  YES.

02:14PM 12                THE COURT:  AND WERE THE AUTHORITIES CALLED?

02:14PM 13                PROSPECTIVE JUROR:  YES.  I CALLED WHEN HE ATTACKED

02:14PM 14       ME, AND I WASN'T GOING TO LET IT HAPPEN.

02:14PM 15                THE COURT:  ALL RIGHT.  AND WERE YOU REQUIRED TO GO

02:14PM 16       TO COURT FOR ANY PURPOSE?

02:14PM 17                PROSPECTIVE JUROR:  YES.

02:14PM 18                THE COURT:  AND DID YOU TESTIFY?

02:14PM 19                PROSPECTIVE JUROR:  YES.

02:14PM 20                THE COURT:  I SEE.  WAS THERE A TRIAL?

02:14PM 21                PROSPECTIVE JUROR:  IT WAS MORE SO SHE COULD GET A

02:14PM 22       RESTRAINING ORDER, GET CUSTODY OF HER CHILD, AND SO HE WOULD

02:14PM 23       STAY COMPLETELY AWAY.

02:14PM 24                THE COURT:  IT SOUNDS LIKE THAT WAS IN FAMILY COURT

02:14PM 25       REGARDING DISSOLUTION PROCEEDINGS?

02:14PM 1              PROSPECTIVE JUROR:  YES.  YES.

02:14PM 2              THE COURT:  I SEE.  WAS A RESTRAINING ORDER ISSUED?

02:14PM 3              PROSPECTIVE JUROR:  YES.

02:14PM 4              THE COURT:  OKAY.  I SEE.

02:14PM 5          AND HAVE YOU, HAVE YOU SEEN THAT INDIVIDUAL, THAT IS, THE

02:14PM 6    HUSBAND IN --

02:14PM 7              PROSPECTIVE JUROR:  OH, HE'S NO LONGER HOME.  HE IS

02:14PM 8    NOWHERE AROUND.

02:14PM 9              THE COURT:  I'M SORRY.  IF YOU COULD --

02:14PM 10             PROSPECTIVE JUROR:  I'M SORRY.  HE'S NOWHERE AROUND.

02:14PM 11             THE COURT:  ALL RIGHT.  THANK YOU.

02:14PM 12         DID YOU RECEIVE ANY COUNSELLING OR THERAPY?

02:14PM 13             PROSPECTIVE JUROR:  NO.  TO ME IT WAS DONE AND OVER

02:14PM 14   WITH.

02:14PM 15             THE COURT:  OKAY.  HOW ABOUT YOUR SISTER?

02:14PM 16             PROSPECTIVE JUROR:  YES.  YES.

02:15PM 17             THE COURT:  SHE DID RECEIVE COUNSELLING AND THERAPY?

02:15PM 18             PROSPECTIVE JUROR:  YES.

02:15PM 19             THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

02:15PM 20   YOU FOR SHARING THAT.

02:15PM 21         ANYONE ELSE IN RESPONSE TO THIS QUESTION?

02:15PM 22         IF WE COULD PASS IT UP TO MS. MASON-BURCHELL.

02:15PM 23             PROSPECTIVE JUROR:  YES.  SO I WENT THROUGH IT BACK

02:15PM 24   ABOUT 35 YEARS AGO, 30 YEARS AGO.  I WITNESSED MY MOTHER BEING

02:15PM 25   ABUSED BY MY STEPFATHER.

02:15PM 1          THE COURT:  OKAY.

02:15PM 2          PROSPECTIVE JUROR:  AND THE AUTHORITIES WERE CALLED.

02:15PM 3          THE COURT:  I SEE.  WERE YOU INVOLVED AT ALL IN

02:15PM 4    THOSE -- ANY PROCEEDINGS?

02:15PM 5          PROSPECTIVE JUROR:  NOT AT ALL.  I WAS INVITED WHEN

02:15PM 6    IT HAPPENED.

02:15PM 7          THE COURT:  OKAY.  AND DO YOU KNOW IF THERE WERE ANY

02:15PM 8    LEGAL PROCEEDINGS THAT RESULTED FROM THAT?

02:15PM 9          PROSPECTIVE JUROR:  THE ONLY THING I KNOW IS THE

02:15PM 10   COPS WERE CALLED.

02:15PM 11         THE COURT:  AND DO YOU KNOW IF ANY THERAPY WAS

02:15PM 12   INVOLVED FOR ANYONE?

02:15PM 13         PROSPECTIVE JUROR:  I KNOW I WENT THROUGH IT WHEN I

02:16PM 14   WAS YOUNGER.

02:16PM 15         THE COURT:  OKAY.  HOW LONG DID YOU SEE A THERAPIST?

02:16PM 16         PROSPECTIVE JUROR:  IT WAS JUST BRIEFLY TO TALK

02:16PM 17   ABOUT THE SITUATION I WENT THROUGH, AND I GOT AWAY FROM IT

02:16PM 18   QUICKLY SO IT REALLY DIDN'T IMPACT ME.  IT WAS JUST SOMETHING

02:16PM 19   THAT I OBSERVED.

02:16PM 20         THE COURT:  SURE.  OKAY.  THANK YOU VERY MUCH.

02:16PM 21   THANK YOU.

02:16PM 22       IS THERE ANYONE ELSE?  OH, YES, MS. LOCKWOOD, NUMBER 99.

02:16PM 23         PROSPECTIVE JUROR:  BACK IN 2012 I HAD TO LEAVE AN

02:16PM 24   ABUSIVE PARTNER THAT I LIVED WITH AND AFTER THEY STOLE MY

02:16PM 25   IDENTITY AND HAD ALSO OTHER THINGS THAT WERE BOTH PHYSICALLY,

02:16PM 1    SEXUALLY, EMOTIONALLY ABUSIVE IN THE HOME AND OUTSIDE OF THE

02:16PM 2    HOME.  SO, YEAH.

02:16PM 3         THE COURT:  OKAY.  AND WERE THERE ANY LEGAL

02:16PM 4    PROCEEDINGS AS A RESULT OF THAT CONDUCT?

02:17PM 5         PROSPECTIVE JUROR:  JUST ABOUT THE IDENTITY BEING

02:17PM 6    STOLEN BECAUSE A LOT OF MONEY WAS INVOLVED AND IT HAD TO DO

02:17PM 7    WITH HIS PAST EMPLOYMENT.

02:17PM 8         THE COURT:  I SEE.

02:17PM 9      WERE YOU CALLED UPON TO OFFER TESTIMONY IN A PROCEEDING AT

02:17PM 10   ALL?

02:17PM 11        PROSPECTIVE JUROR:  I WAS NOT.

02:17PM 12        THE COURT:  OR DID YOU WRITE A DECLARATION OR

02:17PM 13   ANYTHING LIKE THAT?

02:17PM 14        PROSPECTIVE JUROR:  I DID WRITE A DECLARATION.

02:17PM 15        THE COURT:  OKAY.  WAS THAT FOR LAW ENFORCEMENT?

02:17PM 16        PROSPECTIVE JUROR:  YES.  I HAD DONE A STATEMENT AS

02:17PM 17   WELL AS A DECLARATION.

02:17PM 18        THE COURT:  I SEE.

02:17PM 19        PROSPECTIVE JUROR:  YEAH.

02:17PM 20        THE COURT:  AND, MS. LOCKWOOD, DID YOU RECEIVE ANY

02:17PM 21   THERAPY OR COUNSELLING FOR ANY OF THOSE?

02:17PM 22        PROSPECTIVE JUROR:  I DID.

02:17PM 23        THE COURT:  I SEE.  AND HOW LONG WAS THAT?

02:17PM 24        PROSPECTIVE JUROR:  I SEEKED IT OUT A FEW MONTHS

02:17PM 25   AFTER THAT AND THEN FOLLOWED UP ABOUT A YEAR AFTER THAT.

02:17PM  1          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH.

02:17PM  2     THANK YOU.

02:17PM  3          I SAW A HAND BACK IN THE GALLERY, SO LET'S PASS THIS BACK.

02:18PM  4          WE'LL SEND IT BACK.  AND WE'LL START WITH MR. BROWN BACK

02:18PM  5     IN THE CORNER, JUROR NUMBER 171.

02:18PM  6          PROSPECTIVE JUROR:  YES, YOUR HONOR.

02:18PM  7          SO I GREW UP IN AN ABUSIVE HOUSEHOLD AS WELL AS A CHILD

02:18PM  8     WITNESSING MY MOM AND MY STEPFATHER FIGHTING AND JUST HAVING

02:18PM  9     ALTERCATIONS, AND THAT'S PROBABLY BEEN ABOUT 45 YEARS AGO.

02:18PM  10          THE COURT:  ALL RIGHT, SIR.  WAS LAW ENFORCEMENT

02:18PM  11     INVOLVED IN ANY OF THOSE SITUATIONS, SIR?

02:18PM  12          PROSPECTIVE JUROR:  NO.

02:18PM  13          THE COURT:  AND DID YOU, DID YOU OR HAVE YOU

02:18PM  14     RECEIVED ANY COUNSELLING, THERAPY, OR TALKED TO ANYONE ABOUT

02:18PM  15     THOSE CIRCUMSTANCES?

02:18PM  16          PROSPECTIVE JUROR:  NO.

02:18PM  17          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, SIR.

02:18PM  18          PROSPECTIVE JUROR:  HI.  IN '83 I MARRIED AN

02:19PM  19     ALCOHOLIC.

02:19PM  20          THE COURT:  AND WHAT JUROR NUMBER ARE YOU?

02:19PM  21          PROSPECTIVE JUROR:  174.

02:19PM  22          THE COURT:  174.  THANK YOU, MS. RIGGINS.

02:19PM  23          PROSPECTIVE JUROR:  I HAD THE COPS CALLED ON HIM A

02:19PM  24     FEW TIMES AND HAD HIM HAULED AWAY TO JAIL.  AFTER WE SPLIT HE

02:19PM  25     CONTINUED TO HARASS ME UNTIL HE DIED AND THEN I DIDN'T HAVE TO

02:19PM 1    WORRY ABOUT IT ANYMORE.

02:19PM 2            THE COURT:  OKAY.  I THINK I READ ABOUT THIS.  YOU

02:19PM 3    TOLD US ABOUT THIS IN YOUR QUESTIONNAIRE.  THANK YOU.

02:19PM 4        DID YOU RECEIVE ANY COUNSELLING, THERAPY FOR THIS?

02:19PM 5            PROSPECTIVE JUROR:  NO.

02:19PM 6            THE COURT:  DID YOU GO TO COURT FOR ANY LEGAL

02:19PM 7    PROCEEDINGS?

02:19PM 8            PROSPECTIVE JUROR:  NO, I COULDN'T AFFORD A DIVORCE.

02:19PM 9    I WAS A SINGLE MOTHER AFTER THAT AND SO JUST STAYING AWAY FROM

02:19PM 10   HIM.

02:19PM 11           THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU SO

02:19PM 12   MUCH.

02:19PM 13           PROSPECTIVE JUROR:  UH-HUH.

02:19PM 14           THE COURT:  WAS THERE ANOTHER HAND?

02:19PM 15       YES.  IS THAT MS. QUINTANILLA?

02:19PM 16           PROSPECTIVE JUROR:  YES.

02:19PM 17           THE COURT:  YES.

02:19PM 18           PROSPECTIVE JUROR:  A FEW MONTHS AGO WE HAD A

02:19PM 19   SITUATION IN OUR FAMILY WHERE MY BOY WAS FRIENDED BY SOMEBODY

02:20PM 20   ONLINE.

02:20PM 21           THE COURT:  I THINK YOU MENTIONED THIS IN YOUR

02:20PM 22   QUESTIONNAIRE.

02:20PM 23           PROSPECTIVE JUROR:  YES.

02:20PM 24           THE COURT:  YES, I SAW THAT.

02:20PM 25           PROSPECTIVE JUROR:  SO THIS GIRL OR LADY FRIENDED

02:20PM   1      HIM, AND HE TOOK SOME COMPROMISING PICTURES, AND SHE THREATENED

02:20PM   2      TO SEND THE PICTURES TO HIS FRIENDS, AND WE DIDN'T KNOW THIS.

02:20PM   3           HE WAS REALLY -- HE SEEMED TO BE DEVASTATED, BUT WE

02:20PM   4      DIDN'T KNOW IF IT WAS SCHOOL RELATED OR SOMETHING.  AND WHEN HE

02:20PM   5      TOLD ME ABOUT IT HE HAD -- SHE HAD HIM SEND SOME MONEY.

02:20PM   6               THE COURT:  YES.

02:20PM   7               PROSPECTIVE JUROR:  SO THIS WAS SO HARD FOR HIM IN

02:21PM   8      THE FAMILY, AND I WAS SO AFRAID FOR HIM THE WAY HE WAS.  AND I

02:21PM   9      TOLD HIM WAS TO CUT EVERYTHING, AND HE DELETED HIS SAVINGS.

02:21PM  10           AND I SAID, WELL, WHAT DO WE DO?  WE COULDN'T GO TO THE

02:21PM  11      POLICE BECAUSE HE DIDN'T TAKE SNAPSHOTS, HE DIDN'T HAVE ANY

02:21PM  12      PROOF.  HE ONLY HAD LIKE THE WIRE OF THE MONEY, BUT THIS

02:21PM  13      FRIGHTENS ME BECAUSE IT COULD AFFECT HIM AND WHAT WE ADVISING

02:21PM  14      HIM WAS TO CUT ALL TIES.

02:21PM  15               THE COURT:  YES.

02:21PM  16               PROSPECTIVE JUROR:  AND WE WOULD JUST HAVE TO DEAL

02:21PM  17      WITH WHATEVER.

02:22PM  18           SO THIS PERSON IS STILL HURTING OUR FAMILY BECAUSE WE

02:22PM  19      DON'T KNOW WHAT THEY WILL DO.

02:22PM  20           SO AS A MOTHER IT IS VERY HARD BECAUSE I FEEL HOPELESS OF

02:22PM  21      WHAT CAN BE DONE.  AND THEN WE TRY TO SEE WHAT PROTECTION WE

02:22PM  22      HAVE, AND IT SEEMS LIKE IT'S VERY LITTLE BECAUSE THE AMOUNT OF

02:22PM  23      MONEY MIGHT BE LITTLE, BUT HOW IT IS AFFECTING THE FAMILY IS A

02:22PM  24      LOT, AND IT'S VERY SCARY.  AND I DID TALK TO SOMEBODY ABOUT IT

02:22PM  25      BECAUSE IT'S VERY SCARY.

02:22PM 1        THE COURT:  YES, I THINK I UNDERSTAND.  THANK YOU

02:22PM 2   FOR SHARING THAT.  I APPRECIATE YOUR COMMENTS.  THANK YOU.

02:22PM 3        ANYONE ELSE?  ANY HANDS?

02:22PM 4        I SEE NO HANDS.

02:23PM 5        DO ANY OF YOU HAVE THOUGHTS ABOUT THE WORK OF

02:23PM 6   PROFESSIONALS WHO ARE INVOLVED IN CASES OF ABUSE OR VIOLENCE,

02:23PM 7   THAT IS, PROFESSIONAL EVALUATIONS, REPORTS, THOSE TYPES OF

02:23PM 8   THINGS?  DO ANY OF YOU HAVE ANY EXPERIENCE WITH THAT?  ANY

02:23PM 9   THOUGHTS ABOUT THOSE?

02:23PM 10       I SEE NO HANDS.

02:23PM 11       HAVE ANY OF YOU KNOWN ANYONE WHO YOU THOUGHT WAS FALSELY

02:23PM 12  OR UNFAIRLY ACCUSED OF DOMESTIC VIOLENCE OR PARTNER ABUSE

02:23PM 13  ALLEGATIONS?  ANYONE HAVE ANY OF THOSE EXPERIENCES?

02:23PM 14       I SEE NO HANDS.

02:23PM 15       HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN ASSOCIATED WITH

02:23PM 16  OR BEEN A CONTRIBUTOR TO ANY DOMESTIC VIOLENCE, VICTIM SUPPORT

02:23PM 17  GROUPS OR WOMEN'S SHELTER OR ORGANIZATIONS THAT ARE INVOLVED IN

02:23PM 18  ABUSE TYPE ISSUES?

02:23PM 19       I SEE NO HANDS.

02:24PM 20       HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN EMPLOYED BY A

02:24PM 21  LAW ENFORCEMENT AGENCY WHICH INCLUDES A DISTRICT ATTORNEY'S

02:24PM 22  OFFICE, UNITED STATES ATTORNEY'S OFFICE, FBI, I.R.S., OR IN THE

02:24PM 23  CRIMINAL JUSTICE SYSTEM, DEFENSE LAWYER, PROBATION OFFICER,

02:24PM 24  INVESTIGATOR, ANYONE HAVE ANY CONTACT WITH ANY OF THOSE

02:24PM 25  EMPLOYMENTS?

02:24PM  1          YES, I SEE A HAND.  YOU HAVE IT.

02:24PM  2          YES.  AND THIS IS MR. PERALTA?

02:24PM  3                 PROSPECTIVE JUROR:  YES.

02:24PM  4          I HAVE A FRIEND WHO WORKS IN A WASHINGTON STATE DISTRICT

02:24PM  5   COURT AS A PARALEGAL SO.

02:24PM  6                 THE COURT:  OKAY.  ALL RIGHT.

02:24PM  7                 PROSPECTIVE JUROR:  AND SHE TELLING ME, BECAUSE I

02:24PM  8   ASK A LOT OF QUESTIONS REGARDING MY SITUATION WITH MY WIFE

02:25PM  9   BEFORE, AND SHE'S GIVING ME ADVICES WITH REGARDS TO THOSE.

02:25PM  10                 THE COURT:  I SEE.

02:25PM  11         HOW LONG AGO HAS THAT BEEN, SIR?

02:25PM  12                 PROSPECTIVE JUROR:  ABOUT FIVE YEARS AGO.  BUT MY

02:25PM  13  FRIEND IS STILL WORKING AT DISTRICT COURT IN WASHINGTON STATE.

02:25PM  14                 THE COURT:  I SEE.  THANK YOU.

02:25PM  15         LET'S PASS THAT OVER, PLEASE.  IS THAT MR. HALL?

02:25PM  16                 PROSPECTIVE JUROR:  WAS THE QUESTION ABOUT US HAVING

02:25PM  17  EMPLOYMENT OR US KNOWING SOMEONE EMPLOYED?

02:25PM  18                 THE COURT:  BOTH HAVE YOU BEEN EMPLOYED OR KNOW

02:25PM  19  SOMEONE WHO IS?

02:25PM  20                 PROSPECTIVE JUROR:  MY UNCLE WAS A DISTRICT ATTORNEY

02:25PM  21  IN SANTA CLARA COUNTY CONSUMER FRAUD DEPARTMENT FOR MANY, MANY

02:25PM  22  YEARS UNTIL HE RETIRED.

02:25PM  23                 THE COURT:  I THINK I SAW THAT.  WHO WAS THAT

02:25PM  24  PERSON?

02:25PM  25                 PROSPECTIVE JUROR:  ALBERT BENDER.

02:25PM 1          THE COURT:  YES.  AND HE RETIRED SOME TIME AGO I

02:25PM 2    THINK.

02:25PM 3          PROSPECTIVE JUROR:  YEAH, HE DID.

02:25PM 4          THE COURT:  OKAY.  ALL RIGHT.

02:25PM 5       DID YOU EVER TALK TO HIM ABOUT HIS WORK?

02:26PM 6          PROSPECTIVE JUROR:  NOT IN ANY GREAT DETAIL.  HE

02:26PM 7    WROTE A BOOK, YOU KNOW, VERY HIGH LEVEL, NOT DETAILED, ABOUT

02:26PM 8    JUST EXPERIENCE AS A D.A. AND AN ATTORNEY BUT IT WAS -- YOU

02:26PM 9    KNOW, NOTHING HUGE DETAILS, PERSONAL STUFF SO.

02:26PM 10          THE COURT:  THANK YOU.  I SEE SOME OTHER HANDS UP.

02:26PM 11       IS THAT --

02:26PM 12          PROSPECTIVE JUROR:  155.

02:26PM 13          THE COURT:  -- MS. MARTINEZ?

02:26PM 14          PROSPECTIVE JUROR:  YES.

02:26PM 15          THE COURT:  YES.

02:26PM 16          PROSPECTIVE JUROR:  MY SISTER WORKED FOR THE SALINAS

02:26PM 17    POLICE DEPARTMENT.  SHE DID REPORTING FOR THE POLICE

02:26PM 18    DEPARTMENT.

02:26PM 19          THE COURT:  DO YOU KNOW IN WHAT CAPACITY?

02:26PM 20          PROSPECTIVE JUROR:  SHE DID THE PAPERWORK FOR THE

02:26PM 21    DIFFERENT INCIDENTS THAT HAPPENED IN THE CITY OF SALINAS --

02:26PM 22          THE COURT:  I SEE.

02:26PM 23          PROSPECTIVE JUROR:  -- REGARDING THE POLICE

02:26PM 24    DEPARTMENT.

02:26PM 25          THE COURT:  I SEE.  THANK YOU.

02:26PM 1           DOES SHE TALK TO YOU ABOUT HER WORK?

02:26PM 2                   PROSPECTIVE JUROR:  NO.  SHE SINCE HAS PASSED ON.

02:27PM 3                   THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

02:27PM 4           LET'S MOVE IT UP TO -- IS THAT MR. TAUSWORTHE?

02:27PM 5                   PROSPECTIVE JUROR:  YES, 141.

02:27PM 6                   THE COURT:  YES.

02:27PM 7                   PROSPECTIVE JUROR:  I HAVE ONE FRIEND OF THE FAMILY.

02:27PM 8     SHE RUNS A CHARITY ORGANIZATION THAT DONATES CLOTHES TO

02:27PM 9     CHILDREN AND YOUNG PEOPLE WHO HAVE BEEN SEXUALLY ASSAULTED.

02:27PM 10                  THE COURT:  OKAY.

02:27PM 11                  PROSPECTIVE JUROR:  ANOTHER FRIEND OF THE FAMILY,

02:27PM 12    SHE RUNS A SINGLE WOMEN, ESCAPED WOMEN, BATTERED WOMEN,

02:27PM 13    ET CETERA, SUPPORT GROUP OVER IN DETROIT.

02:27PM 14        I'D FORGOTTEN TO MENTION EARLIER, I DIDN'T REMEMBER UNTIL

02:27PM 15    YOU BROUGHT IT UP, I KNOW PEOPLE WHO WORK IN THIS.  SHE WAS

02:27PM 16    ALSO SOMEBODY WHO I KNEW WHO EXPERIENCED ABUSE LIKE THAT.  SHE

02:27PM 17    HAD BEEN IN A RELATIONSHIP WITH A MAN FOR A LONG TIME AND UNTIL

02:27PM 18    SHE MANAGED TO ESCAPE BASICALLY IN THE MIDDLE OF THE NIGHT

02:28PM 19    WORKING WITH ANOTHER GROUP TO DO THAT AND RAN OVER TO DETROIT.

02:28PM 20                  THE COURT:  I SEE.

02:28PM 21                  PROSPECTIVE JUROR:  THAT WOULD HAVE BEEN -- I WAS IN

02:28PM 22    FIFTH GRADE SO THAT WOULD HAVE BEEN 15 -- NO, FOURTH GRADE, 15,

02:28PM 23    16 YEARS AGO.

02:28PM 24                  THE COURT:  OKAY.  ALL RIGHT.  THANK YOU, SIR.

02:28PM 25        MR. MURPHY?

02:28PM 1    PROSPECTIVE JUROR:  130.

02:28PM 2    I GUESS I WOULD CHARACTERIZE BEING PROFESSIONALLY

02:28PM 3  ACQUAINTED WITH THE SHERIFF OF THE COUNTY, THE DISTRICT

02:28PM 4  ATTORNEY OF THE COUNTY AND STAFF IN THOSE ORGANIZATIONS THROUGH

02:28PM 5  THE WORK THAT I'VE DONE AT THE COUNTY THROUGHOUT THE YEARS.

02:28PM 6    THE COURT:  AND THAT WOULD INCLUDE COUNTY COUNSEL

02:28PM 7  AND THE PUBLIC DEFENDER'S OFFICE?

02:28PM 8    PROSPECTIVE JUROR:  YEAH.  YOU DIDN'T MENTION COUNTY

02:28PM 9  COUNSEL IN YOUR LIST, BUT I WAS EMPLOYED BY COUNTY COUNSEL FOR

02:28PM 10  TWO AND A HALF YEARS FROM 2017 TO 2019 AND DURING MY TIME AS A

02:28PM 11  MEMBER OF THE MANAGEMENT AUDIT DIVISION TO THE BOARD OF

02:28PM 12  SUPERVISORS I CONDUCTED A MANAGEMENT AUDIT OF THE SHERIFF'S

02:29PM 13  DEPARTMENT.

02:29PM 14    THE COURT:  OKAY.  AND HOW LONG AGO WAS THAT?

02:29PM 15    PROSPECTIVE JUROR:  WHEW.  BETWEEN 2001 AND 2006,

02:29PM 16  AND I THINK THAT ENGAGEMENT WAS PROBABLY 2003, 2004.

02:29PM 17    THE COURT:  ALL RIGHT.  THANK YOU.

02:29PM 18    PROSPECTIVE JUROR:  YEAH.

02:29PM 19    THE COURT:  AND WAS THAT YOUR JOB TITLE WITH THE

02:29PM 20  COUNTY COUNSEL?

02:29PM 21    PROSPECTIVE JUROR:  MY JOB TITLE WITH THE COUNTY

02:29PM 22  COUNSEL, AND I'M NOT AN ATTORNEY --

02:29PM 23    THE COURT:  RIGHT.

02:29PM 24    PROSPECTIVE JUROR:  -- WAS WHISTLEBLOWER PROGRAM

02:29PM 25  MANAGER.

02:29PM   1          THE COURT:  OKAY.  AND YOU DID INTERNAL

02:29PM   2   INVESTIGATIONS THROUGH THE COUNTY COUNSEL'S OFFICE?

02:29PM   3          PROSPECTIVE JUROR:  YES.  I WAS MORE A PROGRAM

02:29PM   4   MANAGER BUILDING THE PROGRAM.  I DID SOME INVESTIGATIVE WORK,

02:29PM   5   BUT IT WAS GENERALLY REFERRING COMPLAINTS TO THE APPROPRIATE

02:29PM   6   PARTS TO THE COUNTY, AND THERE WERE PROGRAM STAFF UNDERNEATH ME

02:29PM   7   THAT CONDUCTED MOST OF THE INVESTIGATIONS.

02:29PM   8          THE COURT:  I SEE.

02:29PM   9      WERE THE INVESTIGATIONS -- OR EXCUSE ME.  WERE YOUR

02:29PM   10  REFERRALS EVER REFERRED TO THE ATTORNEY GENERAL'S OFFICE FOR

02:29PM   11  THE STATE OF CALIFORNIA OR ANY FEDERAL AGENCY TO YOUR

02:30PM   12  RECOLLECTION?

02:30PM   13         PROSPECTIVE JUROR:  NO.

02:30PM   14         THE COURT:  ALL RIGHT.

02:30PM   15         PROSPECTIVE JUROR:  AND IF YOU WANTED TO TALK ABOUT

02:30PM   16  IT FURTHER I WOULD ASK TO TALK TO YOU ABOUT IT IN PRIVATE

02:30PM   17  BECAUSE THOSE MATTERS ARE CONFIDENTIAL.

02:30PM   18         THE COURT:  NO, I DON'T WANT TO -- I DON'T NEED TO

02:30PM   19  KNOW THE SPECIFICS OF THE INVESTIGATIONS.

02:30PM   20         PROSPECTIVE JUROR:  OKAY.

02:30PM   21         THE COURT:  YOUR JOB TITLE AND DUTIES WAS

02:30PM   22  APPROPRIATE.  THANK YOU.

02:30PM   23      ANYONE ELSE IN RESPONSE TO THIS QUESTION?

02:30PM   24      I SEE NO HANDS.

02:30PM   25      WOULD ANY OF YOU GIVE GREATER OR LESSER CREDENCE TO A LAW

02:30PM  1    ENFORCEMENT OFFICER WHO IS AN AGENT, GOVERNMENT REPRESENTATIVE

02:30PM  2    SIMPLY BECAUSE THAT PERSON IS A LAW ENFORCEMENT OFFICER, AGENT,

02:30PM  3    OR REPRESENTATIVE?

02:30PM  4        THIS QUESTION ASKS YOU HOW WOULD YOU WEIGH A LAW

02:30PM  5    ENFORCEMENT OFFICER, AGENT, OR INVESTIGATOR TESTIMONY AS A

02:30PM  6    WITNESS?  WOULD YOU GIVE IT MORE WEIGHT, LESS WEIGHT JUST

02:30PM  7    BECAUSE OF THEIR EMPLOYMENT?  ANYONE FEEL THAT THEY WOULD DO

02:31PM  8    THAT?

02:31PM  9        YES.  LET'S PASS THAT.

02:31PM  10                   PROSPECTIVE JUROR:  154.

02:31PM  11                   THE COURT:  OKAY.  YES.

02:31PM  12                   PROSPECTIVE JUROR:  MORE.

02:31PM  13                   THE COURT:  MS. KEHN, YOU SAID MORE?

02:31PM  14                   PROSPECTIVE JUROR:  YES, MORE.

02:31PM  15                   THE COURT:  AND WHY IS THAT?

02:31PM  16                   PROSPECTIVE JUROR:  BECAUSE I TRUST THEM IN GENERAL.

02:31PM  17                   THE COURT:  I DON'T THINK I TOLD YOU THIS, BUT

02:31PM  18    YOU'RE JUDGES OF THE FACTS.  YOU GET TO DECIDE WHAT HAPPENED,

02:31PM  19    WHAT DIDN'T HAPPEN, AND IN THE COURSE OF DOING YOUR JOB, YOU

02:31PM  20    WEIGH THE CREDIBILITY OF TESTIMONY, WITNESSES, EXHIBITS, YOU

02:31PM  21    GET TO DECIDE THE CREDIBILITY OF THOSE THINGS.

02:31PM  22        I ASK THIS QUESTION BECAUSE I WANT TO KNOW, AND THE

02:31PM  23    LAWYERS WANT TO KNOW, WHETHER OR NOT IF LAW ENFORCEMENT

02:31PM  24    TESTIFIES IN THE CASE, AN AGENT OR SOMEBODY -- I HAVE REASON TO

02:32PM  25    BELIEVE THAT THERE AREN'T GOING TO BE LOCAL POLICE OFFICERS WHO

02:32PM   1    TESTIFY, BEAT COPS IF YOU WILL, AND OFFICERS WHO DRIVE BLACK

02:32PM   2    AND WHITE POLICE CARS IF YOU KNOW WHAT I MEAN.

02:32PM   3        THERE MAY BE AGENTS OR REPRESENTATIVES FROM OTHER

02:32PM   4    INVESTIGATIVE DIVISIONS, THEY MAY TESTIFY ABOUT AND GIVE

02:32PM   5    EVIDENCE ABOUT THEIR INVESTIGATIONS.

02:32PM   6        AND THIS QUESTION IS DESIGNED TO DETERMINE WHETHER OR NOT

02:32PM   7    JUST BECAUSE OF THE TITLE THAT THEY HAVE SOMEONE MIGHT WEIGH

02:32PM   8    THEIR TESTIMONY HIGHER OR GIVE IT GREATER CREDENCE NOT REALLY

02:32PM   9    LISTENING TO WHAT IT IS, BUT JUST BECAUSE OF THEIR JOB TITLE.

02:32PM  10    THAT'S WHAT THE QUESTION IS.

02:32PM  11        I THINK WHAT YOU SAID, MA'AM, IS THAT YOU'RE INCLINED TO

02:32PM  12    DO THAT.  YOU WOULD GIVE IT MORE WEIGHT?

02:32PM  13        PROSPECTIVE JUROR:  I JUST THINK I WOULD, ESPECIALLY

02:32PM  14    IF THEY'RE WEARING A UNIFORM, LIKE IF IT WAS A POLICE OFFICER

02:32PM  15    IN A UNIFORM.  I DON'T KNOW IF IT'S LIKE ATTORNEYS AND STUFF

02:33PM  16    LIKE THAT --

02:33PM  17        (LAUGHTER.)

02:33PM  18        PROSPECTIVE JUROR:  SORRY, GUYS.

02:33PM  19        THE COURT:  OKAY.  ALL RIGHT.  WELL, THANK YOU.  WE

02:33PM  20    ASK YOU TO BE CANDID, AND WE APPRECIATE YOUR COMMENTS.

02:33PM  21        I DON'T THINK THAT -- THIS WAS TOUCHED ON YESTERDAY.  I

02:33PM  22    DON'T BELIEVE THAT THERE'S GOING TO BE WITNESSES WHO WILL

02:33PM  23    TESTIFY IN THE TRADITIONAL POLICE UNIFORMS.  I DON'T THINK THAT

02:33PM  24    TYPE OF LAW ENFORCEMENT IS INVOLVED IN THIS CASE.

02:33PM  25        IS THAT ACCURATE, MR. SCHENK?

02:33PM   1          MR. SCHENK:  YES, THAT IS CORRECT.

02:33PM   2          PROSPECTIVE JUROR:  OKAY.

02:33PM   3          THE COURT:  BUT YOU MIGHT HEAR REPRESENTATIVES FROM

02:33PM   4   DIFFERENT GOVERNMENTAL AGENCIES WHO MIGHT TESTIFY IN AN

02:33PM   5   INVESTIGATIVE FASHION, OR A REGULATORY AGENCY WHO WILL TALK

02:33PM   6   ABOUT THE RESULT OF THEIR INVESTIGATION.

02:33PM   7       YOU'RE SHAKING YOUR HEAD LEFT AND RIGHT.

02:33PM   8          PROSPECTIVE JUROR:  NO.  LIKE YOU SAID ONE OF THESE

02:33PM   9   GUYS ARE FBI.  NEY.  SORRY, BUT NEY.

02:33PM  10          THE COURT:  OKAY.  ALL RIGHT.

02:34PM  11          PROSPECTIVE JUROR:  IT'S MORE LIKE POLICE OFFICER

02:34PM  12   UNIFORM, SHERIFF UNIFORM GUYS.

02:34PM  13          THE COURT:  OKAY.

02:34PM  14          PROSPECTIVE JUROR:  I JUST HAVE A TENDENCY TO -- AND

02:34PM  15   IT'S JUST LEFT OVER FROM STUFF IN MY CHILDHOOD AND STUFF.

02:34PM  16          THE COURT:  THANK YOU.

02:34PM  17          PROSPECTIVE JUROR:  SO, YEAH.

02:34PM  18          THE COURT:  NO.  THAT'S THE ANSWER.  THANK YOU.

02:34PM  19   THANK YOU.

02:34PM  20       ANYONE ELSE?

02:34PM  21       YES, LET'S COME BACK TO -- OH, I'M SORRY.  IS THERE ANYONE

02:34PM  22   BACK --

02:34PM  23          PROSPECTIVE JUROR:  WHERE AM I GOING?  BACKWARDS?

02:34PM  24          THE COURT:  YES.

02:34PM  25          PROSPECTIVE JUROR:  THERE YOU GO.

02:34PM  1          THE COURT:  IS THIS MR. BUI?

02:34PM  2          PROSPECTIVE JUROR:  HI.  I'M 157.

02:34PM  3          THE COURT:  MR. BUI, YES.

02:34PM  4          PROSPECTIVE JUROR:  YEAH.  SO I THINK I WOULD BE A

02:34PM  5  LITTLE MORE INCLINED TO BELIEVE A PERSON OR OFFICERS, YOU KNOW,

02:34PM  6  THAT IS INVOLVED IN THE CASE AND GIVING EVIDENCE.

02:34PM  7          YOU KNOW, IF THEY WERE TO TESTIFY AND I'M LISTENING TO,

02:34PM  8  YOU KNOW, THEIR TESTIMONY, I WOULD BE MORE INCLINED TO BELIEVE

02:35PM  9  THAT THEY HAVE, YOU KNOW, MORE EXPERIENCE AND MORE WEIGHT TO

02:35PM 10  WHAT IS GOING ON.  THAT'S KIND OF WHERE I'M LEANING TO A LITTLE

02:35PM 11  BIT.

02:35PM 12          THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

02:35PM 13          LET'S PASS THE MICROPHONE TO MS. LOCKWOOD, PLEASE.

02:35PM 14          (PAUSE IN PROCEEDINGS.)

02:35PM 15          THE COURT:  MS. LOCKWOOD.

02:35PM 16          PROSPECTIVE JUROR:  I WOULD ALMOST GIVE THEM LESS

02:35PM 17  WEIGHT BECAUSE OF MY PAST EXPERIENCES.  YOU KNOW, POLICE

02:36PM 18  OFFICERS, AGENTS, EVERYBODY IS STILL HUMAN AT THE END OF THE

02:36PM 19  DAY, AND MAYBE IT'S JUST MY LUCK OF THE DRAW, BUT I HAVE NOT

02:36PM 20  ALWAYS ENDED UP ON THE GREAT SIDE OF LAW ENFORCEMENT AND SO

02:36PM 21  THAT HAS -- I WILL ADMIT THAT HAS COLORED HOW I VIEW THEIR

02:36PM 22  TESTIMONY.

02:36PM 23          THE COURT:  OKAY.  ALL RIGHT.

02:36PM 24          PROSPECTIVE JUROR:  YOU KNOW, JUST BECAUSE OF A

02:36PM 25  POSITION OF POWER, I FEEL THAT IT HOLDS MORE RESPONSIBILITY TO

02:36PM 1    BE MORE HONEST, HAVE MORE INTEGRITY, AND THAT'S NOT WHAT I HAVE

02:36PM 2    PERSONALLY EXPERIENCED FROM LAW ENFORCEMENT.

02:36PM 3              THE COURT:  I SEE.  OKAY.

02:36PM 4        SO DO YOU THINK YOU WOULD -- IF YOU HEARD TESTIMONY FROM,

02:36PM 5    AND YOU HEARD ME AND MR. SCHENK TALK, THERE WON'T BE POLICE

02:36PM 6    OFFICERS WITH BADGES AND UNIFORMS, BEAT COPS, THEY'RE NOT IN

02:36PM 7    THIS CASE.

02:36PM 8        THEY MIGHT BE PEOPLE FROM AGENCIES WHO ARE IN THE

02:36PM 9    CAPACITY, THEIR JOB TITLE MIGHT BE AN INVESTIGATOR, AN

02:36PM 10   INSPECTOR, SOMETHING LIKE THAT, BUT THEY'RE NOT OUT GIVING

02:37PM 11   SPEEDING TICKETS AND ARRESTING PEOPLE ON THE STREET, THAT TYPE

02:37PM 12   OF THING.

02:37PM 13        DOES THAT MAKE A DISTINCTION FOR YOU THAT IS MORE --

02:37PM 14              PROSPECTIVE JUROR:  NOT REALLY BECAUSE IT'S STILL A

02:37PM 15   POSITION OF POWER THAT THEY HAVE OVER JUST THE AVERAGE PERSON

02:37PM 16   OUT THERE.

02:37PM 17              THE COURT:  I SEE.  I SEE.  OKAY.  ALL RIGHT.  THANK

02:37PM 18   YOU.  THANK YOU FOR THAT.

02:37PM 19        ANYONE ELSE IN RESPONSE TO THIS QUESTION?

02:37PM 20        I SEE NO HANDS.

02:37PM 21        DO ANY OF YOU HAVE ANY OPINIONS ABOUT THE UNITED STATES

02:37PM 22   GOVERNMENT OR THE STATE OF CALIFORNIA, OR ANY FEDERAL OR STATE

02:37PM 23   LAW ENFORCEMENT AGENT OR AGENCY THAT MAY AFFECT YOUR ABILITY TO

02:37PM 24   BE FAIR AND IMPARTIAL IN THIS CASE AS A JUROR?

02:37PM 25        I SEE NO HANDS.

02:37PM   1          IS ANYONE OF THE OPINION THAT THE CRIMINAL JUSTICE SYSTEM

02:37PM   2     IS FUNDAMENTALLY UNFAIR IN SOME WAY SUCH THAT YOUR ABILITY TO

02:37PM   3     BE FAIR AND IMPARTIAL MIGHT BE IMPAIRED?  ANYONE JUST FEEL THAT

02:37PM   4     ABOUT THE CRIMINAL JUSTICE SYSTEM?

02:37PM   5          I SEE NO HANDS.

02:37PM   6          A DEFENDANT IN A CRIMINAL CASE IS PRESUMED TO BE INNOCENT.

02:38PM   7     THIS PRESUMPTION REQUIRES THE GOVERNMENT TO PROVE EACH ELEMENT

02:38PM   8     OF THE CRIME BEYOND A REASONABLE DOUBT.  PROOF BEYOND A

02:38PM   9     REASONABLE DOUBT IS PROOF THAT LEAVES YOU FIRMLY CONVINCED THAT

02:38PM  10     THE DEFENDANT IS GUILTY.

02:38PM  11          IT IS NOT REQUIRED THAT THE GOVERNMENT PROVE GUILT BEYOND

02:38PM  12     ALL POSSIBLE DOUBT.  A REASONABLE DOUBT IS A DOUBT THAT IS

02:38PM  13     BASED ON REASON AND COMMON SENSE AND IS NOT BASED PURELY ON

02:38PM  14     SPECULATION.

02:38PM  15          IT MAY ARISE FROM A CAREFUL AND IMPARTIAL CONSIDERATION OF

02:38PM  16     ALL OF THE EVIDENCE OR FROM LACK OF EVIDENCE.

02:38PM  17          IF AFTER A CAREFUL AND IMPARTIAL CONSIDERATION OF ALL OF

02:38PM  18     THE EVIDENCE YOU ARE NOT CONVINCED BEYOND A REASONABLE DOUBT

02:38PM  19     THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY TO FIND THE

02:38PM  20     DEFENDANT NOT GUILTY.

02:38PM  21          ON THE OTHER HAND, IF AFTER A CAREFUL AND IMPARTIAL

02:38PM  22     CONSIDERATION OF ALL OF THE EVIDENCE YOU ARE CONVINCED BEYOND A

02:39PM  23     REASONABLE DOUBT THAT THE DEFENDANT IS GUILTY, IT IS YOUR DUTY

02:39PM  24     TO FIND THE DEFENDANT GUILTY.

02:39PM  25          DOES ANYONE HAVE ANY QUARREL WITH THIS STATEMENT, THIS

02:39PM 1      PRESUMPTION OF INNOCENCE?

02:39PM 2            IS THERE ANYONE WHO CANNOT ABIDE BY, ABIDE BY THIS

02:39PM 3      INSTRUCTION AS TO THE PRESUMPTION OF INNOCENCE?

02:39PM 4            I SEE NO HANDS.

02:39PM 5            IS THERE ANYONE WHO BELIEVES THAT BECAUSE MS. HOLMES IS

02:39PM 6      PRESENT IN COURT ACCUSED OF THESE CHARGES SHE MUST BE GUILTY?

02:39PM 7            ANYONE FEEL THAT?

02:39PM 8            I SEE NO HANDS.

02:39PM 9            YOU UNDERSTAND THEN THAT AFTER HEARING ALL OF THE

02:39PM 10     EVIDENCE, IF YOU DETERMINE THAT THE GOVERNMENT HAS NOT MET

02:39PM 11     THEIR BURDEN OF PROVING THE CASE BEYOND A REASONABLE DOUBT, IT

02:39PM 12     WOULD BE YOUR DUTY TO FIND THE DEFENDANT NOT GUILTY?  YOU ALL

02:39PM 13     UNDERSTAND THAT?  ANYONE WHO DOESN'T?

02:39PM 14           I SEE NO HANDS ON THAT.

02:39PM 15           IF THAT WERE TO BE THE CASE, DO YOU THINK YOU COULD DO

02:39PM 16     THAT AND STILL FACE YOUR FRIENDS, FAMILY, AND MAKE THAT

02:40PM 17     DECISION WITHOUT FEAR OF CRITICISM FROM ANY OF THOSE

02:40PM 18     INDIVIDUALS OR MEDIA?

02:40PM 19           I SEE NO HANDS.

02:40PM 20           YOU HAVE SEEN A VIDEO THAT DISCUSSED THE TOPIC OF

02:40PM 21     UNCONSCIOUS BIAS, AND WE SHOW THIS TO YOU AS AN AID TO CONSIDER

02:40PM 22     YOUR JURY SERVICE AND THE TASK AHEAD OF YOU.  IT'S MEANT AS AN

02:40PM 23     EDUCATIONAL TOOL TO INFORM REGARDING RESEARCH AND STUDIES ON

02:40PM 24     THE ISSUES OF BIAS AND UNCONSCIOUS BIAS.

02:40PM 25           I HOPE YOU FOUND THAT VIDEO INFORMATIVE AND HELPFUL.

02:40PM 1        IN OUR NATION AND STATE WE HAVE CITIZENS, RESIDENTS, AND

02:40PM 2   NON-CITIZENS FROM MANY DIFFERENT RACES, ETHNIC AND CULTURAL

02:40PM 3   BACKGROUNDS.

02:40PM 4        IN THE JURISDICTION OF THIS COURT WE ENJOY A RICH

02:40PM 5   DIVERSITY OF INDIVIDUALS AND CULTURES.  UNDER THE LAW ALL

02:40PM 6   PEOPLE WHO APPEAR IN COURT REGARDLESS OF RACE, RELIGION, ETHNIC

02:40PM 7   HERITAGE, GENDER, AGE OR SEXUAL ORIENTATION ARE ENTITLED TO DUE

02:41PM 8   PROCESS OF LAW, AND WE GUARANTEE EACH PERSON THE RIGHT TO A

02:41PM 9   FAIR AND IMPARTIAL TRIAL.

02:41PM 10       WE ARE TO JUDGE EACH INDIVIDUAL AS WE WOULD WANT TO BE

02:41PM 11  JUDGED, THAT IS, FAIRLY AND IMPARTIALLY.

02:41PM 12       NOW, IT MAY APPEAR IN THE COURSE OF THIS TRIAL THAT MORE

02:41PM 13  THAN ONE PARTY, OR ATTORNEY, OR WITNESSES COME FROM A NATIONAL

02:41PM 14  OR RACIAL OR RELIGIOUS GROUP OR MAY HAVE A DIFFERENT LIFESTYLE

02:41PM 15  THAN YOUR OWN.

02:41PM 16       WOULD THIS IN ANY WAY AFFECT YOUR JUDGMENT OR THE WEIGHT

02:41PM 17  AND CREDIBILITY THAT YOU WOULD GIVE TO ANY EVIDENCE IN THIS

02:41PM 18  CASE?  ANYONE WHO FEELS THAT THAT WOULD AFFECT THEIR JUDGMENT

02:41PM 19  ON THIS ISSUE?

02:41PM 20       I SEE NO HANDS.

02:41PM 21       TO REACH A VERDICT THE JURY MUST BE UNANIMOUS.  DO YOU ALL

02:41PM 22  ACCEPT THE REQUIREMENT THAT A JURY MUST BE UNANIMOUS?

02:41PM 23       ANYONE WHO PARTS COMPANY WITH THAT?

02:41PM 24       I SEE NO HANDS.

02:41PM 25       DOES ANYONE FEEL THAT BECAUSE OF A PHILOSOPHICAL, MORAL OR

02:41PM  1    OTHER RELIGIOUS REASONS THEY CANNOT SIT AS A JUROR IN A

02:42PM  2    CRIMINAL CASE?  ANYONE HAVE THOSE FEELINGS?

02:42PM  3         I SEE NO HANDS.

02:42PM  4         AS A JUROR, AS I TOLD YOU, YOU'RE ASKED TO DETERMINE THE

02:42PM  5    FACTS AND WHETHER THE DEFENDANT DID, IN FACT, COMMIT THE ACTS

02:42PM  6    THAT CONSTITUTE THE OFFENSES CHARGED.  THAT'S YOUR TASK.

02:42PM  7         AS A JUROR, YOU ARE NOT TO CONSIDER NOR SPECULATE ON THE

02:42PM  8    QUESTION OF PUNISHMENT.  THAT QUESTION IS SOLELY IN THE

02:42PM  9    PROVINCE OF THE COURT.

02:42PM 10         IS THERE ANYONE WHO PARTS COMPANY WITH THAT?

02:42PM 11         I SEE NO HANDS.

02:42PM 12         IN OUR COURTS AN ACCUSED HAS THE RIGHT TO REMAIN SILENT

02:42PM 13    AND NOT TESTIFY.  A DEFENDANT MAY CHOOSE TO RELY ON THE STATE

02:42PM 14    OF THE EVIDENCE AT THE CONCLUSION OF THE GOVERNMENT'S CASE AND

02:42PM 15    PRESENT NO AFFIRMATIVE EVIDENCE.

02:42PM 16         DO YOU ALL ACCEPT THE DEFENDANT'S RIGHT UNDER THE

02:42PM 17    CONSTITUTION TO REMAIN SILENT AND THUS NOT TESTIFY IN THE CASE?

02:43PM 18    IS THERE ANYONE WHO PARTS COMPANY WITH THAT?

02:43PM 19         I SEE NO HANDS.

02:43PM 20         IF MS. HOLMES RELIES ON HER RIGHT NOT TO TESTIFY, WILL

02:43PM 21    ANYONE HOLD THAT AGAINST HER?

02:43PM 22         I SEE A HAND.  IS THAT MR. BUI?

02:43PM 23         YES, SIR, WE'LL GET THE MICROPHONE TO YOU.  157.

02:43PM 24              PROSPECTIVE JUROR:  TEST.

02:43PM 25              THE COURT:  YES, MR. BUI?

422

02:43PM 1      PROSPECTIVE JUROR:  HI.  YEAH, YOU KNOW, I THINK I

02:43PM 2  WOULD LIKE TO HEAR HER TESTIMONY AND HER SIDE OF, YOU KNOW,

02:43PM 3  WHAT SHE'S GOING THROUGH AND THE SIDE OF HER STORY AND

02:43PM 4  EXPERIENCE.

02:43PM 5      I UNDERSTAND THAT SHE'S NOT FORCED OR REQUIRED TO, BUT I

02:44PM 6  THINK FOR ME IT WOULD PROBABLY HELP ME, YOU KNOW, KIND OF

02:44PM 7  UNDERSTANDING WHAT IS HAPPENING IN THIS TRIAL.

02:44PM 8      THE COURT:  OKAY.  ALL RIGHT.  I APPRECIATE THAT.

02:44PM 9      BUT EARLIER I TALKED TO YOU ABOUT THE PRESUMPTION OF

02:44PM 10 INNOCENCE.  YOU REMEMBER THAT?

02:44PM 11     PROSPECTIVE JUROR:  SORT OF.

02:44PM 12     THE COURT:  OKAY.

02:44PM 13     (LAUGHTER.)

02:44PM 14     THE COURT:  WELL, WHAT IT MEANS, SIR, IS THAT WHEN

02:44PM 15 SOMEONE IS CHARGED WITH AN OFFENSE THEY ARE PRESUMED -- THE

02:44PM 16 PRESUMPTION IS THAT THEY ARE NOT GUILTY.  THIS PRESUMPTION THEN

02:44PM 17 REQUIRES THE GOVERNMENT TO PROVE THEIR GUILT BEYOND A

02:44PM 18 REASONABLE DOUBT.  I JUST CAN READ TO YOU THE INSTRUCTION, THE

02:44PM 19 REASONABLE DOUBT INSTRUCTION.

02:44PM 20     SO SOMEONE IN OUR COUNTRY WHO IS ACCUSED OF AN OFFENSE

02:44PM 21 DOES NOT HAVE TO PROVE THAT THEY'RE NOT GUILTY.  THAT'S WHAT

02:44PM 22 THAT CONCEPT MEANS.

02:45PM 23     DO YOU UNDERSTAND THAT?

02:45PM 24     PROSPECTIVE JUROR:  YEAH.  AND LIKE I SAID, I AGREE,

02:45PM 25 YOU KNOW, SHE IS PRESUMED TO BE NOT GUILTY, BUT I WOULD LIKE TO

| | |
|---|---|
| 02:45PM | 1 |
| 02:45PM | 2 |
| 02:45PM | 3 |
| 02:45PM | 4 |
| 02:45PM | 5 |
| 02:45PM | 6 |
| 02:45PM | 7 |
| 02:45PM | 8 |
| 02:45PM | 9 |
| 02:45PM | 10 |
| 02:45PM | 11 |
| 02:45PM | 12 |
| 02:46PM | 13 |
| 02:46PM | 14 |
| 02:46PM | 15 |
| 02:46PM | 16 |
| 02:46PM | 17 |
| 02:46PM | 18 |
| 02:46PM | 19 |
| 02:46PM | 20 |
| 02:46PM | 21 |
| 02:46PM | 22 |
| 02:46PM | 23 |
| 02:46PM | 24 |
| 02:46PM | 25 |

1  HEAR HER SIDE OF THE STORY AND TESTIMONY LIKE REGARDLESS.

2           THE COURT:  SURE.  I APPRECIATE THAT.

3      BUT THE WAY, THE WAY OUR LAW IS, IS THAT A DEFENDANT WHO

4  IS ACCUSED, BECAUSE THE GOVERNMENT HAS THE BURDEN OF PROOF, A

5  DEFENDANT COULD AT THE END OF A CASE NOT PUT ANY EVIDENCE ON

6  AND MAKE THE ARGUMENT THAT THE GOVERNMENT HAS NOT PROVED THEIR

7  CASE.  SOMEONE COULD DO THAT.  AND THEN THE JURY WILL HAVE TO

8  DECIDE, WELL, DID THEY PROVE THE CASE OR NOT?  THAT'S THE

9  ULTIMATE ISSUE.

10      DOES THAT HELP YOU WITH THAT CONCEPT?

11           PROSPECTIVE JUROR:  YEAH, I UNDERSTAND.  I WAS JUST

12  REALLY SHARING A THOUGHT/OPINION I GUESS.

13           THE COURT:  YEAH -- NO.  I'M NOT BEING CRITICAL OF

14  YOUR OPINION, SIR.  I'M JUST TRYING TO CLEAR UP THE PROCEDURE

15  THAT SOMEONE DOESN'T HAVE TO PUT EVIDENCE ON IF THEY DON'T WANT

16  TO.  IT'S ENTIRELY THEIR CHOICE.

17      I THINK I CAN APPRECIATE FROM A HUMAN STANDPOINT, GEE, I'D

18  LIKE TO HEAR, I'D LIKE TO HEAR WHAT THE OTHER SIDE IS, BUT I

19  SUPPOSE WHAT THAT SAYS IS THAT SOMEONE COULD HAVE CONFIDENCE IN

20  THEIR OWN CASE AND PERHAPS IN A CASE THAT THE GOVERNMENT HAS

21  NOT PROVED THEIR CASE AND SO WE DON'T HAVE TO PUT ANYTHING ON.

22      DO YOU SEE HOW THAT MIGHT WORK?

23      I AM SORRY?

24           PROSPECTIVE JUROR:  YEAH.

25           THE COURT:  DOES THAT HELP YOU IN ANY WAY?

02:46PM   1        YESTERDAY WE HAD A CONVERSATION WITH SOMEONE ABOUT THIS

02:46PM   2    AND I THINK IT CAME TO AN OPPORTUNITY TO PUT A DEFENSE ON OR AN

02:46PM   3    OBLIGATION TO PUT A DEFENSE ON.  TWO DIFFERENT THINGS.

02:46PM   4        IN OUR CRIMINAL JUSTICE SYSTEM EVERYBODY HAS THE

02:47PM   5    OPPORTUNITY TO PUT A CASE ON; HOWEVER, THEY HAVE NO OBLIGATION

02:47PM   6    TO DO SO.

02:47PM   7        DOES THAT HELP YOU A LITTLE BIT WITH THAT CONCEPT?

02:47PM   8            PROSPECTIVE JUROR:  YEAH, UNDERSTOOD.

02:47PM   9            THE COURT:  OKAY.  ANY OTHER QUESTION OR ANYTHING

02:47PM  10    ELSE YOU WOULD LIKE ME TO KNOW ABOUT THAT QUESTION?

02:47PM  11            PROSPECTIVE JUROR:  NO.

02:47PM  12            THE COURT:  OKAY.  LET'S SEE.  I THINK I ASKED YOU

02:47PM  13    WHETHER YOU KNEW ANYONE WHO WAS A LAWYER OR A CRIMINAL DEFENSE

02:47PM  14    OR PROSECUTION OR DEFENSE, AND I THINK I GOT A RESPONSE.

02:47PM  15        ANYONE ELSE WANT TO RESPOND TO THAT QUESTION?

02:47PM  16        I SEE NO HANDS.

02:48PM  17        HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED WITH OR

02:48PM  18    APPEARED AS A DEFENDANT OR A VICTIM OR A WITNESS IN ANY

02:48PM  19    INVESTIGATION BY A GOVERNMENT AGENCY, WHICH INCLUDES POLICE

02:48PM  20    DEPARTMENTS, SHERIFF OFFICES, ANY FEDERAL INVESTIGATION OR

02:48PM  21    ANYTHING ELSE, PROSECUTION THAT YOU'VE BEEN INVOLVED WITH?

02:48PM  22        AND IF ANYONE WANTS TO SPEAK PRIVATELY ABOUT THAT, WE CAN,

02:48PM  23    OF COURSE, DO THAT.

02:48PM  24        MR. MURPHY, I SAW YOUR HAND UP.  DO YOU NEED THE

02:48PM  25    MICROPHONE?

02:48PM 1          PROSPECTIVE JUROR:  DO I NEED THIS?

02:48PM 2          THE COURT:  YOU KNOW, THE MOST IMPORTANT PERSON FOR

02:48PM 3     HEARING IN THE COURTROOM, SIR, IS OUR COURT REPORTER.  SO LET'S

02:48PM 4     GET THAT MICROPHONE FOR HER.

02:48PM 5          PROSPECTIVE JUROR:  IS IT ON?

02:48PM 6          THE COURT:  NOT YET.

02:48PM 7          PROSPECTIVE JUROR:  I WAS CALLED AS A WITNESS IN A

02:48PM 8     CASE BY THE DISTRICT ATTORNEY AND I -- I'M SORRY, I DON'T

02:48PM 9     REMEMBER THE EXACT YEAR.  I WANT TO SAY 2014.  IT WAS A CASE

02:49PM 10    AGAINST A PHYSICIAN FOR -- I DON'T KNOW WHAT THE WORD WOULD

02:49PM 11    BE -- I GUESS FRAUD FOR RECEIVING RESEARCH FUNDS.

02:49PM 12        AND ANOTHER POSITION THAT I HELD IN THE COUNTY WAS THE

02:49PM 13    RESEARCH ADMINISTRATOR AT THE VALLEY MEDICAL CENTER, AND I WAS

02:49PM 14    NOT, I GUESS, A PARTY TO THE CASE, AND I WAS JUST BROUGHT IN TO

02:49PM 15    EXPLAIN THE RESEARCH ADMINISTRATION PROCESS.

02:49PM 16         THE COURT:  OKAY.  WAS THAT IN STATE COURT, SIR?

02:49PM 17    WERE THOSE CASES --

02:49PM 18         PROSPECTIVE JUROR:  I THINK IT WAS COUNTY COURT.

02:49PM 19         THE COURT:  RIGHT, SUPERIOR COURT.

02:49PM 20         PROSPECTIVE JUROR:  SUPERIOR COURT.

02:49PM 21         THE COURT:  WAS IT ON HEDDING STREET OR FIRST

02:49PM 22    STREET?

02:49PM 23         PROSPECTIVE JUROR:  HEDDING.

02:49PM 24         THE COURT:  THAT'S THE CRIMINAL COURT?

02:49PM 25         PROSPECTIVE JUROR:  YEAH.

02:49PM   1          THE COURT:  SO IT WAS A CRIMINAL PROSECUTION?

02:49PM   2          PROSPECTIVE JUROR:  YEAH.

02:49PM   3          THE COURT:  AND WERE YOU SWORN AND TOOK THE STAND

02:49PM   4     AND TESTIFIED?

02:49PM   5          PROSPECTIVE JUROR:  YES.

02:49PM   6          THE COURT:  A LAWYER ASKED YOU QUESTIONS?

02:49PM   7          PROSPECTIVE JUROR:  YES.

02:49PM   8          THE COURT:  A LAWYER FROM COUNTY COUNSEL OR D.A.?

02:49PM   9          PROSPECTIVE JUROR:  DISTRICT ATTORNEY.

02:49PM  10          THE COURT:  AND THEN YOU WERE ASKED QUESTIONS BY A

02:49PM  11     DEFENSE COUNSEL?

02:49PM  12          PROSPECTIVE JUROR:  I DON'T THINK I WAS.  I DON'T

02:49PM  13     REMEMBER SPECIFICALLY.

02:49PM  14          THE COURT:  IT SOUNDS LIKE IT WASN'T MEMORABLE.

02:50PM  15        (LAUGHTER.)

02:50PM  16          PROSPECTIVE JUROR:  WELL, I THINK I DID A GOOD JOB.

02:50PM  17     I WAS ACCURATE.

02:50PM  18          THE COURT:  OKAY.  ALL RIGHT.

02:50PM  19        AND HOW LONG WERE YOU -- HOW LONG DID YOU TESTIFY?

02:50PM  20          PROSPECTIVE JUROR:  MAYBE TEN MINUTES.

02:50PM  21          THE COURT:  I SEE.  OKAY.

02:50PM  22        AND WAS THAT JUST THIS ONE TIME OR WERE THERE --

02:50PM  23          PROSPECTIVE JUROR:  JUST THE ONE TIME.

02:50PM  24          THE COURT:  GOTCHA.  THANK YOU.

02:50PM  25        LET ME GO BACK BEHIND YOU TO YOUR LEFT, MR. MURPHY.

02:50PM 1        JUROR NUMBER 143.

02:50PM 2            PROSPECTIVE JUROR:  YES.

02:50PM 3            THE COURT:  YES, MS. ELSHENITI, YES.

02:50PM 4            PROSPECTIVE JUROR:  YES.  I WANT TO MAKE SURE IS IT

02:50PM 5    ONLY IN THE U.S. COURT OR IT MIGHT BE OUT OF THE UNITED STATES

02:50PM 6    BECAUSE I HAVE A CASE FOR MY BROTHER WHO WAS DETAINED IN EGYPT

02:50PM 7    AND HE STILL -- HIS CASE IS UNDER INVESTIGATION FOR TWO YEARS.

02:50PM 8    NOW HE'S IN PRISON.  THIS IS LIKE A BIG THING FOR ME.

02:51PM 9            THE COURT:  YES, OF COURSE.

02:51PM 10           PROSPECTIVE JUROR:  IT'S A POLITICAL THING BECAUSE

02:51PM 11   HE'S ACCUSED OF SCHEMING THROUGH THE GOVERNMENT OR SOMETHING

02:51PM 12   LIKE THAT.

02:51PM 13           THE COURT:  WERE YOU INVOLVED IN THAT CASE OR ARE

02:51PM 14   YOU INVOLVED IN THAT CASE?

02:51PM 15           PROSPECTIVE JUROR:  I'M NOT INVOLVED.

02:51PM 16           THE COURT:  ALL RIGHT.  THANK YOU FOR SHARING THAT.

02:51PM 17       LET'S GO BACK IF WE CAN PASS IT UPFRONT, PLEASE, TO

02:51PM 18   MS. MASON-BURCHELL.

02:51PM 19           PROSPECTIVE JUROR:  YES.  WITH MY JOB PROBABLY ABOUT

02:51PM 20   TEN YEARS AGO I WAS SUED THROUGH MY JOB WITH WAL-MART AS THE

02:51PM 21   STORE MANAGER FOR WRONGFUL TERMINATION.

02:51PM 22       AND SHE FELT THAT IT WAS DEFAMATION OF CHARACTER, AND SO

02:51PM 23   SHE TOOK ME AND THE TERMINATING MANAGER TO COURT.  AND IT WAS

02:51PM 24   PROBABLY LIKE A TEN MINUTE PART, AND THAT'S THE ONLY OTHER

02:51PM 25   THING I HAD TO DEAL WITH.

02:51PM 1     THE COURT:  WAS THAT HERE IN OUR SUPERIOR COURT?

02:52PM 2     PROSPECTIVE JUROR:  IT ACTUALLY WAS SACRAMENTO

02:52PM 3 COUNTY.

02:52PM 4     THE COURT:  OH, OKAY.  HOW LONG AGO WAS THAT?  I'M

02:52PM 5 SORRY?

02:52PM 6     PROSPECTIVE JUROR:  IT'S PROBABLY 10 OR 12 YEARS.

02:52PM 7     THE COURT:  ALL RIGHT.  THANK YOU.

02:52PM 8  ANYONE ELSE?

02:52PM 9  I SEE NO HANDS.

02:52PM 10  LET ME ASK THOSE OF YOU WHO ANSWERED THAT QUESTION,

02:52PM 11 MS. MASON-BURCHELL, AND MS. ELSHENITI, AND MR. MURPHY, IS THERE

02:52PM 12 ANYTHING ABOUT THOSE EXPERIENCES THAT YOU THINK WILL AFFECT

02:52PM 13 YOUR ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

02:52PM 14  MR. MURPHY, YOU'RE SHAKING YOUR HEAD SIDE TO SIDE NO I

02:52PM 15 TAKE THAT?  NO?

02:52PM 16     PROSPECTIVE JUROR:  NO.

02:52PM 17     THE COURT:  OKAY.  THANK YOU VERY MUCH.  THANK YOU.

02:52PM 18  HAVE YOU OR ANYONE CLOSE TO YOU EVER BEEN INVOLVED IN ANY

02:52PM 19 LITIGATION -- THIS IS FOR THE PANEL -- ANY LITIGATION OR CLAIMS

02:52PM 20 AGAINST THE UNITED STATES GOVERNMENT, THE STATE OF CALIFORNIA,

02:52PM 21 OR ANY OTHER STATE OR MUNICIPAL GOVERNMENTAL AGENCY?

02:53PM 22  ANYONE BEEN IN LITIGATION WITH THE GOVERNMENT, STATE,

02:53PM 23 FEDERAL, AND MUNICIPAL?

02:53PM 24  I SEE NO HANDS.

02:53PM 25  CAN ANY OF YOU THINK OF ANY OTHER REASON WHY YOU MIGHT NOT

02:53PM  1      BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY BOTH TO THE

02:53PM  2      GOVERNMENT OR THE DEFENSE OR WHY YOU SHOULD NOT BE ON THIS

02:53PM  3      JURY?

02:53PM  4           ANYTHING ELSE A PARTY WISHES TO RAISE?

02:53PM  5           I SEE NO HANDS.

02:53PM  6           OH, I DO SEE A HAND.

02:53PM  7           YES, LET'S PASS IT BACK, PLEASE.

02:53PM  8           IS THAT MR. PERALTA?  166.

02:53PM  9           YOU HAVE A RESPONSE TO THIS, SIR?

02:53PM  10               PROSPECTIVE JUROR:  CORRECT.

02:53PM  11               THE COURT:  IS THIS MR. LEE?

02:53PM  12               PROSPECTIVE JUROR:  IT'S ONLY I HAVE A FEW WEDDINGS

02:53PM  13      TO ATTEND, AND I'M A GROOMSMAN, AND THOSE ARE OUT OF THE STATE

02:53PM  14      AS WELL.

02:53PM  15               THE COURT:  AND WHEN ARE THOSE?

02:54PM  16               PROSPECTIVE JUROR:  ONE I BELIEVE IN PARTICULAR

02:54PM  17      WOULD BE DECEMBER 3RD.  I NEED TO BE THERE ON A FRIDAY, AND THE

02:54PM  18      WEDDING HAPPENS ON SATURDAY.  IT'S IN HAWAII.

02:54PM  19               THE COURT:  IT'S IN HAWAII.  OKAY.

02:54PM  20               PROSPECTIVE JUROR:  AND THEN THERE ARE TWO OTHER

02:54PM  21      WEDDINGS THAT I'M SCHEDULED TO ATTEND ON THE COURT DATES.

02:54PM  22               THE COURT:  AND WHEN ARE THOSE?

02:54PM  23               PROSPECTIVE JUROR:  ONE WOULD BE DECEMBER -- IT'S A

02:54PM  24      TUESDAY.  I CAN PULL UP THE CALENDAR REAL QUICK?  I BELIEVE

02:54PM  25      IT'S THE 21ST WOULD BE ONE THAT IS ON TUESDAY, AND THEN THE ONE

02:54PM 1    THAT I'M A GROOMSMAN FOR WOULD BE ON -- IT'S ON DECEMBER 4TH,

02:54PM 2    BUT I NEED TO BE IN HAWAII ON THE 3RD.

02:54PM 3              THE COURT:  SO IT'S THOSE TWO WEDDINGS?

02:54PM 4              PROSPECTIVE JUROR:  CORRECT.

02:54PM 5              THE COURT:  THANK YOU, SIR.

02:54PM 6         LET'S PASS IT BACK NOW TO MR. PERALTA, PLEASE.

02:55PM 7              PROSPECTIVE JUROR:  TWO WEEKS AGO I WAS -- I HAVE MY

02:55PM 8    MRI ON MY HEAD BECAUSE OF THE PERSISTENT HEADACHE.  I WENT TO

02:55PM 9    MY NEUROLOGIST, AND HE PRESCRIBED ME A MEDICATION FOR

02:55PM 10   ANTIDEPRESSANT, SOMETHING LIKE THAT, AND FOR PAIN WHICH IS VERY

02:55PM 11   UNCOMFORTABLE FOR ME WHEN I'M DOING MY WORK IN -- MY DAY WORK.

02:55PM 12        SO AS A SUPERVISOR OF THE POST OFFICE, IT'S HARD FOR ME TO

02:55PM 13   CONCENTRATE BECAUSE OF THE PERSISTENT HEADACHE THAT I'M HAVING

02:55PM 14   RIGHT NOW SO.

02:55PM 15             THE COURT:  DO YOU HAVE THAT HEADACHE NOW, SIR,

02:56PM 16   DURING THESE PROCEEDINGS?

02:56PM 17             PROSPECTIVE JUROR:  YEAH.  THIS MORNING I HAVE IT.

02:56PM 18             THE COURT:  I SEE.  AND YOU TOOK YOUR MEDICATION?

02:56PM 19             PROSPECTIVE JUROR:  YES, I HAVE IT IN MY CAR.  I

02:56PM 20   JUST TAKE IT A WHILE AGO.

02:56PM 21             THE COURT:  I SEE.  ALL RIGHT.  AND THAT HELPS YOU

02:56PM 22   IN THIS?

02:56PM 23             PROSPECTIVE JUROR:  IT IS.

02:56PM 24             THE COURT:  ALL RIGHT.  IS THAT SOMETHING THAT WOULD

02:56PM 25   BE A CONTINUING CONDITION?

02:56PM 1          PROSPECTIVE JUROR:  I HAVE NO IDEA, YOUR HONOR,

02:56PM 2    BECAUSE I STILL HAVE ANOTHER APPOINTMENT ON SEPTEMBER 20TH.

02:56PM 3          THE COURT:  I SEE.  ALL RIGHT, SIR.  AND WHEN YOU

02:56PM 4    GET THESE HEADACHES, YOU TOLD US ABOUT THIS IN THE

02:56PM 5    QUESTIONNAIRE AND YOU HAVE SOME HEADACHES AND IT CAUSES YOU

02:56PM 6    SOME DISCOMFORT?

02:56PM 7          PROSPECTIVE JUROR:  CORRECT.

02:56PM 8          THE COURT:  AN INABILITY TO FOCUS?

02:56PM 9          PROSPECTIVE JUROR:  YES, YOUR HONOR.

02:56PM 10          THE COURT:  ALL RIGHT.  ANYTHING ELSE?

02:56PM 11          PROSPECTIVE JUROR:  AND BESIDES THAT I'M THE ONLY

02:56PM 12    ONE LEFT IN MY OFFICE.

02:56PM 13          THE COURT:  YES, YOU'RE MISSING OVERTIME.

02:56PM 14          PROSPECTIVE JUROR:  YES, WE'RE HIDING THOSE.

02:56PM 15          THE COURT:  ALL RIGHT.  THANK YOU.  ANY QUESTIONS,

02:56PM 16    MR. SCHENK?

02:56PM 17          MR. SCHENK:  NO, YOUR HONOR.

02:56PM 18          MR. DOWNEY:  NOTHING, YOUR HONOR.

02:56PM 19          THE COURT:  ALL RIGHT.  THANK YOU, MR. PERALTA.

02:56PM 20    THANK YOU VERY MUCH.

02:57PM 21        ALL RIGHT.  ANYTHING?  ANY OTHER RESPONSES TO THIS

02:57PM 22    QUESTION?

02:57PM 23          PROSPECTIVE JUROR:  CAN YOU REPEAT THE QUESTION

02:57PM 24    AGAIN?

02:57PM 25          THE COURT:  CAN YOU THINK OF ANY OTHER REASON WHY

02:57PM    1    YOU MIGHT NOT BE ABLE TO TRY THIS CASE FAIRLY AND IMPARTIALLY

02:57PM    2    BOTH TO THE GOVERNMENT AND THE DEFENSE OR WHY YOU SHOULD NOT BE

02:57PM    3    ON THIS JURY?

02:57PM    4              PROSPECTIVE JUROR:  YEAH.  SO --

02:57PM    5              THE COURT:  THIS IS MR. BUI, I BELIEVE, YOU'RE JUROR

02:57PM    6    NUMBER --

02:57PM    7              PROSPECTIVE JUROR:  -- 157.

02:57PM    8              THE COURT:  THANK YOU.

02:57PM    9              PROSPECTIVE JUROR:  AND SO THERE ARE MULTIPLE

02:57PM   10    REASONS WHY I WOULDN'T BE AVAILABLE FOR THIS JURY.  ONE IS I AM

02:57PM   11    CONTRACTED --

02:57PM   12              THE COURT:  I THINK YOU TOLD US IN ANSWER TO

02:57PM   13    QUESTION NUMBER 1, SIR, THAT YOU JUST PURCHASED A NEW HOME; IS

02:57PM   14    THAT RIGHT?

02:57PM   15              PROSPECTIVE JUROR:  YEAH, NOT PURCHASED, BUT WE JUST

02:57PM   16    STARTED RENTING A NEW HOME.

02:57PM   17              THE COURT:  AND I THINK YOU TOLD US THAT YOUR WORK

02:57PM   18    IS IMPORTANT BECAUSE IF YOU DON'T WORK, YOU WOULD LOSE YOUR

02:58PM   19    HOUSE I THINK; IS THAT RIGHT?

02:58PM   20              PROSPECTIVE JUROR:  YEAH.  AND SO IT'S JUST ME AND

02:58PM   21    MY GIRLFRIEND LIVING THERE, AND I'M TRYING TO GET CONVERTED TO

02:58PM   22    WORKING AS A PERMANENT WORKER AT THIS COMPANY, WHICH WILL BE

02:58PM   23    REVIEWED NEXT MONTH.

02:58PM   24              THE COURT:  ALL RIGHT.  THANK YOU, SIR.

02:58PM   25         I'VE READ YOUR QUESTIONNAIRE, AND I'VE READ YOUR RESPONSE.

02:58PM 1    I HAD AN AFFIRMATIVE RESPONSE TO ONE OF THE QUESTIONS AS TO

02:58PM 2    SELECTIONS IN THIS CASE.

02:58PM 3         ANY FURTHER QUESTIONS, MR. SCHENK?

02:58PM 4              MR. SCHENK:  NO, YOUR HONOR.

02:58PM 5              MR. DOWNEY:  NOTHING, YOUR HONOR.

02:58PM 6              THE COURT:  ALL RIGHT.  THANK YOU.

02:58PM 7         ANYONE HAVE ANY FURTHER RESPONSE TO THIS QUESTION?

02:58PM 8         LET'S PASS IT OVER TO JUROR NUMBER 143.

02:58PM 9              PROSPECTIVE JUROR:  IS IT ON?  162.

02:58PM 10             THE COURT:  162.  I'M SORRY, MS. GLIK.

02:59PM 11             PROSPECTIVE JUROR:  I'M A LITTLE BIT CONCERNED ABOUT

02:59PM 12   MY ENGLISH.

02:59PM 13             MADAM COURT REPORTER:  SPEAK UP.

02:59PM 14             PROSPECTIVE JUROR:  SO AS I SAID, I'M JUST A LITTLE

02:59PM 15   WORRIED ABOUT MY ENGLISH.  I THINK IT'S GOOD.  I'M NOT SURE

02:59PM 16   IT'S GOOD ENOUGH FOR THIS TRIAL.

02:59PM 17             THE COURT:  OKAY.  ALL RIGHT.

02:59PM 18        HAVE YOU UNDERSTOOD?

02:59PM 19             PROSPECTIVE JUROR:  I HAVE UNDERSTOOD EVERYTHING.

02:59PM 20             THE COURT:  OKAY.

02:59PM 21             PROSPECTIVE JUROR:  BUT I'M NOT SURE DURING THE

02:59PM 22   TRIAL I WILL UNDERSTAND.

02:59PM 23             THE COURT:  WELL, I KNOW THAT THESE LAWYERS, ONE OF

02:59PM 24   THEIR JOBS IS TO MAKE THEIR CASES AND MAKE THEIR QUESTIONS

02:59PM 25   ACCESSIBLE AND TO MAKE IT UNDERSTANDABLE FOR THE JURY.  THAT'S

02:59PM  1      SOMETHING THAT ALL LAWYERS DO.

02:59PM  2                  PROSPECTIVE JUROR:  OKAY.

02:59PM  3                  THE COURT:  SO I'M SURE THESE LAWYERS ARE GOING TO

02:59PM  4      DO THEIR BEST TO ACCOMPLISH THAT AS WELL.

02:59PM  5          SO THANK YOU FOR POINTING THAT OUT.  THANK YOU.

02:59PM  6                  PROSPECTIVE JUROR:  THANK YOU.

02:59PM  7                  THE COURT:  YOU'RE WELCOME.

03:00PM  8                  PROSPECTIVE JUROR:  NUMBER 155.

03:00PM  9                  THE COURT:  YES, MS. MARTINEZ.

03:00PM  10                 PROSPECTIVE JUROR:  YES.  BEFORE I CAME WE HAD SOME

03:00PM  11     STAFFING ISSUES AT WORK, AND AS OF LAST WEEK WE'VE LOST TWO

03:00PM  12     OTHER TEACHERS THAT HAVE RESIGNED, AND THEY'VE BEEN TEXTING ME

03:00PM  13     THROUGHOUT THIS PROCEEDING THAT IF I'M GOING TO BE PICKED FOR

03:00PM  14     JURY DUTY BECAUSE I'M THE ONLY OTHER TEACHER FOR THIS CLASSROOM

03:00PM  15     AND BECAUSE OF COVID RESTRICTIONS, WE CAN'T HAVE OTHER TEACHERS

03:00PM  16     STEP INTO MY CLASSROOM.

03:00PM  17         SO I'M JUST CONCERNED THAT IT'S 13 WEEKS BECAUSE THEY MAY

03:00PM  18     HAVE TO HIRE SOMEONE FOR THE DAYS THAT I MIGHT BE OFF, AND THAT

03:00PM  19     IS AN ISSUE BECAUSE WE HAVE STAFFING PROBLEMS.  PEOPLE DON'T

03:00PM  20     WANT TO COME AND WORK WITH SMALL CHILDREN BECAUSE THEY'RE

03:00PM  21     EITHER AFRAID OR THEY DON'T LIKE THE HOURS.  AND I'M JUST

03:01PM  22     CONCERNED THAT BEING SUCH A LONG TRIAL THAT IT WILL IMPACT MY

03:01PM  23     CLASSROOM AND MY ABILITY TO WORK WITH THE CHILDREN IF I'M HERE

03:01PM  24     THE WHOLE TIME.

03:01PM  25                 THE COURT:  SURE.  ALL RIGHT.  THANK YOU.  THANK YOU

03:01PM   1    FOR THAT.

03:01PM   2           ANY QUESTIONS MR. SCHENK?

03:01PM   3              MR. SCHENK:  NO.

03:01PM   4              THE COURT:  MR. DOWNEY, ANY QUESTIONS?

03:01PM   5              MR. DOWNEY:  NO.

03:01PM   6              THE COURT:  ALL RIGHT.  THANK YOU.

03:01PM   7              PROSPECTIVE JUROR:  SO I HAVE A SIMILAR CONCERN.

03:01PM   8              THE COURT:  OKAY.  I'M SORRY.  THIS IS JUROR

03:01PM   9    NUMBER 143.

03:01PM  10              PROSPECTIVE JUROR:  143, CORRECT.

03:01PM  11              THE COURT:  YES.

03:01PM  12              PROSPECTIVE JUROR:  SO I HAVE A SIMILAR CONCERN.  I

03:01PM  13    WORK AS A TEACHER IN A PRIVATE NONPROFIT SCHOOL, SO WE ARE

03:01PM  14    SHORT IN STAFF AND IN BUDGET.

03:01PM  15        I'M A TEACHER FOR MIDDLE SCHOOL STUDENTS, SO THEY DON'T

03:01PM  16    HAVE ANOTHER TEACHER FOR THE REST OF THE YEAR.

03:01PM  17        SO TODAY I WAS OFF SO I JUST GIVE THEM THINGS FOR THE

03:02PM  18    STUDENTS TO WORK INDEPENDENTLY, BUT I REALLY DON'T KNOW WHAT

03:02PM  19    THEY'RE GOING TO DO THE REST OF THE SEMESTER.

03:02PM  20              THE COURT:  THANK YOU.

03:02PM  21              PROSPECTIVE JUROR:  THANK YOU.

03:02PM  22              THE COURT:  YOU'RE WELCOME.

03:02PM  23        LET'S PASS THIS FORWARD TO MS. GONZALEZ, 108.

03:02PM  24              PROSPECTIVE JUROR:  HI.  I'M ALSO A TEACHER.

03:02PM  25    SIMILAR PROBLEMS TO THE LAST TWO BUT ALSO I'M THE ONLY ONE IN

03:02PM  1    MY HOUSEHOLD THAT IS WORKING RIGHT NOW.  MY HUSBAND LOST HIS

03:02PM  2    JOB DUE TO COVID.

03:02PM  3        SO, YEAH, BEING AWAY FOR 13 WEEKS FROM MY STUDENTS WOULD

03:02PM  4    REALLY -- I HAVE A HARD TIME EVEN TALKING ABOUT IT, BUT ALSO

03:02PM  5    NOT BEING ABLE TO BRING IN A PAYCHECK IS REALLY CONCERNING.

03:02PM  6            THE COURT:  OKAY.  AND ARE YOU A FULL-TIME TEACHER

03:02PM  7    THROUGH THE DAY BEGINNING AT 8:00 OR 9:00 A.M.?

03:03PM  8            PROSPECTIVE JUROR:  YES.

03:03PM  9            THE COURT:  ALL RIGHT.  I SEE.  THANK YOU.

03:03PM 10        ANYONE ELSE?

03:03PM 11        I SEE NO HANDS.

03:03PM 12        ALL RIGHT.  ANY QUESTIONS, MR. SCHENK?

03:03PM 13            MR. SCHENK:  NO.  THANK YOU.

03:03PM 14            THE COURT:  ANY QUESTIONS?

03:03PM 15            MR. DOWNEY:  NO.

03:03PM 16            THE COURT:  ALL RIGHT.  THANK YOU.

03:03PM 17        THANK YOU, LADIES AND GENTLEMEN.

03:03PM 18        I'M NOW GOING TO YIELD THE FLOOR TO COUNSEL TO HAVE THEM

03:03PM 19    ASK SOME QUESTIONS.  WE'RE GOING TO TAKE A BREAK AT 3:30 AT THE

03:03PM 20    BOTTOM OF THE HOUR, AND WE'LL TAKE UP ANY OTHER MATTERS THAT WE

03:03PM 21    NEED TO AT THAT TIME.

03:03PM 22        BUT I'D LIKE TO AT THIS TIME ALLOW FOR COUNSEL TO AT LEAST

03:03PM 23    BEGIN THEIR QUESTIONING IF THEY HAVE ANY.

03:03PM 24        OH, GOSH.  THANK YOU, MS. KRATZMANN.

03:03PM 25        MR. SCHENK, DO YOU HAVE QUESTIONS?

03:03PM 1                MR. SCHENK:  I DO.  THANK YOU, YOUR HONOR.

03:03PM 2           GOOD AFTERNOON.  MY NAME IS JEFF SCHENK.  I MET YOU THIS

03:04PM 3      MORNING.

03:04PM 4           I'M ONE OF THE PROSECUTORS REPRESENTING THE UNITED STATES

03:04PM 5      IN THIS CASE.

03:04PM 6           I JUST HAVE A COUPLE OF FOLLOW-UP QUESTIONS, A COUPLE OF

03:04PM 7      GENERAL QUESTIONS, AND THEN ONE SPECIFIC INDIVIDUAL QUESTION.

03:04PM 8           I'D LIKE TO START BY TALKING ABOUT THE KINDS OF WITNESSES

03:04PM 9      THAT MAY APPEAR IN THIS CASE.  THE JUDGE ASKED SOME QUESTIONS

03:04PM 10     ABOUT YOUR VIEW ON LAW ENFORCEMENT, AND IF LAW ENFORCEMENT

03:04PM 11     WITNESSES TOOK THE STAND, HOW YOU WOULD FEEL ABOUT THEIR

03:04PM 12     TESTIMONY.

03:04PM 13          YOU ALSO SAW IN THE QUESTIONNAIRE WOULD YOU GIVE THEIR

03:04PM 14     TESTIMONY MORE WEIGHT OR LESS WEIGHT.

03:04PM 15          LET'S REPLACE LAW ENFORCEMENT WITH MEDICAL PROFESSIONALS,

03:04PM 16     WITH DOCTORS.  I'M CURIOUS IF INDIVIDUALS HAVE EXPERIENCES IN

03:04PM 17     THEIR LIFE THAT THEY'LL BRING INTO THE COURTROOM WITH THEM.

03:04PM 18     LET'S SAY IN THE PAST YOU FOUGHT A BILL, YOU DISAGREED WITH A

03:04PM 19     BILL, YOU WERE FRUSTRATED WITH MEDICAL CARE THAT YOU RECEIVED.

03:04PM 20          DO YOU HAVE ANY LIFE EXPERIENCES THAT ARE GOING TO CAUSE

03:04PM 21     YOU TO EVALUATE THE TESTIMONY OF MEDICAL DOCTORS DIFFERENTLY IN

03:04PM 22     THIS CASE, EITHER GIVING THEM MORE WEIGHT OR LESS WEIGHT?

03:04PM 23          ANY HANDS?

03:05PM 24           PROSPECTIVE JUROR:  SO I'M JUROR NUMBER 131,

03:05PM 25     KELLY KOCH.

03:05PM   1      SO MY HUSBAND HAS RECEIVED DIFFERENT KINDS OF LEGAL

03:05PM   2   TREATMENT FROM DIFFERENT DOCTORS AND SURGERIES AND SUCH.  AND

03:05PM   3   HE'S GOT PASSED AROUND FROM DIFFERENT DOCTORS AND DIDN'T GET

03:05PM   4   ALL OF THE CARE THAT HE NEEDED, SO I DON'T KNOW THAT I WOULD

03:05PM   5   WEIGH IN IMPARTIALLY TO THEIR TESTIMONY BECAUSE TO ME IT SEEMS

03:05PM   6   LIKE A LOT OF DOCTORS, THEY'RE OUT FOR MONEY.  SO I DON'T KNOW

03:05PM   7   THAT I WOULD BE IMPARTIAL.

03:05PM   8           MR. SCHENK:  SO THE EXPERIENCES THAT YOU'VE HAD WITH

03:05PM   9   YOUR HUSBAND, YOU THINK YOU WOULD BRING INTO THE COURTROOM WITH

03:05PM  10   YOU.  AND IF A DOCTOR WAS ON THE STAND EXPLAINING SOMETHING TO

03:05PM  11   YOU, YOU MIGHT EVALUATE THEIR TESTIMONY DIFFERENTLY OR GIVE IT

03:05PM  12   LESS WEIGHT BECAUSE OF THESE PRIOR EXPERIENCES; IS THAT FAIR?

03:05PM  13           PROSPECTIVE JUROR:  YES, YES.  YES, I DO.

03:06PM  14           MR. SCHENK:  OKAY.  THANK YOU FOR SHARING THAT.

03:06PM  15      ANY OTHER HANDS?

03:06PM  16      DO YOU MIND PASSING THE MICROPHONE JUST BACK.  THANK YOU.

03:06PM  17           THE COURT:  IS THAT 154, MS. KEHN?

03:06PM  18           PROSPECTIVE JUROR:  154.  I'VE HAD ALL GOOD

03:06PM  19   EXPERIENCES WITH DOCTORS.

03:06PM  20           THE COURT:  CAN YOU SPEAK INTO THE MICROPHONE?  CAN

03:06PM  21   YOU USE THE MICROPHONE, PLEASE.

03:06PM  22           PROSPECTIVE JUROR:  HELLO.

03:06PM  23           THE COURT:  YES.  THANK YOU.

03:06PM  24           PROSPECTIVE JUROR:  YES, I HAVE NOT QUITE THE SAME

03:06PM  25   AS I WOULD WITH POLICE, BUT I -- THEY'VE BEEN TO SCHOOL FOR A

03:06PM  1    LONG TIME SO I HAVE A TENDENCY IF THEY'RE EXPLAINING SOMETHING,

03:06PM  2    I'M GOING TO BELIEVE THAT THEY KNOW WHAT THEY'RE TALKING ABOUT.

03:06PM  3              MR. SCHENK:  THERE WILL BE SOME INSTANCES WHEN THE

03:06PM  4    JUDGE MIGHT TELL YOU THAT BECAUSE OF THEIR EXPERIENCE YOU CAN

03:06PM  5    ACCEPT THEIR TESTIMONY AS WHAT IS CALLED EXPERT TESTIMONY.

03:06PM  6              PROSPECTIVE JUROR:  OKAY.

03:06PM  7              MR. SCHENK:  BUT THERE ARE OTHER INSTANCES WHEN THEY

03:06PM  8    MIGHT JUST BE A WITNESS, WHERE THEY OBSERVED SOMETHING, A

03:07PM  9    PERCIPIENT WITNESS, I SAW SOMETHING, I HEARD SOMETHING, AND I'M

03:07PM  10   THERE TO TELL YOU ABOUT THAT.

03:07PM  11       SO IT IS NOT SO MUCH ABOUT THEIR MEDICAL TRAINING THAT

03:07PM  12   THEY'RE SPEAKING TO YOU ABOUT.  IN THAT SITUATION, WOULD YOU

03:07PM  13   STILL GIVE THEIR TESTIMONY EVEN MORE WEIGHT JUST BECAUSE OF

03:07PM  14   THEIR EDUCATIONAL BACKGROUND?

03:07PM  15              PROSPECTIVE JUROR:  I DON'T KNOW BECAUSE I ONLY TALK

03:07PM  16   TO DOCTORS IF I -- I ONLY TALK TO DOCTORS IF I NEED ONE.  SO I

03:07PM  17   DON'T KNOW.  I CAN'T -- I DON'T -- I TRY NOT TO.  HOW ABOUT

03:07PM  18   THAT?

03:07PM  19              MR. SCHENK:  DO YOU HAVE A CONCERN ABOUT YOUR

03:07PM  20   ABILITY TO JUDGE IT FAIRLY?  IS THAT SAFE TO SAY?

03:07PM  21              PROSPECTIVE JUROR:  IF YOU TELL ME, IF YOU TELL ME

03:07PM  22   THIS PERSON IS A DOCTOR, HE'S BEEN A CARDIOLOGIST FOR TEN

03:07PM  23   YEARS, OR HOWEVER MANY YEARS, AND YOU'RE GOING TO ASK HIM

03:07PM  24   QUESTIONS, I'M PROBABLY GOING TO BELIEVE THAT HE KNOWS WHAT

03:07PM  25   HE'S TALKING ABOUT.

03:07PM  1          MR. SCHENK:  OKAY.  THANK YOU VERY MUCH FOR SHARING

03:07PM  2     THAT.

03:07PM  3         WERE THERE OTHER HANDS?

03:08PM  4          THE COURT:  THIS IS MR. BUI, 157.

03:08PM  5          PROSPECTIVE JUROR:  HI.  YEAH, IT'S KIND OF SIMILAR

03:08PM  6     TO WHAT SHE WAS SAYING AND MY PREVIOUS ANSWER WAS, YOU KNOW,

03:08PM  7     GIVEN THEIR CREDIBILITY AND THEIR BACKGROUND I WOULD WANT TO

03:08PM  8     STAY UNBIASSED, BUT THEN ALSO I WOULD LIKE TRUST THEM AND THEIR

03:08PM  9     PROFESSION THAT THEIR TESTIMONY HELD SOME SORT OF WEIGHT AS

03:08PM  10    WELL.

03:08PM  11         MR. SCHENK:  DO YOU THINK THAT YOU WOULD GIVE THEM

03:08PM  12    THIS ADDITIONAL WEIGHT JUST BECAUSE OF THE PROFESSION INSTEAD

03:08PM  13    OF EVALUATING THE TESTIMONY AND THE STATEMENTS THAT THEY MAKE

03:08PM  14    HERE IN COURT?

03:08PM  15         PROSPECTIVE JUROR:  YEAH.  I WOULD, I WOULD DO MY

03:08PM  16    BEST, BUT I FEEL LIKE PARTIALLY I WOULD INCLUDE THEIR

03:08PM  17    PROFESSION IN THIS WHOLE THING.

03:09PM  18         MR. SCHENK:  OKAY.  AND WHILE I'M SPEAKING WITH YOU,

03:09PM  19    IF I COULD FOLLOW UP.  YOU EXPRESSED A VIEW THAT YOU WOULD LIKE

03:09PM  20    TO HEAR MS. HOLMES'S SIDE OF THE STORY I THINK YOU SAID; IS

03:09PM  21    THAT RIGHT?

03:09PM  22         PROSPECTIVE JUROR:  YES.

03:09PM  23         MR. SCHENK:  WOULD YOU HOLD IT AGAINST HER IF SHE

03:09PM  24    DIDN'T PROVIDE HER SIDE OF THE STORY, IF SHE DIDN'T TESTIFY?

03:09PM  25         PROSPECTIVE JUROR:  NOT NECESSARILY.  I JUST, YOU

03:09PM 1    KNOW, I THINK TO ME IT'S IMPORTANT TO HEAR LIKE HER VOICE AND,

03:09PM 2    YOU KNOW, MAYBE LIKE WHO SHE IS AND WHAT IS HAPPENING THROUGH

03:09PM 3    HER.  I UNDERSTAND THAT, YOU KNOW, BEING IN THE COURTHOUSE IS

03:09PM 4    NOT NECESSARILY ABOUT THAT, BUT I THINK, YOU KNOW, HEARING

03:09PM 5    ANYTHING FROM, YOU KNOW, THE SOURCE IS KIND OF A BIG DEAL IN A

03:09PM 6    SENSE.

03:09PM 7            MR. SCHENK:  UNDERSTOOD.

03:09PM 8        THANK YOU FOR SHARING.

03:10PM 9        ANY OTHER HANDS TO THE MEDICAL DOCTOR'S QUESTION?

03:10PM 10       THE JUDGE ALSO ASKED YOU SOME QUESTIONS ABOUT PRIOR

03:10PM 11   EXPERIENCE WITH DOMESTIC VIOLENCE OR IPV.

03:10PM 12       I'M WONDERING INSTEAD OF GOING THROUGH EACH INDIVIDUAL

03:10PM 13   AGAIN, I'M WONDERING WHETHER YOUR EXPERIENCES WOULD AFFECT YOUR

03:10PM 14   ABILITY TO JUDGE EVIDENCE IN THIS CASE, IF YOU HEARD EVIDENCE

03:10PM 15   IN THIS CASE ABOUT THAT HAPPENING, WOULD THAT AFFECT YOUR

03:10PM 16   ABILITY TO BE FAIR AND IMPARTIAL IN THIS CASE?

03:10PM 17       ALSO, DO YOU HAVE A CONCERN THAT THIS MIGHT NOT BE THE

03:10PM 18   RIGHT TRIAL FOR YOU BECAUSE HEARING THE TESTIMONY MIGHT TRIGGER

03:10PM 19   FEELINGS ASSOCIATED WITH THE PRIOR EXPERIENCE IN YOUR PERSONAL

03:10PM 20   LIFE?

03:10PM 21       I SEE ONE HAND.

03:10PM 22           PROSPECTIVE JUROR:  YEAH, 154.  FOR SURE.  IF YOU

03:10PM 23   START TALKING ABOUT --

03:10PM 24           THE COURT:  LET'S GET YOU THE MICROPHONE, MS. KEHN.

03:10PM 25           PROSPECTIVE JUROR:  154.  YEAH, IF YOU START TALKING

03:10PM 1    ABOUT SOMEBODY ACTING LIKE HIM, YEAH, OF COURSE I'M GOING TO

03:11PM 2    RIGHT AWAY THINK ABOUT THAT.

03:11PM 3               MR. SCHENK:  SURE.

03:11PM 4         PROSPECTIVE JUROR:  SO I DON'T KNOW HOW I COULD NOT.

03:11PM 5               MR. SCHENK:  SO IF THERE WAS TESTIMONY THAT MADE YOU

03:11PM 6    THINK OF YOUR EXPERIENCE WITH YOUR FORMER HUSBAND, THIS MIGHT

03:11PM 7    NOT BE THE RIGHT TRIAL FOR YOU IT SOUNDS LIKE.

03:11PM 8         PROSPECTIVE JUROR:  YEAH, IF YOU STARTED TALKING

03:11PM 9    ABOUT SOMEBODY WHO WAS VERY CONTROLLING OR VERY MEAN, YEAH, I

03:11PM 10   DEFINITELY WOULD THINK ABOUT IT RIGHT AWAY.  OF COURSE IT'S

03:11PM 11   RIGHT THERE.

03:11PM 12              MR. SCHENK:  THANK YOU.  I APPRECIATE THAT.

03:11PM 13              THE COURT:  THIS IS 134, MS. LARUE.

03:11PM 14         PROSPECTIVE JUROR:  I HAVE A PROBLEM WITH ANYBODY

03:11PM 15   WITH DOMESTIC VIOLENCE.  MY SISTER, HE ALMOST KILLED HER.  SO

03:11PM 16   IT'S HARD FOR ME TO SEE SOMEBODY WHO BULLIES OR BEATS AND

03:12PM 17   SMALLER OR WEAKER PERSON.  I CAN'T COMPREHEND IT, AND I CAN'T

03:12PM 18   BELIEVE THAT SOMEONE WOULD DO THAT TO SOMEBODY ELSE.

03:12PM 19              MR. SCHENK:  SO THAT SEEMS A REASONABLE POSITION TO

03:12PM 20   ME, AND I UNDERSTAND WHY YOU WOULD THINK THAT.

03:12PM 21      DO YOU THINK IF YOU HEARD TESTIMONY ABOUT IT THAT YOU

03:12PM 22   WOULDN'T --

03:12PM 23         PROSPECTIVE JUROR:  I CAN'T HONESTLY SAY YES OR NO

03:12PM 24   BECAUSE I DON'T KNOW.  I JUST KNOW THAT IT'S STRONG FOR ME.

03:12PM 25   I'M SORRY, I KNOW IT'S STRONG FOR ME THAT ANYBODY ABUSING OR A

03:12PM 1    WEAKER PERSON, PERIOD, MEN OR WOMEN, IT DOESN'T MATTER TO ME, A

03:12PM 2    WEAKER PERSON, I CAN'T ABIDE BY IT -- I HAVE A HARD TIME WITH

03:12PM 3    IT SO.

03:12PM 4        I DON'T KNOW IF I HONESTLY COULD BE IMPARTIAL.  I CAN'T

03:12PM 5    SAY YES OR NO BECAUSE I DON'T KNOW.  I'VE NEVER BEEN HERE IN

03:12PM 6    THIS SITUATION.

03:12PM 7            MR. SCHENK:  SURE.  THANK YOU FOR SHARING.

03:12PM 8        ANY OTHER HANDS?

03:12PM 9        THANK YOU.  AND, MS. LOCKWOOD, IF I COULD FOLLOW UP

03:12PM 10   BRIEFLY WITH YOU.  THANK YOU FOR EXPRESSING YOUR VIEWS ON LAW

03:13PM 11   ENFORCEMENT.

03:13PM 12       THE ONLY QUESTION I HAVE IS MY SIDE GOING TO START BEHIND?

03:13PM 13   WE'RE GOING TO HAVE SOME NOT UNIFORMED LAW ENFORCEMENT BUT SORT

03:13PM 14   OF REGULATORS, AND MORE PEOPLE IN SUITS, BUT AS YOU SAID,

03:13PM 15   SHOULD BRING INTEGRITY TO THE JOB AND CERTAINLY BRING A MEASURE

03:13PM 16   OF AUTHORITY BEHIND THEIR PROFESSION.

03:13PM 17       I'M JUST WONDERING IF WE'RE GOING TO START A LITTLE BIT

03:13PM 18   FURTHER BEHIND BECAUSE OF YOUR VIEWS?

03:13PM 19            PROSPECTIVE JUROR:  I DON'T BELIEVE SO.  IT'S BEEN

03:13PM 20   YEARS AGO SINCE I'VE BEEN ON THAT SIDE OF THE LAW AND I PUT

03:13PM 21   MYSELF IN THAT POSITION.  I DON'T HOLD IT PERSONALLY AGAINST

03:13PM 22   PEOPLE.  I'M JUST MORE MINDFUL OF THE ABUSE OF POWER NOW THAT

03:13PM 23   I'M OLDER.

03:13PM 24       SO I DON'T BELIEVE THAT YOU GUYS ARE STARTING IN A

03:13PM 25   NEGATIVE PLACE IN MY POSITION.  I'M JUST MORE HYPERAWARE OF IT

03:13PM   1    NOW.

03:13PM   2                 MR. SCHENK:  RIGHT.  AND HOW ABOUT THE WITNESSES?

03:14PM   3    IF SOMEONE IS TESTIFYING AND THEY HAPPEN TO WORK FOR THE

03:14PM   4    GOVERNMENT AND THEIR JOB HAPPENS TO BE A REGULATOR, ARE THEY

03:14PM   5    STARTING A LITTLE BIT FURTHER BEHIND?

03:14PM   6         EVERYBODY HAS VIEWS BUT SOME PEOPLE COME INTO COURT, AND I

03:14PM   7    DON'T WANT TO SAY THEY CHECK THEIR VIEWS AT THE DOOR, BUT ARE

03:14PM   8    ABLE TO HEAR AND EVALUATE TESTIMONY FAIRLY.

03:14PM   9         IS THE WITNESS GOING TO START BEHIND OR WILL YOU ALSO

03:14PM  10    LISTEN TO THEIR TESTIMONY FAIRLY?

03:14PM  11                 PROSPECTIVE JUROR:  I BELIEVE EVERYBODY HAS A SHOT

03:14PM  12    TO BE HEARD, AND I'LL GIVE EVERYBODY THAT SHOT.

03:14PM  13         I'VE BEEN IN A POSITION WHERE I NEEDED MY PEERS TO HEAR

03:14PM  14    ME, SO I'M HAPPY TO DO THE SAME FOR OTHERS.

03:14PM  15                 MR. SCHENK:  RIGHT.  THANK YOU VERY MUCH.  I

03:14PM  16    APPRECIATE IT.

03:14PM  17         THANK YOU, YOUR HONOR.

03:14PM  18         NO FURTHER QUESTIONS.

03:14PM  19                 THE COURT:  MR. DOWNEY.

03:14PM  20                 MR. DOWNEY:  GOOD AFTERNOON, LADIES AND GENTLEMEN.

03:14PM  21    I HAVE A FEW QUESTIONS FOR THE PANEL AND THEN A FEW QUESTIONS

03:14PM  22    FOR A COUPLE OF YOU INDIVIDUALLY.

03:14PM  23         FIRST, I WANT TO ASK ABOUT THE MEDIA ISSUES THAT YOU WERE

03:15PM  24    TALKING ABOUT THIS MORNING WITH JUDGE DAVILA.

03:15PM  25         DURING THE COURSE OF THE TRIAL, AS JUDGE DAVILA SAID, YOU

03:15PM 1    WILL BE INSTRUCTED NOT TO VIEW MEDIA THAT IS EITHER ABOUT THIS

03:15PM 2    TRIAL OR ABOUT THE EVENTS THAT THIS TRIAL CONCERNS.

03:15PM 3         WOULD ANYONE WHO FEELS LIKE THEY MIGHT NOT BE ABLE TO

03:15PM 4    COMPLY WITH THAT INSTRUCTION RAISE THEIR HAND?  IS THERE ANYONE

03:15PM 5    WHO FEELS LIKE THAT WILL BE HARD?

03:15PM 6         YES, MA'AM.  WHAT IS YOUR JUROR NUMBER?

03:15PM 7              THE COURT:  THIS IS MS. QUINTANILLA.

03:15PM 8         JUST A SECOND, MS. QUINTANILLA.  WE'RE GOING TO GET THE

03:15PM 9    MICROPHONE TO YOU SO YOU CAN BE HEARD.

03:16PM 10             PROSPECTIVE JUROR:  I JUST HAVE A QUESTION FOR YOU

03:16PM 11   GUYS.  I LIVE WITH MY HUSBAND AND TWO KIDS, AND THEY'RE ADULT

03:16PM 12   KIDS.  AND LIKE THE EXAMPLE I GAVE THIS MORNING IS WHERE I'M

03:16PM 13   COOKING DINNER AND THEY HAVE THE NEWS ON AND IT CAME ON.

03:16PM 14        MY CONCERN IS THAT I DON'T LIVE BY MYSELF AND I CANNOT

03:16PM 15   TURN THE T.V. OFF FOR THE WHOLE DAY, AND I CAN ALSO NOT

03:16PM 16   RESTRICT THEM TO HAVE A LIFE WHILE THE TRIAL GOES ON.  SO I

03:16PM 17   WILL HAVE TO BE HONEST, AND I WILL HAVE TO SAY THAT I WILL

03:16PM 18   CONTINUE TO LET THEM LIVE THEIR LIVES.

03:16PM 19        AND IF I AM CHOSEN, I WILL BE GOOD AND LIKE TRY NOT TO GET

03:16PM 20   ANY INFORMATION, BUT I LIVE WITH THREE OTHER INDIVIDUALS.  AND

03:16PM 21   IF THEY TURN ON THE T.V., I CAN WALK OUT OF THE ROOM, BUT THE

03:16PM 22   PAPER WILL BE THERE.  AND I JUST WANT TO PUT IT OUT THERE.

03:17PM 23             MR. DOWNEY:  WELL, I CAN UNDERSTAND.

03:17PM 24        DO YOU THINK YOU'LL BE ABLE TO DO, WHEN THE CASE GOES ON,

03:17PM 25   DO YOU THINK YOU'LL BE ABLE TO DO WHAT YOU DID YESTERDAY AND

03:17PM  1    THIS MORNING AND JUST WALK AWAY OR NOT LISTEN TO THE STORY?

03:17PM  2            PROSPECTIVE JUROR:  YES, BUT IT WILL BE THERE.  THE

03:17PM  3    NEWSPAPER WILL BE THERE SUNDAY MORNINGS, AND I MIGHT TURN

03:17PM  4    AROUND, AND IT MIGHT BE THERE.  AND SO I JUST WANT TO HAVE A

03:17PM  5    DISCLAIMER THAT THE LIGHT WILL GO ON IN MY HOUSEHOLD LIKE

03:17PM  6    NORMAL, AND I WILL DO MY BEST IF CHOSEN TO NOT TO LOOK, NOT TO

03:17PM  7    READ, TO WALK AWAY, BUT IT WILL BE THERE.

03:17PM  8            MR. DOWNEY:  THANK YOU, MA'AM, FOR BEING HONEST.

03:17PM  9        IS THERE ANYONE ELSE WHO FEELS LIKE THEY'LL HAVE

03:17PM  10   DIFFICULTY STAYING AWAY FROM MEDIA COVERAGE IN THE CASE?

03:17PM  11       MR. BUI.

03:17PM  12           PROSPECTIVE JUROR:  HELLO.  SORRY.  I FEEL LIKE I

03:17PM  13   KEEP GETTING THE MIKE NOW.

03:18PM  14       (LAUGHTER.)

03:18PM  15           PROSPECTIVE JUROR:  SO A LOT OF MY JUST DAY TO DAY

03:18PM  16   IS JUST OBSERVING INFORMATION FROM THE SOCIAL MEDIA AND SHARING

03:18PM  17   MY THOUGHTS, MY OPINIONS.

03:18PM  18       MOVING FORWARD, I WOULD DO MY BEST TO AVOID ANY

03:18PM  19   INFORMATION OF THIS CASE, BUT I WOULDN'T BE ABLE TO SAY, LIKE,

03:18PM  20   IT WON'T POP UP AND I MIGHT BE A LITTLE TEMPTED TO KNOW WHAT IS

03:18PM  21   HAPPENING.

03:18PM  22       AND ALSO, IF SOMEONE WERE TO COME UP TO ME AND TALK ABOUT

03:18PM  23   IT OR ANYTHING, I'D HAVE TO WALK AWAY FROM THE SITUATION.  IT

03:18PM  24   MAY BE WEIRD, I DON'T KNOW.

03:18PM  25       BUT THAT'S SOME OF THE THOUGHTS THAT ARE KIND OF GOING

03:18PM 1    THROUGH MY HEAD WHEN THINKING ABOUT CONSUMING MEDIA.

03:18PM 2              MR. DOWNEY:  IS THERE ANYONE ELSE WHO ALSO FEELS

03:18PM 3    LIKE IT MIGHT BE DIFFICULT FOR THEM TO AVOID MEDIA ABOUT THE

03:18PM 4    CASE?

03:18PM 5         I WANT TO ASK YOU A COUPLE OF QUESTIONS ABOUT THE

03:19PM 6    PRESUMPTION OF INNOCENCE.

03:19PM 7         JUDGE DAVILA GAVE YOU AN INSTRUCTION TODAY AND TALKED TO

03:19PM 8    YOU AT SOME LENGTH ABOUT THE PRESUMPTION OF INNOCENCE, AND

03:19PM 9    THAT'S AN IMPORTANT PRINCIPLE FOR ALL OF THE PARTIES REALLY,

03:19PM 10   FOR THE GOVERNMENT AND FOR THE DEFENSE, AND CERTAINLY FOR THE

03:19PM 11   COURT.

03:19PM 12        BUT I KNOW SOMETIMES DESPITE THE FACT THAT THAT'S AN

03:19PM 13   IMPORTANT PRINCIPLE IN OUR SYSTEM, PEOPLE CAN SOMETIMES FELL

03:19PM 14   LIKE THEY'LL HAVE DIFFICULTY ADHERING TO THAT INSTRUCTION.

03:19PM 15        WOULD THE PEOPLE WHO FEEL LIKE THEY MIGHT HAVE SOME

03:19PM 16   DIFFICULTY MAINTAINING A PRESUMPTION OF INNOCENCE PLEASE RAISE

03:19PM 17   YOUR HAND?

03:19PM 18        DOES EVERYONE FEEL LIKE, IN CONNECTION WITH THIS CASE,

03:19PM 19   THAT YOU CAN GRANT THAT PRESUMPTION TO MS. HOLMES?

03:19PM 20             THE COURT:  MR. DOWNEY, THE RECORD SHOULD REFLECT AS

03:20PM 21   TO YOUR FIRST QUESTION THERE WERE NO HANDS.

03:20PM 22             MR. DOWNEY:  THANK YOU, YOUR HONOR.

03:20PM 23        I BELIEVE THAT'S THE SAME CASE WITH RESPECT TO THE SECOND

03:20PM 24   QUESTION, THERE WERE NO HANDS.

03:20PM 25        I WANT TO ASK YOU ALSO, A FEW OF YOU INDIVIDUALLY, ABOUT

03:20PM 1    REPORTS TO LAW ENFORCEMENT THAT YOU MAY HAVE GIVEN IN THE PAST.

03:20PM 2         MR. MURPHY, JUROR 130, YOU REFERENCED ON YOUR

03:20PM 3    QUESTIONNAIRE A MATTER THAT YOU PREFERRED TO DISCUSS WITH THE

03:20PM 4    COURT IN PRIVATE, AND I DON'T WANT TO ASK YOU ABOUT THAT.

03:20PM 5         IS THAT THE MATTER THAT WE ALREADY DISCUSSED OR WAS THERE

03:20PM 6    ANOTHER MATTER THAT YOU THOUGHT WAS AN INCIDENT OF YOU

03:20PM 7    REPORTING SOMETHING EITHER AS A WHISTLEBLOWER OR IN CONNECTION

03:20PM 8    WITH WRONGDOING BY SOMEONE ELSE?

03:20PM 9              PROSPECTIVE JUROR:  IT WAS THE MATTER WE ALREADY

03:20PM 10   DISCUSSED.

03:20PM 11        I'M SORRY.  IT WAS THE MATTER WE ALREADY DISCUSSED RELATED

03:21PM 12   TO MY ROLE AS THE WHISTLEBLOWER PROGRAM MANAGER.

03:21PM 13             MR. DOWNEY:  OKAY.  THANK YOU, MR. MURPHY.

03:21PM 14        LAST QUESTION FOR THE PANEL IS THIS:  IT CAN BE THE CASE,

03:21PM 15   I THINK, PARTICULARLY WITH SO MUCH EXPOSURE TO MEDIA THROUGH

03:21PM 16   OUR IPHONES, THROUGH CONVERSATIONS WITH OTHERS WHO HAVE BEEN

03:21PM 17   EXPOSED TO MEDIA TO THINK THAT WHAT THE MEDIA SAYS AND WHAT THE

03:21PM 18   MEDIA REPORTS IS ACCURATE.

03:21PM 19        AS YOU KNOW, THERE'S BEEN A LOT OF MEDIA IN THIS CASE.

03:21PM 20   YOU'VE GATHERED THAT FROM FILLING OUT THE QUESTIONNAIRES.  MANY

03:21PM 21   OF YOU HAVE IN SOME SMALL SENSE HAVE BEEN EXPOSED TO.

03:21PM 22        IS THERE ANYONE WHO FEELS THAT BECAUSE THERE'S BEEN

03:21PM 23   SUBSTANTIAL MEDIA COVERAGE OF MS. HOLMES AND SOME OF THE ISSUES

03:21PM 24   THAT WILL BE INVOLVED IN THE TRIAL, THAT THAT MIGHT INDICATE

03:21PM 25   THAT SHE IS GUILTY OF SOME OFFENSE?

```
03:22PM   1          I SEE NO HANDS IN RESPONSE TO THAT QUESTION.

03:22PM   2          THANK YOU FOR YOUR OPEN MINDEDNESS.  THANK YOU FOR YOUR

03:22PM   3   PATIENCE TODAY.  THANK YOU FOR COMING DOWN TO FILL OUT THE

03:22PM   4   QUESTIONNAIRE IN THE MIDST OF A PANDEMIC.

03:22PM   5          THANK YOU, YOUR HONOR.

03:22PM   6              THE COURT:  THANK YOU.

03:22PM   7          ANY FURTHER QUESTIONS, MR. SCHENK?

03:22PM   8              MR. SCHENK:  NO, YOUR HONOR.

03:22PM   9              THE COURT:  LET ME ASK BEFORE WE BREAK, DOES THE

03:22PM  10   GOVERNMENT PASS FOR CAUSE?

03:22PM  11              MR. SCHENK:  YES, YOUR HONOR.

03:22PM  12              THE COURT:  MR. DOWNEY?

03:22PM  13              MR. DOWNEY:  THERE ARE A COUPLE OF SITUATIONS WE

03:22PM  14   WANT TO DISCUSS, YOUR HONOR.

03:22PM  15              THE COURT:  THANK YOU.  LET'S TAKE OUR BREAK NOW,

03:22PM  16   LADIES AND GENTLEMEN.  LET'S TAKE A 30 MINUTE BREAK, PLEASE,

03:22PM  17   30 MINUTES.  WE HOPE WE CAN GET YOU BACK UP HERE BY THE TOP OF

03:22PM  18   THE HOUR.

03:22PM  19          AGAIN, THE ADMONITION NOT TO DISCUSS ANYTHING WITH ANYONE

03:22PM  20   AND NOT TO READ ANYTHING ABOUT THIS CASE TO DO WITH IT REMAINS

03:22PM  21   IN PLACE.  THANK YOU.

03:22PM  22          WE'LL SEE YOU IN 30 MINUTES.  YOU SHOULD GO DOWNSTAIRS.

03:22PM  23   COLLECT YOURSELVES IN THE JURY ASSEMBLY ROOM.

03:23PM  24          MR. MURPHY, WE WILL GET THAT FROM YOU.  THANK YOU.

03:23PM  25          (PROSPECTIVE JURY PANEL OUT AT 3:23 P.M.)
```

03:23PM   1          THE COURT:  ALL RIGHT.  THANK YOU.

03:23PM   2          THE RECORD SHOULD REFLECT OUR PROSPECTIVE JURY PANEL HAS

03:23PM   3     LEFT THE COURTROOM.  ALL OTHER PARTIES REMAIN.  PLEASE BE

03:23PM   4     SEATED.  THANK YOU.

03:23PM   5          MR. DOWNEY, I'D LIKE TO HAVE A DISCUSSION ABOUT SOME OF

03:23PM   6     THE JURORS HERE, AND IF YOU, IF YOU OR ANY OF YOUR PARTY NEED

03:23PM   7     TO TAKE A BREAK AND YOU WANT TO INDICATE ON THE RECORD THAT YOU

03:23PM   8     CAN PROCEED, FOR EXAMPLE, WITHOUT YOUR COLLEAGUES'S PRESENCE,

03:24PM   9     I'M HAPPY TO RECEIVE THAT.

03:24PM  10          MR. DOWNEY:  CERTAINLY, YOUR HONOR.

03:24PM  11          I THINK AS TO MS. HOLMES THIS IS EFFECTIVELY A SIDE-BAR

03:24PM  12     AND WE HAVE THAT SITUATION COVERED, SO PERHAPS WE COULD

03:24PM  13     PROCEED.

03:24PM  14          THE COURT:  WITH HER BEING PRESENT?

03:24PM  15          MR. DOWNEY:  NO.  SHE COULD BE DISMISSED, AND THEN

03:24PM  16     WE CAN PROCEED.

03:24PM  17          THE COURT:  THAT'S WHAT I WAS ASKING.  THANK YOU.

03:24PM  18          ALL RIGHT.  IF YOU AGREE WITH THAT, THAT SHE CAN BE

03:24PM  19     DISMISSED FOR THE PURPOSES OF THIS CONVERSATION, WE'LL

03:24PM  20     CERTAINLY PERMIT THAT, OR ANYONE ELSE OF YOUR TEAM WHO WANTS TO

03:24PM  21     LEAVE THE COURTROOM, YOU CAN CERTAINLY DO THAT NOW IF YOU WOULD

03:24PM  22     LIKE.

03:24PM  23          FIRST I'D LIKE TO READ THESE COLLECTIVELY.

03:25PM  24          155 IS MS. MARTINEZ, SHE'S A TEACHER.  SHE SUGGESTED

03:25PM  25     STAFFING ISSUES THAT WOULD COMPROMISE HER EMPLOYMENT.

03:25PM  1        143 IS A TEACHER AT A NONPROFIT, AND SHE ALSO EXPRESSED

03:25PM  2    SIMILAR CONCERNS.

03:25PM  3        108, GONZALEZ, ALSO EXPRESSED CONCERNS.  SHE'S A TEACHER.

03:25PM  4        166 IS MR. PERALTA.  HE TALKED TO US ABOUT HIS MEDICAL

03:25PM  5    CONDITION AND FINANCES.

03:25PM  6        THEN 157, MR. BUI, WHO TALKS TO US ABOUT FINANCES AND HIS

03:25PM  7    CONCERNS.

03:25PM  8        ANY THOUGHTS ABOUT THESE RESPECTIVE JURORS?

03:25PM  9            MR. SCHENK:  NO OBJECTION TO DISMISSING THIS GROUP.

03:25PM  10            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

03:25PM  11            THE COURT:  ALL RIGHT.  THANK YOU.

03:26PM  12        SO THE COURT WILL, AS TO 155, MS. MARTINEZ, WE WILL EXCUSE

03:26PM  13    HER FOR HARDSHIP, AND SAME AS TO 143, AND SAME AS TO JUROR 108,

03:26PM  14    AND SAME AS TO 157, AND THE SAME AS TO JUROR 166.  THEY ARE

03:26PM  15    EXCUSED FOR HARDSHIP AND FINANCIAL REASONS.

03:26PM  16        MR. DOWNEY, WHAT DOES THAT DO TO THE POOL OF FOLKS THAT

03:26PM  17    YOU'D LIKE TO SPEAK ABOUT?

03:26PM  18            MR. DOWNEY:  YOUR HONOR, WITH REGARD TO JUROR

03:26PM  19    NUMBER 154, I THINK HER ADMITTED PREFERENCE FOR TESTIMONY OF

03:27PM  20    CERTAIN LAW ENFORCEMENT OFFICERS COUPLED WITH THE TESTIMONY OF

03:27PM  21    DOCTORS INDICATED A BIAS THAT COULD POTENTIALLY BE MEANINGFUL

03:27PM  22    IN CONNECTION WITH THE CASE.

03:27PM  23        SHE ALSO INDICATED WHEN SHE FILLED OUT HER QUESTIONNAIRE A

03:27PM  24    FAIR DEGREE OF BIAS TOWARDS THE GOVERNMENT GENERALLY IN

03:27PM  25    CRIMINAL CASES.  FOR EXAMPLE, SHE WROTE IN HER QUESTIONNAIRE

03:27PM 1    "USUALLY THE ACCUSED IS GUILTY," AND IN RESPONSE TO

03:27PM 2    QUESTION 57.

03:27PM 3         AND IN RESPONSE TO QUESTION 58 WHEN ASKED IF SHE BELIEVED

03:27PM 4    A DEFENDANT HAD AN OBLIGATION TO PROVE THEIR INNOCENCE SHE

03:27PM 5    WROTE, "IF THEY'RE NOT GUILTY, WHY ARE THEY ACCUSED?  WHAT DID

03:28PM 6    THEY DO TO MAKE THEM SEEM GUILTY?"

03:28PM 7         I THINK, YOUR HONOR, THERE'S A BIAS ISSUE GENERALLY

03:28PM 8    AGAINST CRIMINAL DEFENDANTS THERE, AND WE WOULD ASK FOR HER

03:28PM 9    DISMISSAL.

03:28PM 10             MR. SCHENK:  NO OBJECTION.

03:28PM 11             THE COURT:  ALL RIGHT.  THANK YOU.

03:28PM 12        NOTWITHSTANDING THE FACT THAT WHEN THE COURT ASKED THE

03:28PM 13   QUESTION OF WHETHER THERE WAS ANYONE WHO PARTED COMPANY WITH

03:28PM 14   THE PRESUMPTION OF INNOCENCE, FIFTH AMENDMENT PRIVILEGE NOT TO

03:28PM 15   TESTIFY, SHE DID NOT RAISE HER HAND TO THOSE QUESTIONS.  BUT I

03:28PM 16   HAVE REFERENCED HER QUESTIONNAIRE, HER RESPONSE TO QUESTIONS BY

03:28PM 17   MR. SCHENK IN REGARDS TO MEDICAL INDIVIDUALS AND OTHERS WHO

03:28PM 18   MIGHT TESTIFY ABOUT OTHER ISSUES.

03:28PM 19        I WILL STRIKE HER FOR CAUSE.  IT'S APPROPRIATE.

03:28PM 20        ANYONE ELSE?  MR. DOWNEY?

03:28PM 21             MR. DOWNEY:  I BEG YOUR PARDON, YOUR HONOR.  LET ME

03:28PM 22   JUST GET ORIENTED AS TO MY CHART.

03:30PM 23        (PAUSE IN PROCEEDINGS.)

03:30PM 24             MR. DOWNEY:  YOUR HONOR, I WOULDN'T WANT TO -- NEED

03:30PM 25   AN ADJOURNMENT IN CONNECTION WITH THE TRIAL IN CONNECTION WITH

03:30PM  1    JUROR NUMBER 133 OF CONFLICT WITH CERTAIN TRIAL DATES.

03:30PM  2         (PAUSE IN PROCEEDINGS.)

03:30PM  3              THE COURT:  HIS -- HE HAS WEDDINGS TO ATTEND, AND I

03:30PM  4    THINK A WEDDING WAS THE 21ST OF DECEMBER AND THE ONE IN HAWAII

03:30PM  5    REQUIRES HIM TO LEAVE ON A -- ON THE 3RD.  THE WEDDING IS ON

03:30PM  6    THE 4TH.

03:30PM  7         WE NEGLECTED TO ASK HIM IF HE WOULD BE RETURNING SHORTLY

03:30PM  8    AFTER THE WEDDING.  I'M NOT GOING TO EXCUSE HIM NOW.

03:31PM  9         LET ME SAY, I HAVE CONFIDENCE -- I TOLD THE JURORS THAT IT

03:31PM  10   MAY GO INTO DECEMBER.  AS YOU KNOW, OUR SCHEDULE I THINK NOW IS

03:31PM  11   INTO LATE NOVEMBER.  I HAVE CONFIDENCE THAT COUNSEL ARE GOING

03:31PM  12   TO, WITH THE ASSISTANCE OF THE COURT, EFFICIENTLY PRODUCE THE

03:31PM  13   EVIDENCE IN THE CASE SUCH THAT THAT WON'T BE AN ISSUE.

03:31PM  14        SO THANK YOU FOR RAISING THAT THOUGH.

03:31PM  15             MR. SCHENK:  YOUR HONOR, JUROR 134 IN RESPONSE TO A

03:31PM  16   QUESTION THAT I ASKED ABOUT THE ABILITY TO HEAR EVIDENCE DURING

03:31PM  17   TRIAL ABOUT DOMESTIC VIOLENCE OR IPV SAID SOMETHING I THINK

03:31PM  18   THAT WAS SIMILAR TO A JUROR WE JUST EXCUSED.

03:31PM  19        AND YOU TAKE THE WORST NOTES WHEN YOU'RE ASKING THE

03:31PM  20   QUESTION, SO I'M HONESTLY NOT POSITIVE -- I CAN'T QUOTE WHAT

03:31PM  21   SHE SAID, BUT MY RECOLLECTION IS THAT IT'S SOMETHING LIKE IT'S

03:31PM  22   VERY DIFFICULT FOR ME TO HEAR WHEN A WEAKER INDIVIDUAL OR

03:31PM  23   SOMEONE ELSE IS BEING PUT IN A VULNERABLE POSITION.

03:32PM  24        IT AT LEAST STRIKES ME AS AN INDIVIDUAL WORTH A DISCUSSION

03:32PM  25   ABOUT, WHETHER HER COMMENTS WERE SIMILAR ENOUGH TO MS. KEHN, I

03:32PM  1    THINK.

03:32PM  2              THE COURT:  MS. LARUE AND MS. KEHN, YES.

03:32PM  3         MR. DOWNEY?

03:32PM  4              MR. DOWNEY:  YOUR HONOR, I WOULDN'T BE INCLINED TO

03:32PM  5    DISMISS HER ON A CAUSE BASIS.

03:32PM  6         I UNDERSTAND THE STATEMENTS THAT SHE MADE, AND I

03:32PM  7    UNDERSTAND THAT WHAT SHE SAID ABOUT THE TESTIMONY, BUT I DON'T

03:32PM  8    THINK THAT'S JUSTIFICATION FOR AN EXCUSAL.

03:32PM  9         I UNDERSTAND THAT DIFFERENT JURORS WILL HAVE DIFFERENT

03:32PM  10   REACTIONS TO DIFFERENT KINDS.

03:32PM  11             THE COURT:  WELL, SHE SAID SHE HAS STRONG OPINIONS

03:32PM  12   ABOUT THE WEAKER PERSON AND THEN SHE QUALIFIED THAT OR EXPANDED

03:32PM  13   THAT BY SAYING IT DOESN'T MATTER IF IT'S A MAN OR A WOMAN I

03:32PM  14   THINK IS WHAT SHE SAID.

03:32PM  15             MR. DOWNEY:  THAT'S RIGHT.

03:32PM  16             THE COURT:  AND I WROTE DOWN THAT SHE SAID, "I CAN'T

03:33PM  17   ABIDE BY IT."

03:33PM  18             MR. DOWNEY:  RIGHT.

03:33PM  19             THE COURT:  IS THAT WHAT YOU'RE REFERRING TO,

03:33PM  20   MR. SCHENK?

03:33PM  21             MR. SCHENK:  YES, YOUR HONOR.

03:33PM  22             THE COURT:  AND IT SOUNDS TO ME -- OF COURSE, WE

03:33PM  23   DON'T KNOW WHETHER OR NOT THERE WILL BE ANY TESTIMONY THAT

03:33PM  24   AFFECTS THIS OPINION IN THE CASE.  SHE EXPRESSED THIS OPINION

03:33PM  25   NOW.

03:33PM  1       I DON'T THINK IT RISES TO A CAUSE CHALLENGE AT THIS POINT.

03:33PM  2              MR. DOWNEY:  I AGREE, YOUR HONOR.

03:33PM  3              THE COURT:  SO THANK YOU.

03:33PM  4       ANYTHING ELSE, MR. DOWNEY?

03:33PM  5              MR. DOWNEY:  NO, YOUR HONOR.  I THINK I'VE EXHAUSTED

03:33PM  6   IT.

03:33PM  7              THE COURT:  OKAY.

03:33PM  8              MR. SCHENK:  BRIEFLY, ONE THING.  I WANT TO CONTINUE

03:33PM  9   TO MAKE A RECORD ON THIS ISSUE, YOUR HONOR.

03:33PM 10       WE CAME BACK FROM LUNCH TODAY, AND THE DEFENSE RAISED FIVE

03:33PM 11   POTENTIAL HARDSHIPS FOR THE COURT:  117, 121, 142, 143, AND

03:34PM 12   145.  I BELIEVE ALL OF THOSE WERE NON-WHITE JURORS.

03:34PM 13       I THEN STOOD UP AND NOTED FOR THE COURT THAT I THOUGHT

03:34PM 14   MR. BREKKE, WHO IS JUROR 127, ALSO CHECKED YES TO QUESTION

03:34PM 15   NUMBER 1 THAT HE HAD A HARDSHIP.

03:34PM 16       I WOULD ALSO NOTE FOR THE COURT THAT JUROR 130,

03:34PM 17   MR. MURPHY, DID NOT CHECK YES FOR QUESTION NUMBER 1, HE CHECKED

03:34PM 18   NO, BUT THEN HE WROTE A LENGTHY DESCRIPTION IN THERE ON A BASIS

03:34PM 19   FOR A HARDSHIP.

03:34PM 20       I WANT TO CONTINUE TO DEVELOP THE RECORD ON THIS CASE IN

03:34PM 21   CASE IT BECOMES AN ISSUE AS WE MOVE TO THE PEREMPTORY

03:34PM 22   CHALLENGES, YOUR HONOR.

03:34PM 23              THE COURT:  THANK YOU.  YOU'RE NOT MAKING ANY MOTION

03:34PM 24   AT THIS POINT TIMING WISE?

03:34PM 25              MR. SCHENK:  I AM NOT.

03:34PM  1          THE COURT:  ALL RIGHT.  ANY COMMENT ON THAT?

03:34PM  2          MR. DOWNEY:  YOUR HONOR, WE HAVE CONSENTED TO THE

03:34PM  3   DISMISSAL OF EVERY JUROR OF ANY RACE WHO HAS A REASONABLE

03:34PM  4   HARDSHIP REQUEST.

03:34PM  5      WE'VE PROPOSED IT OVER THE GOVERNMENT'S OPPOSITION, AS THE

03:34PM  6   COURT KNOWS, PRIOR TO THEM BEING FORCED TO COME DOWN HERE FOR

03:35PM  7   JURY SERVICE IN MANY INSTANCES.  SO I, I JUST WANT TO

03:35PM  8   DISASSOCIATE MYSELF IN STRONG TERMS FROM MR. SCHENK'S COMMENTS.

03:35PM  9          THE COURT:  ALL RIGHT.  THANK YOU.

03:35PM  10      AND THERE WERE SOME OF THESE THAT WERE RAISED.  I KNOW YOU

03:35PM  11   SAID "FORCED TO COME DOWN."  THERE WERE SOME OF THESE THAT WERE

03:35PM  12   RAISED THAT WE NEEDED SOME ADDITIONAL INFORMATION ON.

03:35PM  13          MR. DOWNEY:  YOUR HONOR, I AGREE WITH THOSE.  I

03:35PM  14   THINK OTHERS WE EXCUSED ON THE BASIS THAT WAS ARTICULATED IN

03:35PM  15   THE QUESTIONNAIRE WITHOUT MUCH ADDITIONAL INQUIRY, BUT I THINK

03:35PM  16   THE RECORD IS QUITE CLEAR OUR RAISING HARDSHIP REQUESTS WITHOUT

03:35PM  17   BEING TACTICAL, WHEREAS THE GOVERNMENT HAS WAITED TO SEE THE

03:35PM  18   JURORS FIRST.

03:35PM  19          THE COURT:  ALL RIGHT.  THANK YOU.

03:35PM  20      WELL, LET'S TAKE A BREAK.  MY SENSE IS THAT -- DO YOU

03:35PM  21   OTHERWISE PASS FOR CAUSE THEN, SIR?

03:35PM  22          MR. DOWNEY:  I DO, YOUR HONOR.  YES.

03:35PM  23          THE COURT:  ALL RIGHT.  THANK YOU.

03:35PM  24      ANY FURTHER CHALLENGES FROM THE DEFENSE?

03:36PM  25          MR. DOWNEY:  NO, YOUR HONOR.

03:36PM 1          THE COURT:  FOR CAUSE CHALLENGES?

03:36PM 2          MR. DOWNEY:  NO FOR CAUSE CHALLENGES.

03:36PM 3          THE COURT:  ALL RIGHT.

03:36PM 4          MR. SCHENK:  NO, YOUR HONOR.

03:36PM 5          THE COURT:  IT SEEMS LIKE WHEN WE CAN CALL THE JURY

03:36PM 6   BACK, IT SOUNDS LIKE IT'S THE TIMING NOW IS TO BEGIN JURY

03:36PM 7   SELECTION PROPER, THAT IS, TO HAVE THE SIDES ENGAGE IN

03:36PM 8   EXERCISES, ANY PEREMPTORY CHALLENGES THAT YOU MIGHT HAVE.

03:36PM 9      YOU'VE BEEN PROVIDED A LIST, A RUNNING LIST I'LL CALL IT.

03:36PM 10          THE CLERK:  I'LL UPDATE IT.

03:36PM 11          THE COURT:  YOU'VE BEEN PROVIDED A LIST THAT HAS AT

03:36PM 12   LEAST CURRENTLY THE ROSTER, IF YOU WILL, OF JURORS.  WE WILL

03:36PM 13   NEED TO ADD THIS COMPLEMENT, TODAY'S COMPLEMENT TO THAT PANEL.

03:36PM 14      MY SENSE IS, MY MATH IS, WHICH IS NOT A STRONG SUIT OF

03:36PM 15   MINE, BUT MY MATH SUGGESTS THAT WE WILL HAVE SUFFICIENT NUMBER

03:36PM 16   OF JURORS IN THIS LIST TO SELECT A JURY FOR THE CASE.

03:37PM 17      WOULD YOU AGREE WITH THAT, MR. SCHENK?

03:37PM 18          MR. SCHENK:  YES, WE DO.

03:37PM 19          MR. DOWNEY:  I DO, YOUR HONOR.

03:37PM 20          THE COURT:  OKAY.  THANK YOU.

03:37PM 21      SO COMBINING, USING YESTERDAY'S PANEL WITH TODAY'S PANEL,

03:37PM 22   THAT WILL BE THE UNIVERSE, THE COMBINATION OF THE ROSTER, IF

03:37PM 23   YOU WILL.

03:37PM 24      I'M CURIOUS IF WE SHOULD, IF THIS COURT SHOULD EXCUSE THIS

03:37PM 25   JURY TODAY OR RELEASE THEM, NOT EXCUSE THEM BUT RELEASE THEM

03:37PM  1    TODAY, IT SEEMS LIKE WE CAN CONDUCT THE SELECTION PROCESS

03:37PM  2    WITHOUT THEM BEING PRESENT BECAUSE WE'RE DRAWING FROM

03:37PM  3    YESTERDAY'S PANEL AS WELL WHO OBVIOUSLY ARE NOT HERE.

03:37PM  4         IF I INFORM OR IF I WERE TO RELEASE THE JURY TODAY OR

03:37PM  5    EXCUSE THEM FOR TODAY WITH THE PROVISO THAT THEY WILL BE

03:37PM  6    CONTACTED SHOULD THEY BE SELECTED OR IF THEY NEED TO RETURN FOR

03:37PM  7    ANY PURPOSE, WE CAN DO THAT AS WELL.

03:37PM  8         WHAT ARE YOUR THOUGHTS ON THAT, MR. SCHENK?

03:38PM  9              MR. SCHENK:  I THINK THAT MAKES SENSE.  NO

03:38PM  10   OBJECTION.

03:38PM  11              MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

03:38PM  12              THE COURT:  AND THIS WILL ALLOW US TO ALSO SELECT

03:38PM  13   THE ALTERNATES THAT WILL NEED TO BE SELECTED AS WELL.  I THINK

03:38PM  14   OUR POOL SUFFICES FOR THAT AS WELL.

03:38PM  15              MR. DOWNEY:  MY MATH SUGGESTS THAT, BUT I DON'T HAVE

03:38PM  16   MATH AS A STRONG SUIT, EITHER.

03:38PM  17              THE COURT:  SO LET'S DO THAT THEN.

03:38PM  18        I'LL ASK MS. KRATZMANN TO NOTIFY THE JURY COMMISSIONER

03:38PM  19   DOWNSTAIRS THAT THE -- THAT WE HAVE -- THE COURT HAS EXCUSED

03:38PM  20   THOSE JURORS, THOSE FIVE JURORS THAT WE MENTIONED AND THAT THE

03:38PM  21   BALANCE OF THE PANEL ARE PERMITTED TO LEAVE THE COURT.  THEY'RE

03:38PM  22   NOT, THEY'RE NOT EXCUSED FROM JURY SERVICE, BUT THEY SHOULD,

03:38PM  23   THEY SHOULD JUST WAIT TO HEAR FROM THE COURT SHOULD THEY BE

03:38PM  24   CALLED BACK.

03:38PM  25              THE CLERK:  YOUR HONOR, CAN I JUST GET

03:38PM 1    CLARIFICATION?

03:38PM 2          I BELIEVE WE HAD THE FIVE JURORS EXCUSED, BUT JUROR 154,

03:38PM 3    THAT WOULD BE SIX TO BE EXCUSED; IS THAT CORRECT?

03:39PM 4          THE COURT:  MS. KRATZMANN, I SAID MATH WAS NOT MY

03:39PM 5    STRONG SUIT AND YOU WANTED TO PROVE THAT PUBLICLY, DIDN'T YOU?

03:39PM 6          (LAUGHTER.)

03:39PM 7          THE COURT:  THAT'S WHAT GOOD CLERKS ARE FOR, THEY

03:39PM 8    KEEP US ON OUR TOES.

03:39PM 9          SO IT LOOKS LIKE IT'S SIX.  I THINK YOUR MATH IS CORRECT.

03:39PM 10   SO THANK YOU FOR THAT, MS. KRATZMANN.

03:39PM 11         THE CLERK:  THANK YOU.

03:39PM 12         THE COURT:  SO WHAT WE'LL DO IS INDICATE TO OUR JURY

03:39PM 13   COMMISSIONER DOWNSTAIRS THAT THOSE JURORS WHO HAVE BEEN EXCUSED

03:39PM 14   ARE EXCUSED.

03:39PM 15         THE BALANCE SHOULD WAIT TO HEAR FROM THE COURT.  THE

03:39PM 16   ADMONITION REMAINS IN PLACE AS TO THEM.

03:39PM 17         LET'S SEE WHERE WE GO.  MY SENSE IS THAT WE'RE NOT GOING

03:39PM 18   TO BE ABLE TO -- IF WE SELECT A JURY TODAY, WHICH I'M CONFIDENT

03:39PM 19   WE WILL, WE'RE NOT GOING TO BRING THEM BACK TODAY FOR SWEARING

03:40PM 20   PURPOSES.

03:40PM 21         WHAT ARE YOUR THOUGHTS -- I MENTIONED THIS AT THE BREAK.

03:40PM 22   WHAT ARE YOUR THOUGHTS ABOUT WHEN WE SHOULD SWEAR IN THE PANEL

03:40PM 23   THEN.

03:40PM 24         MR. SCHENK?

03:40PM 25         MR. SCHENK:  YES, YOUR HONOR.

460

03:40PM 1      WE DISCUSSED THIS A WEEK OR TWO AGO, AND THE GOVERNMENT

03:40PM 2   SUGGESTED THAT WE WAIT TO SWEAR THEM IN UNTIL THE WEDNESDAY OF

03:40PM 3   OPENING.

03:40PM 4      THE COURT EXPRESSED A VIEW OR AT LEAST A THOUGHT THAT

03:40PM 5   THERE IS SOMETHING TO BE SAID FOR THE COURT TELLING THE JURY

03:40PM 6   YOU'RE NOW THE JURY, I'M SWEARING YOU IN, DON'T EXPOSE YOURSELF

03:40PM 7   TO ANY MEDIA, DON'T READ ANYTHING.

03:40PM 8      I THINK WHAT WE'VE SEEN OVER THE LAST TWO DAYS IS JURORS

03:40PM 9   HAVE A LOT OF FIDELITY TO THE INSTRUCTION PROVIDED IN THE

03:40PM 10  QUESTIONNAIRE.  THE JURORS TOOK THAT SERIOUSLY.  I THINK WE

03:40PM 11  SHOULD HAVE SOME MEASURE OF COMFORT THAT THE JURORS WILL NOT BE

03:40PM 12  EXPOSED TO ADDITIONAL MEDIA.

03:40PM 13     THE COURT CAN CERTAINLY ASK ON WEDNESDAY MORNING IF ANYONE

03:41PM 14  HAS BEEN EXPOSED TO IT, BUT I DON'T THINK IT'S NECESSARY TO

03:41PM 15  CALL IN THE 17, OR WHATEVER THE NUMBER WOULD BE FOR TOMORROW,

03:41PM 16  THE JURY PLUS THE ALTERNATES, JUST FOR THE PURPOSE OF SWEARING

03:41PM 17  THEM IN.

03:41PM 18     I DON'T NEED TO SAY A LOT ABOUT THE DISRUPTION TO

03:41PM 19  SOMEONE'S DAY OR THEIR LIFE TO COME INTO COURT JUST FOR THAT

03:41PM 20  SHORT PERIOD OF TIME.  I THINK THAT'S ALSO WORTH NOTING, BUT

03:41PM 21  CERTAINLY IF THERE WAS A SIGNIFICANT NEED TO DO IT, THAT

03:41PM 22  WOULDN'T BE AN OBSTACLE.

03:41PM 23          THE COURT:  OKAY.  THANK YOU.

03:41PM 24          MR. DOWNEY:  YOUR HONOR, I THINK WE'RE DISRUPTING

03:41PM 25  THESE PEOPLE WHO WILL BE SELECTED, THEIR LIVES A LOT, AND I

03:41PM  1    RECOGNIZE THAT.

03:41PM  2         IT WOULD BE MY PREFERENCE TO GET A JURY SWORN AS SOON AS

03:41PM  3    IT'S SEATED, BUT I LEAVE IT TO YOUR HONOR TO MAKE THE

03:41PM  4    DETERMINATION.

03:41PM  5              THE COURT:  ALL RIGHT.  THANK YOU.

03:41PM  6         YOU KNOW, I DON'T KNOW WHAT YOUR COMMENTS ARE OR IF YOU

03:41PM  7    HAVE ANY REGARDING, MR. DOWNEY, REGARDING THE JURY'S RESPONSES

03:41PM  8    TO THE QUESTION ABOUT MEDIA ACCESS.

03:42PM  9         I HAVE TO CONFESS, I'VE BEEN IMPRESSED WITH THEM ALSO.

03:42PM  10   THEY'VE TOLD US THAT THEY HAVE TURNED AWAY, THEY HAVEN'T

03:42PM  11   WATCHED THINGS.

03:42PM  12        MS. QUINTANILLA WAS VERY CANDID ABOUT HER HOUSEHOLD.  SHE

03:42PM  13   IS NOT GOING TO CHANGE THINGS, BUT SHE WILL LEAVE THE ROOM.

03:42PM  14        OTHER JURORS HAVE SAID, NO, I READ THIS.  I THINK ONE

03:42PM  15   JUROR TOLD US I SAW IT ON MY PHONE AND DIDN'T PUSH THE BUTTON,

03:42PM  16   DIDN'T CLICK.

03:42PM  17        I HAVE REMINDED THEM AT EACH BREAK WHAT THEY'RE NOT TO DO,

03:42PM  18   KIND OF A MODIFIED INSTRUCTION OF A PRELIMINARY AND FINAL

03:42PM  19   INSTRUCTION THAT THEY WOULD RECEIVE.

03:42PM  20        AND I, I -- MY SENSE IS THAT THEIR ANSWERS TO MY

03:42PM  21   QUESTIONS, MY OBSERVATIONS HAVE BEEN THAT, AND I SHARE

03:42PM  22   MR. SCHENK'S OBSERVATION, THEY'VE BEEN SINCERE IN THEIR

03:42PM  23   RESPONSES AND UNDERSTANDING THEIR RESPONSIBILITIES AND I

03:42PM  24   APPRECIATE THAT.  THAT'S BEEN -- MY SENSE IS THAT -- LET'S BE

03:42PM  25   CLEAR, THEY KNOW THE MEDIA IS INTERESTED IN THIS CASE, AND

03:43PM 1    THEY'VE -- WHEN THEY'VE COME IN THE COURTROOM, IT MAY BE -- I

03:43PM 2    DON'T KNOW WHAT THE FRONT DOOR LOOKS LIKE IN THE MORNING, BUT

03:43PM 3    MY SENSE IS THAT THEY'VE QUEUED UP WITH MEDIA AND OTHER

03:43PM 4    INTERESTED PEOPLE.  SO I THINK THEY UNDERSTAND THE IMPORTANCE

03:43PM 5    OF THAT.

03:43PM 6        I DON'T WANT TO DISRUPT.  I DON'T THINK IT'S NECESSARY TO

03:43PM 7    HAIL THEM IN TOMORROW TO BE SWORN IN AND INFORMED.

03:43PM 8        WE WILL INFORM THOSE JURORS WHO ARE SELECTED TODAY TO

03:43PM 9    RETURN WEDNESDAY NEXT, I BELIEVE IT IS THE 8TH, AT LEAST

03:43PM 10   POTENTIALLY AT 9:00 A.M. AT THIS TIME.

03:43PM 11       THAT STARTING TIME MAY ADJUST.  IT DEPENDS, AS I TOLD YOU

03:43PM 12   EARLY ON, THE GEOGRAPHY OF THE RESIDENTS OF OUR JURORS.  I

03:43PM 13   WOULD LIKE TO SEE IF WE COULD START EARLIER TO CAPTURE AS MUCH

03:43PM 14   COURT TIME AS WE CAN.  LET'S SEE WHERE THAT GOES.  BUT LET'S

03:44PM 15   NOT GET AHEAD OF OURSELVES.

03:44PM 16       LET'S TAKE A BREAK.  HOW MUCH TIME WOULD YOU LIKE TO

03:44PM 17   COLLECT YOUR THOUGHTS?

03:44PM 18       I SUPPOSE I WAS TALKING TO MY COURTROOM DEPUTY WHEN I SAID

03:44PM 19   THAT.  LET'S GO TO THE TOP OF THE HOUR, AND WE'LL SEE WHEN WE

03:44PM 20   COME BACK.

03:44PM 21            THE CLERK:  COURT IS IN RECESS.

03:44PM 22       (RECESS FROM 3:44 P.M. UNTIL 4:19 P.M.)

04:19PM 23            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

04:19PM 24   ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR

04:19PM 25   PROSPECTIVE PANEL IS NOT PRESENT.

04:19PM 1      I BELIEVE DURING THE BREAK MS. KRATZMANN HAD AN

04:19PM 2  OPPORTUNITY TO SHARE WITH COUNSEL THE ACCUMULATED, I'LL CALL

04:19PM 3  IT, ROSTER OF POTENTIAL JURORS HERE.

04:19PM 4      LET ME ASK BOTH SIDES WHETHER YOU'VE HAD AN OCCASION TO

04:19PM 5  REVIEW THAT ROSTER AND WHETHER YOU AGREE WITH IT?

04:19PM 6          MR. SCHENK:  WE HAVE REVIEWED IT, AND IT IS

04:20PM 7  ACCURATE.

04:20PM 8          MR. DOWNEY:  THE SAME WITH DEFENSE, WE HAVE HAD AN

04:20PM 9  OPPORTUNITY TO GO THROUGH IT AND IT IS ACCURATE.

04:20PM 10         THE COURT:  THANK YOU.  THANK YOU VERY MUCH.

04:20PM 11     AS I INDICATED AT OUR BREAK, THIS THEN DOES COMPRISE THE

04:20PM 12 UNIVERSE OF JURORS THAT I BELIEVE WOULD ALLOW FOR A JURY TO BE

04:20PM 13 SELECTED IN THIS CASE.

04:20PM 14     I NOTE THE HOUR.  IT'S ABOUT 25 PAST 4:00 O'CLOCK.  WHAT I

04:20PM 15 THINK I WILL DO IS I THINK -- I'VE THOUGHT ABOUT THIS, AND MY

04:20PM 16 SENSE IS THAT IT WILL BE BETTER TO BEGIN THIS JURY SELECTION

04:20PM 17 PROCESS TOMORROW MORNING.

04:20PM 18     WHAT I'D LIKE TO DO, FIRST OF ALL, IS I WILL EXCUSE GROUP

04:20PM 19 NUMBER 3, WHICH WAS THE OTHER GROUP THAT WE WERE GOING TO HAVE

04:20PM 20 TOMORROW IN LIGHT OF THE JURY SERVICE.  IN LIGHT OF THE ROSTER,

04:20PM 21 I DON'T BELIEVE THAT THEY'RE NECESSARY, MATHEMATICALLY

04:20PM 22 NECESSARY, SO I WOULD LIKE TO EXCUSE THEM.

04:20PM 23         ANY COMMENT FROM THE GOVERNMENT, MR. SCHENK, ON THAT?

04:21PM 24         MR. SCHENK:  NO, YOUR HONOR.

04:21PM 25         MR. DOWNEY:  WE CONCUR.

04:21PM  1        THE COURT:  SO, MADAM CLERK, IF YOU COULD CONTACT

04:21PM  2   THE JURY COMMISSIONER AND INDICATE GROUP 3 WILL NOT BE NEEDED

04:21PM  3   AND THEY'RE EXCUSED FROM FURTHER SERVICE.

04:21PM  4        THE CLERK:  YES, YOUR HONOR.

04:21PM  5        THE COURT:  I'LL ALSO ASK YOU, MADAM CLERK, TO

04:21PM  6   NOTIFY THE JURY COMMISSIONER THAT THE 41 PROSPECTIVE JURORS

04:21PM  7   THAT APPEAR IN OUR ROSTER LIST SHOULD BE SUMMONED TOMORROW

04:21PM  8   MORNING.  I'D LIKE THEM TO RETURN TOMORROW MORNING AND LET'S

04:21PM  9   HAVE THEM COME IN AT 9:30.

04:21PM  10       IS THAT POSSIBLE?

04:21PM  11       THE CLERK:  COME IN OR BE HERE?

04:21PM  12       THE COURT:  COME IN THE COURTHOUSE AND BE IN THE

04:21PM  13  JURY ASSEMBLY ROOM BY 9:30.

04:21PM  14       I'D LIKE US TO BEGIN THE WORK AT -- IS 9:00 O'CLOCK A GOOD

04:21PM  15  TIME TO DO THAT?  SHOULD WE START EARLIER?

04:21PM  16       MR. SCHENK:  9:00 O'CLOCK IS FINE.  THANK YOU.

04:21PM  17       MR. DOWNEY:  WHATEVER YOUR HONOR PREFERS.  9:00

04:22PM  18  O'CLOCK IS FINE.  EARLIER IS FINE.

04:22PM  19       THE COURT:  LET'S START AT 9:00 O'CLOCK TOMORROW

04:22PM  20  MORNING THEN, AND THAT WILL BE FOR COUNSEL TO ENGAGE ANY

04:22PM  21  PEREMPTORY CHALLENGES THAT YOU MIGHT HAVE AS TO THE FINAL JURY.

04:22PM  22       YOU KNOW THAT PROCESS, WE'VE GIVEN YOU A SHEET, AND I

04:22PM  23  THINK WE'VE GIVEN YOU THE SHEET, AND YOU'LL PASS THAT BACK AND

04:22PM  24  FORTH FROM YOU.

04:22PM  25       AGAIN, IT'S REQUIRED -- BECAUSE THE PROSPECTIVE JURORS

04:22PM 1    WON'T BE SITTING IN THE BOX, IT REQUIRES YOU TO DO THAT

04:22PM 2    VIRTUALLY WITH THE NOTES AND WITH THE ROSTER THAT WE HAVE.

04:22PM 3    I'LL REMIND YOU AGAIN OF THIS TOMORROW.

04:22PM 4        THE FIRST STRIKES, IF ANY, WILL BE FROM THE FIRST 12 ON

04:22PM 5    THE LIST.  THAT 12 WILL CONTINUE, YOU'LL ROTATE UP AND FILL

04:22PM 6    VIRTUALLY, IF YOU WILL, ANY STRIKES THAT ARE COMPRISED IN THAT.

04:22PM 7        WHICH IS TO SAY THAT YOUR STRIKE, YOUR FIRST STRIKES CAN'T

04:22PM 8    BE JUROR NUMBER 26, JUROR NUMBER 32.  YOU'D HAVE TO STAY IN

04:23PM 9    THAT CONFINE OF 12 AND KEEP THAT ROTATING.

04:23PM 10        ONCE WE DO HAVE AGREEMENT ON THE 12 JURORS, WE WILL THEN

04:23PM 11    MOVE TO THE SELECTION OF ALTERNATE JURORS, AND THAT -- THOSE

04:23PM 12    SELECTIONS WILL COME FROM THE BALANCE OF JURORS WHO ARE

04:23PM 13    REMAINING.  AND THE NEXT FIVE FOLLOWING THAT WILL BE THE

04:23PM 14    DEFAULT, IF YOU WILL, ALTERNATE JURORS, AND THAT WILL COMPRISE

04:23PM 15    THE UNIVERSE OF WHERE YOU'LL BEGIN YOUR SELECTIONS IF THAT

04:23PM 16    MAKES SENSE TO YOU.

04:23PM 17        I HOPE IT DOES.  OKAY.  ANYTHING FURTHER BEFORE WE RETIRE

04:23PM 18    FOR THE EVENING?

04:23PM 19            MR. SCHENK:  NO.

04:23PM 20            MR. DOWNEY:  NO, YOUR HONOR.

04:23PM 21            THE COURT:  ALL RIGHT.  THANK YOU FOR YOUR PATIENCE

04:23PM 22    TODAY.  WE'LL SEE YOU TOMORROW MORNING.

04:23PM 23            THE CLERK:  COURT IS ADJOURNED FOR THE DAY.

04:23PM 24        (COURT CONCLUDED AT 4:23 P.M.)

25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
17       CERTIFICATE NUMBER 8076

18       _____

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  SEPTEMBER 1, 2021

22

23

24

25