UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 3 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | SEPTEMBER 2, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 466 - 491 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

       (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTER:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

 1     A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                              725 TWELFTH STREET, N.W.
                                WASHINGTON, D.C. 20005
 6
                                LAW OFFICE OF JOHN D. CLINE
 7                              BY:  JOHN D. CLINE
                                ONE EMBARCADERO CENTER, SUITE 500
 8                              SAN FRANCISCO, CALIFORNIA 94111

 9
       ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
10                             BY:  ADELAIDA HERNANDEZ

11                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                  MADDI WACHS, PARALEGAL

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 |
| | 2 |
| 09:01AM | 3 |
| 09:01AM | 4 |
| 09:01AM | 5 |
| 09:01AM | 6 |
| 09:01AM | 7 |
| 09:01AM | 8 |
| 09:02AM | 9 |
| 09:02AM | 10 |
| 09:02AM | 11 |
| 09:02AM | 12 |
| 09:02AM | 13 |
| 09:02AM | 14 |
| 09:02AM | 15 |
| 09:02AM | 16 |
| 09:02AM | 17 |
| 09:02AM | 18 |
| 09:02AM | 19 |
| 09:02AM | 20 |
| 09:02AM | 21 |
| 09:02AM | 22 |
| 09:02AM | 23 |
| 09:03AM | 24 |
| 09:03AM | 25 |

1    SAN JOSE, CALIFORNIA                    SEPTEMBER 2, 2021

2                        P R O C E E D I N G S

3        (COURT CONVENED AT 9:01 A.M.)

4        (JURY OUT AT 9:01 A.M.)

5            THE COURT:  LET'S GO ON THE RECORD IN OUR MATTER.  I

6    SEE ALL COUNSEL PRESENT.

7        LET'S CAPTURE THE APPEARANCES, PLEASE.

8            MR. SCHENK:  GOOD MORNING, YOUR HONOR.

9        JEFF SCHENK ON BEHALF UNITED STATES.  WITH ME AT COUNSEL

10   TABLE ARE KELLY VOLKAR, JOHN BOSTIC, ROBERT LEACH, AND SPECIAL

11   AGENT ADDY HERNANDEZ FROM THE FBI.

12           THE COURT:  THANK YOU.  GOOD MORNING.

13       AND FOR THE DEFENSE?

14           MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

15       KEVIN DOWNEY FOR MS. HOLMES.  WITH ME ARE MY COLLEAGUES

16   LANCE WADE AND KATHERINE TREFZ.  OUR COCOUNSEL, JOHN CLINE, IS

17   WITH US HERE AS WELL.  AND MS. HOLMES IS PRESENT HERE IN COURT.

18           THE COURT:  THANK YOU VERY MUCH.

19       (DISCUSSION WITH THE COURT AND CLERK OFF THE RECORD.)

20           THE COURT:  THANK YOU, COUNSEL, FOR COMING IN THIS

21   MORNING.

22       WHAT I THOUGHT WE WOULD DO IS HAVE A CONVERSATION BEFORE

23   THE JURY -- OUR JURY HAS BEEN SUMMONED FOR 9:30.  WE'LL BRING

24   THEM IN, AND THEN WE CAN BEGIN YOUR JURY SELECTION EXERCISE OF

25   ANY PREEMPTS SHOULD YOU HAVE ANY.

| | | |
|---|---|---|
| 09:03AM | 1 | THERE ARE A COUPLE OF THINGS I WANTED TO TALK ABOUT. |
| 09:03AM | 2 | THERE IS SOMETHING THAT WAS JUST LEARNED RECENTLY -- A |
| 09:03AM | 3 | COUPLE OF THINGS THAT WERE LEARNED RECENTLY. |
| 09:03AM | 4 | BUT, MR. SCHENK, WHAT ARE THE THINGS YOU WOULD LIKE TO |
| 09:03AM | 5 | BRING TO THE COURT'S ATTENTION? |
| 09:03AM | 6 | MR. SCHENK:  YES.  THANK YOU, YOUR HONOR. |
| 09:03AM | 7 | THERE ARE TWO JURORS THAT HAVE COME TO THE GOVERNMENT'S |
| 09:03AM | 8 | ATTENTION THAT MAY NOT BE GREAT JURORS FOR THIS TRIAL.  I |
| 09:03AM | 9 | RAISED IT WITH THE DEFENSE, AND I THINK WE AGREE THAT BOTH |
| 09:03AM | 10 | SHOULD BE EXCUSED.  AND I CAN GO THROUGH EACH ONE FOR |
| 09:03AM | 11 | YOUR HONOR INDIVIDUALLY IF THAT'S THE WAY THAT YOUR HONOR WOULD |
| 09:03AM | 12 | LIKE TO PROCEED. |
| 09:03AM | 13 | THE COURT:  WHY DON'T WE DO THAT, PLEASE. |
| 09:03AM | 14 | MR. SCHENK:  JUROR 113 PROVIDED AN ANSWER ON HIS |
| 09:03AM | 15 | QUESTIONNAIRE TO I THINK IT WAS QUESTION NUMBER 50.  THAT |
| 09:03AM | 16 | ANSWER SUGGESTED THAT HE OR SOMEONE HE KNEW MAY HAVE BEEN |
| 09:03AM | 17 | ARRESTED. |
| 09:03AM | 18 | THE COURT ASKED A COUPLE OF QUESTIONS DURING ITS COURT |
| 09:04AM | 19 | CONDUCTED VOIR DIRE YESTERDAY.  ONE QUESTION ON PAGE 396 OF THE |
| 09:04AM | 20 | TRANSCRIPT AND ANOTHER ON PAGE 2 -- I'M SORRY, 424 OF THE |
| 09:04AM | 21 | TRANSCRIPT THAT I THINK WOULD HAVE ELICITED FURTHER INFORMATION |
| 09:04AM | 22 | REGARDING THIS PRIOR. |
| 09:04AM | 23 | THE JUROR REMAINED SILENT DURING THAT QUESTIONING, AND |
| 09:04AM | 24 | THAT CAUSES SOME CONCERN OBVIOUSLY ON THE GOVERNMENT'S PART, |
| 09:04AM | 25 | AND I DON'T WANT TO SPEAK FOR THE DEFENSE BUT I THINK ON THE |

09:04AM 1    DEFENSE'S PART AS WELL.

09:04AM 2        WHILE THE COURT CERTAINLY COULD BRING THE JUROR UP AND ASK

09:04AM 3    FURTHER QUESTIONS, I THINK WE HAVE SUFFICIENT INFORMATION THAT

09:04AM 4    BOTH SIDES FEEL COMFORTABLE EXCUSING THE JUROR AT THIS POINT,

09:04AM 5    BUT OBVIOUSLY WE WOULD DEFER TO THE COURT ON HOW THE COURT

09:04AM 6    WOULD LIKE TO HANDLE THAT ONE.

09:04AM 7        THE COURT:  THANK YOU.

09:04AM 8        MR. DOWNEY:  YOUR HONOR, WE BELIEVE THE JUROR CAN BE

09:04AM 9    DISMISSED AT THIS POINT.  IT MAY BE THAT THE JUROR IS ACTUALLY

09:04AM 10   INELIGIBLE TO SERVE, BUT I DON'T THINK WE NEED TO GO THAT FAR.

09:04AM 11       I THINK THERE WERE ACTUALLY A SERIES OF QUESTIONS THAT

09:04AM 12   SHOULD HAVE ELICITED INFORMATION THAT WOULD HAVE BEEN

09:05AM 13   RESPONSIVE THAT WOULD HAVE BEEN RELEVANT, AND THOSE QUESTIONS

09:05AM 14   WEREN'T ANSWERED, AND THE INFORMATION WAS NOT BROUGHT FORWARD.

09:05AM 15   SO IT WOULD BE OUR VIEW THAT THE JUROR CAN BE DISMISSED NOW.

09:05AM 16       THE COURT:  ALL RIGHT.  THANK YOU.  THANK YOU FOR

09:05AM 17   THIS.

09:05AM 18       THIS WAS BROUGHT TO MY ATTENTION YESTERDAY AFTER WE HAD

09:05AM 19   LEFT.  MS. KRATZMANN SHARED WITH ME SOME INFORMATION RECEIVED.

09:05AM 20   I HAD BEEN THINKING ABOUT WHETHER OR NOT WE SHOULD SUMMON THIS

09:05AM 21   JURY UP AND I SHOULD HAVE A CONVERSATION WITH HIM.

09:05AM 22       IT APPEARS THAT AT LEAST FROM THE INFORMATION THAT I HAVE,

09:05AM 23   WHEN THE QUESTION WAS POSED, AS YOU ALL KNOW, WE ASKED THE

09:05AM 24   QUESTIONS, AND I'D WAIT FOR THE RAISE OF HANDS IN RESPONSE TO

09:05AM 25   THOSE QUESTIONS.  AND IN REGARDS TO QUESTION 50, HE DIDN'T

09:05AM 1      RAISE HIS HAND.

09:05AM 2           AND THEN WE SUBSEQUENTLY LEARNED THAT THERE WAS

09:05AM 3      INFORMATION TO THAT ANSWER THAT HE SHOULD HAVE RAISED HIS HAND

09:05AM 4      AND THEN DISCUSSED IT.

09:05AM 5           THE COURT ALSO SAID, AS IT DID AT THE OUTSET AS TO ANY

09:06AM 6      QUESTION THAT THE COURT POSES OR THE LAWYERS POSE THAT WE CAN

09:06AM 7      SPEAK PRIVATELY ABOUT THAT, AND I THINK I WAS EMPHATIC ABOUT

09:06AM 8      THAT TO ALLOW PROSPECTIVE JURORS THE OPPORTUNITY TO HAVE A

09:06AM 9      PRIVATE CONVERSATION SHOULD THEY WISH FOR WHATEVER REASON.

09:06AM 10          AND THIS, THIS PARTICULAR JUROR WHO WAS SEATED CLOSE TO

09:06AM 11     THE BENCH, NOT IN THE AUDIENCE, FAILED TO RAISE HIS HAND IN

09:06AM 12     RESPONSE TO THAT QUESTION.

09:06AM 13          THAT WAS VERY DISAPPOINTING TO ME.  I LEARNED NOW.  I

09:06AM 14     DON'T KNOW IF THAT WAS AN ACTUAL EVASION.  WAS IT THE FACT THAT

09:06AM 15     THIS JUROR DID NOT HEAR THE COURT?

09:06AM 16          I'VE REVIEWED THE TRANSCRIPT LAST NIGHT TO SEE WHETHER OR

09:06AM 17     NOT I HAD ACTUALLY ASKED THAT QUESTION, AND I WAS CONFIRMED

09:06AM 18     THAT I DID ASK THE QUESTION, AND IT'S THE QUESTION THAT I

09:06AM 19     TYPICALLY ASK OF EVERY TRIAL.

09:06AM 20          SO I'M DISAPPOINTED.  THAT'S AN UNDERSTATEMENT.  I DON'T

09:07AM 21     KNOW IF THIS PARTICULAR JUROR WAS BEING EVASIVE OR LACKED THE

09:07AM 22     VERACITY INTENTIONALLY WITH THE COURT.

09:07AM 23          NOW, I COULD CALL THIS JUROR UP AND WE COULD HAVE A

09:07AM 24     CONVERSATION WITH THE JUROR ABOUT THE RESPONSE.  THE

09:07AM 25     INFORMATION I RECEIVED IS, AS YOU POINT OUT, OR I THINK

09:07AM  1     MR. DOWNEY POINTS OUT, MAYBE HE WOULD BE INITIALLY INELIGIBLE

09:07AM  2     FOR JURY SERVICE BASED ON THE INFORMATION THAT WE HAVE.  WE

09:07AM  3     COULD RECEIVE CLARIFICATION OF THAT.

09:07AM  4         I'M NOT SURE THAT WOULD HELP US.  I DON'T THINK IT SERVES

09:07AM  5     ANY PURPOSE.  I DON'T PERSONALLY RELISH THE FACT OF DRESSING

09:07AM  6     SOMEBODY DOWN FOR BEING LESS THAN CANDID WITH THE COURT.  I

09:07AM  7     DON'T THINK IN LIGHT OF WHERE WE ARE NOW, I DON'T THINK IT

09:07AM  8     SERVES ANY PURPOSE TO DO THAT.

09:07AM  9         I HAVE GREAT DISAPPOINTMENT.  IN FACT, IF HE WOULD COME UP

09:07AM  10    I WAS THINKING THIS MORNING WOULD I HAVE TO THEN HAVE TO TALK

09:08AM  11    TO HIM ABOUT HIS FIFTH AMENDMENT RIGHT?  HE WAS UNDER OATH, AND

09:08AM  12    HE DIDN'T RESPOND.  THE QUESTION IS A FAILURE TO RESPOND IN

09:08AM  13    AFFIRMATIVE DISAVOWMENT.

09:08AM  14        SO RATHER THAN GET INTO ALL OF THIS, I APPRECIATE YOUR

09:08AM  15    MEET AND CONFER ABOUT THIS, AND I AGREE THE APPROPRIATE THING

09:08AM  16    TO DO, JUST BASED ON THE CONDUCT HERE, THIS JUROR IS NOT FIT

09:08AM  17    FOR SERVICE, AND I'M GOING TO STRIKE HIM, JUROR NUMBER 113 IS

09:08AM  18    STRICKEN, AND HE CAN BE, HE CAN BE DISMISSED.

09:08AM  19             THE CLERK:  YES, YOUR HONOR.

09:08AM  20             MR. SCHENK:  THANK YOU, YOUR HONOR.

09:08AM  21        WE ALSO HAVE INFORMATION ABOUT JUROR NUMBER 130.  THE

09:08AM  22    SPOUSE OF SOMEONE ON THE PROSECUTION TEAM WORKS FOR THE COUNTY

09:08AM  23    COUNSEL'S OFFICE.

09:08AM  24        WE DISCOVERED LAST NIGHT THAT THIS SPOUSE HAS WORKED WITH

09:08AM  25    JUROR NUMBER 130 IN THE PAST.  THE SPOUSE HAS A DIFFERENT LAST

| | | |
|---|---|---|
| 09:08AM | 1 | NAME, SO WE HAVE NO REASON TO THINK THAT WHEN MR. MURPHY |
| 09:08AM | 2 | ANSWERED THE COURT'S QUESTION ABOUT WHETHER MR. MURPHY KNEW |
| 09:08AM | 3 | ANYBODY ON EITHER SIDE THAT HE WAS EVASIVE.  AGAIN, A DIFFERENT |
| 09:09AM | 4 | LAST NAME, SO I DON'T THINK HE WOULD HAVE HAD A REASON TO MAKE |
| 09:09AM | 5 | A CONNECTION. |
| 09:09AM | 6 | BUT WE RAISED THAT KNOWLEDGE, THAT RELATIONSHIP WITH THE |
| 09:09AM | 7 | DEFENSE THIS MORNING AND WE AGREE, I THINK BOTH SIDES AGREE |
| 09:09AM | 8 | THAT BECAUSE OF THE EXISTENCE OF THAT RELATIONSHIP WE ALSO |
| 09:09AM | 9 | COULD EXCUSE JUROR 130. |
| 09:09AM | 10 | MR. DOWNEY:  LET ME SAY FIRST, I TAKE MR. BOSTIC AT |
| 09:09AM | 11 | HIS WORD.  I THINK HE LEARNED THIS LAST NIGHT.  WE WOULD BE |
| 09:09AM | 12 | UNCOMFORTABLE WITH THE SITUATION BECAUSE, AGAIN, DISCOVERY |
| 09:09AM | 13 | DURING THE COURSE OF THE TRIAL COULD PRESENT COMPLICATIONS.  SO |
| 09:09AM | 14 | WE MOVE FOR DISMISSAL OF THE JUROR FOR CAUSE ON THE BASIS THAT |
| 09:09AM | 15 | I BELIEVE BOTH TEAMS HAVE JUST DISCOVERED. |
| 09:09AM | 16 | THE COURT:  ALL RIGHT.  ANY OBJECTION TO THAT? |
| 09:09AM | 17 | MR. SCHENK:  NO OBJECTION.  THANK YOU. |
| 09:09AM | 18 | THE COURT:  ALL RIGHT.  AND I'M SORRY, THE JUROR WAS |
| 09:09AM | 19 | MR. MALO -- |
| 09:09AM | 20 | MR. SCHENK:  MURPHY. |
| 09:09AM | 21 | THE COURT:  MURPHY, PARDON ME.  THANK YOU. |
| 09:09AM | 22 | THEN WE WILL STRIKE MR. MURPHY.  I DON'T HAVE HIS JURY |
| 09:09AM | 23 | NUMBER. |
| 09:09AM | 24 | MR. SCHENK:  IT'S 130. |
| 09:10AM | 25 | THE COURT:  THANK YOU.  HE'LL BE STRICKEN FOR CAUSE. |

09:10AM  1        WITH THOSE TWO STRIKES, I THINK WE ARE AT THE MINIMUM

09:10AM  2   NEEDED.  ASSUMING EVERYONE EXERCISES EVERY PEREMPTORY CHALLENGE

09:10AM  3   THEY HAVE, WE DO HAVE A COMPLEMENT SUFFICIENT TO SELECT 12

09:10AM  4   MEMBERS OF A JURY AND 5 ALTERNATES.

09:10AM  5        SO WE WILL -- WITH THOSE TWO STRIKES, WE HAVE ASKED OUR

09:10AM  6   JURY TO COME AT 9:30, I THINK, TO COLLECT THEMSELVES.  WE'LL

09:10AM  7   EXCUSE THOSE TWO JURORS WHO WE JUST HAVE HAD CONVERSATIONS

09:10AM  8   ABOUT.

09:10AM  9        BUT I -- IS THERE ANYTHING ELSE BEFORE I ASK WHETHER

09:10AM  10  YOU'RE READY TO BEGIN YOUR SELECTION?

09:10AM  11            MR. SCHENK:  NOTHING FROM THE GOVERNMENT.  THANK

09:10AM  12  YOU.

09:10AM  13            MR. DOWNEY:  NOTHING FROM MS. HOLMES.

09:10AM  14            THE COURT:  SHOULD WE ENGAGE THE SELECTION THEN NOW?

09:10AM  15  YOU HAVE THE SHEET.

09:10AM  16            THE CLERK:  I NEED TO UPDATE THE SHEET, YOUR HONOR,

09:10AM  17  WITH THE CHANGES.  IF I COULD HAVE A FEW MINUTES.

09:10AM  18            THE COURT:  SURE.  SHOULD WE TAKE A RECESS WHILE

09:10AM  19  WE --

09:10AM  20            THE CLERK:  YES.  IT SHOULD BE ABOUT FIVE MINUTES.

09:10AM  21            THE COURT:  WHY DON'T WE DO THAT.  WE'LL COME BACK

09:11AM  22  OUT IN FIVE MINUTES, AND WE'LL START THE SELECTION PROCESS.

09:11AM  23            MR. DOWNEY:  THANK YOU.

09:11AM  24            MR. LEACH:  THANK YOU.

09:11AM  25        (RECESS FROM 9:11 A.M. UNTIL 9:22 A.M.)

09:22AM  1          THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

09:22AM  2   ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN, AND

09:22AM  3   WE'RE OUTSIDE OF THE PRESENCE OF THE PROSPECTIVE JUROR PANEL.

09:22AM  4   THEY'RE DOWNSTAIRS.

09:23AM  5          I THINK MS. KRATZMANN HAS PROVIDED YOU WITH THE UPDATED

09:23AM  6   SELECTION LIST?

09:23AM  7          MR. SCHENK:  YES, SHE HAS.  THANK YOU.

09:23AM  8          THE COURT:  ALL RIGHT.  THANK YOU.

09:23AM  9          JUST A COUPLE OF THINGS.  YOU WILL EXCHANGE THE LIST AS

09:23AM  10  YOU ENGAGE ANY STRIKES THAT YOU HAVE.  A PASS IS NOT A STRIKE.

09:23AM  11  TWO PASSES IN SUCCESSION MEANS WE HAVE A JURY, AND WHEN YOU

09:23AM  12  HAVE COMPLETED YOUR PROCESS OR THERE ARE TWO PASSES IN

09:23AM  13  SUCCESSION, YOU SHOULD LET MS. KRATZMANN KNOW, AND SHE'LL TAKE

09:23AM  14  THE FORM FROM YOU.

09:23AM  15         IF YOU HAVE ANY QUESTIONS ABOUT THAT, PLEASE LET

09:23AM  16  MS. KRATZMANN KNOW.

09:23AM  17         ANYTHING FURTHER BEFORE WE BEGIN THE PROCESS?

09:23AM  18         MR. SCHENK:  NO, YOUR HONOR.

09:23AM  19         MR. DOWNEY:  NO, YOUR HONOR.

09:23AM  20         THE COURT:  YOU CAN START YOUR SELECTION.  THANK

09:23AM  21  YOU.

09:23AM  22         THE CLERK:  YOUR MICROPHONES ARE OFF, COUNSEL.

09:23AM  23  MICROPHONES ARE OFF.

09:23AM  24         MR. WADE:  THANK YOU.

09:23AM  25         MR. SCHENK:  THANK YOU.

09:24AM 1        (COUNSEL ARE MAKING THEIR SELECTIONS.)

09:34AM 2            THE COURT:  COUNSEL, MS. KRATZMANN HAS INFORMED ME

09:34AM 3    AND PROVIDED ME WITH THE JURY SELECTION LIST THAT THE PARTIES

09:34AM 4    HAVE REACHED AGREEMENT AS TO THE 12 JURORS WHO WILL SIT IN THIS

09:34AM 5    CASE.

09:34AM 6        IS THAT CORRECT, MR. SCHENK?

09:34AM 7            MR. SCHENK:  NO, YOUR HONOR.

09:34AM 8            THE COURT:  MR. DOWNEY?

09:34AM 9            MR. DOWNEY:  YES.

09:35AM 10           THE COURT:  ALL RIGHT.  I WILL RETURN THIS SHEET TO

09:35AM 11   YOU NOW, AND MS. KRATZMANN WILL DELIVER IT TO YOU AND YOU WILL

09:35AM 12   BEGIN SELECTING THE FIVE ALTERNATES WHO WILL ENGAGE THIS

09:35AM 13   PROCESS.

09:35AM 14           MR. SCHENK:  YES.

09:35AM 15           THE COURT:  AND THEN MY PLAN IS THAT WE WILL SUMMON

09:35AM 16   THOSE 17 TO THE COURTROOM.  WE WILL THEN SWEAR THE 12, AND THEN

09:35AM 17   WE'LL SWEAR THE 5 ALTERNATES, AND WE'LL PROCEED.  I'M NOT GOING

09:35AM 18   TO PRELIMINARILY INSTRUCT TODAY.  I DO, OF COURSE, HAVE AN

09:35AM 19   ADMONITION THAT I WISH TO READ TO ALL OF THE JURORS AT THAT

09:35AM 20   TIME.

09:35AM 21       ALL RIGHT.  THANK YOU.  I'LL HAND THIS BACK, AND YOU CAN

09:35AM 22   BEGIN YOUR SELECTION PROCESS FOR ALTERNATES.

09:35AM 23       (HANDING.)

09:35AM 24       (COUNSEL ARE MAKING THEIR SELECTIONS.)

09:46AM 25           THE CLERK:  COUNSEL?

09:46AM 1          MR. DOWNEY:  I THINK THEY NEED ANOTHER MINUTE.

09:46AM 2          THE COURT:  OKAY.

09:46AM 3      (COUNSEL ARE MAKING THEIR SELECTIONS.)

09:51AM 4          THE COURT:  COUNSEL, IT APPEARS THAT YOU HAVE

09:51AM 5  REACHED AGREEMENT ON THE ALTERNATES AS WELL?

09:52AM 6          MR. SCHENK:  YES, YOUR HONOR.

09:52AM 7          MR. DOWNEY:  YES, YOUR HONOR.

09:52AM 8          THE COURT:  ALL RIGHT.  THANK YOU.

09:52AM 9      WHAT I'D LIKE TO DO NEXT IS I'M GOING TO SUMMON THE ENTIRE

09:52AM 10  PANEL UP, AND THOSE FOLKS WHO ARE SEATED ON THE LEFT SIDE OF

09:52AM 11  THE COURTROOM, I'M GOING TO ASK YOU TO PLEASE MOVE OVER SO THE

09:52AM 12  JURY CAN TAKE THOSE SEATS.

09:52AM 13      I'M CALLING THE ENTIRE PANEL UP.  WHEN THEY COME UP, I'LL

09:52AM 14  ASK MS. KRATZMANN TO CALL OUT THE NUMBERS OF THOSE JURORS WHO

09:52AM 15  HAVE BEEN SELECTED TO SIT AS JURORS IN THE TRIAL.  WE WILL THEN

09:52AM 16  SWEAR THOSE JURORS.

09:52AM 17      I'LL THEN ASK MS. KRATZMANN TO CALL OUT THE NUMBERS OF

09:52AM 18  JURORS WHO HAVE BEEN CALLED TO SIT AS ALTERNATES.  THEY WILL

09:52AM 19  TAKE THAT FIRST ROW IN THE GALLERY FOR NOW, AND WE'LL SWEAR THE

09:52AM 20  ALTERNATES.

09:52AM 21      I THEN WANT TO THANK THE BALANCE OF THE JURORS WHO CAME

09:52AM 22  UP.  THAT'S WHY I'M CALLING THE PANEL UP.  I DO WANT TO THANK

09:52AM 23  THEM.  I DON'T WANT THEM TO LEAVE WITHOUT THE OPPORTUNITY TO

09:52AM 24  EXTEND THE COURT'S GRATITUDE AS WELL AS COUNSEL'S GRATITUDE TO

09:53AM 25  THEM AS WELL.

09:53AM  1          SO WE WILL DO THAT.  I WILL DISMISS THOSE JURORS WHO WERE

09:53AM  2   NOT SELECTED, AND THEN I'LL HAVE SOME BRIEF COMMENTS TO THE

09:53AM  3   JURY ABOUT OUR PROCESS.

09:53AM  4          I WILL READ THEM AN ADMONITION.

09:53AM  5          AND THEN MS. KRATZMANN IS GOING TO MEET WITH THEM TO GO

09:53AM  6   OVER CERTAIN PROTOCOLS THAT WE WILL HAVE.  SHE MIGHT HAVE THEIR

09:53AM  7   JUROR BADGES AND THOSE TYPES OF THINGS.

09:53AM  8          THEN WE'LL BREAK, AND WE'LL RECONVENE AFTER THE HOLIDAYS.

09:53AM  9   I BELIEVE IT'S NEXT WEDNESDAY WHEN WE'RE SCHEDULED TO MEET AT

09:53AM  10  9:00 A.M.  I THINK THAT'S RIGHT.

09:53AM  11         ANY DISTURBANCE IN THAT SCHEDULE FOR NOW?

09:53AM  12              MR. SCHENK:  NO, YOUR HONOR.

09:53AM  13              THE COURT:  ALL RIGHT.  THANK YOU.

09:53AM  14              THE CLERK:  I NEED A FEW MINUTES.

09:53AM  15              THE COURT:  YOU NEED A MINUTE?

09:53AM  16              THE CLERK:  MORE THAN A FEW MINUTES.

09:53AM  17         (LAUGHTER.)

09:53AM  18              THE CLERK:  IF I CAN?

09:53AM  19              THE COURT:  OF COURSE.  OF COURSE.

09:54AM  20         (PAUSE IN PROCEEDINGS.)

09:54AM  21              THE COURT:  COUNSEL, JUST TO REFRESH YOUR

09:54AM  22  RECOLLECTION, WE'LL SEAT A IN THE BOX AND N, AND THEN THE FIRST

09:54AM  23  ROW BEHIND YOU, BEHIND THE PROSECUTION THERE WILL BE USED FOR

09:54AM  24  FIVE SEATS.  IT MAY BE THE ALTERNATES WILL SIT THERE INITIALLY.

09:54AM  25         WE'RE GOING TO KEEP THE ROW BEHIND THE ALTERNATES OR

09:54AM   1      BEHIND THAT JURY CLEAR FOR THE TRIAL SO NO ONE IS SITTING

09:54AM   2      IMMEDIATELY BEHIND THEM.  THAT ROW WILL BE KEPT BLANK OPEN.

09:54AM   3          WHAT I INTEND TO DO DURING THE TRIAL IS ROTATE OUR JURORS

09:55AM   4      AS WELL SO THOSE SITTING IN THOSE SEATS AND OUTSIDE OF THE BOX

09:55AM   5      AS WELL GENERALLY WILL HAVE AN OPPORTUNITY TO MOVE INTO THE

09:55AM   6      WELL AND EXPERIENCE THE TRIAL THAT WAY.  THAT'S MY INTENT.  I

09:55AM   7      HOPE THAT CAN WORK OUT.  I THINK WE CAN WORK THE LOGISTICS OF

09:55AM   8      THAT OUT.

09:55AM   9          ANY QUESTIONS ABOUT THAT?

09:55AM  10              MR. SCHENK:  NO.

09:55AM  11              MR. DOWNEY:  NO, YOUR HONOR.

09:59AM  12          (PAUSE IN PROCEEDINGS.)

10:01AM  13              THE CLERK:  YOUR HONOR, IF I MAY CALL UP THE JURY?

10:01AM  14              THE COURT:  YES.

10:03AM  15          (PAUSE IN PROCEEDINGS.)

10:03AM  16              THE COURT:  GOOD MORNING.  PLEASE COME IN AND HAVE A

10:03AM  17      SEAT IN THE GALLERY.  YES, THANK YOU, SIR.

10:06AM  18          (SELECTED JURORS AND ALTERNATES BEING SEATED.)

10:07AM  19          (JURY IN AT 10:07 A.M.)

10:07AM  20              THE COURT:  ALL RIGHT.  THANK YOU, LADIES AND

10:07AM  21      GENTLEMEN.  WE'RE ON THE RECORD.

10:07AM  22          ALL COUNSEL ARE PRESENT, AND MS. HOLMES IS PRESENT.  OUR

10:07AM  23      PROSPECTIVE PANEL HAS BEEN CALLED UP.

10:07AM  24          LADIES AND GENTLEMEN, PROSPECTIVE JURORS, I WANTED TO SEAT

10:07AM  25      YOU ALL IN THAT AREA.

10:07AM 1      WE'RE GOING TO NOW -- I'M GOING TO ASK MS. KRATZMANN TO

10:08AM 2   CALL OUT THE JUROR NUMBERS AND NAMES OF THOSE, FIRST OF ALL,

10:08AM 3   WHO HAVE BEEN SELECTED TO SIT AS JURORS IN THIS CASE.

10:08AM 4      PLEASE LISTEN CLOSELY FOR YOUR NAME AND NUMBER TO BE

10:08AM 5   CALLED.  MS. KRATZMANN WILL CALL IT OUT.  WOULD YOU PLEASE,

10:08AM 6   WHEN YOUR NAME IS CALLED, WOULD YOU PLEASE COME FORWARD.

10:08AM 7      AND WE'RE GOING TO BE SITTING IN SEAT A; IS THAT CORRECT,

10:08AM 8   MS. KRATZMANN?

10:08AM 9           THE CLERK:  YES, YOUR HONOR.

10:08AM 10          THE COURT:  RIGHT.  AND THEN WE'RE GOING ACCORDINGLY

10:08AM 11  DOWN.

10:08AM 12     LADIES AND GENTLEMEN, THE LAWYERS HAVE MET, AND THEY HAVE

10:08AM 13  MADE THEIR DECISIONS AS TO THE JURY IN THIS CASE.  WE WILL

10:08AM 14  FIRST CALL OUT THOSE MEMBERS WHO HAVE BEEN SELECTED TO HEAR THE

10:08AM 15  CASE AS 12 JURORS.

10:08AM 16     I WILL THEN ASK MS. KRATZMANN TO ADMINISTER THE OATH TO

10:08AM 17  THOSE 12 JURORS.

10:08AM 18     I'LL THEN ASK MS. KRATZMANN TO CALL OUT THE NAMES OF THOSE

10:08AM 19  FIVE INDIVIDUALS WHO HAVE BEEN SELECTED TO SIT AS ALTERNATES IN

10:08AM 20  THIS TRIAL.  WE'LL HAVE THE ALTERNATES PROBABLY TAKE THE FRONT

10:09AM 21  ROW, IF POSSIBLE, AND THEN MS. KRATZMANN WILL SWEAR IN THE

10:09AM 22  ALTERNATES.

10:09AM 23     I'LL THEN HAVE SOME FURTHER COMMENTS AND GIVE YOU ADVICE

10:09AM 24  AS TO WHAT WE'RE GOING TO DO NEXT, THAT IS, THE SEATED JURORS.

10:09AM 25     MS. KRATZMANN, IF YOU COULD PLEASE CALL OUT THE NAMES OF

10:09AM 1    THOSE 12 INDIVIDUALS WHO HAVE BEEN SELECTED TO SIT AS JURORS IN

10:09AM 2    THIS CASE.

10:09AM 3              THE CLERK:  YES, YOUR HONOR.

10:09AM 4         MR. HANG, H-A-N-G.  IF YOU'LL TAKE SEAT A, PLEASE.

10:09AM 5         MR. ESPINOSA, SEAT B.

10:10AM 6         MR. BETTS.  IF YOU'LL TAKE SEAT C, PLEASE.

10:10AM 7         MS. NGUYEN.  THAT'S MINH, M-I-N-H, MS. MINH NGUYEN.

10:10AM 8              JUROR:  WHICH ONE?

10:10AM 9              THE CLERK:  YOU, M-I-N-H.  IF YOU'LL TAKE SEAT D,

10:10AM 10   PLEASE.

10:10AM 11        MS. HERNANDEZ.  SEAT E IN THE FIRST ROW.

10:11AM 12        MR. KAATZ, K-A-A-T-Z.

10:11AM 13             JUROR:  KAATZ?

10:11AM 14             THE CLERK:  KAATZ.

10:11AM 15             JUROR:  OH, BOY.

10:11AM 16             THE CLERK:  IF YOU'LL TAKE SEAT F, PLEASE.

10:11AM 17        MS. HERNANDEZ-PEREZ.  IF YOU'LL TAKE THE NEXT SEAT IN

10:11AM 18   ORDER, THAT'S G.

10:11AM 19        MS. STEFANEK.

10:12AM 20        MR. ROBBINS.

10:12AM 21             THE COURT:  MR. ROBBINS WILL TAKE SEAT?

10:12AM 22             THE CLERK:  SEAT I, PLEASE.  YES.  THANK YOU.

10:12AM 23        MR. GUERRERO.  YOU'RE IN SEAT J.

10:12AM 24        MR. KEW, K-E-W.  SIR, YOU WILL TAKE SEAT L WHICH IS RIGHT

10:12AM 25   IN FRONT OF THE BAR AREA.

| | | |
|---|---|---|
| 10:12AM | 1 | MS. GALANTE, YOU'LL TAKE SEAT M. |
| 10:13AM | 2 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:13AM | 3 | LADIES AND GENTLEMEN, THE 12 OF YOU HAVE BEEN SELECTED TO |
| 10:13AM | 4 | SIT AS JURORS IN THIS CASE. |
| 10:13AM | 5 | I'M NOW GOING TO ASK YOU TO PLEASE STAND AND RAISE YOUR |
| 10:13AM | 6 | RIGHT HANDS.  MS. KRATZMANN IS GOING TO ADMINISTER THE OATH TO |
| 10:13AM | 7 | YOU. |
| 10:13AM | 8 | (SELECTED JURORS WERE GIVEN THE OATH.) |
| 10:13AM | 9 | JURORS:  YES. |
| 10:13AM | 10 | THE COURT:  THANK YOU VERY MUCH.  PLEASE BE SEATED. |
| 10:13AM | 11 | I'M NOW GOING TO ASK MS. KRATZMANN TO CALL OUT THOSE FIVE |
| 10:13AM | 12 | NAMES OF INDIVIDUALS WHO HAVE BEEN SELECTED TO SERVE AS |
| 10:13AM | 13 | ALTERNATE JURORS. |
| 10:13AM | 14 | I'D LIKE YOU TO SIT IN THE FRONT ROW.  ARE THERE THREE |
| 10:14AM | 15 | PEOPLE IN THAT FRONT ROW NOW?  COULD I ASK YOU PLEASE TO MOVE, |
| 10:14AM | 16 | PLEASE.  THANK YOU.  I'M SORRY FOR THE INCONVENIENCE. |
| 10:14AM | 17 | MS. KRATZMANN, IF YOU WOULD CALL THOSE NAMES, PLEASE. |
| 10:14AM | 18 | THE CLERK:  ALTERNATE 1, MR. BEDNAR.  IF YOU'LL TAKE |
| 10:14AM | 19 | SEAT N, PLEASE. |
| 10:14AM | 20 | ALTERNATE 2, MS. MUNOZ, MS. GOMEZ-MUNOZ.  IF YOU'LL PLEASE |
| 10:15AM | 21 | TAKE SEAT O. |
| 10:15AM | 22 | ALTERNATE 3, MS. SALTING. |
| 10:15AM | 23 | ALTERNATE 4, MS. MASON-BURCHELL. |
| 10:15AM | 24 | ALTERNATE 5, MR. LEE.  IF YOU'LL TAKE SEAT R, PLEASE. |
| 10:15AM | 25 | THE COURT:  THANK YOU.  AND IF OUR ALTERNATES COULD |

10:15AM   1    PLEASE STAND AND RAISE YOUR RIGHT HAND, WE HAVE A SPECIAL OATH

10:15AM   2    FOR YOU AS WELL.

10:16AM   3         (ALTERNATE JURORS WERE GIVEN THE OATH.)

10:16AM   4          JURORS:  YES.

10:16AM   5         THE COURT:  THANK YOU VERY MUCH.  PLEASE BE SEATED.

10:16AM   6    THE RECORD SHOULD REFLECT THAT WE HAVE SELECTED OUR 12

10:16AM   7    JURORS WHO WILL HEAR THE CASE AS WELL AS 5 ALTERNATES.  THEY

10:16AM   8    HAVE ALL BEEN SWORN.

10:16AM   9    LADIES AND GENTLEMEN, BEHIND YOU -- I WANT TO SPEAK TO

10:16AM   10   THOSE BEHIND YOU, PROSPECTIVE JURORS WHO ARE SITTING BEHIND OUR

10:16AM   11   ALTERNATES.  I WANT TO TAKE A MOMENT TO FIRST OF ALL RECOGNIZE

10:16AM   12   DISAPPOINTMENT IN YOUR FACES.

10:16AM   13        (LAUGHTER.)

10:16AM   14        THE COURT:  I'M SERIOUS ABOUT THAT.  I'M SERIOUS

10:16AM   15   ABOUT THAT.  YOU CAME HERE AND YOU SAT FOR TWO DAYS TO SERVE

10:16AM   16   YOUR COMMUNITY FOR JURY SERVICE, AND I DO ANTICIPATE AND RATHER

10:17AM   17   EXPECT THAT THERE IS DISAPPOINTMENT THAT YOU COULD NOT CONTINUE

10:17AM   18   YOUR JURY SERVICE AT LEAST IN THIS CASE.

10:17AM   19   SO LET ME TELL YOU THAT WE HAVE A VERY EFFECTIVE JURY

10:17AM   20   COMMISSIONER, AND I EXPECT IT MAY COME TO PASS IN THE NEAR

10:17AM   21   FUTURE I'LL BE ABLE TO SEE YOU AGAIN AND PERHAPS MAYBE YOU'LL

10:17AM   22   BE PART OF A JURY IN A JURY TRIAL IN THIS BUILDING.

10:17AM   23   BUT I DO WANT TO THANK YOU.  I'M GOING TO RELEASE YOU IN

10:17AM   24   JUST A MOMENT.  I COULDN'T DO THAT THOUGH WITHOUT OFFERING ON

10:17AM   25   BEHALF OF ALL OF THE JUDGES OF THE NORTHERN DISTRICT OF

10:17AM 1    CALIFORNIA OUR THANKS FOR YOUR SERVICE.

10:17AM 2         I SAY THAT ALSO AND I HAVE AUTHORITY TO EXPRESS GRATITUDE

10:17AM 3    FROM THESE LAWYERS HERE AS WELL, BOTH TABLES, THEY ALSO EXTEND

10:17AM 4    THEIR GRATITUDE TO YOU FOR COMING FORWARD, SERVING, ANSWERING

10:17AM 5    THE QUESTIONS THAT WE HAVE, AND SITTING FOR CONSIDERATION ON

10:17AM 6    THIS TRIAL.

10:17AM 7         I'M REALLY GRATEFUL THAT YOU WOULD DO THAT.

10:17AM 8         MY REGRET IS THAT PERHAPS I DIDN'T GET TO MEET YOU MORE AS

10:17AM 9    A SITTING JUROR AND TO WORK WITH YOU, BUT AS I SAID, I'M SURE

10:18AM 10   THERE ARE MANY OPPORTUNITIES IN THE FUTURE THAT WILL PRESENT

10:18AM 11   FOR THAT.

10:18AM 12        IT'S SO IMPORTANT NOW FOR YOU TO COME FORWARD AND SERVE

10:18AM 13   YOUR COMMUNITY AS I INDICATED IN MY OPENING REMARKS.

10:18AM 14        SO I HOPE YOU TAKE SOME PRIDE IN YOUR SERVICE HERE.  I

10:18AM 15   HOPE YOU ENJOYED YOUR BRIEF TIME HERE AND THAT YOU WALK AWAY

10:18AM 16   WITH AN EDUCATIONAL EXPERIENCE AND ALSO YOU'LL TAKE SOME PRIDE

10:18AM 17   IN YOUR JUSTICE SYSTEM AND YOUR COURTS.

10:18AM 18        SO THANK YOU VERY MUCH.  THOSE OF YOU WHO WERE NOT

10:18AM 19   SELECTED, YOU MAY LEAVE IF YOU WISH.  YOU MAY REMAIN.  IT'S A

10:18AM 20   PUBLIC COURTROOM AND IT BELONGS TO YOU, BUT THANK YOU VERY

10:18AM 21   MUCH.

10:18AM 22        THE CLERK:  THEY CAN JUST GO HOME.

10:18AM 23        THE COURT:  AND YOU CAN JUST GO.  YOU DON'T NEED TO

10:18AM 24   CHECK IN DOWNSTAIRS.  THANK YOU.

10:19AM 25        (PROSPECTIVE JURORS OUT AT 10:19 A.M.)

10:19AM  1          THE COURT:  ALL RIGHT.  THANK YOU.

10:19AM  2          THE RECORD SHOULD REFLECT THAT THE BALANCE OF THE

10:19AM  3     PROSPECTIVE JURORS LEFT THE COURTROOM.  ALL OF OUR JURORS AND

10:19AM  4     ALTERNATES REMAIN.

10:19AM  5          LADIES AND GENTLEMEN, I WANT TO TAKE A COUPLE OF MINUTES

10:19AM  6     TO EXPLAIN TO YOU WHAT IS GOING TO HAPPEN NEXT AND HOW THINGS

10:19AM  7     ARE GOING TO PROCEED.

10:19AM  8          WE'RE GOING TO TAKE A BREAK IN JUST A MOMENT, AND I'LL ASK

10:19AM  9     YOU TO COME BACK WEDNESDAY NEXT, NEXT WEDNESDAY TO START OUR

10:19AM 10     TRIAL.  WHAT YOU WILL START WITH WILL BE PRELIMINARY

10:19AM 11     INSTRUCTIONS THAT I WILL GIVE TO YOU.  I WILL READ TO YOU

10:19AM 12     PRELIMINARY INSTRUCTIONS THAT WILL GUIDE YOU AS THE TRIAL

10:19AM 13     STARTS.

10:19AM 14          AFTER THAT I'LL ASK THE PARTIES IF THEY HAVE ANY OPENING

10:19AM 15     STATEMENTS THAT THEY WISH TO MAKE.  IF THEY DO, WE'LL START

10:19AM 16     WITH THE GOVERNMENT'S OPENING STATEMENT AND FOLLOWING THAT THE

10:19AM 17     DEFENSE, IF THEY CHOOSE TO GIVE AN OPENING STATEMENT AT THAT

10:19AM 18     TIME.

10:19AM 19          AFTER THOSE OPENING STATEMENTS, WE WILL THEN BEGIN

10:19AM 20     EVIDENCE, AND THAT MEANS, AS YOU RECALL, THE GOVERNMENT WILL

10:20AM 21     CALL WITNESSES OR INTRODUCE EXHIBITS IN THE TRIAL PROCESS AND

10:20AM 22     THE EVIDENTIARY PROCESS OF THE TRIAL WILL THEN BEGIN.

10:20AM 23          WE'LL MEET, AS I INDICATED, ON THOSE DATES.  AGAIN, THOSE

10:20AM 24     SCHEDULES MAY CHANGE.  I MAY ASK YOU DURING THE COURSE OF THE

10:20AM 25     TRIAL WHETHER YOUR SCHEDULES MIGHT PERMIT US MEETING EARLIER

10:20AM  1    THAN 9:00 O'CLOCK, 8:30, SOMETHING LIKE THAT, DEPENDING ON

10:20AM  2    GEOGRAPHY AND TRAVEL AND COMMUTES.  WE'LL LOOK INTO THAT.

10:20AM  3         SOMETIMES PEOPLE WHO LIVE OVER THE HILL I'LL CALL IT,

10:20AM  4    SANTA CRUZ COUNTY, SOMETIMES THEY TELL ME IT'S EASIER TO GET

10:20AM  5    HERE IN THE MORNING AND LEAVE EARLIER IN THE MORNING AND WE CAN

10:20AM  6    INCORPORATE THAT INTO OUR SCHEDULE IF NEEDED AND APPROPRIATE.

10:20AM  7         IT MAY BE THAT ON SOME DAYS I'LL ASK IN ADVANCE, I'LL GIVE

10:20AM  8    YOU NOTICE, THAT WE MAY GO A LITTLE LATER JUST BECAUSE OF

10:20AM  9    WITNESS SCHEDULES, EVIDENCE SCHEDULES.  THAT SOMETIMES COMES UP

10:21AM 10    AS WELL.  THAT CREATES SOME ISSUES.

10:21AM 11         BUT I'LL GIVE YOU AS MUCH OF ADVANCE NOTICE AS I CAN FOR

10:21AM 12    YOUR PLANNING.

10:21AM 13         IF YOU HAVE ANY CONFLICTS THAT COME UP, YOU SHOULD LET

10:21AM 14    MS. KRATZMANN KNOW IN ADVANCE.  WHEN WE FINISH HERE TODAY, THAT

10:21AM 15    IS, WHEN I STEP DOWN AND WE FINISH THESE PROCEEDINGS,

10:21AM 16    MS. KRATZMANN WILL STAY WITH YOU, AND SHE WILL GIVE YOU SOME

10:21AM 17    INFORMATION.  SHE'LL PROVIDE YOU CONTACT INFORMATION.  SHE'LL

10:21AM 18    GIVE YOU INFORMATION ON HOW YOU CAN COME IN AND ACCESS THE

10:21AM 19    COURT AND JURY BADGES, WHICH WILL ENHANCE AND EASE YOUR ACCESS

10:21AM 20    TO THE COURT.  SO SHE'LL DO ALL OF THAT WITH YOU WHEN WE'RE

10:21AM 21    GONE.  SO SHE'LL ENGAGE THAT.

10:21AM 22         WE WERE GOING TO TAKE YOU NEXT DOOR TO SHOW YOU THE ROOM

10:21AM 23    THAT WE'LL USE FOR YOUR DELIBERATIONS AND MEETINGS, AND I'M

10:21AM 24    INFORMED THAT OUR I.T. STAFF MAY BE WORKING IN THERE.  SO THAT

10:21AM 25    MAY NOT BE AVAILABLE.  IF IT BECOMES AVAILABLE, MS. KRATZMANN

10:21AM  1    WILL TAKE YOU NEXT DOOR TO SHOW YOU THAT AS WELL AND GIVE YOU

10:22AM  2    THAT INFORMATION AS WELL.

10:22AM  3         LET ME TELL YOU ONE THING THAT I'M THINKING OF DOING, AND

10:22AM  4    I HOPE I CAN ENGAGE THIS THROUGHOUT THE TRIAL.  IT'S A LONG

10:22AM  5    TRIAL.  I MAY TRY TO SEE IF WE CAN ROTATE YOUR SEATING, THAT

10:22AM  6    IS, WE MIGHT GO A WEEK AT A TIME AND HAVE FOLKS ROTATE OUT FROM

10:22AM  7    THE BOX HERE AND ROTATE OUT TO THE BENCH SO OUR FRIENDS IN THE

10:22AM  8    FRONT ROW THERE, THE ALTERNATE JURORS, CAN ALSO COME IN AND SIT

10:22AM  9    BACK IN THE BOXES IF POSSIBLE.  THAT MAY ALLOW FOR BETTER

10:22AM  10   COMFORT PERHAPS AND A FEELING OF GREATER PARTICIPATION.

10:22AM  11        I KNOW IT'S DIFFICULT TO BE SEATED THE ENTIRETY OF THE

10:22AM  12   TIME OUT BEHIND THAT RAIL.

10:22AM  13        I AM ALSO GOING TO ORDER THAT THE SEAT, THAT IS, THE PEW

10:22AM  14   THAT IS BEHIND WHERE OUR ALTERNATES ARE SEATED NOW, THAT IS

10:22AM  15   GOING TO REMAIN VACANT AND OPEN THROUGHOUT THE TRIAL.  I'M NOT

10:22AM  16   GOING TO HAVE ANYONE SIT BEHIND THE JURORS WHO ARE SEATED IN

10:23AM  17   THAT FRONT ROW.  AND WE'LL MARK THAT AS INDICATED.

10:23AM  18        SO NO ONE WILL BE SITTING BEHIND THE JURORS WHO ARE SEATED

10:23AM  19   THERE.

10:23AM  20        MS. KRATZMANN WILL TELL YOU ABOUT -- SHE'LL PROVIDE TO YOU

10:23AM  21   AND GIVE YOU INFORMATION ABOUT NOTE PADS.

10:23AM  22        THE LAWYERS HAVE INDICATED TO ME THAT THEY'RE GOING TO

10:23AM  23   PREPARE AND I'VE ASKED THEM TO PREPARE TRIAL BINDERS.  AND EACH

10:23AM  24   JUROR WILL HAVE A BINDER.  THE BINDERS WILL HAVE AND I EXPECT

10:23AM  25   WE'LL BE ABLE TO PROVIDE PHOTOGRAPHS OF EVERY WITNESS WHO

10:23AM 1    TESTIFIES IN THIS CASE FOR YOU TO PUT IN THAT BINDER.  YOU KNOW

10:23AM 2    IT'S GOING TO BE A LONG TRIAL, AND I'VE ASKED THE LAWYERS TO

10:23AM 3    PROVIDE THOSE PHOTOGRAPHS SUCH THAT YOUR MEMORY AT THE TIME

10:23AM 4    WHEN YOU DELIBERATE THE CASE, THOSE PHOTOGRAPHS MIGHT BE OF

10:23AM 5    SOME ASSISTANCE TO YOU AS YOU REVIEW THE EVIDENCE, THE

10:23AM 6    TESTIMONY, AND THE EXHIBITS.  THAT WILL BE PROVIDED FOR YOU AS

10:23AM 7    WELL, AND YOU'LL BE ABLE TO LEAVE THOSE BINDERS HERE IN COURT

10:24AM 8    IN THE DELIBERATION ROOM EACH DAY.  SO WE DO WANT TO PROVIDE

10:24AM 9    THAT FOR YOU AS WELL.

10:24AM 10       LET ME ASK COUNSEL, ANY OTHER QUESTIONS?  COMMENTS?

10:24AM 11           MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

10:24AM 12           MR. DOWNEY:  NOTHING, YOUR HONOR.

10:24AM 13           THE COURT:  ALL RIGHT.  THANK YOU.

10:24AM 14    SO, LADIES AND GENTLEMEN, WITH THAT WE WILL BREAK FOR THE

10:24AM 15    DAY.  HOWEVER, I DO WANT TO READ YOU AN ADMONITION.

10:24AM 16       YOU'RE ABOUT TO TAKE OUR FIRST BREAK AS A SWORN JURY IN

10:24AM 17    THE TRIAL.  REMEMBER, UNTIL THE TRIAL IS OVER, DO NOT DISCUSS

10:24AM 18    THIS CASE WITH ANYONE, INCLUDING YOUR FELLOW JURORS, MEMBERS OF

10:24AM 19    YOUR FAMILY, PEOPLE INVOLVED IN THE TRIAL, OR ANYONE ELSE, AND

10:24AM 20    DO NOT ALLOW OTHERS TO DISCUSS THE CASE WITH YOU.

10:24AM 21       THIS RESTRICTION INCLUDES DISCUSSING THE CASE IN PERSON,

10:24AM 22    IN WRITING, BY PHONE, TABLET, COMPUTER, OR ANY OTHER MEANS VIA

10:25AM 23    EMAIL, TEXT MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG,

10:25AM 24    WEBSITE, OR APPLICATION, INCLUDING BUT NOT LIMITED TO FACEBOOK,

10:25AM 25    YOUTUBE, TWITTER, INSTAGRAM, LINKEDIN, SNAPCHAT, TIKTOK OR ANY

10:25AM 1    OTHER FORMS OF SOCIAL MEDIA.

10:25AM 2        IF ANYONE TRIES TO COMMUNICATE WITH YOU ABOUT THE CASE,

10:25AM 3    PLEASE LET ME KNOW ABOUT IT IMMEDIATELY.  DO NOT READ, WATCH,

10:25AM 4    OR LISTEN TO ANY NEWS REPORTS OR OTHER ACCOUNTS ABOUT THE TRIAL

10:25AM 5    OR ANYONE ASSOCIATED WITH IT, INCLUDING ANY ONLINE INFORMATION.

10:25AM 6        DO NOT DO ANY RESEARCH SUCH AS CONSULTING DICTIONARIES,

10:25AM 7    SEARCHING THE INTERNET OR USING OTHER REFERENCE MATERIALS, AND

10:25AM 8    DO NOT MAKE ANY INVESTIGATION ABOUT THE CASE ON YOUR OWN.

10:25AM 9        FINALLY, KEEP AN OPEN MIND UNTIL ALL OF THE EVIDENCE HAS

10:26AM 10    BEEN PRESENTED AND YOU HAVE HEARD THE ARGUMENTS OF COUNSEL, MY

10:26AM 11    INSTRUCTIONS ON THE LAW, AND THE VIEWS OF YOUR FELLOW JURORS.

10:26AM 12        NOW, LADIES AND GENTLEMEN, AS I'VE TOLD YOU BEFORE, THIS

10:26AM 13    CASE MUST BE DECIDED SOLELY AND EXCLUSIVELY ON THE EVIDENCE

10:26AM 14    WHICH WILL BE RECEIVED HERE IN COURT AND ALSO IN ACCORDANCE

10:26AM 15    WITH MY INSTRUCTIONS TO YOU AT THE CONCLUSION OF THE CASE.

10:26AM 16        I'VE TOLD YOU BEFORE, A DAY AGO, THAT ALL PARTIES HERE

10:26AM 17    HAVE A CONSTITUTIONAL RIGHT TO A FAIR TRIAL, THE GOVERNMENT AND

10:26AM 18    MS. HOLMES.  IT'S YOUR OBLIGATION TO FOLLOW THIS ADMONITION AS

10:26AM 19    I'VE READ IT TO YOU.

10:26AM 20        WE'VE TALKED ABOUT THE DIFFICULTIES THAT MAY COME IN

10:26AM 21    STAYING AWAY FROM MEDIA.  I HAVE MADE SUGGESTIONS ABOUT TURNING

10:26AM 22    OFF YOUR NOTIFICATIONS AND THOSE TYPES OF THINGS.  I'M SURE YOU

10:27AM 23    WILL BE CREATIVE IN YOUR ENDEAVOR TO KEEP FREE FROM ANY OUTSIDE

10:27AM 24    INFORMATION AS WELL.  THAT'S VERY IMPORTANT THAT YOU DO THAT.

10:27AM 25        ONE OTHER THING THAT I WILL DO WHEN WE RECONVENE EACH DAY,

10:27AM 1    I AM GOING TO ASK EACH OF YOU, AND IT MIGHT BE COLLECTIVELY,

10:27AM 2    BUT I'M GOING TO PUT THE QUESTION TO YOU WHETHER OR NOT DURING

10:27AM 3    OUR BREAK YOU HAVE, YOU HAVE BEEN EXPOSED TO ANY MEDIA, YOU'VE

10:27AM 4    SEEN MEDIA, YOU'VE HEARD MEDIA, OR ANYTHING THAT YOU MIGHT HAVE

10:27AM 5    EXPOSURE TO, AND I'M GOING TO ASK YOU TO PLEASE REPORT THAT TO

10:27AM 6    THE COURT SO THE COURT AND THE PARTIES CAN HEAR OF ANY INCIDENT

10:27AM 7    AND WE CAN DISCUSS IT.

10:27AM 8         SO I'LL BE ASKING YOU THAT QUESTION EACH DAY.  SO I GIVE

10:27AM 9    YOU THAT IN ADVANCE.  PLEASE BEAR THAT IN MIND AS YOU CONDUCT

10:27AM 10   YOURSELVES.

10:27AM 11        I'M NOW GOING TO -- I THINK WE CAN RECESS WITH OUR JURY.

10:27AM 12        ANYTHING ELSE FROM THE GOVERNMENT?

10:27AM 13            MR. SCHENK:  NO.  THANK YOU.

10:27AM 14            MR. DOWNEY:  NO, YOUR HONOR.

10:27AM 15            THE COURT:  ALL RIGHT.  YOU HAVE BADGES?

10:28AM 16            THE CLERK:  I DO.  I NEED NEW ONES, THOUGH.

10:28AM 17            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH,

10:28AM 18   LADIES AND GENTLEMEN.  IT'S A PLEASURE MEETING YOU.  I LOOK

10:28AM 19   FORWARD TO WORKING WITH YOU AS DO THESE LAWYERS IN THIS TRIAL.

10:28AM 20        PLEASE REMEMBER THE ADMONITION.  THIS ADMONITION IS ALWAYS

10:28AM 21   IN PLACE.  IT IS NOT JUST IN THE COURTROOM, IT'S WITH YOUR

10:28AM 22   PERSONAL LIVES, AT HOME, THE THINGS THAT YOU DO WHEN YOU'RE

10:28AM 23   OUTSIDE OF COURT, THIS WILL STAY WITH YOU.

10:28AM 24        IF YOU NEED TO DISCUSS ANYTHING ABOUT THE TRIAL OR ANY

10:28AM 25   ISSUE, YOU'LL PLEASE CONTACT MS. KRATZMANN AND SHE CAN TAKE

10:28AM    1     CARE OF THAT.

10:28AM    2          ALL RIGHT.   THANK YOU VERY MUCH.   WE'LL BE IN RECESS.

10:28AM    3     THANK YOU.

10:28AM    4              THE CLERK:   COURT IS IN RECESS.   COURT IS ADJOURNED.

10:28AM    5          (COURT ADJOURNED AT 10:28 A.M.)

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074

17

18         DATED:  SEPTEMBER 2, 2021

19

20

21

22

23

24

25