<pre>
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                         SAN JOSE DIVISION

 4

 5    UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
                                     )
 6                   PLAINTIFF,      )  SAN JOSE, CALIFORNIA
                                     )
 7           VS.                     )  VOLUME 4
                                     )
 8    ELIZABETH A. HOLMES,           )  SEPTEMBER 8, 2021
                                     )
 9                   DEFENDANT.      )  PAGES 492 - 646
      _____)
10

11                TRANSCRIPT OF TRIAL PROCEEDINGS
         BEFORE THE HONORABLE EDWARD J. DAVILA
12              UNITED STATES DISTRICT JUDGE

13    A P P E A R A N C E S:

14    FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

      OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER
</pre>

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   AMY SAHARIA
                                725 TWELFTH STREET, N.W.
 6                              WASHINGTON, D.C. 20005

 7                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
 8                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
 9

10     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
11
                                OFFICE OF THE U.S. ATTORNEY
12                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
13
                                WILLIAMS & CONNOLLY
14                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25
```

1

2                     INDEX OF PROCEEDINGS

3

4    OPENING STATEMENT BY MR. LEACH           P. 531

5    OPENING STATEMENT BY MR. WADE            P. 559

6

7                     INDEX OF WITNESSES

8    GOVERNMENT'S:

9    **SO HAN SPIVEY (DANISE YAM)**
     DIRECT EXAM BY MR. LEACH                 P. 616
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

495

1                    <u>INDEX OF EXHIBITS</u>

2
                                      IDENT.        EVIDENCE
3   <u>GOVERNMENT'S:</u>

4
    578                                                637
5

6
    <u>DEFENDANT'S:</u>
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   | 1 | SAN JOSE, CALIFORNIA                    SEPTEMBER 8, 2021 |
|---|---|---|
| 08:17AM | 2 | P R O C E E D I N G S |
| 08:35AM | 3 | (COURT CONVENED AT 8:35 A.M.) |
| 08:35AM | 4 | (JURY OUT AT 8:35 A.M.) |
| 08:36AM | 5 | THE COURT:  LET'S GO ON THE RECORD IN 18-258, UNITED |
| 08:36AM | 6 | STATES VERSUS ELIZABETH HOLMES. |
| 08:36AM | 7 | LET ME FIRST CAPTURE THE APPEARANCES OF THE PARTIES, |
| 08:36AM | 8 | PLEASE. |
| 08:36AM | 9 | WHO APPEARS FOR THE GOVERNMENT? |
| 08:36AM | 10 | MR. LEACH:  GOOD MORNING, YOUR HONOR. |
| 08:36AM | 11 | ROBERT LEACH ON BEHALF OF THE UNITED STATES. |
| 08:36AM | 12 | I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, KELLY VOLKAR, |
| 08:36AM | 13 | SPECIAL AGENT ADDY HERNANDEZ, AND ALSO JUST BEHIND COUNSEL |
| 08:36AM | 14 | TABLE IS OUR PARALEGAL LAKISHA HOLLIMAN. |
| 08:36AM | 15 | THE COURT:  THANK YOU.  GOOD MORNING.  THANK YOU, |
| 08:36AM | 16 | ALL OF YOU. |
| 08:36AM | 17 | WHO APPEARS FOR THE DEFENSE? |
| 08:36AM | 18 | MR. WADE:  GOOD MORNING, YOUR HONOR.  I HOPE YOU HAD |
| 08:36AM | 19 | A NICE WEEKEND. |
| 08:36AM | 20 | THE COURT:  I DID, THANK YOU. |
| 08:36AM | 21 | MR. WADE:  LANCE WADE APPEARING FOR MS. HOLMES. |
| 08:36AM | 22 | WITH ME IS MY PARTNER, KEVIN DOWNEY, AND KATIE TREFZ. |
| 08:36AM | 23 | MS. SAHARIA IS BACK THERE, ALONG WITH MR. CLINE. |
| 08:37AM | 24 | MS. HOLMES IS PRESENT IN THE COURTROOM THIS MORNING. |
| 08:37AM | 25 | THE COURT:  GOOD MORNING.  THANK YOU EVERYONE. |

08:37AM  1      WE ARE OUTSIDE OF THE PRESENCE OF THE JURY.

08:37AM  2      THE JURY IS BEING BROUGHT UP NOW, AND I JUST WANTED TO

08:37AM  3  HAVE SOME DISCUSSIONS ABOUT SOME MATTERS.

08:37AM  4      FIRST OF ALL, THERE WAS A MOTION FILED.  WE'VE COME TO

08:37AM  5  DOCKET 1000 IN THIS CASE, AND THAT WAS FILED, I BELIEVE IT WAS

08:37AM  6  MONDAY, LABOR DAY, AT 8:03 A.M. AS I CHECKED THE DOCKET.

08:37AM  7      THIS WAS A DEFENSE MOTION REGARDING EXCLUDING CERTAIN

08:37AM  8  TESTIMONY OF POTENTIAL WITNESSES BASED ON A REPRESENTATION FROM

08:37AM  9  THE GOVERNMENT OF WHAT WITNESSES MIGHT BE CALLED THIS WEEK TO

08:37AM 10  TESTIFY.

08:37AM 11      I RECEIVED THAT.

08:37AM 12      I ASKED THE GOVERNMENT TO PROVIDE ANY OPPOSITION OR

08:37AM 13  RESPONSE THAT THEY WISHED.  I HAD THEM DO THAT BY 4:00 P.M.

08:37AM 14  YESTERDAY.  I RECEIVED THEIR RESPONSE AND OPPOSITION, AND

08:38AM 15  THAT'S OPPOSITION 1004, AND I'VE READ THOSE.

08:38AM 16      I BELIEVE YOU SHOULD HAVE RECEIVED LAST NIGHT, THE COURT

08:38AM 17  ISSUED A BRIEF ORDER IN REGARDS TO THE MOTION, AND IN ESSENCE

08:38AM 18  THE COURT IS DEFERRING, DEFERRING THE REQUEST.

08:38AM 19      THE COURT DOES FIND, AND I THINK I INDICATED IN MY BRIEF

08:38AM 20  ORDER -- IT WAS A PAGE AND A HALF OR A COUPLE OF PARAGRAPHS --

08:38AM 21  BUT I THINK I INDICATED THAT THE COURT, WHILE RECOGNIZING THE

08:38AM 22  REASON AS STATED IN THE MOTION FOR EXCLUSION, THE COURT FINDS

08:38AM 23  THAT IT'S PREMATURE.

08:38AM 24      THE COURT NOTES, OF COURSE, THE TRIAL PROCESS CONSISTS OF

08:38AM 25  WITNESSES BEING CALLED TO TESTIFY, THEY'RE PLACED UNDER OATH TO

08:38AM 1   TELL THE TRUTH, AND THEN QUESTIONS ARE POSED TO THE WITNESS.

08:38AM 2   IF A PARTY WISHES TO OBJECT TO A QUESTION, THEY MAY DO SO.  IF

08:38AM 3   NECESSARY, THE COURT CAN INQUIRE OF THE PARTIES OF FURTHER

08:38AM 4   INFORMATION OR THE COURT WILL RULE ON THE OBJECTION AT THAT

08:39AM 5   TIME.

08:39AM 6       ALL OF THIS OCCURS, AS WE KNOW, IN FRONT OF AND IN THE

08:39AM 7   PRESENCE OF THE JURY.

08:39AM 8       NOW, OBJECTING BY MOTION OUTSIDE OF THE PRESENCE OF A JURY

08:39AM 9   MAY SEEM TO BE A TOOL TO AFFORD EFFICIENCY, AND IT DOES DO

08:39AM 10  THAT.  WHEN WE HAVE OUR PRETRIAL CONFERENCES, THIS IS EXACTLY

08:39AM 11  WHAT HAPPENS AT PRETRIAL CONFERENCES.  THE PARTIES CAN FILE

08:39AM 12  MOTIONS, LODGE OBJECTIONS TO ANTICIPATED EVIDENCE.  USUALLY

08:39AM 13  IT'S BLOCKS OF EVIDENCE OR TYPES OF EVIDENCE THAT REALLY DOES

08:39AM 14  ASSIST THE EFFICIENCY OF THE TRIAL.

08:39AM 15      IT GIVES THE PARTIES AN IDEA OF HOW TO PRESENT THEIR CASE

08:39AM 16  WHEN THE COURT FEELS THE APPROPRIATE PRESENTATION OF THE

08:39AM 17  EVIDENCE MIGHT BE AS TO A CERTAIN TYPE STYLE.

08:39AM 18      I THINK YOU HAVE BENEFIT OF DOCKET 798, WHICH IS THE

08:39AM 19  COURT'S RULING ON THE MOTIONS IN LIMINE THAT WE HAD A COUPLE OF

08:40AM 20  DAYS DISCUSSION ON.

08:40AM 21      WHEN WE DO -- AND I'M NOT BEING CRITICAL OF THE DEFENSE,

08:40AM 22  BUT RULING BY MOTION OUTSIDE OF THE PRESENCE OF THE JURY ON

08:40AM 23  CERTAIN TESTIMONY, ANTICIPATED TESTIMONY REGARDING POTENTIAL

08:40AM 24  QUESTIONS THAT MAY BE ASKED BASED ON A 302 OR OTHER EVIDENCE

08:40AM 25  THAT PRESENTS ITSELF DOES CREATE PROBLEMS FOR RULING BECAUSE

08:40AM  1    THERE'S NO CONTEXT.  IT'S IN THE ABSTRACT.

08:40AM  2        AND THE CONTEXTUAL PART OF A QUESTION, THE CONTEXTUAL PART

08:40AM  3    OF THE EVIDENCE AS IT DEVELOPS, YOU ALL KNOW THIS, IS IMPORTANT

08:40AM  4    FOR THE COURT TO UNDERSTAND AND TO RULE APPROPRIATELY ON AN

08:40AM  5    OBJECTION THAT MIGHT COME UP.

08:40AM  6        I EXPECT AND I KNOW THAT ALL OF YOU ARE GOING TO FOLLOW

08:40AM  7    THE RULES OF EVIDENCE.  YOU MAY STIPULATE TO EVIDENCE THAT IS

08:40AM  8    RECEIVED, OR YOU MAY OBJECT TO CERTAIN PROCEEDINGS, AND THAT'S

08:40AM  9    PART OF THE TRIAL PROCESS.

08:41AM 10        WHILE THE MOTION AFFORDS SOME EFFICIENCY, AND I APPRECIATE

08:41AM 11    THAT, BUT SOMETIMES THOSE EFFICIENCIES NEED TO TAKE A BACK SEAT

08:41AM 12    TO THE ACTUAL TRIAL PROCESS OCCURRING SO THE COURT CAN

08:41AM 13    UNDERSTAND THE QUESTIONS, UNDERSTAND THE CONTEXT OF IT, AND IT

08:41AM 14    MIGHT BE DEVELOPED BASED A LITTLE BIT MORE THEN ON A 302 OR

08:41AM 15    SOMETHING ELSE.

08:41AM 16        SO WHAT I INDICATED IN MY MOTION, MY ORDER, WAS THAT I

08:41AM 17    THOUGHT THE MOTION WAS PREMATURE.  I APPRECIATE THE MOTION

08:41AM 18    BECAUSE IT DID GIVE NOTICE TO THE GOVERNMENT AS TO SOME

08:41AM 19    ANTICIPATED PROBLEMS.  SHOULD THE GOVERNMENT PROVIDE QUESTIONS

08:41AM 20    WITHOUT APPROPRIATE FOUNDATION, FOR EXAMPLE, IT WOULD CERTAINLY

08:41AM 21    GIVE THE COURT AN IDEA OF WHAT POTENTIALLY COULD HAPPEN.

08:41AM 22        SO IT DID SERVE SOME USEFULNESS FOR THAT AND I DO NOT MEAN

08:41AM 23    TO SUGGEST THAT IT WAS NOT USEFUL, NOR TO BE CRITICAL OF IT.

08:41AM 24        WHAT I WILL SAY IS THAT THE TIMING OF IT WAS SOMEWHAT

08:42AM 25    PROBLEMATIC.  THE COURT WAS CLOSED ON LABOR DAY, IT WAS A

08:42AM  1    HOLIDAY.  OF COURSE THAT DOES NOT MEAN THE COURT WAS NOT

08:42AM  2    WORKING.  I'M HEARTENED TO SEE THAT COUNSEL WAS WORKING ON

08:42AM  3    LABOR DAY AND THEY FILED IT AT 8:03 A.M. AND I RECEIVED IT AND

08:42AM  4    WE DID THE WORK THAT WE NEEDED TO DO ON IT.

08:42AM  5          WE HAD DISCUSSION I THINK A WEEK OR SO AGO ABOUT TIMING OF

08:42AM  6    THIS.  I THINK MR. BOSTIC WAS INVOLVED IN THAT CONVERSATION

08:42AM  7    FROM THE GOVERNMENT, AND WE WERE TALKING ABOUT WHEN SHOULD,

08:42AM  8    WHEN SHOULD THE GOVERNMENT GIVE NOTICE.  I THINK WE SETTLED ON

08:42AM  9    THURSDAY AFTERNOON IF I'M NOT MISTAKEN.

08:42AM 10          AND THEN I THOUGHT WE HAD A FILING DEADLINE OF NOON, I

08:42AM 11    THOUGHT THAT WAS BY FORWARD ANY MOTIONS, SATURDAY NOON.  AND I

08:42AM 12    THOUGHT THAT WOULD AFFORD OR SPLIT UP THE WEEKEND EVENLY.

08:42AM 13          AND I KNOW MR. DOWNEY HAD SOME THOUGHTS ABOUT THAT BECAUSE

08:43AM 14    FRIDAY WE'RE NOT IN SESSION, AND I THINK THAT MR. DOWNEY WAS

08:43AM 15    THINKING THAT, WELL, THAT GIVES US AN EXTRA BUFFER, THE

08:43AM 16    GOVERNMENT HAS FRIDAY TO LOOK AT THIS.

08:43AM 17          WHAT I WANT TO AVOID, AND WHAT I CONTINUE TO SEEK TO

08:43AM 18    AVOID, IS HAVING TO RULE ON A MOTION THE MORNING OF OUR TRIAL,

08:43AM 19    OR SHORTLY BEFORE, WHICH DOES CREATE SOME IMPEDIMENT TO THE

08:43AM 20    EFFICIENT PROCESS OF THE TRIAL.

08:43AM 21          SO I'M GOING TO ASK COUNSEL TO BEAR THAT IN MIND, PLEASE.

08:43AM 22    YOU DO WHAT YOU NEED TO DO, OF COURSE.  I'M NOT AT ALL

08:43AM 23    SUGGESTING THAT YOU DON'T DO WHAT YOU NEED TO DO TO PROPERLY

08:43AM 24    REPRESENT EACH SIDE.

08:43AM 25          BUT JUST BEAR IN MIND, IF YOU WOULD, PLEASE, THE SCHEDULE

08:43AM  1    THAT WE TALKED ABOUT.

08:43AM  2         I WANT TO TALK ABOUT EXHIBITS FOR JUST A MOMENT ALSO.

08:43AM  3         WHAT YOU WILL RECEIVE, AND I'VE TALKED WITH OUR I.T.

08:43AM  4    PEOPLE ABOUT THE EXHIBITS, AND WHAT I'M GOING TO DO -- YOU'LL

08:43AM  5    GET AN ORDER.  I'LL POST AN ORDER LATER TODAY ABOUT THIS.  IT'S

08:43AM  6    A VERY BRIEF ORDER.

08:44AM  7         AS TO EXHIBITS, THE EXHIBITS THAT WILL BE SUBMITTED, THAT

08:44AM  8    IS, EXHIBITS THAT ARE RECEIVED INTO EVIDENCE WILL BE HOSTED BY

08:44AM  9    THE COURT FOR PUBLIC VIEW.  COUNSEL WILL NEED TO PRODUCE

08:44AM 10    CORRECTED ADMITTED EXHIBIT LISTS EACH DAY NO LATER THAN 4:00

08:44AM 11    P.M.

08:44AM 12         AND YOU'LL GET A COPY OF THIS ORDER.  I'M JUST READING IT

08:44AM 13    INTO THE RECORD NOW FOR YOU.

08:44AM 14         IN DOING SO, WHAT I EXPECT COUNSEL WILL DO IS THAT THEY

08:44AM 15    WILL HAVE REVIEWED THE SUBMISSION FOR ACCURACY AND HAVE

08:44AM 16    REVIEWED WITH MS. HOLMES FOR HER REVIEW AND CONSENT, THAT IS,

08:44AM 17    THE DEFENSE WILL DO THAT WITH ALL OF THESE EXHIBITS.  THE

08:45AM 18    PARTIES SHOULD MAINTAIN A CONTINUOUS LOG THAT THE ENTIRETY --

08:45AM 19    SUCH THAT THE ENTIRETY OF THE EXHIBITS CAN BE MAINTAINED BY

08:45AM 20    EITHER SIDE, SO YOU HAVE A RUNNING LOG.

08:45AM 21         BUT WHAT WE'RE GOING TO DO IS THAT I'M GOING TO TASK THE

08:45AM 22    PARTIES WITH MAINTAINING A CONTINUOUS LOG SUCH THAT THE

08:45AM 23    ENTIRETY OF THE EXHIBITS AT THE CONCLUSION OF THE EVIDENCE

08:45AM 24    PRIOR TO THE JURY RECEIVING THE ADMITTED EXHIBITS WILL BE ON A

08:45AM 25    THUMB DRIVE, OR WHATEVER MEMORY DEVICE THAT YOU HAVE.

502

08:45AM 1      THE FILES MUST BE ORGANIZED AND LABELLED PROPERLY IN ORDER

08:45AM 2  TO BE CLEAR TO THE PUBLIC.  SO THEY SHOULD BE ENTITLED WHAT

08:45AM 3  THEY MIGHT BE, A PHOTOGRAPH OF, A DEED OF SALE, WHATEVER IT IS

08:45AM 4  THAT SHOULD BE PROPERLY IDENTIFIED.

08:45AM 5      THEY SHOULD BE IN FOLDERS THAT ARE NAMED PROPERLY, SUCH AS

08:45AM 6  DEFENSE EXHIBIT 1, PROSECUTION EXHIBIT 300 OR SUCH.

08:46AM 7      COUNSEL WILL PLACE EACH DAY'S FILE ON A SINGLE NEWLY

08:46AM 8  FORMATTED, THAT MEANS A COMPLETELY ERASED USB DRIVE OR WHATEVER

08:46AM 9  MEMORY DEVICE THAT YOU HAVE.

08:46AM 10     NO OTHER FILES MAY BE PRESENT ON THE DRIVES BESIDES THOSE

08:46AM 11 APPROVED TO BE SUBMITTED BY THE JUDGE ON THAT DAY.  SO IT'S A

08:46AM 12 CLEAN THUMB DRIVE SO THAT THEY CAN BE ACCURATELY DOWNLOADED.

08:46AM 13     PREVIOUSLY SUBMITTED FILES MUST NOT BE PRESENT ON THIS.

08:46AM 14 SO I WANT A CLEAN DRIVE.  I'M TRYING TO ELIMINATE ANY TECHNICAL

08:46AM 15 ISSUES THAT MIGHT ARISE.

08:46AM 16     COUNSEL WILL ISSUE THE DRIVE TO MS. KRATZMANN IN THE

08:46AM 17 COURTROOM BY 4:00 P.M. EACH DAY, AND THEN SHE WILL COPY THE

08:46AM 18 CONTENTS TO A PREDETERMINED LOCATION ON THE COURT'S NETWORK,

08:46AM 19 AND THEN SHE'LL RETURN THE DRIVE TO COUNSEL.

08:46AM 20     OUR I.T. DEPARTMENT WILL ENSURE THAT THE FILES ARE

08:46AM 21 VIEWABLE TO THE PUBLIC.

08:46AM 22     LATER THAT DAY, I CAN'T TELL YOU WHAT THE TIMING IS OF

08:47AM 23 THAT, AND THERE'S AN ADDRESS THAT WILL BE PROVIDED IN THE ORDER

08:47AM 24 THAT I GIVE YOU AND IT HAS A -- IT MIGHT BE A HOT LINK SUCH

08:47AM 25 THAT PARTIES CAN CONNECT TO IT.

08:47AM  1          THIS WILL ALSO -- I JUST WANT TO TELL YOU, THIS WILL ALSO

08:47AM  2     ENHANCE MS. KRATZMANN'S ABILITY TO KEEP THE EXHIBIT LIST

08:47AM  3     RUNNING FOR HER.  THAT'S WHY I'M ASKING THAT IT BE ACCURATE.

08:47AM  4          AND WHEN COUNSEL PROVIDE THAT THUMB DRIVE, YOU ARE

08:47AM  5     ATTESTING TO ITS ACCURACY.  SO WHEN THE JURY GOES IN TO

08:47AM  6     DELIBERATE THE CASE, THEY WILL HAVE, BASED ON YOUR

08:47AM  7     REPRESENTATIONS, FULL, ACCURATE EXHIBIT LISTS SUCH THAT CAN BE

08:47AM  8     ACKNOWLEDGED BY THEM AND ACCESSED BY THEM.

08:47AM  9          ANY QUESTIONS ABOUT THAT?

08:47AM 10               MR. WADE:  NO, YOUR HONOR.

08:47AM 11               MR. LEACH:  NO, YOUR HONOR.

08:47AM 12               THE COURT:  ALL RIGHT.  THANK YOU.

08:47AM 13          AND AS I SAID, I'LL HAVE A BRIEF ORDER UP LATER THIS

08:47AM 14     AFTERNOON THAT DESCRIBES THAT PROCESS.

08:47AM 15          WE ARE, AS I UNDERSTAND ABOUT THE BINDERS, THEY'RE COMING

08:48AM 16     IN FRIDAY, IF I'M NOT MISTAKEN, AND WE'LL HAVE THE BINDERS AND

08:48AM 17     WE'LL GIVE BINDER PAPER TO THE JURORS AND THEY'LL HAVE THAT

08:48AM 18     ACCESSIBLE TODAY AND THEY CAN FILL IN THE BINDERS.

08:48AM 19          IS THAT HOW THE PARTIES HAVE AGREED TO DO IT?  YOU'RE

08:48AM 20     GOING TO SUBMIT THE PHOTOS WITH THOSE WITNESSES WHO HAVE

08:48AM 21     TESTIFIED AT THE END OF EACH WEEK?

08:48AM 22               MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

08:48AM 23               MR. WADE:  CORRECT.

08:48AM 24               THE COURT:  GREAT.

08:48AM 25          I DO WANT TO ASK A QUESTION ABOUT TIMING FOR TODAY'S

08:48AM 1      PURPOSES.  SHOULD WE TAKE A BREAK THEN AT 11:00 A.M.,

08:48AM 2      MR. DOWNEY?

08:48AM 3          IS THAT A TIME -- MR. LEACH, IS THAT A TIME THAT IS

08:48AM 4      APPROPRIATE?

08:48AM 5          AND IF SO, I GUESS THE NEXT QUESTION I WAS GOING TO ASK IS

08:48AM 6      THAT IF YOU CAN JUST GIVE ME AN IDEA OF THE TIMING OF YOUR

08:48AM 7      OPENINGS.

08:48AM 8              MR. LEACH:  YOUR HONOR, THAT TIMING MAKES SENSE TO

08:48AM 9      THE GOVERNMENT.  I ANTICIPATE THE GOVERNMENT'S OPENING WILL BE

08:49AM 10     SOMEWHERE BETWEEN 45 AND 50 MINUTES.

08:49AM 11         I DON'T KNOW ABOUT THE DEFENSE, BUT 11:00 O'CLOCK I THINK

08:49AM 12     WOULD BE CONSISTENT WITH THAT.

08:49AM 13             THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.

08:49AM 14             MR. WADE:  I WOULD ANTICIPATE THE DEFENSE OPENING

08:49AM 15     WILL BE ABOUT TWO HOURS.

08:49AM 16             THE COURT:  OKAY.

08:49AM 17             MR. WADE:  WE KNOW THE COURT HAS TO INSTRUCT THE

08:49AM 18     JURY AND THEN THE COURT WILL START.  MAYBE WE CAN PLAY IT A

08:49AM 19     LITTLE BIT BY EAR, BUT THAT GENERAL TIMING SEEMS GOOD.

08:49AM 20             THE COURT:  OKAY.

08:49AM 21             MR. WADE:  I WOULD ALSO ASK, AS A HOUSEKEEPING

08:49AM 22     MATTER, AS THE COURT KNOWS THIS IS A VERY SMALL COURTROOM --

08:49AM 23     COURTHOUSE, AND WE'VE BUMPED INTO, DURING THE JURY SELECTION

08:49AM 24     PROCESS AND ENTERING THE BUILDING AND THE LIKE, SOME OF OUR

08:49AM 25     JURORS.

08:49AM   1          WE, OF COURSE, LOOK AWAY AND REMAIN SILENT.

08:49AM   2          BUT IT WOULD BE MUCH APPRECIATED IF THE COURT COULD GIVE

08:49AM   3   THE STANDARD INSTRUCTION TO THE JURORS THIS MORNING THAT WE'RE

08:49AM   4   NOT TRYING TO OFFEND THEM OR BE RUDE BY NOT GREETING THEM.

08:50AM   5          THE COURT:  THANK YOU.  THAT IS, AS YOU SAID, PART

08:50AM   6   OF MY STANDARD INSTRUCTIONS IS TO INFORM THE JURY THAT IT'S A

08:50AM   7   SMALL COURTHOUSE.  REGRETTABLY, YOU KNOW THE HISTORY, WE TRIED

08:50AM   8   TO BUILD A COURTHOUSE SEVERAL YEARS AGO.

08:50AM   9          BUT I WILL INFORM THE JURY OF THAT.  THAT'S A STANDARD

08:50AM  10   INSTRUCTION, PRELIMINARY INSTRUCTION THAT I GIVE SUCH THAT THE

08:50AM  11   JURY MAY SEE THE PARTIES IN AN ELEVATOR, ON THE STREET, AND IF

08:50AM  12   THE PARTIES SMILE AND LOOK AWAY, DON'T SMILE, DON'T TALK, IT'S

08:50AM  13   NOT BECAUSE YOU'RE RUDE, IT'S BECAUSE YOU'RE FOLLOWING THE

08:50AM  14   RULES OF COURT.  YES.  THANK YOU.

08:50AM  15          ANYTHING ELSE?

08:50AM  16          MR. LEACH:  YES, YOUR HONOR.

08:50AM  17          DURING THE OPENING STATEMENTS, DO THE PARTIES HAVE THE

08:50AM  18   COURT'S PERMISSION TO REMOVE OUR MASKS FOR OPENING STATEMENT?

08:50AM  19          THE COURT:  YES.  THANK YOU.  YES, YOU DO.  THANK

08:50AM  20   YOU.

08:50AM  21          MR. LEACH:  OKAY.

08:50AM  22          AND MY UNDERSTANDING IS THAT THE EXAMINING COUNSEL FOR

08:51AM  23   WITNESS CAN ALSO TAKE OFF THEIR MASK?

08:51AM  24          THE COURT:  THAT'S RIGHT.

08:51AM  25          MR. LEACH:  OKAY.  THANK YOU.

08:51AM  1          THE COURT:  WHAT I INTEND TO DO AFTER I READ THE

08:51AM  2     PRELIMINARY INSTRUCTIONS, I'LL OF COURSE TURN TO THE

08:51AM  3     GOVERNMENT.  IF THEY HAVE AN OPENING STATEMENT, I'LL INVITE THE

08:51AM  4     JURY TO STAND UP FOR A MOMENT AND STRETCH THEIR LEGS BEFORE YOU

08:51AM  5     BEGIN THAT PROCESS.  SO THERE MIGHT BE A LITTLE BIT OF A BREAK.

08:51AM  6     WE'LL SEE WHAT OUR TIMING IS AND THEN WE'LL GO ACCORDINGLY.

08:51AM  7          AS I SAID, WE'LL TAKE A BREAK AT 11:00.  MAYBE WE'LL COME

08:51AM  8     BACK AT 11:30 OR SO, AND WE'LL SEE IF MAYBE WE CAN GET A

08:51AM  9     WITNESS ON TODAY.  WE'LL SEE.

08:51AM 10          OKAY.  ANYTHING FURTHER?

08:51AM 11          MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

08:51AM 12          MR. WADE:  NOTHING FROM THE DEFENSE, YOUR HONOR.

08:51AM 13     THANK YOU VERY MUCH.

08:51AM 14          THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  I'LL

08:51AM 15     STEP DOWN NOW AND I THINK MS. KRATZMANN WILL BRING OUR JURY IN

08:51AM 16     SHORTLY.

08:51AM 17          ALL RIGHT.  THANK YOU.

08:51AM 18          (RECESS FROM 8:51 A.M. UNTIL 9:08 A.M.)

09:08AM 19          THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

09:08AM 20     PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR JURY IS NOT

09:08AM 21     PRESENT.

09:08AM 22          A COUPLE OF THINGS AS TO OUR JURY.  WE ARE STILL AWAITING

09:08AM 23     THE ARRIVAL OF ALTERNATE NUMBER 3, AND THEY'RE CHECKING WITH

09:08AM 24     THE CLERK'S OFFICE -- THE CLERK'S OFFICE IS CHECKING WITH HER.

09:09AM 25          I JUST HAD COMMUNICATION FROM MS. KRATZMANN, WHO WAS

09:09AM 1    APPROACHED BY JUROR NUMBER 7, AND JUROR NUMBER 7 INFORMED

09:09AM 2    MS. KRATZMANN THIS MORNING THAT WHEN SHE, JUROR NUMBER 7, WENT

09:09AM 3    TO WORK OVER THE WEEKEND, SHE WAS INFORMED THAT HER EMPLOYER

09:09AM 4    WILL NOT PAY HER FOR JURY SERVICE.  THIS IS THE FIRST SHE HEARD

09:09AM 5    OF IT.  SHE REPORTED TO MS. KRATZMANN.

09:09AM 6         JUROR NUMBER 7 INDICATED THAT SHE NEEDS TO WORK.  SHE

09:09AM 7    HELPS HER MOTHER WITH FINANCIAL SUPPORT, AND SHE EXPRESSED A

09:09AM 8    FINANCIAL HARDSHIP AS TO SITTING AS A JUROR IN THIS CASE.

09:09AM 9         OF COURSE WE ALL TALKED WITH JUROR NUMBER -- EXCUSE ME,

09:09AM 10   JUROR NUMBER 7 SOMETIME LAST WEEK.

09:09AM 11        MY THOUGHT WAS TO BRING HER IN NOW, AND WE CAN TALK WITH

09:09AM 12   HER ABOUT THIS HARDSHIP.  I'LL ALLOW COUNSEL TO ASK QUESTIONS

09:10AM 13   IF YOU HAVE SOME.  WE'LL EXCUSE HER AND THEN I'LL TALK WITH

09:10AM 14   COUNSEL.

09:10AM 15        SO COULD YOU BRING HER IN, PLEASE?

09:10AM 16             THE CLERK:  YES, YOUR HONOR.

09:10AM 17             THE COURT:  THANK YOU.

09:11AM 18        (JUROR NUMBER 7 PRESENT.)

09:11AM 19             JUROR:  HI.  GOOD MORNING.

09:11AM 20             THE COURT:  JUROR NUMBER 7 IS NOW WITH US.

09:11AM 21        GOOD MORNING, MS. HERNANDEZ-PEREZ.  HOW ARE YOU?

09:12AM 22             JUROR:  GOOD.  HOW ARE YOU?

09:12AM 23             THE COURT:  I'M WELL, THANK YOU.

09:12AM 24        MS. KRATZMANN, MY COURTROOM DEPUTY, TOLD ME THAT YOU HAD

09:12AM 25   TALKED WITH HER ABOUT YOUR JURY SERVICE THIS MORNING.

```
09:12AM   1                    JUROR:  YEAH.

09:12AM   2              THE COURT:  COULD YOU TELL US A LITTLE BIT ABOUT

09:12AM   3    YOUR THOUGHTS HERE?

09:12AM   4              JUROR:  YEAH.  SO MY JOB BARELY TOLD ME --

09:12AM   5              THE COURT:  JUST A SECOND.  I WANT TO MAKE SURE THAT

09:12AM   6    MICROPHONE -- IS THAT ON?

09:12AM   7              THE CLERK:  TRY AGAIN.

09:12AM   8              JUROR:  SO MY JOB JUST INFORMED ME THAT THEY DON'T

09:12AM   9    PAY FOR THE JURY SERVICE, AND I HAVE TO KEEP WORKING BECAUSE I

09:12AM  10    HAVE TO HELP MY MOM PAY BILLS AND STUFF LIKE THAT.

09:12AM  11         AND, WELL, THEY JUST TOLD ME LAST MINUTE.  I THOUGHT THEY

09:12AM  12    WOULD HAVE TOLD ME EARLIER BEFORE I GOT SELECTED SO I WOULD

09:12AM  13    HAVE BEEN ABLE TO, LIKE, TELL YOU.  BUT THEY JUST TOLD ME.

09:12AM  14              THE COURT:  I'M SORRY.

09:12AM  15         DO YOU WORK FULL-TIME?  PART-TIME?

09:12AM  16              JUROR:  I THINK IT'S PART-TIME.

09:12AM  17              THE COURT:  UH-HUH, I SEE.

09:12AM  18              JUROR:  YEAH.

09:12AM  19              THE COURT:  HAVE YOU TALKED, OR DO YOU THINK IT

09:12AM  20    WOULD BE BENEFICIAL TO TALK WITH YOUR EMPLOYER TO SEE IF YOU

09:12AM  21    COULD ADJUST YOUR HOURS?

09:12AM  22         AS YOU KNOW, WE'RE GOING TO END AT 2:00 O'CLOCK, SO YOU

09:13AM  23    HAVE SOME TIME IN THE AFTERNOON.

09:13AM  24              JUROR:  WELL, I USUALLY GET, LIKE, MIDDAY SHIFTS AND

09:13AM  25    I ALREADY TRIED TO, BUT THEY DON'T REALLY -- THE OTHER PEOPLE
```

09:13AM  1    LIKE WORKING ALSO.  I WORK AT CUSTOMER SERVICE, SO WE HAVE OUR,

09:13AM  2    LIKE, SPECIFIC SCHEDULE ALREADY USUALLY.

09:13AM  3            THE COURT:  I SEE.

09:13AM  4        HAVE YOU TALKED WITH YOUR EMPLOYER ABOUT MODIFYING YOUR

09:13AM  5    SCHEDULE, YOUR WORK SCHEDULE, SO THAT YOU COULD WORK IN THE

09:13AM  6    AFTERNOONS, FROM 3:00 O'CLOCK OR SOMETHING ON?  WOULD THAT BE

09:13AM  7    SOMETHING THAT YOU COULD DO, DO YOU THINK?

09:13AM  8            JUROR:  I DON'T THINK SO.  THEY ALREADY USUALLY HAVE

09:13AM  9    PEOPLE THAT CLOSE, LIKE, REGULARLY.

09:13AM  10           THE COURT:  I SEE.

09:13AM  11       HAVE YOU TALKED TO YOUR EMPLOYER AT ALL ABOUT THAT, ABOUT

09:13AM  12   MODIFYING YOUR SCHEDULE?

09:13AM  13           JUROR:  WELL, I TALKED TO THEM THAT I WAS SELECTED

09:13AM  14   AND STUFF, BUT THEY DIDN'T REALLY, LIKE, SAY ANYTHING.

09:13AM  15           THE COURT:  I SEE.  OTHER THAN THEY WON'T PAY YOU?

09:13AM  16           JUROR:  YEAH, OTHER THAN THEY WON'T PAY ME.

09:13AM  17           THE COURT:  SURE.

09:14AM  18       AND WE WORK -- WE'LL BE IN SESSION AT LEAST THREE DAYS A

09:14AM  19   WEEK.

09:14AM  20           JUROR:  YEAH.

09:14AM  21           THE COURT:  WOULD THAT -- MISSING WORK THOSE THREE

09:14AM  22   DAYS A WEEK, WOULD THAT -- IS THAT STILL GOING TO BE A PROBLEM

09:14AM  23   FOR YOU?

09:14AM  24           JUROR:  YEAH.  I WORK THOSE.  I WORK TODAY, AND I

09:14AM  25   WAS GOING TO WORK ON FRIDAY ALSO.

09:14AM   1          THE COURT:  I SEE.

09:14AM   2       IS THERE ANY WAY YOU CAN -- AND I'M SORRY TO PRESS YOU --

09:14AM   3          JUROR:  YEAH.

09:14AM   4          THE COURT:  -- WE SPENT SO MUCH TIME TALKING WITH

09:14AM   5   YOU.

09:14AM   6          JUROR:  YEAH.

09:14AM   7          THE COURT:  AND YOU WERE SELECTED TO BE A JUROR, AND

09:14AM   8   THAT'S IMPORTANT.

09:14AM   9          JUROR:  UH-HUH.

09:14AM  10          THE COURT:  I'M JUST SEEING IF THERE IS ANYTHING YOU

09:14AM  11   COULD DO OR WE COULD DO, SPEAKING WITH YOUR EMPLOYER TO

09:14AM  12   READJUST YOUR SCHEDULE OR CHANGE YOUR SCHEDULE.  OR IS THERE

09:14AM  13   SOMETHING CREATIVE THAT YOU THINK YOU COULD DO?

09:14AM  14          JUROR:  WELL, I'M NOT SURE IF THEY WOULD WANT TO

09:14AM  15   LIKE SWITCH ME BECAUSE THERE'S ONLY A COUPLE OF PEOPLE THAT

09:14AM  16   WORK CUSTOMER SERVICE THAT THEY HAVE.  SO IT'S KIND OF LIKE WE

09:14AM  17   ALREADY HAVE OUR SCHEDULES SET AND THEY DO IT LIKE A WEEK OR

09:14AM  18   TWO BEFORE ALSO.

09:15AM  19          THE COURT:  I SEE.  I SEE.

09:15AM  20       AND WHAT IS YOUR NORMAL SHIFT?  YOUR REGULAR SHIFT?

09:15AM  21          JUROR:  WELL, IT DEPENDS.  SOMETIMES I OPEN, 9:50 TO

09:15AM  22   3:00, AND THERE'S ALSO LIKE MIDDAY, 12:00 TO 6:00.

09:15AM  23          THE COURT:  12:00 TO 6:00?

09:15AM  24          JUROR:  YEAH, P.M.

09:15AM  25          THE COURT:  AND WHAT TIME DOES THE STORE CLOSE?

511

| | | |
|---|---|---|
| 09:15AM | 1 | JUROR:  WEEKDAYS, MONDAY THROUGH FRIDAY, AT 9:00, |
| 09:15AM | 2 | AND THEN FRIDAY AND, LIKE, WEEKENDS IT'S TILL 10:00 OR 9:30. |
| 09:15AM | 3 | THE COURT:  SURE.  AND I'M SORRY I KEEP PRESSING |
| 09:15AM | 4 | THIS, BUT DO YOU THINK IT'S POSSIBLE YOU COULD ASK THEM TO, FOR |
| 09:15AM | 5 | THE DURATION OF THIS TRIAL, TO GIVE YOU THE EVENING SHIFT? |
| 09:15AM | 6 | WOULD THAT BE SOMETHING THAT YOU COULD DO? |
| 09:15AM | 7 | FIRST OF ALL, IS THAT A SHIFT THAT YOU COULD WORK? |
| 09:15AM | 8 | JUROR:  I DON'T REGULARLY WORK, LIKE, CLOSING THAT |
| 09:15AM | 9 | MUCH.  I MOSTLY DO MORNINGS AND, LIKE, MIDDAY. |
| 09:15AM | 10 | THE COURT:  RIGHT.  BUT IF THEY -- IF YOUR EMPLOYER |
| 09:15AM | 11 | SAID THAT THEY WOULD MOVE YOU TO THE CLOSING, IS THAT SOMETHING |
| 09:15AM | 12 | THAT YOU COULD DO? |
| 09:16AM | 13 | JUROR:  I WOULD NEED TO SEE BECAUSE, LIKE, ME AND MY |
| 09:16AM | 14 | BROTHER SHARE A CAR. |
| 09:16AM | 15 | THE COURT:  I SEE. |
| 09:16AM | 16 | JUROR:  SO, YEAH, THAT'S ANOTHER -- |
| 09:16AM | 17 | THE COURT:  I SEE.  I SEE. |
| 09:16AM | 18 | AND IS YOUR EMPLOYER, IS THAT CLOSE TO YOUR HOME? |
| 09:16AM | 19 | JUROR:  I LIVE IN SUNNYVALE.  IT'S IN MOUNTAIN VIEW. |
| 09:16AM | 20 | THE COURT:  RIGHT.  OKAY.  OKAY. |
| 09:16AM | 21 | I'M GOING TO ASK THESE LAWYERS IF THEY HAVE ANY QUESTIONS |
| 09:16AM | 22 | FOR YOU. |
| 09:16AM | 23 | MR. SCHENK? |
| 09:16AM | 24 | MR. SCHENK:  YES, BRIEFLY. |
| 09:16AM | 25 | WERE YOU PLANNING TO GO INTO WORK TODAY, OR YOU WERE |

09:16AM 1    PLANNING TO BE HERE TODAY?

09:16AM 2              JUROR:  WELL, I WAS PLANNING TO GO TO WORK, BUT,

09:16AM 3    YEAH, I HAD TO TELL THEM THAT I MIGHT BE A LITTLE LATE.

09:16AM 4              MR. SCHENK:  WHAT TIME DOES YOUR SHIFT START TODAY?

09:16AM 5              JUROR:  WELL, I THINK IT'S LIKE -- WELL, TODAY IT'S

09:16AM 6    12:00, I THINK, BUT I'LL PROBABLY HAVE TO CALL AND IT MIGHT

09:16AM 7    TAKE A LITTLE LONGER.

09:16AM 8              MR. SCHENK:  OKAY.  THANK YOU.

09:16AM 9         THANK YOU, YOUR HONOR.

09:16AM 10             MR. DOWNEY:  JUST ONE QUESTION.

09:16AM 11        ARE YOU ALSO STILL A STUDENT?  I KNOW YOU GRADUATED

09:17AM 12   RECENTLY.  DO YOU ALSO HAVE RESPONSIBILITIES AS A STUDENT?

09:17AM 13             JUROR:  WELL, I'M PLANNING TO START, BUT I HAVEN'T

09:17AM 14   SIGNED UP RIGHT NOW.

09:17AM 15             MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:17AM 16             THE COURT:  ANYTHING FURTHER?

09:17AM 17             MR. DOWNEY:  NO.

09:17AM 18             MR. SCHENK:  NO.  THANK YOU.

09:17AM 19             THE COURT:  ALL RIGHT.  SO, MS. HERNANDEZ-PEREZ, IS

09:17AM 20   THERE ANY -- DO YOU THINK -- IF I ASKED YOU TO CONTACT YOUR

09:17AM 21   EMPLOYER TO SEE IF THEY COULD ADJUST YOUR SCHEDULE, IS THAT

09:17AM 22   SOMETHING THAT WOULD WORK FOR YOU?  OR WOULD IT JUST NOT WORK

09:17AM 23   FOR YOU?  I APPRECIATE YOUR CANDOR ON THIS.

09:17AM 24             JUROR:  I DON'T THINK SO.  I NEED TO KEEP WORKING TO

09:17AM 25   MAKE MONEY TO HELP MY MOM.  SO I WOULD NEED TO WORK AS MANY

09:17AM 1      HOURS AS I CAN GET.

09:17AM 2              THE COURT:  OKAY.  ALL RIGHT.

09:17AM 3          THANK YOU VERY MUCH.

09:17AM 4          MS. KRATZMANN WILL ESCORT YOU BACK TO THE JURY ROOM.

09:17AM 5      THANK YOU.

09:17AM 6              JUROR:  THANK YOU.

09:17AM 7              THE COURT:  YOU'RE WELCOME.

09:17AM 8          (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

09:18AM 9              THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

09:18AM 10     THAT JUROR NUMBER 7 HAS LEFT THE COURTROOM.

09:18AM 11         MR. SCHENK, ANY COMMENTS?

09:18AM 12             MR. SCHENK:  THANK YOU, YOUR HONOR.  JUST BRIEFLY.

09:18AM 13         IT CERTAINLY SOUNDS LIKE MS. HERNANDEZ-PEREZ IS EXPRESSING

09:18AM 14     A FINANCIAL HARDSHIP BY REMAINING ON THE JURY.

09:18AM 15         I'M OPTIMISTIC THAT IF THE COURT GAVE HER SOME TIME TO

09:18AM 16     CONTACT HER EMPLOYER, WE MIGHT DISCOVER THAT THERE IS A SHIFT

09:18AM 17     THAT COULD WORK FOR HER, AND IT REALLY, I THINK, WOULD BE THE

09:18AM 18     GOVERNMENT'S PREFERENCE AT THIS POINT TO ASK HER TO PURSUE THAT

09:18AM 19     AT LEAST FOR TODAY, AND THEN MAKE THE DECISION ABOUT EXCUSING

09:18AM 20     HER AFTER SHE HAS AN OPPORTUNITY TO HAVE THAT CONVERSATION.

09:18AM 21         BUT ULTIMATELY WE WOULD DEFER TO THE COURT.  IT CERTAINLY

09:18AM 22     SOUNDS LIKE SHE'S EXPRESSED SOME HESITANCY TO MAKING A NEW

09:18AM 23     SHIFT WORK.

09:18AM 24             THE COURT:  OKAY.  THANK YOU.

09:19AM 25             MR. DOWNEY:  YOUR HONOR, THAT SOUNDS SENSIBLE TO ME.

09:19AM 1    I THINK SHE'S HERE AND PREPARED TO PARTICIPATE TODAY, SO I

09:19AM 2    WOULD SUGGEST THAT SHE CONTINUE TO SERVE THROUGH TODAY AND

09:19AM 3    WE'LL SEE WHAT OTHER OPTIONS ARE AVAILABLE.

09:19AM 4            THE COURT:  WELL, THANK YOU BOTH.  LET'S DO THAT.

09:19AM 5    LET'S NOT EXCUSE HER AT THIS POINT.

09:19AM 6        WHAT I WILL ASK HER TO DO IS DURING OUR BREAK I'LL ASK HER

09:19AM 7    TO CONTACT HER EMPLOYER AND SEE IF SHE CAN MODIFY FOR TUESDAYS,

09:19AM 8    WEDNESDAYS, FRIDAYS, HER SCHEDULE, WORK SCHEDULE, SUCH THAT SHE

09:19AM 9    CAN REMAIN ON THE JURY HERE.  MAYBE THAT WOULD SOLVE THINGS.

09:19AM 10       LET'S SEE WHAT HAPPENS.  I APPRECIATE IT.

09:19AM 11       LET'S GIVE IT A SHOT AND SEE WHAT WORKS.

09:19AM 12       OKAY.  THANK YOU.

09:19AM 13           MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:19AM 14           MR. SCHENK:  THANK YOU, YOUR HONOR.

09:20AM 15           THE COURT:  THANK YOU.  I'M INFORMED THAT OUR JURY

09:20AM 16   AND ALTERNATES ARE ALL HERE NOW, SO I'LL ASK MS. KRATZMANN TO

09:20AM 17   BRING THEM IN.  IT'S GOING TO BE A MOMENT.  AS YOU KNOW, WE

09:20AM 18   HAVE SOME SEATED IN THE FRONT ROW THERE, AND IT WILL TAKE A

09:20AM 19   MOMENT FOR THEM TO GET SEATED AND THEN I'LL SPEAK WITH THEM.

09:20AM 20       WHAT I WILL DO IS ASK EACH OF THEM, AS I SAID I WOULD DO,

09:20AM 21   WHETHER OR NOT -- I'LL MAKE AN INQUIRY AS TO WHETHER OR NOT

09:20AM 22   THEY'VE HEARD, LISTENED TO, OR SEEN ANY MEDIA OR HEARD ANYTHING

09:20AM 23   ABOUT THE CASE, AND I'LL ASK FOR A SHOW OF HANDS AND WE MAY

09:20AM 24   HAVE A CONVERSATION ABOUT THAT.

09:20AM 25       SHOULD, SHOULD IT -- THE NEED ARISE THAT WE NEED TO SPEAK

| | | |
|---|---|---|
| 09:20AM | 1 | WITH THAT JUROR PRIVATELY, WE'LL DO THAT.  I'LL EXCUSE THE |
| 09:20AM | 2 | BALANCE OF THE JURORS AND WE'LL HAVE A CONVERSATION |
| 09:20AM | 3 | INDIVIDUALLY WITH THE JUROR DEPENDING ON THE ANSWERS TO THE |
| 09:21AM | 4 | QUESTIONS. |
| 09:21AM | 5 | AND THEN, AFTER THAT, AND THEN I THINK I'LL BE PREPARED TO |
| 09:21AM | 6 | PRELIMINARILY INSTRUCT. |
| 09:23AM | 7 | (PAUSE IN PROCEEDINGS.) |
| 09:23AM | 8 | (JURY IN AT 9:23 A.M.) |
| 09:24AM | 9 | THE COURT:  PLEASE BE SEATED.  THANK YOU.  THANK YOU |
| 09:24AM | 10 | AGAIN FOR YOUR COURTESY. |
| 09:24AM | 11 | GOOD MORNING, LADIES AND GENTLEMEN OF THE JURY.  THE |
| 09:24AM | 12 | RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES ARE PRESENT. |
| 09:24AM | 13 | ALL COUNSEL ARE PRESENT. |
| 09:24AM | 14 | I'M GOING TO PRE-INSTRUCT THIS MORNING, AND THEN WE'LL |
| 09:24AM | 15 | HEAR OPENING STATEMENTS. |
| 09:24AM | 16 | BEFORE WE DO THAT, LET ME JUST ASK COUNSEL TO PLEASE STATE |
| 09:24AM | 17 | YOUR APPEARANCES AGAIN IN THE PRESENCE OF THE JURY, PLEASE. |
| 09:24AM | 18 | WHO APPEARS FOR THE OF THE GOVERNMENT? |
| 09:24AM | 19 | MR. LEACH:  GOOD MORNING, YOUR HONOR. |
| 09:24AM | 20 | GOOD MORNING, LADIES AND GENTLEMEN. |
| 09:24AM | 21 | ROBERT LEACH ON BEHALF OF THE UNITED STATES. |
| 09:24AM | 22 | I'M JOINED BY JEFF SCHENK, JOHN BOSTIC, ADDY HERNANDEZ, |
| 09:25AM | 23 | AND OUR PARALEGAL LAKISHA HOLLIMAN. |
| 09:25AM | 24 | THANK YOU, YOUR HONOR. |
| 09:25AM | 25 | THE COURT:  GOOD MORNING.  THANK YOU. |

09:25AM  1          AND FOR THE DEFENSE?

09:25AM  2                  MR. WADE:  GOOD MORNING, YOUR HONOR.

09:25AM  3          LANCE WADE ON BEHALF OF MS. HOLMES.

09:25AM  4          WITH ME TODAY ARE MY COLLEAGUES KEVIN DOWNEY, KATIE TREFZ,

09:25AM  5  AND AMY SAHARIA, AND OUR COCOUNSEL, JOHN CLINE.

09:25AM  6          MS. HOLMES IS ALSO PRESENT IN THE COURTROOM HERE THIS

09:25AM  7  MORNING.

09:25AM  8                  THE COURT:  THANK YOU.  GOOD MORNING.

09:25AM  9          LADIES AND GENTLEMEN, BEFORE I PRE-INSTRUCT, I DO WANT TO

09:25AM  10  ASK YOU A QUESTION COLLECTIVELY.

09:25AM  11         AS I REMINDED YOU LAST WEEK, AND I'LL CONTINUE TO

09:25AM  12  EMPHASIZE TO YOU THROUGHOUT THE TRIAL, IT IS IMPORTANT THAT YOU

09:25AM  13  DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE AND THE LAW

09:25AM  14  PRESENTED HERE IN THIS COURTROOM.

09:25AM  15         SO YOU MUST NOT LEARN ANY ADDITIONAL INFORMATION ABOUT THE

09:25AM  16  CASE FROM SOURCES OUTSIDE OF THIS COURTROOM.  TO ENSURE

09:26AM  17  FAIRNESS TO ALL OF THE PARTIES IN THIS TRIAL, I WILL NOW ASK

09:26AM  18  EACH OF YOU WHETHER YOU HAVE LEARNED ABOUT OR SHARED ANY

09:26AM  19  INFORMATION ABOUT THIS CASE OUTSIDE OF THIS COURTROOM, EVEN IF

09:26AM  20  IT WAS ACCIDENTAL.

09:26AM  21         NOW, LADIES AND GENTLEMEN, IF YOU THINK YOU MIGHT HAVE

09:26AM  22  DONE SO, WOULD YOU PLEASE LET ME KNOW NOW BY JUST RAISING YOUR

09:26AM  23  HAND.

09:26AM  24         I SEE NO HANDS.  THANK YOU VERY MUCH, LADIES AND

09:26AM  25  GENTLEMEN.

09:26AM 1          ALSO, LET ME SAY, I'M GOING TO ASK THIS QUESTION EACH

09:26AM 2    TIME -- EACH DAY WE START.  PARDON ME FOR THE REPETITION OF IT,

09:26AM 3    BUT I WANT YOU TO KNOW HOW IMPORTANT IT IS.

09:26AM 4          IF -- EXCUSE ME.  IF YOU WANT TO RESPOND TO THIS QUESTION

09:26AM 5    IN PRIVATE, WE CAN CERTAINLY DO THAT.  SO PLEASE DON'T BE SHY

09:26AM 6    ABOUT ASKING TO SPEAK PRIVATELY WITH THE COURT AND COUNSEL, AND

09:26AM 7    WE CAN CERTAINLY DO THAT.

09:27AM 8          ALL RIGHT.  THANK YOU VERY MUCH.

09:27AM 9          LADIES AND GENTLEMEN, YOU NOW ARE THE JURY IN THIS CASE,

09:27AM 10   AND I WANT TO TAKE A FEW MINUTES TO TELL YOU SOMETHING ABOUT

09:27AM 11   YOUR DUTIES AS JURORS AND TO GIVE YOU SOME PRELIMINARY

09:27AM 12   INSTRUCTIONS.  AT THE END OF THE TRIAL, I WILL GIVE YOU MORE

09:27AM 13   DETAILED INSTRUCTIONS THAT WILL CONTROL YOUR DELIBERATIONS.

09:27AM 14         AND I SHOULD TELL YOU, EACH OF YOU, THAT IS, EACH OF THE

09:27AM 15   12 DELIBERATING JURORS WILL RECEIVE A COPY OF THE FINAL

09:27AM 16   INSTRUCTIONS FOR YOU TO USE IN THE DELIBERATION ROOM.

09:27AM 17         WHEN YOU DELIBERATE, IT WILL BE YOUR DUTY TO WEIGH AND TO

09:27AM 18   EVALUATE ALL OF THE EVIDENCE RECEIVED IN THE CASE AND IN THAT

09:27AM 19   PROCESS TO DECIDE THE FACTS.  TO THE FACTS AS YOU FIND THEM,

09:28AM 20   YOU WILL APPLY THE LAW AS I GIVE IT TO YOU WHETHER YOU AGREE

09:28AM 21   WITH THE LAW OR NOT.

09:28AM 22         YOU MUST DECIDE THIS CASE SOLELY ON THE EVIDENCE AND THE

09:28AM 23   LAW BEFORE YOU.

09:28AM 24         PERFORM THESE DUTIES FAIRLY AND IMPARTIALLY.  YOU SHOULD

09:28AM 25   NOT BE INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGIOUS

09:28AM 1    BELIEFS, NATIONAL ANCESTRY, SEXUAL ORIENTATION, GENDER

09:28AM 2    IDENTITY, GENDER, PROFESSION, CELEBRITY, ECONOMIC CIRCUMSTANCES

09:28AM 3    OR POSITION IN LIFE OR IN THE COMMUNITY.

09:28AM 4         ALSO, DO NOT ALLOW YOURSELF TO BE INFLUENCED BY PERSONAL

09:28AM 5    LIKES OR DISLIKES, SYMPATHY, PREJUDICE, FEAR, PUBLIC OPINION,

09:28AM 6    OR BIASES, INCLUDING UNCONSCIOUS BIASES.

09:28AM 7         UNCONSCIOUS BIASES ARE STEREOTYPES, ATTITUDES OR

09:28AM 8    PREFERENCES THAT PEOPLE MAY CONSCIOUSLY REJECT BUT MAY BE

09:28AM 9    EXPRESSED WITHOUT CONSCIOUS AWARENESS, CONTROL, OR INTENTION.

09:29AM 10   LIKE CONSCIOUS BIAS, UNCONSCIOUS BIAS CAN AFFECT HOW WE

09:29AM 11   EVALUATE INFORMATION AND MAKE DECISIONS.

09:29AM 12        THIS IS A CRIMINAL CASE BROUGHT BY THE UNITED STATES

09:29AM 13   GOVERNMENT.  THE GOVERNMENT CHARGES MS. HOLMES WITH CONSPIRACY

09:29AM 14   TO COMMIT WIRE FRAUD AGAINST THERANOS INVESTORS, CONSPIRACY TO

09:29AM 15   COMMIT WIRE FRAUD AGAINST THERANOS PAYING PATIENTS, AND WIRE

09:29AM 16   FRAUD AGAINST THERANOS INVESTORS AND PAYING PATIENTS.

09:29AM 17        THE CHARGES AGAINST MS. HOLMES ARE CONTAINED IN THE

09:29AM 18   INDICTMENT.  THE INDICTMENT SIMPLY DESCRIBES THE CHARGES THE

09:29AM 19   GOVERNMENT BRINGS AGAINST MS. HOLMES.  THE INDICTMENT IS NOT

09:29AM 20   EVIDENCE AND DOES NOT PROVE ANYTHING.

09:29AM 21        MS. HOLMES HAS PLEADED NOT GUILTY TO THE CHARGES AND IS

09:29AM 22   PRESUMED INNOCENT UNLESS AND UNTIL THE GOVERNMENT PROVES

09:29AM 23   MS. HOLMES GUILTY BEYOND A REASONABLE DOUBT.

09:30AM 24        IN ADDITION, MS. HOLMES HAS THE RIGHT TO REMAIN SILENT AND

09:30AM 25   NEVER HAS TO PROVE INNOCENCE OR PRESENT ANY EVIDENCE.

09:30AM 1     NOW, IN ORDER TO HELP YOU FOLLOW THE EVIDENCE, I WILL NOW

09:30AM 2   GIVE YOU A BRIEF SUMMARY OF THE ELEMENTS OF THE CHARGED

09:30AM 3   OFFENSES.  AND AS I HAVE SAID, AT THE END OF THE TRIAL, I WILL

09:30AM 4   GIVE YOU MORE DETAILED INSTRUCTIONS THAT WILL CONTROL YOUR

09:30AM 5   DELIBERATIONS.

09:30AM 6     THERE ARE 12 COUNTS IN THE INDICTMENT.  THE GOVERNMENT

09:30AM 7   MUST PROVE EACH ELEMENT FOR EACH COUNT BEYOND A REASONABLE

09:30AM 8   DOUBT TO MAKE ITS CASE.

09:30AM 9     COUNTS ONE AND TWO CHARGE CONSPIRACY TO COMMIT WIRE FRAUD.

09:30AM 10     MS. HOLMES IS CHARGED IN COUNT ONE WITH CONSPIRING TO

09:30AM 11   COMMIT WIRE FRAUD AGAINST INVESTORS IN THERANOS DURING THE

09:30AM 12   PERIOD 2010 TO 2015.

09:31AM 13     MS. HOLMES IS CHARGED IN COUNT TWO OF THE INDICTMENT WITH

09:31AM 14   CONSPIRING TO COMMIT WIRE FRAUD AGAINST PATIENTS WHO PAID FOR

09:31AM 15   THERANOS'S BLOOD TESTING SERVICES THROUGH THE PERIOD 2013 TO

09:31AM 16   2016.

09:31AM 17     A CONSPIRACY IS A KIND OF CRIMINAL PARTNERSHIP, AN

09:31AM 18   AGREEMENT OF TWO OR MORE PERSONS TO COMMIT ONE OR MORE CRIMES.

09:31AM 19   THE CRIME OF CONSPIRACY IS THE AGREEMENT TO DO SOMETHING

09:31AM 20   UNLAWFUL.  IT DOES NOT MATTER WHETHER THE CRIME AGREED UPON WAS

09:31AM 21   COMMITTED.

09:31AM 22     IN ORDER FOR MS. HOLMES TO BE FOUND GUILTY OF THE CHARGES

09:31AM 23   OF CONSPIRACY, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:31AM 24   ELEMENTS BEYOND A REASONABLE DOUBT:

09:31AM 25     FIRST, THAT THERE WAS AN AGREEMENT BETWEEN TWO OR MORE

09:31AM 1    PERSONS TO COMMIT WIRE FRAUD.  I WILL DEFINE THE ELEMENTS OF

09:31AM 2    WIRE FRAUD IN A MINUTE.

09:31AM 3         SECOND, THAT MS. HOLMES BECAME A MEMBER OF EACH ALLEGED

09:32AM 4    CONSPIRACY KNOWING OF AT LEAST ONE OF ITS OBJECTS AND INTENDING

09:32AM 5    TO HELP ACCOMPLISH IT.

09:32AM 6         COUNTS THREE THROUGH TWELVE CHARGE WIRE FRAUD.

09:32AM 7         COUNTS THREE THROUGH EIGHT CHARGE WIRE FRAUD AGAINST

09:32AM 8    INVESTORS IN THERANOS.

09:32AM 9         COUNTS NINE THROUGH TWELVE CHARGE WIRE FRAUD AGAINST

09:32AM 10   PAYING THERANOS PATIENTS.

09:32AM 11        IN ORDER FOR MS. HOLMES TO BE FOUND GUILTY OF THE CHARGES

09:32AM 12   OF WIRE FRAUD, THE GOVERNMENT MUST PROVE EACH OF THE FOLLOWING

09:32AM 13   ELEMENTS BEYOND A REASONABLE DOUBT:

09:32AM 14        FIRST, THAT MS. HOLMES KNOWINGLY PARTICIPATED IN, DEVISED,

09:32AM 15   OR INTENDED TO DEVISE A SCHEME OR PLAN TO DEFRAUD; OR A SCHEME

09:32AM 16   OR PLAN FOR OBTAINING MONEY OR PROPERTY BY MEANS OF FALSE OR

09:32AM 17   FRAUDULENT PRETENSES, REPRESENTATIONS, PROMISES, OR OMITTED

09:33AM 18   FACTS.

09:33AM 19        TO CONVICT MS. HOLMES OF WIRE FRAUD BASED ON OMISSIONS OF

09:33AM 20   MATERIAL FACTS, YOU MUST FIND THAT MS. HOLMES HAD A DUTY TO

09:33AM 21   DISCLOSE THE OMITTED FACTS ARISING OUT OF A RELATIONSHIP OF

09:33AM 22   TRUST.

09:33AM 23        THAT DUTY CAN ARISE EITHER OUT OF A FORMAL FIDUCIARY

09:33AM 24   RELATIONSHIP OR AN INFORMAL TRUSTING RELATIONSHIP IN WHICH ONE

09:33AM 25   PARTY ACTS FOR THE BENEFIT OF ANOTHER AND INDUCES THE TRUSTING

09:33AM 1       PARTY TO RELAX THE CARE AND VIGILANCE WHICH IT ORDINARILY WOULD

09:33AM 2       EXERCISE.

09:33AM 3           A SCHEME TO DEFRAUD IS A DECEPTIVE SCHEME TO DEPRIVE A

09:33AM 4       PERSON OF MONEY OR PROPERTY;

09:33AM 5           SECOND, THAT THE STATEMENTS MADE OR FACTS OMITTED AS PART

09:33AM 6       OF THE SCHEME OR MATERIAL, THAT IS, THEY HAD A NATURAL TENDENCY

09:33AM 7       TO INFLUENCE OR WERE CAPABLE OF INFLUENCING A PERSON TO PART

09:34AM 8       WITH MONEY OR PROPERTY;

09:34AM 9           THIRD, THAT MS. HOLMES ACTED WITH THE INTENT TO DEFRAUD,

09:34AM 10      THAT IS, THE INTENT TO DECEIVE AND CHEAT; AND,

09:34AM 11          FOURTH, THAT MS. HOLMES USED OR CAUSED TO BE USED AN

09:34AM 12      INTERSTATE OR FOREIGN WIRE COMMUNICATION TO CARRY OUT OR

09:34AM 13      ATTEMPT TO CARRY OUT AN ESSENTIAL PART OF THE SCHEME.

09:34AM 14          THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

09:34AM 15      FACTS ARE CONSISTS OF THE SWORN TESTIMONY OF ANY WITNESS, THE

09:34AM 16      EXHIBITS THAT ARE RECEIVED IN EVIDENCE, AND ANY FACTS TO WHICH

09:34AM 17      THE PARTIES AGREE.

09:34AM 18          THE FOLLOWING THINGS ARE NOT EVIDENCE AND YOU MUST NOT

09:34AM 19      CONSIDER THEM AS EVIDENCE IN DECIDING THE FACTS OF THIS CASE:

09:34AM 20          STATEMENTS AND ARGUMENTS OF THE ATTORNEYS;

09:35AM 21          QUESTIONS AND OBJECTIONS OF THE ATTORNEYS;

09:35AM 22          TESTIMONY THAT I INSTRUCT YOU TO DISREGARD; AND,

09:35AM 23          ANYTHING YOU MAY SEE OR HEAR WHEN THE COURT IS NOT IN

09:35AM 24      SESSION, EVEN IF WHAT YOU SEE OR HEAR IS DONE OR SAID BY ONE OF

09:35AM 25      THE PARTIES OR BY ONE OF THE WITNESSES.

09:35AM 1        EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

09:35AM 2  IS DIRECT PROOF OF A FACT SUCH AS TESTIMONY BY A WITNESS ABOUT

09:35AM 3  WHAT THAT WITNESS PERSONALLY SAW OR HEARD OR DID.

09:35AM 4        CIRCUMSTANTIAL EVIDENCE IS INDIRECT EVIDENCE, THAT IS, IT

09:35AM 5  IS PROOF OF ONE OR MORE FACTS FROM WHICH ONE CAN FIND ANOTHER

09:35AM 6  FACT.

09:35AM 7        YOU ARE TO CONSIDER BOTH DIRECT AND CIRCUMSTANTIAL

09:35AM 8  EVIDENCE.  EITHER CAN BE USED TO PROVE ANY FACT.

09:35AM 9        THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT TO BE

09:36AM 10 GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE.  IT IS FOR

09:36AM 11 YOU TO DECIDE HOW MUCH WEIGHT TO GIVE TO ANY EVIDENCE.

09:36AM 12       NOW, BY WAY OF EXAMPLE, IF YOU WAKE UP IN THE MORNING AND

09:36AM 13 YOU SEE THAT THE SIDEWALK IS WET, YOU MAY FIND FROM THAT FACT

09:36AM 14 THAT IT RAINED DURING THE NIGHT.

09:36AM 15       HOWEVER, OTHER EVIDENCE, SUCH AS A TURNED ON GARDEN HOSE,

09:36AM 16 MAY PROVIDE AN EXPLANATION FOR THE WATER ON THE SIDEWALK.

09:36AM 17       THEREFORE, BEFORE YOU DECIDE THAT A FACT HAS BEEN PROVEN

09:36AM 18 BY CIRCUMSTANTIAL EVIDENCE, YOU MUST CONSIDER ALL OF THE

09:36AM 19 EVIDENCE IN THE LIGHT OF REASON, EXPERIENCE, AND COMMON SENSE.

09:36AM 20       THERE ARE RULES OF EVIDENCE THAT CONTROL WHAT CAN BE

09:36AM 21 RECEIVED IN EVIDENCE.  WHEN A LAWYER ASKS A QUESTION OR OFFERS

09:36AM 22 AN EXHIBIT IN EVIDENCE, AND A LAWYER ON THE OTHER SIDE THINKS

09:36AM 23 THAT IT IS NOT PERMITTED BY THE RULES OF EVIDENCE, THAT LAWYER

09:36AM 24 MAY OBJECT.

09:37AM 25       IF I OVERRULE THE OBJECTION, THE QUESTION MAY BE ANSWERED

09:37AM 1       OR THE EXHIBIT RECEIVED.

09:37AM 2           IF I SUSTAIN THE OBJECTION, THE QUESTION CANNOT BE

09:37AM 3       ANSWERED OR THE EXHIBIT CANNOT BE RECEIVED.

09:37AM 4           WHENEVER I SUSTAIN AN OBJECTION TO A QUESTION, YOU MUST

09:37AM 5       IGNORE THE QUESTION, AND MUST NOT GUESS WHAT THE ANSWER WOULD

09:37AM 6       HAVE BEEN.

09:37AM 7           THIS WILL BE A LONG TRIAL.  THE PARTIES ARE LIKELY TO TURN

09:37AM 8       TO THE COURT MANY TIMES OVER THE COURSE OF THE TRIAL FOR

09:37AM 9       DECISIONS AS TO THE EVIDENCE IN THE CASE.  DO NOT CONSIDER MY

09:37AM 10      SUSTAINING OR OVERRULING AN OBJECTION AS ANY INDICATION OF MY

09:37AM 11      OPINION OF THE CASE OR WHAT YOUR VERDICT SHOULD BE.

09:37AM 12          SOMETIMES I MAY ORDER THAT EVIDENCE BE STRICKEN FROM THE

09:37AM 13      RECORD AND THAT YOU DISREGARD OR IGNORE THE EVIDENCE.  THAT

09:37AM 14      MEANS THAT WHEN YOU ARE DECIDING THE CASE, YOU MUST NOT

09:37AM 15      CONSIDER THE EVIDENCE I TOLD YOU TO DISREGARD.

09:38AM 16          IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

09:38AM 17      WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

09:38AM 18      YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

09:38AM 19      NONE OF IT.

09:38AM 20          IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

09:38AM 21      INTO ACCOUNT:

09:38AM 22          THE WITNESS'S OPPORTUNITY AND ABILITY TO SEE, HEAR, OR

09:38AM 23      KNOW THE THINGS TESTIFIED TO;

09:38AM 24          THE WITNESS'S MEMORY;

09:38AM 25          THE WITNESS'S MANNER WHILE TESTIFYING;

09:38AM 1          THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF ANY;

09:38AM 2          THE WITNESS'S BIAS OR PREJUDICE, IF ANY;

09:38AM 3          WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

09:38AM 4   TESTIMONY;

09:38AM 5          THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN LIGHT OF

09:38AM 6   ALL OF THE EVIDENCE; AND,

09:39AM 7          ANY OTHER FACTOR THAT BEARS ON BELIEVABILITY.

09:39AM 8          YOU MUST AVOID BIAS, CONSCIOUS OR UNCONSCIOUS, BASED ON A

09:39AM 9   WITNESS'S RACE, COLOR, RELIGIOUS BELIEFS, NATIONAL ANCESTRY,

09:39AM 10  SEXUAL ORIENTATION, GENDER IDENTITY, GENDER, OR ECONOMIC

09:39AM 11  CIRCUMSTANCES IN YOUR DETERMINATION OF CREDIBILITY.

09:39AM 12         THE WEIGHT OF THE EVIDENCE AS TO A FACT DOES NOT

09:39AM 13  NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY ABOUT

09:39AM 14  IT.  WHAT IS IMPORTANT IS HOW BELIEVABILITY THE WITNESSES ARE

09:39AM 15  AND HOW MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

09:39AM 16         I'LL NOW SAY A FEW WORDS ABOUT YOUR CONDUCT AS JURORS.

09:39AM 17         FIRST, KEEP AN OPEN MIND THROUGHOUT THE TRIAL, AND DO NOT

09:39AM 18  DECIDE WHAT THE VERDICT SHOULD BE UNTIL YOU AND YOUR FELLOW

09:39AM 19  JURORS HAVE COMPLETED YOUR DELIBERATIONS AT THE END OF THE

09:39AM 20  CASE.

09:39AM 21         SECOND, BECAUSE YOU MUST DECIDE THIS CASE BASED ONLY ON

09:40AM 22  THE EVIDENCE RECEIVED IN THE CASE AND ON MY INSTRUCTIONS AS TO

09:40AM 23  THE LAW THAT APPLIES, YOU MUST NOT BE EXPOSED TO ANY OTHER

09:40AM 24  INFORMATION ABOUT THE CASE OR TO THE ISSUES IT INVOLVES DURING

09:40AM 25  THE COURSE OF YOUR JURY DUTY.

09:40AM  1        THUS, UNTIL THE END OF THE CASE OR UNLESS I TELL YOU

09:40AM  2   OTHERWISE:

09:40AM  3        DO NOT COMMUNICATE WITH ANYONE IN ANY WAY AND DO NOT LET

09:40AM  4   ANYONE ELSE COMMUNICATE WITH YOU IN ANY WAY ABOUT THE MERITS OF

09:40AM  5   THE CASE OR ANYTHING TO DO WITH IT.

09:40AM  6        THIS RESTRICTION INCLUDES DISCUSSING THE CASE IN PERSON,

09:40AM  7   IN WRITING, BY PHONE, TABLET, OR COMPUTER OR ANY OTHER MEANS,

09:40AM  8   VIA EMAIL, VIA TEXT MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG,

09:40AM  9   WEBSITE, OR APPLICATION, INCLUDING BUT NOT LIMITED TO FACEBOOK,

09:41AM 10   YOUTUBE, TWITTER, INSTAGRAM, LINKEDIN, SNAPCHAT, TIKTOK,

09:41AM 11   REDDIT, OR ANY OTHER FORMS OF SOCIAL MEDIA.

09:41AM 12        THIS RESTRICTION ALSO APPLIES TO COMMUNICATING WITH YOUR

09:41AM 13   FELLOW JURORS UNTIL I GIVE YOU THE CASE FOR DELIBERATION, AND

09:41AM 14   IT APPLIES TO COMMUNICATING WITH EVERYONE ELSE, INCLUDING YOUR

09:41AM 15   FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA, OR PRESS, AND THE

09:41AM 16   PEOPLE INVOLVED IN THE TRIAL, ALTHOUGH YOU MAY NOTIFY YOUR

09:41AM 17   FAMILY AND YOUR EMPLOYER THAT YOU HAVE BEEN SEATED AS A JUROR

09:41AM 18   IN THE CASE AND HOW LONG YOU EXPECT THE TRIAL TO LAST.

09:41AM 19        BUT IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR

09:41AM 20   JURY SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT

09:41AM 21   YOU HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER.

09:41AM 22        IN ADDITION, YOU MUST REPORT THE CONTACT TO THE COURT.

09:41AM 23        BECAUSE YOU WILL RECEIVE ALL OF THE EVIDENCE AND LEGAL

09:41AM 24   INSTRUCTION THAT YOU PROPERLY MAY CONSIDER TO RETURN A VERDICT:

09:42AM 25   DO NOT READ, WATCH, OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS OR

09:42AM 1    COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.  DO NOT DO

09:42AM 2    ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES, SEARCHING THE

09:42AM 3    INTERNET THROUGH GOOGLE OR OTHERWISE, OR USING OTHER REFERENCE

09:42AM 4    MATERIALS; AND DO NOT MAKE ANY INVESTIGATION OR IN ANY OTHER

09:42AM 5    WAY TRY TO LEARN ABOUT THE CASE ON YOUR OWN.

09:42AM 6        DO NOT VISIT OR VIEW ANY PLACE DISCUSSED IN THIS CASE, AND

09:42AM 7    DO NOT USE THE INTERNET OR ANY RESOURCE TO SEARCH FOR OR VIEW

09:42AM 8    ANY PLACE DISCUSSED DURING THE TRIAL.

09:42AM 9        ALSO, DO NOT DO ANY RESEARCH ABOUT THIS CASE, THE LAW, OR

09:42AM 10   THE PEOPLE INVOLVED -- INCLUDING THE PARTIES, THE WITNESSES OR

09:42AM 11   THE LAWYERS -- UNTIL YOU HAVE BEEN EXCUSED AS JURORS.

09:42AM 12       IF YOU HAPPEN TO READ OR HEAR ANYTHING TOUCHING ON THIS

09:42AM 13   CASE IN THE MEDIA, TURN AWAY AND REPORT IT TO ME AS SOON AS

09:43AM 14   POSSIBLE.

09:43AM 15       THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THIS CASE

09:43AM 16   DECIDED ONLY ON EVIDENCE THAT HAS BEEN PRESENTED HERE IN COURT.

09:43AM 17   WITNESSES HERE IN COURT TAKE AN OATH TO TELL THE TRUTH, AND THE

09:43AM 18   ACCURACY OF THEIR TESTIMONY IS TESTED THROUGH THE TRIAL

09:43AM 19   PROCESS.

09:43AM 20       IF YOU DO ANY RESEARCH OR INVESTIGATION OUTSIDE OF THE

09:43AM 21   COURTROOM OR GAIN ANY INFORMATION THROUGH IMPROPER

09:43AM 22   COMMUNICATIONS, THEN YOUR VERDICT MAY BE INFLUENCED BY

09:43AM 23   INACCURATE, INCOMPLETE, OR MISLEADING INFORMATION THAT HAS NOT

09:43AM 24   BEEN TESTED BY THE TRIAL PROCESS.

09:43AM 25       EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

09:43AM 1    IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

09:43AM 2    NOT PRESENTED IN COURT, YOU WILL HAVE DENIED THE PARTIES A FAIR

09:43AM 3    TRIAL.

09:43AM 4        REMEMBER, YOU HAVE TAKEN AN OATH TO FOLLOW THE RULES AND

09:44AM 5    IT IS VERY IMPORTANT THAT YOU FOLLOW THESE RULES.

09:44AM 6        A JUROR WHO VIOLATES THESE RESTRICTIONS JEOPARDIZES THE

09:44AM 7    FAIRNESS OF THESE PROCEEDINGS, AND A MISTRIAL COULD RESULT THAT

09:44AM 8    WOULD REQUIRE THE ENTIRE TRIAL PROCESS TO START OVER.

09:44AM 9        IF ANY JUROR IS EXPOSED TO ANY OUTSIDE INFORMATION, PLEASE

09:44AM 10   NOTIFY THE COURT IMMEDIATELY.

09:44AM 11       NOW, ONE THING I WANT TO TELL YOU, LADIES AND GENTLEMEN,

09:44AM 12   OUR COURTHOUSE HERE IS VERY INTIMATE.  IT'S A SMALL COURTHOUSE

09:44AM 13   AND YOU WILL TRAVEL THROUGH THE ELEVATORS, OUR HALLWAYS OUTSIDE

09:44AM 14   OF THE COURTROOM ON YOUR WAY IN FROM PARKING LOTS AND OTHER

09:44AM 15   TRANSPORTATION.

09:44AM 16       IT MAY BE THAT YOU WILL CROSS PATHS WITH ONE OF THE

09:44AM 17   PARTIES IN THIS CASE, ONE OF THE LAWYERS, SOMEBODY ATTACHED TO

09:44AM 18   THIS CASE.

09:44AM 19       IT MAY BE THAT YOU'RE IN AN ELEVATOR WITH THEM OR THE

09:44AM 20   HALLWAY WITH THEM AND YOU MAY SMILE AND THEY MAY LOOK AWAY OR

09:45AM 21   LOOK AT THE TOP OF THEIR SHOES OR THEY MAY NOT RETURN YOUR

09:45AM 22   SMILE.

09:45AM 23       LET ME JUST ASSURE YOU, ALL OF THESE PARTIES WERE PROPERLY

09:45AM 24   RAISED.  THEY HAVE MANNERS.

09:45AM 25       BUT THEY KNOW, THEY KNOW, MORE IMPORTANTLY, THAT THEY ARE

09:45AM 1     NOT TO COMMUNICATE WITH ANYONE, ANY OF YOU.

09:45AM 2          SO PLEASE DO NOT BE OFFENDED, IF YOU SEE SOMEONE, IF THEY

09:45AM 3     STEP ASIDE, IF THEY LOOK THE OTHER WAY, THEY'RE NOT DOING THAT

09:45AM 4     BECAUSE THEY'RE RUDE.  THEY'RE DOING THAT BECAUSE THEY KNOW THE

09:45AM 5     RULES OF THE COURT AND THEY WANT TO RESPECT YOU AND GIVE YOU

09:45AM 6     SPACE HERE.

09:45AM 7          SO PLEASE RECOGNIZE THAT.  YOU MAY PASS THEM IN THE

09:45AM 8     HALLWAYS, OUTSIDE IN THIS BUILDING SOMEWHERE, BUT THEY WILL

09:45AM 9     AVOID CONTACT WITH YOU.  SO PLEASE DO RESPECT THAT.

09:45AM 10         AT THE END OF THE TRIAL, YOU WILL HAVE TO MAKE YOUR

09:45AM 11    DECISION BASED ON WHAT YOU RECALL OF THE EVIDENCE.  YOU WILL

09:45AM 12    NOT HAVE A WRITTEN TRANSCRIPT OF THE TRIAL.  I URGE YOU TO PAY

09:45AM 13    CLOSE ATTENTION TO THE TESTIMONY AS IT IS GIVEN.

09:46AM 14         IF YOU WISH, YOU MAY TAKE NOTES TO HELP YOU REMEMBER THE

09:46AM 15    EVIDENCE.  IF YOU DO TAKE NOTES, PLEASE KEEP THEM TO YOURSELF

09:46AM 16    UNTIL YOU AND YOUR FELLOW JURORS GO TO THE JURY ROOM TO DECIDE

09:46AM 17    THE CASE.

09:46AM 18         DO NOT LET NOTE-TAKING DISTRACT YOU FROM BEING ATTENTIVE.

09:46AM 19         WHEN YOU LEAVE COURT FOR RECESSES OR THE DAY, YOUR NOTES

09:46AM 20    SHOULD BE LEFT IN THE JURY ROOM.  NO ONE WILL READ YOUR NOTES.

09:46AM 21         WHETHER OR NOT YOU TAKE NOTES, YOU SHOULD RELY ON YOUR OWN

09:46AM 22    MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO ASSIST YOUR MEMORY.

09:46AM 23         YOU SHOULD NOT BE OVERLY INFLUENCED BY YOUR NOTES OR THOSE

09:46AM 24    OF YOUR FELLOW JURORS.

09:46AM 25         THE NEXT PHASE OF THE TRIAL WILL NOW BEGIN.  FIRST, EACH

09:46AM  1    SIDE MAY MAKE AN OPENING STATEMENT.  AN OPENING STATEMENT IS

09:46AM  2    NOT EVIDENCE.  IT IS SIMPLY AN OUTLINE TO HELP YOU UNDERSTAND

09:46AM  3    WHAT THAT PARTY EXPECTS THE EVIDENCE WILL SHOW.

09:46AM  4         A PARTY IS NOT REQUIRED TO MAKE AN OPENING STATEMENT.

09:47AM  5         THE GOVERNMENT WILL THEN PRESENT EVIDENCE AND COUNSEL FOR

09:47AM  6    MS. HOLMES MAY CROSS-EXAMINE.

09:47AM  7         THEN, IF MS. HOLMES CHOOSES TO OFFER EVIDENCE, COUNSEL FOR

09:47AM  8    THE GOVERNMENT MAY CROSS-EXAMINE.

09:47AM  9         AFTER THE EVIDENCE HAS BEEN PRESENTED, THE ATTORNEYS WILL

09:47AM 10    MAKE CLOSING ARGUMENTS, AND I WILL THEN INSTRUCT YOU ON THE LAW

09:47AM 11    THAT APPLIES TO THE CASE.

09:47AM 12         AFTER THAT, YOU WILL GO TO THE JURY ROOM TO DELIBERATE ON

09:47AM 13    YOUR VERDICT.

09:47AM 14         ONLY THE LAWYERS AND I ARE ALLOWED TO ASK QUESTIONS OF THE

09:47AM 15    WITNESSES.  A JUROR IS NOT PERMITTED TO ASK QUESTIONS OF

09:47AM 16    WITNESSES.

09:47AM 17         IF, HOWEVER, YOU ARE UNABLE TO HEAR, TO SEE A WITNESS, OR

09:47AM 18    A LAWYER, PLEASE RAISE YOUR HAND, AND I WILL CORRECT THAT

09:47AM 19    SITUATION.

09:47AM 20         DURING THE TRIAL, I MAY NEED TO TAKE UP LEGAL MATTERS WITH

09:48AM 21    THE ATTORNEYS PRIVATELY, EITHER BY HAVING A CONFERENCE AT THE

09:48AM 22    BENCH WHEN THE JURY IS PRESENT IN THE COURTROOM, OR BY CALLING

09:48AM 23    A RECESS.

09:48AM 24         PLEASE UNDERSTAND THAT WHILE YOU ARE WAITING, WE ARE

09:48AM 25    WORKING.  THE PURPOSE OF THESE CONFERENCES IS NOT TO KEEP

09:48AM 1    RELEVANT INFORMATION FROM YOU, BUT TO DECIDE HOW CERTAIN

09:48AM 2    EVIDENCE IS TO BE TREATED UNDER THE RULES OF EVIDENCE AND TO

09:48AM 3    AVOID CONFUSION AND ERROR.

09:48AM 4        OF COURSE, WE WILL DO WHAT WE CAN TO KEEP THE NUMBER AND

09:48AM 5    THE LENGTH OF THESE CONFERENCES TO A MINIMUM.

09:48AM 6        I MAY NOT ALWAYS GRANT AN ATTORNEY'S REQUEST FOR A

09:48AM 7    CONFERENCE, AND DO NOT CONSIDER MY GRANTING OR DENYING A

09:48AM 8    REQUEST FOR A CONFERENCE AS ANY INDICATION OF MY OPINION OF THE

09:48AM 9    CASE OR WHAT YOUR VERDICT SHOULD BE.

09:48AM 10       I WANT TO TELL YOU SOMETHING, LADIES AND GENTLEMEN.  COURT

09:48AM 11   TIME IS VERY DIFFERENT FROM TIME OUTSIDE OF THE COURTROOM.  I

09:49AM 12   WILL TELL YOU SOMETIMES THROUGH THE COURSE OF THIS TRIAL, I'M

09:49AM 13   CERTAIN OF IT, I NEED TO TAKE 20 MINUTES TO TALK WITH THESE

09:49AM 14   LAWYERS, AND THAT 20 MINUTES MAY TURN INTO AN HOUR.  SO I WANT

09:49AM 15   TO APOLOGIZE IN ADVANCE.  THERE ARE TIMES WHEN I NEED TO

09:49AM 16   DISCUSS THINGS WITH THE LAWYERS AND SEEK THEIR ASSISTANCE ON A

09:49AM 17   MATTER, AND MY TIME ESTIMATE MAY BE WOEFULLY, WOEFULLY

09:49AM 18   UNDERVALUED.

09:49AM 19       SO PLEASE UNDERSTAND THAT.  I WILL, AND I KNOW THESE

09:49AM 20   LAWYERS WILL ALSO RESPECT YOUR TIME, AND WE'LL TRY TO BE AS

09:49AM 21   EFFICIENT AS POSSIBLE.  BUT THERE MAY BE BREAKS AND MY TIME

09:49AM 22   ESTIMATES ON THOSE BREAKS MIGHT NOT QUITE MATCH WHAT I TELL

09:49AM 23   YOU.  SO I APPRECIATE YOUR PATIENCE IN ADVANCE.

09:49AM 24       FOR REASONS THAT DO NOT CONCERN YOU, THE CASE AGAINST THE

09:49AM 25   CODEFENDANT, MR. RAMESH BALWANI, IS NOT BEFORE YOU.  DO NOT

09:49AM  1    SPECULATE WHY.  THIS FACT SHOULD NOT INFLUENCE YOUR VERDICTS

09:49AM  2    WITH REFERENCE TO MS. HOLMES, AND YOU MUST BASE YOUR VERDICTS

09:50AM  3    SOLELY ON THE EVIDENCE AGAINST MS. HOLMES.

09:50AM  4         THAT CONCLUDES THE COURT'S READING OF THE PRELIMINARY

09:50AM  5    INSTRUCTIONS.

09:50AM  6         I'M GOING TO TURN TO THE PARTIES TO SEE IF THEY HAVE

09:50AM  7    OPENING STATEMENTS.

09:50AM  8         DOES THE GOVERNMENT HAVE AN OPENING STATEMENT?

09:50AM  9              MR. LEACH:  YES, YOUR HONOR.

09:50AM 10              THE COURT:  ALL RIGHT.  THANK YOU.

09:50AM 11         LADIES AND GENTLEMEN, WHY DON'T YOU STAND UP, STRETCH FOR

09:50AM 12    JUST A MOMENT WHILE MR. LEACH WORKS HIS WAY TO THE LECTERN.

09:50AM 13         (PAUSE IN PROCEEDINGS.)

09:50AM 14              THE COURT:  MR. LEACH, PLEASE PROCEED.

09:51AM 15         **(MR. LEACH GAVE HIS OPENING STATEMENT ON BEHALF OF THE**

09:51AM 16    **GOVERNMENT.)**

09:51AM 17              MR. LEACH:  THANK YOU, YOUR HONOR.  MAY IT PLEASE

09:51AM 18    THE COURT, LADIES AND GENTLEMEN OF THE JURY.

09:51AM 19         THE DEFENDANT, ELIZABETH HOLMES, WAS THE FOUNDER, CEO, AND

09:51AM 20    CHAIRMAN OF THERANOS INC., A SILICON VALLEY BLOOD TESTING

09:51AM 21    COMPANY.

09:51AM 22         THE EVIDENCE WILL SHOW THAT THE DEFENDANT AGREED WITH HER

09:51AM 23    CO-CONSPIRATOR, RAMESH BALWANI, TO EXECUTE A SCHEME TO DEFRAUD

09:51AM 24    THERANOS INVESTORS AND A SCHEME TO DEFRAUD THERANOS PATIENTS

09:52AM 25    WHO PURCHASED THERANOS BLOOD TESTS IN ORDER TO MAKE IMPORTANT

09:52AM 1    MEDICAL DECISIONS.

09:52AM 2        THE DEFENDANT AND BALWANI EXECUTED THIS SCHEME THROUGH A

09:52AM 3    NUMBER OF FALSE AND MISLEADING CLAIMS.  THOSE CLAIMS INCLUDE

09:52AM 4    REPRESENTATIONS THAT THERANOS HAD DEVELOPED A MINIATURE BLOOD

09:52AM 5    ANALYZER THAT COULD ACCURATELY AND RELIABLY DO VIRTUALLY ANY

09:52AM 6    BLOOD TEST ON PATIENTS FROM A FINGERSTICK AT A LOW COST;

09:52AM 7        THAT THE UNITED STATES MILITARY WAS USING THE MINIATURE

09:52AM 8    BLOOD ANALYZER ON HELICOPTERS IN REMOTE AREAS OF THE WORLD;

09:52AM 9        THAT MAJOR PHARMACEUTICAL COMPANIES HAD ENDORSED THE

09:52AM 10   MINIATURE BLOOD ANALYZER; AND,

09:52AM 11       THAT THERANOS HAD ACHIEVED AND WAS ON THE CUSP OF

09:52AM 12   ACHIEVING HUNDREDS OF MILLIONS OF DOLLARS IN REVENUE.

09:53AM 13       THIS IS A CASE ABOUT FRAUD, ABOUT LYING AND CHEATING TO

09:53AM 14   GET MONEY.

09:53AM 15       WE START IN 2009 WHEN THE DEFENDANT WAS OUT OF TIME AND

09:53AM 16   OUT OF MONEY.

09:53AM 17       SHE HAD DROPPED OUT OF STANFORD SIX YEARS BEFORE.  AROUND

09:53AM 18   THIS TIME SHE STARTED THERANOS AS A BLOOD TESTING COMPANY AND

09:53AM 19   BECAME ITS CEO, IT'S CHIEF EXECUTIVE OFFICER.

09:53AM 20       SHE ATTRACTED SOME INITIAL INVESTMENTS.  SHE STARTED

09:53AM 21   DEVELOPING A DEVICE -- A MINIATURE BLOOD ANALYZER -- THAT SHE

09:53AM 22   HOPED COULD BE USED TO TEST SMALL AMOUNTS OF BLOOD FROM A

09:53AM 23   FINGER IN CLINICAL TRIALS BY PHARMACEUTICAL COMPANIES THAT WERE

09:53AM 24   DEVELOPING NEW DRUGS.

09:53AM 25       AND BY 2009, SHE HAD A FEW CONTRACTS WITH A FEW

09:54AM  1    PHARMACEUTICAL COMPANIES THAT WERE GENERATING A SMALL AMOUNT OF

09:54AM  2    REVENUE.

09:54AM  3        BUT THAT WORK WITH THE PHARMACEUTICAL COMPANIES WAS DRYING

09:54AM  4    UP AND IT WAS NOT GOING WELL, AND ELIZABETH HOLMES KNEW IT.

09:54AM  5        ONE PHARMACEUTICAL COMPANY THE DEFENDANT WAS WORKING WITH,

09:54AM  6    PFIZER, AFTER REVIEWING A REPORT THAT THERANOS HAD PREPARED,

09:54AM  7    CONCLUDED THAT PFIZER HAD NO INTEREST IN THERANOS'S TECHNOLOGY

09:54AM  8    AND SHOULD DEVOTE NO FURTHER RESOURCES TO THERANOS.

09:54AM  9        ANOTHER PHARMACEUTICAL COMPANY CALLED SCHERING PLOUGH WAS

09:54AM  10   ALSO DECLINING FURTHER WORK WITH THERANOS.

09:54AM  11       THINGS WERE SO BAD IN 2009 THAT THERANOS WAS STRUGGLING TO

09:54AM  12   MAKE PAYROLL.  YOU WILL HEAR AT ONE POINT THAT THE DEFENDANT

09:54AM  13   AND HER TOP FINANCE OFFICER WERE ON THE PHONE WITH THE BANK TO

09:55AM  14   MAKE SURE A CHECK HAD CASHED IN ORDER FOR THEM TO MAKE -- TO

09:55AM  15   PAY THEIR EMPLOYEES.

09:55AM  16       OUT OF TIME AND OUT OF MONEY, ELIZABETH HOLMES DECIDED TO

09:55AM  17   LIE.

09:55AM  18       HER FIRST LIES WERE TO WALGREENS AND SAFEWAY.  WALGREENS

09:55AM  19   IS THE PHARMACY CHAIN.  SAFEWAY IS THE GROCERY COMPANY THAT

09:55AM  20   MANY OF YOU MAY HAVE HEARD OF.

09:55AM  21       YOU WILL SEE THAT IN 2010, THE DEFENDANT AND HER

09:55AM  22   COCONSPIRATOR, RAMESH BALWANI, THE CHIEF OPERATING OFFICER OF

09:55AM  23   THERANOS, STARTED SEEKING INVESTMENTS FROM WALGREENS AND

09:55AM  24   SAFEWAY AND OTHERS.

09:55AM  25       THEY DID SO WITH GRANDIOSE CLAIMS THAT THERANOS HAD

OPENING STATEMENT BY MR. LEACH

09:55AM  1    REVOLUTIONIZED BLOOD TESTING WITH A DEVICE, A MINIATURE BLOOD

09:55AM  2    ANALYZER, THAT COULD RUN BLOOD SAMPLES DRAWN FROM A FINGER, NOT

09:56AM  3    A VEIN.

09:56AM  4         THEY HOPED TO GET FROM WALGREENS AND SAFEWAY AND OTHER

09:56AM  5    INVESTORS THE MONEY THAT THEY DESPERATELY NEEDED.

09:56AM  6         THEY STATED TO WALGREENS AND SAFEWAY THAT "THERANOS HAD

09:56AM  7    DEVELOPED GENERATIONS OF MINILAB DEVICES THAT CAN RUN ANY BLOOD

09:56AM  8    TEST IN REALTIME FOR LESS THAN THE TRADITIONAL COST OF CENTRAL

09:56AM  9    LABORATORIES."

09:56AM  10        THAT WAS UNTRUE.  THERANOS'S MINIATURE BLOOD ANALYZERS

09:56AM  11   COULD NOT RUN ANY BLOOD TESTING IN REAL TIME FOR LESS THAN THE

09:56AM  12   TRADITIONAL COST OF CENTRAL LABS.  THEY NEVER COULD.

09:56AM  13        THE DEFENDANT PROVIDED REVENUE PROJECTIONS TO SAFEWAY THAT

09:56AM  14   VASTLY OVERSTATED WHAT THERANOS WOULD ACHIEVE IN 2011 OR ANY

09:56AM  15   FUTURE PERIOD, AND REINFORCED THE FALSE IMPRESSION THAT

09:57AM  16   THERANOS WAS BREAKING EVEN.

09:57AM  17        ALTHOUGH PFIZER AND SCHERING PLOUGH WERE SAYING NO TO

09:57AM  18   THERANOS AND THE DEFENDANT, THE DEFENDANT AND BALWANI TOLD

09:57AM  19   WALGREENS THAT THERANOS HAD BEEN COMPREHENSIVELY VALIDATED BY

09:57AM  20   10 OF THE TOP 15 PHARMACEUTICAL COMPANIES.

09:57AM  21        AND THE DEFENDANT EVEN GAVE WALGREENS A REPORT THAT

09:57AM  22   THERANOS HAD SECRETLY DRAFTED, WHICH THE DEFENDANT PASSED OFF

09:57AM  23   AS THE CONCLUSIONS AND STATEMENTS OF PFIZER AND SCHERING PLOUGH

09:57AM  24   AND FALSELY SUGGESTED THAT THOSE FIRMS HAD ENDORSED THERANOS'S

09:57AM  25   TECHNOLOGY.

OPENING STATEMENT BY MR. LEACH

09:57AM 1    HOLMES DAZZLED WALGREENS AND SAFEWAY WITH THESE AND OTHER

09:57AM 2  FALSE AND MISLEADING CLAIMS.  WALGREENS AND SAFEWAY COMMITTED

09:57AM 3  TO INVESTING MILLIONS, AS DID OTHER INVESTORS IN 2010.

09:58AM 4    THE IDEA, AT LEAST INITIALLY, WAS TO PUT THE THERANOS

09:58AM 5  DEVICE -- THE MINIATURE BLOOD ANALYZER -- I HAVE AN IMAGINE

09:58AM 6  HERE ON THE SLIDE -- IN WALGREENS PHARMACIES AND SAFEWAY STORES

09:58AM 7  AND TEST BLOOD DRAWN FROM THE FINGER.  THE HOPE WAS THAT

09:58AM 8  PATIENTS WOULD GET THEIR RESULTS IN MINUTES, AFTER THEY DID

09:58AM 9  THEIR GROCERY SHOPPING OR PICKED UP THEIR PRESCRIPTION.

09:58AM 10    BUT BY SEPTEMBER OF 2013, THREE YEARS LATER, THE DEFENDANT

09:58AM 11  AGAIN WAS OUT OF TIME AND OUT OF MONEY.  THERE WERE NO

09:58AM 12  MINIATURE BLOOD ANALYZERS IN SAFEWAY.  THERE WERE NO MINIATURE

09:58AM 13  BLOOD ANALYZERS IN WALGREENS.

09:58AM 14    THE U.S. FOOD AND DRUG ADMINISTRATION, OR THE FDA, WHICH

09:58AM 15  REGULATES THE DISTRIBUTION OF MEDICAL DEVICES, WAS NOWHERE NEAR

09:59AM 16  APPROVING DISTRIBUTION OF THE MINIATURE BLOOD ANALYZER.

09:59AM 17    THERANOS HAD OPENED UP A LABORATORY IN PALO ALTO IN 2011.

09:59AM 18  BUT THERANOS WAS USING IN THAT LABORATORY ONLY ORDINARY FDA

09:59AM 19  APPROVED BLOOD TESTS AND ORDINARY FDA APPROVED DEVICES MADE BY

09:59AM 20  OTHER COMPANIES, NOT THE MINIATURE BLOOD ANALYZER IT HAD SHOWN

09:59AM 21  TO WALGREENS OR SAFEWAY OR OTHER INVESTORS.

09:59AM 22    IT WAS NOT USING THE DEVICE YOU SEE HERE.  IT WAS NOT

09:59AM 23  TESTING BLOOD FROM A FINGERSTICK ON PATIENTS.  IT WAS NOT DOING

09:59AM 24  ANYTHING THAT COULD NOT BE DONE IN AN ORDINARY CENTRAL BLOOD

09:59AM 25  TESTING LABORATORY.

09:59AM 1      INSTEAD, THERANOS WAS USING DEVICES MADE BY OTHERS LIKE

10:00AM 2   THE ONE YOU SEE HERE.  THIS DEVICE IS CALLED ADVIA 1800.  IT IS

10:00AM 3   MADE BY A COMPANY CALLED SIEMENS AG, NOT THERANOS.  AND IT CAN

10:00AM 4   COST HUNDREDS OF THOUSANDS OF DOLLARS.

10:00AM 5      THIS IS ONE OF THE BIG BULKY LAB MACHINES, AS MS. HOLMES

10:00AM 6   VIEWED THEM, TYPICALLY USED IN ORDINARY CENTRAL BLOOD TESTING

10:00AM 7   LABORATORIES.

10:00AM 8      NOW, YOU'RE GOING TO HEAR A LITTLE BIT ABOUT THOSE CENTRAL

10:00AM 9   BLOOD TESTING LABORATORIES.  SOME OF YOU I'M SURE HAVE GONE TO

10:00AM 10  THEM.

10:00AM 11     THE TWO MOST NOTABLE ONES ARE LAB CORP. AND

10:00AM 12  QUEST DIAGNOSTICS.  THE DEFENDANT WAS CONSTANTLY COMPARING

10:00AM 13  HERSELF TO THESE TWO COMPETITORS AND CLAIMING THAT THERANOS WAS

10:00AM 14  USING REVOLUTIONARY TECHNOLOGY THAT ECLIPSED THE OLD, BULKY

10:01AM 15  MACHINES USED BY HER COMPETITORS.

10:01AM 16     IN THE SUMMER OF 2013, THE DEFENDANT'S TOP FINANCE OFFICER

10:01AM 17  WAS TELLING HER AND BALWANI THAT THERANOS WAS DOWN TO ABOUT

10:01AM 18  $15 MILLION IN CASH WITH A BURN RATE OR A WEEKLY SPEND OF $1-

10:01AM 19  TO $2 MILLION PER WEEK.  IN A MATTER OF MONTHS, THERANOS WOULD

10:01AM 20  BE OUT OF MONEY.

10:01AM 21     BUT EVEN WORSE, THE DEFENDANT'S SCIENTISTS WERE TELLING

10:01AM 22  HER THAT THERANOS WAS NOT READY TO LAUNCH ITS PRODUCT AND

10:01AM 23  SERVICES, THAT THE MINIATURE BLOOD ANALYZERS THERANOS

10:01AM 24  MANUFACTURED WERE NOT WORKING AT THE LEVEL THEY NEEDED TO.

10:01AM 25     THEY URGED THE DEFENDANT AND BALWANI TO DELAY THE LAUNCH

10:01AM 1    OR GOING LIVE WITH PATIENTS AS WALGREENS WAS EXPECTING THEM TO

10:01AM 2    DO IN SEPTEMBER OF 2013 AND HAD BEEN WAITING TO DO FOR YEARS.

10:02AM 3        OUT OF TIME AND OUT OF MONEY, THE DEFENDANT DECIDED TO

10:02AM 4    MISLEAD.

10:02AM 5        TO GET OUT OF THE HOLE THAT THEY HAD DUG, THE DEFENDANT

10:02AM 6    AND BALWANI DID THREE THINGS:

10:02AM 7        FIRST, ALTHOUGH THEY HAD PROMISED THE THERANOS DEVICE, THE

10:02AM 8    MINIATURE BLOOD ANALYZER, WOULD BE USED FOR THE WALGREENS AND

10:02AM 9    SAFEWAY LAUNCHES, THEY DECIDED TO HAVE THERANOS USE MACHINES

10:02AM 10   MADE BY THIRD PARTIES, NOT THERANOS, TO DO THE VAST BULK OF

10:02AM 11   PATIENT TESTING.

10:02AM 12       IN THE SUMMER OF 2013 IN WHAT YOU WILL HEAR WAS A RUSH, A

10:02AM 13   SCRAMBLE, THE DEFENDANT ORDERED HER SUBORDINATES TO MODIFY

10:02AM 14   THIRD PARTY MACHINES MADE BY OTHERS SO THAT THERANOS COULD RUN

10:02AM 15   BLOOD TESTS FROM TINY BLOOD SAMPLES.

10:03AM 16       THIS WAS NOT THE MINILAB THAT SHE HAD PROMISED.  THIS WAS

10:03AM 17   NOT MINIATURIZING THE LAB AS SHE HAD PROMISED.  THIS WAS A WAY

10:03AM 18   TO DECEIVE WALGREENS AND SAFEWAY AND TO STALL AND TO BUY TIME.

10:03AM 19       THE SECOND THING THAT THE DEFENDANT DID WAS TO INDUCE A

10:03AM 20   NEWS REPORTER NAMED JOE RAGO FROM "THE WALL STREET JOURNAL" TO

10:03AM 21   WRITE A NEWS STORY ABOUT THERANOS, FALSELY SUGGESTING THERANOS

10:03AM 22   HAD REVOLUTIONIZED BLOOD TESTING WITH A BLOOD ANALYZER THAT

10:03AM 23   COULD DO ANY BLOOD TESTING FROM A FINGERSTICK.

10:03AM 24       THE DEFENDANT WORKED CLOSELY WITH JOE RAGO AND REVIEWED

10:03AM 25   AND APPROVED HIS ARTICLE BEFORE IT WAS PUBLISHED.  HERE ARE

10:03AM 1    SOME OF THE EXCERPTS FROM THE ARTICLE, WHICH YOU WILL SEE, AND

10:03AM 2    THE EVIDENCE WILL SHOW WERE FALSE AND MISLEADING AT THE TIME.

10:04AM 3        THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW REFINING

10:04AM 4    INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE THAN 1,000

10:04AM 5    LABORATORY TESTS FROM ROUTINE BLOOD WORK TO ADVANCED GENETIC

10:04AM 6    ANALYSES.

10:04AM 7        THERANOS'S PROCESSES ARE FASTER, CHEAPER, AND MORE

10:04AM 8    ACCURATE THAN CONVENTIONAL METHODS AND REQUIRE ONLY MICROSCOPIC

10:04AM 9    BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF.

10:04AM 10       THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE LAB TRIPS

10:04AM 11   BECAUSE IT CAN RUN ANY COMBINATION OF TESTS, INCLUDING SETS OF

10:04AM 12   FOLLOW-ON TESTS AT ONCE VERY QUICKLY, ALL FROM A SINGLE MICRO

10:04AM 13   SAMPLE.

10:04AM 14       THERANOS CAN CONDUCT A BATTERY OF TESTS FOR TENS OF

10:04AM 15   DOLLARS, A PHRASE THAT DOES NOT EXIST IN U.S. HEALTH CARE.

10:05AM 16       THE DEFENDANT TIMED THIS "WALL STREET JOURNAL" ARTICLE

10:05AM 17   WITH A PRESS RELEASE, WHICH YOU SEE HERE, WHERE SHE ANNOUNCED

10:05AM 18   THERANOS BLOOD TESTS WOULD BE AVAILABLE IN WALGREENS, AND

10:05AM 19   BOLDLY ASSERTED, "WITH THE FIRST LOCATION LAUNCHING THIS MONTH

10:05AM 20   IN SILICON VALLEY, CONSUMERS CAN NOW COMPLETE ANY

10:05AM 21   CLINICIAN-DIRECTED LAB TEST WITH AS LITTLE AS A FEW DROPS OF

10:05AM 22   BLOOD AND RESULTS AVAILABLE IN A MATTER OF HOURS."

10:05AM 23       THIS, LIKE HER CLAIMS IN THE "WALL STREET JOURNAL"

10:05AM 24   ARTICLE, WAS FALSE AND MISLEADING, AS THE EVIDENCE WILL SHOW.

10:05AM 25   AT THE TIME OF THIS PRESS RELEASE, THERANOS WAS NOT ABLE TO DO

OPENING STATEMENT BY MR. LEACH

10:05AM  1    ANY OF ITS BLOOD TESTS ON THE MINIATURE BLOOD ANALYZER IN THE

10:05AM  2    PALO ALTO LAB.

10:05AM  3         THE THIRD THING THAT THE DEFENDANT DID WAS TO RAISE MONEY.

10:05AM  4    WITH THE MEDIA SPLASH FROM THE RAGO ARTICLE AND THE PRESS

10:06AM  5    RELEASE, THE DEFENDANT AND BALWANI STARTED TO RAISE MORE MONEY

10:06AM  6    FROM INVESTORS.

10:06AM  7         AND BETWEEN THE END OF 2013 AND 2015, THEY RAISED HUNDREDS

10:06AM  8    OF MILLIONS OF DOLLARS BASED ON FALSE AND MISLEADING

10:06AM  9    REPRESENTATIONS.

10:06AM 10         SOME OF THE FALSE AND MISLEADING REPRESENTATIONS WERE MADE

10:06AM 11    ORALLY, IN MEETINGS WITH INVESTORS.  SOME WERE MADE IN

10:06AM 12    POWERPOINTS THAT SHE OR HER DIRECT SUBORDINATES PROVIDED TO

10:06AM 13    PROSPECTIVE INVESTORS.  SOME WERE IN NEWS ARTICLES THAT SHE

10:06AM 14    ENGINEERED AND DIRECTED TO PROSPECTIVE INVESTORS.

10:06AM 15         THE FALSE AND MISLEADING REPRESENTATIONS YOU WILL HEAR

10:06AM 16    ABOUT FALL INTO A COUPLE OF DIFFERENT CATEGORIES:

10:06AM 17         FIRST, THE DEFENDANT DECEIVED INVESTORS ABOUT THE

10:07AM 18    CAPABILITIES AND READINESS OF THE THERANOS MINIATURE BLOOD

10:07AM 19    ANALYZER.

10:07AM 20         THERANOS'S BLOOD ANALYZERS WENT BY MANY NAMES:  EDISON,

10:07AM 21    3.5, 4.0, 4S, MINILAB, AND THERANOS SAMPLE PROCESSING UNIT, OR

10:07AM 22    TSPU.

10:07AM 23         THOSE CAN BE A MOUTHFUL, SO LET ME REPEAT THEM.  EDISON,

10:07AM 24    3.5, 4.0, 4S, MINILAB, OR TSPU, THERANOS SAMPLE PROCESSING

10:07AM 25    UNIT.

OPENING STATEMENT BY MR. LEACH

10:07AM 1     WHEN WE ARE USING THESE TERMS, THEY GENERALLY REFER TO A

10:07AM 2  VERSION OF THERANOS MINIATURE BLOOD ANALYZER.

10:08AM 3     THE DEFENDANT LED INVESTORS INTO BELIEVING THAT THERANOS

10:08AM 4  HAD BEEN USING ITS MINIATURE BLOOD ANALYZER IN ITS CLINICAL

10:08AM 5  LABORATORY FOR YEARS AND THAT ITS MINIATURE BLOOD ANALYZER

10:08AM 6  COULD ACCURATELY AND RELIABLY RUN ALL OR NEARLY ALL OF THE

10:08AM 7  BLOOD TESTS FROM A FINGERSTICK ON PATIENTS IN RECORD TIME AND

10:08AM 8  AT LOW COST.

10:08AM 9     HERE ARE SOME OF THE CLAIMS FROM A PRESENTATION TO ONE OF

10:08AM 10  THE INVESTORS:

10:08AM 11     HOMES AND BALWANI EVOKED THE IMAGE OF A THERANOS SYSTEM

10:08AM 12  WITH THERANOS ANALYZERS; THEY DESCRIBED CARTRIDGES ON WHICH YOU

10:08AM 13  WOULD DROP THE BLOOD DRAWN FROM A FINGERSTICK AND INSERT INTO

10:08AM 14  THE ANALYZER; THEY DESCRIBED MOBILE APPLICATIONS WHERE YOU

10:08AM 15  WOULD GET YOUR BLOOD TESTING IN A MATTER OF HOURS; AND THEY

10:09AM 16  EVOKED HIGH END, BACK END ANALYTICAL SYSTEMS THAT MIGHT BE ABLE

10:09AM 17  TO PRODUCE OR PREDICT THE ONSET OF DISEASE.

10:09AM 18     THE DEFENDANT AND BALWANI CLAIMED WITH THIS SYSTEM,

10:09AM 19  THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL LABORATORIES AND

10:09AM 20  PROCESSES ALL SAMPLE TYPES.

10:09AM 21     THEY CLAIMED THERANOS PROVIDES THE HIGHEST LEVEL OF

10:09AM 22  OVERSIGHT, AUTOMATION, AND STANDARDIZATION IN OUR PRE- AND

10:09AM 23  POST-ANALYTICAL PROCESSES, ENSURING THE HIGHEST LEVELS OF

10:09AM 24  ACCURACY AND PRECISION.

10:09AM 25     THEY CLAIMED THAT THERANOS PROVIDED THE HIGHEST LEVELS OF

10:09AM 1    ACCURACY.

10:09AM 2        THEY CLAIMED THEY PROVIDED A NEW STANDARD IN QUALITY AND

10:10AM 3    THAT THEIR ANALYZERS WERE DESIGNED TO HELP MONITOR CHRONIC

10:10AM 4    DISEASE STATES, PROVIDING ACCURACY AND PRECISION OVER TIME

10:10AM 5    THROUGH THE STANDARDIZATION OF THEIR SYSTEMS.

10:10AM 6        IN TRUTH, YOU WILL HEAR FROM INSIDERS THAT THE THERANOS

10:10AM 7    MINIATURE BLOOD ANALYZER, WHEN IT WAS ACTUALLY USED BY

10:10AM 8    THERANOS, WAS PLAGUED BY ISSUES AND REPEATEDLY FAILING QUALITY

10:10AM 9    CONTROL.  I'LL TELL YOU A LITTLE BIT ABOUT THE SIGNIFICANCE OF

10:10AM 10   QUALITY CONTROL IN A MINUTE.

10:10AM 11       IN FACT, YOU WILL HEAR THAT THERANOS NEVER USED ITS

10:10AM 12   MINIATURE BLOOD ANALYZER IN ITS CLINICAL LAB FOR MORE THAN 12

10:10AM 13   ASSAYS OR TESTS.  ASSAYS ARE A FANCY WORD FOR A TEST, AND

10:10AM 14   YOU'RE GOING TO HEAR A LOT ABOUT ASSAYS IN THIS CASE.

10:11AM 15       AND BY SEPTEMBER OF 2015 WHEN THERANOS STARTED TO COME

10:11AM 16   UNDER SCRUTINY BY REGULATORS AND THE MEDIA, IT WAS NOT USING

10:11AM 17   ITS MINIATURE BLOOD ANALYZER IN ITS CLINICAL LAB AT ALL.

10:11AM 18       THERANOS WAS USING ORDINARY THIRD PARTY MACHINES MADE BY

10:11AM 19   OTHERS, NOT THERANOS, TO DO THE VAST MAJORITY OF ITS BLOOD

10:11AM 20   TESTS, AND IT WAS DOING THEM BADLY.

10:11AM 21       THE SECOND CATEGORY OF MISREPRESENTATIONS THAT YOU WILL

10:11AM 22   HEAR ABOUT IS THAT THE DEFENDANT MISLED INVESTORS ABOUT

10:11AM 23   THERANOS'S TECHNOLOGY AND ITS USE BY THE UNITED STATES

10:11AM 24   MILITARY.

10:11AM 25       AROUND 2010, THERANOS HAD A SMALL, ROUGHLY $250,000,

10:11AM   1    CONTRACT WITH THE U.S. ARMY BURN CENTER IN TEXAS FOR A RESEARCH

10:12AM   2    STUDY IN THE UNITED STATES THAT WAS SUFFERING FROM LOW PATIENT

10:12AM   3    ENROLLMENT.

10:12AM   4         AFTER THAT, THE DEFENDANT WAS ALSO TRYING TO USE HER

10:12AM   5    CONTACTS, INCLUDING CONTACTS ON HER BOARD, TO GET DIFFERENT

10:12AM   6    BRANCHES OF THE MILITARY TO USE THE MINIATURE BLOOD ANALYZER.

10:12AM   7         BUT THE DEFENDANT'S EFFORTS NEVER WENT ANYWHERE AS YOU

10:12AM   8    WILL HEAR FROM A THERANOS INSIDER AND FROM OTHERS.

10:12AM   9         THE DEFENDANT, HOWEVER, LED INVESTORS TO BELIEVE THAT THE

10:12AM  10    MINIATURE BLOOD ANALYZER HAD BEEN DEPLOYED IN REMOTE AREAS OF

10:12AM  11    THE WORLD; THAT IT WAS USED ON MILITARY HELICOPTERS, OR

10:12AM  12    MEDIVACS, AND THAT IT WAS ACTUALLY SAVING THE LIVES OF SOLDIERS

10:12AM  13    IN THE FIELD.

10:12AM  14         THE THIRD CATEGORY OF MISREPRESENTATION THAT YOU WILL HEAR

10:13AM  15    ABOUT IS THAT THE DEFENDANT MISLED INVESTORS INTO BELIEVING

10:13AM  16    THAT PHARMACEUTICAL COMPANIES ENDORSED AND APPROVED THE

10:13AM  17    MINIATURE BLOOD ANALYZER.  AND LET ME GIVE YOU ONE EXAMPLE OF

10:13AM  18    HOW THE DEFENDANT DID THAT.

10:13AM  19         AS I MENTIONED EARLY ON, THERANOS DID DO SOME WORK WITH

10:13AM  20    PHARMACEUTICAL COMPANIES.  ONE OF THEM WAS PFIZER.  SOME OF YOU

10:13AM  21    MAY HAVE HEARD OF PFIZER, AND WE'RE ALL GRATEFUL TO PFIZER FOR

10:13AM  22    THE ABILITY TO BE HERE TODAY.

10:13AM  23         PRIOR TO 2009, PFIZER HAD A $900,000 CONTRACT WITH

10:13AM  24    THERANOS.

10:13AM  25         IN OCTOBER OF 2008, THE DEFENDANT EMAILED A FINAL REPORT

10:13AM  1    TO PFIZER ON ITS WORK.  THE REPORT, AS YOU SEE HERE, HAD THE

10:13AM  2    OLD THERANOS LOGO ON IT, AND IT SET FORTH A NUMBER OF

10:14AM  3    CONCLUSIONS THAT THERANOS HAD REACHED FROM ITS WORK.

10:14AM  4        HOLMES CLAIMED THE ANALYZER PERFORMED WITH SUPERIOR

10:14AM  5    PERFORMANCE, SHE CLAIMED IT DEMONSTRATED GOOD CORRELATIONS, AND

10:14AM  6    SHE CLAIMED THAT IT HAD ROBUST FUNCTIONALITY.

10:14AM  7        PFIZER, YOU WILL LEARN, READ THIS REPORT AND WAS NOT

10:14AM  8    IMPRESSED.  PFIZER CONCLUDED IT WAS UNCONVINCING AND THAT

10:14AM  9    THERANOS'S DEFENSE WAS NON-INFORMATIVE AND EVASIVE.

10:14AM  10       PFIZER TOLD THE DEFENDANT SHORTLY AFTER RECEIVING THE

10:14AM  11   REPORT THAT IT HAD NO USE FOR THERANOS'S TECHNOLOGY.  AND AFTER

10:14AM  12   DOING SO, PFIZER NEVER DID BUSINESS WITH THERANOS AGAIN.

10:14AM  13       BUT THE DEFENDANT GAVE AN ENTIRELY DIFFERENT AND FALSE

10:15AM  14   STORY TO HER INVESTORS.

10:15AM  15       IN MULTIPLE PRESENTATIONS, THE DEFENDANT TOLD INVESTORS

10:15AM  16   THAT THERANOS SYSTEMS HAVE BEEN COMPREHENSIVELY VALIDATED BY

10:15AM  17   10 OF THE 15 LARGEST PHARMACEUTICAL COMPANIES.

10:15AM  18       AND TO PROVE THIS, SHE PROVIDED TO INVESTORS EXEMPLARY

10:15AM  19   REPORTS FROM PHARMACEUTICAL PARTNERS.  ONE OF THE SO-CALLED

10:15AM  20   EXEMPLARY REPORTS THAT SHE GAVE TO INVESTORS IS THE ONE THAT

10:15AM  21   I'M SHOWING YOU NOW.

10:15AM  22       THIS IS PURPORTEDLY FROM PFIZER.  IT HAS THE PFIZER LOGO.

10:15AM  23       AND THE DEFENDANT HELD THIS OUT AS DEMONSTRATING THAT

10:15AM  24   PFIZER CONCLUDED THAT THE ANALYZER HAD SUPERIOR PERFORMANCE,

10:16AM  25   GOOD CORRELATIONS, AND ROBUST FUNCTIONALITY.

10:16AM  1        BUT AS YOU WILL HEAR, PFIZER DID NOT WRITE THIS.  PFIZER

10:16AM  2   DID NOT PUT ITS LOGO ON THIS.  PFIZER DID NOT GIVE ITS

10:16AM  3   PERMISSION TO PUT ITS LOGO ON THIS.  PFIZER DID NOT MAKE THE

10:16AM  4   CONCLUSIONS IN THIS REPORT.  IN FACT, IT CAME TO THE OPPOSITE

10:16AM  5   CONCLUSIONS.

10:16AM  6        YET, THE DEFENDANT GAVE THIS TO INVESTORS TO GIVE THE

10:16AM  7   FALSE IMPRESSION THAT PFIZER ENDORSED THERANOS'S MINIATURE

10:16AM  8   BLOOD ANALYZER.

10:16AM  9        LET ME NOW TELL YOU ABOUT THE FOURTH CATEGORY OF

10:16AM 10   MISREPRESENTATION THAT YOU WILL HEAR ABOUT.

10:16AM 11        THE DEFENDANT MISLED POTENTIAL INVESTORS WITH FALSE AND

10:16AM 12   MISLEADING INFORMATION ABOUT THERANOS'S FINANCIAL POSITION AND

10:16AM 13   PROJECTIONS.

10:16AM 14        YOU WILL HEAR FROM THERANOS'S TOP FINANCE OFFICER, WHO

10:17AM 15   WILL TELL YOU THAT THERANOS HAD APPROXIMATELY $500,000 IN

10:17AM 16   REVENUE IN 2011, ZERO IN 2012, ZERO IN 2013, AND ABOUT $150,000

10:17AM 17   IN 2014.

10:17AM 18        THE DEFENDANT, HOWEVER, WAS TELLING HER INVESTORS THAT

10:17AM 19   THERANOS COULD PERFORM ALL OF THE BLOOD TESTS AT A FRACTION OF

10:17AM 20   THE COST, AND SHE WAS TELLING THEM AS LATE AS OCTOBER OF 2014

10:17AM 21   THAT THERANOS WOULD HAVE $140 MILLION IN REVENUE, AND

10:17AM 22   $40 MILLION FROM PHARMACEUTICAL COMPANIES BY THE END OF 2014.

10:17AM 23        BUT THERANOS HAD LOST ANY SIGNIFICANT PHARMACEUTICAL

10:17AM 24   BUSINESS, AND IT WAS NOWHERE ACHIEVING THE REVENUE PROJECTIONS

10:17AM 25   THAT THE DEFENDANT WAS PEDDLING.

10:18AM  1        A FIFTH CATEGORY THAT YOU WILL HEAR ABOUT IS THAT THE

10:18AM  2    DEFENDANT LIED TO INVESTORS ABOUT THE STATUS OF THE WALGREENS

10:18AM  3    ROLLOUT.  REMEMBER, IN SEPTEMBER OF 2013, THERANOS ANNOUNCED TO

10:18AM  4    THE PUBLIC THAT IT WOULD BE OFFERING BLOOD TESTS IN WALGREENS

10:18AM  5    STORES.

10:18AM  6        WALGREENS BELIEVED THAT THERANOS WOULD BE DRAWING BLOOD

10:18AM  7    FROM A FINGERSTICK AND USING ITS MINIATURE BLOOD ANALYZER TO

10:18AM  8    TEST THE BLOOD.

10:18AM  9        BUT THERANOS NEVER USED THE MINIATURE BLOOD ANALYZER FOR

10:18AM 10    MORE THAN 12 TESTS.  AND UNBEKNOWNST TO WALGREENS OFFICIALS,

10:18AM 11    THERANOS WAS SECRETLY USING THE BIG CLUNKY THIRD PARTY MACHINES

10:18AM 12    MADE BY OTHERS TO DO THE VAST MAJORITY OF ITS TESTING.

10:18AM 13        AS A RESULT, WHEN PATIENTS CAME INTO WALGREENS, MANY OF

10:18AM 14    THEM HAD TO GET THEIR BLOOD DRAWN FROM A VEIN, NOT BY A

10:19AM 15    FINGERSTICK.

10:19AM 16        WALGREENS, YOU WILL HEAR, WAS SHOCKED BY THE HIGH NUMBER

10:19AM 17    OF VEIN DRAWS THAT THERANOS WAS PERFORMING, AND BY AUGUST OF

10:19AM 18    2014, WAS DOUBTING THERANOS'S ABILITY TO DO WHAT THE DEFENDANT

10:19AM 19    AND BALWANI SAID THAT THEY COULD DO.

10:19AM 20        WALGREENS WAS TELLING THERANOS THAT THERE WOULD BE NO

10:19AM 21    FURTHER ROLLOUT BEYOND THE 40 STORES THAT HAD ALREADY BEEN

10:19AM 22    OPENED UNTIL THERANOS WAS ABLE TO DO MORE TESTS VIA FINGERSTICK

10:19AM 23    AS OPPOSED TO THE VEIN.

10:19AM 24        DESPITE THE FACT THAT THE WALGREENS ROLLOUT WAS STALLING

10:19AM 25    AND WOULD NEVER RECOVER, THE DEFENDANT WAS TELLING HER

10:19AM   1    INVESTORS THAT THERANOS WOULD BE IN HUNDREDS OF WALGREENS BY

10:19AM   2    THE END OF 2015.

10:19AM   3         THESE ARE SOME OF THE CATEGORIES OF MISREPRESENTATIONS

10:19AM   4    THAT YOU WILL HEAR ABOUT.

10:19AM   5         SOME OF THE MISREPRESENTATIONS THAT I'VE DESCRIBED WERE

10:20AM   6    ALSO MADE TO A NEWS REPORTER NAMED ROGER PARLOFF OF "FORTUNE"

10:20AM   7    MAGAZINE WHO WROTE AN ARGUE TITLED "THIS CEO IS OUT FOR BLOOD."

10:20AM   8    THIS WAS PUBLISHED IN JUNE OF 2014 BEFORE A NUMBER OF THE

10:20AM   9    INVESTMENTS THAT YOU WILL HEAR ABOUT.

10:20AM  10         AFTER LENGTHY RECORDED INTERVIEWS WITH THE DEFENDANT,

10:20AM  11    PARLOFF REPORTED:  "IMPORTANTLY, IT'S NOT JUST THE BLOOD DRAWS

10:20AM  12    THAT ARE TINY.  IT'S ALSO THE ANALYTICAL SYSTEMS THAT THERANOS

10:20AM  13    USES TO PERFORM THE TESTS.  THEY TAKE UP A SMALL FRACTION OF

10:20AM  14    THE FOOTPRINT REQUIRED BY A CONVENTIONAL LAB TODAY."

10:20AM  15         THIS WAS FALSE.

10:20AM  16         PARLOFF ALSO REPORTED:  "THERANOS, WHICH DOES NOT BUY ANY

10:20AM  17    ANALYZERS FROM THIRD PARTIES, IS THEREFORE, IN A UNIQUE

10:21AM  18    POSITION."

10:21AM  19         THIS WAS FALSE.

10:21AM  20         THE DEFENDANT USED THE PARLOFF ARTICLE TO OBTAIN FURTHER

10:21AM  21    INVESTMENTS, AND HER DECEIT OF REPORTERS WAS AN IMPORTANT WAY

10:21AM  22    THAT SHE EXECUTED HER FRAUD.

10:21AM  23         THE DEFENDANT'S FALSE AND MISLEADING STATEMENTS WERE

10:21AM  24    ENORMOUSLY SUCCESSFUL.  BETWEEN SEPTEMBER OF 2013, WHEN THE

10:21AM  25    DEFENDANT ISSUED THE FALSE AND MISLEADING PRESS RELEASE ABOUT

THE WALGREENS LAUNCH, AND THE END OF 2015, HOLMES AND BALWANI

RAISED HUNDREDS OF MILLIONS OF DOLLARS FROM INVESTORS.

THE DEFENDANT'S FRAUDULENT SCHEME MADE HER A BILLIONAIRE.

AT ONE POINT HER STOCK IN THERANOS WAS WORTH BILLIONS.

THE SCHEME BROUGHT HER FAME.  IT BROUGHT HER HONOR.  AND

IT BROUGHT HER ADORATION.  SHE WAS ON THE COVER OF "FORTUNE"

MAGAZINE.  SHE WAS PROFILED ON NUMEROUS T.V. PROGRAMS.  SHE WAS

HAILED AS THE NEXT STEVE JOBS, WHOM SHE GREATLY ADMIRED.  SHE

WAS TOUTED AS ONE OF THE MOST POWERFUL WOMEN IN BUSINESS.  AND

SHE HAD BECOME, AS SHE HAD SOUGHT, ONE OF THE MOST CELEBRATED

CEO'S IN SILICON VALLEY AND THE WORLD.

BUT UNDER THE FACADE OF THERANOS'S SUCCESS, THERE WERE

SIGNIFICANT PROBLEMS BREWING.

FIRST, INSIDERS AT THERANOS, WHO KNEW WHAT ITS MINIATURE

BLOOD ANALYZER COULD DO AND COULD NOT DO, AND WHO KNEW WHAT WAS

REALLY GOING ON IN THERANOS'S CLINICAL LABORATORY, WERE

TROUBLED BY WHAT WAS GOING ON AND THEY STARTED TO BLOW THE

WHISTLE.

I ANTICIPATE THAT YOU WILL HEAR FROM DR. ADAM ROSENDORFF,

WHO WAS THERANOS'S LAB DIRECTOR IN 2013 AND 2014.  I EXPECT

THAT YOU WILL HEAR FROM HIM THAT THE DEFENDANT WAS IGNORING HIS

ADVICE ABOUT HOW TO DO WHAT IS CALLED PROFICIENCY TESTING,

WHICH IS AN IMPORTANT SAFEGUARD IN RUNNING A LABORATORY

PROPERLY.

YOU'RE GOING TO HEAR ABOUT PROFICIENCY TESTING.  IT'S ONE

10:23AM  1    OF THE WAYS THAT LABORATORIES MAKE SURE THAT THE TESTS THAT

10:23AM  2    THEY'RE PERFORMING MATCH THOSE OF OTHERS.  IT'S LIKE TAKING A

10:23AM  3    STANDARDIZED TEST TO SEE HOW YOU MEASURE UP.

10:23AM  4        AND YOU WILL HEAR FROM DR. ROSENDORFF THAT THE DEFENDANT

10:23AM  5    IGNORED HIS ADVICE ON HOW TO DO PROFICIENCY TESTING FOR THE

10:23AM  6    MINIATURE BLOOD ANALYZER.

10:23AM  7        YOU ALSO WILL HEAR FROM DR. ROSENDORFF THAT HE WAS

10:24AM  8    INCREASINGLY DEVELOPING CONCERNS ABOUT THE ACCURACY AND

10:24AM  9    RELIABILITY OF THERANOS'S BLOOD TESTS, YET THE DEFENDANT DID

10:24AM  10   NOTHING.

10:24AM  11       YOU WILL HEAR THAT IN NOVEMBER OF 2014, HE REPORTED THAT

10:24AM  12   ONE THERANOS TEST WAS SO UNRELIABLE THAT THERANOS WAS UNABLE TO

10:24AM  13   TELL IF THE VALUE WAS CRITICAL, MEANING THAT YOU NEEDED TO CALL

10:24AM  14   A DOCTOR RIGHT AWAY.

10:24AM  15       WHEN DR. ROSENDORFF REPORTED HIS CONCERNS, THE DEFENDANT

10:24AM  16   AND BALWANI TOOK STEPS TO FIRE HIM.

10:24AM  17       DR. ROSENDORFF ULTIMATELY LEFT THERANOS IN LATE 2014 AND

10:24AM  18   AFTERWARD BEGAN SHARING HIS CONCERNS WITH A REPORTER WHO WAS

10:24AM  19   INVESTIGATING.

10:24AM  20       YOU WILL ALSO HEAR FROM ERIKA CHEUNG, WHO WORKED INSIDE OF

10:24AM  21   THERANOS'S CLINICAL LABORATORY, AND OBSERVED FIRSTHAND HOW THE

10:25AM  22   MINIATURE BLOOD ANALYZER WAS WORKING, OR BETTER, NOT WORKING IN

10:25AM  23   THE CLINICAL LAB.

10:25AM  24       SHE WILL TELL YOU THAT THE MINIATURE BLOOD ANALYZER WAS

10:25AM  25   REPEATEDLY FAILING QUALITY CONTROL.

10:25AM  1        YOU WILL LEARN THAT LABORATORIES RUN QUALITY CONTROL EVERY

10:25AM  2   DAY, OR ON A REGULAR BASIS, TO ENSURE THAT THEIR DEVICES ARE

10:25AM  3   RUNNING THE WAY THEY'RE SUPPOSED TO.  IT'S LIKE CHECKING THE

10:25AM  4   SPEED ON A RADAR GUN FOR A BASEBALL GAME, OR CHECKING A SCALE

10:25AM  5   BEFORE YOU USE IT.

10:25AM  6        SHE WILL TELL YOU THAT THE THERANOS BLOOD ANALYZER WAS

10:25AM  7   FAILING REPEATEDLY.

10:25AM  8        THERANOS, SHE WILL TELL YOU, TURNED A BLIND EYE WHEN SHE

10:25AM  9   REPORTED HER CONCERNS.

10:25AM 10        SHE TELL YOU WHAT SHE SAW WAS SO CONCERNING THAT SHE

10:25AM 11   ULTIMATELY REPORTED IT TO THE CENTERS FOR MEDICARE AND MEDICAID

10:25AM 12   SERVICES.

10:25AM 13        AT THIS POINT I SHOULD TELL YOU A LITTLE BIT ABOUT CMS.

10:26AM 14   CMS IS ANOTHER FEDERAL AGENCY.  IT REGULATES LABORATORIES.

10:26AM 15        I TALKED A LITTLE BIT EARLIER ABOUT THE FDA.  THEY

10:26AM 16   REGULATE THE DISTRIBUTION OF MEDICAL DEVICES.

10:26AM 17        THERE'S A LITTLE BIT OF OVERLAP BETWEEN THE TWO.  I EXPECT

10:26AM 18   THAT YOU'LL HEAR SOMETHING ABOUT THAT.

10:26AM 19        BUT THE IMPORTANT POINT FOR NOW IS THIS:  IN SEPTEMBER OF

10:26AM 20   2015, CMS CONDUCTED AN INSPECTION OF THERANOS'S CLINICAL

10:26AM 21   LABORATORY AND SAW FIRSTHAND THE PROBLEMS THAT ERIKA CHEUNG WAS

10:26AM 22   RAISING AND THAT DR. ROSENDORFF HAD BEEN RAISING TO THE

10:26AM 23   DEFENDANT AND BALWANI ALL ALONG.

10:26AM 24        THE WHISTLEBLOWERS WERE THE FIRST PROBLEM, BUT THERE WAS A

10:26AM 25   SECOND PROBLEM, AND THAT IS THERANOS WAS PRODUCING DANGEROUSLY

10:26AM  1     INACCURATE RESULTS TO PATIENTS WHO HAD BOUGHT THERANOS'S BLOOD

10:26AM  2     TESTS THINKING THAT THEY WERE ACCURATE AND RELIABLE.

10:27AM  3         YOU WILL HEAR FROM SOME OF THOSE PATIENTS.  YOU WILL HEAR

10:27AM  4     FROM A PATIENT WHO BOUGHT A THERANOS TEST BELIEVING IT TO BE

10:27AM  5     ACCURATE AND RELIABLE, AND WAS WRONGLY TOLD THAT HE HAD RESULTS

10:27AM  6     CONSISTENT WITH PROSTATE CANCER.

10:27AM  7         YOU WILL HEAR ABOUT WOMEN WHO RECEIVED THE WRONG

10:27AM  8     INFORMATION ABOUT WHETHER THEY WERE OR WERE NOT PREGNANT.

10:27AM  9         YOU WILL ALSO HEAR THAT ELIZABETH HOLMES WAS WELL AWARE OF

10:27AM 10     THESE PROBLEMS.  YOU WILL SEE EMAIL AFTER EMAIL WHERE ISSUES

10:27AM 11     ARE BROUGHT TO HER ATTENTION.

10:27AM 12         FOR EXAMPLE, WITH RESPECT TO THERANOS'S PREGNANCY TEST,

10:27AM 13     YOU WILL LEARN THAT HOLMES'S OWN BROTHER, WHO HOLMES HIRED TO

10:27AM 14     WORK AT THE COMPANY, TOLD HER THAT THE TESTS WERE CAUSING

10:27AM 15     SERIOUS ISSUES AND PATIENT COMPLAINTS.

10:27AM 16         MONTHS LATER, HOLMES WAS TOLD OF A PREGNANT WOMAN WHO WAS

10:28AM 17     ADVISED TO CHANGE HER MEDICATION REGIME BASED ON A THERANOS

10:28AM 18     TEST THAT FALSELY INDICATED SHE WAS NO LONGER CARRYING A BABY.

10:28AM 19         THERANOS, THE EVIDENCE WILL SHOW, OFFERED THAT TEST FOR

10:28AM 20     MONTHS AFTER.

10:28AM 21         BY MAKING FALSE AND MISLEADING REPRESENTATIONS TO

10:28AM 22     INVESTORS AND PATIENTS, ELIZABETH HOLMES BECAME A BILLIONAIRE.

10:28AM 23         BUT IN OCTOBER OF 2015, THAT FACADE BEGAN TO CRUMBLE.

10:28AM 24         AROUND THAT TIME, AFTER SOME SKEPTICAL REPORTING,

10:28AM 25     INVESTORS STARTED TO ASK DIFFICULT QUESTIONS OF THE DEFENDANT:

10:28AM   1        HOW MANY TESTS CAN YOU REALLY RUN ON YOUR MINIATURE BLOOD

10:28AM   2   ANALYZER?

10:28AM   3        HOW MUCH REVENUE DO YOU REALLY HAVE?

10:28AM   4        ARE YOUR TESTS AS ACCURATE AS YOU SAY THEY ARE?

10:28AM   5        OUT OF OPENINGS, ELIZABETH HOLMES AGAIN DECIDED TO

10:29AM   6   MISLEAD.

10:29AM   7        WHEN A NATIONAL NEWS SHOW ASKED HER WHETHER THE THERANOS

10:29AM   8   BLOOD ANALYZER COULD DO MORE THAN 15 TESTS, SHE FALSELY STATED

10:29AM   9   THAT EVERY TEST OFFERED IN THE THERANOS LAB CAN RUN ON ITS

10:29AM  10   PROPRIETARY DEVICES.

10:29AM  11        WHEN QUESTIONED AT ANOTHER PUBLIC EVENT, SHE SAID THERANOS

10:29AM  12   NEVER USED COMMERCIALLY AVAILABLE LAB EQUIPMENT FOR FINGERSTICK

10:29AM  13   TESTS.

10:29AM  14        AFTER THE CMS INSPECTION, THERANOS SHUTTERED ITS CLINICAL

10:29AM  15   LABORATORY.  IT WAS NEVER ABLE TO GET THE MINIATURE BLOOD

10:29AM  16   ANALYZER ACCURATE ENOUGH FOR PATIENTS TO USE RELIABLY, AND IT

10:29AM  17   WENT BANKRUPT, LEAVING INVESTORS WITH HUNDREDS OF MILLIONS OF

10:29AM  18   DOLLARS IN LOSSES.

10:29AM  19        THE FRAUD THAT I HAVE JUST DESCRIBED GIVES RISE TO A

10:29AM  20   NUMBER OF DIFFERENT CHARGES:

10:30AM  21        FIRST, WIRE FRAUD.  THE DEFENDANT USED INTERSTATE WIRES TO

10:30AM  22   EXECUTE A SCHEME TO DEFRAUD THERANOS INVESTORS AND THERANOS

10:30AM  23   PATIENTS.

10:30AM  24        AND CONSPIRACY.  THE DEFENDANT AND BALWANI ENTERED INTO AN

10:30AM  25   AGREEMENT, A CRIMINAL PARTNERSHIP, TO COMMIT THE CRIME OF WIRE

10:30AM 1  FRAUD, TO DECEIVE AND TO CHEAT INVESTORS AND PATIENTS OUT OF

10:30AM 2  MONEY.

10:30AM 3       IN THE NEXT FEW MINUTES, I WANT TO GIVE YOU A BRIEF

10:30AM 4  OVERVIEW OF THERANOS AND THE DIFFERENT TYPES OF WITNESSES THAT

10:30AM 5  YOU WILL HEAR FROM WHO WILL PROVE THAT ELIZABETH HOLMES, THE

10:30AM 6  DEFENDANT, DEFRAUDED INVESTORS AND DEFRAUDED PATIENTS.

10:30AM 7       LET ME START WITH THERANOS.

10:30AM 8       HOLMES FORMED THERANOS IN 2003.  SHE WAS ITS FOUNDER,

10:31AM 9  CHIEF EXECUTIVE OFFICER, AND CHAIRMAN OF ITS BOARD OF

10:31AM 10  DIRECTORS.  SHE OWNED IT.  SHE CONTROLLED IT.  THE BUCK STOPPED

10:31AM 11  WITH HER.

10:31AM 12       AND AS YOU WILL HEAR FROM INSIDERS WHO WORKED WITH HER

10:31AM 13  CLOSELY, SHE WAS NOT AN ABSENTEE CEO.  SHE WAS THERE ALL OF THE

10:31AM 14  TIME.  SHE SWEATED THE DETAILS.  SHE WAS IN CHARGE.

10:31AM 15       FROM 2009 UNTIL 2016, HER NUMBER 2 WAS RAMESH BALWANI.  HE

10:31AM 16  ALSO WENT BY THE NAME SUNNY BALWANI.  HE HAD A SOFTWARE

10:31AM 17  BACKGROUND, NOT A LABORATORY BACKGROUND.

10:31AM 18       YOU WILL HEAR THAT IN 2009 WHEN THERANOS WAS DESPERATE FOR

10:31AM 19  CASH, AS I DESCRIBED EARLIER, HE LOANED MONEY TO THERANOS SO IT

10:31AM 20  COULD GET BY.

10:31AM 21       HE BECAME ITS COO AND ITS PRESIDENT.  AND HE RAN THE

10:31AM 22  COMPANY WITH THE DEFENDANT.

10:32AM 23       ELIZABETH HOLMES AND SUNNY BALWANI WERE MORE THAN BUSINESS

10:32AM 24  PARTNERS.  THEY WERE ALSO ROMANTIC PARTNERS.  THE DEFENDANT AND

10:32AM 25  BALWANI HAD BEEN ROMANTICALLY INVOLVED FOR MANY YEARS BEFORE HE

10:32AM  1    OFFICIALLY JOINED THERANOS AND THEY WERE ROMANTICALLY INVOLVED

10:32AM  2    AFTER.

10:32AM  3         THE DEFENDANT AND BALWANI CONTROLLED THERANOS AS EQUALS

10:32AM  4    AND MADE SIGNIFICANT DECISIONS IN CONSULTATION WITH EACH OTHER

10:32AM  5    AS PARTNERS DO.

10:32AM  6         BUT I DON'T WANT TO LEAVE YOU WITH THE IMPRESSION THAT

10:32AM  7    THERANOS WAS JUST A SHELL.  IT WAS A REAL COMPANY.  IT HAD MANY

10:32AM  8    EMPLOYEES.  IT HAD MANY SCIENTISTS AND MANY PROFESSIONALS WHO

10:32AM  9    BELIEVED IN SOME OF THE LOFTY CONCEPTS AND ASPIRATIONS THAT THE

10:32AM 10    DEFENDANT ARTICULATED, BUT WHO LACKED THE EXPOSURE TO THE FALSE

10:32AM 11    AND MISLEADING STATEMENTS TO INVESTORS OR THE ABILITY TO

10:33AM 12    QUESTION THEM.

10:33AM 13         I'VE PUT ON THE SCREEN HERE SOME OF THE INSIDERS THAT YOU

10:33AM 14    WILL HEAR ABOUT.  THEY FALL INTO TWO GROUPS:  ON THE LEFT, AS

10:33AM 15    YOU WILL SEE, ARE FOLKS IN THERANOS WHOSE PRINCIPAL ROLE WAS

10:33AM 16    RESEARCH AND DEVELOPMENT.  SOME SCIENTISTS WERE RESPONSIBLE FOR

10:33AM 17    WHAT ARE CALLED ASSAYS.  ASSAYS IS A FANCY WORD FOR BLOOD

10:33AM 18    TESTS.  YOU CAN PERFORM AN ASSAY ON A BENCH OR A TABLE OR ON A

10:33AM 19    BLOOD ANALYZER OR A DEVICE.

10:33AM 20         I HAVE HERE ON THE SCREEN TWO FOLKS WHO YOU WILL HEAR

10:33AM 21    ABOUT:  DANIEL YOUNG, WHO JOINED IN 2009 AND BECAME A VICE

10:33AM 22    PRESIDENT; AND ANOTHER IS SUREKHA GANGAKHEDKAR, WHO MANAGED

10:33AM 23    ASSAY DEVELOPMENT AND WHO RESIGNED TO ELIZABETH HOLMES JUST

10:33AM 24    BEFORE THE WALGREENS LAUNCH.

10:33AM 25         ON THE RIGHT OF THE SCREEN YOU HAVE WHAT IS CALLED THE

10:33AM  1    CLIA LAB, OR THE CLINICAL LAB.  CLIA, C-L-I-A, IS AN ACRONYM

10:34AM  2    THAT YOU'RE GOING TO HEAR A LOT ABOUT.  IT STANDS FOR CLINICAL

10:34AM  3    LABORATORY IMPROVEMENT AMENDMENTS ACT.  IT'S NOT IMPORTANT THAT

10:34AM  4    YOU REMEMBER THAT.

10:34AM  5        WHAT IS IMPORTANT IS THIS:  IF YOU WANT TO BE IN THE BLOOD

10:34AM  6    TESTING BUSINESS, IF YOU WANT TO REPORT BLOOD TESTS TO PATIENTS

10:34AM  7    ON A COMMERCIAL BASIS, YOU NEED A CLIA LAB.  THAT'S ESSENTIALLY

10:34AM  8    HOW BLOOD TESTING SERVICES ARE BROUGHT TO THE PUBLIC FOR USE ON

10:34AM  9    PATIENTS.

10:34AM 10        RESEARCH AND DEVELOPMENT IS WHERE YOU ASPIRE.  THE CLIA

10:34AM 11    LAB IS WHERE YOU DELIVER RESULTS TO REAL PATIENTS.

10:34AM 12        YOU'LL SEE ON THE SLIDE HERE THAT THERE ARE THREE PEOPLE

10:34AM 13    THAT I WANT YOU TO REMEMBER FROM THERANOS'S CLIA LAB.  THESE

10:34AM 14    ARE THE LAB DIRECTORS.  THESE ARE THE MEDICAL DOCTORS WHO,

10:34AM 15    ALONG WITH THE DEFENDANT AND BALWANI, WERE IN CHARGE OF THE

10:35AM 16    RESULTS THAT WENT TO PATIENTS:

10:35AM 17        FIRST ON THE LEFT, FROM 2013 TO THE END OF 2014, YOU HAVE

10:35AM 18    DR. ADAM ROSENDORFF.  THOSE DATES ARE IMPORTANT.  REMEMBER, IN

10:35AM 19    SEPTEMBER OF 2013 THERANOS FIRST ANNOUNCED ITS COMMERCIAL BLOOD

10:35AM 20    TESTING SERVICES WITH WALGREENS.

10:35AM 21        AND YOU WILL HEAR THAT BETWEEN SEPTEMBER OF 2013 AND JUNE

10:35AM 22    OF 2015, THERANOS USED ITS MINIATURE BLOOD ANALYZER IN THE CLIA

10:35AM 23    LAB FOR ONLY 12 TESTS OUT OF THE HUNDREDS THAT WERE OFFERED.

10:35AM 24        YOU WILL ALSO LEARN THAT THERANOS USED THIRD PARTY

10:35AM 25    MACHINES MADE BY OTHERS TO DO THE REMAINDER OF THE TESTING,

10:35AM 1    SOME USING FINGERSTICK SAMPLES, AND OTHERS USING VEIN DRAWS.

10:35AM 2        DR. ROSENDORFF WILL TELL YOU THAT THERANOS WAS DOING THAT

10:35AM 3    TESTING BADLY.  HE WILL TELL YOU ABOUT THE PROBLEMS THAT THEY

10:35AM 4    WERE HAVING WITH CHOLESTEROL TESTS, ABOUT THE PROBLEMS THAT

10:35AM 5    THEY WERE HAVING WITH POTASSIUM TESTS AND SODIUM TESTS.

10:36AM 6        YOU WILL LEARN THAT DR. ROSENDORFF BECAME PARTICULARLY

10:36AM 7    VOCAL IN RAISING CONCERNS ABOUT PROBLEMS IN THE CLIA LAB AND

10:36AM 8    HOW THERANOS WAS NOT DOING ITS TESTING THE RIGHT WAY, AND WHEN

10:36AM 9    HE DID SO, THE DEFENDANT AND BALWANI TOOK STEPS TO FORCE HIM

10:36AM 10   OUT.

10:36AM 11       WITH DR. ROSENDORFF GONE, WITH ALL OF THE ISSUES THAT HE

10:36AM 12   SPOTTED, WITH ONLY 12 TESTS BEING DONE ON THE MINIATURE BLOOD

10:36AM 13   ANALYZER, THE DEFENDANT AND BALWANI CHOSE TO HIRE BALWANI'S

10:36AM 14   DERMATOLOGIST TO RUN THIS REVOLUTIONARY CLIA LAB.  HIS NAME IS

10:36AM 15   DR. SUNIL DHAWAN.  HE WAS MR. BALWANI'S DERMATOLOGIST.

10:36AM 16       A DERMATOLOGIST SPECIALIZES IN SKIN CONDITIONS.

10:36AM 17       THE DEFENDANT AND BALWANI PUT HIM IN CHARGE OF ASSESSING

10:36AM 18   WHETHER WOMEN ARE PREGNANT, WHETHER PATIENTS HAD CANCER OR

10:36AM 19   WHETHER THEY HAD OTHER DISEASES.

10:37AM 20       DR. DHAWAN HAD NEVER RUN A LAB OUTSIDE OF HIS DERMATOLOGY

10:37AM 21   PRACTICE.  HE HAD NEVER SEEN OR USED A MINIATURE BLOOD

10:37AM 22   ANALYZER.  HE HAD NEVER SEEN OR USED THE FINGERSTICK TEST THAT

10:37AM 23   THERANOS WAS DOING.  AND HE PERFORMED NO MEANINGFUL WORK IN THE

10:37AM 24   CLIA LAB UNTIL SEPTEMBER OF 2015 WHEN CMS INSPECTORS STARTING

10:37AM 25   ASKING HARD QUESTIONS ABOUT WHAT WAS GOING ON IN THE LAB.

10:37AM 1         TO DR. DHAWAN'S RIGHT YOU HAVE DR. KINGSHUK DAS.  AFTER

10:37AM 2 INVESTORS STARTED ASKING QUESTIONS AND AFTER THE CMS

10:37AM 3 INSPECTION, THE DEFENDANT HIRED DR. DAS TO RUN THE LAB.

10:37AM 4         AND HE WILL TELL, I EXPECT, ABOUT WHAT HE SAW OF THE

10:37AM 5 MINIATURE BLOOD ANALYZER AND WHAT HE TOLD THE DEFENDANT.

10:37AM 6         THESE ARE SOME OF THE INSIDERS WITHIN THE COMPANY THAT YOU

10:37AM 7 WILL HEAR FROM AND ABOUT IN THIS TRIAL.

10:38AM 8         IN ADDITION TO HEARING FROM INSIDERS, YOU WILL ALSO HEAR

10:38AM 9 FROM SOME OF THE OUTSIDERS.  I EXPECT YOU WILL HEAR FROM

10:38AM 10 PFIZER, FROM SCHERING PLOUGH, FROM WALGREENS, FROM INDIVIDUALS

10:38AM 11 WITH KNOWLEDGE OF THE MILITARY'S USE OF THE MINIATURE BLOOD

10:38AM 12 ANALYZER.

10:38AM 13         THESE FOLKS WILL TELL YOU EXACTLY WHAT THEY WERE DOING AT

10:38AM 14 THERANOS, AND YOU WILL BE ABLE TO MEASURE UP THOSE FACTS WITH

10:38AM 15 WHAT THE DEFENDANT TOLD INVESTORS.

10:38AM 16         A THIRD CATEGORY THAT YOU WILL HEAR FROM AND ABOUT ARE THE

10:38AM 17 INVESTORS THEMSELVES.  THESE INCLUDE, I EXPECT, LISA PETERSON,

10:38AM 18 WHO HELPED MAKE INVESTMENT FOR A FIRM CALLED RDV.  THESE

10:38AM 19 INCLUDE, I EXPECT, BRIAN GROSSMAN WHO RAN AN INVESTMENT FUND

10:39AM 20 WHICH WE CALL PFM.

10:39AM 21         THEY AND OTHER INVESTORS WILL TELL YOU WHAT THE DEFENDANT

10:39AM 22 SAID REPEATEDLY TO MAKE THEM BELIEVE AND TO INVEST THEIR MONEY.

10:39AM 23         FINALLY, YOU WILL HEAR FROM PATIENTS AND FROM DOCTORS FOR

10:39AM 24 PATIENTS WHO PAID FOR OR RECEIVED FAULTY THERANOS BLOOD TESTS

10:39AM 25 WHEN THEY NEEDED THE RIGHT RESULTS TO MAKE THE RIGHT MEDICAL

10:39AM 1    DECISIONS.

10:39AM 2        OVER THE NEXT FEW WEEKS YOU'RE GOING TO HEAR A LOT ABOUT

10:39AM 3    ASSAYS, ABOUT QUALITY CONTROL, ABOUT THE FDA AND CMS AND THE

10:39AM 4    DIFFERENCE.

10:39AM 5        BUT THIS IS A CASE ABOUT FRAUD, ABOUT LYING AND CHEATING

10:39AM 6    TO GET MONEY.  IT'S A CRIME ON MAIN STREET, AND THAT'S A CRIME

10:39AM 7    IN SILICON VALLEY.

10:39AM 8        THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD HER

10:39AM 9    INVESTORS THAT SHE HAD DEVELOPED A MINIATURE BLOOD ANALYZER

10:40AM 10   THAT COULD VIRTUALLY DO ANY TEST.  IT COULD NOT.  IT NEVER DID

10:40AM 11   MORE THAN 12 TESTS IN THE CLINICAL LABORATORY, AND IT DID THEM

10:40AM 12   BADLY.

10:40AM 13       THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD HER

10:40AM 14   INVESTORS THE MILITARY WAS USING THE DEVICE IN THE FIELD.  IT

10:40AM 15   WAS NOT.

10:40AM 16       THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD THE

10:40AM 17   INVESTORS, PFIZER AND SCHERING PLOUGH AND OTHER PHARMACEUTICAL

10:40AM 18   COMPANIES, HAD COMPREHENSIVELY VALIDATED HER TECHNOLOGY.  THEY

10:40AM 19   HAD NOT.

10:40AM 20       THE EVIDENCE WILL SHOW THAT THE DEFENDANT GAVE INVESTORS

10:40AM 21   FINANCIAL PROJECTIONS PURPORTEDLY REPRESENTING THE TRUE

10:40AM 22   PROSPECT OF THE COMPANY.  THEY DID NOT.

10:40AM 23       THE EVIDENCE WILL SHOW THAT THE DEFENDANT INDUCED

10:40AM 24   WALGREENS OR INDUCED INVESTMENTS ON THE PROMISE OF A WALGREENS

10:40AM 25   ROLLOUT.  IT WAS A SPECTACULAR SUCCESS.  IT WAS NOT.

10:40AM   1            FINALLY, THE EVIDENCE WILL SHOW THAT THE DEFENDANT TOLD

10:41AM   2    PATIENTS HER TESTS WERE ACCURATE AND RELIABLE.  THEY WERE NOT.

10:41AM   3            AND IN THE COURSE OF DOING SO, SHE SKEWED THE MEDICAL

10:41AM   4    DECISIONS OF PATIENTS AND PUT THEM AT RISK.

10:41AM   5            THANK YOU VERY MUCH FOR YOUR ATTENTION, LADIES AND

10:41AM   6    GENTLEMEN.  AT THE END OF THE CASE THE GOVERNMENT WILL HAVE

10:41AM   7    ANOTHER OPPORTUNITY TO SPEAK WITH YOU.

10:41AM   8            UNTIL THEN, LISTEN CAREFULLY TO THE EVIDENCE, FOLLOW THE

10:41AM   9    EVIDENCE CLOSELY.  WE TRY TO PRESENT FACTS IN A COHERENT ORDER,

10:41AM  10    BUT THAT'S NOT ALWAYS POSSIBLE, SO WITNESSES WITHIN THOSE

10:41AM  11    BUCKETS MIGHT COME AT DIFFERENT TIMES.

10:41AM  12            BUT PLEASE PAY CLOSE ATTENTION, AND AT THE END OF THE CASE

10:41AM  13    THE GOVERNMENT WILL STAND UP HERE AGAIN AND URGE YOU TO RETURN

10:41AM  14    THE ONLY VERDICT THAT IS SUPPORTED BY THE EVIDENCE, AND THAT IS

10:41AM  15    THAT THE DEFENDANT IS GUILTY OF CONSPIRACY AND WIRE FRAUD AS

10:41AM  16    CHARGED IN THE INDICTMENT.

10:41AM  17            THANK YOU.

10:41AM  18            THANK YOU, YOUR HONOR.

10:42AM  19                THE COURT:  THANK YOU, MR. LEACH.

10:42AM  20            DOES THE DEFENSE HAVE AN OPENING STATEMENT?

10:42AM  21                MR. WADE:  WE DO, YOUR HONOR.

10:42AM  22                THE COURT:  WOULD YOU LIKE TO BEGIN THAT NOW OR

10:42AM  23    WOULD YOU LIKE TO --

10:42AM  24                MR. WADE:  MAYBE I WILL START NOW AND I'LL FIND A

10:42AM  25    GOOD TIME FOR A BREAK.

10:42AM  1          THE COURT:  THANK YOU.  LET'S DO THAT.

10:42AM  2          LADIES AND GENTLEMEN, FEEL FREE TO STAND AND STRETCH FOR

10:42AM  3  JUST A MOMENT.

10:42AM  4          (STRETCHING.)

10:43AM  5          **(MR. WADE GAVE HIS OPENING STATEMENT ON BEHALF OF THE**

10:43AM  6  **DEFENDANT.)**

10:43AM  7          MR. WADE:  MAY IT PLEASE THE COURT, COUNSEL,

10:43AM  8  MS. HOLMES, AND MEMBERS OF THE JURY.

10:43AM  9          ELIZABETH HOLMES DID NOT GO TO WORK EVERY DAY INTENDING TO

10:43AM  10  LIE, CHEAT, AND STEAL.

10:43AM  11          THE GOVERNMENT WOULD HAVE YOU BELIEVE HER COMPANY, HER

10:43AM  12  ENTIRE LIFE, IS A FRAUD.  THAT IS WRONG.  THAT IS NOT TRUE.

10:44AM  13          ELIZABETH HOLMES WORKED HERSELF TO THE BONE FOR 15 YEARS

10:44AM  14  TRYING TO MAKE LAB TESTING CHEAPER AND MORE ACCESSIBLE.  SHE

10:44AM  15  POURED HER HEART AND HER SOUL INTO THAT EFFORT.

10:44AM  16          NOW, IN THE END, THERANOS FAILED, AND MS. HOLMES WALKED

10:44AM  17  AWAY WITH NOTHING.

10:44AM  18          BUT FAILURE IS NOT A CRIME.  TRYING YOUR HARDEST AND

10:44AM  19  COMING UP SHORT IS NOT A CRIME.

10:44AM  20          AND BY THE TIME THIS TRIAL IS OVER, YOU WILL SEE THAT THE

10:45AM  21  VILLAIN THAT THE GOVERNMENT JUST PRESENTED IS ACTUALLY A

10:45AM  22  LIVING, BREATHING, HUMAN BEING WHO DID HER VERY BEST EACH AND

10:45AM  23  EVERY DAY.  AND SHE IS INNOCENT.

10:45AM  24          OVER THE COURSE OF THIS TRIAL WE WILL SHOW YOU WHY.

10:45AM  25          LET ME START 25 MILES NORTHWEST OF HERE RIGHT NEAR THE

10:45AM 1    INTERSECTION OF 880 AND HIGHWAY 84.  THERE, ALMOST EXACTLY

10:45AM 2    THREE YEARS AGO TODAY, ELIZABETH HOLMES WALKED OUT OF THE

10:45AM 3    THERANOS FACILITY AT 7373 GATEWAY BOULEVARD IN NEWARK,

10:46AM 4    CALIFORNIA.  SHE TOOK THE LAST OF HER PERSONAL ITEMS.  SHE PUT

10:46AM 5    THEM IN THE BACK OF HER CAR.  SHE SAT DOWN BEHIND THE WHEEL.

10:46AM 6    SHE BUCKLED HER SEAT BELT, AND SHE DROVE AWAY.

10:46AM 7        THAT WAS THE LAST DAY SHE LEFT THERANOS.  IT WAS HER LAST

10:46AM 8    DAY WORKING AT A COMPANY THAT SHE HAD FOUNDED 15 YEARS EARLIER.

10:46AM 9    IT WAS HER LAST DAY DEVOTED TO A DREAM THAT SHE HAD SPENT

10:46AM 10   NEARLY HALF OF HER LIFE, HER ENTIRE ADULT LIFE PURSUING.

10:47AM 11       ELIZABETH HOLMES STARTED THERANOS AT THE AGE OF 19.  SHE

10:47AM 12   WALKED AWAY FROM A STANFORD EDUCATION AND BET HER COLLEGE

10:47AM 13   SAVINGS ON AN ENGINEERING IDEA THAT SHE THOUGHT WOULD TRANSFORM

10:47AM 14   HEALTH CARE.  AND SHE WENT TO WORK OFTEN SEVEN DAYS A WEEK,

10:47AM 15   NEARLY ALWAYS LATE INTO THE NIGHT, FOR 15 YEARS TO THAT VERY

10:47AM 16   LAST DAY.

10:47AM 17       THE HARD WORK MS. HOLMES DID TO BUILD THERANOS IS CENTRAL

10:47AM 18   TO THE PRINCIPAL QUESTIONS THAT YOU HAVE TO ANSWER IN THIS

10:47AM 19   CASE.  WAS THAT WORK REAL?  WHY WAS SHE DOING IT?  AND DID SHE

10:48AM 20   BELIEVE IN THERANOS'S TECHNOLOGY AS SHE SPOKE ABOUT IT TO HER

10:48AM 21   INVESTORS AND CUSTOMERS?

10:48AM 22       IT WAS REAL.  IT WAS INNOVATIVE.  AND MS. HOLMES BELIEVED

10:48AM 23   WITH ALL OF HER BEING THAT IT COULD TRANSFORM HEALTH CARE.

10:48AM 24       SHE WAS NOT ALONE IN THAT BELIEF BECAUSE THERANOS WAS NOT

10:48AM 25   JUST ONE PERSON.  IT WAS NOT JUST MS. HOLMES.  SHE WAS

OPENING STATEMENT BY MR. WADE

10:49AM 1    SURROUNDED BY A TEAM OF HIGHLY TALENTED AND EXPERIENCED

10:49AM 2    COWORKERS, ADVISORS, AND MENTORS, AND TOGETHER THEY SPENT

10:49AM 3    15 YEARS BUILDING THAT COMPANY UP FROM NOTHING.

10:49AM 4         THERANOS PROVIDED HUNDREDS OF JOBS FOR THIS COMMUNITY.

10:49AM 5    JOBS TO SOFTWARE DEVELOPERS, SECURITY GUARDS, AND PRODUCT

10:49AM 6    ENGINEERS, MACHINISTS, ENGINEERING TECHNICIANS, AND JANITORS,

10:49AM 7    CHEMICAL ENGINEERS, EXECUTIVE ASSISTANTS, LAB WORKERS.

10:49AM 8         AND THAT TEAM ACHIEVED MUCH.  THERANOS WAS AWARDED 176

10:50AM 9    PATENTS.  THOSE PATENTS HAVE BEEN VALUED AT HUNDREDS OF

10:50AM 10   MILLIONS OF DOLLARS BY EXPERTS.

10:50AM 11        AS RECENTLY AS JULY OF THIS YEAR, THE U.S. GOVERNMENT

10:50AM 12   ISSUED A PATENT FOR WORK THAT OCCURRED AT THERANOS.

10:50AM 13        THERANOS DEVELOPED MORE THAN 235 SPECIALIZED TESTS THAT

10:50AM 14   COULD BE RUN ON SMALL SAMPLES OF BLOOD.  MANY OF THESE TESTS

10:50AM 15   HAD NEVER BEEN DONE THAT WAY BEFORE.

10:50AM 16        THERANOS'S SCIENTISTS VALIDATED ALL OF THOSE TESTS IN ITS

10:50AM 17   RESEARCH AND DEVELOPMENT LABORATORY:  TESTS SUCH AS

10:50AM 18   CHOLESTEROL, IRON, AND CALCIUM; TESTS FOR HORMONES LIKE

10:51AM 19   TESTOSTERONE; FOR VITAMINS LIKE B12 AND VITAMIN D; AND FOR

10:51AM 20   DISEASES LIKE THE FLU, LYME DISEASE, AND ZIKA.

10:51AM 21        THERANOS GENERATED NEARLY 8 MILLION TEST RESULTS.

10:51AM 22        IT OFTEN CHARGED PATIENTS A FRACTION OF THE PRICE OF

10:51AM 23   COMPETITORS.  MANY WHO NEVER COULD OTHERWISE HAVE AFFORDED A

10:51AM 24   TEST GOT THEIR TEST AT THERANOS WHERE PRICES WERE THE SAME

10:51AM 25   WHETHER YOU HAD HEALTH INSURANCE OR NOT.

10:51AM 1      THERANOS RECEIVED FAVORABLE CUSTOMER REVIEWS FROM DOCTORS

10:52AM 2   AND PATIENTS, LIKE THIS PHYSICIAN WHO TOLD THE COMPANY THAT HE

10:52AM 3   ORDERED A $25 TEST AND GOT THE RESULTS IN FOUR HOURS, SOMETHING

10:52AM 4   THAT A STANFORD PHYSICIAN SAYS WOULD HAVE COST HIM $750 AND

10:52AM 5   TAKEN THREE DAYS AT STANFORD.

10:52AM 6      HE EVEN CROSS-CHECKED THE RESULTS WITH TESTS HE HAD FROM

10:52AM 7   STANFORD AND SAW THAT THEY MATCHED.

10:52AM 8      THIS PATIENT, WHO HAD NO INSURANCE, TOLD THERANOS THAT

10:52AM 9   LOWER PRICES MEANT GREATER ACCESS TO TESTING.

10:52AM 10      THIS MOTHER TOLD THE COMPANY THAT SHE FLEW HER DAUGHTER TO

10:53AM 11   ARIZONA TO GET TESTED, PAID FOR AIRLINE TICKETS AND TAXIS ON

10:53AM 12   TOP OF THE LAB COSTS, AND STILL PAID HALF AS MUCH AS QUEST.

10:53AM 13      THE EVIDENCE WILL SHOW THAT YOU 98.2 PERCENT OF CUSTOMERS

10:53AM 14   SURVEYED SAID THAT THEY WOULD USE THIS SERVICE AGAIN.

10:53AM 15      JOHNS HOPKINS UNIVERSITY, STANFORD UNIVERSITY, UCSF, THE

10:53AM 16   MAYO CLINIC AND OTHERS COMMENTED FAVORABLY ON THERANOS'S

10:53AM 17   TECHNOLOGY AND ITS PROMISE.

10:53AM 18      IT WAS REAL.  IT WAS INNOVATIVE.  AND THERANOS BECAME A

10:54AM 19   VALUABLE COMPANY.

10:54AM 20      THE GOVERNMENT IS RIGHT.  MS. HOLMES OWNED ABOUT HALF OF

10:54AM 21   IT.  THE VALUE OF HER STOCK ON PAPER GREW SIGNIFICANTLY OVER

10:54AM 22   TIME.  FIRST WORTH TENS OF THOUSANDS, AND THEN MILLIONS, AND

10:54AM 23   THEN TENS AND HUNDREDS OF MILLIONS.  AND ULTIMATELY, YES, IT

10:54AM 24   WAS WORTH BILLIONS OF DOLLARS.

10:54AM 25      BUT ON THAT DAY IN SEPTEMBER OF 2018 WHEN MS. HOLMES

10:54AM 1      WALKED OUT OF THAT THERANOS FACILITY FOR THE LAST TIME, IT WAS

10:54AM 2      ALL GONE.  HER COLLEGE SAVINGS, HER BILLIONS WORTH OF STOCK,

10:54AM 3      THE ENTIRE COMPANY, AND SHE LEFT HAVING NEVER SOLD A SINGLE

10:55AM 4      SHARE OF STOCK.  NOT ONE.

10:55AM 5          SHE PASSED ON EVERY OPPORTUNITY TO SELL, ON CHANCES TO

10:55AM 6      MAKE HUNDREDS OF MILLIONS OF DOLLARS.

10:55AM 7          SHE WAS ALL IN ON THERANOS.  MOTIVATED BY ITS MISSION, NOT

10:55AM 8      MONEY.  COMMITTED TO THAT MISSION UNTIL THAT VERY LAST DAY.

10:55AM 9          NOW, YOU MIGHT RIGHTLY ASK, GIVEN ALL OF ITS PROMISE AND

10:55AM 10     ACHIEVEMENTS, WHY DID THERANOS FAIL?

10:56AM 11         THERE ARE A LOT OF REASONS COMPANIES FAIL.  IT'S NEVER

10:56AM 12     SIMPLE.

10:56AM 13         BUT AS YOU WILL HEAR THE FULL STORY OF WHAT HAPPENED

10:56AM 14     DURING THIS TRIAL, ASK YOURSELF, DID THERANOS FAIL BECAUSE IT

10:56AM 15     WAS A FRAUDULENT SCHEME?

10:56AM 16         WERE THE ENGINEERING, THE INVENTIONS, ALL OF THE

10:56AM 17     ADVANCEMENTS MYTHS AND LIES?

10:56AM 18         OR DID IT FAIL BECAUSE A YOUNG CEO, AND HER COMPANY,

10:56AM 19     CONFRONTED AND COULD NOT OVERCOME BUSINESS OBSTACLES THAT

10:56AM 20     OTHERS SAW BUT SHE NAIVELY UNDERESTIMATED?

10:57AM 21         I WANT TO BE CLEAR AND CANDID WITH YOU TODAY AND

10:57AM 22     THROUGHOUT THIS TRIAL.  THERANOS FAILED FOR A LOT OF REASONS,

10:57AM 23     BUT IT FAILED IN PART BECAUSE IT MADE MISTAKES.  MS. HOLMES

10:57AM 24     MADE MISTAKES.

10:57AM 25         BUT MISTAKES ARE NOT CRIMES.  A FAILED BUSINESS DOES NOT

10:57AM   1    MAKE A CEO A CRIMINAL.

10:57AM   2        HERE THE EVIDENCE IS GOING TO SHOW YOU THAT SHE DID HER

10:57AM   3    LEVEL BEST DAY IN, DAY OUT TO MAKE THERANOS SUCCESSFUL.  AND

10:57AM   4    SHE GENUINELY, DEEPLY BELIEVED IT WOULD BE SUCCESSFUL.

10:57AM   5        BEING THE CEO OF A START-UP COMPANY IN SILICON VALLEY IS A

10:58AM   6    DIFFICULT JOB.  NAVIGATING BIG INDUSTRIES, LIKE TECHNOLOGY AND

10:58AM   7    HEALTH CARE, IS CHALLENGING AND COMPLEX.

10:58AM   8        SOMETIMES SUCCESS COMES ONLY AFTER SETBACKS.  THE PLAIN

10:58AM   9    TRUTH IS MANY MORE BUSINESSES FAIL, SMALL AND LARGE, THAN

10:58AM  10    SUCCEED.  BUT FAILURE IS NOT THE SAME THING AS FRAUD.

10:58AM  11        THE EVIDENCE IN THIS CASE WILL SHOW YOU THAT

10:58AM  12    ELIZABETH HOLMES DID NOT COMMIT CRIMES.  SHE COMMITTED HER LIFE

10:58AM  13    TO HER WORK, TO THE COMPANY AND ITS MISSION.

10:59AM  14        SHE SAW AN INDUSTRY CONTROLLED BY TWO OLD CORPORATE GIANTS

10:59AM  15    WHO DIDN'T SEEM TO CARE MUCH ABOUT THEIR PATIENTS, WHO CORNERED

10:59AM  16    THE MARKETS AND SAW LITTLE INCENTIVE TO INNOVATE.

10:59AM  17        SHE SAW AN OPPORTUNITY TO DO BETTER, TO BE DIFFERENT, AND

10:59AM  18    HER CORE IDEA WAS ACTUALLY KIND OF SIMPLE.  SHE WANTED TO MAKE

10:59AM  19    IT EASIER TO GET A TEST, AS EASY AS YOUR VISIT TO A PHARMACY OR

10:59AM  20    GROCERY STORE OR MAYBE EVEN IN YOUR OWN HOME.

10:59AM  21        SHE WANTED THE EXPERIENCE OF GETTING A TEST TO BE BETTER.

11:00AM  22        PART OF THAT MEANT ELIMINATING THOSE BIG NEEDLES.  PART OF

11:00AM  23    THAT MEANT MAKING THE LOCATION, THE ENVIRONMENT, MORE

11:00AM  24    COMFORTABLE AND INVITING.

11:00AM  25        SHE WANTED TESTS TO BE CHEAPER, AND SHE DIDN'T THINK YOU

11:00AM  1    SHOULD BE CHARGED MORE BECAUSE YOU DIDN'T HAVE HEALTH

11:00AM  2    INSURANCE.

11:00AM  3        SHE WANTED PRICES TO BE MORE TRANSPARENT.  YOU SHOULD KNOW

11:00AM  4    HOW MUCH YOU'RE GOING TO PAY BEFORE YOU GET THE TEST, BECAUSE

11:00AM  5    SHE DIDN'T THINK THERE SHOULD BE ANY SURPRISES WHEN YOU GOT THE

11:00AM  6    BILL IN THE MAIL.

11:00AM  7        BY IMPROVING THE TESTING EXPERIENCE, SHE THOUGHT PEOPLE

11:00AM  8    WOULD GET TESTED MORE OFTEN AND THAT THIS WOULD LEAD TO BETTER

11:01AM  9    INFORMATION ABOUT YOUR HEALTH.  THAT WAS HER GOAL.  THAT WAS

11:01AM 10    WHAT THERANOS SOUGHT TO ACHIEVE.  THAT IS WHAT IT HAD STARTED

11:01AM 11    TO DELIVER.

11:01AM 12        NOW, MS. HOLMES'S BELIEF AND DETERMINATION WERE NO SECRET.

11:01AM 13    IT WAS OBVIOUS TO EVERYONE AROUND HER, TO THE PEOPLE WHO

11:01AM 14    INVESTED IN HER, TO THE PEOPLE WHO PARTNERED WITH HER, TO THE

11:01AM 15    PEOPLE WHO ADVISED HER, AND IT WAS OBVIOUS FROM THE WALLS OF

11:01AM 16    THERANOS ITSELF.

11:01AM 17        THIS CASE IS ABOUT THE STORY OF THERANOS AND OF

11:02AM 18    ELIZABETH HOLMES.

11:02AM 19        THE STORY YOU HEARD FROM THE GOVERNMENT WAS ONLY PART OF

11:02AM 20    THIS STORY.  THERE IS ANOTHER PART OF THIS STORY THAT THE

11:02AM 21    GOVERNMENT HAS COMPLETELY IGNORED.

11:02AM 22        KNOWING THAT THE COMPANY ULTIMATELY DID NOT SUCCEED, THE

11:02AM 23    GOVERNMENT HAS PRESENTED THE EVENTS OF THE COMPANY THROUGH A

11:02AM 24    DIRTY LENS, POINTING TO SELECT FACTS TO PORTRAY THE COMPANY

11:02AM 25    UNFAVORABLY AND TO CAST MS. HOLMES AS A VILLAIN.

11:02AM   1          WHEN YOU VIEW THE WORLD THROUGH A DIRTY LENS, EVERYTHING

11:02AM   2     LOOKS DIRTY.

11:02AM   3          BUT THERE ARE MANY MORE FACTS AND THERE'S A DIFFERENT

11:03AM   4     LENS, A CLEAN LENS, THE LENS OF EVERYDAY LIFE OF A COMPANY IN

11:03AM   5     SILICON VALLEY, AND WHEN YOU CONSIDER ALL OF THE FACTS, ALL OF

11:03AM   6     THEM THROUGH THAT CLEAN LENS, YOU WILL SEE A DIFFERENT PICTURE.

11:03AM   7          THE REALITY OF WHAT HAPPENED AT THERANOS IS FAR, FAR MORE

11:03AM   8     COMPLICATED THAN WHAT YOU HAVE HEARD ABOUT ELIZABETH HOLMES SO

11:03AM   9     FAR.  FAR MORE HUMAN AND REAL, AND OFTENTIMES FAR MORE, I HATE

11:03AM  10     TO SAY IT, BUT TECHNICAL AND COMPLICATED AND BORING.

11:03AM  11          IT WILL TAKE MANY WEEKS FOR YOU TO CONSUME THAT EVIDENCE

11:04AM  12     THAT WILL TELL YOU THIS STORY.  PLEASE BE PATIENT.  PLEASE.

11:04AM  13     WAIT FOR ALL OF THE EVIDENCE.  WAIT FOR THE WHOLE PICTURE.

11:04AM  14          I WILL PREVIEW SOME OF THAT EVIDENCE TODAY.

11:04AM  15          TO ASSESS MS. HOLMES'S STATEMENTS TO THERANOS'S INVESTORS

11:04AM  16     AND PATIENTS, YOU NEED CONTEXT.  YOU NEED TO UNDERSTAND

11:04AM  17     MS. HOLMES'S BACKGROUND AND EXPERIENCE, HOW SHE CAME TO FOUND

11:04AM  18     THERANOS, HOW THE TECHNOLOGY DEVELOPED OVER TIME, HOW THE

11:04AM  19     BUSINESS GREW.

11:04AM  20          AND, YES, ULTIMATELY WHY IT FAILED.

11:04AM  21          I'LL GIVE YOU A FRAMEWORK TO CONSIDER THAT EVIDENCE AND

11:04AM  22     SOME QUESTIONS TO ASK ALONG THE WAY.

11:05AM  23          BUT BEFORE I DO, LET ME TOUCH BRIEFLY ON YOUR JOB IN THIS

11:05AM  24     CASE.

11:05AM  25          THERE WILL BE MANY DISAGREEMENTS THAT YOU WILL SEE IN THIS

```
11:05AM  1    TRIAL, BUT THERE IS SOMETHING ON WHICH ALL OF THE LAWYERS IN

11:05AM  2    THIS ROOM AGREE.  YOU HAVE HEARD IT DURING JURY SELECTION, AND

11:05AM  3    IN THE JUDGE'S PRETRIAL INSTRUCTIONS THIS MORNING.

11:05AM  4        MS. HOLMES SITS THERE TODAY IN THIS COURTROOM INNOCENT.

11:05AM  5    SHE IS INNOCENT.  AND WHATEVER MAY HAVE BEEN SAID OR WRITTEN

11:05AM  6    ABOUT HER BEFORE TODAY IS GONE.

11:05AM  7        THE SLATE STARTS CLEAN IN THIS COURTROOM, IN THIS TRIAL.

11:06AM  8    AND THAT PRESUMPTION OF INNOCENCE REMAINS THROUGHOUT THE TRIAL.

11:06AM  9    IT CAN ONLY BE REMOVED AFTER THE TRIAL IS COMPLETE, AND THEN

11:06AM  10   ONLY IF YOU ALL AGREE, EACH AND EVERY ONE OF YOU UNANIMOUSLY,

11:06AM  11   THAT THE GOVERNMENT HAS MET ITS HEAVY, HEAVY BURDEN OF PROVING

11:06AM  12   BEYOND A REASONABLE DOUBT THAT MS. HOLMES COMMITTED A CRIME FOR

11:06AM  13   WHICH SHE IS CHARGED.  THAT ASSESSMENT MUST WAIT FOR ALL OF THE

11:06AM  14   EVIDENCE TO BE PRESENTED.

11:06AM  15       THEN AND ONLY THEN CAN YOU OBJECT -- CAN YOU CONSIDER ALL

11:06AM  16   OF THAT EVIDENCE FAIRLY AND OBJECTIVELY.  AND WHEN YOU DO, YOU

11:07AM  17   WILL SEE THAT THE GOVERNMENT CANNOT MEET ITS BURDEN.

11:07AM  18   MS. HOLMES COMMITTED NO FRAUD, NO CRIMES.  SHE IS INNOCENT.

11:07AM  19       YOUR HONOR, NOW MIGHT BE A GOOD TIME FOR OUR BREAK.  I

11:07AM  20   KNOW YOU LOOKED AT 11:00 O'CLOCK.

11:07AM  21           THE COURT:  LET'S DO THAT.  THANK YOU.

11:07AM  22       LADIES AND GENTLEMEN, WE'RE GOING TO TAKE OUR MORNING

11:07AM  23   BREAK TODAY.  I THINK THIS WILL BE ABOUT 30 MINUTES,

11:07AM  24   30 MINUTES.  WE'LL TAKE A 30 MINUTE BREAK.

11:07AM  25       YOU CAN RETURN TO THE JURY ROOM.
```

11:07AM   1        I'M GOING TO ASK MS. HERNANDEZ-PEREZ, IF YOU COULD WAIT, I

11:07AM   2    DO HAVE A QUESTION FOR YOU.

11:07AM   3        YOU CAN TAKE YOUR BREAK, AND REMEMBER THE ADMONITION IN

11:07AM   4    PLACE.  AND YOU CAN TAKE THE BREAK NOW AND WE WILL CALL YOU

11:07AM   5    BACK, OR SUMMON YOU BACK, IN ABOUT 30 MINUTES OR SO.

11:07AM   6        MS. KRATZMANN WILL ESCORT YOU TO THE JURY ROOM.  THANK

11:07AM   7    YOU.

11:07AM   8        (JURY OUT AT 11:07 A.M.)

11:08AM   9        (PROCEEDINGS HELD IN THE PRESENCE OF JUROR 7.)

11:08AM  10        THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:08AM  11        THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATE HAVE

11:08AM  12    LEFT.

11:08AM  13        JUROR NUMBER 7, MS. HERNANDEZ-PEREZ, IS PRESENT.

11:08AM  14        MS. HERNANDEZ-PEREZ, WHAT I WANTED YOU TO DO IS TO PLEASE

11:08AM  15    CALL YOUR EMPLOYER, YOUR BOSS, AND COULD YOU INVESTIGATE AS TO

11:08AM  16    WHETHER OR NOT YOUR BOSS, HE OR SHE, WOULD AGREE TO RESCHEDULE

11:09AM  17    YOUR WORK TIME FOR THE TUESDAY, WEDNESDAY, AND FRIDAYS?  MAYBE

11:09AM  18    CAN YOU SEE IF YOU COULD ADJUST YOUR SCHEDULE?  IF YOUR

11:09AM  19    EMPLOYER WOULD BE WILLING TO DO THAT IN SOME MANNER FOR YOU?

11:09AM  20    COULD YOU DO THAT OVER THE BREAK AND CALL THEM?

11:09AM  21        JUROR:  OKAY, YEAH.  WELL, I NEED TO SEE IF SHE'S IN

11:09AM  22    TODAY.  I'M NOT SURE IF SHE'S WORKING.

11:09AM  23        THE COURT:  OH.  OKAY.

11:09AM  24        WELL, WHY DON'T YOU MAKE -- GIVE YOUR BEST EFFORT, AND

11:09AM  25    WHOEVER SHE IS OR HER OR WHOEVER ELSE IS IN CHARGE THERE, CAN

11:09AM  1    YOU DO THAT AND THEN LET ME KNOW?  WE'LL CALL YOU BACK IN JUST

11:09AM  2    BEFORE EVERYBODY COMES IN TO FIND OUT IF YOU WERE ABLE TO TALK

11:09AM  3    WITH HER.

11:09AM  4         IF NOT, I MAY HAVE YOU DO THAT TOMORROW, REACH OUT AND

11:09AM  5    TALK WITH HER TOMORROW.  BUT SEE WHAT YOU CAN DO TODAY.  I'M

11:09AM  6    SURE YOU'LL BE ABLE TO GET SOME INFORMATION.

11:09AM  7         SO JUST TO BE CLEAR, I'M NOT ASKING YOU TO CHANGE YOUR

11:09AM  8    SCHEDULE FOR FIVE DAYS A WEEK, MONDAY THROUGH FRIDAY.  JUST FOR

11:09AM  9    THE DAYS OF OUR TRIAL TO SEE IF THEY WOULD ALLOW YOU TO START A

11:09AM  10   LITTLE LATER THAN YOU NORMALLY DO.

11:10AM  11              JUROR:  OKAY.  WELL, I'LL TRY CALLING THEN.

11:10AM  12              THE COURT:  OKAY.  GREAT.  ALL RIGHT.  THANK YOU SO

11:10AM  13   MUCH.  THANK YOU.

11:10AM  14        (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

11:10AM  15              THE COURT:  PLEASE BE SEATED.

11:10AM  16        THE RECORD SHOULD REFLECT THAT JUROR NUMBER 7 HAS LEFT.

11:10AM  17        ANYTHING FURTHER BEFORE WE BREAK FROM THE GOVERNMENT?

11:10AM  18              MR. LEACH:  NO, YOUR HONOR.

11:10AM  19              MR. WADE:  NO, YOUR HONOR.

11:10AM  20              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL BE BACK IN

11:10AM  21   ABOUT 30 MINUTES.  THANK YOU.

11:10AM  22        (RECESS FROM 11:10 A.M. UNTIL 11:52 A.M.)

11:52AM  23        (JURY OUT AT 11:52 A.M.)

11:52AM  24              THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES

11:52AM  25   PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:52AM   1          OUR JURY IS NOT PRESENT.

11:52AM   2          IS OUR JURY READY, MS. KRATZMANN?

11:52AM   3               THE CLERK:  YES.

11:52AM   4               THE COURT:  MS. KRATZMANN DID SPEAK WITH JUROR

11:52AM   5    NUMBER 7 AS TO WHETHER OR NOT SHE WAS ABLE TO REACH HER

11:52AM   6    EMPLOYER, AND APPARENTLY THE MANAGER WILL NOT BE IN UNTIL

11:53AM   7    FRIDAY.

11:53AM   8          I SUPPOSE WE'LL HAVE TO ASK MS. HERNANDEZ-PEREZ HER

11:53AM   9    SCHEDULE.  I THINK SHE TOLD US SHE WORKS FRIDAY AS WELL.  SO

11:53AM  10    WE'LL CHAT WITH HER AGAIN AT THE BREAK WHEN WE FINISH TODAY.

11:53AM  11          SO LET'S BRING THE JURY IN, PLEASE.

11:53AM  12               THE CLERK:  YES, YOUR HONOR.

11:54AM  13          (PAUSE IN PROCEEDINGS.)

11:55AM  14          (JURY IN AT 11:55 A.M.)

11:55AM  15               THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

11:55AM  16    SEATED.  WE'RE BACK IN SESSION.  OUR JURY AND ALTERNATES ARE

11:55AM  17    PRESENT.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE

11:55AM  18    AGAIN.

11:55AM  19          MR. WADE, YOU WOULD LIKE TO CONTINUE WITH YOUR OPENING?

11:55AM  20               MR. WADE:  THANK YOU, YOUR HONOR.

11:56AM  21          **(MR. WADE RESUMED HIS OPENING STATEMENT ON BEHALF OF THE**

11:56AM  22    **DEFENDANT.)**

11:56AM  23               MR. WADE:  WELL, BEFORE THE BREAK I TOLD YOU ABOUT

11:56AM  24    THE END OF THE STORY OF THERANOS, AND WHY DON'T I TAKE THIS AS

11:56AM  25    A CHANCE TO BACK UP AND START AT THE BEGINNING.

11:56AM   1        LIKE MANY WHO COME TO THIS AREA FOR SCHOOL OR BUSINESS,

11:56AM   2    MS. HOLMES IS NOT ORIGINALLY FROM HERE, THOUGH SHE HAS SPENT

11:56AM   3    HER ENTIRE ADULT LIFE HERE.  AND SHE CURRENTLY LIVES HERE WITH

11:56AM   4    HER PARTNER, BILLY, WHO IS IN THE FRONT ROW HERE TODAY, AND HER

11:56AM   5    CHILD, THEIR CHILD.

11:56AM   6        DURING THIS CASE YOU'LL HEAR EVIDENCE OF MS. HOLMES

11:56AM   7    TALKING ABOUT GOALS FOR HERSELF AND FOR THERANOS, OF CHANGING

11:57AM   8    THE WORLD, OF TRANSFORMING HEALTH CARE, THESE BIG IDEAS.  YOU

11:57AM   9    CAN TRACE THOSE IDEAS AND THAT SENSE OF PURPOSE BACK TO HER

11:57AM   10   FAMILY DINNER TABLE WHERE MS. HOLMES WAS ENCOURAGED TO TRY TO

11:57AM   11   DO GREAT THINGS FOR OTHER PEOPLE.

11:57AM   12       HER PARENTS, CHRIS AND NOEL HOLMES, HAD BOTH BEEN PUBLIC

11:57AM   13   SERVANTS.  THEY TRIED TO INSTILL IN ELIZABETH A DESIRE TO

11:57AM   14   CHANGE THE WORLD FOR THE BETTER, TO COMMIT HERSELF TO THE

11:57AM   15   PUBLIC GOOD.  MS. HOLMES'S MOTHER, NOEL, IS ALSO IN THE

11:57AM   16   COURTROOM HERE TODAY.

11:57AM   17       MS. HOLMES GRADUATED FROM HIGH SCHOOL IN 2002.  WHEN SHE

11:57AM   18   WAS A TEENAGER, YOU MAY RECALL THAT THE INTERNET WAS JUST

11:57AM   19   COMING INTO OUR LIVES AND IT WASN'T YET GLUED TO ALL OF OUR

11:58AM   20   HANDS.

11:58AM   21       REMEMBER IN THIS PERIOD WE HAD SURVIVED THE Y2K WITHOUT

11:58AM   22   THE WORLD CRASHING DOWN.  WE HAD MADE IT THROUGH THE DOT COM

11:58AM   23   BOOM, AND A BIT OF THE BUST.  CELL PHONES WERE COMMON, BUT THIS

11:58AM   24   WAS LONG BEFORE THE IPHONE.

11:58AM   25       AMAZON EXISTED.  BARELY.  IT SOLD ONLY BOOKS.

11:58AM 1      MARK ZUCKERBERG HAD STARTED AT COLLEGE, BUT HAD NOT YET

11:58AM 2  STARTED FACEBOOK.  IT WAS A DIFFERENT TIME.

11:58AM 3      BUT TECHNOLOGY WAS EMERGING AND THIS AREA WAS THE

11:58AM 4  EPICENTER OF IT, AND IT WAS AN OBVIOUS DESTINATION FOR SOMEONE

11:58AM 5  WITH MS. HOLMES'S INTEREST, AND IT LED HER TO STANFORD

11:58AM 6  UNIVERSITY.

11:58AM 7      SHE ARRIVED THERE IN THE FALL OF 2002, AND SHE WAS

11:59AM 8  SURROUNDED BY STUDENTS AND FACULTY WHO SHARED HER INTERESTS AND

11:59AM 9  PASSIONS, INTERESTS LIKE TECHNOLOGY, ENGINEERING, HEALTH CARE.

11:59AM 10      SHE STARTED STUDYING CHEMICAL ENGINEERING.  SHE MET A

11:59AM 11  PROFESSOR WHO WAS PREEMINENT IN THE FIELD, PROFESSOR

11:59AM 12  CHANNING ROBERTSON.

11:59AM 13      PROFESSOR ROBERTSON HAD BEEN ON THE STANFORD FACULTY FOR

11:59AM 14  OVER 30 YEARS.  HE HAD BEEN HONORED AS ONE OF THE 100 PEOPLE

11:59AM 15  WHO HAD CHANGED THE WORLD.  HE WAS A LEGEND IN THAT FIELD.

11:59AM 16      MS. HOLMES TOOK A CLASS FROM HIM AND ENDED UP WORKING AS A

11:59AM 17  RESEARCH ASSISTANT IN HIS RESEARCH LAB.

11:59AM 18      IN THIS TIME PERIOD, MANY WERE FOCUSSED ON MAKING THINGS

11:59AM 19  SMALLER, ON MAKING THEM PORTABLE.

11:59AM 20      THE ENGINEERS CALLED THESE CONCEPTS MICRO OR NANO

12:00PM 21  TECHNOLOGIES.  LARGE SERVERS MOVED TO THUMB DRIVES.  THOUSANDS

12:00PM 22  OF CD'S WE USED TO KEEP ON OUR SHELVES COULD NOW BE ON AN IPOD

12:00PM 23  THAT CAME OUT JUST AS MS. HOLMES CAME TO STANFORD.

12:00PM 24      THESE INNOVATIONS, THINGS THAT WE TAKE FOR GRANTED TODAY,

12:00PM 25  WERE MADE POSSIBLE BY YEARS AND YEARS OF RESEARCH AND

12:00PM  1    DEVELOPMENT.

12:00PM  2        THE EVIDENCE WILL SHOW THAT IN DR. ROBERTSON'S RESEARCH,

12:00PM  3    IN HIS LAB, THEY WERE FOCUSSED ON MICRO TECHNOLOGIES RELATED TO

12:00PM  4    FLUIDS, A SCIENCE OF MICROFLUIDICS.  AND MS. HOLMES WAS

12:00PM  5    FASCINATED BY IT.

12:00PM  6        AND HER INTEREST GREW DEEPER HER FIRST SUMMER OF COLLEGE

12:00PM  7    WHEN SHE WAS ALSO LUCKY ENOUGH TO WORK IN SINGAPORE AT THE

12:01PM  8    GENOME INSTITUTE, A WORLD RENOWNED LAB FOCUSSED ON MICRO

12:01PM  9    TECHNOLOGIES RELATED TO INFECTIOUS DISEASE.

12:01PM  10    THERE MS. HOLMES WORKED ON A NEW METHOD TO DETECT THE SARS

12:01PM  11    VIRUS THAT PROMPTED THE OUTBREAK IN ASIA IN 2003, A PREDECESSOR

12:01PM  12    TO THE SARS COVID-19 VIRUS THAT WE HAVE ALL GROWN TOO FAMILIAR

12:01PM  13    WITH.

12:01PM  14        DON'T GET ME WRONG.  IT WAS ENTRY LEVEL WORK.  IT WAS NOT

12:01PM  15    GLAMOROUS, BUT SHE LOVED IT.

12:01PM  16        AND THE EXPOSURE TO THESE CONCEPTS PROMPTED HER TO HAVE

12:01PM  17    SOME NEW THOUGHTS AND AN IDEA BEGAN TO CRYSTALLIZE IN HER MIND

12:01PM  18    YOU WILL SEE.

12:01PM  19        SHE STARTED TO SKETCH OUT A SYSTEM THAT WOULD MINIATURIZE

12:01PM  20    LAB TESTS.  HER ADVISOR AT THE GENOME INSTITUTE THOUGHT SHE WAS

12:02PM  21    ON TO SOMETHING AND ENCOURAGED HER TO KEEP WORKING.

12:02PM  22        SO WHEN THAT PROGRAM WAS DONE AND SHE HEADED HOME TO HER

12:02PM  23    PARENTS' HOUSE BEFORE HEADING BACK TO COLLEGE, SHE SAT IN HER

12:02PM  24    CHILDHOOD BEDROOM AND SHE DID SOMETHING UNUSUAL FOR SOMEONE WHO

12:02PM  25    IS 19 YEARS OLD.  SHE IMMERSED HERSELF IN DENSE ACADEMIC

12:02PM  1    LITERATURE IN THE FIELD OF DIAGNOSTIC TESTING.  SHE WORKED ON

12:02PM  2    DRAWINGS, AND SHE STARTED DRAFTING A PATENT APPLICATION THAT

12:02PM  3    DETAILED HER INVENTION.  THIS IS THAT APPLICATION.

12:02PM  4        MS. HOLMES FILED IT IN SEPTEMBER OF 2003 WHEN SHE WAS

12:02PM  5    19 YEARS OLD.

12:02PM  6        IT DESCRIBED A MINIATURIZED SYSTEM THAT WOULD CONDUCT A

12:03PM  7    TEST, COMMUNICATE THE RESULT OVER THE INTERNET, AND THEN

12:03PM  8    PROVIDE TREATMENT BACK TO THE PATIENT.

12:03PM  9        WHEN MS. HOLMES RETURNED TO COLLEGE THAT FALL,

12:03PM 10    PROFESSOR ROBERTSON AND OTHERS TOLD HER THAT THEY SAW

12:03PM 11    INCREDIBLE POTENTIAL IN THIS IDEA.

12:03PM 12        AND AS SHE CONTINUED TO DO RESEARCH, MS. HOLMES GREW MORE

12:03PM 13    PASSIONATE.

12:03PM 14        SHE WANTED TO TURN THIS IDEA INTO SOMETHING REAL.  SHE WAS

12:03PM 15    19 YEARS OLD.  SHE HAD AN IDEA, A DREAM, AND SHE HAD

12:03PM 16    ACCOMPLISHED SCIENTISTS AND ENGINEERS TELLING HER THAT IT HAD

12:03PM 17    REAL POTENTIAL.  SHE SAW THIS AS HER OPPORTUNITY TO MAKE A

12:03PM 18    DIFFERENCE.

12:03PM 19        NO PRODUCT, NO REAL CAPABILITY TO CREATE ONE, NO

12:03PM 20    EXPERIENCE IN BUSINESS.  SHE HAD LIMITED RESOURCES AND ONLY ONE

12:04PM 21    YEAR OF COLLEGE UNDER HER BELT.

12:04PM 22        YET SHE DECIDED TO TAKE A LEAP AND PURSUE THAT IDEA.  SHE

12:04PM 23    LEFT COLLEGE AND WENT TO WORK FULL TIME BUILDING A COMPANY.

12:04PM 24    SHE PLACED A BIG BET ON THIS IDEA.  SHE PUT ALL OF HER MONEY,

12:04PM 25    YOU WILL HEAR, ALL OF HERSELF, HER FUTURE, INTO THIS NEWLY

12:04PM  1    FORMED COMPANY THAT SOON BECAME THERANOS.

12:04PM  2         SHE WAS JUST 19 -- 20 -- HAD JUST TURNED 20 YEARS OLD.

12:04PM  3         AT THE SAME TIME, ELIZABETH RECONNECTED WITH A MAN THAT

12:04PM  4    SHE MET THE SUMMER OF HER SENIOR YEAR OF HIGH SCHOOL,

12:04PM  5    SUNNY BALWANI.  SHE MET MR. BALWANI DURING THE SUMMER OF 2002

12:04PM  6    WHEN SHE WAS ON A TRIP TO CHINA STUDYING LANGUAGE.  SHE WAS 18.

12:05PM  7    SHE HAD NOT YET STARTED COLLEGE.

12:05PM  8         MR. BALWANI WAS 37 YEARS OLD.

12:05PM  9         A YEAR AND A HALF LATER, AS SHE WAS TRYING TO FIGURE OUT

12:05PM 10    HOW TO BUILD HER BUSINESS, MR. BALWANI ENCOURAGED HER TO LEAVE

12:05PM 11    SCHOOL AND PURSUE HER IDEA.

12:05PM 12         AND YOU'LL HEAR THAT HE PURSUED A PERSONAL RELATIONSHIP

12:05PM 13    WITH HER AS WELL.  IN THIS CASE YOU'LL LEARN THAT CERTAIN

12:05PM 14    ASPECTS OF THAT RELATIONSHIP HAD A BIG IMPACT ON MS. HOLMES.

12:05PM 15         YOU'LL HEAR THAT TRUSTING AND RELYING ON MR. BALWANI AS

12:05PM 16    HER PRIMARY ADVISOR WAS ONE OF HER MISTAKES.

12:06PM 17         NOW, IN THE EARLIEST DAYS OF THE COMPANY, MS. HOLMES AND A

12:06PM 18    SMALL TEAM OF EMPLOYEES FOCUSSED ON RESEARCH AND DEVELOPMENT

12:06PM 19    WORK, WHAT THEY CALLED R&D, TRYING TO MAKE THAT IDEA INTO A

12:06PM 20    REALITY.

12:06PM 21         YOU'LL HEAR EVIDENCE OF LATE NIGHTS, WEEKENDS, SOMETIMES

12:06PM 22    OFTEN OUT OF NECESSITY, BUT MAYBE JUST AS OFTEN OUT OF

12:06PM 23    EXCITEMENT ABOUT THE PROGRESS THAT THEY WERE MAKING.

12:06PM 24         AND THE TEAM WORKED HARD, AND IT PAID OFF.  THEY MADE REAL

12:06PM 25    PROGRESS.  THERANOS DEVELOPED TESTS CALLED IMMUNO ASSAYS USING

12:06PM    1    A MUCH SMALLER SAMPLE OF BLOOD THAN EXISTING TESTS AT THAT

12:07PM    2    TIME.

12:07PM    3         SCIENTISTS BELIEVED THE ASSAYS THAT THEY DEVELOPED WERE

12:07PM    4    AMONG SOME OF THE MOST COMPLICATED AND DIFFICULT ASSAYS OUT

12:07PM    5    THERE.

12:07PM    6         NOW, OF COURSE THERE WERE ALSO SETBACKS, AND YOU MAY HEAR

12:07PM    7    ABOUT SOME OF THEM.  YOU UNDOUBTEDLY WILL.  BUT SETBACKS ARE

12:07PM    8    NOT UNUSUAL FOR A YOUNG COMPANY DOING NEW THINGS.

12:07PM    9         THERANOS CERTAINLY DIDN'T SEE MISTAKES AS CRIMES.  THEY

12:07PM   10    SAW THEM AS PART OF THE PATH TO SUCCESS.

12:07PM   11         THE GOVERNMENT MENTIONED THERANOS'S EARLY WORK WITH

12:07PM   12    PHARMACEUTICAL COMPANIES.  THERANOS DID DO WORK WITH SOME OF

12:07PM   13    THE BIGGEST PHARMACEUTICAL COMPANIES AND HOSPITALS IN THE

12:07PM   14    WORLD, COMPANIES LIKE NOVARTIS, AND MERCK, AND ASTRAZENECA AND

12:08PM   15    INSTITUTIONS LIKE STANFORD AND MAYO CLINIC.

12:08PM   16         PEOPLE WITHIN THERANOS THOUGHT THE PROJECTS FOR THE MOST

12:08PM   17    PART WERE SUCCESSFUL.  YOU CAN SEE THAT HERE IN A LIST OF

12:08PM   18    COMPLETED SUCCESSES THAT WAS SHARED WITH MS. HOLMES IN 2009.

12:08PM   19         NOW, YOU MAY HEAR DURING THIS CASE THAT THIS WAS NOT A BIG

12:08PM   20    DEAL FOR SOME OF THE LARGER PHARMACEUTICAL COMPANIES IN THE

12:08PM   21    WORLD.  YOU MAY HEAR THAT.

12:08PM   22         BUT YOU'LL HEAR THAT IT WAS A REAL BOOST OF CONFIDENCE TO

12:08PM   23    MANY AT THIS YOUNG COMPANY.  IT WAS A BIG DEAL.

12:08PM   24         YOU SHOULD ALSO KNOW THAT THERANOS GAINED FEEDBACK AS A

12:08PM   25    RESULT OF THAT BIG WORK ON HOW TO MOVE FORWARD AS A COMPANY AND

12:08PM  1    WHERE TO FOCUS COMMERCIALLY.

12:09PM  2         AND YOU'LL SEE DURING THIS TRIAL THAT THERANOS'S RESEARCH

12:09PM  3    AND DEVELOPMENT TEAMS WERE GOING NONSTOP, ALWAYS WORKING ON

12:09PM  4    DEVELOPING AND EXPANDING AND IMPROVING THE COMPANY'S

12:09PM  5    TECHNOLOGY.

12:09PM  6         THAT TECHNOLOGY FELL INTO THREE CATEGORIES:  ASSAYS,

12:09PM  7    HARDWARE, AND SOFTWARE.

12:09PM  8         YOU'LL SEE DURING THE TRIAL THAT THE GOVERNMENT IS

12:09PM  9    FOCUSSED INTENSELY ON THE DEVICES THAT THERANOS WAS WORKING TO

12:09PM  10   DEVELOP.

12:09PM  11        THAT'S NOT SURPRISING.  A DEVICE IS TANGIBLE.  YOU CAN

12:09PM  12   TOUCH IT.  YOU CAN HOLD IT.

12:09PM  13        BUT THE DEVICE WAS NEVER THE FOUNDATIONAL BUILDING BLOCK

12:09PM  14   OF WHAT THERANOS SET OUT TO ACHIEVE.  INSTEAD, THE EVIDENCE

12:09PM  15   WILL SHOW THAT ELIZABETH FOCUSSED ON THE CHEMISTRY OF THE

12:10PM  16   ASSAYS THAT THERANOS WAS DEVELOPING.

12:10PM  17        AN ASSAY, AS MR. LEACH EXPLAINED, IS KIND OF A FANCY WORD

12:10PM  18   FOR A TEST.  IT'S A RECIPE THAT YOU USE, YOU TAKE A SAMPLE, YOU

12:10PM  19   MIX IT WITH SOME CHEMICALS, AND THAT CREATES A REACTION.  YOU

12:10PM  20   ADD DIFFERENT VARIABLES, LIKE TEMPERATURE AND TIME, AND YOU CAN

12:10PM  21   MEASURE THAT REACTION AND DELIVER A TEST RESULT.

12:10PM  22        THIS IS THE KEY TO LABORATORY TESTING.

12:10PM  23        MOST OF US WILL ONLY EXPERIENCE MAYBE 25 TO 40 DIFFERENT

12:10PM  24   KINDS OF ASSAYS DURING OUR LIVES.  YOU MAYBE HAVE THEM WHEN YOU

12:10PM  25   WENT TO THE DOCTOR, TESTS THAT MEASURE YOUR GLUCOSE AND SODIUM,

12:11PM 1    POTASSIUM, TESTOSTERONE, CHOLESTEROL, VITAMIN LEVELS, IRON.

12:11PM 2         YOU'LL SEE DURING THIS TRIAL THAT MS. HOLMES WANTED TO BE

12:11PM 3    ABLE TO TAKE THESE ROUTINE TESTS WHENEVER POSSIBLE WITH A SMALL

12:11PM 4    SAMPLE OF BLOOD.

12:11PM 5         THIS WAS NOT COMMON AT THAT TIME.  MANY OF THESE TESTS HAD

12:11PM 6    NOT BEEN DONE THAT WAY.  MANY THOUGHT IT WAS NOT POSSIBLE.

12:11PM 7         BUT THE ABILITY TO DO THE TESTS WITH SMALL AMOUNTS OF

12:11PM 8    BLOOD WAS CRITICAL TO WHAT MS. HOLMES WANTED TO DO.  THIS IS

12:11PM 9    WHERE THERANOS FOCUSSED AND EXCELLED.

12:11PM 10        OVER THE SPAN OF A DECADE, THERANOS DEVELOPED AND

12:11PM 11   VALIDATED MORE THAN 235 NEW SMALL SAMPLE TESTS IN ITS RESEARCH

12:11PM 12   AND DEVELOPMENT LABORATORY.  THIS WORK WAS DOCUMENTED ACROSS

12:12PM 13   MORE THAN 10,000 PAGES OF INTERNAL COMPANY DOCUMENTS.  IT

12:12PM 14   MEMORIALIZED YEARS OF WORK.  THAT'S THE EQUIVALENT OF 20 REAMS

12:12PM 15   OF PAPER FULL OF THESE VALIDATION REPORTS DOCUMENTING THAT HARD

12:12PM 16   WORK.

12:12PM 17        THE RESULTS WERE IMPRESSIVE.  THE ACHIEVEMENTS WERE REAL.

12:12PM 18        NOW, THE GOVERNMENT HAS TALKED A LOT ABOUT THE HARDWARE,

12:12PM 19   AND YOU'LL HEAR A LOT ABOUT THE HARDWARE IN THIS CASE.

12:12PM 20        THE COMPANY ALSO WORKED TO DEVELOP HARDWARE THAT WAS NEW

12:12PM 21   AND IMPRESSIVE.  YOU WILL SEE THAT THERANOS'S ENGINEERS

12:12PM 22   MINIATURIZED AND COMBINED TESTING TOOLS INTO A SINGLE DEVICE

12:12PM 23   THAT WAS SMALL AND PORTABLE.

12:12PM 24        IF YOU LOOK INSIDE, YOU CAN SEE THAT THERE'S REAL

12:12PM 25   TECHNOLOGY INSIDE AND THE RESULTS OF THE HARD WORK OF THE

12:13PM  1    RESEARCH AND DEVELOPMENT TEAM.  AND THROUGHOUT THIS CASE YOU

12:13PM  2    WILL HEAR ABOUT MANY DIFFERENT VERSIONS OF THIS DEVICE AS THEY

12:13PM  3    WERE CONTINUOUSLY WORKING TO IMPROVE AND BUILD THE NEXT

12:13PM  4    GENERATION PRODUCTS.

12:13PM  5        FOR ALL OF THESE ITEMS, YOU ALSO NEED SOFTWARE TO MAKE IT

12:13PM  6    WORK, AND THERANOS DEVELOPED THIS SOFTWARE FROM SCRATCH.  TODAY

12:13PM  7    WE ALL TAKE APPS FOR GRANTED.  ADVANCEMENTS HAVE MADE IT A LOT

12:13PM  8    EASIER TO DEVELOP APPS.  TEEN-AGE KIDS ARE DOING IT IN THEIR

12:13PM  9    BEDROOM.

12:13PM  10       BUT BACK THEN APPS WERE NEW AND FAR LESS COMMON, AND IT

12:13PM  11   REQUIRED THERANOS TO INVEST A LOT IN DEVELOPING THOSE -- THAT

12:13PM  12   SOFTWARE SO THAT PATIENTS COULD USE THEM TO GET -- TO ORDER

12:13PM  13   THEIR TESTS AND GET THE RESULTS DELIVERED TO THEM.

12:14PM  14       THE COMPANY ALSO HAD TO BUILD CUSTOM DATABASES THAT

12:14PM  15   CONNECTED TO THE TESTING HARDWARE, COMPUTED AND STORED TESTING

12:14PM  16   RESULTS, AND THEN COMMUNICATED THOSE RESULTS ELECTRONICALLY

12:14PM  17   DIRECTLY TO THE PATIENT OR TO THE PATIENT'S DOCTOR.  THAT WAS A

12:14PM  18   LOT OF HARD WORK, A LOT OF EFFORT.

12:14PM  19       NOW, I WANT TO TURN YOUR ATTENTION TO WHAT THE EVIDENCE

12:14PM  20   WILL SHOW WITH RESPECT TO A PERIOD IN 2009 AND '10, A TIME WHEN

12:14PM  21   THERANOS MADE A SIGNIFICANT TECHNOLOGICAL BREAKTHROUGH, ONE

12:14PM  22   THAT WAS THE RESULT OF YEARS OF INCREDIBLY HARD WORK BY THE

12:14PM  23   COMPANY'S SCIENTISTS.

12:14PM  24       YOU WILL LEARN THAT WHEN IT HAPPENED, IT CHANGED THE

12:14PM  25   COMPANY'S PERCEPTION OF WHAT WAS POSSIBLE.  IT OPENED THE DOOR

1    TO NEW BUSINESS OPPORTUNITIES, TO A NEW WAY OF THINKING ABOUT

2    HOW IT COULD IMPACT HEALTH CARE.

3         SO WHAT HAPPENED?

4         WELL, IN 2009 -- BEFORE 2009, THERANOS COULD DO ONE METHOD

5    OF THOSE ASSAYS, IMMUNOASSAYS.

6         BUT AFTER THIS BREAKTHROUGH ON THE ASSAY RESEARCH AND

7    DEVELOPMENT, THEY HAD THE CAPACITY TO DO THREE ADDITIONAL

8    METHODS, FOUR IN TOTAL.

9         ALL, ALL FOUR CATEGORIES COULD USE THE SMALL SAMPLE

10   TECHNOLOGY, THE SMALL SAMPLE APPROACH.

11        THIS WAS A SIGNIFICANT EXPANSION OF POSSIBLE TESTS.  AND

12   YOU'LL SEE THAT ELIZABETH WAS TOLD BY THE COMPANY SCIENTISTS

13   THAT THEY COULD DEVELOP HARDWARE TO RUN THESE FOUR CATEGORIES

14   OF SMALL SAMPLE TESTS ON A SINGLE DEVICE.

15        SOMETHING LIKE THIS HAD NEVER BEEN DONE BEFORE.

16        AND YOU WILL LEARN THAT IN THIS SAME PERIOD, THERANOS

17   SCIENTISTS ESTIMATED THAT THE COMPANY COULD COVER 96 PERCENT OF

18   TESTS ORDERED IN THE UNITED STATES BY DEVELOPING 125 TESTS.

19        THIS OPENED UP HUGE NEW OPPORTUNITIES.  IF THE

20   BREAKTHROUGH COULD BE REALIZED, THERANOS COULD PUT A DEVICE

21   WITH THE ABILITY TO RUN A FULL RANGE OF COMMON TESTS IN ALL

22   KINDS OF DIFFERENT PLACES, HOSPITALS, DOCTOR'S OFFICES,

23   PHARMACIES, AIRPORTS, SCHOOLS.

24        SO WHAT DID THERANOS DO IN RESPONSE TO THIS BREAKTHROUGH?

25        YOU'LL HEAR THAT IT MADE A MASSIVE INVESTMENT TO DEVELOP

12:16PM  1    AND VALIDATE THE TECHNOLOGY, AND YOU'LL SEE THE TANGIBLE

12:17PM  2    RESULTS OF THAT INVESTMENT.  HUNDREDS OF NEW ASSAYS WERE

12:17PM  3    DEVELOPED USING THE SMALL SAMPLE.  HUNDREDS OF PATENTS WORTH

12:17PM  4    MILLIONS UPON MILLIONS OF DOLLARS WERE FILED.  THE COMPANY'S

12:17PM  5    HARDWARE AND SOFTWARE TOOK STEPS FORWARD.

12:17PM  6        AND YOU'LL ALSO LEARN HOW THIS DEVELOPMENT INFLUENCED THE

12:17PM  7    WAY THAT MS. HOLMES SAW, THOUGHT, AND TALKED ABOUT THE COMPANY

12:17PM  8    AND WHAT IT WAS DOING AND WHERE IT WAS HEADING.

12:17PM  9        YOU'LL SEE HER BELIEFS IN EARLY DISCUSSIONS WITH POTENTIAL

12:17PM 10    RETAILERS WHO IT WANTED TO PARTNER WITH.

12:17PM 11        YOU WILL SEE THEM IN THE PATENTS THAT ARE FILED ON THE

12:17PM 12    COMPANY'S BEHALF.

12:17PM 13        YOU'LL SEE THEM IN WHAT SHE TOLD GOVERNMENT REGULATORS.

12:17PM 14        AND YOU'LL SEE THEM IN THE WAY THAT SHE LATER SPOKE

12:18PM 15    PUBLICLY ABOUT THIS TECHNOLOGY.

12:18PM 16        NOW, ELIZABETH WAS STILL YOUNG.  SHE LACKED MANY OF THE

12:18PM 17    SKILLS AND EXPERIENCE NEEDED TO GET ALL OF THIS WORK DONE IN

12:18PM 18    THE SCIENCE, THE ENGINEERING, AND THE BUSINESS.  AND SHE KNEW

12:18PM 19    THAT.

12:18PM 20        SO SHE RECRUITED AND HIRED AN INCREDIBLY TALENTED GROUP OF

12:18PM 21    PEOPLE WITH FAR GREATER EXPERTISE TO ASSUME A LOT OF THESE

12:18PM 22    IMPORTANT ROLES, A TEAM THAT WAS UNUSUALLY STRONG FOR A COMPANY

12:18PM 23    OF THIS AGE, OF THIS SIZE, AND ONE THAT CONTINUED TO STRENGTHEN

12:18PM 24    OVER TIME, A SLEW OF SCIENTISTS, ENGINEERS, BUSINESS PEOPLE,

12:18PM 25    AND LEGAL ADVISORS, AND A WIDE RANGE OF OTHER TALENTED

12:18PM  1    EMPLOYEES:  52 SCIENTISTS WITH PH.D.'S; 10 MEDICAL DOCTORS

12:19PM  2    WORKED THERE; 37 EMPLOYEES WITH MASTER'S DEGREES IN SCIENCE OR

12:19PM  3    TECHNOLOGY; AND AN ARMY OF HUNDREDS OF OTHER DEDICATED

12:19PM  4    EMPLOYEES; SEASONED VETERANS FROM TOP COMPANIES IN GOVERNMENT,

12:19PM  5    SOME OF THE BEST LAW FIRMS IN THE COMPANY TO ADVISE IT.

12:19PM  6         THE ACHIEVEMENTS OF THERANOS CAME FROM THIS TEAM THAT

12:19PM  7    MS. HOLMES ASSEMBLED.  THE DESIRE TO TRANSFORM HEALTH CARE AND

12:19PM  8    THE COMMITMENT TO A BROADER MISSION AND PURPOSE YOU WILL HEAR

12:19PM  9    EXTENDED BEYOND HER.

12:19PM  10        AS THE COMPANY GREW, SOME OF THE SCIENTIFIC EXECUTIVES

12:19PM  11   PUSHED MS. HOLMES TO ADD A MORE EXPERIENCED BUSINESS EXECUTIVE

12:19PM  12   TO GUIDE OPERATIONS ON A DAY-TO-DAY BASIS.

12:19PM  13        MR. BALWANI REENTERED THE PICTURE.  THE EVIDENCE WILL SHOW

12:20PM  14   THAT ELIZABETH BELIEVED MR. BALWANI TO BE THE BEST BUSINESS

12:20PM  15   EXECUTIVE THAT SHE KNEW.  SHE HAD BEEN RELYING ON HIS ADVICE IN

12:20PM  16   THE BACKGROUND FOR YEARS AS SHE WAS BUILDING THERANOS AND AS IT

12:20PM  17   WAS GROWING.

12:20PM  18        AND SO WHEN SHE WAS ENCOURAGED TO BRING IN AN EXPERIENCED

12:20PM  19   EXECUTIVE, SHE THOUGHT MR. BALWANI WOULD BE A GOOD FIT.

12:20PM  20        YOU WILL HEAR HOW MR. BALWANI'S RELENTLESS DRIVE HELPED

12:20PM  21   PUSH THE COMPANY FORWARD.  HE WAS THE SENIOR MANAGER WHO WAS

12:20PM  22   RESPONSIBLE FOR MANY AREAS OF THE COMPANY'S OPERATIONS LIKE THE

12:20PM  23   FINANCIAL MODELING AND THE CLINICAL LABORATORY WHERE PATIENT

12:20PM  24   TESTING OCCURRED.

12:20PM  25        YOU WILL ALSO HEAR THAT MR. BALWANI WAS HARD CHARGING.  HE

12:21PM   1    DEMANDED DEVOTION AND HARD WORK AND EXPECTED LONG HOURS FROM

12:21PM   2    THOSE WORKING WITH HIM.  HE EXPECTED THIS FROM HIMSELF AND FROM

12:21PM   3    EVERYONE, INCLUDING MS. HOLMES, BECAUSE TO HIM EVERY PROBLEM

12:21PM   4    HAD A SOLUTION IF EVERYONE WORKED HARD ENOUGH TO SOLVE IT.

12:21PM   5         NOW, YOU'LL LEARN THAT MR. BALWANI SOMETIMES DID NOT TAKE

12:21PM   6    WELL TO PEOPLE WHO DISAGREED WITH HIM.  YOU WILL HEAR THAT

12:21PM   7    SOMETIMES HE HAD A TEMPER, COULD LASH OUT, AND DID NOT ALWAYS

12:21PM   8    TREAT PEOPLE KINDLY.

12:21PM   9         YOU WILL LEARN HOW HE TESTED THE LIMITS OF SOME EMPLOYEES

12:21PM  10    AND PROMPTED OTHERS TO LEAVE THE COMPANY, OFTENTIMES ON BAD

12:21PM  11    TERMS.

12:21PM  12         AND I MENTIONED BEFORE THAT MR. BALWANI HAD A PERSONAL

12:22PM  13    RELATIONSHIP WITH MS. HOLMES.  THERE WAS A SIDE OF THAT

12:22PM  14    RELATIONSHIP THAT MANY PEOPLE SAW AND MAY TALK ABOUT DURING

12:22PM  15    THIS CASE.

12:22PM  16         BUT LIKE WITH MANY PERSONAL RELATIONSHIPS, THERE WAS

12:22PM  17    ANOTHER SIDE TO IT THAT MOST PEOPLE NEVER SAW.  YOU WILL HAVE

12:22PM  18    TO WAIT FOR ALL OF THE EVIDENCE AND THEN DECIDE HOW TO FAIRLY

12:22PM  19    VIEW THAT RELATIONSHIP IN ITS FULL.

12:22PM  20         LET ME RETURN TO THE BUSINESS AND HOW IT CONTINUED TO

12:22PM  21    DEVELOP IN 2009 AND 2010.

12:22PM  22         TODAY YOU CAN GO TO A PHARMACY AT CVS OR SAFEWAY OR

12:22PM  23    WAL-MART AND GET MUCH MORE THAN A PRESCRIPTION.  YOU CAN GET A

12:22PM  24    FLU SHOT OR A VACCINE, A COVID VACCINE.  MANY OF US GOT THEM

12:23PM  25    THERE.

12:23PM 1          YOU CAN EVEN GET YOUR BLOOD DRAWN IN SOME LOCATIONS TODAY.

12:23PM 2          IN 2009, THIS WAS STILL A NEW CONCEPT, BUT RETAIL

12:23PM 3     COMPANIES WERE LOOKING FOR THESE OPPORTUNITIES.  THEY WERE

12:23PM 4     LOOKING FOR THE ABILITY TO PROVIDE NEW HEALTH CARE SERVICES IN

12:23PM 5     THEIR STORES.

12:23PM 6          THERANOS STARTED LOOKING TO BRING ITS TESTING TECHNOLOGY

12:23PM 7     TO CONSUMERS BY PARTNERING WITH RETAIL PHARMACIES AND IT MET,

12:23PM 8     YOU'LL HEAR, SOME OF THE BIGGEST RETAIL PHARMACIES AND GROCERY

12:23PM 9     STORES IN THE COUNTRY TO EXPLORE PARTNERSHIPS, COMPANIES LIKE

12:23PM 10    CVS AND WAL-MART AND TARGET.

12:23PM 11         PROGRESS WAS SLOW.  THERANOS HAD NO RETAIL EXPERIENCE, NO

12:24PM 12    LAB EXPERIENCE.  ITS PRODUCT WAS STILL MATURING.  IT HAD NO

12:24PM 13    FORMAL REGULATORY APPROVALS.

12:24PM 14         MS. HOLMES HAD THIS IDEA ABOUT HOW SHE COULD TRANSFORM

12:24PM 15    TESTING, BUT SHE WAS THEN ONLY 25 YEARS OLD AND HAD NO

12:24PM 16    MEANINGFUL BUSINESS EXPERIENCE.

12:24PM 17         MOST OF THESE SOPHISTICATED RETAILERS COULD SEE THAT,

12:24PM 18    COMPANIES LIKE WAL-MART AND CVS.  THEY SAID, NICE IDEA, MAYBE

12:24PM 19    LATER.

12:24PM 20         BUT SOME BIG AND EXPERIENCED RETAILERS WERE MORE DARING,

12:24PM 21    OR MAYBE MORE DESPERATE, TO GO AFTER THESE KINDS OF SERVICES.

12:24PM 22         WALGREENS AND SAFEWAY DECIDED THAT THEY WOULD NOT PASS ON

12:24PM 23    THIS OPPORTUNITY TO PARTNER WITH THERANOS.

12:25PM 24         NOW, THESE TWO COMPANIES HAD NOT SURVIVED FOR DECADES IN

12:25PM 25    BUSINESS BY IGNORING RISK.  WALGREENS AND SAFEWAY INVESTIGATED,

12:25PM  1     RESEARCHED, AND QUESTIONED THERANOS AND TURNED IT UPSIDE DOWN,

12:25PM  2     ALL IN AN EFFORT TO ASSESS THOSE RISKS, AND YOU WILL HEAR ABOUT

12:25PM  3     THAT EVIDENCE IN THIS CASE.

12:25PM  4          IN CORPORATE AMERICA, IT'S CALLED DUE DILIGENCE, AND THEY

12:25PM  5     PERFORMED A LOT OF IT.  THESE COMPANIES BROUGHT IN ARMIES OF

12:25PM  6     EXECUTIVES, CONSULTANTS, SCIENTISTS, AND LAWYERS TO VET THE

12:25PM  7     BENEFITS AND THE RISKS OF THIS PARTNERSHIP.

12:25PM  8          YOU WILL HEAR THEY IDENTIFIED MANY RISKS, BUT THEY WANTED

12:25PM  9     A DEAL WITH THERANOS BECAUSE OF WHAT THEY THOUGHT THERANOS

12:25PM 10     COULD PROVIDE IT.

12:25PM 11          BUT YOU WILL LEARN THEY ALSO HAD GOOD LAWYERS.  AND IN THE

12:26PM 12     DEAL DOCUMENTS, THEY MADE SURE THAT THEY COULD WALK AWAY FROM

12:26PM 13     THERANOS OR CHANGE THE DEAL IF THEY WERE NOT HAPPY WITH HOW IT

12:26PM 14     WAS GOING.

12:26PM 15          WITH WALGREENS, THE SHARED GOAL WAS TO PUT A THERANOS

12:26PM 16     DEVICE IN EVERY WALGREENS STORE.  AND THIS WAS CRITICAL TO

12:26PM 17     ELIZABETH'S VISION AND WHAT SHE WANTED TO ACCOMPLISH IN

12:26PM 18     TRANSFORMING LAB TESTING.  YOU TAKE A SMALL SAMPLE OF BLOOD AND

12:26PM 19     TEST IT ON A PROPRIETARY DEVICE THAT WAS LOCATED IN THE RETAIL

12:26PM 20     STORE NEAR THE PATIENTS.

12:26PM 21          BUT THEN WALGREENS THREW A WRENCH IN THE DEAL.  IT WOULD

12:26PM 22     NOT PUT THERANOS'S DEVICE IN ITS STORES UNTIL THEY HAD CERTAIN

12:26PM 23     FDA APPROVALS.

12:27PM 24          THERANOS HAD A CHOICE.  THEY COULD EITHER WALK AWAY FROM

12:27PM 25     18 MONTHS OF WORK WITH WALGREENS OR THEY COULD FIND A NEW

12:27PM  1    SOLUTION TO SATISFY WALGREENS.

12:27PM  2         THEY FOUND A SOLUTION, A TWO-PHASE ROLLOUT.  YOU'LL HEAR

12:27PM  3    ABOUT THIS IN THIS CASE.

12:27PM  4         IN PHASE I, THERANOS WOULD CONDUCT ALL OF THE TESTING IN A

12:27PM  5    CENTRALIZED CLINICAL LAB.  THE SAMPLES WOULD BE COLLECTED OUT

12:27PM  6    AT WALGREENS LOCATIONS AND THEN SHIPPED TO THERANOS.

12:27PM  7         IN PHASE II, THEY WOULD DEPLOY A THERANOS DEVICE IN THE

12:27PM  8    WALGREENS STORE.  THIS WOULD ACHIEVE THAT VISION, BUT IT WOULD

12:27PM  9    ONLY COME AFTER CERTAIN FDA APPROVALS WERE IN PLACE.  THIS WAS

12:27PM 10    THE NEW PLAN.

12:28PM 11         WHAT YOU HEARD THE GOVERNMENT CRITICIZE ABOUT THE

12:28PM 12    OPERATIONS OF THE LAB IS PHASE I, WHEN THEY'RE OPERATING LIKE A

12:28PM 13    CENTRAL LAB.

12:28PM 14         BUT CONTRARY TO EVERYTHING THAT THE GOVERNMENT SUGGESTED,

12:28PM 15    PHASE I WAS ALWAYS VIEWED AS A TEMPORARY SOLUTION.  THERANOS

12:28PM 16    KNEW THAT, WALGREENS KNEW THAT, AND THE INVESTORS KNEW THAT.

12:28PM 17         PHASE II WAS ALWAYS THE GOAL.

12:28PM 18         THERANOS NEVER STOPPED WORKING TO GET THOSE FDA APPROVALS.

12:28PM 19    THERANOS ACTUALLY RECEIVED ITS FIRST FDA APPROVAL FOR ITS

12:28PM 20    DEVICE IN AN ASSAY IN 2015.

12:28PM 21         AND THE COMPANY EXPECTED OTHER APPROVALS WOULD SOON

12:28PM 22    FOLLOW.

12:28PM 23         BUT YOU'LL SEE THAT -- AS THE EVIDENCE COMES IN IN THIS

12:28PM 24    CASE, YOU WILL SEE THAT THERANOS BECAME DISTRACTED BY PHASE I.

12:29PM 25    ITS FOCUS WAS DIVERTED.  IT WAS SUPPOSED TO BE A SHORT TERM

12:29PM   1    SOLUTION, AN EASY DIVERSION TO FILL THAT GAP BEFORE FDA

12:29PM   2    APPROVALS, BUT IT WASN'T.

12:29PM   3        IT TOOK THERANOS FROM BEING A TECHNOLOGY COMPANY TO A

12:29PM   4    COMPANY THAT RAN A CENTRAL LAB.  IT TURNED IT INTO A COMPANY

12:29PM   5    THAT WAS MUCH TOO LIKE THOSE TWO CORPORATE BEHEMOTHS THAT IT

12:29PM   6    WAS TRYING TO DISPLACE.

12:29PM   7        YOU ALSO HEARD THE GOVERNMENT CRITICIZE THE FACT THAT

12:29PM   8    THERANOS DID NOT EXCLUSIVELY USE ONE OF THESE WHEN IT STARTED

12:29PM   9    PROCESSING TESTING SERVICES TO THE PUBLIC USING ITS CENTRAL LAB

12:29PM   10   (INDICATING).

12:29PM   11       THERANOS DID NOT HIDE THE USE OF THOSE BIG COMMERCIAL

12:30PM   12   TESTING DEVICES THAT THE GOVERNMENT SHOWED YOU PICTURES OF.  IT

12:30PM   13   WAS OPEN WITH THE GOVERNMENT ABOUT EXACTLY WHAT IT WAS DOING.

12:30PM   14       YOU WILL LEARN THAT THERANOS SHARED ITS TWO-PHASED

12:30PM   15   APPROACH WITH TWO CRITICAL REGULATORS, THE REGULATORS THE

12:30PM   16   GOVERNMENT MENTIONED, THE FDA AND CMS.

12:30PM   17       LOOK AT THIS DOCUMENT WHICH WAS SENT IN 2013 TO THE FDA

12:30PM   18   JUST AS THE COMPANY BEGAN OPERATIONS IN WALGREENS.

12:30PM   19       IT SHOWED PHASE I, THE CENTRAL LAB MODEL THAT I JUST WENT

12:30PM   20   THROUGH, AND IT SET FORTH THE DEVICES IN WHICH IT WOULD OPERATE

12:30PM   21   IN THAT MODEL, INCLUDING CONVENTIONAL, COMMERCIAL ANALYZERS.

12:31PM   22       THIS IS WHAT THE GOVERNMENT SAYS WAS HIDDEN IN THE

12:31PM   23   DOCUMENT THAT WENT TO THE FDA AND CMS.

12:31PM   24       YOU WILL ALSO LEARN THAT THERANOS TOLD REGULATORS EXACTLY

12:31PM   25   WHAT TESTS IT WAS RUNNING AND WAS PLANNING TO RUN ON EACH

12:31PM   1    DEVICE.

12:31PM   2         NOW, YOU'RE GOING TO LEARN DURING THIS CASE AS THE

12:31PM   3    EVIDENCE COMES IN THAT THERANOS'S PARTNERSHIP WITH WALGREENS

12:31PM   4    HAS A LOT OF SIGNIFICANCE.  WE AGREE WITH THE GOVERNMENT ABOUT

12:31PM   5    THAT, BUT FOR A DIFFERENT REASON.

12:31PM   6         INVESTORS INVESTED WITH THERANOS LARGELY BECAUSE THEY SAW

12:31PM   7    THE WALGREENS PARTNERSHIP AS AN ENDORSEMENT OF THIS YOUNG

12:31PM   8    COMPANY.

12:31PM   9         BUT YOU WILL LEARN THAT THE TWO-PHASED APPROACH REQUIRED

12:32PM  10    THERANOS TO DO TOO MUCH TOO FAST AND TOO FAR BEYOND ITS

12:32PM  11    EXPERTISE.  A MISTAKE, NOT A FRAUD.

12:32PM  12         NOW, AS THESE PARTNERSHIPS WERE TAKING ROOT AND THEY BEGAN

12:32PM  13    OPERATING, WALGREENS AND SAFEWAY PUSHED THERANOS TO MARKET

12:32PM  14    ITSELF PUBLICLY AND ITS SERVICES.

12:32PM  15         SO AT THE SUGGESTION OF A BOARD MEMBER, MS. HOLMES CALLED

12:32PM  16    THE BEST MARKETING FIRM IN THE BUSINESS, CHIAT/DAY.  IT WAS A

12:32PM  17    FIRM THAT SPECIALIZED IN DISRUPTION.  CHIAT WAS RESPONSIBLE FOR

12:32PM  18    SOME OF THE BEST AD CAMPAIGNS IN HISTORY.  THEY LAUNCHED AND

12:32PM  19    DEFINES A LITTLE COMPANY ABOUT FIVE MILES TO THE WEST CALLED

12:33PM  20    APPLE, FIRST WITH THIS FAMOUS 1984 SUPERBOWL AD, AND LATER WITH

12:33PM  21    THEIR "THINK DIFFERENT" CAMPAIGN.

12:33PM  22         IT WAS AN IMPRESSIVE AND EXPERIENCED MARKETING FIRM.  AND

12:33PM  23    THE CHIAT/DAY TEAM TOLD ELIZABETH THE WAY TO MARKET THERANOS

12:33PM  24    WAS FOR IT TO BE DISRUPTIVE.

12:33PM  25         THEIR APPROACH FIT WELL WITH HOW ELIZABETH SAW HER COMPANY

12:33PM   1    AND WHAT SHE THOUGHT IT COULD DO TO TRANSFORM THE LAB TESTING

12:33PM   2    EXPERIENCE AND HOW IT COULD BE DIFFERENT FROM THESE TWO OLD

12:33PM   3    CORPORATE BEHEMOTHS THAT HAD OCCUPIED THE LAB TESTING INDUSTRY

12:33PM   4    FOR DECADES.

12:33PM   5        CHIAT HELPED PRODUCE AND PUBLICLY LAUNCH THERANOS WITH A

12:33PM   6    CAMPAIGN THAT DEFINED THE COMPANY AS UNIQUE AND INDEPENDENT.

12:33PM   7        THEY SOUGHT TO DEFINE THERANOS'S SERVICES AS DIFFERENT,

12:34PM   8    NOT JUST THE TYPICAL LAB.

12:34PM   9        AND ALONG THE WAY, THEY CREATED IMAGES AND TAG LINES THAT

12:34PM  10    WERE DISTINCTIVE AND IMPACTFUL.

12:34PM  11        THE GOAL WAS NOT TO EXPLAIN THE PRECISE TESTS OR SERVICES

12:34PM  12    THAT THERANOS WAS PROVIDING AT ANY GIVEN TIME.  THE GOAL WAS TO

12:34PM  13    PIERCE THE CLUTTER OF PEOPLE'S DAILY LIVES AND GET THEM TO

12:34PM  14    CONNECT WITH THIS COMPANY, TO THINK DIFFERENTLY ABOUT THE

12:34PM  15    COMPANY, AND TO IDENTIFY WITH THERANOS AS A COMPANY THAT COULD

12:34PM  16    POSITIVELY IMPACT THEIR LIVES.

12:34PM  17        THIS WORK WAS POWERFUL.  THESE BRANDING EXPERTS HAD A

12:34PM  18    HAND, OR A VOICE AT LEAST, IN NEARLY EVERYTHING THAT THE

12:34PM  19    COMPANY COMMUNICATED IN THE YEARS TO FOLLOW, INCLUDING MANY OF

12:34PM  20    THE STATEMENTS THAT THE GOVERNMENT MAY WELL FOCUS ON IN THIS

12:35PM  21    CASE, LIKE THE WEBSITE IMAGES AND PRINT ADS, THE INTERIOR

12:35PM  22    DESIGN OF TESTING LOCATIONS, THE MEDIA INTERVIEWS, THE

12:35PM  23    SPEECHES, AND THE COMMERCIALS.  COMMERCIALS LIKE THIS ONE.

12:35PM  24        (VIDEO PLAYING OFF THE RECORD.)

12:35PM  25            MR. WADE:  THIS WAS NOT, AS THE GOVERNMENT

12:35PM   1    SUGGESTED, MS. HOLMES ABANDONING THE PROJECT.  IT WAS SEEN AS

12:35PM   2    ESSENTIAL TO THE COMPANY'S GROWTH AND SUCCESS IN MOVING

12:35PM   3    FORWARD.

12:35PM   4        SOME OF CHIAT'S CAMPAIGN DID FOCUS ON MS. HOLMES AS A

12:35PM   5    FEMALE FOUNDER IN SILICON VALLEY.  THAT IS SOMETHING THAT WAS,

12:36PM   6    AND STILL IS, CONSIDERED FAR TOO RARE.

12:36PM   7        BUT MUCH, MUCH MORE OF THAT WORK WAS UNRELATED TO

12:36PM   8    ELIZABETH OR EVEN THE TECHNOLOGY.  IT FOCUSSED ON LOW PRICES,

12:36PM   9    EASY ACCESS, EARLY DETECTION, AND PHYSICAL COMFORT, ALL

12:36PM  10    IMPORTANT ASPECTS OF THE COMPANY'S MISSION AS YOU'LL LEARN

12:36PM  11    DURING THIS CASE.

12:36PM  12        NOW, WITH THE PUBLICITY OF THE COMPANY ALSO CAME GREATER

12:36PM  13    INTENTION TO PROTECTING THERANOS'S CONFIDENTIAL BUSINESS

12:36PM  14    INFORMATION AND TRADE SECRETS FROM PUBLIC DISCLOSURE, ITS

12:36PM  15    INTELLECTUAL PROPERTY.

12:36PM  16        YOU'RE GOING TO HEAR ABOUT HOW THE COMPANY TOOK A LOT OF

12:36PM  17    EFFORTS TO TRY TO PROTECT THEIR INTELLECTUAL PROPERTY.  THEY

12:36PM  18    SPENT MILLIONS ON LAWYERS TO FILE THE PATENTS, AND THEY

12:36PM  19    IMPLEMENTED PROTECTIONS TO ENSURE THAT THESE VALUABLE ASSETS

12:37PM  20    THAT IT HAD DEVELOPED REMAINED PROTECTED.

12:37PM  21        LET ME TURN SPECIFICALLY TO THE INVESTORS AND THE PATIENTS

12:37PM  22    THAT THE GOVERNMENT HAS FOCUSSED US ON HERE TODAY.

12:37PM  23        THERANOS'S VISION IN BRANDING WE WERE JUST TALKING ABOUT

12:37PM  24    ALSO CAUGHT THE EYES OF INVESTORS, BIG INVESTORS, SOPHISTICATED

12:37PM  25    PEOPLE WHO THOUGHT THAT THERANOS WOULD BE THE NEXT BIG THING,

12:37PM  1    THE NEXT UNICORN INVESTMENT, ONE THAT MIGHT MAKE THEM A LOT OF

12:37PM  2    MONEY.

12:37PM  3         AND YOU'LL SEE THAT THE INVESTORS WERE IMPRESSED BY

12:37PM  4    MS. HOLMES'S VISION AND THEY DECIDED TO MAKE A WAGER.

12:37PM  5         BUT AS WITH MANY BETS, THIS ONE CAME WITH RISKS.  AND THEY

12:37PM  6    ASSESSED THOSE RISKS.  YOU'LL HEAR ABOUT IT.

12:37PM  7         BUT THEY WERE EAGER TO INVEST IN A TECH COMPANY, AND THEY

12:38PM  8    DECIDED THAT THE RISKS DID NOT OUTWEIGH THE POTENTIAL FOR

12:38PM  9    PROFITS.

12:38PM 10         MOST INVESTORS WHO INVESTED IN 2013 AND 2014 INVESTED

12:38PM 11    BECAUSE THERANOS HAD SUCCESSFULLY ENTERED INTO AN AGREEMENT

12:38PM 12    WITH WALGREENS.  WALGREENS TOUTED THAT PARTNERSHIP IN A BOLD

12:38PM 13    PUBLIC PRESS RELEASE ANNOUNCING A PLANNED NATIONAL ROLLOUT.

12:38PM 14         WALGREENS MADE OTHER POSITIVE PUBLIC STATEMENTS ABOUT THE

12:38PM 15    PARTNERSHIP THAT YOU'LL LEARN ABOUT DURING THIS CASE.

12:38PM 16         NOW, THE GOVERNMENT EVIDENTLY DOES NOT THINK THAT THE

12:38PM 17    INVESTORS RELIED ON THESE PUBLIC ASSERTIONS FROM ONE OF THE

12:38PM 18    BIGGEST NAMES IN CORPORATE AMERICA OR THE VISION THAT

12:38PM 19    MS. HOLMES SPELLED OUT.

12:38PM 20         INSTEAD, THE GOVERNMENT HAS FOCUSSED YOU ON WHAT THEY WANT

12:38PM 21    YOU TO BELIEVE, THAT THESE INCREDIBLY SOPHISTICATED INVESTORS

12:39PM 22    WERE DEFRAUDED BY ISOLATED PHRASES AND BULLET POINTS FROM MEDIA

12:39PM 23    ARTICLES AND SPEECHES, OR 250-PAGE SLIDE PRESENTATIONS, A

12:39PM 24    COUPLE OF WHICH THEY SHOWED YOU HERE TODAY.

12:39PM 25         BUT YOU HAVE TO LOOK AT THE BIGGER PICTURE.

12:39PM 1     OVER THE YEARS, MS. HOLMES INTERACTED WITH INVESTORS ALL

12:39PM 2   OF THE TIME.  SHE TALKED ABOUT A LOT OF THINGS THAT COULD

12:39PM 3   HAPPEN WITH THERANOS'S TECHNOLOGY, THINGS THAT MIGHT HAPPEN,

12:39PM 4   THINGS THAT SHE HOPED WOULD HAPPEN.  SHE TALKED ABOUT THE

12:39PM 5   ABILITY TO DO BLOOD TESTING MORE FREQUENTLY, TO SEE SMALL

12:39PM 6   CHANGES OVER TIME.

12:39PM 7     THE WAY THAT THERANOS'S TECHNOLOGY MIGHT HELP MONITOR AND

12:39PM 8   PREVENT THE SPREAD OF INFECTIOUS DISEASES DURING OUTBREAKS.

12:39PM 9     SHE TALKED WITH INVESTORS ABOUT THE POTENTIAL USES OF

12:40PM 10  THEIR TECHNOLOGY TO HELP SAVE AND TREAT SOLDIERS ON THE BATTLE

12:40PM 11  FIELD.

12:40PM 12    SHE TALKED ABOUT HOW THE TECHNOLOGY MIGHT BE USED IN

12:40PM 13  DEVELOPING COUNTRIES TO HELP PEOPLE WHO COULD NOT OTHERWISE

12:40PM 14  ACCESS TESTING.

12:40PM 15    SHE TALKED ABOUT ALL OF THOSE THINGS AND MANY, MANY, MANY

12:40PM 16  OTHER THINGS.

12:40PM 17    AND YOU WILL HEAR IN THE EVIDENCE THAT THE THREAD THAT

12:40PM 18  RUNS THROUGH ALL OF THOSE COMMUNICATIONS IS HER VISION FOR THE

12:40PM 19  IMPACT SHE THOUGHT THERANOS WOULD HAVE ON PATIENTS, ON PEOPLE

12:40PM 20  IN THEIR DAILY LIVES, AND ON THE LAB TESTING INDUSTRY AS A

12:40PM 21  WHOLE, THE WAY THAT IT COULD BE DISRUPTED.  THOSE BIG DREAMS.

12:40PM 22    SO AS YOU STEP BACK AND LOOK AT THE GOVERNMENT'S

12:40PM 23  ALLEGATIONS IN THIS CASES WITH RESPECT TO THESE INVESTORS,

12:40PM 24  CONSIDER THE FOLLOWING CONTEXT THAT WILL COME THROUGH IN THE

12:41PM 25  EVIDENCE.  I'M GOING TO FOCUS ON TWO THINGS:

12:41PM  1        FIRST, THE EVIDENCE IS GOING TO SHOW YOU THAT THE

12:41PM  2   INVESTORS IN THIS CASE ARE INCREDIBLY SOPHISTICATED PEOPLE WHO

12:41PM  3   KNEW THE RISKS.

12:41PM  4        TO INVEST IN THERANOS, YOU NEEDED TO BE AT LEAST A

12:41PM  5   MULTIMILLIONAIRE, AND IN MANY CASES THEY WERE BILLIONAIRES.

12:41PM  6   THEY WERE SOME OF THE WEALTHIEST AND MOST SUCCESSFUL PEOPLE IN

12:41PM  7   THE WORLD.  PEOPLE LIKE MEDIA TYCOON RUPERT MURDOCH, THE HEIRS

12:41PM  8   TO THE WAL-MART FORTUNE, THE DEVOS FAMILY WHO MADE BILLIONS

12:41PM  9   FOUNDING AMWAY, AND PFM, A MAJOR HEDGE FUND THAT MANAGED

12:41PM  10  BILLIONS OF DOLLARS AND HAD DECADES OF SPECIALIZED EXPERTISE IN

12:41PM  11  HEALTH CARE INVESTMENTS.

12:41PM  12       THESE WERE SOPHISTICATED PEOPLE, AND THEY KNEW WHAT THEY

12:42PM  13  WERE BUYING.

12:42PM  14       HOW DO WE KNOW?

12:42PM  15       WELL, THE EVIDENCE WILL SHOW THAT THE RISKS WERE APPARENT

12:42PM  16  TO THESE INVESTORS.  THE INVESTORS THEMSELVES ACKNOWLEDGED IN

12:42PM  17  WRITING THE RISKS IN THE AGREEMENTS THAT THEY SIGNED

12:42PM  18  DOCUMENTING THEIR INVESTMENTS.

12:42PM  19       IN THOSE AGREEMENTS, THEY HAD TO CONFIRM THAT THEY COULD

12:42PM  20  PROPERLY ASSESS THE MERITS AND THE RISKS OF INVESTING IN A

12:42PM  21  STARTUP LIKE THERANOS.

12:42PM  22       IT'S RIGHT THERE IN THE LANGUAGE OF THE AGREEMENT.

12:42PM  23       THEY ALSO HAD TO CONFIRM THAT THEY RECOGNIZED THAT

12:42PM  24  THERANOS WAS A SPECULATIVE INVESTMENT.

12:42PM  25       THE EVIDENCE WILL SHOW YOU THAT THESE SOPHISTICATED

OPENING STATEMENT BY MR. WADE

12:43PM 1    INVESTORS FACTORED THESE RISKS FACING THE COMPANY INTO THEIR

12:43PM 2    DECISIONS.

12:43PM 3        THEY CONSIDERED BUSINESS RISKS.  THEY WAS A YOUNG START-UP

12:43PM 4    COMPANY.  IT WAS MAKING A TRANSITION FROM BEING AN R&D COMPANY

12:43PM 5    TO ONE WITH A NATIONAL RETAIL PRESENCE.

12:43PM 6        NEITHER MS. HOLMES NOR MR. BALWANI HAD ANY PRIOR

12:43PM 7    EXPERIENCE IN RETAIL OPERATIONS.  THERANOS HAD NEVER OPERATED A

12:43PM 8    LARGE-SCALE LABORATORY.

12:43PM 9        THERANOS WOULD FACE COMPETITION FROM TWO GOLIATHS IN THE

12:43PM 10   INDUSTRY THAT CONTROLLED THE INDUSTRY THUS FAR.

12:43PM 11       AND AT THE TIME MANY PEOPLE INVESTED, THERANOS HAD NO

12:43PM 12   TESTING LOCATIONS.  NONE.

12:43PM 13       WHEN THREE OF THE GOVERNMENT'S WITNESSES INVESTED IN LATE

12:43PM 14   2013 AND 2014, THERANOS WAS TESTING IN THREE LOCATIONS.

12:44PM 15       NOW, THEY TALKED ABOUT A GOAL OF MORE THAN 8,000 LOCATIONS

12:44PM 16   NATIONWIDE.  THEY HAD THREE, AND THEY WERE ALL LISTED ON THE

12:44PM 17   COMPANY'S WEBSITE.

12:44PM 18       THE EVIDENCE WILL SHOW THAT SOME OF THESE QUESTIONS WERE

12:44PM 19   ADDRESSED NOT BY THERANOS, BUT BY WALGREENS, BECAUSE YOU'RE

12:44PM 20   GOING TO HEAR THAT INVESTORS RELIED ON WALGREENS'S STATEMENTS

12:44PM 21   TO GET COMFORTABLE WITH THEIR INVESTMENTS.

12:44PM 22       AND SOME OF THEM EVEN SPOKE DIRECTLY TO WALGREENS ABOUT

12:44PM 23   THEIR INVESTMENTS.

12:44PM 24       THE INVESTORS ALSO CONSIDERED THE REGULATORY RISK.  I

12:44PM 25   THINK WE PROBABLY ALL KNOW, MANY OF US KNOW THAT THE HEALTH

12:44PM  1    CARE SPACE IS HIGHLY REGULATED.  THERE ARE A LOT OF RULES.

12:44PM  2        WE TALKED A LITTLE BIT ABOUT THE FDA.  THERANOS CLEARLY

12:44PM  3    SAID TO INVESTORS THAT IT WAS SEEKING FDA APPROVAL OF ALL OF

12:45PM  4    ITS DEVICES.

12:45PM  5        BUT AT THE TIME EVERYONE INVESTED, EVERY SINGLE ONE OF

12:45PM  6    THEM, THEY ALL KNEW THAT THERANOS HAD NO FDA APPROVALS.  NONE.

12:45PM  7        AND THERE WAS ALWAYS A RISK THAT APPROVALS COULD TAKE TIME

12:45PM  8    AND SLOW THE COMPANY'S PLANS DOWN.  YOU'LL SEE EVIDENCE OF

12:45PM  9    THEIR AWARENESS OF THAT RISK.

12:45PM 10        THERE WERE ALSO TWO AGENCIES THAT REGULATED THERANOS'S

12:45PM 11    CLINICAL LABORATORIES.  THE FIRST WAS CMS.  THE SECOND WAS THE

12:45PM 12    CALIFORNIA DEPARTMENT OF PUBLIC HEALTH.

12:45PM 13        THERE WAS ALWAYS A RISK THAT A NEW COMPANY WITH NO PRIOR

12:45PM 14    LAB EXPERIENCE MAY HAVE SOME ISSUES WITH LAB REGULATORS AS

12:45PM 15    THEY'RE GETTING STARTED AND RUNNING.

12:45PM 16        INVESTORS ALSO KNEW AND THOUGHT ABOUT THE TECHNOLOGY RISK.

12:45PM 17    IT WAS WELL-KNOWN THAT THERANOS WAS NOT YET UP AND RUNNING ITS

12:46PM 18    TESTS ON DEPLOYED DEVICES IN WALGREENS LOCATIONS.  EVERYONE

12:46PM 19    KNEW THAT.  IT WAS IN PHASE I.  IT DIDN'T HAVE FDA APPROVAL.

12:46PM 20        AND USE OF COMMERCIAL MACHINES IN PHASE I WAS NO SECRET.

12:46PM 21    YOU SAW THE PRESENTATION TO THE FDA THAT LAID IT OUT.

12:46PM 22        THAT WAS ALSO SHARED WITH CMS, THE LAB REGULATOR.

12:46PM 23        YOU WILL HEAR TESTIMONY THAT PEOPLE SAW THOSE MACHINES AND

12:46PM 24    KNEW THAT THEY WERE BEING USED IN CLIA LABORATORIES.  INDEED,

12:46PM 25    THEY WOULD BE PRETTY HARD TO HIDE.

12:46PM 1    THERE WERE ALSO PUBLIC DOCUMENTS THAT TALKED ABOUT HOW

12:46PM 2    THERANOS WAS USING THOSE VENOUS DRAWS THAT THE GOVERNMENT SPOKE

12:47PM 3    ABOUT IN ITS OPENING, DRAWS FROM THE VEIN AND NOT THE FINGER.

12:47PM 4    MANY PUBLIC DOCUMENTS THAT YOU'LL SEE IN THIS CASE THAT

12:47PM 5    DESCRIBE THAT.  DRAWS FOR COMMERCIAL ANALYZERS AT WALGREENS

12:47PM 6    LOCATIONS.

12:47PM 7    AND, OF COURSE, THERE'S THE FACT THAT MANY INVESTORS

12:47PM 8    THEMSELVES, YOU'LL HEAR THEM RIGHT UP THERE, THEY RECEIVED

12:47PM 9    VENOUS DRAWS WHEN THEY WENT TO LOOK AT THERANOS'S SERVICES, THE

12:47PM 10   TRADITIONAL METHOD DESIGNED FOR THE TRADITIONAL MACHINES.

12:47PM 11   SO AS YOU LISTEN TO THE GOVERNMENT EVIDENCE AND CONSIDER,

12:47PM 12   WHO ARE IN THESE INVESTOR MEETINGS THAT THEY'RE DESCRIBING, ASK

12:47PM 13   YOURSELF IF YOU REALLY THINK THAT THERE'S A FRAUD AFOOT IN

12:47PM 14   THESE INTERACTIONS.

12:47PM 15   ALSO ASK, IF MS. HOLMES INTENDED TO DEFRAUD THESE

12:47PM 16   INCREDIBLY WEALTHY INVESTORS TO GET THEIR MONEY, AS THE

12:47PM 17   GOVERNMENT ALLEGES, DON'T YOU THINK SHE MIGHT SELL SOME OF HER

12:48PM 18   STOCK TO TAKE ADVANTAGE OF THAT FRAUD?  TRY TO CASH IN?

12:48PM 19   OF COURSE SHE NEVER DID.

12:48PM 20   NOW, THE SECOND ISSUE WITH RESPECT TO INVESTORS THAT I

12:48PM 21   WANT YOU TO FOCUS ON IS THE FACT THAT ALMOST ALL OF THE PEOPLE

12:48PM 22   WHO ARE GOING TO COME UP AND TESTIFY IN THIS TRIAL ARE

12:48PM 23   INVESTORS WHO PUSHED OTHER PEOPLE TO INVEST MONEY IN THERANOS.

12:48PM 24   SOME OF THE MOST SUCCESSFUL PEOPLE WHO YOU JUST SAW ON

12:48PM 25   THAT SLIDE WON'T BE MENTIONED IN THIS TRIAL.

12:48PM 1    INSTEAD, NEARLY EVERY ONE OF THE INVESTOR WITNESSES CALLED

12:48PM 2    ANALYZED THERANOS AS AN INVESTMENT FOR THEMSELVES, AND THEN

12:48PM 3    THEY ENCOURAGED THEIR FRIENDS, FAMILY, OR CLIENTS TO INVEST

12:49PM 4    SIGNIFICANT SUMS OF MONEY INTO THERANOS BASED ON THEIR ADVICE.

12:49PM 5    NOW, THOSE FRIENDS AND FAMILY NEVER HAD, OR HAD VERY

12:49PM 6    LIMITED INTERACTION WITH MS. HOLMES OR ANYONE ELSE AT THERANOS.

12:49PM 7    SO CONSIDER THE MOTIVES OF SOME OF THESE INVESTOR

12:49PM 8    WITNESSES AS THEY LOOK BACK AT THEIR INTERACTIONS WITH THE

12:49PM 9    COMPANY.

12:49PM 10   LET ME GIVE YOU ONE EXAMPLE.  THE GOVERNMENT MENTIONED IN

12:49PM 11   THE OPENING BRIAN GROSSMAN OF PFM, RUNS A HEDGE FUND.

12:49PM 12   BASED ON HIS HEDGE FUND'S DUE DILIGENCE AND BALANCING OF

12:49PM 13   RISK, PFM GOT DOZENS OF SECONDARY INVESTORS TO BUY INTO

12:49PM 14   THERANOS, INCLUDING THE HEDGE FUND'S CLIENTS, MR. GROSSMAN'S

12:49PM 15   FRIENDS, AND SEVERAL FAMILY MEMBERS.

12:49PM 16   WHEN THE INVESTMENT WENT SOUTH, DID HE WANT IT TO BE HIS

12:50PM 17   MISS?  HIS BAD BET?  HIS FAILURE TO ASSESS THE RISK?  OR

12:50PM 18   ELIZABETH HOLMES'S?  OR MR. BALWANI'S?  OR ANYONE ELSE'S?

12:50PM 19   ASK THESE QUESTIONS AS YOU CONSIDER THIS EVIDENCE WHEN IT

12:50PM 20   COMES BEFORE YOU IN THIS CASE.

12:50PM 21   YOU WILL SEE THIS DYNAMIC WITH MANY OTHER INVESTORS AND A

12:50PM 22   FULL AIRING OF THE EVIDENCE WILL SHOW THAT WHILE INVESTORS SAW

12:50PM 23   OBVIOUS PROMISE IN THIS COMPANY, THEY ALSO KNEW THE RISK.  THEY

12:50PM 24   KNEW IT WAS A GAMBLE.  THEY WEREN'T MISLED OR CHEATED BY

12:50PM 25   MS. HOLMES OR ANYONE ELSE.

12:50PM  1          LET ME SHIFT TO THE PATIENTS.

12:51PM  2          I TOLD YOU I WANTED YOU TO SEE THE FULL PICTURE, TO SEE IT

12:51PM  3   FAIRLY.  I WANT TO BE CANDID WITH YOU, AND SO I WILL TELL YOU

12:51PM  4   THIS:  THERE WERE PROBLEMS WITH THERANOS'S CLINICAL LABORATORY.

12:51PM  5   THERE WERE.

12:51PM  6          THERE WERE PROCESSES AND PROCEDURES IN PLACE THAT WERE NOT

12:51PM  7   FOLLOWED, AND SOME OF THE TESTS THAT THERANOS OFFERED IN

12:51PM  8   HINDSIGHT WERE NOT PERFORMING AS WELL AS EXPECTED.

12:51PM  9          YOU'RE GOING TO HEAR ABOUT THAT IN THIS TRIAL.  AND IT'S

12:51PM 10   TRUE.

12:51PM 11          WE ACTUALLY EXPECT THE GOVERNMENT IS GOING TO CALL 20

12:51PM 12   WITNESSES, AS MANY AS 20 WITNESSES, THERANOS'S CUSTOMERS OR

12:51PM 13   DOCTORS TO TALK ABOUT THIS.

12:51PM 14          WE EXPECT THAT THEY'RE GOING TO EACH TESTIFY TO AN

12:52PM 15   INCIDENT WHERE THEY BELIEVED THEY RECEIVED AN INACCURATE LAB

12:52PM 16   TEST FROM THERANOS.

12:52PM 17          RECEIVING AN INACCURATE TEST OR RESULT IS A MISTAKE.  IT'S

12:52PM 18   A MISTAKE.

12:52PM 19          AND IT'S SOMETHING THAT EVERY LABORATORY TRIES TO AVOID.

12:52PM 20   NO LAB, NO LAB WANTS TO MAKE THESE KINDS OF MISTAKES.

12:52PM 21          BUT THE EVIDENCE WILL SHOW YOU THAT INACCURATE RESULTS ARE

12:52PM 22   GENERATED EVERY DAY IN LABORATORIES ACROSS AMERICA.

12:52PM 23          THE GOVERNMENT MAY ALSO CALL REGULATORS FROM CMS AND

12:52PM 24   THERANOS EMPLOYEES AS WITNESSES TO SAY THAT THERANOS'S CLINICAL

12:52PM 25   LABORATORY WAS NOT RUN PROPERLY.

12:53PM  1      AGAIN, THEY MAY SPEND DAYS OR EVEN WEEKS ON THESE FACTS.

12:53PM  2      AND IF WHAT THE GOVERNMENT IS TRYING TO SHOW IS THAT

12:53PM  3  THERANOS'S CLINICAL LABORATORY WAS NOT WELL RUN FROM LATE 2013

12:53PM  4  UNTIL 2016, WE'RE LIKELY GOING TO AGREE WITH WHAT THEY HAVE TO

12:53PM  5  SAY.  THERE'S NO NEED FOR THE GOVERNMENT TO SPEND SO MUCH TIME

12:53PM  6  PRESENTING YOU ALL OF THAT EVIDENCE.  THAT VERY POINT IS

12:53PM  7  SOMETHING THAT MS. HOLMES HERSELF HAS SAID PUBLICLY ON NUMEROUS

12:53PM  8  OCCASIONS.

12:53PM  9      POOR OPERATIONS IN THE LAB WAS PROBABLY ONE OF THERANOS'S

12:53PM 10  BIGGEST FAILS, ITS BIGGEST MISTAKE.

12:54PM 11      BUT IT WAS NOT A FRAUD.

12:54PM 12      LET ME BE CLEAR ABOUT WHAT THE ISSUE IS HERE, WHERE WE DO

12:54PM 13  DISAGREE WITH THE GOVERNMENT.

12:54PM 14      MS. HOLMES IS ACCUSED OF KNOWING THAT THERANOS'S CLINICAL

12:54PM 15  LABORATORY WAS INCAPABLE OF PROVIDING ACCURATE AND RELIABLE

12:54PM 16  RESULTS AT THE TIME THOSE RESULTS WERE BEING OFFERED TO

12:54PM 17  CUSTOMERS.

12:54PM 18      THAT IS SIMPLY NOT TRUE.

12:54PM 19      SHE SPENT HER ENTIRE ADULT LIFE TRYING TO TRANSFORM HEALTH

12:54PM 20  CARE IN A WAY THAT WOULD HELP PATIENTS, AND THE IDEA THAT SHE

12:54PM 21  KNOWINGLY PROVIDED THEM WITH INACCURATE RESULTS IS FALSE.

12:54PM 22      THE ALLEGATION FINDS NO SUPPORT IN THE EVIDENCE.

12:55PM 23      THE EVIDENCE WILL SHOW THAT MR. BALWANI HAD MANAGEMENT

12:55PM 24  OVERSIGHT AT THE LABORATORY DURING THIS PERIOD, AND IT WILL

12:55PM 25  SHOW THAT MR. BALWANI WORKED CLOSELY WITH THERANOS'S LABORATORY

12:55PM  1    DIRECTOR, DR. ADAM ROSENDORFF AND ITS TOP SCIENTIST, DR. YOUNG.

12:55PM  2         WERE THERE DISAGREEMENTS?  ABSOLUTELY.

12:55PM  3         MR. BALWANI, DR. ROSENDORFF, AND DR. YOUNG OFTEN

12:55PM  4    DISAGREED, AND YOU'LL HEAR ABOUT IT.

12:55PM  5         WITH THESE THREE MEN, YOU HAD AN EXPERIENCED BUSINESS

12:55PM  6    EXECUTIVE, A MEDICAL DOCTOR WITH LABORATORY EXPERIENCE, AND A

12:55PM  7    BIOSCIENTIST WITH A PH.D. FROM THE MASSACHUSETTS INSTITUTE OF

12:55PM  8    TECHNOLOGY, ONE OF THE GREATEST SCIENTIFIC UNIVERSITIES IN THE

12:56PM  9    WORLD.  THAT IS A POWERFUL GROUP, A KNOWLEDGEABLE GROUP, AN

12:56PM 10    EXPERIENCED GROUP.  AND SOMETIMES THEY DID NOT SEE EYE TO EYE.

12:56PM 11         SHOULD MS. HOLMES HAVE TAKEN A MORE ACTIVE ROLE OR GOTTEN

12:56PM 12    SOMEONE ELSE WITH MORE EXPERIENCE RUNNING OPERATIONS INVOLVED

12:56PM 13    IN THAT LAB?  IN HINDSIGHT, THAT'S THE EASIEST QUESTION TO

12:56PM 14    ANSWER.

12:56PM 15         BUT THE EVIDENCE WILL SHOW THAT AT THE TIME, SHE HAD EVERY

12:56PM 16    REASON TO BELIEVE THAT THE LAB OPERATIONS WERE UNDER CONTROL

12:56PM 17    AND THAT AN APPROPRIATE SYSTEM WAS IN PLACE.

12:56PM 18         SO AS YOU CONSIDER THE GOVERNMENT'S ALLEGATIONS WITH

12:56PM 19    RESPECT TO THE PATIENTS IN THE LAB, KEEP SIGHT ON THE EVIDENCE

12:57PM 20    RELATING TO THESE TWO ISSUES.

12:57PM 21         DID MS. HOLMES BELIEVE THAT THE TESTS WERE ACCURATE AND

12:57PM 22    RELIABLE WHEN OFFERED TO PATIENTS?

12:57PM 23         AND UNDER FEDERAL STATE -- I'M SORRY -- UNDER STATE AND

12:57PM 24    FEDERAL LAB REGULATIONS, WHO IS RESPONSIBLE FOR ENSURING THAT

12:57PM 25    THE TESTS ARE ACCURATE, RELIABLE, AND SAFE FOR PATIENT USE?

12:57PM 1      LET ME START WITH THE EASIEST ONE.

12:57PM 2      DID MS. HOLMES BELIEVE THE TESTS WERE ACCURATE AND

12:57PM 3  RELIABLE?

12:57PM 4      IN A WORD:  YES.

12:57PM 5      AND HER ACTIONS ARE THE BEST EVIDENCE OF THAT BECAUSE

12:57PM 6  YOU'LL LEARN THAT SHE USED THE TEST HERSELF.  SHE SENT HER

12:57PM 7  FAMILY MEMBERS TO BE TESTED.  WHAT BETTER EVIDENCE OF HER

12:57PM 8  BELIEF IN THE ACCURACY AND RELIABILITY OF THOSE TESTS CAN YOU

12:58PM 9  GIVE THAN THAT?

12:58PM 10      AND HER BELIEF CAME WITH GOOD REASON.  THERANOS WAS

12:58PM 11  OFFERING ITS PROPRIETARY TEST IN A CLINICAL LABORATORY THAT WAS

12:58PM 12  INSPECTED AND CERTIFIED PURSUANT TO FEDERAL CLIA LAB

12:58PM 13  REGULATIONS.

12:58PM 14      AND THE INDIVIDUAL TESTS, EACH TEST THAT WAS OFFERED IN

12:58PM 15  THE LAB WAS VALIDATED UNDER THOSE REGULATIONS BY A HIGHLY

12:58PM 16  TRAINED AND QUALIFIED STAFF MEMBER BEFORE THAT TEST COULD BE

12:58PM 17  OFFERED TO PATIENTS.

12:58PM 18      BY VALIDATING THAT TEST, THAT EXPERIENCED LAB STAFF WAS

12:58PM 19  CERTIFYING THAT THE TESTS ARE SUFFICIENTLY ACCURATE AND

12:58PM 20  RELIABLE FOR PATIENT USE.

12:59PM 21      SO IF A LAB TEST MADE IT THROUGH THE VALIDATION AND COULD

12:59PM 22  BE OFFERED TO PATIENTS, IT WAS BECAUSE THE INTERNAL EXPERTS

12:59PM 23  CONCLUDED THAT IT WAS SAFE AND ACCURATE AND RELIABLE FOR USE.

12:59PM 24  IT'S REALLY THAT SIMPLE.

12:59PM 25      NOW, THE GOVERNMENT SEEMS TO SUGGEST THAT IT WAS

01 ELIZABETH HOLMES WHO MADE THE DECISION AS TO WHETHER A TEST WAS

02 APPROPRIATE FOR PATIENT USE, OR THAT SHE WAS THE ONE WHO SHOULD

03 DECIDE WHETHER A TEST THAT WASN'T FUNCTIONING PROPERLY SHOULD

04 BE PAUSED OR STOPPED.

05        THAT'S JUST NOT SO.  SHE PLAYED NO ROLE IN THAT DECISION.

06        MR. BALWANI OVERSAW THE CLINICAL LAB FROM A MANAGEMENT

07 STANDPOINT DURING THE RELEVANT TIME PERIOD, AND HE WAS WORKING

08 WITH THE INTERNAL EXPERTS TO ENSURE THAT IT WAS RUNNING

09 PROPERLY.

10        YOU WILL SEE THAT MS. HOLMES RELIED ON MR. BALWANI AND

11 THOSE INTERNAL EXPERTS TO ENSURE THAT THINGS WERE BEING DONE

12 PROPERLY.

13        THE EVIDENCE WILL ALSO SHOW THAT SHE WASN'T DIRECTING

14 PATIENT TESTING.  SHE DIDN'T MAKE THOSE JUDGMENTS.  THAT'S NOT

15 HOW LABORATORIES WORK.

16        LAB COMPANIES DON'T HAVE THEIR CEO'S DECIDING WHETHER A

17 TEST IS FIT TO OFFER OR NOT UNLESS THAT CEO IS QUALIFIED AND AN

18 EXPERT AND CAN LAWFULLY SERVE AS A LABORATORY DIRECTOR.

19        MS. HOLMES DIDN'T HAVE THOSE QUALIFICATIONS, NOT EVEN

20 CLOSE.

21        SO THAT PROMPTS THE SECOND QUESTION:  WHO IS RESPONSIBLE

22 FOR ENSURING THAT THE TESTS ARE ACCURATE AND RELIABLE AND SAFE

23 FOR PATIENT USE?

24        UNDER STATE AND FEDERAL REGULATION, IT IS THE LAB DIRECTOR

25 WHO IS RESPONSIBLE LEGALLY FOR THE OPERATIONS OF THE LAB.  AND

01:01PM  1   IT IS THE LAB DIRECTOR WHO GETS TO DECIDE WHETHER TESTS ARE

01:01PM  2   SUFFICIENTLY ACCURATE AND RELIABLE TO BE OFFERED TO PATIENTS.

01:01PM  3       LET ME TALK A LITTLE BIT ABOUT WHAT YOU'LL LEARN ABOUT HOW

01:01PM  4   THAT WORKS.  BEING A LAB DIRECTOR REQUIRES A DEEP UNDERSTANDING

01:01PM  5   OF BLOOD TESTING, CHEMISTRY, BIOLOGY, AND MANY OTHER THINGS.

01:01PM  6       UNDER FEDERAL LAW, THAT PERSON MUST BE A MEDICAL DOCTOR OR

01:01PM  7   HAVE A PH.D. IN A LAB SCIENCE.

01:01PM  8       NOW, MS. HOLMES, OF COURSE, HAD NEITHER.  SHE HAD ABOUT A

01:01PM  9   YEAR OF COLLEGE, AND SHE KNEW SHE WASN'T QUALIFIED TO BE A LAB

01:02PM 10   DIRECTOR.  EVERYONE KNEW THAT.

01:02PM 11       SO THERANOS HIRED QUALIFIED LAB DIRECTORS.

01:02PM 12       YOU WILL HEAR FROM SOME OF THEM DURING THIS TRIAL.

01:02PM 13       OF PARTICULAR IMPORTANCE, IT WAS THE LAB DIRECTOR WHO WAS

01:02PM 14   RESPONSIBLE FOR DECIDING WHEN THERANOS TESTS WERE ACCURATE AND

01:02PM 15   RELIABLE TO BE OFFERED IN THE CLIA LAB.

01:02PM 16       THE FEDERAL REGULATIONS THAT GOVERN LAB OPERATIONS SET OUT

01:02PM 17   VERY SPECIFIC REQUIREMENTS THAT MAKE ABSOLUTELY CLEAR THAT IT

01:02PM 18   IS THE LAB DIRECTOR WHO IS RESPONSIBLE FOR VALIDATING THE TEST.

01:02PM 19       AS YOU CAN SEE RIGHT THERE IN THE LANGUAGE OF THE

01:02PM 20   REGULATIONS THAT IT IS THE LAB DIRECTOR WHO IS RESPONSIBLE FOR

01:02PM 21   ENSURING THE ACCURACY AND RELIABILITY OF TESTS, THE VERY THINGS

01:03PM 22   THAT THE GOVERNMENT IS COMPLAINING ABOUT IN THIS CASE.

01:03PM 23       SO AT THERANOS, THE LABORATORY DIRECTOR'S DECISION

01:03PM 24   REGARDING THE RELIABILITY AND ACCURACY OF A TEST WAS DOCUMENTED

01:03PM 25   IN A VALIDATION REPORT.

01:03PM  1          HERE'S AN EXAMPLE OF THAT REPORT.

01:03PM  2          YOU CAN SEE SIGNATURES FROM THERANOS'S SCIENTISTS AND

01:03PM  3     APPROVED BY THE LAB DIRECTOR.  FIVE DIFFERENT SIGNATURES ON

01:03PM  4     THIS DOCUMENT.  NOT ONE OF THOSE SIGNATURES BELONGED TO

01:03PM  5     MS. HOLMES, NOT ON ANY OF THE VALIDATION REPORTS FOR ANY OF THE

01:03PM  6     TESTS THAT WERE OFFERED IN THE LAB, NOT A SINGLE ONE.

01:03PM  7          THERE WERE ALWAYS COMPANY SCIENTISTS AND LAB PERSONNEL,

01:03PM  8     THE INTERNAL EXPERTS, BECAUSE THEY WERE RESPONSIBLE FOR

01:03PM  9     ESTABLISHING AND ENSURING THE ACCURACY AND RELIABILITY OF THE

01:04PM 10     TESTS.

01:04PM 11          NOW, WE ANTICIPATE, BASED ON THE GOVERNMENT'S OPENING

01:04PM 12     STATEMENT, THAT YOU'LL HEAR A LOT ABOUT DR. ADAM ROSENDORFF

01:04PM 13     DURING THIS CASE.  HE JOINED THE COMPANY IN 2013.  HE WAS THE

01:04PM 14     LAB DIRECTOR WHEN THERANOS LAUNCHED ITS COMMERCIAL TESTING

01:04PM 15     BUSINESS WITH WALGREENS IN THE FALL OF 2013.  AND HE SERVED IN

01:04PM 16     THAT ROLE UNTIL DECEMBER OF 2014.

01:04PM 17          DR. ROSENDORFF HAD IMPRESSIVE QUALIFICATIONS AND

01:04PM 18     EXPERIENCE.  YOU'LL LEARN ABOUT IT.

01:04PM 19          THE EVIDENCE WILL SHOW THAT DR. ROSENDORFF SIGNED

01:04PM 20     VALIDATION REPORTS FOR NEARLY ALL OF THE TESTS AT ISSUE IN THIS

01:04PM 21     CASE AND THAT HE NEVER SIGNED, NOR FELT PRESSURED TO SIGN, A

01:04PM 22     VALIDATION REPORT THAT HE WAS NOT COMFORTABLE WITH.

01:05PM 23          NOW, ONCE A TEST IS VALIDATED AND BEING PERFORMED IN THE

01:05PM 24     LABORATORY, THE REGULATIONS ALSO PROVIDE THAT ONGOING

01:05PM 25     PERFORMANCE AND QUALITY ARE THE LAB DIRECTOR'S RESPONSIBILITY.

01:05PM   1          THE EVIDENCE WILL SHOW THAT DR. ROSENDORFF NEVER

01:05PM   2    AUTHORIZED THE REPORTING OF A TEST RESULT HE BELIEVED TO BE

01:05PM   3    INACCURATE.

01:05PM   4          THE EVIDENCE WILL SHOW THAT IF DR. ROSENDORFF HAD A

01:05PM   5    QUESTION ABOUT A PARTICULAR RESULT OR PERFORMANCE OF AN ASSAY,

01:05PM   6    HE DIDN'T HESITATE TO PULL THE ASSAY, STOP OFFERING IT IN THE

01:05PM   7    LAB, OR NOT REPORT RESULTS.

01:05PM   8          THAT'S EXACTLY WHAT IS SUPPOSED TO HAPPEN WHEN A PROBLEM

01:05PM   9    ARISES IN THE LAB, BECAUSE WHO IS RESPONSIBLE FOR DEALING WITH

01:06PM  10    PROBLEMS IN THE LAB WHEN AN ISSUE ARISES?

01:06PM  11          THE GOVERNMENT SUGGESTS MS. HOLMES.  IT'S NOT.  AGAIN,

01:06PM  12    IT'S THE LAB DIRECTOR.

01:06PM  13          THE REGULATIONS RECOGNIZE, YOU'LL LEARN IN THIS CASE, THAT

01:06PM  14    ALL LABS HAVE ERRORS SOMETIMES.  IT'S NOT A PERFECT BUSINESS.

01:06PM  15          THE REGULATIONS CONTEMPLATE, THEY EXPECT THAT THERE WILL

01:06PM  16    BE PROBLEMS.  SO THEY REQUIRE LABORATORIES TO SET UP PROCEDURES

01:06PM  17    TO IDENTIFY, INVESTIGATE, AND REMEDY PROBLEMS.

01:06PM  18          THE GOAL UNDER THE REGULATIONS IS FOR CONTINUOUS

01:06PM  19    IMPROVEMENT OF LABORATORY OPERATIONS.  THE LAB SHOULD DOCUMENT

01:06PM  20    ITS MISTAKES AND LEARN FROM THEM.

01:06PM  21          AND THERANOS HAD POLICIES AND PROCEDURES DESIGNED TO

01:07PM  22    IDENTIFY, INVESTIGATE, AND RESOLVE ANY POTENTIAL ISSUES AS THEY

01:07PM  23    AROSE.

01:07PM  24          AND THE LAB DIRECTOR AND HIS TEAM WERE EMPOWERED TO ENACT

01:07PM  25    AND ENFORCE THESE REGULATIONS.

01:07PM   1        THE EVIDENCE WILL SHOW THAT NOT ONLY THAT THIS STRUCTURE

01:07PM   2    EXISTED, BUT THAT MS. HOLMES ACTED APPROPRIATELY IN DEFERENCE

01:07PM   3    TO THIS STRUCTURE.

01:07PM   4        SHE KNEW THE LAB HAD BEEN SET UP TO MEET CLIA REQUIREMENTS

01:07PM   5    AND HAD BEEN INSPECTED AND THEN CERTIFIED AS A HIGH COMPLEXITY

01:07PM   6    LAB, AND THAT IT WAS ROUTINELY AUDITED.

01:07PM   7        SHE DEFERRED TO THE PEOPLE WHO WERE QUALIFIED TO DICTATE

01:07PM   8    THE SUBSTANTIVE RESPONSE AND DECISION ABOUT WHETHER TO OFFER A

01:07PM   9    PARTICULAR TEST.

01:08PM  10        THE EVIDENCE WILL SHOW THAT TO THE EXTENT THAT MS. HOLMES

01:08PM  11    WAS INFORMED OF ISSUES WITH TESTS, SHE ENCOURAGED THOSE ISSUES

01:08PM  12    TO BE INVESTIGATED AND ALLOWED THERANOS'S PROCESS TO PLAY

01:08PM  13    ITSELF OUT.

01:08PM  14        AND THE USE OF THIS PROCESS REINFORCED HER CONFIDENCE THAT

01:08PM  15    THE SYSTEM WAS WORKING AS IT SHOULD.

01:08PM  16        NOW, THERE WILL BE NO EVIDENCE THAT MS. HOLMES INSTRUCTED

01:08PM  17    THAT ANY ASSAY THAT WAS NOT VALIDATED SHOULD BE RUN IN A

01:08PM  18    LABORATORY.  NONE.

01:08PM  19        THE SCIENTISTS, AND ULTIMATELY THE LAB DIRECTOR,

01:08PM  20    DETERMINED WHEN A TEST SATISFIED THOSE ACCURACY AND RELIABILITY

01:08PM  21    STANDARDS.

01:08PM  22        THERE WILL BE NO EVIDENCE THAT MS. HOLMES PURPORTED TO

01:09PM  23    OVERRULE ANY SCIENTIST'S RECOMMENDATION REGARDING WHETHER A

01:09PM  24    TEST COULD BE OFFERED.

01:09PM  25        THERE WILL BE NO EVIDENCE THAT A LAB DIRECTOR SAID NO AND

01:09PM  1    MS. HOLMES INSISTED, DO IT ANYWAY.

01:09PM  2        AS A RESULT OF ALL OF THIS, MS. HOLMES BELIEVED THAT

01:09PM  3    THERANOS'S TESTS WERE ACCURATE AND RELIABLE BECAUSE THE LAB

01:09PM  4    EXPERTS WHO HAD GREATER EXPERTISE, WHO HAD RESPONSIBILITY UNDER

01:09PM  5    THE REGULATIONS, SAID THAT THE TESTS WERE ACCURATE AND RELIABLE

01:09PM  6    ENOUGH TO BE OFFERED TO PATIENTS.  PLAIN AND SIMPLE.

01:09PM  7        ONE LAST POINT ABOUT THE TESTS THAT WERE PROVIDED TO

01:09PM  8    PATIENTS.

01:09PM  9        NOW, WE DON'T KNOW EXACTLY HOW MANY PATIENTS OR DOCTOR

01:10PM 10    WITNESSES THAT THE GOVERNMENT WILL OFFER IN THIS CASE.  WE WILL

01:10PM 11    SEE DURING THE WEEKS TO COME.

01:10PM 12        BUT YOU ALL HAVE NOTEBOOKS, AND SO WHEN YOU SEE ONE, MAKE

01:10PM 13    A TALLY IN THE BOOK.  COUNT.

01:10PM 14        BUT, PLEASE, WHEN YOU DO SO, DO IT NEXT TO THIS NUMBER:

01:10PM 15    8 MILLION.

01:10PM 16        THERANOS GENERATED NEARLY 8 MILLION TEST RESULTS FOR

01:10PM 17    PATIENTS.  THE GOVERNMENT HAS BEEN INVESTIGATING THIS CASE FOR

01:10PM 18    NEARLY FIVE YEARS.  IT HAS HAD A TEAM OF AGENTS WHO HAVE BEEN

01:10PM 19    ACTIVELY LOOKING FOR PATIENTS OR DOCTORS WHO HAD BAD

01:10PM 20    EXPERIENCES.

01:10PM 21        SO HOW MANY HAS THE GOVERNMENT FOUND?  10,000?  1,000?

01:11PM 22        WE THINK ABOUT 20, DOCTORS OR PATIENTS WHO MAY DESCRIBE

01:11PM 23    ABOUT 20 RESULTS.

01:11PM 24        SO WHAT PERCENTAGE OF 8 MILLION IS 20 RESULTS?  I HAD TO

01:11PM 25    LOOK UP HOW TO SAY THIS:  TWO AND A HALF TEN THOUSANDTHS OF

01:11PM  1    1 PERCENT.

01:11PM  2         I WANT TO BE CLEAR, I DON'T MEAN TO BELITTLE IN ANY WAY OR

01:11PM  3    BE OFFENSIVE TO THOSE PATIENTS WHO MAY HAVE GOTTEN AN

01:11PM  4    INACCURATE RESULT.  GETTING AN ERRONEOUS RESULT IS A MISTAKE

01:11PM  5    AND NO ONE WANTS THAT TO HAPPEN.  IT SHOULDN'T HAPPEN.  WE KNOW

01:11PM  6    THAT.

01:11PM  7         AND AS THOSE PEOPLE COME IN AND TESTIFY, WE WILL LOOK AT

01:11PM  8    WHAT HAPPENED WITH THEIR TESTS AND WHY.

01:11PM  9         BUT THE QUESTION HERE IN THIS COURTROOM IS, WHAT IS THE

01:11PM  10   EVIDENTIARY SIGNIFICANCE OF 20 RESULTS IN THE FACE OF 8 MILLION

01:12PM  11   RESULTS PERFORMED?  HOW DOES THAT COMPARE TO TYPICAL ERROR

01:12PM  12   RATES WITHIN A LAB?

01:12PM  13        IS THAT REALLY MEANINGFUL EVIDENCE OF FRAUD?

01:12PM  14        KEEP SIGHT OF THESE QUESTIONS AS YOU HEAR FROM THE

01:12PM  15   PATIENTS DURING THIS TRIAL.

01:12PM  16        IT'S ALSO INTERESTING THAT THE GOVERNMENT ALLEGES FRAUD

01:12PM  17   WITH RESPECT TO TESTING, BUT IT DOES NOT EVEN ALLEGE

01:12PM  18   DEFICIENCIES WITH RESPECT TO THE OVERWHELMING MAJORITY OF

01:12PM  19   THERANOS'S ASSAYS.

01:12PM  20        THERANOS PERFORMED 226 DIFFERENT ASSAYS IN ITS CLINICAL

01:12PM  21   LAB.

01:12PM  22        THE GOVERNMENT'S ALLEGATIONS IDENTIFY ONLY 23 AS

01:13PM  23   DEFICIENT.

01:13PM  24        SO THE GOVERNMENT IS SUGGESTING THAT THERANOS'S TESTS WERE

01:13PM  25   CONSISTENTLY UNRELIABLE AND INACCURATE, YET THEY ONLY TAKE

01:13PM  1    ISSUE WITH ABOUT 10 PERCENT OF THE ASSAYS THERANOS PERFORMED.

01:13PM  2        AND WITH RESPECT TO THOSE ASSAYS, IT'S NOT EVEN CLEAR THAT

01:13PM  3    THE GOVERNMENT KNOWS THAT MUCH ABOUT THAT.  HOW MANY OF

01:13PM  4    THERANOS'S PATIENTS HAD EACH OF THESE 23 ASSAYS?  WHAT

01:13PM  5    TECHNOLOGY WAS USED TO PERFORM PARTICULAR TESTS?  WHEN WERE THE

01:13PM  6    TESTS DONE?  WHICH THERANOS LAB PERFORMED THE TEST?  THERE WERE

01:13PM  7    A COUPLE OF LABS.

01:13PM  8        WAIT AND SEE IF YOU GET AN ANSWER TO THESE QUESTIONS AND

01:13PM  9    CONSIDER HOW SIGNIFICANT THAT DATA IS TO THIS CASE.

01:14PM 10        NOW, YOU HEARD FROM THE GOVERNMENT ABOUT THERANOS'S

01:14PM 11    RESPONSE TO CRITICISMS FROM REGULATORS AND THE MEDIA IN LATE

01:14PM 12    2015.

01:14PM 13        THE GOVERNMENT WANTS YOU TO THINK THAT THIS IS EVIDENCE OF

01:14PM 14    A CRIME.

01:14PM 15        IT'S NO SUCH THING.

01:14PM 16        THERANOS PUSHED BACK AGAINST CERTAIN JOURNALISTS AND

01:14PM 17    REGULATORS BECAUSE IT BELIEVED IN GOOD FAITH IN THE WAY THAT IT

01:14PM 18    WAS ACTING IN CONDUCTING BUSINESS.  IT BELIEVED THOSE PEOPLE

01:14PM 19    WERE WRONG.

01:14PM 20        IT WOULD BE MORE CONCERNING IF THEY SAID, "YOU'VE GOT US."

01:14PM 21        INSTEAD, THEY DEFENDED THEMSELVES IN THEIR TECHNOLOGY.

01:15PM 22        BUT ALTHOUGH MS. HOLMES BELIEVED STRONGLY IN THE INTEGRITY

01:15PM 23    OF HER COMPANY, SHE REMAINED OPEN MINDED.  THAT'S THE SIDE OF

01:15PM 24    THIS THAT THE GOVERNMENT DIDN'T FOCUS ON.

01:15PM 25        IN CONNECTION WITH EXPANSIVE INQUIRIES FROM GOVERNMENT

01:15PM 1   REGULATORS, THE COMPANY STARTED LOOKING AT THE ISSUES THAT WERE

01:15PM 2   RAISED.  SHE WORKED WITH A TEAM OF PEOPLE TO DIG DEEPER AND

01:15PM 3   DEEPER INTO DIFFERENT CORNERS OF THE COMPANY, AND SHE LEARNED

01:15PM 4   THAT THERE WERE AREAS OF CONCERN THAT SHE WAS PREVIOUSLY

01:15PM 5   UNAWARE OF, THAT THE INTERNAL EXPERTS HAD NOT PREVIOUSLY

01:15PM 6   FOCUSSED ON.

01:16PM 7       SHE SAW ENOUGH THAT SHE DECIDED SHE NEEDED TO BRING IN A

01:16PM 8   LARGE GROUP OF EXPERTS, INCLUDING OUTSIDE EXPERTS, TO ENGAGE

01:16PM 9   WITH REGULATORS TO FULLY ASSESS THE COMPANY AND TO ENSURE THAT

01:16PM 10  EVERYTHING WAS ON SOUND FOOTING GOING FORWARD.

01:16PM 11      AND SHE BROUGHT IN A SLEW OF OUTSIDE LAB EXPERTS,

01:16PM 12  INCLUDING THREE NEW LAB DIRECTORS WHO CAME IN AND SCOURED THE

01:16PM 13  COMPANY, EVERYTHING THAT THE COMPANY HAD DONE, SCIENTIFIC AND

01:16PM 14  TECHNICAL EXPERTS FROM ACROSS THE COUNTRY TO REVIEW THERANOS'S

01:16PM 15  ASSAY AND HARDWARE TECHNOLOGY AND GUIDE THE COMPANY MOVING

01:16PM 16  FORWARD.

01:16PM 17      SHE ENCOURAGED AND WELCOMED THOSE WHO WERE SKEPTICAL OF

01:17PM 18  WHAT THERANOS HAD BUILT.  SHE BROUGHT MEDICAL AND TECHNOLOGY

01:17PM 19  EXPERTS ON TO THE BOARD OF DIRECTORS AND ELEVATED THE MOST

01:17PM 20  EXPERIENCED SCIENTISTS FROM HER PRIOR BOARD, A PRESIDENTIAL

01:17PM 21  MEDAL OF FREEDOM WINNER WHO IS THE FORMER DIRECTOR OF THE CDC.

01:17PM 22      SHE HIRED NEW SCIENTIFIC AND TECHNICAL EXPERTS, PEOPLE

01:17PM 23  FROM SOME OF THE BEST HEALTH CARE COMPANIES IN THE COUNTRY.

01:17PM 24      MR. BALWANI, WHO HAD SUPERVISED THE LAB, WAS REMOVED FROM

01:17PM 25  THE COMPANY.

01:17PM 1      ELIZABETH HOLMES ENCOURAGED THESE EXPERTS TO DIG IN AND

01:17PM 2  REVIEW EVERYTHING THAT THEY NEEDED TO REVIEW, NO LIMITS, TO

01:17PM 3  HELP THE COMPANY ADDRESS THE SITUATION AND FIX WHATEVER THEY

01:17PM 4  FOUND.

01:18PM 5      AS YOU CONSIDER ALLEGATIONS ABOUT MS. HOLMES AND THE

01:18PM 6  EVIDENCE IN THIS CASE, THINK ABOUT ALL OF THESE PEOPLE WHO

01:18PM 7  SHE'S BRINGING IN TO LOOK INTO THINGS AND CONSIDER WHETHER A

01:18PM 8  PERSON WHO HAD BEEN COMMITTING THE GRAND FRAUD THAT THE

01:18PM 9  GOVERNMENT SUGGESTS WOULD HIRE SO MANY OUTSIDE EXPERTS TO COME

01:18PM 10 IN AND START TURNING OVER ROCKS.

01:18PM 11     CONSIDER WHETHER INSTEAD THESE ARE ACTIONS, WHETHER THESE

01:18PM 12 ACTIONS ARE EVIDENCE OF SOMEONE WHO BELIEVES THAT THEY HAVE

01:18PM 13 NOTHING TO HIDE, SOMEONE WHO BELIEVES THAT SHE'S ALWAYS ACTED

01:18PM 14 IN GOOD FAITH, SOMEONE WHO IS PREPARED AND WILLING TO ADDRESS

01:18PM 15 WHATEVER ISSUES THE EXPERTS MAY FIND.

01:18PM 16     I WANT TO PAY PARTICULAR FOCUS ON DR. KINGSHUK DAS WHO

01:19PM 17 MR. LEACH MENTIONED THIS MORNING.  YOU'RE GOING TO HEAR FROM

01:19PM 18 DR. DAS IN THIS CASE.  WE EXPECT THE GOVERNMENT IS GOING TO

01:19PM 19 CALL HIM AS A WITNESS.

01:19PM 20     AND WE EXPECT THAT YOU'RE GOING TO HEAR DR. DAS CRITICIZE

01:19PM 21 THE PERFORMANCE OF THERANOS'S CLINICAL LABORATORY BEFORE HE

01:19PM 22 ARRIVED.

01:19PM 23     HE'S GOING TO CRITICIZE PRIOR LAB DIRECTORS AND THEIR

01:19PM 24 PERFORMANCE.  HE MAY SAY THOSE LAB DIRECTORS WERE ASLEEP AT THE

01:19PM 25 WHEEL IN CERTAIN RESPECTS.  HE MAY SAY THAT THERE WERE SOME

01:19PM 1        PROBLEMS WITH RESPECT TO THERANOS'S TESTS.

01:19PM 2            HERE'S THE THING THAT YOU NEED TO KEEP IN MIND ABOUT

01:19PM 3        DR. DAS AS YOU HEAR THAT EVIDENCE:  IT WAS ELIZABETH HOLMES WHO

01:20PM 4        HIRED DR. DAS.  IT WAS MS. HOLMES WHO ASKED HIM TO COME IN AND

01:20PM 5        START TURNING OVER THOSE ROCKS TO GET TO THE BOTTOM OF EVERY

01:20PM 6        ISSUE, AND IT WAS MS. HOLMES WHO WAS SURPRISED WHEN SHE LEARNED

01:20PM 7        ABOUT THE DEPTH OF SOME OF THE PROBLEMS IN THE LAB IN 2016

01:20PM 8        AFTER TESTING HAD STOPPED.

01:20PM 9            AND LET'S BE CLEAR, THIS IS A VERY TOUGH MOMENT FOR

01:20PM 10       MS. HOLMES.  IT WAS PAINFUL.  SHE HAD DEVOTED HER ENTIRE LIFE

01:20PM 11       SINCE SHE WAS 19 YEARS OLD TO THIS COMPANY.

01:20PM 12           BUT SHE WAS STILL WILLING TO LISTEN AND LEARN AND WORK HER

01:20PM 13       WAY FORWARD.

01:20PM 14           REMEMBER THE QUOTE FROM MICHAEL JORDAN THAT HAD BEEN ON

01:21PM 15       THE WALL OF THERANOS FOR ALL OF THOSE YEARS BEFORE SHE

01:21PM 16       ENCOUNTERED THOSE PROBLEMS.  SHE DIDN'T JUST PUT IT ON THE

01:21PM 17       WALL, SHE LIVED IT AND LEARNED FROM THERANOS'S MISTAKES AND

01:21PM 18       CONTINUED TO TRY TO SUCCEED AND GROW FROM THE FAILURES.

01:21PM 19           BUT THIS PERIOD, AND IN PARTICULAR THE FEEDBACK FROM SOME

01:21PM 20       OF THOSE EXPERTS, ALSO REINFORCED MS. HOLMES'S BELIEF THAT HER

01:21PM 21       VISION, HER LONG-TERM VISION FOR THERANOS AND ITS TECHNOLOGY

01:21PM 22       WERE VALID.  IT REINFORCED THAT THE APPROACH TO A TESTING

01:21PM 23       SYSTEM, ASSAYS, THE HARDWARE, THE SOFTWARE WERE SOUND.

01:21PM 24           THESE EXPERTS SAW REAL ACCOMPLISHMENT.  THEY SAW

01:21PM 25       POTENTIALLY LIFE SAVING APPLICATIONS THAT A THERANOS DEPLOYABLE

01:22PM   1      DEVICE COULD HAVE.

01:22PM   2           SO IN 2016, AND '17, AND '18, MS. HOLMES AND HER NEWLY

01:22PM   3      IMPROVED TEAM DID NOT WALLOW.  THEY WORKED DAY AND NIGHT TO TRY

01:22PM   4      TO PUSH THERANOS FORWARD.

01:22PM   5           SHE MAINTAINED HER BELIEF THAT THEY COULD FINISH WHAT THEY

01:22PM   6      STARTED AND HAVE THE IMPACT THAT THEY HAD HOPED FOR.

01:22PM   7           NOW, SADLY, YOU ALREADY KNOW THAT THE ENDING WAS AN

01:22PM   8      UNHAPPY ONE.  NOTWITHSTANDING ALL OF THOSE EFFORTS AND HARD

01:22PM   9      WORK TO TURN THERANOS AROUND, IT WASN'T ENOUGH.  THE PROGRESS,

01:22PM  10      INVESTMENT, AND GROWTH OF THE COMPANY SUFFERED UNDER THE

01:22PM  11      INTENSE GLARE OF MEDIA SPOTLIGHT.

01:23PM  12           YET NOTWITHSTANDING THIS, YOU'LL LEARN, YOU'LL HEAR IN

01:23PM  13      THIS CASE THAT TO THIS DAY THE INNOVATIONS AND INTELLECTUAL

01:23PM  14      PROPERTY THAT THERANOS DEVELOPED ARE WORTH HUNDREDS OF MILLIONS

01:23PM  15      OF DOLLARS AND THEY MAY WELL STILL SERVE AS THE TECHNOLOGICAL

01:23PM  16      INFORMATION OF FUTURE TRANSFORMATION OF TESTING IN THE

01:23PM  17      LABORATORY INDUSTRY.  COMPANIES TODAY ARE BUILDING ON

01:23PM  18      INNOVATIONS THAT THERANOS PIONEERED.

01:23PM  19           AND YOU'LL ALSO SEE THAT MS. HOLMES REMAINED STEADFAST IN

01:23PM  20      HER BELIEF IN THIS TECHNOLOGY THROUGHOUT THE TIME OF THE EVENTS

01:23PM  21      THAT YOU'LL BE FOCUSSED ON IN THIS CASE, ON THAT DAY IN HER CAR

01:23PM  22      IN NEWARK IN SEPTEMBER OF 2018, AND STILL TODAY.

01:24PM  23           SO AFTER THE EVIDENCE IS COMPLETE IN THIS TRIAL, WE WILL

01:24PM  24      COME BACK BEFORE YOU FOR CLOSING STATEMENTS.  AND WHEN WE DO,

01:24PM  25      WE'RE GOING TO ASK YOU TO VALIDATE HER HARD WORK, HER GOOD

01:24PM  1    FAITH, AND HER COMMITMENT TO PUT MISSION OVER MONEY BY

01:24PM  2    CONFIRMING HER INNOCENCE WITH A VERDICT OF NOT GUILTY.

01:24PM  3         THANK YOU FOR YOUR TIME AND ATTENTION THIS AFTERNOON.

01:24PM  4         THANK YOU, YOUR HONOR.

01:24PM  5              THE COURT:  THANK YOU, MR. WADE.

01:24PM  6         THAT CONCLUDES THE OPENING STATEMENTS, LADIES AND

01:24PM  7    GENTLEMEN.

01:24PM  8         THE NEXT STEP IN THE TRIAL WOULD BE FOR THE GOVERNMENT TO

01:24PM  9    CALL WITNESSES.

01:24PM  10        LET ME JUST ASK, DOES ANYONE ON THE JURY, SHOULD WE TAKE A

01:24PM  11   SEVEN MINUTE BREAK FOR ANYBODY?

01:24PM  12        I SEE NO HANDS.

01:24PM  13        ALL RIGHT.  DOES THE GOVERNMENT HAVE A WITNESS TO CALL?

01:24PM  14             MR. LEACH:  YES, YOUR HONOR.

01:24PM  15        THE UNITED STATES CALLS SO HAN SPIVEY.

01:25PM  16             THE COURT:  THANK YOU.

01:25PM  17        LET ME REMIND THE PARTIES, THERE IS A WITNESS EXCLUSION

01:25PM  18   ORDER IN PLAY, SO IF YOU CAN COMPLY WITH THAT.

01:25PM  19        YOU HAVE SOMEONE COLLECTING YOUR WITNESS?

01:25PM  20             MR. LEACH:  I EXPECT SO.  LET ME MAKE SURE.

01:25PM  21             THE COURT:  FOLKS, YOU CAN STAND UP IF YOU WOULD

01:25PM  22   LIKE TO STRETCH YOUR LEGS BEFORE THE WITNESS COMES IN.

01:25PM  23        (STRETCHING.)

01:26PM  24             THE COURT:  GOOD AFTERNOON.  IF YOU WOULD PLEASE

01:26PM  25   COME FORWARD --

615

| | | |
|---|---|---|
| 01:26PM | 1 | PLEASE BE SEATED, LADIES AND GENTLEMEN. |
| 01:26PM | 2 | PLEASE COME FORWARD.  IF YOU WOULD STAND AND FACE OUR |
| 01:26PM | 3 | COURTROOM DEPUTY. |
| 01:26PM | 4 | RAISE YOUR RIGHT HAND.  SHE HAS A QUESTION FOR YOU. |
| 01:26PM | 5 | **(PLAINTIFF'S WITNESS, SO HAN SPIVEY, WAS SWORN.)** |
| 01:26PM | 6 | THE WITNESS:  YES. |
| 01:26PM | 7 | THE COURT:  PLEASE HAVE A SEAT UP HERE. |
| 01:26PM | 8 | FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU |
| 01:26PM | 9 | NEED.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THAT |
| 01:26PM | 10 | MICROPHONE. |
| 01:26PM | 11 | IF YOU'D LIKE, I THINK THERE'S A CLEAR FACE SHIELD THERE. |
| 01:26PM | 12 | IS THERE ONE? |
| 01:26PM | 13 | YES, GO AHEAD AND PUT THAT ONE ON IF YOU WOULD LIKE. |
| 01:26PM | 14 | THE WITNESS:  DO I HAVE TO PUT IT ON? |
| 01:26PM | 15 | THE COURT:  OH, YOU DON'T WANT TO PUT IT ON. |
| 01:26PM | 16 | THAT'S FINE.  DO YOU WANT TO KEEP YOUR MASK ON OR TAKE IT |
| 01:27PM | 17 | OFF? |
| 01:27PM | 18 | THE WITNESS:  I'LL DO THIS. |
| 01:27PM | 19 | THE COURT:  THAT'S GREAT.  THANK YOU. |
| 01:27PM | 20 | ALL RIGHT.  WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE |
| 01:27PM | 21 | STATE YOUR NAME AND THEN SPELL IT, PLEASE. |
| 01:27PM | 22 | THE WITNESS:  MY OFFICIAL NAME IS SO HAN SPIVEY. |
| 01:27PM | 23 | IT'S S-O, H-A-N, S-P-I-V-E-Y. |
| 01:27PM | 24 | I WAS KNOWN AS DANISE YAM AT THERANOS. |
| 01:27PM | 25 | THE COURT:  ALL RIGHT.  THANK YOU. |

01:27PM 1      IT'S GOING TO BE CHALLENGING, SO IF YOU COULD PULL THAT

01:27PM 2  MICROPHONE CLOSER TO YOU, OR SPEAK INTO IT THAT WOULD BE

01:27PM 3  HELPFUL.  MAYBE UNDERNEATH.

01:27PM 4      WE'RE ALL TRYING TO LEARN.

01:27PM 5      YEAH, IT WON'T GO IN.  THAT'S GOOD RIGHT THERE ACTUALLY.

01:27PM 6      ALL RIGHT.  COUNSEL.

01:27PM 7          MR. LEACH:  THANK YOU, YOUR HONOR.

01:27PM 8                  **DIRECT EXAMINATION**

01:27PM 9  BY MR. LEACH:

01:27PM 10 Q.   GOOD AFTERNOON, MS. SPIVEY.  CAN YOU HEAR ME OKAY?

01:27PM 11 A.   YES.

01:27PM 12 Q.   WOULD YOU PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND AND

01:27PM 13 PROFESSIONAL BACKGROUND FOR US?

01:27PM 14 A.   YES.  I GOT MY UNDERGRADUATE DEGREE IN ACCOUNTING AT

01:28PM 15 CARLTON UNIVERSITY, AND I GRADUATED IN 1998, AND THEN I GOT MY

01:28PM 16 MBA AT THE UNIVERSITY OF ROCHESTER, GRADUATED IN 2005.

01:28PM 17 Q.   THANK YOU.  CARLTON UNIVERSITY.  IS THAT IN THE

01:28PM 18 UNITED STATES?

01:28PM 19 A.   IN OTTAWA, CANADA.

01:28PM 20 Q.   OTTAWA, CANADA.  OKAY.

01:28PM 21      AFTER RETAINING YOUR DEGREE FROM CARLTON UNIVERSITY, DID

01:28PM 22 YOU GO TO WORK?

01:28PM 23 A.   YES.  I WORKED AT DELOITTE HONG KONG.

01:28PM 24 Q.   DELOITTE HONG KONG.  WHAT IS THAT?

01:28PM 25 A.   DELOITTE IS A PUBLIC ACCOUNTING FIRM.

01:28PM   1    Q.   OKAY.  AND WHAT WERE YOUR -- WHAT WAS YOUR JOB

01:28PM   2    RESPONSIBILITY AT DELOITTE HONG KONG?

01:28PM   3    A.   I WAS A SENIOR AUDITOR WHEN I LEFT DELOITTE HONG KONG.

01:28PM   4    Q.   TELL ME A LITTLE BIT ABOUT THE RESPONSIBILITIES OF A

01:28PM   5    SENIOR AUDITOR AT A FIRM SUCH AS DELOITTE?

01:28PM   6    A.   IN GENERAL, MY ROLE WAS TO EXAMINE RECORDS AND DOCUMENTS

01:29PM   7    FROM OUR AUDIT CLIENTS AND TO MAKE SURE THAT THEY ARE FAIRLY

01:29PM   8    REPORTING THEIR FINANCIAL STATEMENTS.

01:29PM   9    Q.   WHEN YOU ARE WORKING FOR AN ACCOUNTING FIRM LIKE DELOITTE,

01:29PM   10   ARE YOU SOMEWHAT OUTSIDE OF THE COMPANY OR DO YOU WORK WITHIN

01:29PM   11   THE COMPANY?

01:29PM   12   A.   CAN YOU REPEAT THAT?

01:29PM   13   Q.   WHEN YOU'RE WITH DELOITTE, ARE YOU PART OF THE COMPANIES

01:29PM   14   THAT YOU'RE AUDITING OR ARE YOU SOMEWHAT SEPARATE AND MORE OF

01:29PM   15   AN ADVISOR?

01:29PM   16       DESCRIBE THAT ROLE FOR US, PLEASE, IF YOU COULD.

01:29PM   17   A.   YEAH.  SO I -- WHEN I WORKED AT DELOITTE, I WAS AN

01:29PM   18   EMPLOYEE AT DELOITTE, AND SO WE WERE INDEPENDENT FROM THE

01:29PM   19   COMPANY THAT WE AUDIT.

01:29PM   20   Q.   AND WHEN YOU'RE AUDITING A COMPANY SUCH AS DELOITTE, WHAT

01:29PM   21   TYPES OF DOCUMENTS ARE YOU REVIEWING?

01:29PM   22   A.   THAT WOULD BE INCLUDING THEIR GENERAL LEDGER, THEIR

01:30PM   23   INVOICES, THEIR PAYROLL RECORDS AND CUSTOMER CONTRACTS,

01:30PM   24   SOMETHING LIKE THAT.

01:30PM   25   Q.   AND TO WHAT END ARE YOU REVIEWING THESE DOCUMENTS?  WHY

01:30PM  1    WERE YOU REVIEWING THESE DOCUMENTS AS A SENIOR AUDITOR AT

01:30PM  2    DELOITTE?

01:30PM  3    A.   THIS IS TO VERIFY THAT WHAT THE CLIENT PRESENTED IN THEIR

01:30PM  4    FINANCIAL STATEMENTS WE HAVE WITH -- THEY HAVE THE PROPER

01:30PM  5    DOCUMENTS TO SUPPORT WHERE THE NUMBER IS COMING FROM AND THAT'S

01:30PM  6    FAIRLY PRESENTED.

01:30PM  7    Q.   AND AT THE END OF THE AUDIT THAT YOU'RE PERFORMING AS THE

01:30PM  8    SENIOR AUDITOR, WOULD DELOITTE RENDER OPINIONS ON THE FINANCIAL

01:30PM  9    STATEMENTS OF THE COMPANIES THAT IT WAS AUDITING?

01:30PM 10    A.   YES.

01:30PM 11    Q.   OKAY.  YOU TALKED A LITTLE BIT ABOUT FINANCIAL STATEMENTS.

01:30PM 12         CAN YOU -- FOR THOSE OF US WHO ARE NOT FAMILIAR WITH

01:30PM 13    FINANCIAL STATEMENTS THAT COMPANIES MIGHT HAVE, CAN YOU TALK

01:30PM 14    ABOUT SOME OF THE TRADITIONAL ONES THAT YOU MIGHT REVIEW?

01:30PM 15    A.   YES.  THAT WOULD INCLUDE A BALANCE SHEET WHICH STATED THE

01:31PM 16    COMPANY'S FINANCIAL STATUS AS OF ANY GIVEN DATE.  THAT INCLUDES

01:31PM 17    THEIR ASSET BALANCE, LIABILITIES, AND THEIR EQUITY.

01:31PM 18         ANOTHER ONE WOULD BE THEIR STATEMENT OF INCOME, AND THAT

01:31PM 19    WOULD -- THAT WOULD SHOW THEIR REVENUE AND EXPENSES OF THE

01:31PM 20    GIVEN PERIOD OF TIME FOR THE COMPANY.

01:31PM 21         AND THERE WOULD BE STATEMENT OF CASH FLOW, WHICH SHOWS

01:31PM 22    WHAT THE CASH IS COMING IN AND OUT, THE ACTIVITIES COMING IN

01:31PM 23    AND OUT OF THE COMPANY.

01:31PM 24         AND THEN THERE WOULD BE STATEMENT OF EQUITIES.

01:31PM 25    Q.   THANK YOU.

01:31PM   1           WHEN DID YOU LEAVE DELOITTE HONG KONG?

01:31PM   2     A.   IN 2003.

01:31PM   3     Q.   AND WHY DID YOU LEAVE DELOITTE HONG KONG?

01:31PM   4     A.   I WENT TO THE UNIVERSITY OF ROCHESTER TO GET MY MBA.

01:31PM   5     Q.   OKAY.  AND DID YOU SUCCEED IN GETTING YOUR MBA DEGREE?

01:31PM   6     A.   YES.

01:31PM   7     Q.   EXCELLENT.

01:31PM   8           DO YOU HOLD ANY PROFESSIONAL LICENSES?

01:32PM   9     A.   YES, I HAVE A CPA LICENSE.

01:32PM   10    Q.   AND WHAT IS A CPA LICENSE?

01:32PM   11    A.   IT'S CERTIFIED PUBLIC ACCOUNTANT.

01:32PM   12    Q.   AND WHAT DOES THAT LICENSE GIVE YOU AUTHORITY OR

01:32PM   13    PERMISSION TO DO?

01:32PM   14    A.   SO I CAN SIGN OFF ON OUR CLIENT'S ACCOUNTS IF I DECIDED TO

01:32PM   15    GO, LIKE, BE AN AUDITOR.

01:32PM   16    Q.   AND SO YOU OBTAINED YOUR MBA DEGREE FROM THE UNIVERSITY OF

01:32PM   17    ROCHESTER IN 2005.

01:32PM   18           WHAT DID YOU DO AFTER THAT?

01:32PM   19    A.   I JOINED DELOITTE'S SAN JOSE OFFICE.

01:32PM   20    Q.   DELOITTE'S SAN JOSE OFFICE HERE IN CALIFORNIA?

01:32PM   21    A.   CORRECT.

01:32PM   22    Q.   I SEE.  AND WHAT DID YOU DO FOR THEM?

01:32PM   23    A.   I WAS ALSO A SENIOR AUDITOR.

01:32PM   24    Q.   OKAY.  AND WERE YOU DOING WORK SIMILAR TO WHAT YOU WERE

01:32PM   25    DOING FOR DELOITTE IN HONG KONG?

01:32PM   1     A.   CORRECT.

01:32PM   2     Q.   AND WERE YOU DOING THAT FOR COMPANIES BASED HERE IN THE

01:32PM   3     UNITED STATES?

01:32PM   4     A.   CORRECT.

01:32PM   5     Q.   AND WERE YOU DOING THAT FOR PUBLIC COMPANIES, COMPANIES

01:32PM   6     WHO ARE TRADED ON THE STOCK MARKET?

01:32PM   7     A.   BOTH PUBLIC COMPANY AND PRIVATE COMPANY.

01:32PM   8     Q.   OKAY.  AND WHAT IS THE DIFFERENCE BETWEEN A PUBLIC COMPANY

01:33PM   9     AND A PRIVATE COMPANY IN YOUR MIND?

01:33PM   10    A.   FROM THE AUDIT PERSPECTIVE, THERE'S NOT MUCH DIFFERENCE.

01:33PM   11    WE PERFORM THE SAME PROCEDURES.

01:33PM   12    Q.   SO YOU REVIEW THE BALANCE SHEET?

01:33PM   13    A.   CORRECT.

01:33PM   14    Q.   DO YOU REVIEW THE INCOME STATEMENT?

01:33PM   15    A.   CORRECT.

01:33PM   16    Q.   AND DID YOU REVIEW STATEMENTS OF CASH FLOWS?

01:33PM   17    A.   YES.

01:33PM   18    Q.   OKAY.  HOW LONG WERE YOU WITH DELOITTE IN SAN JOSE?

01:33PM   19    A.   ABOUT ONE YEAR.

01:33PM   20    Q.   OKAY.  WHAT DID YOU DO AFTER THAT?

01:33PM   21    A.   I JOINED THERANOS.

01:33PM   22    Q.   OKAY.  AND WHAT YEAR WAS THAT?

01:33PM   23    A.   IN 2006.

01:33PM   24    Q.   AND WHAT WERE YOU ARE HIRED TO DO AT THERANOS IN 2006?

01:33PM   25    A.   I WAS HIRED AS A CORPORATE CONTROLLER.

01:33PM  1    Q.   AS A CORPORATE CONTROLLER?  AM I HEARING THAT RIGHT?

01:33PM  2    A.   YES.

01:33PM  3    Q.   WONDERFUL.  THANK YOU.

01:33PM  4         CAN YOU TELL US A LITTLE BIT ABOUT WHAT YOUR DUTIES WERE

01:33PM  5    AS THE CORPORATE CONTROLLER OF THERANOS?

01:34PM  6    A.   SO I MANAGE AND DIRECT ALL ASPECTS OF THE ACCOUNTING

01:34PM  7    OPERATIONS.  THAT WOULD INCLUDE PROCESSING INVOICES AND DESIGN

01:34PM  8    THE INTERNAL CONTROL, PREPARE THE FINANCIAL STATEMENTS, AND

01:34PM  9    HANDLE PAYROLL AND KEEPING TRACK OF THEIR EQUITY RECORDS.

01:34PM  10   Q.   OKAY.  YOU MENTIONED SOMETHING CALLED DESIGNING INTERNAL

01:34PM  11   CONTROLS.  WHAT DOES THAT MEAN?

01:34PM  12   A.   IT'S ACCOUNTING PROCESSES AND PROCEDURES AND MAKING SURE

01:34PM  13   WE HAVE CHECKS AND BALANCES IN PLACE.

01:34PM  14   Q.   AND DID I HEAR YOU SAY YOU PREPARED FINANCIAL STATEMENTS

01:34PM  15   WHILE THE CORPORATE CONTROLLER AT THERANOS?

01:34PM  16   A.   YES.

01:34PM  17   Q.   AND DID THAT INCLUDE BALANCE SHEETS?

01:34PM  18   A.   YES.

01:34PM  19   Q.   AND DID THAT INCLUDE INCOME STATEMENTS?

01:34PM  20   A.   YES.

01:34PM  21   Q.   AND DID THAT INCLUDE STATEMENTS OF CASH FLOW?

01:34PM  22   A.   YES.

01:34PM  23   Q.   YOU ALSO SAID THAT YOU DID WORK AROUND THE EQUITY.  CAN

01:35PM  24   YOU EXPLAIN FOR US WHAT YOU MEANT BY THAT?

01:35PM  25   A.   SO MOSTLY IT WOULD BE IF THE COMPANY GRANTS OPTION TO

01:35PM  1    EMPLOYEES, CONSULTING DIRECTORS, THEN I WOULD KEEP TRACK OF THE

01:35PM  2    NUMBER OF OPTIONS THAT WE GRANT AND THE VALUE THAT WE GRANT IT

01:35PM  3    AT AND THE DATE AND ALL OF THESE RECORDS OF OPTIONS.

01:35PM  4        I ALSO KEEP TRACK OF THE CAPITALIZATION SUMMARY FOR THE

01:35PM  5    COMPANY.  SO WHO -- THERE ARE SHAREHOLDERS WHO INVEST IN WHAT

01:35PM  6    SERIES OF THE PREFERRED STOCK.

01:35PM  7    Q.   I JUST WANT TO MAKE SURE THAT I'M TRACKING YOU,

01:35PM  8    MS. SPIVEY.  WHEN YOU SAY THE CAPITALIZATION RECORD, WHAT DO

01:35PM  9    YOU MEAN BY THAT?

01:35PM  10   A.   THAT MEANS THE NUMBER OF SHARES AND THE SHAREHOLDER IN

01:35PM  11   EACH CLASSIFICATION OF THE COMPANY STOCK.

01:35PM  12   Q.   AND YOU WERE RESPONSIBLE FOR KEEPING TRACK OF THAT?

01:35PM  13   A.   CORRECT.

01:36PM  14   Q.   HOW LONG DID YOU WORK AT THERANOS AS THE CORPORATE

01:36PM  15   CONTROLLER?

01:36PM  16   A.   FROM 2006 TO 2017.

01:36PM  17   Q.   WHY DID YOU LEAVE THERANOS IN MARCH OF 2017?

01:36PM  18   A.   THEY DECIDED TO OUTSOURCE THE ACCOUNTING FUNCTIONS, SO

01:36PM  19   THEY LAID OFF THE WHOLE ACCOUNTING TEAM.

01:36PM  20   Q.   WHEN YOU STARTED AS THE CORPORATE CONTROLLER OF THERANOS

01:36PM  21   IN 2006, WHO DID YOU REPORT TO?

01:36PM  22   A.   THE CFO AT THAT TIME.

01:36PM  23   Q.   CFO, IS THAT AN ACRONYM?

01:36PM  24   A.   YES.  IT'S CHIEF FINANCIAL OFFICER.

01:36PM  25   Q.   THE CHIEF FINANCIAL OFFICER?

01:36PM  1    A.   YES.

01:36PM  2    Q.   AND WHO WAS THE CHIEF FINANCIAL OFFICER AT THE TIME THAT

01:36PM  3    YOU STARTED AT THERANOS?

01:36PM  4    A.   HOWARD BAILEY.

01:36PM  5    Q.   HOW LONG DID YOU WORK UNDER MR. BAILEY?

01:36PM  6    A.   HE LEFT AFTER -- A FEW MONTHS AFTER I JOINED THE COMPANY.

01:36PM  7    Q.   A FEW MONTHS AFTER YOU JOINED?

01:36PM  8    A.   YES.

01:37PM  9    Q.   DO YOU HAVE ANY INSIGHT AS TO WHY MR. BAILEY LEFT THE

01:37PM  10   COMPANY?

01:37PM  11   A.   NO.

01:37PM  12   Q.   AND AFTER MR. BAILEY LEFT THERANOS, DID THERANOS REPLACE

01:37PM  13   HIM WITH A CHIEF FINANCIAL OFFICER?

01:37PM  14   A.   NO.

01:37PM  15   Q.   AFTER MR. BAILEY LEFT THE COMPANY, WHO DID YOU START

01:37PM  16   REPORTING TO?

01:37PM  17   A.   RIGHT AFTER HE LEFT, I STARTED REPORTING TO

01:37PM  18   ELIZABETH HOLMES.

01:37PM  19   Q.   AND FOR WHAT PERIOD OF TIME DID YOU REPORT TO MS. HOLMES?

01:37PM  20   A.   SO AFTER HOWARD BAILEY LEFT THE COMPANY, I STARTED

01:37PM  21   REPORTING TO ELIZABETH HOLMES.

01:37PM  22        AND SOMETIME IN 2007, THERE WAS A SENIOR FINANCE, OR

01:37PM  23   SENIOR DIRECTOR OF FINANCE, AND I REPORTED TO HER FOR ABOUT ONE

01:37PM  24   YEAR.  AND THEN SHE LEFT THE COMPANY, AND THEN I REPORT TO

01:38PM  25   ELIZABETH HOLMES AGAIN UNTIL I LEFT THE COMPANY.

01:38PM  1     Q.   SO AM I RIGHT THAT ROUGHLY THE TIME PERIOD 2008-2009 ALL

01:38PM  2     OF THE WAY TO YOUR DEPARTURE IN 2017, YOU REPORTED DIRECTLY TO

01:38PM  3     ELIZABETH HOLMES?

01:38PM  4     A.   YES.

01:38PM  5     Q.   IN BETWEEN THE TIME MR. BAILEY LEFT IN ROUGHLY 2007 UP

01:38PM  6     UNTIL THE TIME THAT YOU LEFT IN MARCH OF 2017, IN THAT TIME

01:38PM  7     PERIOD, DID THERANOS HIRE A CHIEF FINANCIAL OFFICER TO REPLACE

01:38PM  8     HIM?

01:38PM  9     A.   NO.

01:38PM  10    Q.   DID IT HIRE SOME FORM OF SENIOR DIRECTOR OF FINANCE LIKE

01:38PM  11    MS. SINGHAL WHO YOU MENTIONED?

01:38PM  12    A.   THAT'S THE ONLY ONE.

01:38PM  13    Q.   SHE'S THE ONLY EXAMPLE OF THAT?

01:38PM  14    A.   YES.

01:38PM  15    Q.   AND SHE LEFT SOMETIME IN 2007 OR 2008?

01:38PM  16    A.   CORRECT.

01:38PM  17    Q.   AND WERE YOU THE MOST SENIOR FINANCIAL OFFICER WITHIN

01:38PM  18    THERANOS FROM ROUGHLY 2008 UP UNTIL 2017?

01:39PM  19    A.   SORRY.  LET ME BACKTRACK A LITTLE BIT.

01:39PM  20    Q.   SURE.

01:39PM  21    A.   BECAUSE I THINK IN 2016 THE COMPANY HAS AN INTERIM CFO.

01:39PM  22    Q.   OKAY.  I DIDN'T MEAN TO INTERRUPT YOU.  THANK YOU FOR

01:39PM  23    POINTING THAT OUT.

01:39PM  24         LET ME ASK A BETTER QUESTION.  UP UNTIL THIS TIME PERIOD

01:39PM  25    IN ROUGHLY 2016, BETWEEN -- FROM 2008 UNTIL THAT POINT, WERE

01:39PM  1    YOU THE MOST SENIOR FINANCE OFFICER WITHIN THERANOS?

01:39PM  2    A.   YES.

01:39PM  3    Q.   AND I THINK YOU MENTIONED, DID YOUR DUTIES INCLUDE

01:39PM  4    PREPARING FINANCIAL STATEMENTS?

01:39PM  5    A.   YES.

01:39PM  6    Q.   DID YOUR DUTIES ENSURE, ENSURING THAT TRANSACTIONS WERE

01:39PM  7    APPROPRIATELY ENTERED INTO THE FINANCIAL SYSTEM?

01:39PM  8    A.   YES.

01:39PM  9    Q.   AND WHAT FINANCIAL SYSTEM DID THERANOS USE DURING YOUR

01:39PM  10   TENURE AS CORPORATE CONTROLLER?

01:39PM  11   A.   QAD.  QAD.

01:40PM  12   Q.   HOW REGULARLY DID YOU INTERACT WITH THE DEFENDANT WHEN YOU

01:40PM  13   WERE THE CORPORATE CONTROLLER?

01:40PM  14   A.   IT'S NOT REGULAR.

01:40PM  15   Q.   DID YOU MEET WITH HER WEEKLY?

01:40PM  16   A.   IT'S NOT REGULAR.  SOMETIMES IT'S WEEKLY.  IT MAY BE

01:40PM  17   BIWEEKLY.  SOMETHING LIKE THAT.

01:40PM  18   Q.   SO IT VARIED?  IS THAT WHAT YOU'RE SAYING?

01:40PM  19   A.   YES.

01:40PM  20   Q.   AND SOMETIMES IT WAS WEEKLY?

01:40PM  21   A.   RIGHT.

01:40PM  22   Q.   AND SOMETIMES IT WAS MORE THAN THAT?  SOMETIMES IT WAS

01:40PM  23   LESS THAN THAT?

01:40PM  24   A.   RIGHT.

01:40PM  25   Q.   DID YOU REGULARLY PROVIDE MS. HOLMES WITH DOCUMENTS

01:40PM 1    SUMMARIZING THE COMPANY'S FINANCIAL CONDITION?

01:40PM 2    A.   YES.

01:40PM 3    Q.   DID YOU REGULARLY PROVIDE MS. HOLMES WITH DOCUMENTS

01:40PM 4    SUMMARIZING THE COMPANY'S CASH POSITION?

01:40PM 5    A.   YES.

01:40PM 6    Q.   OKAY.  WAS IT PART OF YOUR JOB TO MAKE SURE THAT

01:40PM 7    MS. HOLMES WAS AWARE OF THE FINANCIAL STATE OF THE COMPANY?

01:40PM 8    A.   YES.

01:40PM 9    Q.   WHEN YOU JOINED THERANOS IN 2006, DID THERANOS HAVE AN

01:41PM 10   OUTSIDE AUDITOR?

01:41PM 11   A.   YES.

01:41PM 12   Q.   WHO WAS THE OUTSIDE AUDITOR?

01:41PM 13   A.   AT THE TIME I JOINED, IT WAS ERNST & YOUNG.

01:41PM 14   Q.   WHAT IS ERNST & YOUNG?

01:41PM 15   A.   ERNST & YOUNG IS A PUBLIC ACCOUNTING FIRM.

01:41PM 16   Q.   ARE THEY A COMPETITOR OF DELOITTE'S?

01:41PM 17   A.   YES.

01:41PM 18        (LAUGHTER.)

01:41PM 19   BY MR. LEACH:

01:41PM 20   Q.   ARE THERE FOUR BIG FIRM -- OR ARE THERE SOMETHING KNOWN AS

01:41PM 21   THE BIG FOUR ACCOUNTING FIRMS IN THE UNITED STATES?

01:41PM 22   A.   YES.

01:41PM 23   Q.   AND IS DELOITTE ONE OF THEM?

01:41PM 24   A.   YES.

01:41PM 25   Q.   AND IS ERNST & YOUNG ONE OF THEM?

01:41PM   1      A.   YES.

01:41PM   2      Q.   AND I USED THAT TERM "OUTSIDE AUDITOR."  EXPLAIN FOR US

01:41PM   3      AGAIN, WHAT IS AN OUTSIDE AUDITOR?  WHAT WAS ERNST & YOUNG

01:41PM   4      DOING FOR THERANOS?

01:41PM   5      A.   SO THEY WERE THERE TO, SIMILAR TO WHAT I DID AT DELOITTE.

01:41PM   6      SO THEY EXAMINED THE ACCOUNTING RECORDS TO MAKE SURE THAT WHAT

01:42PM   7      WE PRESENTED TO -- THAT THE FINANCIAL STATEMENT THAT WE

01:42PM   8      PRESENTED TO THEM WAS FAIRLY STATED.

01:42PM   9      Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

01:42PM  10      FINANCIAL STATEMENTS FOR THE YEAR 2006?

01:42PM  11      A.   YES.

01:42PM  12      Q.   ERNST & YOUNG WAS ABLE TO COME TO AN OPINION AND SAY THESE

01:42PM  13      ARE CORRECT IN ALL MATERIAL RESPECTS; IS THAT RIGHT?

01:42PM  14      A.   CORRECT.

01:42PM  15      Q.   AND DID ERNST & YOUNG GIVE AN OPINION ON THERANOS'S

01:42PM  16      FINANCIAL STATEMENTS IN 2007?

01:42PM  17      A.   YES.

01:42PM  18      Q.   AND HOW ABOUT 2008?

01:42PM  19      A.   THEY DID.

01:42PM  20      Q.   OKAY.  HOW ABOUT 2009?

01:42PM  21      A.   THEY WERE NO LONGER THE AUDITOR FOR THERANOS.

01:42PM  22      Q.   OKAY.  IN 2009, DID THERANOS STOP USING ERNST & YOUNG?

01:42PM  23      A.   YES.

01:42PM  24      Q.   AND DID YOU HAVE ANY ROLE IN DECIDING TO NO LONGER ENGAGE

01:42PM  25      ERNST & YOUNG?

01:42PM 1    A.   NO.

01:42PM 2    Q.   DID THERANOS START USING A NEW AUDITOR AT THAT POINT IN

01:43PM 3    TIME?

01:43PM 4    A.   YES.   THERANOS ENGAGED KPMG.

01:43PM 5    Q.   IS THAT ANOTHER ONE OF THE BIG FOUR?

01:43PM 6    A.   YES.

01:43PM 7    Q.   AND DID YOU WORK WITH KPMG AUDITORS DURING THE TIME PERIOD

01:43PM 8    2009 TO 2015?

01:43PM 9    A.   YES.

01:43PM 10   Q.   OKAY.   AT ANY POINT IN TIME, DID KPMG RENDER AN OPINION ON

01:43PM 11   THERANOS'S 2009 FINANCIAL STATEMENTS?

01:43PM 12   A.   NO.

01:43PM 13   Q.   WHY DID KPMG NOT RENDER AN OPINION ON THERANOS'S 2009

01:43PM 14   FINANCIAL STATEMENTS?

01:43PM 15   A.   SO THEY REVIEWED IT, THE FINANCIAL STATEMENTS FOR 2009,

01:43PM 16   AND BECAUSE OF THE TIMING, IT WAS ALREADY TOWARDS THE END OF

01:43PM 17   2010, AND SO THEY DECIDED TO AUDIT THE FINANCIAL STATEMENT FOR

01:43PM 18   2010 SO THAT THEY CAN ISSUE ONE FINANCIAL STATEMENT FOR BOTH

01:43PM 19   YEARS.

01:43PM 20   Q.   OKAY.   SO KPMG EXPRESSED A DESIRE TO RENDER AN OPINION ON

01:44PM 21   TWO YEARS OF FINANCIAL STATEMENTS GIVEN THE TIMING OF THE

01:44PM 22   ENGAGEMENT?

01:44PM 23   A.   CORRECT.

01:44PM 24   Q.   OKAY.   DID KPMG EVER RENDER AN OPINION ON THE 2010

01:44PM 25   FINANCIAL STATEMENTS?

01:44PM   1     A.   NO.

01:44PM   2     Q.   AND WHY WAS THAT?

01:44PM   3     A.   MY RECOLLECTION OF THAT IS THAT THERE'S SOME ISSUES WITH

01:44PM   4     THE OPTION VALUATION.

01:44PM   5     Q.   WHEN YOU SAY THERE WAS AN ISSUE WITH THE OPTION VALUATION,

01:44PM   6     WHAT DO YOU MEAN BY THAT?

01:44PM   7     A.   SO THERANOS GRANTED SOME OPTION IN MAY OF 2010, AND THEN

01:44PM   8     IN 2000 -- OR IN JULY OF 2010, THERANOS HAS A NEW ROUND OF

01:44PM   9     FINANCING.

01:44PM  10          SO KPMG SAID, WOULD THE FAIR MARKET -- OR THE VALUE THAT

01:44PM  11     WE GRANTED THE OPTION AT IN MAY OF 2010 WAS TOO LOW BECAUSE

01:45PM  12     WE -- THE COMPANY SHOULD HAVE TAKEN INTO ACCOUNT THE FUNDING

01:45PM  13     FROM THE FINANCING.

01:45PM  14     Q.   WHEN YOU SAY THERE WAS A FUNDING BY FINANCING IN THE

01:45PM  15     JULY 2010 TIME PERIOD, DOES THAT MEAN THERANOS RAISED MONEY

01:45PM  16     FROM INVESTORS?

01:45PM  17     A.   YES.

01:45PM  18     Q.   AT A PARTICULAR PRICE PER SHARE.  IS THAT FAIR?

01:45PM  19     A.   YES.

01:45PM  20     Q.   OKAY.  AND THERANOS HAD GRANTED SOME STOCK OPTIONS BEFORE

01:45PM  21     THAT FINANCING?  IS THAT WHAT YOU'RE SAYING?

01:45PM  22     A.   YES.

01:45PM  23     Q.   OKAY.  WHO HAD THERANOS GRANTED THOSE OPTIONS TO?

01:45PM  24     A.   IN MAY IT WAS GRANTED TO ELIZABETH HOLMES, AND THEN

01:45PM  25     THERE'S ALSO SOME FOR A LIST OF EMPLOYEES.

SPIVEY DIRECT BY MR. LEACH

01:45PM 1    Q.   AND WHEN YOU SAY "GRANTED OPTIONS," WHAT DO YOU MEAN BY

01:45PM 2    THAT.

01:45PM 3         LET ME ASK A BETTER QUESTION.  WHAT IS A STOCK OPTION?

01:46PM 4    A.   A STOCK OPTION IS GIVING THE EMPLOYEES OR THE OPTIONEE,

01:46PM 5    WHOEVER THAT WAS, AN OPTION TO BUY THE COMPANY STOCK AT A GIVEN

01:46PM 6    PRICE.

01:46PM 7    Q.   SO THERANOS HAD GRANTED AN OPTION TO MS. HOLMES AT A

01:46PM 8    PARTICULAR PRICE TO BUY THE SHARES, AND THEN LATER IT HAD A

01:46PM 9    FINANCING AT A DIFFERENT PRICE?

01:46PM 10        WAS THAT WHAT WAS CAUSING THE ISSUE?

01:46PM 11   A.   SO WHEN THE PRICE WAS -- WHEN THE OPTION WAS GRANTED IN

01:46PM 12   MAY, BECAUSE THERE WAS NO -- THERE'S NO SUCH FINANCING, SO THE

01:46PM 13   COMPANY'S FINANCIAL POSITION WOULD DICTATE THAT THE VALUE OF

01:46PM 14   THE COMPANY AT THAT TIME WOULD BE LOW.

01:46PM 15        AND BECAUSE OF THE FINANCING, THEN THE COMPANY'S FINANCIAL

01:46PM 16   POSITION WOULD HAVE IMPROVED AND THE VALUE OF THE COMPANY WOULD

01:46PM 17   HAVE INCREASED.

01:46PM 18   Q.   AND KPMG FELT WHAT ABOUT THIS?  WHAT DID THEY SAY TO YOU?

01:47PM 19   A.   AND KPMG FELT THAT THE OPTION GRANTED SHOULD HAVE

01:47PM 20   REFLECTED THE VALUE OF THE FINANCING, SO IT SHOULD HAVE BEEN

01:47PM 21   HIGHER.

01:47PM 22   Q.   SO WAS THIS ISSUE ABOUT THE STOCK OPTION VALUATION EVER

01:47PM 23   RESOLVED WITH KPMG?

01:47PM 24   A.   NO.

01:47PM 25   Q.   DID IT EVER RENDER AN OPINION ON THERANOS'S 2009 OR 2010

01:47PM  1    FINANCIAL STATEMENTS?

01:47PM  2    A.    NO.

01:47PM  3    Q.    HOW ABOUT IN 2011?  DID KPMG RENDER AN OPINION ON THE

01:47PM  4    FINANCIAL STATEMENTS FOR THAT YEAR?

01:47PM  5    A.    NO.

01:47PM  6    Q.    HOW ABOUT 2012?

01:47PM  7    A.    NO.

01:47PM  8    Q.    HOW ABOUT 2013?

01:47PM  9    A.    NO.

01:47PM  10   Q.    HOW ABOUT 2014?

01:47PM  11   A.    NO.

01:47PM  12   Q.    2015?

01:47PM  13   A.    NO.

01:47PM  14   Q.    AND YOU CONTINUED TO WORK WITH KPMG AUDITORS THROUGHOUT

01:47PM  15   THAT TIME PERIOD, BUT FROM 2009 TO 2015, THEY NEVER RENDERED AN

01:47PM  16   OPINION ON THERANOS'S FINANCIAL STATEMENTS?

01:48PM  17   A.    CORRECT.

01:48PM  18   Q.    OKAY.  WAS THAT UNUSUAL IN YOUR EXPERIENCE?

01:48PM  19   A.    YES.

01:48PM  20   Q.    HOW SO?

01:48PM  21   A.    USUALLY A COMPANY, FOR A PRIVATE COMPANY OR A SMALLER

01:48PM  22   PRIVATE COMPANY, WE USUALLY HAVE A FINANCIAL STATEMENT, AN

01:48PM  23   AUDITED FINANCIAL STATEMENT ONCE A YEAR.

01:48PM  24   Q.    AND WHAT ARE THE BENEFITS OF THE COMPANY OF HAVING AN

01:48PM  25   AUDITED FINANCIAL STATEMENT AS OPPOSED TO JUST THEIR OWN

01:48PM 1    FINANCIAL STATEMENTS?

01:48PM 2    A.   IT GIVES CREDIBILITY.

01:48PM 3    Q.   THE AUDIT OPINION GIVES CREDIBILITY?

01:48PM 4    A.   CORRECT.

01:48PM 5    Q.   OKAY.  I'D LIKE TO FOCUS YOUR ATTENTION, MS. SPIVEY, IF WE

01:48PM 6    COULD, ON THE TIME PERIOD OF 2009.

01:48PM 7         YOU WERE THE CORPORATE CONTROLLER IN THAT TIME PERIOD?

01:48PM 8    A.   YES.

01:48PM 9    Q.   AS THE CORPORATE CONTROLLER, WERE YOU FAMILIAR WITH THE

01:48PM 10   COMPANY'S CASH POSITION IN EARLY 2009?

01:48PM 11   A.   YES.

01:48PM 12   Q.   HOW WOULD YOU DESCRIBE THE COMPANY'S CASH POSITION FOR US

01:49PM 13   IN EARLY 2009?

01:49PM 14   A.   THE COMPANY HAD PROBLEMS, OR ISSUES, WITH PAYING VENDOR AT

01:49PM 15   THAT TIME.

01:49PM 16   Q.   WHEN YOU SAY "THE COMPANY HAD PROBLEMS OR ISSUES PAYING

01:49PM 17   VENDORS AT THAT POINT IN TIME," WHAT DO YOU MEAN?

01:49PM 18   A.   SO DURING THAT, DURING THAT PERIOD, SO WE WOULD -- DURING

01:49PM 19   OUR NORMAL COURSE OF BUSINESS WE BUY, WE BUY SUPPLIES, WE BUY

01:49PM 20   EQUIPMENTS, WE BUY, YOU KNOW -- OR WE HAVE TO PAY RENT AND

01:49PM 21   SOMETHING LIKE THAT, AND WE USUALLY HAVE CREDIT TERMS LIKE THE

01:49PM 22   VENDOR WOULD GIVE US 30 DAYS OR 60 DAYS TO PAY THE BILL.

01:49PM 23        BUT WHEN THAT BILL COMES DUE SOMETIMES DURING THIS FIRST

01:49PM 24   HALF OF 2009, AND SOMETIMES I -- WE JUST DO NOT HAVE THE CASH

01:50PM 25   TO PAY ALL OF THEM ON TIME, SO I WOULD HAVE TO PICK AND CHOOSE

01:50PM   1    WHICH ONE WE WANT TO PAY FIRST.

01:50PM   2    Q.   SO YOU WERE PICKING AND CHOOSING WHICH VENDORS THERANOS

01:50PM   3    WOULD PAY IN THIS EARLY 2009 TIME PERIOD?

01:50PM   4    A.   CORRECT.

01:50PM   5    Q.   DID YOU HAVE DISCUSSIONS WITH MS. HOLMES ABOUT THE

01:50PM   6    COMPANY'S CASH POSITION IN EARLY 2009?

01:50PM   7    A.   YES.

01:50PM   8    Q.   AT A HIGH LEVEL, WHAT WAS THE SUBSTANCE OF THOSE

01:50PM   9    DISCUSSIONS?

01:50PM  10    A.   I LET HER KNOW THAT WE WOULD NOT BE ABLE TO PAY ALL OF THE

01:50PM  11    VENDORS AND IN ONE INSTANCE THAT I ALSO TOLD HER THAT WE

01:50PM  12    WOULDN'T, YOU KNOW -- I ALSO SUGGEST TO HER THAT WE MAY HAVE TO

01:50PM  13    WITHHOLD HER PAYROLL SO THAT WE COULD PAY A FEW MORE VENDOR

01:50PM  14    WITH THE MONEY.

01:50PM  15        AND THERE'S ALSO A SITUATION THAT WE HAVE TO CONTACT THE

01:50PM  16    BANKER TO CLEAR A CHECK SO THAT WE CAN MAKE THE NEXT PAYROLL.

01:51PM  17    Q.   WHEN YOU SAY "WE HAD TO CONTACT A BANKER TO MAKE SURE THAT

01:51PM  18    WE WOULD MAKE THE NEXT PAYROLL," WHAT DO YOU MEAN?  TELL US

01:51PM  19    WHAT HAPPENED.

01:51PM  20    A.   SO FOR THAT TIME I ALREADY SUBMITTED THE PAYROLL RECORD,

01:51PM  21    AND SO THE NEXT DAY WE NEED TO HAVE MONEY IN THE BANK ACCOUNT

01:51PM  22    FOR THAT -- FOR THE PAYROLL COMPANY TO DRAW THE FUND TO PAY OUR

01:51PM  23    EMPLOYEES.

01:51PM  24        AND THEN WE FIND OUT THAT THE BANK DID NOT CLEAR THE CHECK

01:51PM  25    BECAUSE THEY HAVE TO HOLD THE CHECK FOR A CERTAIN PERIOD OF

01:51PM   1    TIME WHEN WE DON'T HAVE OUR MONEY IN THE BANK ACCOUNT TO

01:51PM   2    SUPPORT THAT.

01:51PM   3         AND SO I BROUGHT THAT UP TO ELIZABETH HOLMES, AND WE WERE

01:51PM   4    IN A CONFERENCE ROOM TOGETHER, AND WE CALLED THE BANKER AND

01:51PM   5    TRIED TO CONVINCE HIM TO LET THAT GO ONE TIME WITHOUT A WAITING

01:51PM   6    PERIOD, AND HE REFUSED TO DO THAT.

01:52PM   7         SO I HAVE TO CONTACT THE -- OUR CUSTOMER WHO CUT THE CHECK

01:52PM   8    TO US, AND I HAVE TO CONTACT THE CUSTOMER AND HAVE HER CONTACT

01:52PM   9    THE BANKER TO PROVE THAT THEY -- THE ACTUAL -- THE CHECK WILL

01:52PM  10    BE CLEARED AS A LEGITIMATE CHECK.

01:52PM  11    Q.   WAS MS. HOLMES AWARE THAT YOU WERE DOING THAT?

01:52PM  12    A.   YES.  WE WERE IN THE CONFERENCE ROOM TOGETHER.

01:52PM  13    Q.   OKAY.  AND WAS ALL OF THIS AS PART OF AN EFFORT TO MAKE

01:52PM  14    SURE THAT THERANOS COULD PAY ITS EMPLOYEES AND MEET ITS

01:52PM  15    PAYROLL?

01:52PM  16    A.   YES.

01:52PM  17    Q.   LET ME MOVE FORWARD IN TIME IN 2009.  AT SOME POINT IN

01:52PM  18    2009 DID THE COMPANY RECEIVE SOME FORM OF LOAN THAT ALLEVIATED

01:52PM  19    SOME OF ITS CASH PROBLEMS?

01:52PM  20    A.   YES, AND THEN WE WERE ABLE TO GET A LOAN FROM FIDELITY.

01:52PM  21    Q.   WAS THAT -- WHAT IS FIDELITY?

01:52PM  22    A.   FIDELITY IS AN INVESTMENT BANK.

01:52PM  23    Q.   AND WAS THIS LOAN FROM FIDELITY SECURED IN ANY WAY OR DID

01:53PM  24    SOMEONE ASSIST ENABLING FIDELITY TO LOAN THAT TO THE COMPANY?

01:53PM  25    A.   YES.  MY UNDERSTANDING WAS THAT SUNNY BALWANI USED HIS

01:53PM   1      PERSONAL FUNDS TO GUARANTEE OR USED THIS AS A COLLATERAL SO

01:53PM   2      THAT THERANOS COULD DRAW THE LOAN.

01:53PM   3      Q.   AND DID YOU TESTIFY EARLIER THAT SOME TIME IN 2010

01:53PM   4      THERANOS RAISED MONEY FROM INVESTORS?

01:53PM   5      A.   YES.

01:53PM   6      Q.   AND DO YOU RECALL APPROXIMATELY HOW MUCH MONEY THERANOS

01:53PM   7      RAISED FROM INVESTORS IN 2010?

01:53PM   8      A.   IT'S 45 MILLION.

01:53PM   9      Q.   I'D LIKE TO DRAW YOUR ATTENTION, MS. SPIVEY, TO A DOCUMENT

01:53PM  10      THAT WE'VE MARKED AS EXHIBIT 758.

01:53PM  11           MS. HOLLIMAN, IF YOU COULD CALL THAT UP FOR THE WITNESS

01:54PM  12      ONLY.

01:54PM  13               THE CLERK:  WE CAN'T DO THAT, YOUR HONOR.

01:54PM  14           (DISCUSSION OFF THE RECORD.)

01:54PM  15               MR. LEACH:  YOUR HONOR, IS IT THE COURT'S PREFERENCE

01:54PM  16      THAT WE USE THE ELECTRONIC COPY OR A HARD COPY?

01:54PM  17               THE COURT:  ARE WE ABLE TO CALL IT UP JUST FOR THE

01:54PM  18      WITNESS?

01:54PM  19           (DISCUSSION OFF THE RECORD.)

01:54PM  20               THE COURT:  WE'LL NEED TO USE A HARD COPY IF YOU

01:54PM  21      HAVE ONE.  I'M SORRY.

01:54PM  22               MR. LEACH:  OKAY.  MAY I APPROACH THE WITNESS,

01:54PM  23      YOUR HONOR?

01:54PM  24               THE COURT:  OF COURSE.

01:54PM  25               MR. LEACH:  (HANDING.)

01:54PM 1          (DISCUSSION OFF THE RECORD.)

01:54PM 2              MR. LEACH:  YOUR HONOR, I THINK THE WITNESS IS

01:54PM 3  REQUESTING TO TAKE THE FACE SHIELD OFF BECAUSE IT'S GETTING

01:54PM 4  BLURRY.

01:54PM 5              THE COURT:  IT'S GETTING FOGGY?

01:54PM 6              THE WITNESS:  NO.  I CANNOT SEE.

01:54PM 7              THE COURT:  OH, WITH THE MASK.

01:54PM 8              THE WITNESS:  WITH THIS THING.

01:54PM 9              THE COURT:  THANK YOU.  I THINK WE HAVE AN AIR

01:55PM 10  FILTER ON BELOW YOU; IS THAT CORRECT?

01:55PM 11             THE WITNESS:  YES.

01:55PM 12             THE COURT:  YES.  YOU CAN TAKE THAT OFF.  THANK YOU.

01:55PM 13             THE WITNESS:  THANK YOU.

01:55PM 14  BY MR. LEACH:

01:55PM 15  Q.   IS THAT BETTER, MS. SPIVEY?

01:55PM 16  A.   YES.

01:55PM 17  Q.   THANK YOU FOR DRAWING THAT TO OUR ATTENTION.

01:55PM 18      I'D LIKE TO DRAW YOUR ATTENTION TO WHAT IS IN THE BINDER

01:55PM 19  AS EXHIBIT 578.

01:55PM 20      IS THIS A TRUE AND CORRECT COPY OF AN EMAIL THAT YOU SENT

01:55PM 21  TO KPMG IN 2012 ATTACHING CERTAIN FINANCIAL INFORMATION FOR

01:55PM 22  THERANOS?

01:55PM 23  A.   YES.

01:55PM 24  Q.   AND AT THIS TIME WAS KPMG ENGAGED BY THERANOS TO ATTEMPT

01:55PM 25  TO AUDIT THE RECORDS OF THERANOS?

01:55PM 1    A.   YES.

01:55PM 2    Q.   AND FOR THE ATTACHMENT, WAS THIS PREPARED IN THE ORDINARY

01:55PM 3    COURSE OF THERANOS'S BUSINESS?

01:56PM 4    A.   YES.

01:56PM 5    Q.   WAS IT PREPARED FROM RECORDS MAINTAINED IN THE REGULAR

01:56PM 6    COURSE OF THERANOS BUSINESS?

01:56PM 7    A.   YES.

01:56PM 8         MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 578 INTO

01:56PM 9    EVIDENCE.

01:56PM 10        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:56PM 11        THE COURT:  IT'S ADMITTED.

01:56PM 12   WOULD YOU LIKE TO PUBLISH IT?

01:56PM 13        MR. LEACH:  YES, IF WE COULD PUBLISH IT.

01:56PM 14        THE COURT:  IT WILL BE PUBLISHED AT THIS TIME.

01:56PM 15   (GOVERNMENT'S EXHIBIT 578 WAS RECEIVED IN EVIDENCE.)

01:56PM 16   BY MR. LEACH:

01:56PM 17   Q.   MS. SPIVEY, I SEE AT THE TOP OF THIS DOCUMENT THE NAME

01:56PM 18   DANISE YAM.

01:56PM 19        WAS THAT THE NAME THAT YOU USED WHILE AT THERANOS?

01:56PM 20   A.   YES.

01:56PM 21   Q.   SO AS WE'RE LOOKING THROUGH SOME OF YOUR THERANOS RECORDS

01:56PM 22   IN YOUR EXAMINATION, WILL IT CONSISTENTLY BE DANISE YAM?

01:56PM 23   A.   YES.

01:56PM 24   Q.   OKAY.  AND THIS IS IN 2012 YOU'RE SENDING SOME 2010

01:56PM 25   FINANCIAL INFORMATION TO KPMG; IS THAT CORRECT?

01:56PM  1    A.   YES.

01:56PM  2    Q.   OKAY.  COULD WE PLEASE LOOK AT THE ATTACHMENT.

01:57PM  3         MS. SPIVEY, UP IN THE LEFT-HAND CORNER IT SAYS

01:57PM  4    THERANOS INC. YE 12/31/2011 TRIAL BALANCE.

01:57PM  5         DO YOU SEE THAT?

01:57PM  6    A.   YES.

01:57PM  7    Q.   AND WHAT DOES YE STAND FOR?

01:57PM  8    A.   YEAR END.

01:57PM  9    Q.   AND TRIAL BALANCE, WHAT IS THAT?

01:57PM 10    A.   IT'S THE COMPANY, IT'S THE COMPANY FINANCIAL BALANCE OF

01:57PM 11    EACH ACCOUNT THAT IS INCLUDING ALL OF THE FINANCIAL ACCOUNTS

01:57PM 12    INCLUDING THE ASSETS AND LIABILITY AND INCOME AND EXPENSES AND

01:57PM 13    EQUITY.

01:58PM 14    Q.   AND WAS THE TRIAL BALANCE SOMETHING THAT YOU MAINTAINED IN

01:58PM 15    THE ORDINARY COURSE OF YOUR BUSINESS?

01:58PM 16    A.   YES.

01:58PM 17    Q.   AND WAS THAT AN IMPORTANT DOCUMENT FOR YOU IN MAINTAINING

01:58PM 18    THERANOS'S FINANCIAL RECORDS?

01:58PM 19    A.   YES.

01:58PM 20    Q.   OKAY.  I DRAW YOUR ATTENTION DOWN TO THE LEFT PORTION OF

01:58PM 21    THE SCREEN THERE'S SOME TABS IN THE EXCEL FILE.  ONE SAYS TB.

01:58PM 22         IS THAT AN ABBREVIATION FOR TRIAL BALANCE?

01:58PM 23    A.   YES.

01:58PM 24    Q.   AND TO THE RIGHT IT SAYS 2-BS.  ARE YOU ABLE TO SEE THAT?

01:58PM 25    A.   YES.

01:58PM 1    Q.    AND WHAT DOES THAT REFER TO?

01:58PM 2    A.    BALANCE SHEETS.

01:58PM 3    Q.    THERE'S ALSO ONE 3-IS.  WHAT IS THAT?

01:58PM 4    A.    INCOME STATEMENTS.

01:58PM 5    Q.    THAT'S THE FINANCIAL STATEMENT THAT MEASURES REVENUE LESS

01:58PM 6    EXPENSES FOR A PARTICULAR PERIOD?

01:58PM 7    A.    YES.  SORRY, YES.

01:58PM 8    Q.    AND THEN TO THE RIGHT PL BY GROUP.  WHAT DOES THAT MEAN?

01:58PM 9    A.    PROFIT AND LOSS BY GROUP.

01:58PM 10   Q.    AND THEN IS QAD.  QAD IS YOUR ACCOUNTING SYSTEM?

01:59PM 11   A.    YES.

01:59PM 12   Q.    AND I'D LIKE TO FOCUS ON THE TAB 3-IS IF WE COULD.

01:59PM 13            THE COURT:  SO, MR. LEACH, WE'RE ABOUT 2:00 O'CLOCK

01:59PM 14   RIGHT NOW.  ARE YOU GOING TO -- DO YOU INTEND TO GO THROUGH

01:59PM 15   SOMETHING?  IS THIS A GOOD TIME TO BREAK OR DO YOU WANT TO ASK

01:59PM 16   A COUPLE OF INITIAL QUESTIONS?

01:59PM 17            MR. LEACH:  I HAVE SOMEWHERE ABOUT FIVE TO TEN

01:59PM 18   INITIAL QUESTIONS ABOUT THIS TAB AND NOT THE OTHERS.

01:59PM 19            THE COURT:  WHY DON'T WE DO THAT AND JUST EXHAUST

01:59PM 20   THOSE.

01:59PM 21      LADIES AND GENTLEMEN, WE'RE GOING TO TAKE A FEW MINUTES TO

01:59PM 22   ALLOW MR. LEACH TO EXAMINE THIS TOPIC, AND THEN WE'LL BREAK FOR

01:59PM 23   THE DAY.

01:59PM 24   BY MR. LEACH:

01:59PM 25   Q.    WERE YOU INTENDING BY THIS EXCEL SPREADSHEET, MS. YAM, TO

01:59PM  1    PROVIDE ACCURATE INFORMATION TO KPMG ABOUT THERANOS'S INCOME

01:59PM  2    STATEMENT FOR 2009, 2010, AND 2011?

01:59PM  3    A.   YES.

01:59PM  4    Q.   WHAT WAS THERANOS'S REVENUE FOR 2009?

01:59PM  5    A.   IT WAS $2,793,846.

02:00PM  6    Q.   AND WAS THERANOS'S REVENUE FOR 2010 $1,401,305?

02:00PM  7    A.   YES.

02:00PM  8    Q.   AND WAS THERANOS'S REVENUE FOR 2011 $518,248?

02:00PM  9    A.   YES.

02:00PM  10   Q.   AND IF WE SCROLL DOWN IN THE COLUMN B FOR THE INCOME

02:00PM  11   STATEMENT THERE'S A LINE FOR NET LOSS.

02:00PM  12       DO YOU SEE THAT?

02:00PM  13   A.   YES.

02:00PM  14   Q.   AND WHAT IS THE NET LOSS?

02:00PM  15   A.   THAT'S THE REVENUE AFTER SUBTRACTING FOR ALL OF THE

02:00PM  16   EXPENSES, AND THAT'S WHAT THE COMPANY BASICALLY WAS LOSING FOR

02:00PM  17   THAT YEAR.

02:00PM  18       MR. LEACH:  YOUR HONOR, THIS IS A CONVENIENT

02:00PM  19   STOPPING POINT?

02:00PM  20       THE COURT:  ALL RIGHT.  WE WILL BREAK NOW.

02:00PM  21   MS. SPIVEY, WE'RE GOING TO ASK YOU TO RETURN FRIDAY,

02:01PM  22   FRIDAY, IF YOU COULD BE HERE, WE'LL CONTINUE WITH YOUR

02:01PM  23   TESTIMONY AT 9:00 A.M., PLEASE.  SO IF YOU COULD PLEASE BE

02:01PM  24   AVAILABLE AND BE AVAILABLE IN THE COURTHOUSE.

02:01PM  25       YOU CAN STAND DOWN NOW.  THANK YOU.  JUST LEAVE THAT

02:01PM 1    THERE.

02:01PM 2                    THE WITNESS:  OKAY.

02:01PM 3                    THE COURT:  THANK YOU.

02:01PM 4                    THE WITNESS:  THANK YOU.

02:01PM 5                    THE COURT:  LADIES AND GENTLEMEN, WE'RE GOING TO

02:01PM 6    RECESS FOR THE DAY.  AS I INDICATED TO THE WITNESS, WE WILL NOT

02:01PM 7    BE HERE TOMORROW, THURSDAY.  WE WILL BEGIN ON FRIDAY AT

02:01PM 8    9:00 A.M.  I HOPE TO HAVE YOU IN YOUR SEATS AND TO HAVE

02:01PM 9    WITNESSES READY TO TESTIFY AT 9:00 A.M.

02:01PM 10   LET ME JUST -- I AM GOING TO READ TO YOU AGAIN AN

02:01PM 11   ADMONITION, AND I DO THIS BECAUSE I HOPE YOU REALIZE HOW

02:01PM 12   IMPORTANT IT IS.  THE GIST OF THIS IS THAT YOU NOT, NOT INDULGE

02:01PM 13   IN ANY MATERIAL REGARDING THIS CASE OUTSIDE OF THIS COURTROOM.

02:02PM 14   AS I INDICATED BEFORE THE TRIAL STARTED, YOU, AS JURORS,

02:02PM 15   WILL DECIDE THIS CASE BASED SOLELY ON THE EVIDENCE PRESENTED IN

02:02PM 16   THIS COURTROOM.  THIS MEANS THAT AFTER YOU LEAVE HERE FOR THE

02:02PM 17   NIGHT, YOU MUST NOT CONDUCT ANY INDEPENDENT RESEARCH ABOUT THIS

02:02PM 18   CASE, THE MATTERS IN THE CASE, THE LEGAL ISSUES IN THE CASE, OR

02:02PM 19   THE INDIVIDUALS OR OTHER ENTITIES INVOLVED IN THE CASE.

02:02PM 20   THIS IS IMPORTANT FOR THE SAME REASON THAT JURORS HAVE

02:02PM 21   LONG BEEN INSTRUCTED TO LIMIT THEIR EXPOSURE TO TRADITIONAL

02:02PM 22   FORMS OF MEDIA SUCH AS TELEVISIONS AND NEWSPAPERS.

02:02PM 23   YOU ALSO MUST NOT COMMUNICATE WITH ANYONE IN ANY WAY ABOUT

02:02PM 24   THIS CASE, AND YOU MUST IGNORE ANY INFORMATION ABOUT THE CASE

02:02PM 25   THAT YOU MIGHT SEE WHILE BROWSING THE INTERNET OR ON YOUR

642

02:02PM 1      SOCIAL MEDIA FEEDS.

02:02PM 2           PLEASE RECALL WHEN WE WERE TALKING DURING THE JURY

02:02PM 3      SELECTION PROCESS I SUGGESTED THAT I THINK YOU CANNOT DELETE

02:03PM 4      NOTIFICATIONS BUT SOMEHOW DISABLE YOUR NOTIFICATIONS.

02:03PM 5           I WOULD SUGGEST AND ENCOURAGE YOU TO THINK ABOUT THAT.

02:03PM 6      THAT MIGHT HELP YOU TO AVOID ANY UNWANTED NOTIFICATIONS OR

02:03PM 7      EXPOSURE TO INFORMATION.

02:03PM 8           ANYTHING BEFORE I ASK THE JURY TO LEAVE FOR THE DAY,

02:03PM 9      COUNSEL?

02:03PM 10              MR. LEACH:  NO, YOUR HONOR.

02:03PM 11              THE COURT:  ALL RIGHT.  I'M GOING TO ASK AGAIN JUROR

02:03PM 12     NUMBER 7 IF YOU CAN REMAIN.  MS. HERNANDEZ-PEREZ, I HAVE A FEW

02:03PM 13     QUESTIONS FOR YOU.

02:03PM 14          AND LET ME ADVISE YOUR COLLEAGUES, SHE'S NOT IN TROUBLE.

02:03PM 15     NOT AT ALL.  THIS IS ABOUT SCHEDULING ISSUES.

02:03PM 16          (LAUGHTER.)

02:03PM 17              THE COURT:  ONE THING I WOULD LIKE YOU TO THINK

02:03PM 18     ABOUT, TOO, LADIES AND GENTLEMEN OF THE JURY, THE TIMING AND I

02:03PM 19     KNOW SOME OF YOU LIVE FAR AND OVER THE HILL AS THEY SAY.

02:03PM 20          AS WE GO FORWARD, I'D LIKE YOU TO THINK ABOUT WHETHER OR

02:03PM 21     NOT, I THINK I MENTIONED THIS AT SOME POINT EARLIER, THINK

02:03PM 22     ABOUT SHOULD WE START EARLIER AT 8:30, SHOULD WE END LATER,

02:04PM 23     THOSE TYPES OF THINGS.  I WANT TO ADJUST THE SCHEDULE SUCH THAT

02:04PM 24     WE CAN EFFICIENTLY CAPTURE EVERYTHING WE NEED HERE, BUT I WANT

02:04PM 25     TO DO IT THAT'S COMFORTABLE FOR YOU AS WELL AND LESS INTRUSIVE

02:04PM   1    AS POSSIBLE.  THAT'S SOMETHING I MIGHT EXPLORE.  SO BE THINKING

02:04PM   2    ABOUT THAT, PLEASE.  WE'LL TALK ABOUT THAT LATER ON.

02:04PM   3         FOR NOW, HAVE A GOOD EVENING.  PLEASE REMEMBER THE

02:04PM   4    ADMONITION.  WE'LL SEE YOU FRIDAY MORNING.

02:04PM   5         WHERE SHOULD THEY REPORT, MS. KRATZMANN?  UPSTAIRS?

02:04PM   6              THE CLERK:  FRIDAY MORNING, YES, THEY CAN REPORT

02:04PM   7    UPSTAIRS.

02:04PM   8              THE COURT:  OKAY.  AND THEN YOU WILL BE IN THE JURY

02:04PM   9    ROOM.

02:04PM  10         HAVE WE MISSED THE BREAKFAST ITEMS?

02:04PM  11              THE CLERK:  THEY RECEIVED BREAKFAST THIS MORNING,

02:04PM  12    YOUR HONOR.

02:04PM  13              THE COURT:  OH.  GOOD.  OKAY.  THAT'S WHY THEY LOOK

02:04PM  14    WELL FORTIFIED.  GREAT.  HAVE A GOOD EVENING FOLKS.  WE WILL

02:04PM  15    SEE YOU FRIDAY.

02:04PM  16         (JURY OUT AT 2:04 P.M.)

11:08AM  17         (PROCEEDINGS HELD IN THE PRESENCE OF JUROR 7.)

02:05PM  18              THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

02:05PM  19    YOU.

02:05PM  20         THE RECORD SHOULD REFLECT THAT OUR JURORS AND ALTERNATES

02:05PM  21    HAVE LEFT.

02:05PM  22         JUROR NUMBER 7, MS. HERNANDEZ-PEREZ, REMAINS.  I'M SORRY

02:05PM  23    YOU WEREN'T ABLE TO GET AHOLD OF YOUR SUPERVISOR.  SHE'S BACK

02:05PM  24    FRIDAY?

02:05PM  25              JUROR:  YES.

| | | |
|---|---|---|
| 02:05PM | 1 | THE COURT:  SO WHAT SHOULD WE DO, |
| 02:05PM | 2 | MS. HERNANDEZ-PEREZ?  CAN YOU COME ON FRIDAY AND THEN CHECK |
| 02:06PM | 3 | WITH HER ON FRIDAY MORNING?  WOULD THAT WORK? |
| 02:06PM | 4 | JUROR:  I CAN TRY AND CALL AND SEE IF SHE'S THERE IN |
| 02:06PM | 5 | THE MORNING. |
| 02:06PM | 6 | BUT THEY DON'T OPEN THE STORE UNTIL 10:00 I THINK, SO THAT |
| 02:06PM | 7 | WOULD BE LIKE IN THE MIDDLE OF THE -- |
| 02:06PM | 8 | THE COURT:  I SEE.  IS SHE EXPECTING YOU?  ARE YOU |
| 02:06PM | 9 | EXPECTED TO BE AT WORK ON FRIDAY MORNING? |
| 02:06PM | 10 | JUROR:  I SWITCHED A SHIFT, LIKE, WITH SOMEONE SO |
| 02:06PM | 11 | IT'S AT 3:00. |
| 02:06PM | 12 | THE COURT:  OH.  LOVELY.  THANK YOU FOR DOING THAT. |
| 02:06PM | 13 | THAT WAS KIND OF YOU. |
| 02:06PM | 14 | SO WE'LL SEE YOU ON FRIDAY MORNING AT 9:00 O'CLOCK THEN. |
| 02:06PM | 15 | CAN YOU BE HERE? |
| 02:06PM | 16 | JUROR:  YES. |
| 02:06PM | 17 | THE COURT:  GREAT.  AND THEN SOME TIME DURING THE |
| 02:06PM | 18 | BREAK CAN YOU REACH OUT TO HER? |
| 02:06PM | 19 | JUROR:  YES.  OR I CAN ALSO TRY TALKING TO HER AT |
| 02:06PM | 20 | WORK, WHICHEVER IS -- |
| 02:06PM | 21 | THE COURT:  OH. |
| 02:06PM | 22 | JUROR:  WELL, I'M GOING TO WORK ON FRIDAY SO SHE |
| 02:06PM | 23 | SHOULD BE THERE. |
| 02:06PM | 24 | THE COURT:  OKAY.  WELL, MAYBE IT'S -- YOU KNOW, |
| 02:06PM | 25 | THAT MIGHT MAKE IT EASIER FOR YOU, YOU PUT THE PERSONAL TOUCH |

02:06PM  1    ON HER AND THAT SOMETIMES WORKS.

02:06PM  2              JUROR:  YEAH.

02:06PM  3         (LAUGHTER.)

02:06PM  4              THE COURT:  GOOD IDEA.  THANK YOU.

02:07PM  5         THANK YOU SO MUCH FOR ARRANGING YOUR SCHEDULE.  HAVE A

02:07PM  6    GOOD EVENING.

02:07PM  7              JUROR:  THANK YOU.

02:07PM  8         (PROCEEDINGS HELD OUT OF THE PRESENCE OF JUROR NUMBER 7.)

02:07PM  9              THE COURT:  PLEASE BE SEATED.  THE RECORD SHOULD

02:07PM  10   REFLECT THAT JUROR NUMBER 7 HAS LEFT.

02:07PM  11        ALL COUNSEL AND MS. HOLMES REMAIN.

02:07PM  12        I SHOULD HAVE ASKED YOU IF YOU HAD ANY QUESTIONS FOR

02:07PM  13   MS. PEREZ.

02:07PM  14        ANYTHING YOU WANTED TO ASK, MR. SCHENK?

02:07PM  15             MR. SCHENK:  NO, YOUR HONOR.

02:07PM  16             THE COURT:  MR. DOWNEY?

02:07PM  17             MR. DOWNEY:  NO.

02:07PM  18             THE COURT:  GREAT.  IT LOOKS LIKE SHE'S MAKING GREAT

02:07PM  19   EFFORTS TO SEE IF SHE CAN ARRANGE THINGS.  WE WILL SEE WHAT

02:07PM  20   HAPPENS ON FRIDAY.

02:07PM  21        ANYTHING BEFORE WE ADJOURN FOR THE DAY?

02:07PM  22             MR. LEACH:  NO, YOUR HONOR.

02:07PM  23             MR. WADE:  NO, YOUR HONOR.

02:07PM  24             THE COURT:  ALL RIGHT.  THANK YOU.

02:07PM  25        HAVE A GOOD EVENING AND A GOOD DAY OFF.  WE'LL SEE YOU

02:07PM  1      FRIDAY MORNING.   THANK YOU.

02:07PM  2                 MR. SCHENK:   THANK YOU.

02:07PM  3            (COURT ADJOURNED AT 2:07 P.M.)

         4

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8076
17

18

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  SEPTEMBER 8, 2021

22

23

24

25