1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                    )
                      PLAINTIFF,     )   SAN JOSE, CALIFORNIA
7                                    )
              VS.                    )   VOLUME 5
8                                    )
    ELIZABETH A. HOLMES,             )   SEPTEMBER 9, 2021
9                                    )
                      DEFENDANT.     )   PAGES 647 - 659
10   _____ )

11

                    TRANSCRIPT OF ZOOM TRIAL PROCEEDINGS
12              BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14

    FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                         BY:  JOHN C. BOSTIC
                                JEFFREY B. SCHENK
16                         150 ALMADEN BOULEVARD, SUITE 900
                           SAN JOSE, CALIFORNIA 95113
17
                           BY:  ROBERT S. LEACH
18                              KELLY VOLKAR
                           1301 CLAY STREET, SUITE 340S
19                         OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

    OFFICIAL COURT REPORTER:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
25

1
    A P P E A R A N C E S: (CONT'D)
2

3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                        BY:  KEVIN M. DOWNEY
4                           LANCE A. WADE
                        725 TWELFTH STREET, N.W.
5                        WASHINGTON, D.C. 20005

6                        LAW OFFICE OF JOHN D. CLINE
                        BY:  JOHN D. CLINE
7                        ONE EMBARCADERO CENTER, SUITE 500
                        SAN FRANCISCO, CALIFORNIA 94111
8

9    ALSO PRESENT:         FEDERAL BUREAU OF INVESTIGATION
                        BY:  ADELAIDA HERNANDEZ
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      SAN JOSE, CALIFORNIA                    SEPTEMBER 9, 2021

 2                     P R O C E E D I N G S

 3           (ZOOM COURT CONVENED AT 3:33 P.M.)

 4           (JURY OUT AT 3:33 P.M.)

 5               THE COURT:  THANK YOU.  DID MR. LEACH JOIN US YET?

 6      IT LOOKS LIKE HE'S TRYING TO.

 7               MR. LEACH:  YES, YOUR HONOR, I'M HERE.  THANK YOU.

 8               THE COURT:  ALL RIGHT.  THANK YOU.  LET'S CALL THIS

 9      CASE.  THAT'S BEEN DONE.

10           LET ME JUST GET APPEARANCES OF THE PARTIES PLEASE FOR THE

11      RECORD.  WHO APPEARS FOR THE GOVERNMENT?

12               MR. SCHENK:  GOOD AFTERNOON, YOUR HONOR.

13           JEFF SCHENK ON BEHALF OF THE UNITED STATES.  I'M JOINED BY

14      JOHN BOSTIC, ROBERT LEACH, AND KELLY VOLKAR.

15               THE COURT:  GOOD AFTERNOON, EVERYONE.

16           AND FOR THE DEFENSE?

17               MR. DOWNEY:  GOOD AFTERNOON, YOUR HONOR.

18           KEVIN DOWNEY FOR MS. HOLMES.  LANCE WADE, AND JOHN CLINE

19      APPEAR AS WELL.  AND MS. HOLMES HAS WAIVED HER APPEARANCE.

20               THE COURT:  THANK YOU.  AND I THINK YOU SAID

21      MR. WADE IS JOINING YOU HERE, AND I SEE HIM HERE.

22               MR. DOWNEY:  YES.

23               THE COURT:  THANK YOU FOR THE SHORT NOTICE AND FOR

24      YOUR PARTICIPATION HERE.  I WANT TO TALK ABOUT TWO THINGS IN

25      REGARDS TO OUR TRIAL.
```

```
03:34PM   1            FIRST OF ALL, I DON'T KNOW, DID YOU RECEIVE A RECENT

03:34PM   2    FORWARD OF AN EMAIL FROM JUROR NUMBER 12 THAT WAS RECEIVED BY

03:34PM   3    MS. KRATZMANN?

03:34PM   4            MR. DOWNEY:  WE RECEIVED ONE FROM JUROR 9, I

03:35PM   5    BELIEVE, YOUR HONOR.

03:35PM   6            THE COURT:  ALL RIGHT.  IT SOUNDS LIKE YOU DID NOT

03:35PM   7    RECEIVE IT.

03:35PM   8        MR. BOSTIC, DID YOU?  I THOUGHT YOU WERE SHAKING YOUR HEAD

03:35PM   9    POSITIVE.  NO?

03:35PM  10            MR. BOSTIC:  SORRY, YOUR HONOR.  WRONG JUROR NUMBER

03:35PM  11    I THINK.

03:35PM  12            THE COURT:  WE DID -- I WANT TO TALK ABOUT JUROR

03:35PM  13    NUMBER 12 FIRST.  APPARENTLY SHE -- MS. KRATZMANN RECEIVED AN

03:35PM  14    EMAIL FROM JUROR NUMBER 12 ON SEPTEMBER 8TH AT 3:57 P.M.

03:35PM  15        SHE INDICATES TO MS. KRATZMANN THAT -- AND I'LL FORWARD

03:35PM  16    THIS TO COUNSEL.  I'LL HAVE IT FORWARDED TO YOU -- THAT "I

03:35PM  17    WORKED FOR KPMG FROM MAY-OCTOBER 2012 AS AN ADMINISTRATIVE

03:35PM  18    ASSISTANT FOR A NUMBER OF PARTNERS.

03:35PM  19        "DURING THIS TIME I WAS NEVER EXPOSED TO ANY INFORMATION

03:35PM  20    OR MATERIAL REGARDING THE HOLMES CASE.

03:35PM  21        "THE FIRST TIME I HEARD ABOUT THIS CASE WAS THE BROADCAST

03:36PM  22    OF THE TELEVISED EPISODES AS I NOTED IN MY QUESTIONNAIRE."

03:36PM  23        AND THEN SHE GOES FURTHER TO ASK INFORMATION ABOUT HOW TO

03:36PM  24    GET TO THE JURY ROOM ON THE FIFTH FLOOR.

03:36PM  25        THIS WAS SENT, AS I SAID, YESTERDAY AT 3:57 P.M.  I JUST
```

03:36PM 1    RECEIVED IT TODAY.

03:36PM 2        BUT ALSO I RECEIVED TODAY AN EMAIL THAT WAS SENT TO

03:36PM 3    MS. KRATZMANN SEPTEMBER 7TH AT 7:12 P.M.  THIS WAS IN RESPONSE

03:36PM 4    TO AN EMAIL THAT MS. KRATZMANN SENT TO ALL OF THE JURORS WITH

03:36PM 5    INSTRUCTIONS ON HOW TO GET IN AND THOSE TYPES OF THINGS, GET IN

03:36PM 6    THE COURTHOUSE, ACCESS THE COURTHOUSE AND THINGS.

03:36PM 7        BUT THIS JUROR ALSO ASKS, "THANK YOU FOR CONFIRMATION FOR

03:36PM 8    TOMORROW CLARIFYING THE TIME WE NEED TO BE AT THE COURTHOUSE.

03:36PM 9    I DO HAVE A QUESTION I THOUGHT OF OVER THE WEEKEND.

03:36PM 10       "I DON'T KNOW IF WE WILL HAVE FURTHER OPPORTUNITIES TO

03:36PM 11   TALK WITH YOU ONCE THE TRIAL BEGINS.

03:37PM 12       "MY QUESTION IS, WILL WE ALSO BE RESPONSIBLE FOR THE

03:37PM 13   (POTENTIAL) SENTENCING PHASE OF THIS TRIAL OR IS IT ALREADY

03:37PM 14   PREDETERMINED BASED ON THE CHARGES?"

03:37PM 15       AND THIS WAS SENT SEPTEMBER 7TH, AND I JUST RECEIVED THIS

03:37PM 16   EMAIL THIS AFTERNOON SO I DIDN'T HAVE A CHANCE TO RAISE IT

03:37PM 17   YESTERDAY WITH THIS JUROR.

03:37PM 18       WHAT I INTEND TO DO WITH THIS JUROR IS AT OUR NEXT SESSION

03:37PM 19   WE'LL CALL THIS JUROR UP AND WE'LL DO SOME EXAMINATION

03:37PM 20   REGARDING BOTH OF THESE QUESTIONS IF THAT MEETS WITH YOUR

03:37PM 21   APPROVAL, COUNSEL.  I THINK THAT'S WHAT I'D LIKE TO DO.  THAT

03:37PM 22   WOULD BE OUTSIDE OF THE PRESENCE OF THE OTHER JURORS.

03:37PM 23       ANY THOUGHTS, COMMENTS ABOUT THAT?

03:37PM 24           MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT.  THANK

03:37PM 25   YOU.

03:37PM 1          MR. DOWNEY:  THAT'S FINE WITH US AS WELL,

03:37PM 2     YOUR HONOR.

03:37PM 3          DID I UNDERSTAND THAT BOTH OF THOSE COMMUNICATIONS ARE

03:38PM 4     FROM JUROR 12?

03:38PM 5          THE COURT:  THAT'S CORRECT.

03:38PM 6          MR. DOWNEY:  OKAY.

03:38PM 7          THE COURT:  THAT'S CORRECT.  OKAY.  SO THAT'S WHAT

03:38PM 8     I'LL DO THE NEXT TIME WE'RE IN SESSION.  WE'LL CALL HER UP, AND

03:38PM 9     I'LL FOLLOW UP WITH SOME OF THE THINGS.

03:38PM 10         OF COURSE SHE WAS ADVISED DURING VOIR DIRE AND DURING

03:38PM 11    PREINSTRUCTIONS THAT THE JURORS ARE NOT TO CONSIDER PUNISHMENT

03:38PM 12    AND PERHAPS THAT ANSWERED HER QUESTION.  THIS WAS A

03:38PM 13    SEPTEMBER 7TH QUESTION IN REGARDS TO THAT.

03:38PM 14         BUT WE'LL GET CLARIFICATION ON THAT.

03:38PM 15         NOW LET'S MOVE TO JUROR NUMBER 9.  THIS IS WHY I REALLY

03:38PM 16    WANTED TO SPEAK WITH YOU.  THIS WAS AN EMAIL THAT WAS RECEIVED

03:38PM 17    TODAY ABOUT 1:50 P.M.  THE JUROR -- YOU'VE ALL RECEIVED THIS I

03:38PM 18    BELIEVE.

03:38PM 19         AM I ACCURATE ABOUT THAT?

03:38PM 20         MR. SCHENK:  YES.

03:38PM 21         MR. DOWNEY:  YES.

03:38PM 22         THE COURT:  SO THIS JUROR INDICATES THAT HE MAY HAVE

03:38PM 23    BEEN EXPOSED TO COVID OVER THE HOLIDAY WEEKEND.  HE HAS TEST

03:38PM 24    RESULTS, AWAITING LAB TESTS OR THE CONTACT IS AWAITING LAB

03:39PM 25    TESTS, AND IT APPEARS THAT THOSE SHOULD BE AVAILABLE WITHIN THE

03:39PM  1    NEXT 24 TO 48 HOURS.

03:39PM  2         THIS JUROR INDICATES ASYMPTOMATIC AND A NEGATIVE TEST,

03:39PM  3    OVER-THE-COUNTER TEST, AND HE'LL BE GETTING A LAB TEST

03:39PM  4    SATURDAY.

03:39PM  5         HE ASKS, "SHOULD I COME IN TOMORROW?"  AND I HAVE SOME

03:39PM  6    THOUGHTS ABOUT THIS.

03:39PM  7         LET ME JUST SUGGEST MY THOUGHT IS THAT PERHAPS WE SHOULD

03:39PM  8    GO DARK TOMORROW; WAIT FOR THE TEST RESULTS FROM THE CONTACT

03:39PM  9    PERSON THAT WE MIGHT KNOW ABOUT BY TOMORROW, SATURDAY, MAYBE

03:39PM  10   OVER THE WEEKEND; ASK HIM TO REPORT THOSE TO US; AND ASK HIM TO

03:39PM  11   REPORT HIS LAB TESTS.  HOPEFULLY HE'S GET THOSE ON MONDAY.

03:39PM  12   THOSE ARE MY THOUGHTS.

03:39PM  13        BUT I'M HAPPY TO HEAR FROM COUNSEL.

03:39PM  14           MR. SCHENK:  THANK YOU, YOUR HONOR.

03:39PM  15        I HAVE A FEW THOUGHTS, BUT LET ME START BY SAYING IF THE

03:39PM  16   COURT WANTS TO BE PARTICULARLY CAUTIOUS, ESPECIALLY AT THE

03:40PM  17   BEGINNING WITH POTENTIAL EXPOSURES, THE GOVERNMENT UNDERSTANDS

03:40PM  18   AND APPRECIATES THAT AND CERTAINLY WILL DEFER TO THE COURT.

03:40PM  19        WE SPENT A LITTLE BIT OF TIME LOOKING AT THE CDC GUIDANCE

03:40PM  20   IN A SITUATION LIKE THIS, AND WHAT WE UNDERSTAND THE CDC

03:40PM  21   GUIDANCE TO SUGGEST IS THAT WE CAN PROCEED WITH TRIAL TOMORROW,

03:40PM  22   AND THAT'S FOR A COUPLE OF REASONS.

03:40PM  23        THE FIRST IS THAT THIS JUROR IS VACCINATED, AND THE CDC

03:40PM  24   GUIDANCE FOR QUARANTINE PURPOSES SEEMS TO HAVE A FORK IN THE

03:40PM  25   ROAD AT THE VACCINATION STATUS OF THE INDIVIDUAL WHO MAY HAVE

03:40PM 1    BEEN EXPOSED.

03:40PM 2        THERE'S ALSO A FORK AT THE QUESTION OF WHETHER THE CONTACT

03:40PM 3    QUALIFIES AS A CLOSE CONTACT.  IT'S A LITTLE BIT HARD TO TELL

03:40PM 4    FROM THE COMMUNICATION FROM THIS JUROR WHETHER THAT WOULD

03:40PM 5    QUALIFY AS A CLOSE CONTACT.  IT CERTAINLY IS SAFER TO ASSUME

03:40PM 6    IT'S A CLOSE CONTACT AND THEN PROCEED THROUGH THE ANALYSIS AS

03:40PM 7    THOUGH THIS JUROR EXPERIENCED A CLOSE CONTACT.

03:41PM 8        BUT WE ALSO DON'T KNOW WHETHER THE CONTACT IS POSITIVE.

03:41PM 9    THERE WERE DIFFERENT RESULTS.  I THINK THAT'S AN ADDITIONAL

03:41PM 10   REASON WHY THE CDC GUIDANCE SUGGESTS THAT THE JUROR NEED NOT

03:41PM 11   QUARANTINE AT THIS STAGE.  THE JUROR DOES NOT HAVE SYMPTOMS,

03:41PM 12   THE JUROR IS VACCINATED, AND THOSE ARE SORT OF THE TWO

03:41PM 13   THRESHOLD QUESTIONS THAT THE CDC GUIDANCE ASKS BEFORE

03:41PM 14   DETERMINING WHETHER QUARANTINING IS NECESSARY.

03:41PM 15       SO I THINK UNDER THE CDC GUIDELINES IT WOULD BE FINE TO

03:41PM 16   PROCEED WITH TRIAL TOMORROW UNLESS THE JUROR BEGINS TO DISPLAY

03:41PM 17   SYMPTOMS.

03:41PM 18       THE ANALYSIS CHANGES IF THE JUROR DISPLAYS SYMPTOMS, AND

03:41PM 19   THE NOTE SEEMS TO SUGGEST THAT THE JUROR HAD NO SYMPTOMS AT

03:41PM 20   THIS POINT, OR OBVIOUSLY IF THE JUROR RECEIVES A POSITIVE TEST

03:41PM 21   THEN THE ANALYSIS CHANGES.

03:41PM 22       BUT I THINK AT THIS STAGE THAT WE'RE IN IT WOULD BE SAFE

03:41PM 23   TO PROCEED WITH TRIAL TOMORROW, BUT I UNDERSTAND THAT THE COURT

03:42PM 24   MIGHT DETERMINE IT'S BETTER ESPECIALLY AT THE BEGINNING TO BE A

03:42PM 25   LITTLE BIT SAFER, TO BE EXTRA CAREFUL, AND IF THAT'S THE

03:42PM 1   DIRECTION THE COURT IS GOING, THE GOVERNMENT IS CERTAINLY NOT

03:42PM 2   GOING TO OBJECT TO THAT.

03:42PM 3              THE COURT:  THANK YOU.

03:42PM 4         MR. DOWNEY?

03:42PM 5              MR. DOWNEY:  I WOULD BE GUIDED BY YOUR JUDGMENT,

03:42PM 6   YOUR HONOR.  I KNOW YOU HAVE CONSULTED WITH MEDICAL

03:42PM 7   PROFESSIONALS ON BEHALF OF THE NORTHERN DISTRICT, AND I KNOW

03:42PM 8   YOU'RE BALANCING A LOT OF FACTORS, SO HOWEVER THE COURT WANTS

03:42PM 9   TO PROCEED WE'RE FINE WITH.

03:42PM 10             THE COURT:  WELL, I DID.  THANK YOU.  I DID INDICATE

03:42PM 11  AT THE START OF THE TRIAL THAT SHOULD SOMETHING ARISE LIKE THIS

03:42PM 12  I WOULD FOLLOW CDC GUIDELINES, AND MR. SCHENK HAS ACCURATELY

03:42PM 13  REPORTED AND RECITED THE GUIDELINES AS TO WHAT TO DO IN THESE

03:42PM 14  CIRCUMSTANCES.

03:42PM 15        MR. SCHENK HAS ALSO POINTED OUT A VERY IMPORTANT FACT,

03:42PM 16  WHICH IS THAT WE'RE AT THE START OF THE TRIAL, AND WE HAVEN'T

03:42PM 17  FINISHED OUR FIRST WITNESS.

03:43PM 18        MY SENSE, AND I'M BEING PERHAPS OVERLY CAUTIOUS HERE, BUT

03:43PM 19  BECAUSE OF THE TIMING OF THIS REPORT IT PRESENTS, AND I GUESS

03:43PM 20  I'LL PUT IT THIS WAY, AN OPPORTUNITY TO BE OVERLY CAUTIOUS,

03:43PM 21  THAT IS, WE KNOW THAT THE CONTACT IS AWAITING LAB RESULTS, AND

03:43PM 22  IT SEEMS LIKE WE SHOULD HAVE THOSE OVER THE WEEKEND.

03:43PM 23        THIS JUROR REPORTS NO SYMPTOMS, HAS A NEGATIVE

03:43PM 24  OVER-THE-COUNTER TEST, AND THERE'S A LOT OF LITERATURE ON THE

03:43PM 25  ACCURACY OF THOSE TESTINGS AND THE ASSURANCE THAT THOSE TESTS

03:43PM 1    GIVE, AND WE'RE PLEASED THAT HE'S NEGATIVE, BUT HE'S GOING TO

03:43PM 2    GET A LAB TEST, IF YOU WILL, ON SATURDAY WHICH SHOULD YIELD A

03:43PM 3    RESULT.

03:43PM 4         I'M HOPING BECAUSE MONDAY AGAIN, THE TIMING IS IMPORTANT

03:43PM 5    HERE, BECAUSE MONDAY WE'RE DARK, IT MAY BE THAT HE'LL HAVE THE

03:43PM 6    RESULT BY THEN AND THAT WILL ALLOW US TO RECONVENE WITH GREATER

03:43PM 7    CONFIDENCE.

03:43PM 8         I KNOW SOME OF THE JURORS HAVE EXPRESSED IN THEIR

03:44PM 9    QUESTIONNAIRES AND IN OUR DISCUSSIONS SOME CONCERN ABOUT COVID.

03:44PM 10        MY SENSE IS THAT OUT OF AN ABUNDANCE OF CAUTION AND BELTS

03:44PM 11   AND SUSPENDERS, HOWEVER YOU WANT TO DESCRIBE IT, IT MIGHT BE

03:44PM 12   BEST FOR TOMORROW JUST BECAUSE OF THE TIMING TO TAKE ADVANTAGE

03:44PM 13   OF THE TIMING, THE WEEKEND, ON MONDAY, AND PERHAPS GO DARK

03:44PM 14   TOMORROW.

03:44PM 15        I SHOULD ALSO ASK HOW MUCH THIS INCONVENIENCES THE PARTIES

03:44PM 16   AS TO THEIR WITNESS SCHEDULES, TOO?  I RECOGNIZE THAT THIS

03:44PM 17   BRINGS INCONVENIENCE.

03:44PM 18        MR. SCHENK, DO YOU HAVE ANY THOUGHTS ON THAT?

03:44PM 19            MR. SCHENK:  YEAH.  IT'S DIFFICULT TO QUANTIFY.  YOU

03:44PM 20   KNOW, I THINK WE HAVE A LITTLE BIT OF A CONCERN ABOUT JUST THE

03:44PM 21   TOTAL NUMBER OF WITNESSES THAT WE WANT TO CALL OVER THE COURSE

03:44PM 22   OF THE NEXT SEVERAL MONTHS IN THIS TRIAL, BUT I CANNOT TELL THE

03:44PM 23   COURT THAT ONE DAY TOMORROW REALLY IS WHAT MAKES A DIFFERENCE.

03:44PM 24   THAT'S NOT THE CHALLENGE.

03:45PM 25        WE WILL SPEAK WITH OUR WITNESS THAT WAS ON THE STAND

03:45PM 1    YESTERDAY AND CONFIRM THAT EITHER WE WOULD FLY HER BACK OUT

03:45PM 2    MAYBE TONIGHT NOW AND THEN BRING HER BACK FOR TUESDAY OR

03:45PM 3    WHETHER SHE CAN STAY THROUGH TUESDAY.

03:45PM 4        SO IF WE COULD JUST HAVE A SHORT PERIOD OF TIME TO CONFIRM

03:45PM 5    THE SITUATION WITH THIS ONE PARTICULAR WITNESS.  BUT I IMAGINE

03:45PM 6    THAT'S SOMETHING THAT WE'RE GOING TO BE ABLE TO WORK AROUND.

03:45PM 7            THE COURT:  ALL RIGHT.  THANK YOU.

03:45PM 8        THE OTHER PIECE THAT COMES TO MIND IS YOU KNOW I SET OUR

03:45PM 9    SCHEDULE WITH LESS THAN A FULL DAY.  THAT WAS INTENTIONAL.  YOU

03:45PM 10   HEARD ME TALK ABOUT THE SAFETY PRECAUTIONS THAT I WANTED AND

03:45PM 11   HOPE THAT THAT SCHEDULE BRINGS.

03:45PM 12       ON THE OTHER SIDE, IT ALSO -- THAT SCHEDULE ALSO.  WITH

03:45PM 13   THE CONSENT OF OUR JURORS, ALLOWS US TO GO A LITTLE DEEPER INTO

03:45PM 14   THE DAY, AND IT MAY BE THAT WE'LL CAPTURE AN HOUR OR TWO OR

03:45PM 15   THREE OR FOUR OR FIVE PER WEEK GOING AN EXTRA HOUR OR SOMETHING

03:45PM 16   LIKE THAT.  SO THERE'S SOME BUILT-IN CUSHION THAT I THOUGHT OF,

03:46PM 17   CANDIDLY, WHEN I SAID WE WILL FINISH ABOUT 2:00 O'CLOCK.  I'M

03:46PM 18   HOPEFUL THAT WE CAN -- IF WE'RE DARK TOMORROW, WE CAN RECAPTURE

03:46PM 19   THE FOUR OR FIVE HOURS THAT WE MISS OVER THE COURSE OF THE

03:46PM 20   TRIAL IN SOME OTHER MEASURES.  THAT'S WHAT I THINK WE CAN DO.

03:46PM 21   I THINK WE'LL BE ABLE TO ACCOMPLISH THAT.

03:46PM 22       ANY OTHER THOUGHTS FROM ANYONE ELSE ABOUT THIS?

03:46PM 23           MR. SCHENK:  NO.  THANK YOU.

03:46PM 24           MR. DOWNEY:  NONE, YOUR HONOR, FROM US.  EITHER WAY

03:46PM 25   IS FINE.

03:46PM  1       THE COURT:  OKAY.  WE ALSO HAVE TO COMMUNICATE WITH

03:46PM  2   JUROR NUMBER 7 ABOUT HER AVAILABILITY.  TOMORROW SHE'S GOING TO

03:46PM  3   SPEAK WITH HER EMPLOYER ABOUT WHETHER OR NOT SHE CAN RESCHEDULE

03:46PM  4   HER WORK SO THAT MIGHT AFFORD HER SOME -- IF WE NOTIFY HER

03:46PM  5   TONIGHT THAT WE'RE NOT IN SESSION TOMORROW, MAYBE SHE CAN GET

03:46PM  6   TO WORK EARLIER AND THAT MIGHT BENEFIT THAT CONVERSATION.

03:46PM  7       OF COURSE, THE OVERARCHING FACTOR HERE IS THAT IT'S A LONG

03:47PM  8   TRIAL.  WE HAVE FIVE ALTERNATES.  IT'S A LITTLE, I DON'T WANT

03:47PM  9   TO SAY OMINOUS, BUT IT'S OF CONCERN THAT BEFORE WE FINISH THE

03:47PM 10   FIRST WITNESS WE HAVE AN ISSUE.  AND WE KNOW, AND WE'RE ALL

03:47PM 11   READING THE NEWS FROM ACROSS THE COUNTRY, BUT FOR OUR SAKE

03:47PM 12   AROUND THE COUNTY HERE WE'RE STILL HIGH NUMBERS, AND WE HOPE

03:47PM 13   EVERYBODY CONTINUES TO BE SAFE.

03:47PM 14       I THINK OUT OF AN ABUNDANCE OF CAUTION I'M GOING TO

03:47PM 15   EXERCISE MY DISCRETION AND WE'LL BE DARK TOMORROW.  FRIDAY WE

03:47PM 16   WILL BE DARK.  WE'LL CONTACT THIS JUROR NUMBER 9, AND KEEP IN

03:47PM 17   CONTACT WITH HIM REGARDING TEST RESULTS OF HIS OWN AND HIS

03:47PM 18   CONTACT.  WE HOPE THOSE COME BACK NEGATIVE.  AND WE'LL KEEP ALL

03:47PM 19   OF YOU INFORMED.

03:47PM 20       SO OUR NEXT SESSION THEN WOULD BE SEPTEMBER 14TH,

03:48PM 21   SEPTEMBER 14TH.  WE'LL START AT 9:00 O'CLOCK.  THAT'S WHAT I'LL

03:48PM 22   HAVE MS. KRATZMANN INDICATE.

03:48PM 23       WE'LL BRING IN JUROR NUMBER 12 IN ADVANCE OF EVERYONE ELSE

03:48PM 24   AND TALK WITH HER ABOUT THE ISSUES, AND I'LL HAVE THAT EMAIL

03:48PM 25   FORWARDED TO YOU.  I'M SORRY YOU DON'T HAVE IT NOW.  BUT WE'LL

03:48PM  1    GET THAT TO ALL PARTIES AND WE'LL TALK WITH HER.

03:48PM  2        WE'LL RECEIVE INFORMATION FROM JUROR NUMBER 7 AS TO

03:48PM  3    WHETHER OR NOT SHE WAS ABLE TO RESCHEDULE SUCH THAT SHE COULD

03:48PM  4    REMAIN AS A PARTICIPANT, AS A JUROR IN THIS CASE.

03:48PM  5        AND IF I HEAR ANYTHING ELSE THROUGH MS. KRATZMANN, I'LL

03:48PM  6    CERTAINLY PASS THAT ALONG TO YOU.

03:48PM  7        ANYTHING ELSE?

03:48PM  8            MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.

03:48PM  9            MR. DOWNEY:  NO.

03:48PM 10        THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH FOR

03:48PM 11    BEING AVAILABLE ON SHORT NOTICE.  THAT'S THE ORDER OF THE

03:48PM 12    COURT.

03:48PM 13        WE'LL BE IN TOUCH WHEN I GET INFORMATION THROUGH

03:48PM 14    MS. KRATZMANN, AND IF ANYTHING ELSE COMES UP WE'LL MEET AGAIN.

03:48PM 15    THAT'S THE BENEFIT OF ZOOM I SUPPOSE.

03:49PM 16        ALL RIGHT.  THANK YOU VERY MUCH.  HAVE A GOOD LONG

03:49PM 17    WEEKEND.  THANK YOU.

03:49PM 18            THE CLERK:  COURT IS IN RECESS.

03:49PM 19        (COURT CONCLUDED AT 3:49 P.M.)

        20

        21

        22

        23

        24

        25

1

2

3                       CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18
           DATED:  SEPTEMBER 9, 2021
19

20

21

22

23

24

25