1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

   UNITED STATES OF AMERICA,      )   CR-18-00258-EJD
6                                 )
                    PLAINTIFF,    )   SAN JOSE, CALIFORNIA
7                                 )
            VS.                   )   VOLUME 7
8                                 )
   ELIZABETH A. HOLMES,           )   SEPTEMBER 15, 2021
9                                 )
                    DEFENDANT.    )   PAGES 855 - 1059
10   _____ )

11
                   TRANSCRIPT OF TRIAL PROCEEDINGS
12            BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
   A P P E A R A N C E S:
14
   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                       BY:  JOHN C. BOSTIC
                              JEFFREY B. SCHENK
16                       150 ALMADEN BOULEVARD, SUITE 900
                         SAN JOSE, CALIFORNIA 95113
17
                         BY:  ROBERT S. LEACH
18                            KELLY VOLKAR
                         1301 CLAY STREET, SUITE 340S
19                       OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21
   OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24
        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER

1

2      A P P E A R A N C E S: (CONT'D)

3

4      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
                                     LANCE A. WADE
5                                    KATHERINE TREFZ
                                725 TWELFTH STREET, N.W.
6                               WASHINGTON, D.C. 20005

7                               LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
8                               ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111

9

10     ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
11
                                OFFICE OF THE U.S. ATTORNEY
12                              BY:  LAKISHA HOLLIMAN, PARALEGAL
                                     MADDI WACHS, PARALEGAL
13
                                WILLIAMS & CONNOLLY
14                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                              TBC
                                BY:  BRIAN BENNETT, TECHNICIAN
16

17

18

19

20

21

22

23

24

25

1

<u>INDEX OF PROCEEDINGS</u>

2

GOVERNMENT'S:

3

4   **ERIKA CHEUNG**
    DIRECT EXAM BY MR. BOSTIC (RES.)              P. 897
5   CROSS-EXAM BY MR. WADE                        P. 990

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         INDEX OF EXHIBITS

2
                                    IDENT.        EVIDENCE
3       GOVERNMENT'S:

4       1227                                        899
        1557                                        908
5       1323                                        916
        1431                                        926
6       1512                                        937
        1548                                        943
7       1587                                        957
        1617                                        959
8       1633                                        962
        1660                                        974
9       2567                                        983
        1176                                        995

10

11

12      DEFENDANT'S:

13      9412                                       1033
        9368                                       1040
14      9387                                       1041
        9925                                       1043

15

16

17

18

19

20

21

22

23

24

25

```
         1    SAN JOSE, CALIFORNIA                    SEPTEMBER 15, 2021

         2               P R O C E E D I N G S

08:37AM  3         (COURT CONVENED AT 8:37 A.M.)

08:37AM  4         (JURY OUT AT 8:37 A.M.)

08:37AM  5             THE COURT:  WE ARE BACK ON THE RECORD IN THE HOLMES

08:37AM  6    MATTER.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

08:37AM  7         WE'RE OUTSIDE OF THE PRESENCE OF OUR JURY, AND I WANTED TO

08:37AM  8    TALK TO YOU ABOUT OUR CONVERSATION YESTERDAY REGARDING EMAILS.

08:37AM  9    LET ME INDICATE THAT I DID RECEIVE, AND I SEE -- I THINK IT WAS

08:37AM  10   MS. VOLKAR APPARENTLY WAS UP UNTIL MIDNIGHT LAST NIGHT.  I

08:37AM  11   THINK THIS WAS FILED AT 11:53 P.M., AND THIS I AM REFERRING TO

08:37AM  12   IS DOCUMENT 1019, AND I DID RECEIVE THAT.

08:37AM  13        HAS THE DEFENSE RECEIVED THAT, MR. WADE?

08:38AM  14             MR. WADE:  WE DID, YOUR HONOR.

08:38AM  15             THE COURT:  THANK YOU.  THIS IS THE UNITED STATES'

08:38AM  16   MEMORANDUM OF LAW REGARDING THE EXHIBITS FOR MS. CHEUNG IN

08:38AM  17   RESPONSE TO YOUR FILING YESTERDAY, MR. WADE.

08:38AM  18        SO ANYTHING?  MR. BOSTIC, ARE YOU SPEAKING TO THIS?

08:38AM  19             MR. BOSTIC:  YES, YOUR HONOR.

08:38AM  20             THE COURT:  AND I'M HAPPY TO HEAR FROM YOU IF

08:38AM  21   THERE'S ANYTHING ELSE YOU'D LIKE ME TO KNOW.

08:38AM  22             MR. BOSTIC:  GOOD MORNING, YOUR HONOR.

08:38AM  23        I WON'T REITERATE WHAT IS IN THE BRIEFS, BUT JUST TO DRIVE

08:38AM  24   HOME THAT THE NINTH CIRCUIT HAS RULED ON THIS ISSUE RECENTLY.

08:38AM  25             YESTERDAY I THINK I HEARD DEFENSE COUNSEL SAY THAT THE
```

08:38AM   1      NINTH CIRCUIT LAW WAS CLEAR ON THIS ISSUE.  I'M NOT SURE THAT'S

08:38AM   2      THE CASE, OR AT LEAST IF IT IS CLEAR, IT IS IN THE GOVERNMENT'S

08:38AM   3      FAVOR RATHER THAN THE DEFENSE'S FAVOR.

08:38AM   4              THE COURT:  MAYBE HE WAS SPEAKING TO --

08:38AM   5              MR. BOSTIC:  THE LISCHEWSKI CASE?

08:38AM   6              THE COURT:  -- THE LISCHEWSKI CASE.  WE'LL HEAR FROM

08:38AM   7      MR. WADE IN JUST A MOMENT.

08:38AM   8              MR. BOSTIC:  THAT WASN'T MY SENSE, YOUR HONOR.  I DO

08:38AM   9      HAVE COPIES OF THAT CASE FOR THE COURT IF IT WOULD BE HELPFUL

08:39AM  10      (HANDING.)

08:39AM  11              THE COURT:  I'VE READ THAT CASE, BUT I'M HAPPY TO

08:39AM  12      RECEIVE IT.  THANK YOU.

08:39AM  13          YOU'VE SEEN THIS?

08:39AM  14              MR. WADE:  I DO, YOUR HONOR.  MAY I COME UP?

08:39AM  15              THE COURT:  OF COURSE, OF COURSE.

08:39AM  16              MR. BOSTIC:  THE POINT OF THE DISCUSSION IN

08:39AM  17      LISCHEWSKI IS SIMPLY THAT EMAILS CAN QUALIFY AS BUSINESS

08:39AM  18      RECORDS.

08:39AM  19          THE MONOTYPE CASE CITED BY THE DEFENSE, FIRST OF ALL, WAS

08:39AM  20      FROM 1994.  IT WAS A VERY DIFFERENT TIME, ESPECIALLY WHEN IT

08:39AM  21      CAME TO THE USE OF EMAIL AND THE RELEVANCE OF EMAILS IN

08:39AM  22      BUSINESS.  I DON'T THINK I HAD A COMPUTER OR THAT THERE WAS A

08:39AM  23      COMPUTER IN MY HOUSE IN 1994.  TIMES ARE VERY DIFFERENT NOW AND

08:39AM  24      THE LAW IS STARTING TO REFLECT THAT.

08:39AM  25          THE EMAIL AT ISSUE IN THE MONOTYPE CASE WAS ALSO VERY

08:39AM 1   DIFFERENT FROM THE EMAILS THAT WE'RE ATTEMPTING TO OFFER FOR

08:39AM 2   EVIDENCE IN THIS CASE.

08:39AM 3        IN THAT CASE THE COURT NOTED THAT THE CORRESPONDENCE

08:39AM 4   INCLUDED OFFENSIVE OR DEROGATORY REMARKS ABOUT AN EMPLOYEE AT

08:39AM 5   THAT COMPANY.

08:39AM 6        OBVIOUSLY THAT KIND OF CONTENT WOULD NOT BE NATURALLY PART

08:40AM 7   OF THE BUSINESS RECORDS OF THE COMPANY, SO IT'S UNDERSTANDABLE

08:40AM 8   THAT THE COURT IN THAT CASE DECIDED THAT THAT KIND OF CASUAL

08:40AM 9   COMMUNICATION BETWEEN EMPLOYEES, THE KIND OF COMMUNICATION THAT

08:40AM 10  COULD JUST AS EASILY HAVE HAPPENED IN PERSON BY A WATER COOLER,

08:40AM 11  WOULD NOT QUALIFY FOR ADMISSION UNDER THE BUSINESS RECORDS

08:40AM 12  HEARSAY RULE.

08:40AM 13       IN LISCHEWSKI IN CONTRAST, THE COURT MADE CLEAR THAT AN

08:40AM 14  EMAIL CAN QUALIFY AS A BUSINESS RECORD WHEN IT IS WRITTEN AT OR

08:40AM 15  NEAR THE TIME OF THE CONVERSATION OR THE RELEVANT EVENTS WHEN

08:40AM 16  THE EMAIL IS KEPT IN THE COURSE OF A REGULARLY CONDUCTED

08:40AM 17  ACTIVITY OF A BUSINESS AND WAS PREPARED AS PART OF A BUSINESS'S

08:40AM 18  REGULAR PRACTICE.

08:40AM 19       THAT APPLIES TO PERHAPS ALL OF THE EMAILS THAT WE'RE

08:40AM 20  SEEKING TO ADMIT FOR THE TRUTH IN THIS CASE WITH MS. CHEUNG ON

08:40AM 21  THE STAND.

08:40AM 22       WE'RE TALKING ABOUT EMAILS HERE THAT WERE CENTRAL TO THE

08:40AM 23  OPERATION OF THE CORE OF THERANOS'S BUSINESS, SPECIFICALLY THE

08:41AM 24  R&D LABS AND THE CLINICAL TESTING LAB.

08:41AM 25       EMAIL HAPPENS TO BE THE MEDIAN THAT THE EMPLOYEES IN THESE

08:41AM 1    DEPARTMENTS USED TO SHARE IMPORTANT INFORMATION WITH EACH OTHER

08:41AM 2    REGARDING ISSUES THAT THEY WERE PRESENTLY ENCOUNTERING IN THE

08:41AM 3    LAB.  EMAIL WAS THE MEDIAN BY WHICH THEY DOCUMENTED THOSE

08:41AM 4    ISSUES, DISSEMINATED THAT THROUGHOUT THE COMPANY, AND

08:41AM 5    MEMORIALIZED THOSE ISSUES FOR FUTURE REFERENCE.

08:41AM 6        THEY HAD A DUTY TO REPORT ACCURATELY IN THOSE EMAILS

08:41AM 7    BECAUSE OF THE STAKES, AND IT WAS IMPORTANT TO GET THOSE FACTS

08:41AM 8    RIGHT BECAUSE AT THE END OF THE DAY THE VALIDITY OF PATIENT

08:41AM 9    TESTING DEPENDED ON THE ACCURATE CONVEYING OF THE INFORMATION

08:41AM 10   THAT THEY NEEDED TO CONVEY IN THOSE CASES.

08:41AM 11       I KNOW THE COURT HAS A SET OF THE EXHIBITS THAT WE'RE

08:41AM 12   OFFERING UNDER THAT DOCTRINE, AND I'M HAPPY TO DISCUSS ANY

08:41AM 13   INDIVIDUALLY, BUT FOR NOW I THINK WE WOULD JUST EMPHASIZE THAT

08:42AM 14   A BLANKET RULE PROHIBITING THE INTRODUCTION OF THESE DOCUMENTS

08:42AM 15   WOULD BE OVERBROAD.

08:42AM 16       THE GOVERNMENT WOULD LIKE THE OPPORTUNITY TO LAY A

08:42AM 17   FOUNDATION FOR THESE DOCUMENTS PURSUANT TO THE RULE, AND TO

08:42AM 18   OVERCOME THE DEFENDANT'S HEARSAY OBJECTION.

08:42AM 19       I'M HAPPY TO ADDRESS THE RELEVANCE POINT SEPARATELY, BUT

08:42AM 20   I'M NOT SURE IF THE COURT HAS ANY QUESTIONS ON THAT.

08:42AM 21            THE COURT:  NO, I DON'T.  I'M GOING TO TURN TO

08:42AM 22   MR. WADE RIGHT NOW.

08:42AM 23       BUT I DO WANT TO COME BACK TO SOMETHING THAT IS ON PAGE 4

08:42AM 24   OF MS. VOLKAR'S FILING.  IT'S AT LINE 27 REGARDING

08:42AM 25   EXHIBIT 1589, BUT WE CAN TALK ABOUT THAT.  THAT'S A DIFFERENT

08:42AM 1       ISSUE.

08:42AM 2              MR. WADE.

08:42AM 3                   MR. WADE:  GOOD MORNING, YOUR HONOR.  THANK YOU.

08:42AM 4         THE LISCHEWSKI CASE, IF I'M PRONOUNCING THAT CASE

08:42AM 5   CORRECTLY, IT IS AN UNPUBLISHED DECISION FROM THE NINTH CIRCUIT

08:42AM 6   WHERE THEY RULED THAT THE -- IT WAS NOT ABUSE OF DISCRETION TO

08:42AM 7   ADMIT TWO EMAILS.  THE CONTENT OF THE EMAILS AND THE CONTEXT IN

08:43AM 8   WHICH THOSE WERE OFFERED IS NOWHERE IN THE OPINION BECAUSE IT'S

08:43AM 9   A NONPRECEDENTIAL OPINION, SO THE NINTH CIRCUIT MADE QUICK WORK

08:43AM 10  OF THAT CASE, SO I DON'T THINK IT GIVES US A LOT OF GUIDANCE IN

08:43AM 11  THIS CASE.

08:43AM 12        WE'RE TALKING ABOUT FAR MORE THAN TWO EMAILS.  WE'RE

08:43AM 13  TALKING ABOUT, IT WOULD APPEAR BASED ON DISCLOSURES FROM THE

08:43AM 14  GOVERNMENT, DOZENS, IF NOT HUNDREDS, OF EMAILS THAT RELATE TO

08:43AM 15  THIS.

08:43AM 16        THE GOVERNMENT'S POSITION ON THIS WOULD ESSENTIALLY EXEMPT

08:43AM 17  FROM THE HEARSAY RULES EMAIL OF ANY BUSINESS, AND THE EXCEPTION

08:43AM 18  FOR BUSINESS RECORDS IS SUPPOSED TO BE A FUNCTION THAT IS

08:43AM 19  SPECIFICALLY DESIGNED TO CAPTURE A FORMAL FUNCTION OF THE

08:43AM 20  BUSINESS.

08:43AM 21        THE PROCEDURES THAT ARE SET IN PLACE IN THE LAB HERE ARE

08:43AM 22  EXTENSIVE.  THEY'RE STANDARD OPERATING PROCEDURES.  THERE ARE

08:43AM 23  ISSUES FOR RAISING -- THERE ARE POLICIES FOR RAISING THINGS,

08:43AM 24  HOW THEY'RE SUPPOSED TO BE DOCUMENTED AND WHAT THE RULES ARE.

08:43AM 25        IT MAY BE THE MOST POLICY DRIVEN AREA ALMOST WITHIN ANY

08:44AM 1    COMPANY.  THE COURT WILL SEE, AS WE GET INTO THE CASE OVER THE

08:44AM 2    NEXT COUPLE OF WITNESSES, THERE ARE A TREMENDOUS NUMBER OF

08:44AM 3    POLICIES.  THESE EMAILS WERE NOT SENT PURSUANT TO THIS POLICY.

08:44AM 4        THE FACT THAT THEY SENT ONE TO AN EMAIL GROUP, WHICH

08:44AM 5    EXISTS IN ANY BUSINESS IN AMERICA, DOES NOT RENDER IT A

08:44AM 6    BUSINESS RECORD.  I BELIEVE THAT'S ONE OF THE ONLY EMAILS THAT

08:44AM 7    ACTUALLY GOES TO THAT GROUP.

08:44AM 8        SO WE CAN'T EXEMPT EVERY EMAIL BECAUSE THEIR EMAIL SERVERS

08:44AM 9    ARE REGULARLY KEPT AND PEOPLE REGULARLY SERVE -- REGULARLY USE

08:44AM 10   THE EMAILS, WE CAN'T EXEMPT THEM FROM THE HEARSAY RULES.

08:44AM 11       TELEPHONES HAVE BEEN USED WITHIN BUSINESSES FOR A LONG

08:44AM 12   TIME, AND THAT DOESN'T MEAN THAT IF THAT'S THE MEANS OF

08:44AM 13   COMMUNICATION THAT YOU USE WITHIN A BUSINESS, THAT YOU CAN --

08:44AM 14   YOU WOULD PICK UP AND HAVE A CONVERSATION WITH SOMEONE, THAT

08:44AM 15   THAT SUDDENLY EXEMPTS THEM FROM THE HEARSAY RULES.

08:44AM 16       IF YOU LOOK AT MANY OF THE EMAILS IN THIS CASE, THEY'RE

08:45AM 17   EXACTLY THE KIND OF COMMUNICATIONS THAT COULD WELL HAPPEN --

08:45AM 18   YOU KNOW, BACK IN THE DAY, YOUR HONOR, WHEN WE WEREN'T USING

08:45AM 19   EMAIL TO COMMUNICATE IMPERSONALLY ABOUT ANYTHING, WE WOULD PICK

08:45AM 20   UP THE PHONE AND CALL AND SAY, HEY, THIS THING CAME UP IN THE

08:45AM 21   LAB, WHAT DO YOU THINK I SHOULD DO?

08:45AM 22       AND THE RESPONSE IS, YOU MIGHT WANT TO LOOK AT THE -- YOU

08:45AM 23   MIGHT WANT TO RECALIBRATE, OR YOU MIGHT WANT TO DO THIS OR DO

08:45AM 24   THAT.

08:45AM 25       THAT'S A CASUAL CONVERSATION ABOUT THE OPERATION OF THE

08:45AM 1    BUSINESS THAT IS NOT REQUIRED BY THE BUSINESS.  IT'S NOT A

08:45AM 2    STANDARD METHOD OF THE BUSINESS.  IT'S CATCH-AS-CATCH-CAN, LIKE

08:45AM 3    ALMOST EVERY EMAIL IS IN ANY BUSINESS.

08:45AM 4        SO I THINK THE GOVERNMENT'S READING IS FAR, FAR TOO BROAD

08:45AM 5    AND WOULD RESULT IN A LOT OF EMAILS, YOU KNOW, TUMBLING INTO

08:45AM 6    THIS CASE THAT ARE HEARSAY.

08:45AM 7        ONE OTHER THING I WOULD NOTE JUST WITH RESPECT TO THIS

08:45AM 8    ISSUE, AND EVERY EVIDENTIARY ISSUE, AS THE COURT KNOWS, THIS IS

08:46AM 9    A DOCUMENT-BY-DOCUMENT ANALYSIS, AND SO THE GOVERNMENT HAS

08:46AM 10   IDENTIFIED MANY OF THEM.

08:46AM 11       WE THINK THE AT-ISSUE EMAILS ARE EXHIBITS 1431, 1512,

08:46AM 12   1522, 1524, 1528, 1530, 1548, 1557, 1587, 1589, 1595, 1611,

08:46AM 13   1617, AND 1633.

08:46AM 14       I WILL ALSO NOTE, YOUR HONOR, THAT WITH RESPECT TO

08:47AM 15   EXHIBITS 1431, 1512, 1587, AND 1617, THERE IS HEARSAY WITHIN

08:47AM 16   HEARSAY, AND WE WOULD OBJECT TO THAT BOTH UNDER 802 AND 805.

08:47AM 17              THE COURT:  OKAY.  THANK YOU.

08:47AM 18       MR. BOSTIC?

08:47AM 19              MR. BOSTIC:  EXCUSE ME.

08:47AM 20       THE DEFENSE IS INCORRECT THAT THE GOVERNMENT'S ARGUMENT

08:47AM 21   APPLIES TO EVERY EMAIL SENT BY A BUSINESS, OR EVEN EVERY EMAIL

08:47AM 22   SENT BY THERANOS.

08:47AM 23       THE CASE LAW IS STARTING TO MAKE CLEAR THAT EMAIL IS JUST

08:47AM 24   ANOTHER MEDIAN BY WHICH EMPLOYEES OF THE COMPANY CAN

08:47AM 25   COMMUNICATE.  THAT MEANS THAT EMAILS ARE NOT AUTOMATICALLY

08:47AM  1       BUSINESS RECORDS.  THAT IS NOT THE GOVERNMENT'S POSITION.

08:48AM  2            IT IS NOT THE GOVERNMENT'S POSITION THAT EVERY EMAIL SENT

08:48AM  3       OR RECEIVED BY A THERANOS EMPLOYEE IS A BUSINESS RECORD.

08:48AM  4            THE DEFENSE IS CORRECT THAT THIS IS A DOCUMENT-BY DOCUMENT

08:48AM  5       CONSIDERATION.  AND IN THIS CASE, THE SPECIFIC EMAILS THAT THE

08:48AM  6       GOVERNMENT IS OFFERING QUALIFY BUSINESS RECORDS NOT BECAUSE

08:48AM  7       THEY WERE SENT TO AND FROM THERANOS EMPLOYEES, BUT BECAUSE OF

08:48AM  8       THEIR CONTENT, BECAUSE OF THEIR PURPOSE, BECAUSE OF HOW THEIR

08:48AM  9       PURPOSE AND THEIR USE CONTRIBUTED TO THE FUNCTIONING OF THE

08:48AM 10       LABS AT THERANOS.

08:48AM 11            DEFENSE COUNSEL HAS MADE SOME REPRESENTATIONS TO THE COURT

08:48AM 12       OR CHARACTERIZATIONS ABOUT THE LEVEL OF STANDARD OPERATING

08:48AM 13       PROCEDURES ENFORCED AT THERANOS AT THE TIME.

08:48AM 14            RESPECTFULLY, I THINK THAT WE SHOULD LISTEN TO THE WITNESS

08:48AM 15       WHEN IT COMES TO THE SIGNIFICANCE OF THESE EMAILS.  I THINK

08:48AM 16       IT'S UP TO THE WITNESS WHO IS ON THE STAND, TESTIFYING UNDER

08:48AM 17       OATH, ABOUT THESE VERY EVENTS AND HOW THESE RECORDS CAME TO BE.

08:48AM 18            I THINK IT'S UP TO THAT WITNESS TO PROVIDE THE FOUNDATION

08:48AM 19       FOR BOTH THE RELIABILITY OF THESE DOCUMENTS AND HOW THEY FIT

08:49AM 20       INTO THE OPERATION IN THE REGULAR COURSE OF BUSINESS AT

08:49AM 21       THERANOS.

08:49AM 22            SO WITH DUE RESPECT TO COUNSEL'S ARGUMENTS, I THINK THAT

08:49AM 23       THEY'RE PREMATURE AND THEY MISS THE POINT, BECAUSE WE NEED TO

08:49AM 24       LET THE WITNESS HAVE THE OPPORTUNITY TO LAY THE FOUNDATION FOR

08:49AM 25       THE ADMISSION OF THESE DOCUMENTS AS BUSINESS RECORDS, AND I

08:49AM   1    THINK WITH THE WITNESS'S TESTIMONY, IT WILL BECOME CLEAR THAT

08:49AM   2    THESE ARE NOT CASUAL COMMUNICATIONS.  THESE ARE COMMUNICATIONS

08:49AM   3    THAT THESE EMPLOYEES HAD A DUTY TO SEND, TO REPORT ON AND

08:49AM   4    MEMORIALIZE THESE EVENTS, AND PARTLY BECAUSE OF THAT AND FOR

08:49AM   5    OTHER REASONS, THEY CARRY THE HALLMARKS OF RELIABILITY THAT

08:49AM   6    PLACE THEM SQUARELY WITHIN THE BUSINESS RECORDS EXCEPTION TO

08:49AM   7    THE RULE.

08:49AM   8         THE COURT:  THANK YOU.

08:49AM   9    YOU KNOW, COUNSEL, I THINK YOU BOTH TOUCHED ON IT THAT WE

08:49AM  10    HAVE COME A LONG WAY, HAVEN'T WE, IN THE COURSE OF LITIGATION,

08:49AM  11    IN THE COURSE OF BUSINESS PRACTICES.

08:50AM  12    THERE WAS A TIME DECADES AGO, PROBABLY EVERYONE IN THIS

08:50AM  13    COURTROOM IS TOO YOUNG TO REMEMBER, BUT BUSINESSES USED TO

08:50AM  14    COMMUNICATE BY THE DEVICE THAT WAS POWERED BY A PNEUMATIC

08:50AM  15    SYSTEM, TUBES WERE RUN THROUGH BUSINESSES, AND MEMOS,

08:50AM  16    HANDWRITTEN MEMOS AND DOCUMENTS WERE EXCHANGED WITHIN

08:50AM  17    BUSINESSES THROUGH THE USE OF PNEUMATIC TUBES.  THEY WOULD GO

08:50AM  18    UP TO THE TENTH FLOOR, THE BASEMENT, ET CETERA, AND THOSE WERE

08:50AM  19    THE DAYS WHEN THINGS WERE MEMORIALIZED BY HAND.

08:50AM  20    WELL, WE HAVE COME A LONG WAY SINCE THEN, HAVEN'T WE?

08:50AM  21    WE'VE, PARTICULARLY IN SILICON VALLEY, WHICH SOME PEOPLE CLAIM

08:50AM  22    IS THE BIRTH PLACE OF TECHNOLOGY AND COMPUTERS, AND WE KNOW

08:50AM  23    THAT BUSINESSES ARE MOVING AWAY FROM PAPER RECORDS.  IT'S

08:50AM  24    DIFFICULT TO FIND BUSINESSES -- LITIGATION IN CIVIL AND

08:50AM  25    CRIMINAL CASES OFTENTIMES REVOLVE AROUND DISCOVERY ISSUES,

08:50AM 1    DON'T THEY, AND THE METADATA.  THERE'S LITIGATION ABOUT WHAT

08:51AM 2    SEARCH TERMS SHOULD BE USED TO SEARCH ELECTRONIC RECORDS THAT

08:51AM 3    BUSINESSES HAVE?  WE KNOW THIS.  THAT HAPPENS.

08:51AM 4         WE HAVE BOOKS AND VOLUMES ON E-DISCOVERY AND COURTS HAVE

08:51AM 5    RULES ON SOMETHING CALLED E-DISCOVERY.  I THINK ALL OF THIS

08:51AM 6    SUGGESTS THAT THE COURTS HAVE TRIED TO KEEP UP WITH TECHNOLOGY

08:51AM 7    AS BEST WE CAN.  IT'S A RACE, AS WE KNOW, AND SOMETIMES THE

08:51AM 8    COURT IS HEAD-AND-HEAD WITH THAT, BUT OFTENTIMES COURTS AND

08:51AM 9    OTHER BUSINESSES TRY TO KEEP UP WITH TECHNOLOGY THAT CHANGES BY

08:51AM 10   THE MINUTE.

08:51AM 11        BUT WHAT THIS SAYS IS, AND I THINK WE ALL RECOGNIZE THIS,

08:51AM 12   THAT THE BUSINESS COMMUNITY HAS CHANGED THE WAY IT PRACTICES

08:51AM 13   DRAMATICALLY.  IT'S CHANGED THE LEGAL WAY THAT THE LAW IS

08:51AM 14   PRACTICED.  MANY OF YOU DON'T HAVE WHAT IS CALLED A PAPER

08:51AM 15   CALENDAR ANYMORE.  YOU USE YOUR DEVICE TO KEEP TRACK OF THINGS.

08:52AM 16        SO THIS ALL JUST TALKS ABOUT THE CHANGE OF BUSINESS, THE

08:52AM 17   WAY THE COURTS RUN THINGS.  I THINK IT SPEAKS TO THE COMMUNITY

08:52AM 18   RECOGNITION THAT THINGS HAVE CHANGED.

08:52AM 19        EMAIL IS ONE OF THOSE, ONE OF THOSE THINGS THAT IS SO

08:52AM 20   IMPORTANT TO BUSINESSES.  IT'S IMPORTANT TO OUR DAILY LIVES, OF

08:52AM 21   COURSE, AND EMAIL HAS INTEGRATED ITSELF, WE KNOW FROM THESE

08:52AM 22   CASES THAT YOU'VE ALL TALKED ABOUT, INTO BUSINESS LIFE.

08:52AM 23        HOW DOES, HOW DOES THAT EMAIL WORK IN THE BUSINESS?  HOW

08:52AM 24   DO BUSINESSES TREAT EMAIL?  IS IT ANALOGOUS TO THE PNEUMATIC

08:52AM 25   TUBES THAT I TALKED ABOUT THAT SEND A WRITTEN NOTE FROM THE

08:52AM 1    FIRST FLOOR TO THE FIFTH?  IT IS.  MAYBE THAT'S HOW

08:52AM 2    COMMUNICATIONS ARE DONE.

08:52AM 3         THIS WITNESS, MS. CHEUNG, TESTIFIED ABOUT THE USE OF

08:52AM 4    EMAIL, AND THERE ARE SOME EXHIBITS THAT ARE ALREADY IN

08:52AM 5    EVIDENCE, ABOUT HOW EMAIL WAS USED IN THERANOS IN THE LAB WHERE

08:53AM 6    SHE WORKED AND THE COMMUNICATION SHE WORKED, SHE WORKED AND

08:53AM 7    EXCHANGED WITH HER FELLOW EMPLOYEE, SUBORDINATES, AND HIGHER

08:53AM 8    UPS.

08:53AM 9         SHE TESTIFIED YESTERDAY THAT THE NORMANDY 911 SYSTEM WAS A

08:53AM 10   SYSTEM THAT WAS CREATED BY THE -- HER EMPLOYER FOR THAT

08:53AM 11   SPECIFIC PURPOSE OF COMMUNICATING.  NORMANDY 911 SUGGESTS IT

08:53AM 12   WAS -- AND I THINK SHE OPINED -- THAT IT WAS A CREATION BY

08:53AM 13   THERANOS WHEREBY LAB TECHNICIANS COULD COMMUNICATE WITH HASTE

08:53AM 14   WHEN SOMETHING CAME IN THE LAB THAT REQUIRED SOME IMMEDIATE

08:53AM 15   ATTENTION, THAT WAS ONE OF THE GROUPS THAT WAS USED.  THAT

08:53AM 16   SUGGESTS THAT THAT WAS A TOOL THAT THE BUSINESS CREATED FOR

08:53AM 17   THAT PARTICULAR FUNCTION.

08:53AM 18        I BELIEVE SHE ALSO TESTIFIED THAT THIS EMAIL AND THIS

08:53AM 19   SYSTEM WAS SOMETHING THAT WAS CREATED SUCH THAT IT COULD BE

08:54AM 20   USED AS, SHE DIDN'T USE THE WORD ARCHIVE, BUT IT SOUNDED LIKE

08:54AM 21   THAT'S WHAT SHE WAS SPEAKING TO.  THE INFORMATION THAT WAS

08:54AM 22   EXCHANGED IN THE EMAILS COULD BE REVIEWED AND USED FOR

08:54AM 23   LABORATORY PURPOSES.

08:54AM 24        AND I CERTAINLY UNDERSTAND THAT AS THE LABORATORY IS DOING

08:54AM 25   ITS WORK, INSTEAD OF A WRITTEN MEMO -- AGAIN, GOING BACK TO MY

08:54AM  1    SPEAKING ABOUT THE PNEUMATIC TUBE -- THERE'S AN ELECTRONIC

08:54AM  2    RECORD THAT SOMEONE CAN PULL UP AND LET'S SEE WHAT HAPPENED ON

08:54AM  3    TEXT X.

08:54AM  4         SO IT PROVIDES IMMEDIATE RESULTS OF WHAT IS HAPPENING IN

08:54AM  5    REALTIME.

08:54AM  6         THE TESTIMONY SO FAR SEEMS TO SUGGEST THAT THAT WAS

08:54AM  7    SOMETHING THAT WAS CRITICAL TO THE LAB, GETTING THE TEST

08:54AM  8    RESULTS, GETTING QC DONE.  AND, OF COURSE, ANY BUSINESS WE KNOW

08:54AM  9    GETTING THE FOUNDATIONAL WORK OF A BUSINESS ACCOMPLISHED IS THE

08:54AM  10   PRIME DIRECTIVE.

08:55AM  11        IT SEEMS LIKE SO FAR FROM THE TESTIMONY SHE HAS SAID THAT

08:55AM  12   THIS EMAIL WAS PART OF THAT PROCESS.

08:55AM  13        I FEEL COMFORTABLE AND CONFIDENT ABOUT HER TESTIMONY ABOUT

08:55AM  14   THE 911 NORMANDY.

08:55AM  15        SHE DID TESTIFY ABOUT EMAIL IN GENERAL, BUT I'M GOING TO

08:55AM  16   SUGGEST, MR. BOSTIC, MAYBE A LITTLE BIT LARGER, GREATER

08:55AM  17   FOUNDATION WOULD NEED TO BE LAID ABOUT THE USE OF THE EMAIL IN

08:55AM  18   GENERAL AND WHETHER OR NOT THAT EMAIL PROCESS WAS SOMETHING

08:55AM  19   THAT WAS RELIED ON IN THE LAB AS IT RELATES TO THE EXHIBITS

08:55AM  20   THAT YOU'RE SEEKING TO ADMIT.

08:55AM  21        I LOOKED AT THE EXHIBITS.  I DON'T SEE THAT THESE FIT IN A

08:55AM  22   CASUAL CONVERSATION.  WE KNOW THE CASES SPEAK TO THAT.  WHO WON

08:55AM  23   A GAME?  ARE YOU GOING TO A BARBECUE?  DEROGATORY COMMENTS

08:55AM  24   ABOUT OTHER EMPLOYEES, THOSE ARE OBVIOUSLY CASUAL TYPE OF

08:55AM  25   CONVERSATIONS THAT WOULD NOT FOLLOW UNDER A BUSINESS RECORD AND

08:56AM 1    803(6) WOULD NOT PERMIT THOSE TYPES OF EMAILS TO COME IN.

08:56AM 2         BUT I DO THINK THAT, AS I SAID, I DO THINK THAT THE

08:56AM 3    FOUNDATION HAS BEEN LAID UNDER 803(6), AT LEAST AS TO THE

08:56AM 4    NORMANDY.  IT SEEMS TO ME THAT THAT IS -- THIS WITNESS HAS LAID

08:56AM 5    A FOUNDATION FOR THOSE EXHIBITS THAT SEEK TO BE ADMITTED UNDER

08:56AM 6    THAT.

08:56AM 7         SHE MAY HAVE ESTABLISHED A FOUNDATION OR A GENERAL EMAIL

08:56AM 8    PRACTICE, BUT IT'S ONLY AS TO THE LAB AND THESE EXHIBITS,

08:56AM 9    MR. WADE.

08:56AM 10        I AGREE WITH YOU, NOT EVERY EMAIL IS A BUSINESS RECORD.

08:56AM 11   WE HAD THAT DISCUSSION YESTERDAY.  I THINK I ENDED SAYING YOU

08:56AM 12   AGREE THAT SOME EMAILS CAN BE BUSINESS RECORDS, AND I DON'T

08:56AM 13   THINK YOU PART COMPANY WITH THAT.

08:56AM 14        BUT IT DEPENDS ON --

08:56AM 15             MR. WADE:  YES.

08:56AM 16             THE COURT:  BUT IT DEPENDS -- BUT I APPRECIATE YOU

08:56AM 17   BRINGING ME YOUR ARGUMENT THAT AT LEAST SOME OF THESE EXHIBITS

08:56AM 18   ARE NOT.

08:56AM 19        YOU SUGGEST IN YOUR FIVE PAGE MEMO THAT THE COURT NEEDS TO

08:56AM 20   LOOK AT THESE INDIVIDUALLY, AND THAT'S CORRECT, WE HAVE TO GO

08:57AM 21   THROUGH THAT.  AND I THINK THAT'S WHAT MR. BOSTIC IS SUGGESTING

08:57AM 22   THAT HE'LL DO WITH THIS WITNESS IS TO LOOK AT EACH EXHIBIT, GO

08:57AM 23   THROUGH THE EXHIBIT, AND SEE WHETHER OR NOT IT MEETS THE

08:57AM 24   REQUIREMENTS OF 803.

08:57AM 25        IT SEEMS, AT LEAST SO FAR, THIS WITNESS HAS TESTIFIED

08:57AM 1   REGARDING ACTS, UNDER 803(6)(A), UNDER ACTS THAT ARE

08:57AM 2   CONTEMPORANEOUS WITH THE EMAIL, AND THE PERCIPIENT OBSERVATIONS

08:57AM 3   AS A LAB ANALYST, SHE HAS KNOWLEDGE OF THE MATERIAL THAT WAS

08:57AM 4   DISCUSSED.

08:57AM 5       I THINK SHE TALKED ABOUT 803(6)(B), THAT SHE HAD

08:57AM 6   EXPERIENCED THAT THESE RECORDS WERE KEPT IN THE NORMAL COURSE

08:57AM 7   OF BUSINESS.

08:57AM 8       IT WOULD APPEAR THAT THE DUTY TO KEEP THESE RECORDS WAS

08:57AM 9   PARAMOUNT TO THE LAB EMPLOYEES AS THE SPECIFIC INFORMATION THAT

08:57AM 10  WAS EXCHANGED.

08:58AM 11      SHE ALSO TESTIFIED THAT THIS RECORD OF EMAIL WAS A REGULAR

08:58AM 12  PRACTICE OF THE BUSINESS.  IT SHOWS THAT -- HER TESTIMONY SO

08:58AM 13  FAR SHOWS THAT SHE REGULARLY USED EMAIL.

08:58AM 14      NOW, WAS THIS A POLICY?  WAS IT PART OF A MANAGEMENT

08:58AM 15  SCHEME THAT SHE HAD OR SHE HAD TO BE INFORMED OF?  PART OF

08:58AM 16  TRAINING?  WE DON'T KNOW THAT YET.  THAT'S NOT IN EVIDENCE.

08:58AM 17      BUT CERTAINLY SO FAR BY PRACTICE IT APPEARS THAT THAT'S

08:58AM 18  HOW THE LAB RAN, AND THAT'S HOW SHE SUGGESTED THE EMAIL WAS.

08:58AM 19  SHE WAS TO REPORT TO WHOEVER ABOUT WHATEVER RESULTS SHE HAD.

08:58AM 20      SHE WOULD BE FOUND UNDER (D )TO BE A QUALIFIED WITNESS TO

08:58AM 21  TESTIFY AND OFFER THIS EXAMPLE OF EMAIL.  THAT, AS YOU KNOW, IS

08:59AM 22  TO BE BROADLY INTERPRETED.  THE WITNESS ONLY NEEDS TO

08:59AM 23  UNDERSTAND THE RECORDKEEPING SYSTEM.

08:59AM 24      SHE HAS TESTIFIED ABOUT THAT, THE EMAIL WAS USED, IT WAS

08:59AM 25  USED AS -- MY WORD -- ARCHIVAL, IT WAS USED TO LOOK AT AND

08:59AM 1     REVIEW FOR OTHER TESTING PURPOSES.

08:59AM 2          AND THEN 803(6)(E) TALKS ABOUT RELIABILITY.  SHE'S A

08:59AM 3     LAB -- HIRED AS A LAB ANALYST.  SHE SPEAKS ABOUT THE EMAIL

08:59AM 4     BEING USED REGULARLY FOR LAB FUNCTIONING PURPOSES.

08:59AM 5          I DON'T SEE, AT LEAST SO FAR, THAT THESE EMAILS, THE ONES

08:59AM 6     THAT WE'VE TALKED ABOUT, ARE A CASUAL CONVERSATION.

08:59AM 7          I AGREE WITH YOU, MR. WADE, NOT EVERY EMAIL COMES IN.

08:59AM 8          BUT THE ONES AT LEAST THAT SHE'S TALKED ABOUT HERETOFORE I

08:59AM 9     DO THINK FALL UNDER 803 AND THE CRITERIA UNDER 803 AS I'VE GONE

08:59AM 10    THROUGH THEM, AND AT LEAST AS TO THE ESTABLISHMENT OF THOSE

08:59AM 11    CRITERIA FOR WHAT YOU'VE PUT IN, I WOULD OVERRULE YOUR

09:00AM 12    OBJECTION, MR. WADE, AS TO THOSE.

09:00AM 13         NOW, AS TO THE OTHERS THAT YOU SEEK TO ADMIT, I APPRECIATE

09:00AM 14    YOU GIVING US ADVANCE NOTICE OF THAT AND YOUR OBSERVATIONS,

09:00AM 15    TOO, MR. WADE.

09:00AM 16         WE CAN GO THROUGH THOSE EACH TIME AS YOU SEEK TO ADMIT

09:00AM 17    THEM.  I DON'T KNOW IF YOU'RE GOING TO SEEK TO ADMIT THE SERIES

09:00AM 18    THAT MR. WADE SPOKES TO HERE.  THAT'S ENTIRELY UP TO YOU,

09:00AM 19    MR. BOSTIC.

09:00AM 20         I DID HAVE A QUESTION.  I ASKED YOU TO LOOK AT THAT ONE

09:00AM 21    COMMENT YOU MADE.  IT'S ON A DIFFERENT TOPIC ON PAGE 4,

09:00AM 22    EXHIBIT 5189, AND THIS IS RELATED TO ADOPTIVE ADMISSIONS, I

09:00AM 23    THINK UNDER 801(2)(D)(2).

09:00AM 24              MR. BOSTIC:  YES, YOUR HONOR.  ARE YOU REFERRING TO

09:00AM 25    EXHIBIT 1589?

| | | |
|---|---|---|
| 09:00AM | 1 | THE COURT:  YES.  I WASN'T SURE HOW THAT FIT INTO |
| 09:00AM | 2 | THAT CATEGORY.  MAYBE I HAVE THE WRONG EXHIBIT. |
| 09:01AM | 3 | MR. BOSTIC:  SO, YOUR HONOR, 1589 SHOULD BE AT THE |
| 09:01AM | 4 | TOP, A FEBRUARY 26TH, 2014, EMAIL. |
| 09:01AM | 5 | THE COURT:  LET'S SEE. |
| 09:01AM | 6 | (PAUSE IN PROCEEDINGS.) |
| 09:01AM | 7 | THE COURT:  YES, I THINK I HAVE THAT.  YES. |
| 09:01AM | 8 | MR. BOSTIC:  AND THE TOP MESSAGE IS FROM THE WITNESS |
| 09:01AM | 9 | ERIKA CHEUNG TO JAMIE LIU. |
| 09:01AM | 10 | BUT JUST BELOW THAT ON EXHIBIT 1589 IS AN EMAIL MESSAGE |
| 09:01AM | 11 | FROM SUNNY BALWANI TO ERIKA CHEUNG, ADAM ROSENDORFF, THE LAB |
| 09:01AM | 12 | DIRECTOR, AND SEVERAL OTHER EMPLOYEES AT THERANOS EXPLAINING -- |
| 09:01AM | 13 | FIRST OF ALL, REACTING TO SOME DISCUSSION OF QUALITY CONTROL |
| 09:01AM | 14 | ISSUES DISCUSSED BELOW IN THE EMAIL, AND ALSO STATING THAT, OR |
| 09:02AM | 15 | PROVIDING HIS INPUT ON HOW VALIDATION WORK WAS HANDLED FOR THE |
| 09:02AM | 16 | ASSAYS PREVIOUSLY. |
| 09:02AM | 17 | THAT STATEMENT BY MR. BALWANI SHOULD BE ADMISSIBLE, FIRST |
| 09:02AM | 18 | OF ALL, AS A BUSINESS RECORD.  THESE ARE BUSINESS RECORD |
| 09:02AM | 19 | COMMUNICATIONS. |
| 09:02AM | 20 | BUT ALTERNATIVELY, UNDER RULE 801(D)(2) AS A STATEMENT OF |
| 09:02AM | 21 | AN AGENT OF THE DEFENDANT, MS. HOLMES. |
| 09:02AM | 22 | THE COURT:  OKAY.  SO THAT FOUNDATION WOULD HAVE TO |
| 09:02AM | 23 | BE LAID STILL, I THINK.  YOU HAVEN'T DONE THAT YET. |
| 09:02AM | 24 | WHAT YOU'RE SUGGESTING IS THAT, IF NEED BE, YOU'LL LAY THE |
| 09:02AM | 25 | FOUNDATION UNDER 801(D)(2)(D). |

| | | |
|---|---|---|
| 09:02AM | 1 | MR. BOSTIC:  CORRECT, YOUR HONOR. |
| 09:02AM | 2 | I THINK THAT WILL INVOLVE EXPLORING WITH THE WITNESS |
| 09:02AM | 3 | MR. BALWANI'S ROLE IN THE COMPANY AND HOW HE FIT INTO THE |
| 09:02AM | 4 | OVERALL STRUCTURE. |
| 09:02AM | 5 | THE COURT:  AND WE'RE PREMATURE.  WE HAVEN'T GOTTEN |
| 09:02AM | 6 | THERE YET I DON'T THINK. |
| 09:02AM | 7 | MR. WADE:  YOUR HONOR, OUR OBJECTION ON THIS, THE |
| 09:02AM | 8 | GOVERNMENT HAS NOTICED THE STATEMENT ON THE BOTTOM OF 158 -- |
| 09:03AM | 9 | I'M SORRY -- AT THE TOP OF PAGE 2 OF EXHIBIT 1589.  "I'M |
| 09:03AM | 10 | ALREADY EXTREMELY IRRITATED." |
| 09:03AM | 11 | I DON'T KNOW IF THE COURT HAS THE DOCUMENT IN FRONT OF IT. |
| 09:03AM | 12 | THE COURT:  I JUST HAVE THE EXHIBIT IN FRONT OF ME. |
| 09:03AM | 13 | MR. WADE:  ON PAGE 2 OF THE EXHIBIT, THE FIRST FULL |
| 09:03AM | 14 | PARAGRAPH STARTING WITH "HOWEVER." |
| 09:03AM | 15 | THE COURT:  YES. |
| 09:03AM | 16 | MR. WADE:  THE SECOND SENTENCE IN, "I AM ALREADY |
| 09:03AM | 17 | EXTREMELY IRRITATED." |
| 09:03AM | 18 | DO YOU SEE THAT SENTENCE? |
| 09:03AM | 19 | THE COURT:  YES. |
| 09:03AM | 20 | MR. WADE:  THE GOVERNMENT NOTED THAT AS A |
| 09:03AM | 21 | COCONSPIRATOR STATEMENT PURSUANT TO LOCAL RULE 16.SOMETHING. |
| 09:03AM | 22 | WE DISAGREE WITH THAT BEING OFFERED BECAUSE IT'S NOT |
| 09:03AM | 23 | OFFERED IN THE -- IN FURTHERANCE OF ANY CONSPIRACY.  I DON'T |
| 09:03AM | 24 | THINK THEY'VE LAID THAT FOUNDATION. |
| 09:03AM | 25 | THE COURT:  RIGHT. |

09:03AM  1         MR. WADE:  I DON'T THINK THEY CAN LAY THAT

09:03AM  2    FOUNDATION, SO WE WOULD OBJECT ON THAT BASIS.

09:03AM  3         WE WOULD OBJECT ON THE BUSINESS -- YOU KNOW, ON HEARSAY

09:04AM  4    GROUNDS AS WELL.

09:04AM  5         THE COURT:  SURE.  OKAY.

09:04AM  6         MR. WADE:  YOUR HONOR, I JUST NOTE FOR THE RECORD, I

09:04AM  7    UNDERSTAND THE COURT'S RULING AND WE'LL DEAL WITH THESE AS THE

09:04AM  8    DOCUMENTS GO THROUGH.

09:04AM  9         I JUST DO WANT TO MAKE CLEAR ON THE SPECIFIC EXHIBITS THE

09:04AM 10    POINT THAT WE MADE YESTERDAY, THAT IN ADDITION TO THIS, GIVEN

09:04AM 11    THAT THESE DOCUMENTS THAT THE GOVERNMENT HAS OFFERED, THE

09:04AM 12    SPECIFIC EXHIBITS I IDENTIFIED DON'T GO TO OUR CLIENT AND SO

09:04AM 13    IT'S NOT RELEVANT TO HER KNOWLEDGE, AND IT HAS ONLY -- GIVEN

09:04AM 14    THE ALLEGATIONS IN THE CASE, WHICH IS A WIRE FRAUD CASE, NOT A

09:04AM 15    DEFICIENT LAB PRACTICES CASE, IT HAS ONLY MINIMAL RELEVANCE.

09:04AM 16         WE WOULD ALSO OBJECT TO THEIR ADMISSION UNDER 401 AND 403.

09:04AM 17         BUT I UNDERSTAND THE COURT'S RULING AND I'LL LEAVE THAT

09:04AM 18    ISSUE AT THAT.

09:04AM 19         THERE ARE A COUPLE OF OTHER PRELIMINARY MATTERS THAT MIGHT

09:04AM 20    MAKE SENSE TO AT LEAST FLAG SO WE'RE AWARE OF THEM --

09:04AM 21         THE COURT:  SURE.

09:05AM 22         MR. WADE:  -- GOING FORWARD IF THIS IS THE

09:05AM 23    APPROPRIATE TIME TO DO THAT.

09:05AM 24         THE COURT:  WELL, IT PROBABLY IS SINCE WE'RE OUTSIDE

09:05AM 25    OF THE PRESENCE OF THE JURY, I THINK.

09:05AM   1          MR. WADE:  I THINK THAT MIGHT BE THE MOST EFFICIENT

09:05AM   2   WAY TO DO IT.

09:05AM   3          THERE ARE A COUPLE OF STATEMENTS THAT THE GOVERNMENT

09:05AM   4   APPEARS INCLINED TO OFFER.  IT'S NOT CLEAR BECAUSE, AS THE

09:05AM   5   COURT KNOWS, THEY -- WE FILED A PRETTY BROAD MOTION WITH

09:05AM   6   RESPECT TO MS. CHEUNG AND STATEMENTS UNDER 302, AND THE

09:05AM   7   GOVERNMENT'S RESPONSE WAS LARGELY, WE UNDERSTAND THE RULES OF

09:05AM   8   EVIDENCE, WE'RE ONLY GOING TO OFFER ADMISSIBLE EVIDENCE.

09:05AM   9          SO IT'S NOT CLEAR WHETHER THIS IS AN ISSUE, BUT IT'S A

09:05AM   10   POTENTIALLY SIGNIFICANT ONE, SO I WANTED TO RAISE IT IN ADVANCE

09:05AM   11   SO WE COULD ADDRESS IT IF NEED BE.

09:05AM   12          THERE ARE A COUPLE OF THESE.  THE FIRST, YOUR HONOR, IS

09:05AM   13   THERE'S AN INTERACTION BETWEEN MS. CHEUNG AND MR. SHULTZ.

09:05AM   14   THERE ARE SEVERAL INTERACTIONS WITH MS. CHEUNG AND MR. SHULTZ,

09:05AM   15   AND THEN THERE ARE SOME SUBSEQUENT INTERACTIONS BETWEEN THE TWO

09:06AM   16   OF THEM AND FORMER SECRETARY OF STATE GEORGE SHULTZ.

09:06AM   17          ALL OF THOSE INVOLVE ENOUGH LAYERS OF HEARSAY THAT THEY

09:06AM   18   WOULD BE A GREAT LAW SCHOOL EXAMINATION QUESTION, BUT WE WOULD

09:06AM   19   OBJECT TO THE ADMISSIBILITY OF THOSE STATEMENTS.  THEY'RE NOT

09:06AM   20   RELEVANT, THEY'RE HIGHLY, HIGHLY PREJUDICIAL GIVEN THE NATURE

09:06AM   21   OF THE STATEMENTS THAT ARE SET FORTH IN THE 302, AND THEY'RE

09:06AM   22   MULTIPLE LAYERED HEARSAY.

09:06AM   23          SO WE WOULD OBJECT TO THEM UNDER 802 AND 805.

09:06AM   24          I CAN PAUSE THERE, YOUR HONOR, IF WE WANT TO GIVE THE

09:06AM   25   GOVERNMENT A CHANCE TO ADDRESS THAT ISSUE BEFORE MOVING TO THE

09:06AM   1     NEXT ONE.

09:06AM   2              THE COURT:  MR. BOSTIC?

09:06AM   3              MR. BOSTIC:  I'M HAPPY TO ADDRESS IT, YOUR HONOR.

09:06AM   4        FIRST OF ALL, I'M NOT SURE EXACTLY WHAT STATEMENTS OR

09:06AM   5     INTERACTIONS BETWEEN ERIKA CHEUNG AND TYLER SHULTZ THAT THE

09:07AM   6     DEFENSE COUNSEL IS REFERENCING.

09:07AM   7        THE CONVERSATION THAT THE TWO OF THEM HAD WITH SECRETARY

09:07AM   8     SHULTZ, A MEMBER OF THE BOARD OF DIRECTORS, I STRUGGLE TO SEE

09:07AM   9     HOW OR TO UNDERSTAND HOW EMPLOYEES RAISING CONCERNS TO A MEMBER

09:07AM  10     OF THE BOARD OF THE COMPANY, A MEMBER OF THE BOARD WHO HAD

09:07AM  11     FREQUENT COMMUNICATIONS WITH THE CEO OF THAT COMPANY WHO IS THE

09:07AM  12     DEFENDANT ON TRIAL HERE, ARE NOT RELEVANT OR PREJUDICIAL.

09:07AM  13        WHEN EMPLOYEES RAISE CONCERNS TO THE BOARD OF A COMPANY,

09:07AM  14     IT, IT IS RELEVANT TO THE QUESTION OF WHETHER THE CEO WAS AWARE

09:07AM  15     OF THOSE CONCERNS AND THOSE ISSUES.

09:07AM  16        I THINK HERE'S WHERE THE PARTIES PART WAYS GENERALLY IN

09:07AM  17     HOW THEY VIEW EVIDENCE OF MS. HOLMES'S KNOWLEDGE OF WHAT WAS

09:07AM  18     HAPPENING AT THE COMPANY.

09:07AM  19        THE DEFENSE IS TAKING THE POSITION IMPLICITLY THAT ONLY

09:07AM  20     DIRECT EVIDENCE OF HER KNOWLEDGE IS ADMISSIBLE.

09:07AM  21        I'M NOT AWARE THAT THEY HAVE CITED ANY CASE LAW OR

09:07AM  22     AUTHORITY THAT IMPOSES SO STRICT A RULE.

09:08AM  23        THE GENERAL RULE IN CASES IS THAT CIRCUMSTANTIAL EVIDENCE

09:08AM  24     IS ALSO ADMISSIBLE TO PROVE FACTS.  EVIDENCE IS RELEVANT IF IT

09:08AM  25     TENDS TO MAKE A FACT IN CONTENTION MORE OR LESS LIKELY.

09:08AM  1        HERE WHEN AN EMPLOYEE DISCUSSES CONCERNS WITH OTHER

09:08AM  2   EMPLOYEES, OR EVEN BETTER, RAISES THOSE CONCERNS UP THE CHAIN

09:08AM  3   TO SOMEONE WHO, IN MANY CASES REPORTS DIRECTLY TO THE

09:08AM  4   DEFENDANT, TO A BOARD MEMBER WHO FREQUENTLY INTERACTS WITH THE

09:08AM  5   DEFENDANT AND HAS SOME AUTHORITY OSTENSIBLY OVER THE OPERATION

09:08AM  6   OF THE COMPANY, THOSE FACTS UNDER 401 INCREASE THE LIKELIHOOD

09:08AM  7   THAT THE DEFENDANT WAS AWARE OF THESE ISSUES, AND THEY

09:08AM  8   CONSTITUTE CIRCUMSTANTIAL EVIDENCE OF MS. HOLMES'S KNOWLEDGE OF

09:08AM  9   THESE ISSUES, SO THEY SHOULD BE ADMISSIBLE FOR THAT REASON.

09:08AM  10        THE COURT:  IS THIS THE, IS THIS THE CONVERSATION IN

09:08AM  11   THE 302 THAT I THINK, MR. WADE, YOU IDENTIFIED IT'S ON BATES

09:09AM  12   4918?

09:09AM  13        MR. WADE:  IS THAT DOCKET 1000-2 AT 6 AND 7?

09:09AM  14        THE COURT:  1000-1, MS. SAHARIA'S DECLARATION IN

09:09AM  15   SUPPORT.

09:09AM  16        MR. WADE:  YEAH, I BELIEVE WE'RE TALKING ABOUT THE

09:09AM  17   SAME CONVERSATION.

09:09AM  18        AND JUST SO WE'RE CLEAR, THE ISSUE HERE IS HEARSAY.  THERE

09:09AM  19   ARE MULTIPLE LAYERS.  SO IF WE TAKE IT BRICK BY BRICK, THERE

09:09AM  20   ARE COMMUNICATIONS BETWEEN TWO EMPLOYEES, MR. SHULTZ AND

09:09AM  21   MS. CHEUNG.

09:09AM  22        THOSE COMMUNICATIONS GO BACK AND FORTH AND ARE HEARSAY.

09:09AM  23   THERE ARE THEN COMMUNICATIONS FROM EACH OF THEM POTENTIALLY TO

09:10AM  24   SECRETARY SHULTZ, AND WHO IS NOW DECEASED, AND THEN THERE ARE

09:10AM  25   COMMUNICATIONS BACK TO THE TWO OF THEM FROM SECRETARY SHULTZ TO

09:10AM 1    THEM.

09:10AM 2        THERE'S ALSO A RELATED ISSUE, YOUR HONOR, WHICH RELATES TO

09:10AM 3    EXHIBIT 1660, WHICH IS AN EMAIL FROM MR. SHULTZ TO MS. HOLMES

09:10AM 4    WITH RESPECT TO HIS ISSUES, HIS CONCERNS THAT HE COMMUNICATED

09:10AM 5    TO MS. HOLMES.

09:10AM 6        OF COURSE THE GOVERNMENT CAN CALL MR. SHULTZ TO TESTIFY

09:10AM 7    ABOUT HIS INTERACTIONS, BUT THE FACT THAT MR. SHULTZ

09:10AM 8    COMMUNICATED WITH MS. CHEUNG IS HEARSAY AND THOSE

09:10AM 9    COMMUNICATIONS ARE NOT ADMISSIBLE FOR THAT PURPOSE.

09:10AM 10       THEY'RE ALSO HIGHLY PREJUDICIAL AND ONLY MINIMALLY

09:11AM 11   RELEVANT.  THEY HAVE EVIDENCE THAT THEY CAN OFFER WITH RESPECT

09:11AM 12   TO THOSE COMMUNICATIONS.

09:11AM 13       SO THEY HAVE THE MEANS BY WHICH TO DO THAT.  THEY

09:11AM 14   SHOULDN'T BE ABLE TO BRING OR SMUGGLE HEARSAY IN THROUGH

09:11AM 15   MS. CHEUNG.  THEY CAN CALL MR. SHULTZ AND HE CAN BE

09:11AM 16   CROSS-EXAMINED, AND THAT'S THE WAY TO DEAL WITH IT.

09:11AM 17       SO THERE ARE REALLY TWO ISSUES THERE, YOUR HONOR.  ONE IS

09:11AM 18   THAT EXHIBIT, AND THE OTHER IS, ARE THESE NUMEROUS DIFFERENT

09:11AM 19   COMMUNICATIONS?

09:11AM 20       AND WE'RE LOOKING AT AN EXCERPT FROM A 302, AND MAYBE THE

09:11AM 21   GOVERNMENT CAN PROVIDE A PROFFER OF WHAT IT EXPECTS WILL COME,

09:11AM 22   BUT I THINK THERE IS SIGNIFICANT HEARSAY ISSUES AND HUGE 403

09:11AM 23   ISSUES THERE BECAUSE WE CAN'T CROSS-EXAMINE THOSE STATEMENTS

09:11AM 24   AND SO THERE ARE CONFRONTATION ISSUES AND THE LIKE.

09:11AM 25           THE COURT:  WELL, I'M JUST LOOKING AT THE 302.  I'M

09:11AM  1    NOT LOOKING AT THESE OTHER EMAILS THAT YOU'RE TALKING ABOUT.  I

09:11AM  2    DON'T HAVE THOSE.

09:11AM  3        SO, MR. BOSTIC?

09:12AM  4            MR. WADE:  I BELIEVE THE COURT HAS 16 -- IF YOU HAVE

09:12AM  5    THE GOVERNMENT'S EXHIBIT BINDER, I BELIEVE YOU HAVE 1660.

09:12AM  6            THE COURT:  I'M TALKING ABOUT IN YOUR DOCUMENT.

09:12AM  7            MR. WADE:  OH.

09:12AM  8            THE COURT:  WHEN YOU FILED YOUR INITIAL OBJECTIONS

09:12AM  9    TO THIS IN MS. SAHARIA'S DECLARATION, THOSE ARE RELATED TO THE

09:12AM  10   302.

09:12AM  11           MR. WADE:  THAT'S CORRECT, YOUR HONOR.

09:12AM  12       AND THEN WE RECEIVED SOME ADDITIONAL DISCOVERY FROM THE

09:12AM  13   GOVERNMENT AFTER WE FILED THAT MOTION, AND SO OUR KNOWLEDGE OF

09:12AM  14   THAT HAS INCREASED AND THE GOVERNMENT NOTICED THEIR SPECIFIC

09:12AM  15   EXHIBITS AND SO THERE'S THIS EXHIBIT THAT MAY COME UP BEFORE

09:12AM  16   THE COURT AND WE WANTED TO -- GIVEN WE DEFERRED RULING ON THAT,

09:12AM  17   WE WANTED TO RAISE THAT.

09:12AM  18           MR. BOSTIC:  YOUR HONOR, I THINK THERE'S SOME

09:12AM  19   CONFUSION HERE ABOUT THE -- EXCUSE ME -- THE WAY TO ANALYZE

09:12AM  20   THIS TESTIMONY AND THIS PARTICULAR EXHIBIT, 1660.  THIS IS

09:12AM  21   ACTUALLY NOT A HEARSAY ISSUE.

09:12AM  22       THE PURPOSE OF INTRODUCING THAT TESTIMONY ABOUT THOSE

09:12AM  23   CONVERSATIONS, THE CONVERSATION WITH ERIKA CHEUNG AND

09:13AM  24   TYLER SHULTZ, WITH HIS GRANDFATHER, GEORGE SHULTZ, THE MEMBER

09:13AM  25   OF THE BOARD, AND THE COMMUNICATION WITH MS. HOLMES IS NOT FOR

09:13AM 1    THE TRUTH OF THE SUBSTANCE OF THOSE CONVERSATIONS OR

09:13AM 2    COMMUNICATIONS, BUT RATHER TO SHOW NOTICE TO MS. HOLMES, NOTICE

09:13AM 3    TO THE COMPANY GENERALLY, NOTICE TO HIGH LEVELS AT THE COMPANY.

09:13AM 4        FOR THAT PURPOSE, WE ARE NOT GOING TO BE ASKING THE JURY,

09:13AM 5    FOR EXAMPLE, WITH EXHIBIT 1660, WHICH IS AN EMAIL SENT BY

09:13AM 6    TYLER SHULTZ TO ELIZABETH HOLMES OF WHICH ERIKA CHEUNG WAS

09:13AM 7    AWARE, WE'RE NOT GOING TO BE ASKING THE JURY TO TAKE AT FACE

09:13AM 8    VALUE THE CLAIMS IN THAT LETTER OR THAT EMAIL.  THIS IS AN

09:13AM 9    EMAIL WHERE TYLER SHULTZ RAISED CONCERNS TO MS. HOLMES, AND THE

09:13AM 10   POINT HERE IS TO SHOW THAT THOSE CONCERNS WERE RAISED.  THE

09:13AM 11   GOVERNMENT IS ENTITLED TO DO THAT.

09:13AM 12       MS. CHEUNG'S OTHER TESTIMONY, HER TESTIMONY ABOUT HER

09:13AM 13   PERSONAL OBSERVATIONS AT THE LAB, HER EXPERIENCE WITH PROBLEMS,

09:13AM 14   THAT WILL SUBSTANTIATE, THAT WILL SHOW WHAT ISSUES THERE WERE

09:14AM 15   IN THE LAB, WHAT THE DEFICIENCIES WERE AND THE ACCURACY OF

09:14AM 16   THERANOS'S TESTS.

09:14AM 17       THE EMAIL FROM TYLER SCHULTZ TO MS. HOLMES IS ABOUT

09:14AM 18   NOTICE, AND, THEREFORE, IT DOESN'T FALL WITHIN A HEARSAY

09:14AM 19   ANALYSIS.

09:14AM 20           THE COURT:  SO IF THE COURT WERE TO ALLOW IT TO COME

09:14AM 21   IN FOR THAT PURPOSE, EXCUSE ME, THE COURT WOULD ADMONISH THE

09:14AM 22   JURY THAT IT'S NOT ADMITTED FOR THE TRUTH OF THE MATTER

09:14AM 23   ASSERTED, BUT IT ONLY GOES AND THEY MAY CONSIDER IT ONLY AS TO

09:14AM 24   THE ISSUE OF NOTICE, AND THEY CAN THEN GIVE IT WHATEVER WEIGHT

09:14AM 25   THEY FEEL IS APPROPRIATE AT THAT POINT.

09:14AM  1          MR. WADE?

09:14AM  2                MR. WADE:  YOUR HONOR, WE WOULD STRONGLY OBJECT TO

09:14AM  3     THE ADMISSION OF THIS DOCUMENT FOR THAT PURPOSE THROUGH THIS

09:14AM  4     WITNESS.  IT'S -- THE INTERACTIONS WITH THIS WITNESS ON THESE

09:14AM  5     ISSUES, WHICH SHE WASN'T A DIRECT PARTY TO, ARE NOT -- ARE

09:14AM  6     HIGHLY PREJUDICIAL.

09:15AM  7          THEY HAVE A WITNESS WHO THEY CAN CALL.  THEY SEEM

09:15AM  8     DISINCLINED TO WANT TO CALL MR. SHULTZ FOR SOME REASON, I

09:15AM  9     ASSUME GIVEN THAT THEY WANT TO BRING THIS EXHIBIT IN THROUGH

09:15AM  10    MS. CHEUNG.

09:15AM  11         BUT THE COMMUNICATIONS BETWEEN -- TO LAY THE FOUNDATION TO

09:15AM  12    GET IT THROUGH WITH THIS WITNESS, THEY HAVE TO REFLECT HEARSAY

09:15AM  13    COMMUNICATIONS BETWEEN MS. CHEUNG AND MR. SHULTZ WHICH ARE

09:15AM  14    HEARSAY.

09:15AM  15               THE COURT:  WELL, WOULD THEY BE HEARSAY IF IT THEY

09:15AM  16    WERE CONVERSATIONS THAT DESCRIBED SUBSEQUENT CONDUCT, THAT IS,

09:15AM  17    IT IS NOT ADMITTED FOR THE TRUTH OF WHAT IS SUGGESTED IN THE

09:15AM  18    CONVERSATION IF THERE WAS ANY, BUT RATHER IT JUST GOES TO SHOW

09:15AM  19    SUBSEQUENT CONDUCT OF THE PARTY?

09:15AM  20         I DON'T KNOW IF THAT'S WHAT YOU WERE GETTING TO.

09:15AM  21               MR. BOSTIC:  THAT'S PARTLY IT, YOUR HONOR.

09:15AM  22         SO, FIRST OF ALL, DURING MS. CHEUNG'S TESTIMONY, SHE'S

09:15AM  23    GOING TO TALK ABOUT SPECIFIC ISSUES AND PROBLEMS THAT SHE SAW

09:15AM  24    IN THE LAB.

09:16AM  25         IT SO HAPPENS THAT THE EMAIL FROM TYLER SHULTZ TO

09:16AM  1    ELIZABETH HOLMES RAISES SEVERAL OF THOSE SAME ISSUES TO THE

09:16AM  2    DEFENDANT DIRECTLY.

09:16AM  3        I SHOULD ALSO NOTE THAT THE PARTIES HAVE ENTERED INTO A

09:16AM  4    STIPULATION REGARDING THE AUTHENTICITY OF EMAILS TO AND FROM

09:16AM  5    THERANOS EMPLOYEES THAT COVERS THIS VERY DOCUMENT.

09:16AM  6        SO THERE'S NO DISPUTE THAT THIS EMAIL IS WHAT IT APPEARS

09:16AM  7    TO BE, THAT IT WAS SENT FROM TYLER SHULTZ TO MS. HOLMES ON THIS

09:16AM  8    DATE.  THAT'S MY UNDERSTANDING.

09:16AM  9        SO THE QUESTION IS, WHY DOES IT COME IN?  IT COMES IN

09:16AM 10    BECAUSE IT CONNECTS THE TESTIMONY, THE EVIDENCE ABOUT PROBLEMS

09:16AM 11    IN THE LAB, TO MS. HOLMES'S AWARENESS.

09:16AM 12        WE WILL NOT ASK THE JURY TO RELY ON THE TRUTH OF THE

09:16AM 13    STATEMENTS IN THAT EMAIL.  BUT THE FACT THAT HERE'S

09:16AM 14    COMMUNICATION PUTTING MS. HOLMES ON NOTICE OF THESE ISSUES THAT

09:16AM 15    HAVE PREVIOUSLY BEEN DISCUSSED AND PROVEN SEPARATELY IS HIGHLY

09:16AM 16    RELEVANT IN THIS CASE.

09:16AM 17        AND AS FAR AS MS. CHEUNG'S ABILITY TO COMMENT ON IT, IT'S

09:16AM 18    RELEVANT TO EXPLAIN HER SUBSEQUENT ACTIONS, BECAUSE HER

09:17AM 19    KNOWLEDGE OF THIS EMAIL IS THE SOLE OR PRIMARY REASON WHY SHE

09:17AM 20    DID NOT RAISE HER CONCERNS DIRECTLY TO MS. HOLMES.

09:17AM 21        SHE WILL TESTIFY ABOUT A CONVERSATION THAT SHE HAD WITH

09:17AM 22    MR. BALWANI WHERE SHE RAISED HER CONCERNS TO HIM BASED ON HER

09:17AM 23    EXPERIENCES THAT SHE IS GOING TO DESCRIBE, BUT SHE DID NOT GO

09:17AM 24    TO MS. HOLMES, AND THIS IS WHY, BECAUSE BASED ON THIS, SHE

09:17AM 25    UNDERSTOOD THAT MS. HOLMES HAD ALREADY HAD THE CHANCE TO BECOME

09:17AM 1       AWARE OF THESE ISSUES.

09:17AM 2              THE COURT:  WELL, I THINK THAT'S WHAT I GLEANED FROM

09:17AM 3       LOOKING AT SOME OF THE EARLIER PLEADINGS ON THIS ISSUE, THAT

09:17AM 4       THIS WOULD GO TO, AND THIS WITNESS WOULD PERHAPS TESTIFY -- I

09:17AM 5       DON'T KNOW IF SHE WILL, BUT WOULD PERHAPS TESTIFY THAT, AS

09:17AM 6       MR. BOSTIC JUST SAID, IT WAS MY WORD, FUTILE, TO GO FURTHER

09:17AM 7       BECAUSE IN HER OPINION, KNOWLEDGE, INFORMATION BASE, IT HAD

09:17AM 8       ALREADY BEEN REPORTED TO MS. HOLMES.  I THINK THAT'S WHAT

09:17AM 9       YOU'RE ARGUING.  I THINK THAT'S WHAT I CAPTURED IN SOME OF THE

09:17AM 10      PLEADINGS.

09:17AM 11         SO IT DOES, AS I SAID EARLIER, EXPLAIN HER SUBSEQUENT

09:18AM 12      CONDUCT OF DOING WHATEVER SHE DID AFTER THAT.

09:18AM 13             MR. WADE:  WE DON'T THINK THAT THAT'S IN ANY WAY

09:18AM 14      RELEVANT TO THIS WIRE FRAUD CASE, YOUR HONOR.  WHY THE WITNESS

09:18AM 15      DID OR DIDN'T DO SOMETHING IS NOT RELEVANT.

09:18AM 16         SHE REPORTED SOMETHING TO MR. BALWANI AND MR. BALWANI

09:18AM 17      REACTED.  THAT'S ADMISSIBLE.

09:18AM 18         BUT WHY SHE CHOSE NOT TO REPORT IT TO SOMEONE ELSE OR --

09:18AM 19      IS NOT RELEVANT.

09:18AM 20             THE COURT:  IS IT RELEVANT TO THE -- AGAIN, I'M

09:18AM 21      JUST -- WE HAVEN'T HEARD THIS TESTIMONY, BUT WOULD IT BE

09:18AM 22      RELEVANT TO HER SUBSEQUENT CONDUCT OF REPORTING TO AN AGENCY?

09:18AM 23             MR. WADE:  HER SUBSEQUENT CONDUCT OF REPORTING TO AN

09:18AM 24      AGENCY ISN'T RELEVANT, EITHER.

09:18AM 25             THE COURT:  MR. BOSTIC?

09:18AM  1            MR. WADE:  AND IT'S HIGHLY PREJUDICIAL ON BOTH OF

09:18AM  2    THESE PIECES OF EVIDENCE.

09:18AM  3            MR. BOSTIC:  I DISAGREE, YOUR HONOR.  I THINK HER

09:19AM  4    ACTION IN REPORTING IT TO AN AGENCY, FIRST OF ALL, WAS PROMPTED

09:19AM  5    BY ACTIONS TAKEN BY THERANOS IN SENDING HER A THREATENING

09:19AM  6    LETTER, AND IT WAS ALSO PROMPTED BY, OF COURSE, HER

09:19AM  7    OBSERVATIONS OF THE ISSUES IN THE LAB.

09:19AM  8        THE FACT THAT SHE TOOK THAT STEP OF REPORTING THE

09:19AM  9    DEFICIENCIES AT THERANOS TO CMS, TO A GOVERNMENTAL REGULATORY

09:19AM 10    AGENCY, SHOWS HER STATE OF MIND, SHOWS -- IT'S RELEVANT TO HER

09:19AM 11    CREDIBILITY WHEN IT COMES TO HER PERCEPTION OF THE SERIOUSNESS

09:19AM 12    OF THESE ISSUES, AND FOR THOSE REASONS IT SHOULD BE ADMISSIBLE

09:19AM 13    AND THE JURY SHOULD HAVE A CHANCE TO HEAR ABOUT THAT.

09:19AM 14            MR. WADE:  WE HAVEN'T ATTACKED HER CREDIBILITY ON

09:19AM 15    THESE ISSUES, YOUR HONOR, AND HER STATE OF MIND IS NOT RELEVANT

09:19AM 16    WITH RESPECT.

09:19AM 17            THE COURT:  OKAY.

09:19AM 18            MR. WADE:  THAT LEADS TO THE OTHER ISSUE.  THERE ARE

09:19AM 19    SEVERAL PIECES OF EVIDENCE THAT IT SEEMS LIKE THE GOVERNMENT

09:19AM 20    WANTS TO OFFER WITH RESPECT TO HER EMOTIONAL STATE IN RESPONSE

09:19AM 21    TO THINGS THAT ARE OCCURRING WITHIN THE COMPANY.

09:19AM 22        WE DON'T SEE THAT AS IN ANY WAY RELEVANT.  IT'S HIGHLY

09:20AM 23    PREJUDICIAL UNDER 403.

09:20AM 24        HER REACTION AND HOW SHE FELT ABOUT WHAT WAS HAPPENING IS

09:20AM 25    NOT RELEVANT TO THIS WIRE FRAUD CASE.

09:20AM  1      WHAT SHE DID, WHO SHE COMMUNICATED WITH, THAT'S RELEVANT.

09:20AM  2      HER STATE OF MIND WITH RESPECT TO WHY SHE DIDN'T DO

09:20AM  3  SOMETHING OR DID DO SOMETHING, HOW HER HOPES AND DREAMS WERE

09:20AM  4  DASHED AND SHE DECIDED TO LEAVE, WHICH I'VE HEARD THIS STORY

09:20AM  5  TOLD, AND SHE, SHE -- I UNDERSTAND SHE FEELS THAT WAY.

09:20AM  6      BUT WE HAVE NOT ATTACKED THAT, IT'S NOT AN ISSUE, AND WE

09:20AM  7  DON'T THINK THAT IT'S APPROPRIATE FOR HER TO SAY HOW SHE FELT

09:20AM  8  ABOUT THESE INTERACTIONS.

09:20AM  9      THE COURT:  I THINK SHE'S TESTIFIED TO SOME OF THE

09:20AM 10  REASONS WHY SHE LEFT, I THINK.

09:20AM 11      MR. WADE:  SHE TESTIFIED IN A GENERAL WAY AND WE

09:20AM 12  DIDN'T OBJECT TO THAT, YOUR HONOR.

09:20AM 13      THE COURT:  RIGHT.

09:20AM 14      MR. WADE:  BUT IT IS ONE OF THE ISSUES THAT WE RAISE

09:20AM 15  IN OUR MOTION AND I WANT TO RERAISE NOW BECAUSE IT SEEMS LIKE

09:21AM 16  THE EXAMINATION IS DESIGNED TO PULL OUT THAT EVIDENCE, AND

09:21AM 17  IT'S -- IT'S HIGHLY INFLAMMATORY, ALL BEARING IN MIND SHE HAD

09:21AM 18  ONE INTERACTION, SUBSTANTIVE INTERACTION WITH OUR CLIENT, YOU

09:21AM 19  KNOW, AS BEST WE CAN TELL HERE.

09:21AM 20      SO THIS IS, THIS IS IN THE CHEAPEST SEATS OF THE HOUSE IN

09:21AM 21  TERMS OF RELEVANCE WITH RESPECT TO OUR CLIENT.

09:21AM 22      IF THERANOS ITSELF WAS ON TRIAL, MAYBE A LOT OF THIS WOULD

09:21AM 23  BE A DIFFERENT STORY.  BUT IT'S NOT.  OUR CLIENT IS ON TRIAL.

09:21AM 24      A LOT OF THE INCIDENTS SHE TALKS ABOUT, OUR CLIENT -- THE

09:21AM 25  GOVERNMENT HAS NOT TIED THEM TO OUR CLIENT.  THE GOVERNMENT

09:21AM  1      WANTS TO OFFER THAT EVIDENCE.  WE HAVE A STANDING OBJECTION

09:21AM  2      WITH RESPECT TO ALL OF IT UNDER 401 AND 403.

09:21AM  3          BUT TO LAYER ON TOP OF THAT HOW SHE FELT ABOUT THAT AND

09:21AM  4      WHAT THAT MEANT ABOUT HER EXPERIENCE, YOU KNOW, AS A YOUNG

09:21AM  5      PROFESSIONAL IS INCREDIBLY INFLAMMATORY TESTIMONY THAT IS

09:22AM  6      HIGHLY PREJUDICIAL TO OUR CLIENT AND, FRANKLY, NOT RELEVANT.

09:22AM  7              THE COURT:  LET ME ASK.  MR. BOSTIC, ARE YOU

09:22AM  8      INCLINED TO INQUIRE DEEPLY INTO HER PERSONAL FEELINGS AND HER

09:22AM  9      CAREER BEING DASHED, ET CETERA?

09:22AM 10              MR. BOSTIC:  I'M SORRY, YOUR HONOR.

09:22AM 11              THE COURT:  NO.  ARE YOU GOING TO TRY TO EVOKE SOME

09:22AM 12      EMOTIONAL RESPONSE FROM THE WITNESS ON THE STAND?

09:22AM 13              MR. BOSTIC:  BY NO MEANS IS THAT THE FOCUS OF THE

09:22AM 14      GOVERNMENT'S INQUIRY, YOUR HONOR.  BY NO MEANS IS THAT THE

09:22AM 15      PURPOSE OF THIS WITNESS'S TESTIMONY.

09:22AM 16          AT THE SAME TIME, THOUGH, I'M NOT AWARE OF ANY RULE THAT

09:22AM 17      PROHIBITS WITNESSES FROM EXPLAINING WHY THEY TOOK A GIVEN

09:22AM 18      ACTION OR WHY THEY DIDN'T TAKE A GIVEN ACTION FOR EXPLAINING

09:22AM 19      THE EFFECTS THAT AN EVENT HAD ON THEIR THOUGHT PROCESSES AND

09:22AM 20      THEIR DECISION MAKING PROCESS FOR WHAT THEY DID NEXT.

09:22AM 21          THAT SEEMS TO BE A CORE ELEMENT OF WHAT MANY WITNESSES

09:22AM 22      FREQUENTLY TESTIFY TO.

09:22AM 23          SO I TAKE MR. WADE'S POINT AS A POINT UNDER 403.  THE

09:22AM 24      GOVERNMENT IS AWARE OF 403.

09:22AM 25              CONCEIVABLY, WHEN IT COMES TO EMOTIONALLY CHARGED

889

09:23AM 1    TESTIMONY, THERE COULD BE A THRESHOLD BEYOND WHICH THE

09:23AM 2    PROBATIVE VALUE OF THAT TESTIMONY STARTS TO BE OUTWEIGHED OR

09:23AM 3    SUBSTANTIALLY OUTWEIGHED BY THE PREJUDICIAL EFFECT OF IT.

09:23AM 4        THE GOVERNMENT HAS NO INTENTION OF GETTING ANYWHERE NEAR

09:23AM 5    THAT LINE IN THIS CASE.

09:23AM 6        BUT 403 DOESN'T REQUIRE WITNESSES TO TESTIFY AS

09:23AM 7    AUTOMATONS, SCRUBBING THEIR TESTIMONY OF ANYTHING THAT MIGHT

09:23AM 8    PROVOKE AN EMOTIONAL REACTION.  THEY SHOULD BE ABLE TO TELL THE

09:23AM 9    STORY OF WHAT HAPPENED AND WHY THEY DID WHAT THEY DID.

09:23AM 10       AS FAR AS THE RELEVANCE HERE AND THE CONNECTION TO

09:23AM 11   MS. HOLMES, I'LL BRIEFLY COMMENT WE ARE AT THE BEGINNING OF THE

09:23AM 12   TRIAL.  THIS WITNESS IS GOING TO TESTIFY ABOUT PROBLEMS THAT

09:23AM 13   SHE SAW IN THE LAB.  SUBSEQUENT WITNESSES WILL TESTIFY ABOUT

09:23AM 14   THEIR AWARENESS OF THOSE PROBLEMS AND HOW THAT INFORMATION WAS

09:23AM 15   ELEVATED TO THE TOP OF THE COMPANY, INCLUDING MS. HOLMES AND

09:23AM 16   MR. BALWANI.

09:23AM 17            THE COURT:  ALL RIGHT.  THANK YOU.

09:23AM 18       THANK YOU FOR THE DISCUSSION HERE.

09:23AM 19       AND, MR. WADE, I THINK YOU'VE PUT THE COURT AND MR. BOSTIC

09:23AM 20   ON NOTICE ABOUT YOUR CONCERNS ABOUT 403 ISSUES REGARDING

09:24AM 21   MS. CHEUNG AND HER PERSONAL EMOTIONAL FEELINGS AS TO WHAT MIGHT

09:24AM 22   HAPPEN.

09:24AM 23       AND I AGREE WITH YOU.  I DON'T THINK THAT MR. BOSTIC IS

09:24AM 24   GOING TO ASK QUESTIONS TO TRY TO ENGENDER AN EMOTIONAL RESPONSE

09:24AM 25   FROM THE WITNESS.  THAT'S NOT SOMETHING THAT HE WANTS TO DO,

09:24AM  1    NEEDS TO DO.  HE WANTS THE INFORMATION FROM THE WITNESS.

09:24AM  2         BUT WITNESSES TESTIFY IN DIFFERENT MANNERS.  WE'LL MANAGE

09:24AM  3    THAT.

09:24AM  4         AND I DON'T THINK MS. CHEUNG, I'VE JUST KNOWN HER HERE

09:24AM  5    FROM HER TESTIMONY OF ABOUT 75 MINUTES YESTERDAY.  SHE DOESN'T

09:24AM  6    SEEM TO BE THE KIND OF PERSON WHO IS GOING TO DO THAT, BUT

09:24AM  7    LET'S SEE WHAT IT BRINGS.

09:24AM  8         MR. WADE:  I'M JUST BASING IT ON STATEMENTS THAT SHE

09:24AM  9    MADE TO THE GOVERNMENT AND FLAGGING IT FOR THE COURT, AND I

09:24AM 10    APPRECIATE THAT.

09:24AM 11         THE COURT:  SURE.

09:24AM 12         MR. WADE:  I DON'T KNOW IF THE COURT WANTS TO DEFER

09:24AM 13    RULING ON THESE LAYERED HEARSAY ISSUES.

09:24AM 14         THE COURT:  I THINK I'D LIKE TO BRING THE JURY IN.

09:24AM 15         MR. WADE:  OKAY.

09:24AM 16         THE COURT:  I DON'T WANT TO DENY YOU AN OPPORTUNITY

09:24AM 17    TO BE HEARD, MR. WADE.  YOU HAVE GIVEN ME SOME HELPFUL

09:25AM 18    SUGGESTIONS ABOUT HOW I SHOULD, THE COURT SHOULD LOOK AT THE

09:25AM 19    EVIDENCE.  YOU'VE HEARD ME TALK ABOUT THE 803 ISSUES REGARDING

09:25AM 20    BUSINESS RECORDS, I'VE RULED ON THAT, AND I THINK WE CAN GO

09:25AM 21    FORWARD WITH BRINGING THE JURY OUT.

09:25AM 22         MR. WADE:  VERY WELL, YOUR HONOR.

09:25AM 23         JUST ONE SMALL POINT.  I'LL JUST FLAG THE ISSUE.  WE DON'T

09:25AM 24    NEED TO ADDRESS IT.

09:25AM 25         THE COURT:  SURE.

09:25AM  1          MR. WADE:  THE ISSUE RELATING TO THE REPORTING TO

09:25AM  2   CMS WHICH OCCURRED I THINK A LITTLE OVER -- ABOUT A YEAR AFTER

09:25AM  3   SHE LEFT THE COMPANY AND A FEW MONTHS AFTER SHE RECEIVED THE

09:25AM  4   LETTER FROM MR. BOIES, WITH THE FACILITATION OF A

09:25AM  5   "WALL STREET JOURNAL" REPORTER WHO HELPED HER FIND A LAWYER, ET

09:25AM  6   CETERA.

09:25AM  7          THAT'S UNDER -- THAT'S EXHIBIT 2931.  THERE'S A VERY

09:25AM  8   INFLAMMATORY EMAIL THAT INCLUDES LAYERED HEARSAY, IT IS

09:25AM  9   HEARSAY, AND WE DON'T THINK THAT THAT HAS ANY APPROPRIATE ROLE

09:25AM 10   IN THIS CASE AND IT SHOULD BE EXCLUDED UNDER 401 AND 403 AND

09:26AM 11   THE HEARSAY RULES.

09:26AM 12          THE COURT:  OKAY.  THANK YOU FOR FLAGGING THAT.

09:26AM 13      I DON'T KNOW IF YOU'RE SEEKING TO EXAMINE ON THAT OR NOT.

09:26AM 14          MR. BOSTIC:  I MAY, YOUR HONOR.

09:26AM 15      FOR THE COURT'S BACKGROUND, I BELIEVE THIS IS MS. CHEUNG'S

09:26AM 16   COMMUNICATIONS WITH CMS DIRECTLY.  THE GOVERNMENT WOULD NOT

09:26AM 17   INTEND TO INTRODUCE THAT FOR THE TRUTH OF THE STATEMENTS

09:26AM 18   THEREIN.

09:26AM 19      MS. CHEUNG IS ON THE STAND.  SHE CAN TALK ABOUT WHAT SHE

09:26AM 20   SAW AT THERANOS.  THAT'S WHY SHE'S HERE.

09:26AM 21      THE EXHIBIT IS ADMISSIBLE TO SHOW THAT CMS WAS MADE AWARE

09:26AM 22   OF THESE ISSUES.

09:26AM 23      BY THE WAY, LATER ON IN THE CASE, THE GOVERNMENT MAY

09:26AM 24   PRESENT TESTIMONY FROM A CMS WITNESS WHO WILL EXPLAIN WHAT THEY

09:26AM 25   SAW AT THERANOS.  THE GOVERNMENT SHOULD BE ALLOWED TO LAY THE

09:26AM 1    FOUNDATION FOR WHY CMS WAS INVOLVED IN THE FIRST PLACE AND TO

09:26AM 2    EXPLAIN THAT CAUSAL CHAIN FOR THE JURY.

09:26AM 3          THE COURT:  WELL, TO MR. WADE'S POINT, DO YOU NEED

09:26AM 4    TO INTRODUCE THE EMAIL FOR THAT PURPOSE?  IT SEEMS LIKE SHE

09:27AM 5    COULD TESTIFY, "I DID THIS BECAUSE I WAS," AND THIS GETS INTO

09:27AM 6    SOME OF THOSE OTHER AREAS, "I WAS UPSET."

09:27AM 7       SHE ALREADY TESTIFIED ABOUT WHY SHE LEFT.

09:27AM 8       THE COURT WOULD GIVE SOME LATITUDE TO -- NOTWITHSTANDING

09:27AM 9    YOUR COMMENTS, BUT THE COURT WOULD GIVE SOME LATITUDE AS TO WHY

09:27AM 10   SHE FELT SHE NEEDED TO REPORT TO AN AGENCY.

09:27AM 11      IT MAY NOT -- I DON'T KNOW IF YOU NEED THE EMAIL FOR THAT

09:27AM 12   PURPOSE, PARTICULARLY IF YOU HAVE CMS WHO IS GOING TO COME IN

09:27AM 13   AND CORROBORATE THE REPORTING, ET CETERA.

09:27AM 14      THAT'S JUST AN OBSERVATION AT A HIGH LEVEL.  I DON'T KNOW.

09:27AM 15         MR. BOSTIC:  THE COURT'S COMMENTS ARE WELL TAKEN.  I

09:27AM 16   THINK IF THE EMAIL ISN'T INTRODUCED FOR THE TRUTH, THEN IT

09:27AM 17   AVOIDS THE HEARSAY CONCERNS THAT THE DEFENSE IS RAISING, BUT I

09:27AM 18   TAKE THE COURT'S POINT.

09:27AM 19         THE COURT:  OR IT COULD BE SANITIZED.  I DON'T KNOW.

09:27AM 20         MR. WADE:  THERE ARE MULTIPLE LAYERS OF HEARSAY AND

09:27AM 21   FOUNDATIONAL ISSUES WITHIN THAT EMAIL, YOUR HONOR.

09:27AM 22      AND JUST WITH RESPECT TO MY COLLEAGUE, THE CMS INSPECTION

09:27AM 23   WAS WELL UNDERWAY BY THE TIME THIS EMAIL WAS SENT, AND SO THIS

09:28AM 24   WAS NOT -- THIS IS NOT WHAT PRECIPITATED THE CMS INSPECTION.

09:28AM 25   THAT'S WHAT THE CHRONOLOGY WILL SHOW.

09:28AM 1          SO IF THE GOVERNMENT CAN PROFFER THE FACTS THAT SHOW

09:28AM 2     OTHERWISE, THEN, YOU KNOW, IT MIGHT BE RELEVANT.

09:28AM 3          BUT THE COURT WELL KNOWS THAT THE CMS ISSUES ARE GOING TO

09:28AM 4     COME IN.  THEY HAVE WITNESSES THAT THEY CAN CALL TO RAISE THOSE

09:28AM 5     ISSUES WITHOUT DEALING WITH THESE INCREDIBLY INFLAMMATORY

09:28AM 6     STATEMENTS.

09:28AM 7               THE COURT:  YEAH.  AND I DON'T KNOW IF THIS WITNESS

09:28AM 8     WAS AWARE THAT THERE WAS AN INVESTIGATION ALREADY OR NOT.  THAT

09:28AM 9     MIGHT BE PART OF HER TESTIMONY, TOO.  I JUST DON'T KNOW.

09:28AM 10              MR. WADE:  JUST SO I CAN GET THE COURT'S PREFERENCE

09:28AM 11    ON THESE EMAILS THAT WE'VE RAISED.  MR. BOSTIC IS GOING TO LAY

09:28AM 12    A FOUNDATION WITH RESPECT TO THESE DOCUMENTS.

09:28AM 13         WOULD YOU LIKE ME TO RELODGE MY OBJECTION OR DO YOU WANT

09:28AM 14    TO -- I'M NOT GOING TO DO A SPEAKING OBJECTION IN FRONT OF THE

09:28AM 15    JURY, BUT WOULD YOU LIKE ME TO RELODGE THE OBJECTION WITH

09:28AM 16    RESPECT TO EACH DOCUMENT, OR IS A STANDING OBJECTION SUFFICIENT

09:28AM 17    ON THESE DOCUMENTS?

09:28AM 18              THE COURT:  WELL, I'M HAPPY TO RECEIVE YOUR

09:28AM 19    OBJECTIONS AS A STANDING OBJECTION.

09:29AM 20         IF YOU WOULD LIKE TO MAKE A RECORD OF IT, YOU CAN STAND

09:29AM 21    UP, I'LL TURN TO YOU AND I'LL ASK AND YOU'LL SAY, PER OUR

09:29AM 22    PREVIOUS CONVERSATION, AND I'LL SAY, THANK YOU, THE COURT'S

09:29AM 23    RULING WILL REMAIN.

09:29AM 24              MR. WADE:  OKAY.  THANK YOU.

09:29AM 25              THE COURT:  WHATEVER YOU WOULD LIKE.  I'M HAPPY TO

| | | |
|---|---|---|
| 09:29AM | 1 | HAVE YOU MAKE YOUR RECORD AS YOU WOULD LIKE IT TO BE MADE. |
| 09:29AM | 2 | MR. WADE:  THANK YOU VERY MUCH, YOUR HONOR. |
| 09:29AM | 3 | THE COURT:  YOU'RE WELCOME. |
| 09:29AM | 4 | MR. WADE:  I HOPE THE JURY GOT BAGELS THIS MORNING. |
| 09:29AM | 5 | THE COURT:  AND LOTS OF THEM. |
| 09:29AM | 6 | LET ME ASK, JUST BEFORE WE -- BEFORE I STEP DOWN AND WE |
| 09:29AM | 7 | BRING THE JURY OUT, SHOULD WE BREAK THEN?  DO WE NEED TO BREAK |
| 09:29AM | 8 | AT ABOUT 10:45?  IS THAT SOMETHING THAT WOULD WORK FOR THE |
| 09:29AM | 9 | PARTIES? |
| 09:29AM | 10 | MS. TREFZ:  YES, PLEASE, YOUR HONOR. |
| 09:29AM | 11 | MR. BOSTIC:  THAT'S FINE FOR THE GOVERNMENT. |
| 09:29AM | 12 | THE COURT:  WE'LL DO THAT AND TAKE A LITTLE EARLIER |
| 09:29AM | 13 | BREAK.  I'LL ASK, CAN ANY OF YOU STAY A LITTLE LATER THAN |
| 09:29AM | 14 | 2:00 O'CLOCK TODAY?  DO YOU HAVE ANYTHING ELSE TO DO? |
| 09:29AM | 15 | (LAUGHTER.) |
| 09:29AM | 16 | MR. BOSTIC:  WE'RE AT THE COURT'S DISCRETION, |
| 09:29AM | 17 | YOUR HONOR. |
| 09:29AM | 18 | THE COURT:  GREAT.  THANK YOU.  WE'LL ASK THE JURY |
| 09:29AM | 19 | IF WE CAN DO THAT. |
| 09:29AM | 20 | LET'S TAKE A RECESS FOR JUST A MOMENT AND WE'LL BRING THE |
| 09:29AM | 21 | JURY OUT.  THANK YOU. |
| 09:29AM | 22 | THE CLERK:  COURT IS IN RECESS. |
| 09:30AM | 23 | (RECESS FROM 9:30 A.M. UNTIL 9:38 A.M.) |
| 09:38AM | 24 | (JURY IN AT 9:38 A.M.) |
| 09:38AM | 25 | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD. |

09:38AM  1    ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR

09:38AM  2    JURY AND ALTERNATES ARE PRESENT.

09:38AM  3        GOOD MORNING, LADIES AND GENTLEMEN.  I THINK I TOLD YOU

09:38AM  4    YESTERDAY THERE PROBABLY WOULD BE A DELAY AND I WAS TRUE TO

09:38AM  5    THAT.  THANK YOU FOR YOUR PATIENCE, THOUGH.  I DID NEED TO

09:38AM  6    SPEAK TO THE LAWYERS ABOUT SOME MATTERS OUTSIDE OF YOUR

09:38AM  7    PRESENCE.

09:38AM  8        I'M GOING TO FIRST ASK YOU AGAIN THAT QUESTION, OVERNIGHT

09:38AM  9    DID ANY OF YOU, WERE ANY OF YOU SUBJECTED TO, DID YOU READ,

09:38AM  10   HEAR, OR WERE YOU COMMUNICATED BY ANYONE OR DID YOU COMMUNICATE

09:38AM  11   WITH ANYONE ABOUT ANY ISSUES INVOLVING THIS CASE, THAT IS,

09:38AM  12   THROUGH THE MEDIA, INTERNET, RADIO, OR HARD COPY NEWS PRINT?

09:38AM  13       ANYONE PLEASE RAISE YOUR HAND IF THAT IS THE CASE.

09:38AM  14       ALSO LET ME SAY, WHEN I ASK THIS QUESTION, YOU SHOULD ALSO

09:39AM  15   BE ASSURED YOU CAN SPEAK WITH US PRIVATELY.  IF YOU WANTED TO

09:39AM  16   DISCUSS SOMETHING PRIVATELY OUTSIDE OF THE PRESENCE OF YOUR

09:39AM  17   COLLEAGUES, WE CAN DO THAT AS WELL.

09:39AM  18       SO ANYONE?

09:39AM  19       I SEE NO HANDS.  THANK YOU.

09:39AM  20       ONE OTHER TOPIC.  I NEED TO TAKE A BREAK TODAY AT ABOUT

09:39AM  21   10:45.  SO I'M SORRY, WE'RE PROBABLY GOING TO GET A LITTLE BIT

09:39AM  22   OVER AN HOUR OF TESTIMONY IN THIS MORNING.  WE'LL TAKE THAT

09:39AM  23   BREAK, AND THEN WE'LL RESUME AFTER ABOUT 40 MINUTES OR SO.  I

09:39AM  24   APOLOGIZE FOR THAT.

09:39AM  25       LET ME ASK YOU ABOUT GOING LATER TODAY.  IS THERE ANYONE

09:39AM  1    WHO THAT WOULD BE A PROBLEM FOR?  ANY OF YOU?  IF WE WENT

09:39AM  2    PERHAPS AN HOUR LATER TODAY UNTIL PERHAPS 3:00 O'CLOCK?

09:39AM  3         I SEE NO HANDS.

09:39AM  4         WHAT I'LL DO IS THEN WE'LL HAVE AN ADDITIONAL BREAK FOR

09:39AM  5    YOU, THOUGH.  WE WON'T GO STRAIGHT THROUGH.  WE'LL HAVE A

09:39AM  6    SHORTER BREAK, AND I'LL COORDINATE WITH COUNSEL AND

09:40AM  7    MS. KRATZMANN ABOUT WHEN THAT SHOULD BE.

09:40AM  8         SO THANK YOU.  THANK YOU VERY MUCH.

09:40AM  9         MR. BOSTIC, YOU HAVE A WITNESS?

09:40AM 10         MR. BOSTIC:  YES, YOUR HONOR.  THE GOVERNMENT WOULD

09:40AM 11    LIKE TO CONTINUE WITH ERIKA CHEUNG.

09:40AM 12         THE COURT:  ALL RIGHT.  THANK YOU.

09:40AM 13         PLEASE TAKE THE STAND.

09:40AM 14         WHEN YOU'RE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:40AM 15    AGAIN, PLEASE.

09:40AM 16         THE WITNESS:  MY NAME IS ERIKA CHEUNG.

09:40AM 17         THE COURT:  THANK YOU.  I JUST WANT TO REMIND YOU

09:40AM 18    YOU'RE STILL UNDER OATH.  I THINK YOU TOLD US YOUR VACCINATION

09:40AM 19    STATUS YESTERDAY.  IF YOU WOULD LIKE TO REMOVE YOUR MASK, YOU

09:40AM 20    MAY.

09:40AM 21         THE WITNESS:  OKAY.  THANK YOU.

09:40AM 22         **(GOVERNMENT'S WITNESS, ERIKA CHEUNG, WAS PREVIOUSLY**

09:40AM 23    **SWORN.)**

09:40AM 24    ///

09:40AM 25    ///

09:40AM  1          **DIRECT EXAMINATION (RESUMED)**

09:40AM  2     BY MR. BOSTIC:

09:40AM  3     Q.   WELCOME BACK, MS. CHEUNG.

09:41AM  4     A.   THANK YOU.

09:41AM  5     Q.   I'D LIKE TO CIRCLE BACK TO A TOPIC WE BRIEFLY TOUCHED ON

09:41AM  6     YESTERDAY.

09:41AM  7          DID THERANOS EVER RUN DEMONSTRATIONS OF ITS TECHNOLOGY FOR

09:41AM  8     VIP VISITORS TO THE COMPANY?

09:41AM  9     A.   YES.

09:41AM 10     Q.   AND BASED ON YOUR UNDERSTANDING AT THE TIME, WHAT KINDS OF

09:41AM 11     VISITORS WERE THOSE?

09:41AM 12     A.   THEY WERE INVESTORS OR PATIENTS.

09:41AM 13     Q.   PEOPLE THAT THE COMPANY WAS TRYING TO IMPRESS?

09:41AM 14     A.   YES.

09:41AM 15     Q.   IS THERE A BINDER OF DOCUMENTS IN FRONT OF YOU?

09:41AM 16     A.   YES.

09:41AM 17     Q.   AND WOULD YOU TURN TO EXHIBIT 1227 IN THAT BINDER, PLEASE.

09:41AM 18          ONCE YOU'RE THERE, WOULD YOU LET ME KNOW IF YOU RECOGNIZE

09:41AM 19     THAT DOCUMENT?

09:41AM 20     A.   YES, ID O.

09:41AM 21     Q.   WHAT IS THE DOCUMENT MARKED AS 1227?

09:41AM 22     A.   THIS IS AN EMAIL FROM UYEN DO EFFECTIVELY EXPLAINING THAT

09:42AM 23     WE'LL HAVE A DEMO PATIENT AND THAT I'LL HAVE TO RUN IT, AND

09:42AM 24     THEN IT GIVES ME THE WHOLE THREAD OF EMAILS BASICALLY LETTING

09:42AM 25     ME KNOW OF ALL OF THE DEMO PATIENTS THAT WE WILL LIKELY RECEIVE

09:42AM  1    WITHIN THE NEXT WEEK.

09:42AM  2    Q.   WERE EMAILS LIKE THESE TYPICALLY USED AT THERANOS FOR THE

09:42AM  3    PURPOSE OF COORDINATING THESE DEMOS?

09:42AM  4    A.   YEAH.  YES.

09:42AM  5    Q.   AND WERE THEY THE MAIN METHOD OF COMMUNICATION FOR

09:42AM  6    COORDINATING THESE DEMOS?

09:42AM  7    A.   YES.

09:42AM  8    Q.   AND WERE DEMOS LIKE THESE A REGULAR PART OF THERANOS'S

09:42AM  9    BUSINESS AT THE TIME?

09:42AM  10   A.   YES.

09:42AM  11   Q.   WAS IT IMPORTANT IN THE EMAILS CONCERNING THESE DEMOS TO

09:42AM  12   BE ACCURATE ABOUT THE DETAILS ABOUT HOW THE DEMOS WOULD BE RUN

09:42AM  13   AND WHAT WOULD BE INVOLVED?

09:42AM  14   A.   YES.

09:42AM  15   Q.   AND WHY WAS IT IMPORTANT TO BE ACCURATE IN THESE EMAILS?

09:42AM  16   A.   IT WAS IMPORTANT TO BE ACCURATE BECAUSE WE HAD TO MAKE

09:42AM  17   SURE THAT THE SAMPLES WERE RUN PROPERLY, THAT THE RIGHT TEST

09:43AM  18   ASSOCIATED WITH EACH OF THE DEMO SAMPLES WERE RUN BECAUSE WE

09:43AM  19   HAD TO COORDINATE AMONGST DIFFERENT TEAMS.

09:43AM  20        SO FOR THE EDISON TEAM, YOU KNOW, WE WERE IN CHARGE OF,

09:43AM  21   SAY, THYROID STIMULATING HORMONE OR VITAMIN D, VERSUS ANOTHER

09:43AM  22   TEAM WAS IN CHARGE OF A CHEM 14 PANEL OR A METABOLIC PANEL.

09:43AM  23        AND SO IT WAS VERY CRUCIAL TO MAKE SURE THAT ALL OF US

09:43AM  24   WERE ON THE SAME PAGE ABOUT WHAT PATIENT WAS COMING IN AT WHAT

09:43AM  25   TIME, HOW MUCH TIME DID WE HAVE TO PROCESS IT, AND WHAT WERE

09:43AM  1   THE SPECIFIC TESTS THAT NEEDED TO BE RUN ON THAT PATIENT AND

09:43AM  2   WHO DID WE NEED TO DIRECT THAT INFORMATION TO, BECAUSE IT WAS

09:43AM  3   TYPICALLY HANDLED BY THE PRODUCT MANAGERS INSTEAD OF A

09:43AM  4   DIFFERENT SYSTEM WE USED FOR PATIENT RESULTS.

09:43AM  5   Q.   SO IN ESSENCE, WERE EMAILS LIKE THESE FUNCTIONING AS THE

09:43AM  6   ORDER FORMS, FOR EXAMPLE, FOR THE TESTS THAT WERE GOING TO BE

09:44AM  7   RUN?

09:44AM  8   A.   YES.

09:44AM  9   Q.   AND DID THEY ALSO HAVE THE FUNCTION OF REPORTING RESULTS

09:44AM  10  AND DISCUSSING ANY ISSUES THAT CAME UP DURING THE DEMOS?

09:44AM  11  A.   YES.

09:44AM  12  Q.   WERE THE EMAILS THEN PRESERVED SO THAT THEY COULD BE

09:44AM  13  REFERRED TO LATER IF NEEDED?

09:44AM  14  A.   YES.

09:44AM  15  Q.   AND WERE EMAILS LIKE THIS PREPARED CONTEMPORANEOUSLY, IN

09:44AM  16  OTHER WORDS, AROUND THE TIME THAT THE ACTUAL DEMOS WERE

09:44AM  17  OCCURRING?

09:44AM  18  A.   YES.

09:44AM  19          MR. BOSTIC:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

09:44AM  20  WOULD MOVE TO ADMIT EXHIBIT 1227.

09:44AM  21          MR. WADE:  NOTHING NEW, YOUR HONOR.

09:44AM  22          THE COURT:  THANK YOU.  IT WILL BE ADMITTED, AND

09:44AM  23  I'LL NOTE OUR CONVERSATION PREVIOUSLY, MR. WADE.

09:44AM  24      (GOVERNMENT'S EXHIBIT 1227 WAS RECEIVED IN EVIDENCE.)

09:44AM  25          MR. BOSTIC:  MAY WE PUBLISH?

09:44AM   1              THE COURT:  YES.

09:44AM   2              MR. BOSTIC:  MS. HOLLIMAN, CAN WE PROJECT

09:44AM   3       EXHIBIT 1227, AND LET'S START WITH PAGE 6 OF THAT EXHIBIT.

09:44AM   4          IF WE CAN ZOOM IN ON THE TOP HALF.  LET'S CAPTURE ALL OF

09:45AM   5       THE TEXT.  THANK YOU.

09:45AM   6       Q.   MS. CHEUNG, IS EXHIBIT 1227 SHOWING UP ON YOUR SCREEN?

09:45AM   7       A.   YES.

09:45AM   8       Q.   THE FIRST EMAIL IS FROM SOMEONE NAMED DANIEL EDLIN.  WHO

09:45AM   9       WAS DAN EDLIN AT THERANOS?

09:45AM   10      A.   DANIEL EDLIN WAS ONE OF THE PROJECT MANAGERS OR

09:45AM   11      COORDINATORS MANAGERS.

09:45AM   12      Q.   AND IS THIS EMAIL DESCRIBING AN UPCOMING DEMO AS YOU

09:45AM   13      PREVIOUSLY DISCUSSED?

09:45AM   14      A.   YES.

09:45AM   15      Q.   AND IN THE EMAIL THERE'S A LINE THAT BEGINS THE "DEFAULT

09:45AM   16      TEST LIST FOR ALL OF THESE DEMOS IS."

09:45AM   17          DO YOU SEE THAT?

09:45AM   18      A.   YES.

09:45AM   19      Q.   AND CAN YOU PLEASE READ INTO THE RECORD WHAT DEFAULT TESTS

09:45AM   20      WOULD BE RUN FOR THESE DEMOS?

09:45AM   21      A.   SO READ THE STATEMENT?

09:45AM   22      Q.   YES, PLEASE.

09:45AM   23      A.   THE DEFAULT TEST LIST FOR ALL OF THESE DEMOS IS CHEM 14,

09:45AM   24      LIPIDS, CBC, AND VITAMIN D/TSH/PSA.

09:46AM   25      Q.   CAN YOU EXPLAIN BRIEFLY BASED ON YOUR UNDERSTANDING WHAT

09:46AM 1    THOSE ASSAYS OR TESTS WERE?

09:46AM 2    A.   YES.  SO CHEM 14 IS A GENERAL CHEMISTRY PANEL; LIPIDS IS

09:46AM 3    ALSO A GENERAL CHEMISTRY PANEL; CBC IS A HEMATOLOGY SAMPLE; AND

09:46AM 4    THEN VITAMIN D/TSH AND PSA ARE AN EDISON TEST.  SO THEY WERE

09:46AM 5    IMMUNOASSAYS, AND THAT'S THE BREAKDOWN OF THESE DIFFERENT TYPES

09:46AM 6    OF TESTS.

09:46AM 7    Q.   YOU MENTIONED THAT SOME OF THESE WERE PANELS.  WHAT DOES

09:46AM 8    THAT MEAN WHEN A TEST IS A PANEL?

09:46AM 9    A.   A PANEL IS ESSENTIALLY A WHOLE SERIES OF DIFFERENT TYPES

09:46AM 10   OF TESTS.  SO LIPIDS, LIKE, FOR EXAMPLE, CBC, IT WOULD BE YOUR

09:46AM 11   RED BLOOD CELLS, IT WOULD BE YOUR WHITE BLOOD CELLS, AND IT

09:46AM 12   WOULD ENCOMPASS NUMEROUS TESTS AND NUMEROUS POINTS OF INTEREST

09:47AM 13   WITHIN THAT ONE NAME OF A PANEL.

09:47AM 14   Q.   AND WHICH OF THESE ASSAYS ARE PANELS AND WHICH ARE NOT?

09:47AM 15   A.   THE PANELS ARE CHEM 14, LIPIDS, CBC.  AND THE TESTS THAT

09:47AM 16   ARE NOT PANELS ARE VITAMIN D, TSH, AND PSA.

09:47AM 17   Q.   SO, IN OTHER WORDS, THOSE LAST THREE ARE JUST SINGLE

09:47AM 18   TESTS, WHERE THE PREVIOUS ONES ARE MULTIPLE TESTS IN GROUPS?

09:47AM 19   A.   YES.

09:47AM 20   Q.   JUST TO BE CLEAR, IS THIS EMAIL CHAIN DISCUSSING A SERIES

09:47AM 21   OF UPCOMING DEMOS?

09:47AM 22   A.   YES.

09:47AM 23   Q.   LOOKING AT THIS LIST OF ASSAYS, WHICH OF THESE ASSAYS

09:47AM 24   COULD BE RUN ON THE THERANOS MANUFACTURED ANALYZER?

09:47AM 25   A.   THE THERANOS MANUFACTURED DEVICE WAS THE EDISON DEVICE,

09:47AM 1    AND THE ONLY TEST THAT THE EDISONS COULD RUN ARE VITAMIN D,

09:48AM 2    TSH, AND PSA.

09:48AM 3    Q.   AND WHAT DEVICES DID THERANOS USE FOR THE PANELS, THE

09:48AM 4    CHEM 14, THE LIPIDS, THE CBC IF THOSE COULD NOT BE RUN ON THE

09:48AM 5    THERANOS MANUFACTURED DEVICE?

09:48AM 6    A.   SO THERANOS UTILIZED THE SIEMENS ADVIA, THE MODIFIED

09:48AM 7    SIEMENS ADVIA WHERE WE USED THE T-CUPS INSTEAD OF THE J-CUPS,

09:48AM 8    AND THAT WAS THE CHEM 14 AND THE LIPIDS.

09:48AM 9        AND THEN WE UTILIZED BD FORTESSA, THAT WAS A FLOW

09:48AM 10   CYTOMETER, AND THE FLOW CYTOMETER WAS USED TO RUN CBC.

09:48AM 11   Q.   AND THOSE TWO DEVICES, WERE THEY MANUFACTURED BY COMPANIES

09:48AM 12   OTHER THAN THERANOS?

09:48AM 13   A.   YES.

09:48AM 14   Q.   SO DOES THAT MEAN THAT IF SOMEONE CAME IN FOR A DEMO AND

09:48AM 15   HAD THESE ASSAYS RUN -- WELL, LET ME ASK, WOULD THEY GET BACK A

09:48AM 16   REPORT OF THE RESULTS?

09:48AM 17   A.   YES.

09:48AM 18   Q.   AND WOULD THAT REPORT INCLUDE THREE RESULTS THAT WERE FROM

09:49AM 19   A THERANOS MANUFACTURED ANALYZER AND SEVERAL ADDITIONAL RESULTS

09:49AM 20   THAT WERE FROM NON-THERANOS MANUFACTURED ANALYZERS?

09:49AM 21   A.   YES.

09:49AM 22   Q.   LET'S TURN TO PAGE 4 IN THIS EXHIBIT IF WE CAN.  LET'S

09:49AM 23   ZOOM IN ON THE MIDDLE THIRD ONCE WE GET TO PAGE 4.  LET'S

09:49AM 24   CAPTURE FROM THERE AND INCLUDE THAT ENTIRE EMAIL MESSAGE IF WE

09:49AM 25   CAN.

09:49AM  1          THAT'S GOOD.  THANK YOU.

09:49AM  2          IS THAT TEXT SHOWING UP ON YOUR SCREEN, MS. CHEUNG?

09:49AM  3      A.  YES.

09:49AM  4      Q.  AND WE SEE HERE AN EMAIL IN THE SAME CHAIN FROM SOMEONE

09:49AM  5      NAMED MAX FOSQUE.  WHO WAS THAT AT THERANOS?

09:50AM  6      A.  MAX FOSQUE WAS ALSO A PROGRAM OR PRODUCT MANAGER AT

09:50AM  7      THERANOS.

09:50AM  8      Q.  IS THIS MESSAGE RELATED TO THAT SAME SERIES OF DEMOS THAT

09:50AM  9      WE PREVIOUSLY DISCUSSED?

09:50AM  10     A.  YES.

09:50AM  11     Q.  I'D LIKE TO DRAW YOUR ATTENTION TO THE SECTION OF HIS

09:50AM  12     EMAIL WHERE HE LISTS SOME BULLET POINTS, AND THE THIRD ONE DOWN

09:50AM  13     SAYS "TESTS INCLUDE:  CBC AND CHEM 14, WITH VITAMIN D ADDED IF

09:50AM  14     EVERYTHING IS GOING SMOOTHLY."

09:50AM  15         DO YOU SEE THAT?

09:50AM  16     A.  YES.

09:50AM  17     Q.  AND WHAT IS YOUR UNDERSTANDING OF WHAT THAT MEANT, "IF

09:50AM  18     EVERYTHING IS GOING SMOOTHLY"?

09:50AM  19     A.  SO TYPICALLY WE HAD A CERTAIN TIMEFRAME IN WHICH WE HAD TO

09:50AM  20     RUN THESE SAMPLES.  SO TYPICALLY WE WOULD TRY AND GET THE DEMO

09:50AM  21     SAMPLES OUT WITHIN TWO HOURS.

09:50AM  22         AND IF IT WAS THE CASE THAT WE WERE RUNNING OVERTIME

09:50AM  23     BECAUSE MAYBE THE CBC, THE HEMATOLOGY TEAM OR THE CHEM PANEL

09:50AM  24     WAS RUNNING LATE OR DELAYED FOR SOME REASON, THEN THEY WOULD

09:51AM  25     JUST -- THEY WOULD STICK TO THEIR SAMPLES BEFORE US RECEIVING

09:51AM   1    THE BLOOD SAMPLES SO WE COULD START PROCESSING THE VITAMIN D

09:51AM   2    SAMPLE WITH THE EDISON DEVICES.

09:51AM   3         SO IT'S TYPICALLY IN REFERENCE TO THE FACT OF ARE THINGS

09:51AM   4    RUNNING ON TIME, ARE WE -- DID THE QC'S PASS BEFORE WE RAN THE

09:51AM   5    DEMO.  THERE WERE TYPICALLY DELAYS.  WERE THERE ANY TYPE OF

09:51AM   6    DELAYS?  AND IF THERE WERE DELAYS, THEN WE WOULDN'T RUN THE

09:51AM   7    EDISON TEST.  THEY WERE TYPICALLY RAN LAST.

09:51AM   8    Q.   SO IF SOMETHING WENT WRONG IN THE PROCESS, THE TESTS RUN

09:51AM   9    ON THE EDISON ANALYZER, ON THE THERANOS ANALYZER, WOULD BE

09:51AM   10   ABANDONED AND INSTEAD THE DEMO WOULD ONLY INVOLVE THE THIRD

09:51AM   11   PARTY DEVICES?

09:51AM   12   A.   YES.

09:51AM   13   Q.   WHEN IT TALKS ABOUT EVERYTHING GOING SMOOTHLY AND YOU

09:51AM   14   MENTIONED PROBLEMS OCCURRING, DID PROBLEMS FREQUENTLY OCCUR

09:51AM   15   DURING DEMOS AND GENERAL TESTING AT THERANOS?

09:52AM   16   A.   YES.

09:52AM   17   Q.   CAN YOU TELL ME ABOUT HOW THE WORKFLOW OPERATED IN

09:52AM   18   THERANOS WITH THESE DEMOS?  WHAT WOULD HAPPEN ONCE THE SAMPLE

09:52AM   19   WAS ACTUALLY OBTAINED GIVEN THAT THESE DIFFERENT DEVICES NEEDED

09:52AM   20   TO BE USED TO RUN THESE PANELS AND TESTS?

09:52AM   21   A.   SO ONCE THE PHLEBOTOMIST HAD OBTAINED THE SAMPLES IN THE

09:52AM   22   NANOTAINER, THE SMALL BLOOD COLLECTION UNIT, THEY WOULD BRING

09:52AM   23   IT TO THE NORMANDY LAB, SO IT WAS A BACK LABORATORY ON THE

09:52AM   24   BOTTOM FLOOR OF THE BUILDING AT 1601 SOUTH CALIFORNIA.

09:52AM   25        WHAT WOULD HAPPEN IS IT WOULD COME DOWN TO THE SORTING

09:52AM  1   STATION WHERE ALL TYPICALLY THREE OF THE TEAMS, THE CHEMISTRY

09:53AM  2   TEAM, THE CYTOMETRY OR THE HEMATOLOGY TEAM, AND THE EDISON TEAM

09:53AM  3   WOULD ALL WAIT ON STANDBY TO FIGURE OUT, OKAY, WHO GETS THE

09:53AM  4   SAMPLE FIRST.

09:53AM  5        AND BASICALLY THEY WOULD GRAB THE SAMPLE, COLLECT WHATEVER

09:53AM  6   BLOOD THEY NEEDED USING THE TECAN MACHINE, BRING IT BACK TO

09:53AM  7   THIS MAIN REFRIGERATOR, AND THEN WE AGAIN WOULD SORT OUT WHO

09:53AM  8   GETS IT NEXT.

09:53AM  9        AND THEN IT WOULD GO TO, SAY, THE HEMATOLOGY TEAM BECAUSE

09:53AM  10  THERE ARE DIFFERENT TYPES OF PREPARATION THAT YOU HAVE TO DO

09:53AM  11  FOR DIFFERENT TYPES OF TESTS.

09:53AM  12       AND THEN IN THE CASE OF THE EDISONS, ONCE WE GOT THE

09:53AM  13  SAMPLE, WE WOULD PUT IT THROUGH THE TECAN MACHINE, IT WOULD

09:53AM  14  DISPENSE THE SMALL AMOUNT OF BLOOD IN THE DILUENT INTO THE

09:53AM  15  CARTRIDGES, WE WOULD GRAB THE CARTRIDGES, TAKE THEM TO THE

09:53AM  16  EDISON DEVICES, AND MAKE SURE THERE WAS A BAR CODE ON THEM,

09:53AM  17  SCAN THE BAR CODE, AND MAKE SURE THERE WAS THE APPROPRIATE

09:54AM  18  TEST, PUT THEM IN THE MACHINE, CLICK START.

09:54AM  19       WE WOULD WAIT FOR IT TO PROCESS ANYWHERE FROM, LIKE,

09:54AM  20  45 MINUTES TO AN HOUR AND A HALF DEPENDING ON THE TEST, AND THE

09:54AM  21  RESULTS WOULD GET PUT INTO A DIFFERENT SYSTEM, CALLED

09:54AM  22  ALCHEMIST, AND WE WOULD TAKE THE DATA FROM THERE AND INSERT IT

09:54AM  23  INTO A SPREADSHEET.

09:54AM  24       AND THAT WAS KIND OF THE FLOW AND THE PROCESS.

09:54AM  25       EACH OF THE TEAMS HAD A DIFFERENT KIND OF FLOW AND PROCESS

09:54AM   1     DEPENDING ON THE MACHINE THAT THEY WERE USING.

09:54AM   2     Q.   SO FOR THE ASSAY GROUP THAT WE'VE BEEN LOOKING AT FOR

09:54AM   3     THESE DEMOS, HOW MANY TEAMS WOULD BE INVOLVED TO RUN THE LIST

09:54AM   4     OF TESTS THAT WE'VE BEEN LOOKING AT?

09:54AM   5     A.   FOR THE CBC, CHEM 14, AND VITAMIN D, THAT SET?

09:54AM   6     Q.   CORRECT.

09:54AM   7     A.   SO THERE ARE THREE TEAMS.

09:54AM   8     Q.   SO THREE SEPARATE TEAMS OF LAB TECHNICIANS OR LAB STAFF

09:54AM   9     WOULD BE INVOLVED IN RUNNING THIS SINGLE SAMPLE?

09:54AM  10     A.   YES, AND SOME SCIENTISTS, YEAH.

09:54AM  11     Q.   AND HOW MANY DIFFERENT TYPES OF DEVICES, OR DIFFERENT

09:54AM  12     TYPES OF ANALYZERS, WOULD BE USED TO PROCESS THIS SINGLE

09:55AM  13     SAMPLE?

09:55AM  14     A.   IN TERMS OF ANALYZERS, WHAT'S ACTUALLY RUNNING THE SAMPLE,

09:55AM  15     IT WAS THREE.

09:55AM  16     Q.   AND ONE OF THOSE BEING MANUFACTURED BY THERANOS; CORRECT?

09:55AM  17     A.   YES.

09:55AM  18     Q.   WAS THAT WORKFLOW THAT YOU JUST DESCRIBED THE SAME AS THE

09:55AM  19     WORKFLOW THAT WAS USED GENERALLY FOR CLINICAL PATIENT TESTING

09:55AM  20     AT THERANOS?

09:55AM  21     A.   BY "CLINICAL PATIENT TESTING" DO YOU MEAN VENOUS SAMPLES?

09:55AM  22     Q.   I MEAN CLINICAL PATIENT TESTING IN THE NORMAL COURSE OF

09:55AM  23     BUSINESS AS OPPOSED TO DEMOS.

09:55AM  24     A.   YES, IN TERMS OF THE PATIENT PROCESSING AND THE -- IT WAS

09:55AM  25     THE SAME PROCESS THAT WE UTILIZED FOR WALGREENS PATIENTS AT

09:55AM 1    THERANOS.

09:55AM 2    Q.   YOU DISCUSSED PREVIOUSLY HOW YOU SPENT TIME IN BOTH THE

09:55AM 3    R&D LAB AT THERANOS AND ALSO IN THE CLINICAL LAB; IS THAT

09:55AM 4    CORRECT?

09:55AM 5    A.   YES.

09:55AM 6    Q.   AND WAS YOUR TRANSITION FROM ONE TO THE OTHER A CLEAN

09:55AM 7    BREAK, OR DID YOUR RESPONSIBILITIES OVERLAP DURING THESE

09:55AM 8    PERIODS OF TIME?

09:55AM 9    A.   THERE WAS SOME OVERLAP OF RESPONSIBILITIES FOR A BIT OF

09:56AM 10   TIME.

09:56AM 11   Q.   COULD I ASK YOU TO TURN TO EXHIBIT 1557 IN THE BINDER IN

09:56AM 12   FRONT OF YOU.  ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE

09:56AM 13   1557.

09:56AM 14   A.   I DO.

09:56AM 15   Q.   AND WHAT IS 1557?

09:56AM 16   A.   1557 IS ESSENTIALLY MARK PANDORI, WHO IS THE LAB DIRECTOR

09:56AM 17   AT THERANOS IN THERANOS'S CLINICAL LAB, GIVING ME A VERY

09:56AM 18   DETAILED LIST OF WHAT MY KEY ROLE AND RESPONSIBILITIES ARE AND

09:56AM 19   DUTIES ARE.  SO IT'S JUST CREATING A MORE FORMALIZED STRUCTURE

09:56AM 20   AROUND WHAT I WAS RESPONSIBLE FOR WHILE WORKING IN THE CLINICAL

09:56AM 21   LAB.

09:56AM 22   Q.   AND IF YOU TURN TO PAGE 2 OF THAT EXHIBIT.  TAKE A LOOK AT

09:56AM 23   IT.  MY QUESTION IS, DOES THAT ACCURATELY REFLECT YOUR

09:56AM 24   RESPONSIBILITIES AS YOU UNDERSTOOD THEM WHEN YOU WERE AT

09:56AM 25   THERANOS?

09:56AM   1    A.   YES.

09:57AM   2              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

09:57AM   3    ADMIT INTO EVIDENCE EXHIBIT 1557.

09:57AM   4              MR. WADE:  NO OBJECTION.

09:57AM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:57AM   6         (GOVERNMENT'S EXHIBIT 1557 WAS RECEIVED IN EVIDENCE.)

09:57AM   7    BY MR. BOSTIC:

09:57AM   8    Q.   LET'S LOOK AT PAGE 2 OF EXHIBIT 1557.  THANK YOU,

09:57AM   9    MS. HOLLIMAN.  IF WE CAN ZOOM IN ON THE FIVE ITEMS.  PERFECT.

09:57AM  10    THANK YOU.

09:57AM  11         MS. CHEUNG, ITEM 2 ON THIS LIST SAYS DAILY PERFORM

09:57AM  12    LABORATORY TESTING AS DIRECTED BY THE SCHEDULE.

09:57AM  13         IS THAT REFERRING TO CLINICAL PATIENT TESTING?

09:57AM  14    A.   YES.

09:57AM  15    Q.   AND WAS PERFORMING CLINICAL PATIENT TESTING PART OF YOUR

09:58AM  16    REGULAR DUTIES AT THERANOS?

09:58AM  17    A.   YES.

09:58AM  18    Q.   AND ITEM 4 SAYS, "AS NEEDED (OR MONTHLY):  VERIFY THAT SOP

09:58AM  19    FOR EDISON TESTS ARE ACCURATE FOR HOW THEY ARE CURRENTLY

09:58AM  20    ACTUALLY PERFORMED."

09:58AM  21         DO YOU SEE THAT?

09:58AM  22    A.   YES.

09:58AM  23    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANT AS FAR AS YOUR

09:58AM  24    RESPONSIBILITIES?

09:58AM  25    A.   SO AT THERANOS THERE WERE SOP'S, WHICH ARE STANDARD

09:58AM  1    OPERATING PROCEDURES, AND ESSENTIALLY THEY WILL TELL PEOPLE

09:58AM  2    LIKE ME WHO ARE LAB ASSOCIATES OR THE CLINICAL LAB SCIENTISTS

09:58AM  3    WHAT ARE THE STEPS AND THE PROCEDURES THAT YOU HAVE TO FOLLOW

09:58AM  4    IN ORDER TO CONDUCT A TEST.

09:58AM  5        AND WE HAD STANDARD OPERATING PROCEDURES FOR EACH OF THE

09:58AM  6    TESTS.  SO VITAMIN D HAD ITS OWN STANDARD OPERATING PROCEDURE.

09:58AM  7        AND SOMETIMES THESE STANDARD OPERATING PROCEDURES WERE

09:58AM  8    GENERATED BY THE RESEARCH AND DEVELOPMENT LAB, BUT THE

09:58AM  9    CONVERSION OVER TO THE CLINICAL LAB, THERE WAS SOMETIMES NOT

09:58AM  10   ACCURATE INFORMATION IN TERMS OF HOW WE WERE RUNNING IT ON A

09:59AM  11   DAY-TO-DAY BASIS BECAUSE THERE STILL WAS NOT THAT TRANSFER OF

09:59AM  12   WHAT OUR WORD OF MOUTH PRACTICES WERE VERSUS WHAT WAS DICTATED

09:59AM  13   IN THAT ACTUAL STANDARD OPERATING PROCEDURE.

09:59AM  14       SO THAT'S ESSENTIALLY WHAT THIS RESPONSIBILITY WAS IS WHEN

09:59AM  15   I -- MARK WAS TRYING TO GET ME TO MAKE SURE THAT I RECORRECTED

09:59AM  16   THE STANDARD OPERATING PROCEDURES BASED ON WHAT WE HAD DONE AND

09:59AM  17   BASED ON WHAT OTHER SCIENTISTS IN THE RESEARCH AND DEVELOPMENT

09:59AM  18   LAB HAD TOLD ME, YOU KNOW, HEY, WE NEED TO CORRECT THIS, OR THE

09:59AM  19   MEDICAL DIRECTOR TOLD ME THAT THIS IS NOT ACTUALLY APPROPRIATE.

09:59AM  20       SO THAT WAS THE KIND OF KEY DUTY THAT WAS LISTED HERE.

09:59AM  21   Q.   ITEM 5 ON THE LIST SAYS "CONTINUOUS:  ASSIST IN ANY

09:59AM  22   ONGOING VALIDATIONS, CALIBRATIONS OR REQUEST OPERATIONS, AS

09:59AM  23   NECESSARY."

09:59AM  24       WE TALKED ABOUT WHAT VALIDATION MEANT BEFORE; CORRECT?

09:59AM  25   A.   CORRECT.

09:59AM  1    Q.   AND WAS THAT AN ACTIVITY THAT OCCURRED IN THE RESEARCH AND

09:59AM  2    DEVELOPMENT LAB?

09:59AM  3    A.   YES.

09:59AM  4    Q.   AND SO IN OTHER WORDS, ALTHOUGH YOU WERE GOING TO BE

10:00AM  5    WORKING IN THE CLINICAL LAB, YOUR DUTIES WOULD STILL INCLUDE

10:00AM  6    SOME VALIDATION OR R&D WORK?

10:00AM  7    A.   YES.

10:00AM  8    Q.   WE ALSO TALKED PREVIOUSLY ABOUT QC.  SO WHAT DOES QC STAND

10:00AM  9    FOR?

10:00AM  10   A.   SO QC STANDS FOR QUALITY CONTROL.

10:00AM  11   Q.   AT A HIGH LEVEL, CAN YOU EXPLAIN WHAT THAT MEANT AT

10:00AM  12   THERANOS AND REMIND THE JURY HOW THAT WAS CONDUCTED.

10:00AM  13   A.   YEAH.  SO QUALITY CONTROL OPERATIONS ARE ESSENTIALLY A

10:00AM  14   CHECK TO SEE IF YOUR DIAGNOSTIC SYSTEM IS WORKING PROPERLY.

10:00AM  15        SO WHAT YOU TYPICALLY WILL DO IS THAT YOU'LL HAVE THESE

10:00AM  16   SAMPLES WHERE YOU KNOW THE CONCENTRATION AT DIFFERENT LEVELS.

10:00AM  17   SO THERE WILL BE A LOW LEVEL, MAYBE A MIDDLE LEVEL, AND A HIGH

10:00AM  18   LEVEL.

10:00AM  19        AND YOU'RE SUPPOSED TO RUN THEM BEFORE YOU RUN A PATIENT

10:00AM  20   SAMPLE TO CHECK THAT EVERYTHING IS WORKING APPROPRIATELY.

10:00AM  21        SO BASICALLY IF I HAVE A LOW LEVEL QC SAMPLE, I NEED TO

10:00AM  22   MAKE SURE THAT IT'S 5 MICROGRAMS FOR MIL FOR SOMETHING LIKE

10:01AM  23   VITAMIN D, AND I'LL RUN IT IN MY SYSTEM AND I EITHER PASS OR

10:01AM  24   FAIL FOR THAT.  AND SO I GET SOMETHING RELATIVELY IN THE RANGE

10:01AM  25   OF 5 MICROGRAMS FOR MIL, OR I DON'T.

10:01AM    1          AND THIS IS A VERY STANDARD PROCEDURE FOR ANY TYPE OF

10:01AM    2    DIAGNOSTIC USUALLY JUST TO MAKE SURE THAT THE WHOLE SYSTEM, THE

10:01AM    3    MEDICAL DIAGNOSTIC SYSTEM IS WORKING APPROPRIATELY SO YOU CAN

10:01AM    4    EFFECTIVELY OR, LIKE, SAFELY PROCEED WITH PROCESSING A PATIENT

10:01AM    5    SAMPLE.

10:01AM    6    Q.   AND WHAT HAPPENED WHEN A DEVICE FAILED QC, IN OTHER WORDS,

10:01AM    7    WHEN IT DIDN'T RETURN THE CORRECT ANSWER FOR THE TEST SAMPLE?

10:01AM    8    A.   IF WE FAILED QC, TYPICALLY WE WOULD HAVE TO CONDUCT SOME

10:01AM    9    SORT OF INVESTIGATION OF WHY THE QC FAILED.  SO WE WOULD HAVE

10:01AM   10    TO SAY, YOU KNOW, WAS IT MACHINE ERROR?  WAS IT MAYBE A

10:02AM   11    TRAINING ERROR OR SOMETHING?

10:02AM   12          AND WE WOULD EITHER HAVE TO IDENTIFY WHAT THE ISSUE WAS

10:02AM   13    AND THEN PROCEED TO RUN QC'S AGAIN, OR WE WOULD HAVE TO USE

10:02AM   14    DIFFERENT SETS OF MACHINES OR RECALIBRATE THE SYSTEM TO MAKE

10:02AM   15    SURE THAT IT WAS CALIBRATED APPROPRIATELY FOR WHATEVER TEST WE

10:02AM   16    HAPPENED TO BE RUNNING.

10:02AM   17    Q.   DID THERANOS ANALYZERS THAT YOU WORKED WITH FREQUENTLY

10:02AM   18    FAIL QC DURING YOUR TIME AT THE COMPANY?

10:02AM   19    A.   YES.

10:02AM   20    Q.   AND WHEN YOU WERE LAST ON THE STAND WE DISCUSSED AN

10:02AM   21    EXAMPLE OF AN INCIDENT WHERE THAT HAPPENED.

10:02AM   22          DO YOU RECALL THAT?

10:02AM   23    A.   YES.  THE THANKSGIVING EXAMPLE.

10:02AM   24    Q.   THERE WAS ALSO SOME DISCUSSION DURING THAT TIME OF HOW

10:02AM   25    THERANOS TREATED OUTLIERS IN THE DATA SET.

10:02AM   1        DO YOU RECALL THAT DISCUSSION?

10:02AM   2    A.   YES.

10:02AM   3    Q.   CAN YOU EXPLAIN WHERE THOSE OUTLIERS CAME FROM?  HOW WAS

10:03AM   4    IT THAT THERE WERE MULTIPLE RESULTS IN THE THERANOS DATA SET?

10:03AM   5    A.   SO ESSENTIALLY IN ORDER TO GENERATE A PATIENT RESULT,

10:03AM   6    THERANOS HAD SIX DIFFERENT DATA POINTS THAT WERE GENERATED FOR

10:03AM   7    EACH OF TESTS THAT WERE RUN.

10:03AM   8        SO, FOR EXAMPLE, YOU HAVE ONE PATIENT.  IT NEEDS A

10:03AM   9    VITAMIN D SAMPLE.  SO WHAT WE WOULD DO IS THAT WE WOULD HAVE

10:03AM   10   CARTRIDGES THAT WOULD HAVE TWO REACTION TIPS IN IT, AND YOU

10:03AM   11   WOULD RUN THREE OF THESE CARTRIDGES ON THREE DIFFERENT DEVICES

10:03AM   12   IN ORDER TO GENERATE A POOL OF SIX RESULTS.

10:03AM   13       SO THE OUTLIER DELETION HAPPENED FOR TWO OF THESE SIX

10:03AM   14   GENERATED DATA POINTS.

10:03AM   15   Q.   AND WHEN YOU SAY "OUTLIER DELETION," WHAT DOES THAT MEAN

10:03AM   16   IN PLAIN LANGUAGE?

10:03AM   17   A.   OUTLIER DELETION?  SO TYPICALLY OR WHAT IT WAS DEFINED AT

10:04AM   18   THERANOS?

10:04AM   19   Q.   HOW WAS IT DEFINED AT THERANOS?  HOW DID IT WORK IN

10:04AM   20   PRACTICE?

10:04AM   21   A.   SO OUTLIER DELETION IS SOMETHING THAT YOU DO IN THE EVENT

10:04AM   22   THAT THERE'S SOME SORT OF REALLY OUTLANDISH DATA POINT.

10:04AM   23       SO, SAY, IF I'M A TECHNICIAN AND I TRIP AND FALL AND IT

10:04AM   24   PRODUCES SOME SORT OF VERY BIZARRE RESULT, LIKE A ZERO, OR IT'S

10:04AM   25   SO HIGH THAT THE SYSTEM CANNOT DETECT IT, YOU TYPICALLY WILL

10:04AM  1    DELETE THAT.

10:04AM  2        BUT AT THERANOS WHAT WAS HAPPENING IS IT WAS BASICALLY ANY

10:04AM  3    TWO DATA POINTS THAT WOULD BASICALLY NOT HIT THE METRICS THAT

10:04AM  4    WE NEEDED.

10:04AM  5        SO FOR THE QC, FOR EXAMPLE, YOU WOULD DELETE TWO OF THE

10:04AM  6    DATA POINTS THAT WOULD BASICALLY THEN ALLOW YOU TO PASS QC'S.

10:04AM  7        SO IT -- THERE WAS NO STANDARD PROTOCOL AT THERANOS FOR

10:04AM  8    WHAT OUTLIER DELETION WAS.  IT WAS SOMETHING THAT WAS CONDUCTED

10:04AM  9    QUITE FREQUENTLY, AND IN NORMAL SENSE THIS WOULD BE CONSIDERED

10:05AM  10   CHERRY PICKING, WHERE YOU'RE ESSENTIALLY PICKING THE BEST DATA

10:05AM  11   POINTS TO MAKE IT APPEAR THAT THE QUALITY OF THE DATA IS BETTER

10:05AM  12   THAN IT IS.

10:05AM  13   Q.   AND WHAT HAPPENS TO THE DATA POINTS, THE RESULTS THAT ARE

10:05AM  14   DEEMED OUTLIERS?  ARE THEY REPORTED TO THE PATIENT, FOR

10:05AM  15   EXAMPLE?

10:05AM  16   A.   NO.

10:05AM  17   Q.   DID THE INFORMATION REPORTED TO THE PATIENT, IF YOU KNOW,

10:05AM  18   INCLUDE ANYTHING ABOUT THIS PRACTICE OF OUTLIER DELETION?

10:05AM  19   A.   NO.

10:05AM  20   Q.   AND TO BE CLEAR ABOUT WHAT WE'RE TALKING ABOUT, THESE

10:05AM  21   DIFFERENT DATA POINTS, IS IT CORRECT THAT EVERY TIME AN ASSAY

10:05AM  22   WAS RUN ON A THERANOS ANALYZER FOR A PATIENT TEST, IT WAS RUN

10:05AM  23   SIX TIMES TO GENERATE THOSE SIX DIFFERENT RESULTS?

10:05AM  24   A.   IT WAS RUN -- CAN YOU REPEAT THAT QUESTION?

10:05AM  25   Q.   SURE.  THE QUESTION IS, HOW DO WE ARRIVE AT SIX RESULTS?

10:06AM   1     IS IT THAT THE TEST IS ACTUALLY BEING PERFORMED SIX TIMES IN

10:06AM   2     PARALLEL?

10:06AM   3     A.   SO IT'S BEING RUN SIX TIMES IN PARALLEL, BUT EACH OF THE

10:06AM   4     TESTING CARTRIDGES HAVE TWO REACTIONS IN IT.  SO THE SAME

10:06AM   5     SAMPLE IS BEING RUN SIX TIMES, BUT ON THREE DIFFERENT MACHINES.

10:06AM   6     Q.   SO EACH TEST IS YIELDING SIX RESULTS BECAUSE OF THE THREE

10:06AM   7     TIMES TWO THAT YOU JUST MENTIONED?

10:06AM   8     A.   YES.  YES.

10:06AM   9     Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 1323 IN YOUR BINDER.

10:06AM  10          LET ME KNOW IF YOU RECOGNIZE THAT DOCUMENT ONCE YOU GET

10:06AM  11     THERE.

10:06AM  12     A.   YES.

10:07AM  13     Q.   AND WHAT IS EXHIBIT 1323?

10:07AM  14     A.   LET ME MAKE SURE.  YEAH.

10:07AM  15          EXHIBIT 12 -- WHAT IS IT?

10:07AM  16     Q.   1323.

10:07AM  17     A.   1323 IS AN EMAIL BETWEEN ME AND ONE OF THE LEAD

10:07AM  18     SCIENTISTS, TWO OF THE LEAD SCIENTISTS AT THERANOS.

10:07AM  19     Q.   AND DOES THE EMAIL CHAIN BEGIN WITH AN EMAIL FROM YOU TO

10:07AM  20     TWO OTHER EMPLOYEES AT THERANOS?

10:07AM  21     A.   YES.

10:07AM  22     Q.   AND GENERALLY SPEAKING, WHAT IS THE SUBJECT MATTER OF THE

10:07AM  23     EMAIL?

10:07AM  24     A.   SO THE SUBJECT MATTER OF THIS EMAIL IS I'M TRYING TO

10:07AM  25     CONSULT TWO PEOPLE IN THE RESEARCH AND DEVELOPMENT LAB ABOUT,

10:07AM   1    YOU KNOW, BASICALLY SAYING THERE'S NO PATIENT SAMPLE TONIGHT,

10:07AM   2    BUT I RAN THE QC'S AND THEY'RE NOT PASSING.

10:07AM   3    Q.   WAS EMAIL A PRIMARY WAY THAT YOU RECORDED AND CONVEYED

10:08AM   4    INFORMATION TO OTHERS AT THERANOS ABOUT INSTANCES LIKE THESE

10:08AM   5    WHERE QC'S FAILED FOR A THERANOS DEVICE?

10:08AM   6    A.   YES.

10:08AM   7    Q.   AND WAS THAT PART OF THE STANDARD PRACTICE OF OPERATION IN

10:08AM   8    THE LAB?

10:08AM   9    A.   YES.

10:08AM  10    Q.   AND SPECIFICALLY WAS THE USE OF EMAIL TO CONVEY

10:08AM  11    INFORMATION LIKE THIS PART OF THE STANDARD PRACTICE IN THE

10:08AM  12    COURSE OF THERANOS'S BUSINESS PRACTICES?

10:08AM  13    A.   YES.

10:08AM  14    Q.   WAS IT IMPORTANT TO CONVEY INFORMATION LIKE THIS ABOUT

10:08AM  15    INDIVIDUAL QC FAILURES ACCURATELY TO OTHERS AT THERANOS?

10:08AM  16    A.   YES.

10:08AM  17    Q.   SO WAS IT IMPORTANT THAT EMAILS LIKE THIS BE ACCURATE?

10:08AM  18    A.   YES.

10:08AM  19    Q.   AND WAS IT STANDARD PRACTICE AT THERANOS IN THE LAB TO

10:08AM  20    PROVIDE THIS EMAIL NOTIFICATION CONTEMPORANEOUSLY, IN OTHER

10:08AM  21    WORDS, AT THE TIME THAT THE QC FAILURE WAS OCCURRING?

10:08AM  22    A.   YES.

10:08AM  23         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:08AM  24    ADMIT EXHIBIT 1323.

10:08AM  25         MR. WADE:  NOTHING NEW ON THIS ONE, YOUR HONOR.

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                916

10:08AM  1          THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:09AM  2   PUBLISHED.  THANK YOU.

10:09AM  3          (GOVERNMENT'S EXHIBIT 1323 WAS RECEIVED IN EVIDENCE.)

10:09AM  4          MR. BOSTIC:  LET'S PROJECT THAT ON THE SCREEN,

10:09AM  5   MS. HOLLIMAN.  LET'S ZOOM IN ON THE BOTTOM MESSAGE.

10:09AM  6   Q.   MS. CHEUNG, IS THIS THE EMAIL THAT WE'VE BEEN DISCUSSING?

10:09AM  7   A.   YES.

10:09AM  8   Q.   AND DOES THIS REFERENCE ANOTHER QUALITY CONTROL FAILURE AT

10:09AM  9   THERANOS?

10:09AM  10  A.   YES.

10:09AM  11  Q.   AND CAN YOU TELL WHETHER THIS WAS IN RESEARCH AND

10:09AM  12  DEVELOPMENT OR THE CLINICAL LAB AT THERANOS?

10:09AM  13  A.   THIS WAS IN THE RESEARCH AND DEVELOPMENT LAB AT THERANOS.

10:09AM  14  Q.   AND IN YOUR EMAIL YOU MENTION A BIAS CORRECTION.  WHAT IS

10:09AM  15  A BIAS CORRECTION?

10:09AM  16  A.   THE BIAS CORRECTION WAS ESSENTIALLY AN ORDER TO -- WE

10:09AM  17  WOULD GET A MEAN OF ALL OF THE AGGREGATIVE RESULTS AND THEN RUN

10:09AM  18  IT THROUGH A BIAS CORRECTION, SORT OF A CALIBRATION CURVE IN

10:09AM  19  ORDER TO GET THE FINAL RESULT, AND THERE WERE DIFFERENT WAYS

10:10AM  20  THAT THAT WAS CREATED.

10:10AM  21          THERE WAS -- WHAT WE DID IN RESEARCH AND DEVELOPMENT AND

10:10AM  22  SARAH SIVARAMAN HAD HER OWN -- HAD HER OWN PROCEDURES OF WHAT

10:10AM  23  THEY CREATED IN THE CLINICAL LAB.

10:10AM  24  Q.   YOUR EMAIL SAYS, "I RECEIVED THE NEW RANGE FROM SARAH WITH

10:10AM  25  THE BIAS CORRECTION, BUT THE QC'S ARE STILL FAILING."

10:10AM   1          DOES THAT MEAN THAT THIS QC FAILURE WAS AN ONGOING OR

10:10AM   2   PREEXISTING PROBLEM AT THE THERANOS LAB?

10:10AM   3   A.   YES.

10:10AM   4   Q.   AND THE BIAS CORRECTION, WAS IT DESIGNED IN SOME WAY TO

10:10AM   5   HOPEFULLY FIX THE QC FAILURE?

10:10AM   6   A.   YES.

10:10AM   7   Q.   AND DO YOU REMEMBER WHETHER THE BIAS CORRECTION ACTUALLY

10:10AM   8   SUCCEEDED IN FIXING THE QC FAILURE PROBLEM?

10:10AM   9   A.   NO.

10:10AM   10   Q.   SORRY.  I ASKED A BAD QUESTION.

10:10AM   11          IF YOU RECALL --

10:10AM   12   A.   YEAH.

10:10AM   13   Q.   -- DID THE BIAS CORRECTION FIX THE QC FAILURE PROBLEM AT

10:11AM   14   THERANOS?

10:11AM   15   A.   IT DID NOT FIX THE QC FAILURE PROBLEM.

10:11AM   16   Q.   YOU SAID THIS WAS IN THE RESEARCH AND DEVELOPMENT LAB.

10:11AM   17   DID PROBLEMS LIKE THESE IN THE RESEARCH AND DEVELOPMENT LAB

10:11AM   18   CAUSE ANY CONCERNS FOR YOU IN TERMS OF THE ACTIVITIES IN THE

10:11AM   19   CLINICAL LAB WHERE PATIENT TESTING WAS HANDLED?

10:11AM   20   A.   YES.

10:11AM   21   Q.   AND WHY IS THAT?

10:11AM   22   A.   IT CAUSED CONCERNS BECAUSE QC'S ARE REALLY AN INDICATION

10:11AM   23   OF HOW YOUR TESTING SYSTEM WOULD OPERATE IF YOU WERE RUNNING

10:11AM   24   ACTUAL PATIENT SAMPLES.

10:11AM   25          SO IF YOU'RE HAVING AN IMMENSE AMOUNT OF FAILURES IN THE

10:11AM  1     QC SYSTEM WHERE YOU KNOW THE CONCENTRATION, YOU KNOW WHAT THE

10:11AM  2     SAMPLE IS, YOU KNOW WHAT THE RIGHT ANSWER IS, IF THEY'RE

10:11AM  3     FAILING CONSTANTLY, THAT MEANS WHEN YOU'RE GOING AND TRYING TO

10:11AM  4     BE THE AUTHORITY ON GIVING A PATIENT WHAT THEIR TEST RESULT IS,

10:11AM  5     IT DOESN'T GIVE YOU THE CONFIDENCE THAT IT'S VERY RELIABLE.

10:11AM  6          SO IT WAS VERY CONCERNING IN A RESEARCH CONTEXT BECAUSE

10:12AM  7     ONCE THAT TRANSLATES TO A PATIENT SETTING, YOU KNOW, THAT'S --

10:12AM  8     IT'S GIVING YOU A GOOD INDICATION THAT THE SYSTEM ISN'T WORKING

10:12AM  9     RELIABLY ENOUGH TO FEEL CONFIDENT AND COMFORTABLE IN RUNNING A

10:12AM  10    PATIENT SAMPLE.

10:12AM  11         SO IT WAS CONCERNING FOR ME.

10:12AM  12    Q.   AND WAS THIS A CONCERN THAT YOU HAD AT THE TIME OR ONLY IN

10:12AM  13    RETROSPECT?

10:12AM  14    A.   IT WAS A CONCERN THAT I HAD AT THE TIME.

10:12AM  15    Q.   WE SPOKE ABOUT RESTRICTION OF INFORMATION DURING YOUR TIME

10:12AM  16    AT THERANOS.

10:12AM  17         WHAT WAS YOUR SENSE OF HOW FREELY INFORMATION FLOWED

10:12AM  18    BETWEEN RESEARCH AND DEVELOPMENT AND THE CLINICAL LAB, SINCE

10:12AM  19    YOU WORKED IN BOTH?

10:12AM  20    A.   IT -- I WAS IN A PARTICULAR POSITION WHERE I UNDERSTOOD

10:12AM  21    THE INFORMATION BETWEEN BOTH, BUT THERE WAS A LOT OF

10:12AM  22    RESTRICTIONS IN THE INFORMATION WHERE WE HAD TWO DIFFERENT

10:12AM  23    DRIVES AND WHERE WE COULD SHARE INFORMATION THAT ONLY CERTAIN

10:12AM  24    PEOPLE HAD ACCESS TO.

10:13AM  25         AS I WAS WORKING FOR THE COMPANY, IT GOT MORE AND MORE

10:13AM  1    RESTRICTIVE WHERE THERE WASN'T SUPPOSED TO BE MUCH

10:13AM  2    CROSS-COMMUNICATION WITH THE CLINICAL LAB AND OTHER TEAMS, BUT

10:13AM  3    THERE WASN'T -- YOU HAD TO MAKE A VERY CONCERTED EFFORT TO WALK

10:13AM  4    UP AND TALK TO PEOPLE IN ORDER TO GET THE INFORMATION THAT YOU

10:13AM  5    NEEDED AMONGST DIFFERENT DEPARTMENTS.

10:13AM  6    Q.   AND IF YOU HAVE AN UNDERSTANDING OF THIS, WAS THAT JUST

10:13AM  7    BECAUSE OF THE WAY THE BUILDING WAS LAID OUT OR THE WAY THAT

10:13AM  8    INFORMATION WAS STORED, OR DID YOU GET THE SENSE THAT THAT WAS

10:13AM  9    A DELIBERATE THING?

10:13AM  10       FOR EXAMPLE, DID YOU GET ANY INSTRUCTIONS ABOUT HOW

10:13AM  11   INFORMATION WAS TO BE SHARED BETWEEN GROUPS?

10:13AM  12   A.   I FELT IT WAS A DELIBERATE THING, BECAUSE EVEN IN THE WAY

10:13AM  13   IN WHICH THE BUILDING WAS CONSTRUCTED, WE ONLY HAD CARD KEY

10:13AM  14   ACCESS TO CERTAIN AREAS AND CERTAIN PEOPLE WERE ONLY ALLOWED IN

10:13AM  15   CERTAIN PARTS OF THE BUILDING DESPITE -- YOU KNOW, I WORKED IN

10:13AM  16   THE CLINICAL LAB, BUT ONLY CERTAIN PEOPLE IN THE CLINICAL LAB

10:13AM  17   WOULD HAVE ACCESS TO THE RESEARCH AND DEVELOPMENT LAB WHERE

10:14AM  18   PATIENT PROCESSING WAS ACTUALLY HAPPENING.

10:14AM  19       SO, YEAH, THAT WAS --

10:14AM  20   Q.   YOU SAID LATER IN YOUR TIME AT THE COMPANY THAT YOU

10:14AM  21   PERCEIVED SOME ADDITIONAL RESTRICTIONS ON INFORMATION SHARING

10:14AM  22   BETWEEN EMPLOYEES.

10:14AM  23       WHAT FORM DID THAT TAKE?

10:14AM  24   A.   ESPECIALLY WHILE WORKING IN THE CLINICAL LAB, WE WERE

10:14AM  25   DIRECTED THAT WE SHOULDN'T BE TALKING ABOUT THE ONGOINGS OF

10:14AM   1    WHAT WAS HAPPENING IN THE CLINICAL LAB WITH EMPLOYEES IN OTHER

10:14AM   2    DEPARTMENTS; THAT IT WAS MEANT TO BE HELD AND KEPT WITHIN CLIA

10:14AM   3    AND THAT WE SHOULDN'T BE SHARING INFORMATION WITH OTHER

10:14AM   4    EMPLOYEES WITHIN THE ORGANIZATION ABOUT WHAT THE PROCEEDINGS OF

10:14AM   5    THE CLINICAL LAB WERE, DESPITE THE FACT THAT OUR WORK IN THE

10:14AM   6    CLINICAL LAB WAS HEAVILY RELIANT AND DEPENDENT ON WHAT WAS

10:14AM   7    OCCURRING IN THE RESEARCH AND DEVELOPMENT LAB.

10:14AM   8    Q.   DID THAT INFORMATION THAT YOU UNDERSTOOD YOU WEREN'T

10:15AM   9    SUPPOSED TO SHARE INCLUDE INFORMATION ABOUT PROBLEMS THAT WERE

10:15AM   10   BEING ENCOUNTERED IN THE CLINICAL LAB?

10:15AM   11   A.   YES.

10:15AM   12   Q.   AND WHO GAVE YOU THE INSTRUCTIONS NOT TO SHARE INFORMATION

10:15AM   13   LIKE THAT?

10:15AM   14   A.   SUNNY BALWANI.

10:15AM   15   Q.   AND WHAT FORM DID THOSE INSTRUCTIONS TAKE?

10:15AM   16   A.   EMAIL.

10:15AM   17   Q.   THE INCIDENTS THAT WE'VE LOOKED AT SO FAR WHERE QC FAILED,

10:15AM   18   WERE THOSE ISOLATED INCIDENTS AT THERANOS?  WERE THEY UNIQUE?

10:15AM   19   OR DID THINGS LIKE THAT OCCUR REGULARLY?

10:15AM   20   A.   THEY OCCURRED REGULARLY.

10:15AM   21   Q.   WHEN IT CAME TO QUALITY CONTROL FOR THE THERANOS EDISON

10:15AM   22   ANALYZER, WHAT WAS YOUR OVERALL SENSE OF ITS PERFORM IN QC?

10:15AM   23   A.    IT HAD VERY POOR PERFORMANCE.  WE WERE HAVING QC FAILURES

10:15AM   24   AT A MAXIMUM EVERY THREE DAYS, POSSIBLY MORE.

10:15AM   25   Q.   WE JUST LOOKED AT AN INCIDENT IN DECEMBER OF 2013.  AROUND

10:16AM 1  THAT TIME, DECEMBER 2013, JANUARY 2014, DID YOU RAISE THE

10:16AM 2  CONCERNS THAT YOU HAD WITH ANYONE HIGHER UP AT THERANOS?

10:16AM 3  A.  I HAD RAISED MY CONCERNS WITH A LOT OF THE HEAD -- LEAD

10:16AM 4  SCIENTISTS WITHIN THE RESEARCH AND DEVELOPMENT LAB, IN ADDITION

10:16AM 5  TO THE LAB DIRECTOR AND MEDICAL DIRECTOR AT THERANOS, AND EVEN

10:16AM 6  RAISED CONCERNS TO THE VICE PRESIDENT, DANIEL YOUNG.

10:16AM 7  Q.  LET'S BREAK THAT DOWN A LITTLE BIT.  THE INDIVIDUALS YOU

10:16AM 8  MENTIONED FIRST, THE SENIOR PEOPLE IN THE RESEARCH AND

10:16AM 9  DEVELOPMENT LAB, THE LAB DIRECTOR, WHO ARE THE NAMES OF THOSE

10:16AM 10  INDIVIDUALS?

10:16AM 11  A.  SO IN TERMS OF WHO IS IN CHARGE OF THE IMMUNOASSAY TEAM,

10:16AM 12  AT THAT TIME THAT IS SHARADA SIVARAMAN; AND THEN AT THE

10:16AM 13  CLINICAL LAB, THE LAB DIRECTOR IS MARK PANDORI, AND

10:16AM 14  ADAM ROSENDORFF, WHO WAS THE MEDICAL DIRECTOR; AND THEN THE

10:16AM 15  VICE PRESIDENT WAS DANIEL YOUNG.

10:17AM 16  Q.  WHAT DO YOU REMEMBER ABOUT SPECIFICALLY YOUR CONVERSATION

10:17AM 17  WITH DANIEL YOUNG ABOUT THESE ISSUES?

10:17AM 18  A.  ONE OF THE --

10:17AM 19        MR. WADE:  YOUR HONOR, IF I COULD JUST OBJECT ON

10:17AM 20  HEARSAY GROUNDS DEPENDING ON THE NATURE OF THE ANSWER.  THE

10:17AM 21  QUESTION MAY HAVE CALLED FOR HEARSAY.

10:17AM 22        THE COURT:  THANK YOU.  YOU CAN FINISH YOUR

10:17AM 23  QUESTION.

10:17AM 24  BY MR. BOSTIC:

10:17AM 25  Q.  THE QUESTION, MS. CHEUNG, WAS, WHAT DO YOU REMEMBER ABOUT

10:17AM  1    WHAT WAS DISCUSSED BETWEEN YOU AND DANIEL YOUNG DURING THAT

10:17AM  2    CONVERSATION?

10:17AM  3    A.   SO WE HAD A MEETING BETWEEN SHARADA SIVARAMAN AND

10:17AM  4    DANIEL YOUNG AND MYSELF BECAUSE OF THE QC FAILURES HAPPENING SO

10:17AM  5    FREQUENTLY, AND WE WERE TRYING TO SORT OF TROUBLESHOOT WHAT WAS

10:17AM  6    THE NATURE OF THE PROBLEM.

10:17AM  7        SO OFTEN WHAT WAS HAPPENING WAS THAT WE WOULD TRY AND COME

10:17AM  8    UP WITH DIFFERENT REASONING.  SO THE QC MATERIAL THAT YOU USE,

10:17AM  9    THE SAMPLES TENDED TO BE PURCHASED BY THIRD PARTIES, AND THERE

10:17AM 10    ARE WAYS IN WHICH YOU CAN CREATE THEM ACTUALLY IN HOUSE.

10:17AM 11        SO IT WAS ALWAYS THE CASE THAT WE WERE COMING UP WITH ANY

10:18AM 12    POSSIBLE EXPLANATION OF WHY THESE FAILURES WERE HAPPENING, AND

10:18AM 13    SO THE DISCUSSION WITH DANIEL YOUNG WAS, OKAY, WELL, GO RUN

10:18AM 14    THIS EXPERIMENT TO TRY AND FIGURE OUT, IS IT THE QC MATERIAL?

10:18AM 15    AND IF WE EITHER DEVELOP SOMETHING IN HOUSE VERSUS BUYING THEM

10:18AM 16    EXTERNAL, MAYBE THAT WILL MAKE THE DIFFERENCE AND MAKE THEM

10:18AM 17    PASS.

10:18AM 18        SO THESE WERE THE DISCUSSIONS THAT I HAD WITH

10:18AM 19    DANIEL YOUNG.

10:18AM 20        AND THEN ALSO JUST SHOWCASING THE DATA OF JUST THE

10:18AM 21    FREQUENCY OF THE QC FAILURES.

10:18AM 22    Q.   WHO ASKED FOR THAT MEETING?  HOW DID IT COME TO OCCUR?

10:18AM 23    A.   THE -- I HAD WORKED WITH SURAJ, WHO WAS PART OF OUR TEAM,

10:18AM 24    AND I ASKED DANIEL YOUNG TO ALL MEET TO SORT OF BRAINSTORM

10:18AM 25    ABOUT WHAT TO DO ABOUT THESE ISSUES BECAUSE IT CREATED NOT ONLY

10:18AM  1    THE PROBLEMS WITH THE QC FAILING, BUT IT CAUSED A WHOLE WEALTH

10:19AM  2    OR OTHER OPERATIONAL ISSUES WITHIN THERANOS, TOO.

10:19AM  3    Q.   I UNDERSTOOD FROM YOUR TESTIMONY THAT MANY DIFFERENT

10:19AM  4    POSSIBLE REASONS FOR THE QC FAILURES WERE DISCUSSED.

10:19AM  5    A.   YES.

10:19AM  6    Q.   IN THOSE DISCUSSIONS, DID YOU FEEL LIKE THERE WAS A

10:19AM  7    POSSIBLE EXPLANATION THAT WAS IGNORED OR NOT GIVEN ENOUGH

10:19AM  8    ATTENTION?

10:19AM  9    A.   WELL, I MEAN, I THINK THE MOST OBVIOUS ONE, THE FACT THAT

10:19AM  10   THEY WERE HAPPENING SO FREQUENTLY IS JUST THE TESTING SYSTEM,

10:19AM  11   THE EDISON DEVICES DIDN'T WORK.  THEY WEREN'T WORKING ON THE

10:19AM  12   ASSAYS AND IN COMBINATION WITH THE DEVICE, IN COMBINATION WITH

10:19AM  13   THE CARTRIDGES JUST WASN'T ADEQUATE ENOUGH AND WASN'T

10:19AM  14   PERFORMING RELIABLY OR EFFECTIVELY TO THE STANDARDS THAT YOU

10:19AM  15   WOULD TYPICALLY SEE FOR ANY OTHER TYPE OF MEDICAL DIAGNOSTIC,

10:19AM  16   AND THAT WAS KIND OF THE OBVIOUS BUT -- OBVIOUS EXPLANATION OF

10:19AM  17   WHY THE QC'S WERE FAILING.

10:19AM  18   Q.   DID YOU FEEL LIKE, IN THAT DISCUSSION WITH DANIEL YOUNG,

10:20AM  19   NOT ENOUGH ATTENTION WAS PAID TO THAT POSSIBILITY?

10:20AM  20   A.   YES.

10:20AM  21   Q.   I'D DIRECT YOU TO EXHIBIT 1431 IN THE BINDER IN FRONT OF

10:20AM  22   YOU.  ONCE YOU'RE THERE, TAKE A LOOK AT IT AND LET ME KNOW IF

10:20AM  23   YOU RECOGNIZE THAT DOCUMENT.

10:20AM  24   A.   YES.

10:20AM  25   Q.   WHAT IS EXHIBIT 1431?

10:20AM 1    A.   EXHIBIT 1431 IS ANOTHER INCIDENT OF THE QC'S FAILING AND

10:20AM 2    WE -- ADAM ROSENDORFF, WHO IS THE MEDICAL DIRECTOR, AND

10:20AM 3    SHARADA SIVARAMAN, WHO WAS THE LEAD FOR THE IMMUNOASSAY TEAM,

10:20AM 4    ARE KIND OF DISCUSSING, WHAT DO WE DO ABOUT THE QUALITY CONTROL

10:20AM 5    FAILURES AND TRYING TO COME TO AN UNDERSTANDING OF HOW SHOULD

10:20AM 6    WE RESOLVE SOME ISSUES IN TERMS OF THE DATA THAT WE WERE

10:21AM 7    OBTAINING FROM THE QUALITY CONTROL FAILURES.

10:21AM 8    Q.   I'LL DIRECT YOUR ATTENTION TO PAGE 6 OF THE EXHIBIT.  DOWN

10:21AM 9    AT THE BOTTOM THERE'S AN EMAIL FROM ADAM ROSENDORFF TO YOU.

10:21AM 10       DO YOU SEE THAT?

10:21AM 11   A.   PAGE?

10:21AM 12   Q.   PAGE 6.  THEY'RE NUMBERED IN THE CENTER.

10:21AM 13   A.   OH, OKAY.  GOT IT.

10:21AM 14   Q.   AND DO YOU SEE THE EMAIL FROM ADAM ROSENDORFF TO YOU AT

10:21AM 15   THE BOTTOM OF THE PAGE?

10:21AM 16   A.   YES.

10:21AM 17   Q.   AND IF YOU TURN THE PAGE, YOU'LL SEE THAT THAT EMAIL TO

10:21AM 18   YOU CONTAINS SOME DATA.

10:21AM 19   A.   TURN THE PAGE TO 5?

10:21AM 20   Q.   SORRY.  FORWARD TO PAGE 7?

10:21AM 21   A.   YES.

10:21AM 22   Q.   AND WHAT IS THAT DATA THAT IS INCLUDED IN THAT EMAIL?

10:21AM 23   A.   SO THE DATA INCLUDED IN THIS EMAIL ARE THE QC RANGES THAT

10:21AM 24   WE HAVE FOR DIFFERENT TESTS.

10:21AM 25       SO WE HAVE TOTAL TESTOSTERONE; WE HAVE HEPATITIS C; AND

10:22AM 1    FREE T4; WE HAVE TSH, WHICH IS ALSO A THYROID TEST; AND THEN

10:22AM 2    TPSA, WHICH IS A PROSTATE CANCER BIOMARKER, AND ESSENTIALLY

10:22AM 3    GIVING THE QC RANGES FOR EACH OF THOSE TESTS.

10:22AM 4    Q.   AND WAS QC RELATED INFORMATION LIKE THIS GENERALLY

10:22AM 5    TRANSMITTED BY EMAIL DURING YOUR TIME AT THERANOS?

10:22AM 6    A.   YES.

10:22AM 7    Q.   AND WAS EMAIL THE WAY IN WHICH YOU AND OTHER EMPLOYEES IN

10:22AM 8    THE LAB SHARED AND DOCUMENTED QC DATA LIKE THIS?

10:22AM 9    A.   YES.

10:22AM 10   Q.   AND WAS IT ALSO THE STANDARD PRACTICE AT THERANOS TO

10:22AM 11   DISCUSS AND CONSULT ABOUT QC DATA OVER EMAIL?

10:22AM 12   A.   YES.

10:22AM 13   Q.   AND IN EMAILS LIKE THESE, WAS IT IMPORTANT TO BE ACCURATE

10:22AM 14   AND REPORT THAT DATA CORRECTLY?

10:23AM 15   A.   YES.

10:23AM 16   Q.   AND WERE EMAILS LIKE THESE PRESERVED SO THAT THEY CAN BE

10:23AM 17   REFERENCED BACK IN THE FUTURE?

10:23AM 18   A.   YES.

10:23AM 19        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:23AM 20   ADMIT EXHIBIT 1431 AT THIS TIME.

10:23AM 21        MR. WADE:  NOTHING NEW, YOUR HONOR.

10:23AM 22        THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:23AM 23   PUBLISHED.

10:23AM 24        MR. BOSTIC:  WHAT'S -- MAY I PUBLISH, YOUR HONOR?

10:23AM 25        THE COURT:  YES.

10:23AM 1          (GOVERNMENT'S EXHIBIT 1431 WAS RECEIVED IN EVIDENCE.)

10:23AM 2               MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT THIS AND GO

10:23AM 3     TO PAGE 6 IF WE CAN.

10:23AM 4          LET'S ZOOM IN ON THE MIDDLE MESSAGE.

10:23AM 5     Q.   MS. CHEUNG, DO YOU SEE IN FRONT OF YOU AN EMAIL FROM

10:23AM 6     ADAM ROSENDORFF TO YOU ON JANUARY 15TH, 2014?

10:23AM 7     A.   YES.

10:23AM 8     Q.   AND HE'S ASKING YOU ABOUT THE VITAMIN D RANGES; IS THAT

10:23AM 9     CORRECT?

10:23AM 10    A.   THAT'S CORRECT.

10:23AM 11    Q.   AND WE CAN EXIT OUT OF THAT PAGE, AND LET'S GO TO PAGE 5

10:24AM 12    IN THIS SAME EXHIBIT.

10:24AM 13         LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:24AM 14         DO YOU SEE ANOTHER MESSAGE FROM ADAM ROSENDORFF TO YOU IN

10:24AM 15    THAT SAME EMAIL CHAIN?

10:24AM 16    A.   YES.

10:24AM 17    Q.   HE SAYS THE CV PERCENTAGE AT 18 -- IS THAT NANOGRAMS PER

10:24AM 18    MILLILITER?

10:24AM 19    A.   YES.

10:24AM 20    Q.   IS WAY TOO HIGH.  33 PERCENT.

10:24AM 21         WHAT IS CV?

10:24AM 22    A.   CV IS THE COEFFICIENT OF VARIANCE.

10:24AM 23    Q.   AND WHAT DOES THAT MEAN?

10:24AM 24    A.   SO THE COEFFICIENT OF VARIANCE IS TO ESSENTIALLY TELL YOU

10:24AM 25    HOW MUCH VARIABILITY YOU HAVE AMONGST DATA POINTS THAT ARE THE

10:24AM   1    SAME.

10:24AM   2         SO BECAUSE WE WERE TAKING THESE AVERAGES OF THESE

10:24AM   3    DIFFERENT DATA POINTS IN ORDER TO GET ONE RESULT, IT'S TO KIND

10:24AM   4    OF CHECK AND SEE BASED ON THE AVERAGE HOW MUCH DEVIATION DO YOU

10:25AM   5    HAVE AND HOW MUCH VARIABILITY DO YOU HAVE AMONGST THAT SET OF

10:25AM   6    DATA POINTS.

10:25AM   7    Q.   AND GENERALLY SPEAKING IS VARIABILITY A GOOD THING IN LAB

10:25AM   8    TESTING OR IS IT SOMETHING TO BE AVOIDED?

10:25AM   9    A.   IT'S SOMETHING TO BE AVOIDED.

10:25AM  10    Q.   WHY IS THAT?

10:25AM  11    A.   BECAUSE YOU DON'T WANT A SITUATION WHERE IF YOU ARE

10:25AM  12    RUNNING PATIENT RESULTS THAT YOU ARE KIND OF MISSING THE MARK

10:25AM  13    ON THE ACCURACY OR NOT GETTING A PRECISE ENOUGH RESULT AMONGST

10:25AM  14    A PATIENT SAMPLE.

10:25AM  15         SO YOU TEND TO WANT TO HAVE HIGH ACCURACY AND HIGH

10:25AM  16    PRECISION IN YOUR PATIENT RESULT TO MAKE SURE THAT YOU'RE KIND

10:25AM  17    OF HITTING THE MARK ON GETTING AN ACCURATE ANSWER OF DIAGNOSTIC

10:25AM  18    THAT YOU WOULD RUN.

10:25AM  19         SO YOU WANT RELATIVELY LOW CV'S BECAUSE IT'S A WAY TO KIND

10:25AM  20    OF SHOWCASE, YOU KNOW, ARE YOU GETTING PRECISE ENOUGH VALUES

10:25AM  21    OVER TIME.

10:26AM  22    Q.   SO A HIGH CV WOULD INDICATE A HIGH LEVEL OF VARIABILITY?

10:26AM  23    A.   YES.

10:26AM  24    Q.   AND WOULD THAT CALL INTO QUESTION THE ACCURACY OF

10:26AM  25    INDIVIDUAL TESTS?

10:26AM 1    A.   YES, AND THE PRECISION OF IT.

10:26AM 2    Q.   IN OTHER WORDS, WE'RE TALKING ULTIMATELY ABOUT THE

10:26AM 3    RELIABILITY OF THE RESULTS THAT ARE BEING RECORDED BY THESE

10:26AM 4    TESTS; CORRECT?

10:26AM 5    A.   YES.

10:26AM 6    Q.   AND A HIGH CV IS UNDESIRABLE?

10:26AM 7    A.   YES.

10:26AM 8    Q.   IN THIS CASE DR. ROSENDORFF SAYS THAT THE CV IS WAY TOO

10:26AM 9    HIGH AND HE SAYS ACCORDING TO OUR VALIDATIONS IT SHOULD BE

10:26AM 10   AROUND 20 PERCENT.

10:26AM 11        WHAT IS YOUR UNDERSTANDING OF WHAT THAT MEANT?

10:26AM 12   A.   SO THE VALIDATION STUDIES ARE THE EXPERIMENTS THAT WE RUN

10:26AM 13   TO SHOW THAT THEY'RE APPROVED AND OF A HIGH QUALITY STANDARD TO

10:26AM 14   START RUNNING ON PATIENTS.

10:26AM 15        AND FROM OUR EXPERIMENTS IT HAD COME OUT THAT OUR TESTS

10:26AM 16   HAD A 20 PERCENT CV, BUT WHEN WE'RE RUNNING THE QUALITY CONTROL

10:26AM 17   SAMPLES, THE CV IS AT 33 PERCENT.  SO ITS MUCH HIGHER THAN WE

10:27AM 18   ANTICIPATED OR WHAT WE HAD ARTICULATED IN OUR VALIDATION

10:27AM 19   EXPERIMENTS.

10:27AM 20        AND THE LLOQ JUST MEANS A LOWER LIMIT OF QUANTIFICATION,

10:27AM 21   SO THAT'S WHERE LOW VALUE OF VITAMIN D.

10:27AM 22   Q.   AND THIS IS ALL IN CONNECTION WITH THE VITAMIN D TEST AT

10:27AM 23   THERANOS?

10:27AM 24   A.   YES.  OH, LET ME DOUBLE CHECK.  YES, I BELIEVE SO.

10:27AM 25   Q.   AND LET'S GO BACK TO PAGE 6 OF THE EXHIBIT IF WE CAN.

CHEUNG DIRECT BY MR. BOSTIC (RES.)

10:27AM 1          ZOOM BACK IN ON THAT EMAIL MESSAGE.

10:27AM 2          DO YOU SEE HERE THAT DR. ROSENDORFF IS MENTIONING

10:27AM 3   VITAMIN D.  DOES THAT REFRESH YOUR MEMORY ABOUT WHICH ASSAY

10:27AM 4   WE'RE TALKING ABOUT HERE?

10:27AM 5   A.   YES.

10:27AM 6   Q.   AND LET'S GO TO PAGE 3, PLEASE.  LET'S ZOOM IN ON THE

10:28AM 7   BOTTOM MESSAGE WHERE IT BEGINS "HI ADAM."

10:28AM 8          THIS IS AN EMAIL FROM SHARADA SIVARAMAN; CORRECT?

10:28AM 9   A.   YES.

10:28AM 10  Q.   SHE SAYS, "THE CV'S ARE HIGH BETWEEN DEVICES IF YOU SEE

10:28AM 11  FOR THE DATA IN THE DAILY QC THE WITHIN CARTRIDGE CV'S ARE

10:28AM 12  REALLY TIGHT."

10:28AM 13         DO YOU SEE THAT?

10:28AM 14  A.   YES.

10:28AM 15  Q.   AND CAN YOU TELL US WHAT SHE MEANS WHEN SHE SAYS "CV'S

10:28AM 16  BETWEEN DEVICES"?

10:28AM 17  A.   SO BECAUSE THERANOS USED THREE DIFFERENT DEVICES IN ORDER

10:28AM 18  TO GENERATE ONE PATIENT SAMPLE, THE CARTRIDGES HAVE TWO TESTING

10:28AM 19  REACTIONS IN THEM.

10:28AM 20         SO THE CV'S IN TERMS OF WHAT YOU SEE IN THE CARTRIDGES IS

10:28AM 21  TIGHT BUT NOT NECESSARILY BETWEEN THE DEVICES.

10:28AM 22  Q.   SO I WANT TO CIRCLE BACK ON SOMETHING YOU SAID.  YOU SAID

10:29AM 23  THERANOS USED THREE DEVICES TO GENERATE RESULTS FOR ONE PATIENT

10:29AM 24  SAMPLE; IS THAT CORRECT?

10:29AM 25  A.   THAT'S CORRECT.

10:29AM 1    Q.   SO IN ORDER TO RETURN RESULTS FOR A SINGLE PATIENT SAMPLE

10:29AM 2    FOR A SINGLE TEST LIKE VITAMIN D, FOR EXAMPLE, HOW MANY EDISON

10:29AM 3    DEVICES WOULD BE REQUIRED?

10:29AM 4    A.   THREE EDISON DEVICES.

10:29AM 5    Q.   ALL RUNNING THE SAME SAMPLE?

10:29AM 6    A.   YES.

10:29AM 7    Q.   AND ALL CONDUCTING THE SAME TEST FOR VITAMIN D?

10:29AM 8    A.   YES, FOR THE SAME PATIENT.

10:29AM 9    Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHY THREE DEVICES WERE

10:29AM 10   USED FOR EACH ASSAY, FOR EACH SAMPLE INSTEAD OF JUST ONE

10:29AM 11   DEVICE?

10:29AM 12   A.   I DON'T KNOW.

10:29AM 13   Q.   AT THIS TIME WOULD ONE DEVICE HAVE BEEN ABLE TO GENERATE

10:29AM 14   SIX DIFFERENT RESULTS?

10:29AM 15   A.   NO.

10:29AM 16   Q.   WHEN WE LOOKED BEFORE AT THE LIST OF ASSAYS FOR THE DEMO,

10:29AM 17   DO YOU RECALL THAT?

10:29AM 18   A.   YES.

10:29AM 19   Q.   AND IT INCLUDED THREE ASSAYS THAT WOULD HAVE BEEN RUN ON

10:30AM 20   THE EDISON; IS THAT CORRECT?

10:30AM 21   A.   YES.

10:30AM 22   Q.   AND HOW MANY EDISON DEVICES WOULD HAVE BEEN REQUIRED TO

10:30AM 23   RUN THOSE THREE TESTS ON THAT SINGLE PATIENT SAMPLE?

10:30AM 24   A.   ON THAT SINGLE?  IF IT WAS A VITAMIN D TSH/PSA.

10:30AM 25   Q.   CORRECT.

10:30AM   1    A.   SO IT WOULD REQUIRE NINE EDISON DEVICES FOR THAT ONE

10:30AM   2    SAMPLE.

10:30AM   3    Q.   SO JUST SO I AM CLEAR, THIS VIP COMES IN AND A FINGERSTICK

10:30AM   4    SAMPLE IS DRAWN; IS THAT CORRECT?

10:30AM   5    A.   YES.

10:30AM   6    Q.   AND THE FINGERSTICK SAMPLE IS BROUGHT DOWN TO THE LAB

10:30AM   7    WHERE THE TEAMS MEET TO DIVIDE UP THE SAMPLE; IS THAT CORRECT?

10:30AM   8    A.   THAT IS CORRECT.

10:30AM   9    Q.   AND THE SAMPLE IS RUN ON MULTIPLE DEVICES?

10:30AM  10    A.   YES.

10:30AM  11    Q.   AND THAT SAMPLE WOULD NEED TO BE RUN ON NINE INDIVIDUAL

10:30AM  12    EDISON DEVICES IN ORDER TO RETURN RESULTS FOR THOSE THREE

10:30AM  13    EDISON ASSAYS?

10:30AM  14    A.   YES.

10:30AM  15    Q.   AND EACH OF THE EDISON DEVICES YOU SAID WAS ABOUT THE SIZE

10:31AM  16    OF A COMPUTER TOWER?

10:31AM  17    A.   YES.

10:31AM  18    Q.   AND THAT DOESN'T INCLUDE THE NON-THERANOS MANUFACTURED

10:31AM  19    DEVICES THAT WOULD BE USED TO RUN THE PANELS; IS THAT CORRECT?

10:31AM  20    A.   THAT IS CORRECT.

10:31AM  21    Q.   HOW MANY ADDITIONAL DEVICES WOULD BE REQUIRED TO COMPLETE

10:31AM  22    THAT DEMO BASED ON THE ASSAY LIST THAT WE LOOKED AT?

10:31AM  23    A.   YOU WOULD NEED -- FOR THE WHOLE TOTAL, SO YOU WOULD NEED

10:31AM  24    THE SIEMENS ADVIA, YOU WOULD NEED THE CYTOMETER, YOU WOULD NEED

10:31AM  25    PROBABLY AT LEAST TWO DIFFERENT TECANS, AND THEN NINE EDISON

10:31AM   1    DEVICES.

10:31AM   2    Q.   SO TWO OF THOSE THIRD PARTY DEVICES WERE ANALYZERS;

10:31AM   3    CORRECT?

10:31AM   4    A.   YES.

10:31AM   5    Q.   IN ADDITION TO THE NINE EDISON ANALYZERS?

10:31AM   6    A.   YES.

10:31AM   7    Q.   SO DOES THAT MEAN A TOTAL OF 11 BLOOD ANALYZERS WOULD BE

10:31AM   8    REQUIRED TO RUN THAT SINGLE PATIENT SAMPLE?

10:31AM   9    A.   YES.

10:31AM  10    Q.   GOING BACK TO SHARADA'S EMAIL THAT IS ON THE SCREEN.

10:32AM  11         SHE CONTINUES, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA

10:32AM  12    POINTS FROM 6 (1 CARTRIDGE OUT OF 3), I HAVE ATTEMPTED TO DO

10:32AM  13    THAT WITH BOTH THE LEVEL 1 AND 2 DATA AND IT IMPROVES THINGS."

10:32AM  14         IS REMOVING TWO DATA POINTS FROM SIX, IS THAT THE OUTLIER

10:32AM  15    REMOVAL THAT WE HAVE BEEN DISCUSSING?

10:32AM  16    A.   YES.

10:32AM  17    Q.   LET'S ZOOM OUT OF THAT AND ZOOM TO THE TOP OF THE NEXT

10:32AM  18    PAGE, PLEASE.

10:32AM  19         DO YOU SEE AN EMAIL FROM ADAM ROSENDORFF TO

10:32AM  20    SHARADA SIVARAMAN AND YOU?

10:32AM  21    A.   YES.

10:32AM  22    Q.   AND DR. ROSENDORFF SAYS, "SINCE 3 DEVICES ARE BEING USED

10:32AM  23    AS ONE TESTING SYSTEM, FOR THE PURPOSES OF QC WE MUST CONSIDER

10:32AM  24    THEM AS ONE TESTING SYSTEM/DEVICE.  THEREFORE THE WITHIN

10:32AM  25    CARTRIDGE CV IS NOT RELEVANT."

10:33AM   1          HE THEN ASKS AT THE BOTTOM "IN CONSIDERING QC, IF THE CV'S

10:33AM   2     ARE VERY HIGH OR THE RANGES OVERLAP, WHICH 2 DATA POINTS SHOULD

10:33AM   3     WE REMOVE FROM THE DATA SET FOR QC GOING FORWARD?  IS THERE A

10:33AM   4     PROTOCOL FOR THIS?"

10:33AM   5          WHAT WAS HE ASKING THERE IF YOU UNDERSTAND?

10:33AM   6     A.   HE WAS ASKING IF THERE WAS A PROCEDURE OR AN OPERATING

10:33AM   7     PLAN IN ORDER TO GIVE SOME CLARITY ON WHEN SHOULD WE DELETE

10:33AM   8     THESE OUTLIERS OR NOT AND TRYING TO FIGURE OUT IF THERE WAS

10:33AM   9     SOME CLEAR CONSENSUS ABOUT WHAT THAT PROCESS LOOKED LIKE.

10:33AM   10    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.

10:33AM   11         LET'S ZOOM IN ON THAT SECTION OF THE DOCUMENT.  GREAT.

10:34AM   12    THANK YOU.

10:34AM   13         DO YOU SEE AN EMAIL FROM SHARADA SIVARAMAN IN RESPONSE TO

10:34AM   14    DR. ROSENDORFF AND YOU?

10:34AM   15    A.   YES.

10:34AM   16    Q.   CAN YOU PLEASE READ FOR THE RECORD THE SECOND PARAGRAPH OR

10:34AM   17    THE FIRST SENTENCE OF THE SECOND PARAGRAPH.

10:34AM   18    A.   "AT THIS TIME"?

10:34AM   19    Q.   UH-HUH.

10:34AM   20    A.   "AT THIS TIME OUR OUTLIER REMOVAL PROCEDURE IS MANUAL (WE

10:34AM   21    CAN REMOVE 2 OUT OF THE 6 DATA POINTS) AND IT ALSO DEPENDS ON

10:34AM   22    THE DATA SET.  SEE EXAMPLE BELOW FROM THE ORIGINAL DATA SET

10:34AM   23    THAT ERIKA SENT OUT."

10:34AM   24    Q.   THAT'S GOOD.  THANK YOU.

10:34AM   25         DURING YOUR TIME AT THERANOS, DID YOU HAVE EXPERIENCE

10:34AM   1    OBSERVING THIS PROCESS OF REMOVING OUTLIERS FROM DATA SETS?

10:34AM   2    A.   YES.

10:34AM   3    Q.   AND WHAT DOES IT MEAN WHEN SHARADA SAYS, "AT THIS TIME OUR

10:34AM   4    OUTLIER REMOVAL PROCEDURE IS MANUAL"?

10:34AM   5    A.   THAT MEANS IT'S LEFT UP TO THE INDIVIDUAL WHO IS MANAGING

10:34AM   6    THE DATA TO DETERMINE WHAT THE OUTLIERS ARE.

10:35AM   7    Q.   AND IF YOU HAD THE CHANCE TO OBSERVE THAT PROCESS IN

10:35AM   8    ACTION, WHAT DID IT LOOK LIKE?  WHAT WERE THE STEPS?  WHAT WERE

10:35AM   9    THE RULES?

10:35AM  10    A.   THERE WEREN'T -- THE PROBLEM WITH THE OUTLIER PROCEDURE

10:35AM  11    WERE THAT THERE WERE NO RULES, THERE WERE NO BEST PRACTICES,

10:35AM  12    THERE WERE NO RULES, THERE WAS NOT PROTOCOL, IT WAS REALLY LEFT

10:35AM  13    TO WHOEVER HAPPENED TO BE OBSERVING THE DATA, AND THAT COULD BE

10:35AM  14    SOMEONE WHO IS A SCIENTIST, THAT COULD BE SOMEONE WHO IS AN

10:35AM  15    ENTRY LAB ASSOCIATE.  IT WASN'T VERY CLEAR WHAT THEY WOULD DO.

10:35AM  16        AND FREQUENTLY WHAT YOU WOULD SEE HAPPEN IS THAT THE

10:35AM  17    OUTLIER REMOVAL PROCESS WOULD BE IMPLEMENTED WHEN SOMETHING WAS

10:35AM  18    GOING WRONG.

10:35AM  19        SO, FOR EXAMPLE, IN THE VALIDATION EXPERIMENTS, IF IT WAS

10:35AM  20    THE CASE THAT WE WERE NOT HITTING THE APPROPRIATE ACCURACY THAT

10:35AM  21    WE WANTED, THEN IT WAS, WELL, LIKE LET'S GO AND COMB THROUGH

10:35AM  22    ALL OF THE DATA TO SEE IF WE CAN START REMOVING OUTLIERS TO

10:36AM  23    MAKE IT APPEAR THAT THE ACCURACY IS BETTER THAN IT IS.

10:36AM  24        OR IN THE CONTEXT OF THE QUALITY CONTROL DATA, LET'S SEE

10:36AM  25    IF WE CAN COMB THROUGH THE QUALITY CONTROL DATA AND MANIPULATE

10:36AM  1    THE NUMBERS TO FIGURE OUT DOES THIS REMOVE THE OUTLIERS IN

10:36AM  2    ORDER TO SEE IF IT HAS THE QUALITY CONTROLS PASS, BECAUSE THEY

10:36AM  3    WERE FAILING SO OFTEN.

10:36AM  4         SO THERE WASN'T A CLEAR PROTOCOL OR PROCEDURE OR RULES.

10:36AM  5    IT WAS JUST SOMETHING THAT WAS KIND OF STATED YOU CAN REMOVE

10:36AM  6    TWO OUT OF THE SIX DATA POINTS, BUT THERE WASN'T GOOD CLARITY

10:36AM  7    ON WHAT THAT PROCESS ACTUALLY WAS.

10:36AM  8    Q.   WAS THERE -- IN YOUR EXPERIENCE, WAS THERE NOT EVEN A

10:36AM  9    DEFINITION ABOUT WHAT AN OUTLIER WAS?

10:36AM 10    A.   THERE WASN'T EVEN A DEFINITION ABOUT WHAT AN OUTLIER WAS,

10:36AM 11    NO.

10:36AM 12    Q.   WHO WOULD DECIDE, IN YOUR EXPERIENCE, WHAT CONSTITUTED AN

10:37AM 13    OUTLIER FOR A CERTAIN SET OF DATA?

10:37AM 14    A.   TYPICALLY WHOEVER WAS WORKING WITH THE DATA SET.  SO IT

10:37AM 15    WOULD BE SOMEONE LIKE SHARADA SIVARAMAN, WHO WAS IN CHARGE OF

10:37AM 16    R&D, BUT THERE WAS NO POINT PERSON REALLY TO DETERMINE WHAT AN

10:37AM 17    OUTLIER WAS VERSUS WHAT WASN'T.

10:37AM 18    Q.   SO AS YOU UNDERSTOOD IT, THE PROCESS ALLOWED WHOEVER WAS

10:37AM 19    MAKING THIS DECISION TO CHOOSE ANY DATA POINTS THAT THEY

10:37AM 20    WANTED, ANY TWO DATA POINTS TO IGNORE?

10:37AM 21    A.   YES.

10:37AM 22    Q.   I'LL ASK YOU TO -- WE CAN TAKE THAT DOWN.  THANK YOU,

10:37AM 23    MS. HOLLIMAN.

10:37AM 24         I'LL ASK YOU TO LOOK AT EXHIBIT 1512 IN YOUR BINDER,

10:37AM 25    PLEASE.

10:38AM 1   A.   OKAY.

10:38AM 2   Q.   DO YOU RECOGNIZE THE DOCUMENT AT EXHIBIT 1512?

10:38AM 3   A.   YES.

10:38AM 4   Q.   AND GENERALLY SPEAKING, WHAT IS IT?

10:38AM 5   A.   THIS DOCUMENT IS -- THIS EMAIL IS IN REGARDS TO A PATIENT

10:38AM 6   SAMPLE THAT CAME IN FOR HEPATITIS C.

10:38AM 7   Q.   AND WHAT WAS THE PURPOSE OF THESE EMAIL COMMUNICATIONS IN

10:38AM 8   CONNECTION WITH THAT SAMPLE?

10:38AM 9   A.   SO THE PURPOSE OF THIS EMAIL COMMUNICATION WAS THAT WE

10:38AM 10  RECEIVED A PATIENT SAMPLE FOR HEPATITIS C, BUT WE WERE NOT

10:38AM 11  QUITE PREPARED IN THE CLINICAL LAB FOR THE EDISON DEVICES TO

10:38AM 12  RUN THAT, AND WE WERE TRYING TO SORT OUT WHAT TO DO ABOUT IT

10:38AM 13  BECAUSE I DIDN'T FEEL COMFORTABLE RUNNING A HEPATITIS C IN THE

10:38AM 14  CURRENT INFRASTRUCTURE THAT WE HAD.

10:38AM 15       SO I WAS ADVISING ADAM ROSENDORFF, WHO WAS THE MEDICAL

10:38AM 16  DIRECTOR, MARK PANDORI, AND SURAJ SAKSENA EFFECTIVELY ABOUT MY

10:39AM 17  CONCERNS REGARDING THIS PARTICULAR PATIENT SAMPLE REGARDING

10:39AM 18  HEPATITIS C.

10:39AM 19  Q.   AND WERE EMAILS LIKE THESE STANDARD MECHANISMS FOR

10:39AM 20  COMMUNICATING ABOUT THESE KINDS OF ISSUES IN THE THERANOS LAB?

10:39AM 21  A.   YES.

10:39AM 22  Q.   AND WAS IT PART OF YOUR STANDARD PRACTICE TO SEND EMAILS

10:39AM 23  LIKE THESE TO COORDINATE OR NAVIGATE ISSUES CONCERNING THE

10:39AM 24  TESTING OF CERTAIN PATIENT SAMPLES?

10:39AM 25  A.   YES.

10:39AM 1    Q.   AND WAS IT IMPORTANT TO BE ACCURATE IN EMAILS LIKE THESE

10:39AM 2    ABOUT THE DETAILS AND WHAT WAS HAPPENING?

10:39AM 3    A.   YES.

10:39AM 4    Q.   AND DID EMAILS LIKE THESE -- WAS IT YOUR PRACTICE TO SEND

10:39AM 5    THEM AROUND THE TIME THAT THE EVENTS WERE ACTUALLY OCCURRING?

10:39AM 6    A.   YES.

10:39AM 7    Q.   AND DOES THIS PARTICULAR EMAIL RELATE TO EVENTS THAT WERE

10:39AM 8    OCCURRING WHILE YOU WERE SENDING AND RECEIVING THESE EMAILS?

10:39AM 9    A.   YES.

10:39AM 10        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:39AM 11   ADMIT INTO EVIDENCE EXHIBIT 1512.

10:39AM 12        MR. WADE:  YOUR HONOR, THE PREVIOUS OBJECTIONS, PLUS

10:40AM 13   THERE'S A BILL OF PARTICULARS WITH RESPECT TO HEPATITIS C.

10:40AM 14        THE COURT:  ALL RIGHT.  THANK YOU.

10:40AM 15       THIS MAY BE ADMITTED.  I'LL OVERRULE THE OBJECTION.  THIS

10:40AM 16   MAY BE ADMITTED PER THE COURT'S PREVIOUS RULING, AND IT MAY BE

10:40AM 17   PUBLISHED.

10:40AM 18        MR. BOSTIC:  THANK YOU.

10:40AM 19   (GOVERNMENT'S EXHIBIT 1512 WAS RECEIVED IN EVIDENCE.)

10:40AM 20        MR. BOSTIC:  LET'S PROJECT, MS. HOLLIMAN, PAGE 1 OF

10:40AM 21   THIS EXHIBIT.

10:40AM 22       LET'S MOVE IN OR LET'S ZOOM IN ON THE THIRD EMAIL DOWN,

10:40AM 23   PLEASE.  THE ONE JUST ABOVE THAT.

10:40AM 24   Q.   THIS EMAIL ON ITS FACE APPEARS TO COME FROM SOMEONE NAMED

10:40AM 25   ROMINA RIENER.

10:40AM   1          DO YOU SEE THAT?

10:40AM   2     A.   YES.

10:40AM   3     Q.   AND DO YOU KNOW WHO SENT THIS EMAIL?

10:40AM   4     A.   I SENT THIS EMAIL.

10:40AM   5     Q.   CAN YOU EXPLAIN HOW IT CAME TO BE THAT IT COMES FROM HER

10:40AM   6     EMAIL ADDRESS?

10:40AM   7     A.   WITHIN THE LAB WE HAD ALL OF OUR COMPUTERS SET UP ON THE

10:40AM   8     LAB BENCHES, AND I ACCIDENTALLY SENT THIS EMAIL THROUGH

10:40AM   9     ROMINA'S COMPUTER BECAUSE ALL OF THE COMPUTERS LOOK THE SAME.

10:41AM  10     Q.   LET ME ASK A GENERAL QUESTION, WHICH IS DURING YOUR TIME

10:41AM  11     AT THERANOS, WERE THERE TIMES WHEN YOU WERE UNCOMFORTABLE

10:41AM  12     RUNNING PATIENT SAMPLES BECAUSE OF THE CONCERNS THAT WE'VE

10:41AM  13     DISCUSSED?

10:41AM  14     A.   YES.

10:41AM  15     Q.   IN THIS CASE -- SORRY, LET'S ZOOM OUT AND ZOOM IN ON THE

10:41AM  16     TOP MESSAGE ON THIS PAGE.

10:41AM  17          DO YOU SEE AN EMAIL FROM YOU TO DR. ROSENDORFF; CORRECT?

10:41AM  18     A.   CORRECT.

10:41AM  19     Q.   CAN YOU EXPLAIN WHAT YOU'RE CONVEYING IN THIS EMAIL,

10:42AM  20     PLEASE.

10:42AM  21     A.   EFFECTIVELY, BECAUSE I HAD BROUGHT UP TO MARK AND SURAJ

10:42AM  22     THAT I WAS UNCOMFORTABLE RUNNING THE HEPATITIS C SAMPLE, WE HAD

10:42AM  23     BRAIN STORMED A DIFFERENT SOLUTION WHERE ESSENTIALLY WE

10:42AM  24     UTILIZED AN FDA APPROVED WAIVED TEST CALLED THE ORAQUICK WHERE

10:42AM  25     YOU CAN RUN A HEPATITIS C SAMPLE UTILIZING FINGERSTICK BLOOD,

10:42AM   1    AND THESE ORAQUICK TESTS CAN BE PURCHASED OFF THE SHELF.  AND

10:42AM   2    WE HAPPENED TO HAVE SOME OF THEM, AND SO WE RAN THE HEPATITIS C

10:42AM   3    SAMPLE FOR THIS PATIENT UTILIZING THE ORAQUICK HEPATITIS C

10:42AM   4    TEST.

10:42AM   5    Q.   SO TO BE PERFECTLY CLEAR, THE ORAQUICK TEST THAT YOU'RE

10:42AM   6    DISCUSSING --

10:42AM   7    A.   YES.

10:42AM   8    Q.   -- WAS THAT MANUFACTURED OR DEVELOPED BY THERANOS AT ALL?

10:42AM   9    A.   NO.

10:42AM  10    Q.   AND WAS IT COMMERCIALLY AVAILABLE?

10:42AM  11    A.   YES.

10:42AM  12    Q.   WAS IT MODIFIED BY THERANOS IN ANY WAY?

10:42AM  13    A.   NO.

10:42AM  14    Q.   BEFORE THE DECISION WAS MADE TO USE ORAQUICK, WHAT

10:43AM  15    ANALYZER WAS GOING TO BE USED TO RUN THIS ASSAY?

10:43AM  16    A.   THE EDISON DEVICES.

10:43AM  17    Q.   FOLLOWING THIS EVENT, DO YOU KNOW WHETHER THERANOS

10:43AM  18    CONTINUED TO USE THE ORAQUICK DEVICE FOR THIS ASSAY OR WENT

10:43AM  19    BACK TO THE EDISON?

10:43AM  20    A.   WE CONTINUED TO UTILIZE THE ORAQUICK WAIVED TEST.  WE HAD

10:43AM  21    PURCHASED MORE.

10:43AM  22    Q.   SO, IN OTHER WORDS, WHEN A PATIENT CAME TO THERANOS FOR

10:43AM  23    THIS PARTICULAR ASSAY, THAT TEST WOULD NOT BE RUN ON A THERANOS

10:43AM  24    MANUFACTURED OR MODIFIED DEVICE AT ALL; CORRECT?

10:43AM  25    A.   CORRECT.

10:43AM  1          MR. BOSTIC:  YOUR HONOR, THIS IS A GOOD STOPPING

10:43AM  2     POINT IF THE COURT WOULD LIKE TO TAKE A BREAK AT 10:45.

10:43AM  3          THE COURT:  THANK YOU.

10:43AM  4     LADIES AND GENTLEMEN, WE'LL TAKE A BREAK NOW FOR ABOUT

10:44AM  5     30 MINUTES.  SO I'LL REMIND YOU OF THE ADMONITION THAT IS IN

10:44AM  6     PLACE.  PLEASE DO NOT DISCUSS THIS CASE WITH ANYONE.  DO NOT DO

10:44AM  7     ANY RESEARCH.

10:44AM  8     MS. KRATZMANN WILL COLLECT UP IN ABOUT 30 MINUTES.  AND

10:44AM  9     I'LL HAVE A DIFFERENT SCHEDULE ABOUT OUR BREAKS FOR THE REST OF

10:44AM 10     THE AFTERNOON.

10:44AM 11     ALL RIGHT.  THANK YOU.  WE'LL BE IN RECESS.

10:44AM 12     YOU CAN STAND DOWN, MS. CHEUNG.

10:44AM 13          THE CLERK:  COURT IS IN RECESS.

10:44AM 14     (RECESS FROM 10:44 A.M. UNTIL 11:20 A.M.)

11:20AM 15          THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:20AM 16     WE'RE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

11:20AM 17     ARE PRESENT ONCE AGAIN.

11:20AM 18     THE WITNESS IS ON THE STAND.  OUR JURY AND ALTERNATES ARE

11:20AM 19     PRESENT.  THANK YOU VERY MUCH.

11:20AM 20     WHAT I THOUGHT I WOULD DO -- BEFORE YOU BEGIN, PARDON ME,

11:20AM 21     WHAT I THOUGHT WE WOULD DO IS -- OH, THAT.

11:20AM 22     WHAT I THOUGHT WE WOULD DO, LADIES AND GENTLEMEN, IF THIS

11:20AM 23     IS CONVENIENT FOR YOU, LADIES AND GENTLEMEN OF THE JURY, I

11:20AM 24     THOUGHT WE WOULD BREAK ABOUT 12:45, TAKE ABOUT A 45 MINUTE

11:20AM 25     BREAK FOR YOU, AND THEN COME BACK AT ABOUT 1:30, AND THEN GO

11:20AM 1      UNTIL 3:00.  SOMETHING LIKE THAT.  THAT'S THE SCHEDULE THAT I'D

11:20AM 2      LIKE TO ENGAGE.

11:20AM 3           I HOPE THAT IS CONVENIENT FOR OUR JURY.

11:20AM 4           I SEE NODS OF HEADS.  SO WE'LL AIM TO DO THAT.  THANK YOU.

11:20AM 5           YOU CAN CONTINUE WITH YOUR EXAMINATION.

11:21AM 6               MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:21AM 7      Q.   WELCOME BACK, MS. CHEUNG.

11:21AM 8           ARE YOU FAMILIAR WITH A TERM PT FROM YOUR TIME AT

11:21AM 9      THERANOS?

11:21AM 10     A.   YES.  PT STANDS FOR PROFICIENCY TESTING.

11:21AM 11     Q.   AND WHAT IS PROFICIENCY TESTING GENERALLY SPEAKING?

11:21AM 12     A.   PROFICIENCY TESTING IS A TYPE OF THIRD PARTY TEST THAT YOU

11:21AM 13     HAVE TO RUN IN ORDER TO MAINTAIN YOUR CERTIFICATION TO KEEP

11:21AM 14     RUNNING SAMPLES.

11:21AM 15          SO TYPICALLY AS A REQUIREMENT OF YOUR CLIA CERTIFICATION

11:21AM 16     YOU'LL HAVE TO RECEIVE SAMPLES FROM A THIRD PARTY ORGANIZATION

11:21AM 17     OR A THIRD PARTY LAB WHO WILL SEND YOU A PATIENT SAMPLE THAT

11:21AM 18     YOU'RE SUPPOSED TO RUN THROUGH YOUR NORMAL WORKFLOW, AND YOU

11:21AM 19     GIVE THEM THE RESULTS AND THEY TELL YOU WHETHER YOU PASSED OR

11:21AM 20     FAILED AND WHETHER YOU CAN MAINTAIN YOUR LICENSE OR THE PASSING

11:22AM 21     OF THE PROFICIENCY TESTING.

11:22AM 22     Q.   AND IS THE PROFICIENCY TESTING THAT YOU'RE TALKING ABOUT

11:22AM 23     ANOTHER MEANS LIKE QC OF CONFIRMING THAT THE TESTS ARE

11:22AM 24     RETURNING ACCURATE AND CONSISTENT RESULTS?

11:22AM 25     A.   YES.

11:22AM 1    Q.   I'LL ASK YOU TO TURN IN YOUR BINDER, PLEASE, TO

11:22AM 2    EXHIBIT 1548.

11:22AM 3        ONCE YOU GET THERE, TAKE A LOOK AND LET ME KNOW IF YOU

11:22AM 4    RECOGNIZE EXHIBIT 1548?

11:22AM 5    A.   YES.

11:22AM 6    Q.   AND WHAT IS THAT DOCUMENT?

11:22AM 7    A.   SO THIS DOCUMENT IS AN EMAIL THAT -- INITIALLY IT'S AN

11:22AM 8    EMAIL THREAD THAT I RECEIVED FROM LANGLY GEE WHO WAS THE

11:22AM 9    QUALITY CONTROL MANAGER AT THERANOS, AND I HAD SENT A DOCUMENT

11:23AM 10   OF OUR PROFICIENCY TESTING RESULTS THAT WE HAD DONE BOTH ON THE

11:23AM 11   EDISON DEVICES AND IN ADDITION TO THE SORT OF THIRD PARTY

11:23AM 12   MACHINE DEVICES AND SENT IT TO TYLER SHULTZ, WHO WAS ANOTHER

11:23AM 13   EMPLOYEE WHO WORKED FOR THE ORGANIZATION.

11:23AM 14   Q.   SO YOU REFERENCED PROFICIENCY TESTING AND SPECIFIC

11:23AM 15   RESULTS.

11:23AM 16       IN THIS CASE HOW DID THE PROFICIENCY TESTING COME TO OCCUR

11:23AM 17   AT THERANOS?

11:23AM 18   A.   SO THE PROFICIENCY TESTING CAME TO OCCUR AT THERANOS

11:23AM 19   BECAUSE A LABORATORY, AND IN THIS CASE THERE WERE MANY

11:23AM 20   DIFFERENT LABORATORIES, BUT LET'S JUST SAY NEW YORK WOULD

11:23AM 21   ESSENTIALLY NOTIFY US THAT WE WERE GOING TO HAVE TO DO

11:23AM 22   PROFICIENCY TESTING.

11:23AM 23       THEY WOULD SEND US A BATCH OF SAMPLES.  THEY WOULD TELL US

11:23AM 24   WHAT TYPE OF TESTS WE WOULD NEED TO RUN.  AND THEN WE WERE

11:23AM 25   SUPPOSED TO RUN IT THROUGH OUR NORMAL WORKFLOW IN ORDER TO GIVE

11:23AM  1    THEM THE RESULTS AND NOTIFY THEM WHAT THEY WERE.

11:23AM  2         AND ONCE WE GENERATED THE RESULTS, THEN WE WOULD SEND THEM

11:24AM  3    OFF OVER TO THEM.

11:24AM  4    Q.   FOR THIS PARTICULAR ROUND OF PROFICIENCY TESTING, WERE YOU

11:24AM  5    INVOLVED IN ACTUALLY PERFORMING THOSE TESTS AND GENERATING THE

11:24AM  6    DATA?

11:24AM  7    A.   YES.

11:24AM  8    Q.   I'LL ASK YOU TO TURN THE PAGE IN EXHIBIT 1548 UNTIL YOU

11:24AM  9    GET TO THE TABLE.  IT SHOULD BE ON THE THIRD PAGE.  IT'S A

11:24AM  10   TABLE OF DATA?

11:24AM  11   A.   YES.

11:24AM  12   Q.   DO YOU RECOGNIZE THIS DATA AS BEING THE PROFICIENCY

11:24AM  13   TESTING DATA THAT YOU HAD A HAND IN GENERATING AT THERANOS?

11:24AM  14   A.   YES.

11:24AM  15   Q.   AND WAS IT STANDARD PRACTICE AT THERANOS TO SHARE

11:24AM  16   INFORMATION LIKE THIS WITH OTHER LAB PERSONNEL BY EMAIL?

11:24AM  17   A.   YES.

11:24AM  18        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:24AM  19   ADMIT EXHIBIT 1548.

11:24AM  20        MR. WADE:  NO OBJECTION.

11:24AM  21        THE COURT:  IT'S ADMITTED, AND IT WILL BE PUBLISHED.

11:24AM  22     (GOVERNMENT'S EXHIBIT 1548 WAS RECEIVED IN EVIDENCE.)

11:25AM  23   BY MR. BOSTIC:

11:25AM  24   Q.   LET'S LOOK AT THE EMAIL FIRST, MS. HOLLIMAN.

11:25AM  25        MS. CHEUNG, DO YOU SEE EXHIBIT 1548 IN FRONT OF YOU?

11:25AM 1     A.   YES.

11:25AM 2     Q.   AND AT THE BOTTOM OF THE SCREEN THERE'S AN EMAIL THAT YOU

11:25AM 3     MENTIONED FROM LANGLY GEE; IS THAT CORRECT?

11:25AM 4     A.   YES.

11:25AM 5     Q.   AND HE SAYS, "SEE ATTACHED SPREADSHEET WITH PROFICIENCY

11:25AM 6     RESULTS UPSTAIRS AND DOWNSTAIRS."

11:25AM 7          BY "PROFICIENCY RESULTS," DO YOU UNDERSTAND THAT TO MEAN

11:25AM 8     THE RESULTS OF THE PROFICIENCY TESTS THAT WE HAVE BEEN TALKING

11:25AM 9     ABOUT?

11:25AM 10    A.   YES.

11:25AM 11    Q.   AND WHAT IS YOUR UNDERSTANDING OF WHAT HE MEANS BY

11:25AM 12    "UPSTAIRS AND DOWNSTAIRS"?

11:25AM 13    A.   SO AT THERANOS WE HAD TWO SEPARATE LABORATORIES.  WE HAD

11:25AM 14    AN UPSTAIRS LABORATORY WHERE ALL OF THE VENOUS SAMPLES WERE

11:25AM 15    PROCESSED, AND THESE HAD MACHINES FROM THIRD PARTY VENDORS.  SO

11:25AM 16    IT HAD UNMODIFIED SIEMENS ADVIA, SIEMENS IMMULITE, AND A WHOLE

11:25AM 17    WEALTH OF DIFFERENT MACHINES IN ORDER TO PROCESS PATIENT

11:26AM 18    SAMPLES WITH VENOUS COLLECTION.

11:26AM 19         AND THEN DOWNSTAIRS WE HAD A LAB CALLED NORMANDY.  AND

11:26AM 20    NORMANDY EFFECTIVELY HELD ALL OF THE THERANOS DEVICES, THE

11:26AM 21    EDISONS, OR THE SORT OF THERANOS MODIFIED MACHINES, SO THE

11:26AM 22    SIEMENS ADVIA WITH THE T-CUPS, AND THE BD FORTESSA, AND THE

11:26AM 23    CYTOMETER.  AND SO THERE WERE TWO SEPARATE LOCATIONS.

11:26AM 24         THE DOWNSTAIRS LABORATORY ONLY PEOPLE -- THE DOWNSTAIRS

11:26AM 25    LABORATORY, OR NORMANDY, YOU COULD ONLY GET ACCESS IF YOU HAD

11:26AM  1    CARD KEY ACCESS TO IT.

11:26AM  2    Q.   WAS THAT PORTION OF THE LAB, THE DOWNSTAIRS PORTION THAT

11:26AM  3    INCLUDED THE MODIFIED THIRD PARTY DEVICES, MORE RESTRICTED WHEN

11:26AM  4    IT CAME TO ACCESS THAN THE UPSTAIRS?

11:26AM  5    A.   THEY WERE MORE RESTRICTED, BUT YES.

11:26AM  6    Q.   YOU SAID THE DOWNSTAIRS PORTION WAS CALLED NORMANDY.

11:27AM  7         WAS THERE A NAME FOR THE UPSTAIRS PORTION?

11:27AM  8    A.   IT WAS JUST CALLED CLIA.  SOMETIMES IT WOULD BE -- CLIA

11:27AM  9    AND SOMETIMES THE DINOSAUR LAB.

11:27AM  10   Q.   AND DO YOU HAVE AN IDEA WHY IT WAS CALLED THE DINOSAUR

11:27AM  11   LAB?

11:27AM  12   A.   IT WAS CALLED THE DINOSAUR LAB BECAUSE IT HAD ALL OF THE

11:27AM  13   TRADITIONAL METHODS OF BLOOD DIAGNOSTICS.

11:27AM  14   Q.   AND THE THIRD PARTY DEVICES THAT WE WERE TALKING ABOUT

11:27AM  15   BEFORE?

11:27AM  16   A.   YES.

11:27AM  17   Q.   DURING YOUR TIME WORKING IN THE CLINICAL LAB, DID YOU HAVE

11:27AM  18   EXPERIENCE WORKING ON THE NORMANDY DEVICES AS WELL AS THE

11:27AM  19   UNMODIFIED THIRD PARTY DEVICES?

11:27AM  20   A.   YES.

11:27AM  21   Q.   EARLIER WE LOOKED AT AN EMAIL THAT WAS SENT TO AN EMAIL

11:27AM  22   ADDRESS NORMANDY 911.

11:27AM  23        DO YOU RECALL THAT EMAIL ADDRESS AT THERANOS?

11:27AM  24   A.   YES.

11:27AM  25   Q.   AND WHAT WAS THE PURPOSE OF THAT EMAIL ADDRESS?

11:27AM  1    A.   NORMANDY 911 WAS AN EMAIL GROUP WHERE IF THERE WAS ANY

11:27AM  2    PROBLEMS THAT AROSE IN NORMANDY, THIS DOWNSTAIRS LAB, THAT WE

11:28AM  3    WERE SUPPOSED TO SEND AN EMAIL TO IT TO NOTIFY DIFFERENT PEOPLE

11:28AM  4    IN ORDER TO RESOLVE CERTAIN ISSUES SPECIFICALLY REGARDING THE

11:28AM  5    PATIENT SAMPLES.

11:28AM  6         SO IT HAD SOME OF THE LEAD SCIENTISTS AND DIFFERENT UPPER

11:28AM  7    LEVEL MANAGEMENT TO SORT OF RESOLVE ANY ISSUES WE MAY HAVE

11:28AM  8    ENCOUNTERED IN THE EVENT THAT THERE WASN'T STAFF AT THE ACTUAL

11:28AM  9    LOCATION.

11:28AM  10   Q.   AND DO YOU REMEMBER ONE WAY OR ANOTHER WHETHER THERE WAS A

11:28AM  11   DINOSAUR LAB 911 EMAIL ADDRESS?

11:28AM  12   A.   NO.

11:28AM  13   Q.   MS. HOLLIMAN, IF WE COULD LOOK AT -- SORRY.  BEFORE WE

11:28AM  14   LEAVE THIS, THE TOP EMAIL MESSAGE IS SENT FROM YOU TO

11:28AM  15   TYLER SHULTZ.

11:28AM  16        WHO WAS TYLER SHULTZ AT THERANOS?

11:28AM  17   A.   TYLER SHULTZ WAS ANOTHER EMPLOYEE AT THERANOS.  HE HAD

11:29AM  18   INITIALLY WORKED WITH ME IN THE RESEARCH AND THE DEVELOPMENT

11:29AM  19   LAB, OR THE IMMUNOASSAY TEAM.  HE WAS PULLED IN THERE

11:29AM  20   TEMPORARILY.

11:29AM  21        TYLER I HAD KNOWN THROUGH WORKING THE NIGHT SHIFT RUNNING

11:29AM  22   PATIENT -- RUNNING VALIDATION EXPERIMENTS AND THEN HAD ALSO

11:29AM  23   KNOWN THAT TYLER'S GRANDFATHER WAS ON THE BOARD OF DIRECTORS

11:29AM  24   FOR THERANOS.

11:29AM  25   Q.   IN THIS EMAIL YOU FORWARD PROFICIENCY TESTING DATA TO

11:29AM   1    TYLER SHULTZ.  WHY DID YOU DO THAT AT THIS TIME?

11:29AM   2    A.   TYLER AND I HAD BEEN TALKING AT LUNCH, AND I HAD TOLD HIM

11:29AM   3    THAT ESSENTIALLY WHAT WAS OCCURRING FOR PROFICIENCY TESTING WAS

11:29AM   4    REALLY CONCERNING, THE FACT THAT WHEN WE WERE TALKING TO THESE

11:29AM   5    THIRD PARTY AUDITORS, WE WERE NOT TELLING THEM THE RESULTS THAT

11:29AM   6    WE WERE GENERATING FOR THE EDISON DEVICES, DESPITE THOSE BEING

11:29AM   7    THE MACHINES THAT WE WERE UTILIZING TO TEST ON PATIENTS, AND

11:29AM   8    WHEN WE HAD DONE A COMPARATIVE STUDY OF THE RESULTS GENERATED

11:29AM   9    ON THE EDISON DEVICES VERSUS THE RESULTS GENERATED FROM THE

11:30AM  10    PREDICATE TRADITIONAL DINOSAUR METHODS OF MACHINES, THERE WAS

11:30AM  11    DISPARITIES BETWEEN THEM AND CONCERNING DISPARITIES.

11:30AM  12         AND SO I HAD TOLD HIM THIS AND WAS BASICALLY FORWARDING

11:30AM  13    THE DATA TO HIM TO ALLOW HIM TO SEE, YOU KNOW, WHAT WAS I

11:30AM  14    TALKING ABOUT IN TERMS OF THESE DISPARITIES THAT WE WERE SEEING

11:30AM  15    IN THE CLINICAL SETTING.

11:30AM  16    Q.   ARE YOU SAYING THAT THE PROFICIENCY TESTING DATA THAT

11:30AM  17    WE'RE ABOUT TO LOOK AT THAT IS ATTACHED TO THIS EMAIL WAS NOT

11:30AM  18    GENERATED IN THE SAME WAY THAT THERANOS PREVIOUSLY OR OTHERWISE

11:30AM  19    RAN ITS PROFICIENCY TESTING?

11:30AM  20    A.   CORRECT.

11:30AM  21    Q.   AND WHAT WAS THE DIFFERENCE?  TELL ME MORE ABOUT THAT.

11:30AM  22    A.   THE DIFFERENCE WAS IS FOR THIS PROFICIENCY TESTING THAT WE

11:30AM  23    HAD RUN WE WERE ACTUALLY USING THERANOS'S PROPRIETARY

11:30AM  24    TECHNOLOGY, SO THE EDISON DEVICES.

11:30AM  25         WE WERE NO LONGER JUST GETTING THE PROFICIENCY TESTING

11:30AM  1    RESULTS FROM THE SORT OF FDA APPROVED OFF-THE-SHELF MACHINES

11:31AM  2    ANYMORE.

11:31AM  3         SO THIS WAS DIFFERENT.

11:31AM  4    Q.   IN YOUR EXPERIENCE AT THE COMPANY, WAS THIS THE FIRST

11:31AM  5    PROFICIENCY TESTING THAT WAS ACTUALLY RUN THE WAY THAT YOU JUST

11:31AM  6    DESCRIBED ON THE THERANOS ANALYZERS?

11:31AM  7    A.   WERE -- YES.

11:31AM  8    Q.   MS. HOLLIMAN, LET'S CALL UP THE NATIVE ATTACHMENT TO THIS

11:31AM  9    EMAIL, PLEASE.

11:31AM  10        LET'S -- IF WE CAN ENLARGE THE DATA PORTION A LITTLE BIT

11:31AM  11   SO IT FILLS THE SCREEN.  PERFECT.  THANK YOU.

11:31AM  12        MS. CHEUNG, DO YOU SEE AN EXCEL CHART IN FRONT OF YOU?

11:31AM  13   A.   YES.

11:31AM  14   Q.   AND IS THIS THE PROFICIENCY TESTING DATA THAT YOU

11:31AM  15   GENERATED USING THE METHODS THAT WE JUST TALKED ABOUT?

11:31AM  16   A.   YES.

11:31AM  17   Q.   IN COLUMN A YOU SEE ITEMS LISTED VITAMIN D, TPSA, FT4,

11:32AM  18   TSH.

11:32AM  19        ARE THOSE DIFFERENT ASSAYS?

11:32AM  20   A.   YES.

11:32AM  21   Q.   AND WE TALKED ABOUT VITAMIN D.

11:32AM  22        WHAT IS THE TPSA ASSAY?

11:32AM  23   A.   TPSA IS TOTAL PROSTATE SPECIFIC ANTIGEN, AND IT'S USED AS

11:32AM  24   AN INDICATOR OF WHETHER SOMEONE MIGHT BE AT RISK FOR PROSTATE

11:32AM  25   CANCER.

11:32AM 1          FREE T4 IS FREE THYROXINE 4.  IT'S THYROID BIOMARKER.  SO

11:32AM 2     IT'S UTILIZED TO CHECK THE HEALTH STATUS OF SOMEONE'S THYROID.

11:32AM 3          AND THEN TSH IS A THYROID STIMULATING HORMONE, AND THIS IS

11:32AM 4     ALSO UTILIZED TO CHECK THE HEALTH OF SOMEONE'S THYROID.

11:32AM 5     Q.   THANK YOU.  SO FOR EACH OF THOSE ASSAYS WE SEE THREE ROWS.

11:33AM 6     ONE ROW SAYS PREDICATE, THE NEXT ROW SAYS THERANOS, AND THEN

11:33AM 7     THE THIRD SAYS PERCENT RECOVERY.

11:33AM 8          DO YOU SEE THAT?

11:33AM 9     A.   YES.

11:33AM 10    Q.   AND WHAT DO EACH OF THOSE SIGNIFY IN THIS TABLE?

11:33AM 11    A.   SO PREDICATE STANDS FOR THE TRADITIONAL METHODS OR THE

11:33AM 12    DINOSAUR METHODS OR BASICALLY THE OFF-THE-SHELF FDA APPROVED

11:33AM 13    MACHINES THAT YOU CAN PURCHASE COMMERCIALLY.

11:33AM 14         THE THERANOS LINE ROW IS THE RESULTS THAT YOU GET

11:33AM 15    UTILIZING THE EDISON DEVICES.

11:33AM 16         AND THEN THE PERCENT RECOVERY IS ESSENTIALLY THE THERANOS

11:33AM 17    VALUE OVER THE PREDICATE.  AND SO, YOU KNOW, THE CLOSER YOU ARE

11:33AM 18    TO 100 PERCENT, THE CLOSER IT IS THAT YOU HAVE A COMPARABLE

11:33AM 19    EXACT ANSWER BETWEEN BASICALLY THE PREDICATE METHOD AND THE

11:33AM 20    THERANOS METHOD.

11:33AM 21    Q.   SO IN CONDUCTING THIS TESTING, IN YOUR VIEW WHAT WOULD

11:34AM 22    HAVE BEEN -- LET ME START THAT AGAIN.

11:34AM 23         IN CONDUCTING THIS TESTING, WAS THE GOAL OR THE HOPE TO

11:34AM 24    SEE STRONG CORRELATION BETWEEN THE RESULTS BEING RETURNED BY

11:34AM 25    THE THERANOS ANALYZERS COMPARED TO THE THIRD PARTY PREDICATE

CHEUNG DIRECT BY MR. BOSTIC (RES.)

11:34AM 1    ANALYZERS?

11:34AM 2    A.   YES.

11:34AM 3    Q.   WOULD THAT MEAN THAT PERCENT RECOVERY VALUES OF

11:34AM 4    100 PERCENT OR CLOSE TO 100 PERCENT WOULD BE FAVORABLE RESULTS?

11:34AM 5    A.   YES.

11:34AM 6    Q.   IS THAT GENERALLY WHAT YOU SAW IN THIS DATA?  WERE THE

11:34AM 7    RESULTS FAVORABLE IN YOUR VIEW?

11:34AM 8    A.   NO.

11:34AM 9    Q.   CAN YOU WALK US THROUGH THAT.  HOW CAN WE TELL THAT FROM

11:34AM 10   THIS INFORMATION?

11:34AM 11   A.   SO IF WE LOOK AT VITAMIN D, VITAMIN D YOU SEE THAT THE

11:34AM 12   THERANOS VALUE IS MUCH HIGHER THAN WHAT THE PREDICATE METHOD

11:34AM 13   IS.

11:34AM 14       SO SOMETIMES YOU SEE THAT THE VITAMIN D LEVEL IS THREE

11:35AM 15   TIMES THE VALUE OF WHAT YOU WOULD GET FOR THE PREDICATE METHOD.

11:35AM 16       THE REASON THIS IS IMPORTANT IS BECAUSE THIS COULD BE TWO

11:35AM 17   VERY DIFFERENT DIAGNOSES OF A PARTICULAR PATIENT.

11:35AM 18       SO, FOR EXAMPLE, FOR NY E09 ON COLUMN F YOU SEE THERE'S

11:35AM 19   373 PERCENT RECOVERY.  SO THIS MEANS THAT THE VALUE IS THREE

11:35AM 20   TIMES HIGHER, MORE THAN THREE TIMES HIGHER THAN YOU SAW IN THE

11:35AM 21   PREDICATE METHOD.

11:35AM 22       SO IF THIS IS A PATIENT, THIS COULD BE THE DIFFERENCE

11:35AM 23   BETWEEN HAVING A DEFICIENCY VERSUS BEING IN THE NORMAL RANGE.

11:35AM 24   I'M NOT SURE WHAT THE CLINICAL RANGES ARE FOR THIS BUT IT'S

11:35AM 25   DIFFERENT DIAGNOSES.

11:35AM  1    Q.   SO, FOR EXAMPLE, FOR THAT TEST UNDER NY EO9.

11:35AM  2         DO YOU SEE THAT?

11:35AM  3    A.   YEAH.

11:35AM  4    Q.   ARE WE LOOKING AT RESULTS FROM THE SAME SAMPLE BEING RUN

11:35AM  5    ON TWO DIFFERENT KINDS OF DEVICES, THE PREDICATE DEVICE AND

11:35AM  6    THEN THE THERANOS DEVICE?

11:35AM  7    A.   YES.

11:36AM  8    Q.   IS THAT TRUE FOR EACH OF THESE KIND OF PAIRINGS OF

11:36AM  9    PREDICATE RESULT AND THERANOS RESULT?  ARE THESE TESTS BEING

11:36AM  10   DONE ON THE EXACT SAME SAMPLE?

11:36AM  11   A.   YES.

11:36AM  12   Q.   WERE THERE ANY OTHER RESULT FOR ANY OF THE OTHER ASSAYS

11:36AM  13   THAT SHOWED YOU THAT THE THERANOS ASSAY WAS NOT PERFORMING

11:36AM  14   CLOSELY IN LINE WITH THE PREDICATE DEVICE?

11:36AM  15   A.   YES.  I THINK THE MOST OBVIOUS IS FOR TPSA, THE TOTAL

11:36AM  16   PROSTATE SPECIFIC ANTIGEN.

11:36AM  17        SO IF YOU LOOK ON COLUMN D AND COLUMN E, WE RERAN THE

11:36AM  18   SAMPLE.

11:36AM  19        SO IF YOU LOOK AT THE PREDICATE METHOD FOR THE FIRST TIME

11:36AM  20   WE RAN IT AND THE SECOND TIME WE RAN IT, YOU GET THE SAME EXACT

11:36AM  21   VALUE.

11:36AM  22        BUT WHEN YOU RUN IT ON THE THERANOS DEVICE, YOU GET TWO

11:36AM  23   DIFFERENT VALUES.  AND IT'S ALSO UNDER RECOVERING WHAT THE

11:36AM  24   PREDICATE METHOD WAS.

11:36AM  25        AND IT'S THE SAME THING FOR THE SECOND SET OF RERUNS.

11:36AM  1      WHERE YOU HAVE COLUMN F AND COLUMN G, YOU SEE WHEN WE RUN IT ON

11:37AM  2      THE PREDICATE METHOD IT COMES OUT 7.5, AND 7.5 FOR BOTH OF THE

11:37AM  3      PREDICATE VALUES.

11:37AM  4          BUT THEN WHEN YOU RUN IT ON THE EDISON DEVICES YOU HAVE

11:37AM  5      4.98 AND THEN YOU HAVE 7.2.  SO THAT'S A BIG DIFFERENCE BETWEEN

11:37AM  6      EACH EDISON RUN.

11:37AM  7          AND THEN AT LEAST FOR THAT FIRST RUN THAT WE HAD, THAT'S A

11:37AM  8      PRETTY SIZEABLE DIFFERENCE BETWEEN THE PREDICATE AND THE EDISON

11:37AM  9      VALUES.

11:37AM  10         SO THAT'S REALLY CONCERNING, RIGHT?  IT'S CONCERNING THAT

11:37AM  11     YOU CAN BASICALLY RUN THE SAME SAMPLE WITH THE SAME VALUE TWICE

11:37AM  12     IN IT HAS TWO VERY DIFFERENT RESULTS.

11:37AM  13         AND THEN YOU RUN INTO ANOTHER ISSUE OF THE FACT THAT THIS

11:37AM  14     IS WHAT WE ARE SUPPOSED TO REPORT TO REGULATORS.  SO NOW WE'RE

11:37AM  15     IN A KIND OF SITUATION OF, WELL, WHAT DO WE GIVE TO REGULATORS

11:37AM  16     IN TELLING THEM IS THE ACCURATE VALUE OF THIS PROFICIENCY

11:37AM  17     TESTING THAT WE'RE SUPPOSED TO GIVE TO THEM?

11:38AM  18     Q.  PREVIOUSLY YOU TESTIFIED THAT THIS KIND OF INFORMATION HAD

11:38AM  19     NOT BEEN PROVIDED TO REGULATORS?

11:38AM  20     A.  CAN YOU REPEAT THAT QUESTION.

11:38AM  21     Q.  DID YOU PREVIOUSLY TESTIFY THAT THIS KIND OF INFORMATION,

11:38AM  22     PROFICIENCY TESTING DONE SPECIFICALLY ON THE THERANOS ANALYZER,

11:38AM  23     HAD NOT BEEN PROVIDED TO THE AUDITORS?

11:38AM  24     A.  YES.

11:38AM  25              MR. WADE:  YOUR HONOR, OBJECTION UNDER 602.

11:38AM 1          MR. BOSTIC:  I CAN REPHRASE, YOUR HONOR.

11:38AM 2          THE COURT:  YOU CAN DO THAT.

11:38AM 3          MR. BOSTIC:  TO YOUR KNOWLEDGE.

11:38AM 4          THE COURT:  EXCUSE ME.  THE ANSWER IS STRICKEN, AND

11:38AM 5     HE'LL ASK ANOTHER QUESTION.

11:38AM 6     BY MR. BOSTIC:

11:38AM 7     Q.   MS. CHEUNG, ARE YOU AWARE DURING YOUR TIME AT THERANOS OF

11:38AM 8     THIS KIND OF INFORMATION BEING SHARED WITH AUDITORS PREVIOUS TO

11:38AM 9     THIS TESTING BEING PERFORMED?

11:38AM 10    A.   AT MY TIME AT THERANOS WE DID NOT PROVIDE REGULATORS WITH

11:38AM 11    THE RESULTS GENERATED FROM THE THERANOS EDISON DEVICES SIMPLY

11:38AM 12    FROM THE PREDICATE METHOD.  SO THIS INFORMATION WAS NOT

11:38AM 13    PROVIDED TO REGULATORS.

11:39AM 14    Q.   DURING YOUR TIME AT THERANOS WERE YOU INVOLVED IN

11:39AM 15    PROVIDING PROFICIENCY TESTING DATA OR GENERATING PROFICIENCY

11:39AM 16    TESTING DATA TO BE PROVIDED TO REGULATORS?

11:39AM 17    A.   YES.

11:39AM 18    Q.   AND DID THAT INVOLVEMENT GIVE YOU A SENSE OF WHAT DATA WAS

11:39AM 19    BEING GENERATED AND IN TURN WHAT WAS BEING PROVIDED TO AUDITORS

11:39AM 20    OR REGULATORS?

11:39AM 21    A.   YES.

11:39AM 22    Q.   AND IS THAT THE BASIS FOR YOUR PREVIOUS STATEMENT?

11:39AM 23    A.   YES.

11:39AM 24    Q.   I WANT TO GO BACK TO THE RERUNS IN THIS CHART.

11:39AM 25         ARE THE RERUNS THE ITEMS THAT APPEAR IN RED IN THE CHART?

11:39AM 1      A.   YES.

11:39AM 2      Q.   AND ARE THESE SITUATIONS WHERE THE SAME SAMPLE WAS RUN

11:39AM 3      TWICE IN A ROW, TWICE ON THE PREDICATE DEVICE AND TWICE ON THE

11:39AM 4      EDISON?

11:39AM 5      A.   YES.

11:39AM 6      Q.   AND YOU SAID THE RESULTS FOR THOSE RERUNS ON THE PREDICATE

11:39AM 7      DEVICE SHOWED YOU SOMETHING.  WHAT WAS THAT?  WHAT DO YOU

11:39AM 8      NOTICE ABOUT THOSE RESULTS?

11:39AM 9      A.   THE RESULTS ON THE PREDICATE DEVICE, WHAT THEY SHOWED ME?

11:40AM 10     Q.   FOR THE RERUNS.

11:40AM 11     A.   FOR THE RERUNS?  THAT THERE'S CONSISTENCY, RIGHT, THAT YOU

11:40AM 12     OBTAIN THE SAME VALUE BETWEEN THE RUNS.

11:40AM 13     Q.   IS THAT WHAT YOU WANT TO SEE WHEN YOU'RE DOING A RERUN OF

11:40AM 14     THE SAME SAMPLE, YOU WANT TO SEE THE SAME RESULT COME BACK?

11:40AM 15     A.   YES.

11:40AM 16     Q.   AND IS THAT HOW THE THERANOS ANALYZER PERFORMED WHEN THOSE

11:40AM 17     SAME TWO SAMPLES WERE RUN TWICE IN A ROW?

11:40AM 18     A.   NO.

11:40AM 19     Q.   WERE THERE SIMILAR ISSUES WITH THE CORRELATION BETWEEN THE

11:40AM 20     THERANOS RESULT AND THE PREDICATE RESULT WHEN IT CAME TO THE

11:40AM 21     FT4 TESTING?

11:40AM 22     A.   YES.

11:40AM 23     Q.   AND HOW ABOUT FOR TSH, WAS THERE ALSO A SIMILAR MISMATCH

11:40AM 24     BETWEEN THE THERANOS RESULT AND THE PREDICATE RESULT?

11:40AM 25     A.   YES.

11:40AM 1    Q.   DO YOU RECALL WHAT THE PREDICATE DEVICE WAS THAT WAS USED

11:40AM 2    FOR THESE TESTS?

11:40AM 3    A.   YES.

11:40AM 4    Q.   WHAT WAS IT IF YOU RECALL?

11:40AM 5    A.   SO FOR VITAMIN D IT WAS THE DIASORIN LIAISON.

11:41AM 6         FOR TPSA, FT4, AND TSH THEY USED THE SIEMENS IMMULITE.

11:41AM 7    Q.   THOSE DEVICES THAT YOU JUST NAMED ARE THIRD PARTY DEVICES

11:41AM 8    NOT MANUFACTURED BY THERANOS?

11:41AM 9    A.   YES.

11:41AM 10   Q.   AND ARE THOSE DEVICES FDA APPROVED IF YOU KNOW?

11:41AM 11   A.   YES.

11:41AM 12   Q.   AFTER THIS DATA WAS GENERATED AT THERANOS, WERE YOU

11:41AM 13   INVOLVED IN DISCUSSIONS ABOUT IT AND ITS SIGNIFICANCE?

11:41AM 14   A.   YES.

11:41AM 15   Q.   AND WHO WAS INVOLVED IN THOSE DISCUSSIONS?

11:41AM 16   A.   MARK PANDORI, WHO WAS THE LAB DIRECTOR; ADAM ROSENDORFF,

11:41AM 17   WHO WAS THE MEDICAL DIRECTOR; AND LANGLY GEE, WHO WAS THE

11:41AM 18   QUALITY CONTROL MANAGER; AND THERE WAS A SMALL TEAM OF US WHO

11:41AM 19   ALL WORKED ON THE EDISON DEVICES WHO WERE ALSO INVOLVED IN

11:42AM 20   THOSE COMMUNICATIONS; AND THEN EVENTUALLY SUNNY BALWANI WAS

11:42AM 21   ALSO INCLUDED IN THOSE DISCUSSIONS OF THE PROFICIENCY TESTING.

11:42AM 22   Q.   WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN.

11:42AM 23        MS. CHEUNG, I'LL ASK YOU TO LOOK AT EXHIBIT 1587 IN YOUR

11:42AM 24   BINDER, PLEASE.

11:42AM 25        ONCE YOU'RE AT 1587, LET ME KNOW IF YOU RECOGNIZE IT,

11:42AM  1    PLEASE.

11:42AM  2    A.   YES.

11:42AM  3    Q.   AND WHAT IS EXHIBIT 1587?

11:42AM  4    A.   SO EXHIBIT 1587 IS THE ENGINEERING TEAM ESSENTIALLY GIVING

11:42AM  5    US A LIST OF ALL OF THE EDISON DEVICES THAT ARE FAILING QC ON

11:42AM  6    THE HARDWARE ASPECT.

11:42AM  7         AND SO THEY WOULD NOTIFY US OF EDISON READERS THAT WE

11:42AM  8    NEEDED TO AVOID UTILIZING BECAUSE THEY HADN'T QUITE FIXED QC,

11:43AM  9    AND THEY WERE TROUBLING SHOOTING WHAT MAY HAVE BEEN THE ISSUE

11:43AM  10   AND WHETHER TO FIX THEM AND WHATEVER ELSE.

11:43AM  11        SO THAT'S WHAT THIS EMAIL THREAD IS ABOUT.

11:43AM  12   Q.   THE ORIGINAL EMAIL IN THE CHAIN IS SENT FROM SOMEONE NAMED

11:43AM  13   ALPHONSO NGUYEN.

11:43AM  14        DO YOU SEE THAT?

11:43AM  15   A.   YES.

11:43AM  16   Q.   AND WHO WAS ALPHONSO NGUYEN AT THERANOS?

11:43AM  17   A.   ALPHONSO NGUYEN WAS LIKE AN ENGINEERING ASSOCIATE, AND HE

11:43AM  18   WORKED FOR SUMARTHA ANEKAL'S TEAM.

11:43AM  19   Q.   AND WAS HIS ROLE AT THERANOS ONE WHERE HE WOULD HAVE

11:43AM  20   PERSONAL KNOWLEDGE OF WHICH EDISON READERS WERE EXPERIENCING

11:43AM  21   THESE PROBLEMS?

11:43AM  22   A.   YES.

11:43AM  23   Q.   AND WAS IT STANDARD PRACTICE AT THERANOS FOR HIM AND

11:43AM  24   OTHERS LIKE HIM TO DISTRIBUTE INFORMATION LIKE THIS BY EMAIL?

11:43AM  25   A.   YES.

11:43AM   1    Q.   AND WAS IT IMPORTANT FOR THE INDIVIDUALS RECEIVING THIS

11:43AM   2    EMAIL TO HAVE ACCESS TO THIS INFORMATION?

11:44AM   3    A.   YES, IT WAS.

11:44AM   4           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

11:44AM   5    EVIDENCE EXHIBIT 1587.

11:44AM   6           MR. WADE:  YOUR HONOR, WE OBJECT TO THE EMAIL GOING

11:44AM   7    ONTO THE SECOND PAGE UNDER 805.  THE REST IS ACCEPTABLE.

11:44AM   8           THE COURT:  BATES 5 -- EXCUSE ME, 353, IS THAT WHAT

11:44AM   9    YOU'RE REFERRING TO?

11:44AM   10          MR. WADE:  CORRECT, YOUR HONOR, SECOND PARAGRAPH.

11:44AM   11          THE COURT:  ALL RIGHT.  THANK YOU.

11:44AM   12       OVERRULED.

11:44AM   13          MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

11:44AM   14          THE COURT:  IT MAY BE PUBLISHED.  THANK YOU.

11:44AM   15       (GOVERNMENT'S EXHIBIT 1587 WAS RECEIVED IN EVIDENCE.)

11:44AM   16          MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT THIS

11:44AM   17    EXHIBIT, PLEASE, 1587, AND LET'S GO TO PAGE 2.  LET'S ZOOM IN

11:45AM   18    ON THE BOTTOM MESSAGE, PLEASE.

11:45AM   19    Q.   MS. CHEUNG, DO YOU SEE THE EMAIL IN FRONT OF YOU THAT

11:45AM   20    WE'VE BEEN DISCUSSING?

11:45AM   21    A.   YES.

11:45AM   22    Q.   AND IS THIS THE EMAIL THAT LISTS THE BAD 3.0 AND 3.5

11:45AM   23    READERS FOR THIS TIME PERIOD?

11:45AM   24    A.   YES.

11:45AM   25    Q.   AND AGAIN, WHAT DID THIS EMAIL MEAN BY BAD READERS?

11:45AM  1      A.   ESSENTIALLY THEY DIDN'T PASS QC OR THEY WERE HAVING SOME

11:45AM  2      SORT OF MECHANICAL ISSUE AND -- THERE COULD HAVE BEEN A

11:45AM  3      MULTITUDE OF DIFFERENT PROBLEMS, BUT PROBABLY THEY DIDN'T PASS

11:45AM  4      QC OR SOMETIMES THEY CAN'T READ THE BAR CODES OR THE TRAY GETS

11:45AM  5      STUCK OR YOU'LL HAVE AN INSTANCE WHERE THE REACTION TIPS WON'T

11:45AM  6      EJECT FROM THE MACHINERY INSIDE.

11:45AM  7           SO THAT'S IN REFERENCE TO THE FACT THAT THERE'S PROBABLY

11:45AM  8      SOME TYPE OF ERROR LIKE THAT OCCURRING WITHIN THESE READERS.

11:46AM  9      Q.   AND WHEN THE EMAIL SAYS 3.0 AND 3.5 READERS.  ARE THOSE

11:46AM  10     BOTH REFERRING TO DIFFERENT VERSIONS OF THE THERANOS EDISON?

11:46AM  11     A.   YES.

11:46AM  12     Q.   WAS THIS AN UNUSUAL THING FOR THERE TO BE MULTIPLE EDISONS

11:46AM  13     THAT WERE OUT OF COMMISSION DURING A GIVEN WEEK?

11:46AM  14     A.   NO.

11:46AM  15     Q.   WAS IT A NORMAL OR A ROUTINE THING FOR THIS TO HAPPEN?

11:46AM  16     A.   THIS WAS SOMETHING THAT WE ACKNOWLEDGED LIKE ON A WEEKLY

11:46AM  17     BASIS I WOULD SAY.

11:46AM  18     Q.   LET'S LOOK AT A SIMILAR EXHIBIT, EXHIBIT 1617.

11:46AM  19          MS. CHEUNG, IF YOU COULD TURN TO THAT IN YOUR BINDER.

11:47AM  20     ONCE YOU GET THERE, LET ME KNOW IF YOU RECOGNIZE IT.

11:47AM  21     A.   YES.

11:47AM  22     Q.   AND WHAT IS THIS DOCUMENT?

11:47AM  23     A.   THIS IS AN EMAIL THAT I'M SENDING OUT TO THE MECHANICAL

11:47AM  24     ENGINEERING TEAM, THE PRODUCTION TEAM LEAD WAS SURAJ SAKSENA AT

11:47AM  25     THIS TIME, AND THEN MARK PANDORI, THE LAB DIRECTOR, ESSENTIALLY

11:47AM  1     TELLING THEM THAT WE WERE HAVING A LOT OF ERRORS GOING ON WITH

11:47AM  2     THE EDISON DEVICES.

11:47AM  3          SO WE WERE ATTEMPTING TO GET ALL OF THE DIFFERENT PEOPLE

11:47AM  4     WHO USED THE EDISON DEVICES TO LIST OUT THE DIFFERENT ERRORS

11:47AM  5     THAT WE WERE ENCOUNTERING WHILE WE WERE WORKING WITH THE EDISON

11:47AM  6     DEVICES AND WHAT TYPE OF ERROR AND ESSENTIALLY CREATED SORT OF

11:47AM  7     AN ERROR DOCUMENTATION SPREADSHEET TO ALLOW ALL OF THESE

11:47AM  8     DIFFERENT TEAMS TO COME TOGETHER AND TO REPORT THE FREQUENCY

11:47AM  9     AND WHAT TYPE OF ERRORS WE WERE HAVING WITH THE EDISON DEVICES.

11:47AM 10     Q.   AND SIMILAR TO THE OTHER EMAILS WE'VE LOOKED AT, WAS THIS

11:47AM 11     EMAIL SENT TO OTHERS IN THERANOS FOR THE PURPOSE OF SENDING

11:48AM 12     THIS INFORMATION IN THE USUAL COURSE OF BUSINESS?

11:48AM 13     A.   YES.

11:48AM 14          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:48AM 15     ADMIT EXHIBIT 1617.

11:48AM 16          MR. WADE:  NOTHING ADDITIONAL TO THIS MORNING,

11:48AM 17     YOUR HONOR.

11:48AM 18          THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

11:48AM 19     PUBLISHED.

11:48AM 20        (GOVERNMENT'S EXHIBIT 1617 WAS RECEIVED IN EVIDENCE.)

11:48AM 21          MR. BOSTIC:  LET'S DISPLAY THAT EXHIBIT,

11:48AM 22     MS. HOLLIMAN, 1617.

11:48AM 23     Q.   THIS IS THE EMAIL WE'VE BEEN DISCUSSING, MS. CHEUNG?

11:48AM 24     A.   YES.

11:48AM 25     Q.   AND YOU SENT THIS EMAIL ON MARCH 12TH, 2014; CORRECT?

11:48AM  1    A.   CORRECT.

11:48AM  2    Q.   AND LET'S LOOK AT THE ATTACHMENT THAT IS LABELLED EDISON

11:48AM  3    3.5 ERROR DOCUMENTATION.

11:48AM  4         CAN WE OPEN THAT IN NATIVE, MS. HOLLIMAN?  IF WE CAN ZOOM

11:49AM  5    IN ON THE TEXT.  THANK YOU.

11:49AM  6         MS. CHEUNG, DID YOU CREATE THIS DOCUMENT OR HAVE A HAND IN

11:49AM  7    CREATING IT?

11:49AM  8    A.   YES.

11:49AM  9    Q.   AND WHEN WE LOOK UNDER READER ISSUE, CAN YOU DESCRIBE WHAT

11:49AM  10   KIND OF INFORMATION THAT WE'RE SEEING IN THIS TABLE?

11:49AM  11   A.   SO THE TYPE OF INFORMATION THAT YOU'RE SEEING HERE IS, YOU

11:49AM  12   KNOW, THE READER, THE EDISON DEVICE, THE READER IS SYNONYMOUS

11:49AM  13   TO THE EDISON DEVICE THAT WE'RE HAVING AN ISSUE WITH.

11:49AM  14        THERE WERE DIFFERENT NUMBERS ASSOCIATED WITH EACH EDISON

11:49AM  15   DEVICE.  SO THAT'S WHAT THE NUMBER IS FROM.

11:49AM  16        THE TYPE OF ASSAY WE WERE RUNNING, SO WHAT TYPE OF TEST.

11:49AM  17        AND THEN THE TYPE OF ERROR AND WHAT WAS IT ASSOCIATED WITH

11:49AM  18   IT.  WAS IT A PATIENT SAMPLE?  WAS IT A QUALITY CONTROL?

11:49AM  19        WE WERE ALSO WORKING WITH THE PRODUCTION TEAM THAT WAS

11:49AM  20   TESTING OUT A NEW TYPE OF CARTRIDGE.  SO SOME OF THEM WERE IN

11:49AM  21   REFERENCE TO THE PRODUCTION TEAM.

11:49AM  22        AND SO HERE THEY'RE TALKING ABOUT A WIDE VARIETY OF

11:50AM  23   MECHANICAL SOFTWARE OR JUST KIND OF WEIRD ISSUES LIKE THERE WAS

11:50AM  24   A POWER OUTAGE AT ONE POINT THAT OCCURRED WHILE WE WERE RUNNING

11:50AM  25   THE SAMPLES.

11:50AM  1      THIS IS THE DIGITAL COPY.  WE HAD SOME OTHER HARD COPIES

11:50AM  2  OF THIS.  THIS JUST HAPPENS TO BE THE DIGITAL COPY.

11:50AM  3  Q.   ERRORS LIKE THESE I THINK YOU CALLED THEM MECHANICAL OR

11:50AM  4  SOFTWARE ERRORS.

11:50AM  5  A.   YES.

11:50AM  6  Q.   ARE THESE SEPARATE FROM THE QUALITY CONTROL ERRORS THAT

11:50AM  7  WE'VE BEEN TALKING ABOUT TODAY?

11:50AM  8  A.   THEY ARE SEPARATE.

11:50AM  9  Q.   AND WERE THESE KINDS OF ERRORS ALSO A FREQUENT OCCURRENCE

11:50AM  10 WITH THE THERANOS EDISONS' MECHANICAL AND SOFTWARE FAILURES?

11:50AM  11 A.   YES.

11:50AM  12 Q.   OKAY.  WE CAN TAKE THAT DOWN.  THANK YOU, MS. HOLLIMAN.

11:50AM  13      MS. CHEUNG, IF YOU WOULD TURN TO EXHIBIT 1633.  LET'S LOOK

11:50AM  14 AT ONE MORE EXHIBIT ABOUT QUALITY CONTROL.

11:51AM  15      WHEN YOU GET THERE LET ME KNOW IF YOU RECOGNIZE IT?

11:51AM  16 A.   YES.

11:51AM  17 Q.   AND WHAT IS EXHIBIT 1633?

11:51AM  18 A.   ESSENTIALLY THERE'S ANOTHER QC FAILURE, OR THIS IS TALKING

11:51AM  19 ABOUT THE FAILED QC'S THAT WE WERE EXPERIENCING FOR THE MONTH

11:51AM  20 OF MARCH TO SORT OF GET AN ACCURATE LOOK ABOUT HOW OFTEN WAS IT

11:51AM  21 HAPPENING, WITH WHAT TEST IT WAS HAPPENING, WHAT METHODOLOGIES

11:51AM  22 WAS IT HAPPENING.

11:51AM  23      AND IT WAS A MESSAGE AMONGST ALL OF THE PEOPLE WITHIN THE

11:51AM  24 CLINICAL LAB.  SO MARK PANDORI, LAB DIRECTOR, ADAM ROSENDORFF

11:51AM  25 WAS THE MEDICAL DIRECTOR, AND THE TEAM OF US THAT WORKED ON THE

11:51AM  1    EDISON DEVICE SPECIFICALLY.

11:51AM  2    Q.   WAS IT STANDARD PRACTICE TO CIRCULATE DATA LIKE THIS TO

11:51AM  3    LAB STAFF AT THERANOS IN THE USUAL COURSE OF BUSINESS?

11:51AM  4    A.   YES.

11:51AM  5    Q.   AND THIS EMAIL WAS SENT ON MARCH 28TH AND IT INVOLVES

11:52AM  6    QC DATA FROM THAT MONTH; IS THAT CORRECT?

11:52AM  7    A.   THAT IS CORRECT.

11:52AM  8         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:52AM  9    ADMIT EXHIBIT 1633.

11:52AM  10        MR. WADE:  NOTHING ADDITIONAL ON THIS, YOUR HONOR.

11:52AM  11   THANK YOU.

11:52AM  12        THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

11:52AM  13   PUBLISHED.

11:52AM  14      (GOVERNMENT'S EXHIBIT 1633 WAS RECEIVED IN EVIDENCE.)

11:52AM  15        MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:52AM  16      MS. HOLLIMAN, LET'S PROJECT EXHIBIT 1633, PLEASE.  LET'S

11:52AM  17   ZOOM IN ON THE BOTTOM MESSAGE.

11:52AM  18   Q.   MS. CHEUNG, REMIND US WHO WAS LANGLY GEE AT THERANOS?

11:52AM  19   A.   LANGLY GEE WAS THE QUALITY CONTROL MANAGER AT THERANOS FOR

11:52AM  20   THE CLINICAL LAB.

11:52AM  21   Q.   AND IN HIS EMAIL HE SAYS, "MARK."  THAT'S MARK PANDORI, I

11:52AM  22   ASSUME; IS THAT CORRECT?

11:52AM  23   A.   YES.

11:52AM  24   Q.   AND "THE OTHER DAY YOU ASKED FOR A NUMBER OF FAILED QC

11:52AM  25   ELISA RUNS."

11:52AM   1          WHAT WAS ELISA AT THERANOS?

11:53AM   2     A.   SO ELISA WAS THE TYPE OF METHODOLOGY WE USED ON THE EDISON

11:53AM   3     DEVICES.  SO QC ELISA RUNS ARE EQUIVALENT TO SAYING THE QC

11:53AM   4     EDISON RUNS.

11:53AM   5     Q.   SO THIS WOULD BE THE QC PERFORMANCE FOR THE THERANOS

11:53AM   6     EDISON DEVICE?

11:53AM   7     A.   YES.

11:53AM   8     Q.   AND HIS EMAIL GOES ON TO SAY "FOR MARCH, 26 PERCENT RUNS

11:53AM   9     FAILED."

11:53AM   10         IS THAT CORRECT?

11:53AM   11    A.   YES.

11:53AM   12    Q.   AND LET'S LOOK AT PAGE 2 OF THIS EXHIBIT, PLEASE.  AND

11:53AM   13    THERE'S A TABLE AT THE TOP.  LET'S ZOOM IN ON THAT.

11:53AM   14         MS. CHEUNG, IS THIS THE DATA REFLECTING THE QC FAILURES

11:53AM   15    FOR THE EDISON RUNS IN MARCH 2014?

11:53AM   16    A.   YES.

11:53AM   17    Q.   AND IN THE RIGHT-MOST COLUMN DOES IT PROVIDE THE PERCENT

11:53AM   18    OF QC RUNS THAT FAILED FOR THE ASSAYS INDICATED ON THE LEFT

11:54AM   19    SIDE?

11:54AM   20    A.   YES.

11:54AM   21    Q.   AND I THINK WE'VE TALKED ABOUT MOST OF THESE ASSAYS IN THE

11:54AM   22    PAST.

11:54AM   23         WHAT WAS THE TST ASSAYS?

11:54AM   24    A.   TST IS TOTAL TESTOSTERONE.

11:54AM   25    Q.   AND HOW ABOUT TSH?

11:54AM  1    A.    TSH IS THYROID STIMULATING HORMONE.

11:54AM  2    Q.    AND HOW ABOUT TT3?

11:54AM  3    A.    TT3 IS ANOTHER THYROID BIOMARKER.  I'M NOT SURE WHAT THE

11:54AM  4    MIDDLE INITIAL STANDS FOR.

11:54AM  5    Q.    AND THEN AT THE BOTTOM OF THIS TABLE THERE'S A TOTAL, THE

11:54AM  6    TOTAL NUMBER OF FAILURES AND THE PERCENTAGE OF FAILURES; IS

11:54AM  7    THAT CORRECT?

11:54AM  8    A.    THAT IS CORRECT.

11:54AM  9    Q.    AND THE TOTAL PERCENTAGE IS 25.6.

11:54AM  10        WHAT DOES THAT NUMBER MEAN?

11:55AM  11   A.    SO THAT MEANS FOR EVERY 100 QC TESTS THAT WE PERFORM, 25.6

11:55AM  12   OF THEM FAIL.

11:55AM  13   Q.    APPROXIMATELY ONE-QUARTER OF THE QC RUNS FAILED?

11:55AM  14   A.    YES.

11:55AM  15   Q.    DURING YOUR TIME AT THERANOS DID YOU HAVE A GENERAL SENSE

11:55AM  16   OF HOW THE EDISON DEVICE PERFORMED ON QC TESTS OVER SEVERAL

11:55AM  17   MONTHS?

11:55AM  18   A.    YES.

11:55AM  19   Q.    AND IS THIS FAILURE RATE UNUSUAL?  WAS MARCH AN ESPECIALLY

11:55AM  20   BAD MONTH FOR QC'S AT THERANOS?

11:55AM  21   A.    NO.  THIS WAS PRETTY STANDARD.

11:55AM  22   Q.    FROM YOUR WORK AT THERANOS DID YOU ALSO COME TO HAVE AN

11:55AM  23   UNDERSTANDING OF HOW THE THIRD PARTY DEVICES PERFORMED, THE

11:55AM  24   UNMODIFIED PREDICATE DEVICES PERFORMED WHEN IT CAME TO QC?

11:55AM  25   A.    YES.

11:55AM 1    Q.   AND GENERALLY SPEAKING, HOW DID THIS PERFORMANCE, THE

11:55AM 2    THERANOS ANALYZER PERFORMANCE COMPARE TO THE THIRD PARTY DEVICE

11:55AM 3    PERFORMANCE WHEN IT CAME TO QC?

11:55AM 4    A.   QC'S RARELY FAILED WITH THE THIRD PARTY DEVICES.  IT WAS A

11:56AM 5    VERY UNCOMMON EXPERIENCE TO HAVE QC'S FAIL ON THE PREDICATE

11:56AM 6    DEVICES OR THE FDA APPROVED THIRD PARTY DEVICES.

11:56AM 7    Q.   SO I THINK WE TALKED ABOUT HOW THE OVERALL FAILURE RATE

11:56AM 8    HERE WAS 25.6 PERCENT.

11:56AM 9         ARE THERE ANY INDIVIDUAL FAILURE RATES FOR SPECIFIC ASSAYS

11:56AM 10   THAT WERE EVEN HIGHER THAN 26 PERCENT?

11:56AM 11   A.   YES.  SO FOR TT3 IT WAS A 51.3 PERCENT FAILURE, AND THEN

11:56AM 12   FOR TOTAL TESTOSTERONE IT WAS 45.2 PERCENT FAILURE.

11:56AM 13   Q.   AND FOR TT3, WHAT DOES A QC FAILURE RATE OVER 50 PERCENT

11:56AM 14   MEAN PRACTICALLY SPEAKING?

11:56AM 15   A.   SO IF YOU LOOK AT THIS, WE ONLY DID, YOU KNOW, 39, LET'S

11:56AM 16   SAY, 40 RUNS.  SO THAT MEANS 20 OF THOSE FAILED.

11:57AM 17        SO IF YOU FORECAST THAT, BECAUSE A QC SYSTEM IS SUPPOSED

11:57AM 18   TO BE VERY SIMILAR TO HOW YOU WOULD RUN A PATIENT SAMPLE.  THAT

11:57AM 19   MEANS FOR EVERY 40 PATIENTS POTENTIALLY THAT WOULD WALK IN THE

11:57AM 20   DOOR, 20 OF THEM WOULD GET RESULTS THAT WERE UNRELIABLE AND

11:57AM 21   THAT POTENTIALLY WERE WRONG, OR THAT WERE WRONG.

11:57AM 22        SO THAT'S A HIGH NUMBER, RIGHT?  THAT'S AN EQUIVALENT.

11:57AM 23   YOU WOULD HAVE ABOUT THE SAME LUCK FLIPPING A COIN IN TERMS OF

11:57AM 24   WHETHER YOUR RESULTS WERE RIGHT OR WRONG.

11:57AM 25   Q.   YOU SAID BEFORE THAT WHEN A DEVICE FAILED QC, THAT IT

11:57AM  1    WASN'T USED DURING THAT SHIFT FOR PATIENT TESTING; IS THAT

11:57AM  2    CORRECT?

11:57AM  3    A.   CORRECT.

11:57AM  4    Q.   DID THAT PRACTICE ADDRESS YOUR CONCERNS ABOUT THE QC

11:57AM  5    NUMBERS AT THERANOS?

11:57AM  6    A.   NO.

11:57AM  7    Q.   WHY NOT?

11:57AM  8    A.   BECAUSE OF THE FREQUENCY OF THEM, RIGHT?  IT SHOULDN'T BE

11:57AM  9    THE CASE THAT A QUARTER OF THE TIME YOU'RE HAVING THESE QUALITY

11:58AM 10    CONTROL SAMPLES FAILING.  THAT'S EXTRAORDINARILY HIGH FOR ANY

11:58AM 11    LAB TEST TO HAPPEN.

11:58AM 12         AND IN ADDITION TO THAT, IT SHOWS THAT THERE'S JUST --

11:58AM 13    IT'S CONCERNING BECAUSE, AGAIN, WITH THE QUALITY CONTROLS I

11:58AM 14    HAVE THE KNOWN CONCENTRATION, BUT THE MOMENT I GO TO THE

11:58AM 15    PATIENTS, IF I FORECAST OUT WHAT THOSE RESULTS ARE, THAT ONE

11:58AM 16    OUT OF FOUR TIMES I MIGHT GIVE A PATIENT THE WRONG RESULT.

11:58AM 17         AND AT THERANOS, YOU KNOW, AT FIRST WE WERE RUNNING LIKE

11:58AM 18    10 PATIENTS, BUT IT WOULD BE THE EXPECTATION THAT WE WOULD BE

11:58AM 19    2,000 PATIENTS A DAY.  LIKE, THAT'S A LOT OF PEOPLE TO

11:58AM 20    BASICALLY BE EXPECTING BASED ON THIS INFORMATION THAT A QUARTER

11:58AM 21    OF THEM WOULDN'T GET THE RIGHT RESULTS FOR THEIR HEALTH STATUS.

11:58AM 22         SO IT WAS IMMENSELY CONCERNING TO SEE THIS DEGREE OF

11:59AM 23    FAILURES BECAUSE IT'S JUST NOT TYPICAL FOR A NORMAL LAB.

11:59AM 24         LIKE, IN A NORMAL LAB YOU WOULD WANT TO SEE LESS THAN

11:59AM 25    1 PERCENT, RIGHT?  THESE ARE VERY SMALL -- 1 PERCENT OF

11:59AM  1    FAILURES.  IT'S VERY SMALL SAMPLE SIZES, AND WE'RE HAVING THAT

11:59AM  2    PERCENTAGE OF FAILURES, A VERY CONCERNINGLY HIGH PERCENTAGE OF

11:59AM  3    FAILURES.

11:59AM  4    Q.   WHEN YOU'RE DOING QC TESTING, YOU'RE ABLE TO GET THE

11:59AM  5    RESULT THAT THE MACHINE PUTS OUT AND IMMEDIATELY KNOW WHETHER

11:59AM  6    IT'S THE CORRECT RESULT OR NOT BECAUSE THE CORRECT ANSWER IS

11:59AM  7    NO; IS THAT RIGHT?

11:59AM  8    A.   EXACTLY.

11:59AM  9    Q.   IS THAT THE CASE FOR PATIENT TESTING?  WHEN YOU RUN A

11:59AM 10    PATIENT SAMPLE, ARE YOU ABLE TO LOOK AT THE RESULT AND EVERY

11:59AM 11    TIME DETERMINE WHETHER IT'S AN ACCURATE RESULT OR NOT?

11:59AM 12    A.   NO.

11:59AM 13    Q.   AND SO DOES THAT MEAN YOU NEED THE QC PROCESS TO GIVE YOU

11:59AM 14    A SENSE OF HOW WELL THE DEVICE IS PERFORMING IN ACTUAL PATIENT

11:59AM 15    TESTING?

11:59AM 16    A.   EXACTLY, YES.

11:59AM 17    Q.   THIS RESULT IS FROM MARCH OF 2014; CORRECT?

12:00PM 18    A.   YES.

12:00PM 19    Q.   AND HOW MUCH LONGER DID YOU WORK AT THERANOS AFTER THIS?

12:00PM 20    A.   NOT MUCH LONGER.

12:00PM 21    Q.   AND YOU CAN TAKE THIS DOWN.  THANK YOU, MS. HOLLIMAN.

12:00PM 22       WE'VE DISCUSSED SOME SPECIFIC INCIDENTS THAT YOU

12:00PM 23    ENCOUNTERED AT THERANOS INVOLVING PROBLEMS WITH THE TESTING?

12:00PM 24    A.   YES.

12:00PM 25    Q.   AND THE INCIDENTS THAT WE'VE DISCUSSED, HAVE THEY BEEN --

12:00PM  1    HAVE WE TALKED ABOUT ALL OF THE INCIDENTS THAT YOU'VE

12:00PM  2    ENCOUNTERED WHEN YOU WERE AT THERANOS WHEN THERE WERE PROBLEMS

12:00PM  3    WITH THERANOS'S TESTING PERFORMANCE?

12:00PM  4    A.   NO.

12:00PM  5    Q.   HAVE THESE BEEN JUST A REPRESENTATIVE SAMPLE?

12:00PM  6    A.   YES.

12:00PM  7    Q.   AND IN MARCH AND APRIL OF 2014, HOW WERE YOU FEELING ABOUT

12:00PM  8    WORKING AT THERANOS?  HOW WERE YOU FEELING ABOUT YOUR

12:00PM  9    EMPLOYMENT?

12:00PM  10   A.   I WAS --

12:00PM  11            MR. WADE:  OBJECTION, YOUR HONOR.  401, 403.

12:00PM  12            THE COURT:  OVERRULED.  SHE CAN TESTIFY ABOUT IT

12:00PM  13   GENERALLY.

12:01PM  14   BY MR. BOSTIC:

12:01PM  15   Q.   MS. CHEUNG, I'M ASKING ABOUT KIND OF WHAT LED TO YOUR

12:01PM  16   DECISION TO LEAVE.

12:01PM  17        SO AROUND THIS TIME PERIOD THE QUESTION WAS HOW WERE YOU

12:01PM  18   FEELING ABOUT WORKING AT THERANOS?

12:01PM  19   A.   I WAS -- I WAS REALLY STRESSED AND UNCOMFORTABLE WITH WHAT

12:01PM  20   WAS GOING ON BECAUSE I HAD AT THAT POINT AMASSED A LOT OF

12:01PM  21   EVIDENCE TO SUGGEST THAT THE TECHNOLOGY, THE EDISON DEVICE

12:01PM  22   SPECIFICALLY, WERE NOT ADEQUATE TO TEST ON PATIENTS, AND I DID

12:01PM  23   NOT FEEL COMFORTABLE RUNNING PATIENT SAMPLES.

12:01PM  24        AND I HAD TRIED TO NOTIFY PEOPLE ACROSS DIFFERENT

12:01PM  25   DEPARTMENTS WHO HAD MORE DECISION MAKING CAPACITY THAN I DID

12:01PM   1    THAT, LOOK, I'M NOT BEING AN ALARMIST, LIKE, THIS IS THE

12:01PM   2    FREQUENCY AND THE DEGREE IN WHICH WE'RE HAVING ERRORS, AND IT

12:01PM   3    NEEDS TO BE PAID ATTENTION TO BECAUSE WHILE ALL OF THESE ISSUES

12:01PM   4    ARE GOING ON, WE ARE STILL TESTING PATIENT SAMPLES.

12:01PM   5         AND I DON'T FEEL COMFORTABLE WITH THIS BECAUSE THEY DON'T

12:01PM   6    KNOW, THEY DON'T KNOW THE FACT THAT BEHIND CLOSED DOORS WE HAVE

12:02PM   7    ALL OF THESE PROBLEMS, AND THEY THINK THAT THEY'RE GETTING

12:02PM   8    ACCURATE RESULTS, AND THEY'RE MAKING VERY IMPORTANT MEDICAL

12:02PM   9    DECISIONS ABOUT WHAT THEIR TREATMENTS ARE, WHAT THEIR DIAGNOSES

12:02PM  10    ARE, WHAT MEDICATIONS THEY TAKE, AND IT WAS STARTING TO GET

12:02PM  11    VERY, VERY UNCOMFORTABLE AND VERY STRESSFUL FOR ME WORKING AT

12:02PM  12    THE COMPANY.

12:02PM  13         AND I WAS ATTEMPTING TO TELL AS MANY PEOPLE AS I COULD,

12:02PM  14    BUT WAS JUST NOT, JUST NOT SEEMING TO GET THROUGH TO PEOPLE.

12:02PM  15    Q.   YOU MENTIONED RAISING YOUR CONCERNS TO PEOPLE.

12:02PM  16         DID THAT INCLUDE AT SOME POINT TOWARDS THE END OF YOUR

12:02PM  17    EMPLOYMENT A CONVERSATION WITH SUNNY BALWANI?

12:02PM  18    A.   YES, IT DID.

12:02PM  19    Q.   AND HOW DID THAT CONVERSATION COME TO HAPPEN?

12:02PM  20    A.   SO EFFECTIVELY WHEN I HAD SENT THE PROFICIENCY TESTING

12:02PM  21    RESULTS TO TYLER SHULTZ, SUNNY BALWANI HAD ESSENTIALLY CALLED

12:03PM  22    ME INTO HIS OFFICE TO DISCUSS -- HIS FIRST QUESTION WAS HOW DO

12:03PM  23    I LIKE WORKING AT THERANOS AND HOW IS IT GOING FOR ME?

12:03PM  24         SO WHEN I WALKED INTO HIS OFFICE AND WAS TALKING TO HIM I

12:03PM  25    FIGURED THIS WAS A GOOD OPPORTUNITY TO FINALLY TELL HIM, LIKE,

12:03PM   1    THIS IS THE AMOUNT OF PROBLEMS THAT WE HAVE, THESE ARE THE

12:03PM   2    AREAS THAT WE HAVE PROBLEMS, AND WE NEED TO ADDRESS THESE

12:03PM   3    THINGS BECAUSE THERE WAS SOME HOPE IN THE BACK OF MY MIND THAT

12:03PM   4    MAYBE THERE WAS SOME SORT OF ISSUE WITH COMMUNICATION BETWEEN

12:03PM   5    THE OPERATIONAL FLOOR AND THE EXECUTIVE LEVEL MANAGEMENT.

12:03PM   6         SO I HAD GONE TO HIM, AND I HAD SAID THAT WE HAVE ISSUES

12:03PM   7    WITH OUR QC'S FAILING, WE HAVE ISSUES WITH OUR QUALITY -- THE

12:03PM   8    STABILITY OF THE CHEMICALS THAT WE'RE USING.  WE'RE HAVING

12:03PM   9    PROBLEMS WITH VIRTUALLY EVERY ASPECT OF RUNNING THE EDISON

12:03PM   10   DEVICES, AND I'M UNCOMFORTABLE WITH THIS.

12:03PM   11        AND I LOVE THE MISSION OF THIS COMPANY, AND I UNDERSTAND

12:04PM   12   WHAT WE'RE TRYING TO DO, AND I AGREE WITH THE FACT THAT THIS IS

12:04PM   13   A GOOD MISSION TO BE A PART OF, BUT THIS IS UNACCEPTABLE,

12:04PM   14   RIGHT?  THIS IS NOT -- THIS IS NOT WHAT WE SHOULD BE DOING,

12:04PM   15   ESPECIALLY IF WE'RE ALREADY ACTIVELY PROCESSING PATIENTS ALL

12:04PM   16   WHILE THIS IS GOING ON.

12:04PM   17        THE FEEDBACK AND THE RECEPTION THAT I GOT FROM HIM WAS

12:04PM   18   ESSENTIALLY WHAT MAKES YOU THINK YOU'RE QUALIFIED TO MAKE THESE

12:04PM   19   CALLS?  YOU'RE A RECENT GRAD OUT OF U.C. BERKELEY.  WHAT DO YOU

12:04PM   20   KNOW ABOUT STATISTICS?  WHAT DO YOU KNOW ABOUT LAB DIAGNOSTICS?

12:04PM   21   LIKE, YOU HAVE NO VISIBILITY IN THIS COMPANY.

12:04PM   22        THEN HE SAID, YOU KNOW, I NEED TO MAKE A DECISION.

12:04PM   23   ESSENTIALLY, DO I WANT TO WORK HERE?  AND IF I WANT TO WORK

12:04PM   24   HERE, I HAVE TO BASICALLY PROCESS PATIENT SAMPLES WITHOUT

12:04PM   25   QUESTION, AND THAT IS MY ONLY ROLE AND RESPONSIBILITY.

12:04PM   1        AND AFTER THAT INCIDENT I LEFT HIS OFFICE.

12:04PM   2   Q.   WHEN YOU WERE DISCUSSING THE PROBLEMS THAT YOU WERE SEEING

12:05PM   3   WITH MR. BALWANI, WAS IT YOUR SENSE FROM THE CONTENT OF THAT

12:05PM   4   CONVERSATION THAT HE WAS SURPRISED TO BE HEARING ABOUT ANY OF

12:05PM   5   THOSE ISSUES?

12:05PM   6   A.   NO.  IT SEEMED MORE THAT HE WAS IRRITATED THAT I WAS

12:05PM   7   BRINGING UP THESE ISSUES AGAIN, AND THAT HE WAS CONCERNED THAT

12:05PM   8   I WAS RAISING ALARM OR THAT I WASN'T AWARE OF THE FACT THAT THE

12:05PM   9   EDISON DEVICES HAVE BEEN VETTED AND PROVED AND KIND OF

12:05PM  10   DISTRIBUTED IN ALL OF THESE MEANS AND OTHER PEOPLE SAID IT WAS

12:05PM  11   A GREAT DEVICE IN OTHER CONTEXTS.

12:05PM  12        SO IT DIDN'T SEEM IT WAS THE FIRST TIME THAT HE HAD HEARD

12:05PM  13   THIS, AND HE WAS MORE IRRITATED AND ANGRY THAT I WAS BRINGING

12:05PM  14   UP THIS INFORMATION.

12:05PM  15   Q.   I THINK YOU TESTIFIED THAT YOU LEFT THERANOS IN APRIL OF

12:05PM  16   2014; IS THAT CORRECT?

12:05PM  17   A.   YES.

12:05PM  18   Q.   WAS IT AROUND THE TIME OF THIS MEETING?

12:05PM  19   A.   YES.

12:05PM  20   Q.   THE DECISION TO LEAVE THE COMPANY, WAS IT A DECISION THAT

12:06PM  21   YOU TOOK LIGHTLY?

12:06PM  22   A.   NO.

12:06PM  23   Q.   AND THE REASONS THAT YOU WERE EXCITED ABOUT JOINING

12:06PM  24   THERANOS, THE MISSION OF THE COMPANY, THE POTENTIAL, DID THOSE

12:06PM  25   FACTORS PLAY A ROLE IN YOUR DECISION WHETHER TO STAY AT THE

12:06PM  1    COMPANY OR NOT?

12:06PM  2                MR. WADE:  YOUR HONOR, OBJECTION.  401 AND 403.

12:06PM  3                THE COURT:  COULD YOU REPHRASE THAT QUESTION.  I

12:06PM  4    THINK PER OUR EARLIER CONVERSATION, I THINK YOU CAN ASK THIS IN

12:06PM  5    A DIFFERENT WAY.

12:06PM  6    BY MR. BOSTIC:

12:06PM  7    Q.   LET ME ASK YOU SPECIFICALLY, MS. CHEUNG, WHAT WAS YOUR

12:06PM  8    SALARY AT THERANOS?

12:06PM  9    A.   MY SALARY WAS -- I DON'T --

12:06PM  10   Q.   IF YOU RECALL APPROXIMATELY?

12:06PM  11   A.   I THINK I MADE LIKE $19 PER HOUR.

12:06PM  12   Q.   AND WHEN YOU DECIDED TO LEAVE THE COMPANY, DID YOU HAVE

12:06PM  13   OTHER EMPLOYMENT LINED UP AT THE TIME?

12:06PM  14   A.   NO.

12:06PM  15   Q.   THIS WAS YOUR FIRST JOB OUT OF COLLEGE; IS THAT CORRECT?

12:06PM  16   A.   YES.

12:06PM  17   Q.   YOU MENTIONED A CONVERSATION THAT YOU HAD WITH

12:07PM  18   MR. BALWANI.  DID YOU THINK ABOUT TAKING YOUR CONCERNS DIRECTLY

12:07PM  19   TO THE CEO OF THE COMPANY, ELIZABETH HOLMES?

12:07PM  20   A.   I HAD --

12:07PM  21                MR. WADE:  OBJECTION, YOUR HONOR.  401, 403.

12:07PM  22                THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:07PM  23                MR. BOSTIC:  WOULD YOU LIKE IT REPEATED?

12:07PM  24                THE WITNESS:  COULD YOU, PLEASE.

12:07PM  25   BY MR. BOSTIC:

12:07PM  1    Q.   THE QUESTION IS YOU TALKED ABOUT A CONVERSATION WITH

12:07PM  2    MR. BALWANI.  DID YOU THINK ABOUT RAISING YOUR CONCERNS

12:07PM  3    DIRECTLY WITH MS. HOLMES, THE CEO?

12:07PM  4    A.   BECAUSE I HAD CLOSE RELATIONSHIPS WITH TYLER SHULTZ, I HAD

12:07PM  5    KNOWN THAT HE HAD WRITTEN AN EMAIL TO ELIZABETH HOLMES ABOUT

12:07PM  6    SOME OF THE CONCERNS AROUND PROFICIENCY TESTING, THE VALIDATION

12:07PM  7    OF THE ASSAYS, THE ISSUES THAT WE WERE HAVING WITH THE QUALITY

12:07PM  8    CONTROLS.  SO I JUST FIGURED THAT CONSIDERING THAT TYLER SHULTZ

12:07PM  9    HAD A CLOSER RELATIONSHIP WITH ELIZABETH HOLMES, THAT HE WAS

12:07PM  10   BASICALLY COMMUNICATING WITH HER.  SO I DIDN'T CONTACT HER

12:08PM  11   DIRECTLY.

12:08PM  12   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1660 IN YOUR BINDER,

12:08PM  13   PLEASE.  ONCE YOU'RE THERE, WOULD YOU LET ME KNOW IF YOU

12:08PM  14   RECOGNIZE THAT DOCUMENT.

12:08PM  15   A.   YES.

12:08PM  16   Q.   DID TYLER SHULTZ SHOW YOU THIS DOCUMENT WHEN YOU WERE

12:08PM  17   WORKING AT THERANOS OR AROUND THE TIME THAT YOU LEFT?

12:08PM  18   A.   YES.  AFTER MY MEETING WITH SUNNY BALWANI, I IMMEDIATELY

12:08PM  19   CONTACTED TYLER, AND WE WERE GOING TO HAVE DINNER WITH HIS

12:08PM  20   GRANDFATHER, GEORGE SHULTZ, AND BEFORE WE HAD DINNER HE HAD

12:08PM  21   SHOWED ME THIS EMAIL.

12:08PM  22   Q.   AND EXHIBIT 1660, IS THIS A TRUE AND CORRECT COPY OF THE

12:08PM  23   EMAIL THAT YOU WERE SHOWN BY TYLER SHULTZ TO ELIZABETH HOLMES?

12:08PM  24   A.   YES.

12:08PM  25        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

CHEUNG DIRECT BY MR. BOSTIC (RES.)                                974

12:08PM  1    ADMIT EXHIBIT 1660.

12:08PM  2              MR. WADE:  YOUR HONOR, WE RAISE THE SAME OBJECTIONS

12:08PM  3    WE RAISED PREVIOUSLY.

12:09PM  4              THE COURT:  ALL RIGHT.  THANK YOU.

12:09PM  5         LADIES AND GENTLEMEN, I'M GOING TO OVERRULE THE OBJECTION

12:09PM  6    AND ADMIT THIS FOR A LIMITED PURPOSE, THOUGH, LADIES AND

12:09PM  7    GENTLEMEN.

12:09PM  8         THIS IS A DOCUMENT -- IS IT JUST BATES STAMPED 7369,

12:09PM  9    COUNSEL?

12:09PM 10              MR. BOSTIC:  IT'S 7369 THROUGH 7374.

12:09PM 11              THE COURT:  I SEE.  ALL RIGHT.  THANK YOU.

12:09PM 12         LADIES AND GENTLEMEN, THIS IS GOING TO BE ADMITTED FOR A

12:09PM 13    LIMITED PURPOSE, AND THAT LIMITED PURPOSE IS ONLY TO SHOW

12:09PM 14    NOTICE, NOTICE AS TO MS. HOLMES.

12:09PM 15         IT'S NOT OFFERED FOR THE TRUTH OF THE MATTER ASSERTED IN

12:09PM 16    THE DOCUMENT ITSELF.  THE LIMITED PURPOSE IS TO SHOW NOTICE

12:09PM 17    ONLY, AND FOR THAT LIMITED PURPOSE IT WILL BE ADMITTED.

12:09PM 18              (GOVERNMENT'S EXHIBIT 1660 WAS ADMITTED.)

12:09PM 19              MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:09PM 20         MAY WE PUBLISH?

12:10PM 21              THE COURT:  YES.

12:10PM 22              MR. BOSTIC:  MS. HOLLIMAN, LET'S PROJECT

12:10PM 23    EXHIBIT 1660, PLEASE, THE FIRST PAGE.  THANK YOU.

12:10PM 24    Q.   MS. CHEUNG, ARE YOU LOOKING AT AN IMAGE OF THE EMAIL

12:10PM 25    TYLER SHULTZ SHOWED YOU IN 2014?

12:10PM  1    A.   YES.

12:10PM  2    Q.   AND THIS IS AN EMAIL TO ELIZABETH HOLMES.

12:10PM  3         DO YOU RECOGNIZE HER EMAIL ADDRESS THERE?

12:10PM  4    A.   YES.

12:10PM  5    Q.   AND IN THIS EMAIL IN THE FIRST PARAGRAPH HE MENTIONS

12:10PM  6    ISSUES REGARDING OR DISCREPANCIES BETWEEN THERANOS CV'S?

12:10PM  7    A.   UH-HUH.

12:10PM  8    Q.   AND THE WAY THAT CV'S WERE CALCULATED.  IS CV A

12:10PM  9    COEFFICIENT OF VARIATION LIKE WE DISCUSSED EARLIER?

12:10PM  10   A.   YES.

12:10PM  11   Q.   AND IS THIS RELATED TO THE ISSUE THAT WE DISCUSSED EARLIER

12:10PM  12   WITH THE VARIABILITY IN THERANOS'S TESTS?

12:11PM  13   A.   YES.

12:11PM  14   Q.   LOOKING AT PARAGRAPH TWO, MR. SHULTZ SAYS TO MS. HOLMES

12:11PM  15   THAT WHILE HE UNDERSTANDS CALCULATING CV BASED ON THE MEDIANS

12:11PM  16   IS RELEVANT FOR COMPARING OUR SYSTEM TO SYSTEMS OF OUR

12:11PM  17   COMPETITORS, THE FACT THAT THE CV OF OUR CUT-OFF LEVEL FOR

12:11PM  18   SYPHILIS DROPS FROM 43 PERCENT TO 20 PERCENT BY MOVING FROM CV

12:11PM  19   OF THE ENTIRE DATA SET TO CV OF THE MEDIANS TELLS ME THAT A

12:11PM  20   SIGNIFICANT PORTION OF OUR DATA IS JUST NOISE.

12:11PM  21        DO YOU SEE THAT?

12:11PM  22   A.   YES.

12:11PM  23   Q.   THE QUESTION IS, IS THIS A REFERENCE TO THE PRACTICE OF

12:11PM  24   DELETING OUTLIERS AND TAKING AVERAGES OF MULTIPLE RESULTS THAT

12:11PM  25   WE TALKED ABOUT EARLIER?

12:11PM   1      A.   YES.

12:11PM   2                MR. WADE:  OBJECTION, YOUR HONOR.  602.

12:12PM   3                THE COURT:  OVERRULED.  THE ANSWER WILL REMAIN.

12:12PM   4      BY MR. BOSTIC:

12:12PM   5      Q.   AND, MS. CHEUNG, YOUR ANSWER WAS?

12:12PM   6      A.   YES.

12:12PM   7      Q.   MS. HOLLIMAN, LET'S ZOOM OUT AND ZOOM IN ON THE NEXT FEW

12:12PM   8      PARAGRAPHS, PLEASE.

12:12PM   9           LET'S CAPTURE FROM THERE DOWN TO THE BOTTOM.  THAT'S GOOD.

12:12PM  10      THANK YOU.

12:12PM  11           IN THE TOP PARAGRAPH HERE MR. SHULTZ EXPRESSES SOME

12:12PM  12      CONCERNS ABOUT QUALITATIVE ASSAYS.  AND THERE'S A REFERENCE

12:12PM  13      ABOUT TWO-THIRDS DOWN THE PARAGRAPH WHERE HE SAYS -- I MIGHT

12:12PM  14      HAVE PUT THAT IN THE WRONG PLACE.

12:12PM  15           BUT HE SAYS THE SECOND PROBLEM THAT I HAVE IS THAT OUR

12:12PM  16      EQUIVOCAL ZONE IS ADJUSTED AND WIDENED UNTIL WE SEE THE

12:12PM  17      SENSITIVITY AND SPECIFICITY THAT WE WANT TO REPORT.

12:13PM  18           AND JUST BEFORE THAT SENTENCE THERE'S A LINE ABOVE IT THAT

12:13PM  19      SAYS WE REPEAT AND DELETE RATHER THAN REPEAT AND ADD.  HE'S

12:13PM  20      REFERENCING REPEATING AN EXPERIMENT.

12:13PM  21           DO YOU HAVE KNOWLEDGE ABOUT A PRACTICE AT THERANOS THAT

12:13PM  22      WOULD CORRESPOND TO THIS COMPLAINT?

12:13PM  23                MR. WADE:  YOUR HONOR, IF I COULD JUST OBJECT TO THE

12:13PM  24      FORM OF THE QUESTION AND ALSO JUST HAVE A STANDING OBJECTION ON

12:13PM  25      602.

12:13PM   1            THE COURT:  ALL RIGHT.  NOTED.

12:13PM   2            THE COURT'S PREVIOUS ORDER AND RULING WILL REMAIN.

12:13PM   3            YOU CAN ASK THE QUESTION.

12:13PM   4       BY MR. BOSTIC:

12:13PM   5       Q.   I'LL TAKE THAT OPPORTUNITY TO REFRAME AND ASK IT MORE

12:13PM   6       DIRECTLY.

12:13PM   7            THE LANGUAGE REFERENCING REPEATING AN EXPERIMENT AND

12:13PM   8       SAYING WE REPEAT AND DELETE RATHER THAN REPEAT AND ADD.

12:13PM   9            ARE YOU AWARE OF A PRACTICE AT THERANOS THAT FITS THAT

12:13PM  10       DESCRIPTION?

12:13PM  11       A.   YES.  SO THIS IS, THIS IS ALSO TALKING ABOUT ALSO THE

12:13PM  12       OUTLIER DILUTION, RIGHT?  YOU JUST GET RID OF THE INFORMATION

12:13PM  13       IN THE RUNS THAT AREN'T AMENABLE TO WHAT YOU'RE TRYING TO

12:14PM  14       ACCOMPLISH.

12:14PM  15       Q.   THE NEXT PARAGRAPH TALKS ABOUT THE ACCURACY OF THERANOS'S

12:14PM  16       TESTS AND IN PARTICULAR WHETHER THE SYPHILIS TEST WAS TRULY THE

12:14PM  17       MOST ACCURATE AND MOST PRECISE SYPHILIS TEST ON THE MARKET.

12:14PM  18            DO YOU SEE THAT?

12:14PM  19       A.   YES.

12:14PM  20       Q.   AND HE RELAYS DANIEL YOUNG'S REPORT THAT THERANOS DOES NOT

12:14PM  21       CLAIM TO HAVE THE MOST ACCURATE OR PRECISE TESTS.

12:14PM  22            AND THEN MR. SHULTZ REFERENCES A HANDFUL OF ARTICLES THAT

12:14PM  23       EXPLICITLY MAKES THESE CLAIMS.

12:14PM  24            AROUND THIS TIME WERE YOU SEEING ANY ARTICLES OR PUBLIC

12:14PM  25       MATERIALS ABOUT THERANOS THAT MADE CLAIMS ABOUT THE ACCURACY OF

12:14PM 1      THE TESTS?

12:14PM 2      A.   YES.

12:14PM 3      Q.   AND BASED ON YOUR EXPERIENCE AT THE COMPANY, WERE THE

12:14PM 4      CLAIMS THAT YOU WERE SEEING ACCURATE?

12:15PM 5      A.   NO.

12:15PM 6      Q.   MS. HOLLIMAN, LET'S GO TO THE BOTTOM PARAGRAPH ON THIS

12:15PM 7      PAGE.

12:15PM 8          MR. SHULTZ THEN RAISES A QUESTION OF THE CV OF THE ASSAYS;

12:15PM 9      IS THAT CORRECT?

12:15PM 10     A.   YES.

12:15PM 11     Q.   AND IN PARTICULAR HE SAYS OUR CLAIM OF HAVING LESS THAN

12:15PM 12     10 PERCENT CV FOR OUR ASSAYS.

12:15PM 13         DO YOU REMEMBER SEEING AT THIS TIME CONTENT ON THE

12:15PM 14     THERANOS ASSAY THAT BOASTED ABOUT OR TOUTED A CV OF LESS THAN

12:15PM 15     10 PERCENT?

12:15PM 16     A.   YES, IT WAS ON OUR WEBSITE.

12:15PM 17     Q.   YOU SAID IT WAS ON THE THERANOS WEBSITE?

12:15PM 18     A.   YES.

12:15PM 19     Q.   AT THIS TIME BASED ON YOUR EXPERIENCE TESTING THE CV'S,

12:16PM 20     DID THERANOS'S ASSAYS HAVE CV'S OF LESS THAN 10 PERCENT?

12:16PM 21     A.   NO.

12:16PM 22     Q.   AND IN PARTICULAR THE VITAMIN D ASSAY, DID IT HAVE AN

12:16PM 23     ESPECIALLY LOW CV OR A CV OF LESS THAN 10 PERCENT?

12:16PM 24     A.   NO.

12:16PM 25     Q.   REVIEWING THIS EMAIL, CAN YOU EXPLAIN HOW IT FACTORED INTO

12:16PM 1    YOUR DECISION WHETHER TO ATTEMPT TO SPEAK DIRECTLY WITH

12:16PM 2    MS. HOLMES?

12:16PM 3    A.   IT -- I FIGURED BECAUSE TYLER HAD A CLOSER RELATIONSHIP

12:16PM 4    WITH ELIZABETH HOLMES AND TO THE BOARD THAT IT WASN'T

12:16PM 5    NECESSARY, ESPECIALLY BECAUSE I HAD MORE CONTACT WITH THE COO

12:16PM 6    OF THE COMPANY, SUNNY BALWANI, AND I HAD ALSO TALKED TO THE

12:17PM 7    BOARD, SO AT THAT POINT I FIGURED IT WASN'T NECESSARY.

12:17PM 8    Q.   YOU ALSO MENTIONED THAT YOU HAD TALKED TO THE BOARD.  WHEN

12:17PM 9    DID YOU HAVE A CHANCE TO SPEAK TO ANY MEMBERS OF THE BOARD?

12:17PM 10   A.   SO AFTER MY CONVERSATION WITH SUNNY BALWANI, I HAD TALKED

12:17PM 11   TYLER SHULTZ AND TOLD HIM THAT I HAD TALKED TO SUNNY ABOUT MY

12:17PM 12   CONCERNS AND THAT IT WASN'T RECEIVED IN A WAY THAT I THOUGHT

12:17PM 13   THE ISSUES WERE ACTUALLY GOING TO BE ADDRESSED AND RESOLVED.

12:17PM 14        AND HE TOLD ME THAT HE WAS GETTING DINNER WITH HIS

12:17PM 15   GRANDFATHER TO DISCUSS BOTH OF THE ISSUES THAT WE HAD SEEN.

12:17PM 16        AND I SAID CAN I JOIN OR CAN I GO TO DINNER WITH YOU SO I

12:17PM 17   CAN TALK TO YOUR GRANDFATHER ABOUT WHAT WE ARE SEEING IN THE

12:17PM 18   CLINICAL LAB SPECIFICALLY?

12:17PM 19        AND WE WENT TO HIS GRANDFATHER'S HOUSE AND WENT IN THE

12:17PM 20   DOOR.  HIS WIFE WAS THERE, CHARLOTTE, AND HIM.

12:17PM 21        AND WE SAT DOWN AND HAD DINNER AND DISCUSSED ESSENTIALLY

12:17PM 22   WHAT WAS HAPPENING IN THE CLINICAL LAB, WHERE THERE WAS THIS

12:18PM 23   EXPECTATION THAT WHEN YOU GOT YOUR BLOOD TESTED AT THERANOS,

12:18PM 24   THAT IT WAS JUST A FINGERSTICK, THAT FINGERSTICK GOES INTO THE

12:18PM 25   CARTRIDGE, IT GOES INTO THE EDISON DEVICES, IT STARTS AND IT

12:18PM  1    RUNS, THAT THAT WASN'T THE REALITY OF THE SITUATION.

12:18PM  2        WHAT WAS REALLY HAPPENING WAS THAT CARTRIDGE WOULD BE

12:18PM  3    PULLED OUT OF THE EDISON DEVICES WHEN THE DEMO SAMPLES WERE

12:18PM  4    BEING CONDUCTED AND THAT BLOOD SAMPLE, THAT NANOTAINER WOULD BE

12:18PM  5    RUN BASICALLY IN THE BACK LABORATORY NORMANDY WHERE THERE WOULD

12:18PM  6    BE THIS TEAM OF THREE, FOUR DIFFERENT PEOPLE ON STANDBY TO

12:18PM  7    ESSENTIALLY RUN THAT NANOTAINER OR THE BLOOD SAMPLE ON THREE,

12:18PM  8    FOUR DIFFERENT DEVICES, AND SPECIFICALLY WITH THE EDISON

12:18PM  9    DEVICES THERE WERE SO MANY PROBLEMS OCCURRING WITH THE

12:18PM  10   HARDWARE, WITH THE SOFTWARE, WITH THE ASSAYS, WITH THE QUALITY

12:18PM  11   CONTROL, AND NOT ONLY THAT BUT THE TESTS WERE VERY, VERY

12:19PM  12   COMPLICATED AND THEY WERE NOT VERY EXPERIENCED PEOPLE SORT OF

12:19PM  13   RUNNING THEM.

12:19PM  14       SO IT WAS JUST TRYING TO ALERT HIM TO LET HIM KNOW THAT

12:19PM  15   WHAT THEY'RE TELLING YOU IS NOT WHAT IS GOING ON INTERNALLY.

12:19PM  16   AND THAT WAS ESSENTIALLY THE DISCUSSION THAT I HAD WITH

12:19PM  17   GEORGE SHULTZ AT HIS HOUSE AT DINNER.

12:19PM  18   Q.   AND WAS THAT BEFORE --

12:19PM  19            MR. WADE:  OBJECTION, YOUR HONOR.  IF I JUST MIGHT

12:19PM  20   FOR THE RECORD NOTE MY PRIOR OBJECTION AND THE MOTION TO STRIKE

12:19PM  21   THAT.

12:19PM  22            THE COURT:  THANK YOU.  SO NOTED.

12:19PM  23   BY MR. BOSTIC:

12:19PM  24   Q.   MS. CHEUNG, WAS THAT BEFORE OR AFTER YOU LEFT THERANOS?

12:19PM  25   A.   THIS WAS BEFORE I LEFT THERANOS.

12:19PM  1    Q.   AND WE CAN TAKE THIS EXHIBIT DOWN.  THANK YOU,

12:19PM  2    MS. HOLLIMAN.

12:19PM  3         IN CONNECTION WITH MR. SHULTZ'S GRANDFATHER, WAS THAT

12:20PM  4    GEORGE SHULTZ?

12:20PM  5    A.   YES.

12:20PM  6    Q.   AND WHAT WAS HIS POSITION AT THERANOS AS YOU UNDERSTAND

12:20PM  7    IT?

12:20PM  8    A.   GEORGE SHULTZ WAS ONE OF THE BOARD MEMBERS AT THERANOS.

12:20PM  9    Q.   AND WHEN YOU HAD THIS CONVERSATION -- WELL, LET ME ASK, DO

12:20PM  10   YOU HAVE AN UNDERSTANDING OF WHAT HIS BACKGROUND HAD BEEN

12:20PM  11   BEFORE HE JOINED THE BOARD AT THERANOS?

12:20PM  12   A.   HE WAS THE EX-SECRETARY OF STATE DURING THE RONALD REAGAN

12:20PM  13   PRESIDENCY.

12:20PM  14   Q.   AND WHAT WAS HIS APPROXIMATE AGE DURING THE TIME OF THE

12:20PM  15   CONVERSATION THAT WE'VE BEEN DISCUSSING?

12:20PM  16   A.   I'M NOT TOO SURE, BUT ABOVE 70.

12:20PM  17   Q.   AND HAS GEORGE SHULTZ SUBSEQUENTLY PASSED AWAY?

12:20PM  18   A.   YES.

12:20PM  19   Q.   DID THERE COME A TIME AFTER YOU LEFT THERANOS WHEN YOU

12:20PM  20   RECEIVED A LETTER FROM A LAW FIRM REPRESENTING THE COMPANY?

12:20PM  21   A.   YES.

12:20PM  22   Q.   AND I'LL ASK YOU TO LOOK AT EXHIBIT 2567, PLEASE, IN YOUR

12:20PM  23   BINDER.

12:21PM  24        ONCE YOU'RE THERE, LET ME KNOW IF YOU RECOGNIZE THAT

12:21PM  25   DOCUMENT?

12:21PM  1    A.   I DO.

12:21PM  2    Q.   AND WHAT IS EXHIBIT 2567?

12:21PM  3    A.   THIS IS A LETTER THAT I HAD RECEIVED -- I HAD RECEIVED

12:21PM  4    FROM DAVID BOIES SCHILLER, A LAW FIRM REPRESENTING THERANOS.

12:21PM  5    AND ESSENTIALLY THERE WAS SOMEONE IN AN SUV THAT WAS WAITING

12:21PM  6    OUTSIDE OF MY WORKPLACE, AND A COUPLE OF MY COLLEAGUES HAD

12:21PM  7    EFFECTIVELY SAID, "ERIKA, WE DON'T WANT YOU STAYING LATE AT

12:21PM  8    WORK, WE WANT TO WALK YOU TO YOUR CAR, THERE'S BEEN THIS MAN

12:21PM  9    SITTING IN A CAR ALL DAY, AND WE WANT TO MAKE SURE THAT YOU GET

12:22PM 10    HOME SAFELY."

12:22PM 11         SO WHEN I WALKED OUT OF MY EMPLOYER AT THE TIME, THE MAN

12:22PM 12    JUMPED OUT OF THE CAR AND ESSENTIALLY HANDED ME THIS LETTER.

12:22PM 13    AND I OPENED IT AND SAW THAT IT WAS A KIND OF WARNING FROM

12:22PM 14    THERANOS'S LAWYER DAVID BOIES.

12:22PM 15    Q.   IS EXHIBIT 2567 AND TRUE AND CORRECT COPY OF THE LETTER

12:22PM 16    YOU RECEIVED THAT DAY?

12:22PM 17    A.   YES.

12:22PM 18         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:22PM 19    ADMIT EXHIBIT 2567.

12:22PM 20         MR. WADE:  YOUR HONOR, WE OBJECT UNDER 401 AND 403.

12:22PM 21         THE COURT:  ALL RIGHT.

12:22PM 22         MR. WADE:  AND HEARSAY.  802.  SORRY.

12:22PM 23         THE COURT:  ALL RIGHT.  THANK YOU.

12:22PM 24         I'LL OVERRULE THE OBJECTION, AND THIS CAN BE ADMITTED.

12:22PM 25    THE COURT FINDS THAT THE PROBATIVE VALUE OUTWEIGHS ANY

12:22PM    1    PREJUDICIAL INTEREST, AND IT DOES EXPLAIN THE CONDUCT.

12:22PM    2         IT WILL BE ADMITTED, AND IT MAY BE PUBLISHED.

12:23PM    3         (GOVERNMENT'S EXHIBIT 2567 WAS RECEIVED IN EVIDENCE.)

12:23PM    4              MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:23PM    5         MS. HOLLIMAN, LET'S DISPLAY EXHIBIT 2567, PLEASE.  LET'S

12:23PM    6    ZOOM IN ON -- EXACTLY, THE TOP HALF OF THE PAGE.

12:23PM    7    Q.   MS. CHEUNG, THIS IS THE LETTER THAT YOU RECEIVED ON THAT

12:23PM    8    DAY?

12:23PM    9    A.   YES.

12:23PM   10    Q.   BY HAND DELIVERY?

12:23PM   11    A.   YES.

12:23PM   12    Q.   THE FIRST PARAGRAPH SAYS IN THE THIRD SENTENCE, "WE ALSO

12:23PM   13    HAVE REASON TO BELIEVE THAT YOU HAVE -- WELL, LET ME START AT

12:23PM   14    THE SECOND SENTENCE.

12:23PM   15         THE SECOND SENTENCE SAYS, "WE HAVE REASON TO BELIEVE THAT

12:23PM   16    YOU HAVE DISCLOSED CERTAIN OF THE COMPANY'S TRADE SECRETS AND

12:23PM   17    OTHER CONFIDENTIAL INFORMATION WITHOUT AUTHORIZATION.  WE ALSO

12:23PM   18    HAVE REASON TO BELIEVE THAT YOU HAVE DONE SO IN CONNECTION WITH

12:23PM   19    MAKING FALSE AND DEFAMATORY STATEMENTS ABOUT THE COMPANY FOR

12:23PM   20    THE PURPOSE OF HARMING ITS BUSINESS."

12:23PM   21         DO YOU RECALL AT THIS TIME OR DO YOU HAVE AN UNDERSTANDING

12:23PM   22    OF WHAT ACTIONS THIS LETTER WAS REFERRING TO?

12:23PM   23    A.   YES.

12:23PM   24    Q.   AND WHAT WAS YOUR UNDERSTANDING?

12:23PM   25    A.   MY UNDERSTANDING WAS THAT THERE WAS AN INVESTIGATIVE

12:24PM   1    REPORT BEING CONDUCTED BY "THE WALL STREET JOURNAL" AND

12:24PM   2    EFFECTIVELY WHEN I SAW THIS I THOUGHT IT WAS IN REFERENCE TO

12:24PM   3    THAT INVESTIGATIVE REPORT.

12:24PM   4    Q.   HAD YOU BEEN SPEAKING TO A JOURNALIST FOR "THE

12:24PM   5    WALL STREET JOURNAL" ABOUT THERANOS?

12:24PM   6    A.   YES.

12:24PM   7    Q.   AND THE LETTER SAYS, "WE HAVE REASON TO BELIEVE THAT YOU

12:24PM   8    HAVE DONE SO IN CONNECTION WITH MAKING FALSE AND DEFAMATORY

12:24PM   9    STATEMENTS ABOUT THE COMPANY FOR THE PURPOSE OF HARMING ITS

12:24PM  10    BUSINESS."

12:24PM  11        WAS THAT YOUR PURPOSE IN HAVING THESE CONVERSATIONS WITH

12:24PM  12    THE JOURNALIST?

12:24PM  13    A.   THAT WASN'T MY PURPOSE OR MY INTENTION.  I FELT AT THAT

12:24PM  14    MOMENT IN TIME THAT I HAD DONE A LOT TO REPORT INTERNALLY IN

12:24PM  15    THE COMPANY OF THE ISSUES IN REGARDS TO WHAT WAS HAPPENING WITH

12:24PM  16    PATIENT PROCESSING AND HAD TALKED TO EVERYONE I POSSIBLY COULD

12:24PM  17    HAVE.

12:24PM  18        AND WHEN I WAS APPROACHED BY THE JOURNALIST, I FELT

12:24PM  19    HOPEFUL THAT MAYBE PEOPLE COULD ACTUALLY SEE THE TRUTH OF WHAT

12:25PM  20    WAS GOING ON WITH THESE PATIENT SAMPLES BECAUSE I WAS STILL IN

12:25PM  21    DISCUSSION WITH PEOPLE WORKING IN THE COMPANY AND UNDERSTOOD

12:25PM  22    THAT THE EDISONS WERE STILL BEING USED TO PROCESS PATIENT

12:25PM  23    SAMPLES.

12:25PM  24        AND SO FOR ME IT SEEMED KIND OF AS A FINAL RESORT TO GET

12:25PM  25    THE TRUTH OUT ABOUT WHAT WAS HAPPENING WITH ALL OF THESE

12:25PM  1     PATIENT SAMPLES.

12:25PM  2     Q.   DID YOU UNDERSTAND THAT BY TAKING THOSE STEPS YOU MIGHT

12:25PM  3     FACE LEGAL CONSEQUENCES OR POSSIBLE LITIGATION?

12:25PM  4     A.   YES.

12:25PM  5     Q.   DID YOU UNDERSTAND THAT THIS LETTER CONTAINED A THREAT OF

12:25PM  6     LITIGATION AGAINST YOU?

12:25PM  7     A.   YES.

12:25PM  8     Q.   YOU SAID I THINK SOMETHING LIKE THIS WAS AN ULTIMATE STEP.

12:25PM  9     BUT AFTER THIS DID YOU, IN FACT, REPORT INFORMATION ABOUT

12:25PM  10    THERANOS TO OTHER INDIVIDUALS?

12:25PM  11    A.   YES, I DID.

12:25PM  12    Q.   AND WHO ELSE DID YOU CONTACT TO REPORT ON THERANOS?

12:26PM  13    A.   I CONTACTED REGULATORS, THE HEALTH REGULATORS THAT ARE IN

12:26PM  14    CHARGE OF PROVIDING THE CERTIFICATION FOR LAB PROCESSING TO

12:26PM  15    ALLOW LABS TO PROCESS PATIENTS.

12:26PM  16    Q.   AND YOU SAID THAT THE NAME OF THAT ORGANIZATION WAS?

12:26PM  17    A.   CMS.  SO IT'S THE CENTER OF MEDICARE AND MEDICAID

12:26PM  18    SERVICES.

12:26PM  19    Q.   IS THAT A GOVERNMENTAL REGULATORY AGENCY?

12:26PM  20    A.   YES.

12:26PM  21    Q.   AND DO YOU RECALL WHEN IT WAS THAT YOU FIRST CONTACTED CMS

12:26PM  22    ABOUT THERANOS?

12:26PM  23    A.   I CONTACTED THEM ALMOST IMMEDIATELY, AFTER RECEIVING THIS

12:26PM  24    LETTER FROM DAVID BOIES, BY PHONE.  AND THEN I ACTUALLY FILED

12:26PM  25    AN OFFICIAL COMPLAINT PROBABLY A COUPLE MONTHS, MAYBE A LITTLE

| | | |
|---|---|---|
| 12:26PM | 1 | LONGER, I THINK IN SEPTEMBER. |
| 12:26PM | 2 | Q.   AND DID THE INFORMATION THAT YOU PROVIDED CMS GENERALLY |
| 12:26PM | 3 | ADDRESS THE TOPICS AND CONCERNS THAT WE'VE TALKED ABOUT TODAY |
| 12:27PM | 4 | AND YESTERDAY? |
| 12:27PM | 5 | A.   YES. |
| 12:27PM | 6 | MR. BOSTIC:  MAY I HAVE A MOMENT, YOUR HONOR? |
| 12:27PM | 7 | THE COURT:  YES, YOUR HONOR. |
| 12:27PM | 8 | (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.) |
| 12:27PM | 9 | BY MR. BOSTIC: |
| 12:27PM | 10 | Q.   MS. CHEUNG, ARE YOU CURRENTLY EMPLOYED? |
| 12:27PM | 11 | A.   YES. |
| 12:27PM | 12 | Q.   AND WHAT IS YOUR CURRENT OCCUPATION? |
| 12:27PM | 13 | A.   RIGHT NOW I'M RUNNING MY OWN ORGANIZATION, SO I'M RUNNING |
| 12:27PM | 14 | A NONPROFIT. |
| 12:27PM | 15 | Q.   AND JUST IN GENERAL TERMS, WHAT IS THE ACTIVITY OF THAT |
| 12:27PM | 16 | NONPROFIT? |
| 12:27PM | 17 | MR. WADE:  OBJECTION, YOUR HONOR.  401 AND 403, AND |
| 12:27PM | 18 | I'D LIKE TO APPROACH. |
| 12:27PM | 19 | THE COURT:  I'M NOT SURE WHAT THE RELEVANCE OF THIS |
| 12:27PM | 20 | IS, MR. BOSTIC. |
| 12:27PM | 21 | MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO APPROACH. |
| 12:27PM | 22 | MY UNDERSTANDING IS THAT HER CURRENT ROLE IS PARTLY OR IN |
| 12:28PM | 23 | FULL RESPONSE TO HER EXPERIENCES AT THERANOS. |
| 12:33PM | 24 | THE COURT:  ALL RIGHT.  WHY DON'T I SEE THE TWO OF |
| 12:33PM | 25 | YOU HERE AT SIDE-BAR. |

12:33PM   1          LADIES AND GENTLEMEN, YOU CAN STAND AND STRETCH AND DON'T

12:33PM   2     LEAVE THE COURTROOM.

12:33PM   3          (STRETCHING.)

12:33PM   4          (SIDE-BAR CONFERENCE ON THE RECORD.)

12:33PM   5          THE COURT:  OKAY.  WE'RE ON THE RECORD.  WE'RE

12:33PM   6     OUTSIDE OF THE PRESENCE OF THE JURY.

12:33PM   7          THE CLERK:  I'M TRYING TO GIVE YOU MORE LIGHT.

12:33PM   8          THE COURT:  WE ARE HERE TO DISCUSS THIS.

12:33PM   9     MR. WADE.

12:33PM  10          MR. WADE:  MAYBE COUNSEL CAN PROFFER EXACTLY WHAT IT

12:33PM  11     IS HE INTENDS TO ELICIT AND THE RELEVANCE OF IT.

12:33PM  12          MY UNDERSTANDING IS THAT PART OF MS. CHEUNG'S STORY, IF

12:33PM  13     YOU WILL, IS THAT SHE FOUNDED AN ETHICS ORGANIZATION OF SOME

12:33PM  14     KIND, AND SHE SUGGESTS THAT THAT'S IN RESPONSE TO THERANOS AND

12:33PM  15     IT'S PART OF HER NEW MISSION.

12:33PM  16          I JUST THINK THAT, YOU KNOW, AS WE'VE NOTED IN THE RECORD

12:33PM  17     SO FAR, MUCH OF THIS EVIDENCE IS FAR BEYOND -- IS TOTALLY

12:33PM  18     IRRELEVANT.  IT'S HIGHLY PREJUDICIAL, THINGS THAT HAVE COME IN

12:33PM  19     THUS FAR.  WE HAVE NOTED OUR OBJECTIONS, AND WE CONTINUE TO

12:33PM  20     OBJECT ON THOSE ISSUES.

12:33PM  21          BUT THERE'S NO RELEVANCE WHATSOEVER TO A MATERIAL FACT IN

12:33PM  22     THE CASE WITH RESPECT TO HER WORK AT THIS ORGANIZATION.  IT'S

12:33PM  23     EXTREMELY PREJUDICIAL UNDER 401 AND 403.

12:33PM  24          MR. BOSTIC:  I THINK TO THE EXTENT HER DECISION TO

12:33PM  25     COMMIT HER CAREER TO THESE ISSUES SPEAKS TO THE IMPACT AND THE

CHEUNG DIRECT BY MR. BOSTIC (RES.)

12:33PM 1    SERIOUSNESS OF THE ISSUES THAT SHE OBSERVED AT THERANOS IN HER

12:33PM 2    MIND.  I THINK THAT IS RELEVANT.

12:33PM 3        IF THE COURT DECIDES TO KEEP IT OUT OR IT'S NOT RELEVANT,

12:33PM 4    I ASSUME THAT THE DEFENSE WOULD ALSO NOT BE PERMITTED TO GO

12:33PM 5    INTO THAT TOPIC ON CROSS-EXAMINATION.

12:33PM 6            MR. WADE:  WE HAVE NO INTENTION OF GOING INTO THE

12:33PM 7    TOPIC.  IT'S HER STATE OF MIND AND HOW IT AFFECTED HER FUTURE

12:33PM 8    LIFE IN THE WORLD IS JUST NOT RELEVANT TO THIS.

12:33PM 9            THE COURT:  THANK YOU.  MY QUESTION IS THE RELEVANCE

12:33PM 10   OF HER POST EMPLOYMENT STATE OF MIND AND HOW THAT IS RELEVANT

12:33PM 11   TO THE EVENTS THAT SHE'S TESTIFIED TO ALREADY.

12:33PM 12       IF IT IS THAT SHE IS -- SHE CREATED A NONPROFIT REGARDING

12:33PM 13   ETHICS AND BUSINESS I ASSUME IT IS?

12:33PM 14           MR. BOSTIC:  IT IS STARTUPS, I BELIEVE.

12:33PM 15           THE COURT:  RIGHT.  I'M NOT SURE THAT'S RELEVANT TO

12:33PM 16   THE ISSUES OF YOUR PROSECUTION, WHAT SHE'S DONE AFTERWARDS.

12:33PM 17           MR. BOSTIC:  I WOULD SAY --

12:33PM 18           THE COURT:  I'M INCLINED TO SUSTAIN THE OBJECTION,

12:33PM 19   BUT GO AHEAD.

12:33PM 20           MR. BOSTIC:  UNDERSTOOD.  I WOULD SAY THAT HER

12:33PM 21   ACTIONS AFTERWARDS SPEAK TO HER STATE OF MIND DURING THE

12:33PM 22   RELEVANT TIME PERIOD, BUT IF NEITHER PARTY GOES INTO THIS,

12:33PM 23   THAT'S FINE.  I DON'T THINK IT'S ESSENTIAL THAT THE JURY HEARS

12:33PM 24   ABOUT IT.

12:33PM 25           THE COURT:  IF SHE TESTIFIES THAT SHE'S DOING OTHER

12:33PM  1    WORK OR SOMETHING LIKE THAT, THAT'S FINE.  I DON'T THINK

12:33PM  2    THERE'S ANY OBJECTION.

12:33PM  3              MR. WADE:  I JUST WANT TO BE CAREFUL BECAUSE THERE

12:33PM  4    ARE SMALL QUESTIONS THAT ARE BEING ASKED HERE, AND THEY'RE

12:33PM  5    ELICITING A NARRATIVE THAT IS LONG.

12:33PM  6         SO I DON'T WANT TO -- I WOULD ASK THAT THE WITNESS BE CUT

12:33PM  7    OFF BY THE COURT IF SHE STARTS TO GO INTO THIS.  I DON'T WANT

12:33PM  8    TO BE IN A POSITION TO CUT OFF THE WITNESS, BUT IF THERE'S A

12:33PM  9    QUESTION ABOUT ARE YOU CONTINUING TO WORK?  WELL, SHE'S BEEN

12:33PM  10   CUED UP TO GIVE THIS ANSWER, AND SHE COULD VERY WELL GIVE THE

12:33PM  11   WHOLE ANSWER.

12:33PM  12        IF COUNSEL WANTS TO ASK A LEADING QUESTION TO KIND OF CAP

12:33PM  13   IT OFF THAT IS A YES OR NO THAT DOESN'T GO INTO THIS, I HAVE NO

12:33PM  14   OBJECTION.

12:33PM  15             THE COURT:  I THINK THE POINT IS THAT SHE'S NOT IN

12:33PM  16   LAB WORK PER SE, SHE'S NOT WORKING IN A LAB ANYMORE, SHE'S

12:33PM  17   DOING SOMETHING ELSE.

12:33PM  18             MR. BOSTIC:  CORRECT.

12:33PM  19             THE COURT:  I THINK THAT'S FAIR.

12:33PM  20             MR. BOSTIC:  IT IS MY INTENTION TO ASK A NARROWED

12:33PM  21   QUESTION TO CAP THINGS OFF AS COUNSEL SAYS.

12:33PM  22             THE COURT:  AND YOU'RE DONE THEN?

12:33PM  23             MR. BOSTIC:  CORRECT.

12:33PM  24             THE COURT:  AND THEN WE HAVE ABOUT 15 MINUTES.

12:33PM  25             MR. WADE:  CORRECT.  DO YOU WANT ME TO START?

12:33PM   1              THE COURT:  I DO.  THANK YOU VERY MUCH.

12:33PM   2          (END OF DISCUSSION AT SIDE-BAR.)

12:33PM   3              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

12:33PM   4     ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  THE

12:33PM   5     WITNESS IS ON THE STAND.

12:33PM   6          I'LL SUSTAIN THE OBJECTION.  THE OBJECTION IS SUSTAINED.

12:33PM   7          YOU CAN ASK ANOTHER QUESTION, THOUGH, MR. BOSTIC.

12:33PM   8     BY MR. BOSTIC:

12:33PM   9     Q.   MS. CHEUNG, YOU NO LONGER WORK IN LAB TESTING; IS THAT

12:33PM  10     CORRECT?

12:33PM  11     A.   THAT IS CORRECT.

12:33PM  12     Q.   AND YOU'RE NOW SELF-EMPLOYED AT A NONPROFIT; IS THAT

12:33PM  13     CORRECT?

12:33PM  14     A.   THAT IS CORRECT.

12:33PM  15              MR. BOSTIC:  NO FURTHER QUESTIONS, YOUR HONOR.

12:33PM  16              THE COURT:  ALL RIGHT.  THANK YOU.

12:33PM  17          CROSS-EXAMINATION?

12:33PM  18              MR. WADE:  I DO, YOUR HONOR.

12:34PM  19          (PAUSE IN PROCEEDINGS.)

12:34PM  20              MR. WADE:  YOUR HONOR, MAY I APPROACH THE WITNESS?

12:34PM  21              THE COURT:  YES.

12:34PM  22              MR. WADE:  (HANDING.)

12:34PM  23          YOUR HONOR, MAY I PROCEED?

12:35PM  24              THE COURT:  YES, PLEASE.

12:35PM  25                        **CROSS-EXAMINATION**

12:35PM  1    BY MR. WADE:

12:35PM  2    Q.   GOOD AFTERNOON, MS. CHEUNG.

12:35PM  3    A.   GOOD AFTERNOON.

12:35PM  4    Q.   MY NAME IS LANCE WADE, AND I REPRESENT MS. HOLMES.  I'M

12:35PM  5    GOING TO ASK YOU A FEW QUESTIONS RELATING TO THE TOPICS THAT

12:35PM  6    YOU'VE TESTIFIED TO HERE TODAY.

12:35PM  7    A.   OKAY.

12:35PM  8    Q.   I'D LIKE TO START BY ASKING YOU SOME QUESTIONS ABOUT YOUR

12:35PM  9    WORK IN THE R&D LAB.

12:35PM  10   A.   OKAY.

12:35PM  11   Q.   THAT'S WHERE YOU STARTED WORK AT THERANOS?

12:35PM  12   A.   YES, THAT'S CORRECT.

12:35PM  13   Q.   AND WHAT WAS YOUR POSITION THERE?

12:35PM  14   A.   MY POSITION THERE WAS A LAB ASSOCIATE.

12:35PM  15   Q.   AND TO WHOM DID YOU REPORT?

12:35PM  16   A.   WHEN I FIRST STARTED WORKING WITHIN THE RESEARCH AND

12:35PM  17   DEVELOPMENT LAB.

12:35PM  18   Q.   YES.

12:35PM  19   A.   WAS SHARADA SIVARAMAN AND EMMA.

12:35PM  20   Q.   AND IS IT --

12:35PM  21        THE COURT:  EXCUSE ME.  CAN YOU PULL THE MICROPHONE

12:35PM  22   A LITTLE BIT CLOSER.

12:35PM  23        THE WITNESS:  YEAH.  SORRY.  I APOLOGIZE.

12:35PM  24        THE COURT:  THAT IS GOOD.  THANK YOU.

12:35PM  25   BY MR. WADE:

12:35PM  1      Q.   IS THAT DR. SIVARAMAN?

12:35PM  2      A.   YES.

12:35PM  3      Q.   AND DO YOU KNOW WHAT HER TRAINING IS IN?

12:35PM  4      A.   I KNOW SHE HAS A PH.D., BUT I DON'T REMEMBER IN WHAT.

12:35PM  5      Q.   WAS IT IN IMMUNOLOGY MAYBE?

12:36PM  6      A.   I'M NOT SURE.  I COULDN'T CONFIRM THAT.

12:36PM  7      Q.   OKAY.  BUT DR. SIVARAMAN WASN'T YOUR DIRECT REPORT?

12:36PM  8      A.   MY --

12:36PM  9      Q.   YOU DIDN'T DIRECTLY REPORT TO DR. SIVARAMAN?

12:36PM 10      A.   I DID AS A LAB ASSOCIATE.

12:36PM 11      Q.   AND YOU MENTIONED EMMA?

12:36PM 12      A.   OH, WE HAD TEAM LEADS.  SO FOR CERTAIN PROJECTS WE

12:36PM 13      INTERACT WITH EMMA, WHO WAS THE TEAM LEAD SCIENTIST.  AND THEN

12:36PM 14      FOR OTHER PROJECTS WE WOULD INTERACT DIRECTLY WITH SHARADA.

12:36PM 15      Q.   AND WHEN YOU SAY, "TEAM LEAD," WHAT TEAM WAS EMMA -- WHAT

12:36PM 16      WAS EMMA'S LAST NAME?

12:36PM 17      A.   I THINK IT'S EMMA LIU, L-I-U.

12:36PM 18      Q.   IT EMMA LIU, ALSO A PH.D., DR. LIU?

12:36PM 19      A.   YES.

12:36PM 20      Q.   AND WHAT TEAM DID DR. LIU LEAD WITHIN R&D?

12:36PM 21      A.   WE WERE ALL INVOLVED IN THE ELISA TEAM.

12:36PM 22      Q.   YOU SAY "WE"?

12:36PM 23      A.   EMMA LIU, SHARADA SIVARAMAN, AND MYSELF.

12:37PM 24      Q.   AND WE'LL TRY TO SEPARATE OUR QUESTIONS AND ANSWERS HERE

12:37PM 25      JUST TO MAKE OUR LIFE EASIER FOR THE COURT REPORTER.  I'LL DO

12:37PM 1    MY BEST, OKAY?

12:37PM 2    A.   OKAY.

12:37PM 3    Q.   AND DO YOU RECALL WHO ELSE WAS ON THAT TEAM?

12:37PM 4    A.   YES.

12:37PM 5    Q.   WHO?

12:37PM 6    A.   DO YOU WANT THE -- IS THERE A PARTICULAR STRUCTURE THAT

12:37PM 7    YOU WOULD PREFER?

12:37PM 8    Q.   WELL, WHO LED -- WHO IS THE LEADER OF THE ELISA TEAM?  WAS

12:37PM 9    IT DR. LIU?

12:37PM 10   A.   DR. SIVARAMAN.

12:37PM 11   Q.   SIVARAMAN.  AND THEN DR. LIU WAS UNDERNEATH DR. SIVARAMAN?

12:37PM 12   A.   YEAH.  SO EMMA WAS BELOW RAN, R-A-N, H-U, NAHAL.  AND TO

12:38PM 13   MY RECOLLECTION THOSE WERE THE THREE THAT I REMEMBER AT THIS

12:38PM 14   MOMENT.

12:38PM 15   Q.   AND DO YOU HAVE A BINDER UP THERE THAT I HANDED YOU,

12:38PM 16   MS. CHEUNG?

12:38PM 17   A.   I DO.

12:38PM 18   Q.   AND INSIDE OF THE BINDER WITHIN THE FRONT COVER I THINK

12:38PM 19   THERE'S A DOCUMENT, EXHIBIT 1176.

12:38PM 20   A.   UM -- OH, I SEE.

12:38PM 21   Q.   DO YOU SEE THAT?

12:38PM 22   A.   YES.

12:38PM 23   Q.   AND DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION AS TO THE

12:38PM 24   CORE ELISA TEAM?

12:38PM 25   A.   YES.

12:38PM 1  Q.  AND COULD YOU IDENTIFY, COULD YOU IDENTIFY THOSE TEAM

12:38PM 2  MEMBERS FOR THE RECORD, PLEASE?

12:38PM 3  A.  YES.  SO READ OUT THE TEAM MEMBERS AND THEIR PROSPECTIVE

12:39PM 4  ROLES?

12:39PM 5  Q.  YEAH.  I'M JUST TRYING TO UNDERSTAND THE TYPE OF TEAM THAT

12:39PM 6  YOU WERE WORKING ON IN R&D.  AND SO IF YOU COULD IDENTIFY THE

12:39PM 7  TEAM MEMBERS, THAT WOULD BE HELPFUL?

12:39PM 8  A.  OKAY.  SO THE CORE TEAM MEMBERS THAT ARE LISTED HERE, IT

12:39PM 9  SAYS CORE ELISA TEAM.

12:39PM 10  SO WHEN I STARTED WORKING IN THE RESEARCH AND DEVELOPMENT

12:39PM 11  TEAM, WE HAD THE CORE ELISA TEAM THAT WAS PERMANENTLY

12:39PM 12  POSITIONED THERE, BUT THEY NEEDED A LOT OF HELP.  SO THERE WERE

12:39PM 13  OTHER MEMBERS OF OTHER GROUPS AT THERANOS THAT WERE ALSO

12:39PM 14  INVOLVED, AND HENCE WHY THIS EMAIL STATES THE CORE ELISA TEAM.

12:39PM 15  SO AT THE TOP THERE WAS SHARADA, WHO WAS SORT OF THE HEAD

12:39PM 16  OF THE ELISA TEAM.

12:39PM 17  AND THEN RAN, AMY, LING.

12:39PM 18  RAN WAS A TEAM LEAD.

12:39PM 19  I DON'T REMEMBER AMY ALL THAT WELL.

12:39PM 20  LING WAS A PH.D. AS WELL.

12:39PM 21  SALINA WAS A RESEARCH ASSOCIATE.

12:40PM 22  EMMA WAS A TEAM LEAD, ALSO PH.D.

12:40PM 23  NAHAL WAS ANOTHER TEAM LEAD.  SHE WAS ALSO A PH.D.

12:40PM 24  TIFFANY I BELIEVE WAS A RESEARCH ASSOCIATE.

12:40PM 25  MICHELLE WAS A RESEARCH ASSOCIATE.

12:40PM 1          ALSO TIFFANY AND MICHELLE HAD PH.D.'S.

12:40PM 2          NILI J WAS -- I DON'T REMEMBER HER POSITION.

12:40PM 3          UYEN DO WAS A LAB ASSOCIATE AS WELL, BUT SHE HAD PROBABLY

12:40PM 4  ABOUT ONE TO TWO YEARS EXPERIENCE.  SO SHE HAD WORKED IN THE

12:40PM 5  COMPANY FOR A WHILE.

12:40PM 6          SAMANTHA AS WELL WAS A LAB ASSOCIATE.  SHE WORKED WITHIN

12:40PM 7  THE COMPANY FOR QUITE -- MAYBE ONE TO TWO YEARS.

12:40PM 8          DARREN WAS ALSO A LAB ASSOCIATE.  HE WORKED IN THE COMPANY

12:40PM 9  FOR ONE TO TWO YEARS.

12:40PM 10         ANDREW KIM AS WELL WAS A LAB ASSOCIATE, AND HE MAY HAVE

12:40PM 11 EVEN WORKED A LITTLE BIT LONGER THAN TWO YEARS.

12:40PM 12 Q.   AND YOU JUST IDENTIFIED THE CORE ELISA TEAM?

12:40PM 13 A.   THAT'S THE CORE ELISA TEAM, YES.

12:41PM 14         MR. WADE:  YOUR HONOR, WE'LL MOVE TO ADMIT THIS BY

12:41PM 15 STIPULATION.

12:41PM 16         THE COURT:  THIS IS 1176?

12:41PM 17         MR. WADE:  YES.

12:41PM 18         THE COURT:  ANY OBJECTION?

12:41PM 19         MR. BOSTIC:  NO OBJECTION.

12:41PM 20         THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

12:41PM 21     (GOVERNMENT'S EXHIBIT 1176 WAS RECEIVED IN EVIDENCE.)

12:41PM 22 BY MR. WADE:

12:41PM 23 Q.   IT MIGHT BE EASIER FOR THE JURY TO FOLLOW IF WE SHOW THEM

12:41PM 24 THE DOCUMENT.

12:41PM 25 A.   OKAY.

12:41PM  1    Q.   AS WE PULL THAT UP, THE TEAM THAT WE JUST IDENTIFIED IS

12:41PM  2    THE CORE ELISA TEAM IDENTIFIED THERE?

12:41PM  3    A.   YES.

12:41PM  4    Q.   AND WHAT WERE THE -- DESCRIBE THE WORK OF THE CORE ELISA

12:41PM  5    TEAM AT THE TIME YOU JOINED THE COMPANY?

12:41PM  6    A.   AT THE TIME I JOINED THE COMPANY THE CORE ROLE WAS THE

12:41PM  7    DEVELOPMENT OF NEW BIOCHEMICAL TESTS, AND THE SECONDARY ROLE

12:42PM  8    WAS THE VALIDATION EXPERIMENTS THAT WE TALKED ABOUT EARLIER,

12:42PM  9    ESSENTIALLY OF ASSAYS THAT HAD ALREADY BEEN DEVELOPED FOR THE

12:42PM  10   EDISON DEVICES AND ALL OF THE SURROUNDING RESPONSIBILITIES THAT

12:42PM  11   COME WITH THOSE SORT OF KEY FUNCTIONS.

12:42PM  12   Q.   AND THE ASSAY WORK THAT THIS TEAM WAS DOING WAS FOCUSSED

12:42PM  13   ON DEVELOPING SMALL SAMPLE ASSAYS?

12:42PM  14   A.   ON THE FINGERSTICK ASSAYS, YES.

12:42PM  15   Q.   AND DO YOU RECALL ABOUT HOW MANY FINGERSTICK ASSAYS THAT

12:42PM  16   THEY HAD DEVELOPED IN R&D AT THIS TIME?

12:42PM  17   A.   IN TERMS OF WHAT WAS IN DEVELOPMENT OR WHAT WAS BEING

12:42PM  18   VALIDATED FOR THE CLINICAL LAB?

12:42PM  19   Q.   NO.  WHAT WAS IN DEVELOPMENT WITHIN R&D?

12:42PM  20   A.   WHAT WAS IN DEVELOPMENT FOR R&D?  I CAN'T BE CERTAIN ABOUT

12:42PM  21   THE NUMBER, BUT WHEN I WAS THERE, THERE WAS PROBABLY ABOUT 12.

12:43PM  22   Q.   JUST 12 ASSAYS IN DEVELOPMENT IN R&D.

12:43PM  23   A.   YES.

12:43PM  24   Q.   AND IF YOU LOOK AT THE NEW ELISA MEMBERS THERE ARE THREE

12:43PM  25   ADDITIONAL MEMBERS THERE:  MELISSA, JAMIE LIU, AND YOURSELF;

12:43PM  1     CORRECT?

12:43PM  2     A.   THAT IS CORRECT.

12:43PM  3     Q.   AND DO YOU KNOW MELISSA'S LAST NAME?

12:43PM  4     A.   MCCARTHY.

12:43PM  5     Q.   MCCARTHY.

12:43PM  6          AND THIS IS A NEW ELISA TEAM.  THIS IS RIGHT AROUND THE

12:43PM  7     TIME YOU JOINED THE COMPANY?

12:43PM  8     A.   YES.

12:43PM  9     Q.   AND THAT'S WHY THEY'RE IDENTIFYING YOU AS NEW?

12:43PM  10    A.   YES.

12:43PM  11    Q.   AND THE NEXT PART OF THE EMAIL IDENTIFIES THE BINDERS

12:43PM  12    TEAM.

12:43PM  13         AND YOU TALKED A LITTLE BIT ABOUT BINDERS ON YOUR DIRECT

12:43PM  14    TESTIMONY.

12:43PM  15         DO YOU RECALL THAT?

12:43PM  16    A.   YES.

12:43PM  17    Q.   AND CAN YOU EXPLAIN TO US WHAT WORK THE BINDERS TEAM DID

12:43PM  18    IN CONNECTION WITH THE ELISA WORK AND THE R&D WORK?

12:44PM  19    A.   YES.

12:44PM  20         SO IN ORDER TO RUN AN ELISA YOU HAVE TO HAVE ANTIBODIES

12:44PM  21    AND VARIOUS TYPES OF REAGENTS IN ORDER TO BE ABLE TO DO THAT.

12:44PM  22         SO BINDERS WORKED VERY CLOSELY WITH THE ELISA TEAM BECAUSE

12:44PM  23    DEPENDING ON WHAT TYPE OF ASSAY YOU WERE RUNNING, YOU NEEDED TO

12:44PM  24    HAVE THAT PRECURSOR COATING IN ORDER TO EFFECTIVELY RUN THE

12:44PM  25    ELISA'S EDISON TEST.

12:44PM   1        BINDERS WAS SEPARATED FROM ELISA, BUT THERE WAS A PERIOD

12:44PM   2   THAT BINDERS HAD COMBINED WITH ELISA BECAUSE WE NEEDED HELP

12:44PM   3   RUNNING THE VALUATION STUDIES?

12:44PM   4   Q.   OKAY.  AND IS THIS LIST THAT IS IDENTIFIED IN

12:44PM   5   EXHIBIT 1176, IS THAT TO THE BEST OF YOUR RECOLLECTION AN

12:44PM   6   ACCURATE REFLECTION OF THE BINDERS TEAM AT THE TIME YOU JOINED

12:44PM   7   THE COMPANY?

12:44PM   8   A.   YES.

12:44PM   9   Q.   AND THERE ARE 11 PEOPLE IDENTIFIED THERE; IS THAT RIGHT?

12:45PM  10   A.   YES.

12:45PM  11   Q.   AND THE FIRST ONE BEING SURAJ.

12:45PM  12        IS THAT DR. SAKSENA?

12:45PM  13   A.   YES.

12:45PM  14   Q.   AND THE LAST ONE IS TYLER SHULTZ?

12:45PM  15   A.   YES.

12:45PM  16   Q.   AND LIKE WITH THE PRIOR LIST IT'S SORT OF SENIORITY WITHIN

12:45PM  17   THAT GROUP IF YOU WILL?

12:45PM  18   A.   NO.  I THINK BECAUSE ARUNA HAD I THINK A MORE -- -- I

12:45PM  19   COULD BE WRONG ABOUT THAT, BUT I WAS UNDER THE IMPRESSION THAT

12:45PM  20   ARUNA WAS THE HEAD OF THE BINDERS TEAM.

12:45PM  21   Q.   OKAY.  FAIR ENOUGH.

12:45PM  22        BUT MR. SHULTZ WAS ONE OF THE MORE JUNIOR PEOPLE ON THE

12:45PM  23   TEAM?  HE HAD JUST JOINED THE COMPANY?

12:45PM  24   A.   YES.

12:45PM  25   Q.   AND IN ADDITION TO THE ELISA TEAM WITHIN THE R&D, WERE

12:45PM  1    THERE OTHER TEAMS WORKING ON OTHER TYPES OF ASSAYS?

12:45PM  2    A.   YES.

12:45PM  3    Q.   AND COULD YOU TELL US THE OTHER TEAMS?

12:46PM  4         THE COURT:  WHY DON'T WE GET THE ANSWER TO THAT

12:46PM  5    QUESTION AFTER OUR BREAK.

12:46PM  6         MR. WADE:  THE SUSPENSE WILL BE A CLIFFHANGER FOR

12:46PM  7    EVERYONE.

12:46PM  8         THE COURT:  IT WILL HELP YOUR LUNCH.  IT WILL HELP

12:46PM  9    YOUR LUNCH.  SO LET'S TAKE A BREAK.  I TOLD YOU IT'S 12:45 OR

12:46PM  10   12:46 RIGHT NOW.

12:46PM  11        LADIES AND GENTLEMEN, I THINK I TOLD YOU HOPEFULLY WE

12:46PM  12   COULD COME BACK AT 1:30, 1:30, AND THEN WE'LL GO UNTIL

12:46PM  13   3:00 O'CLOCK I THINK.

12:46PM  14        ALL RIGHT.  HAVE A GOOD LUNCH.  HAVE A GOOD BREAK, FOLKS.

12:46PM  15        REMEMBER THE ADMONITION THAT IS STILL IN PLACE.

12:46PM  16        MR. WADE:  THANK YOU.

12:46PM  17        THE COURT:  MS. CHEUNG, WE'LL SEE YOU BACK THEN AS

12:46PM  18   WELL.  THANK YOU.

12:46PM  19        (LUNCH RECESS TAKEN AT 12:46 P.M.)

         20

         21

         22

         23

         24

         25

| | | |
|---|---|---|
| 01:13PM | 1 | **AFTERNOON SESSION** |
| 01:34PM | 2 | (COURT CONVENED AT 1:34 P.M.) |
| 01:34PM | 3 | (JURY IN AT 1:34 P.M.) |
| 01:34PM | 4 | THE COURT:  WE'RE BACK ON THE RECORD.  ALL PARTIES |
| 01:34PM | 5 | PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.  OUR JURY AND |
| 01:34PM | 6 | ALTERNATES ARE ALL PRESENT. |
| 01:34PM | 7 | MS. CHEUNG IS ON THE STAND. |
| 01:34PM | 8 | MS. CHEUNG, JUST TO REMIND YOU OF THE QUESTION, I'LL ASK |
| 01:34PM | 9 | MR. WADE TO REPEAT HIS QUESTION, AND THEN WE'LL END THE |
| 01:34PM | 10 | SUSPENSE OF THAT. |
| 01:34PM | 11 | MR. WADE. |
| 01:34PM | 12 | MR. WADE:  AGAIN, I APPRECIATE THE CLIFFHANGER. |
| 01:34PM | 13 | Q.   MS. CHEUNG, I THINK I WAS ASKING YOU THE EVER-SUSPENSEFUL |
| 01:34PM | 14 | QUESTION BEFORE THE BREAK ABOUT THE OTHER ASSAY DEVELOPMENT |
| 01:34PM | 15 | TEAMS WITHIN THE R&D GROUP. |
| 01:34PM | 16 | WERE THERE OTHERS? |
| 01:34PM | 17 | A.   YES. |
| 01:34PM | 18 | Q.   OKAY.  HOW MANY OTHERS WERE THERE? |
| 01:34PM | 19 | A.   THERE WERE -- CAN I LIST THEM OUT? |
| 01:34PM | 20 | SO MICROBIOLOGY, CYTOMETRY, GENERAL CHEMISTRY, ELISA, |
| 01:35PM | 21 | BINDERS, AND THEN THERE WAS LIKE A REAGENT TEAM AS WELL. |
| 01:35PM | 22 | SO IN TERMS OF R&D, THE ADDITIONAL OTHERS WERE THREE.  SO |
| 01:35PM | 23 | MICROBIO, GENERAL CHEMISTRY, AND CYTOMETRY. |
| 01:35PM | 24 | Q.   OKAY.  AND DO YOU KNOW WHO LED THE MICROBIOLOGY TEAM? |
| 01:35PM | 25 | A.   I FORGOT HIS NAME. |

01:35PM  1      Q.   WAS IT DR. PATEL?

01:35PM  2      A.   NO.  THAT WAS THE GENERAL CHEMISTRY TEAM.

01:35PM  3      Q.   HE LED THE GENERAL CHEMISTRY TEAM?

01:35PM  4      A.   YEAH.

01:35PM  5      Q.   AND DR. PATEL, P-A-T-E-L, DID HE ALSO --

01:35PM  6      A.   PAUL PATEL?

01:35PM  7      Q.   YES.  DID HE ALSO WORK ON NUCLEIC ACID AMPLIFICATION

01:35PM  8      ASSAYS?

01:35PM  9      A.   I COULDN'T BE CERTAIN OF THAT.

01:35PM  10     Q.   OKAY.  AND DID YOU RECALL WHO LED CYTOMETRY R&D TEAM?

01:35PM  11     A.   NISHIT DOSHI.

01:35PM  12     Q.   NISHIT DOSHI.

01:35PM  13          AND DO YOU RECALL A GENTLEMAN BY THE NAME OF

01:36PM  14     CHINMAY PANGARKAR?

01:36PM  15     A.   OH, YES.  YES, ACTUALLY CHINMAY WAS THE HEAD OF CYTOMETRY,

01:36PM  16     AND THEN -- YEAH.

01:36PM  17     Q.   DR. PANGARKAR WAS THE HEAD OF CYTOMETRY?

01:36PM  18     A.   I BELIEVE SO.

01:36PM  19     Q.   AND HOW ABOUT -- I THINK YOU IDENTIFIED ONE OTHER GROUP?

01:36PM  20     A.   THE MICROBIOLOGY GROUP?

01:36PM  21     Q.   YEAH.

01:36PM  22     A.   I DON'T REMEMBER WHO THE LEAD FOR THE MICROBIOLOGY GROUP.

01:36PM  23     Q.   OKAY.  AND DID EACH OF THOSE GROUPS HAVE TEAMS OF PEOPLE?

01:36PM  24     A.   YES.

01:36PM  25     Q.   OKAY.  AND DID YOU INTERACT WITH THOSE FOLKS?

01:36PM 1    A.    SOME OF THEM.

01:36PM 2    Q.    DO YOU KNOW ABOUT HOW MANY PEOPLE WORKED IN THE DIFFERENT

01:36PM 3    GROUPS?

01:36PM 4    A.    ELISA WAS THE LARGEST TEAM, BUT IT WOULD BE PROBABLY A

01:36PM 5    SIMILAR SIZE AS THE BINDERS TEAM OF THE LIST THAT WE SAW.

01:36PM 6          SO LET'S SAY GIVE OR TAKE LIKE ANYWHERE BETWEEN 5 TO 12

01:37PM 7    PEOPLE.

01:37PM 8    Q.    IN EACH TEAM?

01:37PM 9    A.    YES.

01:37PM 10   Q.    AND THIS WAS JUST FOR THE ASSAY DEVELOPMENT WORK WITHIN

01:37PM 11   R&D?

01:37PM 12   A.    YES.

01:37PM 13   Q.    AND THERE WAS ALSO A HARDWARE DEVELOPMENT TEAM?

01:37PM 14   A.    YES.

01:37PM 15   Q.    AND THAT WAS A COMPLETELY SEPARATE GROUP OF PEOPLE?

01:37PM 16   A.    YES.

01:37PM 17   Q.    AND I THINK BEFORE THE BREAK I SUGGESTED THAT

01:37PM 18   DR. SIVARAMAN HAD A PH.D. RELATING TO IMMUNOLOGY.  WAS IT

01:37PM 19   ACTUALLY BIOCHEMISTRY THAT SHE HAD A PH.D. IN?

01:37PM 20   A.    I CAN'T BE CERTAIN.

01:37PM 21   Q.    OKAY.  DO YOU KNOW HOW LONG THIS R&D ASSAY TEAM HAD BEEN

01:37PM 22   WORKING TO DEVELOP ASSAYS PRIOR TO THE TIME THAT YOU JOINED THE

01:37PM 23   COMPANY?

01:37PM 24   A.    NO.

01:37PM 25   Q.    AND AFTER A FEW MONTHS WITHIN THE R&D GROUP, I BELIEVE YOU

01:38PM   1    TESTIFIED THAT YOU SHIFTED OVER TO CLIA?

01:38PM   2    A.   YES.

01:38PM   3    Q.   AND WHAT WAS THE -- YOUR TITLE AT THAT POINT WITHIN THE

01:38PM   4    CLIA LAB?

01:38PM   5    A.   I STILL MAINTAINED THE SAME TITLE, LAB ASSOCIATE.

01:38PM   6    Q.   OKAY.  SO YOU'RE STILL A LAB ASSOCIATE.

01:38PM   7         AND WERE THERE OTHER LAB ASSOCIATES WITHIN THE LAB?

01:38PM   8    A.   YES.

01:38PM   9    Q.   AND HOW MANY OTHER LAB ASSOCIATES WERE THERE?

01:38PM  10    A.   RELATED TO THE EDISON DEVICES?

01:38PM  11    Q.   NO, RELATING TO THE WHOLE CLIA LAB?

01:38PM  12    A.   RELATING TO THE WHOLE CLIA LAB?

01:38PM  13         SO RELATED TO THE EDISON DEVICES, WHILE I FIRST STARTED

01:38PM  14    THAT TRANSITION THERE WERE FOUR OF US.

01:38PM  15         THEN IN TERMS OF GENERAL CHEMISTRY THERE WERE AT LEAST TWO

01:38PM  16    OTHERS.

01:38PM  17         AND THEN FOR CYTOMETRY IT WAS PROBABLY AGAIN, LIKE, TWO TO

01:39PM  18    FOUR PEOPLE.

01:39PM  19    Q.   FOR -- AS LAB ASSOCIATES WITHIN THE CLIA LAB?

01:39PM  20    A.   YES.

01:39PM  21    Q.   NOW, I WASN'T CLEAR IN YOUR ANSWER.  WAS THAT JUST FOR THE

01:39PM  22    ELISA OR JUST FOR EDISON ASSAYS OR FOR ALL OF THE ASSAYS THAT

01:39PM  23    THE COMPANY OFFERED?

01:39PM  24    A.   FOR ALL OF THE ASSAYS THAT THE COMPANY OFFERED FOR

01:39PM  25    FINGERSTICK SAMPLES.

01:39PM  1    Q.   OKAY.

01:39PM  2    A.   YEP.

01:39PM  3    Q.   AND SO THAT WAS MAYBE EIGHT TO TEN PEOPLE, EIGHT TO TEN

01:39PM  4    LAB ASSOCIATES?

01:39PM  5    A.   YES, ROUGHLY.

01:39PM  6    Q.   DO YOU RECALL THE NAMES OF PEOPLE?

01:39PM  7    A.   YES.

01:39PM  8    Q.   COULD YOU IDENTIFY THEM FOR US, PLEASE?

01:39PM  9    A.   SO FOR THE EDISON DEVICES IT'S ROMINA RIENER; JAMIE LIU,

01:39PM  10   SPELLED L-I-U; AURELIE SOUPPE; AND THEN MYSELF, ERIKA CHEUNG;

01:39PM  11   AND THEN MELISSA MCCARTHY WAS PART OF THE GENERAL CHEMISTRY

01:39PM  12   TEAM; AND BRIAN BAILEY.

01:39PM  13       IN TERMS OF THE PEOPLE IN CYTOMETRY, I DON'T REMEMBER.  I

01:40PM  14   DON'T KNOW.

01:40PM  15       AND THEN THERE WERE A HANDFUL OF OTHER ASSOCIATES, BUT

01:40PM  16   THERE WAS A LOT OF OVERLAP, LIKE BRIAN BAILEY, MELISSA

01:40PM  17   MCCARTHY, WHO ALSO RAN THE CLIA LAB UPSTAIRS, THE UPSTAIRS LAB.

01:40PM  18   Q.   UH-HUH.

01:40PM  19   A.   SO THEY RAN A LOT OF THE PREDICATE METHOD DEVICES, SO

01:40PM  20   THERE'S A BIT OF OVERLAP.

01:40PM  21       AND THAT'S ALL I CAN REMEMBER AT THIS MOMENT.

01:40PM  22   Q.   BUT IF YOU HAD TO ESTIMATE IN TOTAL, ABOUT 20 LAB

01:40PM  23   ASSOCIATES DO YOU THINK THROUGH THE WHOLE CLIA LAB?

01:40PM  24   A.   I DON'T -- THERE WAS LESS THAN 20.

01:40PM  25   Q.   OKAY.  AND AS A LAB ASSOCIATE, WHO DID YOU REPORT TO

01:40PM    1    WITHIN THE CLIA LAB?

01:40PM    2    A.   SO I WOULD REPORT IMMEDIATELY TO A CLINICAL LAB SCIENTIST

01:40PM    3    WHEN IT RELATED TO PATIENT PROCESSING.  THAT SHIFTED DEPENDING

01:41PM    4    ON WHO WAS HIRED OR WHO WAS AVAILABLE.

01:41PM    5         AND I REPORTED FOR QUALITY CONTROL INFORMATION TO

01:41PM    6    MARK PANDORI, ADAM ROSENDORFF, AND LANGLY GEE.

01:41PM    7         JUST TO CLARIFY, WE'RE TALKING ABOUT WHO I REPORTED TO IN

01:41PM    8    THE CLINICAL LAB?

01:41PM    9    Q.   YES, THAT'S CORRECT?

01:41PM   10    A.   SO THOSE WERE THE PEOPLE THAT I REPORTED TO IN THAT

01:41PM   11    CONTEXT.

01:41PM   12         SAY IF WE HAD AN ISSUE WITH REAGENTS, I WOULD SOMETIMES

01:41PM   13    TALK TO SURAJ SAKSENA ABOUT THE PRODUCTION SITE.

01:41PM   14    Q.   I MAY HAVE ASKED A BAD QUESTION.

01:41PM   15         I'M WONDERING IF THERE WAS SOMEONE WHO WAS YOUR MANAGEMENT

01:41PM   16    SUPERVISOR?  SO IF YOU HAD TO GET A DAY OFF APPROVED OR GET AN

01:41PM   17    EXPENSE PAID OR SOMETHING ALONG THOSE LINES, DO YOU KNOW WHO

01:41PM   18    YOUR MANAGEMENT SUPERVISOR WAS WITHIN THE ORGANIZATION?

01:41PM   19    A.   MARK PANDORI.

01:41PM   20    Q.   MARK PANDORI WAS?

01:41PM   21    A.   YEAH.

01:41PM   22    Q.   AND WHAT POSITION DID MARK -- DO YOU RECALL WHEN MARK

01:42PM   23    JOINED THE COMPANY?

01:42PM   24    A.   MARK JOINED THE COMPANY IN LATE DECEMBER, EARLY JANUARY OR

01:42PM   25    -- I'M SORRY, THE YEAR IS 2013, 2014.

01:42PM  1      Q.   OKAY.  AND MR. PANDORI IS A MEDICAL DOCTOR; CORRECT?

01:42PM  2      A.   NO.  HE'S A PH.D.

01:42PM  3      Q.   HE'S A PH.D.

01:42PM  4      A.   YES.

01:42PM  5      Q.   AND DO YOU KNOW WHAT HIS BACKGROUND IS IN?

01:42PM  6      A.   I BELIEVE THAT HIS BACKGROUND IS IN MICROBIOLOGY.  HE HAS

01:42PM  7      A SPECIAL LICENSE THAT ALLOWED HIM TO RUN CERTAIN TYPES OF

01:42PM  8      MEDICAL TESTS RELATED TO INFECTIOUS DISEASE.  THAT WAS HIS MAIN

01:42PM  9      BACKGROUND.  HE DID EARLY DIAGNOSTICS FOR HIV DETECTION AND HAD

01:42PM  10     WORKED I THINK PRIOR FOR LIKE PUBLIC HEALTH DEPARTMENTS.

01:42PM  11     Q.   NOW, YOU MENTIONED DR. ROSENDORFF.  NOW, HE IS A MEDICAL

01:43PM  12     DOCTOR; CORRECT?

01:43PM  13     A.   YES.

01:43PM  14     Q.   AND WHAT DO YOU RECALL ABOUT HIS QUALIFICATIONS?

01:43PM  15     A.   DR. ROSENDORFF WAS A PATHOLOGIST AND WAS A MEDICAL DOCTOR.

01:43PM  16     THAT WAS THE EXTENT.  I KNEW HE WAS A PATHOLOGIST SPECIALIZING

01:43PM  17     IN DIAGNOSTICS, AND THAT'S THE EXTENT TO WHICH I REMEMBER.

01:43PM  18     Q.   DO YOU RECALL IF HE CAME TO THE COMPANY WITH ANY

01:43PM  19     EXPERIENCE?

01:43PM  20     A.   I CAN'T RECALL.

01:43PM  21     Q.   DO YOU RECALL THAT HE WORKED AT UPMC MEDICAL CENTER?

01:43PM  22     A.   NO.

01:43PM  23     Q.   AND YOU MENTIONED DR. SAKSENA?

01:43PM  24     A.   YES.

01:43PM  25     Q.   AND WHAT POSITION DID HE HOLD?

01:43PM  1      A.   DR. SAKSENA INITIALLY WAS A LEAD SCIENTIST FOR THE BINDERS

01:43PM  2      TEAM, AND THEN HE ENDED UP TRANSITIONING TO A POSITION WHERE HE

01:43PM  3      WAS LEADING PRODUCTION.

01:43PM  4           SO THERANOS HAD THIS SORT OF PROPRIETARY METHODOLOGY THAT

01:44PM  5      THEY UTILIZED IN ORDER TO PRODUCE THE CARTRIDGES THAT WE WOULD

01:44PM  6      TEST ON THE EDISON DEVICES, AND THERE WAS THIS SPECIALTY

01:44PM  7      ROBOTIC SYSTEM THAT WOULD FILL THE CARTRIDGES WITH THE

01:44PM  8      NECESSARY REAGENTS INSTEAD OF HAND FILLING THEM, AND HE WAS THE

01:44PM  9      LEAD PERSON TO KIND OF INSTIGATE THOSE EFFORTS WHEN I WAS

01:44PM  10     WORKING THERE.

01:44PM  11     Q.   OKAY.  AND AT THE TIME THAT YOU WENT OVER TO WORK IN THE

01:44PM  12     CLIA LAB, WERE YOU AWARE THAT THE LABORATORY WAS CERTIFIED

01:44PM  13     UNDER CLIA?

01:44PM  14     A.   YES.

01:44PM  15     Q.   AND IF I COULD CALL YOUR ATTENTION IN YOUR BINDER TO

01:44PM  16     DOCUMENT 7603.

01:45PM  17     A.   7603?

01:45PM  18     Q.   YES.  DO YOU HAVE A COPY OF THAT?  IT'S A THICK DOCUMENT

01:45PM  19     IF THAT HELPS YOU FIND IT.

01:45PM  20          MAY I APPROACH, YOUR HONOR?

01:45PM  21               THE COURT:  YES.

01:45PM  22     BY MR. WADE:

01:45PM  23     Q.   DO YOU HAVE 7603 IN FRONT OF YOU NOW?

01:45PM  24     A.   YES.

01:45PM  25     Q.   I PROMISE I WON'T ASK YOU TOO MANY QUESTIONS.

01:45PM   1         ARE YOU FAMILIAR WITH THIS DOCUMENT GENERALLY?

01:45PM   2    A.   GENERALLY.

01:45PM   3    Q.   OKAY.  AND WHAT DID I HAND YOU?

01:45PM   4    A.   ESSENTIALLY THESE ARE THE CENTER FOR MEDICAID AND MEDICAL

01:46PM   5    SERVICES, RULES AND RELATIONS AND POLICIES AROUND RUNNING A

01:46PM   6    CLINICAL LABORATORY.

01:46PM   7    Q.   THE DIFFERENT FEDERAL REGULATIONS THAT SET FORTH ALL OF

01:46PM   8    THE REQUIREMENTS FOR RUNNING A CLIA LAB?

01:46PM   9    A.   YES.

01:46PM   10   Q.   AND WERE YOU FAMILIAR WITH THESE REGULATIONS AT THE TIME

01:46PM   11   THAT YOU WORKED IN THE LAB?

01:46PM   12   A.   ROUGHLY, YES.  NOT ALL OF THEM BUT SOME OF THEM.

01:46PM   13   Q.   DID YOU REVIEW THEM?

01:46PM   14   A.   SOME OF THEM, BUT NOT ALL OF THEM.

01:46PM   15   Q.   OKAY.  AND JUST SO WE'RE CLEAR, I KNOW THAT SOME TIME HAS

01:46PM   16   PASSED SINCE YOU WORKED AT THE COMPANY, AND THE QUESTIONS THAT

01:46PM   17   I'M ASKING YOU, UNLESS I SPECIFY OTHERWISE, I AM FOCUSSED ON

01:46PM   18   YOUR KNOWLEDGE AT THE TIME THAT YOU WORKED FOR THE COMPANY,

01:46PM   19   OKAY?

01:46PM   20   A.   OKAY.

01:46PM   21   Q.   AND THERE'S A SET OF REGULATIONS THAT RELATE TO TESTING

01:46PM   22   PERSONNEL STANDARDS.

01:46PM   23        WERE YOU AWARE OF THAT?

01:47PM   24   A.   IN -- YES.

01:47PM   25   Q.   AT THE TIME YOU WERE WORKING AT THERANOS, WERE YOU AWARE

01:47PM  1    OF THE REGULATIONS THAT RELATED TO TESTING PERSONNEL STANDARDS?

01:47PM  2    A.   YES.

01:47PM  3    Q.   AND I TAKE IT YOU ALWAYS DID YOUR BEST TO COMPLY WITH THE

01:47PM  4    STANDARDS AND FOLLOW THEM?

01:47PM  5    A.   YES.

01:47PM  6    Q.   AND JUST FOR THE RECORD, WE'RE -- 7603 IS ABOUT 125 PAGES

01:47PM  7    OF REGULATIONS; IS THAT RIGHT?

01:47PM  8    A.   I CAN'T BE CERTAIN BECAUSE I CAN'T RECALL THEM, BUT, YES,

01:47PM  9    IT'S A LARGE DOCUMENT.

01:47PM  10   Q.   LET ME TRY TO MAKE IT EASIER FOR YOU.  IT'S STARTS ON

01:47PM  11   BATES LABEL 700; CORRECT?

01:47PM  12   A.   YES.

01:47PM  13   Q.   AND DO YOU SEE THAT IN THE BOTTOM RIGHT CORNER?

01:47PM  14   A.   YES.

01:47PM  15   Q.   AND THEN IT ENDS ON 822?

01:48PM  16   A.   YES.

01:48PM  17   Q.   SO MAYBE JUST OVER 120 PAGES OF REGULATIONS?

01:48PM  18   A.   YES.

01:48PM  19   Q.   AND MAY BE, WHAT, ABOUT EIGHT POINT FONT?

01:48PM  20   A.   YES.

01:48PM  21   Q.   I TAKE IT YOU DIDN'T MEMORIZE ALL OF THESE?

01:48PM  22   A.   NO.

01:48PM  23   Q.   BUT YOU KNEW THEY WERE THERE AND IF YOU HAD TO REFERENCE

01:48PM  24   THEM YOU COULD?

01:48PM  25   A.   YES.

01:48PM   1    Q.   WERE YOU AWARE AT THE TIME THAT YOU WERE WORKING AT THE

01:48PM   2    COMPANY THAT THERE WERE CERTAIN CREDENTIALS THAT YOU NEEDED TO

01:48PM   3    HOLD LEADERSHIP POSITIONS WITHIN CLIA?

01:48PM   4    A.   YES.

01:48PM   5    Q.   AND WHAT WERE THOSE CREDENTIALS?

01:48PM   6    A.   SO DEPENDING ON WHAT TYPE OF RESPONSIBILITIES AND WHAT

01:48PM   7    TYPE OF THINGS THAT YOU WERE ACCOMPLISHING, YOU NEEDED

01:48PM   8    DIFFERENT TYPES OF DEGREES.

01:48PM   9        SO, FOR EXAMPLE, FOR A LAB ASSOCIATE THERE ARE ONLY A

01:48PM   10   SUBSET OF RESPONSIBILITIES THAT THEY COULD HAVE.  THEY TEND TO

01:48PM   11   ONLY BE ABLE TO RUN A LOW COMPLEXITY TEST, AND YOU HAVE TO HAVE

01:48PM   12   A BACHELOR'S DEGREE.

01:48PM   13       THEN IF YOU ARE REVIEWING QUALITY CONTROLS OR GIVING

01:48PM   14   PATIENTS A SAMPLE, YOU HAVE TO BE A CLINICAL LAB SCIENTIST.

01:49PM   15   AND THERE ARE DIFFERENT QUALIFICATIONS THAT ALLOW DIFFERENT

01:49PM   16   TYPE OF PERSONNEL TO ENGAGE WITH MORE AND MORE COMPLEX

01:49PM   17   RESPONSIBILITIES.

01:49PM   18   Q.   AND DO YOU KNOW WHAT THE TOP LEVEL OF RESPONSIBILITY IS

01:49PM   19   WITHIN A LAB?

01:49PM   20   A.   I IMAGINE THAT'S THE MEDICAL DIRECTOR.

01:49PM   21   Q.   THE LAB DIRECTOR?

01:49PM   22   A.   THE LAB DIRECTOR.

01:49PM   23   Q.   OKAY.  AND THERE ARE SPECIFIC QUALIFICATIONS UNDER THE

01:49PM   24   REGULATIONS.  WERE YOU AWARE THAT THERE WERE SPECIAL

01:49PM   25   QUALIFICATIONS UNDER THE REGULATIONS FOR A LAB DIRECTOR?

01:49PM  1    A.   YES.

01:49PM  2    Q.   DID YOU KNOW WHAT THEY WERE?

01:49PM  3    A.   NO.

01:49PM  4    Q.   WHAT LEVEL -- AND I UNDERSTAND THESE QUALIFICATIONS ARE

01:49PM  5    LARGELY BASED UPON EXPERIENCE AND AGE AND THINGS LIKE THAT, BUT

01:49PM  6    WHAT LEVEL OF POSITION WERE YOU QUALIFIED FOR UNDER THE

01:49PM  7    REGULATIONS?

01:49PM  8    A.   A VERY LOW COMPLEXITY PROCESSING PATIENT SAMPLES, RUNNING

01:50PM  9    QC'S.  IT WAS THE BASIC OPERATIONS OF RUNNING LAB TESTS.

01:50PM 10    Q.   WELL, DON'T SELL YOURSELF SHORT.  YOU HAD TO HAVE A

01:50PM 11    FOUR-YEAR DEGREE AND A SCIENCE BACKGROUND; CORRECT?

01:50PM 12    A.   YES, A BACHELOR'S DEGREE.

01:50PM 13    Q.   YES.  WHICH YOU HAVE?

01:50PM 14    A.   YES.

01:50PM 15    Q.   AND WHEN YOU MOVED OVER TO THE LAB, I THINK YOU MENTIONED

01:50PM 16    THAT YOU ACTUALLY INTERACTED WITH DR. ROSENDORFF A BIT?

01:50PM 17    A.   YES.

01:50PM 18    Q.   AND YOU UNDERSTOOD THAT HE WAS THE LABORATORY DIRECTOR?

01:50PM 19    A.   YES.

01:50PM 20    Q.   AND DID YOU UNDERSTAND, BROADLY SPEAKING, THAT HE HAD SORT

01:50PM 21    OF ULTIMATE REGULATORY RESPONSIBILITY FOR THE LAB?

01:50PM 22    A.   YES.

01:50PM 23    Q.   AND ARE YOU AWARE THAT THERE ARE DIFFERENT CLASSIFICATIONS

01:51PM 24    OF LABS UNDER CLIA?

01:51PM 25    A.   NO.

01:51PM  1    Q.   AND HAVE YOU REFERRED TO THE TERM -- HAVE YOU EVER HEARD

01:51PM  2    THE TERM HIGH COMPLEXITY LAB?

01:51PM  3    A.   YES.

01:51PM  4    Q.   AND WHAT IS YOUR UNDERSTANDING ABOUT WHAT A HIGH

01:51PM  5    COMPLEXITY LAB IS?

01:51PM  6    A.   A HIGH COMPLEXITY LAB IS WHERE YOU'RE ABLE TO RUN HIGH

01:51PM  7    COMPLEXITY TESTS, AND THAT WOULD BE MY UNDERSTANDING OF WHAT

01:51PM  8    THAT IS.

01:51PM  9    Q.   AND DO YOU KNOW WHAT THE OTHER CATEGORIES OF LABS ARE?

01:51PM 10    A.   NO.

01:51PM 11    Q.   AND DO YOU KNOW WHAT KIND OF LAB THERANOS WAS?

01:51PM 12    A.   NO.

01:51PM 13    Q.   OKAY.  WOULD -- DO YOU RECALL IT BEING A HIGH COMPLEXITY

01:51PM 14    LAB?  DOES THAT HELP REFRESH YOUR RECOLLECTION?

01:51PM 15    A.   I COULDN'T BE CERTAIN.

01:51PM 16    Q.   OKAY.  AND AT THE TIME THAT YOU WERE WORKING IN THE LAB,

01:51PM 17    WERE YOU ALSO AWARE THAT THERE WERE STATE QUALIFICATIONS THAT

01:51PM 18    RELATED TO SOME OF THESE ISSUES AS WELL?

01:52PM 19    A.   I CAN'T, I CAN'T REMEMBER.

01:52PM 20    Q.   YOU DON'T RECALL THAT EVER COMING UP?

01:52PM 21    A.   YEAH.

01:52PM 22    Q.   OKAY.  DID, DID -- AT THE TIME YOU WERE WORKING AT THE

01:52PM 23    LAB, DID YOU HAVE A GENERAL UNDERSTANDING THAT A LAB DIRECTOR

01:52PM 24    NEEDED TO BE EITHER A MEDICAL DIRECTOR OR A PH.D. WITH CERTAIN

01:52PM 25    OTHER CREDENTIALS?

01:52PM   1    A.   YES.

01:52PM   2    Q.   A LOT OF EDUCATION TO GET TO THAT POSITION?

01:52PM   3    A.   YES.

01:52PM   4    Q.   AND A LOT OF SPECIALIZED TRAINING?

01:52PM   5    A.   YES.

01:52PM   6    Q.   AND YOU UNDERSTOOD THAT DR. ROSENDORFF HAD THAT

01:52PM   7    BACKGROUND?

01:52PM   8    A.   YES, THAT WAS MY UNDERSTANDING.

01:52PM   9    Q.   AND YOU THOUGHT HIGHLY OF DR. ROSENDORFF?

01:52PM   10   A.   YES.

01:52PM   11   Q.   AND ARE YOU AWARE THAT UNDER THE REGULATIONS IT WAS --

01:52PM   12   THERE ARE PARTICULAR PEOPLE WHO HAVE RESPONSIBILITY FOR

01:53PM   13   ENSURING THE ACCURACY AND RELIABILITY OF TESTS?

01:53PM   14   A.   CAN YOU REPEAT THAT QUESTION?

01:53PM   15   Q.   YES.  OF COURSE.

01:53PM   16        ARE YOU AWARE THAT UNDER THE CLIA REGULATIONS THERE ARE

01:53PM   17   CERTAIN -- THERE'S A CERTAIN PERSON WITHIN THE LAB WHO HAS

01:53PM   18   RESPONSIBILITY FOR ENSURING THE ACCURACY AND RELIABILITY OF

01:53PM   19   TESTS?

01:53PM   20   A.   NO, I DIDN'T KNOW IT WAS A CERTAIN PERSON.

01:53PM   21   Q.   OKAY.  AND DID YOU KNOW THAT TESTS HAD TO BE VERIFIED AND

01:53PM   22   VALIDATED BEFORE THEY COULD BE OFFERED IN A LAB?

01:53PM   23   A.   YES.

01:53PM   24   Q.   OKAY.  DO YOU KNOW ULTIMATELY WHOSE RESPONSIBILITY IT WAS

01:53PM   25   TO ENSURE THAT A TEST WAS VERIFIED AND VALIDATED?

01:53PM  1   A.   MY UNDERSTANDING WAS THAT IT WAS THERANOS, THE

01:53PM  2   ORGANIZATION.

01:53PM  3   Q.   OKAY.  WELL, LET ME SEE IF I CAN REFRESH YOUR

01:53PM  4   RECOLLECTION.  IF YOU WOULD TURN TO THE PAGE ENDING 792.

01:54PM  5   A.   792?

01:54PM  6   Q.   ACTUALLY 791 WILL HELP ORIENT YOU A LITTLE BIT.

01:54PM  7        AND IF YOU COULD JUST TAKE A MINUTE --

01:54PM  8   A.   OH.

01:54PM  9   Q.   -- AND READ -- DO YOU SEE WHERE IT SAYS SECTION 493.1445?

01:54PM  10  A.   I DON'T HAVE THIS DOCUMENT.

01:54PM  11  Q.   OH, I'M SORRY.  I'M STILL ON EXHIBIT 7603.

01:54PM  12  A.   OKAY.

01:54PM  13  Q.   AND I'M ON THE BATES LABELLED ON THE BOTTOM WHICH SAYS 791

01:54PM  14  OR WITHIN THE REGULATIONS ITSELF IT'S PAGE 636.

01:54PM  15  A.   OKAY.

01:54PM  16  Q.   ARE YOU ON PAGE 636 IN THE MIDDLE?

01:55PM  17  A.   YES.

01:55PM  18  Q.   AND DO YOU SEE THE HEADING THERE SECTION 493.1445?

01:55PM  19  A.   YES.

01:55PM  20  Q.   OKAY.  AND JUST TAKE A MINUTE AND READ THAT SECTION UP

01:55PM  21  THROUGH NUMBER 4 ON THE FOLLOWING PAGE.

01:55PM  22           THE COURT:  READ IT TO HERSELF?

01:55PM  23  BY MR. WADE:

01:55PM  24  Q.   TO YOURSELF.  AND WE'LL SEE IF THAT REFRESHES YOUR

01:55PM  25  RECOLLECTION.

01:56PM   1            (PAUSE IN PROCEEDINGS.)

01:56PM   2               THE WITNESS:  AND YOU SAID UP TO 4?

01:56PM   3    BY MR. WADE:

01:56PM   4    Q.   YEAH.  IF YOU COULD JUST READ ALL OF 3 AND STOP.  LET ME

01:56PM   5    KNOW WHEN YOU'RE DONE.

01:56PM   6    A.   I'VE FINISHED.

01:56PM   7    Q.   OKAY.  AND LOOKING AT THIS, DOES THIS RECOLLECTION YOUR

01:56PM   8    RECOLLECTION AS TO WHICH PERSON HAS RESPONSIBILITY UNDER THE

01:56PM   9    REGULATIONS FOR ENSURING THAT TESTS ARE ACCURATE AND RELIABLE?

01:56PM  10    A.   THIS WOULD BE THE MEDICAL DIRECTOR OF --

01:56PM  11    Q.   OR THE LABORATORY DIRECTOR?

01:56PM  12    A.   THE LABORATORY DIRECTOR.

01:56PM  13    Q.   OKAY.  AND IN ADDITION TO THE LAB -- I'M SORRY.  I'LL

01:56PM  14    STRIKE THAT.

01:56PM  15         IN DOING THAT, WERE YOU AWARE OF A PROCESS WITHIN THE

01:57PM  16    THERANOS CLIA LAB, THAT THE LAB WENT TO, TO GET ITSELF

01:57PM  17    COMFORTABLE AND ENSURE THAT THE TEST WAS ACCURATE AND RELIABLE

01:57PM  18    AND READY TO BE OFFERED TO A PATIENT BEFORE IT WAS OFFERED TO A

01:57PM  19    PATIENT?

01:57PM  20    A.   CAN YOU REPEAT THAT QUESTION?

01:57PM  21    Q.   SURE.  LET ME PROVIDE A LITTLE DIRECTION.

01:57PM  22         DO YOU RECALL TALKING ABOUT THE VALIDATION PROCESS WITHIN

01:57PM  23    THE CLIA LAB?

01:57PM  24    A.   YES.

01:57PM  25    Q.   AND WAS THAT A PROCESS BY WHICH THE COMPANY -- THE

01:57PM 1    LABORATORY PROFESSIONALS PERFORMED CERTAIN FUNCTIONS TO ENSURE

01:57PM 2    THAT THE TEST WAS SUFFICIENTLY ACCURATE AND RELIABLE AND THAT

01:57PM 3    IT COULD BE USED ON PATIENTS?

01:57PM 4    A.   SO FOR CLARIFICATION, THE VALIDATION STUDIES WERE

01:57PM 5    CONDUCTED PRIOR TO ESSENTIALLY ASSESS WHAT THE ACCURACY AND

01:57PM 6    RELIABILITY OF THE TESTS WERE.

01:57PM 7    Q.   AND THEN ONLY ONCE THEY HIT A CERTAIN STANDARD WOULD THEY

01:58PM 8    BE APPROPRIATE FOR USE IN THE CLIA LAB ON PATIENTS; CORRECT?

01:58PM 9    A.   CORRECT.

01:58PM 10   Q.   AND THERE WAS A WAY THAT THE COMPANY WENT ABOUT

01:58PM 11   DOCUMENTING THAT.

01:58PM 12       DO YOU RECALL THAT?

01:58PM 13   A.   YES.

01:58PM 14   Q.   AND WHAT WERE THE DOCUMENTS THAT THEY USED?

01:58PM 15   A.   SO THE DOCUMENTS THAT THEY USED, SO THERE WERE VALIDATION

01:58PM 16   REPORTS, AND THEN IN ADDITION TO THAT THERE WERE STANDARD

01:58PM 17   OPERATING PROCEDURES.  ONCE IT WAS APPROVED THAT YOU WOULD BE

01:58PM 18   ABLE TO, BE ABLE TO RUN THE THERANOS DEVELOPED TESTS.

01:58PM 19   Q.   AND WERE THOSE DOCUMENTS THAT YOU WERE FAMILIAR WITH WHILE

01:58PM 20   YOU WERE WORKING AT THE COMPANY?

01:58PM 21   A.   I WAS FAMILIAR WITH THE STANDARD OPERATING PROCEDURES AND

01:58PM 22   THEN HAD SEEN BUT WASN'T NECESSARILY SUPER CLOSE TO THE

01:58PM 23   VALIDATION REPORTS.

01:58PM 24   Q.   THE VALIDATION REPORT WAS SORT OF A GATEWAY DOCUMENT, IF

01:58PM 25   YOU WILL, BEFORE THE TEST COULD BE OFFERED?

01:58PM  1    A.   YES.

01:58PM  2    Q.   AND THEN ONCE IT WAS DEEMED SAFE, THE COMPANY WOULD HAVE

01:59PM  3    TO CREATE AN SOP TO EXPLAIN TO LAB ASSOCIATES HOW TO ACTUALLY

01:59PM  4    OPERATE THE TEST WITHIN THE LAB; IS THAT RIGHT?

01:59PM  5    A.   THAT IS CORRECT.

01:59PM  6    Q.   AND THERE WAS A POINT IN TIME WHERE I BELIEVE THAT

01:59PM  7    DR. PANDORI ASKED FOR YOUR ASSISTANCE TO HELP GET THOSE

01:59PM  8    PERFECTLY ACCURATE; IS THAT RIGHT?

01:59PM  9    A.   THAT IS CORRECT.

01:59PM  10   Q.   OKAY.  I'LL SHOW YOU A COUPLE OF THOSE IN A MINUTE.  THAT

01:59PM  11   MIGHT HELP REFRESH YOUR RECOLLECTION.

01:59PM  12        BEFORE I GET TO THAT, IN ADDITION TO THE FOLKS IN THE LAB

01:59PM  13   WHO WERE FORMALLY ASSIGNED TO THE LAB, I THINK YOU MENTIONED

01:59PM  14   DR. DANIEL YOUNG ON SOME OF YOUR DIRECT TESTIMONY.

01:59PM  15        DO YOU RECALL THAT?

01:59PM  16   A.   YES.

01:59PM  17   Q.   AND DID -- DR. YOUNG HAD A PH.D.?

01:59PM  18   A.   YES.

01:59PM  19   Q.   AND DO YOU RECALL WHERE HE GOT HIS PH.D. FROM?

01:59PM  20   A.   FROM M.I.T.

01:59PM  21   Q.   AND MASSACHUSETTS INSTITUTE OF TECHNOLOGY?

01:59PM  22   A.   MASSACHUSETTS INSTITUTE OF TECHNOLOGY.

01:59PM  23   Q.   THAT'S THE "GOOD WILL HUNTING SCHOOL."

01:59PM  24   A.   I DON'T REMEMBER, BUT YEAH.

01:59PM  25   Q.   IT'S A GREAT MOVIE.  YOU SHOULD SEE IT SOME TIME.

02:00PM  1             (LAUGHTER.)

02:00PM  2     BY MR. WADE:

02:00PM  3     Q.   DO YOU RECALL WHAT HIS DEGREE WAS IN?

02:00PM  4     A.   IT WAS IN ENGINEERING, I BELIEVE.  I REMEMBER READING HIS

02:00PM  5     DISSERTATION, SO I BELIEVE IT WAS IN ENGINEERING, BUT I DON'T

02:00PM  6     KNOW THE SPECIFICITY OF WHAT TYPE OF ENGINEERING.

02:00PM  7     Q.   AND WHAT WAS HIS DISSERTATION IN?

02:00PM  8     A.   I DON'T REMEMBER.

02:00PM  9     Q.   SOMETHING COMPLICATED?

02:00PM  10    A.   FAIRLY COMPLICATED.

02:00PM  11    Q.   AND DID DR. YOUNG LEAD UP A GROUP OF STATISTICIANS IN A

02:00PM  12    BIOSTATISTICAL ANALYSIS GROUP?

02:00PM  13    A.   YES.

02:00PM  14    Q.   OKAY.  AND DO YOU RECALL HOW MANY PEOPLE WORKED IN THAT

02:00PM  15    GROUP?

02:00PM  16    A.   I ONLY INTERFACED WITH ONE OF THEM, SO I DON'T KNOW HOW

02:00PM  17    LARGE THE GROUP WAS.  BUT I REMEMBER ONE STATISTICIAN.

02:00PM  18    Q.   AND WHO WAS THAT?

02:00PM  19    A.   KARTHIK.

02:00PM  20    Q.   SO YOU INTERACTED, IN ADDITION TO MR. YOUNG, YOU ALSO

02:01PM  21    INTERACTED WITH KARTHIK.

02:01PM  22         WHAT WAS KARTHIK'S LAST NAME?

02:01PM  23    A.   I DON'T REMEMBER WHAT HIS LAST NAME WAS.

02:01PM  24    Q.   OKAY.  AND THEY WOULD INTERACT IN THE CLIA LAB FROM TIME

02:01PM  25    TO TIME?

02:01PM   1    A.   EVERY ONCE IN A WHILE, YES.

02:01PM   2    Q.   OKAY.  NOW, WE TALKED A LITTLE BIT ABOUT THE CLIA

02:01PM   3    VALIDATION REPORTS.

02:01PM   4         DO YOU RECALL THAT?

02:01PM   5    A.   YES.

02:01PM   6    Q.   AND YOU TESTIFIED ON DIRECT, I THINK, SOMEWHERE ALONG THE

02:01PM   7    LINES OF THE ASSAY DEVELOPMENT WOULD START IN R&D, AND THEN IT

02:01PM   8    WOULD MAKE ITS WAY OVER TO CLIA ONCE IT WAS SUFFICIENTLY

02:01PM   9    RELIABLE AND ACCURATE; IS THAT CORRECT?

02:01PM  10    A.   THAT IS CORRECT.

02:01PM  11    Q.   AND THEN YOU WOULD GO THROUGH THAT VALIDATION PROCESS.

02:01PM  12         DO YOU RECALL THAT?

02:01PM  13    A.   GO THROUGH THE VALIDATION --

02:01PM  14    Q.   -- PROCESS AND DOCUMENT IT IN A VALIDATION REPORT?  WE

02:02PM  15    JUST TALKED ABOUT THAT.

02:02PM  16    A.   YES.

02:02PM  17    Q.   OKAY.  AND DO YOU RECALL THERE BEING DOCUMENTS THAT WERE

02:02PM  18    CREATED BY THE R&D GROUP THAT RELATED TO THE WORK THAT THEY DID

02:02PM  19    ON THE ASSAYS?

02:02PM  20    A.   YES.

02:02PM  21    Q.   OKAY.  AND DO YOU REMEMBER WHAT THEY WERE CALLED?

02:02PM  22    A.   I DON'T REMEMBER THE SPECIFIC NAME, NO.

02:02PM  23    Q.   OKAY.  LET ME ASK YOU TO LOOK AT DX 9397.

02:02PM  24         AND WHAT IS THIS DOCUMENT?

02:02PM  25    A.   THIS DOCUMENT IS THE THYROID STIMULATING HORMONE, OR TSH,

02:02PM   1    ASSAY DEVELOPMENT REPORT.

02:03PM   2    Q.   AND WHAT IS THE DATE OF THE DOCUMENT?

02:03PM   3    A.   IT IS APRIL 4TH, 2011.

02:03PM   4    Q.   AND THIS WAS A DOCUMENT PREPARED BY MS. NOYES?

02:03PM   5    A.   YES.

02:03PM   6    Q.   AND IS IT DR. NOYES?

02:03PM   7    A.   I DON'T REMEMBER.

02:03PM   8    Q.   MS. NOYES PREPARED THIS DOCUMENT.

02:03PM   9         AND I BELIEVE YOU MENTIONED THAT YOU WORKED ON THIS ASSAY

02:03PM   10   A BIT AS WELL?

02:03PM   11   A.   YES.

02:03PM   12   Q.   AND SO WOULD YOU HAVE REVIEWED THIS DOCUMENT IN CONNECTION

02:03PM   13   WITH YOUR WORK?

02:03PM   14   A.   I DIDN'T READ THIS DOCUMENT IN CONNECTION TO MY WORK, THE

02:03PM   15   ASSAY DEVELOPMENT REPORT FOR TSH, BECAUSE I MOSTLY WORKED ON

02:03PM   16   VITAMIN D IN CONNECTION TO THE ASSAY DEVELOPMENT REPORT.

02:03PM   17   Q.   OKAY.  SO YOU DON'T RECALL -- MOST OF YOUR WORK WITHIN R&D

02:03PM   18   WAS WITH VITAMIN D?

02:03PM   19   A.   WITH VITAMIN D, HEPATITIS B, AND A COUPLE OF OTHER

02:03PM   20   DIFFERENT ASSAYS.  IT JUST DEPENDS.

02:04PM   21        WE GOT ASSIGNED DIFFERENT ASSAYS DEPENDING ON WHAT WAS

02:04PM   22   PRIORITY AT GIVEN DIFFERENT POINTS IN TIME.

02:04PM   23   Q.   SO IF YOU WORKED IN CONNECTION WITH R&D, THEN YOU MIGHT

02:04PM   24   SEE A REPORT OF THIS KIND?

02:04PM   25   A.   YES.

CHEUNG CROSS BY MR. WADE

02:04PM  1   Q.   BUT YOU DIDN'T WORK IN THAT CAPACITY ON TSH; IS THAT

02:04PM  2   RIGHT?

02:04PM  3   A.   NOT TO THE POINT WHERE I WOULD HAVE SEEN THIS ASSAY

02:04PM  4   DEVELOPMENT REPORT, NO.

02:04PM  5   Q.   OKAY.  WELL, LET ME SHOW YOU A COUPLE OF OTHERS AND SEE IF

02:04PM  6   YOU'RE FAMILIAR WITH THOSE.

02:04PM  7        CAN WE LOOK AT 9048.

02:04PM  8        DO YOU SEE THAT DOCUMENT?

02:04PM  9   A.   YES.

02:04PM 10   Q.   AND WHAT IS THAT DOCUMENT?

02:04PM 11   A.   VITAMIN B12 ASSAY DEVELOPMENT REPORT.

02:05PM 12   Q.   OKAY.  DID YOU DO ANY WORK ON VITAMIN B12?

02:05PM 13   A.   I MAY HAVE RUN A COUPLE EXPERIMENTS BUT NOT EXTENSIVELY.

02:05PM 14   Q.   OKAY.  DID YOU HAVE ANY OCCASION TO LOOK AT THE

02:05PM 15   VITAMIN B12 ASSAY DEVELOPMENT REPORT?

02:05PM 16   A.   NOT THAT I CAN RECALL.

02:05PM 17   Q.   OKAY.  AND THIS DOCUMENT IS DATED 2013?

02:05PM 18   A.   YES.

02:05PM 19   Q.   AND YOU SAW THE LAST ONE WAS DATED 2011?

02:05PM 20   A.   YES.

02:05PM 21   Q.   AND SO THESE CHRONOLOGICALLY ARE DOCUMENTS, JUST FROM A

02:05PM 22   PROCESS STANDPOINT, THAT DOCUMENT ALL OF THE WORK THAT IS DONE

02:05PM 23   UP TO THE POINT WHERE IT SHIFTS OVER TO CLIA?

02:05PM 24   A.   YES.

02:05PM 25   Q.   OKAY.  AND THAT WAS A FAIR AMOUNT OF WORK, WAS IT NOT?

02:05PM 1    A.   YES.

02:05PM 2    Q.   AND CAN YOU JUST TELL US FROM A PROCESS STANDPOINT ALL THE

02:05PM 3    WORK THAT WAS DONE BY THE R&D GROUP ON, SAY, VITAMIN D GROUP

02:05PM 4    BEFORE IT WENT TO CLIA?

02:05PM 5    A.   YES.  SO IN TERMS OF THE PROCESS THAT THEY HAVE TO

02:05PM 6    UNDERGO, THERE IS FIRST THE ASSAY DEVELOPMENT.  SO YOU WOULD

02:05PM 7    HAVE TO COME UP WITH THE ACTUAL ASSAYS FOR VITAMIN D.  WHAT IS

02:05PM 8    THE TEST?  WHAT -- HAVE YOU SEEN ALREADY ON THE MARKET FOR,

02:06PM 9    SAY, AN ELISA TEST?

02:06PM 10        SO THERE WERE SCIENTISTS THAT ESSENTIALLY WOULD DO THE

02:06PM 11   ASSAY DEVELOPMENT TO TRY AND FIGURE OUT, YOU KNOW, WHAT TYPE OF

02:06PM 12   REAGENTS DO WE NEED TO USE, WHAT DOES THE PROCESS LOOK LIKE IN

02:06PM 13   ORDER TO RUN AN ELISA FOR VITAMIN D.

02:06PM 14        SO ONCE YOU DO AN ASSAY DEVELOPMENT, THEN IT'S THE

02:06PM 15   CONVERSION OF THAT PARTICULAR ASSAY ON THE EDISON SYSTEM.  AND

02:06PM 16   THE SPECIFICS OF THE CARTRIDGE FORMAT, OF THE DILUTION BASED ON

02:06PM 17   THE NANOTAINER, WHAT TYPE OF, YOU KNOW, COATING DO YOU NEED TO

02:06PM 18   USE IN TERMS OF THE COLLECTION, IS IT JUST SERA, IS IT EDTA, IS

02:06PM 19   IT HEPARIN.

02:06PM 20        AND SO THERE'S A MULTITUDE OF DIFFERENT EXPERIMENTS THAT

02:06PM 21   YOU RUN.  THERE ARE MATRIX STUDIES TO SEE HOW THE FORMULATION

02:06PM 22   AFFECTS THE CONCENTRATION OF THE SAMPLE THAT YOU'RE

02:06PM 23   SPECIFICALLY TARGETING.

02:07PM 24        BECAUSE WE WERE RUNNING FINGERSTICK OVER VENOUS DREW, WHAT

02:07PM 25   IS THE COMPARABLE BETWEEN THE FINGERSTICK AND THE VENOUS DRAW?

02:07PM 1        SO THE ASSAY DEVELOPMENT, THE CONVERSION TO THE EDISON,

02:07PM 2    RIGHT, AND THE FORMAT OF THE EDISON.

02:07PM 3        THEN ONCE YOU KIND OF HAVE THAT PROCESS, THEN YOU GO TO

02:07PM 4    THE ASSAY DEVELOPMENT REPORT WHERE YOU RUN A SERIES OF

02:07PM 5    DIFFERENT EXPERIMENTS.

02:07PM 6        SO YOU RUN THINGS LIKE PRECISION.  HOW MANY TIMES ARE WE

02:07PM 7    GETTING CLOSE TO THE SAME ANSWER CONSISTENTLY OVER A PERIOD OF

02:07PM 8    TIME?  YOU KNOW, WHAT IS THE STABILITY OF IT?  WHAT IS THE

02:07PM 9    SENSITIVITY?  WHAT IS THE SPECIFICITY?  WHAT IS THE ACCURACY?

02:07PM 10   HOW DOES THE FINGERSTICK VERSUS THE VENOUS DRAW COMPARE TO ONE

02:07PM 11   ANOTHER?

02:07PM 12       SO THERE ARE A WHOLE MULTITUDE OF TESTS THAT YOU RUN FOR

02:07PM 13   THE VALIDATION OF THAT.

02:07PM 14       AND THEN THERE WERE LOTS OF NEW DEVELOPMENTS THAT WERE

02:07PM 15   HAPPENING BECAUSE EVEN SAY THE BLOOD COLLECTION THAT WE WERE

02:07PM 16   UTILIZING AT THERANOS, THEY HAD DIFFERENT ITERATIONS.  SO YOU

02:07PM 17   WOULD HAVE TO TEST AND SAY, OKAY, IF WE'RE DOING THE VERSION 1

02:07PM 18   OF THE BLOOD COLLECTION DEVICE VERSUS THE VERSION 2, HOW DO

02:08PM 19   THOSE STACK UP TO ONE ANOTHER?  ARE THERE DIFFERENCES VERSUS,

02:08PM 20   YOU KNOW, THE THIRD OR WHATEVER ELSE?

02:08PM 21       SO THERE WAS A WEALTH OF DIFFERENT EXPERIMENTS THAT WERE

02:08PM 22   RUN IN CONNECTION TO THE GENERATION OF ONE PARTICULAR TEST IN

02:08PM 23   THIS CASE FOR THE EDISON DEVICES.

02:08PM 24   Q.   AND THAT SOUNDS LIKE A LOT OF WORK.

02:08PM 25   A.   IT IS A LOT OF WORK.

02:08PM  1    Q.   IT TAKE PLACE OVER YEARS -- MONTHS IF NOT YEARS; CORRECT?

02:08PM  2    A.   DEPENDING ON THE ASSAY, YEAH.  IT CAN DEPEND ON HOW THE

02:08PM  3    ASSAY IS, YES.

02:08PM  4    Q.   AND MANY OF THESE ASSAYS THAT THIS R&D GROUP WAS WORKING

02:08PM  5    ON WAS -- WEREN'T -- DID NOT EXIST IN SMALL SAMPLES PREVIOUSLY;

02:08PM  6    CORRECT?

02:08PM  7    A.   DIDN'T?

02:08PM  8    Q.   IT WAS A BAD QUESTION.  LET ME TRY AGAIN.

02:08PM  9         MANY OF THE ASSAYS THAT WERE BEING OFFERED THAT WERE BEING

02:09PM  10   DEVELOPED IN RESEARCH AND DEVELOPMENT HAD NEVER BEEN DEVELOPED

02:09PM  11   ON A SMALL SAMPLE BEFORE; CORRECT?

02:09PM  12   A.   SO -- CAN YOU REPHRASE THAT ONE MORE TIME.

02:09PM  13   Q.   YEAH.  LET ME BREAK IT INTO SOME PIECES.

02:09PM  14        WE'RE TALKING ABOUT THE R&D ASSAY DEVELOPMENT WORK?

02:09PM  15   A.   RIGHT.  OKAY.

02:09PM  16   Q.   AND WHAT THEY WERE TRYING TO DO IS DEVELOP SMALL SAMPLE

02:09PM  17   ASSAYS; RIGHT?

02:09PM  18   A.   YES.

02:09PM  19   Q.   AND MANY OF THE ASSAYS THAT THEY WERE WORKING ON, THERE

02:09PM  20   WAS NOT A SMALL SAMPLE ASSAY THAT EXISTED IN THE MARKET

02:09PM  21   PREVIOUSLY; RIGHT?

02:09PM  22        MR. BOSTIC:  OBJECTION.  602, YOUR HONOR.

02:09PM  23        THE COURT:  YOU'RE ASKING IF SHE HAS PERSONAL

02:09PM  24   KNOWLEDGE OF THIS IN THE INDUSTRY?

02:09PM  25        MR. WADE:  ALL OF THESE QUESTIONS ABOUT HER

02:09PM   1    KNOWLEDGE WHILE AT THERANOS.

02:09PM   2                    THE COURT:  DID YOU UNDERSTAND THE QUESTION?

02:09PM   3                    THE WITNESS:  I DID UNDERSTAND IT.

02:09PM   4                    THE COURT:  OKAY.  YOU CAN ANSWER IT.

02:09PM   5                    THE WITNESS:  SO THERE WERE.  FOR EXAMPLE, FOR

02:09PM   6    GENERAL CHEMISTRY THERE ARE POINT OF CARE DIAGNOSTICS THAT DO

02:09PM   7    EXIST.  SO THERE WAS THE ISTAT, I-S-T-A-T, THAT DID EXIST.

02:10PM   8         AND GENERAL CHEMISTRY HAS THIS.  AND THIS IS SOMETHING

02:10PM   9    THAT YOU USE ON EMERGENCY VEHICLES, FOR EXAMPLE, IN ORDER TO

02:10PM  10    QUICKLY BE ABLE TO DIAGNOSE A PATIENT.

02:10PM  11         SOMETIMES YOU'LL HAVE THEM ESPECIALLY FOR ANYTHING RELATED

02:10PM  12    TO DIABETES.  I DON'T REMEMBER THE NAME OF THE MACHINE, BUT

02:10PM  13    THERE ARE WAYS THAT YOU CAN RUN A1C OR DIFFERENT GLUCOSE TESTS

02:10PM  14    BASED ON A FINGERSTICK.

02:10PM  15         SO THERE ARE A COUPLE OF MANUFACTURES THAT DO OFFER POINT

02:10PM  16    OF CARE DEVICES.

02:10PM  17         THERE WAS ANOTHER ONE -- THERE ARE A LOT OF SMALL

02:10PM  18    COMPANIES THAT DO THIS.  SO THERE WAS ONE FOR TPSA OUT OF

02:10PM  19    NEW YORK.  THERE WERE A HANDFUL OF COMPANIES THAT WERE

02:10PM  20    PROVIDING POINT OF CARE DIAGNOSTICS EVEN AT THAT TIME.

02:10PM  21         BUT THERE WERE -- YEAH.

02:10PM  22    BY MR. WADE:

02:10PM  23    Q.   AND MANY OF THEM, LIKE THE GLUCOSE MONITORS, FOR EXAMPLE,

02:10PM  24    MANY OF THEM ARE FOCUSSED ON SINGLE DISCRETE ASSAYS.

02:10PM  25         AND THERANOS WAS TRYING TO DEVELOP A WHOLE RANGE OF

02:10PM   1     ASSAYS; RIGHT?

02:10PM   2     A.   YES.   THE ISTAT CAN DO A WHOLE PANEL OF VARIOUS CHEMISTRY

02:11PM   3     ASSAYS SIMILAR TO WHAT THERANOS WAS ATTEMPTING TO DO WITH THEIR

02:11PM   4     CHEMISTRY PANELS.

02:11PM   5         BUT THE GLUCOSE MONITORING ONES ARE JUST, YES, DISCRETE

02:11PM   6     ONE ASSAY.

02:11PM   7     Q.   OKAY.   AND THE PROCESS THAT YOU WERE JUST DESCRIBING WHERE

02:11PM   8     ALL OF THAT WORK WAS DONE AND THE COMPARISONS WITH DIFFERENT

02:11PM   9     METHODS WERE DONE AND YOU WERE LOOKING AT THE SAMPLE, ALL OF

02:11PM   10    THAT WORK WAS DONE FOR EVERY ASSAY?

02:11PM   11    A.   YES.

02:11PM   12    Q.   AND THEN DOCUMENTED IN A REPORT?

02:11PM   13    A.   YES.

02:11PM   14    Q.   OKAY.   AND IT WAS ONLY ONCE IT SORT OF CLEARED THAT HURDLE

02:11PM   15    THAT WE WOULD GET TO THE CLIA VALIDATION; RIGHT?

02:11PM   16    A.   BEING ABLE TO INTEGRATE IT INTO THE CLINICAL LAB, YES.

02:11PM   17    Q.   AND IN THAT CLINICAL VALIDATION PROCESS -- NOW, AGAIN,

02:11PM   18    THIS IS A COMPLETELY SEPARATE PROCESS WHERE YOU THEN TRY TO PUT

02:12PM   19    INTO THE CLIA LAB AND TO ENSURE IT'S SAFE FOR PATIENT USE;

02:12PM   20    RIGHT?

02:12PM   21    A.   CORRECT.

02:12PM   22    Q.   AND EXPLAIN TO US THAT SEPARATE PROCESS THAT HAPPENS AFTER

02:12PM   23    THE R&D PROCESS?

02:12PM   24    A.   SO THAT SEPARATE PROCESS IS ESSENTIALLY ONCE WE GET THE

02:12PM   25    OKAY FOR BEING ABLE TO START RUNNING PATIENTS UTILIZING THE

02:12PM   1    EDISON DEVICES, RIGHT, LET'S JUST USE VITAMIN D AS AN EXAMPLE,

02:12PM   2    THERE ARE CERTAIN REQUIREMENTS THAT YOU HAVE TO HAVE IN ORDER

02:12PM   3    TO ACTUALLY RUN PATIENT SAMPLES.  SO IT'S THINGS LIKE MAKING

02:12PM   4    SURE THAT YOU HAVE A QUALITY CONTROL INFRASTRUCTURE SET UP.

02:12PM   5         SO HOW MANY QUALITY CONTROLS DO RUN?  HOW OFTEN DO YOU

02:12PM   6    RUN?  WHAT TYPES OF ISSUES ARE FLAGGED?  IF THERE ARE FAILURES,

02:12PM   7    HOW DO YOU RESOLVE THEM?  HOW DO YOU TROUBLESHOOT THEM?

02:12PM   8         THERE IS ALSO A LOT OF REAGENT CONTROL THAT YOU HAVE TO

02:13PM   9    CONDUCT IN ORDER TO PROPERLY HAVE IT SET UP IN THE CLIA LAB

02:13PM  10    BECAUSE THAT INFORMATION HAS TO BE RECORDED IN THE EVENT THAT

02:13PM  11    THERE'S AN INSPECTION ON CLIA.

02:13PM  12         THERE HAS TO BE PROPER TRAINING RECORDS AS WELL BECAUSE IF

02:13PM  13    CLIA DOES -- OR CMS DOES AN INSPECTION, YOU HAVE TO ENSURE THAT

02:13PM  14    PEOPLE ARE PROPERLY TRAINED APPROPRIATELY FOR CONDUCTING

02:13PM  15    CERTAIN TYPES OF TESTS.

02:13PM  16         SO ESSENTIALLY THERE'S A WHOLE ARRAY OF INFRASTRUCTURE YOU

02:13PM  17    HAVE TO SET UP SPECIFICALLY FOR PROCESSING PATIENT SAMPLES IN A

02:13PM  18    CLINICAL LAB.

02:13PM  19    Q.   AND THOSE PROCESSES ARE BOTH SPECIFIC TO A PARTICULAR

02:13PM  20    ASSAY; RIGHT?

02:13PM  21    A.   YES.

02:13PM  22    Q.   AND THEN THERE'S A WHOLE ANOTHER SET OF PROCEDURES THAT

02:13PM  23    RELATE TO THE GENERAL OPERATIONAL LAB?

02:13PM  24    A.   YES.

02:13PM  25    Q.   AND THE LAB DIRECTOR IMPLEMENTS ALL OF THOSE DIFFERENT

02:14PM   1     PROCESSES AND PROCEDURES?

02:14PM   2     A.   ARE YOU ASKING IN THE CONTEXT OF HOW THEY WERE OPERATED AT

02:14PM   3     THERANOS OR IN THE CONTEXT OF JUST GENERALLY?

02:14PM   4     Q.   UNDER THE CLIA LAB, THE LAB DIRECTOR IS SUPPOSED TO SET UP

02:14PM   5     ALL OF THESE PROCESSES AND PROCEDURES OF THE KIND THAT YOU'VE

02:14PM   6     TALKED ABOUT; RIGHT?

02:14PM   7     A.   YES.

02:14PM   8     Q.   AND I WANT TO FOCUS -- YOUR WORK IN VALIDATING THOSE

02:14PM   9     ASSAYS IN THE CLIA LAB WAS FOCUSSED ON THE IMMUNOASSAYS; RIGHT?

02:14PM  10     A.   YES.

02:14PM  11     Q.   AND THERE WAS A SEPARATE CLINICAL VALIDATION IN PROCESS

02:14PM  12     FOR THE OTHER TYPES OF ASSAYS?

02:14PM  13     A.   CORRECT.

02:14PM  14     Q.   BUT YOU WEREN'T INVOLVED IN THAT?

02:14PM  15     A.   NOT IN THE VALIDATION, NO.

02:14PM  16     Q.   OKAY.  LET ME LOOK -- AND THE PROCESS THAT YOU JUST

02:14PM  17     DESCRIBED I THINK YOU SAID WAS DOCUMENTED IN A VALIDATION

02:15PM  18     REPORT; RIGHT?

02:15PM  19     A.   WHICH PROCESS?

02:15PM  20     Q.   THE CLIA VALIDATION PROCESS OF AN ASSAY?

02:15PM  21     A.   SO THERE'S THE ASSAY VALIDATION IN TERMS OF THE APPROVAL

02:15PM  22     OF WHETHER THIS IS AN ACCURATE, PRECISE, ADEQUATE TEST; AND

02:15PM  23     THEN THE SORT OF CLIA PROCEDURES OF SETTING UP THE QC

02:15PM  24     INFRASTRUCTURE, AND HOW TO TROUBLESHOOT CERTAIN ISSUES THAT

02:15PM  25     ARISE, UNDERSTANDING CLINICAL RANGES AND THINGS OF THAT NATURE,

02:15PM  1    THAT'S A SEPARATE DOCUMENT THAT WOULD TYPICALLY BE ARTICULATED

02:15PM  2    IN THE STANDARD OPERATING PROCEDURE.

02:15PM  3    Q.   OKAY.  AND WE'LL TALK ABOUT SOME OF THOSE HERE A BIT.

02:15PM  4         LET ME START WITH THE PARTICULAR ASSAY RELATED PROVISIONS.

02:15PM  5    A.   OKAY.

02:15PM  6    Q.   SO WERE THERE STANDARDS FOR THE ACCURACY OF A PARTICULAR

02:15PM  7    ASSAY?

02:15PM  8    A.   YES.

02:15PM  9    Q.   AND WHAT WERE THOSE STANDARDS?

02:15PM  10   A.   IT DEPENDS ON THE TEST.

02:15PM  11   Q.   HOW ABOUT FOR VITAMIN D?

02:16PM  12   A.   I DON'T REMEMBER THE EXACT VALUES.

02:16PM  13   Q.   HOW ABOUT FOR -- LET'S SEE SOME OF THE OTHER ONES YOU

02:16PM  14   WORKED ON.

02:16PM  15        HOW ABOUT FOR TOTAL TESTOSTERONE?

02:16PM  16   A.   I WOULDN'T REMEMBER THE EXACT VALUES.

02:16PM  17   Q.   DO YOU RECALL THE ACCURACY STANDARDS FOR ANY OF THE

02:16PM  18   ASSAYS?  I KNOW IT'S BEEN A LONG TIME.  I'M NOT --

02:16PM  19   A.   NO.

02:16PM  20   Q.   OKAY.  AND THERE'S ALSO SOME TALK ABOUT PRECISION IN YOUR

02:16PM  21   TESTIMONY.

02:16PM  22        DO YOU RECALL THAT?

02:16PM  23   A.   YEAH.

02:16PM  24   Q.   AND DO YOU RECALL WHAT THE STANDARDS FOR PRECISION ARE?

02:16PM  25   A.   NO, NOT AT THIS TIME, NO.

02:16PM  1    Q.   NOW, I THINK YOU SAID -- IS IT -- STRIKE THAT.

02:16PM  2         IS IT FAIR TO SAY THAT VITAMIN D WAS THE ASSAY THAT YOU

02:17PM  3    PROBABLY WORKED THE MOST WITH?

02:17PM  4    A.   IN VALIDATION OR IN CLINICAL LAB?

02:17PM  5    Q.   YEAH, IN VALIDATION.

02:17PM  6    A.   IN VALIDATION VITAMIN D, HEPATITIS B, SOME TPSA, MAYBE

02:17PM  7    SOME TSH, BUT IT WAS -- YEAH.  IT WAS MOSTLY IN REGARDS TO

02:17PM  8    BEING ABLE TO RUN SOME OF THE EXPERIMENTS.  IT WASN'T

02:17PM  9    NECESSARILY IN THE ANALYSIS OF IT.

02:17PM  10   Q.   OH, THAT'S FAIR.  CAN YOU EXPLAIN -- CAN YOU GIVE US AN

02:17PM  11   OVERVIEW OF THE WHOLE VALIDATION PROCESS AND WHAT ROLE YOU

02:17PM  12   PLAYED WITHIN THE VALIDATION PROCESS?

02:17PM  13   A.   SO, FOR EXAMPLE, IF WE NEEDED TO FIGURE OUT WHAT THE

02:17PM  14   PRECISION OF VITAMIN D WAS, ESSENTIALLY WHAT YOU'RE SUPPOSED TO

02:17PM  15   DO IS YOU'RE SUPPOSED TO RUN THE TEST OF MAYBE THREE DIFFERENT

02:17PM  16   STANDARDS OVER AND OVER AGAIN OVER THE COURSE OF WHAT USUALLY

02:17PM  17   WOULD TAKE THREE MONTHS.

02:17PM  18        BUT AT THERANOS WE WERE RUNNING THEM IN A SHORTENED

02:18PM  19   TIMEFRAME, SO WE WOULD JUST TRY AND GET THEM DONE AS SOON AS

02:18PM  20   POSSIBLE.  SO IT WOULD BE LIKE THREE DAYS TO A WEEK AND A HALF.

02:18PM  21        SO WHAT I WOULD BE IN CHARGE OF DOING IS ESSENTIALLY

02:18PM  22   WORKING IN SOMETIME SHIFTS TO BASICALLY RUN THOSE SAMPLES AND

02:18PM  23   GENERATE THAT DATA OVER A COURSE OF TIME.

02:18PM  24        SO IT'S PRETTY MUCH ALL THE SAME PROCESS.  YOU HAVE A

02:18PM  25   STANDARD, SOME SORT OF SAMPLE THAT YOU KNOW THE CONCENTRATION,

02:18PM  1    YOU FILL THE CARTRIDGES, YOU PUT THE SAMPLE IN THERE, AND YOU

02:18PM  2    RUN IT.  IT'S JUST THE FOCUS IS DIFFERENT.

02:18PM  3         SO FOR PRECISION, IT'S HOW MANY TIMES YOU RUN IT?  WHAT

02:18PM  4    DOES IT LOOK LIKE OVER A COURSE OF TIME?

02:18PM  5         IF IT WAS FOR, YOU KNOW, THE DIFFERENT TYPES OF

02:18PM  6    CONTAINERS, WHICH I DID FOR VITAMIN D, THAT'S THE SAME THING,

02:18PM  7    YOU HAVE BASICALLY ONE CONTAINER, ONE TYPE OF COATING, ANOTHER

02:18PM  8    TYPE OF CONTAINER WITH ANOTHER TYPE OF COATING, YOU RUN TWO

02:18PM  9    CARTRIDGES AND YOU CROSS-COMPARE THEM.

02:18PM  10         SO IT REALLY JUST DEPENDED ON THE ASSAY, DEPENDED ON WHAT

02:18PM  11    WAS NEEDED REALLY IN THE COMPANY.  SO THERE WAS A WHOLE RANGE

02:19PM  12    OF DIFFERENT EXPERIMENTS.

02:19PM  13    Q.   OKAY.  SO YOU SPENT A LOT OF TIME BY THESE EDISON DEVICES

02:19PM  14    RUNNING TESTS?

02:19PM  15    A.   YES.

02:19PM  16    Q.   AND DATA WOULD COME OUT OF IT FOR THE VALIDATION ANALYSIS?

02:19PM  17    A.   YES.

02:19PM  18    Q.   AND THEN WHAT DID YOU DO WITH THAT DATA AFTER YOU

02:19PM  19    GENERATED IT?

02:19PM  20    A.   SO IT WOULD DEPEND ON THE STUDY.  THE MAJORITY OF THE TIME

02:19PM  21    AFTER IT WOULD BE RUN AND EVERYTHING, I WOULD PLACE IT INTO --

02:19PM  22    LIKE FOR PRECISION, FOR EXAMPLE, I WOULD PLACE IT INTO A

02:19PM  23    SPREADSHEET, AND WE WOULD SAY THIS IS HOW MANY RUNS THAT WE DID

02:19PM  24    OVER THIS COURSE OF TIME.

02:19PM  25         AND IT WOULD BE -- AGAIN, THIS IS FOR RESEARCH AND

02:19PM   1    DEVELOPMENT.  WE WOULD PRESENT IN FRONT OF SHARADA IN THESE BIG

02:19PM   2    GROUP MEETINGS ABOUT ALL OF THE THINGS THAT WE ACCOMPLISHED IN

02:19PM   3    A PERIOD OF TIME, AND THEN REVIEW THE PRECISION DATA TO FIGURE

02:19PM   4    OUT, OKAY, IS THIS SUFFICIENT ENOUGH?  DO WE NEED TO RUN MORE

02:19PM   5    CARTRIDGES?  DO WE NEED TO -- IS IT FINE?  ARE WE OKAY?  CAN WE

02:20PM   6    MOVE ON TO THE NEXT ASSAY?

02:20PM   7         SO THAT IS ONE OF THE EXAMPLES OF WHAT I DO.

02:20PM   8         IF IT WAS, SAY, A BLOOD COLLECTION CONTAINER WHERE I WAS

02:20PM   9    COMPARING THEM, WHAT I WOULD DO IS INTERFACE ACTUALLY THE WHOLE

02:20PM  10    SEPARATE TEAM, THAT WAS MICHAEL CHEN'S TEAM.  AND SO I WOULD

02:20PM  11    RUN IT -- YOU KNOW, THE BLOOD YOU GET FROM A LIHEP, L-I-H-E-P,

02:20PM  12    CONTAINER OR EDTA, I'D STACK UP THE RESULTS FOR THEM, AND I

02:20PM  13    WOULD CHART OUT THE GRAPHS OF, YOU KNOW, DO WE SEE THAT -- THE

02:20PM  14    RESULTS FOR THE DIFFERENT TYPES OF BLOOD COLLECTION UNITS STACK

02:20PM  15    UP TO WHAT OUR INTENDED OR WHAT OUR EXPECTED RESULTS WOULD BE?

02:20PM  16         SO IT JUST REALLY DEPENDS ON WHAT WAS NEEDED, WHAT TYPE OF

02:20PM  17    TEST WE WERE RUNNING, WHAT WE WERE LOOKING FOR.

02:20PM  18    Q.   BUT THAT'S IMPORTANT WORK.  YOU'RE GATHERING DATA AND THEN

02:20PM  19    THAT DATA WOULD BE GIVEN TO OTHERS WHO WOULD ANALYZE IT AND

02:20PM  20    INCORPORATE IT INTO A VALIDATION REPORT?

02:20PM  21    A.   YES.

02:20PM  22    Q.   OKAY.  YOU TALKED ABOUT VITAMIN D.

02:21PM  23         DO YOU KNOW WHEN THE VITAMIN D TEST WAS VALIDATED FOR USE

02:21PM  24    IN THE CLIA LAB?

02:21PM  25    A.   NO, I DON'T KNOW THE EXACT DATE.

02:21PM  1    Q.   OKAY.  IT'S BEEN A LONG TIME.  WHY DON'T I JUST SHOW YOU A

02:21PM  2    DOCUMENT AND SEE IF WE CAN GO THROUGH IT.

02:21PM  3         COULD YOU LOOK AT 9412, PLEASE.

02:21PM  4         ARE YOU FAMILIAR WITH THIS DOCUMENT?

02:21PM  5    A.   YES.

02:21PM  6    Q.   AND WHAT IS THIS DOCUMENT?

02:21PM  7    A.   THIS IS THE VITAMIN D VALIDATION DOCUMENT.

02:22PM  8    Q.   AND WHAT IS THE DATE ON THE DOCUMENTS?

02:22PM  9    A.   THE DATE ON THIS DOCUMENT -- THERE ISN'T AN EFFECTIVE DATE

02:22PM 10    ON IT, BUT THE SIGNATURES HAVE DATES.  IS IT THE SIGNATURE DATE

02:22PM 11    YOU WANT OR THE --

02:22PM 12    Q.   SURE.  WHAT IS THE DATE OF THE FIRST SIGNATURE OF

02:22PM 13    DR. SIVARAMAN AT THE TIME?

02:22PM 14    A.   SEPTEMBER 30TH OF 2013.

02:22PM 15    Q.   OKAY.  AND THIS IS A DOCUMENT THAT YOU WORKED WITH A BIT

02:22PM 16    WHEN YOU WERE AT THE COMPANY?

02:22PM 17    A.   YES.

02:22PM 18    Q.   OKAY.  AND DO YOU BELIEVE THAT THIS IS A TRUE AND ACCURATE

02:22PM 19    COPY OF THE DOCUMENT THAT YOU WORKED WITH?

02:22PM 20    A.   YES.

02:22PM 21            MR. WADE:  YOUR HONOR, I WOULD MOVE THE ADMISSION OF

02:22PM 22    9412.

02:22PM 23            MR. BOSTIC:  NO OBJECTION.

02:22PM 24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:22PM 25         (DEFENDANT'S EXHIBIT 9412 WAS RECEIVED IN EVIDENCE.)

02:23PM   1    BY MR. WADE:

02:23PM   2    Q.   MS. CHEUNG, I'D LIKE YOU TO HELP US TAKE A LITTLE BIT OF A

02:23PM   3    TOUR OF THIS DOCUMENT TO HELP US UNDERSTAND.  THIS IS THE

02:23PM   4    VALIDATION REPORT WE HAVE BEEN TALKING ABOUT; CORRECT?

02:23PM   5    A.   YES.

02:23PM   6    Q.   AND THIS IS VITAMIN D?

02:23PM   7    A.   YES.

02:23PM   8    Q.   AND LET'S START WITH THE FIRST PAGE.  I SEE THAT THERE

02:23PM   9    ARE -- AND JUST SO THE RECORD IS CLEAR, THIS IS THE ASSAY

02:23PM   10   VALIDATION REPORT FOR THE EDISON DEVICE; RIGHT?

02:23PM   11   A.   YES.

02:23PM   12   Q.   OKAY.  AND I SEE THAT THERE ARE SIGNATURES OF REVIEWERS ON

02:23PM   13   THOSE PAGES.  THESE ARE SOME NAMES THAT WE'VE TALKED ABOUT

02:23PM   14   BEFORE?

02:23PM   15   A.   YES.

02:23PM   16   Q.   AND WAS -- DO YOU HAVE AN UNDERSTANDING AS TO WHY THESE

02:23PM   17   SIGNATURES ARE ON THE PAGE?

02:23PM   18   A.   TO SAY WHO WROTE THEM, WHO REVIEWED THEM, WHO APPROVED

02:23PM   19   THEM.

02:23PM   20   Q.   AND SO THERE WAS A SERIOUS PROCESS BEFORE IT COULD BE

02:23PM   21   OFFERED -- BEFORE A TEST COULD BE OFFERED TO PATIENTS; RIGHT?

02:23PM   22   A.   YES.

02:23PM   23   Q.   AND THERE WERE MULTIPLE LEVELS OF REVIEW?

02:24PM   24   A.   YES.

02:24PM   25   Q.   AND THIS WAS THE CULMINATION OF THAT REVIEW, THIS

02:24PM  1    SIGNATURE PAGE WHERE THEY DOCUMENTED -- EACH PERSON DOCUMENTED

02:24PM  2    THEIR APPROVAL?

02:24PM  3    A.   YES.

02:24PM  4    Q.   OKAY.  AND THESE ARE ALL FOLKS YOU WORK WITH?

02:24PM  5    A.   YES.

02:24PM  6    Q.   OKAY.  TO PAGE 1310 OF EXHIBIT 9412.

02:25PM  7         DO YOU SEE THAT?

02:25PM  8    A.   YES.

02:25PM  9    Q.   AND CAN YOU JUST TELL US WHAT TABLE 1 IS?

02:25PM  10   A.   TABLE 1 IS THE CALIBRATION DATA FOR THE EDISON 3.0'S.

02:25PM  11   Q.   AND -- I'M SORRY, GO AHEAD.

02:25PM  12   A.   YEAH, IT'S JUST A CALIBRATION DATA TABLE.

02:25PM  13   Q.   OKAY.  AND THIS DOCUMENT IS THE CALIBRATION OF THE DEVICE

02:25PM  14   AT THE TIME THAT THE ASSAY WAS VALIDATED?

02:25PM  15   A.   YES.

02:25PM  16   Q.   AND I'D LIKE TO CALL YOUR ATTENTION TO THE PARAGRAPH UP AT

02:25PM  17   THE TOP.

02:25PM  18        DO YOU SEE THAT?

02:25PM  19   A.   YES.

02:25PM  20   Q.   AND IF WE CAN BLOW THAT UP.

02:25PM  21        DO YOU SEE THE SENTENCE STARTING WITH "ANY"?

02:25PM  22   A.   YES.

02:25PM  23   Q.   AND COULD YOU READ THAT FOR US, PLEASE.

02:25PM  24   A.   "ANY TIP THAT RESULTED IN LESS THAN 150 RLU IS CONSIDERED

02:26PM  25   A 'DARK' TIP.  THESE AND OTHER OBVIOUS OUTLIERS, HIGHLIGHTED IN

02:26PM  1    RED, WERE EXCLUDED FROM THE OVERALL MEAN AND RECOVERY

02:26PM  2    CALCULATIONS.  THE PERCENTAGE CV'S AND RECOVERY OF EACH LEVEL

02:26PM  3    ARE WELL WITHIN ACCEPTABLE RANGES."

02:26PM  4    Q.   OKAY.  AND YOU TALKED A LITTLE BIT ON DIRECT ABOUT OUTLIER

02:26PM  5    REMOVAL.

02:26PM  6         DO YOU RECALL THAT?

02:26PM  7    A.   YES.

02:26PM  8    Q.   AND THE TEXT THAT YOU JUST IDENTIFIED IS DOCUMENTING THAT

02:26PM  9    THERE WAS OUTLIER REMOVAL IN CONNECTION WITH THE DEVICE

02:26PM  10   CALIBRATION; RIGHT?

02:26PM  11   A.   FOR THIS PARTICULAR TABLE, YES.

02:26PM  12   Q.   YEAH.  LET'S GO TO PAGE 1312.  AND IF WE CAN LOOK AT --

02:27PM  13   WELL, CAN YOU TELL US WHAT IS TABLE 2?

02:27PM  14   A.   TABLE 2 IS ANOTHER CALIBRATION DATA SET FOR ANOTHER EDISON

02:27PM  15   DEVICE.

02:27PM  16   Q.   OKAY.  CAN WE LOOK AT THE LANGUAGE IN THE TOP THERE.

02:27PM  17        AND FOR THIS ONE IT SAYS NO POINTS WERE EXCLUDED FROM THIS

02:27PM  18   DATA SET; RIGHT?  IS THAT CORRECT?

02:27PM  19   A.   THAT IS CORRECT.

02:27PM  20   Q.   AND SO NO OUTLIERS WERE REMOVED IN THIS INSTANCE?

02:27PM  21   A.   FOR THE CALIBRATION, NO.

02:27PM  22   Q.   OKAY.  LET'S GO TO TABLE 3.

02:27PM  23   A.   IS THAT PAGE 12?

02:27PM  24   Q.   THAT'S PAGE 14, 1314.

02:27PM  25   A.   SORRY, 1314.

02:27PM   1    Q.   AND THIS IS ANOTHER CALIBRATION TABLE?

02:27PM   2    A.   YES.

02:27PM   3    Q.   AND AGAIN, THE LANGUAGE AT THE TOP DOCUMENTS THE EXCLUSION

02:27PM   4    OF CERTAIN OUTLIERS?

02:28PM   5    A.   YES.

02:28PM   6    Q.   AND IF WE GO TO 1316 -- LET ME LOOK.  THIS IS YET ANOTHER

02:28PM   7    CALIBRATION TABLE; CORRECT?

02:28PM   8    A.   YES.

02:28PM   9    Q.   AND IN THIS INSTANCE AGAIN THERE WERE REMOVALS OF

02:28PM   10   OUTLIERS, AND THAT'S DOCUMENTED HERE IN THE REPORT?

02:28PM   11   A.   YES.

02:28PM   12   Q.   AND JUST SO WE UNDERSTAND THIS PROCESS, THESE VALIDATION

02:28PM   13   DOCUMENTS ARE MAINTAINED IN THE FILES OF THE LAB?

02:28PM   14   A.   IN THE RESEARCH AND DEVELOPMENT LAB.

02:28PM   15   Q.   THIS IS THE CLIA VALIDATION REPORT; RIGHT?

02:28PM   16   A.   THIS IS THE ASSAY VALIDATION REPORT, YES.

02:28PM   17   Q.   RIGHT.  THIS IS THE DOCUMENT THAT IS PREPARED WITHIN THE

02:29PM   18   CLIA LAB AND SIGNED BY DR. ROSENDORFF BEFORE A TEST CAN BE

02:29PM   19   OFFERED WITHIN THE CLIA LAB; RIGHT?

02:29PM   20   A.   YES, BUT THE MAJORITY OF THESE DOCUMENTS EXISTED IN THE

02:29PM   21   RESEARCH AND DEVELOPMENT LAB IN TERMS OF THE DRIVES.

02:29PM   22   Q.   OKAY.  THEY WERE ON AN R&D FOLDER?

02:29PM   23   A.   YES.

02:29PM   24   Q.   OKAY.  LET'S GO TO THE PAGE ENDING 1328.

02:29PM   25   A.   OF THE SAME SET?

02:29PM  1    Q.   YES, SAME DOCUMENT, DOCUMENT 1942.

02:29PM  2         DO YOU SEE SECTION 7 THERE, DILUTION LINEARITY?

02:29PM  3    A.   YES.

02:29PM  4    Q.   AND WHAT DOES THAT REFER TO?

02:30PM  5    A.   I DON'T KNOW.

02:30PM  6    Q.   THIS WASN'T A CALCULATION THAT YOU WERE RESPONSIBLE FOR?

02:30PM  7    A.   NO.

02:30PM  8    Q.   AND DO YOU KNOW WHO WAS RESPONSIBLE FOR IT?

02:30PM  9    A.   THE ELISA TEAM.

02:30PM 10    Q.   THE ELISA TEAM?

02:30PM 11    A.   YES.

02:30PM 12    Q.   OKAY.  AND IF YOU LOOK AT THE PARAGRAPH RIGHT AFTER

02:30PM 13    TABLE -- THE HEADING TABLE 11?

02:30PM 14    A.   THE HEADING.

02:30PM 15    Q.   YOU SEE AGAIN THERE'S A REFERENCE TO THE REMOVAL OF

02:30PM 16    OUTLIERS?

02:30PM 17    A.   YES.

02:30PM 18    Q.   AND IT SAYS THAT THEY'RE HIGHLIGHTED IN RED, ALTHOUGH WE

02:30PM 19    DON'T HAVE A COLOR COPY HERE.

02:30PM 20    A.   YES.

02:30PM 21    Q.   OKAY.  LET ME GO NEXT TO 9638.

02:31PM 22    A.   THAT'S IN THE BINDER?

02:31PM 23    Q.   YES, PLEASE.

02:31PM 24         AND WHAT IS THIS DOCUMENT?

02:31PM 25    A.   THIS DOCUMENT IS THE ELISA ASSAY VALIDATION REPORT FOR TSH

02:31PM   1    ON THE 3.X THERANOS SYSTEM.

02:31PM   2    Q.   AND THIS IS ANOTHER CLIA VALIDATION REPORT OF THE KIND

02:31PM   3    THAT WE'RE TALKING ABOUT?

02:31PM   4    A.   THESE ARE THE -- THESE WERE DONE IN THE RESEARCH AND

02:31PM   5    DEVELOPMENT LAB AND THE ASSAY DEVELOPMENT -- THIS WAS THE ASSAY

02:31PM   6    VALIDATION REPORT THAT WAS DONE WITHIN THE RESEARCH AND

02:31PM   7    DEVELOPMENT LAB.

02:31PM   8    Q.   AND THEN THE DATA AND ANALYSIS WAS REVIEWED AND DOCUMENTED

02:31PM   9    BY DR. ROSENDORFF THAT THE TEST WAS SAFE FOR PATIENT USE WITHIN

02:32PM   10   THE CLIA LAB; CORRECT?

02:32PM   11   A.   YES.

02:32PM   12   Q.   OKAY.  AND YOU WORKED ON TSH WHILE YOU WERE AT THE

02:32PM   13   COMPANY?

02:32PM   14   A.   YES, IN THE --

02:32PM   15   Q.   IN THE CLIA LAB?

02:32PM   16   A.   -- IN THE CLIA LAB, YES.

02:32PM   17   Q.   AND THIS IS A DOCUMENT THAT YOU WERE FAMILIAR WITH AT THE

02:32PM   18   TIME THAT YOU WERE WORKING WITHIN THE CLIA LAB?

02:32PM   19   A.   YES, ROUGHLY.

02:32PM   20   Q.   AND DOES THIS APPEAR TO BE A TRUE AND ACCURATE COPY OF THE

02:32PM   21   VALIDATION REPORT?

02:32PM   22   A.   YES.

02:32PM   23          MR. WADE:  I WOULD MOVE THE ADMISSION OF 9368.

02:32PM   24          MR. BOSTIC:  NO OBJECTION.

02:32PM   25          THE COURT:  IT MAY BE ADMITTED AND PUBLISHED.

02:32PM  1          (DEFENDANT'S EXHIBIT 9368 WAS RECEIVED IN EVIDENCE.)

02:32PM  2     BY MR. WADE:

02:32PM  3     Q.   AND JUST CALLING YOUR ATTENTION TO THE FIRST PAGE OF 9368.

02:32PM  4     HERE AGAIN THIS IS A REPORT THAT IS SIGNED OFF ON BY FOUR

02:32PM  5     PEOPLE?

02:32PM  6     A.   YES.

02:32PM  7     Q.   AND CAN YOU JUST IDENTIFY THE PEOPLE WHO SIGNED OFF ON

02:33PM  8     THIS?

02:33PM  9     A.   SO MICHELLE JOHNSON WAS A RESEARCH ASSOCIATE IN THE

02:33PM 10     RESEARCH AND DEVELOPMENT LAB FOR ELISA; SHARADA SIVARAMAN, WHO

02:33PM 11     WAS THE IMMUNOASSAY TEAM LEADER FOR THE ELISA; DANIEL YOUNG,

02:33PM 12     WHO WAS THE VICE PRESIDENT OF THERANOS; AND THEN

02:33PM 13     ADAM ROSENDORFF, WHO WAS A LABORATORY DIRECTOR OF THE CLIA LAB.

02:33PM 14     Q.   OKAY.  AND WE WON'T GO THROUGH THE SPECIFICS OF EACH ONE.

02:33PM 15          I'LL CALL YOUR ATTENTION NEXT TO A NEW DOCUMENT, 9381.

02:33PM 16     A.   9381.  I SEE.

02:33PM 17     Q.   AND WHAT IS THIS DOCUMENT, MS. CHEUNG?

02:33PM 18     A.   SO THIS DOCUMENT IS THE TOTAL T4 ELISA ASSAY VALIDATION

02:34PM 19     REPORT ON THE EDISON 3.5 THERANOS SYSTEM.

02:34PM 20     Q.   OKAY.  AND THIS WAS ALSO AN ASSAY THAT YOU WORKED ON IN

02:34PM 21     THE CLIA LAB?

02:34PM 22     A.   IN THE CLIA LAB, YES.

02:34PM 23     Q.   AND THIS IS A VALIDATION REPORT THAT YOU'RE FAMILIAR WITH?

02:34PM 24     A.   NO, I WAS NOT FAMILIAR WITH THIS VALIDATION REPORT.

02:34PM 25     Q.   YOU WEREN'T FAMILIAR WITH THIS ONE?

CHEUNG CROSS BY MR. WADE

02:34PM  1    A.   NO.

02:34PM  2    Q.   OKAY.  THIS REPORT REFERENCES DR. RAN HU?

02:34PM  3    A.   YES.

02:34PM  4    Q.   AND CAN YOU JUST REMIND US WHAT ROLE HE PLAYED?  WE'VE

02:34PM  5    SEEN HIM ON SOME DOCUMENTS.

02:34PM  6    A.   SHE.

02:34PM  7    Q.   SHE.

02:34PM  8    A.   YEAH, SHE WAS A SCIENTIST ON THE ELISA TEAM.

02:34PM  9    Q.   IF WE CAN MOVE TO DOCUMENT 9387.

02:35PM  10        AND WHAT THIS DOCUMENT, MS. CHEUNG?

02:35PM  11   A.   THIS DOCUMENT IS THE ASSAY VALIDATION REPORT FOR THE 3.X

02:35PM  12   THERANOS SYSTEM FOR TPSA, FOR TOTAL PROSTATE --

02:35PM  13   Q.   AND THIS WAS ONE OF THE -- TPSA WAS ONE OF THE ASSAYS THAT

02:35PM  14   YOU WORKED ON IN THE CLIA LAB?

02:35PM  15   A.   YES.

02:35PM  16   Q.   AND WERE YOU FAMILIAR WITH THIS DOCUMENT AT THE TIME THAT

02:35PM  17   YOU WERE WORKING AT THE COMPANY?

02:35PM  18   A.   YES.

02:35PM  19   Q.   OKAY.  AND DOES THIS APPEAR TO BE A TRUE AND ACCURATE COPY

02:35PM  20   OF THAT DOCUMENT?

02:35PM  21   A.   YES.

02:35PM  22        MR. WADE:  WE WOULD MOVE THE ADMISSION, YOUR HONOR.

02:35PM  23        MR. BOSTIC:  NO OBJECTION.

02:35PM  24        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:35PM  25        (DEFENDANT'S EXHIBIT 9387 WAS RECEIVED IN EVIDENCE.)

02:36PM 1    BY MR. WADE:

02:36PM 2    Q.   HERE AGAIN THERE IS SIGNOFF BY MULTIPLE PEOPLE TO DOCUMENT

02:36PM 3    THAT THEY HAVE APPROVED THIS ASSAY?

02:36PM 4    A.   YES.

02:36PM 5    Q.   AND THE SIGNATURES HERE AGAIN ARE SEPTEMBER OF 2013?

02:36PM 6    A.   YES.

02:36PM 7    Q.   AND AGAIN, THIS IS SOMETHING THAT IS CERTIFYING THAT THE

02:36PM 8    TEST IS READY FOR USE IN THE CLIA LAB?

02:36PM 9    A.   YES.

02:36PM 10   Q.   AND I THINK WE TALKED ABOUT, MS. CHEUNG, THAT AFTER YOU

02:36PM 11   HAD THE VALIDATION REPORTS, THERE WAS A NEED TO CREATE SOP'S;

02:36PM 12   IS THAT RIGHT?

02:36PM 13   A.   YES, THAT IS CORRECT.

02:36PM 14   Q.   OKAY.  LET'S LOOK AT ONE OF THOSE.

02:37PM 15        COULD YOU LOOK AT 9925.

02:37PM 16        DO YOU HAVE THAT IN FRONT OF YOU?

02:37PM 17   A.   YES, I DO.

02:37PM 18   Q.   AND WHAT IS THIS DOCUMENT?

02:37PM 19   A.   THIS IS THE STANDARD OPERATING PROCEDURE IN THE CLIA

02:37PM 20   LABORATORY FOR THE VITAMIN D TEST ON THE EDISON 3.5 THERANOS

02:37PM 21   SYSTEM.

02:37PM 22   Q.   OKAY.  AND THIS WAS ONE OF THE TESTS THAT YOU WERE RUNNING

02:37PM 23   WITHIN THE LAB; RIGHT?

02:37PM 24   A.   YES.

02:37PM 25   Q.   AND WERE YOU, THEREFORE, FAMILIAR WITH THIS DOCUMENT?

02:37PM    1    A.   YES.

02:37PM    2    Q.   AND DOES THIS APPEAR TO BE A TRUE AND CORRECT COPY OF THE

02:38PM    3    DOCUMENT?

02:38PM    4    A.   YES.

02:38PM    5    Q.   OKAY.

02:38PM    6            MR. WADE:   I WOULD MOVE THE ADMISSION, YOUR HONOR.

02:38PM    7            MR. BOSTIC:   NO OBJECTION.

02:38PM    8            THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:38PM    9         (DEFENDANT'S EXHIBIT 9925 WAS RECEIVED IN EVIDENCE.)

02:38PM   10    BY MR. WADE:

02:38PM   11    Q.   NOW, THIS IS A NEW DOCUMENT SO MAYBE WE'LL GO -- SPEND A

02:38PM   12    LITTLE TIME GOING THROUGH THIS SO WE CAN UNDERSTAND WHAT THIS

02:38PM   13    DOCUMENT DOES.

02:38PM   14         LET'S START ON PAGE 1.   IS THIS DOCUMENT REVIEWED AND

02:38PM   15    APPROVED BY A SIMILAR GROUP OF PEOPLE BEFORE IT'S REVIEWED IN

02:38PM   16    THE LAB?

02:38PM   17    A.   YES.

02:38PM   18    Q.   AND WHO ARE THE PEOPLE WHO REVIEWED AND APPROVED THE

02:38PM   19    STANDARD OPERATING PROCEDURE ASSAY?

02:38PM   20    A.   SO MICHELLE JOHNSON, WHO WAS ON THE ELISA TEAM, SHE WAS AN

02:38PM   21    IMMUNOASSAY RESEARCH ASSOCIATE; SURAJ SAKSENA, WHO WAS A TEAM

02:39PM   22    LEADER ON THE BINDERS TEAM; DANIEL YOUNG, WHO WAS THE VICE

02:39PM   23    PRESIDENT OF THE COMPANY; AND ADAM ROSENDORFF, WHO WAS THE LAB

02:39PM   24    DIRECTOR.

02:39PM   25    Q.   AND SO THEY'RE COMING UP WITH A PROTOCOL FOR YOU TO RUN

02:39PM  1    THE TEST WITHIN THE LAB; IS THAT RIGHT?

02:39PM  2    A.   THAT IS CORRECT.

02:39PM  3    Q.   AND EXPLAIN TO US HOW YOU USE THIS DOCUMENT GENERALLY?

02:39PM  4    A.   SO INITIALLY WHEN I HAD STARTED PROCESSING PATIENT SAMPLES

02:39PM  5    I HADN'T SEEN THESE DOCUMENTS ACTUALLY AS A CLINICAL LAB

02:39PM  6    ASSOCIATE AND WHILE WORKING IN R&D.

02:39PM  7         SO IT WASN'T UNTIL LATER ON I HAD ACTUALLY EVEN VIEWED

02:39PM  8    THESE.  SO PROBABLY IN LIKE DECEMBER OR JANUARY, AROUND THAT

02:39PM  9    TIME.

02:39PM  10   Q.   OKAY.

02:39PM  11   A.   BUT ESSENTIALLY THIS WAS THE WHAT IS CALLED LIKE THE

02:39PM  12   RECIPE BOOK OF HOW YOU WOULD RUN A PATIENT SAMPLE.  SO TELL US

02:39PM  13   FOR THE QUALITY CONTROLS, HOW DO YOU RUN THE QUALITY CONTROLS?

02:39PM  14   WHEN YOU ARE RUNNING THE PATIENT SAMPLE, HOW DO YOU RUN THE

02:39PM  15   PATIENT SAMPLE?

02:39PM  16        AND THIS DOCUMENT WAS ITERATIVE BECAUSE WE WERE USING

02:40PM  17   DIFFERENT TYPES OF TESTING METHODOLOGY OVER A COURSE OF TIME.

02:40PM  18        SO WE WOULD GO AND TURN TO THIS DOCUMENT TO BASICALLY

02:40PM  19   FIGURE OUT HOW DO WE CONDUCT OUR RESPONSIBILITIES AS LAB

02:40PM  20   ASSOCIATES.

02:40PM  21        AND THEN ALSO IF THERE WERE UPDATES NEEDED BECAUSE THERE

02:40PM  22   WAS ACTUALLY DIFFERENCES BETWEEN WHAT THIS DOCUMENT SAID AND

02:40PM  23   WHAT WE WERE ACTUALLY DOING, THEN WE WOULD GO BACK, AND WE

02:40PM  24   WOULD NOTIFY PEOPLE THAT THERE WAS DISCREPANCIES BETWEEN THEM.

02:40PM  25   Q.   AND BECAUSE YOU WERE THE BOOTS ON THE GROUND DOING THE

02:40PM  1    ACTUAL WORK ON THE DEVICE?

02:40PM  2    A.   EXACTLY.

02:40PM  3    Q.   AND SO IF YOU NOTICED THAT THERE WAS SOMETHING THAT NEEDED

02:40PM  4    TO DEVIATE, YOU WOULD TAKE, YOU WOULD TAKE THAT TO YOUR

02:40PM  5    SUPERVISORS AND MAKE SURE IT WAS OKAY TO DEVIATE?

02:40PM  6    A.   YES.  AND EVEN SIMPLE THINGS LIKE INITIALLY WE WERE

02:40PM  7    RUNNING THE TEST ON THREE SEPARATE EDISON DEVICES, AND WE WERE

02:40PM  8    GOING TO DO ONE PATIENT, AND THEN THAT PROTOCOL CHANGED TO

02:40PM  9    WHERE IT WAS AGGREGATIVE, SO THERE WERE SIX REACTION TIPS ON

02:40PM  10   ONE CARTRIDGE.

02:41PM  11        SO THEN WE HAD TO CREATE A WHOLE NEW PROTOCOL WHEN THAT

02:41PM  12   TRANSITION HAPPENED.

02:41PM  13   Q.   OKAY.  AND WAS THAT THE PROTOCOL -- I KNOW DR. PANDORI, IN

02:41PM  14   AN EMAIL YOU TALKED ABOUT ON DIRECT, HE WOULD LIKE YOU TO

02:41PM  15   PROVIDE FEEDBACK ON THE STANDARD OPERATING PROCEDURE.

02:41PM  16        WAS THAT PART OF THAT PROCESS OR A DIFFERENT PROCESS?

02:41PM  17   A.   IT WAS BASICALLY TO REVIEW ALL OF THESE SOP'S THAT WE HAD

02:41PM  18   TO SEE, YOU KNOW, WHAT THE SOP STATUS WAS AS OF RIGHT NOW AND

02:41PM  19   WHAT IT WAS WE WERE ACTUALLY DOING IN THE CLINICAL LAB.

02:41PM  20        SO IT WAS IN REFERENCE TO A WHOLE ARRAY -- THERE WERE

02:41PM  21   DIFFERENT TYPES OF METHODOLOGIES USED DEPENDING ON WHAT TYPE OF

02:41PM  22   TEST IT WAS.

02:41PM  23        IT WASN'T NECESSARILY STANDARDIZED ACROSS THE DIFFERENT

02:41PM  24   ASSAYS.  SO IT WAS JUST REVIEWING EACH OF THEM TO SEE.

02:42PM  25   Q.   RIGHT.  YOU WOULD HAVE TO GO THROUGH EACH DOCUMENT BECAUSE

02:42PM   1    THERE MIGHT BE ASSAY SPECIFIC STEPS THAT NEED TO BE TAKEN?

02:42PM   2    A.   YES, AND THERE WERE TECHNICAL DIFFERENCES, METHODOLOGY

02:42PM   3    DIFFERENCES THAT WERE BEING UTILIZED FOR DIFFERENT TYPES OF

02:42PM   4    TESTS.

02:42PM   5    Q.   AND WITHIN THE HIGH COMPLEXITY LAB, YOU WOULD HAVE TO GET

02:42PM   6    THAT APPROVED BY THE PEOPLE WHO ARE RESPONSIBLE FOR APPROVING

02:42PM   7    THOSE TYPES OF CHANGES?

02:42PM   8    A.   YES.

02:42PM   9    Q.   AND WERE YOU ALWAYS CAREFUL TO DO THAT?

02:42PM  10    A.   YES.

02:42PM  11    Q.   AND THIS PARTICULAR POLICY, YOU ALWAYS DO YOUR BEST TO TRY

02:42PM  12    AND FOLLOW IT?

02:42PM  13    A.   YES.

02:42PM  14    Q.   OKAY.  LET'S WALK THROUGH IT A LITTLE BIT.

02:42PM  15        IF YOU CAN LOOK AT PAGE 4 OF THE POLICY, WHICH IS BATES

02:42PM  16    LABELLED ENDING 788.

02:43PM  17        DO YOU HAVE THAT IN FRONT OF YOU?

02:43PM  18    A.   YES.  YES.

02:43PM  19    Q.   OKAY.  AND THE FIRST PAGE TALKS ABOUT -- GIVES SOME

02:43PM  20    GENERAL OVERVIEWS AND RESPONSIBILITIES; IS THAT FAIR?

02:43PM  21    A.   THAT'S FAIR.

02:43PM  22    Q.   AND IF WE CAN BLOW UP THE FULL -- THE PARAGRAPH 4.

02:43PM  23        THESE ARE THE RESPONSIBILITIES OF THE OPERATORS; IS THAT

02:43PM  24    RIGHT?

02:43PM  25    A.   YES.

02:43PM   1    Q.   OKAY.  AND YOU ALWAYS DID YOUR BEST TO TRY AND FOLLOW

02:43PM   2    THESE?

02:43PM   3    A.   YES.

02:43PM   4    Q.   LET'S GO TO THE NEXT PAGE.  THESE ARE -- THESE JUST

02:43PM   5    INCORPORATE RELATED DOCUMENTS, SAFETY ITEMS, AND MATERIALS AND

02:44PM   6    EQUIPMENT THAT ARE USED?

02:44PM   7    A.   YES.

02:44PM   8    Q.   OKAY.  WE'LL GO TO THE NEXT PAGE, PAGE 6 OF 21 OF THE

02:44PM   9    POLICY.

02:44PM  10         DO YOU SEE ON THE BOTTOM THERE IT TALKS ABOUT THE THERANOS

02:44PM  11    SYSTEM?

02:44PM  12    A.   YES.

02:44PM  13    Q.   AND WHAT IT IS.

02:44PM  14         DO YOU SEE THAT PARAGRAPH 8.1.1?

02:44PM  15    A.   YES.

02:44PM  16    Q.   AND COULD YOU TELL US WHAT THAT MEANS?

02:44PM  17    A.   SO THIS IS IN REFERENCE TO THE CONNECTION BETWEEN THE

02:44PM  18    ASSAY VALIDATION DOCUMENT AND THIS PARTICULAR STANDARD

02:45PM  19    OPERATING PLAN.

02:45PM  20    Q.   SO IT'S NOTED IT HAS TO BE VALIDATED BEFORE YOU CAN EVEN

02:45PM  21    DO ANY OF THESE THINGS?

02:45PM  22    A.   YES.

02:45PM  23    Q.   OKAY.  AND LET'S GO UP TO PAGE 7, AND LET'S LOOK AT THE

02:45PM  24    TOP THERE AT 8.1.2.

02:45PM  25         DO YOU SEE UP AT THE TOP THERE THIS TALKS ABOUT HOW

02:45PM  1    QUALITY TESTING NEEDS TO HAPPEN DAILY?

02:45PM  2    A.   YES.

02:45PM  3    Q.   IN ACCORDANCE WITH THE EDISON 3.5 DAILY QC DOCUMENT?

02:45PM  4    A.   YES.

02:45PM  5    Q.   AND WHICH IS A SEPARATE POLICY?

02:45PM  6    A.   YES.

02:45PM  7    Q.   OKAY.  AND YOU TALKED ABOUT QC AND SOME OF THE RESULTS

02:45PM  8    THAT WEREN'T SATISFACTORY ON YOUR DIRECT.  DO YOU RECALL THAT?

02:45PM  9         AND I JUST WANT TO TALK A LITTLE BIT ABOUT THAT AND MAKE

02:46PM  10   SURE THAT I UNDERSTAND IT CORRECTLY.

02:46PM  11   A.   OKAY.

02:46PM  12   Q.   QUALITY CONTROL.  WHAT IS THE MATERIAL THAT IS TESTED IN

02:46PM  13   QUALITY CONTROL TESTING?

02:46PM  14   A.   WHAT IS THE MATERIAL THAT IS TESTED?

02:46PM  15   Q.   UH-HUH.

02:46PM  16   A.   SO TYPICALLY IT WILL BE SOME SORT OF SOLUTION AND THE

02:46PM  17   ACTUAL ANALYTE OF INTEREST.

02:46PM  18        FOR EXAMPLE, SO IT WILL BE VITAMIN D THAT WILL BE PLACED

02:46PM  19   IN SOME SORT OF SOLUTION.  SO SOMETIMES THAT SOLUTION COULD BE

02:46PM  20   SERA, LIKE SERA FROM HUMAN BLOOD.  IT COULD BE ANOTHER TYPE OF

02:46PM  21   MATERIAL THAT IS SHOWN TO HAVE EQUIVALENT MATRIX TO WHATEVER

02:46PM  22   THE MATRIX WOULD BE SIMILAR EQUIVALENT TO THAT YOU WOULD FIND

02:46PM  23   IN A FINGERSTICK SAMPLE.  AND THAT'S WHAT THE QUALITY CONTROL

02:46PM  24   MATERIAL IS MADE OF.

02:46PM  25        IT REALLY DEPENDS ON THE TEST AS WELL, WHAT THEY DECIDE TO

02:46PM   1    DEVELOP IT FROM.

02:46PM   2    Q.   OKAY.  AND SO IT'S NOT HUMAN BLOOD?

02:47PM   3    A.   UM, IT'S NOT HUMAN BLOOD, LIKE FULL BLOOD?

02:47PM   4    Q.   MY QUESTION IS THE QUALITY CONTROL MATERIAL THAT YOU'RE

02:47PM   5    TESTING IS NOT HUMAN BLOOD THAT IS BEING TESTED?

02:47PM   6    A.   NO.  SOMETIMES IT DOES HAVE HUMAN BLOOD IN IT, BUT IT'S

02:47PM   7    NOT LIKE THE SAME AS A BLOOD SAMPLE.

02:47PM   8    Q.   AND IT'S NOT A PATIENT SAMPLE.  IT'S NOT WHEN THESE QC

02:47PM   9    FAILURES WERE HAPPENING, IT WASN'T ON A SAMPLE THAT WAS A

02:47PM  10    PATIENT SAMPLE; RIGHT?

02:47PM  11    A.   CORRECT.

02:47PM  12    Q.   OKAY.  AND THE PURPOSE OF THE QC WAS SO THAT WHAT YOU

02:47PM  13    WOULD -- YOU WOULD MAKE SURE THE TEST PASSED AND ONLY THEN

02:47PM  14    COULD YOU DO THE PATIENT SAMPLE; RIGHT?

02:47PM  15    A.   CORRECT.

02:47PM  16    Q.   AND THIS SOP HERE ACTUALLY REQUIRED THE LABORATORY

02:48PM  17    ASSOCIATES TO RUN THAT ON A DAILY BASIS?

02:48PM  18    A.   CORRECT.

02:48PM  19    Q.   AND YOU SEEM TO HAVE DONE THAT ON A REGULAR BASIS?

02:48PM  20    A.   YES.

02:48PM  21    Q.   OKAY.  ON THE QUALITY CONTROL POINT, WE TALKED ABOUT SOME

02:48PM  22    OF THE DIFFERENT PERSONNEL WITHIN THE LAB?

02:48PM  23    A.   UH-HUH.

02:48PM  24    Q.   AND I THINK THERE WAS, THERE WAS A PERSON WHO IS

02:48PM  25    IDENTIFIED IN SOME OF THE DOCUMENTS, LANGLY GEE?

02:48PM  1    A.    YES.

02:48PM  2    Q.    AND IS THAT A PERSON THAT YOU'RE FAMILIAR WITH?

02:48PM  3    A.    YES.

02:48PM  4    Q.    AND WHO WAS MR. GO?

02:48PM  5    A.    LANGLY GEE WAS THE QUALITY CONTROL MANAGER WHO CAME IN

02:48PM  6    AROUND EITHER LATE DECEMBER OR EARLY JANUARY OF 2013, 2014.

02:48PM  7    Q.    OKAY.  AND WHAT WAS HIS JOB?

02:48PM  8    A.    OKAY.  HE WAS IN CHARGE OF THE QUALITY CONTROL MANAGEMENT

02:48PM  9    OF THE DIFFERENT TYPES OF MEDICAL DEVICES THAT WE UTILIZED IN

02:48PM 10    THE LAB AT THERANOS.

02:49PM 11    Q.    AND WHEN YOU SAY "IN CHARGE," DO YOU HAVE AN UNDERSTANDING

02:49PM 12    OF WHAT HE DID ON A DAY-TO-DAY BASIS?

02:49PM 13    A.    I DON'T KNOW WHAT HE DID ON A DAY-TO-DAY BASIS.

02:49PM 14    Q.    WHEN DID YOU INTERACT WITH HIM GENERALLY?

02:49PM 15    A.    I WOULD INTERACT WITH HIM WHEN I WOULD RUN THE QUALITY

02:49PM 16    CONTROL DATA AND HE NEEDED TO AGGREGATE IT OVER A COURSE OF

02:49PM 17    TIME.

02:49PM 18        SO VERY SPECIFICALLY, SAY WITH THE EDISON DEVICES, WE HAD

02:49PM 19    A SPREADSHEET BECAUSE IT WASN'T AUTOMATED YET IN TERMS OF

02:49PM 20    CAPTURING THAT DATA, SO ALL OF THE INFORMATION THAT WE WOULD

02:49PM 21    COLLECT AS LAB ASSOCIATES, WE WOULD PUT IT INTO THIS EXCEL

02:49PM 22    DOCUMENT.

02:49PM 23        SO ONCE IT HAD BEEN ESTABLISHED WHETHER IT WAS FAILING, OR

02:49PM 24    WHATEVER ELSE, WE WOULD SEND THAT DOCUMENT OVER TO LANGLY GEE

02:49PM 25    AND THE CLINICAL LAB SCIENTISTS.

02:49PM   1    Q.   OKAY.  AND DO YOU KNOW WHETHER THERE WERE CERTAIN

02:49PM   2    QUALIFICATIONS THAT WERE REQUIRED WITHIN A CLIA LAB FOR SOMEONE

02:49PM   3    TO SERVE IN THAT POSITION?

02:50PM   4    A.   I DON'T KNOW.

02:50PM   5    Q.   OKAY.  IF I COULD TURN YOU BACK -- SORRY ABOUT THAT SEGUE,

02:50PM   6    MS. CHEUNG.  BUT IF I COULD TURN YOU BACK TO THIS SOP 9925.  WE

02:50PM   7    WERE TALKING ABOUT QUALITY AND CONTROL, AND I'M GOING TO SHIFT

02:50PM   8    TO CALIBRATION, WHICH IS ON PAGE 10.

02:50PM   9    A.   PAGE 10 OF THIS PAGE?

02:50PM  10    Q.   YEAH.

02:50PM  11    A.   OR OF THIS SET?

02:50PM  12    Q.   PAGE 10 OF 21 ON DOCUMENT 9925.

02:50PM  13         DO YOU SEE THAT?

02:50PM  14    A.   YES.

02:50PM  15    Q.   AND THIS DISCUSSES CALIBRATION?

02:50PM  16    A.   YES.

02:50PM  17    Q.   AND WHY IS THERE CALIBRATION INFORMATION WITHIN --

02:50PM  18    A.   -- WITHIN THIS DOCUMENT?

02:50PM  19    Q.   YEAH.

02:50PM  20    A.   SO CALIBRATION INFORMATION -- SO YOU HAVE TO CALIBRATE THE

02:50PM  21    DEVICE BEFORE YOU CAN USE IT.

02:50PM  22         SO ESSENTIALLY AT THERANOS IN ORDER TO CALIBRATE THE

02:50PM  23    DEVICE, YOU HAD TO RUN A SERIES OF STANDARDS.  SO YOU CAN THINK

02:50PM  24    OF CALIBRATION KIND OF LIKE A SCALE.  SO SOMETIMES THE SCALE IS

02:50PM  25    A LITTLE ASKEW AND SO YOU PUT A 5 POUND WEIGHT ON THERE AND

02:51PM  1    MAKE SURE THAT IT IS SYNCED UP OR A 10 POUND WEIGHT AND YOU

02:51PM  2    KIND OF ADJUST AND MAKE SURE THAT EVERYTHING IS SORT OF HITTING

02:51PM  3    THE MARK.

02:51PM  4         SO THIS WAS ESSENTIALLY NOTIFYING OF THAT PROCESS, LIKE

02:51PM  5    HOW MANY STANDARDS DO WE HAVE?  HOW MANY TIMES DO WE RUN IT?

02:51PM  6         AND THEN FROM THERE YOU WOULD GET A CALIBRATION CURVE

02:51PM  7    ASSOCIATED WITH RUNNING ALL OF THESE DIFFERENT STANDARDS, AND

02:51PM  8    THAT WAS CALLED DEXTER.  IT HAD A SPECIFIC NAME.

02:51PM  9         SO THE DEXTER WOULD PROVIDE VARIOUS CALIBRATION CURVES

02:51PM  10   THAT WOULD ASSOCIATE BASICALLY THESE DIFFERENT STANDARDS THAT

02:51PM  11   WE RAN WITH THIS CALIBRATION CURVE IN ORDER TO HELP GENERATE

02:51PM  12   THE ACTUAL VALUE OF THE LIGHT EMITTANCE TO THE ACTUAL

02:51PM  13   CONCENTRATION VALUE OR THE POSITIVE OR NEGATIVE VALUE DEPENDING

02:51PM  14   ON WHAT KIND OF TEST IT WAS.

02:52PM  15   Q.   OKAY.  AND DO YOU SEE WITHIN THAT SECTION SOME OF THE

02:52PM  16   STEPS THAT SHOULD BE TAKEN FOR THAT ON A ROUTINE BASIS ARE SET

02:52PM  17   FORTH ON SECTION 11 HERE?

02:52PM  18   A.   YES.

02:52PM  19   Q.   AND DO YOU SEE 11.1.2 CORRECTIONS?

02:52PM  20        DO YOU SEE THE REFERENCE THERE, "THE EXCEL FILE WILL

02:52PM  21   AUTOMATICALLY CALCULATE THIS RESULT IN THE BIAS CORRECTION"?

02:52PM  22   A.   YES.

02:52PM  23   Q.   AND WHAT IS BIAS CORRECTION?

02:52PM  24   A.   BIAS CORRECTION WAS BASICALLY A CALCULATION THAT WAS

02:52PM  25   DERIVED FROM THE DEXTER.  SO IT WAS SOMETHING THAT WE APPLIED

CHEUNG CROSS BY MR. WADE

02:52PM 1    IN ORDER TO ACCOMMODATE FOR ANY DIFFERENCES THAT MAY HAVE BEEN

02:52PM 2    ATTRIBUTED FROM DEVICE TO DEVICE.

02:52PM 3    Q.   AND WHAT DOES THAT MEAN BIAS FROM DEVICE TO DEVICE AND HOW

02:52PM 4    YOU NEED TO ADJUST?

02:52PM 5    A.   BECAUSE ESSENTIALLY THERE MIGHT BE MINOR DIFFERENCES FROM

02:52PM 6    EACH MANUFACTURED DEVICE THAT YOU HAVE, THAT'S WHY YOU RUN A

02:53PM 7    CALIBRATION TO SORT OF ACCOUNT FOR THOSE SUBTLE DIFFERENCES

02:53PM 8    BETWEEN THE HARDWARE THAT YOU MIGHT HAVE OR OTHER CONDITIONS.

02:53PM 9    Q.   AND SO SOMETIMES YOU NEED TO ADJUST A NUMBER TO MAKE IT

02:53PM 10   APPLES TO APPLES?

02:53PM 11   A.   YES.

02:53PM 12   Q.   OKAY.  AND THERANOS SOMETIMES HAD TO ADJUST THE NUMBERS TO

02:53PM 13   MAKE IT APPLES TO APPLES?

02:53PM 14   A.   YES.

02:53PM 15   Q.   OKAY.  LIKE I THINK WE TALKED ABOUT IN CONNECTION WITH

02:53PM 16   VITAMIN D THERE WERE CERTAIN NUMBERS THAT WOULD COME UP.

02:53PM 17   SOMETIMES YOU WOULD HAVE TO TWEAK THEM A LITTLE BIT TO BE AN

02:53PM 18   APPLES TO APPLES COMPARISON?

02:53PM 19   A.   IN REGARDS -- IN WHAT SENSE?

02:53PM 20   Q.   IN REGARD TO CALIBRATION?

02:53PM 21   A.   IN REGARD TO CALIBRATION.

02:53PM 22   Q.   YEAH.  AND AGAIN, ON THIS PAGE, JUST QUICKLY -- I THINK

02:53PM 23   WE'VE COVERED THIS -- BUT HERE AGAIN IT SET FORTH SPECIFIC

02:53PM 24   PROCEDURES ON SECTION 12 RELATING TO THE QUALITY CONTROL

02:53PM 25   TESTING?

02:53PM  1    A.   YES.

02:53PM  2    Q.   OKAY.  LET'S TURN TO -- THAT QUALITY CONTROL TESTING

02:54PM  3    CARRIES ON FOR A COUPLE OF PAGES.

02:54PM  4         DO YOU SEE THAT?

02:54PM  5    A.   YES.

02:54PM  6    Q.   AND ON PAGE 11 THERE ARE EXPECTED RANGES THAT ARE SET

02:54PM  7    FORTH.

02:54PM  8         DO YOU SEE THAT?

02:54PM  9    A.   YES.

02:54PM  10   Q.   AND IF WE GO TO PAGE 12.  AND THOSE EXPECTED RANGES, THOSE

02:54PM  11   WERE WHAT YOU USED TO ASSESS WHETHER OR NOT SOMETHING PASSED

02:54PM  12   QC; IS THAT RIGHT?

02:54PM  13   A.   UM, WHAT WAS ACTUALLY DONE WAS THAT THERE WERE NEW QC

02:54PM  14   RANGES AND STANDARDS THAT WERE ESTABLISHED EVERY TIME WE HAD TO

02:54PM  15   RECALIBRATE.

02:54PM  16        SO THIS -- THESE WEREN'T UTILIZED BECAUSE WE HAD TO

02:54PM  17   GENERATE NEW QC VALUES EFFECTIVELY AFTER WE RECALIBRATED THE

02:55PM  18   SYSTEM.

02:55PM  19   Q.   YOU WOULD UPDATE THE VALUES?

02:55PM  20   A.   NO.  WE WOULD JUST PUT THE QC RANGE VALUES IN A DIFFERENT

02:55PM  21   DOCUMENT TO ASSOCIATE WHAT THE NEW QC RANGES WERE FOR WHATEVER

02:55PM  22   SUBSET, BECAUSE IT WAS ACTUALLY DYNAMIC INFORMATION.  IT'S NOT

02:55PM  23   FIXED INFORMATION FOR QC RANGES.

02:55PM  24   Q.   FAIR ENOUGH.

02:55PM  25        AND THEN YOU WOULD RUN, CONTINUE TO RUN THE QC OFF OF THAT

02:55PM    1    DYNAMIC INFORMATION?

02:55PM    2    A.   YES.

02:55PM    3    Q.   OKAY.  LET'S GO TO PAGE 12.  AND THERE'S A PROCEDURE THERE

02:55PM    4    THAT SET FORTH WHAT YOU DO WHEN A QC TEST FAILS; RIGHT?

02:55PM    5    A.   CORRECT.

02:55PM    6    Q.   AND THERE WAS AN EXPECTATION THAT THAT IS GOING TO HAPPEN

02:55PM    7    SOMETIMES; RIGHT?

02:55PM    8    A.   YEAH.

02:55PM    9    Q.   QC'S FAIL SOMETIMES?

02:55PM   10    A.   YEAH.

02:55PM   11    Q.   AND YOU TRY TO FOLLOW THOSE PROCEDURES?

02:55PM   12    A.   YES.

02:55PM   13    Q.   AND DID YOU THINK THAT THESE WERE THE CORRECT PROCEDURES?

02:56PM   14    A.   CAN I TAKE A MOMENT TO READ THEM.

02:56PM   15    Q.   SURE.

02:56PM   16         (PAUSE IN PROCEEDINGS.)

02:56PM   17              THE WITNESS:  YES.

02:56PM   18    BY MR. WADE:

02:56PM   19    Q.   YOU TALKED ABOUT UPDATING THESE SOP'S FROM TIME TO TIME?

02:56PM   20    A.   YES.

02:56PM   21    Q.   AND DO YOU RECALL EVER CHANGING THE QC PROCEDURES AS PART

02:56PM   22    OF THAT?

02:56PM   23    A.   YES.  WE PROBABLY ALSO ADDED IN HERE THAT YOU HAD TO

02:56PM   24    RECALIBRATE THE WHOLE SYSTEM AND RECALIBRATE WHAT THE QC VALUES

02:56PM   25    WERE AT A GIVEN POINT IN TIME BECAUSE THE SET OF READERS KEPT

02:56PM   1    FAILING SO OFTEN.

02:56PM   2         SO IT WAS LIKE ONCE YOU TROUBLESHOOT PAST THESE TWO

02:56PM   3    SEPARATE LINE ITEMS, BECAUSE THEY WERE HAPPENING, WE WOULD

02:56PM   4    CORRECT FOR THESE TWO THINGS.  IT WAS LIKE, WELL, WHAT IS THE

02:56PM   5    NEXT THING?  WE HAVE TO RECALIBRATE THE WHOLE SYSTEM.

02:57PM   6         THAT'S NOT INCLUDED HERE, BUT THAT'S SOMETHING THAT WE HAD

02:57PM   7    TO DO AS A FINAL STEP.

02:57PM   8    Q.   BECAUSE THE -- OH, I'M SORRY.

02:57PM   9    A.   OH, YEAH.

02:57PM   10   Q.   BECAUSE THE QC MIGHT HAVE INDICATED THAT THE CALIBRATION

02:57PM   11   WAS OFF?

02:57PM   12   A.   THAT'S ALSO JUST WHAT YOU DO WITH LAB TESTS IS YOU

02:57PM   13   RECALIBRATE.

02:57PM   14   Q.   OKAY.  AND THAT'S A PRETTY BIG COMMITMENT OF TIME; RIGHT?

02:57PM   15   IT TAKES A LONG TIME TO RECALIBRATE?

02:57PM   16   A.   YEAH.  DEPENDING ON THE ASSAY, IT CAN BE ANYWHERE FROM

02:57PM   17   LIKE 23 HOURS OF WORK TO LIKE UPWARDS OF 83 HOURS OF WORK.

02:57PM   18   Q.   UH-HUH.  BUT THAT WAS THE PROCEDURE THAT THERANOS PUT IN

02:57PM   19   PLACE AS THE NEXT STEP IN THIS PROCESS?

02:57PM   20   A.   YEAH.

02:57PM   21   Q.   IF I COULD CALL YOUR ATTENTION TO 9939.

02:58PM   22        DO YOU HAVE THAT ONE IN FRONT OF YOU?

02:58PM   23   A.   YEAH, I DO.

02:58PM   24   Q.   AND WHAT IS THIS DOCUMENT?

02:58PM   25   A.   SO THIS IS THE PROFICIENCY TESTING STANDARD OPERATING

02:58PM  1    PROCEDURE FOR THE EDISON 3.5.

02:58PM  2    Q.   AND IS THAT A DOCUMENT THAT YOU'RE FAMILIAR WITH?

02:58PM  3    A.   NO, I DON'T REMEMBER THIS DOCUMENT.

02:58PM  4    Q.   OKAY.  BUT WE TALKED A LITTLE BIT ABOUT PROFICIENCY

02:58PM  5    TESTING.

02:58PM  6         DO YOU RECALL THAT?

02:58PM  7    A.   YES.

02:58PM  8    Q.   AND YOU UNDERSTAND THAT'S ONE OF THE THINGS THAT A CLIA

02:58PM  9    LAB NEEDS TO DO?

02:58PM  10   A.   YES.

02:58PM  11   Q.   AND MANY OF THE THINGS THAT A CLIA LAB NEEDS TO DO IS THAT

02:58PM  12   THEY CREATED A PROCEDURE TO DO THAT?

02:58PM  13   A.   YES.

02:58PM  14   Q.   AND YOU WEREN'T RESPONSIBLE FOR CREATING THAT PROCEDURE?

02:58PM  15   A.   NO.

02:58PM  16   Q.   OKAY.  DO YOU KNOW WHO WAS?

02:58PM  17   A.   NO.

02:58PM  18   Q.   OKAY.

02:59PM  19            THE COURT:  MR. WADE, IS THIS A GOOD TIME TO BREAK

02:59PM  20   FOR THE DAY?

02:59PM  21            MR. WADE:  YEAH, I THINK IT PROBABLY IS A GOOD TIME.

02:59PM  22   WE CAN RESTART ON FRIDAY AND TRY TO FINISH UP QUICKLY.

02:59PM  23            THE COURT:  LET'S DO THAT THEN.

02:59PM  24       LADIES AND GENTLEMEN, WE'LL TAKE OUR RECESS.  PLEASE

02:59PM  25   REMEMBER WE'RE NOT IN SESSION TOMORROW, BUT WE WILL BE IN

02:59PM 1    SESSION FRIDAY MORNING.  I HOPE WE CAN START AT 9:00 O'CLOCK.

02:59PM 2        SO IF YOU COULD COLLECT YOURSELVES ACCORDINGLY, I'D BE

02:59PM 3    GRATEFUL.

02:59PM 4        LET ME ONCE AGAIN REMIND YOU OF THE ADMONITION.  YOU STILL

02:59PM 5    ARE UNDER THAT ADMONITION NOT TO LISTEN TO, SEE, HEAR, READ OR

02:59PM 6    IN ANY WAY DO ANY RESEARCH ABOUT THIS CASE, AND PLEASE DO NOT

02:59PM 7    TALK ABOUT THE CASE, AND DO NOT LET ANYONE TALK TO YOU ABOUT

03:00PM 8    ANYTHING INVOLVED WITH THIS CASE.

03:00PM 9        SHOULD SOMEONE CONTACT YOU OR TRY TO COMMUNICATE WITH YOU,

03:00PM 10   YOU SHOULD BRING THAT TO MY ATTENTION THROUGH MS. KRATZMANN,

03:00PM 11   AND I'LL TAKE APPROPRIATE ACTION.

03:00PM 12       UNTIL THEN, THANK YOU VERY MUCH.  HAVE A GOOD EVENING.

03:00PM 13   WE'LL SEE YOU FRIDAY MORNING.  THANK YOU.

03:00PM 14       MS. CHEUNG, I'LL ASK YOU TO COME BACK FRIDAY MORNING AS

03:00PM 15   WELL, PLEASE.  THANK YOU.

03:00PM 16       (JURY OUT AT 3:00 P.M.)

03:01PM 17           THE COURT:  PLEASE BE SEATED.  THANK YOU.

03:01PM 18       ALL RIGHT.  THE RECORD SHOULD REFLECT THAT OUR JURY HAS

03:01PM 19   LEFT FOR THE DAY.  THE WITNESS HAS LEFT THE COURTROOM.

03:01PM 20       BEFORE WE RECESS, COUNSEL, ANYTHING TO TAKE UP BEFORE WE

03:01PM 21   RECESS TODAY?

03:01PM 22           MR. SCHENK:  NO, YOUR HONOR.

03:01PM 23           MR. WADE:  YOUR HONOR, JUST ONE POINT OF

03:01PM 24   CLARIFICATION.  I ASSUME WHILE THE WITNESS IS ON CROSS THERE

03:01PM 25   WILL BE NO CONTACT WITH THE WITNESS?

03:01PM 1          THE COURT:  I THINK THAT'S WHAT WE DISCUSSED IN OUR

03:01PM 2     IN LIMINE AND PRETRIAL CONFERENCE.  I THINK ALL COUNSEL ARE

03:01PM 3     GOING TO ADHERE TO THAT.  RIGHT.

03:01PM 4          MR. BOSTIC:  YES, YOUR HONOR.

03:01PM 5          THE COURT:  OKAY.  THANK YOU.

03:01PM 6          THE CLERK:  COURT IS ADJOURNED.

03:01PM 7        (COURT ADJOURNED AT 3:01 P.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        _____
          IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076
17

18

19        _____
          LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595
20

21        DATED:  SEPTEMBER 15, 2021

22

23

24

25