1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
6                                    )
                    PLAINTIFF,       )  SAN JOSE, CALIFORNIA
7                                    )
             VS.                     )  VOLUME 8
8                                    )
    ELIZABETH A. HOLMES,             )  SEPTEMBER 17, 2021
9                                    )
                    DEFENDANT.       )  PAGES 1060 - 1239
10   _____ )

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
                 UNITED STATES DISTRICT JUDGE
13
    A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612

20       (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

22   OFFICIAL COURT REPORTERS:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                         CERTIFICATE NUMBER 8074
                           LEE-ANNE SHORTRIDGE, CSR, CRR
24                         CERTIFICATE NUMBER 9595

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

1

   A P P E A R A N C E S: (CONT'D)

2


3    FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                            BY:  KEVIN M. DOWNEY

4                            LANCE A. WADE
                            KATHERINE TREFZ

5                            J.R. FLEURMONT
                      725 TWELFTH STREET, N.W.

6                      WASHINGTON, D.C. 20005

7                      LAW OFFICE OF JOHN D. CLINE
                      BY:  JOHN D. CLINE

8                      ONE EMBARCADERO CENTER, SUITE 500
                      SAN FRANCISCO, CALIFORNIA 94111

9


10   ALSO PRESENT:        FEDERAL BUREAU OF INVESTIGATION
                      BY:  ADELAIDA HERNANDEZ

11


12                      OFFICE OF THE U.S. ATTORNEY
                      BY:  LAKISHA HOLLIMAN, PARALEGAL
                            MADDI WACHS, PARALEGAL

13


14                      WILLIAMS & CONNOLLY
                      BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

15                      TBC
                      BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3

4

**ERIKA CHEUNG**
CROSS-EXAM BY MR. WADE (RES.)              P. 1077

5    REDIRECT EXAM BY MR. BOSTIC               P. 1126

6

**SUREKHA GANGAKHEDKAR**

7    DIRECT EXAM BY MR. LEACH                  P. 1144
     CROSS-EXAM BY MR. WADE                    P. 1222

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>INDEX OF EXHIBITS</u>

|  | IDENT. | EVIDENCE |
|---|---|---|
| <u>GOVERNMENT'S:</u> | | |
| 1288 | | 1100 |
| 112 | | 1153 |
| 5077 | | 1165 |
| 853 | | 1170 |
| 5084 | | 1174 |
| 5089 | | 1179 |
| 5338 | | 1189 |
| 5096 | | 1193 |
| 5100 | | 1195 |
| 3967 | | 1197 |
| 1020 | | 1198 |
| 1019 | | 1200 |
| 5106 | | 1203 |
| 3958 | | 1204 |
| 972, PAGE 4 | | 1205 |
| 3959 | | 1207 |
| 3964 | | 1210 |
| 3968 | | 1213 |
| 1109 | | 1214 |
| | | |
| <u>DEFENDANT'S:</u> | | |
| 10480 | | 1086 |
| 9909 | | 1093 |
| 10479 | | 1096 |
| 9645 | | 1117 |

1064

```
        1     SAN JOSE, CALIFORNIA                  SEPTEMBER 17, 2021

        2                    P R O C E E D I N G S

08:31AM 3          (COURT CONVENED AT 8:31 A.M.)

08:31AM 4          (JURY OUT AT 8:31 A.M.)

08:32AM 5              THE COURT:  LET'S GO ON THE RECORD IN UNITED STATES

08:32AM 6     V. HOLMES.

08:32AM 7          LET'S CAPTURE THE APPEARANCES, PLEASE, FOR THE RECORD.

08:32AM 8              MR. LEACH:  GOOD MORNING, YOUR HONOR.

08:32AM 9          ROBERT LEACH, JOHN BOSTIC, AND JEFF SCHENK ON BEHALF OF

08:32AM 10    THE UNITED STATES.

08:32AM 11             THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

08:32AM 12             MR. WADE:  GOOD MORNING, YOUR HONOR.

08:32AM 13         LANCE WADE ON BEHALF OF MS. HOLMES.

08:32AM 14         WITH ME TODAY ARE MR. DOWNEY, MR. LEMENS, MS. TREFZ, AND

08:32AM 15    MR. CLINE, AND MS. HOLMES IS PRESENT IN THE COURTROOM THIS

08:32AM 16    MORNING.

08:32AM 17             THE COURT:  THANK YOU.  GOOD MORNING EVERYONE.

08:32AM 18         WE'RE OUTSIDE OF THE PRESENCE OF THE JURY, AND I JUST

08:32AM 19    THOUGHT I WOULD MEET WITH YOU TO TALK ABOUT SOME THINGS.

08:32AM 20         I RECEIVED YESTERDAY DOCUMENT 1025 WHICH WAS THE

08:32AM 21    GOVERNMENT'S -- EXCUSE ME.  THIS IS THE GOVERNMENT'S RESPONSE

08:32AM 22    TO A MOTION FILED BY MS. HOLMES'S TEAM, WHICH WAS

08:33AM 23    DOCUMENT 1023.  THIS WAS MS. HOLMES'S NOTICE REGARDING

08:33AM 24    TESTIMONY OF MS. GANGAKHEDKAR, AND THE GOVERNMENT'S RESPONSE TO

08:33AM 25    THAT.
```

08:33AM 1      I THOUGHT WE WOULD TALK A LITTLE BIT ABOUT THOSE THINGS

08:33AM 2  THIS MORNING.

08:33AM 3      BUT I WANTED TO GO BACK TO OUR DISCUSSION YESTERDAY

08:33AM 4  REGARDING, AND DAYS BEFORE REGARDING 803.6 AND THE BUSINESS

08:33AM 5  RECORDS EXCEPTIONS FOR THESE EMAILS.

08:33AM 6      WE'VE HAD SOME CONVERSATION ABOUT THAT, AND I KNOW THE

08:33AM 7  PARTIES HAVE -- THE DEFENSE HAS MADE SOME OBJECTIONS, THE COURT

08:33AM 8  HAS MADE SOME RULINGS.

08:33AM 9      I WAS LOOKING AT REVIEWING MY NOTES, AND THE THOUGHT

08:33AM 10 OCCURRED TO ME THAT I THINK MR. BOSTIC LAID FOUNDATIONS UNDER

08:33AM 11 803.6, BUT WHAT I WOULD INVITE YOU TO DO, IF YOU WISH TO,

08:34AM 12 MR. BOSTIC, IS TO SECURE MORE INFORMATION, IF POSSIBLE, FROM

08:34AM 13 THE WITNESS, MS. CHEUNG, REGARDING ANY OBLIGATIONS, DUTIES TO

08:34AM 14 MAINTAIN RECORDS.

08:34AM 15     I UNDERSTAND FROM LOOKING AT THE INFORMATION WE HAVE SO

08:34AM 16 FAR THAT THE WITNESS INDICATED IT WAS USED IN THE NORMAL COURSE

08:34AM 17 OF BUSINESS.  I'M JUST GOING THROUGH THE FACTORS FOR 803.6.

08:34AM 18     AND I BELIEVE SHE INDICATED THAT IT WAS -- EMAILS FOR THE

08:34AM 19 PURPOSE OF THE LABORATORY REPORTING WAS SOMETHING THAT WAS

08:34AM 20 REGULARLY USED IN THERANOS AT THAT TIME.

08:34AM 21     I'M JUST CURIOUS WHETHER OR NOT YOU WISH TO INQUIRE AS TO

08:34AM 22 IF THERE WAS DUTY, OBLIGATION, TO MAINTAIN AND USE THOSE

08:34AM 23 RECORDS FOR THAT PURPOSE.

08:34AM 24     I THINK SHE SPOKE ABOUT THAT, BUT IT MIGHT BE BETTER TO

08:35AM 25 ENHANCE THE RECORD ON THAT.

08:35AM 1          MR. BOSTIC:  THANK YOU, YOUR HONOR.  I APPRECIATE

08:35AM 2   THE COURT'S COMMENTS.

08:35AM 3        MS. CHEUNG TESTIFIED THAT THOSE EMAILS COULD BE RESERVED

08:35AM 4   SO THEY CAN BE REFERENCED LATER, BUT I THINK WE CAN DEVELOP THE

08:35AM 5   RECORD FURTHER IF THE COURT THINKS IT WOULD BE HELPFUL AS TO

08:35AM 6   THE DUTY TO PRESERVE THOSE EMAILS.  I'LL BE HAPPY TO HANDLE

08:35AM 7   THAT ON REDIRECT.

08:35AM 8          THE COURT:  THANK YOU.

08:35AM 9        SO I DID -- LET'S GO BACK THEN TO YOUR PLEADINGS THAT WERE

08:35AM 10  FILED, MR. WADE.

08:35AM 11       I NOTED THEM AND THE GOVERNMENT'S RESPONSE.  I APPRECIATE

08:35AM 12  YOU BRINGING TO THE COURT'S ATTENTION YOUR OBJECTIONS

08:35AM 13  ANTECEDENT OF THE JURY COMING OUT HERE, BUT SOME OF THESE NEED

08:35AM 14  TO BE DEVELOPED, I THINK, SOME OF YOUR OBJECTIONS WOULD NEED TO

08:35AM 15  BE DEVELOPED ON THE RECORD I THINK.

08:35AM 16         MR. WADE:  WE WILL DEFER TO THE COURT'S PREFERENCE

08:35AM 17  ON THAT.  WE'RE HOPEFUL TO GET THE TEMPERATURE ON THE PORRIDGE

08:36AM 18  ON THESE ISSUES JUST RIGHT ONE OF THESE TIMES AND SATISFY

08:36AM 19  EVERYONE.

08:36AM 20       IT'S OBVIOUSLY OUR GOAL TO GIVE AS MUCH NOTICE, AND WE DID

08:36AM 21  SEND MANY OF THESE ISSUES TO THE GOVERNMENT ON SATURDAY.  WE

08:36AM 22  SENT A NOTICE WITH RESPECT DO OUR INTENT TO OBJECT.

08:36AM 23       JUST GIVEN A COUPLE OF THESE MAY REQUIRE A NEED TO

08:36AM 24  APPROACH, WE THOUGHT WE WOULD JUST RAISE THEM AND DEFER TO THE

08:36AM 25  COURT'S PREFERENCE.

08:36AM 1      I DO NOTE, SINCE THE COURT BROUGHT UP BUSINESS RECORDS AND

08:36AM 2  WE'RE LEARNING SORT OF THE CONTOURS OF THE APPLICATION OF THAT

08:36AM 3  IN THIS CASE, I WILL JUST NOTE THAT I THINK EXHIBITS 10 AND 11

08:36AM 4  TO OUR PLEADING, WHICH ARE EXHIBITS 1065 AND EXHIBIT 3961

08:36AM 5  RESPECTIVELY, ARE JUST THE KINDS OF CASUAL CONVERSATIONS THE

08:36AM 6  COURT WAS REFERRING TO.

08:36AM 7      THE COURT:  SURE.

08:37AM 8      MR. WADE:  PART IT WAS JUST AN EXERCISE IN GIVING

08:37AM 9  THE PARTIES SOME GUIDANCE AS TO WHERE WE ARE GOING FORWARD

08:37AM 10 HERE.

08:37AM 11      THE COURT:  NO.  I APPRECIATE THAT.

08:37AM 12     WHAT I'VE NOTICED IS THAT AS YOU SAY TAKING THE

08:37AM 13 TEMPERATURE OF THINGS HERE, WHAT I'VE NOTICED IS THAT THE

08:37AM 14 PLEADINGS, FOR SOME REASON, THE PAGE AMOUNTS HAVE BEEN REDUCED

08:37AM 15 A LITTLE BIT.  SO MAYBE THAT'S A FUNCTION OF THE TRIAL PROCESS

08:37AM 16 AS WELL AND GETTING FAMILIARITY WITH HOW WE'RE GOING TO GO

08:37AM 17 FORWARD.  SO I APPRECIATE THAT.

08:37AM 18     I THINK I KNOW WHAT YOU'RE TALKING ABOUT AS TO THOSE TWO,

08:37AM 19 AND I LOOKED AT THOSE AND IT SEEMED TO ME THAT THERE'S AN EMAIL

08:37AM 20 CHAIN -- AND I DON'T MEAN TO SPEAK IN FRONT OF THE WITNESS OR

08:37AM 21 IN FRONT OF WHAT THAT TESTIMONY WOULD BE.  IT COULD BE THAT I

08:37AM 22 LOOKED AT THAT AND THAT THAT WAS A RESPONSE TO -- AN

08:37AM 23 INTERCOMPANY RESPONSE AND REACTION TO -- THIS WAS, I THINK,

08:37AM 24 THERE WAS SOME SOFTWARE ENGINEERS WHO WERE UP UNTIL 3:00 A.M.

08:37AM 25 AND RESPONSES, COLLOQUY ABOUT WHY THAT HAPPENED, WHAT HAPPENED,

08:38AM 1    AND THEM WHAT WE SHOULD DO IN REMEDIAL ACTION.

08:38AM 2        SO I LOOKED AT THAT, AND IT MIGHT BE A CONTINUATION OF

08:38AM 3    THAT CONVERSATION.  BUT, AGAIN, I DON'T WANT TO PREJUDGE

08:38AM 4    ANYTHING.  IT MIGHT NOT BE ASKED.

08:38AM 5        MR. WADE:  SURE.  I UNDERSTAND, YOUR HONOR.  AND

08:38AM 6    THEY MAY NOT OFFER IT.

08:38AM 7        THE COURT:  RIGHT.

08:38AM 8        MR. WADE:  I WOULD JUST SUGGEST IN THAT PARTICULAR

08:38AM 9    INSTANCE, IF THAT CONVERSATION, IF WE COULD JUST IMAGINE IT TO

08:38AM 10   BE HAPPENING FACE TO FACE, THAT WOULD BE A HEARSAY COMMENT EVEN

08:38AM 11   IF IT'S A RESPONSE TO THE COMMENT.

08:38AM 12       BUT WE'LL DEFER TO THE COURT.  WE'RE HAPPY TO DO IT.

08:38AM 13       YOU DO NOTE HOW HARD SOME OF THESE FOLKS ARE WORKING, AND

08:38AM 14   I NOTE THAT MANY IN THE COURT ARE WORKING ON THIS, AND SO WE'RE

08:38AM 15   ATTEMPTING TO STREAMLINE THESE ISSUES AND MAKE SURE EVERYONE

08:38AM 16   HAS THE MATERIAL IN FRONT OF THEM AND WE'RE HAPPY TO WAIT FOR

08:38AM 17   THE COURT AND WAIT FOR THE WITNESS ON IT.

08:38AM 18       THE COURT:  THANK YOU.  THAT'S WHY RESERVE BETWEEN

08:38AM 19   8:30 AND 9:00 O'CLOCK, OR IF YOU EVER NEED TIME TO COME IN AT

08:38AM 20   7:00 A.M., I'M SURE YOU'LL LET ME KNOW THAT AS WELL.

08:38AM 21       MR. BOSTIC, ANYTHING ELSE FROM YOUR TABLE?

08:39AM 22       MR. LEACH?

08:39AM 23       MR. LEACH:  THANK YOU, YOUR HONOR.

08:39AM 24       JUST BRIEFLY ON 1065 AND 3961.  I THINK THERE'S A NUMBER

08:39AM 25   OF POSSIBLE HEARSAY EXCEPTIONS IN PLAY HERE, NOT JUST THE

08:39AM 1    BUSINESS RECORDS EXCEPTION, BUT I ALSO BELIEVE THAT THE

08:39AM 2    STATEMENTS BY MS. GANGAKHEDKAR, THEY'RE STATEMENTS OF AN AGENT,

08:39AM 3    SHE REPORTS DIRECTLY TO MS. HOLMES, SHE IS ON SOME LEVEL

08:39AM 4    FEEDING DIRECTIONS FROM MS. HOLMES TO HER TEAM, AND SO I THINK

08:39AM 5    THIS IS QUITE CLEARLY STATEMENTS OF AN EMPLOYEE OR AN AGENT IN

08:39AM 6    THE COURSE OF HER DUTIES.

08:39AM 7        SO TO THE EXTENT THAT THEY'RE STATEMENTS BY THAT WITNESS,

08:39AM 8    I THINK THERE'S MULTIPLE EXCEPTIONS THAT COULD POSSIBLY APPLY.

08:39AM 9        AND IF THERE ARE ADDITIONAL EXHIBITS RAISED IN THE

08:39AM 10    PLEADING, WE'RE HAPPY TO ADDRESS THEM NOW.  I DIDN'T VIEW ANY

08:39AM 11    OF THESE EXHIBITS AS THE TYPE THAT IF I ASKED FOUNDATIONAL

08:39AM 12    QUESTIONS OF THE WITNESS, THAT THAT WOULD SOMEHOW BE

08:39AM 13    INAPPROPRIATE FOR THE JURY.

08:40AM 14        WE APPRECIATE THE NOTICE FROM THE DEFENSE, BUT I DIDN'T

08:40AM 15    VIEW ANY OF THESE AS THINGS THAT NEEDED TO BE RAISED OUTSIDE OF

08:40AM 16    THE PRESENCE.  I THINK THE OBJECTIONS CAN BE MADE

08:40AM 17    CONTEMPORANEOUSLY.  I JUST DIDN'T WANT TO LOSE SIGHT THAT THERE

08:40AM 18    WERE MULTIPLE POSSIBLE HEARSAY EXCEPTIONS FOR A NUMBER OF

08:40AM 19    THESE.

08:40AM 20        THE COURT:  AND YOU'RE SUGGESTING 801(D)(2)(D) AS TO

08:40AM 21    THAT STATEMENT SPECIFICALLY?

08:40AM 22        MR. LEACH:  YES.  YES.

08:40AM 23        THE COURT:  THANK YOU.

08:40AM 24        ONE THING THAT WAS COVERED, I THINK THERE WAS SOME CONCERN

08:40AM 25    ABOUT THE PASSING OF AN EMPLOYEE.  AS I UNDERSTAND FROM THE

08:40AM 1    PLEADINGS, THE GOVERNMENT DOESN'T INTEND TO ASK ANY QUESTIONS

08:40AM 2    ABOUT THAT.

08:40AM 3            MR. LEACH:  I'M SORRY.  I DIDN'T HEAR THE COURT.

08:40AM 4            THE COURT:  IAN.  IAN.

08:40AM 5            MR. LEACH:  OH, THAT'S CORRECT.

08:40AM 6        IN PRIOR INTERVIEWS WE'VE TALKED TO MS. GANGAKHEDKAR ABOUT

08:40AM 7    THE PASSING OF IAN GIBBONS IN MAY OF 2013.  WE DON'T INTEND TO

08:40AM 8    INTRODUCE THAT EXHIBIT OR DWELL ON THE CIRCUMSTANCES OF HIS

08:40AM 9    PASSING, SO WE DON'T INTEND TO GO THERE.

08:41AM 10           THE COURT:  OKAY.  WILL YOU BE ASKING ANY QUESTIONS

08:41AM 11   ABOUT THAT, DO YOU KNOW?  OR CAN YOU TELL US NOW?  YOU DON'T

08:41AM 12   HAVE TO, OF COURSE.

08:41AM 13           MR. LEACH:  I DON'T THINK THERE'S CONTROVERSY OVER

08:41AM 14   THE FACT THAT HE PASSED AWAY.  I THINK THERE'S CONTROVERSY OVER

08:41AM 15   THE CIRCUMSTANCES AND THE CONTEXT.

08:41AM 16       I DON'T PLAN TO GET INTO THE CIRCUMSTANCES OR THE CONTEXT.

08:41AM 17   IT'S POSSIBLE THE FACT THAT HE PASSED AWAY COULD COME OUT, BUT

08:41AM 18   WE'RE NOT GOING TO ASK WHY OR HOW PEOPLE FELT OR --

08:41AM 19           THE COURT:  RIGHT.

08:41AM 20           MR. LEACH:  -- WAS THERE SPECULATION ABOUT WHAT

08:41AM 21   HAPPENED.

08:41AM 22       SO THIS WITNESS HAD BEEN RECRUITED BY DR. GIBBONS AND HAD

08:41AM 23   SOME FAMILIARITY WITH HIM, SO THE FACT OF HIS PASSING COULD

08:41AM 24   COME OUT.  BUT I'M NOT GOING TO ASK WHY AND IF THERE'S ANY

08:41AM 25   SPECULATION.

08:41AM  1      AND IF I UNDERSTAND THE DEFENSE'S CONCERNS, THAT'S REALLY

08:41AM  2   THE RUB IN THE MATTER.

08:41AM  3            MR. WADE:  THAT'S COMFORTING.  IT SOUNDS LIKE

08:41AM  4   MR. LEACH IS DRAWING WHAT WE CONSIDER TO BE APPROPRIATE

08:41AM  5   BOUNDARIES THERE.

08:41AM  6      THE OTHER ISSUE I MIGHT ADDRESS, JUST BRIEFLY, THAT MAYBE

08:42AM  7   IS AN APPROPRIATE PRELIMINARY ISSUE AND NOT A MOMENT, NOT A

08:42AM  8   TRIAL OBJECTION, IS THE IMMUNITY ORDER.

08:42AM  9      OF COURSE WE ALL KNOW THAT THE FIFTH AMENDMENT IS MEANT TO

08:42AM 10   PROTECT THE INNOCENT AS WELL AS THE ACCUSED, AND WHETHER ALL OF

08:42AM 11   THE JURORS KNOW THAT OR NOT IS, YOU KNOW, IS ANOTHER QUESTION,

08:42AM 12   AND THEY COULD INFER THINGS FROM OFFERING THAT.

08:42AM 13      WE DON'T INTEND TO GO -- WE'VE ADVISED THE GOVERNMENT WE

08:42AM 14   DON'T INTEND TO, TO ATTACK THE CREDIBILITY OF THE WITNESS, YOU

08:42AM 15   KNOW, ON THIS BASIS, AND UNDER 403, WE DON'T SEE ANY NEED FOR

08:42AM 16   THE GOVERNMENT TO FRONT THE IMMUNITY ORDER, TALK ABOUT THE

08:42AM 17   IMMUNITY ORDER.  I DON'T SEE IT AS RELEVANT AND I CERTAINLY SEE

08:42AM 18   IT AS PREJUDICIAL.

08:42AM 19            THE COURT:  WELL, THIS BRINGS UP THE ISSUE WHETHER

08:42AM 20   7.4 WOULD BE GIVEN, MODEL INSTRUCTION 7.4 WOULD BE GIVEN AT THE

08:42AM 21   CONCLUSION AND IF -- AND I DON'T KNOW WHAT MR. LEACH'S POSITION

08:42AM 22   IS ON THIS -- BUT IF THE JURY IS INFORMED THAT IMMUNITY WAS

08:43AM 23   GIVEN TO THIS WITNESS, IT SEEMS LIKE IF A PARTY REQUESTED 7.4,

08:43AM 24   I THINK THE COURT IS INCLINED TO GIVE IT.

08:43AM 25      BUT STEPPING BACKWARDS, I THINK THE ISSUES THAT WE'RE

08:43AM 1   CONCERNED IN THE MOTION WAS WHETHER OR NOT THE GOVERNMENT WOULD

08:43AM 2   SEEK TO SUPPORT THE CREDIBILITY OF THE TESTIMONY OF THE WITNESS

08:43AM 3   BASED ON THE IMMUNITY GRANT, AND WHAT I UNDERSTAND IS THAT

08:43AM 4   YOU'RE NOT GOING TO ATTACK THE CREDIBILITY, WHICH WOULD

08:43AM 5   PRECLUDE THE GOVERNMENT THEN FROM ADVANCING THAT ISSUE.

08:43AM 6       AND, ALTHOUGH, MR. LEACH, MAYBE YOU CAN TELL US WHAT YOUR

08:43AM 7   INTENT IS.

08:43AM 8           MR. LEACH:  MY INTENTION WAS TO BRING OUT THE FACT

08:43AM 9   THAT SHE HAS BEEN IMMUNIZED, SHE'S RECEIVED A BENEFIT FROM THE

08:43AM 10  GOVERNMENT.  THERE MAY BE JURORS WHO ARE WONDERING WHY OTHERS

08:43AM 11  WERE NOT PROSECUTED.

08:43AM 12      I THINK IT'S INCUMBENT ON AND PERMISSIBLE FOR EITHER PARTY

08:43AM 13  TO ELICIT THE FACT THAT SHE'S RECEIVED SOME FORM OF BENEFIT.

08:44AM 14      IT IS NOT THE GOVERNMENT'S INTENTION TO ADMIT THE IMMUNITY

08:44AM 15  ORDER OR TO REFER TO THE PROVISIONS OF THE IMMUNITY ORDER

08:44AM 16  THAT -- EXCEPT THE IMMUNITY FOR FALSE DECLARATION, WHICH UNDER

08:44AM 17  THE WALLACE CASE AND OTHER NINTH CIRCUIT CASES CAN BE VIEWED AS

08:44AM 18  BOLSTERING THE WITNESSES.  IT'S NOT OUR INTENTION TO DO THAT ON

08:44AM 19  OUR DIRECT EXAMINATION.

08:44AM 20      IF THE DEFENSE DOES GO THERE, LIKE WITH A PLEA AGREEMENT

08:44AM 21  OR ANY OTHER INSTANCE WHERE SOMEBODY HAS BEEN GIVEN A BENEFIT,

08:44AM 22  WE WILL SEE IF IT'S APPROPRIATE TO BRING OUT THAT FACT.

08:44AM 23      BUT I DON'T INTEND TO DWELL ON THE PROVISION OF THE

08:44AM 24  IMMUNITY ORDER THAT TALKS ABOUT THERE BEING AN EXCEPTION FOR

08:44AM 25  PERJURY, FALSE DECLARATION, OR SOMETHING ELSE TO SUGGEST THAT

1073

| | | |
|---|---|---|
| 08:44AM | 1 | SHE'S UNDER SOME SPECIAL OBLIGATION TO TESTIFY TRUTHFULLY HERE. |
| 08:44AM | 2 | BUT SHE'S BEEN GIVEN A BENEFIT.  I EXPECT THAT THE DEFENSE |
| 08:44AM | 3 | IS GOING TO SEEK THE INSTRUCTION THAT YOUR HONOR IS REFERRING |
| 08:44AM | 4 | TO, AND IT'S APPROPRIATE FOR EITHER SIDE TO BRING OUT THE |
| 08:44AM | 5 | DIFFERENT MOTIVATIONS OF A PARTICULAR WITNESS. |
| 08:45AM | 6 | MR. WADE:  YOUR HONOR, THE COMMENT ABOUT THE JURY |
| 08:45AM | 7 | WONDERING IF OTHER PEOPLE HAVE BEEN PROSECUTED AND, BY |
| 08:45AM | 8 | IMPLICATION, THERE WAS CRIMINAL ACTIVITY BY THE WITNESS I THINK |
| 08:45AM | 9 | IS KIND OF THE PROBLEM UNDER 4.3.  THE COMMENT THAT THE |
| 08:45AM | 10 | GOVERNMENT WAS SORT OF TELLING THEM IN THAT REGARD, I DON'T |
| 08:45AM | 11 | THINK THAT IS A PERMISSIBLE PURPOSE HERE AND CERTAINLY IT |
| 08:45AM | 12 | SHOULD BE INADMISSIBLE UNDER 403. |
| 08:45AM | 13 | THE INFERENCE THAT THEY'RE TRYING TO DRAW FROM THAT, WHICH |
| 08:45AM | 14 | IS TO SUGGEST OTHER CRIMINAL ACTIVITY, IS WHAT CONCERNS THE |
| 08:45AM | 15 | DEFENSE, YOUR HONOR. |
| 08:45AM | 16 | THE COURT:  WELL, AND THAT LINE OF QUESTIONING IS |
| 08:45AM | 17 | NOT SOMETHING THAT YOU WERE GOING TO DO I TAKE IT, MR. LEACH, |
| 08:45AM | 18 | TO TRY TO CREATE AN INFERENCE THAT THERE WERE OTHERS WHO |
| 08:45AM | 19 | POSSIBLY FACED CRIMINAL LIABILITY, BUT THEY'RE NOT BEFORE THE |
| 08:45AM | 20 | COURT OR SOMETHING LIKE THAT. |
| 08:45AM | 21 | MR. LEACH:  THAT'S NOT MY INTENTION, YOUR HONOR. |
| 08:45AM | 22 | MY QUESTIONS WILL BE, HAVE YOU BEEN SUBPOENAED TO TESTIFY? |
| 08:45AM | 23 | DO YOU UNDERSTAND THE COURT HAS ENTERED AN ORDER THAT YOUR |
| 08:45AM | 24 | TESTIMONY MAY NOT BE USED AGAINST YOU?  DO YOU UNDERSTAND THAT |
| 08:45AM | 25 | YOU'RE -- THAT THE COURT HAS ISSUED AN ORDER THAT YOUR |

08:46AM 1    TESTIMONY -- NOTHING CAN BE DERIVED FROM YOUR TESTIMONY?

08:46AM 2          NOTHING GREATER THAN THAT.  IT'S THE BENEFIT THAT SHE HAS

08:46AM 3    RECEIVED.  PEOPLE MIGHT BE WONDERING THE CIRCUMSTANCES FOR WHY

08:46AM 4    SHE'S TESTIFYING, AND I DON'T THINK THERE'S ANY REASON TO

08:46AM 5    CONCEAL THAT FROM THE JURY.

08:46AM 6          MR. WADE:  I HAVE NOTHING FURTHER, YOUR HONOR.

08:46AM 7          THE COURT:  OKAY.  THANK YOU.

08:46AM 8    LET ME JUST STATE THAT WITNESSES ARE -- THIS HAPPENS WITH

08:46AM 9    WITNESSES IN TRIAL FREQUENTLY.  AND THERE IS NOTHING FOR THE

08:46AM 10   FACT THAT THE WITNESS HAS BEEN GRANTED IMMUNITY TO COME OUT

08:46AM 11   BEFORE THE JURY.

08:46AM 12         AS I SAID, IN FINAL INSTRUCTIONS, THAT'S WHAT 7.4 IS FOR.

08:46AM 13         WHAT I THINK THE PLEADINGS -- WHAT YOUR PLEADINGS FILED

08:46AM 14   YESTERDAY SPEAK TO IS WHETHER OR NOT THAT CAN BE USED

08:46AM 15   AFFIRMATIVELY BY THE GOVERNMENT TO VOUCH FOR THE CREDIBILITY OF

08:46AM 16   A WITNESS, AND I THINK MR. LEACH KNOWS THE GROUNDWORK ON THAT.

08:46AM 17   THAT CAN'T HAPPEN UNLESS AND UNTIL THE DOOR HAS BEEN OPENED IN

08:46AM 18   SOME MANNER.

08:47AM 19         AND I THINK YOU KNOW THE DIFFERENCE, MR. WADE, BETWEEN

08:47AM 20   TURNING THE KNOB AND OPENING THE DOOR.

08:47AM 21         (LAUGHTER.)

08:47AM 22         MR. WADE:  WE DO, YOUR HONOR.  THANK YOU.

08:47AM 23         THE COURT:  ALL RIGHT.  ANYTHING FURTHER THIS

08:47AM 24   MORNING?

08:47AM 25         OH, LET ME TELL YOU, WHAT TIME -- DO THE PARTIES HAVE AN

08:47AM  1    IDEA OF WHEN WE SHOULD HAVE OUR MORNING BREAK?

08:47AM  2              MR. WADE:  THE COURT'S INDULGENCE?

08:47AM  3              THE COURT:  SURE.

08:47AM  4         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

08:47AM  5              MR. WADE:  MAYBE 11:00 O'CLOCK.

08:47AM  6              MR. LEACH:  THAT'S FINE WITH THE GOVERNMENT,

08:47AM  7    YOUR HONOR.

08:47AM  8              MR. WADE:  THANK YOU.

08:47AM  9              THE COURT:  THANK YOU.  WE'LL SEE YOU IN A MINUTE.

08:47AM  10             THE CLERK:  COURT IS IN RECESS.

08:47AM  11        (RECESS FROM 8:47 A.M. UNTIL 9:01 A.M.)

09:01AM  12        (JURY IN AT 9:01 A.M.)

09:01AM  13             THE COURT:  THANK YOU.  GOOD MORNING.  WE'RE BACK ON

09:01AM  14   THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE

09:01AM  15   AGAIN.

09:01AM  16        OUR JURY IS PRESENT AND OUR ALTERNATES ARE PRESENT.

09:01AM  17        GOOD MORNING, LADIES AND GENTLEMEN.

09:01AM  18        LET ME ASK YOU THE QUESTION THAT I TOLD YOU AND I WILL BE

09:02AM  19   ASKING YOU AT THE START OF EACH DAY.  I HAVE TOLD YOU HOW

09:02AM  20   IMPORTANT IT IS FOR YOU TO MAKE YOUR DECISIONS ONLY ON THE

09:02AM  21   EVIDENCE IN THIS CASE THAT IS RECEIVED IN THIS COURTROOM, AND

09:02AM  22   SO IT'S IMPORTANT FOR ME AND THE PARTIES TO KNOW WHETHER OR NOT

09:02AM  23   ANYONE HAS RECEIVED ANY INFORMATION OUTSIDE OF THE COURTROOM,

09:02AM  24   THAT IS, BY ANY NEWS STORY, RADIO, TELEVISION, INTERNET, SOCIAL

09:02AM  25   MEDIA, OR ANYONE SPEAKING TO YOU ABOUT ANYTHING TO DO WITH THIS

09:02AM  1    CASE.

09:02AM  2        LET ME JUST ASK FOR A SHOW OF HANDS IF ANYONE HAS HAD THAT

09:02AM  3    EXPERIENCE WHERE THEY HAVE HAD EXPOSURE TO ANY OUTSIDE

09:02AM  4    INFORMATION ABOUT THIS CASE.

09:02AM  5        AGAIN, IF YOU WANT TO SPEAK PRIVATELY, WE CAN CERTAINLY DO

09:02AM  6    THAT.

09:02AM  7        LET ME ASK FOR A SHOW OF HANDS FROM OUR JURY AND

09:02AM  8    ALTERNATES IF ANYONE HAS HAD THAT EXPERIENCE.

09:03AM  9        I SEE NO HANDS.

09:03AM 10        ALL RIGHT.  THANK YOU.  LET'S SEE.  I BELIEVE MS. CHEUNG

09:03AM 11    WAS ON THE STAND.

09:03AM 12        DID YOU HAVE ANY CONTINUING CROSS-EXAMINATION?

09:03AM 13            MR. WADE:  I DO, YOUR HONOR.

09:03AM 14            THE COURT:  ALL RIGHT.  THANK YOU.

09:03AM 15        COULD WE CALL THE WITNESS IN, PLEASE.

09:03AM 16        GOOD MORNING, MS. CHEUNG.  I'LL INVITE YOU TO TAKE A SEAT

09:03AM 17    AGAIN IN THE WITNESS STAND.

09:03AM 18        AGAIN, MAKE YOURSELF COMFORTABLE.  I'LL ENCOURAGE YOU TO

09:03AM 19    SPEAK DIRECTLY INTO THE MICROPHONE.

09:03AM 20        WHEN YOU ARE COMFORTABLE, WOULD YOU JUST STATE YOUR NAME

09:03AM 21    AGAIN, PLEASE.

09:03AM 22            THE WITNESS:  MY NAME IS ERIKA CHEUNG.

09:03AM 23            THE COURT:  THANK YOU.  AND I'LL REMIND YOU YOU'RE

09:03AM 24    STILL UNDER OATH.

09:03AM 25            THE WITNESS:  OKAY.

09:03AM  1              THE COURT:  AND YOU CAN REMOVE YOUR MASK IF YOU

09:03AM  2    WISH.

09:04AM  3              THE WITNESS:  OKAY.

09:04AM  4                    **CROSS-EXAMINATION (RESUMED)**

09:04AM  5    BY MR. WADE:

09:04AM  6    Q.   GOOD MORNING, MS. CHEUNG.

09:04AM  7    A.   GOOD MORNING.

09:04AM  8    Q.   I'D LIKE TO ASK SOME MORE QUESTIONS TODAY AND PICK UP IN

09:04AM  9    THE CLIA LABORATORY.

09:04AM  10   A.   I'M HAVING A LITTLE TROUBLE HEARING YOU.

09:04AM  11   Q.   THANK YOU FOR TELLING ME THAT.

09:04AM  12        IS THAT BETTER?

09:04AM  13   A.   YES.

09:04AM  14   Q.   THANK YOU.

09:04AM  15        I WOULD LIKE TO PICK UP WITH SOME QUESTIONS TODAY ABOUT

09:04AM  16   SOME OF YOUR WORK IN THE CLIA LAB AT THERANOS.

09:04AM  17   A.   OKAY.

09:04AM  18   Q.   AND DO YOU RECALL YOUR DISCUSSION ABOUT THE EDISON DEVICE,

09:04AM  19   YOU TALKED ABOUT HOW THERE WAS SOFTWARE ON THE EDISON SYSTEM?

09:04AM  20   A.   YES.

09:04AM  21   Q.   AND WAS THERE A SPECIAL TEAM OF PEOPLE WHO WERE DEDICATED

09:04AM  22   TO DOING THE SOFTWARE PROGRAMMING FOR THAT?

09:04AM  23   A.   YES.

09:04AM  24   Q.   AND DO YOU RECALL WHO THOSE FOLKS WERE?

09:04AM  25   A.   ONE OF THE PEOPLE IN CHARGE OF DOING THE SOFTWARE WAS

09:04AM  1    MICHAEL CRAIG, C-R-A-I-G, BUT I DON'T KNOW --

09:04AM  2    Q.   AND THERE MAY HAVE BEEN OTHERS.  MR. CRAIG WAS THE ONE WHO

09:04AM  3    YOU INTERACTED --

09:05AM  4    A.   HE WAS THE ONE WHO I INTERFACED WITH THE MOST.

09:05AM  5    Q.   AND YOU ALSO TALKED ABOUT THE ALCHEMIST?

09:05AM  6    A.   YES.

09:05AM  7    Q.   AND COULD YOU JUST TELL US WHAT THAT IS?

09:05AM  8    A.   SO ALCHEMIST WAS A SOFTWARE DATABASE, AND ESSENTIALLY WHEN

09:05AM  9    THE EDISON DEVICES HAD FINISHED COMPLETING A TEST OR A RUN, IT

09:05AM  10   WOULD UPLOAD ALL OF THE INFORMATION TO ALCHEMIST, WHEREIN THAT

09:05AM  11   INFORMATION WOULD BE DOWNLOADED AND GATHERED BY PEOPLE IN THE

09:05AM  12   RESEARCH AND DEVELOPMENT TEAM OR IN THE CLINICAL LAB FOR A

09:05AM  13   PERIOD OF TIME.

09:05AM  14        EVENTUALLY THAT WAS AUTOMATED, BUT THERE WAS A PERIOD OF

09:05AM  15   TIME WHERE THAT WAS THE CASE FOR THE CLINICAL LAB THAT IT WAS

09:05AM  16   PULLED FROM ALCHEMIST.

09:05AM  17   Q.   AND WHEN IT WAS AUTOMATED, DID IT START GOING INTO A

09:05AM  18   LABORATORY INFORMATION SYSTEM?

09:05AM  19   A.   IT WAS -- THE RAW DATA OR THE PATIENT DATA?

09:05AM  20   Q.   THE PATIENT DATA.

09:05AM  21   A.   THE PATIENT DATA WENT INTO A LABORATORY INFORMATION

09:06AM  22   SYSTEM.

09:06AM  23   Q.   OKAY.

09:06AM  24   A.   BUT -- SORRY.  THAT WAS MANUALLY ENTERED WHEN I WAS

09:06AM  25   WORKING THERE.  IT WASN'T AUTOMATED INTO THE SYSTEM.

09:06AM 1    Q.   OKAY.  AND CAN YOU TELL US WHAT LABORATORY INFORMATION

09:06AM 2    SYSTEM IS?

09:06AM 3    A.   LABORATORY INFORMATION SYSTEM IS A DATABASE THAT YOU KEEP

09:06AM 4    ALL OF THE PATIENT RECORDS AND PATIENT INFORMATION, THE

09:06AM 5    CLINICIAN INFORMATION, THE PATIENT RESULTS, YOU'LL STORE

09:06AM 6    QUALITY CONTROL INFORMATION, THE TECHNICIANS IN CHARGE OF

09:06AM 7    RUNNING THE PATIENT SAMPLE, THE CLINICAL LAB SCIENTIST WHO

09:06AM 8    WOULD BE RESPONSIBLE FOR REVIEWING THE INFORMATION.

09:06AM 9         IT'S SORT OF A COMPREHENSIVE DATABASE THAT YOU UTILIZE IN

09:06AM 10   ORDER TO RESULT OUT CLINICAL DIAGNOSTIC RESULTS, AND THAT'S

09:06AM 11   WHAT WE USED IT FOR AT THERANOS AS WELL.

09:06AM 12   Q.   IT WAS SORT OF A HUB OF ALL OF THE LAB DATA?

09:06AM 13   A.   ALL OF THE CLINICAL DATA, YES.

09:07AM 14   Q.   AND SO WOULD THAT -- IF YOU HAD ACCESS TO THAT

09:07AM 15   INFORMATION, WOULD THAT GIVE YOU A SENSE OF WHEN A PARTICULAR

09:07AM 16   TEST STARTED RUNNING IN THE LAB?

09:07AM 17   A.   SAY THAT ONE MORE TIME.

09:07AM 18   Q.   IF YOU HAD ACCESS TO DATA WITHIN THE LAB INFORMATION

09:07AM 19   SYSTEM, WOULD THAT TELL YOU WHEN A PARTICULAR TEST STARTED TO

09:07AM 20   GO LIVE IN THE LAB AND BE USED ON PATIENT TESTING?

09:07AM 21   A.   SO CAN I GIVE AN EXAMPLE JUST FOR CLARIFICATION?

09:07AM 22   Q.   SURE.

09:07AM 23   A.   SO ARE YOU SAYING -- SAY, FOR EXAMPLE, WE HAD A NEW EDISON

09:07AM 24   TEST THAT WE WERE RUNNING, WOULD IT BE LOCATED IN THE

09:07AM 25   LABORATORY INFORMATION SYSTEM WHETHER THAT TEST WENT LIVE?

09:07AM 1    Q.   LET ME ASK IT A DIFFERENT WAY.  WHOEVER WHO WAS THE FIRST

09:07AM 2    PATIENT WHO RECEIVED THE TEST, YOU WOULD HAVE THAT INFORMATION

09:07AM 3    IN THE LABORATORY INFORMATION SYSTEM; RIGHT?

09:07AM 4    A.   CAN YOU REPEAT THAT ONE MORE TIME?

09:07AM 5    Q.   LET'S USE AN EXAMPLE.  SO VITAMIN D WAS A TEST THAT WE

09:07AM 6    TALKED ABOUT A FAIR BIT?

09:07AM 7    A.   YES.

09:07AM 8    Q.   AND YOU TALKED ABOUT THAT RUNNING ON THE EDISON DEVICE.

09:07AM 9         DO YOU RECALL THAT?

09:08AM 10   A.   YES.

09:08AM 11   Q.   AND SO AT SOME POINT THAT DEVICE STARTED RUNNING VITAMIN D

09:08AM 12   IN THE LAB.

09:08AM 13        AND IF WE WANTED TO FIGURE OUT WHEN THAT WAS, WE COULD

09:08AM 14   LOOK AT THE LABORATORY INFORMATION SYSTEM AND FIND THE FIRST

09:08AM 15   RESULT FOR AN EDISON DEVICE AND A PATIENT WHO GOT A VITAMIN D?

09:08AM 16   A.   IN THE LABORATORY INFORMATION SYSTEM?

09:08AM 17   Q.   YEAH.

09:08AM 18   A.   THERE WAS A PERIOD OF TIME WHERE, NO, THAT INFORMATION WAS

09:08AM 19   NOT FOUND THERE.  IT WAS FOUND IN SPREADSHEETS.

09:08AM 20   Q.   OKAY.

09:08AM 21   A.   BUT THEN IT MIGRATED INTO A LABORATORY INFORMATION SYSTEM

09:08AM 22   AFTERWARDS.  BUT THAT WAS AT THE TAIL END, AT LEAST FROM MY

09:08AM 23   EXPERIENCE WORKING AT THERANOS, THE TAIL END OF ME WORKING

09:08AM 24   THERE.

09:08AM 25   Q.   AND I WANT TO BACK UP AND SET A LITTLE BIT OF TIMING FRAME

09:08AM  1    OF REFERENCE FOR THE RECORD HERE.

09:08AM  2         THE LABORATORY, CLINICAL LABORATORY AT THE TIME THAT YOU

09:09AM  3    STARTED AT THE COMPANY WAS COLLECTING AND PROCESSING SAMPLES

09:09AM  4    FROM, FROM A COLLECTION CENTER IN PALO ALTO; IS THAT RIGHT?

09:09AM  5    A.   IT WAS THE WALGREENS IN PALO ALTO, YES.

09:09AM  6    Q.   AND THERE WAS ONE LOCATION AT THE TIME THAT YOU JOINED?

09:09AM  7    A.   THERE WAS ONE LOCATION IN PALO ALTO, AND THEN WE HAD JUST

09:09AM  8    STARTED TO OPEN UP A LOCATION IN ARIZONA.

09:09AM  9    Q.   AND THE LOCATIONS IN ARIZONA, THOSE STARTED IN ABOUT

09:09AM  10   NOVEMBER 13TH, 2013?

09:09AM  11   A.   I THINK IT WAS LATER THAN THAT, BUT IT WAS AROUND

09:09AM  12   DECEMBER, JANUARY MORE SO THAN NOVEMBER.

09:09AM  13   Q.   MAYBE THERE WAS A SOFT OPENING AND TO GET -- START GETTING

09:09AM  14   THINGS SET UP?

09:09AM  15   A.   YES.

09:09AM  16   Q.   BUT YOU THINK YOU STARTED PROCESSING SAMPLES FROM ARIZONA

09:09AM  17   IN DECEMBER OR JANUARY?

09:09AM  18   A.   YES.

09:09AM  19   Q.   OKAY.  AND SO AT THAT POINT THERE WERE THREE LOCATIONS?

09:09AM  20   A.   EITHER TWO OR THREE.

09:09AM  21   Q.   AND I THINK YOU TESTIFIED ABOUT THE SEVEN TESTS THAT WERE

09:10AM  22   RUN ON THE EDISON DEVICE DURING YOUR TIME AT THE COMPANY.

09:10AM  23   A.   YES.

09:10AM  24   Q.   YES?

09:10AM  25   A.   YES.

09:10AM 1    Q.   AND THOSE WERE VITAMIN D, TSH, FT4, TPSA, TT3, TT4, AND

09:10AM 2    TST?

09:10AM 3    A.   TST?  YES.  AND THERE WERE KIND OF A RANGE OF OTHERS, BUT

09:10AM 4    SOME OF THEM WEREN'T ACTIVE.

09:10AM 5    Q.   OKAY.  THE SEVEN WERE THE ONES THAT YOU RECALL WERE

09:10AM 6    ACTUALLY RUN IN THE CLIA LABORATORY?

09:10AM 7    A.   YES.

09:10AM 8    Q.   OKAY.  AND DO YOU RECALL THE DATE ON WHICH YOU STARTED

09:10AM 9    RUNNING THE VITAMIN D ON THE EDISON?

09:10AM 10   A.   SAY THAT ONE MORE TIME.

09:10AM 11   Q.   DO YOU RECALL THE DATE IN WHICH -- APPROXIMATELY.  I KNOW

09:11AM 12   IT WAS A LONG TIME AGO.

09:11AM 13   A.   YEAH.

09:11AM 14   Q.   DO YOU RECALL APPROXIMATELY THE DATE ON WHICH YOU STARTED

09:11AM 15   RUNNING THE VITAMIN D ASSAY ON THE EDISON?

09:11AM 16   A.   WHEN WE STARTED RUNNING --

09:11AM 17   Q.   YEAH.

09:11AM 18   A.   -- THE VITAMIN D ASSAY?

09:11AM 19        SO WE -- I HAD STARTED RUNNING THE VITAMIN D PERSONALLY ON

09:11AM 20   PATIENT SAMPLES OR IN DEVELOPMENT.

09:11AM 21   Q.   ON PATIENT SAMPLES?

09:11AM 22   A.   ON PATIENT SAMPLES.  AS EARLY IN NOVEMBER OF 2013.  IT MAY

09:11AM 23   HAVE EVEN BEEN THE LATER PART OF OCTOBER AS WELL.

09:11AM 24   Q.   OKAY.  BUT YOU THINK AROUND THE END OF OCTOBER, START OF

09:11AM 25   NOVEMBER FOR VITAMIN D?

CHEUNG CROSS BY MR. WADE

09:11AM 1    A.   OF 2013, YES.

09:11AM 2    Q.   AND WERE THERE, WERE THERE OTHER TESTS THAT WERE RUN IN

09:11AM 3    THAT EARLY PERIOD IN OCTOBER OR NOVEMBER OF 2013 ON THE EDISON?

09:11AM 4    A.   YES.

09:11AM 5    Q.   AND WHICH ONES?

09:11AM 6    A.   SO THE FOUR CORE WERE TSH, THYROID STIMULATING HORMONE,

09:12AM 7    TPSA, TOTAL PROSTATE SPECIFIC ANTIGEN, AND THEN FT4, WHICH IS A

09:12AM 8    FREE THYROXINE 4.

09:12AM 9    Q.   AND THEN THE THREE OTHER ASSAYS THAT WE TALKED ABOUT, TT3,

09:12AM 10   TT4, AND TST.  DO YOU RECALL ABOUT WHEN THOSE STARTED TO BE RUN

09:12AM 11   IN THE CLIA LAB?

09:12AM 12   A.   SO THOSE STARTED TO BE RUN IN THE CLIA LAB, WE STARTED TO

09:12AM 13   SEE MORE ONBOARDING FROM JANUARY ROUGHLY TO FEBRUARY, AND

09:12AM 14   DEFINITELY WITHIN MARCH.

09:12AM 15   Q.   OKAY.  SO YOU THINK THOSE THREE MAYBE CAME ON IN FEBRUARY,

09:12AM 16   MARCH?

09:12AM 17   A.   YEAH.  IT DEPENDS.  IT DEPENDED ON A COUPLE OF FACTORS

09:12AM 18   WHETHER WE WERE ABLE TO HAVE THEM WHAT WE CALL "GO LIVE."

09:12AM 19        WE NEEDED TO MAKE SURE WE HAD THE RANGES, THE CALIBRATION

09:13AM 20   SET UP, THE QC RANGES, AND THERE'S A LOT OF INFRASTRUCTURE YOU

09:13AM 21   HAD TO SET UP.  SO IT'S NOT -- IT WOULDN'T -- I WOULDN'T BE

09:13AM 22   ABLE TO TELL YOU THE EXACT DATE AT THIS TIME.

09:13AM 23   Q.   AND DO YOU RECALL THE TOTAL NUMBER OF EDISON TESTS THAT

09:13AM 24   WERE RUN IN THE CLIA LAB IN, SAY, NOVEMBER OF 2013?

09:13AM 25   A.   THE TOTAL NUMBER OF EDISON TESTS THAT WERE RUN?

09:13AM  1    Q.   AND BY THAT LET ME BE MORE SPECIFIC.

09:13AM  2         DO YOU REMEMBER ABOUT HOW MANY PATIENT RESULTS WERE, WERE

09:13AM  3    ANALYZED AND COMMUNICATED IN NOVEMBER OF 2013?

09:13AM  4    A.   FOR JUST EDISON?

09:13AM  5    Q.   JUST EDISON DEVICES.

09:13AM  6    A.   THE TOTAL NUMBER OF PATIENTS WE PROCESSED THAT MONTH?

09:14AM  7    Q.   TOTAL.

09:14AM  8    A.   I WOULDN'T KNOW.

09:14AM  9    Q.   DOES ABOUT 17 SOUND ABOUT RIGHT?

09:14AM  10   A.   I WOULDN'T KNOW.

09:14AM  11   Q.   AND HOW ABOUT DECEMBER?  WOULD YOU BE ABLE TO KNOW THAT?

09:14AM  12   A.   NO.

09:14AM  13   Q.   TEN?  DOES THAT SOUND ABOUT RIGHT?

09:14AM  14   A.   I WOULDN'T KNOW.  I WOULDN'T KNOW THAT EXACT NUMBER.

09:14AM  15   Q.   AND YOU WOULDN'T KNOW THAT FOR THE MONTHS THAT FOLLOWED?

09:14AM  16   A.   NO.

09:14AM  17   Q.   I UNDERSTAND.  IT'S A SPECIFIC QUESTION FROM A LONG TIME

09:14AM  18   AGO.

09:14AM  19        I'D LIKE TO ASK YOU A COUPLE OF QUESTIONS ABOUT THE

09:14AM  20   HARDWARE QC FOR THE 3.5 DEVICES AFTER THEY WERE IN THE CLINICAL

09:14AM  21   LAB.

09:14AM  22   A.   UH-HUH.

09:14AM  23   Q.   DO YOU RECALL THE TEAM OF PEOPLE WHO WAS INVOLVED IN DOING

09:14AM  24   THAT WORK?

09:14AM  25   A.   IN THE QC OF THE ACTUAL EDISON DEVICES?

09:15AM 1    Q.   YES, FROM A HARDWARE PERSPECTIVE AS OPPOSED TO AN ASSAY

09:15AM 2    PERSPECTIVE.

09:15AM 3    A.   SO THAT WAS SAMARTHA ANEKAL'S TEAM, SO IT WOULD BE PEOPLE

09:15AM 4    LIKE DAVID PHILIPPEDES, JARED O'LEARY, ALPHONSO NGUYEN, AND

09:15AM 5    THERE ARE A COUPLE OF OTHER ENGINEERS ON THAT TEAM.

09:15AM 6    Q.   OKAY.  DO YOU STILL HAVE THE BINDER I GAVE YOU ON

09:15AM 7    WEDNESDAY UP THERE?

09:15AM 8    A.   YES.

09:15AM 9    Q.   COULD I CALL YOUR ATTENTION TO DX 10480.

09:15AM 10   A.   CAN YOU SAY THAT NUMBER AGAIN?

09:15AM 11   Q.   SURE.  10480.

09:16AM 12   A.   I DON'T BELIEVE I HAVE THAT DOCUMENT.

09:16AM 13        OH, OH, OH.  SORRY.  IT WAS IN THE BACK.

09:16AM 14   Q.   WAS IT IN THE BACK THERE?

09:16AM 15   A.   YES.

09:16AM 16   Q.   DO YOU HAVE IT IN FRONT OF YOU NOW?

09:16AM 17   A.   YES.

09:16AM 18   Q.   AND WHAT IS 10480?

09:16AM 19   A.   DOCUMENT 10480 IS AN EMAIL THAT IS SENT TO THE ELISA TEAM

09:16AM 20   ABOUT THE DAILY QC PROCEDURE THAT SAMARTHA ANEKAL'S TEAM IS

09:17AM 21   PERFORMING ON THE EDISON DEVICES.

09:17AM 22   Q.   AND IS THIS A DOCUMENT THAT YOU RECEIVED WHEN YOU WERE

09:17AM 23   WORKING THERE?

09:17AM 24   A.   YES.

09:17AM 25   Q.   AND YOU TALKED WITH MR. BOSTIC YESTERDAY ABOUT THE WAY IN

09:17AM  1    WHICH EMAILS WERE COMMUNICATED AND THE IMPORTANCE OF EMAILS AND

09:17AM  2    MAKING SURE THAT THEY WERE ACCURATE.

09:17AM  3        DO YOU RECALL THAT?

09:17AM  4    A.   YES.

09:17AM  5    Q.   AND YOU RECALLED SOME TESTIMONY ABOUT HOW THESE WERE

09:17AM  6    MAINTAINED, YOU KNOW, IN THE REGULAR COURSE OF BUSINESS?

09:17AM  7    A.   YES.

09:17AM  8    Q.   AND THIS PARTICULAR DOCUMENT IS COMMUNICATING SORT OF A

09:17AM  9    POLICY AND PRACTICE THAT WAS TO BE FOLLOWED WITHIN THE LAB?

09:17AM  10   A.   YES.

09:17AM  11   Q.   OKAY.

09:17AM  12       I'D MOVE THE ADMISSION OF 10480.

09:17AM  13           MR. BOSTIC:  NO OBJECTION.

09:17AM  14           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:17AM  15       (DEFENDANT'S EXHIBIT 10480 WAS RECEIVED IN EVIDENCE.)

09:18AM  16   BY MR. WADE:

09:18AM  17   Q.   MS. CHEUNG, IF I COULD JUST CALL YOUR ATTENTION TO --

09:18AM  18           THE COURT:  THAT WAS MINE.

09:18AM  19   BY MR. WADE:

09:18AM  20   Q.   IF I COULD JUST CALL YOUR ATTENTION TO THE TOP OF THE

09:18AM  21   EMAIL.  THIS WAS AN EMAIL THAT WAS SENT NOVEMBER 27TH, 2013?

09:18AM  22   A.   YES.

09:18AM  23   Q.   AND YOU MENTION THE ELISA TEAM.  I THINK WE TALKED ABOUT

09:18AM  24   THE ELISA TEAM.

09:18AM  25       DO YOU THINK THIS GROUP OF PEOPLE AT THE TOP, THOSE ARE

09:18AM   1    THE ELISA TEAM MEMBERS?

09:18AM   2    A.   YES.

09:18AM   3    Q.   AND DO YOU SEE YOUR NAME IN THERE?

09:18AM   4    A.   YES.

09:18AM   5    Q.   AND CAN YOU EXPLAIN TO US -- I'LL CALL YOUR ATTENTION TO

09:18AM   6    THE BODY OF THE EMAIL.

09:19AM   7         NOW, THE SUBJECT LINE WAS 3.5 READER QUALITY CONTROL TEST;

09:19AM   8    RIGHT?

09:19AM   9    A.   YES.

09:19AM   10   Q.   OKAY.  AND CAN YOU EXPLAIN TO US -- WELL, LET ME START

09:19AM   11   WITH, WHO IS MR. O'LEARY?

09:19AM   12   A.   SO JARED O'LEARY IS AN ENGINEER ON SAMARTHA ANEKAL'S TEAM,

09:19AM   13   AND I DON'T REMEMBER THE NAME OF THE TEAM, BUT IT'S THE DEVICE

09:19AM   14   ENGINEERING TEAM.

09:19AM   15   Q.   OKAY.  AND WHO IS GARY FRENZEL?

09:19AM   16   A.   I'M SORRY?

09:19AM   17   Q.   GARY FRENZEL?  DO YOU KNOW --

09:19AM   18   A.   I DON'T KNOW GARY FRENZEL.

09:19AM   19   Q.   AND CAN YOU EXPLAIN WHAT MR. O'LEARY WAS SETTING FORTH IN

09:19AM   20   THIS EMAIL?

09:19AM   21   A.   THIS EMAIL IS A QC PROCEDURE IN ORDER TO DETERMINE HOW

09:19AM   22   WELL THE EDISON DEVICE AND THE HARDWARE OF THE EDISON DEVICE IS

09:20AM   23   PERFORMING, AND HIS TEAM ESSENTIALLY AGGREGATED ALL OF THE

09:20AM   24   INFORMATION AND PUT IT INTO A SPREADSHEET OR A DOCUMENT TO LET

09:20AM   25   US KNOW.

CHEUNG CROSS BY MR. WADE

09:20AM 1    Q.   OKAY.  WE TALKED YESTERDAY ABOUT -- OR ON WEDNESDAY ABOUT

09:20AM 2    QUALITY CONTROL THAT YOU WERE RESPONSIBLE FOR.

09:20AM 3        DO YOU RECALL THAT?

09:20AM 4    A.   YES.

09:20AM 5    Q.   THIS IS A COMPLETELY SEPARATE PROCESS FROM THAT; CORRECT?

09:20AM 6    A.   YES.

09:20AM 7    Q.   AND BECAUSE THIS RELATES TO THE HARDWARE OPERATIONS OF THE

09:20AM 8    MACHINE?

09:20AM 9    A.   YES.

09:20AM 10   Q.   AND IT ASKS -- DO YOU SEE IN THE SECOND PARAGRAPH THERE

09:20AM 11   WHERE IT POINTS TO A DRIVE, S DRIVE?

09:20AM 12   A.   YES.

09:20AM 13   Q.   AND DO YOU SEE THAT?

09:20AM 14   A.   YES.

09:20AM 15   Q.   AND WHAT IS THAT DRIVE?

09:20AM 16   A.   SO THE S DRIVE IS A DATA DRIVE THAT WE HAD THAT WAS SHARED

09:20AM 17   AMONGST DIFFERENT DEPARTMENTS.  SO EACH DRIVE HAD DIFFERENT --

09:21AM 18   LIKE THE J DRIVE, FOR EXAMPLE, WAS FOR RESEARCH AND

09:21AM 19   DEVELOPMENT; CLIA HAD ITS OWN RESTRICTED DRIVE; AND SO THE S

09:21AM 20   DRIVE WAS ANOTHER ONE OF THESE SORT OF DATA DRIVES THAT WE HAD

09:21AM 21   AT THERANOS IN ORDER TO SHARE INFORMATION.

09:21AM 22   Q.   AND WAS THERE A REQUEST THAT THE DATA THAT WAS DERIVED AS

09:21AM 23   A PART OF THIS PROCESS WAS STORED THERE SO EVERYONE COULD HAVE

09:21AM 24   ACCESS TO IT?

09:21AM 25   A.   YES.

09:21AM  1    Q.   OKAY.  AND LET ME FOCUS ON THE TOP PARAGRAPH IF I COULD.

09:21AM  2         HERE THERE'S A MENTION TO THE SIV TEAM.  WHAT IS THE SIV

09:21AM  3    TEAM?

09:21AM  4    A.   I DON'T REMEMBER WHAT THE ACRONYM STANDS FOR.

09:21AM  5    Q.   WAS IT MAYBE SYSTEMS INTEGRATION?

09:21AM  6    A.   I BELIEVE SO, BUT I'M NOT CERTAIN.

09:21AM  7    Q.   OKAY.  AND IT TALKS HERE ABOUT HOW THEY'RE GOING TO DO

09:21AM  8    THIS, THEIR ONLY DAILY QC PROCEDURE, ON THE DEVICES.

09:22AM  9         DO YOU SEE THAT?

09:22AM  10   A.   YES.

09:22AM  11   Q.   OKAY.  AND DO YOU RECALL THEM DOING THAT WHEN YOU WERE

09:22AM  12   THERE?

09:22AM  13   A.   YES.

09:22AM  14   Q.   AND I THINK WE SAW A SPREADSHEET YESTERDAY WHERE YOU WERE

09:22AM  15   TRACKING SOME ISSUES WITH RESPECT TO SOFTWARE AND THE LIKE.

09:22AM  16        DO YOU RECALL THAT?

09:22AM  17   A.   YES.

09:22AM  18   Q.   AND WAS THAT PART OF THIS PROCESS?

09:22AM  19   A.   NO.

09:22AM  20   Q.   THAT WAS A SEPARATE PROCESS?

09:22AM  21   A.   THAT WAS A SEPARATE PROCESS.

09:22AM  22   Q.   OKAY.  BUT I TAKE IT YOU FOLLOWED THIS PROCESS, TOO?

09:22AM  23   A.   YES.

09:22AM  24   Q.   OKAY.  AND IF I COULD MOVE YOUR ATTENTION DOWN TO THE

09:22AM  25   PORTION OF THE DOCUMENT STARTING WITH "ONCE," AND THEN GOING

CHEUNG CROSS BY MR. WADE                                                    1090

09:22AM   1      THROUGH THE NUMBERED PARAGRAPHS THERE.

09:23AM   2          NOW, HERE THEY WERE TALKING ABOUT IF THE DEVICE'S

09:23AM   3      PERFORMANCE WAS DETERIORATING OVER TIME, THEY WANTED YOU TO

09:23AM   4      MAKE NOTE OF THAT; RIGHT?

09:23AM   5      A.   CAN I READ IT REALLY QUICKLY?

09:23AM   6      Q.   DID YOUR SCREEN GO DARK?

09:23AM   7      A.   NO.

09:23AM   8      Q.   OH, YEAH, SURE.  READ IT.  PLEASE.

09:23AM   9          THE CLERK:  IS YOURS ON, COUNSEL?

09:23AM   10         (PAUSE IN PROCEEDINGS.)

09:23AM   11         MR. WADE:  IF WE MIGHT LOOK TO MAKE SURE THE JURORS

09:23AM   12     ARE ABLE TO SEE THE DOCUMENT?  I CAN'T, BUT I CAN WORK WITHOUT

09:23AM   13     IT.

09:23AM   14         THE COURT:  IS THIS UP ON THE MONITOR?

09:23AM   15         I'M SEEING AFFIRMATIVE NODS.

09:23AM   16         THE WITNESS:  OKAY.

09:24AM   17         MR. WADE:  MS. KRATZMANN DID THE RELIABLE

09:24AM   18     TURN-OFF-AND-ON TRICK.

09:24AM   19         (PAUSE IN PROCEEDINGS.)

09:24AM   20     BY MR. WADE:

09:24AM   21     Q.   HAVE YOU HAD A CHANCE TO LOOK AT IT, MS. CHEUNG?

09:24AM   22     A.   YES.

09:24AM   23     Q.   AND DO YOU RECALL THIS WAS ASKING IF YOU SAW A

09:24AM   24     DETERIORATION IN THE PERFORMANCE OF THE DEVICE OR IMPRECISION

09:24AM   25     OR INACCURACY TO MAKE NOTE OF THAT AND PUT IT INTO THAT DRIVE?

09:24AM 1    A.   SO THIS IS ACTUALLY SAYING THAT THEY TRACK THIS

09:24AM 2    INFORMATION.

09:24AM 3         SO THE SIV TEAM ESSENTIALLY TRACKS THE PERFORMANCE OF THE

09:24AM 4    DEVICES, AND THEY ARE CREATING A GRAPH TO ALLOW US TO KNOW IF

09:24AM 5    WE ARE HAVING AN ISSUE ON THE DEVICE SIDE OR ON THE CHEMISTRY

09:24AM 6    SIDE.

09:24AM 7         SO THEY WERE COLLECTING A WHOLE BUNCH OF QC DATA TO ALLOW

09:24AM 8    US TO KNOW WHETHER THERE WAS DETERIORATION OVER TIME IN THE

09:24AM 9    DEVICE PERFORMANCE.

09:24AM 10        SO WE DIDN'T ACTUALLY AGGREGATE THAT INFORMATION.  THE SIV

09:25AM 11   TEAM IS AGGREGATING THAT AND TELLING US THAT WE CAN LOOK OVER

09:25AM 12   IT IN THIS DOCUMENT THAT THEY PUT ON THE S DRIVE.

09:25AM 13   Q.   AND THAT TEAM WAS DOING A COMPLETELY SEPARATE PROCESS

09:25AM 14   INDEPENDENT OF YOU, BUT SHARING THOSE RESULTS WITH YOU SO THAT

09:25AM 15   YOU COULD ACCESS THEM IF YOU HAD QUESTIONS?

09:25AM 16   A.   EXACTLY.

09:25AM 17   Q.   AND PUT THEM IN A PLACE WHERE EVERYONE COULD SEE THEM?

09:25AM 18   A.   YES.

09:25AM 19   Q.   OKAY.  COULD I CALL YOUR ATTENTION TO EXHIBIT 9909 WHICH I

09:25AM 20   THINK IS IN YOUR BINDER AS WELL.

09:26AM 21   A.   YEAH, I HAVE IT, BUT THE BINDER -- I DIDN'T REALIZE IT WAS

09:26AM 22   UNCLASPED, SO GIVE ME ONE SECOND.

09:26AM 23        I'M GOING TO JUST SET THIS SEPARATELY HERE.  OKAY.

09:26AM 24   Q.   DO WHATEVER IS CONVENIENT FOR YOU.  WE CAN FIX IT LATER.

09:26AM 25   A.   ALL RIGHT.  EXCELLENT.

09:26AM   1          YES, I SEE THE DOCUMENT.

09:26AM   2     Q.   AND WHAT IS THIS DOCUMENT?

09:26AM   3     A.   THIS IS A STANDARD QUALITY OPERATING PROCEDURE FOR THE

09:26AM   4     CLIA LABORATORY.

09:26AM   5     Q.   AND WHAT IS THE PURPOSE OF THE QUALITY OPERATING PROCEDURE

09:26AM   6     WITHIN THE CLIA LABORATORY?

09:26AM   7     A.   IN THIS CASE WHAT THEY'RE DOING IS CORRECTIVE AND

09:26AM   8     PREVENTATIVE ACTION.  SO IF YOU'RE SEEING AN ISSUE, TO BE ABLE

09:26AM   9     TO ESSENTIALLY RECORRECT FOR THE ISSUES OR THE ERRORS THAT YOU

09:26AM  10     SEE.

09:26AM  11     Q.   OKAY.  THERE'S A RECOGNITION THAT SOME ERRORS WOULD

09:26AM  12     HAPPEN?

09:26AM  13     A.   YEAH.

09:26AM  14     Q.   AND THAT THIS SET THE POLICY FOR HOW TO DEAL WITH THOSE

09:27AM  15     ERRORS?

09:27AM  16     A.   YES.

09:27AM  17     Q.   OKAY.  AND IS THIS A DOCUMENT THAT YOU REFERRED TO WHILE

09:27AM  18     YOU WERE AT THE COMPANY?

09:27AM  19     A.   I HAD NEVER SEEN THIS DOCUMENT.

09:27AM  20     Q.   OH, YOU HAD NOT SEEN THIS DOCUMENT?

09:27AM  21     A.   NO.

09:27AM  22     Q.   OKAY.  DO YOU RECOGNIZE THAT THE DOCUMENT WAS ONE THAT WAS

09:27AM  23     KEPT AS A MATTER OF RECORD IN THE CLIA LAB BASED ON THE FORMAT

09:27AM  24     AND THE LOGGING OF THE DOCUMENT?

09:27AM  25     A.   YES.

09:27AM   1          MR. WADE:  I'D MOVE THE ADMISSION OF EXHIBIT 9909.

09:27AM   2          MR. BOSTIC:  YOUR HONOR, OBJECTION UNDER 602 AND

09:27AM   3    901.

09:27AM   4          THE COURT:  OVERRULED.  IT'S ADMITTED.  IT'S

09:27AM   5    ADMITTED.

09:27AM   6       (DEFENDANT'S EXHIBIT 9909 WAS RECEIVED IN EVIDENCE.)

09:27AM   7          MR. WADE:  THANK YOU, YOUR HONOR.

09:27AM   8       CAN WE PUBLISH?

09:27AM   9          THE COURT:  YES.

09:28AM  10    BY MR. WADE:

09:28AM  11    Q.  IS THAT DOCUMENT IN FRONT OF YOU, MS. CHEUNG?  I'M NOT

09:28AM  12    ALWAYS SEEING WHAT YOU'RE SEEING.

09:28AM  13    A.  YEAH, IT IS.

09:28AM  14    Q.  AND JUST FOCUSSING YOU ON THE TITLE PAGE OF THIS DOCUMENT,

09:28AM  15    THIS WAS, LIKE SIMILAR POLICIES THAT YOU WERE LOOKING AT

09:28AM  16    WEDNESDAY, ONE THAT WAS PREPARED AND RATIFIED BY THE LAB

09:28AM  17    DIRECTOR AT THERANOS?

09:28AM  18    A.  YES.

09:28AM  19    Q.  AND IF WE CAN GO TO PAGE 3 OF 8 OF THE DOCUMENT, WHICH IS

09:28AM  20    THE BATES RANGE ENDING 99.

09:28AM  21       DO YOU SEE THAT?

09:28AM  22    A.  YES.

09:28AM  23    Q.  AND DO YOU SEE THAT THIS IS THE PURPOSE SECTION OF THE

09:28AM  24    DOCUMENT THAT SETS FORTH A CORRECTIVE ACTION PROGRAM?  IS THIS

09:29AM  25    WHAT YOU WERE REFERRING TO IN YOUR TESTIMONY A MINUTE AGO?

09:29AM  1    A.   OH, JUST RIGHT PRIOR?

09:29AM  2    Q.   YES.

09:29AM  3    A.   YES.

09:29AM  4    Q.   AND IF WE CAN GO TO PAGE 4 AND LOOK AT PARAGRAPH 4, DO YOU

09:29AM  5    SEE THAT SETS FORTH THE RESPONSIBILITIES OF DIFFERENT PEOPLE

09:29AM  6    WITH RESPECT TO THAT?

09:29AM  7    A.   YES.

09:29AM  8    Q.   AND WHO ARE THE PEOPLE RESPONSIBLE FOR THE PREVENTATIVE

09:29AM  9    AND CORRECTIVE ACT?

09:29AM  10   A.   IT IS THE RESPONSIBILITY OF THE QUALITY MANAGER, LAB

09:29AM  11   DIRECTOR IN ORDER TO UNCOVER NONCONFORMANCES DURING INTERNAL

09:29AM  12   AUDITS.

09:30AM  13   Q.   IF WE CAN LOOK AT PAGE 5.  DO YOU SEE ON THAT PAGE IT SETS

09:30AM  14   FORTH KIND OF A DETAILED PRACTICE AS TO HOW YOU'RE SUPPOSED TO

09:30AM  15   GO ABOUT IMPLEMENTING THIS?

09:30AM  16   A.   YES.

09:30AM  17   Q.   AND DOES THAT CONTINUE TO PAGE 6?

09:30AM  18   A.   YES.

09:30AM  19   Q.   AND THEN IF WE CAN TURN TO PAGE 7, THAT TALKS ABOUT THE

09:30AM  20   RECORDS THAT ARE SUPPOSED TO BE MAINTAINED BY THE LAB DIRECTOR

09:30AM  21   AND QUALITY MANAGER DOCUMENTING THOSE INCIDENTS?

09:30AM  22   A.   YES.

09:30AM  23   Q.   I DON'T HAVE ANYTHING FURTHER ON THIS DOCUMENT.

09:31AM  24        IF WE CAN BRING UP -- WELL, MAYBE WE DON'T NEED THE

09:31AM  25   DOCUMENT RIGHT NOW.

CHEUNG CROSS BY MR. WADE                                              1095

09:31AM   1        DO YOU RECALL SOME TESTIMONY, IT WAS EITHER TUESDAY OR

09:31AM   2   WEDNESDAY, ABOUT A VITAMIN D QC FAILURE THAT HAPPENED ON THE

09:31AM   3   THANKSGIVING WEEKEND?

09:31AM   4        DO YOU RECALL THAT?

09:31AM   5   A.   YES.

09:31AM   6   Q.   AND YOU TALKED ABOUT THE NORMANDY 911 EMAIL GROUP THAT WAS

09:31AM   7   CREATED?

09:31AM   8   A.   YES.

09:31AM   9   Q.   AND I WOULD LIKE TO TALK TO YOU A LITTLE BIT ABOUT THAT.

09:32AM  10        FIRST, I'D LIKE TO SET FORTH THE POLICY ON THE NORMANDY

09:32AM  11   911.  IF WE CAN LOOK AT -- DO YOU HAVE 10479 IN YOUR BOOK?

09:32AM  12   A.   YES, I HAVE IT.

09:32AM  13   Q.   AND WHAT IS THIS DOCUMENT?

09:32AM  14   A.   THIS IS AN EMAIL SENT BY SHARADA SIVARAMAN ESSENTIALLY

09:32AM  15   TELLING US THAT IF WE HAVE ANY ISSUES IN THE NORMANDY LAB WITH

09:32AM  16   ANY OF THE WALGREENS SAMPLES, THAT WE SHOULD CONTACT NORMANDY

09:32AM  17   911.

09:32AM  18   Q.   AND THIS WAS ACTUALLY THE ESTABLISHMENT OF THAT POLICY

09:32AM  19   WITHIN THE LAB?

09:32AM  20   A.   YES.

09:32AM  21   Q.   OR AT LEAST THE COMMUNICATION OF IT TO SOME FOLKS?

09:32AM  22   A.   IT WAS THE COMMUNICATION, YES.

09:32AM  23   Q.   AND WAS THIS AN EMAIL THAT YOU RECEIVED AT THE TIME THAT

09:33AM  24   YOU WERE AT THE COMPANY?

09:33AM  25   A.   YES.

09:33AM  1    Q.   AND THIS WAS DOCUMENTING A POLICY?

09:33AM  2    A.   IN A POLICY?

09:33AM  3    Q.   THIS WAS DOCUMENTING A PRACTICE OF THE LAB?

09:33AM  4    A.   YES.

09:33AM  5    Q.   AND IS THIS EMAIL OF THE KIND THAT YOU WERE REFERRING TO

09:33AM  6    WITH MR. BOSTIC YESTERDAY?

09:33AM  7    A.   YES.

09:33AM  8         MR. WADE:  I'D MOVE THE ADMISSION OF 10479.

09:33AM  9         MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

09:33AM  10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:33AM  11        (DEFENDANT'S EXHIBIT 10479 WAS RECEIVED IN EVIDENCE.)

09:33AM  12   BY MR. WADE:

09:33AM  13   Q.   NOW THAT WE CAN SEE THE DOCUMENT, DR. SIVARAMAN IS SENDING

09:33AM  14   THIS.  I THINK THERE MAY BE A COUPLE OF NEW NAMES ON THIS

09:33AM  15   DOCUMENT.

09:33AM  16        DARREN CRANDALL.  WHO IS DARREN CRANDALL?

09:33AM  17   A.   DARREN CRANDALL WAS ONE OF THE LAB ASSOCIATES AS WELL, BUT

09:34AM  18   HE HAD ABOUT ONE TO TWO YEARS EXPERIENCE AND HE WAS PART OF THE

09:34AM  19   ELISA TEAM.

09:34AM  20   Q.   OKAY.  AND CAN YOU IDENTIFY THE OTHER FOLKS WHO GOT THE

09:34AM  21   DOCUMENT HERE?

09:34AM  22   A.   AURELIE SOUPPE WAS ALSO A LAB ASSOCIATE WITHIN THE ELISA

09:34AM  23   TEAM AND SHE ALSO ENDED UP BEING INTEGRATED INTO THE CLINICAL

09:34AM  24   LAB.

09:34AM  25        MYSELF.

09:34AM   1          ROMINA RIENER, WHO ALSO WAS A LAB ASSOCIATE, AND SHE ALSO

09:34AM   2     GOT INTEGRATED INTO THE CLINICAL LAB.

09:34AM   3          ANDREW KIM, HE HAD WORKED AT THERANOS MAYBE ONE TO THREE

09:34AM   4     YEARS, AND HE WAS ALSO A LAB ASSOCIATE AND STAYED AND WORKED IN

09:34AM   5     ELISA IN THE RESEARCH AND DEVELOPMENT LAB.

09:34AM   6          JAMIE LIU, WHO WAS ALSO A LAB ASSOCIATE AND GOT HIRED

09:34AM   7     AROUND THE TIME THAT I DID, SHE WAS ON THE ELISA TEAM AND THEN

09:35AM   8     GOT INTEGRATED INTO THE CLINICAL LAB AS WELL.

09:35AM   9          AND THEN UYEN DO, WHO WAS A LAB ASSOCIATE AS WELL, SHE HAD

09:35AM   10    MAYBE ONE TO TWO YEARS EXPERIENCE AT THERANOS AND IN THE ELISA

09:35AM   11    RESEARCH AND DEVELOPMENT LAB.

09:35AM   12    Q.   OKAY.  AND IF WE LOOK JUST AT THE BODY OF THE EMAIL, THIS

09:35AM   13    SET FORTH THAT PRACTICE OF SENDING THE EMAIL IF SOMETHING COMES

09:35AM   14    UP?

09:35AM   15    A.   YES.

09:35AM   16    Q.   AND WAS PART OF THAT A CONCERN THAT ON A HOLIDAY WEEKEND

09:35AM   17    OR SOMETHING OF THAT NATURE, IT MAY BE HARD TO REACH PEOPLE?

09:35AM   18    A.   YES.

09:35AM   19    Q.   AND SO YOU WANTED TO MAKE SURE THAT YOU COULD SEND IT OUT

09:35AM   20    TO A BROAD GROUP SO ANYONE COULD HELP WITH THE PROBLEM?

09:35AM   21    A.   YES.

09:35AM   22    Q.   IF WE CAN BRING UP 1287, WHICH I BELIEVE IS IN EVIDENCE.

09:36AM   23    IF WE CAN FOCUS IN ON THE SECOND PAGE, AND THE EMAIL IN THE

09:36AM   24    MIDDLE.

09:36AM   25          AND CAN YOU SEE THAT?

09:36AM  1    A.   YES.

09:36AM  2    Q.   AND I APOLOGIZE TO KEEP ASKING, BUT MY SCREEN IS

09:36AM  3    FLICKERING A LITTLE BIT.  I JUST WANT TO MAKE SURE THAT YOU CAN

09:36AM  4    SEE IT.  I HAVE A COPY.

09:36AM  5    A.   OF COURSE.

09:36AM  6    Q.   OKAY.  AND THIS EMAIL WAS BASICALLY YOU FOLLOWING THAT

09:36AM  7    POLICY; IS THAT RIGHT?

09:36AM  8    A.   YES.

09:36AM  9    Q.   OKAY.  AND SO YOU RAISED IT SO THAT WHOEVER WAS AROUND

09:37AM 10    COULD HELP YOU ADDRESS IT?

09:37AM 11    A.   YES.

09:37AM 12    Q.   OKAY.  AND IF WE CAN BRING UP 1287, BUT NOT PUBLISH,

09:37AM 13    PLEASE.

09:37AM 14          THE COURT:  I'M SORRY, WHAT NUMBER?

09:37AM 15          MR. WADE:  1287 -- I'M SORRY, 1288.

09:37AM 16    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:37AM 17    A.   THIS IS IN THE BINDER.

09:37AM 18          THE CLERK:  I WANT TO MAKE SURE THAT EVERYONE'S

09:38AM 19    MONITORS ARE OFF?

09:38AM 20          JUROR:  THEY'RE OFF.

09:38AM 21          THE WITNESS:  1288.

09:38AM 22          MR. WADE:  COULD WE PAUSE FOR MAYBE 30 SECONDS,

09:38AM 23    YOUR HONOR, AND JUST TEND TO THE SCREENS?  I THINK WE'RE HAVING

09:38AM 24    SCREEN DIFFICULTIES.  I DON'T KNOW IF THE COURT IS.

09:38AM 25          THE COURT:  SURE.  TAKE CARE OF YOUR SCREENS ON THE

09:38AM   1    TABLES.

09:38AM   2            THE CLERK:  IT'S OKAY BECAUSE THE MONITORS SHOULD BE

09:38AM   3    OFF NOW.  JUST THE WITNESS WILL SHOW.

09:38AM   4            MR. WADE:  YEAH.  OKAY.

09:38AM   5    Q.   CAN YOU SEE 1288?

09:38AM   6    A.   IT'S A LOOSE DOCUMENT, 12 --

09:38AM   7    Q.   IT MIGHT BE ON YOUR SCREEN NOW.

09:38AM   8    A.   OH, YES.

09:38AM   9    Q.   AND IS THIS A DIFFERENT VERSION OF THAT SAME CHAIN.  IF

09:38AM   10   YOU SCROLL DOWN, WE CAN SHOW YOU THE SECOND PAGE?

09:38AM   11   A.   NO, IT'S THE SAME VERSION.

09:38AM   12   Q.   OKAY.  LET'S GO TO THE FIRST PAGE.

09:38AM   13        AND IS THAT A SLIGHTLY DIFFERENT CHAIN FROM 1287?

09:39AM   14   A.   YES.

09:39AM   15   Q.   OKAY.

09:39AM   16        I'D MOVE THE ADMISSION OF 1288.

09:39AM   17            THE COURT:  88?

09:39AM   18            MR. BOSTIC:  YOUR HONOR, THIS VERSION CONTAINS SOME

09:39AM   19   NEW CONTENT.  JUST FOR CLARIFICATION, IS DEFENSE COUNSEL

09:39AM   20   VIEWING THAT CONTENT AS A BUSINESS RECORD?

09:39AM   21            MR. WADE:  WE ADMITTED ESSENTIALLY THE SAME DOCUMENT

09:39AM   22   THAT THE WITNESS WAS NOT ON YESTERDAY, I JUST WANT TO BE

09:39AM   23   COMPLETE ABOUT THIS, AN EMAIL CHAIN UP ON TOP AND THERE WAS A

09:39AM   24   SLIGHTLY DIFFERENT --

09:39AM   25            THE COURT:  WAS THAT 87?

09:39AM  1                    MR. WADE:  THAT WAS 87.

09:39AM  2                    THE COURT:  RIGHT.

09:39AM  3                    MR. BOSTIC:  YOUR HONOR, IF THE NEW CONTENT THAT IS

09:39AM  4     COMING IN WITH THIS EXHIBIT IS BEING MOVED IN UNDER THE

09:39AM  5     BUSINESS RECORDS EXCEPTION, THEN THE GOVERNMENT HAS NO

09:39AM  6     OBJECTION.

09:39AM  7                    THE COURT:  I THINK THAT'S WHAT YOU'RE --

09:39AM  8                    MR. WADE:  THAT'S WHAT I WAS SUGGESTING, YES.

09:39AM  9                    THE COURT:  ALL RIGHT.  THANK YOU.  IT'S ADMITTED.

09:39AM 10     IT MAY NOW BE PUBLISHED.  THANK YOU.

09:39AM 11           (GOVERNMENT'S EXHIBIT 1288 WAS RECEIVED IN EVIDENCE.)

09:39AM 12                    THE CLERK:  COUNSEL, YOU CAN TURN YOUR MONITORS BACK

09:39AM 13     ON.

09:40AM 14     BY MR. WADE:

09:40AM 15     Q.   OKAY.  DO YOU SEE UP AT THE TOP THERE THERE'S AN EMAIL

09:40AM 16     FROM DANIEL YOUNG -- THERE'S AN EMAIL FROM DANIEL YOUNG ON

09:40AM 17     NOVEMBER 30TH, 2013, AT 11:17 A.M., THE BOTTOM EMAIL ON THE

09:40AM 18     SCREEN.

09:40AM 19           DO YOU SEE THAT?

09:40AM 20     A.   YES.

09:40AM 21     Q.   AND HE WAS EXPLAINING THAT ONE OF THE QC RUNS PASSED

09:40AM 22     (AFTER THE SOP WAS FOLLOWED APPROPRIATELY)?

09:40AM 23     A.   YES.

09:40AM 24     Q.   AND DID YOU THINK THE SOP WAS FOLLOWED APPROPRIATELY?

09:40AM 25     A.   IN TERMS OF THE OUTLIER DELETION?

09:40AM  1    Q.   JUST IN TERMS OF WHETHER THE SOP WAS FOLLOWED?

09:40AM  2    A.   NO.

09:41AM  3    Q.   YOU DIDN'T -- YOU DISAGREED WITH MR. YOUNG?

09:41AM  4    A.   I DISAGREED WITH MR. YOUNG.

09:41AM  5    Q.   OKAY.  DO YOU KNOW WHETHER THERE WAS ANY RETRAINING ON THE

09:41AM  6    SOP AFTER THIS?

09:41AM  7    A.   THE RESEARCH AND DEVELOPMENT ASSOCIATE FOR UYEN DO?

09:41AM  8    Q.   JUST WITH RESPECT TO -- YEAH, WITH RESPECT TO WHETHER IT

09:41AM  9    WAS MR. DO OR WHOEVER IT WAS THAT FAILED TO FOLLOW THE QC

09:41AM  10   POLICY, DO YOU KNOW WHETHER THERE WAS ANY RETRAINING THAT

09:41AM  11   HAPPENED AS A RESULT OF THAT?

09:41AM  12   A.   I WOULDN'T KNOW FOR UYEN DO.

09:41AM  13        BUT IN OUR CASE NO.  WE -- WELL, NO.

09:42AM  14   Q.   OKAY.  I DON'T HAVE ANYTHING MORE ON THIS DOCUMENT.

09:42AM  15        IF WE CAN PUT UP EXHIBIT 1512, WHICH IS IN EVIDENCE.

09:42AM  16        THE CLERK:  1512?

09:42AM  17        MR. WADE:  YES.

09:42AM  18   Q.   IF I COULD DRAW YOU TO THE TOP OF THE SECOND PAGE.  THIS

09:42AM  19   WAS THE FEBRUARY 2014 HEPATITIS C INCIDENT?

09:42AM  20   A.   YES.

09:42AM  21   Q.   AND THIS WAS THE FIRST TIME WHERE THERANOS WAS ACTUALLY

09:42AM  22   GOING TO RUN THIS PARTICULAR ASSAY IN THE LAB; RIGHT?

09:42AM  23   A.   FOR A PATIENT, YES.

09:42AM  24   Q.   AND IF I CAN DIRECT YOU TO THIS EMAIL, DO YOU SEE FROM

09:43AM  25   MR. ROSENDORFF, AND HE SAYS, "SOP AND VALIDATION HAS BEEN

09:43AM  1    WRITTEN, AND APPROVED."

09:43AM  2        AND THEN THERE'S DISCUSSION ABOUT GETTING SOME CARTRIDGES

09:43AM  3    READY.

09:43AM  4        DO YOU SEE THAT?

09:43AM  5    A.   YES.

09:43AM  6    Q.   AND THEN IF WE CAN GO TO THE BOTTOM OF THE FIRST PAGE,

09:43AM  7    THIS IS AT 6:29 P.M.

09:43AM  8        DO YOU SEE THAT?

09:43AM  9    A.   YES.

09:43AM  10   Q.   AND DR. SAKSENA ACTUALLY EXPRESSED SOME CONCERNS ABOUT THE

09:43AM  11   REAGENTS; CORRECT?

09:43AM  12   A.   IT SAYS THAT THERE WAS A CONCERN EXPRESSED TO ME.  SO I

09:43AM  13   HAD TALKED TO SURAJ ABOUT MY CONCERNS ABOUT THE STABILITY OF

09:43AM  14   THE REAGENTS WITH THE CAPSYS, C-A-P-S-Y-S, CARTRIDGES.

09:44AM  15   Q.   OKAY.  SO YOU HAD EXPRESSED CONCERNS TO DR. SAKSENA?

09:44AM  16   A.   YEAH.

09:44AM  17   Q.   AND HE RAISED THOSE CONCERNS UP TO THE WHOLE GROUP AT

09:44AM  18   6:29?

09:44AM  19   A.   YES.

09:44AM  20   Q.   AND THERE WAS DISCUSSION ABOUT, WELL, LET'S RUN THE

09:44AM  21   CONTROLS AND SEE WHAT HAPPENS; RIGHT?

09:44AM  22   A.   YES.

09:44AM  23   Q.   AND YOU EXPRESSED CONCERN ABOUT RUNNING THE TEST IN THE

09:44AM  24   LAB.  YOU WERE HAPPY TO RUN THE CONTROLS BECAUSE THAT'S NOT

09:44AM  25   PATIENT BLOOD; RIGHT?

09:44AM  1     A.   YES.

09:44AM  2     Q.   BUT YOU DIDN'T WANT TO RUN THAT TEST IN THE LAB?

09:44AM  3     A.   NO.

09:44AM  4     Q.   AND THEY DIDN'T RUN THE TEST IN THE LAB; RIGHT?

09:44AM  5     A.   THEY DIDN'T RUN IT ON THE EDISON.  IT WAS RUN ON THE

09:44AM  6     ORAQUICK.

09:44AM  7     Q.   RIGHT.  YOU HAD EXPRESSED CONCERNS ABOUT RUNNING IT ON THE

09:44AM  8     EDISON?

09:44AM  9     A.   YES.

09:44AM 10     Q.   AND THEY DIDN'T RUN IT ON THE EDISON?

09:44AM 11     A.   NO.

09:44AM 12     Q.   AND, IN FACT, THEY NEVER RAN THE HEPATITIS C ASSAY ON THE

09:45AM 13     EDISON?

09:45AM 14     A.   NO.

09:45AM 15     Q.   EVER WHILE YOU WERE AT THE COMPANY?

09:45AM 16     A.   WHILE I WAS AT THE COMPANY.

09:45AM 17     Q.   I DON'T HAVE ANY MORE QUESTIONS ON THAT DOCUMENT.

09:45AM 18          THERE WERE, THERE WERE A COUPLE OF QUESTIONS THAT YOU WERE

09:45AM 19     ASKED THE OTHER DAY ABOUT A LETTER THAT YOU RECEIVED FROM A

09:45AM 20     LAWYER FOR THERANOS.

09:45AM 21          DO YOU RECALL THAT?

09:45AM 22     A.   YES.

09:45AM 23     Q.   OKAY.  I JUST WANTED TO ASK A COUPLE OF QUESTIONS ON

09:45AM 24     TIMING RELATING TO THAT.

09:45AM 25     A.   OKAY.

CHEUNG CROSS BY MR. WADE

09:45AM 1    Q.   OKAY.  YOU TALKED ABOUT SOME DISCUSSIONS THAT YOU HAD WITH

09:45AM 2    A "WALL STREET JOURNAL" REPORTER.

09:45AM 3        DO YOU RECALL THAT?

09:45AM 4    A.   YES.

09:45AM 5    Q.   AND I JUST WANT TO GET A DATE ON THAT.  THAT HAPPENED IN

09:45AM 6    MAYBE ABOUT MAY OF 2015?

09:45AM 7    A.   I BELIEVE IT WAS LATE MAY OR EARLY JUNE.

09:46AM 8    Q.   OKAY.  LATE MAY OR EARLY JUNE THAT YOU HAD THOSE

09:46AM 9    CONVERSATIONS OR STARTED HAVING THOSE CONVERSATIONS?

09:46AM 10   A.   I BELIEVE IT WAS -- GIVE ME ONE SECOND.  I BELIEVE IT WAS

09:46AM 11   LATE MAY.

09:46AM 12   Q.   OKAY.  AND DO YOU RECALL IN THE SUMMER OF 2015 THAT THE HR

09:46AM 13   DIRECTOR FROM THERANOS ACTUALLY TRIED TO CALL YOU AND LEFT A

09:46AM 14   MESSAGE.

09:46AM 15       DO YOU RECALL THAT?

09:46AM 16   A.   YES.

09:46AM 17   Q.   AND YOU DIDN'T RETURN THE CALL; RIGHT?

09:46AM 18   A.   NO.

09:46AM 19   Q.   AND SHE CALLED YOU AGAIN MAYBE A COUPLE WEEKS LATER?

09:46AM 20   A.   YES.

09:46AM 21   Q.   AND YOU DIDN'T RETURN THAT CALL?

09:46AM 22   A.   NO.

09:46AM 23   Q.   AND BOTH OF THOSE CALLS WERE BEFORE THE LETTER CAME;

09:46AM 24   RIGHT?

09:46AM 25   A.   YES.

09:46AM  1    Q.   YOU TESTIMONY THAT YOU HAD YESTERDAY ABOUT SOME OF THE

09:47AM  2    WORK ON THE ASSAYS IN THE R&D SIDE OF THE HOUSE, DO YOU RECALL

09:47AM  3    SOME OF THAT TESTIMONY?

09:47AM  4    A.   YES.

09:47AM  5    Q.   AND WE TALKED ABOUT HOW FINGERSTICK ASSAYS WERE BEING

09:47AM  6    DEVELOPED THERE?

09:47AM  7    A.   YES.

09:47AM  8    Q.   AND I THINK YOU WEREN'T SURE ABOUT THE NUMBER OF ASSAYS,

09:47AM  9    BUT YOU THOUGHT ABOUT 12?

09:47AM  10   A.   IN THE RESEARCH AND DEVELOPMENT LAB?

09:47AM  11   Q.   YES.

09:47AM  12   A.   YES.

09:47AM  13   Q.   AND YOU THOUGHT ABOUT 12 ASSAYS TOTAL HAD BEEN COMPLETE.

09:47AM  14        AND I KNOW YOU'RE NOT SURE ON THE NUMBER, BUT DO YOU

09:47AM  15   RECALL WHICH ASSAYS HAD BEEN COMPLETED ON THE RESEARCH AND

09:47AM  16   DEVELOPMENT SIDE?

09:47AM  17   A.   WOULD HAVE BEEN COMPLETED?

09:47AM  18   Q.   YEAH.

09:47AM  19   A.   DO YOU WANT THE NUMBER OR NAMES?

09:47AM  20   Q.   WELL, I THINK YOU SAID ABOUT 12; IS THAT RIGHT?

09:47AM  21   A.   YES.

09:47AM  22   Q.   AND DO YOU RECALL THE NAMES?

09:48AM  23   A.   SO VITAMIN D, TPSA, FT4, TSH, TT3, TT4, TOTAL

09:48AM  24   TESTOSTERONE, TROPONIN, HEPATITIS C, HCG, FSH.  AND I BELIEVE

09:48AM  25   THAT'S IT, BUT I COULD BE MISSING ONE OR TWO.

CHEUNG CROSS BY MR. WADE

| | | |
|---|---|---|
| 09:48AM | 1 | Q.   OKAY.  THANK YOU. |
| 09:48AM | 2 | I WANT TO SHIFT TO SOME OF YOUR TESTIMONY ABOUT OUTLIERS. |
| 09:48AM | 3 | DO YOU RECALL THAT? |
| 09:48AM | 4 | A.   YES. |
| 09:48AM | 5 | Q.   AND I WAS JUST WONDERING, DURING YOUR TIME AT THERANOS, |
| 09:48AM | 6 | YOU WERE AWARE OF ANY INDUSTRY STANDARDS WITH RESPECT TO |
| 09:48AM | 7 | OUTLIER REMOVAL? |
| 09:48AM | 8 | A.   INDUSTRY STANDARDS? |
| 09:48AM | 9 | Q.   YEAH. |
| 09:48AM | 10 | A.   IN TERMS OF OUTLIER REMOVAL? |
| 09:49AM | 11 | Q.   YEAH. |
| 09:49AM | 12 | A.   NO. |
| 09:49AM | 13 | Q.   OKAY. |
| 09:49AM | 14 | A.   EXCEPT FOR IN THERANOS WE USED SOMETHING CALLED WESTGARD |
| 09:49AM | 15 | RULES. |
| 09:49AM | 16 | Q.   OKAY. |
| 09:49AM | 17 | A.   BUT THAT WAS MORE ON THE QUALITY CONTROL SIDE OF WHAT |
| 09:49AM | 18 | WOULD BE CONSIDERED AN OUTLIER FOR QC'S. |
| 09:49AM | 19 | Q.   AND WESTGARD ARE QUALITY CONTROL RULES THAT WERE |
| 09:49AM | 20 | INCORPORATED INTO THE QC POLICY? |
| 09:49AM | 21 | A.   YES. |
| 09:49AM | 22 | Q.   THAT THE COMPANY HAD? |
| 09:49AM | 23 | A.   YES. |
| 09:49AM | 24 | Q.   OKAY.  BUT WITH RESPECT TO OUTLIER REMOVAL SPECIFICALLY, |
| 09:49AM | 25 | YOU DON'T RECALL ANY -- LEARNING OF ANY INDUSTRY STANDARDS? |

09:49AM  1    A.   NO.

09:49AM  2    Q.   OKAY.  AND WITH RESPECT TO THOSE ISSUES, BASED ON OUR --

09:49AM  3    BASED ON YOUR TESTIMONY ON WEDNESDAY, IS IT FAIR TO SAY THAT

09:49AM  4    THE IMPLEMENTATION OF POLICIES RELATING TO THESE ISSUES WOULD

09:49AM  5    HAVE BEEN THE RESPONSIBILITY OF DR. ROSENDORFF?

09:49AM  6    A.   THE IMPLEMENTATION OF AN OUTLIER POLICY?

09:49AM  7    Q.   OUTLIER AND QC POLICIES.

09:49AM  8    A.   I JUST ASSUMED IT WAS OF THE CLINICAL LAB, THAT IT WAS THE

09:49AM  9    RESPONSIBILITY OF THERANOS'S CLINICAL LAB TO IMPLEMENT THOSE

09:50AM  10   POLICIES.

09:50AM  11   Q.   RIGHT.  DO YOU RECALL WE LOOKED AT THE PERSON WHO WAS

09:50AM  12   RESPONSIBLE FOR THE IMPLEMENTATION OF THAT, THAT WAS THE LAB

09:50AM  13   DIRECTOR?

09:50AM  14   A.   AND THE QUALITY CONTROL MANAGER, YES.

09:50AM  15   Q.   YEAH.

09:50AM  16        IF I CAN BRING UP 1431, WHICH I THINK IS IN EVIDENCE, AND

09:50AM  17   JUST DIRECT YOU TO THE BOTTOM OF THE THIRD PAGE.

09:50AM  18   A.   CAN YOU GIVE ME THAT NUMBER AGAIN?  I'M SORRY.

09:50AM  19   Q.   SURE.  IT'S 1431.  AND WE CAN BRING IT UP ON THE SCREEN.

09:50AM  20   IT'S IN EVIDENCE.

09:50AM  21   A.   OKAY.

09:50AM  22   Q.   DO YOU SEE THIS EMAIL OF JANUARY 16TH, 2014?  DO YOU SEE

09:50AM  23   THAT?

09:50AM  24   A.   YES.

09:50AM  25   Q.   AND THAT WAS -- THAT'S DR. SIVARAMAN SENT THAT EMAIL?

09:51AM   1    A.   YES.

09:51AM   2    Q.   AND SHE WAS THE PERSON IN CHARGE OF ALL OF THE ELISA

09:51AM   3    ASSAYS WITHIN R&D?

09:51AM   4    A.   AT THAT TIME, YES.

09:51AM   5    Q.   OKAY.  AND DO YOU SEE IN THAT SECOND PARAGRAPH WHERE IT

09:51AM   6    SAYS, "SINCE WE ARE ALLOWED TO REMOVE 2 DATA POINTS FROM 6

09:51AM   7    (1 CARTRIDGE OUT OF 3)."

09:51AM   8        DO YOU SEE THAT?

09:51AM   9    A.   YES.

09:51AM   10   Q.   AND SHE'S WRITING THIS TO DR. ROSENDORFF?

09:51AM   11   A.   YES.

09:51AM   12   Q.   OKAY.  AND IF I COULD DIRECT YOU TO THE TOP OF THE THIRD

09:51AM   13   PAGE.

09:51AM   14       AND DO YOU SEE IN THE SECOND PARAGRAPH MR. ROSENDORFF IS

09:51AM   15   TALKING ABOUT THE CREATION OF A PROTOCOL?

09:51AM   16   A.   YES.

09:51AM   17   Q.   AND THAT WOULD HAVE BEEN HIS RESPONSIBILITY TO FORMALIZE

09:52AM   18   THAT?

09:52AM   19   A.   YES.

09:52AM   20   Q.   AND HE WAS WORKING WITH DR. SIVARAMAN TO DO THAT?

09:52AM   21   A.   I WOULDN'T KNOW THAT.

09:52AM   22   Q.   DOES LOOKING AT THE EMAIL REFRESH YOU AT ALL?

09:52AM   23   A.   NO.

09:52AM   24   Q.   OKAY.  AND DO YOU RECALL YOU WERE ASKED A FEW QUESTIONS

09:52AM   25   ABOUT AN EMAIL THAT YOU WEREN'T ON BETWEEN MR. SHULTZ AND

09:52AM   1     MS. HOLMES?

09:52AM   2     A.   YES.

09:52AM   3     Q.   AND THAT WAS EXHIBIT 1660.  IF WE CAN PULL THAT UP.

09:52AM   4          AND I JUST WANT TO ASK A COUPLE OF POINTS OF CLARIFICATION

09:52AM   5     ON THAT.

09:52AM   6     A.   OKAY.

09:52AM   7     Q.   IF WE CAN PULL THAT UP AND GO TO THE LAST EMAIL IN THE

09:52AM   8     BOTTOM.

09:53AM   9               THE CLERK:  THIS IS IN EVIDENCE, COUNSEL?

09:53AM   10              MR. WADE:  IT IS IN EVIDENCE.

09:53AM   11              THE COURT:  I THINK THIS WAS ADMITTED FOR A LIMITED

09:53AM   12    PURPOSE.

09:53AM   13              MR. WADE:  THANK YOU, YOUR HONOR.

09:53AM   14    Q.   AND IF WE -- DO YOU SEE THAT EMAIL AT THE BOTTOM FROM

09:53AM   15    MR. SHULTZ TO MS. HOLMES?

09:53AM   16    A.   YES.

09:53AM   17    Q.   AND THAT'S AT 3:24 P.M. ON APRIL 10TH?

09:53AM   18    A.   YEP.

09:53AM   19    Q.   OKAY.  AND THE SUBJECT THERE IS FOLLOW UP TO A PREVIOUS

09:53AM   20    DISCUSSION?

09:53AM   21    A.   YES.

09:53AM   22    Q.   AND THIS REFERENCES THE FACT THAT MR. SHULTZ AND

09:53AM   23    MS. HOLMES HAD HAD A PRIOR DISCUSSION ABOUT THAT?

09:53AM   24    A.   YES.

09:53AM   25    Q.   OKAY.  AND HE'S ASKING TO HAVE A MEETING JUST TO FOLLOW UP

09:53AM   1    ON THAT?

09:53AM   2    A.   YES.

09:53AM   3    Q.   OKAY.  AND IF WE CAN GO TO THE NEXT EMAIL UP THE CHAIN,

09:53AM   4    WHICH I THINK IS MAYBE WITHIN THE HOUR OR ABOUT AN HOUR LATER.

09:54AM   5         DO YOU SEE THAT?

09:54AM   6    A.   YES.

09:54AM   7    Q.   SO MS. HOLMES RESPONDED WITHIN AN HOUR; RIGHT?

09:54AM   8    A.   YES.

09:54AM   9    Q.   AND SHE SAID SHE WAS TIED UP WITH GUESTS.

09:54AM  10         DO YOU SEE THAT?

09:54AM  11    A.   YES.

09:54AM  12    Q.   BUT SHE SPECIFICALLY ASKED TYLER TO WRITE EVERYTHING DOWN

09:54AM  13    THAT WAS OF CONCERN SO IT COULD BE ADDRESSED; RIGHT?

09:54AM  14    A.   YES.

09:54AM  15    Q.   AND THAT WAS WHAT PROMPTED THAT LENGTHY EMAIL THAT WE

09:54AM  16    LOOKED AT?

09:54AM  17    A.   YES.

09:54AM  18    Q.   OKAY.  AND IF WE CAN JUST GO TO THE TOP OF THAT LENGTHY

09:54AM  19    EMAIL AND JUST LOOK AT THE FIRST PARAGRAPH, THE FIRST EMAIL ON

09:54AM  20    THIS PAGE OF 1660.

09:54AM  21         AND DO YOU SEE THERE THAT IT SAYS, "IN MY MEETINGS WITH

09:54AM  22    DANIEL"?

09:55AM  23         DO YOU SEE THAT?

09:55AM  24    A.   YES.

09:55AM  25    Q.   AND DO YOU KNOW WHAT THAT REFERS TO?

09:55AM 1    A.   TYLER HAD A MEETING WITH DANIEL YOUNG TO DISCUSS SOME OF

09:55AM 2    THESE ISSUES.

09:55AM 3    Q.   IT SAYS "MEETINGS" PLURAL.  DO YOU KNOW IF THERE WAS MORE

09:55AM 4    THAN ONE?

09:55AM 5    A.   I DON'T KNOW THAT.

09:55AM 6    Q.   BUT DO YOU THINK HE'S REFERRING TO DR. YOUNG THERE?

09:55AM 7    A.   YES.

09:55AM 8    Q.   I DON'T HAVE ANY MORE QUESTIONS ABOUT THIS.

09:55AM 9         I HAVE A COUPLE OF POINTS OF CLARIFICATION ON THE QC, THE

09:55AM 10   DAILY QC WITHIN THE CLIA LAB, THE PART THAT YOU WERE

09:55AM 11   RESPONSIBLE FOR, NOT THE HARDWARE PART.

09:55AM 12   A.   OKAY.

09:55AM 13   Q.   AND THAT WAS DONE PURSUANT TO CLIA REGULATIONS AND

09:55AM 14   POLICIES WITHIN THE LAB?

09:55AM 15   A.   YES.

09:55AM 16   Q.   AND DR. ROSENDORFF WAS ULTIMATELY RESPONSIBLE FOR THAT

09:55AM 17   PROGRAM?

09:55AM 18   A.   AGAIN, I THOUGHT IT WAS THE CLINICAL LAB, THE

09:55AM 19   RESPONSIBILITIES OF THE CLINICAL LAB, SO LANGLY GEE,

09:56AM 20   ADAM ROSENDORFF, MARK PANDORI, AND THE CLINICAL LAB SCIENTISTS.

09:56AM 21   Q.   THERE WERE A LOT OF PEOPLE WORKING ON THOSE ISSUES; RIGHT?

09:56AM 22   A.   YES.

09:56AM 23   Q.   AND ACTUALLY, DO YOU RECALL THAT THERE WAS ACTUALLY A

09:56AM 24   SPECIAL KIND OF COMMITTEE THAT WAS FORMED TO TRY TO WORK ON THE

09:56AM 25   ISSUES RELATING TO THAT?

09:56AM   1    A.   IN THE CLINICAL LAB.

09:56AM   2    Q.   YEAH.

09:56AM   3    A.   I BELIEVE SO, BUT I CAN'T BE CERTAIN.

09:56AM   4    Q.   A SPECIAL GROUP OF PEOPLE THAT WAS FORMED TO TRY TO MAKE

09:56AM   5    IMPROVEMENTS TO THE PROCESSES AND PROCEDURES AND ADDRESS ISSUES

09:56AM   6    SO THAT THE COMPANY WAS IN A GOOD POSITION WHEN IT WENT FROM

09:56AM   7    JUST A FEW TESTS UP TO MANY MORE?

09:56AM   8    A.   YES.

09:56AM   9    Q.   DO YOU RECALL THAT?

09:56AM   10   A.   YES.

09:56AM   11   Q.   AND YOU PARTICIPATED IN THAT COMMITTEE; RIGHT?

09:56AM   12   A.   YES.

09:56AM   13   Q.   AND DO YOU RECALL WHO ELSE WAS INVOLVED IN THAT?

09:56AM   14   A.   NISHIT DOSHI, KATHRYN ROMMEL, CURTIS -- I FORGOT HIS LAST

09:56AM   15   NAME.  DANIEL YOUNG.  AND THOSE ARE THE ONLY PEOPLE THAT I CAN

09:57AM   16   REMEMBER AT THIS TIME.

09:57AM   17   Q.   DR. ROSENDORFF?

09:57AM   18   A.   I DON'T REMEMBER.

09:57AM   19   Q.   OKAY.  DR. PANDORI?

09:57AM   20   A.   I DON'T REMEMBER.

09:57AM   21   Q.   DR. SAKSENA?

09:57AM   22   A.   I DON'T REMEMBER.

09:57AM   23   Q.   THEY MAY HAVE, YOU JUST DON'T REMEMBER?

09:57AM   24   A.   YEAH, I JUST DON'T REMEMBER.

09:57AM   25   Q.   OKAY.  THAT'S FAIR.

09:57AM   1           AND I JUST WANT TO CONFIRM THAT THE -- WHEN THERE'S A QC

09:57AM   2    FAILURE ON A MACHINE, THERE ARE NOT PATIENT SAMPLES THAT WENT

09:57AM   3    OUT ON THAT MACHINE WHEN YOU WERE RUNNING IT; RIGHT?

09:57AM   4    A.   WHEN THERE'S A QC FAILURE?

09:57AM   5    Q.   YEAH.

09:57AM   6    A.   IF THERE'S NO RESOLUTION FOR THE QC FAILURE, THEN, NO, IT

09:57AM   7    GETS RECALIBRATED.

09:57AM   8    Q.   AND IT STOPS AND, UNTIL THE MACHINE IS RIGHT, THERE ARE NO

09:57AM   9    PATIENT SAMPLES GOING OUT; RIGHT?

09:57AM  10    A.   CORRECT.

09:57AM  11    Q.   OKAY.  AND THERE WAS SOME TESTIMONY ON TUESDAY OR

09:58AM  12    WEDNESDAY THAT YOU GAVE ABOUT HOW THREE OF THE EDISON DEVICES

09:58AM  13    WERE RUNNING TWO SAMPLES EACH FOR A PATIENT.

09:58AM  14           DO YOU RECALL THAT?

09:58AM  15    A.   YES.

09:58AM  16    Q.   AND INEFFICIENCIES WITH RESPECT TO THAT PROCESS?

09:58AM  17    A.   YES.

09:58AM  18    Q.   DO YOU RECALL THAT?

09:58AM  19    A.   YES.

09:58AM  20    Q.   AND THERE WAS ACTUALLY AN EFFORT MADE LATER IN YOUR TIME

09:58AM  21    AT THE COMPANY TO TRY AND STREAMLINE THAT; RIGHT?

09:58AM  22    A.   YES.

09:58AM  23    Q.   OKAY.  AND JUST TELL US ABOUT THAT EFFORT.

09:58AM  24    A.   SO ESSENTIALLY INSTEAD OF USING THREE CARTRIDGES WITH

09:58AM  25    THREE SEPARATE MACHINES, BECAUSE THERE ARE TWO REACTION TIPS

09:58AM  1    PER CARTRIDGE, THEY TRIED TO COMBINE THESE REACTION TIPS IN ONE

09:58AM  2    CARTRIDGE FOR ONE MACHINE.

09:58AM  3         SO YOU WOULD RUN ONE PATIENT WITH ONE TEST ON ONE

09:58AM  4    CARTRIDGE, BUT IT WOULD BE SIX TIPS OF THE SAME, SO LIKE SIX

09:58AM  5    TIPS OF VITAMIN D ON TO ONE EDISON DEVICE.

09:58AM  6    Q.   OKAY.  AND SO THE SIX WENT FROM RUNNING ACROSS THREE

09:59AM  7    MACHINES TO ONE MACHINE?

09:59AM  8    A.   EXACTLY.

09:59AM  9    Q.   OKAY.  AND THAT WAS AN IMPROVEMENT THAT WAS MADE OVER TIME

09:59AM  10   AS THE LAB HAD BEEN GOING?

09:59AM  11   A.   YES.

09:59AM  12   Q.   OKAY.  BUT THE EDISON MACHINE WAS STILL -- LET ME STRIKE

09:59AM  13   THAT.

09:59AM  14        DO YOU KNOW WHAT A LOW THROUGHPUT DEVICE IS?

09:59AM  15   A.   A LOW THROUGHPUT DEVICE?

09:59AM  16   Q.   YEAH.

09:59AM  17   A.   I DON'T REMEMBER AT THIS TIME.

09:59AM  18   Q.   OKAY.  THE EDISON DEVICE WAS DESIGNED TO RUN ONE TEST AT A

09:59AM  19   TIME; RIGHT?

09:59AM  20   A.   YES.

09:59AM  21   Q.   BECAUSE I THINK YOU TALKED ABOUT THE ULTIMATE GOAL WAS TO

09:59AM  22   DEPLOY THE DEVICE IN WALGREENS LOCATIONS AND OTHER PLACES AFTER

09:59AM  23   FDA APPROVAL; RIGHT?

09:59AM  24   A.   CORRECT.

09:59AM  25   Q.   BUT IT WAS FUNCTIONING AT THIS POINT IN THE CENTRAL LAB?

09:59AM   1    A.   YES.

09:59AM   2    Q.   BUT IT WAS, IT WAS -- AND IT WOULD ONLY RUN ONE PATIENT AT

09:59AM   3    A TIME?

09:59AM   4    A.   ONE PATIENT, ONE TEST AT A TIME, YES.

10:00AM   5    Q.   YEAH.  AND THOSE, THOSE ADVIA 1800 DEVICES THAT YOU TALKED

10:00AM   6    ABOUT --

10:00AM   7    A.   YES.

10:00AM   8    Q.   -- THOSE CAN RUN 1800 TESTS AN HOUR; IS THAT RIGHT?

10:00AM   9    A.   1800 TESTS AN HOUR?

10:00AM   10   Q.   YEAH.  IS IT CORRECT THAT THE 1800 COMES FROM THE NUMBER

10:00AM   11   OF TESTS THAT IT CAN RUN PER HOUR?

10:00AM   12   A.   I DON'T KNOW.

10:00AM   13   Q.   OKAY.  BUT IT COULD RUN A LOT?

10:00AM   14   A.   YES.

10:00AM   15   Q.   OKAY.  AND YOU TALKED ABOUT HOW THERANOS DEVELOPED A

10:00AM   16   METHOD FOR RUNNING SMALL SAMPLES ON THOSE MACHINES?

10:00AM   17   A.   YES.

10:00AM   18   Q.   DO YOU RECALL THAT?

10:00AM   19        AND BEFORE IT HAD DEVELOPED THAT METHOD, THAT WASN'T

10:00AM   20   POSSIBLE ON THAT MACHINE; RIGHT?

10:00AM   21   A.   SAY THAT ONE MORE TIME.  BEFORE WE DEVELOPED THAT METHOD,

10:00AM   22   IT WASN'T POSSIBLE ON THAT MACHINE?

10:00AM   23   Q.   RIGHT.

10:00AM   24   A.   YES.

10:00AM   25   Q.   AND WERE YOU AWARE OF ANY OTHER MACHINE THAT COULD RUN

10:01AM  1    HIGH VOLUME SMALL SAMPLES?

10:01AM  2    A.   HIGH VOLUME SMALL SAMPLES?

10:01AM  3    Q.   YEAH.

10:01AM  4    A.   NO.

10:01AM  5    Q.   BUT THERANOS COULD AFTER IT IMPLEMENTED THE T-CUP

10:01AM  6    PRACTICES; IS THAT RIGHT?

10:01AM  7    A.   IN THE DILUTION.  SO IN THE TECAN, THE DILUTION, AND THE

10:01AM  8    T-CUP.

10:01AM  9    Q.   YEP.  YOU DIDN'T WORK ON THE ENGINEERING RELATED TO THAT

10:01AM  10   DEVELOPMENT, DID YOU?

10:01AM  11   A.   NO.

10:01AM  12   Q.   AND THERANOS HAD A SEPARATE HARDWARE TEAM?

10:01AM  13   A.   YES.

10:01AM  14   Q.   WITH PRODUCT ENGINEERS?

10:01AM  15   A.   YES.

10:01AM  16   Q.   AND, IN FACT, DID THEY HAVE A WHOLE MANUFACTURING SORT OF

10:01AM  17   INFRASTRUCTURE WITH DIFFERENT MACHINES AND THE LIKE; RIGHT?

10:01AM  18   A.   IN ORDER TO PRODUCE THE T-CUPS AND THE CARTRIDGES, THEY

10:01AM  19   HAD, LIKE, A 3D PRINTING, YEAH, MANUFACTURING FLOOR ON THE

10:01AM  20   FIRST FLOOR.

10:01AM  21   Q.   RIGHT.  WHERE THEY DID THE TOOTLING AND THE ROBOTICS

10:02AM  22   RELATING TO THE PRODUCTION OF THOSE ITEMS.

10:02AM  23        DO YOU RECALL THAT?

10:02AM  24   A.   YES.  YES.

10:02AM  25   Q.   OKAY.  AND THE -- WERE YOU AWARE THAT THERANOS RECEIVED A

10:02AM  1    PATENT FOR THE IMPROVEMENTS THAT IT DEVELOPED FOR THE SYSTEM IT

10:02AM  2    DEVELOPED FOR USE IN THE ADVIA MACHINE?

10:02AM  3    A.   NO.

10:02AM  4    Q.   LET ME CALL YOUR ATTENTION TO 9645.

10:03AM  5         YOUR HONOR, I BELIEVE THIS IS A SELF-AUTHENTICATING PUBLIC

10:03AM  6    RECORD.  I WOULD MOVE FOR ITS ADMISSION.

10:03AM  7              MR. BOSTIC:  YOUR HONOR, WE STIPULATED TO THE

10:03AM  8    AUTHENTICITY.  NO OBJECTION.

10:03AM  9              THE COURT:  THANK YOU.  IT IS RECEIVED, AND IT MAY

10:03AM 10    BE PUBLISHED.

10:03AM 11         (DEFENDANT'S EXHIBIT 9645 WAS RECEIVED IN EVIDENCE.)

10:03AM 12    BY MR. WADE:

10:03AM 13    Q.   DO YOU HAVE THE DOCUMENT UP IN FRONT OF YOU, MS. CHEUNG?

10:03AM 14    A.   YES.

10:03AM 15    Q.   AND DO YOU SEE THAT THIS WAS A PATENT THAT WAS ISSUED ON

10:03AM 16    AUGUST 27TH, 2019?

10:03AM 17    A.   YES.

10:03AM 18    Q.   AND DO YOU SEE ON THE -- IN THE LEFT-HAND COLUMN THERE

10:03AM 19    WHERE IT SAYS THE APPLICANT WAS THERANOS INC.?

10:03AM 20    A.   YES.

10:03AM 21    Q.   AND CAN YOU IDENTIFY FOR US THE INVENTORS THAT ARE

10:03AM 22    IDENTIFIED IN THIS PATENT, PLEASE.

10:03AM 23    A.   SO SAM GONG -- I DON'T REMEMBER WHAT HE DID AT THERANOS;

10:04AM 24    DANIEL YOUNG, WHO WAS THE VICE PRESIDENT AT THERANOS; AND THEN

10:04AM 25    WILLIAM WESTRICK.  I DON'T --

CHEUNG CROSS BY MR. WADE

10:04AM   1   Q.   I'M SORRY?

10:04AM   2   A.   I DON'T KNOW WHO WILLIAM WESTRICK IS.

10:04AM   3   Q.   OKAY.  WERE THEY ENGINEERS AT THE COMPANY?  DO YOU KNOW?

10:04AM   4   A.   SAM GONG AND DANIEL -- SAM GONG WAS.

10:04AM   5   Q.   AND YOU DON'T KNOW MR. WESTRICK?

10:04AM   6   A.   NO.

10:04AM   7   Q.   AND ARE YOU FAMILIAR -- ARE YOU FAMILIAR WITH PATENTS

10:04AM   8   GENERALLY?

10:04AM   9   A.   NO.

10:04AM  10   Q.   OKAY.  WELL, I WON'T SPEND A LOT OF TIME GOING THROUGH IT

10:04AM  11   THEN.

10:04AM  12        BUT LET ME JUST DRAW YOUR ATTENTION DOWN TO THE BOTTOM OF

10:04AM  13   THE PAGE.

10:04AM  14        DO YOU SEE THAT DRAWING THERE?

10:04AM  15   A.   YES.

10:04AM  16   Q.   AND THAT, THAT IS THE INVENTION THAT WE WERE TALKING ABOUT

10:04AM  17   A MINUTE AGO?

10:04AM  18   A.   THE T-CUP?

10:04AM  19   Q.   YEAH.

10:04AM  20   A.   YES.

10:04AM  21   Q.   AND IF WE GO ON TO THE SECOND PAGE, SOME OF THE

10:04AM  22   ENGINEERING DRAWINGS I THINK RELATING TO THAT ARE IDENTIFIED?

10:05AM  23   A.   YEAH.

10:05AM  24   Q.   AND CAN YOU SEE THOSE?

10:05AM  25   A.   YEP.

CHEUNG CROSS BY MR. WADE

10:05AM 1   Q.   AND THEN THE THIRD PAGE, ONE MORE.

10:05AM 2   A.   YES.

10:05AM 3   Q.   AND THEN I'LL JUST GO TO ONE MORE ON THE FOURTH PAGE.

10:05AM 4        DO YOU SEE THAT?

10:05AM 5   A.   YES.

10:05AM 6   Q.   AND THEN VERY BRIEFLY.  ON THE FIFTH PAGE, DO YOU SEE IT

10:05AM 7   STARTS TO TALK ABOUT THE DEVICES, METHODS, AND SYSTEMS FOR

10:05AM 8   REDUCING THE SAMPLE VOLUME?

10:05AM 9        DO YOU SEE THAT?  IT'S IN THE HEADING AT THE TOP THERE.

10:05AM 10  A.   YES.

10:05AM 11  Q.   AND THIS WAS A PATENT THAT RELATED TO THE DEVICES,

10:05AM 12  METHODS, AND SYSTEMS FOR REDUCING SAMPLE VOLUME?

10:05AM 13  A.   YES.

10:05AM 14  Q.   OKAY.  AND I WON'T BORE EVERYONE BY GOING THROUGH THE NEXT

10:06AM 15  20 PAGES OR SO.

10:06AM 16       BUT IF WE CAN GO TO THE LAST PAGE.  DO WE HAVE UP -- AND

10:06AM 17  THERE WE ARE.

10:06AM 18       DO YOU SEE THE CLAIMS FOR THE PATENT THERE?

10:06AM 19  A.   YES.

10:06AM 20  Q.   AND THAT IDENTIFIES 13 DIFFERENT CLAIMS?

10:06AM 21  A.   YES.

10:06AM 22  Q.   PATENT LAWYERS TOLD ME THAT'S AN IMPORTANT PART OF THE

10:06AM 23  PATENT.

10:06AM 24       ARE YOU AWARE OF THAT?

10:06AM 25  A.   THIS WAS AFTER MY TIME AT THE COMPANY.  THIS WAS IN 2016,

10:06AM    1    SO, NO, I WASN'T AWARE OF ANY OF THIS.

10:06AM    2    Q.   OKAY.  I DON'T HAVE ANY MORE QUESTIONS ON THAT.

10:06AM    3         IF WE COULD GO TO 3471A.

10:07AM    4    A.   WHAT WAS THAT NUMBER?

10:07AM    5    Q.   3471A.  IT WAS A LIST OF TESTS.  IT WAS IN THE

10:07AM    6    GOVERNMENT'S BINDER.

10:07AM    7    A.   OKAY.

10:07AM    8         THE CLERK:  I BELIEVE IT'S 3741A.

10:07AM    9         MR. WADE:  MY APOLOGIES.  I TRANSPOSED THE NUMBERS.

10:07AM   10    3741A.  THANKS, MS. KRATZMANN.

10:07AM   11         THE WITNESS:  THAT'S IN THE BINDER?

10:07AM   12         MR. WADE:  I BELIEVE IT IS.  WE CAN PUT IT UP ON THE

10:07AM   13    SCREEN.  IT'S IN EVIDENCE.

10:07AM   14         THE COURT:  OKAY.

10:08AM   15         THE CLERK:  PAGES 1 THROUGH 7 ONLY, YOUR HONOR.

10:08AM   16         MR. WADE:  WE WON'T GO BEYOND PAGE 7, YOUR HONOR.

10:08AM   17    Q.   DO YOU RECALL TESTIFYING ABOUT THIS DOCUMENT ON DIRECT

10:08AM   18    EXAMINATION?

10:08AM   19    A.   YES.

10:08AM   20    Q.   AND THE FIRST FOUR PAGES OF THIS DOCUMENT ARE LISTS OF

10:08AM   21    TESTS THAT WERE OFFERED AT THERANOS?

10:08AM   22    A.   YES.

10:08AM   23    Q.   AND I THINK YOU TALKED ABOUT THE MISSION OF THERANOS, AS

10:08AM   24    PART OF YOUR TESTIMONY, TO OFFER LOW PRICES.

10:08AM   25         DO YOU RECALL THAT?

10:08AM   1   A.   YES.

10:08AM   2   Q.   AND THIS IDENTIFIES, ACTUALLY IDENTIFIES THE PRICES?

10:08AM   3   A.   YES.

10:08AM   4   Q.   AND IT WAS PRETTY WIDELY AVAILABLE; RIGHT?  ANYONE COULD

10:08AM   5   LOOK ON THE WEBSITE?

10:08AM   6   A.   YES.

10:08AM   7   Q.   AND FIND THOSE PRICES.

10:08AM   8        AND WERE YOU AWARE THAT THEY CHARGED INSURED AND UNINSURED

10:08AM   9   PATIENTS THE SAME PRICE?

10:08AM  10   A.   UH, NO, I WASN'T AWARE OF THAT.

10:08AM  11   Q.   OH, YOU WEREN'T.

10:09AM  12        IF WE COULD GO TO -- I'M SORRY.  IF WE CAN GO BACK TO THE

10:09AM  13   FIRST PAGE, IT MAY BE THE EASIEST WAY TO LOOK AT IT.  I'M NOT

10:09AM  14   GOING TO GO THROUGH AND HAVE US COUNT THESE.

10:09AM  15        BUT IS IT FAIR TO SAY IN THESE FIRST FEW PAGES THERE ARE

10:09AM  16   SEVERAL HUNDRED TESTS?

10:09AM  17   A.   YES.

10:09AM  18   Q.   AND THE ELISA ASSAYS THAT YOU MENTIONED BEFORE WERE SEVEN

10:09AM  19   OF THESE, I THINK, OR --

10:09AM  20   A.   YES.

10:09AM  21   Q.   AND THEN IF WE CAN GO TO THE FORM 15291.

10:09AM  22        DO YOU RECALL THAT YOU GAVE SOME TESTIMONY RELATING TO

10:09AM  23   THIS FORM AS WELL?

10:09AM  24   A.   YES.

10:09AM  25   Q.   AND THIS, LIKE THE PRICING SHEETS, WAS SOMETHING THAT WAS

10:09AM   1    WIDELY AVAILABLE; RIGHT?

10:09AM   2    A.   YES.

10:09AM   3    Q.   AND WOULD BE FILLED OUT AND WOULD BE IN THE DOCUMENTS OF

10:10AM   4    THE COMPANY AND IT WOULD BE WITH DOCTORS AND --

10:10AM   5    A.   WITH CLINICIANS, YES.

10:10AM   6    Q.   RIGHT.  AND AT ALL OF THE DIFFERENT LOCATIONS?

10:10AM   7    A.   YES.

10:10AM   8    Q.   AND IF YOU COULD JUST ZOOM IN ON THE TOP THERE.

10:10AM   9         AND DO YOU SEE THERE'S A BOX THERE WHERE YOU CAN CHECK

10:10AM   10   MICRO SAMPLE, PATIENT'S CHOICE, OR TRADITIONAL PHLEBOTOMY?

10:10AM   11   A.   YES.

10:10AM   12   Q.   DO YOU SEE THAT?

10:10AM   13        SO ALL OF THE DIFFERENT OPTIONS ARE IDENTIFIED THERE?

10:10AM   14   A.   YES.

10:10AM   15   Q.   AND THE TRADITIONAL PHLEBOTOMY, THAT'S VENOUS DRAW?

10:10AM   16   A.   YES.

10:10AM   17   Q.   I HAVE NO FURTHER QUESTIONS ABOUT THAT DOCUMENT.

10:11AM   18        I THINK WE ACTUALLY ENDED ON WEDNESDAY TALKING A LITTLE

10:11AM   19   BIT ABOUT PROFICIENCY TESTING.

10:11AM   20        DO YOU RECALL THAT?

10:11AM   21   A.   YES.

10:11AM   22   Q.   AND I THINK YOU SAID THAT YOU WERE NOT FAMILIAR WITH THE

10:11AM   23   PROFICIENCY TESTING POLICY WHEN YOU WERE WITH THE COMPANY?

10:11AM   24   A.   YES.

10:11AM   25   Q.   AND THERE WERE OTHER PEOPLE WHO WERE RESPONSIBLE FOR THAT

CHEUNG CROSS BY MR. WADE

10:11AM 1    POLICY?

10:11AM 2    A.   YES.

10:11AM 3    Q.   AND FOR IMPLEMENTING THAT POLICY FOR THE MOST PART?

10:11AM 4    A.   ASIDE FROM RUNNING THE ACTUAL TEST, YES.

10:11AM 5    Q.   RIGHT.  YOU PERFORMED SOME OF THE TESTS AND THE DATA THAT

10:11AM 6    FED INTO THAT WORK?

10:11AM 7    A.   YES.

10:11AM 8    Q.   OKAY.  AND I THINK YOU TESTIFIED THAT YOU'RE AWARE THAT

10:11AM 9    PROFICIENCY TESTING IS DESIGNED TO COMPARE SIMILAR DEVICES; IS

10:11AM 10   THAT RIGHT?

10:11AM 11   A.   THE PURPOSE OF PROFICIENCY TESTING?

10:11AM 12   Q.   NO.  JUST THAT IT'S DESIGNED TO KIND OF COMPARE APPLES TO

10:12AM 13   APPLES, A SIMILAR TYPE OF TEST TO ANOTHER SIMILAR TYPE OF TEST?

10:12AM 14   A.   IN TERMS OF -- CAN YOU REPEAT YOUR QUESTION?

10:12AM 15   Q.   SURE.  I THINK YOU'VE TESTIFIED THAT PROFICIENCY TESTING

10:12AM 16   RELATES TO PEER DEVICES OR SIMILAR DEVICES; RIGHT?

10:12AM 17   A.   SO WHEN YOU DO PROFICIENCY TESTING, YOU'LL TEND TO NOTIFY

10:12AM 18   THE TESTING AGENCY OF WHAT TYPE OF DEVICE THAT YOU'RE

10:12AM 19   UTILIZING.

10:12AM 20       SO SAY IF THEY HAVE A TSH SAMPLE, YOU'LL TELL THEM THAT

10:12AM 21   YOU'RE RUNNING IT ON THE IMMULITE IN ORDER TO ALLOW THEM TO

10:12AM 22   KNOW THAT THAT IS THE TESTING DEVICE THAT YOU'RE UTILIZING,

10:12AM 23   YES.

10:12AM 24   Q.   AND THEN THE PEER GROUP THAT YOU'RE COMPARING THE RESULTS

10:12AM 25   AGAINST ARE OTHER IMMULITE DEVICES OR SIMILAR DEVICES THAT

10:12AM   1    SHOULD PRODUCE THE SAME RESULTS?

10:12AM   2    A.   I'M NOT TOO SURE, BUT TYPICALLY I WOULD SAY, YES, I THINK

10:12AM   3    SO.

10:12AM   4    Q.   OKAY.  AND BECAUSE YOU WANT APPLES TO APPLES; IS THAT

10:13AM   5    RIGHT?

10:13AM   6    A.   YOU WANT TO COMPARE THE TWO RESULTS, YES.

10:13AM   7    Q.   YEAH.  AT THE TIME YOU WERE WORKING AT THERANOS, WERE YOU

10:13AM   8    AWARE OF THE AAP?

10:13AM   9    A.   NO.

10:13AM   10   Q.   DO YOU KNOW WHAT THAT IS?

10:13AM   11   A.   I'M TAKING A GUESS HERE.  IS IT THE PATHOLOGY ASSOCIATION?

10:13AM   12   Q.   NO.  I'M SORRY.  IT'S THE ALTERNATIVE ASSESSMENT PROTOCOL.

10:13AM   13   A.   NO.

10:13AM   14   Q.   OKAY.  AND YOU, I TAKE IT, WERE NOT INVOLVED IN ANY WAY

10:13AM   15   WITH THE AAP AT THERANOS?

10:13AM   16   A.   NO.

10:13AM   17   Q.   WE -- YOU GAVE SOME TESTIMONY ABOUT THAT SPREADSHEET OF

10:13AM   18   SOME EDISON RESULTS THAT MR. BOSTIC ASKED YOU A NUMBER OF

10:13AM   19   QUESTIONS ABOUT.

10:13AM   20        DO YOU RECALL THAT?

10:13AM   21   A.   YES.

10:13AM   22   Q.   AND IT HAD THE PERCENTAGES AND THE LIKE.

10:13AM   23        AND ARE YOU AWARE THAT THE TESTING -- THOSE RESULTS, I

10:14AM   24   BELIEVE, WERE SHARED WITH YOU BY LANGLY GEE WHO WAS THE QUALITY

10:14AM   25   CONTROL MANAGER?

10:14AM 1   A.   YES.

10:14AM 2   Q.   AND I TAKE IT HE WOULD HAVE SHARED THOSE WITH

10:14AM 3   DRS. ROSENDORFF AND PANDORI AS WELL?

10:14AM 4   A.   YES.

10:14AM 5   Q.   AND ARE YOU AWARE THAT THE WAY IN WHICH THOSE TESTS WERE

10:14AM 6   IMPLEMENTED CREATED SOME CONFUSION WITHIN THE GROUP ABOUT THE

10:14AM 7   APPLICATION OF THE PROFICIENCY TESTING POLICY?

10:14AM 8   A.   YES.

10:14AM 9   Q.   AND WERE YOU AWARE THAT DR. PANDORI AND DR. ROSENDORFF

10:14AM 10   ACTUALLY DEVELOPED A POWERPOINT PRESENTATION TO EXPLAIN

10:14AM 11   PROFICIENCY TESTING AND ALTERNATIVE ASSESSMENT PROTOCOL TO THE

10:14AM 12   FOLKS IN THE CLIA LAB?

10:14AM 13   A.   NO.  I WAS NOT A PART OF THAT.

10:15AM 14   Q.   WELL, LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

10:15AM 15   MAY I APPROACH, YOUR HONOR?

10:15AM 16   THE COURT:  YES.  WOULD YOU LIKE THE WITNESS TO LOOK

10:15AM 17   AT THIS TO SEE IF IT REFRESHES HER RECOLLECTION ON THIS TOPIC?

10:15AM 18   MR. WADE:  YEAH.

10:15AM 19   Q.   I WAS JUST GOING TO DIRECT YOU -- TAKE A LOOK AT THE

10:15AM 20   DOCUMENT IN THE POWERPOINT AND JUST SEE IF THAT REFRESHES YOUR

10:15AM 21   RECOLLECTION THAT DRS. ROSENDORFF AND PANDORI PREPARED A

10:15AM 22   PREPARED A POWERPOINT PRESENTATION TO EXPLAIN THE PROFICIENCY

10:15AM 23   TESTING AND THE AAP POLICIES FOR THE EDISON DEVICES?

10:15AM 24   A.   I HAD NEVER SEEN THIS DOCUMENT WHEN I WAS AT THE COMPANY.

10:16AM 25   Q.   OKAY.

10:16AM 1        I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

10:16AM 2            THE COURT:  ALL RIGHT.  THANK YOU.

10:16AM 3        MR. BOSTIC, DO YOU HAVE SOME REDIRECT?

10:16AM 4            MR. BOSTIC:  YES, YOUR HONOR.

10:16AM 5            THE COURT:  LADIES AND GENTLEMEN, FEEL FREE TO STAND

10:16AM 6    UP AND STRETCH WHILE WE DO THE TRANSITION HERE.

10:16AM 7        I WILL TELL YOU THAT WE WILL TAKE OUR BREAK AT 11:00 THIS

10:16AM 8    MORNING.  IN ABOUT 40 MINUTES OR SO WE WILL TAKE OUR MORNING

10:16AM 9    BREAK.

10:17AM 10       (STRETCHING.)

10:17AM 11           THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE SEATED

10:17AM 12   EVERYONE.

10:17AM 13       MR. BOSTIC, YOU HAVE REDIRECT?

10:17AM 14           MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

10:17AM 15                    **REDIRECT EXAMINATION**

10:17AM 16   BY MR. BOSTIC:

10:17AM 17   Q.   GOOD MORNING, MS. CHEUNG.

10:17AM 18   A.   GOOD MORNING.

10:17AM 19   Q.   I'D LIKE TO ASK A FEW FOLLOW UP TOPICS THAT YOU DISCUSSED

10:17AM 20   WITH MR. WADE.

10:17AM 21   A.   OKAY.

10:17AM 22   Q.   FIRST, YOU TESTIFIED YESTERDAY THAT THE VALIDATION PROCESS

10:17AM 23   WOULD NORMALLY TAKE PLACE OVER MONTHS AND YEARS; IS THAT

10:17AM 24   CORRECT?

10:17AM 25   A.   YES.

10:17AM   1    Q.   YOU TESTIFIED THAT AT THERANOS IT TOOK PLACE ON A SHORTER

10:17AM   2    TIMEFRAME.  AM I STATING THAT CORRECTLY?

10:17AM   3    A.   SO TO BE SPECIFIC, FOR EXAMPLE, FOR PRECISION, PRECISION

10:17AM   4    IS AN EXPERIMENT THAT WE WOULD RUN OVER THE COURSE OF THREE

10:17AM   5    MONTHS, OR IT'S STATED THAT YOU SHOULD RUN IT OVER THREE

10:17AM   6    MONTHS.  BUT WHAT WE DID AT THERANOS IS TRY AND GET IT DONE AS

10:18AM   7    SOON AS POSSIBLE.

10:18AM   8         SO DEPENDING ON HOW MANY SHIFTS WE HAD WITH HOW MANY

10:18AM   9    PEOPLE AND HOW MANY ISSUES WE HAD, THAT WOULD BE CONDENSED DOWN

10:18AM   10   TO A SHORTER TIME PERIOD.

10:18AM   11   Q.   WHAT WAS YOUR UNDERSTANDING AT THE TIME AS TO WHY THOSE

10:18AM   12   VALIDATION PROCESSES AT THERANOS WERE TAKING PLACE OVER A

10:18AM   13   SHORTER TIME PERIOD?

10:18AM   14   A.   BECAUSE THEY WERE TRYING TO GET AS MANY TESTS AVAILABLE TO

10:18AM   15   THE CLINICAL LAB AS POSSIBLE.

10:18AM   16        SO, FOR EXAMPLE, WE HAD A BIG PUSH FOR ALL OF THE THYROID

10:18AM   17   TESTS SO WE COULD DO THE PANEL.  SO WE WERE TRYING TO FINISH UP

10:18AM   18   ALL OF THE VALIDATION EXPERIMENTS AS QUICKLY AS POSSIBLE SO

10:18AM   19   THAT THEY COULD GO LIVE WITHIN THE CLINICAL LAB.

10:18AM   20   Q.   AM I CORRECT THAT THE TIME PERIOD WE'RE TALKING ABOUT HERE

10:18AM   21   IS AFTER THERANOS HAD ALREADY STARTED OFFERING PATIENT TESTING

10:18AM   22   TO THE PUBLIC?

10:18AM   23   A.   YES.

10:18AM   24   Q.   BUT IT WAS AN ONGOING GOAL TO GET AS MANY TESTS WORKING ON

10:18AM   25   THE THERANOS DEVICE AS POSSIBLE; IS THAT WHAT YOU'RE SAYING?

10:19AM  1    A.   YES.

10:19AM  2    Q.   DID THAT CONTINUE TO BE THE GOAL IN THE R&D LAB THROUGHOUT

10:19AM  3    YOUR TIME AT THE COMPANY?

10:19AM  4    A.   THE GOAL WAS TO GET AS MANY ASSAYS AS QUICKLY AS POSSIBLE

10:19AM  5    OVER TO THE CLINICAL LAB, YES.

10:19AM  6    Q.   AND IN PARTICULAR, ARE WE TALKING ABOUT FINGERSTICK

10:19AM  7    ASSAYS?

10:19AM  8    A.   WE'RE TALKING ABOUT FINGERSTICK ASSAYS IN RELATION TO THE

10:19AM  9    EDISON DEVICES SPECIFICALLY.

10:19AM  10   Q.   AND DESPITE THAT CONTINUING EFFORT AND THAT BEING THE

10:19AM  11   GOAL, YOUR TESTIMONY IS THAT NO MORE THAN A DOZEN TESTS WERE

10:19AM  12   EVER ACTUALLY PERFORMED ON THE EDISON DEVICE DURING YOUR TIME

10:19AM  13   AT THE COMPANY?

10:19AM  14   A.   CORRECT.

10:19AM  15        MR. WADE:   YOUR HONOR, I BELIEVE WE'RE ON REDIRECT

10:19AM  16   EXAMINATION HERE.

10:19AM  17        THE COURT:   MR. BOSTIC, YOU CAN FRAME YOUR QUESTIONS

10:19AM  18   APPROPRIATELY.   THANK YOU.

10:19AM  19        MR. BOSTIC:   UNDERSTOOD.   THANK YOU, YOUR HONOR.

10:19AM  20   Q.   MS. CHEUNG, A FEW MINUTES AGO YOU LOOKED AGAIN AT THE TEST

10:19AM  21   MENU FOR THE TESTS THAT WERE OFFERED BY THERANOS DURING YOUR

10:19AM  22   TIME AT THE COMPANY; CORRECT?

10:20AM  23   A.   CORRECT.

10:20AM  24   Q.   AND YOU SAW AT THE TOP OF THAT FORM THAT THERE WERE CHECK

10:20AM  25   BOXES WHERE THE PERSON ORDERING THE TEST COULD SELECT BETWEEN,

10:20AM   1    FOR EXAMPLE, FINGERSTICK VERSUS VEIN SAMPLE; IS THAT CORRECT?

10:20AM   2    A.   YES.

10:20AM   3    Q.   AND WERE ALL OF THE TESTS AVAILABLE ON THAT FORM OFFERED

10:20AM   4    BY THERANOS ON FINGERSTICK SAMPLES?

10:20AM   5    A.   NO.

10:20AM   6    Q.   LOOKING AT THAT LIST OF HUNDREDS OF TESTS THAT THERANOS

10:20AM   7    OFFERED, APPROXIMATELY WHAT PROPORTION OF THEM COULD ACTUALLY

10:20AM   8    BE CONDUCTED ON FINGERSTICK?

10:20AM   9    A.   BY THE EDISON DEVICES OR BY THE MODIFIES OR --

10:20AM   10   Q.   LET'S START AND BREAK THAT OUT.  AND SAY SO FIRST OF THAT

10:20AM   11   LIST A COUPLE HUNDRED OR SEVERAL HUNDRED TESTS --

10:20AM   12   A.   RIGHT.

10:20AM   13   Q.   -- HOW MANY COULD BE PERFORMED ON THE EDISON DEVICE BY

10:20AM   14   FINGERSTICK?

10:20AM   15   A.   SO WHILE I WAS WORKING THERE WHAT COULD BE PERFORMED BY

10:20AM   16   FINGERSTICK WITH THE EDISON DEVICES WAS ANYWHERE BETWEEN FOUR

10:20AM   17   TO NINE FOR THE EDISON DEVICES.

10:20AM   18   Q.   AND IF WE EXPAND THAT LIST TO INCLUDE EVERYTHING THAT THE

10:21AM   19   COMPANY COULD DO ON A FINGERSTICK SAMPLE USING A MODIFIED THIRD

10:21AM   20   PARTY DEVICE, FOR EXAMPLE?

10:21AM   21   A.   RIGHT.

10:21AM   22   Q.   WOULD THAT THEN ENCOMPASS THE REST OF THE ENTIRE LIST OF

10:21AM   23   SEVERAL HUNDRED?

10:21AM   24   A.   NO.

10:21AM   25   Q.   WOULD IT COME CLOSE TO ENCOMPASSING THAT LIST OF SEVERAL

10:21AM  1    HUNDRED TESTS?

10:21AM  2    A.   NO.

10:21AM  3    Q.   DOES THAT MEAN THEN THAT THOSE CHECK BOXES AT THE TOP --

10:21AM  4    LET ME START AGAIN.

10:21AM  5         DOES THAT MEAN THEN THAT EVEN IF A DOCTOR OR A PATIENT

10:21AM  6    SELECTED A FINGERSTICK OPTION AT THE TOP OF THAT FORM, IF THEY

10:21AM  7    SELECTED ONE OR MORE TESTS THAT COULD NOT BE RUN ON A

10:21AM  8    FINGERSTICK SAMPLE, THEY COULD NOT PERFORM THEIR TESTS BY

10:21AM  9    FINGERSTICK; IS THAT CORRECT?

10:21AM  10   A.   CORRECT.

10:21AM  11   Q.   GOING BACK TO THE TOPIC OF VALIDATION BRIEFLY.  MR. WADE

10:21AM  12   ASKED YOU ABOUT STANDARDS GOVERNING THE VALIDATION PROCESS.

10:22AM  13        DO YOU RECALL THAT?

10:22AM  14   A.   FOR THE OUTLIER PROCESS OR FOR THE --

10:22AM  15   Q.   GENERALLY SPEAKING.

10:22AM  16   A.   GENERALLY.

10:22AM  17   Q.   STANDARDS CONCERNING VALIDATION TOLERANCES FOR DIFFERENT

10:22AM  18   ASSAYS --

10:22AM  19   A.   YES.

10:22AM  20   Q.   -- HE ASKED YOU WHETHER YOU KNEW OR WERE FAMILIAR WITH THE

10:22AM  21   STANDARDS FOR THAT VALIDATION PROCESS; CORRECT?

10:22AM  22   A.   CORRECT.

10:22AM  23   Q.   AND WHEN YOU WERE AT THERANOS AND WORKING ON THESE ISSUES,

10:22AM  24   WERE YOU ABLE TO REFERENCE THOSE STANDARDS?

10:22AM  25   A.   REFERENCE THE STANDARDS OF THE VALIDATION PROCESS?

10:22AM  1    Q.   YES.

10:22AM  2    A.   IN THE RESEARCH AND DEVELOPMENT LAB?

10:22AM  3    Q.   CORRECT.

10:22AM  4    A.   UM, I DON'T REMEMBER.

10:22AM  5    Q.   AND DURING THE VALIDATION PROCESS THERE ARE -- OR LET ME

10:22AM  6    ASK, DURING THE VALIDATION PROCESS, THERE ARE STANDARDS THAT

10:22AM  7    GOVERN -- ACTUALLY, I'LL MOVE ON.

10:22AM  8         WHEN THE VALIDATION PROCESS IS CONCLUDED AND A TEST IS

10:23AM  9    MOVED INTO THE CLINICAL LAB AND CLINICAL PATIENT TESTING

10:23AM  10   BEGINS --

10:23AM  11   A.   YES.

10:23AM  12   Q.   -- IS THAT THE END OF THE QUESTION WHEN IT COMES TO THE

10:23AM  13   ACCURACY AND PERFORMANCE OF THAT TEST?

10:23AM  14   A.   NO.

10:23AM  15   Q.   WHY NOT?

10:23AM  16   A.   BECAUSE YOU MONITOR THE ACCURACY AND THE PRECISION OF THE

10:23AM  17   PERFORMANCE ONGOING.

10:23AM  18        SO THE QUALITY CONTROLS ARE A GOOD INDICATION OF, YOU

10:23AM  19   KNOW, ARE YOU HITTING YOUR ACCURACY TARGETS?  ARE YOU GETTING

10:23AM  20   PRECISE ENOUGH RESULTS?  BECAUSE IT'S A WAY IN WHICH YOU COULD

10:23AM  21   HAVE CONTINUITY WITH YOUR SYSTEM OUTSIDE OF WHAT WE HAD DONE

10:23AM  22   FOR THE VALIDATION EXPERIMENTS, AND THE VALIDATION REPORTS THAT

10:23AM  23   WERE GENERATED BY THE RESEARCH AND DEVELOPMENT LAB.

10:23AM  24   Q.   THE QUALITY CONTROL PROCESS THAT IS ONGOING, THAT TAKES

10:23AM  25   PLACE AFTER VALIDATION IS ALREADY CONCLUDED?

CHEUNG REDIRECT BY MR. BOSTIC

10:23AM 1      A.   CORRECT.

10:23AM 2      Q.   DURING YOUR TIME AT THERANOS, HOW SOON AFTER YOU BEGAN

10:24AM 3      PARTICIPATING IN PATIENT TESTING DID YOU BECOME CONCERNED ABOUT

10:24AM 4      THE ACCURACY OF THE THERANOS TESTS THAT YOU WERE WORKING ON?

10:24AM 5      A.   I BECAME CONCERNED PROBABLY ABOUT A MONTH IN WITH THE

10:24AM 6      VITAMIN D SAMPLES BECAUSE WE HAD SEEN A LOT OF VARIABILITY WITH

10:24AM 7      THE VITAMIN D SAMPLES BOTH WITHIN VALIDATION AND WITH ACTUALLY

10:24AM 8      TESTING THE PATIENT SAMPLES AND THE QUALITY CONTROLS.

10:24AM 9           SO IT WAS ABOUT ROUGHLY A MONTH IN.  SO I WOULD SAY

10:24AM 10     NOVEMBER OF 2013.

10:24AM 11     Q.   AND WERE THE CONCERNS THAT YOU HAD ABOUT THE ACCURACY OF

10:24AM 12     THE TESTS BASED ON SOMETHING THAT YOU SAW IN THE VALIDATION

10:24AM 13     PROCESS OR THE ACTUAL PERFORMANCE OF THE TESTS WHEN APPLIED TO

10:24AM 14     PATIENT SAMPLES?

10:24AM 15     A.   BOTH.

10:24AM 16     Q.   YOU HAD A CONVERSATION WITH MR. WADE ABOUT THE WORK THAT

10:25AM 17     YOU DID RESPONDING TO QUALITY CONTROL FAILURES AND HOW THAT WAS

10:25AM 18     TIME CONSUMING.

10:25AM 19          DO YOU RECALL SAYING THAT?

10:25AM 20     A.   YES.

10:25AM 21     Q.   AND HOW TIME CONSUMING WAS IT?  WAS IT SO TIME CONSUMING

10:25AM 22     THAT IT ACTUALLY IMPACTED THE FLOW OF SAMPLES THROUGH THE LAB

10:25AM 23     IN YOUR EXPERIENCE?

10:25AM 24     A.   FOR BEING ABLE TO TROUBLESHOOT A QUALITY CONTROL ISSUE?

10:25AM 25     Q.   YES.

10:25AM  1      A.   YES.

10:25AM  2      Q.   AND CAN YOU EXPLAIN HOW THAT HAPPENED?

10:25AM  3      A.   SO WHENEVER WE HAD A QUALITY CONTROL FAILURE, YOU HAD TO

10:25AM  4      GO THROUGH A SERIES OF STEPS IN ORDER TO FIGURE OUT WHAT THE

10:25AM  5      ISSUE WAS.  WAS IT A REAGENT ISSUE?  WAS IT SOME SORT OF DEVICE

10:25AM  6      ISSUE?  WAS IT SOME SORT OF RANDOM ISSUE?

10:25AM  7           AND IF YOU COULD NOT RESOLVE WHAT IT WAS, YOU WOULD HAVE

10:25AM  8      TO RECALIBRATE THE WHOLE DEVICE AND REESTABLISH THE QC RANGES.

10:25AM  9           SO ANY TIME YOU HAD TO RECALIBRATE, KIND OF LIKE THAT

10:25AM 10      DOCUMENT THAT MR. WADE WAS SHOWING WITH THE CALIBRATION WITH

10:25AM 11      ALL OF THESE STANDARDS, YOU HAVE 12 OF THEM, A DIFFERENT

10:26AM 12      CONCENTRATION, YOU HAVE TO RUN THEM WHICH TAKES 12 HOURS,

10:26AM 13      14 HOURS, AND THEN THAT'S IF EVERYTHING GOES RIGHT AND YOU'RE

10:26AM 14      RUNNING THEM BACK TO BACK TO BACK.

10:26AM 15           SOME OF US, IF WE COULD NOT TAKE SHIFTS, IT WOULD BE THE

10:26AM 16      CASE THAT WE'RE WORKING 14 HOURS, 16 HOURS JUST TO GET IT

10:26AM 17      RECALIBRATED.

10:26AM 18           AND THEN YOU HAVE TO REESTABLISH THE QC RANGES, WHICH IS 1

10:26AM 19      TO 3 DIFFERENT RANGES, AND YOU RUN THOSE 6 TO 8 TIMES, SO THAT

10:26AM 20      CAN TAKE ANYWHERE IF YOU'RE DOING TWO SAMPLES TIMES 6, 6, 12,

10:26AM 21      THAT'S AN ADDITIONAL 12, 14 HOURS.

10:26AM 22           AND THEN THE DEXTER CALIBRATION -- AGAIN, THIS IS IF YOU

10:26AM 23      DO EVERYTHING BACK TO BACK TO BACK TO BACK AND YOU GET THE

10:26AM 24      TIMING RIGHT WHERE THE NEXT ASSOCIATE COMES IN AND SO YOU DON'T

10:26AM 25      HAVE TO WORK FOR WHATEVER IT IS, THE LIKE 24 TO 83 HOURS,

10:26AM   1    WHATEVER THAT IS.

10:26AM   2         SO IF A PATIENT COMES IN, WE WERE SUPPOSED TO GET THAT

10:27AM   3    PATIENT THE RESULT IN TWO HOURS, IF WE HAD TO RECALIBRATE THE

10:27AM   4    WHOLE SYSTEM, IT WOULD BE DELAYED BY LIKE TWO OR THREE DAYS

10:27AM   5    BECAUSE IT WAS SUCH A TIME CONSUMING PROCESS, AND THAT'S

10:27AM   6    TYPICALLY WHAT THE WORKFLOW WOULD LOOK LIKE.

10:27AM   7         THE REASON IT BECAME SUCH AN ISSUE BECAUSE IT KEPT JAMMING

10:27AM   8    UP OUR WORKFLOW AS WELL WHERE WE'RE CONSTANTLY HAVING TO

10:27AM   9    RECALIBRATE, BUT IT WOULD TAKE DAYS IN ORDER TO GET THAT DONE.

10:27AM  10    SO ONE PATIENT SAMPLE WAS SUPPOSED TO BE OUT IN THREE HOURS,

10:27AM  11    AND YOU HAVE THIS THREE DAY WINDOW THAT YOU'RE HOPING TO GET

10:27AM  12    YOUR SYSTEM BACK AND RUNNING WHERE PEOPLE ARE RUNNING AROUND

10:27AM  13    THE CLOCK TO GET IT BACK INTO THE PROPER STATE.

10:27AM  14    Q.   AND WERE THOSE PROBLEMS WITH THE MACHINE PERFORMANCE

10:27AM  15    COMMON ENOUGH, IN FACT, THAT IT WAS A CONSTANT PROBLEM GOING

10:27AM  16    THROUGH THIS PROCESS AND DELAYING PATIENT SAMPLES?

10:27AM  17    A.   YEAH.  I MEAN, WE HAD PEOPLE SLEEPING IN THEIR CAR BECAUSE

10:27AM  18    IT WAS JUST TAKING TOO LONG.  EVERY THREE DAYS YOU WERE HAVING

10:28AM  19    TO JUST RUN THESE SAMPLES OVER AND OVER AND OVER.  SO IT WAS

10:28AM  20    HAPPENING VERY FREQUENTLY.

10:28AM  21    Q.   MR. WADE CONFIRMED WITH YOU THAT WHEN A DEVICE DID FAIL

10:28AM  22    QC, THIS PROCESS WOULD BE TAKEN ON AND THE DEVICE WOULD NOT BE

10:28AM  23    USED FOR PATIENT SAMPLE AGAIN UNTIL THE ISSUE WAS APPARENTLY

10:28AM  24    RESOLVED; IS THAT CORRECT?

10:28AM  25    A.   THAT'S CORRECT.

10:28AM   1   Q.   AND IN YOUR EXPERIENCE WOULD THAT PRACTICE ADDRESS

10:28AM   2   CONCERNS ABOUT THE PERFORMANCE OF THE MACHINE IN BETWEEN

10:28AM   3   QUALITY CONTROL CHECKS?

10:28AM   4   A.   NO, BECAUSE WE ONLY DID QUALITY CONTROLS AT THE BEGINNING

10:28AM   5   OF THE DAY.  SO SOME LABS WILL DO THEM AT THE BEGINNING OF EACH

10:28AM   6   SHIFT, AND AT THERANOS WE HAD TWO SHIFTS.  WE HAD A DAY SHIFT,

10:28AM   7   SOMETIMES AN AFTERNOON SHIFT, AND A NIGHT SHIFT.

10:28AM   8       SO IT ONLY ADDRESSED BASICALLY WHAT THE QUALITY OF IT WAS

10:28AM   9   AT THE BEGINNING OF THE DAY.

10:28AM   10      AND SOMETIME YOU EVEN RUN QUALITY CONTROLS MORE

10:28AM   11  FREQUENTLY, ESPECIALLY IF IT'S A MORE SERIOUS DIAGNOSES.

10:29AM   12      SO, FOR EXAMPLE, IF YOU'RE RUNNING INFECTIOUS DISEASE,

10:29AM   13  YOU'LL ATTEMPT TO RUN THEM BEFORE YOU RUN EVERY INFECTIOUS

10:29AM   14  DISEASE SAMPLE JUST TO BE SURE AND GIVE YOURSELF A LEVEL OF

10:29AM   15  CONFIDENCE IS THE SYSTEM WORKING RIGHT AT THIS MOMENT VERSUS AT

10:29AM   16  THE BEGINNING OF THE DAY?

10:29AM   17      SO AT THERANOS THE STANDARD PRACTICE WAS THAT WE WOULD RUN

10:29AM   18  IT AT THE BEGINNING IN THE DAY AND UNLESS THERE WAS SOME WEIRD

10:29AM   19  SHIFT OVER WHERE MAYBE THE TECHNICIAN HAD MORE TIME AND SO THEY

10:29AM   20  WOULD JUST RUN THEM JUST BECAUSE.

10:29AM   21      BUT IT WASN'T STANDARD PRACTICE TO RUN THEM MULTIPLE TIMES

10:29AM   22  A DAY OR MULTIPLE -- AT THE BEGINNING OF EACH SHIFT.

10:29AM   23  Q.   I'D LIKE TO ASK YOU JUST A COUPLE MORE QUESTIONS ABOUT

10:29AM   24  YOUR PRACTICES WHEN IT CAME TO EMAIL BUSINESS RECORDS AT

10:29AM   25  THERANOS.

10:29AM 1    A.   YES.

10:29AM 2    Q.   YOU TESTIFIED BEFORE THAT EMAILS WERE PRESERVED AT

10:29AM 3    THERANOS; IS THAT CORRECT?

10:29AM 4    A.   CORRECT.

10:29AM 5    Q.   AND AS A MEMBER OF THE LAB STAFF SENDING AND RECEIVING

10:30AM 6    THESE EMAILS, WERE YOU UNDER A DUTY OR AN OBLIGATION TO

10:30AM 7    PRESERVE THESE RECORDS?

10:30AM 8    A.   YES.

10:30AM 9    Q.   AND FOR WHAT PURPOSE WERE THEY PRESERVED?

10:30AM 10   A.   TO REFERENCE BACK, TO BE ABLE TO COMMUNICATE WITH OTHER

10:30AM 11   LAB MEMBERS, TO BE ABLE TO MAKE SURE THAT ANYTHING THAT WAS

10:30AM 12   COMMUNICATED BY EMAIL THAT NEEDED TO BE TRANSCRIBED, THERE WAS

10:30AM 13   A WAY IN WHICH WE COULD TRANSCRIBE THAT INFORMATION IN ORDER TO

10:30AM 14   JUST -- AS WE SAW SOMETIMES, WE WOULD GET EMAILS TELLING US

10:30AM 15   THAT NEW SOP'S WERE UPDATED AND THAT WE HAD TO BE ABLE TO

10:30AM 16   CREATE NEW INFRASTRUCTURE FOR NEW TESTS TO BE ABLE TO KEEP

10:30AM 17   TRACK OF THOSE THINGS BECAUSE SOMETIMES IT COULD BE VERY

10:30AM 18   DYNAMIC AND VERY CHANGING, SO WE NEEDED TO HAVE A THREAD IN

10:30AM 19   ORDER TO FIGURE OUT WHEN OUR CERTAIN ASSAYS ONBOARDED AT WHAT

10:30AM 20   CERTAIN TIME PERIODS.

10:30AM 21   Q.   WAS IT YOUR PRACTICE WHEN YOU WERE AT THERANOS TO FOLLOW

10:31AM 22   OR ADHERE TO THAT DUTY AND PRESERVE THE EMAILS THAT YOU WERE

10:31AM 23   SENDING AND RECEIVING?

10:31AM 24   A.   YES.

10:31AM 25   Q.   AND DID YOU UNDERSTAND THAT TO BE THE PRACTICE OF OTHERS

CHEUNG REDIRECT BY MR. BOSTIC

10:31AM 1    AT THERANOS PURSUANT TO THAT SAME DUTY?

10:31AM 2    A.   YES.

10:31AM 3    Q.   IF I COULD USE THE ELMO.

10:31AM 4         THE CLERK:  IS THIS JUST FOR THE WITNESS?

10:31AM 5         MR. BOSTIC:  SORRY.

10:31AM 6    I'D LIKE TO SHOW EXHIBIT 9925, WHICH IS IN EVIDENCE.

10:31AM 7         THE CLERK:  OKAY.

10:31AM 8    BY MR. BOSTIC:

10:31AM 9    Q.   MS. CHEUNG, DO YOU REMEMBER REVIEWING EXHIBIT 9925 ON THE

10:31AM 10   SCREEN IN FRONT OF YOU?

10:31AM 11   A.   YES.

10:31AM 12   Q.   DO YOU REMEMBER REVIEWING PORTIONS OF THIS DOCUMENT WITH

10:31AM 13   MR. WADE?

10:32AM 14   A.   YES.

10:32AM 15   Q.   I'D LIKE TO SHOW YOU PAGE 6 OF 21 OF THIS DOCUMENT.  THIS

10:32AM 16   IS A PAGE ENDING IN BATES 4013790.

10:32AM 17        IS THAT SHOWING UP ON YOUR SCREEN?

10:32AM 18   A.   YES.

10:32AM 19   Q.   I'D LIKE TO DRAW YOUR ATTENTION SPECIFICALLY TO THE

10:32AM 20   LANGUAGE UNDER SECTION 8 OF THIS DOCUMENT WHERE IT SAYS

10:32AM 21   THERANOS SYSTEM.

10:32AM 22        DO YOU SEE THAT?

10:32AM 23   A.   YES.

10:32AM 24   Q.   IN THIS PARAGRAPH THERE'S LANGUAGE THAT SAYS, "THE SYSTEM

10:32AM 25   CAN BE OPERATED WITH MINIMAL TRAINING AND PERFORMS MULTIPLE

10:32AM   1    TESTS ON A VARIETY OF SAMPLE TYPES."

10:32AM   2         DO YOU SEE THAT?

10:32AM   3    A.   YES.

10:32AM   4    Q.   AND IT ALSO SAYS, "THE SYSTEM ENABLES RESULTS IN UNDER AN

10:32AM   5    HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO TRADITIONAL

10:32AM   6    CLINICAL LABORATORY ANALYZER."

10:33AM   7         DID YOU READ THAT CORRECTLY?

10:33AM   8    A.   YES.

10:33AM   9    Q.   AND AS TO THE SECOND CLAIM THAT THE SYSTEM ENABLES RESULTS

10:33AM  10    IN UNDER AN HOUR WITH PRECISION AND ACCURACY EQUIVALENT TO

10:33AM  11    TRADITIONAL CLINICAL LABORATORY ANALYZER, WAS THAT CONSISTENT

10:33AM  12    WITH YOUR EXPERIENCE WHILE YOU WERE AT THE THERANOS COMPANY?

10:33AM  13    A.   NO.

10:33AM  14    Q.   AND HOW ABOUT THE CLAIM THAT THE SYSTEM CAN BE OPERATED

10:33AM  15    WITH MINIMAL TRAINING?

10:33AM  16         YOU DESCRIBED BEFORE THE STEPS INVOLVED IN OPERATING THE

10:33AM  17    EDISON ANALYZER.  CAN YOU JUST RUN THROUGH THOSE AGAIN AT A

10:33AM  18    HIGH LEVEL?

10:33AM  19    A.   AT A HIGH LEVEL PROCESS FOR THE EDISON DEVICES?

10:33AM  20    Q.   YES.  NOT IN DETAIL, BUT GIVE US AN OVERVIEW.

10:33AM  21    A.   YEAH.  SO ESSENTIALLY YOU WOULD HAVE TO UNDERSTAND HOW TO

10:33AM  22    SORT THE BLOOD SAMPLE TO MAKE SURE YOU GOT IT ACCURATELY AND IT

10:33AM  23    WAS PROCESSED THE SAME WAY.

10:33AM  24         SO SOMETIMES YOU HAVE THE WHOLE BLOOD, AND YOU HAVE TO

10:33AM  25    CENTRIFUGE IT, AND YOU HAVE TO JUST COLLECT THE SERA.  SO

10:33AM 1    THAT'S STEP ONE IS UNDERSTANDING HOW TO USE THE SORTING ROBOT

10:34AM 2    AND TO BE ABLE TO UNDERSTAND WHAT TYPE OF BLOOD THAT YOU NEED

10:34AM 3    OR WHAT TYPE OF SAMPLE THAT YOU NEED.

10:34AM 4        THEN YOU HAVE TO RUN IT THROUGH A TECAN, SO THIS IS THE

10:34AM 5    ROBOTICS LIQUID HANDLING SYSTEM, AND MAKE SURE YOU GET THE

10:34AM 6    RIGHT PROTOCOL AND THAT EVERYTHING IS SET UP THE RIGHT WAY AND

10:34AM 7    THE TRAY BECAUSE THE ROBOT GOES INTO VERY SPECIFIC PLACES AND

10:34AM 8    IF YOU MESS IT UP IT WILL GO INTO THE WRONG WELL.

10:34AM 9        AND THEN YOU TAKE IT OVER TO THE EDISON DEVICE, AND THEN

10:34AM 10   YOU SCAN IT, AND PUT IT THROUGH THE SYSTEM, AND RUN IT, AND

10:34AM 11   THEN EXTRACT THE DATA, AND THEN ANALYZE THE DATA.

10:34AM 12       THERANOS HAD DIFFERENT PROCEDURES AT DIFFERENT TIMES SO

10:34AM 13   THERE WERE THE CAPSYS CARTRIDGES THAT WERE REFERRED TO A COUPLE

10:34AM 14   OF TIMES, AND THOSE WERE PREFILLED WITH REAGENTS, BUT WHEN I

10:34AM 15   FIRST GOT THERE THEY WERE ACTUALLY HAND FILLED, AND SO WE HAD

10:34AM 16   TO ACTUALLY MANUALLY PIPET A WHOLE BUNCH OF REAGENTS INTO THE

10:34AM 17   ACTUAL CARTRIDGES IN ORDER TO RUN THEM AT THE VERY BEGINNING OF

10:35AM 18   MY WORK THERE.

10:35AM 19       SO THAT'S ACTUALLY QUITE COMPLICATED.  SO YOU HAVE TO HAVE

10:35AM 20   A SCHEMATIC AND UNDERSTAND EXACTLY WHAT AND HOW MUCH OF A

10:35AM 21   CERTAIN SOLUTION GOES INTO EACH WELL IN THE EXACT SPOT SO THE

10:35AM 22   ASSAY CAN RUN PROPERLY.

10:35AM 23       SO IT WAS -- THAT'S GENERALLY THE PROCESS.

10:35AM 24   Q.  WHEN YOU WERE AT THERANOS, DID YOU ALSO HAVE OCCASION TO

10:35AM 25   PROCESS BLOOD SAMPLES ON THE UNMODIFIED THIRD PARTY DEVICES

10:35AM  1    LIKE THE SIEMENS ADVIA?

10:35AM  2    A.   YES.

10:35AM  3    Q.   AND WHEN IT CAME TO A NUMBER OF STEPS IN THE PROCESS AND

10:35AM  4    HOW COMPLICATED IT WAS, HOW DID THE PROCESS ON THE

10:35AM  5    SIEMENS ADVIA COMPARE TO THE THERANOS ANALYZER?

10:35AM  6    A.   THE SIEMENS ADVIA WAS CONSIDERABLY LESS COMPLICATED.  MOST

10:35AM  7    OF THE TIME YOU JUST HAD TO PUT A BAR CODE LABEL ONTO THE

10:35AM  8    VENOUS TUBE AND YOU HAD TO STICK IT INTO THE MACHINE, AND MAYBE

10:35AM  9    YOU WOULD HAVE TO CHECK THE QC'S, THAT THEY WERE PERFORMED

10:35AM  10   ACCURATELY BEFORE YOU COULD RUN THE SAMPLE, BUT OTHER THAN THAT

10:35AM  11   IT WOULD JUST SCAN THE BAR CODE AND SHUFFLE THEM AND BE ABLE TO

10:36AM  12   RUN EVERYTHING AUTOMATICALLY.

10:36AM  13   Q.   HOW WOULD YOU COMPARE THE LEVEL OF AUTOMATION IN THE

10:36AM  14   SIEMENS ADVIA COMPARED TO THE THERANOS ANALYZER?

10:36AM  15   A.   THE SIEMENS ADVIA WAS CONSIDERABLY MORE SOPHISTICATED AND

10:36AM  16   A PRODUCT OF, YOU KNOW, A LOT OF ENGINEERING AND JUST HAD A LOT

10:36AM  17   OF AUTOMATION BUILT INTO THE PROCESS.

10:36AM  18        THERANOS THERE WASN'T -- THERE WAS A LACK OF AUTOMATION I

10:36AM  19   WOULD SAY IN COMPARISON.

10:36AM  20   Q.   THERE WAS ALSO SOME DISCUSSION ABOUT THE PRICES AT WHICH

10:36AM  21   THERANOS OFFERED ITS TESTS.

10:36AM  22        DO YOU RECALL THAT TESTIMONY?

10:36AM  23   A.   YES.

10:36AM  24   Q.   DID THE LOW PRICES OFFERED BY THERANOS AMELIORATE OR

10:36AM  25   REDUCE YOUR CONCERNS ABOUT THE ACCURACY OF THE TESTS IN ANY

10:36AM  1    WAY?

10:36AM  2    A.   NO.

10:36AM  3    Q.   WHY NOT?

10:36AM  4    A.   JUST BECAUSE THEY'RE LESS -- YOU SHOULDN'T -- JUST BECAUSE

10:37AM  5    THEY'RE LESS EXPENSIVE DOESN'T MEAN THAT YOU SHOULD GIVE

10:37AM  6    SOMEONE FALSE INFORMATION ABOUT THEIR HEALTH STATUS.

10:37AM  7         YEAH, SO YOU SHOULD BE ABLE -- IF YOU ARE PROVIDING LAB

10:37AM  8    TESTING SERVICES FOR A PATIENT, IT STILL SHOULD BE OF A QUALITY

10:37AM  9    STANDARD THAT THEY CAN HAVE SOME CONFIDENCE THAT THERE IS

10:37AM  10   ACCURACY TO THE RESULT THAT THEY'RE RECEIVING.

10:37AM  11        IT SHOULDN'T BE THE CASE THAT BECAUSE YOU PAY LESS THIS

10:37AM  12   MEANS THAT YOU GET A LESS QUALITY RESULT.

10:37AM  13   Q.   THERE WAS SOME CONVERSATION OR SOME DISCUSSION DURING YOUR

10:37AM  14   DIRECT AND YOUR CROSS-EXAMINATION ABOUT THERANOS'S PRACTICE OF

10:37AM  15   REMOVING OUTLIERS FROM DATA SETS.

10:37AM  16        DO YOU RECALL THAT?

10:37AM  17   A.   YES.

10:37AM  18   Q.   AND THAT PROCESS OF OUTLIER REMOVAL WHERE A CERTAIN NUMBER

10:37AM  19   OF OUTLIERS WERE REMOVED FROM A DATA SET?

10:38AM  20   A.   CORRECT.

10:38AM  21   Q.   DID THAT PROCESS NEED TO BE EMPLOYED WHEN YOU WERE USING

10:38AM  22   THE SIEMENS ADVIA DEVICES OR OTHER THIRD PARTY DEVICES AT

10:38AM  23   THERANOS?

10:38AM  24   A.   THE OUTLIER DELETION PROCESS?

10:38AM  25   Q.   CORRECT.

10:38AM 1    A.   I COULDN'T SPEAK FOR THE CYTOMETER, THAT'S NOT WHAT I SAW

10:38AM 2    FOR GENERAL CHEMISTRY.  IT WAS SOMETHING VERY SPECIFIC TO THE

10:38AM 3    EDISON DEVICES.

10:38AM 4    Q.   MR. WADE ALSO ASKED YOU ABOUT THE TIME PERIOD AFTER YOU

10:38AM 5    LEFT THE COMPANY AND SOME CALLS YOU GOT FROM HR AT THERANOS; IS

10:38AM 6    THAT CORRECT?

10:38AM 7    A.   THAT IS CORRECT.

10:38AM 8    Q.   AND WHY DID YOU NOT RETURN THOSE CALLS?

10:38AM 9    A.   I DIDN'T, I DIDN'T RETURN THE CALLS BECAUSE, ONE, I DIDN'T

10:38AM 10   WORK FOR THE COMPANY ANYMORE, AND, HONESTLY, WHEN I HEARD

10:38AM 11   MONA'S VOICE AND HOW SCARED SHE SOUNDED, IT JUST REMINDED ME OF

10:38AM 12   HOW SCARED I WAS WORKING FOR THAT COMPANY, AND SO I JUST FELT

10:38AM 13   THAT I DIDN'T HAVE TO, IT WASN'T MY RESPONSIBILITY TO PICK UP

10:38AM 14   THE PHONE AND TALK TO THESE PEOPLE, THAT I HAD THE RIGHT TO NOT

10:39AM 15   SPEAK TO THEM.

10:39AM 16        MR. BOSTIC:  NO FURTHER QUESTIONS.

10:39AM 17   THANK YOU, YOUR HONOR.

10:39AM 18        MR. WADE:  NOTHING FURTHER.

10:39AM 19        THE COURT:  ALL RIGHT.  MAY THIS WITNESS BE EXCUSED?

10:39AM 20        MR. BOSTIC:  YES, YOUR HONOR.

10:39AM 21   AND FROM THE GOVERNMENT'S PERSPECTIVE, NOT SUBJECT TO

10:39AM 22   RECALL.

10:39AM 23        MR. WADE:  YES, YOUR HONOR, WE HAVE A DOCUMENT

10:39AM 24   ISSUE, BUT IT'S UNRELATED TO THE TESTIMONY.

10:39AM 25        THE COURT:  ALL RIGHT.  THANK YOU.

10:39AM  1          THANK YOU VERY MUCH.  YOU'RE EXCUSED.  YOU MAY STAND DOWN.

10:39AM  2              THE WITNESS:  THANK YOU.

10:39AM  3              THE COURT:  JUST LEAVE EVERYTHING.

10:39AM  4      DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

10:39AM  5              MR. LEACH:  YES, YOUR HONOR.  THE UNITED STATES

10:39AM  6  CALLED SUREKHA GANGADKHEDKAR.

10:39AM  7              THE COURT:  ALL RIGHT.  THANK YOU.  FOLKS, YOU CAN

10:39AM  8  STAND UP AND STRETCH FOR JUST A MINUTE IF YOU WOULD LIKE.

10:39AM  9      WE'RE GOING TO TAKE OUR BREAK IN ABOUT 15 OR 20 MINUTES,

10:39AM 10  BUT FEEL FREE TO STAND UP AND STRETCH IF YOU WOULD LIKE.

10:40AM 11          (STRETCHING.)

10:40AM 12              MR. LEACH:  YOUR HONOR, MAY I RETRIEVE THE BINDERS?

10:40AM 13              MR. WADE:  OH, SORRY.

10:40AM 14              THE COURT:  YES, YES, YOU CAN GET YOUR THINGS.

10:40AM 15              MR. WADE:  JUST GIVE US THE STACK.

10:40AM 16          (STRETCHING.)

10:40AM 17              THE COURT:  GOOD MORNING.  IF YOU COULD STAND FOR

10:40AM 18  JUST A MINUTE, PLEASE.  IF YOU COULD FACE OUR COURTROOM DEPUTY.

10:40AM 19  SHE'S RIGHT IN FRONT OF YOU.  IF YOU COULD RAISE YOUR RIGHT

10:40AM 20  HAND, SHE HAS A QUESTION FOR YOU.

10:41AM 21          **(GOVERNMENT'S WITNESS, SUREKHA GANGAKHEDKAR, WAS SWORN.)**

10:41AM 22              THE WITNESS:  YES.

10:41AM 23              THE COURT:  THANK YOU.  LET ME INVITE YOU TO HAVE A

10:41AM 24  SEAT HERE.  MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE

10:41AM 25  CHAIR AND MICROPHONE AS YOU NEED.  THE MICROPHONE DOES MOVE.

10:41AM   1    I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

10:41AM   2         WHEN YOU ARE COMFORTABLE, WOULD YOU STATE YOUR NAME,

10:41AM   3    PLEASE.

10:41AM   4         THE WITNESS:  MY NAME IS SUREKHA GANGADKHEDKAR.

10:41AM   5    S-U-R-E-K-H-A, AND THE LAST NAME IS G-A-N-G-A-K-H-E-D-K-A-R.

10:41AM   6         THE COURT:  THANK YOU VERY MUCH.

10:41AM   7    COUNSEL.

10:41AM   8                        **DIRECT EXAMINATION**

10:41AM   9    BY MR. LEACH:

10:41AM   10   Q.   THANK YOU.  GOOD MORNING, MS. GANGAKHEDKAR.

10:42AM   11        ARE YOU COMFORTABLE REMOVING YOUR MASK?

10:42AM   12   A.   YES, I AM.

10:42AM   13   Q.   THANK YOU SO MUCH.  ARE YOU APPEARING HERE TODAY PURSUANT

10:42AM   14   TO A SUBPOENA TO TESTIFY?

10:42AM   15   A.   YES.

10:42AM   16        THE COURT:  COULD YOU GET A LITTLE CLOSER TO THE

10:42AM   17   MICROPHONE.  IT MOVES.  I THINK YOU CAN PULL IT TOWARDS YOU

10:42AM   18   ALSO I BELIEVE.  THERE WE ARE.  THANK YOU VERY MUCH.

10:42AM   19        THE WITNESS:  OKAY.

10:42AM   20   BY MR. LEACH:

10:42AM   21   Q.   I'VE PLACED BEFORE YOU A BINDER OF DOCUMENTS, AND I'D LIKE

10:42AM   22   TO PLEASE DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED FOR

10:42AM   23   IDENTIFICATION PURPOSES AS EXHIBIT 5402.  IT SHOULD BE IN THE

10:42AM   24   BACK.

10:42AM   25   A.   YES.

GANGAKHEDKAR DIRECT BY MR. LEACH                                1145

10:42AM  1    Q.   DO YOU HAVE THAT IN FRONT OF YOU?

10:42AM  2    A.   I DO.

10:42AM  3    Q.   IS THIS A DOCUMENT ENTITLED ORDER WITH A DATE ON PAGE 2 OF

10:43AM  4    SEPTEMBER 14TH, 2021?

10:43AM  5    A.   YES.

10:43AM  6    Q.   HAVE YOU SEEN THIS DOCUMENT BEFORE?

10:43AM  7    A.   I HAVE.

10:43AM  8    Q.   OKAY.  DO YOU UNDERSTAND THAT THE COURT HAS ISSUED AN

10:43AM  9    ORDER THAT YOU SHALL TESTIFY UNDER OATH IN THIS CASE?

10:43AM  10   A.   YES.

10:43AM  11   Q.   AND DO YOU UNDERSTAND THAT THE COURT HAS ORDERED THAT THE

10:43AM  12   TESTIMONY AND OTHER INFORMATION COMPELLED FROM YOU PURSUANT TO

10:43AM  13   THE ORDER MAY NOT BE USED AGAINST YOU IN A CRIMINAL CASE?

10:43AM  14   A.   YES.

10:43AM  15   Q.   AND DO YOU UNDERSTAND THAT JUDGE DAVILA'S ORDER ALSO

10:43AM  16   PROVIDES THAT ANY INFORMATION DIRECTLY OR INDIRECTLY DERIVED

10:43AM  17   FROM YOUR TESTIMONY CANNOT BE USED AGAINST YOU IN A CRIMINAL

10:43AM  18   CASE?

10:43AM  19   A.   YES.

10:43AM  20   Q.   WOULD YOU PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR

10:43AM  21   US?

10:43AM  22   A.   YES.  I COMPLETED MY BACHELOR'S OF SCIENCE IN INDIA, IN

10:43AM  23   THE CITY OF HYDERABAD.

10:43AM  24        AND WHEN I CAME TO THE U.S. I COMPLETED MY MASTER'S OF

10:44AM  25   SCIENCE FROM SAN JOSE STATE UNIVERSITY.

10:44AM  1          MOST RECENTLY I DO HAVE AN MBA FROM THE UNIVERSITY OF

10:44AM  2     NORTH CAROLINA, CHAPEL HILL.

10:44AM  3     Q.   THE UNIVERSITY OF NORTH CAROLINA?

10:44AM  4     A.   YES.

10:44AM  5     Q.   OKAY.  AND THE MASTER'S DEGREE FROM SAN JOSE STATE THAT

10:44AM  6     YOU DESCRIBED, APPROXIMATELY WHEN DID YOU GET THAT?

10:44AM  7     A.   I GRADUATED IN 1999.

10:44AM  8     Q.   AND I THINK YOU DESCRIBED IT AS A MASTER'S IN SCIENCE.

10:44AM  9     WAS THERE A PARTICULAR FOCUS WITHIN THE SCIENCES THAT YOUR

10:44AM  10    DEGREE IS IN?

10:44AM  11    A.   IT'S IN CHEMISTRY.

10:44AM  12    Q.   CHEMISTRY.  OKAY.

10:44AM  13         AFTER YOU OBTAINED YOUR MASTER'S DEGREE IN CHEMISTRY FROM

10:44AM  14    SAN JOSE STATE, WHAT DID YOU DO FOR A LIVING?

10:44AM  15    A.   SO I WAS EMPLOYED AT A STARTUP COMPANY CALLED ACLARA

10:44AM  16    BIOSCIENCES.

10:44AM  17    Q.   COULD YOU SPELL THAT FOR US?

10:44AM  18    A.   YES.  A-C-L-A-R-A, ACLARA, AND THEN BIOSCIENCES.  IT IS

10:45AM  19    ONE WORD, B-I-O-S-C-I-E-N-C-E-S.

10:45AM  20    Q.   THANK YOU SO MUCH.

10:45AM  21         WHAT DID YOU DO AT ACLARA BIOSCIENCES?

10:45AM  22    A.   SO MY JOB WAS TO DEVELOP ENZYME IMMUNOASSAYS ON THE

10:45AM  23    PROPRIETARY SYSTEMS THAT THEY WERE BUILDING.

10:45AM  24    Q.   AND HOW LONG DID YOU WORK AT ACLARA BIOSCIENCES?

10:45AM  25    A.   SO I WAS EMPLOYED THERE UNTIL 2005.

10:45AM  1    Q.   2005?

10:45AM  2    A.   YES.

10:45AM  3    Q.   OKAY.  AND WHAT DID YOU DO IN 2005?

10:45AM  4    A.   SO THE COMPANY, ACLARA BIOSCIENCES, MERGED WITH ANOTHER

10:45AM  5    ORGANIZATION, AND THEY RELOCATED FROM MOUNTAIN VIEW TO SOUTH

10:45AM  6    SAN FRANCISCO.  SO THE COMMUTE WAS REALLY LONG FOR ME SO I

10:45AM  7    RESIGNED FROM THAT POSITION, AND I WAS AT THAT POINT SEEKING

10:45AM  8    FOR ADDITIONAL WORK.

10:45AM  9    Q.   OKAY.  AND DID YOU FIND ADDITIONAL WORK SOMEWHERE?

10:46AM 10    A.   YES, I DID.  SO I JOINED THERANOS IN 2005.

10:46AM 11    Q.   IN 2005?

10:46AM 12    A.   YES.

10:46AM 13    Q.   HOW BIG WAS THE COMPANY AT THAT POINT IN TIME IN 2005?

10:46AM 14    A.   I WOULD THINK IT WAS APPROXIMATELY -- THERE WERE ABOUT

10:46AM 15    LIKE 20 INDIVIDUALS, EMPLOYEES AT THAT TIME.

10:46AM 16    Q.   SO YOU WERE WITHIN ONE OF THE FIRST 25 PEOPLE TO START

10:46AM 17    WORKING AT THERANOS?

10:46AM 18    A.   I THINK SO.

10:46AM 19    Q.   OKAY.  AND WHAT WERE YOU HIRED TO DO AT THERANOS?

10:46AM 20    A.   I WAS HIRED TO DEVELOP ASSAYS AS A SENIOR SCIENTIST.

10:46AM 21    Q.   AND WHEN YOU SAY "DEVELOP ASSAYS," WHAT DO YOU MEAN BY

10:46AM 22    THAT?

10:46AM 23    A.   SO ESSENTIALLY DEVELOP TESTS THAT ARE ABLE TO DETECT

10:46AM 24    CERTAIN LEVELS OF, SAY, LIKE PROTEINS IN SAMPLES.

10:46AM 25    Q.   AND DID YOU FOCUS ON A PARTICULAR AREA OF ASSAY

10:46AM  1    DEVELOPMENT?

10:46AM  2    A.   YES, THE FOCUS WAS ON A PARTICULAR TYPE OF ASSAY CALLED

10:46AM  3    IMMUNOASSAYS.

10:46AM  4    Q.   IS THERE ANOTHER WORD THAT IS USED TO DESCRIBE

10:47AM  5    IMMUNOASSAYS SUCH AS THE ONES THAT YOU WERE WORKING ON?

10:47AM  6    A.   ALSO CALLED ELISA'S.

10:47AM  7    Q.   AND IS THAT E-L-I-S-A-S?

10:47AM  8    A.   YES.

10:47AM  9    Q.   FOR PLURAL.

10:47AM 10         AND YOU WERE A SENIOR SCIENTIST WHEN YOU STARTED?

10:47AM 11    A.   YES.

10:47AM 12    Q.   AND OVER TIME WERE YOU PROMOTED WITHIN THERANOS?

10:47AM 13    A.   YES.   IN A FEW YEARS I WAS PROMOTED TO BE THE TEAM LEAD

10:47AM 14    FOR THE GROUP AND EVENTUALLY I WAS PROMOTED TO BE THE MANAGER

10:47AM 15    FOR THE ASSAY SYSTEMS.

10:47AM 16    Q.   AND ROUGHLY, WHEN DID YOU BECOME THE MANAGER OF

10:47AM 17    SIEMENS ADVIA SYSTEMS WITHIN THERANOS?

10:47AM 18    A.   I WOULD THINK APPROXIMATELY 2009.

10:47AM 19    Q.   AT THAT TIME PERIOD IN 2009, WHO DID YOU REPORT TO?

10:47AM 20    A.   TO GARY FRENZEL.

10:47AM 21    Q.   OKAY.  DID THAT CHANGE AT SOME POINT?

10:47AM 22    A.   YES, IN THE NEXT FEW YEARS.

10:47AM 23    Q.   OKAY.  AND WHO DID YOU REPORT TO AFTER THAT?

10:47AM 24    A.   TO MS. ELIZABETH HOLMES.

10:48AM 25    Q.   AND WHAT WERE THE CIRCUMSTANCES THAT CAUSED YOU TO START

10:48AM  1    REPORTING TO MS. HOLMES AS OPPOSED TO MR. FRENZEL?

10:48AM  2    A.   SO I THINK GARY FRENZEL WAS GOING THROUGH SOME HEALTH

10:48AM  3    ISSUES AND HE COULDN'T BE IN THE OFFICE AS FREQUENTLY, SO THAT

10:48AM  4    WAS ONE OF THE REASONS THAT I WAS -- THAT THE REPORTING

10:48AM  5    STRUCTURE CHANGED.

10:48AM  6    Q.   OKAY.  AND DID YOU MEET WITH MS. HOLMES ON A REGULAR BASIS

10:48AM  7    AS THE MANAGER OF ASSAY SYSTEMS?

10:48AM  8    A.   YES, I DID.

10:48AM  9    Q.   ALL RIGHT.  AND DID SHE HAVE THE RIGHT TO DIRECT AND

10:48AM  10   CONTROL YOUR WORK?

10:48AM  11   A.   YES.

10:48AM  12   Q.   DID YOU -- HOW LONG DID YOU STAY AT THERANOS?

10:48AM  13   A.   UNTIL 2013.

10:48AM  14   Q.   WHEN IN 2013 DID YOU LEAVE THERANOS?

10:48AM  15   A.   SO I BELIEVE I TENDERED MY RECOGNITION IN THE FIRST WEEK

10:48AM  16   IN SEPTEMBER.  I THINK IT WAS AROUND SEPTEMBER 5TH.

10:48AM  17   Q.   OKAY.  WHY DID YOU RESIGN FROM THERANOS?

10:48AM  18   A.   SO PRIMARILY THE COMPANY WAS LOOKING TO LAUNCH ASSAYS ON

10:49AM  19   THE PROPRIETARY DEVICES, AND I WAS NOT COMFORTABLE IN THE

10:49AM  20   DIRECTION THAT THEY WERE GOING SO I DID NOT, I DID NOT -- I WAS

10:49AM  21   NOT ALIGNED WITH SOME OF THOSE POSITIONS.

10:49AM  22   Q.   OKAY.  WHEN YOU SAY YOU "WEREN'T COMFORTABLE," WHAT DO YOU

10:49AM  23   MEAN BY THAT?

10:49AM  24   A.   SO THE LAUNCH WAS GOING TO BE USING THE EDISON'S 3.0, OR

10:49AM  25   3.5'S.  SO WE KNEW THAT THEY WERE DEVELOPMENT MACHINES THAT THE

GANGAKHEDKAR DIRECT BY MR. LEACH

10:49AM  1    ASSAY DEVELOPMENT GROUP WAS USING TO DEVELOP ASSAYS.

10:49AM  2            THE COURT:  LOWER THAT MIKE A LITTLE IF YOU WOULD,

10:49AM  3    PLEASE, AND THAT WILL BE HELPFUL.  THANK YOU.

10:49AM  4            THE WITNESS:  SO ESSENTIALLY I DIDN'T THINK THAT

10:49AM  5    THAT WAS THE RIGHT DECISION.

10:50AM  6    BY MR. LEACH:

10:50AM  7    Q.   WHAT DO YOU MEAN IT WASN'T THE RIGHT DECISION?

10:50AM  8    A.   THE USE OF EDISON 3.0'S TO TEST CLINICAL SAMPLES.

10:50AM  9    Q.   WE'LL COME BACK IN A LITTLE BIT TO YOUR DECISION TO LEAVE,

10:50AM  10   MS. GANGAKHEDKAR.

10:50AM  11           BUT I THINK YOU ALSO TESTIFIED THAT YOU HAVE AN MBA FROM

10:50AM  12   UNIVERSITY OF NORTH CAROLINA IN CHAPEL HILL.  IS THAT SOMETHING

10:50AM  13   THAT YOU GOT AFTER YOUR TENURE AT THERANOS?

10:50AM  14   A.   YES.  SO THAT WAS AN ONLINE DEGREE AND SO, YES, I DID GET

10:50AM  15   MY MBA AFTER THERANOS.

10:50AM  16   Q.   AND WHERE ARE YOU WORKING TODAY?

10:50AM  17   A.   I'M WORKING AT A COMPANY CALLED CEPHEID.

10:50AM  18   Q.   AND COULD YOU SPELL THAT FOR HE, PLEASE?

10:50AM  19   A.   YEAH.  C-E-P-H-E-I-D.

10:50AM  20   Q.   I WANT TO GO BACK IF WE COULD, MS. GANGAKHEDKAR, TO THE

10:50AM  21   TIME PERIOD ROUGHLY 2005 TO 2010 AFTER YOU START AT THERANOS

10:50AM  22   AND ESSENTIALLY UP UNTIL THE POINT THAT YOU BECOME THE MANAGER

10:50AM  23   OF ASSAY SYSTEMS.

10:51AM  24           AT A HIGH LEVEL DESCRIBE FOR US WHAT THE COMPANY WAS DOING

10:51AM  25   WITH ITS ASSAY DEVELOPMENT DURING THAT TIME PERIOD?

GANGAKHEDKAR DIRECT BY MR. LEACH

10:51AM 1    A.   YES.  SO BASICALLY WE WERE -- THE GOAL WAS TO DOUBLE UP

10:51AM 2    ASSAYS IN HOUSE ON THE PROPRIETARY THERANOS DEVICES THAT THE

10:51AM 3    COMPANY WAS BUILDING.

10:51AM 4    Q.   WHEN YOU SAY THE "PROPRIETARY DEVICES," WHAT DO YOU MEAN?

10:51AM 5    WHAT WERE THEY IN THIS TIME PERIOD?

10:51AM 6    A.   SO THERE WERE SEVERAL ITERATIONS AND THE MOST RECENT ONE

10:51AM 7    WERE CALLED THE EDISONS.

10:51AM 8    Q.   AND YOUR FOCUS IS ON ASSAY DEVELOPMENT.  CAN YOU HELP US

10:51AM 9    UNDERSTAND A LITTLE BIT WHAT THE PROCESS OF THAT IS, HOW YOU GO

10:51AM 10   ABOUT DOING YOUR WORK?

10:51AM 11   A.   YES.  SO ESSENTIALLY WHEN A TARGET OF -- I THINK A TARGET

10:51AM 12   WAS DEFINED AS TO WHICH PARTICULAR TEST WE WILL BE DEVELOPING

10:51AM 13   THIS TEST FOR, SO WE WOULD CONDUCT THE RESEARCH, UNDERSTAND THE

10:52AM 14   BACKGROUND OF WHAT THE TARGET IS, WHAT KIND OF REAGENTS ARE

10:52AM 15   REQUIRED TO DEVELOP THIS TEST, ORDER THOSE, AND THEN CONDUCT

10:52AM 16   SOME EXPERIMENTS TO OPTIMIZE THE TESTS, SO MAKING SURE THAT THE

10:52AM 17   REAGENTS ARE APPROPRIATE, WE HAVE LIKE THE RIGHT EXPERIMENTAL

10:52AM 18   CONDITIONS SO THAT WE HAVE A RELIABLE RESULT.

10:52AM 19   Q.   OKAY.  AND WHAT IS A REAGENT?

10:52AM 20   A.   SO IN THE CASE OF AN IMMUNOASSAY, THE REAGENT COULD EITHER

10:52AM 21   BE ANTIBODIES THAT ARE USED TO DETECT THE TARGET IN QUESTION,

10:52AM 22   IT COULD BE LIKE BUFFERS, ESSENTIALLY OTHER CHEMICALS THAT ARE

10:52AM 23   USED TO SUPPORT THE EXPERIMENTAL RESULT.

10:52AM 24   Q.   AND YOU WERE WORKING ON DEVELOPING ASSAYS FOR USE ON A

10:52AM 25   PARTICULAR DEVICE IN THIS TIME PERIOD?

10:52AM   1    A.   YES.

10:52AM   2    Q.   AND I HEARD YOU USE THE TERM "EDISON."  WAS THERE ALSO

10:52AM   3    SOMETHING CALLED A 1.0?

10:52AM   4    A.   YES.  SO THAT WAS THE VERSION BEFORE THE EDISONS.

10:53AM   5    Q.   OKAY.  WAS THERE SOMETHING BETWEEN THE 1.0 AND THE

10:53AM   6    EDISONS?

10:53AM   7    A.   I DON'T EXACTLY RECOLLECT AT THIS POINT, BUT THEY'RE VERY

10:53AM   8    DIFFERENT ITERATIONS OF THE DEVICES.

10:53AM   9    Q.   OKAY.  AND IN THE COURSE OF DEVELOPING ASSAYS FOR USE ON

10:53AM  10    THE 1.0 AND THE EDISONS AND ANYTHING IN BETWEEN, DID YOU BECOME

10:53AM  11    FAMILIAR WITH THE CAPABILITIES OF THOSE DEVICES?

10:53AM  12    A.   YES.

10:53AM  13    Q.   OKAY.  AND IN THIS TIME PERIOD, 2005 TO 2010, TO WHAT END

10:53AM  14    WAS THERANOS DEVELOPING ASSAYS FOR USE ON A DEVICE?  WAS THERE

10:53AM  15    AN END CUSTOMER OR SOME CONSTITUENCY THAT YOU WERE WORKING

10:53AM  16    TOWARDS?

10:53AM  17    A.   SO MOSTLY I WOULD SAY THAT THERE WERE SEVERAL PROJECTS

10:53AM  18    MOSTLY RELATED TO PHARMACEUTICAL COMPANIES.

10:53AM  19    Q.   AND DO YOU RECALL ANY OF THOSE PHARMACEUTICAL COMPANIES

10:53AM  20    OFFHAND?

10:53AM  21    A.   YES.  SO THERE WAS GSK, THERE WAS CENTOCOR, THERE WAS

10:53AM  22    CELGENE.

10:53AM  23    Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

10:54AM  24    AS EXHIBIT 112.  IT SHOULD BE IN YOUR BINDER THERE.

10:54AM  25         ARE YOU FAMILIAR WITH THIS DOCUMENT, MS. GANGAKHEDKAR?

GANGAKHEDKAR DIRECT BY MR. LEACH                    1153

10:54AM   1    A.   YES.

10:54AM   2    Q.   IS THIS AN EMAIL THAT YOU RECEIVED FROM SOMEONE NAMED

10:54AM   3    SUSAN DIGIAIMO DATED JUNE 11TH, 2008?

10:54AM   4    A.   YES.

10:54AM   5    Q.   AND DOES THIS ALSO GO TO MS. HOLMES?

10:54AM   6    A.   YES.

10:54AM   7         MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 112 INTO

10:54AM   8    EVIDENCE.

10:54AM   9         MR. WADE:  I THINK WE STIPULATED ON THIS ONE.

10:54AM  10         THE COURT:  RIGHT.  IT WILL BE ADMITTED, AND IT MAY

10:54AM  11    BE PUBLISHED.

10:54AM  12         (GOVERNMENT'S EXHIBIT 112 WAS RECEIVED IN EVIDENCE.)

10:54AM  13         MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE ENLARGE

10:54AM  14    THE TOP PART OF THE EMAIL.

10:55AM  15         WONDERFUL.

10:55AM  16    Q.   MS. GANGAKHEDKAR, I DRAW YOUR ATTENTION TO THE FIRST EMAIL

10:55AM  17    IN THE CHAIN.  THIS IS TO A NUMBER OF INDIVIDUALS AT GSK.COM

10:55AM  18    FROM SOMEONE NAMED NELSON RHODES AT GSK.COM.

10:55AM  19         DO YOU SEE THAT?

10:55AM  20    A.   YES.

10:55AM  21    Q.   AND WHAT IS GSK?

10:55AM  22    A.   GLAXO SMITH KLINE.

10:55AM  23    Q.   IS THAT A MAJOR PHARMACEUTICAL COMPANY?

10:55AM  24    A.   YES.

10:55AM  25    Q.   AND WHO IS NELSON RHODES?

10:55AM  1     A.   SO HE WAS THE STUDY COORDINATOR FOR GSK.

10:55AM  2     Q.   I'M SORRY, THE STUDY COORDINATOR?

10:55AM  3     A.   YES.

10:55AM  4     Q.   AND WHAT DO YOU MEAN BY THE -- WHAT WAS THE STUDY?

10:55AM  5     A.   SO THERANOS HAD A STUDY WHERE WE WERE TESTING SOME SAMPLES

10:55AM  6     THAT HAD BEEN PROVIDED BY THE STUDY COORDINATOR ON THE EDISON

10:55AM  7     SYSTEMS.

10:55AM  8     Q.   OKAY.  I'LL ASK YOU SOME MORE DETAILS ABOUT THAT, BUT

10:56AM  9     FIRST WHO IS SUSAN DIGIAIMO?

10:56AM  10    A.   SO I BELIEVE SHE WAS -- I BELIEVE SHE WAS THE COMMERCIAL

10:56AM  11    LEAD FOR THERANOS.

10:56AM  12    Q.   OKAY.  AND THE COMMERCIAL LEAD IS ESSENTIALLY A

10:56AM  13    SALESPERSON?

10:56AM  14    A.   I THINK SO, YEAH.

10:56AM  15    Q.   OKAY.  AND THIS ULTIMATELY IS FORWARDED TO YOU,

10:56AM  16    MS. HOLMES, THERE'S ALSO TWO INDIVIDUALS IN THE TO LINE,

10:56AM  17    IAN GIBBONS AND GARY FRENZEL.

10:56AM  18         CAN YOU JUST EXPLAIN WHO THEY WERE IN THIS TIME PERIOD?

10:56AM  19    A.   SO GARY FRENZEL WAS MY MANAGER AND IAN GIBBONS WAS I THINK

10:56AM  20    THE TECHNICAL LEAD, TECHNICAL LEAD FOR THE COMPANY.

10:56AM  21    Q.   OKAY.  AND, MR. FRENZEL, IS THAT THE INDIVIDUAL WHO YOU

10:56AM  22    REPLACED ESSENTIALLY AS THE MANAGER OF ASSAY SYSTEMS LATER ON

10:56AM  23    IN TIME?

10:56AM  24    A.   YES.

10:56AM  25    Q.   OKAY.  MR. RHODES OR NELSON RHODES IS WRITING IN THE FIRST

10:56AM  1      EMAIL, "PLEASE FIND THE ATTACHED METABOLIC BIOMARKER LAB

10:56AM  2      SUMMARY OF THE THERANOS SYSTEMS EVALUATION THAT TOOK PLACE MAY

10:57AM  3      27TH-28, 2008."

10:57AM  4           DO YOU SEE THAT LANGUAGE?

10:57AM  5      A.   YES.

10:57AM  6      Q.   AND YOU'RE FAMILIAR WITH THAT STUDY?

10:57AM  7      A.   YES.

10:57AM  8      Q.   AND DID YOU GO TO GSK TO ASSIST ABOUT THAT STUDY?

10:57AM  9      A.   YES, I DID.

10:57AM  10     Q.   AND DID YOU KEEP MS. HOLMES APPRISED DURING THIS STUDY OF

10:57AM  11     WHAT WAS GOING ON?

10:57AM  12     A.   YES.

10:57AM  13     Q.   OKAY.  TELL US WHAT HAPPENED?  WHAT WERE SOME OF THE

10:57AM  14     DETAILS OF THE STUDY?

10:57AM  15     A.   SO BASICALLY SUSAN AND I WENT TO THE LAB AT GSK, WE HAD A

10:57AM  16     COUPLE OF SEVERAL OF THE EDISON INSTRUMENTS WITH US, AND SO THE

10:57AM  17     STUDY COORDINATOR AT GSK, NELSON, WOULD GIVE US SAMPLES TO RUN

10:57AM  18     IN THE LAB ON THEIR SYSTEMS, AND I WOULD RUN THOSE SAMPLES.

10:57AM  19     Q.   AND APPROXIMATELY HOW MANY SAMPLES DID YOU RUN?

10:57AM  20     A.   I DON'T RECOLLECT THE EXACT NUMBER.

10:57AM  21     Q.   IS IT MORE THAN 50?

10:57AM  22     A.   APPROXIMATELY.  YEAH.

10:57AM  23     Q.   OKAY.  AND THE DOCUMENT -- THERE'S A DOCUMENT ATTACHED TO

10:57AM  24     MS. DIGIAIMO'S EMAIL AND IT'S ENTITLED THERANOS EVALUATION

10:58AM  25     SUMMARY 09 JUNE 2008.DOC.

10:58AM  1        DO YOU SEE THAT?

10:58AM  2   A.   YES.

10:58AM  3   Q.   AND THAT'S SOMETHING THAT YOU REVIEWED AT OR AROUND THE

10:58AM  4   TIME THAT YOU RECEIVED THIS?

10:58AM  5   A.   I THINK SO.

10:58AM  6   Q.   OKAY.  LET'S LOOK AT THAT DOCUMENT.  IF WE CAN GO, PLEASE,

10:58AM  7   TO PAGE 2 OF THE EXHIBIT.

10:58AM  8   A.   UH-HUH.

10:58AM  9   Q.   IF WE CAN HIGHLIGHT OR EXPAND THE ENTIRETY OF THE TEXT

10:58AM  10  THERE, MS. HOLLIMAN, OR EXPAND THE ENTIRETY OF THE TEXT THERE.

10:58AM  11  THANK YOU.

10:58AM  12       MS. GANGAKHEDKAR, DO YOU SEE AT THE TOP WHERE IT SAYS

10:58AM  13  BACKGROUND INFORMATION?

10:58AM  14  A.   YES.

10:58AM  15  Q.   AND THEN IT READS, "ON MAY 27-28, 2008 THE THERANOS SYSTEM

10:58AM  16  WAS EVALUATED TO GSK TO PROFILE ACTIVE GLP-1 AND C-PEPTIDE

10:59AM  17  VALUES AND THESE DATA WERE COMPARE TO GOLD STANDARD ELISA'S

10:59AM  18  USING FROZEN HUMAN PLASMA FROM STUDY AX," AND THE NUMBER

10:59AM  19  CONTINUES.

10:59AM  20       AND MY FIRST QUESTION IS WHAT IS GLP-1?

10:59AM  21  A.   SO THAT'S A PEPTIDE HORMONE, SO THAT WAS THE TARGET FOR

10:59AM  22  ONE OF THE TESTS.

10:59AM  23  Q.   THAT WAS THE TARGET OF THE DRUG THAT GSK WAS DEVELOPING?

10:59AM  24  A.   I WOULD THINK SO, BUT THE GLP-1 IS THE ASSAY THAT WE

10:59AM  25  WERE -- WE HAD DEVELOPED IN HOUSE.

10:59AM  1    Q.   OKAY.  THANK YOU.

10:59AM  2         IN THE NEXT FULL PARAGRAPH IT SAYS, "30 PLASMA SAMPLES

10:59AM  3    (ASSAYED IN DUPLICATE) WERE CHOSEN BASED ON HISTORICAL GSK DATA

10:59AM  4    FOR TOTAL GLP-1 LEVELS FROM SUBJECTS GIVEN A MIXED MEAL AND TWO

10:59AM  5    FINGERPRICK BLOOD DRAWS WERE PERFORMED."

10:59AM  6         DOES THAT REFRESH YOUR MEMORY ABOUT THE NUMBER OF SAMPLES

11:00AM  7    THAT WERE USED IN THIS STUDY?

11:00AM  8    A.   YES, IT DOES.

11:00AM  9    Q.   IT THEN SAYS, "FIVE THERANOS MACHINES WERE USED."

11:00AM  10        DO YOU SEE THAT LANGUAGE?

11:00AM  11   A.   YES.

11:00AM  12   Q.   AND DO YOU BELIEVE THAT TO BE ACCURATE?

11:00AM  13   A.   YES.

11:00AM  14   Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PLEASE, PAGE 3.  IF WE

11:00AM  15   COULD ZOOM IN ON THE ENTIRETY OF THE TEXT, MS. HOLLIMAN.

11:00AM  16        THANK YOU.

11:00AM  17        DO YOU SEE THE GSK METABOLIC BIOMARKER LAB COMMENTS

11:00AM  18   HEADING AT THE TOP, MS. GANGAKHEDKAR?

11:00AM  19   A.   YES.

11:00AM  20   Q.   OKAY.  AND THERE ARE A NUMBER OF BULLETS THERE THAT SAY,

11:00AM  21   "DATA SHOW GOOD CORRELATION, MACHINES WORKED WELL, CARTRIDGES

11:00AM  22   WERE PRETTY STRAIGHTFORWARD, FINGERPRICK/BLOOD DRAW PROCEDURE

11:01AM  23   WAS DIFFICULT."

11:01AM  24        DO YOU SEE THAT LANGUAGE?

11:01AM  25   A.   YES.

11:01AM 1   Q.   AND ARE THESE THE CONCLUSIONS THAT GSK IS COMMUNICATING TO

11:01AM 2   THERANOS BASED ON THIS TWO-DAY STUDY?

11:01AM 3   A.   I THINK SO.

11:01AM 4   Q.   OKAY.  DID YOU VIEW THIS TWO DAY VALUATION, OR THIS TWO

11:01AM 5   DAY STUDY AS VALUATION BY GSK OF THE THERANOS SYSTEM?

11:01AM 6   A.   SO AT THAT POINT I THOUGHT SO.

11:01AM 7   Q.   DID YOU CONSIDER THIS A FEASIBILITY STUDY OR MORE FORMAL

11:01AM 8   VALIDATION?

11:01AM 9   A.   I THINK THIS WOULD FALL UNDER FEASIBILITY STUDY.

11:01AM 10  Q.   WHAT DO YOU MEAN BY THAT?

11:01AM 11  A.   SO BASICALLY THIS WAS THE FIRST VALUATION FROM GSK TO SHOW

11:01AM 12  HOW THE THERANOS SYSTEMS ARE BEHAVING.

11:01AM 13  Q.   OKAY.  AND DO YOU CONTRAST IN YOUR MIND THE FEASIBILITY

11:02AM 14  STUDY VERSUS FORMAL VALIDATION?

11:02AM 15  A.   COULD YOU REPEAT YOUR QUESTION, PLEASE.

11:02AM 16  Q.   DO YOU DISTINGUISH BETWEEN THE CONCEPT OF A FEASIBILITY

11:02AM 17  STUDY VERSUS FORMAL VALIDATION OF AN ASSAY?

11:02AM 18  A.   I THINK SO, YES.

11:02AM 19  Q.   EXPLAIN THAT FOR US, PLEASE.

11:02AM 20  A.   SO THE VALIDATION STUDY WOULD HAVE MORE EITHER EXAMPLES OR

11:02AM 21  ADDITIONAL TESTS.

11:02AM 22  Q.   OKAY.  AND MORE THAN THE 30 SAMPLES THAT ARE, THAT ARE AT

11:02AM 23  ISSUE IN THIS STUDY?

11:02AM 24  A.   I THINK SO.

11:02AM 25  Q.   OKAY.  DID YOU EVER TELL ANYBODY WITHIN THERANOS THAT GSK

GANGAKHEDKAR DIRECT BY MR. LEACH

11:02AM 1    HAD COMPREHENSIVELY EVALUATED THERANOS'S TECHNOLOGY?

11:02AM 2    A.   I -- I'M SORRY, DID I TELL ANYBODY?

11:02AM 3    Q.   DID YOU EVER TELL ANYBODY WITHIN THERANOS THAT GSK HAD

11:02AM 4    COMPREHENSIVELY VALIDATED THERANOS' TECHNOLOGY?

11:02AM 5    A.   I DON'T RECOLLECT.

11:02AM 6    Q.   WOULD YOU HAVE SAID THAT TO ANYBODY?

11:02AM 7    A.   MOST PROBABLY NOT.

11:02AM 8    Q.   WHY NOT?

11:02AM 9    A.   BECAUSE AT THIS POINT I THINK I FELT THAT THIS WAS JUST A

11:02AM 10   SINGLE STUDY, SO IN MY MIND IT WOULD HAVE BEEN A FEASIBILITY.

11:03AM 11   Q.   AFTER THIS TWO DAY FEASIBILITY STUDY WITH GSK, DID YOU DO

11:03AM 12   ANY ADDITIONAL WORK WITH GSK?

11:03AM 13   A.   I DON'T RECOLLECT.

11:03AM 14   Q.   IF WE GO BACK TO PAGE 1 OF THE EMAIL, MS. DIGIAIMO WRITES

11:03AM 15   THAT SHE'S GOING TO FOLLOW UP WITH FOLKS AT GSK ABOUT

11:03AM 16   ADDITIONAL OPPORTUNITIES.

11:03AM 17        DO YOU SEE THAT ON PAGE 1?

11:03AM 18   A.   YES.

11:03AM 19   Q.   AND DO YOU KNOW IF ANYTHING EVER CAME OF THOSE ADDITIONAL

11:03AM 20   OPPORTUNITIES?

11:03AM 21   A.   I DON'T RECOLLECT AT THIS TIME IF ANYTHING ELSE CAME OUR

11:03AM 22   WAY.

11:03AM 23        MR. LEACH:  YOUR HONOR, I THINK THIS IS A CONVENIENT

11:03AM 24   TIME TO TAKE OUR BREAK.

11:03AM 25        THE COURT:  LET'S DO THAT, LADIES AND GENTLEMEN.

11:03AM  1     LET'S TAKE OUR MIDDAY BREAK FOR PURPOSES OF THIS TRIAL.

11:03AM  2         I'D LIKE TO TAKE ABOUT 45 MINUTES FOR YOU, PLEASE,

11:03AM  3     45 MINUTES.

11:03AM  4         SO IF WE COULD HOPEFULLY SHOOT FOR A GOAL OF HAVING YOU

11:03AM  5     BACK IN YOUR SEATS AND READY TO COME BACK AT ABOUT TEN TO THE

11:04AM  6     HOUR, MS. KRATZMANN WILL COLLECT YOU.

11:04AM  7         SO PLEASE REMEMBER DURING THE BREAK MY ADMONITION REMAINS.

11:04AM  8     YOU'RE NOT TO DISCUSS OR DO ANY RESEARCH ABOUT ANYTHING

11:04AM  9     INVOLVED WITH THIS CASE, YOU'RE NOT TO DISCUSS AMONGST

11:04AM  10    YOURSELVES ANYTHING ABOUT THE CASE.

11:04AM  11        ENJOY YOUR BREAK, AND WE'LL BE BACK -- I THINK WE'RE GOING

11:04AM  12    TO FINISH AT 2:00 TODAY JUST FOR YOUR INFORMATION.

11:04AM  13        AGAIN, WE'VE SCHEDULED THESE BREAKS, BUT IF ANYONE NEEDS

11:04AM  14    TO TAKE AN UNSCHEDULED BREAK FOR ANY REASON, PLEASE JUST LET ME

11:04AM  15    KNOW, RAISE YOUR HAND, AND WE CAN ACCOMMODATE THAT.

11:04AM  16        SO, MS. KRATZMANN, IF YOU COULD ESCORT THE JURORS OUT,

11:04AM  17    PLEASE.

11:04AM  18        YOU MAY STAND DOWN.

11:04AM  19        (JURY OUT AT 11:04 A.M.)

11:05AM  20            THE COURT:  THANK YOU, MS. GANGAKHEDKAR.  YOU CAN

11:05AM  21    STAND DOWN.  WE'LL SEE YOU BACK HERE AT ABOUT TEN TO THE HOUR,

11:05AM  22    PLEASE.

11:05AM  23            THE WITNESS:  THANK YOU.

11:05AM  24            THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

11:05AM  25    YOU.  ALL RIGHT.  THANK YOU.

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1161

11:05AM   1        THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES

11:05AM   2   HAVE LEFT THE COURTROOM.  THE WITNESS HAS LEFT THE COURTROOM.

11:05AM   3   ALL COUNSEL AND THE DEFENDANT ARE PRESENT.

11:05AM   4        ANYTHING BEFORE WE TAKE OUR BREAK, COUNSEL?

11:05AM   5            MR. LEACH:  NOTHING FROM THE GOVERNMENT, YOUR HONOR.

11:05AM   6            MR. WADE:  NOTHING, YOUR HONOR.

11:05AM   7            THE COURT:  OKAY.  THANK YOU.

11:05AM   8        (LUNCH RECESS TAKEN AT 11:05 A.M.)

          9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

GANGAKHEDKAR DIRECT BY MR. LEACH

| | |
|---|---|
| 11:57AM | 1 |

**AFTERNOON SESSION**

11:57AM  2    (COURT CONVENED AT 11:57 A.M.)

11:57AM  3    (JURY IN AT 11:57 A.M.)

11:57AM  4         THE COURT:  WEAR BACK ON THE RECORD.  ALL PARTIES

11:57AM  5    PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:57AM  6         THE WITNESS IS ON THE STAND.

11:57AM  7         BEFORE WE BEGIN, I JUST WANT TO SAY ONE THING, LADIES AND

11:57AM  8    GENTLEMEN, IF YOU WOULD PLEASE DISABLE THE SOUND ON ANY DEVICE

11:57AM  9    THAT YOU HAVE, I WOULD APPRECIATE IT.  THAT WOULD BE HELPFUL.

11:57AM  10        SOMETIMES DEVICES GO OFF UNINTENDED AND IT DOES -- AND IT

11:57AM  11   CAN INTERRUPT THE PROCEEDINGS.  SO IF YOU WOULD PLEASE TAKE A

11:57AM  12   MOMENT TO ENSURE THAT ANY DEVICE THAT YOU HAVE, THE VOLUME IS

11:57AM  13   TURNED OFF OR TURNED DOWN, I WOULD BE GRATEFUL.

11:57AM  14        THANK YOU.

11:57AM  15        MR. LEACH, DO YOU HAVE ADDITIONAL QUESTIONS?

11:57AM  16             MR. LEACH:  I DO, YOUR HONOR.  THANK YOU.

11:57AM  17             THE COURT:  PLEASE PROCEED.  THANK YOU.

11:58AM  18   BY MR. LEACH:

11:58AM  19   Q.   GOOD MORNING, MS. GANGAKHEDKAR.  WHEN WE BROKE WE WERE

11:58AM  20   TALKING ABOUT SOME OF YOUR WORK WITH GSK IN THE 2008 TIME

11:58AM  21   PERIOD.

11:58AM  22        I'D LIKE TO MOVE FORWARD IN TIME, IF WE COULD, TO THE TIME

11:58AM  23   PERIOD 2013.  DO YOU HAVE THAT TIME PERIOD IN MIND?

11:58AM  24   A.   YES.

11:58AM  25   Q.   AND WHAT WAS YOUR RESPONSIBILITY AT THERANOS IN THE 2013

11:58AM   1    TIME PERIOD?

11:58AM   2    A.   SO WE WERE CONTINUING TO DEVELOP IMMUNOASSAYS ON THE

11:58AM   3    EDISON DEVICES.

11:58AM   4    Q.   HOW IS THAT DEVELOPING IMMUNOASSAYS FOR THE EDISON DEVICES

11:58AM   5    GOING?

11:58AM   6    A.   SO WE WERE PROCEEDING WITH A LARGE NUMBER OF ASSAYS THAT

11:58AM   7    HAD BEEN -- THERE WAS A LARGE LIST OF ASSAYS THAT HAD BEEN

11:58AM   8    GIVEN TO US, AND SO WE WERE WORKING ALONG THE PRIORITY LIST

11:58AM   9    THAT HAD BEEN PROVIDED.

11:58AM  10    Q.   AND WHEN YOU SAY ON THE EDISONS, IS THIS THE 3.0 AND THE

11:59AM  11    3.5?

11:59AM  12    A.   PRIMARILY 3.0'S.

11:59AM  13    Q.   AND AT SOME POINT DID THAT WORK SHIFT TO A NEW ITERATION

11:59AM  14    OR A NEXT GENERATION OF THE THERANOS DEVICE?

11:59AM  15    A.   YES, IT DID.

11:59AM  16    Q.   TELL US ABOUT THAT, PLEASE.

11:59AM  17    A.   SO THERE WAS THE NEXT GENERATION OF THE SYSTEMS THAT WERE

11:59AM  18    BEING DEVELOPED.  THEY WERE CALLED THE -- ROUGHLY CALLING THEM

11:59AM  19    THE 4.0'S.

11:59AM  20        SO THE EARLY INSTRUMENTS, THE EARLY VERSIONS OF THE

11:59AM  21    INSTRUMENTS HAD BEEN PROVIDED AND THERE WAS SOME INITIAL

11:59AM  22    TESTING OR QUALIFICATIONS THAT HAD STARTED ON THE 4.0'S.

11:59AM  23    Q.   AT THE TIME THAT YOU MOVED TO THE 4.0'S, HOW WOULD YOU

11:59AM  24    CHARACTERIZE YOUR WORK WITH THE 3.0'S AND THE 3.5'S?

11:59AM  25        HAD YOU FINISHED?  WHERE WERE YOU?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1164

11:59AM   1    A.   SO WE WERE ON THE -- THERE WERE A FAIR NUMBER OF ASSAYS

11:59AM   2    THAT HAD -- THAT WERE IN THE DEVELOPMENT OR HAD COMPLETED THE

11:59AM   3    DEVELOPMENT STAGES.

11:59AM   4    Q.   OKAY.  HAD ANY BEEN SUCCESSFULLY VALIDATED FOR USE IN THE

12:00PM   5    CLIA LAB?

12:00PM   6    A.   NO.

12:00PM   7    Q.   YOU MENTIONED YOU WERE WORKING ON A NUMBER OF PRIORITY

12:00PM   8    ASSAYS.  WHERE DID YOU GET THAT PRIORITY LIST FROM?

12:00PM   9    A.   SO THAT LIST WAS SHARED TO US BY DR. DANIEL YOUNG.

12:00PM   10   Q.   AND WHO IS DANIEL YOUNG?

12:00PM   11   A.   SO DANIEL YOUNG WAS THE VICE PRESIDENT, AND ESSENTIALLY I

12:00PM   12   THINK HE WAS FUNCTIONING AS LIKE AKIN TO OUR CHIEF TECHNOLOGY

12:00PM   13   OFFICER.

12:00PM   14   Q.   OKAY.  DID HE REPORT TO MS. HOLMES?

12:00PM   15   A.   I THINK HE DID.

12:00PM   16   Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN MARKED AS

12:00PM   17   5077.

12:00PM   18        DO YOU HAVE THAT IN YOUR BINDER?

12:00PM   19   A.   YES.

12:00PM   20   Q.   DO YOU SEE -- IS THIS AN EMAIL INVOLVING YOU AND A NUMBER

12:01PM   21   OF OTHER INDIVIDUALS WITHIN YOUR TEAM?

12:01PM   22   A.   YES.

12:01PM   23   Q.   AND IN THE MIDDLE OF THE PAGE DO YOU SEE THERE'S AN EMAIL

12:01PM   24   FROM YOU DATED MARCH 4TH, 2013?

12:01PM   25   A.   YES.

12:01PM   1    Q.   DO YOU SEE THAT THE SUBJECT IS NEW PROJECT?

12:01PM   2    A.   YES.

12:01PM   3    Q.   OKAY.  AT A HIGH LEVEL, WHAT ARE YOU COMMUNICATING IN THIS

12:01PM   4    EMAIL?

12:01PM   5    A.   SO ESSENTIALLY I AM TELLING MY TEAM THAT A NEW PROJECT --

12:01PM   6    I THINK WE WERE WORKING ON THIS NEW PROJECT AND HOW WE ARE

12:01PM   7    SUPPOSED TO BE, LIKE, PLANNING FOR THE WORK THAT WILL BE

12:01PM   8    INCLUDED IN IT.

12:01PM   9    Q.   AND WHERE DID YOU GET THESE PLANS FROM?

12:01PM   10   A.   THE PLAN FOR THE PROJECT OR --

12:01PM   11   Q.   YES.

12:01PM   12   A.   SO ESSENTIALLY WE WERE ASKED TO -- AFTER DISCUSSIONS WITH

12:01PM   13   EITHER, LIKE, MS. HOLMES OR DR. YOUNG.

12:01PM   14   Q.   AND ARE YOU ATTEMPTING TO COMMUNICATE YOUR TEAM DIRECTIONS

12:01PM   15   YOU'VE RECEIVED FROM MS. HOLMES ABOUT DEVELOPING ASSAYS FOR USE

12:02PM   16   ON THE 4.0 DEVICE?

12:02PM   17   A.   SO I WOULD SAY IT'S A COMBINATION OF BOTH.  SO BASICALLY

12:02PM   18   WE HAVE BEEN PROVIDED THIS NEW PROJECT, AND YOU HAVE THE

12:02PM   19   OVERALL PLAN THERE, BUT THE FINE -- THE ADDITIONAL DETAILS ON

12:02PM   20   HOW WE WOULD GET THERE IS BEING PLANNED BY ME.

12:02PM   21   Q.   OKAY.

12:02PM   22        YOUR HONOR, I OFFER EXHIBIT 5077 INTO EVIDENCE.

12:02PM   23            MR. WADE:  NO OBJECTION, YOUR HONOR.

12:02PM   24            THE COURT:  IT'S RECEIVED.  IT MAY BE PUBLISHED.

12:02PM   25        (GOVERNMENT'S EXHIBIT 5077 WAS RECEIVED IN EVIDENCE.)

12:02PM 1    BY MR. LEACH:

12:02PM 2    Q.   AND IF WE CAN START WITH THE FIRST EMAIL ROUGHLY HALF WAY

12:02PM 3    DOWN THE PAGE, AND IF WE CAN ZOOM IN ON THE ENTIRETY OF THE

12:02PM 4    TEXT FROM RIGHT THERE.  A LITTLE DOWN FURTHERMORE.

12:02PM 5         WONDERFUL.  THANK YOU, MS. HOLLIMAN.

12:03PM 6         MS. GANGAKHEDKAR, DO YOU SEE YOUR NAME IN THE FROM LINE

12:03PM 7    HERE?

12:03PM 8    A.   YES.

12:03PM 9    Q.   AND THERE'S A NUMBER OF INDIVIDUALS IN THE TO LINE.  I

12:03PM 10   DON'T WANT TO GO THROUGH EVERY ONE, BUT AT A HIGH LEVEL CAN YOU

12:03PM 11   DESCRIBE WHO THESE FOLKS IN THE TO LINE ARE?

12:03PM 12   A.   SO MOSTLY THEY ARE MEMBERS OF THE ELISA ASSAY DEVELOPMENT

12:03PM 13   TEAM AS WELL AS THE TEAM INVOLVED IN THE MANUFACTURING OF AND

12:03PM 14   THE FORMULATION TEAMS FOR THE CARTRIDGES.

12:03PM 15   Q.   AND THE MANUFACTURING FOR THE CARTRIDGES FOR THE 4.0?

12:03PM 16   A.   FOR THE USE OF THIS STUDY.

12:03PM 17   Q.   OKAY.  AND YOU WRITE IN THE BEGINNING OF THE EMAIL, "HI

12:03PM 18   ALL, CONFIDENTIAL INFORMATION -- NOT TO BE DISCUSSED WITH OTHER

12:03PM 19   GROUPS OR OPENLY IN THE LAB."

12:03PM 20        DO YOU SEE THAT LANGUAGE?

12:03PM 21   A.   YES.

12:03PM 22   Q.   AND WHY DID YOU WRITE THAT LANGUAGE?

12:03PM 23   A.   SO THERE WERE GENERAL DIRECTIONS FROM MS. HOLMES THAT ANY

12:03PM 24   NEW PROJECTS THAT WE ARE WORKING ON SHOULD BE, THE INFORMATION

12:04PM 25   SHOULD BE LIMITED ONLY TO THE INDIVIDUALS WHO ARE WORKING ON

12:04PM   1    THEM, AND WE SHOULDN'T BE OPENLY DISCUSSING DETAILS OF THE

12:04PM   2    PROJECTS OR THE PLANS WITH OTHER EMPLOYEES IN THE COMPANY.

12:04PM   3    Q.   SO YOU WORKED IN THE ELISA GROUP, THE IMMUNOASSAY GROUP?

12:04PM   4    A.   YES.

12:04PM   5    Q.   AND DID YOU FEEL FREE TO SHARE DETAILS AND INSIGHTS OF THE

12:04PM   6    ELISA GROUP WITH GROUPS WORKING WITH OTHER TYPES OF ASSAYS?

12:04PM   7    A.   NO, I DID NOT.

12:04PM   8    Q.   AND DID YOU FEEL FREE TO SHARE DETAILS OF ASPECTS OF YOUR

12:04PM   9    ELISA WORK WITH FOLKS WHO WERE WORKING ON MANUFACTURING THE

12:04PM  10    THERANOS ANALYZERS?

12:04PM  11    A.   NO.

12:04PM  12    Q.   WAS THAT A MATTER OF FRUSTRATION TO YOU?

12:04PM  13    A.   YES.

12:04PM  14    Q.   HOW SO?

12:04PM  15    A.   WELL, IN CERTAIN TIMES IF WE WERE WORKING ON THE EDISONS,

12:04PM  16    THEY WOULDN'T -- WE DIDN'T HAVE AN OPTION TO, LIKE, TALK OR

12:05PM  17    DISCUSS SPECIFIC ISSUES EITHER WITH THE HARDWARE OR THE

12:05PM  18    SOFTWARE TEAMS, SO THERE GENERALLY WAS A GUIDANCE NOT TO SHARE

12:05PM  19    ALL DETAILS SAY, FOR INSTANCE, OF THE ASSAYS OR THE CHEMISTRY

12:05PM  20    PART WITH THE HARDWARE TEAMS OR THE SOFTWARE TEAMS AND VICE

12:05PM  21    VERSA.

12:05PM  22    Q.   AND DID THAT MAKE YOUR WORK HARDER?

12:05PM  23    A.   YES, IT DID.

12:05PM  24    Q.   AND HOW SO?

12:05PM  25    A.   WELL, BECAUSE THERE WERE ISSUES RELATED TO THE OTHER

12:05PM 1    FUNCTIONS, AND WE COULDN'T UNDERSTAND THEM AND KNOW ENTIRELY

12:05PM 2    WHAT IMPACT IT WOULD HAVE ON OUR FUNCTIONS.

12:05PM 3         AND THE SAME FOR IF THERE WERE ISSUES WE WERE EXPERIENCING

12:05PM 4    WITH THE ASSAYS, WE WOULDN'T KNOW HOW IT WOULD WORK FULLY WITH

12:05PM 5    THE OTHER TWO FUNCTIONS.

12:05PM 6    Q.   DID YOU FEEL AS IF INFORMATION AT THERANOS WAS SILOED?

12:05PM 7    A.   YES.

12:05PM 8    Q.   AND WHERE DID THIS SILOING COME FROM?  AT WHOSE DIRECTION?

12:05PM 9    A.   SO IT EITHER CAME FROM MS. HOLMES OR MR. BALWANI.

12:06PM 10   Q.   LET ME DRAW YOUR ATTENTION TO THE FIRST PARAGRAPH OF THE

12:06PM 11   EMAIL.  IT SAYS, "THIS EMAIL IS TO PROVIDE YOU A HEADS UP ON A

12:06PM 12   NEW (KEY) PROJECT FOR THE 4.0 DEVICES.  THE PLAN IS TO VALIDATE

12:06PM 13   (510K) THE FLU A AND B MULTIPLEX ON THE 4.0 DEVICES."

12:06PM 14        WHAT DID YOU MEAN BY "THE FLU A AND B MULTIPLEX ON THE 4.0

12:06PM 15   DEVICES"?

12:06PM 16   A.   THE FLU A AND B ARE THE ASSAY TARGETS.  IT'S A MULTIPLEX

12:06PM 17   AND THE VERSION OF THE DEVICE WOULD BE THE 4.0.

12:06PM 18   Q.   AND THEN TOWARDS THE END OF THE PARAGRAPH YOU WROTE, "THIS

12:06PM 19   PROJECT WILL HAVE A HIGHER PRIORITY OVER YOUR OTHER

12:06PM 20   ASSIGNMENTS."

12:06PM 21        DO YOU SEE THAT LANGUAGE?

12:06PM 22   A.   YES.

12:06PM 23   Q.   WHY WERE YOU COMMUNICATING THAT TO YOUR TEAM?

12:07PM 24   A.   BECAUSE THE PRIORITIZATION WAS CONVEYED TO ME BY

12:07PM 25   MS. HOLMES, AND I WAS CONVEYING IT TO THE TEAM SO THEY ARE

12:07PM   1    AWARE THAT THIS PROJECT WILL BE A HIGHER PRIORITY THAN OTHER

12:07PM   2    PROJECTS THAT THEY WERE WORKING ON AT THAT TIME.

12:07PM   3    Q.   DID YOU FIND THAT PRIORITIES WITHIN THERANOS WOULD SHIFT

12:07PM   4    OVER TIME?

12:07PM   5    A.   YES.

12:07PM   6    Q.   OKAY.  WAS THAT A MATTER OF FRUSTRATION TO YOU?

12:07PM   7    A.   YES.

12:07PM   8    Q.   HOW SO?

12:07PM   9    A.   BECAUSE WE WOULD BE, WE WOULD BE LIKE MOVING FROM SEVERAL

12:07PM  10    PROJECTS OVER A MATTER OF TIME AND MANY TIMES WE WOULDN'T HAVE

12:07PM  11    AN OPPORTUNITY TO KIND OF GO AND GET TO, LIKE, THE END RESULT

12:07PM  12    OF IT.

12:07PM  13    Q.   THANK YOU, MS. HOLLIMAN.  WE CAN TAKE THAT DOCUMENT DOWN.

12:07PM  14         MS. GANGAKHEDKAR, I'D LIKE TO DRAW YOUR ATTENTION TO WHAT

12:07PM  15    WE HAVE MARKED AS EXHIBIT 853, WHICH SHOULD BE THERE IN YOUR

12:08PM  16    BINDER.

12:08PM  17         ARE YOU FAMILIAR WITH THIS DOCUMENT, MS. GANGAKHEDKAR?

12:08PM  18    A.   YES.

12:08PM  19    Q.   IS THIS AN EMAIL FROM YOU TO ELIZABETH HOLMES AND OTHERS

12:08PM  20    DATED MAY 1ST, 2013?

12:08PM  21    A.   YES.

12:08PM  22    Q.   AND WHY WERE YOU -- DOES THE SUBJECT OF THIS RELATE TO

12:08PM  23    RESULTS AND RUNS ON THE 4S AND OTHER DEVICES DURING THIS TIME

12:08PM  24    PERIOD?

12:08PM  25    A.   YES.

12:08PM 1    Q.   AND WERE YOU SENDING THIS TO MS. HOLMES IN ORDER TO KEEP

12:08PM 2    HER APPRISED OF HOW THINGS WERE GOING WITH RESPECT TO

12:08PM 3    VALIDATING ASSAYS ON THE 4S AND OTHER DEVICES?

12:09PM 4    A.   SO I WOULD THINK THAT BECAUSE THE 4.0'S WERE JUST RELEASED

12:09PM 5    TO US FOR TESTING, THIS WOULD JUST HAVE BEEN LIKE AN EVALUATION

12:09PM 6    PERIOD OF HOW THEY'RE FUNCTIONING, NOT AS MUCH AS THEY'RE NOT

12:09PM 7    VALIDATING AT THIS POINT.  IT IS JUST FEASIBILITY OR

12:09PM 8    EVALUATION.

12:09PM 9    Q.   WELL, YOU'RE SENDING THIS TO MS. HOLMES TO KEEP HER

12:09PM 10   APPRISED OF HOW THINGS ARE GOING?

12:09PM 11   A.   YES.

12:09PM 12         MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 853 INTO

12:09PM 13   EVIDENCE.

12:09PM 14         MR. WADE:  NO OBJECTION, YOUR HONOR.

12:09PM 15         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:09PM 16      (GOVERNMENT'S EXHIBIT 853 WAS RECEIVED IN EVIDENCE.)

12:09PM 17         MR. LEACH:  MS. HOLLIMAN, IF WE CAN START WITH THE

12:09PM 18   FIRST EMAIL ON THE CHAIN ON PAGE ONE FROM MR. PANGARKAR.  LET'S

12:09PM 19   CAPTURE THE WHOLE TEXT IF WE CAN.

12:09PM 20      PERFECT.  THANK YOU.

12:10PM 21   Q.   MS. GANGAKHEDKAR, THIS STARTS FROM AN EMAIL FROM

12:10PM 22   CHINMAY PANGARKAR.  WHO WAS HE?

12:10PM 23   A.   HE WAS FIRST LEADING THE DEVELOPMENT OF THE CBC ASSAYS.

12:10PM 24   Q.   AND THERE ARE SOME INDIVIDUALS IN THE TO LINE THAT WE

12:10PM 25   HAVEN'T TALKED ABOUT, PAUL PATEL AND SAMARTHA ANEKAL.  WHO ARE

12:10PM  1    THEY?

12:10PM  2    A.   SO PAUL PATEL WAS LEADING THE ASSAYS EFFORTS FOR THE

12:10PM  3    GENERAL CHEMISTRY ASSAY, AND SUMARTHA ANEKAL WAS LEADING THE

12:10PM  4    DEVELOPMENT OF THE 4.0 DEVICES.

12:10PM  5    Q.   SO IS MR. PATEL ESSENTIALLY YOUR PEER IN A DIFFERENT ASSAY

12:10PM  6    GROUP?

12:10PM  7    A.   YES.

12:10PM  8    Q.   AND MR. ANEKAL HAS RESPONSIBILITY FOR THE DEVICE ITSELF

12:10PM  9    THAT YOU ARE TRYING TO TRANSFER THESE ASSAYS ONTO?

12:10PM  10   A.   YES, I THINK SO.

12:10PM  11   Q.   OKAY.  MR. PANGARKAR WRITES IN THE FIRST LINE, "PLEASE

12:11PM  12   FIND BELOW THE REPORTS FOR TODAYS RUNS ON MINI, MONO, AND 4S."

12:11PM  13        WHAT ARE MINI, MONO, AND 4S?

12:11PM  14   A.   SO I WOULD SAY THAT THEY ARE DIFFERENT VARIATIONS OF THE

12:11PM  15   4.0 DEVICES.

12:11PM  16   Q.   AT THE END OF THAT PARAGRAPH HE WRITES, "THERE WERE

12:11PM  17   MULTIPLE ISSUES DURING THESE RUNS WHICH ARE SUMMARIZED BELOW."

12:11PM  18        DO YOU SEE THAT LANGUAGE?

12:11PM  19   A.   YES.

12:11PM  20   Q.   AND THEN THERE'S A NUMBER 1, MINILAB 5B RUN.

12:11PM  21        THE FIRST BULLET SAYS, "HEPARIN NANOTAINER HAD BIG BUBBLE

12:11PM  22   UNDERNEATH THE PLUG OF BLOOD."

12:11PM  23        WHAT IS THE NANOTAINER?

12:11PM  24   A.   SO THE NANOTAINER WAS THE THERANOS PROPRIETARY DEVICE TO

12:11PM  25   COLLECT BLOOD.

12:11PM 1     Q.   ESSENTIALLY A BLOOD COLLECTION DEVICE?

12:11PM 2     A.   YES.

12:11PM 3     Q.   AND HOW DID THAT COMPARE TO TUBES OR BLOOD COLLECTION

12:11PM 4     DEVICES THAT MIGHT BE USED IN OTHER SETTINGS?

12:12PM 5     A.   SO THE NANOTAINER WAS A LOW VOLUME COLLECTION DEVICE.

12:12PM 6     Q.   AND WHAT DID THAT MEAN TO YOU IT HAD A BIG BUBBLE

12:12PM 7     UNDERNEATH THE PLUG OF BLOOD, WHY WAS THAT AN ISSUE?

12:12PM 8     A.   SO EITHER IT COULD HAVE -- ESSENTIALLY COULD HAVE NOT

12:12PM 9     COLLECTED THE REQUIRED SAMPLE VOLUME.

12:12PM 10    Q.   AND THE NEXT BULLET SAYS, "CARTRIDGE LID OPENING FAILED,

12:12PM 11    IN SPITE OF THE FACT THAT THE SAME CARTRIDGE HAD BEEN QC'ED A

12:12PM 12    FEW MINUTES PRIOR."

12:12PM 13         WHAT DID THAT MEAN?

12:12PM 14    A.   SO THERE WAS AN ISSUE WITH THE CARTRIDGE LID, SO IN SPITE

12:12PM 15    OF THE CARTRIDGE BEING QC'ED, IT SEEMS LIKE THEY HAVE AN ISSUE

12:12PM 16    WITH THE CARTRIDGE LID OPENING AND IT FAILED.

12:12PM 17    Q.   THE NEXT BULLET SAYS, "ROUND VESSELS WERE PICKED UP BY

12:13PM 18    BLOOD TIPS DURING THE RUN."

12:13PM 19         WHY IS THAT AN ISSUE?

12:13PM 20    A.   I'M NOT VERY FAMILIAR WITH THESE CBC ASSAYS, SO I MIGHT

12:13PM 21    NOT BE ABLE TO GIVE YOU THE EXACT REASON BEHIND THAT PARTICULAR

12:13PM 22    POINT.

12:13PM 23    Q.   OKAY.  DID YOU HAVE A HIGH LEVEL UNDERSTANDING AT THAT

12:13PM 24    POINT WHY IT MIGHT BE AN ISSUE?

12:13PM 25    A.   NOT MUCH BECAUSE I WASN'T VERY FAMILIAR WITH WHAT WAS

12:13PM  1    HAPPENING WITH THE OTHER FUNCTIONS.  SO APART FROM ONLY READING

12:13PM  2    EMAILS WHERE I WAS COPIED ON, I DIDN'T KNOW ALL OF THE DETAILS

12:13PM  3    OF THE OTHER FUNCTIONS.

12:13PM  4    Q.   OKAY.  SO THIS RELATES TO CBC, WHICH IS AN ASSAY GROUP

12:13PM  5    THAT YOU'RE NOT RESPONSIBLE FOR, BUT YOU'RE ON THE CHAIN

12:13PM  6    BECAUSE YOU'RE ALSO DEVELOPING ASSAYS FOR THESE DEVICES?

12:13PM  7    A.   YES.

12:13PM  8    Q.   OKAY.  YOU WRITE AT THE TOP OF IT -- IF WE CAN ZOOM OUT

12:13PM  9    HERE AND GO TO MS. GANGAKHEDKAR'S RESPONSE AT THE TOP.

12:14PM 10        YOU WRITE, "A CONCERN ALSO EXISTS WITH THE BLOOD VOLUMES

12:14PM 11    COLLECTED IN THE NANOTAINER."

12:14PM 12        WHAT WERE YOU GETTING AT THERE?

12:14PM 13    A.   SO ESSENTIALLY I'M CONVEYING THAT THE AMOUNT OF BLOOD THAT

12:14PM 14    IS BEING SELECTED IN THE DEMO RUNS FOR THE NANOTAINER.

12:14PM 15    Q.   AND WHY WAS THAT AN ISSUE?  WHY WAS THAT A CONCERN?

12:14PM 16    A.   WELL, IF THERE ISN'T SUFFICIENT BLOOD IN THE NANOTAINER,

12:14PM 17    THEN THERE ISN'T SUFFICIENT VOLUME OF SAMPLE TO TEST FOR THE

12:14PM 18    CARTRIDGE.

12:14PM 19    Q.   PRIOR TO YOUR RESIGNATION, DID THIS ISSUE OR OTHER ISSUES

12:14PM 20    WITH THE NANOTAINER EVER GET RESOLVED FROM YOUR POINT OF VIEW?

12:15PM 21    A.   NO.

12:15PM 22    Q.   ARE THE ISSUES REPORTED IN EXHIBIT 853 TYPICAL OF SOME OF

12:15PM 23    THE ISSUES THAT YOU WERE SEEING WITH TESTING ON THE 4S?

12:15PM 24    A.   YES.

12:15PM 25    Q.   LET ME PLEASE DRAW YOUR ATTENTION TO THE NEXT EXHIBIT,

12:15PM   1    WHICH IS 5084.  DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU,

12:15PM   2    MS. GANGAKHEDKAR?

12:15PM   3    A.   YES.

12:15PM   4    Q.   ARE YOU FAMILIAR WITH THIS DOCUMENT?

12:15PM   5    A.   YES.

12:15PM   6    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 2.  ON PAGE 2 IS THERE

12:16PM   7    AN EMAIL FROM YOU TO MS. HOLMES, DANIEL YOUNG AND OTHERS WITH

12:16PM   8    THE SUBJECT OF ELISA DATA FOR TODAY?

12:16PM   9    A.   YES.

12:16PM  10    Q.   YES.  AND ARE YOU UPDATING MS. HOLMES ON ELISA TESTING ON

12:16PM  11    THE 4S IN THE MAY 2013 TIME PERIOD?

12:16PM  12    A.   YES.

12:16PM  13         MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5084 INTO

12:16PM  14    EVIDENCE.

12:16PM  15         MR. WADE:  YES.  WE STIPULATED.

12:16PM  16         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:16PM  17    (GOVERNMENT'S EXHIBIT 5084 WAS RECEIVED IN EVIDENCE.)

12:16PM  18         MR. LEACH:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2 AND

12:16PM  19    START AT THE TOP OF THE DOCUMENT TO WHERE IT SAYS DEMO DATA IN

12:16PM  20    BOLD.

12:17PM  21    THANK YOU VERY MUCH.

12:17PM  22    Q.   ARE YOU ABLE TO SEE IT ON THE SCREEN, MS. GANGAKHEDKAR?

12:17PM  23    A.   I CAN.

12:17PM  24    Q.   I DON'T HAVE IT ON MINE FOR SOME REASON.

12:17PM  25         YOU WRITE ELISA DATA FOR TODAY.  WHAT ARE YOU SUMMARIZING

12:17PM 1    FOR MS. HOLMES AND OTHERS HERE?

12:17PM 2    A.   SO THIS IS THE SUMMARY ON THE 4.0 DEVICE.

12:17PM 3    Q.   YOU WROTE CALIBRATION, BULLET "VIT D -- VERY NOISY,

12:17PM 4    CALIBRATION CURVE CANNOT BE GENERATED."

12:17PM 5         WHAT DID YOU MEAN BY THAT?

12:17PM 6    A.   BASICALLY WE WOULD RUN -- A CALIBRATION CURVE IS A SET OF

12:17PM 7    STANDARDS OF KNOWN CONCENTRATIONS, AND I'M REPORTING BACK THAT

12:17PM 8    WE COULDN'T GET A CALIBRATION CURVE, A SUCCESSFUL CURVE OUT OF

12:17PM 9    THE RUNS ON THE SYSTEM.

12:17PM 10   Q.   IS THAT WHAT YOU MEAN BY VERY NOISY?

12:17PM 11   A.   YES.

12:17PM 12   Q.   IN THE PARAGRAPH BELOW THAT YOU WROTE, "WE REALLY DON'T

12:18PM 13   HAVE AN UNDERSTANDING OF THE KINETICS OF THIS ASSAY."

12:18PM 14        WAS THAT ACCURATE AT THE TIME?

12:18PM 15   A.   SO I WOULD LIKE TO ADD IN THIS EMAIL THREAD --

12:18PM 16   Q.   SURE.

12:18PM 17   A.   -- BECAUSE I THINK AT THE TOP OF IT, IT SAYS PLEASE

12:18PM 18   COMMENT ON YOUR READ ON THE ASSAY ISSUES FOR SAM.

12:18PM 19        SO I BELIEVE THAT SOME OF THE COMMENTS IN HERE HAVE BEEN

12:18PM 20   INSERTED BY SAM ON THE EMAIL THAT I HAD SENT.

12:18PM 21   Q.   AND IT'S A WONDERFUL POINT.  THANK YOU FOR POINTING THAT

12:18PM 22   OUT, MS. GANGAKHEDKAR.

12:18PM 23        SO AT THE TOP OF THE DOCUMENT --

12:18PM 24        AND IF WE CAN ZOOM OUT, MS. HOLLIMAN.

12:18PM 25        -- YOU'RE REFERRING TO THE TOP WHERE IT SAYS, "PLEASE

12:18PM  1    COMMENT ON YOUR READ ON ROOT CAUSE FOR THESE ISSUES,

12:18PM  2    ELIZABETH?"

12:18PM  3        AND YOU TOOK THAT AS DIRECTION FROM MR. ANEKAL TO MAKE

12:18PM  4    COMMENT ON WHAT YOU WERE REPORTING HERE?

12:18PM  5    A.   YES.

12:18PM  6    Q.   AND IF WE CAN GO BACK TO THE BODY, ARE YOU SAYING THAT THE

12:19PM  7    THINGS OUTSIDE OF THE BULLETS ARE MR. ANEKAL'S COMMENTS

12:19PM  8    RESPONSE TO WHAT YOU WERE REPORTING?

12:19PM  9    A.   YES.

12:19PM  10   Q.   AND SO THAT'S MR. ANEKAL WRITING, "WE REALLY DON'T HAVE AN

12:19PM  11   UNDERSTANDING OF THE KINETICS OF THIS ASSAY"?

12:19PM  12   A.   YES.

12:19PM  13   Q.   OKAY.  DID YOU HAVE A VIEW OF THAT ONE WAY OR ANOTHER?

12:19PM  14   A.   WELL, WE, WE HAD SPENT I THINK LIKE SOME SIGNIFICANT TIME

12:19PM  15   ON THE VITAMIN D ASSAY.  IT WAS A VERY CHALLENGING ASSAY TO

12:19PM  16   DEVELOP, BUT, OF COURSE, I THINK MOVING FROM THE 3.0 AND TRYING

12:19PM  17   TO UNDERSTAND HOW THE 4.0 INSTRUMENT WORKS AND THE INHERENT

12:19PM  18   ISSUES OF THE SYSTEM WERE AT THAT POINT UNKNOWN TO US.

12:19PM  19       SO IT WAS ESSENTIALLY WE MIGHT AS WELL BE LOOKING AT LIKE

12:19PM  20   REDEVELOPING THE ASSAYS ON THE 4.0.

12:19PM  21   Q.   THANK YOU.  IN THE THIRD BULLET -- THAT'S YOU WRITING IN

12:20PM  22   THE BULLET POINTS IN THIS EMAIL; CORRECT?

12:20PM  23   A.   YES.

12:20PM  24   Q.   OKAY.  YOU WROTE, "TSH, NO RESPONSE, TROUBLESHOOTING

12:20PM  25   ISSUES."

12:20PM 1          WHAT IS TSH?

12:20PM 2   A.   SO IT IS A PROTEIN TARGET.

12:20PM 3   Q.   WHAT DID YOU MEAN BY "NO RESPONSE, TROUBLESHOOTING

12:20PM 4   ISSUES"?

12:20PM 5   A.   SO WE RAN THE TESTS ON THE 4.0'S, AND WE DID NOT GET ANY

12:20PM 6   RESPONSE?

12:20PM 7   Q.   IS THAT GOOD NEWS OR BAD NEWS?

12:20PM 8   A.   BAD NEWS.

12:20PM 9   Q.   IN THE NEXT BULLET YOU WROTE, "7 ERRORS IN 20 RUNS; 2 DUE

12:20PM 10  TO ROUND VESSEL PICK UP; 1 -- COLOR STRIP DROPPED; 4 --

12:20PM 11  UNKNOWN."

12:20PM 12         WHAT WERE YOU ARE COMMUNICATING THERE?

12:20PM 13  A.   SO ESSENTIALLY SUMMARIZING THE DATA FOR THAT PARTICULAR

12:20PM 14  DAY THAT WE HAD LIKE 20 RUNS, AND THOSE WERE SOME OF THE

12:20PM 15  PROBLEMS THAT WE HAD ENCOUNTERED.

12:20PM 16  Q.   IS THIS EXEMPLARY OF SOME OF THE ISSUES THAT YOU WERE

12:21PM 17  OBSERVING IN TRYING TO TRANSFER ASSAYS THAT YOU WERE DEVELOPING

12:21PM 18  ONTO THE 4.0?

12:21PM 19  A.   YES.

12:21PM 20  Q.   DID THESE ISSUES EVER GET RESOLVED IN YOUR MIND?

12:21PM 21  A.   NO.

12:21PM 22  Q.   LET ME DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED AS 5089.

12:21PM 23         AND IF I COULD DRAW YOUR -- DO YOU HAVE THAT IN FRONT OF

12:21PM 24  YOU, MS. GANGAKHEDKAR?

12:21PM 25  A.   YES.

12:21PM   1    Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 3, PLEASE.

12:21PM   2         DO YOU SEE AN EMAIL FROM ELIZABETH HOLMES TO YOU AND

12:21PM   3    OTHERS WITH THE SUBJECT 11TH?

12:21PM   4    A.   YES.

12:21PM   5    Q.   IF YOU COULD GO TO THE NEXT PAGE, PAGE 2.  DOWN AT THE

12:22PM   6    BOTTOM ARE YOU FORWARDING MS. HOLMES'S EMAIL TO MEMBERS OF YOUR

12:22PM   7    TEAM IN ORDER TO KEEP THEM APPRISED OF WHAT MS. HOLMES WAS

12:22PM   8    COMMUNICATING TO YOU?

12:22PM   9    A.   YES.

12:22PM   10   Q.   AND IS THE REMAINDER OF THIS DOCUMENT DETAILS ABOUT HOW

12:22PM   11   YOUR TEAM IS GOING TO EXECUTE ON THAT DIRECTION?

12:22PM   12   A.   YES.

12:22PM   13   Q.   OKAY.  DID YOU USE EMAIL IN THE ORDINARY COURSE OF

12:22PM   14   BUSINESS TO COMMUNICATE DIRECTIVES TO YOUR TEAM ABOUT HOW TO

12:22PM   15   DEVELOP ASSAYS AND HOW TO FOLLOW THROUGH ON INSTRUCTIONS FROM

12:22PM   16   MS. HOLMES?

12:22PM   17   A.   YES.

12:22PM   18   Q.   AND WERE THOSE PREPARED AT OR NEAR THE TIME BY FOLKS

12:22PM   19   WITHIN YOUR GROUP WITH KNOWLEDGE?

12:22PM   20   A.   YES.

12:22PM   21   Q.   AND WERE THESE EMAILS KEPT IN THE REGULAR COURSE OF

12:23PM   22   BUSINESS SO PEOPLE COULD UNDERSTAND WHAT OR HOW PEOPLE WERE

12:23PM   23   EXECUTING ON MS. HOLMES'S DIRECTION?

12:23PM   24   A.   I THINK SO.

12:23PM   25   Q.   WAS IT THE REGULAR PRACTICE FOR YOU AND YOUR TEAM TO

12:23PM  1    PREPARE EMAILS LIKE THIS TO KEEP EACH OTHER APPRISED ABOUT HOW

12:23PM  2    YOU WERE EXECUTING ON MS. HOLMES'S DIRECTION?

12:23PM  3    A.   YES.

12:23PM  4    Q.   OKAY.  AND DID YOU FEEL THAT YOU WERE UNDER A BUSINESS

12:23PM  5    DUTY TO BE ACCURATE IN THESE EMAILS?

12:23PM  6    A.   YES.

12:23PM  7             MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5089 INTO

12:23PM  8    EVIDENCE.

12:23PM  9             MR. WADE:  NO OBJECTION, YOUR HONOR.

12:23PM  10            THE COURT:  IT'S RECEIVED.  IT MAY BE PUBLISHED.

12:23PM  11        (GOVERNMENT'S EXHIBIT 5089 WAS RECEIVED IN EVIDENCE.)

12:23PM  12            MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE START ON

12:23PM  13   PAGE 3.  AND IF WE COULD HIGHLIGHT THE ENTIRETY OF THE TEXT, IF

12:23PM  14   WE COULD, RIGHT DOWN TO THE SIGNATURE LINE.

12:23PM  15        THERE YOU GO.  WONDERFUL.  THANK YOU.

12:23PM  16   Q.   DO YOU SEE ELIZABETH HOLMES'S NAME IN THE FROM LINE?

12:24PM  17   A.   YES.

12:24PM  18   Q.   AND THERE'S SOME FOLKS WE HAVEN'T TALKED ABOUT YET,

12:24PM  19   MICHAEL CHEN, CLARISSA LIU, AND PEY-JIUN KO.  WHO ARE THEY?

12:24PM  20   A.   SO MICHAEL CHEN AND CLARISSA LIU WERE RESPONSIBLE FOR

12:24PM  21   DEVELOPING OR PROVIDING THE CARTRIDGES FOR THE 4.0 SYSTEMS.

12:24PM  22        I AM NOT SURE WHO PEY-JIUN KO IS.

12:24PM  23   Q.   IN THE CC LINE, IN ADDITION TO MR. BALWANI AND

12:24PM  24   DANIEL YOUNG, THERE'S TWO NAMES, DANIEL EDLIN AND

12:24PM  25   CHRISTIAN HOLMES.

12:24PM   1              WERE YOU FAMILIAR WITH THEM?

12:24PM   2       A.   YES.

12:24PM   3       Q.   AND WHO WERE THEY?

12:24PM   4       A.   SO CHRISTIAN HOLMES WAS LEADING THE PROJECT -- A GROUP OF

12:24PM   5       PROJECT MANAGERS, AND DANIEL EDLIN WAS ONE OF THE PROJECT

12:24PM   6       MANAGERS.

12:24PM   7       Q.   DO YOU SEE THERE'S A LINE IN THE EMAIL HEADER IMPORTANCE

12:25PM   8       HIGH?

12:25PM   9       A.   YES.

12:25PM  10       Q.   AND WHAT DID THAT MEAN TO YOU?

12:25PM  11       A.   SO THAT MEANS THAT IT IS A HIGHER PRIORITY PROJECT OR

12:25PM  12       ACTIVITY THAN THE OTHER WORK THAT WE WERE DOING.

12:25PM  13       Q.   MS. HOLMES WRITES, "THIS IS THE MOST IMPORTANT PRIORITY

12:25PM  14       ABOVE ALL ELSE FOR THIS WEEK.

12:25PM  15              "CHINMAY, PAUL, SUREKHA:  PLEASE ASSIGN ALL MEMBERS OF

12:25PM  16       YOUR TEAM WHO CAN CONTRIBUTE TO THIS INITIATIVE; THIS IS THE

12:25PM  17       ONLY THING THOSE TEAM MEMBERS SHOULD FOCUS ON UNTIL THE DEMO IS

12:25PM  18       COMPLETE."

12:25PM  19              WHAT DID THAT MEAN, "THE DEMO"?

12:25PM  20       A.   SO IT WAS A DEMO TO SHOW HOW THE 4.0 WORKED.

12:25PM  21       Q.   SITTING HERE TODAY DO YOU HAVE A MEMORY OF WHO THE DEMO

12:25PM  22       WAS FOR?

12:25PM  23       A.   NO.  USUALLY THAT INFORMATION WAS NOT RELEASED.

12:25PM  24       Q.   OKAY.  IN THE FOURTH PARAGRAPH IT SAYS, "AS DISCUSSED, THE

12:26PM  25       TARGET IS TO RUN MINILAB (BLADES) -- OMNIPLEX, BUT POTENTIALLY

12:26PM 1      SPLITTING CBC, ELISA, AND GC AS NEEDED."

12:26PM 2          CAN YOU TRANSLATE FOR US?  WHAT DOES THAT MEAN TO YOU?

12:26PM 3      A.   SO THE OMNIPLEX IS A SINGLE CARTRIDGE THAT COULD RUN THE

12:26PM 4      THREE TYPES OF ASSAYS LISTED HERE, CBC, ELISA, AND GC.

12:26PM 5      Q.   GC IS AN ACRONYM FOR GENERAL CHEMISTRY.

12:26PM 6          WE NEED TO SPEAK ONE AT A TIME, MS. GANGAKHEDKAR, AND I'LL

12:26PM 7      DO MY BEST TO DO THAT.

12:26PM 8          IS GC AN ACRONYM FOR GENERAL CHEMISTRY?

12:26PM 9      A.   YES.

12:26PM 10     Q.   AND CBC, WHAT DOES THAT STAND FOR?

12:26PM 11     A.   COMPLETE BLOOD COUNT.

12:26PM 12     Q.   THANK YOU.  AND WHEN MS. HOLMES SAYS THE TARGET IS TO RUN

12:27PM 13     MINILAB, WHAT DID YOU TAKE THAT TO MEAN?

12:27PM 14     A.   SO THAT IS A VERSION OF THE 4.0.

12:27PM 15     Q.   AND IS THAT THE VERSION THAT YOU UNDERSTOOD WAS TO BE THE

12:27PM 16     TARGET FOR THE DEMO?

12:27PM 17     A.   YES.

12:27PM 18     Q.   THE NEXT LINE SAYS "SECONDARY/ADDITIONAL TARGET IS TO RUN

12:27PM 19     THE 4S."

12:27PM 20         DO YOU SEE THAT LANGUAGE?

12:27PM 21     A.   YES.

12:27PM 22     Q.   AND WHAT DOES THAT MEAN, "SECONDARY/ADDITIONAL TARGET"?

12:27PM 23     A.   SO THERE WERE DIFFERENT CONFIGURATIONS OF THE 4.0 DEVICES.

12:27PM 24     ONE OF THEM WAS 4S.  THE OTHER ONE WAS CALLED THE MINILAB.

12:27PM 25     Q.   AND WHEN THAT'S THE SECONDARY OR ADDITIONAL TARGET, WHAT

12:27PM   1    DID THAT MEAN TO YOU?

12:27PM   2    A.   I'M SORRY, I CAN'T ANSWER THAT BECAUSE I DON'T EXACTLY

12:27PM   3    RECOLLECT WHAT THE DIFFERENCES BETWEEN THE VERSIONS WERE.

12:27PM   4    Q.   OKAY.  THE NEXT LINE SAYS, "AS BACKUP, THE MANUAL PROCESS

12:28PM   5    SHOULD BE FLAWLESS AND RELIABLE."

12:28PM   6         WHAT DID YOU UNDERSTAND THE MANUAL PROCESS TO BE?

12:28PM   7    A.   MY UNDERSTANDING FOR THE MANUAL PROCESS MEANS -- BECAUSE

12:28PM   8    FOR THE ELISA'S WE DID HAVE THE ASSAYS ON THE 4.0'S, AND SO

12:28PM   9    PERHAPS FOR THE CBC AND GENERAL CHEMISTRY ASSAYS THEY WERE

12:28PM  10    TESTING THE SAMPLES IN A DIFFERENT METHOD, WHICH IS A MANUAL

12:28PM  11    PROCESS.

12:28PM  12    Q.   DID YOU TAKE THIS AS DIRECTION TO BE TRY THE MINILAB

12:28PM  13    FIRST, IF NOT, THE 4S, AND THEN AS A BACKUP THE MANUAL PROCESS?

12:28PM  14    IS THAT HOW YOU UNDERSTOOD THIS?

12:28PM  15    A.   I WOULD THINK SO.

12:28PM  16    Q.   THAT LAST LINE IS "BCD'S NEED TO BE FLAWLESS."

12:28PM  17         WHAT DOES BCD MEAN?

12:28PM  18    A.   SO THOSE ARE THE BLOOD COLLECTION DEVICES.

12:29PM  19    Q.   AND ONE OF THOSE IS THE NANOTAINER?

12:29PM  20    A.   YES.

12:29PM  21    Q.   OKAY.  IF WE CAN STRADDLE PAGE 2 AND PAGE 3 WITH THE EMAIL

12:29PM  22    FROM MS. GANGAKHEDKAR.

12:29PM  23         THERE'S A WAY, MS. HOLLIMAN, TO SHOW THE BOTTOM OF PAGE 2

12:29PM  24    AND THE TOP OF PAGE 3 AT THE SAME TIME.

12:29PM  25         WHY DON'T WE START THERE, MS. HOLLIMAN, AND EXPAND THE

12:30PM  1    BOTTOM HALF OF THIS EMAIL.

12:30PM  2        I'M SORRY, IF WE CAN ALSO GET THE NAMES JUST BENEATH THE

12:30PM  3    SEND DATED.

12:30PM  4        WONDERFUL.  THANK YOU.

12:30PM  5        MS. GANGAKHEDKAR, YOU FORWARDED THIS TO SOME INDIVIDUALS,

12:30PM  6    KAREN SHAW AND OTHERS.  I JUST WANT -- COULD YOU JUST WALK US

12:30PM  7    THROUGH WHO THE INDIVIDUALS ARE IN THE TO LINE?

12:30PM  8    A.   SURE.  SO KAREN SHAW WAS AN ASSAY DEVELOPER IN THE ELISA

12:30PM  9    TEAM; THE SAME FOR NAHAL GHARAATI;

12:30PM 10        MICHELLE JOHNSON WERE SENIOR SCIENTISTS OR ASSAY

12:30PM 11    DEVELOPERS;

12:30PM 12        SHARADA SIVARAMAN AND TINA NOYES WERE THE TEAM LEADS IN

12:31PM 13    THE ELISA GROUP; AND,

12:31PM 14        ESTER CHEN WAS RESPONSIBLE FOR THE FORMULATIONS AND

12:31PM 15    CARTRIDGE BUILDS.

12:31PM 16    Q.   MS. SHAW IS REPORTING AT THE END OF THE NEXT EMAIL, "MAIN

12:31PM 17    BOTTLENECK I IMAGINE WILL BE NUMBER OF READERS AND WHAT TIME

12:31PM 18    THEY ARE RELEASED FROM QC EACH DAY.  HOPEFULLY THEY CAN GET

12:31PM 19    MORE GOING SO WE CAN RUN ASAP AND FIND OUT IF ANYTHING NEEDS

12:31PM 20    TWEAKING."

12:31PM 21        DO YOU SEE THAT LANGUAGE?

12:31PM 22    A.   YES.

12:31PM 23    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:31PM 24    A.   SO THE AVAILABILITY OF THE NUMBER OF READERS TO DO ANY

12:31PM 25    KIND OF DEVELOPMENT OR TESTING WAS ALWAYS A GAP.  SO DEPENDING

12:31PM   1    UPON HOW MANY WORKING READERS WERE AVAILABLE TO THE DEVELOPMENT

12:32PM   2    TEAMS, WE HAD TO PLAN OUR DAY AROUND THAT.

12:32PM   3    Q.   A READER IS A REFERENCE TO A DEVICE?

12:32PM   4    A.   YES, SO ESSENTIALLY THE 4.0 DEVICES.

12:32PM   5    Q.   OKAY.  IF WE CAN ZOOM OUT, PLEASE, MS. HOLLIMAN, AND THEN

12:32PM   6    GO TO TINA NOYES'S EMAIL AT THE TOP OF THIS PAGE.

12:32PM   7         MS. GANGAKHEDKAR, MS. NOYES IS WRITING TO THE GROUP HERE,

12:32PM   8    "WELL THE LAST TIME WE RAN THE OMNI, THE DATA WAS PRETTY

12:32PM   9    TERRIBLE.  TSH GAVE DARK COUNTS FOR A WHILE AND THEN MAGICALLY

12:32PM   10   STARTED WORKING AGAIN."

12:32PM   11        DO YOU SEE THAT LANGUAGE?

12:32PM   12   A.   YES.

12:32PM   13   Q.   AND WHAT ARE DARK COUNTS?

12:32PM   14   A.   BASICALLY BACKGROUND COUNTS, SO THERE'S NO RESPONSE

12:33PM   15   AVAILABLE, NO SIGNAL.

12:33PM   16   Q.   AND IS THIS EXEMPLARY OF SOME OF THE ISSUES YOU AND YOUR

12:33PM   17   TEAM WERE EXPERIENCING WITH THE NEXT GENERATION OF THERANOS

12:33PM   18   DEVICES?

12:33PM   19   A.   YES.

12:33PM   20   Q.   DID THESE EVER GET RESOLVED BEFORE YOU RESIGNED?

12:33PM   21   A.   NO.

12:33PM   22   Q.   SO THIS EMAIL -- WE CAN TAKE THIS DOWN, MS. HOLLIMAN,

12:33PM   23   THANK YOU.

12:33PM   24        WE'RE IN JULY OF 2015, MS. GANGAKHEDKAR.  IN OR AROUND THE

12:33PM   25   MIDDLE OR LATE JULY OF 2013, DID YOU GO ON A VACATION?

12:33PM 1   A.   YES.

12:33PM 2   Q.   AND WHERE DID YOU GO?

12:33PM 3   A.   I WENT TO INDIA.

12:33PM 4   Q.   HOW LONG WERE YOU THERE FOR?

12:33PM 5   A.   SO I WENT FROM I THINK THE 21ST OF JULY AND CAME BACK

12:33PM 6   AROUND THE 17TH OF AUGUST.

12:33PM 7   Q.   OKAY.  AT THE TIME THAT YOU LEFT FOR YOUR VACATION, HOW

12:34PM 8   WOULD YOU DESCRIBE THE STATUS OF YOUR WORK?  WHAT WERE YOU --

12:34PM 9   WHAT DID YOU UNDERSTAND THE PRIORITY OR THE PLAN IN TERMS OF

12:34PM 10  YOUR ASSAY DEVELOPMENT?

12:34PM 11  A.   SO TWO PATHWAYS.  ESSENTIALLY CONTINUING TO DEVELOP THE

12:34PM 12  ASSAYS FROM THE PRIORITY LIST THAT WAS GIVEN TO US ON THE

12:34PM 13  EDISON 3.0'S AND ALSO HAD A SMALL TEAM OF THE GROUP, A SMALL

12:34PM 14  GROUP OF WORKING ON BRINGING UP THE 4.0'S.

12:34PM 15       THAT ESSENTIALLY MEANT TESTING THE ASSAYS ON THE 4.0'S.

12:34PM 16  Q.   WERE YOU AWARE OF ANY PLAN TO LAUNCH AT WALGREENS

12:34PM 17  IMMINENTLY WHEN YOU LEFT ON YOUR VACATION?

12:34PM 18  A.   I WAS NOT.

12:34PM 19  Q.   WERE YOU AWARE OF ANY PLAN TO GO LIVE WITH THERANOS

12:34PM 20  DEVICES IN THE CLIA LAB BEFORE YOU WENT ON VACATION?

12:34PM 21  A.   I WAS NOT.

12:34PM 22  Q.   WERE YOU AWARE OF ANY PLAN TO MODIFY THIRD PARTY DEVICES

12:35PM 23  SUCH AS SIEMENS MACHINES FOR USE IN THE CLIA LAB?

12:35PM 24  A.   NOT AT THAT TIME.

12:35PM 25  Q.   AND WHEN YOU COME BACK IN THE MIDDLE OF AUGUST OF 2013,

12:35PM  1    WHAT DID YOU LEARN?

12:35PM  2    A.   THAT WE WERE LAUNCHING ASSAYS TO USE ON PATIENT SAMPLES.

12:35PM  3    Q.   OKAY.  AND WERE YOU SURPRISED BY THAT?

12:35PM  4    A.   YES.

12:35PM  5    Q.   WHY WERE YOU SURPRISED?

12:35PM  6    A.   WELL, BECAUSE I DIDN'T THINK THAT THE 3.0 DEVICES WERE

12:35PM  7    READY TO BE USED FOR PATIENT SAMPLES.

12:35PM  8    Q.   WHEN YOU SAY YOU DIDN'T THINK THAT THE 3.0'S WERE READY

12:35PM  9    FOR USE ON PATIENT SAMPLES, DOES THAT INCLUDE THE 3.5'S?

12:35PM  10   A.   YES.

12:35PM  11   Q.   WHY DID YOU BELIEVE THE 3.0'S AND THE 3.5'S WERE NOT READY

12:35PM  12   FOR USE ON THE PATIENT SAMPLES?

12:35PM  13   A.   BECAUSE WE WERE AWARE THAT THERE WERE RELIABILITY ISSUES

12:36PM  14   WITH THE EDISON 3.0'S, AND AT THAT TIME THEY WERE NOT FULLY

12:36PM  15   RESOLVED.

12:36PM  16   Q.   WHEN YOU SAY, "WE WERE AWARE," DID YOU HAVE DISCUSSIONS

12:36PM  17   PRIOR TO THE MIDDLE OF AUGUST WITH MS. HOLMES ABOUT THOSE

12:36PM  18   ISSUES?

12:36PM  19   A.   SO SHE, SHE WAS -- IN MY OPINION SHE WAS AWARE BECAUSE

12:36PM  20   THAT WAS A STOPGAP METHOD TO USE UNTIL THE 4.0 DEVICES WOULD BE

12:36PM  21   AVAILABLE FOR DEVELOPMENT.

12:36PM  22   Q.   AND WHEN YOU SAY THAT THE 3.0 AND THE 3.5 HAD RELIABILITY

12:36PM  23   ISSUES, WHAT DO YOU MEAN?  WHAT WERE THE ISSUES?

12:36PM  24   A.   SO THERE WERE LIKE PROBLEMS IN GIVING CONSISTENT RESULTS.

12:36PM  25   EITHER THEY WOULD HAVE I THINK PROBLEMS WITH THE RESPONSES AND

GANGAKHEDKAR DIRECT BY MR. LEACH

12:36PM 1    RESULTS SUCH AS EITHER VERY LOW COUNTS OR VERY HIGH COUNTS AND

12:36PM 2    THERE COULD BE PROBLEMS WITH THE PICKUP OF THE REAGENTS OR THE

12:37PM 3    REACTION TIPS IN A RUN.

12:37PM 4    Q.   PRIOR TO THE MIDDLE OF AUGUST, HAD YOU BEEN IN MEETINGS

12:37PM 5    WITH MS. HOLMES WHERE SOME OF THESE ISSUES WERE DISCUSSED?

12:37PM 6    A.   YES.

12:37PM 7    Q.   WHEN YOU CAME BACK FROM YOUR VACATION IN THE MIDDLE OF

12:37PM 8    AUGUST OF 2013, DID YOU ALSO LEARN OF A PLAN TO MODIFY SIEMENS

12:37PM 9    MACHINES?

12:37PM 10   A.   YES.

12:37PM 11   Q.   AND WHAT DID YOU LEARN?

12:37PM 12   A.   SO I, I LEARNED THROUGH THE EMAILS THAT THEY WERE LOOKING

12:37PM 13   AT MODIFYING THE PROTOCOLS OF THE SIEMENS MACHINES TO BE ABLE

12:37PM 14   TO USE LOWER SAMPLES OR DILUTED SAMPLES.

12:37PM 15   Q.   BETWEEN LATE AUGUST OF 2013 AND THE TIME OF YOUR

12:37PM 16   RESIGNATION, DID YOU FEEL PRESSURE TO VALIDATE ASSAYS FOR USE

12:38PM 17   IN THE CLIA LAB?

12:38PM 18   A.   YES.

12:38PM 19   Q.   WAS THAT PRESSURE OUTSIDE OF THE NORMAL COURSE OF BUSINESS

12:38PM 20   OR WAS THIS SOMETHING USUAL?  HOW WOULD YOU DESCRIBE IT?

12:38PM 21   A.   SO IT WAS THE USUAL BECAUSE EVEN THROUGH THE PAST

12:38PM 22   EXPERIENCES MANY TIMES THERE WOULD BE THESE NEW PROJECTS,

12:38PM 23   PRIORITY DEMOS, THAT WE HAD TO DELIVER UPON.

12:38PM 24        BUT WITH THIS LAUNCH THAT IT SEEMED LIKE IT WAS IMMINENT,

12:38PM 25   AND SO THERE WAS INCREASINGLY MORE PRESSURE ON GETTING THE

12:38PM 1    STUDIES COMPLETED.

12:38PM 2    Q.   AND WHERE WAS THIS PRESSURE COMING FROM?

12:38PM 3    A.   FROM MS. HOLMES.

12:38PM 4    Q.   DID YOU FEEL AS IF THE VALIDATION WAS BEING RUSHED?

12:38PM 5    A.   YES.

12:38PM 6    Q.   AND WHY DO YOU SAY THAT?

12:38PM 7    A.   BECAUSE OF THE AMOUNT OF TIME THAT WE HAD AT THE TIME OF

12:38PM 8    THE LAUNCH AND WHERE WE WERE WITH THE 3.0 DEVICES GIVEN THAT

12:39PM 9    THEY WERE AWARE THAT THERE WERE ISSUES WITH 3.0'S, SO THEY WERE

12:39PM 10   LOOKING TO UPGRADE SOME OF THOSE ISSUES AND CAUSE -- THEY WERE

12:39PM 11   LOOKING TO UPGRADE SOME OF THOSE 3.0 DEVICES INTO A NEW VERSION

12:39PM 12   CALLED 3.5.

12:39PM 13   Q.   LET ME DRAW YOUR ATTENTION TO SOME DOCUMENTS FROM THIS

12:39PM 14   TIME PERIOD, AUGUST OF 2013, MS. GANGAKHEDKAR.

12:39PM 15        IF YOU COULD PLEASE LOOK IN YOUR BINDER AT EXHIBIT 5338.

12:39PM 16        DO YOU HAVE THAT IN FRONT OF YOU?

12:39PM 17   A.   YES.

12:39PM 18   Q.   AND DO YOU RECOGNIZE THIS AS AN EMAIL FROM

12:40PM 19   SHARADA SIVARAMAN TO DANIEL YOUNG WITH A COPY TO YOU?

12:40PM 20   A.   YES.

12:40PM 21   Q.   AND DO YOU BELIEVE THAT THIS WAS SENT DURING THE TIMEFRAME

12:40PM 22   OF YOUR VACATION?

12:40PM 23   A.   YES.

12:40PM 24   Q.   AND WHILE YOU WERE ON VACATION, DID SOMEBODY STAND IN FOR

12:40PM 25   YOU OR ASSUME YOUR RESPONSIBILITIES AS THE MANAGER OF ASSAY

12:40PM  1    SYSTEMS?

12:40PM  2    A.   YES.

12:40PM  3    Q.   AND WHO WAS THAT?

12:40PM  4    A.   SHARADA SIVARAMAN.

12:40PM  5    Q.   SO SHE WAS ESSENTIALLY STANDING IN YOUR SHOES?

12:40PM  6    A.   YES.

12:40PM  7    Q.   OKAY.  AND PART OF THAT RESPONSIBILITY WAS REPORTING TO

12:40PM  8    MS. HOLMES ABOUT WHERE THINGS WERE IN TERMS OF GETTING THESE

12:40PM  9    ASSAYS VALIDATED?

12:40PM  10   A.   YES.

12:40PM  11              MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 5338.

12:40PM  12              MR. WADE:  NO OBJECTION, YOUR HONOR.

12:40PM  13              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:40PM  14        (GOVERNMENT'S EXHIBIT 5338 WAS RECEIVED IN EVIDENCE.)

12:41PM  15              MR. LEACH:  IF WE CAN PLEASE ZOOM IN ON THE FIRST

12:41PM  16   HALF OF THIS CAPTURING BULLET 4.

12:41PM  17        THAT'S WONDERFUL.

12:41PM  18   Q.   I DRAW YOUR ATTENTION TO THE TOP PART OF THIS EMAIL.  DO

12:41PM  19   YOU SEE WHERE IT SAYS PLAN FOR ELISA LDT VALIDATION?

12:41PM  20   A.   YES.

12:41PM  21   Q.   AND WHAT DOES LDT MEAN?

12:41PM  22   A.   IT STANDS FOR LABORATORY DEVELOPED TEST.

12:41PM  23   Q.   AND WHAT DOES THAT MEAN IN THE CONTEXT OF THIS EMAIL?

12:41PM  24   A.   SO IT SEEMS THAT THIS IS A PLAN TO DEVELOP THE ELISA'S OR

12:41PM  25   RATHER CONDUCT THE VALIDATION OF THE ELISA'S THAT THEY HAD

12:41PM  1    DEVELOPED AT THERANOS AS AN LDT.

12:41PM  2    Q.   AND LDT TO BE USED IN THE THERANOS CLIA LAB?

12:41PM  3    A.   AND/OR WITH THE EDISON SYSTEMS.

12:42PM  4    Q.   OKAY.  MS. SIVARAMAN IS WRITING, "HI DANIEL, PLEASE FIND

12:42PM  5    ATTACHED THE VALIDATION PLAN FOR THE 6 ASSAYS IN A CARTRIDGE

12:42PM  6    SUMMARY FORMAT.  ALSO ATTACHED IS THE LDT VALIDATION PLAN WORD

12:42PM  7    DOCUMENT FOR TSH THAT ARNE HELPED DEVELOP IN 2011."

12:42PM  8         DO YOU SEE THAT LANGUAGE?

12:42PM  9    A.   YES.

12:42PM  10   Q.   AND WHO IS ARNE?

12:42PM  11   A.   ARNE, DR. ARNE WAS THE CLIA LAB DIRECTOR AT THAT TIME IN

12:42PM  12   2011.

12:42PM  13   Q.   OKAY.  WAS HE THE LAB DIRECTOR AT OR AROUND THE TIME OF

12:42PM  14   THE EMAIL?

12:42PM  15   A.   NO.

12:42PM  16   Q.   AND THE LDT VALIDATION PLAN.  WHAT IS THAT?

12:42PM  17   A.   SO, SO WE WERE -- IN PLANNING FOR AN EVENTUAL VALIDATION

12:42PM  18   STUDY FOR THE ASSAY TSH, WE HAD WORKED WITH ARNE IN GENERATING

12:43PM  19   THE VALIDATION PLAN AND WHAT IT WOULD LOOK LIKE.

12:43PM  20   Q.   SO THE HOPE IS TO VALIDATE THIS ASSAY FOR USE IN THE CLIA

12:43PM  21   LAB AND YOU PUT TOGETHER -- OR YOUR GROUP HAS PUT TOGETHER A

12:43PM  22   PLAN FOR HOW TO ACHIEVE THAT?

12:43PM  23   A.   YES.

12:43PM  24   Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO PARAGRAPH NUMBER 3

12:43PM  25   WHERE IT SAYS, "THE TOTAL NUMBER OF DEVICES WILL DRIVE THE

12:43PM  1    TIMELINES FOR THE EXERCISE, IT WOULD BE GOOD IF WE CAN GET AN

12:43PM  2    ESTIMATE OF THIS IN ADVANCE.  SAM TOLD ME TODAY WE SHOULD HAVE

12:43PM  3    60, 3.5 DEVICES AVAILABLE BY 8/15.  I HAVE ONLY PLANNED OUT THE

12:43PM  4    EXERCISE WITH 3 READERS."

12:43PM  5         WHAT IS THAT PARAGRAPH GETTING AT?

12:43PM  6    A.   SO ESSENTIALLY THERE'S A SHORTAGE OF READERS AVAILABLE SO

12:44PM  7    THE 3.5 DEVICES WOULDN'T BE AVAILABLE UNTIL THE 15TH.

12:44PM  8    Q.   SO ONE OF THE LIMITS YOU ARE RUNNING UP AGAINST IS SIMPLY

12:44PM  9    THE AVAILABILITY OF DEVICES TO RUN YOUR VALIDATION WORK?

12:44PM  10   A.   YES.

12:44PM  11   Q.   IF WE CAN NOW GO TO THE BOTTOM HALF OF THE EMAIL,

12:44PM  12   MS. HOLLIMAN.

12:44PM  13        MS. GANGAKHEDKAR, I'M DRAWING YOUR ATTENTION TO

12:44PM  14   PARAGRAPH 6 WHERE IT SAYS, "ECO OF DOCUMENTATION:  ESTHER AND

12:44PM  15   THE MFG TEAM ARE GETTING READY WITH TIP COATING, REAGENT

12:44PM  16   FORMULATION, AND ANTIBODY CONJUGATIONS FOR THE VALIDATION."

12:44PM  17        CAN YOU HELP US UNDERSTAND WHAT THAT MEANS.

12:44PM  18   A.   SO THESE ARE ALL OF THE COMPONENTS OF THE CARTRIDGES,

12:44PM  19   ESSENTIALLY THE TIPS, THE REACTION TIPS, THE REAGENTS, AND THE

12:44PM  20   ANTIBODY CONJUGATIONS THAT ARE USED FOR THE TEST IN A

12:45PM  21   CARTRIDGE.

12:45PM  22        SO I BELIEVE SHARADA IS SUMMARIZING THAT THE MANUFACTURING

12:45PM  23   TEAM IS GETTING READY TO ENSURE THAT ALL OF THE COMPONENTS ARE

12:45PM  24   READY.

12:45PM  25   Q.   MS. SIVARAMAN THEN WROTE, "UNTIL WE HAVE THE

12:45PM 1    DOCUMENTATION SQUARED AWAY WE WILL NOT BE ABLE TO START

12:45PM 2    FORMULATIONS SINCE EVERY STEP OF REAGENT PREPARATION WILL NEED

12:45PM 3    TO BE PER A DOCUMENT."

12:45PM 4        WHAT DID THAT MEAN?

12:45PM 5    A.   SO BEFORE THEY CAN START ANY OF THE PREP WORK FOR THE

12:45PM 6    REAGENTS, THEY NEED TO MAKE SURE THAT ALL OF THE APPROPRIATE

12:45PM 7    PROTOCOLS FOR THE REAGENT PREP AND QC'S AND MANUFACTURING NEED

12:45PM 8    TO BE IN PLACE.

12:45PM 9    Q.   AND WAS THAT ANOTHER HOLDUP FOR GETTING THE VALIDATION

12:45PM 10   WORK DONE?

12:45PM 11   A.   YES.

12:46PM 12   Q.   THANK YOU.  WE CAN TAKE THAT DOWN, MS. HOLLIMAN.

12:46PM 13       I'D LIKE TO DRAW YOUR ATTENTION, MS. GANGAKHEDKAR, TO

12:46PM 14   EXHIBIT 5096.

12:46PM 15       ARE YOU FAMILIAR WITH THIS DOCUMENT?

12:46PM 16   A.   YES.

12:46PM 17   Q.   IS THIS ANOTHER EMAIL FROM MS. SIVARAMAN WHEN YOU WERE OUT

12:46PM 18   ON VACATION?

12:46PM 19   A.   YES.

12:46PM 20   Q.   WHERE SHE WAS ESSENTIALLY STANDING IN YOUR SHOES AS

12:46PM 21   MANAGER OF ASSAY SYSTEMS?

12:46PM 22   A.   YES.

12:46PM 23   Q.   AND DO YOU BELIEVE THAT SHE IS PASSING ON TO YOUR GROUP

12:46PM 24   DIRECTIONS SHE RECEIVED FROM MS. HOLMES AND DR. YOUNG ABOUT THE

12:46PM 25   VALIDATION WORK THAT IS GOING ON IN THIS TIME PERIOD?

12:47PM   1      A.   YES.

12:47PM   2                MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES

12:47PM   3      EXHIBIT 5096 INTO EVIDENCE.

12:47PM   4                MR. WADE:  NO OBJECTION, YOUR HONOR.

12:47PM   5                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:47PM   6           (GOVERNMENT'S EXHIBIT 5096 WAS RECEIVED IN EVIDENCE.)

12:47PM   7                MR. LEACH:  MS. HOLLIMAN, IF WE CAN PLEASE ENLARGE

12:47PM   8      THE SUBSTANCE OF THE EMAIL AND THE HEADER.

12:47PM   9           WE'LL START WITH THE TOP HALF.

12:47PM   10     Q.   DO YOU SEE YOUR NAME IN THE CC LINE, MS. GANGAKHEDKAR?

12:47PM   11     A.   YES.

12:47PM   12     Q.   AND IS THIS TO MEMBERS OF THE ELISA ASSAY DEVELOPMENT

12:47PM   13     GROUP?

12:47PM   14     A.   YES.

12:47PM   15     Q.   AND MS. SIVARAMAN IS WRITING, "UPDATE FROM MEETING.  1.

12:48PM   16     THE LDT VALIDATION WILL BE THE TOP PRIORITY FOR THE GROUP FOR

12:48PM   17     NOW."

12:48PM   18          WHAT DOES THAT MEAN?

12:48PM   19     A.   SO THIS IS LETTING THE GROUP KNOW THAT THIS WILL BE THE

12:48PM   20     HIGHEST PRIORITY FOR NOW.

12:48PM   21     Q.   AND WHAT DOES LDT VALIDATION REFER TO?

12:48PM   22     A.   SO THAT'S THE LABORATORY DEVELOPED TEST VALIDATION.

12:48PM   23     Q.   GETTING TESTS VALIDATED ON THE 3.0 AND THE 3.5 FOR USE IN

12:48PM   24     THE CLIA LAB?

12:48PM   25     A.   YES.

12:48PM  1    Q.   NUMBER 2 IT SAYS, "RETAIL, DOD ANIMAL AND WALTER REED

12:48PM  2    ASSAYS TO BE ON THE BACK BURNER FOR NOW."

12:48PM  3         WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:48PM  4    A.   SO THERE WERE OTHER ASSAY DEVELOPMENT PROJECTS THAT THE

12:48PM  5    TEAM MEMBERS WERE WORKING ON, AND I THINK THOSE ARE THE ONES

12:48PM  6    THAT ARE LISTED, ESSENTIALLY TELLING THE TEAM THAT ALL OF OUR

12:48PM  7    FOCUS SHOULD BE ON THE LDT VALIDATION AND NOT THE OTHER

12:48PM  8    DEVELOPMENT PROJECTS.

12:49PM  9    Q.   THANK YOU.  WE CAN TAKE THAT DOCUMENT DOWN, MS. HOLLIMAN.

12:49PM 10         AND I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 5100.  IF I

12:49PM 11    COULD DRAW YOUR ATTENTION -- DO YOU HAVE THAT IN FRONT OF YOU?

12:49PM 12    A.   YES.

12:49PM 13    Q.   AND COULD I DRAW YOUR ATTENTION, PLEASE, TO PAGE 2.

12:49PM 14         DO YOU SEE AN EMAIL FROM MS. SIVARAMAN TO YOU,

12:49PM 15    SUNNY BALWANI, ELIZABETH HOLMES, AND OTHERS ON AUGUST 14TH,

12:49PM 16    2013?

12:49PM 17    A.   YES.

12:49PM 18    Q.   AND IS THIS ALSO AT A TIME WHEN YOU WERE OUT ON VACATION

12:49PM 19    AND MS. SIVARAMAN IS STANDING IN YOUR SHOES?

12:49PM 20    A.   YES.

12:49PM 21    Q.   OKAY.

12:50PM 22         YOUR HONOR, THE GOVERNMENT MOVES FOR THE ADMISSION OF

12:50PM 23    EXHIBIT 5100.

12:50PM 24              MR. WADE:  NO OBJECTION, YOUR HONOR.

12:50PM 25              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:50PM   1            (GOVERNMENT'S EXHIBIT 5100 WAS RECEIVED IN EVIDENCE.)

12:50PM   2                 MR. LEACH:   IF WE COULD GO TO PAGE 2, PLEASE,

12:50PM   3    MS. HOLLIMAN, AND ZOOM IN ON THE SUBSTANCE OF THE EMAIL.

12:50PM   4    PERFECT.

12:50PM   5    Q.   DO YOU SEE MS. HOLMES'S NAME IN THE TO LINE,

12:50PM   6    MS. GANGAKHEDKAR?

12:50PM   7    A.   YES.

12:50PM   8    Q.   OKAY.  AND IN THE FIRST PARAGRAPH IT SAYS, "PLEASE SEE

12:50PM   9    BELOW FOR 3.5 DATA SO FAR ON THE CARTRIDGES THAT WERE ASSEMBLED

12:50PM   10   YESTERDAY EVENING WITH THE NEWLY CUT CAPTURE LAYERS AND WICKING

12:50PM   11   PADS."

12:50PM   12        DO YOU SEE THAT LANGUAGE?

12:50PM   13   A.   YES.

12:50PM   14   Q.   AND WHAT DO YOU UNDERSTAND THE PURPOSE OF THIS EMAIL TO

12:51PM   15   BE?

12:51PM   16   A.   SO I BELIEVE, LIKE, SHARADA IS UPDATING THE RECIPIENTS ON

12:51PM   17   THE STATUS OF THE TESTS THAT WERE CONDUCTED ON THE 3.5 DEVICES.

12:51PM   18   Q.   OKAY.  IN THE THIRD FULL PARAGRAPH IT SAYS, "IT LOOKS LIKE

12:51PM   19   THE NEWLY CUT PARTS MAY BE HELPING, BUT WE ARE STILL SEEING THE

12:51PM   20   LOW OUTLIERS THAT ARE GIVING RISE TO 30 TO 60 PERCENT INTRA

12:51PM   21   CV'S AND WE ARE ALSO SEEING HIGHER INTER SERVICE."

12:51PM   22        SO WHAT IS CV?

12:51PM   23   A.   SO IT'S THE COEFFICIENT OF VARIATION.

12:51PM   24   Q.   AND WAS IT GOOD NEWS OR BAD NEWS OR INDIFFERENT NEWS THAT

12:51PM   25   OUTLIERS ARE GIVING RISE TO 30 TO 60 PERCENT INTRA CV'S AND

12:51PM  1    YOU'RE ALSO SEEING HIGHER INTER SERVICE?

12:51PM  2    A.    IT'S BAD NEWS.

12:52PM  3    Q.    FURTHER DOWN COUNSEL AT THE BOTTOM IT SAYS, "MORE

12:52PM  4    CARTRIDGES WILL NEED TO BE BUILT FOR THIS AND I WANTED TO KNOW

12:52PM  5    IF WE CAN HAVE MORE OF THESE PADS CUT AT LEAST FOR 24 MORE."

12:52PM  6         DO I UNDERSTAND THAT TO MEAN THAT THERANOS IS MAKING THE

12:52PM  7    CARTRIDGES AS IT'S DOING THIS VALIDATION WORK?

12:52PM  8    A.    YES.

12:52PM  9    Q.    AND YOU WEREN'T JUST GRABBING THEM OFF THE SHELF AND USING

12:52PM  10   THEM FOR WHAT YOU WERE DOING?

12:52PM  11   A.    AT LEAST FROM THIS PARTICULAR LINE IT SAYS THAT THE WORK

12:52PM  12   WAS KIND OF DEPENDENT UPON WHEN THE CARTRIDGES WOULD BE

12:52PM  13   AVAILABLE.

12:52PM  14   Q.    OKAY.  LET'S GO TO THE NEXT -- LET'S GO TO PAGE 1.  AND IF

12:52PM  15   WE CAN ZOOM IN TO THE TOP PORTION.

12:53PM  16        DO YOU SEE ANOTHER EMAIL FROM MS. SIVARAMAN ON THE NEXT

12:53PM  17   DAY REPORTING ON ADDITIONAL RUNS ON THE 3.5?

12:53PM  18   A.    YES.

12:53PM  19   Q.    OKAY.  AND SHE WROTE, "PLEASE SEE ATTACHED.  WE'RE STILL

12:53PM  20   SEEING SOME HIGHS CV."

12:53PM  21        DO YOU SEE THAT?

12:53PM  22   A.    YES.

12:53PM  23   Q.    AND IS A HIGH CV DESIRABLE FOR ASSAY DEVELOPMENT?

12:53PM  24   A.    ABSOLUTELY NOT.

12:53PM  25   Q.    LET ME MOVE FORWARD IN TIME PLEASE TO EXHIBIT 3967, AND I

12:53PM  1    BELIEVE THIS ONE WE'RE STIPULATING TO.

12:53PM  2                MR. WADE:  I'M SORRY, WHAT WAS THE NUMBER?

12:53PM  3                MR. LEACH:  3967.

12:53PM  4                MR. WADE:  YEAH, WE STIPULATED ON THIS ONE,

12:53PM  5    YOUR HONOR.

12:53PM  6                THE COURT:  ARE YOU OFFERING THIS?

12:54PM  7                MR. LEACH:  YES, YOUR HONOR.

12:54PM  8                THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:54PM  9           (GOVERNMENT'S EXHIBIT 3967 WAS RECEIVED IN EVIDENCE.)

12:54PM  10   BY MR. LEACH:

12:54PM  11   Q.   LET ME DRAW YOUR ATTENTION, MS. GANGAKHEDKAR, TO THE LOWER

12:54PM  12   PORTION OF THE FIRST PAGE THERE'S AN EMAIL FROM DANIEL YOUNG ON

12:54PM  13   AUGUST 19TH TO YOU AND MS. SIVARAMAN, AND THE SUBJECT IS ASSAYS

12:54PM  14   FOR LAUNCH.

12:54PM  15        DO YOU SEE THAT?

12:54PM  16   A.   YES.

12:54PM  17   Q.   AND DID YOU UNDERSTAND LAUNCH TO BE A REFERENCE TO THE

12:54PM  18   WALGREENS LAUNCH?

12:54PM  19   A.   I THINK SO.

12:54PM  20   Q.   AND DANIEL YOUNG IS WRITING, "HI SHARADA, BELOW ARE THE

12:54PM  21   TOP PRIORITY ASSAYS (N EQUALS 63) TO VALIDATE ON EDISON DEVICES

12:54PM  22   FOR LAUNCH."

12:54PM  23        N63, WHAT DOES THAT MEAN?

12:55PM  24   A.   SO THAT MEANS 63 ASSAYS TO VALIDATE ON THE EDISONS.

12:55PM  25   Q.   OKAY.  AND IF WE CAN PLEASE GO TO PAGE 3.

12:55PM  1          AND DOWN TOWARDS THE BOTTOM IT READS, "THESE ARE CURRENTLY

12:55PM  2    PLANNED TO BE BROUGHT UP INITIALLY ON THE ADVIA, NOT ON THE

12:55PM  3    EDISON DEVICES?"

12:55PM  4          DO YOU SEE THAT LANGUAGE?

12:55PM  5    A.   YES.

12:55PM  6    Q.   AND DOES THAT -- WHAT DID YOU UNDERSTAND THAT TO MEAN?

12:55PM  7    A.   SO THESE -- THE VALIDATIONS ARE FOR THESE ASSAYS WOULD BE

12:55PM  8    HAPPENING ON THE COMMERCIAL SYSTEM, THE ADVIA.

12:55PM  9    Q.   OKAY.  AND SO AT THIS POINT IN TIME, AUGUST 19TH OF 2013,

12:55PM  10   THE PLAN IS TO VALIDATE 63 ON THE EDISON AND SOME REMAINDER ON

12:55PM  11   THE MODIFIED SIEMENS MACHINES?

12:55PM  12   A.   YES.

12:55PM  13   Q.   FOR USE IN THE CLIA LAB?

12:55PM  14   A.   YES.

12:55PM  15   Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 1020.

12:56PM  16         YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 1020 INTO

12:56PM  17   EVIDENCE, AND I UNDERSTAND WE AGREE ON THIS.

12:56PM  18             MR. WADE:  WE STIPULATE, YOUR HONOR.

12:56PM  19             THE COURT:  ALL RIGHT.  THANK YOU.  IT'S RECEIVED,

12:56PM  20   AND IT MAY BE PUBLISHED.

12:56PM  21         (GOVERNMENT'S EXHIBIT 1020 WAS RECEIVED IN EVIDENCE.)

12:56PM  22             MR. LEACH:  IF WE CAN PLEASE LOOK AT THE TOP TWO

12:56PM  23   EMAILS IN THE CHAIN ENDING WITH SHARADA'S SIGNATURE.

12:57PM  24   Q.   MS. GANGAKHEDKAR, IN THE SECOND EMAIL TO THE BOTTOM,

12:57PM  25   MS. SIVARAMAN SEEMS TO BE WRITING TO SURAJ SAKSENA AND

12:57PM   1      DANIEL EDLIN.

12:57PM   2          WHO IS SURAJ SAKSENA?

12:57PM   3      A.   SO SURAJ SAKSENA WAS LEADING THE TEAM WHO WAS DEVELOPING

12:57PM   4      SOME IN-HOUSE REAGENTS FOR THERANOS.

12:57PM   5      Q.   AND MS.  SIVARAMAN WRITES, "IN OUR MEETINGS RE:  THE ELISA

12:57PM   6      LAUNCH AND PREPARATION FOR THE LDT VALIDATION, EAH HAS

12:57PM   7      MENTIONED THIS WILL BE THE ONLY PRIORITY OF THE ENTIRE ELISA

12:57PM   8      TEAM MOVING FORWARD.

12:57PM   9          "WE HAVE 61 ASSAYS TO VALIDATE ON THE 3.X AND 27 ON THE

12:57PM   10     SIEMENS ADVIA."

12:57PM   11         FIRST OF ALL, EAH, IS THAT AN ACRONYM FOR MS. HOLMES?

12:57PM   12     A.   YES.

12:57PM   13     Q.   AND 3.X, IS THAT A REFERENCE TO THE 3.0'S AND THE 3.5'S?

12:58PM   14     A.   YES.

12:58PM   15     Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO EXHIBIT 1019.

12:58PM   16         DO YOU HAVE THAT IN FRONT OF YOU?

12:58PM   17     A.   YES.

12:58PM   18     Q.   OKAY.  IS THIS AN EMAIL FROM YOU TO THE -- AN EMAIL

12:58PM   19     ADDRESS FOR THE ELISA GROUP?

12:58PM   20     A.   YES.

12:58PM   21     Q.   AND DO YOU SEE THAT IN THE TO LINE E-L-I-S-A?

12:58PM   22     A.   YES.

12:58PM   23     Q.   AND WHAT IS THAT?

12:58PM   24     A.   ESSENTIALLY THAT WAS AN EMAIL GROUP FOR THE ENTIRE TIME,

12:58PM   25     THE ELISA TEAM.

12:58PM  1    Q.   AND DID YOU SEND THIS TO YOUR ELISA TEAM IN ORDER TO

12:58PM  2    UPDATE THEM ON THE CURRENT VALIDATION PLANS FOR THE WALGREENS

12:58PM  3    LAUNCH?

12:59PM  4    A.   YES.

12:59PM  5    Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF BUSINESS?

12:59PM  6    A.   YES.

12:59PM  7    Q.   AND IS IT BASED ON INFORMATION AT OR NEAR THE TIME THAT

12:59PM  8    THESE PLANS WERE PUT IN PLACE?

12:59PM  9    A.   YES.

12:59PM  10   Q.   AND WAS IT YOUR REGULAR PRACTICE TO DISTRIBUTE DIRECTIVES

12:59PM  11   LIKE THIS TO YOUR TEAM PASSING ON PLANS FOR MS. HOLMES?

12:59PM  12   A.   IT WAS.

12:59PM  13   Q.   OKAY.

12:59PM  14        YOUR HONOR, THE GOVERNMENT MOVES FOR THE ADMISSION OF

12:59PM  15   EXHIBIT 1019.

12:59PM  16        MR. WADE:  NO OBJECTION, YOUR HONOR.

12:59PM  17        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:59PM  18   (GOVERNMENT'S EXHIBIT 1019 WAS RECEIVED IN EVIDENCE.)

12:59PM  19        MR. LEACH:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE

12:59PM  20   SECOND EMAIL FROM THE TOP, THE ONE FROM MS. GANGAKHEDKAR.

12:59PM  21        I'M SORRY, THE SECOND ONE.  THE ONE BELOW THAT.

01:00PM  22        WONDERFUL.  THANK YOU.

01:00PM  23   Q.   THE SUBJECT IS VALIDATION PLANS.

01:00PM  24        DO YOU SEE THAT?

01:00PM  25   A.   YES.

01:00PM   1    Q.   AND WHAT WERE YOU REFERRING TO?

01:00PM   2    A.   I WAS REFERRING TO THE PLANNING FOR THE LDT, THE UPCOMING

01:00PM   3    LDT VALIDATION PLANS.

01:00PM   4    Q.   AND YOU WROTE, "IN PREPARING FOR THE UPCOMING VALIDATION,

01:00PM   5    PLEASE SEE THE ATTACHED LIST OF ASSAYS THAT WE WILL BE STARTING

01:00PM   6    WITH AND THE ASSIGNMENTS.  VALIDATION WILL START IN PHASES AND

01:00PM   7    WILL DEPEND UPON RESOURCES, MOST IMPORTANTLY READERS,

01:00PM   8    CARTRIDGES, CLINICAL SAMPLES, ET CETERA."

01:00PM   9         AT THIS POINT IN TIME, AUGUST 21ST, HAD ANY ASSAYS BEEN

01:00PM  10    VALIDATED FOR USE ON THE 3.0 OR THE 3.5 IN THE CLIA LAB?

01:00PM  11    A.   I DON'T THINK SO.

01:00PM  12    Q.   IN THE NEXT PARAGRAPH YOU WROTE, QUOTE, "THE 'ASSAY

01:00PM  13    OWNERS' WILL BE RESPONSIBLE FOR CLINICAL SOURCING AND

01:01PM  14    ORDERING."

01:01PM  15         WHAT WERE YOU GETTING AT WITH ASSAY OWNERS?

01:01PM  16    A.   SO BECAUSE WE HAD LIKE A LARGE LIST OF ASSAYS, SO EACH

01:01PM  17    ASSAYS HAD A PROJECT OWNER ESSENTIALLY WHO WOULD BE RESPONSIBLE

01:01PM  18    FOR MAKING SURE THAT THE VALIDATION PLANNING AND ALL OF THE

01:01PM  19    REQUIRED REAGENTS AND MATERIALS ARE READY AND AVAILABLE FOR THE

01:01PM  20    TESTS.

01:01PM  21    Q.   AT THIS POINT IN TIME, AUGUST 21ST, 2013, WITH YOU WRITING

01:01PM  22    THE WHOLE ELISA GROUP, ARE YOU CONFIDENT THAT YOU WERE BACK

01:01PM  23    FROM VACATION AT THIS POINT?

01:01PM  24    A.   YES.

01:01PM  25    Q.   AND WHEN YOU CAME BACK FROM VACATION, DID YOU HAVE

01:01PM 1    MEETINGS OR CONVERSATIONS WITH MS. HOLMES ABOUT THERANOS'S

01:01PM 2    READINESS TO GO LIVE ON THE 3.0 AND 3.5?

01:01PM 3    A.   SO THERE WOULD BE LIKE SEVERAL MEETINGS IN A WEEK, AND WE

01:01PM 4    HAD DISCUSSED THE ISSUES WITH THE 3.0'S, AND THAT IS WHERE THE

01:02PM 5    NEED TO UPGRADE TO 3.5 HAD BEEN BROUGHT UP, AND THAT IS WHERE

01:02PM 6    THEY WERE LOOKING TO, LIKE, PROVIDE ADDITIONAL DEVICES, THE

01:02PM 7    3.5'S THAT HAD NOT BEEN UPGRADED ENOUGH SO THEY WOULDN'T RUN

01:02PM 8    INTO ANY PROBLEMS.

01:02PM 9    Q.   AND DID YOU ALSO HAVE DISCUSSIONS WITH MS. HOLMES ABOUT

01:02PM 10   SOME OF THE RELIABILITY ISSUES AROUND THE 3.0?

01:02PM 11   A.   SO AT THAT POINT I HAD ASKED -- BECAUSE SHARADA WAS IN THE

01:02PM 12   CONVERSATIONS WHEN I WAS ON VACATION PLANNING FOR THE LDT

01:02PM 13   LAUNCH, AND SO I HAD ASKED SHARADA IF MS. HOLMES AND

01:02PM 14   DANIEL YOUNG WERE AWARE OF ALL OF THE PROBLEMS WITH THE 3.0'S,

01:02PM 15   AND THEY STILL WANTED TO GO AHEAD WITH THIS LAUNCH.

01:02PM 16        SO AT THAT TIME I HAD ASKED SHARADA SIVARAMAN TO RESEND AN

01:03PM 17   EMAIL LISTING SOME OF THE FAILURES THAT WE HAD SEEN IN THE PAST

01:03PM 18   AND LOOKING AT LIKE SOME OF THE RESULTS THAT WERE COMING IN

01:03PM 19   FROM THE 3.5'S, IT SEEMED LIKE SIMILAR ERRORS WITH THE SYSTEMS

01:03PM 20   AND HIGH CV'S WERE STILL OCCURRING.

01:03PM 21   Q.   LET ME HAVE YOU LOOK AT EXHIBIT 5106 WHICH I MOVE INTO

01:03PM 22   EVIDENCE.

01:03PM 23            MR. WADE:  NO OBJECTION, YOUR HONOR.

01:03PM 24            THE COURT:  IT'S RECEIVED AND ADMITTED, AND IT MAY

01:03PM 25   BE PUBLISHED.

GANGAKHEDKAR DIRECT BY MR. LEACH                          1203

01:03PM   1          (GOVERNMENT'S EXHIBIT 5106 WAS RECEIVED IN EVIDENCE.)

01:04PM   2     BY MR. LEACH:

01:04PM   3     Q.   SO THIS APPEARS TO BE AN EMAIL FROM MS. SIVARAMAN ON

01:04PM   4     AUGUST 23RD, 2013, TO MS. HOLMES, DANIEL YOUNG, AND A COPY TO

01:04PM   5     YOURSELF.

01:04PM   6          DO YOU SEE THAT?

01:04PM   7     A.   YES.

01:04PM   8     Q.   AND DO YOU SEE THE SUBJECT LINE 3.0 CARTRIDGE FAILURE

01:04PM   9     REPORT FOR ACE-011?

01:04PM  10     A.   YES.

01:04PM  11     Q.   OKAY.  IS THIS THE EMAIL THAT YOU WERE REFERRING TO THAT

01:04PM  12     YOU WANTED MS. SIVARAMAN TO CIRCULATE TO MS. HOLMES?

01:04PM  13     A.   YES.

01:04PM  14     Q.   AND WHY WERE YOU -- WHY DID YOU WANT THIS TO BE SENT TO

01:04PM  15     MS. HOLMES?

01:04PM  16     A.   JUST SO THAT I THINK SHE IS AWARE AGAIN THAT WE HAVE HAD

01:04PM  17     ISSUES WITH THE 3.0 DEVICES FOR SEVERAL YEARS AND LOOKING AT

01:04PM  18     SOME OF THE DATA THAT WAS BEING GENERATED IN AUGUST OF 2013 FOR

01:04PM  19     THE 3.5'S, WE ARE LOOKING -- WE ARE SEEING LIKE SIMILAR

01:04PM  20     PROBLEMS, SO TO MAKE HER AWARE THAT WE ARE NOT YET OUT OF THOSE

01:05PM  21     ISSUES AND THOSE ARE CONTINUING TO OCCUR.

01:05PM  22     Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

01:05PM  23     AS EXHIBIT 3958.

01:05PM  24          I BELIEVE THERE'S A STIPULATION FOR 3958.  I MOVE IT INTO

01:05PM  25     EVIDENCE.

01:05PM    1                    MR. WADE:  NO OBJECTION.

01:05PM    2                    THE COURT:  WITHOUT OBJECTION, IT'S ADMITTED, AND IT

01:05PM    3    MAY BE PUBLISHED.

01:05PM    4              (GOVERNMENT'S EXHIBIT 3958 WAS RECEIVED IN EVIDENCE.)

01:06PM    5                    MR. LEACH:  AND IF WE CAN PLEASE HIGHLIGHT ON THE

01:06PM    6    TOP PORTION OF THE FIRST EMAIL ESSENTIALLY.

01:06PM    7              THANK YOU, MS. HOLLIMAN.

01:06PM    8    Q.   THE SUBJECT OF THIS EMAIL, MS. GANGAKHEDKAR IS MISSING

01:06PM    9    DATA FROM 3.5 RUNS.

01:06PM   10              WHAT WERE YOU GETTING AT THERE?

01:06PM   11    A.   SO LOOKING AT THE EMAIL CHAIN, ESSENTIALLY GOING ON

01:06PM   12    BETWEEN I THINK THE ASSAY DEVELOPER, WHO WAS RESPONSIBLE FOR

01:06PM   13    THE RUNS, AND INDIVIDUALS FROM THE SOFTWARE TEAM, WE COULD NOT

01:06PM   14    RETRIEVE THE DATA FOR THE RUNS THAT HAD COMPLETED.

01:06PM   15              SO THAT IS WHY IT'S -- THE SUBJECT IS TITLED THAT THE DATA

01:07PM   16    IS MISSING FROM THE SERVER FOR THE RUNS THAT HAD BEEN

01:07PM   17    CONDUCTED.

01:07PM   18    Q.   WHY WAS THAT AN ISSUE, IF IT WAS AN ISSUE?

01:07PM   19    A.   WELL, IF YOU COULDN'T SEE THE DATA, WE WOULDN'T KNOW HOW

01:07PM   20    THE TEST WAS COMPLETED, WHETHER WE HAD A SUCCESSFUL RUN OR NOT.

01:07PM   21    Q.   OKAY.  AND DO YOU SEE MS. HOLMES'S NAME IN THE TO LINE?

01:07PM   22    A.   YES.

01:07PM   23    Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO EXHIBIT 972, AND IF I

01:07PM   24    COULD HAVE YOU PLEASE LOOK AT PAGE 4 OF EXHIBIT 972.

01:07PM   25    A.   YES.

01:07PM 1    Q.   ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:08PM 2    A.   YES.

01:08PM 3    Q.   AND DO YOU SEE YOUR NAME AT THE TOP ABOVE THE BOLD LINE?

01:08PM 4    A.   YES.

01:08PM 5    Q.   OKAY.  AND IS THIS A TRUE AND CORRECT COPY OF AN EMAIL, OR

01:08PM 6    THE FIRST PAGE OF AN EMAIL FROM DANIEL YOUNG TO YOU AND

01:08PM 7    MS. HOLMES?

01:08PM 8    A.   YES.

01:08PM 9    Q.   AND IS THIS A DOCUMENT THAT YOU PRINTED OUT AT SOME POINT

01:08PM 10   IN TIME?

01:08PM 11   A.   YES.

01:08PM 12           MR. LEACH:  YOUR HONOR, THE GOVERNMENT MOVES FOR THE

01:08PM 13   ADMISSION OF PAGE 4 OF EXHIBIT 972.

01:08PM 14           MR. WADE:  WE HAVE NO OBJECTION TO THE ADMISSION OF

01:08PM 15   THAT.

01:08PM 16           THE COURT:  JUST PAGE 4?

01:08PM 17           MR. LEACH:  JUST PAGE 4 FOR NOW, YOUR HONOR.

01:08PM 18           THE COURT:  THANK YOU.  PAGE 4 OF EXHIBIT 972 IS

01:08PM 19   ADMITTED, AND IT MAY BE PUBLISHED.

01:08PM 20       (GOVERNMENT'S EXHIBIT 972, PAGE 4 WAS RECEIVED IN

01:08PM 21   EVIDENCE.)

01:09PM 22           MR. LEACH:  THANK YOU, MS. HOLLIMAN.  IF WE CAN ZOOM

01:09PM 23   IN ON THE FIRST TWO EMAILS FROM THE TOP.

01:09PM 24   Q.   MS. GANGAKHEDKAR, DO YOU SEE THE EMAIL AT THE BOTTOM AT

01:09PM 25   1:39 P.M.  IS THIS ANOTHER COPY OF THE EMAIL WE WERE JUST

GANGAKHEDKAR DIRECT BY MR. LEACH                                1206

01:09PM   1     LOOKING AT IN THE PRIOR EXHIBIT?

01:09PM   2     A.   YES, IT IS.

01:09PM   3     Q.   AND IS THE TOP PORTION A FURTHER EMAIL IN THE THREAD FROM

01:09PM   4     DANIEL YOUNG?

01:09PM   5     A.   YES.

01:09PM   6     Q.   AND HE WROTE, "I RECOMMEND REPEATING THE FAILED RUNS.  WE

01:10PM   7     WILL NOTE IN THE STUDY REPORT THAT X NUMBER OF FAILED RUNS (DUE

01:10PM   8     TO THE WRONG CARTRIDGES BEING USED) WERE RERUN."

01:10PM   9          DO YOU SEE THAT LANGUAGE?

01:10PM  10     A.   YES.

01:10PM  11     Q.   AND DO YOU -- WAS IT YOUR UNDERSTANDING THAT THE WRONG

01:10PM  12     CARTRIDGES HAD BEEN USED FOR THIS TEST FOR THE 3.5?

01:10PM  13     A.   NO, THE WRONG CARTRIDGES WERE NOT USED.

01:10PM  14     Q.   AND WERE YOU FRUSTRATED THAT DR. YOUNG WAS ATTRIBUTING

01:10PM  15     THIS TO USE OF THE WRONG CARTRIDGES?

01:10PM  16     A.   YES.

01:10PM  17     Q.   AND WHY WAS THAT?

01:10PM  18     A.   BECAUSE IT WAS MISREPRESENTING THE TRUTH.

01:10PM  19     Q.   YOUR NAME IS UP IN THE TOP LEFT CORNER OF THIS DOCUMENT.

01:10PM  20          DO YOU KNOW WHY THAT IS?

01:10PM  21     A.   YES, BECAUSE I TOOK THAT PRINTOUT.

01:10PM  22     Q.   WHEN DID YOU TAKE THAT PRINTOUT?

01:11PM  23     A.   I THINK ABOUT THE TIME THAT I RESIGNED.

01:11PM  24     Q.   OKAY.  LET ME DRAW YOUR ATTENTION, PLEASE, TO AN EMAIL

01:11PM  25     FROM THE NEXT DAY, EXHIBIT 3959.

01:11PM 1        I UNDERSTAND THAT THE PARTIES STIPULATE TO THE ADMISSION

01:11PM 2   OF 3959, AND ON THAT BASIS WE WOULD OFFER IT INTO EVIDENCE.

01:11PM 3            MR. WADE:  WE DO, YOUR HONOR.

01:11PM 4            THE COURT:  ALL RIGHT.  THANK YOU.  IT'S ADMITTED,

01:11PM 5   AND IT MAY BE PUBLISHED.

01:11PM 6        (GOVERNMENT'S EXHIBIT 3959 WAS RECEIVED IN EVIDENCE.)

01:11PM 7            MR. LEACH:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON

01:11PM 8   THE -- WONDERFUL.

01:11PM 9   Q.  MS. GANGAKHEDKAR, I DRAW YOUR ATTENTION TO THE EMAIL ON

01:11PM 10  THE BOTTOM FROM ELIZABETH HOLMES ON SATURDAY, AUGUST 31ST.

01:11PM 11       IT SAYS, "LET ME KNOW TOTAL NUMBER OF IMMUNOCHEMISTRY

01:12PM 12  MICRO-SAMPLE ASSAYS THAT HAVE COMPLETED VALIDATION AS OF

01:12PM 13  TOMORROW (ADVIA AND THERANOS PLATFORMS)."

01:12PM 14       WHAT DID YOU UNDERSTAND THAT TO MEAN?

01:12PM 15  A.  SO MS. HOLMES WANTED AN UPDATE OF HOW MANY ASSAYS HAD

01:12PM 16  COMPLETED THE VALIDATION.

01:12PM 17  Q.  AND DID THAT APPLY TO ASSAYS THAT WERE BEING VALI -- WELL,

01:12PM 18  WHAT DID THERANOS PLATFORMS MEAN IN YOUR MIND?

01:12PM 19  A.  SO IT'S THE EDISON 3.0'S AND 3.5'S.

01:12PM 20  Q.  AND THE ADVIA IS -- IS THAT A REFERENCE TO THE MODIFIED

01:12PM 21  SIEMENS MACHINES?

01:12PM 22  A.  YES.

01:12PM 23  Q.  AND YOU WROTE BACK, "11 ASSAYS ON THE ADVIA HAVE COMPLETED

01:12PM 24  PRECISION."

01:12PM 25       DOES THAT MEAN THEY'RE DONE?

GANGAKHEDKAR DIRECT BY MR. LEACH                                    1208

01:12PM  1    A.   NO.   THAT'S JUST ONE -- THERE ARE SEVERAL TESTS FOR A

01:12PM  2    VALIDATION.   I'M UPDATING THAT THUS FAR THEY HAVE COMPLETED ONE

01:12PM  3    PARTICULAR KIND OF TESTING CALLED PRECISION TESTING.

01:13PM  4    Q.   AND THEN FURTHER ON IT READS, "FOR THE THERANOS SYSTEM WE

01:13PM  5    PLAN TO COMPLETE THE EXPERIMENTS FOR PSA THIS WEEKEND.   DETAILS

01:13PM  6    FOR PSA ARE ATTACHED."

01:13PM  7         IS THAT AN ACCURATE SUMMARY OF WHERE YOU WERE ON

01:13PM  8    AUGUST 31ST, 2013, IN TERMS OF VALIDATING ASSAYS FOR USE ON THE

01:13PM  9    3.0 AND THE 3.5 IN CLIA?

01:13PM  10   A.   THAT WAS THE PLAN.

01:13PM  11   Q.   OKAY.   THAT WAS THE PLAN?

01:13PM  12   A.   YES.

01:13PM  13   Q.   AND SO AT THIS POINT HAD YOU VALIDATED ANY?

01:13PM  14   A.   NO.

01:13PM  15   Q.   NEXT I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 3964.

01:13PM  16        DO YOU HAVE THAT IN FRONT OF YOU?

01:13PM  17   A.   YES.

01:13PM  18   Q.   AND DO YOU SEE YOUR NAME AT THE TOP?

01:13PM  19   A.   YES.

01:13PM  20   Q.   AND IS THIS AN EMAIL TO THE ELISA GROUP WITH THE EMAIL

01:14PM  21   ADDRESS FOR ELISA LIKE WE SAW PREVIOUSLY?

01:14PM  22   A.   YES.

01:14PM  23   Q.   AND ARE YOU FORWARDING INFORMATION FROM SUNNY BALWANI

01:14PM  24   ABOUT SHIFTS IN SCHEDULES AND UPGRADED DEVICES?

01:14PM  25   A.   YES.

01:14PM  1    Q.   DID YOU SEND THIS IN THE ORDINARY COURSE OF THERANOS'S

01:14PM  2    BUSINESS?

01:14PM  3    A.   YES.

01:14PM  4    Q.   OKAY.  AND DID YOU PREPARE IT AT OR FROM INFORMATION KNOWN

01:14PM  5    BY YOU AT THE TIME?

01:14PM  6    A.   YES.

01:14PM  7    Q.   AND WAS IT THE REGULAR -- YOUR REGULAR PRACTICE TO UPDATE

01:14PM  8    MEMBERS OF YOUR GROUP USING THE ELISA LIST OR ADDRESS?

01:14PM  9    A.   YES.

01:14PM  10            MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 3964 INTO

01:14PM  11   EVIDENCE.

01:14PM  12            MR. WADE:  YOUR HONOR, WE OBJECT TO THIS EXHIBIT

01:14PM  13   UNDER 802 AND 805.

01:15PM  14        (PAUSE IN PROCEEDINGS.)

01:15PM  15            THE COURT:  IS THERE THE ENTIRETY OF THIS EXHIBIT,

01:15PM  16   THERE ARE TWO PAGES OR 4, 5 --

01:15PM  17            MR. LEACH:  YES.  THERE ARE SIX PAGES.  THE LAST

01:15PM  18   THREE ARE DATA.  ONE IS A COMMUNICATION FROM MICHAEL CRAIG, A

01:15PM  19   RESPONSE BY SUNNY BALWANI, AND THEN MS. GANGAKHEDKAR GIVING

01:15PM  20   DIRECTION TO HER TEAM.

01:15PM  21            THE COURT:  AND YOU'RE ASKING THAT THE ENTIRETY OF

01:15PM  22   THIS BE ADMITTED?

01:15PM  23            MR. LEACH:  YES.

01:15PM  24            THE COURT:  ALL RIGHT.  THE OBJECTION IS OVERRULED.

01:15PM  25   THIS WILL BE ADMITTED.  THANK YOU.  SIX PAGES.  IT CAN BE

01:16PM  1      PUBLISHED.

01:16PM  2           (GOVERNMENT'S EXHIBIT 3964 WAS RECEIVED IN EVIDENCE.)

01:16PM  3                MR. LEACH:  THANK YOU, YOUR HONOR.

01:16PM  4      MS. HOLLIMAN, I'D LIKE TO START ON PAGE 2.  IF WE CAN

01:16PM  5   MIGHT THE FIRST HALF OF THE DOCUMENTED UNTIL THE DATA TABLE.

01:16PM  6   THAT'S FINE.  THANK YOU, MS. HOLLIMAN.

01:16PM  7   Q.   THIS APPEARS TO BE AN EMAIL FROM MICHAEL CRAIG ON MONDAY,

01:16PM  8   SEPTEMBER SECOND, 2013.

01:16PM  9      WHO IS MICHAEL CRAIG?

01:16PM 10   A.   I BELIEVE HE WAS A MEMBER OF THE SOFTWARE DEVELOPMENT

01:16PM 11   TEAM.

01:16PM 12   Q.   AND HE'S WRITING WITH THE SUBJECT UPGRADED DEVICES, "I WAS

01:16PM 13   ABLE TO MANUALLY UPGRADE THE FOLLOWING DEVICES WITH THE LATEST

01:16PM 14   VERSION OF THE NORMANDY SHELL.  THEY NOW HAVE VISUAL TEMPT

01:16PM 15   INDICATORS IN THE MENU BAR:  3 POSITIONS," AND IT CONTINUES.

01:17PM 16      DO YOU HAVE A SENSE OF WHAT HE WAS GETTING AT THERE,

01:17PM 17   MS. GANGAKHEDKAR?

01:17PM 18   A.   I DON'T RECOLLECT ALL OF THE DETAILS AT THIS POINT.

01:17PM 19   Q.   OKAY.  DOES THIS RELATE IN SOME WAY TO THE INTERFACE OF

01:17PM 20   THE DEVICES?

01:17PM 21   A.   I THINK SO.

01:17PM 22   Q.   OKAY.  LET'S LOOK AT PAGE 1.  AND I DRAW YOUR ATTENTION TO

01:17PM 23   THE EMAIL AT THE BOTTOM OF THE PAGE FROM MR. BALWANI.

01:17PM 24      MS. GANGAKHEDKAR, DO YOU SEE SUNNY BALWANI'S NAME IN THE

01:17PM 25   FROM LINE ON THE DOCUMENT?

01:17PM   1      A.   YES.

01:17PM   2      Q.   AND DO YOU SEE MS. HOLMES'S NAME IN THE CC LINE?

01:17PM   3      A.   YES.

01:17PM   4      Q.   AND IS IT COMING UP ON YOUR SCREEN?

01:18PM   5           DO YOU HAVE THE DOCUMENT ON YOUR SCREEN?

01:18PM   6      A.   I DON'T HAVE IT ON THE SCREEN.  I HAVE IT -- I'M LOOKING

01:18PM   7      AT THE BINDER.

01:18PM   8      Q.   THERE WE GO.

01:18PM   9      A.   THERE IT IS.

01:18PM  10      Q.   MR. BALWANI IS WRITING, "PLEASE NOTE THAT THE SOFTWARE

01:18PM  11      TEAM WAS HERE AT 3:07 A.M. -- AND IS ALREADY HERE NOW AT 10:00

01:18PM  12      A.M. -- WORKING ON THIS AND OTHER MATTERS AND WILL CONTINUE TO

01:18PM  13      DO SO FOR AS LONG AS IT TAKES.  THE EDISON DEVICES IN THE

01:18PM  14      EVENING WERE ALL SITTING IDLE AND I ALSO DIDN'T SEE ANYONE FROM

01:18PM  15      CARTRIDGE MANUFACTURING IN THE EVENING."

01:18PM  16           FURTHER ON IT SAYS, "PLEASE ASK THE ELISA TEAM TO

01:18PM  17      ORGANIZE, PLAN AND PUT IN THE HOURS THIS MONTH TO BRING UP ALL

01:18PM  18      ASSAYS AND WORK AROUND ANY CHALLENGES THAT COME OUR WAY."

01:18PM  19           DO YOU SEE THAT LANGUAGE?

01:18PM  20      A.   YES.

01:18PM  21      Q.   AND DID YOU AGREE WITH WHAT MR. BALWANI WAS SAYING HERE?

01:18PM  22      A.   NO.

01:18PM  23      Q.   WHY NOT?

01:18PM  24      A.   WELL, BECAUSE I KNEW THAT THE ELISA TEAM WAS REALLY

01:19PM  25      WORKING HARD WITH NOT JUST, NOT JUST FOR THIS PROJECT BUT EVEN

01:19PM 1    IN THE PAST AND JUST BECAUSE THE DEVICES SEEMED IDLE AT THAT

01:19PM 2    POINT DID NOT REFLECT THAT THE TEAM WAS NOT WORKING HARD AS

01:19PM 3    THEY WERE DIRECTED TO DO.

01:19PM 4    Q.   IS THIS AN EXAMPLE OF THE TYPE OF PRESSURE THAT YOU WERE

01:19PM 5    UNDER?

01:19PM 6    A.   YES.

01:19PM 7    Q.   OKAY.  WAS THIS A MATTER OF FRUSTRATION TO YOU?

01:19PM 8    A.   IT WAS.

01:19PM 9    Q.   WAS IT A MATTER OF FRUSTRATION TO YOUR TEAM?

01:19PM 10   A.   YES.

01:19PM 11   Q.   WERE YOU CONVINCED THEY WERE DOING EVERYTHING POSSIBLE TO

01:19PM 12   VALIDATE THESE ASSAYS APPROPRIATELY AS QUICKLY AS POSSIBLE?

01:19PM 13   A.   YES.

01:19PM 14   Q.   AND WERE YOU CONVINCED THAT IT JUST WASN'T GETTING THERE?

01:19PM 15   A.   IT -- YES, IT WASN'T GETTING THERE JUST BECAUSE IT, IT WAS

01:19PM 16   A HUGE ENDEAVOR AND IT COULD NOT -- THE WORK THAT WE WERE DOING

01:20PM 17   COULD NOT BE COMPARED DIRECTLY TO WHAT THE SOFTWARE TEAM WAS

01:20PM 18   DOING.

01:20PM 19   Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 3968.

01:20PM 20        ARE YOU FAMILIAR WITH THIS DOCUMENT?

01:20PM 21   A.   YES.

01:20PM 22   Q.   IS THIS AN EMAIL FROM YOU TO FOLKS RESPONSIBLE FOR

01:20PM 23   MANUFACTURING THE EDISON DEVICES?

01:20PM 24   A.   YES.

01:20PM 25   Q.   AND DID YOU SEND THIS IN THE ORDINARY COURSE OF BUSINESS?

01:20PM  1     A.   YES.

01:20PM  2     Q.   IS THIS EMAIL MADE AT OR NEAR THE TIME OF THE EVENTS IN

01:20PM  3     QUESTION?

01:20PM  4     A.   YES.

01:20PM  5     Q.   WAS THIS KEPT IN THE ORDINARY COURSE OF BUSINESS?

01:20PM  6     A.   YES.

01:20PM  7     Q.   AND DID YOU FEEL LIKE YOU WERE UNDER A BUSINESS DUTY TO

01:21PM  8     SPEAK TRUTHFULLY HERE IN REQUESTING INFORMATION OF THE EDISON

01:21PM  9     GROUP?

01:21PM 10     A.   YES.

01:21PM 11          MR. LEACH:   YOUR HONOR, THE GOVERNMENT MOVES FOR THE

01:21PM 12     ADMISSION OF EXHIBIT 3968?

01:21PM 13          MR. WADE:   NO OBJECTION.

01:21PM 14          THE COURT:   IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:21PM 15     (GOVERNMENT'S EXHIBIT 3968 WAS RECEIVED IN EVIDENCE.)

01:21PM 16          MR. LEACH:   IF WE CAN ZOOM IN ON THE SUBJECT LINE

01:21PM 17     AND THE REST OF THE EMAIL DOWN TO LINE 15.

01:21PM 18          THERE WE GO.

01:21PM 19     Q.   THE SUBJECT OF THIS IS EDISON 3.0'S.

01:21PM 20          DO YOU SEE THAT MS. GANGAKHEDKAR?

01:21PM 21     A.   YES.

01:21PM 22     Q.   AND YOU WRITE, "HERE IS THE LITIGATION:   THESE HAVE ERROR

01:22PM 23     OR FAILURE NOTES ON THEM."

01:22PM 24          AND THERE'S A LIST OF 15 DIFFERENT NUMBERS.   WHAT WERE YOU

01:22PM 25     CONVEYING HERE?

01:22PM 1    A.   SO THIS IS -- ESSENTIALLY THESE ARE LIKE THE I.D.'S FOR

01:22PM 2    THE EDISONS IN THE DEVELOPMENT LAB, AND WE ARE PROVIDING THOSE

01:22PM 3    TO THE OTHER RECIPIENTS IN THE EMAIL BECAUSE THEY WANTED TO

01:22PM 4    KNOW WHICH EDISON 3.0'S THEY COULD UPGRADE TO 3.5'S.

01:22PM 5    Q.   OKAY.  AND AT THIS POINT AT LEAST 15 OF THEM ARE HAVING

01:22PM 6    ERROR OR FAILURE NOTES?

01:22PM 7    A.   YES.

01:22PM 8    Q.   AND WAS THAT A MATTER OF FRUSTRATION TO YOU?

01:22PM 9    A.   YES.

01:22PM 10   Q.   AND HOW SO?

01:22PM 11   A.   WELL, BECAUSE THAT MEANS THAT WE COULDN'T USE THOSE

01:22PM 12   READERS REGULARLY FOR OUR WORK AND THEY WERE UNRELIABLE.

01:22PM 13   Q.   LET ME NEXT DRAW YOUR ATTENTION TO EXHIBIT 1109, WHICH I

01:23PM 14   BELIEVE THE PARTIES STIPULATE TO THE ADMISSION OF EXHIBIT 1109

01:23PM 15   AND I WOULD OFFER IT.

01:23PM 16           MR. WADE:  WE DO, YOUR HONOR.

01:23PM 17           THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

01:23PM 18   PUBLISHED.

01:23PM 19       (GOVERNMENT'S EXHIBIT 1109 WAS RECEIVED IN EVIDENCE.)

01:23PM 20           MR. LEACH:  LET'S PLEASE LOOK AT PAGE 6 OF 1109.  IF

01:23PM 21   WE CAN ZOOM IN ON THE SUBSTANCE.

01:24PM 22       IF THERE'S ANY WAY WE CAN GET THE DATE, TOO, MS. HOLLIMAN.

01:24PM 23       THANK YOU.  WONDERFUL.

01:24PM 24   Q.   DO YOU RECOGNIZE THIS, MS. GANGAKHEDKAR?

01:24PM 25   A.   YES.

01:24PM  1    Q.   AND WHAT IS THIS?

01:24PM  2    A.   THIS IS MY RESIGNATION LETTER.

01:24PM  3    Q.   OKAY.  DID YOU HAND THIS TO MS. HOLMES?

01:24PM  4    A.   YES.

01:24PM  5    Q.   AND DID YOU RESIGN ON OR ABOUT SEPTEMBER 5TH, 2013?

01:24PM  6    A.   YES.

01:24PM  7    Q.   AND WHY DID YOU RESIGN?

01:24PM  8    A.   BECAUSE I WAS VERY STRESSED AND UNHAPPY AND CONCERNED WITH

01:24PM  9    THE WAY THE LAUNCH PLANS OR THE LAUNCH WAS GOING.

01:24PM  10        I WAS NOT COMFORTABLE WITH THE PLANS THAT THEY HAD IN

01:24PM  11   PLACE SO I MADE A DECISION TO RESIGN AND NOT CONTINUE WORKING

01:24PM  12   THERE.

01:24PM  13   Q.   OKAY.  DID YOU SPEAK TO MS. HOLMES ABOUT YOUR RESIGNATION?

01:25PM  14   A.   YES.

01:25PM  15   Q.   WHERE DID YOU SPEAK WITH HER?

01:25PM  16   A.   IN HER OFFICE.

01:25PM  17   Q.   HOW LONG DID YOUR MEETING LAST?

01:25PM  18   A.   I HAD I THINK SEVERAL MEETINGS THROUGHOUT -- I MEAN, THAT

01:25PM  19   MORNING WITH HER.  SO EACH MEETING HAD LASTED SEVERAL MINUTES.

01:25PM  20   Q.   WAS ANYONE ELSE THERE WHILE YOU WERE MEETING WITH HER?

01:25PM  21   A.   NO.

01:25PM  22   Q.   AND IN ONE OF THOSE MEETINGS DID YOU HAND HER YOUR

01:25PM  23   RESIGNATION LETTER?

01:25PM  24   A.   YES.

01:25PM  25   Q.   AND DID YOU SPEAK WITH HER ABOUT SOME OF THE ISSUES THAT

01:25PM  1     PROMPTED YOUR RESIGNATION?

01:25PM  2     A.   I DID.

01:25PM  3     Q.   TAKE A MOMENT AND DESCRIBE FOR US AS BEST YOU CAN THE

01:25PM  4     SUBSTANCE OF WHAT WAS SAID.

01:25PM  5     A.   YES.  SO I DID RAISE THE CONCERNS OF HOW SHE PLANS TO

01:25PM  6     LAUNCH WITH THE EDISON 3.0'S GIVEN THAT WE HAVE SEEN IN THE

01:26PM  7     LAST FEW DAYS THAT THEY CONTINUE TO HAVE ISSUES.

01:26PM  8          AND AT THAT TIME SHE MENTIONED SOMETHING ALONG THE LINES

01:26PM  9     THAT WHEN SHE HAS A PROMISE TO DELIVER TO THE CUSTOMER, SHE

01:26PM  10    DOESN'T HAVE MUCH OF A CHOICE BUT TO GO AHEAD WITH THE LAUNCH.

01:26PM  11    Q.   MS. HOLMES SAID SHE DIDN'T HAVE MUCH OF A CHOICE?

01:26PM  12    A.   YEAH.

01:26PM  13    Q.   DID YOU RAISE WITH HER RELIABILITY ISSUES WITH THE 3.5?

01:26PM  14    A.   SO SINCE SHE WAS ON THE EMAILS THE LAST WEEK ABOUT WE ARE

01:26PM  15    CONTINUING TO SEE THE PROBLEMS WITH THE 3.5'S, I BELIEVE SHE

01:26PM  16    WAS FULLY AWARE THAT THE 3.5'S WERE NOT ANY MARKED IMPROVEMENT

01:26PM  17    COMPARED TO THE 3.0'S.

01:26PM  18    Q.   AND DID YOU DISCUSS WITH HER ANY ISSUES RELATING TO THE

01:27PM  19    NANOTAINERS?

01:27PM  20    A.   YES, I DID.

01:27PM  21    Q.   AND WHAT WAS SAID?

01:27PM  22    A.   SO I ALSO EXPRESSED CONCERNS OF HOW SHE PLANS TO LAUNCH

01:27PM  23    USING THE NANOTAINERS FOR BLOOD COLLECTION GIVEN THAT PRETTY

01:27PM  24    MUCH EACH DAY WE WOULD BE TESTING THOSE AND WE WOULD CONTINUE

01:27PM  25    TO SEE SIMILAR FAILURES.

01:27PM 1        SO THAT IS WHEN SHE MENTIONED THAT SHE PLANS TO LAUNCH

01:27PM 2   WITH DRAWING TWO TUBES OF VENOUS BLOOD INSTEAD OF THE

01:27PM 3   NANOTAINERS.

01:27PM 4   Q.   WAS THAT EXPLANATION SATISFACTORY TO YOU?

01:27PM 5   A.   NO.

01:27PM 6   Q.   WHY NOT?

01:27PM 7   A.   WELL, BECAUSE I BELIEVED THAT THE LAUNCH WAS BASED ON

01:27PM 8   USING THE NANOTAINERS INSTEAD OF USING SAMPLES DRAWN BY VENOUS

01:27PM 9   BLOOD.

01:27PM 10  Q.   DID YOU FEEL IT WAS MISLEADING TO DRAW FROM VENOUS BLOOD?

01:28PM 11  A.   YES.

01:28PM 12          MR. WADE:  OBJECTION.  MOVE TO STRIKE.

01:28PM 13          THE COURT:  AS TO THE FORM OF THE QUESTION.

01:28PM 14      YOU CAN REASK THE QUESTION.  I SUSTAINED THE QUESTION.

01:28PM 15  THAT ANSWER IS STRICKEN, LADIES AND GENTLEMEN.

01:28PM 16      YOU CAN REASK A QUESTION.

01:28PM 17  BY MR. LEACH:

01:28PM 18  Q.   WHY WAS IT, MS. GANGAKHEDKAR, YOU WERE NOT SATISFIED WITH

01:28PM 19  THE EXPLANATION?  WHAT WAS IT ABOUT THE FACT THAT THERANOS

01:28PM 20  PLANNED TO DRAW FROM A VEIN THAT WAS NOT SATISFACTORY TO YOU?

01:28PM 21  A.   WELL, BECAUSE I UNDERSTOOD FOR THE LAUNCH THAT THE -- SOME

01:28PM 22  OF THE LAUNCH DETAILS INCLUDED THE USE OF NANOTAINERS TO TEST

01:28PM 23  FOR SAMPLES -- I'M SORRY.  THE USER BLOOD DRAWN OR COLLECTED IN

01:28PM 24  NANOTAINERS TO BE TESTED ON THE THERANOS SYSTEM.

01:28PM 25  Q.   AND WHAT IS IT ABOUT THAT BEING THE PLAN THAT MADE YOU NOT

01:28PM   1    SATISFIED?

01:28PM   2    A.   WELL, THE USE OF VENOUS DRAW WAS NOT, THAT INFORMATION WAS

01:29PM   3    NOT RELEASED TO EVERYONE.  I DON'T THINK -- I WAS NOT AWARE

01:29PM   4    THAT THE LAUNCH WOULD ACTUALLY USE VENOUS DRAW.  I WAS UNDER

01:29PM   5    THE IMPRESSION THAT WE WERE USING NANOTAINERS.

01:29PM   6    Q.   AND HOW DID YOU FEEL ABOUT THAT?

01:29PM   7              MR. WADE:  OBJECTION, YOUR HONOR.

01:29PM   8              THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

01:29PM   9              THE WITNESS:  SO I DIDN'T FEEL -- I FELT THAT IT WAS

01:29PM   10   NOT THE RIGHT THING TO DO.

01:29PM   11   BY MR. LEACH:

01:29PM   12   Q.   AT THIS POINT IN 2013, HOW LONG HAD YOU BEEN WORKING AT

01:29PM   13   THERANOS?

01:29PM   14   A.   EIGHT YEARS.

01:29PM   15   Q.   AND COULD WE HAVE THE RESIGNATION LETTER BACK UP, PLEASE.

01:30PM   16        AND YOU WROTE IN YOUR LETTER, "I'VE MADE THE DIFFICULT

01:30PM   17   DECISION OF RESIGNING FROM MY POSITION AT THERANOS."

01:30PM   18        WHY WAS THIS A DIFFICULT DECISION FOR YOU?

01:30PM   19   A.   IT WAS DIFFICULT BECAUSE THE LAST EIGHT YEARS OF WORKING

01:30PM   20   AT THERANOS IT REALLY FELT THAT IF I'M GOING TO MAKE A

01:30PM   21   DIFFERENCE IN DEVELOPING A NEW PRODUCT, AND EACH TIME THE

01:30PM   22   COMPANY CHANGED DIRECTION TO LIKE A VERSION OF A NEW SYSTEM I

01:30PM   23   WAS STILL MOTIVATED, AND IT PUSHED US TO DO THE BEST THAT WE

01:30PM   24   COULD DOING WHAT WAS BEST FOR THE ASSAY DEVELOPMENT AND IN THE

01:30PM   25   PRODUCT.

01:30PM   1          SO COMING AND HEARING IN THE LAST FEW YEARS THAT THERE

01:30PM   2     WERE -- OF COURSE COMMUNICATING THAT THERE WERE ISSUES WITH THE

01:30PM   3     EDISON SYSTEMS, AND AFTER HAVING HEARD THAT THE EDISON 3.0'S

01:31PM   4     WILL ONLY BE USED FOR A SHORT TIME UNTIL WE HAVE A NEW IMPROVED

01:31PM   5     SYSTEM THAT WOULD RUN INTO ALL OF THE ISSUES THAT WE HAD

01:31PM   6     BEFORE, IT SEEMS LIKE A HUGE LETDOWN FROM ALL, FROM ALL OF THE

01:31PM   7     HARD WORK THAT WAS CONDUCTED.

01:31PM   8          IT FELT THAT ALL OF -- LIKE MY EFFORTS AND THE EFFORTS OF

01:31PM   9     MY TEAM MEMBERS ARE GOING TO WASTE BECAUSE WE ARE NOW LAUNCHING

01:31PM  10     NO MATTER WHAT WITH 3.0'S.

01:31PM  11          SO ALL IN ALL IT WAS A DIFFICULT SITUATION.

01:31PM  12     Q.   DID ANY MEMBERS OF YOUR STAFF RESIGN TO YOU THAT SAME DAY?

01:31PM  13     A.   YES.

01:31PM  14     Q.   WHO WAS THAT?

01:31PM  15     A.   TINA NOYES.

01:31PM  16     Q.   AND DID YOU IN ANY WAY COORDINATE WITH MS. NOYES OR WAS IT

01:32PM  17     A FORTUITY THAT YOU TWO RESIGNED ON THE SAME DAY?

01:32PM  18     A.   NO, THERE WAS NO COORDINATION.

01:32PM  19          SO ON THE DAY I SUBMITTED MY RESIGNATION TO MS. HOLMES AND

01:32PM  20     I WENT BACK TO MY DESK, AND THAT IS WHEN TINA NOYES APPROACHED

01:32PM  21     ME AND SAID SHE WANTED TO SPEAK TO ME AND PRIVATELY, AND SO IN

01:32PM  22     THE CONFERENCE ROOM SHE SUBMITTED HER RESIGNATION TO ME.

01:32PM  23          THAT IS WHEN I INFORMED HER THAT, YES, I ALSO HAVE

01:32PM  24     RESIGNED.  SO WE HADN'T SPOKEN ABOUT OUR PLANS BEFORE.

01:32PM  25               MR. WADE:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

01:32PM  1          MR. LEACH:  IT'S NOT HEARSAY.  IT'S A VERBAL ACT.

01:32PM  2          THE COURT:  I WAS THINKING ABOUT THE ENTIRETY OF THE

01:32PM  3  STATEMENT TO COME IN.  I'LL ALLOW IT TO COME IN.  THE OBJECTION

01:32PM  4  IS OVERRULED.

01:33PM  5  BY MR. LEACH:

01:33PM  6  Q.   AFTER RESIGNING TO MS. HOLMES ON OR ABOUT SEPTEMBER 5TH,

01:33PM  7  DID YOU PRINT OUT ANY DOCUMENTS RELATING TO YOUR WORK AT

01:33PM  8  THERANOS?

01:33PM  9  A.   YES.

01:33PM 10  Q.   AND WHEN YOU PRINTED THEM OUT, WHERE DID YOU PUT THEM?

01:33PM 11  WHAT DID YOU DO WITH IT?

01:33PM 12  A.   SO I TOOK THEM HOME.

01:33PM 13  Q.   AT THE TIME THAT YOU TOOK THOSE HOME, HAD YOU SIGNED ANY

01:33PM 14  FORM OF NONDISCLOSURE AGREEMENT WITH THERANOS?

01:33PM 15  A.   YES.

01:33PM 16  Q.   IN PRINTING OUT THOSE DOCUMENTS AND TAKING THEM HOME WITH

01:33PM 17  YOU, DID YOU HAVE CONCERNS IN LIGHT OF THE NONDISCLOSURE

01:33PM 18  AGREEMENT THAT YOU SIGNED?

01:33PM 19  A.   YES.

01:33PM 20  Q.   AND WHY?

01:33PM 21  A.   BECAUSE THERANOS WAS, WAS PRETTY TOUGH ON THEIR NDA'S AS

01:33PM 22  WELL AS THEIR PROPRIETARY INFORMATION.

01:33PM 23  Q.   AND NOTWITHSTANDING THE FACT THAT YOU HAD SIGNED AN NDA,

01:34PM 24  WHY DID YOU PRINT OUT AND TAKE HOME DOCUMENTS FROM THERANOS?

01:34PM 25          MR. WADE:  OBJECTION, YOUR HONOR.  401.  403.

01:34PM   1                    THE COURT:  I'LL ALLOW HER TO TESTIFY SUBJECT TO A

01:34PM   2       MOTION TO STRIKE.

01:34PM   3            YOU CAN ANSWER THE QUESTION.

01:34PM   4                    THE WITNESS:  YEAH.  SO THE REASON I TOOK THOSE

01:34PM   5       PRINTOUTS IS BECAUSE I WAS WORRIED ABOUT THE LAUNCH.  I WAS

01:34PM   6       ACTUALLY SCARED THAT THINGS WOULD NOT GO WELL.

01:34PM   7            AND I WAS ALSO WORRIED THAT I WOULD BE BLAMED, THAT

01:34PM   8       MS. HOLMES WAS NOT AWARE OF WHAT WAS HAPPENING WITH THE 3.0'S.

01:34PM   9            SO ESSENTIALLY I TOOK THOSE TO PROTECT MYSELF AND TO HAVE

01:34PM  10       AS A RECORD IN THE EVENT ISSUES CAME UP IN THE FUTURE.

01:35PM  11       BY MR. LEACH:

01:35PM  12       Q.   WHY WERE YOU SCARED?

01:35PM  13                    MR. WADE:  SAME OBJECTION, YOUR HONOR.

01:35PM  14                    THE COURT:  SUSTAINED.  THE PREVIOUS ANSWER WILL

01:35PM  15       REMAIN.  SUSTAIN THE OBJECTION.

01:35PM  16                    MR. LEACH:  THANK YOU, YOUR HONOR.

01:35PM  17       Q.   AND WE LOOKED EARLIER AT EXHIBIT 972, PAGE 4.  IS THAT ONE

01:35PM  18       OF THE DOCUMENTS THAT YOU PRINTED OUT AND TOOK WITH YOU?

01:35PM  19       A.   YES.

01:35PM  20                    MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

01:35PM  21                    THE COURT:  YES.

01:35PM  22            (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:35PM  23       BY MR. LEACH:

01:35PM  24       Q.   THANK YOU, MS. GANGAKHEDKAR.

01:36PM  25            I HAVE NOTHING FURTHER.

01:36PM  1               THE COURT:  ANY CROSS-EXAMINATION?

01:36PM  2               MR. WADE:  I DO, YOUR HONOR.

01:36PM  3               THE COURT:  FOLKS, IF YOU WANT TO STAND AND STRETCH

01:36PM  4      FOR A MOMENT, FEEL FREE.

01:36PM  5          YOU, TOO, MS. GANGAKHEDKAR.

01:36PM  6          (STRETCHING.)

01:37PM  7               THE COURT:  MR. WADE?

01:37PM  8               MR. WADE:  THANK YOU, YOUR HONOR.

01:37PM  9                         **CROSS-EXAMINATION**

01:37PM  10     BY MR. WADE:

01:37PM  11     Q.   GOOD AFTERNOON, MS. GANGAKHEDKAR.

01:37PM  12          MY NAME IS LANCE WADE, AND I REPRESENT MS. HOLMES, AND I

01:37PM  13     HAVE A FEW QUESTIONS FOR YOU TODAY, TOO.

01:37PM  14     A.   SURE.

01:37PM  15     Q.   OKAY.  I'D LIKE TO START JUST BY MAKING SURE THAT WE

01:37PM  16     UNDERSTAND YOUR ROLE.

01:37PM  17          YOU WORKED IN THE RESEARCH AND DEVELOPMENT DEPARTMENT; IS

01:37PM  18     THAT RIGHT?

01:37PM  19     A.   YES.

01:37PM  20     Q.   AND NOT IN THE CLIA LAB?

01:37PM  21     A.   YES, CORRECT.

01:37PM  22     Q.   AND SO YOUR -- A LOT OF YOUR WORK WAS TO BE IN ADVANCE OF

01:37PM  23     MOVING THE ASSAYS OVER INTO THE CLIA LAB; IS THAT RIGHT?

01:37PM  24     A.   YES.

01:37PM  25     Q.   AND AT THE TIME -- I FORGOT I COULD TAKE THIS OFF.

01:37PM   1          AT THE TIME THAT YOU -- IN THIS TIME IN SEPTEMBER OF 2013

01:38PM   2     THAT YOU'RE JUST TALKING ABOUT, NONE OF THE ASSAYS THAT WERE

01:38PM   3     UNDER DISCUSSION HAD GONE INTO THE CLIA LAB; RIGHT?

01:38PM   4     A.   YES.

01:38PM   5     Q.   AND WE HAD SEEN SOME DOCUMENTS FROM MR. YOUNG WHERE HE HAD

01:38PM   6     PROPOSED SOMETHING IN THE ORDER OF 62 SMALL SAMPLE ASSAYS THAT

01:38PM   7     WERE TO GO ON TO THE EDISON; IS THAT RIGHT?

01:38PM   8     A.   YES.

01:38PM   9     Q.   AND THEN THERE WAS ANOTHER SET OF DOCUMENTS WHERE THAT

01:38PM  10     NUMBER WAS WHITTLED DOWN TO MAYBE A DOZEN OR SOMETHING.

01:38PM  11          DO YOU RECALL THAT?

01:38PM  12     A.   I DON'T RECOLLECT.

01:38PM  13     Q.   OKAY.  BUT YOU RECALL THAT IT WAS SUBSTANTIALLY -- THE

01:38PM  14     LIST WAS NARROWED DOWN JUST IN THAT TIME PERIOD AFTER YOU WERE

01:38PM  15     BACK FROM INDIA.

01:38PM  16          DO YOU RECALL THAT?

01:38PM  17     A.   SO -- CAN YOU PLEASE REPEAT THE QUESTION AND --

01:38PM  18     Q.   SURE.  THE BEGINNING UNIVERSE OF ASSAYS THAT YOU'RE

01:39PM  19     FOCUSSED ON WITH THE EDISON WAS 62 IN THE PLAN THAT DR. YOUNG

01:39PM  20     LAID OUT.

01:39PM  21          DO YOU RECALL THAT?

01:39PM  22     A.   YES.

01:39PM  23     Q.   OKAY.  AND THEN IN THE PERIOD -- THERE WAS A -- THAT WAS

01:39PM  24     RIGHT AFTER YOU CAME BACK FROM INDIA; ISN'T THAT RIGHT?

01:39PM  25     A.   YES.

01:39PM  1    Q.   AND IN THE PERIOD BETWEEN WHEN YOU CAME BACK FROM INDIA

01:39PM  2    AND WHEN YOU RESIGNED, THERE WERE -- THEY NARROWED THAT LIST

01:39PM  3    DOWN.  THEY DECIDED THEY WEREN'T GOING TO GO FORWARD WITH 62;

01:39PM  4    RIGHT?

01:39PM  5    A.   I DON'T RECOLLECT ALL OF THOSE DETAILS.

01:39PM  6    Q.   YOU DON'T.  OKAY.  WELL, WE'LL GO THROUGH SOME DOCUMENTS

01:39PM  7    TODAY AND MAYBE ON TUESDAY, OKAY?

01:39PM  8    A.   OKAY.

01:39PM  9    Q.   THE VALIDATION PROCESS, THE CLIA VALIDATION PROCESS WHERE,

01:39PM  10   WHERE AN ASSAY IS CERTIFIED BEFORE IT GOES INTO THE LAB, WHO

01:40PM  11   WAS RESPONSIBLE FOR THE CLIA VALIDATION?

01:40PM  12   A.   I THINK IT WOULD BE THE CLIA LAB DIRECTOR.

01:40PM  13   Q.   AND WHO WAS THAT DURING THAT TIME PERIOD OF 2013?

01:40PM  14   A.   DR. ADAM ROSENDORFF.

01:40PM  15   Q.   AND HE'S A MEDICAL DOCTOR?

01:40PM  16   A.   YES.

01:40PM  17   Q.   AND DID YOU DEAL WITH DR. ROSENDORFF ON ANY CLIA

01:40PM  18   VALIDATION ISSUES?

01:40PM  19   A.   SO HE -- I THINK HE HAD AN OVERVIEW OF THE PLAN, BUT WHAT

01:40PM  20   EXACTLY DO YOU MEAN WITH YOUR QUESTION?  CAN YOU ELABORATE?

01:40PM  21   Q.   I'M SORRY TO INTERRUPT YOU.

01:40PM  22        DID YOU WORK WITH HIM ON ANY OF THE CLIA VALIDATION

01:40PM  23   REPORTS?

01:40PM  24   A.   NO.

01:40PM  25   Q.   OKAY.  AND YOU LEFT BEFORE THE LAUNCH ACTUALLY HAPPENED;

01:40PM  1     RIGHT?

01:40PM  2     A.   YES.

01:40PM  3     Q.   AND SO YOU DON'T KNOW WHAT ULTIMATELY HAPPENED IN TERMS OF

01:40PM  4     CLIA VALIDATION?

01:40PM  5     A.   I DON'T KNOW.

01:41PM  6     Q.   OKAY.  THERE WERE A LOT OF DOCUMENTS THAT THE GOVERNMENT

01:41PM  7     WENT THROUGH WITH YOU WITH RESPECT TO VARIOUS ISSUES THAT WERE

01:41PM  8     COMING UP ON DIFFERENT DEVICES.

01:41PM  9         DO YOU RECALL SOME OF THOSE DOCUMENTS THAT, THAT CAME UP

01:41PM  10    TODAY?

01:41PM  11    A.   YES.

01:41PM  12    Q.   AND I JUST WANT TO MAKE SURE THAT EVERYONE IS CLEAR, ALL

01:41PM  13    OF THAT WORK WAS DONE WITHIN RESEARCH AND DEVELOPMENT; RIGHT?

01:41PM  14    A.   YES.

01:41PM  15    Q.   TO TRY AND GET THE EQUIPMENTS AND THE ASSAYS AND

01:41PM  16    EVERYTHING FUNCTIONING PROPERLY BEFORE THEY WERE USED ON

01:41PM  17    PATIENTS; RIGHT?

01:41PM  18    A.   YES.

01:41PM  19    Q.   AND THERE WERE ABSOLUTELY NO PATIENT SAMPLES THAT WERE

01:41PM  20    IMPLICATED BY ANY OF THOSE ISSUES THAT YOU TALKED ABOUT AT THE

01:41PM  21    TIME OF THOSE DOCUMENTS; RIGHT?

01:41PM  22    A.   I DON'T KNOW BECAUSE WE WERE STILL RUNNING THE TESTS TO

01:41PM  23    PREPARE FOR THE VALIDATION.

01:41PM  24    Q.   RIGHT.  SO THEY WEREN'T IN THE LAB WHERE PATIENTS WERE

01:41PM  25    BEING TESTED; RIGHT?

01:41PM 1     A.   I DON'T RECOLLECT THAT.

01:42PM 2     Q.   OKAY.  WELL, IS IT YOUR UNDERSTANDING THAT IN THE TIME

01:42PM 3     THAT YOU WERE AT THERANOS, THAT THE 4 SERIES DEVICE THAT THE

01:42PM 4     GOVERNMENT WAS ASKING YOU ABOUT, WAS THAT EVER USED IN THE CLIA

01:42PM 5     LAB IN THE TIME THAT YOU WERE THERE?

01:42PM 6     A.   I DON'T THINK SO.

01:42PM 7     Q.   OKAY.  AND I THINK WE'VE TALKED ABOUT THERE WERE SOME

01:42PM 8     EFFORTS TO TRY TO GET SOME ASSAYS WORKING ON THE 3 SERIES

01:42PM 9     DEVICES; RIGHT?

01:42PM 10    A.   YES.

01:42PM 11    Q.   AND AT THE TIME THAT YOU LEFT, NONE OF THEM HAD ACTUALLY

01:42PM 12    BEEN VALIDATED TO GO INTO THE CLIA LAB; RIGHT?

01:42PM 13    A.   AT THE TIME OF MY RESIGNATION, I WAS NOT AWARE OF ANY

01:42PM 14    VALIDATION FOR THE 3.0'S HAD COMPLETED.

01:42PM 15    Q.   AND YOU TALKED A LITTLE BIT ABOUT THE VENOUS SAMPLES.

01:43PM 16         DO YOU RECALL THAT?

01:43PM 17    A.   SO IS THIS WITH RELATION TO THE NANOTAINERS?

01:43PM 18    Q.   NO.  IT WAS IN CONNECTION -- YOU RECALL WITH THE VENOUS

01:43PM 19    SAMPLES, TO DO THE LAUNCH, IF NECESSARY, SOME VENOUS SAMPLES

01:43PM 20    WOULD BE USED.

01:43PM 21         DO YOU RECALL THAT IN YOUR DISCUSSION WITH MS. HOLMES?

01:43PM 22    A.   YES.

01:43PM 23    Q.   AND THE THOUGHT WOULD BE IF THE TEST ON THE FINGERSTICK

01:43PM 24    WEREN'T FUNCTIONING PROPERLY, YOU WOULD DO THEM ON A DIFFERENT

01:43PM 25    METHOD; RIGHT?

01:43PM  1    A.   I WAS NOT AWARE OF THAT BACKUP PLAN.

01:43PM  2    Q.   OKAY.  BUT YOU KNEW THAT THEY HAD OTHER COMMERCIAL DEVICES

01:43PM  3    WITHIN THE LABORATORIES; RIGHT?

01:43PM  4    A.   YES.

01:43PM  5    Q.   AND THEY HAD THE ABILITY TO DO OTHER TESTS IF NEED BE;

01:43PM  6    RIGHT?

01:43PM  7    A.   YES.

01:43PM  8    Q.   AND ALMOST ALL OF THOSE TESTS WERE VENOUS TESTS; RIGHT?

01:44PM  9    A.   YES.

01:44PM  10   Q.   NOW, THERE'S BEEN SOME DISCUSSION ABOUT THE NUMBER OF

01:44PM  11   ASSAYS THAT WERE DEVELOPED WITHIN THE R&D GROUP THAT HAD

01:44PM  12   COMPLETED -- WHERE YOU HAD COMPLETED YOUR WORK.

01:44PM  13        DO YOU RECALL TALKING A LITTLE BIT ABOUT THAT?

01:44PM  14   A.   SO IS THIS SPECIFICALLY RELATED TO THE RETAIL LAUNCH?

01:44PM  15   Q.   NO.  NO.  MORE GENERALLY.  LET'S STEP BACK A BIT HERE IF

01:44PM  16   WE COULD, OKAY?

01:44PM  17        AND YOU HAD WORKED, I BELIEVE YOU TESTIFIED, IN THE R&D

01:44PM  18   DEPARTMENT, FOR MANY YEARS; RIGHT?

01:44PM  19   A.   UH-HUH.

01:44PM  20   Q.   AND YOU HAD WORKED ON ASSAY DEVELOPMENT VIRTUALLY THAT

01:44PM  21   WHOLE TIME; RIGHT?

01:44PM  22   A.   YES.

01:44PM  23   Q.   AND IN THE EARLY YEARS THE ASSAY DEVELOPMENT WAS ALMOST

01:45PM  24   ALL IMMUNOASSAYS; RIGHT?

01:45PM  25   A.   CORRECT.

GANGAKHEDKAR CROSS BY MR. WADE

01:45PM 1    Q.   AND THEN THERE CAME A TIME IN MAYBE 2009 OR 2010 WHERE

01:45PM 2    THERE WERE SOME ADDITIONAL ASSAY TEAMS THAT WERE SET UP; RIGHT?

01:45PM 3    A.   YES.

01:45PM 4    Q.   AND WHAT WERE THOSE TEAMS?

01:45PM 5    A.   SO BASICALLY THEY HAD GENERAL CHEMISTRY, THEY HAD SOME

01:45PM 6    MOLECULAR BIOLOGY ASSAYS, AS WELL AS THE CYTOMETRY ASSAYS.

01:45PM 7    Q.   OKAY.  AND YOU DIDN'T REALLY WORK THAT MUCH WITH THOSE;

01:45PM 8    RIGHT?

01:45PM 9    A.   NO.

01:45PM 10   Q.   AND YOUR FOCUS REMAINED ON THE ELISA ASSAYS?

01:45PM 11   A.   YES.

01:45PM 12   Q.   AND THOSE ARE SOMETIMES CALLED IMMUNOASSAYS; IS THAT

01:45PM 13   RIGHT?

01:45PM 14   A.   CORRECT.

01:45PM 15   Q.   AND IN THAT PERIOD OF YEARS WHERE YOU WORKED THERE, YOU

01:45PM 16   WERE TO DEVELOP A LOT OF IMMUNOASSAYS; RIGHT?

01:45PM 17   A.   YES.

01:45PM 18   Q.   AND DO YOU RECALL THE APPROXIMATE NUMBER OF IMMUNOASSAYS

01:45PM 19   THAT YOU HAD COMPLETED WORK ON IN THE R&D LAB?

01:45PM 20   A.   IT WOULD BE APPROXIMATELY A HUNDRED.

01:46PM 21   Q.   OKAY.  ABOUT A HUNDRED?

01:46PM 22   A.   YEAH.

01:46PM 23   Q.   OKAY.  AND THAT WAS JUST THE WORK OF IMMUNOASSAYS?

01:46PM 24   A.   YEAH.

01:46PM 25   Q.   AND THERE WERE OTHER ASSAYS DEVELOPED WITH THOSE THREE

01:46PM   1    OTHER TEAMS; RIGHT?

01:46PM   2    A.   CORRECT.

01:46PM   3    Q.   I'D LIKE TO ASK YOU A LITTLE BIT ABOUT THAT WORK WITH

01:46PM   4    GLAXO SMITH KLINE.

01:46PM   5         DO YOU RECALL THE QUESTIONS ABOUT THAT EARLIER?

01:46PM   6    A.   YES.

01:46PM   7    Q.   AND THE GLAXO SMITH KLINE WORK, WHICH ASSAYS WERE INVOLVED

01:46PM   8    IN THAT?

01:46PM   9    A.   SO THERE WERE A PANEL, LIKE A METABOLIC PANEL.  SO THEY

01:46PM  10    HAD ONE TARGET CALLED GLP-1, AND THEY HAD ANOTHER ONE CALLED

01:47PM  11    C-PEPTIDE.

01:47PM  12    Q.   AND THOSE ARE TECHNICALLY TWO ASSAYS; CORRECT?

01:47PM  13    A.   YES.

01:47PM  14    Q.   AND BEFORE YOU, YOU HAVE BROUGHT THOSE ASSAYS OUT TO WORK

01:47PM  15    WITH GSK, DID YOU DO THE WORK NECESSARY TO BE COMFORTABLE HOW

01:47PM  16    THEY WERE GOING TO PERFORM?

01:47PM  17    A.   YES.

01:47PM  18    Q.   AND DID YOU DO THAT IN CONNECTION WITH A TEAM OF PEOPLE AT

01:47PM  19    THERANOS?

01:47PM  20    A.   YES.

01:47PM  21    Q.   AND SO THE ASSAY DEVELOPMENT WORK FOR THOSE HAD BEEN

01:47PM  22    COMPLETED?

01:47PM  23    A.   I WOULD THINK SO.

01:47PM  24    Q.   AND THE CARTRIDGES USED IN THAT STUDY, DO YOU RECALL HOW

01:47PM  25    MANY ASSAYS THEY WOULD RUN?  WOULD THEY RUN THE ASSAYS IN A

01:48PM  1      SINGLE CARTRIDGE?

01:48PM  2      A.   YES.

01:48PM  3      Q.   AND I THINK THERE WAS A COMMUNICATION -- WHY DON'T WE

01:48PM  4      BRING UP 112, WHICH I THINK IS IN EVIDENCE.

01:48PM  5           AND IF WE CAN GO -- DO YOU RECALL THIS EMAIL?

01:48PM  6      A.   YES.

01:48PM  7      Q.   AND IF WE CAN GO -- ACTUALLY, BEFORE WE GO THERE,

01:48PM  8      DR. RHODES, DO YOU RECALL THAT HE WAS THE LAB DIRECTOR FOR THE

01:48PM  9      BIOMARKER LAB AT GSK?

01:48PM  10     A.   YES.

01:48PM  11     Q.   AND A COMPANY THAT SIZE, THAT'S A PRETTY BIG JOB, ISN'T

01:48PM  12     IT?

01:48PM  13     A.   IT IS.

01:48PM  14     Q.   AND CAN WE GO TO THE ATTACHMENT, AND THE NEXT PAGE,

01:48PM  15     PLEASE.  IF WE CAN BLOW UP THE OVERALL CONCLUSIONS.  I THINK WE

01:49PM  16     DIDN'T FOCUS TOO MUCH ON THIS.

01:49PM  17          THIS WAS A DOCUMENT THAT WAS PREPARED BY DR. RHODES; IS

01:49PM  18     THAT RIGHT?

01:49PM  19     A.   I THINK SO.

01:49PM  20     Q.   WELL, WHY DON'T WE LOOK BACK AT THE EMAIL JUST SO WE CAN

01:49PM  21     SEE IF WE CAN REFRESH YOUR RECOLLECTION.

01:49PM  22          DO YOU SEE DOWN BELOW DR. RHODES IS SENDING THIS AND

01:49PM  23     COMMUNICATING IT TO THE COMPANY AT LEAST; RIGHT?

01:49PM  24     A.   YES.

01:49PM  25     Q.   AND NOW, HE HAS A TEAM OF PEOPLE AT GLAXO SMITH KLINE THAT

01:49PM   1    HE SEEMS TO BE WORKING WITH ON THAT, SOME COMBINATION OF THEM

01:49PM   2    ASSUMEDLY WROTE THIS DOCUMENT?

01:49PM   3    A.   UH-HUH.

01:49PM   4    Q.   THE ATTACHMENT?

01:49PM   5    A.   I THINK SO.

01:49PM   6    Q.   OKAY.  LET'S GO BACK TO THAT SECOND PAGE, AND LET'S LOOK

01:49PM   7    AT THE OVERALL CONCLUSIONS.

01:49PM   8        THIS SAYS THAT "THE THERANOS SYSTEM ELIMINATES THE NEED

01:50PM   9    FOR A LAB AND PROVIDED QUALITY DATA."

01:50PM  10        DO YOU SEE THAT?

01:50PM  11    A.   YES.

01:50PM  12    Q.   AND THIS WAS YOUR WORK?

01:50PM  13    A.   YES.

01:50PM  14    Q.   AND WERE YOU PROUD OF THAT?

01:50PM  15    A.   YES, OF COURSE.

01:50PM  16    Q.   AND YOU RECALL ACTUALLY AS A RESULT OF THIS WORK, THERE

01:50PM  17    WAS A CELEBRATION AT THE COMPANY AFTERWARD; RIGHT?

01:50PM  18    A.   YES, THERE WAS.

01:50PM  19    Q.   A PARTY?

01:50PM  20    A.   YEAH.

01:50PM  21    Q.   AND LET'S LOOK AT THE SECOND BULLET POINT.

01:50PM  22        OKAY.  THIS SAYS, "THE METABOLIC BIOMARKER LAB," THAT

01:50PM  23    MEANS THE METABOLIC BIOMARKER LAB AT GSK; IS THAT RIGHT?

01:50PM  24    A.   YES.

01:50PM  25    Q.   AND AGAIN, THAT'S KIND OF A BIG OPERATION WITHIN A

01:50PM  1    PHARMACEUTICAL COMPANY; RIGHT?

01:50PM  2    A.   YEAH.

01:50PM  3    Q.   OKAY.  AND THIS SAYS THEY HAVE A FAVORABLE IMPRESSION OF

01:50PM  4    THE TECHNOLOGY AND SYSTEM AND RECOMMENDS THAT GSK CLINICAL

01:50PM  5    GROUPS WORK WITH THERANOS TO IDENTIFY THE BEST USE OF THIS

01:50PM  6    TECHNOLOGY.

01:50PM  7         DO YOU SEE THAT?

01:51PM  8    A.   YES.

01:51PM  9    Q.   AND TO BE FAIR, I PARAPHRASED THAT.

01:51PM  10   A.   OKAY.

01:51PM  11   Q.   AND SO THEY WERE RECOMMENDING TO OTHER CLINICAL GROUPS

01:51PM  12   WITHIN GLAXO SMITH KLINE THAT THEY SHOULD THINK ABOUT USING

01:51PM  13   THERANOS AS A RESULT OF YOUR WORK; RIGHT?

01:51PM  14   A.   I THINK SO.

01:51PM  15   Q.   AND THAT'S KIND OF A BIG DEAL, ISN'T IT?

01:51PM  16   A.   YES.

01:51PM  17   Q.   AND YOU UNDERSTOOD THAT DR. RHODES WAS PLEASED WITH THE

01:51PM  18   RESULTS; RIGHT?

01:51PM  19   A.   YES.

01:51PM  20   Q.   AND YOU KNEW WHEN YOU HAD DONE A GOOD JOB.

01:51PM  21        IS THAT FAIR?

01:51PM  22   A.   YES.

01:51PM  23   Q.   OKAY.  ARE YOU AWARE THAT DR. RHODES ACTUALLY WROTE

01:51PM  24   SEPARATELY TO MS. HOLMES TO PRAISE YOUR WORK?

01:51PM  25             MR. LEACH:  OBJECTION.  FOUNDATION.

GANGAKHEDKAR CROSS BY MR. WADE                            1233

01:51PM  1              THE COURT:  WOULD YOU LAY A FOUNDATION.

01:51PM  2              MR. WADE:  I WAS JUST ASKING IF SHE'S AWARE.  IF

01:52PM  3      SHE'S NOT AWARE, I CAN LAY THE FOUNDATION.

01:52PM  4          BUT I CAN DO IT IF YOUR HONOR WOULD PREFER.

01:52PM  5              THE COURT:  WELL, DID YOU UNDERSTAND HIS QUESTION?

01:52PM  6              THE WITNESS:  YES.

01:52PM  7              THE COURT:  YOU CAN ANSWER.

01:52PM  8              THE WITNESS:  I WAS NOT AWARE.  I HADN'T SEEN

01:52PM  9      THAT -- I DON'T THINK I HAD SEEN THAT EMAIL DIRECTLY.

01:52PM 10      BY MR. WADE:

01:52PM 11      Q.  OKAY.  LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

01:52PM 12          I THINK IF YOU LOOK IN YOUR BOOK AT 13764.

01:52PM 13      A.  CAN YOU PLEASE REPEAT THAT NUMBER AGAIN, THE NUMBER FOR

01:52PM 14      THE --

01:52PM 15      Q.  SURE.  THE 13764.

01:52PM 16              THE CLERK:  I THINK SHE ONLY HAS THE GOVERNMENT

01:53PM 17      BINDER.

01:53PM 18              THE WITNESS:  I DON'T THINK I HAVE THAT IN THIS

01:53PM 19      BINDER.

01:53PM 20              MR. WADE:  MY APOLOGIES.  I FORGOT TO GIVE YOU OUR

01:53PM 21      BINDER.  ONE MOMENT, PLEASE.

01:53PM 22          WE CAN JUST PUT IT ON THE SCREEN, YOUR HONOR.  WE WON'T

01:53PM 23      NEED TO --

01:53PM 24              THE COURT:  OKAY.  IF WE CAN HAVE COUNSEL ADJUST

01:53PM 25      THEIR MONITORS.

01:53PM  1          MR. WADE:  MY APOLOGIES.

01:53PM  2       MAY I APPROACH, YOUR HONOR?

01:53PM  3          THE COURT:  PLEASE.

01:53PM  4          MR. WADE:  (HANDING.)

01:53PM  5    Q.   IT'S 13764.  JUST TAKE A MINUTE AND READ THAT TO YOURSELF

01:54PM  6    IF YOU COULD.

01:54PM  7    A.   OKAY.

01:54PM  8    Q.   AND DOES THIS REFRESH YOUR RECOLLECTION THAT DR. RHODES

01:54PM  9    HAD COMMUNICATED THAT YOU HAD DONE A GREAT JOB?

01:54PM  10   A.   I THINK SO.

01:54PM  11   Q.   AND DOES IT REFRESH YOUR RECOLLECTION THAT DR. RHODES

01:54PM  12   THOUGHT THE INSTRUMENTS PERFORMED WELL?

01:54PM  13   A.   YES.

01:54PM  14   Q.   AND PART OF THE ISSUE WITH GLAXO SMITH KLINE WAS ALSO THAT

01:54PM  15   THEY WERE LOOKING FOR AN ASSAY THAT WOULD RUN A LITTLE FASTER;

01:54PM  16   RIGHT?

01:54PM  17   A.   YES.

01:54PM  18   Q.   AND THE THERANOS ASSAY DID; CORRECT?

01:54PM  19   A.   IT DID.

01:54PM  20   Q.   IF WE CAN GO BACK TO THAT ATTACHMENT FOR JUST ONE SECOND.

01:55PM  21   AGAIN, WE'RE AT 112, WHICH IS IN EVIDENCE.  I APOLOGIZE.  JUST

01:55PM  22   SO THE RECORD IS CLEAR, I WOULD LIKE TO BRING YOU BACK TO

01:55PM  23   EXHIBIT 112, WHICH IS THE DOCUMENT REALLY AT THE

01:55PM  24   GLAXO SMITH KLINE THAT WE WERE TALKING ABOUT EARLIER.

01:55PM  25   A.   UH-HUH.

01:55PM  1    Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO THE FIRST PAGE OF

01:55PM  2    THE ATTACHMENT AND THE TOP PARAGRAPH.

01:55PM  3         I DON'T THINK YOU WERE ASKED ABOUT THIS PREVIOUSLY.

01:55PM  4         DO YOU SEE THERE WHERE IT SAYS THAT THE TWO ASSAYS WERE

01:55PM  5    COMPARED TO GOLD STANDARD ELISA'S.

01:55PM  6         DO YOU SEE THAT?

01:55PM  7    A.   YES.

01:55PM  8    Q.   AND COULD YOU EXPLAIN TO US WHAT GOLD STANDARD ELISA'S

01:55PM  9    ARE?

01:55PM  10   A.   SO GSK WAS USING A SET OF ASSAYS IN THEIR LAB FOR THEIR

01:55PM  11   STUDIES FOR THESE PARTICULAR TARGETS, AND THEY WERE CONSIDERED

01:56PM  12   TO BE THE BEST ASSAY TO USE FOR THOSE PURPOSES.

01:56PM  13   Q.   AND THERANOS'S ASSAYS MATCHED UP WELL?

01:56PM  14   A.   IT DID.

01:56PM  15   Q.   AND YOUR ASSAYS THAT YOU DEVELOPED?

01:56PM  16   A.   YES.

01:56PM  17   Q.   AND IF WE CAN GO BACK TO THE LAST PAGE ONE MORE TIME.  DO

01:56PM  18   YOU SEE -- FOCUS ON THE TOP.

01:56PM  19        DO YOU SEE AT THE TOP THERE THAT IT SAYS THE DATA SHOWED

01:56PM  20   GOOD CORRELATION.

01:56PM  21        DO YOU SEE THAT?

01:56PM  22   A.   UH-HUH.

01:56PM  23   Q.   AND THEN IT SAYS THE MACHINES WORKED WELL.

01:56PM  24        AND DID YOU FEEL THAT WAY AT THE TIME?

01:56PM  25   A.   YES, I DID.

01:56PM  1    Q.   I DON'T HAVE ANY OTHER QUESTIONS ON THAT DOCUMENT.

01:56PM  2         IF I CAN ASK YOU, I THINK THE DOCUMENT THAT YOU SENT TO

01:57PM  3    MS. HOLMES THAT RELATED TO SOME WORK THAT WAS DONE FOR CELGENE;

01:57PM  4    IS THAT RIGHT?

01:57PM  5    A.   YES.

01:57PM  6    Q.   AND ULTIMATELY THAT WORK WAS COMPLETED; RIGHT?

01:57PM  7    A.   IT WAS.

01:57PM  8    Q.   AND I'D LIKE TO ASK YOU A FEW QUESTIONS ABOUT THAT WORK,

01:57PM  9    IF I COULD?

01:57PM 10    A.   SURE.

01:57PM 11    Q.   TELL US ABOUT THAT PROJECT GENERALLY IF YOU WOULD?

01:57PM 12         THE COURT:  YOU KNOW, EXCUSE ME.

01:57PM 13         BEFORE WE MOVE IN -- I DON'T WANT TO BREAK UP --

01:57PM 14         MR. WADE:  ANOTHER CLIFFHANGER.

01:57PM 15         (LAUGHTER.)

01:57PM 16         THE COURT:  THIS TIME I WON'T LET YOU ASK A

01:57PM 17    QUESTION.  THE WEEKEND IS TOO LONG TO WAIT FOR THE ANSWER SO.

01:57PM 18         MR. WADE:  I'LL WITHDRAW THE QUESTION, AND I'LL PICK

01:57PM 19    UP HERE ON TUESDAY.

01:57PM 20         THE COURT:  LET'S DO THAT.  I APPRECIATE THAT.

01:57PM 21    WE'RE GOING TO RECESS FOR THE DAY AND THE WEEKEND AND WE'LL

01:57PM 22    COME BACK ON TUESDAY NEXT AT 9:00 O'CLOCK, AND I HOPE WE CAN

01:57PM 23    BEGIN -- LADIES AND GENTLEMEN, LET ME -- YES, SORRY.

01:58PM 24         LET ME AGAIN REMIND YOU, LADIES AND GENTLEMEN, THAT AFTER

01:58PM 25    YOU LEAVE TONIGHT, YOU'RE NOT TO CONDUCT ANY INDEPENDENT

01:58PM   1    RESEARCH ABOUT THE CASE, THE MATTERS DEALING WITH THE CASE, OR

01:58PM   2    ANY OF THE PARTIES INVOLVED WITH THE CASE, INCLUDING ANY LEGAL

01:58PM   3    ISSUES INVOLVED IN THE CASE.

01:58PM   4         YOU ALSO MUST NOT COMMUNICATE WITH ANYONE ABOUT THE CASE.

01:58PM   5    AND YOU MUST IGNORE ANY INFORMATION THAT YOU MAY COME UPON

01:58PM   6    WHILE BROWSING THE INTERNET OR ANY OF YOUR SOCIAL MEDIA.

01:58PM   7         AND PLEASE DO NOT DISCUSS THE CASE WITH ANYONE UNTIL THE

01:58PM   8    MATTER HAS BEEN DELIVERED TO YOU FOR YOUR DELIBERATIONS.

01:58PM   9         THANK YOU FOR YOUR PATIENCE.  IT'S IMPORTANT THAT I MAKE A

01:58PM  10    RECORD OF THIS EACH TIME WE BREAK.

01:58PM  11         AND YOU KNOW THE QUESTION I'M GOING TO ASK YOU WHEN WE SEE

01:58PM  12    EACH OTHER ON TUESDAY, AND I'D LIKE A REPORT IF ANY OF THIS HAS

01:58PM  13    OCCURRED TO YOU OVER THE WEEKEND, INADVERTENT OR NOT.

01:58PM  14         HAVE A GOOD WEEKEND.  BE SAFE.  ENJOY THE WEEKEND.  WE

01:58PM  15    WILL SEE YOU TUESDAY NEXT, TUESDAY NEXT, AND I HOPE WE CAN

01:58PM  16    START AT 9:00 O'CLOCK.

01:58PM  17         THANK YOU.  YOU CAN STAND DOWN, AND WE'LL SEE YOU TUESDAY

01:59PM  18    AS WELL.  THANK YOU.

01:59PM  19         (JURY OUT AT 1:59 P.M.)

01:59PM  20         THE COURT:  PLEASE, YOU CAN STAND DOWN.

01:59PM  21    IS THAT A BINDER OF THE EXHIBITS?

01:59PM  22         THE WITNESS:  NO.  THIS BELONGS TO THE PROSECUTION.

01:59PM  23         THE COURT:  OH, YOU CAN LEAVE THAT.  THANK YOU SO

01:59PM  24    MUCH.

01:59PM  25         PLEASE BE SEATED.  THANK YOU.  PLEASE BE SEATED.  THANK

01:59PM   1    YOU, LADIES AND GENTLEMEN.

02:00PM   2         ALL RIGHT.  THANK YOU.  THE JURY AND ALTERNATES HAVE LEFT

02:00PM   3    FOR THE WEEKEND AND MS. HOLMES AND COUNSEL ARE STILL PRESENT.

02:00PM   4         ANYTHING BEFORE WE BREAK FOR THE WEEKEND, COUNSEL?

02:00PM   5         I HEAR NO RESPONSE.  THAT SUGGESTS YOU'RE COMPLETELY

02:00PM   6    SATISFIED.

02:00PM   7              MR. WADE:  NO.  HAVE A NICE WEEKEND.

02:00PM   8              THE COURT:  YOU AS WELL.  THANK YOU.

02:00PM   9              MR. LEACH:  YOUR HONOR, ONE MATTER FROM THE

02:00PM  10    GOVERNMENT.

02:00PM  11              THE COURT:  SURE.

02:00PM  12              MR. LEACH:  I THINK WE WENT UNTIL 3:00 O'CLOCK ON

02:00PM  13    WEDNESDAY, AND I UNDERSTAND FROM THE DEFENSE THAT THEY MIGHT BE

02:00PM  14    OPEN TO GOING UNTIL 3:00 O'CLOCK ON OTHER DAYS, AND WE JUST

02:00PM  15    WANTED TO SEE IF THE COURT WAS AMENABLE TO ONE ADDITIONAL HOUR

02:00PM  16    EACH DAY.  I THINK THAT WOULD AID US IN EFFICIENTLY PRESENTING

02:00PM  17    THE CASE.

02:00PM  18         OF COURSE, WE DON'T WANT TO IMPEDE ON THE EXPECTATIONS OF

02:01PM  19    THE JURORS.

02:01PM  20              THE COURT:  THANK YOU.  I WAS GOING TO ASK THEM

02:01PM  21    THAT.  I DON'T THINK IT'S FAIR TO HAVE THEM THINK ABOUT THAT

02:01PM  22    OVER THE WEEKEND.  BUT WHEN THEY COME BACK ON TUESDAY, I THINK

02:01PM  23    I WILL ASK IF WE CAN ADJUST THE SCHEDULE AGAIN.

02:01PM  24         I KNOW THERE MAY BE SOME EMPLOYMENT ISSUES.  I DON'T KNOW.

02:01PM  25    MS. KRATZMANN MAY HAVE SOME INFORMATION ON THAT FROM THE

02:01PM  1    JURORS, I JUST DON'T KNOW.

02:01PM  2        BUT I'M GOING TO ASK IF WE CAN EXTEND MAYBE AN HOUR AT

02:01PM  3    LEAST TWO DAYS A WEEK OR SOMETHING TO SEE IF THAT WOULD WORK

02:01PM  4    JUST TO KEEP US ON TRACK.

02:01PM  5            MR. LEACH:  WONDERFUL.

02:01PM  6            THE COURT:  IS THAT ALL RIGHT WITH YOU?

02:01PM  7            MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

02:01PM  8            THE COURT:  GREAT.  OKAY.  THANK YOU.

02:01PM  9        THANK YOU VERY MUCH.  ENJOY YOUR WEEKENDS.

02:01PM 10            THE CLERK:  COURT IS ADJOURNED.

02:01PM 11        (COURT ADJOURNED AT 2:01 P.M.)

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                   CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16  _____
    IRENE RODRIGUEZ, CSR, CRR
    CERTIFICATE NUMBER 8076

17

18

19  _____
    LEE-ANNE SHORTRIDGE, CSR, CRR
    CERTIFICATE NUMBER 9595

20

21       DATED:  SEPTEMBER 17, 2021

22

23

24

25