1

2                      UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                           SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,          )   CR-18-00258-EJD
6                                       )
                       PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                       )
            VS.                         )   VOLUME 9
8                                       )
     ELIZABETH A. HOLMES,               )   SEPTEMBER 21, 2021
9                                       )
                       DEFENDANT.       )   PAGES 1240 - 1449
10   _____   )

11

                      TRANSCRIPT OF TRIAL PROCEEDINGS
12               BEFORE THE HONORABLE EDWARD J. DAVILA
                    UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:  ROBERT S. LEACH
                                 KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612

20
     (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22   OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                          CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
24                          CERTIFICATE NUMBER 9595

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:     WILLIAMS & CONNOLLY LLP
                          BY:  KEVIN M. DOWNEY
                               LANCE A. WADE
                               KATHERINE TREFZ
                               ANDREW LEMENS
                               J.R. FLEURMONT
                               PATRICK LOOBY
                          725 TWELFTH STREET, N.W.
                          WASHINGTON, D.C. 20005

                          LAW OFFICE OF JOHN D. CLINE
                          BY:  JOHN D. CLINE
                          ONE EMBARCADERO CENTER, SUITE 500
                          SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:             FEDERAL BUREAU OF INVESTIGATION
                          BY:  ADELAIDA HERNANDEZ

                          OFFICE OF THE U.S. ATTORNEY
                          BY:  LAKISHA HOLLIMAN, PARALEGAL
                               MADDI WACHS, PARALEGAL

                          WILLIAMS & CONNOLLY
                          BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

                          TBC
                          BY:  BRIAN BENNETT, TECHNICIAN

<u>INDEX OF PROCEEDINGS</u>

GOVERNMENT'S:

**SUREKHA GANGAKHEDKAR**
CROSS-EXAM BY MR. WADE (RES.)          P. 1261
REDIRECT EXAM BY MR. BOSTIC            P. 1366

**AUDRA ZACHMAN**
DIRECT EXAM BY MR. BOSTIC              P. 1378
CROSS-EXAM BY MS. TREFZ                P. 1414
REDIRECT EXAM BY MR. BOSTIC            P. 1430

**BRITTANY GOULD**
DIRECT EXAM BY MR. LEACH               P. 1436

<pre>
1                           INDEX OF EXHIBITS

2
                                    IDENT.         EVIDENCE
3        GOVERNMENT'S:

4        487                                        1316
         1031                                       1322
5        3962                                       1362
         3961, 2 PAGES                              1374
6        5410                                       1387
         2044                                       1388
7        3305                                       1390
         5411                                       1390
8        4242                                       1404
         2083                                       1409
9        5412                                       1411

10

11       DEFENDANT'S:

12       10492                                      1264
         10493                                      1265
13       9002                                       1268
         10500                                      1274
14       9110                                       1276
         10496                                      1282
15       07215                                      1285
         10497                                      1287
16       7202                                       1290
         10491                                      1292
17       7297                                       1293
         9397                                       1299
18       7216                                       1308
         9921                                       1317
19       7603A                                      1325
         10521 & 10522                              1335
20       3966                                       1339
         10503                                      1341
21       13767                                      1346
         13768                                      1348
22       13770                                      1350
         13769                                      1353
23

24

25
</pre>

```
 1    SAN JOSE, CALIFORNIA                    SEPTEMBER 21, 2021

 2                    P R O C E E D I N G S

 3         (COURT CONVENED AT 8:33 A.M.)

 4         (JURY OUT AT 8:33 A.M.)

 5              THE COURT:  LET'S GO ON THE RECORD IN 18-258,

 6    UNITED STATES VERSUS ELIZABETH HOLMES.

 7         LET ME JUST SAY THAT I SEE ALL COUNSEL PRESENT, AND

 8    DEFENDANT IS PRESENT.

 9         GOOD MORNING EVERYONE.

10              MR. WADE:  GOOD MORNING.

11              THE COURT:  WE'RE OUTSIDE OF THE PRESENCE OF THE

12    JURY.  BEFORE WE START TODAY, I UNDERSTAND THAT THE PARTIES

13    WANTED TO DISCUSS SOME MATTERS?

14              MS. TREFZ:  WE DO, YOUR HONOR.

15              THE COURT:  YES, MS. TREFZ.

16              MS. TREFZ:  GOOD MORNING, YOUR HONOR.

17         KATIE TREFZ ON BEHALF OF MS. HOLMES.

18         WE HAVE THREE ISSUES WITH RESPECT TO WITNESSES THAT ARE

19    EXPECTED TO COME AFTER MS. GANGAKHEDKAR.  I'M NOT SURE WHAT

20    ORDER THOSE WITNESSES WILL COME IN BECAUSE THAT'S UP TO THE

21    GOVERNMENT, BUT I WANTED TO RAISE THEM NOW SO THAT THE COURT

22    COULD BE AWARE OF POTENTIAL ISSUES THAT MIGHT COME UP.

23         THE MOST SUBSTANTIVE ONE IS ON CERTAIN TEXT MESSAGES THAT

24    WE EXPECT THE GOVERNMENT TO SEEK TO INTRODUCE THROUGH A WITNESS

25    NAMED JUSTIN OFFEN.
```

08:34AM  1       WE EXPECT THE GOVERNMENT -- YESTERDAY AFTERNOON WE

08:34AM  2   RECEIVED NOTICE OF CERTAIN PARTICULAR TEXT MESSAGES THAT THE

08:34AM  3   GOVERNMENT WOULD SEEK TO INTRODUCE THROUGH MR. OFFEN.  IT

08:35AM  4   SHOULD BE NO SURPRISE TO THE COURT THAT WE HAVE SOME OBJECTIONS

08:35AM  5   TO CERTAIN OF THOSE TEXT MESSAGES.

08:35AM  6       WE'VE BEEN -- WE'VE DONE OUR BEST TO GO THROUGH THEM

08:35AM  7   PROMPTLY, BUT SINCE WE RECEIVED THE DISCLOSURE YESTERDAY

08:35AM  8   AFTERNOON, WE HAVE NOT HAD THE CHANCE TO FULLY PUT SOMETHING

08:35AM  9   BEFORE THE COURT TO IDENTIFY THE OBJECTIONS.

08:35AM 10       WE THOUGHT THAT SINCE MOST OF THOSE OBJECTIONS ARE TO

08:35AM 11   RELEVANCE ON 403 GROUNDS OR, YOU KNOW, TO COMPLETENESS, THEN WE

08:35AM 12   THOUGHT IT WOULD BE MOST EFFICIENT TO HAVE THE CHANCE TO KIND

08:35AM 13   OF PROVIDE THAT INFORMATION TO THE COURT IN ADVANCE OF THE

08:35AM 14   ACTUAL MESSAGES BEING INTRODUCED AND SHOWN TO THE JURY SIMPLY

08:35AM 15   BECAUSE THIS PARTICULAR WITNESS CANNOT RESOLVE -- THIS WITNESS

08:35AM 16   IS A CUSTODIAL WITNESS FROM PRICEWATERHOUSECOOPERS AND CANNOT

08:35AM 17   RESOLVE THE ISSUES WITH RESPECT TO RELEVANCE OR PREJUDICE OR

08:36AM 18   COMPLETENESS.

08:36AM 19       WE HAVE PROPOSED TO THE GOVERNMENT SOME PARTICULAR

08:36AM 20   MESSAGES TO WHICH WE DON'T OBJECT THAT THE GOVERNMENT MIGHT USE

08:36AM 21   IN ITS EXAMINATION OF MR. OFFEN.

08:36AM 22       IT SOUNDS LIKE FROM COUNSEL ABOUT 15 OR 20 MINUTES AGO

08:36AM 23   THAT THEY WOULD LIKE TO PRESENT A BROADER SET, AND I JUST

08:36AM 24   WANTED TO RAISE THIS WITH THE COURT AND, YOU KNOW, PROVIDE KIND

08:36AM 25   OF A SUGGESTED PROCEDURE FOR HOW WE MIGHT DO THAT.

08:36AM  1        THE COURT:  OKAY.  WELL, THANK YOU.  THANKS FOR

08:36AM  2   BRINGING IT TO MY ATTENTION.

08:36AM  3        LET ME ASK, IT SOUNDS LIKE THERE WILL NOT BE ANY ISSUE OF

08:36AM  4   AUTHENTICITY UNDER 902 OR ANY OF THOSE -- IT SOUNDS LIKE THAT'S

08:36AM  5   GOING TO -- THAT'S NOT WHAT THE ISSUE IS, AUTHENTICITY, BUT

08:36AM  6   RATHER ANY OTHER COLLATERAL OBJECTIONS LIKE YOU'VE INDICATED

08:36AM  7   UNDER 403, 401 OR OTHERS.

08:37AM  8        MS. TREFZ:  THE AUTHENTICITY WE HAVE, YOUR HONOR, IS

08:37AM  9   THESE MESSAGES WERE COMPILED INTO A SPREADSHEET THAT CAME FROM

08:37AM 10   A BUNCH OF DIFFERENT SOURCES.

08:37AM 11        WE DO NOT HAVE OBJECTIONS TO AUTHENTICITY OF THE

08:37AM 12   INDIVIDUAL MESSAGES INSOFAR AS THEY ARE MESSAGES FROM, YOU

08:37AM 13   KNOW, MS. HOLMES TO MR. BALWANI OR VICE VERSA ON A PARTICULAR

08:37AM 14   DATE OR A PARTICULAR TIME.

08:37AM 15        THE COURT:  PARDON ME FOR INTERRUPTING YOU, BUT ARE

08:37AM 16   WE TALKING ABOUT TEXT MESSAGES FROM A CELLULAR DEVICE TO

08:37AM 17   ANOTHER CELLULAR DEVICE?

08:37AM 18        MS. TREFZ:  IT'S A COMBINATION OF IMESSAGES, SKYPE

08:37AM 19   MESSAGES, AND SMS MESSAGES, AND THEY'VE BEEN COMPILED INTO A

08:37AM 20   SPREADSHEET BY DATE AND TIME IS OUR UNDERSTANDING.

08:37AM 21        THE COURT:  I SEE.

08:37AM 22        MS. TREFZ:  AS WE INFORMED THE GOVERNMENT, WE DON'T

08:37AM 23   HAVE AN OBJECTION TO THE INDIVIDUAL MESSAGES.

08:37AM 24        WHAT WE DO HAVE AN OBJECTION TO IN TERMS OF AUTHENTICITY,

08:37AM 25   AND I THINK IT'S A 403 ISSUE, IS KIND OF HOW THEY'RE EXPECTED

| | | |
|---|---|---|
| 08:37AM | 1 | TO BE PRESENTED TO THE JURY. |
| 08:38AM | 2 | THE GOVERNMENT'S SUGGESTION IS TO TAKE BASICALLY EXCERPTS |
| 08:38AM | 3 | FROM THE SPREADSHEET, REDACT EVERYTHING EXCEPT FOR THE TEXT |
| 08:38AM | 4 | MESSAGES AT ISSUE. |
| 08:38AM | 5 | AND OUR REQUEST INSTEAD WOULD BE TO HAVE THE GOVERNMENT |
| 08:38AM | 6 | JUST SHOW AND JUST INTRODUCE THE MESSAGES THAT ARE ADMITTED ON |
| 08:38AM | 7 | A SEPARATE SHEET OF PAPER. |
| 08:38AM | 8 | THE REASON WHY THAT IS IMPORTANT TO US IS BECAUSE WE |
| 08:38AM | 9 | BELIEVE THAT PRESENTING THE MESSAGES AS A WHOLE OR SUGGESTING |
| 08:38AM | 10 | THAT THEY ARE PART OF A WHOLE IS -- MISLEADINGLY SUGGESTS THAT |
| 08:38AM | 11 | THIS IS THE COMPLETE SET OF MESSAGES BETWEEN THESE TWO |
| 08:38AM | 12 | INDIVIDUALS, AND WE KNOW THAT THERE ARE LARGE GAPS IN THE TIME |
| 08:38AM | 13 | PERIODS AND STUFF LIKE THAT. |
| 08:38AM | 14 | THE COURT:  OKAY.  MR. LEACH. |
| 08:38AM | 15 | MR. LEACH:  THANK YOU, YOUR HONOR. |
| 08:38AM | 16 | ROBERT LEACH ON BEHALF OF THE UNITED STATES. |
| 08:38AM | 17 | I JUST WANT TO BE CLEAR WHAT WE'RE TALKING ABOUT. |
| 08:38AM | 18 | MR. OFFEN IS GOING TO TESTIFY THAT AS PART OF HIS WORK AT PWC |
| 08:39AM | 19 | ON BEHALF OF WILMER HALE AND THERANOS HE GENERATED VERY LENGTHY |
| 08:39AM | 20 | SPREADSHEETS OF TEXTS, IMS AND OTHER MESSAGES, FROM THREE |
| 08:39AM | 21 | DEVICES OR FROM SIX DEVICES GATHERED FROM THE DEFENDANT. |
| 08:39AM | 22 | IN CONNECTION WITH THE TRIAL I RECEIVED A RULE 17 SUBPOENA |
| 08:39AM | 23 | TO ESSENTIALLY PRODUCE THOSE DOCUMENTS AGAIN, WHICH HE DID FROM |
| 08:39AM | 24 | A SUBSET OF THOSE DEVICES, AND HE'LL EXPLAIN ALL OF THAT. |
| 08:39AM | 25 | THE DOCUMENT IS QUITE LONG.  IT'S 447 PAGES.  IT CONSISTS |

08:39AM   1    OF 12,000 TEXTS.  NOT ALL OF THEM ARE RELEVANT.

08:39AM   2        THE GOVERNMENT SEEKS TO ADMIT A SUBSET OF THEM.

08:39AM   3        TO FACILITATE THAT, THE GOVERNMENT HAS REDACTED ALL BUT

08:39AM   4    THE MESSAGES THAT IT INTENDS TO OFFER.  WE'RE DOING THAT IN THE

08:39AM   5    DOCUMENT THAT THE DEFENDANT CREATED -- OR THAT THE WITNESS

08:39AM   6    OVERSAW THE CREATION OF AND CAN EXPLAIN WHAT IT IS.

08:40AM   7        SO WHATEVER CONCERNS THEY HAVE THAT THERE MIGHT BE OTHER

08:40AM   8    DEVICES OUT THERE, HE CAN EXPLAIN ALL OF THOSE, WHICH I THINK

08:40AM   9    RESOLVES ANY 403 ISSUE.

08:40AM  10        WE DO WANT TO PRESENT SOME OF THEM IN THE MOMENT AS HE'S

08:40AM  11    TESTIFYING.  WE WANT TO AVOID THE NEED FOR A CUSTODIAL WITNESS

08:40AM  12    TO COME BACK AS FURTHER ONES ARE ADMITTED.

08:40AM  13        I THINK THE COURT IN ITS ORDER ON THE MOTION IN LIMINE

08:40AM  14    REVIEWED MANY OF THE EXCERPTS OR AT LEAST SIX OF THE EXCERPTS

08:40AM  15    THAT WE INTEND TO PRESENT TODAY AND ASSESS THAT THEY'RE

08:40AM  16    RELEVANT IN ITS MOTION IN LIMINE ORDER.

08:40AM  17        SO I SEE NO REASON WHY THOSE CANNOT BE PRESENTED TODAY.  I

08:40AM  18    THINK THE REMAINDER THAT WE CAN DEMONSTRATE THE RELEVANCE

08:40AM  19    THROUGH EVENTS THAT DANISE YAM TESTIFIED ABOUT, EVENTS THAT

08:40AM  20    ERIKA CHEUNG -- DANISE YAM OR SO HAN SPIVEY TESTIFIED ABOUT.

08:41AM  21    SO WE WOULD LIKE TO PRESENT SOME OF THEM TODAY.  I BELIEVE

08:41AM  22    THOSE OBJECTIONS CAN BE -- IF THERE'S A RELEVANCE OBJECTION, IT

08:41AM  23    CAN BE RESOLVED IN THE MOMENT.

08:41AM  24        I HEAR WHAT MY COLLEAGUES ARE SAYING ABOUT COMPLETENESS.

08:41AM  25    I DON'T THINK THAT'S A REASON NOT TO ADMIT A TEXT MESSAGE.

08:41AM   1    THAT'S A REASON TO ADMIT ADDITIONAL TEXT MESSAGES AND IF THE

08:41AM   2    DEFENSE HAS MORE THEY WANT TO OFFER, WE'RE WILLING TO CONSIDER

08:41AM   3    THEIR PROPOSALS THERE.

08:41AM   4         SO WE HAVE THOUGHT ABOUT A NUMBER OF DIFFERENT WAYS TO

08:41AM   5    HANDLE THIS.  I -- ONE WAY WOULD BE TO ADMIT THE REDACTED

08:41AM   6    VERSION THAT WE HAVE PREPARED FOR MR. OFFEN SUBJECT TO ANY 403

08:41AM   7    OR RELEVANCE OBJECTIONS THAT THEY WANT TO RAISE DOWN THE ROAD.

08:41AM   8         I'M ONLY GOING TO DISPLAY TODAY A SUBSET OF THEM, AND I'M

08:41AM   9    NOT SURE WE'RE GETTING TO THEM TODAY, BUT EITHER TODAY OR

08:41AM  10    TOMORROW, AND WE'RE HAPPY TO PROCEED WHICHEVER WAY THE COURT

08:41AM  11    WISHES.

08:41AM  12              THE COURT:  THANK YOU.

08:41AM  13         I HEAR MS. TREFZ SAYING THAT IT SOUNDS LIKE IT'S THE

08:41AM  14    PRESENTATION, ONE OF THE ISSUES IS THE PRESENTATION.  AND I

08:42AM  15    THINK THERE IS -- I DON'T KNOW WHAT THIS SPREADSHEET IS,

08:42AM  16    HOWEVER, THERE ARE 55 TEXTS ON ONE LINE AND WITH CORRESPONDING

08:42AM  17    DATES AND THEN THE MESSAGE TO AND FROM, ET CETERA.

08:42AM  18         MS. TREFZ, ARE YOU SAYING THAT IF THE GOVERNMENT JUST PUTS

08:42AM  19    ONE -- DISPLAYS ONE TEXT MESSAGE BUT EVEN REDACT ALL OF THE

08:42AM  20    OTHERS, THAT WOULD BE AN UNTOWARD PRESENTATION THAT WOULD GIVE

08:42AM  21    SOME TYPE OF NEGATIVE PRESENTATION TO THE JURY?

08:42AM  22              MS. TREFZ:  YES, YOUR HONOR.

08:42AM  23         WE'VE PROVIDED THEM WITH AN EXAMPLE OF WHAT WE WOULD DO

08:42AM  24    WITH A MESSAGE EXCHANGE THAT WE DON'T HAVE ANY OBJECTION TO.

08:42AM  25    I'M HAPPY TO GIVE THE COURT AN EXAMPLE, AND EVERYBODY ELSE AN

08:42AM  1    EXAMPLE, OF WHAT WE WERE PROPOSING THAT THEY DO INSTEAD.

08:42AM  2            THE COURT:  SURE.

08:42AM  3            MS. TREFZ:  WE THOUGHT THAT THIS WOULD BE

08:42AM  4    APPROPRIATE.

08:42AM  5            THE COURT:  SURE.  YOU'VE SEEN THIS, MR. LEACH?

08:42AM  6            MR. LEACH:  I HAVE SEEN THIS.

08:43AM  7        MAY I HAVE ONE MOMENT, YOUR HONOR?

08:43AM  8            THE COURT:  CAN WE GET ANOTHER COPY?

08:43AM  9            MS. TREFZ:  OH, SURE.

08:43AM  10       (PAUSE IN PROCEEDINGS.)

08:43AM  11           THE COURT:  ALL RIGHT.  THANK YOU.

08:43AM  12       SO, MS. TREFZ, THIS IS YOUR SUGGESTION OR IT LOOKS LIKE AN

08:43AM  13   EXAMPLE OF THREE MESSAGES, BUT MY SENSE IS THAT THESE THREE ARE

08:43AM  14   RELATED?

08:43AM  15           MS. TREFZ:  CORRECT, YOUR HONOR.

08:43AM  16       WHAT WE HAVE DONE IN THAT EXAMPLE IS TO TAKE WHAT THE

08:43AM  17   GOVERNMENT DESIGNATED AND WE DON'T HAVE A RELEVANCE OR A

08:43AM  18   COMPLETION -- OR A COMPLETENESS OR 403 OBJECTION TO THOSE

08:43AM  19   MESSAGES, AND SO OUR SUGGESTION IS WHY WOULD THEY NOT JUST BE

08:44AM  20   PRESENTED LIKE THAT.

08:44AM  21       WE ALSO DON'T HAVE AN AUTHENTICATION PROBLEM WITH THOSE

08:44AM  22   MESSAGES, AND OUR SUGGESTION IS THAT THAT'S MORE LIKE A FAIR

08:44AM  23   AND EFFICIENT WAY TO PRESENT THE MESSAGES.

08:44AM  24           THE COURT:  MR. LEACH.

08:44AM  25           MR. LEACH:  I THINK IT'S AN ODD SOLUTION TO AN

08:44AM 1    AUTHENTICITY OBJECTION WITH A SEPARATE TEXT TAKEN OUT OF

08:44AM 2    CONTEXT.

08:44AM 3         SO IF WE CAN DISPLAY WHAT THE GOVERNMENT PREPARED.

08:44AM 4         I THINK THE BETTER APPROACH, YOUR HONOR, IS TO SIMPLY

08:44AM 5    REDACT THE RELEVANT MATERIAL.

08:44AM 6              THE COURT:  I WANTED TO SEE BOTH VERSIONS.

08:44AM 7              MR. LEACH:  I REGRET, I DON'T HAVE A HARD COPY

08:44AM 8    HANDY.  WE'RE TRYING TO PULL UP THE GOVERNMENT'S PROPOSAL UP ON

08:44AM 9    THE SCREEN.

08:44AM 10             THE COURT:  AND I THINK MS. TREFZ'S POSITION IS

08:44AM 11   THAT, JUDGE, IF THE JUDGE SEES THIS BIG SHEET THAT HAS 57, 60

08:45AM 12   REDACTIONS AND THEN ONLY 4 OR 5 LINES OF THE TEXT, IT MIGHT

08:45AM 13   SUGGEST THAT THERE'S SOMETHING ELSE THERE, BUT HIDDEN FROM THE

08:45AM 14   JURY OR SOMETHING.

08:45AM 15        IT COULD BE, MS. TREFZ, THAT THE JURY IS GOING TO THINK

08:45AM 16   THAT, GEE, WITH ALL OF THAT SPACE AND THESE ARE THE ONLY THINGS

08:45AM 17   THAT THEY CAN FIND THAT ARE NEGATIVE.

08:45AM 18             MS. TREFZ:  THAT'S POSSIBLE, YOUR HONOR.

08:45AM 19             MR. LEACH:  SO WE HAVE AN EXAMPLE ON THE SCREEN.

08:45AM 20             THE COURT:  RIGHT.  SO, MS. TREFZ, TELL ME WHAT IS

08:45AM 21   THE ISSUE WITH THIS, WITH THE WAY IT'S PRESENTED.

08:45AM 22             MS. TREFZ:  THE ISSUE WITH THIS IS SEVERAL FOLD.

08:45AM 23   ONE IS THAT IT SAYS PAGE 8 OF 449.

08:45AM 24             THE COURT:  OH, I SEE.

08:45AM 25             MS. TREFZ:  ANOTHER IS THAT IT'S HEAVILY REDACTED

08:45AM 1    EXCEPT THIS ONE PARTICULAR LINE.

08:45AM 2         AND THEN WITH RESPECT TO THIS ONE PARTICULAR -- THIS

08:46AM 3    PARTICULAR EXAMPLE, WE DO HAVE RELEVANCE AND COMPLETENESS

08:46AM 4    OBJECTIONS TO IT.

08:46AM 5              THE COURT:  SURE.

08:46AM 6              MS. TREFZ:  BUT THAT'S NOT THE --

08:46AM 7              THE COURT:  WE'RE TALKING ABOUT FORM NOW.  SO IF THE

08:46AM 8    PAGE AND NUMBERS ARE REDACTED ON THE BOTTOM, IS THAT SOMETHING

08:46AM 9    THAT YOU COULD DO, MR. LEACH?

08:46AM 10             MR. LEACH:  YEAH, THAT'S FINE, YOUR HONOR.

08:46AM 11             MS. TREFZ:  YOUR HONOR, WE STILL HAVE AN ISSUE WITH

08:46AM 12   THE FACT THAT IT'S BASICALLY ENTIRELY REDACTED EXCEPT FOR ONE

08:46AM 13   LINE, BUT, YOU KNOW -- SO THAT'S WHY WE SUGGESTED THIS ONE WAY.

08:46AM 14             THE COURT:  SURE.

08:46AM 15             MS. TREFZ:  WE WOULD ALSO, AS I NOTED, SUGGEST THAT

08:46AM 16   THE PARTIES GIVE THE COURT A CHANCE TO LET THIS PLAY OUT A

08:46AM 17   LITTLE BIT IN TERMS OF, YOU KNOW, WE JUST RECEIVED THESE

08:46AM 18   YESTERDAY AND IT'S A SELECTION, BUT IT'S 122 PAGES, AND SO

08:46AM 19   WE'VE DONE OUR BEST TO DO THIS ON SHORT NOTICE BUT --

08:46AM 20             THE COURT:  THIS IS TRIAL.  THIS IS TRIAL,

08:46AM 21   MS. TREFZ.

08:46AM 22             MS. TREFZ:  AS OUR EMAIL TIME STAMPS WILL

08:46AM 23   ACKNOWLEDGE, WE HAVE BEEN WORKING HARD.  BUT WE THOUGHT THE

08:47AM 24   COURT WOULD APPRECIATE GETTING THE OPPORTUNITY TO UNDERSTAND

08:47AM 25   KIND OF SEEING IT LAID OUT OVER OF COURSE OF A COUPLE OF DAYS.

08:47AM 1          THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR BRINGING

08:47AM 2     IT TO MY ATTENTION.

08:47AM 3        AS MR. LEACH SUGGESTS, WE MAY NOT GET TO THIS WITNESS

08:47AM 4     TODAY, OR IF WE DO, IT SOUNDS LIKE IT MAY ONLY CAPTURE THE SIX

08:47AM 5     OR SEVEN TEXTS THAT YOU TALK ABOUT THAT SEEM TO BE

08:47AM 6     OBJECTIONABLE.

08:47AM 7          MR. LEACH:  I'LL BE GUIDED BY THE COURT, YOUR HONOR.

08:47AM 8     I THINK THERE'S SIX THAT THE COURT CONSIDERED IN THE MOTION IN

08:47AM 9     LIMINE.

08:47AM 10       THERE'S A SLIGHTLY BROADER UNIVERSE THAT I THINK THE

08:47AM 11    RELEVANCE IS MANIFEST BASED ON THE TESTIMONY THAT HAS ALREADY

08:47AM 12    COME IN.  I WOULD LIKE TO DO THOSE WITH MR. OFFEN IN THE

08:47AM 13    MOMENT.

08:47AM 14       MY INTEREST IS JUST MAKING SURE HE DOESN'T HAVE TO COME

08:47AM 15    BACK FOR FURTHER AUTHENTICITY ISSUES.

08:47AM 16         THE COURT:  SURE.

08:47AM 17         MR. LEACH:  IF I COULD JUST RESPOND BRIEFLY.  I DO

08:47AM 18    THINK THAT WE CAN INSTRUCT THE JURY TO IGNORE REDACTIONS.  WE

08:48AM 19    CAN INSTRUCT THE JURY, YOU KNOW -- SO I REALLY DON'T SEE WHY

08:48AM 20    BLANK SPACES ARE PREJUDICIAL.

08:48AM 21       BUT THERE'S ALSO -- YOU KNOW, THE FACT THAT MS. HOLMES AND

08:48AM 22    MR. BALWANI ARE COMMUNICATING SO FREQUENTLY AND SO REGULARLY,

08:48AM 23    REGARDLESS OF THE SUBSTANCE, HAS SOME RELEVANCE TO THEIR

08:48AM 24    CLOSENESS, THE EXISTENCE OF A CONSPIRACY.

08:48AM 25       I, FRANKLY, DON'T SEE THE PREJUDICE BETWEEN -- THAT CAN BE

1254

08:48AM  1    DRAWN FROM THAT THEY TALKED ALL OF THE TIME.  IT'S A SIMPLE

08:48AM  2    MATTER OF INSTRUCTION TO SAY THAT NOT ALL OF THESE ARE RELEVANT

08:48AM  3    OR PERTINENT TO THE ISSUES OF THE CASE FOR REASONS THAT YOU

08:48AM  4    DON'T NEED TO BE CONCERNED ABOUT.

08:48AM  5         I DON'T WANT TO HAVE A CREATE A SEPARATE DOCUMENT.

08:48AM  6              THE COURT:  RIGHT.

08:48AM  7              MR. LEACH:  I REALLY DON'T SEE A NEED.

08:48AM  8              THE COURT:  THANK YOU.

08:48AM  9         I WAS THINKING, AS I WAS LOOKED AT IT, I WAS CURIOUS WHAT

08:48AM  10   THE PRESENTATION WOULD BE.  THE DARK REDACTIONS, IT SUGGESTS

08:48AM  11   SOMETHING, I SUPPOSE.

08:48AM  12        BUT THE COURT COULD AND WOULD INSTRUCT THE JURY THAT THIS

08:48AM  13   IS SHOWN AS A DEMONSTRATIVE, AND THIS IS THE MOST EFFICIENT WAY

08:49AM  14   TO CAPTURE IT, AND THEY SHOULD NOT BE GUIDED BY ANY REDACTION.

08:49AM  15        WHAT IS IMPORTANT ON THIS DOCUMENT IS WHAT IS NOT

08:49AM  16   REDACTED, AND ANYTHING ELSE IS PURELY BY CONSTRUCTION FOR EASE

08:49AM  17   OF PRESENTATION.

08:49AM  18        I DON'T THINK -- I DON'T THINK THAT WE'LL -- AND IF WE

08:49AM  19   REDACT THOSE PAGE AND THINGS ON THE BOTTOM, TALKING ABOUT

08:49AM  20   CONFIDENTIALITY AND PAGES OF 455 PAGES, ET CETERA.

08:49AM  21        I THINK PEOPLE UNDERSTAND THAT IN TRIAL DOCUMENTS ARE

08:49AM  22   PRESENTED AS BEST THEY CAN BE, AND WHAT IS RELEVANT TO THEM IS

08:49AM  23   WHAT IS SHOWN, THAT IS, THE WRITTEN, THE WRITTEN LANGUAGE, NOT

08:49AM  24   THE REDACTION.

08:49AM  25        THAT'S JUST A FUNCTION OF PRESENTATION THAT SHOULD HAVE NO

08:49AM 1     IMPACT ON THEIR JUDGMENT AS TO HOW TO WEIGH THE EVIDENCE.

08:50AM 2          MS. TREFZ:  IF IT IS A MATTER OF JUST PRESENTATION,

08:50AM 3     YOUR HONOR, THEN I WOULD REQUEST THAT ONE ADDITIONAL COMPROMISE

08:50AM 4     MIGHT BE THAT WHEN THEY'RE EXAMINING ABOUT PARTICULAR MESSAGES,

08:50AM 5     IF THEY BLOW IT UP LIKE WE ALL HAVE SEEN ON THE TRIAL GRAPHIC

08:50AM 6     SOFTWARE YOU'RE ALLOWED TO DO SO THE JURY IS NOT FOCUSSED ON

08:50AM 7     THE DARK SPACE, BUT IS FOCUSSED ON THAT PART.

08:50AM 8       I ASSUME THEY WILL DO THAT ANYWAY, BUT I JUST WANTED

08:50AM 9     TO MAKE THAT --

08:50AM 10          THE COURT:  I EXPECT THAT THEY WILL.

08:50AM 11          MR. LEACH:  WE'RE HAPPY TO DO IT THAT WAY,

08:50AM 12    YOUR HONOR.  OUR INTEREST IS NOT IN DRAWING TO THE BLACK.  WE

08:50AM 13    WANT TO FOCUS ON THE SUBSTANCE.

08:50AM 14          THE COURT:  OKAY.  GREAT.  WELL, LET'S DO THAT TO

08:50AM 15    START WITH AND LET'S SEE HOW THAT WORKS.

08:50AM 16       MY SENSE IS THAT'S A GOOD PROTOCOL TO ENGAGE.

08:50AM 17          MS. TREFZ:  IN TERMS OF THE SUBSTANCE THAT WE HAVE

08:50AM 18    WITH THE TEXT MESSAGES, HOW IS THAT TO BE PRESENTED?

08:50AM 19          THE COURT:  WELL, I WAS CURIOUS, MR. LEACH, THAT'S

08:50AM 20    WHY I ASKED WHETHER YOU THOUGHT WE WOULD GET INTO THIS TODAY OR

08:50AM 21    NOT.

08:50AM 22       THAT'S DEPENDENT ON YOUR COLLEAGUE SITTING AT THE END OF

08:51AM 23    THE TABLE AND HOW MUCH LONGER HE HAS TO GO, MS. TREFZ, AND I

08:51AM 24    DON'T KNOW THE ANSWER TO THAT.

08:51AM 25          MS. TREFZ:  NEITHER DO I, YOUR HONOR.

08:51AM   1          THE COURT:  AND MAYBE HE DOESN'T.  THAT WILL GUIDE

08:51AM   2     US AS TO THE WITNESSES TODAY AND WHO FOLLOWS.

08:51AM   3          SO, I DON'T KNOW, MR. LEACH, MAYBE YOU'RE IN THE BEST

08:51AM   4     POSITION TO TELL US IF YOU THINK THAT WE'LL GET TO THE TEXT

08:51AM   5     MESSAGES.

08:51AM   6          MR. LEACH:  I THINK THERE'S AN OUTSIDE CHANCE LATER

08:51AM   7     IN THE DAY HE'LL BE CALLED.  IT REALLY DOES DEPEND ON THE CROSS

08:51AM   8     OF MS. GANGAKHEDKAR.  WE HAVE TWO RELATIVELY BRIEF WITNESSES

08:51AM   9     BEFORE THAT.

08:51AM  10          I'M PREPARED TO LIMIT IT TO THE MESSAGES THAT THE COURT

08:51AM  11     HAS SEEN BEFORE AND THE ONES THAT I THINK YOUR HONOR WILL BE

08:51AM  12     ABLE TO RULE IN THE MOMENT BASED ON WHAT YOU HEARD FROM MS. YAM

08:51AM  13     AND MS. CHEUNG.

08:51AM  14          THE COURT:  THANK YOU FOR THAT.

08:51AM  15          SO MY SENSE IS THAT WE'LL START WITH THE WITNESS, OF

08:52AM  16     COURSE, WHO IS ON THE STAND NOW AND FINISH HER CROSS AND ANY

08:52AM  17     REDIRECT.

08:52AM  18          IT MAY BE THAT THAT WILL TAKE US TO A BREAK TIME, AND

08:52AM  19     YOU'LL HAVE TO TELL ME WHAT YOU SUGGEST FOR A BREAK THIS

08:52AM  20     MORNING, AND THEN MAYBE YOU CAN REASSESS WHERE THINGS ARE.

08:52AM  21          MR. LEACH:  OKAY.

08:52AM  22          THE COURT:  AND THEN IF YOU HAVE ADDITIONAL EMAILS

08:52AM  23     THAT YOU WISH TO SHARE WITH MS. TREFZ TO RESOLVE THIS ISSUE IF

08:52AM  24     YOU CAN, AND THAT WILL BE HELPFUL, TOO.  WE'LL TAKE A BREAK OF

08:52AM  25     ABOUT 45 MINUTES OR SOMETHING.  I DON'T MEAN TO DEPRIVE YOU OF

08:52AM 1   NOURISHMENT, BUT THAT MAY BE A GOOD TIME TO DISCUSS SOME

08:52AM 2   THINGS.  I THINK WE CAN WORK IT OUT TODAY.

08:52AM 3        AND THEN THAT WILL GIVE YOU SOME TIME THIS AFTERNOON TO

08:52AM 4   LOOK AT IT, MS. TREFZ, AND WE CAN MEET AGAIN TOMORROW MORNING

08:52AM 5   IF WE NEED TO.

08:52AM 6             MS. TREFZ:  OKAY.  THANK YOU, YOUR HONOR.

08:52AM 7             MR. LEACH:  THANK YOU, YOUR HONOR.

08:52AM 8             MS. TREFZ:  WE HAVE TWO MUCH SMALLER ISSUES, I

08:52AM 9   BELIEVE.

08:52AM 10            THE COURT:  SURE.

08:52AM 11            MS. TREFZ:  ONE IS ASIDE FROM MR. OFFEN, THE OTHER

08:52AM 12  TWO WITNESSES WHO ARE COMING TODAY, WE UNDERSTAND AFTER

08:52AM 13  MS. GANGAKHEDKAR ARE A PATIENT AND HER NURSE PRACTITIONER.

08:53AM 14       WITH RESPECT TO THOSE INDIVIDUALS, WE ASSUME THAT THE

08:53AM 15  GOVERNMENT INTENDS TO ABIDE BY THE RULING ON THE CUSTOMER

08:53AM 16  IMPACT IN THE MOTION IN LIMINE ORDER, BUT WE WONDERED IF THEY

08:53AM 17  COULD, YOU KNOW, TELL US WHETHER THEY'VE INSTRUCTED THE

08:53AM 18  WITNESSES NOT TO KIND OF VOLUNTEER, IN RESPONSE TO A QUESTION,

08:53AM 19  INFORMATION THAT IS BARRED UNDER THAT ORDER.

08:53AM 20       YOU KNOW, WE OBVIOUSLY SOUGHT THE ORDER IN ORDER TO AVOID

08:53AM 21  HAVING TO DO IT IN FRONT OF THE JURY.

08:53AM 22            THE COURT:  SO LET ME ASK MR. LEACH IF HE INTENDS TO

08:53AM 23  FOLLOW THE COURT'S ORDER.

08:53AM 24            MS. TREFZ:  I EXPECT THAT HE DOES, YOUR HONOR.

08:53AM 25       MY QUESTION WAS ABOUT THE WITNESS AND IF HIS WITNESSES

08:53AM 1    ARE --

08:53AM 2            THE COURT:  SURE.  MR. LEACH, CAN YOU HELP US OUT?

08:53AM 3            MR. LEACH:  THE ANSWER IS YES.

08:53AM 4       IN ADDITION, YOUR HONOR, THE GOVERNMENT ADMONISHED BOTH

08:53AM 5    DR. ZACHMAN AND MS. GOULD ABOUT THE COURT'S ORDER.  WE'VE

08:54AM 6    ADMONISHED THEM ABOUT THE SUBSTANCE OF THE ORDER AND HAVE EVERY

08:54AM 7    REASON TO BELIEVE THAT THEY UNDERSTAND IT AND WILL ABIDE BY IT.

08:54AM 8            THE COURT:  GREAT.  OKAY.

08:54AM 9            MS. TREFZ:  THAT RESOLVES THAT.

08:54AM 10      AND THEN THE LAST ISSUE, YOUR HONOR, IS THAT WE UNDERSTAND

08:54AM 11   THAT TWO OF THE EXHIBITS THAT WERE DISCLOSED TO US LAST NIGHT

08:54AM 12   WITH RESPECT TO -- WE BELIEVE WITH RESPECT TO THE PATIENT ARE

08:54AM 13   TWO EXHIBITS THAT -- EXHIBITS 5262 AND 5263 WHICH WE BELIEVE

08:54AM 14   PRESENT ISSUES UNDER THE COURT'S ORDER WITH RESPECT TO VOIDED

08:54AM 15   TESTS.

08:54AM 16      THESE ARE CORRECTED TEST REPORTS THAT WERE PROVIDED TO THE

08:54AM 17   DOCTOR'S OFFICE IN 2016, YOU KNOW, IN CONNECTION WITH THE CMS

08:54AM 18   ACTIONS.

08:54AM 19      WE BELIEVE THAT THE COURT'S ORDER IN THE MOTION IN LIMINE

08:54AM 20   AND THAT RULE 407 WOULD BAR THOSE.

08:54AM 21      WE ALSO BELIEVE THAT THERE IS OTHER EVIDENCE TO WHICH WE

08:55AM 22   HAVE INDICATED NO OBJECTION THAT THEY CAN USE TO GET THE SAME

08:55AM 23   INFORMATION.

08:55AM 24            MR. LEACH:  YOUR HONOR, IT WAS NOT OUR INTENTION TO

08:55AM 25   INTRODUCE VOIDED TEST RESULTS THROUGH THESE PARTICULAR

08:55AM 1     WITNESSES.

08:55AM 2         I DO THINK THE ISSUE OF VOIDED TESTS IS GOING TO COME UP

08:55AM 3     AT A SUBSEQUENT POINT, BUT IT'S NOT OUR INTENTION TO INTRODUCE

08:55AM 4     THE FACT THAT CERTAIN TESTS WERE VOIDED THROUGH THESE TWO

08:55AM 5     WITNESSES.

08:55AM 6         I THINK THERE'S SOME POSSIBILITY THAT THE DOCUMENT MAY BE

08:55AM 7     NECESSARY TO REFRESH SOMEBODY'S RECOLLECTION, BUT WE CAN DO IT

08:55AM 8     IN A WAY THAT DOESN'T ELICIT THE FACT THAT TESTS WERE VOIDED AT

08:55AM 9     THE END OF THE DAY.

08:55AM 10        THIS IS GOING TO COME UP LATER ON I ANTICIPATE, BUT I

08:55AM 11    DON'T THINK IT'S AN ISSUE FOR TODAY.

08:55AM 12                THE COURT:  OKAY.

08:56AM 13                MS. TREFZ:  THAT SHOULD BE SUFFICIENT, YOUR HONOR.

08:56AM 14                THE COURT:  GREAT.  ANYTHING FURTHER FROM YOUR SIDE,

08:56AM 15    MR. LEACH?

08:56AM 16                MR. LEACH:  NO, YOUR HONOR, THANK YOU.

08:56AM 17                THE COURT:  MS. TREFZ?

08:56AM 18                MS. TREFZ:  NO.

08:56AM 19                THE COURT:  WHAT TIME SHOULD WE BREAK THIS MORNING

08:56AM 20    FOR OUR BREAK?

08:56AM 21                MS. TREFZ:  11:00 O'CLOCK.

08:56AM 22                THE COURT:  ALL RIGHT.  IS THAT OKAY?

08:56AM 23                MR. LEACH:  YES.

08:56AM 24                THE COURT:  AND I'LL ASK OUR JURY IF WE CAN STAY

08:56AM 25    TOMORROW UNTIL 3:00, AND ALSO FRIDAY PERHAPS UNTIL 3:00 OR

08:56AM  1    MAYBE LATER.  WE'LL SEE WHAT THEIR FEELING IS.

08:56AM  2         I KNOW I INQUIRED ABOUT STARTING EARLIER, AND I THINK ONE

08:56AM  3    OF OUR JURORS HAS A DAYCARE/CHILDCARE ISSUE THAT PRECLUDES

08:56AM  4    THAT, SO I DON'T THINK WE'LL BE ABLE TO START EARLIER THAN OUR

08:56AM  5    9:00 O'CLOCK START.  BUT WE CAN SEE IF WE CAN EXTEND THE DAY.

08:56AM  6              MS. TREFZ:  THANK YOU, YOUR HONOR.

08:56AM  7              MR. LEACH:  THANK YOU.

08:56AM  8              THE CLERK:  COURT IS IN RECESS.

08:56AM  9         (RECESS FROM 8:56 A.M. UNTIL 9:04 A.M.)

09:04AM 10         (JURY IN AT 9:04 A.M.)

09:04AM 11              THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

09:04AM 12    THE RECORD IN UNITED STATES VERSUS ELIZABETH HOLMES.

09:04AM 13         ALL COUNSEL AND THE DEFENDANT IS PRESENT.  OUR JURY AND

09:04AM 14    ALTERNATE ARE PRESENT.

09:04AM 15         GOOD MORNING, LADIES AND GENTLEMEN.

09:04AM 16         BEFORE WE START AND BEFORE I INVITE THE WITNESS TO COME

09:04AM 17    FORWARD, LET ME JUST ASK YOU A QUESTION THAT I PROMISED YOU I

09:05AM 18    WOULD ASK YOU EACH TIME WE START.

09:05AM 19         DURING OUR BREAK, HAVE YOU OR ANY OF YOU -- DID ANY OF YOU

09:05AM 20    SEE, LISTEN, HEAR OR HAVE ANY ATTENTION DRAWN TO ANYTHING ABOUT

09:05AM 21    THIS CASE, EITHER IN MEDIA OR CONVERSATIONS OR OTHER TYPE OF

09:05AM 22    INFORMATION?  IF SO, IF YOU COULD PLEASE RAISE YOUR HAND SO I

09:05AM 23    COULD KNOW THAT.

09:05AM 24         I SEE NO HANDS.

09:05AM 25         ALL RIGHT.  THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

09:05AM   1          I'LL ASK THE WITNESS TO COME FORWARD, PLEASE.

09:05AM   2          GOOD MORNING, MS. GANGAKHEDKAR.

09:05AM   3          IF YOU COULD PLEASE TAKE THE STAND AGAIN AND MAKE YOURSELF

09:05AM   4   COMFORTABLE.  ADJUST THE MICROPHONE AS YOU NEED.  I'LL

09:06AM   5   ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

09:06AM   6          I'LL REMIND YOU YOU'RE STILL UNDER OATH.  IF YOU COULD

09:06AM   7   PLEASE STATE YOUR NAME.

09:06AM   8          THE WITNESS:  SUREKHA GANGADKHEDKAR.

09:06AM   9          **(GOVERNMENT'S WITNESS, SUREKHA GANGAKHEDKAR, WAS**

09:06AM  10   **PREVIOUSLY SWORN.)**

09:06AM  11          THE COURT:  THANK YOU VERY MUCH.

09:06AM  12          MR. WADE.

09:06AM  13          MR. WADE:  THANK YOU, YOUR HONOR.

09:06AM  14                  **CROSS-EXAMINATION (RESUMED)**

09:06AM  15   BY MR. WADE:

09:06AM  16   Q.   GOOD MORNING, MS. GANGAKHEDKAR.

09:06AM  17   A.   GOOD MORNING.

09:06AM  18   Q.   I HAVE SOME ADDITIONAL QUESTIONS FOR YOU TODAY.

09:06AM  19          DO YOU STILL HAVE THE TWO BINDERS UP IN FRONT OF YOU ON

09:06AM  20   THE WITNESS STAND?

09:06AM  21   A.   YES, I DO.

09:06AM  22   Q.   I WANT TO STEP BACK A BIT TO WHEN YOU JOINED THE COMPANY.

09:06AM  23          I BELIEVE YOU TESTIFIED THAT YOU WERE RECRUITED BY

09:06AM  24   DR. IAN GIBBONS TO JOIN THE COMPANY; IS THAT CORRECT?

09:07AM  25   A.   YES.

09:07AM  1    Q.   AND WHO IS DR. GIBBONS?  CAN YOU TELL US ABOUT HIM AND HIS

09:07AM  2    EXPERIENCE AT THAT TIME?

09:07AM  3    A.   SO DR. GIBBONS I BELIEVE WAS FUNCTIONING AS A DIRECTOR FOR

09:07AM  4    TECHNOLOGY AND ASSAY DEVELOPMENT.

09:07AM  5    Q.   AND DR. GIBBONS HAD A PH.D. IN BIOCHEMISTRY?

09:07AM  6    A.   I THINK SO.

09:07AM  7    Q.   AND HE HAD HELD NUMEROUS POSITIONS IN A LONG CAREER IN

09:07AM  8    WORKING IN SILICON VALLEY; IS THAT RIGHT?

09:07AM  9    A.   I THINK SO.

09:07AM  10   Q.   HE WAS SOMEONE YOU LOOKED UP TO?

09:07AM  11   A.   YES.

09:07AM  12   Q.   YOU FOCUSSED ON DEVELOPING ASSAYS FOR WORK WITH

09:07AM  13   PHARMACEUTICAL COMPANIES INITIALLY; CORRECT?

09:07AM  14   A.   YES.

09:07AM  15   Q.   AND WE TALKED ABOUT SOME OF THOSE LAST WEEK, YOU RECALL?

09:07AM  16   A.   YES.

09:07AM  17   Q.   AND THIS WAS ESSENTIALLY DEVELOPING ASSAYS FROM SCRATCH;

09:08AM  18   RIGHT?

09:08AM  19   A.   YES.

09:08AM  20   Q.   AND THEY WERE CUSTOMIZED FOR PARTICULAR CUSTOMERS FOR THE

09:08AM  21   MOST PART?

09:08AM  22   A.   YES.

09:08AM  23   Q.   AND THESE WERE TESTS THAT WERE DEVELOPED THAT REQUIRED

09:08AM  24   SIGNIFICANTLY SMALLER SAMPLES OF BLOOD THAN WAS TYPICAL AT THAT

09:08AM  25   TIME; IS THAT RIGHT?

09:08AM   1    A.   YES.

09:08AM   2    Q.   AND I THINK WE SAW SOME OF THE SUCCESSES LAST WEEK.

09:08AM   3         DO YOU RECALL THAT?

09:08AM   4    A.   YES.

09:08AM   5    Q.   AND EVERYONE WAS WORKING HARD DURING THIS EARLY PERIOD OF

09:08AM   6    THE COMPANY?

09:08AM   7    A.   I BELIEVE SO.

09:08AM   8    Q.   AND YOU WERE WORKING HARD; RIGHT?

09:08AM   9    A.   YES.

09:08AM   10   Q.   MR. GIBBONS WAS WORKING HARD?

09:08AM   11   A.   YES.

09:08AM   12   Q.   AND MS. HOLMES WAS WORKING HARD?

09:08AM   13   A.   I THINK SO.

09:08AM   14   Q.   AND YOU WERE MAKING PROGRESS?

09:08AM   15   A.   YES.

09:08AM   16   Q.   AND ACCOMPLISHING THINGS ALONG THE WAY?

09:08AM   17   A.   I THINK SO.

09:08AM   18   Q.   AND WE SAW SOME OF THE ACCOMPLISHMENTS LAST WEEK.

09:09AM   19        BUT YOU WERE ALSO RECOGNIZED BY SOME OF THE LEADERS OF THE

09:09AM   20   COMPANY; RIGHT?

09:09AM   21   A.   YES.

09:09AM   22   Q.   LET ME SHOW YOU WHAT SHOULD BE IN YOUR BINDER AS

09:09AM   23   EXHIBIT 10492.

09:09AM   24        DO YOU HAVE THAT EMAIL IN FRONT OF YOU?

09:09AM   25   A.   I DO.

09:09AM 1    Q.   AND IS THIS AN EMAIL THAT YOU RECEIVED WHILE YOU WERE

09:09AM 2    WORKING AT THE COMPANY?

09:09AM 3    A.   I THINK SO.

09:09AM 4    Q.   IT WAS A CONGRATULATORY EMAIL FROM MS. HOLMES; IS THAT

09:09AM 5    RIGHT?

09:09AM 6    A.   YES.

09:09AM 7    Q.   AS A RESULT OF SOME WORK THAT YOU HAD DONE ON AN ASSAY?

09:10AM 8    A.   YES.

09:10AM 9            MR. WADE:  I MOVE THE ADMISSION OF EXHIBIT 10492.

09:10AM 10           MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:10AM 11           THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

09:10AM 12       (DEFENDANT'S EXHIBIT 10492 WAS RECEIVED IN EVIDENCE.)

09:10AM 13   BY MR. WADE:

09:10AM 14   Q.   AND THIS IS IN SEPTEMBER OF 2005?

09:10AM 15   A.   YES.

09:10AM 16   Q.   NOT LONG AFTER YOU JOINED THE COMPANY?

09:10AM 17   A.   CORRECT.

09:10AM 18   Q.   AND DO YOU RECALL WHAT PROGRESS THAT YOU HAD MADE THAT

09:10AM 19   GENERATED THIS EMAIL?

09:10AM 20   A.   I DON'T EXACTLY REMEMBER THE PROJECT, BUT IT COULD RELATE

09:10AM 21   TO SOME OF THE ASSAYS THAT WERE DEVELOPED IN HOUSE.

09:10AM 22   Q.   OKAY.  SOME OF THAT WORK THAT YOU WERE DOING WITH

09:10AM 23   DR. GIBBONS AND OTHERS?

09:10AM 24   A.   I THINK SO.

09:10AM 25   Q.   LET ME SHOW YOU EXHIBIT 10493.  DO YOU HAVE THAT EMAIL IN

| | | |
|---|---|---|
| 09:11AM | 1 | FRONT OF YOU? |
| 09:11AM | 2 | A.   YES. |
| 09:11AM | 3 | Q.   AND THIS IS AN EMAIL FROM FEBRUARY 2006? |
| 09:11AM | 4 | A.   CORRECT. |
| 09:11AM | 5 | Q.   AND DO YOU SEE YOUR INITIAL EMAIL RELATED TO THE |
| 09:11AM | 6 | C-REACTIVE PROTEIN SERUM CORRELATION? |
| 09:11AM | 7 | A.   YES. |
| 09:11AM | 8 | Q.   AND YOU COMMUNICATED THAT TO MS. HOLMES? |
| 09:11AM | 9 | A.   YES, I DID. |
| 09:11AM | 10 | MR. WADE:  I WOULD MOVE THE ADMISSION OF |
| 09:11AM | 11 | EXHIBIT 10493, YOUR HONOR. |
| 09:11AM | 12 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 09:11AM | 13 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:11AM | 14 | (DEFENDANT'S EXHIBIT 10493 WAS RECEIVED IN EVIDENCE.) |
| 09:11AM | 15 | BY MR. WADE: |
| 09:11AM | 16 | Q.   CAN YOU SEE THE EMAIL ON THE SCREEN NOW? |
| 09:11AM | 17 | A.   YES. |
| 09:11AM | 18 | Q.   THE BOTTOM EMAIL IS AN EMAIL WITH AN UPDATE THAT YOU SENT; |
| 09:11AM | 19 | RIGHT? |
| 09:11AM | 20 | A.   YES. |
| 09:11AM | 21 | Q.   AND CAN YOU TELL US WHAT YOU HAD ACCOMPLISHED IN |
| 09:12AM | 22 | CONNECTION WITH YOUR WORK HERE? |
| 09:12AM | 23 | A.   SO I DEVELOPED AN ASSAY FOR C-REACTIVE PROTEIN.  THE ASSAY |
| 09:12AM | 24 | CONDITIONS ARE SPECIFIED IN THE EMAIL. |
| 09:12AM | 25 | SO WHAT WE ARE SAYING -- WHAT I AM SAYING IN THIS EMAIL IS |

09:12AM 1    I CONFIRMED THAT THE ASSAY THAT WAS DEVELOPED WAS THE -- THE

09:12AM 2    RESPONSE WAS CONFIRMED BY TESTING A SET OF CLINICAL SERUM ON

09:12AM 3    THE TEST THAT WAS DEVELOPED AGAINST A REFERENCE TEST.

09:12AM 4    Q.   AGAINST A REFERENCE TEST?

09:12AM 5    A.   YES.

09:12AM 6    Q.   AND YOU HAD COMPARED THE ASSAY YOU DEVELOPED AGAINST A

09:12AM 7    PREEXISTING ASSAY?

09:12AM 8    A.   YES.

09:12AM 9    Q.   AND THAT IT PERFORMED WELL?

09:12AM 10   A.   YES.

09:12AM 11   Q.   AND WERE YOU PROUD OF THAT WORK?

09:12AM 12   A.   YES.

09:12AM 13   Q.   AND OTHERS AT THE COMPANY WERE HAPPY ABOUT THAT WORK AS

09:12AM 14   WELL?

09:12AM 15   A.   I THINK SO.

09:12AM 16   Q.   OKAY.  DO YOU RECALL LAST WEEK, I THINK JUST BEFORE WE HAD

09:13AM 17   THE BREAK, WE STARTED TO TALK ABOUT HOW YOU HAD DONE SOME WORK

09:13AM 18   WITH CELGENE.

09:13AM 19       DO YOU RECALL THAT?

09:13AM 20   A.   YES.

09:13AM 21   Q.   AND YOU WERE INVOLVED IN DEVELOPING AN ASSAY FOR THERANOS

09:13AM 22   FOR THERANOS'S WORK FOR DEVELOPING AN ASSAY FOR CELGENE;

09:13AM 23   CORRECT?

09:13AM 24   A.   YES.

09:13AM 25   Q.   AND YOU WERE THE PRINCIPAL INVESTIGATOR ON THAT PROJECT?

09:13AM 1    A.   YES.

09:13AM 2    Q.   AND THIS INVOLVED DEVELOPING A CUSTOM ASSAY FOR CELGENE;

09:13AM 3    CORRECT?

09:13AM 4    A.   YES.

09:13AM 5    Q.   AND IT WAS ONE THAT WOULD MEASURE A PARTICULAR COMPOUND

09:13AM 6    THAT CELGENE WAS LOOKING TO DEVELOP?

09:13AM 7    A.   YES.

09:13AM 8    Q.   AND SO THIS WAS SO ULTIMATELY THAT THEY COULD DEVELOP OR

09:13AM 9    USE THAT ASSAY IN A CLINICAL TRIAL?

09:13AM 10   A.   YES.

09:13AM 11   Q.   THE WORK THAT YOU DID WAS DOCUMENTED IN A WRITTEN REPORT;

09:14AM 12   IS THAT RIGHT?

09:14AM 13   A.   YES.

09:14AM 14   Q.   IF I COULD HAVE YOU LOOK AT EXHIBIT 9002.

09:14AM 15        DO YOU HAVE THAT IN FRONT OF YOU?

09:14AM 16   A.   I DO.

09:14AM 17   Q.   AND WHAT IS THIS DOCUMENT?

09:14AM 18   A.   SO BASICALLY THIS IS A REPORT OF THE STUDY THAT WAS

09:14AM 19   CONDUCTED.

09:14AM 20   Q.   THE VALIDATION REPORT?

09:14AM 21   A.   YES.

09:14AM 22        MR. WADE:  I WOULD MOVE THE ADMISSION OF 9002,

09:14AM 23   YOUR HONOR.

09:14AM 24        MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:14AM 25        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

| | | |
|---|---|---|
| 09:14AM | 1 | (DEFENDANT'S EXHIBIT 9002 WAS RECEIVED IN EVIDENCE.) |
| 09:15AM | 2 | BY MR. WADE: |
| 09:15AM | 3 | Q.  AND THIS IS THE COVER PAGE OF THE REPORT? |
| 09:15AM | 4 | A.  I THINK SO. |
| 09:15AM | 5 | Q.  AND IT IDENTIFIES YOU AS THE PRINCIPAL INVESTIGATOR? |
| 09:15AM | 6 | A.  YES. |
| 09:15AM | 7 | Q.  AND IT SHOWS THE DATE OF THAT WORK AS STARTING ON |
| 09:15AM | 8 | DECEMBER 13TH OF 2010? |
| 09:15AM | 9 | A.  YES. |
| 09:15AM | 10 | Q.  I'D LIKE TO DRAW YOUR ATTENTION TO PAGE 8150 AT THE |
| 09:15AM | 11 | BOTTOM, NUMBER ENDING 8150, AND DRAW YOUR ATTENTION TO THE TOP |
| 09:15AM | 12 | THERE. |
| 09:15AM | 13 | THIS WAS THE ELISA -- THIS IS A DESCRIPTION OF THE ELISA |
| 09:15AM | 14 | ASSAY THAT YOU HAD DEVELOPED FOR CELGENE? |
| 09:15AM | 15 | A.  YES. |
| 09:16AM | 16 | Q.  USING SMALL SAMPLES OF BLOOD? |
| 09:16AM | 17 | A.  YES. |
| 09:16AM | 18 | Q.  AND IF I COULD BRING YOU TO 8203. |
| 09:16AM | 19 | THIS IS THE PORTION OF THE DOCUMENT THAT SET FORTH THE |
| 09:16AM | 20 | PROTOCOL THAT WAS USED; IS THAT RIGHT? |
| 09:16AM | 21 | A.  YES. |
| 09:16AM | 22 | Q.  AND THAT PROTOCOL DEFINES THE WORK THAT IS TO BE |
| 09:16AM | 23 | COMPLETED? |
| 09:16AM | 24 | A.  YES. |
| 09:16AM | 25 | Q.  AND THIS WAS A METHOD VALIDATION PROTOCOL; CORRECT? |

09:16AM   1    A.   YES.

09:16AM   2    Q.   AND THE METHOD INVOLVED USING THERANOS'S 3.0 DEVICE?

09:16AM   3    A.   YES.

09:16AM   4    Q.   THIS IS WHAT YOU FOLLOWED IN CONDUCTING THE VALIDATION?

09:17AM   5    A.   YES.

09:17AM   6    Q.   AND IF WE JUST GO BACK.

09:17AM   7         THAT PROTOCOL ON 8205, THAT PROTOCOL WAS APPROVED;

09:17AM   8    CORRECT?

09:17AM   9    A.   YES.

09:17AM   10   Q.   AND IT WAS APPROVED BY MEMBERS OF THERANOS?

09:17AM   11   A.   YES.

09:17AM   12   Q.   AND INCLUDING YOU AND MR. FRENZEL; CORRECT?

09:17AM   13   A.   YES.

09:17AM   14   Q.   AND IS IT DR. VU?

09:17AM   15   A.   I THINK IT'S DON VU.

09:17AM   16   Q.   DON VU, MR. VU?

09:17AM   17   A.   YES.

09:17AM   18   Q.   AND THERE'S A PERSON FROM CELGENE WHO APPROVED THIS METHOD

09:17AM   19   VALIDATION; CORRECT?

09:17AM   20   A.   YES.

09:17AM   21   Q.   AND WHO IS THAT?

09:17AM   22   A.   HE'S DR. PETER BRYAN.

09:17AM   23   Q.   AND WHO IS HE?

09:17AM   24   A.   SO HE WAS THE STUDY SPONSOR.

09:18AM   25   Q.   AT CELGENE?

09:18AM   1     A.   YES.

09:18AM   2     Q.   OKAY.  AND IF WE CAN GO TO -- I'M GOING TO GO BACK TO PAGE

09:18AM   3     8145.

09:18AM   4          THIS IS THE GLP COMPLIANCE STATEMENT; IS THAT RIGHT?

09:18AM   5     A.   YES.

09:18AM   6     Q.   AND THIS WAS THE CERTIFICATION THAT THERANOS'S WORK WAS

09:18AM   7     DONE IN COMPLIANCE WITH THE RULES AND GUIDANCE FROM THE FDA?

09:18AM   8     A.   YES.

09:18AM   9     Q.   GOOD LABORATORY PRACTICE REGULATIONS?

09:18AM  10     A.   YES.

09:18AM  11     Q.   THAT'S WHAT GLP STANDS FOR?

09:18AM  12     A.   YES.

09:18AM  13     Q.   OKAY.  AND THIS IS FDA GUIDANCE FOR THE INDUSTRY; CORRECT?

09:18AM  14     A.   YES.

09:18AM  15     Q.   AND YOU SIGNED THIS PAGE?

09:18AM  16     A.   YES.

09:18AM  17     Q.   BECAUSE YOU COMPLIED WITH THOSE STANDARDS; CORRECT?

09:18AM  18     A.   YES.

09:18AM  19     Q.   AND IF I CAN BRING YOU TO THE NEXT PAGE WHERE IT SAYS

09:19AM  20     QUALITY ASSURANCE STATEMENT.

09:19AM  21          DO YOU SEE THAT?

09:19AM  22     A.   YES.

09:19AM  23     Q.   AND STEPS WERE MADE TO ENSURE THE QUALITY OF THIS AS WELL;

09:19AM  24     IS THAT CORRECT?

09:19AM  25     A.   YES.

09:19AM 1    Q.   AND THERE ARE MULTIPLE SIGNOFFS IN CONNECTION WITH THE

09:19AM 2    QUALITY ASSURANCE?

09:19AM 3    A.   YES.

09:19AM 4    Q.   AND THERE ARE TWO INDIVIDUALS IDENTIFIED THERE AS

09:19AM 5    CERTIFYING TO THAT.

09:19AM 6         DO YOU KNOW WHO THOSE INDIVIDUALS ARE?

09:19AM 7    A.   SO THEY WERE IN EITHER THE QUALITY DEPARTMENT OR THE

09:19AM 8    MANUFACTURING DEPARTMENT.

09:19AM 9    Q.   OKAY.  AND AT THERANOS?

09:19AM 10   A.   YES.

09:19AM 11   Q.   AND THEY HAD TO CERTIFY THAT THEY HAD MET THE QUALITY

09:19AM 12   ASSURANCE STANDARDS?

09:19AM 13   A.   YES.

09:19AM 14   Q.   IF I CAN DRAW YOUR ATTENTION TO THE PAGE MARKED 8156 AT

09:20AM 15   THE BOTTOM.  AND WITHIN -- DO YOU SEE THE SECTION 14.2, THE

09:20AM 16   METHOD ACCEPTANCE?

09:20AM 17   A.   YES.

09:20AM 18   Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO THE SECOND

09:20AM 19   PARAGRAPH IN THAT SECTION, THE INTRA-DAY ACCURACY AND

09:20AM 20   PRECISION.

09:20AM 21        DO YOU SEE THAT?

09:20AM 22   A.   YES.

09:20AM 23   Q.   AND THE LAST SENTENCE HERE DESCRIBES HOW NO MORE THAN ONE

09:20AM 24   QC OUTLIER MAY BE EXCLUDED FROM THE STATISTICAL CALCULATIONS

09:20AM 25   FOR A GIVEN VALIDATION RUN, AND A MAXIMUM OF 2 QC OUTLIERS MAY

09:20AM   1    BE EXCLUDED FROM THE COMBINATION -- FROM THE COMBINED THREE

09:21AM   2    CORE RUNS.

09:21AM   3         DO YOU SEE THAT?

09:21AM   4    A.   YES.

09:21AM   5    Q.   AND THIS SET FORTH AN APPROPRIATE STANDARD FOR OUTLIER

09:21AM   6    REMOVAL?

09:21AM   7    A.   YES.

09:21AM   8    Q.   AND THAT'S ACCORDING TO THE DIXON TEST?

09:21AM   9    A.   YES.

09:21AM  10    Q.   AND THAT WAS A RECOGNIZED PRINCIPLE THAT WAS USED IN

09:21AM  11    LABORATORY SCIENCE; CORRECT?

09:21AM  12    A.   I THINK SO.

09:21AM  13    Q.   AND THERE ARE SOME OTHER OUTLIER PRINCIPLES THAT ARE USED

09:21AM  14    WITHIN LABORATORY SCIENCE AS WELL; CORRECT?

09:21AM  15    A.   YES.

09:21AM  16    Q.   AND IF I COULD DRAW YOUR ATTENTION TO THE NEXT PAGE,

09:21AM  17    PAGE 19.  THERE'S ANOTHER SECTION THIS TIME ON INTER-DAY

09:21AM  18    ACCURACY AND PRECISION.

09:21AM  19         DO YOU SEE THAT?

09:21AM  20    A.   YES.

09:21AM  21    Q.   AND THE LAST SECTION WAS ON INTRA-DAY ACCURACY AND

09:21AM  22    PRECISION; RIGHT?

09:21AM  23    A.   YES.

09:21AM  24    Q.   AND THIS, TOO, DISCUSSES THE APPLICATION OF OUTLIER

09:22AM  25    REMOVAL PRINCIPLES?

09:22AM   1      A.   YES.

09:22AM   2      Q.   UNDER THE DIXON TEST?  YES?

09:22AM   3      A.   YES.

09:22AM   4      Q.   AND IF WE CAN GO TO 8152.

09:22AM   5           THIS IS THE CONCLUSION OF THE REPORT?

09:22AM   6      A.   YES.

09:22AM   7      Q.   AND YOU DETERMINED THAT THE ELISA METHOD WAS VALIDATED?

09:22AM   8      A.   YES.

09:22AM   9      Q.   AND THAT THE METHOD WAS SENSITIVE, SELECTIVE, ACCURATE,

09:22AM  10      AND REPRODUCIBLE?

09:23AM  11      A.   YES.

09:23AM  12      Q.   AND JUST ONE LAST REFERENCE ON PAGE 8194.

09:23AM  13           THIS IS WHERE YOU AND MR. FRENZEL SIGNED OFF ON THIS

09:23AM  14      VALIDATION REPORT; CORRECT?

09:23AM  15      A.   YES.

09:23AM  16      Q.   AND THIS DOCUMENT WAS SHARED WITH CELGENE?

09:23AM  17      A.   I THINK SO.

09:23AM  18      Q.   LET'S LOOK AT EXHIBIT 10500.

09:23AM  19           DO YOU HAVE THAT IN FRONT OF YOU?

09:24AM  20      A.   CAN YOU REPEAT THE NUMBER, PLEASE?

09:24AM  21      Q.   SURE.  IT'S 10500, 10,500?

09:24AM  22      A.   YES.

09:24AM  23      Q.   AND IS THIS AN EMAIL THAT TRANSMITTED THAT REPORT TO

09:24AM  24      CELGENE?

09:24AM  25      A.   I THINK SO.

09:24AM    1    Q.   AND YOU'RE ON THIS EMAIL?

09:24AM    2    A.   YES.

09:24AM    3    Q.   OKAY.

09:24AM    4         I WOULD MOVE THE ADMISSION OF 10500.

09:24AM    5              MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:24AM    6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:24AM    7         (DEFENDANT'S EXHIBIT 10500 WAS RECEIVED IN EVIDENCE.)

09:25AM    8    BY MR. WADE:

09:25AM    9    Q.   THIS EMAIL IS SENT BY DR. GADKAR?

09:25AM   10    A.   YES.

09:25AM   11    Q.   AND I'M SORRY.  GADKAR.

09:25AM   12         WHO IS DR. GADKAR?

09:25AM   13    A.   HE WAS THE PROJECT MANAGER FOR THIS PROJECT.

09:25AM   14    Q.   AND HE SENDS THIS TO MR. -- TO DR. BRYAN; IS THAT RIGHT?

09:25AM   15    A.   YES.

09:25AM   16    Q.   AND THIS IS THE MEANS BY WHICH THIS WAS COMMUNICATED TO

09:25AM   17    CELGENE; CORRECT?

09:25AM   18    A.   CORRECT.

09:25AM   19    Q.   AND IF WE JUST GO TO 2470, WHICH IS NEAR THE END.

09:26AM   20         THIS REPORT WAS SIGNED OFF ON BY YOU AS THE STUDY

09:26AM   21    DIRECTOR; RIGHT?

09:26AM   22    A.   YES.

09:26AM   23    Q.   AND BY THE COMPANY AS WELL?

09:26AM   24    A.   YEAH.

09:26AM   25    Q.   AND IF I COULD DRAW YOUR ATTENTION TO 13763.

09:26AM 1          ACTUALLY, YOU RECALL THAT THE COMPANY ACKNOWLEDGED RECEIPT

09:26AM 2     OF THIS REPORT; IS THAT RIGHT?

09:26AM 3     A.   I THINK SO.

09:26AM 4     Q.   YEAH.  WE CAN SKIP THAT EXHIBIT THEN.

09:26AM 5          I WANT TO ASK YOU ABOUT SOME WORK FOR ANOTHER

09:26AM 6     PHARMACEUTICAL COMPANY.

09:26AM 7          DO YOU RECALL THAT YOU WORKED ON A PROJECT FOR CENTOCOR?

09:27AM 8     A.   YES.

09:27AM 9     Q.   AND WHAT WAS THAT PROJECT?

09:27AM 10    A.   SO WE HAD TO DEVELOP ASSAYS FOR A CENTOCOR PRODUCT, AS

09:27AM 11    WELL AS OTHER BIOMARKERS, THAT WOULD BE AS PER THEIR

09:27AM 12    RECOMMENDATIONS.

09:27AM 13    Q.   OKAY.  AND YOU WERE TO DEVELOP AND VALIDATE AN ASSAY FOR

09:27AM 14    THEM?

09:27AM 15    A.   YES.

09:27AM 16    Q.   AND YOU DOCUMENTED THAT IN A WRITTEN REPORT?

09:27AM 17    A.   YES.

09:27AM 18    Q.   AND LET'S TAKE A LOOK AT 9110.

09:27AM 19         DO YOU RECOGNIZE THIS DOCUMENT?

09:27AM 20    A.   YES.

09:27AM 21    Q.   AND WHAT IS THIS DOCUMENT?

09:27AM 22    A.   SO THIS IS MY SUMMARY OF THE ASSAY DEVELOPMENT THAT WAS

09:28AM 23    CONDUCTED FOR THE PRODUCT FROM CENTOCOR.

09:28AM 24              MR. WADE:  I WOULD MOVE THE ADMISSION OF 9110.

09:28AM 25              MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:28AM  1              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:28AM  2          (DEFENDANT'S EXHIBIT 9110 WAS RECEIVED IN EVIDENCE.)

09:28AM  3     BY MR. WADE:

09:28AM  4     Q.   WE'RE LOOKING AT 9110; CORRECT?

09:28AM  5     A.   YES.

09:28AM  6     Q.   AND DO YOU HAVE THAT IN FRONT OF YOU?

09:28AM  7     A.   YES.

09:28AM  8     Q.   AND THIS IDENTIFIES YOU AS THE DEVELOPER OF THAT ASSAY?

09:28AM  9     A.   CORRECT.

09:28AM 10     Q.   AND IT SET FORTH THE BACKGROUND ON THE ANALYTE?

09:29AM 11     A.   YES.

09:29AM 12     Q.   AND THE SPECIFICATIONS THAT YOU WERE GOING TO USE IN DOING

09:29AM 13     THAT WORK?

09:29AM 14     A.   YES.

09:29AM 15     Q.   AND THIS IS ANOTHER CUSTOMIZED ASSAY THAT YOU DESIGNED FOR

09:29AM 16     CENTOCOR?

09:29AM 17     A.   YES.

09:29AM 18     Q.   AND THIS WAS TO MEASURE A NEW ASTHMA DRUG THAT CENTOCOR

09:29AM 19     HAD DEVELOPED; CORRECT?

09:29AM 20     A.   CORRECT.

09:29AM 21     Q.   A TEST THAT THEY COULD THEN USE IN FUTURE CLINICAL TRIALS;

09:29AM 22     RIGHT?

09:29AM 23     A.   YES.

09:29AM 24     Q.   LET'S GO TO PAGE 10, SECTION 14.

09:30AM 25          DO YOU SEE WHERE IT DISCUSS MATRIX EFFECT?

09:30AM 1      A.   YES.

09:30AM 2      Q.   AND WHAT IS MATRIX EFFECT?

09:30AM 3      A.   ESSENTIALLY LOOKING AT THE IMPACT ON THE ASSAY OF

09:30AM 4      DIFFERENT MATRIXES LIKE HEMOLYZED BLOOD, LIPEMIC PLASMA, AND

09:30AM 5      SERUM.

09:30AM 6      Q.   AND MATRIXES ARE DIFFERENT THINGS THAT ARE WITHIN THE

09:30AM 7      BLOOD?

09:30AM 8      A.   YES.

09:30AM 9      Q.   AND SOMETIMES THOSE MATERIALS CAN AFFECT THE PERFORMANCE

09:30AM 10     OF THE ASSAY?

09:30AM 11     A.   YES, THEY CAN.

09:30AM 12     Q.   AND SO YOU HAVE TO ASSESS THAT IN ORDER TO MAKE SURE THAT

09:30AM 13     THE ASSAY FUNCTIONS PROPERLY?

09:30AM 14     A.   YES.

09:30AM 15     Q.   AND THAT IT PERFORMS CORRECTLY?

09:30AM 16     A.   YES.

09:30AM 17     Q.   IF WE CAN GO TO 9251, SECTION 17.

09:31AM 18          DO YOU SEE THAT?

09:31AM 19     A.   YES.

09:31AM 20     Q.   AND THIS SECTION IS ENTITLED OPTIMIZING FOR SAMPLE

09:31AM 21     DILUTIONS ON THERANOS READER?

09:31AM 22     A.   YES.

09:31AM 23     Q.   AND IN THE COURSE OF DEVELOPING THIS ASSAY, YOU TESTED

09:31AM 24     VARIOUS DILUTION LEVELS IN ORDER TO OPTIMIZE THE ASSAYS;

09:31AM 25     CORRECT?

09:31AM  1    A.   SO ESSENTIALLY BECAUSE THE RANGE OF THE TARGET WAS REALLY

09:31AM  2    WIDE, WHAT WE HAD REALIZED IS THE ASSAY DID REQUIRE TWO

09:31AM  3    SEPARATE DILUTIONS TO FUNCTION, TO COVER BOTH ENDS OF THE ASSAY

09:31AM  4    RANGE.

09:31AM  5    Q.   AND SO TO ASCERTAIN THAT, YOU ACTUALLY TESTED MULTIPLE

09:31AM  6    DIFFERENT DILUTION LEVELS; CORRECT?

09:32AM  7    A.   YES.

09:32AM  8    Q.   AND THAT'S A STANDARD PRACTICE IN YOUR WORK?

09:32AM  9    A.   IT IS.

09:32AM  10   Q.   AND IN THIS CASE YOU ASSESSED DILUTION BETWEEN 40X AND

09:32AM  11   4000X; IS THAT CORRECT?

09:32AM  12   A.   YES.

09:32AM  13   Q.   AND BY THAT YOU MEAN DILUTED 40 TIMES OR 4000 TIMES THE

09:32AM  14   ORIGINAL DILUTED MATERIAL?

09:32AM  15   A.   YES.

09:32AM  16   Q.   AND WHAT WAS THE OPTIMIZED DILUTION PERFORMANCE LEVEL?

09:32AM  17   A.   SO I'M SUMMARIZING HERE THAT THE FINALIZED INSTRUMENT

09:32AM  18   PROTOCOL USES A 2 DILUTION SCHEME, 20 AND 8000X.

09:32AM  19   Q.   SO YOU ACTUALLY ENDED UP USING 8,000 TIMES DILUTION IN THE

09:32AM  20   FINAL?

09:32AM  21   A.   YES.

09:32AM  22   Q.   AND IF WE CAN GO TO PAGE ENDING 9257.

09:33AM  23        UP AT THE TOP, DO YOU SEE WHERE IT SAYS ASSAY VALIDATION?

09:33AM  24   A.   YES.

09:33AM  25   Q.   AND THE TEXT OF THIS CONFIRMS THAT THE ASSAY WAS

09:33AM 1    VALIDATED?

09:33AM 2    A.   I THINK SO.

09:33AM 3    Q.   AND THAT CENTOCOR WAS INVOLVED IN THE PROCESS; CORRECT?

09:33AM 4    A.   YES.

09:33AM 5    Q.   I DON'T HAVE ANY MORE QUESTIONS ABOUT THAT DOCUMENT.

09:34AM 6         I WANT TO FOCUS BEYOND THE WORK ON PHARMACEUTICAL ASSAY

09:34AM 7    DEVELOPMENT AND SOME OF THE OTHER IMMUNOASSAY R&D WORK THAT

09:34AM 8    YOUR TEAM COMPLETED.

09:34AM 9    A.   OKAY.

09:34AM 10   Q.   THE TEAM COMPLETED WORK ON A LARGE NUMBER OF IMMUNOASSAYS

09:34AM 11   THAT IT DEVELOPED FROM SCRATCH; CORRECT?

09:34AM 12   A.   YES.

09:34AM 13   Q.   AND PART OF WHAT YOU WERE WORKING ON WITH THOSE ASSAYS WAS

09:34AM 14   THE ABILITY TO USE A MUCH SMALLER SAMPLE?

09:34AM 15   A.   YES.

09:34AM 16   Q.   THAT WAS THE FUNDAMENTAL GOAL?

09:34AM 17   A.   YEAH.

09:34AM 18   Q.   AND PART OF YOUR WORK WAS ALSO DESIGNED TO DEVELOP ASSAYS

09:34AM 19   THAT COULD RUN MORE QUICKLY; RIGHT?

09:34AM 20   A.   YES.

09:34AM 21   Q.   AND THOSE WERE TWO SIGNIFICANT ADVANCEMENTS; RIGHT?

09:34AM 22   A.   YES.

09:34AM 23   Q.   AND YOU HAD SUCCESS ON BOTH FRONTS?

09:34AM 24   A.   WE DID.

09:34AM 25   Q.   NOW, DEVELOPING ASSAYS WAS HARD WORK; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                                    1280

09:35AM  1    A.   IT IS.

09:35AM  2    Q.   IT TAKES A LONG TIME TO DEVELOP A SINGLE ASSAY?

09:35AM  3    A.   YES.

09:35AM  4    Q.   AND ABOUT HOW LONG WOULD YOU SAY IT TAKES TO DEVELOP A

09:35AM  5    SINGLE ASSAY?

09:35AM  6    A.   SOME CAN BE DEVELOPED IN THREE MONTHS.  SOME CAN TAKE A

09:35AM  7    YEAR OR MORE.

09:35AM  8    Q.   OKAY.  AND THERE WAS A TEAM OF PEOPLE WORKING ON THIS?

09:35AM  9    A.   YES.

09:35AM 10    Q.   AFTER THE INITIAL WORK OF DEVELOPING THE ASSAYS WITH THE

09:35AM 11    PHARMACEUTICAL COMPANIES, THERE WAS A SHIFT IN FOCUS; RIGHT?

09:35AM 12    A.   YES.

09:35AM 13    Q.   AND THE FOCUS BEGAN TO BE DEVELOPING ASSAYS THAT WERE THE

09:35AM 14    MOST COMMONLY ORDERED TESTS; CORRECT?

09:35AM 15    A.   YES.

09:35AM 16    Q.   AND THAT STARTED IN AROUND 2009?

09:35AM 17    A.   I WOULD -- I THINK SO.

09:35AM 18    Q.   AND THAT WAS PART OF AN EFFORT TO DEVELOP ASSAYS FOR

09:35AM 19    THERANOS'S RETAIL PARTNERSHIPS; RIGHT?

09:36AM 20    A.   YES.

09:36AM 21    Q.   AND JUST SO WE CAN HAVE A SENSE OF IMMUNOASSAYS, THERE ARE

09:36AM 22    HUNDREDS OF IMMUNOASSAYS; RIGHT?

09:36AM 23    A.   YES.

09:36AM 24    Q.   ARE THERE A THOUSAND IMMUNOASSAYS?

09:36AM 25    A.   SEVERAL HUNDRED, YES.

09:36AM  1    Q.   AND YOUR TEAM DIDN'T NEED TO DEVELOP EACH AND EVERY ASSAY;

09:36AM  2    RIGHT?

09:36AM  3    A.   SO WE HAD A PRIORITY LIST, SO WE WERE DEVELOPING ALONG THE

09:36AM  4    LIST THAT WAS PROVIDED TO US.

09:36AM  5    Q.   AND THE PRIORITY LIST WAS BASED ON THE MOST FREQUENTLY

09:36AM  6    ORDERED ASSAYS?

09:36AM  7    A.   I THINK SO.

09:36AM  8    Q.   AND THERE ARE SOME ASSAYS THAT ARE ALMOST NEVER ORDERED;

09:36AM  9    RIGHT?

09:36AM  10   A.   YES.

09:36AM  11   Q.   BUT THERE'S A SMALLER SUBSET OF ASSAYS THAT ARE THE MOST

09:36AM  12   COMMONLY ORDERED AND USED IN TRADITIONAL MEDICAL SETTINGS?

09:36AM  13   A.   I THINK SO.

09:36AM  14   Q.   AND THAT'S WHERE YOUR WORK WAS FOCUSSED?

09:37AM  15   A.   YES.

09:37AM  16   Q.   AND THE GOAL WAS TO COVER TESTS THAT WOULD COVER

09:37AM  17   APPROXIMATELY 95 TO 98 PERCENT OF THE RETAIL ORDERS.

09:37AM  18        DO YOU RECALL THAT?

09:37AM  19   A.   YES.

09:37AM  20   Q.   AND YOU TRACKED THOSE 95 TO 98 PERCENT ASSAYS?

09:37AM  21   A.   I'M SORRY, WHAT DO YOU MEAN BY "TRACKED"?

09:37AM  22   Q.   YOU PRIORITIZED THE DEVELOPMENT OF THE 95 TO 98 PERCENT

09:37AM  23   ASSAYS?

09:37AM  24   A.   YES.

09:37AM  25   Q.   AND THEN YOU TRACKED THE DEVELOPMENT OF THEM OVER TIME?

09:37AM   1    A.   YES.

09:37AM   2    Q.   AND WE'LL GO THROUGH SOME OF THEM.

09:37AM   3         IF I COULD CALL YOUR ATTENTION TO EXHIBIT 10496.

09:38AM   4         THIS IS AN EMAIL CHAIN BETWEEN YOU AND MS. HOLMES?

09:38AM   5    A.   YES.

09:38AM   6    Q.   FROM JANUARY OF 2011?

09:38AM   7    A.   YES.

09:38AM   8    Q.   AND I BELIEVE YOU TESTIFIED BEFORE, BUT THE RESEARCH AND

09:38AM   9    DEVELOPMENT WORK WAS SOMETHING THAT MS. HOLMES CARED A LOT

09:38AM   10   ABOUT; RIGHT?

09:38AM   11   A.   YES.

09:38AM   12   Q.   AND SHE WAS FOCUSSED ON THIS WORK?

09:38AM   13   A.   I THINK SO.

09:38AM   14   Q.   AND THIS IS AN EMAIL EXCHANGE BETWEEN THE TWO OF YOU

09:38AM   15   DISCUSSING A PLAN FOR THE DEVELOPMENT OF ASSAYS; IS THAT RIGHT?

09:38AM   16   A.   YES.

09:38AM   17             MR. WADE:  I WOULD MOVE THE ADMISSION OF

09:38AM   18   EXHIBIT 10496.

09:38AM   19             MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:38AM   20             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:38AM   21        (DEFENDANT'S EXHIBIT 10496 WAS RECEIVED IN EVIDENCE.)

09:38AM   22   BY MR. WADE:

09:38AM   23   Q.   AND IF WE START WITH THAT BOTTOM EMAIL.

09:39AM   24        DO YOU SEE IT SAYS, "DANIEL WILL BE SENDING THE LIST OF

09:39AM   25   ELISA ASSAYS FOR OUR INITIAL ROUTINE TESTING CARTRIDGE?"

09:39AM 1        DO YOU SEE THAT?

09:39AM 2    A.   YES.

09:39AM 3    Q.   AND THIS WAS AN INDICATION THAT DR. YOUNG WAS GOING TO

09:39AM 4    WORK TO PRIORITIZE THE ASSAYS?

09:39AM 5    A.   YES.

09:39AM 6    Q.   AND HE HAD A STATISTICAL BACKGROUND?

09:39AM 7    A.   HE DID.

09:39AM 8    Q.   AND HE WAS DOING AN ANALYSIS OF THE MOST FREQUENTLY

09:39AM 9    ORDERED TESTS?

09:39AM 10   A.   YES.

09:39AM 11   Q.   AND THAT WAS GUIDING MUCH OF THE WORK?

09:39AM 12   A.   YES.

09:39AM 13   Q.   AND IT SAYS IN THE THIRD FULL PARAGRAPH, "WE NEED TO

09:39AM 14   DEVELOP A PROJECT PLAN FOR THE DEVELOPMENT TIMELINES OF THESE

09:39AM 15   ASSAYS."

09:39AM 16       DO YOU SEE THAT?

09:39AM 17   A.   YES.

09:39AM 18   Q.   AND ULTIMATELY YOU DID DEVELOP THAT PLAN?

09:39AM 19   A.   YEAH.

09:39AM 20   Q.   AND THEN ON THE BOTTOM IT SAYS, LAST PARAGRAPH, IT SAYS,

09:40AM 21   "WHEN WE MEET, I ALSO WANT TO CONNECT ON THE RECRUITING PLAN

09:40AM 22   AND TIMELINES FOR GETTING MORE ELISA TEAM MEMBERS IN HOUSE."

09:40AM 23       DO YOU SEE THAT?

09:40AM 24   A.   YES.

09:40AM 25   Q.   AND THERE WAS A GOAL -- THERE WAS WORK TO STAFF UP THE R&D

09:40AM   1    TEAMS ON ASSAY DEVELOPMENT?

09:40AM   2    A.   YES.

09:40AM   3    Q.   AND, IN FACT, IF YOU LOOK UP AT THE TOP EMAIL, IN THIS

09:40AM   4    EMAIL MS. HOLMES ACTUALLY RESPONDS TO HERSELF TO MAKE ANOTHER

09:40AM   5    POINT.

09:40AM   6         DO YOU SEE THAT?

09:40AM   7    A.   YES.

09:40AM   8    Q.   AND SHE SAYS THAT YOU SHOULD ASSUME THAT YOU HAVE AT LEAST

09:40AM   9    ANOTHER 8 TO 15 PEOPLE ON THE TEAM WORKING ON THAT?

09:40AM   10   A.   YES.

09:40AM   11   Q.   AND ULTIMATELY YOU HAD A BIG TEAM WORKING ON THE

09:40AM   12   DEVELOPMENT; RIGHT?

09:40AM   13   A.   I DID.

09:41AM   14   Q.   LET ME TURN YOUR ATTENTION TO 7215.

09:41AM   15        DO YOU HAVE THAT IN FRONT OF YOU, MA'AM?

09:41AM   16   A.   YES, I DO.

09:41AM   17   Q.   AND AS PART OF THE PRIORITY THAT WAS PUT ON ASSAY

09:41AM   18   DEVELOPMENT, YOU SERVED TO HOLD REGULAR TEAM MEETINGS TO

09:41AM   19   DISCUSS ASSAY DEVELOPMENT.

09:41AM   20        DO YOU RECALL THAT?

09:41AM   21   A.   YES.  SO BASICALLY THIS IS SHARING THE UPDATE OR THE

09:41AM   22   PROGRESS ON THE ASSAYS THAT WERE BEING DEVELOPED WITH THE

09:41AM   23   LARGER TEAM, INCLUDING OTHER MEMBERS OF THE ORGANIZATION.

09:42AM   24   Q.   OKAY.  AND THIS IS -- YOU'RE REFERRING TO 7215?

09:42AM   25   A.   YES.

09:42AM   1          MR. WADE:  I WOULD MOVE THE ADMISSION OF THAT,

09:42AM   2    YOUR HONOR.

09:42AM   3          MR. LEACH:  NO OBJECTION.

09:42AM   4          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:42AM   5       (DEFENDANT'S EXHIBIT 07215 WAS RECEIVED IN EVIDENCE.)

09:42AM   6    BY MR. WADE:

09:42AM   7    Q.   THIS IS AN OUTLOOK INVITE FOR A MEETING; RIGHT?

09:42AM   8    A.   YES.

09:42AM   9    Q.   AND THIS IS THE MEETING WHERE YOU DISCUSSED YOU WOULD

09:42AM   10   SHARE THE RESULTS OF YOUR WORK WITH OTHER MEMBERS OF THE TEAM?

09:42AM   11   A.   YES.

09:42AM   12   Q.   AND DR. PANGARKAR WAS INVITED?

09:42AM   13   A.   YES.

09:42AM   14   Q.   AND HE DIDN'T WORK ON THE ELISA TEAM; CORRECT?

09:42AM   15   A.   CORRECT.

09:42AM   16   Q.   AND HE WORKED ON -- WAS IT CYTOMETRY?

09:42AM   17   A.   YES.

09:42AM   18   Q.   AND MS. HOLMES WAS INVITED?

09:42AM   19   A.   YES.

09:42AM   20   Q.   AND DR. GELB WAS INVITED?

09:43AM   21   A.   YES.

09:43AM   22   Q.   AND DR. GELB WAS THE LABORATORY DIRECTOR AT THIS TIME?

09:43AM   23   A.   CORRECT.

09:43AM   24   Q.   AND ULTIMATELY YOU KNEW THAT THESE ASSAYS WERE GOING TO BE

09:43AM   25   IMPLEMENTED IN THE CLIA LABORATORY?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1286

09:43AM   1    A.   I THINK SO.

09:43AM   2    Q.   AND SO DID YOU THINK IT WAS PRUDENT TO HAVE DR. GELB

09:43AM   3    INVOLVED IN SOME OF THESE DISCUSSIONS?

09:43AM   4    A.   YES.

09:43AM   5    Q.   AND I SEE DR. PATEL'S NAME THERE.

09:43AM   6    A.   YES.

09:43AM   7    Q.   AND WHAT ROLE DID DR. PATEL HAVE WITHIN THE ORGANIZATION?

09:43AM   8    A.   SO HE WAS LEADING THE DEVELOPMENT FOR THE GENDER CHEMISTRY

09:43AM   9    ASSAYS.

09:43AM  10    Q.   OKAY.  SO THAT WAS THE DIFFERENT TEAM FROM THE ELISA

09:43AM  11    GROUP?

09:43AM  12    A.   YES.

09:43AM  13    Q.   AND SO THIS WAS AN INFORMATION SHARING MEETING?

09:43AM  14    A.   YES.

09:43AM  15    Q.   ON THE WORK THAT YOUR GROUP HAD BEEN WORKING SO HARD ON?

09:43AM  16    A.   YES.

09:43AM  17    Q.   AND PART OF THIS WORK THAT YOU WERE DOING, YOU GAVE

09:44AM  18    MS. HOLMES REGULAR UPDATES ON THE PROGRESS OF THE TEAM?

09:44AM  19    A.   YES, I DID.

09:44AM  20    Q.   AND LET'S LOOK AT 10497.

09:44AM  21         AND THESE ARE A SERIES OF EMAILS BETWEEN YOU AND

09:44AM  22    MS. HOLMES ON THE ASSAY DEVELOPMENT WORK?

09:44AM  23    A.   I THINK SO.

09:44AM  24    Q.   IN MARCH OF 2011?

09:44AM  25    A.   YES.

09:45AM  1            MR. WADE:  I WOULD MOVE THE ADMISSION OF 10497.

09:45AM  2            MR. LEACH:  NO OBJECTION.

09:45AM  3            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:45AM  4        (DEFENDANT'S EXHIBIT 10497 WAS RECEIVED IN EVIDENCE.)

09:45AM  5            MR. WADE:  IF WE CAN START ON THE SECOND PAGE.

09:45AM  6   Q.  DO YOU SEE THERE'S AN EMAIL JANUARY 11TH, 2011, WHERE YOU

09:45AM  7   HAD PROVIDED MS. HOLMES WITH AN UPDATE?

09:45AM  8   A.  YES.

09:45AM  9   Q.  AND THEN IT LOOKS LIKE A COUPLE OF MONTHS LATER SHE ASKED

09:45AM  10  FOR AN UPDATE ON THE TOP 95 PERCENT.

09:45AM  11       DO YOU SEE THAT?

09:45AM  12  A.  YES.

09:45AM  13  Q.  AND THIS WAS THE 95 PERCENT -- THIS WAS THE PROJECT THAT

09:45AM  14  WE TALKED ABOUT A COUPLE MINUTES AGO WHERE YOU WERE TRYING TO

09:45AM  15  DEVELOP THE ASSAYS THAT WOULD COVER 95 PERCENT OF THE TESTS?

09:45AM  16  A.  YES.

09:45AM  17  Q.  AND SHE WAS ASKING FOR AN UPDATE ON THIS?

09:45AM  18  A.  YES.

09:45AM  19  Q.  AND HOW MANY WERE COMPLETE?  IS THAT RIGHT?

09:46AM  20  A.  YES.

09:46AM  21  Q.  AND YOU RESPONDED TO MS. HOLMES ON MONDAY, MARCH 21ST.

09:46AM  22       DO YOU SEE THAT?

09:46AM  23  A.  YES.

09:46AM  24  Q.  AND IT LOOKS LIKE YOU WERE WORKING REMOTELY AND SO YOU

09:46AM  25  WEREN'T ABLE TO GET YOUR -- ACCESS ONE OF YOUR DOCUMENTS ON THE

09:46AM  1    VPN; RIGHT?

09:46AM  2    A.    RIGHT.

09:46AM  3    Q.    BUT YOU GAVE AN UPDATE SORT OF FROM MEMORY; IS THAT RIGHT?

09:46AM  4    A.    I WAS REFERRING TO THE EXCEL FILE AND TO THE PREVIOUS

09:46AM  5    EXCEL FILE AND THEN GIVING THE UPDATE.

09:46AM  6    Q.    OKAY.  SO YOU COULDN'T ATTACH IT, BUT YOU REFERRED TO IT

09:46AM  7    AND GAVE A TEXTURAL UPDATE TO MS. HOLMES?

09:46AM  8    A.    I THINK SO.

09:46AM  9    Q.    OKAY.  AND WE'LL SEE IN THE FUTURE A LOT OF TIMES YOUR

09:46AM  10   SPREADSHEETS ARE SENT AROUND, AREN'T THEY?

09:47AM  11   A.    YEAH.

09:47AM  12   Q.    OFTENTIMES YOU SEND YOUR SPREADSHEETS AROUND, MA'AM?

09:47AM  13   A.    YES, I DID.

09:47AM  14   Q.    AND HERE YOU TOLD MS. HOLMES THAT THE FERTILITY ASSAYS

09:47AM  15   WERE COMPLETE?

09:47AM  16   A.    YES.

09:47AM  17   Q.    AND THAT THE DEVELOPMENT WAS ONGOING FOR SEVERAL OTHER

09:47AM  18   ASSAYS?

09:47AM  19   A.    YES.

09:47AM  20   Q.    DO YOU SEE THAT?

09:47AM  21        AND THEN IT LOOKS LIKE MAYBE WHEN YOU GOT BACK INTO THE

09:47AM  22   OFFICE, UP ON THE TOP, THAT YOU HAD SENT THE SPREADSHEET THAT

09:47AM  23   YOU HAD REFERRED TO.

09:47AM  24        DO YOU SEE THAT?

09:47AM  25   A.    YES.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)

| | | |
|---|---|---|
| 09:47AM | 1 | Q.   AND LET'S TAKE A LOOK AT THAT ATTACHMENT.  WE'LL PULL IT |
| 09:47AM | 2 | UP ON THE SCREEN FOR YOU. |
| 09:48AM | 3 | MR. BENNETT, IF WE CAN BLOW THAT UP JUST A LITTLE BIT. |
| 09:48AM | 4 | THANK YOU. |
| 09:48AM | 5 | AND THIS IS A LIST OF THE 30 PRIORITY ASSAYS THAT YOUR |
| 09:48AM | 6 | TEAM WAS WORKING ON AT THE TIME? |
| 09:48AM | 7 | A.   YES. |
| 09:48AM | 8 | Q.   AND THESE ARE ASSAYS ON THE 95 PERCENT LIST? |
| 09:48AM | 9 | A.   I THINK SO. |
| 09:48AM | 10 | Q.   AND YOU TOLD MS. HOLMES THAT FIVE WERE COMPLETE? |
| 09:48AM | 11 | A.   YES. |
| 09:48AM | 12 | Q.   AND THOSE ARE THE FIVE GREEN BOXES THAT ARE IDENTIFIED IN |
| 09:48AM | 13 | YOUR CHART THERE? |
| 09:48AM | 14 | A.   I THINK SO. |
| 09:48AM | 15 | Q.   AND THEN IT LOOKS LIKE THERE WERE ANOTHER NINE ASSAYS THAT |
| 09:48AM | 16 | WERE UNDER DEVELOPMENT; RIGHT? |
| 09:48AM | 17 | A.   YES. |
| 09:48AM | 18 | Q.   AND THIS WAS IN MARCH OF 2011? |
| 09:48AM | 19 | A.   YES. |
| 09:48AM | 20 | Q.   IF WE CAN LOOK AT DOCUMENT 7202. |
| 09:49AM | 21 | DO YOU HAVE THAT IN FRONT OF YOU? |
| 09:49AM | 22 | A.   YES. |
| 09:49AM | 23 | Q.   AND THIS IS AN EMAIL FROM YOU TO MS. HOLMES IN AUGUST OF |
| 09:49AM | 24 | 2011? |
| 09:49AM | 25 | A.   YES. |

09:49AM  1    Q.   AND THAT'S ABOUT FIVE MONTHS AFTER THE LAST REPORT?

09:49AM  2    A.   I THINK SO.

09:49AM  3    Q.   AND YOU'RE PROVIDING HER AN UPDATED REPORT ON THAT

09:49AM  4    95 PERCENT LIST?

09:49AM  5    A.   YES.

09:49AM  6            MR. WADE:  I WOULD MOVE THE ADMISSION OF

09:49AM  7    EXHIBIT 7202, YOUR HONOR.

09:49AM  8            MR. LEACH:  NO OBJECTION.

09:49AM  9            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:49AM  10        (DEFENDANT'S EXHIBIT 7202 WAS RECEIVED IN EVIDENCE.)

09:49AM  11   BY MR. WADE:

09:49AM  12   Q.   AND DO YOU SEE IN THE EMAIL AT THE TOP THIS PROVIDES AN

09:49AM  13   UPDATE OF ALL ASSAYS IN THE 95 PERCENT LIST?

09:50AM  14   A.   YES.

09:50AM  15   Q.   OKAY.  LET'S TAKE A LOOK AT THE ATTACHMENT.

09:50AM  16        ARE YOU ABLE TO READ THAT?

09:50AM  17   A.   YES.

09:50AM  18   Q.   AND YOU'RE INCREDIBLY ORGANIZED SO YOU ACTUALLY CODE

09:50AM  19   THINGS BY COLOR ACCORDING TO PROGRESS; IS THAT RIGHT?

09:50AM  20   A.   YES.

09:50AM  21   Q.   AND GREEN EQUALS COMPLETE?

09:50AM  22   A.   YES.

09:50AM  23   Q.   AND THERE ARE 11 ASSAYS?

09:50AM  24   A.   YES.

09:50AM  25   Q.   AND 10 IS IN DEVELOPMENT.

| | | |
|---|---|---|
| 09:50AM | 1 | DO YOU SEE THAT? |
| 09:50AM | 2 | A.  YES. |
| 09:50AM | 3 | Q.  AND THERE ARE 15 ASSAYS? |
| 09:50AM | 4 | A.  YEAH. |
| 09:50AM | 5 | Q.  AND THE YELLOW ARE THE ONES THAT ARE NOT STARTED? |
| 09:50AM | 6 | A.  YES. |
| 09:50AM | 7 | Q.  AND THAT'S ONLY TWO ASSAYS; RIGHT? |
| 09:50AM | 8 | A.  YES. |
| 09:50AM | 9 | Q.  AND THIS WAS AUGUST 2011? |
| 09:51AM | 10 | A.  YES. |
| 09:51AM | 11 | Q.  AND IF I COULD CALL YOUR ATTENTION TO EXHIBIT 10941. |
| 09:51AM | 12 | DO YOU HAVE THAT IN FRONT OF YOU? |
| 09:51AM | 13 | A.  I DO. |
| 09:51AM | 14 | Q.  AND THIS IS AN EMAIL FROM YOU TO MS. HOLMES IN JUNE OF |
| 09:51AM | 15 | 2012? |
| 09:51AM | 16 | A.  YES. |
| 09:51AM | 17 | Q.  YOU SENT HER THE WEEKLY UPDATE FOR THE ELISA PROJECTS? |
| 09:51AM | 18 | A.  YEAH. |
| 09:51AM | 19 | Q.  AND ELISA IS SYNONYMOUS WITH IMMUNOASSAYS? |
| 09:51AM | 20 | A.  YES. |
| 09:51AM | 21 | Q.  AND THERE'S A SPREADSHEET ATTACHMENT AGAIN. |
| 09:52AM | 22 | CAN WE -- I'M SORRY.  COULD I -- |
| 09:52AM | 23 | COULD WE ADMIT, YOUR HONOR, EXHIBIT 10941? |
| 09:52AM | 24 | MR. LEACH:  NO OBJECTION. |
| 09:52AM | 25 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |

09:52AM   1          (DEFENDANT'S EXHIBIT 10491 WAS RECEIVED IN EVIDENCE.)

09:52AM   2     BY MR. WADE:

09:52AM   3     Q.   LET'S START WITH THE EMAIL.

09:52AM   4          AND THIS IS THE UPDATE THAT YOU PROVIDED MS. HOLMES?

09:52AM   5     A.   YES.

09:52AM   6     Q.   AND IT EXPLAINS HOW THE SPREADSHEET WORKS IN TERMS OF

09:52AM   7     TRACKING PROGRESS; RIGHT?

09:52AM   8     A.   YES.

09:52AM   9     Q.   AND LET'S TAKE A LOOK AT THE SPREADSHEET.

09:52AM  10          AND DO YOU SEE THERE'S A TAB THAT SAYS COMPLETED 6-8-12?

09:52AM  11     A.   YES.

09:52AM  12     Q.   AND LET'S LOOK AT THAT TAB.

09:53AM  13          DO YOU SEE THAT?

09:53AM  14     A.   YES.

09:53AM  15     Q.   AND THAT TRACKS THE ASSAYS THAT WERE COMPLETE AS OF THAT

09:53AM  16     DATE?

09:53AM  17     A.   I THINK SO.

09:53AM  18     Q.   AND IF WE SCROLL DOWN YOU SEE THAT 40 ASSAYS WERE

09:53AM  19     IDENTIFIED AS COMPLETE?

09:53AM  20     A.   YES.

09:53AM  21     Q.   AND IF WE CAN GO TO THE FIRST TAB THAT SAYS TIMELINES.

09:53AM  22          DO YOU SEE UP AT THE TOP IT IDENTIFIES ADDITIONAL ASSAYS

09:53AM  23     ACROSS THE COLUMNS THAT IDENTIFIES ADDITIONAL ASSAYS THAT ARE

09:53AM  24     IN DEVELOPMENT?

09:53AM  25     A.   YES.

09:53AM 1    Q.   AND THAT INDICATES THERE ARE ANOTHER 18 ASSAYS THAT WERE

09:53AM 2    IN DEVELOPMENT AT THIS TIME?

09:54AM 3    A.   I THINK SO.

09:54AM 4    Q.   AND THIS IS JUNE OF 2012?

09:54AM 5    A.   YES.

09:54AM 6    Q.   IF I COULD CALL YOUR ATTENTION TO EXHIBIT 7297.  AND THIS

09:54AM 7    IS ANOTHER UPDATE FROM THE ELISA TEAM ON ITS PROGRESS?

09:54AM 8    A.   YES.

09:54AM 9    Q.   AND YOU SENT THAT TO MS. HOLMES?

09:54AM 10   A.   I DID.

09:54AM 11          MR. WADE:  I MOVE THE ADMISSION OF EXHIBIT 7297.

09:54AM 12          MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:54AM 13          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:54AM 14      (DEFENDANT'S EXHIBIT 7297 WAS RECEIVED IN EVIDENCE.)

09:55AM 15   BY MR. WADE:

09:55AM 16   Q.   AND IT'S A PRETTY SIMPLE TRANSMITTAL EMAIL.  AT THIS POINT

09:55AM 17   SHE PROBABLY GETS A SENSE OF YOUR WORK AND YOU'RE TRACKING

09:55AM 18   PROGRESS; RIGHT?

09:55AM 19   A.   SHE DID.

09:55AM 20   Q.   AND LET'S LOOK AT THE ATTACHMENT.  THIS IS ANOTHER

09:55AM 21   SPREADSHEET.

09:55AM 22      DO YOU SEE THAT?

09:55AM 23      AND DO YOU RECALL THAT THE PREVIOUS TABS HAD TRACKED

09:55AM 24   ASSAYS BASED ON 95 PERCENT OF COVERAGE?

09:55AM 25   A.   YES.

09:55AM   1      Q.   AND ONCE THERE WAS SUFFICIENT PROGRESS MADE, ADDITIONAL

09:55AM   2      ASSAYS WERE PROVIDED TO THE PLAN; RIGHT?

09:55AM   3      A.   YES.

09:55AM   4      Q.   TO COVER 98 PERCENT OF THE ASSAYS?

09:55AM   5      A.   YES.

09:55AM   6      Q.   AND THAT'S WHAT THIS SPREADSHEET IS TRACKING?

09:55AM   7      A.   IT IS.

09:55AM   8      Q.   AND -- NOW, WE DISCUSSED EARLIER THAT THERE ARE HUNDREDS

09:56AM   9      OF ASSAYS; RIGHT?

09:56AM   10     A.   UH-HUH, YES.

09:56AM   11     Q.   AND MAYBE I SAW ONE OF YOUR SPREADSHEETS THAT TRACKED

09:56AM   12     POTENTIALLY 400 IMMUNOASSAYS.

09:56AM   13          DOES THAT SEEM LIKE THE RIGHT NUMBER?

09:56AM   14     A.   YES.

09:56AM   15     Q.   AND THIS IS A LIST THAT IS FOCUSSED AGAIN ON COVERING

09:56AM   16     98 PERCENT OF THE ORDERS?

09:56AM   17     A.   YES.

09:56AM   18     Q.   AND THAT'S -- TO DO THAT, 74 ASSAYS WERE NEEDED; IS THAT

09:56AM   19     RIGHT?

09:56AM   20          I CAN SCROLL DOWN FOR YOU.

09:56AM   21     A.   I THINK SO.

09:56AM   22     Q.   THE COMPANY'S ANALYSIS THAT HAD IDENTIFIED 74 ASSAYS THAT

09:56AM   23     WOULD COVER 98 PERCENT OF THE ORDERS; IS THAT RIGHT?

09:56AM   24     A.   I THINK SO.

09:56AM   25     Q.   AND YOUR WORK, YOUR WORK IN YOUR TEAM WAS DEVELOPED

09:56AM  1    TOWARDS THOSE ASSAYS IN THE FIRST INSTANCE?

09:56AM  2    A.   YES.

09:56AM  3    Q.   AND NOW, YOU HAD DEVELOPED MORE THAN 74 ASSAYS; RIGHT?

09:57AM  4    A.   YES.

09:57AM  5    Q.   AND BECAUSE YOU HAD DONE SOME IN CONNECTION WITH YOUR

09:57AM  6    PHARMACEUTICAL WORK; RIGHT?

09:57AM  7    A.   YES.

09:57AM  8    Q.   AND YOU HAD DONE SOME FOR SOME OTHER SPECIAL PURPOSES?

09:57AM  9    A.   YES.

09:57AM  10   Q.   LIKE SOME DOD WORK?

09:57AM  11   A.   YES.

09:57AM  12   Q.   BUT THIS PARTICULAR PROJECT AND THE FOCUS AT THIS TIME WAS

09:57AM  13   COVERING 98 PERCENT FOR RETAIL?

09:57AM  14   A.   YES.

09:57AM  15   Q.   IF WE CAN GO -- IF YOU LOOK AT THE GREEN ROWS, I COUNT 63

09:57AM  16   COMPLETED ASSAYS AND 8 THAT ARE UNDER DEVELOPMENT.

09:57AM  17        DOES THAT SEEM ABOUT RIGHT?

09:57AM  18   A.   I THINK SO.

09:57AM  19   Q.   AND IF WE GO TO THE ATTACHMENT -- OR, I'M SORRY, THE TAB

09:58AM  20   THAT SAYS COMPLETED, THE SECOND TO LAST.

09:58AM  21        DO YOU SEE THAT?

09:58AM  22        AND THIS WAS A SHEET THAT COVERED ALL OF THE ASSAYS THAT

09:58AM  23   YOU HAD DEVELOPED?

09:58AM  24   A.   YES.

09:58AM  25   Q.   AND LET'S GO TO THE BOTTOM THERE AND TAKE A LOOK.

09:58AM   1           AT THIS POINT THERE HAD BEEN 93 THAT HAD BEEN COMPLETED;

09:58AM   2   RIGHT?

09:58AM   3   A.   YES.

09:58AM   4   Q.   AND THIS IS AN UPDATE THAT YOU SENT MS. HOLMES IN JUNE OF

09:58AM   5   2013?

09:58AM   6   A.   YES.

09:58AM   7   Q.   AND IF WE CAN GO TO THE ATTACHMENT THAT SAYS -- OR I'M

09:58AM   8   SORRY, THE TAB THAT SAYS PROGRESS.

09:59AM   9           DO YOU SEE THAT?

09:59AM  10   A.   YES.

09:59AM  11   Q.   AND AGAIN, ACROSS THE TOP THIS TRACKS THE PRODUCT -- THE

09:59AM  12   PROGRESS OF ASSAYS THAT WERE IN DEVELOPMENT BUT NOT YET

09:59AM  13   COMPLETED; IS THAT RIGHT?

09:59AM  14   A.   YES.

09:59AM  15   Q.   AND IF WE CAN FOCUS FOR A SECOND ON THIS LEFT-HAND ROW

09:59AM  16   WHERE IT SAYS EXPERIMENT UP AT THE TOP.

09:59AM  17           DO YOU SEE THAT?

09:59AM  18   A.   YES.

09:59AM  19   Q.   AND THEN IT SAYS RESOURCE UNDERNEATH THAT.

09:59AM  20           DO YOU SEE THAT?

09:59AM  21   A.   UH-HUH.

09:59AM  22   Q.   AND THEN THERE ARE 26 DIFFERENT STEPS IDENTIFIED THERE?

09:59AM  23   A.   YES.

09:59AM  24   Q.   ARE THOSE THE 26 DIFFERENT STEPS THAT EVERY ASSAY WOULD GO

09:59AM  25   THROUGH IF IT WAS APPLICABLE TO THAT ASSAY?

09:59AM 1    A.   YES, THEY WOULD.

09:59AM 2    Q.   AND YOU AND YOUR TEAM WOULD TRACK EVERY INDIVIDUAL STEP?

09:59AM 3    A.   YES.

09:59AM 4    Q.   AND IN THE END THE GOAL WAS TO DESIGN AN ASSAY THAT

10:00AM 5    CORRELATED TO AN EXISTING COMMERCIALLY AVAILABLE ASSAY?

10:00AM 6    A.   YES.

10:00AM 7    Q.   BECAUSE THAT IS THE BEST PRACTICE IN THE ASSAY

10:00AM 8    DEVELOPMENT; RIGHT?

10:00AM 9    A.   YES.

10:00AM 10   Q.   AND BECAUSE YOU KNEW THAT CLIA VALIDATION REQUIRES A

10:00AM 11   COMPARISON TO AN EXISTING METHOD?

10:00AM 12   A.   YES.

10:00AM 13   Q.   AND THAT THIS DATA AND THIS WORK WOULD HELP FACILITATE THE

10:00AM 14   CLIA VALIDATION PROCESS?

10:00AM 15   A.   YES.

10:00AM 16   Q.   AND JUST SO WE'RE ALL CLEAR, THE CLIA VALIDATION, THAT

10:00AM 17   MEANS VALIDATED SO YOU CAN USE ON PATIENTS?

10:00AM 18   A.   YES.

10:00AM 19   Q.   AND YOUR WORK IS NOT DESIGNED TO DO -- YOUR WORK DID NOT

10:00AM 20   ACCOMPLISH THAT CONCLUSIVELY?

10:00AM 21   A.   IT DIDN'T BECAUSE THIS WAS -- ESSENTIALLY WE ARE MAKING

10:00AM 22   SURE THAT OF THE ASSAY THAT IS DEVELOPED APPROPRIATELY AND IS

10:00AM 23   SPECIFIC OR SENSITIVE ENOUGH THAT WHEN IT GOES INTO THE NEXT

10:00AM 24   STAGE OF VALIDATION WE DON'T HAVE ANY SURPRISES.

10:00AM 25   Q.   RIGHT.  AND THEN IT GOES OVER THE CLIA LAB, AND THE CLIA

10:01AM 1    LAB PEOPLE PICK IT UP AND THEY DO THE VALIDATION FOR CLIA

10:01AM 2    PURPOSES?

10:01AM 3    A.   YES.

10:01AM 4    Q.   AND PICKING UP ON THE HARD WORK THAT YOUR TEAM HAD DONE

10:01AM 5    OVER THE YEARS?

10:01AM 6    A.   YES.

10:01AM 7    Q.   AND ONCE THE WORK FOR AN ASSAY WAS COMPLETE, THAT WOULD BE

10:01AM 8    DOCUMENTED IN A WRITTEN REPORT?

10:01AM 9    A.   YES.

10:01AM 10   Q.   AND THERE WAS A REPORT PREPARED FOR EACH ASSAY?

10:01AM 11   A.   YES.

10:01AM 12   Q.   SO, FOR EXAMPLE, FOR THE 93 ASSAYS THAT WE HAD IDENTIFIED

10:02AM 13   THERE WOULD BE A REPORT FOR EACH INDIVIDUAL ONE?

10:02AM 14   A.   I THINK SO.

10:02AM 15   Q.   AND THOSE REPORTS WERE MAINTAINED BY THE COMPANY AND IN A

10:02AM 16   DRIVE WITHIN THE R&D GROUP?

10:02AM 17   A.   YES.

10:02AM 18   Q.   AND THEY WOULD VARY A BIT FROM ASSAY TO ASSAY, BUT THE

10:02AM 19   GENERAL IDEA WAS TO CONFIRM EACH OF THE STEPS THAT HAD BEEN

10:02AM 20   TAKEN IN THE DEVELOPMENT OF THE ASSAY?

10:02AM 21   A.   YES.

10:02AM 22   Q.   LET ME JUST GO BACK BRIEFLY TO THAT SPREADSHEET THAT WE

10:02AM 23   JUST LOOKED AT IN THE COMPLETED TAB.

10:02AM 24        IF WE GO TO THE TOP, WHAT IS THE FIRST ASSAY THERE?

10:03AM 25   A.   THYROID STIMULATING HORMONE.

10:03AM   1   Q.   OKAY.  SO THERE WOULD BE AN ASSAY DEVELOPMENT REPORT FOR

10:03AM   2   THAT?

10:03AM   3   A.   YES.

10:03AM   4   Q.   LET'S TAKE A LOOK AT 9397.

10:03AM   5        IS THIS A COPY OF THAT ASSAY DEVELOPMENT REPORT?

10:03AM   6   A.   YES.

10:03AM   7             MR. WADE:  MOVE THE ADMISSION OF 9397.

10:03AM   8             MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:03AM   9             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:03AM  10        (DEFENDANT'S EXHIBIT 9397 WAS RECEIVED IN EVIDENCE.)

10:03AM  11             THE COURT:  9397?

10:03AM  12             MR. WADE:  CORRECT, YOUR HONOR.

10:03AM  13             THE COURT:  I THINK THAT WAS ADMITTED.

10:04AM  14             THE CLERK:  IT WAS IDENTIFICATION BY ANOTHER

10:04AM  15   WITNESS, YOUR HONOR.

10:04AM  16   BY MR. WADE:

10:04AM  17   Q.   AND THIS IS AN EXAMPLE OF ONE OF THOSE REPORTS?

10:04AM  18   A.   YES.

10:04AM  19   Q.   AND THYROID STIMULATING HORMONE IS SOMETIMES REFERRED TO

10:04AM  20   AS TSH?

10:04AM  21   A.   YES.

10:04AM  22   Q.   AND SO IF I USE TSH, YOU'LL KNOW WHAT I'M REFERRING TO?

10:04AM  23   A.   YES.

10:04AM  24   Q.   AND THIS DOCUMENT WAS PREPARED BY TINA NOYES?

10:04AM  25   A.   CORRECT.

10:04AM   1    Q.   AND MS. NOYES WAS PART OF YOUR TEAM?

10:04AM   2    A.   YES.

10:04AM   3    Q.   AND IT WAS PREPARED IN APRIL 2011?

10:04AM   4    A.   YES.

10:04AM   5    Q.   AND YOU WOULD HAVE LOOKED AT THIS AT THE TIME?

10:04AM   6    A.   YEAH.

10:04AM   7    Q.   LET'S TAKE A LOOK ON PAGE 946 IN THE BOTTOM.

10:04AM   8         DO YOU SEE THAT?

10:04AM   9    A.   YES.

10:04AM  10    Q.   AND THIS -- ACTUALLY, IF I CAN GET THE WHOLE PART AT THE

10:05AM  11    TOP.

10:05AM  12         THIS SET FORTH THE ASSAY INFORMATION?

10:05AM  13    A.   YES.

10:05AM  14    Q.   AND THIS LOOKS KIND OF COMPLICATED.  WE WON'T GO THROUGH

10:05AM  15    ALL OF THE DETAIL HERE, BUT DO YOU THINK THIS ACCURATELY

10:05AM  16    DESCRIBES THE WORK THAT WAS DONE?

10:05AM  17    A.   I THINK SO.

10:05AM  18    Q.   AND THAT WAS GENERALLY THE IDEA THAT YOU ASKED -- THAT WAS

10:05AM  19    GENERALLY THE GOAL OF THE PREPARATION OF THE REPORT?

10:05AM  20    A.   YES.

10:05AM  21    Q.   AND ONE PARTICULAR THING I NOTE HERE IN 1.1.2 IS THE TOTAL

10:05AM  22    TIME TO RUN THIS ASSAY WAS 30 MINUTES?

10:05AM  23    A.   THE DIFFERENT STEPS FOR THOSE STAGES WERE 30 MINUTES, BUT

10:05AM  24    ON THE READER THE TIME WOULD BE LONGER.

10:05AM  25    Q.   OKAY.  OKAY.

10:05AM  1          BUT THE ASSAY WAS DESIGNED FOR THREE 10 MINUTE INTERVALS;

10:05AM  2     IS THAT RIGHT?

10:06AM  3     A.   YEAH.

10:06AM  4     Q.   AND IF YOU LOOK AT 947 AND IF WE CAN BLOW UP THE ANTIBODY

10:06AM  5     SCREENING THERE.

10:06AM  6          DO YOU SEE THAT?

10:06AM  7     A.   YES.

10:06AM  8     Q.   AND THIS INDICATES THAT YOUR TEAM TESTED 22 DIFFERENT

10:06AM  9     POTENTIAL ANTIBODIES IN THE COURSE OF DETERMINING WHICH ONE

10:06AM  10    WOULD WORK BEST FOR THIS ASSAY; RIGHT?

10:06AM  11    A.   CORRECT.

10:06AM  12    Q.   AND IT WAS A TREMENDOUS AMOUNT OF WORK, IS IT NOT?

10:06AM  13    A.   IT IS.

10:06AM  14    Q.   AND THE GOAL OF DOING THAT IS TO FIGURE OUT WHICH ANTIBODY

10:06AM  15    WOULD, WOULD ATTACH MOST SUCCESSFULLY.  AM I USING THE RIGHT

10:06AM  16    WORD THERE?

10:06AM  17    A.   SO BASICALLY FINDING THE BEST REAGENT THAT COULD BE USED

10:06AM  18    IN THE THERANOS SYSTEM.

10:06AM  19    Q.   AND WHAT DO YOU MEAN BY "BEST REAGENT"?  CAN YOU EXPLAIN

10:06AM  20    THAT TO THE JURY?

10:06AM  21    A.   SO BASICALLY THE COMBINATION OF THE REAGENT, THAT WOULD

10:06AM  22    GIVE US THE DESIRED SPECIFICITY AND SENSITIVITY.

10:07AM  23    Q.   AND MAKE IT MOST EFFICIENT TO COUNT.  IS THAT A FAIR --

10:07AM  24    A.   YES.

10:07AM  25    Q.   OKAY.  AND IF WE GO TO 955, SECTION 1.4.

10:07AM   1        THIS ASSAY DEVELOPMENT PROCESS INVOLVED TESTING THE ASSAY

10:07AM   2    ON A THERANOS DEVICE?

10:07AM   3    A.   YES.

10:07AM   4    Q.   AND IN 2005 THAT WOULD HAVE BEEN A 3.0 DEVICE?

10:07AM   5    A.   YES.

10:07AM   6    Q.   IF WE CAN GO BACK AGAIN TO 7297 IN THAT COMPLETED TAB.

10:08AM   7        SO FOR ALL OF THESE IMMUNOASSAYS YOU WOULD EXPECT TO SEE

10:08AM   8    COMPLETED REPORTS?

10:08AM   9    A.   YES.

10:08AM   10   Q.   AND THERE WERE ALSO REPORTS FOR THE GROUP OUTSIDE OF

10:08AM   11   IMMUNOASSAYS; RIGHT?

10:08AM   12   A.   YES.

10:08AM   13   Q.   BUT YOU WERE ONLY RESPONSIBLE FOR THE IMMUNOASSAY TEAM?

10:08AM   14   A.   YES.

10:08AM   15            MR. WADE:  AND I THINK BY STIPULATION WE'RE GOING TO

10:08AM   16   MOVE FOR THE ADMISSION OF THE IMMUNOASSAY REPORTS.

10:08AM   17            MR. LEACH:  YES.

10:08AM   18            MR. WADE:  MAY I APPROACH, YOUR HONOR?

10:08AM   19            THE COURT:  YES.

10:08AM   20            MR. WADE:  (HANDING.)

10:09AM   21        AND I THINK BY STIPULATION, YOUR HONOR, WITH AGREEMENT

10:09AM   22   FROM THE GOVERNMENT AND FOR THE BENEFIT OF OUR BELOVED COURT

10:09AM   23   REPORTER, WE WILL ENTER THE PARTICULAR EXHIBIT NUMBERS FOR

10:09AM   24   THESE VIA WRITTEN STIPULATION THAT WE'LL SUBMIT TO THE COURT.

10:09AM   25            MR. LEACH:  THAT'S FINE, YOUR HONOR, YES.

| | | |
|---|---|---|
| 10:09AM | 1 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:09AM | 2 | BY MR. WADE: |
| 10:09AM | 3 | Q.  AND I'VE HANDED YOU TWO BINDERS THAT ARE MAYBE FIVE OR SIX |
| 10:09AM | 4 | INCHES TALL; IS THAT RIGHT? |
| 10:09AM | 5 | A.  YES. |
| 10:09AM | 6 | Q.  AND IF YOU CAN JUST LOOK GENERALLY AT THE FIRST VOLUME OF |
| 10:09AM | 7 | THE BINDERS, THESE ARE THE TYPES OF REPORTS THAT YOUR TEAM |
| 10:09AM | 8 | PREPARED FOR EACH AND EVERY ONE OF THE ASSAYS? |
| 10:10AM | 9 | A.  YEAH. |
| 10:10AM | 10 | Q.  AND IT'S A TREMENDOUS VOLUME OF WORK, IS IT NOT? |
| 10:10AM | 11 | A.  IT IS. |
| 10:10AM | 12 | Q.  DID YOU FEEL PROUD OF YOUR TEAM AND ALL OF THE WORK THAT |
| 10:10AM | 13 | IT HAD DONE TO ACCOMPLISH THIS? |
| 10:10AM | 14 | A.  I THINK SO. |
| 10:10AM | 15 | Q.  DO YOU RECALL THAT SOMETIMES MANY OF THESE REPORTS ARE |
| 10:10AM | 16 | LABELLED ASSAY DEVELOPMENT REPORT? |
| 10:10AM | 17 | DO YOU SEE THAT? |
| 10:10AM | 18 | A.  YES. |
| 10:10AM | 19 | Q.  AND DO YOU RECALL SOMETIMES PEOPLE WOULD JUST REFER TO |
| 10:10AM | 20 | THESE AS DEVELOPMENT REPORTS? |
| 10:10AM | 21 | A.  YES. |
| 10:10AM | 22 | Q.  AND SOMETIMES WOULD REFER TO THEM AS R&D VALIDATION |
| 10:10AM | 23 | REPORTS? |
| 10:10AM | 24 | A.  SO I'M MORE ALIGNED WITH CALLING THEM DEVELOPMENT REPORTS. |
| 10:10AM | 25 | Q.  OKAY.  BUT YOU KNOW THAT SOME PEOPLE DID CALL THEM R&D |

10:10AM   1    VALIDATION REPORTS?

10:11AM   2    A.   YES.   YES.

10:11AM   3    Q.   AND IF I WOULD JUST DRAW YOUR ATTENTION TO ONE

10:11AM   4    EXHIBIT 9143, WHICH IS IN EVIDENCE AS PART OF THIS COMPILATION.

10:11AM   5    IT MAY BE IN THE SECOND VOLUME WHICH IS ON THE --

10:11AM   6    A.   YES.

10:11AM   7    Q.   -- GROUND NEXT TO YOU.

10:11AM   8         DO YOU SEE THAT ONE?

10:11AM   9    A.   I DO.

10:11AM   10   Q.   AND DO YOU SEE AT THE TOP IT SAYS ASSAY DEVELOPMENT

10:12AM   11   REPORT.

10:12AM   12        DO YOU SEE THAT?

10:12AM   13   A.   YES.

10:12AM   14   Q.   AND THEN DOWN IN THE BOTTOM IT SAYS THIS VALIDATION

10:12AM   15   REPORT?

10:12AM   16   A.   YES.

10:12AM   17   Q.   AND THAT TYPE OF PATTERN HAPPENED RELATIVELY FREQUENTLY

10:12AM   18   WITHIN THE COMPANY?

10:12AM   19   A.   THAT WAS BECAUSE THE PROJECT MANAGERS WOULD SEEK THESE,

10:12AM   20   THESE ASSAY DEVELOPMENT REPORTS AND THEN THEY WOULD PROPOSE

10:12AM   21   USING THOSE AS CALLING THEM LIKE VALIDATION REPORTS.

10:12AM   22        AND EACH TIME WE WERE CONSISTENT THAT THESE ARE ASSAY

10:12AM   23   DEVELOPMENT REPORTS.

10:12AM   24   Q.   OKAY.  AND BECAUSE I WANT TO BE CLEAR OF THE DIFFERENCE

10:12AM   25   THAT WE'RE TALKING ABOUT HERE.

10:12AM 1          THESE REPORTS WERE NOT CLIA VALIDATION REPORTS?

10:12AM 2     A.   CORRECT.

10:12AM 3     Q.   AND THAT WAS A SEPARATE PROCESS?

10:12AM 4     A.   YES.

10:12AM 5     Q.   AND THAT REQUIRED SEPARATE DOCUMENTATION?

10:12AM 6     A.   YES.

10:12AM 7     Q.   AND YOU WANTED TO MAKE SURE THAT THAT WAS UNDERSTOOD?

10:12AM 8     A.   YES.

10:12AM 9     Q.   OKAY.  AND I BELIEVE YOU LEFT THE COMPANY BEFORE MANY OF

10:13AM 10    THE CLIA VALIDATION REPORTS WERE FINALIZED, BUT IT IS YOUR

10:13AM 11    UNDERSTANDING THAT THEY WERE WORKING ON CLIA VALIDATION REPORTS

10:13AM 12    IN THE CLIA LAB AS WELL; RIGHT?

10:13AM 13    A.   YES.

10:13AM 14    Q.   I'M HAPPY TO TELL YOU WE WON'T SPEND ANY MORE TIME GOING

10:13AM 15    THROUGH THE DETAILS OF ALL OF THAT WORK.

10:13AM 16         SO IF YOU WANT TO MOVE THE BINDERS ASIDE, WE CAN DO THAT.

10:13AM 17    A.   OKAY.

10:13AM 18    Q.   AND YOU MENTIONED THE PROJECT MANAGERS.  THERE WERE TIMES

10:13AM 19    WHERE YOU UNDERSTOOD THAT MS. HOLMES WOULD BE OUT TALKING TO

10:13AM 20    DIFFERENT OUTSIDE AUDIENCES; RIGHT?

10:13AM 21    A.   YES.

10:13AM 22    Q.   AND SHE WOULD WANT TO GIVE UPDATES ON THE LATEST R&D WORK?

10:13AM 23    A.   YES.

10:13AM 24    Q.   AND AHEAD OF THOSE MEETINGS SOMETIMES MS. HOLMES OR ONE OF

10:13AM 25    THE PROJECT MANAGERS WOULD COME TO YOU TO GET AN UPDATE ON WHAT

10:14AM   1    WAS GOING ON?

10:14AM   2    A.   YES.

10:14AM   3    Q.   AND YOU WOULD PROVIDE THAT?

10:14AM   4    A.   YES.

10:14AM   5    Q.   AND I THINK SOMETIMES THOSE REQUESTS CAME FROM MS. HOLMES?

10:14AM   6    A.   YES.

10:14AM   7    Q.   AND SOMETIMES FROM DR. YOUNG?

10:14AM   8    A.   YEAH.

10:14AM   9    Q.   AND SOMETIMES FROM ONE OF THE PROJECT MANAGERS WHO WAS

10:14AM  10    WORKING WITH MS. HOLMES?

10:14AM  11    A.   YES.

10:14AM  12    Q.   AND THESE WERE FOR INTERACTIONS WITH CUSTOMERS LIKE

10:14AM  13    WALGREENS?

10:14AM  14    A.   I WOULD THINK SO.

10:14AM  15    Q.   OR THE DEPARTMENT OF DEFENSE?

10:14AM  16    A.   I THINK SO.

10:14AM  17    Q.   LET'S LOOK AT 7216.

10:15AM  18        DO YOU SEE THAT THIS IS AN EMAIL CHAIN WHERE MS. HOLMES IS

10:15AM  19    WORKING TO GET AN UPDATE IN ADVANCE OF A MEETING?

10:15AM  20    A.   YES.

10:15AM  21    Q.   OKAY.

10:15AM  22        I WOULD MOVE THE ADMISSION OF --

10:15AM  23        AND YOU'RE ON THAT EMAIL, RIGHT, MA'AM?  YOU'RE ON THIS

10:15AM  24    EMAIL?

10:15AM  25    A.   YES, I AM.

10:15AM  1        MR. WADE:  I WOULD MOVE THE ADMISSION OF

10:15AM  2   EXHIBIT 7216.

10:15AM  3        MR. LEACH:  OBJECTION.  FOUNDATION.  802.

10:15AM  4        THE COURT:  YOU NEED TO LAY A LITTLE BIT MORE

10:15AM  5   FOUNDATION, MR. WADE, IF YOU WOULD.

10:15AM  6        MR. WADE:  SURE.

10:15AM  7   Q.  YOU HAD TALKED ABOUT HOW IN ADVANCE OF THESE MEETINGS THE

10:15AM  8   WAY THAT THE COMPANY WOULD GET UPDATED INFORMATION TO PROVIDE

10:15AM  9   TO EXTERNAL AUDIENCES WAS TO COMMUNICATE TO YOU VIA EMAIL AND

10:15AM  10  TO REQUEST UPDATES?

10:15AM  11  A.  YES.

10:15AM  12  Q.  AND YOU KNEW THAT THEY WERE GOING TO BE TALKING TO PEOPLE

10:15AM  13  OUTSIDE OF THE COMPANY ABOUT THE INFORMATION?

10:15AM  14  A.  I THINK SO.

10:15AM  15  Q.  SO DID YOU ALWAYS WORK TO MAKE SURE THAT YOU WERE

10:16AM  16  PROVIDING ACCURATE UP-TO-DATE INFORMATION?

10:16AM  17  A.  YES.

10:16AM  18  Q.  AND IN THE MANNER THAT THE COMPANY USED TO COMMUNICATE

10:16AM  19  THAT WAS EMAIL?

10:16AM  20  A.  YES.

10:16AM  21  Q.  BECAUSE PEOPLE WORKED IN DIFFERENT PLACES; RIGHT?

10:16AM  22  A.  YES.

10:16AM  23  Q.  AND THIS WAS THE MOST EFFICIENT WAY TO DO THIS?

10:16AM  24  A.  YES.

10:16AM  25  Q.  AND YOU KNEW THAT THESE EMAILS WERE CONFIDENTIAL

10:16AM  1      DOCUMENTS?

10:16AM  2      A.   YES.

10:16AM  3      Q.   AND THEY WERE KEPT AS PART OF THE COMPANY'S ORDINARY

10:16AM  4      RECORD?

10:16AM  5      A.   YES.

10:16AM  6      Q.   AND THAT THIS WOULD GIVE MS. HOLMES THE INFORMATION THAT

10:16AM  7      SHE NEEDED TO GO OUT AND COMMUNICATE TO THOSE EXTERNAL

10:16AM  8      AUDIENCES?

10:16AM  9      A.   I THINK SO.

10:16AM 10            MR. WADE:  I WOULD MOVE THE ADMISSION, YOUR HONOR.

10:16AM 11            MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:16AM 12            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

10:16AM 13        (DEFENDANT'S EXHIBIT 7216 WAS RECEIVED IN EVIDENCE.)

10:17AM 14      BY MR. WADE:

10:17AM 15      Q.   AND IF WE LOOK DOWN AT THE BOTTOM EMAIL, DO YOU SEE THAT?

10:17AM 16      A.   YES.

10:17AM 17      Q.   AND HERE THIS IS AN EMAIL BETWEEN YOU AND MS. HOLMES ON

10:17AM 18      NOVEMBER 16TH AND 17TH OF 2011?

10:17AM 19      A.   YES.

10:17AM 20      Q.   AND SHE ASKED THE ASSAY TEAM LEADS TO IDENTIFY UPDATES FOR

10:17AM 21      AN UPCOMING MEETING WITH REPRESENTATIVES FROM THE DEPARTMENT OF

10:17AM 22      DEFENSE?

10:17AM 23      A.   YES.

10:17AM 24      Q.   AND IN ADDITION TO THE TWO OF YOU, THERE WERE MANY OTHER

10:17AM 25      PEOPLE ON THIS EMAIL CHAIN?

10:17AM 1    A.   YES.

10:17AM 2    Q.   AND THE OTHER ASSAY TEAM LEADS?

10:17AM 3    A.   YES.

10:17AM 4    Q.   AND SOME OF THE PROJECT MANAGERS?

10:17AM 5    A.   I THINK SO.

10:17AM 6    Q.   AND DR. YOUNG MADE A SUGGESTION OF POTENTIAL UPDATE TO

10:17AM 7    PROVIDE?

10:18AM 8    A.   YES.

10:18AM 9    Q.   AND WHAT ASSAYS DID HE RECOMMEND THAT YOU PROVIDE?

10:18AM 10   A.   PSA AND VITAMIN D.

10:18AM 11   Q.   AND YOU RESPONDED TO THAT; RIGHT?

10:18AM 12   A.   YES.

10:18AM 13   Q.   AND WHAT WAS YOUR RESPONSE TO HIS SUGGESTION?

10:18AM 14   A.   SO I'M RESPONDING HERE SAYING THAT VITAMIN D IS NOT

10:18AM 15   COMPLETE SO THERE IS NO ADDITIONAL DATA.

10:18AM 16        AND FOR PSA I COULD RESEND THE EARLIER DATA.

10:18AM 17   Q.   AND MS. HOLMES RESPONDED.

10:18AM 18        DO YOU SEE THAT?

10:18AM 19   A.   YES.

10:18AM 20   Q.   AND SHE SAID PLEASE DO SEND THE PSA DATA; RIGHT?

10:18AM 21   A.   YES.

10:18AM 22   Q.   BUT IF THE R&D DATA WASN'T READY, SHE DIDN'T ASK FOR THAT;

10:18AM 23   CORRECT?  CORRECT?

10:18AM 24   A.   SO SHE'S ASKING TO SEND THE PSA DATA.

10:19AM 25   Q.   YEAH.  AND SHE DIDN'T ASK FOR THE --

10:19AM   1    A.   THE VITAMIN D DATA.

10:19AM   2    Q.   BECAUSE YOU SAID THAT WASN'T READY; RIGHT?

10:19AM   3    A.   CORRECT.

10:19AM   4    Q.   OKAY.  AND YOU TALKED ABOUT THIS HAPPENING GENERALLY, BUT

10:19AM   5    IS THIS THE EXAMPLE OF THE KIND OF REQUEST THAT YOU WOULD

10:19AM   6    RECEIVE IN YOUR POSITION?

10:19AM   7    A.   YES.

10:19AM   8    Q.   IF WE CAN GO TO THE GOVERNMENT BINDER, EXHIBIT 1109, WHICH

10:19AM   9    IS IN EVIDENCE, AND I'D LIKE YOU TO LOOK AT PAGE 5.

10:19AM  10         I'M SORRY, I KNOW YOU HAVE A LOT OF BINDERS UP THERE.

10:19AM  11    I'LL GIVE YOU A SECOND.

10:19AM  12         SO EXHIBIT 1109?

10:19AM  13    A.   YES.

10:19AM  14    Q.   PAGE 5.

10:19AM  15         DO YOU SEE THAT?  BATES ENDING 237.

10:20AM  16         AND IF WE CAN PUBLISH THAT.

10:20AM  17    A.   YES.

10:20AM  18    Q.   DO YOU SEE THAT IN FRONT OF YOU?

10:20AM  19    A.   I DO.

10:20AM  20    Q.   OKAY.  THIS IS A DOCUMENT WHERE YOU SET FORTH SOME OF YOUR

10:20AM  21    ORGANIZATIONAL PRINCIPLES IN CONNECTION WITH HOW YOU TRACKED

10:20AM  22    YOUR PROJECTS?

10:20AM  23    A.   YES.

10:20AM  24    Q.   AND WE TALKED ABOUT THE ASSAY DEVELOPMENT REPORTS, BUT YOU

10:20AM  25    ALSO MAINTAINED OTHER ADDITIONAL DATA FILES AND THE LIKE?

10:20AM  1    A.   YES.

10:20AM  2    Q.   WE NOW HAVE IT UP ON THE SCREEN.

10:20AM  3         AND SOME OF THOSE FILES WERE MAINTAINED ON THE J DRIVE

10:21AM  4    UNDER THE EXPERIMENTAL LOG?

10:21AM  5    A.   YES.

10:21AM  6    Q.   AND THAT INCLUDED EXPERIMENT LOGS FOR THE INDIVIDUAL

10:21AM  7    ASSAYS?

10:21AM  8    A.   YES.

10:21AM  9    Q.   SO BEYOND THOSE REPORTS THAT WE TALKED ABOUT, THERE WERE

10:21AM  10   OFTENTIMES MANY, MANY SPREADSHEETS AND TABLES OF DATA THAT SORT

10:21AM  11   OF FED INTO A SUMMARY -- THE SUMMARY OF THAT REPORT; RIGHT?

10:21AM  12   A.   YES.

10:21AM  13   Q.   AND YOUR TEAM CAREFULLY TRACKED ALL OF THAT?

10:21AM  14   A.   YES.

10:21AM  15   Q.   BECAUSE THAT COULD FEED INTO THE CLIA VALIDATION PROCESS

10:21AM  16   DOWN THE ROAD?

10:21AM  17   A.   YES.

10:21AM  18   Q.   AND BECAUSE IT WAS THE BEST PRACTICE?

10:21AM  19   A.   RIGHT.

10:21AM  20   Q.   AND YOU STORED THAT ON THE J DRIVE SO OTHERS COULD ACCESS

10:21AM  21   IT IF THEY HAD A NEED TO?

10:21AM  22   A.   YES.

10:21AM  23   Q.   AND THE REST OF THE FILES WERE STORED IN THE THERANOS

10:21AM  24   T DRIVE?

10:21AM  25   A.   UH-HUH.

10:21AM  1    Q.   RIGHT?

10:21AM  2    A.   YES.

10:21AM  3    Q.   AND THAT WAS THE ASSAY SYSTEM'S TEAM FOLDER?

10:21AM  4    A.   RIGHT.

10:21AM  5    Q.   AND THERE WAS A SUBFOLDER FOR ASSAY DEVELOPMENT REPORTS.

10:22AM  6         DO YOU RECALL THAT?

10:22AM  7    A.   YES.

10:22AM  8    Q.   AND THERE WERE OTHER SUBFOLDERS THAT WERE SORT OF PROJECT

10:22AM  9    SPECIFIC; RIGHT?

10:22AM  10   A.   YES.

10:22AM  11   Q.   AGAIN, EXTENSIVE AMOUNTS OF DATA AND WORK WAS MEMORIALIZED

10:22AM  12   WITHIN THOSE FILES?

10:22AM  13   A.   RIGHT.

10:22AM  14   Q.   NOW, YOU RECALL ON YOUR DIRECT EXAMINATION YOU WERE ASKED

10:22AM  15   SOME QUESTIONS ABOUT EMAILS REGARDING THE R&D PROCESS ON THE

10:22AM  16   4 SERIES DEVICE?

10:22AM  17        DO YOU RECALL THAT?

10:22AM  18   A.   YES.

10:22AM  19   Q.   AND I JUST WANT TO CLARIFY A COUPLE OF THINGS ABOUT THE

10:22AM  20   R&D PROCESS.  OKAY?

10:22AM  21   A.   SURE.

10:22AM  22   Q.   AND THE R&D PROCESS IS ACTUALLY DESIGNED TO IDENTIFY

10:23AM  23   PROBLEMS AND POTENTIAL ISSUES AS YOU'RE DEVELOPING PRODUCT;

10:23AM  24   RIGHT?

10:23AM  25   A.   SO THE R&D PROCESS SPECIFICALLY FOR DEVELOPING ASSAYS WE

10:23AM  1    DID HAVE A PLAN WITH HOW WE WOULD PROCEED WITH DEVELOPING THE

10:23AM  2    ASSAYS.

10:23AM  3    Q.   RIGHT.  YOU HAD A PLAN?

10:23AM  4    A.   UH-HUH.

10:23AM  5    Q.   AND OCCASIONALLY AS YOU'RE WORKING ON THE DEVELOPMENT,

10:23AM  6    THERE WOULD BE A SETBACK WITHIN THE PLAN?

10:23AM  7    A.   YES.

10:23AM  8    Q.   AND THAT WAS TO BE EXPECTED?

10:23AM  9    A.   IT IS.

10:23AM  10   Q.   AND YOU WOULD RUN AN EXPERIMENT?

10:23AM  11   A.   UH-HUH.

10:23AM  12   Q.   AND YOU WOULD EVALUATE THE RESULTS; RIGHT?

10:23AM  13   A.   RIGHT.

10:23AM  14   Q.   AND YOU WOULD SEE IF ANY SETBACKS OR ISSUES AROSE; IS THAT

10:23AM  15   RIGHT?

10:23AM  16   A.   YES.

10:23AM  17   Q.   AND YOU WOULD WORK TO IDENTIFY THE ROOT CAUSE OF THE

10:23AM  18   PROBLEM?

10:23AM  19   A.   YES.

10:23AM  20   Q.   AND YOU WOULD THEN TRY TO IMPROVE IT?

10:23AM  21   A.   YES.

10:23AM  22   Q.   AND THEN YOU WOULD RUN THE EXPERIMENT AGAIN?

10:23AM  23   A.   YEAH.

10:23AM  24   Q.   AND IF THERE WAS A SETBACK OR A MISTAKE, YOU WOULD GO

10:24AM  25   THROUGH THAT SAME PROCESS AGAIN; RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1314

10:24AM   1    A.   YES.

10:24AM   2    Q.   THAT'S A FUNDAMENTAL PART OF THE RESEARCH AND DEVELOPMENT

10:24AM   3    PROCESS, IS IT NOT?

10:24AM   4    A.   IT IS.

10:24AM   5    Q.   AND IN RESEARCH AND DEVELOPMENT SOMETIMES YOU HAVE TO FAIL

10:24AM   6    BEFORE YOU COULD SUCCEED; RIGHT?

10:24AM   7    A.   YES.

10:24AM   8    Q.   NOW, WE TALKED ABOUT HOW ALL OF THIS HARD WORK THAT YOU

10:24AM   9    WERE DOING IN RESEARCH AND DEVELOPMENT WAS ULTIMATELY GEARED

10:25AM  10    TOWARDS USE OUT IN THE FIELD IF YOU WILL; RIGHT?

10:25AM  11    A.   YES.

10:25AM  12    Q.   AND THERE ARE TWO WAYS THAT THERANOS WAS LOOKING AT

10:25AM  13    DEPLOYING THE SMALL SAMPLE ASSAYS; RIGHT?

10:25AM  14    A.   YES.

10:25AM  15    Q.   AND THE -- ONE WAY WAS TO USE THE ASSAY ON A THERANOS

10:25AM  16    DEVICE THAT WAS DEPLOYED OUT IN THE FIELD; RIGHT?

10:25AM  17    A.   YES.

10:25AM  18    Q.   AND THAT WOULD REQUIRE FDA APPROVAL TO DO THAT?

10:25AM  19    A.   YES.

10:25AM  20    Q.   THAT'S REFERRED TO AS A 510K APPROVAL; RIGHT?  ARE YOU

10:25AM  21    FAMILIAR WITH THAT?

10:25AM  22    A.   YES.

10:25AM  23    Q.   AND THIS WAS SOMETHING THAT WAS DISCUSSED WITH TEAM

10:25AM  24    LEADERS AT THERANOS?

10:25AM  25    A.   NOT VERY -- NOT IN TOO MUCH DETAIL.

10:25AM  1    Q.   NOT SPECIFICALLY, BUT GENERALLY THAT THE GOAL WAS TO

10:25AM  2    DEPLOY THESE AFTER FDA APPROVAL.  THAT WAS ONE PATH THAT SOME

10:26AM  3    IN THE COMPANY WERE WORKING ON; RIGHT?

10:26AM  4    A.   YES.

10:26AM  5    Q.   IS THAT RIGHT?

10:26AM  6    A.   YES.

10:26AM  7    Q.   AND THE SECOND WAY WAS TO VALIDATE THERANOS'S ASSAYS FOR

10:26AM  8    USE IN THE CLIA LABORATORY?

10:26AM  9    A.   YES.

10:26AM  10   Q.   AND THAT WOULD BE -- THEY WOULD BE REFERRED TO THEN AS LAB

10:26AM  11   DEVELOPED TESTS; RIGHT?

10:26AM  12   A.   CORRECT.

10:26AM  13   Q.   WHICH ARE SOMETIMES REFERRED TO AS LDT'S?

10:26AM  14   A.   YES.

10:26AM  15   Q.   THAT'S THE ACRONYM, LAB DEVELOPED TESTS OR LDT'S; RIGHT?

10:26AM  16   A.   CORRECT.

10:26AM  17   Q.   AND THERANOS WAS WORKING ON A PROCESS TO TAKE THE ASSAYS

10:26AM  18   THAT YOUR TEAM HAD DEVELOPED AND USE THEM AS LDT'S WITHIN THE

10:27AM  19   CLIA LAB?

10:27AM  20   A.   YES.

10:27AM  21   Q.   LET'S LOOK AT 487, WHICH MAY BE IN THE GOVERNMENT'S

10:27AM  22   BINDER.

10:27AM  23   A.   YEAH, I HAVE THAT.

10:27AM  24        MR. WADE:  I MOVE THE ADMISSION OF THIS PER

10:27AM  25   STIPULATION, YOUR HONOR.

10:27AM    1                    MR. LEACH:  NO OBJECTION.

10:27AM    2                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM    3            (GOVERNMENT'S EXHIBIT 487 WAS RECEIVED IN EVIDENCE.)

10:27AM    4    BY MR. WADE:

10:27AM    5    Q.   AND LET'S LOOK IN THE FIRST EMAIL IN THE CHAIN AT THE

10:27AM    6    BOTTOM, WHICH IS ON PAGE 2.  SORRY.

10:28AM    7            DO YOU SEE THAT THERE?

10:28AM    8    A.   YEAH.

10:28AM    9    Q.   AND THIS IS AN EMAIL FROM DR. GELB TO YOU?

10:28AM   10    A.   YES.

10:28AM   11    Q.   IN OCTOBER OF 2011?

10:28AM   12    A.   YES.

10:28AM   13    Q.   AND DR. GELB AT THE TIME WAS THE LAB DIRECTOR FOR

10:28AM   14    THERANOS?

10:28AM   15    A.   YES.

10:28AM   16    Q.   AND HE WAS AN EXPERIENCED LAB DIRECTOR?

10:28AM   17    A.   YES.

10:28AM   18    Q.   AND WITHIN THIS EMAIL HE'S OUTLINING A GENERAL APPROACH TO

10:28AM   19    VALIDATING AN ASSAY AS A LABORATORY DEVELOPED TEST UNDER THE

10:28AM   20    CLIA REGULATIONS; RIGHT?

10:29AM   21    A.   YES.

10:29AM   22    Q.   AND BECAUSE THIS WAS THE END GOAL FOR THE ASSAY

10:29AM   23    DEVELOPMENT PROCESS?

10:29AM   24    A.   YES.

10:29AM   25    Q.   LET'S TURN TO 9921.

10:30AM   1           DO YOU SEE THAT IN FRONT OF YOU?

10:30AM   2      A.   YES.

10:30AM   3      Q.   AND WHAT IS 9921?

10:30AM   4      A.   IT LOOKS LIKE AN OVERALL MASTER VALIDATION PLAN FOR ELISA

10:30AM   5      ASSAYS ON THERANOS DEVICES.

10:30AM   6      Q.   OKAY.  AND DO YOU SEE YOUR SIGNATURE THERE ON THE

10:30AM   7      DOCUMENT?

10:30AM   8      A.   YES.

10:30AM   9      Q.   OKAY.  AND THIS WAS A POLICY OR PROCEDURAL DOCUMENT THAT

10:30AM   10     WAS KEPT BY THE COMPANY?

10:30AM   11     A.   I THINK SO.

10:30AM   12          MR. WADE:  I WOULD MOVE THE ADMISSION OF 9921.

10:30AM   13          MR. LEACH:  NO OBJECTION.

10:30AM   14          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:30AM   15      (DEFENDANT'S EXHIBIT 9921 WAS RECEIVED IN EVIDENCE.)

10:30AM   16     BY MR. WADE:

10:30AM   17     Q.   IF WE CAN LOOK AT THE FIRST PAGE.

10:30AM   18          IF YOU LOOK AT THE DATE IT SAYS NOVEMBER 4TH, 2011?

10:31AM   19     A.   YES.

10:31AM   20     Q.   AND THIS WAS JUST OVER A WEEK AFTER DR. GELB HAD SENT YOU

10:31AM   21     THE BASIC OUTLINE OF THE -- HOW TO VALIDATE AN ASSAY.

10:31AM   22          DO YOU RECALL THAT?

10:31AM   23     A.   YES.

10:31AM   24     Q.   AND THIS DOCUMENT WAS -- APPEARS TO HAVE BEEN CREATED IN

10:31AM   25     THAT ONE WEEK INTERIM?

10:31AM  1    A.   I THINK SO.

10:31AM  2    Q.   AND THIS IS A DOCUMENT THAT IS APPROVED BY DR. GELB?

10:31AM  3    A.   YES.

10:31AM  4    Q.   AND WHO IS A MEDICAL DOCTOR?

10:31AM  5    A.   RIGHT.

10:31AM  6    Q.   IT'S APPROVED BY YOU?

10:31AM  7    A.   YEAH, I'M THE REVIEWER, YES.

10:31AM  8    Q.   AND IT WAS REVIEWED AND APPROVED BY DR. YOUNG AS WELL?

10:31AM  9    A.   YES.

10:31AM  10   Q.   OKAY.  IF WE CAN GO TO THE THIRD PAGE OF THE DOCUMENT AND

10:31AM  11   LOOK AT THE TOP TWO NUMBERS THERE.

10:31AM  12        NOW, THE FIRST -- SECTION 1 SETS FORTH THE SECTION THAT IS

10:32AM  13   CONSISTENT WITH I BELIEVE YOUR PRIOR TESTIMONY WHICH IS TO

10:32AM  14   DEFINE THE MASTER VALIDATION PLAN FOR THE CLIA VALIDATION OF

10:32AM  15   ELISA ASSAYS; RIGHT?

10:32AM  16   A.   YES.

10:32AM  17   Q.   AND THEN IN THE SCOPE SECTION IT SETS FORTH THE STANDARDS

10:32AM  18   THAT ARE TO BE APPLIED FOR THAT VALIDATION; RIGHT?

10:32AM  19   A.   YES.

10:32AM  20   Q.   AND THAT STANDARD INCORPORATES SOME SPECIFIC PROVISION OF

10:32AM  21   FEDERAL REGULATIONS?

10:32AM  22   A.   I THINK SO.

10:32AM  23   Q.   DO YOU SEE IT MENTIONED THERE?

10:32AM  24   A.   YES.

10:32AM  25   Q.   AND IT REFERENCES A NUMBER OF SPECIFIC ITEMS THAT NEED TO

10:33AM 1     BE SATISFIED?

10:33AM 2     A.   YES.

10:33AM 3     Q.   OKAY.  IF I CAN DRAW YOUR ATTENTION TO PAGE 14,

10:33AM 4     PARAGRAPH 3.

10:33AM 5          DO YOU SEE THAT?

10:33AM 6     A.   YES.

10:33AM 7     Q.   AND IT SETS FORTH THE OPERATIONAL TIMELINE FOR THE

10:33AM 8     VALIDATION OF THE LAB DEVELOPED TESTS?

10:33AM 9     A.   YES.

10:33AM 10    Q.   AND JUST SO WE'RE CLEAR ON TERMINOLOGY, THE COMPANY'S GOAL

10:34AM 11    AT THIS TIME WAS FOR ALL OF THE ASSAYS THAT YOU WERE DEVELOPING

10:34AM 12    IN R&D TO BECOME LAB DEVELOPED TESTS WITHIN THE CLIA LAB?

10:34AM 13    A.   YES.

10:34AM 14    Q.   IF I CAN DIRECT YOU TO PAGE 6.

10:34AM 15         DO YOU SEE WHERE IT SAYS TESTING SYSTEMS UP AT THE TOP

10:34AM 16    THERE?

10:34AM 17    A.   YES.

10:34AM 18    Q.   AND THIS TALKS ABOUT THE THERANOS DEVICES AND SYSTEMS?

10:34AM 19    A.   YES.

10:34AM 20    Q.   AND AT THIS POINT IN 2011 THE 3.0 WAS THE ONLY THERANOS

10:34AM 21    DEVICE; RIGHT?

10:34AM 22    A.   I THINK THEY HAD STARTED SOME DEVELOPMENT ON THE 4.0'S.

10:35AM 23    Q.   OKAY.  DO YOU THINK THAT MAYBE THE DEVELOPMENT HAD STARTED

10:35AM 24    BUT THE ONLY SYSTEM THAT HAD ACTUALLY PERFORMED ASSAYS

10:35AM 25    EXTERNALLY WAS THE 3.0; IS THAT RIGHT?

10:35AM  1    A.   YES.  YES.

10:35AM  2    Q.   IF I CAN DRAW YOUR ATTENTION TO EXHIBIT 5388, WHICH IS IN

10:35AM  3    THE GOVERNMENT'S BINDER, I BELIEVE, AND IN EVIDENCE.

10:35AM  4         IF WE CAN PULL THAT UP.  AND IF WE JUST BLOW UP THE TOP

10:36AM  5    THIRD OF THE DOCUMENT.

10:36AM  6         THIS IS A DOCUMENT I THINK YOU HAVE BEEN ASKED SOME

10:36AM  7    QUESTIONS ABOUT LAST WEEK.

10:36AM  8         DO YOU RECALL?

10:36AM  9    A.   YES.

10:36AM  10   Q.   AND THIS IS AN EMAIL FROM DR. SIVARAMAN TO YOU AND

10:36AM  11   DR. YOUNG AT THE END OF JULY OF 2013?

10:36AM  12   A.   YES.

10:36AM  13   Q.   AND THERE ARE SOME ATTACHMENTS TO THIS DOCUMENT?

10:36AM  14   A.   YES.

10:36AM  15   Q.   AND ONE OF THEM IS A WORD DOCUMENT OF THAT 2011 VALIDATION

10:36AM  16   PLAN THAT WE HAD JUST GONE THROUGH; IS THAT RIGHT?

10:36AM  17   A.   I THINK SO.

10:36AM  18   Q.   OKAY.  AND IF YOU LOOK AT THE TOP EMAIL, DR. SIVARAMAN

10:36AM  19   NOTES THAT SHE'S ATTACHING A VALIDATION PLAN FOR THE SIX ASSAYS

10:37AM  20   IN A CARTRIDGE SUMMARY FORMAT.

10:37AM  21        DO YOU SEE THAT?

10:37AM  22   A.   YES.

10:37AM  23   Q.   AND SHE SAYS AND ALSO ATTACHED IS THE LDT VALIDATION PLAN

10:37AM  24   WORD DOCUMENT THAT ARNE HELPED DEVELOP IN 2011.

10:37AM  25        DO YOU SEE THAT?

10:37AM 1    A.   YES.

10:37AM 2    Q.   AND THAT IT NOTES THAT THAT PLAN WAS BEING USED AS THE

10:37AM 3    TEMPLATE FOR THE CLIA VALIDATION WORK THAT THE COMPANY WAS

10:37AM 4    DOING IN 2013?

10:37AM 5    A.   YES.

10:37AM 6    Q.   AND DR. GELB'S TEMPLATE?

10:37AM 7    A.   YES.

10:37AM 8    Q.   IF I CAN CALL YOUR ATTENTION TO EXHIBIT 1031.

10:38AM 9    A.   WHAT WAS THE NUMBER AGAIN?

10:38AM 10   Q.   1031.  IT SHOULD BE IN THE BLACK BINDER I THINK.

10:38AM 11        I CAN HAND YOU A COPY IF THAT'S EASIER.

10:38AM 12        MAY I APPROACH, YOUR HONOR?

10:38AM 13            THE WITNESS:  YEAH, I DON'T FIND IT HERE.

10:38AM 14            MR. WADE:  MAY I APPROACH, YOUR HONOR?

10:39AM 15            THE COURT:  GO RIGHT AHEAD.  PLEASE.

10:39AM 16            MR. WADE:  (HANDING.)

10:39AM 17   Q.   DO YOU HAVE 1031 IN FRONT OF YOU?

10:39AM 18   A.   I HAVE IT.

10:39AM 19   Q.   AND THIS IS AN EMAIL FROM YOU TO DR. YOUNG,

10:39AM 20   DR. ROSENDORFF, MS. HOLMES IN AUGUST OF 2013?

10:39AM 21   A.   YES.

10:39AM 22   Q.   AND YOU WERE WORKING WITH DR. YOUNG AND DR. ROSENDORFF ON

10:39AM 23   THE CLIA VALIDATION PLAN AT THIS TIME?

10:39AM 24   A.   YES.

10:39AM 25            MR. WADE:  I WOULD MOVE THE ADMISSION OF 1031.

10:39AM   1          MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:39AM   2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM   3          (GOVERNMENT'S EXHIBIT 1031 WAS RECEIVED IN EVIDENCE.)

10:40AM   4   BY MR. WADE:

10:40AM   5   Q.   AND WE TALKED ABOUT THIS PERIOD IN AUGUST.  THIS WAS A

10:40AM   6   SHORT TIME AFTER YOU RETURNED FROM INDIA.

10:40AM   7          DO YOU RECALL THAT?

10:40AM   8   A.   YES.

10:40AM   9   Q.   AND THIS IS WORKING TO GET EVERYONE ON THE SAME PAGE WITH

10:40AM  10   RESPECT TO THE VALIDATION EFFORTS?

10:40AM  11   A.   YES.

10:40AM  12   Q.   AND IT ALSO SERVED TO KEEP MS. HOLMES ABREAST OF THAT?

10:40AM  13   A.   YES.

10:40AM  14   Q.   AND YOU ATTACHED A MASTER VALIDATION PLAN FOR ELISA

10:40AM  15   ASSAYS.

10:40AM  16          DO YOU SEE THAT?

10:40AM  17   A.   YES.

10:40AM  18   Q.   AND THIS IS AN UPDATED DOCUMENT THAT CONTINUED TO SERVE AS

10:40AM  19   A TEAM'S GUIDE FOR THE ASSAY DEVELOPMENT WORK?

10:40AM  20   A.   I THINK SO.

10:40AM  21   Q.   AND IT SETS FORTH THE STANDARDS TO BE USED IN THE

10:40AM  22   VALIDATION PROCESS?

10:40AM  23   A.   YES.

10:40AM  24   Q.   AND LET'S TAKE A LOOK AT THAT ATTACHMENT.

10:41AM  25          THIS IS THAT ATTACHMENT?

10:41AM  1    A.   YES.

10:41AM  2    Q.   THE MASTER VALIDATION PLAN.

10:41AM  3         AND THIS IS SIMILAR FROM THE DOCUMENT FROM DR. GELB?

10:41AM  4    A.   YES.

10:41AM  5    Q.   AND DID YOU USE THE DR. GELB REPORT AS THE STANDING POINT

10:41AM  6    FOR THIS DOCUMENT?

10:41AM  7    A.   I THINK SO.

10:41AM  8    Q.   AND THE EFFECTIVE DATE OF THIS WAS 8/23/13.

10:41AM  9         WAS THE IDEA THAT YOU WERE GOING TO UPDATE THIS?

10:41AM  10   A.   YES.

10:41AM  11   Q.   AND, IN FACT, IT SAYS "REVISION:  A" IN THE CORNER; RIGHT?

10:41AM  12   A.   YES.

10:41AM  13   Q.   AND SO THIS WOULD BE THE FIRST REVISION TO THAT REPORT,

10:41AM  14   THAT DOCUMENT?

10:41AM  15   A.   YES.

10:41AM  16   Q.   LET'S TAKE A LOOK AT PAGE 227 AT THE BOTTOM.

10:42AM  17        THIS, AGAIN, DISCUSSES THE PURPOSE OF THE DOCUMENT IS TO

10:42AM  18   SET FORTH THE PLAN FOR THE VALIDATION OF THE IMMUNOASSAYS?

10:42AM  19   A.   YES.

10:42AM  20   Q.   AND THE SECOND SECTION AGAIN SETS FORTH THE SCOPE?

10:42AM  21   A.   YES.

10:42AM  22   Q.   AND THIS WAS TO BE APPLIED TO ALL OF THE ELISA ASSAYS THAT

10:42AM  23   WERE GOING TO BE PUT UNDER THE THERANOS DEVICES?

10:42AM  24   A.   I THINK SO.

10:42AM  25   Q.   AND IT DEFINED THE PERFORMANCE SPECIFICATIONS THAT WOULD

10:42AM  1    BE NEEDED IN ORDER TO VALIDATE THE ASSAYS?

10:42AM  2    A.   YES.

10:42AM  3    Q.   THINGS LIKE ACCURACY?

10:42AM  4    A.   YES.

10:42AM  5    Q.   AND PRECISION?

10:42AM  6    A.   YES.

10:42AM  7    Q.   AND QUALITY CONTROL?

10:42AM  8    A.   YES.

10:42AM  9    Q.   AND THESE STANDARDS CAME RIGHT OUT OF THE FEDERAL

10:42AM  10   REGULATIONS?

10:42AM  11   A.   I THINK SO.

10:42AM  12   Q.   AND WERE YOU GENERALLY FAMILIAR WITH THOSE REGULATIONS AT

10:42AM  13   THIS TIME?

10:42AM  14   A.   YES.

10:42AM  15   Q.   AND DO YOU RECALL THE CLIA REGULATIONS WERE A VERY LENGTHY

10:43AM  16   THICK SET OF MATERIALS THAT SET FORTH ALL SORTS OF DIFFERENT

10:43AM  17   REQUIREMENTS?

10:43AM  18   A.   I THINK SO.

10:43AM  19   Q.   GENERALLY?

10:43AM  20   A.   YEAH.

10:43AM  21   Q.   BUT THE MASTER VALIDATION PLAN HERE SETS FORTH ONE

10:43AM  22   SPECIFIC SECTION WITH RESPECT TO THE PERFORMANCE CRITERIA;

10:43AM  23   CORRECT?

10:43AM  24   A.   YES.

10:43AM  25   Q.   AND THAT'S 42 CFR 493.1253?

10:43AM  1     A.   YES.

10:44AM  2              MR. WADE:  YOUR HONOR, I WOULD MOVE THE ADMISSION OF

10:44AM  3     7603A, WHICH IS JUST THAT ONE PROVISION OF THE CFR THAT IS

10:44AM  4     INCORPORATED INTO THE COMPANY DOCUMENT.

10:44AM  5              MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:44AM  6              THE COURT:  IT'S RECEIVED, ADMITTED, AND IT MAY BE

10:44AM  7     PUBLISHED.

10:44AM  8         (DEFENDANT'S EXHIBIT 7603A WAS RECEIVED IN EVIDENCE.)

10:44AM  9     BY MR. WADE:

10:44AM  10    Q.   AND DO YOU RECOGNIZE THIS AS A SUBSECTION OF THE CLIA

10:44AM  11    REGULATIONS?

10:44AM  12    A.   YES.

10:44AM  13    Q.   IT'S 493.1253?

10:44AM  14    A.   YES.

10:44AM  15    Q.   AND THAT'S THE SECTION THAT WAS INCORPORATED INTO THE

10:44AM  16    MASTER VALIDATION PLAN?

10:44AM  17    A.   YES.

10:44AM  18    Q.   AND IT SPECIFICALLY SETS FORTH THE SPECIFICATIONS THAT ARE

10:45AM  19    REQUIRED UNDER THE FEDERAL CLIA REGULATIONS?

10:45AM  20    A.   YES.

10:45AM  21    Q.   AND THOSE SPECIFIC PROVISIONS WERE INCORPORATED INTO THE

10:45AM  22    MASTER VALIDATION PLAN TO BE APPLIED TO EACH ELISA ASSAY;

10:45AM  23    CORRECT?

10:45AM  24    A.   YES.

10:45AM  25    Q.   I CAN TAKE DOWN THAT REGULATION.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                1326

10:45AM  1        I'D LIKE TO MOVE BACK TO THE MASTER VALIDATION PLAN AND

10:45AM  2   LOOK AT 3.1.

10:45AM  3        DO YOU SEE THAT?

10:45AM  4   A.   YES.

10:45AM  5   Q.   AND THIS DEFINES ACCURACY?

10:45AM  6   A.   YES.

10:45AM  7   Q.   AND WHAT IS ACCURACY WITHIN A CLIA LAB?

10:45AM  8   A.   SO HOW CLOSE THE TEST RESULT IS TO AN ACCEPTED REFERENCE

10:46AM  9   VALUE.

10:46AM  10  Q.   AND THERE ARE A LOT OF MATERIALS THAT HELP DEFINE WHAT

10:46AM  11  "ACCURATE" MEANS WITHIN LABORATORIES; RIGHT?

10:46AM  12  A.   YES.

10:46AM  13  Q.   AND WE JUST LOOKED AT THE REGULATIONS AND THOSE TALK ABOUT

10:46AM  14  SOME OF THOSE ISSUES?

10:46AM  15  A.   YES.

10:46AM  16  Q.   AND THIS REPORT REFERS TO THE CLSI.

10:46AM  17       DO YOU SEE THAT?

10:46AM  18  A.   YES.

10:46AM  19  Q.   AND DO YOU RECALL WHAT THE CLSI STANDS FOR?

10:46AM  20  A.   I THINK IT'S CLINICAL LAB STANDARDS INSTITUTE.

10:46AM  21  Q.   AND THOSE ARE INDUSTRY STANDARDS FOR ACCURACY?

10:46AM  22  A.   YES.

10:46AM  23  Q.   AND AGAIN, THEY'RE VERY DENSE MATERIALS THAT SET FORTH A

10:47AM  24  LOT OF SPECIFICITY TO THE PERFORMANCE CHARACTERISTICS THAT A

10:47AM  25  LAB IS SUPPOSED TO MEET; RIGHT?

10:47AM   1    A.   YES.

10:47AM   2    Q.   AND THOSE, THOSE STANDARDS ARE BEING INCORPORATED INTO

10:47AM   3    THIS POLICY WITHIN THE CLIA LAB AT THERANOS?

10:47AM   4    A.   YES.

10:47AM   5    Q.   AND INCLUDED IN THIS DOCUMENT BY REFERENCE?

10:47AM   6    A.   I THINK SO.

10:47AM   7    Q.   AND WE WON'T PUT IT UP, BUT IF YOU WOULD JUST LOOK QUICKLY

10:47AM   8    AT THE BOTTOM OF 23 -- WELL, WHY DON'T WE PUT IT UP.  WHY DON'T

10:47AM   9    YOU PUT UP 239 AT THE BOTTOM.

10:47AM  10         NO, I'M SORRY.  NOT -- PAGE 239.

10:48AM  11         DO YOU SEE THERE IT STARTS ON PAGE 239 BUT CONTINUES ON

10:48AM  12    THE SECOND HALF OF 240, AND THERE ARE A NUMBER OF REFERENCES

10:48AM  13    AND STANDARDS THAT ARE INCORPORATED WITHIN TO THIS PLAN; RIGHT?

10:48AM  14    A.   YES.

10:48AM  15    Q.   AND SO THE EXPERTS IN THE CLIA LAB KIND OF KNEW WHAT THE

10:48AM  16    RULES OF THE ROAD WERE?

10:48AM  17    A.   I THINK SO.

10:48AM  18    Q.   AND WHAT STANDARDS TO MEET WHEN THEY VALIDATED THE ASSAYS?

10:48AM  19    A.   YES.

10:48AM  20    Q.   IF WE CAN GO BRIEFLY TO PAGE ENDING IN 228, SECTION 3.5.

10:48AM  21         THIS DEFINES CALIBRATION.

10:48AM  22         AND WHAT IS CALIBRATION?

10:48AM  23    A.   SO THEY ALREADY HAVE DEFINED CALIBRATION HERE.

10:49AM  24    ESSENTIALLY ESTABLISHING THE RELATIONSHIP BETWEEN THE VALUES OF

10:49AM  25    QUANTITIES INDICATED BY THE MEASURING INSTRUMENT OR VALUES THAT

10:49AM   1    ARE PRESENTED BY A REFERENCE MATERIAL OR STANDARDS.

10:49AM   2    Q.   AND THIS SETS FORTH THE STANDARD THAT THERANOS USED FOR

10:49AM   3    CALIBRATION, WHICH -- DO YOU SEE THAT?

10:49AM   4    A.   SO THIS IS THE DEFINITION SECTION ON WHAT CALIBRATION

10:49AM   5    MEANS.

10:49AM   6    Q.   SURE.  WHY DON'T WE GO TO 11, WHICH IS ON PAGE 230.

10:50AM   7    A.   YES.

10:50AM   8    Q.   AND THERE IT ACTUALLY SETS FORTH THE CALIBRATION

10:50AM   9    STANDARDS?

10:50AM   10   A.   YES.

10:50AM   11   Q.   AND IT INCORPORATES AGAIN FEDERAL REGULATIONS THAT SET

10:50AM   12   THAT STANDARD?

10:50AM   13   A.   YES.

10:50AM   14   Q.   AND YOU MAY HAVE NO REASON TO KNOW, BUT DO YOU KNOW THAT

10:50AM   15   SECTION 1255 INCORPORATES A WHOLE ANOTHER SET OF STANDARDS?

10:50AM   16   A.   YES.

10:50AM   17   Q.   LET'S GO BACK TO PAGE -- SECTION 4 WHICH IS ON PAGE 229.

10:50AM   18        AND DO YOU SEE THE RESPONSIBILITY SECTION THERE?

10:51AM   19   A.   YES.

10:51AM   20   Q.   AND IT SAYS THAT UNDER THIS POLICY WHO IS RESPONSIBLE FOR

10:51AM   21   DIFFERENT FUNCTIONS.

10:51AM   22        DO YOU SEE THAT?

10:51AM   23   A.   YES.

10:51AM   24   Q.   AND UNDER THE POLICY, WHO IS RESPONSIBLE FOR ENSURING THAT

10:51AM   25   THE IMMUNOASSAYS ARE QUALIFIED AND VALIDATED BEFORE THEY'RE

10:51AM   1    USED WITH PATIENTS?

10:51AM   2    A.   SO 4.1 SAYS THAT IT'S THE RESPONSIBILITY OF THE LABORATORY

10:51AM   3    DIRECTOR.

10:51AM   4    Q.   THE LAB DIRECTOR?

10:51AM   5    A.   YES.

10:51AM   6    Q.   AND, IN FACT, THE CLIA REGULATION SPECIFICALLY PUT THAT

10:51AM   7    RESPONSIBILITY ON THE LAB DIRECTOR, DID THEY NOT?

10:51AM   8    A.   YES.

10:51AM   9    Q.   AND AT THIS TIME IT WAS DR. ROSENDORFF?

10:51AM  10    A.   YES.

10:51AM  11    Q.   IF WE GO BACK TO THE COVER EMAIL, THIS IS ACTUALLY

10:52AM  12    ADDRESSED TO DR. ROSENDORFF?

10:52AM  13    A.   YES.

10:52AM  14    Q.   AND IT ALSO SERVES TO MAKE MS. HOLMES AWARE OF ALL OF

10:52AM  15    THESE IMPORTANT STANDARDS WITHIN THE LAB, DOES IT NOT?

10:52AM  16    A.   IT DOES.

10:52AM  17    Q.   DO YOU RECALL LAST WEEK YOU WERE ASKED SOME QUESTIONS BY

10:52AM  18    THE GOVERNMENT ABOUT THE SHARING OF INFORMATION WITHIN THE

10:52AM  19    COMPANY?

10:52AM  20    A.   YES.

10:52AM  21    Q.   AND THE GOVERNMENT SUGGESTED THAT THE INFORMATION WAS

10:53AM  22    SILOED.

10:53AM  23        DO YOU RECALL THAT?

10:53AM  24    A.   YES.

10:53AM  25    Q.   AND THEY ASKED YOU IF THIS MADE YOUR WORK HARDER, AND I

10:53AM  1    THINK YOU SAID IT DID?

10:53AM  2    A.   I'M SORRY, COULD YOU REPEAT.

10:53AM  3    Q.   YEAH.  I BELIEVE YOU TESTIFIED THAT THE SILOING OF

10:53AM  4    INFORMATION MADE YOUR WORK HARDER?

10:53AM  5    A.   YES.

10:53AM  6    Q.   IN THE COURSE OF THESE EVENTS YOU'VE MET WITH THE

10:53AM  7    GOVERNMENT A COUPLE OF TIMES; RIGHT?

10:53AM  8    A.   YES.

10:53AM  9    Q.   AND ONE OF THOSE INTERVIEWS WAS IN MAY OF THIS YEAR.

10:53AM  10       DO YOU RECALL THAT?

10:53AM  11   A.   I THINK SO.

10:53AM  12   Q.   AND DO YOU RECALL THAT IN THAT MEETING YOU TOLD THE

10:53AM  13   GOVERNMENT THAT RESTRICTIONS ON SHARING INFORMATION DID NOT

10:53AM  14   HAVE MUCH IMPACT ON YOUR WORK?

10:54AM  15       DO YOU RECALL THAT?

10:54AM  16   A.   BECAUSE I WAS FOCUSSING ON THE ELISA WORK, THE INFORMATION

10:54AM  17   RELATED TO THE OTHER GROUPS I WAS NOT AWARE OF.

10:54AM  18   Q.   OKAY.  BUT THE GOVERNMENT -- DO YOU RECALL THAT THE

10:54AM  19   GOVERNMENT ASKED YOU IF THE RESTRICTIONS ON SHARING INFORMATION

10:54AM  20   WITH OTHER GROUPS MADE YOUR WORK HARDER AND YOU SAID IT DID NOT

10:54AM  21   HAVE MUCH IMPACT ON YOUR WORK?

10:54AM  22   A.   BECAUSE WE WERE FOCUSSED ON CONTINUING TO DEVELOP THE

10:54AM  23   ELISA ASSAYS, AND AS PART OF -- I THINK MANY TIMES WE WERE PART

10:54AM  24   OF THIS OMNIPLEX PROTOCOL, AND SO WE TRIED TO FOCUS ON WHAT WE

10:54AM  25   HAD TO DO FOR OUR OWN TECHNOLOGY.

10:54AM 1   Q.   OKAY.  DO YOU RECALL THAT YOU TOLD THE GOVERNMENT THAT

10:54AM 2   THERE WERE A FEW ENGINEERS THAT WERE ASSIGNED TO WORK WITH YOUR

10:54AM 3   GROUP THAT AIDED INTER-GROUP COORDINATION?

10:55AM 4   A.   YES.

10:55AM 5   Q.   AND THAT WAS TRUE; RIGHT?

10:55AM 6   A.   YES.

10:55AM 7   Q.   AND WE SAW THAT MEETING INVITE FOR YOUR ELISA TEAM MEETING

10:55AM 8   WHERE YOU INVITED PEOPLE FROM OTHER GROUPS IN TO OBSERVE THE

10:55AM 9   PROGRESS THAT YOUR WORK HAD MADE; RIGHT?

10:55AM 10  A.   YES.

10:55AM 11  Q.   AND, IN FACT, MANY OF THE DOCUMENTS THAT YOU'VE BEEN ASKED

10:55AM 12  ABOUT HAVE INCLUDED DR. PANGARKAR; RIGHT?

10:55AM 13  A.   YES.

10:55AM 14  Q.   AND HE WAS IN A DIFFERENT GROUP?

10:55AM 15  A.   YES.

10:55AM 16  Q.   WORKING ON CYTOMETRY?

10:55AM 17  A.   YES.

10:55AM 18  Q.   AND MANY OF THE DOCUMENTS THAT YOU HAVE BEEN SHOWN

10:55AM 19  INCLUDED DR. PATEL; RIGHT?

10:55AM 20  A.   YES.

10:55AM 21  Q.   AND DR. PATEL WAS THE HEAD OF THE GENERAL CHEMISTRY GROUP;

10:55AM 22  RIGHT?

10:55AM 23  A.   YES.

10:55AM 24  Q.   THAT WAS A DIFFERENT GROUP?

10:55AM 25  A.   YES.

| | | |
|---|---|---|
| 10:55AM | 1 | Q.   AND MANY OF THE DOCUMENTS THAT YOU'VE BEEN SHOWN WERE -- |
| 10:55AM | 2 | SHOWED THE INVOLVEMENT OF DR. ANEKAL. |
| 10:56AM | 3 | DO YOU RECALL THAT? |
| 10:56AM | 4 | A.   YES. |
| 10:56AM | 5 | Q.   AND HE WAS IN A DIFFERENT GROUP AS WELL? |
| 10:56AM | 6 | A.   YES.  SO THE EMAILS, WE WOULD SHARE THE UPDATE WITH THE |
| 10:56AM | 7 | KEY LEADS OF WHO WERE INVOLVED FOR A COMBINED CARTRIDGE. |
| 10:56AM | 8 | BUT THE GENERAL GUIDANCE IN THE ORGANIZATION WAS ALWAYS |
| 10:56AM | 9 | NOT TO SHARE INFORMATION WITH OTHER GROUPS. |
| 10:56AM | 10 | Q.   OR -- |
| 10:56AM | 11 | A.   AND VICE VERSA. |
| 10:56AM | 12 | Q.   OKAY.  I'M SORRY TO INTERRUPT YOU. |
| 10:56AM | 13 | OR MAYBE TO SHARE -- TO BE CAREFUL ABOUT HOW IT WAS SHARED |
| 10:56AM | 14 | WITH THE GROUP LEAD IF IT WAS TO BE SHARED? |
| 10:56AM | 15 | A.   SO IF YOU SEE THE EMAILS ONLY HAVE HIGH LEVEL INFORMATION. |
| 10:56AM | 16 | IT DIDN'T GO INTO ALL THE DETAILS OF EACH OTHER LIKE CHEMISTRY |
| 10:56AM | 17 | FUNCTIONS. |
| 10:56AM | 18 | SO TYPICALLY IT WAS MENTIONED SEVERAL TIMES IN MEETINGS |
| 10:56AM | 19 | NOT TO TALK ABOUT YOUR DETAILS OF YOUR ASSAYS OR YOUR PROJECTS |
| 10:57AM | 20 | OR ISSUES. |
| 10:57AM | 21 | Q.   WELL, LET'S LOOK AT 853, WHICH IS IN EVIDENCE.  IF WE CAN |
| 10:57AM | 22 | PUT THAT UP. |
| 10:57AM | 23 | THIS IS ONE OF THE EMAILS THAT THE GOVERNMENT ASKED YOU |
| 10:57AM | 24 | ABOUT YESTERDAY -- |
| 10:57AM | 25 | A.   YES. |

10:57AM    1      Q.   -- OR FRIDAY?

10:57AM    2      A.   UH-HUH.

10:57AM    3      Q.   AND THIS INCLUDED SOME OF THE DETAILED INFORMATION ABOUT

10:57AM    4      THE 4 SERIES DEVICE?

10:57AM    5      A.   YES.

10:57AM    6      Q.   AND THE RESULTS?

10:57AM    7      A.   YES.

10:57AM    8      Q.   AND THIS PARTICULAR EMAIL WAS SHARED WITH SEVERAL PEOPLE

10:57AM    9      OUTSIDE OF YOUR GROUP; RIGHT?

10:57AM   10      A.   YES.

10:57AM   11      Q.   IF WE CAN GO TO 5084, PLEASE, WHICH IS IN EVIDENCE, WE CAN

10:57AM   12      PUBLISH THAT.

10:58AM   13      A.   YES.

10:58AM   14      Q.   AND THIS IS AN EMAIL THAT THE GOVERNMENT SHOWED YOU ON

10:58AM   15      FRIDAY?

10:58AM   16      A.   YES.

10:58AM   17      Q.   AND THIS INCLUDES SOME PRETTY DETAILED INFORMATION ABOUT

10:58AM   18      SOME OF THE WORK THAT HAD BEEN DONE?

10:58AM   19      A.   IT DOES.

10:58AM   20      Q.   AND IT'S INCLUDED WITH MANY PEOPLE FROM OUTSIDE OF YOUR

10:58AM   21      GROUP?

10:58AM   22      A.   YES.

10:58AM   23      Q.   AND IF WE CAN JUST LOOK AT 3968.

10:58AM   24           THIS IS A DOCUMENT THAT ACTUALLY SETS FORTH SOME SETBACKS

10:58AM   25      THE COMPANY HAD WITH RESPECT TO CERTAIN DEVICES SO IT COULD BE

10:58AM   1    UPGRADED; RIGHT?

10:58AM   2    A.   YES.

10:58AM   3    Q.   AND THEY'RE SHARING INFORMATION ACROSS DIFFERENT GROUPS?

10:58AM   4    A.   THIS IS SPECIFICALLY WHERE THE INDIVIDUALS IN THE TEAM

10:59AM   5    THAT IS UPGRADING THE 3.0'S TO 3.5'S IS ASKING SPECIFICALLY.

10:59AM   6        SO THE ELISA TEAM WAS USING THESE DEVICES SO THE

10:59AM   7    INDIVIDUALS WHO ARE RESPONSIBLE FOR UPGRADING THE DEVICES WERE

10:59AM   8    SEEKING THE INFORMATION.

10:59AM   9        BUT IF YOU SEE SOME OF THE OTHER EMAILS, I THINK IT'S

10:59AM  10    STILL A HIGH LEVEL.  I WOULDN'T KNOW HOW EXACTLY THEY ARE

10:59AM  11    DEVELOPING THE GENERAL CHEMISTRY ASSAYS, WHAT PROGRESS THEY ARE

10:59AM  12    MAKING, WHAT KIND OF CHALLENGES THEY ARE FACING EVEN THOUGH I

10:59AM  13    THINK AT SOME POINT THEY WERE USING THE EDISON, MODIFIED

10:59AM  14    VERSION OF THE ELISA EDISONS FOR THEIR WORK AS WELL.

10:59AM  15    Q.   SO SOMETIMES ON A NEED-TO-KNOW BASIS INFORMATION WAS

10:59AM  16    SHARED AND YOU'RE SUGGESTING OTHER TIMES IT WAS NOT; IS THAT

11:00AM  17    FAIR?

11:00AM  18    A.   YES.

11:00AM  19    Q.   AND I JUST HAVE TWO MORE QUESTIONS ON THIS DOCUMENT TO ASK

11:00AM  20    YOU ABOUT.

11:00AM  21        MAY I APPROACH, YOUR HONOR?

11:00AM  22             THE COURT:  YES.

11:00AM  23             MR. WADE:  (HANDING.)

11:00AM  24    Q.   I'M PUTTING IN FRONT OF YOU WHAT HAS BEEN MARKED AS

11:00AM  25    EXHIBIT 10521 AND 10522.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1335

| | | |
|---|---|---|
| 11:00AM | 1 | DO YOU SEE THOSE? |
| 11:00AM | 2 | A.   YES. |
| 11:00AM | 3 | Q.   AND ARE THESE BOTH OUTLOOK CALENDAR ENTRIES? |
| 11:01AM | 4 | A.   YES. |
| 11:01AM | 5 | Q.   AND THEY IDENTIFIED YOU AS AN ATTENDEE? |
| 11:01AM | 6 | A.   YES. |
| 11:01AM | 7 | MR. WADE:  I WOULD MOVE THE ADMISSION OF THESE TWO |
| 11:01AM | 8 | DOCUMENTS. |
| 11:01AM | 9 | MR. LEACH:  NO OBJECTION. |
| 11:01AM | 10 | THE COURT:  THEY'RE ADMITTED.  THEY MAY BE |
| 11:01AM | 11 | PUBLISHED. |
| 11:01AM | 12 | (DEFENDANT'S EXHIBITS 10521 AND 10522 WERE ADMITTED.) |
| 11:01AM | 13 | BY MR. WADE: |
| 11:01AM | 14 | Q.   LET'S START WITH 10521.  THIS IS A MEETING AND THE SUBJECT |
| 11:01AM | 15 | IS THE ELISA VALIDATION PLANS ON THE ADVIA. |
| 11:01AM | 16 | DO YOU SEE THAT? |
| 11:01AM | 17 | A.   YES. |
| 11:01AM | 18 | Q.   AND IT WAS CALLED BY DR. YOUNG? |
| 11:01AM | 19 | A.   YES. |
| 11:01AM | 20 | Q.   AND HE INVITED YOURSELF AND DR. ROSENDORFF. |
| 11:01AM | 21 | DR. ROSENDORFF IS IN A DIFFERENT GROUP; RIGHT?  HE WAS THE |
| 11:02AM | 22 | CLIA LAB DIRECTOR? |
| 11:02AM | 23 | A.   YES. |
| 11:02AM | 24 | Q.   AND MR. GONG, HE WORKED IN HARDWARE? |
| 11:02AM | 25 | A.   I DON'T RECOLLECT EXACTLY WHICH DEPARTMENT HE WAS IN. |

11:02AM   1    Q.   AND DO YOU RECOGNIZE THE OTHER PEOPLE WHO WAS AN ATTENDEE?

11:02AM   2    A.   I BELIEVE HE WAS -- I DON'T RECOLLECT WHICH DEPARTMENT HE

11:02AM   3    WAS IN.  I DON'T RECOLLECT.

11:02AM   4    Q.   WHAT WAS HIS NAME?  DO YOU KNOW HOW TO PRONOUNCE HIS NAME?

11:02AM   5    A.   I BELIEVE IT WAS EREZ GALIL.

11:02AM   6    Q.   AND THIS MEETING WAS CALLED TO SHARE INFORMATION ABOUT THE

11:02AM   7    PROJECT; RIGHT?

11:02AM   8    A.   YES.

11:02AM   9    Q.   AND LET'S LOOK AT 10522.  AND IS THIS ANOTHER SIMILAR

11:03AM  10    MEETING?

11:03AM  11    A.   YES.

11:03AM  12    Q.   AND THIS WAS CALLED TO REVIEW ELISA VALIDATION STUDIES?

11:03AM  13    A.   YES.

11:03AM  14    Q.   AND WITH THESE PEOPLE FROM DIFFERENT GROUPS WHO WERE

11:03AM  15    WORKING ON THIS SAME PROJECT; RIGHT?

11:03AM  16    A.   SO ESSENTIALLY IT IS MEMBERS OF THE ELISA TEAM AND CLIA

11:03AM  17    LAB DIRECTOR, ADAM.

11:03AM  18    Q.   AND DR. YOUNG?

11:03AM  19    A.   YES.

11:03AM  20    Q.   AND DO YOU KNOW IF THE OTHER PERSON WAS FROM THE HARDWARE

11:03AM  21    GROUP?

11:03AM  22    A.   NO, I DON'T RECOLLECT WHICH DEPARTMENT HE WAS

11:04AM  23    REPRESENTING.

11:04AM  24         MR. WADE:  OKAY.  NOW MIGHT BE A GOOD TIME FOR OUR

11:04AM  25    BREAK, YOUR HONOR.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1337

11:04AM   1        THE COURT:  ALL RIGHT.  LET'S TAKE OUR BREAK NOW,

11:04AM   2   LADIES AND GENTLEMEN.  LET'S TAKE 45 MINUTES, PLEASE.

11:04AM   3        SO WE'LL HOPEFULLY BE BACK IN SESSION JUST BEFORE NOON.

11:04AM   4   SO PLEASE REMEMBER THE ADMONITION THAT IS IN PLACE.

11:04AM   5        WE ARE GOING TO END TODAY AT 2:00 O'CLOCK, LADIES AND

11:04AM   6   GENTLEMEN.

11:04AM   7        I'M GOING TO ASK YOU, HOPEFULLY TOMORROW WE CAN END AT

11:04AM   8   3:00?  AND PERHAPS FRIDAY IF YOU CAN CHECK WITH YOUR SCHEDULES

11:04AM   9   AND SEE IF THAT COMPORTS.

11:04AM  10        AT SOME POINT, FAIR WARNING, I'M GOING TO ASK IF WE CAN GO

11:04AM  11   TO 4:00 ONE DAY, TOO, JUST TO CATCH UP.  AND YOU CAN BE

11:04AM  12   THINKING ABOUT THAT AND LET ME KNOW IF THAT PRESENTS AN ISSUE.

11:04AM  13        ALL RIGHT.  WE'LL BE IN RECESS.  THANK YOU.

11:49AM  14        (LUNCH RECESS TAKEN AT 11:04 A.M.)

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

|          |    |                                                                 |
|----------|----|-----------------------------------------------------------------|
| 11:49AM  | 1  | **AFTERNOON SESSION**                                           |
| 11:57AM  | 2  |                                                                 |
| 11:57AM  | 3  | (COURT CONVENED AT 11:57 A.M.)                                  |
| 11:57AM  | 4  | (JURY IN AT 11:57 A.M.)                                         |
| 11:57AM  | 5  | THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD.              |
| 11:57AM  | 6  | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN, ALL COUNSEL  |
| 11:57AM  | 7  | AND MS. HOLMES, AND OUR JURY AND ALTERNATES.                   |
| 11:57AM  | 8  | AND THE WITNESS IS ON THE STAND.                               |
| 11:57AM  | 9  | WOULD YOU LIKE TO CONTINUE, MR. WADE?                          |
| 11:57AM  | 10 | MR. WADE:  I WOULD, YOUR HONOR.                                |
| 11:57AM  | 11 | Q.   GOOD AFTERNOON.  BEFORE THE BREAK WE WERE TALKING A LITTLE |
| 11:57AM  | 12 | BIT ABOUT INTERACTIONS WITH DR. ROSENDORFF.                    |
| 11:57AM  | 13 | DO YOU RECALL THAT?                                            |
| 11:57AM  | 14 | A.   YES.                                                     |
| 11:57AM  | 15 | Q.   AND I'D LIKE TO ASK YOU A COUPLE MORE QUESTIONS ABOUT YOUR |
| 11:57AM  | 16 | INVOLVEMENT WITH HIM IN THE PERIOD LEADING UP TO THE CLIA      |
| 11:57AM  | 17 | VALIDATION PROCESS?                                            |
| 11:58AM  | 18 | A.   SURE.                                                    |
| 11:58AM  | 19 | Q.   IF I COULD DRAW YOUR ATTENTION TO EXHIBIT 3966.           |
| 11:58AM  | 20 | A.   YES.                                                     |
| 11:58AM  | 21 | Q.   AND THIS IS AN EMAIL ON SEPTEMBER 4TH, 2013?             |
| 11:58AM  | 22 | A.   YES.                                                     |
| 11:58AM  | 23 | Q.   AND IT'S A CHAIN THAT INVOLVES YOU, DR. SIVARAMAN,       |
| 11:58AM  | 24 | DR. YOUNG, AND MS. HOLMES.                                     |
| 11:58AM  | 25 | DO YOU SEE THAT?                                               |

11:58AM  1      A.   YES.

11:58AM  2               MR. WADE:  I WOULD MOVE THE ADMISSION, YOUR HONOR,

11:58AM  3      OF 3966.

11:58AM  4               MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:58AM  5               THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

11:59AM  6          (GOVERNMENT'S EXHIBIT 3966 WAS RECEIVED IN EVIDENCE.)

11:59AM  7      BY MR. WADE:

11:59AM  8      Q.   IF I CAN DRAW YOUR ATTENTION TO THE BOTTOM EMAIL BEFORE

11:59AM  9      DR. YOUNG.

11:59AM  10         IF WE CAN BLOW THAT UP.

11:59AM  11         DO YOU SEE THIS IS PART OF THE EFFORT TO WORK TOWARDS A

11:59AM  12     VALIDATION OF IMMUNOASSAYS ON THE ADVIA MACHINE?

11:59AM  13     A.   YES.

11:59AM  14     Q.   AND THERE WAS A QUESTION THAT WAS RAISED AS PART OF THAT

11:59AM  15     PROCESS ABOUT THE PROTOCOL THAT WAS TO BE USED.

11:59AM  16         DO YOU SEE THAT?

11:59AM  17     A.   YES.

11:59AM  18     Q.   AND IT LOOKS LIKE MAYBE THAT QUESTION WAS RAISED BY YOU?

11:59AM  19     A.   PERHAPS.  I DON'T RECOLLECT AT THIS POINT.

11:59AM  20     Q.   WELL, DR. YOUNG REPORTS THAT HE WENT AND CONFERRED WITH

11:59AM  21     ADAM TODAY.

11:59AM  22         DO YOU SEE THAT?

11:59AM  23     A.   YES.

11:59AM  24     Q.   AND THAT'S DR. ROSENDORFF?

11:59AM  25     A.   CORRECT.

11:59AM   1    Q.   AND HE GAVE GUIDANCE AS THE BEST WAY TO PROCEED WITH THE

12:00PM   2    VALIDATION PROTOCOL?

12:00PM   3    A.   I THINK SO.

12:00PM   4    Q.   AND YOU ACKNOWLEDGED AND CONFIRMED THAT YOU HAD RECEIVED

12:00PM   5    THAT GUIDANCE?

12:00PM   6    A.   YES.

12:00PM   7    Q.   LET'S JUST LOOK AT THAT QUICKLY, THE EMAIL ABOVE.

12:00PM   8         THIS IS YOUR ACKNOWLEDGEMENT AND RECEIPT OF THE GUIDANCE

12:00PM   9    THAT HAD BEEN CONVEYED FROM DR. ROSENDORFF THROUGH DR. YOUNG;

12:00PM  10    CORRECT?

12:00PM  11    A.   YES.  YES.

12:00PM  12    Q.   IF WE COULD GO TO EXHIBIT 10503.

12:00PM  13         DO YOU HAVE THAT IN FRONT OF YOU?

12:00PM  14    A.   YES.

12:00PM  15    Q.   AND DO YOU SEE THAT THAT IS A -- THE BOTTOM EMAIL IS AN

12:01PM  16    EMAIL FROM DR. ROSENDORFF TO YOU AND OTHERS?

12:01PM  17    A.   YES.

12:01PM  18    Q.   AND THIS IS ABOUT THE PLAN FOR VALIDATION OF THE

12:01PM  19    IMMUNOASSAYS?

12:01PM  20    A.   YES.

12:01PM  21    Q.   AND IT ATTACHES A DOCUMENT?

12:01PM  22    A.   YES.

12:01PM  23    Q.   THAT'S A MASTER VERIFICATION PLAN FOR THE THERANOS

12:01PM  24    MODIFIED IMMUNOASSAYS ON THE ADVIA 1800?

12:01PM  25    A.   YES.

12:01PM 1  Q.   AND DR. ROSENDORFF WAS COMMUNICATING THIS DOCUMENT IN

12:01PM 2  ORDER TO GET COMMENTS AND REVIEW?

12:01PM 3  A.   YES.

12:01PM 4           MR. WADE:  I MOVE THE ADMISSION OF 10503.

12:01PM 5           MR. LEACH:  NO OBJECTION.

12:01PM 6           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:02PM 7        (DEFENDANT'S EXHIBIT 10503 WAS RECEIVED IN EVIDENCE.)

12:02PM 8  BY MR. WADE:

12:02PM 9  Q.   AND THIS IS THE EMAIL I WAS REFERRING TO HERE?

12:02PM 10 A.   YES.

12:02PM 11 Q.   AND HERE DR. ROSENDORFF IS NOT ONLY COMMUNICATING TO YOU,

12:02PM 12 BUT HE'S COMMUNICATING TO DR. YOUNG AND COPYING MR. BALWANI.

12:02PM 13      DO YOU SEE THAT?

12:02PM 14 A.   YES.

12:02PM 15 Q.   AND IS IT MR. GHARAATI?

12:02PM 16 A.   MS. GHARAATI.

12:02PM 17 Q.   AND WHERE DID MS. GHARAATI WORK?

12:02PM 18 A.   SO SHE WAS ACTUALLY A MEMBER OF THE ELISA ASSAY

12:02PM 19 DEVELOPMENT TEAM, BUT I THINK SHE WAS WORKING WITH THE CLIA LAB

12:02PM 20 DIRECTOR.

12:02PM 21 Q.   SHE WAS HELPING WITH THE VALIDATION PROCESS?

12:02PM 22 A.   YES.

12:02PM 23 Q.   BUT SHE WAS INITIALLY PART OF YOUR TEAM?

12:02PM 24 A.   YES.

12:02PM 25 Q.   OKAY.  AND THIS IMMUNOASSAY VERIFICATION PLAN IS BEING

12:02PM   1    CIRCULATED FOR COMMENTS FROM EVERYONE?

12:03PM   2    A.   I BELIEVE SO.

12:03PM   3    Q.   AND LET'S GO BRIEFLY TO THAT ATTACHMENT.

12:03PM   4         THIS IS THE MASTER VERIFICATION PLAN FOR THE

12:03PM   5    THERANOS'S-MODIFIED IMMUNOASSAYS ON THE ADVIA 1800.

12:03PM   6         DO YOU SEE THAT?

12:03PM   7    A.   YES.

12:03PM   8    Q.   AND THAT IS THE -- THESE ARE THE FINGERSTICK ASSAYS THAT

12:03PM   9    WERE GOING TO BE RUN ON THE ADVIA 1800?

12:03PM  10    A.   I DON'T REMEMBER EXACTLY.  IF IT SAYS FINGERSTICK, YES.

12:03PM  11    Q.   BUT THE THERANOS IMMUNOASSAYS WERE SMALL SAMPLES; RIGHT?

12:03PM  12    A.   YES.

12:03PM  13    Q.   AND THIS WAS THE VERIFICATION FOR THE SMALL SAMPLES OF

12:03PM  14    IMMUNOASSAYS TO BE RUN ON THE ADVIA 1800?

12:03PM  15    A.   YES.

12:03PM  16    Q.   AND DO YOU RECALL WHETHER YOU PROVIDED ANY COMMENTS TO

12:04PM  17    DR. ROSENDORFF ON THIS DOCUMENT?

12:04PM  18    A.   I DON'T REMEMBER IF I RESPONDED TO THIS OR NOT.

12:04PM  19    Q.   OKAY.  YOU DID HAVE SOME COMMUNICATIONS WITH

12:04PM  20    DR. ROSENDORFF ABOUT THE COMPANY'S APPROACH ON USING THE 3.0

12:04PM  21    AND 3.5 DEVICES IN THE ADVIA 1800; CORRECT?

12:04PM  22    A.   I MET WITH HIM, YES.

12:04PM  23    Q.   YEAH.  AND YOU CONVEYED SOME OF THE CONCERNS THAT YOU

12:04PM  24    TALKED ABOUT LAST WEEK TO DR. ROSENDORFF?

12:04PM  25    A.   YES.  I HAD QUESTIONS ON THE LAUNCH AND THE DETAILS OF HOW

12:04PM  1    IT'S GOING TO GO.

12:04PM  2    Q.   AND ULTIMATELY YOU REMEMBER HIM NOT BEING CONCERNED ABOUT

12:04PM  3    SOME OF THE CHANGES THAT THE COMPANY HAD MADE IN THIS REGARD;

12:04PM  4    RIGHT?

12:04PM  5               MR. LEACH:  OBJECTION.  FOUNDATION.  HEARSAY.

12:04PM  6               THE COURT:  DO YOU WANT TO LAY A FOUNDATION,

12:04PM  7    COUNSEL.

12:05PM  8    BY MR. WADE:

12:05PM  9    Q.   WELL, WE JUST TALKED ABOUT A CONVERSATION THAT YOU HAD

12:05PM  10   ABOUT SOME OF THE CHANGES THAT THE COMPANY WAS IMPLEMENTING;

12:05PM  11   RIGHT?

12:05PM  12   A.   WELL, MY CONVERSATION WAS BASED UPON THE DETAILS OF THE

12:05PM  13   LAUNCH, HOW IT WAS GOING TO GO AHEAD, WHAT WAS SOME OF THE

12:05PM  14   PROCESS WORKFLOW.

12:05PM  15       SO IN MY CONVERSATIONS WITH HIM I TRIED TO GET SOME

12:05PM  16   ADDITIONAL DETAILS ABOUT THE LAUNCH PLANS.

12:05PM  17   Q.   OKAY.  AND DO YOU RECALL AS A RESULT OF YOUR INTERACTIONS

12:05PM  18   WITH DR. ROSENDORFF COMING TO THE VIEW THAT HE WASN'T CONCERNED

12:05PM  19   ABOUT THE APPROACH THAT THE COMPANY WAS TAKING?

12:05PM  20   A.   WHAT I DID FIND WAS HE WAS -- HE DIDN'T SHARE MUCH DETAILS

12:05PM  21   WITH ME.  HE DIDN'T GO INTO ALL OF THE DETAILS OF HOW THE

12:05PM  22   LAUNCH WOULD GO THROUGH, LIKE WHAT WAS THE PLAN, WHAT WAS THE

12:05PM  23   WORKFLOW.

12:05PM  24       SO HE DIDN'T SHARE DETAILS WITH ME.  SO BASICALLY GOING

12:05PM  25   INTO THAT MEETING I DIDN'T COME OUT WITH MORE INFORMATION THAN

12:06PM   1    THAT WAS PREVIOUSLY ALREADY OUT THERE.

12:06PM   2    Q.   I UNDERSTAND THAT, MA'AM.   THANK YOU.

12:06PM   3         I'M ASKING A VERY SPECIFIC QUESTION, WHICH IS DO YOU

12:06PM   4    RECALL COMING TO THE VIEW THAT HE WAS NOT CONCERNED ABOUT THE

12:06PM   5    APPROACH?

12:06PM   6    A.   THAT WAS MY UNDERSTANDING.

12:06PM   7    Q.   YOU TESTIFIED A LITTLE BIT LAST WEEK ABOUT HOW YOU TOOK

12:07PM   8    SOME TIME OFF IN JULY AND AUGUST FOR WHAT WAS REFERRED TO AS A

12:07PM   9    VACATION BY THE GOVERNMENT.

12:07PM  10         DO YOU RECALL THAT?

12:07PM  11    A.   YES.

12:07PM  12    Q.   AND THIS WAS NOT JUST A TYPICAL VACATION; RIGHT?   THIS WAS

12:07PM  13    A LONG PLANNED FAMILY TRIP; RIGHT?

12:07PM  14    A.   YES.

12:07PM  15    Q.   AND YOU TOOK YOUR WHOLE FAMILY OVER TO INDIA FOR A MONTH;

12:07PM  16    RIGHT?

12:07PM  17    A.   YES.

12:07PM  18    Q.   AND THAT WAS TO BRING YOUR FAMILY TO VISIT YOUR EXTENDED

12:07PM  19    FAMILY OVER IN INDIA?

12:07PM  20    A.   YES.

12:07PM  21    Q.   AND PEOPLE WERE RESPECTFUL OF THAT TRIP AND YOUR NEED

12:07PM  22    TO -- AND YOUR DESIRE TO TAKE THAT TRIP; RIGHT?

12:07PM  23    A.   I THINK SO.

12:07PM  24    Q.   YEAH.   AND THERE WERE SOME ARRANGEMENTS THAT YOU HAD MADE

12:07PM  25    SO THAT DR. SIVARAMAN COULD TEND TO SOME OF YOUR

12:07PM   1    RESPONSIBILITIES WHILE YOU WERE GONE?

12:07PM   2    A.   YES.

12:07PM   3    Q.   WERE YOU ABLE TO CHECK EMAIL REMOTELY OR ANYTHING WHILE

12:07PM   4    YOU WERE IN INDIA?

12:08PM   5    A.   I DON'T RECOLLECT AT THIS TIME.

12:08PM   6    Q.   YOU DON'T RECALL WHETHER YOU WERE OR NOT?

12:08PM   7    A.   NO.

12:08PM   8    Q.   AND WE SAW IN ONE OF THE PRIOR EMAILS THAT YOU WERE DOING

12:08PM   9    SOME EMAIL AND VPN WORK REMOTELY.

12:08PM  10         DO YOU REMEMBER WHETHER YOU HAD A CHANCE TO CHECK IN OR

12:08PM  11    CATCH UP AT ALL ON THOSE ISSUES WHILE YOU WERE THERE?

12:08PM  12    A.   I DON'T RECOLLECT.

12:08PM  13    Q.   OKAY.  WE HAVE ALSO TALKED ABOUT THE WORK THAT HAD BEEN

12:08PM  14    ONGOING FOR A NUMBER OF YEARS WORKING TO BRING SOME OF YOUR R&D

12:08PM  15    WORK TOWARD THE CLIA LAB.

12:08PM  16         DO YOU RECALL THAT?

12:08PM  17    A.   YES.

12:08PM  18    Q.   AND IN THE PERIOD BEFORE YOU LEFT FOR INDIA, THERE WAS

12:08PM  19    SOME WORK THAT HAD STARTED TOWARDS LDT VALIDATION ON THE 3.0

12:08PM  20    AND 3.5 DEVICES.

12:08PM  21         DO YOU RECALL THAT?

12:08PM  22    A.   NOT EXACTLY.

12:09PM  23    Q.   OKAY.  WELL, LET ME SHOW YOU A DOCUMENT.

12:09PM  24         MAY I APPROACH, YOUR HONOR?

12:09PM  25              THE COURT:  YES.  IS THIS TO REFRESH THE WITNESS'S

12:09PM   1    RECOLLECTION?

12:09PM   2              MR. WADE:  I THINK I WILL OFFER THE DOCUMENT,

12:09PM   3    YOUR HONOR.

12:09PM   4              THE COURT:  MR. LEACH, DO YOU HAVE THIS?

12:09PM   5              MR. WADE:  I GAVE MR. LEACH A COPY OF THESE

12:09PM   6    MATERIALS BEFORE.

12:09PM   7              THE COURT:  OKAY.

12:10PM   8    BY MR. WADE:

12:10PM   9    Q.   AGAIN, THE WORK ON THE LDT PROCESS HAD BEEN SOMETHING THAT

12:10PM   10   HAD BEEN IN PLACE FOR A NUMBER OF YEARS; RIGHT?

12:10PM   11   A.   YES.

12:10PM   12   Q.   AND THERE WERE DIFFERENT THINGS THAT WERE BEING DISCUSSED

12:10PM   13   AS PART OF THAT.  I THINK YOU TESTIFIED DIFFERENT DEVICES AND

12:10PM   14   THE LIKE.

12:10PM   15       DO YOU RECALL THAT?

12:10PM   16   A.   YES.

12:10PM   17   Q.   AND THIS IS AN EMAIL FROM JULY OF 2013 BETWEEN YOU AND

12:10PM   18   MS. HOLMES WITH RESPECT TO DOING SOME WORK ON THE 3.0'S IN

12:10PM   19   ANTICIPATION OF THE LDT VALIDATION; RIGHT?

12:10PM   20   A.   YES, THAT'S WHAT THIS EMAIL SAYS.

12:10PM   21   Q.   OKAY.

12:10PM   22              MR. WADE:  I MOVE THE ADMISSION OF 13767.

12:10PM   23              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:10PM   24              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

12:10PM   25       (DEFENDANT'S EXHIBIT 13767 WAS RECEIVED IN EVIDENCE.)

12:11PM  1      BY MR. WADE:

12:11PM  2      Q.   THIS IS AN EMAIL SENT ON JULY 13TH OF 2013.  DO YOU SEE

12:11PM  3      THERE'S A QUESTION POSED BY MS. HOLMES ABOUT THE RESULTS OF THE

12:11PM  4      TESTING THAT WAS PERFORMED ON THE ELISA'S, ON THE 3.0'S, IN

12:11PM  5      ANTICIPATION OF THE LDT VALIDATION?

12:11PM  6          DO YOU SEE THAT?

12:11PM  7      A.   YES.

12:11PM  8      Q.   AND DO YOU RECALL WHAT TESTING THAT REFERRED TO?

12:11PM  9      A.   I DON'T RECALL AT THIS POINT.

12:11PM  10     Q.   OKAY.  AND DO YOU SEE THERE'S A REFERENCE IN THE NEXT

12:11PM  11     PARAGRAPH THAT CYTOMETRY AND GENERAL CHEMISTRY LDT VALIDATION

12:11PM  12     WAS GOING TO BEGIN ON MONDAY AS WELL?

12:11PM  13     A.   YES.

12:11PM  14     Q.   AND THOSE WERE DIFFERENT TEAMS; RIGHT?

12:11PM  15     A.   YES.

12:11PM  16     Q.   BUT SHE WAS SAYING THE HOPE WOULD BE TO PROCEED IN

12:11PM  17     PARALLEL WITH THIS VALIDATION?

12:11PM  18     A.   YES.

12:11PM  19     Q.   AND DO YOU RECALL STARTING THE BALL MOVING ON THIS PROCESS

12:12PM  20     IN THIS TIME PERIOD?

12:12PM  21     A.   I DON'T RECALL AT THIS POINT.

12:12PM  22     Q.   OKAY.  DO YOU RECALL IN THE SAME GENERAL TIME PERIOD THERE

12:12PM  23     WAS SOME WORK DONE ON THE MALE HEALTH CARTRIDGE AND WORKING TO

12:12PM  24     GET THAT VALIDATED?

12:12PM  25     A.   SO WE DID HAVE A MALE HEALTH CARTRIDGE, YES.

12:12PM  1              MR. WADE:  MAY I APPROACH, YOUR HONOR?

12:12PM  2              THE COURT:  YES.

12:12PM  3              MR. WADE:  (HANDING.)

12:13PM  4     Q.   I'M SHOWING YOU WHAT HAS BEEN MARKED AS EXHIBIT 13768.

12:13PM  5          AND DO YOU RECOGNIZE THIS IS AN EMAIL ABOUT WORK --

12:13PM  6     VALIDATION WORK BEING DONE ON THE MALE HEALTH CARTRIDGE?

12:13PM  7     A.   I THINK THIS IS A DEMO FOR THE DATA FOR THE MALE HEALTH

12:13PM  8     CARTRIDGE FOR A GROUP OF MULTIPLEX ASSAYS.

12:14PM  9     Q.   OKAY.  AND THIS IS AN EMAIL BETWEEN YOU AND MS. HOLMES AND

12:14PM  10    OTHERS ON THESE ISSUES?

12:14PM  11    A.   YES.

12:14PM  12    Q.   AND THIS IS A RESPONSE TO THE EMAIL I JUST SHOWED YOU?

12:14PM  13    A.   YES.

12:14PM  14              MR. WADE:  I WOULD MOVE THE ADMISSION OF 13768.

12:14PM  15              MR. LEACH:  NO OBJECTION.

12:14PM  16              THE COURT:  AND IT'S ADMITTED AND MAY BE PUBLISHED.

12:14PM  17         (DEFENDANT'S EXHIBIT 13768 WAS RECEIVED IN EVIDENCE.)

12:14PM  18    BY MR. WADE:

12:14PM  19    Q.   AND THE BOTTOM EMAIL IS THE ONE WE LOOKED AT; RIGHT?

12:14PM  20    CORRECT?

12:14PM  21    A.   YES.

12:14PM  22    Q.   AND LET'S LOOK AT THE TOP EMAIL.  I THINK THIS IS YOUR

12:14PM  23    RESPONSE TO MS. HOLMES.

12:14PM  24         AND THIS DISCUSSES SOME WORK THAT WAS BEING DONE IN

12:14PM  25    CONNECTION WITH THIS CARTRIDGE ON THE 3.0 AND THE 3.5 READERS.

12:14PM   1          DO YOU SEE THAT?

12:14PM   2     A.   YES.

12:14PM   3     Q.   AND THIS WAS PUSHING TOWARDS THE VALIDATION OF THESE

12:14PM   4     TESTS?

12:15PM   5     A.   I'M NOT SURE IF THIS IS THE VALIDATION OR IF THIS WAS FOR

12:15PM   6     A DEMO CARTRIDGE.

12:15PM   7     Q.   WELL, LET'S BRING THAT PRIOR EMAIL UP ONE MORE TIME, THE

12:15PM   8     INITIAL EMAIL.

12:15PM   9          YOU WERE RESPONDING TO AN EMAIL WHERE SHE WAS ASKING YOU

12:15PM  10     QUESTIONS ABOUT TESTING THAT WAS DONE IN CONNECTION WITH LDT

12:15PM  11     VALIDATION; RIGHT?

12:15PM  12     A.   YEAH, SHE IS ASKING THAT QUESTION.

12:15PM  13     Q.   AND YOU WERE RESPONDING TO THAT?

12:15PM  14     A.   SO I'M RESPONDING TO THE DATA FOR THE MALE -- YES, THE ONE

12:15PM  15     THAT IS DONE FOR THIS PARTICULAR CARTRIDGE.

12:15PM  16     Q.   WITH RESPECT TO THE LDT VALIDATION; RIGHT?

12:15PM  17     A.   I DON'T EXACTLY REMEMBER TODAY --

12:15PM  18     Q.   OKAY.

12:15PM  19     A.   -- WHAT THIS WORK WAS FOR.

12:16PM  20     Q.   OKAY.  DO YOU RECALL THAT IN THIS JULY TIME PERIOD, THERE

12:16PM  21     WAS ALSO SOME WORK THAT WAS BEING DONE TO ASSESS WHETHER SOME

12:16PM  22     OF THOSE R&D ASSAYS THAT YOU HAD DEVELOPED COULD BE RUN ON OPEN

12:16PM  23     PLATFORMS THAT WERE COMMERCIALLY AVAILABLE?

12:16PM  24     A.   I DON'T RECOLLECT.  CAN YOU SHARE THE DETAILS.

12:16PM  25     Q.   LET ME SEE IF I CAN REFRESH YOUR RECOLLECTION.

12:16PM  1          MAY I APPROACH, YOUR HONOR?

12:16PM  2                  THE COURT:  YES.

12:16PM  3                  MR. WADE:  (HANDING.)

12:16PM  4     Q.   THIS IS AN EMAIL DATED JULY 8TH, 2013?

12:17PM  5                  THE COURT:  IS THIS TO REFRESH THE RECOLLECTION?

12:17PM  6                  MR. WADE:  I'M GOING TO MOVE TO ADMIT IT,

12:17PM  7     YOUR HONOR, SO I'LL LAY SOME FOUNDATION.

12:17PM  8                  THE COURT:  SURE.

12:17PM  9     BY MR. WADE:

12:17PM  10    Q.   THIS IS AN EMAIL DATED JULY 8TH, 2013, FROM YOU TO YOUR

12:17PM  11    TEAM TALKING ABOUT SOME ASSAY DEVELOPMENT WORK; IS THAT RIGHT?

12:17PM  12    A.   YES.

12:17PM  13    Q.   AND YOU SET FORTH AN AGENDA AND ASSIGNMENTS IN CONNECTION

12:17PM  14    WITH THAT?

12:17PM  15    A.   YES.

12:17PM  16    Q.   AND THIS WAS A MEANS OF COMMUNICATING THE ASSIGNMENTS OUT

12:17PM  17    SO THE WORK OF THE COMPANY COULD BE CARRIED OUT SWIFTLY AND

12:17PM  18    EFFICIENTLY?

12:17PM  19    A.   YES.

12:17PM  20    Q.   AND YOU TOOK CARE TO MAKE SURE THIS WAS ACCURATE?

12:17PM  21    A.   YES.

12:17PM  22                  MR. WADE:  I WOULD OFFER 13770.

12:17PM  23                  MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:17PM  24                  THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:17PM  25          (DEFENDANT'S EXHIBIT 13770 WAS RECEIVED IN EVIDENCE.)

12:18PM   1      BY MR. WADE:

12:18PM   2      Q.   SO AGAIN, IN THIS EMAIL IT TALKS ABOUT "WE ARE GOING AHEAD

12:18PM   3      WITH THE CLIA/LDT VALIDATION OF THE FOLLOWING ASSAYS ON THE 384

12:18PM   4      PLATES."

12:18PM   5           DO YOU SEE THAT?

12:18PM   6      A.   YES.

12:18PM   7      Q.   AND THE 384 PLATES ARE COMMERCIALLY AVAILABLE OPEN

12:18PM   8      PLATFORM; RIGHT?

12:18PM   9      A.   YES.

12:18PM  10      Q.   AND THESE ASSAYS WERE THE TOP PRIORITY ASSAYS; RIGHT?

12:18PM  11      A.   YES.

12:18PM  12      Q.   THAT WAS VITAMIN D, HBA1C, TSH, TPSA, FERRITIN, AND FREE

12:18PM  13      T4; RIGHT?

12:18PM  14      A.   YES.

12:18PM  15      Q.   AND YOU CONVEYED TO YOUR TEAM THAT YOU WERE GOING TO GO

12:18PM  16      FORWARD WITH THE VALIDATION OF THESE ASSAYS AND YOU GAVE

12:19PM  17      ASSIGNMENTS TO TRY AND -- TO ASSIGN THESE TASKS TO MEMBERS OF

12:19PM  18      YOUR TEAM; RIGHT?

12:19PM  19      A.   YES.

12:19PM  20      Q.   AND THE EXPECTATION WAS THAT THEY WOULD CARRY OUT THIS

12:19PM  21      WORK AND REPORT BACK TO YOU; RIGHT?

12:19PM  22      A.   YES.

12:19PM  23      Q.   AND NOW ULTIMATELY THE 384 PLATES WERE NOT USED AS A

12:19PM  24      COMMERCIALLY AVAILABLE PLATFORM; RIGHT?

12:19PM  25      A.   I THINK SO.

12:19PM   1    Q.   AND ULTIMATELY THE ADVIA 1800 WAS USED FOR A SMALL SAMPLE

12:19PM   2    OF ASSAYS?

12:19PM   3    A.   I BELIEVE THE PLAN LATER CHANGED TO USE THE EDISON 3.0'S

12:19PM   4    AND 3.5'S.

12:19PM   5    Q.   AND WE JUST LOOKED AT SOME DOCUMENTS DISCUSSING THE 3.0'S

12:19PM   6    AND 3.5'S; RIGHT?

12:19PM   7    A.   YES.

12:19PM   8    Q.   BUT THERE WAS WORK BEING DONE ON TWO TRACKS; RIGHT?

12:20PM   9    A.   YES.

12:20PM   10   Q.   THESE OPEN PLATFORM DEVELOPMENTS WERE BEING WORKED ON?

12:20PM   11   A.   YES.

12:20PM   12   Q.   AND THE 3.0 AND 3.5 WORK WAS BEING WORKED ON?

12:20PM   13   A.   YES.

12:20PM   14   Q.   IN JULY OF 2013?

12:20PM   15   A.   YES.

12:20PM   16   Q.   YOU MENTIONED THE 3.0 DEVICES.  DO YOU RECALL WORK BEING

12:20PM   17   DONE ON THE MALE HEALTH CARTRIDGE WITH RESPECT TO THOSE DEVICES

12:20PM   18   IN THIS GENERAL TIME PERIOD?

12:20PM   19   A.   YES.

12:20PM   20        MR. WADE:  MAY I APPROACH ONE MORE TIME, YOUR HONOR?

12:20PM   21        THE COURT:  YES.

12:20PM   22        MR. WADE:  (HANDING.)

12:20PM   23   Q.   AND I'M SHOWING YOU WHAT HAS BEEN MARKED AS 13769.  THIS

12:21PM   24   IS AN EMAIL BETWEEN YOU AND DR. YOUNG DATED JULY 17TH, 2013; IS

12:21PM   25   THAT RIGHT?

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1353

12:21PM   1    A.   YES.

12:21PM   2    Q.   AND THE SUBJECT OF THIS EMAIL IS THE TEST PROTOCOL FOR

12:21PM   3    EDISON DEVICES; IS THAT RIGHT?

12:21PM   4    A.   YES.

12:21PM   5    Q.   AND IT RELATES TO WORK THAT WAS DONE IN CONNECTION WITH

12:21PM   6    THAT MALE HEALTH CARTRIDGE; CORRECT?

12:21PM   7    A.   YES.

12:21PM   8         MR. WADE:  I WOULD MOVE THE ADMISSION OF 13769.

12:21PM   9         MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:21PM   10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:21PM   11        (DEFENDANT'S EXHIBIT 13769 WAS RECEIVED IN EVIDENCE.)

12:22PM   12   BY MR. WADE:

12:22PM   13   Q.   AND IF WE LOOK AT THE BOTTOM EMAIL FIRST.  THIS TALKS

12:22PM   14   ABOUT SOME OF THE WORK THAT WAS BEING DONE TO UPDATE THE

12:22PM   15   ELECTRONICS AND PROTOCOLS ON THE EDISON 3.0?

12:22PM   16   A.   YES.

12:22PM   17   Q.   AND I THINK YOU TESTIFIED BEFORE DR. YOUNG WAS THE PERSON

12:22PM   18   WHO WAS WORKING ON THAT?

12:22PM   19   A.   YES.

12:22PM   20   Q.   AND ORGANIZING THOSE EFFORTS?

12:22PM   21   A.   YES.

12:22PM   22   Q.   AND HE ASKED YOU TO RECOMMEND AN ASSAY TO USE TO IMPLEMENT

12:22PM   23   THAT WORK ON THE 3.0 DEVICES; RIGHT?

12:22PM   24   A.   YES.

12:22PM   25   Q.   AND I BELIEVE YOU JUST TESTIFIED A MINUTE AGO THAT THERE

12:22PM 1    WAS A SHIFT TO DO WORK ON THE 3.0 AND THE 3.5 DEVICES; RIGHT?

12:22PM 2    A.   YES.

12:22PM 3    Q.   AND THIS KIND OF REFLECTS THAT SHIFT?

12:22PM 4    A.   YES.

12:22PM 5    Q.   AND YOU RESPOND TO DR. YOUNG WITH A PLAN -- YOU SET FORTH

12:23PM 6    HOW THE PLAN IS TO TEST THE MALE HEALTH CARTRIDGE ON BOTH

12:23PM 7    SYSTEMS; RIGHT?

12:23PM 8    A.   YES.

12:23PM 9    Q.   AND THAT WAS BECAUSE IT ACTUALLY HAD FIVE OF THOSE SIX

12:23PM 10   ASSAYS THAT WE HAD IDENTIFIED JUST A MINUTE AGO; RIGHT?

12:23PM 11   A.   YES.

12:23PM 12   Q.   AND SO THAT WAS A GOOD WAY TO TEST THE PLATFORM; RIGHT?

12:23PM 13   A.   YES.

12:23PM 14   Q.   NOW, DO YOU RECALL LAST FRIDAY I ASKED YOU SOME QUESTIONS

12:23PM 15   ABOUT HOW THE FOCUS OF THE WORK IN AUGUST AND SEPTEMBER OF 2013

12:23PM 16   NARROWED DOWN TO A FEW ASSAYS THAT THEY WERE FOCUSSED ON

12:23PM 17   VALIDATING ON THE EDISON DEVICES?

12:24PM 18   A.   YES.

12:24PM 19   Q.   DO YOU RECALL THAT?

12:24PM 20        AND I DIDN'T HAVE MY NUMBERS IN ORDER AT THAT TIME, BUT DO

12:24PM 21   YOU RECALL THAT THERE WAS AN EMAIL THAT YOU WERE SHOWN WHERE

12:24PM 22   DR. YOUNG INITIALLY IDENTIFIED 63 ASSAYS THAT THEY WERE GOING

12:24PM 23   TO TRY TO PUT ON THE EDISON DEVICE?

12:24PM 24   A.   YES.

12:24PM 25   Q.   THAT WAS A PRETTY AMBITIOUS GOAL IN THAT TIME PERIOD, WAS

12:24PM  1    IT NOT?

12:24PM  2    A.   IT WAS.

12:24PM  3    Q.   AND ULTIMATELY THERE WAS A DECISION TO SCALE DOWN THE

12:24PM  4    NUMBER OF ASSAYS THAT THEY WERE GOING TO PUT ONTO THE EDISON

12:24PM  5    DEVICE; RIGHT?

12:24PM  6    A.   I THINK SO.

12:24PM  7    Q.   AND TO DO IT IN PHASES.

12:24PM  8         DO YOU RECALL THAT?

12:24PM  9    A.   I DON'T RECALL THE ENTIRETY OF THE PLAN.

12:24PM 10    Q.   LET ME PULL UP EXHIBIT 1019, WHICH I THINK IS IN THE

12:24PM 11    GOVERNMENT'S BINDER.  IT'S IN EVIDENCE.  I'LL PUT IT ON THE

12:25PM 12    SCREEN FOR YOU.

12:25PM 13         IF WE CAN FOCUS ON THE FIRST PARAGRAPH OF THE SECOND EMAIL

12:25PM 14    FROM YOU TO THE GROUP.

12:25PM 15         AND THIS IS AN EMAIL FROM YOU TO YOUR TEAM ON AUGUST 21ST,

12:25PM 16    EXCUSE ME, ON AUGUST 21ST, 2013?

12:25PM 17    A.   YES.

12:25PM 18    Q.   AND YOU HAD -- YOU WERE JUST COMING BACK FROM INDIA IN

12:25PM 19    THIS TIME PERIOD?

12:25PM 20    A.   YES.

12:25PM 21    Q.   AND REFOCUSSING ON THESE EFFORTS; RIGHT?

12:25PM 22    A.   YES.

12:25PM 23    Q.   AND DO YOU SEE IN THE SECOND SENTENCE WHERE IT SAYS

12:26PM 24    "VALIDATION WILL START IN PHASES"?

12:26PM 25    A.   YES.

12:26PM   1    Q.   AND WILL DEPEND UPON RESOURCES, INCLUDING THE READERS AND

12:26PM   2    THE CARTRIDGES.

12:26PM   3         DO YOU SEE THAT?

12:26PM   4    A.   YES.

12:26PM   5    Q.   AND DOES THIS REFRESH YOUR RECOLLECTION THAT THERE WAS TO

12:26PM   6    BE A PHASED APPROACH IN THIS PERIOD?

12:26PM   7    A.   I THINK SO.

12:26PM   8    Q.   OKAY.  IF I CAN NEXT FOCUS YOU ON EXHIBIT 3967, WHICH IS

12:26PM   9    ALSO IN EVIDENCE.  IT SHOULD BE IN THE GOVERNMENT BINDER.

12:26PM  10         WE'LL BRING IT UP ON THE SCREEN.  THE FIRST EMAIL ON THE

12:26PM  11    TOP IS WHAT I'M INTERESTED IN.

12:26PM  12         I'M NOT GOING TO ASK ANY SPECIFIC QUESTIONS, BUT DO YOU

12:26PM  13    SEE IN THE EMAIL BELOW THERE WAS A LONGER LIST OF ASSAYS?

12:26PM  14    A.   YEAH.

12:26PM  15    Q.   A PRETTY LENGTHY LIST.

12:27PM  16         AND IN THIS EMAIL THERE'S DISCUSSION OF THE PRIORITIES OF

12:27PM  17    THE ASSAY DEVELOPMENT; IS THAT RIGHT?

12:27PM  18    A.   CORRECT.

12:27PM  19    Q.   AND THE FIRST PRIORITY WAS TO FOCUS, IN PHASE I WAS TO

12:27PM  20    FOCUS ON TSH, VITAMIN D, AND TPSA.

12:27PM  21         DO YOU SEE THAT?

12:27PM  22    A.   YES.

12:27PM  23    Q.   AND THEN THE NEXT PHASE WAS GOING TO BE THOSE THREE DOWN

12:27PM  24    THERE, FREE THYROXINE, HCG, AND VITAMIN B-12; CORRECT?

12:27PM  25    A.   YES.

12:27PM   1     Q.   IS THAT RIGHT?

12:27PM   2     A.   CORRECT.

12:27PM   3     Q.   AND SO THERE HAD BEEN A FOCUS OF THE VALIDATION OF THE

12:27PM   4     CLIA WORK AT THIS TIME?

12:27PM   5     A.   I GUESS.

12:27PM   6     Q.   AND THIS IS NOVEMBER 4TH, 2013?

12:27PM   7     A.   YES.

12:27PM   8     Q.   DO YOU RECALL SOME TESTIMONY FROM LAST WEEK ABOUT AN EMAIL

12:28PM   9     THAT YOU RECEIVED FROM MR. BALWANI ON SEPTEMBER 2ND --

12:28PM  10     A.   YES.

12:28PM  11     Q.   -- OF 2013?

12:28PM  12     A.   YES.

12:28PM  13     Q.   IF WE CAN BRING THAT UP.  THAT'S 3964.  AND IF WE CAN

12:28PM  14     FOCUS ON THE EMAIL FROM MR. BALWANI.

12:28PM  15          DO YOU SEE THAT?

12:28PM  16     A.   YES.

12:28PM  17     Q.   AND THIS WAS SENT ON A MONDAY MORNING?

12:28PM  18     A.   YES.

12:28PM  19     Q.   AND HE REFERENCED HOW PEOPLE ON THE SOFTWARE TEAM HAD BEEN

12:29PM  20     WORKING ALL WEEKEND AND UNTIL LATE IN THE MORNING, UNTIL

12:29PM  21     3:00 A.M.; RIGHT?

12:29PM  22     A.   YES.

12:29PM  23     Q.   AND MR. BALWANI WASN'T IN CHARGE OF YOUR TEAM, WAS HE,

12:29PM  24     MA'AM?

12:29PM  25     A.   NO.

GANGAKHEDKAR CROSS BY MR. WADE (RES.)                    1358

12:29PM   1    Q.   YOU WERE IN CHARGE OF YOUR TEAM?

12:29PM   2    A.   YES.

12:29PM   3    Q.   AND YOU DIDN'T REPORT TO MR. BALWANI, DID YOU?

12:29PM   4    A.   I DID NOT.

12:29PM   5    Q.   YOU REPORTED TO MS. HOLMES?

12:29PM   6    A.   YES.

12:29PM   7    Q.   AND -- NOW, THE SOFTWARE TEAM, THEY DID REPORT TO

12:29PM   8    MR. BALWANI?

12:29PM   9    A.   YES.

12:29PM  10    Q.   AND IN THE EMAIL, HE ESSENTIALLY BOASTS ABOUT THE

12:29PM  11    OPPRESSIVE HOURS THAT HIS TEAM WAS WORKING; IS THAT RIGHT?

12:29PM  12    A.   YES.

12:29PM  13    Q.   AS THOUGH THAT WAS A BADGE OF HONOR OR SOMETHING?

12:30PM  14    A.   YEAH.

12:30PM  15    Q.   AND THAT THEY HAD WORKED ALL WEEKEND UNTIL 3:00 IN THE

12:30PM  16    MORNING; RIGHT?

12:30PM  17    A.   UH-HUH.

12:30PM  18    Q.   RIGHT?

12:30PM  19    A.   YEAH.

12:30PM  20    Q.   ON SATURDAY AND SUNDAY.

12:30PM  21         AND HE WAS ESSENTIALLY WONDERING WHY YOUR TEAM WASN'T, WAS

12:30PM  22    HE?

12:30PM  23    A.   I WOULDN'T TAKE THIS JUST AS WONDERING.  I MEAN, IT'S A

12:30PM  24    LITTLE MORE -- THE INTENT IS A LITTLE MORE THAN JUST WONDERING

12:30PM  25    WHERE WE WERE.

12:30PM  1    Q.   IT IS MORE.  HE WAS TRYING TO MAKE YOU FEEL GUILTY ABOUT

12:30PM  2    THE FACT THAT YOU WEREN'T WORKING, WASN'T HE?

12:30PM  3    A.   YES.

12:30PM  4    Q.   AND HE WAS TRYING TO MAKE YOUR WHOLE TEAM FEEL GUILTY

12:30PM  5    ABOUT THAT?

12:30PM  6    A.   YES.

12:30PM  7    Q.   AND THAT WAS -- I THINK YOU TESTIFIED LAST WEEK THAT YOU

12:30PM  8    WERE FRUSTRATED BY THAT?

12:30PM  9    A.   YES.

12:30PM 10    Q.   IT'S PROBABLY MORE THAN THAT.  YOU WERE PROBABLY PRETTY

12:31PM 11    DEEPLY OFFENDED BY THIS EMAIL, WERE YOU NOT?

12:31PM 12    A.   WELL, THIS WAS A COMMON THEME.  THE EXPECTATIONS THAT THE

12:31PM 13    ELISA TEAM WAS DOING LESS THAN EVERYBODY ELSE IN THE

12:31PM 14    ORGANIZATION HAD BEEN SAID TO US BEFORE, TOO.

12:31PM 15    Q.   AND WERE YOU AWARE THAT MR. BALWANI CRITICIZED MS. HOLMES

12:31PM 16    ABOUT THAT BECAUSE SHE WAS THE SUPERVISOR OF THAT GROUP?

12:31PM 17              MR. LEACH:  OBJECTION.  CALLS FOR SPECULATION.

12:31PM 18              THE WITNESS:  I'M NOT AWARE.

12:31PM 19              THE COURT:  SUSTAINED.  THE ANSWER WILL BE STRICKEN.

12:31PM 20    BY MR. WADE:

12:31PM 21    Q.   YOUR TEAM -- YOU INTERACTED WITH YOUR TEAM -- SOME MEMBERS

12:31PM 22    OF YOUR TEAM ABOUT THIS EMAIL; RIGHT?

12:31PM 23    A.   YES.

12:31PM 24    Q.   AND THEY WERE MAD, TOO, WEREN'T THEY?

12:31PM 25    A.   YES.

12:31PM   1    Q.   AND THEY WERE OFFENDED BY THE TONE THAT MR. BALWANI HAD

12:32PM   2    TAKEN IN THIS EMAIL?

12:32PM   3    A.   I THINK THEY WERE DISAPPOINTED THAT WHATEVER WORK THEY

12:32PM   4    WERE DOING WAS NOT BEING RECOGNIZED.

12:32PM   5    Q.   RIGHT.  BECAUSE THEY HAD BEEN -- DR. SIVARAMAN, WHILE YOU

12:32PM   6    WERE GONE, PICKED UP A WHOLE ANOTHER SET OF RESPONSIBILITIES;

12:32PM   7    RIGHT?  CORRECT?

12:32PM   8    A.   YES.

12:32PM   9    Q.   AND DURING AN IMPORTANT TIME IN THE COMPANY SHE WAS

12:32PM   10   WORKING HARD; RIGHT?

12:32PM   11   A.   I THINK SO.

12:32PM   12   Q.   AND MS. NOYES, YOU INTERACTED WITH HER ABOUT THIS EMAIL AS

12:32PM   13   WELL; RIGHT?

12:32PM   14   A.   YES.

12:32PM   15   Q.   AND YOU KNEW SHE WAS REALLY, SHE WAS REALLY UPSET ABOUT

12:32PM   16   IT?

12:32PM   17   A.   YES.

12:32PM   18   Q.   AND SHE -- MS. NOYES BELIEVED THAT THIS TEAM HAD GONE

12:32PM   19   ABOVE AND BEYOND THE CALL OF DUTY WITH SOME OF THESE EFFORTS

12:32PM   20   THAT THEY HAD BEEN UNDERTAKING ON THIS PROJECT; RIGHT?

12:33PM   21   A.   YES.

12:33PM   22   Q.   AND SHE THOUGHT THAT THEY HAD BEEN WORKING REALLY, REALLY

12:33PM   23   HARD TO TRY AND MEET ALL OF THE GOALS; RIGHT?

12:33PM   24   A.   YES.

12:33PM   25   Q.   AND IT SEEMED THAT WAY TO YOU AS WELL, DIDN'T IT?

12:33PM  1     A.   IT DID.

12:33PM  2     Q.   AND TO DR. SIVARAMAN?

12:33PM  3     A.   YES.

12:33PM  4     Q.   AND THE WHOLE TEAM WAS WORKING THAT HARD; RIGHT?

12:33PM  5     A.   YES.

12:33PM  6     Q.   AND YOU RECOGNIZED AGAIN THAT THIS WAS NOT THE FIRST TIME

12:33PM  7     THAT MR. BALWANI HAD MADE COMMENTS OF THIS KIND ABOUT YOUR

12:33PM  8     GROUP; RIGHT?

12:33PM  9     A.   YES.

12:33PM  10    Q.   AND YOU UNDERSTOOD THAT MEMBERS OF YOUR TEAM WERE REACHING

12:33PM  11    THEIR LIMIT ON THESE KINDS OF THINGS; RIGHT?

12:33PM  12    A.   YES.

12:33PM  13    Q.   AND YOU STOOD UP FOR YOUR GROUP; RIGHT?

12:34PM  14         YOU RESPONDED TO MR. BALWANI AND DEFENDED THE WORK OF YOUR

12:34PM  15    GROUP; RIGHT?

12:34PM  16    A.   I DON'T RECOLLECT SENDING AN EMAIL TO MR. BALWANI.

12:34PM  17    Q.   WELL, LET'S LOOK AT 3962.

12:34PM  18    A.   WHICH BINDER IS THE NUMBER?

12:34PM  19    Q.   THAT'S IN THE BLACK BINDER.

12:35PM  20    A.   YEAH.

12:35PM  21    Q.   AND DO YOU SEE THAT EMAIL?

12:35PM  22    A.   YES.

12:35PM  23    Q.   AND THAT'S YOUR RESPONSE TO MR. BALWANI; RIGHT?

12:35PM  24    A.   YES.

12:35PM  25         MR. WADE:  I WOULD MOVE THE ADMISSION OF 3962.

| | | |
|---|---|---|
| 12:35PM | 1 | MR. LEACH:  NO OBJECTION. |
| 12:35PM | 2 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:35PM | 3 | (GOVERNMENT'S EXHIBIT 3962 WAS RECEIVED IN EVIDENCE.) |
| 12:35PM | 4 | BY MR. WADE: |
| 12:35PM | 5 | Q.   AND AN EMAIL LIKE THIS IS NOT AN EASY EMAIL TO SEND TO THE |
| 12:35PM | 6 | PRESIDENT AND CHIEF OPERATING OFFICER OF THE COMPANY, IS IT? |
| 12:35PM | 7 | A.   NO, IT IS NOT. |
| 12:35PM | 8 | Q.   BUT -- AND EVEN IF YOU DIDN'T REPORT TO HIM, THAT'S A BIG |
| 12:36PM | 9 | STEP TO TAKE? |
| 12:36PM | 10 | A.   YES. |
| 12:36PM | 11 | Q.   BUT YOU FELT LIKE THIS WAS IMPORTANT? |
| 12:36PM | 12 | A.   YES. |
| 12:36PM | 13 | Q.   AND YOU SAID, "THE ELISA TEAM HAS BEEN WORKING VERY HARD |
| 12:36PM | 14 | TOWARD THE VALIDATION EFFORTS;" RIGHT? |
| 12:36PM | 15 | A.   YES. |
| 12:36PM | 16 | Q.   AND YOU TALKED IN THIS EMAIL ABOUT THE EXTRAORDINARY |
| 12:36PM | 17 | EFFORTS THAT YOUR TEAM HAD BEEN PUTTING FORTH, HAD YOU NOT? |
| 12:36PM | 18 | A.   YES. |
| 12:36PM | 19 | Q.   AND YOU MADE THAT VERY CLEAR TO MR. BALWANI; RIGHT? |
| 12:36PM | 20 | A.   I DID. |
| 12:36PM | 21 | Q.   AND SEPARATELY YOU SENT, YOU SENT AN EMAIL TO YOUR TEAM ON |
| 12:36PM | 22 | THIS; RIGHT? |
| 12:36PM | 23 | A.   YES. |
| 12:36PM | 24 | Q.   LET'S LOOK AT 3964, WHICH IS IN EVIDENCE, I BELIEVE. |
| 12:37PM | 25 | NOW, THIS IS SENT THE VERY NEXT DAY; RIGHT? |

12:37PM  1      A.    YES.

12:37PM  2      Q.    AND YOU SENT IT TO YOUR WHOLE TEAM; RIGHT?

12:37PM  3      A.    YES.

12:37PM  4      Q.    AND YOU STARTED BY PRAISING ALL OF THE HARD WORK AND ALL

12:37PM  5      OF THE TIMES THAT THEY HAD PUT IN OVER THE WEEKEND WORKING ON

12:37PM  6      THESE PROJECTS; RIGHT?

12:37PM  7      A.    CORRECT.

12:37PM  8      Q.    BECAUSE -- BY THE WAY, YOU SAY LONG WEEKEND THERE.

12:37PM  9            THAT EMAIL THAT MR. BALWANI SENT ON MONDAY, THAT WAS LABOR

12:38PM  10     DAY; RIGHT?  SEPTEMBER 2ND WAS LABOR DAY?

12:38PM  11     A.    YEAH.  SO IT LOOKS LIKE I THINK THEY WORKED OVER THE

12:38PM  12     WEEKEND, TOO.

12:38PM  13     Q.    ALL -- THE WHOLE LONG WEEKEND?

12:38PM  14     A.    YES.

12:38PM  15     Q.    AND YOU PRAISE THEIR EFFORTS AND THEN YOU TRIED TO ADOPT

12:38PM  16     SOME MINOR MODIFICATIONS TO SHIFT WORK TO BE RESPONSIVE TO

12:38PM  17     MR. BALWANI.

12:38PM  18            BUT YOU -- DID YOU SEND THIS MESSAGE BECAUSE YOU WANTED TO

12:38PM  19     MAKE CLEAR TO YOUR TEAM THAT YOU SUPPORTED THEM AND ALL OF

12:38PM  20     THEIR HARD WORK?

12:38PM  21     A.    YES.

12:38PM  22     Q.    AND YOU RESIGNED FROM THERANOS THREE DAYS LATER; RIGHT?

12:39PM  23     A.    YES.

12:39PM  24     Q.    YOU TOLD MS. HOLMES THAT IT WAS A DIFFICULT DECISION TO

12:39PM  25     RESIGN; RIGHT?

12:39PM 1      A.   YES.

12:39PM 2      Q.   YOU SAID YOU WERE APPRECIATIVE OF THE OPPORTUNITY TO WORK

12:39PM 3      AT THE COMPANY?

12:39PM 4      A.   YES.

12:39PM 5      Q.   AND YOU WISHED THE COMPANY TREMENDOUS SUCCESS?

12:39PM 6      A.   YES.

12:39PM 7      Q.   MS. HOLMES WAS SURPRISED BY YOUR RESIGNATION; RIGHT?

12:39PM 8      A.   I THINK SO.

12:39PM 9      Q.   SHE WANTED YOU TO STAY?

12:39PM 10     A.   YES.

12:39PM 11     Q.   SHE ASKED IF YOU WANTED TO TAKE SOME TIME OFF IF THAT

12:39PM 12     WOULD HELP; RIGHT?

12:39PM 13     A.   YES.

12:39PM 14     Q.   SHE ASKED IF IT WOULD BE HELPFUL IF YOU COULD TAKE A LEAVE

12:39PM 15     OF ABSENCE; RIGHT?

12:39PM 16     A.   YES.

12:39PM 17     Q.   SHE ASKED IF THERE WAS ANYTHING ELSE SHE COULD DO TO KEEP

12:40PM 18     YOU; RIGHT?

12:40PM 19     A.   YES.

12:40PM 20     Q.   BUT YOUR MIND HAD BEEN MADE UP?

12:40PM 21     A.   YES.

12:40PM 22     Q.   AND THAT SAME DAY, THREE DAYS AFTER SHE GOT THAT EMAIL

12:40PM 23     FROM MR. BALWANI, MS. NOYES RESIGNED AS WELL; RIGHT?

12:40PM 24     A.   YES.

12:40PM 25     Q.   AND YOU -- AFTER RESIGNING YOURSELF AND GETTING NOTICE

12:40PM  1    FROM MS. NOYES, YOU WENT AND TALKED TO MONA RAMAMURPHY; RIGHT?

12:40PM  2    A.   YES.

12:40PM  3    Q.   SHE WAS THE DIRECTOR OF HR?

12:40PM  4    A.   YES.

12:40PM  5    Q.   AND YOU TALKED TO HER ABOUT MS. NOYES'S RESIGNATION;

12:41PM  6    RIGHT?

12:41PM  7    A.   YES.

12:41PM  8    Q.   AND THE FACT THAT SHE RESIGNED?

12:41PM  9    A.   YES.

12:41PM  10   Q.   AND YOU TALKED TO HER ABOUT YOUR RESIGNATION; RIGHT?

12:41PM  11   A.   YES.

12:41PM  12   Q.   AND YOU WERE VERY PROFESSIONAL ABOUT THE TRANSITION,

12:41PM  13   WEREN'T YOU?

12:41PM  14   A.   I TRIED TO.

12:41PM  15   Q.   YOU MADE, MADE -- TOOK GREAT CARE TO WRAP UP YOUR WORK;

12:41PM  16   RIGHT?

12:41PM  17   A.   YES.

12:41PM  18   Q.   YOU PREPARED A SUMMARY OF WHERE YOU KEPT ALL OF YOUR

12:41PM  19   MATERIALS; RIGHT?

12:41PM  20   A.   YES.

12:41PM  21   Q.   AND YOU TALKED ABOUT THE PROCESS THAT YOU USED TO DO YOUR

12:41PM  22   WORK IN YOUR TEAM; RIGHT?

12:41PM  23   A.   YES.

12:41PM  24   Q.   AND YOU CONVEYED THAT TO THE COMPANY BEFORE YOU LEFT?

12:41PM  25   A.   YES.

12:41PM  1          MR. WADE:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

12:41PM  2          THE COURT:  REDIRECT?

12:41PM  3          MR. LEACH:  YES, YOUR HONOR.  BRIEFLY.

12:41PM  4                    **REDIRECT EXAMINATION**

12:41PM  5   BY MR. LEACH:

12:42PM  6   Q.   GOOD AFTERNOON, MS. GANGAKHEDKAR.

12:42PM  7        I WANT TO START WHERE WE LEFT OFF THE MEETING WITH

12:42PM  8   MS. HOLMES WHERE YOU RESIGNED FROM THERANOS.

12:42PM  9        DO YOU HAVE THAT IN MIND?

12:42PM 10   A.   YES.

12:42PM 11   Q.   OKAY.  AT THAT TIME YOU HAD CONCERNS ABOUT THE RELIABILITY

12:42PM 12   OF THE 3.0?

12:42PM 13   A.   YES.

12:42PM 14   Q.   AND DID YOU HAVE CONCERNS ABOUT THE RELIABILITY OF THE

12:42PM 15   3.5?

12:42PM 16   A.   BASED ON -- YES, YES, BASED ON THE RECENT EMAILS FOR 3.5

12:43PM 17   PERFORMANCE.

12:43PM 18   Q.   AND DID YOU CONVEY THOSE EMAILS TO MS. HOLMES IN THE

12:43PM 19   MEETINGS THAT YOU HAD WITH HER?

12:43PM 20          MR. WADE:  YOUR HONOR, I'M REMINDING HIM THAT WE'RE

12:43PM 21   ON DIRECT, AND I WOULD OBJECT TO THE FORM OF THE QUESTION.

12:43PM 22          THE COURT:  I'LL ALLOW THIS QUESTION.  YOU CAN

12:43PM 23   ANSWER THE QUESTION.

12:43PM 24        MR. LEACH, IF YOU'LL MODIFY YOUR QUESTIONS.

12:43PM 25          MR. LEACH:  THANK YOU, YOUR HONOR.

12:43PM  1                THE COURT:  YOU CAN ANSWER THE QUESTION.

12:43PM  2                THE WITNESS:  SO I THINK OVERALL GENERALLY THE

12:43PM  3      DISCUSSION WAS 3 AND 3.5'S.

12:43PM  4      BY MR. LEACH:

12:43PM  5      Q.   DID YOU CONVEY THOSE CONCERNS TO MS. HOLMES IN YOUR

12:43PM  6      MEETING WHERE YOU RESIGNED FROM THERANOS?

12:43PM  7      A.   SO I DID MENTION SOMETHING ALONG THE LINES THAT I WASN'T

12:43PM  8      SURE HOW WE WOULD GO AHEAD WITH THE LAUNCH OF THE 3.0'S AND THE

12:43PM  9      3.0'S SYSTEMS.

12:43PM  10     Q.   OKAY.  MR. WADE WALKED YOU THROUGH A NUMBER OF ASSAY

12:43PM  11     DEVELOPMENT REPORTS.

12:43PM  12          DO YOU RECALL GOING THROUGH THOSE ASSAY DEVELOPMENT

12:43PM  13     REPORTS?

12:43PM  14     A.   YES.

12:43PM  15     Q.   AND I THINK YOU HAVE TWO VERY THICK BINDERS UP ON THE

12:44PM  16     WITNESS STAND WITH SOME OF THOSE ASSAY DEVELOPMENT REPORTS?

12:44PM  17     A.   YES.

12:44PM  18     Q.   AT THE TIME OF YOUR RESIGNATION, DID THOSE ASSAY

12:44PM  19     DEVELOPMENT REPORTS GIVE YOU ANY COMFORT ABOUT THE RELIABILITY

12:44PM  20     OF THE 3.0 OR THE 3.5?

12:44PM  21     A.   BECAUSE ESSENTIALLY THE WORK WAS DEVELOPMENT AND, I MEAN,

12:44PM  22     WE WERE USING THE 3.0'S FOR DEVELOPMENT PURPOSES.  WE WERE,

12:44PM  23     LIKE, AWARE THAT THERE WERE FAILURES THROUGH THAT DEVELOPMENT

12:44PM  24     PROCESS.

12:44PM  25          AND THE UPGRADE DATA THAT WE WERE SEEING IN THE 3.5, THE

12:44PM  1    RECENT 3.5 RUNS IN THE TIME OF LATE AUGUST KIND OF ALSO WAS

12:44PM  2    SHOWING SOME ERRORS.

12:44PM  3         SO IT DID RAISE CONCERNS THAT EVEN THE 3.5'S WERE SHOWING

12:45PM  4    SOME PROBLEMS.

12:45PM  5    Q.   WHEN YOU DO AN ASSAY REPORT IN RESEARCH AND DEVELOPMENT,

12:45PM  6    IS THAT THE END OF YOUR WORK?

12:45PM  7    A.   CAN YOU REPHRASE?

12:45PM  8    Q.   SURE.  IS THERE A DIFFERENCE BETWEEN AN ASSAY DEVELOPMENT

12:45PM  9    REPORT IN RESEARCH AND DEVELOPMENT AND VALIDATION IN THE CLIA

12:45PM 10    LAB?

12:45PM 11    A.   YES.

12:45PM 12    Q.   AND WHAT IS THE DIFFERENCE?

12:45PM 13    A.   SO PRIMARILY IN THE ASSAY DEVELOPMENT, DURING THE

12:45PM 14    DEVELOPMENT WE DO HAVE A FLEXIBILITY TO RERUN SAMPLES WHERE THE

12:45PM 15    CARTRIDGES HAVE FAILED OR THERE HAS BEEN A PROBLEM WITH THE

12:45PM 16    ISSUE, BECAUSE WE'RE TRYING TO UNDERSTAND IF OVERALL THE ASSAY

12:45PM 17    IS BEING DEVELOPED.

12:45PM 18         IN THE CASE OF A VALIDATION, I DON'T THINK WE HAVE THAT

12:45PM 19    FLEXIBILITY TO RERUN SAMPLES AND REEVALUATE.

12:45PM 20    Q.   AND SO IF YOU HAVE A COMPLETED ASSAY DEVELOPMENT REPORT IN

12:45PM 21    RESEARCH AND DEVELOPMENT, IS THAT ENOUGH TO TEST SAMPLES ON

12:46PM 22    PATIENTS?

12:46PM 23    A.   NO.

12:46PM 24    Q.   DID YOU REVIEW CLIA VALIDATION AS MORE RIGOROUS THAN THE

12:46PM 25    WORK YOU WERE DOING IN RESEARCH AND DEVELOPMENT?

12:46PM  1    A.   YES.

12:46PM  2    Q.   AT THE TIME YOU RESIGNED TO MS. HOLMES, DID SHE BRING

12:46PM  3    ANYTHING UP ABOUT THE ASSAY DEVELOPMENT REPORTS THAT YOU AND

12:46PM  4    YOUR TEAM HAD WORKED ON?

12:46PM  5    A.   I DON'T RECOLLECT.  I DON'T THINK SO.

12:46PM  6    Q.   DID SHE SAY ANYTHING TO THE EFFECT OF "BUT WE'VE PREPARED

12:46PM  7    92 ASSAY DEVELOPMENT REPORTS IN RESEARCH AND DEVELOPMENT, WHY

12:46PM  8    DO YOU HAVE THESE CONCERNS?"  ANYTHING LIKE THAT?

12:46PM  9    A.   SHE DID NOT.

12:46PM  10   Q.   MR. WADE WALKED YOU THROUGH A NUMBER OF EMAILS FROM THE

12:47PM  11   2005 AND 2011 TIME PERIOD WHERE MS. HOLMES PRAISED YOUR WORK.

12:47PM  12        DO YOU RECALL THAT TESTIMONY?

12:47PM  13   A.   YES.

12:47PM  14   Q.   AND WHY DID YOU NOT LEAVE THE COMPANY IN 2011?

12:47PM  15   A.   BECAUSE AT THAT POINT WE WERE TOLD THAT WE ARE NOW MOVING

12:47PM  16   INTO A NEWER SYSTEM, THE 4.0'S.  WE HAD JUST AROUND THAT TIME I

12:47PM  17   THINK HAD STARTED DEVELOPMENT, SO ALL OF THE EFFORT, LIKE ALL

12:47PM  18   OF OUR WORK THAT WAS DONE BEFORE WILL FINALLY HAVE I THINK AN

12:47PM  19   OPPORTUNITY TO BE USED ON A MORE COMPLEX AND MORE IMPROVED

12:47PM  20   SYSTEM.

12:47PM  21   Q.   MORE IMPROVED THAN THE 3.0'S AND THE 3.5'S?

12:47PM  22   A.   YES.

12:47PM  23   Q.   AND DID YOU EVER GET TO THAT POINT WITH THE 4.0'S?

12:47PM  24   A.   NO.

12:47PM  25   Q.   MR. WADE ASKED YOU A NUMBER OF QUESTIONS ABOUT SILOING AT

12:48PM  1    THERANOS.

12:48PM  2        DO YOU RECALL THAT TESTIMONY?

12:48PM  3    A.   YES.

12:48PM  4    Q.   AND IS IT YOUR BELIEF THAT INFORMATION AT THERANOS WAS

12:48PM  5    SILOED?

12:48PM  6    A.   YES.

12:48PM  7    Q.   I THINK MR. WADE MENTIONED A MEETING THAT YOU HAD WITH THE

12:48PM  8    GOVERNMENT ON MAY 27TH, 2021.

12:48PM  9        DO YOU RECALL HIM ASKING SOME QUESTIONS ABOUT THAT?

12:48PM  10   A.   YES.

12:48PM  11   Q.   AND WAS THIS THE FIRST TIME THAT YOU HAD TALKED WITH THE

12:48PM  12   GOVERNMENT IN MAY OF 2021?

12:48PM  13   A.   NO.

12:48PM  14   Q.   DO YOU RECALL MEETING WITH THE AGENTS FROM THE FEDERAL

12:48PM  15   BUREAU OF INVESTIGATION AND THE POSTAL INSPECTION SERVICE IN

12:48PM  16   MAY OF 2016?

12:48PM  17   A.   YES.

12:48PM  18   Q.   OKAY.  AND AT THAT TIME WERE YOU REPRESENTED BY COUNSEL?

12:48PM  19   A.   NO.

12:48PM  20   Q.   OKAY.  AND DID YOU MEET WITH THOSE AGENTS VOLUNTARILY?

12:48PM  21   A.   YES.

12:48PM  22   Q.   AND DID YOU BRING SOME OF THE DOCUMENTS THAT YOU HAD TAKEN

12:48PM  23   FROM THERANOS WITH YOU TO THAT MEETING?

12:48PM  24   A.   YES.

12:48PM  25   Q.   AND DID YOU TELL THE FBI AND THE POSTAL INSPECTION SERVICE

12:49PM  1    THAT MUCH OF THE DATA GENERATED AT THERANOS WAS CONFIDENTIAL

12:49PM  2    AND THE INDIVIDUAL GROUPS WITHIN THERANOS HAD ACCESS TO ONLY A

12:49PM  3    PARTICULAR SUBSET OF DATA?

12:49PM  4                MR. WADE:  OBJECTION TO THE FORM OF THE QUESTION.

12:49PM  5                THE COURT:  OVERRULED.  YOU CAN ANSWER THE QUESTION.

12:49PM  6                THE WITNESS:  YES.

12:49PM  7    BY MR. LEACH:

12:49PM  8    Q.   AND AT THAT TIME YOU HAD NO AGREEMENTS WITH THE

12:49PM  9    GOVERNMENT; IS THAT CORRECT?

12:49PM  10   A.   CORRECT.

12:49PM  11   Q.   OKAY.  DID YOU ALSO TELL THE AGENTS IN MAY OF 2016 THAT

12:49PM  12   THE ONLY PEOPLE WITHIN THERANOS WITH ACCESS TO ALL OF THE DATA

12:49PM  13   WAS MS. HOLMES, MR. BALWANI, AND CHRISTIAN HOLMES?

12:49PM  14               THE COURT:  WHY DON'T YOU REPHRASE THAT QUESTION IF

12:49PM  15   YOU CAN.

12:49PM  16   BY MR. LEACH:

12:49PM  17   Q.   DID YOU ALSO, DID YOU ALSO ASK -- OR TELL THE AGENTS ABOUT

12:49PM  18   WHO HAD ACCESS TO ALL OF THE DATA AT THERANOS?

12:49PM  19   A.   YES.

12:49PM  20   Q.   AND WHAT DID YOU TELL THEM?

12:49PM  21   A.   SO BASICALLY IT WAS MS. HOLMES AND MR. BALWANI.

12:49PM  22               MR. WADE:  YOUR HONOR, MOVE TO STRIKE.  LACK OF

12:49PM  23   FOUNDATION.

12:49PM  24               THE COURT:  OVERRULED.

12:50PM  25   BY MR. LEACH:

12:50PM  1    Q.   MR. WADE ASKED YOU A NUMBER OF QUESTIONS ABOUT REACTIONS

12:50PM  2    OF OTHERS ON YOUR TEAM IN THE AUGUST, SEPTEMBER TIME PERIOD

12:50PM  3    OVER THE LABOR DAY WEEKEND.

12:50PM  4         DO YOU RECALL SOME OF THAT QUESTIONING?

12:50PM  5    A.   YES.

12:50PM  6    Q.   AND HE HAD QUESTIONS ABOUT WHAT MS. NOYES FELT AND WHAT

12:50PM  7    MS. SIVARAMAN FELT AND THE QUESTIONING THAT YOU AND YOUR TEAM

12:50PM  8    WERE GETTING FROM MANAGEMENT.

12:50PM  9         DO YOU RECALL THAT?

12:50PM  10   A.   YES.

12:50PM  11   Q.   AND DRAWING YOUR ATTENTION TO -- HOPEFULLY YOU STILL HAVE

12:50PM  12   THE WHITE BINDER OUT THERE -- TO WHAT WE HAVE MARKED AS 3961.

12:50PM  13        DO YOU RECOGNIZE THIS DOCUMENT?

12:50PM  14   A.   YES.

12:50PM  15   Q.   AND DOES THIS REFLECT SOME OF THE THOUGHTS AND

12:51PM  16   FRUSTRATIONS YOU AND YOUR TEAM HAD AT THIS TIME PERIOD?

12:51PM  17   A.   YES.

12:51PM  18            MR. LEACH:  YOUR HONOR, I OFFER EXHIBIT 3961 INTO

12:51PM  19   EVIDENCE.

12:51PM  20            MR. WADE:  I'M TRYING TO FIND IT, YOUR HONOR.  MY

12:51PM  21   APOLOGIES.

12:51PM  22            THE COURT:  SURE.  GO RIGHT AHEAD.

12:51PM  23        CAN THIS BE PUT UP ON JUST OUR SCREENS?

12:51PM  24            THE CLERK:  NO.  COUNSEL --

12:51PM  25            THE COURT:  OKAY.

GANGAKHEDKAR REDIRECT BY MR. LEACH

12:51PM    1          MR. LEACH:  I CAN SHARE MY COPY, YOUR HONOR.

12:51PM    2          MR. WADE:  I HAVE LOCATED MY COPY, YOUR HONOR.

12:51PM    3       ONE MOMENT, PLEASE.

12:51PM    4       (PAUSE IN PROCEEDINGS.)

12:51PM    5          MR. WADE:  YOUR HONOR, I OBJECT.  THIS IS HEARSAY.

12:51PM    6          THE COURT:  CAN I SEE THE DOCUMENT.  I DON'T HAVE A

12:51PM    7    COPY UP HERE.

12:52PM    8       THIS IS MULTI PAGES?  YOU'RE ASKING TO GET THE ENTIRETY OF

12:52PM    9    THE DOCUMENT IN?

12:52PM   10          MR. LEACH:  THE FIRST TWO PAGES IS WHAT I'M FOCUSSED

12:52PM   11    ON, YOUR HONOR, AND I THINK THIS IS DIRECTLY RESPONSIVE TO

12:52PM   12    QUESTIONS THAT MR. WADE WAS ASKING.

12:52PM   13          THE COURT:  OKAY.

12:52PM   14       (PAUSE IN PROCEEDINGS.)

12:52PM   15          MR. WADE:  YOUR HONOR, JUST TO CLARIFY.  MY

12:52PM   16    OBJECTION IS UNDER 805 AS WELL.

12:52PM   17          THE COURT:  ARE YOU OBJECTING TO EACH OF THESE

12:52PM   18    EMAILS?  THERE'S DIFFERENT PEOPLE HERE.

12:52PM   19       I DO SEE THAT SOME OF THIS IS RESPONSIVE TO SOME OF THE

12:53PM   20    QUESTIONS THAT YOU ASKED EARLIER.

12:53PM   21          MR. WADE:  IT'S STILL HEARSAY, YOUR HONOR.  I

12:53PM   22    DIDN'T -- MY APOLOGIES.  I DIDN'T MARK A DOCUMENT.  I JUST

12:53PM   23    ASKED ABOUT A RECOLLECTION.

12:53PM   24          THE COURT:  AND ARE YOU OFFERING THIS FOR THE TRUTH

12:53PM   25    OF THE MATTER ASSERTED OR FOR SOME OTHER PURPOSE?

12:53PM    1            MR. LEACH:  FOR NOTICE AND THE TRUTH OF THE MATTER

12:53PM    2    ASSERTED.

12:53PM    3        (PAUSE IN PROCEEDINGS.)

12:53PM    4            THE COURT:  I THINK I MIGHT HAVE TO SUSTAIN THE

12:53PM    5    OBJECTION AS TO MICHAEL CRAIG AND THAT LINE IS SUGGESTING IN

12:53PM    6    THERE.

12:53PM    7        MS. NOYES'S EMAIL I WOULD ALLOW IN.

12:53PM    8            MR. LEACH:  OKAY.  I CAN FOCUS JUST ON THAT ONE,

12:54PM    9    YOUR HONOR.

12:54PM   10            THE COURT:  (HANDING.)

12:54PM   11        IF YOU'RE OFFERING MR. CRAIG'S EMAIL FOR THE TRUTH OF THE

12:54PM   12    MATTER ASSERTED, I'LL SUSTAIN THE OBJECTION.

12:54PM   13            MR. LEACH:  OKAY.  I WILL OFFER JUST PAGE 1 AND THE

12:54PM   14    TOP OF 361 WITH MR. BALWANI'S COMMENT IS ALREADY IN EVIDENCE

12:54PM   15    ELSEWHERE.

12:54PM   16            THE COURT:  OKAY.  SO THE OBJECTION IS OVERRULED AS

12:54PM   17    TO THOSE TWO DOCUMENTS.

12:54PM   18        (GOVERNMENT'S EXHIBIT 3961, TWO PAGES, WAS RECEIVED IN

12:54PM   19    EVIDENCE.)

12:54PM   20            MR. LEACH:  MS. HOLLIMAN, IF WE CAN DISPLAY --

12:54PM   21    ACTUALLY, I'LL USE THE ELMO FOR THIS.

12:54PM   22    Q.  DO YOU HAVE THE DOCUMENT IN YOUR BINDER, MS. GANGAKHEDKAR?

12:54PM   23    A.  YES.

12:54PM   24    Q.  I'M SHOWING YOU THE TOP OF PAGE 2.  DO YOU SEE THAT NOTE

12:55PM   25    FROM MR. BALWANI THAT YOU WERE ASKED QUESTIONS ABOUT THE

12:55PM   1    SOFTWARE TEAM BEING THERE UNTIL 3:07 A.M.?

12:55PM   2    A.   YES.

12:55PM   3    Q.   AND I'D LIKE NOW TO SHOW YOU PAGE 1.  THERE'S AN EMAIL

12:55PM   4    FROM MS. NOYES.  AFTER YOU FORWARDED THIS, "WHAT ABOUT TIME

12:55PM   5    MAKING REAGENTS, QUALIFYING REAGENTS, DATA PROCESSING,

12:55PM   6    PROCESSING THE SAMPLES AND ALIQUOTING THINGS, TROUBLESHOOTING

12:55PM   7    ISSUES THAT COME UP AND REOPTIMIZING THE NEW TECAN.  THIS IS SO

12:55PM   8    FRUSTRATING AND INSULTING WHEN WE ARE ALL WORKING SO HARD."

12:55PM   9        IS THIS SOME OF THE FRUSTRATION YOU RECEIVED FROM YOUR

12:55PM  10    TEAM?

12:55PM  11    A.   YES.

12:55PM  12    Q.   OKAY.  AND WHAT IS MEANT BY "MAKING REAGENTS AND

12:56PM  13    QUALIFYING REAGENTS," ET CETERA?  CAN YOU GIVE US A SENSE OF

12:56PM  14    WHAT THAT MEANS?

12:56PM  15    A.   YEAH.  SO THESE ARE REAGENTS THAT ARE USED IN THE ASSAY.

12:56PM  16    SO THESE ARE AGENTS THAT WOULD BE ADDED INTO THE CARTRIDGE FOR

12:56PM  17    THE TEST, AND SO THEY COULDN'T JUST BE USED OFF THE SHELF.  SO

12:56PM  18    WE HAD TO BUY THE RAW MATERIALS, PROCESS THEM, QUALIFY THOSE

12:56PM  19    REAGENTS, AND THEN USE THEM IN OUR TESTS.

12:56PM  20    Q.   AND THAT'S ALL WORK THAT IS NECESSARY TO VALIDATE AN ASSAY

12:56PM  21    IN CLIA?

12:56PM  22    A.   YES.

12:56PM  23    Q.   AND THAT'S ALL WORK THAT NEEDED TO BE DONE,

12:56PM  24    NOTWITHSTANDING THE ASSAY DEVELOPMENT REPORTS THAT YOU AND YOUR

12:56PM  25    TEAM PREPARED?

12:56PM  1    A.   YES.

12:56PM  2    Q.   AND MS. SIVARAMAN RESPONDS, "THIS IS AS MUCH AS WE CAN

12:56PM  3    TAKE ALSO NOT THE FIRST TIME.  WE SHOULD MEET WITH THEM IN

12:56PM  4    'REAL' TIME AND EXPLAIN THAT THIS IS UNFAIR.  ALSO BRING UP ALL

12:56PM  5    THE ISSUES."

12:57PM  6         AND YOU WROTE "AGREE!"

12:57PM  7         WAS THAT AN ACCURATE REFLECTION OF YOUR SENTIMENT AT THE

12:57PM  8    TIME?

12:57PM  9    A.   YES.

12:57PM 10    Q.   AND ONE MORE QUESTION BRIEFLY ABOUT MS. NOYES.

12:57PM 11         I'M SHOWING YOU WHAT IS IN EVIDENCE AS EXHIBIT 9397.

12:57PM 12         DO YOU RECALL BEING ASKED QUESTIONS ABOUT THIS TSH ASSAY

12:57PM 13    DEVELOPMENT REPORT DURING YOUR CROSS-EXAMINATION?

12:57PM 14    A.   YES.

12:57PM 15    Q.   AND THIS WAS PREPARED BY TINA NOYES WHO WORKED FOR YOU?

12:57PM 16    A.   YES.

12:57PM 17    Q.   AND AGAIN, IS AN ASSAY DEVELOPMENT REPORT THE SAME THING

12:57PM 18    AS VALIDATION IN THE CLIA LAB?

12:57PM 19    A.   NO.

12:57PM 20    Q.   AND DOES THE LATTER INVOLVE MORE WORK?

12:57PM 21    A.   YES.

12:57PM 22    Q.   AND WAS MS. NOYES ONE OF THE INDIVIDUALS WHO RESIGNED ON

12:58PM 23    THE SAME DAY THAT YOU DID?

12:58PM 24    A.   YES.

12:58PM 25    Q.   OKAY.  THANK YOU, MS. GANGAKHEDKAR.

12:58PM  1          THANK YOU, YOUR HONOR.  I HAVE NO FURTHER QUESTIONS?

12:58PM  2               THE COURT:  RECROSS?

12:58PM  3               MR. WADE:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

12:58PM  4               THE COURT:  MAY THIS WITNESS BE EXCUSED?

12:58PM  5               MR. LEACH:  YES, YOUR HONOR.  THANK YOU.

12:58PM  6               MR. WADE:  SHE MAY.  THANK YOU.

12:58PM  7               THE COURT:  THANK YOU.  YOU'RE EXCUSED.  THANK YOU.

12:58PM  8               THE WITNESS:  THANK YOU.

12:58PM  9               THE COURT:  YOU'RE WELCOME.  YOU CAN JUST LEAVE ALL

12:58PM 10      OF THAT THERE, PLEASE.

12:58PM 11          FOLKS, PLEASE FEEL FREE TO STAND UP AND STRETCH FOR JUST A

12:58PM 12      MOMENT.

12:58PM 13          (STRETCHING.)

12:58PM 14               THE COURT:  I'LL ASK THE GOVERNMENT IF THEY HAVE

12:58PM 15      ANOTHER WITNESS.

12:58PM 16               MR. BOSTIC:  YES, YOUR HONOR.

12:59PM 17          THE GOVERNMENT CALLS DR. AUDRA ZACHMAN.

12:59PM 18               THE CLERK:  COUNSEL, THE BINDERS.

12:59PM 19          (PAUSE IN PROCEEDINGS.)

12:59PM 20               THE COURT:  GOOD AFTERNOON.  IF YOU WOULD WORK YOUR

12:59PM 21      WAY UP HERE AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE YOUR

12:59PM 22      RIGHT HAND, SHE HAS A QUESTION FOR YOU.

12:59PM 23          **(GOVERNMENT'S WITNESS, AUDRA ZACHMAN, WAS SWORN.)**

12:59PM 24               THE WITNESS:  YES.

12:59PM 25               THE CLERK:  THANK YOU.

12:59PM   1            THE COURT:  PLEASE HAVE A SEAT.  MAKE YOURSELF

12:59PM   2   COMFORTABLE.

01:00PM   3        FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

01:00PM   4   I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

01:00PM   5        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

01:00PM   6   AND THEN SPELL IT, PLEASE.

01:00PM   7            THE WITNESS:  SURE.  AUDRA ZACHMAN.  A-U-D-R-A.

01:00PM   8   Z-A-C-H-M-A-N.

01:00PM   9            THE COURT:  THANK YOU.  COUNSEL.

01:00PM  10                    **DIRECT EXAMINATION**

01:00PM  11   BY MR. BOSTIC:

01:00PM  12   Q.   GOOD AFTERNOON, DR. ZACHMAN.

01:00PM  13   A.   THANK YOU.

01:00PM  14   Q.   FIRST OF ALL, WE'RE BOTH WEARING MASKS RIGHT NOW.  MY

01:00PM  15   UNDERSTANDING FROM THE COURT IS THAT IF YOU'RE VACCINATED AND

01:00PM  16   COMFORTABLE TESTIFYING WITHOUT A MASK OR WOULD PREFER TO DO SO,

01:00PM  17   YOU'RE WELCOME TO REMOVE YOUR MASK.

01:00PM  18   A.   THANK YOU.  I AM.

01:00PM  19   Q.   CAN YOU START BY TELLING US IF YOU'RE CURRENTLY EMPLOYED?

01:00PM  20   A.   I AM.

01:00PM  21   Q.   AND WHERE ARE YOU CURRENTLY EMPLOYED?

01:00PM  22   A.   SOUTHWEST CONTEMPORARY WOMEN'S CARE IN PHOENIX, ARIZONA.

01:00PM  23   Q.   AND WHAT KIND OF BUSINESS IS THAT?

01:00PM  24   A.   IT'S AN OBGYN PRACTICE.

01:00PM  25   Q.   AND WHAT IS YOUR POSITION THERE AT SOUTHWEST?

ZACHMAN DIRECT BY MR. BOSTIC

01:00PM  1    A.   I'M A NURSE PRACTITIONER.

01:00PM  2    Q.   AND WHAT IS A NURSE PRACTITIONER?

01:01PM  3    A.   IT IS A PROVIDER WHO HAS BEEN TRAINED AND LICENSED TO TAKE

01:01PM  4    CARE OF PATIENTS SPECIFICALLY IN MY FIELD AND IN WOMEN'S

01:01PM  5    HEALTH.

01:01PM  6    Q.   AND HOW DOES THE ROLE OF A NURSE PRACTITIONER COMPARE TO

01:01PM  7    THE ROLE OF, SAY, A REGISTERED NURSE OR A MEDICAL DOCTOR?

01:01PM  8    A.   SURE.  A NURSE PRACTITIONER HAS MORE EDUCATION THAN A

01:01PM  9    REGISTERED NURSE, AND WE CAN WORK INDEPENDENTLY THEN, WHERE A

01:01PM 10    REGISTERED NURSE WORKS UNDER THE ORDERS OF A NURSE PRACTITIONER

01:01PM 11    OR A PHYSICIAN.

01:01PM 12        A PHYSICIAN HAS A DIFFERENT AVENUE OF EDUCATION AS WELL,

01:01PM 13    USUALLY WITH MORE YEARS SPECIALIZING IN A FIELD THAN A NURSE

01:01PM 14    PRACTITIONER.

01:01PM 15    Q.   DO REGISTERED NURSES WORK AUTONOMOUSLY THE WAY NURSE

01:02PM 16    PRACTITIONERS DO?

01:02PM 17    A.   NO, THEY DON'T.

01:02PM 18    Q.   DO NURSE PRACTITIONERS EVER SUPERVISE REGISTERED NURSES?

01:02PM 19    A.   YES.

01:02PM 20    Q.   YOU SAID THAT SOUTHWEST WAS AN OBGYN PRACTICE; IS THAT

01:02PM 21    CORRECT?

01:02PM 22    A.   THAT'S CORRECT.

01:02PM 23    Q.   AND CAN YOU DESCRIBE JUST AT A HIGH LEVEL YOUR INDIVIDUAL

01:02PM 24    PRACTICE AT SOUTHWEST?

01:02PM 25    A.   SURE.  SO I SEE WOMEN FOR THEIR GYNECOLOGICAL OR

01:02PM   1    OBSTETRICAL NEEDS, IF THEY ARE PREGNANT OR TRYING TO CONCEIVE

01:02PM   2    OR TRYING TO PREVENT PREGNANCY OR HAVING CONCERNS RELATED TO

01:02PM   3    THEIR WOMEN'S HEALTH AT AGE 13 TO 99, ANYWHERE IN THERE.

01:02PM   4    Q.   AND FOR HOW LONG HAVE YOU BEEN A NURSE PRACTITIONER AT

01:02PM   5    SOUTHWEST?

01:02PM   6    A.   EIGHT YEARS.

01:02PM   7    Q.   IN YOUR PRACTICE DID YOU HAVE AN OPPORTUNITY TO HAVE

01:03PM   8    EXPERIENCE WITH TEST RESULTS FROM A COMPANY CALLED THERANOS?

01:03PM   9    A.   I DID.

01:03PM  10    Q.   AND WAS THERE A TIME PERIOD WHEN YOU WERE USING THERANOS

01:03PM  11    FOR BLOOD TESTING SERVICES FOR YOUR PATIENTS?

01:03PM  12    A.   YES.

01:03PM  13    Q.   AND I'LL ASK THIS JUST AS A YES OR NO QUESTION FOR NOW.

01:03PM  14    DID THERE COME A TIME WHEN YOU DECIDED TO NO LONGER USE

01:03PM  15    THERANOS FOR BLOOD TESTING SERVICES?

01:03PM  16    A.   YES.

01:03PM  17    Q.   AND HOW DID YOU FIRST HEAR ABOUT THE COMPANY THERANOS?

01:03PM  18    A.   IN 2014 I WAS WORKING AT SOUTHWEST, AND I WAS HEAD OF A

01:03PM  19    GROUP THAT WE CREATED CALLED THE PRODUCT COMMITTEE TO BE ABLE

01:03PM  20    TO WEED THROUGH THE DIFFERENT PRODUCTS THAT WOULD COME THROUGH

01:03PM  21    THE OFFICE AND TRY TO GAIN OUR ATTENTION AND OUR BUSINESS, AND

01:03PM  22    THERANOS WAS ONE OF THEM.

01:03PM  23    Q.   YOU SAID -- WAS IT CALLED THE PRODUCT COMMITTEE AT

01:04PM  24    SOUTHWEST?

01:04PM  25    A.   THAT'S CORRECT.

01:04PM   1    Q.   AND DID THAT COMMITTEE ALSO EVALUATE SERVICES LIKE TESTING

01:04PM   2    LABS, FOR EXAMPLE?

01:04PM   3    A.   YES.

01:04PM   4    Q.   AND HOW DID THERANOS COME TO THE ATTENTION OF THE PRODUCT

01:04PM   5    COMMITTEE AT SOUTHWEST?

01:04PM   6    A.   A REPRESENTATIVE CAME THROUGH THE OFFICE, I'M NOT SURE

01:04PM   7    WHO, AND DROPPED OFF A CARD AND WANTED TO HAVE A COUPLE OF

01:04PM   8    MINUTES OF ATTENTION TO DISCUSS THAT, THERANOS AS AN OPTION.

01:04PM   9         AND I WAS SEEING PATIENTS AT THE TIME SO IT WAS JUST MORE

01:04PM   10   OF THE GATHERING OF THAT INFORMATION AND THAT I WOULD BE ABLE

01:04PM   11   TO GET BACK TO THEM WHEN AVAILABLE.

01:04PM   12   Q.   AND DO YOU REMEMBER APPROXIMATELY WHEN IN TIME THAT WAS

01:04PM   13   THAT FIRST CONTACT WITH SOMEONE FROM THERANOS?

01:04PM   14   A.   I THINK IT WAS IN THE SUMMER OF 2014.

01:04PM   15   Q.   AND DID THAT INITIAL CONTACT LEAD TO MORE SUBSTANTIVE

01:04PM   16   DISCUSSION WITH THERANOS?

01:04PM   17   A.   YES.  SO THEN I REACHED OUT TO THE REPRESENTATIVE VIA

01:04PM   18   EMAIL TO BE ABLE TO SET UP AN APPROPRIATE TIME.

01:05PM   19        WE HAD PRODUCT COMMITTEE MEETINGS WHERE WE WOULD LINE UP A

01:05PM   20   PARTICULAR NUMBER OF PHARMACEUTICAL COMPANIES OR

01:05PM   21   REPRESENTATIVES FROM LABORATORIES TO BE ABLE TO COME AND

01:05PM   22   SHOWCASE IF YOU WILL.

01:05PM   23   Q.   AND DID SOMEONE FROM THERANOS END UP PRESENTING TO THE

01:05PM   24   PRODUCT COMMITTEE?

01:05PM   25   A.   YES.

01:05PM  1    Q.   AND WAS THAT ALSO IN THE SUMMER OF 2014?

01:05PM  2    A.   YES.

01:05PM  3    Q.   AND DID YOU AND OTHERS AT SOUTHWEST LEARN MORE ABOUT THE

01:05PM  4    COMPANY AND WHAT IT WAS OFFERING AT THE TIME?

01:05PM  5    A.   YES.  WE LEARNED THAT IT WOULD BE A GOOD OPTION FOR OUR

01:05PM  6    PATIENTS.  WE FELT THAT AT THE TIME THAT IT WAS SOMETHING THAT

01:05PM  7    MIGHT BE MORE COST EFFECTIVE, HAVE A BETTER TURN AROUND TIME

01:05PM  8    FOR LAB RESULTS, MAYBE BE LESS INVASIVE BY OFFERING A

01:05PM  9    FINGERSTICK INSTEAD OF A TRADITIONAL VENOUS PUNCTURE, AND HAVE

01:06PM  10   GOOD ACCESSIBILITY AS IT WAS I THINK GOING TO BE CLOSE IN

01:06PM  11   PROXIMITY TO OUR OFFICE LOCATION.

01:06PM  12   Q.   DID YOUR ROLE ON THE PRODUCT COMMITTEE ALSO INCLUDE NOT

01:06PM  13   JUST ORGANIZING THOSE PRESENTATIONS BUT ALSO EVALUATING

01:06PM  14   PRESENTATIONS AND DECIDING WHETHER TO ENTER INTO PARTNERSHIPS

01:06PM  15   WITH VENDORS?

01:06PM  16   A.   YES.  SO THE PRODUCT COMMITTEE MEETINGS WHICH WERE

01:06PM  17   ORCHESTRATED BY ME WERE OFFERED AS AN OPPORTUNITY FOR ALL OF

01:06PM  18   THE PROVIDERS IN THE PRACTICE TO BE ABLE TO ATTEND, BUT OFTEN

01:06PM  19   IT WAS DURING LUNCH HOURS AND NOT A LOT OF OUR PROVIDERS WERE.

01:06PM  20        SO THEN I ALSO ACTED AS A LIAISON KIND OF CARRYING THAT

01:06PM  21   INFORMATION OVER TO OUR PROVIDER MEETINGS SAYING WHAT -- KIND

01:06PM  22   OF THE BULLET POINT INFORMATION THAT WAS GIVEN AT THE PRIOR

01:06PM  23   MEETING AND THEN MY OPINION ABOUT IT.

01:07PM  24   Q.   WHEN IT CAME TO EVALUATING THERANOS FOR POTENTIAL BLOOD

01:07PM  25   TESTING SERVICES, DID YOU HAVE A SENSE OF WHAT FACTORS WERE

01:07PM   1    IMPORTANT TO YOUR PRACTICE IN DECIDING WHETHER TO USE THE LAB

01:07PM   2    OR NOT?

01:07PM   3    A.   UH-HUH.  I THINK IT WAS IMPORTANT TO MYSELF AND TO ALL OF

01:07PM   4    THE PROVIDERS IN THE OFFICE THAT IT BE A LAB THAT WAS RELIABLE,

01:07PM   5    COST EFFECTIVE, GOOD TURN AROUND TIME FOR THE RESULTS,

01:07PM   6    CONVENIENT.

01:07PM   7    Q.   WHEN YOU SAY RELIABLE, TELL ME MORE ABOUT THAT?  WHAT DOES

01:07PM   8    THAT MEAN FOR A LAB TO BE RELIABLE?

01:07PM   9    A.   FOR THE RESULTS THAT ARE BEING RECEIVED TO BE ACCURATE IN

01:07PM  10    WHAT THEY'RE REPRESENTING.

01:07PM  11    Q.   AND WHEN YOU'RE TALKING ABOUT DIFFERENT FACTORS THAT WERE

01:07PM  12    IMPORTANT TO YOUR DECISION, WHERE DO YOU RANK KIND OF THE

01:08PM  13    ACCURACY, RELIABILITY OF THE TESTS IN THAT LIST?

01:08PM  14    A.   I WOULD RANK IT AS MOST IMPORTANT.

01:08PM  15    Q.   AND WHY IS THAT?

01:08PM  16    A.   WELL, IF YOU RECEIVE A LAB RESULT AND YOU HAVE TO WONDER

01:08PM  17    OR YOU'RE NOT SURE IF IT'S ACCURATE OR NOT, THEN ANY CLINICAL

01:08PM  18    DECISIONS THAT YOU ARE GOING TO BASE OFF OF THAT RESULT ARE

01:08PM  19    NULL AND VOID.

01:08PM  20    Q.   AND YOU'RE TALKING ABOUT DECISIONS RELATING TO PATIENT

01:08PM  21    CARE?

01:08PM  22    A.   CORRECT.

01:08PM  23    Q.   ULTIMATELY AROUND THAT TIME IN THE SUMMER OF 2014 DID

01:08PM  24    SOUTHWEST DECIDE TO START USING THERANOS FOR BLOOD TESTING

01:08PM  25    SERVICES?

01:08PM 1    A.   WE DID.

01:08PM 2    Q.   AND WAS THERE ALSO DISCUSSION AROUND THAT TIME ABOUT

01:08PM 3    THERANOS SETTING UP A PRESENCE INSIDE ONE OF SOUTHWEST'S

01:08PM 4    LOCATIONS?

01:09PM 5    A.   YES.  WE HAVE THREE OFFICE LOCATIONS, SO IT'S NOT IN THE

01:09PM 6    CLINIC THAT I'M BASED OUT OF, BUT IN ONE OF OUR OTHER LOCATIONS

01:09PM 7    WE HAD AN OPEN LAB OFFICE RIGHT BELOW OUR PRACTICE WHERE THEY

01:09PM 8    WERE ABLE TO SET UP A PRESENCE.

01:09PM 9    Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHAT WOULD THE BENEFITS

01:09PM 10   OR THE EFFECT BE OF THERANOS HAVING A PRESENCE THERE?

01:09PM 11   A.   UH-HUH.  IT WAS MENTIONED TO BE VERY EXCITING CERTAINLY

01:09PM 12   FROM A PROVIDER PERSPECTIVE TO BE ABLE TO ORDER A TEST AND JUST

01:09PM 13   TELL THE PATIENT, YOU KNOW, YOU JUST WALK DOWN THESE STAIRS AND

01:09PM 14   YOU CAN GET DRAWN FOR THAT.

01:09PM 15        SO IT'S CONVENIENT TO THE PATIENT, BUT IT ALSO IS HELPFUL

01:09PM 16   TO THE PROVIDER KNOWING THAT WHATEVER YOU'RE LOOKING FOR,

01:09PM 17   WHATEVER LAB YOU WANT IS GETTING DRAWN AT THAT TIME.

01:10PM 18   Q.   AND DID YOU PERSONALLY SEND SOME OF YOUR PATIENTS TO GET

01:10PM 19   BLOOD TESTING SERVICES AT THERANOS?

01:10PM 20   A.   I DID.

01:10PM 21   Q.   AND LET'S TALK ABOUT ONE PATIENT IN PARTICULAR.

01:10PM 22        DID YOU TREAT A PATIENT NAMED BRITTANY GOULD IN YOUR

01:10PM 23   PRACTICE?

01:10PM 24   A.   I DID.

01:10PM 25   Q.   AND WHEN DID MS. GOULD FIRST BECOME A PATIENT OF YOURS

01:10PM   1     APPROXIMATELY?

01:10PM   2     A.   IN THE BEGINNING OF 2014 I SAW HER FOR ROUTINE WOMEN'S

01:10PM   3     WELLNESS, AND THEN IN THE SUMMER OF 2014 I SAW HER FOR A

01:10PM   4     PREGNANCY LOSS, AND AGAIN IN SEPTEMBER OF 2014.

01:10PM   5     Q.   YOU SAW HER AGAIN IN SEPTEMBER OF 2014?

01:10PM   6     A.   FOR A SUBSEQUENT PREGNANCY.

01:10PM   7     Q.   SO TELL US ABOUT THAT.  WHAT WAS THE STATUS OF THINGS

01:10PM   8     DURING THAT VISIT OF SEPTEMBER 2014?

01:10PM   9     A.   UH-HUH.  SO I SAW BRITTANY.  SHE HAD HAD A POSITIVE

01:11PM  10     PREGNANCY TEST AT HOME.  SHE HAD HAD PREVIOUS MISCARRIAGES, AND

01:11PM  11     SO THAT VISIT WAS EARLY ON IN THE PREGNANCY AS SHE WAS WANTING

01:11PM  12     TO ESTABLISH CARE EARLY, AND I WAS WANTING TO GIVE REASSURANCE

01:11PM  13     TO HER AND TO US OF THE WELL BEING OF HER PREGNANCY.

01:11PM  14          SO IT WAS A VISIT TO ESTABLISH, YES, SHE IS PREGNANT, AND

01:11PM  15     TO LOOK AT THE HEALTH OF THE PREGNANCY.

01:11PM  16     Q.   AND DID THIS PATIENT'S PARTICULAR HISTORY THAT YOU

01:11PM  17     MENTIONED PLAY INTO THE DECISIONS THAT YOU MADE SUBSEQUENTLY

01:11PM  18     ABOUT HOW TO APPROACH THE EARLY STAGE OF THE PREGNANCY?

01:11PM  19     A.   ABSOLUTELY.  SO SHE HAD HAD THREE MISCARRIAGES PRIOR TO

01:11PM  20     OUR VISIT IN SEPTEMBER, AND IN OBSTETRICS THAT'S CONSIDERED

01:11PM  21     INCURRED PREGNANCY LOSS, WHICH THAT PUTS HER INTO A HIGH RISK

01:12PM  22     PREGNANCY CATEGORY, SO WE FOLLOW THOSE PREGNANCIES MORE

01:12PM  23     CLOSELY, PARTICULARLY IN EARLY PREGNANCY WHERE WE WERE DRAW

01:12PM  24     SERUM QUANTS TO LOOK AT THE HEALTH OF THE PREGNANCY, AN HCG

01:12PM  25     QUANT.

01:12PM 1    Q.   AND THAT IS MY NEXT QUESTION, TOO.  WHAT IS AN HCG QUANT

01:12PM 2    IN THAT CONTEXT?

01:12PM 3    A.   SO IT'S A HORMONE THAT IS PRODUCED EARLY IN THE PREGNANCY

01:12PM 4    BUT THROUGHOUT THE PREGNANCY BUT RISES IN EARLY PREGNANCY

01:12PM 5    BEFORE WE'RE ABLE TO SEE VIABILITY OR FETAL WELL BEING ON AN

01:12PM 6    ULTRASOUND.

01:12PM 7    Q.   AND DID YOU ORDER A SERIES OF HCG QUANTITATIVE TESTS FOR

01:12PM 8    BRITTANY GOULD?

01:12PM 9    A.   I DID.

01:12PM 10   Q.   ONE MOMENT, YOUR HONOR.  I APOLOGIZE.

01:12PM 11        (PAUSE IN PROCEEDINGS.)

01:12PM 12           MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

01:13PM 13           THE COURT:  YES.

01:13PM 14           MR. BOSTIC:  (HANDING.)

01:13PM 15           THE COURT:  DO YOU HAVE THIS?

01:13PM 16           MR. BOSTIC:  YES, I HAVE PROVIDED A COPY TO THE

01:13PM 17   DEFENSE.

01:13PM 18           THE COURT:  THANK YOU.

01:13PM 19   BY MR. BOSTIC:

01:13PM 20   Q.   DR. ZACHMAN, YOU HAVE A BINDER OF DOCUMENTS IN FRONT OF

01:13PM 21   YOU?

01:13PM 22   A.   YES.

01:13PM 23   Q.   AND CAN I ASK YOU, PLEASE, IN THAT BINDER TO TURN TO TAB

01:13PM 24   5410.  LET ME KNOW WHEN YOU'RE THERE.

01:13PM 25   A.   I'M THERE.

01:13PM   1      Q.   DO YOU RECOGNIZE THE DOCUMENT MARKED AS 5410?

01:13PM   2      A.   I DO.

01:13PM   3      Q.   AND WHAT IS THAT DOCUMENT?

01:13PM   4      A.   IT'S AN HCG QUANT WITH A VALUE OF 1005.

01:13PM   5      Q.   AND IS THIS A BLOOD TEST VALUE FOR A PARTICULAR PATIENT?

01:13PM   6      A.   YES.  SO THIS IS FOR BRITTANY GOULD.

01:13PM   7           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:13PM   8      ADMIT 5410, AND I UNDERSTAND THAT THE DEFENSE HAS STIPULATED.

01:13PM   9           MS. TREFZ:  THAT'S CORRECT, YOUR HONOR.

01:14PM  10           THE COURT:  ALL RIGHT.  IT'S ADMITTED.

01:14PM  11           (GOVERNMENT'S EXHIBIT 5410 WAS RECEIVED IN EVIDENCE.)

01:14PM  12           MR. BOSTIC:  MAY WE PUBLISH?

01:14PM  13           THE COURT:  YES.

01:14PM  14           MR. BOSTIC:  MS. HOLLIMAN, LET'S DISPLAY 5410,

01:14PM  15      PLEASE.  AND IF WE CAN ZOOM IN ON THE TOP HALF.

01:14PM  16      Q.   DR. ZACHMAN, CAN YOU JUST WALK US THROUGH WHAT WE'RE

01:14PM  17      LOOKING AT HERE?

01:14PM  18      A.   SURE.  SO THIS IS BRITTANY'S HCG VALUE DRAWN ON

01:14PM  19      SEPTEMBER 30TH OF 2014 BY QUEST DIAGNOSTICS.

01:14PM  20           IT'S SHOWING, AGAIN, THAT IT'S 1005, WHICH CONFIRMS A

01:14PM  21      POSITIVE PREGNANCY STATUS.

01:14PM  22      Q.   SORRY.  LET ME ASK FIRST, THE DATE OF THIS DRAW WAS

01:14PM  23      SEPTEMBER 30TH, 2014.

01:14PM  24           IS THAT WHAT IS INDICATED HERE?

01:14PM  25      A.   YES.

01:14PM   1    Q.   AND WHEN WAS THAT DATE IN RELATION TO YOUR FIRST VISIT

01:14PM   2    WHEN MS. GOULD CAME IN WITH THE INITIAL REPORT OF A PREGNANCY?

01:15PM   3    A.   I'M NOT CERTAIN.  I WOULD THINK THAT I WOULD HAVE HAD IT

01:15PM   4    DRAWN THE DAY OF OR AT LEAST ORDERED IT THAT DAY.

01:15PM   5    Q.   OKAY.  LET'S MOVE NEXT TO EXHIBIT 2044.

01:15PM   6         YOUR HONOR, I WOULD MOVE THIS ONE INTO EVIDENCE AS WELL.

01:15PM   7    IT'S ALSO SUBJECT TO STIPULATION.

01:15PM   8              MS. TREFZ:  THAT'S CORRECT, YOUR HONOR.

01:15PM   9              THE COURT:  ALL RIGHT.  IT'S ADMITTED.  IT MAY BE

01:15PM  10    PUBLISHED.  THANK YOU.

01:15PM  11         (GOVERNMENT'S EXHIBIT 2044 WAS RECEIVED IN EVIDENCE.)

01:15PM  12    BY MR. BOSTIC:

01:15PM  13    Q.   DR. ZACHMAN, DO YOU SEE EXHIBIT 2044 IN FRONT OF YOU?

01:15PM  14    A.   I DO.

01:15PM  15    Q.   WHAT IS EXHIBIT 2044, FIRST LOOKING AT PAGE 1?

01:15PM  16    A.   SO THIS IS ANOTHER QUANT VALUE DRAWN TWO DAYS LATER ON

01:15PM  17    OCTOBER 2ND SHOWING A VALUE OF 12,558.

01:15PM  18    Q.   FOR NOW WE'LL JUST GO THROUGH THE RESULTS AND THEN LATER

01:16PM  19    I'LL ASK YOU FOR WHAT THEY SIGNIFIED TO YOU?

01:16PM  20    A.   SURE.

01:16PM  21              THE COURT:  MR. BOSTIC, BEFORE WE GO FURTHER, I'D

01:16PM  22    ASK THAT THE PHONE NUMBER OF THE PATIENT BE REDACTED IF THAT'S,

01:16PM  23    IF THAT'S THERE.  THAT SHOULD BE REDACTED BEFORE IT'S ENTERED

01:16PM  24    INTO EVIDENCE, PLEASE.

01:16PM  25              MR. BOSTIC:  YOUR HONOR, I BELIEVE IT IS REDACTED ON

01:16PM  1   THE VERSION THAT IS DISPLAYING ON THE SCREEN RIGHT NOW, AND

01:16PM  2   WE'LL MAKE SURE THAT IT'S -- I DO SEE A PHONE NUMBER FOR THE

01:16PM  3   PRACTICE ITSELF.

01:16PM  4          THE COURT:  I SEE.

01:16PM  5          MR. BOSTIC:  THAT'S FOR THE PHYSICIAN.

01:16PM  6          THE COURT:  THAT'S FOR THE PHYSICIAN.

01:16PM  7          MR. BOSTIC:  THAT'S MY UNDERSTANDING.

01:16PM  8          THE COURT:  THANK YOU.

01:16PM  9          MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:16PM  10  Q.   DR. ZACHMAN, THE PREVIOUS LAB THAT WE LOOKED AT WAS FROM A

01:16PM  11  LAB CALLED SONORA QUEST; IS THAT CORRECT?

01:16PM  12  A.   YES.

01:16PM  13  Q.   AND WHAT LAB PROVIDED THE RESULT THAT WE'RE LOOKING AT

01:16PM  14  HERE?

01:16PM  15  A.   THERANOS.

01:16PM  16  Q.   AND AGAIN, THE DATE OF THIS LAB RESULT?

01:16PM  17  A.   THE SECOND OF OCTOBER.

01:16PM  18  Q.   OKAY.  AND, MS. HOLLIMAN, LET'S GO TO PAGE 2 OF

01:16PM  19  EXHIBIT 2044.  AGAIN, LET'S ZOOM IN ON THE TOP HALF.

01:17PM  20       DR. ZACHMAN, DO YOU SEE PAGE 2 OF EXHIBIT 2044?

01:17PM  21  A.   I DO.

01:17PM  22  Q.   AND WHAT ARE WE LOOKING AT HERE?

01:17PM  23  A.   ANOTHER QUANT VALUE DRAWN TWO DAYS LATER ON THE 4TH OF

01:17PM  24  OCTOBER 2014 FOR THE SAME PATIENT SHOWING THE RESULTS OF 125.58

01:17PM  25  ALSO DRAWN AT THERANOS?

01:17PM  1      Q.   LET'S MOVE NEXT TO EXHIBIT 3305.

01:17PM  2           YOUR HONOR, I WOULD ALSO MOVE THIS INTO EVIDENCE SUBJECT

01:17PM  3      TO STIPULATION?

01:17PM  4                MS. TREFZ:  NO OBJECTION.

01:17PM  5                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:17PM  6           (GOVERNMENT'S EXHIBIT 3305 WAS RECEIVED IN EVIDENCE.)

01:17PM  7                MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE

01:17PM  8      TOP HALF.

01:18PM  9      Q.   DR. ZACHMAN, ARE YOU LOOKING AT ANOTHER LAB TEST RESULT

01:18PM  10     FOR MS. GOULD?

01:18PM  11     A.   I AM.

01:18PM  12     Q.   AND WHAT WAS THE DATE OF THIS SAMPLE?

01:18PM  13     A.   THE 6TH OF OCTOBER, 2014.

01:18PM  14     Q.   SO TWO DAYS AFTER THE LAST SAMPLE THAT WE JUST LOOKED AT?

01:18PM  15     A.   CORRECT.

01:18PM  16     Q.   AND WHAT PROVIDER RAN THIS TEST?

01:18PM  17     A.   QUEST DIAGNOSTICS.

01:18PM  18     Q.   AND WHAT WAS THE HCG VALUE FOR MS. GOULD ON THIS DATE?

01:18PM  19     A.   9559.

01:18PM  20     Q.   OKAY.  THANK YOU.

01:18PM  21           FINALLY, LET'S LOOK AT EXHIBIT 5411, PLEASE, WHICH I WOULD

01:18PM  22     ALSO OFFER INTO EVIDENCE SUBJECT TO THE DEFENSE STIPULATION.

01:18PM  23                MS. TREFZ:  THAT'S CORRECT.

01:18PM  24                THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:18PM  25           (GOVERNMENT'S EXHIBIT 5411 WAS RECEIVED IN EVIDENCE.)

01:18PM 1    BY MR. BOSTIC:

01:18PM 2    Q.   DR. ZACHMAN, FINALLY, DO YOU SEE YET ANOTHER LAB RESULT

01:18PM 3    REPORT FOR YOUR PATIENT BRITTANY GOULD ON THE SCREEN?

01:18PM 4    A.   I DO.

01:18PM 5    Q.   AND WHAT WAS THE DATE WHEN THIS SAMPLE WAS DRAWN?

01:18PM 6    A.   THE 8TH OF OCTOBER.

01:18PM 7    Q.   TWO DAYS AFTER THE LAST DRAW?

01:19PM 8    A.   CORRECT.

01:19PM 9    Q.   AND WHAT WAS THE LAB PROVIDING THIS RESULT?

01:19PM 10   A.   QUEST DIAGNOSTICS.

01:19PM 11   Q.   IS THAT THE SAME THING AS SONORA QUEST?

01:19PM 12   A.   YES.

01:19PM 13   Q.   AND WHAT WAS THE HCG VALUE ON THIS DATE?

01:19PM 14   A.   17,716.

01:19PM 15   Q.   WE'LL CIRCLE BACK TO THOSE RESULTS IN A MOMENT.

01:19PM 16        FOR NOW LET ME ASK, WHAT WAS THE ULTIMATE OUTCOME OF

01:19PM 17   MS. GOULD'S PREGNANCY?

01:19PM 18   A.   SHE HAD A SUCCESSFUL VIABLE PREGNANCY.

01:19PM 19   Q.   SHE CARRIED HER BABY TO TERM AND THE BIRTH WAS SUCCESSFUL?

01:19PM 20   A.   YES.

01:19PM 21   Q.   GOOD.  I'D LIKE TO ASK YOU ABOUT CONCLUSIONS THAT YOU

01:19PM 22   REACHED BASED ON THE RESULTS THAT WE JUST LOOKED AT.

01:19PM 23        BUT FIRST LET ME ASK YOU A FEW MORE QUESTIONS ABOUT YOUR

01:19PM 24   BACKGROUND AND QUALIFICATIONS.

01:19PM 25   A.   SURE.

01:19PM  1     Q.   FIRST, CAN YOU SUMMARIZE FOR US YOUR EDUCATION BEGINNING

01:19PM  2     WITH COLLEGE, PLEASE?

01:19PM  3     A.   SURE.  I HAVE AN UNDERGRADUATE AS A BACHELOR OF NURSING

01:19PM  4     AND A GRADUATE DEGREE AS A DOCTOR OF NURSING PRACTICE IN

01:20PM  5     WOMEN'S HEALTH.

01:20PM  6     Q.   AND FROM WHERE DID YOU OBTAIN THOSE DEGREES?

01:20PM  7     A.   BOTH FROM ARIZONA STATE UNIVERSITY.

01:20PM  8     Q.   HOW ABOUT YOUR PROFESSIONAL EXPERIENCE FOLLOWING YOUR

01:20PM  9     EDUCATION?  CAN YOU GIVE US AN OVERVIEW OF THAT?

01:20PM  10    A.   SURE.  SO ONCE I GRADUATED FROM MY UNDERGRADUATE I BECAME

01:20PM  11    A NURSE, A REGISTERED NURSE WORKING IN LABOR AND DELIVERY AND

01:20PM  12    ANTEPARTUM AND POSTPARTUM OBSTETRICAL UNITS IN THE HOSPITAL.

01:20PM  13         AND THEN I WENT BACK TO SCHOOL AND GRADUATED WITH MY

01:20PM  14    DOCTORATE AND HAVE BEEN WORKING AS A NURSE PRACTITIONER AT

01:20PM  15    SOUTHWEST CONTEMPORARY WOMEN'S CARE SINCE THEN.

01:20PM  16    Q.   DO YOU HOLD ANY PROFESSIONAL LICENSES?

01:20PM  17    A.   I DO.  YOU HAVE TO STAY UP TO DATE ON YOUR RN AND YOUR NP

01:20PM  18    LICENSE, AND THAT REQUIRES CONTINUING EDUCATION AND HANDS-ON

01:21PM  19    PATIENT CARE AND RENEWAL OF LICENSURE.

01:21PM  20    Q.   AND HAVE YOU COMPLIED WITH THOSE RENEWAL REQUIREMENTS OVER

01:21PM  21    THE YEARS?

01:21PM  22    A.   YES.

01:21PM  23    Q.   AND ARE YOUR LICENSES CURRENTLY ACTIVE?

01:21PM  24    A.   YES.

01:21PM  25    Q.   IN THE COURSE OF YOUR EDUCATION THAT YOU JUST SUMMARIZED,

01:21PM  1    DID YOU LEARN ABOUT HCG?

01:21PM  2    A.   YES.

01:21PM  3    Q.   AND WHAT IS HCG?

01:21PM  4    A.   IT'S A HORMONE THAT IS PRODUCED IN EARLY PREGNANCY SHOWING

01:21PM  5    A POSITIVE PREGNANCY STATUS AND CAN HELP TO DETERMINE THE

01:21PM  6    OUTCOME OF A PREGNANCY.

01:21PM  7    Q.   SINCE GRADUATING IN YOUR MEDICAL PRACTICE, HAVE YOU HAD

01:21PM  8    EXPERIENCE WITH HCG TESTS AND INTERPRETING THE RESULTS OF THOSE

01:21PM  9    TESTS?

01:21PM  10   A.   YES.

01:21PM  11   Q.   AND CAN YOU DESCRIBE THAT EXPERIENCE?  HOW FREQUENTLY HAVE

01:21PM  12   YOU WORKED WITH HCG TESTS, FOR EXAMPLE?

01:21PM  13   A.   SO IT'S A VERY COMMON TEST TO ORDER IN PREGNANCY,

01:22PM  14   CERTAINLY MORE COMMON TO ORDER, LIKE I WAS SAYING, IN A PATIENT

01:22PM  15   WHO HAS A HISTORY OF PREGNANCY LOSS OR WHERE WE HAVE CONCERN OF

01:22PM  16   HOW THE PREGNANCY IS GOING.

01:22PM  17       I WOULD SAY THAT I HAVE LOOKED AT THOUSANDS OVER THE

01:22PM  18   YEARS.

01:22PM  19   Q.   AND HOW DO YOU ARRIVE AT THAT NUMBER?  HOW DO YOU ESTIMATE

01:22PM  20   THE QUANTITY OF HCG RESULTS THAT YOU'VE REVIEWED?

01:22PM  21   A.   I HAVE SEEN, YOU KNOW, 20 PATIENTS ON AVERAGE A DAY

01:22PM  22   WORKING FOR THE PAST 8 YEARS.  LET'S SAY HALF OF THEM ARE

01:22PM  23   PREGNANT.  AND THAT IN MY PRACTICE SPECIFICALLY THAT CAN --

01:22PM  24   EARLY PREGNANCIES COME TO THE NURSE PRACTITIONERS OFTEN AND THE

01:22PM  25   LEADER IN PREGNANCY, THE PHYSICIANS SEE THEM PRIOR TO DELIVERY.

01:22PM  1          SO IF I'M GUESSTIMATING THE MATH ON THAT.

01:22PM  2     Q.   AND YOU ESTIMATED THAT THE TOTAL NUMBER OF HCG RESULTS

01:23PM  3     THAT YOU'VE REVIEWED IN YOUR PRACTICE HAS BEEN IN THE

01:23PM  4     THOUSANDS?

01:23PM  5     A.   I WOULD SAY SO.

01:23PM  6          MR. BOSTIC:  YOUR HONOR, AT THIS TIME THE GOVERNMENT

01:23PM  7     WOULD OFFER DR. ZACHMAN TO GIVE EXPERT TESTIMONY IN THE AREA OF

01:23PM  8     INTERPRETING HUMAN HCG TEST RESULTS.

01:23PM  9          MS. TREFZ:  NO OBJECTION, YOUR HONOR.

01:23PM 10          THE COURT:  ALL RIGHT.  THANK YOU.

01:23PM 11          LADIES AND GENTLEMEN, SOME WITNESSES BECAUSE OF EDUCATION

01:23PM 12     OR EXPERIENCE ARE PERMITTED TO STATE OPINIONS AND THE REASONS

01:23PM 13     FOR THOSE OPINIONS.

01:23PM 14          THIS TESTIMONY SHOULD BE JUDGED LIKE ANY OTHER TESTIMONY,

01:23PM 15     YOU MAY ACCEPT IT OR REJECT IT, AND GIVE IT AS MUCH WEIGHT AS

01:23PM 16     YOU THINK IT DESERVES CONSIDERING THE WITNESS'S EDUCATION AND

01:23PM 17     EXPERIENCES, THE REASONS GIVEN FOR THE OPINION, AND ALL OF THE

01:23PM 18     OTHER EVIDENCE IN THE CASE.

01:23PM 19          YOU WILL RECEIVE A FINAL INSTRUCTION ALSO AS TO HOW YOU

01:23PM 20     MAY CONSIDER THIS EVIDENCE.

01:23PM 21          SO THIS WITNESS MAY BE PERMITTED TO TESTIFY AS AN EXPERT

01:23PM 22     ON THESE ISSUES.

01:23PM 23          MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:23PM 24     Q.   DR. ZACHMAN, YOU TESTIFIED THAT HCG LEVELS WERE RELEVANT

01:23PM 25     TO PREGNANCY STATUS; IS THAT CORRECT?

01:24PM  1    A.   THAT'S CORRECT.

01:24PM  2    Q.   AND CAN YOU EXPLAIN FOR US HOW THAT'S THE CASE AND WHAT

01:24PM  3    LEVELS YOU EXPECT TO SEE IN A HEALTHY PREGNANCY?

01:24PM  4    A.   SURE.  SO YOU ANTICIPATE TO SEE HCG VALUES DOUBLE EVERY 48

01:24PM  5    TYPICALLY BUT CAN BE UP TO EVERY 72 HOURS IN EARLY PREGNANCY.

01:24PM  6    Q.   AND AS PART OF YOUR PRACTICE DO YOU FREQUENTLY ORDER A

01:24PM  7    SERIES OF HCG TESTS TO TRACK THAT TREND?

01:24PM  8    A.   YES.  A SINGLE VALUE DOESN'T HOLD A LOT OF WEIGHT TO US

01:24PM  9    TYPICALLY.  IT'S MORE THE TREND THAT WE SEE OVER TWO, THREE,

01:24PM  10   MAYBE FOUR DRAWS.

01:24PM  11   Q.   ONE MOMENT AGAIN, YOUR HONOR.

01:25PM  12        MAY I APPROACH, YOUR HONOR?

01:25PM  13             THE COURT:  YES.

01:25PM  14             MR. BOSTIC:  (HANDING.)

01:25PM  15             THE WITNESS:  THANK YOU.

01:25PM  16   BY MR. BOSTIC:

01:25PM  17   Q.   DR. ZACHMAN, I'VE JUST HANDED YOU A DEMONSTRATIVE EXHIBIT.

01:25PM  18   I'LL ASK YOU TO TAKE A LOOK AT IT AND LET ME KNOW IF THE

01:25PM  19   EXHIBIT THAT I'VE HANDED TO YOU CORRECTLY SUMMARIZES THE TEST

01:25PM  20   VALUES THAT WE JUST LOOKED AT FOR BRITTANY GOULD?

01:25PM  21   A.   YES.

01:25PM  22             MR. BOSTIC:  OKAY.  YOUR HONOR, MAY WE PUBLISH THIS

01:25PM  23   DEMONSTRATIVE UNDER RULE 611?

01:25PM  24             MS. TREFZ:  NO OBJECTION.

01:25PM  25             THE COURT:  IT MAY BE PUBLISHED.  THANK YOU.

01:26PM  1    BY MR. BOSTIC:

01:26PM  2    Q.   DR. ZACHMAN, DO YOU SEE THE LISTING IN FRONT OF YOU

01:26PM  3    BRITTANY GOULD'S HCG VALUES?

01:26PM  4    A.   I DO.

01:26PM  5    Q.   AND CAN YOU GO THROUGH THESE ONE BY ONE AND TELL ME WHAT

01:26PM  6    SIGNIFICANCE THEY HELD FOR YOU AS A PRACTITIONER AT THE TIME?

01:26PM  7         LET'S START WITH THE SEPTEMBER 30TH, 2014, RESULT.  FIRST

01:26PM  8    OF ALL, WHAT DID THAT VALUE OF 1005 TELL YOU ABOUT THE

01:26PM  9    PREGNANCY STATUS ON THAT DATE?

01:26PM  10   A.   MERELY THAT SHE IS PREGNANT.

01:26PM  11   Q.   AND WHAT VALUE WOULD YOU EXPECT TO SEE HAD MS. GOULD NOT

01:26PM  12   BEEN PREGNANT ON THAT DATE?

01:26PM  13   A.   LESS THAN 5.

01:26PM  14   Q.   AT THAT TIME DID YOU MAKE A DECISION TO KEEP HAVING

01:26PM  15   MS. GOULD GET HCG TESTS?

01:26PM  16   A.   YES.

01:26PM  17   Q.   AND WHY DID YOU MAKE THAT DECISION?

01:26PM  18   A.   TO FOLLOW THE TREND OF THE HCG'S TO CONFIRM THAT IT WAS

01:26PM  19   MOVING IN A DIRECTION OF A VIABLE PREGNANCY.

01:26PM  20   Q.   DID YOU DECIDE WHERE MS. GOULD WENT FOR HER HCG TESTS, IN

01:27PM  21   OTHER WORDS, WHETHER SHE WENT TO SONORA QUEST OR TO THERANOS?

01:27PM  22   A.   I ENCOURAGED HER TO GO TO THERANOS.

01:27PM  23   Q.   AND WHY WAS THAT?

01:27PM  24   A.   UM, IT WAS CONVENIENT AND FOR SOMEBODY WHO IS BEING DRAWN

01:27PM  25   REPEATEDLY, IF IT WAS AN OPPORTUNITY TO BE LESS INVASIVE, THAT

ZACHMAN DIRECT BY MR. BOSTIC

01:27PM   1    WAS ENTICING.

01:27PM   2    Q.   LET'S LOOK AT THAT FIRST THERANOS RESULT THEN.  THIS IS

01:27PM   3    OCTOBER 2ND, 2014; IS THAT CORRECT?

01:27PM   4    A.   YES.

01:27PM   5    Q.   AND SO TWO DAYS AFTER THE SEPTEMBER 30TH DRAW.

01:27PM   6         AND THE RESULT ON THAT DATE WAS 12,558 FOR HCG; IS THAT

01:27PM   7    RIGHT?

01:27PM   8    A.   YES.

01:27PM   9    Q.   AND WHAT WAS THE SIGNIFICANCE OF THAT VALUE TO YOU AT THE

01:27PM   10   TIME?

01:27PM   11   A.   THAT IS MUCH HIGHER THAN I WOULD ANTICIPATE IN A ROUTINE

01:27PM   12   PREGNANCY.

01:27PM   13   Q.   AND YOU TESTIFIED BEFORE THAT YOU WOULD EXPECT IN A

01:28PM   14   HEALTHY PREGNANCY HCG VALUES TO DOUBLE EVERY 48 HOURS?

01:28PM   15   A.   THAT'S CORRECT.

01:28PM   16   Q.   AND SO WHAT VALUE WOULD YOU EXPECT TO SEE?

01:28PM   17   A.   MAYBE 25,000 OR 2500 DEPENDING ON THE TIME OF DAY SHE WAS

01:28PM   18   DRAWN.

01:28PM   19   Q.   LET'S MOVE TO THE SECOND THERANOS RESULT.  THAT'S ON

01:28PM   20   OCTOBER 4TH, 2014; CORRECT?

01:28PM   21   A.   YES.

01:28PM   22   Q.   AND WHAT WAS THE VALUE FOR MS. GOULD'S HCG ON THAT DATE

01:28PM   23   ACCORDING TO THERANOS?

01:28PM   24   A.   125.

01:28PM   25   Q.   AND WHAT DID THAT RESULT MEAN TO YOU WHEN YOU FIRST

01:28PM  1    RECEIVED IT?

01:28PM  2    A.   SO THAT IS A SIGNIFICANT DROP FROM THE PRIOR RESULT WHICH

01:28PM  3    WOULD BE VERY CONCERNING TO THE PREGNANCY.  IT WOULD INDICATE A

01:28PM  4    THREATENED ABORTION OR POTENTIALLY A COMPLETE LOSS OF THE

01:28PM  5    PREGNANCY.

01:28PM  6    Q.   AND IS THAT TRUE EVEN THOUGH -- I NOTE THAT THIS VALUE IS

01:28PM  7    STILL ABOVE 25.  SO CAN YOU TELL US MORE ABOUT THAT?  WHY WOULD

01:29PM  8    THIS NUMBER BE A RED FLAG FOR YOU?

01:29PM  9    A.   YES.  SO WHEN WE, WHEN WE SEE A NUMBER -- AN HCG THAT HAS

01:29PM  10   SUCH A SIGNIFICANT DROP THEN WE SEE THAT ONLY IN LOSSES, ONLY

01:29PM  11   IN PREGNANCY LOSSES.

01:29PM  12        BEING THAT IT IS SO LOW, IT WOULD -- AND THAT IT DIDN'T

01:29PM  13   JUST GO DOWN BY A FEW VALUES, IT WOULD SUGGEST THAT THE BODY

01:29PM  14   HAS ALREADY STARTED TO ELIMINATE SOME OF THE HORMONE THEN.

01:29PM  15   Q.   JUST TO BE CLEAR, IN YOUR EXPERIENCE OF TREATING PATIENTS

01:29PM  16   AND HCG RESULTS, HAVE YOU EVER SEEN THIS KIND OF DROP IN

01:29PM  17   CONNECTION WITH A HEALTHY OR VIABLE PREGNANCY?

01:29PM  18   A.   NO.

01:29PM  19   Q.   ANYTHING CLOSE TO THIS KIND OF DROP IN A HEALTHY OR VIABLE

01:29PM  20   PREGNANCY?

01:29PM  21   A.   NO.

01:29PM  22   Q.   WHEN YOU RECEIVED THIS RESULT -- WELL, LET ME ASK, DID YOU

01:30PM  23   RECEIVE THIS TEST RESULT ON APPROXIMATELY OCTOBER 4TH, 2014?

01:30PM  24   A.   I BELIEVE I DID, ALTHOUGH I DON'T REMEMBER.

01:30PM  25   Q.   AND DO YOU REMEMBER WHAT ACTION YOU TOOK, IF ANY, WHEN YOU

01:30PM 1    FIRST RECEIVED THIS RESULT?

01:30PM 2    A.   I REMEMBER COMMUNICATING TO BRITTANY THAT IT WAS LOOKING

01:30PM 3    AS THOUGH THIS WAS A NONVIABLE PREGNANCY, WHICH WOULD MAKE IT

01:30PM 4    HER FOURTH LOSS, AND I WAS WANTING TO REACH OUT TO HER TO SEE

01:30PM 5    IF SHE HAD ALREADY EXPERIENCED EVIDENCE OF A LOSS OF PREGNANCY.

01:30PM 6    Q.   AND WHAT INFORMATION DID YOU GET BACK FROM MS. GOULD IN

01:30PM 7    RESPONSE TO THAT QUESTION?

01:30PM 8    A.   THAT, NO, SHE HADN'T EXPERIENCED ANY SYMPTOMS OF A LOSS OF

01:30PM 9    PREGNANCY; THAT THERE WAS NO MEDICAL INTERVENTION THAT NEEDED

01:30PM 10   TO TAKE PLACE FOR HER WELL BEING; AND SURPRISE, SADNESS.

01:31PM 11   Q.   DID YOU MAKE A DECISION AT THAT POINT TO CONTINUE WITH

01:31PM 12   PERIODIC HCG TESTING?

01:31PM 13   A.   YES.   IN PREGNANCY LOSSES WE NEED TO CONFIRM THAT ALL OF

01:31PM 14   THE PREGNANCY TISSUE HAS BEEN ELIMINATED FROM THE BODY, SO WE

01:31PM 15   FOLLOW THE HCG'S BACK DOWN TO LESS THAN 5.

01:31PM 16   Q.   AND IS THAT WHAT YOU WERE EXPECTING TO SEE IN THOSE

01:31PM 17   CONTINUED HCG TESTS?

01:31PM 18   A.   YES.

01:31PM 19   Q.   THE NEXT TEST FOR MS. GOULD WAS ON OCTOBER 6TH, 2014; IS

01:31PM 20   THAT CORRECT?

01:31PM 21   A.   CORRECT.

01:31PM 22   Q.   AND THE TEST WAS PERFORMED BY WHICH LAB?

01:31PM 23   A.   SONORA.

01:31PM 24   Q.   AND WHAT WAS THE HCG VALUE ON THAT DATE?

01:31PM 25   A.   9559.

01:31PM 1   Q.   IS THIS WHAT YOU WERE EXPECTING TO SEE BASED ON THE

01:31PM 2   THERANOS RESULTS?

01:31PM 3   A.   NO.

01:31PM 4   Q.   AND EXPLAIN WHY NOT?

01:31PM 5   A.   THERE ISN'T A MEDICAL EXPLANATION IN A PREGNANCY LOSS FOR

01:32PM 6   THE VALUE TO GO FROM THE HUNDREDS WAY BACK INTO THE THOUSANDS

01:32PM 7   OR TO GO UP AT ALL REALLY.

01:32PM 8   Q.   THE FOLLOWING RESULT WAS ANOTHER TWO DAYS LATER; IS THAT

01:32PM 9   CORRECT?

01:32PM 10   A.   THAT'S CORRECT.

01:32PM 11   Q.   ON OCTOBER 8TH, 2014, DID SONORA QUEST PROVIDE ANOTHER HCG

01:32PM 12   VALUE FOR MS. GOULD?

01:32PM 13   A.   THEY DID.

01:32PM 14   Q.   AND WHAT WAS THAT VALUE?

01:32PM 15   A.   17,716.

01:32PM 16   Q.   AND LOOKING AT THOSE LAST TWO SONORA QUEST VALUES, WHAT

01:32PM 17   DID THEY SIGNAL TO YOU AS A MEDICAL PROFESSIONAL?

01:32PM 18   A.   SO THAT'S A MERE DOUBLE WITHIN 48 HOURS SUGGESTING THAT

01:32PM 19   THE PREGNANCY IS MOVING IN A VIABLE WAY.

01:32PM 20   Q.   AND I THINK YOU TESTIFIED EARLIER THAT WE KNOW THIS STORY

01:32PM 21   HAS A HAPPY ENDING AND MS. GOULD CARRIED HER PREGNANCY TO TERM?

01:32PM 22   A.   YES.

01:32PM 23   Q.   AND BASED ON THAT INFORMATION, DID YOU REACH A CONCLUSION

01:32PM 24   ABOUT THE ACCURACY OF THE THERANOS TEST RESULTS?

01:33PM 25   A.   I FELT VERY UNCERTAIN OF THE VALIDITY OF THE RESULTS AND

01:33PM 1   FELT UNCOMFORTABLE AS A PROVIDER CONTINUING TO HAVE MY PATIENTS

01:33PM 2   DRAWN THERE.

01:33PM 3   Q.   LET'S LOOK FIRST AT THAT SECOND RESULT, THE 125.58.

01:33PM 4        DO YOU SEE THAT?

01:33PM 5   A.   YES.

01:33PM 6   Q.   TELL US ABOUT WHETHER YOUR VIEW OF WHETHER THAT VALUE

01:33PM 7   COULD HAVE MATCHED THE TRUE VALUE OF HCG IN MS. GOULD AT THAT

01:33PM 8   TIME?

01:33PM 9   A.   I DO NOT FEEL THAT THAT'S -- THAT THERE'S A CLINICAL

01:33PM 10  EXPLANATION FOR WHY SHE WOULD HAVE A VALUE IN THE HUNDREDS WHEN

01:33PM 11  IT IS RISING APPROPRIATELY OTHERWISE.

01:33PM 12  Q.   AND AGAIN, WHY IS THAT?

01:33PM 13  A.   WELL, RETROSPECTIVELY WE KNOW THAT SHE DID HAVE A VERY

01:34PM 14  SUCCESSFUL PREGNANCY.  AND SEEING THAT THE FIRST VALUE

01:34PM 15  CONFIRMED THAT SHE WAS PREGNANT, AND THE FOURTH AND FIFTH

01:34PM 16  VALUES ROSE APPROPRIATELY, WE WOULD ANTICIPATE TO SEE THE

01:34PM 17  SECOND AND THIRD VALUES SITTING IN AS DOUBLING BETWEEN THERE.

01:34PM 18  Q.   AND IGNORING THAT SECOND THERANOS VALUE?

01:34PM 19  A.   UH-HUH.

01:34PM 20  Q.   SO PUTTING ASIDE THE 125?

01:34PM 21  A.   UH-HUH.

01:34PM 22  Q.   WHAT CONCLUSIONS, IF ANY, WOULD YOU DRAW FROM A DROP FROM

01:34PM 23  ABOUT 12,000 DOWN TO 9,000 OVER FOUR DAYS?

01:34PM 24  A.   YEAH, THE SAME.  THAT'S SUSPICIOUS FOR A PREGNANCY LOSS.

01:34PM 25  Q.   AND WOULD THAT BE A SIMILAR RED FLAG IN YOUR VIEW?

01:34PM  1    A.   YES.  YEAH.

01:34PM  2    Q.   WE'LL PUT THAT ASIDE FOR NOW.

01:35PM  3         ACTUALLY, I'M SORRY.  ONE MORE QUESTION ON THESE RESULTS.

01:35PM  4         IF YOU PUT ASIDE BOTH THERANOS RESULTS, SO THE 12,500 AND

01:35PM  5    THE 125, DO THE SONORA QUEST RESULTS MAKE SENSE AS A WHOLE

01:35PM  6    BASED ON YOUR UNDERSTANDING OF HOW THESE LEVELS WORK?

01:35PM  7    A.   THEY DO.

01:35PM  8    Q.   AND COULD YOU EXPLAIN THAT?

01:35PM  9    A.   YES.

01:35PM  10        SO IF SHE HAD BEEN ON VACATION AND WASN'T DRAWN ON THE

01:35PM  11   SECOND AND THE FOURTH, THEN WE ONLY HAVE THE FOURTH AND FIFTH,

01:35PM  12   THE SONORA QUEST VALUES, TO LOOK AT AT THE TIME, WE WOULD BE

01:35PM  13   EXPECTING HER TO GO FROM A THOUSAND TO 2,000 OR 2500 TO ABOUT

01:36PM  14   4000, 5,000, TO 9,000 TO 17,000.  SO IT FITS THE PICTURE WELL

01:36PM  15   FOR A VIABLE PREGNANCY.

01:36PM  16   Q.   THE SONORA QUEST RESULTS DO?

01:36PM  17   A.   CORRECT.

01:36PM  18   Q.   AND DID THAT GIVE YOU REASON TO DOUBT BOTH OF THE THERANOS

01:36PM  19   TEST RESULTS IN THIS CASE?

01:36PM  20   A.   YES.

01:36PM  21   Q.   YOU TESTIFIED EARLIER ABOUT THE NUMBER OF HCG RESULTS YOU

01:36PM  22   HAVE REVIEWED DURING YOUR CAREER?

01:36PM  23   A.   UH-HUH.

01:36PM  24   Q.   IN THE COURSE OF YOUR EXPERIENCE REVIEWING THOSE THOUSANDS

01:36PM  25   OF HCG RESULTS, HAVE YOU EVER ENCOUNTERED AN ISSUE LIKE THIS

01:36PM  1    BEFORE REGARDING TEST ACCURACY?

01:36PM  2    A.   I HAVEN'T.

01:36PM  3              MS. TREFZ:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

01:36PM  4    FOUNDATION.

01:36PM  5              THE COURT:  I THINK THAT WAS ASKED AND ANSWERED

01:36PM  6    ACTUALLY.  I THINK SHE TESTIFIED ABOUT THAT.  SO I'LL STRIKE

01:36PM  7    THIS LAST ANSWER, LADIES AND GENTLEMEN.

01:36PM  8         YOU CAN ASK ANOTHER QUESTION.

01:36PM  9              MR. BOSTIC:  I'M HAPPY TO LAY SOME ADDITIONAL

01:37PM 10    FOUNDATION, YOUR HONOR.

01:37PM 11              THE COURT:  SURE.

01:37PM 12    BY MR. BOSTIC:

01:37PM 13    Q.   DR. ZACHMAN, WHAT MAKES YOU SURE THAT IN YOUR EXPERIENCE

01:37PM 14    THIS IS THE ONLY ISSUE LIKE THIS THAT YOU HAVE ENCOUNTERED?

01:37PM 15    HOW CAN YOU KNOW?

01:37PM 16    A.   THIS CIRCUMSTANCE WAS VERY IMPACTFUL TO ME AS IT STOOD OUT

01:37PM 17    AS SUCH A RED FLAG FOR THE PREGNANCY THAT I HAVE SEEN, OF

01:37PM 18    COURSE MANY PREGNANCY LOSSES OR SUCCESSFUL PREGNANCIES OR

01:37PM 19    ANYTHING IN BETWEEN, BUT IN THOSE CASES THE HCG HAVE ALWAYS

01:37PM 20    FALLEN WHERE WE ANTICIPATE THEM TO.

01:37PM 21    Q.   DO YOU THINK YOU WOULD HAVE REMEMBERED HAD YOU ENCOUNTERED

01:37PM 22    ANOTHER RED FLAG DISCREPANCY LIKE THE ONE WE HAVE BEEN TALKING

01:37PM 23    ABOUT?

01:37PM 24    A.   I THINK THAT I WOULD.

01:37PM 25    Q.   LET'S ASK YOU, DR. ZACHMAN, DO YOU HAVE EXHIBIT 4242 IN

01:38PM  1    THE BINDER IN FRONT OF YOU?

01:38PM  2    A.  I DO.

01:38PM  3    Q.  TAKE A LOOK AT THAT, AND I'LL ASK YOU TO NOTE THE DATE IN

01:38PM  4    THE BOTTOM RIGHT HAND OF THE PAGE.  I'LL ASK YOU IF YOU

01:38PM  5    RECOGNIZE WHAT THAT DOCUMENTS IS?

01:38PM  6    A.  IT'S A CORRECTED AND IN PARENTHESIS A CORRECTED HCG

01:38PM  7    RESULTS FROM 12-8 -- I'M SORRY, 10-8-2014.

01:38PM  8    Q.  AND FROM WHICH LAB IS THIS RESULT?

01:38PM  9    A.  FROM THERANOS.

01:38PM  10        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:38PM  11   ADMIT EXHIBIT 4242.

01:38PM  12        MS. TREFZ:  NO OBJECTION.

01:38PM  13        THE COURT:  I THINK BEFORE IT'S PUBLISHED, THIS

01:38PM  14   DOES -- AT LEAST THE COPY I HAVE IS NOT REDACTED.  IS THE

01:39PM  15   PUBLIC COPY REDACTED?

01:39PM  16        MR. BOSTIC:  YES, YOUR HONOR.  IT'S MY UNDERSTANDING

01:39PM  17   THE COPY WE'LL PROJECT DOES HAVE THE PHONE NUMBER AND THE EMAIL

01:39PM  18   ADDRESS AND DATE OF BIRTH REDACTED.

01:39PM  19        THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE

01:39PM  20   PUBLISHED.

01:39PM  21   (GOVERNMENT'S EXHIBIT 4242 WAS RECEIVED IN EVIDENCE.)

01:39PM  22        MR. BOSTIC:  THANK YOU, YOUR HONOR.

01:39PM  23   Q.  DR. ZACHMAN, ARE YOU SEEING THAT LAB REPORT IN FRONT OF

01:39PM  24   YOU?

01:39PM  25   A.  I DO.

01:39PM   1    Q.   AT THE TOP RIGHT OF THE PAGE THERE'S A DATE SHOWING WHEN

01:39PM   2    THIS SAMPLE WAS TAKEN; IS THAT CORRECT?

01:39PM   3    A.   CORRECT.

01:39PM   4    Q.   AND WHAT DATE IS THAT?

01:39PM   5    A.   THE 4TH OF OCTOBER.

01:39PM   6    Q.   AND DO YOU RECALL THAT THAT'S THE DATE -- OR LET ME ASK,

01:39PM   7    WHAT WAS THE ORIGINAL HCG VALUE REPORTED BY THERANOS ON THAT

01:39PM   8    DATE, OCTOBER 4TH?

01:39PM   9    A.   I THINK IT WAS 12,000.  I HAVE IT HERE.  I'M SORRY, THAT

01:39PM   10   WAS THE 125.58.

01:39PM   11   Q.   OKAY.  THE VALUE ON THIS VERSION SAYS 12,558; IS THAT

01:40PM   12   CORRECT?

01:40PM   13   A.   CORRECT.

01:40PM   14   Q.   AND SO THAT'S A DIFFERENT VALUE NOW BEING REPORTED?

01:40PM   15   A.   CORRECT.

01:40PM   16   Q.   MS. HOLLIMAN, LET'S ZOOM OUT AND ZOOM IN ON THE BOTTOM

01:40PM   17   RIGHT CORNER OF THIS PAGE.

01:40PM   18        DR. ZACHMAN, DO YOU SEE A REPORT DATE INDICATED HERE?

01:40PM   19   A.   I DO.

01:40PM   20   Q.   AND WHAT IS THAT DATE INDICATED?

01:40PM   21   A.   THE 8TH --

01:40PM   22   Q.   OKAY.

01:40PM   23   A.   -- OF OCTOBER.

01:40PM   24   Q.   AND SO THIS WOULD HAVE BEEN SEVERAL DAYS AFTER THE

01:40PM   25   ORIGINAL DRAW HAPPENED?

01:40PM    1    A.   CORRECT.

01:40PM    2    Q.   DO YOU RECALL GETTING A CORRECTED VALUE FROM THERANOS FOR

01:40PM    3    THIS HCG RESULT?

01:40PM    4    A.   I REMEMBER THERE BEING CONVERSATION ABOUT CORRECTING THE

01:40PM    5    REPORT WHEN I VOICED CONCERN ABOUT IT, BUT I REMEMBER NOT

01:40PM    6    GAINING A LOT OF TRUST BACK AFTER THAT.

01:40PM    7    Q.   OKAY.  I'LL ASK YOU A FEW MORE QUESTIONS ABOUT THAT IN A

01:41PM    8    MOMENT.

01:41PM    9         FOR NOW, LET'S LOOK BRIEFLY AT THE DEMONSTRATIVE AGAIN.

01:41PM   10    I'LL ASK YOU A FINAL QUESTION ABOUT THIS, WHICH IS IF WE LOOK

01:41PM   11    AT THAT OCTOBER 4TH, 2014, RESULT AND REPLACE IT WITH 12,558 AS

01:41PM   12    REPORTED IN THE CORRECTED LAB REPORT --

01:41PM   13    A.   UH-HUH.

01:41PM   14    Q.   -- FIRST OF ALL, WHAT DO YOU NOTE ABOUT THAT NUMBER AS

01:41PM   15    COMPARED TO THE OCTOBER 2ND, 2014 RESULT?

01:41PM   16    A.   IN THIS VERSION I NOTE THAT THERE'S A DECIMAL POINT, WHICH

01:41PM   17    IS ODD FOR HCG QUANTS, THEY'RE NOT USUALLY REPORTED TO THAT

01:41PM   18    EXTENT.

01:41PM   19         AND THEN IN THE CORRECTED VERSION I NOTE THAT THEY'RE THE

01:41PM   20    SAME NUMBER.

01:41PM   21    Q.   AND THE EXACT SAME NUMBER?

01:41PM   22    A.   EXACT SAME.

01:42PM   23    Q.   AND WOULD THAT BE UNUSUAL BASED ON YOUR EXPERIENCE AS A

01:42PM   24    MEDICAL PROFESSIONAL?

01:42PM   25    A.   YES, PARTICULARLY IN A VIABLE PREGNANCY.

ZACHMAN DIRECT BY MR. BOSTIC

01:42PM 1    Q.   AND WHAT, IF ANYTHING, WOULD THAT INDICATE TO YOU IF HCG

01:42PM 2    LEVELS STAYED EXACTLY THE SAME OVER THAT TWO DAY PERIOD?

01:42PM 3    A.   NOTHING REASSURING.  SOMETIMES WE SEE THAT IN ECTOPIC

01:42PM 4    PREGNANCY BUT NOT WITH VALUES THIS HIGH.  IT WOULD STILL MAKE

01:42PM 5    ME QUESTION WHAT IS GOING ON IN HER PREGNANCY.

01:42PM 6    Q.   SO EVEN REPLACING THIS VALUE, THE 125, WITH THE CORRECTED

01:42PM 7    VALUE, YOU WOULD STILL VIEW THAT AS A SIGN OF TROUBLE WITH THE

01:42PM 8    PREGNANCY?

01:42PM 9    A.   YES.

01:42PM 10   Q.   THANK YOU FOR THAT.  I'LL NOW JUST ASK YOU SOME ADDITIONAL

01:42PM 11   FACTUAL QUESTIONS ABOUT YOUR EXPERIENCE WITH THE COMPANY.

01:43PM 12   A.   OKAY.

01:43PM 13   Q.   WERE YOU IN CONTACT WITH ANYONE AT THERANOS FOLLOWING THE

01:43PM 14   RECEIPTS OF THESE RESULTS?

01:43PM 15   A.   YES.  I CALLED TO FILE A COMPLAINT OR TO BRING INTO

01:43PM 16   QUESTION THE VALUES THAT I HAVE BEEN GIVEN ON BRITTANY.

01:43PM 17   Q.   AND DO YOU REMEMBER ANYTHING ABOUT THAT CONVERSATION?

01:43PM 18   A.   I REMEMBER THAT I CALLED AND MAYBE SPOKE TO SOMEONE MAYBE

01:43PM 19   IN HR WAS THE FEELING THAT I GOT AND THAT THEY WOULD GET BACK

01:43PM 20   TO ME, AND THEN THERE WAS SOME EMAIL CORRESPONDENCE SHORTLY

01:43PM 21   THEREAFTER TO EXPLAIN WHERE THE ERROR WAS.

01:43PM 22   Q.   I'LL ASK YOU TO LOOK IN YOUR BINDER, PLEASE, AT

01:43PM 23   EXHIBIT 8154.

01:44PM 24        DO YOU HAVE EXHIBIT 8154 BEFORE YOU?

01:44PM 25   A.   I DO.

01:44PM   1    Q.   AND IS THIS AN EMAIL CHAIN BETWEEN PEOPLE AT THE THERANOS

01:44PM   2    COMPANY?

01:44PM   3    A.   IT APPEARS TO BE, YES.

01:44PM   4    Q.   AND YOU DIDN'T HAVE ACCESS TO THIS EMAIL DURING THE

01:44PM   5    RELEVANT TIME PERIOD, DID YOU?

01:44PM   6    A.   NO.

01:44PM   7         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES

01:44PM   8    EXHIBIT 8154 INTO EVIDENCE.  I BELIEVE PREVIOUS WITNESSES HAVE

01:44PM   9    LAID THE FOUNDATION FOR THIS.

01:44PM  10         MS. TREFZ:  OBJECTION.  HEARSAY.  PREVIOUS WITNESSES

01:44PM  11    HAVE NOT LAID THE FOUNDATION.  THIS WITNESS CANNOT LAY THE

01:44PM  12    FOUNDATION, AND WE HAVE NOT HEARD ANY TESTIMONY BY BASICALLY

01:44PM  13    ANY OF THE WITNESSES ON THIS EMAIL.

01:44PM  14         MR. BOSTIC:  YOUR HONOR, TO CLARIFY.  THE FOUNDATION

01:44PM  15    IS NOT SPECIFIC AS TO THIS DOCUMENT, BUT THE GOVERNMENT IS

01:44PM  16    MOVING THIS IN UNDER 803 AS A BUSINESS RECORD CONSISTENT WITH

01:44PM  17    ERIKA CHEUNG'S TESTIMONY ABOUT EMAIL PRACTICES AMONG LAB

01:44PM  18    PERSONNEL AT THERANOS.

01:44PM  19         THE COURT:  I THINK THERE STILL HAS TO BE SOME

01:44PM  20    FOUNDATION LAID FOR THIS, THOUGH.

01:45PM  21         I UNDERSTAND SHE LAID A FOUNDATION FOR -- UNDER 803(6),

01:45PM  22    BUT I THINK THERE NEEDS TO BE AN AUTHENTICATING WITNESS TO

01:45PM  23    TESTIFY ABOUT THIS.

01:45PM  24         MR. BOSTIC:  APOLOGIES, YOUR HONOR.

01:45PM  25         ACTUALLY THE PARTIES STIPULATED TO THE AUTHENTICITY OF

01:45PM  1    EMAILS BEARING THIS BATES PREFIX, SO I DON'T BELIEVE THE

01:45PM  2    DEFENSE'S OBJECTION IS NOT ONE OF AUTHENTICITY.

01:45PM  3              MS. TREFZ:  IT'S NOT AUTHENTICITY.  IT'S A HEARSAY

01:45PM  4    ISSUE.  I DON'T THINK THE GOVERNMENT HAS LAID A FOUNDATION

01:45PM  5    UNDER 803(6) FOR THIS.

01:45PM  6              THE COURT:  WELL, THAT'S WHAT I WAS REFERRING TO.  I

01:45PM  7    THINK YOU NEED TO HAVE A FOUNDATIONAL WITNESS TALK ABOUT THIS

01:45PM  8    CHAIN PURSUANT TO 803(6).

01:45PM  9              MR. BOSTIC:  I CAN MOVE ON FOR NOW, YOUR HONOR.

01:45PM 10    THANK YOU.

01:45PM 11              THE COURT:  ALL RIGHT.

01:45PM 12    BY MR. BOSTIC:

01:45PM 13    Q.   DR. ZACHMAN, LET'S LOOK AT EXHIBIT 2083, PLEASE.

01:45PM 14    A.   OKAY.

01:45PM 15    Q.   AND DO YOU RECOGNIZE THE DOCUMENT MARKED AS EXHIBIT 2083?

01:46PM 16    A.   I DO.

01:46PM 17    Q.   AND WHAT IS THAT DOCUMENT?

01:46PM 18    A.   IT'S AN EMAIL FROM MYSELF TO A REPRESENTATIVE OF THERANOS

01:46PM 19    TO CHECK BACK IN WITH ME TO SEE IF I WAS ABLE TO HAVE A

01:46PM 20    CONVERSATION REGARDING THE HCG RESULTS.

01:46PM 21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES

01:46PM 22    EXHIBIT 2083 INTO EVIDENCE.

01:46PM 23              MS. TREFZ:  NO OBJECTION.

01:46PM 24              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:46PM 25         (GOVERNMENT'S EXHIBIT 2083 WAS RECEIVED IN EVIDENCE.)

01:46PM 1    BY MR. BOSTIC:

01:46PM 2    Q.   DR. ZACHMAN, DO YOU SEE AN EMAIL FROM SOMEONE NAMED

01:46PM 3    LESLIE NEVILLE AT THERANOS TO YOU?

01:46PM 4    A.   I DO.

01:46PM 5    Q.   AND WHAT IS THE DATE OF THIS EMAIL?

01:46PM 6    A.   OCTOBER 14TH.

01:46PM 7    Q.   SO APPROXIMATELY A WEEK AFTER THE RESULTS THAT WE WERE

01:46PM 8    LOOKING AT?

01:46PM 9    A.   THAT SOUNDS RIGHT.

01:46PM 10   Q.   CAN YOU WALK US THROUGH AGAIN WHAT IS HAPPENING IN YOUR

01:47PM 11   STREAM OF COMMUNICATIONS WITH THERANOS?

01:47PM 12   A.   SURE.  SO LESLIE IS CHECKING BACK IN WITH ME TO SEE IF I

01:47PM 13   WAS ABLE TO SPEAK TO SOMEONE NAMED CHRISTIAN HOLMES REGARDING

01:47PM 14   THE HCG QUANTS THAT I HAD CONCERNS WITH.

01:47PM 15   Q.   DO YOU RECALL HAVING A TELEPHONE CONVERSATION WITH SOMEONE

01:47PM 16   AT THERANOS AROUND THIS TIME?

01:47PM 17   A.   I DO, BUT I'M NOT SURE IT WAS SOMEONE NAMED

01:47PM 18   CHRISTIAN HOLMES.

01:47PM 19   Q.   OKAY.  IF I COULD ASK YOU TO TURN IN YOUR BINDER TO

01:47PM 20   EXHIBIT 5412, PLEASE.  LET ME KNOW WHEN YOU HAVE THAT IN FRONT

01:47PM 21   OF YOU.

01:47PM 22   A.   WELL, I HAVE THE TABLET BUT NOTHING BEHIND IT.

01:48PM 23   Q.   ARE YOU MISSING 5412?

01:48PM 24   A.   WELL, I HAVE JUST THE TAB FOR IT.

01:48PM 25        MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

01:48PM  1                    THE COURT:  YES.

01:48PM  2                    MR. BOSTIC:  (HANDING.)

01:48PM  3                    THE WITNESS:  THANK YOU.

01:48PM  4        BY MR. BOSTIC:

01:48PM  5        Q.   YOU NOW HAVE EXHIBIT 5412 IN FRONT OF YOU?

01:48PM  6        A.   I DO.  THANK YOU.

01:48PM  7        Q.   AND WHAT IS EXHIBIT 5412, IF YOU RECOGNIZE IT?

01:48PM  8        A.   SO IT'S AN EMAIL FROM SOMEONE NAMED CHRISTIAN TO MYSELF.

01:48PM  9        Q.   OKAY.  AND DID YOU RECEIVE THIS EMAIL ON THE DATE

01:48PM 10        INDICATED?

01:48PM 11        A.   I DID.

01:48PM 12        Q.   AND WHAT IS THE TOPIC OF THE EMAIL GENERALLY SPEAKING?

01:48PM 13        A.   ABOUT THE HCG'S THAT I HAD CONCERNS FOR AND AN EXPLANATION

01:48PM 14        FOR THOSE VALUES.

01:48PM 15        Q.   AND THE PERSON NAMED CHRISTIAN WHO SENT THE EMAIL, WHERE

01:48PM 16        DID THEY WORK AT THE TIME IF YOU CAN TELL FROM THE EMAIL?

01:48PM 17        A.   AT THERANOS IN CLIENT SOLUTIONS.

01:49PM 18                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

01:49PM 19        EVIDENCE EXHIBIT 5412.

01:49PM 20                    MS. TREFZ:  NO OBJECTION.

01:49PM 21                    THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:49PM 22            (GOVERNMENT'S EXHIBIT 5412 WAS RECEIVED IN EVIDENCE.)

01:49PM 23                    MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ZOOM IN ON KIND

01:49PM 24        OF THE MIDDLE THIRD OF THE PAGE TO INCLUDE THAT WHOLE EMAIL

01:49PM 25        MESSAGE.

01:49PM   1          THANK YOU.

01:49PM   2     Q.   DR. ZACHMAN, ARE YOU SEEING THAT EMAIL THAT YOU RECEIVED

01:49PM   3     IN FRONT OF YOU?

01:49PM   4     A.   I DO.

01:49PM   5     Q.   THE EMAIL MENTIONS THE POSSIBILITY OF A PHONE CALL IN THE

01:49PM   6     COMING DAYS.

01:49PM   7          DO YOU REMEMBER WHETHER YOU HAD MULTIPLE CONVERSATIONS

01:49PM   8     WITH INDIVIDUALS AT THERANOS DURING THIS TIME PERIOD?

01:49PM   9     A.   I DON'T, I DON'T REMEMBER HOW MANY CONVERSATIONS WERE HAD.

01:49PM  10          I DO REMEMBER I'M TRYING TO SET UP A PHONE CONVERSATION

01:49PM  11     AND COMPETING ONE WITH A MAN, BUT I'M NOT SURE WHO.

01:49PM  12     Q.   THERE'S -- IN THAT SECOND PARAGRAPH THERE IS SOME

01:50PM  13     INFORMATION PROVIDED BY THERANOS ABOUT WHAT HAPPENED WITH

01:50PM  14     MS. GOULD'S TEST RESULTS; IS THAT CORRECT?

01:50PM  15     A.   THAT'S CORRECT.

01:50PM  16     Q.   AND CAN YOU SUMMARIZE WHAT INFORMATION YOU RECEIVED FROM

01:50PM  17     THERANOS IN THIS EMAIL?

01:50PM  18     A.   UH-HUH.  IT'S MY UNDERSTANDING THAT THE EXPLANATION IS

01:50PM  19     THAT IT WAS -- THE LAB WAS PROCESSED CORRECTLY BUT ENTERED

01:50PM  20     INCORRECTLY BY HUMAN ERROR AND THAT IT WAS ENTERED AS 1/100TH

01:50PM  21     OF THE TRUE VALUE.

01:50PM  22     Q.   AND IS THIS -- DID YOU UNDERSTAND THIS TO BE A REFERENCE

01:50PM  23     TO THE REASON FOR THE CORRECTED VALUE THAT YOU LATER RECEIVED

01:50PM  24     FOR THAT HCG TEST?

01:50PM  25     A.   YES.

01:50PM 1    Q.   I BELIEVE YOU SAID THAT EVEN WITH THAT CORRECTED VALUE,

01:50PM 2    THOSE RESULTS WOULD STILL BE QUESTIONABLE TO YOU; IS THAT

01:50PM 3    CORRECT?

01:50PM 4    A.   THAT'S CORRECT.

01:50PM 5    Q.   AND AFTER RECEIVING THIS EMAIL, DID YOUR VIEWS CHANGE?

01:50PM 6    WAS THIS A MORE SATISFYING EXPLANATION TO YOU?

01:50PM 7    A.   IT WAS NOT.

01:50PM 8    Q.   WHY NOT?

01:50PM 9    A.   WELL, BECAUSE EVEN IF THAT'S THE CONCERN OR HOW THE VALUES

01:51PM 10   CAME TO BE, THEY STILL DON'T FIT THE CLINICAL PICTURE.  SO IT

01:51PM 11   BROUGHT A LITTLE BIT MORE INTO QUESTION FOR ME.

01:51PM 12   Q.   OKAY.  IN ANY OF YOUR FOLLOW-UP COMMUNICATIONS WITH

01:51PM 13   THERANOS, DID YOU RECEIVE WHAT YOU VIEWED AS A SATISFACTORY

01:51PM 14   EXPLANATION THAT RESTORED YOUR FAITH IN THE COMPANY?

01:51PM 15   A.   NO.

01:51PM 16   Q.   DID THERE COME A TIME WHEN YOU STOPPED REFERRING YOUR

01:51PM 17   PATIENTS FOR HCG TESTING AT THERANOS?

01:51PM 18   A.   YES.

01:51PM 19   Q.   AND WAS THAT PRIMARILY BECAUSE OF YOUR EXPERIENCE WITH

01:51PM 20   MS. GOULD'S TEST RESULTS?

01:51PM 21   A.   YES.

01:51PM 22        MR. BOSTIC:  ONE MOMENT, YOUR HONOR.

01:51PM 23        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

01:51PM 24        MR. BOSTIC:  NO FURTHER QUESTIONS.

01:51PM 25        THANK YOU, DR. ZACHMAN.

01:52PM  1                  THE WITNESS:  THANK YOU.

01:52PM  2                  THE COURT:  CROSS-EXAMINATION?

01:52PM  3                  MS. TREFZ:  ONE MORE SECOND.

01:52PM  4                  THE COURT:  LADIES AND GENTLEMEN OF THE JURY, IT'S

01:52PM  5      ABOUT FIVE MINUTES TO 2:00.  WE MAY -- IS THERE ANY OBJECTION

01:52PM  6      TO GOING OVER A LITTLE BIT?  DOES ANYONE HAVE -- WILL THAT

01:52PM  7      CREATE A PROBLEM FOR ANYONE HERE?

01:52PM  8          THANK YOU SO MUCH.  I APPRECIATE YOUR GENEROSITY.  THANK

01:53PM  9      YOU.

01:53PM  10                 MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

01:53PM  11                 THE COURT:  YES.

01:53PM  12                 MS. TREFZ:  (HANDING.)

01:53PM  13                 THE WITNESS:  THANK YOU.

01:53PM  14                 MS. TREFZ:  UH-HUH.

01:53PM  15                         **CROSS-EXAMINATION**

01:53PM  16     BY MS. TREFZ:

01:53PM  17     Q.   GOOD AFTERNOON, DR. ZACHMAN.  MY NAME IS KATIE TREFZ.  I

01:53PM  18     REPRESENT MS. HOLMES.

01:53PM  19          I JUST HAVE A FEW QUESTIONS FOR YOU TODAY.

01:53PM  20     A.   OKAY.

01:53PM  21     Q.   TO START, I WANT TO TALK A LITTLE BIT MORE ABOUT HCG --

01:53PM  22     GIVE ME A SECOND.  I'M A LITTLE SHORTER THAN MR. BOSTIC.  I

01:53PM  23     WANT TO TALK A LITTLE BIT MORE ABOUT HCG.

01:53PM  24          HCG IS SOMETHING THAT YOU USE IN YOUR JOB ON A DAILY

01:53PM  25     BASIS?

ZACHMAN CROSS BY MS. TREFZ

01:53PM 1    A.    IF I SEE AN OBSTETRICAL PATIENT THAT DAY, YES.

01:53PM 2    Q.    OKAY.  AND DOES YOUR KNOWLEDGE ABOUT HCG INCLUDE

01:54PM 3    UNDERSTANDING GENERALLY THE STATE OF THE SCIENCE AND IN TERMS

01:54PM 4    OF HOW IT'S MEASURED?

01:54PM 5    A.    I WOULD SAY THAT I INTERPRET VALUES MORE THAN THE SCIENCE

01:54PM 6    BEHIND IT.

01:54PM 7    Q.    OKAY.  DO YOU UNDERSTAND THAT THERE ARE TWO COMMON TYPES

01:54PM 8    OF HCG TESTS, QUALITATIVE AND QUANTITATIVE?

01:54PM 9    A.    YES.

01:54PM 10   Q.    AND CAN YOU DESCRIBE FOR US WHAT A QUALITATIVE HCG TEST

01:54PM 11   IS?

01:54PM 12   A.    SURE.  A QUALITATIVE IS A YES OR NO OR POSITIVE OR

01:54PM 13   NEGATIVE WHERE A QUANTITATIVE GIVES A VALUE ASSOCIATED TO THAT.

01:54PM 14   Q.    OKAY.  AND AN EXAMPLE OF A QUALITATIVE HCG TEST IS LIKE A

01:54PM 15   HOME PREGNANCY TEST?

01:54PM 16   A.    RIGHT.

01:54PM 17   Q.    AND THE QUANTITATIVE TEST, WE HAVE SEEN SOME NUMBERS.  AND

01:54PM 18   CAN YOU DESCRIBE FOR US WHAT THE UNIT IS THAT WE'RE MEASURING

01:54PM 19   WHEN WE ARE LOOKING AT THEM?

01:54PM 20   A.    I BELIEVE THAT IT IS MILLI, INTERNATIONAL UNITS PER

01:55PM 21   MILLILITER.

01:55PM 22   Q.    OKAY.  AND YOU AS THE MEDICAL PROFESSIONAL, YOU USE THESE

01:55PM 23   RESULTS ALONG WITH AN EXAMINATION AND OTHER FACTORS TO

01:55PM 24   DETERMINE PREGNANCY?

01:55PM 25   A.    YES.

01:55PM 1    Q.   AND DO THOSE OTHER FACTORS INCLUDE THE DAY OF THE LAST

01:55PM 2    MENSTRUAL PERIOD?

01:55PM 3    A.   YES.

01:55PM 4    Q.   AND THEY CAN INCLUDE WHAT YOU MIGHT SEE ON AN ULTRASOUND?

01:55PM 5    A.   YES.

01:55PM 6    Q.   AND AT WHAT, AT WHAT HCG LEVEL CAN A GESTATIONAL SAC

01:55PM 7    GENERALLY BE DETECTED BY ULTRASOUND IF YOU KNOW?

01:55PM 8    A.   USUALLY BY ABOUT 1500.

01:55PM 9    Q.   OKAY.  AND AT WHAT HCG LEVEL CAN A PRACTITIONER TYPICALLY

01:55PM 10   IDENTIFY A VISIBLE EMBRYO POTENTIALLY WITH A HEARTBEAT THROUGH

01:55PM 11   A TRANSVAGINAL ULTRASOUND?

01:55PM 12   A.   I'M NOT SURE, BUT I WOULD GUESS AROUND 300 -- OR 3,000.

01:56PM 13   Q.   OKAY.  AND DOES SOUTHWEST CONTEMPORARY WOMEN'S CARE HAVE

01:56PM 14   ULTRASOUND EQUIPMENT IN THE OFFICE?

01:56PM 15   A.   WE DO.

01:56PM 16   Q.   AND AS A NURSE PRACTITIONER ARE YOU ABLE TO USE IT IF YOU

01:56PM 17   NEEDED TO?

01:56PM 18   A.   IF I NEEDED TO IN A BIND, BUT THAT'S NOT MY TYPICAL

01:56PM 19   PRACTICE, NO.

01:56PM 20   Q.   WHO TYPICALLY PERFORMS SUCH ULTRASOUNDS?

01:56PM 21   A.   WE HAVE ULTRASONOGRAPHERS THAT DO.

01:56PM 22   Q.   AND GOING BACK TO THE HCG MEASUREMENT, BOTH THE

01:56PM 23   QUANTITATIVE TESTS AND THE QUALITATIVE TESTS, DO YOU UNDERSTAND

01:56PM 24   THAT THEY'RE MEASURED THROUGH A METHOD CALLED AN IMMUNOASSAY?

01:56PM 25   A.   I BELIEVE SO, ALTHOUGH I'M NOT SURE.

01:56PM  1    Q.   OKAY.  ARE YOU AWARE THAT THERE ARE MORE THAN 100

01:56PM  2    DIFFERENT HCG IMMUNOASSAYS COMMERCIALLY AVAILABLE?

01:56PM  3    A.   I AM NOT AWARE OF THAT.

01:56PM  4    Q.   OKAY.  DO YOU KNOW HOW AN IMMUNOASSAY WORKS?

01:56PM  5    A.   NO.

01:56PM  6    Q.   ARE YOU AWARE THAT DIFFERENCES IN THE RESULT CAN -- OR

01:57PM  7    DIFFERENCES IN THE IMMUNOASSAY CAN RESULT IN VARIABILITY AND

01:57PM  8    REPORTED VALUES AMONG DIFFERENT PROVIDERS?  FOR EXAMPLE, IF

01:57PM  9    QUEST USES A PARTICULAR METHOD WITH A PARTICULAR ANTIBODY AND

01:57PM  10   THERANOS USES A DIFFERENT METHOD WITH A DIFFERENT ANTIBODY, ARE

01:57PM  11   YOU AWARE THAT THEY CAN PRODUCE DIFFERENT RESULTS AND THAT'S

01:57PM  12   EXPECTED?

01:57PM  13   A.   I AM NOT AWARE OF THAT.

01:57PM  14   Q.   OKAY.  CAN WE TAKE A LOOK AT 3305 AGAIN, WHICH IS IN

01:57PM  15   EVIDENCE.

01:57PM  16        MR. BENNETT, IF YOU CAN HIGHLIGHT -- YEAH, EXACTLY.

01:58PM  17        DR. ZACHMAN, CAN YOU TAKE A LOOK AT THE PART OF THIS

01:58PM  18   RESULT THAT SAYS -- THAT IS THE PARAGRAPH BEGINNING WITH "THIS

01:58PM  19   HCG ELECTRO CHEMILUMINESCENT IMMUNOASSAY."

01:58PM  20   A.   DO YOU WANT ME TO READ THE REST OF IT?

01:58PM  21   Q.   IF YOU CAN, YES.  THANK YOU.

01:58PM  22   A.   WAS PERFORMED USING MAYBE ROCHE OR ROCHE ALEXIS REAGENTS.

01:58PM  23   THIS ASSAY IS A TOTAL BETA SUB UNIT ASSAY.  IT MEASURES

01:58PM  24   INTACT -- MAYBE IT SAYS NICKED.  THE "I" IS A LITTLE HARD TO

01:58PM  25   SEE THERE.  FREE BETA AND NICKED -- IT IS NICKED -- FREE BETA

ZACHMAN CROSS BY MS. TREFZ

| | | |
|---|---|---|
| 01:58PM | 1 | HCG.  REBASE LINING MAY BE NECESSARY WHEN USING ANOTHER ASSAY. |
| 01:59PM | 2 | Q.  IS THAT -- DO YOU HAVE AN UNDERSTANDING OF WHAT REBASE |
| 01:59PM | 3 | LINING MAY BE NECESSARY WHEN USING ANOTHER ASSAY MEANS? |
| 01:59PM | 4 | A.  I DO NOT. |
| 01:59PM | 5 | Q.  IS THIS TYPICALLY APART OF THE HCG TEST RESULT THAT YOU |
| 01:59PM | 6 | USE, THIS PARAGRAPH? |
| 01:59PM | 7 | A.  I DO NOT USUALLY EVALUATE THAT PARAGRAPH, NO. |
| 01:59PM | 8 | Q.  OKAY.  YOU TESTIFIED ABOUT BEING CONCERNED WHEN A |
| 01:59PM | 9 | PATIENT'S HCG DOES NOT DOUBLE EVERY TWO TO THREE DAYS ROUGHLY. |
| 01:59PM | 10 | A.  ROUGHLY. |
| 01:59PM | 11 | Q.  YEAH.  AND IF IT DOESN'T DO THAT, WHAT IS YOUR FIRST STEP? |
| 01:59PM | 12 | A.  IT DEPENDS ON HOW FAR ALONG IN THE PREGNANCY THEY ARE. |
| 01:59PM | 13 | CERTAINLY IF THEY'RE FAR ENOUGH ALONG TO BE ABLE TO SEE |
| 01:59PM | 14 | SOMETHING ON ULTRASOUND, THEN WE CAN GET THEM IN FOR |
| 02:00PM | 15 | ULTRASOUND. |
| 02:00PM | 16 | IF THEY'RE EARLIER IN THE PREGNANCY THEN IT'S TO HAVE |
| 02:00PM | 17 | COMMUNICATION ABOUT WHAT THEIR PHYSICAL EXPERIENCE IS AND |
| 02:00PM | 18 | FOLLOW THE TREND FROM THERE. |
| 02:00PM | 19 | Q.  AND FOLLOWING THE TREND MEANS INCLUDING RETESTING? |
| 02:00PM | 20 | A.  RIGHT. |
| 02:00PM | 21 | Q.  AND DID THE NEED TO REPEAT A DRAW BECAUSE VALUES DIDN'T |
| 02:00PM | 22 | DOUBLE, THAT'S NOT SOMETHING THAT IS UNIQUE TO THERANOS; |
| 02:00PM | 23 | CORRECT?  THAT HAPPENS? |
| 02:00PM | 24 | A.  THAT HAPPENS. |
| 02:00PM | 25 | Q.  OKAY.  WHEN YOU WERE SPEAKING WITH MR. BOSTIC ABOUT THE |

02:00PM 1    DROP IN NUMBERS FOR MS. GOULD'S RESULTS, WERE YOU COMPARING THE

02:00PM 2    12,558 TO THE THERANOS TEST RESULT OR THE SONORA QUEST RESULT,

02:01PM 3    THE PRIOR --

02:01PM 4    A.   IT WAS --

02:01PM 5    Q.   SORRY.  GO AHEAD.

02:01PM 6    A.   IT WAS MORE THE DROP FROM THE 12,000 TO THE 125, SO BOTH

02:01PM 7    THERANOS DRAWS.

02:01PM 8    Q.   OKAY.  AT A RESULT OF 12,558, WOULD YOU HAVE EXPECTED TO

02:01PM 9    SEE THE PREGNANCY ON AN ULTRASOUND?

02:01PM 10   A.   AT THAT VALUE, YES, BUT NOT BASED OFF OF HER LAST PERIOD.

02:01PM 11   Q.   OKAY.  WHEN YOU SPOKE WITH MS. GOULD ABOUT THE RESULT, DID

02:01PM 12   SHE COME INTO YOUR OFFICE FOR AN APPOINTMENT?

02:01PM 13   A.   WE DID HAVE AN APPOINTMENT.  I ALSO REACHED OUT TO HER VIA

02:01PM 14   PHONE ONE OF THE DAYS AS I REMEMBER.

02:01PM 15   Q.   AND WAS THE FIRST -- I BELIEVE YOU TESTIFIED THAT YOU LET

02:01PM 16   HER KNOW THAT HER NUMBERS WERE DROPPING.

02:01PM 17        WAS THAT THE FIRST THING THAT YOU LET HER KNOW?

02:02PM 18   A.   I CAN'T REMEMBER.

02:02PM 19   Q.   OKAY.  IN YOUR PHONE CALL WITH HER, IF IT WAS THE FIRST --

02:02PM 20   IF THAT HAPPENED FIRST OR YOUR FIRST MEETING WITH HER, DO YOU

02:02PM 21   REMEMBER ASKING WHETHER SHE WAS REPORTING VAGINAL BLEEDING?

02:02PM 22   A.   I REMEMBER ASKING HER, YEAH.

02:02PM 23   Q.   AND WHAT WAS HER RESPONSE?

02:02PM 24   A.   NO, SHE WAS NOT BLEEDING.

02:02PM 25   Q.   AND GIVEN THE DROP IN THE NUMBERS FROM 12,558 TO 125.58

02:02PM  1    WAS IT SURPRISING TO YOU THAT SHE WASN'T BLEEDING?

02:02PM  2    A.   YES.

02:02PM  3    Q.   DID YOU -- SO AS PART OF YOUR PLAN FORWARD, DID YOU ADVISE

02:02PM  4    MS. GOULD TO REPEAT THE LAB?

02:02PM  5    A.   YES.

02:02PM  6    Q.   AND DID YOU ADVISE HER TO KEEP HER FOLLOW-UP APPOINTMENT?

02:02PM  7    A.   YES.

02:02PM  8    Q.   AND DID YOU ADVISE HER TO CONTINUE WITH HER PRENATAL

02:03PM  9    VITAMINS AND HER PROGESTERONE?

02:03PM  10   A.   YES.

02:03PM  11   Q.   YOU TESTIFIED ABOUT REACHING OUT TO THERANOS.  YOU REACHED

02:03PM  12   OUT TO THERANOS TO INFORM THERANOS ABOUT YOUR CONCERNS;

02:03PM  13   CORRECT?  YOU'VE TESTIFIED ABOUT THAT?

02:03PM  14   A.   CORRECT.

02:03PM  15   Q.   AND WHEN YOU RAISED THE CONCERNS, YOU IDENTIFIED TWO

02:03PM  16   PATIENTS, MS. GOULD AND ANOTHER PATIENT.

02:03PM  17        DO YOU RECALL THAT?

02:03PM  18   A.   I DON'T.

02:03PM  19   Q.   IF WE CAN TAKE A LOOK BACK AT EXHIBIT 5412, WHICH IS IN

02:03PM  20   EVIDENCE.  I'M JUST GOING TO SEE IF I CAN REFRESH YOU.

02:04PM  21        SO JUST FOCUSSING ON THE FIRST PARAGRAPH, WE HAVE

02:04PM  22   INVESTIGATED THE MATTER THAT YOU BROUGHT TO OUR ATTENTION

02:04PM  23   RECENTLY AND HAVE DISCOVERED THAT IN THREE OUT OF THE FOUR

02:04PM  24   CASES.

02:04PM  25        DOES THAT REFRESH YOUR RECOLLECTION AT ALL THAT THERE WAS

02:04PM   1    ANOTHER PATIENT THAT YOU IDENTIFIED?

02:04PM   2    A.   I DON'T REMEMBER ANOTHER PATIENT, NO.

02:04PM   3    Q.   OKAY.  WE MAY COME BACK TO THAT.

02:04PM   4        IN MR. HOLMES EMAIL -- IF WE CAN KEEP THAT UP.  SORRY,

02:04PM   5    MR. BENNETT.

02:04PM   6        MR. HOLMES EXPRESSED THE COMPANY'S SINCERE AND DEEP

02:04PM   7    APOLOGY FOR THE ERROR?

02:04PM   8    A.   YES, I SAW THAT THERE.  YES.

02:04PM   9    Q.   SORRY.  WE NEED AN AUDIBLE ANSWER FOR THE COURT REPORTER.

02:04PM   10   A.   OH, I'M SORRY.  YES.

02:04PM   11   Q.   AND MR. HOLMES ALSO SAID THAT CORRECTIVE ACTION HAD BEEN

02:04PM   12   TAKEN BOTH WITH RESPECT TO PROCEDURES AND WITH RESPECT TO THIS

02:04PM   13   SPECIFIC ERROR?

02:04PM   14   A.   YES.

02:04PM   15   Q.   AND HE OFFERED TO DO WHATEVER IS NECESSARY TO ENSURE YOUR

02:04PM   16   CONFIDENCE AND COMFORT WITH THE PLATFORM?

02:04PM   17   A.   YES.

02:04PM   18   Q.   AND HE GAVE YOU HIS PERSONAL EMAIL AND HIS CELL PHONE

02:05PM   19   NUMBER?

02:05PM   20   A.   YES.

02:05PM   21   Q.   DO YOU RECALL ASKING MR. HOLMES TO PROVIDE THE CORRECTED

02:05PM   22   VALUES OR THE CORRECTED LAB REPORTS BY EMAIL AND FAX?

02:05PM   23   A.   I THINK THEY WERE OFFERED AND I AGREED.

02:05PM   24   Q.   OKAY.  DO YOU RECALL THAT -- ACTUALLY GOING BACK TO THE

02:05PM   25   QUESTION THAT I ASKED YOU A MINUTE OR TWO AGO.  YOU IDENTIFIED

02:05PM   1    THAT YOU DIDN'T REMEMBER WHETHER THERE WAS ANOTHER PATIENT.

02:05PM   2         LET ME SEE IF I CAN REFRESH YOU ON THAT.  IF I CAN HAVE

02:05PM   3    YOU TURN TO EXHIBIT 11430 WHICH SHOULD BE IN YOUR BINDER.  IF

02:06PM   4    IT IS NOT, LET ME KNOW.

02:06PM   5    A.   I HAVE 1143.

02:06PM   6    Q.   DO YOU HAVE 11430?

02:06PM   7    A.   430, YEP.

02:06PM   8    Q.   AND THERE'S NO NEED TO DESCRIBE IT OR READ IT OR READ IT

02:06PM   9    OUT LOUD, BUT IF YOU CAN JUST TAKE A READ OF THIS DOCUMENT AND

02:06PM  10    SEE IF IT REFRESHES YOUR RECOLLECTION ABOUT THAT ADDITIONAL

02:06PM  11    PATIENT.

02:06PM  12    A.   OKAY.

02:06PM  13         (PAUSE IN PROCEEDINGS.)

02:07PM  14              THE WITNESS:  OKAY.

02:07PM  15    BY MS. TREFZ:

02:07PM  16    Q.   DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION ABOUT AN

02:07PM  17    ADDITIONAL PATIENT WHOSE TEST RESULTS YOU RAISED WITH THERANOS?

02:07PM  18    A.   NO, I DON'T REMEMBER THIS CIRCUMSTANCE.

02:07PM  19    Q.   OKAY.  WE WILL MOVE ON.  IN ADDITION -- WE SAW, AND I

02:07PM  20    THINK YOU TESTIFIED ABOUT THERANOS'S OFFER FOR A PHONE CALL.

02:08PM  21         THERANOS OFFERED OTHER AVENUES TO ADDRESS SOUTHWEST

02:08PM  22    CONTEMPORARY WOMEN'S CARE REMAINING CONCERNS; IS THAT CORRECT?

02:08PM  23    A.   THAT'S CORRECT.

02:08PM  24    Q.   AND THEY OFFERED TO DO A STUDY?

02:08PM  25    A.   CORRECT.

ZACHMAN CROSS BY MS. TREFZ

02:08PM  1     Q.   AND THEY ALSO OFFERED TO PUT SOUTHWEST CONTEMPORARY

02:08PM  2     WOMEN'S CARE PROVIDERS IN TOUCH WITH MS. HOLMES; IS THAT

02:08PM  3     CORRECT?

02:08PM  4     A.   I DON'T REMEMBER.

02:08PM  5     Q.   AND DO YOU REMEMBER WHETHER THAT WAS -- LET ME SEE IF I

02:08PM  6     CAN REFRESH YOUR RECOLLECTION ON THAT FIRST.

02:08PM  7     A.   OKAY.

02:08PM  8     Q.   PLEASE TURN TO 7549.

02:09PM  9          AGAIN, WE'RE USING THIS DOCUMENT TO SEE IF YOUR

02:09PM  10    RECOLLECTION IS REFRESHED, SO THERE'S NO NEED TO READ IT TO THE

02:09PM  11    GROUP.

02:09PM  12    A.   SURE.

02:09PM  13    Q.   BUT IF YOU CAN JUST TAKE A READ OF IT YOURSELF.

02:09PM  14    A.   SURE.  OKAY.

02:09PM  15    Q.   DOES THIS DOCUMENT REFRESH YOUR RECOLLECTION THAT THERANOS

02:09PM  16    OFFERED TO PUT YOUR OFFICE IN TOUCH WITH MS. HOLMES DIRECTLY?

02:09PM  17    A.   I SEE IT'S WRITTEN HERE, YES.

02:09PM  18    Q.   AND DO YOU RECALL THIS BEING SOMETHING THAT YOU DECLINED?

02:09PM  19    A.   I KNOW THAT WE HAD A CONVERSATION.  IT MENTIONS ANOTHER

02:10PM  20    PHYSICIAN THERE, DR. GRAYSON, AND I SPOKE ON THE PHONE WITH A

02:10PM  21    MAN, AGAIN, I DON'T REMEMBER WHO IT WAS, PERHAPS AFTER THIS,

02:10PM  22    AND IT SEEMS IT'S IN REFERENCE TO THIS SITUATION.

02:10PM  23    Q.   OKAY.  YOU DON'T REMEMBER SPECIFICALLY WHETHER YOU

02:10PM  24    DECLINED TO SPEAK WITH MS. HOLMES OR NOT?

02:10PM  25    A.   I KNOW THAT I DID NOT SPEAK TO MS. HOLMES.

02:10PM   1    Q.   WE MENTIONED A MINUTE AGO THE STUDY THAT THERANOS

02:10PM   2    VOLUNTEERED FOR AND THAT WAS SOMETHING THAT DID END UP

02:10PM   3    HAPPENING; CORRECT?

02:10PM   4    A.   YES.

02:10PM   5    Q.   SOUTHWEST CONTEMPORARY WOMEN'S CARE HELPED DEVELOP THE

02:10PM   6    STUDY; CORRECT?

02:10PM   7    A.   CORRECT.

02:10PM   8    Q.   AND IT WAS IN AUGUST OF 2015?

02:10PM   9    A.   CORRECT.  YES, THAT'S WHAT I REMEMBER, THAT'S CORRECT.

02:10PM   10   Q.   AND IT HAD BEEN DISCUSSED AS EARLY AS MAY OR BEFORE THEN;

02:10PM   11   CORRECT?

02:10PM   12   A.   UH-HUH.  THINGS MOVE SLOWLY.

02:10PM   13   Q.   FAIR.  DO YOU, DO YOU RECALL PARTICIPATING IN THE DESIGN

02:11PM   14   OF THE STUDY?

02:11PM   15   A.   BRIEFLY.  IT WAS PART OF THE PRODUCT COMMITTEE'S ENDEAVOR

02:11PM   16   TO DO, AND I HAD HANDED OVER -- IN THE LONG WINDED KIND OF

02:11PM   17   CONVERSATION TO GET THAT GOING, I HAD HANDED OVER THE TITLE FOR

02:11PM   18   KIND OF LEADING THE PRODUCT COMMITTEE AND THE TRIAL.

02:11PM   19   Q.   OKAY.  DO YOU RECALL THAT THE STUDY WOULD COMPARE SERUM

02:11PM   20   QUANTS THROUGH SONORA QUEST TO FINGERSTICK QUANTS RUN THROUGH

02:11PM   21   THERANOS AND SERUM QUANTS SENT TO AN INDEPENDENT THIRD PARTY

02:11PM   22   LAB?

02:11PM   23   A.   YES.

02:11PM   24   Q.   AND JUST TO PUT THAT IN I GUESS PLAINER ENGLISH,

02:11PM   25   ESSENTIALLY DOES THAT MEAN THAT THE IDEA WAS TO COMPARE

02:11PM 1    THERANOS FINGERSTICK TESTS TO SONORA QUEST VENOUS DRAWS TO A

02:12PM 2    THIRD PARTY'S VENOUS DRAWS?

02:12PM 3    A.   YES.

02:12PM 4    Q.   AND YOU HAD FAMILIARITY WITH SONORA QUEST; CORRECT?

02:12PM 5    A.   CORRECT.

02:12PM 6    Q.   AND WERE YOU ALSO FAMILIAR WITH THE NATIONAL INDEPENDENT

02:12PM 7    LABORATORY THAT THEY USED?

02:12PM 8    A.   I WAS NOT, HUH-UH.

02:12PM 9    Q.   AND DO YOU RECALL THAT THAT THIRD LABORATORY WAS ARUP,

02:12PM 10   A-R-U-P?

02:12PM 11   A.   IN RECENTLY REFERENCING THOSE EMAILS I'M REMINDED OF THAT,

02:12PM 12   BUT AT THE TIME, NO.

02:12PM 13   Q.   OKAY.  DO YOU RECALL RECEIVING THE RESULTS OF THE STUDY?

02:12PM 14   A.   UM, KIND OF THE SUMMARIZED RESULTS.  IS THAT WHAT YOU

02:12PM 15   MEAN?

02:12PM 16   Q.   YES.

02:12PM 17   A.   I REMEMBER THAT THEY WERE SUMMARIZED AND KIND OF A

02:13PM 18   PRESENTATION WAS GIVEN ON THEM BY THE LEAD OF THE PRODUCT

02:13PM 19   COMMITTEE AT THE TIME AT ONE OF OUR PROVIDER MEETINGS.

02:13PM 20   Q.   OKAY.  AND AFTER THE STUDY SOUTHWEST CONTEMPORARY WOMEN'S

02:13PM 21   STUDY STARTED USING THERANOS AGAIN; CORRECT?

02:13PM 22   A.   I DID NOT OR CERTAINLY I DIDN'T PUT ACKNOWLEDGEMENT OUT

02:13PM 23   FOR PATIENTS ENCOURAGING THEM TO GO THERE TO THERANOS.

02:13PM 24       I DON'T REMEMBER MY PEERS FEELING OR VOICING THAT THEY

02:13PM 25   WANTED TO USE THERANOS MORE, BUT AS I REMEMBER IT, PATIENTS

02:13PM  1    DIDN'T NEED AN ORDER TO GET THEIR LABS DRAWN.  SO WE CONTINUED

02:13PM  2    TO HAVE PATIENTS COME IN WITH LAB RESULTS FROM THERANOS.

02:13PM  3    Q.   IN FACT, IT WAS A LOT OF PATIENTS; CORRECT?

02:13PM  4    A.   I DIDN'T EVER COUNT.

02:13PM  5    Q.   FROM -- ARE YOU AWARE THAT FROM OCTOBER 2015 THROUGH

02:14PM  6    OCTOBER 2016 THERANOS PERFORMED OVER 300 HCG TESTS FOR

02:14PM  7    SOUTHWEST CONTEMPORARY WOMEN'S CARE?

02:14PM  8    A.   NO, I AM NOT.

02:14PM  9    Q.   AND DID THAT INCLUDE SEVERAL PATIENTS OF YOURS WHO HAD

02:14PM  10   THERANOS TESTS BETWEEN OCTOBER 2015 AND OCTOBER 2016?

02:14PM  11   A.   I DON'T REMEMBER THOSE CIRCUMSTANCES.

02:14PM  12   Q.   OKAY.  LET ME SEE IF I CAN JUST REFRESH YOUR RECOLLECTION

02:14PM  13   ON THOSE PARTICULAR PATIENTS.

02:14PM  14        MS. TREFZ:  MAY I APPROACH, YOUR HONOR?

02:14PM  15        THE COURT:  YES.

02:14PM  16        MS. TREFZ:  (HANDING.)

02:14PM  17   I'M NOT SURE THIS IS IN YOUR BINDER.

02:14PM  18   Q.   DR. ZACHMAN, I'VE HANDED YOU FOR IDENTIFICATION PURPOSES

02:15PM  19   13786 THROUGH 13790.

02:15PM  20   A.   OKAY.

02:15PM  21   Q.   AND CAN YOU JUST TAKE A LOOK AT THOSE DOCUMENTS AND SEE IF

02:15PM  22   THEY REFRESH YOUR RECOLLECTION ABOUT PATIENTS OF YOURS WHO

02:15PM  23   RECEIVED THERANOS TESTS AFTER OCTOBER OF 2015?

02:15PM  24   A.   I AM ALTHOUGH NOT REMEMBERING WHEN THESE VALUES WERE

02:15PM  25   BROUGHT TO ME OF COURSE AT THE TIME, I DO SEE, YES, THEY ARE

02:15PM   1      PATIENTS OF MINE DRAWN AT THERANOS FOR HCG QUANTS.

02:15PM   2      Q.   ARE YOU AWARE THAT -- STRIKE THAT.

02:15PM   3           LET ME BACK UP FOR A SECOND.  YOU MENTIONED THAT YOU

02:16PM   4      HANDED THE PRODUCT COMMITTEE OFF TO SOMEONE ELSE WITHIN

02:16PM   5      SOUTHWEST CONTEMPORARY WOMEN'S CARE.  WHO WAS THAT?

02:16PM   6      A.   COURTNEY DOMINGO.  SHE'S ANOTHER NURSE PRACTITIONER.

02:16PM   7      Q.   AND DO YOU RECALL THAT DR. DOMINGO WAS WORKING WITH

02:16PM   8      THERANOS TO FINALIZE THAT STUDY AND PREPARE THE RESULTS?

02:16PM   9      A.   IT'S MY UNDERSTANDING THAT SHE WOULD HAVE BEEN, ALTHOUGH I

02:16PM   10     DON'T KNOW THAT I WAS PART OF THAT COMMUNICATION.

02:16PM   11     Q.   OKAY.  DO YOU RECALL THAT DR. DOMINGO INFORMED THERANOS ON

02:16PM   12     SEPTEMBER 13TH OF 2015 THAT THERANOS -- THAT THE TRENDS BETWEEN

02:16PM   13     ALL THREE LABS LOOKED GOOD AND FOLLOWED THE SAME LINES?

02:16PM   14     A.   UNLESS I WAS PART OF THAT COMMUNICATION, I WOULDN'T BE

02:16PM   15     AWARE OF IT.

02:16PM   16     Q.   OKAY.  ARE YOU AWARE THAT FROM SEPTEMBER 18TH, 2014, TO

02:17PM   17     OCTOBER 10TH, 2016, SOUTHWEST CONTEMPORARY WOMEN'S CARE

02:17PM   18     RECEIVED RESULTS FROM NEARLY 20,000 THERANOS ORDERS?

02:17PM   19     A.   I'M NOT AWARE OF THAT.

02:17PM   20     Q.   AT THE GOVERNMENT'S REQUEST YOU DID A THOROUGH REVIEW TO

02:17PM   21     IDENTIFY THE THERANOS RESULTS THAT MAY HAVE BEEN INCORRECT AND

02:17PM   22     MAY HAVE MADE A CLINICAL DIFFERENCE; CORRECT?

02:18PM   23     A.   COULD YOU REPEAT THAT QUESTION?

02:18PM   24     Q.   YES.  AT THE GOVERNMENT'S REQUEST YOU DID A THOROUGH

02:18PM   25     REVIEW TO IDENTIFY THERANOS RESULTS THAT YOU BELIEVED MAY HAVE

02:18PM  1    BEEN INCORRECT AND MAY HAVE MADE A CLINICAL DIFFERENCE; IS THAT

02:18PM  2    CORRECT?

02:18PM  3    A.   YES.

02:18PM  4    Q.   AND IS IT THE CASE THAT ON JANUARY 5TH OF THIS YEAR YOU

02:18PM  5    TOLD THE GOVERNMENT THAT YOU HAD REVIEWED ALL OF THE CHARTS AND

02:18PM  6    YOU DID NOT COME UP WITH MUCH THAT SEEMED OUT OF PLACE?

02:18PM  7    A.   THAT'S CORRECT.

02:18PM  8    Q.   AND THAT YOU LATER CIRCLED BACK AND INFORMED THEM THAT

02:18PM  9    AFTER A THOROUGH REVIEW IT HAD BEEN DETERMINED THAT THERE WERE

02:18PM  10   NOT ANY QUANT RESULTS THAT IF IN QUESTION NEEDED ANY CLINICAL

02:18PM  11   DIFFERENCE?

02:18PM  12   A.   THAT'S CORRECT.

02:18PM  13   Q.   AND IT WAS ONLY MS. GOULD?

02:18PM  14   A.   THAT WAS SO OUT OF PLACE.  THERE WERE SOME WITHIN THOSE

02:18PM  15   CHARTS THAT YOU, AGAIN, KNOWING THE OUTCOME, CAN LOOK BACK AND

02:19PM  16   SAY, WELL, I WONDER IF IT DID THAT, THE QUANT ITSELF?  OR I

02:19PM  17   WONDER IF THAT VALUE SHOULD HAVE BEEN A LITTLE BIT HIGHER OR A

02:19PM  18   LITTLE BIT LOWER?

02:19PM  19        BUT THAT IT DIDN'T INDICATE AT THAT TIME JUST WHAT THE

02:19PM  20   QUANTS, A LOSS OR A SUCCESSFUL PREGNANCY, AND THAT THE OUTCOME

02:19PM  21   WAS DIFFERENT THAN THAT.

02:19PM  22   Q.   OKAY.  DO YOU RECALL ENDING THIS EMAIL BY SAYING SORRY

02:19PM  23   THAT YOU DON'T HAVE MORE TO REPORT?

02:19PM  24   A.   UH-HUH.  I'M SURE I DID.

02:19PM  25   Q.   WHY WERE YOU APOLOGIZING?

02:19PM  1      A.   TO BE KIND.  RESPECTFUL.

02:19PM  2      Q.   OKAY.  YOU UNDERSTOOD THAT THE GOVERNMENT WANTED YOU TO

02:19PM  3      FIND ADDITIONAL ISSUES IN YOUR THERANOS CHARTS?

02:19PM  4      A.   NO.  I THINK THAT THEY JUST WANTED ME TO TAKE MY TIME TO

02:19PM  5      LOOK THROUGH ANYTHING THAT MIGHT HAVE BEEN OVERLOOKED AT THE

02:19PM  6      TIME.

02:19PM  7      Q.   OKAY.  JUST ONE SECOND HERE.

02:20PM  8           GOING BACK TO THE INTRODUCTION OF THERANOS TO YOUR

02:20PM  9      OFFICE --

02:20PM  10     A.   UH-HUH.

02:20PM  11     Q.   -- DO YOU RECALL WHO CAME IN TO DO THE TALKS ABOUT

02:20PM  12     THERANOS?

02:20PM  13     A.   I DON'T.

02:20PM  14     Q.   AND DO YOU REMEMBER HOW LONG IT LASTED?

02:20PM  15     A.   I BELIEVE THAT WE STRUCTURED THE MEETING TO BE KIND OF 15

02:20PM  16     TO 20 MINUTE TIME SLOTS.  IT WAS BRIEF.

02:20PM  17     Q.   OKAY.  AND YOU DON'T RECALL ANY DISCUSSIONS WITH THERANOS

02:20PM  18     REGARDING THE REGULATORY STATUS OF ITS TESTS --

02:20PM  19     A.   I'M SORRY, I DON'T REMEMBER THAT.  I DON'T REMEMBER THAT,

02:20PM  20     NO.

02:20PM  21     Q.   AND YOU UNDERSTAND THAT FDA APPROVALS ARE PUBLIC; RIGHT?

02:21PM  22     A.   I UNDERSTAND THAT.

02:21PM  23     Q.   AND YOU UNDERSTAND THAT CURRENT CERTIFICATION STATUS OF

02:21PM  24     LABORATORIES ARE ALSO PUBLICLY AVAILABLE?

02:21PM  25     A.   I UNDERSTAND THAT.

02:21PM  1          MS. TREFZ:  OKAY.  NO FURTHER QUESTIONS, YOUR HONOR.

02:21PM  2          THE COURT:  MR. BOSTIC?

02:21PM  3          MR. BOSTIC:  BRIEFLY, YOUR HONOR.

02:21PM  4                        **REDIRECT EXAMINATION**

02:21PM  5   BY MR. BOSTIC:

02:21PM  6   Q.   GOOD AFTERNOON AGAIN, DR. ZACHMAN.

02:21PM  7   A.   GOOD AFTERNOON.

02:21PM  8   Q.   JUST NOW YOU HAD A BRIEF DISCUSSION WITH DEFENSE COUNSEL

02:21PM  9   ABOUT A STUDY THAT WAS CONDUCTED REGARDING THERANOS HCG TEST

02:21PM 10   RESULTS.

02:21PM 11        DO YOU RECALL THAT?

02:21PM 12   A.   I DO.

02:21PM 13   Q.   AND WHEN THE RESULTS OF THAT STUDY WERE COMPLETE, DID YOU

02:22PM 14   HAVE AN OPPORTUNITY TO REVIEW THOSE RESULTS?

02:22PM 15   A.   BRIEFLY.

02:22PM 16   Q.   IN SUM, DID THOSE RESULTS RESTORE YOUR CONFIDENCE IN

02:22PM 17   THERANOS'S ABILITY TO DELIVER ACCURATE HCG RESULTS?

02:22PM 18   A.   NO.

02:22PM 19   Q.   AND WHY NOT IF YOU RECALL?

02:22PM 20   A.   MY CARE OF BRITTANY, AND THE VALUES THAT I RECEIVED AT

02:22PM 21   THAT TIME WERE VERY IMPACTFUL TO ME AS A PROVIDER AND PERHAPS

02:22PM 22   EMPHASIZING TO HER AS A WOMAN, AND SO THERE WASN'T MUCH THAT

02:22PM 23   COULD HAVE RESTORED MY FAITH AT THAT TIME.

02:22PM 24   Q.   DO YOU RECALL HOW MANY PEOPLE PARTICIPATED IN THAT STUDY

02:22PM 25   APPROXIMATELY OR HOW MANY SAMPLES WERE INVOLVED?

ZACHMAN REDIRECT BY MR. BOSTIC

02:22PM  1    A.    I THINK IT WAS 30.

02:22PM  2    Q.    THERE WAS ALSO SOME TESTIMONY DURING YOUR CONVERSATION

02:22PM  3    WITH MS. TREFZ ABOUT PATIENTS OF YOURS WHO PATRONIZE THERANOS

02:23PM  4    AFTER YOUR EXPERIENCE WITH MS. GOULD.

02:23PM  5          DO YOU REMEMBER THAT?

02:23PM  6    A.    YES.

02:23PM  7    Q.    AND DID YOU SEND ANY OF THOSE PATIENTS TO THERANOS?

02:23PM  8    A.    NOT THAT I REMEMBER, NO.

02:23PM  9    Q.    AND DID THERE COME A POINT WHERE YOU AFFIRMATIVELY STOPPED

02:23PM  10   SENDING PATIENTS TO THERANOS OR REFERRING PATIENTS TO THAT

02:23PM  11   BLOOD TESTING LAB?

02:23PM  12   A.    YES.

02:23PM  13   Q.    DURING THE 2015 TIME PERIOD WHEN THAT STUDY TOOK PLACE AND

02:23PM  14   WHEN SOME ADDITIONAL SOUTHWEST PATIENTS WERE BEING TESTED AT

02:23PM  15   THERANOS, DO YOU HAVE ANY KNOWLEDGE OF THE METHOD THAT THERANOS

02:23PM  16   WAS USING TO RUN ITS HCG PATIENT SAMPLES?

02:23PM  17   A.    I DON'T IN SPECIFIC OCCURRENCES, BUT I DO REMEMBER

02:23PM  18   PATIENTS FEELING, VOICING THAT THEY HAD ANTICIPATED HAVING A

02:23PM  19   FINGERSTICK AND LEFT WITH A VENA PUNCTURE AND FEELING AND

02:23PM  20   VOICING THAT THEY FELT UPSET ABOUT THAT.

02:24PM  21   Q.    DO YOU RECALL THAT SPECIFICALLY DURING THAT 2015 TIME

02:24PM  22   PERIOD?

02:24PM  23   A.    I'M NOT SURE WHAT TIME IT WAS.

02:24PM  24   Q.    IT MIGHT HAVE BEEN?

02:24PM  25   A.    IT MIGHT HAVE BEEN.

02:24PM  1    Q.   SO THAT'S THE DRAW METHOD.

02:24PM  2         HOW ABOUT THE METHOD THAT THERANOS WAS USING INSIDE OF THE

02:24PM  3    LAB TO ANALYZE THOSE SAMPLES?  DO YOU HAVE ANY WAY OF KNOWING

02:24PM  4    WHAT DEVICES WERE BEING USED, FOR EXAMPLE, TO UTILIZE HCG

02:24PM  5    SAMPLES IN THERANOS IN 2015?

02:24PM  6    A.   I DON'T.

02:24PM  7    Q.   THERE WAS SOME BRIEF DISCUSSION ALSO WITH DEFENSE COUNSEL

02:24PM  8    ABOUT POSSIBLE VARIABILITY BETWEEN LABS.

02:24PM  9         DO YOU REMEMBER THAT CONVERSATION?

02:24PM  10   A.   YES.

02:24PM  11   Q.   IF WE CAN GO BACK TO THE DEMONSTRATIVE JUST BRIEFLY.

02:24PM  12   A.   OKAY.

02:24PM  13   Q.   ARE YOU SEEING ON YOUR SCREEN THOSE RESULTS FOR

02:24PM  14   BRITTANY GOULD?

02:24PM  15   A.   I DO.

02:24PM  16   Q.   AND LET'S LOOK JUST AT THE THERANOS RESULTS THIS TIME.

02:25PM  17   LET'S IGNORE THE SONORA QUEST RESULTS.

02:25PM  18        FIRST OF ALL, LOOKING AT THOSE TWO RESULTS FROM THERANOS,

02:25PM  19   ONE 12,500 AND THE NEXT 125.

02:25PM  20        WHAT WOULD THOSE RESULTS HAVE SIGNIFIED TO YOU IN THE

02:25PM  21   ABSENCE OF THE SONORA QUEST RESULTS?

02:25PM  22   A.   IF THOSE WERE THE ONLY TWO VALUES THAT I HAD ON A PATIENT,

02:25PM  23   THEN I WOULD ASSUME THAT SHE HAS HAD A LOSS OF PREGNANCY.

02:25PM  24   Q.   AND, IN FACT, IS THAT WHAT YOU SAW WITH MS. GOULD?

02:25PM  25   A.   NO.

02:25PM   1    Q.   AND WHAT ABOUT USING THE CORRECTED VALUE THAT THERANOS

02:25PM   2    SENT AFTERWARDS.  IF YOU SAW TWO RESULTS TWO DAYS APART EXACTLY

02:25PM   3    AT THE SAME LEVEL, AGAIN, IGNORING THE SONORA QUEST RESULT,

02:25PM   4    WHAT WOULD THAT FLAT LINE RESULT INDICATE TO YOU, IF IT WOULD

02:25PM   5    BE ENOUGH DATA TO TELL?

02:25PM   6    A.   IT WOULD BE QUESTIONABLE AT BEST.  IF I KNEW SHE WAS IN

02:26PM   7    HER FOURTH WEEK OF PREGNANCY, WHICH SHE WAS, AND I SAW TWO FLAT

02:26PM   8    LINED RESULTS, I WOULD BE SUSPICIOUS FOR AN ECTOPIC, ALTHOUGH,

02:26PM   9    AGAIN, THEY WOULDN'T BE AT THAT VALUE.

02:26PM  10    Q.   AND DID YOU SEE AN ECTOPIC WITH MS. GOULD OR ANY OTHER

02:26PM  11    ISSUE WITH THAT PREGNANCY?

02:26PM  12    A.   NO.

02:26PM  13             MR. BOSTIC:  NO FURTHER QUESTIONS.  THANK YOU.

02:26PM  14             MS. TREFZ:  NO QUESTIONS.

02:26PM  15             THE COURT:  MAY THIS WITNESS BE EXCUSED?

02:26PM  16             MS. TREFZ:  YES.

02:26PM  17             MR. BOSTIC:  YES.

02:26PM  18             THE COURT:  THANK YOU.  YOU MAY STAND DOWN.

02:26PM  19             THE WITNESS:  THANK YOU SO MUCH.

02:26PM  20             THE COURT:  WE KEPT THE JURY 30 MINUTES BEHIND WHAT

02:26PM  21    I PROMISED.

02:26PM  22         SO DO YOU HAVE A WITNESS HERE NOW?

02:26PM  23             MR. BOSTIC:  WE DO, YOUR HONOR, HAVE ANOTHER

02:26PM  24    WITNESS.  BUT WE ARE ALSO CONSCIOUS OF THE JURY'S TIME, SO WE

02:26PM  25    WILL DEFER TO THE COURT.

02:26PM  1          THE COURT:  ALL RIGHT.  WILL WE BE ABLE TO START

02:26PM  2     WITH THAT WITNESS TOMORROW MORNING?

02:26PM  3          MR. BOSTIC:  YES, YOUR HONOR.

02:26PM  4          THE COURT:  OKAY.  SORRY.  IS THERE ANY VALUE JUST

02:27PM  5     BRINGING THAT WITNESS IN, INTRODUCING AND PUTTING THEM UNDER

02:27PM  6     OATH AND GETTING SOME PRELIMINARY TESTIMONY?

02:27PM  7          MR. LEACH:  IT'S REALLY UP TO THE COURT AND THE

02:27PM  8     JURY.  I THINK THE WITNESS IS BRIEF AND FROM OUT OF TOWN, SO WE

02:27PM  9     CERTAINLY CAN DO IT NOW.  WE CAN ALSO DO IT FIRST THING

02:27PM 10     TOMORROW, YOUR HONOR.  WE'RE FINE EITHER WAY.

02:27PM 11          THE COURT:  WELL, I TOLD OUR JURY AT THE START THAT

02:27PM 12     THEY'RE JUDGES OF THE FACTS.  THEY'RE ALSO JUDGES OF THEIR TIME

02:27PM 13     I SUPPOSE.

02:27PM 14       LADIES AND GENTLEMEN, LET ME ASK YOU, IF WE WENT 30 MORE

02:27PM 15     MINUTES UNTIL 3:00 O'CLOCK, AND I PROMISE WE'LL STOP THERE,

02:27PM 16     WILL THAT CREATE ANY DIFFICULTY FOR ANYONE?

02:27PM 17       I SEE NO HANDS.

02:27PM 18       LET'S BRING THE WITNESS IN AND SEE WHAT WE CAN ACCOMPLISH.

02:27PM 19     THANK YOU, LADIES AND GENTLEMEN.

02:27PM 20          MR. LEACH:  THANK YOU, YOUR HONOR.

02:27PM 21       THANK YOU, LADIES AND GENTLEMEN.

02:27PM 22       THE UNITED STATES CALLS BRITTANY GOULD.

02:28PM 23          THE COURT:  GOOD AFTERNOON.  IF YOU COULD JUST COME

02:28PM 24     FORWARD, PLEASE.  IF YOU WOULD FACE OUR COURTROOM DEPUTY HERE

02:28PM 25     AND RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

```
02:28PM   1              (GOVERNMENT'S WITNESS, BRITTANY GOULD, WAS SWORN.)

02:28PM   2                    THE WITNESS:  YES.

02:28PM   3                    THE CLERK:  THANK YOU.

02:28PM   4                    THE COURT:  THANK YOU.  PLEASE HAVE A SEAT HERE.

02:28PM   5        LET ME INVITE YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO

02:28PM   6        ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

02:28PM   7                    THE WITNESS:  SURE.

02:28PM   8                    THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

02:28PM   9        PLEASE STATE YOUR NAME.

02:28PM  10                    THE WITNESS:  SURE.

02:28PM  11                    THE COURT:  AND THEN SPELL IT, PLEASE.

02:28PM  12                    THE WITNESS:  YES.  MY NAME IS BRITTANY GOULD,

02:28PM  13        B-R-I-T-T-A-N-Y, G-O-U-L-D.

02:28PM  14                    THE COURT:  THANK YOU.

02:28PM  15               MR. LEACH, ARE YOU DOING THE EXAMINATION?

02:28PM  16                    MR. LEACH:  I AM, YOUR HONOR.

02:28PM  17                    THE COURT:  ALL RIGHT.  THANK YOU.

02:29PM  18                    MR. LEACH:  MAY I APPROACH THE WITNESS, YOUR HONOR?

02:29PM  19                    THE COURT:  YES.  THANK YOU.

02:29PM  20                    MR. LEACH:  (HANDING.)

02:29PM  21               MAY I INQUIRE?

02:29PM  22                    THE COURT:  PLEASE.

02:29PM  23        ///

02:29PM  24        ///

02:29PM  25        ///
```

**DIRECT EXAMINATION**

BY MR. LEACH:

Q.   GOOD AFTERNOON, MS. GOULD.   WHERE DO YOU LIVE?

A.   MESA, ARIZONA.

Q.   CAN YOU PULL THAT CLOSER TO YOU SO EVERYBODY CAN HEAR YOU?

A.   MESA, ARIZONA.

Q.   AND HOW LONG HAVE YOU LIVED IN MESA, ARIZONA?

A.   I'VE BEEN IN ARIZONA FOR ABOUT 18 YEARS NOW.

Q.   AND WHAT DO YOU DO FOR A LIVING?

A.   I'M A MEDICAL ASSISTANT.

Q.   AND CAN YOU TELL US A LITTLE BIT ABOUT YOUR JOB DUTIES AS
A MEDICAL ASSISTANT?

A.   YEAH.   SO I AM IN CHARGE OF GIVING PATIENTS THEIR TEST
RESULTS, DRAWING BLOOD, ESCORTING THEM TO EXAM ROOMS, AND
ASSISTING THE DOCTORS IN KEEPING THEIR SCHEDULES FOR SURGERIES,
AND THINGS OF THAT SORT.

Q.   AND WHAT TYPES OF MEDICAL PRACTICES HAVE YOU WORKED IN AS
A MEDICAL ASSISTANT?

A.   SO I'VE DONE FAMILY PRACTICE, I'VE DONE NEUROSURGERY, AND
I'M CURRENTLY WORKING IN A GASTROENTEROLOGIST OFFICE.

Q.   AND IN CONNECTION WITH YOUR WORK IN THE FAMILY PRACTICE,
DID YOU HAVE EXPERIENCE DRAWING BLOOD FOR PATIENTS?

A.   CORRECT, YES.

Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD OF 2014.
DO YOU HAVE THAT TIME PERIOD IN MIND?

02:30PM  1    A.   YES.

02:30PM  2    Q.   OKAY.  AND WHERE WERE YOU WORKING AT THAT TIME PERIOD?

02:30PM  3    A.   I WAS WORKING IN A PRIMARY CARE OFFICE WITH

02:30PM  4    DR. CYNTHIA BARRY.

02:30PM  5    Q.   AS A MEDICAL ASSISTANT WORKING FOR DR. BARRY, DID YOU COME

02:31PM  6    TO LEARN ABOUT A COMPANY CALLED THERANOS?

02:31PM  7    A.   YES.

02:31PM  8    Q.   AND TELL US WHAT HAPPENED, PLEASE.

02:31PM  9    A.   WE HAD A REPRESENTATIVE FROM THERANOS COME IN WITH

02:31PM  10   LITERATURE ON THEIR COMPANY, WITH LOCATIONS AND PRICES FOR

02:31PM  11   THEIR TESTS.

02:31PM  12   Q.   AND YOU SAY THE REPRESENTATIVE BROUGHT LITERATURE?

02:31PM  13   A.   YEAH.

02:31PM  14   Q.   AND WHAT DO YOU MEAN?  WHAT TYPE OF MATERIALS DID THE

02:31PM  15   REPRESENTATIVE BRING?

02:31PM  16   A.   JUST PRICES FOR THEIR DIFFERENT LAB TESTS, THE LOCATION OF

02:31PM  17   THEIR FACILITY, THINGS OF THAT SORT.

02:31PM  18   Q.   AND AT THE TIME DID YOU REVIEW SOME OF THIS MATERIAL?

02:31PM  19   A.   YES.

02:31PM  20   Q.   AND WERE YOU HAVE IMPRESSED WITH THERANOS?

02:31PM  21   A.   YES.

02:31PM  22   Q.   AND WHY WERE YOU IMPRESSED WITH THERANOS?

02:31PM  23   A.   THE PRICE WAS COST EFFECTIVE FOR OUR PATIENTS THAT WERE

02:31PM  24   SELF PAY, IT WAS CONVENIENT IN REGARDS TO THE TIME WHEREAS

02:31PM  25   ANOTHER LAB YOU WOULD HAVE TO WAIT FOR A SIGNIFICANT AMOUNT OF

02:31PM  1    TIME.  IT JUST SEEMS LIKE A QUICKER PROCESS.

02:31PM  2    Q.   AND DID THE MARKETING MATERIALS ALSO SPEAK ABOUT HOW

02:31PM  3    THERANOS DREW BLOOD FROM PATIENTS?

02:32PM  4    A.   NO.  JUST THE FINGER PRICK WAS THE ONLY THING THAT I CAN

02:32PM  5    RECALL FROM.

02:32PM  6    Q.   AND WHAT DO YOU MEAN BY FINGER PRICK?  WHAT DID YOU --

02:32PM  7    A.   THAT THEY WERE ABLE TO DRAW AT THE LABS WITH JUST A FINGER

02:32PM  8    POKE.

02:32PM  9    Q.   AND BASED ON THESE MARKETING MATERIALS, DID YOU BELIEVE

02:32PM  10   THERANOS TO OFFER ACCURATE TESTS?

02:32PM  11   A.   YES.

02:32PM  12   Q.   AND DID YOU BELIEVE THEM TO OFFER RELIABLE TESTS?

02:32PM  13   A.   YES.

02:32PM  14   Q.   AND DID YOU BELIEVE THEM TO OFFER TESTS THAT WERE

02:32PM  15   COMPARABLE TO COMPETITORS IN THE MARKETPLACE?

02:32PM  16   A.   YES.

02:32PM  17   Q.   BASED ON THE MARKETING LITERATURE THAT YOU RECEIVED IN

02:32PM  18   DR. BARRY'S PRACTICE, DID YOU REFER PATIENTS TO THERANOS?

02:32PM  19   A.   YES.

02:32PM  20   Q.   AND WHY DID YOU DO THAT?

02:32PM  21   A.   WE HAD A LOT OF PATIENTS THAT DIDN'T HAVE HEALTH INSURANCE

02:32PM  22   OR IT WAS A MORE COST EFFECTIVE OPTION FOR THEM.

02:32PM  23   Q.   SLIGHT SHIFT IN TOPICS.  IN THIS TIME PERIOD OF 2014, DID

02:33PM  24   YOU HAVE ANY CHILDREN?

02:33PM  25   A.   NOT IN -- I HAD ONE LIVING CHILD, YES.

02:33PM   1    Q.   A BOY OR A GIRL?

02:33PM   2    A.   A GIRL.

02:33PM   3    Q.   AND IN THIS TIME PERIOD 2014, WERE YOU AND YOUR HUSBAND

02:33PM   4    TRYING TO HAVE ANOTHER BABY?

02:33PM   5    A.   YES.

02:33PM   6    Q.   AND HAD CONCEIVING CHILDREN BEEN EASY FOR YOU?

02:33PM   7    A.   NO.

02:33PM   8    Q.   AND AT A HIGH LEVEL, SOMETHING YOU'RE COMFORTABLE WITH,

02:33PM   9    CAN YOU TELL US A LITTLE BIT ABOUT THE DIFFICULTIES THAT YOU

02:33PM  10    HAD CONCEIVING IN THIS 2013, 2014 TIME PERIOD?

02:33PM  11    A.   YES.  SO I HAVE A HARD TIME CARRYING PREGNANCIES PAST THE

02:33PM  12    FIRST TRIMESTER.  USUALLY RIGHT AROUND THAT 12 WEEK MARK I

02:33PM  13    WOULD LOSE MY PREGNANCIES AND SUFFER A MISCARRIAGE.

02:33PM  14    Q.   HOW MANY TIMES DID THAT HAPPEN?

02:33PM  15    A.   THREE TIMES IN A ROW.

02:33PM  16    Q.   IN THE FALL OF 2014 DID YOU LEARN AT SOME POINT THAT YOU

02:33PM  17    WERE EXPECTING?

02:33PM  18    A.   YES.

02:33PM  19    Q.   AND HOW DID YOU LEARN THAT?

02:33PM  20    A.   I TOOK AN AT HOME PREGNANCY TEST.

02:33PM  21    Q.   AND AFTER TAKING THE AT HOME PREGNANCY TEST, DID YOU GO

02:34PM  22    AND SEE A DOCTOR?

02:34PM  23    A.   YES.

02:34PM  24    Q.   AND WHO DID YOU GO TO?

02:34PM  25    A.   AUDRA ZACHMAN, DR. AUDRA.

02:34PM  1    Q.   AND HAD YOU BEEN A PATIENT OF DR. ZACHMAN FOR SOME PERIOD

02:34PM  2    OF TIME BEFORE THAT?

02:34PM  3    A.   YES.

02:34PM  4    Q.   OKAY.  AND HAD DR. ZACHMAN TREATED YOU FOR ONE OF YOUR

02:34PM  5    PRIOR MISCARRIAGES?

02:34PM  6    A.   YES, CORRECT.

02:34PM  7    Q.   OKAY.  SO YOU HAVE A POSITIVE AT HOME TEST AND YOU GO TO

02:34PM  8    SEE DR. ZACHMAN.

02:34PM  9         WHAT HAPPENED?

02:34PM  10   A.   SO WE CHECKED MY BLOOD IN OFFICE I BELIEVE AT THAT TIME

02:34PM  11   AND CONFIRMED THE PREGNANCY WITH AN HCG QUANTITATIVE BLOOD

02:34PM  12   TEST.

02:34PM  13   Q.   AND DID YOU AND DR. ZACHMAN DISCUSS DRAWING ADDITIONAL HCG

02:34PM  14   BLOOD TESTS?

02:34PM  15   A.   CORRECT, YES.

02:34PM  16        MR. LEACH:  OKAY.  MAY I HAVE ONE MOMENT,

02:34PM  17   YOUR HONOR?

02:34PM  18        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:35PM  19   BY MR. LEACH:

02:35PM  20   Q.   I'D LIKE TO DISPLAY FOR THE WITNESS, IF WE CAN, A DOCUMENT

02:35PM  21   IN EVIDENCE WHICH IS 5410.

02:35PM  22        THE COURT:  IS THIS JUST FOR THE WITNESS?

02:35PM  23        MR. LEACH:  I BELIEVE IT'S IN EVIDENCE SO I BELIEVE

02:35PM  24   WE CAN DISPLAY IT FOR THE JURY.

02:35PM  25        THE COURT:  THAT'S FINE.

02:35PM  1    BY MR. LEACH:

02:35PM  2    Q.   MS. GOULD, DO YOU SEE YOUR NAME IN THE LEFT CORNER WHERE

02:35PM  3    IT SAYS "PATIENT"?

02:35PM  4    A.   YES.

02:35PM  5    Q.   AND THERE'S AN AGE 24 YEARS.  IS THAT ROUGHLY YOUR AGE

02:35PM  6    BACK IN 2014?

02:36PM  7    A.   CORRECT, YES.

02:36PM  8    Q.   OKAY.  AND DO YOU SEE THAT THIS IS A LAB RESULT REPORT

02:36PM  9    FROM QUEST DIAGNOSTICS?

02:36PM  10   A.   YES.

02:36PM  11   Q.   AND DO YOU SEE THE DATE DRAWN IS SEPTEMBER 30TH, 2014?

02:36PM  12   A.   CORRECT.

02:36PM  13   Q.   OKAY.  IS THAT TIME PERIOD ROUGHLY CONSISTENT WHEN YOU

02:36PM  14   FIRST WENT TO SEE DR. ZACHMAN ABOUT YOUR PREGNANCY?

02:36PM  15   A.   YES.

02:36PM  16   Q.   AND YOU RECALL BEING TOLD THAT YOUR HCG RESULTS LOOKED

02:36PM  17   GOOD AND INDICATIVE OF A PREGNANCY?

02:36PM  18   A.   CORRECT.

02:36PM  19   Q.   OKAY.  AT SOME POINT IN TIME DID YOU HAVE YOUR BLOOD DRAWN

02:36PM  20   FROM THERANOS?

02:36PM  21   A.   YES.

02:36PM  22   Q.   WHY DID YOU GO TO THERANOS?

02:36PM  23   A.   OUT OF CONVENIENCE.  I BELIEVE AT THAT TIME MY PLAN WAS A

02:36PM  24   HIGH DEDUCTIBLE AND IT WAS MORE COST EFFECTIVE FOR ME.

02:36PM  25   Q.   LET ME PLEASE DRAW YOUR ATTENTION TO WHAT IS IN EVIDENCE

02:36PM  1    AS EXHIBIT 2044.  IF WE CAN ZOOM IN ON THE TOP PORTION OF THIS

02:37PM  2    PAGE.

02:37PM  3        DO YOU SEE THE VISIT OR YOUR NAME IN THE LEFT CORNER,

02:37PM  4    MS. GOULD?

02:37PM  5    A.   YES.

02:37PM  6    Q.   AND DO YOU SEE THE DATE OF 10-20-2014?

02:37PM  7    A.   YES.

02:37PM  8    Q.   OKAY.  TELL US ABOUT YOUR EXPERIENCE GETTING YOUR BLOOD

02:37PM  9    DRAWN AT THERANOS?  WHERE DID YOU GO AND WHAT HAPPENED?

02:37PM  10   A.   I WENT TO A WALGREENS LOCATION THAT HAD A THERANOS.  IT

02:37PM  11   WAS A PRETTY EASY PROCESS.  I DON'T RECALL ANY HANGUPS.  I

02:37PM  12   DIDN'T HAVE TO WAIT LONG.  I GOT MY FINGER POKED, AND I WENT ON

02:37PM  13   MY WAY.

02:37PM  14   Q.   WHEN YOU SAY YOU GOT YOUR FINGER POKED, DO YOU MEAN THE

02:37PM  15   BLOOD WAS DRAWN FROM YOUR FINGER AS OPPOSED TO A VEIN?

02:37PM  16   A.   YES.

02:37PM  17   Q.   AND YOU FOUND THIS CONVENIENT?

02:37PM  18   A.   YES.

02:37PM  19   Q.   HOW DID YOU PAY FOR THE TEST?

02:37PM  20   A.   I BELIEVE -- I CAN'T RECALL THAT CORRECTLY, BUT, I MEAN, I

02:37PM  21   CAN'T SAY -- I WOULD ASSUME A CREDIT CARD.

02:38PM  22   Q.   AND DID COST FACTOR INTO YOUR DECISION TO GO TO THERANOS?

02:38PM  23   A.   YES.

02:38PM  24   Q.   AT THE TIME DID YOU HAVE A HIGH DEDUCTIBLE INSURANCE PLAN?

02:38PM  25   A.   YES.

02:38PM   1     Q.   AND YOU WERE LOOKING FOR SOMETHING WHERE YOU DIDN'T HAVE

02:38PM   2     TO PAY THAT HIGH DEDUCTIBLE?

02:38PM   3     A.   CORRECT.

02:38PM   4     Q.   AND SITTING HERE TODAY, YOU DON'T HAVE A FIRM MEMORY IF

02:38PM   5     YOU PAID OR HOW YOU PAID?

02:38PM   6     A.   CORRECT.

02:38PM   7     Q.   AT THE TIME YOU WENT TO THERANOS DID YOU BELIEVE YOU WOULD

02:38PM   8     GET AN ACCURATE BLOOD TEST?

02:38PM   9     A.   YES.

02:38PM  10     Q.   DID YOU BELIEVE YOU WOULD GET A RELIABLE BLOOD TEST?

02:38PM  11     A.   YES.

02:38PM  12     Q.   AND WOULD YOU HAVE GONE TO THERANOS IF YOU HAD BELIEVED

02:38PM  13     EITHER OF THOSE TWO THINGS WEREN'T TRUE?

02:38PM  14     A.   NO.

02:38PM  15     Q.   WAS THIS THE ONLY TEST THAT YOU GOT AT THERANOS?

02:38PM  16     A.   NO.

02:38PM  17     Q.   AND LET ME DRAW YOUR ATTENTION TO PAGE 2 OF EXHIBIT 2044.

02:39PM  18          DO YOU SEE YOUR NAME IN THE LEFT PORTION OF THIS DOCUMENT?

02:39PM  19     A.   YES.

02:39PM  20     Q.   AND DO YOU SEE A VISIT DATE OF OCTOBER 4TH, 2014?

02:39PM  21     A.   YES.

02:39PM  22     Q.   OKAY.  DO YOU BELIEVE THIS TO BE THE SECOND TIME THAT YOU

02:39PM  23     WENT TO THERANOS FOR A BLOOD TEST?

02:39PM  24     A.   YES.

02:39PM  25     Q.   DID YOUR SECOND EXPERIENCE AT THERANOS STAND OUT IN ANY

02:39PM  1    WAY FROM YOUR FIRST EXPERIENCE?

02:39PM  2    A.   NO.  IT'S UNREMARKABLE.

02:39PM  3    Q.   AND WAS YOUR BLOOD DRAWN BY A FINGER?

02:39PM  4    A.   YES, IT WAS DRAWN BY A FINGER POKE.

02:39PM  5    Q.   AND JUST SO WE HAVE AN ACCURATE RECORD, LET ME ASK THE

02:39PM  6    QUESTION AGAIN.  WAS YOUR BLOOD DRAWN FROM THE FINGER?

02:39PM  7    A.   YES.

02:39PM  8    Q.   AND DO YOU RECALL HOW YOU PAID FOR THIS TEST, IF AT ALL?

02:39PM  9    A.   I CAN'T RECALL.

02:39PM  10   Q.   DID COST AGAIN FACTOR INTO WHY YOU WENT TO THERANOS?

02:39PM  11   A.   YES.

02:39PM  12   Q.   AND DID YOU GO BECAUSE YOU BELIEVED YOU WOULD GET AN

02:39PM  13   ACCURATE AND RELIABLE TEST?

02:39PM  14   A.   YES.

02:39PM  15   Q.   IN THE TWO DAYS BETWEEN YOUR VISITS TO THERANOS, DID

02:40PM  16   ANYTHING CHANGE IN TERMS OF YOUR HEALTH CIRCUMSTANCES OR

02:40PM  17   YOUR -- OR WHAT YOU WERE DOING ON A DAILY BASIS?

02:40PM  18   A.   NO.

02:40PM  19   Q.   OKAY.  AFTER GETTING YOUR BLOOD DRAWN FROM THERANOS FOR

02:40PM  20   THIS SECOND TIME, DID YOU GO IN TO MEET WITH DR. ZACHMAN?

02:40PM  21   A.   YES.

02:40PM  22   Q.   DID YOU GO ALONE?

02:40PM  23   A.   NO.  I HAD MY DAUGHTER WITH ME.

02:40PM  24   Q.   OKAY.  WHEN YOU WENT IN TO SEE DR. ZACHMAN AFTER THIS

02:40PM  25   SECOND TEST, WHAT DID SHE SAY TO YOU?  TELL US WHAT HAPPENED.

02:40PM   1     A.   I WENT IN FOR MY VISIT, AND THEY GIVE YOU A BAG OF STUFF

02:40PM   2     WHEN YOU'RE A NEW MOM, ALL OF THE GOODIES.  SO I GOT MY BAG,

02:40PM   3     AND WE HAD THIS CONVERSATION.  AND THEN THE LAB RESULTS HAD

02:40PM   4     COME IN AT THE END OF THE VISIT, AND SHE TOLD ME YOUR NUMBERS

02:40PM   5     ARE FALLING, UNFORTUNATELY.

02:40PM   6          THAT SIGNIFIED TO ME THAT I WAS MISCARRYING.

02:41PM   7     Q.   AND WHEN DR. ZACHMAN TOLD YOU THAT YOUR NUMBERS WERE

02:41PM   8     FALLING, DID YOU UNDERSTAND THAT TO BE A REFERENCE TO THE HCG

02:41PM   9     TEST?

02:41PM   10    A.   YES.

02:41PM   11    Q.   AND HAD YOU HAD EXPERIENCE WITH FALLING HCG TESTS FROM

02:41PM   12    YOUR PRIOR MISCARRIAGES?

02:41PM   13    A.   YES.

02:41PM   14    Q.   DID YOU DISCUSS WITH -- BASED ON THE FALLING NUMBERS THAT

02:41PM   15    DR. ZACHMAN DESCRIBED TO YOU, DID YOU AND SHE DISCUSS POTENTIAL

02:41PM   16    TREATMENT OPTIONS?

02:41PM   17    A.   YES.

02:41PM   18    Q.   AND WHAT DID YOU DISCUSS?

02:41PM   19    A.   THE WAYS TO TERMINATE A PREGNANCY, THE OPTIONS, YOU CAN

02:41PM   20    TAKE THE MEDICATION AND D&C OR JUST LET YOUR BODY GO THROUGH IT

02:41PM   21    NATURALLY.

02:41PM   22    Q.   AND DID YOU AND DR. ZACHMAN ALSO DISCUSS GETTING RETESTED?

02:41PM   23    A.   YES.

02:41PM   24    Q.   LET ME DRAW YOUR ATTENTION TO WHAT HAS BEEN ADMITTED INTO

02:41PM   25    EVIDENCE AS EXHIBIT 3305.

02:42PM  1          MS. GOULD, DO YOU SEE YOUR NAME IN THE LEFT CORNER?

02:42PM  2     A.   YES.

02:42PM  3     Q.   AND DO YOU SEE THE NAME QUEST DIAGNOSTICS INC.?

02:42PM  4     A.   YES.

02:42PM  5     Q.   AND DO YOU BELIEVE THAT TO BE THE LAB TESTING COMPANY THAT

02:42PM  6     YOU WENT TO FOR YOUR NEXT HCG TEST?

02:42PM  7     A.   YES.

02:42PM  8     Q.   AND THIS ONE HAS AN HCG LEVEL OF 9559.

02:42PM  9          DID YOU HAVE CONVERSATIONS WITH DR. ZACHMAN ABOUT THIS

02:42PM  10    TEST?

02:42PM  11    A.   YES.

02:42PM  12    Q.   AND TELL US ABOUT THAT, PLEASE?

02:42PM  13    A.   I CAN'T RECALL THE DETAILS, BUT IT WAS A LITTLE CONFUSING,

02:42PM  14    THE CONFLICTING INFORMATION.  SO FROM THAT POINT FORWARD WE

02:42PM  15    DECIDED TO STICK WITH SONORA QUEST JUST TO ENSURE THAT WE'RE,

02:42PM  16    YOU KNOW, GETTING ACCURATE RESULTS.

02:42PM  17    Q.   AFTER SOME ADDITIONAL VISIT AND SOME ADDITIONAL TESTS, DID

02:43PM  18    YOU AND DR. ZACHMAN STILL CONCLUDE THAT YOU WERE STILL

02:43PM  19    PREGNANT?

02:43PM  20    A.   YES.

02:43PM  21    Q.   AND DID YOU ULTIMATELY GIVE BIRTH TO A BABY?

02:43PM  22    A.   YES.

02:43PM  23    Q.   AND WAS IT A GIRL OR A BOY?

02:43PM  24    A.   A GIRL.

02:43PM  25    Q.   AND AFTER THIS EXPERIENCE DID YOU EVER GO BACK TO

02:43PM  1    THERANOS?

02:43PM  2    A.    NO.

02:43PM  3    Q.    WHY NOT?

02:43PM  4    A.    INACCURATE RESULTS.  I DIDN'T FEEL LIKE I COULD TRUST IT.

02:43PM  5    Q.    AFTER THIS EXPERIENCE, DID YOU EVER REFER ANY OF YOUR

02:43PM  6    PATIENTS AT DR. BARRY'S FAMILY PRACTICE TO THERANOS?

02:43PM  7    A.    NO.

02:43PM  8    Q.    WHY NOT?

02:43PM  9    A.    INACCURATE RESULTS.  WE CAN'T PROVIDE ACCURATE PATIENT

02:43PM  10   CARE WITH INACCURATE RESULTS.

02:43PM  11             MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

02:43PM  12             THE COURT:  YES.

02:43PM  13        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:43PM  14             MR. LEACH:  THANK YOU, MS. GOULD.  I HAVE NOTHING

02:44PM  15   FURTHER.

02:44PM  16             THE COURT:  CROSS-EXAMINATION?

02:44PM  17             MS. TREFZ:  WE HAVE NO QUESTIONS FOR THIS WITNESS,

02:44PM  18   YOUR HONOR.

02:44PM  19             THE COURT:  MAY THIS WITNESS BE EXCUSED?

02:44PM  20             MS. TREFZ:  SHE MAY.

02:44PM  21             THE COURT:  THANK YOU.  YOU'RE EXCUSED.  THANK YOU.

02:44PM  22             THE WITNESS:  THANK YOU.

02:44PM  23             THE COURT:  LADIES AND GENTLEMEN, WE'LL TAKE OUR

02:44PM  24   EVENING BREAK NOW.  THANK YOU.  I APPRECIATE YOUR INDULGENCE

02:44PM  25   WITH YOUR TIME.

1448

```
02:44PM   1              AS YOU KNOW, I DO WANT TO CONTINUE TO REMIND YOU OF THE

02:44PM   2       ADMONITION.  IT IS IN PLACE.  YOU MUST NOT COMMUNICATE WITH

02:44PM   3       ANYONE IN ANY WAY ABOUT THIS CASE, YOU MUST IGNORE ANY

02:44PM   4       INFORMATION ABOUT THE CASE THAT YOU MIGHT SEE WHILE BROWSING

02:44PM   5       THE INTERNET OR YOUR SOCIAL MEDIA FEEDS OR WHILE YOU WATCH

02:44PM   6       TELEVISION, LISTEN TO THE RADIO OR ANY OTHER ENTERTAINMENT

02:44PM   7       DEVICES.

02:44PM   8              I'LL ASK YOU TOMORROW MORNING AGAIN WHETHER OR NOT THAT

02:44PM   9       HAS OCCURRED TO YOU, BUT FOR THIS EVENING, PLEASE REMEMBER THE

02:44PM   10      ADMONITION.

02:44PM   11             THANK YOU.  AGAIN, WE'LL GO UNTIL 3:00 TOMORROW, PLEASE,

02:45PM   12      IF THAT'S ALL RIGHT.

02:45PM   13             I SEE NO HANDS.

02:45PM   14             SO WE'LL GO UNTIL 3:00 TOMORROW AND POSSIBLY FRIDAY.  THAT

02:45PM   15      WOULD BE HELPFUL.

02:45PM   16             ALL RIGHT.  HAVE A GOOD EVENING EVERYONE.  THANK YOU.

02:45PM   17             (JURY OUT AT 2:45 P.M.)

02:45PM   18                THE COURT:  THANK YOU.  PLEASE BE SEATED.  THANK

02:45PM   19      YOU.

02:45PM   20             THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

02:45PM   21      DAY.

02:45PM   22             ANYTHING FURTHER BEFORE WE RECESS?

02:45PM   23             FROM THE GOVERNMENT?

02:45PM   24                MR. LEACH:  NO, YOUR HONOR.

02:46PM   25                MR. WADE:  NOTHING FROM THE DEFENSE.
```

02:46PM   1          THE COURT:  ALL RIGHT.  HAVE A GOOD EVENING.  WE'LL

02:46PM   2   SEE YOU TOMORROW MORNING.  THANK YOU.

02:46PM   3          THE CLERK:  COURT IS ADJOURNED.

02:46PM   4       (COURT ADJOURNED AT 2:46 P.M.)

          5

          6

          7

          8

          9

         10

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                        CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, CRR
     CERTIFICATE NUMBER 8076
17

18   _____

19   LEE-ANNE SHORTRIDGE, CSR, CRR
     CERTIFICATE NUMBER 9595
20

21         DATED:  SEPTEMBER 21, 2021

22

23

24

25