1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,          )   CR-18-00258-EJD
6                                      )
                      PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                      )
             VS.                       )   VOLUME 11
8                                      )
    ELIZABETH A. HOLMES,               )   SEPTEMBER 24, 2021
9                                      )
                      DEFENDANT.       )   PAGES 1686 - 1888
10   _____   )

11

                    TRANSCRIPT OF TRIAL PROCEEDINGS
12             BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14

     FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
23                          LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1      A P P E A R A N C E S: (CONT'D)

 2

 3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 6
                               LAW OFFICE OF JOHN D. CLINE
 7                             BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
 8                             SAN FRANCISCO, CALIFORNIA 94111

 9
      ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
10                             BY:  ADELAIDA HERNANDEZ

11                             OFFICE OF THE U.S. ATTORNEY
                               BY:  LAKISHA HOLLIMAN, PARALEGAL
12                                  MADDI WACHS, PARALEGAL

13                             WILLIAMS & CONNOLLY
                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
14
                               TBC
15                             BY:  BRIAN BENNETT, TECHNICIAN

16

17

18

19

20

21

22

23

24

25
```

1

<u>INDEX OF PROCEEDINGS</u>

2

GOVERNMENT'S:

3

4    **ADAM ROSENDORFF**
     DIRECT EXAM BY MR. BOSTIC                              P. 1702

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       INDEX OF EXHIBITS

2
                                    IDENT.     EVIDENCE
3       GOVERNMENT'S:

4       939                                      1715
        3231                                     1723
5       1049                                     1725
        1157                                     1734
6       1491                                     1739
        1214                                     1743
7       1432                                     1746
        1525                                     1755
8       1772                                     1759
        2188                                     1767
9       4836                                     1779
        4145                                     1787
10      4147                                     1790
        4840                                     1793
11      4222                                     1800
        4228                                     1804
12      1543                                     1810
        1555                                     1816
13      4116                                     1821
        4189                                     1825
14      2009                                     1829
        5397                                     1831
15      2206                                     1837
        4124                                     1842
16      4127                                     1846
        1717                                     1851
17      4014                                     1858
        1828                                     1860
18      4292                                     1866
        4298                                     1872
19      1953                                     1874

20

21

22

23

24

25

```
 1      SAN JOSE, CALIFORNIA                    SEPTEMBER 24, 2021

 2                      P R O C E E D I N G S

 3           (COURT CONVENED AT 8:32 A.M.)

 4           (JURY OUT AT 8:32 A.M.)

 5                THE COURT:  WE ARE ON THE RECORD IN THE HOLMES

 6      MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

 7           WE ARE OUTSIDE OF THE PRESENCE OF THE JURY TO TALK

 8      ABOUT -- LET'S SEE, MS. KRATZMANN RECEIVED AN EMAIL FROM

 9      MR. BOSTIC REGARDING A WITNESS.

10           MR. BOSTIC?

11                MR. BOSTIC:  THANK YOU, YOUR HONOR.

12      GOOD MORNING.  JOHN BOSTIC FOR THE UNITED STATES.

13                THE COURT:  GOOD MORNING.

14                MR. BOSTIC:  WE WANTED TO BRING AN ISSUE TO THE

15      COURT'S ATTENTION.  WE ARE NOT SURE WHETHER THE COURT WILL WANT

16      TO RESOLVE IT NOW OR DURING DR. ROSENDORFF'S CROSS, BUT WE

17      WANTED TO FLAG IT FOR THE COURT.

18           SUBSEQUENT TO DR. ROSENDORFF'S EMPLOYMENT AT THERANOS HE

19      HAS OBTAINED UNRELATED EMPLOYMENT AT A DIFFERENT LAB.  IN THE

20      PAST SEVERAL MONTHS THAT LAB WAS THE SUBJECT OF A CMS

21      INSPECTION, AND THAT CMS INSPECTION LED TO SOME FINDINGS OF

22      DEFICIENCIES AT THAT LAB.

23           WE LEARNED ABOUT IT AND PRODUCED THE RECORDS IN OUR

24      POSSESSION RELATING TO THAT MATTER TO THE DEFENSE SEVERAL WEEKS

25      AGO.
```

08:33AM 1      I REACHED OUT TO DEFENSE TO ASK WHETHER THEY INTENDED TO

08:34AM 2   GO INTO THAT TOPIC ON CROSS, AND I WAS INFORMED THAT THEY MAY.

08:34AM 3   WE BELIEVE THAT'S INAPPROPRIATE CROSS IN THIS CASE.  WE BELIEVE

08:34AM 4   THAT IT'S BEYOND THE SCOPE OF DIRECT, AND WE FAIL TO SEE HOW IT

08:34AM 5   FITS INTO THE RULES OF EVIDENCE THAT DELINEATE THE APPROPRIATE

08:34AM 6   AREAS FOR A POSSIBLE WITNESS LIKE THIS.

08:34AM 7          THE COURT:  OKAY.  THANK YOU.

08:34AM 8      MR. WADE?

08:34AM 9          MR. WADE:  GOOD MORNING, YOUR HONOR.

08:34AM 10     LANCE WADE FOR MS. HOLMES.

08:34AM 11         MR. BOSTIC DID MAKE THAT INQUIRY LAST NIGHT, AND WE WERE

08:34AM 12  AS CANDID AS WE COULD BE WITH HIM, WHICH IS TO SAY WE SAID WE

08:34AM 13  MIGHT USE IT.  WE, OF COURSE, DON'T KNOW EXACTLY WHAT WE'RE

08:34AM 14  GOING TO DO BECAUSE WE HAVE NOT HEARD THE DIRECT EXAMINATION.

08:34AM 15         I WOULD HAVE EXPECTED, YOU KNOW, JUST BASED UPON THE

08:34AM 16  DEVELOPMENTS IN THE CASE AND THE DISCLOSURES OF THE GOVERNMENT,

08:34AM 17  THAT DR. ROSENDORFF WOULD TESTIFY ON DIRECT FOR, YOU KNOW, A

08:35AM 18  DAY OR TWO.

08:35AM 19         I UNDERSTAND THAT HE NOW MAY TESTIFY ONLY FOR A COUPLE OF

08:35AM 20  HOURS.  IF THAT'S THE CASE, MAYBE WE DON'T NEED IT.

08:35AM 21         I CAN CERTAINLY REPRESENT TO THE COURT WE WOULD NOT NEED

08:35AM 22  TO USE THESE MATERIALS TODAY, SO WE COULD WAIT AND SEE WHAT THE

08:35AM 23  DIRECT EXAMINATION IS AND THEN DEAL WITH IT DOWN THE ROAD, IF

08:35AM 24  NECESSARY.

08:35AM 25         OF COURSE, THE COURT WELL KNOWS UNDER THE ABEL DECISION

08:35AM  1    THAT BIAS IS AN APPROPRIATE BASIS FOR CROSS-EXAMINATION AND AN

08:35AM  2    APPROPRIATE USE OF EXTRINSIC EVIDENCE.

08:35AM  3        SO WHETHER THAT COMES FROM THE PLAINTIFF IN THIS CASE OR

08:35AM  4    NOT, I DON'T KNOW, WE'LL HAVE TO SEE WHAT DR. ROSENDORFF SAYS

08:35AM  5    ON THE STAND.

08:35AM  6            THE COURT:  WELL, CERTAINLY BIAS IS ALWAYS RELEVANT

08:35AM  7    IN ANY CASE.

08:35AM  8        BUT THE QUESTION AS I LOOK AT IT IS, HOW FAR AND HOW MUCH,

08:35AM  9    IF ANY, EXAMINATION IS PROPER?

08:35AM  10       AS YOU KNOW, WE HAD A WITNESS EARLIER AND THE WITNESS'S

08:35AM  11   POST EVENT EMPLOYMENT WAS DISCUSSED, AND THE COURT FOUND THAT'S

08:36AM  12   NOT RELEVANT.

08:36AM  13       IT MIGHT BE RELEVANT IN THIS CASE, BUT I DON'T KNOW.  WITH

08:36AM  14   THIS WITNESS, I DON'T KNOW.

08:36AM  15       I THINK I GRANTED YOUR MOTION TO NOT ALLOW THAT TESTIMONY

08:36AM  16   TO COME IN BECAUSE POST EMPLOYMENT FROM THERANOS AS TO THAT

08:36AM  17   WITNESS WAS -- YOU REMEMBER THAT WITNESS.

08:36AM  18           MR. WADE:  I NOW DO REMEMBER.  I WAS SEARCHING MY

08:36AM  19   MEMORY BANK, AND I BELIEVE IT WAS A COUPLE WEEKS AGO, BUT IT

08:36AM  20   FEELS SLIGHTLY LONGER THAN THAT AS THIS POINT.

08:36AM  21       BUT I DO RECALL THAT ISSUE AND, AS A RESULT OF THE NATURE

08:36AM  22   OF THAT EXAMINATION, THAT WAS -- I DON'T BELIEVE THE GOVERNMENT

08:36AM  23   WAS SAYING THAT THEY WERE OFFERING IT FOR BIAS, AND WE

08:36AM  24   CERTAINLY, I THINK, AT THE TIME EXPLICITLY SAID WE WERE NOT

08:36AM  25   GOING INTO BIAS ON THAT WITNESS.

08:36AM  1       SO WHAT HAPPENS HERE I DON'T KNOW.  THERE ARE A COUPLE OF

08:36AM  2    INSTANCES OF EMPLOYMENT, POST THERANOS EMPLOYMENT BY -- THAT

08:36AM  3    THE GOVERNMENT IS AWARE OF.

08:37AM  4       I THINK IT'S FAIR TO ASSUME THAT WE GIVE THEM NOTICE THAT

08:37AM  5    WE MAY USE THAT.  WE MAY SEEK TO USE THAT.

08:37AM  6       IF WE -- IF THE COURT WANTS US TO ADDRESS THAT AGAIN,

08:37AM  7    MAYBE TUESDAY MORNING OR MONDAY AFTERNOON, ONCE WE HAVE A

08:37AM  8    BETTER SENSE, WE'RE HAPPY TO DO THAT AND I WILL MAKE THE

08:37AM  9    COMMITMENT TO THE COURT THAT WE WILL NOT GO INTO THOSE MATTERS

08:37AM 10    TODAY.

08:37AM 11            THE COURT:  OKAY.  WELL, THANK YOU.

08:37AM 12       DO YOU ANTICIPATE YOUR TIME ON DIRECT WITH THIS WITNESS TO

08:37AM 13    TAKE UP THE MORNING?

08:37AM 14            MR. BOSTIC:  I THINK IT WILL TAKE UP THE MORNING AND

08:37AM 15    IT WILL GO INTO THE AFTERNOON AND PROBABLY WELL INTO THE

08:37AM 16    AFTERNOON.

08:37AM 17       SO I AGREE WITH MR. WADE ON TIMING.  THAT'S ALL WE'RE

08:37AM 18    ASKING FOR IS AN OPPORTUNITY TO ADDRESS THIS WITH THE COURT,

08:37AM 19    AND WE WANTED TO PUT THE DEFENSE ON NOTICE AND RAISE IT WITH

08:37AM 20    THE COURT IN THE INTEREST OF EFFICIENCY SO THERE'S A CHANCE TO

08:37AM 21    TALK ABOUT IT AND TO HEAR THE DEFENSE'S ARTICULATION FOR WHY

08:37AM 22    IT'S ADMISSIBLE CROSS BEFORE IT GETS RAISED DURING THE

08:37AM 23    EXAMINATION OF THE WITNESS.

08:37AM 24            THE COURT:  SURE.  I APPRECIATE YOUR ATTENTION TO

08:38AM 25    THIS.  LET'S SEE WHERE WE GO.  THANK YOU FOR YOUR INFORMATION

08:38AM  1    ABOUT HOW LONG YOU THINK YOUR DIRECT WILL BE.

08:38AM  2         IT SOUNDS LIKE IT MAY COME UP THIS AFTERNOON, LATE THIS

08:38AM  3    AFTERNOON, MAYBE NOT.

08:38AM  4         BUT IF IT DOES, IF YOU FINISH WITH YOUR DIRECT, MY SENSE

08:38AM  5    IS THAT WITH THE TIME REMAINING, MR. WADE, YOU CAN -- YOU HAVE

08:38AM  6    OTHER AREAS TO PROBE BEFORE YOU GET INTO THIS I WOULD THINK.

08:38AM  7              MR. WADE:  I DO, YOUR HONOR.  SO I DON'T SEE A NEED

08:38AM  8    TO ADDRESS IT AND TAKE UP ANY TIME WITH THE JURY CERTAINLY.

08:38AM  9         ONCE WE HAVE A BETTER SENSE OF THE SCOPE OF THE DIRECT, WE

08:38AM  10   CAN CONFER AND ADVISE THE COURT WHETHER WE NEED TO COME BACK TO

08:38AM  11   THE COURT.

08:38AM  12             THE COURT:  OKAY.  OKAY.

08:38AM  13             MR. WADE:  SINCE WE'RE HERE, YOUR HONOR, I DO HAVE

08:38AM  14   TWO OTHER SMALL ITEMS THAT I JUST WOULD RAISE WITH RESPECT TO

08:38AM  15   DR. ROSENDORFF.

08:38AM  16             THE COURT:  SURE.  LET ME -- BEFORE YOU DO THAT,

08:38AM  17   PARDON ME.

08:38AM  18        IF WE WANT TO DISCUSS THIS ISSUE BEFORE TUESDAY'S

08:38AM  19   TESTIMONY, I THINK OUR MONDAY MORNING CALENDAR -- DO WE HAVE

08:38AM  20   ANYTHING ON CALENDAR MONDAY, MS. KRATZMANN?

08:39AM  21             THE CLERK:  WE DO NOT, YOUR HONOR.

08:39AM  22             THE COURT:  WE HAVE AN AFTERNOON CRIMINAL CALENDAR,

08:39AM  23   WHICH IS A STANDING CALENDAR, BUT MY MONDAY MORNING IS

08:39AM  24   AVAILABLE, SO WE COULD MEET TO DISCUSS THIS ISSUE MONDAY

08:39AM  25   MORNING, AGAIN, MR. WADE, AT 5:00 A.M. IF THAT'S YOUR

08:39AM   1    PREFERENCE.

08:39AM   2              MR. WADE:  MY UNDERSTANDING IS THAT'S WHAT THE COURT

08:39AM   3    REPORTER PREFERS, YOUR HONOR, SO I'LL BE HAPPY TO ACCOMMODATE.

08:39AM   4              THE COURT:  OKAY.  SO LET'S MOVE TO YOUR OTHER

08:39AM   5    ISSUES.

08:39AM   6              MR. WADE:  THE OTHER ISSUE, JUST SMALL ISSUES THAT I

08:39AM   7    WANTED TO RAISE, I'M SURE THE GOVERNMENT IS PROBABLY NOT

08:39AM   8    INTENDING TO BRING CERTAIN ITEMS OF SPECULATION OUT ON DIRECT,

08:39AM   9    BUT I JUST WANT TO FLAG THEM IN ADVANCE TO GET CLARITY OF THAT.

08:39AM  10       ONE IS THAT THERE ARE SOME STATEMENTS IN SOME RECENT

08:39AM  11    DISCLOSURES FROM THE GOVERNMENT THAT DR. ROSENDORFF HEARD THAT

08:39AM  12    MS. HOLMES WAS BCC'D ON ALL EMAILS TO MR. BALWANI.

08:39AM  13       WE BELIEVE THAT'S NOT THE CASE, NOR DOES THIS WITNESS HAVE

08:39AM  14    FOUNDATION TO OFFER THAT, SO I JUST WANT TO -- I DON'T WANT TO

08:40AM  15    CREATE ANY MISIMPRESSION WITH THE JURY, SO I JUST WANTED TO

08:40AM  16    RAISE THAT ISSUE.

08:40AM  17              THE COURT:  OKAY.

08:40AM  18              MR. BOSTIC:  I DON'T INTEND TO ELICIT THAT

08:40AM  19    TESTIMONY, YOUR HONOR.

08:40AM  20              MR. WADE:  AND THEN ONE OTHER SMALL POINT OF A

08:40AM  21    SIMILAR NATURE.

08:40AM  22       THERE'S AN INSTANCE WHERE DR. ROSENDORFF OFFERS

08:40AM  23    SPECULATION AS TO WHY CERTAIN INFORMATION WAS NOT TO BE --

08:40AM  24    MR. BALWANI ASKED NOT TO BE INCLUDED ON CERTAIN REPORTS.

08:40AM  25       WE WOULD JUST, AGAIN, SUGGEST THAT THERE'S, THERE'S NOT A

08:40AM  1   BASIS FOR THIS WITNESS TO SPECULATE AS TO DOCTOR -- AS TO

08:40AM  2   MR. BALWANI'S REASONS FOR NOT WANTING TO DO SOMETHING.  HE CAN

08:40AM  3   OBVIOUSLY TESTIFY AS TO THE FACTS AND, TO A DEGREE, HIS

08:40AM  4   INTERACTIONS WITH MR. BALWANI.  BUT WE WANT TO MAKE SURE THAT

08:40AM  5   THE SPECULATION ABOUT MR. BALWANI'S REASONS IS NOT OFFERED IN

08:40AM  6   COURT.

08:41AM  7        MR. BOSTIC:  YOUR HONOR, ON THAT, I DON'T INTEND TO

08:41AM  8   ELICIT ANY SPECULATION FROM THIS WITNESS.

08:41AM  9        I CONFESS, THOUGH, I'M NOT SURE WHAT INSTANT DEFENSE

08:41AM 10   COUNSEL IS REFERRING TO WHEN HE TALKS ABOUT CERTAIN INFORMATION

08:41AM 11   IN CERTAIN REPORTS.

08:41AM 12        MR. WADE:  THERE WAS AN INSTANCE THAT WAS DISCLOSED

08:41AM 13   IN A 302 THAT A REAGENT WAS USED OR CERTAIN ITEMS WERE NOT

08:41AM 14   DISCLOSED TO A PATIENT.

08:41AM 15        DR. ROSENDORFF SPECULATED THAT THE REASON THAT MR. BALWANI

08:41AM 16   DIDN'T WANT TO DO THAT WAS SOME NEFARIOUS REASON.

08:41AM 17        AGAIN, I WOULD ASSUME THE GOVERNMENT WOULDN'T SEEK TO

08:41AM 18   OFFER SUCH EVIDENCE.  I JUST WANT TO MAKE CLEAR THAT THAT'S THE

08:41AM 19   CASE.

08:41AM 20        MR. BOSTIC:  SO, YOUR HONOR, I, I DON'T INTEND TO

08:41AM 21   ASK THIS WITNESS TO ACT AS A MIND READER.  I KNOW HE DOESN'T

08:41AM 22   KNOW WHAT WAS INSIDE MR. BALWANI'S HEAD.

08:41AM 23        I THINK HE IS QUALIFIED TO GIVE HIS IMPRESSION ABOUT WHAT

08:41AM 24   MR. BALWANI APPEARED TO PRIORITIZE AT VARIOUS TIMES.  HE WORKED

08:41AM 25   CLOSELY WITH MR. BALWANI FOR A NUMBER OF MONTHS AND HAS A GOOD

08:42AM  1      FOUNDATION TO TESTIFY ON THAT BASIS.

08:42AM  2           SO I THINK IF THAT'S THE TESTIMONY THAT MR. WADE IS

08:42AM  3      REFERRING TO, I THINK IT IS ADMISSIBLE, BUT IT WON'T BE

08:42AM  4      SPECULATION.

08:42AM  5                MR. WADE:  WE CAN DEAL WITH IT AS IT ARISES,

08:42AM  6      YOUR HONOR.

08:42AM  7                THE COURT:  ALL RIGHT.  GREAT.  THANK YOU.

08:42AM  8                MR. BOSTIC:  YOUR HONOR, I APOLOGIZE, ONE RELATED

08:42AM  9      ISSUE FOR DR. ROSENDORFF THAT I FAILED TO MENTION.

08:42AM 10           ANOTHER ITEM RELATING TO HIS POST-THERANOS EMPLOYMENT, HE

08:42AM 11      ALSO WORKED FOR A COMPANY, AND I BELIEVE THE COURT IS AWARE OF

08:42AM 12      THIS, THAT LATER BECAME THE SUBJECT OF AN UNRELATED GOVERNMENT

08:42AM 13      INVESTIGATION.

08:42AM 14           THE GOVERNMENT HAS PRODUCED A LARGE VOLUME OF DOCUMENTS TO

08:42AM 15      THE DEFENSE ON THAT TOPIC.

08:42AM 16           THOSE DOCUMENTS ARE SUBJECT TO A PROTECTIVE ORDER THAT

08:42AM 17      REQUIRES THE DEFENSE TO PROVIDE THE GOVERNMENT WITH NOTICE IF

08:42AM 18      IT INTENDS TO GET INTO THAT TOPIC, THOSE DOCUMENTS OR THE FACTS

08:42AM 19      THEREIN IN COURT.

08:42AM 20           WE HAVE NOT RECEIVED THAT NOTICE FROM THE DEFENSE, SO WE

08:42AM 21      ASSUME THAT THE DEFENSE IS NOT PLANNING TO GET INTO THAT TOPIC

08:42AM 22      WITH DR. ROSENDORFF, BUT I WANTED TO FLAG IT FOR THE DEFENSE

08:43AM 23      AND THE COURT AS WELL.

08:43AM 24                MR. WADE:  I THINK -- IT'S A VERY RELATED ISSUE TO

08:43AM 25      THE OTHER ITEM WITH THE OTHER LAB, YOUR HONOR.

08:43AM  1            I THINK FOR PURPOSES OF DISCLOSURE AND CONSIDERATION BY

08:43AM  2     THE GOVERNMENT, THEY SHOULD ASSUME THAT WE WILL GO INTO THAT,

08:43AM  3     OR MAY INTEND TO GO INTO THAT I WOULD SAY.

08:43AM  4            SO WE WOULD PROVIDE NOTICE HERE THAT WE MAY DO THAT.  I

08:43AM  5     DON'T HAVE PARTICULAR DOCUMENTS THAT I WAS INTENDING TO OFFER,

08:43AM  6     BUT, AGAIN, DEPENDING ON WHAT THE WITNESS SAYS AND IN THE

08:43AM  7     INTEREST OF TRYING TO BE CAUTIOUS IN TERMS OF SUCH DISCLOSURES,

08:43AM  8     THE GOVERNMENT SHOULD ASSUME THAT WE WILL SEEK TO OFFER THAT

08:43AM  9     EVIDENCE.

08:43AM 10            THE COURT:  OKAY.  WELL, THANK YOU FOR THAT.

08:43AM 11            IT SOUNDS TO ME LIKE WE MAY NEED MONDAY MORNING TO DISCUSS

08:43AM 12     THIS FURTHER, AND THAT WOULD BE MY PREFERENCE, RATHER THAN

08:43AM 13     WAITING UNTIL TUESDAY MORNING.

08:43AM 14            SO YOU'LL HAVE THE WEEKEND TO LOOK AT THIS AND DEVELOP ANY

08:43AM 15     PLEADINGS THAT YOU HAVE AND GET THOSE TO ME SO WE CAN STUDY

08:43AM 16     THEM AND THEN BE PREPARED TO HAVE A FULSOME CONVERSATION MONDAY

08:44AM 17     MORNING.

08:44AM 18            MR. WADE:  SURE.  I THINK THAT WOULD BE APPROPRIATE,

08:44AM 19     YOUR HONOR.

08:44AM 20            I KNOW THE COURT DOESN'T WANT US TO HAVE TO DISCLOSE

08:44AM 21     CROSS-EXAMINATION IN ADVANCE, AND WE OBVIOUSLY DON'T KNOW WHAT

08:44AM 22     THE SCOPE OF IT WILL BE, SO THAT SOUNDS APPROPRIATE.

08:44AM 23            THE COURT:  WELL, IT'S PREDICATED ON THE DIRECT, OF

08:44AM 24     COURSE.  I KNOW YOU HAVE TO DECIDE THAT.

08:44AM 25            MR. WADE:  RIGHT.

08:44AM 1          THE COURT:  SO MONDAY MORNING MIGHT BE A GOOD TIME.

08:44AM 2    SO WHY DON'T YOU RESERVE MONDAY MORNING.

08:44AM 3       I'LL CHECK WITH OUR COURT REPORTER AS TO TIMING, AND WE'LL

08:44AM 4    LET YOU KNOW ON THAT.

08:44AM 5          MR. WADE:  AND AS ALWAYS, WE WILL STAND READY AS TO

08:44AM 6    WHATEVER TIME THE COURT PREFERS.

08:44AM 7          THE COURT:  ALL RIGHT.  THANK YOU.

08:44AM 8       LET ME SEE.  BREAKS TODAY?  DO YOU HAVE A SUGGESTED BREAK

08:44AM 9    TIME?  SHOULD WE BREAK AT 10:45 FOR 30 MINUTES?  AND DOES THAT

08:44AM 10   WORK FOR THE PARTIES?

08:44AM 11      I TOLD THE JURY WE MAY GO UNTIL 3:00 TODAY.  NOW, IT MAY

08:44AM 12   DEPEND, IF WE RUN INTO THIS ISSUE WITH DR. ROSENDORFF AND WE

08:45AM 13   NEED TO STOP BEFORE 3:00, WE CAN DO THAT.  BUT IT SOUNDS LIKE

08:45AM 14   IT MIGHT BE 3:00 BEFORE WE GET INTO SOME THRESHOLD ISSUES.

08:45AM 15         MR. BOSTIC:  I THINK SO.

08:45AM 16         THE COURT:  WE'LL BREAK FOR 30 MINUTES ABOUT A

08:45AM 17   QUARTER UNTIL 11:00, AND THEN ABOUT 1:45 FOR 20 OR 30 MINUTES

08:45AM 18   LATER ON, AND THEN WE'LL PRESS ON FOR THE REST OF THE DAY.

08:45AM 19         MR. WADE:  VERY WELL, YOUR HONOR.

08:45AM 20         THE COURT:  ALL RIGHT.  THANK YOU.

08:45AM 21         THE CLERK:  COURT IS IN RECESS.

08:45AM 22      (RECESS FROM 8:45 A.M. UNTIL 9:04 A.M.)

09:04AM 23      (JURY IN AT 9:04 A.M.)

09:04AM 24         THE COURT:  ALL RIGHT.  THANK YOU.  GOOD MORNING.

09:04AM 25      WE ARE BACK ON THE RECORD IN UNITED STATES VERSUS

09:04AM 1    ELIZABETH HOLMES.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS

09:04AM 2    PRESENT.  OUR JURY AND ALTERNATES ARE PRESENT.

09:04AM 3        GOOD MORNING, LADIES AND GENTLEMEN.  NICE TO SEE YOU

09:04AM 4    AGAIN.

09:04AM 5        LET ME ASK THAT QUESTION THAT I WILL POSE TO YOU EACH DAY

09:04AM 6    AS I'VE INDICATED.  I'M CURIOUS AND WOULD LIKE TO KNOW WHETHER

09:04AM 7    ANY OF YOU HAVE, OVER THE COURSE OF OUR BREAK, WHETHER ANY OF

09:04AM 8    YOU HAVE LEARNED ANYTHING ABOUT THIS CASE, SHARED ANY

09:04AM 9    INFORMATION ABOUT THIS CASE OUTSIDE OF THE COURTROOM THROUGH

09:04AM 10   ANY SOCIAL MEDIA, READING, LISTENING, OR DISCUSSING, OR IF ANY

09:04AM 11   OF THAT HAS COME TO PASS, EITHER INTENTIONAL OR ACCIDENTAL.  IF

09:05AM 12   ANY OF YOU HAVE HAD ANY OF THAT EXPERIENCE, IF YOU WOULD RAISE

09:05AM 13   YOUR HAND, I WOULD APPRECIATE IT.

09:05AM 14       AGAIN, I'M HAPPY TO SPEAK WITH YOU PRIVATELY IF YOU WISH.

09:05AM 15       I SEE NO HANDS.  THANK YOU.

09:05AM 16       BEFORE WE BEGIN -- I THINK THE GOVERNMENT HAS ANOTHER

09:05AM 17   WITNESS.

09:05AM 18       BUT BEFORE WE BEGIN, I JUST WANT TO REMIND EVERYONE IN THE

09:05AM 19   COURTROOM THAT RECORDING OF ANY PROCEEDINGS IN THIS COURTROOM,

09:05AM 20   INCLUDING ANY PHOTOGRAPHING OF ANY PROCEEDINGS IN THIS

09:05AM 21   COURTROOM, IS PROHIBITED AND THAT YOU MAY NOT DO THAT.  THAT IS

09:05AM 22   RECORDING VIA ANY DEVICE YOU HAVE, ANY MACHINE, CELL PHONE OR

09:05AM 23   OTHER ITEM IS STRICTLY PROHIBITED.

09:05AM 24       IF THAT'S BROUGHT TO MY ATTENTION, WE'LL HAVE TO TAKE SOME

09:05AM 25   MEASURES ABOUT THAT.  SO I JUST WANTED TO ADVISE EVERYONE TO

09:05AM 1    PLEASE DISABLE ANY DEVICE YOU HAVE, IF IT IS CONNECTED TO ANY

09:06AM 2    RECORDING, VIDEO, OR AUDIO RECORDING, I WOULD APPRECIATE IT TO

09:06AM 3    BE IN COMPLIANCE WITH THE RULES OF THIS COURTHOUSE.

09:06AM 4         THANK YOU.

09:06AM 5         DOES THE GOVERNMENT HAVE ANOTHER WITNESS TO CALL?

09:06AM 6             MR. BOSTIC:  YES, YOUR HONOR.  THE UNITED STATES

09:06AM 7    CALLS DR. ADAM ROSENDORFF.

09:06AM 8             THE COURT:  SIR, IF YOU WOULD COME FORWARD, PLEASE.

09:06AM 9    I'LL INVITE YOU TO STAND OVER HERE WHILE YOU FACE OUR COURTROOM

09:06AM 10   DEPUTY.

09:06AM 11        IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR

09:06AM 12   YOU.

09:06AM 13            THE CLERK:  GOOD MORNING.

09:06AM 14        **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS SWORN.)**

09:06AM 15            THE WITNESS:  YES.

09:06AM 16            THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  LET ME

09:06AM 17   INVITE YOU TO MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST

09:06AM 18   THE CHAIR AND MICROPHONE AS YOU NEED.  I'LL ENCOURAGE YOU TO

09:07AM 19   SPEAK DIRECTLY INTO THE MICROPHONE.

09:07AM 20        MR. BOSTIC WILL HAVE A QUESTION FOR YOU IN JUST A MOMENT

09:07AM 21   IN REGARDS TO YOUR MASK.

09:07AM 22        WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

09:07AM 23   AND SPELL IT, PLEASE.

09:07AM 24            THE WITNESS:  ADAM ROSENDORFF, A-D-A-M,

09:07AM 25   R-O-S-E-N-D-O-R-F-F.

09:07AM 1              THE COURT:  THANK YOU.  COUNSEL.

09:07AM 2                        **DIRECT EXAMINATION**

09:07AM 3     BY MR. BOSTIC:

09:07AM 4     Q.   GOOD MORNING, DR. ROSENDORFF.

09:07AM 5     A.   GOOD MORNING.

09:07AM 6     Q.   I UNDERSTAND FROM THE COURT THAT IF YOU ARE VACCINATED AND

09:07AM 7     YOU ARE COMFORTABLE REMOVING YOUR MASK AND TESTIFYING WITHOUT A

09:07AM 8     MASK, YOU ARE WELCOME TO DO SO.

09:07AM 9     A.   THANK YOU.

09:07AM 10             THE COURT:  MR. BOSTIC, BEFORE YOU BEGIN, I JUST

09:07AM 11    WANT TO ALERT YOU AND THE JURY THAT WE'LL TAKE OUR BREAK, OUR

09:07AM 12    MORNING BREAK AT 10:45, LADIES AND GENTLEMEN.  THAT WILL BE

09:07AM 13    ABOUT 30 MINUTES.  THAT'S OUR BREAK TIME.  THANK YOU.

09:07AM 14             MR. BOSTIC:  THANK YOU, YOUR HONOR.

09:07AM 15             THE COURT:  THANK YOU.

09:07AM 16             MR. BOSTIC:  MAY I APPROACH THE WITNESS, YOUR HONOR?

09:07AM 17             THE COURT:  YES.

09:07AM 18             MR. BOSTIC:  (HANDING.)

09:07AM 19    Q.   DR. ROSENDORFF, WERE YOU AT ONE TIME EMPLOYED BY A COMPANY

09:08AM 20    CALLED THERANOS?

09:08AM 21    A.   YES.

09:08AM 22    Q.   AND WHAT WAS YOUR POSITION AT THE COMPANY?

09:08AM 23    A.   LAB DIRECTOR.

09:08AM 24    Q.   AND WHAT WERE THE APPROXIMATE DATES OF YOUR EMPLOYMENT AT

09:08AM 25    THERANOS?

09:08AM   1      A.   APRIL 2013 TO NOVEMBER 2014.

09:08AM   2      Q.   WHAT WAS YOUR REASON FOR LEAVING THE COMPANY?

09:08AM   3      A.   THERE WERE MANY FACTORS.  ONE WAS THE UNWILLINGNESS OF

09:08AM   4      MANAGEMENT TO PERFORM PROFICIENCY TESTING AS REQUIRED BY LAW.

09:08AM   5      I FELT PRESSURED TO VOUCH FOR TESTS THAT I DID NOT HAVE

09:08AM   6      CONFIDENCE IN.  I CAME TO BELIEVE THAT THE COMPANY BELIEVED

09:08AM   7      MORE ABOUT PR AND FUNDRAISING THAN ABOUT PATIENT CARE; AND ALSO

09:08AM   8      THE EQUIPMENT AND REAGENTS, THE PLATFORM WAS NOT ALLOWING ME TO

09:08AM   9      FUNCTION EFFECTIVELY AS A LAB DIRECTOR.

09:08AM   10     Q.   LET'S GO BACKWARD IN TIME A LITTLE BIT FROM YOUR TIME AT

09:09AM   11     THERANOS.

09:09AM   12          CAN YOU SUMMARIZE YOUR EDUCATION FOR ME, BEGINNING WITH

09:09AM   13     COLLEGE?

09:09AM   14     A.   SURE.  I GREW UP IN SOUTH AFRICA.  I GRADUATED WITH A

09:09AM   15     BACHELOR OF ARTS DEGREE FROM THE UNIVERSITY OF WIWATERSRAND AND

09:09AM   16     THEN CAME TO THE UNITED STATES IN 1993.

09:09AM   17          I ATTENDED MEDICAL SCHOOL AT MOUNT SINAI SCHOOL OF

09:09AM   18     MEDICINE IN NEW YORK CITY FROM 1995 TO 2000.

09:09AM   19          FOLLOWING THAT I DID A FELLOWSHIP IN INFECTIOUS DISEASES,

09:09AM   20     BASIC SCIENCE RESEARCH UNTIL 2005.

09:09AM   21          I THEN DID A RESIDENCY IN CLINICAL PATHOLOGY, OTHERWISE

09:09AM   22     KNOWN AS LABORATORY MEDICINE, FROM 2005 UNTIL 2008.

09:09AM   23          I WAS THEN EMPLOYED AS LAB DIRECTOR AT THE UNIVERSITY OF

09:09AM   24     PITTSBURGH CHILDREN'S HOSPITAL.  I LEFT THERE IN 2013 TO JOIN

09:09AM   25     THERANOS.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1704

09:09AM   1   Q.   YOU MENTIONED THAT YOU DID A RESIDENCY.

09:10AM   2        CAN YOU JUST DESCRIBE AT A HIGH LEVEL WHAT A RESIDENCY IS?

09:10AM   3   A.   A RESIDENCY IS FURTHER TRAINING FOLLOWING MEDICAL SCHOOL

09:10AM   4   WHERE A PHYSICIAN SPECIALIZES IN A PARTICULAR MEDICAL FIELD AND

09:10AM   5   RECEIVES SPECIALIZED TRAINING AND CERTIFICATION FOLLOWING THAT.

09:10AM   6   Q.   AND IN WHAT FIELD DID YOU SPECIALIZE DURING YOUR

09:10AM   7   RESIDENCY?

09:10AM   8   A.   CLINICAL PATHOLOGY.

09:10AM   9   Q.   AND WHAT DOES THAT MEAN IN PLAIN LANGUAGE?

09:10AM  10   A.   CLINICAL PATHOLOGY IS ALL OF PATHOLOGY, EXCLUDING TISSUE

09:10AM  11   EXAMINATION OR AUTOPSY.  SO IT FOCUSES ON THE DIAGNOSIS OF

09:10AM  12   DISEASE IN THE LABORATORY.

09:10AM  13   Q.   THE LABORATORY THAT YOU WORKED AT AT THE UNIVERSITY OF

09:10AM  14   PITTSBURGH, WAS IT A LABORATORY THAT PERFORMED BLOOD TESTING

09:11AM  15   ANALYSIS?

09:11AM  16   A.   YES, SIR.

09:11AM  17   Q.   HOW ABOUT BOARD CERTIFICATIONS?  DO YOU HAVE ANY BOARD

09:11AM  18   CERTIFICATIONS?

09:11AM  19   A.   YES.  I'M ACTIVE BOARD CERTIFIED IN CLINICAL PATHOLOGY BY

09:11AM  20   THE AMERICAN BOARD OF PATHOLOGY.

09:11AM  21   Q.   LET'S TALK A LITTLE BIT ABOUT THE LAB DIRECTOR POSITION.

09:11AM  22        WHAT IS A LAB DIRECTOR?

09:11AM  23   A.   A LAB DIRECTOR IS RESPONSIBLE FOR ENSURING THAT THE TESTS

09:11AM  24   THAT COME OUT OF A LAB ARE APPROPRIATE FOR PATIENT CARE, AND

09:11AM  25   THAT ENTAILS A NUMBER OF FACTORS, SUCH AS ENSURING THAT THE

09:11AM  1    EMPLOYEES ARE TRAINED AND COMPETENT, ENROLLMENT IN PROFICIENCY

09:11AM  2    TESTING, AND ENSURING THAT THE LAB HAS A QUALITY MANAGEMENT

09:11AM  3    SYSTEM, DOCUMENTING CORRECTIVE ACTIONS, DEVIATIONS, AND

09:12AM  4    REVIEWING REPORTS IN CONSULTATION WITH CLIENTS AND PHYSICIANS

09:12AM  5    WHEN APPROPRIATE.

09:12AM  6    Q.   ARE THERE CERTAIN QUALIFICATIONS THAT ONE HAS TO HAVE IN

09:12AM  7    ORDER TO BE A LAB DIRECTOR?

09:12AM  8    A.   YES.  PER CLIA, THEY ALLOW M.D.'S OR PH.D.'S TO BE LAB

09:12AM  9    DIRECTORS.  I BELIEVE THE M.D. REQUIRES A YEAR OF EXPERIENCE IN

09:12AM  10   A HIGH COMPLEXITY CLINICAL LABORATORY, AND THE PH.D. REQUIRES

09:12AM  11   SPECIALTY BOARD CERTIFICATION FROM A CMS RECOGNIZED BOARD.

09:12AM  12   Q.   AND THROUGH WHICH ONE OF THOSE PATHS WERE YOU QUALIFIED TO

09:12AM  13   BE A LAB DIRECTOR?

09:12AM  14   A.   M.D. PATH.

09:12AM  15   Q.   YOU TALKED A LITTLE BIT ABOUT A LAB DIRECTOR'S

09:12AM  16   RESPONSIBILITIES.  DO THEY INCLUDE MONITORING THE ACCURACY OF

09:12AM  17   TESTS BEING CONDUCTED BY THE LAB?

09:12AM  18   A.   DEFINITELY.

09:12AM  19   Q.   WHEN WE TALK ABOUT ACCURACY IN THE CONTEXT OF LAB TESTS,

09:13AM  20   WHAT DOES THAT MEAN?

09:13AM  21   A.   ACCURACY IS THE CLOSENESS OF THE RESULT GENERATED BY THE

09:13AM  22   LAB TO THE TRUE RESULT, THE TRUE BIOLOGICAL RESULT IN THE

09:13AM  23   PATIENT.

09:13AM  24   Q.   AND APOLOGIES FOR AN OBVIOUS QUESTION, BUT WHY IS THAT

09:13AM  25   IMPORTANT IN THE FIELD OF LABORATORY TESTING?

09:13AM  1      A.   PHYSICIANS AND OTHER HEALTH CARE PROVIDERS RELY --

09:13AM  2               THE COURT:  EXCUSE ME, DOCTOR.

09:13AM  3               MR. WADE:  I ASSUME WE'RE OFFERING THIS AS PART OF

09:13AM  4      THE DISCLOSED EXPERT TESTIMONY?

09:13AM  5               THE COURT:  ARE YOU SEEKING TO QUALIFY THIS WITNESS

09:13AM  6      AS AN EXPERT?

09:13AM  7               MR. BOSTIC:  NOT AT THIS TIME, YOUR HONOR.  I

09:13AM  8      BELIEVE HE HAS A FOUNDATION TO OFFER THIS AS LAY TESTIMONY.

09:13AM  9               THE COURT:  I THINK IT'S GENERAL FOUNDATION.

09:13AM  10              MR. WADE:  OKAY.

09:13AM  11     BY MR. BOSTIC:

09:13AM  12     Q.   WOULD YOU LIKE ME TO REPEAT THE QUESTION, DR. ROSENDORFF?

09:13AM  13     A.   YES, PLEASE.

09:13AM  14     Q.   THE QUESTION IS, WHY IS ACCURACY IMPORTANT, IF IT IS

09:13AM  15     IMPORTANT, IN THE CONTEXT OF LABORATORY TESTING?

09:13AM  16     A.   ACCURACY IS CRITICAL.  PHYSICIANS AND OTHER HEALTH CARE

09:14AM  17     PROVIDERS DEPEND ON THE ACCURACY OF A TEST TO MAKE MEDICAL

09:14AM  18     DECISIONS, SOMETIMES LIFE AND DEATH MEDICAL DECISIONS.

09:14AM  19     Q.   ARE YOU FAMILIAR WITH THE CONCEPT OF PRECISION SEPARATE

09:14AM  20     FROM THE CONCEPT OF ACCURACY?

09:14AM  21     A.   YES, SIR.

09:14AM  22     Q.   AND WHAT DOES PRECISION MEAN WHEN IT COMES TO LAB TESTING?

09:14AM  23     A.   PRECISION IS ALSO KNOWN AS REPEATABILITY.  IT IS THE

09:14AM  24     ABILITY OF A LAB TEST TO RETURN RESULTS FROM THE SAME SAMPLE

09:14AM  25     THAT ARE SUFFICIENTLY CLOSE TOGETHER WITHIN PREDEFINED RANGES

09:14AM   1    THAT ARE ACCEPTABLE FOR PATIENT CARE.

09:14AM   2    Q.   AND AT THE LABS THAT YOU'VE WORKED AT, HOW IS PRECISION

09:14AM   3    MEASURED AND QUANTIFIED?

09:14AM   4    A.   PRECISION IS A REQUIRED ELEMENT OF THE VALIDATION REPORT.

09:15AM   5    AT MINIMUM IT REQUIRES MEASURING BOTH INTRADAY PRECISION AND

09:15AM   6    INTERDAY PRECISION.

09:15AM   7        INTRADAY PRECISION IS WITH THE SAME OPERATOR AND SAME

09:15AM   8    EQUIPMENT, AND AT MINIMUM YOU HAVE TO REPEAT A TEST 20 TIMES ON

09:15AM   9    THE SAME SAMPLE.

09:15AM  10        AND THEN INTERDAY INVOLVES MULTIPLE OPERATORS AND MULTIPLE

09:15AM  11    INSTRUMENTS OVER MANY DAYS, TYPICALLY FIVE, WITH TYPICALLY MORE

09:15AM  12    THAN 20 OBSERVATIONS AND MEASUREMENTS.

09:15AM  13    Q.   AND BASED ON YOUR WORK IN DOING THAT KIND OF ASSESSMENT,

09:15AM  14    WHAT IS THE OUTPUT OF THAT KIND OF TESTING?  WHAT DO YOU END UP

09:15AM  15    WITH BY WAY OF RESULT?

09:15AM  16    A.   YOU END UP WITH A METRIC THAT IS KNOWN AS THE COEFFICIENT

09:15AM  17    OF VARIATION AND IT'S A PERCENTAGE, AND THE LOWER THE

09:15AM  18    COEFFICIENT OF VARIATION, THE MORE PRECISE THE TEST IS.

09:15AM  19    Q.   AS A LABORATORY DIRECTOR, IS IT ALSO PART OF YOUR

09:16AM  20    RESPONSIBILITY TO COMMUNICATE WITH DOCTORS AND PATIENTS ABOUT

09:16AM  21    YOUR RESULTS?

09:16AM  22    A.   YES.

09:16AM  23    Q.   HOW ABOUT THE ROLE OF RESEARCHING AND DEVELOPING ASSAYS?

09:16AM  24    IS THAT PART OF A LAB DIRECTOR'S JOB?

09:16AM  25    A.   THE LAB DIRECTOR WORKS WITH RESEARCH AND DEVELOPMENT TO

09:16AM   1    MAKE SURE ALL OF THE REQUIRED ELEMENTS OF THE VALIDATION ARE

09:16AM   2    EXECUTED ACCORDING TO REGULATIONS, AND ALSO THAT THE VALIDATION

09:16AM   3    IS TAILORED TOWARDS PRACTICAL UTILITY AND PATIENT CARE.

09:16AM   4    Q.   LET'S TALK ABOUT YOUR INITIAL CONTACT WITH THERANOS.  HOW

09:16AM   5    DID YOU FIRST LEARN ABOUT THE COMPANY?

09:16AM   6    A.   I WAS WORKING IN PITTSBURGH AS THE LAB DIRECTOR THERE, AND

09:17AM   7    I WENT ONTO LINKEDIN AND I SAW THAT THERANOS WAS ADVERTISING

09:17AM   8    FOR A LAB DIRECTOR AND I APPLIED FOR THE JOB AND I WAS

09:17AM   9    CONTACTED BY A RECRUITER.

09:17AM   10   Q.   AND DID YOU THEN INTERVIEW FOR THE POSITION?

09:17AM   11   A.   YES.

09:17AM   12   Q.   AND WHAT DO YOU RECALL ABOUT THAT PROCESS GENERALLY?

09:17AM   13   A.   I FLEW OUT TO SAN FRANCISCO.  THE INTERVIEW WAS AROUND

09:17AM   14   6:00 P.M.  I MET WITH SUNNY BALWANI, ELIZABETH HOLMES,

09:17AM   15   DANIEL YOUNG.  I MET IN A SMALL ROOM THAT WAS LOCKED OFF OR

09:17AM   16   SEPARATED FROM THE LABORATORY.

09:17AM   17        IS THERE SOMETHING SPECIFIC ABOUT THE INTERVIEW YOU WANTED

09:17AM   18   TO ASK?

09:17AM   19   Q.   I'LL ASK A FOLLOW-UP QUESTION.

09:17AM   20   A.   YEAH.

09:17AM   21   Q.   DID YOU MEET WITH ALL THREE INDIVIDUALS AT ONCE OR

09:17AM   22   INDIVIDUALLY?

09:17AM   23   A.   INDIVIDUALLY.

09:17AM   24   Q.   AND WERE YOU SUBSEQUENTLY OFFERED A JOB AT THERANOS?

09:18AM   25   A.   YES.

09:18AM  1    Q.   AND DID YOU ACCEPT?

09:18AM  2    A.   YES.

09:18AM  3    Q.   WHY DID YOU ACCEPT THE JOB AT THERANOS?  WHY DID YOU MAKE

09:18AM  4    THAT DECISION?

09:18AM  5    A.   I REALLY BOUGHT INTO THE IDEA OF LABORATORY TESTING BEING

09:18AM  6    DONE FROM A VERY SMALL PINPRICK SAMPLE AND THOUGHT THAT WOULD

09:18AM  7    BE ADVANTAGEOUS TO PATIENTS.

09:18AM  8         I BELIEVED THAT THERANOS HAD ADVANCED TECHNOLOGY THAT

09:18AM  9    WOULD ALLOW THEM TO DO THIS.

09:18AM 10         I WAS IMPRESSED BY THE EARNESTNESS AND THE DEDICATION THAT

09:18AM 11    I SENSED IN THE INTERVIEWERS, AND I THOUGHT IT WAS GOING TO BE

09:18AM 12    THE NEXT APPLE.

09:18AM 13    Q.   AND THE INFORMATION THAT CAUSED YOU TO FEEL THAT WAY,

09:18AM 14    WHERE DID IT COME FROM?

09:18AM 15    A.   I HAD READ THROUGH SOME OF THE PATENT APPLICATIONS THAT

09:19AM 16    THE COMPANY HAD BEEN APPROVED FOR ON THE INTERNET.  I HONESTLY

09:19AM 17    DID NOT KNOW VERY MUCH AT THAT TIME ABOUT WHAT KIND OF

09:19AM 18    TECHNOLOGY THE COMPANY WAS DEVELOPING OR RUNNING.

09:19AM 19    Q.   I'D LIKE TO TALK A LITTLE BIT ABOUT HOW YOU FIT INTO THE

09:19AM 20    STRUCTURE OF THE COMPANY.

09:19AM 21         FIRST OF ALL, WHEN YOU WERE A LAB DIRECTOR AT THERANOS,

09:19AM 22    WERE THERE ANY OTHER LAB DIRECTORS?

09:19AM 23    A.   I DIDN'T BECOME THE LAB DIRECTOR OF RECORD UNTIL THE

09:19AM 24    MIDDLE OF 2013 BECAUSE I WAS APPLYING FOR MY CALIFORNIA MEDICAL

09:19AM 25    LICENSE.

09:19AM    1        AND THEN IN EARLY 2014 THE COMPANY HIRED THE CO-LAB

09:19AM    2   DIRECTOR, MARK PANDORI, WHO ASSISTED ME IN SOME OF THE LAB

09:19AM    3   DIRECTOR FUNCTIONS.

09:19AM    4   Q.   BEFORE YOU BECAME LAB DIRECTOR, WAS SOMEONE ELSE HOLDING

09:20AM    5   THAT TITLE?

09:20AM    6   A.   YES.

09:20AM    7   Q.   AND WHO WAS THAT?

09:20AM    8   A.   ARNOLD GELB.

09:20AM    9   Q.   AND AS LAB DIRECTOR, WHAT POSITIONS IN THE COMPANY

09:20AM   10   REPORTED TO YOU?

09:20AM   11   A.   IT WAS, IT WAS NOT MADE CLEAR TO ME WHO MY DIRECT REPORTS

09:20AM   12   WOULD BE WITHIN THE COMPANY.

09:20AM   13   Q.   OVER TIME, DID YOU COME TO HAVE AN UNDERSTANDING OF WHO

09:20AM   14   WORKED UNDERNEATH YOU AT THE LAB?

09:20AM   15   A.   I HAD REGULAR MEETINGS WITH THE CLIA GROUP, CLINICAL

09:20AM   16   LABORATORY SCIENTISTS, AND THE QUALITY DIRECTOR.  MY

09:20AM   17   UNDERSTANDING WAS THAT THOSE WERE THE FOLKS THAT WERE REPORTING

09:20AM   18   TO ME OR ACCOUNTABLE TO ME.

09:20AM   19   Q.   AND THE CLINICAL LABORATORY SCIENTISTS, WHAT WAS THEIR

09:21AM   20   DAILY WORK AT THE COMPANY, GENERALLY SPEAKING?

09:21AM   21   A.   THEY WERE THE ONES WHO WENT THROUGH A TRAINING PROGRAM AND

09:21AM   22   CERTIFICATION AND, PER CALIFORNIA BUSINESS AND PROFESSIONS

09:21AM   23   CODE, THEY'RE THE ONES WHO ARE ACTUALLY ALLOWED TO HANDLE

09:21AM   24   PATIENT SPECIMENS AND TO REPORT OUT RESULTS IN THE LABORATORY

09:21AM   25   INFORMATION SYSTEM.

09:21AM  1   Q.   AND WAS THERE SOMEONE AT THE COMPANY THAT YOU REPORTED TO?

09:21AM  2   A.   YES.

09:21AM  3   Q.   AND WHO DID YOU REPORT TO?

09:21AM  4   A.   SUNNY BALWANI.

09:21AM  5   Q.   AND WHO WAS ABOVE MR. BALWANI AT THE COMPANY, IF ANYONE?

09:21AM  6   A.   ELIZABETH HOLMES.

09:21AM  7   Q.   DID THERE COME A TIME WHEN THERANOS BEGAN OFFERING ITS

09:21AM  8   BLOOD TEST SERVICES TO THE PUBLIC?

09:21AM  9   A.   YES.

09:21AM  10  Q.   AND DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

09:21AM  11  A.   IT WAS EARLY IN SEPTEMBER OF 2013.  I THINK THE 9TH OF

09:21AM  12  SEPTEMBER.

09:21AM  13  Q.   AND DID THERANOS CONTINUE OFFERING BLOOD TESTING SERVICES

09:22AM  14  TO THE PUBLIC THROUGHOUT THE REST OF YOUR TIME AT THE COMPANY?

09:22AM  15  A.   YES.

09:22AM  16  Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, SO AFTER YOU

09:22AM  17  JOINED THE COMPANY BUT BEFORE EARLY SEPTEMBER 2013, WHAT KIND

09:22AM  18  OF WORK WERE YOU DOING AT THE COMPANY?

09:22AM  19  A.   I WAS ACTING ESSENTIALLY AS A CONSULTANT.  SO A LOT OF

09:22AM  20  WHAT I WAS DOING WAS TELLING THE R&D GROUP WHAT KIND OF

09:22AM  21  MEASUREMENT RANGE WE NEEDED FOR THE TESTS BASED ON VALUES THAT

09:22AM  22  WOULD BE USEFUL TO CLINICIANS FOR MAKING MEDICAL DECISIONS.

09:22AM  23       I DID CONSULT WITH THE EXECUTIVES IN TERMS OF THE TESTS

09:22AM  24  THAT WE KNEW THAT WE SHOULD BE OFFERING.

09:22AM  25       I DON'T RECALL THE OTHER DUTIES SPECIFICALLY.

09:22AM  1    Q.   YOU SAID WHEN YOU FIRST JOINED THE COMPANY YOU HAD LIMITED

09:23AM  2    KNOWLEDGE ABOUT THE TECHNOLOGY.  DID THAT KNOWLEDGE INCREASE

09:23AM  3    AFTER YOU JOINED THE COMPANY?

09:23AM  4    A.   IT DID.

09:23AM  5    Q.   LET'S TALK ABOUT THE THERANOS DEVICES THAT YOU WERE

09:23AM  6    FAMILIAR WITH.

09:23AM  7         FIRST, DID YOU BECOME FAMILIAR WITH A DEVICE CALLED

09:23AM  8    EDISON?

09:23AM  9    A.   YES.

09:23AM  10   Q.   AND WHAT WAS THE EDISON DEVICE?

09:23AM  11   A.   THE EDISON WAS A SMALL BLACK BOX THAT WAS DESIGNED TO RUN

09:23AM  12   ONE TEST AT A TIME.  THE CATEGORY OF TESTS WERE IMMUNOASSAYS.

09:23AM  13   THESE ARE USUALLY LARGER MOLECULES THAT ARE NOT ABLE TO BE

09:23AM  14   MEASURED ON ANALYZERS AND THAT RELIED ON ANTIBODIES FOR THEIR

09:23AM  15   PROTECTION.

09:23AM  16   Q.   AND DID THERANOS USE THE EDISON DEVICE DURING YOUR TIME AS

09:23AM  17   LAB DIRECTOR?

09:23AM  18   A.   YES.

09:23AM  19   Q.   AND DID THERANOS USE THE EDISON TO TEST PATIENT SAMPLES?

09:23AM  20   A.   YES.

09:23AM  21   Q.   AND WHO MANUFACTURED THE EDISON?

09:24AM  22   A.   THE EDISON WAS MANUFACTURED BY THERANOS IN THEIR NEWARK

09:24AM  23   FACILITY.

09:24AM  24   Q.   DURING YOUR TIME AT THE COMPANY, DID YOU BECOME FAMILIAR

09:24AM  25   WITH ANY OTHER THERANOS MANUFACTURED BLOOD ANALYZERS?

09:24AM 1    A.   I HAD BEEN TOLD ABOUT AN INSTRUMENT CALLED THE MINILAB

09:24AM 2    THAT WAS IN DEVELOPMENT.  IT WAS BEING DESIGNED FOR GENERAL

09:24AM 3    CHEMISTRY ASSAYS.

09:24AM 4         AND ALSO ABOUT AN INSTRUMENT CALLED THE 4S, WHICH WOULD BE

09:24AM 5    ABLE TO DO COMPLETE BLOOD COUNTS AMONG OTHER ASSAYS.

09:24AM 6         I WAS NOT FAMILIAR WITH THE INTENDED CAPABILITY OF THOSE

09:24AM 7    INSTRUMENTS IN DEVELOPMENT.

09:24AM 8    Q.   YOU SAID YOU WERE TOLD ABOUT THOSE INSTRUMENTS.  DID YOU

09:24AM 9    EVER DO ANY WORK ON DEVELOPING THOSE INSTRUMENTS?

09:24AM 10   A.   NO.

09:24AM 11   Q.   AND DID YOU EVER DO ANY WORK ON DEVELOPING OR VALIDATING

09:24AM 12   ASSAYS TO RUN ON THOSE INSTRUMENTS?

09:24AM 13   A.   NO.

09:24AM 14   Q.   DID YOU EVER SEE EITHER OF THOSE INSTRUMENTS?

09:25AM 15   A.   NO.

09:25AM 16   Q.   WAS EITHER OF THOSE INSTRUMENTS THAT YOU MENTIONED EVER

09:25AM 17   USED FOR PATIENT TESTING DURING YOUR TIME AT THE COMPANY?

09:25AM 18   A.   NO.

09:25AM 19   Q.   DID THERANOS RUN ALL OF ITS CLINICAL PATIENT TESTS ON THE

09:25AM 20   EDISON ANALYZER?

09:25AM 21   A.   NO, JUST A HANDFUL OF IMMUNOASSAYS.  THEY RAN GENERAL

09:25AM 22   CHEMISTRY TESTS ON THE SIEMENS ADVIA USING A LABORATORY

09:25AM 23   DEVELOPED TEST.

09:25AM 24   Q.   AND WHAT DOES "LABORATORY DEVELOPED TESTS" MEAN?

09:25AM 25   A.   LABORATORY DEVELOPED TESTS IS A TEST DEVELOPED WITHIN A

09:25AM  1    SINGLE LABORATORY THAT IS NOT FDA APPROVED.  IT USES CUSTOM

09:26AM  2    REAGENTS EITHER MANUFACTURED BY THE LABORATORY OR PURCHASED

09:26AM  3    ELSEWHERE, AND IT HAS TO MEET CERTAIN PERFORMANCE

09:26AM  4    SPECIFICATIONS PER CLIA BEFORE IT CAN BE USED FOR PATIENT CARE.

09:26AM  5    Q.   AND THE SIEMENS ADVIA THAT YOU MENTIONED, IS IT

09:26AM  6    MANUFACTURED BY THERANOS?

09:26AM  7    A.   NO.  IT'S MANUFACTURED BY SIEMENS.

09:26AM  8    Q.   WHY DIDN'T THERANOS CONDUCT ALL OF ITS PATIENT TESTING ON

09:26AM  9    THE EDISON?

09:26AM  10   A.   BECAUSE THE EDISON WAS NOT INTENDED TO -- DESIGNED OR

09:26AM  11   INTENDED TO DETECT GENERAL CHEMISTRY SUBSTANCES SUCH AS GLUCOSE

09:26AM  12   OR SODIUM.

09:26AM  13        IT WAS DESIGNED TO DETECT LARGER PEPTIDES AND OTHER

09:26AM  14   ANALYTES, YEAH.

09:26AM  15   Q.   DID THERANOS MAKE ANY CHANGES TO THE SIEMENS ADVIA THAT IT

09:27AM  16   USED FOR PATIENT TESTING?

09:27AM  17   A.   YES.

09:27AM  18   Q.   AND WHAT WERE THE NATURE OF THOSE CHANGES?

09:27AM  19   A.   BECAUSE OF THE SMALL SAMPLE SIZE THAT WAS BEING ACQUIRED

09:27AM  20   IN THE CAPILLARY TUBE AND NANOTAINER DEVICES, THE SIEMENS ADVIA

09:27AM  21   WAS NOT ABLE TO ASPIRATE THAT SAMPLE INTO THE INSTRUMENT

09:27AM  22   BECAUSE THE PROBE COULDN'T GO DOWN FAR ENOUGH AND TO SUCK UP

09:27AM  23   THE SAMPLE.

09:27AM  24        SO THEY DEVELOPED WHAT THEY CALLED THE T-CUP, WHICH WOULD

09:27AM  25   ESSENTIALLY RAISE THE LEVEL OF THAT SAMPLE TO A POINT WHERE THE

09:27AM   1    PROBE OR THE ASPIRATOR COULD SUCK IT UP INTO THE INSTRUMENT.

09:27AM   2         THEY ALSO CHANGED WAVELENGTHS AND DETECTION TIMES ON THE

09:27AM   3    INSTRUMENT, WHICH YOU'RE ABLE TO DO ON THE SO-CALLED OPEN

09:27AM   4    CHANNELS ON THE INSTRUMENTS.  SO MOST OF THE TESTS RELY ON

09:27AM   5    ABSORBANCE AT A SPECIFIC WAVELENGTH.

09:28AM   6    Q.   AND TO USE THOSE THERANOS MODIFIED SIEMENS ADVIA, DID THEY

09:28AM   7    INSERT BLOOD SAMPLES INTO THE MACHINE OR WERE THERE OTHER STEPS

09:28AM   8    THAT CAME BEFORE?

09:28AM   9    A.   NO.  THE CTN DEVICE WOULD BE SPUN DOWN AND THEN THE SERUM

09:28AM  10    OR PLASMA WOULD BE REMOVED.  THAT'S THE CLEAR PORTION OF THE

09:28AM  11    SAMPLE THAT IS FREE OF RED BLOOD CELLS.

09:28AM  12         THAT PORTION WOULD THEN BE DILUTED EITHER WITH SALINE OR

09:28AM  13    WATER TO GIVE A VOLUME THAT WAS COMPATIBLE WITH THE THERANOS

09:28AM  14    TEST.

09:28AM  15    Q.   I'LL ASK YOU TO LOOK AT THE BINDER IN FRONT OF YOU.

09:28AM  16    THAT'S THE FIRST TAB, 939.

09:28AM  17         THE GOVERNMENT WOULD LIKE TO OFFER THIS INTO EVIDENCE,

09:28AM  18    YOUR HONOR.

09:28AM  19         I UNDERSTAND THE DEFENSE HAVE STIPULATED.

09:28AM  20              MR. WADE:  WE HAVE, YOUR HONOR.

09:28AM  21              THE COURT:  IT'S ADMITTED.

09:28AM  22    WOULD YOU LIKE IT PUBLISHED?

09:29AM  23              MR. BOSTIC:  YES, PLEASE.

09:29AM  24              THE COURT:  IT MAY BE PUBLISHED.

09:29AM  25         (GOVERNMENT'S EXHIBIT 939 WAS RECEIVED IN EVIDENCE.)

09:29AM  1    BY MR. BOSTIC:

09:29AM  2    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ELIZABETH HOLMES

09:29AM  3    TO YOU ON AUGUST 3RD, 2013?

09:29AM  4    A.   I SEE IT ON THE SCREEN.

09:29AM  5    Q.   OKAY.  IN THAT EMAIL MS. HOLMES SAYS, "YOU'LL OBVIOUSLY

09:29AM  6    NEED TO MAKE SURE OUR MICRO-CUPS AND PROTOCOLS/MODIFICATIONS

09:29AM  7    ARE NOT IN ANY WAY VISIBLE TO ANY SIEMENS REP."

09:29AM  8         DO YOU SEE THAT?

09:29AM  9    A.   YES.

09:29AM  10   Q.   AND CAN YOU EXPLAIN THE CONTEXT OF WHAT WAS HAPPENING

09:29AM  11   AROUND THIS TIME?

09:29AM  12             JUROR:  YOUR HONOR, IT'S NOT ON OUR SCREENS.

09:29AM  13             THE COURT:  OH, IT'S NOT ON THE SCREENS IN THE JURY

09:29AM  14   BOX.  PARDON ME A MOMENT, MR. BOSTIC.

09:29AM  15             MR. BOSTIC:  OF COURSE.

09:29AM  16             THE CLERK:  LET ME DO A RESET.  HOLD ON A MINUTE,

09:29AM  17   YOUR HONOR.

09:30AM  18        (PAUSE IN PROCEEDINGS.)

09:30AM  19             THE COURT:  I BELIEVE IT'S ON.  YOU MAY CONTINUE,

09:30AM  20   MR. BOSTIC.

09:30AM  21        WHY DON'T YOU START THAT LAST QUESTION AGAIN.

09:30AM  22   BY MR. BOSTIC:

09:30AM  23   Q.   THE QUESTION AGAIN WAS, DR. ROSENDORFF, WHAT WAS HAPPENING

09:30AM  24   AROUND THE TIME OF THIS EMAIL?

09:30AM  25   A.   SO IN THIS EMAIL, THE MICRO-CUP REFERS TO THE T-CUP OR

09:30AM   1      THERANOS DEVELOPED CUP THAT CONTAINED THE SMALL SAMPLE AND

09:30AM   2      RAISED IT UP.

09:30AM   3          THE PROTOCOLS AND MODIFICATIONS ARE THE ADJUSTMENT TO THE

09:30AM   4      DETECTION TIME AND WAVELENGTHS THAT I REFERRED TO PREVIOUSLY.

09:30AM   5          THESE WERE STORED AS PROGRAMS ON THE SIEMENS INSTRUMENT,

09:30AM   6      AND THE MANAGEMENT DID NOT WANT THOSE PROGRAMS OR THOSE CUPS TO

09:30AM   7      BE VISIBLE TO FIELD SERVICE ENGINEERS OR SIEMENS EMPLOYEES WHEN

09:30AM   8      THEY CAME ON SITE.

09:30AM   9      Q.   AND WAS THERE GOING TO BE A VISIT OF A SIEMENS REP AROUND

09:31AM   10     THE TIME OF THIS EMAIL?

09:31AM   11     A.   I DON'T RECALL.

09:31AM   12     Q.   LET'S LOOK AT THE NEXT EMAIL UP IN THAT CHAIN.  IT WILL BE

09:31AM   13     YOUR RESPONSE TO MS. HOLMES.

09:31AM   14         DO YOU SEE THAT ON THE SCREEN NOW FROM YOU TO MS. HOLMES

09:31AM   15     ON AUGUST 3RD, 2013?

09:31AM   16     A.   YES.

09:31AM   17     Q.   AND YOU SAY, "IT WOULD PROBABLY BE BEST IF THE SIEMENS

09:31AM   18     ASSAYS WERE PROGRAMMED BEFORE THE OPEN CHANNEL T ASSAYS."

09:31AM   19         YOU SAY SUBSEQUENT TO THAT, "THE TECHNICAL REP AND THOSE

09:31AM   20     INTERACTING WITH HER, WILL BE MONITORED TO MAKE SURE NOTHING

09:31AM   21     PROPRIETARY IS REVEALED."

09:31AM   22     A.   YES.

09:31AM   23     Q.   CAN YOU EXPLAIN WHAT THIS RESPONSE MEANT?

09:31AM   24     A.   WELL, MY RECOLLECTION IS THAT THE THERANOS METHODS -- OUR

09:32AM   25     INSTRUCTIONS WERE TO DELETE THOSE METHODS FROM THE ADVIA BEFORE

09:32AM  1     THE SIEMENS REPS CAME IN.

09:32AM  2     Q.   WAS IT YOUR UNDERSTANDING AT THIS TIME THAT --

09:32AM  3     A.   OH, I'M SORRY.  GO AHEAD.

09:32AM  4     Q.   FINISH YOUR ANSWER, PLEASE, IF YOU HAVE MORE.

09:32AM  5     A.   MY RECOLLECTION IS THAT THE REPS WERE MONITORED BY SIEMENS

09:32AM  6     SECURITY DURING THE TIME THAT THEY WERE IN THE UPSTAIRS

09:32AM  7     LABORATORY.

09:32AM  8     Q.   BY SIEMENS SECURITY?

09:32AM  9     A.   NO, BY THERANOS SECURITY.

09:32AM  10    Q.   AND WAS IT YOUR UNDERSTANDING AT THE TIME THAT THE CHANGES

09:32AM  11    THAT THERANOS HAD MADE TO THESE SIEMENS DEVICES WERE NOT TO BE

09:32AM  12    REVEALED TO THE INDIVIDUALS FROM SIEMENS?

09:32AM  13    A.   YES.

09:32AM  14    Q.   DO YOU HAVE AN UNDERSTANDING OF WHO FIRST PROPOSED OR

09:32AM  15    DEVELOPED THESE CHANGES TO THE SIEMENS DEVICES?

09:32AM  16    A.   I FIRST HEARD OF THE PLAN FROM DANIEL YOUNG.  I BELIEVE IT

09:33AM  17    WAS HIS IDEA.

09:33AM  18    Q.   AND DO YOU KNOW WHETHER THE IDEA TO USE THESE THIRD PARTY

09:33AM  19    DEVICES WAS DISCUSSED WITH SUNNY BALWANI, FOR EXAMPLE?

09:33AM  20    A.   CAN YOU CLARIFY?  I'M SORRY.

09:33AM  21    Q.   WERE YOU A PART OF ANY DISCUSSIONS INCLUDING SUNNY BALWANI

09:33AM  22    ABOUT THE USE OF THESE THIRD PARTY DEVICES AROUND THIS TIME?

09:33AM  23    A.   I DON'T RECALL SPECIFICALLY TALKING TO HIM ABOUT THE PLAN,

09:33AM  24    ABOUT THIS PLAN.

09:33AM  25         I DO RECALL TALKING TO ELIZABETH ABOUT DIFFERENT DILUTION

09:33AM 1      SCHEMES AND WAYS THAT THIS WAS GOING TO BE EXECUTED.

09:33AM 2      Q.   OKAY.  DID -- LET'S SEE.  WERE ALL OF THE SIEMENS MODIFIED

09:34AM 3      DEVICES AT THERANOS MODIFIED IN THIS SAME WAY?

09:34AM 4      A.   I BELIEVE THAT THE THERANOS LABORATORY DEVELOPED TESTS

09:34AM 5      WERE DIVIDED AMONGST A NUMBER OF SIEMENS INSTRUMENTS.

09:34AM 6          THE GOAL INITIALLY WAS TO HAVE ONE SIEMENS INSTRUMENT BE

09:34AM 7      ABLE TO RUN ALL OF THE THERANOS LABORATORY DEVELOPED TESTS, BUT

09:34AM 8      I DON'T THINK WE WERE ABLE TO DO THAT, SO WE HAD TO DIVVY IT UP

09:34AM 9      AMONGST THE DIFFERENT INSTRUMENTS.

09:34AM 10     Q.   DID THE CLINICAL LAB AT THERANOS USE ANY THIRD PARTY

09:34AM 11     DEVICES, ANY NON-THERANOS DEVICES THAT WERE UNMODIFIED?

09:34AM 12     A.   YES, THEY USED THE SIEMENS ADVIA 1800 IN AN UNMODIFIED

09:34AM 13     MANNER TO BE RUN WITH VENOUS DRAWS FROM VACUTAINERS.  THERE WAS

09:34AM 14     AN INSTRUMENT CALLED THE IMMULITE THAT DID IMMUNOASSAY WITH

09:35AM 15     VENOUS DRAWS.  THERE WAS ABBOTT CELLDYNE RUBY THAT DID COMPLETE

09:35AM 16     BLOOD COUNTS.  THERE WAS AN INSTRUMENT FOR BLOOD LEAD

09:35AM 17     MONITORING.  THERE WAS AN INSTRUMENT TO MEASURE AUTO

09:35AM 18     ANTIBODIES.  I DON'T REMEMBER THE MANUFACTURER.

09:35AM 19         SO THERE WERE A NUMBER OF THIRD PARTY INSTRUMENTS, YEAH.

09:35AM 20     Q.   AND THE INSTRUMENTS THAT YOU JUST LISTED, TO YOUR

09:35AM 21     KNOWLEDGE, DID THEY CONTAIN ANY THERANOS-SPECIFIC ENGINEERING

09:35AM 22     OR MODIFICATIONS?

09:35AM 23     A.   NO.  IT WAS JUST THE ADVIA.

09:35AM 24     Q.   AT THE THERANOS LOCATION PHYSICALLY, CAN YOU TELL US WHERE

09:36AM 25     THE LAB DEVICES WERE IN THE BUILDING?

09:36AM  1    A.   SURE.   THERE WAS A LAB UPSTAIRS, SO AT THE GROUND LEVEL

09:36AM  2    THAT CONTAINED THE FDA APPROVED DEVICES, AND THERE WAS A LAB IN

09:36AM  3    THE BASEMENT WHICH CONTAINED LIQUID HANDLERS, EDISONS, ADVIAS

09:36AM  4    THAT HAD BEEN MODIFIED, ET CETERA.

09:36AM  5         FOR A SHORT PERIOD OF TIME THE ADVIA UPSTAIRS WERE

09:36AM  6    MODIFIED TO DO THE THERANOS TESTS, BUT THAT ALL TRANSFERRED TO

09:36AM  7    THE NORMANDY LAB DOWNSTAIRS.

09:36AM  8    Q.   WHEN YOU SAY THE UPSTAIRS LAB HAD THE FDA APPROVED TESTS,

09:36AM  9    DOES THAT REFER TO THE CONVENTIONAL ANALYZERS?

09:37AM  10   A.   CORRECT.

09:37AM  11   Q.   AND YOU MENTIONED THE NAME NORMANDY.   WHAT DID THAT REFER

09:37AM  12   TO?

09:37AM  13   A.   THE DOWNSTAIRS LABORATORY.

09:37AM  14   Q.   CONTAINING THE THERANOS SPECIFIC DEVICES?

09:37AM  15   A.   CORRECT.

09:37AM  16   Q.   AND WAS THERE A NAME OR NICKNAME FOR THE UPSTAIRS PORTION

09:37AM  17   OF THE LAB WITH THE CONVENTIONAL DEVICES?

09:37AM  18   A.   YES.   SUNNY REFERRED TO IT AS JURASSIC PARK BECAUSE HE

09:37AM  19   BELIEVED THE CONVENTIONAL DEVICES WERE DINOSAURS.

09:37AM  20   Q.   AS LAB DIRECTOR, WERE YOU IN A POSITION TO OVERSEE TESTING

09:37AM  21   IN BOTH OF THOSE LOCATIONS?

09:37AM  22   A.   I WAS.   HOWEVER, ON AN OPERATIONAL BASIS, NISHIT DOSHI WAS

09:37AM  23   PUT IN CHARGE OF THE LAB.

09:37AM  24   Q.   AND DID NISHIT DOSHI ESSENTIALLY REPORT TO YOU IN THAT

09:37AM  25   ROLE?

09:37AM   1    A.   NO, HE DID NOT.

09:37AM   2    Q.   AND TO WHOM DID HE REPORT?

09:37AM   3    A.   I BELIEVE HE REPORTED TO EITHER SUNNY OR ELIZABETH, BUT

09:37AM   4    I'M NOT SURE.

09:37AM   5    Q.   DID THE LAB DIRECTOR POSITION, THOUGH, ENCOMPASS ALL OF

09:38AM   6    THE CLINICAL LAB TESTING THAT THERANOS PERFORMED?

09:38AM   7    A.   YES.

09:38AM   8    Q.   AND NISHIT DOSHI WAS NOT LAB DIRECTOR; CORRECT?

09:38AM   9    A.   NO.

09:38AM  10    Q.   PRIOR TO THE COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WAS

09:38AM  11    THERANOS CONDUCTING ANY PATIENT TESTING?

09:38AM  12    A.   YES.   THERANOS HAD A CONTRACT WITH SAFEWAY SUPERMARKETS

09:38AM  13    WHERE EMPLOYEES IN PLEASANTON WOULD HAVE BLOOD DRAWN AND THAT

09:38AM  14    WOULD BE TAKEN TO THE THERANOS LABORATORY AND TESTED.

09:38AM  15         MY BELIEF WAS THAT IT WAS VENOUS BLOOD ONLY.

09:38AM  16    Q.   AND THAT'S WHAT WAS HAPPENING WHEN YOU WERE PRESENT AT THE

09:38AM  17    COMPANY?

09:38AM  18    A.   CORRECT.

09:38AM  19    Q.   BECAUSE IT WAS VENOUS BLOOD, DOES THAT MEAN IT WAS TESTED

09:38AM  20    ON THE CONVENTIONAL ANALYZERS?

09:38AM  21    A.   CORRECT.

09:38AM  22    Q.   AND LEADING UP TO THAT COMMERCIAL LAUNCH, THE BROADER

09:38AM  23    COMMERCIAL LAUNCH IN SEPTEMBER OF 2013, WHAT WAS THE OVERALL

09:39AM  24    MOOD AT THE COMPANY?

09:39AM  25    A.   THERE WAS A LOT OF ANXIETY WITHIN THE CLIA GROUP REGARDING

09:39AM   1    THE APPROPRIATENESS OF USING THESE MODIFIED TESTS FOR PATIENT

09:39AM   2    CARE.

09:39AM   3         THE GENERAL MOOD OF THE COMPANY WAS FAIRLY OPTIMISTIC.  I

09:39AM   4    THINK SOME FOLKS WERE QUESTIONING WHY THERANOS WAS NOT USING

09:39AM   5    ITS OWN DEVICES.

09:39AM   6    Q.   HOW WOULD YOU DESCRIBE THE PACE OF EVENTS AND THE WORK

09:39AM   7    THAT WAS HAPPENING LEADING UP TO THAT COMMERCIAL LAUNCH?

09:39AM   8    A.   EXTREMELY RUSHED AND HURRIED.

09:39AM   9    Q.   I'LL ASK YOU TO TURN IN YOUR BINDER TO EXHIBIT 3231,

09:39AM   10   PLEASE.

09:40AM   11        TAKE YOUR TIME.  LET ME KNOW WHEN YOU GET THERE.

09:40AM   12   A.   I HAVE IT.

09:40AM   13   Q.   DO YOU RECOGNIZE THE DOCUMENT MARKED AS EXHIBIT 3231?

09:40AM   14   A.   YES.

09:40AM   15   Q.   AND WHAT IS IT?

09:40AM   16   A.   THIS IS -- THE EMAIL AT THE TOP OF THE PAGE IS FROM

09:40AM   17   NICHOLAS HAASE.  HE WAS IN RESEARCH AND DEVELOPMENT, BUT HE WAS

09:40AM   18   ALSO HEAVILY INVOLVED IN RUNNING THE ADVIA INSTRUMENTS FOR THE

09:40AM   19   VALIDATION, AND HE'S COMMENTING THAT THEY RECEIVED PATHOLOGICAL

09:40AM   20   SAMPLES, BUT THAT THEY'RE ONLY KNOWN TO BE PATHOLOGICAL FOR A

09:40AM   21   SINGLE ANALYTE OR SUBSTANCE, AND THEY WERE GOING TO SCREEN TO

09:40AM   22   SEE IF THEY WERE PATHOLOGICAL FOR ANY ADDITIONAL ANALYTES.

09:40AM   23        SO THIS IS IN REGARD TO THE ANALYTIC RANGE TO MAKE SURE

09:41AM   24   YOU TEST SAMPLES BOTH IN THE NORMAL RANGE AND THE PATHOLOGICAL

09:41AM   25   RANGE.

09:41AM 1    Q.   I'LL DIRECT YOU TO PAGE 2 OF THAT EXHIBIT, IF I COULD.

09:41AM 2        DOES THIS EMAIL CHAIN BEGIN WITH AN EMAIL FROM

09:41AM 3    ELIZABETH HOLMES TO OTHER EMPLOYEES AT THERANOS?

09:41AM 4    A.   YES, I SEE AT THE BOTTOM OF THE PAGE AN EMAIL FROM

09:41AM 5    ELIZABETH TO OTHER EMPLOYEES.

09:41AM 6            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES IN

09:41AM 7    EXHIBIT 3231.

09:41AM 8               MR. WADE:  NO OBJECTION.

09:41AM 9            THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:41AM 10           MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE

09:41AM 11   2, PLEASE.

09:41AM 12       (GOVERNMENT'S EXHIBIT 3231 WAS RECEIVED IN EVIDENCE.)

09:41AM 13   BY MR. BOSTIC:

09:41AM 14   Q.   DR. ROSENDORFF, DO YOU SEE THE EMAIL ON THE BOTTOM OF THE

09:41AM 15   SCREEN THAT WE WERE JUST TALKING ABOUT?

09:41AM 16   A.   YES.

09:41AM 17   Q.   AND WHAT WAS MS. HOLMES ASKING FOR IN THIS EMAIL?

09:41AM 18   A.   SHE'S ASKING FOR THE TOTAL NUMBER OF GENERAL CHEMISTRY

09:41AM 19   THERANOS LDT ASSAYS THAT HAVE COMPLETED THEIR VALIDATION AS OF

09:42AM 20   TOMORROW, WHICH WOULD HAVE BEEN SEPTEMBER 1ST, ON THE ADVIA AND

09:42AM 21   OTHER PLATFORMS.

09:42AM 22   Q.   THERE'S A MESSAGE ABOVE THAT FROM PAUL PATEL.  WHO WAS HE

09:42AM 23   AT THE COMPANY?

09:42AM 24   A.   HE HEADED UP WHAT WAS KNOWN AS COLOR CHEMISTRY.  IT WAS

09:42AM 25   THE GENERAL CHEMISTRY R&D TEAM AT THERANOS.

09:42AM  1    Q.   OKAY.  HE INCLUDES ADDITIONAL PEOPLE ON THAT EMAIL,

09:42AM  2    INCLUDING YOURSELF; IS THAT CORRECT?

09:42AM  3    A.   YES.

09:42AM  4    Q.   AND ASKS FOR AN UPDATE; IS THAT RIGHT?

09:42AM  5    A.   YES.

09:42AM  6    Q.   LET'S TURN TO PAGE 1 OF THE EXHIBIT.

09:42AM  7         IF WE CAN ZOOM IN ON THE MIDDLE OF THE PAGE OF PAGE 1.

09:43AM  8         DO YOU SEE AN EMAIL IN RESPONSE FROM SOMEONE NAMED

09:43AM  9    ROSE EDMONDS?

09:43AM  10   A.   YES.

09:43AM  11   Q.   AND WHO WAS ROSE EDMONDS AT THERANOS?

09:43AM  12   A.   SHE WAS ALSO A RESEARCH AND DEVELOPMENT SCIENTIST INVOLVED

09:43AM  13   IN THE VALIDATIONS.

09:43AM  14   Q.   THE BEGINNING OF HER EMAIL SAYS, "AS OF RIGHT NOW NONE OF

09:43AM  15   OUR ASSAYS ARE COMPLETELY THROUGH VALIDATION INCLUDING CLINICAL

09:43AM  16   SAMPLE TESTING WITH FINGERSTICK."

09:43AM  17        DO YOU SEE THAT?

09:43AM  18   A.   YES.

09:43AM  19   Q.   AND CAN YOU EXPLAIN WHAT THIS MEANT AT THIS TIME LEADING

09:43AM  20   UP TO THE LAUNCH?

09:43AM  21   A.   SHE'S SAYING THAT NONE OF THE GENERAL CHEMISTRY ASSAYS

09:43AM  22   HAVE COMPLETED VALIDATION.

09:43AM  23   Q.   AND WHY WAS THAT RELEVANT TO THE UPCOMING LAUNCH, IF IT

09:43AM  24   WAS?

09:43AM  25   A.   WELL, IT'S VERY RELEVANT BECAUSE IT'S NINE DAYS BEFORE THE

09:43AM  1    LAUNCH AND NONE OF THE TESTS THAT THE COMPANY WAS INTENDING TO

09:43AM  2    LAUNCH HAD BEEN VALIDATED FOR PATIENT CARE.

09:43AM  3         UNDER CLIA LAW AND ACCORDING TO GOOD LABORATORY PRACTICE,

09:44AM  4    YOU NEED TO VALIDATE A TEST FULLY BEFORE YOU CAN USE IT FOR

09:44AM  5    PATIENT CARE.

09:44AM  6    Q.   AND WAS THIS SITUATION CONCERNING TO YOU AT THE TIME?

09:44AM  7    A.   YES.

09:44AM  8    Q.   AND WHY WAS THAT IF THERE'S ANYTHING TO ADD FROM WHAT YOU

09:44AM  9    JUST SAID?

09:44AM  10   A.   AS I SAID EARLIER, I FELT THAT THE VALIDATION WAS BEING

09:44AM  11   RUSHED AND MORE TIME WOULD HAVE BEEN NEEDED TO MORE THOROUGHLY

09:44AM  12   INVESTIGATE THE THERANOS TECHNOLOGY.

09:44AM  13   Q.   AS LAB DIRECTOR, WERE YOU THE ONE SETTING THE SCHEDULE FOR

09:44AM  14   VALIDATION IN THE COMMERCIAL LAUNCH?

09:44AM  15   A.   NO.

09:44AM  16   Q.   AND WHERE WAS THE SCHEDULE COMING FROM?

09:44AM  17   A.   ELIZABETH AND SUNNY.

09:44AM  18   Q.   I'LL ASK YOU TO TURN TO EXHIBIT 1049, PLEASE.

09:45AM  19        YOUR HONOR, THE GOVERNMENT IS OFFERING THIS INTO EVIDENCE.

09:45AM  20   I BELIEVE THE DEFENSE HAS STIPULATED.

09:45AM  21             MR. WADE:  WE HAVE, YOUR HONOR.

09:45AM  22             THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

09:45AM  23        (GOVERNMENT'S EXHIBIT 1049 WAS RECEIVED IN EVIDENCE.)

09:45AM  24             MR. BOSTIC:  IF WE CAN START ON THIS FIRST PAGE AND

09:45AM  25   ZOOM IN ON THE BOTTOM HALF.

09:45AM   1    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

09:45AM   2    AUGUST 29TH, 2013?

09:45AM   3    A.   YES.

09:45AM   4    Q.   AND APPROXIMATELY HOW FAR IN ADVANCE OF THE LAUNCH WAS

09:45AM   5    THIS EMAIL SENT?

09:45AM   6    A.   NINE DAYS, TEN DAYS.

09:45AM   7    Q.   AND WHAT WAS THE PURPOSE OF THIS EMAIL?  WHAT WERE YOU

09:45AM   8    COMMUNICATING?

09:45AM   9    A.   I WAS RAISING THE ALARM BELLS ABOUT ASSAYS THAT I DIDN'T

09:45AM   10   FEEL WERE READY FOR LAUNCH, AND ALSO RAISING SOME CONCERNS

09:46AM   11   ABOUT STAFFING AND TRAINING.  THAT'S UNDER NUMBER 2,

09:46AM   12   OPERATIONAL.

09:46AM   13   Q.   AND WE'LL GET TO THAT IN A SECOND.

09:46AM   14        LET ME ASK, YOU SENT THIS EMAIL TO ELIZABETH HOLMES AND

09:46AM   15   DANIEL YOUNG; IS THAT CORRECT?

09:46AM   16   A.   CORRECT.

09:46AM   17   Q.   WHY DID YOU SEND IT TO THOSE TWO INDIVIDUALS?

09:46AM   18   A.   I FELT IT WAS VERY IMPORTANT FOR ELIZABETH TO BE AWARE OF

09:46AM   19   THESE ISSUES AS THE CHIEF EXECUTIVE OFFICER OF THE COMPANY, AND

09:46AM   20   I'D ALSO EXPRESSED THESE CONCERNS TO DANIEL YOUNG.  I WANTED TO

09:46AM   21   REITERATE THEM TO HIM.  I HAD LIVE INTERACTION WITH DANIEL

09:46AM   22   DURING THE DAYS -- DURING THE VALIDATION.

09:46AM   23   Q.   YOU THEN GO ON TO DESCRIBE SOME OF YOUR CONCERNS.  CAN YOU

09:46AM   24   WALK US THROUGH THEM?  FIRST, WHAT WERE YOUR MEDICAL CONCERNS

09:46AM   25   AT THE TIME?

09:46AM  1    A.   MY CONCERN WAS THAT THE REFERENCE RANGE FOR GLUCOSE WAS

09:47AM  2    COMING OUT AS 20 TO 97 ON THE THERANOS CHEMISTRIES, WHEREAS THE

09:47AM  3    REFERENCE RANGE FOR GLUCOSE ON THE SIEMENS CHEMISTRIES WAS 56

09:47AM  4    TO 117.

09:47AM  5    Q.   AND APOLOGIES, DR. ROSENDORFF.  YOU'RE ON PAGE 2 NOW OF

09:47AM  6    THE EXHIBIT?

09:47AM  7    A.   YES.

09:47AM  8    Q.   MS. HOLLIMAN, IF WE CAN GO TO PAGE 2, PLEASE.  ZOOM IN ON

09:47AM  9    THE TOP OF THE IMAGE ONCE WE GET THERE.

09:47AM  10       I'M SORRY.  GO AHEAD, DR. ROSENDORFF.

09:47AM  11   A.   THE TOTAL ALLOWABLE ERROR IS THE SUM OF PRECISION PLUS

09:47AM  12   BIAS, WHICH WAS SET BY CMS AT 10 PERCENT.

09:47AM  13       THE PRECISION WAS ALREADY AT 8 PERCENT, AND THERE WAS

09:47AM  14   SIGNIFICANT NEGATIVE BIAS IN THE GLUCOSE ASSAY, WHICH MEANT

09:48AM  15   THAT WE HAD ALREADY EXCEEDED THE TOTAL ALLOWABLE ERROR.  THAT'S

09:48AM  16   WHAT I MEAN BY OUR ENTIRE ERROR BUDGET HAS JUST BEEN SPENT ON

09:48AM  17   PRECISION.

09:48AM  18   Q.   AND I'LL ASK YOU TO TRANSLATE THAT A LITTLE BIT FOR US.

09:48AM  19       FIRST, WHEN YOU SAY THAT THE PRECISION WAS AS HIGH AS

09:48AM  20   8 PERCENT, IS HIGH PRECISION OR IS A HIGH PERCENTAGE HERE A

09:48AM  21   DESIRABLE THING OR AN UNDESIRABLE THING?

09:48AM  22   A.   NO, UNDESIRABLE.

09:48AM  23   Q.   AND WHY IS THAT?

09:48AM  24   A.   GLUCOSE -- TECHNICALLY GLUCOSE IS A FAIRLY SIMPLE ANALYTE

09:48AM  25   TO MEASURE, AND SO IN TERMS OF THE TECHNIQUE, THE VALUES ON

09:48AM 1     REPEAT MEASUREMENT SHOULD NOT VARY BY THAT MUCH.

09:48AM 2     Q.   DID THESE NUMBERS CAUSE YOU ANY CONCERN ABOUT THE ACCURACY

09:48AM 3     OR PRECISION OF THE TEST ITSELF?

09:48AM 4     A.   YES.

09:48AM 5     Q.   AT THE BOTTOM OF THAT PARAGRAPH THERE'S A QUESTION FROM

09:49AM 6     YOU THAT SAYS, "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR

09:49AM 7     CHEMISTRY?"

09:49AM 8          DO YOU SEE THAT?

09:49AM 9     A.   YES.

09:49AM 10    Q.   AND WHAT DID THAT MEAN?

09:49AM 11    A.   I SUSPECTED THAT THERE WAS A PROBLEM, A BASIC PROBLEM WITH

09:49AM 12    THE INSTRUMENT'S CALIBRATORS, THE INTERNAL INSTRUMENT

09:49AM 13    CALIBRATORS OR THE REAGENT CHEMISTRY THAT MIGHT EXPLAIN THE

09:49AM 14    NEGATIVE BIAS OF THE TECHNIQUE.

09:49AM 15    Q.   AND WHAT DOES "NEGATIVE BIAS" MEAN IN THE CONTEXT OF A

09:49AM 16    TEST LIKE THIS?

09:49AM 17    A.   IT MEANS THAT WHEN YOU TEST ACTUAL PATIENT SAMPLES, YOU'RE

09:49AM 18    GOING TO GET FALSELY LOW RESULTS.

09:49AM 19    Q.   AND YOU GO ON TO TALK ABOUT SOME CONCERNS THAT YOU HAVE

09:49AM 20    WITH SODIUM; IS THAT RIGHT?

09:49AM 21    A.   YES.

09:49AM 22    Q.   AND CAN YOU EXPLAIN TO US WHAT THOSE CONCERNS WERE?

09:49AM 23    A.   SO AT THIS POINT IN TERMS OF PATIENT TESTING, WE HAD DONE

09:50AM 24    SOME TESTING WHERE A FEW PATIENTS HAD SODIUM IN THE 120'S,

09:50AM 25    WHICH IS VERY UNUSUAL FOR SOMEONE WALKING AROUND, A NORMAL

09:50AM   1      PERSON.  AS I SAID, 99 PERCENT OF HEALTHY PEOPLE HAVE SODIUMS

09:50AM   2      THAT ARE BETWEEN 135 AND 145, SO TO COME UP -- TO BE TESTED AND

09:50AM   3      HAVE A SODIUM OF 120 IN AN APPARENTLY HEALTHY INDIVIDUAL I JUST

09:50AM   4      DIDN'T BELIEVE.

09:50AM   5      Q.   AS A LAB DIRECTOR, WOULD YOU SOMETIMES LOOK AT A SINGLE

09:50AM   6      RESULT OR A SMALL NUMBER OF RESULTS AS BEING INDICATIVE OF THE

09:50AM   7      TEST PERFORMANCE?

09:50AM   8      A.   THEY WOULD RAISE ALARMS FOR ME.  THEY WOULD REQUIRE

09:50AM   9      INVESTIGATION.

09:50AM  10           IF A LARGE NUMBER OF THESE WERE OCCURRING, THAT WOULD BE

09:50AM  11      MORE -- IN MY MIND THAT WOULD BE ESCALATED TO A BIGGER

09:51AM  12      INVESTIGATION.

09:51AM  13      Q.   BESIDES THE MEDICAL CONCERNS, YOU ALSO HAD OPERATIONAL

09:51AM  14      CONCERNS; IS THAT RIGHT?

09:51AM  15      A.   YES.

09:51AM  16      Q.   AND WHAT WAS THE NATURE OF THOSE OPERATIONAL CONCERNS?

09:51AM  17      A.   I WAS CONCERNED THAT THE LABORATORY STAFF PERFORMING THE

09:51AM  18      TESTING WAS NOT PROPERLY TRAINED AND THAT WE DID NOT HAVE

09:51AM  19      ENOUGH STAFF TO PERFORM THE TESTS.

09:51AM  20      Q.   WOULD THOSE PROBLEMS POTENTIALLY HAVE AN IMPACT ON THE

09:51AM  21      ACCURACY OF PATIENT RESULTS?

09:51AM  22      A.   YES.  IF YOU'RE NOT PROPERLY TRAINED ON A TECHNIQUE, THAT

09:51AM  23      WOULD IMPACT THE RELIABILITY OF THE RESULT.

09:51AM  24      Q.   GOING BACK BRIEFLY TO THE MEDICAL CONCERNS WHERE YOU SAY

09:51AM  25      "MAYBE WE NEED TO WORK ON OUR CALIBRATORS OR CHEMISTRY."

09:51AM  1          WHO WOULD BE THE PEOPLE ACTUALLY AT THERANOS DOING THAT

09:51AM  2    WORK?

09:51AM  3    A.   PAUL PATEL WAS IN CHARGE OF COLOR CHEMISTRY WORKING WITH

09:52AM  4    DANIEL YOUNG ON INSTRUMENT DEVELOPMENT, TEST DEVELOPMENT IN THE

09:52AM  5    CASE OF GLUCOSE.

09:52AM  6          FOR THE IMMUNOASSAYS, I BELIEVE SUREKHA WAS IN CHARGE OF

09:52AM  7    THAT.

09:52AM  8    Q.   ARE THOSE PEOPLE IN RESEARCH AND DEVELOPMENT?

09:52AM  9    A.   YES.

09:52AM 10    Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "I WOULD LIKE US TO

09:52AM 11    BE THE BEST THAT WE CAN BE.  A FEW MORE WEEKS TO SORT THROUGH

09:52AM 12    THESE MEDICAL AND LOGISTICAL ISSUES, AND GETTING THE PROPER

09:52AM 13    LEVEL OF TRAINING AND STAFFING WOULD HELP US TREMENDOUSLY."

09:52AM 14          WHAT ARE YOU COMMUNICATING THERE?

09:52AM 15    A.   I'M TRYING TO BE AS POLITE AS I CAN AND REALLY WANT THE

09:52AM 16    BEST QUALITY OF TEST RESULTS TO COME OUT OF THE LAB AND FELT

09:53AM 17    THAT WE NEEDED MORE TIME TO SOLVE THESE MEDICAL LOGISTICAL

09:53AM 18    ISSUES, AND IT WOULD ALSO ALLOW US TO TRAIN STAFF MORE

09:53AM 19    THOROUGHLY AND HIRE ADDITIONAL STAFF.

09:53AM 20    Q.   WOULD THIS MEAN DELAYING THE COMMERCIAL LAUNCH OF THERANOS

09:53AM 21    TESTS?

09:53AM 22    A.   YES.

09:53AM 23    Q.   IS THAT A REQUEST THAT YOU MADE LIGHTLY?

09:53AM 24    A.   NO.

09:53AM 25    Q.   AND THIS EMAIL WAS ADDRESSED TO MS. HOLMES; IS THAT

09:53AM 1    CORRECT?

09:53AM 2    A.   CORRECT.

09:53AM 3    Q.   AND WHY DID YOU BELIEVE SHE WAS THE CORRECT PERSON TO

09:53AM 4    RECEIVE THIS REQUEST?

09:53AM 5    A.   MY UNDERSTANDING WAS THAT SHE WAS ACCOUNTABLE TO THE BOARD

09:53AM 6    OF DIRECTORS AND TO THE INVESTORS AND THAT THE LAUNCH HAD TO BE

09:53AM 7    ESSENTIALLY ON SEPTEMBER -- AS SOON AS POSSIBLE BECAUSE THOSE

09:53AM 8    INDIVIDUALS WERE BECOMING DISSATISFIED WITH THERANOS.

09:53AM 9    Q.   AND --

09:54AM 10   A.   THEY HAD BEEN --

09:54AM 11           MR. WADE:  OBJECT, YOUR HONOR.  MOVE TO STRIKE.

09:54AM 12           THE COURT:  SUSTAINED.  THAT LAST ANSWER IS

09:54AM 13   STRICKEN.  YOU CAN ASK ANOTHER QUESTION.

09:54AM 14   BY MR. BOSTIC:

09:54AM 15   Q.   DR. ROSENDORFF, DID YOU HAVE A CONVERSATION WITH

09:54AM 16   MS. HOLMES AROUND THIS TIME ABOUT THIS TOPIC?

09:54AM 17   A.   YES, I DID.

09:54AM 18   Q.   AND WHAT DO YOU RECALL ABOUT THIS CONVERSATION?

09:54AM 19   A.   I WENT INTO HER OFFICE.  SHE HAD PAPERS STUCK ON TO THE

09:54AM 20   WINDOW WITH A NUMBER ON IT WHICH INDICATED THE NUMBER OF DAYS

09:54AM 21   UNTIL LAUNCH.

09:54AM 22       I EXPRESSED MY CONCERNS TO HER.  I TOLD HER THAT THE

09:54AM 23   POTASSIUM WAS UNRELIABLE, THE SODIUM WAS UNRELIABLE, THE

09:54AM 24   GLUCOSE WAS UNRELIABLE, EXPLAINED WHY.

09:54AM 25       SHE WAS VERY NERVOUS.  SHE WAS NOT HER USUAL COMPOSED

09:54AM  1    SELF.  SHE WAS TREMBLING A LITTLE BIT, HER KNEE WAS TAPPING,

09:54AM  2    HER VOICE WAS BREAKING UP.  SHE WAS CLEARLY UPSET.

09:54AM  3    Q.   YOU READ THAT SHE WAS UPSET.

09:54AM  4         DID SHE SEEM SURPRISED TO BE HEARING ABOUT THESE ISSUES

09:55AM  5    FROM YOU?

09:55AM  6    A.   SHE DIDN'T SEEM SURPRISED TO ME.  SHE JUST SEEMED NERVOUS

09:55AM  7    AND UPSET.

09:55AM  8    Q.   YOU MENTIONED EARLIER THAT YOU REPORTED OFFICIALLY, OR

09:55AM  9    MORE DIRECTLY, TO MR. BALWANI; IS THAT CORRECT?

09:55AM  10   A.   CORRECT.

09:55AM  11   Q.   AND WHY DID YOU GO TO MS. HOLMES WITH THIS INSTEAD OF

09:55AM  12   MR. BALWANI?

09:55AM  13   A.   I FELT IT WOULD HAVE MORE IMPACT IN GOING TO ELIZABETH

09:55AM  14   DIRECTLY.

09:55AM  15   Q.   AND WHY DID YOU FEEL THAT WAY?

09:55AM  16   A.   I FELT THAT MANY OF THE CONCERNS THAT I RAISED TO SUNNY

09:55AM  17   WERE -- HE WOULD EITHER DISMISS THEM OR ATTEMPT TO EXPLAIN THEM

09:55AM  18   AWAY OR TELL ME TO GO TALK TO DANIEL YOUNG.

09:55AM  19   Q.   AND WHAT WAS THE OUTCOME OF THIS CONVERSATION?  WAS THE

09:55AM  20   LAUNCH ACTUALLY DELAYED AS YOU WERE REQUESTING?

09:55AM  21   A.   NO.  ELIZABETH SAID THAT FOR THOSE PROBLEMATIC ASSAYS, WE

09:55AM  22   COULD ALWAYS REVERT TO VACUTAINER DRAWS.

09:55AM  23   Q.   AND WHAT WOULD THAT MEAN IN TERMS OF WHAT DEVICE WOULD BE

09:55AM  24   DOING THE ANALYSIS?

09:55AM  25   A.   THEY WOULD BE RUN ON THE CONVENTIONAL FDA APPROVED

ROSENDORFF DIRECT BY MR. BOSTIC                                    1733

09:56AM   1    INSTRUMENTS.

09:56AM   2    Q.    INSTEAD OF THE THERANOS DEVICES?

09:56AM   3    A.    CORRECT.

09:56AM   4    Q.    WHEN YOU WERE AT THERANOS, WERE YOU AWARE OF

09:56AM   5    DEMONSTRATIONS THAT WOULD HAPPEN WHERE VIP'S WOULD VISIT THE

09:56AM   6    COMPANY?

09:56AM   7    A.    YES.

09:56AM   8    Q.    AND DID YOU HAVE ANY INVOLVEMENT IN RUNNING THE SAMPLES

09:56AM   9    FOR THOSE TECHNOLOGY DEMONSTRATIONS?

09:56AM   10   A.    THE SAMPLE WOULD BE COLLECTED IN A FRONT ROOM.  I WAS NOT

09:56AM   11   PRESENT FOR THAT.

09:56AM   12        IT WOULD THEN BE TAKEN THROUGH THE LOCKED DOORS INTO THE

09:56AM   13   LABORATORY AND RAN IN THE NORMANDY LAB.

09:56AM   14        MY INVOLVEMENT IN THAT WAS REVIEWING THE RESULTS AFTER THE

09:56AM   15   DEMOS WERE COMPLETE.

09:56AM   16   Q.    CAN I ASK YOU TO TURN, PLEASE, TO TAB 1157 IN YOUR BINDER.

09:57AM   17        AND ARE YOU LOOKING AT AN EMAIL CHAIN BETWEEN YOU AND

09:57AM   18   OTHER EMPLOYEES AT THERANOS?

09:57AM   19   A.    NO.  I SEE AN EMAIL AT THE TOP OF THE PAGE FROM

09:57AM   20   DANIEL EDLIN.  IS THIS EXHIBIT 1157?

09:57AM   21   Q.    1157, UH-HUH.

09:57AM   22   A.    AND FROM SAYS DANIEL EDLIN, AND I'M CC'D.

09:57AM   23   Q.    OKAY.  AND ARE THE OTHER INDIVIDUALS ON THIS EMAIL CHAIN

09:57AM   24   EMPLOYEES AT THERANOS?

09:57AM   25   A.    YES.

09:57AM   1    Q.   AND DOES THIS RELATE TO ONE OF THE DEMOS THAT WE'VE BEEN

09:57AM   2    TALKING ABOUT?

09:57AM   3    A.   YES.

09:57AM   4    Q.   AND WERE EMAILS LIKE THESE USED AT THERANOS TO TRACK THE

09:58AM   5    PROGRESS OF THESE DEMOS AND FACILITATE COORDINATION BETWEEN

09:58AM   6    PEOPLE WORKING ON THEM?

09:58AM   7    A.   YES, DEFINITELY.

09:58AM   8    Q.   AND WAS IT IMPORTANT TO CONVEY INFORMATION ACCURATELY IN

09:58AM   9    THESE EMAILS SO THAT THE PROCESS COULD OPERATE CORRECTLY?

09:58AM   10   A.   YES, THE EMAILS THAT WE USED TO COORDINATE AMONGST THE

09:58AM   11   DIFFERENT ENTITIES IN THE LABORATORY.

09:58AM   12            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT SUBMITS INTO

09:58AM   13   EVIDENCE 1157.

09:58AM   14            MR. WADE:  NO OBJECTION.

09:58AM   15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:58AM   16       (GOVERNMENT'S EXHIBIT 1157 WAS RECEIVED IN EVIDENCE.)

09:58AM   17            MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START ON PAGE 2

09:58AM   18   OF THIS EXHIBIT.

09:58AM   19       LET'S ZOOM IN ON THE BOTTOM MESSAGE.

09:58AM   20   Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL FROM

09:58AM   21   DANIEL EDLIN TO YOU AND OTHER EMPLOYEES AT THERANOS?

09:59AM   22   A.   YES.

09:59AM   23   Q.   AND WHO WAS DANIEL EDLIN AT THE COMPANY?

09:59AM   24   A.   HE WAS A PROGRAM OR PROJECT MANAGER.  HE WAS ALSO INVOLVED

09:59AM   25   IN COMMUNICATING TO OUTSIDE LABS ABOUT POSSIBLE COLLABORATIONS.

09:59AM   1    Q.   IN HIS EMAIL HE SAYS, "PLEASE NOTE THAT WE HAVE A PATIENT

09:59AM   2    COMING IN TOMORROW MORNING FOR A DEMO."

09:59AM   3         DO YOU SEE THAT?

09:59AM   4    A.   YES.

09:59AM   5    Q.   AND HE SAYS, "PLEASE PLAN TO RUN THE SAME TESTS THAT WE

09:59AM   6    DID FOR LAST WEEK'S PATIENT.  TESTS INCLUDE," AND THEN HE LIST

09:59AM   7    SOME ASSAYS; IS THAT RIGHT?

09:59AM   8    A.   YES.

09:59AM   9    Q.   AND HE THEN SAYS, "SAM AND MICHAEL, WE WILL ALSO NEED TO

09:59AM  10    SET UP MINILABS AND A 4S IN INTERVIEW ROOM NUMBER 1."

09:59AM  11         DO YOU SEE THAT?

09:59AM  12    A.   YES.

09:59AM  13    Q.   LET'S GO BACK TO PAGE 1.  AND ZOOM IN ON THE MIDDLE

10:00AM  14    MESSAGE ONCE WE GET THERE.  YEAH, FROM THERE DOWN IS GOOD.

10:00AM  15         DO YOU SEE IN THE BOX IN FRONT OF YOU AN EMAIL FROM

10:00AM  16    PAUL PATEL TO YOU AND OTHERS?

10:00AM  17    A.   YES.

10:00AM  18    Q.   AND HE SAYS, "DANIEL, ARE WE EXPECTING TO RUN THIS SAMPLE

10:00AM  19    ON ADVIA?"

10:00AM  20         DO YOU SEE THAT?

10:00AM  21    A.   YES.

10:00AM  22    Q.   AND LET'S ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE EMAIL

10:00AM  23    ABOVE THIS AT THE TOP OF THE PAGE.

10:00AM  24         MR. EDLIN RESPONDS, "PAUL AND TEAM, PLEASE PLAN ON RUNNING

10:00AM  25    THIS SAMPLE USING THE SAME PROCESSES AS LAST WEEK, I.E., THE

10:00AM 1    CURRENT WORKFLOW IN NORMANDY.  TO ANSWER PAUL'S QUESTION, I

10:01AM 2    BELIEVE ADVIA IS USED FOR THIS FOR GC ASSAYS?"

10:01AM 3         DO YOU SEE THAT?

10:01AM 4    A.   YES.

10:01AM 5    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS?

10:01AM 6    A.   PAUL IS ASKING DANIEL EDLIN WHAT PROCESS IS -- SHOULD BE

10:01AM 7    USED TO RUN THE DEMO SAMPLES, AND DANIEL EDLIN IS SAYING RUN

10:01AM 8    THEM USING THE SAME PROCESSES AS LAST WEEK WITH THE LDT IN

10:01AM 9    NORMANDY, THE LABORATORY DEVELOPED TESTS IN NORMANDY, THE

10:01AM 10   DOWNSTAIRS LAB.

10:01AM 11        AND HE SAYS HE BELIEVES THAT THE ADVIA IS USED FOR GENERAL

10:01AM 12   CHEMISTRY ASSAYS.

10:01AM 13   Q.   AND WAS THAT CORRECT TO YOUR RECOLLECTION AT THE TIME?

10:01AM 14   WAS ADVIA USED FOR GENERAL CHEMISTRY?

10:01AM 15   A.   YES, IT WAS BEING USED FOR THE LABORATORY DEVELOPED TESTS.

10:01AM 16   Q.   AND ADVIA WAS NOT A THERANOS MANUFACTURED DEVICE; IS THAT

10:01AM 17   RIGHT?

10:01AM 18   A.   CORRECT.

10:01AM 19   Q.   LET'S GO BACK TO PAGE 2 NOW, PLEASE, AND BACK TO THAT

10:01AM 20   MESSAGE ON THE BOTTOM HALF OF THE PAGE.

10:02AM 21        I'LL DRAW YOUR ATTENTION TO THE LIST OF ASSAYS THAT WERE

10:02AM 22   GOING TO BE RUN.  ARE YOU FAMILIAR WITH THOSE ASSAYS FROM YOUR

10:02AM 23   TIME AT THERANOS?

10:02AM 24   A.   YES.

10:02AM 25   Q.   AND DO YOU HAVE AN UNDERSTANDING AS TO WHICH OF THOSE

10:02AM   1    ASSAYS COULD BE RUN ON THE THERANOS MANUFACTURED EDISON?

10:02AM   2    A.   ON THE EDISON, SIR?

10:02AM   3    Q.   CORRECT.

10:02AM   4    A.   VITAMIN D, TSH, PSA.

10:02AM   5    Q.   THE OTHER ASSAYS COULD NOT BE RUN ON THE THERANOS

10:02AM   6    MANUFACTURED DEVICE?

10:02AM   7    A.   CORRECT.

10:02AM   8    Q.   WERE ANY OF THESE ASSAYS RUN IN THE CLINICAL LAB ON EITHER

10:02AM   9    THE MINILAB OR THE 4S THAT IS MENTIONED BELOW?

10:02AM  10    A.   NO.

10:02AM  11    Q.   AND WERE THE MINILAB OR 4S USED TO RUN ANY CLINICAL

10:03AM  12    PATIENT TEST SAMPLES?

10:03AM  13    A.   NO.

10:03AM  14    Q.   AND WHEN YOU WERE AT THERANOS -- WELL, LET ME ASK, FIRST,

10:03AM  15    YOU SAW PREVIOUSLY THAT YOU WERE INCLUDED ON THIS EMAIL CHAIN

10:03AM  16    HIGHER UP; CORRECT?

10:03AM  17    A.   YES.

10:03AM  18    Q.   AND AT THE TIME, DID IT REGISTER FOR YOU THAT THERE WAS A

10:03AM  19    MISMATCH BETWEEN THE DEVICES THAT WERE GOING TO BE IN THE DEMO

10:03AM  20    ROOM AND THE DEVICES THAT WERE GOING TO BE USED TO ACTUALLY RUN

10:03AM  21    THE SAMPLES?

10:03AM  22    A.   I THOUGHT THAT THE 4S AND MINILAB WERE BEING SHOWN TO THE

10:03AM  23    DEMO PARTICIPANTS AS PROTOTYPES.

10:03AM  24         A MORE NEFARIOUS INTERPRETATION WOULD BE THAT --

10:03AM  25              MR. WADE:  OBJECTION, YOUR HONOR.  MOVE TO STRIKE.

10:03AM   1              THE COURT:  SUSTAINED.

10:03AM   2     BY MR. BOSTIC:

10:03AM   3     Q.  AND MY QUESTION, DR. ROSENDORFF, WAS WHETHER YOU ONLY

10:03AM   4     NOTICED WHEN YOU WERE AT THE COMPANY THAT ONE TYPE OF DEVICE

10:03AM   5     WAS IN THE ROOM WHILE ANOTHER TYPE WAS USED TO RUN THE SAMPLES?

10:03AM   6     A.  I WASN'T IN THE ROOM.  IT REALLY ONLY STRUCK ME DURING MY

10:04AM   7     INTERVIEWS WITH THE GOVERNMENT WHEN I CAREFULLY READ THE EMAILS

10:04AM   8     THAT I FULLY REALIZED WHAT WAS GOING ON IN THE FRONT ROOM.

10:04AM   9              MR. WADE:  OBJECTION.  MOVE TO STRIKE.

10:04AM  10              THE COURT:  OVERRULED.  THAT CAN STAND.

10:04AM  11     BY MR. BOSTIC:

10:04AM  12     Q.  I'LL ASK YOU TO LOOK NEXT, PLEASE, AT 1491 IN YOUR BINDER.

10:04AM  13          ONCE YOU HAVE IT, LET ME KNOW IF YOU RECOGNIZE IT AS AN

10:04AM  14     EMAIL SENT BETWEEN THERANOS EMPLOYEES.

10:04AM  15     A.  YES.  THIS IS AN EMAIL FROM MARK PANDORI TO MAX FOSQUE AT

10:04AM  16     THE TOP OF THE PAGE.

10:04AM  17     Q.  I'LL ASK YOU TO LOOK AT PAGE 2 OF THAT EXHIBIT.  IS THIS

10:04AM  18     ANOTHER EMAIL DEALING WITH A VIP PATIENT SAMPLE AT THERANOS?

10:05AM  19     A.  YES.

10:05AM  20     Q.  AND LIKE THE OTHER EMAIL, WERE EMAILS LIKE THIS SENT AS

10:05AM  21     PART OF YOUR NORMAL PRACTICE TO COORDINATE THESE TESTS AND

10:05AM  22     FACILITATE THE OPERATION OF THE LAB?

10:05AM  23     A.  YES.

10:05AM  24              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:05AM  25     ADMIT EXHIBIT 1491.

10:05AM   1            MR. WADE:  NO OBJECTION, YOUR HONOR.

10:05AM   2            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:05AM   3            (GOVERNMENT'S EXHIBIT 1491 WAS RECEIVED IN EVIDENCE.)

10:05AM   4            MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2

10:05AM   5       AND ZOOM IN ON THE BOTTOM MESSAGE.

10:05AM   6       Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MAX FOSQUE TO

10:05AM   7       OTHERS ON JANUARY 28TH, 2014?

10:05AM   8       A.   YES.

10:05AM   9       Q.   HE WRITES, "PLEASE FOLLOW UP ON WHY BRIAN GROSSMAN HAS NOT

10:06AM  10       BEEN RELEASED YET, HE WAS PENDING AN LDAQ AS OF LAST NIGHT.

10:06AM  11       THIS IS CRITICAL TO GET OUT ASAP."

10:06AM  12            DO YOU SEE THAT?

10:06AM  13       A.   YES.

10:06AM  14       Q.   MS. HOLLIMAN, LET GO TO THE NEXT PAGE AND CAPTURE THE TOP

10:06AM  15       TWO THIRDS OF THE PAGE.

10:06AM  16            FIRST OF ALL, DR. ROSENDORFF, DO YOU SEE AT THE TOP THAT

10:06AM  17       READS "HI ADAM/MARK"?

10:06AM  18       A.   YES.

10:06AM  19       Q.   AND THAT EMAIL READS, "THIS PATIENT (BRIAN GROSSMAN) IS A

10:06AM  20       VIP, WOULD YOU MIND LOOKING INTO THE SLOWDOWN HERE?  I BELIEVE

10:06AM  21       H. PYLORI IS RUN ON PREDICATE, PERHAPS THERE IS SOME ISSUE WITH

10:06AM  22       THE MACHINE?"

10:06AM  23            WHAT WAS H. PYLORI, FIRST OF ALL?

10:06AM  24       A.   HELICOBACTER PYLORI.  IT'S A BACTERIA IN THE STOMACH THAT

10:07AM  25       IS ASSOCIATED WITH REFLUX DISEASE.  LET'S LEAVE IT THERE.

10:07AM 1    Q.   AND WHEN THE EMAIL SAYS THAT IT'S RUN ON PREDICATE, WHAT

10:07AM 2    DOES THAT INDICATE?

10:07AM 3    A.   THAT IT IS RUN ON AN FDA APPROVED NON-THERANOS DEVICE.

10:07AM 4    Q.   AND IF WE CAN GO TO PAGE 1 OF THE EXHIBIT, PLEASE.  AND IF

10:07AM 5    WE CAN ZOOM IN ON THE TOP HALF OF THE PAGE.

10:08AM 6        THERE'S AN EMAIL FROM MAX FOSQUE TO YOU AND MARK PANDORI.

10:08AM 7        DO YOU SEE THAT AT THE BOTTOM?

10:08AM 8    A.   YES.

10:08AM 9    Q.   AND IT READS, "THANKS FOR THE UPDATE.  PLEASE LET US KNOW

10:08AM 10   THE OUTCOME."

10:08AM 11       THIS IS ON THE IMMULITE; CORRECT?

10:08AM 12   A.   CORRECT.

10:08AM 13   Q.   AND WHAT WAS THE IMMULITE?

10:08AM 14   A.   THE IMMULITE IS AN INSTRUMENT MANUFACTURED BY SIEMENS

10:08AM 15   CORPORATION THAT MEASURES -- IT'S AN IMMUNOASSAY INSTRUMENT.

10:08AM 16   IT MEASURES THESE PEPTIDES AND LARGER MOLECULES, SUCH AS

10:08AM 17   VITAMIN D, TSH, ET CETERA, THAT ARE NOT ABLE TO BE MEASURED ON

10:08AM 18   THE ADVIA.

10:08AM 19   Q.   AND IS THAT THE INSTRUMENT THAT WAS BEING USED TO RUN THIS

10:08AM 20   SIEMENS ADVIA FOR THIS VIP PATIENT AT THE TIME?

10:08AM 21   A.   CORRECT.  I'D LIKE TO CLARIFY.

10:08AM 22   Q.   PLEASE.

10:08AM 23   A.   THE IMMULITE WOULD HAVE BEEN USED FOR THE HELICOBACTER

10:09AM 24   PYLORI TEST THAT I BELIEVE WAS THE CAUSE OF THE SLOWDOWN FOR

10:09AM 25   RELEASING RESULTS FOR THIS PATIENT BECAUSE ALL OF THE RESULTS

10:09AM  1    WOULD HAVE TO BE COMPLETE BEFORE THE TEST WAS ISSUED, BEFORE

10:09AM  2    THE REPORT WAS ISSUED.

10:09AM  3    Q.   SO THE REPORT WAS WAITING ON THIS RESULT THAT WAS BEING

10:09AM  4    GENERATED BY A NON-THERANOS DEVICE; CORRECT?

10:09AM  5    A.   CORRECT.

10:09AM  6    Q.   LET'S TALK ABOUT QUALITY CONTROL IF WE COULD.

10:09AM  7         HOW -- IN YOUR EXPERIENCE AT THERANOS AND OTHER LABS, WHAT

10:09AM  8    IS QUALITY CONTROL?

10:09AM  9    A.   QUALITY CONTROL IS A METHOD TO DETERMINE WHETHER YOUR

10:09AM 10    INSTRUMENT IS FUNCTIONING PROPERLY BEFORE YOU START TESTING

10:09AM 11    PATIENT SAMPLES.

10:09AM 12    Q.   AND HOW DOES IT WORK IN A LAB?

10:09AM 13    A.   TYPICALLY THE LABORATORY PURCHASES QUALITY CONTROL

10:09AM 14    MATERIALS.  IT THEN RUNS THESE MATERIALS A NUMBER OF TIMES TO

10:09AM 15    ESTABLISH AN ACCEPTABLE RANGE FOR THEIR INSTRUMENT, AND THEN

10:10AM 16    THAT RANGE -- SO USUALLY THERE ARE THREE LEVELS OF QUALITY

10:10AM 17    CONTROL MATERIAL THAT SPAN THE CLINICAL REFERENCE RAGE.

10:10AM 18         SO A RANGE IS ESTABLISHED FOR EACH LEVEL, AND THEN BEFORE

10:10AM 19    YOU CAN RUN PATIENT SAMPLES YOU HAVE TO RUN THESE QUALITY

10:10AM 20    CONTROL MATERIALS AND MAKE SURE THAT THE RESULTS ARE WITHIN

10:10AM 21    THOSE RANGES THAT THEY'RE IN.

10:10AM 22    Q.   AND IN SIMPLE LANGUAGE, WHAT ARE YOU TRYING TO PROVE OR

10:10AM 23    ESTABLISH WITH QUALITY CONTROL?

10:10AM 24    A.   YOU'RE TRYING TO PROVE THAT THE INSTRUMENT IS RETURNING

10:10AM 25    ACCURATE RESULTS BEFORE RUNNING PATIENT SAMPLES.

10:10AM  1    Q.   IS THAT SOMETHING THAT HAS TO BE DONE JUST ONCE FOR EVERY

10:10AM  2    INSTRUMENT AND THEN IT CAN BE USED FOR DAYS AND WEEKS

10:10AM  3    AFTERWARDS ON PATIENT SAMPLES?

10:10AM  4    A.   IT HAS TO BE DONE FOR EVERY INSTRUMENT AND FOR EVERY ASSAY

10:10AM  5    TYPE OR TEST TYPE.  SOME LABORATORIES WILL DO IT AT THE

10:11AM  6    BEGINNING OF THE DAY, AND SOME LABORATORIES WILL DO IT FOR EACH

10:11AM  7    SHIFT.

10:11AM  8    Q.   HOW FREQUENTLY DID IT HAPPEN AT THERANOS?

10:11AM  9    A.   ONCE A DAY.

10:11AM  10   Q.   WHAT HAPPENED IF A DEVICE FAILED QUALITY CONTROL FOR A

10:11AM  11   CERTAIN ASSAY?

10:11AM  12   A.   THE QUALITY CONTROL WOULD BE REPEATED.  IF IT FAILED

10:11AM  13   AGAIN, THE INSTRUMENT WOULD BE TAKEN OUT OF SERVICE AND

10:11AM  14   RECALIBRATED AND QUALITY CONTROL WOULD BE RUN AGAIN TO

10:11AM  15   DETERMINE IF THAT QUALIFICATION PROCESS WAS SUCCESSFUL.

10:11AM  16   Q.   AS LAB DIRECTOR AT THERANOS, WERE YOU GENERALLY FAMILIAR

10:11AM  17   WITH THE QUALITY CONTROL PERFORMANCE OF THE THERANOS ANALYZERS?

10:11AM  18   A.   YES.

10:11AM  19   Q.   AND WAS THE QUALITY CONTROL PERFORMANCE OF THOSE ANALYZERS

10:11AM  20   A REPEATED TOPIC OF DISCUSSION AT THERANOS?

10:11AM  21   A.   YES.

10:11AM  22   Q.   AND DID THOSE DISCUSSIONS INCLUDE CONVERSATIONS WITH

10:11AM  23   MS. HOLMES ABOUT THAT TOPIC?

10:12AM  24   A.   YES.

10:12AM  25   Q.   I'LL ASK YOU TO LOOK AT EXHIBIT 1214, PLEASE.

10:12AM   1        YOUR HONOR, THE GOVERNMENT WOULD LIKE TO MOVE THIS INTO

10:12AM   2    EVIDENCE.  THIS IS SUBJECT TO STIPULATION.

10:12AM   3             MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:12AM   4             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:12AM   5        (GOVERNMENT'S EXHIBIT 1214 WAS RECEIVED IN EVIDENCE.)

10:12AM   6             MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN START AT THE

10:12AM   7    BOTTOM OF PAGE 2.  AND LET'S JUST CAPTURE THE HEADER

10:12AM   8    INFORMATION AT THE BOTTOM OF PAGE 2.

10:12AM   9    Q.   AND WE'RE ABOUT TO LOOK AT THIS EMAIL, DR. ROSENDORFF, BUT

10:12AM   10   DO YOU SEE IT'S FROM SUNNY BALWANI ON SUNDAY, NOVEMBER 3RD,

10:12AM   11   2013?

10:12AM   12   A.   YES.

10:12AM   13   Q.   AND, MS. HOLLIMAN, LET'S GO TO PAGE 3, PLEASE.

10:13AM   14        AND, DR. ROSENDORFF, DO YOU SEE THAT THAT EMAIL WAS SENT

10:13AM   15   TO EMPLOYEES AT THERANOS AND CC'ING ELIZABETH HOLMES?

10:13AM   16   A.   YES.  IT WAS SENT BY SUNNY BALWANI ON NOVEMBER 3RD, 2013

10:13AM   17   TO A NUMBER OF EMPLOYEES AND CC'D TO ELIZABETH HOLMES.

10:13AM   18   Q.   AND IN HIS EMAIL HE SAYS, "I WOULD LIKE THE 2 ADVIAS ON

10:13AM   19   NORMANDY TO BE 100 PERCENT DEDICATED TO CLIA MICRO SAMPLES

10:13AM   20   STARTING THIS WEEK (OR NEXT WEEKEND AT THE LATEST).  I WOULD

10:13AM   21   LIKE 1 ADVIA SET UP TO PROCESS ONLY OUR FINGERSTICK/MICRO

10:13AM   22   SAMPLES FOR GC AND OTHER SET UP FOR OUR IMMUNOASSAYS."

10:13AM   23        DO YOU SEE THAT?

10:13AM   24   A.   YES.

10:13AM   25   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHY THIS EXCHANGE WAS

10:13AM 1      BEING REQUESTED AT THIS TIME?

10:13AM 2      A.   SUNNY WAS CONCERNED ABOUT INSTRUMENTATION BEING SEPARATED

10:13AM 3      OUT, THAT INSTRUMENTS WOULD NOT BE SHARED BETWEEN THE CLIA LAB

10:14AM 4      AND RESEARCH AND DEVELOPMENT.

10:14AM 5      Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT.  ONCE WE'RE THERE,

10:14AM 6      LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

10:14AM 7           DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM ROSE EDMONDS

10:14AM 8      RESPONDING TO SUNNY ON THIS TOPIC?

10:14AM 9      A.   YES.

10:14AM 10     Q.   AND SHE SAYS, "DEAR SUNNY, I AM SOMEWHAT CONCERNED WITH

10:14AM 11     THE FEASIBILITY OF MAKING THIS CHANGE SO QUICKLY.  TODAY WE

10:14AM 12     WERE GOING TO START AN EXPERIMENT TO TRY TO HELP TROUBLESHOOT

10:14AM 13     THE ISE VARIABILITY."

10:14AM 14          WHAT DOES ISE STAND FOR?

10:14AM 15     A.   ION SELECTIVE ELECTRODE.

10:14AM 16     Q.   AND WHAT DID THAT REFER TO AT THERANOS?

10:14AM 17     A.   THIS IS AN ELECTRODE THAT COMES STANDARD ON THE

10:14AM 18     SIEMENS ADVIA INSTRUMENT THAT MEASURES SODIUM, CHLORIDE, AND

10:15AM 19     POTASSIUM.

10:15AM 20     Q.   AND DO YOU RECALL AN ISSUE WITH VARIABILITY OF THOSE

10:15AM 21     ASSAYS AROUND THIS TIME?

10:15AM 22     A.   YES.

10:15AM 23     Q.   AND IS VARIABILITY IN THESE ASSAYS A GOOD THING OR A BAD

10:15AM 24     THING AT A BLOOD TESTING LAB?

10:15AM 25     A.   BAD.

10:15AM  1      Q.   LET'S ZOOM OUT, MS. HOLLIMAN, AND CAPTURE THE TOP HALF OF

10:15AM  2      THE PAGE, PLEASE.

10:15AM  3           DO YOU SEE AT THE BOTTOM OF THAT BOX A MESSAGE FROM

10:15AM  4      SUNNY BALWANI TO DANIEL YOUNG AND ELIZABETH HOLMES?

10:15AM  5      A.   YES.

10:15AM  6      Q.   IT SAYS THERE, "THE ADVIA/GC SCENARIO CONTINUES TO BE A

10:15AM  7      MESS."

10:15AM  8           DO YOU SEE THAT?

10:15AM  9      A.   YES.

10:15AM  10     Q.   WERE YOU INCLUDED ON ANY -- WELL, LET ME POINT OUT THAT

10:16AM  11     YOU ARE NOT INCLUDED IN THIS EMAIL CHAIN AT THIS POINT; IS THAT

10:16AM  12     CORRECT?

10:16AM  13     A.   CORRECT.

10:16AM  14     Q.   WERE YOU INCLUDED IN ANY FOLLOW-UP CONVERSATIONS INVOLVING

10:16AM  15     MR. BALWANI OR MS. HOLMES ON THIS TOPIC?

10:16AM  16     A.   NO.

10:16AM  17     Q.   LET'S TURN TO EXHIBIT 1342, PLEASE.  AND I'LL ASK YOU TO

10:16AM  18     LOOK AT PAGE 6 OF THIS EXHIBIT ONCE YOU GET THERE.

10:16AM  19           ARE YOU LOOKING AT AN EMAIL FROM YOU TO ERIKA CHEUNG ON

10:16AM  20     JANUARY 15, 2014?

10:16AM  21     A.   YES.

10:16AM  22     Q.   AND CAN YOU TELL US WHAT THE PURPOSE WAS OF THIS EMAIL IN

10:17AM  23     GENERAL TERMS?

10:17AM  24     A.   I'M ASKING ERIKA FOR THE QC RANGES FOR VITAMIN D.  ERIKA

10:17AM  25     SAID THAT THEY DIDN'T GET A QC RANGE ESTABLISHED FOR VITAMIN D.

10:17AM  1          AND I'M ASKING HER FOR THESE QC RANGES AND I AM ASKING HER

10:17AM  2     TO PUT THE CURRENT AND PRIOR QC RANGES IN A DEDICATED FOLDER IN

10:17AM  3     CLIA.

10:17AM  4     Q.   AND WAS THIS THE KIND OF TOPIC THAT WAS DISCUSSED BY EMAIL

10:17AM  5     AS PART OF YOUR STANDARD PRACTICE AT THERANOS?

10:17AM  6     A.   YES.

10:17AM  7     Q.   AND WAS IT PART OF YOUR STANDARD PRACTICE TO USE EMAIL TO

10:17AM  8     CONVEY INFORMATION ON THIS TOPIC AND TO PRESERVE INFORMATION SO

10:17AM  9     THAT IT COULD BE REFERRED BACK TO LATER?

10:17AM 10     A.   YES, DEFINITELY.

10:17AM 11          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS INTO

10:17AM 12     EVIDENCE EXHIBIT 1432.

10:17AM 13          MR. WADE:  NO OBJECTION, YOUR HONOR.

10:17AM 14          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:18AM 15          (GOVERNMENT'S EXHIBIT 1432 WAS RECEIVED IN EVIDENCE.)

10:18AM 16          MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 5 OF

10:18AM 17     THIS EXHIBIT AND ZOOM IN ON THE BOTTOM PORTION.

10:18AM 18     Q.   DR. ROSENDORFF, YOU TESTIFIED THAT THIS DISCUSSION WAS

10:18AM 19     ABOUT THE VITAMIN D ASSAY; IS THAT CORRECT?

10:18AM 20     A.   I'M TRYING TO SEE WHERE -- AH.  YES, THIS IS IN REFERENCE

10:18AM 21     TO VITAMIN D, CORRECT.

10:18AM 22     Q.   AND IN YOUR MESSAGE ON THE SCREEN YOU SAY, "ERIKA THE CV

10:19AM 23     PERCENTAGE AT 18 NANOGRAMS PER MILLILITER IS WAY TOO HIGH AT

10:19AM 24     33 PERCENT."

10:19AM 25          DO YOU SEE THAT?

10:19AM   1       A.   YES.

10:19AM   2       Q.   AND WHY DID YOU FEEL THAT WAS WAY TOO HIGH AT THAT TIME?

10:19AM   3       A.   THE CV FOR VITAMIN D SHOULD BE MUCH LOWER THAN THAT.

10:19AM   4       Q.   AND WHY IS A HIGH CV PROBLEMATIC?

10:19AM   5       A.   IT MEANS THAT, FOR INSTANCE, TWO PATIENTS WITH AN

10:19AM   6   IDENTICAL VITAMIN D LEVEL WOULD GET DIFFERENT RESULTS WITH THE

10:19AM   7   SAME TEST, OR THAT THE PATIENT SAMPLE RESULT WOULD NOT BE

10:19AM   8   REPEATABLE FROM ONE TEST TO ANOTHER.

10:19AM   9       Q.   YOU GO ON TO SAY ACCORDING TO OUR VALIDATIONS IT SHOULD BE

10:19AM  10   AROUND 20 PERCENT.

10:19AM  11            COULD YOU EXPLAIN WHAT THAT MEANS BETWEEN THE VALIDATIONS

10:19AM  12   AND WHAT YOU WERE LOOKING AT IN THIS INSTANCE?

10:19AM  13       A.   YEAH.  SO PRECISION OF REPRODUCIBILITY IS REQUIRED BY CLIA

10:20AM  14   AS A VALIDATION, AND IT'S ALSO REQUIRED FOR GOOD LABORATORY

10:20AM  15   PRACTICE.

10:20AM  16            OUR VALIDATIONS HAD INDICATED THAT THE CV'S WERE

10:20AM  17   APPROXIMATELY 20 PERCENT, AND WHAT WE WERE SEEING WITH THE

10:20AM  18   BIORAD QC MATERIAL WAS THAT THE CV'S FOR LEVEL 1 WERE

10:20AM  19   33 PERCENT, AND THIS IS MUCH HIGHER THAN WHAT WAS REPORTED IN

10:20AM  20   THE VALIDATION.

10:20AM  21       Q.   AND DOES THE VALIDATION PROCESS COME BEFORE THE ASSAY

10:20AM  22   MOVES INTO THE CLINICAL LAB AND QC BEGINS?

10:20AM  23       A.   YES.

10:20AM  24       Q.   AND WAS THIS A UNIQUE SITUATION AT THERANOS, SEEING QC

10:20AM  25   PERFORMANCE THAN WAS WORSE THAN AN ASSAY THAT PERFORMED AT THE

10:20AM  1    VALIDATION STAGE?

10:20AM  2    A.   I HAD NOT SEEN IT BEFORE.

10:20AM  3    Q.   AND DID YOU SEE IT AFTER THIS?

10:20AM  4    A.   DO YOU MEAN IN SUBSEQUENT LABORATORIES THAT I'VE WORKED

10:20AM  5    IN?

10:20AM  6    Q.   I MEAN AT THERANOS.  DURING YOUR TIME AT THERANOS, WERE

10:20AM  7    THERE OTHER OCCASIONS WHERE YOU SAW LABS PERFORM WORSE IN THE

10:21AM  8    CLINICAL LAB THAN THEY HAD AT VALIDATION?

10:21AM  9    A.   MOST DEFINITELY.

10:21AM  10   Q.   WAS THAT SOMETHING THAT HAPPENED COMMONLY?

10:21AM  11   A.   YES.

10:21AM  12   Q.   LET'S LOOK AT THE BOTTOM OF PAGE 3, PLEASE.  IF WE CAN

10:21AM  13   CAPTURE THE BOTTOM HALF OF THAT PAGE.

10:21AM  14        DO YOU SEE AN EMAIL FROM SHARADA SIVARAMAN?

10:21AM  15   A.   YES.

10:21AM  16   Q.   AND WHO WAS SHARADA SIVARAMAN AT THERANOS?

10:21AM  17   A.   AFTER THE DEPARTURE OF SUREKHA, SHARADA WAS PUT IN CHARGE

10:21AM  18   OF THE EDISONS.

10:21AM  19   Q.   AND SHARADA SAYS THE CV'S ARE HIGH BETWEEN DEVICES.

10:21AM  20        WHAT DOES THAT MEAN IN THIS CONTEXT?

10:21AM  21   A.   SO THIS WOULD REFER TO INTRO RUN PRECISION, WHERE YOU RUN

10:22AM  22   A SAMPLE ON DIFFERENT DEVICES ON DIFFERENT DAYS, AND SHE'S

10:22AM  23   SAYING THAT THE PRECISION OR THE CV'S ARE HIGH WHEN YOU COMPARE

10:22AM  24   THE RESULTS FROM ONE DEVICE TO ANOTHER.

10:22AM  25   Q.   AND WAS THAT A GOOD THING OR A BAD THING?

10:22AM 1    A.   BAD.

10:22AM 2    Q.   AND WHY IS THAT SOMETHING THAT YOU DON'T WANT TO SEE AT A

10:22AM 3    LAB?

10:22AM 4    A.   YOU REALLY WANT TO MAKE SURE THAT REGARDLESS OF WHAT

10:22AM 5    INSTRUMENT YOU PICK TO RUN THE TEST, THAT IT GIVES A SIMILAR

10:22AM 6    RESULT.

10:22AM 7         IF THOSE RESULTS ARE NOT CLOSE TOGETHER, THAT INDICATES A

10:22AM 8    PROBLEM IN THE LABORATORY.

10:22AM 9    Q.   AND SHARADA'S EMAIL GOES ON TO SAY, "SINCE WE ARE ALLOWED

10:22AM 10   TO REMOVE 2 DATA POINTS FROM 6 (1 CARTRIDGE OUT OF 3), I HAVE

10:22AM 11   ATTEMPTED TO DO THAT WITH BOTH THE LEVEL 1 AND 2 DATA AND IT

10:22AM 12   IMPROVES THINGS."

10:22AM 13        DO YOU SEE THAT?

10:22AM 14   A.   YES.

10:22AM 15   Q.   AND ARE YOU FAMILIAR WITH THE PRACTICE THAT THIS WAS

10:22AM 16   REFERRING TO?

10:22AM 17   A.   YES.

10:22AM 18   Q.   WHAT WAS THIS PRACTICE AT THERANOS?

10:23AM 19   A.   SO AT THIS POINT IN TIME TWO EDISON -- I'M SORRY, THREE

10:23AM 20   EDISON MACHINES WOULD BE USED FOR A SINGLE PATIENT TEST AND IT

10:23AM 21   WOULD GENERATE SIX DATA POINTS BECAUSE EACH MACHINE HAD TWO

10:23AM 22   TIPS IN IT, AND THE PROCEDURES ALLOW FOR REMOVAL OF TWO OF

10:23AM 23   THOSE DATA POINTS FROM THE SIX DATA POINTS WHEN EVALUATING QC.

10:23AM 24   Q.   YOU SAID THAT THREE THERANOS DEVICES WERE USED FOR EVERY

10:23AM 25   PATIENT TEST; IS THAT CORRECT?

10:23AM 1      A.   AT THE -- YES, AT THIS TIME, YES.

10:23AM 2      Q.   AND WHAT WAS THE PURPOSE AS YOU UNDERSTOOD IT OF USING

10:23AM 3      THREE THERANOS ANALYZERS TO PERFORM ONE TEST?

10:23AM 4      A.   IT WAS FELT THAT AVERAGING RESULTS OF THE SIX DATA POINTS

10:24AM 5      WOULD GIVE MORE ACCURATE RESULTS.

10:24AM 6      Q.   AND WAS IT ABOUT DECREASING THAT CV NUMBER?

10:24AM 7      A.   SO ON A CLINICAL LEVEL YOU LOOK AT A TEST SYSTEM.  THE

10:24AM 8      TEST SYSTEM WOULD HAVE BEEN THE THREE EDISONS.  YOU COMPARE --

10:24AM 9      YOU EVALUATE THE CV ON THAT TEST SYSTEM VERSUS ANOTHER TEST

10:24AM 10     SYSTEM.

10:24AM 11          THIS CV HAS TO DO WITH WHAT THEY'RE OBSERVING IN TERMS OF

10:24AM 12     WHAT -- THE VALUE THAT EACH TIP IS PUTTING OUT.

10:24AM 13     Q.   LET'S LOOK AT YOUR EMAIL IN RESPONSE TO THIS AT THE TOP OF

10:24AM 14     PAGE 3.

10:24AM 15          YOU SAY THERE, "SHARADA, SINCE 3 DEVICES ARE BEING USED AS

10:24AM 16     ONE TESTING SYSTEM, FOR PURPOSES OF QC WE MUST CONSIDER THEM AS

10:25AM 17     ONE TESTING SYSTEM/DEVICE."

10:25AM 18          IS THIS WHAT YOU WERE JUST REFERRING TO?

10:25AM 19     A.   YES.

10:25AM 20     Q.   AND IN THE PARAGRAPH BELOW THAT YOU ASK, "WHICH 2 DATA

10:25AM 21     POINTS, WHICH (1 OUT OF 3 CARTRIDGES) SHOULD WE REMOVE FROM THE

10:25AM 22     DATA SET FOR QC GOING FORWARD?  IS THERE A PROTOCOL FOR THIS?"

10:25AM 23          DO YOU SEE THAT QUESTION?

10:25AM 24     A.   YES.  YES.

10:25AM 25     Q.   AND LET'S TURN TO PAGE 1, PLEASE, OF THIS EXHIBIT AND SEE

10:25AM  1   THE ANSWER.  LET'S ZOOM IN ON THE TEXT OF SHARADA'S EMAIL IN

10:25AM  2   THE MIDDLE OF THE PAGE.

10:25AM  3       DO YOU SEE THE LANGUAGE IN THE SECOND PARAGRAPH WHERE SHE

10:25AM  4   RESPONDS TO YOU TO SAY, "AT THIS TIME OUR OUTLIER REMOVAL

10:25AM  5   PROCEDURE IS MANUAL"?

10:25AM  6   A.   I SEE THAT.

10:25AM  7   Q.   SHE SAYS, "(WE CAN MOVE 2 OUT OF THE 6 DATA POINTS) AND IT

10:25AM  8   ALSO DEPENDS ON THE DATA SET."

10:25AM  9       AM I READING THAT CORRECTLY?

10:25AM 10   A.   YES.

10:25AM 11   Q.   AND SHE SAYS BELOW THAT, "I CHOSE THE CARTRIDGES IN GREEN

10:26AM 12   FOR EXCLUSION SINCE THEY IMPROVED CONC CV'S."

10:26AM 13       WHAT IS CONC CV'S?

10:26AM 14   A.   CONCENTRATION CV'S AS OPPOSED TO RLU CV'S.

10:26AM 15   Q.   AND WHAT WOULD THAT REFER TO AS THE SECOND ONE?

10:26AM 16   A.   THERE'S A PHOTO MAGIC DETECTOR AND INSTRUMENT THAT JUST

10:26AM 17   DETECTS THE LIGHT THAT IS COMING OFF THE TIP DURING THE ANALYTE

10:26AM 18   DETECTION.  SO THAT SIGNAL IS TRANSLATED TO AN ACTUAL

10:26AM 19   CONCENTRATION USING A CALIBRATION CURVE.

10:26AM 20   Q.   DURING YOUR TIME AT THERANOS, DID YOU HAVE AN

10:26AM 21   UNDERSTANDING AS TO HOW THIS MANUAL DATA DELETION ACTUALLY

10:26AM 22   FUNCTIONED IN PROCESS?

10:26AM 23   A.   I WAS CONCERNED WE DIDN'T HAVE A PROTOCOL FOR IT.  I ASKED

10:26AM 24   DANIEL ABOUT IT AND HE SAID IT WAS GOING TO BE PART OF AN

10:27AM 25   ALGORITHM ON THE EDISON 3.5.

10:27AM 1    Q.   AND BEFORE THAT ALGORITHM WAS TO COME OUT, WERE YOU AWARE

10:27AM 2    OF ANY RULES THAT WERE USED TO SELECT WHICH POINTS TO REMOVE

10:27AM 3    FROM THE DATA SET?

10:27AM 4    A.   NO.

10:27AM 5    Q.   ARE YOU AWARE GENERALLY OF RULES ABOUT THE TREATMENT OF

10:27AM 6    OUTLIERS IN DATA SETS?

10:27AM 7    A.   YES.

10:27AM 8    Q.   BUT TO YOUR KNOWLEDGE, YOU DIDN'T SEE THOSE BEING USED IN

10:27AM 9    THIS PROCESS AT THERANOS?

10:27AM 10   A.   NO.

10:27AM 11   Q.   AT THERANOS YOU WORKED WITH OTHER COMMERCIAL ANALYZERS

10:27AM 12   BESIDES JUST THE EDISONS; CORRECT?

10:27AM 13   A.   I'M SORRY.  YOU SAID COMMERCIAL ANALYZERS BESIDES THE

10:27AM 14   EDISONS?  THE EDISON WASN'T A COMMERCIAL.

10:27AM 15   Q.   GOOD POINT.  THANK YOU.  I MISSPOKE.

10:27AM 16   A.   NO PROBLEM.

10:28AM 17   Q.   AT THERANOS YOU WORKED WITH OTHER BLOOD ANALYZERS BESIDES

10:28AM 18   THE EDISONS?

10:28AM 19   A.   CORRECT.

10:28AM 20   Q.   AND SPECIFICALLY THE COMMERCIAL ANALYZERS?

10:28AM 21   A.   CORRECT.

10:28AM 22   Q.   AND DID YOU ALSO HAVE OCCASION TO WORK WITH SOME

10:28AM 23   COMMERCIAL NON-THERANOS ANALYZERS WHEN YOU WERE AT UNIVERSITY

10:28AM 24   OF PITTSBURGH AT THAT LAB?

10:28AM 25   A.   YES.

10:28AM  1    Q.   FROM THAT WORK, DO YOU HAVE AN UNDERSTANDING OF WHETHER

10:28AM  2    THOSE DEVICES USED THE SAME APPROACH, THAT IS, WHETHER THEY RUN

10:28AM  3    THE TEST MULTIPLE TIMES, DISREGARD SOME RESULTS, AND THEN TAKE

10:28AM  4    AN AVERAGE OF THE REMAINDER?

10:28AM  5    A.   NO, THEY DID NOT.

10:28AM  6         MR. WADE:  YOUR HONOR, ARE WE IN 701, 702 LAND HERE?

10:28AM  7         THE COURT:  I DON'T THINK SO.  I DON'T THINK THAT

10:28AM  8    CALLS FOR 702.

10:28AM  9    BY MR. BOSTIC:

10:28AM 10    Q.   DR. ROSENDORFF, YOUR ANSWER TO THAT QUESTION -- THE

10:28AM 11    QUESTION WAS BASED ON YOUR KNOWLEDGE HAVING WORKED WITH THOSE

10:28AM 12    DEVICES, DO THOSE COMMERCIAL DEVICES USE THE SAME APPROACH OF

10:28AM 13    TAKING MULTIPLE DATA POINTS, REMOVING SOME AND THEN AVERAGING

10:28AM 14    THE REST?

10:28AM 15    A.   NO, THEY DO NOT.

10:29AM 16    Q.   GOING BACK TO EXHIBIT 1342 FOR A MOMENT.  LET'S ZOOM IN ON

10:29AM 17    THE TOP MESSAGE ON THAT PAGE.

10:29AM 18         THIS IS THE FINAL EMAIL IN THIS EXHIBIT.

10:29AM 19         YOU WRITE TO SHARADA, "YES, I AGREE WITHIN-INSTRUMENT

10:29AM 20    PRECISION IS GOOD BUT THE BETWEEN INSTRUMENT PRECISION IS NOT."

10:29AM 21         YOU SAY, "THIS MIGHT BE A MANUFACTURING ISSUE."

10:29AM 22         CAN YOU EXPLAIN WHY YOU THOUGHT A MANUFACTURING ISSUE

10:29AM 23    MIGHT HAVE BEEN THE ROOT CAUSE OF THIS?

10:29AM 24    A.   WELL, FIRST OF ALL, THE VALIDATION WAS DONE USING ONE

10:30AM 25    EDISON.  WE WERE NOW USING THREE.

ROSENDORFF DIRECT BY MR. BOSTIC                                    1754

10:30AM  1          THE FACT THAT WE WERE USING THREE WOULD REVEAL DIFFERENCES

10:30AM  2     IN INSTRUMENT PERFORMANCE FROM ONE INSTRUMENT TO ANOTHER.  THAT

10:30AM  3     COULD POINT TO A HARDWARE ISSUE OR SOME KIND OF MECHANICAL

10:30AM  4     ISSUE IN THE INSTRUMENTS.

10:30AM  5          ALTERNATIVELY IT COULD POINT TO NONSTANDARDIZATION IN THE

10:30AM  6     ACTUAL REAGENTS, THAT THE REAGENT CARTRIDGES USED ON EACH

10:30AM  7     INSTRUMENT MIGHT BE DIFFERENT AND THAT MIGHT BE A MANUFACTURING

10:30AM  8     PROBLEM IN NOT MAKING SURE THAT THE REAGENTS ARE EQUIVALENT

10:30AM  9     WITH EACH CARTRIDGE.

10:30AM 10     Q.   ARE YOU SAYING THAT THE THREE THERANOS ANALYZERS WORKING

10:30AM 11     ON THE SAME SAMPLE WOULD DISAGREE ON WHAT THE RESULT WAS?

10:30AM 12     A.   YES.

10:30AM 13     Q.   AND YOU SAID THIS MIGHT HAVE BEEN RELATED TO THE

10:30AM 14     MANUFACTURING OF THE REAGENTS; IS THAT CORRECT?

10:30AM 15     A.   YES.

10:30AM 16     Q.   AND WHO MANUFACTURED THE REAGENTS?

10:30AM 17     A.   THERANOS.  OR MANUFACTURING OF THE INSTRUMENTS THEMSELVES.

10:30AM 18     Q.   EITHER THE REAGENTS OR THE DEVICES THEMSELVES?

10:30AM 19     A.   CORRECT.

10:30AM 20     Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.

10:31AM 21          LET'S MOVE TO EXHIBIT 1525, PLEASE.

10:31AM 22          YOUR HONOR, THE GOVERNMENT MOVES THIS INTO EVIDENCE

10:31AM 23     SUBJECT TO STIPULATION.

10:31AM 24               MR. WADE:  THAT'S RIGHT, YOUR HONOR.

10:31AM 25               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:31AM   1          (GOVERNMENT'S EXHIBIT 1525 WAS RECEIVED IN EVIDENCE.)

10:31AM   2              MR. BOSTIC:  LET'S START, PLEASE, WITH PAGE 4, AND

10:31AM   3      ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

10:31AM   4      Q.   DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM ERIKA CHEUNG TO

10:31AM   5      YOU AND OTHERS AT THERANOS ON FEBRUARY 10TH, 2014?

10:31AM   6      A.   YES.

10:31AM   7      Q.   AND THE SUBJECT LINE IS QC FOR TSH FAILED AFTER RERUN.

10:32AM   8          DO YOU SEE THAT?

10:32AM   9      A.   YES.

10:32AM  10      Q.   AND WHAT IS BEING COMMUNICATED IN THIS FIRST EMAIL?

10:32AM  11      A.   THE LEVEL 1 HAD BEEN RUN FOR TSH ONCE AND ERIKA IS SAYING

10:32AM  12      SHE RAN THE LEVEL 1 AGAIN AND IT FAILED AGAIN.

10:32AM  13          SORRY, GO AHEAD.

10:32AM  14      Q.   NO, DON'T LET ME CUT YOU OFF.

10:32AM  15      A.   I CAN ADDRESS THE SECOND PART OF HER EMAIL IF THAT IS

10:32AM  16      NEEDED.

10:32AM  17      Q.   YES, PLEASE, EXPLAIN THE CONTEXT FOR THE SECOND PART.

10:32AM  18      A.   THE REAGENT CARTRIDGES WOULD EITHER BE FILLED MANUALLY OR

10:32AM  19      THEY WOULD BE FILLED IN AUTOMATIC FASHION, AND THAT WAS CALLED

10:32AM  20      CAPSYS.  SO THERE WERE TWO KINDS OF REAGENT CARTRIDGES.

10:32AM  21      Q.   DURING YOUR TIME AT THERANOS, DID YOU SEE ISSUES REGULARLY

10:32AM  22      WHERE ASSAYS ON THE EDISON FAILED QC?

10:32AM  23      A.   YES.

10:32AM  24      Q.   AND WAS IT A RARE OR A COMMON OCCURRENCE?

10:33AM  25      A.   COMMON.

10:33AM  1    Q.   WAS IT COMMON ENOUGH TO CREATE PROBLEMS IN THE LAB?

10:33AM  2    A.   YES.  BECAUSE OF THE HIGH RATE OF QC FAILURE AND THE NEED

10:33AM  3    FOR FREQUENT RECALIBRATION, IT WOULD RESULT IN BACKLOGS.

10:33AM  4        AND IT ALSO WAS OF CONCERN TO ME REGARDING THE ACCURACY OF

10:33AM  5    THE ACTUAL RESULTS THAT WERE COMING OUT.

10:33AM  6            MR. BOSTIC:  YOUR HONOR, I WOULD LIKE TO PUBLISH

10:33AM  7    EXHIBIT 1633.  I BELIEVE IT'S ALREADY IN EVIDENCE.

10:33AM  8            THE COURT:  ALL RIGHT.  THAT MAY BE PUBLISHED.

10:33AM  9    BY MR. BOSTIC:

10:33AM  10   Q.   LET'S LOOK AT -- FIRST OF ALL, ZOOM IN ON THE BOTTOM OF

10:34AM  11   THE PAGE, PLEASE.

10:34AM  12       DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM LANGLY GEE TO

10:34AM  13   MARK PANDORI, YOU, AND OTHERS AT THERANOS?

10:34AM  14   A.   YES.

10:34AM  15   Q.   AND HE SAYS, "THE OTHER DAY YOU ASKED FOR A NUMBER OF

10:34AM  16   FAILED QC ELISA RUNS.  FOR MARCH, 26 PERCENT RUNS FAILED."

10:34AM  17       DO YOU SEE THAT?

10:34AM  18   A.   YES.

10:34AM  19   Q.   AND LET'S GO TO PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S

10:34AM  20   ZOOM IN ON THAT TABLE.

10:34AM  21       DR. ROSENDORFF, WHAT IS BEING DEPICTED IN THE TABLE ON

10:34AM  22   EXHIBIT 1633?

10:34AM  23   A.   SO WHAT IS BEING SHOWN IN THE LEFT COLUMN IS THE ASSAY.

10:34AM  24   EACH ASSAY IS -- QC IS RUN USING THREE LEVEL -- I'M SORRY, TWO

10:34AM  25   LEVELS, A LOW LEVEL AND A HIGH LEVEL.  THAT'S IN COLUMNS 2 AND

10:34AM  1        3.

10:34AM  2             SO THE NUMBER OF LOW LEVEL QC'S RUN IS SHOWN AND THE

10:35AM  3   NUMBER OF HIGH LEVEL QC'S IS SHOWN FOR EACH ANALYTE, THE TOTAL

10:35AM  4   NUMBER OF RUNS, AND THEN THE FAR RIGHT COLUMN IS THE PERCENTAGE

10:35AM  5   OF QC FAILURES AS A PERCENTAGE OF THE TOTAL RUNS.

10:35AM  6   Q.   AS LAB DIRECTOR OF THERANOS, DID YOU GENERALLY HAVE A

10:35AM  7   SENSE OF HOW THE EDISONS WERE PERFORMING IN QC?

10:35AM  8   A.   YES.

10:35AM  9   Q.   THE DATA THAT WE'RE LOOKING AT AND THESE SPECIFIC FAILURE

10:35AM 10   RATES, ARE THESE TYPICAL FAILURE RATES BASED ON YOUR EXPERIENCE

10:35AM 11   WITH THE EDISON AT THERANOS?

10:35AM 12   A.   YES.

10:35AM 13   Q.   AND SO, IN OTHER WORDS, MARCH WAS NOT AN ESPECIALLY BAD

10:35AM 14   MONTH.  THIS IS WHAT YOU WOULD SEE REGULARLY?

10:35AM 15   A.   YES.

10:35AM 16   Q.   LOOKING AT THESE ACTUAL FAILURE RATES, WAS THIS VIEWED AS

10:35AM 17   ACCEPTABLE PERFORMANCE OR BAD PERFORMANCE AT THERANOS AT THE

10:36AM 18   TIME?

10:36AM 19   A.   CAN YOU CLARIFY?  BY WHOM?

10:36AM 20   Q.   LET'S START WITH YOU.  WHEN YOU WERE LAB DIRECTOR, DID YOU

10:36AM 21   VIEW THIS PERFORMANCE AS ACCEPTABLE?

10:36AM 22   A.   NO, IT WAS NOT ACCEPTABLE.

10:36AM 23   Q.   OKAY.  CAN YOU EXPLAIN WHY?

10:36AM 24   A.   THE QC FAILURE RATE SHOULD BE MUCH LOWER.

10:36AM 25   Q.   AND WHY --

10:36AM  1    A.   I WOULD SAY WITH THE EXCEPTION OF TSH, THAT'S A --

10:36AM  2    Q.   AND WHY AS LAB DIRECTOR WOULD YOU WANT TO SEE LOWER QC

10:36AM  3    FAILURE RATES?

10:36AM  4    A.   WELL, THERE'S A PRACTICAL CONSIDERATION OF BEING ABLE TO

10:36AM  5    RUN THE ASSAY AND NOT HAVE TO RECALIBRATE, AND THEN THERE'S THE

10:36AM  6    CONCERN THAT HIGH QC FAILURE RATES WOULD INDICATE A PROBLEM

10:36AM  7    WITH THE ACCURACY OF THE TEST ITSELF.

10:36AM  8    Q.   YOU TESTIFIED EARLIER THAT WHEN A DEVICE FAILED QC FOR A

10:37AM  9    CERTAIN ASSAY, IT WOULDN'T BE USED AGAIN UNTIL THE PROBLEM WAS

10:37AM  10   SOLVED; IS THAT CORRECT?

10:37AM  11   A.   CORRECT.

10:37AM  12   Q.   WHY DIDN'T THAT ADDRESS YOUR CONCERNS ABOUT THE ACCURACY

10:37AM  13   OF THE ASSAYS?  WOULDN'T THAT SAFEGUARD BE ENOUGH TO PREVENT

10:37AM  14   INACCURATE RESULTS GOING OUT THE DOOR?

10:37AM  15   A.   WE WERE FOLLOWING STANDARD LABORATORY PRACTICE IN THE

10:37AM  16   SENSE THAT WE WOULD NOT REPORT PATIENT RESULTS UNTIL THE QC HAD

10:37AM  17   FAILED.

10:37AM  18        HOWEVER, BECAUSE THE QC WAS FAILING SO FREQUENTLY, IT, IT

10:37AM  19   RAISED DOUBTS IN MY MIND REGARDING THE ACCURACY OF THE TESTS

10:37AM  20   THEMSELVES.

10:37AM  21        IN OTHER WORDS, FROM -- BETWEEN QC RUNS YOU COULD STILL

10:37AM  22   HAVE AN INACCURATE RESULT.  QC ALONE WOULD NOT BE -- PARTIAL QC

10:37AM  23   ALONE WOULD NOT BE SUFFICIENT TO INDICATE AN INACCURATE TEST.

10:37AM  24   Q.   I SEE.  BECAUSE YOU COULD STILL HAVE CONCERNS ABOUT THE

10:37AM  25   PATIENT RESULTS THAT WERE GOING OUT IN BETWEEN THE QC CHECKS?

10:37AM 1      A.   CORRECT.

10:37AM 2      Q.   FROM YOUR WORK AT THERANOS WITH NON-THERANOS ANALYZERS AND

10:38AM 3      FROM YOUR TIME AT OTHER LABS, DID YOU HAVE A SENSE OF HOW

10:38AM 4      NON-THERANOS ASSAYS PERFORMED IN QC?

10:38AM 5      A.   YES.

10:38AM 6      Q.   AND HOW DID THE THERANOS ASSAY PERFORMANCE COMPARE TO THE

10:38AM 7      NON-THERANOS ASSAY PERFORMANCE WHEN IT CAME TO QC?

10:38AM 8      A.   SO IN GENERAL IMMUNOASSAY, QC ARE HIGHER THAN GENERAL

10:38AM 9      CHEMISTRY RATES.  HOWEVER, THE IMMUNOASSAY QC FAILURE RATES

10:38AM 10     SHOULD BE SINGLE DIGITS.

10:38AM 11     Q.   AND DID YOU, IN FACT, SEE THAT KIND OF SUPERIOR

10:38AM 12     PERFORMANCE FROM NON-THERANOS ANALYZERS?

10:38AM 13     A.   YES.

10:38AM 14     Q.   LET'S LOOK AT EXHIBIT 1772, PLEASE.

10:39AM 15          YOUR HONOR, THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  IT

10:39AM 16     HAS BEEN STIPULATED TO.

10:39AM 17               MR. WADE:  THAT'S CORRECT, YOUR HONOR.

10:39AM 18               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM 19          (GOVERNMENT'S EXHIBIT 1772 WAS RECEIVED IN EVIDENCE.)

10:39AM 20               MR. BOSTIC:  LET'S START AT PAGE 3 OF THIS EXHIBIT,

10:39AM 21     PLEASE, MS. HOLLIMAN.  IF WE CAN ZOOM IN ON THE MIDDLE OF THE

10:39AM 22     PAGE.

10:39AM 23     Q.   THERE'S AN EMAIL FROM ROMINA RIENER TO YOU.

10:39AM 24          DO YOU SEE THE CONTENT IN FRONT OF YOU.

10:39AM 25     A.   CAN YOU REPEAT THE EXHIBIT NUMBER?  IS THAT 1772?

10:39AM 1    Q.   1772, AND WE'RE ON PAGE 3.

10:39AM 2    A.   OKAY.

10:39AM 3    Q.   DO YOU SEE THE CONTENT OF AN EMAIL TO YOU ON JUNE 11TH,

10:39AM 4    2014?

10:39AM 5    A.   YES.

10:39AM 6    Q.   AND WHAT IS BEING CONVEYED HERE?

10:40AM 7    A.   ON THE LEFT COLUMN ARE THE IMMUNOASSAYS BEING RUN AT THIS

10:40AM 8    TIME ON THE EDISON; AND THE NEXT COLUMN IS THE NUMBER OF EDISON

10:40AM 9    READERS DEDICATED TO EACH ASSAY, IN OTHER WORDS, ONE READER,

10:40AM 10   ONE ASSAY; THE NEXT COLUMN INDICATES HOW MANY OF THESE READERS

10:40AM 11   PASS BOTH QC LEVELS; AND THE LAST COLUMN ARE NOTES.

10:40AM 12   Q.   IN ORDER TO BE USED FOR PATIENT TESTING, DID EACH OF THESE

10:40AM 13   MACHINES HAVE TO PASS BOTH QC LEVELS?

10:40AM 14   A.   YES.

10:40AM 15   Q.   SO, FOR EXAMPLE, IF WE LOOK AT THE ROW FOR T PSA, DO YOU

10:40AM 16   SEE THAT?

10:40AM 17   A.   YES.

10:40AM 18   Q.   AND WHAT IS THE T PSA?

10:40AM 19   A.   TOTAL PROSTATE SPECIFIC ANTIGEN.

10:40AM 20   Q.   AND HOW IS THAT USED MEDICALLY?

10:40AM 21   A.   A HIGH LEVEL CAN INDICATE CANCER.

10:41AM 22   Q.   FOR T PSA THERE WAS A TOTAL NUMBER OF THREE READERS

10:41AM 23   ADDRESSED IN THIS CHART; IS THAT CORRECT?

10:41AM 24   A.   CORRECT.

10:41AM 25   Q.   AND ARE THESE EDISONS WE'RE TALKING ABOUT?

10:41AM  1     A.   YES.

10:41AM  2     Q.   AND HOW MANY OF THOSE THREE PASS THE BOTH QC LEVELS AT

10:41AM  3     THAT TIME?

10:41AM  4     A.   ONE.

10:41AM  5     Q.   ONE OUT OF THREE?

10:41AM  6     A.   CORRECT.

10:41AM  7     Q.   I'LL DRAW YOUR ATTENTION TO VITAMIN D DOWN AT THE BOTTOM

10:41AM  8     OF THE TABLE.

10:41AM  9     A.   YES.

10:41AM  10    Q.   HOW WAS THE VITAMIN D TEST USED IN PRACTICE?

10:41AM  11    A.   VITAMIN D IS A NECESSARY VITAMIN FOR GENERAL HEALTH.

10:41AM  12    Q.   GO AHEAD.

10:41AM  13    A.   IT'S IMPORTANT FOR BONE HEALTH IN PARTICULAR.

10:41AM  14    Q.   AND HOW MANY READERS WERE BEING ADDRESSED IN THIS TABLE

10:41AM  15    THAT COULD BE PERFORMED VITAMIN D?

10:41AM  16    A.   FOUR.

10:41AM  17    Q.   AND OUT OF THE FOUR, HOW MANY PASSED QC LEVELS AND COULD

10:42AM  18    ACTUALLY BE USED FOR PATIENT TESTS?

10:42AM  19    A.   ZERO.

10:42AM  20    Q.   LET'S MOVE FORWARD TO THE FIRST PAGE OF THIS EXHIBIT.

10:42AM  21    LET'S ZOOM IN ON THE MIDDLE MESSAGE, PLEASE.

10:42AM  22         IS THIS AN EMAIL FROM YOU TO SUNNY BALWANI ON JUNE 11TH,

10:42AM  23    2014?

10:42AM  24    A.   CORRECT.

10:42AM  25    Q.   THE TITLE OR THE SUBJECT OF THIS EMAIL IS EDISON BACKLOGS;

10:42AM 1      IS THAT RIGHT?

10:42AM 2      A.   CORRECT.

10:42AM 3      Q.   AND UNDER IMPORTANCE IT SAYS HIGH.  WHAT DOES THAT MEAN?

10:42AM 4      A.   I'M INDICATING THE HIGH IMPORTANCE OF THIS EMAIL.

10:42AM 5      Q.   WHAT WAS THE PURPOSE OF SENDING THIS EMAIL TO

10:42AM 6      SUNNY BALWANI?  WHAT WERE YOU TRYING TO COMMUNICATE?

10:42AM 7      A.   SUNNY HAD INSTRUCTED THE CLIA LABORATORY TO ALIQUOT BLOOD

10:43AM 8      FROM VACUTAINERS INTO CTN'S AND TO RUN THEM ON THE EDISONS.

10:43AM 9      THIS WAS RESULTING IN A LARGER NUMBER OF EDISON TESTS THAN

10:43AM 10     WOULD HAVE OCCURRED IF THOSE -- THAT BLOOD WAS RUN ON THE

10:43AM 11     PREDICATE INSTRUMENTS.

10:43AM 12          I'M INDICATING TO HIM THAT THERE'S A BACKLOG OF 23 PENDING

10:43AM 13     TESTS, 9 OF THEM WERE DUE TO THIS ALIQUOTING PROCEDURE THAT I

10:43AM 14     JUST DESCRIBED.

10:43AM 15          I'M SAYING THAT THE TESTS -- THAT THE TESTING WOULD LIKELY

10:43AM 16     END AT 11:00 P.M.

10:43AM 17          AND I'M SUGGESTING TO HIM TO SUSPEND THIS PRACTICE OF

10:44AM 18     ALIQUOTING FROM THE VACUTAINERS INTO THE CTN.

10:44AM 19     Q.   AND JUST BRIEFLY, WHAT IS THE CTN?

10:44AM 20     A.   CAPILLARY TUBE AND NANOTAINER.  IT IS THE PROPRIETARY

10:44AM 21     THERANOS DEVICE THAT --

10:44AM 22     Q.   AND BY BACKLOG OF EDISON TESTS, DOES THAT MEAN THAT THERE

10:44AM 23     WERE DELAYS IN THE LAB?

10:44AM 24     A.   CORRECT.

10:44AM 25     Q.   AND WERE THESE DELAYS EXACERBATED BY THE FACT THAT SOME

10:44AM  1    EDISON ANALYZERS COULDN'T BE USED BECAUSE THEY FAILED QC?

10:44AM  2    A.   THAT WAS THE REASON.

10:44AM  3    Q.   WAS THAT A COMMON OCCURRENCE IN THE LAB THAT SO MANY

10:44AM  4    EDISONS WOULD FAIL QC THAT DELAYS WOULD RESULT BECAUSE NOT

10:44AM  5    ENOUGH MACHINES WOULD BE AVAILABLE?

10:44AM  6    A.   CORRECT.

10:44AM  7    Q.   LET'S LOOK AT THE TOP MESSAGE IN THIS CHAIN, PLEASE,

10:44AM  8    MS. HOLLIMAN.

10:45AM  9         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

10:45AM  10   MS. HOLMES AND OTHERS ON JUNE 12TH, 2014?

10:45AM  11   A.   YES.

10:45AM  12   Q.   AND DO YOU SEE THE IMPORTANCE IS MARKED HIGH IN THIS EMAIL

10:45AM  13   AS WELL?

10:45AM  14   A.   YES.

10:45AM  15   Q.   AND DO YOU SEE HE SAYS IN THE FIRST LINE, "WE NEED THIS

10:45AM  16   MESS RESOLVED ASAP?

10:45AM  17   A.   YES.

10:45AM  18        MR. BOSTIC:  AND, YOUR HONOR, WAS THE COURT THINKING

10:45AM  19   OF A BREAK AROUND THIS TIME?

10:45AM  20        THE COURT:  I WAS.  ARE YOU FINISHED WITH THIS

10:45AM  21   EXHIBIT?

10:45AM  22        MR. BOSTIC:  THIS MAY BE A GOOD STOPPING POINT,

10:45AM  23   YOUR HONOR.

10:45AM  24        THE COURT:  ALL RIGHT.  LET'S TAKE OUR MORNING

10:45AM  25   BREAK, LADIES AND GENTLEMEN OF THE JURY, 30 MINUTES, PLEASE.

10:45AM  1           SIR, YOU CAN STEP DOWN AND WE'LL COME BACK.

10:45AM  2           (JURY OUT AT 10:45 A.M.)

11:21AM  3           (RECESS FROM 10:45 A.M. UNTIL 11:21 A.M.)

11:21AM  4               THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD IN

11:21AM  5   UNITED STATES VERSUS HOLMES.  ALL PARTIES PREVIOUSLY PRESENT

11:21AM  6   ARE PRESENT ONCE AGAIN.

11:21AM  7           BEFORE YOU BEGIN YOUR EXAMINATION, I APOLOGIZE, BUT I NEED

11:21AM  8   TO MAKE A COMMENT HERE THAT IT'S BEEN BROUGHT TO MY ATTENTION

11:21AM  9   THAT, LADIES AND GENTLEMEN, WE HAVE PERMITTED AND WE WILL

11:21AM  10  PERMIT LAPTOPS AND OTHER TYPES OF DEVICES IN THE AUDIENCE IN

11:21AM  11  THE GALLERY, BUT ANY KEYBOARD MUST BE A SILENT KEYBOARD.  ONLY

11:21AM  12  SILENT KEYBOARDS ARE PERMITTED DURING THIS PROCESS.

11:21AM  13          IF YOU DO NOT HAVE A SILENT KEYBOARD ON YOUR DEVICE, YOU

11:21AM  14  MUST CLOSE YOUR CLAMSHELL, TURN THAT OFF, AND NOT USE IT.

11:21AM  15          IF YOU HAVE QUESTIONS ABOUT WHETHER YOUR DEVICE IS A

11:21AM  16  SILENT KEYBOARD OR NOT, PLEASE RAISE YOUR HAND AND I WILL

11:21AM  17  SUMMON A UNITED STATES MARSHAL WHO CAN HELP YOU TO DETERMINE

11:21AM  18  WHAT TYPE OF DEVICE YOU HAVE.

11:22AM  19          (LAUGHTER.)

11:22AM  20              THE COURT:  PLEASE CLOSE YOUR CLAMSHELLS.  SILENT

11:22AM  21  KEYBOARDS ONLY.

11:22AM  22          PARDON ME, MR. BOSTIC.  YOU MAY CONTINUE WITH YOUR

11:22AM  23  EXAMINATION.

11:22AM  24              MR. BOSTIC:  THANK YOU, YOUR HONOR.

11:22AM  25  Q.   WELCOME BACK, DR. ROSENDORFF.

11:22AM  1     A.   THANK YOU.

11:22AM  2     Q.   YOU CAN REMOVE YOUR MASK IF YOU'RE COMFORTABLE DOING SO.

11:22AM  3          MS. HOLLIMAN, IF WE CAN PUT BACK EXHIBIT 1772 ON THE

11:22AM  4     SCREEN.  I BELIEVE THIS WAS ADMITTED INTO EVIDENCE.  AND IF WE

11:22AM  5     COULD ZOOM IN ON THE TOP MESSAGE, PLEASE.

11:22AM  6          DR. ROSENDORFF, DO YOU RECALL OUR DISCUSSION A MOMENT AGO

11:22AM  7     ABOUT THIS EMAIL IN JUNE OF 2014 RELATING TO THE EDISON

11:22AM  8     BACKLOG?

11:22AM  9     A.   YES.

11:22AM  10    Q.   AND OUR PREVIOUS DISCUSSION ABOUT QUALITY CONTROL FAILURES

11:22AM  11    AT THERANOS?

11:22AM  12    A.   YES.

11:22AM  13    Q.   AROUND THIS TIME, IN THE MIDDLE OF 2014, WERE YOU PART OF

11:23AM  14    ANY DISCUSSIONS THAT INCLUDED MS. HOLMES ABOUT THE QUALITY

11:23AM  15    CONTROL FAILURES AT THERANOS?

11:23AM  16    A.   YES, I WAS -- I DISCUSSED IT WITH HER.  THERE WAS A

11:23AM  17    MEETING WITH A NUMBER OF STAKEHOLDERS TO TALK ABOUT THE RULES

11:23AM  18    THAT WE WERE GOING TO APPLY TO MONITOR QC PERFORMANCE OVER

11:23AM  19    TIME.  THEY'RE CALLED WESTGARD RULES.

11:23AM  20         THIS DISCUSSION ALSO INCLUDED THE DISCUSSION OF THE HIGH

11:23AM  21    FAILURE RATE OF THE EDISONS.

11:23AM  22    Q.   AND HOW DID THIS MEETING COME TO BE, IF YOU REMEMBER?

11:23AM  23    A.   I THINK THAT I ASKED THAT A MEETING BE CONVENED.  I DON'T

11:23AM  24    RECOLLECT 100 PERCENT, YEAH.

11:23AM  25    Q.   AND DO YOU RECALL WHO WAS PRESENT AT THAT MEETING?

11:23AM 1    A.   MEMBERS OF THE CLIA LAB, HODA ALAMDAR, DANIEL YOUNG,

11:23AM 2    MYSELF, ELIZABETH.

11:23AM 3         SUNNY WAS NOT PRESENT.

11:23AM 4    Q.   YOU MENTIONED EARLIER THAT YOU REPORTED TO SUNNY BALWANI

11:24AM 5    OFFICIALLY; IS THAT CORRECT?

11:24AM 6    A.   CORRECT.

11:24AM 7    Q.   WHAT WAS YOUR UNDERSTANDING AS TO WHY MS. HOLMES WAS

11:24AM 8    PRESENT AT THIS MEETING AND MR. BALWANI WAS NOT, IF YOU DID

11:24AM 9    HAVE AN UNDERSTANDING?

11:24AM 10   A.   I DID NOT KNOW.  I WAS NOT PRIVY TO HOW THEY DIVIDED THEIR

11:24AM 11   DUTIES.

11:24AM 12   Q.   YOU SAID THAT THAT MEETING INCLUDED A DISCUSSION OF QC

11:24AM 13   PERFORMANCE; IS THAT RIGHT?

11:24AM 14   A.   YES.

11:24AM 15   Q.   AND WHAT WAS DISCUSSED IN TERMS OF QC PERFORMANCE IF YOU

11:24AM 16   REMEMBER?

11:24AM 17   A.   IT WAS, IT WAS BROUGHT UP AS A PROBLEM.  THERE WAS NO

11:24AM 18   RESOLUTION OF IT AT THAT MEETING.  THE REMAINDER OF THE MEETING

11:24AM 19   WAS DISCUSSING HOW TO MONITOR QC PERFORMANCE OVER TIME.

11:24AM 20        AND I WOULD JUST ADD TO THAT, WHAT KIND OF ALERTS WOULD

11:25AM 21   HAPPEN ON A -- WOULD NEED TO HAPPEN ON A DAILY BASIS TO ALERT

11:25AM 22   ONE TO A QC PROBLEM.

11:25AM 23   Q.   AND LET'S LOOK NOW AT EXHIBIT 2188, PLEASE, IN YOUR

11:25AM 24   BINDER.

11:25AM 25        DO YOU SEE THAT EXHIBIT IN FRONT OF YOU?

11:25AM   1       A.   YES.

11:25AM   2       Q.   AND IS THIS AN EMAIL CHAIN THAT INCLUDES MESSAGES BETWEEN

11:25AM   3       YOURSELF, MS. HOLMES, AND SUNNY BALWANI?

11:25AM   4       A.   2188, SIR?

11:25AM   5       Q.   2188?

11:25AM   6       A.   I SEE THE FIRST EMAIL IS FROM SUNNY TO MYSELF, THE NEXT

11:26AM   7       EMAIL IS FROM MYSELF TO SUNNY, AND THE THIRD EMAIL IS FROM

11:26AM   8       SUNNY TO MYSELF -- OH, AND THE NEXT EMAIL IS FROM ME TO SUNNY

11:26AM   9       AND ELIZABETH, THE NEXT EMAIL IS FROM ME TO SUNNY AND

11:26AM  10       ELIZABETH.

11:26AM  11              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

11:26AM  12       EXHIBIT 2188 INTO EVIDENCE.

11:26AM  13              MR. WADE:  NO OBJECTION, YOUR HONOR.

11:26AM  14              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:26AM  15          (GOVERNMENT'S EXHIBIT 2188 WAS RECEIVED IN EVIDENCE.)

11:26AM  16              MR. BOSTIC:  IF WE CAN START ON PAGE 2, PLEASE, AND

11:26AM  17       ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

11:26AM  18       Q.   DR. ROSENDORFF, ARE YOU LOOKING AT AN EMAIL THAT YOU SENT

11:26AM  19       TO ELIZABETH HOLMES AND SUNNY BALWANI ON NOVEMBER 3RD, 2014?

11:26AM  20       A.   CORRECT.

11:26AM  21       Q.   OKAY.  DO YOU RECALL SENDING THIS EMAIL ON THE GENERAL

11:26AM  22       TOPIC?

11:26AM  23       A.   YES.

11:26AM  24       Q.   AND WHAT WAS THIS EMAIL ABOUT?

11:27AM  25       A.   THIS WAS ABOUT ME DIRECTING THE LABORATORY TO SHOW

11:27AM 1    REFERENCE RANGES IN THE LABORATORY REPORT THAT ARE SPECIFIC TO

11:27AM 2    THE SAMPLE TYPE THAT WOULD BE EITHER THE VENOUS DRAW OR A

11:27AM 3    FINGERSTICK DRAW, AND THE METHOD EMPLOYED, EITHER A PREDICATE

11:27AM 4    METHOD OR A THERANOS METHOD.

11:27AM 5         AND IN LINE ITEMS 1 THROUGH 3 I LIST THE DIFFERENT SAMPLE

11:27AM 6    TYPES AND THE DIFFERENT TESTS.

11:27AM 7    Q.   AND IN THE CONTEXT OF LABORATORY TESTING AT THERANOS, WHAT

11:27AM 8    WAS A REFERENCE RANGE?

11:27AM 9    A.   A REFERENCE -- DO YOU WANT ME TO DEFINE WHAT A REFERENCE

11:27AM 10   RANGE IS?

11:27AM 11   Q.   YES.  WHAT DOES REFERENCE RANGE MEAN IN THIS EMAIL?

11:27AM 12   A.   AH.  REFERENCE RANGE IS THE RANGE OF VALUES IN A NORMAL

11:27AM 13   POPULATION.  IF YOU'RE ABOVE OR BELOW THE REFERENCE RANGE, THAT

11:28AM 14   INDICATES AN ABNORMAL RESULT.

11:28AM 15   Q.   AND WHAT WERE YOU SUGGESTING IN TERMS OF REFERENCE RANGES

11:28AM 16   AT THERANOS IN THIS EMAIL?

11:28AM 17   A.   I WAS SUGGESTING DIFFERENT REFERENCE RANGES THAT WOULD BE

11:28AM 18   SPECIFIC TO THE SAMPLE TYPE AND TO THE METHOD BEING USED.

11:28AM 19   Q.   WHY DID YOU MAKE THAT SUGGESTION AT THIS TIME IN

11:28AM 20   NOVEMBER 2014?

11:28AM 21   A.   BASED ON MY READING AND CLOSE EXAMINATION OF THE DATA THAT

11:28AM 22   WAS COMING OUT OF THE LAB, I DETERMINED THAT NORMAL VALUES WERE

11:28AM 23   LIKELY TO BE DIFFERENT BETWEEN CAPILLARY AND VENOUS BLOOD, AND

11:28AM 24   ALSO THE COLLECTION METHOD WAS IMPACTING THE REFERENCE RANGE,

11:28AM 25   SO BLOOD THAT WAS COLLECTED BY FINGERSTICK WOULD HAVE A

11:28AM   1    DIFFERENT REFERENCE RANGE FROM BLOOD COLLECTED FOR A

11:28AM   2    VACUTAINER.

11:29AM   3    Q.   YOU SENT THIS REQUEST ONLY TO ELIZABETH HOLMES AND

11:29AM   4    SUNNY BALWANI; IS THAT CORRECT?

11:29AM   5    A.   CORRECT.

11:29AM   6    Q.   WHY DID YOU DECIDE TO SEND IT TO THOSE TWO INDIVIDUALS?

11:29AM   7    A.   I HAD ALREADY DISCUSSED IT WITH DANIEL YOUNG AND HIS

11:29AM   8    OPINION WAS THAT WE SHOULD HAVE ONE REFERENCE RANGE FOR VENOUS

11:29AM   9    BLOOD AND CAPILLARY BLOOD.

11:29AM   10   Q.   SO IN ESSENCE WERE YOU GOING OVER HIS HEAD HERE?

11:29AM   11   A.   I WAS ESCALATING IT.

11:29AM   12   Q.   WHAT REACTION DID YOU GET FROM MR. BALWANI AND MS. HOLMES

11:29AM   13   WHEN IT CAME TO THE SUGGESTION?

11:29AM   14   A.   I REMEMBER TALKING TO ELIZABETH ABOUT IT.  SHE DID NOT

11:29AM   15   HAVE A CLEAR POSITION ON IT.

11:29AM   16        I DON'T RECALL -- SO IN TERMS OF PRACTICE NUMBER 2, WHEN I

11:29AM   17   SAY WE SHOULD DISCONTINUE THIS PRACTICE OF ALIQUOTING VENOUS

11:29AM   18   BLOOD INTO NANOTAINERS OR USING VENOUS BLOOD ON THE THERANOS

11:30AM   19   TESTS, HE WAS STRONGLY OPPOSED TO THAT.

11:30AM   20   Q.   I'LL DIRECT YOU TO PAGE 1 OF THE EXHIBIT, PLEASE.

11:30AM   21        MS. HOLLIMAN, IF WE CAN ZOOM IN ON THE TOP HALF OF THAT

11:30AM   22   PAGE.

11:30AM   23        DR. ROSENDORFF, DO YOU SEE AT THE BOTTOM OF THAT BOX AN

11:30AM   24   EMAIL FROM YOU TO MR. BALWANI ON NOVEMBER 4TH?

11:30AM   25   A.   YES.

11:30AM   1    Q.   AND YOU SAY, "FINALLY (AND THERE IS OBJECTIVE DATA ON

11:30AM   2    THIS), THE RATE OF QC FAILURE IS LOWER ON PREDICATE DEVICES

11:30AM   3    THAN IT IS ON EDISONS."

11:30AM   4         DO YOU SEE THAT?

11:30AM   5    A.   YES.

11:30AM   6    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS, WHAT YOU'RE CONVEYING

11:30AM   7    TO SUNNY?

11:30AM   8    A.   THIS IS IN CONNECTION WITH MY CONCERN ABOUT THE HIGH RATE

11:30AM   9    OF QC FAILURE ON THE THERANOS DEVICES, AND I'M TELLING HIM THAT

11:30AM   10   THE QC FAILURE RATE IS LOWER ON THE FDA APPROVED PREDICATE

11:31AM   11   DEVICES THAN IT IS ON THE EDISONS.

11:31AM   12   Q.   BY "PREDICATE DEVICES," DO YOU MEAN THE NON-THERANOS

11:31AM   13   MANUFACTURED DEVICES?

11:31AM   14   A.   CORRECT.

11:31AM   15   Q.   WHEN YOU SAY "PREDICATE DEVICES," IS THAT SYNONYMOUS WITH

11:31AM   16   FDA APPROVED DEVICES?

11:31AM   17   A.   CORRECT.

11:31AM   18   Q.   AND IS THIS WHAT WE WERE DISCUSSING A MOMENT AGO, YOUR

11:31AM   19   COMPARISON OF THE QC FAILURE RATES FOR THE EDISONS COMPARED TO

11:31AM   20   THE NON-THERANOS DEVICES?

11:31AM   21   A.   YES.

11:31AM   22   Q.   AND THE REST OF YOUR EMAIL SAYS, "AS IS THE THROUGHPUT OF

11:31AM   23   PREDICATE DEVICES."

11:31AM   24        WHAT DID YOU MEAN BY THAT?

11:31AM   25   A.   WHAT I INTENDED TO SAY WAS THAT THE THROUGHPUT, OR HOW

11:31AM  1    MANY SAMPLES YOU CAN RUN IN A GIVEN PERIOD OF TIME, IS HIGHER

11:31AM  2    ON THE PREDICATE DEVICES THAN ON THE EDISONS.

11:31AM  3    Q.   AND THE PREDICATE DEVICES COULD HANDLE MORE SAMPLES OVER A

11:31AM  4    PERIOD OF TIME?

11:31AM  5    A.   CORRECT.

11:31AM  6    Q.   MR. BALWANI RESPONDS TO YOU IN THE EMAIL THAT IS ALSO ON

11:32AM  7    THE SCREEN.  HE SAYS, "ADAM.  THIS IS NOT THE CASE."

11:32AM  8        DO YOU SEE THAT?

11:32AM  9    A.   YES.

11:32AM  10   Q.   AND WHAT WAS MR. BALWANI'S BACKGROUND?

11:32AM  11   A.   AS I UNDERSTAND IT, MR. BALWANI HAD A BACKGROUND IN

11:32AM  12   SOFTWARE AND PROGRAMMING.  HE ALSO AT ONE POINT WAS ENROLLED IN

11:32AM  13   AN MBA PROGRAM AT BERKELEY.

11:32AM  14   Q.   TO YOUR KNOWLEDGE, DID HE HAVE ANY MEDICAL OR BIOLOGICAL

11:32AM  15   EDUCATION?

11:32AM  16   A.   NO.  NONE.

11:32AM  17   Q.   HE GOES ON TO SAY IN HIS EMAIL, "WHEN A DEVICE FAILS, WE

11:32AM  18   ALWAYS TAKE THE RIGHT CORRECTIVE ACTION AND MAKE SURE IT

11:32AM  19   DOESN'T IMPACT THE QUALITY OF RESULTS."

11:32AM  20       DO YOU SEE THAT?

11:32AM  21   A.   YES.

11:32AM  22   Q.   AND DID YOU AGREE AT THIS TIME THAT TAKING CORRECTIVE

11:32AM  23   ACTION WOULD PROVIDE A COMPLETE PROTECTION AGAINST INACCURATE

11:32AM  24   RESULTS GOING OUT THE DOOR?

11:32AM  25   A.   NO, IT WOULD NOT GUARANTEE AN ACCURATE RESULT.

11:32AM 1    Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.  THANK YOU.

11:33AM 2         I'D LIKE TO CIRCLE BACK ON A COUPLE OF TOPICS THAT WE

11:33AM 3    DISCUSSED BEFORE THE BREAK.

11:33AM 4         FIRST, THERE WAS SOME DISCUSSION OF THE CTN.

11:33AM 5         DO YOU REMEMBER THAT?

11:33AM 6    A.   WHICH EMAIL ARE YOU REFERRING TO?

11:33AM 7    Q.   I'M NOT REFERRING TO A SPECIFIC EXHIBIT AT THIS TIME.

11:33AM 8         I'M ASKING IF YOU REMEMBER OUR DISCUSSION ABOUT THE CTN.

11:33AM 9    A.   OUR DISCUSSION?

11:33AM 10   Q.   CORRECT.

11:33AM 11   A.   YES.  YES.

11:33AM 12   Q.   CAN YOU HELP US UNDERSTAND HOW THE CTN FIT INTO THE

11:33AM 13   WORKFLOW OF ANALYZING A SAMPLE ON AN EDISON?

11:33AM 14   A.   SURE.  A PHLEBOTOMIST AT THE COLLECTION SITE, TYPICALLY

11:33AM 15   THE WALGREENS, MOST OF THEM ARE IN ARIZONA, THE PHLEBOTOMIST

11:33AM 16   WOULD WARM A PATIENT'S FINGER, PRICK IT WITH A LANCET UNTIL A

11:33AM 17   DROP OF BLOOD APPEARED, AND THEN OPEN UP A CTN -- THAT'S THE

11:34AM 18   CAPILLARY TUBE NANOTAINER -- AND THEN THE CTN, THE CAPILLARY

11:34AM 19   TUBE WOULD MAKE CONTACT WITH THAT BLOOD, AND THE BLOOD WOULD

11:34AM 20   ENTER THE CAPILLARIES.

11:34AM 21        ONCE THE BLOOD ENTERS THOSE CAPILLARIES, THE VACUUM WOULD

11:34AM 22   APPLY AND THE BLOOD WOULD SHOOT INTO THE NANOTAINER.  THERE ARE

11:34AM 23   TWO CHAMBERS IN THE NANOTAINER.

11:34AM 24        ALSO, IF A DROP OF BLOOD DID NOT APPEAR AFTER PRICKING,

11:34AM 25   THE PHLEBOTOMIST WOULD OFTEN MILK THE FINGER OR APPLY PRESSURE

11:34AM  1    TO IT TO MAKE THAT DROP OF BLOOD APPEAR.

11:34AM  2    Q.   SO AT THE END OF THE PROCESS THAT YOU JUST DESCRIBED, THE

11:34AM  3    BLOOD SAMPLE HAS BEEN MOVED THROUGH THE NANOTAINER THROUGH THE

11:34AM  4    CTN?

11:34AM  5    A.   THROUGH THE CAPILLARY TUBE.

11:34AM  6    Q.   OKAY.  WHAT HAPPENED NEXT TO THAT BLOOD SAMPLE IF IT WAS

11:35AM  7    GOING TO BE RUN ON AN EDISON?

11:35AM  8    A.   THE CTN IS TRANSPORTED TO THE LABORATORY REFRIGERATED IN

11:35AM  9    AN ICE PACK.  THOSE CTN'S WOULD BE SPUN DOWN AND THAT WOULD

11:35AM 10    SEPARATE THE RED BLOOD CELLS FROM THE NONCELLULAR PART OF THE

11:35AM 11    BLOOD.

11:35AM 12    Q.   IS THAT SPUN DOWN IN A CENTRIFUGE?

11:35AM 13    A.   YES.

11:35AM 14    Q.   GO AHEAD.

11:35AM 15    A.   SO YOU WOULD HAVE THE CELLULAR PORTION AT THE BOTTOM AND

11:35AM 16    YOU WOULD HAVE EITHER PLASMA OR SERUM AT THE TOP DEPENDING ON

11:35AM 17    WHICH ANTICOAGULANT WAS USED IN THE COLLECTION DEVICE.

11:35AM 18    Q.   AND WHAT HAPPENED NEXT IN THE PROCESS OF HEADING TOWARDS

11:35AM 19    THE EDISON DEVICE?

11:35AM 20    A.   THAT CLEAR LIQUID, THE SERUM OR PLASMA, WOULD BE DRAWN OUT

11:35AM 21    OF THE NANOTAINER AND PUT ONTO A PLATE, NINE 6 VOLT PLATES.  IT

11:36AM 22    WOULD THEN BE DILUTED WITH EITHER SALINE OR WATER.

11:36AM 23    Q.   WHAT CAME AFTER THAT?  NOW YOU HAVE A DILUTED SAMPLE;

11:36AM 24    CORRECT?

11:36AM 25    A.   CORRECT.

11:36AM 1    Q.   AND WHERE DOES IT GO NEXT?

11:36AM 2    A.   THAT SAMPLE IS NOW READY TO EITHER GO ONTO AN EDISON OR A

11:36AM 3    MODIFIED ADVIA DEVICE.

11:36AM 4    Q.   SO YOU MENTIONED THE CTN EARLIER.  YOU ALSO MENTIONED

11:36AM 5    SOMETHING CALLED A VACUTAINER; IS THAT CORRECT?

11:36AM 6    A.   YES.

11:36AM 7    Q.   AND HOW DOES THE VACUTAINER COMPARE TO THE CTN?

11:36AM 8    A.   VACUTAINERS ARE ABLE TO DRAW A MUCH HIGHER VOLUME OF BLOOD

11:36AM 9    THAN A CTN.  A CTN CAN DRAW ABOUT 60 MICROLITERS OF WHOLE

11:36AM 10   BLOOD, SO A DROP OR TWO.

11:36AM 11        VACUTAINERS ARE DESIGNED TO COLLECT ANYWHERE FROM 8 TO

11:37AM 12   16 MILS OF WHOLE BLOOD.

11:37AM 13   Q.   AT THERANOS, WAS ONE TYPICALLY USED WITH A FINGERSTICK AND

11:37AM 14   THE OTHER TYPICALLY USED WITH A VEIN DRAW?

11:37AM 15   A.   YES.  VENOUS DRAWS WOULD EXCLUSIVELY USE A VACUTAINER, AND

11:37AM 16   FINGERSTICK DRAWS WOULD USE THE CTN.

11:37AM 17   Q.   AND GENERALLY SPEAKING, WHAT EQUIPMENT WOULD BE USED TO

11:37AM 18   ANALYZE VEIN DRAW SAMPLES THAT WERE DRAWN INTO A VACUTAINER?

11:37AM 19   A.   THE FDA APPROVED PREDICATE INSTRUMENTS WOULD BE USED TO

11:37AM 20   ANALYZE THE VENOUS BLOOD THAT IS DRAWN INTO A VACUTAINER.

11:37AM 21   Q.   AND THOSE DEVICES CONTAINED NO THERANOS MODIFICATIONS?

11:37AM 22   A.   CORRECT.

11:37AM 23   Q.   AND WHAT DEVICES IN CONTRAST WOULD BE USED TO RUN SAMPLES

11:37AM 24   DRAWN FROM A FINGERSTICK USING THE NANOTAINER?

11:38AM 25   A.   EITHER THE EDISON DEVICE OR THE MODIFIED ADVIA, IN OTHER

11:38AM  1     WORDS, THE THERANOS LABORATORY DEVELOPED TEST.

11:38AM  2         THERE WAS ALSO A THIRD CATEGORY OF COMPLETE BLOOD COUNTS

11:38AM  3     USING WHOLE BLOOD.  THAT WOULD BE RUN USING A FLOW CYTOMETER.

11:38AM  4     Q.   AND WAS THE FLOW CYTOMETER A THERANOS DESIGNED AND

11:38AM  5     MANUFACTURED DEVICE?

11:38AM  6     A.   NO.

11:38AM  7     Q.   WHEN YOU TESTIFIED EARLIER ABOUT THE TESTING THAT HAD

11:38AM  8     HAPPENED AT SAFEWAY PRIOR TO THE BROADER LAUNCH, DO YOU RECALL

11:38AM  9     THAT TESTIMONY?

11:38AM 10     A.   YES.

11:38AM 11     Q.   AND WHAT DEVICES AND METHODS WERE USED TO CONDUCT THAT

11:38AM 12     TESTING BASED ON YOUR RECOLLECTION?

11:38AM 13     A.   VENOUS BLOOD IN VACUTAINERS ON PREDICATE FDA APPROVED

11:38AM 14     INSTRUMENTS.

11:38AM 15     Q.   FOLLOWING THE COMMERCIAL LAUNCH, CAN YOU HELP US

11:39AM 16     UNDERSTAND THE ROUGH BREAKDOWN OF HOW MANY ASSAYS COULD BE RUN

11:39AM 17     ON THE EDISON VERSUS HOW MANY COULD BE RUN ON THE MODIFIED

11:39AM 18     THIRD PARTY DEVICES VERSUS HOW MANY ON THE UNMODIFIED?  AGAIN,

11:39AM 19     JUST ROUGHLY SPEAKING IN TERMS OF PROPORTIONS.

11:39AM 20     A.   THIS IS APPROXIMATE.  I REMEMBER FOUR TO FIVE IMMUNOASSAYS

11:39AM 21     THAT COULD BE RUN ON THE EDISON, AND ABOUT 20 GENERAL CHEMISTRY

11:39AM 22     TESTS THAT COULD BE RUN ON THE MODIFIED ADVIA.

11:39AM 23         YOU'RE ALSO ASKING HOW MANY COULD BE RUN ON THE PREDICATE

11:39AM 24     DEVICES?

11:39AM 25     Q.   CORRECT.

11:39AM  1    A.   ABOUT 100 GENERAL CHEMISTRY TEST ON THE PREDICATE DEVICE,

11:39AM  2    MORE OR LESS, AND DOZENS ON THE IMMULITES.

11:39AM  3    Q.   AND DID THOSE NUMBERS CHANGE SOMEWHAT OVER TIME THROUGHOUT

11:40AM  4    YOUR TIME AT THE COMPANY?

11:40AM  5    A.   YES.  THE COMPANY INTRODUCED MORE AND MORE IMMUNOASSAY

11:40AM  6    TESTS ON THE EDISON AND ALSO EXPANDED THE GENERAL CHEMISTRY

11:40AM  7    MENU.

11:40AM  8    Q.   AND WAS THAT THE COMPANY'S GOAL AT THE TIME, TO GET AS

11:40AM  9    MANY TESTS ON THE EDISON AS POSSIBLE?

11:40AM  10   A.   YES.

11:40AM  11   Q.   AND DID THAT REMAIN THE COMPANY'S GOAL THROUGHOUT YOUR

11:40AM  12   TIME THERE?

11:40AM  13   A.   YES.

11:40AM  14   Q.   LET'S SHIFT GEARS.

11:40AM  15        AS LAB DIRECTOR, DID YOU HAVE A ROLE AT THERANOS IN

11:40AM  16   RESPONDING TO COMPLAINTS OR QUESTIONS ABOUT TEST RESULTS?

11:40AM  17   A.   I DID.

11:40AM  18   Q.   AND HOW DID YOU FIT INTO THAT PROCESS?

11:40AM  19   A.   PATIENT COMPLAINTS OR PHYSICIAN COMPLAINTS WOULD BE

11:40AM  20   REFERRED TO ME EITHER FROM A CUSTOMER SERVICE EMPLOYEE, OR

11:40AM  21   LATER CHRISTIAN HOLMES, ELIZABETH'S BROTHER, WAS PUT IN THE

11:41AM  22   ROLE OF A LIAISON BETWEEN MYSELF AND THE PHYSICIANS.

11:41AM  23   Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHO PLACED

11:41AM  24   CHRISTIAN HOLMES IN THAT ROLE?

11:41AM  25   A.   I DON'T KNOW.

11:41AM  1    Q.   YOU MENTIONED THAT CHRISTIAN HOLMES WAS RELATED TO

11:41AM  2    ELIZABETH HOLMES; IS THAT CORRECT?

11:41AM  3    A.   YES.

11:41AM  4    Q.   WAS CHRISTIAN HOLMES A MEDICAL DOCTOR?

11:41AM  5    A.   NO.

11:41AM  6    Q.   DID HE HAVE ANY KIND OF SCIENTIFIC OR TECHNICAL ROLE IN

11:41AM  7    THE LAB?

11:41AM  8    A.   NO.  AT FIRST HE WAS INVOLVED IN THE ROLLOUT OF TESTING

11:41AM  9    SERVICES IN ARIZONA, AND THEN HE CAME TO PLAY THIS LIAISON

11:41AM  10   ROLE.

11:42AM  11   Q.   HOW DID THAT ACTUALLY FUNCTION IN PRACTICE?  HOW DID HE

11:42AM  12   AND YOU INTERACT WHEN IT CAME TO RESPONDING TO CUSTOMER

11:42AM  13   COMPLAINTS?

11:42AM  14   A.   CHRISTIAN WOULD EMAIL ME COMPLAINTS THAT HE -- HE WOULD

11:42AM  15   HIMSELF, OR THEY WOULD BE FORWARDED COMPLAINTS FROM PHYSICIANS.

11:42AM  16   Q.   AND WAS THAT HIS SOLE FUNCTION, TO FORWARD COMPLAINTS TO

11:42AM  17   YOU?

11:42AM  18   A.   NO.  HE WOULD ASK ME -- HE WOULD CHECK IF I HAD SPOKEN TO

11:42AM  19   THE PHYSICIANS.  HE WOULD DISCUSS THE MESSAGING WITH ME.

11:42AM  20   Q.   AND WHEN YOU SAY DISCUSS THE MESSAGING WITH YOU, WHAT DOES

11:42AM  21   THAT MEAN?

11:42AM  22   A.   SO THE COMPANY AND CHRISTIAN'S PREFERENCE WAS THAT IF

11:42AM  23   THERE WAS A SUSPICIOUS RESULT, THAT THERE WOULD BE SOME KIND OF

11:42AM  24   PATIENT FACTOR THAT WOULD EXPLAIN IT, EITHER THE PATIENT WAS ON

11:43AM  25   A CERTAIN MEDICATION AND I WAS OFTEN CALLED UPON TO TRY TO COME

11:43AM  1    UP WITH REASONS OTHER THAN TEST PERFORMANCE THAT WOULD ACCOUNT

11:43AM  2    FOR AN ANOMALOUS RESULT OR TO DEFEND THE RELIABILITY OF THE

11:43AM  3    THERANOS TEST.

11:43AM  4    Q.   UNDERSTOOD.  THANK YOU.

11:43AM  5         WHEN YOU WERE AT THE UNIVERSITY OF PITTSBURGH, YOU WERE

11:43AM  6    ALSO LAB DIRECTOR; CORRECT?

11:43AM  7    A.   I WAS FUNCTIONING AS THE LAB DIRECTOR.  I WAS NOT THE LAB

11:43AM  8    DIRECTOR OF RECORD.  THAT WAS MIGUEL REYES.  HE WAS ON THE CMS

11:43AM  9    CERTIFICATE.

11:43AM 10    Q.   IN THE ROLE THAT YOU DID OCCUPY AT THE UNIVERSITY OF

11:43AM 11    PITTSBURGH, DID YOU ALSO FULFILL THAT FUNCTION OF TALKING TO

11:43AM 12    DOCTORS, FOR EXAMPLE, ABOUT INDIVIDUAL TEST RESULTS?

11:43AM 13    A.   YES.

11:43AM 14    Q.   AND HOW WOULD YOU COMPARE THE EXPERIENCE OF FULFILLING

11:44AM 15    THAT ROLE AT THE UNIVERSITY OF PITTSBURGH VERSUS HOW IT WORKED

11:44AM 16    AT THERANOS?

11:44AM 17    A.   I NEVER FELT A CONFLICT BETWEEN MY PROFESSIONAL ETHICS AND

11:44AM 18    MY DUTY TO TALK TO THE PHYSICIANS AT THE UNIVERSITY OF

11:44AM 19    PITTSBURGH.

11:44AM 20         MANY OF THE DISCUSSIONS WERE ABOUT WHAT METHOD SHOULD BE

11:44AM 21    CHOSEN WITH THE ENDOCRINOLOGISTS, WHETHER THAT METHOD WAS

11:44AM 22    SENSITIVE ENOUGH TO DETECT VERY LOW LEVELS OF HORMONES, FOR

11:44AM 23    INSTANCE, IN CHILDREN.  IT WAS A CHILDREN'S HOSPITAL.

11:44AM 24         AT THERANOS I FELT PRESSURED TO DEFEND THE COMPANY'S

11:44AM 25    RESULTS TO PHYSICIANS.

11:44AM  1    Q.   WAS THERE ANYONE IN THE CHRISTIAN HOLMES POSITION, THE

11:44AM  2    EQUIVALENT TO THAT, WHEN YOU WERE AT UNIVERSITY OF PITTSBURGH?

11:44AM  3    A.   NO.

11:44AM  4    Q.   HOW ABOUT WHEN IT CAME TO THE FREQUENCY OF PROBLEMS?  WERE

11:45AM  5    QUESTIONS ABOUT TEST RESULTS MORE FREQUENT AT THERANOS THAN AT

11:45AM  6    THE UNIVERSITY OF PITTSBURGH?

11:45AM  7    A.   MUCH MORE FREQUENT AT THERANOS.

11:45AM  8    Q.   LET'S LOOK AT SOME EXAMPLES.  I'LL ASK YOU TO TURN TO

11:45AM  9    EXHIBIT 846 IN YOUR BINDER, PLEASE.

11:45AM 10         YOUR HONOR, THE GOVERNMENT IS GOING TO MOVE THIS INTO

11:45AM 11    EVIDENCE.  I UNDERSTAND IT'S BEEN STIPULATED TO.

11:45AM 12              MR. WADE:  I'M SORRY.  WHAT WAS THE EXHIBIT?

11:45AM 13              MR. BOSTIC:  THIS IS 4836.

11:45AM 14              MR. WADE:  THAT'S CORRECT.

11:45AM 15              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:45AM 16         (GOVERNMENT'S EXHIBIT 4836 WAS RECEIVED IN EVIDENCE.)

11:45AM 17    BY MR. BOSTIC:

11:45AM 18    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2013 WITH

11:46AM 19    A SUBJECT LINE HCG PRECISION?

11:46AM 20    A.   YES.  YES.

11:46AM 21    Q.   FIRST OF ALL, WHAT IS HCG?

11:46AM 22    A.   HUMAN CHORIONIC GONADOTROPIN.  I KNOW THAT'S GOING TO

11:46AM 23    DRIVE THE STENOGRAPHER CRAZY.

11:46AM 24    Q.   WE'LL CALL IT HCG FROM NOW ON.

11:46AM 25    A.   OKAY.

11:46AM  1    Q.   HOW IS THE HCG TEST USED BASED ON YOUR EXPERIENCE AS A LAB

11:46AM  2    DIRECTOR?

11:46AM  3    A.   THE HCG TEST IS MOST COMMONLY USED TO DETECT PREGNANCY,

11:46AM  4    WHETHER A WOMEN IS PREGNANT OR NOT, AND IT'S ALSO USED TO

11:46AM  5    DETECT WHETHER A PREGNANCY IS PROGRESSING NORMALLY.

11:46AM  6    Q.   I'LL ASK YOU TO LOOK AT PAGE 6 IN THIS EXHIBIT, PLEASE.

11:46AM  7         MS. HOLLIMAN, LET'S PROJECT THAT.  LET'S ZOOM IN ON THE

11:46AM  8    BOTTOM EMAIL MESSAGE THERE.  LET'S CAPTURE THE HEADER IF WE

11:47AM  9    CAN.

11:47AM 10         THANK YOU.

11:47AM 11         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 16TH,

11:47AM 12    2013, FROM SHARADA SIVARAMAN TO DANIEL YOUNG AND

11:47AM 13    KARTHIK JAYASURYA?

11:47AM 14    A.   YES.

11:47AM 15    Q.   AND IN THIS EMAIL SHARADA SAYS, "DID YOU HAVE A CHANCE TO

11:47AM 16    GO OVER HCG PRECISION DATA?  PLEASE LET ME KNOW WHAT YOU

11:47AM 17    THOUGHT.  I AM CONCERNED ABOUT THE PROGRESSIVE JUMP IN SIGNAL

11:47AM 18    THAT WE SAW AND WANTED TO KNOW AHEAD OF TIME IF A REPEAT

11:47AM 19    EXERCISE IS REQUIRED."

11:47AM 20         DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WOULD BE

11:47AM 21    REFERRING TO?

11:47AM 22    A.   I WAS NOT INVOLVED IN THIS PARTICULAR DISCUSSION.  I DO

11:47AM 23    NOT HAVE COMMENT ON IT.

11:47AM 24    Q.   OKAY.  AND YOU'RE ADDED TO THE CHAIN ON PAGE 5.  IF WE CAN

11:47AM 25    LOOK AT THAT.

11:48AM  1          MS. HOLLIMAN, IF WE CAN LOOK AT PAGE 5 AND ZOOM IN ON THE

11:48AM  2    BOTTOM MESSAGE ON THAT PAGE.

11:48AM  3          DR. ROSENDORFF, DO YOU SEE YOU'RE NOW INCLUDED ON THIS

11:48AM  4    EMAIL CHAIN?

11:48AM  5    A.   YES.

11:48AM  6    Q.   AND THERE'S A REFERENCE TO DECISION LEVELS.

11:48AM  7          DO YOU SEE THAT?

11:48AM  8    A.   YES.

11:48AM  9    Q.   AND WHAT DOES DECISION LEVELS MEAN IN THE CONTEXT OF THIS

11:48AM  10   KIND OF TEST?

11:48AM  11   A.   A DECISION LEVEL IS A VERY SPECIFIC LEVEL THAT A DOCTOR

11:48AM  12   WOULD LOOK AT TO MAKE A CLINICAL DECISION.

11:48AM  13   Q.   AND WHY DO DECISION LEVELS NEED TO BE CONSIDERED DURING

11:48AM  14   THIS STAGE OF ASSAY DEVELOPMENT?

11:48AM  15   A.   BECAUSE THESE ARE THE CRITICAL LEVELS THAT DOCTORS ARE

11:48AM  16   LOOKING AT.  YOU WANT TO MAKE SURE YOUR ACCURACY AND PRECISION

11:49AM  17   ARE VERY TIGHT AROUND THESE DECISION LEVELS.

11:49AM  18          IN OTHER WORDS, IF YOUR HCG IS ABOVE 100,000, YOU'RE IN

11:49AM  19   THE ADVANCE STAGES OF PREGNANCY, AND IT'S NOT A CRITICAL NUMBER

11:49AM  20   FOR THE OBSTETRICIAN.

11:49AM  21          AND 6 IS A CRITICAL NUMBER BECAUSE IT WAS USED AS THE

11:49AM  22   CUTOFF TO SAY, ARE YOU PREGNANT OR NOT?

11:49AM  23   Q.   I SEE.  LET'S LOOK AT PAGE 4 OF THIS EXHIBIT AND ZOOM IN

11:49AM  24   ON THE BOTTOM.

11:49AM  25          THIS IS A MESSAGE FROM YOU IN THIS CHAIN; IS THAT RIGHT?

11:49AM  1      A.   CORRECT.

11:49AM  2      Q.   AND IS THIS WHAT YOU WERE JUST TALKING ABOUT?

11:49AM  3      A.   CORRECT.

11:49AM  4      Q.   YOU SAY, "5 MILLIUNITS PER MILLILITER IS A KEY DECISION

11:49AM  5      LEVEL BECAUSE IT DEFINES PREGNANCY."

11:49AM  6           CORRECT?

11:49AM  7      A.   CORRECT.

11:49AM  8      Q.   LET'S LOOK AT PAGE 3.  SO WE'RE MOVING FORWARD IN TIME IN

11:50AM  9      THIS EMAIL CHAIN.

11:50AM  10          SO LET'S LOOK AT PAGE 3 AND THE BOTTOM EMAIL IN THIS

11:50AM  11     MESSAGE, PLEASE.

11:50AM  12          THIS IS AN EMAIL FROM KARTHIK JAYASURYA TO YOU,

11:50AM  13     DANIEL YOUNG, AND SHARADA SIVARAMAN; CORRECT?

11:50AM  14     A.   YES.

11:50AM  15     Q.   AND WHO WAS KARTHIK JAYASURYA AT THERANOS?

11:50AM  16     A.   HE WAS A SCIENTIST.  I DIDN'T FULLY UNDERSTAND THE RANGE

11:50AM  17     OF ROLES.

11:50AM  18     Q.   AND IN HIS EMAIL HE THANKS YOU FOR PROVIDING THE

11:50AM  19     INFORMATION THAT YOU'VE PROVIDED AND IT SAYS, "SHARADA, THE

11:50AM  20     METHOD COMPARISON IS FAILING FOR THE DECISION LEVEL 50

11:50AM  21     MILLIUNITS PER MILLILITER SINCE THE TAE EQUALS 15 PERCENT AND

11:50AM  22     PRECISION ITSELF IS 21 PERCENT AT THAT GIVEN CONCENTRATION, SO

11:50AM  23     WE DON'T HAVE ANY BUDGET FOR BIAS."

11:50AM  24          DO YOU HAVE AN UNDERSTANDING AS TO WHAT THIS WAS REFERRING

11:50AM  25     TO?

11:50AM  1     A.   YES.   THE TMS ALLOWED -- TOTAL ALLOWABLE ERROR FOR THIS

11:51AM  2     ASSAY OR ANALYTE IS 15 PERCENT.

11:51AM  3          AS I SAID, THE TAE IS THE SUM OF PRECISION AND ACCURACY.

11:51AM  4     THE PRECISION WAS ALREADY AT 21 PERCENT, WHICH IS GREATER THAN

11:51AM  5     15 PERCENT, SO THERE'S NO ALLOWANCE THERE FOR ANY BIAS.

11:51AM  6          I'LL STOP THERE.

11:51AM  7     Q.   I WAS GOING TO ASK, IS THIS ANOTHER ONE OF THOSE

11:51AM  8     SITUATIONS WHERE A HIGH PRECISION PERCENTAGE IS AN UNFAVORABLE

11:51AM  9     THING THAT YOU DON'T WANT TO SEE?

11:51AM  10    A.   CORRECT.

11:51AM  11    Q.   LET'S LOOK AT THE TOP PART OF THIS MESSAGE, PLEASE, THE

11:51AM  12    TOP PART OF PAGE 3.   THERE'S AN EMAIL THERE TO YOU

11:52AM  13    OCTOBER 30TH, 2013; IS THAT RIGHT?

11:52AM  14    A.   CORRECT.

11:52AM  15    Q.   AND KARTHIK WRITES, "HI ADAM, IS THERE A WAY WE CAN RELAX

11:52AM  16    THE TAE CRITERIA AT THAT 50 CONCENTRATION.   CURRENTLY, OUR

11:52AM  17    PRECISION STANDS AT 23 PERCENT WHICH IS MUCH MORE THAN TAE,

11:52AM  18    15 PERCENT."

11:52AM  19          DID I READ THAT CORRECTLY?

11:52AM  20    A.   CORRECT.

11:52AM  21    Q.   AND LET'S LOOK AT YOUR RESPONSE ON THE PRECEDING PAGE, SO

11:52AM  22    IF WE GO TO PAGE 2.

11:52AM  23          LET'S ZOOM IN ON THE TEXT OF THAT EMAIL.

11:52AM  24          I'LL DRAW YOUR ATTENTION TO THE LAST SENTENCE OF THE FIRST

11:52AM  25    PARAGRAPH OF YOUR MESSAGE.   YOU SAY, "MY CONCERN WITH RELAXING

11:52AM  1    THE TAE AROUND OR NEAR A DECISION POINT IS MAKING THE WRONG

11:52AM  2    CALL FOR A PATIENT."

11:52AM  3         CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

11:52AM  4    A.   YES.  IF THE TAE WAS RELAXED TO A HIGHER PERCENTAGE, THIS

11:53AM  5    WOULD ALLOW OUR ASSAY TO OPERATE WITH INCREASED BIAS AND

11:53AM  6    INCREASED IMPRECISION OR A HIGHER CV.  IT WOULD RESULT IN A

11:53AM  7    LESS RELIABLE CALL FOR THE PATIENT.

11:53AM  8    Q.   OKAY.  LET'S GO TO PAGE 1 OF THIS EMAIL NOW, SO PAGE 1 OF

11:53AM  9    EXHIBIT 4836.

11:53AM 10         ZOOM IN ON THE BOTTOM MESSAGE, PLEASE.

11:53AM 11         DR. ROSENDORFF, YOU'RE NO LONGER ON THIS EMAIL CHAIN AT

11:53AM 12    THIS POINT; CORRECT?

11:53AM 13    A.   CORRECT.

11:53AM 14    Q.   WE'RE LOOKING AT AN EMAIL FROM SHARADA TO SUNNY BALWANI;

11:53AM 15    IS THAT RIGHT?

11:53AM 16    A.   CORRECT.

11:53AM 17    Q.   SHE SAYS, "HI SUNNY, PLEASE SEE BELOW.  THE REPEAT

11:53AM 18    EXERCISE OF ENTIRE PRECISION WAS COMPLETED ON TUESDAY, AND THE

11:53AM 19    DATA WAS SENT OUT TO DANIEL AND KARTHIK.

11:53AM 20         "SHE SAID WE STILL DO NOT PASS AT THE THIRD PRECISION

11:53AM 21    LEVEL WHICH IS 50 MILLIUNITS PER MILLILITER BECAUSE OUR

11:54AM 22    PRECISION AT THE LEVEL OF 23 PERCENT BUT WE ARE ALLOWED TAE OF

11:54AM 23    15 PERCENT."

11:54AM 24         IS SHE ESSENTIALLY REPORTING THE PROBLEM THAT WE HAVE BEEN

11:54AM 25    LOOKING AT UP TO SUNNY BALWANI?

11:54AM   1    A.   CORRECT.

11:54AM   2    Q.   LET'S ZOOM OUT.

11:54AM   3         AT THE BOTTOM OF THAT SQUARE, DO YOU SEE THAT MR. BALWANI

11:54AM   4    THEN FORWARDED THAT TO DANIEL YOUNG, SAMARTHA ANEKAL, AND

11:54AM   5    ELIZABETH HOLMES?

11:54AM   6    A.   YES, I READ THAT.

11:54AM   7    Q.   AND HE REPORTS TO THEM, WE HAVE RUN THIS, I THINK HE MEANS

11:54AM   8    PRECISION, TWICE NOW.  CAN YOU LOOK INTO THIS TO SEE WHAT'S THE

11:54AM   9    ISSUE AND WHY WE ARE MISSING THIS?

11:54AM  10         DO YOU SEE THAT?

11:54AM  11    A.   YES.

11:54AM  12    Q.   AND SO AT THIS POINT THIS ISSUE HAS BEEN ELEVATED ALL OF

11:54AM  13    THE WAY TO THE TOP OF THE COMPANY; CORRECT?

11:54AM  14    A.   CORRECT.

11:54AM  15    Q.   AND WERE YOU AWARE GENERALLY -- DURING YOUR TIME AT

11:54AM  16    THERANOS, WERE YOU AWARE OF ISSUES CONCERNING THE ACCURACY OF

11:55AM  17    THE HCG TEST?

11:55AM  18    A.   YES.

11:55AM  19    Q.   LET'S LOOK AT EXHIBIT 4145, PLEASE.  AND ONCE YOU GET

11:55AM  20    THERE I'LL ASK YOU IF YOU RECOGNIZE IT.

11:55AM  21         I'LL ASK YOU TO TURN TO PAGE 3 OF THAT EXHIBIT AND LOOK AT

11:55AM  22    THE BOTTOM OF THE EMAIL.  DO YOU SEE THE EXHIBIT FROM SOMEONE

11:55AM  23    NAMED AMELIA AGUIRRE?

11:55AM  24    A.   YES.

11:55AM  25    Q.   AND DO YOU SEE THE EMAIL IS SENT TO AN EMAIL

11:55AM   1    CLS@THERANOS.COM; IS THAT RIGHT?

11:56AM   2    A.   YES.

11:56AM   3    Q.   AND WHAT WAS THAT EMAIL ADDRESS, CLS@THERANOS.COM?

11:56AM   4    A.   IT WAS A GROUP EMAIL.  THE MEMBERS OF THE EMAIL LIST WERE

11:56AM   5    THE CLINICAL LABORATORY SCIENTISTS WITHIN THE COMPANY.

11:56AM   6    Q.   AND WHAT WAS THE PURPOSE OF HAVING THAT EMAIL GROUP

11:56AM   7    ADDRESS?

11:56AM   8    A.   SO THAT THE CLS'S COULD BE ALERTED TO ISSUES OR PROBLEMS

11:56AM   9    IN THE LAB OR PLANS IN THE LAB AS A GROUP.

11:56AM  10    Q.   AND WAS THIS EMAIL ADDRESS USED FOR THAT PURPOSE, TO

11:56AM  11    DISSEMINATE IMPORTANT INFORMATION ABOUT THE FUNCTIONING OF THE

11:56AM  12    LAB AT THERANOS?

11:56AM  13    A.   YES.

11:56AM  14    Q.   AND WAS THERE A DUTY ON PEOPLE WHO USED THAT EMAIL ADDRESS

11:56AM  15    FOR THAT PURPOSE TO BE ACCURATE IN THE INFORMATION THAT THEY

11:56AM  16    WERE REPORTING?

11:56AM  17    A.   YES.

11:56AM  18    Q.   AND WERE EMAILS THAT WERE SENT ON THESE TOPICS PRESERVED

11:57AM  19    AT THERANOS SO THEY COULD BE REFERENCED BACK IN THE FUTURE?

11:57AM  20    A.   YES, THAT WAS MY UNDERSTANDING.

11:57AM  21        I CERTAINLY PRESERVED ALL OF THE EMAILS THAT I WAS PRIVY

11:57AM  22    TO.

11:57AM  23             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

11:57AM  24    ADMIT 4145.

11:57AM  25             MR. WADE:  NO OBJECTION, YOUR HONOR.

11:57AM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:57AM  2          (GOVERNMENT'S EXHIBIT 4145 WAS RECEIVED IN EVIDENCE.)

11:57AM  3          MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 3 OF

11:57AM  4  THIS EXHIBIT, PLEASE.  ZOOM IN ON THE BOTTOM HALF.

11:57AM  5  Q.  DR. ROSENDORFF, ARE WE NOW LOOKING AT THE EMAIL THAT

11:57AM  6  YOU'VE BEEN REVIEWING?

11:57AM  7  A.  YES.

11:57AM  8  Q.  DO YOU REMEMBER WHO AMELIA AGUIRRE WAS AT THERANOS?

11:57AM  9  A.  I THINK SHE WAS CUSTOMER SERVICE.

11:57AM  10  Q.  HER EMAIL TO THE CLS GROUP SAYS, "PHYSICIAN IS CALLING

11:57AM  11  ABOUT RESULTS FOR HCG.  NOTES IN LIS INDICATE HCG RESULTS ARE

11:58AM  12  OORL, DO NOT RELEASE UNTIL FURTHER NOTICE."

11:58AM  13          DO YOU KNOW WHAT OORL STANDS FOR?

11:58AM  14  A.  OUT OF REFERENCE RANGE LOW.  IN OTHER WORDS, THE RESULT IS

11:58AM  15  BELOW THE CAPACITY OF THE INSTRUMENT TO MEASURE.

11:58AM  16  Q.  IN OTHER WORDS, IS THAT AN ERROR IN THE TEST?

11:58AM  17  A.  THAT'S AN ERROR MESSAGE.

11:58AM  18  Q.  LET'S LOOK AT PAGE 2 NOW.  AND IF WE LOOK AT THE BOTTOM OF

11:58AM  19  THAT PAGE, PLEASE.

11:58AM  20          THERE'S A MESSAGE FROM DANIEL YOUNG TO SUNNY BALWANI ON

11:59AM  21  THAT TOPIC; RIGHT?

11:59AM  22  A.  CORRECT.

11:59AM  23  Q.  AND THEN DANIEL SAYS, "ACTUALLY, I JUST TOUCHED BASES WITH

11:59AM  24  CHRISTIAN AND ADAM ON THIS EARLIER."

11:59AM  25          WOULD ADAM BE YOU?

| | | |
|---|---|---|
| 11:59AM | 1 | A.   YES. |
| 11:59AM | 2 | Q.   AND THEN, "I ASKED ADAM TO CALL THE DOCTOR TO ASK ABOUT |
| 11:59AM | 3 | CLINICAL SITUATION.  AND THEN WE WILL BE ABLE TO DECIDE IF WE |
| 11:59AM | 4 | WANT TO RELEASE THE RESULTS." |
| 11:59AM | 5 | DID I READ THAT CORRECTLY? |
| 11:59AM | 6 | A.   CORRECT. |
| 11:59AM | 7 | Q.   LET'S LOOK AT THE MESSAGE JUST ABOVE THAT ONE.  ACTUALLY, |
| 11:59AM | 8 | LET'S SEE IF WE CAN CAPTURE THE REST OF THE TOP TWO-THIRDS OF |
| 11:59AM | 9 | THE PAGE. |
| 11:59AM | 10 | DO YOU SEE THAT SUNNY ASKS DANIEL YOUNG, "I ASSUME THIS |
| 11:59AM | 11 | WAS RUN ON EDISONS." |
| 11:59AM | 12 | DO YOU SEE THAT AT THE BOTTOM OF THE PAGE? |
| 11:59AM | 13 | A.   YES. |
| 11:59AM | 14 | Q.   AND THE RESPONSE READS, AT THE TOP OF THE PAGE, "YES, RUN |
| 12:00PM | 15 | ON EDISONS." |
| 12:00PM | 16 | A.   YES. |
| 12:00PM | 17 | Q.   AND WAS THE HCG TEST RUN ON EDISONS AT THIS TIME? |
| 12:00PM | 18 | A.   YES. |
| 12:00PM | 19 | Q.   AND THAT EMAIL IN RESPONSE TO SUNNY BALWANI ALSO SAYS, "WE |
| 12:00PM | 20 | SPOKE WITH THE ORDERING PHYSICIAN AND MADE THE DECISION TO |
| 12:00PM | 21 | COLLECTION ANOTHER SAMPLE FROM THE SUBJECT.  WE ARE NOT |
| 12:00PM | 22 | REPORTING OUT THE VERY LOW RESULT." |
| 12:00PM | 23 | DO YOU SEE THAT? |
| 12:00PM | 24 | A.   YES.  THE TOP OF THIS PAGE IS CUT OFF.  CAN YOU REMIND ME |
| 12:00PM | 25 | WHO THE EMAIL IS BEING SENT BY OR FROM? |

12:00PM 1    Q.   YES.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON

12:00PM 2    THE BOTTOM AND WE CAN SEE THE HEADER INFORMATION.

12:00PM 3         DO YOU SEE AT THE BOTTOM OF THE PAGE THAT THIS WAS SENT BY

12:00PM 4    DANIEL YOUNG?

12:00PM 5    A.   YES.

12:00PM 6    Q.   AND DO YOU RECALL TIMES AT THERANOS WHEN HCG RESULTS WERE

12:00PM 7    NOT RELEASED BECAUSE THEY CAME BACK ERRONEOUS OR INVALID?

12:00PM 8    A.   I RECALL AN INSTANCE WHERE AN INITIAL HCG MEASUREMENT WAS

12:01PM 9    VERY LOW, SUGGESTING A POSSIBLE MISCARRIAGE, AND THEN REPEAT

12:01PM 10   HCG MEASUREMENT AT THERANOS WAS MUCH HIGHER.

12:01PM 11        THIS WAS VERY ALARMING TO ME THAT YOU COULD GET SUCH

12:01PM 12   DIFFERENT RESULTS.

12:01PM 13   Q.   I SEE.

12:01PM 14        LET'S STAY ON PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE

12:01PM 15   TOP HALF OF THE PAGE, PLEASE.  THE TOP TWO MESSAGES.

12:01PM 16        DR. ROSENDORFF, DO YOU SEE A MESSAGE FROM DANIEL YOUNG TO

12:01PM 17   SUNNY BALWANI AT THE BOTTOM OF THE PAGE THAT SAYS, "PHYSICIAN

12:01PM 18   NOTED THAT IT WOULD BE SURPRISING TO SEE THE COUNT DROP SO

12:01PM 19   MUCH, EVEN WITH A MISCARRIAGE.  HENCE THE AGREEMENT TO COLLECT

12:01PM 20   ANOTHER SAMPLE"?

12:02PM 21   A.   YES.

12:02PM 22   Q.   AND AT THE TOP OF THE PAGE, DO YOU SEE A MESSAGE FROM

12:02PM 23   ELIZABETH HOLMES TO SUNNY BALWANI RESPONDING IN THIS EMAIL

12:02PM 24   CHAIN SAYING, "I'VE DONE MANY MEETINGS ON THIS TODAY"?

12:02PM 25   A.   YES.

12:02PM  1    Q.   AND DO YOU RECALL WHETHER YOU WERE PART OF THOSE MEETINGS

12:02PM  2    THAT MS. HOLMES SAT IN ABOUT THIS HCG ISSUE?

12:02PM  3    A.   I WAS NOT IN A MEETING WITH HER.  I DO RECALL TALKING TO

12:02PM  4    HER.  SHE WOULD CHECK IN WITH ME OCCASIONALLY.  SHE SAID, HOW'S

12:02PM  5    IT GOING?  AND I SAID I WAS FREAKED OUT.  AND SHE SAID, WHY?

12:02PM  6    AND I TOLD HER ABOUT THE HCG ISSUE THAT WE'RE DISCUSSING.

12:02PM  7    Q.   AND WHAT WAS HER REACTION WHEN YOU TOLD HER THAT YOU WERE

12:02PM  8    FREAKED OUT ABOUT THE HCG ISSUE?

12:02PM  9    A.   SHE SAID, DON'T BE FREAKED OUT OR -- YOU KNOW, SHE DIDN'T

12:02PM  10   SEEM ALARMED BY IT.

12:02PM  11   Q.   WE'RE LOOKING AT AN EMAIL CHAIN THAT DOESN'T INCLUDE YOU.

12:03PM  12   DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN DISCUSSIONS

12:03PM  13   ABOUT OUT OF RANGE HCG RESULTS AT THERANOS?

12:03PM  14   A.   ABSOLUTELY.

12:03PM  15   Q.   LET'S LOOK AT 4147.

12:03PM  16        THE GOVERNMENT OFFERS THIS INTO EVIDENCE.  I BELIEVE THE

12:03PM  17   DEFENSE HAS STIPULATED.

12:03PM  18        MR. WADE:  WE DO, YOUR HONOR.

12:03PM  19        THE COURT:  IT'S ADMITTED, AND IT MAY BE DISPLAYED.

12:03PM  20        (GOVERNMENT'S EXHIBIT 4147 WAS RECEIVED IN EVIDENCE.)

12:03PM  21   BY MR. BOSTIC:

12:03PM  22   Q.   LET'S ZOOM IN ON THE MIDDLE MESSAGE ON THE PAGE THERE.

12:03PM  23        DR. ROSENDORFF, IS THIS AN EMAIL FROM YOU TO CLS ON

12:03PM  24   MAY 30TH, 2014?

12:03PM  25   A.   YES.

12:03PM  1    Q.   AND CLS, IS THAT THAT SAME GROUP OF LABORATORY STAFF THAT

12:03PM  2    WE WERE JUST TALKING ABOUT?

12:03PM  3    A.   CORRECT.

12:03PM  4    Q.   AND YOUR MESSAGE IS WRITTEN IN ALL CAPITAL LETTERS; IS

12:03PM  5    THAT CORRECT?

12:03PM  6    A.   CORRECT.

12:03PM  7    Q.   AND THIS IS ALSO MARKED IMPORTANCE HIGH.

12:04PM  8         DO YOU SEE THAT?

12:04PM  9    A.   YES.

12:04PM  10   Q.   AND WAS THAT YOUR DECISION TO MARK THIS EMAIL HIGH

12:04PM  11   IMPORTANCE?

12:04PM  12   A.   YES.

12:04PM  13   Q.   AND YOU WRITE IN YOUR EMAIL TO LABORATORY STAFF, "ALL

12:04PM  14   FURTHER HCG TESTING (CTN OR VACUTAINER) IS TO BE RUN ON THE

12:04PM  15   IMMULITE."

12:04PM  16        DO YOU SEE THAT?

12:04PM  17   A.   YES.

12:04PM  18   Q.   AND WHY WERE YOU MAKING THAT DECISION AT THIS TIME IN

12:04PM  19   MAY OF 2014?

12:04PM  20   A.   BASED ON THE HIGH CV'S FOR THE EDISON HCG TEST AND THE

12:04PM  21   INCONSISTENT RESULTS WE WERE GETTING ON THE EDISON, I

12:04PM  22   DETERMINED THAT THIS TEST WAS NOT FIT FOR PATIENT CARE.

12:04PM  23   Q.   AND WHEN YOU SAY "ALL FURTHER HCG TESTING IS TO BE RUN ON

12:04PM  24   THE IMMULITE," REMIND US WHAT THE IMMULITE IS, PLEASE.

12:04PM  25   A.   THE IMMULITE IS A SIEMENS MANUFACTURED INSTRUMENT.  IT'S

12:04PM  1    FDA APPROVED TO CONDUCT IMMUNOASSAYS, INCLUDING HCG.

12:04PM  2    Q.   SO, IN OTHER WORDS, YOU WERE DECIDING THAT THE HCG TEST

12:05PM  3    NEEDED TO BE TAKEN OFF OF THE EDISON, OFF THE THERANOS DEVICE

12:05PM  4    AND PUT ON THE THIRD PARTY DEVICE?

12:05PM  5    A.   CORRECT.

12:05PM  6    Q.   NUMBER 2 IN YOUR LIST OF INSTRUCTIONS INSTRUCTS STAFF,

12:05PM  7    "HOLD ALL EDISON CTN RESULTS - DO NOT RELEASE."

12:05PM  8         DO YOU SEE THAT?

12:05PM  9    A.   CORRECT.

12:05PM  10   Q.   AND WHY DID YOU FEEL CURRENTLY PENDING RESULTS COULDN'T

12:05PM  11   EVEN GO OUT?

12:05PM  12   A.   I WANTED TO MAKE THIS DECISION RETROACTIVE TO RESULTS THAT

12:05PM  13   HAD ALREADY BEEN RUN ON THE EDISONS.

12:05PM  14   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP PORTION OF THIS

12:05PM  15   EMAIL, PLEASE.

12:05PM  16        DO YOU SEE, DR. ROSENDORFF, AT THE TOP OF THIS PAGE

12:05PM  17   SUNNY BALWANI FORWARDED THIS EMAIL TO ELIZABETH HOLMES ON

12:05PM  18   MAY 31ST, 2014?

12:06PM  19   A.   YES.

12:06PM  20   Q.   LET'S LOOK NEXT AT EXHIBIT 4840, PLEASE.

12:06PM  21        I'LL ASK YOU FIRST TO LOOK AT THE BOTTOM OF PAGE 3 ON THAT

12:06PM  22   EXHIBIT AND LET ME KNOW IF YOU SEE AN EMAIL FROM AMELIA AGUIRRE

12:06PM  23   TO INDIVIDUALS, INCLUDING CLS?

12:06PM  24   A.   YES.

12:06PM  25   Q.   IS THIS ANOTHER EMAIL SENT TO THAT GROUP FOR THE PURPOSE

12:06PM 1    OF DISCUSSING PATIENT TEST RESULTS AS WE'VE TALKED ABOUT

12:07PM 2    BEFORE?

12:07PM 3    A.   YES.

12:07PM 4            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:07PM 5    ADMIT EXHIBIT 4840.

12:07PM 6            MR. WADE:  YOUR HONOR, I DON'T HAVE A COPY OF 4840

12:07PM 7    IN MY BOOK.  IF I COULD -- IF COUNSEL HAS A COPY?

12:07PM 8            THE COURT:  IT MIGHT BE UNDER 4846.

12:07PM 9            MR. BOSTIC:  I'M HAPPY TO GIVE MY COPY TO DEFENSE

12:07PM 10   COUNSEL, YOUR HONOR.

12:07PM 11       (PAUSE IN PROCEEDINGS.)

12:07PM 12           MR. WADE:  NO OBJECTION.

12:07PM 13           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:07PM 14       (GOVERNMENT'S EXHIBIT 4840 WAS RECEIVED IN EVIDENCE.)

12:07PM 15           MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM

12:07PM 16   OF PAGE 3, THE MIDDLE HALF OF THE PAGE.

12:07PM 17   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM --

12:07PM 18           THE CLERK:  JUST A MOMENT, YOUR HONOR.  IT'S NOT

12:08PM 19   DISPLAYING.  IS IT UP?

12:08PM 20   BY MR. BOSTIC:

12:08PM 21   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM AMELIA AGUIRRE TO

12:08PM 22   INDIVIDUALS AT THERANOS, INCLUDING THAT CLS GROUP?

12:08PM 23   A.   YES.

12:08PM 24   Q.   AND THE TEXT OF THE EMAIL SAYS, "PLEASE SEE IF YOU CAN RUN

12:08PM 25   THIS ASAP.  PHYSICIAN HAS CALLED SEVERAL TIMES TODAY LOOKING

12:08PM  1    FOR RESULTS."

12:08PM  2         DO YOU SEE THAT?

12:08PM  3    A.   YES.

12:08PM  4    Q.   AND ABOVE THAT IS ANOTHER MESSAGE, "WE ALSO HAVE ANOTHER

12:08PM  5    PHYSICIAN LOOKING FOR RESULTS FOR," AND WE'VE REDACTED THE

12:08PM  6    NAME, "VISIT IS FROM JUNE 10TH, 2014, ALSO FOR TEST HCG."

12:08PM  7         DO YOU SEE THAT?

12:08PM  8    A.   YES.

12:08PM  9    Q.   LET'S LOOK AT THE TOP HALF OF PAGE 3, PLEASE.

12:09PM  10        DO YOU SEE THIS EMAIL MESSAGE FROM ROMINA RIENER ON

12:09PM  11   JUNE 12, 2014?

12:09PM  12   A.   YES.

12:09PM  13   Q.   AND SHE SAYS, "WE RAN THAT SAMPLE YESTERDAY BUT RESULTS

12:09PM  14   CAME OUT INVALID (FAILED RUN).  IT IS STILL PENDING A RERUN."

12:09PM  15        WHAT IS YOUR UNDERSTANDING OF WHAT THAT WOULD MEAN?

12:09PM  16   A.   THE INSTRUMENT WAS UNABLE TO RETURN A RESULT.

12:09PM  17   Q.   AND IS THAT BECAUSE OF A -- WELL, WHAT'S YOUR

12:09PM  18   UNDERSTANDING OF WHAT ISSUES COULD LEAD TO THAT OUTCOME?

12:09PM  19   A.   IT COULD BE MANY DIFFERENT ISSUES.  IT COULD BE A PROBLEM

12:09PM  20   WITH THE CHEMICALS, THE REAGENTS IN THE CARTRIDGE EITHER NOT

12:09PM  21   BEING PRESENT OR NOT BEING MIXED PROPERLY.

12:09PM  22        IT COULD BE A PROBLEM WITH INSTRUMENTATION, WITH DETECTION

12:09PM  23   WITHIN THE INSTRUMENT.

12:09PM  24        THERE ARE A NUMBER OF REASONS WHY IT COULD BE INVALID,

12:09PM  25   YEAH.

12:10PM  1    Q.   LET'S ZOOM OUT AND LOOK AT PAGE 2, PLEASE, IN THIS

12:10PM  2    EXHIBIT.  LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE.

12:10PM  3         DO YOU SEE AN EMAIL FROM MAX FOSQUE SENT AT 11:31 A.M.

12:10PM  4    ABOUT THIS ISSUE?

12:10PM  5    A.   YES.

12:10PM  6    Q.   AND THERE'S AN EMAIL BELOW THAT FROM CHRISTIAN HOLMES

12:10PM  7    SAYING, "THIS ONE IS CRITICAL IN CASE YOU GUYS ARE DEALING WITH

12:10PM  8    THIS AT ALL."

12:10PM  9         DO YOU SEE THAT?

12:10PM  10   A.   YES.

12:10PM  11   Q.   AND MR. FOSQUE RESPONDS, "I BELIEVE TINA JUST BROUGHT THIS

12:10PM  12   UPSTAIRS, WE CAN RUN NEAT ON THE IMMULITE.  TINA CAN U

12:11PM  13   CONFIRM?"

12:11PM  14        DO YOU SEE THAT?

12:11PM  15   A.   YES.

12:11PM  16   Q.   REMIND US WHAT THE UPSTAIRS PORTION OF THE THERANOS LAB

12:11PM  17   CONTAINED.

12:11PM  18   A.   THE UPSTAIRS PORTION OF THE LAB CONTAINED FDA APPROVED

12:11PM  19   PREDICATE INSTRUMENTS THAT WERE NOT MODIFIED THAT WERE DESIGNED

12:11PM  20   TO TEST VACUTAINER BLOOD, BLOOD FROM VACUTAINERS, VENOUS BLOOD.

12:11PM  21   Q.   AROUND THIS TIME IN THE MIDDLE OF 2014, WAS THE DEFAULT TO

12:11PM  22   RUN HCG TESTS ON THE THIRD PARTY DEVICES OR ON THE THERANOS

12:11PM  23   EDISON?

12:11PM  24   A.   ON THE EDISON.

12:11PM  25   Q.   SO IN THIS CASE WE'RE SEEING A CHANGE OF PLANS ESSENTIALLY

12:11PM  1    AND THE SAMPLE IS NOW POSSIBLY GOING TO BE RUN ON THE THIRD

12:11PM  2    PARTY DEVICE INSTEAD?

12:11PM  3    A.   CORRECT.

12:11PM  4    Q.   THE EMAIL ABOVE THAT FROM TINA LIN SAYS, "I BROUGHT IT

12:11PM  5    UPSTAIRS BUT HODA SAID THEY CAN'T RUN IT?  CAN YOU CHECK WHY?"

12:11PM  6         DO YOU SEE THAT?

12:11PM  7    A.   YES.

12:12PM  8    Q.   LET'S LOOK AT THE TOP HALF, OR THE VERY TOP PORTION OF

12:12PM  9    PAGE 2, PLEASE.

12:12PM  10        ACTUALLY, LET'S ZOOM OUT AND CAPTURE THE WHOLE TOP HALF OF

12:12PM  11   THE PAGE.

12:12PM  12        DO YOU SEE THAT MESSAGE FROM TINA LIN THAT SAYS, "SO

12:12PM  13   THEY'RE TESTING THE DEAD VOLUME RIGHT NOW.  THEY CAN'T GET IT

12:12PM  14   TO WORK YET"?

12:12PM  15   A.   YES, I SEE THAT.

12:12PM  16   Q.   AND THEN SHE SAYS, "WE'RE MINUTES AWAY FROM FINDING OUT

12:12PM  17   WHETHER HCG ON EITHER OF THE EDISON DEVICES HAVE PASSED."

12:12PM  18        DO YOU KNOW WHAT THAT WOULD BE A REFERENCE TO?

12:12PM  19   A.   I DON'T KNOW SPECIFICALLY.  IT WOULD EITHER BE WHETHER

12:12PM  20   THAT SAMPLE HAD PASSED ON THE EDISONS OR WHETHER THE QC HAD

12:13PM  21   PASSED.  I CAN'T SAY FOR SURE.

12:13PM  22   Q.   LET'S GO TO PAGE 1 NOW IN THIS EXHIBIT.  LET'S ZOOM IN ON

12:13PM  23   THE BOTTOM PORTION.  LET'S GO TO THE BOTTOM TWO OR THREE EMAIL

12:13PM  24   MESSAGES.

12:13PM  25        OKAY.  AND DO YOU SEE AT THE BOTTOM THERE, THERE'S A

12:13PM  1    MESSAGE FROM TINA LIN PROVIDING ANOTHER UPDATE HERE SAYING,

12:13PM  2    "LEVEL 2 FOR HCG JUST BARELY FAILED ON BOTH READERS, SORRY.

12:13PM  3    WE'RE TRYING AGAIN."

12:13PM  4    A.   YES, I SEE THAT.

12:13PM  5    Q.   DOES THAT CLARIFY TO YOU WHAT THAT WOULD BE REFERRING TO?

12:13PM  6    A.   YES, THAT WOULD BE QC, LEVEL 2.

12:13PM  7    Q.   AND WOULD THIS BE REFERRING TO THE EDISON?

12:13PM  8    A.   CORRECT.

12:13PM  9    Q.   AND THERE'S AN EMAIL ABOVE THAT FROM CHRISTIAN HOLMES TO

12:13PM  10   ELIZABETH HOLMES.

12:13PM  11       DO YOU SEE THAT?

12:13PM  12   A.   YES.

12:13PM  13   Q.   AND CHRISTIAN WRITES, "JUST FYI - HCG RIGHT NOW CAUSING

12:14PM  14   SOME SERIOUS ISSUES IN PATIENT COMPLAINTS.  BEEN SPENDING ALL

12:14PM  15   MORNING TALKING TO DOCS ABOUT JUST HCG AND WILL CONTINUE TO DO

12:14PM  16   SO...IT'S A SENSITIVE ONE OBVIOUSLY B/C OF PEOPLE FINDING OUT

12:14PM  17   IF PREGNANT."

12:14PM  18       IS THAT CORRECT?

12:14PM  19   A.   YES, I READ THAT.

12:14PM  20   Q.   DURING THIS TIME IN MID-JUNE 2014, DO YOU RECALL WHETHER

12:14PM  21   YOU WERE PART OF CONVERSATIONS WITH DOCTORS ABOUT PROBLEMS WITH

12:14PM  22   THERANOS HCG TESTS?

12:14PM  23   A.   I WAS NOT.

12:14PM  24   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

12:14PM  25   PLEASE.

ROSENDORFF DIRECT BY MR. BOSTIC

12:14PM  1      OR LET'S ZOOM IN ON THE MIDDLE PART ACTUALLY.  THANK YOU.

12:14PM  2      CHRISTIAN HOLMES FOLLOWS UP ON HIS EMAIL TO

12:14PM  3   ELIZABETH HOLMES SAYING, "SEEMS LIKE WE ALSO HAVE A CAPACITY

12:14PM  4   ISSUE RIGHT NOW WITH EDISONS AT FULL CAPACITY AND VENOUS

12:15PM  5   SAMPLES IN A SERIOUS QUEUE NOT BEING RUN.  WENT DOWN THERE AND

12:15PM  6   IT'S A COMPLETE MESS."

12:15PM  7      DO YOU RECALL EXPERIENCING CAPACITY ISSUES WITH TESTING

12:15PM  8   BANDWIDTH AT THERANOS?

12:15PM  9   A.   YES, I RECALL CAPACITY ISSUES WITH THE EDISON TESTS.

12:15PM 10   Q.   AND DID SOME OF THAT COME DOWN TO THE QC FAILURE RATES AND

12:15PM 11   OTHER PROBLEMS THAT WE HAVE BEEN TALKING ABOUT?

12:15PM 12   A.   CORRECT.  THE EDISONS WERE ALSO PRETTY SLOW BY COMPARISON

12:15PM 13   WITH THE IMMULITE, EVEN IF THEY WERE WORKING PROPERLY.

12:15PM 14   Q.   AND DID THAT CONTRIBUTE TO A BACKLOG OR SLOWDOWN IN THE

12:15PM 15   LAB?

12:15PM 16   A.   YES.

12:15PM 17   Q.   ALL RIGHT.  LET'S ZOOM OUT AND LOOK AT THE TOP MESSAGE IN

12:15PM 18   THIS CHAIN, PLEASE.

12:15PM 19      ACTUALLY, LET'S GO DOWN TO -- LET'S CAPTURE THE WHOLE TOP

12:16PM 20   HALF.  PERFECT.  THANK YOU.

12:16PM 21      MS. HOLMES THEN RESPONDS TO HER BROTHER AND TO

12:16PM 22   SUNNY BALWANI.

12:16PM 23      DO YOU SEE THAT?

12:16PM 24   A.   YES.

12:16PM 25   Q.   SHE SAYS, "WE'LL CONNECT IN DETAIL ON THIS AS SOON AS I'M

12:16PM  1    OUT.

12:16PM  2          "SUNNY, THIS IS ALREADY HANDLED - JUST FYI."

12:16PM  3          DO YOU SEE THAT?

12:16PM  4    A.   YES.

12:16PM  5    Q.   AND CHRISTIAN WRITES BACK ABOUT AN EXPERIENCE THAT HE HAD

12:16PM  6    WHERE A DOCTOR SENT THERANOS THREE PATIENTS AND ALL RESULTS

12:16PM  7    HAVE BEEN OVER FOUR DAYS, THIS BEING THE THIRD PATIENT.

12:16PM  8          DO YOU SEE THAT?

12:16PM  9    A.   YES.

12:16PM  10   Q.   DO YOU HAVE A RECOLLECTION OF DELAYS THIS LONG DURING YOUR

12:16PM  11   TIME AT THERANOS, RESULTS WAITING AS LONG AS FOUR DAYS?

12:16PM  12   A.   NO.

12:16PM  13   Q.   AND DO YOU THINK YOU SHOULD HAVE BEEN INVOLVED IN

12:16PM  14   CONVERSATIONS ABOUT THIS DELAY?

12:16PM  15   A.   YES.

12:16PM  16   Q.   CHRISTIAN GOES ON TO REPORT THAT THAT DOCTOR ORIGINALLY

12:17PM  17   SAID HE WON'T SEND US ANYMORE PATIENTS BECAUSE WE HAVE HAD

12:17PM  18   ISSUES WITH ALL THREE PATIENTS.

12:17PM  19          BUT AT THE END OF THE CALL, HE SAID HE WOULD BE WILLING TO

12:17PM  20   EVALUATE THIS FURTHER BASED ON PATIENT NEEDS.

12:17PM  21          DO YOU SEE THAT?

12:17PM  22   A.   YES.

12:17PM  23   Q.   AND DID YOU HAVE ANY EXPERIENCES TALKING TO DOCTORS WHO

12:17PM  24   EXPRESSED CONCERNS ABOUT THE VALIDITY OR ACCURACY OF THERANOS

12:17PM  25   HCG RESULTS?

12:17PM    1    A.    NO.

12:17PM    2    Q.    LET'S LOOK AT EXHIBIT 4222, PLEASE.

12:17PM    3          LET ME KNOW ONCE YOU'RE THERE.

12:17PM    4    A.    I SEE IT.

12:17PM    5    Q.    OKAY.  I'LL ASK YOU TO LOOK AT THE FIRST PAGE OF THAT

12:18PM    6    EXHIBIT AT THE TOP.

12:18PM    7          DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

12:18PM    8    ELIZABETH HOLMES?

12:18PM    9    A.    YES.

12:18PM   10    Q.    AND DO YOU SEE THAT THE SUBJECT LINE IS CUSTOMER ISSUE?

12:18PM   11    A.    YES.

12:18PM   12    Q.    AND IF YOU LOOK DOWN ON THAT PAGE, DO YOU SEE THERE'S

12:18PM   13    ADDITIONAL CORRESPONDENCE RELATING TO ANOTHER HCG ISSUE AT

12:18PM   14    THERANOS?

12:18PM   15    A.    YES.

12:18PM   16          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:18PM   17    ADMIT EXHIBIT 4222.

12:18PM   18          MR. WADE:  NO OBJECTION.

12:18PM   19          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:18PM   20    (GOVERNMENT'S EXHIBIT 4222 WAS RECEIVED IN EVIDENCE.)

12:18PM   21          MR. BOSTIC:  LET'S START ON PAGE 1 OF THIS EXHIBIT,

12:18PM   22    PLEASE, MS. HOLLIMAN.  AND LET'S ZOOM IN ON THE VERY BOTTOM,

12:19PM   23    PLEASE, JUST TO CAPTURE THAT INFORMATION.

12:19PM   24    Q.    DR. ROSENDORFF, DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL

12:19PM   25    FROM SOMEONE NAMED ALLISON MARTIN AT IVF PHOENIX SENT TO

12:19PM  1    ERIC NELSON, AND THE SUBJECT LINE IS LABS?

12:19PM  2    A.   YES.

12:19PM  3    Q.   AND THIS WAS SENT ON SEPTEMBER 29TH, 2014; CORRECT?

12:19PM  4    A.   YES.

12:19PM  5    Q.   AND LET'S GO TO PAGE 2, PLEASE, MS. HOLLIMAN.  LET'S ZOOM

12:19PM  6    IN ON THE TEXT AT THE TOP, PLEASE.

12:19PM  7         DR. ROSENDORFF, IS THIS AN EMAIL FROM A MEDICAL SERVICE

12:19PM  8    PROVIDER TO THERANOS?

12:19PM  9    A.   YES.

12:19PM  10   Q.   THE EMAIL READS, "ERIC, THANK YOU SO MUCH FOR DROPPING OFF

12:19PM  11   THE NEW ORDER SHEETS.  I AM SORRY I WAS UNAVAILABLE AT THAT

12:19PM  12   TIME.

12:19PM  13        "WE WILL CALL THE SUPPORT LINE, BUT ALSO WANTED TO GIVE

12:20PM  14   YOU A HEADS UP ON WHAT HAPPENED WITH THE LAB.  WE SENT A

12:20PM  15   PATIENT OF OURS IN FOR HER 48-HOUR REPEAT ON HER QB HCG."

12:20PM  16        WHAT IS QB HCG?

12:20PM  17   A.   I DON'T KNOW WHAT THE Q AND THE B STAND FOR.

12:20PM  18   Q.   IS HCG REFERENCING THE TEST THAT WE'VE BEEN TALKING ABOUT?

12:20PM  19   A.   YES.

12:20PM  20   Q.   THE MEDICAL SERVICE PROVIDER GOES ON TO REPORT THAT "THE

12:20PM  21   PATIENT'S INITIAL TEST CAME BACK AT 160 (RUN AT A DIFFERENT

12:20PM  22   LAB) AND WHEN WE SENT HER BACK IN FOR HER REPEAT WITH YOUR LAB

12:20PM  23   THE RESULTS CAME BACK AT LESS THAN 7.82."

12:20PM  24        DO YOU SEE THAT?

12:20PM  25   A.   YES.

12:20PM  1    Q.   AND THE EMAIL GOES ON.  "BECAUSE HER TEST CAME BACK

12:20PM  2    NEGATIVE, WE HAD HER DISCONTINUE HER CURRENT MEDICATIONS AND

12:20PM  3    BEGAN GETTING HER READY FOR HER NEXT CYCLE."

12:20PM  4         DO YOU SEE THAT?

12:20PM  5    A.   YES.

12:20PM  6    Q.   AND IT GOES ON.  "A FEW WEEKS LATER SHE WENT BACK IN FOR

12:21PM  7    ANOTHER QB HCG AND IT CAME BACK AT OVER 2000.  WE BROUGHT HER

12:21PM  8    IN AND I SCANNED HER, AND THERE WAS IN FACT A BABY AND A

12:21PM  9    HEARTBEAT."

12:21PM 10         DO YOU SEE THAT?

12:21PM 11    A.   YES.

12:21PM 12    Q.   AND THE EMAIL CONTINUES.  "OUR CONCERN IS THAT YOUR LAB

12:21PM 13    TOLD US SHE HAD A NEGATIVE PREGNANCY, WE RELAYED THAT TO OUR

12:21PM 14    PATIENT AND CONTINUED OUR PROTOCOL AS SHE WASN'T PREGNANT."

12:21PM 15         DID I READ THAT CORRECTLY?

12:21PM 16    A.   YES.

12:21PM 17    Q.   LET'S GO BACK TO PAGE 1 OF THIS EXHIBIT AND ZOOM IN ON THE

12:21PM 18    BOTTOM HALF, PLEASE.

12:21PM 19         DO YOU SEE THAT ERIC NELSON FORWARDS THAT INFORMATION TO

12:21PM 20    MIKE PHEBUS AND KIMBERLY ALFONSO?

12:22PM 21    A.   YES.

12:22PM 22    Q.   AND CAN YOU IDENTIFY THOSE INDIVIDUALS AT THERANOS.  DID

12:22PM 23    YOU WORK WITH THEM?

12:22PM 24    A.   I DID NOT WORK WITH ERIC NELSON OR MIKE PHEBUS.  I DID

12:22PM 25    WORK WITH KIMBERLY ALFONSO.

12:22PM  1    Q.   AND WHAT WAS HER POSITION?

12:22PM  2    A.   I BELIEVE SHE WAS A LIAISON WITH THE CLINICAL SITES, THE

12:22PM  3    COLLECTION SITES.  I RECOGNIZE THE NAME.  I DON'T KNOW FOR SURE

12:22PM  4    WHAT HER ROLE WAS.

12:22PM  5    Q.   THE EMAIL ABOVE THAT IS FROM MS. ALFONSO TO

12:22PM  6    CHRISTIAN HOLMES AND SUNNY BALWANI; CORRECT?

12:22PM  7    A.   CORRECT.

12:22PM  8    Q.   AND SHE WRITES "PLEASE SEE BELOW."

12:22PM  9         SHE SAYS, "STILL NEED INFO ON HCG INQUIRY FROM LAST MONTH

12:22PM  10   TOO (RE: AUGUST 20TH WITH 600,000 RESULT FROM THAT NURSE

12:22PM  11   PRACTITIONER)."

12:22PM  12        DO YOU SEE THAT?

12:22PM  13   A.   YES.

12:22PM  14   Q.   AND YOU WERE NOT INCLUDED ON THESE EMAILS; IS THAT

12:23PM  15   CORRECT?

12:23PM  16   A.   THAT'S CORRECT.

12:23PM  17   Q.   AND DO YOU BELIEVE YOU SHOULD HAVE BEEN INCLUDED IN

12:23PM  18   DISCUSSIONS ABOUT HCG RESULTS LIKE THESE?

12:23PM  19   A.   YES, ABSOLUTELY.

12:23PM  20   Q.   LET'S ZOOM IN ON THE TOP PORTION OF PAGE 1, PLEASE, THE

12:23PM  21   TOP TWO MESSAGES.  ACTUALLY, THE TOP THREE MESSAGES.

12:23PM  22        DO YOU SEE ON SEPTEMBER 29TH, AT 4:45 P.M., SUNNY BALWANI

12:23PM  23   FORWARDED THIS INFORMATION TO ELIZABETH HOLMES?

12:23PM  24   A.   YES, I SEE THAT.

12:23PM  25   Q.   AND MS. HOLMES RESPONDS, "HOW DID THAT HAPPEN?"

12:23PM   1    A.   YES, I SEE THAT.

12:23PM   2    Q.   AND MR. BALWANI RESPONDS, "FINDING OUT."

12:23PM   3         IS THAT RIGHT?

12:23PM   4    A.   YES.

12:23PM   5    Q.   LET'S LOOK NOW AT EXHIBIT 4228.

12:24PM   6         DO YOU HAVE EXHIBIT 4228 IN FRONT OF YOU?

12:24PM   7    A.   YES.

12:24PM   8    Q.   IS THIS A CONTINUATION OR A DIFFERENT VERSION OF THE SAME

12:24PM   9    EMAIL CHAIN THAT WE WERE LOOKING AT?

12:24PM  10    A.   IT APPEARS THAT WAY BASED ON THE DATES.

12:24PM  11    Q.   OKAY.

12:24PM  12    A.   OH, IT IS.  IT IS STILL REFERENCING -- THE SUBJECT LINE IS

12:24PM  13    IDENTICAL, IT SAYS FORWARD CUSTOMER ISSUE GM.

12:24PM  14    Q.   THANK YOU.

12:24PM  15         THE GOVERNMENT MOVES INTO EVIDENCE EXHIBIT 4228.

12:24PM  16              MR. WADE:  NO OBJECTION.

12:24PM  17              THE COURT:  IT IS ADMITTED, AND IT MAY BE PUBLISHED.

12:24PM  18         (GOVERNMENT'S EXHIBIT 4228 WAS RECEIVED IN EVIDENCE.)

12:24PM  19              MR. BOSTIC:  LET'S LOOK AT THE BOTTOM OF PAGE 2.

12:24PM  20    AND ZOOM IN ON THE VERY BOTTOM MESSAGE.

12:25PM  21    Q.   DO YOU SEE AN EMAIL FROM MAXIMILIAN FOSQUE TO

12:25PM  22    DANIEL YOUNG, CHINMAY PANGARKAR, SUNNY BALWANI,

12:25PM  23    CHRISTIAN HOLMES ON SEPTEMBER 29TH, 2014?

12:25PM  24    A.   YES, I SEE THAT.

12:25PM  25    Q.   AND MR. FOSQUE WRITES, "A DOCTOR'S OFFICE HAS REPORTED A

12:25PM 1    POTENTIAL DISCREPANCY WITH OUR HCG RESULTS."

12:25PM 2         IS THAT RIGHT?

12:25PM 3    A.   YES.

12:25PM 4    Q.   AND LET'S TURN TO PAGE 3.  AND LET'S ZOOM IN ON THE TOP,

12:25PM 5    PLEASE.

12:25PM 6         THAT EMAIL GOES ON TO SAY, "ON OR AROUND SEPTEMBER 3RD OR

12:25PM 7    SEPTEMBER 4TH A PATIENT GOT HCG RESULTS FROM ANOTHER LAB 160

12:25PM 8    MILLIUNITS PER MILLILITER.  WITHIN 48 HOURS THE PATIENT CAME TO

12:25PM 9    WALGREENS (VISIT DATE 9/5) AND WE COLLECTED 1 EDTA CTN."

12:25PM 10        THAT MENTION OF COLLECTION IN THE CTN, WHAT DOES THAT

12:26PM 11   SIGNIFY TO YOU ABOUT THE METHOD OF DRAW?

12:26PM 12   A.   THAT WOULD BE A FINGERSTICK DRAW FOR RUN ON THE EDISON

12:26PM 13   INSTRUMENT.

12:26PM 14   Q.   THE EMAIL GOES ON, "WE REPORTED RESULTS OF OORL."

12:26PM 15        REMIND US, WHAT DOES THAT STAND FOR?

12:26PM 16   A.   OUT OF RANGE LOW.

12:26PM 17   Q.   AND IT SAYS, "LESS THAN 7.82 MILLIUNITS PER MILLILITER.

12:26PM 18   DUE TO THIS MEDICATIONS WERE DISCONTINUED.  HOWEVER, THE

12:26PM 19   PATIENT RETURNED ON SEPTEMBER 19TH WITH THE SAME TEST ORDERED

12:26PM 20   ALONG WITH PROGESTERONE.  WE THEN REPORTED HCG RESULTS OF

12:26PM 21   2150.01 MILLIUNITS PER MILLILITER (ALIQUOT TO CTN AND RUN ON

12:26PM 22   EDISON.)"

12:26PM 23        DO YOU SEE THAT?

12:26PM 24   A.   YES, I DO.

12:26PM 25   Q.   IT GOES ON TO SAY, "THE OFFICE IS INQUIRING AS TO WHY THE

12:26PM   1    FIRST RESULT WAS REPORTED AS A NEGATIVE, WHERE IN FACT IT IS

12:26PM   2    LIKELY IT SHOULD HAVE BEEN A POSITIVE VALUE."

12:26PM   3        DID YOU AGREE AT THE TIME WITH THE OFFICE'S CONCLUSION

12:26PM   4    ABOUT THE ACCURACY OF THIS TEST?

12:27PM   5        ACTUALLY, LET ME JUST ASK YOU, THE QUESTION IS, DO YOU

12:27PM   6    AGREE WITH THE OFFICE'S CONCLUSION ABOUT THE ACCURACY OF THESE

12:27PM   7    TESTS?

12:27PM   8    A.   YES.  YES, I DO.

12:27PM   9            MR. WADE:  OBJECTION, YOUR HONOR.

12:27PM  10            THE WITNESS:  OH, I'M SORRY.

12:27PM  11            THE COURT:  OVERRULED.

12:27PM  12    BY MR. BOSTIC:

12:27PM  13    Q.   SORRY.  YOU CAN FINISH YOUR ANSWER, DR. ROSENDORFF.

12:27PM  14    A.   I SEE THAT THE RESULTS ON 9/5 WAS LESS THAN 7.8, AND TWO

12:27PM  15    WEEKS LATER ON 9/19 THE RESULT WAS OVER 2000.  I CANNOT THINK

12:27PM  16    OF A CLINICAL SCENARIO THAT WOULD EXPLAIN THIS DISCREPANCY.

12:27PM  17    Q.   LET'S LOOK AT PAGE 1 IN THE TOP HALF OF THE PAGE, PLEASE.

12:27PM  18        DO YOU SEE AT THE BOTTOM OF THAT SELECTION AN EMAIL FROM

12:27PM  19    DANIEL YOUNG?

12:27PM  20    A.   YES.

12:27PM  21    Q.   AND THE EMAIL IS SENT TO INDIVIDUALS AT THERANOS,

12:28PM  22    INCLUDING SUNNY BALWANI AND CHRISTIAN HOLMES; IS THAT RIGHT?

12:28PM  23    A.   YES.

12:28PM  24    Q.   AND THE EMAIL STATES, "BASED ON THE INDIVIDUAL TIP DATE

12:28PM  25    FOR THE FINGERSTICK SAMPLE, THERE WERE 4 TIPS REPORTING OUT OF

12:28PM   1    RANGE LOW AND TWO REPORTING INVALID."

12:28PM   2         DO YOU SEE THAT?

12:28PM   3    A.   YES.

12:28PM   4    Q.   AND WHAT DOES IT MEAN FOR A TIP TO REPORT INVALID?

12:28PM   5    A.   THAT TIP IS UNABLE TO GENERATE A SIGNAL OR REPORT A VALUE.

12:28PM   6    Q.   DANIEL YOUNG GOES ON TO SAY, "IT IS POSSIBLE THAT A

12:28PM   7    PROCESSING ERROR OCCURRED, BUT WE REALLY DO NOT HAVE DIRECT

12:28PM   8    EVIDENCE OF ANY ERRORS BASED ON THIS DATA.

12:28PM   9         "FROM THE PATIENT HISTORY, GIVEN MEDICATION AND OTHER

12:28PM  10    FACTORS THAT WE DO NOT FULLY KNOW, THERE COULD HAVE BEEN SOME

12:28PM  11    UNUSUAL TRENDS IN THIS ANALYTE."

12:28PM  12         DO YOU SEE THAT?

12:28PM  13    A.   YES.

12:28PM  14    Q.   AND WAS DANIEL YOUNG A PHYSICIAN?

12:28PM  15    A.   NO.

12:28PM  16    Q.   WAS DANIEL YOUNG -- DID HE HAVE A POSITION IN THE CLINICAL

12:28PM  17    LAB AT THERANOS?

12:28PM  18    A.   DANIEL YOUNG WAS VERY INVOLVED IN THE CLIA LAB AFTER THE

12:29PM  19    TESTS WERE LAUNCHED.  HE WOULD OFTEN OFFER HIS OPINION AS TO

12:29PM  20    THE VALIDITY OF THE RESULTS.

12:29PM  21    Q.   WAS HE A CLS IN THE CLINICAL LAB?

12:29PM  22    A.   NO.

12:29PM  23    Q.   HOW ABOUT A CLA, IS THAT THE LEVEL BELOW?

12:29PM  24    A.   NO, HE WAS NOT.

12:29PM  25    Q.   DID HE HAVE ANY OFFICIAL TITLE IN CONNECTION WITH THE

12:29PM  1    CLINICAL LAB?

12:29PM  2    A.   HIS TITLE AT THE COMPANY WAS VICE PRESIDENT OF THERANOS

12:29PM  3    SYSTEMS.

12:29PM  4    Q.   LOOKING AT THE VERY TOP OF THE MESSAGE HERE, DO YOU SEE

12:29PM  5    THAT ON SEPTEMBER 30TH, 2014, SUNNY BALWANI FORWARDED ALL OF

12:29PM  6    THIS INFORMATION TO ELIZABETH HOLMES?

12:29PM  7    A.   YES.

12:29PM  8    Q.   LET'S LOOK NEXT AT EXHIBIT 1543, PLEASE.

12:30PM  9         LET ME ASK, BEFORE WE MOVE ON TO THAT EXHIBIT, DO YOU

12:30PM  10   RECALL LOOKING AT AN EXHIBIT WHERE YOU DIRECTED THAT NO

12:30PM  11   ADDITIONAL HCG TESTING WAS GOING TO BE PERFORMED ON THE EDISON?

12:30PM  12   A.   YES.

12:30PM  13   Q.   AND DO YOU RECALL WHAT THE OUTCOME WAS OF THAT DECISION?

12:30PM  14   A.   I DO NOT.

12:30PM  15   Q.   WE LOOKED AT SOME EXAMPLES AFTER THAT DATE WHERE HCG WAS

12:30PM  16   STILL RUN ON THE EDISON; IS THAT CORRECT?

12:30PM  17   A.   YES.  SO MY INITIAL INSTRUCTIONS I BELIEVE WERE IN JUNE OF

12:31PM  18   2014.  I DON'T RECALL EXACTLY THE DATES, I'M SORRY.

12:31PM  19   Q.   NO PROBLEM.

12:31PM  20        LET'S GO BACK JUST BRIEFLY TO EXHIBIT 4147, PLEASE, WHICH

12:31PM  21   IS IN EVIDENCE.

12:31PM  22   A.   I'M SORRY, THAT WAS MAY.  GOT IT.

12:31PM  23   Q.   IS THAT REFRESHING YOUR RECOLLECTION ABOUT WHEN THAT HAD

12:31PM  24   HAPPENED?

12:31PM  25   A.   YES.

12:31PM  1    Q.   BASED ON THE EMAILS THAT WE HAVE LOOKED AT SINCE THAT,

12:31PM  2    DOES IT APPEAR THAT HCG WAS CONTINUED TO BE RUN ON THE EDISON

12:31PM  3    EVEN FOLLOWING THIS DECISION?

12:31PM  4    A.   CORRECT, THEY WERE NOT FOLLOWING MY DIRECTIVE.

12:31PM  5              MR. WADE:  LACK OF FOUNDATION.  HE ANSWERED THE

12:31PM  6    QUESTION --

12:31PM  7              THE COURT:  COULD YOU LAY A LITTLE MORE FOUNDATION

12:31PM  8    FOR THAT, PLEASE.

12:31PM  9    BY MR. BOSTIC:

12:31PM 10    Q.   DR. ROSENDORFF, ARE YOU AWARE OF INSTANCES FOLLOWING THIS

12:31PM 11    DATE WHERE THERANOS RAN THE HCG TEST ON THE EDISON?

12:31PM 12    A.   I WAS NOT AWARE.

12:31PM 13    Q.   OKAY.  ARE YOU AWARE OF THAT FACT TODAY?

12:31PM 14    A.   YES, I AM.

12:32PM 15    Q.   DO YOU HAVE EXHIBIT 1543 IN FRONT OF YOU?

12:32PM 16    A.   I HAVE IT NOW.

12:32PM 17    Q.   I'LL DIRECT YOUR ATTENTION TO PAGE 5 AND LOOKING AT THAT

12:32PM 18    PAGE, I'LL ASK YOU IF YOU RECOGNIZE AN EMAIL FROM YOU DIRECTED

12:32PM 19    TO DANIEL AND SUNNY?

12:32PM 20    A.   YES.

12:32PM 21    Q.   AND DO YOU KNOW WHO DANIEL AND SUNNY WOULD BE IN THIS

12:32PM 22    EMAIL?

12:32PM 23    A.   DANIEL YOUNG AND SUNNY BALWANI.

12:32PM 24    Q.   I'LL ASK YOU TO TURN TO PAGE 4.

12:32PM 25              AND DO YOU SEE AT THE BOTTOM OF PAGE 4 MS. HOLMES IS THEN

12:32PM   1    ADDED TO THE EMAIL CHAIN?

12:33PM   2    A.   YES, I DO.

12:33PM   3            MR. BOSTIC:  YOUR HONOR, MOVE TO ADMIT EXHIBIT 1543.

12:33PM   4            MR. WADE:  NO OBJECTION.

12:33PM   5            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:33PM   6        (GOVERNMENT'S EXHIBIT 1543 WAS RECEIVED IN EVIDENCE.)

12:33PM   7            MR. BOSTIC:  MS. HOLLIMAN, LET'S START WITH PAGE 5,

12:33PM   8    PLEASE.  LET'S ZOOM OWN IN ON THE EMAIL BEGINNING WITH DANIEL

12:33PM   9    AND SUNNY.

12:33PM  10    Q.   DO YOU SEE THE EMAIL ON FEBRUARY 19TH, 2014?

12:33PM  11    A.   YES.

12:33PM  12    Q.   AND IT SAYS, "WE HAVE BEEN GETTING A SPATE OF LOW HDL

12:33PM  13    VALUES."

12:33PM  14        IS THAT CORRECT?

12:33PM  15    A.   CORRECT.

12:33PM  16    Q.   AND CAN YOU EXPLAIN WHAT WAS HAPPENING AT THIS TIME AND

12:33PM  17    WHY YOU SENT THIS EMAIL?

12:33PM  18    A.   WE WERE GETTING PHYSICIAN QUERIES AND COMPLAINTS ABOUT LOW

12:34PM  19    HDL VALUES AND ABOUT THE CHOLESTEROL RESULTS IN GENERAL.

12:34PM  20    Q.   AND WHAT IS HDL?

12:34PM  21    A.   HIGH DENSITY LIPOPROTEIN.

12:34PM  22    Q.   AND WHAT IS THAT TEST ABOUT?

12:34PM  23    A.   IT IS IMPORTANT FOR CARDIO VASCULAR HEALTH.

12:34PM  24    Q.   AND THE REPORTS THAT YOU WERE GETTING FROM DOCTORS ABOUT

12:34PM  25    HDL VALUES COMING OUT OF THERANOS, DID THEY CAUSE YOU CONCERN

12:34PM 1    AT THE TIME?

12:34PM 2    A.   YES, THEY DID.

12:34PM 3    Q.   AND WHY IS THAT?

12:34PM 4    A.   AS MENTIONED IN THE EMAIL THESE ARE PATIENTS AND THE

12:34PM 5    GENERAL POPULATION, AND THEY'RE ALL SHOWING RESULTS IN THE

12:35PM 6    FIFTH PERCENTILE OR LESS.  ANOTHER 95 PERCENT OF FOLKS HAVE

12:35PM 7    HDL'S THAT ARE HIGHER.  STATISTICALLY THIS DOES NOT SEEM LIKELY

12:35PM 8    TO ME IN THE SPAN OF FOUR DAYS FROM 2-14 TO 2-18 THAT WE WOULD

12:35PM 9    BE GETTING THE SPATE OF LOW HDL'S.

12:35PM 10   Q.   AND WHAT DID THAT CAUSE YOU TO SUSPECT?

12:35PM 11   A.   A PROBLEM WITH THE ASSAY.

12:35PM 12   Q.   AND, IN FACT, YOU WRITE IN YOUR EMAIL, "WE HAVE BEEN

12:35PM 13   GETTING A SPATE OF LOW HDL VALUES.  I SUSPECT THAT OUR HDL

12:35PM 14   ASSAY HAS FAILED AND I DO NOT WANT TO REPORT OUT THIS RESULT

12:35PM 15   UNTIL WE FIX IT."

12:35PM 16       DO YOU SEE THAT?

12:35PM 17   A.   CORRECT.

12:35PM 18   Q.   AND WHAT DID YOU MEAN WHEN YOU SAID THAT YOU SUSPECTED

12:35PM 19   THAT THE HDL ASSAY HAD FAILED?

12:35PM 20   A.   I SUSPECTED THAT THE THERANOS HDL WAS NO LONGER WORKING.

12:35PM 21   Q.   DOES THAT MEAN NO LONGER PROVIDING ACCURATE RESULTS?

12:36PM 22   A.   CORRECT.

12:36PM 23   Q.   IS THIS ANOTHER INSTANCE WHERE A RELATIVELY SMALL NUMBER

12:36PM 24   OF PATIENT TEST RESULTS CAN INDICATE AN OVERALL PROBLEM WITH AN

12:36PM 25   ASSAY?

12:36PM  1    A.   YES.

12:36PM  2    Q.   LET'S LOOK AT THE BOTTOM OF PAGE 4, PLEASE.

12:36PM  3         DANIEL YOUNG RESPONDS TO SUNNY BALWANI AND

12:36PM  4    ELIZABETH HOLMES ABOUT THIS ISSUE; IS THAT CORRECT?

12:36PM  5    A.   YES.

12:36PM  6    Q.   HE WRITES, "AT FIRST GLANCE THE HDL QC DATA," IS THAT

12:36PM  7    QUALITY CONTROL DATA?

12:36PM  8    A.   YES.

12:36PM  9    Q.   AND "LOOKS TO BE RUNNING CONSISTENTLY LOW (VERY ROUGHLY

12:36PM  10   10 PERCENT LOW).  THESE QC DATA SHOULD HAVE RAISED AN ALARM

12:37PM  11   FLAG SEVERAL WEEKS AGO."

12:37PM  12        DO YOU SEE THAT?

12:37PM  13   A.   YES.

12:37PM  14   Q.   AND LET'S GO TO PAGE 1 OF THIS EXHIBIT TO SEE YOUR

12:37PM  15   RESPONSE.  AND LET'S LOOK AT THE TOP MESSAGE.

12:37PM  16        DO YOU SEE AN EMAIL THAT YOU SENT ON THIS ISSUE ON

12:37PM  17   FEBRUARY 19TH?

12:37PM  18   A.   YES.

12:37PM  19   Q.   AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND

12:37PM  20   MARK PANDORI?

12:37PM  21   A.   YES.

12:37PM  22   Q.   YOU WRITE, "THE QC DRIFT TO THE LOW SIDE WOULD DEFINITELY

12:37PM  23   NOT HAVE HELPED -- BUT WE'RE STILL WITHIN PROTOCOL."

12:37PM  24        CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

12:37PM  25   A.   YES.  THE LABORATORY WAS NOT PERMITTED TO RELEASE RESULTS

12:37PM  1    UNTIL THE QC HAD PASSED.  IF THE QC WAS 10 PERCENT LOWER THAN

12:37PM  2    OUR TARGET VALUE, THAT WOULD STILL ALLOW RESULTS TO BE

12:38PM  3    REPORTED.

12:38PM  4    Q.   AND SO HAD QC ACTUALLY PASSED IN THE CASE OF THIS

12:38PM  5    PARTICULAR ASSAY DURING THIS TIME PERIOD?

12:38PM  6    A.   YES.

12:38PM  7    Q.   DID THE FACT THAT THE ASSAY HAD PASSED QC REMOVE YOUR

12:38PM  8    CONCERNS ABOUT THE ACCURACY OF THOSE HDL RESULTS?

12:38PM  9    A.   NO.

12:38PM  10   Q.   WHY NOT?

12:38PM  11   A.   BASED ON MY CLINICAL EXPERIENCE AND THE FACT THAT ONLY

12:38PM  12   5 PERCENT OF THE POPULATION SHOULD HAVE HDL'S IN THIS RANGE, I

12:38PM  13   THOUGHT IT WAS VERY UNLIKELY THAT WE WOULD SEE A SPATE OF LOW

12:38PM  14   HDL'S LIKE THIS.

12:38PM  15   Q.   IS THIS AN EXAMPLE OF THE WAYS IN WHICH QC CANNOT PROTECT

12:38PM  16   AGAINST INACCURATE RESULTS GOING OUT?

12:38PM  17   A.   CORRECT.

12:38PM  18   Q.   LET'S GO BACK TO PAGE --

12:39PM  19   A.   I ALSO WANTED TO CLARIFY THAT THE QC MATERIAL IS A

12:39PM  20   DIFFERENT MATERIAL FROM ACTUAL PATIENT SAMPLES.

12:39PM  21   Q.   CAN YOU EXPLAIN THAT?  WHERE DOES QC MATERIAL COME FROM?

12:39PM  22   A.   IT'S MANUFACTURED IN THIS CASE BY BIORAD.  IT HAS

12:39PM  23   PRESERVATIVES, SALTS, PROTEINS, STABILIZERS, DETERGENT,

12:39PM  24   ET CETERA.  IT'S DESIGNED TO PERFORM LIKE SERUM.

12:39PM  25        THERE ARE NO QC MATERIALS FOR CAPILLARY BLOOD AS FAR AS

12:39PM 1    I'M AWARE.

12:39PM 2    Q.   ARE YOU MENTIONING THAT BECAUSE THAT'S ANOTHER REASON WHY

12:39PM 3    A LAB NEEDS TO PAY ATTENTION TO ACTUAL PATIENT RESULTS

12:39PM 4    THEMSELVES?

12:39PM 5    A.   YES, YES.

12:39PM 6    Q.   ON PAGE 3 OF THIS EXHIBIT.  LET'S ZOOM IN ON THE MIDDLE OF

12:40PM 7    THE PAGE, PLEASE, WHERE IT SAYS, "THE DATA LOOKS QUITE CLOSE."

12:40PM 8        AND, DR. ROSENDORFF, DO YOU SEE A MESSAGE THAT YOU SENT IN

12:40PM 9    THIS CHAIN?

12:40PM 10   A.   YES.

12:40PM 11   Q.   AND YOU TALK ABOUT FOR THE FIVE PATIENTS WITH LOW HDL

12:40PM 12   VALUES AND THEN YOU LIST THREE ITEMS?

12:40PM 13   A.   YES.  YES.

12:40PM 14   Q.   AND CAN YOU DESCRIBE WHAT THOSE ITEMS ARE AND WHY YOU

12:40PM 15   THOUGHT AT THE TIME THAT THEY MIGHT HAVE CONTRIBUTED TO THESE

12:40PM 16   PROBLEMS?

12:40PM 17   A.   SURE.  THE TECAN WAS THE LIQUID HANDLER THAT WAS

12:40PM 18   DISPENSING THE SALINE OR THE WATER TO DILUTE THE CAPILLARY

12:41PM 19   BLOOD SAMPLES, IT MAY HAVE BEEN AN ISSUE OF THE TECAN

12:41PM 20   OVERDILUTING, AND, THEREFORE, LOWERING THE HDL CONCENTRATION.

12:41PM 21       I DON'T RECALL WHAT MY THINKING WAS IN TERMS OF

12:41PM 22   PREANALYTIC COLLECTION ISSUE.

12:41PM 23       THE NEXT ISSUE IS REAGENT GETTING OLD AND SPORADICALLY

12:41PM 24   PRODUCING LOW RESULTS.  SO IF THE REAGENT IS BEYOND EXPIRATION

12:41PM 25   OR IS OLD, THEN IT'S NOT GOING TO WORK AS INTENDED.

12:41PM 1    Q.   AND WAS USE OF THE TECAN IN THAT DILUTION METHOD NECESSARY

12:41PM 2    WITH THE FDA APPROVED THIRD PARTY DEVICES?

12:41PM 3    A.   NO.

12:41PM 4    Q.   NUMBER 2 TALKS ABOUT, FOR EXAMPLE, BAD CTN'S.

12:41PM 5         DO YOU SEE THAT?

12:41PM 6    A.   YES.

12:41PM 7    Q.   AND WERE CTN'S USED WITH THE FDA APPROVED THIRD PARTY

12:41PM 8    DEVICES?

12:41PM 9    A.   NO.   IN THE CASE OF THE HCG EMAIL WE WERE REVIEWING

12:42PM 10   EARLIER, AN ATTEMPT WAS MADE TO USE A CTN WITH THE IMMULITE.

12:42PM 11   Q.   AND IS THAT THE BACKUP PLAN THAT WE WERE LOOKING AT

12:42PM 12   BEFORE?

12:42PM 13   A.   CORRECT.

12:42PM 14   Q.   BUT THAT WASN'T PART OF THERANOS'S NORMAL DEFAULT

12:42PM 15   WORKFLOW?

12:42PM 16   A.   CORRECT.

12:42PM 17   Q.   AND NUMBER 3 TALKS ABOUT REAGENT GETTING OLD; IS THAT

12:42PM 18   RIGHT?

12:42PM 19   A.   YES.

12:42PM 20   Q.   AND WHO MANUFACTURED THE REAGENT USED FOR THIS ASSAY?

12:42PM 21   A.   THERANOS.   I'M SORRY, I JUST WANT TO CLARIFY.   IN SOME

12:42PM 22   INSTANCES THERANOS MANUFACTURED THE CHEMISTRY REAGENTS AND

12:42PM 23   SOMETIMES THE SIEMENS REAGENTS WERE USED.

12:42PM 24   Q.   UNDERSTOOD.   THANK YOU.

12:42PM 25   A.   YEAH.

ROSENDORFF DIRECT BY MR. BOSTIC

12:42PM 1      Q.   WHO WAS RESPONSIBLE FOR MONITORING THE AGE OF REAGENTS

12:43PM 2      USED AT THERANOS IN THE CLINICAL LAB?

12:43PM 3      A.   THAT WOULD BE DELEGATED TO THE TECHNICAL SUPERVISOR.

12:43PM 4      Q.   A THERANOS EMPLOYEE?

12:43PM 5      A.   CORRECT.

12:43PM 6      Q.   AND I'LL ASK YOU TO LOOK NOW AT EXHIBIT 1555, PLEASE.

12:43PM 7           DO YOU SEE EXHIBIT 1555 IN FRONT OF YOU?

12:43PM 8      A.   YES.

12:43PM 9      Q.   AND IS THIS ANOTHER EMAIL CHAIN RELATING TO HDL VALUES AT

12:43PM 10     THERANOS?

12:43PM 11     A.   YES.

12:43PM 12     Q.   AND DOES IT INCLUDE YOU, SUNNY BALWANI, AND

12:43PM 13     ELIZABETH HOLMES?

12:43PM 14     A.   YES.

12:43PM 15          MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

12:43PM 16     ADMIT EXHIBIT 1555.  I UNDERSTAND IT'S BEEN STIPULATED TO.

12:43PM 17          MR. WADE:  WE DO, YOUR HONOR.

12:43PM 18          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:44PM 19          (GOVERNMENT'S EXHIBIT 1555 WAS RECEIVED IN EVIDENCE.)

12:44PM 20          MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 4,

12:44PM 21     PLEASE.  LET'S ZOOM IN ON THE CONTENT OF THAT MIDDLE MESSAGE.

12:44PM 22     Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

12:44PM 23     FEBRUARY 20TH, 2014?

12:44PM 24     A.   YES.

12:44PM 25     Q.   AND THE EMAIL WAS SENT TO SUNNY BALWANI, DANIEL YOUNG, AND

12:44PM   1    CC'ING ELIZABETH HOLMES; CORRECT?

12:44PM   2    A.   YES.

12:44PM   3    Q.   AND YOU SAY IN THE EMAIL, "I WOULD LIKE TO DISCONTINUE

12:44PM   4    P-HDL TESTING, AND REVERT TO LIHEP VACUTAINER SAMPLES FOR HDL."

12:44PM   5         DO YOU SEE THAT?

12:44PM   6    A.   YES.

12:44PM   7    Q.   AND CAN YOU TRANSLATE THAT FOR US?  WHAT DOES THAT MEAN?

12:44PM   8    A.   I BELIEVE THERE'S A TYPO OR AN ERROR IN THIS EMAIL.

12:45PM   9         WHAT I MEANT WAS I WOULD LIKE TO DISCONTINUE T-HDL TESTING

12:45PM  10    AND THAT IS THE THERANOS METHOD AND REVERT TO LIHEP VACUTAINER

12:45PM  11    SAMPLES FOR HDL.

12:45PM  12    Q.   AND WHAT DOES THAT MEAN?

12:45PM  13    A.   LITHIUM HEPARIN IS THE ANTICOAGULANT THAT IS PRESENT IN

12:45PM  14    VACUTAINERS THAT ARE USED FOR COLLECTION OF VENOUS SAMPLES FOR

12:45PM  15    HDL MEASUREMENT.

12:45PM  16    Q.   SO WHAT WERE YOU ACTUALLY SUGGESTING HERE, DISCONTINUING

12:45PM  17    THE T-HDL TESTING REGARDING TO LITHIUM HEPARIN VACUTAINER, WHAT

12:45PM  18    EFFECT WOULD THAT HAVE?

12:45PM  19    A.   I'M SORRY, COULD YOU REPEAT.

12:45PM  20    Q.   SURE.  I'M JUST TRYING TO UNDERSTAND WHAT YOU WERE

12:45PM  21    SUGGESTING HERE AND WHY.

12:45PM  22    A.   I WAS SUGGESTING TO CONTINUE THE THERANOS HDL TEST AND TO

12:46PM  23    GO BACK TO THE PREDICATE TESTING.  I DIDN'T FEEL THAT REPORTING

12:46PM  24    THE HDL RESULTS USING THE THERANOS TEST WAS GOOD MEDICAL

12:46PM  25    PRACTICE.

12:46PM  1    Q.   AND WHY AT THAT TIME DID YOU FEEL THAT IT WASN'T GOOD

12:46PM  2    MEDICAL PRACTICE TO CONTINUE REPORTING THERANOS HDL TESTS?

12:46PM  3    A.   BECAUSE OF THE SPATE OF LOW HDL VALUES WERE BEING SEEN AND

12:46PM  4    THERE WAS ALSO A STUDY COMPARING THE PREDICATES OF THE THERANOS

12:46PM  5    TESTS FOR HDL WHICH SHOWED A NEGATIVE BIAS ON THE THERANOS TEST

12:46PM  6    FOR HDL THAT'S IN A PREVIOUS EMAIL.

12:46PM  7    Q.   YOU DECIDED TO SEND THIS EMAIL TO SUNNY BALWANI AND

12:46PM  8    INCLUDE ELIZABETH HOLMES; IS THAT RIGHT?

12:46PM  9    A.   CORRECT.

12:46PM  10   Q.   AND WHY DID YOU DECIDE TO SEND IT TO BOTH OF THEM?

12:46PM  11   A.   AT THIS POINT IN TIME I WASN'T CONFIDENT THAT RAISING

12:46PM  12   THESE CONCERNS TO SUNNY AND DANIEL WAS GOING TO HAVE AN IMPACT,

12:46PM  13   AND I WANTED TO MAKE SURE THAT ELIZABETH WAS AWARE OF THESE

12:47PM  14   PROBLEMS, AND I THOUGHT THAT ELIZABETH HAD MORE POWER WITHIN

12:47PM  15   THE COMPANY TO MAKE CORRECTIONS.

12:47PM  16   Q.   THIS REQUEST, THIS RECOMMENDATION TO DISCONTINUE THERANOS

12:47PM  17   TESTING OF HDL, WAS IT A BIG DEAL?

12:47PM  18   A.   YES.

12:47PM  19   Q.   WHY?

12:47PM  20   A.   HDL IS A PRETTY ROUTINELY MEASURED BREAD AND BUTTER

12:47PM  21   ANALYTE PATIENT TEST, AND MANY PATIENTS WALK INTO WALGREENS

12:47PM  22   WOULD HAVE GOTTEN THEIR CARDIO VASCULAR HEALTH CHECKED WITH A

12:47PM  23   CHOLESTEROL TEST THAT WOULD INCLUDE HDL.

12:47PM  24   Q.   AND SO YOU TESTIFIED THAT IT WAS A COMMON TEST.  WHY WOULD

12:47PM  25   IT MATTER, THOUGH, TO SWITCH IT FROM A THERANOS METHOD TO A

12:47PM   1    PREDICATE NON-THERANOS METHOD?

12:48PM   2    A.   I BELIEVE THAT THE PREDICATE METHOD WAS MORE ACCURATE.

12:48PM   3         IN TERMS OF THE COMPANY, I GOT A LOT OF PUSHBACK WHEN I

12:48PM   4    SUGGESTED REVERTING TO THE PREDICATE METHODS.  THESE

12:48PM   5    SUGGESTIONS WERE MET WITH NEGATIVITY.  THEY DIDN'T GO DOWN WELL

12:48PM   6    WITH MANAGEMENT.

12:48PM   7    Q.   AND LET'S BE CLEAR ABOUT WHO WE ARE TALKING ABOUT.  WHEN

12:48PM   8    YOU SAY, "MANAGEMENT," WHO DO YOU MEAN SPECIFICALLY?

12:48PM   9    A.   SUNNY, ELIZABETH, AND DANIEL, YEAH.

12:48PM   10   Q.   LET'S LOOK AT PAGE 2 OF THIS EXHIBIT, PLEASE.  AND LET'S

12:48PM   11   ZOOM IN ON THE TOP HALF.

12:49PM   12        THERE'S AN EMAIL FROM DANIEL YOUNG TO YOU, MR. BALWANI,

12:49PM   13   AND MS. HOLMES.

12:49PM   14        DO YOU SEE THAT?

12:49PM   15   A.   YES.

12:49PM   16   Q.   AND HE SAYS, PLEASE HAVE THEM PREPARE FOR THE STUDY FOR

12:49PM   17   TOMORROW MORNING.

12:49PM   18        DO YOU RECALL A STUDY TAKING PLACE AROUND THIS TIME

12:49PM   19   RELATING TO HDL?

12:49PM   20   A.   YES.  AS REFERENCED IN THE PREVIOUS EMAIL, I WAS TRYING TO

12:49PM   21   SOLVE THE PROBLEM.  THE FIRST STEP WOULD BE TO CONTINUE PATIENT

12:49PM   22   TESTING.  THE SECOND STEP WOULD BE TO COLLECT MATCHING SAMPLES,

12:49PM   23   FINGERSTICK AND VENOUS, FROM PATIENTS AND TO COMPARE THE

12:49PM   24   RESULTS THAT WE GOT TO VERIFY THAT WOULD ALLOW US TO DETECT ANY

12:49PM   25   SYSTEMATIC DIFFERENCES IN THOSE TWO METHODS AND TO START

12:49PM   1    TROUBLESHOOTING FROM THERE.

12:49PM   2    Q.   MR. BALWANI RESPONDS TO THAT GROUP, INCLUDING MS. HOLMES

12:49PM   3    AND YOU, SAYING, "WE MUST RESOLVE THIS ASAP.  DANIEL PUT

12:49PM   4    EVERYONE NEEDED ON THIS PROJECT INCLUDING SAM, EZER, NISHIT,

12:50PM   5    AND TINA.  WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL."

12:50PM   6         I WANT TO ASK YOU, HE WRITES "WE CANNOT REVERT BACK TO

12:50PM   7    VENIPUNCTURE FOR HDL."

12:50PM   8         DID YOU HAVE CONVERSATIONS WITH MR. BALWANI AROUND THIS

12:50PM   9    TIME ABOUT THIS ISSUE OF REVERTING BACK TO THE PREDICATE

12:50PM  10    METHOD?

12:50PM  11    A.   I DON'T RECALL THE SPECIFIC CONVERSATION ABOUT REVERTING

12:50PM  12    BACK FOR HDL.  IN GENERAL THERE WERE MANY CONVERSATIONS WITH

12:50PM  13    HIM ABOUT REVERTING BACK TO VENIPUNCTURE THAT WERE MET WITH

12:50PM  14    HOSTILITY.

12:50PM  15    Q.   DO YOU EVER RECALL A SITUATION WHERE MR. BALWANI WAS

12:50PM  16    ENTHUSIASTIC OR FAVORABLE ABOUT THE IDEA OF TAKING A TEST OFF

12:50PM  17    OF A THERANOS EQUIPMENT AND PUTTING IT BACK ON THE PREDICATE

12:50PM  18    DEVICE?

12:50PM  19    A.   NO.

12:50PM  20    Q.   HOW ABOUT MS. HOLMES?  DO YOU EVER RECALL A SITUATION

12:50PM  21    WHERE SHE WAS HAPPY ABOUT THE IDEA OF TAKING AN ASSAY OFF OF A

12:50PM  22    THERANOS ANALYZER AND PUTTING IT BACK ON AN FDA APPROVED

12:51PM  23    DEVICE?

12:51PM  24    A.   NO, SHE WAS NOT HAPPY ABOUT THAT IDEA.

12:51PM  25    Q.   LET'S LOOK NEXT AT EXHIBIT 4116.

12:51PM  1      YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 4116.  I

12:51PM  2   UNDERSTAND THE DEFENSE HAS STIPULATED.

12:51PM  3           MR. WADE:  WE HAVE, YOUR HONOR.

12:51PM  4           THE COURT:  IT'S ADMITTED WITHOUT OBJECTION.

12:51PM  5      BEFORE YOU BEGIN EXAMINATION ON THIS, LADIES AND

12:51PM  6   GENTLEMEN, WHY DON'T YOU STAND UP AND STRETCH FOR JUST A

12:51PM  7   MOMENT.

12:51PM  8      PARDON ME, MR. BOSTIC.  PARDON ME, DR. ROSENDORFF.  YOU

12:51PM  9   MAY STRETCH, TOO.

12:51PM  10     (GOVERNMENT'S EXHIBIT 4116 WAS RECEIVED IN EVIDENCE.)

12:51PM  11          MR. BOSTIC:  NO PROBLEM.  THANK YOU, YOUR HONOR.

12:51PM  12     (STRETCHING.)

12:51PM  13          THE COURT:  AND EVERYONE ELSE, TOO.

12:52PM  14     THANK YOU VERY MUCH, LADIES AND GENTLEMEN.

12:52PM  15     MR. BOSTIC.

12:52PM  16          MR. BOSTIC:  THANK YOU, YOUR HONOR.

12:52PM  17   Q.  DR. ROSENDORFF, DO YOU SEE AN EMAIL ON THE SCREEN WITH A

12:52PM  18   SUBJECT LINE CO2 OR BICARBONATE ISSUE?

12:52PM  19   A.  YES.

12:52PM  20   Q.  AND WHAT IS CO2 OR BICARBONATE IN THE CONTEXT OF

12:52PM  21   LABORATORY TESTING?

12:52PM  22   A.  CO2 IS A GAS THAT IS ELIMINATED BY THE LUNGS.  IF YOU

12:53PM  23   RETAIN CO2, IT COULD INDICATE A LUNG PROBLEM.

12:53PM  24   Q.  LET'S LOOK AT PAGE 2 OF THIS EXHIBIT -- ACTUALLY LET'S GO

12:53PM  25   BACK TO PAGE 1.  LET'S ZOOM IN ON THE TOP HALF OF THE PAGE OR

12:53PM  1    ACTUALLY THE MIDDLE OF THE PAGE CAPTURING THE WHOLE EMAIL

12:53PM  2    MESSAGE.

12:53PM  3         ARE YOU LOOKING, DR. ROSENDORFF, AT AN EMAIL THAT YOU SENT

12:53PM  4    ON MARCH 31ST, 2014?

12:53PM  5    A.   YES, SIR.

12:53PM  6    Q.   AND YOU SENT IT TO MR. BALWANI AND MARK PANDORI; IS THAT

12:53PM  7    CORRECT?

12:53PM  8    A.   YES.

12:53PM  9    Q.   AND THIS EMAIL, LIKE SOME OTHERS THAT WE HAVE SEEN, IS

12:53PM  10   MARKED IMPORTANCE HIGH; IS THAT RIGHT?

12:53PM  11   A.   YES.

12:53PM  12   Q.   YOU WRITE, "HI SUNNY.  AT LEAST TWO-THIRDS OF OUR PATIENTS

12:53PM  13   ARE READING BELOW THE NORMAL RANGE FOR BICARBONATE."  YOU

12:54PM  14   PROVIDE THE RANGE.

12:54PM  15        YOU DO NOT EXPECT -- OR YOU SAY, "I DO NOT EXPECT

12:54PM  16   OUTPATIENTS TO HAVE ABNORMAL BICARB VALUES.  CURTIS'S STUDY

12:54PM  17   WITH SIX DAYS OF DATA, (24 DATA POINTS) ALSO SHOWS THAT BICARB

12:54PM  18   IS READING 30 PERCENT LOWER THAN MATCHED VENOUS EVEN AFTER

12:54PM  19   CORRECTION OF THE VALUE FOR BIAS."

12:54PM  20        CAN YOU EXPLAIN WHAT THE ISSUE WAS HERE AND WHY YOU WERE

12:54PM  21   BRINGING IT TO MR. BALWANI'S ATTENTION?

12:54PM  22   A.   OBJECTIVELY TWO-THIRDS OF THE PATIENT'S RESULTS WERE

12:54PM  23   COMING BACK BELOW THE NORMAL RANGE FOR BICARBONATES, AND THAT

12:54PM  24   WAS JUST A FACT.

12:54PM  25        CLINICALLY, I DID NOT EXPECT HEALTHY PATIENTS TO HAVE LOW

12:54PM 1    BICARBONATE VALUES.  I'M REFERENCING CURTIS, SCHNEIDER I

12:55PM 2    BELIEVE HIS LAST NAME WAS, A RESEARCH AND DEVELOPMENT SCIENTIST

12:55PM 3    WHO HAD DONE A STUDY OF MATCHING VENOUS AND FINGERSTICK SAMPLES

12:55PM 4    AND HE FOUND BASED ON 24 DATA POINTS THAT THE BICARBONATE WAS

12:55PM 5    READING 20 PERCENT LOWER IN THE FINGERSTICK VERSUS THE MATCHED

12:55PM 6    VENOUS.

12:55PM 7    Q.   NOW, WHAT DOES THAT MEAN THE BICARB WAS READING 30 PERCENT

12:55PM 8    LOWER IN FINGERSTICK THAN MATCHED VENOUS?  CAN YOU EXPLAIN?

12:55PM 9    A.   SURE.  SO THESE WOULD BE FOLKS, AND I BELIEVE THEY WERE

12:55PM 10   THERANOS EMPLOYEES, WHERE THE EMPLOYEES WOULD BE PAID MONEY TO

12:55PM 11   GET THEIR BLOOD DRAWN FROM THEIR ARM, A VENOUS DRAW, AND THEN

12:55PM 12   THEY WOULD ALSO GET THEIR FINGERS PRICKED.  THE BLOOD FROM THE

12:55PM 13   ARM, THE VENOUS BLOOD, WOULD GO TO THE PREDICATE INSTRUMENT.

12:55PM 14   SO THE BICARB WOULD BE MEASURED ON THAT.

12:55PM 15        AND THEN THE FINGERSTICK WOULD GO TO THE -- WOULD ALSO GO

12:55PM 16   TO THE PREDICATE INSTRUMENT, BUT IT WOULD BE RUN ON THE

12:56PM 17   THERANOS LAB DEVELOPED TESTS AND THEN THOSE WOULD BE COMPARED

12:56PM 18   TO EACH OTHER.

12:56PM 19   Q.   AND THIS SEEMS TO BE DISCUSSING THE DISCREPANCY BETWEEN

12:56PM 20   THOSE TWO TYPES OF RESULTS; IS THAT RIGHT?

12:56PM 21   A.   CORRECT, CORRECT.

12:56PM 22   Q.   AND WAS THAT VIEWED AS A PROBLEM AT THERANOS?

12:56PM 23   A.   IT WAS VIEWED AS A PROBLEM.  ROSE EDMONDS AND OTHER R&D

12:56PM 24   SCIENTISTS THOUGHT IT WAS A BIG PROBLEM.  I THOUGHT IT WAS A

12:56PM 25   PROBLEM.  I DON'T RECALL WHAT THE OPINION OF MANAGEMENT WAS,

12:56PM 1    BUT I'LL JUST STOP THERE.  OKAY.

12:56PM 2    Q.   WHY IS THIS A CAUSE FOR CONCERN IF THERE'S A MISMATCH

12:56PM 3    BETWEEN A FINGERSTICK SAMPLE AND A VEIN SAMPLE, WHY IS THAT A

12:56PM 4    PROBLEM?

12:56PM 5    A.   WELL, SAY, FOR INSTANCE, YOU HAD A PATIENT WITH A HIGH

12:57PM 6    BICARBONATE VALUE AND THEN WE MEASURE THEIR BICARBONATE BY

12:57PM 7    FINGERSTICK AND WE SHOW THAT IT IS IN THE NORMAL RANGE, WE

12:57PM 8    WOULDN'T KNOW IF IT WAS TRULY NORMAL OR IF THERE WAS A PROBLEM

12:57PM 9    WITH THE ASSAY.

12:57PM 10       MY LEADING THEORY WAS THAT THE GAS WOULD ESCAPE FROM THE

12:57PM 11   CTN'S AND THEN RESULTING IN LOWER BICARBONATE MEASUREMENTS.

12:57PM 12   Q.   SO DID THESE ISSUES HAVE YOU CAUSE YOU TO HAVE CONCERNS

12:57PM 13   ABOUT THE ACCURACY OF THE OVERALL THERANOS BICARBONATE TESTS?

12:57PM 14   A.   YES.  I BELIEVE EARLY ON WE STOPPED REPORTING BICARBONATE

12:57PM 15   VALUES IN THE PATIENT REPORTS.

12:57PM 16   Q.   YOU MENTIONED THAT YOU THOUGHT A POSSIBLE CAUSE MIGHT BE

12:57PM 17   GAS ESCAPING FROM THE CTN'S?

12:57PM 18   A.   CORRECT.

12:57PM 19   Q.   AND WERE CTN'S USED FOR FDA APPROVED TESTING ON THE

12:58PM 20   PREDICATE DEVICES?

12:58PM 21   A.   NO.

12:58PM 22   Q.   SO, IN OTHER WORDS, IS THIS A DISADVANTAGE OF THERANOS'S

12:58PM 23   APPROACH?

12:58PM 24   A.   YES.

12:58PM 25   Q.   ON PAGE 1, IF WE CAN ZOOM OUT AND ZOOM BACK IN ON THE VERY

12:58PM   1    TOP OF THE PAGE.

12:58PM   2         THERE'S AN EMAIL FROM SUNNY BALWANI TO DANIEL YOUNG,

12:58PM   3    PAUL PATEL, AND SAMARTHA ANEKAL.

12:58PM   4         DO YOU SEE THAT?

12:58PM   5    A.   YES.

12:58PM   6    Q.   AND HE CC'S ELIZABETH HOLMES; IS THAT RIGHT?

12:58PM   7    A.   YES.

12:58PM   8    Q.   AND FORWARDS THE INFORMATION BELOW; IS THAT CORRECT?

12:58PM   9    A.   YES.

12:58PM  10    Q.   LET'S LOOK NEXT AT EXHIBIT 4189.

12:59PM  11         YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4189 INTO

12:59PM  12    EVIDENCE.  I BELIEVE THERE'S A STIPULATION.

12:59PM  13              MR. WADE:  THERE IS, YOUR HONOR.

12:59PM  14              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

12:59PM  15    PUBLISHED.

12:59PM  16         (GOVERNMENT'S EXHIBIT 4189 WAS RECEIVED IN EVIDENCE.)

12:59PM  17              THE WITNESS:  I DON'T APPEAR TO HAVE THAT.  I'LL

12:59PM  18    JUST LOOK AT IT ON THE SCREEN IF THAT'S ACCEPTABLE.

12:59PM  19              MR. BOSTIC:  THAT'S FINE.  THANK YOU.  APOLOGIES FOR

12:59PM  20    THAT.

12:59PM  21    Q.   THIS ONE IS EASY TO SEE ON THE SCREEN BECAUSE IT'S ONLY

12:59PM  22    ONE PAGE.  LET'S START WITH YOUR EMAIL AT THE TOP.  IF WE CAN

12:59PM  23    ZOOM IN ON THE EMAIL AT THE TOP PORTION OF THE PAGE.

12:59PM  24         THANK YOU, MS. HOLLIMAN.

12:59PM  25         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM YOU TO

12:59PM  1    SUNNY BALWANI ON AUGUST 27TH, 2014?

12:59PM  2    A.   YES.

12:59PM  3    Q.   AND IS THIS MORE DISCUSSION ABOUT CO2 OR BICARBONATE

12:59PM  4    RESULTS?

12:59PM  5    A.   YES.

12:59PM  6    Q.   AND YOUR EMAIL TO MR. BALWANI SAYS, "SUNNY, I AM THINKING

01:00PM  7    THAT SINCE WE VOID ALL ABNORMAL BICARBONATE RESULTS, THE TEST

01:00PM  8    HAS LOST ALL DIAGNOSTIC VALUE AND PROBABLY ALSO RELIABILITY

01:00PM  9    WHEN RESULTS ARE REPORTED IN THE NORMAL RANGE."

01:00PM 10         DO YOU SEE THAT?

01:00PM 11    A.   YES.

01:00PM 12    Q.   AND CAN YOU EXPLAIN WHAT THAT MEANS AND WHY YOU FELT THE

01:00PM 13    NEED TO TELL SUNNY THIS?

01:00PM 14    A.   I BELIEVED IT WAS VERY LIKELY THAT CO2 WAS ESCAPING FROM

01:00PM 15    THE CTN'S.  AFTER COLLECTION AND TRANSPORTATION TO THE LAB, THE

01:00PM 16    BICARBONATE THAT WE WERE MEASURING WAS MUCH, MUCH LOWER THAN

01:00PM 17    THE PATIENT'S TRUE BICARBONATE LEVEL; THAT THE BICARBONATE TEST

01:00PM 18    LOSS ITS DIAGNOSTIC VALUE BECAUSE IT WASN'T REFLECTING THE TRUE

01:00PM 19    BICARBONATE LEVEL IN THE PATIENT.

01:00PM 20         AND THEN I POSE A SCENARIO WHERE A PATIENT HAS A TRULY

01:00PM 21    HIGH BICARBONATE BUT BECAUSE THE CO2 IS ESCAPING FROM THE CTN,

01:01PM 22    THE BICARBONATE THEN COMES DOWN INTO THE NORMAL RANGE, AND,

01:01PM 23    THEREFORE, WE WERE REPORTING A FALSELY NORMAL BICARBONATE VALUE

01:01PM 24    WHEN, IN FACT, THE RESULT SHOULD BE HIGH.

01:01PM 25    Q.   AND WHY WOULD THAT BE A PROBLEM FOR A PATIENT TO GET A

01:01PM  1    FALSELY NORMAL BICARBONATE RESULT?

01:01PM  2    A.   A PATIENT MIGHT HAVE SOME KIND OF OBSTRUCTIVE LUNG DISEASE

01:01PM  3    THAT WOULD BE CAUSING THEM TO TRAP C02, IT WOULD EXPECT THEM TO

01:01PM  4    HAVE A HIGH BICARBONATE VALUE, AND THIS WOULD BE MISLEADING TO

01:01PM  5    THE CLINICIAN REGARDING THOSE KINDS OF MEDICAL PROBLEMS.

01:01PM  6    Q.   LET'S -- FIRST OF ALL, LET ME SEE IF YOU NOTE THAT AT THE

01:01PM  7    TOP OF THIS PAGE MR. BALWANI FORWARDS YOUR MESSAGE TO

01:01PM  8    ELIZABETH HOLMES ON AUGUST 27TH, 2014; IS THAT RIGHT?

01:02PM  9    A.   YES.

01:02PM  10   Q.   LET'S ZOOM OUT AND LOOK AT THE MESSAGE BELOW THIS ONE.

01:02PM  11        THIS IS AN EMAIL FROM MAX FOSQUE TO THE CLS EMAIL GROUP;

01:02PM  12   IS THAT CORRECT?

01:02PM  13   A.   CORRECT.  AND I'M CC'D AS WELL AS CHRISTIAN.

01:02PM  14   Q.   THANK YOU.  AND THE SUBJECT LINE IS VOIDED C02 RESULTS.

01:02PM  15   THIS WAS THE ORIGINAL EMAIL IN THAT CHAIN; IS THAT RIGHT?

01:02PM  16   A.   YES.

01:02PM  17   Q.   AND THE EMAIL READS, "ALL, PER ELIZABETH'S REQUEST, IN THE

01:02PM  18   SHORT TERM, PLEASE DO NOT PUT ANY COMMENT/NOTE ON THE RESULT

01:02PM  19   REPORT IF C02 VALUES ARE VOIDED.  IF DOCTORS CALL TO INQUIRE,

01:02PM  20   WE HAVE PROVIDED THE FOLLOWING MESSAGING TO THE CUSTOMER

01:02PM  21   SERVICE TEAM:

01:02PM  22        "'C02 RESULTS WERE NOT REPORTED DUE TO TEMPORARY

01:03PM  23   UNAVAILABILITY OF THIS TEST FOR THIS SAMPLE.  WE ARE GROWING AS

01:03PM  24   FAST AS WE CAN AND ARE WORKING TO ENSURE THIS DOES NOT HAPPEN

01:03PM  25   GOING FORWARD.  WE APOLOGIZE FOR THE TEMPORARY INCONVENIENCE.'"

01:03PM   1          DO YOU SEE THAT?

01:03PM   2   A.   YES.

01:03PM   3   Q.   DID YOU HAVE THOUGHTS AT THE TIME WHETHER THAT MESSAGE

01:03PM   4   ACCURATELY DESCRIBED WHAT WAS HAPPENING WITH THE BICARBONATE

01:03PM   5   TEST AT THERANOS?

01:03PM   6   A.   I DID NOT SEE ANY EFFORTS WITHIN THE COMPANY TO RECTIFY

01:03PM   7   THIS PROBLEM, THEREFORE, I DID NOT THINK THAT IT WAS A

01:03PM   8   TEMPORARY PROBLEM.  I FIRMLY BELIEVED IT WOULD BE A PERMANENT

01:03PM   9   PROBLEM, AND I DON'T THINK THIS MESSAGING IS TRANSPARENT.

01:03PM  10   Q.   WERE YOU SATISFIED WITH THE SOLUTION OF SIMPLY AVOIDING

01:03PM  11   BICARBONATE TEST RESULTS IN RESPONSE TO THIS PROBLEM?

01:03PM  12   A.   I FELT AT THE TIME A BETTER SOLUTION WOULD BE NOT TO OFFER

01:03PM  13   THE TEST, DON'T HAVE IT ON THE ORDER FORM AS AN AVAILABLE TEST

01:04PM  14   IF WE KNOW WE CAN'T PERFORM IT.

01:04PM  15   Q.   AND WHY IS THAT?  WHAT IS THE DIFFERENCE BETWEEN NOT

01:04PM  16   OFFERING THE TEST IN THE FIRST PLACE OR JUST VOIDING THE

01:04PM  17   RESULTS IF YOU'RE NOT CONFIDENT IN THEM?

01:04PM  18   A.   BECAUSE A DOCTOR HAS MADE A DECISION THAT HE OR SHE WANTS

01:04PM  19   TO SEE THE BICARBONATE VALUE FOR A PATIENT FOR THEIR CLINICAL

01:04PM  20   CARE.  HIS OR HER EXPECTATION IS THAT THIS RESULT WILL BE

01:04PM  21   RETURNED TO THEM IN A TIMELY MANNER AND WILL BE ACCURATE.

01:04PM  22          THE COMPANY KNOWS THAT THEY'RE UNABLE TO DO BICARBONATE

01:04PM  23   TESTING, YET THEY'RE MESSAGING IS THAT IT'S TEMPORARILY

01:04PM  24   UNAVAILABLE.

01:04PM  25   Q.   LET'S LOOK AT EXHIBIT 2009, PLEASE, AND WE'LL LOOK AT A

01:04PM  1    DIFFERENT ASSAY.  LET ME KNOW WHEN YOU GET TO EXHIBIT 2009 IN

01:05PM  2    YOUR BINDER.

01:05PM  3    A.   GOT IT.

01:05PM  4    Q.   AND I'LL DIRECT YOU TO -- WELL, LOOKING AT THIS EMAIL

01:05PM  5    CHAIN.  IS THIS AN EMAIL CHAIN BETWEEN YOU AND OTHER EMPLOYEES

01:05PM  6    AT THERANOS INCLUDING SUNNY BALWANI?

01:05PM  7    A.   YES.  IT'S -- THE FIRST EMAIL IS FROM MYSELF TO SUNNY AND

01:05PM  8    TO MAX FOSQUE.

01:05PM  9    Q.   AND DOES EMAIL RELATE TO LAB TEST RESULTS GENERATED IN

01:05PM  10   THERANOS?

01:05PM  11   A.   YES.

01:05PM  12        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES INTO

01:05PM  13   EVIDENCE GOVERNMENT'S EXHIBIT 2009.

01:05PM  14        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:05PM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:05PM  16   (GOVERNMENT'S EXHIBIT 2009 WAS RECEIVED IN EVIDENCE.)

01:06PM  17        MR. BOSTIC:  ACTUALLY, MS. HOLLIMAN, LET'S TAKE THIS

01:06PM  18   DOWN AND REDACT THE PATIENT NAME AND DATE OF BIRTH.

01:06PM  19   Q.   IN THE MEANTIME, DR. ROSENDORFF, LET ME ASK YOU WHAT IS

01:06PM  20   TESTOSTERONE AND HOW IS THAT ASSAY USED?

01:06PM  21   A.   TESTOSTERONE IS A HORMONE THAT IS PRESENT IN MALES AND TO

01:06PM  22   A MUCH LESSER EXTENT IN FEMALES AND IT IS THOUGHT TO BE

01:06PM  23   IMPORTANT FOR LEVELS IN MALES, SEXUAL DRIVE, AND JUST -- IT'S

01:06PM  24   ALSO IMPORTANT FOR BUILDING MUSCLE.

01:06PM  25   Q.   AND DID THERANOS OFFER ANY TESTOSTERONE TESTS?

01:06PM 1    A.   YES.

01:06PM 2    Q.   AND WHAT DEVICE WAS USED TO RUN THE THERANOS TEST AT --

01:07PM 3    EXCUSE ME.   WHAT DEVICE WAS USED TO RUN THE TESTOSTERONE TEST

01:07PM 4    AT THERANOS?

01:07PM 5    A.   AT THIS POINT IN TIME IT WAS THE EDISON.

01:07PM 6    Q.   THANK YOU, MS. HOLLIMAN.

01:07PM 7         LET'S GO TO PAGE 2 OF THIS EXHIBIT.

01:07PM 8              MR. WADE:  COUNSEL, WE SHOULD PROBABLY TAKE THIS

01:07PM 9    PAGE DOWN FOR THE SAME REASON.

01:07PM 10             MR. BOSTIC:  THERE'S MORE REDACTION TO BE DONE.

01:07PM 11        WE CAN MOVE ON FROM THIS ONE MORE NOW.

01:07PM 12   Q.   LET'S LOOK AT EXHIBIT 5397, PLEASE, DR. ROSENDORFF.

01:07PM 13        DO YOU HAVE 5397 IN FRONT OF YOU?

01:08PM 14   A.   I DO.

01:08PM 15   Q.   AND IS EXHIBIT 5397 ANOTHER EMAIL CHAIN BETWEEN YOU AND

01:08PM 16   OTHER INDIVIDUALS AT THERANOS?

01:08PM 17   A.   YES.

01:08PM 18   Q.   AND DOES THIS EMAIL RELATE TO LABORATORY RESULTS GENERATED

01:08PM 19   BY THERANOS?

01:08PM 20   A.   YES.

01:08PM 21             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:08PM 22   ADMIT EXHIBIT 5397.

01:08PM 23             MR. WADE:  NO OBJECTION, YOUR HONOR.

01:08PM 24             THE COURT:  ARE THERE REDACTIONS NEEDED ON THIS ONE

01:08PM 25   AS WELL?

01:08PM   1              MR. BOSTIC:  I BELIEVE THIS ONE THE REDACTIONS ARE

01:08PM   2      COMPLETE, YOUR HONOR.

01:08PM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:08PM   4              MR. BOSTIC:  THANK YOU.

01:08PM   5          (GOVERNMENT'S EXHIBIT 5397 WAS RECEIVED IN EVIDENCE.)

01:08PM   6      BY MR. BOSTIC:

01:08PM   7      Q.   DR. ROSENDORFF, I'LL DIRECT YOUR ATTENTION TO THE BOTTOM

01:08PM   8      HALF OF THIS PAGE.

01:09PM   9          LET'S ZOOM IN IF WE CAN.

01:09PM  10          DO YOU SEE THAT THIS EMAIL CHAIN BEGINS WITH SOMEONE NAMED

01:09PM  11      STEVE MORIN TO YOU ON NOVEMBER 4TH, 2014?

01:09PM  12      A.   YES.

01:09PM  13      Q.   AND THE SUBJECT LINE IS REDRAW REQUEST?

01:09PM  14      A.   YES.

01:09PM  15      Q.   AND WHO WAS STEVE MORIN AT THERANOS?  DO YOU REMEMBER?

01:09PM  16      A.   I REMEMBER THAT HE HAD HIS CLINICAL LABORATORY SCIENTIST

01:09PM  17      QUALIFICATION.  I DON'T REMEMBER IF HE WAS A CLS OR A

01:09PM  18      SUPERVISOR.

01:09PM  19      Q.   AND THE TEXT OF THE EMAIL SAYS, "FOR PATIENT," AND THEN

01:09PM  20      THE PATIENT NAME IS REMOVED, "FOR VITAMIN D ON CTN, SAMPLE

01:09PM  21      INTEGRITY, LIPEMIC, RESULTS NOT CONSISTENT."

01:09PM  22          DO YOU SEE THAT?

01:09PM  23      A.   YES.

01:09PM  24      Q.   AND CAN YOU EXPLAIN WHAT THAT IS CONVEYING?

01:09PM  25      A.   I DON'T KNOW WHAT HE MEANS BY SAMPLE INTEGRITY, LIPEMIC.

01:10PM   1    I DO KNOW WHAT HE MEANS BY RESULTS NOT CONSISTENT.

01:10PM   2    Q.   CAN YOU EXPLAIN THAT FOR US?

01:10PM   3    A.   HE'S SAYING THERE WAS ONE RUN WHERE THE VITAMIN D RESULT

01:10PM   4    WAS 132 AND THEN THE EXTRA RUN IT WAS GREATER THAN 200.

01:10PM   5    Q.   AND HOW IS THE VITAMIN D TEST USED IN THE MEDICAL SETTING?

01:10PM   6    A.   IT'S USED TO ASSESS NUTRITIONAL STATUS AND VITAMIN D IS

01:10PM   7    ALSO IMPORTANT FOR BONE HEALTH.

01:10PM   8    Q.   WHEN MR. MORIN IS REFERENCING A FIRST RUN OF THE VALUE OF

01:10PM   9    132 AND A NEXT RUN OORH.

01:10PM   10        WHAT DOES OORH STAND FOR?

01:10PM   11   A.   OUT OF RANGE HIGH.

01:10PM   12   Q.   AND WOULD THAT SIGNIFY A VALUE GREATER THAN 200?

01:11PM   13   A.   CORRECT.

01:11PM   14   Q.   AND WHEN HE SAYS FIRST RUN AND NEXT RUN, WHAT IS THAT

01:11PM   15   REFERRING TO?

01:11PM   16   A.   TWO CONSECUTIVE RUNS ON THE SAME SAMPLE.

01:11PM   17   Q.   AND THAT WAS MY QUESTION, THESE ARE TWO RUNS FROM THE SAME

01:11PM   18   BLOOD SAMPLE FROM THE SAME PATIENT?

01:11PM   19   A.   I BELIEVE SO.

01:11PM   20   Q.   AND DOES THAT MEAN THAT YOU EXPECT THEM TO HAVE THE SAME

01:11PM   21   OR VERY SIMILAR VALUES?

01:11PM   22   A.   CORRECT.   CORRECT.

01:11PM   23   Q.   AND YOUR RESPONSE TO MR. MORIN ABOVE SAYS, "STEVE, WOULD

01:11PM   24   THE FACT THAT THE SAMPLE IS LIPEMIC ACCOUNT FOR THE DISCREPANT

01:11PM   25   RESULTS?  I THINK IT WOULD MERELY INTRODUCE A CONSISTENT BIAS.

01:11PM  1    THIS MAKES ME WORRY ABOUT THE REPRODUCIBILITY OF THE ASSAY."

01:11PM  2        DO YOU SEE THAT?

01:11PM  3    A.   YES.

01:11PM  4    Q.   AND DID IT GIVE YOU CONCERNS ABOUT THE REPRODUCTION OF THE

01:11PM  5    SIEMENS ADVIA?

01:11PM  6    A.   YES.

01:11PM  7    Q.   AND DOES REPRODUCIBILITY HAVE ANYTHING TO DO WITH ACCURACY

01:12PM  8    OR RELIABILITY?

01:12PM  9    A.   YES.  IT HAS TO DO WITH THE RELIABILITY OF THE TEST.

01:12PM 10    Q.   HOW SO?

01:12PM 11    A.   WELL, FOR INSTANCE, THERE ARE OCCASIONS WHERE YOU NEED TO

01:12PM 12    RERUN A TEST FOR WHATEVER REASON AND YOU WANT TO MAKE SURE THAT

01:12PM 13    THE ORIGINAL VALUE AND THE REPEAT VALUE ARE CLOSE TOGETHER.

01:12PM 14        IF, IF THE RESULT ON THE REPEAT TESTING IS ALL OVER THE

01:12PM 15    PLACE, THAT JUST BRINGS INTO QUESTION THE ERROR WITHIN THE

01:12PM 16    TEST, THE TEST IS ERROR PRONE.

01:12PM 17    Q.   AND IF YOU RUN THE SAME SAMPLE TWICE AND YOU GET VERY

01:12PM 18    DIFFERENT RESULTS, CAN THEY BOTH BE CORRECT?

01:12PM 19    A.   NO.

01:12PM 20    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THE PAGE,

01:12PM 21    PLEASE.

01:13PM 22        MR. MORIN RESPONDS TO YOU AND SAYS, "I AGREE, DIDN'T TRUST

01:13PM 23    THE RESULTS, DECIDED IT WAS BEST TO BE CONSERVATIVE AND ASK FOR

01:13PM 24    A REDRAW."

01:13PM 25        WHAT WOULD IT MEAN AT THERANOS WHEN SOMEONE WOULD GET A

01:13PM  1    REDRAW?

01:13PM  2    A.   EITHER THEMSELVES OR THE ORDERING PHYSICIAN WOULD BE

01:13PM  3    NOTIFIED.  I BELIEVE THERE WAS AN APP AND THEY WOULD BE

01:13PM  4    NOTIFIED TO GO BACK TO THE PHARMACY AND HAVE THEIR FINGERS

01:13PM  5    PRICKED AGAIN.

01:13PM  6    Q.   SO, IN OTHER WORDS, THIS WOULD BE STARTING THE WHOLE TEST

01:13PM  7    PROCESS FROM THE BEGINNING; IS THAT CORRECT?

01:13PM  8    A.   CORRECT.  CORRECT.

01:13PM  9    Q.   AT THE TOP OF THIS PAGE THERE'S AN EMAIL MESSAGE OR A

01:13PM  10   FORWARD FROM ADAM ROSENDORFF TO A GMAIL ADDRESS.

01:13PM  11        DO YOU SEE THAT?

01:13PM  12   A.   YES.

01:13PM  13   Q.   CAN YOU EXPLAIN WHAT WE WERE LOOKING AT THERE?

01:13PM  14   A.   AT A CERTAIN POINT IN 2014 I STARTED TO FORWARD MYSELF

01:13PM  15   EMAILS WITH ISSUES OF CONCERN.  I FORWARDED THEM TO MY GMAIL

01:14PM  16   ACCOUNT.  I WASN'T CONFIDENT THAT THERANOS WOULD PRESERVE THESE

01:14PM  17   EMAILS IN THE EVENT OF A CMS OR GOVERNMENT INVESTIGATION.  I

01:14PM  18   WANTED TO PROTECT MYSELF.

01:14PM  19        I ALSO WAS AT THE TIME CONSIDERING A QUI TAM FALSE CLAIMS

01:14PM  20   LAWSUIT BEING THE -- TO BE THE RELATOR ON SUCH A LAWSUIT.  I

01:14PM  21   BASICALLY -- I ALSO WANTED TO GET THE WORD OUT OF WHAT WAS

01:14PM  22   GOING ON AT THERANOS.

01:14PM  23   Q.   WHEN YOU JOINED THE COMPANY, DID YOU ENTER INTO AN

01:14PM  24   EMPLOYMENT CONTRACT OR OTHER -- DR. ROSENDORFF, IF YOU COULD

01:14PM  25   LET ME -- BE SURE TO LET ME FINISH THE QUESTION FOR THE COURT

01:14PM  1    REPORTER'S SAKE.  THANK YOU.

01:14PM  2         MY QUESTION WAS WHEN YOU JOINED THE COMPANY, DID YOU SIGN

01:15PM  3    LEGAL DOCUMENTS LIKE AN EMPLOYMENT CONTRACT?

01:15PM  4    A.   CALIFORNIA -- YES, I SIGNED A NONDISCLOSURE AGREEMENT.

01:15PM  5    Q.   AND BY FORWARDING DOCUMENTS LIKE THIS TO YOUR PERSONAL

01:15PM  6    EMAIL ACCOUNT, DID YOU BELIEVE OR UNDERSTAND THAT YOU WERE

01:15PM  7    TAKING A RISK BY BREAKING THAT RULE?

01:15PM  8    A.   YES.

01:15PM  9    Q.   WHY DID YOU DECIDE TO DO IT ANYHOW?

01:15PM  10   A.   I FELT STRONGLY THAT THE PUBLIC BENEFITS OF THIS

01:15PM  11   INFORMATION GETTING OUT WAS OF IMPORTANCE TO ME.  I ALSO FELT

01:15PM  12   FOR SELF-PROTECTION IN THE EVENT OF AN INVESTIGATION THAT SUCH

01:15PM  13   A BENEFIT WOULD OUTWEIGH THE RISK OF BEING SUED BY THE COMPANY.

01:15PM  14   Q.   I NEED TO ASK THEN, AROUND THIS TIME IN NOVEMBER OF 2014,

01:15PM  15   WERE YOU GIVING THOUGHT TO LEAVING THE COMPANY OR WHETHER YOU

01:16PM  16   WOULD SAY AT THE COMPANY AT ALL?

01:16PM  17   A.   YES.

01:16PM  18   Q.   WHEN DID THOSE THOUGHTS BEGIN, IF YOU RECALL?

01:16PM  19   A.   I WAS VERY ENTHUSIASTIC WORKING FOR THERANOS AT THE

01:16PM  20   BEGINNING.

01:16PM  21        OVER TIME I CAME TO REALIZE THAT THE COMPANY REALLY VALUED

01:16PM  22   PR AND FUNDRAISING ABOVE PATIENT CARE.  I GOT VERY

01:16PM  23   DISILLUSIONED, AND I STARTED LOOKING FOR OTHER JOBS AROUND THE

01:16PM  24   MIDDLE OF 2013.  IT DID NOT IMPACT MY COMMITMENT TO PROVIDING

01:16PM  25   THE HIGHEST QUALITY OF PATIENT CARE THAT I COULD AS LAB

01:16PM   1    DIRECTOR.  I WAS STILL VERY MUCH ENGAGED.

01:16PM   2    Q.   I JUST WANT TO MAKE SURE WE'RE CLEAR FOR THE RECORD.

01:16PM   3    A.   YEAH.

01:16PM   4    Q.   DID YOU SAY YOU BEGAN LOOKING FOR EMPLOYMENT --

01:16PM   5    A.   GO AHEAD, GO AHEAD.

01:17PM   6    Q.   DID YOU SAY YOU BEGAN LOOKING FOR OTHER EMPLOYMENT IN THE

01:17PM   7    MIDDLE OF 2013 SHORTLY AFTER JOINING THE COMPANY?

01:17PM   8    A.   YES.

01:17PM   9    Q.   LET'S LOOK NEXT AT EXHIBIT 2206, PLEASE.

01:17PM   10       LET ME KNOW WHEN YOU HAVE EXHIBIT 2206 IN FRONT OF YOU

01:17PM   11   THAT IS IN YOUR BINDER.

01:17PM   12   A.   I HAVE IT.

01:17PM   13   Q.   OKAY.  IS EXHIBIT 2206 AN EMAIL CHAIN BETWEEN YOU AND

01:17PM   14   OTHER INDIVIDUALS AT THERANOS?

01:17PM   15   A.   YES.

01:18PM   16   Q.   AND DOES IT RELATE TO LABORATORY RESULTS GENERATED WITHIN

01:18PM   17   THE COMPANY?

01:18PM   18   A.   YES.

01:18PM   19        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:18PM   20   ADMIT EXHIBIT 2206.

01:18PM   21        MR. WADE:  ONE MOMENT.

01:18PM   22   (PAUSE IN PROCEEDINGS.)

01:18PM   23        MR. WADE:  NO OBJECTION, YOUR HONOR.

01:18PM   24        THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

01:18PM   25   (GOVERNMENT'S EXHIBIT 2206 WAS RECEIVED IN EVIDENCE.)

01:18PM   1    BY MR. BOSTIC:

01:18PM   2    Q.   AND IF WE CAN LOOK AT PAGE 2, PLEASE.

01:19PM   3         DO YOU SEE ON THE SCREEN IN FRONT OF YOU -- LET'S ZOOM IN

01:19PM   4    ON THE MESSAGE KIND OF BEGINNING ONE-THIRD DOWN THE PAGE.

01:19PM   5    LET'S SEE IF WE CAN CAPTURE FROM THERE DOWN, PLEASE.

01:19PM   6         DR. ROSENDORFF, DO YOU SEE AN EMAIL IN FRONT OF YOU THAT

01:19PM   7    WAS SENT TO YOUR THERANOS EMAIL ADDRESS ON NOVEMBER 14, 2014?

01:19PM   8    A.   YES.

01:19PM   9    Q.   AND THE EMAIL SAYS, "HELLO DR. ROSENDORFF, AS YOU

01:19PM   10   REQUESTED, I AM SENDING YOU INFORMATION ON LAB RESULTS ON TWO

01:19PM   11   OF MY PATIENTS.  THE RESULTS DO NOT APPEAR TO BE ACCURATE.  I

01:20PM   12   AM TRYING OUT THERANOS LAB AND ACCURACY IS VERY IMPORTANT.  I

01:20PM   13   WAS NOT AWARE THAT SOME OF THEIR METHODS ARE NOT FDA APPROVED."

01:20PM   14        DO YOU SEE THAT?

01:20PM   15   A.   I SEE THAT.

01:20PM   16   Q.   AND YOU SAID YOU WOULD SOMETIMES INTERACT WITH DOCTORS

01:20PM   17   CONCERNING TEST RESULTS; IS THAT RIGHT?

01:20PM   18   A.   CORRECT.

01:20PM   19   Q.   LET'S ZOOM OUT AND LET'S GO TO PAGE 3, PLEASE.

01:20PM   20        LET'S START -- APOLOGIES.  LET'S GO BACK TO 2 AND ZOOM IN

01:20PM   21   JUST ON THE RESULTS BEGINNING HERE.  YES, RIGHT HERE DOWN.

01:20PM   22        DO YOU SEE SOME PATIENT RESULTS THAT WERE SUBMITTED BY

01:20PM   23   THIS DOCTOR BY EMAIL TO YOU?

01:20PM   24   A.   YES.

01:20PM   25   Q.   AND NOW LET'S GO TO PAGE 3, PLEASE.  LET'S ZOOM IN ON THE

01:20PM  1    TOP HALF OF THE PAGE.

01:21PM  2        DO YOU SEE SOME ADDITIONAL PATIENT TEST RESULTS AND A NOTE

01:21PM  3    FROM THE DOCTOR, ALTHOUGH THIS PATIENT HAD AN -- THE RESULT FOR

01:21PM  4    THIS PATIENT WAS HBA1C 4.6, BUT THERE'S A PARENTHETICAL THAT

01:21PM  5    SAYS I'VE BEEN TESTING HER THE LAST FEW YEARS AND SHE HAS

01:21PM  6    ALWAYS BEEN 5.5 TO 5.9.

01:21PM  7        DO YOU SEE THAT?

01:21PM  8    A.   I SEE THAT.

01:21PM  9    Q.   LET'S ZOOM OUT AND ZOOM IN ON THE LAST LINE IN THE MIDDLE

01:21PM  10   OF THE PAGE.  LET'S CAPTURE WHAT IS BELOW THAT ALSO.  THANK

01:21PM  11   YOU.

01:21PM  12       DO YOU SEE THE DOCTOR'S REACTIONS TO THOSE RESULTS?  "I AM

01:22PM  13   NOT SURE WHAT TO DO WITH THESE LAB RESULTS????"

01:22PM  14   A.   YES.

01:22PM  15   Q.   AND LET'S GO TO PAGE 1 IN THIS EXHIBIT NOW.  LET'S ZOOM IN

01:22PM  16   ON YOUR MESSAGE IN THE TOP HALF OF THE PAGE, PLEASE.

01:22PM  17       DR. ROSENDORFF, DO YOU SEE AN EMAIL THAT YOU SENT ON

01:22PM  18   NOVEMBER 14TH, 2014, AT 5:05 P.M.?

01:22PM  19   A.   YES.

01:22PM  20   Q.   AND YOU SAY, "I DID CALL HER."

01:22PM  21       IS THAT REFERRING TO THE PHYSICIAN WHO SENT THE REPORT?

01:22PM  22   A.   YES.

01:22PM  23   Q.   AND YOU SAY, "UNFORTUNATELY I DO NOT HAVE A GOOD

01:22PM  24   EXPLANATION FOR THE TESTOSTERONE DISCREPANCY."

01:22PM  25       DOES THAT MEAN THAT THOSE RESULTS CAUSED YOU CONCERNS

01:22PM  1    ABOUT THE ACCURACY OF THE RESULTS?

01:23PM  2    A.   YES.

01:23PM  3    Q.   YOU NEXT SAY, "THE SODIUM RESULTS OF 127 MILLIUNITS PER

01:23PM  4    LITER IS CLEARLY ERRONEOUS GIVEN THE CLINICAL HISTORY."

01:23PM  5        AT THE TIME DID YOU CONCLUDE THAT THAT RESULT GAVE YOU

01:23PM  6    CONCERNS ABOUT THE ACCURACY OF THE SODIUM TEST?

01:23PM  7    A.   YES.

01:23PM  8    Q.   AT THE BOTTOM OF YOUR EMAIL YOU SAY, "THE AIC RESULT IS

01:23PM  9    ODD.  IT WAS RUN ON THE DCA VANTAGE I ASSUME FROM FINGERSTICK."

01:23PM  10       WAS THE DCA VANTAGE A THERANOS MODIFIED DEVICE?

01:23PM  11   A.   NO.

01:23PM  12   Q.   AND YOU SAY, "WE SHOULD RUN HBA1C USING THE TOSOH G7 OR

01:23PM  13   BIORAD VARIANT USING VENOUS BLOOD."

01:23PM  14       DO YOU SEE THAT?

01:23PM  15   A.   YES.

01:23PM  16   Q.   AND AT THIS TIME WAS THE EDISON CAPABLE OF RUNNING AN

01:24PM  17   HBA1C TEST?

01:24PM  18   A.   I DON'T RECALL.

01:24PM  19   Q.   LOOKING AT YOUR EMAIL ABOVE WHERE YOU'RE WRITING TO

01:24PM  20   CHRISTIAN HOLMES.

01:24PM  21       DO YOU SEE THAT AT THE TOP OF THE PAGE?

01:24PM  22   A.   YES.

01:24PM  23   Q.   AND YOU SAY, "I TOLD HER WE WOULD DO A TECHNICAL REVIEW --

01:24PM  24   UNFORTUNATELY OUR PRECISION STUDIES FOR THE EDISON HAVE ALL

01:24PM  25   BEEN DONE ON VENOUS BLOOD -- WHICH DOES NOT REFLECT OUR ACTUAL

01:24PM   1    WORKFLOW, I.E., TESTING SERIALLY ON FS IN THIS CASE."

01:24PM   2         CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:24PM   3    A.   I'M NOT EXACTLY SURE WHAT ASSAY THIS IS REFERRING TO.

01:24PM   4    THERE ARE A NUMBER OF THINGS MENTIONED IN THE PREVIOUS EMAIL

01:24PM   5    SUCH AS SODIUM AIC, ET CETERA, SO I DON'T RECALL WHAT TEST I

01:25PM   6    WAS REFERRING TO HERE.

01:25PM   7    Q.   LET ME ASK YOU GENERALLY, DO YOU RECALL FROM YOUR TIME AT

01:25PM   8    THERANOS PRECISION STUDIES FOR EDISON BEING RUN ON VENOUS

01:25PM   9    BLOOD?

01:25PM   10   A.   YES.

01:25PM   11   Q.   AND THE EDISON WAS DESIGNED TO TEST FINGERSTICK SAMPLES;

01:25PM   12   CORRECT?

01:25PM   13   A.   CORRECT.

01:25PM   14   Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHY VENOUS BLOOD WAS

01:25PM   15   USED FOR THE PRECISION STUDIES ON THAT INSTRUMENT?

01:25PM   16   A.   IT WAS A PRACTICAL CONSIDERATION IN ORDER TO TEST BLOOD 20

01:25PM   17   TIMES FOR THE INTRO RUN PRECISION.  YOU WOULD HAVE TO PRICK

01:25PM   18   SOMEONE'S FINGER -- YOU WOULD HAVE TO GENERATE 20 CTN'S FROM

01:25PM   19   MULTIPLE FINGER PRICKS BECAUSE WHAT HAPPENS IS AFTER YOU PRICK

01:25PM   20   SOMEONE'S FINGER, AFTER A WHILE YOU CAN'T GET DROPS OF BLOOD

01:25PM   21   OUT OF IT ANYMORE.  IT STARTS GIVING YOU -- YOU CLOT UP.

01:25PM   22   THAT'S WHAT HAPPENS AFTER GETTING YOUR FINGER PRICKED.

01:25PM   23        SO TO ACTUALLY GET 20 FINGER PRICK SAMPLES, YOU WOULD

01:26PM   24   PROBABLY HAVE TO PRICK EVERY FINGER ON A PATIENT.

01:26PM   25        DOES THAT MAKE SENSE?

01:26PM 1     Q.   IT DOES.

01:26PM 2     A.   YEAH.

01:26PM 3     Q.   YOU SAY IN YOUR EMAIL, "UNFORTUNATELY OUR PRECISION

01:26PM 4     STUDIES FOR THE EDISON HAVE ALL BEEN DONE ON VENOUS BLOOD."

01:26PM 5         WHY WAS THAT UNFORTUNATE IF YOU RECALL?

01:26PM 6     A.   THINKING ABOUT IT NOW, I DON'T THINK PRACTICALLY WE COULD

01:26PM 7     HAVE DONE IT ANY OTHER WAY.

01:26PM 8     Q.   DOES --

01:26PM 9     A.   I'M THINKING ABOUT A THEORETICAL IDEAL HERE.

01:26PM 10    Q.   UNDERSTOOD.

01:26PM 11        WOULD A MISMATCH BETWEEN THE WAY PRECISION STUDIES ARE RUN

01:26PM 12    AND THE WAY THE LAB ACTUALLY DOES ITS WORKFLOW AFFECT

01:26PM 13    CONFIDENCE IN THE PRECISION STUDIES AT ALL?

01:26PM 14    A.   THE CONCERN IS THAT THERE'S A PREANALYTIC COMPONENT, IN

01:27PM 15    OTHER WORDS, HOW DO YOU OBTAIN THE SPECIMEN, AND THAT'S GOING

01:27PM 16    TO AFFECT PRECISION.

01:27PM 17        SO IF YOU OBTAIN THE SPECIMEN USING A VACUTAINER, IT MAY

01:27PM 18    GIVE YOU A DIFFERENT ESTIMATE OF PRECISION THAN IF YOU OBTAINED

01:27PM 19    THE SPECIMEN USING A CTN.

01:27PM 20    Q.   I'LL ASK YOU TO LOOK AT 4124, PLEASE.  LET ME KNOW WHEN

01:27PM 21    YOU HAVE 4124 IN FRONT OF YOU?

01:27PM 22    A.   I HAVE IT.

01:27PM 23    Q.   IS EXHIBIT 4124 ANOTHER EMAIL CHAIN BETWEEN EMPLOYEES AT

01:27PM 24    THERANOS?

01:27PM 25    A.   YES.

01:27PM  1    Q.   AND DOES IT INCLUDE MESSAGES TO OR FROM ELIZABETH HOLMES

01:28PM  2    AND SUNNY BALWANI?

01:28PM  3    A.   YES.

01:28PM  4         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:28PM  5    ADMIT EXHIBIT 4124.

01:28PM  6         MR. WADE:  NO OBJECTION, YOUR HONOR.

01:28PM  7         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:28PM  8         (GOVERNMENT'S EXHIBIT 4124 WAS RECEIVED IN EVIDENCE.)

01:28PM  9         MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

01:28PM 10    PLEASE, AND ZOOM IN ON THE BOTTOM OF THE TEXT MESSAGE THERE.

01:28PM 11    Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM MIKE PHEBUS TO

01:28PM 12    KIMBERLY ALFONSO?

01:28PM 13    A.   YES.

01:28PM 14    Q.   AND THE EMAIL READS:  "HERE IS SOME FEEDBACK FROM

01:28PM 15    KARI REEDY IN THE FIELD TODAY."

01:28PM 16         DO YOU RECOGNIZE THAT NAME KARI REEDY?

01:29PM 17    A.   NO, I DO NOT.

01:29PM 18    Q.   AND THE FIRST BULLET POINT THERE SAYS, DR. STAMPS LIKES

01:29PM 19    OUR LAB AND HAS SENT 3 PATIENTS.  HE DOES NOT TRUST OUR

01:29PM 20    POTASSIUM TEST, HOWEVER."

01:29PM 21         AND THEN IT GOES ON TO DESCRIBE, "HE WAS CALLED LATE AT

01:29PM 22    NIGHT REGARDING A PATIENT THAT HAD ABNORMALLY HIGH LEVELS OF

01:29PM 23    POTASSIUM.  THE PATIENT WAS IN NEW YORK CITY AT THE TIME OF THE

01:29PM 24    CALL SO THE DOCTOR HAD TO CONTACT THEM WHILE THEY WERE OUT OF

01:29PM 25    TOWN.  THEY DID A RETEST IN NEW YORK AND THE RESULTS CAME BACK

01:29PM  1     COMPLETELY NORMAL.  DR. STAMPS SAID THAT POTASSIUM IS A TRICKY

01:29PM  2     ONE TO COLLECT BECAUSE OF CLOTTING AND SUCH.  HE ALSO MENTIONED

01:29PM  3     THAT HE IS WILLING TO SHARE THE SPECIFIC PATIENT INFORMATION

01:29PM  4     AND EXPLAIN THE EXPERIENCE IF SOMEONE WANTED TO REACH OUT TO

01:29PM  5     HIM."

01:29PM  6          DID I READ THAT CORRECTLY?

01:29PM  7     A.   YES.

01:29PM  8     Q.   WHAT IS POTASSIUM?

01:29PM  9     A.   POTASSIUM IS A -- IT'S AN ION.  IT'S A CHEMICAL ELEMENT

01:30PM  10    THAT IN A PATIENT IS IMPORTANT FOR CARDIAC FUNCTION AND NERVE

01:30PM  11    CONDUCTION.

01:30PM  12    Q.   AND WOULD AN ABNORMALLY HIGH POTASSIUM RESULT BE A CAUSE

01:30PM  13    FOR HARM AND IMMEDIATE RETEST?

01:30PM  14    A.   YES.  CRITICAL HIGH TEST RESULTS COULD INDICATE THAT THE

01:30PM  15    PATIENT IS AT RISK FOR A HEART RHYTHM PROBLEM.  IT'S CALLED

01:30PM  16    ARRYTHMIA.

01:30PM  17    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  LET'S ZOOM IN ON

01:30PM  18    THE MIDDLE THIRD IF WE CAN.

01:30PM  19          DANIEL YOUNG WRITES, "I'M NOT SURE THAT THIS DOCTOR WAS

01:31PM  20    ASKING ABOUT THE CRITICAL VALUE FOR POTASSIUM.  CRITICAL VALUE

01:31PM  21    COMES FROM CLINICAL GUIDANCE DOCUMENTS AND CARE GUIDELINES, NOT

01:31PM  22    FROM R&D."

01:31PM  23          DO YOU SEE THAT?

01:31PM  24    A.   YES.

01:31PM  25    Q.   AND LET'S LOOK AT THE MESSAGE ABOVE THAT FROM MR. BALWANI.

01:31PM   1    JUST CAPTURE THE WHOLE TOP OF THE PAGE, PLEASE.  PERFECT.

01:31PM   2    THANK YOU.

01:31PM   3        DO YOU SEE AT THE BOTTOM OF THAT SELECTION MR. BALWANI

01:31PM   4    RESPONDS, "BUT DO WE KNOW IF THIS RESULT WAS ACCURATE GIVEN

01:31PM   5    THIS IS AN ISE ASSAY?  THAT'S WHAT I WAS REFERRING TO."

01:31PM   6        DO YOU SEE THAT?

01:31PM   7    A.   YES, I SEE THAT.

01:31PM   8    Q.   FIRST OF ALL, WHAT IS AN ISE ASSAY?

01:31PM   9    A.   ISE STANDS FOR ION SELECTIVE ELECTRODE.  IT COMES

01:31PM   10   PRE-INSTALLED ON SIEMENS INSTRUMENTS AND IS USED FOR MEASURING

01:31PM   11   SODIUM, POTASSIUM, AND CHLORIDE.

01:31PM   12   Q.   AND WERE THESE ASSAYS THAT THERANOS RAN ON MODIFIED

01:32PM   13   SIEMENS DEVICES OR UNMODIFIED SIEMENS DEVICES?

01:32PM   14   A.   MODIFIED.

01:32PM   15   Q.   DID THERANOS HAVE REPEATED PROBLEMS WITH ACCURACY OF THE

01:32PM   16   ISE'S?

01:32PM   17   A.   YES, THEY DID.

01:32PM   18   Q.   DANIEL YOUNG RESPONDS TO MR. BALWANI TO SAY, "WE'LL HAVE

01:32PM   19   TO CHECK.  SOME POTASSIUM RESULTS CAN RUN HIGH WITH SLIGHT

01:32PM   20   SAMPLE HEMOLYSIS."

01:32PM   21       WHAT DOES HEMOLYSIS MEAN?

01:32PM   22   A.   HEMOLYSIS REFERS TO THE BURSTING OF RED BLOOD CELLS AND

01:32PM   23   THE CONSEQUENT RELEASE OF LARGE AMOUNTS OF POTASSIUM INTO THE

01:32PM   24   SERUM, PLASMA IN THE SAMPLE.

01:32PM   25   Q.   BASED ON WHAT YOU SAW AT THERANOS, WAS THAT SOMETHING MORE

01:32PM  1    OR LESS LIKELY TO OCCUR FROM A FINGERSTICK DRAW VERSUS A VEIN

01:32PM  2    DRAW?

01:32PM  3    A.   MUCH MORE LIKELY TO OCCUR FROM A FINGERSTICK DRAW.  THE

01:33PM  4    ONLY TIME IT WOULD OCCUR IN A VENOUS DRAW IS IF THE

01:33PM  5    PHLEBOTOMIST USED THE WRONG KIND OF NEEDLE.

01:33PM  6    Q.   AND WHEN THERE WAS HEMOLYSIS PRESENT, DID IT HAVE AN

01:33PM  7    EFFECT ON TESTING ACCURACY BASED ON WHAT YOU SAW?

01:33PM  8    A.   YES, IT WOULD SPURIOUSLY OR FALSELY ELEVATE THE POTASSIUM

01:33PM  9    RESULT.

01:33PM 10    Q.   DANIEL YOUNG GOES ON TO SAY, "WE REVIEW THE IMAGINES FOR

01:33PM 11    ALL SAMPLES FOR HIGH POTASSIUM RESULTS AND THEN CLIA DETERMINES

01:33PM 12    IF A RERUN IS NEEDED OR NOT, AND HOW TO REPORT IT."

01:33PM 13        DO YOU RECALL THIS PROCEDURE INVOLVING REVIEWING IMAGES

01:33PM 14    FOR ALL SAMPLES WITH HIGH POTASSIUM RESULTS?

01:33PM 15    A.   MY RECOLLECTION IS THAT THE IMAGING WAS AVAILABLE ON THE

01:33PM 16    EDISON BECAUSE THE EDISON HAD A CAMERA.  I DO NOT RECALL

01:33PM 17    IMAGING BEING AVAILABLE FOR TESTING THAT WAS RUN ON THE ADVIAS.

01:33PM 18    Q.   AND IF IMAGING WAS NOT AVAILABLE, WOULD IT STILL BE

01:34PM 19    POSSIBLE, OR WOULD IT BE POSSIBLE TO DO A VISUAL INSPECTION OF

01:34PM 20    THE SAMPLE?

01:34PM 21    A.   NO.

01:34PM 22    Q.   WOULD REVIEWING IMAGES IN CASES WHERE POTASSIUM RESULTS

01:34PM 23    WERE HIGH, SLOW DOWN THE TESTING PROCESS?

01:34PM 24    A.   DEFINITELY.

01:34PM 25    Q.   I'LL DIRECT YOUR ATTENTION TO THE EMAIL AT THE TOP OF THE

01:34PM   1    CHAIN FROM MR. BALWANI TO MS. HOLMES.

01:34PM   2         DO YOU SEE THAT ON APRIL 17TH, 2014?

01:34PM   3    A.   YES.

01:34PM   4    Q.   AND HE FORWARDED HER THE MESSAGES BELOW THAT WE HAVE BEEN

01:34PM   5    LOOKING AT.  "SEE BELOW.  THIS IS WHAT WE ARE DOING TODAY WITH

01:34PM   6    OUR LIMITED RESOURCES.  THIS IS WHAT DANIEL HAS TO DO MANUALLY.

01:34PM   7    NOT SCALEABLE."

01:34PM   8         DO YOU SEE THAT?

01:34PM   9    A.   YEAH, I SEE THAT.

01:34PM  10    Q.   DO YOU AGREE WITH MR. BALWANI HERE THAT THAT KIND OF

01:34PM  11    PROCESS WOULD PRESENT CHALLENGES -- I'M SORRY.  LET ME START

01:35PM  12    THAT QUESTION AGAIN.

01:35PM  13         DO YOU AGREE WITH MR. BALWANI THAT THAT APPROACH WOULD

01:35PM  14    PRESENT CHALLENGES WHEN IT CAME TO SCALING UP THERANOS'S

01:35PM  15    PROCESS?

01:35PM  16    A.   YES.

01:35PM  17    Q.   LET'S LOOK AT EXHIBIT 4127.

01:35PM  18         DO YOU HAVE EXHIBIT 4127 IN FRONT OF YOU?

01:35PM  19    A.   I DO.  I DO.

01:35PM  20    Q.   IS THIS ADDITIONAL EMAIL CORRESPONDENCE BETWEEN THERANOS

01:35PM  21    EMPLOYEES RELATING TO THE SAME REPORT THAT WE WERE JUST LOOKING

01:35PM  22    AT?

01:36PM  23    A.   YES.

01:36PM  24             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

01:36PM  25    ADMIT EXHIBIT 4127.

01:36PM  1          MR. WADE:  NO OBJECTION.

01:36PM  2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:36PM  3          (GOVERNMENT'S EXHIBIT 4127 WAS RECEIVED IN EVIDENCE.)

01:36PM  4      BY MR. BOSTIC:

01:36PM  5      Q.   DR. ROSENDORFF, IS THIS STILL THIS DISCUSSION ABOUT HIGH

01:36PM  6      POTASSIUM RESULTS?

01:36PM  7      A.   YES.

01:36PM  8      Q.   AND AGAIN, WHAT DEVICE WOULD BE YIELDING THESE HIGH

01:36PM  9      POTASSIUM RESULTS?

01:36PM 10      A.   IT WOULD BE THE THERANOS LABORATORY DEVELOPED TESTS RUN ON

01:36PM 11      THE ADVIA USING THE ION SPECIFIC ELECTRODE.

01:36PM 12      Q.   AND WERE TESTS RUN ON THERANOS MODIFIED DEVICES FDA

01:36PM 13      APPROVED OR NOT FDA APPROVED?

01:36PM 14      A.   NOT FDA APPROVED.

01:36PM 15      Q.   I'LL ASK YOU TO LOOK AT THE BOTTOM OF PAGE 1.  IF WE CAN

01:36PM 16      JUST ZOOM IN ON THE HEADER INFORMATION THERE.

01:37PM 17          WE SEE THAT WE'RE ABOUT TO LOOK AT AN EMAIL FROM

01:37PM 18      SUNNY BALWANI TO INDIVIDUALS AT THERANOS, INCLUDING YOURSELF;

01:37PM 19      IS THAT RIGHT?

01:37PM 20      A.   YES.

01:37PM 21      Q.   AND LET'S GO TO PAGE 2, PLEASE.  LET'S ZOOM IN ON THE TOP

01:37PM 22      MESSAGE.

01:37PM 23          DO YOU SEE MR. BALWANI'S EMAIL ON THE SCREEN?

01:37PM 24      A.   YES.

01:37PM 25      Q.   HE SAYS, "MAX, CAN YOU PLEASE WORK WITH DANIEL TO GET THE

01:37PM   1      IMAGES OF THIS SAMPLE AND SEE IF THERE WAS ANY HEMOLYSIS

01:37PM   2      (SOMEONE SHOULD HAVE BEEN FOLLOWING THIS PROCESS.  THIS IS PART

01:37PM   3      OF OUR CURRENT SOP)."

01:37PM   4          DO YOU SEE THAT?

01:37PM   5      A.   YES.

01:37PM   6      Q.   AND LET'S GO BACK TO PAGE 1.  PLEASE LET'S ZOOM IN ON YOUR

01:37PM   7      EMAIL ON THE MIDDLE OF THE PAGE WITH THE HIGHLIGHTING.

01:38PM   8          AND YOU WRITE, "ONE FURTHER OBSERVATION - I DO NOT BELIEVE

01:38PM   9      THAT THE LEVELS OF HEMOLYSIS THAT WOULD RESULT IN A CTN

01:38PM   10     POTASSIUM VALUE GREATER THAN 5.2 MM ARE NECESSARILY DETECTIBLE

01:38PM   11     BY VISUAL INSPECTION BY A CLS."

01:38PM   12         CAN YOU EXPLAIN WHAT YOU MEAN BY THAT?

01:38PM   13     A.   YES.  I BELIEVED THAT YOU COULD STILL HAVE HEMOLYSIS IN A

01:38PM   14     CTN, THAT THIS WOULD NOT BE DETECTABLE BY A CLS REVIEWING AN

01:38PM   15     IMAGE OF A CTN.

01:38PM   16     Q.   WOULD THAT MEAN THAT THAT EXTRA STEP OF DOING THE VISUAL

01:38PM   17     ANALYSIS WOULD NOT PROVIDE A GOOD ENOUGH SAFEGUARD TO THIS

01:38PM   18     ISSUE?

01:38PM   19     A.   CORRECT.

01:38PM   20     Q.   LET'S ZOOM OUT AND THEN ZOOM IN ON THE TOP TWO MESSAGES ON

01:38PM   21     THIS PAGE, PLEASE.

01:39PM   22         DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM SUNNY BALWANI TO

01:39PM   23     ELIZABETH HOLMES NOW AND MAX FOSQUE?

01:39PM   24     A.   YES.

01:39PM   25     Q.   AND THE IMPORTANCE IS MARKED HIGH.

01:39PM    1           DO YOU SEE THAT?

01:39PM    2    A.   YES.

01:39PM    3    Q.   HE SAYS TO MS. HOLMES, "MAX IS GOING TO COME AND TALK TO

01:39PM    4    YOU ABOUT THIS ISSUE.  ADAM AND DANIEL CAN'T AGREE ON THIS AND

01:39PM    5    HE IS IN THE MIDDLE OF THIS.  WE NEED A RIGHT ANSWER FOR THIS."

01:39PM    6           DO YOU SEE THAT?

01:39PM    7    A.   YES, I DO.

01:39PM    8    Q.   AND DO YOU RECALL A DISAGREEMENT WITH DANIEL YOUNG OVER

01:39PM    9    HOW TO HANDLE THIS ISSUE?

01:39PM   10    A.   DANIEL BELIEVED THAT HEMOLYSIS COULD BE RELIABLY DETECTED

01:39PM   11    BY THE REVIEW OF THE CTN.  ONE MAJOR PROBLEM IS THAT IN ROUTINE

01:39PM   12    LAB PRACTICE, FOR INSTANCE, A PREDICATE FDA APPROVED INSTRUMENT

01:40PM   13    WOULD DETECT HEMOLYSIS RIGHT AWAY.

01:40PM   14           THIS WAS ALWAYS BEING DONE AFTER THE FACT.  THAT'S ONE

01:40PM   15    ISSUE.

01:40PM   16           THE SECOND ISSUE IS THAT THE VISUAL INSPECTION OF THE CTN

01:40PM   17    IMAGES WAS SOMEWHAT OF A COTTAGE INDUSTRY, KIND OF A -- IT WAS

01:40PM   18    NOT SCIENTIFIC, IN MY OPINION, TO MAKE A DETERMINATION OF

01:40PM   19    WHETHER THERE HAD BEEN HEMOLYSIS BASED ON VISUAL INSPECTION OF

01:40PM   20    A CTN.

01:40PM   21           THERE WERE OBVIOUS CASES WHERE THE PLASMA IS PINK.

01:40PM   22    Q.   YOU MENTIONED THAT THIRD PARTY DEVICES COULD DETECT

01:40PM   23    HEMOLYSIS INSTANTLY.

01:40PM   24           DID I HEAR YOU CORRECTLY?

01:40PM   25    A.   YES.  YES.

01:40PM  1    Q.   CAN YOU EXPLAIN THAT?

01:40PM  2    A.   THE SIEMENS HAS WHAT ARE CALLED INDICES.  YOU CAN TURN ON

01:40PM  3    THE INDICES.  THEY DETECT HEMOLYSIS, LIPEMIA, AND ICTERUS.  AND

01:41PM  4    THESE ARE KNOWN AS INTERFERING SUBSTANCES AND THEY'RE FLAGGED

01:41PM  5    BY THIS SIEMENS INSTRUMENT AND OTHER CHEMISTRY ANALYZERS DURING

01:41PM  6    THE RUN OF THE SAMPLE.

01:41PM  7    Q.   DID THE THERANOS EDISON HAVE THAT CAPABILITY?

01:41PM  8    A.   NO, IT DID NOT.

01:41PM  9         BUT I THINK WE'RE TALKING ABOUT POTASSIUM HERE, SO THIS

01:41PM  10   WOULD BE THE ADVIA.

01:41PM  11   Q.   OKAY.  WE WERE TALKING ABOUT THE DISAGREEMENT THAT YOU HAD

01:41PM  12   WITH DANIEL YOUNG ABOUT HOW TO APPROACH THIS ISSUE.

01:41PM  13   A.   YES.

01:41PM  14   Q.   MR. BALWANI ESSENTIALLY BRINGS IN MS. HOLMES IN ORDER TO

01:41PM  15   MAKE A FINAL DECISION; IS THAT RIGHT?

01:41PM  16   A.   YES.

01:41PM  17   Q.   AND DO YOU RECALL MS. HOLMES WEIGHING IN ON THIS ISSUE AND

01:41PM  18   MAKING THAT FINAL DECISION?

01:41PM  19   A.   NO.

01:41PM  20   Q.   AT THE TOP OF THE PAGE THERE, ELIZABETH HOLMES RESPONDS TO

01:42PM  21   MR. BALWANI AND SAYS, "FYI I AM MAKING SURE THIS LOOP GETS

01:42PM  22   CLOSED WITH DR. STAMPS.  PLEASE LET ME KNOW IF THERE ARE ANY

01:42PM  23   OTHER OPEN WAG/PATIENT/PHYSICIAN RELATED ISSUES YOU ARE AWARE

01:42PM  24   OF THAT I HAVE NOT OTHERWISE ALREADY REFERENCED IN MY EMAILS

01:42PM  25   THIS AFTERNOON."

01:42PM  1          DO YOU SEE THAT?

01:42PM  2     A.   YES.

01:42PM  3     Q.   LET'S LOOK AT EXHIBIT 1717.

01:42PM  4          YOUR HONOR, I'M CONSCIOUS OF THE TIME.  DO YOU WANT TO

01:42PM  5     REMIND ME WHEN YOU WANT TO TAKE THE NEXT BREAK?

01:42PM  6               THE COURT:  WE WERE GOING TO DO IT AT 1:45.  MAYBE

01:42PM  7     NOW IS AN OPPORTUNE TIME BEFORE YOU MOVE ON TO ANOTHER TOPIC.

01:43PM  8               MR. BOSTIC:  IT WOULD BE, YOUR HONOR.

01:43PM  9               THE COURT:  LET'S TAKE ANOTHER BREAK, FOLKS, A 20

01:43PM  10    MINUTE BREAK.

01:43PM  11         THANK YOU.  YOU MAY STAND DOWN.

01:43PM  12         (RECESS FROM 1:43 P.M. UNTIL 2:05 P.M.)

02:05PM  13              THE COURT:  THANK YOU.  PLEASE BE SEATED.  WE ARE

02:05PM  14    BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT

02:05PM  15    ONCE AGAIN.  THE JURY AND ALTERNATES ARE PRESENT.

02:06PM  16         MR. BOSTIC.

02:06PM  17              MR. BOSTIC:  THANK YOU, YOUR HONOR.

02:06PM  18    Q.   DR. ROSENDORFF, WE WERE ABOUT TO LOOK AT EXHIBIT 1717.

02:06PM  19    COULD I ASK YOU TO TURN TO THAT IN YOUR BINDER, PLEASE.

02:06PM  20    A.   YES.

02:06PM  21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:06PM  22    ADMIT EXHIBIT 1717.  I UNDERSTAND THE DEFENSE HAS STIPULATED.

02:06PM  23              MR. WADE:  WE DO, YOUR HONOR.

02:06PM  24              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:06PM  25    PUBLISHED.

02:06PM   1            (GOVERNMENT'S EXHIBIT 1717 WAS RECEIVED IN EVIDENCE.)

02:06PM   2                 MR. BOSTIC:  MAY WE PUBLISH, YOUR HONOR?

02:06PM   3                 THE COURT:  YES.

02:06PM   4                 MR. BOSTIC:  MS. HOLLIMAN, LET'S START AT THE BOTTOM

02:06PM   5      OF PAGE 2, PLEASE.

02:06PM   6      Q.   DR. ROSENDORFF, WE'RE BEEN TALKING ABOUT ISE ASSAYS.

02:06PM   7           DO YOU RECALL OUR DISCUSSION?

02:06PM   8      A.   YES.

02:06PM   9      Q.   AND WHICH ASSAYS ARE INCLUDED IN ISE ASSAYS?

02:07PM  10      A.   SODIUM, POTASSIUM, AND CHLORIDE.

02:07PM  11      Q.   AND WHAT DEVICE, OR WHAT KIND OF DEVICE WAS THERANOS USING

02:07PM  12      WHEN YOU WERE AT THE COMPANY TO RUN ISE TESTS?

02:07PM  13      A.   THE SIEMENS ADVIA 1800.

02:07PM  14      Q.   UM, THE SIEMENS ADVIA AS IT CAME FROM THE FACTORY OUT OF

02:07PM  15      THE BOX?

02:07PM  16      A.   WE SPOKE ABOUT HOW THE SAMPLES WERE DILUTED.  I KNOW THAT

02:07PM  17      THE ION SENSITIVE ELECTRODE WAS USED ON THOSE SAMPLES FOR THOSE

02:07PM  18      THREE ANALYTES.  THERE MAY HAVE BEEN OTHER MODIFICATIONS THAT I

02:07PM  19      WASN'T AWARE OF.

02:07PM  20      Q.   WERE THERANOS ISE TESTS CONDUCTED ON FINGERSTICK SAMPLES?

02:07PM  21      A.   YES.

02:07PM  22      Q.   DID THE SIEMENS ADVIA DEVICES INCLUDE --

02:08PM  23      A.   I'M SORRY, I NEED TO CLARIFY.

02:08PM  24           IF YOU'RE RUNNING SODIUM, POTASSIUM, OR CHLORIDE ON A

02:08PM  25      VENOUS DRAW, YOU WOULD ALSO BE USING THE ION SENSITIVE

02:08PM   1    ELECTRODE.

02:08PM   2    Q.   GENERALLY SPEAKING, DID --

02:08PM   3    A.   AND ION SELECTIVE ELECTRODE.

02:08PM   4    Q.   THANK YOU.

02:08PM   5         GENERALLY SPEAKING AT THERANOS, WAS THE DEFAULT TO RUN ISE

02:08PM   6    ASSAYS ON MODIFIED OR UNMODIFIED THIRD PARTY DEVICES?

02:08PM   7    A.   MODIFIED.

02:08PM   8    Q.   AND THAT WOULD ALLOW THE COMPANY TO USE FINGERSTICK

02:08PM   9    SAMPLES?

02:08PM  10    A.   CORRECT.

02:08PM  11    Q.   SO THE MATERIALS WE'VE BEEN LOOKING AT, THEY'VE BEEN

02:08PM  12    RELATED TO THE PERFORMANCE OF THERANOS MODIFIED THIRD PARTY

02:08PM  13    DEVICES?

02:08PM  14    A.   CORRECT.

02:08PM  15    Q.   AND WERE THOSE FDA APPROVED OR NOT?

02:09PM  16    A.   ONCE YOU USE A DIFFERENT SAMPLE TYPE OR METHOD OR YOU

02:09PM  17    CHANGE THE INSTRUMENT IN ANY WAY, IT IMMEDIATELY BECOMES A

02:09PM  18    LABORATORY DEVELOPED TEST.

02:09PM  19    Q.   AND LABORATORY DEVELOPED TEST MEANS NOT FDA APPROVED?

02:09PM  20    A.   CORRECT.

02:09PM  21    Q.   DRAWING YOUR ATTENTION TO EXHIBIT 1717.  THERE'S AN EMAIL

02:09PM  22    ON YOUR SCREEN FROM SOMEONE NAMED HODA ALAMDAR?

02:09PM  23    A.   YES.

02:09PM  24    Q.   TO YOU AND MARK PANDORI; CORRECT?

02:09PM  25    A.   YES.

ROSENDORFF DIRECT BY MR. BOSTIC                                   1854

02:09PM   1    Q.   AND WHO WAS HODA ALAMDAR, IF YOU REMEMBER?

02:09PM   2    A.   CLINICAL LABORATORY SCIENTIST.

02:09PM   3    Q.   THIS EMAIL WAS ALSO SENT TO THE GROUP CLS; CORRECT?

02:09PM   4    A.   CORRECT.

02:09PM   5    Q.   AND THE SUBJECT LINE IS ISE OUTPUT MAY 9TH, 2014.

02:09PM   6         DO YOU SEE THAT?

02:09PM   7    A.   YES.

02:09PM   8    Q.   MS. ALAMDAR WRITES, "ALMOST EVERY ISE SAMPLE NEEDS A RERUN

02:10PM   9    SINCE THEY'RE HIGH; MOST OF THE TIME THE RERUN VALUE IS ALSO

02:10PM   10   HIGH OR THE SAME."

02:10PM   11        DO YOU SEE THAT?

02:10PM   12   A.   YES.

02:10PM   13   Q.   DO YOU RECALL THIS BEING A PROBLEM WITH THERANOS ISE

02:10PM   14   TESTS?

02:10PM   15   A.   YES.

02:10PM   16   Q.   AND COULD YOU DESCRIBE WHAT THIS MEANS?

02:10PM   17   A.   I THINK WHAT SHE'S REFERRING TO IS FOR INSTANCE, IF YOU

02:10PM   18   HAD A POTASSIUM VALUE THAT WAS ABOVE THE REFERENCE RANGE, IT

02:10PM   19   WOULD BE RERUN, OR A SODIUM VALUE THAT WAS BELOW THE REFERENCE

02:10PM   20   RANGE, IT WOULD BE RERUN.

02:10PM   21        YEAH.

02:10PM   22   Q.   AND WHAT IS THE SIGNIFICANCE, IF ANY, OF THE FACT THAT

02:10PM   23   WHEN THESE SAMPLES WERE RERUN, THE VALUE AGAIN WOULD BE HIGH OR

02:10PM   24   THE SAME?  WHAT DID THAT TELL YOU AS LAB DIRECTOR AT THE TIME?

02:10PM   25   A.   IT SUGGESTS CONSISTENT BIAS.

02:10PM  1     Q.   AND IS BIAS A KIND OF INACCURACY?

02:11PM  2     A.   YES.

02:11PM  3     Q.   LET'S LOOK AT THE EMAIL MESSAGE ABOVE THIS ONE IN THE

02:11PM  4     MIDDLE OF THE PAGE, PLEASE.

02:11PM  5          YOU FORWARD THIS INFORMATION TO MR. BALWANI; CORRECT?

02:11PM  6     A.   CORRECT.

02:11PM  7     Q.   AND YOU SAY, "SUNNY, SORRY TO BOTHER YOU.  I'D LIKE TO

02:11PM  8     CORRECT OUR ISE PROBLEM.  PLEASE SEE HODA'S EMAIL BELOW.  IT IS

02:11PM  9     MY OPINION THAT SODIUM, POTASSIUM, AND CHLORIDE SHOULD HAVE A

02:11PM  10    DEDICATED CTN AND BE RUN NEAT ON THE ADVIA."

02:11PM  11    A.   YES.

02:11PM  12    Q.   CAN YOU EXPLAIN WHAT YOU WERE SUGGESTING THERE?

02:11PM  13    A.   YES.  I WAS SUSPICIOUS OF THE THERANOS METHOD FOR SODIUM,

02:11PM  14    POTASSIUM, AND CHLORIDE.  IN PARTICULAR, THE DILUTION WAS

02:12PM  15    LIKELY RESULTING IN THOSE -- THE CONCENTRATIONS OF THOSE

02:12PM  16    ANALYTES GOING BELOW THE LOWER LIMIT OF DETECTION OF THE

02:12PM  17    INSTRUMENTS.

02:12PM  18         SO THAT -- YOU KNOW, THE INSTRUMENT IS ONLY DESIGNED TO

02:12PM  19    DETECT TO A CERTAIN POINT, AND IF YOU GO BELOW THAT, YOU RUN

02:12PM  20    INTO -- YOU START RUNNING INTO PROBLEMS.

02:12PM  21         SO ONE SOLUTION THAT I SUGGESTED WAS TO COLLECT A SEPARATE

02:12PM  22    CAPILLARY TUBE AND NANOTAINER FOR THOSE THREE ANALYTES AND TO

02:12PM  23    RUN THEM WITHOUT DILUTION, IN OTHER WORDS, NEAT ON THE ADVIA.

02:12PM  24    Q.   AND THAT WOULD AVOID ANY PROBLEMS, IN THEORY AT LEAST,

02:12PM  25    CAUSED BY THE DILUTION STEP?

02:12PM  1     A.   CORRECT.

02:12PM  2     Q.   LET'S LOOK AT THE VERY TOP OF THIS PAGE.  AND IF WE CAN

02:12PM  3     ZOOM IN ON JUST THAT HEADER.

02:12PM  4          DO YOU SEE ON MAY 9TH, 2014, MR. BALWANI SENT THIS EMAIL

02:13PM  5     MESSAGE TO DANIEL YOUNG AND ELIZABETH HOLMES?

02:13PM  6     A.   YES, I SEE THAT.

02:13PM  7     Q.   AND LET'S GO TO PAGE 1, PLEASE.  LET'S LOOK AT

02:13PM  8     DANIEL YOUNG'S MESSAGE IN THE BOTTOM HALF OF THE PAGE.

02:13PM  9          DO YOU SEE THIS RESPONSIVE EMAIL FROM DANIEL YOUNG?

02:13PM 10     A.   YES.

02:13PM 11     Q.   AND AT THIS POINT, WERE YOU STILL ON THE EMAIL CHAIN?

02:13PM 12     A.   I DON'T SEE A HEADER FOR THE 8:38 P.M. EMAIL FROM DANIEL.

02:13PM 13          I DON'T BELIEVE I WAS.

02:13PM 14     Q.   OKAY.  MR. YOUNG SAYS IN THAT MIDDLE PARAGRAPH OF HIS

02:13PM 15     EMAIL, "RUNNING NEAT PLASMA IS AN OPTION, BUT NOT A VERY GOOD

02:13PM 16     ONE CLEARLY."

02:13PM 17          DO YOU AGREE THAT RUNNING NEAT PLASMA WOULD HAVE HAD SOME

02:14PM 18     DISADVANTAGES?

02:14PM 19     A.   FOR THE COMPANY, YES.  IT WOULD HAVE BEEN INCONVENIENT FOR

02:14PM 20     THEM BECAUSE IT WOULD HAVE REQUIRED AN ADDITIONAL FINGERPRICK

02:14PM 21     FOR THE PATIENT.

02:14PM 22     Q.   AND DANIEL YOUNG SAYS, "ALTERNATIVELY, WE HAVE BEEN

02:14PM 23     LOOKING AT IMPLEMENTING A BIAS CORRECTION."

02:14PM 24          GENERALLY SPEAKING, WHAT IS A BIAS CORRECTION?

02:14PM 25     A.   IF YOUR ASSAY IS SHOWING A CONSISTENT BIAS RELATIVE TO THE

02:14PM   1    PREDICATE, YOU CAN APPLY A CORRECTION FACTOR TO BRING THOSE TWO

02:14PM   2    VALUES INTO LINE WITH EACH OTHER.

02:14PM   3        IF THERE'S INCONSISTENCY, IF THERE'S IMPRECISION, THAT'S

02:14PM   4    NOT GOING TO WORK.

02:14PM   5    Q.   BUT IT'S A WAY TO COMPENSATE FOR CONSISTENT INACCURACY?

02:14PM   6    A.   FOR CONSISTENT BIAS, CORRECT.

02:15PM   7    Q.   LET'S ZOOM OUT AND LOOK AT THE TOP HALF OF THE PAGE.  A

02:15PM   8    LITTLE FURTHER DOWN.  THAT'S PERFECT.

02:15PM   9        DO YOU SEE AN EMAIL AT THE BOTTOM OF THIS SELECTION FROM

02:15PM  10    ELIZABETH HOLMES ON MAY 9TH, AT 8:50 P.M.?

02:15PM  11    A.   YES.

02:15PM  12    Q.   MS. HOLMES SAYS IN RESPONSE TO DANIEL YOUNG, "I'LL TAKE A

02:15PM  13    LOOK.  IF THE BIAS CORRECTION IS ROBUST, WE SHOULD IMPLEMENT

02:15PM  14    IT.  WHAT IS TIMELINE ON THE FINAL SOLUTION?"

02:15PM  15        DO YOU SEE THAT?

02:15PM  16    A.   YES.

02:15PM  17    Q.   AND DANIEL YOUNG RESPONDS TO HER EMAIL TO PROVIDE HER WITH

02:15PM  18    THE REQUESTED INFORMATION AND SHE SAYS OKAY.

02:15PM  19        DO YOU SEE THAT?

02:15PM  20    A.   YES, DANIEL SAYS THE STUDIES TO DETERMINE, ET CETERA, AND

02:16PM  21    THEN ELIZABETH REPLIES OKAY.

02:16PM  22    Q.   OKAY.  WE CAN PUT THAT ONE ASIDE.

02:16PM  23        LET'S LOOK AT 4014.  4014.  AND LET ME KNOW WHEN YOU HAVE

02:16PM  24    THAT IN FRONT OF YOU.

02:16PM  25    A.   4014?

02:16PM   1      Q.   4014.

02:16PM   2      A.   I HAVE IT.

02:16PM   3      Q.   OKAY.  IS EXHIBIT 4014 A CHAIN OF EMAILS INCLUDING

02:16PM   4      INDIVIDUALS AT THERANOS, INCLUDING SUNNY BALWANI AND

02:16PM   5      ELIZABETH HOLMES?

02:16PM   6      A.   YES.

02:16PM   7                MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:16PM   8      ADMIT EXHIBIT 4014.

02:16PM   9                MR. WADE:  NO OBJECTION.

02:16PM   10               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM   11          (GOVERNMENT'S EXHIBIT 4014 WAS RECEIVED IN EVIDENCE.)

02:17PM   12               MR. BOSTIC:  LET'S START, PLEASE, WITH THE BOTTOM OF

02:17PM   13      PAGE 1, AND IF WE CAN CAPTURE THE EMAIL MESSAGE RIGHT THERE.

02:17PM   14      Q.   DR. ROSENDORFF, YOU'RE NOT ON THIS EMAIL EITHER; CORRECT?

02:17PM   15      A.   CORRECT.

02:17PM   16      Q.   AND THIS IS AN EMAIL FROM DANIEL YOUNG TO SUNNY BALWANI

02:17PM   17      AND ELIZABETH HOLMES; IS THAT RIGHT?

02:17PM   18      A.   CORRECT.

02:17PM   19      Q.   AND ON OCTOBER 17TH, 2013, DANIEL YOUNG WRITES AN EMAIL

02:17PM   20      WITH THE SUBJECT LINE CLIA UPDATES.

02:17PM   21           DO YOU SEE THAT?

02:17PM   22      A.   YES.

02:17PM   23      Q.   LET'S LOOK AT PAGE 2 OF THIS EMAIL, PLEASE.  LET'S ZOOM IN

02:17PM   24      AT THE BOTTOM OF THE PAGE ON LINE ITEM 3 ON THE LIST.

02:18PM   25               THERE'S A HEADING IN THIS LIST TITLED ELECTROLYTES/ISE.

02:18PM  1        DO YOU SEE THAT?

02:18PM  2    A.   YES.

02:18PM  3    Q.   AND MR. DANIEL YOUNG WRITES TO MS. HOLMES AND MR. BALWANI,

02:18PM  4    "OUR NA, K, CI TEST RESULTS ARE STILL NOT AS RELIABLE AS I

02:18PM  5    WOULD LIKE."

02:18PM  6    A.   YES.

02:18PM  7    Q.   AND WHAT IS HE REFERRING TO THERE?

02:18PM  8    A.   THE SODIUM, POTASSIUM, AND CHLORIDE ASSAYS THAT ARE

02:18PM  9    PERFORMED USING THE ION SELECTIVE ELECTRODE.

02:18PM  10   Q.   OKAY.  AND THEY SAY -- HE SAYS THEY'RE STILL NOT AS

02:18PM  11   RELIABLE AS HE WOULD LIKE.

02:18PM  12       AROUND THIS TIME IN OCTOBER OF 2013, CAN YOU REMINDS US

02:18PM  13   HOW LONG AFTER THE COMMERCIAL LAUNCH OF THE THERANOS TESTS WE

02:18PM  14   WERE AT THIS POINT?

02:18PM  15   A.   APPROXIMATELY FIVE WEEKS.

02:19PM  16   Q.   WERE YOU AWARE THIS EARLY OF PROBLEMS PLAGUING THE ISE

02:19PM  17   TEST AT THERANOS?

02:19PM  18   A.   YES.

02:19PM  19   Q.   AND DID THOSE ISE PROBLEMS CONTINUE OVER THE MONTHS THAT

02:19PM  20   YOU WERE LAB DIRECTOR AT THE COMPANY?

02:19PM  21   A.   YES.  DO YOU WANT ME TO ELABORATE OR --

02:19PM  22   Q.   IF THERE'S MORE TO YOUR ANSWER.

02:19PM  23   A.   I WOULD COMPLAIN ABOUT THEM.  FOLKS WOULD NOTE THE

02:19PM  24   PROBLEM.  DANIEL WOULD SAY HE'S WORKING ON A FIX, AND IN SOME

02:19PM  25   INSTANCES HE WOULD SHOW ME DATA THAT SUGGESTED OR THAT

02:19PM   1    INDICATED A FIX, AND THEN THE PROBLEMS MIGHT STABILIZE FOR A

02:19PM   2    WHILE, BUT THEY WOULD COME BACK.

02:19PM   3    Q.   LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  THE MIDDLE EMAIL

02:20PM   4    FROM DANIEL YOUNG, JUST A QUICK UPDATE.

02:20PM   5         WE JUST LOOKED AT AN EMAIL FROM OCTOBER 17TH.  NOW WE'RE

02:20PM   6    LOOKING AT AN OCTOBER 21ST EMAIL; IS THAT CORRECT?

02:20PM   7    A.   CORRECT.

02:20PM   8    Q.   DANIEL YOUNG SAYS TO SUNNY BALWANI AND ELIZABETH HOLMES,

02:20PM   9    "JUST A QUICK UPDATE, WE STILL ARE HAVING ISE CHALLENGES.

02:20PM  10    THERE ARE SEVERAL RESULTS RECENTLY THAT ARE OUT OF RANGE NORMAL

02:20PM  11    THAT I DO NOT BELIEVE.  SO AS A RESULT WE ARE NOT REPORTING

02:20PM  12    THESE RESULTS."

02:20PM  13         DO YOU SEE THAT?

02:20PM  14    A.   YES.

02:20PM  15    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY OF ISE ISSUES AT

02:20PM  16    THIS TIME?

02:20PM  17    A.   YES, WE WERE NOT REPORTING RESULTS THAT WERE OUT OF RANGE,

02:20PM  18    THAT WERE OUTSIDE OF THE REFERENCE RANGE, YEAH.

02:20PM  19    Q.   LET'S LOOK NEXT AT EXHIBIT 1828.

02:21PM  20         THE GOVERNMENT MOVES TO ADMIT EXHIBIT 1828.  I BELIEVE THE

02:21PM  21    DEFENSE HAS STIPULATED.

02:21PM  22              MR. WADE:  WE HAVE, YOUR HONOR.

02:21PM  23              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:21PM  24    PUBLISHED.

02:21PM  25         (GOVERNMENT'S EXHIBIT 1828 WAS RECEIVED IN EVIDENCE.)

02:21PM   1        MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN GO TO PAGE 2 OF

02:21PM   2   THIS EXHIBIT.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL

02:21PM   3   THERE.

02:21PM   4   Q.   DR. ROSENDORFF, DO YOU SEE THIS IS AN EMAIL THAT YOU SENT

02:21PM   5   ON JUNE 25TH, 2014?

02:21PM   6   A.   YES.

02:21PM   7   Q.   AND YOU WRITE TO DANIEL YOUNG AND SUNNY BALWANI; IS THAT

02:21PM   8   CORRECT?

02:21PM   9   A.   YES.

02:21PM  10   Q.   YOU SAY, "ALL, I WANTED TO GIVE SOME SUMMARY STATISTICS ON

02:21PM  11   PERFORMANCE OF OUR POTASSIUM ASSAY SINCE IT WAS OPTIMIZED ON

02:21PM  12   5/24."

02:21PM  13        DO YOU RECALL WHAT OPTIMIZED WOULD MEAN IN THIS CONTEXT?

02:22PM  14   A.   AT ONE POINT THERE WAS A CALIBRATION CURVE THAT WAS PUT ON

02:22PM  15   THE SAME RUN AS THE PATIENT SAMPLES THAT APPEARED TO FIX THE

02:22PM  16   PROBLEM, OR THAT I WAS TOLD WOULD FIX THE PROBLEM, AND SO I

02:22PM  17   WANTED TO EVALUATE THE PERFORMANCE OF THE POTASSIUM ASSAY AFTER

02:22PM  18   THAT FIX.

02:22PM  19   Q.   WHO WAS IT WHO TOLD YOU THAT THAT FIX WOULD ADDRESS THE

02:22PM  20   PROBLEM?

02:22PM  21   A.   DANIEL, DANIEL YOUNG.

02:22PM  22   Q.   YOUR EMAIL TO DANIEL YOUNG AND SUNNY BALWANI ON THAT DATE

02:22PM  23   INCLUDES SOME INFORMATION ABOUT RECENT RESULTS SINCE THAT

02:22PM  24   OPTIMIZATION; IS THAT CORRECT?

02:22PM  25   A.   CORRECT.

02:22PM   1    Q.   BELOW THOSE RESULTS YOU LIST THREE IMPRESSIONS.

02:22PM   2         DO YOU SEE THAT?

02:23PM   3    A.   YES.

02:23PM   4    Q.   AND CAN YOU READ OR SUMMARIZE THOSE IMPRESSIONS FOR US?

02:23PM   5    A.   YES.  BASED ON THE REFERENCE RANGE, YOU WOULD EXPECT

02:23PM   6    2.5 PERCENT OF POTASSIUMS TO BE ABOVE THE REFERENCE RANGE.

02:23PM   7         WHAT WE WERE SEEING IS 10.3 PERCENT, THEREFORE, TOO MANY

02:23PM   8    POTASSIUMS WERE BEING FLAGGED AS HIGH BASED ON THE REFERENCE

02:23PM   9    RANGE THAT WE CHOSE.

02:23PM   10   Q.   AND CAN I ASK YOU ABOUT THAT?  WHY WOULD THAT BE AN ISSUE?

02:23PM   11   AS LAB DIRECTOR, WHY DID THAT CAUSE YOU CONCERN?

02:23PM   12   A.   AGAIN, IT WOULD POINT TO ACCURACY PROBLEMS.  IT WOULD BE

02:23PM   13   REPORTING OUT FALSELY HIGH POTASSIUM RESULTS TO PATIENTS AND

02:23PM   14   THEIR PHYSICIANS.

02:23PM   15   Q.   AND IS THAT ADDRESSED IN THE FIRST BULLET POINT WHERE YOU

02:24PM   16   SAY, "TOO MANY POTASSIUMS ARE FLAGGING HIGH BASED ON THE RR WE

02:24PM   17   HAVE CHOSEN"?

02:24PM   18   A.   YES.

02:24PM   19   Q.   AND WHAT DOES RR STAND FOR?

02:24PM   20   A.   REFERENCE RANGE.

02:24PM   21   Q.   AND HOW ABOUT THE SECOND BULLET POINT?  CAN YOU EXPLAIN TO

02:24PM   22   US WHAT THE ISSUE WAS THERE?

02:24PM   23   A.   YES.  SO I DON'T WANT TO GET TOO TECHNICAL, BUT YOU CHOOSE

02:24PM   24   A REFERENCE RANGE BASED ON WHAT YOU SEE IN 95 PERCENT OF THE

02:24PM   25   POPULATION.  THAT LEAVES ANOTHER 5 PERCENT THAT WERE EXPECTED

02:24PM   1    TO HAVE AN ABNORMAL RESULT.  IT COULD EITHER BE A HIGH RESULT

02:24PM   2    OR A LOW RESULT, SO THAT GIVES YOU 2.5 PERCENT ON EITHER END.

02:24PM   3        SO WE WOULD EXPECT 2.5 PERCENT OF PATIENTS TO HAVE A LOW

02:24PM   4    POTASSIUM.

02:24PM   5        WHAT WE WERE OBSERVING WAS 1.4 PERCENT.  THAT'S WHY I SAY

02:24PM   6    TOO FEW POTASSIUMS ARE FLAGGING LOW.

02:24PM   7    Q.   AND HOW ABOUT THE THIRD BULLET POINT THERE?  YOU SAY, "OUR

02:24PM   8    TEST IS CURRENTLY NOT CAPABLE OF DIFFERENTIATING TRUE CRITICAL

02:25PM   9    POTASSIUM FROM POTASSIUM ELEVATED DUE TO COLLECTION, OR, LESS

02:25PM  10    LIKELY, ASSAY ISSUES, BECAUSE WE ARE ORDERING REDRAW FOR ALL

02:25PM  11    POTASSIUM ABOVE A CERTAIN LEVEL."

02:25PM  12        WHY WAS THAT A PROBLEM?

02:25PM  13    A.   IF YOU'RE REPORTING OUT A CRITICAL POTASSIUM, OTHERWISE

02:25PM  14    KNOWN AS A PANIC VALUE, THAT REQUIRES IMMEDIATE ATTENTION,

02:25PM  15    MEDICAL ATTENTION.

02:25PM  16        AS WAS MENTIONED IN A PREVIOUS EMAIL, A PATIENT WAS ON

02:25PM  17    VACATION IN NEW YORK AND HAD TO IMMEDIATELY GO GET THEIR

02:25PM  18    POTASSIUM TESTED AND IT CAME OUT NORMAL.

02:25PM  19        OBVIOUSLY IN A CASE WHERE A PATIENT HAS A NORMAL POTASSIUM

02:25PM  20    AND YOU'RE REPORTING A CRITICAL RESULT, IT'S GOING TO RESULT IN

02:25PM  21    A LOT OF ANXIETY AND INCONVENIENCE FOR THAT PATIENT AND THEIR

02:25PM  22    FAMILIES.

02:25PM  23        BY THE SAME TOKEN, YOU COULD HAVE A PATIENT WITH A

02:26PM  24    CRITICAL POTASSIUM LEVEL, BUT I DIDN'T HAVE FAITH THAT --

02:26PM  25    BASICALLY I DIDN'T HAVE FAITH THAT THAT WAS A TRUE RESULT

02:26PM  1    BECAUSE I MENTIONED THE ISSUES WITH COLLECTION AND WITH THE

02:26PM  2    ASSAY.

02:26PM  3         SO IF YOU VOID A CRITICAL POTASSIUM, THE PATIENT TRULY

02:26PM  4    DOES HAVE A CRITICAL POTASSIUM, THEY COULD BE IN A LIFE

02:26PM  5    THREATENING SITUATION THAT WOULDN'T BE ADDRESSED MEDICALLY.

02:26PM  6    Q.   LET'S ZOOM OUT AND LOOK AT THE EMAIL AT THE TOP OF THIS

02:26PM  7    PAGE.

02:26PM  8         THIS IS AN EMAIL FROM SUNNY BALWANI TO YOU AND

02:26PM  9    DANIEL YOUNG; IS THAT RIGHT?

02:26PM 10    A.   CORRECT.

02:26PM 11    Q.   AND MR. BALWANI SAYS, "ADAM.  I AGREE WE NEED TO RESOLVE

02:26PM 12    THE POTASSIUM ISSUE.  I AM ON THE ROAD THRU FRIDAY SO WILL SEND

02:27PM 13    OUT A MEETING REQUEST FOR MONDAY.  THANKS."

02:27PM 14         AND THIS WAS ON MONDAY?

02:27PM 15    A.   CORRECT.

02:27PM 16    Q.   AND DID YOU FEEL THAT THIS WAS AN ISSUE THAT COULD WAIT

02:27PM 17    SEVERAL DAYS TO BE RESOLVED?

02:27PM 18    A.   IT WAS AN EMERGENT ISSUE.  THE FACT THAT I TOLD THE LAB TO

02:27PM 19    VOID THE CRITICAL RESULTS SOMEWHAT LESSENED THE MEDICAL IMPACT

02:27PM 20    OF THIS ISSUE, BUT THIS COMPLAINT OF MINE HAD BEEN GOING ON

02:27PM 21    SINCE THE YEAR BEFORE.

02:27PM 22         IN MY MIND, IT WAS AN EMERGENT ISSUE, BUT IT WASN'T BEING

02:27PM 23    VIEWED AS SUCH BY THE COMPANY.

02:27PM 24    Q.   UNDERSTOOD.  LET'S LOOK AT PAGE 1 OF THIS EXHIBIT, PLEASE,

02:27PM 25    AND LET'S ZOOM IN ON THE TEXT BELOW THE TABLE.

02:27PM   1            FIRST, DO YOU SEE THIS IS PART OF AN EMAIL FROM

02:28PM   2    DANIEL YOUNG TO YOURSELF AND MR. BALWANI?

02:28PM   3    A.   YES.

02:28PM   4    Q.   OKAY.  LET'S ZOOM IN ON THAT TEXT.

02:28PM   5            DO YOU SEE DANIEL YOUNG'S EMAIL INCLUDES A NUMBERED LIST

02:28PM   6    PROVIDING HIS THOUGHTS ON WHAT MIGHT BE CAUSING THE ISSUE?

02:28PM   7    A.   YES.

02:28PM   8    Q.   AND DO YOU SEE THAT BELOW THAT HE SAYS, "WE PLAN TO STUDY

02:28PM   9    TO UNDERSTAND THESE FACTORS AND WILL THEN MAKE REFINEMENTS

02:28PM  10    WHERE NEEDED.  I THINK WE ARE VERY CLOSE TO HAVING PERFECTED

02:28PM  11    OUR POTASSIUM ASSAY."

02:28PM  12    A.   YES.

02:28PM  13    Q.   AND DID YOU AGREE WITH MR. YOUNG THAT THE COMPANY WAS

02:28PM  14    CLOSE TO PERFECTING THE POTASSIUM ASSAY AT THAT TIME?

02:28PM  15    A.   NO.

02:28PM  16    Q.   DID PROBLEMS WITH THE POTASSIUM ASSAY AND OTHER ISE'S

02:28PM  17    CONTINUE AFTER JUNE 2014?

02:28PM  18    A.   YES.

02:29PM  19    Q.   AND TO BE CLEAR, HOW LONG HAD THE COMPANY BEEN USING THIS

02:29PM  20    POTASSIUM ASSAY ON ACTUAL PATIENTS AT THIS POINT?

02:29PM  21    A.   SINCE EARLY 2013.

02:29PM  22    Q.   LET'S JUST ZOOM IN BRIEFLY ON THE TOP OF THIS PAGE,

02:29PM  23    PLEASE.

02:29PM  24            DR. ROSENDORFF, DO YOU SEE AT THE TOP OF EXHIBIT 1828

02:29PM  25    MR. BALWANI FORWARDS THIS EMAIL, THIS INFORMATION TO

02:29PM  1    ELIZABETH HOLMES ON JUNE 28TH, 2014?

02:29PM  2    A.   YES.

02:29PM  3    Q.   LET'S LOOK AT EXHIBIT 4292, PLEASE.

02:30PM  4         YOUR HONOR, THE GOVERNMENT MOVES EXHIBIT 4292 INTO

02:30PM  5    EVIDENCE.  I BELIEVE THE DEFENSE HAS STIPULATED.

02:30PM  6              MR. WADE:  WE DO, YOUR HONOR.

02:30PM  7              THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

02:30PM  8    PUBLISHED.

02:30PM  9         (GOVERNMENT'S EXHIBIT 4292 WAS RECEIVED IN EVIDENCE.)

02:30PM  10             MR. BOSTIC:  MS. HOLLIMAN, LET'S GO TO PAGE 2,

02:30PM  11   PLEASE.  LET'S ZOOM IN ON THE BOTTOM EMAIL.

02:30PM  12   Q.   DR. ROSENDORFF, DO YOU SEE AN EMAIL FROM OCTOBER 2014 FROM

02:30PM  13   SOMEONE NAME ANAM KHAN?

02:30PM  14   A.   YES.

02:30PM  15   Q.   AND WHO WAS ANAM KHAN?

02:30PM  16   A.   A CUSTOMER SERVICE REPRESENTATIVE.

02:30PM  17   Q.   AND THE SUBJECT LINE OF THE EMAIL IS CRITICAL ISE'S; IS

02:31PM  18   THAT RIGHT?

02:31PM  19   A.   YES.

02:31PM  20   Q.   AND THE TEXT OF THE EMAIL SAYS -- THE PATIENT'S NAME IS

02:31PM  21   REDACTED, BUT HE INDICATES THAT THE PHYSICIAN CALLED TODAY

02:31PM  22   ASKING WHY ISE'S WEREN'T INCLUDED ON HER FINAL REPORT.

02:31PM  23        DO YOU SEE THAT?

02:31PM  24   A.   YES.

02:31PM  25   Q.   A COUPLE LINES DOWN HE SAYS -- ACTUALLY, JUST CONTINUING

02:31PM 1   ON.  HE SAYS, "ONLY COMP WAS ORDERED, BUT ISE'S WERE VOIDED, SO

02:31PM 2   I EXPLAINED THAT THE PATIENT WOULD NEED TO COME BACK IN TO BE

02:31PM 3   REDRAWN."

02:31PM 4       DO YOU SEE THAT?

02:31PM 5   A.   YES.

02:31PM 6   Q.   AND WHAT DID THAT MEAN AGAIN WHEN ISE RESULTS WERE VOIDED?

02:31PM 7   A.   IF THEY WERE ABOVE OR BELOW THE REFERENCE RANGE, THEY

02:31PM 8   WOULD NOT APPEAR AS VALUES AND THE STATEMENT WOULD APPEAR ON

02:31PM 9   THE REPORTS VOIDED BY LABORATORY.

02:31PM 10  Q.   THE EMAIL GOES ON TO SAY, "THE LADY I SPOKE TO MENTIONED

02:31PM 11  THAT THEY REALLY NEEDED THE SODIUM RESULT BECAUSE THE PATIENT

02:31PM 12  HAD LOW SODIUM LEVELS AND THAT'S WHAT THEY WERE CHECKING.  I

02:32PM 13  NOTICED THE SODIUM RESULTS WERE CRITICAL LOW SO I ASSUME THAT'S

02:32PM 14  WHY WE VOIDED IT.  IS IT POSSIBLE THAT THAT WAS THE TRUE VALUE?

02:32PM 15  IF SHE COMES IN AGAIN AND THE VALUE IS STILL CRITICAL LOW, WILL

02:32PM 16  IT JUST BE VOIDED AGAIN?"

02:32PM 17      DO YOU SEE THAT?

02:32PM 18  A.   YES.

02:32PM 19  Q.   AND IS THIS AN EXAMPLE OF WHY THIS PRACTICE CAUSED YOU

02:32PM 20  CONCERN AT THERANOS?

02:32PM 21  A.   YES.  YES.  THIS WAS A PATIENT WITH A HISTORY OF LOW

02:32PM 22  SODIUM THAT BY POLICY WE WERE VOIDING LOW SODIUMS, SO THIS TEST

02:32PM 23  WAS OF NO VALUE TO HER.

02:32PM 24  Q.   AND WE SPOKE EARLIER ABOUT THE ALTERNATIVE OF JUST NOT

02:32PM 25  OFFERING THE TEST TO BEGIN WITH?

02:32PM  1    A.   CORRECT.

02:32PM  2    Q.   DID YOU FEEL AT THIS TIME THAT THAT OPTION WOULD HAVE BEEN

02:32PM  3    A BETTER SERVICE TO THIS INDIVIDUAL PATIENT?

02:32PM  4    A.   I THINK THAT NOW.  I BELIEVE THAT NOW.

02:32PM  5         I DIDN'T GO THROUGH THAT THOUGHT PROCESS AT THE TIME,

02:33PM  6    YEAH.

02:33PM  7    Q.   LET'S LOOK AT HOW YOU RESPONDED AT THE TIME.  LET'S ZOOM

02:33PM  8    BACK OUT AND ZOOM BACK IN ON THE MESSAGE DIRECTLY ABOVE THAT

02:33PM  9    ONE.  LET'S INCLUDE THE HEADER.

02:33PM 10         THANK YOU.

02:33PM 11         DO YOU SEE AN EMAIL FROM YOU ON OCTOBER 27TH, 2014?

02:33PM 12    A.   YES.

02:33PM 13    Q.   AND TO WHOM DID YOU SEND THIS EMAIL?

02:33PM 14    A.   TO BOTH SUNNY BALWANI AND ELIZABETH HOLMES.

02:33PM 15    Q.   YOUR EMAIL SAYS, "I WANTED TO BRING THIS IMPORTANT ISSUE

02:33PM 16    TO YOUR ATTENTION.  RIGHT NOW, AFTER MUCH COOPERATIVE

02:33PM 17    DISCUSSION BETWEEN CLIA AND R&D AND THOUGHT, IF THE CTN SODIUM

02:33PM 18    IS BELOW 120 MM OR ABOVE 160 MM, WE END UP VOIDING THE RESULT,

02:33PM 19    BECAUSE WE HAVE NO WAY OF KNOWING FOR SURE WHETHER THE RESULT

02:33PM 20    IS TRULY ABNORMAL OR ARTIFACTUAL TO THE ASSAY, OR RELATED TO A

02:34PM 21    SPECIMEN INTEGRITY ISSUE."

02:34PM 22         DID I READ THAT CORRECTLY?

02:34PM 23    A.   YES.

02:34PM 24    Q.   AND YOU MENTIONED THAT THERE ARE CONDITIONS WHERE PATIENTS

02:34PM 25    CAN ACTUALLY HAVE A CRITICAL SODIUM LEVEL AND THAT WOULD BE

02:34PM  1    THEIR GENUINE RESULT; IS THAT TRUE?

02:34PM  2    A.   CORRECT.

02:34PM  3    Q.   AND YOU THEN HIGHLIGHT THE EXAMPLE BELOW THAT WAS SENT TO

02:34PM  4    YOU AND YOU SAY, "I AM NOT SURE OF THE CLINICAL VALUE OF A

02:34PM  5    SODIUM ASSAY, WHICH IN THE ONLY TIME WE CAN REPORT IT IS WHEN

02:34PM  6    IT IS NOT CRITICAL, AND THE VERY SITUATIONS THAT REQUIRE

02:34PM  7    ACCURATE MEASUREMENT AND REPORTING OF ABNORMAL OF SODIUM

02:34PM  8    RESULTS ARE VOIDED."

02:34PM  9         CAN YOU EXPLAIN WHAT YOU MEANT BY THAT?

02:34PM  10   A.   YES.   THIS IS A PATIENT WITH A MEDICAL CONDITION THAT

02:34PM  11   RESULTS IN A HIGH SODIUM.   IT'S FOR THEIR -- IT'S THEIR OWN

02:34PM  12   DDAVP, WHICH IS THE TREATMENT.

02:35PM  13        AND THAT LOWERS THE SODIUM.   IT'S CRITICALLY FOR DRUG

02:35PM  14   MONITORING.   FOR MONITORING WHETHER THIS DDAVP TREATMENT IS

02:35PM  15   EFFECTIVE, IT'S CRITICAL THAT THE SODIUM IS MEASURED

02:35PM  16   ACCURATELY.

02:35PM  17        IF THE PATIENT IS NOT BEING TREATED APPROPRIATELY, THEY

02:35PM  18   WOULD STILL HAVE A HIGH SODIUM, BUT THE LABORATORY WOULD SAY,

02:35PM  19   OH, WELL, WE HAD TO VOID THIS.

02:35PM  20        SO THAT'S WHERE THE ASSAY REALLY HAS ITS CLINICAL VALUE,

02:35PM  21   AND THOSE ARE THE TIMES WHEN WE WOULD END UP VOIDING THE

02:35PM  22   RESULTS.

02:35PM  23   Q.   AND WAS YOUR CONCERN THAT THE THERANOS ASSAY WAS NOT

02:35PM  24   DELIVERING THAT CLINICAL VALUE AT THIS TIME?

02:35PM  25   A.   YES, YES.

02:35PM   1    Q.   YOUR EMAIL GOES ON TO SAY, "ALL OF US IN CLIA SHARE THE

02:35PM   2    SAME CONCERNS.  HOW IS THE 4S SODIUM DOING?  MAYBE WE CAN USE

02:35PM   3    THE 4S FOR ISE'S?"

02:35PM   4         WHAT WERE YOU SUGGESTING THERE?

02:36PM   5    A.   I HAD HEARD FROM OTHER FOLKS AND BY EMAIL THAT THE 4S WAS

02:36PM   6    IN DEVELOPMENT.  THIS WAS AN INSTRUMENT IN DEVELOPMENT THAT

02:36PM   7    COULD DO BOTH COMPLETE BLOOD COUNTS AND GENERAL CHEMISTRY

02:36PM   8    ASSAYS.

02:36PM   9         I WAS REALLY STRUGGLING, GRASPING AT STRAWS TRYING TO FIND

02:36PM   10   AN ALTERNATIVE WAY OF MEASURING SODIUM USING A THERANOS METHOD.

02:36PM   11   Q.   AND YOU THOUGHT MAYBE THIS NEXT GENERATION DEVICE MIGHT BE

02:36PM   12   THE ANSWER?

02:36PM   13   A.   CORRECT.

02:36PM   14   Q.   AND DID YOU LEAVE THERANOS STILL HAVING NEVER SEEN ONE OF

02:36PM   15   THESE NEXT GENERATION DEVICES?

02:36PM   16   A.   NEVER SAW IT.

02:36PM   17   Q.   LET'S LOOK AT PAGE 1 OF THIS EMAIL, AND LET'S ZOOM IN ON

02:37PM   18   THE MIDDLE MESSAGE FROM MR. BALWANI.

02:37PM   19        THANK YOU.

02:37PM   20        MR. BALWANI RESPONDS TO THIS CHAIN TO SAY, "I HAVE NOT

02:37PM   21   HEARD ANY ISSUES ON ADVIAS OR ISE'S, BUT I KNOW THERE ARE

02:37PM   22   ISSUES THAT ARE NOW CAUSING US A LOT OF PAIN."

02:37PM   23        AT THIS POINT IN OCTOBER OF 2014, HAD YOU SPECIFICALLY

02:37PM   24   DISCUSSED ISE ISSUES ON ADVIAS WITH MR. BALWANI?

02:37PM   25   A.   YES.

02:38PM   1    Q.   LET'S LOOK AT EXHIBIT 4182.  LET ME KNOW WHEN YOU HAVE

02:38PM   2    EXHIBIT 4182 IN FRONT OF YOU.

02:38PM   3    A.   I HAVE IT.

02:38PM   4    Q.   OKAY.  I'LL ASK YOU TO PLEASE LOOK AT PAGE 3 OF THE

02:38PM   5    EXHIBIT.

02:38PM   6         DO YOU SEE THIS IS AN EMAIL CHAIN BETWEEN INDIVIDUALS AT

02:38PM   7    THERANOS INCLUDING MAX FOSQUE, DANIEL YOUNG, SUNNY BALWANI, AND

02:38PM   8    CHRISTIAN HOLMES?

02:38PM   9    A.   YES.

02:38PM   10   Q.   AND DO YOU SEE THAT THIS EMAIL RELATES TO A PARTICULAR LAB

02:38PM   11   RESULT GENERATED AT THERANOS?

02:38PM   12   A.   YES.

02:38PM   13   Q.   AND DO YOU SEE THAT IT'S CHECKED IMPORTANCE LEVEL HIGH IN

02:38PM   14   THE EMAIL?

02:38PM   15   A.   YES.

02:39PM   16        MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:39PM   17   ADMIT EXHIBIT 4182.

02:39PM   18        MR. WADE:  WITH THE COURT'S INDULGENCE FOR ONE

02:39PM   19   SECOND.

02:39PM   20        (PAUSE IN PROCEEDINGS.)

02:39PM   21        MR. WADE:  THERE ARE 805 ISSUES WITH THIS ONE,

02:39PM   22   YOUR HONOR.  802.

02:39PM   23        THE COURT:  MR. BOSTIC, ARE YOU ASKING THAT THIS BE

02:39PM   24   ADMITTED FOR A SPECIFIC PURPOSE?

02:39PM   25        MR. BOSTIC:  YOUR HONOR, I CAN MOVE ON FROM THIS ONE

02:39PM   1    FOR NOW.

02:39PM   2    Q.   LET'S LOOK INSTEAD, DR. ROSENDORFF, AT EXHIBIT 4298,

02:39PM   3    PLEASE.

02:40PM   4    A.   OKAY.

02:40PM   5    Q.   AND DO YOU SEE THAT EXHIBIT 4298 IS AN EMAIL INCLUDING

02:40PM   6    SUNNY BALWANI AND ELIZABETH HOLMES?

02:40PM   7    A.   THE EMAIL AT THE TOP OF THE PAGE, YES, AT THE TOP OF THE

02:40PM   8    EXHIBIT.

02:40PM   9    Q.   AND DO YOU SEE THAT THE SUBJECT LINE IS CRITICAL ISE'S?

02:40PM   10   A.   YES.

02:40PM   11            MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:40PM   12   ADMIT EXHIBIT 4298.

02:40PM   13            MR. WADE:  NO OBJECTION.

02:40PM   14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:40PM   15        (GOVERNMENT'S EXHIBIT 4298 WAS RECEIVED IN EVIDENCE.)

02:40PM   16   BY MR. BOSTIC:

02:40PM   17   Q.   DO YOU RECALL LOOKING AT THIS EMAIL CHAIN EARLIER, AND

02:40PM   18   I'LL DIRECT YOU TO PAGE 3 OF THE EXHIBIT.

02:41PM   19        AND LET'S ZOOM IN ON THE BOTTOM HALF OF THE PAGE, PLEASE.

02:41PM   20        DO YOU RECALL, DR. ROSENDORFF, WE WERE RECENTLY LOOKING AT

02:41PM   21   THIS EMAIL CHAIN ABOUT CRITICAL ISE'S?

02:41PM   22   A.   DURING MY TESTIMONY TODAY, YES.

02:41PM   23   Q.   YES.  AND MR. BALWANI ON THE BOTTOM OF THE PAGE SAYS THAT

02:41PM   24   HE HAS NOT HEARD OF ANY ISSUES ON ADVIAS OR ISE'S, AND I ASKED

02:41PM   25   YOU WHAT YOU THOUGHT OF THAT STATEMENT.

02:41PM  1    A.   I DON'T THINK IT'S A GENUINE STATEMENT.  I DON'T THINK

02:41PM  2    HE'S BEING GENUINE, NO.

02:41PM  3    Q.   LET ME ASK YOU TO LOOK AT PAGE 2 OF THIS EXHIBIT.

02:41PM  4         AND LET'S GO THERE, MS. HOLLIMAN.  LET'S ZOOM IN ON THE

02:41PM  5    TOP HALF OF THAT PAGE.

02:42PM  6         DO YOU SEE AT THE TOP THERE AN EMAIL FROM TINA LIN TO

02:42PM  7    NISHIT DOSHI, SUNNY BALWANI, AND DANIEL YOUNG?

02:42PM  8    A.   YES.

02:42PM  9    Q.   SHE SAYS, "WE SHOULD ALSO CONSIDER WHETHER XPT WILL SOLVE

02:42PM  10   THE PROBLEMS WE'RE CURRENTLY SEEING."

02:42PM  11        DO YOU SEE THAT?

02:42PM  12   A.   YES.

02:42PM  13   Q.   AND DO YOU KNOW WHAT XPT IS REFERRING TO?

02:42PM  14   A.   THIS IS A NEW MODEL OF THE ADVIA WITH HIGHER THROUGHPUT.

02:42PM  15   Q.   AND IS THIS ANOTHER THIRD PARTY DEVICE?

02:42PM  16   A.   CORRECT.

02:42PM  17   Q.   AND WAS THIS NEW MODEL OF THE ADVIA INVENTED OR DEVELOPED

02:42PM  18   OR MANUFACTURED BY THERANOS?

02:42PM  19   A.   NO.  IT WAS A SIEMENS INSTRUMENT.

02:42PM  20   Q.   DO YOU KNOW AT THIS TIME WHETHER THERANOS WAS CONSIDERING

02:42PM  21   PURCHASING ONE OR MORE XPT ANALYZERS FROM SIEMENS?

02:43PM  22   A.   AT THIS POINT I BELIEVE THERANOS HAD ALREADY PURCHASED

02:43PM  23   SOME XPT INSTRUMENTS.

02:43PM  24   Q.   AND IS IT YOUR RECOLLECTION THAT THERANOS PURCHASED

02:43PM  25   ADDITIONAL SIEMENS XPT INSTRUMENTS BEFORE COMPLETING WORK ON

02:43PM  1     ITS 4S OR MINILAB DEVICES?

02:43PM  2     A.   CORRECT.

02:43PM  3     Q.   OKAY.  WE CAN PUT THAT ONE ASIDE.

02:43PM  4          LET'S LOOK AT EXHIBIT 1953, PLEASE.

02:44PM  5          DO YOU HAVE EXHIBIT 1953 IN FRONT OF YOU?

02:44PM  6     A.   YES.

02:44PM  7     Q.   AND WE SPOKE ABOUT ISE'S.

02:44PM  8          DO YOU SEE IN FRONT OF YOU AN EMAIL CHAIN RELATING TO

02:44PM  9     CALCIUM RESULTS AT THERANOS?

02:44PM 10     A.   I SEE AN EMAIL FROM CHRISTIAN TO HIS SISTER, ELIZABETH,

02:44PM 11     ABOUT A CANDID CONVERSATION SAYING THAT THERE ARE ISSUES WITH

02:44PM 12     CALCIUM, POTASSIUM, AND SODIUM.

02:44PM 13     Q.   LET ME DIRECT YOU TO PAGE 2 OF THE EXHIBIT.

02:44PM 14     A.   AH.  OKAY.  I SEE AN EMAIL FROM ERIC NELSON TO MIKE PHEBUS

02:44PM 15     COPYING KIMBERLY ALFONSO REGARDING HIGH POTASSIUM -- THE HIGH

02:44PM 16     CALCIUM LEVEL.

02:44PM 17     Q.   AND AS YOU POINTED OUT, THE EMAIL CHAIN EVENTUALLY

02:45PM 18     CULMINATES IN AN EMAIL FROM CHRISTIAN HOLMES TO

02:45PM 19     ELIZABETH HOLMES; IS THAT RIGHT?

02:45PM 20     A.   YES.

02:45PM 21              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

02:45PM 22     ADMIT EXHIBIT 1953.

02:45PM 23              MR. WADE:  NO OBJECTION.

02:45PM 24              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:45PM 25          (GOVERNMENT'S EXHIBIT 1953 WAS RECEIVED IN EVIDENCE.)

02:45PM   1              MR. BOSTIC:  MS. HOLLIMAN, LET'S START ON PAGE 2,

02:45PM   2     PLEASE.  LET'S ZOOM IN ON THE TEXT OF THE BOTTOM EMAIL MESSAGE

02:45PM   3     THERE.

02:45PM   4     Q.   FIRST OF ALL, BEFORE WE DO THAT, DR. ROSENDORFF, DO YOU

02:45PM   5     SEE THAT THE FIRST EMAIL IN THIS CHAIN IS FROM ERIC NELSON TO

02:45PM   6     MIKE PHEBUS AND KIMBERLY ALFONSO?

02:45PM   7     A.   YES.

02:45PM   8     Q.   AND WHAT WERE THE ROLES OF THESE INDIVIDUALS AT THERANOS,

02:45PM   9     IF YOU RECALL?

02:45PM  10     A.   I DIDN'T KNOW MIKE PHEBUS.  I RECOGNIZED KIMBERLY'S NAME.

02:46PM  11     AS I MENTIONED BEFORE, I'M NOT SURE OF HER EXACT ROLE.

02:46PM  12     Q.   THE EMAIL FROM ERIC NELSON READS, "MIKE AND KIMBERLY,

02:46PM  13     FOUNTAIN HILLS OFFICE HAS HAD A COUPLE OF ISSUES."

02:46PM  14              HE NOTES THAT THIS REPORT IS COMING FROM FOUNTAIN HILLS

02:46PM  15     PEDIATRIC AND INTERNAL MEDICINE.

02:46PM  16              DO YOU SEE THAT?

02:46PM  17     A.   YES.

02:46PM  18     Q.   AND LET'S ZOOM IN ON THE REPORT BELOW.

02:46PM  19              THE REPORTED ISSUE SAYS, "I HAVE HAD 5-6 CALCIUMS LEVELS

02:46PM  20     COME BACK RECENTLY THAT WERE OVER 10 (HYPERCALCEMIA).  THESE

02:46PM  21     PATIENTS HAVE NEVER HAD HIGH CALCIUM IN THE PAST.  SENT ALL

02:46PM  22     PATIENTS TO SQ TO RETEST AND THE CALCIUM LEVELS ARE UNDER 10

02:46PM  23     (NORMAL)."

02:46PM  24              CAN YOU EXPLAIN WHAT THAT WOULD SIGNIFY TO YOU?

02:46PM  25              MR. WADE:  YOUR HONOR, 104, 701.

02:46PM 1          THE COURT:  CAN YOU LAY A FOUNDATION?

02:46PM 2     BY MR. BOSTIC:

02:46PM 3     Q.   DR. ROSENDORFF, YOU TESTIFIED THAT IN YOUR ROLE AS LAB

02:47PM 4     DIRECTOR, YOU WOULD FREQUENTLY FIELD COMPLAINTS AND QUESTIONS

02:47PM 5     FROM MEDICAL PROVIDERS.

02:47PM 6     A.   CORRECT.

02:47PM 7     Q.   AND IS WHAT YOU'RE LOOKING AT SUCH A COMPLAINT FROM A

02:47PM 8     MEDICAL PROVIDER?

02:47PM 9     A.   YES, IT APPEARS TO BE A COMPLAINT FROM A PHYSICIAN

02:47PM 10    ASSISTANT THAT WAS COMMUNICATED TO ERIC NELSON.

02:47PM 11         I DON'T BELIEVE THIS MADE ITS WAY TO ME, THOUGH.

02:47PM 12    Q.   YEAH.  OKAY.

02:47PM 13         LET ME JUST ASK YOU, THE TERM USED IN THE SECTION I JUST

02:47PM 14    READ, "HYPERCALCEMIA," CAN YOU JUST DEFINE THAT?  WHAT IS

02:47PM 15    HYPERCALCEMIA?

02:47PM 16    A.   CALCIUM IS A CHEMICAL ELEMENT.  IT CAN BE HIGH BECAUSE OF

02:47PM 17    ABSORPTION FROM BONE OR RENAL PROBLEMS.  IF IT'S HIGH, IT CAN

02:47PM 18    RESULT IN DEPOSITS IN VARIOUS TISSUES AND CAUSE PROBLEMS.

02:48PM 19    Q.   THE DOCTOR CONTACTING THERANOS IN THIS EMAIL REPORTS THAT

02:48PM 20    SHE HAD PATIENTS COME BACK RECENTLY WITH HIGH CALCIUM RESULTS

02:48PM 21    HAVING NEVER HAD HIGH CALCIUM IN THE PAST.

02:48PM 22         DO YOU SEE THAT THERE?

02:48PM 23    A.   YES.

02:48PM 24    Q.   SHE SAYS, "SENT ALL PATIENTS TO SQ TO RETEST."

02:48PM 25         DO YOU HAVE AN UNDERSTANDING OF WHAT SQ WOULD STAND FOR IN

02:48PM  1    THIS CONTEXT?

02:48PM  2    A.   SONORA QUEST.

02:48PM  3    Q.   AND WHAT IS SONORA QUEST?

02:48PM  4    A.   IT IS THE CHAIN OF RETAIL COLLECTION SITES AND

02:48PM  5    LABORATORIES IN ARIZONA.

02:48PM  6    Q.   WAS IT A COMPETITOR OF THERANOS?

02:48PM  7    A.   YES.

02:48PM  8    Q.   WAS IT A CONVENTIONAL LAB DISSIMILAR TO THERANOS?

02:48PM  9    A.   YES.

02:48PM  10   Q.   THIS EMAIL INDICATES THAT WHEN THOSE PATIENTS WERE SENT TO

02:49PM  11   SONORA QUEST TO RETEST, THEIR CALCIUM LEVELS CAME BACK AS

02:49PM  12   NORMAL.

02:49PM  13       DO YOU SEE THAT THERE?

02:49PM  14   A.   YES.

02:49PM  15   Q.   LET'S ZOOM IN NOW ON THE TOP OF THE PAGE.  AND WE'LL LOOK

02:49PM  16   AT AN EMAIL FROM KIMBERLY ALFONSO TO CHRISTIAN HOLMES AND

02:49PM  17   SUNNY BALWANI.

02:49PM  18       DO YOU SEE THAT?

02:49PM  19   A.   YES.

02:49PM  20   Q.   AND THE EMAIL SAYS, "CHRISTIAN - PLEASE SEE BELOW.  ON #1,

02:49PM  21   LET ME KNOW IF YOU WANT TO HAVE ERIC FURTHER DEFINE THE 5-6

02:49PM  22   PATIENTS AND THEIR RESULTS OR IF WE CAN LOOK UP BY PROVIDER."

02:49PM  23       DO YOU SEE THAT?

02:49PM  24   A.   YES.

02:49PM  25   Q.   AND LET'S LOOK AT PAGE 1 OF THIS EXHIBIT.  AND LET'S LOOK

ROSENDORFF DIRECT BY MR. BOSTIC

02:50PM 1    AT THE BOTTOM HALF AND CHRISTIAN HOLMES'S EMAIL ON

02:50PM 2    SEPTEMBER 23RDRD.

02:50PM 3        DO YOU SEE THAT EMAIL, DR. ROSENDORFF?

02:50PM 4    A.   YES.

02:50PM 5    Q.   AND ON SEPTEMBER 23RD, CHRISTIAN HOLMES WRITES AN EMAIL TO

02:50PM 6    DANIEL YOUNG, INCLUDING SUNNY BALWANI, AND MAX FOSQUE.

02:50PM 7        AT THE BOTTOM OF THAT EMAIL HE SAYS, "FOR MY OWN

02:50PM 8    BACKGROUND, ARE THERE ANY FINDINGS WE CAN RELAY ABOUT HIGH

02:50PM 9    TRENDS IN CALCIUM REPORTING?  SEEMS TO BE BY FAR THE MAJORITY

02:50PM 10   OF QUESTIONS WE GET ABOUT ACCURACY NOW."

02:50PM 11       MY QUESTION FOR YOU IS AROUND THIS TIME IN SEPTEMBER OF

02:50PM 12   2014, WERE YOU ALSO SEEING ISSUES AROUND THE THERANOS CALCIUM

02:50PM 13   TEST?

02:50PM 14   A.   I HAD SEEN ISSUES WITH HIGH CALCIUMS PRIOR TO THIS DATE.

02:50PM 15   Q.   AND SO YOU UNDERSTOOD THIS TO BE A PREEXISTING PROBLEM AT

02:50PM 16   THERANOS?

02:50PM 17   A.   YES.

02:50PM 18   Q.   LET'S ZOOM OUT AND ZOOM IN ON THE TOP HALF OF THIS PAGE,

02:50PM 19   PLEASE.

02:51PM 20       ARE YOU LOOKING NOW AT AN EMAIL FROM CHRISTIAN HOLMES TO

02:51PM 21   ELIZABETH HOLMES SENT ON SEPTEMBER 23RD, 2010?

02:51PM 22   A.   YES.

02:51PM 23   Q.   AND WERE YOU INCLUDED ON THIS EMAIL?

02:51PM 24   A.   NO.

02:51PM 25   Q.   AND WAS MR. BALWANI INCLUDED ON THIS EMAIL?

02:51PM  1    A.   NO.

02:51PM  2    Q.   THE SUBJECT LINE IS CUSTOMER ISSUE -- SIKORSKI.

02:51PM  3         DO YOU SEE THAT?

02:51PM  4    A.   YES.

02:51PM  5    Q.   AND THE IMPORTANCE IS LISTED AS HIGH.

02:51PM  6         DO YOU SEE THAT?

02:51PM  7    A.   YES.

02:51PM  8    Q.   MS. HOLMES'S BROTHER WRITES TO HER, HEY WANTED TO HAVE

02:51PM  9    JUST A MORE CANDID CONVERSATION ABOUT THIS WITH YOU.

02:51PM  10        DO YOU SEE THAT?

02:51PM  11   A.   YES.

02:51PM  12   Q.   AND HE SAYS, I AM ALWAYS CONFIDENT IN OUR TECHNOLOGY, BUT

02:51PM  13   IT'S PRETTY OBVIOUS WE HAVE ISSUES WITH CALCIUM, POTASSIUM, AND

02:51PM  14   SODIUM SPECIFICALLY.

02:51PM  15        DO YOU AGREE WITH MR. HOLMES AT THAT TIME THAT THERANOS

02:52PM  16   WAS HAVING PROBLEMS WITH ITS ASSAYS?

02:52PM  17   A.   I AGREE WITH HIS STATEMENT THAT THERE WERE PROBLEMS WITH

02:52PM  18   THE ASSAYS.  I DON'T AGREE WITH THE SPECIFICALLY PART.

02:52PM  19   Q.   CAN YOU EXPLAIN THAT?  WHY WOULD YOU NOT USE THE WORD

02:52PM  20   "SPECIFICALLY"?

02:52PM  21   A.   I THINK THERE WERE OTHER ASSAYS THAT HAD PROBLEMS.

02:52PM  22   Q.   INCLUDING SOME THAT WE HAVE BEEN SPEAKING ABOUT TODAY?

02:52PM  23   A.   YES.

02:52PM  24   Q.   HOW ABOUT THE FIRST PART OF THAT SENTENCE WHERE

02:52PM  25   CHRISTIAN HOLMES SAYS, "I AM ALWAYS CONFIDENT IN OUR

02:52PM 1    TECHNOLOGY."

02:52PM 2         IN SEPTEMBER OF 2014, WERE YOU CONFIDENT IN THE THERANOS

02:52PM 3    TECHNOLOGY?

02:52PM 4    A.   NO.

02:52PM 5    Q.   CHRISTIAN HOLMES GOES ON TO SAY IN HIS EMAIL, "SUNNY IS ON

02:52PM 6    THESE EMAILS, BUT WANTED TO GET YOUR THOUGHTS SPECIFICALLY ON

02:52PM 7    CONSIDERING TO STOP REPORTING THESE TESTS UNTIL WE FIND THE

02:52PM 8    REASON WE ARE REPORTING AS WE ARE.  I'M 1,000 PERCENT CONFIDENT

02:52PM 9    THIS IS AN EASILY SOLVABLE ISSUE AND ONE THAT WE WILL FIX, BUT

02:52PM 10   JUST MORE A QUESTION AROUND THE COST/BENEFIT OF CONTINUING TO

02:53PM 11   SEND THESE RESULTS TO DOCS WHEN THERE SEEM TO BE ISSUES WITH

02:53PM 12   THEIR ACCURACY."

02:53PM 13        DO YOU SEE THAT?

02:53PM 14   A.   YES.

02:53PM 15   Q.   AND DID THIS REFLECT YOUR SENTIMENT AT THE TIME?

02:53PM 16   A.   YES.

02:53PM 17   Q.   AND HOW ABOUT THE POINT ABOUT BEING 1,000 PERCENT

02:53PM 18   CONFIDENT THIS IS AN EASILY SOLVABLE ISSUE.

02:53PM 19        IS THAT HOW YOU FELT AT THERANOS?

02:53PM 20   A.   NO.  I BELIEVED AT THAT TIME THAT THERE WERE INHERENT

02:53PM 21   PROBLEMS IN RUNNING THESE KINDS OF ASSAYS RELIABLY FROM

02:53PM 22   FINGERSTICK.

02:53PM 23   Q.   CHRISTIAN HOLMES RAISES THE QUESTION ABOUT THE

02:53PM 24   COST/BENEFIT OF CONTINUING TO SEND THESE RESULTS TO DOCS WHEN

02:53PM 25   THERE SEEMS TO BE ISSUES WITH THEIR ACCURACY.

02:53PM   1          HOW WOULD YOU HAVE ASSESSED AT THE TIME THE COST/BENEFIT

02:53PM   2     OF CONTINUING TO RELEASE THESE RESULTS TO PATIENTS AND DOCTORS?

02:53PM   3               MR. WADE:  YOUR HONOR, I'M NOT SURE I UNDERSTAND THE

02:54PM   4     RELEVANCE OF THIS INQUIRY COMMENTING ON AN EMAIL HE'S NOT ON.

02:54PM   5     WE'RE PRETTY FAR AFIELD.

02:54PM   6               THE COURT:  ARE YOU ASKING HIS OPINION AS THE LAB

02:54PM   7     DIRECTOR AT THE TIME?

02:54PM   8               MR. BOSTIC:  I'M ASKING FOR HIS OPINION BASED ON

02:54PM   9     WHAT HE SAW AT THE TIME.  I'M ASKING HIM TO PROVIDE A SUMMARY

02:54PM  10     OF WHAT HE HAD SEEN AT THE TIME, AND THIS IS ALSO RELEVANT TO

02:54PM  11     EXPLAIN WHAT HE DID AFTER THIS TIME PERIOD.

02:54PM  12               THE COURT:  SUBSEQUENT CONDUCT?

02:54PM  13               MR. BOSTIC:  CORRECT.

02:54PM  14               THE COURT:  SO WHY DON'T YOU ASK THOSE QUESTIONS IN

02:54PM  15     THAT ORDER AND LAY THE FOUNDATION AND THE WITNESS CAN ANSWER.

02:54PM  16     BY MR. BOSTIC:

02:54PM  17     Q.   DR. ROSENDORFF, AROUND THIS TIME, WERE YOU STILL THINKING

02:54PM  18     ABOUT LEAVING THERANOS?

02:54PM  19     A.   YES, DEFINITELY.

02:54PM  20     Q.   WAS YOUR DECISION PROCESS BASED PARTLY ON YOUR VIEW OF THE

02:54PM  21     RELIABILITY OF THE THERANOS ASSAYS?

02:54PM  22     A.   YES.

02:54PM  23     Q.   MOVING ON TO THE THIRD PARAGRAPH IN CHRISTIAN HOLMES'S

02:55PM  24     EMAIL.

02:55PM  25          HE SAYS, "I AM ALSO BRINGING THIS UP BECAUSE I HAVEN'T

02:55PM  1    HEARD ANY REASON/ROOT CAUSE FOR WHY THESE TESTS ARE OFF."

02:55PM  2        CHRISTIAN HOMES WAS NOT A SCIENTIST; CORRECT?

02:55PM  3    A.   CORRECT.

02:55PM  4    Q.   AND YOU WERE THE LAB DIRECTOR; CORRECT?

02:55PM  5    A.   CORRECT.

02:55PM  6    Q.   AND AT THIS TIME, WERE YOU AWARE OF THE COMPANY HAVING

02:55PM  7    DISCOVERED ANY REASON OR ROOT CAUSE FOR WHY THE TESTS WERE OFF?

02:55PM  8    A.   THERE WERE HYPOTHESES AND IDEAS BEING DISCUSSED.  THERE

02:55PM  9    WAS NO SINGLE ROOT CAUSE IDENTIFIED.

02:55PM  10   Q.   AND DID THAT FACT AFFECT YOUR OPTIMISM ABOUT WHETHER THE

02:55PM  11   PROBLEMS COULD BE SOLVED?

02:55PM  12   A.   I DIDN'T BELIEVE AT THIS POINT THAT THERANOS COULD SOLVE

02:55PM  13   THESE PROBLEMS.

02:55PM  14   Q.   CHRISTIAN HOLMES GOES ON TO SAY, "I JUST GET A RESPONSE

02:56PM  15   FROM DANIEL THAT, 'WE ARE AWARE OF THE ISSUES AND ARE

02:56PM  16   CONDUCTING A STUDY.'"  HE SAYS, "LEAVES ME A BIT HANDS TIED

02:56PM  17   WITH THE DOCS - OBVIOUSLY I CAN'T TELL THEM WE ARE WRONG, BUT

02:56PM  18   THEY CONTINUE TO SEND PATIENTS TO QUEST AFTER WE REPORT HIGH,

02:56PM  19   AND THE PATIENTS RESULTS COME BACK NORMAL."

02:56PM  20       WHERE CHRISTIAN HOLMES SAYS THERE "OBVIOUSLY I CAN'T TELL

02:56PM  21   THEM WE ARE WRONG," HOW DID THAT RELATE TO YOUR EXPERIENCE

02:56PM  22   DISCUSSING THERANOS TEST RESULTS WITH DOCTORS?

02:56PM  23   A.   I CAME TO BELIEVE THAT THE THERANOS RESULTS WERE WRONG.

02:56PM  24   IT CAUSED A LOT OF INNER CONFLICT.  I HAD A DUTY AS A PHYSICIAN

02:56PM  25   TO BE HONEST AND STRAIGHTFORWARD WITH THE PROVIDERS.

02:56PM   1          I ALSO HAD OBLIGATIONS WITHIN THE COMPANY.  I HAD A DUTY

02:57PM   2   AS A LAB DIRECTOR TO BE TRANSPARENT WITH THE CLIENTS.

02:57PM   3          AT ONE POINT I STARTED TO REFUSE TO TALK TO PHYSICIANS.  I

02:57PM   4   BELIEVE THAT I TOLD ONE OR TWO PHYSICIANS THAT I DIDN'T BELIEVE

02:57PM   5   THE RESULTS.  THAT CAUSED A LOT OF EMOTIONAL DISCOMFORT FOR ME.

02:57PM   6   Q.   AND DID YOU FEEL -- BASED ON YOUR, ON THE CONVERSATIONS

02:57PM   7   THAT YOU HAD WITH MS. HOLMES AND MR. BALWANI, DID YOU FEEL THAT

02:57PM   8   YOU WERE FREE CONSISTENTLY TO TELL DOCTORS WHEN TEST RESULTS

02:57PM   9   WERE WRONG?

02:57PM  10   A.   NO.  I FELT THAT ELIZABETH, SUNNY, AND CHRISTIAN, AND

02:57PM  11   DANIEL TO SOME EXTENT, WERE PUSHING ME TO RATIONALIZE, JUSTIFY

02:57PM  12   THE ERRONEOUS RESULTS TRY TO UNEARTH OR DIG UP PATIENT FACTORS

02:57PM  13   THAT WOULD EXPLAIN ERRONEOUS RESULTS, ANYTHING OTHER THAN

02:58PM  14   SAYING OUR TESTS ARE INACCURATE.

02:58PM  15   Q.   CHRISTIAN HOLMES GOES ON TO WRITE IN HIS EMAIL, "I KNOW

02:58PM  16   HAVE SALES REPS, DOCS, AND PATIENTS WITHOUT ANSWERS AS TO WHY

02:58PM  17   THEIR QUEST REPORT SAYS NORMAL, AND THERANOS'S DOESN'T.  I'LL

02:58PM  18   DEFINITELY MANAGE THESE THINGS, BUT JUST SEEMS TO BE WORTH

02:58PM  19   CONSIDERING A HIATUS IN REPORTING THESE VALUES UNTIL WE HAVE

02:58PM  20   FINISHED WHATEVER STUDIES DANIEL IS REFERRING TO."

02:58PM  21          DID I READ THAT CORRECTLY?

02:58PM  22   A.   YES.

02:58PM  23   Q.   AND WOULD YOU ALSO HAVE SUPPORTED A HIATUS IN REPORTING

02:58PM  24   THESE VALUES WHILE THE PROBLEM WAS INVESTIGATED?

02:58PM  25   A.   ABSOLUTELY.

02:58PM   1         MR. BOSTIC:  YOUR HONOR, IF THE COURT PLANS TO BREAK

02:58PM   2    FOR THE DAY AT 3:00 P.M., THIS WOULD BE A GOOD STOPPING POINT.

02:58PM   3         THE COURT:  YOU HAVE ADDITIONAL EXAMINATION?

02:58PM   4         MR. BOSTIC:  YES, YOUR HONOR.

02:58PM   5         THE COURT:  LET'S DO THAT.

02:58PM   6    LADIES AND GENTLEMEN, WE'LL BREAK FOR THE WEEKEND AT THIS

02:58PM   7    TIME AND WE'LL RESUME ON TUESDAY NEXT AT 9:00 A.M.

02:59PM   8    DOCTOR, YOU'LL COME BACK THEN TO RESUME YOUR EXAMINATION.

02:59PM   9         THE WITNESS:  YES, YOUR HONOR.

02:59PM  10         THE COURT:  THANK YOU.

02:59PM  11    LADIES AND GENTLEMEN, A COUPLE OF THINGS.  WHEN WE COME

02:59PM  12    BACK NEXT WEEK, I HOPE YOU RECALL THAT I TOLD YOU I WOULD LIKE

02:59PM  13    TO ROTATE YOU IN THE SEATING, AND I HOPE WHAT I CAN DO NEXT

02:59PM  14    WEEK, WITH YOUR COOPERATION, IS PERHAPS MOVE OUR DEAR FRIENDS

02:59PM  15    IN THE FRONT ROW TO THE BACK ROW, AND WE'LL ROTATE THOSE OF YOU

02:59PM  16    WHO ARE SEATED OUTSIDE OF THE BOX, YOU'LL ROTATE INTO THOSE

02:59PM  17    SEATS, AND THEN FOLKS WILL JUST MOVE DOWN AND WE'LL FOLLOW THAT

02:59PM  18    EVERY WEEK.  I HOPE THAT'S NOT TOO UNCOMFORTABLE FOR YOU.

02:59PM  19    I WANT TO GIVE EVERYONE AN OPPORTUNITY TO ENJOY THESE

02:59PM  20    LOVELY CHAIRS THAT EVERYONE IS SEATED IN IN THE JURY BOX.

02:59PM  21    SO THAT'S WHAT WE'LL DO.  WE'LL ROTATE THAT.  I HOPE THAT

02:59PM  22    DOESN'T CAUSE YOU TOO MUCH INCONVENIENCE.

02:59PM  23    BEFORE WE BREAK, LET ME REMIND YOU AGAIN OF THE

02:59PM  24    ADMONITION.  PLEASE, PLEASE ENSURE THAT YOU, TO ALL EXTENT

02:59PM  25    POSSIBLE, AVOID ANY MEDIA, SOCIAL MEDIA, INTERACTION WITH

03:00PM    1    RADIO, TELEVISION, ANY SOCIAL MEDIA OR INTERNET.

03:00PM    2         DO NOT DO ANY RESEARCH ON ANYTHING ABOUT THIS CASE OR

03:00PM    3    ANYTHING TO DO WITH IT, INCLUDING RESEARCHING ANYTHING THAT

03:00PM    4    YOU'VE HEARD TODAY OR ANY OF THE PARTIES INVOLVED IN THIS CASE.

03:00PM    5         PLEASE AVOID DISCUSSING THIS CASE.  YOU MUST NOT DISCUSS

03:00PM    6    THE CASE AT ALL WITH EACH OTHER OR ANYONE AT YOUR HOMES OR

03:00PM    7    WORKPLACES UNTIL THE CASE HAS BEEN DELIVERED TO YOU AND YOU CAN

03:00PM    8    GO AND DO YOUR DELIBERATIONS.  THAT'S THE ONLY TIME THAT YOU

03:00PM    9    CAN BEGIN DISCUSSING THE FACTS OF THE CASE.

03:00PM   10         SO I REMIND YOU OF THAT ADMONITION.  I'M GOING TO ASK YOU

03:00PM   11    THE QUESTION TUESDAY NEXT WHETHER OR NOT YOU HAVE INADVERTENTLY

03:00PM   12    COME ACROSS ANYTHING ABOUT THE CASE.

03:00PM   13         I APPRECIATE YOUR CONTINUED FIDELITY TO THIS ADMONITION,

03:00PM   14    AND IT'S SO IMPORTANT AND THAT'S WHY I REMIND YOU OF THIS EACH

03:00PM   15    TIME WE MEET.

03:00PM   16         HAVE A GREAT WEEKEND.  ENJOY THE WEEKEND.

03:00PM   17         ANYTHING FURTHER, MS. KRATZMANN, FOR OUR JURY?

03:01PM   18              THE CLERK:  NO, YOUR HONOR.

03:01PM   19              THE COURT:  ALL RIGHT.  GREAT.

03:01PM   20         ANYTHING FURTHER, COUNSEL, BEFORE THE JURY LEAVES?

03:01PM   21              MR. DOWNEY:  NO, YOUR HONOR.

03:01PM   22              MR. LEACH:  NO, YOUR HONOR.

03:01PM   23              THE COURT:  ALL RIGHT.  GREAT.  HAVE A GREAT

03:01PM   24    WEEKEND.

03:01PM   25              (JURY OUT AT 3:01 P.M.)

03:01PM 1          THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:01PM 2     SEATED.

03:01PM 3          THE RECORD SHOULD REFLECT THAT OUR JURY AND ALTERNATES

03:01PM 4     HAVE LEFT FOR THE WEEKEND.

03:01PM 5          BEFORE WE BREAK, COUNSEL, SHOULD WE JUST SCHEDULE A

03:01PM 6     MEETING MONDAY MORNING AT SOME TIME?  DOES THAT WORK?

03:01PM 7          MR. WADE:  WE CAN CERTAINLY DO THAT.  IF THE

03:01PM 8     GOVERNMENT WANTS TO SUBMIT ITS PAPERS AND THEN WE CAN HAVE A

03:02PM 9     REASONABLE TIME TO RESPOND IF IT WANTS TO EXCLUDE THAT

03:02PM 10    EVIDENCE.

03:02PM 11         MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO SUBMIT

03:02PM 12    SOMETHING IF THE COURT WOULD FIND THAT HELPFUL.

03:02PM 13         IT'S DIFFICULT FOR US TO FRAME THAT ARGUMENT WITHOUT

03:02PM 14    KNOWING EXACTLY WHERE THE DEFENSE INTENDS TO GO OR WHY.

03:02PM 15         IN PARTICULAR, I HEARD MR. WADE TODAY TALK ABOUT BIAS, AND

03:02PM 16    I JUST DON'T KNOW HOW BIAS IS RELEVANT HERE.

03:02PM 17         SO I'M HAPPY TO ADDRESS THE ISSUE ORALLY WITH THE COURT,

03:02PM 18    BUT I DEFER TO THE COURT ON WHAT WOULD BE MOST PRODUCTIVE.

03:02PM 19         THE COURT:  THANK YOU.

03:02PM 20         WELL, MR. WADE, YOU WANTED TO WAIT UNTIL YOU HEARD

03:02PM 21    TESTIMONY.

03:02PM 22         DO YOU KNOW HOW MUCH ADDITIONAL EXAMINATION YOU HAVE,

03:02PM 23    MR. BOSTIC?

03:02PM 24         MR. BOSTIC:  WE'RE MUCH CLOSER TO THE END THAN THE

03:02PM 25    BEGINNING, YOUR HONOR.

03:02PM 1          (LAUGHTER.)

03:02PM 2              THE COURT:  YOU KNOW, THEY SAY THAT ABOUT ME ALL OF

03:02PM 3     THE TIME.

03:03PM 4              MR. BOSTIC:  I WOULD SAY I HAVE APPROXIMATELY AN

03:03PM 5     HOUR LEFT.

03:03PM 6              THE COURT:  FAIR ENOUGH.

03:03PM 7              MR. WADE:  YOUR HONOR, I CAN GIVE IT SOME THOUGHT.

03:03PM 8     I'M NOT SURE WE CAN ACCOMPLISH MUCH ON MONDAY.  I AM ALWAYS

03:03PM 9     HAPPY TO SEE THE COURT AND I KNOW YOU'LL MISS US IF WE'RE OFF

03:03PM 10    AN EXTRA DAY.

03:03PM 11        WE NEED TO ESTABLISH A FOUNDATION TO OFFER EVIDENCE FOR

03:03PM 12    BIAS, AND TO THE EXTENT THAT WE INTEND TO DO THAT, WE'LL DO

03:03PM 13    THAT AND THE COURT CAN RULE.

03:03PM 14        WE WOULD MAYBE TRY TO DO IT AT A TIME -- I ANTICIPATE A

03:03PM 15    LENGTHY CROSS-EXAMINATION.  WE WOULD TRY TO DO IT AT A TIME AT

03:03PM 16    OR AROUND WHEN WE COULD TAKE A BREAK IF NEEDED JUST TO TRY TO

03:03PM 17    BE RESPECTFUL OF THE ISSUE.

03:03PM 18        WE WANT TO GIVE THE GOVERNMENT EVERY OPPORTUNITY TO RAISE

03:03PM 19    THEIR CONCERNS, BUT I'M NOT INCLINED TO LAY OUT MY

03:03PM 20    CROSS-EXAMINATION WHILE THE WITNESS IS STILL ON DIRECT.

03:03PM 21             THE COURT:  NO.  I UNDERSTAND THAT.

03:03PM 22        I GUESS IT WOULD BE INAPPROPRIATE FOR ME TO ASK YOU, HAVE

03:03PM 23    YOU HEARD ANYTHING THAT SUGGESTS A BIAS TYPE OF AN ISSUE?

03:03PM 24             MR. WADE:  YES.

03:03PM 25             THE COURT:  OKAY.  FAIR ENOUGH.

1888

03:04PM  1        LET'S DO THIS:  I'M GOING TO ASK YOU TO MEET AND CONFER ON

03:04PM  2   THIS ISSUE.  IF YOU FEEL THAT IT IS -- AFTER THAT, IF YOU FEEL

03:04PM  3   THAT IT'S APPROPRIATE TO HAVE A DISCUSSION PRIOR TO

03:04PM  4   MR. BOSTIC'S EXAMINATION ON TUESDAY, THEN WE HAVE THE MORNING

03:04PM  5   AVAILABLE AND WE CAN OFFER THAT TO YOU, AND I WOULD INVITE YOU

03:04PM  6   TO CONTACT MS. KRATZMANN FOR SCHEDULING.

03:04PM  7             MR. WADE:  WE WILL DO THAT.

03:04PM  8             MR. BOSTIC:  WE WILL DO THAT.

03:04PM  9             THE COURT:  GREAT.  EVERYONE HAVE A GOOD WEEKEND.

03:04PM 10   ENJOY.

        11        (COURT ADJOURNED AT 3:04 P.M.)

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                          <u>CERTIFICATE OF REPORTERS</u>

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
17         CERTIFICATE NUMBER 8076

18         _____

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  SEPTEMBER 24, 2021

22

23

24

25