1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                         PLAINTIFF,   )   SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )   VOLUME 13
8                                     )
     ELIZABETH A. HOLMES,             )   SEPTEMBER 29, 2021
9                                     )
                         DEFENDANT.   )   PAGES 2107 - 2381
10   _____  )

11

12                TRANSCRIPT OF TRIAL PROCEEDINGS
             BEFORE THE HONORABLE EDWARD J. DAVILA
13                UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074
23                         LEE-ANNE SHORTRIDGE, CSR, CRR
                           CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                         BY:  KEVIN M. DOWNEY
                              LANCE A. WADE
                              KATHERINE TREFZ
                              ANDREW LEMENS
                              PATRICK LOOBY
                              RICHARD CLEARY
                         725 TWELFTH STREET, N.W.
                         WASHINGTON, D.C. 20005

                         LAW OFFICE OF JOHN D. CLINE
                         BY:  JOHN D. CLINE
                         ONE EMBARCADERO CENTER, SUITE 500
                         SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                         BY:  ADELAIDA HERNANDEZ

                         OFFICE OF THE U.S. ATTORNEY
                         BY:  LAKISHA HOLLIMAN, PARALEGAL
                              MADDI WACHS, PARALEGAL

                         WILLIAMS & CONNOLLY
                         BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

                         TBC
                         BY:  BRIAN BENNETT, TECHNICIAN

<u>INDEX OF PROCEEDINGS</u>

GOVERNMENT'S:

**ADAM ROSENDORFF**
CROSS-EXAM BY MR. WADE (RES.)          P. 2113


**VICTORIA SUNG**
DIRECT EXAM BY MR. LEACH              P. 2294
CROSS-EXAM BY MR. CLINE              P. 2340

INDEX OF EXHIBITS

|  | IDENT. | EVIDENCE |
|---|---|---|
| GOVERNMENT'S: | | |
| 1240 | | 2152 |
| 1430 | | 2168 |
| 5039 | | 2302 |
| 5414 | | 2311 |
| 3849 | | 2314 |
| 541 | | 2318 |
| 5416 | | 2318 |
| 3893 | | 2336 |
| 5049 | | 2355 |
| | | |
| DEFENDANT'S: | | |
| 12479 | | 2141 |
| 10281 | | 2174 |
| 9387 | | 2210 |
| 13809 | | 2230 |
| 10451 | | 2262 |
| 10029 | | 2268 |
| 13905 | | 2270 |
| 13895 | | 2342 |
| 13896 | | 2344 |
| 13897 | | 2346 |
| 13898 | | 2349 |
| 13899 | | 2350 |
| 13900 | | 2351 |
| 13901 | | 2353 |
| 13907 | | 2357 |
| 13902 | | 2360 |

```
         1    SAN JOSE, CALIFORNIA                    SEPTEMBER 29, 2021

08:21AM  2                      P R O C E E D I N G S

09:03AM  3         (COURT CONVENED AT 9:03 A.M.)

09:03AM  4         (JURY IN AT 9:03 A.M.)

09:03AM  5              THE COURT:  THANK YOU.  PLEASE BE SEATED.

09:03AM  6         WE'RE BACK ON THE RECORD IN UNITED STATES VERSUS HOLMES.

09:03AM  7    ALL COUNSEL IS PRESENT.  MS. HOLMES IS PRESENT.

09:03AM  8         OUR JURY AND ALTERNATES ARE PRESENT.

09:03AM  9         GOOD MORNING, LADIES AND GENTLEMEN.  BEFORE WE BEGIN, LET

09:03AM 10    ME ASK OUR JURORS WHETHER OR NOT, IN THE RECESS WHETHER OR NOT

09:03AM 11    THEY HAD OCCASION TO EITHER SEE, WATCH, DISCUSS ANYTHING WITH

09:03AM 12    ANYONE ABOUT ANYTHING TO DO WITH THIS CASE.

09:03AM 13         IF SO, COULD YOU PLEASE RAISE YOUR HAND SO WE CAN TALK

09:03AM 14    ABOUT THAT?

09:03AM 15         I SEE NO HANDS.

09:03AM 16         GREAT.  THANK YOU VERY MUCH.

09:03AM 17         LET'S SEE.  DO WE HAVE THE WITNESS HERE?

09:03AM 18         I THINK HE'S BEING SUMMONED.

09:03AM 19         DR. ROSENDORFF, GOOD MORNING.

09:04AM 20              THE WITNESS:  GOOD MORNING.

09:04AM 21              THE COURT:  IF YOU COULD RESUME THE STAND AND MAKE

09:04AM 22    YOURSELF COMFORTABLE AGAIN.

09:04AM 23              THE WITNESS:  YES.

09:04AM 24              THE COURT:  WHEN YOU ARE COMFORTABLE, I WOULD JUST

09:04AM 25    ASK YOU TO STATE YOUR NAME AGAIN, AND I REMIND YOU THAT YOU'RE
```

09:04AM  1    STILL UNDER OATH.

09:04AM  2                THE WITNESS:  YES.

09:04AM  3          **(GOVERNMENT'S WITNESS, ADAM ROSENDORFF, WAS RESWORN.)**

09:04AM  4                THE WITNESS:  MY NAME IS ADAM ROSENDORFF.

09:04AM  5                THE COURT:  THANK YOU.

09:04AM  6          MR. WADE, DO YOU HAVE ADDITIONAL QUESTIONS?

09:04AM  7                MR. WADE:  I DO, YOUR HONOR.

09:04AM  8                THE COURT:  LET'S PROCEED.

09:04AM  9          LADIES AND GENTLEMEN, WE'LL TAKE A BREAK I THINK A LITTLE

09:04AM  10   AFTER 11:00, BEFORE 11:30 IF THAT'S CONVENIENT, AND I THINK

09:04AM  11   WE'RE GOING TO GO UNTIL 4:00 O'CLOCK TODAY.  YOU HAVE AN

09:04AM  12   ENGAGEMENT.

09:04AM  13               THE WITNESS:  YES, CHILDCARE.

09:04AM  14               THE COURT:  RIGHT.  I'VE TALKED WITH COUNSEL AND, OF

09:04AM  15   COURSE, WE'RE GOING TO ALLOW THAT TO HAPPEN SO YOU CAN TAKE

09:04AM  16   CARE OF YOUR NEEDS AND THEN WE'LL ADJUST ACCORDINGLY.

09:04AM  17               THE WITNESS:  THANK YOU.  I APPRECIATE THAT.

09:04AM  18               MR. WADE:  AND I'LL TRY TO KEEP AN EYE ON THE TIME,

09:05AM  19   I HOPE, FOR THE BREAK.  IF YOU SEE ME LOOKING AT MY WATCH, IT'S

09:05AM  20   NOT BECAUSE I'M BOARD BEING HERE.

09:05AM  21               THE COURT:  ALL RIGHT.  THANK YOU.

09:05AM  22   ///

09:05AM  23   ///

09:05AM  24   ///

09:05AM  25                    **CROSS-EXAMINATION (RESUMED)**

09:05AM   1       BY MR. WADE:

09:05AM   2       Q.   GOOD MORNING, DR. ROSENDORFF.

09:05AM   3       A.   GOOD MORNING.

09:05AM   4       Q.   I'D LIKE TO COME BACK AND ASK YOU SOME QUESTIONS RELATING

09:05AM   5       TO SOME MATTERS THAT YOU DISCUSSED ON DIRECT EXAMINATION.

09:05AM   6       OKAY?

09:05AM   7       A.   SURE.

09:05AM   8       Q.   I'D LIKE TO START WITH THE 2013 AUDIT BY THE CALIFORNIA

09:05AM   9       DEPARTMENT OF HEALTH.

09:05AM  10            DO YOU RECALL GIVING SOME GENERAL TESTIMONY WITH RESPECT

09:05AM  11       TO THAT?

09:05AM  12       A.   YES.

09:05AM  13       Q.   AND BEING A CERTIFIED LABORATORY SUBJECTS THE LABORATORY

09:05AM  14       TO AUDITS BY REGULATORS LIKE THE CDPH AND THE CMS ON A REGULAR

09:05AM  15       BASIS; IS THAT RIGHT?

09:05AM  16       A.   CORRECT.

09:05AM  17       Q.   AND I THINK YOU DISCUSSED THAT DECEMBER 13TH AUDIT

09:05AM  18       YESTERDAY.

09:05AM  19       A.   YES.

09:05AM  20       Q.   THAT WAS THE FIRST AUDIT IN THE TIME PERIOD THAT YOU WERE

09:05AM  21       THE LAB DIRECTOR AT THERANOS?

09:05AM  22       A.   CORRECT.

09:05AM  23       Q.   AND THE GOVERNMENT --

09:06AM  24       A.   WELL, IT WAS BY NEW YORK STATE.  I WASN'T THE LAB DIRECTOR

09:06AM  25       AT THE TIME, BUT I WAS EMPLOYED BY THE COMPANY.

09:06AM  1    Q.   OKAY.  SO IN ADDITION TO THE AUDITS THAT ARE DONE BY CMS,

09:06AM  2    WHICH IS THE FEDERAL REGULATOR, THERE ARE SOMETIMES AUDITS THAT

09:06AM  3    ARE DONE BY STATES FOR THEIR OWN ACCREDITATION PURPOSES; RIGHT?

09:06AM  4    A.   NEW YORK STATE.

09:06AM  5    Q.   AND NEW YORK STATE DOES ITS OWN AUDIT WHERE IT COMES IN

09:06AM  6    AND LOOKS AT THE LAB AND MAKES SURE THAT IT'S CERTIFIED IN A

09:06AM  7    MANNER THAT COMPLIES WITH ITS REQUIREMENTS UNDER NEW YORK STATE

09:06AM  8    LAW; IS THAT RIGHT?

09:06AM  9    A.   CORRECT.

09:06AM  10   Q.   AND IN THIS INSTANCE, THERE WAS ALSO AN AUDIT THAT WAS

09:06AM  11   DONE BY THE CALIFORNIA DEPARTMENT OF HEALTH; RIGHT?

09:06AM  12   A.   CORRECT.

09:06AM  13   Q.   AND THAT WAS IN DECEMBER OF 2013?

09:06AM  14   A.   I BELIEVE SO.  I DON'T KNOW FOR SURE.  AT THE END OF 2013.

09:06AM  15   Q.   AND WE'LL GO THROUGH SOME DOCUMENTS ON THAT AND THAT MIGHT

09:06AM  16   HELP REFRESH YOUR RECOLLECTION AS TO THE TIME.

09:06AM  17        BUT YOU RECALL GENERALLY IN THAT TIME PERIOD THERE WAS AN

09:07AM  18   AUDIT BY CDPH?

09:07AM  19   A.   MORE ACCURATELY, IT'S LABORATORY FIELD SERVICES, WHICH IS

09:07AM  20   A DIVISION OF CDPH.

09:07AM  21   Q.   OKAY.

09:07AM  22   A.   THEY'RE NOT CALLED AUDITS, THEY'RE CALLED INSPECTIONS.

09:07AM  23   AND LABORATORY FIELD SERVICES SUBMITS THE RESULTS OF THOSE

09:07AM  24   INSPECTIONS TO THE CENTERS FOR MEDICARE AND MEDICARE SERVICES.

09:07AM  25   Q.   OKAY.  THANK YOU FOR THE CLARIFICATION, DOCTOR.

09:07AM   1        SO THE STATE REGULATOR IN CALIFORNIA WORKS IN CONJUNCTION

09:07AM   2    WITH THE FEDERAL REGULATOR; CORRECT?

09:07AM   3    A.   CORRECT.

09:07AM   4    Q.   BUT THE STATE REGULATOR IS LOOKING AT YOUR COMPLIANCE WITH

09:07AM   5    THOSE FEDERAL CLIA REGULATIONS WE TALKED ABOUT YESTERDAY;

09:07AM   6    RIGHT?

09:07AM   7    A.   CORRECT.

09:07AM   8    Q.   OKAY.  AND YOU RECALL IN YOUR TESTIMONY YESTERDAY THE

09:07AM   9    GOVERNMENT ASKED YOU QUESTIONS IN PARTICULAR ABOUT A COUPLE OF

09:07AM   10   EMAILS THAT RELATED TO COMMUNICATIONS WITHIN THE COMPANY IN

09:07AM   11   ADVANCE OF THOSE AUDITS.

09:07AM   12       DO YOU RECALL THAT?

09:07AM   13   A.   YES.

09:07AM   14   Q.   OKAY.  AND ONE EMAIL THAT YOU SENT WAS ABOUT THE

09:08AM   15   PREPARATIONS FOR THE AUDIT.

09:08AM   16       DO YOU RECALL THAT?

09:08AM   17   A.   YES.

09:08AM   18   Q.   AND YOU WERE TAKING A LEAD ORGANIZING ROLE IN THAT; IS

09:08AM   19   THAT RIGHT?

09:08AM   20   A.   YES.

09:08AM   21   Q.   AND THERE WAS ANOTHER ONE ABOUT THE PATH THAT AUDITORS

09:08AM   22   WERE GOING TO WALK, THEY WERE GOING TO TAKE WALKING THROUGH THE

09:08AM   23   BUILDING; RIGHT?

09:08AM   24   A.   THAT EMAIL WAS FROM ELIZABETH.

09:08AM   25   Q.   RIGHT.  YOU RECALL THAT?

09:08AM   1    A.   YES.

09:08AM   2    Q.   BUT I BELIEVE YOU WERE ON THE EMAIL; RIGHT?

09:08AM   3    A.   CORRECT.

09:08AM   4    Q.   AND IT WAS FROM MS. HOLMES?

09:08AM   5    A.   CORRECT.

09:08AM   6    Q.   OKAY.  AND DO YOU RECALL BEING ASKED QUESTIONS ABOUT THAT?

09:08AM   7    A.   DURING MY PRIOR TESTIMONY?

09:08AM   8    Q.   YES.

09:08AM   9    A.   YES.

09:08AM   10   Q.   OKAY.  AND I'D LIKE TO JUST BACK UP AND ASK SOME BROADER

09:08AM   11   QUESTIONS TO SET THE FRAME OF THIS AUDIT IN TOTAL, AND THEN

09:08AM   12   WALK THROUGH SOME OF -- SOME MORE FACTS RELATING TO THAT AUDIT.

09:08AM   13        OKAY?

09:08AM   14   A.   YES.

09:08AM   15   Q.   OKAY.  WE DISCUSSED YESTERDAY HOW WHEN A LAB APPLIES FOR A

09:09AM   16   CLIA LICENSE THEY HAVE AN INITIAL INSPECTION.

09:09AM   17        DO YOU RECALL THAT?

09:09AM   18   A.   YES.

09:09AM   19   Q.   AND THAT HAD ALREADY BEEN DONE PRIOR TO THIS 2013

09:09AM   20   INSPECTION; RIGHT?

09:09AM   21   A.   IT WOULD HAVE HAD TO HAVE BEEN DONE, OTHERWISE THE LAB

09:09AM   22   WOULD NOT BE PERMITTED TO REPORT RESULTS.

09:09AM   23   Q.   RIGHT.

09:09AM   24   A.   IT WAS PRIOR TO WHEN I JOINED THE COMPANY.

09:09AM   25   Q.   YOU WOULDN'T BE ABLE TO HAVE A JOB WHERE YOU'RE ON A CLIA

09:09AM   1      CERTIFICATE IF THERE HADN'T BEEN THAT INSPECTION; RIGHT?

09:09AM   2      A.   CORRECT.

09:09AM   3      Q.   OKAY.  AND AFTER THAT YOU SAID THEY'RE ALLOWED TO START

09:09AM   4      PROCESSING SAMPLES, BUT THERE ARE ALSO ONGOING INSPECTION

09:09AM   5      REQUIREMENTS FROM THE REGULATORS?

09:09AM   6      A.   CORRECT.

09:09AM   7      Q.   OKAY.  AND SHORTLY AFTER THAT, THEY CAME IN TO CONDUCT

09:09AM   8      THIS 2013 INSPECTION WHICH WAS A ROUTINE INSPECTION THAT IS

09:09AM   9      DONE EVERY TWO YEARS; RIGHT?

09:09AM  10      A.   CORRECT.

09:09AM  11      Q.   AND SO DO YOU RECALL THAT THE INITIAL CERTIFICATION OF THE

09:09AM  12      THERANOS LAB WAS IN ABOUT SOMETIME IN 2011?

09:10AM  13      A.   I HAVE NO IDEA WHEN THE INITIAL CERTIFICATION WAS.

09:10AM  14      Q.   BUT YOU DO KNOW THAT THESE INSPECTIONS TAKE PLACE EVERY

09:10AM  15      TWO YEARS; RIGHT?

09:10AM  16      A.   YES, SIR.

09:10AM  17      Q.   SO IS IT REASONABLE TO ASSUME THAT THE LAST INSPECTION

09:10AM  18      PROBABLE WOULD HAVE BEEN ABOUT TWO YEARS BEFORE THE ONE YOU

09:10AM  19      DEALT WITH IN LATE 2013?

09:10AM  20      A.   THAT'S AN EXTRAPOLATION.  THAT'S A CONCLUSION THAT YOU

09:10AM  21      MIGHT WANT TO DRAW.  I DON'T KNOW HOW MUCH TIME NEEDS TO ELAPSE

09:10AM  22      BETWEEN THE INITIAL INSPECTION AND THE FOLLOW-UP INSPECTION.

09:10AM  23           I KNOW THAT THE ROUTINE INSPECTIONS ARE EVERY TWO YEARS.

09:10AM  24      Q.   OKAY.  AND YOU KNOW THAT ONE OF THOSE INSPECTIONS OCCURRED

09:10AM  25      IN LATE 2013?

09:10AM 1    A.   CORRECT.

09:10AM 2    Q.   THAT WAS A ROUTINE SURVEY?

09:10AM 3    A.   CORRECT.

09:10AM 4    Q.   OKAY.  AND THIS WAS -- JUST TO REMIND US OF THE TIMELINE,

09:10AM 5    THIS WAS SHORTLY AFTER THE COMMERCIAL LAUNCH IN NOVEMBER OF

09:11AM 6    2013 THAT WE DISCUSSED YESTERDAY; RIGHT?

09:11AM 7    A.   CAN YOU CLARIFY WHAT YOU MEAN BY "COMMERCIAL"?

09:11AM 8    Q.   SURE.  YOU RECALL THE COMMUNICATION THAT I SHOWED YOU WITH

09:11AM 9    MR. BALWANI IN EARLY NOVEMBER OF 2013 WHERE HE SAID YOU WERE

09:11AM 10   READY TO OPEN TO THE PUBLIC.

09:11AM 11        DO YOU RECALL THAT EMAIL YESTERDAY?

09:11AM 12   A.   YES.

09:11AM 13   Q.   OKAY.  THAT'S WHAT I'M TALKING ABOUT WHEN I SAY -- WHY

09:11AM 14   DON'T WE DESCRIBE IT AS THE PUBLIC LAUNCH, OKAY?  WOULD THAT BE

09:11AM 15   HELPFUL?

09:11AM 16   A.   SURE.

09:11AM 17   Q.   SO THE PUBLIC LAUNCH, YOU RECALL THAT HAPPENING IN EARLY

09:11AM 18   NOVEMBER OF 2013; RIGHT?

09:11AM 19   A.   YES.

09:11AM 20   Q.   AND THIS INSPECTION HAPPENED A SHORT TIME AFTER THAT

09:11AM 21   LAUNCH; RIGHT?

09:11AM 22   A.   CORRECT.

09:11AM 23   Q.   OKAY.  AND IT HAPPENED A COUPLE OF MONTHS AFTER THAT SOFT

09:11AM 24   LAUNCH FOR FRIENDS AND FAMILY THAT WE TALKED ABOUT YESTERDAY;

09:11AM 25   RIGHT?

09:11AM  1    A.   CORRECT.

09:11AM  2    Q.   OKAY.  AND THESE ARE REGULARLY SCHEDULED EVENTS; RIGHT?

09:12AM  3    A.   CORRECT.

09:12AM  4    Q.   AND THERANOS KNEW IN ADVANCE THAT THE INSPECTOR WAS GOING

09:12AM  5    TO ARRIVE?

09:12AM  6    A.   YES.

09:12AM  7    Q.   AND IT'S PRETTY ROUTINE IN ADVANCE OF SUCH A SURVEY FOR A

09:12AM  8    LAB TO PREPARE AND MAKE SURE IT'S READY FOR THE SURVEY; RIGHT?

09:12AM  9    A.   CORRECT.

09:12AM  10   Q.   AND THAT HAPPENS ON THE ROUTINE BASIS FOR THESE SURVEYS AS

09:12AM  11   PART OF STANDARD PRACTICE?

09:12AM  12   A.   CORRECT.

09:12AM  13   Q.   OKAY.  AND THERANOS DID PREPARE?

09:12AM  14   A.   WE DID.  WE DID.

09:12AM  15        WE ALSO HAD A CONSULTANT.  HIS NAME WAS JERRY HURST.  WE

09:12AM  16   WANTED HIM TO COME IN TO DO A PREINSPECTION TO ASSESS OUR

09:12AM  17   READINESS.  HE WASN'T AVAILABLE.

09:12AM  18   Q.   BUT YOU HAD HIM AS A RESOURCE --

09:12AM  19   A.   YES.

09:12AM  20   Q.   -- IN THAT TIME PERIOD; CORRECT?

09:12AM  21   A.   YES.

09:12AM  22   Q.   AND THAT WAS MR. JERRY HURST OR DR. JERRY HURST?

09:12AM  23   A.   I DO NOT KNOW HIS EDUCATION.

09:13AM  24   Q.   OKAY.  BUT YOU UNDERSTOOD AT THE TIME THAT HE WAS A VERY

09:13AM  25   EXPERIENCED LAB PERSON; RIGHT?

09:13AM  1     A.   YES.

09:13AM  2     Q.   AND HE WAS, HE WAS ON A RETAINER OR SOME SORT OF AN

09:13AM  3     AGREEMENT --

09:13AM  4     A.   YES.

09:13AM  5     Q.   -- THAT AGREEMENT WAS WITH THE COMPANY FOR HIM TO PROVIDE

09:13AM  6     ADVISORY SERVICES TO THE COMPANY ON AN AS-NEEDED BASIS; RIGHT?

09:13AM  7     A.   YES.  HE HAD BEEN AN INSPECTOR BEFORE.

09:13AM  8     Q.   HE HAD ACTUALLY BEEN, I BELIEVE, A CDPH INSPECTOR; RIGHT?

09:13AM  9     A.   YES, YES.

09:13AM 10     Q.   AND SO HE WAS VERY FAMILIAR WITH THE TYPES OF ISSUES THAT

09:13AM 11     CDPH WOULD LOOK AT; RIGHT?

09:13AM 12     A.   INDEED.

09:13AM 13     Q.   AND HE KNEW THE PROCEDURES AND POLICIES THAT WOULD NEED TO

09:13AM 14     BE IN PLACE IN ORDER TO SATISFY THE REGULATORS; RIGHT?

09:13AM 15     A.   YES, YES.

09:13AM 16     Q.   AND HE WAS SOMEWHAT OF AN EXPERT ON THOSE ISSUES, WAS HE

09:13AM 17     NOT?

09:13AM 18     A.   THAT'S A VERY SUBJECTIVE ASSESSMENT.  ARE YOU ASKING FOR

09:13AM 19     MY OPINION OR --

09:13AM 20     Q.   WELL, LET ME ASK YOU THIS:  HE WAS EXPERIENCED ON THOSE

09:14AM 21     MATTERS; RIGHT?

09:14AM 22     A.   YES.

09:14AM 23     Q.   AND HE WAS EXPERIENCED AS A CDPH INSPECTOR?

09:14AM 24     A.   YES.

09:14AM 25     Q.   AND HE WAS KNOWLEDGEABLE ABOUT THOSE PRACTICES AND

09:14AM  1    PROCEDURES THAT WOULD BE CONSIDERED IN THOSE INSPECTIONS.

09:14AM  2    RIGHT?

09:14AM  3    A.   YES, HE WAS FAMILIAR WITH THEM.

09:14AM  4    Q.   OKAY.  AND I BELIEVE YOU TESTIFIED A MINUTE AGO THAT IN

09:14AM  5    CONNECTION WITH THAT INSPECTION YOU QUARTERBACKED, IF YOU WILL,

09:14AM  6    THE PREPARATION WORK?

09:14AM  7    A.   I OUTLINED IN AN EMAIL MY EXPECTATIONS FOR WHAT NEEDED TO

09:14AM  8    HAPPEN IN TERMS OF TRAINING AND DOCUMENTATION IN ADVANCE OF THE

09:14AM  9    INSPECTION.

09:14AM  10   Q.   OKAY.  AND LET'S LOOK AT, LET'S LOOK AT THAT EMAIL THAT I

09:14AM  11   THINK YOU'RE REFERRING TO, WHICH IS IN EVIDENCE.  WE CAN PUT IT

09:14AM  12   UP ON THE SCREEN.  IT'S EXHIBIT 4044.

09:14AM  13   A.   I'M JUST -- IS IT OKAY IF I JUST LOOK AT IT ON THE SCREEN,

09:14AM  14   OR DO YOU WANT ME TO TURN TO IT IN MY BINDER?

09:15AM  15   Q.   THAT'S FINE.  I JUST WANT YOU TO KNOW IF YOU EVER HAVE ANY

09:15AM  16   QUESTION AND WANT TO LOOK AT THE ENTIRE DOCUMENT, WE HAVE THEM

09:15AM  17   UP THERE AND WE'LL BE PREPARED TO GIVE YOU THAT OPPORTUNITY.

09:15AM  18   OKAY?

09:15AM  19   A.   YEAH.

09:15AM  20   Q.   SO WE'LL PUT UP EXHIBIT 4044.  I THINK YOU -- IT'S ON YOUR

09:15AM  21   SCREEN.

09:15AM  22       DO YOU SEE IT?

09:15AM  23   A.   YES.

09:15AM  24   Q.   AND I BELIEVE YOU TESTIFIED A LITTLE BIT ABOUT THIS

09:15AM  25   YESTERDAY; IS THAT RIGHT?

09:15AM  1    A.    CORRECT.

09:15AM  2    Q.    OKAY.   AND I WANT TO JUST WALK THROUGH IT IN SLIGHTLY MORE

09:15AM  3    DETAIL.

09:15AM  4        YOU TALKED ABOUT ALL OF THE MATERIALS THAT NEED TO BE

09:15AM  5    ORGANIZED AND PROVIDED IN ORDER TO BE READY FOR THAT INSPECTION

09:15AM  6    AND TO BE COMPLIANT UNDER CLIA; RIGHT?

09:15AM  7    A.    YES, YES.

09:15AM  8    Q.    AND YOU TALKED ABOUT TRAINING DOCUMENTS; RIGHT?

09:15AM  9    A.    YES, YES.

09:15AM  10   Q.    AND YOU TALKED ABOUT DIPLOMAS AND EDUCATIONAL

09:15AM  11   QUALIFICATION DOCUMENTS FOR THE STAFF?

09:15AM  12   A.    YES.

09:15AM  13   Q.    AND THAT WAS BECAUSE, I THINK WE TALKED ABOUT YESTERDAY,

09:15AM  14   IT'S YOUR RESPONSIBILITY TO CERTIFY THAT PEOPLE ARE QUALIFIED

09:16AM  15   TO PERFORM CERTAIN FUNCTIONS WITHIN THE LAB; RIGHT?

09:16AM  16   A.    YES, YES.

09:16AM  17   Q.    AND ONE OF THE WAYS YOU DO THAT IS SOMETIMES YOU GET THE

09:16AM  18   RESUMES AND THINGS AND YOU ACTUALLY DOCUMENT THEIR

09:16AM  19   QUALIFICATIONS; RIGHT?

09:16AM  20   A.    CORRECT.   YOU HAVE TO MAKE SURE THAT THEIR EDUCATION AND

09:16AM  21   TRAINING MEETS THE CLIA REQUIREMENTS FOR EACH POSITION.

09:16AM  22   Q.    AND YOU DID THAT; RIGHT?

09:16AM  23   A.    YES.

09:16AM  24   Q.    AND YOU WANTED THAT ORGANIZED SO IT COULD BE REVIEWED BY

09:16AM  25   THE INSPECTOR; CORRECT?

09:16AM  1    A.   CORRECT.

09:16AM  2    Q.   AND YOU ALSO WANTED THAT ORG CHART; RIGHT?

09:16AM  3    A.   CORRECT.

09:16AM  4    Q.   AND THERE WERE ALSO SOME SOP'S THAT YOU WANTED THE COMPANY

09:16AM  5    TO PREPARE; RIGHT?

09:16AM  6    A.   CORRECT.

09:16AM  7    Q.   OKAY.  DO YOU SEE THAT YOU WANTED THE SOP FOR INTERNAL

09:16AM  8    PROFICIENCY TESTING OF LDT'S TO BE READY FOR THAT INSPECTION;

09:16AM  9    RIGHT?

09:16AM  10   A.   YES.

09:16AM  11   Q.   AND YOU WANTED -- IF WE GO TO THE NEXT SET OF MATERIALS,

09:16AM  12   YOU WANTED THE ONGOING QC ANALYSIS IN THE LEVEY-JENNINGS CHART

09:17AM  13   FOR LDT'S AVAILABLE; RIGHT?

09:17AM  14   A.   YES.

09:17AM  15   Q.   AND THAT'S THIS DAILY QC PROCEDURE THAT WE'VE TALKED ABOUT

09:17AM  16   A BIT; RIGHT?

09:17AM  17   A.   JUST TO EXPLAIN TO THE JURY, LEVEY-JENNINGS IS A WAY OF

09:17AM  18   LOOKING AT HOW QC PERFORMANCE OVER A MONTH OR AN EXTENDED

09:17AM  19   PERIOD OF TIME.

09:17AM  20   Q.   AND I DON'T KNOW THAT WE HAVE SEEN LEVEY-JENNINGS CHARTS

09:17AM  21   IN ANY OF THE CHARTS THAT HAVE BEEN SHOWN, BUT IN ANY MATTER,

09:17AM  22   THAT PULLS DATA FROM A PRETTY LENGTHY PERIOD OF TIME RELATED TO

09:17AM  23   QC; RIGHT?

09:17AM  24   A.   CORRECT.

09:17AM  25   Q.   AND AS PART OF THE REVIEW OF THE QC, YOU LOOK AT TRENDS

09:17AM   1    OVER A LONG PERIOD OF TIME AND HOW THE QC PERFORMED; IS THAT

09:17AM   2    RIGHT?

09:17AM   3    A.   CORRECT.

09:17AM   4    Q.   AND THOSE LEVEY-JENNINGS CHARTS ARE THE COMPILATION OF

09:17AM   5    THAT QUALITY CONTROL DATA?

09:17AM   6    A.   CORRECT.

09:17AM   7    Q.   AND THERE'S BEEN SOME DISCUSSION WITHIN THIS CASE ABOUT

09:17AM   8    WESTGARD RULES.

09:17AM   9    A.   CORRECT, CORRECT.

09:18AM   10   Q.   YOU'RE FAMILIAR WITH THOSE?

09:18AM   11   A.   CORRECT.

09:18AM   12   Q.   AND WE'LL TALK ABOUT IT MORE IN A BIT.  BUT AS A GENERAL

09:18AM   13   MATTER, THOSE ARE RULES THAT YOU KIND OF APPLIED TO THOSE

09:18AM   14   LEVEY-JENNINGS CHARTS; RIGHT?

09:18AM   15   A.   CORRECT.

09:18AM   16   Q.   AND THAT'S TO MAKE SURE THAT THE PERFORMANCE OVER THE LONG

09:18AM   17   TERM OF QUALITY CONTROL, IT MEETS CLIA STANDARDS; RIGHT?

09:18AM   18   A.   CLIA DOES NOT OUTLINE OR PRESCRIBE HOW ONE SHOULD LOOK AT

09:18AM   19   LEVEY-JENNINGS PLOTS, INTERPRET THEM, OR IMPLEMENT RULES.  THEY

09:18AM   20   SAY THAT CALIBRATION AND CONTROL PROCEDURES NEED TO BE IN

09:18AM   21   PLACE.

09:18AM   22   Q.   RIGHT.  THEY DON'T PROVIDE THE SPECIFICITY?

09:18AM   23   A.   THEY DON'T TELL YOU HOW TO DO IT.

09:18AM   24   Q.   IT'S UP TO THE LAB DIRECTOR TO FIGURE OUT THE BEST WAY TO

09:18AM   25   IMPLEMENT THAT; RIGHT?

09:18AM  1      A.   CORRECT.

09:18AM  2      Q.   AND WORKING WITH THE QUALITY MANAGER?

09:18AM  3      A.   CORRECT.

09:18AM  4      Q.   OKAY.  AND A COMMON WAY THAT THAT'S DONE WITHIN THE

09:18AM  5      INDUSTRY IS TO APPLY WESTGARD RULES TO LEVEY-JENNINGS CHARTS;

09:18AM  6      CORRECT?

09:18AM  7      A.   CORRECT.

09:18AM  8      Q.   AND YOU DID THAT AT THERANOS?

09:18AM  9      A.   YES.

09:18AM  10     Q.   AND SPECIFICALLY, YOU WANTED THEM TO GATHER THE

09:19AM  11     LEVEY-JENNINGS CHARTS FOR THE LDT'S?

09:19AM  12     A.   WELL, I JUST WANT TO CLARIFY.  SO I CALLED THE MEETING

09:19AM  13     WITH ELIZABETH AND OTHER TO DISCUSS HOW WE WOULD ASSESS QC

09:19AM  14     PERFORMANCE OVER TIME.  WE DID NOT HAVE AN SOP REGARDING WHAT

09:19AM  15     QC TO DISQUALIFY ON THE BASIS OF VIOLATION OF A WESTGARD RULE.

09:19AM  16     IF THAT ANSWERS YOUR QUESTION.

09:19AM  17          YOU SAID, YOU DID THAT, YOU LOOKED AT WESTGARD.

09:19AM  18          BUT JUST TO BE CLEAR, WE DID NOT HAVE A PROCEDURE IN PLACE

09:19AM  19     WHERE WE WOULD DISQUALIFY A QC DATA POINT ON THE WESTGARD

09:19AM  20     RULES.

09:19AM  21     Q.   AND WE'LL TALK ABOUT THE QC POLICIES IN MORE DETAIL IN A

09:19AM  22     BIT, BUT JUST SO WE'RE CLEAR ON THIS POINT, THE ADAPTION AND

09:19AM  23     IMPLEMENTATION OF THE QC POLICY WAS YOUR JOB; RIGHT, SIR?

09:19AM  24     A.   CORRECT.

09:19AM  25     Q.   OKAY.  LET'S KEEP GOING DOWN THIS LIST.

09:19AM  1    A.   I MEAN, YOU KEEP SAYING IT'S MY JOB, IT'S MY JOB.

09:19AM  2         BUT I WAS PART OF A LARGE COMPANY WITH DELEGATED ROLES AND

09:20AM  3    COMPLICATED OPERATIONS AND A LOT OF TRUST I PUT INTO OTHER

09:20AM  4    INDIVIDUALS TO EXECUTE ON THESE.

09:20AM  5         SO I'M NOT SURE, YOU KNOW, WHEN YOU SAY IT WAS YOUR JOB,

09:20AM  6    IT WAS YOUR JOB.

09:20AM  7         YES, I DID MY JOB, RIGHT, BUT I ALSO DEPENDED ON A LOT OF

09:20AM  8    PEOPLE AROUND ME.

09:20AM  9    Q.   YOU DID DEPEND ON A LOT OF QUALIFIED PEOPLE AROUND YOU;

09:20AM 10    RIGHT?

09:20AM 11    A.   YES.

09:20AM 12    Q.   AND UNDER THE CLIA REGULATIONS, YOU'RE ACTUALLY PERMITTED

09:20AM 13    TO RELY ON THOSE QUALIFIED PEOPLE, AREN'T YOU?

09:20AM 14    A.   CORRECT.

09:20AM 15    Q.   IF THEY MEET THE REQUIREMENTS SET FORTH IN THE REGULATIONS

09:20AM 16    FOR THEIR POSITIONS; RIGHT?

09:20AM 17    A.   BUT IT'S NOT JUST THEM.  ON AN OPERATIONAL LEVEL YOU HAVE

09:20AM 18    PROJECT MANAGERS, CUSTOMER SERVICE REPS, SOFTWARE PEOPLE, UPPER

09:20AM 19    MANAGEMENT, ALL CONTRIBUTING TO THE QUALITY OF THE SERVICES

09:20AM 20    PROVIDED BY THE LABORATORY.

09:20AM 21         I ALONE FULFILLED MY DUTIES AS LAB DIRECTOR, BUT IT'S JUST

09:21AM 22    NOT REASONABLE TO EXPECT THAT I COULD HAVE GUARANTEED THE

09:21AM 23    QUALITY OF SERVICES COMING OUT OF THE LAB.

09:21AM 24    Q.   WELL, SIR, I THINK YESTERDAY WE WENT THROUGH THE

09:21AM 25    REGULATIONS; RIGHT?  DO YOU RECALL THAT, 7603?

09:21AM  1    A.   YES.   YES.

09:21AM  2    Q.   OKAY.   AND UNDER THOSE REGULATIONS, YOU'RE PERMITTED TO

09:21AM  3    DELEGATE CERTAIN RESPONSIBILITIES WITHIN THE ORGANIZATION;

09:21AM  4    RIGHT?

09:21AM  5    A.   CORRECT.

09:21AM  6    Q.   OKAY.   BUT UNDER THOSE REGULATIONS, ULTIMATELY YOU'RE

09:21AM  7    RESPONSIBLE IF THOSE JOBS ARE NOT DONE PROPERLY; CORRECT?

09:21AM  8    A.   YES.   BUT THERE ARE A NUMBER OF OTHER INDIVIDUALS --

09:21AM  9            MR. WADE:   I DON'T HAVE A QUESTION PENDING,

09:21AM  10   YOUR HONOR.

09:21AM  11           THE COURT:   YOU CAN ASK ONE.

09:21AM  12           MR. WADE:   OKAY.   GOOD.

09:21AM  13   Q.   I'D LIKE TO CONTINUE DOWN THIS CHART.

09:21AM  14        THE QUESTION THAT I WAS ASKING WAS, ON NOVEMBER 26TH OF

09:21AM  15   2013, YOU SPECIFICALLY ASKED THAT THE ONGOING QC ANALYSIS IN

09:21AM  16   THE LEVEY-JENNINGS CHARTS FOR LDT'S, WHICH IS THE DAILY QC

09:22AM  17   PROCEDURE, BE COMPILED AND READY FOR THE INSPECTORS; RIGHT?

09:22AM  18   A.   YES.

09:22AM  19   Q.   OKAY.   AND YOU SPECIFICALLY ASKED THAT THE CALIBRATION

09:22AM  20   VERIFICATION PLAN FOR THE LDT'S BE PREPARED AND QUALIFIED AND

09:22AM  21   READY FOR THE INSPECTORS; RIGHT?

09:22AM  22   A.   YES.

09:22AM  23   Q.   OKAY.   AND YOU SPECIFICALLY ASKED THAT THE PROCEDURE FOR

09:22AM  24   RETESTING OF CRITICAL VALUES BE THERE.

09:22AM  25        DO YOU SEE THAT?

09:22AM   1    A.   YES.

09:22AM   2    Q.   AND THEN IF WE GO DOWN TO WEDNESDAY --

09:22AM   3    A.   I JUST WANT TO --

09:22AM   4    Q.   THERE'S NO QUESTION PENDING, SIR.

09:22AM   5         IF WE GO DOWN TO WEDNESDAY, THE SOP FOR THERANOS LIS -- DO

09:22AM   6    YOU SEE THAT THERE?

09:22AM   7    A.   YES.

09:22AM   8    Q.   OKAY.  AND THESE DOCUMENTS ARE -- THIS DOCUMENT HERE, YOU

09:22AM   9    HAVE DIFFERENT DATES ON THIS BECAUSE YOU'RE KIND OF MAPPING OUT

09:23AM  10    DUE DATES SO PEOPLE CAN GET THIS DONE AND READY AND YOU CAN

09:23AM  11    HAVE IT REVIEWED AND READY FOR THE INSPECTORS; RIGHT?

09:23AM  12    A.   YES.

09:23AM  13    Q.   OKAY.  THE SOP FOR THERANOS LIS, THAT WAS THE LIS THAT WE

09:23AM  14    TALKED ABOUT YESTERDAY; CORRECT?

09:23AM  15    A.   CORRECT.

09:23AM  16    Q.   AND YOU SEE THERE'S AN SOP FOR SUPER MARIO.

09:23AM  17         DO YOU SEE THAT REFERENCE?

09:23AM  18    A.   YES.

09:23AM  19    Q.   AND WE TALKED A LITTLE BIT ABOUT SUPER MARIO YESTERDAY.

09:23AM  20         DO YOU RECALL?

09:23AM  21    A.   YES.

09:23AM  22    Q.   AND IT'S A GREAT NAME, ISN'T IT?

09:23AM  23    A.   NO COMMENT.

09:23AM  24    Q.   OKAY.  DO YOU SEE THERE'S A SEPARATION BETWEEN THE LIS AND

09:23AM  25    SUPER MARIO.  DO YOU SEE THEY'RE IDENTIFIED AS TWO SEPARATE

09:23AM    1    THINGS?  DO YOU SEE THAT?

09:23AM    2    A.   YES.  SO THERE'S AMBIGUITY HERE BECAUSE THERE WAS AN LIS

09:23AM    3    FOR THE FDA APPROVED COMMERCIAL INSTRUMENTS CALLED LAB DAQ, AND

09:23AM    4    THERE WAS AN LIS FOR THE THERANOS METHODS CALLED SUPER MARIO.

09:24AM    5    Q.   ACTUALLY, DOES THIS REFRESH YOUR RECOLLECTION IN ANY WAY,

09:24AM    6    SIR, THAT -- ACTUALLY, LET ME STRIKE THAT.

09:24AM    7         DO YOU SEE THE NAME ANAM NEXT TO THAT?

09:24AM    8    A.   YES, SIR.

09:24AM    9    Q.   AND DOWN WHO ANAM WAS?

09:24AM   10    A.   ANAM KHAN, A CUSTOMER SERVICE REPRESENTATIVE.

09:24AM   11    Q.   RIGHT.  SHE DEALT WITH CUSTOMER SERVICE ISSUES THAT CAME

09:24AM   12    UP FROM MEDICAL PRACTICES; RIGHT?

09:24AM   13    A.   CORRECT.

09:24AM   14    Q.   AND DOES LOOKING AT THIS REFRESH YOUR RECOLLECTION THAT

09:24AM   15    SUPER MARIO WAS ACTUALLY THE CUSTOMER SERVICE DATABASE SYSTEM

09:24AM   16    THAT DOCUMENTED CUSTOMER SERVICE CALLS WITHIN THE COMPANY?

09:24AM   17    A.   NO.  I BELIEVE WE USED SALES FORCE FOR THAT FOR CUSTOMER

09:24AM   18    SERVICE RELATIONS.

09:24AM   19         THERE WAS, THERE WAS AN INTERFACE AVAILABLE TO THE

09:24AM   20    COLLECTION SITES THAT WOULD TELL THEM WHAT KINDS OF TUBES TO

09:24AM   21    PULL GIVEN THE ORDERS THAT WERE COMING IN.

09:25AM   22         IN OTHER WORDS, IF YOU NEEDED A COMPLETE METABOLIC PANEL,

09:25AM   23    IT WOULD BE A RED TOP; IF YOU NEEDED A CBC, IT WOULD BE A

09:25AM   24    LITHIUM HEPARIN TUBE.

09:25AM   25    Q.   OKAY.  LET ME ASK THIS, AND MAYBE IT WAS SALES FORCE, BUT

09:25AM  1    DO YOU RECALL THAT THERE WAS A COMPUTER SYSTEM THAT DOCUMENTED

09:25AM  2    THOSE INCOMING INQUIRIES; RIGHT?

09:25AM  3    A.   YES.

09:25AM  4    Q.   AND ANAM WAS THE PERSON RESPONSIBLE FOR THAT?

09:25AM  5    A.   YES.

09:25AM  6    Q.   AND THERE WAS ACTUALLY AN SOP SET WITHIN THE CLIA LAB THAT

09:25AM  7    RELATED TO THAT; RIGHT?

09:25AM  8    A.   I DO NOT RECALL.

09:25AM  9    Q.   OKAY.  DO YOU RECALL WHAT SOP YOU WERE ASKING OR WHAT

09:25AM  10   PROCEDURE -- YEAH, I'M SORRY, WHAT SOP YOU WERE ASKING ANAM TO

09:25AM  11   PREPARE IN ADVANCE OF THIS NOVEMBER 2013 AUDIT?  DO YOU RECALL?

09:26AM  12   A.   THE INTENT WAS FOR AN SOP FOR HOW ONE ENTERS DATA INTO THE

09:26AM  13   THERANOS LIS AND HOW THAT -- ESSENTIALLY MANUAL FOR HOW THAT

09:26AM  14   SOFTWARE WORKS.

09:26AM  15        I -- READING THE EMAIL NOW, I DO NOT BELIEVE THAT IT'S

09:26AM  16   EXPLICIT OR DETAILED ENOUGH TO HAVE GIVEN, YOU KNOW, CLEAR

09:26AM  17   INSTRUCTIONS TO HER.

09:26AM  18   Q.   DO YOU REGRET THAT, SIR?

09:26AM  19   A.   NO.  I, YOU KNOW, I PUT TOGETHER A LIST AS BEST AS I COULD

09:26AM  20   WITHIN THE TIME CONSTRAINTS AT THE TIME.

09:26AM  21   Q.   AND YOU WERE GOING TO REVIEW WHATEVER THEY PREPARED

09:26AM  22   ANYWAY; RIGHT?

09:26AM  23   A.   YES.

09:26AM  24   Q.   OKAY.  AND DO YOU SEE THERE'S AN SOP WITH RESPECT TO

09:26AM  25   REDRAWS THERE.

09:26AM  1          DO YOU SEE THAT?

09:26AM  2     A.   YES.

09:26AM  3     Q.   OKAY.  AND FINALLY, ON THIS PAGE DO YOU SEE THERE'S A

09:26AM  4     REFERENCE TO A MOCK AUDIT BY JERRY HURST?

09:27AM  5     A.   CORRECT.

09:27AM  6     Q.   AND DO YOU RECALL WHETHER OR NOT THAT HAD OCCURRED?

09:27AM  7     A.   IT DID NOT.

09:27AM  8     Q.   OKAY.  AND THAT WAS DUE TO A SCHEDULING ISSUE?

09:27AM  9     A.   HE WAS UNAVAILABLE.

09:27AM  10    Q.   OKAY.

09:27AM  11    A.   YEAH.

09:27AM  12    Q.   AND IF WE GO TO THE NEXT PAGE, YOU SEE THERE AT THE BOTTOM

09:27AM  13    IT SAYS, "MYSELF AND SUPERVISORS MINIMALLY PRESENT TO HANDLE

09:27AM  14    INSPECTION STARTING AT 10:30."

09:27AM  15    A.   CORRECT.

09:27AM  16    Q.   AND JUST MINIMAL PRESENCE IS WHAT YOU THOUGHT WAS MOST

09:27AM  17    PERTINENT FOR THE INSPECTION?

09:27AM  18    A.   NO.  I WAS DESCRIBING THE MINIMUM NUMBER OF PEOPLE THAT I

09:27AM  19    WOULD EXPECT TO ATTEND THE INSPECTION.  I WAS NOT SAYING THE

09:27AM  20    NUMBERS OF PEOPLE SHOULD BE KEPT TO A MINIMUM.

09:27AM  21    Q.   OH, OKAY.  WELL, THANK YOU FOR YOUR CLARIFICATION ON THAT,

09:27AM  22    DOCTOR.

09:28AM  23          AND ONE OF THE REASONS THAT -- LET ME JUST MAKE SURE I WAS

09:28AM  24    CLEAR.  THE LDT'S THAT ARE REFERENCED WITHIN THAT, DO YOU SEE

09:28AM  25    THAT DOCUMENT?

09:28AM   1            IF WE CAN GO UP TO THE FIRST PAGE AND CAPTURE THE MIDDLE

09:28AM   2    OF THE DOCUMENT.

09:28AM   3            WHERE LDT'S ARE REFERENCED, THOSE ARE THE THERANOS SMALL

09:28AM   4    SAMPLE ASSAYS; CORRECT?

09:28AM   5    A.   CORRECT.

09:28AM   6    Q.   AND INCLUDING THE EDISON DEVICES; RIGHT?

09:28AM   7    A.   CORRECT.

09:28AM   8    Q.   AND YOU WANTED TO MAKE SURE THAT EVERYTHING WAS

09:28AM   9    APPROPRIATELY PREPARED FOR THE INSPECTION ON THOSE ITEMS;

09:28AM   10   RIGHT?

09:28AM   11   A.   YES.

09:28AM   12   Q.   OKAY.  AND ONE OF THE REASONS THAT YOU NEEDED TO BE

09:28AM   13   PREPARED WAS BECAUSE WHEN AN INSPECTOR COMES IN, THEY MAY ASK

09:28AM   14   FOR THE DOCUMENTATION?

09:28AM   15   A.   CORRECT.

09:28AM   16   Q.   THEY DON'T TELL YOU IN ADVANCE EXACTLY WHAT DOCUMENTS OR

09:28AM   17   INFORMATION THAT THEY'RE GOING TO LOOK FOR?

09:29AM   18   A.   CPA DOES, BUT NOT CLIA.

09:29AM   19   Q.   AND THIS WAS A CLIA AUDIT; CORRECT?

09:29AM   20   A.   CORRECT.

09:29AM   21   Q.   AND SO THE AUDITORS THAT WERE COMING IN, IN THIS CASE FROM

09:29AM   22   THE CALIFORNIA DEPARTMENT OF HEALTH, COULD ASK FOR ANYTHING?

09:29AM   23   A.   CORRECT.  CORRECT.

09:29AM   24   Q.   OKAY.  AND YOU NEED TO BE READY IN CASE THE INSPECTORS ASK

09:29AM   25   FOR THE INFORMATION; RIGHT?

09:29AM 1    A.   YES.

09:29AM 2    Q.   AND THEY GET TO, THEY GET TO PREPARE WHATEVER QUESTIONS

09:29AM 3    AND THEY GET TO PREPARE A LIST OF QUESTIONS AND INFORMATION

09:29AM 4    THAT THEY WANT FROM THE LAB; RIGHT?

09:29AM 5    A.   THEY'RE ENTITLED TO ASK WHATEVER QUESTIONS THEY SEE FIT AT

09:29AM 6    THE TIME.

09:29AM 7    Q.   AND YOU'RE OBLIGATED TO GIVE THEM WHATEVER THEY ASK FOR;

09:29AM 8    RIGHT?

09:29AM 9    A.   CORRECT.

09:29AM 10   Q.   AND DID YOU DO THAT?

09:29AM 11   A.   CORRECT.

09:29AM 12   Q.   AND AS A GENERAL MATTER, THEY COME IN AND YOU FEEL LIKE

09:29AM 13   YOU'RE READY AND THEN YOU WAIT UNTIL THEY ASK QUESTIONS AND

09:29AM 14   THEN YOU GIVE THEM WHATEVER THEY ASK FOR; RIGHT?

09:30AM 15   A.   JUST ANSWER THE QUESTION.

09:30AM 16   Q.   JUST ANSWER THE QUESTION; RIGHT?

09:30AM 17   A.   YES.

09:30AM 18   Q.   THAT'S THE STANDARD APPROACH.  YOU WAIT FOR THEIR INQUIRY

09:30AM 19   AND THEN YOU PROVIDE THE INFORMATION AND RESPONSE?

09:30AM 20   A.   CORRECT.

09:30AM 21   Q.   AND YOU DON'T GIVE THEM A GUIDED TOUR OF THE WHOLE

09:30AM 22   FACILITY; RIGHT?

09:30AM 23   A.   NO.

09:30AM 24   Q.   AND YOU DON'T BRING THEM INTO THE R&D DEPARTMENT?

09:30AM 25   A.   WELL, IN OTHER LABORATORIES WE HAVE HAD CAP INSPECTION

09:30AM 1    WHERE WE HAVE SHOWN CAP THE FACILITY.

09:30AM 2    Q.   AND I'M JUST TALKING ABOUT HERE.  YOU'VE TALKED ABOUT YOUR

09:30AM 3    GENERAL PROCEDURE, WHICH IS THEY ASK A QUESTION, YOU WAIT, AND

09:30AM 4    YOU GIVE THEM A RESPONSE?

09:30AM 5    A.   YES.

09:30AM 6    Q.   AND YOU DID THAT, SIR?

09:30AM 7    A.   YES.

09:30AM 8    Q.   AND YOU DIDN'T HIDE ANY INFORMATION FROM THESE INSPECTORS

09:30AM 9    IN 2013 AT THERANOS, DID YOU?

09:30AM 10   A.   NO.

09:30AM 11   Q.   AND THAT WOULD BE A BIG PROBLEM IF YOU DID THAT; RIGHT?

09:31AM 12   A.   YES.

09:31AM 13   Q.   AND YOU NEVER WOULD DO THAT; RIGHT?

09:31AM 14   A.   I WOULD NEVER DO THAT, YES.

09:31AM 15   Q.   I BELIEVE YOU TESTIFIED YESTERDAY THAT THE INSPECTOR WHO

09:31AM 16   CAME IN ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THERANOS'S

09:31AM 17   LDT'S; RIGHT?

09:31AM 18   A.   CORRECT.

09:31AM 19   Q.   THOSE ARE THE EDISON TESTS OR THE SMALL SAMPLE ASSAY

09:31AM 20   TESTS; RIGHT?

09:31AM 21   A.   WHAT DO YOU MEAN BY "SMALL SAMPLE ASSAY TESTS"?

09:31AM 22   Q.   WELL, LET ME -- LET ME STRIKE THAT.

09:31AM 23      THESE ARE THE TESTS THAT THERANOS DEVELOPED THAT WERE

09:31AM 24   RUNNING IN THE LAB; RIGHT?

09:31AM 25   A.   CORRECT.

09:31AM   1    Q.   AND THEY WERE NOT -- THEY WERE RUN ON A SMALLER SAMPLE AS

09:31AM   2    A GENERAL MATTER; RIGHT?

09:31AM   3    A.   CORRECT.

09:31AM   4    Q.   AND SOME OF THEM WERE RUN ON A MODIFIED COMMERCIAL DEVICES

09:31AM   5    THAT APPLIED SOME THERANOS MODIFICATIONS AND TECHNOLOGY; RIGHT?

09:31AM   6    A.   YES.

09:31AM   7    Q.   AND SOME OF THEM WERE RUN ON THE EDISON?

09:32AM   8    A.   YES.

09:32AM   9    Q.   RIGHT.

09:32AM  10         AND THOSE ARE THE LDT'S?

09:32AM  11    A.   NONE OF THEM WERE RUN ON THE INSTRUMENTS THAT -- WELL,

09:32AM  12    WITH THE EXCEPTION OF EDISON, THE REST WERE NOT RUN ON THERANOS

09:32AM  13    DEVELOPED INSTRUMENTS.

09:32AM  14    Q.   UNDERSTOOD.  THERE WERE SOME ASSAYS THAT WERE RUNNING ON

09:32AM  15    THERANOS DEVELOPED EDISONS; RIGHT?

09:32AM  16    A.   CORRECT.

09:32AM  17    Q.   AND THEN THERE WERE SOME ASSAYS THAT WERE RUNNING ON

09:32AM  18    COMMERCIAL DEVICES WHERE THERANOS HAD MODIFIED SOME OF THE

09:32AM  19    SOFTWARE AND HARDWARE TECHNOLOGY TO RUN ITS ASSAYS; RIGHT?

09:32AM  20    A.   CORRECT.

09:32AM  21    Q.   AND WHEN -- AND THOSE WERE RUN ON SMALL SAMPLES; RIGHT?

09:32AM  22    A.   CORRECT.

09:32AM  23    Q.   AND SO WHEN WE'RE TALKING ABOUT LDT'S GENERALLY, IT'S ONE

09:32AM  24    OF THOSE TWO CATEGORIES; RIGHT?

09:32AM  25    A.   CORRECT.

09:32AM   1          THERE'S ALSO THE COMPLETE BLOOD COUNT WHERE THEY USED FLOW

09:32AM   2   CYTOMETRY FOR SOME BIZARRE REASON TO DO COMPLETE BLOOD COUNTS.

09:32AM   3          AND THEN THERE WAS A PT INR METHOD THAT WAS IN DEVELOPMENT

09:33AM   4   THAT WAS ALSO LDT.

09:33AM   5   Q.   AND SO THERE WERE TWO LDT'S IN ADDITION --

09:33AM   6   A.   THAT I CAN RECALL, YEAH.

09:33AM   7   Q.   OKAY.  AND WHEN YOU TESTIFIED YESTERDAY THAT THE INSPECTOR

09:33AM   8   ASKED TO SEE CERTAIN DOCUMENTS RELATING TO THE THERANOS LDT'S,

09:33AM   9   IT WAS ONE OF THOSE LDT'S?

09:33AM  10   A.   YES.  I BELIEVE WE SHOWED THE INSPECTOR THE VALIDATION

09:33AM  11   REPORTS FOR THE SMALL SAMPLES AS YOU CALL THEM THAT WERE RUN ON

09:33AM  12   THE ADVIA'S AND THE EDISON LDT'S.

09:33AM  13   Q.   ON BOTH?

09:33AM  14   A.   YEAH.

09:33AM  15   Q.   YOU SHOWED THEM BOTH VALIDATION REPORTS; RIGHT?

09:33AM  16   A.   YES.

09:33AM  17   Q.   ONE FOR EDISONS?

09:33AM  18   A.   YES.

09:33AM  19   Q.   AND ONE FOR THE MODIFIED LDT'S; RIGHT?

09:33AM  20   A.   YES.

09:33AM  21   Q.   AND SO THEY WERE AWARE THAT YOU WERE USING THAT HARDWARE

09:33AM  22   WITHIN THE LAB; RIGHT?

09:33AM  23   A.   YES.

09:33AM  24   Q.   AND DO YOU HAPPEN TO RECALL WHICH PARTICULAR VALIDATION

09:33AM  25   REPORTS YOU SHOWED THEM?

09:33AM 1    A.   I DO NOT RECALL WHICH ANALYTES WE SHOWED THEM.

09:33AM 2    Q.   OKAY.  BUT ONE OF EACH?

09:33AM 3    A.   CORRECT.

09:33AM 4    Q.   AND SO YOU TESTIFIED YESTERDAY THAT THERE WERE SOME

09:34AM 5    COMMUNICATIONS WITHIN THE COMPANY AROUND ACCESS TO THE NORMANDY

09:34AM 6    LAB.

09:34AM 7         DO YOU RECALL THAT?

09:34AM 8    A.   YES.

09:34AM 9    Q.   OKAY.  AND THE PORTION OF THE -- THAT'S THE PORTION OF THE

09:34AM 10   CLIA LAB THAT WAS DOWNSTAIRS?

09:34AM 11   A.   CORRECT.

09:34AM 12   Q.   OKAY.  AND THE QUESTION IS RELATED TO WHETHER YOU WOULD

09:34AM 13   AFFIRMATIVELY LEAVE THE INSPECTORS DOWNSTAIRS THERE; RIGHT?

09:34AM 14   A.   NO.  THERE WAS AN EMAIL FROM ELIZABETH SAYING HAS THE PATH

09:34AM 15   BEEN CEMENTED?

09:34AM 16        AND SHE REFERENCED THE NEW YORK STATE INSPECTION.

09:34AM 17        AND THERE WAS VERBAL INSTRUCTION FROM SUNNY BALWANI THAT

09:34AM 18   NOBODY WAS TO ENTER OR LEAVE THE NORMANDY LAB DURING THE PERIOD

09:35AM 19   OF THE INSPECTION.

09:35AM 20   Q.   AND NO ONE ENTERING AND LEAVING AND GOING IN AND OUT OF

09:35AM 21   THE NORMANDY LAB RELATED TO STAFF, NOT THE INSPECTOR; CORRECT?

09:35AM 22   BECAUSE IF THEY ASKED TO SEE IT, YOU WOULD SHOW IT TO THEM;

09:35AM 23   RIGHT?

09:35AM 24   A.   I WOULD BE OBLIGED AND WOULD BE REQUIRED TO SHOW IT TO

09:35AM 25   THEM.

09:35AM   1    Q.   AND THEY WERE JUST ASKING THAT OTHER EMPLOYEES NOT BE

09:35AM   2    RUNNING IN AND OUT OF THERE DURING THE INSPECTION; RIGHT?

09:35AM   3         IS THAT YOUR RECOLLECTION?

09:35AM   4    A.   CORRECT.  CORRECT.

09:35AM   5    Q.   OKAY.  WELL, I'M GOING TO ASK SOME MORE SPECIFIC QUESTIONS

09:35AM   6    OF THAT.

09:35AM   7         WHY DON'T WE TAKE A LOOK AT 4047, WHICH IS IN EVIDENCE.

09:35AM   8    WE'LL PUT IT UP ON THE SCREEN.

09:35AM   9         THIS IS THE EMAIL THAT YOU WERE REFERRING TO FROM

09:35AM  10    YESTERDAY?

09:35AM  11    A.   CORRECT.

09:35AM  12    Q.   AND IT SAYS BELOW -- LET'S HIGHLIGHT THAT QUESTION FROM

09:36AM  13    MS. HOLMES.

09:36AM  14         DO YOU SEE THAT THERE?

09:36AM  15         IT SAYS, "LET ME KNOW IF THE PATH FOR WALKING THE AUDITORS

09:36AM  16    IN AND DOWNSTAIRS HAS BEEN CEMENTED SO WE CAN AVOID AREAS THAT

09:36AM  17    CANNOT BE ACCESSED, AND WHAT THAT PATH IS."

09:36AM  18         RIGHT?

09:36AM  19    A.   YES.

09:36AM  20    Q.   SHE'S NOT SAYING DON'T GO THERE; RIGHT?

09:36AM  21    A.   SHE IS ASKING TO KNOW WHAT AREAS ARE GOING TO BE SHOWN TO

09:36AM  22    THE INSPECTORS.

09:36AM  23    Q.   WELL, SHE'S, SHE'S ACTUALLY ASKING WHAT THE PATH IS FOR

09:36AM  24    WALKING THE AUDITORS IN AND DOWNSTAIRS; RIGHT?

09:36AM  25    A.   I THINK YOU'RE SORT OF BEING SEMANTIC.  YOU'RE SORT OF

09:36AM   1     SPLITTING HAIRS RIGHT NOW.

09:36AM   2          BUT THAT'S THE WAY THAT I READ THE EMAIL.  SHE WANTED TO

09:36AM   3     KNOW WHAT AREAS WOULD BE SHOWN TO INSPECTORS AND WHAT AREAS

09:36AM   4     WOULD NOT BE.

09:36AM   5     Q.   OKAY.  WELL, LET'S --

09:36AM   6     A.   THAT'S HOW I READ THE EMAIL.

09:36AM   7     Q.   I UNDERSTAND.  I UNDERSTAND.  I APPRECIATE THAT EMAIL.

09:36AM   8          LET'S LOOK AT THE TOP.  THERE'S ANOTHER EMAIL.

09:37AM   9          DO YOU SEE THAT?

09:37AM  10     A.   YES.

09:37AM  11     Q.   IT SAYS, "(KERRY, PLEASE DELINEATE THIS BASED ON WHAT WE

09:37AM  12     DID WITH THE NEW YORK INSPECTOR RECENTLY AND SEND THAT OUT)."

09:37AM  13          DO YOU RECALL THAT?

09:37AM  14     A.   YES.

09:37AM  15     Q.   AND THE GOVERNMENT SHOWED YOU THIS EMAIL YESTERDAY; RIGHT?

09:37AM  16     A.   YES, THEY DID.

09:37AM  17     Q.   AND DID THE GOVERNMENT SHOW YOU MS. JOHNSON'S RESPONSE

09:37AM  18     YESTERDAY?

09:37AM  19     A.   NO, I DON'T BELIEVE I'VE SEEN A RESPONSE FROM MS. JOHNSON.

09:37AM  20     Q.   LET'S TAKE A LOOK AT IT.

09:37AM  21          IF YOU LOOK AT EXHIBIT 12749, WHICH SHOULD BE IN YOUR

09:37AM  22     BINDER 2 UP THERE.

09:37AM  23               MS. TREFZ:  12749.

09:38AM  24               MR. WADE:  12749.

09:38AM  25               THE WITNESS:  I SEE AN EMAIL HERE FROM KERRY.

09:38AM   1    BY MR. WADE:

09:38AM   2    Q.   OKAY.  JUST TAKE A MINUTE AND FAMILIARIZE YOURSELF WITH

09:38AM   3    THAT EMAIL.

09:38AM   4         AND THIS IS AN EMAIL THAT YOU'RE ON?

09:38AM   5    A.   YES.

09:38AM   6    Q.   AND IT RELATES TO THESE ISSUES?

09:38AM   7    A.   CORRECT.

09:38AM   8         MR. WADE:  I WOULD MOVE FOR THE ADMISSION OF

09:38AM   9    EXHIBIT 12749.

09:38AM   10        MR. BOSTIC:  I APOLOGIZE, YOUR HONOR.  I'M STILL

09:38AM   11   LOOKING FOR A COPY OF THAT EMAIL.  I DON'T THINK I HAVE IT.

09:38AM   12        MR. WADE:  WE'LL GIVE COUNSEL A MINUTE.

09:38AM   13        (PAUSE IN PROCEEDINGS.)

09:38AM   14        MR. WADE:  IT MAY BE 12479.  I'M LOOKING AT AN

09:39AM   15   EMAIL --

09:39AM   16   Q.   IS THE DATE OF YOUR EMAIL AT THE TOP 12-4-2013?

09:39AM   17   A.   NO, SIR.  11-27-2013.

09:39AM   18   Q.   I MUST HAVE TRANSPOSED MY TYPING.

09:39AM   19        CAN WE LOOK AT 12479?

09:39AM   20   A.   THAT'S WHAT I'M LOOKING AT.

09:39AM   21   Q.   OH, YOU'RE LOOKING AT 12479.

09:39AM   22        DOES COUNSEL HAVE THAT?

09:39AM   23        MR. BOSTIC:  I DO NOW.

09:39AM   24        THE COURT:  12479 IS ADMITTED, AND IT MAY BE

09:39AM   25   PUBLISHED.

09:39AM  1              (DEFENDANT'S EXHIBIT 12479 WAS RECEIVED IN EVIDENCE.)

09:39AM  2       BY MR. WADE:

09:39AM  3       Q.   OKAY.  AND IF WE CAN GO DOWN TO THE BOTTOM ACTUALLY AND

09:39AM  4       LOOK AT THOSE BOTTOM EMAILS.

09:39AM  5              NOW, THIS IS A FAMILIAR EMAIL TO YOU; RIGHT?  THIS IS THE

09:39AM  6       ONE THAT THE GOVERNMENT SHOWED YOU YESTERDAY?

09:39AM  7       A.   YES, YES.

09:39AM  8       Q.   AND THIS IS THE EMAIL WHERE MS. HOLMES SAYS "LET ME KNOW

09:39AM  9       IF THE PATH FOR WALKING THE AUDITORS IN AND DOWNSTAIRS HAS BEEN

09:40AM  10      CEMENTED SO WE CAN AVOID THE AREAS THAT CANNOT BE ACCESSED, AND

09:40AM  11      WHAT THE PATH IS."

09:40AM  12             DO YOU SEE THAT?

09:40AM  13      A.   YES, I DO.

09:40AM  14      Q.   AND THEN THE RESPONSE IS -- RELATES TO THE NEW YORK --

09:40AM  15      USING THE PATH OF THE NEW YORK INSPECTOR; RIGHT?

09:40AM  16      A.   CORRECT.

09:40AM  17      Q.   OKAY.  LET'S LOOK AT -- LET'S GO UP THE CHAIN.

09:40AM  18             AND THIS IS MS. JOHNSON'S RESPONSE.

09:40AM  19             DO YOU SEE THAT?

09:40AM  20      A.   YES, YES.

09:40AM  21      Q.   AND LET'S LOOK AT IT.

09:40AM  22             IT SAYS "NO PROBLEM.

09:40AM  23             "THE PATH FOR THE NEW YORK INSPECTION WAS FROM THE

09:40AM  24      CONFERENCE ROOM NEAR THE FRONT LOBBY DIRECTLY TO THE LAB GOING

09:40AM  25      PAST HR.  ALL OF THE BULLETIN BOARDS FROM THE LOBBY TO HR WERE

09:40AM  1    COVERED WITH PAPER SO THE INSPECTORS COULD NOT VIEW ANY OF THE

09:40AM  2    DRAWINGS OR ITEMS ON THE BOARD.  DAVID DO ASSISTED WITH PLACING

09:40AM  3    THE PAPER ON THE WHITE BOARDS."

09:40AM  4        DO YOU SEE THAT?

09:40AM  5    A.   I DO.

09:40AM  6    Q.   PUTTING THE PAPER ON THE WHITE BOARDS WAS TO COVER

09:41AM  7    POTENTIAL TRADE SECRETS; RIGHT?

09:41AM  8    A.   NO.  MY OPINION -- I DON'T KNOW.

09:41AM  9    Q.   I'M ASKING FOR YOUR RECOLLECTION AS OPPOSED TO YOUR

09:41AM  10   OPINION.  DO YOU HAVE A RECOLLECTION?

09:41AM  11   A.   I DO NOT RECALL THAT THE ISSUE WAS TRADE SECRETS.  WE

09:41AM  12   WOULD NOT HAVE PINNED UP TRADE SECRETS ON A BULLETIN BOARD.  I

09:41AM  13   MEAN, WHO WOULD DO THAT?

09:41AM  14   Q.   OKAY.  BUT -- I UNDERSTAND YOU'RE OFFERED YOUR OPINION ON

09:41AM  15   THAT.

09:41AM  16       DO YOU RECALL THE BULLETIN BOARDS IN THIS -- ON THIS PATH?

09:41AM  17   A.   YES.

09:41AM  18   Q.   AND DO YOU RECALL WHAT DEPARTMENT THEY WERE IN?

09:41AM  19   A.   WHAT DEPARTMENT?

09:41AM  20   Q.   YEAH.  YOU SEE THE PATH THAT'S OUTLINED IN THIS?

09:41AM  21   A.   YES.

09:41AM  22   Q.   AND YOU WORKED IN THAT BUILDING?

09:41AM  23   A.   CORRECT.

09:41AM  24   Q.   IN WHAT DEPARTMENT WERE THOSE WHITE BOARDS?

09:41AM  25   A.   I CAN TELL YOU WHERE THEY WERE SITUATED.  THEY WERE

09:41AM  1    SITUATED ON A WALL AND BEHIND THE WALL WAS A CORRIDOR AND

09:41AM  2    BEHIND THE CORRIDOR WAS THE JURASSIC PARK LABORATORY.

09:42AM  3    Q.   OKAY.  SO IT'S THE JURASSIC PARK LABORATORY?

09:42AM  4    A.   CORRECT.

09:42AM  5    Q.   AND DO YOU RECALL WHO USED THE WHITE BOARDS?

09:42AM  6    A.   THE INTENTION OF THE WHITE BOARDS WAS TO SHOW LICENSING OR

09:42AM  7    PERSONNEL.  SO OUR CLIA LICENSE WE PINNED UP THERE, OUR CLS

09:42AM  8    LICENSES WE PINNED UP THERE, THE NEW YORK LICENSES, OTHER STATE

09:42AM  9    LICENSES.

09:42AM  10   Q.   OKAY.  YOU DON'T THINK IT WAS ANYTHING CONFIDENTIAL?

09:42AM  11   A.   I DO NOT.

09:42AM  12   Q.   OKAY.  SO ANYONE COULD HAVE LOOKED AT THE MATERIAL IN YOUR

09:42AM  13   MIND?

09:42AM  14   A.   COULD YOU CLARIFY THE QUESTION?

09:42AM  15   Q.   WELL, YOU WOULDN'T HAVE HAD A PROBLEM SHOWING THAT TO

09:42AM  16   ANYONE COMING IN?

09:42AM  17   A.   NO.

09:42AM  18   Q.   OKAY.  LET'S FOCUS ON THE SECOND PARAGRAPH.  OKAY, SIR?

09:42AM  19   A.   YEAH.

09:42AM  20   Q.   LET'S BLOW THAT UP IF WE CAN.

09:42AM  21        IT SAYS, "I WOULD SUGGEST THAT THE PATH TO THE NORMANDY

09:42AM  22   LAB BE THE STAIRS BY THE BACK DOOR AND WALK THROUGH THE

09:43AM  23   SHIPPING AREA OR USE THE ELEVATOR IF ANYONE HAS PHYSICAL

09:43AM  24   PROBLEMS PREVENTING THEM FROM USING THE STAIRS."

09:43AM  25        DO YOU SEE THAT?

09:43AM 1    A.   YES.

09:43AM 2    Q.   SHE'S TALKING ABOUT THE ACTUAL PATH THAT YOU WOULD TAKE TO

09:43AM 3    THE NORMANDY LAB?

09:43AM 4    A.   SHE'S SUGGESTING A PATH TO THE NORMANDY LAB.

09:43AM 5    Q.   IN RESPONSE TO MS. HOLMES'S INQUIRY; RIGHT?

09:43AM 6    A.   YES.

09:43AM 7    Q.   AND YOU WERE SHOWN THIS DOCUMENT BY THE GOVERNMENT IN YOUR

09:43AM 8    PREPARATION, WERE YOU NOT?

09:43AM 9    A.   I DO NOT RECALL.

09:43AM 10   Q.   OKAY.  IF YOU CAN LOOK IN YOUR YELLOW BINDER AT TX 11 --

09:43AM 11   A.   WHICH VOLUME, SIR?

09:43AM 12   Q.   VOLUME 2 --

09:43AM 13   A.   UH-HUH.

09:43AM 14   Q.   -- EXHIBIT 11424 --

09:43AM 15   A.   OKAY.

09:43AM 16   Q.   -- PAGE 10?

09:44AM 17   A.   OKAY.

09:44AM 18   Q.   AND IF YOU COULD LOOK AT THE LARGE PARAGRAPH IN THE MIDDLE

09:44AM 19   AND JUST READ IT TO YOURSELF AND TELL ME WHEN YOU'RE DONE.

09:44AM 20        (PAUSE IN PROCEEDINGS.)

09:44AM 21            THE WITNESS:  OKAY.  I'VE READ IT.

09:45AM 22   BY MR. WADE:

09:45AM 23   Q.   AND FOR THE RECORD, THIS IS -- I'M SHOWING YOU A

09:45AM 24   MEMORANDUM OF INTERVIEW THAT RELATES TO YOUR AUGUST 30TH

09:45AM 25   INTERVIEW A COUPLE WEEKS AGO; RIGHT?

09:45AM 1    A.   YES.

09:45AM 2    Q.   OKAY.  AND HAVE YOU READ THAT?

09:45AM 3    A.   YES.

09:45AM 4    Q.   OKAY.  DOES READING THAT REFRESH YOUR RECOLLECTION THAT

09:45AM 5    THE GOVERNMENT SHOWED YOU THIS DOCUMENT IN THAT INTERVIEW?

09:45AM 6    A.   NOT THE DOCUMENT FROM KERRY.  THE OTHER TWO, YES.  I DON'T

09:45AM 7    SEE MENTION OF THE DOCUMENT FROM KERRY, THE EMAIL FROM KERRY.

09:45AM 8    Q.   LET'S BLOW UP THE BATES NUMBER IN THE BOTTOM CORNER,

09:45AM 9    PLEASE.

09:45AM 10       YOU THINK YOU WERE JUST SHOWN THE DOCUMENT FROM KERRY AND

09:45AM 11   NOT THIS DOCUMENT?

09:46AM 12   A.   NO.  I THINK I WAS JUST SHOWN THE DOCUMENT FROM MS. HOLMES

09:46AM 13   ABOUT DELINEATION OF THE PATH, AND THEN THE OTHER EMAIL FROM

09:46AM 14   MS. HOLMES THAT SAYS KERRY, PLEASE DELINEATE.

09:46AM 15       I DON'T RECALL THAT I SAW KERRY'S RESPONSE DURING THAT

09:46AM 16   GOVERNMENT SESSION.

09:46AM 17   Q.   THE GOVERNMENT NEVER SHOWED YOU THAT RESPONSE?

09:46AM 18   A.   I DON'T RECALL SEEING IT.

09:46AM 19   Q.   OKAY.  WELL, DOES THIS -- DO THESE DOCUMENTS REFRESH YOUR

09:46AM 20   RECOLLECTION THAT YOU BELIEVE THAT MS. HOLMES WAS OPEN TO

09:46AM 21   SHOWING THE AUDITORS THE DOWNSTAIRS LAB?

09:46AM 22   A.   YES, THAT IS WHAT I TOLD THE GOVERNMENT DURING THIS

09:46AM 23   INTERVIEW.

09:47AM 24   Q.   AND PART OF THE REASON, SIR, WHY THERE NEEDED TO BE SOME

09:47AM 25   DISCUSSION ABOUT THESE LABS WAS BECAUSE THE THERANOS LAB WAS

09:47AM  1    SPLIT INTO TWO DIFFERENT PHYSICAL LOCATIONS; RIGHT?

09:47AM  2    A.   CORRECT.

09:47AM  3    Q.   AND --

09:47AM  4    A.   SAME BUILDING.

09:47AM  5    Q.   IN THE SAME BUILDING, BUT ONE WAS IN THE BASEMENT;

09:47AM  6    CORRECT?

09:47AM  7    A.   RIGHT.

09:47AM  8    Q.   OKAY.  AND YOU BELIEVED, SIR, THAT THE R&D SECTION SHOULD

09:47AM  9    HAVE BEEN AVOIDED DURING THAT, DURING THAT INTERVIEW; RIGHT?

09:47AM  10   OR DURING THAT INSPECTION; CORRECT?

09:47AM  11   A.   THE INSPECTORS WOULD NOT HAVE ASKED TO SEE AN R&D AREA.

09:48AM  12   IT'S NOT USED FOR PROCESSING PATIENT SAMPLES.  THERE'S NO

09:48AM  13   REASON WHY THEY WOULD NEED TO SEE IT, YEAH.

09:48AM  14   Q.   BUT YOU BELIEVED IT SHOULD HAVE BEEN AVOIDED; RIGHT?

09:48AM  15   A.   IF THE INSPECTORS HAD SPECIFICALLY ASKED TO SEE IT, I

09:48AM  16   WOULD HAVE SHOWN IT TO THEM.

09:48AM  17   Q.   FAIR ENOUGH.  BECAUSE YOU WERE ALWAYS TRANSPARENT WITH THE

09:48AM  18   INSPECTORS; CORRECT?

09:48AM  19   A.   RIGHT.

09:48AM  20   Q.   BUT DO YOU RECALL TELLING THE GOVERNMENT IN THAT SAME

09:48AM  21   INTERVIEW THAT YOU THOUGHT IT WAS REASONABLE TO AVOID THE R&D

09:48AM  22   LAB UNLESS THEY REQUESTED IT?

09:48AM  23   A.   CORRECT.

09:48AM  24   Q.   AND DURING THAT INSPECTION, THOSE INSPECTORS WERE SHOWN

09:48AM  25   WHATEVER THEY WANTED TO SEE?

ROSENDORFF CROSS BY MR. WADE (RES.)

09:48AM 1      A.   CORRECT.

09:48AM 2      Q.   AND THEY DIDN'T ASK TO SEE THE LABORATORY THAT INCLUDED

09:48AM 3      THE LDT'S; RIGHT?

09:48AM 4      A.   NO, NOT EXPLICITLY, NO.

09:48AM 5      Q.   AND IF THEY HAD, YOU WOULD HAVE SHOWN IT TO THEM?

09:49AM 6      A.   YES, YES.

09:49AM 7      Q.   YOU ACTUALLY -- YOU TOLD THE INSPECTORS ABOUT THE

09:49AM 8      DOWNSTAIRS LAB; RIGHT?

09:49AM 9      A.   I DID NOT.

09:49AM 10     Q.   DO YOU RECALL GIVING TESTIMONY PREVIOUSLY THAT YOU TOLD

09:49AM 11     THE INSPECTORS OF THE DOWNSTAIRS LAB?

09:49AM 12     A.   I DON'T RECALL.

09:49AM 13     Q.   LET'S TAKE A LOOK AT EXHIBIT 11001, WHICH IS IN YOUR

09:49AM 14     YELLOW BINDER, VOLUME 1.

09:50AM 15     A.   OKAY.

09:50AM 16     Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:50AM 17     A.   YES.

09:50AM 18     Q.   OKAY.  IF YOU COULD LOOK AT PAGE 47, LINES -- I'M SORRY,

09:50AM 19     PAGE 41, LINES 17 TO 21.

09:50AM 20          PAGE 41, LINES 17 TO 21.  READ IT TO YOURSELF, PLEASE.

09:50AM 21     A.   I READ IT.

09:50AM 22     Q.   AND DOES THAT REFRESH YOUR RECOLLECTION, SIR, THAT YOU

09:50AM 23     TOLD THE INSPECTORS ABOUT THE DOWNSTAIRS LAB?

09:50AM 24     A.   NO.  I MEAN, I STATE IN THIS INTERVIEW WE TOLD HER, AND

09:50AM 25     THEN I HESITATE, AND I SAY WE MUST HAVE TOLD HER.

09:50AM   1          I WAS -- THIS WAS MORE IN THE VEIN OF SPECULATION.

09:50AM   2          I DO RECALL SPECIFICALLY DURING THE AUDITS I SENT AN EMAIL

09:50AM   3     TO DANIEL YOUNG SAYING, BASICALLY SHOULD WE TELL THE INSPECTORS

09:50AM   4     ABOUT THE DOWNSTAIRS LAB?

09:50AM   5          AND DANIEL YOUNG SAID NOT UNLESS SHE EXPLICITLY ASKS ABOUT

09:51AM   6     IT.

09:51AM   7          YOU KNOW, I'M SAYING WE MUST HAVE TOLD HER.  THAT'S A, I

09:51AM   8     GUESS YOU WOULD CALL IT AN INFERENCE OR A LOGICAL CONCLUSION,

09:51AM   9     NOT REALLY A RECOLLECTION.  YEAH.

09:51AM  10     Q.   YOU WERE INFERRING FROM THE CIRCUMSTANCES RELATING TO YOUR

09:51AM  11     INTERACTIONS WITH THE INSPECTOR THAT YOU MUST HAVE SHOWN HER OR

09:51AM  12     TOLD HER ABOUT THE DOWNSTAIRS LAB?

09:51AM  13     A.   I DO -- I DON'T REMEMBER WHAT THE BASIS OF MY INFERENCE

09:51AM  14     WAS DURING THIS TESTIMONY WITH COLMAN.

09:51AM  15     Q.   BUT YOU CERTAINLY DIDN'T HIDE THE DOWNSTAIRS LAB FROM

09:51AM  16     THEM; RIGHT?

09:51AM  17     A.   AGAIN, IF THEY HAD ASKED TO SEE ABOUT THE DOWNSTAIRS LAB,

09:51AM  18     IF THEY HAD ASKED TO SEE WHERE THESE LDT'S WERE PERFORMED, I

09:52AM  19     WOULD HAVE BEEN OBLIGED TO SHOW THE DOWNSTAIRS LAB TO THEM.

09:52AM  20     Q.   I JUST WANT TO MAKE SURE THE RECORD IS CLEAR.  IS IT YOUR

09:52AM  21     TESTIMONY THAT YOU ACTIVELY CONCEALED THAT LABORATORY FROM

09:52AM  22     THEM?

09:52AM  23     A.   NO, NO.

09:52AM  24     Q.   OKAY.  YOU DIDN'T HIDE IT FROM THEM; RIGHT?

09:52AM  25     A.   NO.

09:52AM   1     Q.   AND DURING THIS SURVEY THERE WERE A FEW DEFICIENCIES AND

09:52AM   2     AREAS OF IMPROVEMENT THAT WERE NOTED BY THE INSPECTOR; RIGHT?

09:52AM   3     A.   YES.

09:52AM   4     Q.   AND THEY WERE RELATIVELY MINOR ISSUES?

09:52AM   5     A.   YES.

09:52AM   6     Q.   OKAY.  AND IS THAT IN PART BECAUSE YOU HAD DONE ALL OF

09:52AM   7     THAT PREPARATION WORK IN ADVANCE?

09:52AM   8     A.   IN PART, YES.

09:52AM   9     Q.   OKAY.  DO YOU RECALL THAT NEVERTHELESS MS. HOLMES AND

09:52AM   10    MR. BALWANI WERE UPSET THAT THERE WERE ANY DEFICIENCIES?

09:52AM   11    A.   YES.

09:52AM   12    Q.   AND THEY WANTED TO DO BETTER; RIGHT?

09:52AM   13    A.   THEY WANTED NO DEFICIENCIES ON THE REPORT.

09:53AM   14    Q.   AND I ASSUME YOU WOULD HAVE WANTED NO DEFICIENCIES ON THE

09:53AM   15    REPORT; RIGHT?

09:53AM   16    A.   WELL, THAT'S IDEAL, YES.

09:53AM   17    Q.   BUT IT'S NOT COMMON, IS IT?

09:53AM   18    A.   IT HAPPENS.

09:53AM   19    Q.   USUALLY THEY FIND SOME DEFICIENCIES THAT THEY DOCUMENT IN

09:53AM   20    THE REPORT; RIGHT?

09:53AM   21    A.   YES.

09:53AM   22    Q.   AND THESE WERE, IN YOUR MIND, RELATIVELY MINOR

09:53AM   23    DEFICIENCIES?

09:53AM   24    A.   YES.

09:53AM   25    Q.   AND YOU ADDRESSED THEM QUICKLY?

09:53AM   1     A.   YES.

09:53AM   2     Q.   AND YOU MOVED ON WITH A CLEAN BILL OF HEALTH; RIGHT?

09:53AM   3     A.   YES.

09:53AM   4     Q.   OKAY.

09:54AM   5          (PAUSE IN PROCEEDINGS.)

09:54AM   6     BY MR. WADE:

09:54AM   7     Q.   I'M GOING TO SWITCH TOPICS HERE, DR. ROSENDORFF.

09:54AM   8          IF WE CAN START BY PULLING UP EXHIBIT 12464, WHICH IS IN

09:54AM   9     EVIDENCE, AND WE DISCUSSED YESTERDAY JUST TO KIND OF REORIENT

09:54AM   10    YOU TO WHERE WE ARE.

09:54AM   11         THIS IS THE NOVEMBER 8TH, 2013 EMAIL FROM YOU TO

09:55AM   12    MR. BALWANI.

09:55AM   13         DO YOU SEE THAT?

09:55AM   14    A.   YES.

09:55AM   15    Q.   AND IF WE CAN GO TO THE BOTTOM OF THAT EMAIL, DOWN ON THE

09:55AM   16    BOTTOM, MR. BALWANI'S EMAIL.

09:55AM   17         AND DO YOU RECALL THIS WAS THE EMAIL IN WHICH MR. BALWANI

09:55AM   18    MADE INQUIRIES OF YOU IN ADVANCE OF THE PUBLIC LAUNCH OF

09:55AM   19    OPERATIONS AT WALGREENS?

09:55AM   20    A.   I RECALL READING THIS EMAIL YESTERDAY.

09:55AM   21    Q.   OKAY.  AND LET ME GO TO THE SECOND PAGE AGAIN JUST SO I

09:55AM   22    CAN REFRESH YOU ON THE TOPICS THAT WE WANT TO DISCUSS.

09:55AM   23         OKAY.  AND YOU RECALL HERE MR. BALWANI ASKING YOU IF

09:55AM   24    THERE'S ANYTHING YOU NEEDED OR ANYTHING THAT NEEDED TO BE

09:55AM   25    ADDRESSED IN ADVANCE OF THAT LAUNCH AT WALGREENS.

ROSENDORFF CROSS BY MR. WADE (RES.)

09:55AM 1      DO YOU RECALL THAT?

09:55AM 2 A.   YES.

09:55AM 3 Q.   OKAY.  DO YOU RECALL THAT YOU DID SOME WORK IN CONNECTION

09:56AM 4 WITH THAT TO MAKE SURE THAT THE LAB WAS IN SHAPE IN ADVANCE OF

09:56AM 5 THAT PUBLIC LAUNCH; RIGHT?

09:56AM 6 A.   YES.

09:56AM 7 Q.   OKAY.  AND YOU HAD RAISED SOME ISSUES UP THE CHAIN OF THIS

09:56AM 8 EMAIL THAT YOU WANTED TO ADDRESS.

09:56AM 9      DO YOU RECALL THAT?

09:56AM 10      I DON'T HAVE ANY SPECIFIC QUESTIONS.  DO YOU RECALL

09:56AM 11 GENERALLY THAT YOU RAISED SOME ISSUES THAT YOU WANTED TO

09:56AM 12 ADDRESS BEFORE THE OPENING?

09:56AM 13 A.   THIS IS A NOVEMBER EMAIL THAT WE'RE LOOKING AT?

09:56AM 14 Q.   YEAH.  WE CAN --

09:56AM 15 A.   LET'S STEP BACK.

09:56AM 16 Q.   LET'S PULL THE EMAIL UP, THE DATE UP.  LET'S PULL THE TOP.

09:56AM 17      DO YOU SEE THIS WAS NOVEMBER 8TH, 2013?

09:56AM 18 A.   OKAY.  AND WHAT IS MY RESPONSE TO THIS EMAIL?

09:56AM 19 Q.   YOUR RESPONSE IS RIGHT THERE ABOUT HOW YOU'RE EXCITED.

09:56AM 20 A.   OH, I SEE.  I SEE.  YEAH.

09:57AM 21 Q.   AND YOU RAISE SOME ISSUES THAT YOU WANTED TO ADDRESS IN

09:57AM 22 RESPONSE TO HIS INQUIRY; RIGHT?

09:57AM 23 A.   YES.

09:57AM 24 Q.   AND THIS IS ON FRIDAY, NOVEMBER 8TH.

09:57AM 25      DO YOU SEE THAT?

| | | |
|---|---|---|
| 09:57AM | 1 | A.   YES. |
| 09:57AM | 2 | Q.   AND I'D LIKE TO GO TO EXHIBIT 1240. |
| 09:57AM | 3 | MR. WADE:  THE COURT'S INDULGENCE. |
| 09:57AM | 4 | (PAUSE IN PROCEEDINGS.) |
| 09:58AM | 5 | MR. WADE:  MAY I APPROACH, YOUR HONOR? |
| 09:58AM | 6 | THE COURT:  YES. |
| 09:58AM | 7 | BY MR. WADE: |
| 09:58AM | 8 | Q.   DO YOU HAVE 1240 IN FRONT OF YOU? |
| 09:58AM | 9 | A.   YES. |
| 09:58AM | 10 | Q.   AND IF YOU CALL YOUR ATTENTION TO THE BOTTOM OF THE EMAIL |
| 09:58AM | 11 | CHAIN, DO YOU SEE THAT THIS IS AN EMAIL BETWEEN YOU AND |
| 09:58AM | 12 | MR. BALWANI? |
| 09:58AM | 13 | A.   YES. |
| 09:58AM | 14 | Q.   REGARDING LAB COMPLIANCE? |
| 09:58AM | 15 | A.   YES. |
| 09:58AM | 16 | MR. WADE:  I MOVE THE ADMISSION OF 1240. |
| 09:59AM | 17 | MR. BOSTIC:  NO OBJECTION.  IT'S ADMITTED, AND IT |
| 09:59AM | 18 | MAY BE PUBLISHED. |
| 09:59AM | 19 | (GOVERNMENT'S EXHIBIT 1240 WAS RECEIVED IN EVIDENCE.) |
| 09:59AM | 20 | BY MR. WADE: |
| 09:59AM | 21 | Q.   IF WE CAN START ON THE BOTTOM EMAIL AND WORK OUR WAY UP |
| 09:59AM | 22 | HERE? |
| 09:59AM | 23 | A.   YES. |
| 09:59AM | 24 | Q.   OKAY.  DO YOU SEE -- NOW, THIS IS AN EMAIL THAT IS ON |
| 09:59AM | 25 | SUNDAY, NOVEMBER 10TH, 2013. |

09:59AM  1    DO YOU SEE THAT?

09:59AM  2    A.   YES.

09:59AM  3    Q.   AND THIS IS JUST SHORTLY AFTER MR. BALWANI SENT YOU THAT

09:59AM  4    EMAIL SAYING, IS THERE ANYTHING THAT WE NEED?

09:59AM  5    DO YOU RECALL THAT?

09:59AM  6    A.   YES.

09:59AM  7    Q.   AND IT LOOKS LIKE YOU WENT TO WORK TO MAKE SURE THAT

09:59AM  8    EVERYTHING WAS IN SHAPE; RIGHT?

09:59AM  9    A.   YES.

09:59AM  10   Q.   AND IT LOOKS LIKE YOU WERE WORKING OVER THE WEEKEND;

09:59AM  11   RIGHT?

09:59AM  12   A.   YES.

09:59AM  13   Q.   BECAUSE THIS EMAIL WAS SENT ON A SUNDAY?

09:59AM  14   A.   I WAS VERY -- I WAS THINKING VERY HARD ABOUT COMPLIANCE

09:59AM  15   AND QUALITY ISSUES OVER THE WEEKEND, YEAH.

09:59AM  16   Q.   RIGHT.  BECAUSE IF YOU WERE GOING TO OPEN UP TO THE

09:59AM  17   GENERAL PUBLIC, YOU WANTED TO MAKE DOUBLY SURE THAT EVERYTHING

09:59AM  18   WAS IN SHAPE ON COMPLIANCE; RIGHT?

09:59AM  19   A.   CORRECT.  CORRECT.

09:59AM  20   Q.   AND IN GOING THROUGH THOSE ISSUES, YOU IDENTIFIED, YOU

10:00AM  21   IDENTIFIED SOME ITEMS THAT YOU WANTED TO FLAG FOR MR. BALWANI;

10:00AM  22   CORRECT?

10:00AM  23   A.   YES.

10:00AM  24   Q.   AND SPECIFICALLY YOU MENTIONED COMPLIANCE WITH FEDERAL LAW

10:00AM  25   CFR 493.1253.

10:00AM  1          DO YOU SEE THAT?

10:00AM  2     A.   YES.

10:00AM  3     Q.   THAT'S IN THE SUBJECT MATTER OF THE EMAIL THERE.

10:00AM  4          DO YOU SEE THAT?

10:00AM  5     A.   YES.

10:00AM  6     Q.   AND THAT'S ONE OF THOSE REGULATIONS THAT IS WITHIN

10:00AM  7     EXHIBIT 7603 THAT WE WERE TALKING ABOUT YESTERDAY; RIGHT?

10:00AM  8     A.   YES.

10:00AM  9     Q.   AND SO YOU WERE GOING THROUGH AND MAKING SURE THAT

10:00AM  10    EVERYTHING WAS TICKED AND TIED; RIGHT?

10:00AM  11    A.   YES.

10:00AM  12    Q.   AND SO WHEN YOU DID THAT, YOU IDENTIFIED AN ISSUE IN

10:00AM  13    CONNECTION WITH THE ESTABLISHMENT AND VERIFICATION OF

10:00AM  14    PERFORMANCE SPECIFICATIONS; RIGHT?

10:00AM  15    A.   YES.

10:00AM  16    Q.   AS YOU WERE WORKING YOUR WAY THROUGH -- AND IF WE CAN BLOW

10:01AM  17    UP THE LOWER PART OF THE EMAIL BEFORE -- BELOW THAT FROM

10:01AM  18    493.1253 DOWN TO THE BOTTOM.

10:01AM  19          AND AS YOU WERE DOING YOUR WORK, YOU WERE GOING THROUGH

10:01AM  20    THESE ITEMS RELATING TO ACCURACY AND PRECISION AND THE

10:01AM  21    REPORTABLE RANGE AND THE LIKE; RIGHT?

10:01AM  22    A.   CORRECT.

10:01AM  23    Q.   TO MAKE SURE YOU WERE IN COMPLIANCE?

10:01AM  24    A.   CORRECT.

10:01AM  25    Q.   AND THERE WAS AN ITEM DOWN THERE AT THE BOTTOM, DO YOU SEE

10:01AM  1    THAT, RELATING TO THE REPORTABLE RANGE OF TEST RESULTS FOR THE

10:01AM  2    TEST SYSTEM?

10:01AM  3    A.   YES.

10:01AM  4    Q.   AND YOU HIGHLIGHTED, YOU HIGHLIGHTED FOR MR. BALWANI THAT

10:01AM  5    YOU HAD A CONCERN ABOUT THAT; RIGHT?

10:01AM  6    A.   YES.

10:01AM  7    Q.   AND LET'S GO TO THE NEXT PAGE OF THAT EMAIL AND JUST BLOW

10:01AM  8    UP THE WHOLE EMAIL.

10:01AM  9         OKAY.  AND YOU SAY, "MY CONCLUSIONS AND INTERPRETATIONS OF

10:02AM  10   THE ABOVE," AND YOU IDENTIFY TWO ITEMS RELATING TO THE

10:02AM  11   REGULATIONS THAT YOU THOUGHT NEEDED TO BE APPLIED?

10:02AM  12   A.   CORRECT.

10:02AM  13   Q.   CORRECTED; CORRECT?

10:02AM  14   A.   CORRECT.

10:02AM  15   Q.   OKAY.  AND YOU SENT THAT TO YOUR BOSS?

10:02AM  16   A.   CORRECT.

10:02AM  17   Q.   MR. BALWANI.

10:02AM  18        AND, AGAIN, THIS IS TWO DAYS AFTER HE MADE THAT INQUIRY OF

10:02AM  19   YOU; RIGHT?

10:02AM  20   A.   YES.

10:02AM  21   Q.   OKAY.  AND IF WE CAN GO UP THE CHAIN TO THE NEXT EMAIL.

10:02AM  22   YOU ADDED ONE ADDITIONAL COMMENT THERE.  YOU SAID, "SUNNY.

10:02AM  23        "SORRY I ALSO FORGOT TO MENTION, THAT SPECIFICITY STUDIES

10:02AM  24   ARE MISSING FOR A NUMBER OF GC ANALYTES."

10:02AM  25        DO YOU SEE THAT?

10:02AM   1    A.   YES.

10:02AM   2    Q.   AND LET'S GO UP THE CHAIN AND, ON THE BOTTOM PAGE THERE,

10:03AM   3    LET'S LOOK AT THE NEXT COUPLE OF EMAILS.  WE'LL WORK UP FROM

10:03AM   4    THE BOTTOM.

10:03AM   5         DO YOU SEE MR. BALWANI ASKS, "WHAT GC ASSAYS?"

10:03AM   6         DO YOU SEE THAT?

10:03AM   7    A.   CORRECT.

10:03AM   8    Q.   AND THEN YOU IDENTIFY THAT YOU'RE GOING THROUGH THEM NOW?

10:03AM   9    A.   YES.

10:03AM   10   Q.   AND, AGAIN, THIS IS SUNDAY AFTERNOON?

10:03AM   11   A.   YES.

10:03AM   12   Q.   AND YOU ARE WORKING HARD.

10:03AM   13   A.   I'M TRYING TO GET THE LAB TO COME INTO COMPLIANCE.

10:03AM   14   Q.   RIGHT.  AND YOU'RE RAISING THE ISSUES AND MAKING SURE THAT

10:03AM   15   PEOPLE KNOW THAT THEY NEED TO BE ADDRESSED; RIGHT?

10:03AM   16   A.   YES.

10:03AM   17   Q.   THAT'S YOUR JOB?

10:03AM   18   A.   YES.

10:03AM   19   Q.   OKAY.  AND YOU RAISE THE SPECIFIC ITEMS THAT ARE MENTIONED

10:03AM   20   THERE; RIGHT?

10:03AM   21   A.   CORRECT.

10:03AM   22   Q.   OKAY.  AND LET'S LOOK AT MR. BALWANI'S RESPONSE.

10:03AM   23        OKAY.  SO HE RESPONDS, "MY COMMENTS BELOW."

10:03AM   24        HE CONSULTED WITH THE OTHER TEAM LEADS IN THE OFFICE TODAY

10:04AM   25   ON THIS, SO THIS IS AUTHORITATIVE.

10:04AM 1      AND HE IDENTIFIES -- HE PROVIDES YOU INFORMATION THAT HE

10:04AM 2   THINKS IS A RESPONSE TO THE INQUIRY THAT YOU MADE OF HIM;

10:04AM 3   RIGHT?

10:04AM 4   A.   YES.

10:04AM 5   Q.   AND IF YOU LOOK AT THE TWO PARAGRAPHS AT THE BOTTOM --

10:04AM 6   ACTUALLY, IF WE CAN ZOOM OUT AND THEN JUST BLOW THOSE TWO

10:04AM 7   PARAGRAPHS UP.

10:04AM 8      HE TALKS ABOUT THE GC PROCEDURES AND HOW EVERYONE IS

10:04AM 9   FOLLOWING THIS PROCESS RELIGIOUSLY.  IF IT'S NOT IN THE SOP'S,

10:04AM 10  THEN I WILL MAKE SURE THIS GETS THERE TOMORROW.

10:04AM 11     DO YOU SEE THAT?

10:04AM 12  A.   YES.

10:04AM 13  Q.   AND REGARDING THE EDISON, THE QC PROCEDURES WERE WORKED

10:04AM 14  OUT AND COMMUNICATED TO THE CLIA TEAM.

10:04AM 15     HE SAYS, I'M STILL WORKING WITH THE ELISA TEAM TO

10:04AM 16  ESTABLISH THE ACCEPTABLE QC FOR THE EDISONS.

10:04AM 17     DO YOU SEE THAT?

10:04AM 18  A.   YES.

10:04AM 19  Q.   AND THEN HE TALKS ABOUT THE NEXT STEP WAS TO DOCUMENT

10:05AM 20  THESE PROCEDURES IN SOP'S IN CLIA APPROVED AND RELEASED

10:05AM 21  PROTOCOLS, TRAIN THE STAFF, AND HAVE THEM IMPLEMENT THESE

10:05AM 22  PROCEDURES; RIGHT?

10:05AM 23  A.   YES.

10:05AM 24  Q.   AND HE NOTES THAT HE TALKED TO KERRY ABOUT THAT A COUPLE

10:05AM 25  WEEKS AGO; RIGHT?

10:05AM 1    A.   YES.

10:05AM 2    Q.   OKAY.  SO HE'S SUGGESTING LET'S GET TO IT; RIGHT?

10:05AM 3    A.   YES, YES.

10:05AM 4    Q.   LET'S WORK UP THE CHAIN.

10:05AM 5         AND THEN WE HAVE TO GO A COUPLE PAGES UP BECAUSE THERE'S A

10:05AM 6    LONG LIST.

10:05AM 7         OKAY.  LET'S START THERE.

10:05AM 8         AND YOU SAY, "HI SUNNY.  THANKS FOR YOUR COMMENTS."

10:05AM 9         DO YOU SEE THAT?

10:05AM 10   A.   YES.

10:05AM 11   Q.   AND THEN YOU SAY, "IN TERMS OF SPECIFICITY, THE FOLLOWING

10:05AM 12   HAVE NOT BEEN DONE."

10:05AM 13        THIS WAS IN RESPONSE TO HIS INQUIRY ON THE GENERAL

10:05AM 14   CHEMISTRY ASSAYS THAT NEEDED MORE SPECIFICITY INFORMATION;

10:05AM 15   RIGHT?

10:05AM 16   A.   YES.

10:05AM 17   Q.   AND YOU RAISED THE SPECIFICITY ISSUE; RIGHT?

10:05AM 18   A.   YES.

10:05AM 19   Q.   AND THEN HE ASKED YOU WHICH ASSAYS?

10:06AM 20   A.   YES.

10:06AM 21   Q.   AND THIS IS THE RESPONSE; RIGHT?

10:06AM 22        AND YOU IDENTIFY A LIST OF THEM THAT NEED A RESPONSE;

10:06AM 23   RIGHT?

10:06AM 24   A.   I CAN ELABORATE ON THAT IF NEED BE.

10:06AM 25   Q.   AT AN APPROPRIATE POINT MAYBE.  BUT I JUST WANT TO MAKE

10:06AM  1    SURE THAT I GET MY QUESTIONS OUT THERE.

10:06AM  2    A.   SURE.   I'M JUST READING EMAILS THAT YOU'RE SHOWING ME AND

10:06AM  3    I'M SAYING YES, I'M READING THIS EMAIL AND THAT'S WHAT IS GOING

10:06AM  4    ON HERE.

10:06AM  5    Q.   AND I'M JUST TRYING TO MAKE SURE THAT I UNDERSTAND THAT

10:06AM  6    I'M READING THIS EMAIL RIGHT.   YOU WROTE THE EMAIL.   YOU SENT

10:06AM  7    THESE COMMENTS TO MR. BALWANI; RIGHT?

10:06AM  8    A.   I SEE.

10:06AM  9    Q.   AND THEN YOU IDENTIFIED A LIST OF THE ISSUES; CORRECT?

10:06AM  10   A.   YES.

10:06AM  11   Q.   AND IF WE GO ON -- IF WE ZOOM OUT AND GO TO THE NEXT PAGE,

10:06AM  12   THE NEXT PAGE GOING BACKWARD.

10:06AM  13        YOU PROVIDE THE WHOLE LIST; RIGHT?

10:06AM  14   A.   YES.

10:06AM  15   Q.   OKAY.   AND YOU SEND THAT TO HIM ON SUNDAY AFTERNOON?

10:07AM  16   A.   YES.

10:07AM  17   Q.   OKAY.   AND IF WE GO UP THE CHAIN TO THE NEXT EMAIL,

10:07AM  18   MR. BALWANI SAYS, "ADAM.   AS YOU KNOW, WE TAKE THESE ISSUES

10:07AM  19   WITH SERIOUSNESS.   WHY DIDN'T YOU RAISE THESE BEFORE TO ME WHEN

10:07AM  20   I WAS ASKING FOR ANY ISSUES FOR MONTHS?   IT WAS ONLY A MONTH

10:07AM  21   PLUS AGO WHEN YOU SIGNED OFF ON THESE ASSAYS.   SAME THING

10:07AM  22   AROUND ULOQ.   THIS IS WHY WE MEET EVERY WEEK AND I HAVE

10:07AM  23   PROACTIVELY SEEKING OUT ANY CONCERNS FOR EVERY MEMBER

10:07AM  24   THROUGHOUT THE COMPANY."

10:07AM  25        DO YOU SEE WHAT HE WROTE THERE?

10:07AM  1    A.   YES, I SEE WHAT HE WROTE.

10:07AM  2    Q.   AND THEN HE SAYS HE WILL CIRCLE BACK WITH OTHER TEAM

10:07AM  3    MEMBERS AND GET THEIR RESPONSES.

10:07AM  4         DO YOU SEE THAT?

10:07AM  5    A.   YES.

10:07AM  6    Q.   AND SO HE WAS FRUSTRATED IN THAT EMAIL; RIGHT?

10:07AM  7    A.   YOU'RE DRAWING THAT INFERENCE.

10:07AM  8    Q.   WOULD YOU DRAW THAT INFERENCE FROM THAT EMAIL, OR DO YOU

10:07AM  9    THINK HE WAS NOT FRUSTRATED?

10:08AM  10   A.   HE'S ASKING ME WHY I DIDN'T RAISE THESE ISSUES BEFORE.

10:08AM  11   Q.   OKAY.  AND YOU RESPONDED, DIDN'T YOU?  LET'S LOOK AT YOUR

10:08AM  12   RESPONSE.

10:08AM  13        YOU APOLOGIZE FOR THE LATE FEEDBACK REGARDING READINESS;

10:08AM  14   RIGHT?

10:08AM  15   A.   YES.

10:08AM  16   Q.   YOU HAD BEEN WORKING HARD; RIGHT?

10:08AM  17   A.   YES, YES.

10:08AM  18   Q.   BUT IT WASN'T GOING TO STOP YOU FROM RAISING AN ISSUE EVEN

10:08AM  19   IF YOU SAW IT AT THE LAST MINUTE; RIGHT?

10:08AM  20   A.   YES.

10:08AM  21   Q.   AND THAT'S WHAT YOU'RE DOING IN THIS EMAIL?

10:08AM  22   A.   CORRECT.

10:08AM  23   Q.   AND YOU NOTE THAT IT TAKES YOU A LITTLE TIME TO SEE THE

10:08AM  24   WHOLE PICTURE; RIGHT?

10:08AM  25   A.   CORRECT.

10:08AM 1    Q.   THESE LABS ARE COMPLICATED?

10:08AM 2    A.   VERY COMPLICATED.

10:08AM 3    Q.   SOMETIMES THEY'RE HARD TO UNDERSTAND THE INFORMATION AND

10:08AM 4    THE -- ALL OF THE DOCUMENTS UNTIL YOU'VE HAD A LITTLE TIME TO

10:08AM 5    DIGEST THEM; RIGHT?

10:08AM 6    A.   WELL, YOU HAVE TO SQUARE UP THE REGULATIONS WITH THE

10:08AM 7    STUDIES THAT HAVE BEEN DONE AND MAKE SURE THEY MATCH UP WITH

10:08AM 8    EACH OTHER, YEAH.

10:08AM 9    Q.   RIGHT.

10:09AM 10   A.   THAT TAKES TIME.

10:09AM 11   Q.   THAT TAKES TIME.  YOU WOULD TAKE THIS STUDY AND COMPARE IT

10:09AM 12   TO THOSE REGULATIONS IN EXHIBIT 7603, AND YOU MAKE SURE THAT

10:09AM 13   EVERYTHING IS COMPLIANT; RIGHT?

10:09AM 14   A.   YES.

10:09AM 15   Q.   AND YOU HAD TO DO THAT; RIGHT?

10:09AM 16   A.   YES.

10:09AM 17   Q.   BECAUSE THAT WAS YOUR RESPONSIBILITY; RIGHT?

10:09AM 18   A.   YES.

10:09AM 19   Q.   YOU WERE SIGNING YOUR NAME ON THAT DOCUMENT?

10:09AM 20   A.   YES.

10:09AM 21   Q.   OKAY.  AND SO EVEN THOUGH IT TOOK A LITTLE BIT OF TIME,

10:09AM 22   YOU WANTED TO DO IT; RIGHT?

10:09AM 23   A.   YES.

10:09AM 24   Q.   OKAY.  AND THAT'S WHAT YOU'RE DOING HERE; CORRECT?

10:09AM 25   A.   YES.

10:09AM  1    Q.   AND THEN YOU EXPLAIN THAT THE SPECIFICITY STUDIES WERE

10:09AM  2    ADDED TO SOME OF THE VALIDATION REPORTS AFTER YOUR SIGNATURE

10:09AM  3    AND SO YOU JUST WANTED TO GO THROUGH THEM AGAIN; RIGHT?

10:09AM  4    A.   THEY SHOULD HAVE BEEN RECORDED AS REVISIONS TO THE

10:09AM  5    VALIDATION WITH THE DATE THAT THE REVISION WAS MADE.

10:09AM  6         THEY SHOULD HAVE BEEN DONE IDEALLY BEFORE, YOU KNOW,

10:09AM  7    BEFORE PROCESSING PATIENT SPECIMENS.  I DON'T KNOW WHEN --

10:10AM  8    YEAH.

10:10AM  9         SO WHEN WAS THE WIDER LAUNCH?  NOVEMBER 11TH YOU SAID?

10:10AM  10   Q.   WELL, IT WAS AFTER THIS DATE BECAUSE HE SENT YOU THE EMAIL

10:10AM  11   ON FRIDAY; RIGHT?

10:10AM  12   A.   YEAH.

10:10AM  13   Q.   AND THIS WAS ON SUNDAY; CORRECT?

10:10AM  14   A.   I JUST WANT TO ADD THAT THE THERANOS TECHNOLOGY DID NOT

10:10AM  15   ALLOW FOR THE DETECTION OF INTERFERING SUBSTANCES.  SO EVEN IF

10:10AM  16   WE HAD DONE THE STUDY AS REQUIRED BY LAW, THE TECHNOLOGY ITSELF

10:10AM  17   WOULD NOT HAVE ALLOWED FOR THE DETECTION OF THOSE INTERFERING

10:10AM  18   SUBSTANCES.

10:10AM  19   Q.   OKAY.  WHAT I'M WANTING TO FOCUS ON IS SPECIFICALLY THIS

10:10AM  20   EMAIL, WHICH IS YOU'RE LOOKING AT THOSE VALIDATION STUDIES;

10:10AM  21   RIGHT?

10:10AM  22   A.   YES.

10:10AM  23   Q.   AND YOU'RE LOOKING AT THOSE REGULATIONS; RIGHT?

10:10AM  24   A.   YES.

10:10AM  25   Q.   AND YOU'RE WANTING TO MAKE SURE THAT THEY ARE, THEY ARE

10:10AM   1    COMPLIANT; CORRECT?

10:10AM   2    A.   YES.

10:10AM   3    Q.   AND IF THERE'S A CONCERN, YOU WANT TO TRY TO ADDRESS IT,

10:10AM   4    AND THAT'S WHAT YOU'RE DOING RIGHT HERE; RIGHT?

10:10AM   5    A.   YES, YES.

10:10AM   6    Q.   OKAY.  AND YOU MENTIONED THAT YOU THOUGHT IT WAS DIFFICULT

10:10AM   7    TO GET SOME ANSWERS FROM DANIEL'S TEAM ON A TIMELY BASIS?

10:11AM   8    A.   YES.

10:11AM   9    Q.   AND THAT WAS ONE OF THE REASONS FOR THE DELAY; RIGHT?

10:11AM  10    A.   YES.

10:11AM  11    Q.   BUT YOU WENT IN ON SUNDAY, AND YOU WORKED TO GET IT DONE?

10:11AM  12    A.   YES.

10:11AM  13    Q.   OKAY.  LET'S WORK UP THE CHAIN.  LET'S GO TO MR. BALWANI'S

10:11AM  14    RESPONSE AT THE BOTTOM.

10:11AM  15         DO YOU SEE THAT?

10:11AM  16    A.   YES.

10:11AM  17    Q.   OKAY.  AND IT SAYS, "IF THE SPECIFICITY STUDIES ARE NOT

10:11AM  18    REQUIRED (AND HENCE WERE TO BE DONE AS REVISIONS) THEN THAT'S

10:11AM  19    WHEN WE SHOULD DO AND NOT HAVE THEM HOLD BACK WHAT WE ARE

10:11AM  20    DOING."

10:11AM  21         DO YOU SEE THAT?

10:11AM  22    A.   YES, I SEE THAT.

10:11AM  23    Q.   I THINK THERE'S A LITTLE GRAMMATICAL ISSUE THERE, BUT HE'S

10:11AM  24    ESSENTIALLY SAYING IF THEY'RE NOT REQUIRED, LET'S JUST GO AHEAD

10:11AM  25    AND KIND OF CLEAN IT UP LATER?

10:11AM 1    A.  BUT THEY ARE REQUIRED.

10:11AM 2    Q.  WELL, LET'S LOOK AT YOUR RESPONSE.

10:11AM 3        YOU ACTUALLY SAY JUST THAT, DON'T YOU?

10:11AM 4    A.  YES.

10:11AM 5    Q.  AND YOU SAY THEY ARE REQUIRED.  THEY'RE VERY IMPORTANT IN

10:12AM 6    FACT YOU NOTE; RIGHT?

10:12AM 7    A.  YES.

10:12AM 8    Q.  BECAUSE YOU HAD READ THOSE REGULATIONS?

10:12AM 9    A.  YES.

10:12AM 10   Q.  OKAY.  AND YOU ACTUALLY NOTE THAT THERE IN THE SECOND LINE

10:12AM 11   THERE, "IT IS ESSENTIAL TO PROVE THAT IT DOESN'T INTERFERE WITH

10:12AM 12   THE MODIFIED ASSAY."  RIGHT?

10:12AM 13   A.  YES.

10:12AM 14   Q.  AND YOU DEEMED IT AS ESSENTIAL?

10:12AM 15   A.  YES.

10:12AM 16   Q.  AND THAT'S WHY YOU'RE RAISING IT?

10:12AM 17   A.  YES.

10:12AM 18   Q.  AND THAT'S WHY YOU'RE NOT LETTING HIM GO FORWARD --

10:12AM 19   A.  CORRECT.

10:12AM 20   Q.  -- BECAUSE IT'S YOUR JOB; RIGHT?

10:12AM 21   A.  I HAD MANY, MANY BATTLES WITH SUNNY ABOUT WHAT WAS NEEDED

10:12AM 22   VERSUS WHAT HE WAS PREPARED TO ALLOW IN TERMS OF THE R&D GROUP

10:12AM 23   ACTUALLY DOING THE WORK.

10:12AM 24   Q.  RIGHT.  BUT FUNDAMENTALLY, IT'S NOT MR. BALWANI WHO IS

10:12AM 25   PUTTING HIS NAME, HIS SIGNATURE ON THOSE DOCUMENTS; RIGHT?

10:12AM   1    A.   NO.   THAT'S WHY I -- THAT'S WHY I -- THAT'S WHY I HAD

10:12AM   2    BATTLES WITH HIM.

10:12AM   3    Q.   AND THAT'S WHY YOU RAISED THE ISSUE HERE; RIGHT?

10:12AM   4    A.   YES, YES.

10:12AM   5    Q.   OKAY.   LET'S GO UP THE CHAIN.   LET'S LOOK AT MR. BALWANI'S

10:13AM   6    RESPONSE.

10:13AM   7         OKAY.   HE SAYS HE SPOKE WITH THE TEAMS TODAY, AND THEY ARE

10:13AM   8    ALL GOING TO PUT LONG HOURS IN AND DO WHATEVER IT TAKES TO GET

10:13AM   9    THIS DONE TOMORROW.

10:13AM  10         DO YOU SEE THAT?

10:13AM  11    A.   YES.

10:13AM  12    Q.   AND HE SAYS, "WE ALREADY HAVE ALL OF THE DATA, THEY WILL

10:13AM  13    COMPLETE THE REPORTS."

10:13AM  14         DO YOU SEE THAT?

10:13AM  15    A.   YES.

10:13AM  16    Q.   AND HE SAYS, "PLEASE SPEND TIME ON THIS AND HIGHLIGHT IF

10:13AM  17    THERE IS ANYTHING MISSING."

10:13AM  18         DO YOU SEE THAT?

10:13AM  19    A.   YES.

10:13AM  20    Q.   "WE DON'T WANT TO GO THRU THIS AGAIN."

10:13AM  21         DO YOU SEE THAT?

10:13AM  22    A.   YES.

10:13AM  23    Q.   AND HE IS SAYING KEEP DOING YOUR WORK AND RAISE IT AS

10:13AM  24    QUICKLY AS YOU CAN; RIGHT?   HE WAS COMPLAINING A LITTLE ABOUT

10:13AM  25    THE TIMING MAYBE?

| | | |
|---|---|---|
| 10:13AM | 1 | A.   YES. |
| 10:13AM | 2 | Q.   AND LET'S LOOK AT YOUR RESPONSE. |
| 10:13AM | 3 | YOU SAY, "WILL DO." |
| 10:13AM | 4 | RIGHT? |
| 10:13AM | 5 | A.   YES. |
| 10:13AM | 6 | Q.   OKAY.  AND IF WE JUST GO TO THE TOP EMAIL, THIS IS YOUR |
| 10:13AM | 7 | EFFORTS TO RAISE THIS ISSUE AND ENSURE COMPLIANCE AND THE |
| 10:13AM | 8 | FOLLOWUP THAT WAS NEEDED WAS COMMUNICATED TO MS. HOLMES; |
| 10:14AM | 9 | CORRECT? |
| 10:14AM | 10 | A.   YES. |
| 10:14AM | 11 | Q.   THE -- WE TALKED YESTERDAY ABOUT HOW THERANOS HAD A |
| 10:14AM | 12 | DETAILED QC PLAN; RIGHT? |
| 10:14AM | 13 | DO YOU RECALL THAT? |
| 10:14AM | 14 | A.   WE REVIEWED THE QUALITY MANAGEMENT SYSTEMS MANUAL. |
| 10:14AM | 15 | Q.   CORRECT. |
| 10:14AM | 16 | AND DO YOU RECALL THAT THERE WERE ALSO SOME PROCEDURES |
| 10:14AM | 17 | THAT RELATED SPECIFICALLY -- WELL, LET ME STRIKE THAT. |
| 10:14AM | 18 | AND THAT GENERALLY SET FORTH THE WHOLE -- THE QUALITY |
| 10:14AM | 19 | SYSTEMS PROGRAM FOR THE WHOLE COMPANY; RIGHT? |
| 10:14AM | 20 | A.   FOR THE LABORATORY SPECIFICALLY. |
| 10:14AM | 21 | Q.   FAIR POINT.  IT DIDN'T COVER THE ACCOUNTING FUNCTION OF |
| 10:14AM | 22 | THE COMPANY? |
| 10:14AM | 23 | A.   RIGHT. |
| 10:14AM | 24 | Q.   OR THE PARKING REGULATIONS.  IT FOCUSSED ON THE LAB; |
| 10:15AM | 25 | RIGHT? |

10:15AM  1      A.   CORRECT.

10:15AM  2      Q.   AND THAT WAS AN OVERARCHING QUALITY ASSURANCE SYSTEM THAT

10:15AM  3      WAS DESIGNED TO MAKE SURE THAT THE LAB WAS COMPLIANT WITH

10:15AM  4      FEDERAL CLIA REGULATIONS.

10:15AM  5           DO YOU RECALL THAT?

10:15AM  6      A.   CORRECT.

10:15AM  7      Q.   AND WE LOOKED AT THAT POLICY YESTERDAY THAT YOU SIGNED;

10:15AM  8      RIGHT?

10:15AM  9      A.   YES, WE DID.

10:15AM 10      Q.   AND I BELIEVE IT WAS DEVELOPED BY --

10:15AM 11      A.   TINA NOYES ORIGINALLY, AND THEN I THINK SIGNED BY DR. GELB

10:15AM 12      AND THEN REVISED SOME YEARS LATER.

10:15AM 13      Q.   SOME YEARS LATER BY DR. MASINDE.

10:15AM 14           DO YOU RECALL THAT?

10:15AM 15      A.   YES.

10:15AM 16      Q.   AND SIGNED BY MR. LANGLY GEE?

10:15AM 17      A.   YES.

10:15AM 18      Q.   AND BY HODA ALAMDAR?

10:15AM 19      A.   YES.

10:15AM 20      Q.   AND LINA CASTRO?

10:15AM 21      A.   YES.

10:15AM 22      Q.   AND YOU?

10:15AM 23      A.   YES.

10:15AM 24      Q.   ALL RIGHT.  LET ME SHOW YOU EXHIBIT 1430, WHICH SHOULD BE

10:16AM 25      CHRONOLOGICALLY IN YOUR BINDER.

ROSENDORFF CROSS BY MR. WADE (RES.)                    2168

10:16AM 1          FOR THE COURT, IT WAS IN THE RED WELD THAT WAS HANDED UP.

10:16AM 2     A.   THE YELLOW BINDER?

10:16AM 3     Q.   NO, NO.  THE BLACK -- I THINK IT'S BLACK, VOLUME 1.  THE

10:16AM 4     EXHIBITS, VOLUME 1.

10:16AM 5     A.   IT'S PATENTS.

10:16AM 6          I DO NOT HAVE 1401.

10:16AM 7     Q.   1430.  THERE'S A LOT OF NUMBERS FLYING AROUND HERE.  DO

10:17AM 8     YOU HAVE A 1430?

10:17AM 9     A.   YES.

10:17AM 10    Q.   AND DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOU TO THE CLIA

10:17AM 11    LAB GROUP?

10:17AM 12    A.   YES.

10:17AM 13    Q.   JANUARY 16TH, 2014?

10:17AM 14    A.   YES.

10:17AM 15         MR. WADE:  I WOULD MOVE THE ADMISSION OF 1430,

10:17AM 16    YOUR HONOR.

10:17AM 17         MR. BOSTIC:  NO OBJECTION.

10:17AM 18         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:17AM 19    (GOVERNMENT'S EXHIBIT 1430 WAS RECEIVED IN EVIDENCE.)

10:17AM 20    BY MR. WADE:

10:17AM 21    Q.   THIS IS AN EMAIL THAT YOU SENT ON JANUARY 16TH, 2014, TO

10:17AM 22    THE CLIA LAB GROUP.

10:17AM 23         DO YOU SEE THAT?

10:17AM 24    A.   YES.

10:17AM 25    Q.   AND YOU NOTED IT WAS A HIGH PRIORITY; RIGHT?

10:17AM  1    A.   YES.

10:17AM  2    Q.   YOU THOUGHT THIS WAS IMPORTANT?

10:17AM  3    A.   YES.

10:17AM  4    Q.   OKAY.  AND THIS IS THE -- THIS INCLUDES AN ATTACHMENT OF A

10:17AM  5    QUALITY CONTROL POLICY; RIGHT?

10:17AM  6    A.   YES.

10:18AM  7    Q.   AND I TAKE IT, GIVEN THAT YOU WERE COMMUNICATING THIS OUT

10:18AM  8    AS A HIGH IMPORTANCE TO THE CLIA TEAM, YOU -- WAS THIS YOUR

10:18AM  9    INSTRUCTION TO THE CLIA TEAM THAT YOU WANTED THIS FOLLOWED?

10:18AM  10   A.   YES.

10:18AM  11   Q.   OKAY.  AND I TAKE IT THEN IT WAS YOUR EXPECTATION IT WOULD

10:18AM  12   BE FOLLOWED; RIGHT?

10:18AM  13   A.   YES.

10:18AM  14   Q.   OKAY.  LET'S GO TO THE ATTACHMENT.

10:18AM  15        AND THIS ONE ISN'T SIGNED YET BECAUSE IT LOOKS LIKE MAYBE

10:18AM  16   YOU HAD JUST CREATED IT; RIGHT?

10:18AM  17   A.   YES.

10:18AM  18   Q.   AND, IN FACT, THE EMAIL IS -- ACTUALLY, LET ME JUST BACK

10:18AM  19   UP QUICKLY TO THE EMAIL.

10:18AM  20        SOMETIMES THE TOP EMAILS IN THESE CHAINS WE HAVE LEARNED

10:18AM  21   ARE IN GREENWICH MEANTIME OR UTC?

10:18AM  22   A.   OH, I SEE.

10:18AM  23   Q.   I TAKE IT YOU WERE NOT WORKING AT 2:00 A.M. PROBABLY ON A

10:19AM  24   QC POLICY, WERE YOU?

10:19AM  25   A.   IT'S POSSIBLE.

10:19AM 1     Q.   OKAY.  YOU WERE WORKING HARD?

10:19AM 2     A.   YES, I WAS.

10:19AM 3     Q.   OFTENTIMES THESE ARE SIX OR SEVEN HOURS EARLIER, IF THAT

10:19AM 4     SEEMS RIGHT, AND IF SO, THAT WOULD PLACE THE TRANSMITTAL OF THE

10:19AM 5     EMAIL AS JANUARY 15TH, DO YOU SEE, BECAUSE IT WOULD BRING IT IN

10:19AM 6     THE PRIOR DAY?

10:19AM 7     A.   YES.

10:19AM 8     Q.   AND IF YOU TURN TO THE, IF THE TURN TO THE SOP, I THINK

10:19AM 9     YOU SEE THE EFFECTIVE DATE IS JANUARY 15TH, 2014.

10:19AM 10         DO YOU SEE THAT?

10:19AM 11    A.   YES.

10:19AM 12    Q.   AND SO IT LOOKS LIKE THIS HAD JUST BEEN FINALIZED AND

10:19AM 13    TRANSMITTED OUT TO THE GROUP; RIGHT?

10:19AM 14    A.   YES.

10:19AM 15    Q.   AND THESE WERE THE PROCEDURES THAT YOU WANTED THEM TO

10:19AM 16    FOLLOW?

10:19AM 17    A.   YES.

10:19AM 18    Q.   AND THAT'S ON -- IF WE GO TO THE NEXT PAGE, THIS INCLUDES

10:19AM 19    UP AT THE TOP THE DAILY QC?

10:19AM 20    A.   YES.

10:19AM 21    Q.   DO YOU SEE THAT?

10:19AM 22    A.   YES.

10:19AM 23    Q.   AND IT JUST SETS FORTH THE POLICY THAT YOU WANTED

10:19AM 24    FOLLOWED?

10:19AM 25    A.   YES.

10:19AM  1    Q.   AND IF YOU GO DOWN TO THE BOTTOM.  AND IF WE CAN BLOW THAT

10:20AM  2    UP.

10:20AM  3         THAT'S THE CONTINUOUS QC; RIGHT?

10:20AM  4    A.   THESE ARE THE WESTGARD RULES.

10:20AM  5    Q.   THIS IS WHAT WE WERE TALKING ABOUT BEFORE; RIGHT?

10:20AM  6    A.   YEP.

10:20AM  7    Q.   OKAY.  SO THIS IS WHERE YOU LOOKED AT THOSE LEVEY-JENNINGS

10:20AM  8    CHARTS OF QUALITY CONTROL DATA; RIGHT?

10:20AM  9    A.   YES.

10:20AM  10   Q.   AND YOU LOOK AT IT OVER A LONG PERIOD OF TIME?

10:20AM  11   A.   YES.

10:20AM  12   Q.   AND YOU ASSESS SOME RULES AS TO WHETHER OR NOT THE ASSAY

10:20AM  13   IS COMPLIANT?

10:20AM  14   A.   WHETHER THE QC IS PASSING.

10:20AM  15   Q.   RIGHT.

10:20AM  16   A.   YEAH.

10:20AM  17   Q.   BECAUSE THERE COULD BE CIRCUMSTANCES WHERE QC PASSES ON A

10:20AM  18   DAILY BASIS UNDER THE DAILY RULE; RIGHT?

10:20AM  19   A.   YES.

10:20AM  20   Q.   BUT IF YOU LOOK AT ITS PERFORMANCE CONSISTENTLY OVER TIME,

10:20AM  21   THAT THE CONSISTENT TREND OVER TIME WOULD SUGGEST AN ISSUE THAT

10:20AM  22   SHOULD BE ADDRESSED; RIGHT?

10:20AM  23   A.   YES, YOU ARE RIGHT.

10:20AM  24   Q.   AND THAT'S WHAT THE CONTINUOUS QC IS FOR; RIGHT?

10:21AM  25   A.   YES.

10:21AM 1    Q.   AND THAT'S WHY YOU WANTED THE FOLKS WITHIN THE COMPANY TO

10:21AM 2    FOLLOW THAT CONTINUOUS QUALITY CONTROL?

10:21AM 3    A.   CORRECT.

10:21AM 4    Q.   AND IF THERE WAS AN ISSUE WITH EITHER THE DAILY CONTROL OR

10:21AM 5    THE CONTINUOUS CONTROL, YOU WERE TO CEASE USING THE ASSAY,

10:21AM 6    CORRECT, UNTIL THAT ISSUE WAS ADDRESSED?

10:21AM 7    A.   YOU COULDN'T RUN THAT ASSAY FOR THAT INSTRUMENT UNTIL THAT

10:21AM 8    ISSUE WAS ADDRESSED.

10:21AM 9    Q.   RIGHT.  UNTIL YOU WERE BACK IN COMPLIANCE WITH THE POLICY;

10:21AM 10   RIGHT?

10:21AM 11   A.   CORRECT.

10:21AM 12   Q.   AND IF WE GO TO THE NEXT PAGE, THIS SETS FORTH A VERY

10:21AM 13   SPECIFIC POLICY WITH RESPECT TO THE EDISON QC; RIGHT?

10:21AM 14   A.   YES.

10:21AM 15   Q.   AND YOU IDENTIFY THAT SPECIFICALLY AND SEPARATELY WITHIN

10:21AM 16   THIS DOCUMENT?

10:21AM 17   A.   YES.

10:21AM 18   Q.   CORRECT?

10:21AM 19   A.   YES.

10:21AM 20   Q.   OKAY.  AND YOU EXPECTED THAT THAT WOULD BE FOLLOWED?

10:21AM 21   A.   YES, I EXPECTED IT TO BE FOLLOWED.

10:22AM 22   Q.   AND IT WAS CLEAR PROCESS; RIGHT?

10:22AM 23   A.   YES.

10:22AM 24   Q.   OKAY.  AND I JUST WANT TO BE VERY, VERY CLEAR, BECAUSE I

10:22AM 25   KNOW THIS IS OLD HAT TO YOU, BUT FOR SOME OF US IT IS NOT, QC

10:22AM  1    SAMPLES ARE NOT PATIENT SAMPLES; RIGHT?

10:22AM  2    A.   CORRECT.

10:22AM  3    Q.   SO IF A QC TEST IS RUN AND IT FAILS, THAT DOESN'T MEAN

10:22AM  4    SOMETHING BAD HAPPENED TO A PATIENT; RIGHT?  THAT DOESN'T MEAN

10:22AM  5    THAT THAT PATIENT'S BLOOD TEST WAS SCREWED UP?

10:22AM  6    A.   NO, NO.  YOU RUN THE QC BEFORE YOU RUN THE PATIENT

10:22AM  7    SAMPLES.

10:22AM  8    Q.   RIGHT.  AND YOU ONLY RUN A PATIENT SAMPLE IF THE

10:22AM  9    INSTRUMENT PASSES QUALITY CONTROL?

10:22AM  10   A.   CORRECT.

10:22AM  11   Q.   OKAY.  AND ON A DAY-TO-DAY BASIS IT WAS LANGLY GEE WHO WAS

10:22AM  12   RESPONSIBLE FOR THE DAY-TO-DAY QUALITY MANAGEMENT; RIGHT?

10:23AM  13   A.   YES.

10:23AM  14   Q.   AND MR. GEE, WAS HE SOMEONE YOU HIRED, OR DID YOU INHERIT

10:23AM  15   HIM WITHIN THE LAB?

10:23AM  16   A.   WE HIRED HIM.

10:23AM  17   Q.   LET'S LOOK AT EXHIBIT 10281, WHICH SHOULD BE IN THE BACK

10:23AM  18   OF VOLUME 1 OF YOUR BLACK EXHIBITS BINDER.

10:23AM  19        AND, AGAIN, IT'S 10281.

10:23AM  20   A.   I'VE GOT IT.

10:23AM  21   Q.   AND DO YOU RECOGNIZE THAT TO BE THE RESUME OF MR. GEE?

10:23AM  22   A.   YES.

10:23AM  23           MR. WADE:  AND MOVE THE ADMISSION OF EXHIBIT 10281,

10:24AM  24   ALTHOUGH I WOULD ASK THAT ANY IDENTIFICATION INFORMATION BE

10:24AM  25   REDACTED FROM IT BEFORE WE PUBLISH.

10:24AM  1          MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

10:24AM  2          THE COURT:  IT'S ADMITTED, BUT THE PERSONAL

10:24AM  3  INFORMATION AT THE TOP WILL BE REDACTED.

10:24AM  4          (DEFENDANT'S EXHIBIT 10281 WAS RECEIVED IN EVIDENCE.)

10:24AM  5  BY MR. WADE:

10:24AM  6  Q.   AND YOU RECOGNIZE THIS TO BE MR. GEE'S CURRICULUM VITAE?

10:24AM  7  A.   DO I RECOGNIZE IT NOW?

10:24AM  8  Q.   YOU RECOGNIZE THAT THIS WAS HIS RESUME; RIGHT?

10:24AM  9  A.   YEAH, IT APPEARS TO BE HIS RESUME.

10:24AM 10  Q.   AND YOU HIRED HIM?

10:24AM 11  A.   YES.

10:24AM 12  Q.   AND ONE OF THE REASONS --

10:24AM 13  A.   I WANT TO CLARIFY.  I INTERVIEWED HIM.  I DID NOT MAKE THE

10:24AM 14  HIRING DECISIONS FOR THE LABORATORY AT THERANOS.

10:24AM 15  Q.   AND DID MR. BALWANI MAKE THOSE DECISIONS?

10:24AM 16  A.   AND MS. HOLMES, YES.

10:24AM 17  Q.   OKAY.

10:24AM 18  A.   NOBODY WOULD BE HIRED UNLESS THEY APPROVED IT, AND IN MOST

10:25AM 19  INSTANCES THEY WOULD ACTUALLY INTERVIEW THOSE INDIVIDUALS,

10:25AM 20  YEAH.

10:25AM 21  Q.   AND, IN FACT, MS. HOLMES INTERVIEWED ALMOST EVERY

10:25AM 22  INDIVIDUAL THAT WAS HIRED; ISN'T THAT RIGHT?

10:25AM 23  A.   I BELIEVE SO.

10:25AM 24  Q.   OKAY.  AND IN THAT PROCESS, IF YOU RECALL, SIR, THE PEOPLE

10:25AM 25  WHO HAD SORT OF DAY-TO-DAY RESPONSIBILITY WOULD TYPICALLY

10:25AM   1     INTERVIEW THE PERSON FIRST; RIGHT?

10:25AM   2          DO YOU RECALL THAT?

10:25AM   3     A.   IT WAS USUALLY ME.

10:25AM   4     Q.   YEAH.

10:25AM   5     A.   AND THEN IF I GAVE A THUMBS UP, IT WOULD GO TO SUNNY AND

10:25AM   6     ELIZABETH, YEAH.

10:25AM   7     Q.   AND DO YOU RECALL SOMETIMES WHEN DR. PANDORI WAS AROUND HE

10:25AM   8     WOULD DO THOSE INTERVIEWS WITH YOU, TOO?

10:25AM   9     A.   YES, YES.

10:25AM   10    Q.   AND LIKE YOU SAID, YOU GIVE THEM A THUMBS UP OR A THUMBS

10:25AM   11    DOWN AND MAKE THAT RECOMMENDATION AND PASS IT ON TO SUNNY AND

10:25AM   12    ELIZABETH?

10:25AM   13    A.   CORRECT.

10:25AM   14    Q.   AND THEN THEY WOULD INTERVIEW THEM WITH THE BENEFIT OF

10:25AM   15    YOUR RECOMMENDATION?

10:25AM   16    A.   CORRECT.

10:25AM   17    Q.   OKAY.  AND SO I TAKE IT YOU RECOMMENDED TO HIRE MR. GEE?

10:25AM   18    A.   YES.

10:25AM   19    Q.   AND THEY AGREED WITH YOUR RECOMMENDATION IN THIS CASE?

10:26AM   20    A.   YES.

10:26AM   21    Q.   AND WAS PART OF THE REASON THAT YOU HIRED MR. GEE WAS

10:26AM   22    BECAUSE HE WAS AN EXPERIENCED QUALITY SYSTEMS MANAGER?

10:26AM   23    A.   YES.

10:26AM   24    Q.   AND HE HAD ACTUALLY DONE WORK AND MAINTAINED A QUALITY

10:26AM   25    SYSTEMS PROGRAM UNDER CLIA AND NEW YORK REGULATIONS PREVIOUSLY;

10:26AM  1    RIGHT?

10:26AM  2    A.   YES.

10:26AM  3    Q.   AND HE HAD ACTUALLY HELD POSITIONS OF THAT NATURE AT A

10:26AM  4    COUPLE OF DIFFERENT COMPANIES; RIGHT?

10:26AM  5    A.   IT APPEARS FROM HIS RESUME AND READING IT NOW THAT HIS

10:26AM  6    EXPERIENCE IN QUALITY MANAGEMENT WAS AT TETHYS BIOSCIENCES FROM

10:27AM  7    2012.

10:27AM  8         PREVIOUSLY HE WAS AT BIO-RAD WHERE HE WAS INVOLVED IN

10:27AM  9    REAGENTS AND QUALITY CONTROL.

10:27AM  10   Q.   OKAY.  AND WE'VE HEARD A LOT OF TALK ABOUT REAGENTS IN

10:27AM  11   THIS CASE.  THAT'S SOMETHING THAT IS ROUTINELY USED WITHIN THE

10:27AM  12   LABORATORY; CORRECT?

10:27AM  13   A.   CORRECT.

10:27AM  14   Q.   AND HE DID SOME WORK, QUALITY WORK IN CONNECTION WITH

10:27AM  15   THAT?

10:27AM  16   A.   CORRECT.

10:27AM  17   Q.   AND THEN HE DID THE CLIA AND NEW YORK REGULATORY WORK IN

10:27AM  18   CONNECTION WITH HIS TIME AT TETHYS BIOSCIENCE?

10:27AM  19   A.   CORRECT.

10:27AM  20   Q.   AND YOU THOUGHT HE WAS WELL QUALIFIED FOR THAT POSITION?

10:27AM  21   A.   YES.

10:27AM  22   Q.   NOW, YOU TESTIFIED ON DIRECT EXAMINATION ABOUT SOME

10:27AM  23   QUALITY -- SOME CONCERNS THAT YOU HAD ABOUT QUALITY CONTROL.

10:27AM  24        DO YOU RECALL THAT?

10:27AM  25   A.   YES, YES.

10:27AM  1    Q.   OKAY.  AND ULTIMATELY IT'S YOUR JOB TO HAVE THOSE

10:27AM  2    CONCERNS; RIGHT?

10:27AM  3    A.   YES.

10:27AM  4    Q.   AND THAT'S WHY YOU'RE, YOU'RE PAID THE BIG BUCKS; RIGHT?

10:28AM  5    A.   NOT AS BIG BUCKS AS YOU GET PAID.

10:28AM  6         (LAUGHTER.)

10:28AM  7    BY MR. WADE:

10:28AM  8    Q.   WELL, LET'S FOCUS ON THE RELEVANT EVIDENCE, AND I HATE TO

10:28AM  9    ASK SUCH A PERSONAL QUESTION --

10:28AM  10   A.   YEAH.

10:28AM  11   Q.   -- BUT IT IS SOMEWHAT RELEVANT TO THE CASE JUST GIVEN SOME

10:28AM  12   OF THE ISSUES.

10:28AM  13        DO YOU RECALL HOW MUCH YOU WERE COMPENSATED FOR YOUR WORK

10:28AM  14   AT THERANOS?

10:28AM  15   A.   IT'S IN MY OFFER LETTER.  I BELIEVE IT WAS $220,000 PER

10:28AM  16   YEAR.

10:28AM  17   Q.   DO YOU RECALL MAYBE IT WAS $240,000 PER YEAR?

10:28AM  18   A.   IT MAY HAVE BEEN.

10:28AM  19   Q.   IT WAS A SUBSTANTIAL RAISE OVER WHAT YOU HAD BEEN PAID

10:28AM  20   OVER AT UPMC?

10:28AM  21   A.   CORRECT.

10:28AM  22   Q.   AND DID YOU CONSIDER THAT TO BE GENEROUS COMPENSATION?

10:28AM  23   A.   IT WAS IN LINE WITH, WITH SIMILAR POSITIONS AT SIMILAR

10:28AM  24   COMPANIES IN THE BAY AREA.

10:28AM  25   Q.   OKAY.  AND DO YOU KNOW THAT YOU WERE ONE OF THE HIGHEST

10:28AM  1    COMPENSATED PEOPLE IN THE COMPANY?  WERE YOU AWARE OF THAT?

10:28AM  2    A.   I WAS NOT.

10:28AM  3    Q.   OKAY.  AND SO, AGAIN, IT'S YOUR, YOUR -- WE'VE TALKED

10:29AM  4    ABOUT THE IMPORTANCE OF YOUR JOB AND ALL OF THE

10:29AM  5    RESPONSIBILITIES THAT YOU HOLD, AND YOU FELT LIKE YOU WERE

10:29AM  6    COMPENSATED FAIRLY FOR THAT?

10:29AM  7    A.   YES.

10:29AM  8    Q.   OKAY.  AND --

10:29AM  9    A.   IN RETROSPECT, GIVEN THE QUALITY ISSUES AND THE RISKS,

10:29AM  10   PROFESSIONAL RISKS AND PROBLEMS AT THERANOS, I THINK THAT I

10:29AM  11   SHOULD HAVE BEEN PAID MUCH, MUCH MORE.

10:29AM  12       AND IN VIEW OF THE LEGAL EXPENSES THAT I'VE HAD TO GO

10:29AM  13   THROUGH IN THE LAST SEVEN OR EIGHT YEARS.

10:29AM  14           MR. WADE:  I WOULD MOVE TO STRIKE, YOUR HONOR.

10:29AM  15           THE COURT:  THE LAST PORTION WILL BE STRICKEN AS

10:29AM  16   NONRESPONSIVE.

10:29AM  17   BY MR. WADE:

10:29AM  18   Q.   NOW, MANY OF THE CONCERNS THAT THE GOVERNMENT DISCUSSED

10:29AM  19   WITH YOU WERE CONCERNS THAT HAD HAPPENED IN THE FIRST HALF OF

10:29AM  20   2014.

10:29AM  21       DO YOU RECALL THAT?

10:30AM  22       IF YOU'RE UNCERTAIN, I CAN HELP REFRESH YOUR RECOLLECTION

10:30AM  23   A BIT.

10:30AM  24   A.   SURE.

10:30AM  25   Q.   DO YOU RECALL THERE WERE SOME EMAILS IN MARCH OF 2014

10:30AM 1    ABOUT QUALITY CONTROL?

10:30AM 2    A.   YES.

10:30AM 3    Q.   DO YOU RECALL THAT?

10:30AM 4    A.   YES.

10:30AM 5    Q.   WITHIN ONE OF THE EMAILS THERE WERE SOME, THERE WERE SOME

10:30AM 6    STATS THAT WERE SHOWN TO YOU ABOUT THE QUALITY CONTROL

10:30AM 7    PERFORMANCE?

10:30AM 8    A.   YES.

10:30AM 9    Q.   OKAY.  AND, AGAIN, QUALITY CONTROL WAS SOMETHING THAT YOU

10:30AM 10   WERE ATTENTIVE TO IN YOUR JOB?

10:30AM 11   A.   YES.

10:30AM 12   Q.   OKAY.  AND WHEN YOU WERE LOOKING AT THOSE ISSUES, YOU

10:30AM 13   WEREN'T ALWAYS SURE WHAT THE ROOT CAUSE OF THE ISSUE WAS;

10:30AM 14   RIGHT?

10:30AM 15   A.   I NARROWED -- NO, I COULDN'T NOT -- I DIDN'T HAVE DATA TO

10:30AM 16   PINPOINT THE ROOT CAUSE.

10:30AM 17   Q.   RIGHT.  IT WASN'T CLEAR WHAT IT WAS?

10:30AM 18   A.   ALL THAT I KNEW WAS THAT THE INSTRUMENT WAS NOT PERFORMING

10:30AM 19   ANYWHERE CLOSE TO THE PERFORMANCE THAT WE SAW IN THE VALIDATION

10:30AM 20   STUDIES.

10:30AM 21   Q.   UNDERSTOOD.

10:30AM 22       AND SO WHAT YOU WERE DOING WHEN YOU WERE DOING QUALITY

10:30AM 23   CONTROL WAS TESTING THE PERFORMANCE AND QUALITY CONTROL BACK TO

10:31AM 24   THE VALIDATION STUDY; RIGHT?

10:31AM 25   A.   YES.

10:31AM 1   Q.   OKAY.  I DIDN'T SEE THAT REFERENCED SPECIFICALLY IN THAT

10:31AM 2   POLICY, BUT MAYBE AS A LAB DIRECTOR THAT WOULD BE SOMETHING

10:31AM 3   THAT YOU WOULD LOOK AT?

10:31AM 4   A.   YES.

10:31AM 5   Q.   OKAY.  AS PART OF YOUR OVERALL COMPLIANCE

10:31AM 6   RESPONSIBILITIES?

10:31AM 7   A.   YES.

10:31AM 8   Q.   THAT'S A PRETTY SOPHISTICATED ANALYSIS, ISN'T IT?

10:31AM 9   A.   WELL, I, I WAS OBLIGED TO MAKE AN ASSESSMENT OF WHETHER

10:31AM 10  THE INSTRUMENTS WERE PERFORMING ACCORDING TO THE PASSING

10:31AM 11  CRITERIA AND SPECIFICATIONS THAT WERE DEMONSTRATED IN THE

10:31AM 12  VALIDATION REPORT.

10:31AM 13       IF THAT WAS NOT THE CASE, THEN THAT WOULD POINT TO A

10:31AM 14  SERIOUS PROBLEM.

10:31AM 15  Q.   RIGHT.  AND IF IT POINTED TO A SERIOUS PROBLEM OF A

10:31AM 16  SUFFICIENT NATURE, YOU WOULD PULL THE ASSAY, WOULDN'T YOU?

10:31AM 17  A.   YES.

10:31AM 18  Q.   YES.  THAT WAS YOUR OBLIGATION TO PULL THAT ASSAY IF IT

10:31AM 19  RAISED TO A CERTAIN LEVEL THAT YOU DIDN'T THINK IT COULD

10:31AM 20  PROVIDE SAFE AND RELIABLE RESULTS TO PATIENTS; RIGHT?

10:32AM 21  A.   YES.

10:32AM 22  Q.   AND YOU DID THAT SOMETIMES ON A --

10:32AM 23  A.   IN CERTAIN INSTANCES, YES.

10:32AM 24  Q.   AND THAT WAS SOMETHING THAT YOU WERE MONITORING REGULARLY?

10:32AM 25  A.   YES.

10:32AM 1    Q.   AND YOU HAD THE SOPHISTICATION AND EXPERIENCE TO DO THAT?

10:32AM 2    A.   YES.

10:32AM 3    Q.   AND YOU HAD ACCESS TO ALL OF THE DATA TO DO THAT; RIGHT?

10:32AM 4    A.   YES.

10:32AM 5    Q.   AND IF IT WASN'T IN FRONT OF YOU IN AN EMAIL, YOU COULD GO

10:32AM 6    AND ASK MR. GEE OR ONE OF THE OTHER PEOPLE WHO WORKED FOR YOU

10:32AM 7    TO PULL WHATEVER INFORMATION YOU NEEDED TO DO THAT ANALYSIS;

10:32AM 8    RIGHT?

10:32AM 9    A.   YES.

10:32AM 10   Q.   AND AT TIMES YOU DID; RIGHT?

10:32AM 11   A.   YES.

10:32AM 12   Q.   YEAH.  AND THERE WERE TIMES WHERE YOU THOUGHT MAYBE SOME

10:32AM 13   OF THE ISSUES RELATED TO REAGENTS; RIGHT?

10:32AM 14   A.   YES.

10:32AM 15   Q.   AND WHETHER THERE WERE CONCERNS ABOUT EITHER THE QUALITY

10:32AM 16   AGE OR SOME PERFORMANCE CHARACTERISTIC OF THE REAGENT; RIGHT?

10:32AM 17   A.   YES.

10:32AM 18   Q.   AND IN THOSE CASES, SOMETIMES WOULD THE PEOPLE WITHIN THE

10:32AM 19   LAB REPLACE THE REAGENTS AND SEE IF OTHER REAGENTS PERFORMED

10:33AM 20   DIFFERENTLY?

10:33AM 21   A.   YES.  I BELIEVE THERE'S SOME EMAILS FROM ERIKA CHEUNG TO

10:33AM 22   THE EFFECT THAT SHE REPLACED THE MANUALLY FILLED CARTRIDGES

10:33AM 23   WITH CAPSYS CARTRIDGES TO SEE IF THAT IMPROVED THE QC

10:33AM 24   PERFORMANCE.

10:33AM 25        MR. WADE:  OKAY.  I JUST HEARD SOMETHING HAPPEN WITH

10:33AM  1    THE MIKE.  IS EVERYTHING OKAY?  I WOULD JUST INQUIRE OF THE

10:33AM  2    COURT.

10:33AM  3        OKAY.  IS IT OKAY?

10:33AM  4        SHOULD WE TAKE JUST A MINUTE, YOUR HONOR?

10:33AM  5            THE CLERK:  LET ME JUST RESET THE SYSTEM.  HOLD ON.

10:33AM  6            THE COURT:  THANK YOU.

10:33AM  7            THE CLERK:  IT WILL JUST TAKE A MOMENT.

10:33AM  8        LET'S TRY IT AGAIN.

10:33AM  9        (PAUSE IN PROCEEDINGS.)

10:33AM  10   BY MR. WADE:

10:33AM  11   Q.   OKAY.  AND YOU CAN HEAR ME OKAY, SIR?

10:33AM  12   A.   YES.

10:33AM  13   Q.   OKAY.  I THINK WE SOLVED IT THERE.

10:34AM  14       LET ME JUST STEP BACK BROADLY AND TALK ABOUT POTENTIAL

10:34AM  15   SOURCES OF ERROR WITHIN THE LAB.

10:34AM  16       OKAY?

10:34AM  17   A.   OKAY.

10:34AM  18   Q.   AND THERE ARE -- DO YOU RECALL THAT THERE ARE SOME BUCKETS

10:34AM  19   THAT ARE PREANALYTIC, ANALYTIC, AND POST-ANALYTIC ERRORS?

10:34AM  20   A.   CORRECT.

10:34AM  21   Q.   AND PREANALYTIC ERRORS ARE ESSENTIALLY MISTAKES OR

10:34AM  22   PROBLEMS THAT HAPPEN BEFORE THE TEST IS ACTUALLY ENTERED INTO A

10:34AM  23   MACHINE; RIGHT?

10:34AM  24   A.   CORRECT.

10:34AM  25   Q.   AND THEN AN ANALYTIC ERROR IS THE ERROR THAT HAPPENS WHEN

10:34AM  1    THE TEST IS RUNNING WITHIN THE MACHINE?

10:34AM  2    A.    ANALYTIC APPLIES TO THE STEPS THAT ARE CONDUCTED WITHIN

10:35AM  3    THE LABORATORY AND IT COULD INCLUDE PREPROCESSING OR

10:35AM  4    PREPARATION OF THE SAMPLES BEFORE THEY GO INTO A MACHINE.

10:35AM  5    Q.    OKAY.  AND THEN POST-ANALYTIC IS WHAT HAPPENS AFTERWARDS;

10:35AM  6    RIGHT?

10:35AM  7    A.    CORRECT.

10:35AM  8    Q.    OKAY.  AND CAN YOU JUST IDENTIFY FOR THE BENEFIT OF THE

10:35AM  9    JURY, GIVE US A SENSE OF, YOU KNOW, WHAT ARE THE PREANALYTIC

10:35AM  10   ERRORS THAT CAN HAPPEN WITHIN A LAB?

10:35AM  11   A.    I CAN TELL YOU ABOUT THE ERRORS THAT HAPPENED AT THERANOS.

10:35AM  12   Q.    I'M JUST WONDERING AND ASKING GENERALLY SO WE CAN GET A

10:35AM  13   SENSE OF THE RANGE OF THE PREANALYTIC ERRORS, OKAY?

10:35AM  14   A.    PROBLEMS WITH SPECIMEN COLLECTION AND THE INTEGRITY OF THE

10:35AM  15   SAMPLE BEFORE IT ARRIVES IN THE LAB, SUCH AS HEMOLYSIS;

10:35AM  16   INTERFERING SUBSTANCES THAT WAS REFERRED TO AS A SPECIFICITY IN

10:35AM  17   THE LAST EMAIL; LIPEMIA IN A SAMPLE; IMPROPER TEMPERATURE

10:35AM  18   EXCURSIONS DURING TRANSPORTATION; SHAKING OF THE SAMPLE;

10:36AM  19   VIBRATION; DAMAGE TO THE SAMPLE; ET CETERA.

10:36AM  20   Q.    AND IF YOU HAVE A LONG LIST, YOU CAN PROBABLY COME UP WITH

10:36AM  21   FIVE OR TEN MORE DO YOU THINK?

10:36AM  22   A.    YEAH.

10:36AM  23   Q.    IT'S BASICALLY IN THAT EARLY PROCESS?

10:36AM  24   A.    IT COULD BE A SPECIMEN MIXUP, SO SWITCHING -- IDENTIFIERS

10:36AM  25   BEING SWITCHED.

10:36AM  1    Q.   AND IT COULD BE A HUMAN ERROR RELATING TO DOCUMENTING

10:36AM  2    SOMETHING WITH RESPECT TO THE LAB ORDER; RIGHT?

10:36AM  3    A.   CORRECT.

10:36AM  4    Q.   IT COULD BE HOW IT'S ENTERED INTO A COMPUTER?

10:36AM  5    A.   CORRECT.

10:36AM  6    Q.   ANYTHING?  THERE'S A WHOLE HOST OF ISSUES WITHIN THAT

10:36AM  7    PREANALYTIC BUCKET; RIGHT?

10:36AM  8    A.   CORRECT.

10:36AM  9    Q.   AND SOMETIMES IT'S HARD TO FIGURE OUT WHAT THE ERROR MIGHT

10:36AM 10    BE; RIGHT?

10:36AM 11    A.   SOMETIMES.

10:36AM 12    Q.   AND THAT'S WHY IF THERE'S A PROBLEM THAT COMES UP, YOU'LL

10:36AM 13    TRY TO GET ALL OF THE DATA THAT YOU CAN RELATING TO A

10:36AM 14    PARTICULAR PATIENT FROM THE LIS SO THAT YOU HAVE THE FULL

10:37AM 15    PICTURE; RIGHT?

10:37AM 16    A.   YES.

10:37AM 17    Q.   OKAY.  AND THEN WHAT IS THE ANALYTIC CATEGORY OF ERRORS?

10:37AM 18    CAN YOU GIVE US A SENSE OF GENERALLY WITHIN THE LAB, WHAT ARE

10:37AM 19    THE AREAS IN WHICH THERE COULD BE ANALYTIC ERRORS?

10:37AM 20    A.   A FLAW IN THE INSTRUMENTATION, IN THE DESIGN OR

10:37AM 21    PERFORMANCE OF THE INSTRUMENTATION; A FAULT IN THE REAGENT, A

10:37AM 22    FLAW IN THE REAGENT ITSELF; POTENTIALLY CONTAMINATION OF THE

10:37AM 23    SAMPLE WITHIN THE LABORATORY, PARTICULARLY FOR MOLECULAR TESTS;

10:37AM 24    CROSS-CONTAMINATION OF ONE SAMPLE TO ANOTHER; SPILLOVER; A

10:37AM 25    TEST -- A LAB TECH NOT FOLLOWING THE OPERATING PROCEDURE AND

10:37AM  1    ADDING THE WRONG REAGENTS; INSTRUMENT ERRORS; SOFTWARE ERRORS;

10:38AM  2    PIPETTING ERRORS; SKIPPED WELLS; IMPROPER CENTRIFUGATION.  THE

10:38AM  3    LIST GOES ON AND ON.

10:38AM  4    Q.   THE TEMPERATURE OF THE LAB COULD BE BAD?

10:38AM  5    A.   CORRECT.  THE TEMPERATURE AND HUMIDITY HAS TO BE

10:38AM  6    MONITORED.

10:38AM  7    Q.   THE POWER COULD GO OUT?  THERE ARE ALL SORTS OF ISSUES

10:38AM  8    WITHIN THAT PHASE WHERE SOMETHING COULD GO WRONG; RIGHT?

10:38AM  9    A.   CORRECT.

10:38AM  10   Q.   AND IN THE POST-ANALYTIC PHASE, WHAT ARE THE ERRORS THAT

10:38AM  11   CAN HAPPEN IN THE POST-ANALYTIC PHASE?

10:38AM  12   A.   AN ERROR IN THE DATA TRANSMISSION BETWEEN THE LABORATORY

10:38AM  13   RESULTS AND THE ACTUAL REPORT NOT MATCHING UP.

10:38AM  14       AGAIN, YOU CAN HAVE PATIENT IDENTIFIERS BEING SWAPPED OR

10:38AM  15   SOME KIND OF CLERICAL ERROR WHEN THE CLS ENTERS THE DATA INTO

10:38AM  16   THE SYSTEM AND IT DOESN'T COME OUT RIGHT IN THE REPORT;

10:39AM  17   SOFTWARE GLITCHES THAT PREVENT THE REPORT GETTING TO THE

10:39AM  18   INFORMATION; THE WRONG REFERENCE RANGE BEING APPLIED TO A TEST.

10:39AM  19   Q.   AND THESE ARE COMPUTERIZED; RIGHT?

10:39AM  20   A.   YES.

10:39AM  21   Q.   AND SO THERE COULD BE SOME COATING ERROR OR SOME SOFTWARE

10:39AM  22   MALFUNCTION?

10:39AM  23   A.   YES.

10:39AM  24   Q.   AND IT COULD BE AS SIMPLE AS SOME SORT OF TRANSCRIPTION

10:39AM  25   ERROR; RIGHT?

10:39AM   1      A.   YES.

10:39AM   2      Q.   AND WE HAVE SEEN SOME OF MY ERRORS WITH RESPECT TO SOME OF

10:39AM   3      THE NUMBERS IN THIS CASE, HAVEN'T WE?

10:39AM   4      A.   YES.

10:39AM   5      Q.   AND THOSE SECOND TWO CATEGORIES, THOSE ARE CATEGORIES THAT

10:39AM   6      SIMILARLY SOMETIMES YOU WOULD GO AND YOU WOULD GET WHATEVER YOU

10:39AM   7      COULD OUT OF THE LAB INFORMATION SYSTEM IN ORDER TO ASSESS THE

10:39AM   8      PROBLEM; CORRECT?

10:39AM   9      A.   YES.

10:39AM   10     Q.   AND WHEN YOU'RE DOING -- BACK TO THE QC FUNCTION.

10:39AM   11          WHEN THE QC FUNCTION IS BEING PERFORMED BY MR. GEE AND

10:40AM   12     HE'S CREATING DATA THAT IS PRESENTED TO YOU, FOR THE MOST PART

10:40AM   13     YOU'RE LOOKING AT THAT IN THE FIRST INSTANCE ON AN

10:40AM   14     ASSAY-BY-ASSAY BASIS; RIGHT?

10:40AM   15     A.   CORRECT.

10:40AM   16     Q.   AND WE'VE TALKED ABOUT THE WIDE RANGE OF DIFFERENT

10:40AM   17     INSTRUMENTS THAT WERE RUNNING WITHIN THE THERANOS LAB; RIGHT?

10:40AM   18     A.   YES.

10:40AM   19     Q.   AND YOU WOULD LOOK AT QC ON EACH AND EVERY ONE OF THOSE

10:40AM   20     MACHINES; RIGHT?

10:40AM   21     A.   YES.

10:40AM   22     Q.   AND IT'S A BIG JOB?

10:40AM   23     A.   YES.

10:40AM   24     Q.   A LOT OF RESPONSIBILITY FOR MR. GEE; CORRECT?

10:40AM   25     A.   WELL, IT'S A RESPONSIBILITY OF THE CLS'S AND LAB TECHS TO

10:40AM 1   MAKE SURE THE QC PASSES FOR EACH RUN.  DR. GEE DOESN'T HAVE TO

10:40AM 2   LOOK AT THAT ON A --

10:40AM 3   Q.   RIGHT.  MR. GEE CAN'T GO TO EACH AND EVERY MACHINE AND

10:40AM 4   PERFORM THOSE DAILY QC TESTS; RIGHT?

10:40AM 5   A.   NO.

10:40AM 6   Q.   AND IT'S A TEAM EFFORT TO GET THAT DATA AND TO FEED IT TO

10:40AM 7   MR. GEE; RIGHT?

10:40AM 8   A.   YES.

10:40AM 9   Q.   AND HE THEN DOES AN ANALYSIS OF IT; RIGHT?

10:41AM 10  A.   YES.

10:41AM 11  Q.   AND THEN YOU DO AN ANALYSIS OF IT?

10:41AM 12  A.   YES.

10:41AM 13  Q.   AND IN LOOKING AT THOSE CONCERNS THAT YOU DISCUSSED WITH

10:41AM 14  THE GOVERNMENT ON DIRECT, YOU NEVER INSTRUCTED THE CLIA TEAM AT

10:41AM 15  ANY POINT TO JUST STOP USING THE EDISON DEVICE ALTOGETHER, DID

10:41AM 16  YOU?

10:41AM 17  A.   I DID NOT.  I DID FOR HCG, AND THERE MAY HAVE BEEN ANOTHER

10:41AM 18  TEST THAT WE WERE DISCUSSING WHERE I SAID PLEASE DISCONTINUE ON

10:41AM 19  THE EDISON.

10:41AM 20  Q.   RIGHT.  AND SPECIFICALLY I THINK I SEE THAT AS THE RESULT

10:41AM 21  OF SOME OF YOUR WORK WITHIN THE LAB, YOU IDENTIFIED ISSUES

10:41AM 22  WHERE YOU HALTED ANY REPORTING OF RESULTS; RIGHT?

10:41AM 23  A.   YES.

10:41AM 24  Q.   AND THAT WAS CONSISTENT WITH YOUR REGULATORY

10:41AM 25  RESPONSIBILITY TO MAKE SURE THAT PATIENTS GOT ACCURATE AND

10:41AM   1    RELIABLE RESULTS; RIGHT?

10:41AM   2    A.   YES.

10:41AM   3    Q.   BUT YOU NEVER HALTED THE USE OF THE EDISON SYSTEM

10:41AM   4    ALTOGETHER; CORRECT?

10:42AM   5    A.   NO, NO.

10:42AM   6    Q.   IN FACT, THROUGHOUT YOUR TIME AT THERANOS, THE COMPANY

10:42AM   7    CONTINUED TO VALIDATE TESTS THROUGHOUT THE TIME PERIOD;

10:42AM   8    CORRECT?

10:42AM   9    A.   CORRECT.

10:42AM   10   Q.   OKAY.  I HAVE IN FRONT OF YOU A BINDER OF ASSAY VALIDATION

10:42AM   11   REPORTS.

10:42AM   12        DO YOU SEE THAT BINDER?

10:42AM   13        IT'S A SEPARATE BINDER OF JUST ASSAY VALIDATION REPORTS.

10:43AM   14   A.   YES, I HAVE IT.

10:43AM   15   Q.   AND I WILL REPRESENT TWO THINGS TO YOU, ONE OF WHICH

10:43AM   16   MAY -- HOPEFULLY BOTH OF WHICH ARE COMFORTING.  THESE ARE ALL

10:43AM   17   DOCUMENTS AND VALIDATION REPORTS THAT YOU SIGNED WHILE YOU WERE

10:43AM   18   A LAB DIRECTOR.

10:43AM   19   A.   OKAY.

10:43AM   20   Q.   AND I'M NOT GOING TO GO THROUGH ALL OF THEM.  OKAY?

10:43AM   21        BUT I DO WANT TO GO THROUGH A COUPLE.

10:43AM   22        AND BY STIPULATION WITH THE GOVERNMENT, YOUR HONOR, WE

10:43AM   23   HAVE MOVED THE ADMISSION OF ALL OF THESE VIA WRITTEN DOCUMENT,

10:43AM   24   WHICH I'VE TENDERED TO THE COURT REPORTER JUST SO WE DON'T HAVE

10:43AM   25   TO READ THROUGH ALL OF THE NUMBERS HERE ON THE RECORD IF

10:43AM   1    THAT'S -- IF IT'S OKAY WITH THE COURT TO PROCEED IN THAT

10:44AM   2    MANNER.

10:44AM   3              THE CLERK:  DO YOU HAVE AN EXTRA COPY, COUNSEL?

10:44AM   4              MR. WADE:  (HANDING.)

10:44AM   5              THE COURT:  ALL RIGHT.  THANK YOU.

10:44AM   6         AND YOU'RE GOING TO COVER THESE IN YOUR EXAMINATION?

10:44AM   7              MR. WADE:  I'M GOING TO COVER CERTAIN OF THEM IN THE

10:44AM   8    EXAMINATION, AND I'LL IDENTIFY THE NUMBERS.

10:44AM   9         THE OTHERS WE WOULD LIKE IN EVIDENCE BECAUSE WE MAY USE

10:44AM  10    THEM FOR OTHER PURPOSES AND DR. ROSENDORFF SIGNED ALL OF THEM.

10:44AM  11              THE COURT:  AND THE -- I'M JUST TRYING TO DISCERN

10:44AM  12    WHETHER I NEED TO READ ALL OF THESE NUMBERS TO THE JURY NOW.

10:44AM  13         ARE YOU GOING TO TALK ABOUT ALL OF THESE?

10:44AM  14              MR. WADE:  AS I GO THROUGH THEM, I CAN IDENTIFY THEM

10:44AM  15    AS A DOCUMENT THAT IS IN ADMISSION BY STIPULATION IF THAT'S

10:44AM  16    OKAY.

10:44AM  17              THE COURT:  WHY DON'T YOU DO THAT.

10:44AM  18         LADIES AND GENTLEMEN, YOU'RE GOING TO HEAR TESTIMONY ABOUT

10:44AM  19    SOME EXHIBITS.  I DO HAVE A DOCUMENT FROM COUNSEL INDICATING

10:44AM  20    THAT THEY HAVE STIPULATED, THEY HAVE STIPULATED TO THE

10:44AM  21    ADMISSION OF THESE EXHIBITS.

10:45AM  22         PLEASE RECALL IN MY PRELIMINARY INSTRUCTIONS I TOLD YOU

10:45AM  23    WHEN THE PARTIES STIPULATE TO SOMETHING, THAT MEANS THAT THEY

10:45AM  24    HAVE REACHED AGREEMENT THAT IT MAY BE INTRODUCED INTO EVIDENCE

10:45AM  25    AND THAT YOU MAY CONSIDER THAT IN YOUR DELIBERATIONS.

10:45AM   1          THERE ARE PERHAPS 30, 40 NUMBERS HERE.  I'M NOT GOING TO

10:45AM   2    READ THEM ALL TO YOU NOW, BUT COUNSEL HAVE INDICATED THAT THIS

10:45AM   3    PART OF THE EXAMINATION WILL TOUCH ON THESE.  YOU'LL HAVE THE

10:45AM   4    STIPULATION AND IT WILL BE PART OF THE EVIDENCE TO REFER TO

10:45AM   5    SHOULD YOU WISH TO IDENTIFY A SPECIFIC DOCUMENT.

10:45AM   6          AS YOU GO THROUGH, COUNSEL, JUST IDENTIFY, PLEASE, THE

10:45AM   7    DOCUMENTS THAT ARE GOING TO BE ADMITTED PURSUANT TO THE

10:45AM   8    STIPULATION.

10:45AM   9          I THINK THAT WOULD CLEAR THE RECORD.  THANK YOU.

10:45AM  10              MR. WADE:  GREAT.  THANK YOU, YOUR HONOR.

10:45AM  11          AND THANK YOU TO THE GOVERNMENT FOR THE STIPULATION.

10:46AM  12    Q.  I'D LIKE TO FIRST DRAW YOUR ATTENTION TO EXHIBIT 9368,

10:46AM  13    WHICH IS AMONG THE STIPULATED EXHIBITS.  IT'S TOWARDS THE BACK.

10:46AM  14    THEY SHOULD BE NUMERICAL IN ORDER.

10:46AM  15    A.  YES.

10:46AM  16    Q.  OKAY.  AND THIS IS THE VALIDATION REPORT THAT WE'VE BEEN

10:46AM  17    TALKING ABOUT SO MUCH HERE; RIGHT?

10:46AM  18    A.  I'M NOT SURE WHAT YOU MEAN.

10:46AM  19    Q.  OKAY.  YOU RECALL THAT YOU TESTIFIED ABOUT VALIDATION

10:46AM  20    REPORTS FOR THE CLIA LAB PREVIOUSLY?

10:46AM  21    A.  YES.

10:46AM  22    Q.  AND THIS IS AN EXAMPLE OF ONE; RIGHT?

10:46AM  23    A.  YES.

10:46AM  24    Q.  AND THIS IS FOR THE TSH ELISA ASSAY.

10:46AM  25          DO YOU SEE THAT?

10:46AM  1    A.    YES.

10:46AM  2    Q.    AND IT'S ON THE EDISON -- IT'S ON THE EDISON THERANOS

10:46AM  3    SYSTEM; RIGHT?

10:46AM  4    A.    YES.

10:46AM  5    Q.    AND THAT'S -- AND THIS IS ONE OF THE EARLIER EDISON

10:47AM  6    ASSAYS; CORRECT?

10:47AM  7    A.    YES.

10:47AM  8    Q.    AND DO YOU SEE YOUR SIGNATURE THERE?  THE DATE IS

10:47AM  9    9-30-2013?

10:47AM  10   A.    YES.

10:47AM  11   Q.    AND SO THIS WOULD HAVE BEEN VALIDATED FOR THE PURPOSES OF

10:47AM  12   THE CLIA LABORATORY AS OF THAT DATE?

10:47AM  13   A.    YES.

10:47AM  14   Q.    AND COULD THEN BE USED CONSISTENT WITH AN APPROPRIATE SOP

10:47AM  15   IN THE CLIA LAB?

10:47AM  16   A.    YES.

10:47AM  17   Q.    FOR PATIENT USE?

10:47AM  18   A.    YES.

10:47AM  19   Q.    AND BY -- DO YOU SEE THAT THERE ARE SEVERAL PEOPLE WHO

10:47AM  20   AFFIX THEIR SIGNATURE TO THESE DOCUMENTS?

10:47AM  21   A.    YES.

10:47AM  22   Q.    AND THOSE ARE OTHER PEOPLE WHO WORKED ON THE DEVELOPMENT

10:47AM  23   OF THESE REPORTS?

10:47AM  24   A.    YES.

10:47AM  25   Q.    OTHER SCIENTISTS AND THE LIKE?

10:47AM 1    A.   CORRECT.

10:47AM 2    Q.   BUT ULTIMATELY YOU'RE THE APPROVER OF THESE POLICIES?

10:47AM 3    A.   I'M -- I APPROVED THE REPORT, YES.

10:48AM 4    Q.   AND --

10:48AM 5    A.   IT'S NOT A POLICY DOCUMENT.

10:48AM 6    Q.   IT'S A DOCUMENT THAT VALIDATES THE TEST AS APPROPRIATE FOR

10:48AM 7    PATIENT USE?

10:48AM 8    A.   CORRECT.

10:48AM 9    Q.   OKAY.  AND IS IT FAIR TO DESCRIBE THIS AS THE TICKET FOR

10:48AM 10   ADMISSION INTO THE CLIA LAB?

10:48AM 11   A.   YES.

10:48AM 12   Q.   OKAY.  WITHOUT ONE OF THESE DOCUMENTS, THERE IS NOT A --

10:48AM 13   A.   IT'S A REQUIRED, IT'S A REQUIRED ELEMENT FOR -- TO BEGIN

10:48AM 14   LAB TESTING.

10:48AM 15       AS I HAVE TESTIFIED BEFORE, THERE ARE A NUMBER OF OTHER

10:48AM 16   ELEMENTS, SUCH AS TRAINING, INSTRUMENT MAINTENANCE, ET CETERA.

10:48AM 17   CHECKING ON THOSE WOULD BE DELEGATED TO THE SUPERVISORS.

10:48AM 18   Q.   OKAY.

10:48AM 19   A.   IN OTHER WORDS, IF THEY SAW A PROBLEM IN ANY OF THOSE

10:48AM 20   AREAS, THEN THERE WOULD NOT BE TESTING.

10:48AM 21   Q.   OKAY.  UNDERSTOOD.

10:48AM 22       BUT THE POINT I JUST WANT TO MAKE SURE OF, AND I THINK

10:48AM 23   WE'RE IN AGREEMENT HERE, IS THAT IF YOU DON'T HAVE ONE OF THESE

10:48AM 24   DOCUMENTS, YOU CANNOT OFFER THE ASSAY WITHIN THE CLIA LAB;

10:48AM 25   CORRECT?

10:48AM 1      A.   CORRECT.

10:48AM 2      Q.   AND IF THEY DON'T HAVE YOUR SIGNATURE ON THE DOCUMENT WHEN

10:49AM 3      YOU'RE THE LAB DIRECTOR, THAT ASSAY CANNOT GO INTO THE CLIA

10:49AM 4      LAB; CORRECT?

10:49AM 5      A.   CORRECT.

10:49AM 6      Q.   AND THIS PARTICULAR ONE CAME IN SEPTEMBER, LATE SEPTEMBER

10:49AM 7      OF 2013; RIGHT?

10:49AM 8      A.   YES.

10:49AM 9      Q.   OKAY.  LET'S WALK THROUGH JUST ONE OF THESE IN A LITTLE

10:49AM 10     MORE DETAIL SO WE CAN MAKE SURE THAT WE UNDERSTAND THIS.

10:49AM 11          IF YOU CAN GO TO PAGE 5 OF THE DOCUMENT, AND IF WE CAN GO

10:49AM 12     UP TO THE ASSAY SPECIFICATIONS.

10:49AM 13          THIS GIVES SORT OF THE OVERVIEW OF THE ASSAY AND AN

10:49AM 14     OVERVIEW OF THE PROCESS OF VALIDATION.

10:49AM 15          IS THAT FAIR?

10:49AM 16     A.   IT'S CLINICAL BACKGROUND, AND THAT'S 1.1; NUMBER 1.2 IS

10:50AM 17     THE ASSAY SPECIFICATIONS THAT HAVE BEEN DEMONSTRATED; AND 1.3

10:50AM 18     IS THE COMPARATOR OR REFERENCE ASSAY THAT WAS USED TO VALIDATE

10:50AM 19     THIS TEST.

10:50AM 20     Q.   AND DO YOU UNDERSTAND -- I THINK YOU TESTIFIED YESTERDAY,

10:50AM 21     A LOT OF THE UNDERLYING DATA WORK HAD BEEN PERFORMED IN A

10:50AM 22     RESEARCH AND DEVELOPMENT FUNCTION?

10:50AM 23     A.   YES.

10:50AM 24     Q.   AND THEN IT WAS BROUGHT INTO THE CLIA LAB AND TESTED BY

10:50AM 25     YOU AND YOUR COLLEAGUES?

10:50AM  1      A.   YES.

10:50AM  2      Q.   OKAY.  DO YOU SEE AT THE BOTTOM WHERE IT SAYS REGULATION

10:50AM  3      AND GUIDANCE?

10:50AM  4      A.   YES.

10:50AM  5      Q.   OKAY.  AND DO YOU SEE IT SAYS, "THE

10:50AM  6      QUALIFICATION/VALIDATION OF THE ELISA ASSAYS ON THE THERANOS

10:50AM  7      DEVICE WILL BE IN ACCORDANCE WITH 493.1253."

10:50AM  8           DO YOU SEE THAT?

10:50AM  9      A.   YES.

10:50AM 10      Q.   AND THAT'S ACTUALLY, THAT'S THE SAME PROVISION THAT YOU

10:51AM 11      HAD, YOU HAD CUT AND PASTED INTO THAT EMAIL TO MR. BALWANI;

10:51AM 12      RIGHT?

10:51AM 13      A.   YES.

10:51AM 14      Q.   AND YOU HAD SAID THAT THERE WAS ONE ELEMENT OF THAT THAT

10:51AM 15      HADN'T BEEN MET AND THAT YOU WANTED TO HAVE MET?

10:51AM 16      A.   YES.

10:51AM 17      Q.   OKAY.  BUT THOSE, THOSE ARE SORT OF THE REGULATORY

10:51AM 18      REQUIREMENTS BEFORE YOU CAN, YOU CAN OFFER AN ASSAY WITHIN THE

10:51AM 19      CLIA LAB?

10:51AM 20      A.   YES.

10:51AM 21      Q.   AND YOU NEEDED TO ENSURE THAT IT MET THAT REQUIREMENT;

10:51AM 22      RIGHT?

10:51AM 23      A.   YES.

10:51AM 24      Q.   OKAY.  AND YOU DID ENSURE THAT; RIGHT?

10:51AM 25      A.   YES.

10:51AM  1    Q.   AND IF WE CAN MOVE FORWARD IN THE DOCUMENT TO PAGE 8.

10:52AM  2         DO YOU SEE THE DATA ON THE BOTTOM?  AND THIS IS PART OF

10:52AM  3    THE CALIBRATION WORK THAT WAS DONE?

10:52AM  4    A.   NO.

10:52AM  5    Q.   WELL, LET ME BACK UP TO PAGE 6 TO MAKE SURE THAT I'M

10:52AM  6    GUIDING YOU CORRECTLY.

10:52AM  7         DO YOU SEE SECTION 2 IS CALIBRATION?

10:52AM  8    A.   YES.

10:52AM  9    Q.   AND CALIBRATION OF THE INSTRUMENT WAS SOMETHING THAT WAS

10:52AM 10    NECESSARY IN ORDER FOR IT TO GET VALIDATED; CORRECT?

10:52AM 11    A.   YES.

10:52AM 12    Q.   AND IT IS SOMETHING THAT NEEDED TO BE DOCUMENTED WITHIN

10:52AM 13    THIS REPORT; RIGHT?

10:52AM 14    A.   YES.

10:52AM 15    Q.   OKAY.  AND THEN ALL OF THAT DETAILED DATA IS LAID FORTH

10:52AM 16    WITHIN THAT REPORT ITSELF; CORRECT?

10:52AM 17    A.   YES.

10:52AM 18    Q.   AND LET'S GO FORWARD TO PAGE 8.

10:53AM 19         THERE ARE A NUMBER OF TABLES THAT SUMMARIZE THAT

10:53AM 20    CALIBRATION DATA; RIGHT?

10:53AM 21    A.   YES.

10:53AM 22    Q.   AND WHAT DOES THAT TABLE ON THE BOTTOM OF PAGE 8 DO?

10:53AM 23    A.   SO IT'S TAKING THE DATA FOR EACH CALIBRATOR AND IT'S

10:53AM 24    TRANSLATING INTO AN ACTUAL ANALYTE CONCENTRATION.

10:53AM 25         AND THE NOMINAL CONCENTRATION IS HOW MUCH IS IN THAT, EACH

10:53AM 1    CALIBRATOR, AND THE THERANOS CONCENTRATION IS HOW MUCH IS BEING

10:53AM 2    REPORTED OUT BY THE INSTRUMENT.

10:53AM 3    Q.   OKAY.  AND THAT IS SOMETHING THAT IS ASSESSED BEFORE IT

10:53AM 4    CAN BE USED; RIGHT?

10:53AM 5    A.   YES.

10:53AM 6    Q.   OKAY.  AND IF YOU LOOK AT THE NEXT SEVERAL PAGES,

10:53AM 7    THERE'S -- I BELIEVE THERE'S MORE CALIBRATION DATA; CORRECT?

10:54AM 8    A.   YES.

10:54AM 9    Q.   OKAY.  LET'S GO TO PAGE 15.

10:54AM 10       AND DO YOU SEE PAGE 15, SECTION 4 OF EXHIBIT 9368

10:54AM 11   REFERENCES THE REFERENCE RANGE?

10:54AM 12   A.   YES.

10:54AM 13   Q.   AND A REFERENCE RANGE NEEDS TO BE CREATED UNDER THE

10:54AM 14   REGULATORY STANDARDS; CORRECT?

10:54AM 15   A.   CORRECT.

10:54AM 16   Q.   AND THAT REQUIRES, THAT REQUIRES DATA ANALYSIS RELATING TO

10:54AM 17   SOME OF THE RESULTS THAT HAVE BEEN OBTAINED; CORRECT?

10:54AM 18   A.   YES.

10:54AM 19   Q.   OKAY.  AND THAT'S WHAT IS DOCUMENTED WITHIN THIS REPORT;

10:54AM 20   RIGHT?

10:54AM 21   A.   YEAH.  THIS IS A VERIFICATION OF THE REFERENCE RANGE USING

10:54AM 22   20 FINGERSTICK SAMPLES FROM NORMAL DONORS.

10:54AM 23   Q.   OKAY.  AND LET'S GO TO PAGE 17.

10:55AM 24       DO YOU SEE ON THE BOTTOM THERE THERE'S A REFERENCE TO

10:55AM 25   PRECISION?

10:55AM 1      A.   YES.

10:55AM 2      Q.   AND PRECISION IS SOMETIMES A PROXY FOR RELIABILITY; IS

10:55AM 3      THAT RIGHT?

10:55AM 4      A.   RELIABILITY IS NOT DEFINED IN ANY REGULATORY OR GUIDANCE

10:55AM 5      DOCUMENT.

10:55AM 6      Q.   OKAY.  IT'S, IT'S A MATTER THAT IS LEFT TO THE JUDGMENT OF

10:55AM 7      THE LABORATORY DIRECTOR?

10:55AM 8      A.   SO THERE'S SOMETHING CALLED ALLOWABLE ERROR FOR AN ASSAY.

10:55AM 9      Q.   TOTAL ALLOWABLE ERROR?

10:55AM 10     A.   TOTAL ALLOWABLE ERROR, YEAH.

10:55AM 11     Q.   AND SOMETIMES REFERRED TO AS TAE?

10:55AM 12     A.   CORRECT.

10:55AM 13     Q.   AND YOU SOMETIMES LOOK AT THAT; RIGHT?

10:55AM 14     A.   YES.

10:55AM 15     Q.   AND YOU ALSO LOOK AT PRECISION DATA I THINK WE HAVE SEEN

10:55AM 16     IN SOME OF THE EMAILS; RIGHT?

10:55AM 17     A.   PRECISION IS REPRODUCIBILITY.

10:55AM 18     Q.   AND IT'S CONSISTENCY DATA ESSENTIALLY; RIGHT?

10:55AM 19     A.   YES.

10:55AM 20     Q.   THE FREQUENCY WITH WHICH THE TESTING CAN TEST THE SAME

10:56AM 21     SAMPLE AND GET THE SAME NUMBER EVERY TIME?

10:56AM 22     A.   YES, YES.

10:56AM 23     Q.   SO, LIKE, FOR EXAMPLE --

10:56AM 24     A.   IT'S NEVER GOING TO GET THE SAME NUMBER BECAUSE THERE'S

10:56AM 25     INHERENT VARIABILITY IN THE PROCESS.  BUT YOU'LL GET VALUES

10:56AM  1    IDEALLY THAT ARE CLOSE TO EACH OTHER.

10:56AM  2    Q.   RIGHT.

10:56AM  3    A.   HOW CLOSE THEY ARE IS PREDEFINED BY THE LABORATORY, HOW

10:56AM  4    CLOSE THEY NEED TO BE.

10:56AM  5    Q.   AND YOU SAY IT'S NEVER GOING TO HIT THE SAME NUMBER

10:56AM  6    BECAUSE IT'S THE SAME BLOOD; RIGHT?

10:56AM  7    A.   CORRECT.

10:56AM  8    Q.   AND IT TYPICALLY HAS THE SAME AMOUNT OF AN ANALYTE WITHIN

10:56AM  9    IT; RIGHT?

10:56AM  10   A.   RIGHT.

10:56AM  11   Q.   AND BECAUSE OF INSTRUMENTATION AND OTHER FACTORS, THERE'S

10:56AM  12   WHAT YOU DESCRIBED AS VARIABILITY; RIGHT?

10:56AM  13   A.   RIGHT.  BUT YOU ALSO HAVE TO BEAR IN MIND THAT IT'S NOT

10:56AM  14   NECESSARILY -- IF THE ANALYTE IS AT VERY LOW ABUNDANCE, THE

10:56AM  15   FIRST TIME YOU TAKE AN ALIQUOT YOU MIGHT GET TEN MOLECULES, AND

10:57AM  16   THE NEXT TIME YOU TAKE AN ALIQUOT YOU MIGHT GET EIGHT

10:57AM  17   MOLECULES.

10:57AM  18   Q.   AND ALL OF THAT CAN AFFECT THE RESULT AS QUANTIFIED BY THE

10:57AM  19   TEST; RIGHT?

10:57AM  20   A.   YES, YES.

10:57AM  21   Q.   AND SO -- BUT THE IDEA OF PRECISION IS TO TEST THE

10:57AM  22   FREQUENCY WITH WHICH, IF YOU PERFORM THE SAME PROCEDURE, YOU

10:57AM  23   CAN GET THE SAME NUMBER; RIGHT?  THAT'S THE GOAL?

10:57AM  24   A.   IT'S NOT THE SAME NUMBER.  I'VE ALREADY EXPLAINED THAT TO

10:57AM  25   YOU.

10:57AM  1     Q.   OKAY.

10:57AM  2     A.   THE NUMBERS ARE SUFFICIENTLY CLOSE TO EACH OTHER AS

10:57AM  3     DEFINED BY A STANDARD DEVIATION.

10:57AM  4     Q.   OKAY.

10:57AM  5     A.   RELATIVE TO THE MEAN OF THOSE NUMBERS.  AND THAT GIVES YOU

10:57AM  6     A CV PERCENTAGE, AND THAT HAS TO MEET PREDEFINED LABORATORY

10:57AM  7     CRITERIA.

10:57AM  8     Q.   OKAY.  LET ME SEE IF I CAN LIKEN THE CONCEPT TO A

10:57AM  9     DAY-TO-DAY EXPERIENCE.

10:57AM  10         IF THERE WAS A SCALE AND I WERE TO GET UP ON THE SCALE AT

10:57AM  11    THE SAME TIME, THAT SCALE MIGHT SAY 145 POUNDS; RIGHT?

10:58AM  12         THE NEXT TIME IT MIGHT SAY 145.3.

10:58AM  13         THE NEXT TIME IT MIGHT SAY 144.7; RIGHT?

10:58AM  14         IT WOULD DEPEND UPON THE PRECISION OF THE SCALE.  RIGHT?

10:58AM  15    A.   CORRECT.

10:58AM  16    Q.   AND THAT VARIABILITY FROM RESULT TO RESULT IS JUST SORT OF

10:58AM  17    THE NATURE OF THE INSTRUMENTATION?

10:58AM  18    A.   THAT'S ONE FACTOR, YES.

10:58AM  19    Q.   RIGHT.  AND IT'S HARD TO KNOW WITH CERTAINTY THE SORT OF

10:58AM  20    TRUE MEASURE OF THE ACTUAL ANALYTE WITHIN BLOOD; RIGHT?

10:58AM  21    A.   WELL, THIS GETS INTO A COMPLICATED DISCUSSION THAT IS

10:58AM  22    PROBABLY NOT APPROPRIATE FOR RIGHT NOW, YEAH.

10:58AM  23         IT GETS INTO THE DISCUSSION OF NUTROLOGY, WHAT A TRUE

10:58AM  24    VALUE IS, BIOLOGICAL TRUE VALUE, THE GOLD STANDARD, ET CETERA.

10:58AM  25    Q.   AND THE GOLD STANDARDS ARE SORT OF AN ESTABLISHED ASSAY

10:59AM  1    AGAINST WHICH ASSAYS ARE FREQUENTLY MEASURED; RIGHT?

10:59AM  2    A.   CORRECT.

10:59AM  3    Q.   AND THAT'S PART OF A VALIDATION PROCESS; RIGHT?

10:59AM  4    A.   CORRECT.

10:59AM  5    Q.   AND LET'S GO BACK TO THE DOCUMENT AND LOOK AT PAGE 20.

10:59AM  6    THIS IS SECTION 5 OF THE REPORT.

10:59AM  7         DOCTOR, I DON'T WANT TO WALK THROUGH ALL THESE REPORTS,

10:59AM  8    BUT AS A GENERAL MATTER, THESE ARE KIND OF SIMILAR DOCUMENTS;

10:59AM  9    RIGHT?  THEY LOOK AT THE SAME ELEMENTS; IS THAT RIGHT?

10:59AM 10    A.   YES.

10:59AM 11    Q.   AND THIS SETS FORTH ACCURACY.

10:59AM 12         DO YOU SEE THAT?

10:59AM 13    A.   YES.

10:59AM 14    Q.   AND WHAT IS DONE TO ASSESS THE ACCURACY OF THE ASSAY

10:59AM 15    BEFORE IT'S PUT WITHIN THE CLIA LAB?

10:59AM 16    A.   A NUMBER OF SAMPLES, PATIENT SAMPLES, ARE COLLECTED.  FOR

11:00AM 17    THE ACCURACY SECTION, THIS WOULD BE VENOUS BLOOD.  THEY'RE

11:00AM 18    UNIQUE PATIENT SAMPLES.  IN THIS CASE THERE WERE 103 COLLECTED,

11:00AM 19    AND SOME WERE BELOW THE REFERENCE RANGE AND SOME OF THEM WERE

11:00AM 20    ABOVE THE REFERENCE RANGE SO THAT YOU MAKE SURE YOU'RE

11:00AM 21    CAPTURING BOTH THE NORMAL AND PATHOLOGICAL STATES.  THOSE

11:00AM 22    SAMPLES WOULD BE RUN ON A THERANOS METHOD AND A PREDICATE

11:00AM 23    METHOD, IN THIS CASE THE IMMULITE.

11:00AM 24    Q.   OKAY.

11:00AM 25    A.   AND THEN YOU COMPARE THOSE DATA AND IDEALLY YOU PLOT THEM

11:00AM   1    AGAINST EACH OTHER AND THERE SHOULD BE A LINEAR ONE-TO-ONE

11:00AM   2    RELATIONSHIP BETWEEN THOSE NUMBERS.

11:00AM   3    Q.   OKAY.  AND THERE OFTEN IS NOT A LINEAR ONE-TO-ONE RATIO,

11:00AM   4    BUT IT NEEDS TO BE WITHIN A CERTAIN RANGE OF ONE-TO-ONE; RIGHT?

11:00AM   5    A.   CORRECT.

11:00AM   6    Q.   AND LET ME SEE IF I CAN UNPACK THAT A LITTLE BIT JUST FOR

11:00AM   7    CLARIFICATION FOR NONSCIENTISTS LIKE ME.  OKAY?

11:01AM   8    A.   UH-HUH.

11:01AM   9    Q.   IS THE IMMULITE COMPARATOR IN THAT, IS THAT THE GOLD

11:01AM  10    STANDARD AGAINST WHICH YOU'RE MEASURING THE PERFORMANCE?

11:01AM  11    A.   IN THIS CASE, YES.

11:01AM  12    Q.   SO THE GOLD STANDARD IS AN EXISTING COMMERCIAL MACHINE;

11:01AM  13    RIGHT?

11:01AM  14    A.   CORRECT.

11:01AM  15    Q.   AND THAT'S APPROVED BY THE FDA; CORRECT?

11:01AM  16    A.   CORRECT.

11:01AM  17    Q.   AND YOU LOOK AT THAT RESULT, AND THEN YOU TAKE THE SAME

11:01AM  18    BLOOD AND YOU RUN IT ON THE THERANOS MACHINE?

11:01AM  19    A.   CORRECT.

11:01AM  20    Q.   OKAY.  AND THEN YOU COMPARE THE RESULTS OF ONE TO THE

11:01AM  21    OTHER; RIGHT?

11:01AM  22    A.   CORRECT.

11:01AM  23    Q.   AND WHAT YOU SAID IS THAT YOU DON'T WANT TO JUST HAVE

11:01AM  24    NORMAL RESULTS TO COMPARE, LIKE THE AVERAGE?

11:01AM  25    A.   RIGHT.

11:01AM   1      Q.   YOU WANT TO MAKE SURE IF SOMEONE HAS, FOR EXAMPLE, AN

11:01AM   2      ELEVATED VITAMIN D LEVEL, THAT IT TESTS THE SAME ON BOTH

11:01AM   3      MACHINES; RIGHT?

11:01AM   4      A.   YES, YES.

11:01AM   5      Q.   OKAY.  AND SIMILARLY, IF THEY HAVE A LOW VITAMIN D

11:01AM   6      LEVEL --

11:01AM   7      A.   YES.

11:01AM   8      Q.   -- THAT THEY TEST THE SAME ON BOTH MACHINES; IS THAT

11:02AM   9      CORRECT?

11:02AM  10      A.   YES, YES.

11:02AM  11      Q.   AND WHEN YOU'RE ASSESSING THE ACCURACY OF A TEST, THAT'S

11:02AM  12      WHAT YOU'RE DOING, YOU'RE COMPARING THERANOS'S PERFORMANCE

11:02AM  13      AGAINST A WELL ESTABLISHED FDA APPROVED MACHINE; RIGHT?

11:02AM  14      A.   YES.

11:02AM  15      Q.   OKAY.  AND IT'S ONLY WHEN THAT GETS WITHIN AN ALLOWABLE

11:02AM  16      RELATIONSHIP THAT IT'S DEEMED SUFFICIENTLY ACCURATE TO BE

11:02AM  17      OFFERED IN A LAB; RIGHT?

11:02AM  18      A.   YES.  THERE'S A, THERE'S A BIAS -- THERE'S A TOTAL

11:02AM  19      ALLOWABLE ERROR THAT IS THE SUM OF THE PRECISION IN THE BIAS

11:02AM  20      THAT CANNOT BE EXCEEDED.

11:02AM  21           SO YOU REALLY LOOK AT THE PERCENT DIFFERENCE IN THE

11:02AM  22      PREDICATE AND THERANOS METHODS, THAT'S YOUR BIAS, AND THEN YOU

11:02AM  23      LOOK AT YOUR CV'S, THAT'S YOUR PRECISION, AND YOU ADD THOSE

11:02AM  24      TOGETHER, AND THEY HAVE TO BE WITHIN THE TOTAL ALLOWABLE ERROR,

11:02AM  25      YEAH.

11:02AM 1    Q.   AND THE BIAS IS THE AMOUNT OF WHICH ONE RESULT IS OFF FROM

11:03AM 2    THE GOLD STANDARD; RIGHT?

11:03AM 3    A.   ON AVERAGE.

11:03AM 4    Q.   ON AVERAGE?

11:03AM 5    A.   YES.

11:03AM 6    Q.   AND SO IF THE GOLD STANDARD IS THE BULL'S EYE IN THE

11:03AM 7    TARGET, IT'S THE AMOUNT THAT THE ARROW HITS JUST OUTSIDE OF

11:03AM 8    THAT TARGET; RIGHT?  IT'S A MEASUREMENT AKIN TO SOMETHING LIKE

11:03AM 9    THAT?

11:03AM 10   A.   YES.

11:03AM 11   Q.   OKAY.  AND IF THE ARROW HITS, YOU KNOW, WAY OFF THE TARGET

11:03AM 12   THREE TIMES, YOU PROBABLY HAVE A PROBLEM AND IT'S NOT GOING TO

11:03AM 13   BE SUFFICIENTLY ACCURATE; RIGHT?

11:03AM 14   A.   WELL, YOU'RE LOOKING AT AVERAGE BIAS, SO --

11:03AM 15   Q.   SO YOU COMPUTE THOSE ITEMS WITHIN THE TOTAL RANGE?  THE

11:03AM 16   TOTALITY OF THE GROUP OF TESTS HAS TO BE SUFFICIENTLY CLOSE TO

11:03AM 17   THAT BULL'S EYE --

11:03AM 18   A.   YES.

11:03AM 19   Q.   -- TO BE CONSIDERED ACCURATE FOR PATIENT USE; RIGHT?

11:03AM 20   A.   EACH -- SO IF YOU LOOK AT TABLE 12, YOU KNOW, EACH --

11:03AM 21   THERE'S A --

11:04AM 22   Q.   COULD WE PULL UP TABLE 12 FOR THE JURY, PLEASE.  THAT'S ON

11:04AM 23   PAGE 21.

11:04AM 24        SHOULD WE BLOW UP THE TOP, DOCTOR?

11:04AM 25   A.   YES.

11:04AM   1     Q.   OKAY.  LET'S BLOW UP THE TOP.

11:04AM   2     A.   YOU SEE THAT THE THERANOS RESULTS ARE FAIRLY CLOSE TO THE

11:04AM   3     IMMULITE RESULTS.

11:04AM   4          THE IMMULITE RESULTS ARE SHOWING AS REPORTED VALUE, AND

11:04AM   5     THE RECOVERIES FOR THE MOST PART ARE CLOSE TO 100 PERCENT WITH

11:04AM   6     A FEW EXCEPTIONS, RIGHT?

11:04AM   7          TSH 09, THE RECOVERY IS ONLY 54 PERCENT, AND FOR TSH 17,

11:04AM   8     THE RECOVERY IS 200 PERCENT.

11:04AM   9          ALL OF THAT GETS AVERAGED OUT IN A BIAS CALCULATION.

11:05AM  10     Q.   AND THAT'S WHY YOU HAVE A UNIVERSE OF DATA AND YOU -- IN

11:05AM  11     AGGREGATE, THEY HAVE TO HIT THE TARGET OR BE SUFFICIENTLY CLOSE

11:05AM  12     TO THE TARGET; CORRECT?

11:05AM  13     A.   CORRECT.

11:05AM  14     Q.   AND IT'S ONLY WHEN THAT HAPPENS AND IT'S DEEMED

11:05AM  15     SUFFICIENTLY ACCURATE THAT IT CAN GO INTO THE LAB; RIGHT?

11:05AM  16     A.   YES.

11:05AM  17     Q.   LET'S GO TO PAGE 25 AND BLOW UP FIGURE 8.

11:05AM  18          OKAY.  DO YOU SEE, DO YOU SEE THIS CHART?

11:05AM  19     A.   YES.

11:05AM  20     Q.   OKAY.  AND IS THIS THE MEASUREMENT OF ACCURACY THAT THE --

11:06AM  21     THE QUANTIFICATION OF THE MEASUREMENT OF ACCURACY THAT YOU WERE

11:06AM  22     TALKING ABOUT?

11:06AM  23     A.   NO.  THIS IS A PLOT.  ON THE X AXIS YOU HAVE THE PREDICATE

11:06AM  24     RESULTS, AND ON THE Y AXIS YOU HAVE THE THERANOS RESULTS.

11:06AM  25          EACH DATA POINT IS -- SO THE RESULT -- THOSE TWO VALUES

11:06AM  1     GENERATED THE POINT THAT YOU'RE SEEING ON THE GRAPH, AND THEN

11:06AM  2     WHAT IS CALLED A LINEAR REGRESSION IS PERFORMED WHICH GENERATES

11:06AM  3     A FORMULA THAT RELATES THE ONE RESULT TO THE OTHER, AND THAT'S

11:06AM  4     Y EQUALS 0.9748X, AND THEN AN R SQUARED VALUE, WHICH IS

11:06AM  5     STATISTICAL ESTIMATES OF THE CORRELATION, HOW WELL CORRELATED

11:06AM  6     THOSE RESULTS ARE TO EACH OTHER.

11:06AM  7     Q.   AND THAT R SQUARED THERE --

11:06AM  8     A.   YES.

11:06AM  9     Q.   -- WHICH IS .9205.

11:07AM  10         DO YOU SEE THAT?

11:07AM  11    A.   YES.

11:07AM  12    Q.   AND YOU SAID PERFECT IS 1.0; CORRECT?

11:07AM  13    A.   CORRECT.

11:07AM  14    Q.   AND THERE'S RARELY PERFECT; RIGHT?

11:07AM  15    A.   CORRECT.

11:07AM  16    Q.   AND IT'S A QUESTION OF WHETHER THAT NUMBER IS CLOSE ENOUGH

11:07AM  17    TO 1; IS THAT RIGHT?

11:07AM  18    A.   CORRECT, CORRECT.

11:07AM  19    Q.   AND IN THIS CASE IT WAS?

11:07AM  20    A.   CORRECT.  I'D LIKE TO POINT OUT SOMETHING.

11:07AM  21         I'LL SHUT UP BECAUSE I'M NOT BEING ASKED A QUESTION.

11:07AM  22    Q.   WE'LL KEEP GOING.  WE'RE GOING TO TAKE A BREAK HERE IN A

11:07AM  23    SECOND.

11:07AM  24         IF WE GO TO 8 -- I'M SORRY, PAGE 36, SECTION 8.  THIS

11:07AM  25    IS -- THERE'S A DETAILED SECTION HERE OF DATA RELATING TO

| | | |
|---|---|---|
| 11:07AM | 1 | ANTICOAGULANT COMPARISON; RIGHT? |
| 11:08AM | 2 | DO YOU SEE THAT? |
| 11:08AM | 3 | A.   JUST GIVE ME A MOMENT TO READ IT, PLEASE. |
| 11:08AM | 4 | (PAUSE IN PROCEEDINGS.) |
| 11:08AM | 5 | THE WITNESS:  OKAY. |
| 11:08AM | 6 | BY MR. WADE: |
| 11:08AM | 7 | Q.   AND THIS IS ONE OF THE REQUIREMENTS.  YOU NEED TO MAKE THE |
| 11:08AM | 8 | ASSESSMENT BEFORE THE ASSAY CAN BE VALIDATED? |
| 11:08AM | 9 | A.   YES. |
| 11:08AM | 10 | Q.   OKAY.  THAT'S THE ONLY QUESTION THAT I HAVE ON THAT. |
| 11:08AM | 11 | IF WE CAN GO TO 42 AND LOOK AT SECTION 9. |
| 11:08AM | 12 | I THINK WE TALKED A LITTLE BIT EARLIER ABOUT SENSITIVITY. |
| 11:09AM | 13 | DO YOU RECALL THAT? |
| 11:09AM | 14 | A.   YES. |
| 11:09AM | 15 | Q.   THAT WAS AN ISSUE THAT YOU RAISED? |
| 11:09AM | 16 | A.   YES. |
| 11:09AM | 17 | Q.   AND YOU WANTED TO MAKE SURE THAT SENSITIVITY WAS PROPERLY |
| 11:09AM | 18 | DOCUMENTED; RIGHT? |
| 11:09AM | 19 | A.   VALIDATED AND DOCUMENTED, YES. |
| 11:09AM | 20 | Q.   OKAY.  AND THIS IS THE SECTION OF THE REPORT THAT DOES |
| 11:09AM | 21 | THAT; RIGHT? |
| 11:09AM | 22 | A.   YES. |
| 11:09AM | 23 | Q.   OKAY.  AND THE PAGES THAT FOLLOW HAVE THE DETAILED DATA |
| 11:09AM | 24 | RELATING TO THAT? |
| 11:09AM | 25 | A.   YES. |

11:09AM   1    Q.   OKAY.  AND LET'S GO TO PAGE 46.

11:09AM   2         SECTION 10 IS INTERFERENCE; IS THAT RIGHT?

11:09AM   3    A.   YES.

11:09AM   4    Q.   OKAY.  AND EXPLAIN TO US WHAT IS DONE TO ASSESS

11:09AM   5    INTERFERENCES IN CONNECTION WITH THE VALIDATION OF AN ASSAY

11:09AM   6    GENERALLY.

11:09AM   7    A.   COMMERCIALLY AVAILABLE INTERFERING SUBSTANCES.  IN THIS

11:09AM   8    CASE HEMOGLOBIN, BILIRUBIN, AND TRIGLYCERIDES WERE ADDED TO

11:10AM   9    BLOOD AND YOU COMPARE THE VALUES YOU GET WITH THE INTERFERING

11:10AM  10    SUBSTANCES ADDED -- YOU COMPARE THE VALUES YOU GET FOR SAMPLES

11:10AM  11    WITHOUT THE INTERFERING SUBSTANCES TO VALUES THAT YOU GET WITH

11:10AM  12    THE INTERFERING SUBSTANCES AND YOU DETERMINE WHAT -- HOW MUCH

11:10AM  13    INTERFERENCE IS THERE.

11:10AM  14    Q.   AND THAT'S TO ENSURE THAT THOSE INTERFERING SUBSTANCES

11:10AM  15    DON'T GET IN THE WAY OF AN ACCURATE RESULT?

11:10AM  16    A.   CORRECT.

11:10AM  17    Q.   OKAY.  SO YOU BASICALLY ADD IN ELEMENTS TO SEE IF IT

11:10AM  18    TRICKS THE TEST TO GIVING A BAD RESULT?

11:10AM  19    A.   CORRECT.

11:10AM  20    Q.   OKAY.  BECAUSE SOME OF THOSE ELEMENTS THAT YOU ADD INTO

11:11AM  21    THE SAMPLE ACTUALLY DO EXIST IN OTHER PEOPLE'S BLOOD; RIGHT?

11:11AM  22    A.   ALL OF THESE DO.

11:11AM  23    Q.   ALL OF THEM DO?

11:11AM  24    A.   YEAH.

11:11AM  25    Q.   SO YOU WANT TO MAKE SURE WHEN THE TEST GOES OUT IN THE

11:11AM   1    FIELD AND THERE ARE DIFFERENT INTERFERING SUBSTANCES, THAT

11:11AM   2    YOU'RE STILL ABLE TO GET AN ACCURATE RESULT?

11:11AM   3    A.   YES.

11:11AM   4    Q.   OKAY.  AND IF I COULD, JUST FINALLY ON THIS DOCUMENT,

11:11AM   5    BRING YOU TO THE LAST PAGE, WHICH IS PAGE 51.

11:11AM   6         AND DO YOU SEE THIS DOCUMENT REFERENCES THE MANY DIFFERENT

11:11AM   7    MATERIALS THAT HAVE GONE INTO THE WORK AND ANALYSIS RELATING TO

11:11AM   8    THIS ASSAY.

11:11AM   9         DO YOU SEE THAT?

11:11AM  10    A.   YES.

11:11AM  11    Q.   AND MANY OF THESE ARE SPECIFICALLY CITED WITHIN THE

11:11AM  12    REPORT?

11:11AM  13    A.   YES.

11:11AM  14    Q.   AND DIFFERENT SCIENTISTS OVER TIME REFER TO THESE AS

11:11AM  15    STANDARDS AND INFORMATION TO CONSIDER?

11:12AM  16    A.   YES.

11:12AM  17    Q.   AND I TAKE IT, GENERALLY SPEAKING, IF I WERE TO PRINT OUT

11:12AM  18    ALL OF THESE MATERIALS, I WOULD PROBABLY HAVE TO HAND YOU

11:12AM  19    ANOTHER ONE OF THESE BINDERS; IS THAT RIGHT?

11:12AM  20    A.   YEAH.  PLEASE DON'T.

11:12AM  21    Q.   OKAY.

11:12AM  22         WITH THAT, YOUR HONOR, MAY WE TAKE A BREAK?

11:12AM  23              THE COURT:  LET'S DO THAT.  WHY DON'T WE TAKE

11:12AM  24    45 MINUTES, AND WE'LL COME BACK AT NOON.

11:12AM  25         WE'LL GO THEN, LADIES AND GENTLEMEN, UNTIL 2:00 AND TAKE A

11:12AM    1        BREAK, AND THEN WE'LL FINISH AT 4:00.

11:12AM    2             HAVE A GOOD LUNCH.

11:12AM    3             (LUNCH RECESS AT 11:12 A.M.)

|        |    |                                                      |
|--------|----|------------------------------------------------------|
| 12:02PM | 1  | **AFTERNOON SESSION**                               |
| 12:02PM | 2  | (JURY IN AT 12:02 P.M.)                             |
| 12:02PM | 3  | THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.  |
| 12:02PM | 4  | THE JURY AND ALTERNATES ARE PRESENT.               |
| 12:02PM | 5  | COUNSEL AND MS. HOLMES IS PRESENT.                 |
| 12:03PM | 6  | OUR WITNESS IS ON THE STAND.                       |
| 12:03PM | 7  | YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION?      |
| 12:03PM | 8  | MR. WADE:  I WOULD, YOUR HONOR.  THANK YOU.        |
| 12:03PM | 9  | Q.  DR. ROSENDORFF, I BELIEVE BEFORE THE BREAK WE WERE TALKING |
| 12:03PM | 10 | ABOUT VALIDATION REPORTS.                          |
| 12:03PM | 11 | DO YOU RECALL THAT?                                |
| 12:03PM | 12 | A.  YES.                                           |
| 12:03PM | 13 | Q.  AND I'D LIKE TO GO TO OUR NEXT VALIDATION REPORT, AND IT'S |
| 12:03PM | 14 | WITHIN THAT BOOK, 9387.                            |
| 12:03PM | 15 | A.  OKAY.  I HAVE IT.                              |
| 12:03PM | 16 | MR. WADE:  IT'S IN EVIDENCE PER STIPULATION.  IF WE |
| 12:03PM | 17 | CAN PUBLISH IT.                                    |
| 12:03PM | 18 | (DEFENDANT'S EXHIBIT 9387 WAS RECEIVED IN EVIDENCE.) |
| 12:03PM | 19 | BY MR. WADE:                                       |
| 12:03PM | 20 | Q.  AND CAN YOU IDENTIFY THE ASSAY FOR WHICH THIS WAS A |
| 12:03PM | 21 | VALIDATION REPORT AND THE DEVICE ON WHICH IT WAS VALIDATED? |
| 12:03PM | 22 | A.  THE ASSAY IS TPSA, WHICH IS TOTAL PROSTATE SPECIFIC |
| 12:04PM | 23 | ANTIGEN FOR THE EDISON 3.X SYSTEM.                 |
| 12:04PM | 24 | Q.  AND THIS WAS AN EDISON ASSAY; CORRECT?         |
| 12:04PM | 25 | A.  CORRECT.                                       |

12:04PM 1      Q.   AND YOU SIGNED THIS VALIDATION REPORT ON SEPTEMBER 30TH,

12:04PM 2      2013?

12:04PM 3      A.   YES, I DID.

12:04PM 4      Q.   AND YOU BELIEVED THIS ASSAY TO APPROPRIATELY QUALIFY FOR

12:04PM 5      VALIDATION UNDER THE RULES AND REGULATIONS WE'VE BEEN

12:04PM 6      PREVIOUSLY REVIEWING IN CONNECTION WITH THAT?

12:04PM 7      A.   YES, AND THE ASSAY MET THOSE REQUIREMENTS.

12:04PM 8      Q.   OKAY.

12:04PM 9      A.   THE VALIDATION, I'M SORRY.

12:04PM 10     Q.   AND THREE OF YOUR COLLEAGUES ALSO SIGNED OFF ON THAT AS

12:04PM 11     WELL?

12:04PM 12     A.   YES.

12:04PM 13     Q.   IF WE COULD GO TO THE NEXT VALIDATION REPORT, WHICH IS

12:04PM 14     9412.

12:05PM 15          THIS IS IN EVIDENCE PER STIPULATION, AND WE'RE PUBLISHING

12:05PM 16     IT.

12:05PM 17          THIS IS THE VITAMIN D ASSAY VALIDATION REPORT ON THE

12:05PM 18     EDISON 3 SERIES DEVICE; IS THAT RIGHT?

12:05PM 19     A.   CORRECT.

12:05PM 20     Q.   AND THIS, TOO, IS SIGNED ON SEPTEMBER 30TH, 2013?

12:05PM 21     A.   YES.

12:05PM 22     Q.   AND IT'S ALSO SIGNED BY THREE OF YOUR COLLEAGUES?

12:05PM 23     A.   YES.

12:05PM 24     Q.   AND IS IT SIGNED BECAUSE YOU BELIEVED AT THE TIME THIS WAS

12:05PM 25     PRESENTED TO YOU THAT IT QUALIFIED, ACCORDING TO ALL OF THE

12:05PM  1    REQUIREMENTS NECESSARY TO OFFER A TEST IN THE CLIA LAB?

12:05PM  2    A.   YES, THAT WAS MY BELIEF.

12:05PM  3    Q.   IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH IS 9381,

12:05PM  4    WHICH IS ALSO IN EVIDENCE PER STIPULATION.  WE'RE PUBLISHING

12:06PM  5    THAT.

12:06PM  6        THIS IS THE TOTAL T4 ELISA ASSAY VALIDATION REPORT ON THE

12:06PM  7    EDISON 3.5 THERANOS SYSTEM; IS THAT RIGHT?

12:06PM  8    A.   CORRECT.

12:06PM  9    Q.   AND IT IS EFFECTIVE JANUARY 10TH, 2014; IS THAT CORRECT?

12:06PM  10   A.   CORRECT.

12:06PM  11   Q.   AND AS WITH THE PRIOR REPORTS, YOU SIGNED --

12:06PM  12   A.   POINT OF CLARIFICATION.  I SIGNED IT ON THE 14TH.  I'M NOT

12:06PM  13   SURE WHY THE EFFECTIVE DATE IS PRIOR TO THAT.

12:06PM  14   Q.   IS IT POSSIBLE THAT IT HAD BEEN REVIEWED OR SOMETHING

12:06PM  15   PREVIOUSLY?

12:06PM  16   A.   I DON'T RECALL.

12:06PM  17   Q.   OKAY.  WELL, YOU SIGNED IT ON THE 14TH; IS THAT CORRECT?

12:06PM  18   A.   CORRECT.

12:06PM  19   Q.   AND AS OF AT LEAST JANUARY 14TH, 2014, DID YOU BELIEVE IT

12:06PM  20   TO BE -- DID YOU BELIEVE THAT THIS VALIDATION REPORT MET ALL OF

12:06PM  21   THE APPROPRIATE REQUIREMENTS?

12:06PM  22   A.   YES, I DID.

12:06PM  23   Q.   AND DID YOU BELIEVE THEN IT WAS APPROPRIATE TO OFFER THIS

12:06PM  24   ASSAY WITHIN THE CLIA LAB?

12:06PM  25   A.   YES.

12:06PM  1    Q.   OKAY.  IF WE CAN GO TO THE NEXT VALIDATION REPORT, WHICH

12:07PM  2    IS 9382, WHICH IS ALSO IN EVIDENCE BY STIPULATION.

12:07PM  3         WE'RE LOOKING AT THE TOTAL TESTOSTERONE ELISA ASSAY

12:07PM  4    VALIDATION REPORT ON THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:07PM  5    A.   CORRECT.

12:07PM  6    Q.   AND THIS SAYS THAT YOU SIGNED THAT DOCUMENT ON

12:07PM  7    JANUARY 15TH, 2014; IS THAT CORRECT?

12:07PM  8    A.   CORRECT.

12:07PM  9    Q.   AND IN SIGNING THAT DOCUMENT, YOU'RE RECOGNIZING THAT THAT

12:07PM  10   ASSAY WAS APPROPRIATE TO BE OFFERED WITHIN THE CLIA LAB?

12:07PM  11   A.   CORRECT.

12:07PM  12   Q.   AND THAT IT MET ALL OF THE APPROPRIATE LEGAL REQUIREMENTS;

12:07PM  13   CORRECT?

12:07PM  14   A.   YES.

12:07PM  15   Q.   IF WE CAN GO NEXT TO 9384.  SINCE THERE'S A BIG WORD IN

12:08PM  16   THIS ONE I'M GOING TO HAVE YOU PRONOUNCE IT.

12:08PM  17        CAN YOU TELL US THIS ASSAY?

12:08PM  18   A.   SURE.  TOTAL TRIIODOTHYRONINE ASSAY.

12:08PM  19   Q.   AND DOES THAT HAVE A SHORT -- IS THAT REFERRED TO AS

12:08PM  20   SOMETHING BY AN ABBREVIATED NAME?

12:08PM  21   A.   T3.

12:08PM  22   Q.   T3.  THIS IS THE T3 ELISA ASSAY VALIDATION REPORT ON THE

12:08PM  23   EDISON 3 SERIES THERANOS SYSTEM?

12:08PM  24   A.   CORRECT.

12:08PM  25   Q.   AND YOU SIGNED THIS DOCUMENT ON JANUARY 20 -- I'M SORRY,

| | | |
|---|---|---|
| 12:08PM | 1 | JANUARY 15TH, 2014? |
| 12:09PM | 2 | A.   YES. |
| 12:09PM | 3 | Q.   AND YOUR COLLEAGUES SIGNED THIS AS WELL? |
| 12:09PM | 4 | A.   YES. |
| 12:09PM | 5 | Q.   AND IN SIGNING THIS, YOU WERE CERTIFYING THAT THIS ASSAY |
| 12:09PM | 6 | WAS APPROPRIATE FOR USE ON PATIENTS WITHIN THE CLIA LAB? |
| 12:09PM | 7 | A.   YES. |
| 12:09PM | 8 | Q.   AND THAT IT MET ALL OF THE APPROPRIATE REQUIREMENTS? |
| 12:09PM | 9 | A.   YES. |
| 12:09PM | 10 | Q.   I'LL MOVE TO THE NEXT REPORT, WHICH IS 9196. |
| 12:09PM | 11 | THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON THE |
| 12:09PM | 12 | EDISON 3.5 THERANOS SYSTEM? |
| 12:09PM | 13 | A.   IF YOU'LL ALLOW ME A FEW MOMENTS.   9186? |
| 12:09PM | 14 | Q.   OH, MY APOLOGIES, DOCTOR. |
| 12:09PM | 15 | A.   NO PROBLEM. |
| 12:09PM | 16 | Q.   9196, WHICH IS EVIDENCE PER STIPULATION. |
| 12:10PM | 17 | A.   OKAY. |
| 12:10PM | 18 | Q.   DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR? |
| 12:10PM | 19 | A.   YES. |
| 12:10PM | 20 | Q.   OKAY.   THIS IS THE HCG ELISA ASSAY VALIDATION REPORT ON |
| 12:10PM | 21 | THE EDISON 3.5 THERANOS SYSTEM? |
| 12:10PM | 22 | A.   YES. |
| 12:10PM | 23 | Q.   AND IT'S SIGNED BY YOU ON MARCH 19TH, 2014; CORRECT? |
| 12:10PM | 24 | A.   CORRECT. |
| 12:10PM | 25 | Q.   AND IT'S SIGNED BY THREE OF YOUR COLLEAGUES AS WELL? |

12:10PM  1    A.   CORRECT.

12:10PM  2    Q.   AND YOU SIGNED THAT BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:10PM  3    TO OFFER THIS ASSAY ON THE EDISON DEVICE IN THE CLIA LAB;

12:10PM  4    CORRECT?

12:10PM  5    A.   AT THE TIME, YES.

12:10PM  6    Q.   AND THAT IT MET ALL OF THE REQUIREMENTS TO BE OFFERED IN

12:10PM  7    THE CLIA LAB ON MARCH 19TH, 2014; CORRECT?

12:10PM  8    A.   YES.

12:10PM  9    Q.   IF I CAN GO TO EXHIBIT 9409, WHICH IS IN EVIDENCE PER

12:11PM  10   STIPULATION.

12:11PM  11        DO YOU HAVE THAT IN FRONT OF YOU, DOCTOR?

12:11PM  12   A.   YES.

12:11PM  13   Q.   AND THIS IS THE VITAMIN B12 ELISA ASSAY VALIDATION REPORT?

12:11PM  14   A.   CORRECT, YES.

12:11PM  15   Q.   ON THE EDISON 3.5 THERANOS SYSTEM?

12:11PM  16   A.   YES.

12:11PM  17   Q.   AND YOU SIGNED THIS DOCUMENT ON AUGUST 5TH, 2014?

12:11PM  18   A.   CORRECT.

12:11PM  19   Q.   AND IT WAS SIGNED BY NINE OF YOUR COLLEAGUES AS WELL?

12:11PM  20   A.   CORRECT.

12:11PM  21   Q.   AND IN SIGNING THIS, YOU WERE RECOGNIZING THAT THIS ASSAY

12:11PM  22   WAS -- HAD MET ALL OF THE REQUIREMENTS UNDER CLIA?

12:11PM  23   A.   CORRECT.

12:11PM  24   Q.   AND THAT IT WAS APPROPRIATE TO BE OFFERED IN USE WITH

12:11PM  25   PATIENTS IN THE CLIA LAB?

12:11PM  1      A.   YES.

12:11PM  2      Q.   OKAY.  IF WE CAN GO TO 9323, WHICH IS IN EVIDENCE PER

12:12PM  3      STIPULATION.

12:12PM  4      A.   I HAVE IT.

12:12PM  5      Q.   AND THIS IS THE PROLACTIN ELISA ASSAY VALIDATION REPORT ON

12:12PM  6      THE EDISON 3.5 THERANOS SYSTEM; IS THAT CORRECT?

12:12PM  7      A.   CORRECT.

12:12PM  8      Q.   AND YOU SIGNED THIS DOCUMENT SEPTEMBER 9TH, 2014?

12:12PM  9      A.   CORRECT.

12:12PM  10     Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES; CORRECT?

12:12PM  11     A.   CORRECT.

12:12PM  12     Q.   AND YOU SIGNED THIS BECAUSE YOU BELIEVED THAT IT MET ALL

12:12PM  13     OF THE LEGAL REQUIREMENTS AND WAS APPROPRIATE TO BE OFFERED AND

12:12PM  14     USED WITH PATIENTS IN THE CLIA LAB; IS THAT CORRECT?

12:12PM  15     A.   CORRECT.

12:13PM  16     Q.   IF WE CAN GO TO 9158, WHICH IS IN EVIDENCE PER

12:13PM  17     STIPULATION.

12:13PM  18     A.   I HAVE IT.

12:13PM  19     Q.   YOU HAVE THAT IN FRONT OF YOU?

12:13PM  20     A.   YES.

12:13PM  21     Q.   AND THIS IS THE ESTRADIOL ELISA ASSAY VALIDATION REPORT ON

12:13PM  22     THE EDISON 3.5 THERANOS SYSTEM; CORRECT?

12:13PM  23     A.   CORRECT.

12:13PM  24     Q.   AND YOU SIGNED THIS DOCUMENT ON SEPTEMBER 18TH, 2014;

12:13PM  25     CORRECT?

12:13PM   1    A.   CORRECT.

12:13PM   2    Q.   AND IT WAS SIGNED BY FIVE OF YOUR COLLEAGUES AS WELL;

12:13PM   3    CORRECT?

12:13PM   4    A.   FOUR.

12:13PM   5    Q.   MY APOLOGIES, FOUR OF YOUR COLLEAGUES?

12:13PM   6    A.   CORRECT.

12:13PM   7    Q.   AND YOU SIGNED THIS BECAUSE YOU THOUGHT IT WAS APPROPRIATE

12:13PM   8    TO OFFER THIS WITH PATIENTS IN THE CLIA LAB?

12:13PM   9    A.   YES.

12:13PM  10    Q.   AND YOU FELT THAT THIS MET ALL OF THE REQUIREMENTS SET

12:14PM  11    FORTH IN FEDERAL LAW; IS THAT RIGHT?

12:14PM  12    A.   YES.

12:14PM  13    Q.   OKAY.  I'D LIKE TO PUT UP BEFORE YOU, DR. ROSENDORFF, A

12:14PM  14    DEMONSTRATIVE THAT HAS BEEN OFFERED TO THE COURT AND I

12:14PM  15    UNDERSTAND THE GOVERNMENT HAS STIPULATED TO?

12:14PM  16         MR. BOSTIC:  CORRECT, YOUR HONOR.

12:14PM  17         THE COURT:  THAT CAN BE PUBLISHED NOW.

12:14PM  18    BY MR. WADE:

12:14PM  19    Q.   SIR, WHAT I'VE DONE IS TAKEN A CALENDAR AND RUN THE

12:14PM  20    CALENDAR FROM SEPTEMBER OF 2013 TO SEPTEMBER OF 2014.

12:14PM  21         DO YOU SEE THAT?

12:14PM  22    A.   I SEE THAT.

12:14PM  23    Q.   AND I HAVE HIGHLIGHTED THE DATE ON WHICH YOU SIGNED ASSAY

12:14PM  24    VALIDATION REPORTS FOR THE EDISON ASSAY.

12:15PM  25         DO YOU SEE THAT?

12:15PM 1    A.   OKAY.

12:15PM 2    Q.   AND IF AT ANY POINT WHEN WE TALK ABOUT THIS DEMONSTRATIVE

12:15PM 3    IF YOU WANT TO LOOK BACK AT THOSE VALIDATION REPORTS, YOU JUST

12:15PM 4    LET ME KNOW AND WE'LL GO BACK TO THEM.

12:15PM 5         OKAY?

12:15PM 6    A.   SURE.

12:15PM 7    Q.   AND MY QUESTION FOR YOU AT THIS POINT, SIR, IS -- BEFORE I

12:15PM 8    TURNED TO THE CALENDAR, YOU WOULD NOT HAVE KEPT SIGNING THE

12:15PM 9    VALIDATION REPORTS FOR A 3.5 ASSAY IF YOU THOUGHT THE ASSAY WAS

12:15PM 10   INHERENTLY UNRELIABLE, WOULD YOU?

12:15PM 11   A.   I WOULD NOT.

12:15PM 12   Q.   AND I'D LIKE TO LOOK -- I BELIEVE YOU HAVE A WHITE BINDER

12:15PM 13   STILL IN FRONT OF YOU THAT IS THE GOVERNMENT BINDER.

12:15PM 14   A.   THE WITNESS BINDER?

12:15PM 15   Q.   YES.

12:16PM 16   A.   YES.

12:16PM 17   Q.   YEAH.  DO YOU STILL HAVE THE GOVERNMENT WITNESS BINDER

12:16PM 18   STILL IN FRONT OF YOU?

12:16PM 19   A.   YES, YES.

12:16PM 20   Q.   AND I'D LIKE TO DRAW YOUR ATTENTION TO EXHIBIT 1548.  IT

12:16PM 21   IS IN EVIDENCE, BUT LET'S NOT PUBLISH IT QUITE YET.

12:16PM 22   A.   1548?

12:16PM 23   Q.   YEAH.  DO YOU SEE 1548?

12:16PM 24   A.   YES.

12:16PM 25   Q.   AND DO YOU RECALL THIS IS A DOCUMENT THAT YOU WERE SHOWN

12:16PM   1    THAT RELATES TO THAT EXPERIMENT THAT WAS DONE ON PROFICIENCY

12:16PM   2    TESTING MATERIAL WITH -- ON THE EDISON DEVICE?

12:16PM   3         DO YOU RECALL THAT?

12:16PM   4    A.   YES.

12:16PM   5    Q.   AND THIS DOCUMENT IS DATED FEBRUARY 2ND, 2014; CORRECT?

12:17PM   6    A.   FEBRUARY 20TH, 2014.

12:17PM   7    Q.   I'M SORRY.  FEBRUARY -- ANOTHER ONE OF THOSE TRANSCRIPTION

12:17PM   8    ERRORS THAT ARE BETWEEN THE PAGE AND THE HEAD THAT WE TALKED

12:17PM   9    ABOUT EARLIER; RIGHT?

12:17PM  10    A.   UH-HUH.

12:17PM  11    Q.   AND FEBRUARY 20TH, 2014; CORRECT?

12:17PM  12    A.   CORRECT.

12:17PM  13    Q.   I'M GOING TO PUT THE DOCUMENT UP, BUT I JUST WANT TO LOOK

12:17PM  14    AT IT ON THE CALENDAR HERE.

12:17PM  15         MADAM DEPUTY, CAN I MARK ON THE SCREEN ON THIS?

12:17PM  16              THE CLERK:  YOU SHOULD BE ABLE TO, COUNSEL.

12:17PM  17              MR. WADE:  I CAN'T, BUT WITH THE COURT'S INDULGENCE.

12:17PM  18         (PAUSE IN PROCEEDINGS.)

12:18PM  19    BY MR. WADE:

12:18PM  20    Q.   SINCE I DON'T HAVE THE ABILITY TO WRITE ON THE SCREEN, LET

12:18PM  21    ME JUST NOTE THAT BASED ON YOUR EDUCATION AND TRAINING, YOU

12:18PM  22    RECOGNIZE THAT FEBRUARY 20TH, 2014 FALLS SOMEWHERE BETWEEN

12:18PM  23    THOSE TWO VALIDATION REPORTS ON THE 14TH AND 15TH AND THE

12:18PM  24    VALIDATION REPORT ON MARCH 19TH?

12:18PM  25         DO YOU SEE THAT?

12:18PM  1    A.   YES.

12:18PM  2    Q.   IF WE COULD PUBLISH 1548.  AND IF WE CAN JUST GO QUICKLY

12:18PM  3    TO THE SPREADSHEET.

12:18PM  4         LET'S LOOK AT THE DATE JUST SO THAT THE JURY CAN SEE THE

12:18PM  5    DATE.

12:18PM  6         THAT'S FEBRUARY 20TH, 2014.

12:18PM  7         DO YOU SEE THAT?

12:18PM  8    A.   YES.

12:18PM  9    Q.   AND IF WE CAN GO TO THE ATTACHED SPREADSHEET FOR THIS

12:18PM  10   EXHIBIT.

12:19PM  11        DO YOU RECALL BEING SHOWN THIS EXHIBIT?

12:19PM  12   A.   YES.

12:19PM  13   Q.   AND THIS IS DATA THAT YOU WERE MADE AWARE OF IN CONNECTION

12:19PM  14   WITH THIS EXPERIMENT THAT WAS DONE WITHIN THE LAB ON PRECISION

12:19PM  15   TESTING MATERIAL?

12:19PM  16   A.   PROFICIENCY TESTING MATERIAL, YES.

12:19PM  17   Q.   DO YOU RECALL THAT?

12:19PM  18   A.   YES.

12:19PM  19   Q.   AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:19PM  20        THERE WAS NOTHING THAT AROSE AS A RESULT OF THE DATA IN

12:19PM  21   THIS DOCUMENT THAT GAVE YOU SUFFICIENT CONCERN TO STOP YOU FROM

12:19PM  22   SIGNING THAT VALIDATION REPORT ON MARCH 19TH; CORRECT?

12:19PM  23   A.   CORRECT.

12:19PM  24   Q.   WE CAN GO TO THE EXHIBIT IN THE GOVERNMENT'S BINDER 1432.

12:20PM  25   A.   CAN YOU JUST REMIND ME WHEN THIS PROFICIENCY TESTING

12:20PM 1    EXERCISE WAS PERFORMED FOR FEBRUARY 20TH?  I BELIEVE SO.

12:20PM 2    FEBRUARY 19TH.

12:20PM 3    Q.   THERE ISN'T A QUESTION PENDING, SIR.

12:20PM 4         THE COURT:  WELL, WILL THAT CLARIFY YOUR PREVIOUS

12:20PM 5    ANSWER?

12:20PM 6         THE WITNESS:  YES.

12:20PM 7         MR. WADE:  OKAY.

12:20PM 8         THE COURT:  WHY DON'T YOU ASK --

12:20PM 9    BY MR. WADE:

12:20PM 10   Q.   I'VE NEVER BEEN ASKED A QUESTION ON EXAMINATION, BUT LET'S

12:20PM 11   START IT NOW.

12:20PM 12        THE COURT:  YOU HAVEN'T BEEN PRACTICING LONG ENOUGH.

12:20PM 13        (LAUGHTER.)

12:20PM 14        THE COURT:  SIR, DO YOU NEED TO GIVE SOME

12:20PM 15   CLARIFICATION TO YOUR PREVIOUS ANSWER?

12:21PM 16        THE WITNESS:  YES.  YES.

12:21PM 17        THE COURT:  OKAY.  WHAT IS IT YOU WOULD LIKE --

12:21PM 18        THE WITNESS:  SO IT APPEARS ON MARCH 19TH I SIGNED A

12:21PM 19   VALIDATION REPORT FOR AN EDISON INSTRUMENT.

12:21PM 20      MY QUESTION IS ABOUT THE TIMING OF THAT RELATIVE TO THE

12:21PM 21   PROFICIENCY TESTING EXERCISE THAT WAS PERFORMED.  WAS IT THE

12:21PM 22   SAME DAY OR --

12:21PM 23   BY MR. WADE:

12:21PM 24   Q.   WOULD YOU LIKE TO LOOK BACK AT THAT EXHIBIT WE WERE JUST

12:21PM 25   DISCUSSING?

12:21PM   1      A.   YES.

12:21PM   2      Q.   OR ARE YOU TALKING ABOUT SOME OTHER FACT THAT IS IN YOUR

12:21PM   3      HEAD?  SOME OTHER EVENT?

12:21PM   4      A.   NO.  IT JUST RELATES TO A PREVIOUS QUESTION.

12:21PM   5      Q.   OKAY.  LET'S GO BACK TO THAT DOCUMENT, WHICH WAS -- LET'S

12:21PM   6      SEE IF WE CAN CLARIFY THIS.

12:21PM   7           THIS WAS EXHIBIT 1548.

12:21PM   8      A.   YES.

12:21PM   9      Q.   DO YOU SEE THAT?

12:21PM  10      A.   YES.

12:21PM  11      Q.   AND WE'LL TALK ABOUT PROFICIENCY TESTING IN A BIT, BUT DO

12:21PM  12      YOU RECALL THAT THERE WERE, AFTER THIS TIME PERIOD, THERE WERE

12:21PM  13      A SERIES OF EXPERIMENTS THAT WERE DONE ON THE EDISON DEVICE TO

12:22PM  14      TEST THE ACCURACY ON MARCH 14TH?

12:22PM  15           DO YOU RECALL THAT?

12:22PM  16      A.   NO.

12:22PM  17      Q.   THAT'S NOT WHAT YOU'RE REFERRING TO?

12:22PM  18      A.   NO.

12:22PM  19      Q.   OKAY.  WE'LL TALK ABOUT THAT MORE LATER.

12:22PM  20           THIS PARTICULAR DOCUMENT IS FEBRUARY 20TH, 2014.

12:22PM  21           DO YOU SEE THAT?

12:22PM  22      A.   YES.

12:22PM  23      Q.   OKAY.  DOES THAT REFRESH YOUR RECOLLECTION?

12:22PM  24      A.   YES.

12:22PM  25      Q.   OKAY.  AND IF WE GO BACK TO THE DEMONSTRATIVE.

12:22PM   1          FEBRUARY 20TH IS BEFORE YOU SIGNED THAT NEXT VALIDATION

12:22PM   2     REPORT ON MARCH 19TH; CORRECT?

12:22PM   3     A.   UNDERSTOOD.

12:22PM   4     Q.   OKAY.  CAN WE GO TO EXHIBIT 1432.

12:22PM   5          DO YOU SEE THIS IS A DOCUMENT DATED JANUARY 16TH, 2014?

12:22PM   6          DO YOU SEE THAT?

12:22PM   7     A.   YES.

12:22PM   8     Q.   AND DO YOU RECALL BEING SHOWN THIS BY THE GOVERNMENT?

12:23PM   9     A.   YES.

12:23PM  10     Q.   AND IF YOU GO TO THE THIRD PAGE -- I'M SORRY, LET'S GO TO

12:23PM  11     THE FIFTH PAGE.  I APOLOGIZE AGAIN.  LET'S GO TO THE LAST

12:23PM  12     PAGE, 7, AND WE'LL WORK OUR WAY BACK QUICKLY.

12:23PM  13          DO YOU RECALL WHEN YOU LOOKED AT THIS, THIS WAS QUALITY

12:23PM  14     CONTROL DATA RELATING TO THE EDISON DEVICE?

12:23PM  15     A.   CORRECT.

12:23PM  16     Q.   OKAY.  AND DO YOU SEE ACTUALLY ON PAGE 7 -- AND YOU WERE

12:23PM  17     ASKED ABOUT THIS ON DIRECT EXAMINATION; RIGHT?

12:23PM  18     A.   CORRECT.

12:23PM  19     Q.   OKAY.  DO YOU SEE ON PAGE 7 THERE'S A REFERENCE TO

12:23PM  20     HEPATITIS C VIRUS?

12:23PM  21     A.   YES.

12:23PM  22     Q.   THE HEPATITIS C VIRUS ASSAY WAS NEVER ACTUALLY OFFERED ON

12:23PM  23     THE EDISON DEVICE; CORRECT?

12:23PM  24     A.   NO.  I BELIEVE WE DID RUN IT FOR A PATIENT.  YES, WE DID.

12:23PM  25     Q.   YOU THINK YOU RAN IT ON ONE PATIENT?

12:23PM  1      A.   YES.

12:23PM  2      Q.   AND DID YOU VALIDATE IT FOR THAT PURPOSE?

12:23PM  3      A.   YES.

12:23PM  4      Q.   OKAY.  I HAVEN'T SEEN A VALIDATION REPORT FOR THAT, BUT

12:23PM  5      YOU THINK ON ONE OCCASION YOU VALIDATED IT FOR ONE PATIENT?

12:23PM  6      A.   YES.

12:23PM  7      Q.   APART FROM THAT ONE PATIENT, DO YOU RECALL EVER RUNNING

12:24PM  8      IT?

12:24PM  9      A.   NO.

12:24PM  10     Q.   OKAY.  WHEN YOU VALIDATED IT FOR THAT ONE PATIENT, WERE

12:24PM  11     YOU COMFORTABLE THAT IT WAS SAFE, ACCURATE, AND RELIABLE FOR

12:24PM  12     USE?

12:24PM  13     A.   YES.  I WAS CALLED ON THE WEEKEND TO QUICKLY GO THROUGH

12:24PM  14     THE VALIDATION.

12:24PM  15     Q.   WAS THAT SOME SORT OF AN EMERGENCY PROTOCOL?

12:24PM  16     A.   YES.

12:24PM  17     Q.   AND YOU WERE COMFORTABLE THAT THE ASSAY MET ALL OF THE

12:24PM  18     REQUIREMENTS AT THAT TIME?

12:24PM  19     A.   YES.

12:24PM  20     Q.   OKAY.  GENERALLY THIS DOCUMENT REFERS TO QC DATA FOR

12:24PM  21     VARIOUS EDISON ASSAYS; RIGHT?

12:24PM  22     A.   YES.

12:24PM  23     Q.   AND, IN FACT, IF WE GO TO PAGE 6 OF THE EXHIBIT, AT THE

12:24PM  24     BOTTOM YOU SEE THE EMAILS AND IT SAYS QC FOR EDISON ASSAYS;

12:24PM  25     RIGHT?

12:24PM 1    A.   YES.

12:24PM 2    Q.   AND THERE'S A NUMBER OF CHARTS.  IF WE GO TO PAGE 5,

12:24PM 3    RIGHT?

12:24PM 4         DO YOU SEE THIS?

12:24PM 5    A.   YES.

12:24PM 6    Q.   AND THIS WAS THE DATA THAT YOU WERE SHOWN WHICH WAS THIS

12:24PM 7    SNAPSHOT IN TIME RIGHT HERE.

12:24PM 8         DO YOU RECALL THAT?

12:24PM 9    A.   YES.

12:24PM 10   Q.   AND AS YOU WORK YOUR WAY FORWARD, PAGE 4, THERE'S MORE

12:25PM 11   DATA; RIGHT?  AND YOU'RE DOING MORE ANALYSIS?

12:25PM 12   A.   YES.

12:25PM 13   Q.   AND YOU OFFER -- DO YOU RECALL OFFERING TESTIMONY ABOUT

12:25PM 14   THIS DOCUMENT ON DIRECT EXAMINATION?

12:25PM 15   A.   YES.

12:25PM 16   Q.   AND THIS BEING A SOURCE OF CONCERN?

12:25PM 17   A.   YES.

12:25PM 18   Q.   AND IF WE CAN GO BACK TO THE DEMONSTRATIVE.

12:25PM 19        NOW, THE CONCERNS WEREN'T SUFFICIENTLY SIGNIFICANT THAT IT

12:25PM 20   PROMPTED YOU TO STOP OFFERING THE VALIDATION REPORTS; CORRECT?

12:25PM 21   A.   CORRECT.

12:25PM 22   Q.   AND THE CONCERNS WEREN'T PARTICULARLY SIGNIFICANT THAT YOU

12:25PM 23   PULLED THESE ASSAYS FROM USE WITHIN THE CLIA LAB?

12:25PM 24   A.   SO WHEN I SIGNED THE VALIDATION REPORT, I DON'T KNOW WHAT

12:25PM 25   THE QC IS GOING TO LOOK LIKE BECAUSE IT HASN'T BEEN RUN YET.

12:25PM   1    Q.   NO, I UNDERSTAND THAT.

12:25PM   2         BUT WHAT I'M SAYING IS THAT YOU HAD SOME QC DATA WITH

12:25PM   3    RESPECT TO ASSAYS THAT WERE PREVIOUSLY IN OPERATION; RIGHT?

12:26PM   4    A.   OTHER ASSAYS, YES.

12:26PM   5    Q.   YEAH, ON THAT DEVICE; RIGHT?

12:26PM   6    A.   YES, YES.

12:26PM   7    Q.   AND THERE WAS NOTHING ABOUT THAT QC DATA THAT GAVE YOU

12:26PM   8    CONCERN THAT PROMPTED YOU TO NOT SIGN THAT ASSAY VALIDATION

12:26PM   9    REPORT ON MARCH 19TH; CORRECT?

12:26PM  10    A.   A DIFFERENT ASSAY.

12:26PM  11    Q.   A DIFFERENT ASSAY; RIGHT?

12:26PM  12    A.   YES.

12:26PM  13    Q.   AND THERE WAS NOTHING ABOUT THE EDISON DEVICE THAT

12:26PM  14    PROMPTED YOU NOT TO SIGN THAT VALIDATION REPORT; RIGHT?

12:26PM  15    A.   CORRECT.

12:26PM  16    Q.   OKAY.  LET'S GO TO 1772 AND LOOK AT THE HEADER ON THE TOP.

12:26PM  17    BLOW UP THE HEADER.

12:26PM  18         DO YOU SEE THIS IS AN EMAIL FROM JUNE 12TH, 2014?

12:26PM  19    A.   YES.

12:26PM  20    Q.   AND DO YOU SEE THAT?  AND LET'S GO TO THE SECOND PAGE.

12:27PM  21         DO YOU RECALL THAT THIS IS SOME QC DATA THAT YOU WERE

12:27PM  22    SHOWN ON DIRECT EXAMINATION?

12:27PM  23    A.   YES.

12:27PM  24    Q.   AND DO YOU RECALL TALKING ABOUT CONCERNS RELATING TO THIS?

12:27PM  25    A.   YES.

12:27PM  1    Q.   COULD WE GO TO THE DEMONSTRATIVE.

12:27PM  2         THERE WAS NOTHING ABOUT THESE CONCERNS OF JUNE OF 2014

12:27PM  3    THAT PREVENTED YOU FROM SIGNING ASSAY VALIDATION REPORTS FOR

12:27PM  4    THE EDISON IN AUGUST AND SEPTEMBER; CORRECT?

12:27PM  5    A.   CORRECT.

12:27PM  6    Q.   I'M DONE WITH THIS DEMONSTRATIVE.

12:28PM  7         IS IT FAIR TO SAY, SIR, THAT QUALITY CONTROL FAILURES

12:28PM  8    HAPPEN SOMETIMES WITHIN CLIA LABS; RIGHT?

12:28PM  9    A.   YES.

12:28PM  10   Q.   AND I BELIEVE YOU MENTIONED TO THE GOVERNMENT IN ONE OF

12:28PM  11   YOUR INTERVIEWS THAT AT UPMC, IN YOUR EXPERIENCE, THERE WAS A

12:28PM  12   PREDICATE DEVICE THAT WAS 10 PERCENT OR LOWER; RIGHT?

12:28PM  13   A.   YES.

12:28PM  14   Q.   AND I THINK WE'VE ESTABLISHED YOU HAD A WHOLE TEAM WHO WAS

12:28PM  15   SET UP TO REVIEW AND TRACK THIS; RIGHT?

12:28PM  16   A.   I'M SORRY.  COULD YOU REPEAT THE QUESTION?

12:28PM  17   Q.   SURE.  YOU HAD MR. GEE WHO WAS SIGNED UP AND RESPONSIBLE

12:28PM  18   FOR THIS; RIGHT?

12:28PM  19   A.   YES.

12:28PM  20   Q.   AND THEN I THINK YOU TESTIFIED THAT THE PEOPLE WHO

12:28PM  21   OPERATED THE MACHINES NEEDED TO KNOW HOW TO PERFORM QC AS WELL

12:28PM  22   AND GET THAT DATA TO MR. GEE; RIGHT?

12:28PM  23   A.   YES.

12:29PM  24   Q.   AND THEN HE WOULD HAVE TO COMPILE THAT DATA AND PROVIDE IT

12:29PM  25   TO YOU AND OTHERS; RIGHT?

12:29PM    1    A.    YES.

12:29PM    2    Q.    AND YOU HAD REGULAR MEETINGS WITH MR. GEE TO MONITOR THIS;

12:29PM    3    CORRECT?

12:29PM    4    A.    YES.

12:29PM    5    Q.    I'D LIKE TO -- I'D LIKE YOU TO LOOK AT EXHIBIT 13809.

12:29PM    6          DO YOU HAVE THAT IN FRONT OF YOU?

12:29PM    7    A.    NOT YET.

12:29PM    8    Q.    OKAY.  I'LL GIVE YOU A MINUTE, DOCTOR.

12:29PM    9    A.    13809.  WHAT ARE WE REFERRING TO?  ARE WE DONE WITH THE

12:29PM   10    GOVERNMENT BINDER?

12:29PM   11    Q.    YEAH.  MY APOLOGIES.  WE'RE BACK TO THE BLACK BINDER,

12:30PM   12    VOLUME 2 IN YOUR LIBRARY.

12:30PM   13    A.    13809?

12:30PM   14    Q.    CORRECT.

12:30PM   15    A.    OKAY.

12:30PM   16    Q.    DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?

12:30PM   17    A.    YES.

12:30PM   18    Q.    AND THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS

12:30PM   19    PREPARED BY LANGLY GEE.

12:30PM   20          DO YOU RECALL?

12:30PM   21    A.    I'M READING IT NOW.

12:30PM   22          I DON'T RECALL THE PRESENTATION.

12:30PM   23    Q.    YEAH.  YOU WERE CALLED -- YOU HAD REGULAR QUALITY SYSTEMS

12:30PM   24    MEETINGS WITHIN THE LAB FUNCTION?

12:30PM   25    A.    I MET WITH LANGLY ONCE A MONTH.

12:31PM  1    Q.   AND THAT YOU WOULD DIRECT HIM TO PREPARE SUMMARY DATA AND

12:31PM  2    INFORMATION?

12:31PM  3    A.   YES.

12:31PM  4    Q.   WITH RESPECT TO THAT?

12:31PM  5    A.   YES.

12:31PM  6    Q.   DO YOU RECALL THAT?

12:31PM  7    A.   YES.

12:31PM  8    Q.   AND THAT WAS PART OF YOUR ENSURING THAT YOU WERE

12:31PM  9    DISPATCHING YOUR RESPONSIBILITIES AS LAB DIRECTOR; RIGHT?

12:31PM  10   A.   YES.

12:31PM  11   Q.   AND ONE OF THE WAYS HE DISPATCHED HIS RESPONSIBILITIES WAS

12:31PM  12   TO COMPILE THAT INFORMATION AND TO PROVIDE IT TO YOU AND

12:31PM  13   PRESENT IT TO YOU; RIGHT?

12:31PM  14   A.   CORRECT.

12:31PM  15   Q.   TAKE A MINUTE AND LOOK AT THIS DOCUMENT.

12:31PM  16        MY QUESTION FOR YOU, THIS IS ONE OF THOSE PRESENTATIONS

12:31PM  17   WHERE HE DID THAT; CORRECT?

12:31PM  18   A.   THIS IS A QUALITY SYSTEMS PRESENTATION THAT WAS PRESENTED

12:31PM  19   TO THE CLS GROUP AND PERHAPS OTHERS, AND IT'S DIFFERENT FROM

12:31PM  20   THE MONTHLY QC MEETINGS I HAD WITH LANGLY.

12:31PM  21   Q.   OKAY.  SO THIS IS A BROADLY PRESENTED WITHIN THE COMPANY?

12:32PM  22   A.   YES.

12:32PM  23           MR. WADE:  MOVE TO ADMIT EXHIBIT 13809.

12:32PM  24           MR. BOSTIC:  NO OBJECTION.

12:32PM  25           THE COURT:  IT'S ADMITTED AND MAY BE PRESENTED.

12:32PM   1            (DEFENDANT'S EXHIBIT 13809 WAS RECEIVED IN EVIDENCE.)

12:32PM   2   BY MR. WADE:

12:32PM   3   Q.   AND GIVE US A SENSE WHO MIGHT BE IN THE ROOM FOR THIS

12:32PM   4   PRESENTATION.

12:32PM   5   A.   I DO NOT RECALL.

12:32PM   6   Q.   AND WERE THESE QUARTERLY MEETINGS?

12:32PM   7   A.   WELL, THIS ONE SAYS Q1/Q2.  SO IT LOOKS LIKE THERE ARE TWO

12:32PM   8   QUARTERS WRAPPED UP IN THIS REVIEW.  THEY'RE SUPPOSED TO BE

12:32PM   9   QUARTERLY.

12:32PM  10   Q.   AND THAT'S WHAT YOU REQUESTED?

12:32PM  11   A.   YES.

12:32PM  12   Q.   ACTUALLY, I THINK IT LOOKS KIND OF LIKE Q3 IN THERE

12:32PM  13   BECAUSE YOU WERE IN Q3 BY THIS POINT; RIGHT?

12:32PM  14   A.   CORRECT.

12:32PM  15   Q.   RIGHT.  JULY IS WITHIN THE THIRD QUARTER?

12:32PM  16   A.   CORRECT, CORRECT.

12:32PM  17   Q.   AND IF WE CAN GO TO PAGE 2.

12:32PM  18        THIS IS AN AGENDA.  AND WAS THIS A MEETING WHERE MR. GEE

12:33PM  19   WAS PRESENTING?

12:33PM  20   A.   YES.

12:33PM  21   Q.   AND HE WOULD PRESENT A SLIDE DECK AND WALK PEOPLE THROUGH

12:33PM  22   THIS DATA?

12:33PM  23   A.   YES.

12:33PM  24   Q.   AND LET'S WALK THROUGH SOME OF THIS.  THE THIRD PAGE IS

12:33PM  25   THE MISSION AND CORE STATEMENT.

12:33PM   1           AND DO YOU SEE ON THE BOTTOM THE CORE VALUES THERE?

12:33PM   2   A.   YES.

12:33PM   3   Q.   AND WAS THIS SOMETHING THAT YOU DIRECTED AS THE LAB

12:33PM   4   DIRECTOR?  WAS THIS PART OF YOUR GOALS AND ASPIRATIONS FOR THE

12:33PM   5   ORGANIZATION?

12:33PM   6   A.   I SUPPORTED THE STATED VALUE, OR THE STATED GOAL.  I

12:33PM   7   DIDN'T WRITE THE STATEMENT.

12:33PM   8   Q.   OKAY.  IF WE CAN GO TO THE NEXT PAGE.

12:33PM   9           IN THIS SLIDE, THIS WALKS THROUGH THE THERANOS LABORATORY

12:33PM  10   LICENSES?

12:33PM  11   A.   YES.

12:33PM  12   Q.   AND DOES THIS ACCURATELY, TO THE BEST OF YOUR

12:33PM  13   RECOLLECTION, REFLECT THE STATE OF THE LICENSES OF THE CLIA LAB

12:33PM  14   AT THAT TIME?

12:33PM  15   A.   I HONESTLY RELIED ON LANGLY TO KEEP TRACK OF THE LICENSES

12:34PM  16   AND I DON'T RECALL THE TIMELINE AS I SIT HERE TODAY.

12:34PM  17   Q.   AND DO YOU HAVE ANY REASON TO QUESTION THE ACCURACY OF THE

12:34PM  18   INFORMATION THAT WAS PRESENTED?

12:34PM  19   A.   NO.

12:34PM  20   Q.   OKAY.  LET'S GO TO THE NEXT PAGE.

12:34PM  21           THIS, THIS SLIDE SETS FORTH THE SAMPLE COUNTS AND IT

12:34PM  22   COMPARES IT TO WHAT THE FORECAST WAS.

12:34PM  23           DO YOU SEE THAT?

12:34PM  24   A.   YES.

12:34PM  25   Q.   AND SO ONE OF THE THINGS -- AND WE TALKED ABOUT HOW THERE

12:34PM   1    WAS AN INCREASE IN VOLUME OVER TIME; RIGHT?

12:34PM   2    A.   CORRECT.

12:34PM   3    Q.   AND ONE OF THE THINGS YOU WERE WORKING TO DO IS SORT OF

12:34PM   4    RAMP UP THE OPERATIONS; RIGHT?

12:34PM   5    A.   YES.

12:34PM   6    Q.   AND THERE WAS PROJECTED GROWTH?

12:34PM   7    A.   YES.

12:34PM   8    Q.   AND YOU WERE SORT OF SEEING HOW YOU WERE DOING WITH THE

12:34PM   9    PROJECTED GROWTH?

12:34PM  10    A.   YES.

12:34PM  11    Q.   AND SO IN Q4 OF 2013, THIS WOULD BE THE SAMPLE VOLUME WAS

12:35PM  12    254 SAMPLES?

12:35PM  13    A.   CORRECT.

12:35PM  14    Q.   AND THAT'S MAYBE NOT SURPRISING BECAUSE THE -- I THINK WE

12:35PM  15    SAID THAT THE GENERAL PUBLIC LAUNCH WAS EARLY NOVEMBER.

12:35PM  16         DO YOU RECALL THAT?

12:35PM  17    A.   CORRECT.

12:35PM  18    Q.   OKAY.  AND YOU SEE Q1 IT ACTUALLY GOES UP A LITTLE BIT.

12:35PM  19    IT GOES UP TO 663; IS THAT RIGHT?

12:35PM  20    A.   YES.

12:35PM  21    Q.   AND THAT'S THE TOTAL SAMPLE VOLUME FOR ALL ASSAYS WITHIN

12:35PM  22    THE CLIA LAB?

12:35PM  23    A.   IT LOOKS LIKE THAT.  I DON'T THINK THEY'RE BREAKING IT OUT

12:35PM  24    WITH VACUTAINERS AND CTN'S.

12:35PM  25    Q.   OKAY.  LET'S GO ON AND SEE WHAT OTHER DATA WE SEE.

12:35PM   1              THIS IS THE WALGREENS/THERANOS SAMPLES BY STORE.

12:35PM   2              DO YOU SEE THAT?

12:35PM   3       A.    YES.

12:35PM   4       Q.    AND IF WE LOOK IN THE LEFT-HAND COLUMN, DO YOU SEE THAT IT

12:35PM   5       SAYS THERE WERE 10 SAMPLES IN OCTOBER OF 2013?

12:35PM   6       A.    YES.

12:35PM   7       Q.    AND THEN IT RAMPS UP A LITTLE BIT IN NOVEMBER; RIGHT?

12:36PM   8       A.    YES.

12:36PM   9       Q.    AND AT THAT POINT THERE ARE THREE DIFFERENT LOCATIONS IN

12:36PM  10       NOVEMBER.

12:36PM  11              DO YOU SEE THAT?

12:36PM  12       A.    YES.

12:36PM  13       Q.    AND THEN IT, IT GOES UP A LITTLE BIT MORE IN DECEMBER;

12:36PM  14       RIGHT?

12:36PM  15       A.    YES.

12:36PM  16       Q.    AND THERE'S A FOURTH LOCATION ADDED, IT LOOKS LIKE, BUT

12:36PM  17       MAYBE ONLY ONE SAMPLE WAS DONE THERE FOR A WHILE.  IT LOOKS

12:36PM  18       LIKE MAYBE THAT WAS A SOFT LAUNCH OR SOMETHING.

12:36PM  19       A.    1601 WAS THE ACTUAL THERANOS BUILDING, YEAH.

12:36PM  20       Q.    AND SO YOU BEGAN TRACKING THE SAMPLES THAT WERE BEING RUN

12:36PM  21       WITHIN THE BUILDING?

12:36PM  22       A.    NO, BUT THAT'S ACTUALLY A SAMPLE THAT WAS COLLECTED IN THE

12:36PM  23       BUILDING.

12:36PM  24       Q.    OH, OKAY.  THAT WAS COLLECTED IN THE BUILDING?

12:36PM  25       A.    YEAH.

12:36PM  1   Q.   OKAY.  AND THEN WE SEE SORT OF THE BREAKOUT THERE BY

12:36PM  2   STORE; RIGHT?

12:36PM  3   A.   CORRECT.

12:36PM  4   Q.   THE NEXT PAGE SHOWS AVERAGE PATIENT WAITING TIME.

12:37PM  5        DO YOU SEE THAT?

12:37PM  6   A.   YES.

12:37PM  7   Q.   AND THAT'S IN HOURS I THINK.  AND THAT WAS DATA THAT WAS

12:37PM  8   BEING TRACKED BY THE COMPANY AS WELL; RIGHT?

12:37PM  9   A.   CORRECT.

12:37PM  10  Q.   BECAUSE THAT WOULD AFFECT THE DIFFERENT PROCEDURES YOU

12:37PM  11  MIGHT HAVE TO HAVE IN PLACE DEPENDING ON HOW FREQUENTLY THE

12:37PM  12  CUSTOMERS WERE COMING THROUGH; RIGHT?

12:37PM  13  A.   I DON'T UNDERSTAND YOUR COMMENT.

12:37PM  14  Q.   OKAY.  WELL, LET'S SAY THAT IT SPIKED UP TO THAT THEY WERE

12:37PM  15  WAITING FOR OVER AN HOUR OR SOMETHING.  YOU MIGHT HAVE TO PUT

12:37PM  16  MORE RESOURCES IN A LOCATION; RIGHT?

12:37PM  17  A.   YES.

12:37PM  18  Q.   LET'S GO TO A NEXT LINE.

12:37PM  19  A.   BUT THOSE KIND OF OPERATIONAL DECISIONS WERE NOT MINE TO

12:37PM  20  MAKE.

12:37PM  21  Q.   I UNDERSTAND.  YOU'RE JUST BEING PRESENTED WITH DATA TO

12:37PM  22  GIVE YOU A PICTURE OF WHAT IS HAPPENING; RIGHT?

12:37PM  23  A.   CORRECT.

12:37PM  24  Q.   AND, AND YOU SEE THIS SLIDE, WHICH IS BATES LABEL ENDING

12:38PM  25  515.  IT SAYS REDRAWS BY STORE LOCATION.

ROSENDORFF CROSS BY MR. WADE (RES.)                          2235

12:38PM   1          DO YOU SEE THAT?

12:38PM   2     A.   YES.

12:38PM   3     Q.   AND THE NUMBERS HERE -- THIS IS THE BEST COPY I HAD, SO I

12:38PM   4     APOLOGIZE FOR THE QUALITY OF THE COPY, BUT YOU SEE THE -- YOU

12:38PM   5     CAN SEE ON THE SIDE THAT IT SHOWS HOW MANY THERE ARE, YOU KNOW,

12:38PM   6     IN THAT LEFT-HAND COLUMN?

12:38PM   7     A.   YES.

12:38PM   8     Q.   AND ACCORDING TO MY COUNT WITH MY MICROSCOPE, I COUNTED

12:38PM   9     ABOUT 26 TOTAL REDRAWS IN THE FIRST QUARTER.

12:38PM  10          DOES THAT SEEM AT LEAST ABOUT RIGHT?

12:38PM  11     A.   SO ARE YOU ASKING ME IF THIS DATA IS ACCURATE?

12:38PM  12     Q.   NO.  I'M ASKING YOU IF THAT'S WHAT IT DEPICTS?

12:38PM  13     A.   YES, THAT'S WHAT IT DEPICTS.

12:38PM  14     Q.   IN TERMS OF THE REDRAWS THAT MR. GEE TRACKED AS PART OF

12:39PM  15     HIS QUALITY ASSURANCE PROGRAM?

12:39PM  16     A.   YES, THAT'S WHAT THIS DEPICTS.

12:39PM  17     Q.   OKAY.  AND I THINK WE SAW THERE WERE 663 SAMPLES IN

12:39PM  18     QUARTER 1.

12:39PM  19     A.   CORRECT.

12:39PM  20     Q.   AND IF WE CAN GO TO THE NEXT SLIDE, THIS TRACKS OUT VERY

12:39PM  21     SPECIFICALLY THE REASONS FOR THE REDRAWS.

12:39PM  22          DO YOU SEE THIS?

12:39PM  23     A.   YES.

12:39PM  24     Q.   AND THIS IS NOW IN JUNE OF 2014; RIGHT?

12:39PM  25     A.   YES.

12:39PM   1    Q.   AND THE VOLUME WAS GOING UP A LITTLE BIT; CORRECT?

12:39PM   2    A.   YES.

12:39PM   3    Q.   AND SO ONE OF THE THINGS THAT YOU WANT TO DO AS PART OF

12:39PM   4    YOUR QUALITY ASSURANCE PROGRAM IS THAT YOU WANTED TO TRACK THE

12:39PM   5    REASONS THAT THERE ARE REDRAWS SO YOU CAN MAKE IMPROVEMENTS AND

12:39PM   6    TRY TO AVOID THOSE IN THE FUTURE; RIGHT?

12:39PM   7    A.   YES.

12:39PM   8    Q.   OKAY.  IF WE CAN GO TO THE NEXT ONE.

12:39PM   9         WE'VE TALKED A LITTLE BIT ABOUT TRAINING, AND I THINK

12:40PM  10    YOU'VE EMPHASIZED HOW IMPORTANT IT IS TO HAVE TRAINING; RIGHT?

12:40PM  11    A.   CORRECT.

12:40PM  12    Q.   AND THIS IS JUST -- THIS DEPICTS THE TRAINING THAT WAS

12:40PM  13    PERFORMED BY VARIOUS PERSONNEL WITHIN THE CLIA LAB; IS THAT

12:40PM  14    RIGHT?

12:40PM  15    A.   CORRECT.

12:40PM  16    Q.   AND THAT WAS ONE OF MR. GEE'S RESPONSIBILITIES TO TRACK

12:40PM  17    THAT?

12:40PM  18    A.   YES.

12:40PM  19    Q.   OKAY.

12:40PM  20    A.   THIS DEPICTS THE TRAINING AS OF Q1 THE WAY I READ THIS.

12:40PM  21    Q.   RIGHT.

12:40PM  22    A.   THIS SAYS Q1 IN PARENTHESIS, YEAH.

12:40PM  23    Q.   FAIR POINT.  IT SAYS CLIA TRAINING, AND IN PARENTHESIS IT

12:40PM  24    SAYS Q1?

12:40PM  25    A.   CORRECT.

12:40PM   1    Q.   AND SO IT'S FAIR TO ASSUME IT IS Q1?

12:40PM   2    A.   YES.

12:40PM   3    Q.   AND IS IT FAIR TO SAY THAT TRAINING WAS ONGOING?

12:40PM   4    A.   YES.

12:40PM   5    Q.   AND PARTICULARLY AS NEW PERSONNEL CAME IN?

12:40PM   6    A.   WELL, IF THERE IS A NEW METHOD BEING IMPLEMENTED IN THE

12:40PM   7    LAB, YOU NEED TO HAVE TRAINING ON THAT METHOD.

12:40PM   8         IF IT WAS NEW PERSONNEL, THEY WERE GOING TO NEED TO BE

12:40PM   9    TRAINED ON ALL OF THE METHODS.

12:40PM  10    Q.   I UNDERSTAND.  AND THAT'S PART OF THE REASON THAT YOU HAVE

12:40PM  11    THE DIFFERENT PROTOCOLS; RIGHT?

12:41PM  12    A.   YES, THAT'S TRAINING DOCUMENTS, CORRECT.

12:41PM  13    Q.   LET'S GO TO THE NEXT PAGE.

12:41PM  14         AND THIS DOCUMENT TALKS ABOUT PROCESS IMPROVEMENTS; RIGHT?

12:41PM  15    A.   YES.

12:41PM  16    Q.   BECAUSE THERE WERE GOALS TO CONTINUOUSLY IMPROVE; RIGHT?

12:41PM  17    A.   YES.

12:41PM  18    Q.   AND DO YOU SEE UP TOP THERE IT SAYS THE IMPROVEMENTS TO

12:41PM  19    THE LIS; RIGHT?

12:41PM  20    A.   YES.

12:41PM  21    Q.   AND THAT'S THE DATABASE SYSTEM THAT TRACKS ALL OF THE

12:41PM  22    IMPORTANT DATA WITHIN THE LAB?

12:41PM  23    A.   YES.

12:41PM  24    Q.   AND GIVES YOU ALL OF THOSE DETAILS THAT WE WERE TALKING

12:41PM  25    ABOUT BEFORE?

12:41PM  1    A.   YES.

12:41PM  2    Q.   OKAY.  AND IT NOTES INCREASED STAFF BY 12 EMPLOYEES.

12:41PM  3         DO YOU RECALL THAT?

12:41PM  4    A.   I DO NOT RECALL THAT WE INCREASED STAFF BY 12 EMPLOYEES IN

12:41PM  5    Q1/Q2.

12:41PM  6    Q.   WELL, WE HAVE SOME ORG CHARTS A LITTLE LATER IN THE

12:41PM  7    PRESENTATION AND WE'LL GET THROUGH THOSE AS WE WALK THROUGH AND

12:41PM  8    MAYBE IT WILL REFRESH YOUR RECOLLECTION.  OKAY?

12:41PM  9    A.   YES.

12:41PM  10   Q.   AND DO YOU SEE WHERE IT SAYS EDISON LEVEY-JENNINGS CHARTS

12:41PM  11   CREATED BY KARTHIK?

12:42PM  12   A.   YEAH.

12:42PM  13   Q.   AND KARTHIK WAS A STATISTICIAN THAT WORKED UNDER

12:42PM  14   DR. YOUNG?

12:42PM  15   A.   UM, KARTHIK -- YOU KNOW, KARTHIK WAS A SMART GUY.  I DO

12:42PM  16   NOT KNOW HIS JOB DESCRIPTION WITHIN THE COMPANY.

12:42PM  17   Q.   WAS HE A GUY WHO CRUNCHED A LOT OF NUMBERS?

12:42PM  18   A.   I DON'T RECALL.

12:42PM  19   Q.   OKAY.  BUT YOU SEE THERE THERE'S AN INDICATION THAT HE'S

12:42PM  20   THE ONE WHO CREATED LEVEY-JENNINGS CHARTS; RIGHT?

12:42PM  21   A.   YES.

12:42PM  22   Q.   AND THOSE ARE THE QC CHARTS THAT WE TALKED ABOUT THAT YOU

12:42PM  23   REVIEWED THE WESTGARD RULES UNDER; RIGHT?

12:42PM  24   A.   I REVIEWED WITH LANGLY GEE ONCE A MONTH THE AVERAGE

12:42PM  25   FAILURE RATES ON THE EDISON MACHINES THAT WERE IN OPERATION.  I

12:42PM   1    WROTE AN SOP INSTRUCTING THE LAB REGARDING WESTGARD RULES AND

12:42PM   2    LEVEY-JENNINGS PLOTS.

12:43PM   3         I DID NOT REVIEW THE -- I DON'T RECALL THAT I REVIEWED THE

12:43PM   4    LEVEY-JENNINGS DATA WITH LANGLY EVERY MONTH.

12:43PM   5    Q.   OKAY.  BUT YOU WOULD HAVE EXPECTED THAT MR. GEE WOULD DO

12:43PM   6    THAT ON A REGULAR BASIS?

12:43PM   7    A.   YES.

12:43PM   8    Q.   AND YOU WOULD HAVE RELIED UPON HIM FOR THAT?

12:43PM   9    A.   YES.

12:43PM  10    Q.   AND IF HE HAD AN ISSUE, HE WOULD RAISE IT WITH YOU?

12:43PM  11    A.   YES.

12:43PM  12    Q.   OKAY.  AND DO YOU SEE THERE AT THE END IT SAYS TRANSFERRED

12:43PM  13    FOUR ASSAYS TO NORMANDY.

12:43PM  14         DO YOU SEE THAT?

12:43PM  15    A.   YES.

12:43PM  16    Q.   AND FOR A TOTAL OF EIGHT AT THIS TIME; RIGHT?

12:43PM  17    A.   YES.

12:43PM  18    Q.   LET'S GO TO THE NEXT SLIDE.

12:43PM  19         OKAY.  AND HERE IS A COMPILATION OF QUALITY CONTROL DATA.

12:43PM  20         DO YOU SEE THAT?

12:43PM  21    A.   YES.

12:43PM  22    Q.   AND IT'S BROKEN OUT BY SOME DIFFERENT METHODS; RIGHT?

12:43PM  23    A.   YES.  I SEE PREDICATE AND THERANOS METHODS.

12:43PM  24    Q.   OKAY.  LET'S FOCUS ON THE -- IF WE CAN BLOW UP KIND OF THE

12:43PM  25    LEFT COLUMN.

12:44PM   1          THIS IS TOTAL; RIGHT?

12:44PM   2     A.   YES.

12:44PM   3     Q.   AND SO THIS IS ALL ENCOMPASSING IF YOU LOOK AT ALL THE

12:44PM   4     TESTS OFFERED AND ALL OF THE CONTROLS ANALYZED, RIGHT,

12:44PM   5     INCLUDING THE PREDICATE METHODS?

12:44PM   6     A.   YES.

12:44PM   7     Q.   AND THE FAILURE RATE THERE, BASED ON ALL OF THE CONTROLS,

12:44PM   8     IS .14 PERCENT.

12:44PM   9          DO YOU SEE THAT?

12:44PM   10    A.   IT LOOKS LIKE THESE ARE ALL OF THE TESTS BEING BUNDLED

12:44PM   11    INTO ONE.

12:44PM   12    Q.   ALL TESTS?

12:44PM   13    A.   YEAH.

12:44PM   14    Q.   AND SO ALL OF THE QUALITY CONTROL TESTS?

12:44PM   15    A.   YES.

12:44PM   16    Q.   OKAY.  LET'S GO BACK OUT.

12:44PM   17          MAYBE WE CAN SET THE TABLE.

12:44PM   18          SO IN THE LEFT COLUMN IT LOOKS LIKE YOU HAVE ALL TESTS,

12:44PM   19    AND THEN IN THE MIDDLE IT'S JUST PREDICATE TESTS; CORRECT?

12:44PM   20    A.   CORRECT.

12:44PM   21    Q.   AND BY PREDICATE WE MEAN THOSE BIG MACHINES AND VENOUS

12:44PM   22    DRAWS; RIGHT?

12:44PM   23    A.   CORRECT.

12:45PM   24    Q.   FDA APPROVED MACHINES?

12:45PM   25    A.   YES.

12:45PM  1    Q.   AND IN THE RIGHT-HAND COLUMN, THAT'S FOCUSSED ON THERANOS;

12:45PM  2    RIGHT?

12:45PM  3    A.   YES.

12:45PM  4    Q.   AND AT THIS TIME THERE WERE 52 ASSAYS BEING PERFORMED;

12:45PM  5    RIGHT?

12:45PM  6    A.   YES.

12:45PM  7    Q.   AND THAT WAS A COMBINATION, WE'VE TALKED ABOUT THIS AGAIN,

12:45PM  8    BUT THAT WAS A COMBINATION OF THE EDISON ASSAYS AND THE ASSAYS

12:45PM  9    THAT WERE BEING RUN ON THE, ON THE SIEMENS DEVICE WITH MODIFIED

12:45PM  10   TECHNOLOGY; CORRECT?

12:45PM  11   A.   THE QC ON THE SIEMENS DEVICE, IT WAS THE SAME QC FOR BOTH

12:45PM  12   PREDICATE AND THERANOS.

12:45PM  13   Q.   OKAY.  SO SAME QC?

12:45PM  14   A.   CORRECT.

12:45PM  15   Q.   OKAY.  AND THESE NUMBERS, THEY'RE COMBINING THOSE

12:45PM  16   TOGETHER; CORRECT?

12:45PM  17   A.   CORRECT.

12:45PM  18   Q.   AND THE TOTAL FAILURE THERE FOR ALL OF THOSE COMBINED IS

12:45PM  19   2.9 PERCENT; RIGHT?

12:45PM  20   A.   YES.

12:45PM  21   Q.   OKAY.  AND IF, IF WE LOOK UP AT THE TOP -- I'M SORRY, IN

12:46PM  22   THE MIDDLE, DO YOU SEE THE Q1 PREDICATE?

12:46PM  23   A.   YES.

12:46PM  24   Q.   AND THAT SAYS 132 ASSAYS PERFORMED?

12:46PM  25   A.   YES.

12:46PM  1    Q.   AND 8458 CONTROLS ANALYZED?

12:46PM  2    A.   THAT'S A LOT OF CONTROLS GIVEN THERE ARE ONLY 132 ASSAYS

12:46PM  3    RUN.  THAT'S A LOT OF CONTROLS.  I DON'T KNOW WHY SO MANY

12:46PM  4    CONTROLS WERE RUN.

12:46PM  5    Q.   IT WAS MR. GEE'S DATA; RIGHT?

12:46PM  6    A.   YEAH.

12:46PM  7    Q.   AND IT HAS A FAILURE RATE OF .75 PERCENT.

12:46PM  8         DO YOU SEE THAT?

12:46PM  9    A.   I'M READING THAT.

12:46PM 10    Q.   AND IF YOU GO TO THE NEXT SLIDE -- AND THIS ONE IS A

12:46PM 11    LITTLE HARD TO MAKE OUT WITH THE QUALITY OF THE COPY -- BUT

12:47PM 12    THIS BREAKS OUT THE ELISA FAILED QUALITY CONTROL.

12:47PM 13         DO YOU SEE THAT?

12:47PM 14    A.   YES.

12:47PM 15    Q.   AND THESE WOULD HAVE BEEN THE EDISON ASSAYS.

12:47PM 16    A.   CORRECT.

12:47PM 17    Q.   AND WHAT HE'S DOING HERE IS HE'S COMPILING ALL OF THE

12:47PM 18    FAILURES THAT HAPPEN ON AN ASSAY-BY-ASSAY BASIS OVER TIME;

12:47PM 19    CORRECT?

12:47PM 20    A.   IN Q1.

12:47PM 21    Q.   IN Q1.  ON THIS SLIDE IT'S FOR Q1; CORRECT?

12:47PM 22    A.   CORRECT.

12:47PM 23    Q.   AND IT'S SEVEN ASSAYS AT THIS TIME?

12:47PM 24    A.   YES.

12:47PM 25    Q.   OKAY.  SO IT HAS THE TOTAL IN THE BAR GRAPH AND THEN IT

| | | |
|---|---|---|
| 12:47PM | 1 | HAS UP AT THE TOP, IT'S HARD TO SEE IN THE COLOR, BUT IT'S -- |
| 12:47PM | 2 | WELL, YOU CAN ACTUALLY SEE IT A LITTLE BETTER ON THE SCREEN -- |
| 12:47PM | 3 | FAILED HIGH AND FAILED LOW. |
| 12:47PM | 4 | DO YOU SEE THAT? |
| 12:47PM | 5 | A.   YES. |
| 12:47PM | 6 | Q.   AND THIS WOULD HAVE BEEN THE COMPILED DATA.  WE TALKED |
| 12:48PM | 7 | ABOUT HOW WE WOULD COMPILE SOME DATA OVER TIME? |
| 12:48PM | 8 | A.   YES. |
| 12:48PM | 9 | Q.   AND YOU WOULD LOOK AT IT. |
| 12:48PM | 10 | THIS WAS THE COMPILED DATA? |
| 12:48PM | 11 | A.   THIS IS NOT THE DATA THAT LANGLY WOULD BE PRESENTING TO ME |
| 12:48PM | 12 | DURING OUR MONTHLY MEETINGS. |
| 12:48PM | 13 | Q.   OKAY.  YOU WOULD HAVE OTHER DATA FOR THAT? |
| 12:48PM | 14 | A.   YES. |
| 12:48PM | 15 | Q.   AND WOULD THAT MAYBE INCLUDE SOMETIMES LEVEY-JENNINGS |
| 12:48PM | 16 | CHARTS, TOO? |
| 12:48PM | 17 | A.   NO. |
| 12:48PM | 18 | Q.   AND JUST MAYBE MORE SUMMARY DATA? |
| 12:48PM | 19 | A.   IT WOULD BE THE ASSAYS AND THE PERCENT FAILURE RATES FOR |
| 12:48PM | 20 | THE ASSAYS. |
| 12:48PM | 21 | Q.   OKAY. |
| 12:48PM | 22 | A.   THAT WAS BASICALLY IT.  THAT'S WHAT I RECALL AT LEAST. |
| 12:48PM | 23 | Q.   AND SO THE MATH WOULD BE PERFORMED ESSENTIALLY.  YOU WOULD |
| 12:48PM | 24 | HAVE -- |
| 12:48PM | 25 | A.   YES. |

12:48PM  1    Q.    IT WOULDN'T BE DEPICTED THIS WAY?

12:48PM  2    A.    NO, IT WOULD NOT.

12:48PM  3    Q.    BUT FOR THIS PARTICULAR PRESENTATION, HE DEPICTS IT THIS

12:48PM  4    WAY SO YOU CAN SEE IT?

12:48PM  5    A.    YES.

12:48PM  6    Q.    AND THERE WAS NOTHING ABOUT THIS DATA PRESENTATION THAT

12:48PM  7    PROMPTED YOU TO TAKE DOWN ANY OF THE EDISON ELISA ASSAYS?

12:48PM  8    A.    NO.

12:48PM  9    Q.    OKAY.  LET'S GO TO THE NEXT PAGE.

12:48PM 10         HERE'S A -- THIS IS Q3 EDISON QUALITY CONTROL; RIGHT?

12:49PM 11    A.    SOMETHING IS NOT SQUARING OUT BECAUSE WHEN I LOOK AT THE

12:49PM 12    PERCENT CONTROL FAILURES IN THE TABLE THAT I REVIEWED WITH THE

12:49PM 13    GOVERNMENT AND I LOOK AT THESE BAR GRAPHS, THEY APPEAR TO BE

12:49PM 14    SHOWING -- THEY'RE VERY DIFFERENT.  THE PERCENTAGE GIVES YOU

12:49PM 15    FAILURE RATES THAT APPEAR TO BE MUCH LOWER IN THESE BAR CHARTS

12:49PM 16    THAN IN THE TABLE THAT I REVIEWED WITH THE GOVERNMENT

12:49PM 17    YESTERDAY.

12:49PM 18    Q.    WELL, AS WITH ANY DATA, IT MAY DEPEND UPON THE POINT AT

12:49PM 19    WHICH YOU LOOK AT THE DATA; RIGHT?  IS THAT FAIR WITH DATA?

12:49PM 20    A.    YES, I JUST REVIEWED ONE MONTH.

12:49PM 21    Q.    AND SO WHEN YOU'RE -- DO YOU RECALL WHEN WE WERE LOOKING

12:49PM 22    AT THE VALIDATION REPORT, WE WERE LOOKING AT THE RESULTS AND

12:49PM 23    THERE WAS ONE THAT WAS HIGH, AND THERE WAS ONE THAT WAS LOW,

12:49PM 24    AND THERE WERE ONES THAT WERE KIND OF IN BETWEEN THE AVERAGE

12:49PM 25    AMOUNT, AND THAT'S WHAT IT GETS TO; RIGHT?

12:49PM  1    A.    YES.

12:49PM  2    Q.    AND AT DIFFERENT POINTS IN TIME THERE COULD BE DIFFERENT

12:50PM  3    FAILURE RATES; RIGHT?

12:50PM  4    A.    YES.

12:50PM  5    Q.    AND THAT WOULD BE FOR A VARIETY OF REASONS.  FOR EXAMPLE,

12:50PM  6    THIS IS IN Q3; RIGHT?

12:50PM  7    A.    YES.

12:50PM  8    Q.    AND AT THAT POINT THE LAB HAD BEEN UP AND RUNNING FOR A

12:50PM  9    WHILE; RIGHT?

12:50PM  10   A.    YES.

12:50PM  11   Q.    AND MAYBE PEOPLE WERE TRAINED BETTER; RIGHT?

12:50PM  12   A.    IT'S POSSIBLE.

12:50PM  13   Q.    MAYBE THERE WERE SOME ISSUES WITH REAGENTS, THOSE HAVE

12:50PM  14   BEEN IRONED OUT; RIGHT?

12:50PM  15   A.    YES.

12:50PM  16   Q.    BECAUSE YOU WERE ALWAYS TRYING TO CONTINUOUSLY IMPROVE;

12:50PM  17   RIGHT?

12:50PM  18   A.    CORRECT.

12:50PM  19   Q.    AND SO IT'S POSSIBLE THAT -- WOULDN'T YOU EXPECT, AS THE

12:50PM  20   LAB MATURED, THAT THE Q3 -- THAT THE FAILURE RATE WOULD GET

12:50PM  21   BETTER OR --

12:50PM  22   A.    WELL, FROM MY MEETINGS WITH LANGLY, IT APPEARED THAT THE

12:50PM  23   QC FAILURE RATES REMAINED HIGH OVER A PERIOD OF MANY MONTHS.

12:50PM  24   Q.    OKAY.

12:50PM  25   A.    AND THAT'S WHY THIS DATA IS SURPRISING TO ME.

12:50PM  1    Q.   AND HE'S THE ONE WHO IS PRESENTING THE DATA; CORRECT?

12:50PM  2    A.   YES.

12:50PM  3    Q.   AND HE'S THE ONE WHO IS RESPONSIBLE FOR THE DATA; CORRECT?

12:51PM  4    A.   CORRECT.

12:51PM  5    Q.   AND LET'S GO TO THE NEXT SLIDE.

12:51PM  6         AND YOU SEE, YOU SEE THE OCCURRENCE HERE.

12:51PM  7         JUST A MINUTE AGO WE WERE ACTUALLY TALKING ABOUT

12:51PM  8    PREANALYTIC, ANALYTIC, AND POST-ANALYTIC; RIGHT?

12:51PM  9    A.   YES.

12:51PM  10   Q.   AND HERE YOU'RE TRACKING THE DIFFERENT KINDS OF ERRORS IN

12:51PM  11   THAT WAY; RIGHT?

12:51PM  12   A.   RIGHT.

12:51PM  13   Q.   AND THIS IS FOR QUARTER 1?

12:51PM  14   A.   CORRECT.

12:51PM  15   Q.   AND THERE WERE 660 TESTS, DO YOU RECALL, IN QUARTER 1?  I

12:51PM  16   THINK IT WAS ONE OF THE FIRST COUPLE OF SLIDES.

12:51PM  17   A.   663.

12:51PM  18   Q.   YES.  AND HERE THERE ARE IT LOOKS LIKE MAYBE ABOUT 11

12:51PM  19   ISSUES?

12:51PM  20   A.   CORRECT.

12:51PM  21   Q.   AND LET'S GO TO THE NEXT PAGE.  THESE OCCURRENCES ARE

12:52PM  22   QUARTER 2 AND QUARTER 3.

12:52PM  23        DO YOU SEE THAT?

12:52PM  24   A.   YES.

12:52PM  25   Q.   AND HERE AGAIN THEY'RE TRACKING PRE-ANALYTIC, ANALYTIC,

12:52PM  1     AND POST-ANALYTIC FOR EACH QUARTER; RIGHT?

12:52PM  2     A.   YES.

12:52PM  3     Q.   AND IT LOOKS LIKE IT'S UNDER --

12:52PM  4     A.   IT'S FOR Q3.  WHAT I SEE IS Q2 AND Q3, AND WHAT I SEE IS

12:52PM  5     PREANALYTIC, ANALYTIC, AND POST-ANALYTIC FOR THOSE THREE

12:52PM  6     QUARTERS.

12:52PM  7          ARE YOU WITH ME?

12:52PM  8     Q.   I AM WITH YOU.

12:52PM  9     A.   OKAY.

12:52PM  10    Q.   AND WE DON'T HAVE SAMPLE VOLUME IN THIS DECK FOR THAT, BUT

12:52PM  11    YOU RECALL GENERALLY THAT THE SAMPLE VOLUME IN QUARTER 2 AND

12:52PM  12    QUARTER 3 WAS GOING UP?

12:52PM  13    A.   CORRECT.

12:53PM  14    Q.   OKAY.  LET'S GO TO THE NEXT SLIDE.

12:53PM  15          AND THEY EVEN BREAK OUT -- MR. GEE BREAKS OUT HERE SOME OF

12:53PM  16    THE DIFFERENT TYPES OF OCCURRENCES; RIGHT?

12:53PM  17    A.   FOR Q2, CORRECT.

12:53PM  18    Q.   AND THIS ONE IS FOR Q2?

12:53PM  19    A.   YEAH.

12:53PM  20    Q.   AND DO YOU SEE HERE FOR Q2 ACTUALLY, DO YOU SEE THERE ARE

12:53PM  21    BACK ORDERS ON HCG?

12:53PM  22    A.   YES.

12:53PM  23    Q.   AND WE TALKED ABOUT THAT YESTERDAY; RIGHT?  THAT WAS ONE

12:53PM  24    OF THOSE OCCURRENCES; RIGHT?

12:53PM  25    A.   WE DISCUSSED BACK ORDERS FOR HCG?

12:53PM   1    Q.   WELL, WE DISCUSSED -- WE CAN DISCUSS IT WHEN WE NEXT GET

12:53PM   2    TOGETHER, OKAY?

12:53PM   3         DO YOU RECALL DISCUSSING HCG?

12:53PM   4    A.   WITH YOU, YEAH.

12:53PM   5    Q.   OKAY.  AND YOU SEE THE ISSUE OF THE EDISON HCG IS

12:53PM   6    IDENTIFIED THERE?

12:53PM   7    A.   YES.

12:53PM   8    Q.   AS IT SHOULD BE; RIGHT?  THAT WAS AN OCCURRENCE THAT

12:54PM   9    HAPPENED AND IT'S TRACKED?

12:54PM  10    A.   YES.

12:54PM  11    Q.   OKAY.  LET'S GO -- I THINK THERE ARE LESS THAN 15 TOTAL

12:54PM  12    IDENTIFIED HERE; RIGHT?

12:54PM  13    A.   TWELVE.

12:54PM  14    Q.   TWELVE.  AND ONE RELATES TO THE EDISON DEVICE?

12:54PM  15    A.   YES.

12:54PM  16    Q.   LET'S GO TO THE NEXT PAGE.

12:54PM  17         THIS SETS FORTH THE SPECIFICITY THERE WITH RESPECT TO THE

12:54PM  18    DIFFERENT THINGS.

12:54PM  19         AND YOU SEE THERE ARE SOME ISSUES IDENTIFIED WITH A COUPLE

12:54PM  20    OF THE ASSAYS ON THE EDISON DEVICE THAT HAVE COME ONLINE?

12:54PM  21    A.   YES.

12:54PM  22    Q.   AND THAT'S TRACKED AND THAT'S ADDRESSED; RIGHT?

12:54PM  23    A.   SO THERE'S MENTION OF ISSUES IN Q3 FOR ANALYTIC FOR

12:55PM  24    EDISON SHBG, VITAMIN B12, ESTRADIOL, PROLACTIN.

12:55PM  25         IDEALLY WHAT SHOULD HAPPEN IS THAT YOU HAVE A WHAT IS

12:55PM   1    CALLED QUALITY EXCEPTION REPORT THAT DESCRIBES THE DATE OF THE

12:55PM   2    INCIDENT, THE OPERATORS INVOLVED, WHAT EXACTLY OCCURRED, IF IT

12:55PM   3    HAD AN IMPACT ON THE PATIENT RESULTS, AND THEN YOU DO A ROOT

12:55PM   4    CAUSE ANALYSIS, AND THEN YOU COME UP WITH CORRECTIVE AND

12:55PM   5    PREVENTATIVE ACTIONS.

12:55PM   6    Q.   RIGHT.  THAT'S PART OF YOUR QUALITY SYSTEMS MANUAL THAT WE

12:55PM   7    LOOKED AT EARLIER?

12:55PM   8    A.   I THINK SO, YES.

12:55PM   9    Q.   AND THAT'S PART OF A STANDARD QUALITY PROTOCOL THAT YOU

12:55PM   10   WERE INVOLVED IN OVERSEEING WITHIN THE CLIA LAB; RIGHT?

12:56PM   11   A.   YES.

12:56PM   12   Q.   AND THAT WOULD HAVE BEEN MR. GEE'S RESPONSIBILITY?

12:56PM   13   A.   YES.

12:56PM   14   Q.   AND DO YOU KNOW WHETHER HE DID IT?  DO YOU RECALL?

12:56PM   15   A.   I RECALL VERY POOR INCIDENT MANAGEMENT REPORTING AT

12:56PM   16   THERANOS.

12:56PM   17   Q.   WELL, HE HAS THESE ITEMS LISTED HERE.  DO YOU KNOW WHETHER

12:56PM   18   HE WROTE REPORTS ON THOSE?

12:56PM   19   A.   NO, HE DID NOT.  I DO NOT RECALL.

12:56PM   20   Q.   YOU DON'T RECALL?

12:56PM   21   A.   YEAH.

12:56PM   22   Q.   OKAY.  OKAY.  WELL, LET'S GO TO THE NEXT PAGE, AND THIS

12:56PM   23   ONE MENTIONS COMPLAINTS.

12:56PM   24       DO YOU SEE THAT?

12:56PM   25   A.   YES.

12:56PM  1    Q.   AND THESE ARE PHYSICIAN COMPLAINTS OR PATIENT COMPLAINTS;

12:56PM  2    RIGHT?  BOTH?

12:56PM  3    A.   IT'S DIFFICULT TO SEE WITH THE DIFFERENT SHADING WHAT IS

12:56PM  4    WHAT.

12:56PM  5    Q.   YEAH.  I THINK IF YOU LOOK ON THE BOTTOM YOU SEE THERE ARE

12:56PM  6    TWO DIFFERENT COLORS FOR EACH OF THE COMPLAINTS.  ONE IS FOR

12:56PM  7    PATIENT AND ONE IS FOR PHYSICIAN.

12:56PM  8         DO YOU SEE THAT?

12:56PM  9    A.   YES.

12:56PM  10   Q.   AND THEY IDENTIFY TWO FOR EACH?

12:56PM  11   A.   YES.

12:56PM  12   Q.   AND THAT'S FOR THE 660-SOMETHING TEST VOLUME?

12:57PM  13   A.   YES.

12:57PM  14   Q.   AND LET'S GO TO THE NEXT PAGE.  THIS IS QUARTER 3, AND

12:57PM  15   THIS COMBINES -- THIS SHOWS 10 COMPLAINTS IN QUARTER 3?

12:57PM  16   A.   YES.

12:57PM  17   Q.   DO YOU SEE THAT?

12:57PM  18   A.   YES.

12:57PM  19   Q.   AND I THINK WE DON'T KNOW WHAT THE VOLUME WAS, BUT I THINK

12:57PM  20   YOU TESTIFIED IT WAS GOING UP?

12:57PM  21   A.   CORRECT.

12:57PM  22   Q.   AND IF YOU GO TO THE NEXT PAGE, THOSE COMPLAINTS, RIGHT,

12:57PM  23   IT SPECIFIES THE COMPLAINTS THAT WERE RECEIVED?

12:57PM  24   A.   YES.

12:57PM  25   Q.   AND IT'S FAIR TO SAY THERE'S KIND OF A BASKET OF DIFFERENT

12:57PM 1    ITEMS THAT COME UP WITH RESPECT TO COMPLAINTS; RIGHT?

12:57PM 2    A.   YES.

12:57PM 3    Q.   LIKE, FOR EXAMPLE, THE FIRST ONE IN Q3 SAYS, NO ONE

12:58PM 4    ANSWERED PHONE ON SUNDAY AND COULD NOT LEAVE A VOICEMAIL;

12:58PM 5    RIGHT?

12:58PM 6    A.   YES.

12:58PM 7    Q.   AND SOME OF -- ONE OF THEM DOWN THERE, THERE IS ONE THAT

12:58PM 8    SAYS TESTOSTERONE RESULT WAS WRONG; RIGHT?

12:58PM 9    A.   YES.

12:58PM 10   Q.   AND THAT'S TRACKED SO THAT YOU CAN IMPROVE IT; CORRECT?

12:58PM 11   A.   YES.  WELL, THERE'S NO DESCRIPTION OF THE EVENTS.  I DON'T

12:58PM 12   RECALL THAT EVENT HAVING BEEN WRITTEN UP AS A QUALITY

12:58PM 13   EXCEPTION, SO IT'S REALLY DIFFICULT TO -- YOU KNOW, ABSENT

12:58PM 14   THOSE THINGS, IT'S REALLY DIFFICULT TO CORRECT THAT ISSUE.

12:58PM 15   Q.   OKAY.  I UNDERSTAND.

12:58PM 16       LET'S GO TO -- WELL, I BELIEVE YOU SAID THAT THIS ISN'T

12:58PM 17   THE DOCUMENTATION OF THOSE ITEMS; RIGHT?  THAT WOULD BE -- THIS

12:58PM 18   IS A PRESENTATION THAT --

12:58PM 19   A.   RIGHT, IT'S A SUMMARY.  IT'S A SUMMARY.  YEAH.

12:58PM 20   Q.   AND THAT INFORMATION WOULD BE DOCUMENTED IN OTHER

12:58PM 21   DOCUMENTS IN THE LAB BY MR. GEE; CORRECT?

12:58PM 22   A.   IT SHOULD HAVE BEEN.

12:58PM 23   Q.   IT SHOULD HAVE BEEN.  OKAY.

12:58PM 24       LET'S GO TO -- LET'S JUMP A COUPLE SLIDES FORWARD TO BATES

12:59PM 25   RANGE ENDING IN 531.

12:59PM   1        DO YOU SEE THIS IS PROFICIENCY TESTING?

12:59PM   2   A.   YES.

12:59PM   3   Q.   AND THIS IS FOR QUARTER 1 AND QUARTER 2?

12:59PM   4   A.   YES.

12:59PM   5   Q.   AND THIS IS FOR THE PREDICATE DEVICES; CORRECT?

12:59PM   6   A.   WELL, SINCE THERE IS NO PROFICIENCY TESTING CONDUCTED ON

12:59PM   7   THE THERANOS DEVICES, YES, IT WAS ON THE PREDICATE DEVICES.

12:59PM   8   Q.   WHY DON'T WE COME BACK TO THE PROFICIENCY TESTING ITEM?

12:59PM   9   A.   SURE.

12:59PM  10   Q.   BUT YOU SEE THAT THERE IS PROFICIENCY TESTING REFERENCED

12:59PM  11   HERE; CORRECT?

12:59PM  12   A.   YES.

12:59PM  13   Q.   AND THAT IS IN QUARTER 1 AND QUARTER 2?

12:59PM  14   A.   YES.

12:59PM  15   Q.   OKAY.  LET'S, LET'S JUMP TO BATES ENDING 534.

01:00PM  16        DO YOU SEE THIS IS AN ORG CHART AT THE END OF 3-31-2014?

01:00PM  17   A.   CORRECT.

01:00PM  18   Q.   AND DO YOU SEE THAT?

01:00PM  19        AND THIS IDENTIFIED THE TEAM OF PEOPLE WHO ARE WORKING

01:00PM  20   WITH YOU IN THE LAB; RIGHT?

01:00PM  21   A.   CORRECT.

01:00PM  22   Q.   AND I WON'T COUNT THEM HERE.  WE HAVE THEM IN EVIDENCE.

01:00PM  23        BUT I JUST NOTE THAT THE NEXT SLIDE IS GOING TO SHOW THAT

01:00PM  24   ORG CHART AS OF 6-30-2014, AND I THINK WHEN YOU LOOK AT THE

01:00PM  25   BOTTOM YOU'LL SEE SOME ADDITIONAL PEOPLE.

01:00PM  1     A.   YES.

01:00PM  2     Q.   AND YOU'LL RECALL THAT THERE WAS SOME STAFFING UP THAT

01:00PM  3     NEEDED TO BE DONE IF THE VOLUME WAS GOING UP?

01:00PM  4     A.   YES.

01:00PM  5     Q.   AND THAT WAS DONE UNDER YOUR DIRECTION?

01:00PM  6     A.   THAT WOULD BE SUNNY DETERMINING BASED ON THE SAMPLE

01:00PM  7     VOLUMES.

01:00PM  8     Q.   AND HE WAS -- HE HAD THE MANAGEMENT SUPERVISION OF THE LAB

01:01PM  9     AND HE WOULD AUTHORIZE YOU TO HIRE SOMEONE NEW?

01:01PM  10    A.   YES.

01:01PM  11    Q.   AND THEN YOU WOULD GO THROUGH THAT PROCESS THAT YOU

01:01PM  12    PREVIOUSLY TESTIFIED ABOUT?

01:01PM  13    A.   YES.

01:01PM  14    Q.   OKAY.  AND IF WE GO TO THE 6-30-2014 SLIDE.

01:01PM  15         I'M SORRY.  GO TO THE NEXT SLIDE, WHICH IS ALSO DATED

01:01PM  16    6-30-2014.

01:01PM  17         THIS IDENTIFIED EVEN THE PHLEBOTOMISTS WHO ARE OUT IN THE

01:01PM  18    FIELD WORKING FOR THERANOS TAKING SAMPLES; RIGHT?

01:01PM  19    A.   CORRECT.  I -- IT APPEARS THAT THIS CHART IS SPECIFIC TO

01:01PM  20    THE PHLEBOTOMIST.

01:01PM  21    Q.   YEAH.

01:01PM  22    A.   YEAH.

01:01PM  23    Q.   IS IT FAIR TO SAY THAT YOU DIDN'T SPEND A LOT OF TIME

01:01PM  24    DIRECTLY SUPERVISING THE PHLEBOTOMISTS?

01:01PM  25    A.   I DID NOT SUPERVISE THE PHLEBOTOMISTS, YEAH.

01:01PM  1    Q.   OKAY.  SO THEY HAVE IT FLOWING FROM YOU, BUT THEY WERE

01:01PM  2    KIND OF SEPARATE TEAMS?

01:01PM  3    A.   CORRECT.

01:01PM  4    Q.   AND I BELIEVE THE NEXT SLIDE --

01:02PM  5    A.   I MEAN, THEY WERE ALL IN -- MOST OF THEM WERE IN ARIZONA.

01:02PM  6    I WAS IN CALIFORNIA, SO --

01:02PM  7    Q.   UNDERSTOOD.  AND IF I COULD JUST LASTLY BRING YOUR

01:02PM  8    ATTENTION TO BATES RANGE ENDING IN 542.  HERE HE IS TRACKING

01:02PM  9    AMENDED AND CORRECTED REPORTS?

01:02PM  10   A.   YES.

01:02PM  11   Q.   AND HE NOTES TWO IN Q4?

01:02PM  12   A.   YES.

01:02PM  13   Q.   AND NONE IN QUARTER 1?

01:02PM  14   A.   CORRECT.

01:02PM  15   Q.   AND THAT WAS -- THAT WOULD HAVE BEEN -- THE TEST REPORTING

01:02PM  16   WAS PART OF -- I THINK YESTERDAY WE LOOKED AT THE PROCEDURE FOR

01:02PM  17   TEST REPORTING?

01:02PM  18   A.   YES.

01:02PM  19   Q.   OKAY.  I DON'T HAVE ANYTHING FURTHER ON THAT DOCUMENT.

01:03PM  20        YOU MENTIONED A COUPLE OF TIMES PRECISION TESTING.

01:03PM  21        DO YOU RECALL THAT?

01:03PM  22   A.   YES.

01:03PM  23   Q.   AND I WANT TO COME BACK TO THAT A LITTLE BIT.

01:03PM  24        PRECISION TESTING IS SOMETHING THAT WOULD HAVE FALLEN

01:03PM  25   UNDER THE LDT'S RESPONSIBILITIES ULTIMATELY; CORRECT?

01:03PM   1      A.   YES.

01:03PM   2      Q.   AND MR. GEE WORKED ON THAT AS WELL?

01:03PM   3      A.   NO.  MR. GEE WORKED ON QUALITY CONTROL AND QUALITY

01:03PM   4      ASSURANCE.  PRECISION IS PERFORMED AS PART OF THE INITIAL

01:03PM   5      VALIDATION OF A TEST THAT IS REPEAT MEASUREMENTS ON A SINGLE

01:04PM   6      SAMPLE WITHIN DAYS AND BETWEEN DAYS.

01:04PM   7      Q.   AND I MAY HAVE USED -- OR I MAY HAVE MISSPOKEN A MINUTE

01:04PM   8      AGO.  I WAS SHIFTING TO PROFICIENCY TESTING --

01:04PM   9      A.   AH, OKAY.

01:04PM  10      Q.   -- AS OPPOSED TO PRECISION TESTING.

01:04PM  11      A.   YES.

01:04PM  12      Q.   OKAY.  PROFICIENCY TESTING, DO YOU RECALL YOU TESTIFIED

01:04PM  13      ABOUT THAT ON DIRECT EXAMINATION?

01:04PM  14      A.   YES.

01:04PM  15      Q.   AND THAT'S COME UP A COUPLE OF TIMES DURING THE COURSE OF

01:04PM  16      YOUR TESTIMONY UNDER MY EXAMINATION?

01:04PM  17      A.   YES.

01:04PM  18      Q.   AND PROFICIENCY TESTING ULTIMATELY IS THE RESPONSIBILITY

01:04PM  19      OF THE LAB DIRECTOR; CORRECT?

01:04PM  20      A.   ULTIMATELY, YES.

01:04PM  21      Q.   BUT THAT IS A RESPONSIBILITY THAT MR. GEE WORKED ON;

01:04PM  22      CORRECT?

01:04PM  23      A.   NO.  I BELIEVE HODA ALAMDAR, THE TECHNICAL SUPERVISOR, WAS

01:04PM  24      HANDLING PROFICIENCY.

01:04PM  25      Q.   AND SHE -- HODA WAS -- WAS SHE KIND OF THE NUMBER 2 WITHIN

01:05PM  1    THE LAB?  IS THAT FAIR?

01:05PM  2    A.   WELL, FOR A PERIOD DR. PANDORI WOULD HAVE BEEN THE CO-LAB

01:05PM  3    DIRECTOR AND HE WOULD HAVE BEEN NUMBER 2 IN THE LAB.

01:05PM  4    Q.   OKAY?

01:05PM  5    A.   AND THEN WE HAD GODFREY MASINDE, HE WAS A G.S., GENERAL

01:05PM  6    SUPERVISOR, AND THEN HODA WAS THE TECHNICAL SUPERVISOR.

01:05PM  7    Q.   AND THEY, THEY -- WHO WAS IT THAT WORKED ON PROFICIENCY

01:05PM  8    TESTING?

01:05PM  9    A.   HODA.

01:05PM  10   Q.   HODA.  ON DIRECT EXAMINATION THE GOVERNMENT ASKED YOU

01:05PM  11   ABOUT THAT, AND THEY ASKED IF THERE WAS EVER PROFICIENCY

01:05PM  12   TESTING AT THERANOS, AND YOU TESTIFIED THAT THERE WERE NO

01:05PM  13   FORMAL PROFICIENCY TESTING PROCESSES.

01:06PM  14        DO YOU RECALL THAT?

01:06PM  15   A.   THERE WAS NO FORMAL PROFICIENCY TESTING PROCESSES THAT

01:06PM  16   WERE IMPLEMENTED FOR THE THERANOS TESTS.

01:06PM  17   Q.   BUT THAT'S NOT WHAT YOU TESTIFIED TO.

01:06PM  18        DO YOU RECALL, SIR, THAT YOU WERE ASKED, "AND WAS THERE A

01:06PM  19   PROFICIENCY TESTING PROCESS IN PLACE AT THERANOS WHEN YOU WERE

01:06PM  20   AT THE COMPANY?"

01:06PM  21        AND YOU ANSWERED, "NO, THERE WAS NO FORMAL PROFICIENCY

01:06PM  22   TESTING PROCESS."

01:06PM  23        DO YOU RECALL THAT?

01:06PM  24   A.   YES.

01:06PM  25   Q.   AND WAS THAT TESTIMONY ACCURATE?

01:06PM   1      A.   WELL, THE GOVERNMENT DIDN'T SPECIFY WHETHER THEY WERE

01:06PM   2      TALKING ABOUT THE THERANOS TESTS OR THE PREDICATE TESTS.

01:06PM   3      Q.   AND YOU DIDN'T SPECIFY IN YOUR ANSWER EITHER, DID YOU?

01:06PM   4      A.   NO.

01:06PM   5      Q.   SO THAT -- SO LET ME ASK THE QUESTION AGAIN.  OKAY?

01:06PM   6           AND JUST SO WE'RE CLEAR, AT THE VERY END OF YOUR

01:06PM   7      TESTIMONY, DO YOU RECALL THAT MR. BOSTIC CAME BACK TO ASK A

01:06PM   8      COUPLE OF FOLLOW-UP QUESTIONS?

01:06PM   9      A.   YES.

01:06PM   10     Q.   AND WHEN HE CAME BACK, YOU WERE ASKED, PRIOR TO SEPTEMBER

01:07PM   11     OF 2013 BEFORE THE COMMERCIAL LAUNCH, ARE YOU AWARE OF ANY

01:07PM   12     PROFICIENCY TESTING HAPPENING AT THERANOS?

01:07PM   13          AND YOU SAID NO.

01:07PM   14          ARE EITHER OF THOSE --

01:07PM   15     A.   SO THAT'S NOT CORRECT.  THERE WAS PROFICIENCY TESTING FOR

01:07PM   16     THE PREDICATE METHODS.

01:07PM   17     Q.   OKAY.  BOTH OF THOSE QUESTIONS WERE INACCURATE; CORRECT?

01:07PM   18     BOTH OF THOSE ANSWERS WERE INACCURATE?

01:07PM   19     A.   ABOUT WHETHER THERE WAS PROFICIENCY TESTING IN PLACE?

01:07PM   20     Q.   YES.

01:07PM   21     A.   THERE WAS PROFICIENCY TESTING FOR THE PREDICATE

01:07PM   22     INSTRUMENTS.

01:07PM   23     Q.   AND SO YOUR QUESTIONS WERE INACCURATE?

01:07PM   24     A.   YES.

01:07PM   25     Q.   OKAY.  SO LET'S WORK TO CLARIFY THIS.

01:07PM  1      A.   OKAY.

01:07PM  2      Q.   BECAUSE THERE WAS, SO THE RECORD IS PERFECTLY CLEAR, A

01:07PM  3      PROFICIENCY TESTING PROGRAM IN PLACE FOR TESTS THAT THERANOS

01:08PM  4      WAS RUNNING IN THE CLIA LAB ON COMMERCIAL DEVICES?

01:08PM  5      A.   CORRECT.

01:08PM  6           I KNOW THAT PROFICIENCY TESTING WAS BEING RUN ON THE

01:08PM  7      PREDICATE INSTRUMENTS AND BEING REPORTED.

01:08PM  8           I DO NOT SPECIFICALLY RECALL AN SOP RELATING TO

01:08PM  9      PROFICIENCY TESTING.

01:08PM  10          WE MAY HAVE REVIEWED THAT DOCUMENT OR IT MAY HAVE BEEN

01:08PM  11     PART OF THE QUALITY SYSTEMS MANUAL THAT WE REVIEWED.

01:08PM  12     Q.   WELL, IF THERE WASN'T A PROFICIENCY TESTING PROGRAM, THAT

01:08PM  13     WOULD BE A PROBLEM; RIGHT?

01:08PM  14     A.   A POLICY, AN SOP, YES, THAT WOULD BE A PROBLEM.

01:08PM  15     Q.   DO YOU RECALL THAT BEING THE CASE?

01:08PM  16     A.   I DO NOT RECALL.

01:08PM  17     Q.   OKAY.

01:08PM  18     A.   THAT MAY BE PART OF THE MISUNDERSTANDING, YOU KNOW, IN THE

01:08PM  19     GOVERNMENT'S QUESTION IN TERMS OF A FORMAL PROCEDURE BEING IN

01:08PM  20     PLACE.

01:08PM  21          I CAN TESTIFY THAT WE WERE RUNNING PROFICIENCY SAMPLES ON

01:09PM  22     THE PREDICATE METHOD, YES.

01:09PM  23          DOES THAT CLEAR IT UP OR --

01:09PM  24     Q.   WELL, LET'S KEEP GOING AND SEE IF WE CAN CLEAR IT UP SOME

01:09PM  25     MORE.

01:09PM   1    A.   UH-HUH.

01:09PM   2    Q.   DO YOU RECALL YESTERDAY THAT WE TALKED ABOUT SOME OF YOUR

01:09PM   3    INTERVIEWS WITH THE GOVERNMENT; RIGHT?

01:09PM   4    A.   YES.

01:09PM   5    Q.   AND I THINK YOUR FIRST INTERVIEW WAS IN JULY OF 2016.

01:09PM   6         DO YOU RECALL THAT?

01:09PM   7    A.   I RECALL MY FIRST INTERVIEW WITH THE GOVERNMENT WAS WITH

01:09PM   8    THE S.E.C.  I DO NOT RECALL THE DATE.

01:09PM   9    Q.   AND IN ADDITION TO THE S.E.C., MR. LEACH WAS PRESENT.

01:09PM  10         DO YOU RECALL THAT?

01:09PM  11    A.   CORRECT.

01:09PM  12    Q.   AND THERE WERE A COUPLE OF FBI AGENTS PRESENT?

01:09PM  13    A.   CORRECT.

01:09PM  14    Q.   IT LOOKED LIKE THERE WAS A WHOLE ROOM FULL OF PEOPLE;

01:09PM  15    RIGHT?

01:09PM  16    A.   YES, THERE WERE MANY PEOPLE THERE.

01:09PM  17    Q.   AND YOU WERE ASKED ABOUT THERANOS PROFICIENCY TESTING.

01:10PM  18         DO YOU RECALL?

01:10PM  19    A.   I DO NOT RECALL THAT.

01:10PM  20    Q.   AND DO YOU RECALL TELLING THE GOVERNMENT IN THAT MEETING

01:10PM  21    THAT EDISON MACHINES DID PRODUCE GOOD RESULTS FROM THE AAP?

01:10PM  22    A.   I DO NOT RECALL THAT, NO.

01:10PM  23    Q.   AND DO YOU RECALL TELLING THEM THAT THERANOS PROPRIETARY

01:10PM  24    MACHINES USED A PROCESS CALLED ALTERNATIVE EFFICIENCY --

01:10PM  25    ALTERNATIVE ASSESSMENT PROFICIENCY?

01:10PM  1    A.   I DO NOT RECALL.

01:10PM  2    Q.   AND AAP MEASURES ACCURACY; RIGHT?

01:10PM  3    A.   CORRECT.

01:10PM  4    Q.   OKAY.  AND THE AAP WAS THE POLICY THAT WAS SET FORTH TO BE

01:10PM  5    USED ON THE THERANOS DEVICES; CORRECT?

01:10PM  6    A.   CORRECT.

01:11PM  7    Q.   WHY DON'T YOU TURN IN YOUR YELLOW BINDER TO STATEMENT

01:11PM  8    11003.

01:11PM  9         DO YOU SEE THAT IN FRONT OF YOU?  IT'S A DOCUMENT DATED

01:11PM  10   JULY 22ND, 2016?

01:11PM  11   A.   YES.

01:11PM  12   Q.   OKAY.  I'D LIKE TO CALL YOUR ATTENTION TO THE LAST

01:11PM  13   PARAGRAPH AT THE BOTTOM OF THE THIRD PAGE.

01:11PM  14   A.   YES.

01:11PM  15   Q.   AND I'D LIKE YOU TO JUST READ THAT TO YOURSELF AND LET ME

01:11PM  16   KNOW WHEN YOU'RE DONE?

01:12PM  17        (PAUSE IN PROCEEDINGS.)

01:12PM  18            THE WITNESS:  YES, I READ IT.

01:12PM  19   BY MR. WADE:

01:12PM  20   Q.   AND, SIR, DOES IT REFRESH YOUR RECOLLECTION THAT YOU TOLD

01:12PM  21   THE GOVERNMENT THAT THE EDISON MACHINES DID PRODUCE GOOD

01:12PM  22   RESULTS FROM THE AAP?

01:12PM  23   A.   THERE WAS A PROCESS CALLED IQP THAT WAS IMPLEMENTED IN A

01:12PM  24   HAPHAZARD FASHION THAT SEEMED TO PRODUCE GOOD RESULTS.

01:12PM  25        THERE WAS NO FORMAL AAP PROCEDURE THAT DESCRIBED THE STEPS

01:12PM  1    TO BE DONE AND THE ACCEPTANCE CRITERIA THAT WAS SIGNED OFF BY

01:12PM  2    ME IN A DOCUMENT CONTROL SYSTEM.

01:12PM  3    Q.   OKAY.  LET ME, LET ME JUST -- THANK YOU FOR YOUR

01:12PM  4    EXPLANATION.  LET ME TRY THE QUESTION ONE MORE TIME.

01:12PM  5         DOES READING THAT PARAGRAPH REFRESH YOUR RECOLLECTION THAT

01:12PM  6    YOU TOLD THE GOVERNMENT THAT EDISON MACHINES DID PRODUCE GOOD

01:13PM  7    RESULTS FROM THE AAP?

01:13PM  8    A.   I DON'T RECALL HAVING MADE THAT STATEMENT TO THE

01:13PM  9    GOVERNMENT.  I AM ASSUMING THE RECORD IS CORRECT.

01:13PM  10   Q.   IF I CAN TURN YOU AWAY FROM THE YELLOW BINDER, WE'RE GOING

01:13PM  11   TO GO BACK TO THE BLACK BINDER.

01:13PM  12           THE COURT:  WHILE YOU GET THAT, FOLKS, WOULD YOU

01:13PM  13   STAND UP FOR 30 SECONDS IF YOU WOULD LIKE TO STRETCH YOUR LEGS

01:13PM  14   FOR JUST A MOMENT.

01:13PM  15        (STRETCHING.)

01:14PM  16   BY MR. WADE:

01:14PM  17   Q.   AND WHILE THEY'RE STRETCHING, DOCTOR, I'M GOING TO ASK YOU

01:14PM  18   TO GO TO 10451 IN THE BLACK BINDER, WHICH I BELIEVE MIGHT BE

01:14PM  19   ONE OF THE EARLIER EXHIBITS IN BINDER 2.

01:14PM  20   A.   I'VE GOT IT.

01:14PM  21   Q.   AND THIS IS AN EMAIL CHAIN WITHIN A GROUP OF PEOPLE AT

01:14PM  22   THERANOS THAT INCLUDES YOU AND RELATES TO SOME PROFICIENCY

01:15PM  23   TESTING; IS THAT CORRECT?

01:15PM  24   A.   THE EMAIL IS FROM LANGLY GEE TO A NUMBER OF RECIPIENTS.  I

01:15PM  25   AM ONE OF THEM.

01:15PM  1          MR. WADE:  OKAY.  MOVE THE ADMISSION OF 10451.

01:15PM  2          MR. BOSTIC:  YOUR HONOR, I APOLOGIZE.  I'M STILL

01:15PM  3   LOOKING FOR THIS ONE.

01:15PM  4          THE COURT:  10451.

01:15PM  5          MR. WADE:  10451, YOUR HONOR.  I BELIEVE IT'S THE

01:15PM  6   FIRST DOCUMENT IN THE SECOND BINDER.

01:15PM  7          MR. BOSTIC:  NO OBJECTION, YOUR HONOR.

01:15PM  8          THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:15PM  9          (DEFENDANT'S EXHIBIT 10451 WAS RECEIVED IN EVIDENCE.)

01:15PM 10   BY MR. WADE:

01:15PM 11   Q.  OKAY.  AND THIS IS AN EMAIL CHAIN, AS YOU NOTED, WITH

01:15PM 12   LANGLY GEE, YOURSELF, AND A NUMBER OF OTHER PEOPLE AT THERANOS.

01:16PM 13       DO YOU SEE DAN EDLIN THERE?

01:16PM 14   A.  YES.

01:16PM 15   Q.  AND BRAD ARINGTON?

01:16PM 16   A.  YES.

01:16PM 17   Q.  AND DR. PANDORI?

01:16PM 18   A.  YES.

01:16PM 19   Q.  OKAY.  I'D LIKE TO START AT THE BACK OF THE EMAIL.

01:16PM 20       DO YOU SEE THAT EMAIL?

01:16PM 21   A.  YES.

01:16PM 22   Q.  AND IN THIS EMAIL, MR. EDLIN IS ASKING FOR AN UPDATE ON

01:16PM 23   PROFICIENCY TESTING; CORRECT?

01:16PM 24   A.  YES.

01:16PM 25   Q.  AND HE NOTES THAT, "EAH HAS ASKED FOR THIS AS PART OF A

01:17PM  1      PRESENTATION SHE IS COMPILING FOR TOMORROW."

01:17PM  2          DO YOU SEE THAT?

01:17PM  3      A.   YES.

01:17PM  4      Q.   AND YOU RESPONDED, IF WE CAN GO UP THE CHAIN.  DO YOU SEE

01:17PM  5      THAT THIS IS YOUR RESPONSE?  YOUR RESPONSE IS ACTUALLY ON THE

01:17PM  6      NEXT PAGE, BUT DO YOU SEE THAT THIS IS YOUR RESPONSE?

01:17PM  7      A.   YES.

01:17PM  8      Q.   AND IT SAYS, "WE ARE CONTINUALLY DOING PROFICIENCY

01:17PM  9      TESTING.  LANGLY OR BRAD CAN FILL YOU IN ON THE STATE BY STATE

01:17PM  10     APPLICATIONS/STATUS."

01:17PM  11         CORRECT?

01:17PM  12     A.   YES, WE DID PROFICIENCY TESTING ON THE PREDICATE

01:17PM  13     INSTRUMENTS.

01:17PM  14     Q.   RIGHT.  YOU'RE DOING PROFICIENCY TESTING ON THE PREDICATE

01:17PM  15     INSTRUMENTS, AND YOU'RE DIRECTING MR. EDLIN TO EITHER LANGLY OR

01:17PM  16     BRAD; CORRECT?

01:17PM  17     A.   CORRECT.

01:17PM  18     Q.   AND BRAD ARINGTON WAS A REGULATORY LAWYER WHO WORKED

01:18PM  19     WITHIN THE COMPANY; RIGHT?

01:18PM  20     A.   HE WAS GENERAL COUNSEL AT THE TIME I BELIEVE.

01:18PM  21     Q.   OKAY.  AND HE FREQUENTLY WAS DEALING WITH DIFFERENT

01:18PM  22     REGULATORY ISSUES RELATING TO CLIA; CORRECT?

01:18PM  23     A.   YES, YES.

01:18PM  24     Q.   OKAY.  AND THEN IF WE GO UP THE CHAIN THERE'S SOME

01:18PM  25     ADDITIONAL DISCUSSION, BUT IF I CAN DRAW YOUR ATTENTION TO THE

01:18PM  1    MAY 8TH EMAIL AT 6:39.

01:18PM  2         DO YOU SEE THAT?

01:18PM  3    A.   YES.

01:18PM  4    Q.   THIS SAYS, THIS SAYS -- THIS SETS FORTH THE SURVEYS

01:18PM  5    PERFORMED AND SCORES AND UPDATE TO THE LICENSES.

01:18PM  6         DO YOU SEE THAT?

01:18PM  7    A.   YES.

01:18PM  8    Q.   AND IT SETS FORTH A NUMBER OF RESULTS FROM PROFICIENCY

01:18PM  9    TESTING BELOW?

01:18PM  10   A.   YES.

01:18PM  11   Q.   AND THEY'RE ALL 100 PERCENT; CORRECT?

01:18PM  12   A.   YES.

01:18PM  13   Q.   AND SPECIFICALLY DO YOU SEE WHERE IT SAYS CAP HIV?

01:19PM  14   A.   YES.

01:19PM  15   Q.   AND THAT'S 10 PERCENT?

01:19PM  16   A.   YES.

01:19PM  17   Q.   OKAY.  LET'S GO --

01:19PM  18   A.   AND WHEN WE RAN HIV ON AN ABBOTT INSTRUMENT, IT WAS AN FDA

01:19PM  19   APPROVED INSTRUMENT.

01:19PM  20   Q.   CORRECT.  AND IT WAS A TWO-PART TEST; CORRECT?

01:19PM  21   A.   I DON'T RECALL.

01:19PM  22   Q.   DO YOU RECALL THE PROTOCOL THAT YOU USED FOR HIV?

01:19PM  23   A.   IT WAS MOLECULAR TEST.

01:19PM  24   Q.   LET ME GO -- I DON'T HAVE ANYTHING ELSE IN THIS DOCUMENT.

01:19PM  25        ACTUALLY, I WANT TO LOOK AT THE -- LET ME LOOK AT THE

01:19PM  1    ATTACHMENT TO THE DOCUMENT.

01:20PM  2         NOW, IF WE JUST LOOK AT THE TOP FIRST.  THIS IS ADDRESSED

01:20PM  3    TO YOU; RIGHT?

01:20PM  4    A.   YES.

01:20PM  5    Q.   BECAUSE YOU WERE THE LAB DIRECTOR?

01:20PM  6    A.   YES.

01:20PM  7    Q.   AND THIS IS DOCUMENTATION OF THE PROFICIENCY TESTING

01:20PM  8    RESULTS; CORRECT?

01:20PM  9    A.   YES.

01:20PM 10    Q.   AND IF WE ZOOM BACK OUT, THIS SETS FORTH THE DIFFERENT

01:20PM 11    RESULTS.

01:20PM 12         DO YOU SEE THAT?

01:20PM 13    A.   YES.

01:20PM 14    Q.   AND IF WE CAN HIGHLIGHT THE GREY COLUMN ON THE RIGHT.

01:20PM 15         DO YOU SEE IT SAYS ACCEPTABLE THERE?

01:20PM 16    A.   YES.

01:20PM 17    Q.   AND IT SAYS ACCEPTABLE, IF WE GO BACK, ON ALL OF THE TESTS

01:20PM 18    ON THE FIRST PAGE; CORRECT?

01:20PM 19    A.   WE WERE NOT PERFORMING BACTERIAL IDENTIFICATION OR

01:20PM 20    SUSCEPTIBILITY AT THERANOS USING THESE TECHNIQUES.

01:20PM 21         THESE -- I DON'T RECALL WHY THIS PROFICIENCY WAS DONE, BUT

01:21PM 22    WE WEREN'T DOING GRAM STAINS OR CULTURE BACTERIA OR ANYTHING

01:21PM 23    LIKE THAT.

01:21PM 24    Q.   DO YOU THINK THESE TESTS WERE SENT TO THE WRONG LAB?

01:21PM 25    A.   NO.

01:21PM   1    Q.   DO YOU THINK THEY WERE RUN AT THERANOS?

01:21PM   2    A.   THEY WERE RUN AT THERANOS.

01:21PM   3    Q.   OKAY.  AND ALL OF THEM WERE ACCEPTABLE; CORRECT?

01:21PM   4    A.   YES.

01:21PM   5    Q.   AND DO YOU THINK THAT THAT'S AN INDICATION OF GOOD LAB

01:21PM   6    PRACTICES THAT, WHETHER YOU'RE RUNNING THEM REGULARLY OR NOT,

01:21PM   7    PEOPLE WERE EXECUTING WELL WHEN THEY WERE PERFORMING THE TESTS?

01:21PM   8    A.   MY UNDERSTANDING -- MY RECOLLECTION IS THAT CHI NGUYEN WAS

01:21PM   9    IN CHARGE OF MICROBIOLOGY AND THE COMPANY WAS CONSIDERING DOING

01:21PM  10    TRADITIONAL CULTURE GRAM STAIN, AND IN PREPARATION FOR THAT

01:22PM  11    THEY WERE RUNNING PROFICIENCY.

01:22PM  12    Q.   SO WE TALKED ABOUT BEFORE WHEN YOU VALIDATE ASSAYS, YOU

01:22PM  13    NEED TO MEASURE THEM AGAINST A GOLD STANDARD; RIGHT?

01:22PM  14    A.   CORRECT.

01:22PM  15    Q.   AND SO IN ORDER TO HAVE A GOLD STANDARD THAT YOU CAN

01:22PM  16    MEASURE A NEW ASSAY YOU'RE DEVELOPING AGAINST, YOU NEED TO, YOU

01:22PM  17    NEED TO PUT THAT GOLD STANDARD ASSAY UP WITHIN YOUR LAB; RIGHT?

01:22PM  18    A.   CORRECT.

01:22PM  19    Q.   AND MAKE SURE THAT IT PERFORMS WELL?

01:22PM  20    A.   CORRECT.

01:22PM  21    Q.   AND SO DO YOU THINK IT'S POSSIBLE THAT THESE WERE PUT UP

01:22PM  22    INTO THE LAB SO THAT THEY COULD SERVE AS THE GOLD STANDARD FOR

01:22PM  23    ASSAYS THAT WERE UNDER DEVELOPMENT?

01:22PM  24    A.   IT'S POSSIBLE.

01:22PM  25    Q.   OKAY.  LET'S GO TO 10029, WHICH SHOULD BE IN YOUR BINDER 1

01:23PM  1    TOWARDS THE BACK.

01:23PM  2    A.   I DON'T HAVE IT.

01:23PM  3    Q.   IN BINDER 1.  EXHIBIT BINDER 1, TOWARDS THE BACK OF THE

01:23PM  4    EXHIBIT, 10029.

01:23PM  5    A.   I DO NOT HAVE IT.  I GO FROM 9412 TO 12531.

01:23PM  6    Q.   WE'LL GET ANOTHER COPY IN JUST ONE SEC WITH THE COURT'S

01:23PM  7    INDULGENCE.

01:24PM  8              THE CLERK:  COUNSEL (HANDING.)

01:24PM  9              THE WITNESS:  THANK YOU.

01:24PM  10   BY MR. WADE:

01:24PM  11   Q.   SIR, DO YOU HAVE 10029 IN FRONT OF YOU?

01:24PM  12   A.   YES.

01:24PM  13   Q.   AND DO YOU SEE THE DOCUMENT IS ADDRESSED TO YOU?

01:24PM  14   A.   YES.

01:24PM  15   Q.   AND WHAT IS THIS DOCUMENT?

01:24PM  16   A.   IT'S A PROFICIENCY TESTING EVENT THAT OCCURRED IN 2014.

01:24PM  17   I'M LOOKING AT GENERAL CHEMISTRIES AND WHEN -- I'M SORRY.

01:25PM  18   Q.   GO AHEAD.

01:25PM  19   A.   AND THESE WERE PERFORMED -- I'M SORRY.  THESE ARE

01:25PM  20   IMMUNOASSAYS, OKAY, PERFORMED AT THERANOS USING THE FDA

01:25PM  21   APPROVED IMMULITE INSTRUMENT, AND THIS DOCUMENT SHOWED THE

01:25PM  22   RESULT THAT THERANOS OBTAINED AND THE EXPECTED RESULTS FOR EACH

01:25PM  23   PROFICIENCY SAMPLE FOR EACH ANALYTE.

01:25PM  24             MR. WADE:  I MOVE THE ADMISSION OF 10029.

01:25PM  25             MR. BOSTIC:  NO OBJECTION.

01:25PM  1          THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED.

01:25PM  2          (DEFENDANT'S EXHIBIT 10029 WAS RECEIVED IN EVIDENCE.)

01:25PM  3     BY MR. WADE:

01:25PM  4     Q.   YOU GAVE A PRETTY COMPREHENSIVE ANSWER, SO WE CAN PROBABLY

01:25PM  5     MOVE THROUGH THIS QUICKLY.  THIS WAS A PROFICIENCY TESTING

01:25PM  6     DOCUMENT FOR THE GENERAL CHEMISTRY ASSAYS?

01:25PM  7     A.   IMMUNOASSAY.

01:25PM  8     Q.   I'M SORRY, IMMUNOASSAYS.

01:25PM  9          LET'S LOOK JUST IN THE UPPER LEFT-HAND CORNER.

01:26PM  10         DO YOU SEE THAT?

01:26PM  11    A.   YES.

01:26PM  12    Q.   AND THIS SAYS IT'S THE THIRD EVENT?

01:26PM  13    A.   YES.

01:26PM  14    Q.   WHAT DOES THAT MEAN?

01:26PM  15    A.   UM, TYPICALLY THERE'S THREE CHALLENGES SENT TO A LAB EACH

01:26PM  16    YEAR.  THIS WOULD BE THE THIRD OF THOSE THREE CHALLENGES.

01:26PM  17    Q.   OKAY.  AND IF WE CAN GO BACK TO THE DOCUMENT AND HIGHLIGHT

01:26PM  18    THE COLUMN ALL OF THE WAY TO THE LEFT ALL OF THE WAY DOWN.

01:26PM  19         THESE ARE THE ASSAYS THAT WERE TESTED FOR PROFICIENCY

01:26PM  20    TESTING; CORRECT?

01:26PM  21    A.   YES, AND IT'S ALSO CONTINUED ON THE REVERSE PAGE.

01:26PM  22    Q.   AND IT'S CONTINUED ON THE REVERSE PAGE.  LET'S LOOK AT

01:26PM  23    THOSE.

01:26PM  24         AND ALL OF THESE TESTS PASSED PROFICIENCY TESTING;

01:26PM  25    CORRECT?

01:26PM  1    A.   YES, WITH THE EXCEPTION OF BETA-2 MICROGLOBULIN, WHICH WAS

01:27PM  2    NOT GRADED.

01:27PM  3    Q.   RIGHT.  SO ALL OF THE TESTS THAT WERE GRADED PASSED;

01:27PM  4    RIGHT?

01:27PM  5    A.   YES.

01:27PM  6    Q.   CERTIFYING THAT THEY WERE ACCURATE; CORRECT?

01:27PM  7    A.   AGAIN, THESE ARE ON THE IMMULITE INSTRUMENT, YES.

01:27PM  8    Q.   AND THEY'RE ON THE IMMULITE INSTRUMENT; CORRECT?

01:27PM  9    A.   YES.

01:27PM  10   Q.   AND THEY'RE CERTIFYING THAT THESE TESTS ARE ACCURATE;

01:27PM  11   RIGHT?

01:27PM  12   A.   CORRECT.

01:27PM  13   Q.   OKAY.

01:27PM  14   A.   SO ACTUALLY, SOME OF THESE APPEAR TO HAVE BEEN RUN ON THE

01:27PM  15   ADVIA.  IF YOU LOOK AT PREALBUMIN, IT LOOKS LIKE THAT WAS RUN

01:27PM  16   ON THE ADVIA, ON TRANSFER IT WAS RUN ON THE ADVIA.

01:27PM  17   Q.   OKAY.  SO THE TESTS WERE RUN EITHER ON THE ADVIA OR THE

01:28PM  18   IMMULITE, BUT THEY ALL PASSED CERTIFYING THEIR ACCURACY;

01:28PM  19   CORRECT?

01:28PM  20   A.   AND THEN THE MICROALBUMIN WAS RUN ON THE DCA VANTAGE.

01:28PM  21   Q.   AND I JUST WANT TO CONFIRM BECAUSE THERE WAS SOME

01:28PM  22   QUESTIONS THAT YOU HAD ABOUT WHETHER THERE WAS A PROFICIENCY

01:28PM  23   TESTING POLICY IN PLACE IN SEPTEMBER OF 2013, OKAY?  SO I WANT

01:28PM  24   TO CLARIFY THAT.

01:28PM  25        IF WE CAN LOOK AT EXHIBIT 13905.

01:29PM  1        AND I BELIEVE 13905 WILL BE TOWARDS THE BACK OF YOUR

01:29PM  2   SECOND VOLUME.

01:29PM  3        AND FOR THE COURT, IT'S IN THE RED WELD.

01:29PM  4   A.   I HAVE 13905.

01:29PM  5   Q.   OKAY.  AND THIS IS AN EMAIL BETWEEN SYLVIA CHANG AND

01:29PM  6   MR. BALWANI RELATING TO PROFICIENCY TESTING DETAILS; RIGHT?

01:29PM  7   A.   YES.

01:29PM  8            MR. WADE:  MOVE THE ADMISSION OF 13905.

01:29PM  9            MR. BOSTIC:  NO OBJECTION.

01:29PM  10           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

01:29PM  11       (DEFENDANT'S EXHIBIT 13905 WAS RECEIVED IN EVIDENCE.)

01:29PM  12  BY MR. WADE:

01:29PM  13  Q.   JUST SO WE RECALL THE TESTIMONY AT THE END OF YOUR DIRECT

01:29PM  14  WHETHER THERE WAS A PROFICIENCY TESTING PROGRAM IN PLACE AT

01:29PM  15  THERANOS IN SEPTEMBER OF 2013, YOU BELIEVE THAT WAS MISTAKEN

01:29PM  16  TESTIMONY; CORRECT?

01:29PM  17  A.   MY RECOLLECTION IS THAT WE WERE PERFORMING PROFICIENCY

01:30PM  18  TESTING USING THE API CAP AND NEW YORK STATE SAMPLES.

01:30PM  19  Q.   OKAY.

01:30PM  20  A.   YEAH.

01:30PM  21  Q.   AND LET'S LOOK AT THIS EMAIL.  THIS IS AN EMAIL TO

01:30PM  22  MR. BALWANI; CORRECT?

01:30PM  23  A.   YES.

01:30PM  24  Q.   AND IT'S FROM SYLVIA CHANG.  WHO IS SYLVIA CHANG?

01:30PM  25  A.   I DO NOT REMEMBER.

01:30PM   1    Q.   SHE WAS AN EMPLOYEE THAT DIDN'T WORK LONG OR SOMETHING?

01:30PM   2         OKAY.  AND THIS IS IN JULY OF 2013; RIGHT?

01:30PM   3    A.   YES.

01:30PM   4    Q.   AND THIS IS BEFORE THE SOFT LAUNCH?

01:30PM   5    A.   YES.

01:30PM   6    Q.   AND IT'S BEFORE THE PUBLIC LAUNCH?

01:30PM   7    A.   CORRECT.

01:30PM   8    Q.   AND SHE'S FOLLOWING UP ON INFORMATION THAT MR. BALWANI

01:30PM   9    REQUESTED WITH RESPECT TO THE SCHEDULING AND SUBMISSION OF

01:30PM  10    PROFICIENCY SAMPLES; RIGHT?

01:30PM  11    A.   YES.

01:30PM  12    Q.   AND IF -- AND SHE SETS FORTH, IS IT FAIR TO SAY, IN

01:31PM  13    RELATIVELY SORT OF DETAILED OUTLINE OF THE PROCESS AND WHAT

01:31PM  14    WOULD BE INVOLVED IN IMPLEMENTING THAT?

01:31PM  15    A.   YES.

01:31PM  16    Q.   OKAY.  AND IF WE GO TO THE BOTTOM, YOU SEE THERE IT SAYS,

01:31PM  17    "ADAM/KERRY/HODA - PLEASE ADD TO THE LIST IF I HAVE MISSED

01:31PM  18    ANYTHING."

01:31PM  19         DO YOU SEE THAT?

01:31PM  20    A.   YES.

01:31PM  21    Q.   AND DO YOU RECALL WHETHER YOU ADDED ANYTHING TO THE LIST

01:31PM  22    OR DO YOU THINK SHE COVERED IT SUFFICIENTLY?

01:31PM  23    A.   I DO NOT RECALL.

01:31PM  24    Q.   NOW, LET'S TALK A LITTLE BIT ABOUT AAP.

01:32PM  25         DO YOU RECALL THAT THERE WAS AN AAP POLICY THAT WAS PUT IN

01:33PM   1      PLACE AT THERANOS?

01:33PM   2      A.   I'M SORRY.  I WROTE AN SOP AND THEN IT WAS OVERWRITTEN

01:33PM   3      ESSENTIALLY BY GODFREY, SO I CAN TESTIFY THAT THE AAP WAS NEVER

01:33PM   4      IMPLEMENTED FOR THE THERANOS TEST.

01:33PM   5      Q.   I UNDERSTAND THAT'S YOUR TESTIMONY.

01:33PM   6           MY QUESTION IS, WAS THERE AN AAP POLICY THAT WAS PUT IN

01:33PM   7      PLACE AT THERANOS?

01:33PM   8      A.   I BELIEVE THERE WAS AN SOP THAT WAS WRITTEN, RIGHT, AND

01:33PM   9      APPROVED BY ME.

01:33PM   10     Q.   AND DO YOU RECALL WHEN YOU CREATED THAT SOP?

01:34PM   11     A.   I DO -- I THINK IT WAS SOMETIME IN 2014.

01:34PM   12     Q.   2014?

01:34PM   13     A.   YES.

01:34PM   14     Q.   OKAY.  I THINK YOU TESTIFIED ON DIRECT THAT YOU HAD

01:34PM   15     DISCUSSED A NEED FOR AAP TESTING WITH DR. YOUNG; IS THAT

01:34PM   16     CORRECT?

01:34PM   17     A.   CORRECT.

01:34PM   18     Q.   AND THERE WAS A NEED TO PUT A POLICY IN PLACE THAT WOULD

01:34PM   19     ADDRESS THE EDISON DEVICES; CORRECT?

01:34PM   20     A.   CORRECT.

01:34PM   21     Q.   AND THAT WAS BECAUSE THERE WAS A BELIEF WITHIN THE COMPANY

01:34PM   22     AT THAT TIME THAT THEY WOULD NEED A DIFFERENT PROCEDURE FROM

01:35PM   23     TRADITIONAL PROFICIENCY TESTING?

01:35PM   24     A.   CORRECT.

01:35PM   25     Q.   AND LET ME SHOW YOU WHAT IS MARKED AS DOCUMENT 1580.

01:35PM   1    A.   WHICH BINDER ARE WE IN?

01:35PM   2    Q.   IT'S IN EVIDENCE.  I BELIEVE THIS IS ONE OF THE DOCUMENTS

01:35PM   3    THAT THE GOVERN SHOWED YOU YESTERDAY, SO IT'S PROBABLY WITHIN

01:35PM   4    THE WHITE BINDER.

01:35PM   5    A.   OKAY.

01:35PM   6    Q.   OKAY.  DO YOU RECALL BEING SHOWN THIS DOCUMENT YESTERDAY?

01:35PM   7    A.   YES.

01:35PM   8    Q.   AND DO YOU RECALL THAT THIS IS THE DOCUMENT WHERE

01:36PM   9    MS. HOLMES SUGGESTED THAT REGULATORY COUNSEL SHOULD BE, SHOULD

01:36PM   10   BE CONSULTED ON THE PRECISION TESTING POLICY AND YOU WERE

01:36PM   11   OFFENDED BY THAT; RIGHT?

01:36PM   12   A.   PROFICIENCY TESTING NOT PRECISION TESTING.

01:36PM   13   Q.   OKAY.  SO LET ME TRY AGAIN AND CLARIFY.  I APOLOGIZE.

01:36PM   14       YOU RECALL THAT THIS WAS A DOCUMENT THAT RELATED TO

01:36PM   15   PROFICIENCY TESTING.  MS. HOLMES SUGGESTED THAT YOU --

01:36PM   16   A.   THIS EMAIL RELATED TO PROFICIENCY TESTING.

01:36PM   17   Q.   OKAY.  AND YOU RECALL BEING ASKED ABOUT THIS AND

01:36PM   18   MS. HOLMES'S COMMENTS IN PARTICULAR?

01:36PM   19   A.   YES.

01:36PM   20   Q.   OKAY.  LET'S START AT THE BACK OF THE EMAIL.  OKAY.

01:37PM   21       HERE -- AND JUST SO WE'RE CLEAR, YOU GAVE TESTIMONY

01:37PM   22   YESTERDAY THAT THERE WAS NO -- I THINK YOU SAID THERE WAS NO

01:37PM   23   PROFICIENCY TESTING POLICY AT THERANOS.

01:37PM   24   A.   I DIDN'T, I DIDN'T -- I DON'T RECALL EXACTLY WHAT MY

01:37PM   25   TESTIMONY WAS.

01:37PM  1        I SAW THAT SYLVIA REFERENCED AN ATTACHED POLICY IN THE

01:37PM  2   EMAIL THAT WE REVIEWED A WHILE AGO.

01:37PM  3        I DO NOT RECALL SEEING A POLICY OR A PROCEDURE IN PLACE

01:37PM  4   FOR PROFICIENCY TESTING.

01:37PM  5   Q.   OKAY.  AND YOU RECALL THAT THERE WAS ACTUALLY SPECIFICALLY

01:37PM  6   AN AAP POLICY THAT WAS PUT IN PLACE?

01:37PM  7   A.   AGAIN, I WROTE ONE AND SIGNED IT.  IT WAS REWRITTEN BY

01:38PM  8   GODFREY, AND IT WAS NEVER IMPLEMENTED.

01:38PM  9   Q.   AND WHOSE RESPONSIBILITY IS IT TO IMPLEMENT THE AAP POLICY

01:38PM 10   UNDER CLIA LAW?

01:38PM 11   A.   IT'S DELEGATED TO THE TECHNICAL SUPERVISOR.  IT'S

01:38PM 12   ULTIMATELY THE LAB DIRECTOR'S RESPONSIBILITY.

01:38PM 13        HOWEVER, IT REQUIRES A LARGE CONCERTED EFFORT BY THE

01:38PM 14   ENTIRE OPERATIONS TEAM, RESOURCES, SUPPORT BY MANAGEMENT.

01:38PM 15   GIVEN THE NUMBER AND COMPLEXITY OF LDT'S THAT WE WERE DOING, IT

01:38PM 16   WAS NOT SOMETHING THAT I COULD HAVE ACHIEVED ON MY OWN.

01:38PM 17            MR. WADE:  YOUR HONOR, I WOULD MOVE TO STRIKE

01:38PM 18   EVERYTHING AFTER LABORATORY DIRECTOR.

01:39PM 19        (PAUSE IN PROCEEDINGS.)

01:39PM 20            THE COURT:  ALL RIGHT.  THANK YOU.  I'LL STRIKE

01:39PM 21   EVERYTHING AFTER THE WORDS "DIRECTOR'S RESPONSIBILITY."

01:39PM 22        RESPONSIBILITY WILL BE STRICKEN, LADIES AND GENTLEMEN, AS

01:39PM 23   NONRESPONSIVE TO THE QUESTION.

01:39PM 24   BY MR. WADE:

01:39PM 25   Q.   LET'S TURN BACK TO THE DOCUMENT.  DO YOU SEE THIS IS A

01:39PM  1    NOVEMBER 26TH, 2013 EMAIL FROM DANIEL YOUNG TO YOU COPYING

01:39PM  2    MS. HOLMES AND MR. BALWANI?

01:39PM  3    A.   YES.

01:39PM  4    Q.   AND IT SAYS AT THE TOP, "HERE ARE MY SUGGESTIONS THAT I

01:39PM  5    DISCUSSED WITH ADAM."

01:39PM  6    A.   YES.

01:39PM  7    Q.   DO YOU SEE THAT?

01:39PM  8    A.   YES.

01:39PM  9    Q.   AND HE TALKS IN DETAIL ABOUT -- HE SAYS THERE ARE 91 TESTS

01:40PM 10    THAT CLIA REGULATED AND REQUIRES PROFICIENCY TESTING?

01:40PM 11    A.   YES.

01:40PM 12    Q.   DO YOU SEE THAT?

01:40PM 13         AND THEN HE -- IN THE SECOND PARAGRAPH HE TALKS ABOUT --

01:40PM 14    HE SAYS, "FOR OUR LDT'S, ALL OF WHICH ARE CLIA REGULATED AT THE

01:40PM 15    MOMENT, WE NEED SOP'S FOR PT."

01:40PM 16         RIGHT?

01:40PM 17    A.   YES.

01:40PM 18    Q.   AND HE TALKS ABOUT THE PROCESS FOR THAT; RIGHT?

01:40PM 19    A.   HE PROPOSES DIFFERENT METHODS OF ALTERNATIVE PT.

01:40PM 20    Q.   RIGHT.  IF WE GO DOWN BELOW, HE MAKES A PROPOSAL TO YOU

01:40PM 21    FOR WHAT HE THINKS SHOULD BE CONSIDERED TO TEST THE ACCURACY OF

01:40PM 22    THE EDISON DEVICES; RIGHT?

01:40PM 23    A.   CORRECT.

01:40PM 24    Q.   AND HE'S --

01:41PM 25    A.   SO HE'S -- JUST TO CLARIFY, HE'S NOT SPECIFICALLY TALKING

01:41PM   1    ABOUT THE EDISONS HERE.  THE SUBJECT OF THE EMAIL IS

01:41PM   2    PROFICIENCY TESTING FOR LDT'S.  THAT WOULD ENCOMPASS ALL OF THE

01:41PM   3    LDT'S USED AT THERANOS.

01:41PM   4    Q.   HE'S TALKING ABOUT ALL OF THE LDT'S?

01:41PM   5    A.   CORRECT.

01:41PM   6    Q.   OKAY.  AND DOWN IN THE BOTTOM PART OF THAT EMAIL, RIGHT,

01:41PM   7    HE SAYS -- HE SETS FORTH SOME OF THE DETAILS TO INCLUDE THAT;

01:41PM   8    RIGHT?

01:41PM   9    A.   YES.

01:41PM  10    Q.   DO YOU SEE THAT?

01:41PM  11         AND INCLUDING THAT AAP SHOULD BE DONE TWICE PER YEAR;

01:41PM  12    RIGHT?

01:41PM  13    A.   YES.

01:41PM  14    Q.   AND THAT'S, THAT'S THE REQUIREMENT UNDER CLIA; CORRECT?

01:41PM  15    A.   I BELIEVE SO, YES.

01:41PM  16    Q.   AND YOU HAVE TO DO PROFICIENCY TESTING OR ALTERNATIVE

01:41PM  17    TESTING ON YOUR PRIMARY METHOD FOR A PARTICULAR ASSAY; CORRECT?

01:41PM  18    A.   CORRECT.

01:41PM  19    Q.   YOU HAVE TO DO IT EVERY SIX MONTHS FROM THE POINT AT WHICH

01:41PM  20    THAT BECOMES YOUR PRIMARY METHOD; CORRECT?

01:41PM  21    A.   YES.

01:41PM  22    Q.   OKAY.  THE -- AND HE PROPOSES THE CONTENTS OF THE SOP FOR

01:42PM  23    THAT ALTERNATIVE ASSESSMENT PROTOCOL; RIGHT?

01:42PM  24    A.   YES.

01:42PM  25    Q.   OKAY.  AND IF WE GO UP ONE EMAIL, IT STARTS ON THE BOTTOM

01:42PM 1    OF THE NEXT PAGE.  DO YOU SEE THAT?  THIS IS FROM YOU LATER

01:42PM 2    THAT SAME DAY, NOVEMBER 26TH, 2013?

01:42PM 3    A.   YES.

01:42PM 4    Q.   OKAY.  AND JUST SO WE CAN UNDERSTAND, THIS 2013,

01:42PM 5    NOVEMBER 26TH, THIS IS JUST AFTER THE PUBLIC LAUNCH OF

01:42PM 6    THERANOS; RIGHT?

01:42PM 7    A.   YES.

01:42PM 8    Q.   AND IF THAT WAS THE DATE OF THE PUBLIC LAUNCH, YOU

01:42PM 9    WOULDN'T NEED TO DO AAP FOR PROBABLY FIVE OR SIX MONTHS; RIGHT?

01:42PM 10   A.   YEAH.  SO THE CLIA REGULATIONS SAY THAT PROFICIENCY

01:43PM 11   TESTING SHOULD BE DONE AT SOME FREQUENCY.  I DON'T RECALL

01:43PM 12   EXACTLY WHAT THE REGS SAY.

01:43PM 13       I DON'T KNOW IF IT'S FROM THE TIME THAT A METHOD BECOMES

01:43PM 14   YOUR PRIMARY METHOD, BUT THEY DO SAY THAT IT SHOULD BE

01:43PM 15   PERFORMED ON THE PRIMARY METHOD.

01:43PM 16   Q.   RIGHT, ON THE PRIMARY METHOD, AT SOME INTERVALS.

01:43PM 17       BUT IT'S NOT LIKE QUALITY CONTROL WHERE YOU DO IT EVERY

01:43PM 18   DAY; RIGHT?

01:43PM 19   A.   CORRECT.

01:43PM 20   Q.   AND THIS IS ONCE -- TWICE OR THREE TIMES A YEAR; RIGHT?

01:43PM 21   A.   CORRECT.

01:43PM 22   Q.   AND YOU SAY -- IF WE CAN GO TO THE SUBSTANCE OF YOUR

01:43PM 23   EMAIL.  YOU SAY, "I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE

01:43PM 24   HAVE DISCUSSED."

01:43PM 25       RIGHT?

01:43PM 1      A.   CORRECT.

01:43PM 2      Q.   AND I DIDN'T HIGHLIGHT IT IN THE EMAIL BELOW, BUT IN THE

01:43PM 3      EMAIL BELOW, WHAT DR. YOUNG, HE NOTED THAT THERE WERE -- YOU

01:43PM 4      AND HE HAD A DISCUSSION; RIGHT?  THAT'S HOW HE STARTED THE

01:43PM 5      EMAIL?

01:43PM 6      A.   YES.

01:43PM 7      Q.   AND SO HE'S WORKING WITH YOU TO DEVELOP THIS; CORRECT?

01:43PM 8      A.   YES.

01:43PM 9      Q.   AND THEN IF WE CAN GO UP A COUPLE OF EMAILS TO

01:44PM 10     MR. PANDORI'S EMAIL AT 5:20 P.M.

01:44PM 11          DO YOU SEE THAT?

01:44PM 12     A.   YES.

01:44PM 13     Q.   AND HE SAYS -- MR. GEE SAYS TO -- I'M SORRY.

01:44PM 14          MR. PANDORI SAYS TO MR. GEE, "PLEASE SHARE WITH DANIEL THE

01:44PM 15     COMPARISON OF PREDICATE AND EDISON FOR THE PT SPECIMENS WE

01:44PM 16     TESTED."

01:44PM 17          DO YOU SEE THAT?

01:44PM 18     A.   YES, YES.

01:44PM 19     Q.   AND DOES THAT INDICATE THAT THERE WAS SOME AT LEAST

01:44PM 20     EXPERIMENTAL PRECISION TESTING THAT WAS GOING ON DURING THIS

01:44PM 21     TIME PERIOD?

01:44PM 22     A.   AGAIN, PROFICIENCY, NOT PRECISION.  YOU SAID PRECISION.  I

01:44PM 23     THINK YOU MEANT PROFICIENCY.

01:44PM 24     Q.   I DID.

01:44PM 25     A.   YEAH.  THERE WAS LEFTOVER PT SPECIMENS FROM A VARIETY OF

01:44PM  1    SOURCES.

01:44PM  2        THEY WERE RUN ON SOME EDISON INSTRUMENTS AND COMPARED TO

01:45PM  3    THE RESULTS FROM THE IMMULITE.

01:45PM  4    Q.   OKAY.  AND AS WE WORK UP THE CHAIN, IF WE GO TO THE

01:45PM  5    8:25 P.M., THERE'S DISCUSSION WITH MR. BALWANI ABOUT THIS;

01:45PM  6    RIGHT?

01:45PM  7    A.   YES.

01:45PM  8    Q.   AND HE SAYS HE WOULD LIKE TO SEE THESE RESULTS THAT WERE

01:45PM  9    RUN; RIGHT?

01:45PM  10   A.   YES.

01:45PM  11   Q.   ON THE EDISONS?

01:45PM  12   A.   YES.

01:45PM  13   Q.   BECAUSE IT LOOKS LIKE THERE WAS SOME PROFICIENCY TESTING

01:45PM  14   THAT WAS DONE ON THE EDISONS; RIGHT?

01:45PM  15   A.   YES.

01:45PM  16   Q.   OKAY.  LET'S GO UP ONE CHAIN.

01:45PM  17   A.   I -- NEVER MIND.

01:45PM  18   Q.   DO YOU SEE IT GO UP ONE CHAIN?  DO YOU SEE THAT?

01:45PM  19   A.   YES.

01:45PM  20   Q.   AND IT SAYS, "WE ALSO NEED INFORMATION ABOUT THE PT

01:45PM  21   SAMPLES, SUCH AS WHAT THE MATRIXES WERE."

01:46PM  22        RIGHT?

01:46PM  23   A.   YES.

01:46PM  24   Q.   AND HE WANTS TO GET THIS INFORMATION; RIGHT?

01:46PM  25   A.   YES.

01:46PM  1    Q.   OKAY.  AND THEN IF WE JUMP UP TO FEBRUARY 24TH -- AND I

01:46PM  2    SHOULD MAKE CLEAR.  I DON'T KNOW IF YOU CAUGHT WHAT HAPPENED.

01:46PM  3    I DON'T WANT TO IN ANY WAY MISLEAD YOU.

01:46PM  4         THERE WAS AN EMAIL THAT WAS FORWARDED FROM 2013 WHERE YOU

01:46PM  5    AND DANIEL WERE DISCUSSING THE POLICY; RIGHT?

01:46PM  6    A.   CORRECT.

01:46PM  7    Q.   DO YOU SEE THAT?

01:46PM  8    A.   YES.

01:46PM  9    Q.   AND THAT'S BEING FORWARDED IN FEBRUARY OF 2013.

01:46PM  10        DO YOU SEE THAT?  THERE'S A SWITCH IN YEARS THERE

01:46PM  11   BECAUSE -- AND DO YOU SEE DANIEL'S EMAIL, IF WE CAN GO TO THE

01:46PM  12   BOTTOM OF PAGE 4.

01:47PM  13        DO YOU SEE THAT?

01:47PM  14   A.   I SEE THAT.

01:47PM  15   Q.   AND THAT'S 2013.  AND THEN THE NEXT EMAIL ABOVE THAT

01:47PM  16   DANIEL FORWARDS TO MR. PANDORI IN FEBRUARY OF 2014?

01:47PM  17   A.   I SEE IT.  I SEE IT.

01:47PM  18   Q.   OKAY.  IS THAT HELPFUL TO YOUR UNDERSTANDING OF WHAT

01:47PM  19   HAPPENED?

01:47PM  20   A.   YES.  HE WANTED TO GET MARK PANDORI IN THE LOOP ABOUT WHAT

01:47PM  21   THE THOUGHTS WERE REGARDING ALTERNATIVE ASSESSMENT OF

01:47PM  22   PROFICIENCY.

01:47PM  23   Q.   AND THAT ALL RELATES TO THE DATA IN MS. CHEUNG'S EMAIL

01:47PM  24   THAT WE LOOKED AT; RIGHT?

01:47PM  25   A.   YES.

01:47PM  1    Q.   AND THAT DATA THAT WAS DERIVING FROM RUNNING PROFICIENCY

01:47PM  2    TESTING SAMPLES, TRADITIONAL PROFICIENCY TESTING SAMPLES ON AN

01:47PM  3    EDISON; RIGHT?

01:47PM  4    A.   CORRECT.

01:47PM  5    Q.   WHICH WAS NOT CONSISTENT WITH THE POLICY THAT YOU AND

01:48PM  6    DR. YOUNG HAD DEVELOPED BACK IN 2013; CORRECT?

01:48PM  7    A.   CORRECT.

01:48PM  8    Q.   OKAY.  AND THE REASON THIS IS BEING REFORWARDED BY YOU IS

01:48PM  9    TO REMIND EVERYBODY ABOUT THE POLICY --

01:48PM  10   A.   THAT WAS REFORWARDED BY DANIEL.

01:48PM  11   Q.   LET'S GO BACK OR DOWN ONE EMAIL.  RIGHT.  SO THIS IS SENT

01:48PM  12   FROM YOU TO DANIEL AND TO MS. HOLMES AND MR. BALWANI IN

01:48PM  13   NOVEMBER OF 2013; RIGHT?

01:48PM  14   A.   YES.

01:48PM  15   Q.   AND SO THE EXPECTATION BEING THAT THIS WAS -- THE POLICY

01:48PM  16   THAT WE HAD JUST DISCUSSED WAS GOING TO BE THE POLICY THAT

01:48PM  17   WOULD BE APPLIED; CORRECT?

01:48PM  18        YOU FORWARDED THIS TO THE SENIOR MANAGEMENT OF THE

01:48PM  19   COMPANY?

01:48PM  20   A.   SO WHAT I FORWARDED TO ELIZABETH AND SUNNY IN

01:49PM  21   NOVEMBER 26TH, 2013 WAS A STATEMENT, DANIEL, THANKS, I'LL WRITE

01:49PM  22   UP THE SOP AND INCORPORATE WHAT WE HAVE DISCUSSED.

01:49PM  23   Q.   RIGHT.  RIGHT.  I'M SORRY FOR THE CONFUSION,

01:49PM  24   DR. ROSENDORFF.

01:49PM  25   A.   THAT'S IT.

01:49PM  1    Q.   LET'S GO BACK TO THAT FIRST EMAIL.   OKAY.

01:49PM  2         THIS LAYS OUT THE AAP POLICY THAT YOU WERE GOING TO APPLY

01:49PM  3    TO ASSESS THE ACCURACY OF THE EDISON DEVICES; RIGHT?

01:49PM  4    A.   IT'S A PROPOSAL BY DANIEL, YES.

01:49PM  5    Q.   IT'S A PROPOSAL BY DANIEL.  AND THEN YOU SAY YOU'RE GOING

01:49PM  6    TO WRITE IT UP AS AN SOP; RIGHT?

01:49PM  7    A.   CORRECT.

01:49PM  8    Q.   AND THEN YOU FORWARD, IN 2013, THE FACT THAT YOU'RE GOING

01:49PM  9    TO WRITE IT UP AS AN SOP TO MR. YOUNG AND TO MS. HOLMES AND

01:49PM  10   MR. BALWANI; CORRECT?

01:49PM  11   A.   YES, YES.

01:49PM  12   Q.   OKAY.  AND DR. YOUNG FORWARDS THAT TO MR. PANDORI, WHO WAS

01:49PM  13   INVOLVED WITH MS. CHEUNG IN THAT USE OF THE PROFICIENCY TESTING

01:50PM  14   MATERIAL ON THE EDISON; RIGHT?

01:50PM  15   A.   YES.

01:50PM  16   Q.   AND DR. PANDORI WAS NOT AT THE COMPANY BACK WHEN YOU AND

01:50PM  17   DR. YOUNG CREATED THAT POLICY?

01:50PM  18   A.   HE WAS NOT.

01:50PM  19   Q.   SO DR. YOUNG WAS FORWARDING THAT TO HIM; CORRECT?

01:50PM  20   A.   CORRECT.

01:50PM  21   Q.   AND THEN MR. PANDORI, GOING BACK UP THE EMAIL NOW THAT

01:50PM  22   WE'RE ON THE SAME PAGE, MR. PANDORI SAYS, "PLEASE SHARE WITH

01:50PM  23   DANIEL YOUNG THE COMPARISON OF PREDICATE AND EDISON FOR THE PT

01:50PM  24   SPECIMENS WE TESTED."

01:50PM  25         RIGHT?

01:50PM 1    A.   YES.

01:50PM 2    Q.   AND UNDER THE AAP POLICY FOR EDISONS, PT SPECIMENS WERE

01:50PM 3    NOT SUPPOSED TO BE TESTED?

01:50PM 4    A.   CORRECT.

01:50PM 5    Q.   OKAY.  AND LET'S GO UP THE CHAIN FURTHER.

01:51PM 6         LET'S SKIP TO MR. BALWANI'S EMAIL ON FEBRUARY 24, 2014.

01:51PM 7    THIS WAS AROUND THE TIME THAT MS. CHEUNG WAS SENDING THAT DATA

01:51PM 8    AROUND; RIGHT?

01:51PM 9    A.   YES.

01:51PM 10   Q.   AND THIS SAYS HERE, "WHERE AND WHO PULLED THE RESULTS?"

01:51PM 11        MR. BALWANI WANTED TO SEE THE DATA; RIGHT?

01:51PM 12   A.   CORRECT.

01:51PM 13   Q.   OKAY.  LET'S GO TO THE NEXT EMAIL.

01:51PM 14        AND DR. YOUNG SAYS WE ALSO NEED INFORMATION ABOUT THE PT

01:51PM 15   SAMPLES SUCH AS THE MATRIX AND OTHER MATERIALS.

01:51PM 16        RIGHT?  DO YOU SEE THAT?

01:51PM 17   A.   YES.

01:51PM 18   Q.   AND HE THEN SAYS, "THESE PT SAMPLES ARE USUALLY FORMULATED

01:51PM 19   WITH CERTAIN TEST SYSTEMS IN MIND."

01:51PM 20        RIGHT?

01:51PM 21   A.   YES.

01:51PM 22   Q.   AND HE THEN SAYS, "THIS IS ONE OF THE REASONS I AM NOT

01:52PM 23   COMFORTABLE USING THEM WITHOUT A PEER GROUP."

01:52PM 24        RIGHT?

01:52PM 25   A.   YES.

01:52PM  1    Q.   AND THAT'S BECAUSE WE HAD TALKED ABOUT SOME OF THOSE

01:52PM  2    INTERFERENCES AND THINGS; RIGHT?  DO YOU RECALL THAT TESTIMONY

01:52PM  3    A LITTLE BIT AGO?  HOW SOMETIMES TESTS RESPOND TO OTHER

01:52PM  4    ELEMENTS IN THE MATERIAL?

01:52PM  5    A.   YES.

01:52PM  6    Q.   AND IT'S SOMETIMES REFERRED TO AS A MATRIXES; IS THAT

01:52PM  7    RIGHT?

01:52PM  8    A.   NO.  WE DISCUSSED ICTERUS, LIPEMIA AND HEMOLYSIS AS PART

01:52PM  9    OF THE SPECIFICITY DISCUSSION WITH MR. BALWANI.  THOSE

01:52PM  10   SUBSTANCES CAN INTERFERE WITH DETECTION OF ANALYTES.

01:52PM  11        WHAT DANIEL IS TALKING ABOUT HERE IS WHAT IS THE MATRIX,

01:53PM  12   IN OTHER WORDS, IS THE MATRIX MADE UP TO RESEMBLE SERUM?  IS IT

01:53PM  13   BEING MADE UP TO RESEMBLE CAPILLARY BLOOD?  WHAT IS IN THE PT

01:53PM  14   MATERIAL ITSELF?

01:53PM  15   Q.   BECAUSE THE PT MATERIAL THAT IS TESTED ON THE EDISON MAY

01:53PM  16   NOT BE AN APPLES-TO-APPLES COMPARISON, RIGHT?  IT MAY NOT BE A

01:53PM  17   PEERED TEST?

01:53PM  18   A.   I MEAN, I CAN EXPLAIN MY THINKING ABOUT THAT YOU IF WOULD

01:53PM  19   LIKE.

01:53PM  20   Q.   WELL, LET'S GO UP THE EMAIL AND FOCUS ON WHAT HAPPENED AT

01:53PM  21   THE TIME.  LET'S GO UP TO THE FEBRUARY 24TH EMAIL FROM

01:53PM  22   DR. YOUNG.

01:53PM  23        I'M SORRY, ONE EMAIL UP.  IT'S BURIED WITHIN -- IT SAYS,

01:54PM  24   "ON FEBRUARY 24TH, 2014."

01:54PM  25        NOW, THIS IS AN EMAIL -- ACTUALLY, I'M SORRY.  THIS IS AN

01:54PM   1    EMAIL FROM MR. BALWANI; CORRECT?

01:54PM   2    A.   YES, HE'S -- IT APPEARS THAT HE'S QUOTING DANIEL HERE.

01:54PM   3    Q.   AND HE'S QUOTING AN EMAIL FROM DANIEL?

01:54PM   4    A.   YEAH.

01:54PM   5    Q.   AND IT SAYS, "TO ADD MORE DETAILS ABOUT MY CONCERNS."

01:54PM   6         AND JUST SO WE'RE CLEAR, YOU AND DANIEL HAD WORKED

01:54PM   7    TOGETHER ON DEVELOPING THE AAP TEST; CORRECT?

01:54PM   8    A.   ME AND DANIEL HAD DISCUSSED IT.  I WROTE OUT AN SOP THAT

01:54PM   9    WAS OVERWRITTEN BY THE G.S.  THE AAP WAS NEVER IMPLEMENTED.

01:54PM   10   Q.   I UNDERSTAND YOUR ANSWER IN THAT REGARD.

01:54PM   11        MY QUESTION WAS, YOU AND DANIEL WORKED TOGETHER TO DEVELOP

01:54PM   12   THAT PROCEDURE; CORRECT?

01:54PM   13   A.   CORRECT.

01:54PM   14   Q.   CORRECT.  AND HERE DANIEL IS QUOTED AS SAYING, "TO ADD

01:55PM   15   MORE DETAILS ABOUT MY CONCERNS RELATING TO USING PT SAMPLES

01:55PM   16   WITHOUT EXTENSIVE STUDY WITH OUR LDT'S AND WITHOUT A PEER

01:55PM   17   GROUP, I WANTED TO HIGHLIGHT WHY THE PEER GROUP METHODS WERE

01:55PM   18   ESTABLISHED FOR PT AND OTHER CHALLENGES RELATING TO MATRIX

01:55PM   19   EFFECTS."

01:55PM   20        DO YOU SEE THAT?

01:55PM   21   A.   YES.

01:55PM   22   Q.   AND HE THEN SAYS, "THESE FACTORS ARE WHY I HAD RECOMMENDED

01:55PM   23   LAST YEAR THE APPROACH THAT WE SINCE CAPTURED IN OUR CLIA SOP'S

01:55PM   24   LAST YEAR."

01:55PM   25        DO YOU SEE THAT?

01:55PM  1     A.   YES.

01:55PM  2     Q.   "NAMELY, RUNNING PT ON FDA-CLEARED PREDICATES."

01:55PM  3          THAT MEANS A BIG DEVICE IN THE LAB, ONE OF THE BIG

01:55PM  4     MACHINES?

01:55PM  5     A.   A DCA VANTAGE IS FDA APPROVED.  IT'S PRETTY SMALL.

01:55PM  6          IF YOU COULD BE MORE SPECIFIC, THAT WOULD BE HELPFUL TO

01:55PM  7     ME.

01:55PM  8     Q.   IT WAS ONE OF THE GOLD STANDARD PREDICATES; RIGHT?

01:55PM  9     A.   THE FDA APPROVED SIEMENS INSTRUMENT, YES.

01:56PM 10     Q.   YES.  AND YOU WANTED TO COMPARE YOUR SAMPLES AGAINST THAT?

01:56PM 11     A.   YES.

01:56PM 12     Q.   YEAH.  AND RUNNING INTERNAL ALTERNATIVE ASSESSMENT

01:56PM 13     PROGRAMS -- THAT'S AAP; RIGHT?

01:56PM 14     A.   YES.

01:56PM 15     Q.   NAMELY, USING THE ACTUAL PATIENT SAMPLES; RIGHT?

01:56PM 16     A.   YES.

01:56PM 17     Q.   "TO ENSURE THAT OUR LDT'S, ELISA, CYTO, AND GC, ARE

01:56PM 18     ACCURATE WITH RESPECT TO THESE PREDICATES."

01:56PM 19          DO YOU SEE THAT?

01:56PM 20     A.   YES.

01:56PM 21     Q.   AND THAT'S HIS STATED GOAL?

01:56PM 22     A.   YES.

01:56PM 23     Q.   AND THAT WAS IN THE SOP THAT YOU DRAFTED; RIGHT?

01:56PM 24     A.   YES.

01:56PM 25     Q.   "NOTE THAT CAP IS DEVELOPING SOME UNMODIFIED SAMPLES FOR

01:56PM   1    PT BUT THIS IS STILL IN DEVELOPMENT (SOMETHING WE SHOULD

01:56PM   2    FURTHER ENGAGE CAP ON)."

01:56PM   3         RIGHT?

01:56PM   4    A.   I READ THAT.

01:56PM   5    Q.   AND DO YOU SEE THAT?

01:56PM   6    A.   UH-HUH.

01:56PM   7    Q.   AND THEN HE QUOTES FROM SOME RESEARCH HE HAD DONE.

01:56PM   8         DO YOU SEE THAT?

01:56PM   9    A.   YES.

01:56PM  10    Q.   AND THEN THE LAST SENTENCE DOWN AT THE BOTTOM, HE SAYS,

01:57PM  11    "THE PROPOSED INTERNAL AAP APPROACH WAS DEVISED TO OVERCOME

01:57PM  12    THESE LIMITATIONS OF OUR LDT'S.  LOOKING FORWARD TO DISCUSSING

01:57PM  13    THESE MATTERS."

01:57PM  14         RIGHT?

01:57PM  15    A.   YES.

01:57PM  16    Q.   THAT'S WHAT HE SAID.

01:57PM  17         BECAUSE THE POLICY THAT YOU -- THERE WERE CONCERNS

01:57PM  18    RECOGNIZED ABOUT HOW MATRIX COULD AFFECT THE RESULT AND YOU

01:57PM  19    TOGETHER DEVELOPED A POLICY THAT WAS DESIGNED TO ADJUST FOR

01:57PM  20    THAT; RIGHT?

01:57PM  21    A.   IN MY DISCUSSIONS WITH DANIEL, WE NEVER DISCUSSED MATRIX

01:57PM  22    EFFECTS.

01:57PM  23    Q.   OKAY.

01:57PM  24    A.   AND THESE ARE COMING UP IN FEBRUARY OF 2014, THESE

01:57PM  25    CONCERNS, YEAH.

01:57PM   1      Q.   BUT YOU, YOU AGREED THAT THE AAP WAS THE APPROPRIATE

01:57PM   2      METHOD?

01:57PM   3      A.   YES, YES.

01:57PM   4      Q.   OKAY.  AND THAT'S WHAT SHOULD BE USED WHEN YOU'RE TESTING

01:57PM   5      THOSE SAMPLES?

01:57PM   6      A.   YES.

01:57PM   7      Q.   OKAY.  AND THE, THE PT SPECIMENS THAT WERE USED IN THAT

01:57PM   8      EXPERIMENT THAT MS. CHEUNG SENT YOU DATA ON WERE NOT SUPPOSED

01:58PM   9      TO BE USED UNDER THE POLICY; RIGHT?

01:58PM  10      A.   CORRECT.  THAT WAS A -- THAT WAS A SPOT-CHECK, QC

01:58PM  11      EXERCISE.  THAT WAS NOT CAPTURED IN A PROCEDURE.

01:58PM  12      Q.   RIGHT.  BUT MY QUESTION IS THAT THE AAP PROTOCOL THAT YOU

01:58PM  13      SET UP UNDER THAT, YOU WERE NOT SUPPOSED TO USE THAT

01:58PM  14      MATERIAL --

01:58PM  15      A.   CORRECT, CORRECT.

01:58PM  16      Q.   -- TO ASSESS THE ACCURACY OF THERANOS'S EDISON DEVICES?

01:58PM  17      A.   CORRECT.

01:58PM  18      Q.   OKAY.  LET'S -- NOW, WHEN YOU WERE SHOWN THIS BY THE

01:58PM  19      GOVERNMENT, THEY DIDN'T SHOW YOU THAT PIECE, DID THEY?

01:58PM  20      A.   WHICH PIECE?

01:58PM  21      Q.   THE PIECE FROM DR. YOUNG.

01:58PM  22      A.   NO, THEY DIDN'T.

01:58PM  23      Q.   NO, THEY DIDN'T.

01:58PM  24           AND THEN IF YOU LOOK ABOVE THAT, IT SAYS, "CC'ING

01:58PM  25      ELIZABETH ON THIS AS WE WENT THRU THIS DISCUSSION OVER A YEAR

01:58PM  1    AGO ALSO."

01:58PM  2         DO YOU SEE THAT?

01:58PM  3    A.  YES.

01:58PM  4    Q.  AND DO YOU REMEMBER ABOUT A YEAR AGO WAS WHEN YOU HAD

01:59PM  5    FORWARDED WHAT YOU WERE GOING TO DO TO HER AS DISCUSSED WITH

01:59PM  6    DR. YOUNG; RIGHT?

01:59PM  7    A.  YES, YES.  THERE WAS AN EMAIL THAT PROBABLY SAID OKAY, I

01:59PM  8    WILL DO.

01:59PM  9    Q.  YEAH.  WHERE YOU SAID YOU WERE GOING TO PREPARE THE SOP

01:59PM  10   FOR AAP AS DISCUSSED; RIGHT?

01:59PM  11   A.  CORRECT.

01:59PM  12   Q.  AND THAT APPROACH HAD BEEN VETTED INTERNALLY; CORRECT?

01:59PM  13   A.  I'M NOT SURE WHAT YOU MEAN.

01:59PM  14   Q.  WELL, YOU DISCUSSED IT WITH DR. YOUNG?

01:59PM  15   A.  RIGHT.

01:59PM  16   Q.  AND YOU FORWARDED IT TO YOUR DIRECT REPORT, MR. BALWANI;

01:59PM  17   CORRECT?

01:59PM  18   A.  SO JUST TO BE PERFECTLY CLEAR --

01:59PM  19   Q.  MY QUESTION -- THE QUESTION PENDING IS WHETHER YOU

01:59PM  20   FORWARDED IT TO MR. BALWANI.  THAT'S THE QUESTION.

01:59PM  21   A.  I SAID, OKAY, WILL DO.  THAT WAS THE MESSAGE FORWARDED TO

01:59PM  22   MR. BALWANI.

01:59PM  23        IT WAS NOT, IT WAS -- IT DID NOT INCLUDE DANIEL'S

02:00PM  24   PROPOSAL.  THAT WHAT I CAN SEE FROM THE DOCUMENTS.  SO --

02:00PM  25   Q.  LET'S GO BACK TO MAKE SURE THAT WE'RE VERY CLEAR ON THIS.

02:00PM   1    OKAY?

02:00PM   2    A.   YES.

02:00PM   3    Q.   THIS IS AN IMPORTANT ISSUE.

02:00PM   4         LET'S GO BACK TO PAGE 4.  LET'S FOCUS ON THE BOTTOM EMAIL.

02:00PM   5    A.   YEP.

02:00PM   6    Q.   OKAY.  LET'S LOOK AT THAT.

02:00PM   7         THAT'S A FORWARD FROM YOU TO DR. YOUNG, MS. HOLMES,

02:00PM   8    MR. BALWANI ON NOVEMBER 26TH, 2013; CORRECT?

02:00PM   9    A.   CORRECT.

02:00PM  10    Q.   IT'S THE FORWARD OF AN EMAIL THAT IS BELOW; CORRECT?

02:00PM  11    A.   NO.  THE EMAIL BELOW IS A NEW EMAIL.

02:00PM  12    Q.   WELL, LET'S LOOK AT -- LET'S NOW GO TO THE EMAIL BELOW.

02:00PM  13    LET'S LOOK, LET'S LOOK AT THAT WHOLE PAGE.  OKAY?

02:01PM  14         THAT'S WHAT IS BEING FORWARDED TO THOSE PEOPLE IN 2013;

02:01PM  15    CORRECT?  THAT EMAIL THREAD THAT INCLUDED YOUR EMAIL TO DANIEL,

02:01PM  16    YOUR RESPONSE TO DANIEL, WHICH IS SET FORTH DIRECTLY BELOW YOUR

02:01PM  17    EMAIL THERE?

02:01PM  18    A.   SO THE WAY I SEE THIS IS THAT THE ONLY THING THAT I

02:01PM  19    FORWARDED TO ELIZABETH AND SUNNY WAS THE STATEMENT, "DANIEL,

02:01PM  20    THANKS, I'LL WRITE UP THE SOP AND INCORPORATE WHAT WE HAVE

02:01PM  21    DISCUSSED."

02:01PM  22         I'M LOOKING AT THE NEXT ITEM AS A SEPARATE EMAIL.

02:01PM  23    Q.   AS NOT ENCAPSULATING EVERYTHING THAT'S BEFORE; RIGHT?  YOU

02:01PM  24    JUST SAID, THANKS, I'LL WRITE UP THE SOP WITHOUT INCLUDING THAT

02:01PM  25    CONTENT?  THAT'S YOUR TESTIMONY?

02:01PM  1    A.   THAT'S HOW I READ -- THAT'S HOW I INTERPRET THIS DOCUMENT

02:01PM  2    TODAY, YES.

02:01PM  3    Q.   OKAY.  YOU'RE FAMILIAR WITH EMAIL THREADS?

02:01PM  4    A.   YES.

02:01PM  5    Q.   OKAY.  WELL, LET'S GO BACK UP THE CHAIN.  YOU HAD CC'D

02:02PM  6    MS. HOLMES.

02:02PM  7         MS. HOLMES HAD BEEN CC'D.

02:02PM  8         DO YOU RECALL THAT ON THE TOP OF PAGE 2?

02:02PM  9    A.   THE TOP OF PAGE 2.  THE BOTTOM OF PAGE 1 IS FROM

02:02PM 10    SUNNY BALWANI TO DANIEL AND MYSELF AND LANGLY, ET CETERA, AND

02:02PM 11    ELIZABETH.

02:02PM 12    Q.   RIGHT.  AND HE SAYS, "CC'ING ELIZABETH ON THIS AS WE WENT

02:02PM 13    THRU THESE DISCUSSIONS OVER A YEAR AGO."

02:02PM 14    A.   YES.

02:02PM 15    Q.   DO YOU THINK THE DISCUSSIONS YOU WERE GOING THROUGH OVER A

02:02PM 16    YEAR AGO WAS YOUR FORWARD ON THE SOP, OR DO YOU THINK IT WAS

02:02PM 17    THE SUBSTANCE OF THE ISSUE?

02:02PM 18    A.   I'M NOT FOLLOWING.  I'M SORRY.

02:02PM 19    Q.   OKAY.  LET'S KEEP GOING.

02:03PM 20         MS. HOLMES THEN RESPONDS WITH RESPECT TO THAT ENTIRE

02:03PM 21    DISCUSSION; CORRECT?

02:03PM 22    A.   YES.

02:03PM 23    Q.   OKAY.  AND THAT ENTIRE DISCUSSION RELATED TO THE

02:03PM 24    PERFORMANCE OF PROFICIENCY TESTING ON EDISON DEVICES THAT WAS

02:03PM 25    NOT CONSISTENT WITH THE AAP POLICY THAT YOU DRAFTED INTO THE

02:03PM  1    SOP?

02:03PM  2    A.   CORRECT.

02:03PM  3    Q.   OKAY.  AND THAT WAS THE DATA THAT WAS INCLUDED IN

02:03PM  4    MS. CHEUNG'S EMAIL THAT THE GOVERNMENT SHOWED YOU ON DIRECT

02:03PM  5    TESTIMONY?

02:03PM  6    A.   YES.

02:03PM  7             THE COURT:  MR. WADE, DO YOU --

02:03PM  8             MR. WADE:  IS IT 2:00?  YEAH, NOW IS PROBABLY A GOOD

02:03PM  9    TIME TO BREAK.  I DON'T WANT TO HOLD THE DOCTOR UP.  I KNOW HE

02:03PM 10    HAS AN IMPORTANT --

02:03PM 11             THE COURT:  SO LET'S TAKE OUR AFTERNOON RECESS,

02:04PM 12    LADIES AND GENTLEMEN.  LET'S TAKE 20 MINUTES, 20 MINUTES.  WILL

02:04PM 13    THAT DO?

02:04PM 14        AND WE MAY HAVE A BREAK IN OUR WITNESSES.  THE DOCTOR MAY

02:04PM 15    NEED TO -- I THINK HE HAS AN APPOINTMENT.

02:04PM 16        SO, DOCTOR, WE'LL EXCUSE YOU FOR THE REST OF THE DAY, AND

02:04PM 17    WE'LL SEE YOU AGAIN FRIDAY MORNING, PLEASE, AT 9:00 O'CLOCK.

02:04PM 18             THE WITNESS:  OKAY.  VERY GOOD.

02:04PM 19             THE COURT:  THANK YOU.

02:04PM 20        COUNSEL, IF YOU COULD REMAIN FOR JUST A MOMENT.

02:04PM 21        (JURY OUT AT 2:04 P.M.)

02:04PM 22             THE COURT:  ALL RIGHT.  THANK YOU.

02:05PM 23        THE RECORD SHOULD REFLECT OUR JURY AND ALTERNATES HAVE

02:05PM 24    LEFT THE COURTROOM FOR A BREAK.

02:05PM 25        ALL COUNSEL AND MS. HOLMES IS PRESENT.

02:05PM   1                WE'RE GOING TO COME BACK IN 20 MINUTES.

02:05PM   2                WILL WE HAVE A WITNESS THEN, MR. LEACH?

02:05PM   3                     MR. LEACH:  WE WILL, YOUR HONOR, YES.

02:05PM   4                     THE COURT:  GREAT.  OKAY.  THANK YOU.  WE'LL BE IN

02:05PM   5        RECESS THEN.

02:05PM   6                     THE CLERK:  COURT IS IN RECESS.

02:05PM   7                (RECESS FROM 2:05 P.M. UNTIL 2:28 P.M.)

02:28PM   8                (JURY IN AT 2:28 P.M.)

02:28PM   9                     THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:28PM  10        OUR JURY AND ALTERNATES ARE PRESENT.  ALL COUNSEL ARE PRESENT

02:28PM  11        AND MS. HOLMES IS PRESENT.

02:28PM  12                AS I SAID, LADIES AND GENTLEMEN, WE'RE GOING TO TAKE A

02:28PM  13        BREAK WITH DR. ROSENDORFF'S TESTIMONY AND WE'LL RESUME WITH HIM

02:28PM  14        ON FRIDAY MORNING.

02:28PM  15                BUT IN THE ALTERNATIVE, YOU HAVE A WITNESS TO CALL,

02:28PM  16        MR. LEACH?

02:28PM  17                     MR. LEACH:  WE DO, YOUR HONOR.

02:28PM  18                THE UNITED STATES CALLS DR. VICTORIA SUNG.

02:28PM  19                     THE COURT:  ALL RIGHT.  THANK YOU.

02:29PM  20                GOOD AFTERNOON.  IF YOU WOULD PLEASE COME FORWARD AND FACE

02:29PM  21        OUR COURTROOM DEPUTY HERE.  IF YOU WOULD RAISE YOUR RIGHT HAND,

02:29PM  22        SHE HAS A QUESTION FOR YOU.

02:29PM  23                **(GOVERNMENT'S WITNESS, VICTORIA SUNG, WAS SWORN.)**

02:29PM  24                     THE WITNESS:  YES.

02:29PM  25                     THE CLERK:  GO AHEAD AND TAKE THE STAND.

02:29PM  1          THE COURT:  PLEASE HAVE A SEAT HERE AND MAKE

02:29PM  2   YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THAT CHAIR AND

02:29PM  3   MICROPHONE.  I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE

02:29PM  4   MICROPHONE.

02:29PM  5          WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

02:29PM  6   AND THEN SPELL IT, PLEASE.

02:29PM  7          THE WITNESS:  VICTORIA SUNG.  V-I-C-T-O-R-I-A,

02:29PM  8   S-U-N-G.

02:29PM  9          THE COURT:  THANK YOU.  COUNSEL.

02:29PM 10          MR. LEACH:  THANK YOU, YOUR HONOR.

02:29PM 11                       **DIRECT EXAMINATION**

02:29PM 12   BY MR. LEACH:

02:29PM 13   Q.  DR. SUNG, I UNDERSTAND YOU HAVE A CLEAR MASK THAT YOU

02:29PM 14   WOULD BE MORE COMFORTABLE WEARING IN COURT; IS THAT CORRECT?

02:29PM 15   A.  YES.

02:29PM 16          MR. LEACH:  AND WITH THE COURT'S PERMISSION, CAN SHE

02:29PM 17   WEAR THAT MASK?

02:29PM 18          THE COURT:  YES, OF COURSE.

02:29PM 19      ANY OBJECTION, COUNSEL?

02:30PM 20      CAN YOU STATE YOUR NAME SO WE CAN ENSURE OUR COURT

02:30PM 21   REPORTER CAN HEAR YOU APPROPRIATELY.

02:30PM 22          THE WITNESS:  IT'S VICTORIA SUNG.

02:30PM 23          THE COURT:  MAYBE A LITTLE CLOSER TO THE MICROPHONE

02:30PM 24   WOULD BE HELPFUL.

02:30PM 25          THE WITNESS:  VICTORIA SUNG.

02:30PM  1          THE COURT:  THANK YOU.

02:30PM  2      COUNSEL.

02:30PM  3  BY MR. LEACH:

02:30PM  4  Q.   GOOD AFTERNOON, DR. SUNG.  WOULD YOU PLEASE DESCRIBE FOR

02:30PM  5  US YOUR EDUCATIONAL AND PROFESSIONAL BACKGROUND?

02:30PM  6  A.   YEAH.  SO I HAVE AN UNDERGRADUATE DEGREE FROM

02:30PM  7  U.C. BERKELEY AND PH.D. FROM GEORGETOWN UNIVERSITY.

02:30PM  8  Q.   AND WHEN DID YOU OBTAIN YOUR PH.D. FROM GEORGETOWN

02:30PM  9  UNIVERSITY?

02:30PM  10  A.   IN 1998.

02:30PM  11  Q.   AND WHAT HAVE YOU DONE PROFESSIONALLY SINCE OBTAINING YOUR

02:30PM  12  PH.D. FROM GEORGETOWN?

02:30PM  13  A.   SO I HAVE WORKED -- I DID A SHORT POSTDOCTORAL FELLOWSHIP

02:30PM  14  IN STANFORD.

02:30PM  15      AND THEN I MOVED ON TO INDUSTRY, AND I'VE WORKED AT A

02:30PM  16  NUMBER OF DIFFERENT COMPANIES SINCE THEN.  ABOUT FIVE YEARS AT

02:31PM  17  SUGEN, WHICH WAS ACQUIRED BY PHARMACIA AND PFIZER, AND FOUR

02:31PM  18  YEARS AT CHIRON, WHICH WAS ACQUIRED BY NOVARTIS.

02:31PM  19          THE COURT:  DR. SUNG, I'M SORRY TO ASK YOU.  CAN YOU

02:31PM  20  MOVE A LITTLE CLOSER.  THE ACOUSTICS HERE ARE CHALLENGING.

02:31PM  21      THANK YOU.

02:31PM  22  BY MR. LEACH:

02:31PM  23  Q.   IF YOU COULD PULL THE MICROPHONE A LITTLE BIT CLOSER SO WE

02:31PM  24  CAN ALL HEAR YOU THROUGH THE MASK.

02:31PM  25  A.   YES.

02:31PM  1    Q.   AND FOR THE COURT REPORTER, WHO IS TRANSCRIBING

02:31PM  2    EVERYTHING, SO WHEN WE USE NEW COMPANIES, I'LL COMMIT TO GO AS

02:31PM  3    SLOWLY AS I CAN, AND IF YOU CAN DO THE SAME, THAT WOULD BE

02:31PM  4    GREAT.

02:31PM  5         SO YOU WORK FOR A COMPANY CALLED SUGEN?

02:31PM  6    A.   YES.

02:31PM  7    Q.   AND WHAT WAS SUGEN?

02:31PM  8    A.   SO SUGEN WAS A SMALL BIOTECH COMPANY IN SOUTH

02:31PM  9    SAN FRANCISCO, AND I WAS THERE UNTIL ABOUT 19 -- NO, ABOUT

02:31PM 10    2003.

02:31PM 11    Q.   AND I HEARD YOU MENTION CHIRON.  WHAT IS CHIRON?

02:31PM 12    A.   CHIRON IS ANOTHER BIOTECH COMPANY IN EMERYVILLE.  IT WAS

02:31PM 13    ACQUIRED BY NOVARTIS, AND I WAS THERE UNTIL ABOUT 2007.

02:32PM 14    Q.   AND WHAT DID YOU DO AFTER CHIRON?

02:32PM 15    A.   THEN I MOVED TO CELGENE WHERE I WAS IN THE SOUTH

02:32PM 16    SAN FRANCISCO -- OR SORRY, THE SAN FRANCISCO MISSION BAY

02:32PM 17    OFFICE, AND I WAS THERE FOR ABOUT TEN YEARS, JUST OVER TEN

02:32PM 18    YEARS.

02:32PM 19    Q.   AND SO YOU JOINED CELGENE AT SOME POINT IN 2007, 2008?

02:32PM 20    A.   YEAH.  IT WAS ACTUALLY PHARMION, WHICH WAS ACQUIRED BY

02:32PM 21    CELGENE.

02:32PM 22    Q.   AND THEN YOU REMAINED WITH CELGENE UNTIL SOMETIME IN 2017,

02:32PM 23    2018?

02:32PM 24    A.   CORRECT.

02:32PM 25    Q.   AND SO WHAT DID YOU DO AFTER THAT?

SUNG DIRECT BY MR. LEACH

02:32PM 1    A.    SO THEN I JOINED ARCH ONCOLOGY, A STARTUP BIOTECH FIRM

02:32PM 2    WHICH IS IN BRISBANE, CALIFORNIA, AND I WAS THERE FOR JUST OVER

02:32PM 3    THREE YEARS.

02:32PM 4    Q.    OKAY.  AND WHAT ARE YOU DOING TODAY?

02:32PM 5    A.    AND SO I JUST STARTED THREE MONTHS AGO AT A NEW COMPANY

02:32PM 6    CALLED ADITUM BIO IN OAKLAND, CALIFORNIA.

02:32PM 7    Q.    GREAT.  I WOULD LIKE TO FOCUS ON THE TIME PERIOD, IF WE

02:33PM 8    COULD, WHILE YOU WERE AT CELGENE.

02:33PM 9         DO YOU HAVE THAT TIME PERIOD IN MIND?

02:33PM 10   A.    UH-HUH.

02:33PM 11   Q.    AND WHAT IS CELGENE?

02:33PM 12   A.    CELGENE AT THE TIME IS A -- WAS A BIO PHARMA COMPANY.

02:33PM 13   IT'S NOW BEEN ACQUIRED BY BRISTOL MYERS SQUIBB.

02:33PM 14   Q.    AND WHEN YOU SAY A BIO PHARMA COMPANY, WHAT DO YOU MEAN?

02:33PM 15   A.    A COMPANY THAT DEVELOPS DRUGS FOR VARIOUS INDICATIONS.

02:33PM 16   Q.    AND DID YOU WORK WITHIN A PARTICULAR GROUP WITHIN CELGENE?

02:33PM 17   A.    I DID.

02:33PM 18   Q.    AND WHAT GROUP WAS THAT?

02:33PM 19   A.    IT WAS CALLED TRANSLATIONAL DEVELOPMENT.

02:33PM 20   Q.    AND WHAT IS TRANSLATIONAL DEVELOPMENT?

02:33PM 21   A.    SO TRANSLATIONAL DEVELOPMENT IS -- IT'S AN ITERATIVE

02:33PM 22   PROCESS WHICH INVOLVES DEVELOPING RESEARCH TO THE POINT OF

02:33PM 23   BRINGING IT TO CLINICAL TRIALS, UNDERSTANDING THE MECHANISM OF

02:33PM 24   DRUGS, AND THEN TAKING DATA FROM THE CLINICAL TRIALS, FROM THE

02:33PM 25   PATIENTS, AND MAKING SURE THAT YOUR DRUG WORKS LIKE IT'S

SUNG DIRECT BY MR. LEACH

02:33PM 1    SUPPOSED TO.

02:33PM 2         AND IF IT DOESN'T, TRYING TO UNDERSTAND WHY AND WHY

02:33PM 3    CERTAIN PATIENTS MIGHT RESPOND AND WHY OTHERS DON'T.

02:33PM 4    Q.   WHAT WERE YOUR RESPONSIBILITIES WITHIN TRANSLATIONAL

02:34PM 5    DEVELOPMENT WITHIN CELGENE?

02:34PM 6    A.   SO I HAD A DUAL RESPONSIBILITY.  ONE WAS TO HEAD A LAB

02:34PM 7    GROUP DOING RESEARCH IN THE PROGRAMS THAT I PARTICIPATED IN;

02:34PM 8    AND THEN THE OTHER WAS TO ACTUALLY SIT ON DEVELOPMENT TEAMS,

02:34PM 9    CLINICAL DEVELOPMENT TEAMS AND WORK ON DRUGS THAT WERE IN LATER

02:34PM 10   STAGE DEVELOPMENT AND BEING EVALUATED IN PATIENTS.

02:34PM 11   Q.   AND USING A PARTICULAR EXAMPLE IN MIND, CAN YOU GIVE US A

02:34PM 12   SENSE OF HOW YOU WOULD WORK WITH CLINICAL DEVELOPMENT TEAMS AND

02:34PM 13   WHAT YOU WOULD DO WITHIN THAT CONTEXT?

02:34PM 14   A.   YES.  SO I WAS THE SORT OF RESIDENT SCIENTIST I GUESS.  SO

02:34PM 15   I HAD A VIEW IN ON HOW THE DRUG WAS DEVELOPED FROM THE START,

02:34PM 16   FROM THE SELECTION OF THE DRUG AND THE TESTING OF THE DRUG

02:34PM 17   BEFORE PATIENT TRIALS.

02:34PM 18        AND THEN I WOULD SIT ON THE TEAMS AND HELP TO ANSWER

02:34PM 19   CERTAIN QUESTIONS ABOUT HOW THE DRUG MIGHT WORK IN THE

02:35PM 20   PATIENTS.

02:35PM 21        AND SO WE WOULD OPERATIONALLY, YOU KNOW, GATHER SAMPLES

02:35PM 22   FROM PATIENTS WHILE THEY WERE TAKING THE DRUG AND THEN TRY TO

02:35PM 23   UNDERSTAND LEVELS OF CIRCULATING PROTEINS IN THEIR BLOOD TO

02:35PM 24   MAKE SURE THAT THEY WERE, YOU KNOW, GOING IN THE RIGHT

02:35PM 25   DIRECTION, FOR EXAMPLE, WHILE THEY WERE ON THE DRUG.

02:35PM  1    Q.   SO, FOR EXAMPLE, YOU WOULD LOOK AT PARTICULAR PROTEINS

02:35PM  2    AFTER A DRUG WAS GIVEN TO A PATIENT TO SEE HOW THE BODY AND THE

02:35PM  3    BLOOD IS REACTING?

02:35PM  4    A.   YES.

02:35PM  5    Q.   I WANT TO DRAW YOUR ATTENTION TO THE TIME PERIOD 2009.

02:35PM  6         AT OR AROUND THAT TIME, WAS CELGENE DEVELOPING A DRUG

02:35PM  7    KNOWN AS ACE-011?

02:35PM  8    A.   YES.

02:35PM  9    Q.   WHAT IS ACE-011?

02:35PM  10   A.   ACE-011 IS A LARGE MOLECULAR BIOLOGIC DRUG.  IT IS AN

02:35PM  11   ACTIVIN RECEPTOR, A-C-T-I-V-I-N, TO AN INHIBITOR BASICALLY,

02:36PM  12   YEAH.

02:36PM  13   Q.   AND DOES ACE-011 GO BY SOME OTHER NAME?

02:36PM  14   A.   YES.  IT HAD A NAME SOTATERCEPT, S-O-T-A-T-E-R-C-E-P-T.

02:36PM  15   Q.   AND WHAT WAS CELGENE IN THIS 2009 TIME PERIOD HOPING THAT

02:36PM  16   ACE-011, OR SOTATERCEPT, WOULD DO?

02:36PM  17   A.    IT WAS BEING DEVELOPED FOR A NUMBER OF DIFFERENT

02:36PM  18   INDICATIONS.  WE HAD IN LICENSED IT FROM A COMPANY IN

02:36PM  19   CAMBRIDGE, MASSACHUSETTS, AND IT WAS BEING LOOKED AT FOR

02:36PM  20   TREATMENT OF ANEMIA IN ASSOCIATION WITH KIDNEY DISEASE AND

02:36PM  21   OTHER DISEASES WHERE ANEMIA IS FOUND.

02:36PM  22   Q.   SO IT WAS A DRUG THAT YOU HOPED WOULD TREAT ANEMIA?

02:36PM  23   A.   YES.

02:36PM  24   Q.   AND BONE LOSS?

02:36PM  25   A.   YEAH, ORIGINALLY, YES, BONE LOSS.

SUNG DIRECT BY MR. LEACH

02:36PM   1    Q.   AND IN THIS 2009 TIME PERIOD, WHERE IN THE STAGES OF

02:36PM   2    DEVELOPMENT WAS CELGENE WITH ACE-011, OR SOTATERCEPT?

02:37PM   3    A.   IT WAS JUST POST PHASE I.

02:37PM   4    Q.   AND DOES PHASE I HAVE A PARTICULAR SIGNIFICANCE TO FOLKS

02:37PM   5    IN THE BIOTECH WORLD?

02:37PM   6    A.   SO IT'S THE FIRST IN MAN, THE FIRST TIME A DRUG IS

02:37PM   7    EVALUATED IN A PATIENT FOR SAFETY PRIMARILY.

02:37PM   8    Q.   IN OR AROUND 2009, WAS CELGENE PREPARING TO PERFORM

02:37PM   9    CLINICAL TRIALS TO EVALUATE ACE-011 WITH PATIENTS?

02:37PM  10    A.   YES.

02:37PM  11    Q.   OKAY.  AND WHAT ESSENTIALLY WAS THE HOPE OF THAT STUDY OR

02:37PM  12    THAT TRIAL?

02:37PM  13    A.   THERE WERE MULTIPLE TRIALS, BUT THERE WAS ONE TRIAL

02:37PM  14    BEING -- WHERE THE DRUG WAS BEING EVALUATED WITH PATIENTS WITH

02:37PM  15    CHRONIC KIDNEY DISEASE, AND THE HOPE WAS THAT IT WOULD PREVENT

02:37PM  16    ANEMIA IN THESE PATIENTS.  AND THERE WERE OTHER TRIALS ONGOING

02:37PM  17    AS WELL, AND CHEMOTHERAPY INDUCED ANEMIA.

02:37PM  18    Q.   AND WITHIN THE TRANSLATIONAL MEDICINE GROUP OF CELGENE,

02:37PM  19    WHAT WAS YOUR ROLE VIS-A-VIS THIS CLINICAL TRIAL?

02:38PM  20    A.   SO MY ROLE WAS TO SUGGEST CERTAIN END POINTS OR PROTEINS

02:38PM  21    IN THE BLOOD TO MEASURE THAT MIGHT HAVE SOME BEARING ON WHETHER

02:38PM  22    OR NOT THE DRUG WAS WORKING AS IT SHOULD BE.

02:38PM  23    Q.   WHEN YOU SAY "END POINTS," WHAT DO YOU MEAN?

02:38PM  24    A.   PROTEINS IN THE BLOOD IN CIRCULATION.

02:38PM  25    Q.   AND CAN YOU GIVE US SOME EXAMPLES?

02:38PM   1    A.   SO SOMETHING LIKE A HORMONE, YOU COULD MEASURE SOMETHING

02:38PM   2    LIKE ESTROGEN OR ANDROGENS.  IT COULD BE A NUMBER OF OTHER

02:38PM   3    ANALYTES, THINGS LIKE SODIUM LEVELS, SUGAR, ANYTHING LIKE THAT

02:38PM   4    YOU WOULD GET IN A BLOOD TESTS WHEN YOU GO TO THE DOCTOR.

02:38PM   5    Q.   AT OR AROUND THIS TIME, DID CELGENE ENTER INTO AN

02:38PM   6    AGREEMENT WITH A COMPANY CALLED THERANOS TO PROVIDE SERVICES TO

02:38PM   7    CELGENE RELATING TO THIS TRIAL?

02:38PM   8    A.   YES.

02:38PM   9    Q.   AT A HIGH LEVEL, WHAT WAS YOUR UNDERSTANDING OF WHAT

02:38PM  10    THERANOS WAS DOING?

02:38PM  11    A.   SO MY UNDERSTANDING WAS THAT THERANOS WAS DEVELOPING A

02:39PM  12    PLATFORM TO ANALYZE THESE END POINTS THAT WE JUST MENTIONED,

02:39PM  13    AND THAT THEY COULD DO IT WITH A VERY SMALL VOLUME OF BLOOD IN

02:39PM  14    A VERY EFFICIENT WAY, AND THIS WOULD BE A HUGE ADVANTAGE FOR

02:39PM  15    PATIENTS AND FOR HEALTH CARE PROVIDERS, RESEARCHERS, FOR

02:39PM  16    EVERYONE.

02:39PM  17    Q.   AND HOW DID THAT CORRELATE TO THE CLINICAL TRIAL THAT

02:39PM  18    CELGENE WAS PERFORMING?

02:39PM  19    A.   SO THE END POINTS THAT I MENTIONED THAT WE WERE LOOKING AT

02:39PM  20    IN THE CLINICAL TRIAL INVOLVED DRAWING BLOOD FROM PATIENTS.  SO

02:39PM  21    USUALLY THESE ASSAYS REQUIRE A CERTAIN VOLUME OF BLOOD AND SO,

02:39PM  22    YOU KNOW, IT MIGHT BE LARGER THAN SOMETHING THAT THERANOS'S

02:39PM  23    ASSAY REQUIRED.

02:39PM  24        SO, AGAIN, IT WAS -- THE PURPOSE OF THESE, THE ASSAYS, WAS

02:39PM  25    TO MEASURE AN END POINT IN THE BLOOD.

02:39PM   1    Q.   OKAY.  AND WAS THERANOS ALONE IN DOING THIS OR DID YOU

02:39PM   2    HAVE OTHER BLOOD TESTING COMPANIES INVOLVED?

02:39PM   3    A.   YEAH, THERE ARE MANY OTHER BLOOD TESTING COMPANIES, AND

02:40PM   4    THERE ARE VARIOUS ASSAYS OR TESTS FOR THE SAME END POINTS THAT

02:40PM   5    ARE OFFERED AROUND THE WORLD.

02:40PM   6    Q.   OKAY.  AND DID YOU WORK CLOSELY WITH FOLKS FROM THERANOS

02:40PM   7    IN CONNECTION WITH THIS PROJECT?

02:40PM   8    A.   I DID.

02:40PM   9    Q.   AND LET ME DRAW YOUR ATTENTION -- YOU SHOULD HAVE A WHITE

02:40PM  10    BINDER UP IN FRONT OF YOU.  IF I COULD ASK YOU TO TURN, PLEASE,

02:40PM  11    TO TAB 5039, WHICH I OFFER INTO EVIDENCE.

02:40PM  12         I UNDERSTAND THERE'S NO OBJECTION.

02:40PM  13              MR. CLINE:  NO OBJECTION.

02:40PM  14              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:40PM  15         (GOVERNMENT'S EXHIBIT 5039 WAS RECEIVED IN EVIDENCE.)

02:40PM  16    BY MR. LEACH:

02:40PM  17    Q.   DR. SUNG, IF WE CAN DRAW YOUR ATTENTION TO -- FIRST OF

02:40PM  18    ALL, HAVE YOU HAD A CHANCE TO REVIEW THIS DOCUMENT BEFORE?

02:40PM  19    A.   RIGHT NOW?

02:40PM  20    Q.   PRIOR TO YOUR TESTIMONY, DO YOU THINK YOU'VE SEEN THIS

02:40PM  21    DOCUMENT?

02:40PM  22    A.   YES.

02:40PM  23    Q.   LET ME DRAW YOUR ATTENTION TO PAGE 5, THE FIRST EMAIL IN

02:41PM  24    THE STRING.

02:41PM  25         IF WE CAN HIGHLIGHT THE SUBSTANCE OF THE EMAIL AT THE

02:41PM   1    BOTTOM.  PERFECT.

02:41PM   2         DO YOU SEE THE EMAIL FROM GARY -- FROM YOU TO GARY FRENZEL

02:41PM   3    AND SUREKHA GANGADKHEDKAR -- LET ME START AGAIN.

02:41PM   4         DO YOU SEE THE EMAIL FROM YOU TO GARY FRENZEL AND

02:41PM   5    SUREKHA GANGADKHEDKAR ON OR ABOUT NOVEMBER 9TH, 2009?

02:41PM   6    A.   YES.

02:41PM   7    Q.   OKAY.  AND THE SUBJECT IS CELGENE CLINICAL TRIAL.

02:41PM   8         DO YOU SEE THAT?

02:41PM   9    A.   YES.

02:41PM  10    Q.   AND IS THAT A REFERENCE TO THE CLINICAL TRIAL FOR ACE-011?

02:41PM  11    A.   YES.

02:41PM  12    Q.   OKAY.  YOU WROTE, "HI GARY AND SUREKHA, IT WAS VERY NICE

02:41PM  13    TO MEET YOU LAST FRIDAY AND I'M SORRY I HAD TO CUT SHORT MY

02:41PM  14    VISIT.  AS WE DISCUSSED, I WILL TRY TO COME UP WITH A TIME SLOT

02:41PM  15    IN THE NEXT COUPLE OF WEEKS WHEN THE THREE OF US, ALONG WITH

02:41PM  16    LEA AUKERMAN AND SHARIANNE LOUIE CAN MEET AND DISCUSS BIOMARKER

02:41PM  17    ASSAYS FOR THE ACE-011 CKD TRIAL."

02:41PM  18         DO YOU SEE THAT LANGUAGE?

02:41PM  19    A.   UM-HUM.

02:42PM  20    Q.   FIRST OF ALL, THIS SUGGESTS YOU WENT OUT TO VISIT THERANOS

02:42PM  21    AROUND THIS TIME PERIOD.  DID YOU DO THAT?

02:42PM  22    A.   YES.

02:42PM  23    Q.   TELL ME ABOUT YOUR TRIP TO THERANOS.

02:42PM  24    A.   IT WAS JUST A BRIEF INTRODUCTORY TRIP, I THINK, TO MEET

02:42PM  25    SOME OF THE STAFF, AND ALSO TO UNDERSTAND A LITTLE BIT MORE

02:42PM  1    ABOUT THE PROGRAM, I MEAN, THE PROGRAM THAT THEY WERE GOING TO

02:42PM  2    HELP US WORK ON AND THEIR ASSAY SYSTEM.

02:42PM  3    Q.   OKAY.  DID YOU MEET MS. HOLMES ON THIS OCCASION?

02:42PM  4    A.   I THINK SO, YES.

02:42PM  5    Q.   AND DID YOU SEE A THERANOS DEVICE?

02:42PM  6    A.   WE DID.

02:42PM  7    Q.   AND WHAT DID YOU OBSERVE?

02:42PM  8    A.   IT WAS A SMALL, VERY EFFICIENT LOOKING BOX WITH, YOU KNOW,

02:42PM  9    A CARTRIDGE THAT COULD GO IN THE FRONT A LITTLE BIT LIKE AN

02:42PM  10   OVEN OR A SMALL LIKE TOASTER OVEN.

02:42PM  11   Q.   AND WAS THIS INTERESTING TO YOU?

02:42PM  12   A.   YES, IT WAS.

02:42PM  13   Q.   HOW SO?

02:42PM  14   A.   I THOUGHT THE IDEA THAT YOU COULD USE SOMETHING SO

02:42PM  15   EFFICIENT AND SMALL ON SITE AT A LAB OR IN A CLINIC TO TEST FOR

02:43PM  16   THESE BLOOD END POINTS WAS A GREAT IDEA AND VERY EFFICIENT AND

02:43PM  17   FAST AND EASY, REQUIRING VERY LITTLE BLOOD FROM THE PATIENT.

02:43PM  18   SO, YES, I WAS INTERESTED.

02:43PM  19   Q.   WAS THE SIZE OF THE DEVICE, THE PORTABILITY OF THE DEVICE

02:43PM  20   SOMETHING THAT WAS ATTRACTIVE TO YOU FOR USE IN CLINICAL

02:43PM  21   TRIALS?

02:43PM  22   A.   YES.

02:43PM  23   Q.   AND YOU WRITE ABOUT A MEETING TO DISCUSS BIOMARKER ASSAYS

02:43PM  24   FOR THE ACE-011 CKD TRIAL.

02:43PM  25        DO YOU SEE THAT LANGUAGE?

02:43PM 1    A.    YES.

02:43PM 2    Q.    AND WHAT IS A BIOMARKER ASSAY?

02:43PM 3    A.    I GUESS A BIOMARKER ASSAY IS BASICALLY A TEST THAT

02:43PM 4    MEASURES ACTIVITY IN A PERSON IN RESPONSE TO, IN THIS CASE, THE

02:43PM 5    ACE-011 DRUG.

02:43PM 6    Q.    AND CAN YOU GIVE US AN EXAMPLE OF WHAT ONE OF THOSE MIGHT

02:43PM 7    BE?

02:43PM 8    A.    SO, FOR EXAMPLE, IF YOU USE THIS DRUG, IT BLOCKS ACTIVIN

02:44PM 9    RECEPTOR SIGNALLING, AND THIS SIGNALLING IS INVOLVED IN RELEASE

02:44PM 10   OF FOLLICLE STIMULATING HORMONES FROM THE PITUITARY GLAND IN

02:44PM 11   THE BRAIN.

02:44PM 12        AND SO THIS DRUG, IF IT'S GIVEN TO A PATIENT, WOULD

02:44PM 13   INHIBIT RELEASE, AND SO THEREFORE, YOU SHOULD SEE SOME SORT OF

02:44PM 14   DROP OR DECREASE IN FOLLICLE STIMULATING HORMONE IN THESE

02:44PM 15   PATIENTS.

02:44PM 16   Q.    OKAY.  YOU THEN WROTE, "IN THE MEANTIME, I WILL TRY TO GET

02:44PM 17   SOME CLARITY AND PRIORITIZATION REGARDING THE LIST OF

02:44PM 18   BIOMARKERS.  HOPEFULLY, WE CAN THEN COME TOGETHER AND IMPLEMENT

02:44PM 19   REALISTIC TIMELINES WHICH ALLOW YOU TO FULLY VALIDATE THE

02:44PM 20   ASSAYS."

02:44PM 21        WHAT WERE YOU GETTING AT THERE?

02:44PM 22   A.    SO I THINK THE FIRST CONVERSATION WE HAD WAS SIMPLY

02:44PM 23   INTRODUCTORY, AND THE SECOND ONE THAT WE WERE PLANNING TO HAVE

02:44PM 24   WAS MORE SPECIFIC TO THE PROGRAM, AND WE WANTED TO COME UP WITH

02:44PM 25   A LIST OF ASSAYS THAT THERANOS COULD WORK ON TO USE IN THEIR

02:45PM   1    PLATFORM AND THAT WE COULD INCLUDE IN OUR TRIAL.

02:45PM   2    Q.   YOU THEN WROTE IN THAT LAST SENTENCE IN THAT FIRST

02:45PM   3    PARAGRAPH, "I THINK I MENTIONED THAT FP/FV WILL LIKELY BE

02:45PM   4    JUNE 2010."

02:45PM   5        WHAT IS FP/FV?

02:45PM   6    A.   FIRST PATIENT, FIRST VISIT.

02:45PM   7    Q.   SO THAT WOULD BE THE FIRST PATIENT TO VISIT?

02:45PM   8    A.   IN THAT TRIAL.

02:45PM   9    Q.   IN CELGENE'S CLINICAL TRIAL?

02:45PM   10   A.   UH-HUH.

02:45PM   11   Q.   LET'S MOVE FORWARD IN THE CHAIN, AND I DRAW YOUR ATTENTION

02:45PM   12   TO PAGE 3.

02:45PM   13       DO YOU SEE THERE'S ANOTHER EMAIL DOWN AT THE BOTTOM FROM

02:45PM   14   YOU TO MS. GANGADKHEDKAR AND MR. FRENZEL?

02:45PM   15   A.   YES.

02:45PM   16   Q.   AND DO YOU APPEAR TO HAVE PASTED PORTIONS AN EMAIL FROM

02:45PM   17   ELIZABETH HOLMES TO RANDALL STEPHENS AND VICTOR SLOAN?

02:46PM   18   A.   YES.

02:46PM   19   Q.   AND LET'S FOCUS ON THE FIRST PART OF YOUR EMAIL HERE.  YOU

02:46PM   20   WROTE, "HI SUREKHA AND GARY, JUST WANTED TO TOUCH BASE WITH YOU

02:46PM   21   AGAIN REGARDING THE ONGOING ASSAY DEVELOPMENT THAT THERANOS IS

02:46PM   22   WORKING ON FOR THE ACE-011 PROJECT."

02:46PM   23       DO YOU SEE THAT LANGUAGE?

02:46PM   24   A.   UH-HUH.

02:46PM   25   Q.   AND IF WE CAN ZOOM OUT, MS. HOLLIMAN, AND LOOK AT THE

02:46PM  1    BOTTOM PORTION.

02:46PM  2          AND TO FACILITATE THIS LIST OF BIOMARKERS -- AS PART OF

02:46PM  3    THIS DISCUSSION OF THE LIST OF ASSAYS, DR. SUNG, DID YOU PASTE

02:46PM  4    PORTIONS OF AN EMAIL FROM MS. HOLMES TO OTHERS -- TO FOLKS AT

02:46PM  5    CELGENE ON NOVEMBER 12TH, 2009?

02:46PM  6    A.   YES.

02:46PM  7    Q.   OKAY.  THERE ARE TWO NAMES HERE, RANDALL STEPHENS AND

02:47PM  8    VICTOR SLOAN?  WHO ARE THEY?

02:47PM  9    A.   RANDALL STEVENS WAS THE HEAD OF THE IMMUNOLOGY AND

02:47PM  10   INFLAMMATION GROUP AT CELGENE, AND VICTOR SLOAN AT THE TIME WAS

02:47PM  11   THE PRIMARY PHYSICIAN WORKING ON THIS ACE-011 TRIAL, ALSO IN

02:47PM  12   THAT SAME GROUP.  HE'S A NEPHROLOGIST.

02:47PM  13   Q.   DOWN AT THE BOTTOM, MS. HOLMES APPEARS TO BE WRITING,

02:47PM  14   "RANDALL, PER OUR CONVERSATION, I HAVE INCLUDED THE LIST OF

02:47PM  15   ANALYTES EXCERPTED FROM THE PROTOCOLS DISCUSSED IN OUR

02:47PM  16   MEETINGS."

02:47PM  17         IF WE CAN CONTINUE TO THE NEXT PAGE, MS. HOLLIMAN.

02:47PM  18         YOU SEE THERE'S A LONG LIST OF ANTIBODY ASSAYS.

02:47PM  19         WHAT ARE THESE, DR. SUNG?

02:47PM  20   A.   SO THESE ARE ALL EXAMPLES OF END POINTS THAT WE WOULD BE

02:47PM  21   INTERESTED IN MEASURING IN OUR PATIENTS.

02:47PM  22   Q.   AND THE FIRST ONE IS HGB.  DO YOU SEE THAT?

02:48PM  23   A.   YES.

02:48PM  24   Q.   AND IS THAT HEMOGLOBIN?

02:48PM  25   A.   YES.

02:48PM  1    Q.   FURTHER DOWN THERE'S VIT D, IS THAT VITAMIN D?

02:48PM  2    A.   YES.

02:48PM  3    Q.   AND THEN DOWN TOWARDS THE BOTTOM THERE'S ESTRADIOL, FSH,

02:48PM  4    AND LH.  DO YOU SEE THAT?

02:48PM  5    A.   UM-HUM.

02:48PM  6    Q.   WHAT ARE THOSE?

02:48PM  7    A.   SO FSH IS FOLLICLE STIMULATING HORMONE; LH IS LUTEINIZING

02:48PM  8    HORMONE; AND ESTRADIOL IS A FORM OF ESTROGEN BASICALLY.

02:48PM  9    THEY'RE ALL HORMONES.

02:48PM 10    Q.   AND THOSE ARE HORMONES THAT YOU WANTED TO MEASURE TO SEE

02:48PM 11    HOW THEY WERE REACTING TO THE DRUG ACE-011?

02:48PM 12    A.   CORRECT.

02:48PM 13    Q.   OKAY.  LET'S GO TO PAGE 2, PLEASE, IF WE COULD.  IF WE CAN

02:48PM 14    FOCUS ON THE EMAIL AT THE BOTTOM WITH THE SUBSTANCE.

02:48PM 15         PERFECT, MS. HOLLIMAN.

02:49PM 16         IT LOOKS LIKE YOU HAVE A NUMBER OF QUESTIONS FOR THE FOLKS

02:49PM 17    AT THERANOS, DR. SUNG.  "1, WHAT BONE BIOMARKERS, IF ANY, DO

02:49PM 18    YOU ALREADY HAVE AVAILABLE?"

02:49PM 19         DO YOU SEE THAT?

02:49PM 20    A.   UH-HUH.

02:49PM 21    Q.   WHY WERE YOU ASKING THAT?

02:49PM 22    A.   I WAS JUST INTERESTED TO SEE IF WE HAD TO DEVELOP, YOU

02:49PM 23    KNOW, ALL OF THESE FROM SCRATCH OR SOME OF THEM FROM SCRATCH OR

02:49PM 24    IF THERE ONES ALREADY DEVELOPED THAT WE COULD USE IN OUR TRIAL.

02:49PM 25    Q.   OKAY.  AND IN QUESTION 3 YOU WRITE, "HOW MANY ASSAYS PER

02:49PM  1    CARTRIDGE AND DOES THE THERANOS SYSTEM REQUIRE A CONTROL

02:49PM  2    CHANNEL FOR EACH ASSAY?"

02:49PM  3        DO YOU SEE THAT LANGUAGE?

02:49PM  4    A.   UH-HUH.

02:49PM  5    Q.   AND WHAT WERE YOU GETTING AT?

02:49PM  6            THE COURT:  IS THAT YES?

02:49PM  7            THE WITNESS:  YES.

02:49PM  8            MR. LEACH:  THANK YOU, YOUR HONOR.

02:49PM  9    Q.   AND WHAT DID YOU MEAN, "ASSAYS PER CARTRIDGE"?

02:49PM  10   A.   HOW MANY END POINTS OR ANALYTES COULD BE TESTED PER

02:49PM  11   CARTRIDGE.

02:49PM  12   Q.   LET ME NEXT DRAW YOUR ATTENTION TO PAGE 1 IF WE COULD.  IF

02:50PM  13   WE COULD FOCUS ON THE DECEMBER 2009 EMAIL DOWN AT THE BOTTOM.

02:50PM  14       DR. SUNG, DO YOU SEE WHERE YOU WROTE, "I INCLUDE A LIST OF

02:50PM  15   BIOMARKERS ARRANGED ACCORDING TO PRIORITY."

02:50PM  16       DO YOU SEE THAT?

02:50PM  17   A.   YES.

02:50PM  18   Q.   AND DID YOU ENDEAVOR TO TAKE THE LIST THAT MS. HOLMES AND

02:50PM  19   OTHERS FROM THERANOS HAD PROVIDED YOU AND PUT THEM INTO

02:50PM  20   PRIORITIES FOR CELGENE'S EVALUATION?

02:50PM  21   A.   SO THE LIST WAS ACTUALLY ORIGINATED FROM US, FROM CELGENE,

02:50PM  22   AND SO, YES, I DID PUT THOSE IN SOME SORT OF ORDER TO

02:50PM  23   PRIORITIZE THEM.

02:50PM  24   Q.   AND THEN IF WE CAN ZOOM OUT, PLEASE, AND GO TO THE TOP.

02:50PM  25       YOU APPEAR TO WRITE HERE, DR. SUNG, "IS IT POSSIBLE FOR

02:50PM   1    THERANOS TO FIND OUT MORE ABOUT THE ASSAYS USED AT ICON?"

02:51PM   2         AND THEN YOU INCLUDE A WEB ADDRESS.

02:51PM   3         "THEY HAVE VALIDATED PRETTY MUCH ALL OF THE ASSAYS ON OUR

02:51PM   4    LIST AND ARE CURRENTLY ONE OF OUR PREFERRED VENDORS."

02:51PM   5         WHAT DID YOU MEAN BY THAT?  WHAT WERE YOU GETTING AT?

02:51PM   6    A.   SO ICON IS A COMPANY THAT RUNS SOME OF THESE SAME TESTS IN

02:51PM   7    A TRADITIONAL MANNER, AND SO THE IDEA WAS TO HOPEFULLY RUN THE

02:51PM   8    TESTS AT THERANOS AND THEN RUN THEM ALSO AT ICON, AND THESE ARE

02:51PM   9    VALIDATED ASSAYS, AND THEN WE WOULD COMPARE THE RESULTS TO SEE

02:51PM  10    IF THEY'RE IN ALIGNMENT.

02:51PM  11    Q.   AND WHY DID YOU WANT TO COMPARE THE THERANOS ASSAYS

02:51PM  12    AGAINST A GOLD STANDARD?

02:51PM  13    A.   SO IT'S A VERY ROUTINE THING THAT WE DO WHEN WE'RE TESTING

02:51PM  14    NEW ASSAYS BECAUSE WE JUST WANT TO MAKE SURE THAT IT PERFORMS

02:51PM  15    UP TO STANDARDS BEFORE USING IT.

02:51PM  16    Q.   OKAY.  AND IN THAT LAST SENTENCE YOU WROTE, "IN MY MIND,

02:51PM  17    THIS IS ONE WAY TO CONVINCE OUR COMPANY AND PROJECT TEAMS THAT

02:51PM  18    THE THERANOS PLATFORM IS THE WAY TO GO."

02:52PM  19         WHAT DID YOU MEAN BY THAT?

02:52PM  20    A.   SO WHEN WE ORIGINALLY STARTED WORKING WITH THERANOS, MY

02:52PM  21    UNDERSTANDING WAS THAT THERE WAS AN AGREEMENT THAT WE WOULD

02:52PM  22    TEST THE PLATFORM AND POTENTIALLY -- YOU KNOW, AT LEAST IN THIS

02:52PM  23    ONE TRIAL, AND IF IT WAS SUCCESSFUL, THAT WE WOULD IMPLEMENT IT

02:52PM  24    FOR OTHER TRIALS AS WELL.

02:52PM  25         SO THAT'S WHAT THIS SENTENCE REFERRED TO.

02:52PM   1    Q.   OKAY.  THANK YOU.

02:52PM   2         I'D LIKE TO NOW DRAW YOUR ATTENTION TO WHAT WE HAVE MARKED

02:52PM   3    AS EXHIBIT 5414.

02:52PM   4         AND I MOVE THIS INTO EVIDENCE, YOUR HONOR.  I UNDERSTAND

02:52PM   5    THERE'S A STIPULATION.

02:52PM   6              MR. CLINE:  NO OBJECTION.

02:52PM   7              THE COURT:  IT'S ADMITTED, AND MAY BE PUBLISHED.

02:52PM   8         (GOVERNMENT'S EXHIBIT 5414 WAS RECEIVED IN EVIDENCE.)

02:52PM   9    BY MR. LEACH:

02:52PM   10   Q.   DR. SUNG, DO YOU SEE AT THE TOP YOUR NAME IN THE TO LINE

02:52PM   11   FROM SOMEONE NAMED CAROLYN BALKENHOL?

02:53PM   12   A.   YES.

02:53PM   13   Q.   AND IF WE COULD START ON PAGE 3, MS. HOLLIMAN.

02:53PM   14        AND IF WE CAN ZOOM IN ON THE SUBSTANCE OF THE EMAIL AT THE

02:53PM   15   TOP.

02:53PM   16        IS THIS ANOTHER EMAIL BETWEEN YOU AND THE FOLKS AT

02:53PM   17   THERANOS ABOUT DEVELOPING ASSAYS FOR POTENTIAL EVALUATION IN

02:53PM   18   THIS CLINICAL TRIAL?

02:53PM   19   A.   YES.

02:53PM   20   Q.   YOU WRITE IN THE SUBJECT LINE HERE, "CELGENE CLINICAL

02:53PM   21   TRIAL - PD MARKER DEVELOPMENT.

02:53PM   22        DO YOU SEE THAT?

02:53PM   23   A.   YES.

02:53PM   24   Q.   AND WHAT DID YOU MEAN BY PD MARKER DEVELOPMENT?

02:53PM   25   A.   PD STANDS FOR PHARMACODYNAMIC.  IT'S JUST -- IT'S ANOTHER

02:53PM  1    WAY TO SAY A BIOMARKER BASICALLY, A TEST TO MEASURE HOW THE

02:53PM  2    DRUG IS WORKING.

02:53PM  3    Q.   AND DO YOU DISTINGUISH A PD MARKER FROM A PK MARKER?

02:53PM  4    A.   YES.  SO THE PK --

02:53PM  5    Q.   LET'S GO SLOWLY WITH PK.

02:54PM  6    A.   PK STANDS FOR PHARMACOKINETIC, AND THAT'S WHEN YOU TALK

02:54PM  7    ABOUT A PHARMACOKINETIC OR A BIO ANALYTICAL ASSAY, THIS IS USED

02:54PM  8    TO MEASURE DRUG LEVELS IN A PATIENT AFTER YOU DOSE A PATIENT

02:54PM  9    WITH THE DRUG.

02:54PM  10   Q.   AND WAS THERANOS ALSO DEVELOPING AN ASSAY TO MEASURE PK

02:54PM  11   BIOMARKER IN THIS CLINICAL TRIAL?

02:54PM  12   A.   YES.

02:54PM  13   Q.   SO ESSENTIALLY THE DRUG CONCENTRATION?

02:54PM  14   A.   THE DRUG -- YEAH, EXACTLY.

02:54PM  15   Q.   IN THE EMAIL YOU WROTE, "HI GARY, SUREKHA, AND ELIZABETH,

02:54PM  16   HOPE YOU ARE DOING WELL.  WE HAVE FINALLY AWARDED A CONTRACT TO

02:54PM  17   ACM, WHO WILL BE OUR CENTRAL LAB FOR THE RENAL STUDY."

02:54PM  18        DO YOU SEE THAT LANGUAGE?

02:54PM  19   A.   YES.

02:54PM  20   Q.   AND WHO IS ACM?

02:54PM  21   A.   IT'S ANOTHER COMPANY LIKE ICON.  IT'S A CENTRAL LAB AND

02:54PM  22   THEY RUN THE ASSAYS THAT MEASURE THE END POINTS IN THE

02:54PM  23   PATIENTS.

02:54PM  24   Q.   AND THEY'RE THE GOLD STANDARD?

02:55PM  25   A.   THEY WERE OUR GOLD STANDARD AT THE TIME, YEAH, ONE OF

02:55PM   1        THEM.

02:55PM   2        Q.   AND A COMPANY YOU HAD USED IN THE PAST?

02:55PM   3        A.   YES.

02:55PM   4        Q.   AND WERE COMFORTABLE AND SATISFIED WITH THEIR ASSAYS?

02:55PM   5        A.   YES.

02:55PM   6        Q.   OKAY.  AND THERE'S REFERENCE TO A RENAL STUDY.  IS THAT

02:55PM   7        THE ACE-011 TRIAL?

02:55PM   8        A.   YES.

02:55PM   9        Q.   THAT'S ANOTHER NAME FOR THE CLINICAL TRIAL THAT WE'VE BEEN

02:55PM   10       TALKING ABOUT.

02:55PM   11            AND YOU THEN WROTE, "I THINK ANOTHER FACE-TO-FACE MEETING

02:55PM   12       WILL BE THE BEST WAY TO KICK OFF THIS PROCESS SO WOULD YOU

02:55PM   13       PLEASE SEND ME A FEW DATES THAT WILL WORK FOR THE THREE OF YOU

02:55PM   14       AND ANYONE ELSE WHO MIGHT BE RELEVANT TO THIS PROCESS?"

02:55PM   15            DO YOU SEE THAT LANGUAGE?

02:55PM   16       A.   YES.

02:55PM   17       Q.   AND IS THE REMAINDER OF THIS EMAIL YOU SCHEDULING A TRIP

02:55PM   18       OUT TO THERANOS IN APRIL OF 2010?

02:55PM   19       A.   YES.

02:55PM   20       Q.   OKAY.  AND DESCRIBE FOR US WHAT HAPPENED ON THIS TRIP OUT

02:55PM   21       TO THERANOS IN APRIL OF 2010.

02:55PM   22       A.   SO IT WAS A LONG TIME AGO, SO I DON'T REMEMBER DETAILS.

02:56PM   23            BUT I DO REMEMBER WE VISITED THE COMPANY AND THERE WERE A

02:56PM   24       FEW OF US FROM CELGENE AND A FEW ON THE THERANOS SIDE, AND WE

02:56PM   25       JUST SAT DOWN AND TALKED A LITTLE BIT AGAIN ABOUT THE PLATFORM.

SUNG DIRECT BY MR. LEACH                                              2314

02:56PM   1          THERE WERE SOME NEW FOLKS FROM CELGENE THAT JOINED US THAT

02:56PM   2     DID NOT JOIN US ON THE FIRST TRIP.

02:56PM   3          IT WAS, AGAIN, PRETTY HIGH LEVEL INTRODUCTORY, YEAH.

02:56PM   4     Q.   AND WAS MS. HOLMES THERE FOR THIS?

02:56PM   5     A.   I BELIEVE SO, YES.

02:56PM   6     Q.   LET ME DRAW YOUR ATTENTION NOW TO EXHIBIT 3849 IN YOUR

02:56PM   7     BINDER.

02:56PM   8          I OFFER 3849 INTO EVIDENCE PURSUANT TO STIPULATION.

02:56PM   9               MR. CLINE:  NO OBJECTION.

02:56PM  10               THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

02:56PM  11          (GOVERNMENT'S EXHIBIT 3849 WAS RECEIVED IN EVIDENCE.)

02:56PM  12               MR. LEACH:  I THINK THAT'S 3489 AND I'M LOOKING FOR

02:57PM  13     3849, MS. HOLLIMAN.

02:57PM  14          WONDERFUL.  THANK YOU.  IF WE CAN ZOOM IN ON THE TOP HALF

02:57PM  15     OF THE EMAIL.  KEEP GOING DOWN TO THE BOTTOM.  OR THE WHOLE

02:57PM  16     EMAIL.  THANK YOU.  PERFECT.

02:57PM  17     Q.   DO YOU SEE YOUR NAME IN THE FROM LINE, DR. SUNG?

02:57PM  18     A.   YES.

02:57PM  19     Q.   AND IS THIS TO ELIZABETH HOLMES?

02:57PM  20     A.   YES.

02:57PM  21     Q.   AND THE SUBJECT IS ACE-011 PROGRAM.

02:57PM  22          DO YOU SEE THAT?

02:57PM  23     A.   YES.

02:57PM  24     Q.   AND THAT'S A REFERENCE TO THE CLINICAL TRIAL WE'VE BEEN

02:57PM  25     TALKING ABOUT?

02:57PM   1    A.   CORRECT.

02:57PM   2    Q.   I WANT TO DRAW YOUR ATTENTION TO THE SECOND PARAGRAPH

02:57PM   3    WHERE YOU WROTE, "AS LEA AND I MENTIONED DURING OUR LAST VISIT

02:57PM   4    TO PALO ALTO, WE UNFORTUNATELY DO NOT HAVE ANYONE IN OUR GROUP

02:57PM   5    WITH BIO ASSAY DEVELOPMENT/VALIDATION EXPERIENCE, SO HAD

02:57PM   6    PLANNED TO HIRE A CONSULTANT TO HELP US UNDERSTAND THE FINER

02:57PM   7    POINTS OF WHAT YOUR TEAM IS WORKING HARD TO ACHIEVE."

02:58PM   8        DO YOU SEE THAT LANGUAGE?

02:58PM   9    A.   YES.

02:58PM  10    Q.   AND THEN YOU WROTE, "ORIGINALLY OUR PLAN WAS TO WORK WITH

02:58PM  11    RON BOWSHER ON THE PD ASSAYS SINCE HE IS ALREADY ASSISTING

02:58PM  12    PETER BRYAN WITH THE ACE-011 PK ASSAY DEVELOPMENT PROCESS."

02:58PM  13        LET ME ASK SOME QUESTIONS ABOUT THAT SENTENCE.

02:58PM  14        WHO IS PETER BRYAN?

02:58PM  15    A.   PETER BRYAN WAS A SCIENTIST IN THE PK OR BIO ANALYTICAL

02:58PM  16    GROUP AT CELGENE.

02:58PM  17    Q.   SO YOU'RE FOCUSSED ON PD BIOMARKERS AND HE'S ON THE PK

02:58PM  18    SIDE; IS THAT FAIR?

02:58PM  19    A.   CORRECT.

02:58PM  20    Q.   AND WHO IS RON BOWSHER?

02:58PM  21    A.   SO RON BOWSHER IS A CONSULTANT THAT CELGENE HAD HIRED TO

02:58PM  22    HELP OUT WITH ASSAY DEVELOPMENT AND WAS WORKING WITH PETER ON

02:58PM  23    THE PK ASSAY FOR ACE-011.

02:58PM  24    Q.   AND WHAT WERE YOU ASKING OF MS. HOLMES IN THIS EMAIL?

02:58PM  25    A.   SO I AM NOT AN ASSAY DEVELOPMENT EXPERT, AND WE DIDN'T

02:58PM  1    HAVE ANYONE IN THAT CAPACITY TO WORK WITH ME, AND SO AS WE

02:59PM  2    OFTEN DO IN COMPANIES, WE TRY TO FIND SOMEONE THAT CAN PROVIDE

02:59PM  3    THAT EXPERTISE.  AND SO THE HOPE WAS THAT RON, AS AN ASSAY

02:59PM  4    DEVELOPMENT EXPERT, COULD HELP US AND CONSULT WITH US ON THE

02:59PM  5    DEVELOPMENT OF THESE ASSAYS AT THERANOS.

02:59PM  6    Q.   AND DID YOU END UP GETTING AUTHORITY TO WORK WITH

02:59PM  7    DR. BOWSHER ON THIS?

02:59PM  8    A.   I DON'T REMEMBER.

02:59PM  9    Q.   OKAY.  LET ME FOCUS ON THE BOTTOM PORTION OF THIS EMAIL.

02:59PM  10        YOU WROTE, "WE WOULD LIKE THE CONSULTANTS TO HAVE ACCESS

02:59PM  11   TO DATA GENERATED FROM OUR PATIENT SAMPLES SO THAT WE CAN

02:59PM  12   COMPLETE THE VALIDATION PROCESS."

02:59PM  13        DO YOU SEE THAT?

02:59PM  14   A.   UH-HUH.

02:59PM  15   Q.   AND THEN "THIS IS ONE OF THE GOALS OF THE RENAL CLINICAL

02:59PM  16   TRIAL AND ALSO THE REASON WE WILL BE COORDINATING THE THERANOS

02:59PM  17   SAMPLING SCHEDULE TO COINCIDE WITH THE ACM SAMPLING SCHEDULE."

02:59PM  18        WHAT DID YOU MEAN BY THAT?

02:59PM  19   A.   SO THIS GOES BACK TO THE COMPARING SORT OF THE TEST ASSAY

02:59PM  20   TO WHAT WE WERE CONSIDERING THE STANDARD, AND SO WE WANTED TO

03:00PM  21   MAKE SURE THAT THE SAMPLES THAT WERE COLLECTED FROM OUR

03:00PM  22   PATIENTS WOULD BE THE SAME SAMPLES THAT WOULD BE ASSAYED ON THE

03:00PM  23   ONE HAND BY ACM AND ON THE OTHER USING THE THERANOS PLATFORM.

03:00PM  24   Q.   OKAY.  YOU CONTINUE IN THAT PARAGRAPH, "THE WORK THAT WE

03:00PM  25   PUT INTO VALIDATING YOUR TECHNOLOGY IN THIS EXPLORATORY STUDY

03:00PM  1      WILL DIRECTLY INFLUENCE WHETHER WE CONTINUE TO IMPLEMENT THE

03:00PM  2      THERANOS TECHNOLOGY IN FUTURE TRIALS.  THE TEAM WILL BE LOOKING

03:00PM  3      TO TRANSLATIONAL DEVELOPMENT TO ENDORSE THE TECHNOLOGY AND IT

03:00PM  4      IS MY HOPE THAT WE WILL BE ABLE TO DO SO WHOLEHEARTEDLY."

03:00PM  5           DO YOU SEE THAT LANGUAGE?

03:00PM  6      A.   YES.

03:00PM  7      Q.   AND TRANSLATIONAL DEVELOPMENT, THAT'S YOUR GROUP; CORRECT?

03:00PM  8      A.   YES.

03:00PM  9      Q.   AND DID YOU EVER VALIDATE THERANOS'S TECHNOLOGY?

03:00PM  10     A.   NO.

03:00PM  11     Q.   OKAY.  AND DID TRANSLATIONAL DEVELOPMENT EVER ENDORSE THE

03:00PM  12     TECHNOLOGY AS IT WAS YOUR HOPE TO DO?

03:00PM  13     A.   NO.

03:00PM  14     Q.   WHY NOT?

03:00PM  15     A.   ULTIMATELY WE TRIED TO DEVELOP A NUMBER OF ASSAYS WITH

03:01PM  16     THERANOS AND WE, AS HAD PLANNED, DID THE STANDARD, THE

03:01PM  17     COMPARISON TO THE STANDARD TESTS, AND THERE WAS SOME OVERLAP,

03:01PM  18     BUT WE FELT THAT THE RESULTS DIDN'T MATCH UP OR COORDINATE OR

03:01PM  19     ALIGN AS CLOSELY AS WE WOULD LIKE.  AND SO, AT LEAST FOR THIS

03:01PM  20     TRIAL, WE MADE THE DECISION NOT TO MOVE FORWARD.

03:01PM  21     Q.   WHEN YOU SAY, "THE RESULTS DID NOT MATCH UP OR CORRELATE

03:01PM  22     AS MUCH AS YOU WOULD LIKE," WHAT DO YOU MEAN BY THAT?

03:01PM  23     A.   SO IN SOME CASES THE ASSAYS DID NOT MEASURE A WIDE ENOUGH

03:01PM  24     RANGE OF THE ANALYTE IN THE BLOOD, AND IN SOME CASES THE

03:01PM  25     NUMBERS WERE JUST DIFFERENT FROM THE STANDARD ASSAY.  IN SOME

03:01PM  1    CASES THEY WERE CLOSE AND THEY WERE THE SAME, BUT IT WAS A MIX.

03:01PM  2        AND SO WHAT WE WERE LOOKING FOR IS REALLY FAIRLY CLOSE, IF

03:01PM  3    NOT COMPLETELY THE SAME AS THE STANDARD ASSAYS SO THAT WE CAN

03:01PM  4    MOVE FORWARD WITH THIS NEW TECHNOLOGY.

03:02PM  5    Q.   AND AT THE END OF THE DAY YOU DIDN'T SEE THAT WITH

03:02PM  6    THERANOS?

03:02PM  7    A.   NO.

03:02PM  8    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE MARKED

03:02PM  9    AT EXHIBIT 541.

03:02PM 10        I OFFER EXHIBIT 541 INTO EVIDENCE PURSUANT TO STIPULATION,

03:02PM 11    YOUR HONOR.

03:02PM 12            MR. CLINE:  NO OBJECTION.

03:02PM 13            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:02PM 14        (GOVERNMENT'S EXHIBIT 541 WAS RECEIVED IN EVIDENCE.)

03:03PM 15            MR. LEACH:  DR. SUNG, WHILE WE'RE WAITING FOR

03:03PM 16    EXHIBIT 541 TO COME UP, I WOULD ALSO DRAW YOUR ATTENTION TO

03:03PM 17    EXHIBIT 5416, WHICH I ALSO OFFER INTO EVIDENCE PURSUANT TO

03:03PM 18    STIPULATION.

03:03PM 19            MR. CLINE:  NO OBJECTION.

03:03PM 20            THE COURT:  IT'S ADMITTED, AND THAT MAY BE

03:03PM 21    PUBLISHED.

03:03PM 22        (GOVERNMENT'S EXHIBIT 5416 WAS RECEIVED IN EVIDENCE.)

03:04PM 23            MR. LEACH:  MS. HOLLIMAN, I CAN USE THE ELMO IF

03:04PM 24    WE'RE NOT ABLE TO PULL THIS UP.

03:04PM 25        (PAUSE IN PROCEEDINGS.)

03:04PM   1            MR. LEACH:  IT'S NOT COMING UP ON MY SCREEN.  THERE

03:04PM   2     WE GO.

03:04PM   3            THANK YOU, MS. KRATZMANN.

03:05PM   4            (PAUSE IN PROCEEDINGS.)

03:05PM   5     BY MR. LEACH:

03:05PM   6     Q.   DO YOU SEE THAT ON THE SCREEN, DR. SUNG?

03:05PM   7     A.   YES.

03:05PM   8     Q.   AND IS THIS AN EMAIL FROM YOU TO ELIZABETH HOLMES,

03:05PM   9     DANIEL EDLIN, DANIEL YOUNG, AND RONB@2BS-STATS.COM?

03:05PM   10    A.   YES.

03:05PM   11    Q.   AND IS THAT RON B., IS THAT RON BOWSHER?

03:05PM   12    A.   YES.

03:05PM   13    Q.   AND DANIEL EDLIN, WHO DID YOU UNDERSTAND HIM TO BE?

03:05PM   14    A.   I DON'T REMEMBER HIS EXACT TITLE, BUT HE WAS SOMETHING

03:05PM   15    LIKE A PROGRAM OR PROJECT MANAGER I BELIEVE THAT I WAS WORKING

03:05PM   16    WITH AT THERANOS.

03:05PM   17    Q.   OKAY.  AND IN THE CC LINE THERE'S NIANHANG CHEN.  WHO IS

03:05PM   18    DR. CHEN?

03:05PM   19    A.   SO DR. CHEN WAS A PHARMACOKINETICIST, AND SO SHE WORKED

03:06PM   20    WITH PETER BRYAN IN THAT SAME GROUP TO MODEL HOW THE DRUG WOULD

03:06PM   21    BEHAVE IN THE HUMAN, IN THE PATIENTS.

03:06PM   22    Q.   THAT'S ON THE PK SIDE, MEASURING THE CONCENTRATION OF THE

03:06PM   23    DRUG?

03:06PM   24    A.   EXACTLY.

03:06PM   25    Q.   IN THE TRIAL?

SUNG DIRECT BY MR. LEACH

03:06PM 1          AND I -- THE SUBJECT OF THIS IS FOR OUR DISCUSSION THIS

03:06PM 2     MORNING.

03:06PM 3          DO YOU SEE THAT?

03:06PM 4     A.   YES.

03:06PM 5     Q.   AND DO YOU SEE TWO ATTACHMENTS, EVALUATION OF THERANOS PK

03:06PM 6     ASSAY METHOD AND SUMMARY OF PD RESULTS?

03:06PM 7     A.   YES.

03:06PM 8     Q.   AND BEFORE I GET TO THOSE ATTACHMENTS, WE ALSO MARKED

03:06PM 9     EXHIBIT 5416.

03:06PM 10         IS THAT AN EMAIL FROM MS. HOLMES ACKNOWLEDGING RECEIPT OF

03:06PM 11    THIS?

03:06PM 12    A.   YES.

03:06PM 13              MR. LEACH:  MS. KRATZMANN, I UNDERSTAND WE'RE BACK

03:06PM 14    RUNNING ON THE ELECTRONIC COPY.  IF WE CAN SWITCH BACK TO THAT.

03:07PM 15         (PAUSE IN PROCEEDINGS.)

03:07PM 16    BY MR. LEACH:

03:07PM 17    Q.   ARE YOU ABLE TO SEE THAT ON THE SCREEN NOW, DR. SUNG?

03:07PM 18    A.   YES.

03:07PM 19    Q.   AND DID YOU DRAFT THE POWERPOINT SUMMARY OF PD RESULTS IN

03:07PM 20    THIS EMAIL?

03:07PM 21    A.   I DID.

03:07PM 22    Q.   AND DID DR. CHEN AND HER TEAM DRAFT THE POWERPOINT

03:07PM 23    EVALUATION OF THERANOS PK ASSAY METHOD?

03:07PM 24    A.   YES.

03:07PM 25    Q.   AND IN OR AROUND THIS MARCH 2012 TIME PERIOD, DID YOU HAVE

03:07PM   1    A DISCUSSION WITH FOLKS AT THERANOS ABOUT THE SUBSTANCE OF THE

03:07PM   2    POWERPOINTS?

03:07PM   3    A.   YES.

03:07PM   4    Q.   AND DO THE POWERPOINTS REFLECT CELGENE'S CONCLUSIONS ABOUT

03:07PM   5    THE PERFORMANCE OF THERANOS'S PK ASSAYS AND THE PD ASSAYS?

03:08PM   6    A.   YES.

03:08PM   7    Q.   OKAY.  AND LET ME DRAW YOUR ATTENTION TO PAGE 4.

03:08PM   8        DO YOU SEE WHERE IT SAYS EVALUATION OF THERANOS PK ASSAY

03:08PM   9    METHOD FROM THE CLINICAL PK PERSPECTIVE?

03:08PM  10    A.   YES.

03:08PM  11    Q.   AND IS THIS THE POWERPOINT THAT DR. CHEN PREPARED?

03:08PM  12    A.   YES.

03:08PM  13    Q.   AND YOU WERE THERE WHEN THE MESSAGES IN THIS POWERPOINT

03:08PM  14    WERE DELIVERED TO THERANOS?

03:08PM  15    A.   YES.

03:08PM  16    Q.   OKAY.  AND A PK ASSAY, AGAIN, WHAT DOES THE PK ASSAY

03:08PM  17    METHOD REFER TO?

03:08PM  18    A.   IT'S THE PHARMACOKINETIC ASSAY OR BIO ANALYTICAL ASSAY

03:08PM  19    THAT MEASURES THE AMOUNT OF DRUG CIRCULATING.

03:08PM  20    Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 5.

03:08PM  21        DO YOU SEE AT THE TOP WHERE IT SAYS, RUN A PK SAMPLE WITH

03:09PM  22    THERANOS SYSTEM?

03:09PM  23    A.   YES.

03:09PM  24    Q.   AND WHAT IS DEPICTED HERE?

03:09PM  25    A.   SO I THINK THIS WAS MEANT TO DEPICT THE STEPS THAT ONE

03:09PM  1    WOULD TAKE TO USE THE THERANOS PLATFORM FROM COLLECTING,

03:09PM  2    PREPARING THE INSTRUMENT TO COLLECTING THE BLOOD AND HOW YOU

03:09PM  3    WOULD TEST THE BLOOD IN THE INSTRUMENT.

03:09PM  4    Q.   AND SO THIS IS A DESCRIPTION OF HOW THE THERANOS DEVICE

03:09PM  5    WAS USED IN THE CELGENE TRIAL?

03:09PM  6    A.   MORE OR LESS, YES.

03:09PM  7    Q.   OKAY.  PLEASE LOOK AT PAGE 3.  I'M SORRY, PAGE 6 OF THE

03:09PM  8    EXHIBIT, PAGE 3 OF THE POWERPOINT.  NEXT PAGE BASICALLY.

03:09PM  9         THIS SLIDE SAYS RUN A PK SAMPLE WITH QPS SYSTEM.

03:09PM  10        DO YOU SEE THAT?

03:09PM  11   A.   YES.

03:09PM  12   Q.   AND WHAT IS THE QPS SYSTEM?

03:09PM  13   A.   SO THE QPS IS ANOTHER COMPANY THAT WAS RUNNING OUR SORT OF

03:09PM  14   STANDARD PK ASSAYS FOR THE TRIAL.

03:10PM  15   Q.   AND WHAT DOES THIS FLOW CHART CONVEY?

03:10PM  16   A.   THE SAME STEPS AS THE PRIOR, SO THE STEPS ONE WOULD TAKE

03:10PM  17   TO MEASURE THE END POINTS IN BLOOD USING THIS SYSTEM, THE QPS

03:10PM  18   ASSAY.

03:10PM  19   Q.   OKAY.  IF WE LOOK AT THE BOX ON THE LEFT, IT SAYS, DRAW

03:10PM  20   2 ML BLOOD; ALLOW TO CLOT AT RT.

03:10PM  21        IS THAT ROOM TEMPERATURE?

03:10PM  22   A.   YES.

03:10PM  23   Q.   FOR ONE TO TWO HOURS?

03:10PM  24   A.   UH-HUH.

03:10PM  25   Q.   AND THEN WE CONTINUE WITH THE PROCESS.  WITHIN TWO HOURS

03:10PM  1    OF COLLECTION, CENTRIFUGE BLOOD?

03:10PM  2    A.   YES.

03:10PM  3    Q.   AND IS THAT A PROCESS THAT YOU HAD TO EMPLOY WITH THE QPS

03:10PM  4    SYSTEM?

03:10PM  5    A.   YES.

03:10PM  6    Q.   AND LET'S LOOK AT THE NEXT PAGE, PAGE 7 OF THE EXHIBIT.

03:10PM  7         THIS SAYS COMPARISON OF PK ASSAYS:  THERANOS VERSUS QPS.

03:10PM  8         DO YOU SEE THAT LANGUAGE?

03:11PM  9    A.   UH-HUH.

03:11PM  10   Q.   AND WHAT IS CONVEYED HERE?

03:11PM  11   A.   SO I THINK NIANHANG CHEN MEANT TO SHOW THE GROUP A

03:11PM  12   COMPARISON OF THE RESULTS, OR, I'M SORRY, THE SORT OF NECESSARY

03:11PM  13   PROCEDURE FOR THE THERANOS ASSAY VERSUS THE QPS ASSAY.  SO ALL

03:11PM  14   OF THESE THINGS IN THE FIRST COLUMN ARE THE DIFFERENT PARTS OF

03:11PM  15   RUNNING THE ASSAY, AND SO THEY'RE ALL INVOLVED IN GETTING A

03:11PM  16   RESULT FROM THE ASSAY, AND THERE ARE ADVANTAGES AND

03:11PM  17   DISADVANTAGES OF BOTH, BUT YOU CAN SEE THEM COMPARED SORT OF

03:11PM  18   HEAD TO HEAD HERE IN THIS TABLE.

03:11PM  19   Q.   THE FIRST ROW SAYS MATRIX, AND THEN THERE'S A COLUMN FOR

03:11PM  20   THERANOS AND QPS, AND ONE SAYS WHOLE BLOOD AND SERUM.

03:11PM  21        WHAT DOES THAT MEAN?

03:11PM  22   A.   SO THE MATRIX IS THE SAMPLE THAT IS COLLECTED, SO WHETHER

03:11PM  23   IT'S BLOOD OR URINE, FOR EXAMPLE, AND IN THIS CASE IT'S BLOOD.

03:12PM  24        SO FOR THE THERANOS SYSTEM, IT WAS VERY NICE BECAUSE THEY

03:12PM  25   COULD ASSAY WHOLE BLOOD WITHOUT PREPPING THE SAMPLE.

SUNG DIRECT BY MR. LEACH

03:12PM  1      BUT FOR THE QPS SYSTEM, YOU HAD TO SPIN OUT THE SERUM FROM

03:12PM  2  THE WHOLE BLOOD BEFORE YOU COULD RUN THE TEST.

03:12PM  3  Q.   AND THE NEXT ROW SAYS COLLECTED BLOOD VOLUME.

03:12PM  4      WHAT IS CONVEYED THERE?

03:12PM  5  A.   SO THAT'S THE AMOUNT OF BLOOD THAT IS NECESSARY FOR THE

03:12PM  6  ASSAY, AND YOU CAN SEE THERE THAT THERANOS REQUIRED A VERY,

03:12PM  7  VERY SMALL AMOUNT COMPARED TO THE QPS WHICH REQUIRED 2 ML.

03:12PM  8  Q.   THE NEXT LINE SAYS, "CALIBRATIONS RANGE," AND IN THE

03:12PM  9  THERANOS BOX IT SAYS, "40 TO 4000 NG/MILLILITER

03:12PM  10  (INSUFFICIENT!)."

03:12PM  11      WHAT DOES THAT MEAN?

03:12PM  12  A.   THAT WASN'T MY SLIDE, SO I CAN'T REALLY SPEAK TO THAT.

03:12PM  13  Q.   WHAT IS THE CALIBRATION RANGE GENERALLY?

03:13PM  14  A.   SO THAT'S GENERALLY THE RANGE OF THE ASSAY, SO THE AMOUNT

03:13PM  15  OF ANALYTE OR WHAT YOU'RE TRYING TO DETECT IN THE ASSAY.

03:13PM  16  Q.   AND THEN THERE'S A LINE, DILUTION OF SAMPLES AND ABILITY

03:13PM  17  TO REASSAY.  CAN YOU HELP US UNDERSTAND WHAT IS IN THOSE TWO

03:13PM  18  ROWS?

03:13PM  19  A.   SO THE DILUTION OF SAMPLES, SOMETIMES THE ASSAY IS

03:13PM  20  DEVELOPED SUCH THAT THE SAMPLES REQUIRE DILUTION IN ORDER TO

03:13PM  21  RUN THEM, SOMETIMES NOT, AND THE ABILITY TO REASSAY IS JUST IF

03:13PM  22  YOU HAVE SAMPLE LEFT OVER, FOR EXAMPLE, IF SOMETHING GOES WRONG

03:13PM  23  IN THAT FIRST RUN, YOU CAN TAKE THE LEFT OVER SAMPLE AND JUST

03:13PM  24  RUN THE ASSAY AGAIN.

03:13PM  25  Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE,

03:13PM  1      PAGE 8.

03:13PM  2          UP AT THE TOP IT SAYS COMPARISON OF PK DATA:  THERANOS

03:13PM  3      VERSUS QPS.

03:13PM  4          DO YOU SEE THAT LANGUAGE?

03:13PM  5      A.   YES.

03:13PM  6      Q.   AND IN PARENTHESIS IT SAYS (REN-001 PART 1).  WHAT DOES

03:14PM  7      THAT MEAN?

03:14PM  8      A.   SO REN-001 WAS THE NAME OF THE RENAL OR KIDNEY TRIAL THAT

03:14PM  9      WE WERE RUNNING, AND IT WAS RUN IN TWO PARTS AND THIS WAS

03:14PM  10     PART 1.

03:14PM  11     Q.   AND IN THE FIRST ROW THERE'S A COMPARISON OF THERANOS AND

03:14PM  12     QPS WITH THE HEADING SAMPLES WITHOUT RESULTS.

03:14PM  13          DO YOU SEE THAT?

03:14PM  14     A.   YES.

03:14PM  15     Q.   AND WHAT DOES THAT MEAN?

03:14PM  16     A.   I THINK IT MEANS THAT THERE A WERE CERTAIN SUBSET OF

03:14PM  17     SAMPLES THAT DIDN'T GIVE USEABLE RESULTS FROM BOTH THERANOS AND

03:14PM  18     QPS.

03:14PM  19     Q.   AND DOES THIS INDICATE THAT 14.1 PERCENT OF THE THERANOS

03:14PM  20     SAMPLES CAME BACK WITHOUT RESULTS?

03:14PM  21     A.   YES, OR RESULTS THAT WERE UNDETECTABLE OR NOT.

03:14PM  22     Q.   AND THAT'S COMPARED TO LESS THAN 2 PERCENT FOR QPS?

03:14PM  23     A.   CORRECT.

03:14PM  24     Q.   AND HOW ABOUT WITH SERUM CONCENTRATION?  WHAT IS CONVEYED

03:15PM  25     IN THAT ROW?

03:15PM 1    A.    SERUM -- YEAH, I CAN'T SPEAK TO THAT DIRECTLY.  I THINK IT

03:15PM 2    WAS SOMETHING THAT DR. CHEN AGAIN WAS LOOKING AT IN TERMS OF

03:15PM 3    THE STARTING POINT OF THE MATRIX USING SERUM TO MEASURE THE END

03:15PM 4    POINTS.

03:15PM 5        SO THERE NEEDED TO BE SOME SORT OF CONVERSION WHILE USING

03:15PM 6    THE THERANOS SYSTEM, WHEREAS FOR THE QPS IT LOOKS LIKE THERE

03:15PM 7    WAS NO MANIPULATION OF DATA NEEDED, IT WAS JUST A DIRECT

03:15PM 8    MEASUREMENT OF THE SERUM CONCENTRATION OF THE DRUG.

03:15PM 9    Q.    AND THE NEXT ROW WAS CONCENTRATION VARIABILITY.  WHAT IS

03:15PM 10   CONCENTRATION VARIABILITY?

03:15PM 11   A.    SO THAT'S THE DRUG CONCENTRATION I THINK IN THE SLIDE IS

03:15PM 12   WHAT SHE'S REFERRING TO, AND IT'S SORT OF THE VARIATION, THE

03:15PM 13   VARIABILITY OF THE DRUG DETECTED IN THE BLOOD IN THE SAMPLES

03:15PM 14   WHILE MEASURING THE THERANOS PLATFORM VERSUS QPS.

03:15PM 15   Q.    AND IS HIGH VARIABILITY GOOD OR BAD OR INDIFFERENT?

03:15PM 16   A.    BAD.

03:15PM 17   Q.    AND SO YOU WANT TO HAVE LOWER --

03:16PM 18   A.    SO, YEAH, YOU WANT A LOWER.

03:16PM 19   Q.    AND LET'S LOOK AT PAGE 9, PLEASE.

03:16PM 20       DO YOU SEE WHERE IT SAYS INDIVIDUAL CONCENTRATION

03:16PM 21   PROFILES, THERANOS WHOLE BLOOD VERSUS QPS SERUM?

03:16PM 22   A.    YES.

03:16PM 23   Q.    AND AT A HIGH LEVEL, WHAT IS DEPICTED ON THIS SLIDE?

03:16PM 24   A.    SO THESE GRAPHS ARE INDIVIDUAL PATIENT GRAPHS, AND EACH OF

03:16PM 25   THEM DEPICTS THE RELATIONSHIP BETWEEN THE DAY AFTER THE PATIENT

03:16PM   1    RECEIVES THE DRUG AND THE AMOUNT OF DRUG THAT IS CIRCULATING IN

03:16PM   2    THE BLOOD.

03:16PM   3    Q.   AND THE BLUE LINE IS FOR QPS AND THE RED LINE IS FOR

03:16PM   4    THERANOS IN THESE VARIOUS GRAPHS?

03:16PM   5    A.   YES.

03:16PM   6    Q.   AND DOWN AT THE BOTTOM THERE ARE TWO BULLETS.  THE SECOND

03:16PM   7    ONE SAYS, "THERANOS WHOLE BLOOD DATA SHOWED MORE FLUCTUATIONS."

03:17PM   8         IN THIS CONTEXT, ARE FLUCTUATIONS DESIRABLE OR

03:17PM   9    UNDESIRABLE?

03:17PM  10    A.   THEY'RE UNDESIRABLE.

03:17PM  11    Q.   PLEASE LOOK AT THE NEXT PAGE.

03:17PM  12         DO YOU SEE AT THE TOP WHERE IT SAYS CONVERSION OF THERANOS

03:17PM  13    WHOLE BLOOD CONCENTRATIONS TO SERUM CONCENTRATIONS?

03:17PM  14    A.   UH-HUH.

03:17PM  15    Q.   AND AT A HIGH LEVEL, WHAT IS CONVEYED HERE?

03:17PM  16    A.   SO THIS BASICALLY REFERS TO THE PRIOR SLIDE, THE

03:17PM  17    CONVERSION FACTOR I THINK THAT WAS NECESSARY TO COMPARE THE

03:17PM  18    TWO.  AND SO THE RED SOLID LINE IN THE MIDDLE IS SORT OF WHERE

03:17PM  19    YOU FOCUSSED YOUR ATTENTION, AND ALL OF THE BLUE DOTS ARE

03:17PM  20    DEVIATIONS FROM THAT QPS SORT OF STANDARD.

03:17PM  21         SO THE FURTHER AWAY FROM THAT SOLID RED LINE AND THE ZERO

03:18PM  22    THERE WOULD HAVE BEEN MORE DEVIATION OR VARIATION THERE IS.

03:18PM  23    Q.   SO YOU WANT TO HAVE BLUE DOTS WITHIN THE RED LINES HERE.

03:18PM  24    IS THAT WHAT I'M HEARING?

03:18PM  25    A.   IDEALLY WITHIN THE TWO DOTTED, YES, THE 25 PERCENT RANGE.

03:18PM   1    Q.   AND THE BULLET DOWN AT THE BOTTOM SAYS "67 PERCENT SAMPLES

03:18PM   2    HAD GREATER THAN 25 PERCENT DIFFERENCE IN SERUM CONCENTRATION

03:18PM   3    BETWEEN THERANOS AND QPS METHOD."

03:18PM   4         DO YOU SEE THAT?

03:18PM   5    A.   YES.

03:18PM   6    Q.   AND WAS THAT GOOD NEWS OR BAD NEWS OR SOMETHING ELSE FOR

03:18PM   7    THERANOS?

03:18PM   8    A.   WELL, IT'S NOT GOOD NEWS.  IT BASICALLY JUST SHOWS THAT

03:18PM   9    THE ASSAY DID NOT PERFORM AS WELL AS WE HAD HOPED.

03:18PM  10    Q.   LET'S LOOK AT THE NEXT PAGE, PLEASE, PAGE 11.

03:18PM  11         I'M SORRY, PAGE 12, MS. HOLLIMAN.  PERFECT.

03:19PM  12         THIS SLIDE -- AT THE TOP IT SAYS MEAN (PLUS, MINUS SD)

03:19PM  13    CONCENTRATION PROFILES THERANOS VERSUS QPS.

03:19PM  14         DO YOU SEE THAT, DR. SUNG?

03:19PM  15    A.   YES.

03:19PM  16    Q.   AND WHAT IS PLUS MINUS SD IN THIS CONTEXT?

03:19PM  17    A.   STANDARD DEVIATION, SO THE VARIATION OR DEVIATION FROM AN

03:19PM  18    AVERAGE, FOR EXAMPLE, A MEAN CONCENTRATION.

03:19PM  19    Q.   OKAY.  AND IN THE GRAPH, WHAT IS BEING DEPICTED HERE IN

03:19PM  20    THE GRAPH WITH THE RED LINES AND THE GREEN LINES AND THE BLUE

03:19PM  21    LINES?

03:19PM  22    A.   SO THIS IS AN AVERAGE OF THE SAME SORT OF DATA WE'VE

03:19PM  23    LOOKED AT.  SO THE DAYS FOLLOWING DOSING COMPARED TO THE AMOUNT

03:19PM  24    OF DRUG THAT IS CIRCULATING IN THE PATIENT, AND THIS IS

03:19PM  25    MEASURED BY EITHER THE QPS SYSTEM USING SERUM OR THERANOS USING

SUNG DIRECT BY MR. LEACH

03:20PM  1    EITHER BLOOD OR SERUM AS THE STARTING POINT.

03:20PM  2    Q.   AND THEN IN THE BULLET DOWN AT THE BOTTOM IT SAYS, "MEAN

03:20PM  3    CONCENTRATION PROFILES WERE NOT CONSISTENT BETWEEN THERANOS AND

03:20PM  4    QPS.

03:20PM  5         "CONCENTRATION VARIABILITY WAS HIGHER WITH THERANOS THAN

03:20PM  6    THE QPS METHOD."

03:20PM  7         IS CONCENTRATION VARIABILITY DESIRE OR UNDESIRABLE IN THIS

03:20PM  8    CONTEXT?

03:20PM  9    A.   UNDESIRABLE.

03:20PM  10   Q.   AND THE MEAN CONCENTRATION PROFILES NOT BEING CONSISTENT

03:20PM  11   BETWEEN THERANOS AND QPS, WHAT DID THAT MEAN?

03:20PM  12   A.   SO WE WERE COMPARING, AGAIN, SORT OF A TEST ASSAY TO THE

03:20PM  13   STANDARD AND HOPING TO FIND ALIGNMENT, AND SO EVEN THOUGH THE

03:20PM  14   PATTERN IS SIMILAR, THEY DID NOT OVERLAP WITH EACH OTHER, WHICH

03:20PM  15   MEANS THAT THE THERANOS PLATFORM WAS NOT YIELDING THE SAME

03:20PM  16   RESULTS AS THE STANDARD ASSAY.

03:20PM  17   Q.   AND WAS THAT WHAT CELGENE WAS HOPING TO SEE?

03:20PM  18   A.   NO.

03:21PM  19   Q.   LET ME DRAW YOUR ATTENTION TO THE NEXT PAGE, PAGE 13.

03:21PM  20        DO YOU SEE WHERE IT SAYS INDIVIDUAL SERUM PK PARAMETERS

03:21PM  21   THERANOS VERSUS QPS?

03:21PM  22   A.   YES.

03:21PM  23   Q.   AND WHAT IS DEPICTED HERE?

03:21PM  24   A.   SO, AGAIN, I THINK THESE ARE -- EACH LITTLE NUMBER ON THE

03:21PM  25   X AXIS IS A SEPARATE PATIENT, AND SO THESE GRAPHS ARE SHOWING

SUNG DIRECT BY MR. LEACH

03:21PM 1    DIFFERENT PK PARAMETERS.  SO THE FIRST, FOR EXAMPLE, IS THE

03:21PM 2    MAXIMUM CONCENTRATION OF DRUG REACHED AT THIS TIME IN THE

03:21PM 3    PATIENTS.

03:21PM 4        SO THESE ARE ALL MEASURES THAT ALLOW YOU TO CHARACTERIZE

03:21PM 5    THE DRUG DISPOSITION IN THE PATIENT.

03:21PM 6    Q.   IN THE BULLET IT SAYS, "GREATER THAN 40 PERCENT DIFFERENCE

03:21PM 7    IN THE VALUE BETWEEN TWO METHODS OCCURRED IN AT LEAST 2

03:21PM 8    SUBJECTS (33 PERCENT OF SUBJECTS ARE HIGHER) FOR EACH

03:21PM 9    PARAMETER."

03:21PM 10       WAS THAT GOOD NEWS OR BAD NEWS OR INDIFFERENT FOR

03:22PM 11   THERANOS?

03:22PM 12   A.   IT'S NOT -- AGAIN, IT'S NOT GOOD NEWS BECAUSE WE'RE HOPING

03:22PM 13   FOR MUCH SMALLER PERCENTAGE VARIATION.

03:22PM 14   Q.   LET ME DRAW YOUR ATTENTION TO THE LAST SLIDE, PLEASE, OF

03:22PM 15   THIS POWERPOINT, PAGE 14.

03:22PM 16       DO YOU SEE WHERE IT SAYS VARIABILITY IN SERUM PK

03:22PM 17   PARAMETERS THERANOS VERSUS QPS?

03:22PM 18   A.   YES.

03:22PM 19   Q.   AND WHAT IS DEPICTED HERE?

03:22PM 20   A.   SO THIS IS LOOKING AT THESE PARAMETERS THAT I JUST SAW IN

03:22PM 21   THE PRIOR SLIDES.  SO THE PK PARAMETERS, THEY'RE LISTED ON THE

03:22PM 22   BOTTOM, AND YOU'RE LOOKING AT THE COEFFICIENT OF VARIATION.  SO

03:22PM 23   IT'S KIND OF THE FREQUENCY OR THE SPREAD OF VARIABILITY AND,

03:22PM 24   AGAIN, COMPARING THE PLATFORM AT THERANOS USING BLOOD AND SERUM

03:22PM 25   AS THE STARTING POINT, AND THEN ALSO USING SERUM IN THE QPS

03:22PM  1    SYSTEM.

03:22PM  2    Q.   AND THERE'S A BULLET "HIGHER PK PARAMETER VARIABILITY WITH

03:23PM  3    THERANOS THAN THE QPS METHOD."

03:23PM  4         HERE VARIABILITY IS NOT DESIRABLE?

03:23PM  5    A.   NOT DESIRABLE.

03:23PM  6    Q.   LET ME DRAW YOUR ATTENTION, PLEASE, TO THE POWERPOINT THAT

03:23PM  7    YOU PREPARED -- WELL, BEFORE I GET TO THE NEXT POWERPOINT.

03:23PM  8         THE OVERALL MESSAGE THAT DR. CHEN CONVEYED IN THIS

03:23PM  9    MEETING, WAS IT NEGATIVE?  WAS IT POSITIVE?  WHAT WAS -- WHAT

03:23PM  10   DID SHE COMMUNICATE?

03:23PM  11   A.   FROM THE BEST I CAN RECOLLECT, SHE COMMUNICATED THAT THE

03:23PM  12   THERANOS PLATFORM WAS NOT UP TO STANDARD FOR MEASURING THE PK

03:23PM  13   OR THE DRUG AMOUNTS IN THE BLOOD OF THESE PATIENTS.

03:23PM  14   Q.   LET'S LOOK AT YOUR POWERPOINT, THE ONE YOU PREPARED, AND

03:23PM  15   IF WE CAN GO TO THE NEXT PAGE, PAGE 15, DR. SUNG.

03:23PM  16        DO YOU SEE THE TITLE ACE-011 REN-001, PART 1?

03:23PM  17   A.   YES.

03:23PM  18   Q.   AND PD END POINTS:  FSH, LH, AND ESTRADIOL?

03:24PM  19   A.   YES.

03:24PM  20   Q.   AND WHAT DID YOU MEAN BY THAT?

03:24PM  21   A.   SO WE CHOSE THREE OF THOSE END POINTS TO LOOK AT HERE IN

03:24PM  22   THIS SLIDE DECK AND THOSE ARE LISTED HERE, FSH, LH, AND

03:24PM  23   ESTRADIOL.

03:24PM  24        SO THE PURPOSE OF THIS DECK WAS TO COMPARE, SIMILAR WITH

03:24PM  25   WHAT WE JUST TALKED ABOUT, THE THERANOS PLATFORM VERSUS THE

03:24PM   1    STANDARD ASSAY PLATFORM.

03:24PM   2    Q.   OKAY.  IS END POINT ANOTHER WORD FOR ASSAY?

03:24PM   3    A.   ASSAYS MEASURE END POINTS.

03:24PM   4    Q.   OKAY.  THANK YOU.

03:24PM   5    A.   UH-HUH.

03:24PM   6    Q.   AND LET'S LOOK AT PAGE 16 OF THE EXHIBIT, THE NEXT PAGE.

03:24PM   7    YOU HAVE A SLIDE ENTITLED REFERENCE VALUES.

03:24PM   8         PLEASE EXPLAIN WHAT YOU'RE COMMUNICATING HERE TO THE FOLKS

03:24PM   9    AT THERANOS.

03:24PM  10    A.   SO THIS WAS JUST THE NORMAL, HEALTHY INDIVIDUAL RANGE OF

03:24PM  11    THESE END POINTS THAT YOU WOULD FIND IN MEN AND IN WOMEN,

03:25PM  12    ESTRADIOL, FSH, AND LH.  SO IT'S TO GIVE YOU KIND OF AN IDEA OF

03:25PM  13    WHAT A NORMAL, HEALTHY PERSON MIGHT COME IN AS.

03:25PM  14    Q.   AND THEN BENEATH THAT YOU WROTE, ACM ASSAY RANGE.

03:25PM  15         WE NEED TO SPEAK ONE AT A TIME, SO I'LL FINISH MY

03:25PM  16    QUESTION.

03:25PM  17         ACM WAS THE GOLD STANDARD THAT CELGENE HAD HIRED?

03:25PM  18    A.   YES.

03:25PM  19    Q.   AND WHAT IS CONVEYED ON THIS BOTTOM PART, ACM ASSAY RANGE,

03:25PM  20    THERANOS ASSAY RANGE?

03:25PM  21    A.   SO THE ASSAY RANGE DESCRIBES THE CONCENTRATION, THE LOW

03:25PM  22    AND THE HIGH END OF CONCENTRATION OF THESE VARIOUS END POINTS

03:25PM  23    THAT CAN BE MEASURED USING THE RESPECTIVE ASSAYS.

03:25PM  24    Q.   OKAY.  LET'S LOOK AT THE NEXT PAGE, PAGE 17.

03:25PM  25         DO YOU SEE AT THE TOP WHERE IT SAYS PATIENT 21003?

03:26PM   1    A.   YES.

03:26PM   2    Q.   AND WHAT DOES THAT REFER TO?

03:26PM   3    A.   THAT WAS ONE OF THE PATIENTS IN OUR RENAL-001 TRIAL.

03:26PM   4    Q.   AND THIS PATIENT WAS A 60-YEAR OLD FEMALE?

03:26PM   5    A.   YES.

03:26PM   6    Q.   AND DO YOU -- IN THE LEFT COLUMN THERE'S ESTRADIOL, FSH,

03:26PM   7    LH WITH SOME ROWS FOR D 1, D 15, D 29.

03:26PM   8         WHAT DOES THAT REPRESENT?

03:26PM   9    A.   THOSE REPRESENT THE DAY THAT THE MEASUREMENT WAS TAKEN.

03:26PM   10   Q.   AND SO D 29 WOULD BE 29 DAYS OUT FROM THE --

03:26PM   11   A.   FROM THE START OF THE TRIAL, YEAH.

03:26PM   12   Q.   AND ARE THE ACM RESULTS FOR THESE THREE ASSAYS CONVEYED IN

03:26PM   13   THE MIDDLE ROW?

03:26PM   14   A.   YES.

03:26PM   15   Q.   AND SO FOR ESTRADIOL FOR PATIENT 21003 ON DAY 1, THE ACM

03:26PM   16   MEASUREMENT WAS 10?

03:26PM   17   A.   YES.

03:26PM   18   Q.   AND WHAT WAS THE THERANOS MEASUREMENT FOR THAT DATE?

03:26PM   19   A.   IT WAS OUT OF RANGE, SO THERE WAS NO VALUE THAT WAS GIVEN.

03:27PM   20   Q.   AND WHAT DOES THAT MEAN?

03:27PM   21   A.   THAT THE ASSAY WASN'T ABLE TO MEASURE THE CONCENTRATION IN

03:27PM   22   THAT SAMPLE.

03:27PM   23   Q.   AND FOR DAY 15, THIS PATIENT MEASURED 10 FOR ACM.  AM I

03:27PM   24   READING THAT CORRECTLY?

03:27PM   25   A.   YES.

03:27PM 1   Q.   AND THE THERANOS RESULT, AGAIN, WAS OUT OF RANGE?

03:27PM 2   A.   YES.

03:27PM 3   Q.   AND ON DAY 113, THE ACM RESULT AGAIN WAS 10, AND WHAT WAS

03:27PM 4   THE THERANOS RESULT?

03:27PM 5   A.   46.7.

03:27PM 6   Q.   AND WHAT WERE YOU INTENDING TO CONVEY TO THERANOS BY

03:27PM 7   CORRELATING THE ACM AND THE THERANOS RESULTS ON THIS SLIDE?

03:27PM 8   A.   SO THE IDEA WAS BASICALLY JUST TO SHOW THE SIMILARITIES

03:27PM 9   AND DIFFERENCES BETWEEN THE TWO ASSAYS IN TERMS OF THE RESULTS.

03:27PM 10  Q.   AND WHAT -- WERE YOU SEEING MORE SIMILARITIES OR MORE

03:27PM 11  DIFFERENCES?

03:27PM 12  A.   SO IN THIS CASE THERE WERE MORE DIFFERENCES THAN

03:27PM 13  SIMILARITIES.

03:27PM 14  Q.   OKAY.  FURTHER DOWN FOR THE ASSAY FSH, THERE'S A COUPLE OF

03:28PM 15  N/A'S IN THE THERANOS COLUMN FOR D 29 AND D 113.

03:28PM 16       DO YOU SEE THAT?

03:28PM 17  A.   YES.

03:28PM 18  Q.   AND WHAT DOES THE N/A REPRESENT?

03:28PM 19  A.   SO I DON'T REMEMBER EXACTLY, BUT USUALLY IF I USE THAT, IT

03:28PM 20  PROBABLY MEANT THAT THERE WAS NOT A SAMPLE AVAILABLE, THAT

03:28PM 21  SOMETHING HAPPENED WITH THE SAMPLE, EITHER IT WASN'T COLLECTED

03:28PM 22  PROPERLY OR IT WASN'T VIABLE, SOMETHING LIKE THAT.

03:28PM 23  Q.   OKAY.  LET'S GO TO THE NEXT PAGE, PLEASE.  PAGE 18 OF THE

03:28PM 24  EXHIBIT.

03:28PM 25       DO YOU SEE WHERE IT SAYS PATIENT 21005 AT THE TOP?

03:28PM   1    A.   YES.

03:28PM   2    Q.   AND DID YOU INCLUDE THE RESULTS FOR ALL OF THE PATIENTS IN

03:28PM   3    THIS POWERPOINT?

03:28PM   4    A.   I DON'T RECALL.   PROBABLY WHATEVER WE HAD AVAILABLE AT THE

03:28PM   5    TIME.

03:28PM   6    Q.   OKAY.

03:28PM   7    A.   YEAH.

03:28PM   8    Q.   AND HOW DID YOU SELECT WHO WENT INTO THE POWERPOINT?   I

03:28PM   9    GUESS WHY WERE YOU SELECTING THE PARTICULAR PATIENTS?

03:29PM  10    A.   I THINK IT WAS UP TO THAT TIME POINT, WHATEVER IT WAS,

03:29PM  11    THAT WE DECIDED WE WOULD ASSESS AND COMPARE THE ASSAYS, IT WAS

03:29PM  12    WHO WAS ENROLLED IN THE TRIAL AT THE TIME AND WE HAD SAMPLES

03:29PM  13    COLLECTED FROM THEM AND RESULTS.

03:29PM  14         IT WAS KIND OF A ROLLING ENROLLMENT, AND AS TIME GOES,

03:29PM  15    MORE PATIENTS ARE ENROLLED, SOME DROP OUT.   SO AT THIS

03:29PM  16    PARTICULAR TIME, THESE WERE THE PATIENTS FOR WHOM WE HAD

03:29PM  17    SAMPLES AVAILABLE.

03:29PM  18    Q.   OKAY.   AND ON THIS SLIDE I WANT TO DRAW YOUR ATTENTION

03:29PM  19    AGAIN TO THE -- DRAW YOUR ATTENTION THIS TIME TO THE LH ASSAY.

03:29PM  20         FOR D 1, DAY 1, WHAT WAS THE RESULT FOR ACM?

03:29PM  21    A.   2.9.

03:29PM  22    Q.   AND WHAT WAS THE RESULT FOR THERANOS?

03:29PM  23    A.   OUT OF RANGE.

03:29PM  24    Q.   AND WAS THE THERANOS RESULT ALSO OUT OF RANGE FOR D 15 AND

03:29PM  25    D 29?

03:29PM  1    A.   YES.

03:29PM  2    Q.   OKAY.  AND WHAT WERE YOU TRYING TO CONVEY TO THERANOS WITH

03:29PM  3    THIS SLIDE FOR PATIENT 21005?

03:30PM  4    A.   THE SAME THING.  JUST THAT THERE WASN'T GOOD ALIGNMENT

03:30PM  5    BETWEEN THE LH IN THIS CASE RESULTS FROM THEIR PLATFORM

03:30PM  6    COMPARED TO THE ACM ASSAY.

03:30PM  7    Q.   OKAY.  LET'S LOOK AT THE NEXT SLIDE, PLEASE, PAGE 19.

03:30PM  8         IS THIS A SLIDE FOR PATIENT 31008?

03:30PM  9    A.   YES.

03:30PM  10   Q.   AND IS THIS ALSO INTENDED TO DEMONSTRATE THE LACK OF

03:30PM  11   ALIGNMENT BETWEEN THE ACM AND THE THERANOS ASSAYS?

03:30PM  12   A.   YES.

03:30PM  13   Q.   OKAY.  AND DOES THE REMAINDER -- DO PAGES 20 THROUGH 23

03:30PM  14   CONCLUDE -- INCLUDE ADDITIONAL DATA WITH RESPECT TO ADDITIONAL

03:30PM  15   PATIENTS DESIGNED TO SHOW THE LACK OF ALIGNMENT BETWEEN THE

03:30PM  16   ASSAYS?

03:30PM  17   A.   YES.

03:30PM  18   Q.   LET ME -- WE CAN PUT THAT DOCUMENT ASIDE, DR. SUNG.

03:31PM  19        I WANT TO DRAW YOUR ATTENTION, PLEASE, TO WHAT WE HAVE

03:31PM  20   MARKED AS EXHIBIT 3893.

03:31PM  21        I MOVE THE ADMISSION OF 3893.

03:31PM  22             MR. CLINE:  NO OBJECTION.

03:31PM  23             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:31PM  24        (GOVERNMENT'S EXHIBIT 3893 WAS RECEIVED IN EVIDENCE.)

03:31PM  25   BY MR. LEACH:

03:31PM   1      Q.   DR. SUNG, I'D LIKE TO DRAW YOUR ATTENTION TO THE MIDDLE

03:31PM   2      PORTION OF THE PAGE, THE EMAIL AT 12:16 P.M.  THERE WE GO.

03:31PM   3           DO YOU SEE THE EMAIL FROM YOU TO DANIEL EDLIN?

03:31PM   4      A.   YES.

03:31PM   5      Q.   AND DO YOU SEE YOU'VE COPIED MS. HOLMES AND DANIEL YOUNG?

03:31PM   6      A.   YES.

03:31PM   7      Q.   AND AS A GENERAL MATTER, WHY DID YOU COPY MS. HOLMES ON

03:31PM   8      EMAILS?

03:31PM   9      A.   I THINK FROM THE START OF THE PROJECT WE JUST THOUGHT IT

03:31PM   10     WOULD BE GREAT TO KEEP HER IN THE LOOP AND AWARE OF ONGOING

03:32PM   11     ACTIVITIES, RESULTS, THINGS LIKE THAT.

03:32PM   12     Q.   OKAY.  YOU WROTE IN THIS EMAIL, "THANK YOU FOR YOUR EMAIL

03:32PM   13     AND IDEAS.  AT LAST WEEK'S PROJECT TEAM MEETING, WE HAD DECIDED

03:32PM   14     TO SIMPLY WAIT UNTIL YOUR NEXT-GEN MACHINES ARE READY AND THEN

03:32PM   15     DEPLOY THEM TO THE THREE CLINICAL SITES WHICH HAVE PRIOR

03:32PM   16     EXPERIENCE."

03:32PM   17           DO YOU SEE THAT?

03:32PM   18     A.   YES.

03:32PM   19     Q.   AND WHAT WERE YOU CONVEYING TO THERANOS HERE?

03:32PM   20     A.   THAT AT THIS POINT WE AS A TEAM INTERNALLY HAD DECIDED TO

03:32PM   21     HALT FURTHER DEPLOYMENT OF THEIR MACHINES TO THE CLINICAL SITES

03:32PM   22     AND FURTHER TESTING USING THEIR PLATFORM.

03:32PM   23     Q.   WHY HAD CELGENE DECIDED TO HALT DOING THAT?

03:32PM   24     A.   SO INTERNALLY WE DISCUSSED THE ADVANTAGES AND

03:32PM   25     DISADVANTAGES OF THE THERANOS PLATFORM VERSUS THE STANDARD

03:32PM  1    TRADITIONAL TESTS, AND I THINK WE HAD DECIDED THAT WE WOULD

03:32PM  2    RATHER STICK WITH, YOU KNOW, THE LESS VARIABILITY IN THE

03:33PM  3    RESULTS AND STICK WITH THE SORT OF STANDARD ASSAYS AND TESTS

03:33PM  4    RATHER THAN TO GO WITH SOMETHING NEW AT THERANOS.

03:33PM  5    Q.   AND STICK WITH THE GOLD STANDARD?

03:33PM  6    A.   STICK WITH THE STANDARD, YEP.

03:33PM  7    Q.   OKAY.  AFTER THE DATE OF THIS EMAIL, APRIL 3RD, 2012, DID

03:33PM  8    YOU DO ANY FURTHER WORK WITH THERANOS?

03:33PM  9    A.   NO, I DIDN'T.

03:33PM  10   Q.   WAS THERE EVER ANY FOLLOWUP ABOUT YOUR NEXT GENERATION OR

03:33PM  11   THERANOS'S NEXT GENERATION MACHINE?

03:33PM  12   A.   NOT WITH ME, NO.

03:33PM  13   Q.   DID ANYONE FROM THERANOS COME BACK TO YOU AND PRESENT

03:33PM  14   ADDITIONAL INFORMATION THAT CHANGED YOUR CONCLUSION NOT TO GO

03:33PM  15   FORWARD WITH THEM?

03:33PM  16   A.   SO THE CONCLUSION WAS NOT CHANGED.  I DON'T RECALL EXACTLY

03:33PM  17   IF THERE WERE FOLLOW-UP CORRESPONDENCES.

03:33PM  18   Q.   OKAY.  DID YOU EVER TELL ANYONE AT THERANOS THAT CELGENE

03:33PM  19   HAD COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:33PM  20   A.   NO.

03:33PM  21   Q.   WOULD YOU AGREE WITH THE STATEMENT THAT CELGENE HAD

03:33PM  22   COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY?

03:34PM  23   A.   NO.

03:34PM  24   Q.   WHY NOT?

03:34PM  25   A.   SO THE FULL VALIDATION WOULD REQUIRE A LOT MORE WORK THAN

03:34PM   1    WE DID, BUT I THINK IT WOULD START WITH BETTER ALIGNMENT OF THE

03:34PM   2    RESULTS FROM THE THERANOS PLATFORM VERSUS THE STANDARD ASSAYS,

03:34PM   3    AND THEN WE WOULD GO FROM THERE TO DO FURTHER WORK IN ORDER TO

03:34PM   4    DEMONSTRATE THAT THE TWO PLATFORMS ARE COMPARABLE, AND THEN THE

03:34PM   5    ADVANTAGES FROM THE THERANOS PLATFORM WOULD THEN COME INTO PLAY

03:34PM   6    WITH LESS BLOOD DRAWN AND SO FORTH.

03:34PM   7        BUT WE NEVER GOT THERE.

03:34PM   8    Q.   I'D LIKE TO DRAW YOUR ATTENTION, PLEASE, TO WHAT IS IN

03:34PM   9    EVIDENCE AS EXHIBIT 7753.

03:34PM   10        DR. SUNG, DO YOU SEE AN EXCEL SPREADSHEET ON THE SCREEN?

03:35PM   11   A.   YEAH, I DO.

03:35PM   12   Q.   AND DO YOU SEE THERE'S A NUMBER OF PHARMACEUTICAL

03:35PM   13   COMPANIES LISTED IN THE LEFT COLUMN, COLUMN A?

03:35PM   14   A.   YES.

03:35PM   15   Q.   OKAY.  DO YOU SEE THE NAME CELGENE IN ROW 7?

03:35PM   16   A.   YES.

03:35PM   17   Q.   AND DO YOU SEE, AS YOU GO ACROSS IN THE ROWS, THERE ARE

03:35PM   18   PARTICULAR YEARS AND MONTHS, 2007, 2008, CONTINUING FORWARD IN

03:35PM   19   TIME?

03:35PM   20   A.   YES.

03:35PM   21   Q.   OKAY.  AND IF WE CAN GO TO THE RIGHT ALL OF THE WAY TO THE

03:35PM   22   GRAND TOTAL COLUMN IN W, MS. HOLLIMAN.

03:35PM   23        DO YOU SEE THE $5 MILLION NUMBER ASSOCIATED WITH CELGENE?

03:35PM   24   A.   YES.

03:35PM   25   Q.   OKAY.  AT THE TIME YOU WERE DOING YOUR WORK, DID YOU HAVE

03:35PM   1    ANY IDEA THAT CELGENE WAS THERANOS'S BIGGEST PHARMACEUTICAL

03:35PM   2    PARTNER?

03:35PM   3    A.   NO.

03:35PM   4    Q.   OKAY.  AND ARE YOU AWARE OF ANY WORK BETWEEN CELGENE AND

03:36PM   5    THERANOS AFTER APRIL OF 2012 AND THE EMAIL THAT WE SAW ABOUT

03:36PM   6    THE NEXT GENERATION MACHINES?

03:36PM   7    A.   NO, I WAS NOT.

03:36PM   8         MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

03:36PM   9         THE COURT:  YES.

03:36PM   10   (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:36PM   11         MR. LEACH:  NO FURTHER QUESTIONS, YOUR HONOR.

03:36PM   12   THANK YOU, DR. SUNG.

03:36PM   13         THE COURT:  CROSS-EXAMINATION?

03:36PM   14         MR. CLINE:  YES.  THANK YOU, YOUR HONOR.

03:36PM   15                      **CROSS-EXAMINATION**

03:36PM   16   BY MR. CLINE:

03:36PM   17   Q.   DR. SUNG, GOOD AFTERNOON.  I REPRESENT ELIZABETH HOLMES.

03:37PM   18   MAY I APPROACH, YOUR HONOR?

03:37PM   19         THE COURT:  YES.

03:37PM   20   BY MR. CLINE:

03:37PM   21   Q.   I'M GOING TO HAND YOU A BINDER THAT LOOKS BIG, BUT WE'RE

03:37PM   22   GOING TO GO THROUGH IT QUICKLY.  OKAY?

03:37PM   23   A.   YES.

03:37PM   24         THE CLERK:  COUNSEL, COULD YOU JUST STATE YOUR NAME

03:37PM   25   FOR THE RECORD, PLEASE.

03:37PM   1              MR. CLINE:  YES.  MY NAME IS JOHN CLINE.

03:37PM   2      Q.   THE PROJECT THAT YOU WORKED ON WITH THERANOS WHILE YOU

03:37PM   3      WERE AT CELGENE WAS THE ACE-011 PROJECT; CORRECT?

03:37PM   4      A.   CORRECT.

03:37PM   5      Q.   AND YOU BEGAN INTERACTING WITH THERANOS ON THAT PROJECT IN

03:37PM   6      NOVEMBER OF 2009; RIGHT?

03:37PM   7      A.   AROUND THAT TIME, YES.

03:37PM   8      Q.   ALL RIGHT.  AND WERE YOU AWARE AT THAT POINT THAT CELGENE

03:37PM   9      AND THERANOS HAD HAD A CONTRACTUAL RELATIONSHIP FOR OVER A YEAR

03:37PM  10      AT THAT POINT?

03:37PM  11      A.   NO.

03:37PM  12      Q.   DID YOU BECOME AWARE OF THAT AT SOME POINT?

03:37PM  13      A.   SOMEONE DID TELL ME, YES.

03:37PM  14      Q.   OKAY.  SO YOU CAME TO UNDERSTAND THAT THERE WAS A --

03:37PM  15      A.   THERE WAS SOME RELATIONSHIP, YES.

03:38PM  16      Q.   ALL RIGHT.  AND IT PREEXISTED THE ACE-011 PROJECT; RIGHT?

03:38PM  17      A.   I'M NOT SURE EXACTLY WHEN.  I MEAN, I WAS ONLY WORKING ON

03:38PM  18      THAT PROJECT, SO I WAS TOLD ABOUT THE RELATIONSHIP WHEN WE

03:38PM  19      STARTED WORKING WITH THERANOS, NOT BEFORE.

03:38PM  20      Q.   ALL RIGHT.  AND I THINK IN -- WE DON'T NEED TO PULL UP THE

03:38PM  21      EXHIBIT, BUT YOU BEGAN YOUR EFFORTS WITH THERANOS WITH A VISIT

03:38PM  22      TO THERANOS; CORRECT?

03:38PM  23      A.   CORRECT.

03:38PM  24      Q.   AND YOU'RE BASED IN SAN FRANCISCO OR NEARBY, SO IT WASN'T

03:38PM  25      TOO FAR OF A TRIP FOR YOU?

SUNG CROSS BY MR. CLINE

03:38PM 1    A.   NO.

03:38PM 2    Q.   AND YOU MET AT THERANOS WITH GARY FRENZEL.

03:38PM 3         DO YOU REMEMBER THAT NAME?

03:38PM 4    A.   I REMEMBER THE NAME, YES.  IT'S HARD TO REMEMBER THE ROLES

03:38PM 5    AND THE FACES, BUT YEP.

03:38PM 6    Q.   I UNDERSTAND.  IT WAS A LONG TIME AGO.

03:38PM 7         AND YOU MET DR. SUREKHA GANGADKHEDKAR?

03:38PM 8    A.   YES, I BELIEVE SO.

03:38PM 9    Q.   AND YOU INTERACTED WITH HER FOR QUITE SOME TIME?

03:38PM 10   A.   REGULARLY, YEAH, DURING THE TIME WE WERE WORKING WITH

03:38PM 11   THERANOS.  SHE WAS, I BELIEVE, A SCIENTIST, SO MAYBE LIKE MY

03:39PM 12   COUNTERPART ON THE THERANOS TEAM.

03:39PM 13   Q.   LET ME -- I JUST WANT TO MOVE QUICKLY THROUGH THE

03:39PM 14   CHRONOLOGY HERE.

03:39PM 15        TAKE A LOOK IN YOUR BINDER, THE ONE THAT I JUST HANDED

03:39PM 16   YOU, AT EXHIBIT 13985.

03:40PM 17        DO YOU HAVE 13895 UP THERE?

03:40PM 18   A.   I DO.

03:40PM 19   Q.   AND YOU HAVE AN EMAIL TO GARY FRENZEL AND

03:40PM 20   SUREKHA GANGADKHEDKAR?

03:40PM 21   A.   YES.

03:40PM 22        MR. CLINE:  AND I OFFER EXHIBIT 13895.

03:40PM 23        THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:40PM 24        (DEFENDANT'S EXHIBIT 13895 WAS RECEIVED IN EVIDENCE.)

03:40PM 25   BY MR. CLINE:

SUNG CROSS BY MR. CLINE

03:40PM 1    Q.   IF WE CAN JUST PULL UP THAT TOP EMAIL.  ESSENTIALLY WHAT

03:40PM 2    YOU ARE DOING IS UPDATING MR. FRENZEL AND DR. GANGADKHEDKAR ON

03:40PM 3    WHAT WAS GOING ON; RIGHT?

03:40PM 4    A.   YES.

03:40PM 5    Q.   AND IN THE FIRST LINE YOU SAY, "HI GARY, JUST WANTED TO

03:40PM 6    LET YOU KNOW THAT WE ARE STILL HAVING INTERNAL DISCUSSIONS AS

03:40PM 7    TO HOW WE'D LIKE TO PROCEED WITH ASSAY VALIDATION FOR THE

03:40PM 8    ACE-011 TRIAL."

03:40PM 9         RIGHT?

03:40PM 10   A.   YES.

03:40PM 11   Q.   AND YOU WERE HAVING DISCUSSIONS, AS ANY BIG COMPANY DOES,

03:40PM 12   ABOUT HOW YOU WERE GOING TO HANDLE THINGS PROCEDURALLY;

03:40PM 13   CORRECT?

03:40PM 14   A.   CORRECT.

03:40PM 15   Q.   AND AT THE BOTTOM OF THAT PARAGRAPH YOU SAY, "OUR

03:41PM 16   TRANSLATIONAL DEVELOPMENT GROUP (INCLUDING ME) DOESN'T REALLY

03:41PM 17   HAVE A BACKGROUND IN ASSAY VALIDATION/DEVELOPMENT, SO WE MIGHT

03:41PM 18   ALSO BE WORKING WITH AN EXTERNAL CONSULTANT TO GUIDE US."

03:41PM 19        RIGHT?

03:41PM 20   A.   YES.

03:41PM 21   Q.   AND, IN FACT, YOU DID BRING ON AN EXTERNAL CONSULTANT;

03:41PM 22   RIGHT?

03:41PM 23   A.   YES, WE DID.

03:41PM 24   Q.   NOW WE'RE GOING TO MOVE FORWARD.

03:41PM 25        IF YOU WOULD PULL UP EXHIBIT 13896.  DON'T PULL IT UP YET.

SUNG CROSS BY MR. CLINE

03:41PM   1            TURN TO 13896.

03:41PM   2            THIS IS AN EMAIL FROM A MS. BALKENHOL AT THERANOS TO YOU

03:41PM   3    DATED MAY 3RD, 2010; RIGHT?

03:41PM   4    A.   YES.

03:41PM   5                 MR. CLINE:  I OFFER 13896.

03:41PM   6                 MR. LEACH:  NO OBJECTION.

03:41PM   7                 THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:41PM   8         (DEFENDANT'S EXHIBIT 13896 WAS RECEIVED IN EVIDENCE.)

03:41PM   9    BY MR. CLINE:

03:41PM  10    Q.   AND THE SUBJECT LINE IS AGENDA FOR MAY 7 FACE TO FACE.

03:42PM  11         DO YOU SEE THAT?

03:42PM  12    A.   YES.

03:42PM  13    Q.   AND IF YOU TURN THE PAGE, YOU ACTUALLY HAVE THE AGENDA;

03:42PM  14    RIGHT?

03:42PM  15    A.   YES.

03:42PM  16    Q.   AND YOU TESTIFIED ON DIRECT ABOUT A MEETING THAT HAPPENED

03:42PM  17    FACE TO FACE IN THIS PART OF 2010.

03:42PM  18         DO YOU RECALL THAT?

03:42PM  19    A.   YES.

03:42PM  20    Q.   THIS WAS THAT MEETING; RIGHT?

03:42PM  21    A.   SO I DON'T KNOW IF IT WAS THAT MEETING.  I'M JUST LOOKING

03:42PM  22    AT THE ATTENDEES.

03:42PM  23         SO, YES, I THINK THAT WAS THE MEETING.  SORRY.  I WAS

03:42PM  24    LOOKING AT THE CELGENE SIDE.  I DON'T BELIEVE THAT EVERYONE

03:42PM  25    THERE ON THE CELGENE SIDE -- SO YES, IT SAYS BY PHONE.  RIGHT.

03:42PM 1    Q.   SO THIS WAS A MEETING IN MAY OF 2010 TO TRY TO MOVE THE

03:42PM 2    ACE-011 ASSAY VALIDATION PROJECT FORWARD; CORRECT?

03:42PM 3    A.   YES.

03:42PM 4    Q.   VARIOUS PEOPLE WERE THERE FROM THERANOS, AND VARIOUS

03:42PM 5    PEOPLE FROM CELGENE, AND SOME PEOPLE WERE ON THE PHONE; RIGHT?

03:42PM 6    A.   YES.

03:42PM 7    Q.   AND IT LOOKS LIKE YOU WERE PRESENT IN PERSON; RIGHT?

03:43PM 8    A.   I WAS.

03:43PM 9    Q.   AND ON THE THERANOS SIDE, MR. BALWANI, MR. FRENZEL,

03:43PM 10   DR. GANGADKHEDKAR, MS. HOLMES, DR. YOUNG; RIGHT?

03:43PM 11   A.   YES.

03:43PM 12   Q.   AND DANIEL YOUNG WAS A PH.D. WHO YOU DEALT WITH ON THIS

03:43PM 13   PROJECT; CORRECT?

03:43PM 14   A.   CORRECT.

03:43PM 15   Q.   ONE OF THE ITEMS -- IF WE GO TO THE NEXT PAGE OF THIS

03:43PM 16   DOCUMENT, ONE OF THE ITEMS THAT YOU DISCUSSED DURING THIS

03:43PM 17   MEETING, AND I'M ABOUT TWO-THIRDS OF THE WAY DOWN THIS PAGE,

03:43PM 18   WAS ASSAY VALIDATION PLAN/DEVELOPMENT TIMELINE?

03:43PM 19   A.   UH-HUH.

03:43PM 20   Q.   I'M SORRY, I NEED YOU TO SAY YES OR NO.

03:43PM 21   A.   OH, YES.

03:43PM 22   Q.   AND THAT WAS REALLY THE MAIN TOPIC OF THE MEETING WAS HOW

03:43PM 23   TO GET THE ASSAY VALIDATION PLAN MOVING; RIGHT?

03:43PM 24   A.   OH, YES.

03:43PM 25   Q.   AND IF YOU WOULD GO TO EXHIBIT 13897 IN YOUR BINDER,

SUNG CROSS BY MR. CLINE

03:44PM  1    PLEASE.

03:44PM  2         THIS IS AN EXCHANGE OF EMAILS BETWEEN YOU AND

03:44PM  3    DR. GANGADKHEDKAR.

03:44PM  4         DO YOU SEE THAT?

03:44PM  5    A.   UH-HUH, YES, I DO.

03:44PM  6              MR. CLINE:  I MOVE 13897 IN.

03:44PM  7              MR. LEACH:  NO OBJECTION.

03:44PM  8              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:44PM  9         (DEFENDANT'S EXHIBIT 13897 WAS RECEIVED IN EVIDENCE.)

03:44PM 10    BY MR. CLINE:

03:44PM 11    Q.   IF YOU LOOK AT THE BOTTOM OF THE FIRST PAGE OF THIS

03:44PM 12    EXHIBIT, THIS IS A MAY 7TH, 2010 EMAIL FROM YOU TO

03:44PM 13    GARY FRENZEL, DR. GANGADKHEDKAR, AND DR. YOUNG; RIGHT?

03:44PM 14    A.   YES.

03:44PM 15    Q.   AND COPY ELIZABETH HOLMES?

03:44PM 16    A.   YES.

03:44PM 17    Q.   AND IT LOOKS LIKE YOU WENT HOME FROM THIS MEETING AND

03:44PM 18    WROTE THIS TO KIND OF MEMORIALIZE WHAT HAPPENED; RIGHT?

03:44PM 19    A.   YES.

03:44PM 20    Q.   AND YOU SAY, "THANK YOU FOR ALL OF YOUR TIME THIS MORNING;

03:44PM 21    WE FELT THAT OUR MEETING WAS VERY PRODUCTIVE AND INFORMATIVE."

03:44PM 22         RIGHT?

03:44PM 23    A.   YES.

03:44PM 24    Q.   AND THAT'S HOW YOU FELT; RIGHT?

03:44PM 25    A.   YES.

03:44PM   1    Q.   AND DR. GANGADKHEDKAR RESPONDS TO YOU, COPYING

03:45PM   2    MR. FRENZEL, NOT COPYING MS. HOLMES, AND SAYS ESSENTIALLY THAT

03:45PM   3    SHE, TOO, THOUGHT THE MEETING WAS PRODUCTIVE; RIGHT?

03:45PM   4    A.   YES.

03:45PM   5    Q.   AND SHE ATTACHED A PRESENTATION THAT WAS MADE AT THE

03:45PM   6    MEETING; RIGHT?

03:45PM   7    A.   CORRECT.

03:45PM   8    Q.   AND THIS IS DATED -- IF YOU'LL TURN TO THE FIRST PAGE OF

03:45PM   9    THE EXHIBIT -- OR THE SECOND PAGE OF THE EXHIBIT.

03:45PM  10        WE HAVE A LENGTHY, IT LOOKS LIKE A POWERPOINT, CELGENE

03:45PM  11    POWERPOINT ASSAY DEVELOPMENT UPDATE; RIGHT?

03:45PM  12    A.   YES.

03:45PM  13    Q.   DATED MAY 7TH, 2010, WHICH WAS THE DATE OF THE MEETING;

03:45PM  14    RIGHT?

03:45PM  15    A.   YES.

03:45PM  16    Q.   AND IF YOU TURN A COUPLE OF PAGES FURTHER, THERE'S A

03:45PM  17    PAGE -- THAT'S THE ONE -- THAT SAYS ASSAY DEVELOPMENT PROCESS.

03:45PM  18        DO YOU SEE THAT?

03:45PM  19    A.   YES.

03:45PM  20    Q.   AND THEN THERE'S A LONG LIST OF THINGS THAT NEED TO HAPPEN

03:45PM  21    TO DEVELOP AN ASSAY; RIGHT?

03:45PM  22    A.   CORRECT.

03:45PM  23    Q.   AND IT WAS A COMPLICATED PROCESS; RIGHT?

03:45PM  24    A.   YES.

03:45PM  25    Q.   AND GOING BACK TO AN EARLIER EMAIL THAT WE TALKED ABOUT,

03:46PM 1    YOU ARE A SCIENTIST AND PH.D. BUT YOU'RE NOT AN SPECIALIST IN

03:46PM 2    ASSAY DEVELOPMENT?

03:46PM 3        IS THAT FAIR?

03:46PM 4    A.   THAT'S CORRECT.

03:46PM 5    Q.   AND YOU HAD THE CONSULTANT THAT YOU BROUGHT IN; RIGHT?

03:46PM 6    A.   CORRECT.

03:46PM 7    Q.   AND ON THE PK SIDE, YOU HAD DR. BRYAN, PETER BRYAN?

03:46PM 8    A.   YES.

03:46PM 9    Q.   AND ALSO DR. --

03:46PM 10   A.   CHEN.

03:46PM 11   Q.   -- CHEN, WHO WAS THE ONE WHO DID THE POWERPOINT WE TALKED

03:46PM 12   ABOUT?

03:46PM 13   A.   YES.

03:46PM 14   Q.   AND DID YOU WORK CLOSELY WITH DR. BRYAN AND DR. CHEN AS

03:46PM 15   YOU MOVED THIS PROJECT FORWARD?

03:46PM 16   A.   SO WE DID MOVE THE PROJECT FORWARD TOGETHER.  IT WAS TWO

03:46PM 17   PIECES OF A PUZZLE, AND SO THEY WERE GEOGRAPHICALLY SEPARATE

03:46PM 18   FROM WHERE I WORKED, AND SO WE HAD WEEKLY MEETINGS WITH THE

03:46PM 19   TEAM TO UPDATE EACH OTHER.  BUT IT WASN'T A CLOSE RELATIONSHIP.

03:46PM 20   BUT, YOU KNOW, WE MOVED FORWARD TOGETHER ON THIS PIECE.

03:46PM 21   Q.   OKAY.  LET'S GO TO 13898.  WE HAVE FURTHER EMAILS

03:47PM 22   INVOLVING YOU, DR. GANGADKHEDKAR, AND OTHERS; CORRECT?

03:47PM 23   A.   CORRECT.

03:47PM 24           MR. CLINE:  AND I OFFER 13898.

03:47PM 25           MR. LEACH:  NO OBJECTION.

SUNG CROSS BY MR. CLINE

03:47PM  1          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:47PM  2          (DEFENDANT'S EXHIBIT 13898 WAS RECEIVED IN EVIDENCE.)

03:47PM  3    BY MR. CLINE:

03:47PM  4    Q.  AND THE TOP EMAIL ON PAGE 1 IS FROM DR. GANGADKHEDKAR TO

03:47PM  5    YOU AND OTHERS AND SHE SAYS, "HI VICKI, ATTACHED IS THE

03:47PM  6    PROGESTERONE REPORT."

03:47PM  7          RIGHT?

03:47PM  8    A.  YES.

03:47PM  9    Q.  AND THIS WAS THE FIRST OF A SERIES OF ASSAY VALIDATION

03:47PM  10   REPORTS THAT YOU RECEIVED FROM THERANOS; CORRECT?

03:47PM  11   A.  CORRECT.

03:47PM  12   Q.  AND THEN IF YOU FLIP OVER A COUPLE OF PAGES, SEVERAL

03:47PM  13   PAGES, YOU FIND THE ATTACHMENT AND IT SAYS ASSAY DEVELOPMENT

03:47PM  14   REPORT; RIGHT?

03:47PM  15   A.  YES.

03:48PM  16   Q.  AND THIS WAS SENT IN RESPONSE TO, GOING BACK TO PAGE 1 OF

03:48PM  17   THE EXHIBIT, AN EMAIL FROM YOU TO DR. GANGADKHEDKAR AND OTHERS

03:48PM  18   WHERE YOU SAY, "ONE MORE REQUEST; FOR THE PD ASSAYS THAT WE ARE

03:48PM  19   INCLUDING IN PART 1, WE HAVE NOT SEEN ANY ASSAY DEVELOPMENT

03:48PM  20   DOCUMENTATION/VALIDATION REPORTS."

03:48PM  21         RIGHT?

03:48PM  22   A.  YES.

03:48PM  23   Q.  AND SO DR. GANGADKHEDKAR IS RESPONDING TO THAT AND SENDING

03:48PM  24   YOU THE FIRST OF SEVERAL; RIGHT?

03:48PM  25   A.  CORRECT.

03:48PM   1    Q.   AND LET'S GO TO 13900.  13899.

03:48PM   2    A.   13899?

03:48PM   3    Q.   13899.

03:49PM   4    A.   I HAVE 898 AND 999.

03:49PM   5    Q.   13899?  NOT THERE?

03:49PM   6    A.   UNLESS THESE ARE OUT OF ORDER.

03:49PM   7         MR. CLINE:  MAY I APPROACH?

03:49PM   8         THE COURT:  YES.

03:49PM   9    BY MR. CLINE:

03:49PM  10    Q.   PLEASE FORGIVE THE HIGHLIGHTING.  I'M JUST GOING TO HAND

03:49PM  11    YOU THE DOCUMENT TO SAVE A LITTLE TIME (HANDING).

03:49PM  12    A.   OKAY.  THANK YOU.

03:49PM  13    Q.   WHAT IS THAT DOCUMENT, SINCE I DON'T HAVE IT IN FRONT OF

03:49PM  14    ME?

03:49PM  15    A.   IT'S AN EMAIL FROM KAPIL GADKAR TO ME.

03:49PM  16    Q.   AND DR. GADKAR WAS ANOTHER DOCTOR AT THERANOS THAT YOU

03:49PM  17    DEALT WITH; CORRECT?

03:49PM  18    A.   CORRECT.

03:49PM  19         MR. CLINE:  I OFFER 13899.

03:49PM  20         MR. LEACH:  NO OBJECTION.

03:49PM  21         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:49PM  22       (DEFENDANT'S EXHIBIT 13899 WAS RECEIVED IN EVIDENCE.)

03:49PM  23    BY MR. CLINE:

03:49PM  24    Q.   DR. GADKAR IS TELLING YOU THAT VALIDATION REPORTS ARE

03:49PM  25    FORTHCOMING; RIGHT?

03:49PM  1    A.   YES.

03:49PM  2    Q.   MAY I TAKE THAT BACK FROM YOU?

03:50PM  3         MAY I APPROACH?

03:50PM  4              THE COURT:  YES.

03:50PM  5    BY MR. CLINE:

03:50PM  6    Q.   LET ME TAKE THAT BACK FROM YOU.

03:50PM  7         LET'S GO TO 13900.

03:50PM  8         DO YOU HAVE THAT?

03:50PM  9    A.   YES.

03:50PM 10    Q.   AND THIS IS ANOTHER EMAIL FROM DR. GADKAR TO YOU AND MANY

03:50PM 11    OTHERS; CORRECT?

03:50PM 12    A.   UH-HUH, YES.

03:50PM 13              MR. CLINE:  I OFFER 13900.

03:50PM 14              MR. LEACH:  NO OBJECTION.

03:50PM 15              THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:50PM 16         (DEFENDANT'S EXHIBIT 13900 WAS RECEIVED IN EVIDENCE.)

03:50PM 17    BY MR. CLINE:

03:50PM 18    Q.   NOW, THIS IS A JULY 26TH, 2010 EMAIL; CORRECT?

03:50PM 19    A.   YES.

03:50PM 20    Q.   AND THE SUBJECT IS VALIDATION REPORTS FOR 3 PD MARKERS.

03:50PM 21         DO YOU SEE THAT?

03:50PM 22    A.   YES.

03:50PM 23    Q.   AND THE THREE MARKERS ARE LH, FSH, AND ESTRADIOL; RIGHT?

03:50PM 24    A.   CORRECT.

03:50PM 25    Q.   AND TELL US AGAIN WHAT LH IS.

SUNG CROSS BY MR. CLINE

03:50PM 1    A.    LUTEINIZING HORMONE.

03:50PM 2    Q.    AND FSH?

03:50PM 3    A.    FOLLICLE STIMULATING HORMONE.

03:50PM 4    Q.    AND THE BODY OF THE EMAIL SAYS, "HELLO ALL, ATTACHED PLZ

03:51PM 5    FIND THE ASSAY VALIDATION REPORTS FOR THE 3 PD MARKERS OF LH,

03:51PM 6    FSH, AND ESTRADIOL."

03:51PM 7          RIGHT?

03:51PM 8    A.    CORRECT.

03:51PM 9    Q.    AND, IN FACT, WE DON'T HAVE TO GO THROUGH THEM, BUT IF YOU

03:51PM 10   LOOK AT THE ATTACHMENTS TO THIS, THE VALIDATION REPORTS ARE

03:51PM 11   ATTACHED; CORRECT?

03:51PM 12   A.    CORRECT.

03:51PM 13   Q.    AND WHEN THESE VALIDATION REPORTS WERE RECEIVED AT

03:51PM 14   CELGENE, WHAT DID YOU DO WITH THEM?  DID YOU REVIEW THEM

03:51PM 15   YOURSELF?  DID YOU PASS THEM ON TO DR. BRYAN?  WHAT HAPPENED

03:51PM 16   WITH THEM?

03:51PM 17   A.    YEP.  SO I MAY HAVE LOOKED AT THEM MYSELF.  BUT, AGAIN,

03:51PM 18   NOT BEING AN EXPERT IN THIS AREA, I'M PRETTY SURE THAT THEY

03:51PM 19   WERE PASSED ALONG TO SOMEONE WHO REVIEWS THESE SORTS OF

03:51PM 20   DOCUMENTS FOR THEIR INPUT.

03:51PM 21   Q.    ALL RIGHT.  SO YOU WOULD PASS THEM ALONG TO SOMEONE WHOSE

03:51PM 22   JOB IT WAS TO REVIEW DOCUMENTS LIKE THIS FOR --

03:51PM 23   A.    WHO HAS EXPERTISE IN ASSAY DEVELOPMENT, YES.

03:51PM 24   Q.    AND THE PURPOSE OF PASSING THEM ALONG WAS TO HAVE THEM

03:51PM 25   REVIEWED; RIGHT?

03:52PM  1    A.   YES.

03:52PM  2    Q.   ALL RIGHT.  YOU PROBABLY WILL NOT BE ABLE TO ANSWER THIS

03:52PM  3    QUESTION MANY YEARS LATER, BUT DO YOU RECALL WHO AT CELGENE WAS

03:52PM  4    RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THESE ASSAY VALIDATION

03:52PM  5    REPORTS THAT YOU WERE RECEIVING?

03:52PM  6    A.   YEAH.  I MEAN, THE -- RON BOWSHER WAS THE CONSULTANT WHO

03:52PM  7    WE TRIED TO ENGAGE TO HELP US OUT, SO IT'S POSSIBLE HE REVIEWED

03:52PM  8    THEM.  BUT OTHER THAN HIM, I CAN'T RECALL.

03:52PM  9    Q.   NO PROBLEM.

03:52PM  10        LET'S GO TO 13901.  THE SECOND EMAIL DOWN IS ONE FROM YOU

03:52PM  11   TO DR. GANGADKHEDKAR; CORRECT?

03:52PM  12   A.   YES.

03:52PM  13             MR. CLINE:  I OFFER 13901.

03:53PM  14             MR. LEACH:  NO OBJECTION.

03:53PM  15             THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

03:53PM  16        (DEFENDANT'S EXHIBIT 13901 WAS RECEIVED IN EVIDENCE.)

03:53PM  17   BY MR. CLINE:

03:53PM  18   Q.   AND ESSENTIALLY YOU'RE THANKING DR. GADKAR FOR SHARING THE

03:53PM  19   VALIDATION REPORTS WITH YOU; RIGHT?

03:53PM  20   A.   YES.

03:53PM  21   Q.   THE ONES WE JUST LOOKED AT?

03:53PM  22   A.   YES.

03:53PM  23   Q.   OR WE WERE TALKING ABOUT; RIGHT?

03:53PM  24   A.   YES.

03:53PM  25   Q.   AND HE'S THANKING YOU FOR YOUR PATIENCE WHILE THERANOS

SUNG CROSS BY MR. CLINE

03:53PM   1    FINALIZED THOSE REPORTS; RIGHT?

03:53PM   2    A.   RIGHT.

03:53PM   3    Q.   AND LET'S GO TO 421.  ACTUALLY, EXHIBIT 421 IS NOT THE ONE

03:54PM   4    I WANT YOU TO LOOK AT.

03:54PM   5         LET ME ASK YOU THIS:  DO YOU RECALL IN MARCH 2011 THERE

03:54PM   6    WAS A MEETING TO SORT OF REVIEW THE PROGRESS OF THE VALIDATION

03:54PM   7    PROCESS?

03:54PM   8    A.   YES.  ON OUR END, YES, THERE WAS.

03:54PM   9    Q.   AND A MEETING WITH THERANOS?

03:54PM   10   A.   YES, AND THEN A MEETING WITH THERANOS, UH-HUH.

03:54PM   11   Q.   ALL RIGHT.  AND ONE OF THE THINGS THAT HAPPENED -- DO YOU

03:54PM   12   REMEMBER WHERE THAT MEETING WAS HELD?

03:54PM   13   A.   I THINK IT WAS BY PHONE.  I DON'T THINK IT WAS IN PERSON,

03:54PM   14   AT LEAST I DON'T REMEMBER BEING -- MAKING ANOTHER TRIP.

03:54PM   15   Q.   ALL RIGHT.  SO THERANOS PEOPLE ON THE PHONE AND CELGENE

03:54PM   16   PEOPLE ON THE PHONE?

03:54PM   17   A.   CELGENE PEOPLE ON THE PHONE.

03:54PM   18   Q.   WAS YOUR CONSULTANT ON THE PHONE?  DO YOU RECALL?

03:54PM   19   A.   I DON'T RECALL.  I DON'T THINK SO.  WE DIDN'T NORMALLY DO

03:54PM   20   THAT.

03:54PM   21   Q.   AND ONE OF THE THINGS THAT WAS AGREED AT THAT MEETING WAS

03:54PM   22   THAT THERANOS WOULD PROVIDE A REPORT ON PART 1 OF THE ACE-011

03:54PM   23   PROJECT; CORRECT?

03:54PM   24   A.   CORRECT.

03:54PM   25   Q.   AND CELGENE WAS GOING TO PROVIDE A FORMAT FOR THAT REPORT;

03:54PM   1    CORRECT?

03:54PM   2    A.   SORRY, A --

03:54PM   3    Q.   I'M SORRY, YOU WERE ADJUSTING YOUR MASK THERE.

03:54PM   4         DO YOU RECALL THAT CELGENE WAS GOING TO PROVIDE THERANOS

03:55PM   5    WITH THE FORMAT FOR THE REPORT?

03:55PM   6    A.   I DON'T REMEMBER THAT.  I DON'T REMEMBER ANYTHING ABOUT

03:55PM   7    THE FORMAT.  BUT I THINK WE WERE EXPECTING SOME SORT OF

03:55PM   8    SUMMARY.

03:55PM   9    Q.   YOU WERE EXPECTING A REPORT FROM --

03:55PM   10   A.   YES, SOME SORT OF REPORT, YEAH, SUMMARIZING WHAT HAS BEEN

03:55PM   11   DONE.

03:55PM   12   Q.   ALL RIGHT.  ALL RIGHT.

03:55PM   13        LET'S GO TO EXHIBIT 5049.

03:55PM   14        YOU'RE NOT ON THIS EMAIL; CORRECT?

03:55PM   15   A.   CORRECT.

03:55PM   16   Q.   AND THIS IS AN EMAIL FROM DR. GADKAR TO DR. BRYAN?

03:55PM   17   A.   YES.

03:55PM   18   Q.   AND EVEN THOUGH YOU'RE NOT ON IT, I'M GOING TO OFFER IT

03:55PM   19   INTO EVIDENCE.

03:55PM   20        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:55PM   21        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

03:55PM   22        (GOVERNMENT'S EXHIBIT 5049 WAS RECEIVED IN EVIDENCE.)

03:56PM   23   BY MR. CLINE:

03:56PM   24   Q.   SO IT'S AN EMAIL FROM DR. GADKAR TO DR. BRYAN, AND THE

03:56PM   25   SUBJECT IS FINAL REPORT FOR ACE-011 PK.

03:56PM  1         DO YOU SEE THAT?

03:56PM  2     A.   YES.

03:56PM  3     Q.   AND DR. GADKAR SAYS TO DR. BRYAN, "ATTACHED IS THE FINAL

03:56PM  4     REPORT AFTER THE FINAL INTERNAL QA AND AUDIT.  I HAVE ATTACHED

03:56PM  5     THE VALIDATION PROTOCOL AND THE SIGNED AMENDMENTS IN THE

03:56PM  6     APPENDIX.  LET ME KNOW WHAT THE NEXT STEPS ARE."

03:56PM  7         RIGHT?

03:56PM  8     A.   YES.

03:56PM  9     Q.   AND WE'RE GOING TO LOOK AT OR HAVE AN EXHIBIT WITH THE

03:56PM  10    REPORT HERE IN A SECOND, AND THE REPORT IS NOT ATTACHED TO THE

03:56PM  11    EXHIBIT.

03:56PM  12        BUT DO YOU RECALL RECEIVING THE FINAL PK REPORT AROUND

03:56PM  13    THIS TIME?

03:56PM  14    A.   NO, BUT I WOULD NOT HAVE BEEN THE ONE TO RECEIVE IT.  IT

03:56PM  15    WAS THE OTHER TEAM IN THE PETER BRYAN AND NIANHANG CHEN TEAM

03:56PM  16    THAT WOULD HAVE RECEIVED THAT.

03:56PM  17    Q.   WOULD YOU HAVE SEEN IT AT ALL?

03:57PM  18    A.   I DON'T KNOW THAT I WOULD -- NO, NOT IN THAT CASE.

03:57PM  19    Q.   ALL RIGHT.  SO LET'S GO TO EXHIBIT 9002, WHICH IS IN

03:57PM  20    EVIDENCE.

03:57PM  21        THIS IS THE REPORT THAT WAS ATTACHED TO THAT EMAIL FROM

03:57PM  22    DR. GADKAR TO DR. BRYAN.

03:57PM  23        LOOKING AT IT NOW, DOES THIS RING A BELL FOR YOU?  HAVE

03:57PM  24    YOU SEEN THIS BEFORE?

03:57PM  25    A.   YOU KNOW, IT'S TOO LONG AGO.  I'VE SEEN SO MANY VALIDATION

03:57PM  1    REPORTS, I CAN'T SAY I'VE SEEN THIS SPECIFIC ONE.  IT MAY HAVE

03:57PM  2    BEEN CIRCULATED.  BUT AGAIN, THIS WAS NOT MY -- THIS WAS

03:57PM  3    SOMETHING THAT PETER BRYAN AND DR. CHEN WERE DEALING WITH THAT

03:57PM  4    SIDE OF IT, I PROBABLY WOULD NOT HAVE BEEN ASKED NECESSARILY

03:57PM  5    FOR ANY FEEDBACK.

03:57PM  6    Q.   ALL RIGHT.  SORRY.  I INTERRUPTED YOU.

03:57PM  7         JUST TO BE CLEAR, WHEN YOU SAY THAT SIDE OF IT, THEY WERE

03:57PM  8    DEALING WITH THE PK SIDE AND YOU WERE DEALING WITH THE PD?

03:57PM  9    A.   CORRECT.

03:57PM  10   Q.   OKAY.  SO LET'S GO TO EXHIBIT 13907.

03:58PM  11        NOW, THIS AGAIN, TO BE CLEAR, IS AN EMAIL THAT YOU'RE NOT

03:58PM  12   ON.  IT INVOLVES DR. GADKAR AND THEN SOME PEOPLE WITHIN

03:58PM  13   CELGENE.

03:58PM  14        DO YOU SEE THAT?

03:58PM  15   A.   YES.

03:58PM  16        MR. CLINE:  ALL RIGHT.  EVEN THOUGH YOU'RE NOT ON

03:58PM  17   IT, I'M GOING TO OFFER IT 13907.

03:58PM  18        MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:58PM  19        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:58PM  20        (DEFENDANT'S EXHIBIT 13907 WAS RECEIVED IN EVIDENCE.)

03:58PM  21   BY MR. CLINE:

03:58PM  22   Q.   ALL RIGHT.  SO LET'S, LET'S START AT THE BOTTOM OF PAGE 1

03:58PM  23   AND CARRY OVER TO THE TOP OF PAGE 2.  IT'S AN EMAIL FROM

03:58PM  24   PETER BRYAN TO, IT LOOKS LIKE A GROUP CALLED NONCLINICAL

03:58PM  25   REPORTS.

03:58PM   1          DO YOU SEE THAT?

03:58PM   2     A.   HOLD ON.

03:59PM   3          OH, YES, I SEE IT NOW.

03:59PM   4     Q.   YOU SEE THAT?

03:59PM   5     A.   YES.

03:59PM   6     Q.   AND ESSENTIALLY, THIS IS THE CONTINUATION OF THE CHAIN

03:59PM   7     FROM THE EMAIL THAT WE JUST LOOKED AT WHERE DR. GADKAR WAS

03:59PM   8     CONVEYING THE REPORT TO DR. BRYAN; RIGHT?

03:59PM   9     A.   RIGHT.

03:59PM   10    Q.   AND WHAT DR. BRYAN IS DOING IS SENDING IT ON TO THE

03:59PM   11    DOCUMENTATION PEOPLE AT CELGENE; RIGHT?

03:59PM   12    A.   I ASSUME SO, YES.

03:59PM   13    Q.   AND HE SAYS, "SHIRLEY AND NATALIE, I HAVE COMPLETED THE

03:59PM   14    SCIENTIFIC REVIEW FOR ACE-011-DM PK-001.  I HAVE BEEN DEALING

03:59PM   15    DIRECTLY WITH KAPIL, ALTHOUGH SUREKHA," THAT'S

03:59PM   16    DR. GANGADKHEDKAR, "IS THE PI.

03:59PM   17         "PETER."

03:59PM   18         DO YOU SEE THAT?

03:59PM   19    A.   UH-HUH, YES.

03:59PM   20    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY THAT IT WAS

03:59PM   21    DR. BRYAN WHO WAS RESPONSIBLE FOR THE SCIENTIFIC REVIEW OF THIS

03:59PM   22    FINAL ASSAY VALIDATION REPORT?

04:00PM   23    A.   SO I DON'T KNOW IF HE WAS THE FINAL REVIEWER, BUT HE WOULD

04:00PM   24    HAVE BEEN A REVIEWER, YES, OF THIS REPORT.

04:00PM   25    Q.   SO WHEN YOU SEE HIM SAYING HERE "I HAVE COMPLETED THE

04:00PM  1    SCIENTIFIC REVIEW," THAT'S NO SURPRISE TO YOU; RIGHT?

04:00PM  2    A.   NO.

04:00PM  3    Q.   AND THEN IF YOU FLIP OVER TO PAGE 1, MS. GAGLIARDO FROM

04:00PM  4    CELGENE IS SENDING AN EMAIL TO DR. GADKAR ASKING HIM TO SUBMIT

04:00PM  5    A REPORT THAT IS CONSISTENT WITH THE FDA ELECTRONIC SUBMISSION

04:00PM  6    GUIDELINES; RIGHT?

04:00PM  7    A.   RIGHT.

04:00PM  8    Q.   AND HE THINKS HE'S DONE SO, BUT HE'S NOT SURE; RIGHT?

04:00PM  9    A.   RIGHT.

04:00PM  10   Q.   OKAY.

04:00PM  11        YOUR HONOR, I PROBABLY HAVE GOT ANOTHER TEN MINUTES.

04:01PM  12        THE COURT:   LET ME CHECK WITH THE GOVERNMENT TO SEE

04:01PM  13   WHAT THEIR REDIRECT MIGHT BE.

04:01PM  14        MR. LEACH:   VERY MINIMAL AT THIS POINT, YOUR HONOR.

04:01PM  15        THE COURT:   IF I WERE TO ASK THIS JURY TO STAY UNTIL

04:01PM  16   4:30, WOULD WE BE FINISHED WITH THIS WITNESS?

04:01PM  17        MR. LEACH:   CERTAINLY, YOUR HONOR.

04:01PM  18        MR. CLINE:   ABSOLUTELY.

04:01PM  19        THE COURT:   LADIES AND GENTLEMEN, IF WE STAYED

04:01PM  20   ANOTHER 25 MINUTES, WOULD THAT OFFEND ANYONE?

04:01PM  21        I SEE NO HANDS.   THANK YOU.

04:01PM  22        CONTINUE, MR. CLINE.

04:01PM  23        MR. CLINE:   I WILL TALK QUICKLY.

04:01PM  24   Q.   ALL RIGHT.   LET'S GO TO 13902.

04:01PM  25        THIS IS AN EMAIL FROM DR. GADKAR TO YOU COPIED TO

SUNG CROSS BY MR. CLINE                                     2360

04:02PM   1    DR. YOUNG; RIGHT?

04:02PM   2    A.   YES.

04:02PM   3              MR. CLINE:  I OFFER 13902.

04:02PM   4              MR. LEACH:  NO OBJECTION.

04:02PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

04:02PM   6         (DEFENDANT'S EXHIBIT 13902 WAS RECEIVED IN EVIDENCE.)

04:02PM   7    BY MR. CLINE:

04:02PM   8    Q.   DR. GADKAR IS SENDING YOU AN ASSAY VALIDATION REPORT FOR

04:02PM   9    IGF-1; RIGHT?

04:02PM  10    A.   YES.

04:02PM  11    Q.   AND IF YOU LOOK, THE REPORT IS ATTACHED?

04:02PM  12    A.   YES.

04:02PM  13    Q.   ALL RIGHT.  THE REPORTS THAT YOU'RE RECEIVING FROM

04:02PM  14    DR. GADKAR ARE THESE PD ASSAY VALIDATION REPORTS?

04:02PM  15    A.   YES.

04:02PM  16    Q.   AND WERE THERE OTHER ASSAY VALIDATION REPORTS GOING TO THE

04:02PM  17    PK SIDE TO YOUR KNOWLEDGE OTHER THAN THE ONES THAT WE HAVE

04:02PM  18    ALREADY SEEN?

04:02PM  19    A.   SO THERE WOULD HAVE BEEN ONE SINGLE VALIDATION REPORT FOR

04:02PM  20    THAT.  THERE'S JUST ONE PK ASSAY.

04:02PM  21    Q.   AND THAT'S THE ONE WE SAW?

04:02PM  22    A.   AND THAT'S THE ONE WE SAW.

04:02PM  23    Q.   ALL RIGHT.  VERY GOOD.

04:02PM  24         ALL RIGHT.  WE SPENT SOME TIME ON YOUR DIRECT GOING

04:03PM  25    THROUGH THE POWERPOINT THAT DR. CHEN PREPARED; IS THAT RIGHT?

SUNG CROSS BY MR. CLINE

04:03PM  1    A.   YES.

04:03PM  2    Q.   AND THEN THERE'S ANOTHER POWERPOINT I GUESS THAT YOU

04:03PM  3    PREPARED; IS THAT RIGHT?

04:03PM  4    A.   YES.

04:03PM  5    Q.   AND DR. YOUNG WAS INVOLVED -- WAS THAT A PHONE CALL OR A

04:03PM  6    FACE-TO-FACE MEETING?  DO YOU REMEMBER?

04:03PM  7    A.   I DON'T THINK THERE WERE ANY MORE FACE TO FACE MEETINGS

04:03PM  8    AFTER THE INITIAL COUPLE THAT WE HAD IN THE 2009ISH, 2010

04:03PM  9    RANGE, YEAH.

04:03PM  10   Q.   ALL RIGHT.  AND SO THIS HAPPENED -- THE DISCUSSION OF

04:03PM  11   THOSE POWER POINTS WAS MARCH 5TH, 2012; CORRECT?

04:03PM  12   A.   CORRECT.

04:03PM  13   Q.   AND YOU THINK THAT HAPPENED BY PHONE?

04:03PM  14   A.   I THINK IT HAPPENED BY PHONE, YEP.

04:03PM  15   Q.   ALL RIGHT.  DO YOU REMEMBER DR. YOUNG BEING ON THAT PHONE

04:03PM  16   CALL?

04:03PM  17   A.   I DON'T REMEMBER EXACTLY WHO WAS ON THAT PHONE CALL, BUT I

04:03PM  18   ASSUME HE WAS BECAUSE HE HAD BEEN INVOLVED THE ENTIRE TIME.

04:03PM  19   Q.   OKAY.  SO LET'S GO TO EXHIBIT 3893, WHICH I THINK IS IN

04:04PM  20   EVIDENCE.  IT MAY NOT BE IN THAT BINDER.  IT WILL BE UP ON THE

04:04PM  21   SCREEN, THOUGH, BECAUSE IT'S IN EVIDENCE.

04:04PM  22        DO YOU SEE IT UP THERE?

04:04PM  23   A.   YES.

04:04PM  24   Q.   AND DO YOU REMEMBER YOU WERE ASKED SOME QUESTIONS ABOUT

04:04PM  25   THAT ON YOUR DIRECT EXAMINATION; RIGHT?

SUNG CROSS BY MR. CLINE

04:04PM  1    A.   YES.

04:04PM  2    Q.   I WANT TO GO TO THE THIRD PAGE OF THAT EXHIBIT AND

04:04PM  3    ACTUALLY STARTING ON THE VERY BOTTOM OF THE SECOND PAGE AND

04:04PM  4    GOING TO THE THIRD PAGE, DO YOU SEE THERE'S AN EMAIL FROM

04:05PM  5    DR. YOUNG TO YOU AND DR. CHEN, AND HE COPIED MS. HOLMES AND

04:05PM  6    MR. EDLIN.

04:05PM  7         DO YOU RECOGNIZE THAT AS AN EMAIL FROM YOUR CONSULTANT ON

04:05PM  8    ASSAYS?

04:05PM  9    A.   YES.

04:05PM  10   Q.   ALL RIGHT.  AND I DON'T WANT TO GO THROUGH THIS WHOLE

04:05PM  11   EMAIL, BUT IN ESSENCE WHAT DR. YOUNG IS DOING IS RESPONDING TO

04:05PM  12   THE CONCERNS THAT YOU HAD EXPRESSED ON BOTH THE PK SIDE AND THE

04:05PM  13   PD SIDE IN THAT MARCH 5TH CALL; IS THAT RIGHT?

04:05PM  14   A.   CORRECT.

04:05PM  15   Q.   AND HE GOES THROUGH IN SOME DETAIL AND DISCUSSES YOUR

04:05PM  16   CONCERNS; RIGHT?

04:05PM  17   A.   CORRECT.

04:05PM  18   Q.   AND HE PUSHES BACK TO SOME EXTENT ON THOSE CONCERNS;

04:05PM  19   RIGHT?

04:05PM  20   A.   UH-HUH, YES.

04:05PM  21   Q.   AND THEN IF YOU GO -- LET'S GO TO PAGE 2 AS WE GO SORT OF

04:05PM  22   BACKWARDS IN THIS EMAIL CHAIN.

04:05PM  23        IF YOU LOOK AT MARCH 23RD, 2012 EMAIL, THIS IS FROM YOU TO

04:05PM  24   DR. YOUNG AND DR. CHEN, COPIED TO MS. HOLMES AND MR. EDLIN.

04:05PM  25        DO YOU SEE THAT?

SUNG CROSS BY MR. CLINE

04:05PM  1    A.   YES.

04:05PM  2    Q.   AND YOU SAY, "DANIEL, THANK YOU VERY MUCH FOR YOUR EMAIL

04:06PM  3    AND FOLLOW-UP TO OUR DISCUSSION OF THE PK AND PD RESULTS; WE

04:06PM  4    APPRECIATE THE TIME THAT YOU HAVE TAKEN TO REVIEW THESE DATA

04:06PM  5    AND WILL LET YOU KNOW IF WE HAVE ANY FURTHER QUESTIONS AFTER

04:06PM  6    REVIEWING THAT DATA AGAIN."

04:06PM  7         CORRECT?

04:06PM  8    A.   CORRECT.

04:06PM  9    Q.   YOU DID NOT -- NEITHER YOU NOR DR. CHEN, TO YOUR

04:06PM  10   KNOWLEDGE, EVER GAVE A SUBSTANTIVE RESPONSE TO DR. YOUNG'S

04:06PM  11   RESPONSE TO YOUR CONCERNS; CORRECT?

04:06PM  12   A.   CORRECT.

04:06PM  13   Q.   THERE'S NO EMAIL THAT GOES POINT BY POINT TO HIS RESPONSE

04:06PM  14   AND SAYS YOU'RE RIGHT ABOUT THIS, YOU'RE WRONG ABOUT THAT;

04:06PM  15   RIGHT?

04:06PM  16   A.   I DON'T RECALL EVER REPLYING TO THAT EMAIL, BUT, AGAIN,

04:06PM  17   IT'S A LONG TIME AGO.

04:06PM  18   Q.   SURE.  AND YOU DON'T RECALL ANOTHER PHONE CALL WHERE YOU

04:06PM  19   JUST WENT THROUGH WITH DR. YOUNG AND POINT BY POINT DISCUSSED

04:06PM  20   HIS RESPONSE TO YOUR CONCERNS; RIGHT?

04:06PM  21   A.   NO.

04:07PM  22   Q.   YOU CAN PUT THAT BINDER ASIDE.

04:07PM  23        IF WE CAN GO TO 7753.

04:07PM  24        CLOSE IT UP AND PUT IT ASIDE.

04:07PM  25   A.   OKAY.

04:07PM   1    Q.   AND FIRST I'D LIKE TO GO TO THE PAGE -- THANK YOU VERY

04:07PM   2    MUCH.

04:07PM   3         I'D LIKE TO GO TO THE PAGE THAT HAS AT THE BOTTOM, IN THE

04:07PM   4    BOTTOM RIGHT HAND CORNER, THER-0905724.

04:07PM   5         YOUR HONOR, MAY I APPROACH THE WITNESS AND HAND HER A

04:07PM   6    PAPER COPY?

04:07PM   7              THE COURT:   YES.

04:07PM   8              MR. CLINE:   (HANDING.)

04:07PM   9    Q.   THIS MIGHT BE A LITTLE BIT EASIER FOR YOU IF YOU HAPPEN TO

04:08PM  10    NEED IT.   FEEL FREE TO EITHER USE THE SCREEN OR THE PAPER

04:08PM  11    DOCUMENT.

04:08PM  12    A.   THANK YOU.

04:08PM  13    Q.   NOW, DO YOU HAVE THAT PAGE?   FEEL FREE TO TAKE YOUR TIME

04:08PM  14    AND FIND IT IN THE DOCUMENT.

04:08PM  15    A.   YES.

04:08PM  16    Q.   DO YOU HAVE IT?

04:08PM  17    A.   YES, THE MASTER SERVICE PROVIDER AGREEMENT, YES.

04:08PM  18    Q.   AND THIS IS A CONTRACT BETWEEN CELGENE AND THERANOS;

04:08PM  19    CORRECT?

04:08PM  20    A.   CORRECT.

04:08PM  21    Q.   DATED JUNE 27TH, 2008?

04:08PM  22    A.   YES.

04:08PM  23    Q.   DID YOU EVER REVIEW THIS CONTRACT?

04:08PM  24    A.   NO.

04:08PM  25    Q.   DO YOU THINK BEFORE TODAY YOU HAVE EVER EVEN SEEN THIS

04:08PM   1    CONTRACT?

04:08PM   2    A.   I MAY HAVE SEEN IT, BUT NOT -- I WAS NOT PART OF THE

04:08PM   3    REVIEW AND I WASN'T AWARE OF THIS UNTIL AFTER IT WAS EXECUTED.

04:08PM   4    Q.   OKAY.  SO LET'S NOW MOVE FORWARD TO THE PAGE MARKED

04:08PM   5    THER-0905771, AND IT'S TOWARDS THE END OF THE PAGES THAT I'VE

04:09PM   6    GIVEN YOU.

04:09PM   7    A.   OKAY.

04:09PM   8    Q.   ARE YOU THERE?

04:09PM   9    A.   YES.

04:09PM  10    Q.   AND THIS IS A STATEMENT OF WORK?

04:09PM  11    A.   YES.

04:09PM  12    Q.   AND YOU'RE FAMILIAR WITH STATEMENTS OF WORK FROM YOUR TIME

04:09PM  13    AT CELGENE; RIGHT?

04:09PM  14    A.   CORRECT.

04:09PM  15    Q.   ESSENTIALLY IT DESCRIBES A PARTICULAR SET OF TASKS THAT

04:09PM  16    ARE GOING TO BE PERFORMED BY ONE COMPANY AND IN CONJUNCTION

04:09PM  17    WITH ANOTHER COMPANY; CORRECT?

04:09PM  18    A.   CORRECT.

04:09PM  19    Q.   AND THIS IS THE STATEMENT OF WORK FOR THE ACE-011 PROJECT

04:09PM  20    THAT WE'VE BEEN TALKING ABOUT; RIGHT?

04:09PM  21    A.   YES.

04:09PM  22    Q.   AND YOU WERE FAMILIAR WITH THIS AT THE TIME; RIGHT?

04:09PM  23    A.   WITH THE PROJECT, YES.

04:09PM  24    Q.   I'M SORRY?

04:09PM  25    A.   WITH THE PROJECT, YES.

04:09PM  1    Q.   OKAY.  BUT YOU WERE FAMILIAR WITH THE PROJECT.

04:09PM  2         YOU ALSO SAW THIS STATEMENT OF WORK AT THE TIME THAT YOU

04:09PM  3    WERE WORKING ON THE PROJECT WITH THERANOS; RIGHT?

04:09PM  4    A.   SO THIS STATEMENT OF WORK WAS PUT INTO PLACE, I BELIEVE,

04:09PM  5    AFTER WE GOT INVOLVED AND WERE STARTING TO THINK ABOUT HOW WE

04:10PM  6    WERE GOING TO COLLABORATE WITH THERANOS.

04:10PM  7    Q.   SURE.  MY QUESTION, AND YOU MAY NOT HAVE A CLEAR

04:10PM  8    RECOLLECTION OF THIS, BUT AT THE TIME THAT YOU WERE WORKING

04:10PM  9    WITH THERANOS, SO STARTING IN 2009, WERE YOU FAMILIAR WITH THIS

04:10PM  10   STATEMENT OF WORK?

04:10PM  11   A.   SO THIS IS NOT IN MY SORT OF REALM AND I DIDN'T REALLY

04:10PM  12   TAKE CARE OF THESE THINGS FROM -- YOU KNOW, AS A SCIENTIST THEY

04:10PM  13   CAME TO ME AND I WOULD BE CONSULTED SOMETIMES AND SAY, YOU

04:10PM  14   KNOW, ARE THESE OBJECTIVES -- YOU KNOW, LOOK AT THIS LITTLE

04:10PM  15   SECTION.  DO THESE OBJECTIVES MATCH WITH WHAT YOU WOULD SAY, DO

04:10PM  16   YOU AGREE WITH THEM?

04:10PM  17        THAT'S PRETTY MUCH THE EXTENT OF MY INVOLVEMENT IN

04:10PM  18   THESE -- IN THE PAPERWORK, YEAH.

04:10PM  19   Q.   ALL RIGHT.  LET'S GO TO THE LAST PAGE OF THIS DOCUMENT.

04:10PM  20   IT'S -- THE BATES NUMBER IS 905774.

04:10PM  21        DO YOU SEE THAT?

04:10PM  22   A.   YES.

04:10PM  23   Q.   AND THIS IS THE SIGNATURE PAGE FOR THE STATEMENT OF WORK;

04:10PM  24   RIGHT?

04:10PM  25   A.   YES.

SUNG CROSS BY MR. CLINE

04:10PM   1    Q.   AND YOU SEE MS. HOLMES'S SIGNATURE, 18 NOVEMBER 2009;

04:11PM   2    RIGHT?

04:11PM   3    A.   YES.

04:11PM   4    Q.   AND THEN THERE'S A RICK MORRISSEY WHO IS SIGNING IT FOR

04:11PM   5    CELGENE; RIGHT?

04:11PM   6    A.   YES.

04:11PM   7    Q.   AND WHO IS MR. MORRISSEY?

04:11PM   8    A.   I BELIEVE MR. MORRISSEY AT THE TIME HEADED UP THE LARGER

04:11PM   9    GROUP THAT THE PK GROUP REPORTED IN THROUGH.  SO

04:11PM  10    DRS. PETER BRYAN AND NIANHANG CHEN WOULD HAVE REPORTED THROUGH

04:11PM  11    RICK.

04:11PM  12         AND THIS IS -- I THINK, THE SOW WAS FOR THE PK ASSAY

04:11PM  13    POTENTIALLY, NOT FOR THE PD ASSAYS THAT I WAS INVOLVED IN, JUST

04:11PM  14    TO MAKE THAT CONTRAST.

04:11PM  15    Q.   OKAY.  AND IF YOU LOOK AT -- GOING BACK TO THE FIRST PAGE

04:11PM  16    OF THE STATEMENT OF WORK, 905771, DOWN AT THE BOTTOM THERE'S A

04:11PM  17    HEADING PROJECT PARAMETERS.

04:11PM  18         DO YOU SEE THAT?

04:11PM  19    A.   YES.

04:12PM  20    Q.   AND ESSENTIALLY IT DESCRIBES WHAT THERANOS IS SUPPOSED TO

04:12PM  21    DO UNDER THE STATEMENT OF WORK; RIGHT?

04:12PM  22    A.   CORRECT.

04:12PM  23    Q.   AND DOES THAT ALIGN WITH THE, AT LEAST THE PK PART OF THE

04:12PM  24    ACE-011 PROJECT THAT WE'VE BEEN TALKING ABOUT?

04:12PM  25    A.   IT DOES.

SUNG CROSS BY MR. CLINE

04:12PM  1    Q.   AND THEN IF YOU GO -- TURN OVER TO PAGE 2 NOW OF THIS

04:12PM  2    STATEMENT OF WORK, 905772.

04:12PM  3         AND ABOUT A LITTLE BELOW THE MIDLINE YOU SEE A HEADING

04:12PM  4    PROGRAM COST AND PAYMENT SCHEDULE.

04:12PM  5         DO YOU SEE THAT?

04:12PM  6    A.   YES.

04:12PM  7    Q.   AND IT LOOKS LIKE THERANOS IS GOING TO GET PAID $500,000

04:12PM  8    FOR REALTIME PK ASSAY.

04:12PM  9         DO YOU SEE THAT?

04:12PM 10    A.   YES.

04:12PM 11    Q.   AND A LITTLE BIT BELOW THAT YOU SEE THERE'S SUCCESS

04:12PM 12    MILESTONES.

04:12PM 13         DO YOU SEE THAT?

04:12PM 14    A.   YES.

04:12PM 15    Q.   AND ESSENTIALLY THIS IS HOW THE 500,000 IS GOING TO GET

04:13PM 16    PAID; RIGHT?

04:13PM 17    A.   YES.

04:13PM 18    Q.   AND THIS IS A CUSTOMER WAY OF PAYING THINGS; CORRECT?

04:13PM 19    A.   YES.

04:13PM 20    Q.   YOU ACHIEVE A -- SORRY ABOUT THAT.

04:13PM 21         IF YOU ACHIEVE A SUCCESS MILESTONE, YOU GET PAID; AND IF

04:13PM 22    YOU DON'T ACHIEVE IT, YOU DON'T GET PAID; RIGHT?

04:13PM 23    A.   THAT'S CORRECT.

04:13PM 24    Q.   ALL RIGHT.  AND SO THE FIRST OF THESE SUCCESS MILESTONES

04:13PM 25    IS STATEMENT OF WORK EXECUTION; RIGHT?

SUNG CROSS BY MR. CLINE

04:13PM 1    A.   YES.

04:13PM 2    Q.   AND THAT'S BASICALLY SIGNING THIS DOCUMENT WE'RE LOOKING

04:13PM 3    AT RIGHT NOW; RIGHT?

04:13PM 4    A.   CORRECT.

04:13PM 5    Q.   AND THAT'S A PAYMENT OF $250,000?

04:13PM 6    A.   CORRECT.

04:13PM 7    Q.   AND THEN THE NEXT SUCCESS MILESTONE IS PK ASSAY VALIDATION

04:13PM 8    COMPLETION; RIGHT?

04:13PM 9    A.   RIGHT.

04:13PM 10   Q.   AND THE PAYMENT FOR THAT SUCCESS MILESTONE, ACHIEVING THAT

04:13PM 11   SUCCESS MILESTONE IS $200,000; RIGHT?

04:13PM 12   A.   CORRECT.

04:13PM 13   Q.   AND THEN THE FINAL SUCCESS MILESTONE IS ACCEPTANCE OF

04:13PM 14   FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT; RIGHT?

04:13PM 15   A.   CORRECT.

04:13PM 16   Q.   AND THE PAYMENT FOR ACHIEVING THAT SUCCESS MILESTONE IS

04:14PM 17   $50,000; RIGHT?

04:14PM 18   A.   RIGHT.

04:14PM 19   Q.   AND THAT FINAL STUDY REPORT FOR PK ASSAY DEVELOPMENT IS

04:14PM 20   THE REPORT THAT WE LOOKED AT EARLIER, RIGHT, THAT DR. BRYAN WAS

04:14PM 21   SCIENTIFICALLY --

04:14PM 22   A.   WAS REVIEWING, YES.

04:14PM 23   Q.   AND, IN FACT, ALL OF THESE SUCCESS MILESTONES WERE

04:14PM 24   ACHIEVED AND ALL OF THESE PAYMENTS WERE MADE; CORRECT?

04:14PM 25   A.   OH, I DON'T KNOW IF THEY WERE MADE.

04:14PM  1    Q.   YOU DON'T KNOW IF THE PAYMENTS WERE MADE?

04:14PM  2    A.   YEAH, I DON'T KNOW.  I ASSUME THEY WERE MADE IF THEY WERE

04:14PM  3    ACCEPTED.

04:14PM  4    Q.   ALL RIGHT.  WHO WITHIN CELGENE WAS RESPONSIBLE FOR

04:14PM  5    DETERMINING IF THERANOS HAD ACHIEVED THE SUCCESS MILESTONES AND

04:14PM  6    SO DESERVED TO BE PAID?

04:14PM  7    A.   SO IT WOULD START WITH THE SCIENTISTS.  SO PETER BRYAN AND

04:14PM  8    NIANHANG CHEN, AND RICK MORRISSEY OVERSEEING THEM WOULD MAKE

04:14PM  9    THAT CALL.

04:14PM 10    Q.   AND IF THEY DETERMINED THAT THE SUCCESS MILESTONE HAD BEEN

04:14PM 11    ACHIEVED, THEN THE FINANCE PEOPLE --

04:14PM 12    A.   THEN THE FINANCE PEOPLE WOULD PAY.

04:15PM 13    Q.   WOULD PAY THE MONEY?

04:15PM 14    A.   CORRECT.

04:15PM 15    Q.   AND SO IF THE MONEY WAS PAID, IT'S FAIR TO CONCLUDE THAT

04:15PM 16    THE SCIENTISTS HAD DECIDED THAT THE SUCCESS MILESTONE HAD BEEN

04:15PM 17    ACHIEVED; RIGHT?

04:15PM 18    A.   THAT'S CORRECT.

04:15PM 19    Q.   ALL RIGHT.

04:15PM 20         THAT'S ALL OF MY QUESTIONS.  THANK YOU.

04:15PM 21              MR. LEACH:  NO REDIRECT, YOUR HONOR.  THANK YOU.

04:15PM 22              THE COURT:  MAY THIS WITNESS BE EXCUSED?

04:15PM 23              MR. CLINE:  YES.

04:15PM 24              MR. LEACH:  YES, YOUR HONOR.

04:15PM 25              THE COURT:  YOU'RE EXCUSED.  THANK YOU FOR COMING

04:15PM  1    IN, DOCTOR.

04:15PM  2         WE'LL TAKE OUR BREAK NOW.  WE'LL BE BACK IN SESSION FRIDAY

04:15PM  3    MORNING, FRIDAY MORNING, LADIES AND GENTLEMEN.

04:15PM  4         AS I INDICATED, COUNSEL, I'D LIKE TO BREAK AT 1:00 P.M. ON

04:16PM  5    FRIDAY IF THAT'S CONDUCIVE TO YOUR SCHEDULES.

04:16PM  6         LADIES AND GENTLEMEN, WE'LL BREAK FRIDAY AT 1:00 P.M.

04:16PM  7         BEFORE I RELEASE YOU, AGAIN LET ME REMIND YOU, IT'S

04:16PM  8    IMPORTANT THAT YOU PLEASE AVOID AS BEST YOU CAN AND PLEASE DO

04:16PM  9    NOT DO ANY INVESTIGATION, ANY RESEARCH, DO NOT LISTEN TO ANY

04:16PM  10   REPORTS ABOUT ANYTHING TO DO ABOUT THIS CASE OR DO ANY RESEARCH

04:16PM  11   ABOUT ANYTHING WITH THIS CASE OR ANYONE INVOLVED IN IT.

04:16PM  12        I'LL ASK YOU TOMORROW -- OR EXCUSE ME -- FRIDAY MORNING

04:16PM  13   WHETHER OR NOT THAT HAS OCCURRED INADVERTENTLY OR IN ANY OTHER

04:16PM  14   MANNER.

04:16PM  15        SO HAVE A GOOD EVENING.  WE'LL SEE YOU FRIDAY MORNING.

04:16PM  16   THANK YOU.  WE'LL START AT 9:00 A.M.  WE'LL START AT 9:00.

04:17PM  17        (JURY OUT AT 4:17 P.M.)

04:17PM  18             THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

04:17PM  19   YOU.

04:17PM  20        THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

04:17PM  21   DAY.  ALL COUNSEL AND MS. HOLMES ARE PRESENT.

04:17PM  22        ANYTHING FURTHER BEFORE WE BREAK?

04:17PM  23             MR. BOSTIC:  VERY BRIEFLY, YOUR HONOR.  TWO ISSUES

04:17PM  24   THAT THE GOVERNMENT WANTED TO FLAG FOR THE COURT BOTH STEMMING

04:17PM  25   FROM THE ONGOING CROSS-EXAMINATION OF DR. ROSENDORFF.

04:17PM  1        FIRST, YESTERDAY THE DEFENSE ASKED DR. ROSENDORFF SOME

04:17PM  2   QUESTIONS ABOUT THE THERANOS LABORATORY INFORMATION SYSTEM.

04:17PM  3        THOSE QUESTIONS INVOLVED NOT ONLY THE CONTENT OF THAT

04:17PM  4   DATABASE BUT ALSO DELVED INTO WHAT DR. ROSENDORFF WAS SHOWN AND

04:17PM  5   SPECIFICALLY THE GOVERNMENT'S DECISION OR THE DEFENSE MIGHT

04:18PM  6   CHARACTERIZE IT AS FAILURE TO SHOW DR. ROSENDORFF ANY EVIDENCE

04:18PM  7   FROM THAT LABORATORY INFORMATION SYSTEM.

04:18PM  8        AS THE COURT KNOWS, THE LIS WAS THE SUBJECT OF PRETRIAL

04:18PM  9   LITIGATION.  IN THE COURT'S MOTION IN LIMINE ORDER, THE COURT

04:18PM 10   BARRED THE GOVERNMENT FROM INTRODUCING EVIDENCE THAT, IN FACT,

04:18PM 11   THERANOS WAS RESPONSIBLE FOR THE DESTRUCTION OF THE LABORATORY

04:18PM 12   INFORMATION SYSTEM.  THAT ORDER, THOUGH, CONTEMPLATED THE

04:18PM 13   POSSIBILITY THAT THE DEFENSE MIGHT OPEN THE DOOR TO THAT

04:18PM 14   EVIDENCE BASED ON THE EVIDENCE AND QUESTIONS AT TRIAL.

04:18PM 15        IT'S THE GOVERNMENT'S POSITION THAT YESTERDAY THE DEFENSE

04:18PM 16   OPENED THE DOOR AND THAT THE GOVERNMENT SHOULD HAVE THE

04:18PM 17   OPPORTUNITY AT THIS POINT TO ANSWER THAT CHALLENGE AND EXPLAIN

04:18PM 18   TO THE JURY EXACTLY WHAT HAPPENED THROUGH INTRODUCING THAT

04:18PM 19   EVIDENCE.

04:18PM 20        WE'RE NOT ASKING THE COURT FOR A RULING AT THIS TIME.  BUT

04:18PM 21   I WANTED TO PUT THE COURT AND THE DEFENSE ON NOTICE THAT WE MAY

04:18PM 22   ASK FOR THE COURT'S GUIDANCE ON THAT IN THE FUTURE.

04:18PM 23        THE COURT:  ALL RIGHT.  THANK YOU.

04:19PM 24        AND THIS WOULD NOT BE INQUIRED FROM DR. ROSENDORFF.  THIS

04:19PM 25   WOULD BE FROM OTHER EVIDENCE OR WITNESSES THAT YOU WOULD INTEND

04:19PM   1        TO CALL?

04:19PM   2                    MR. BOSTIC:  THAT'S CORRECT, YOUR HONOR.

04:19PM   3                    THE COURT:  I SEE.

04:19PM   4               ANY COMMENT, MR. WADE?

04:19PM   5                    MR. WADE:  I THINK I MADE A PERTINENT INQUIRY OF THE

04:19PM   6        WITNESS BASED ON THE WITNESS'S TESTIMONY THAT LIS WAS

04:19PM   7        INFORMATION THAT HE ACCESSED ROUTINELY IN CONNECTION WITH

04:19PM   8        INVESTIGATING MATTERS THAT COME UP, AND I ASKED WHETHER HE WAS

04:19PM   9        SHOWN ANY OF THAT INFORMATION IN CONNECTION WITH NUMEROUS

04:19PM  10        INCIDENTS, SPECIFIC INCIDENTS THAT HE WAS ASKED ABOUT ON DIRECT

04:19PM  11        EXAMINATION.

04:19PM  12           HIS ANSWER WAS NO.  I DON'T THINK THAT OPENS THE DOOR.  I

04:19PM  13        DON'T THINK THAT GIVES THE GOVERNMENT TO SAY WHY, TO EXPLAIN

04:19PM  14        WHY IT DIDN'T GATHER THAT EVIDENCE IN A TIMELY WAY.

04:19PM  15                    THE COURT:  I THINK WHAT WE'LL ALL DO IS LET'S LOOK

04:19PM  16        AT THE TRANSCRIPT --

04:19PM  17                    MR. WADE:  SURE.

04:19PM  18                    THE COURT:  -- AND READ WHAT THE TRANSCRIPT SAYS.

04:20PM  19           I DO RECALL A LINE OF QUESTIONING WHERE YOU LAID A

04:20PM  20        FOUNDATION TO THE LIS AND YOU -- I THINK THE WITNESS TESTIFIED

04:20PM  21        IN RESPONSE TO YOUR QUESTIONS ABOUT WHAT INFORMATION WAS PUT

04:20PM  22        THERE, WHY, AND HOW IT WAS RETRIEVED.  I RECALL A COLLOQUY

04:20PM  23        ABOUT THAT.

04:20PM  24                    MR. WADE:  RIGHT.

04:20PM  25                    THE COURT:  BUT LET'S LOOK AT THE TRANSCRIPT.  THANK

04:20PM 1   YOU FOR THE HEADS UP AND WE'LL, WE'LL -- WE'RE NOT GOING TO

04:20PM 2   DISCUSS IT THIS AFTERNOON, BUT I THINK WE'LL DO A LITTLE BIT OF

04:20PM 3   INDEPENDENT RESEARCH AND WE'LL TOUCH ON THIS AGAIN.

04:20PM 4       I DON'T KNOW WHEN YOU, MR. BOSTIC, HAD THOUGHTS ABOUT

04:20PM 5   ENGAGING THAT.

04:20PM 6           MR. BOSTIC:  I'M NOT SURE EITHER, YOUR HONOR.  IT'S

04:20PM 7   SOMETHING THAT WE NEED TO THINK SOME MORE ABOUT HOW IT WILL FIT

04:20PM 8   INTO THE REST OF THE TRIAL PRESENTATION.

04:20PM 9           THE COURT:  SURE.

04:20PM 10          MR. BOSTIC:  BUT I WANTED TO RAISE IT IN THE

04:20PM 11  INTEREST OF HAVING THE COURT AND THE PARTIES THINK ABOUT IT.

04:20PM 12          THE COURT:  GREAT.

04:20PM 13          MR. WADE:  WE APPRECIATE THE DISCLOSURE, YOUR HONOR,

04:20PM 14  BECAUSE I THINK IT MIGHT INVOLVE ANOTHER SIX OR EIGHT

04:20PM 15  WITNESSES.  SO I THINK IT WOULD BE GOOD TO, YOU KNOW, TO

04:20PM 16  CONSIDER IT WITH THE TRANSCRIPT AND TO GET SOME ASSESSMENT AS

04:21PM 17  TO WHETHER THAT'S A LIVE ISSUE.

04:21PM 18          THE COURT:  OKAY.  GREAT.

04:21PM 19      ANYTHING ELSE THEN?

04:21PM 20          MR. BOSTIC:  YES, YOUR HONOR.  JUST ONE MORE ISSUE.

04:21PM 21      THE DEFENSE HAS INFORMED US THAT THE CROSS-EXAMINATION OF

04:21PM 22  DR. ROSENDORFF IS LIKELY TO OCCUPY THE ENTIRE DAY OF TOMORROW.

04:21PM 23      WE HAVE NOTICED THAT BASED ON THE LENGTH OF THE

04:21PM 24  EXAMINATION AND THE SUBSTANCE THAT IT'S FREQUENTLY GONE INTO

04:21PM 25  AREAS THAT ARE BEYOND THE SCOPE OF THE DIRECT.

04:21PM 1      WE HAVEN'T OBJECTED, BUT OUR VIEW IS THAT WE ARE NOW

04:21PM 2      LOOKING AT EVIDENCE THAT IS PART OF THE DEFENSE'S

04:21PM 3      CASE-IN-CHIEF.

04:21PM 4      I'M NOT SURE OF THE DEFENSE'S POSITION ON THAT, BUT IF THE

04:21PM 5      COURT AGREES, IT MIGHT HAVE IMPLICATIONS FOR JURY INSTRUCTIONS

04:21PM 6      AND THE LIKE.

04:21PM 7      MR. WADE:  THE GOVERNMENT OFFERED A BROAD INDICTMENT

04:21PM 8      OF THE LABORATORY PRACTICES AT THERANOS AND ESSENTIALLY PUT THE

04:21PM 9      RESPONSIBILITY FOR THAT AT THE FEET OF MY CLIENT AND OTHERS.

04:21PM 10     I THINK IT'S VERY APPROPRIATE.  AND IT HAS PUT AT ISSUE

04:21PM 11     THE ACCURACY AND RELIABILITY OF THE TESTS WHICH THEY ASKED THIS

04:22PM 12     WITNESS TO OPINE ON ON NUMEROUS OCCASIONS.

04:22PM 13     I'VE BEEN EXPLORING THOSE ISSUES WHICH WERE RAISED ON

04:22PM 14     DIRECT.  I UNDERSTAND THAT IT'S A LENGTHY EXAMINATION AND WILL

04:22PM 15     CONTINUE TO BE A LENGTHY EXAMINATION, AND THAT'S IN PART

04:22PM 16     BECAUSE OF THE LIMITED AND SELECTIVE NATURE BY WHICH THE

04:22PM 17     GOVERNMENT CONDUCTED ITS EXAMINATION.

04:22PM 18     IT REQUIRES A FAIR AMOUNT OF UNPACKING SO THAT THE JURY

04:22PM 19     HAS THE APPROPRIATE CONTEXT TO UNDERSTAND THE INFORMATION THAT

04:22PM 20     IS IN FRONT OF IT.

04:22PM 21     AND WITHOUT THAT --

04:22PM 22     THE COURT:  DOES UNPACKING MEAN BEYOND THE SCOPE OF

04:22PM 23     DIRECT?

04:22PM 24     MR. WADE:  NO.  BECAUSE THE WITNESS WHO IS LEGALLY

04:22PM 25     RESPONSIBLE FOR THE LAB CAN'T GET UP AND SAY, FOR EXAMPLE, THAT

2376

04:22PM  1    THE QUALITY CONTROL RESULTS ARE CONCERNING AND DEEPLY TROUBLING

04:22PM  2    TO HIM WITHOUT UNDERSTANDING THE CONTACT.

04:22PM  3        IT'S APPROPRIATE CROSS-EXAMINATION TO UNDERSTAND THE

04:22PM  4    CONTEXT IN WHICH HE'S MAKING THOSE STATEMENTS SO THAT THE JURY

04:23PM  5    IS NOT MISLED BY THE EXAMINATION OF THE GOVERNMENT.

04:23PM  6        THAT'S WHAT I'M DOING ON CROSS-EXAMINATION.

04:23PM  7            THE COURT:  THERE ARE TIMES WHEN THE WITNESS HAS

04:23PM  8    TRIED TO OFFER HIS ADDITIONAL THOUGHTS TO CLARIFY AN ANSWER,

04:23PM  9    AND I KNOW YOU'VE ASKED THE COURT TO STRIKE CERTAIN THINGS AND

04:23PM  10   I HAVE.

04:23PM  11       BUT IT MAY BE THAT -- AND I DON'T KNOW WHAT THE

04:23PM  12   GOVERNMENT'S POSITION IS.  THEY MIGHT, IF THEY DECIDE TO

04:23PM  13   REDIRECT, THEY MIGHT GO INTO THAT ISSUE.

04:23PM  14       IT'S, IT'S -- SOMETIMES A JUDGE IS PUT IN A POSITION WHERE

04:23PM  15   SHE HAS TO LOOK AND SAY, WELL, THE WITNESS WANTS TO EXPLAIN HER

04:23PM  16   ANSWER AND THE ATTORNEY ASKS A QUESTION, AND IT SEEMS LIKE IT'S

04:23PM  17   ONLY FAIR TO ALLOW A WITNESS TO EXPLAIN THE ANSWER, AS YOU SAY,

04:23PM  18   TO ALLOW THE JURY TO GET THE FULL CONTEXT OF THINGS.

04:23PM  19       THIS IS SOME THAT IT'S A CHALLENGE FOR THE JUDGES TO TRY

04:23PM  20   TO DECIDE, WELL, IS THAT REALLY AN EXPLANATION OR IS THAT

04:24PM  21   SOMETHING ELSE?

04:24PM  22       SO -- AND I DON'T KNOW, I'M NOT BEING -- I'M NOT MAKING

04:24PM  23   ANY OBSERVATION ABOUT YOUR EXAMINATION AT ALL, BUT SOMETIMES A

04:24PM  24   WITNESS FEELS COMPELLED AND SAYS I SHOULD HAVE SAID THIS, I

04:24PM  25   SHOULD HAVE SAID THIS OR THIS IS SOMETHING THAT I MEAN TO

2377

04:24PM 1    ANSWER SUCH THAT YOU CAN BETTER UNDERSTAND THE CONTEXT OF MY

04:24PM 2    RESPONSE.

04:24PM 3            MR. WADE:  I CERTAINLY UNDERSTAND THAT AND THAT

04:24PM 4    UNDOUBTEDLY GOES OR RELATES DIRECTLY TO THE LENGTH OF THE

04:24PM 5    CROSS-EXAMINATION TO THE EXTENT SOME OF THOSE ANSWERS ARE

04:24PM 6    OFFERED.

04:24PM 7        THERE ARE TIMES WHERE I HAVE CONSIDERED IT TO BE SOMEWHAT

04:24PM 8    RELATED AND I'VE LET IT GO.

04:24PM 9        THERE ARE TIMES WHERE I CONSIDER IT TO BE EFFECTIVELY THE

04:24PM 10   WITNESS'S DEFENSIVE IS CONDUCT OR THE EXPLANATION OF THE ITEM

04:24PM 11   THAT IS PUT IN FRONT OF HIM THAT IS NOT THE ITEM PUT IN FRONT

04:24PM 12   OF HIM, WHICH REALLY ISN'T DIRECTLY RELATED.

04:24PM 13       AND IF THE GOVERNMENT WANTS TO GO BACK INTO THAT AND HAVE

04:24PM 14   THE WITNESS PROVIDE MORE CONTEXT, OF COURSE THEY'RE WELCOME TO

04:25PM 15   DO THAT ON REDIRECT, AND I'LL REPRESENT THAT I WON'T MAKE A

04:25PM 16   SCOPE OBJECTION WITH RESPECT TO THAT.

04:25PM 17           THE COURT:  SURE.

04:25PM 18           MR. WADE:  AND WE'LL LET THE GOVERNMENT DO WHAT IT

04:25PM 19   NEEDS TO DO TO PRESENT ITS CASE.

04:25PM 20           THE COURT:  I POINT THAT OUT.  I THINK WE ALL

04:25PM 21   UNDERSTAND THE CHALLENGES OF THAT.

04:25PM 22       BUT I THINK THAT -- I RECALL THIS AFTERNOON THE WITNESS

04:25PM 23   STARTED TO SAY SOMETHING AND THEN HE SAID, WELL, NEVER MIND, HE

04:25PM 24   THREW HIS HANDS UP.  I THINK HE'S HEARD THE COURT SAY STRIKE

04:25PM 25   FOR NONRESPONSIVE AND PERHAPS HE'S UNDERSTANDING THAT CONCEPT.

2378

| 04:25PM | 1 | MR. WADE:  MAYBE WE'RE GETTING THERE, YOUR HONOR. |

04:25PM   1    MR. WADE:  MAYBE WE'RE GETTING THERE, YOUR HONOR.

04:25PM   2    AND AGAIN, IT'S A BALANCE.

04:25PM   3    THE COURT:  IT IS.  IT IS.

04:25PM   4    MR. WADE:  I WOULD NOTE THAT -- AND I'M NOT

04:25PM   5    SURPRISED BY THIS.  THERE'S NO IN ANY WAY NEGATIVE JUDGMENT.

04:25PM   6    OF COURSE, MR. BOSTIC THOUGHT WE WERE GOING TO HAVE A TWO AND A

04:25PM   7    HALF HOUR DIRECT EXAMINATION.  I THINK WE WERE ALL OF ONE DAY

04:25PM   8    AND ALMOST HALF OF THE NEXT DAY.  I'M NOT -- I DON'T THINK I'M

04:25PM   9    YET PAST THAT AND YET WE'VE HAD SOME -- WE'VE LIMITED THE

04:26PM   10   EXAMINATION TODAY AND WE STOPPED AT 2:00 O'CLOCK AND SO --

04:26PM   11   THE COURT:  AND SO CAN I ASK YOU "THE MR. BOSTIC

04:26PM   12   QUESTION" ARE YOU CLOSER TO THE BEGINNING OR CLOSER TO THE END?

04:26PM   13   MR. WADE:  I WOULD SUGGEST I'M AT LEAST AT HALFTIME,

04:26PM   14   YOUR HONOR.

04:26PM   15   YOU KNOW, SOMETIMES THE SECOND HALF IS THE MORE EXCITING

04:26PM   16   HALF.

04:26PM   17   (LAUGHTER.)

04:26PM   18   MR. WADE:  SO WE'RE GOING TO KEEP GOING.

04:26PM   19   I'LL HAVE A BETTER ESTIMATE.  AS I TOLD MR. BOSTIC, WE

04:26PM   20   HAVE DISCUSSED MEETING AND CONFERRING WITH RESPECT TO THIS

04:26PM   21   TOMORROW AND WITH RESPECT TO SOME OF THE RELATED ISSUES.

04:26PM   22   THE COURT:  WELL, WE DON'T HAVE A GAME CLOCK ON, DO

04:26PM   23   WE?

04:26PM   24   MR. WADE:  WELL, THERE'S ALWAYS A GAME CLOCK BECAUSE

04:26PM   25   WE RESPECT THE COURT'S TIME AND WE KNOW --

04:26PM 1          THE COURT:  WELL, I SAY THAT AND I'M SUGGESTING THAT

04:26PM 2   THERE IS NO TIME LIMIT IN A CRIMINAL CASE.  YOU KNOW THAT.  AND

04:26PM 3   THE COURT IS NOT IN ANY WAY GOING TO SUGGEST THAT YOU HAVE TIME

04:26PM 4   LIMITS ON THE PREPARATION.  I'M NOT GOING TO INVOLVE IT AT ALL,

04:27PM 5   IMPEDE YOUR CLIENT'S SIXTH AMENDMENT RIGHT TO A FAIR TRIAL AND

04:27PM 6   TO PUT ON THE DEFENSE THAT SHE FEELS IS APPROPRIATE.  I'M NOT

04:27PM 7   SUGGESTING THAT AT ALL.

04:27PM 8          MR. WADE:  YOU NEVER HAVE, YOUR HONOR.

04:27PM 9          THE COURT:  BUT I DO WANT TO -- I'M MINDFUL OF OUR

04:27PM 10  TIME ESTIMATE AND TRYING TO MANAGE THAT AS BEST WE CAN.

04:27PM 11      THIS JURY HAS BEEN VERY GOOD ABOUT ME EXTENDING, TO

04:27PM 12  CONTINUE WITH THE SPORTS DISCUSSION, EXTENDING THE GOAL LINES

04:27PM 13  ON OUR TIME.  SO THEY'VE BEEN VERY GOOD ABOUT THAT.  AND WE'LL

04:27PM 14  PROBABLY HAVE TO CONTINUE TO DO THAT.

04:27PM 15          MR. BOSTIC:  YOUR HONOR, JUST TWO BRIEF POINTS IN

04:27PM 16  RESPONSE.

04:27PM 17      FIRST OF ALL, SO I DID TELL DEFENSE COUNSEL THAT I

04:27PM 18  ESTIMATED MY DIRECT WAS GOING TO BE 2.5 HOURS-PLUS.  THE PLUS

04:27PM 19  ENDED UP DOING A LOT OF WORK IN THAT.

04:27PM 20      (LAUGHTER.)

04:27PM 21          MR. BOSTIC:  BUT JUST FOR THE RECORD, I'M ACTUALLY

04:27PM 22  NOT QUITE THAT BAD AS ESTIMATING.

04:27PM 23      MORE IMPORTANTLY, ON THE SCOPE OF THE CROSS, THERE'S NO

04:27PM 24  DOUBT THAT THE ACCURACY OF THERANOS'S TESTS ARE AT ISSUE IN

04:27PM 25  THIS CASE.  I'M NOT TRYING TO PREVENT THE DEFENSE FROM

04:28PM 1    ANSWERING THOSE POINTS.

04:28PM 2         BUT THAT DOESN'T SWALLOW THE RULE ABOUT THE SCOPE OF

04:28PM 3    DIRECT AND THE CORRELATION TO THE SCOPE OF CROSS.

04:28PM 4         DURING THE CROSS-EXAMINATION, FOR EXAMPLE, THE LENGTHY

04:28PM 5    DISCUSSION OF VALIDATION REPORTS, THEIR CONTENT, THE VALIDATION

04:28PM 6    PROCESS, THAT DOES NOT BEAR A CLOSE NEXUS TO THE SUBSTANCE OF

04:28PM 7    THE DIRECT IS THE GOVERNMENT'S POSITION.

04:28PM 8         WHEN WE GET INTO THOSE AREAS, OUR VIEW IS THAT WE'RE

04:28PM 9    ENTERING THE DEFENSE CASE-IN-CHIEF TERRITORY, AND THAT'S

04:28PM 10   PROBABLY WHY WE'RE RAISING THE ISSUE NOW.

04:28PM 11             THE COURT:  OKAY.

04:28PM 12             MR. WADE:  WITH ALL DUE RESPECT, WE COULDN'T AGREE

04:28PM 13   MORE STRONGLY GIVEN THE SCOPE OF THE GOVERNMENT'S DIRECT

04:28PM 14   EXAMINATION.  THEY PUT AT ISSUE ALL OF THESE ASSAYS AND THE

04:28PM 15   TESTS PERFORMED ON THE EDISON DEVICES THROUGH DR. ROSENDORFF.

04:28PM 16   HE MADE BROAD STATEMENTS, BROAD INDICTMENT, FRANKLY, OF HIS OWN

04:28PM 17   WORK AT TIMES.

04:28PM 18        WE HAVE TO UNPACK THAT, AND THAT'S NOT EASY BECAUSE THE

04:28PM 19   LAB IS COMPLICATED.

04:28PM 20        AND I DON'T THINK IT'S LIMITED TO CROSS-EXAMINING HIM ON

04:29PM 21   THE EMAIL.  THEY WENT THROUGH A LOT OF DIFFERENT ASSAYS, THEY

04:29PM 22   WENT THROUGH A LOT OF GENERAL PRACTICES, AND I THINK IT'S

04:29PM 23   NECESSARY FOR THE JURY TO BE ABLE TO UNDERSTAND THE CONTEXT IN

04:29PM 24   WHICH THAT IS OFFERED, OTHERWISE, OTHERWISE THE EVIDENCE THAT

04:29PM 25   WAS OFFERED BY THE GOVERNMENT IS VERY MISLEADING.

04:29PM  1            THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THE

04:29PM  2    DISCUSSION.

04:29PM  3        WELL, IT SOUNDS LIKE WE WILL HAVE DR. ROSENDORFF BACK ON

04:29PM  4    TUESDAY NEXT AND HE'LL FINISH, OF COURSE, FRIDAY, BUT WE WON'T

04:29PM  5    FINISH WITH HIS EXAMINATION FRIDAY WITH THAT LIMITED TIME.  AND

04:29PM  6    IT SOUNDS LIKE HE MIGHT BE HERE FOR THE ENTIRETY OF TUESDAY.

04:29PM  7        IS THAT A FAIR ASSESSMENT DO YOU THINK?

04:29PM  8            MR. WADE:  I'LL HAVE A BETTER SENSE OF THAT.  AND

04:29PM  9    I'M INFERRING FROM MR. BOSTIC THAT HE MAY HAVE SOME REDIRECT.

04:29PM 10    SO WE'LL MEET AND CONFER, AND WE'LL KEEP THE COURT APPRISED ON

04:29PM 11    FRIDAY AT THE END OF THE DAY AS TO WHERE WE STAND.

04:29PM 12            THE COURT:  OKAY.  THAT'S GREAT.

04:29PM 13        AND THEN YOU'RE ADJUSTING, MR. BOSTIC, YOUR TEAM IS

04:30PM 14    ADJUSTING YOUR WITNESS SCHEDULES ACCORDINGLY?

04:30PM 15        ON EITHER SIDE IF THERE ARE ANY -- YOU'LL LET ME KNOW IF

04:30PM 16    YOU HAVE ANY WITNESS ISSUES AND THEN WE CAN CALENDAR

04:30PM 17    ACCORDINGLY.

04:30PM 18            MR. BOSTIC:  WE WILL, THANK YOU.

04:30PM 19            THE COURT:  AND THAT'S ON BOTH SIDES.

04:30PM 20            MR. WADE:  AND WE WERE GLAD WE WERE ABLE TO SNEAK

04:30PM 21    ONE IN AND MAKE THE BEST OF THE TIME TODAY.

04:30PM 22            THE COURT:  GREAT.  THANKS.  HAVE A GOOD EVENING,

04:30PM 23    AND WE'LL SEE YOU ON FRIDAY.  THANK YOU.

04:30PM 24            THE CLERK:  COURT IS ADJOURNED.

04:30PM 25        (COURT ADJOURNED AT 4:30 P.M.)

1

2

3                              CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
17         CERTIFICATE NUMBER 8076

18

19         _____
           LEE-ANNE SHORTRIDGE, CSR, CRR
20         CERTIFICATE NUMBER 9595

21         DATED:  SEPTEMBER 29, 2021

22

23

24

25