1

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5
        UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
6                                      )
                        PLAINTIFF,     )  SAN JOSE, CALIFORNIA
7                                      )
                  VS.                  )  VOLUME 18
8                                      )
        ELIZABETH A. HOLMES,           )  OCTOBER 13, 2021
9                                      )
                        DEFENDANT.     )  PAGES 3279 - 3537
10      _____)  **PAGES 3292 - 3364 SEALED**
                                          **PAGES 3534 - 3537 SEALED**
11

12
                     TRANSCRIPT OF TRIAL PROCEEDINGS
13             BEFORE THE HONORABLE EDWARD J. DAVILA
                     UNITED STATES DISTRICT JUDGE
14
        A P P E A R A N C E S:
15
        FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
16                             BY:   JOHN C. BOSTIC
                                     JEFFREY B. SCHENK
17                             150 ALMADEN BOULEVARD, SUITE 900
                               SAN JOSE, CALIFORNIA 95113
18
                               BY:  ROBERT S. LEACH
19                                  KELLY VOLKAR
                               1301 CLAY STREET, SUITE 340S
20                             OAKLAND, CALIFORNIA 94612

21          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22      OFFICIAL COURT REPORTERS:
                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                             CERTIFICATE NUMBER 8074
                               LEE-ANNE SHORTRIDGE, CSR, CRR
24                             CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER

1

  A P P E A R A N C E S: (CONT'D)

2


3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
4                                   LANCE A. WADE
                                    KATHERINE TREFZ
5                                   ANDREW LEMENS
                                    J.R. FLEURMONT
6                                   PATRICK LOOBY
                                    RICHARD CLEARY
7                              725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
8
                               LAW OFFICE OF JOHN D. CLINE
9                              BY:  JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
10                             SAN FRANCISCO, CALIFORNIA 94111

11
      ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
12                            BY:  ADELAIDA HERNANDEZ

13                            OFFICE OF THE U.S. ATTORNEY
                              BY:  LAKISHA HOLLIMAN, PARALEGAL
14                                 MADDI WACHS, PARALEGAL

15                            WILLIAMS & CONNOLLY
                              BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL
16
                              TBC
17                            BY:  BRIAN BENNETT, TECHNICIAN

18

19

20

21

22

23

24

25

1

INDEX OF PROCEEDINGS

2

    GOVERNMENT'S:

3

4   **WADE MIQUELON**
    DIRECT EXAM BY MR. SCHENK (RES.)        P. 3368
5   CROSS-EXAM BY MR. DOWNEY                P. 3413
    REDIRECT EXAM BY MR. SCHENK            P. 3509
6

7   **ROBERTO AMENTA**
    DIRECT EXAM BY MR. BOSTIC              P. 3521
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        INDEX OF EXHIBITS

2
                                    IDENT.      EVIDENCE
3        GOVERNMENT'S:

4        372                                      3368
         488                                      3379
5        503                                      3383
         617                                      3395
6        971                                      3402
         1254                                     3407
7        1083                                     3477
         1387                                     3482
8        4845                                     3527

9


10
         DEFENDANT'S:
11
         7312                                     3473
12       7383                                     3485
         12510, PAGES 6786 - 6804                 3490
13       13952                                    3502
         7618                                     3504
14       7622                                     3505
         7657                                     3506
15       7676                                     3508

16

17

18

19

20

21

22

23

24

25
```

|   |   |
|---|---|
|   | 1 |

SAN JOSE, CALIFORNIA                    OCTOBER 14, 2021

08:33AM   2            P R O C E E D I N G S

08:33AM   3        (COURT CONVENED AT 8:33 A.M.)

08:33AM   4        (JURY OUT AT 8:33 A.M.)

08:33AM   5            THE COURT:  WE'RE BACK ON THE RECORD IN THE HOLMES

08:33AM   6    MATTER.  ALL COUNSEL ARE PRESENT AND MS. HOLMES IS PRESENT.

08:33AM   7        WE'RE OUTSIDE OF THE PRESENCE OF THE JURY AND MEETING

08:33AM   8    BEFORE THEY ARRIVE.

08:33AM   9        I UNDERSTAND THE DEFENSE WANTED TO RAISE A QUESTION?

08:34AM   10            MR. DOWNEY:  GOOD MORNING, YOUR HONOR.

08:34AM   11            THE COURT:  GOOD MORNING.

08:34AM   12            MR. DOWNEY:  THREE ISSUES THAT JUST CAME UP, TWO OF

08:34AM   13    WHICH I THINK MR. SCHENK AND I HAVE BEEN ABLE TO DEAL WITH ON

08:34AM   14    OUR OWN, BUT THEY RELATE TO A WITNESS NOT YET TESTIFYING, BUT

08:34AM   15    IT WILL BE MR. JHAVERI WHO IS ANOTHER WITNESS FORMERLY EMPLOYED

08:34AM   16    AT WALGREENS.

08:34AM   17        THERE ARE TWO QUESTIONS IN CONNECTION WITH HIS TESTIMONY

08:34AM   18    THAT WE WERE CONCERNED ABOUT BECAUSE STATEMENTS ABOUT THEM

08:34AM   19    APPEARED IN A 302 THAT WAS PRODUCED YESTERDAY.

08:34AM   20        ONE IS THAT HE WANTED TO -- IN THE STATEMENT, HE

08:34AM   21    REFERENCED THERANOS'S DECISION TO VOID TESTS, WHICH AS

08:34AM   22    YOUR HONOR KNOWS WAS THE SUBJECT OF MOTION IN LIMINE PRACTICE.

08:34AM   23        THE SUBSTANCE OF HIS STATEMENT WAS THAT WALGREENS MADE A

08:34AM   24    DECISION TO CLOSE ITS STORES IN RESPONSE TO THAT ACTION BY

08:34AM   25    THERANOS.

08:34AM 1    MR. SCHENK AND I SPOKE THIS MORNING AND MR. SCHENK ASSURES

08:35AM 2  ME THAT THE ISSUE OF VOIDING WILL NOT BE PART OF THE

08:35AM 3  PRESENTATION, ALTHOUGH THE ISSUE OF THE DECISION TO CLOSE --

08:35AM 4  THE FACT THAT THE STORES WERE CLOSED IS SOMETHING THAT WILL BE

08:35AM 5  PRESENTED, WHICH IS CERTAINLY FINE BY US.

08:35AM 6    THE OTHER ISSUE IS HE WAS PRESENTED DURING THAT INTERVIEW

08:35AM 7  WITH A "WALL STREET JOURNAL" ARTICLE AND ASKED TO CONTRAST THE

08:35AM 8  KNOWLEDGE THAT HE HAD WITH CERTAIN ASSERTIONS IN "THE

08:35AM 9  WALL STREET JOURNAL" ARTICLE.  WE WERE CONCERNED ABOUT THAT

08:35AM 10  METHOD OF PRESENTING EVIDENCE.

08:35AM 11    AGAIN, MR. SCHENK ASSURES ME THAT NOT ONLY WILL THERE NOT

08:35AM 12  BE REFERENCE TO OR INTRODUCTION OF THE ARTICLE, BUT THAT HE'LL

08:35AM 13  SIMPLY BE ASKED ABOUT THE STATE OF HIS KNOWLEDGE AT THE TIME.

08:35AM 14    SO I THINK AS TO THOSE TWO ISSUES THEY HAVE BEEN RESOLVED,

08:35AM 15  BUT I JUST WANT TO MAKE THE COURT AWARE OF THEM IN CASE

08:35AM 16  ANYTHING COMES UP DURING THE TESTIMONY.

08:35AM 17      THE COURT:  OKAY.  LET ME JUST ASK MR. SCHENK IF HE

08:35AM 18  HAS ANY COMMENT ON ANY OF THOSE TWO ISSUES.

08:36AM 19    MR. SCHENK?

08:36AM 20    MR. SCHENK:  THANK YOU, YOUR HONOR.

08:36AM 21    WITH REGARD TO THE VOIDING OF THE TESTS, I DO NOT INTEND

08:36AM 22  TO ASK MR. JHAVERI WHETHER HE HAS KNOWLEDGE OF THAT IN FACT.

08:36AM 23    I THINK THERE'S A SEPARATE ISSUE ABOUT THE ADMISSIBILITY

08:36AM 24  OF VOIDING OF THE TESTS.  WE DON'T HAVE TO ADDRESS THAT WITH

08:36AM 25  MR. JHAVERI.  I DO NOT INTEND TO ASK HIM IF THERANOS VOIDED THE

08:36AM 1    TESTS.

08:36AM 2         I DO INTEND TO ASK HIM WHETHER THE THERANOS BLOOD TESTING

08:36AM 3    SERVICES AT SOME POINT BECAME UNAVAILABLE AT WALGREENS, THEY

08:36AM 4    STOPPED OFFERING BLOOD TESTING AT WALGREENS AND YOU CAN'T GO

08:36AM 5    THERE ANYMORE AND GET THEM.

08:36AM 6         I THINK IT'S MR. JHAVERI'S BELIEF OR KNOWLEDGE THAT PART

08:36AM 7    OF THE REASON WAS BECAUSE TESTS WERE VOIDED.  WE DON'T HAVE TO

08:36AM 8    GET INTO THE REASON, RATHER WHAT I'M INTERESTED IN IS THE FACT

08:36AM 9    THAT THERANOS SERVICES ARE NO LONGER AVAILABLE AT WALGREENS AND

08:36AM 10   THAT THAT HAPPENED WHILE MR. JHAVERI WAS ENGAGED IN THE

08:36AM 11   PROJECT.

08:36AM 12        THE COURT:  YOU HAVE NO OBJECTION TO THAT?

08:36AM 13        MR. DOWNEY:  NO OBJECTION TO THAT.

08:36AM 14        THE ONLY REQUEST WE HAVE IN CONNECTION WITH THAT, WHICH

08:36AM 15   I'M SURE MR. SCHENK WILL COMPLY WITH, IS JUST THAT THE WITNESS

08:37AM 16   BE APPRISED OF OUR AGREEMENT ON THAT SUBJECT.

08:37AM 17        THE COURT:  ALL RIGHT.  ANYTHING ELSE INVOLVING --

08:37AM 18   MR. SCHENK, ANYTHING ELSE YOU WANT TO COMMENT ON?

08:37AM 19        MR. SCHENK:  THE SECOND ISSUE THAT MR. DOWNEY RAISED

08:37AM 20   WAS "THE WALL STREET JOURNAL" ARTICLE.

08:37AM 21        MR. JHAVERI READ IT.  I INTEND TO HAVE HIM TESTIFY THAT

08:37AM 22   GENERALLY IT WAS NEGATIVE, THAT HE DIDN'T READ IT AND THINK

08:37AM 23   THAT THE RELATIONSHIP WITH THERANOS HAD ANYTHING OTHER THAN A

08:37AM 24   NEW OBSTACLE OR HURDLE AND HE NEEDED TO DO SOME INFORMATION

08:37AM 25   GATHERING, SOMETHING LIKE THAT.

08:37AM 1          I'M NOT GOING TO ASK HIM ABOUT THIS LINE OR THAT FACT OR

08:37AM 2    DETAILS IN THE ARTICLE.

08:37AM 3          THE POINT OF IT IS THAT MR. JHAVERI'S ROLE IN THE

08:37AM 4    RELATIONSHIP CHANGED AT THAT POINT.  OTHER PEOPLE AT WALGREENS,

08:37AM 5    LIKE LAWYERS, GOT MORE INVOLVED IN THE RELATIONSHIP AT THAT

08:37AM 6    POINT.

08:37AM 7          SO IT WAS SORT OF A CAUSE OF HIM STEPPING BACK A LITTLE

08:37AM 8    BIT IN SOME OF THE INTERACTIONS IN THE RELATIONSHIP, AND THAT'S

08:37AM 9    THE FACT THAT I INTEND TO ELICIT.

08:37AM 10          BUT I'M NOT GOING TO SHOW HIM THE ARTICLE, I'M NOT GOING

08:38AM 11    TO ASK HIM ABOUT FACTS OR SENTENCES OR LINES IN THE ARTICLE,

08:38AM 12    JUST GENERALLY THAT IT WAS NEGATIVE AND THAT IT CAUSED HIM TO

08:38AM 13    STEP BACK A LITTLE BIT IN THE RELATIONSHIP.

08:38AM 14          MR. DOWNEY:  I THINK THE FACT THAT THERE WAS A

08:38AM 15    NEGATIVE ARTICLE IS NOT SOMETHING THAT WE OBJECT TO, AND,

08:38AM 16    AGAIN, I WOULD JUST REQUEST THAT THE WITNESS BE ADVISED OF THAT

08:38AM 17    LINE.

08:38AM 18          THE COURT:  OKAY.  ALL RIGHT.

08:38AM 19    THANK YOU.  THANK YOU.

08:38AM 20    MR. SCHENK, YOU HAD --

08:38AM 21          MR. DOWNEY:  I HAD ONE OTHER ISSUE.

08:38AM 22          THE COURT:  YES?

08:38AM 23          MR. DOWNEY:  WHICH I DON'T WANT TO DISCUSS IN DETAIL

08:38AM 24    BECAUSE IT RELATES TO OUR UNDER SEAL SESSION YESTERDAY, BUT I

08:38AM 25    WANTED TO MAKE A COMMENT AND REQUEST IN CONNECTION WITH THAT.

08:38AM 1      WITHOUT GOING INTO THE SUBSTANCE OF THAT HEARING, UPON

08:38AM 2   READING THE TRANSCRIPT, I DID HAVE A CONCERN THAT THAT ISSUE BE

08:38AM 3   RESOLVED PROMPTLY IN LIGHT OF SOME OF THE COMMENTS THAT WERE

08:38AM 4   MADE BY THE JURORS WHO WERE AVAILABLE FOR THAT SESSION LAST

08:38AM 5   NIGHT.

08:38AM 6      I DON'T WANT TO ARTICULATE THOSE COMMENTS.  YOUR HONOR MAY

08:39AM 7   BE AWARE OF WHAT I HAVE IN MIND.

08:39AM 8      SO THAT THE JURY CAN BE IN A POSITION TO FULLY FULFILL ITS

08:39AM 9   SERVICE OBLIGATIONS HERE, MY REQUEST WOULD BE THAT WE DEAL WITH

08:39AM 10  THE ISSUES RELATED TO THE UNSEALING OF THE QUESTIONNAIRES,

08:39AM 11  REDACTIONS THERETO, AND ANYTHING ELSE THAT IS PROPHYLACTIC THAT

08:39AM 12  WE NEED TO DEAL WITH AS SOON AS POSSIBLE.

08:39AM 13          THE COURT:  THIS MORNING BEFORE WE START EVIDENCE?

08:39AM 14          MR. DOWNEY:  YES, BEFORE WE START EVIDENCE WOULD BE

08:39AM 15  OUR REQUEST.

08:39AM 16          MR. SCHENK:  YOUR HONOR, I DON'T SHARE THE SAME

08:39AM 17  CONCERN.  I ALSO WAS PRESENT FOR THE HEARING.  I'M HAPPY TO, AT

08:39AM 18  THE RIGHT TIME, PROVIDE ADDITIONAL THOUGHTS ON THAT SUBJECT.

08:39AM 19  BUT I DID NOT LEAVE THE SESSION OR AFTER HAVING NOW SEEN THE

08:39AM 20  TRANSCRIPT WITH THE CONCERNS THAT MR. DOWNEY HAS RAISED.

08:39AM 21      I WILL ALSO NOTE THAT THE COURT'S PLAN IS TO DEAL WITH THE

08:39AM 22  REMAINING JURORS TODAY.  THE COURT JUST DOESN'T INTEND TO TAKE

08:40AM 23  TRIAL TRANSCRIPT TIME TO DO IT.

08:40AM 24      WE HAVE OUT OF TOWN WITNESSES WHO ARE HERE THIS WEEK AND

08:40AM 25  ARE READY TO TESTIFY.

08:40AM  1          IT WOULD BE THE GOVERNMENT'S PREFERENCE TO GET THROUGH THE

08:40AM  2     WITNESSES TODAY AND THEN USE, AS THE COURT HAD PLANNED, OUR

08:40AM  3     POST-TRIAL TIME TO HANDLE THAT.

08:40AM  4          MR. DOWNEY:  WELL, YOUR HONOR, THE ONLY ISSUE I'M

08:40AM  5     FOCUSSED ON IS TO THE EXTENT FOR ANY JUROR, WITHOUT COMMENTING

08:40AM  6     ON ANYTHING, TO THE EXTENT THAT THIS ISSUE HANGS OVER ANY JUROR

08:40AM  7     AND THEY WOULD LIKE TO KNOW HOW IT BE RESOLVED, I WOULD RATHER

08:40AM  8     HAVE THAT ADDRESSED NOW SO THAT WE'RE NOT IN A PERIOD WHERE

08:40AM  9     THERE'S EFFECTIVELY A FULL DAY OF TRIAL FROM THE TIME THEY KNOW

08:40AM 10     ABOUT THE ISSUE UNTIL THE TIME THE ISSUE IS ADDRESSED.

08:40AM 11          THE COURT:  WELL, THAT RAISES THE TOPIC IS ONCE WE

08:40AM 12     COMPLETE THE QUESTIONING OF THE JURORS AND WHAT I WILL DO IS

08:40AM 13     COLLECT THAT INFORMATION AND THEN RESPOND TO THE MOTION.

08:41AM 14          I THINK WHAT YOU'RE ASKING ME TO DO IS TO PUT THIS TRIAL

08:41AM 15     ON HOLD AND RESOLVE THAT ENTIRE MOTION, THAT IS, THE MEDIA

08:41AM 16     COALITION'S MOTION BEFORE WE GO FORWARD.

08:41AM 17          IS THAT WHAT YOU'RE ASKING ME TO DO?

08:41AM 18          MR. DOWNEY:  WELL, WHAT I'M ASKING -- I GUESS

08:41AM 19     EFFECTIVELY WHAT I'M ASKING, BUT WHAT I'M ASKING IS THAT THE

08:41AM 20     COURT IS SURE THE JURY IS SERVING IN A MANNER CONSISTENT WITH

08:41AM 21     THE DEFENDANT'S FIFTH AND SIXTH AMENDMENT RIGHTS, WHICH I KNOW

08:41AM 22     THE COURT IS DEEPLY DEDICATED TO.

08:41AM 23          I THINK SOME OF THE COMMENTS RAISE CONCERNS ABOUT THAT, SO

08:41AM 24     I THINK IT'S AN ISSUE THAT WE NEED TO GET RESOLVED.

08:41AM 25          I CERTAINLY APPRECIATE MR. SCHENK'S COMMENTS ABOUT WITNESS

08:41AM 1      LOGISTICS.  WE'VE TRIED TO WORK WITH HIM ON THAT.

08:41AM 2          BUT I THINK WE HAVE THE BULK OF THE JURORS INTERVIEWED.  I

08:41AM 3      THINK WE OUGHT TO TAKE THE TIME TO RESOLVE WITH THE OTHER

08:41AM 4      JURORS AND MAKE SURE THAT WE DON'T HAVE JURORS WHO ARE

08:41AM 5      REPORTING A REACTION TO THAT, THAT IS AFFECTING THEIR ABILITY

08:42AM 6      TO SERVE.

08:42AM 7          THE COURT:  I THINK WE HAVE SIX REMAINING TO

08:42AM 8      INTERVIEW, AND THE TIMING OF THINGS LAST NIGHT, I THINK IT TOOK

08:42AM 9      US LONGER THAN I THINK ANY OF US ANTICIPATED.  I THINK WE

08:42AM 10     FINISHED AFTER 5:00.

08:42AM 11         AND HAVING -- I THINK WE STOPPED AT 3:00, AND IT TOOK US A

08:42AM 12     COUPLE OF HOURS TO GET THROUGH NINE PEOPLE IF I RECALL

08:42AM 13     CORRECTLY.

08:42AM 14         SO IF WE WERE TO CONTINUE OUR CONVERSATION WITH THE OTHER

08:42AM 15     SIX TODAY, I CAN DO THAT, AND THEN WHAT YOU'RE ASKING TO DO IS

08:42AM 16     TO HAVE COLLOQUY AFTER THAT REGARDING --

08:42AM 17         MR. DOWNEY:  I THINK IF THE AGGREGATION OF THE

08:42AM 18     COMMENTS RAISES THE CONCERNS THAT I SUSPECT THE FIRST NINE DID,

08:42AM 19     THEN I THINK IT IS AN ISSUE, YEAH, I THINK WE SHOULD RESOLVE

08:42AM 20     IT.

08:42AM 21         THE COURT:  WELL, I THINK -- AS YOU ALL KNOW, THE --

08:43AM 22     I ASKED THE QUESTION ABOUT CONTINUED SERVICE, AND I THINK WE

08:43AM 23     GOT AFFIRMATIVE ANSWERS FROM EVERY JUROR, THAT THEY WOULD

08:43AM 24     CONTINUE TO BE FAIR AND IMPARTIAL TO BOTH SIDES IN THE CASE.

08:43AM 25         I WANTED TO KNOW THAT BECAUSE THAT'S THE PRIMARY DIRECTIVE

08:43AM 1      OF A JUROR'S SERVICE, AND THEY ALL INDICATED THAT THEY COULD DO

08:43AM 2      THAT.

08:43AM 3          AND I THINK I KNOW WHAT YOU'RE TALKING ABOUT.  WE KNOW

08:43AM 4      WHAT WE'RE TALKING ABOUT.

08:43AM 5          AND THE THOUGHT OCCURRED TO ME THAT THERE MIGHT BE SOME --

08:43AM 6      I DON'T WANT TO USE THE WORD "EFFICIENCY," I HATE TO USE THAT

08:43AM 7      IN A CRIMINAL CASE, BUT THERE MIGHT BE SOME ADVANTAGE TO

08:43AM 8      RESOLVING AN ISSUE, A JURY ISSUE, EARLIER THAN LATER IT SEEMS

08:43AM 9      TO ME.

08:43AM 10         LET'S DO THIS.  LET'S -- MS. KRATZMANN, ARE ALL OF OUR

08:43AM 11     JURORS PRESENT NOW?

08:43AM 12              THE CLERK:  I HAVE NOT CHECKED YET, YOUR HONOR.

08:43AM 13              THE COURT:  OKAY.  IT'S A QUARTER TO 9:00 AND I TOLD

08:44AM 14     THEM WE ARE STARTING AT 9:00.  AND THIS IS A TERRIFIC JURY AND

08:44AM 15     THEY'VE BEEN EXTENDING THEIR TIME WITHOUT ANY COMPLAINTS.

08:44AM 16         MY SENSE IS THAT I'M TAKING THAT AS THEIR DESIRE TO

08:44AM 17     CONTINUE TO DEVOTE THEIR EFFORTS TO THE TRIAL AND THEY'RE NOT

08:44AM 18     AT ALL DISENGAGED ABOUT STAYING LATER.  I'VE CREEPED THAT TIME

08:44AM 19     BACK FROM 2:00 TO 3:00, AND THEN TODAY I THINK IT WAS 4:00.  IF

08:44AM 20     I TOLD THEM, LET'S GO TO A NORMAL SCHEDULE OF 5:00, I THINK

08:44AM 21     THEY WOULD NOT REVOLT.  I BET THEY WOULD APPRECIATE THAT.

08:44AM 22         ALL RIGHT.  LET'S DO THIS, LET ME -- I THINK WHAT I WOULD

08:44AM 23     LIKE TO DO IS TO FINISH WITH OUR CONVERSATION WITH THE JURORS

08:44AM 24     THIS MORNING AND DO THAT IN A SEALED SESSION, CONTINUE OUR

08:44AM 25     SEALED SESSION.

08:44AM 1          AND WE HAVE SIX JURORS REMAINING TO SPEAK WITH, AND WE'LL

08:44AM 2     TALK WITH THEM, AND LET'S SEE WHERE THAT LAYS.

08:45AM 3          I HOPE WE CAN GET THIS DONE IN PERHAPS AN HOUR.  I THINK

08:45AM 4     WE CAN.  AND THEN WE CAN PRESS ON WITH THE TRIAL AND DO OUR

08:45AM 5     SCHEDULE ACCORDINGLY.

08:45AM 6          MAYBE WE'LL GO UNTIL 5:00 INSTEAD OF ENDING AT 4:00 TODAY.

08:45AM 7          SO, MR. SCHENK, IF YOUR TEAM COULD ADVISE YOUR WITNESSES.

08:45AM 8     I HOPE THIS IS NOT TOO DISRUPTIVE OF THEIR SCHEDULES.  BUT

08:45AM 9     WE'LL TRY TO BE AS EFFICIENT AS WE CAN.

08:45AM 10         MS. KRATZMANN, WHEN AT LEAST THE SIX HAVE ARRIVED, PLEASE

08:45AM 11    LET ME KNOW AND THEN WE'LL SCHEDULE THEIR INTERVIEWS THIS

08:45AM 12    MORNING.  OF COURSE WE'LL DO THAT IN CHAMBERS AGAIN.

08:45AM 13         I ASSUME THE SAME PARTIES WANT TO JOIN.

08:45AM 14              MR. SCHENK:  YES, YOUR HONOR.

08:45AM 15              MR. DOWNEY:  YES, YOUR HONOR.

08:45AM 16              THE COURT:  ALL RIGHT.  THANK YOU.

08:45AM 17              MR. DOWNEY:  THANK YOU.

08:45AM 18         (RECESS FROM 8:45 A.M. UNTIL 9:00 A.M.)

08:45AM 19         (SEALED PROCEEDINGS IN CHAMBERS.)

20

21

22

23

24

25

```
08:45AM   1        ///

08:45AM   2        ///

11:04AM   3             (PROCEEDINGS IN OPEN COURT.)

11:04AM   4             (COURT CONVENED AT 11:04 A.M.)

11:04AM   5             (JURY IN AT 11:04 A.M.)

11:04AM   6             THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

11:04AM   7    ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

11:04AM   8        OUR JURY AND ALTERNATES ARE PRESENT.

11:04AM   9        GOOD MORNING AGAIN, LADIES AND GENTLEMEN.

11:04AM  10        BEFORE WE BEGIN, I DO WANT TO ASK OUR JURY IF OVER THE

11:04AM  11    EVENING WHETHER OR NOT ANY OF YOU HAD COME ACROSS ANY

11:04AM  12    INFORMATION ABOUT THE CASE, IF YOU'VE HAD ANYONE TALK TO YOU

11:04AM  13    ABOUT THE CASE IN ANY WAY, WHETHER YOU'VE LEARNED ANY

11:04AM  14    INFORMATION ABOUT THE CASE FROM ANY MEDIA OR ANY OTHER

11:04AM  15    INSTANCE.

11:04AM  16        IF THAT HAS HAPPENED, WOULD YOU PLEASE RAISE YOUR HAND,

11:05AM  17    PLEASE.

11:05AM  18        I SEE NO HANDS.

11:05AM  19        THANK YOU, LADIES AND GENTLEMEN, FOR YOUR CONTINUED

11:05AM  20    FIDELITY TO THE ADMONITION.

11:05AM  21        I DO WANT TO ASK COUNSEL AND THE JURY A QUESTION.  WE'RE

11:05AM  22    GOING UNTIL 4:00 TODAY, AND I HOPE YOU'VE GOT THAT IN YOUR

11:05AM  23    SCHEDULE.

11:05AM  24        I'VE JUST REALIZED THAT WE HAVE CLEARED OUR CALENDAR

11:05AM  25    TOMORROW.  ON THURSDAYS YOU RECALL THAT I HAVE A CIVIL
```

11:05AM 1    CALENDAR, BUT WE'VE CLEARED OUR CALENDAR TOMORROW, SO IT WOULD

11:05AM 2    BE POSSIBLE THAT WE COULD HAVE TESTIMONY TOMORROW.

11:05AM 3        WOULD THAT -- IS THAT SOMETHING THAT ANY JUROR IS NOT ABLE

11:05AM 4    TO MAKE?  I KNOW WE'VE TRADITIONALLY HAD THURSDAYS OFF, AND I

11:05AM 5    EXPECT THAT YOU HAVE PLANNED ACCORDINGLY.  BUT IF WE WERE ABLE

11:05AM 6    TO HAVE EVIDENCE TOMORROW, WE WOULD PROBABLY GO UNTIL 3:00

11:05AM 7    TOMORROW, IS THAT SOMETHING THAT IS -- THAT THE JURY WOULD BE

11:05AM 8    ABLE TO DO?

11:06AM 9        RESTRAIN YOUR ENTHUSIASM, PLEASE.

11:06AM 10   YES?

11:06AM 11       JUROR:  I MIGHT HAVE TO MOVE SOME THINGS AROUND, BUT

11:06AM 12   POTENTIALLY I COULD.

11:06AM 13       THE COURT:  OKAY.  LET ME DO THIS, LET ME SAY THIS,

11:06AM 14   WHY DON'T -- MAY I FLOAT THAT IDEA FOR YOU NOW?  DURING OUR

11:06AM 15   BREAK, OUR NEXT BREAK, IF YOU COULD MAKE SOME INQUIRIES, IF YOU

11:06AM 16   NEED TO, ABOUT OTHER ARRANGEMENT TO BE MADE, AND THEN I'LL ASK

11:06AM 17   YOU THAT QUESTION WHEN WE COME BACK, WOULD THAT BE SUFFICIENT?

11:06AM 18       JUROR:  (NODS HEAD UP AND DOWN.)

11:06AM 19       THE COURT:  ALL RIGHT.  LET ME ASK THE LAWYERS, IS

11:06AM 20   THAT SOMETHING THAT YOU CAN DO?

11:06AM 21       MR. SCHENK:  YES.

11:06AM 22       MR. DOWNEY:  THAT'S FINE WITH US, YOUR HONOR.

11:06AM 23       THE COURT:  OKAY.  LET'S TRY TO DO THAT.  AND I'M

11:06AM 24   DOING THIS -- WE'VE LOST SOME COURT TIME FOR SOME OTHER

11:06AM 25   PROCEDURES.  I'M TRYING TO CATCH UP AND SEE IF WE CAN KEEP OUR

11:06AM 1    CASE ON SCHEDULE FOR EVERYONE'S CONVENIENCE, INCLUDING YOURS,

11:06AM 2    LADIES AND GENTLEMEN OF THE JURY.

11:06AM 3        SO I APPRECIATE, DURING OUR BREAK, IF YOU COULD MAKE ANY

11:06AM 4    INQUIRIES ABOUT ADJUSTING THINGS.  SO TOMORROW WE WOULD -- MY

11:06AM 5    ANTICIPATION WOULD BE, IF WE'RE ABLE TO, WE WOULD BEGIN AT 9:00

11:07AM 6    AND THEN END AT 3:00 TOMORROW.  PLEASE REMEMBER THAT WE'RE

11:07AM 7    ENDING AT 1:00 O'CLOCK ON FRIDAY.

11:07AM 8        IF, WHEN YOU CHECK IN WITH YOUR EMPLOYERS OR WHATEVER

11:07AM 9    OTHER OBLIGATIONS THAT YOU HAVE, IF THERE'S AN ALTERATION IN

11:07AM 10    THAT SCHEDULE, I WOULD APPRECIATE KNOWING THAT, TOO.  FOR

11:07AM 11    EXAMPLE, IF STARTING LATER AND ENDING EARLIER IS SOMETHING THAT

11:07AM 12    MAKES IT EASIER, I WOULD WELCOME THAT INFORMATION SO WE COULD

11:07AM 13    ADJUST OUR SCHEDULE.

11:07AM 14        ALL RIGHT.  THANK YOU VERY MUCH.  THANK YOU FOR THAT.

11:07AM 15        MR. SCHENK, YOU HAVE A WITNESS?

11:07AM 16          MR. SCHENK:  YES.  THE UNITED STATES RECALLS

11:07AM 17    WADE MIQUELON.

11:07AM 18          THE COURT:  SIR, IF YOU WOULD TAKE THE STAND AGAIN.

11:08AM 19    THANK YOU.

11:08AM 20        AGAIN, ADJUST THE MICROPHONE AS YOU NEED, AND THE CHAIR,

11:08AM 21    AND THERE'S WATER THERE FOR YOUR REFRESHMENT.  I ASSURE YOU WE

11:08AM 22    CHANGE THAT WATER EVERY DAY, SIR, SO IT'S FRESH.

11:08AM 23        (LAUGHTER.)

11:08AM 24          THE WITNESS:  THANK YOU.

11:08AM 25          THE COURT:  WHEN YOU ARE COMFORTABLE, WOULD YOU

| | | |
|---|---|---|
| 11:08AM | 1 | PLEASE STATE YOUR NAME AGAIN, PLEASE. |
| 11:08AM | 2 | THE WITNESS:  MY NAME IS WADE MIQUELON. |
| 11:08AM | 3 | THE COURT:  THANK YOU.  AND I'LL REMIND YOU, SIR, |
| 11:08AM | 4 | YOU ARE STILL UNDER OATH. |
| 11:08AM | 5 | **(GOVERNMENT'S WITNESS, WADE MIQUELON, WAS PREVIOUSLY** |
| 11:08AM | 6 | **SWORN.)** |
| 11:08AM | 7 | THE COURT:  COUNSEL. |
| 11:08AM | 8 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 11:08AM | 9 | **DIRECT EXAMINATION (RESUMED)** |
| 11:08AM | 10 | Q.  GOOD MORNING, MR. MIQUELON. |
| 11:08AM | 11 | DO YOU STILL HAVE THE BINDER OF DOCUMENTS IN FRONT OF YOU? |
| 11:08AM | 12 | A.  I DO. |
| 11:08AM | 13 | Q.  IF YOU WOULD OPEN THE BINDER UP TO TAB 372, PLEASE. |
| 11:08AM | 14 | YOUR HONOR, I BELIEVE THIS IS BEING MOVED IN BASED ON A |
| 11:08AM | 15 | STIPULATION BETWEEN THE PARTIES. |
| 11:08AM | 16 | MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.  NO |
| 11:08AM | 17 | OBJECTION. |
| 11:08AM | 18 | THE COURT:  THANK YOU.  IT'S ADMITTED, AND IT MAY BE |
| 11:08AM | 19 | PRESENTED TO THE JURY.  I'M SORRY. |
| 11:08AM | 20 | (GOVERNMENT'S EXHIBIT 372 WAS RECEIVED IN EVIDENCE.) |
| 11:08AM | 21 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 11:08AM | 22 | Q.  MR. MIQUELON, WE'RE LOOKING AT A DOCUMENT THAT IS ENTITLED |
| 11:09AM | 23 | THERANOS MASTER PURCHASE AGREEMENT. |
| 11:09AM | 24 | DO YOU SEE THAT? |
| 11:09AM | 25 | A.  YES. |

11:09AM   1    Q.   YESTERDAY AT THE CLOSE OF YOUR TESTIMONY WE DISCUSSED

11:09AM   2    EXHIBIT 300, WHICH WAS AN EMAIL THAT YOU WROTE TO OTHERS AT

11:09AM   3    WALGREENS IN ADVANCE OF A PRESENTATION BY FOLKS FROM THERANOS.

11:09AM   4         DO YOU RECALL THAT?

11:09AM   5    A.   YES.

11:09AM   6    Q.   AND THAT WAS AROUND APRIL OF 2010?

11:09AM   7    A.   CORRECT.

11:09AM   8    Q.   AND NOW WE'RE LOOKING AT THE AGREEMENT DATED IN JULY OF

11:09AM   9    2010.

11:09AM  10         COULD YOU BRIEFLY DESCRIBE FOR THE JURY WHAT WAS HAPPENING

11:09AM  11    IN THE THERANOS-WALGREENS RELATIONSHIP BETWEEN THOSE

11:09AM  12    INTERVENING MONTHS FROM THE APRIL MEETING UNTIL THIS JULY

11:09AM  13    AGREEMENT?

11:09AM  14    A.   IN THOSE EARLY MONTHS THERE WAS, AGAIN, INITIAL DILIGENCE

11:09AM  15    DONE IN TERMS OF UNDERSTANDING THERANOS, THE TECHNOLOGY, AND

11:09AM  16    UNDERSTANDING HOW IT MIGHT FIT IN TERMS OF A PARTNERSHIP WITH

11:09AM  17    WALGREENS.

11:09AM  18    Q.   OKAY.  AND DESCRIBE THE PROCESS OF GETTING TO THE STEP OF

11:09AM  19    PUTTING TOGETHER A MASTER PURCHASE AGREEMENT.

11:10AM  20    A.   THERE WAS A MULTI FUNCTIONAL TEAM THAT WAS FORMED,

11:10AM  21    INCLUDING HEALTH CARE PROFESSIONALS.  THERE WAS A CONSULTING

11:10AM  22    FIRM THAT WAS BROUGHT IN THAT HAD EXPERTISE IN LABS TO LOOK AT

11:10AM  23    THERANOS, AS WELL AS THE COMPETITIVE SET OF OTHER COMPANIES OUT

11:10AM  24    THERE.

11:10AM  25         THERE WAS ALSO A CONSULTING FIRM THAT WAS BROUGHT IN THAT

11:10AM 1    SPECIALIZES IN DEFINING NEW BUSINESS MODELS AND HOW THEY MIGHT

11:10AM 2    WORK.

11:10AM 3    Q.   AND AS CFO, WHAT WAS YOUR ROLE IN THIS?

11:10AM 4    A.   I WOULD SAY AN EXECUTIVE SPONSOR TO HELP SUPPORT THE TEAM

11:10AM 5    TO HELP ENABLE THEM AND PROVIDE RESOURCES FOR THEM TO FORM

11:10AM 6    THEIR CONCLUSIONS.

11:10AM 7    Q.   OKAY.  AND WHEN YOU SAY "TO SUPPORT THEM," WHAT DO YOU

11:10AM 8    MEAN?

11:10AM 9    A.   THE TEAM, THE MULTI FUNCTIONAL TEAM AT WALGREENS THAT WAS

11:10AM 10   WORKING ON THE PROJECT.

11:10AM 11   Q.   OKAY.  NOW LET'S TURN TO THE DOCUMENT.  ON THE FIRST PAGE

11:10AM 12   TOWARDS THE BOTTOM THERE'S A SIGNATURE.

11:10AM 13        DO YOU SEE THAT?

11:10AM 14   A.   YES.

11:10AM 15   Q.   AND WHOSE SIGNATURE IS THAT?

11:10AM 16   A.   THAT'S MINE.

11:10AM 17   Q.   ON THE SECOND PAGE TOWARDS THE BOTTOM THERE'S ALSO A

11:11AM 18   SIGNATURE.

11:11AM 19   A.   YES.

11:11AM 20   Q.   AND WHOSE SIGNATURE IS THAT?

11:11AM 21   A.   IT SAYS MS. HOLMES.

11:11AM 22   Q.   OKAY.  NOW LET'S LOOK AT THE THIRD PAGE.  THE THIRD PAGE

11:11AM 23   IS LABELLED SCHEDULE A, AND UNDER NUMBER 2, I'D LIKE TO ASK YOU

11:11AM 24   A QUESTION.  NUMBER 2 IS PROGRAM OBJECTIVES.

11:11AM 25        DO YOU SEE THAT?

11:11AM  1     A.   YES.

11:11AM  2     Q.   IT SAYS THAT "THE OBJECTIVES OF THIS PROGRAM INCLUDE" MAKE

11:11AM  3     BLOOD LAB -- I'M SORRY -- "MAKE BLOOD TESTING FASTER, FAR MORE

11:11AM  4     ACCESSIBLE, EFFECTIVE, ACTIONABLE BY INTRODUCING A MORE COST

11:11AM  5     EFFECTIVE, REAL-TIME BLOOD TESTING SERVICE AT WALGREENS STORES

11:11AM  6     AND WALGREENS' OTHER CLINICAL OPERATIONS NATIONWIDE."

11:11AM  7          IS THAT YOUR UNDERSTANDING OF WHAT THE OBJECTIVE WAS?

11:11AM  8     A.   YES.

11:11AM  9     Q.   AND IT DESCRIBES MAKING BLOOD TESTING FASTER AND MORE

11:11AM  10    ACCESSIBLE, EFFECTIVE AND ACTIONABLE, WHAT DID THAT MEAN?

11:12AM  11    A.   THAT WAS THE NOTION OF HAVING THERANOS LAB TESTING AT

11:12AM  12    WALGREENS.

11:12AM  13    Q.   AND WHY WAS THERANOS BLOOD TESTING AT WALGREENS FASTER?

11:12AM  14    A.   AGAIN, AS WE HAVE TALKED A LITTLE BIT YESTERDAY, WHEN YOU

11:12AM  15    LOOK AT THE THERANOS TECHNOLOGY AND THE ABILITY TO ENTER A

11:12AM  16    BLOOD SAMPLE INTO AN EDISON AND GET RESULTS IN, YOU KNOW,

11:12AM  17    15 MINUTES THAT THEN COULD BE MOVED TO THE CLOUD FOR

11:12AM  18    ASSESSMENT, THAT WOULD BE A FASTER PROCESS THAN CONVENTIONAL

11:12AM  19    LAB.

11:12AM  20    Q.   AND AT THIS STAGE OF THE RELATIONSHIP BETWEEN WALGREENS

11:12AM  21    AND THERANOS, WAS YOUR UNDERSTANDING THAT THE EDISON DEVICE

11:12AM  22    WOULD BE USED TO TEST PATIENT'S BLOOD?

11:12AM  23    A.   YES.  BUT THERE WAS A LOT OF BACK AND FORTH OVER THE

11:12AM  24    SUBJECT OF MONTHS IN TERMS OF WHETHER IT WAS BETTER TO HAVE

11:12AM  25    THAT DEVICE IN A STORE OR NOT IN A STORE, AND WHETHER IT SHOULD

11:12AM  1    ONLY BE THE NANOTAINER OR THE BLOOD DRAW THAT WOULD BE IN THE

11:12AM  2    STORE OR WHETHER THE EDISON DEVICE WOULD BE THERE AS WELL.

11:13AM  3    Q.   OKAY.  SO THERE WAS SOME DISCUSSION ABOUT WHERE THE DEVICE

11:13AM  4    WOULD BE LOCATED.  BUT HOW ABOUT ON WHAT DEVICE THE BLOOD WOULD

11:13AM  5    BE TESTED.

11:13AM  6    A.   RIGHT.

11:13AM  7    Q.   WHAT WAS YOUR UNDERSTANDING?

11:13AM  8    A.   MY UNDERSTANDING WAS THAT THE BLOOD WOULD BE TESTED ON THE

11:13AM  9    EDISON DEVICE.

11:13AM  10   Q.   AND WHERE DID YOU GET THAT UNDERSTANDING?

11:13AM  11   A.   FROM MY DISCUSSIONS WITH SUNNY AND ELIZABETH, AND THROUGH

11:13AM  12   OUR DILIGENCE, THAT WAS OUR COMPANY'S UNDERSTANDING.

11:13AM  13   Q.   OKAY.  IF YOU COULD TURN THE PAGE NOW TO PAGE 6.  PAGE 6

11:13AM  14   IS SCHEDULE B.  AND UNDER NUMBER 2, BEST PRICE GUARANTEE.

11:13AM  15        DO YOU SEE THAT?

11:13AM  16   A.   AGAIN, WHICH SECTION?

11:13AM  17   Q.   PAGE 6, SCHEDULE B, AND THEN THE SECOND SECTION, 2.

11:13AM  18   A.   YES.

11:13AM  19   Q.   BEST PRICE GUARANTEE?

11:13AM  20   A.   RIGHT.

11:13AM  21   Q.   ON THE BOTTOM, TOWARDS THE BOTTOM OF THIS PARAGRAPH IT

11:13AM  22   SAYS, FOR PURPOSES OF THIS AGREEMENT AVAILABLE CARTRIDGES

11:14AM  23   INCLUDE FIRST GENERATION CARTRIDGES OF THERANOS SYSTEMS

11:14AM  24   VERSIONS 1, 2, AND 3 AS DEFINED BELOW, AND NOW WE SEE A, B, AND

11:14AM  25   C, VERSION 1, OR V1, VERSION 2 AND VERSION 3.

11:14AM  1        DO YOU SEE THAT?

11:14AM  2   A.   YES.

11:14AM  3   Q.   AND WHAT WAS YOUR UNDERSTANDING ABOUT THE INFORMATION

11:14AM  4   CONVEYED IN THIS SECTION OF THE AGREEMENT?

11:14AM  5   A.   ESSENTIALLY MY UNDERSTANDING OF THIS SECTION WAS TO MAKE

11:14AM  6   SURE THAT BY WORKING WITH THERANOS WE WOULD HAVE SOME FORM OF

11:14AM  7   EXCLUSIVITY, AS WELL AS BEST -- MOST FAVORED NATION PRICING

11:14AM  8   AROUND THE TESTS THAT WERE CURRENTLY AVAILABLE ALSO AROUND THE

11:14AM  9   TESTS THAT WOULD HOPEFULLY BE DEVELOPED IN THE FUTURE.

11:14AM 10   Q.   AND WHY WAS THAT IMPORTANT TO WALGREENS?  WHY WAS FAVORED

11:14AM 11   PRICING IMPORTANT TO WALGREENS?

11:14AM 12   A.   WELL, I THINK IT WAS THE NOTION THAT IF WE WERE GOING TO

11:14AM 13   HAVE A DEEP PARTNERSHIP AND BE INVESTING TOGETHER IN RESOURCES

11:14AM 14   AND TIME AND MONEY, THAT THAT SHOULD GIVE THE COMPANY SOME

11:15AM 15   COMPETITIVE ADVANTAGE VERSUS SOMEONE ELSE WHO HADN'T DONE THAT

11:15AM 16   AND WHO MIGHT CHOOSE TO PARTNER WITH THEM.

11:15AM 17   Q.   UNDER A VERSION 1, OR V1, IT SAYS "ALL ROUTINE LABORATORY

11:15AM 18   TESTS SPECIFIED ON SCHEDULE D."

11:15AM 19        NOW, IF YOU'LL FOLLOW ME TO PAGE 23.

11:15AM 20        DO YOU SEE ON SCHEDULE D, PAGE 23, WHERE IT SAYS "ROUTINE

11:15AM 21   LABORATORY TESTS (VERSION 1); LIST ATTACHED TO END OF

11:15AM 22   AGREEMENT."

11:15AM 23        DO YOU SEE THAT?

11:15AM 24   A.   YES, I SEE THAT.

11:15AM 25   Q.   AND THEN IF WE GO TO PAGE 37, THE END OF THE AGREEMENT, DO

11:15AM 1    YOU SEE THE FIRST PAGE OF EIGHT PAGES OF THERANOS BASE ASSAY

11:16AM 2    LIBRARY?

11:16AM 3    A.   YES.

11:16AM 4    Q.   AND IF WE COULD ON THE SCREEN SCROLL THROUGH THE NEXT

11:16AM 5    EIGHT PAGES TO SHOW THE JURY THE ASSAY LIBRARY BEGINNING ON

11:16AM 6    PAGE 37.

11:16AM 7        MR. MIQUELON, WHAT WAS YOUR UNDERSTANDING OF WHAT THIS

11:16AM 8    WAS, THE BASE ASSAYS LIBRARY?

11:16AM 9    A.   THIS WAS MY UNDERSTANDING OF THE TESTS THAT THEY WOULD BE

11:16AM 10   ABLE TO DO, AS WELL AS SCALE.  AND BY "SCALE" I MEAN DOING ONES

11:16AM 11   ON A BETA MACHINE WOULD BE ONE THING, BUT TO BE ABLE TO DEVELOP

11:16AM 12   CONSISTENT MACHINES, MULTIPLE CARTRIDGES, I.T. INFRASTRUCTURE

11:16AM 13   SYSTEMS AROUND IT WERE PART OF THE PROPOSITION, THIS WOULD BE

11:16AM 14   KIND OF THE, KIND OF THE BASE LEVEL TESTING, IF YOU WILL, THAT

11:16AM 15   WOULD BE READY FOR A LAUNCH AT SOME POINT.

11:16AM 16   Q.   OKAY.  AND NOW IF WE COULD GO BACK JUST BRIEFLY TO

11:16AM 17   EXHIBIT 300.

11:17AM 18       AT THE BOTTOM NUMBER 2 UNDER YOUR LIST OF REASONS, NUMBER

11:17AM 19   2 IS THE REASONS WHY WE'RE SO ENCOURAGED ARE 96 PERCENT OF

11:17AM 20   TESTS DONE AT BIG LABS WILL BE ABLE TO BE DONE ON THESE

11:17AM 21   DEVICES.

11:17AM 22       DID YOU UNDERSTAND THAT THE THERANOS BASE ASSAYS LIBRARY

11:17AM 23   WAS 96 PERCENT OF THE LAB TESTS DONE AT BIG LABS?

11:17AM 24   A.   MY UNDERSTANDING WAS THAT, AGAIN, THE PLATFORM THAT WAS

11:17AM 25   BUILT FOR THAT BASE LEVEL TESTING WOULD BE ABLE TO DO

11:17AM  1   96 PERCENT OF THE TESTING DONE AT LABS THROUGH, AGAIN, THE

11:17AM  2   BLOOD, SALIVA OR THE URINE THROUGH THE IMMUNOASSAY TESTING.

11:17AM  3   Q.   AND DID YOU GET THIS UNDERSTANDING FROM YOUR CONVERSATIONS

11:17AM  4   WITH MS. HOLMES?

11:17AM  5   A.   IT WAS FROM MY CONVERSATION WITH BOTH SUNNY AND ELIZABETH.

11:17AM  6   Q.   AND ALSO FROM THE POWERPOINT SLIDE OR DOCUMENTS THAT THEY

11:17AM  7   SHOWED TO YOU, DID YOU GET THE UNDERSTANDING FROM DOCUMENTS

11:18AM  8   ALSO?

11:18AM  9   A.   THAT WAS MY UNDERSTANDING.

11:18AM  10   Q.   OKAY.  NOW, IF WE COULD GO TO -- BACK TO EXHIBIT 372,

11:18AM  11   PAGE 6.

11:18AM  12       WE TALKED ABOUT THE V1.  NOW I'D LIKE TO MOVE DOWN TO

11:18AM  13   VERSION 2.

11:18AM  14       DO YOU SEE THAT?

11:18AM  15   A.   YES.

11:18AM  16   Q.   NO, I'M SORRY.  ON 372, PAGE 6 AT THE TOP 2B UNDER BEST

11:18AM  17   PRICE GUARANTEE B?

11:18AM  18   A.   YES.

11:18AM  19   Q.   B READS, THE FOLLOWING LABORATORY TESTS INCLUDING, BUT NOT

11:18AM  20   LIMITED TO, INFLUENZA/STREP, PREGNANCY, FERTILITY,

11:18AM  21   PRENATAL/TRIMESTER, AND THEN IT CONTINUES, THAT THEY WILL

11:19AM  22   MEMORIALIZE THE CPT CODES THAT ARE INCLUDED IN VERSION TO AS

11:19AM  23   SUCH CODES BECOME AVAILABLE.

11:19AM  24       WHAT WAS YOUR UNDERSTANDING ABOUT VERSION 2?

11:19AM  25   A.   MY UNDERSTANDING ABOUT VERSION 2 IS THOSE WOULD BE PERHAPS

11:19AM  1    MORE COMPLEX TESTS AND LESS COMMONPLACE THAN THE V1 TESTS, THAT

11:19AM  2    THEY WERE WORKING ON THOSE TO SOME DEGREE TO BRING THEM INTO

11:19AM  3    THE FUTURE.

11:19AM  4    Q.   AND THEN HOW ABOUT VERSION 3?  VERSION 3 TALKS ABOUT

11:19AM  5    PREDICTIVE TESTS.  DID YOU HAVE AN UNDERSTANDING ABOUT THOSE

11:19AM  6    TESTS?

11:19AM  7    A.   AGAIN, AS I ALLUDED TO YESTERDAY, VERSION 3 WAS IN SOME

11:19AM  8    WAYS PREDICTIVE TESTS THAT WERE NEW TO THE WORLD, AND AGAIN,

11:19AM  9    THEY WERE WORKING ON SEVERAL OF THOSE WITHOUT ANY GUARANTEE OR

11:19AM  10   PROMISE THAT THOSE WOULD COME TO FRUITION.  BUT TO THE EXTENT

11:19AM  11   THAT THEY DID, WE WOULD HOPE THAT WE WOULD HAVE PRIORITY ON

11:19AM  12   THOSE AS WELL.

11:19AM  13   Q.   SO IN 2010 WHEN YOU WERE NEGOTIATING AND SIGNING THIS

11:19AM  14   AGREEMENT, DID YOU HAVE AN UNDERSTANDING THAT THERANOS HAD THE

11:19AM  15   ABILITY TO DO SOME TESTS, LIKE THE VERSION 1 TESTS, PRESENTLY,

11:20AM  16   AND THAT THERE WERE OTHER TESTS THAT THEY WERE WORKING ON AND

11:20AM  17   WOULD BECOME AVAILABLE IN THE FUTURE?

11:20AM  18   A.   THAT WAS MY UNDERSTANDING.

11:20AM  19        AND AGAIN, TO THE EXTENT THAT THEY BECAME AVAILABLE, OR

11:20AM  20   NOT, AGAIN, VERSION 3 IS IN SOME WAYS VERY FUTURISTIC STILL,

11:20AM  21   BUT IF THEY WERE TO BECOME AVAILABLE, WE WOULD BE FIRST IN THE

11:20AM  22   QUEUE TO BE ABLE TO VISUALIZE THOSE.

11:20AM  23   Q.   I SEE.  IF YOU WOULD NOW TURN TO PAGE 10 IN THIS EXHIBIT,

11:20AM  24   THERE'S A SECTION CALLED CRITICAL VALUES.

11:20AM  25        UNDER CRITICAL VALUES IT SAYS, IN THE EVENT A RESULT

11:20AM   1   REFLECTS ONE OR MORE VALUES AT SUCH VARIANCE WITH NORMAL AS TO

11:20AM   2   BE POTENTIALLY LIFE-THREATENING, OTHERWISE KNOWN AS A CRITICAL

11:20AM   3   VALUE, THERANOS WOULD BE SOLELY RESPONSIBLE FOR NOTIFYING THE

11:20AM   4   ORDERING PRACTITIONER, THE TECHNICIAN THAT PERFORMED THE TEST,

11:20AM   5   AND TO THE EXTENT REQUIRED BY STATE LAW, ANY OTHER INDIVIDUALS

11:21AM   6   OR ENTITIES OF THE CRITICAL VALUE AND USING COMMERCIALLY

11:21AM   7   REASONABLE EFFORTS TO VERIFY THAT THE ORDERING PRACTITIONER

11:21AM   8   RECEIVED NOTIFICATION OF THE CRITICAL VALUE.

11:21AM   9        DID YOU HAVE AN UNDERSTANDING REGARDING WHOSE OBLIGATION

11:21AM   10   IT WAS TO NOTIFY PHYSICIANS IF A BLOOD TEST RESULTED IN A

11:21AM   11   CRITICAL VALUE?

11:21AM   12   A.   YEAH, I'M NOT A HEALTH CARE PROFESSIONAL, BUT MY

11:21AM   13   UNDERSTANDING WAS THAT THE PATIENT WAS EFFECTIVELY THEIR

11:21AM   14   PATIENT AND SO IT WAS VERY IMPORTANT BECAUSE THEY WOULD HAVE

11:21AM   15   THEIR DATA, AND BECAUSE OF THE STARK LAWS THAT HAS TO BE

11:21AM   16   PROTECTED, THAT IT WOULD BE THEIR RESPONSIBILITY TO DO ANY OF

11:21AM   17   THE FOLLOW-UP WORK AROUND THE DATA OF THEIR PATIENT.

11:21AM   18   Q.   AND DID YOU EXPECT THERANOS TO FOLLOW THROUGH ON THIS?

11:21AM   19   A.   MY ASSUMPTION WOULD BE YES.

11:21AM   20   Q.   IF YOU'LL TURN NOW TO PAGE 24.

11:21AM   21        ON PAGE 24 THERE ARE SOME DEFINITIONS, AND THE ONE I WOULD

11:22AM   22   LIKE TO ASK YOU ABOUT IS NUMBER 10, DEVICE.

11:22AM   23        DEVICE READS, "DEVICE MEANS THERANOS'S READER CAPABLE OF

11:22AM   24   RUNNING CARTRIDGES, EXTRACTING DATA FROM A CARTRIDGE OR OTHER

11:22AM   25   ANALYTICAL DEVICE, TRANSMITTING DATA TO A DATABASE HOSTED BY

11:22AM  1    THERANOS, COMMUNICATING WITH AUTHORIZED PARTIES AND PROVIDING

11:22AM  2    ANALYTICAL INFORMATION."

11:22AM  3         DID YOU UNDERSTAND THAT THE DEVICE THAT THERANOS WOULD BE

11:22AM  4    USING TO TEST BLOOD WAS THE EDISON DEVICE?

11:22AM  5    A.   THAT WAS MY UNDERSTANDING.  I DON'T KNOW AT WHAT TIME IT

11:22AM  6    WAS COINED AS THE EDISON, BUT IT WAS ESSENTIALLY THE SAME

11:22AM  7    DEVICE.

11:22AM  8    Q.   YOU UNDERSTOOD IT WAS A DEVICE MANUFACTURED BY THERANOS?

11:22AM  9    A.   RIGHT.

11:22AM 10    Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING

11:22AM 11    PATIENT'S BLOOD ON MODIFIED THIRD PARTY OR OTHER MANUFACTURER'S

11:22AM 12    DEVICE?

11:22AM 13    A.   IT WASN'T MY UNDERSTANDING, NO.

11:22AM 14    Q.   DID YOU UNDERSTAND THAT THERANOS WOULD BE TESTING BLOOD ON

11:22AM 15    UNMODIFIED THIRD PARTY DEVICES, DEVICES MANUFACTURED BY OTHER

11:22AM 16    COMPANIES AND NOT MODIFIED BY THERANOS?

11:23AM 17    A.   AGAIN, MY UNDERSTANDING WAS TO THE EXTENT THAT THEY WERE

11:23AM 18    DOING THAT, THAT WAS PART OF THE CALIBRATION PROCESS TO BE ABLE

11:23AM 19    TO MAKE SURE THAT THERANOS WAS AS ACCURATE AS.

11:23AM 20    Q.   IS THE CONCEPT THAT YOU EXPLAINED TO ME YESTERDAY, THAT

11:23AM 21    THEY MAY HAVE USED, THERANOS MAY HAVE USED THIRD PARTY DEVICES,

11:23AM 22    BUT FOR THE PURPOSE OF CONFIRMING THE ACCURACY OF THEIR DEVICE;

11:23AM 23    IS THAT RIGHT?

11:23AM 24    A.   THAT WAS MY UNDERSTANDING, YES.

11:23AM 25    Q.   IF NOW YOU'LL TURN TO EXHIBIT 488.

| | | |
|---|---|---|
| 11:23AM | 1 | DO YOU RECOGNIZE EXHIBIT 488? |
| 11:23AM | 2 | A.   YES, I DO. |
| 11:23AM | 3 | Q.   IS THIS AN EMAIL WITHIN WALGREENS, INCLUDING YOU, THAT |
| 11:23AM | 4 | CONTAINS AS AN ATTACHMENT SOMETHING CALLED PROJECT BETA SLIDES? |
| 11:23AM | 5 | A.   YES, THAT'S CORRECT. |
| 11:23AM | 6 | Q.   AND WERE THOSE SLIDES DISCUSSING THE THERANOS PROJECT? |
| 11:23AM | 7 | A.   YES. |
| 11:24AM | 8 | MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 488. |
| 11:24AM | 9 | MR. DOWNEY:  NO OBJECTION, YOUR HONOR. |
| 11:24AM | 10 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:24AM | 11 | (GOVERNMENT'S EXHIBIT 488 WAS RECEIVED IN EVIDENCE.) |
| 11:24AM | 12 | MR. SCHENK:  THANK YOU. |
| 11:24AM | 13 | Q.   FIRST LET'S JUST TALK ABOUT THE RECIPIENTS ON THE EMAIL. |
| 11:24AM | 14 | DO YOU KNOW WHO THIS, GENERALLY SPEAKING, WHO THIS GROUP |
| 11:24AM | 15 | OF INDIVIDUALS, WHO THIS WAS? |
| 11:24AM | 16 | A.   YES. |
| 11:24AM | 17 | Q.   WHO? |
| 11:24AM | 18 | A.   THE GROUP THAT IT'S TO WOULD INCLUDE MANY OF THE SENIOR |
| 11:24AM | 19 | LEADERS OF THE COMPANY, AS WELL AS HEALTH CARE EXPERTS IN THE |
| 11:24AM | 20 | COMPANY, AS WELL AS OTHER LEADERS WHO HAVE BEEN IDENTIFIED TO |
| 11:24AM | 21 | BE ON THE PROJECT TEAM. |
| 11:24AM | 22 | Q.   OKAY.  AND WHEN YOU SAY "THE PROJECT TEAM"? |
| 11:24AM | 23 | A.   THE THERANOS PARTNERSHIP PROJECT TEAM. |
| 11:24AM | 24 | Q.   OKAY.  THE DATE ON THIS IS -- IT WAS SENT AT THE BEGINNING |
| 11:24AM | 25 | OF NOVEMBER, BUT FOR A MEETING IT LOOKS LIKE AT THE BEGINNING |

11:24AM 1    OF DECEMBER OF 2011.

11:24AM 2        DO YOU SEE THAT?

11:24AM 3    A.   YES.

11:24AM 4    Q.   AND THE LAST DOCUMENT THAT WE WERE LOOKING AT WAS THE

11:24AM 5    AGREEMENT THAT WAS SIGNED IN THE SUMMER OF 2010.

11:24AM 6    A.   YES.

11:24AM 7    Q.   NOW, WE'VE MOVED ABOUT A YEAR AND A HALF LATER TO THE END

11:25AM 8    OF 2011?

11:25AM 9    A.   YES.

11:25AM 10   Q.   I WONDER IF YOU'LL EXPLAIN TO THE JURY WHAT HAPPENED IN

11:25AM 11   THAT YEAR AND A HALF WITH REGARD TO THE THERANOS PROJECT?  WHAT

11:25AM 12   WORK WAS HAPPENING?

11:25AM 13   A.   THERE WAS A LOT MORE TO DO THAN JUST SPECIFIC TO THE

11:25AM 14   TECHNOLOGY.  SO THERE WAS A LOT OF WORK TO DO TO UNDERSTAND,

11:25AM 15   FOR EXAMPLE, THE BUSINESS MODEL.

11:25AM 16       BY BUSINESS MODEL, YOU KNOW, WHERE WOULD THE MACHINES

11:25AM 17   RESIDE IN A WALGREENS ESSENTIALLY?  WHO WOULD OWN THE PATIENT?

11:25AM 18   HOW WOULD MEDICAL BILLING WOULD WORK?  WHAT I.T. AND

11:25AM 19   INFORMATION WOULD BE REQUIRED?  WHAT APPROVALS MIGHT BE

11:25AM 20   REQUIRED?

11:25AM 21       SO JUST A LOT OF OTHER WORK THAT HAD TO BE DONE TO SUPPORT

11:25AM 22   THE TECHNOLOGY.

11:25AM 23   Q.   OKAY.  AND THAT WORK WAS HAPPENING AFTER SIGNING THAT

11:25AM 24   PURCHASE AGREEMENT UP THROUGH THIS TIME WHEN WE'RE LOOKING AT

11:25AM 25   THESE SLIDES?

11:25AM 1    A.    YEAH, THAT WORK HAD CONTINUED ON FOR PROBABLY YEARS AFTER

11:25AM 2    THIS AS WELL.

11:25AM 3    Q.    OKAY.  IF YOU'LL TURN NOW TO THE FIRST PAGE OF THE SLIDES,

11:25AM 4    IT'S PAGE 3.  IT'S CALLED PROJECT BETA.

11:26AM 5          WHAT DOES THAT MEAN?

11:26AM 6    A.    THE PROJECT HAD DIFFERENT CODE NAMES OVER TIME.  BETA WAS

11:26AM 7    ONE CODE NAME, AND I THINK AT SOME POINT IT WAS CALLED PROJECT

11:26AM 8    NORMANDY.  BUT IT WAS DIFFERENT NAMES FOR THE SAME PROJECT,

11:26AM 9    WHICH WAS THE THERANOS PARTNERSHIP.

11:26AM 10   Q.    WAS THAT AN INTERNAL WALGREENS NAME FOR THE PROJECT?

11:26AM 11   A.    CORRECT.  I DON'T KNOW -- I THINK MAYBE THE JOINT NAME WE

11:26AM 12   HAD WAS NORMANDY ULTIMATELY, BUT I'M NOT CERTAIN.

11:26AM 13   Q.    OKAY.  AND NOW IF YOU'LL TURN TO PAGE 8.

11:26AM 14         ON PAGE 8, NUMBER 6 IS WHAT I WANT TO ASK YOU ABOUT.

11:26AM 15         NUMBER 6 SAYS, "THERANOS NATIONAL ROLLOUT WITH WALGREENS

11:26AM 16   (PENDING PILOT OUTCOME)."

11:26AM 17         WHAT DOES THAT MEAN?

11:26AM 18   A.    THIS WAS THE HYPOTHESIS OR THE ILLUSTRATIVE VERSION OF IF

11:26AM 19   WE WERE TO DO A PILOT AND GET CERTAIN SUCCESS METRICS, THEN WE

11:27AM 20   WOULD EXPAND TO THE NEXT LEVEL, AND IF THAT WAS SUCCESSFUL,

11:27AM 21   THEN WE WOULD EXPAND TO THE NEXT LEVEL.

11:27AM 22         SO THIS WAS, AGAIN, KIND OF AN ILLUSTRATIVE TIMELINE OF

11:27AM 23   WHAT SUCCESS COULD LOOK LIKE AT THAT POINT.

11:27AM 24   Q.    WHEN YOU SAY HAVE A PILOT, WHAT DO YOU MEAN BY THAT?

11:27AM 25   A.    SOME LEVEL OF YOU, YOU KNOW, NUMBER OF STORES, YOU KNOW,

11:27AM   1   WHETHER ONE OR A FEW TO BE ABLE TO UNDERSTAND, YOU KNOW, WHAT

11:27AM   2   IS THE PATIENT EXPERIENCE LIKE?  IS IT GOING WELL?  IS MEDICAL

11:27AM   3   BILLING HAPPENING PROPERLY?  ARE HEALTH CARE PLANS ACCEPTING

11:27AM   4   IT?  ARE DOCTORS RECOMMENDING IT?  THOSE KINDS OF THINGS.

11:27AM   5   Q.   AND THEN WOULD WALGREENS EVALUATE THE SUCCESS, SORT OF THE

11:27AM   6   METRICS YOU'VE DESCRIBED, TO DETERMINE WHETHER TO MOVE TO THE

11:27AM   7   NEXT PHASE?

11:27AM   8   A.   YEAH, I WOULD SAY IT WOULD BE A JOINT EVALUATION.  YOU

11:27AM   9   KNOW, BOTH PARTIES WOULD WANT THE KEY METRICS THAT WERE

11:27AM   10   IMPORTANT TO BE SATISFIED.

11:27AM   11   Q.   WAS A NATIONAL ROLLOUT EVER GUARANTEED?

11:27AM   12   A.   NO, NEVER GUARANTEED.  ALWAYS PENDING SUCCESS.

11:27AM   13   Q.   WAS THERE A PILOT AT SOME POINT?

11:27AM   14   A.   THERE WAS A PILOT.

11:27AM   15   Q.   AND WAS THERE ONE OR MORE PEOPLE AT WALGREENS WHOSE JOB IT

11:28AM   16   WAS TO EVALUATE SUCCESS TO DETERMINE WHETHER SOME OF THE

11:28AM   17   METRICS HAD BEEN MET?

11:28AM   18   A.   MULTIPLE PEOPLE.

11:28AM   19   Q.   WAS THAT YOUR JOB OR SOMEBODY ELSE'S?

11:28AM   20   A.   IT WAS NOT MY JOB.  IT WAS THE PROJECT TEAM'S.

11:28AM   21   Q.   OKAY.  NOW WE CAN TURN TO PAGE 5 -- I'M SORRY,

11:28AM   22   EXHIBIT 503.

11:28AM   23       503 LOOKS LIKE AN EMAIL FROM DR. ROSAN TO YOU CONTAINING

11:28AM   24   SOME SLIDES.

11:28AM   25       DO YOU SEE THAT?

11:28AM  1      A.   YES.

11:28AM  2      Q.   AND ARE THE SLIDES, SLIDES THAT WERE PRESENTED TO

11:28AM  3      WALGREENS BY THERANOS?

11:28AM  4      A.   YES.

11:28AM  5           MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 503.

11:28AM  6           MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:28AM  7           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:28AM  8      (GOVERNMENT'S EXHIBIT 503 WAS RECEIVED IN EVIDENCE.)

11:28AM  9      BY MR. SCHENK:

11:28AM 10      Q.   THE DATE ON THIS ONE IS JANUARY 2012.  SO WE'VE NOW MOVED

11:28AM 11      INTO THE BEGINNING OF THE NEXT YEAR, 2012.

11:28AM 12           THE SUBJECT IS, HERE IS THE SLIDE SHOW THAT WAS PRESENTED

11:28AM 13      TO US BY SUNNY AND ELIZABETH.

11:29AM 14           MR. BALWANI AND MS. HOLMES; IS THAT CORRECT?

11:29AM 15      A.   CORRECT.

11:29AM 16      Q.   AND NOW IF WE CAN TURN TO SOME OF THE SLIDES.  THE

11:29AM 17      FIRST -- LET'S LOOK AT THE FIRST PAGE OF THE SLIDES.  IT'S

11:29AM 18      PAGE 2 OF THE EXHIBIT.

11:29AM 19           IT'S ENTITLED PROJECT NORMANDY BRIEFING.

11:29AM 20           WHAT IS PROJECT NORMANDY?

11:29AM 21      A.   PROJECT NORMANDY IS -- IT'S BASICALLY THE SAME AS PROJECT

11:29AM 22      BETA.  I THINK IT'S WHAT THE NAME MORPHED INTO.

11:29AM 23      Q.   OKAY.  THE RELATIONSHIP BETWEEN WALGREENS AND THERANOS --

11:29AM 24      A.   RIGHT.

11:29AM 25      Q.   -- WAS CALLED PROJECT NORMANDY?

11:29AM   1       A.   RIGHT.

11:29AM   2       Q.   IF WE CAN TURN TO PAGE 3.

11:29AM   3            PAGE 3 IS CALLED WALGREENS THERANOS PARTNERSHIP

11:29AM   4       OBJECTIVES.

11:29AM   5            DO YOU SEE THAT?

11:29AM   6       A.   YES.

11:29AM   7       Q.   AND ABOUT THREE UP FROM IT THE BOTTOM WE SEE, "NEW GROWTH

11:29AM   8       DRIVER FOR EMPLOYER BUSINESS.

11:29AM   9            "LOWEST COST, HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:29AM  10            WHEN MS. HOLMES AND MR. BALWANI WERE DESCRIBING THE

11:30AM  11       BUSINESS OPPORTUNITY FOR WALGREENS, DID THEY TALK ABOUT COST?

11:30AM  12       A.   WE DID.

11:30AM  13       Q.   AND WHAT DID YOU HEAR?

11:30AM  14       A.   WE TALKED ABOUT THE OPPORTUNITY AT SCALE, AGAIN, TO BE

11:30AM  15       ABLE TO BE BETTER, FASTER, AND CHEAPER THAN A CONVENTIONAL LAB

11:30AM  16       BECAUSE YOU WERE EFFECTIVELY CUTTING OUT A LOT OF WASTE IN

11:30AM  17       TERMS OF REAL ESTATE, SUPPLY CHAIN, HANDOFFS, EXPENSES,

11:30AM  18       CONVENTIONAL MACHINES.

11:30AM  19       Q.   AND IF THERANOS USED CONVENTIONAL MACHINES, FOR EXAMPLE,

11:30AM  20       WOULD YOU LOSE SOME OF THE COST BENEFIT THAT YOU JUST

11:30AM  21       DESCRIBED?

11:30AM  22       A.   YOU WOULD.

11:30AM  23       Q.   AND IF YOU NEEDED TO USE COURIERS, OR HANDOFF AS YOU JUST

11:30AM  24       DESCRIBED, WOULD YOU ALSO LOSE SOME OF THE COST BENEFIT?

11:30AM  25       A.   YOU WOULD LOSE SOME.

11:30AM  1      Q.   IT NEXT SAYS, "HIGHEST QUALITY TESTING FROM A

11:30AM  2      FINGERSTICK."

11:30AM  3           WHAT WAS YOUR UNDERSTANDING OF WHAT THAT REFERRED TO?

11:30AM  4      A.   MY UNDERSTANDING WAS THAT THE TEST RESULTS FOR THE TESTS

11:30AM  5      THAT THEY WERE DOING AND VALIDATING WERE AS GOOD AS, THEY WERE

11:31AM  6      HIGHLY CORRELATED TO A TRADITIONAL LAB.

11:31AM  7           THE QUALITY COMES IN AGAIN BECAUSE, LIKE I SAID BEFORE, A

11:31AM  8      FEW REASONS.  NUMBER ONE IS I WAS TOLD THAT YOU COULD CALIBRATE

11:31AM  9      EVERY MACHINE VERSUS ANOTHER MACHINE SO YOU DON'T HAVE THIS

11:31AM  10     ISSUE OF DIFFERENT CALIBRATIONS FOR DIFFERENT MACHINES FOR

11:31AM  11     DIFFERENT TESTS, AS WELL AS THE FACT THAT SOME TESTS ARE

11:31AM  12     ULTIMATELY REJECTED BY A CONVENTIONAL LAB AND THAT THEIR

11:31AM  13     REJECTION RATE WAS THUS FAR LOWER THAN THAT.

11:31AM  14           AND ALSO JUST IS THE FACT THAT IF YOU'RE ABLE TO, YOU

11:31AM  15     KNOW, GET A TEST DONE AND RESULTS BACK SOONER, THAT'S ALSO

11:31AM  16     BENEFICIAL FOR A PATIENT.

11:31AM  17     Q.   YOU DESCRIBED THE CALIBRATION BETWEEN MACHINES.

11:31AM  18           COULD YOU EXPLAIN THAT TO ME?

11:31AM  19     A.   AGAIN, MY UNDERSTANDING IS THAT THERE'S AN ACCEPTABLE

11:31AM  20     RANGE FOR ANY GIVEN MACHINE FOR WHAT THE TOLERANCE CAN BE, BUT

11:31AM  21     THAT TWO DIFFERENT MACHINES FROM TWO DIFFERENT MANUFACTURERS

11:31AM  22     FOR THE SAME TEST MIGHT HAVE SLIGHTLY DIFFERENT CALIBRATION

11:31AM  23     PARAMETERS.

11:31AM  24           SO IF YOU -- AGAIN, I USE THE EXAMPLE IF YOU GOT A PSA

11:32AM  25     TEST ONE DAY ON ONE MACHINE AND THE RESULTS CAME BACK ON

11:32AM   1    ANOTHER MACHINE, THEY MAY NOT BE EXACTLY APPLES AND APPLES, BUT

11:32AM   2    BECAUSE IF YOU STAYED WITHIN THE THERANOS SYSTEM ON THEIR

11:32AM   3    MACHINES, THAT THOSE MACHINES ESSENTIALLY WOULD BE CALIBRATED

11:32AM   4    VERSUS EACH OTHER AND THEN YOU WOULD BE RELYING UPON THAT DATA

11:32AM   5    AT A HIGHER LEVEL.

11:32AM   6    Q.   AND WHO DID YOU GET THAT UNDERSTANDING FROM?

11:32AM   7    A.   JUST I THINK THROUGH THE DISCUSSIONS WITH ELIZABETH AND

11:32AM   8    SUNNY.

11:32AM   9    Q.   AND IT ALSO SAYS THIS HIGHEST QUALITY TESTING FROM A

11:32AM   10   FINGERSTICK.

11:32AM   11        DID YOU HAVE AN UNDERSTANDING ABOUT HOW THE BLOOD WOULD BE

11:32AM   12   DRAWN?

11:32AM   13   A.   I DID.

11:32AM   14   Q.   AND WHAT WAS YOUR UNDERSTANDING?

11:32AM   15   A.   AGAIN, FROM WHAT I WITNESSED AND EXPERIENCED PERSONALLY IS

11:32AM   16   A FINGERSTICK WOULD GO, WOULD PROBABLY GO INTO WHAT WAS CALLED

11:32AM   17   A NANOTAINER OR A BCD, AND THAT BCD WOULD GO INTO THE THERANOS

11:32AM   18   MACHINE.

11:32AM   19   Q.   YOU SAID WHAT YOU EXPERIENCED PERSONALLY.  WHAT DO YOU

11:32AM   20   MEAN?

11:32AM   21   A.   MYSELF AND A FEW OTHER EXECUTIVES HAD OUR BLOOD TESTED.  I

11:32AM   22   THINK I HAD MY TESTED TWICE.

11:32AM   23   Q.   AND DO YOU RECALL WHERE YOU WERE WHEN THAT HAPPENED?

11:33AM   24   A.   I BELIEVE I WAS ONE TIME -- THE FIRST TIME WAS IN THE

11:33AM   25   PALO ALTO THERANOS OFFICE, AND THE SECOND TIME I THINK I WAS AT

11:33AM  1      THE PILOT IN PHOENIX.

11:33AM  2      Q.   WOULD THAT HAVE BEEN THE MEETING IN 2010 AROUND THE MARCH

11:33AM  3      TIMEFRAME WHEN YOU WENT OUT TO PALO ALTO, OR WAS THAT A

11:33AM  4      DIFFERENT TIME?

11:33AM  5      A.   I DON'T RECALL THE FIRST TIME EXACTLY THE DATE.

11:33AM  6      Q.   WAS THE BLOOD DRAWN FROM YOUR FINGER?

11:33AM  7      A.   YES.

11:33AM  8      Q.   AND WHAT DO YOU RECALL FROM THAT?

11:33AM  9      A.   JUST GETTING MY RESULTS LATER.  AGAIN, IT HAD TO GO, FOR

11:33AM 10      LEGAL REASONS, THROUGH A PHYSICIAN.  SO I THINK THE FIRST TIME

11:33AM 11      DR. ROSAN, WHO WAS A PHYSICIAN, GOT THE RESULTS AND THEN

11:33AM 12      PROVIDED THOSE TO ME.

11:33AM 13      Q.   AND WHEN YOU HAD THE DEMO, DID MS. HOLMES EXPLAIN ANYTHING

11:33AM 14      TO YOU ABOUT THE EXPERIENCE YOUR FINGERSTICK, OR YOUR BLOOD WAS

11:33AM 15      BEING TESTED VIA A FINGERSTICK, BUT IN THE FUTURE WALGREENS

11:33AM 16      PATIENTS MIGHT NOT HAVE THEIR BLOOD TESTED THROUGH A

11:34AM 17      FINGERSTICK?  DO YOU RECALL HER SAYING ANYTHING LIKE THAT?

11:34AM 18      A.   NOT AT THE TIME.

11:34AM 19      Q.   COULD WE NOW TURN TO PAGE 8.

11:34AM 20           PAGE 8, THE SLIDE IS ENTITLED PROJECT NORMANDY:  THE

11:34AM 21      WORLD'S FIRST FINGERSTICK BASED CLIA-CERTIFIED LAB THROUGH

11:34AM 22      RETAIL.

11:34AM 23           AND THE FIRST BULLET SAYS 99.9 PERCENT LESS BLOOD.

11:34AM 24           WHAT WAS YOUR UNDERSTANDING THAT THAT WAS A REFERENCE TO?

11:34AM 25      A.   THAT'S JUST A RELATIVE COMPARISON OF THE AMOUNT OF BLOOD

MIQUELON DIRECT BY MR. SCHENK (RES.)

11:34AM 1    IN A NANOTAINER VERSUS THE AMOUNT OF BLOOD TAKEN THROUGH

11:34AM 2    VENIPUNCTURE.

11:34AM 3    Q.   AND IF THERANOS WAS TESTING PATIENT'S BLOOD WITH A VEIN

11:34AM 4    DRAW, WOULD IT DRAW LESS BLOOD THEN OR ONLY IF IT USED

11:34AM 5    FINGERSTICK?

11:34AM 6    A.   MY UNDERSTANDING -- I NEVER SAW -- IF YOUR QUESTION IS I

11:34AM 7    NEVER SAW THE NANOTAINER DRAW BLOOD FROM A VEIN.  IT WAS ALWAYS

11:34AM 8    FROM A FINGER.

11:34AM 9    Q.   NO, I'M SORRY.

11:34AM 10       THE SLIDE SUGGESTS 99.9 PERCENT LESS BLOOD, AND I'M JUST

11:35AM 11   WONDERING IF THAT IS ONLY TRUE IF YOU RECEIVE A FINGERSTICK AS

11:35AM 12   OPPOSED TO A VEIN DRAW?

11:35AM 13   A.   YES, YES.

11:35AM 14   Q.   THE NEXT BULLET SAYS, "STATE OF THE ART RESULT TURN

11:35AM 15   AROUND:  4-24 HOURS."

11:35AM 16       WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:35AM 17   A.   AGAIN, THAT WAS THE RANGE THAT WE WERE LOOKING AT, AND HOW

11:35AM 18   LONG IT TAKES WAS TO SOME EXTENT WAS DEPENDENT UPON THE

11:35AM 19   BUSINESS MODEL WE RELIED UPON.

11:35AM 20       IF YOU WERE GOING TO HAVE AN EDISON DEVICE IN A WALGREENS,

11:35AM 21   THEORETICALLY YOU COULD GET A RESULT MUCH FASTER THAN IF YOU

11:35AM 22   WERE TAKING NANOTAINERS AND MOVING THEM TO A SITE WHERE YOU HAD

11:35AM 23   MACHINES AT CENTRALLY.

11:35AM 24   Q.   AND WAS FASTER TURN AROUND TIME ATTRACTIVE TO WALGREENS?

11:35AM 25   A.   I THINK IT'S ATTRACTIVE TO PATIENTS AGAIN, JUST BECAUSE IF

11:35AM  1    YOU THINK ABOUT GATEWAY TO HEALTH CARE, LAB IS A LARGE GATEWAY.

11:35AM  2    SO FOR SURE TO WALGREENS.

11:35AM  3        ALSO WE TALKED ABOUT THE POSSIBILITY IN RURAL AREAS IN

11:35AM  4    MARKETS THAT ARE LESS DEVELOPED AND WHERE PEOPLE DON'T HAVE

11:36AM  5    IMMEDIATE ACCESS AND IT CAN LEAD TO VERY PROBLEMATIC HEALTH

11:36AM  6    SITUATIONS.

11:36AM  7    Q.   AND THE THIRD BULLET SAYS "NATION'S LOWEST COST AND

11:36AM  8    HIGHEST QUALITY LABORATORY PROVIDER."

11:36AM  9        DID YOU HAVE AN UNDERSTANDING THAT THERANOS WAS

11:36AM  10   REPRESENTING ITSELF TO BE THE HIGHEST QUALITY LAB?

11:36AM  11   A.   I THINK OUR COMMON UNDERSTANDING WAS THAT IF THE

11:36AM  12   TECHNOLOGY WORKED AS WE WERE TOLD, THAT IT WOULD BE BETTER,

11:36AM  13   FASTER, CHEAPER, AND THAT WE WOULD BE ABLE TO PROVIDE THE BEST

11:36AM  14   AND LOWEST, YOU KNOW, COST NETWORK TOGETHER.

11:36AM  15   Q.   AND WHERE DID THAT GET THAT UNDERSTANDING FROM?

11:36AM  16   A.   I THINK BOTH FROM THE ATTESTATIONS THAT WERE MADE TO US

11:36AM  17   ABOUT THE TECHNOLOGY, AS WELL AS OUR JOINT WORK AS FAR AS

11:36AM  18   UNDERSTANDING THE MARKET SIZE, CURRENT COSTS, THE PAYOR

11:36AM  19   PREFERENCES AND THE LIKE.

11:36AM  20   Q.   THE NEXT PAGE, PAGE 9, THIS DESCRIBES THE PROCESS, THE

11:36AM  21   PROJECT NORMANDY PROCESS.

11:36AM  22       AND UNDER THE PSC COLUMN THERE'S A SECTION CALLED SAMPLE

11:37AM  23   COLLECTION.

11:37AM  24       DO YOU SEE THE SECOND BULLET UNDER SAMPLE COLLECTION?

11:37AM  25   A.   YES.

11:37AM 1    Q.   THE SECOND BULLET READS "TECHNICIAN PRICKS PATIENT'S

11:37AM 2    FINGER."

11:37AM 3         DOES THIS DESCRIPTION, A SAMPLE COLLECTION, DESCRIBE VEIN

11:37AM 4    DRAWS?

11:37AM 5    A.   NO.

11:37AM 6    Q.   UNDER THE SECOND COLUMN, CLIA LAB, IN THE SECOND BULLET IT

11:37AM 7    READS "SAMPLES ACCESSED AND QUEUED FOR ANALYSIS ON THERANOS

11:37AM 8    DEVICES USING THERANOS LDT'S IN THERANOS LAB."

11:37AM 9         DOES THIS COLUMN SUGGEST THAT THE SAMPLES ARE GOING TO BE

11:37AM 10   TESTED ON THIRD PARTY DEVICES?

11:37AM 11   A.   NO.

11:37AM 12   Q.   WOULD YOU TURN TO PAGE 11, PLEASE.

11:37AM 13        PAGE 11 IS ENTITLED FASTER SCALEABILITY AT WAG.

11:38AM 14        UNDER SCALEABILITY, THE FIRST BULLET SAYS, "SMALLER SPACE

11:38AM 15   REQUIREMENTS AT RETAIL."

11:38AM 16        WHAT DID YOU UNDERSTAND THAT TO MEAN?

11:38AM 17   A.   AGAIN, I THINK IT'S THE WHOLE NOTION THAT RATHER THAN

11:38AM 18   HAVE, YOU KNOW, INCREMENTAL ASSETS OF LAB TESTING AND

11:38AM 19   INDUSTRIAL COURTS AND BUILDINGS AND THEN ULTIMATELY EVEN GOING

11:38AM 20   TO CONVENTIONAL LAB WITH VERY LARGE FACILITIES AND MACHINES,

11:38AM 21   THAT IT DOESN'T TAKE A LOT OF INCREMENTAL SPACE TO DO THAT.

11:38AM 22        IN FACT, AT THE TIME WE HAD A LOT OF TAKE CARE CLINICS, SO

11:38AM 23   YOU COULD ARGUE THAT THE INFRASTRUCTURE IS ALREADY BUILT THERE

11:38AM 24   AND THERE'S REALLY NO INCREMENTAL INVESTMENT FROM THAT POINT OF

11:38AM 25   VIEW.

11:38AM  1    Q.   OKAY.  WAS IT ATTRACTIVE TO WALGREENS TO NEED LESS RETAIL

11:38AM  2    SPACE?

11:38AM  3    A.   WELL, I THINK WHAT WAS ATTRACTIVE WAS BEING ABLE TO

11:38AM  4    LEVERAGE THE CURRENT FOOTPRINT OF 8,000 STORES POTENTIALLY

11:38AM  5    WITHOUT ADDING EXTRA, YOU KNOW, RETAIL SPACE.

11:38AM  6    Q.   AND WAS THE ASSUMPTION THAT THE AMOUNT OF SPACE THE DEVICE

11:39AM  7    TOOK UP WAS A FACTOR IN THE AMOUNT OF RETAIL SPACE GENERALLY

11:39AM  8    THAT WAS NEEDED?

11:39AM  9    A.   I MEAN, AT THE END OF THE DAY IT DIDN'T TAKE UP ANY SPACE

11:39AM  10   REALLY.

11:39AM  11       IT'S ALSO THE OTHER NOTIONS IN HERE JUST ABOUT BEING ABLE

11:39AM  12   TO LEVERAGE YOUR CURRENT STAFF, YOUR PHARMACIES, YOUR NURSE

11:39AM  13   PRACTITIONERS, YOUR PHARMACY TECHS.

11:39AM  14   Q.   AND WHEN YOU SAID IT DIDN'T TAKE UP ANY SPACE, WHAT DID

11:39AM  15   YOU MEAN?

11:39AM  16   A.   EFFECTIVELY HOUSING, YOU KNOW, NANOTAINERS IS NOT -- IT

11:39AM  17   DOESN'T TAKE UP A LOT OF SPACE.

11:39AM  18   Q.   I SEE.  OKAY.

11:39AM  19       FURTHER DOWN IN THE SLIDE IT TALKS ABOUT STAGES 1, 2, AND

11:39AM  20   3.  THE THIRD ONE WAS A NATIONAL ROLLOUT.

11:39AM  21       DID YOU DISCUSS THE IDEA OF A NATIONAL ROLLOUT WITH

11:39AM  22   MS. HOLMES AND MR. BALWANI?

11:39AM  23   A.   YES.

11:39AM  24   Q.   AND DID YOU TELL THEM THAT A NATIONAL ROLLOUT WAS

11:39AM  25   GUARANTEED?

MIQUELON DIRECT BY MR. SCHENK (RES.)

11:39AM  1    A.   NO.

11:39AM  2    Q.   AND WHAT WAS NECESSARY BEFORE WALGREENS WOULD GO NATIONAL

11:39AM  3    WITH THERANOS?

11:39AM  4    A.   JUST TO BE SUCCESSFUL AT EVERY PHASE OF EXPANSION, SO

11:39AM  5    STARTING WITH, YOU KNOW, ONE OR A FEW STORES AND MOVING TO

11:40AM  6    MORE, OR A STATE AND MOVING TO MORE.

11:40AM  7         BUT BEING ABLE TO BE SUCCESSFUL IN TERMS OF EFFICACY,

11:40AM  8    SAFETY, BUSINESS MODEL, CLINICAL ACCEPTANCE, INSURANCE COMPANY

11:40AM  9    ACCEPTANCE.

11:40AM  10        I MEAN, THERE ARE A LOT OF DIFFERENT VARIABLES, BUT

11:40AM  11   EFFECTIVELY TESTING FOR EACH OF THOSE TO ENSURE SUCCESS AND, IF

11:40AM  12   NOT, TRYING TO MODIFY AND RECTIFY AND FIX THE BUSINESS MODEL IF

11:40AM  13   POSSIBLE.

11:40AM  14   Q.   OKAY.  WOULD YOU TURN TO PAGE 28?

11:40AM  15        THIS SLIDE IS ENTITLED THERANOS'S FINGERSTICK BASED

11:40AM  16   LABORATORY.

11:40AM  17        THE SECOND BULLET IS, "NO REGULATORY RISK."

11:40AM  18        DO YOU HAVE A RECOLLECTION, WHAT DOES THAT MEAN?

11:40AM  19   A.   THERE WAS, AGAIN, A LOT OF DISCUSSIONS ON WHAT REGULATORY

11:40AM  20   REQUIREMENTS WERE OR WERE NOT BOTH FROM A, YOU KNOW, A CMS

11:41AM  21   STANDPOINT AS WELL AS FDA.  TO SOME EXTENT THIS TECHNOLOGY WAS

11:41AM  22   NEW TO THE WORLD AND SO IT RAISED QUESTIONS THAT MAYBE HADN'T

11:41AM  23   BEEN RAISED BEFORE.

11:41AM  24        SO, FOR EXAMPLE, IF YOU NEED LAB CERTIFICATION, WHERE IS

11:41AM  25   THE LAB?  IF YOU HAD A THERANOS MACHINE IN A WALGREENS STORE,

11:41AM   1    DOES THAT MEAN THAT'S THE LAB?  OR IF THE DATA IS GOING TO

11:41AM   2    PALO ALTO, IS THAT THE LAB?

11:41AM   3         BUT AGAIN, THESE WERE DIFFERENT DISCUSSIONS THAT WERE

11:41AM   4    EVOLVING AND WE WERE TRYING TO REFINE OUR UNDERSTANDING TO

11:41AM   5    UNDERSTAND WHAT WAS REQUIRED AND WHAT WAS NOT.

11:41AM   6    Q.   OKAY.  AND WAS THERANOS SUGGESTING TO YOU THAT THERE WAS

11:41AM   7    NO OR THERE WAS LESS REGULATORY RISK CREATING THIS PARTNERSHIP

11:41AM   8    WITH THERANOS AND WALGREENS?

11:41AM   9    A.   I THINK IN FAIRNESS, THIS WAS A DISCUSSION THAT WENT ON AT

11:41AM   10   LEAST A YEAR OR MORE IN TERMS OF WHAT WAS THEIR UNDERSTANDING.

11:41AM   11   WE WERE SEEKING ADVICE, INCLUDING EXTERNALLY ON THE MATTER.

11:41AM   12        I'M PRETTY SURE THEY WERE SEEKING ADVICE, TOO, AND HAVING

11:41AM   13   SOME CONVERSATIONS.

11:41AM   14        BUT, AGAIN, BECAUSE OF THE NEW TO THE WORLD NATURE OF THIS

11:42AM   15   TECHNOLOGY, IT REQUIRED SOME WORK TO UNDERSTAND.

11:42AM   16   Q.   FROM A REGULATORY PERSPECTIVE?

11:42AM   17   A.   YES.

11:42AM   18   Q.   OKAY.  AT THE BOTTOM OF THE SLIDE WE CAN SEE "LOWEST COST,

11:42AM   19   HIGHEST QUALITY TESTING FROM A FINGERSTICK."

11:42AM   20        AGAIN, WAS THAT SORT OF CONSISTENT WITH YOUR UNDERSTANDING

11:42AM   21   OF WHAT THERANOS WAS OFFERING?

11:42AM   22   A.   YES, THAT WHAT WE BELIEVED IT WAS OFFERING, YES.

11:42AM   23   Q.   IF YOU'LL TURN TO THE NEXT PAGE, 29.

11:42AM   24        IT'S ENTITLED ONE DISRUPTION AT A TIME.  THERE ARE A FEW

11:42AM   25   BULLETS.  THE FIRST ONE IS THE FIRST LAUNCH IN 2012, AND THE

11:42AM 1    SECOND LAUNCH EARLY TO MID-2013, AND THE THIRD LAUNCH 2014 AND

11:42AM 2    AFTER.

11:42AM 3         THE THIRD LAUNCH SAYS "THERANOS MINILABS IN ALL WALGREENS

11:42AM 4    STORES (AS APPROPRIATE)."

11:42AM 5         DID YOU UNDERSTAND THAT THERE WERE STAGES THAT WERE

11:42AM 6    NECESSARY TO SUCCESSFULLY COMPLETE BEFORE THE THERANOS DEVICE

11:42AM 7    WOULD ENTER ALL STORES, ALL WALGREENS STORES?

11:42AM 8    A.   YES.  EVERY STAGE IS ALWAYS CONTINGENT UPON SUCCESS OF THE

11:43AM 9    PRIOR STAGE.

11:43AM 10   Q.   AND WAS THAT COMMUNICATED TO MS. HOLMES?

11:43AM 11   A.   I'M SURE THAT WAS CLEARLY UNDERSTOOD.

11:43AM 12   Q.   AND WHY DO YOU SAY THAT?

11:43AM 13   A.   WELL, FOR ONE BECAUSE WE WOULD DEFINE SUCCESS OBJECTIVES

11:43AM 14   AND TALK ABOUT WHAT HAD TO HAPPENED FOR THE NEXT PHASE.

11:43AM 15        I BELIEVE ALSO AS WE WENT ALONG CONTRACTUALLY, THERE WERE

11:43AM 16   PARAMETERS PUT ON THE CONTRACT BECAUSE WE WERE GOING TO A NEW

11:43AM 17   FRONTIER.

11:43AM 18        BUT, AGAIN, AT THE END OF THE DAY, THAT'S THE REASON THAT

11:43AM 19   YOU PILOT AND YOU EXPAND THE PILOT AND YOU HAVE EXPAND THE

11:43AM 20   PILOT PILOT IS BECAUSE YOU WANT TO BE ABLE TO ENSURE THAT

11:43AM 21   YOU'VE GOT IT RIGHT.

11:43AM 22   Q.   IF YOU'LL NOW TURN TO EXHIBIT 617.

11:43AM 23        YOUR HONOR, I BELIEVE WE'RE OFFERING THIS BASED ON A

11:43AM 24   STIPULATION OF THE PARTIES.

11:43AM 25             MR. DOWNEY:  WE HAVE NO OBJECTION, YOUR HONOR.

| | | |
|---|---|---|
| 11:43AM | 1 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 11:43AM | 2 | (GOVERNMENT'S EXHIBIT 617 WAS RECEIVED IN EVIDENCE.) |
| 11:44AM | 3 | BY MR. SCHENK: |
| 11:44AM | 4 | Q.  EXHIBIT 617 LOOKS TO BE AN AMENDED AND RESTATED THERANOS |
| 11:44AM | 5 | MASTER SERVICES AGREEMENT. |
| 11:44AM | 6 | DO YOU SEE THAT? |
| 11:44AM | 7 | A.  YES. |
| 11:44AM | 8 | Q.  AND THIS ONE IS DATED IN JUNE OF 2012.  YOU DESCRIBED |
| 11:44AM | 9 | ONGOING WORK AND NEGOTIATION BETWEEN WALGREENS AND THERANOS. |
| 11:44AM | 10 | WAS THAT STILL HAPPENING NOW, BRINGING US UP TO MID-2012? |
| 11:44AM | 11 | A.  YES. |
| 11:44AM | 12 | Q.  ON THE SECOND PAGE OF THIS DOCUMENT THERE'S A SIGNATURE. |
| 11:44AM | 13 | DO YOU SEE THAT? |
| 11:44AM | 14 | A.  YES. |
| 11:44AM | 15 | Q.  IS THAT SIGNATURE ABOVE MS. HOLMES'S NAME? |
| 11:44AM | 16 | A.  YES. |
| 11:44AM | 17 | Q.  AND ON THE THIRD PAGE THERE'S A SIGNATURE. |
| 11:44AM | 18 | IS THAT YOUR SIGNATURE? |
| 11:44AM | 19 | A.  YES. |
| 11:44AM | 20 | Q.  AND NOW LET'S TURN TO THE FOURTH PAGE, SCHEDULE A. |
| 11:45AM | 21 | ON PAGE 4 THERE'S A PARAGRAPH ENTITLED PHASED DISRUPTION. |
| 11:45AM | 22 | A.  OKAY. |
| 11:45AM | 23 | Q.  DO YOU SEE THAT PARAGRAPH? |
| 11:45AM | 24 | A.  YES. |
| 11:45AM | 25 | Q.  AND THERE'S A SENTENCE WITHIN IT THAT READS, "WITH THAT IN |

11:45AM   1   MIND, AT THE COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES'

11:45AM   2   INTENTION FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND

11:45AM   3   COLLECT BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES

11:45AM   4   OF URINE, SALIVA, FECES OR SWABS WITH LABORATORY TESTING TO BE

11:45AM   5   PERFORMED BY THERANOS IN A CLIA-CERTIFIED OFFSITE LABORATORY."

11:45AM   6        DO YOU SEE THAT?

11:45AM   7            THE COURT:  MR. SCHENK, JUST GIVE ME A MOMENT.

11:45AM   8        (PAUSE IN PROCEEDINGS.)

11:45AM   9            MR. SCHENK:  MS. KRATZMANN, CAN WE SHIFT TO THE

11:45AM  10   ELMO?

11:45AM  11            THE CLERK:  YES, COUNSEL.

11:46AM  12            MR. SCHENK:  THANK YOU.

11:46AM  13            THE COURT:  ALL RIGHT.  THANK YOU, MR. SCHENK.  YOU

11:46AM  14   MAY PROCEED.

11:46AM  15            MR. SCHENK:  THANK YOU.

11:46AM  16   Q.  SO I JUST READ TO YOU A SENTENCE IN THE MIDDLE OF

11:46AM  17   PARAGRAPH 3.

11:46AM  18        DO YOU SEE THAT SENTENCE?

11:46AM  19   A.  YES.

11:46AM  20   Q.  IS THAT ACCURATE?  WAS IT THE PARTIES' INTENTION AND WAS

11:46AM  21   IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO OFFER THIS

11:46AM  22   BLOOD TESTING SERVICES AND COLLECT BLOOD SAMPLES VIA

11:46AM  23   FINGERSTICK TECHNOLOGY?

11:46AM  24   A.  YES.

11:46AM  25   Q.   AND THIS IS AN AMENDED AGREEMENT.  THE FINGERSTICK ASPECT

11:46AM 1    DID NOT CHANGE FROM THE FIRST TO THE SECOND; IS THAT RIGHT?

11:46AM 2    A.   THAT'S CORRECT.

11:46AM 3    Q.   YOUR UNDERSTANDING WAS STILL THAT THERANOS WAS GOING TO

11:46AM 4    PERFORM BLOOD TESTING ON BLOOD DRAWN FROM THE FINGER?

11:46AM 5    A.   YES.

11:46AM 6    Q.   IF YOU COULD TURN IN YOUR BINDER TO PAGE 6.

11:47AM 7         DO YOU SEE AT THE BOTTOM OF PAGE 6 THERE'S A SECTION THAT

11:47AM 8    BEGINS INNOVATION FEE?

11:47AM 9    A.   YES.

11:47AM 10   Q.   AND THEN THE LANGUAGE ABOUT AN INNOVATION FEE CONTINUES ON

11:47AM 11   THE NEXT PAGE.

11:47AM 12        WHAT WAS THE INNOVATION FEE?

11:47AM 13   A.   THE INNOVATION FEE, TO MY UNDERSTANDING, WAS THAT WE WERE

11:47AM 14   AT THE POINT WHERE WE HAD EVOLVED A BUSINESS MODEL AND WE WERE

11:47AM 15   GETTING READY TO COMMERCIALIZE, AND SO THIS AGREEMENT

11:47AM 16   SUPERSEDED THE PRIOR AGREEMENT FROM THE STANDPOINT THAT IT

11:47AM 17   REFLECTED THE LATEST UNDERSTANDING.

11:47AM 18        THE INNOVATION FEE WAS DERIVED TO SECURE THE PARTNERSHIP

11:48AM 19   IN EXCLUSIVITY, THE PRICING, ET CETERA, AND PROVIDE FUNDS TO

11:48AM 20   THERANOS THAT WOULD HELP ENABLE THEM TO CREATE THE SCALE TO

11:48AM 21   BEGIN EXPANDING THE VALUE PROPOSITION.

11:48AM 22   Q.   MONEY WOULD BE PAID FROM WALGREENS TO THERANOS?

11:48AM 23   A.   THAT'S CORRECT.

11:48AM 24   Q.   AND IT HAS A SCHEDULE HERE, OR MILESTONES THAT SHOULD BE

11:48AM 25   MET BEFORE MONEY IS DISTRIBUTED.

11:48AM 1      DO YOU SEE THAT?

11:48AM 2      A.   YES.

11:48AM 3      Q.   DID WALGREENS END UP MAKING PAYMENTS TO THERANOS?

11:48AM 4      A.   MY UNDERSTANDING IS YES.

11:48AM 5      Q.   AND DO YOU RECALL THE AMOUNT OF MONEY THAT WALGREENS PAID

11:48AM 6      TO THERANOS?

11:48AM 7      A.   I BELIEVE THERE WAS $100 MILLION IN INNOVATION FEE, AND

11:48AM 8      MAYBE A $40 MILLION CONVERTIBLE NOTE.

11:48AM 9      Q.   AND WHAT IS A CONVERTIBLE NOTE?

11:48AM 10     A.   A WAY TO FUND THEM, BUT IT HAS THE -- EFFECTIVELY A LOAN

11:48AM 11     TO THE COMPANY THAT ALSO PROVIDED THE COMPANY WITH THE ABILITY

11:48AM 12     TO CONVERT THAT INTO EQUITY.

11:49AM 13     Q.   SO THE INNOVATION FEE AND THE CONVERTIBLE NOTE ARE

11:49AM 14     DIFFERENT IN THE EQUITY ASPECT?

11:49AM 15     A.   CORRECT.

11:49AM 16     Q.   AND THE INNOVATION FEE DIDN'T GIVE WALGREENS EQUITY, ANY

11:49AM 17     OWNERSHIP OF THERANOS; IS THAT RIGHT?

11:49AM 18     A.   THAT'S CORRECT.

11:49AM 19     Q.   BUT WALGREENS ALSO PURCHASED EQUITY IN THERANOS; IS THAT

11:49AM 20     RIGHT?

11:49AM 21     A.   CORRECT.

11:49AM 22     Q.   WAS WALGREENS THEREFORE AN INVESTOR IN THERANOS IN

11:49AM 23     ADDITION TO BEING A BUSINESS PARTNER?

11:49AM 24     A.   THAT WOULD BE CORRECT.

11:49AM 25     Q.   IF YOU COULD TURN NOW TO PAGE 9.

11:49AM  1          ON PAGE 9 THERE'S ANOTHER SECTION ABOUT CRITICAL VALUES.

11:49AM  2          DO YOU SEE THAT?

11:49AM  3     A.   YES.

11:49AM  4     Q.   AND DID YOU CONTINUE TO UNDERSTAND THAT IF THERANOS TESTED

11:49AM  5     A PATIENT'S BLOOD AND THE VALUE, THE RESULT WAS DETERMINED TO

11:50AM  6     BE CRITICAL, THERE WAS AN OBLIGATION PLACED ON ONE OF THE

11:50AM  7     PARTIES TO ALERT THE RELEVANT PHYSICIAN OR SOMEONE ELSE?

11:50AM  8     A.   THAT WAS MY UNDERSTANDING, AGAIN, BECAUSE IT WAS THEIR

11:50AM  9     PATIENT, THEY HAD THE DATA, THEY HAD THE LAB EXPERTISE, SO THAT

11:50AM  10    WOULD BE THEIR RESPONSIBILITY.

11:50AM  11    Q.   OKAY.  IF YOU COULD NOW TURN TO PAGE 23.

11:50AM  12         ON PAGE 23 WE AGAIN SEE THE TERM "DEVICE" DEFINED.

11:50AM  13         DO YOU SEE THAT?

11:50AM  14    A.   YES.

11:50AM  15    Q.   DID YOU CONTINUE TO UNDERSTAND THAT THE DEVICE THAT

11:50AM  16    THERANOS WOULD USE TO TEST PATIENT'S BLOOD WAS THE THERANOS

11:50AM  17    ANALYZER?

11:50AM  18    A.   YES.

11:50AM  19    Q.   AND DID YOU UNDERSTAND THAT THERANOS WOULD BE MODIFYING

11:51AM  20    THIRD PARTY DEVICES TO TEST PATIENT'S BLOOD BY THIS TIME?  DID

11:51AM  21    YOU HAVE THAT UNDERSTANDING?

11:51AM  22    A.   NO.

11:51AM  23    Q.   HOW ABOUT USING UNMODIFIED THIRD PARTY DEVICES TO TEST

11:51AM  24    PATIENT'S BLOOD?  LEAVING ASIDE THE POINT YOU MADE TO ME ABOUT

11:51AM  25    USING THIRD PARTY DEVICES TO CONFIRM ACCURACY OF THERANOS'S

11:51AM  1    DEVICES, HOW ABOUT PURE USE OF A THIRD PARTY DEVICES TO TEST

11:51AM  2    PATIENT'S BLOOD?

11:51AM  3    A.   I WOULD SAY IF THAT WOULD BE DONE, THAT WOULD BE A VERY

11:51AM  4    SMALL PART OF THE VALUE PROPOSITION.  THERE MIGHT BE ESOTERIC

11:51AM  5    TESTS OR SOMETHING THAT WOULD REQUIRE THAT.  THAT WOULDN'T

11:51AM  6    BE -- YOU KNOW, THAT WOULDN'T SURPRISE ME.

11:51AM  7         BUT, AGAIN, THE VAST MAJORITY OF TESTS WE UNDERSTOOD WOULD

11:51AM  8    BE DONE ON A THERANOS MACHINE.

11:51AM  9    Q.   IF YOU'LL TURN TO PAGE 26.

11:52AM 10         AT THE BOTTOM OF PAGE 26 THERE'S SOME CRITERIA FOR A

11:52AM 11    NATIONAL ROLLOUT.  AND I'M WONDERING IF IN THIS AGREEMENT THE

11:52AM 12    NATIONAL ROLLOUT WAS PROMISED OR GUARANTEED, OR IF INSTEAD

11:52AM 13    CERTAIN CRITERIA HAD TO BE MET BEFORE WALGREENS WOULD GO

11:52AM 14    NATIONAL WITH THE THERANOS TECHNOLOGY?

11:52AM 15    A.   I THINK IT WAS ALWAYS UNDERSTOOD THAT EACH LEVEL OF

11:52AM 16    EXPANSION WOULD HAVE TO BE SUCCESSFUL TO MOVE TO THE NEXT

11:52AM 17    LEVEL.

11:52AM 18    Q.   OKAY.  YOU SAID YOU THINK IT WAS ALWAYS UNDERSTOOD.  WHERE

11:52AM 19    DID YOU GET THAT UNDERSTANDING FROM?

11:52AM 20    A.   I THINK THROUGH ALL OF OUR DIALOGUE AND OUR TEAM DIALOGUE

11:52AM 21    AND OUR PROJECT MANAGER DIALOGUE AND THE MULTI PEOPLE THAT

11:52AM 22    SUPPORTED THAT.

11:52AM 23         SO, AGAIN, UNDERSTANDING A LOT OF THINGS ABOUT THE

11:52AM 24    TESTING, NOT JUST THE TESTING ACCURACY, BUT ALSO THE PATIENT

11:52AM 25    EXPERIENCE, THE ACCEPTANCE OF PAYORS, THE ACCEPTANCE OF

11:52AM  1    CLINICIANS.

11:52AM  2    Q.   DID YOU EVER TELL MS. HOLMES OR MR. BALWANI THAT A

11:52AM  3    NATIONAL ROLLOUT WAS GUARANTEED?

11:53AM  4    A.   NO.

11:53AM  5    Q.   DID YOU EVER HEAR ANYONE ELSE FROM WALGREENS TELL

11:53AM  6    MS. HOLMES OR MR. BALWANI THAT A NATIONAL ROLLOUT WITH

11:53AM  7    WALGREENS WAS GUARANTEED?

11:53AM  8    A.   NO.

11:53AM  9    Q.   WOULD YOU NOW TURN TO PAGE 29.

11:53AM  10       PAGE 29 IS ENTITLED CONVERTIBLE PROMISSORY NOTE.  IS THIS

11:53AM  11   THE PURCHASE OF EQUITY THAT YOU REFERRED TO A MOMENT AGO?

11:53AM  12   A.   IT'S MY RECOLLECTION, YES.

11:53AM  13   Q.   HOW MUCH DID WALGREENS SPEND TO PURCHASE THIS NOTE?

11:53AM  14   A.   HOW MUCH MONEY?

11:53AM  15   Q.   YES.

11:53AM  16   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM  17   Q.   I'M SORRY?

11:53AM  18   A.   I BELIEVE IT WAS A $40 MILLION NOTE.

11:53AM  19   Q.   THANK YOU.

11:53AM  20       WOULD YOU NOW TURN TO EXHIBIT 971?

11:54AM  21       DO YOU SEE THAT EXHIBIT?

11:54AM  22   A.   YES.

11:54AM  23   Q.   WHAT IS THIS DOCUMENT?

11:54AM  24   A.   THIS IS JUST AN EMAIL CHAIN FROM ELIZABETH TO ME AND A

11:54AM  25   NOTE FROM MYSELF TO MS. DEBBIE GARZA.

11:54AM 1     Q.   THANK YOU.

11:54AM 2          THE GOVERNMENT OFFERS 971, YOUR HONOR.

11:54AM 3          MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

11:54AM 4          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:54AM 5          (GOVERNMENT'S EXHIBIT 971 WAS RECEIVED IN EVIDENCE.)

11:54AM 6     BY MR. SCHENK:

11:54AM 7     Q.   IF WE CAN START WITH AN EMAIL ON THE BOTTOM, MS. HOLMES'S

11:54AM 8     EMAIL TO MR. MIQUELON IN AUGUST OF 2013.

11:54AM 9          SO MORE TIME NOW HAS PASSED.  THE AMENDED AGREEMENT WAS

11:54AM 10    JUNE OF 2012.  WE'VE NOW MOVED ABOUT A YEAR LATER, AUGUST 2013.

11:55AM 11    MS. HOLMES IS WRITING YOU THIS EMAIL, AND THE SUBJECT IS FINAL

11:55AM 12    ROLLOUT PLAN.

11:55AM 13         DO YOU SEE THAT?

11:55AM 14    A.   YES.

11:55AM 15    Q.   AND IN THE EMAIL SHE WRITES, "WE HAVE CEMENTED WHAT WE

11:55AM 16    BELIEVE TO BE THE MOST EFFECTIVE ROLLOUT STRATEGY FOR REALIZING

11:55AM 17    BROAD NATIONAL SCALE AS FAR AS POSSIBLE."

11:55AM 18         IN THE NEXT PARAGRAPH SHE TALKS ABOUT MAXIMIZING SPEED OF

11:55AM 19    DEPLOYMENT.  "THIS DEPLOYMENT PLAN ACHIEVES NATIONAL

11:55AM 20    DISTRIBUTION OF THERANOS SERVICES AT WALGREENS BY THE END OF

11:55AM 21    2014."

11:55AM 22         DO YOU SEE THAT?

11:55AM 23    A.   YES.

11:55AM 24    Q.   AND IF WE TURN THE PAGE, THERE'S A NUMBERED LIST THAT

11:55AM 25    MS. HOLMES WRITES, THE WORK THAT NEEDS TO BE DONE IN ORDER TO

11:55AM  1    ACHIEVE THAT GOAL.

11:55AM  2         DO YOU SEE THAT LIST?

11:55AM  3    A.   YES.

11:55AM  4    Q.   IN THE LIST THE FIRST PARAGRAPH DISCUSSES TRAINING.  WHO

11:55AM  5    NEEDS TO BE TRAINED?

11:55AM  6    A.   THIS WAS SPEAKING TO THE ABILITY FOR WALGREENS TO MAKE

11:56AM  7    SURE OUR STAFF WAS PROPERLY TRAINED WITH RESPECT TO PATIENTS.

11:56AM  8    Q.   OKAY.  SO TO ACHIEVE THIS NATIONAL ROLLOUT, THE FIRST

11:56AM  9    OBLIGATION, THE FIRST NEED WAS WALGREENS, WALGREENS NEEDED TO

11:56AM 10    TRAIN?

11:56AM 11    A.   RIGHT.

11:56AM 12    Q.   THE SECOND IS TALKING ABOUT SPACE.  WHAT SPACE IS BEING

11:56AM 13    DISCUSSED?

11:56AM 14    A.   WE JUST HAD LOTS OF DISCUSSIONS ABOUT, TO PROVIDE A GREAT

11:56AM 15    PATIENT EXPERIENCE, WHAT WOULD NEED TO BE TRUE IN A WALGREENS

11:56AM 16    STORE?  HOW MUCH PRIVACY WOULD YOU WANT?  WHAT WOULD THE

11:56AM 17    ENVIRONMENT BE LIKE?

11:56AM 18         AND SO THERE WAS A LOT OF DISCUSSION ON HOW WE MIGHT TIER

11:56AM 19    THOSE BASED UPON PATIENT VOLUME.

11:56AM 20    Q.   AND WAS THAT WORK THAT ALSO WALGREENS NEEDED TO DO, THE

11:56AM 21    PHYSICAL SPACE INSIDE OF A WALGREENS STORE?

11:56AM 22    A.   YES.

11:56AM 23    Q.   AND THE THIRD PARAGRAPH TALKS ABOUT PREPURCHASE PAYMENTS

11:56AM 24    FROM WALGREENS SOONER THAN ANTICIPATED.

11:56AM 25         DO YOU SEE THAT?  THAT'S IN THE THIRD LINE?

11:56AM   1    A.   YES.

11:56AM   2    Q.   AND WHAT IS THAT A REFERENCE TO?

11:57AM   3    A.   I BELIEVE THAT'S A REFERENCE TO THE $100 MILLION AND

11:57AM   4    ACCELERATING THAT.

11:57AM   5    Q.   THE INNOVATION FEE?

11:57AM   6    A.   THE INNOVATION FEE.

11:57AM   7    Q.   AND MS. HOLMES WAS SUGGESTING THAT THERANOS NEEDED THAT

11:57AM   8    MONEY SOONER?

11:57AM   9    A.   CORRECT.

11:57AM   10   Q.   AND SO WALGREENS NEEDED TO PAY THE INNOVATION FEE SOONER

11:57AM   11   THAN THE SCHEDULE IN THE AGREEMENT?

11:57AM   12   A.   THAT WAS THE REQUEST.

11:57AM   13   Q.   AND THE FOURTH WAS THE OPERATIONAL STRUCTURE.  WHAT WAS

11:57AM   14   YOUR UNDERSTANDING ABOUT THAT WORK?

11:57AM   15   A.   AGAIN, I DON'T KNOW IF I HAVE A DEEP UNDERSTANDING, BUT I

11:57AM   16   THINK WHAT IT'S REFERRING TO IS, AGAIN, TO MAKE SURE THAT WE

11:57AM   17   HAVE THE PROPER TAKING OF THE SAMPLE, STORAGE OF THE SAMPLE,

11:57AM   18   PROTECTING THE SAMPLE, SHIPPING OF THE SAMPLE TO MAKE SURE THAT

11:57AM   19   THE ENTIRE SUPPLY CHAIN IN THIS BUSINESS MODEL WOULD NOT BE

11:57AM   20   COMPROMISED.

11:57AM   21   Q.   AND THEN FINALLY THE FIFTH AREA THAT NEEDS WORK IS

11:57AM   22   MARKETING.

11:57AM   23        DO YOU SEE THAT?

11:57AM   24   A.   YES.

11:57AM   25   Q.   AND IN THIS LIST THAT MS. HOLMES WROTE IN AUGUST OF 2013

11:58AM  1    OF THE THINGS THAT NEEDED TO BE DONE IN ORDER TO SPEED TOWARDS

11:58AM  2    A NATIONAL ROLLOUT, DID SHE DISCUSS WORK ON THERANOS'S

11:58AM  3    TECHNOLOGY?

11:58AM  4    A.   NO.

11:58AM  5    Q.   DID SHE TALK ABOUT THE FINGERSTICK CAPABILITY OF

11:58AM  6    THERANOS'S TECHNOLOGY?

11:58AM  7    A.   NO.

11:58AM  8    Q.   DID SHE TALK ABOUT THE NEED TO VALIDATE ASSAYS?

11:58AM  9    A.   NO.

11:58AM  10   Q.   DID -- OF THESE FIVE, ARE ANY OF THEM WORK THAT THERANOS

11:58AM  11   ITSELF NEEDS TO DO?

11:58AM  12   A.   NO.

11:58AM  13   Q.   AND THEN IF WE GO BACK TO THE FIRST PAGE AT THE TOP, YOU

11:58AM  14   FORWARDED THIS EMAIL TO SOMEONE NAMED DEBBIE GARZA.

11:58AM  15        DO YOU SEE THAT?

11:58AM  16   A.   YES.

11:58AM  17   Q.   AND WHO IS GARZA?

11:58AM  18   A.   SHE WAS OUR HEAD OF GOVERNMENT RELATIONS.

11:58AM  19   Q.   AND YOU WROTE IN THE SECOND SENTENCE, "I'M NOT WORRIED

11:58AM  20   ABOUT THEM OR LABS... I'M WORRIED ABOUT US."

11:59AM  21        WHAT DID YOU MEAN BY THAT?

11:59AM  22   A.   MY UNDERSTANDING AT THE TIME WAS THAT THE TECHNOLOGY WAS

11:59AM  23   WORKING PERFECTLY AND IT WAS ALL ABOUT RAMPING UP FOR SCALE,

11:59AM  24   AND SO IT WAS, I THINK, A POINT OF FRUSTRATION THAT MAYBE WE

11:59AM  25   WEREN'T DOING OUR PART BECAUSE OF THE ITEMS THAT SHE HAD

11:59AM  1    LISTED, THAT MAYBE WE WEREN'T TRAINING PEOPLE FAST ENOUGH

11:59AM  2    PROPERLY, MAYBE WE WEREN'T GETTING OUR EXPERIENCE RIGHT FAST

11:59AM  3    ENOUGH.

11:59AM  4    Q.   THANK YOU.

11:59AM  5         WOULD YOU NOW TURN TO EXHIBIT 1254.

11:59AM  6         WHAT IS THIS DOCUMENT?

11:59AM  7    A.   I BELIEVE THIS IS AN EMAIL THAT FORWARDS AN ARTICLE ON

11:59AM  8    THERANOS.

11:59AM  9    Q.   FIRST AN EMAIL FROM MR. BALWANI TO FOLKS AT WALGREENS AND

11:59AM  10   THEN FROM MR. -- DR. ROSAN AT WALGREENS TO YOU; IS THAT RIGHT?

11:59AM  11   A.   THAT'S CORRECT.  THAT'S RIGHT.

12:00PM  12            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1254.

12:00PM  13            MR. DOWNEY:  YOUR HONOR, I DON'T OBJECT TO THE

12:00PM  14   EMAIL, BUT THE ARTICLE CONTAINS A GOOD AMOUNT OF HEARSAY, THE

12:00PM  15   ATTACHMENT.

12:00PM  16            MR. SCHENK:  YOUR HONOR, I'M CERTAINLY NOT OFFERING

12:00PM  17   THE ARTICLE FOR ITS TRUTH.

12:00PM  18            THE COURT:  IT'S BEING OFFERED FOR WHAT PURPOSE?

12:00PM  19            MR. SCHENK:  I'M SORRY?

12:00PM  20            THE COURT:  WHAT PURPOSE?

12:00PM  21            MR. SCHENK:  TO SHOW THE STATE OF MIND OF THE

12:00PM  22   INDIVIDUAL WHO SENT IT.  I THINK IT'S ALSO 801(D)(2)(E).

12:00PM  23            THE COURT:  ALL RIGHT.  I'LL ADMIT THIS.

12:00PM  24        LADIES AND GENTLEMEN, THE ARTICLE THAT YOU'LL SEE IN JUST

12:00PM  25   A MOMENT IS NOT BEING OFFERED FOR THE TRUTH OF THE MATTER

12:00PM 1    ASSERTED IN THE ARTICLE.  IT'S ONLY FOR THE STATE OF MIND OF

12:00PM 2    THE SENDERS, SO IT WILL BE RECEIVED FOR THAT PURPOSE ONLY.

12:00PM 3            MR. SCHENK:  THANK YOU, YOUR HONOR.

12:00PM 4        (GOVERNMENT'S EXHIBIT 1254 WAS RECEIVED IN EVIDENCE.)

12:00PM 5            THE COURT:  IT MAY BE PUBLISHED.

12:00PM 6    BY MR. SCHENK:

12:00PM 7    Q.   MR. MIQUELON, LET'S START FIRST WITH THE EMAIL AT THE

12:00PM 8    BOTTOM.

12:00PM 9        MR. BALWANI SENT AN EMAIL TO DR. ROSAN, SOMEONE NAMED

12:01PM 10   BRAD WASSON.  WHO WAS THAT?

12:01PM 11   A.   THAT WAS THE BROTHER OF THE CEO GREG WASSON, AND HE WAS A

12:01PM 12   HEALTH CARE PHARMACY LEADER WHO WAS ON THE MULTI FUNCTIONAL

12:01PM 13   TEAM AT THAT TIME.

12:01PM 14   Q.   AND ON THE CC LINE, MR. ASHWORTH, WHO WAS THAT?

12:01PM 15   A.   HE WAS ANOTHER HEALTH CARE EXECUTIVE AT WALGREENS AND HE

12:01PM 16   WAS ALSO INVOLVED IN THE PROJECT IN TERMS OF I BELIEVE HELPING

12:01PM 17   TO MAKE SURE THAT WE WERE OPERATIONALIZING IT TO THE BEST

12:01PM 18   STANDARD POSSIBLE.

12:01PM 19   Q.   AND THE ARTICLE WAS SENT ON NOVEMBER 18TH, 2013.

12:01PM 20       DO YOU REMEMBER WHAT WAS HAPPENING SORT OF ROUGHLY AROUND

12:01PM 21   THAT TIME?

12:01PM 22   A.   I BELIEVE THAT WAS SHORTLY AFTER, I DON'T REMEMBER THE

12:01PM 23   EXACT DATE, THAT WE HAD LAUNCHED THE PILOTS IN PHOENIX.

12:01PM 24   Q.   LAUNCHED THE PILOTS WITH THERANOS?

12:01PM 25   A.   CORRECT.

12:01PM   1    Q.   AND THEN JUST ABOVE THIS EMAIL, DR. ROSAN FORWARDED THIS

12:02PM   2    TO YOU; IS THAT RIGHT?

12:02PM   3    A.   CORRECT.

12:02PM   4    Q.   AND IF YOU'LL NOW TURN TO PAGE 2, I WANT TO ASK YOU SOME

12:02PM   5    QUESTIONS ABOUT THE ARTICLE.

12:02PM   6         AND WHAT I'M WONDERING IS IF THE SENTENCES OR STATEMENTS

12:02PM   7    I'M GOING TO BE READING TO YOU, IF THEY'RE CONSISTENT WITH YOUR

12:02PM   8    UNDERSTANDING OF THE THERANOS TECHNOLOGY AT THE TIME, NOVEMBER

12:02PM   9    OF 2013.

12:02PM  10    A.   OKAY.

12:02PM  11    Q.   SO THE ARTICLE BEGINS, "A NUMBER OF STARTUPS ARE SELLING

12:02PM  12    PORTABLE DIAGNOSTIC LABORATORIES THAT REQUIRE JUST A DROP OF

12:02PM  13    THE PATIENT'S BLOOD, MADE POSSIBLE BY ADVANCES IN THE FIELD OF

12:02PM  14    MICROFLUIDICS.  BUT PERHAPS LAB TESTS CAN BE MADE FASTER,

12:02PM  15    EASIER, AND MORE ACCURATE WITH A TURN-OF-THE-LAST CENTURY

12:02PM  16    TECHNOLOGY AUTOMATION."

12:02PM  17         DID YOU HAVE AN UNDERSTANDING THAT THAT WAS THE

12:02PM  18    DESCRIPTION OF THE THERANOS TECHNOLOGY?

12:02PM  19    A.   YES.

12:02PM  20    Q.   AND THE ARTICLE IS PLACED INTO AN EMAIL BY MR. BALWANI; IS

12:02PM  21    THAT RIGHT?

12:02PM  22    A.   YES.

12:02PM  23    Q.   AND ABOVE THE ARTICLE -- OR BELOW THE ARTICLE, DOES

12:02PM  24    MR. BALWANI PUT ANY CAVEATS?  DOES MR. BALWANI SAY, LOOK WHAT

12:03PM  25    THEY'RE WRITING, THE PRESS DOESN'T UNDERSTAND OUR TECHNOLOGY,

12:03PM   1    OR WE NEED TO CORRECT THIS?  OR ARE THERE ANY CAVEATS?

12:03PM   2    A.   NOT THAT I SEE.

12:03PM   3    Q.   THE NEXT PARAGRAPH READS, "THAT'S THE BET THE

12:03PM   4    SILICON VALLEY COMPANY THERANOS IS MAKING AND THE COMPANY

12:03PM   5    RECENTLY SEALED A DEAL WITH WALGREENS'S PHARMACY TO DELIVER

12:03PM   6    ON-SITE LABORATORY SERVICES TO MANY OF ITS STORES."

12:03PM   7         IS THAT CONSISTENT WITH YOUR UNDERSTANDING?

12:03PM   8    A.   THAT'S CONSISTENT.

12:03PM   9    Q.   IN THE NEXT PARAGRAPH IT TALKS ABOUT HENRY FORD AND IT

12:03PM   10   SAYS, "THERANOS'S SELLING POINT IS MUCH SMALLER THAN A MODEL T,

12:03PM   11   A CAPSULE-SIZED LAB VIAL, AND JUST ONE NEEDS TO BE FILLED FOR

12:03PM   12   THE COMPANY TO RUN NEARLY ANY STANDARD LAB TEST."

12:03PM   13        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:03PM   14   THERANOS TECHNOLOGY CAPABILITIES?

12:03PM   15   A.   YES.

12:03PM   16   Q.   FURTHER DOWN IT SAYS, "HERE HOW IT WORKS:  BLOOD IS DRAWN

12:03PM   17   WITH A FINGERSTICK RATHER THAN A NEEDLE IN THE ARM.  (IT CAN

12:04PM   18   ALSO RUN URINE TESTS WITH JUST A DROP OF THAT.)  THERE ARE NO

12:04PM   19   BOTCHED STICKS - OF COURSE THERE ARE NO PHLEBOTOMISTS, ONLY

12:04PM   20   MACHINES IN THERANOS LABS."

12:04PM   21        IS THAT CONSISTENT WITH THE WAY THE TECHNOLOGY WAS

12:04PM   22   DESCRIBED TO YOU?

12:04PM   23   A.   YES.

12:04PM   24   Q.   THE NEXT PARAGRAPH READS, "THE BAD NEWS FOR WORKERS MAY BE

12:04PM   25   GOOD NEWS FOR ACCURACY BECAUSE HUMAN HANDLING OF SAMPLES

12:04PM  1    ACCOUNTS FOR THE LION'S SHARE OF VARIATION AMONG RESULTS,

12:04PM  2    FOUNDER AND CEO ELIZABETH HOLMES SAID LAST WEEK AT A TECHNOLOGY

12:04PM  3    CONFERENCE IN NEW YORK.  AUTOMATION ELIMINATES SPILLS, TESTS

12:04PM  4    DONE IN ERROR, AND OTHER MISHANDLING OF THE SAMPLE."

12:04PM  5         WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:04PM  6    THERANOS CAPABILITIES?

12:04PM  7    A.   THAT WAS MY UNDERSTANDING, AND ANOTHER REASON WHY THE

12:04PM  8    RESULTS WOULD BE BETTER IS BECAUSE OF THE HANDLING CHAIN FOR

12:04PM  9    CONVENTIONAL LAB.

12:04PM  10   Q.   AND WHAT DO YOU MEAN BY THAT, THE HANDLING CHAIN?

12:04PM  11   A.   AGAIN, IF SOMEONE IS DRAWING A VENIPUNCTURE AND MULTIPLE

12:04PM  12   TEST TUBES, IT MIGHT BE COURIERRED ONCE OR TWICE, IT MIGHT BE

12:05PM  13   SITTING AROUND AWHILE.  THERE ARE JUST MORE THINGS THAT COULD

12:05PM  14   GO WRONG.

12:05PM  15   Q.   OKAY.  NOW, IF YOU'LL TURN TO THE NEXT PAGE, PAGE 3 OF THE

12:05PM  16   EXHIBIT.  THE SECOND PARAGRAPH READS, "THE MACHINES METE OUT

12:05PM  17   BITS OF 'MICRO-SAMPLE' FOR EACH TEST A DOCTOR HAS ORDERED.  IN

12:05PM  18   CONVENTIONAL TESTING, EACH TEST REQUIRED A DEDICATED VIAL,

12:05PM  19   WHICH ADDS DRAMATICALLY TO THE AMOUNT OF BLOOD REQUIRED.

12:05PM  20   THERANOS IS EVEN ABLE TO SAVE SOME OF THE TINY SAMPLE IN CASE

12:05PM  21   THE DOCTOR REQUESTS FURTHER TESTS AFTER SEEING THE INITIAL

12:05PM  22   RESULTS."

12:05PM  23        WAS THAT CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:05PM  24   THERANOS TECHNOLOGY?

12:05PM  25   A.   MY UNDERSTANDING WAS THAT THEORETICALLY IT WAS POSSIBLE.

12:05PM  1    I DON'T KNOW IF THEY WERE DOING IT THEN.

12:05PM  2         BUT IF YOU HAD -- AGAIN, A CARTRIDGE WOULD HAVE TESTS ON

12:05PM  3    IT, YOU COULD MAYBE RUN 13 TESTS, AND THEN IF THE MARKERS CAME

12:05PM  4    UP A CERTAIN WAY AND YOU WANTED TO GO BACK AND RERUN ANOTHER

12:06PM  5    ONE, THAT COULD BE DONE.

12:06PM  6         I DON'T KNOW IF IT COULD BE DONE AT THAT TIME OR IF THAT

12:06PM  7    WAS PART OF THE VISION --

12:06PM  8    Q.   IF -- I'M SORRY.  GO AHEAD.

12:06PM  9    A.   SO I DON'T KNOW IF IT WAS FUTURISTIC OR CURRENT, BUT THAT

12:06PM  10   WAS PART OF THE VISION AT LEAST.

12:06PM  11   Q.   IN YOUR DISCUSSIONS WITH EITHER MS. HOLMES OR MR. BALWANI,

12:06PM  12   THEY DESCRIBED THIS CAPABILITY OR THIS POSSIBILITY?

12:06PM  13   A.   I THINK MORE OF A POSSIBILITY VERSUS A CURRENT CAPABILITY

12:06PM  14   TO BE HONEST.

12:06PM  15   Q.   THE NEXT PARAGRAPH READS, "ALL OF THE DIAGNOSTIC

12:06PM  16   TECHNOLOGY IS INTEGRATED, WHICH INCREASES PRECISION.  EACH

12:06PM  17   MACHINE IN A CONVENTIONAL LAB MAY CALIBRATE DIFFERENTLY, AND

12:06PM  18   THE MIX OF BRANDS AND AGES IN MEANS RESULTS COME WITH AN

12:06PM  19   IMPLIED 'OR SO' AT THE END.  PLOTTING RESULTS OVER TIME IS

12:06PM  20   THEREFORE MOSTLY USELESS."

12:06PM  21        IS THIS THE CONCEPT THAT YOU WERE EXPLAINING TO ME EARLIER

12:06PM  22   ABOUT THE CALIBRATION BETWEEN MACHINES?

12:06PM  23   A.   CORRECT.

12:06PM  24   Q.   SO WAS THIS CONSISTENT WITH YOUR UNDERSTANDING OF THE

12:06PM  25   THERANOS TECHNOLOGY?

12:06PM  1      A.   CORRECT.

12:06PM  2      Q.   WAS THERE A TIME WHEN YOU WERE MEETING WITH MS. HOLMES AND

12:07PM  3      MR. BALWANI THAT THEY SHOWED YOU A THERANOS DEVICE THAT WAS

12:07PM  4      COVERED IN PLASTIC OR IN SOME TYPE OF COVERING?

12:07PM  5      A.   YES.

12:07PM  6      Q.   AND WHEN WAS THAT?

12:07PM  7      A.   I DON'T RECALL IF IT WAS MY FIRST OR SECOND TRIP TO

12:07PM  8      THERANOS, BUT IT WAS PRETTY EARLY ON IN THE CONVERSATIONS.

12:07PM  9      Q.   AND WHAT DO YOU RECALL -- FIRST OF ALL, DO YOU RECALL

12:07PM  10     EITHER MS. HOLMES OR MR. BALWANI DESCRIBING THAT DEVICE TO YOU?

12:07PM  11             MR. DOWNEY:  I WOULD OBJECT TO THE FORM.  I THINK HE

12:07PM  12     COULD ASK INDIVIDUALLY ABOUT THE TWO INDIVIDUALS.  HE'S ASKING

12:07PM  13     A COMPOUND QUESTION EFFECTIVELY THAT I BELIEVE ASKS FOR AN

12:07PM  14     AMBIGUOUS ANSWER.

12:07PM  15             MR. SCHENK:  I CAN CLARIFY.

12:07PM  16             THE COURT:  SURE.  GO AHEAD.

12:07PM  17     BY MR. SCHENK:

12:07PM  18     Q.   DO YOU RECALL MS. HOLMES TALKING TO YOU ABOUT THIS DEVICE

12:07PM  19     THAT WAS COVERED IN SOME MATERIAL?

12:07PM  20     A.   MY RECOLLECTION IS MORE MR. BALWANI DESCRIBING IT AND

12:07PM  21     SHOWING IT TO ME.

12:07PM  22     Q.   OKAY.  AND WHAT DO YOU RECALL MR. BALWANI SAYING?

12:07PM  23     A.   THAT THEY WERE DOING SOME KIND OF WORK FOR THE MILITARY,

12:08PM  24     EARLY WORK UNDER NDA, COULDN'T SAY MUCH, BUT THAT THEY HAD

12:08PM  25     EFFECTIVELY HAD ONE OF THESE HELIVAC I BELIEVE IN AFGHANISTAN.

12:08PM   1          BUT TO BE ABLE TO SEE IN THE FUTURE, IF THERE WAS AN

12:08PM   2    OPPORTUNITY FOR THE MILITARY TO BE ABLE TO DO ACCURATE

12:08PM   3    ON-LOCATION REALTIME DIAGNOSTICS WERE NEEDED.

12:08PM   4    Q.   AND WERE YOU IMPRESSED BY THAT?

12:08PM   5    A.   YES, I WAS IMPRESSED BY THAT.

12:08PM   6    Q.   WHY?

12:08PM   7    A.   AGAIN, I THINK TO BE ABLE TO HAVE, YOU KNOW, THE MILITARY

12:08PM   8    PILOTING A NEW TECHNOLOGY IS -- ESPECIALLY OF THIS SORT IS

12:08PM   9    IMPRESSIVE.

12:08PM   10   Q.   THANK YOU.

12:08PM   11          YOUR HONOR, MAY I HAVE JUST ONE MOMENT?

12:08PM   12              THE COURT:  YES.

12:09PM   13       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

12:09PM   14              MR. SCHENK:  NO FURTHER QUESTIONS, YOUR HONOR.

12:09PM   15              THE COURT:  CROSS-EXAMINATION?

12:09PM   16              MR. DOWNEY:  YES, YOUR HONOR.

12:09PM   17              THE COURT:  FOLKS, STAND UP AND STRETCH FOR A MOMENT

12:09PM   18   WHILE WE DO THE LINE CHANGE.

12:09PM   19          YOU CAN STRETCH IF YOU WOULD LIKE TO, SIR.  IF YOU WANT TO

12:09PM   20   STAND UP, GO AHEAD AND FEEL FREE.

12:09PM   21              THE WITNESS:  THANK YOU.  I APPRECIATE THAT.

12:10PM   22                      **CROSS-EXAMINATION**

12:10PM   23   BY MR. DOWNEY:

12:10PM   24   Q.   GOOD AFTERNOON, MR. MIQUELON.  MY NAME IS KEVIN DOWNEY AND

12:10PM   25   I REPRESENT MS. HOLMES.

MIQUELON CROSS BY MR. DOWNEY                                      3414

12:10PM   1          I'M GOING TO REMOVE MY MASK SO WE CAN HEAR EACH OTHER MORE

12:10PM   2     CLEARLY.

12:10PM   3          I'D LIKE TO ASK YOU ABOUT WALGREENS IN 2010.

12:10PM   4     A.   UH-HUH.

12:10PM   5     Q.   AS I UNDERSTAND IT, IN THAT TIME PERIOD YOU HAD AROUND

12:11PM   6     8,000 STORES OR SO?

12:11PM   7     A.   ROUGHLY.

12:11PM   8     Q.   AND DID THAT NUMBER CONTINUE TO BE TRUE IN 2014 WHEN YOU

12:11PM   9     LEFT?

12:11PM   10    A.   MORE OR LESS.

12:11PM   11    Q.   OKAY.  AND MOST OF THE BUSINESS OF WALGREENS AT THAT TIME

12:11PM   12    WAS PHARMACY BUSINESS ON ONE SIDE OF THE BUSINESS; CORRECT?

12:11PM   13    A.   THE BUSINESS -- THE PHARMACY WOULD BE BROKEN CONCEPTUALLY

12:11PM   14    INTO TWO PARTS.  THERE WAS WHAT WE CALL THE FRONT END, SO IT

12:11PM   15    WAS THE EVERYDAY KIND OF CONSUMER PRODUCTS THAT EVERYBODY BUYS,

12:11PM   16    AND THEN THE PHARMACY IN THE BACK OF THE STORE.

12:11PM   17    Q.   AND WERE THOSE WALGREENS STORES IN OTHER BUSINESSES AT

12:11PM   18    THAT TIME?

12:11PM   19    A.   WALGREENS WAS IN SOME HEALTH CARE CLINICS, SOME INFUSION

12:11PM   20    AND SPECIALTY TYPE BUSINESSES IN PHARMACY.

12:11PM   21    Q.   AND WOULD THOSE FACILITIES TYPICALLY BE EITHER IN THE

12:11PM   22    STORE OR ADJACENT TO THE STORE?

12:11PM   23    A.   THE HEALTH CARE CLINICS WOULD BE IN THE STORE, BUT THE

12:11PM   24    INFUSION AND OTHER SPECIALTY CLINICS WOULD BE COMPLETELY

12:12PM   25    SEPARATE.

12:12PM  1    Q.   OKAY.  AND TELL US WHETHER IN 2010 WALGREENS WAS LOOKING

12:12PM  2    TO EXPAND ITS OFFERING OF HEALTH SERVICES.

12:12PM  3    A.   I THINK THAT'S BEEN AN EVOLVING STRATEGY OF THE COMPANY

12:12PM  4    FOR -- EVEN BEFORE THAT.

12:12PM  5    Q.   WOULD YOU DESCRIBE WHAT THAT STRATEGY WAS?

12:12PM  6    A.   TO CONTINUE TO MOVE DEEPER INTO HEALTH CARE, TO PROVIDE

12:12PM  7    SERVICES THAT MADE HEALTH CARE MORE ACCESSIBLE TO CUSTOMERS.

12:12PM  8    Q.   SO THAT WOULD INCLUDE THINGS LIKE THE VACCINATION THAT YOU

12:12PM  9    MENTIONED?

12:12PM  10   A.   CORRECT.

12:12PM  11   Q.   AND IT WOULD ALSO INCLUDE NEW BUSINESSES, LIKE POTENTIALLY

12:12PM  12   BLOOD TESTING; CORRECT?

12:12PM  13   A.   YES.

12:12PM  14   Q.   AND IN 2010 WITHIN THE COMPANY, WAS THERE A TEAM LOOKING

12:12PM  15   FOR OPPORTUNITIES IN TERMS OF PROVIDING HEALTH CARE

12:12PM  16   OPPORTUNITIES WITHIN THE STORES?

12:12PM  17   A.   YES.

12:12PM  18   Q.   AND WHO LED THAT TEAM?

12:12PM  19   A.   I BELIEVE IN 2010 IT WAS COLLIN WATTS WHO WAS OUR HEAD OF

12:13PM  20   INNOVATION.

12:13PM  21   Q.   AND WERE YOU INVOLVED IN THOSE EFFORTS?

12:13PM  22   A.   I WAS ONE OF THE SPONSORS TO THAT TEAM.

12:13PM  23   Q.   AND CAN YOU SAY A LITTLE BIT ABOUT WHY OFFERING THESE

12:13PM  24   HEALTH CARE SERVICES WAS GOOD FOR WALGREENS BUSINESS?  DID IT

12:13PM  25   INCREASE THE NUMBER OF CUSTOMERS WHO CAME INTO THE STORE?

12:13PM 1    A.   I THINK PHILOSOPHICALLY ANYTHING THAT IS GOOD FOR

12:13PM 2    WALGREENS, YOU KNOW, CUSTOMERS AS A PATIENT IS GOOD FOR

12:13PM 3    EVERYONE.

12:13PM 4         BUT, AGAIN, THE CONCEPT WAS TO SAY THAT IF YOU COULD MAKE

12:13PM 5    THESE SERVICES MORE ACCESSIBLE TO THE AVERAGE PERSON, THAT THAT

12:13PM 6    WOULD LEAD TO PEOPLE TAKING BETTER CONTROL OF THEIR HEALTH CARE

12:13PM 7    WHICH WOULD LEAD TO BETTER OUTCOMES.

12:13PM 8    Q.   AND DID YOU ALSO BELIEVE THAT JUST AS PART OF THE BUSINESS

12:13PM 9    MODEL IT WOULD BRING MORE CUSTOMERS TO WALGREENS?

12:13PM 10   A.   THAT WOULD BE PART OF IT, BUT THERE ARE MANY ASPECTS OF

12:14PM 11   BENEFITS.

12:14PM 12   Q.   AND WAS THERE ANY ANALYSIS DONE OF THE EFFECT ON

12:14PM 13   NON-HEALTH CARE SERVICE SALES IF THOSE TYPES OF SERVICES WERE

12:14PM 14   PLACED IN A STORE?

12:14PM 15   A.   I DON'T KNOW IF THERE WAS OR NOT, WHETHER THERE WAS AN

12:14PM 16   ANALYSIS AND WHAT WOULD THAT MEAN FOR INCREMENTAL PRESCRIPTIONS

12:14PM 17   OR FOR FRONT-END PURCHASES.

12:14PM 18        PART OF WHAT WAS VERY IMPORTANT, I THINK, WAS JUST

12:14PM 19   BECOMING MORE RELEVANT TO CUSTOMERS AND MORE RELEVANT TO HEALTH

12:14PM 20   PLANS.

12:14PM 21   Q.   OKAY.  SO IN 2010, YOU WERE LOOKING AT A NUMBER OF

12:14PM 22   POTENTIAL PARTNERS IN THAT SPACE; IS THAT RIGHT?

12:14PM 23   A.   WE WERE.

12:14PM 24   Q.   AND FROM THE PERSPECTIVE OF THE POTENTIAL PARTNERS,

12:14PM 25   WALGREENS WAS AN ATTRACTIVE OPTION AS WELL; CORRECT?

12:14PM 1    A.   I WOULD THINK SO.

12:14PM 2    Q.   AND THAT'S IN PART BECAUSE YOU HAD SO MANY STORES AND

12:14PM 3    LOCATIONS?

12:14PM 4    A.   CORRECT.

12:14PM 5    Q.   AND ALSO YOUR STORES TEND TO BE CONVENIENTLY LOCATED?

12:14PM 6    THEY'RE IN PLACES THAT PEOPLE CAN GET TO AND SHOP AND GET THEIR

12:15PM 7    PRESCRIPTIONS; RIGHT?

12:15PM 8    A.   CORRECT.  ALSO I BELIEVE AT THAT TIME THE COMPANY WAS

12:15PM 9    DOING CLOSE TO A THIRD OF ALL PRESCRIPTIONS IN THE COUNTRY, SO

12:15PM 10   YOU COULD ARGUE THAT YOU WOULD ALREADY HAVE A LARGE PATIENT

12:15PM 11   BASE FROM WHICH TO GIVE THEM ADDITIONAL BENEFITS.

12:15PM 12   Q.   AND DID THE COMPANY ALSO HAVE A LOT OF EXPERTISE IN RETAIL

12:15PM 13   AND CONSUMER OFFERINGS?

12:15PM 14   A.   I WOULD SAY YES.

12:15PM 15   Q.   AND WERE YOU LOOKING FOR WAYS TO TAKE THAT EXPERTISE AND

12:15PM 16   PUT IT IN NEW KINDS OF SERVICES?

12:15PM 17   A.   I MIGHT SAY IT DIFFERENTLY.  I THINK WE WERE LOOKING FOR

12:15PM 18   PEOPLE WHO HAD EXPERTISE IN DIFFERENT PARTS OF HEALTH CARE THAT

12:15PM 19   WOULD MARRY NICELY WITH THE CAPABILITIES THAT WE COULD BRING.

12:15PM 20   Q.   OKAY.  LET ME ASK YOU TO LOOK BACK AT EXHIBIT 300, WHICH I

12:15PM 21   THINK MR. SCHENK SHOWED YOU AND WHICH I BELIEVE IS IN EVIDENCE.

12:16PM 22        AND THIS IS AN EMAIL FROM YOU TO GREG WASSON AND OTHERS

12:16PM 23   FORWARDING THE BRIEFING POWERPOINT THAT YOU GOT FROM THERANOS.

12:16PM 24        DO YOU RECALL THAT?

12:16PM 25   A.   YES.

12:16PM  1    Q.   AND IN THE EMAIL THAT YOU SENT TO MR. WASSON, YOU SAY, I

12:16PM  2    THINK YOU OMITTED A WORD, BUT YOU SAY "AS MOST OF YOU KNOW,

12:16PM  3    PROVIDING DIAGNOSTIC SERVICES IN THE STORES, RETAIL CLINICS,

12:16PM  4    WORKSITE HEALTH CENTERS, HOME CARE, ET CETERA, IS IN OUR

12:16PM  5    STRATEGIC DOCUMENT AND HAS BEEN PART OF BOARD DISCUSSIONS."

12:16PM  6         WHAT IS THE -- WHAT WAS THE STRATEGIC DOCUMENT?

12:16PM  7    A.   THE COMPANY HAS, YOU KNOW, A STRATEGIC PLAN AND A PROCESS

12:17PM  8    AROUND EVOLVING THAT AND DEVELOPING THAT.

12:17PM  9         BUT, AGAIN, THAT EXTENSION INTO DEEPER, MORE ACCESSIBLE

12:17PM  10   HEALTH CARE SERVICES WAS A MULTI-YEAR OBJECTIVE.

12:17PM  11   Q.   AND WAS THAT SOMETHING THAT WAS BEING ENCOURAGED BY THE

12:17PM  12   BOARD OF DIRECTORS AS WELL?

12:17PM  13   A.   YES.

12:17PM  14   Q.   AND THAT WAS THE SUBJECT OF DISCUSSION AT BOARD MEETINGS?

12:17PM  15   A.   SOMETIMES.

12:17PM  16   Q.   YOU TALKED ABOUT THE MEETING THAT YOU HAD WITH MR. BALWANI

12:17PM  17   AND MS. HOLMES IN PALO ALTO.

12:17PM  18        DID YOU ALSO MEET WITH OTHER POTENTIAL PARTNERS AT CERTAIN

12:17PM  19   TIMES?

12:17PM  20   A.   WE DID.

12:17PM  21   Q.   WERE YOU PERSONALLY INVOLVED IN THAT?

12:17PM  22   A.   I WAS INVOLVED IN A FEW OF THOSE.

12:17PM  23   Q.   AND WERE THOSE -- WERE ANY OF THOSE RELATED TO PROVIDING

12:17PM  24   BLOOD TESTING SERVICES OR CLINICAL LAB SERVICES?

12:17PM  25   A.   YES.

12:17PM  1    Q.   AND WHICH ENTITY DID YOU PARTICIPATE IN THOSE MEETINGS

12:18PM  2    FOR?

12:18PM  3    A.   I DON'T KNOW IF I COULD REMEMBER THE NAMES.  THERE WAS A

12:18PM  4    GENTLEMAN, A SMALL STARTUP OUT OF RICE UNIVERSITY; THERE WAS A

12:18PM  5    STARTUP OUT OF ISRAEL; WE DID HIRE A CONSULTING FIRM TO LOOK AT

12:18PM  6    THE SPACE AND THEY IDENTIFIED 180 COMPANIES THAT WERE DOING

12:18PM  7    SOMETHING IN THE LAB TECHNOLOGY SPACE TO ASSESS.  BUT WE DIDN'T

12:18PM  8    TALK TO ALL 180, BUT WE HAD THE ANALYSIS DONE.

12:18PM  9    Q.   BUT THIS WAS ENOUGH OF A PRIORITY THAT YOU TOOK ALL OF

12:18PM  10   THOSE STEPS; IS THAT CORRECT?

12:18PM  11   A.   YES.

12:18PM  12   Q.   OKAY.  WHEN YOU FIRST HEARD ABOUT THERANOS, FIRST OF ALL,

12:18PM  13   DID YOU HEAR ABOUT IT INTERNALLY OR EXTERNALLY?

12:18PM  14   A.   INTERNALLY THROUGH DR. ROSAN.

12:18PM  15   Q.   DR. ROSAN IS DR. JAY ROSAN?

12:19PM  16   A.   THAT'S CORRECT.

12:19PM  17   Q.   AND REMIND US WHAT HIS TITLE WAS AT WALGREENS?

12:19PM  18   A.   I DON'T RECALL HIS TITLE, BUT HE WAS EFFECTIVELY THE CHIEF

12:19PM  19   MEDICAL EXPERT, IF YOU WILL, FOR THE INNOVATION TEAM.

12:19PM  20   Q.   AND WHEN YOU SAY "INNOVATION TEAM," WHAT WAS THE

12:19PM  21   INNOVATION TEAM?

12:19PM  22   A.   THE INNOVATION TEAM WAS A TEAM THAT WAS LOOKING TO

12:19PM  23   IDENTIFY NOT ONLY NEW, NEW PROJECTS, JOINT VENTURES AND

12:19PM  24   PARTNERSHIPS IN THE HEALTH CARE SPACE, BUT ALSO ULTIMATELY

12:19PM  25   PEOPLE FROM THAT TEAM WOULD BECOME PART OF THE WORKING TEAM TO

12:19PM 1    HELP COMMERCIALIZE IT.

12:19PM 2    Q.   AND I THINK YOU INDICATED BEFORE THAT YOU WENT TO THE

12:19PM 3    FIRST MEETING AT THERANOS WITH DR. ROSAN?

12:19PM 4    A.   I DID.

12:19PM 5    Q.   AND PRIOR TO THAT MEETING, DO YOU RECALL WHAT HE SAID TO

12:19PM 6    YOU ABOUT THERANOS?

12:19PM 7    A.   MORE OR LESS, BECAUSE WE HAD TALKED TO THESE OTHER

12:19PM 8    COMPANIES AND HE SAID THAT HE HAD HEARD ABOUT A COMPANY CALLED

12:19PM 9    THERANOS, AND FROM WHAT HE HAD HEARD, THIS MAY BE THE MOST

12:20PM 10   EXCITING AND FARTHEST AHEAD COMPANY IN THIS SPACE.

12:20PM 11   Q.   AND HE WANTED YOU TO TAKE THE TIME TO MEET WITH THEM?

12:20PM 12   A.   YES.

12:20PM 13   Q.   AT THE TIME THAT HE MADE THAT REQUEST TO YOU, YOU WERE THE

12:20PM 14   CHIEF FINANCIAL OFFICER OF THE COMPANY; CORRECT?

12:20PM 15   A.   CORRECT.

12:20PM 16   Q.   AND YOU HAD A BROAD PORTFOLIO; CORRECT?

12:20PM 17   A.   CORRECT.

12:20PM 18   Q.   AND YOU HAD SEVERAL HUNDRED PEOPLE REPORTING TO YOU AT

12:20PM 19   THAT TIME?

12:20PM 20   A.   MORE OR LESS, YEAH.

12:20PM 21   Q.   AND YOU WOULD, FROM THAT POINT FORWARD IN 2010 UNTIL THE

12:20PM 22   TIME THAT YOU LEFT WALGREENS IN 2014, HAVE SOME ENGAGEMENT WITH

12:20PM 23   THERANOS; CORRECT?

12:20PM 24   A.   YES.

12:20PM 25   Q.   AND GIVE US A SENSE OF HOW MUCH OF YOUR TIME YOU SPENT

12:20PM  1    DEALING WITH THERANOS DURING THE PERIOD OF 2010 TO 2014?

12:20PM  2    A.   IT WOULD BE HARD TO QUANTIFY THE HOURS.  I WOULD SAY I

12:21PM  3    PROBABLY INTERACTED WITH, YOU KNOW, SUNNY AND ELIZABETH I'M

12:21PM  4    GUESSING MAYBE 10 TO 15 TIMES.

12:21PM  5         I, AGAIN, VISITED THERANOS I DON'T KNOW HOW MANY TIMES,

12:21PM  6    PROBABLY FOUR OR FIVE TIMES.

12:21PM  7         I MADE A LOT OF INTRODUCTIONS TO OTHER PARTNERS THAT I

12:21PM  8    THOUGHT WOULD BE BENEFIT INITIAL TO THE MODEL.

12:21PM  9         BUT I WOULD SAY AROUND THE LAUNCH OF THE PILOT IN 2013 IS

12:21PM  10   WHERE MY INVOLVEMENT DIMINISHED BECAUSE WE HAD A WORKING TEAM

12:21PM  11   THAT WAS TAKING OVER.  SO I WOULD SAY THAT'S PROBABLY WHERE MY

12:21PM  12   TIME BECAME, YOU KNOW, VERY MINUSCULE.

12:21PM  13   Q.   OKAY.  AND WERE THERE OTHERS AT WALGREENS WHO SPENT A

12:21PM  14   SUBSTANTIAL AMOUNT OF THEIR TIME ON THERANOS?

12:21PM  15   A.   THERE WERE PEOPLE WHO WERE FULLY DEDICATED.

12:21PM  16   Q.   AND WOULD THAT INCLUDE DR. ROSAN?

12:21PM  17   A.   I WOULDN'T SAY HE WAS FULLY DEDICATED.  MAYBE HE WAS, IF I

12:21PM  18   HAD TO GUESS, MAYBE A THIRD OF HIS TIME OR SOMETHING.

12:21PM  19   Q.   SO, SO DR. ROSAN WAS INTERACTING A LOT WITH MR. BALWANI

12:22PM  20   AND MS. HOLMES?

12:22PM  21   A.   MORE FREQUENTLY THAN ME FOR SURE.

12:22PM  22   Q.   OKAY.  AND OTHERS AT WALGREENS WERE INTERACTING WITH

12:22PM  23   INDIVIDUALS AT THERANOS; CORRECT?

12:22PM  24   A.   CORRECT.

12:22PM  25   Q.   IS IT FAIR TO SAY THAT GIVEN YOUR SENIOR ROLE, YOU REALLY

12:22PM  1    ENGAGED ONLY ON SIGNIFICANT ISSUES?

12:22PM  2    A.   THAT'S PROBABLY SAFE TO SAY.  I THINK THE ROLE OF A

12:22PM  3    SPONSOR ON THESE TEAMS IS TO ENABLE THE TEAM.

12:22PM  4         AGAIN, I THINK AS I SAID BEFORE, I NEVER PRETENDED TO BE A

12:22PM  5    HEALTH CARE PROFESSIONAL, SO MY JOB IS MORE IN LINE OF HELPING

12:22PM  6    TO COMMERCIALIZE AND MAKING SURE THE TEAM HAS THE RIGHT

12:22PM  7    RESOURCES TO DO THEIR JOB.

12:22PM  8    Q.   OKAY.  AND IN CONNECTION WITH THERANOS, IS IT TRUE THAT

12:22PM  9    YOU TRIED TO MAINTAIN A HIGH LEVEL RELATIONSHIP WITH MS. HOLMES

12:22PM 10    AS THE PROJECT MOVED FORWARD?

12:22PM 11    A.   DEFINITELY.

12:22PM 12    Q.   DO YOU RECALL WHEN YOU FIRST ENGAGED WITH DR. ROSAN ABOUT

12:23PM 13    THERANOS AND HE DESCRIBED IT, DID HE DESCRIBE IT AS BEING THE

12:23PM 14    TECHNOLOGY THAT HE SAW AS THE FURTHEREST ALONG TO BE

12:23PM 15    COMMERCIALIZED?

12:23PM 16    A.   THAT -- I DON'T KNOW THAT HE WAS A LAB EXPERT PER SE

12:23PM 17    EITHER, BUT HIS UNDERSTANDING FROM WHAT HE HAD HEARD THAT THEY

12:23PM 18    WERE FARTHEST ALONG.

12:23PM 19         HE ALSO MET WITH SOME OF THE COMPANIES THAT I HAD MET

12:23PM 20    WITH, BUT I BELIEVE IT MIGHT HAVE BEEN AT HIS DIRECTION THAT WE

12:23PM 21    HIRED A CONSULTING FIRM TO BE ABLE TO GIVE US A BETTER

12:23PM 22    ASSESSMENT OF THE LAB SPACE.

12:23PM 23    Q.   AND THAT CONSULTANT REPORTED TO HIM FOR PURPOSES OF

12:23PM 24    ASSESSING OPPORTUNITIES?

12:23PM 25    A.   I CAN'T SAY THAT FOR CERTAIN.

12:23PM  1    Q.   LET'S TALK A LITTLE BIT ABOUT THE FIRST MEETING THAT YOU

12:24PM  2    TALKED ABOUT DURING YOUR DIRECT EXAMINATION.

12:24PM  3         HOW MUCH INFORMATION DID YOU KNOW ABOUT THERANOS BEFORE

12:24PM  4    YOU SHOWED UP FOR THE MEETING?

12:24PM  5    A.   VERY LITTLE.

12:24PM  6    Q.   OKAY.  BUT DID YOU RECOGNIZE THAT MS. HOLMES WAS A VERY

12:24PM  7    YOUNG ENTREPRENEUR?

12:24PM  8    A.   YES.

12:24PM  9    Q.   SHE WAS IN HER MID-TWENTIES AT THE TIME?

12:24PM  10   A.   YES.

12:24PM  11   Q.   AND I THINK YOU TESTIFIED THAT THE COMPANY WAS SIX AND A

12:24PM  12   HALF, SEVEN YEARS OLD; IS THAT CORRECT?

12:24PM  13   A.   YES.

12:24PM  14   Q.   AND YOU KNEW AT THAT TIME THAT THEY WERE TRYING TO DO A

12:24PM  15   CONSUMER FOCUSSED DEPLOYMENT?

12:24PM  16   A.   I DON'T KNOW IF IT WAS THAT DAY OR NOT -- YOU MEAN WITH

12:24PM  17   RESPECT TO SAFEWAY?  IS THAT THE QUESTION?

12:24PM  18   Q.   THE QUESTION WAS IN GENERAL.  YOU UNDERSTOOD THAT THEY

12:24PM  19   WERE LOOKING FOR A RETAIL PARTNER TO DO A CONSUMER DEPLOYMENT

12:24PM  20   WITH?

12:24PM  21   A.   YES.  WE SHARED THE VISION THAT PART OF THE DISRUPTIVE

12:25PM  22   FORCE WOULD BE BRINGING LABORATORY SERVICES AS CLOSE TO THE

12:25PM  23   CUSTOMER INTO THE COMMUNITY.

12:25PM  24   Q.   AND THIS WAS SOMETHING THAT THEY HAD NOT DONE BEFORE;

12:25PM  25   CORRECT?

12:25PM  1    A.   THAT THERANOS HAD NOT DONE?

12:25PM  2    Q.   RIGHT.

12:25PM  3    A.   AGAIN, I DON'T KNOW WHAT DEGREE THEY WERE IN SAFEWAY, I

12:25PM  4    DON'T HAVE KNOWLEDGE OF THAT.  BUT I DO KNOW THEY WERE DOING

12:25PM  5    SOMETHING WITH SAFEWAY.

12:25PM  6    Q.   THEY WERE HAVING DISCUSSIONS WITH SAFEWAY IN PARALLEL WITH

12:25PM  7    WALGREENS?

12:25PM  8    A.   I'M NOT TOTALLY PRIVY TO IT, BUT I KNEW THERE WERE SOME

12:25PM  9    DISCUSSIONS, BUT I DON'T KNOW THE EXTENT OF IT.

12:25PM  10   Q.   AND AFTER YOU CAME BACK FROM THAT MEETING, YOU SENT AN

12:25PM  11   EMAIL TO THE CEO OF WALGREENS; CORRECT?

12:25PM  12   A.   CORRECT.

12:25PM  13   Q.   I WANT YOU TO LOOK AGAIN AT THAT EMAIL WHICH IS

12:25PM  14   EXHIBIT 278 WHICH MR. SCHENK SHOWED YOU DURING YOUR DIRECT

12:25PM  15   EXAMINATION.

12:26PM  16        AND THIS IS AN EMAIL THAT YOU SENT SHORTLY AFTER THE

12:26PM  17   MEETING; CORRECT?

12:26PM  18   A.   YES.

12:26PM  19   Q.   AND YOU WROTE TO INFORM GREG WASSON, WHO WAS THE CEO AT

12:26PM  20   THE TIME; CORRECT?

12:26PM  21   A.   YEP.

12:26PM  22   Q.   AND YOU SAID, "WORTH A PEEK, BUT PLEASE DON'T FORWARD DUE

12:26PM  23   TO CONFIDENTIAL AGREEMENT."

12:26PM  24   A.   YEP.

12:26PM  25   Q.   "MANY COMPANIES TECHNOLOGIES AND ACCURACY NOW SURPASS THAT

12:26PM  1    OF LABS BUT THE KEY IS WHO GETS FDA APPROVAL FIRST."

12:26PM  2         IS THAT -- DID YOU -- WHERE DID YOU GET THAT KNOWLEDGE?

12:26PM  3    A.   I BELIEVE THAT WAS -- THAT KNOWLEDGE WAS FROM DR. ROSAN

12:26PM  4    WHICH CAME TO BE NOT ONLY FOR FDA DEVICES, BUT ALSO FOR CMS

12:26PM  5    APPROVALS.

12:26PM  6    Q.   AND THEN YOU GO ON AND SAY "AND THEY APPEAR IN THE LEAD."

12:26PM  7    CORRECT?

12:26PM  8    A.   YES.

12:26PM  9    Q.   AND THAT REFERS TO THERANOS?

12:26PM  10   A.   YES, BECAUSE A LOT OF THE COMPANIES THAT WE BENCHMARKED

12:27PM  11   WERE ABLE TO DO, YOU KNOW, ONE TEST WELL, BUT THEY WEREN'T ABLE

12:27PM  12   TO -- YOU KNOW, AGAIN, AS I DESCRIBED, THE PLATFORM TO DO A

12:27PM  13   BROAD ARRAY OF TESTS ON A SINGLE PLATFORM.

12:27PM  14   Q.   SO WHEN YOU SAY THEY COULD DO ONE TEST WELL, THEY MIGHT BE

12:27PM  15   ABLE TO SAY TEST, FOR EXAMPLE, FOR GLUCOSE?

12:27PM  16   A.   RIGHT.

12:27PM  17   Q.   BUT NOT FOR A RANGE OF TESTS; RIGHT?

12:27PM  18   A.   CORRECT.

12:27PM  19   Q.   AND PART OF WHAT ATTRACTED YOU TO WHAT THERANOS WAS DOING

12:27PM  20   WAS THAT THEY WERE DEVELOPING TESTS THAT WOULD DO IT ON A BROAD

12:27PM  21   RANGE OF ASSAYS; CORRECT?

12:27PM  22   A.   YES.

12:27PM  23   Q.   YOU GO ON IN THIS EMAIL TO SAY TO MR. WASSON, "NOTICE THE

12:27PM  24   CORRELATION DATA OF WHAT IS THE TOUGHEST OF ALL TESTS...

12:27PM  25   99 PERCENT."

12:27PM  1            AND I WANT TO ASK YOU TO LOOK AT SLIDE 8 IN THE ATTACHED

12:27PM  2       SLIDES.

12:28PM  3            I BEG YOUR PARDON.  IT'S PAGE 10 AT THE BOTTOM OF THE

12:28PM  4       ATTACHED SLIDE.

12:28PM  5            IS THIS THE CORRELATION DATA THAT YOU WERE REFERRING TO IN

12:28PM  6       YOUR COVER EMAIL?

12:28PM  7       A.   I BELIEVE SO.

12:28PM  8       Q.   AND CAN YOU EXPLAIN, AS YOU UNDERSTOOD IT AT THE TIME,

12:28PM  9       WHAT CORRELATION DATA WAS?

12:28PM 10       A.   IT WAS THERANOS VALIDATING FOR ANY GIVEN TEST HOW ACCURATE

12:28PM 11       A THERANOS MACHINE WAS VERSUS A CONVENTIONAL LAB MACHINE.

12:28PM 12       Q.   SO DOES, DOES -- IS THAT A COMPARISON OF HOW THE TWO TESTS

12:28PM 13       PERFORM RELATIVE TO SOME FORM OF STANDARD MEASUREMENT?

12:28PM 14       A.   THAT WAS MY UNDERSTANDING, YES.

12:28PM 15       Q.   OKAY.  AND YOU -- WHEN YOU REVIEWED THIS SLIDE IN THE

12:28PM 16       POWERPOINT, YOU THOUGHT THAT THIS WAS THE CORRELATION DATA FOR

12:29PM 17       THE TOUGHEST OF ALL TESTS; CORRECT?

12:29PM 18       A.   THAT WAS MY UNDERSTANDING, YES.

12:29PM 19       Q.   AND YOU NOTE THAT THE CORRELATION DATA WAS 99 PERCENT;

12:29PM 20       CORRECT?

12:29PM 21       A.   CORRECT.  AGAIN, I'M NOT A HEALTH CARE PROFESSIONAL, SO

12:29PM 22       THAT WAS MY UNDERSTANDING.  BUT, YES.

12:29PM 23       Q.   AND WHY WAS THE CORRELATION DATA IMPORTANT TO YOU IN

12:29PM 24       EVALUATING THIS ON WALGREENS'S BEHALF?

12:29PM 25       A.   WELL, MY ASSUMPTION WAS THAT IN ORDER TO BE ABLE TO GET

12:29PM   1    THE PROPER APPROVALS AND PROVIDE THE PATIENT ACCURACY, THAT THE

12:29PM   2    BETTER THE CORRELATOR, THE BETTER.

12:29PM   3    Q.   SO YOU RECOGNIZED THE CORRELATION DATA MIGHT BE IMPORTANT

12:29PM   4    FOR PURPOSES OF GETTING FDA APPROVAL, FOR EXAMPLE?

12:29PM   5    A.   OR CMS.  THAT WAS MY UNDERSTANDING.

12:29PM   6    Q.   AND ONE OF THE REGULATORS MIGHT BE INTERESTED IN THAT

12:29PM   7    DATA; CORRECT?

12:29PM   8    A.   CORRECT.

12:29PM   9    Q.   AND IN CONNECTION WITH THIS PRESENTATION, THAT'S THE SLIDE

12:30PM  10    THAT YOU POINTED OUT TO THE CEO WHEN YOU TRANSMITTED IT TO HIM

12:30PM  11    AFTER THE MEETING; CORRECT?

12:30PM  12    A.   IT APPEARS THAT WAY.

12:30PM  13    Q.   NOW, YOU TESTIFIED ABOUT THE THERANOS PLATFORM, AND I WANT

12:30PM  14    TO TAKE A MOMENT JUST TO BREAK THAT DOWN TO MAKE SURE THAT

12:30PM  15    WE'RE USING COMMON TECHNOLOGY, COMMON TERMINOLOGY ABOUT THE

12:30PM  16    TECHNOLOGY.

12:30PM  17        IN THE MEETING WITH MS. HOLMES AND MR. BALWANI, THEY

12:30PM  18    SHOWED YOU A SLIDE WHICH DESCRIBED THE THERANOS SYSTEMS;

12:30PM  19    CORRECT?

12:30PM  20    A.   YES.

12:30PM  21    Q.   AND IS THAT THE PLATFORM THAT YOU HAVE BEEN REFERRING TO

12:30PM  22    IN YOUR TESTIMONY?

12:30PM  23    A.   YES.

12:30PM  24    Q.   AND THAT CONSISTED OF ACTUALLY SEVERAL DIFFERENT

12:30PM  25    TECHNOLOGIES, DIDN'T IT?

12:30PM  1    A.   YES.

12:31PM  2    Q.   AND ONE OF THE TECHNOLOGIES WAS AN ANALYZER; CORRECT?

12:31PM  3    A.   YES.

12:31PM  4    Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE ASSAY WHICH

12:31PM  5    WAS PLACED IN A CARTRIDGE THAT WOULD BE PUT INTO THE DEVICE FOR

12:31PM  6    PURPOSES OF BEING ANALYZED; CORRECT?

12:31PM  7    A.   THAT'S CORRECT.

12:31PM  8    Q.   AND YOU RECOGNIZED THAT THE ASSAYS WERE, WERE -- EACH OF

12:31PM  9    THEM HAD TO BE DEVELOPED BEFORE THEY WERE CAPABLE OF BEING USED

12:31PM 10    IN CONNECTION WITH A CARTRIDGE; CORRECT?

12:31PM 11    A.   CORRECT.

12:31PM 12    Q.   BUT THERANOS HAD DEVELOPED TO A CERTAIN LEVEL, AT LEAST,

12:31PM 13    SOME OF THOSE ASSAYS UNDER A METHOD; CORRECT?

12:31PM 14    A.   MY UNDERSTANDING WAS YES.

12:31PM 15    Q.   AND THEY BELIEVED THAT USING THAT METHOD, THEY WOULD BE,

12:31PM 16    THEY WOULD BE ABLE TO REPLICATE IT FOR ESSENTIALLY ALL COMMONLY

12:31PM 17    ORDERED ASSAYS; CORRECT?

12:31PM 18    A.   THAT WAS MY UNDERSTANDING, YES.

12:31PM 19    Q.   AND THAT'S WHAT THEY SUGGESTED IN THAT MEETING IN MARCH OF

12:32PM 20    2010; CORRECT?

12:32PM 21    A.   CORRECT.

12:32PM 22    Q.   AND ANOTHER PIECE OF THE TECHNOLOGY WAS THE GOVERNMENT

12:32PM 23    SOFTWARE THAT ASSOCIATED WITH THE SYSTEM; CORRECT?

12:32PM 24    A.   CORRECT.

12:32PM 25    Q.   AND THERE WAS SOFTWARE THAT WAS PART OF THE DEVICE;

12:32PM   1      CORRECT?

12:32PM   2      A.   CORRECT.

12:32PM   3      Q.   AND THERE WAS SOFTWARE THAT WAS PLACED WITHIN SYSTEMS AT

12:32PM   4      THERANOS TO COMMUNICATE WITH THE DEVICES; CORRECT?

12:32PM   5      A.   CORRECT.

12:32PM   6      Q.   AND IT WAS REALLY THAT SOFTWARE THAT OPENED UP A LOT OF

12:32PM   7      THE CAPABILITIES OF THERANOS TECHNOLOGY FOR THE FUTURE;

12:32PM   8      CORRECT?

12:32PM   9      A.   PART OF WHAT DID, YES, CORRECT.

12:32PM   10     Q.   WELL, LET ME ASK YOU TO LOOK WITHIN EXHIBIT 278.

12:33PM   11          THAT'S EXHIBIT 278, SLIDE 11.

12:33PM   12          DO YOU SEE THAT?

12:33PM   13     A.   SLIDE 11 YOU SAID?

12:33PM   14     Q.   IT'S LABELLED THERANOS:  CUSTOMIZED DATA INTEGRATION AND

12:33PM   15     STANDARDIZATION.

12:33PM   16     A.   YES, I SEE THAT.

12:33PM   17     Q.   AND THIS IS ONE MUCH THE SLIDES THAT YOU DISCUSSED IN THAT

12:33PM   18     MARCH OF 2010 MEETING; CORRECT?

12:33PM   19     A.   YES, CORRECT.

12:33PM   20     Q.   AND ONE OF THE CAPACITIES THAT THERANOS WAS INTERESTED IN

12:33PM   21     DEVELOPING WAS PREDICTIVE HEALTH ASSETS; CORRECT?

12:33PM   22     A.   I BELIEVE THAT WAS KIND OF THE END GAME, IF YOU WILL, IN

12:33PM   23     TERMS OF ASPIRATION FOR THEM.

12:33PM   24     Q.   AND EXPLAIN WHAT THAT MEANT AND WHAT THEY DESCRIBED TO YOU

12:33PM   25     THAT THEY WERE TRYING TO DO?

MIQUELON CROSS BY MR. DOWNEY                                          3430

12:33PM  1    A.   A LOT OF DIFFERENT DISCUSSIONS.

12:33PM  2         YOU KNOW, ONE DISCUSSION WOULD BE IF YOU HAD YOUR, YOU

12:33PM  3    KNOW, LIKE A 23 & ME TEST, IT MIGHT SAY THAT YOU HAVE A MARKER

12:34PM  4    FOR A CERTAIN CANCER MAYBE, BUT IT DOESN'T MEAN THAT YOU'RE

12:34PM  5    GOING TO GET IT.  IT JUST MEANS THAT YOU MIGHT.

12:34PM  6         AND, YOU KNOW, PREDICTIVE TESTING WHERE YOU COULD BE

12:34PM  7    LOOKING AT IT, AND SO THAT WAS ONLY USEFUL TO SOME EXTENT.

12:34PM  8         BEING ABLE TO MEASURE BLOOD FREQUENTLY, ACCURATELY, ACROSS

12:34PM  9    A LOT OF DIFFERENT MARKERS MIGHT HELP THAT PERSON INTERVENE THE

12:34PM  10   PROCESS UPSTREAM, AND THAT BECOMES A MUCH HIGHER LEVEL OF

12:34PM  11   CLINICAL OUTCOME THAN JUST HELPING SOMEBODY WHO IS ALREADY

12:34PM  12   SICK.

12:34PM  13   Q.   AND WAS ANOTHER POTENTIAL CAPACITY OF THE TECHNOLOGY THAT

12:34PM  14   THEY WERE INVENTING THE ABILITY TO AGGREGATE DATA TO OBSERVE

12:34PM  15   EITHER TRENDS IN HEALTH IN THE LARGER POPULATION OR OTHER

12:34PM  16   THINGS?

12:34PM  17   A.   I THINK FOR SURE THAT WAS PART OF WHAT THEY WERE WORKING

12:34PM  18   ON.

12:34PM  19   Q.   AND SOME OF IT COULD HAVE PUBLIC HEALTH APPLICATIONS;

12:34PM  20   CORRECT?

12:34PM  21   A.   YES.

12:34PM  22   Q.   AND ALL OF THAT WAS DISCUSSED IN THIS EARLY MEETING;

12:35PM  23   CORRECT?

12:35PM  24   A.   I CAN'T SAY IF ALL OF THAT WAS DISCUSSED ON THE FIRST DAY,

12:35PM  25   BUT OVER TIME WE DISCUSSED A LOT OF THAT.

12:35PM  1    Q.   YOU RECALL AT SOME POINT DURING YOUR 10 OR 15 MEETINGS

12:35PM  2    WITH THEM THOSE DISCUSSIONS?

12:35PM  3    A.   YES.

12:35PM  4            MR. DOWNEY:  YOUR HONOR, IS THIS A GOOD TIME TO

12:35PM  5    BREAK?

12:35PM  6            THE COURT:  I'M NOT CERTAIN.  I THINK WE -- PERHAPS

12:35PM  7    WE SHOULD TAKE ABOUT A 25 MINUTE BREAK.

12:35PM  8            MR. DOWNEY:  OKAY.  I THINK I'M AT A LOGICAL POINT.

12:35PM  9            THE COURT:  OKAY.  LET'S DO THAT.  LADIES AND

12:35PM  10   GENTLEMEN, LET'S TAKE ABOUT A 25 MINUTE BREAK NOW.

12:35PM  11       BEFORE WE DO THAT, I DO WANT TO FOLLOW UP WITH MY

12:35PM  12   CONVERSATION WITH YOU BOTH THIS MORNING AND YESTERDAY, LADIES

12:35PM  13   AND GENTLEMEN.

12:35PM  14       I DO WANT TO TELL YOU ABOUT NEXT STEPS, AND I THINK YOU

12:35PM  15   INQUIRED, SOME OF YOU INQUIRED ABOUT THAT.

12:35PM  16       WHAT I INTEND TO DO -- AND THIS IS IN RELATION TO OUR

12:35PM  17   CONVERSATIONS REGARDING THE QUESTIONNAIRES.

12:35PM  18       WHAT I INTEND TO DO IS I'M GOING TO GET -- I'VE ASKED THE

12:35PM  19   LAWYERS TO PROVIDE ME ANY BRIEFING THAT THEY WISH ON SOME OF

12:36PM  20   THE LEGAL ISSUES, THAT IS, THE LAWYERS IN THE COURTROOM.

12:36PM  21       I'LL RECEIVE THOSE, I'LL TALK TO THE MOVING PARTY, YOU

12:36PM  22   HEARD ME TALK ABOUT THE MOVING PARTY FOR THE MOTION, AND

12:36PM  23   PROVIDE INFORMATION TO HIM.

12:36PM  24       IN ALL LIKELIHOOD, I AM GOING TO SET ANOTHER HEARING FOR

12:36PM  25   THAT MOVING PARTY'S MOTION TO RELEASE THE INFORMATION IN THE

12:36PM  1    QUESTIONNAIRES.

12:36PM  2         JUST GIVEN THE BRIEFING SCHEDULE, WHAT THAT MEANS IS EACH

12:36PM  3    SIDE IS PERMITTED AN OPPORTUNITY TO PRESENT TO ME THEIR LEGAL

12:36PM  4    OPINIONS ABOUT WHAT THE LAW IS ON THIS ISSUE, AND THEY'RE GIVEN

12:36PM  5    CERTAIN TIME, ONCE THEY RECEIVE THE OTHER SIDE'S MOTION, AND I

12:36PM  6    GIVE THEM TIME TO RESPOND, SO WE HAVE A BACK AND FORTH.

12:36PM  7         I THEN SET A HEARING, ANOTHER HEARING.  AND THAT'S WHAT I

12:36PM  8    INTEND TO DO IN REGARDS TO THIS ISSUE.

12:36PM  9         THAT HEARING, I DON'T HAVE A DATE FOR IT YET, BUT I

12:36PM  10   ANTICIPATE THAT HEARING WILL BE ANOTHER FIVE WEEKS AWAY,

12:36PM  11   SOMETHING LIKE THAT, JUST GIVEN THE BRIEFING SCHEDULE.  THAT'S

12:37PM  12   MY SENSE OF IT.  BUT I'LL KEEP YOU INFORMED OF THAT.

12:37PM  13        AND THEN AFTER THE HEARING I'LL HEAR FROM ALL OF THE

12:37PM  14   PARTIES, AND AT THAT POINT THEN I BELIEVE THAT I'LL BE ABLE TO

12:37PM  15   MAKE DECISIONS AS TO THE THINGS THAT WE TALKED ABOUT AND THE

12:37PM  16   THINGS THAT WERE RAISED IN THE MOTION BY THE MOVING PARTY, THE

12:37PM  17   MEDIA COALITION.

12:37PM  18        SO I JUST WANT TO KEEP YOU UP TO DATE ON THAT.  THAT'S THE

12:37PM  19   STATUS OF THINGS NOW.  NOTHING IS GOING TO CHANGE UNTIL I'VE

12:37PM  20   HAD ALL OF THOSE HEARINGS.

12:37PM  21        SO THE MATERIAL REMAINS AS IT CURRENTLY IS, AND THAT WON'T

12:37PM  22   CHANGE UNTIL AFTER I'VE HAD AN OPPORTUNITY TO HEAR FROM

12:37PM  23   EVERYONE.

12:37PM  24        SO THAT'S THE LATEST UPDATE.  THANK YOU VERY MUCH FOR YOUR

12:37PM  25   PATIENCE THIS MORNING.

| | | |
|---|---|---|
| 12:37PM | 1 | ONE MORE THING.  I THINK I'VE TALKED TO YOU ABOUT TOMORROW |
| 12:37PM | 2 | BEING -- I'VE BEEN ABLE TO CLEAR THAT FOR OUR PURPOSES. |
| 12:37PM | 3 | DURING THIS BREAK I'M GOING TO ASK YOU IF YOU COULD, |
| 12:37PM | 4 | PLEASE, TO CONTACT THE PARTIES THAT YOU NEED TO TO SEE IF YOU |
| 12:37PM | 5 | CAN MAKE THAT WORK, COME TO COURT TOMORROW AND MAKE IT WORK. |
| 12:38PM | 6 | IT WOULD BE FROM 9:00 TO 3:00.  I WOULDN'T WANT TO KEEP |
| 12:38PM | 7 | YOU UNTIL 4:00 TOMORROW, BUT 9:00 TO 3:00 TOMORROW.  IF YOU |
| 12:38PM | 8 | NEED TO ADJUST THAT, I'LL BE HAPPY TO HEAR THAT INFORMATION |
| 12:38PM | 9 | WHEN WE COME BACK FROM OUR BREAK IF YOU'RE ABLE TO MAKE IT |
| 12:38PM | 10 | TOMORROW OR IF WE NEED TO ADJUST THAT SCHEDULE. |
| 12:38PM | 11 | ALL RIGHT.  LET'S TAKE OUR BREAK. |
| 12:38PM | 12 | SIR, YOU CAN STAND DOWN. |
| 12:38PM | 13 | THE CLERK:  COURT IS IN RECESS. |
| 12:38PM | 14 | (JURY OUT AT 12:38 P.M.) |
| 12:38PM | 15 | THE COURT:  PLEASE BE SEATED.  THANK YOU. |
| 12:38PM | 16 | THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE |
| 12:38PM | 17 | BREAK, AND OUR WITNESS HAS LEFT THE COURTROOM.  ALL COUNSEL AND |
| 12:39PM | 18 | MS. HOLMES ARE PRESENT. |
| 12:39PM | 19 | ANYTHING FURTHER BEFORE WE BREAK, MR. SCHENK? |
| 12:39PM | 20 | MR. SCHENK:  NO, YOUR HONOR.  THANK YOU. |
| 12:39PM | 21 | MR. DOWNEY:  NO, YOUR HONOR.  THANK YOU. |
| 12:39PM | 22 | THE COURT:  SO IF WE ARE ABLE TO CONVENE TOMORROW, |
| 12:39PM | 23 | HAVE A SESSION TOMORROW, YOU'LL BE ABLE TO HAVE WITNESSES I |
| 12:39PM | 24 | TAKE IT, MR. SCHENK. |
| 12:39PM | 25 | MR. SCHENK:  YES. |

MIQUELON CROSS BY MR. DOWNEY                                    3434

12:39PM  1          THE COURT:  OKAY.  GREAT.  THANK YOU.

12:39PM  2          THE CLERK:  COURT IS IN RECESS.

12:39PM  3       (LUNCH RECESS TAKEN AT 12:39 P.M.)

         4

         5

         6

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

12:39PM    1                          **AFTERNOON SESSION**

01:12PM    2             (JURY IN AT 1:12 P.M.)

01:12PM    3                  THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

01:12PM    4        ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

01:12PM    5        MR. DOWNEY, YOU'D LIKE TO CONTINUE WITH YOUR EXAMINATION?

01:12PM    6                  MR. DOWNEY:  YES, SIR.  THANK YOU.

01:12PM    7   Q.   MR. MIQUELON, BEFORE THE BREAK WE WERE TALKING ABOUT THE

01:12PM    8   THERANOS SYSTEMS THAT WERE PRESENTED TO YOU IN MARCH OF 2010 IN

01:12PM    9   YOUR VERY FIRST MEETING WITH MS. HOLMES AND MR. BALWANI.

01:12PM   10        I'D LIKE TO JUST ESTABLISH WHAT THE CHRONOLOGY WAS OF YOUR

01:13PM   11   RELATIONSHIP WITH THERANOS, OR I SHOULD SAY WALGREENS'S

01:13PM   12   RELATIONSHIP WITH THERANOS BETWEEN THAT MEETING AND THE TIME

01:13PM   13   THAT YOU LEFT IN AUGUST OF 2014.

01:13PM   14        AM I RIGHT THAT YOUR FIRST MEETING AND INTRODUCTION INTO

01:13PM   15   THERANOS WAS IN THE MEETING OF MARCH OF 2010; CORRECT?

01:13PM   16   A.   CORRECT.

01:13PM   17   Q.   AND COMING OUT OF THAT MEETING, BOTH SIDES MET AND

01:13PM   18   EVALUATED THE POSSIBILITY OF A DEAL FOR A FEW MONTHS; CORRECT?

01:13PM   19   A.   CORRECT.

01:13PM   20   Q.   AND IN JULY OF 2010, THE PARTIES SIGNED THEIR FIRST

01:13PM   21   AGREEMENT; CORRECT?

01:13PM   22   A.   THAT'S CORRECT.

01:13PM   23   Q.   AND THAT AGREEMENT CONTEMPLATED AT THAT TIME THAT THERANOS

01:13PM   24   DEVICES WOULD BE DEPLOYED WITHIN WALGREENS STORES; CORRECT?

01:13PM   25   A.   AT SOME POINT, YES, CORRECT.

01:14PM  1    Q.   AND FROM THAT POINT IN JULY OF 2010 FOR ABOUT A YEAR AND A

01:14PM  2    HALF, THE PARTIES WORKED ON ALL OF THE THINGS THAT WOULD GO

01:14PM  3    INTO HAVING THAT TYPE OF LAUNCH; CORRECT?

01:14PM  4    A.   THAT'S CORRECT.

01:14PM  5    Q.   AND THAT INCLUDED THINGS LIKE INSURANCE REIMBURSEMENT;

01:14PM  6    CORRECT?

01:14PM  7    A.   YES.

01:14PM  8    Q.   BUSINESS MODEL; CORRECT?

01:14PM  9    A.   YES.

01:14PM  10   Q.   AND OTHER ITEMS?

01:14PM  11   A.   YES.

01:14PM  12   Q.   IN EARLY 2012, THOUGH, THE PARTIES STARTED TO DISCUSS A

01:14PM  13   POTENTIAL CHANGE IN THE BUSINESS MODEL; CORRECT?

01:14PM  14   A.   YES.

01:14PM  15   Q.   AND THAT CHANGE WOULD INVOLVE THERANOS DEVICES NOT BEING

01:14PM  16   DEPLOYED IN THERANOS STORES; CORRECT?  IN WALGREENS STORES?

01:14PM  17   A.   CORRECT.

01:14PM  18   Q.   AND THE PARTIES WORKED ON A NEW AGREEMENT TO GOVERN THEIR

01:14PM  19   RELATIONSHIP FOR SEVERAL MONTHS AFTER THOSE DISCUSSIONS IN

01:14PM  20   EARLY 2012; CORRECT?

01:14PM  21   A.   YES.

01:14PM  22   Q.   AND THE PARTIES ENTERED INTO A NEW AGREEMENT AMENDING THE

01:14PM  23   FIRST AGREEMENT IN JUNE OF 2012; CORRECT?

01:15PM  24   A.   YES.

01:15PM  25   Q.   AND FROM THAT POINT FORWARD, THE INTENT WAS NOT THAT

01:15PM 1    THERANOS DEVICES WOULD BE PLACED IN WALGREENS STORES, BUT

01:15PM 2    RATHER THAT THERE WOULD BE CENTRAL LABS IN WHICH THE BLOOD

01:15PM 3    ANALYSIS WOULD BE DONE; CORRECT?

01:15PM 4    A.   MY UNDERSTANDING WAS THAT THERE WOULD BE A CENTRAL

01:15PM 5    LOCATION WHERE THE THERANOS MACHINES WOULD DO THE LAB WORK.

01:15PM 6    Q.   AND THAT WOULD BE A LABORATORY CERTIFIED UNDER CLIA;

01:15PM 7    CORRECT?

01:15PM 8    A.   CORRECT.

01:15PM 9    Q.   AND IT WAS POSSIBLE ALSO THAT THERE WOULD BE MORE THAN ONE

01:15PM 10   LAB?  THERE MIGHT BE REGIONAL LABS WHERE THAT WAS DONE;

01:15PM 11   CORRECT?

01:15PM 12   A.   I THINK THAT WAS PART OF THE DISCUSSIONS, THAT OVER TIME

01:15PM 13   IT MIGHT MAKE SENSE TO HAVE MULTIPLE LABS WITH THERANOS

01:15PM 14   MACHINES, CORRECT.

01:15PM 15   Q.   AND AFTER THAT POINT WHEN THAT AGREEMENT WAS REACHED IN

01:15PM 16   JUNE OF 2012, A LITTLE OVER A YEAR LATER THERANOS STORES -- OR

01:15PM 17   THERANOS SITES WERE LAUNCHED IN WALGREENS STORES ORIGINALLY IN

01:16PM 18   PALO ALTO; CORRECT?

01:16PM 19   A.   I BELIEVE THERE WAS ONE IN PALO ALTO FIRST.

01:16PM 20   Q.   AND THAT HAPPENED AROUND SOMETIME -- I THINK WITH FRIENDS

01:16PM 21   AND FAMILY FIRST IN SEPTEMBER OF 2013; CORRECT?

01:16PM 22   A.   THAT DATE SOUNDS CORRECT.

01:16PM 23   Q.   AND THEN THERE WAS A LAUNCH IN -- A COMMERCIAL LAUNCH IN

01:16PM 24   PALO ALTO AND IN SOME STORES IN ARIZONA IN NOVEMBER OF 2013;

01:16PM 25   CORRECT?

01:16PM   1      A.   THAT'S ABOUT THE RIGHT TIMEFRAME.

01:16PM   2      Q.   NOW, WHEN YOU LOOK AT THE REPRESENTATIONS THAT WERE MADE

01:16PM   3      IN THE ORIGINAL MEETING THAT YOU HAD WITH MS. HOLMES, MANY OF

01:16PM   4      THOSE REPRESENTATIONS WOULD NO LONGER BE RELEVANT TO THE SECOND

01:16PM   5      BUSINESS MODEL; CORRECT?

01:16PM   6      A.   YOU WOULD PROBABLY HAVE TO PARSE THEM ONE BY ONE FOR ME TO

01:16PM   7      SAY THAT.

01:16PM   8      Q.   OKAY.  WELL, LET'S TALK, FOR EXAMPLE, ABOUT

01:16PM   9      REPRESENTATIONS RELATED TO THE SPEED OF PROCESSING THE SAMPLES.

01:16PM   10          DO YOU RECALL TALKING ABOUT THAT ON YOUR DIRECT

01:17PM   11     EXAMINATION?

01:17PM   12     A.   YES.

01:17PM   13     Q.   AND THERE WERE REPRESENTATIONS WHICH INDICATED THAT

01:17PM   14     THERANOS PROJECTED THAT BLOOD TESTS COULD BE PERFORMED IN LESS

01:17PM   15     THAN 30 MINUTES.

01:17PM   16          DO YOU RECALL THAT?

01:17PM   17     A.   YES.

01:17PM   18     Q.   AND THE ASSUMPTION BEHIND THAT WAS THAT THE BUSINESS MODEL

01:17PM   19     WOULD BE THAT THE DEVICES WORK IN THE WALGREENS STORES;

01:17PM   20     CORRECT?

01:17PM   21     A.   THAT WAS THE ORIGINAL -- YES, FOR THAT ASSUMPTION, THAT

01:17PM   22     WAS THE ORIGINAL DESIGN.

01:17PM   23     Q.   BUT THE AGREEMENT THAT THE PARTIES REACHED IN THE SUMMER

01:17PM   24     OF 2012 CHANGED HOW THAT MODEL WOULD WORK; CORRECT?

01:17PM   25     A.   THAT'S CORRECT.

01:17PM 1    Q.   AND THE TESTING WOULD NOT BE IN STORES, BUT IT WOULD BE

01:17PM 2    OFFSITE; CORRECT?

01:17PM 3    A.   THAT'S CORRECT.

01:17PM 4    Q.   AND BOTH PARTIES AGREED TO THAT; CORRECT?

01:17PM 5    A.   CORRECT.

01:17PM 6    Q.   AND THAT WOULD ELIMINATE THE CAPACITY TO TEST WITHIN 15 TO

01:17PM 7    30 MINUTES; CORRECT?

01:17PM 8    A.   THAT'S CORRECT.

01:17PM 9    Q.   AND ALSO THERE WERE DISCUSSIONS IN 2010 THAT CERTAIN COSTS

01:18PM 10   ASSOCIATED WITH BLOOD TESTING WOULD BE ELIMINATED IF THE

01:18PM 11   DEVICES WERE IN THE STORE; CORRECT?

01:18PM 12   A.   CORRECT.

01:18PM 13   Q.   AND THINGS LIKE COURIER SERVICES THAT WOULD HAVE TO TAKE

01:18PM 14   THE BLOOD FROM ONE LOCATION TO ANOTHER, FOR EXAMPLE?

01:18PM 15   A.   THAT'S CORRECT.

01:18PM 16   Q.   AND AN INFRASTRUCTURE TO REFRIGERATE SAMPLES FOR A PERIOD

01:18PM 17   BEFORE THEY WERE TRANSPORTED?

01:18PM 18   A.   THAT'S -- FROM MY UNDERSTANDING, THAT'S CORRECT.

01:18PM 19   Q.   OKAY.  BUT WHEN THE MODEL CHANGED IN THE SUMMER OF 2012,

01:18PM 20   SOME OF THOSE COSTS WOULD HAVE TO BE INCURRED; CORRECT?

01:18PM 21   A.   RIGHT.  AND AGAIN, FROM MY UNDERSTANDING WHAT CHANGED IN

01:18PM 22   THE MODEL IS FORSAKE OF THE PILOT -- A COUPLE OF THINGS.

01:18PM 23        ONE IS THAT, AS WE THOUGHT ABOUT THE APPROVALS IN THIS

01:18PM 24   UNDEFINED, YOU KNOW, WHERE IS THE LAB BY BEING ABLE TO PILOT

01:18PM 25   WITHOUT THE MACHINE IN THE WALGREENS STORE, IT MITIGATED THAT

01:19PM 1    CONCERN UNTIL THAT COULD BE CLARIFIED.

01:19PM 2         SECOND, JUST IN TERMS OF MAKING SURE THAT WE COULD EXECUTE

01:19PM 3    WITH EXCELLENCE, YOU KNOW, THERE IS A LITTLE BIT MORE

01:19PM 4    COMPLEXITY IN ASKING A PHARMACY TO KEEP CARTRIDGES AND TO

01:19PM 5    UNDERSTAND HOW TO USE THOSE PROPERLY.

01:19PM 6         AND SO WE FELT THAT IT WAS A GOOD WAY TO KEEP THE PATIENT

01:19PM 7    LEARNING, WHICH WAS VERY IMPORTANT.

01:19PM 8    Q.   AT THE TIME THAT YOU LEFT WALGREENS IN AUGUST OF 2014,

01:19PM 9    THERE WERE ABOUT 40 THERANOS LOCATIONS OPERATING IN WALGREENS

01:19PM 10   STORES; CORRECT?

01:19PM 11   A.   IT MIGHT HAVE BEEN.  I DON'T KNOW THE EXACT NUMBER.

01:19PM 12   Q.   YOU KNOW THERE WERE SEVERAL DOZEN, WHATEVER THE EXACT

01:19PM 13   NUMBER WAS?

01:19PM 14   A.   RIGHT.

01:19PM 15   Q.   AND YOU KNOW THAT THOSE LOCATIONS WERE IN BOTH ARIZONA AND

01:19PM 16   CALIFORNIA; CORRECT?

01:19PM 17   A.   I THINK THAT'S MY RECOLLECTION.

01:19PM 18   Q.   OKAY.  AND IN THE TERMINOLOGY THAT THE PARTIES USED, THE

01:19PM 19   PHASE OF THE AGREEMENT WHEN THE DEVICES WOULD BE IN A CENTRAL

01:19PM 20   LAB WAS REFERRED TO AS PHASE I; CORRECT?

01:20PM 21   A.   I'D HAVE TO GO BACK TO THE AGREEMENT TO BE SURE ABOUT

01:20PM 22   THAT.

01:20PM 23   Q.   OKAY.  BUT THERE WAS A SECOND PHASE THAT ASSUMED IF THE

01:20PM 24   DEVICES GOT CERTAIN REGULATORY APPROVALS, THAT THE DEVICES

01:20PM 25   MIGHT THEN BE DEPLOYED TO THE WALGREENS STORES AS ORIGINALLY

01:20PM 1    CONTEMPLATED WHEN YOU TALKED TO MS. HOLMES IN MARCH OF 2010?

01:20PM 2    A.   YES.  BUT TO SOME EXTENT THAT WAS JUST BASED UPON THE

01:20PM 3    MATH.  IF YOU HAD A SPECIFIC SITE THAT WAS DOING LOTS OF

01:20PM 4    VOLUME, IT MIGHT MAKE SENSE TO HAVE A MACHINE THERE AND THE

01:20PM 5    CARTRIDGE INVENTORY, VERSUS ANOTHER SITE WHERE YOU MIGHT HAVE

01:20PM 6    VERY LOW VOLUME, THAT MIGHT MAKE SENSE.  BUT I WOULD SAY THE

01:20PM 7    ECONOMICS WOULD HAVE DICTATED THAT.

01:20PM 8    Q.   SO IN CERTAIN CASES THE ECONOMICS MIGHT LEAD THE PARTIES

01:20PM 9    TO THINK THAT IT'S REALLY NOT WORTH DEPLOYING A DEVICE IN A

01:20PM 10   STORE; CORRECT?

01:20PM 11   A.   RIGHT.  I THINK THAT WAS ALWAYS A CONSIDERATION, WHAT IS

01:20PM 12   THE SMARTEST EXECUTION BASED ON WHAT IS ACCEPTABLE.

01:20PM 13   Q.   SO THAT STORE MIGHT STICK WITH THE MODEL WHERE THE SAMPLES

01:20PM 14   WERE PROCESSED WITHIN THE CENTRAL CLIA LAB; IS THAT CORRECT?

01:21PM 15   A.   RIGHT.

01:21PM 16   Q.   BUT WE SAW REFERENCE IN SOME OF THE DOCUMENTS THAT WE LOOK

01:21PM 17   AT TO REGULATORY RISKS.  IS THIS ONE OF THE ISSUES THAT

01:21PM 18   MOTIVATED PEOPLE TO MOVE -- MOTIVATED WALGREENS AND THERANOS TO

01:21PM 19   ELECT TO GO TO THIS MODEL?

01:21PM 20   A.   AGAIN, I THINK EARLY ON THAT WAS PART OF THE

01:21PM 21   CONSIDERATION, AGAIN, BECAUSE OF THIS ISSUE OF WHERE IS THE

01:21PM 22   LAB?  IS IT WHERE THE EDISON IS OR IS IT WHERE THE DATA

01:21PM 23   ULTIMATELY RESIDES IN THE CLOUD?

01:21PM 24       THAT WAS SOMETHING THAT I BELIEVE AT THAT TIME WAS NOT

01:21PM 25   CLEAR YET, AND SO WHAT WAS SEEN AS THE, YOU KNOW, THE MORE

01:21PM  1    PRUDENT CHOICE WAS TO KEEP THE LAB OUTSIDE OF THE STORE.

01:21PM  2        BUT ALSO JUST IN TERMS OF PATIENT EXPERIENCE, MAKING SURE

01:21PM  3    THERE WAS NO RISK OF STORES NOT USING THE RIGHT CARTRIDGE OR

01:21PM  4    UNDERSTANDING HOW TO RUN IT.  WE FELT THAT THAT WAS GOING TO BE

01:21PM  5    A BETTER WAY TO LEARN.

01:21PM  6    Q.   OKAY.  AND I WANT TO GO BACK THROUGH THAT CHRONOLOGY WITH

01:22PM  7    YOU A LITTLE BIT AND FILL IN WHAT HAPPENED AT THE CRITICAL

01:22PM  8    POINTS.

01:22PM  9        BUT IS IT FAIR TO SAY THAT IF YOU WANT TO EVALUATE THE

01:22PM 10    REPRESENTATIONS THAT THE PARTIES WERE MAKING TO EACH OTHER, YOU

01:22PM 11    HAVE TO LOOK AT THE POINT IN TIME WHERE THE PARTIES WERE IN THE

01:22PM 12    COURSE OF THE CHRONOLOGY THAT WE'VE JUST DISCUSSED?

01:22PM 13    A.   I THINK CONTEXT IS IMPORTANT, RIGHT.

01:22PM 14    Q.   ALL RIGHT.  NOW, WE WERE DISCUSSING BEFORE THE BREAK THE

01:22PM 15    ORIGINAL MEETING THAT YOU HAD, AND THEN YOUR TRANSMISSION OF

01:22PM 16    THE THERANOS POWERPOINT TO THE CEO, AND WE DISCUSSED THE

01:22PM 17    TECHNOLOGY.

01:22PM 18        DID -- WERE THERE THEN MEETINGS WITHIN WALGREENS TO

01:22PM 19    CONSIDER WHETHER OR NOT TO PROCEED WITH A DEAL WITH THERANOS?

01:22PM 20    A.   MULTIPLE.

01:22PM 21    Q.   AND WERE THEY AT SENIOR LEVELS?

01:22PM 22    A.   AT EVERY LEVEL FROM LOWER WORKING TEAM TO HIGHER LEVEL ON

01:23PM 23    THE TEAM TO THE HIGHEST LEVEL OF THE COMPANY.

01:23PM 24    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 300, WHICH WILL BE IN

01:23PM 25    YOUR WHITE BINDER.

01:23PM 1        YOUR HONOR, I BELIEVE 300 IS --

01:23PM 2                THE COURT:  IT'S IN EVIDENCE.

01:23PM 3                MR. DOWNEY:  IT'S IN EVIDENCE, YES.  IT IS IN

01:23PM 4    EVIDENCE.

01:23PM 5    Q.   THE ADDRESSEES FOR THE EMAIL THAT YOU SENT IN LATE APRIL

01:23PM 6    ARE ALL OF THE -- AMONG THE MOST SENIOR EXECUTIVES, INCLUDING

01:23PM 7    THE MOST SENIOR EXECUTIVES IN THE COMPANY; CORRECT?

01:23PM 8    A.   THAT IS CORRECT.

01:23PM 9    Q.   AND DO YOU RECALL THE DISCUSSION THAT FOLLOWED FROM

01:23PM 10   SETTING UP THIS MEETING?

01:24PM 11   A.   I DON'T KNOW IF I RECALL THE DISCUSSION THAT FOLLOWED.  I

01:24PM 12   RECALL HAVING THE MEETING.

01:24PM 13   Q.   AND WAS THERE A DISCUSSION IN THE MEETING ABOUT WHETHER OR

01:24PM 14   NOT TO PURSUE A RELATIONSHIP WITH THERANOS?

01:24PM 15   A.   YES.

01:24PM 16   Q.   OKAY.  AND THEN WHAT WAS THE CONCLUSION OF THAT MEETING?

01:24PM 17   A.   I THINK THE CONCLUSION OF THE MEETING WAS THAT THIS

01:24PM 18   APPEARS TO BE REALLY EXCITING, LET'S KEEP WORKING WITH THEM,

01:24PM 19   LET'S SEE WHERE THIS WILL GO.

01:24PM 20   Q.   AND DID THE COMPANY DECIDE THAT YOU WANTED TO TAKE FURTHER

01:24PM 21   STEPS TO TRY TO EVALUATE WHETHER OR NOT SUCH A RELATIONSHIP

01:24PM 22   WOULD BE GOOD FOR WALGREENS?

01:24PM 23   A.   YES.

01:24PM 24   Q.   AND WERE SOME OF THOSE STEPS TO EVALUATE HOW A BUSINESS

01:24PM 25   MODEL MIGHT WORK?

01:24PM   1      A.   YES.

01:24PM   2      Q.   AND WERE SOME OF THOSE STEPS TO EVALUATE THE FINANCIAL

01:24PM   3      CONDITION OF THERANOS?

01:24PM   4      A.   TO THE EXTENT THAT WE COULD.

01:24PM   5      Q.   OKAY.  WELL, YOU BECAME A BIT FAMILIAR WITH THE INVESTOR

01:24PM   6      BASE OF THERANOS; CORRECT?

01:24PM   7      A.   JUST THROUGH TIDBITS OF CONVERSATION.  BUT WE NEVER GOT,

01:24PM   8      YOU KNOW, TO MY KNOWLEDGE A CAP TABLE, IF YOU WILL, THAT SHOWS

01:25PM   9      SPECIFIC INVESTORS AND INVESTMENTS.

01:25PM  10      Q.   OKAY.  AND DID YOU AT THE TIME ALSO LOOK AT WHETHER OR NOT

01:25PM  11      IT WAS POSSIBLE THAT INSURERS MIGHT REIMBURSE FOR THERANOS

01:25PM  12      SYSTEMS WHICH WOULD BE A KEY TO THE SUCCESS OF THE PROGRAM?

01:25PM  13      A.   WE DID.

01:25PM  14      Q.   AND WHY WAS THAT IMPORTANT TO THE PROGRAM?

01:25PM  15      A.   YOU KNOW, THE VAST MAJORITY OF HEALTH CARE REIMBURSEMENT

01:25PM  16      COMES THROUGH SOME INTERMEDIARY, SO WHETHER IT'S A PRESCRIPTION

01:25PM  17      OR A VACCINE OR A LAB, MAKING SURE THOSE PAYORS ARE WILLING TO

01:25PM  18      PAY FOR IT IS FAIRLY IMPORTANT.

01:25PM  19      Q.   DID YOU ALSO LOOK AT THE PATENTS THAT THERANOS HAD

01:25PM  20      OBTAINED?

01:25PM  21      A.   I DIDN'T PERSONALLY.  I DO KNOW, THOUGH, THAT THERE WAS

01:25PM  22      SOME WORK TO TRY TO UNDERSTAND THE BREADTH OF PATENTS.

01:25PM  23      Q.   OKAY.  AND DO YOU RECALL WHAT THE CONCLUSION OF THAT WORK

01:25PM  24      WAS?

01:25PM  25      A.   AGAIN, I'M NOT A PATENT ATTORNEY EITHER.  MY RECOLLECTION

01:26PM  1     IS THAT THERE WERE, YOU KNOW, DOZENS, IF NOT MORE, PATENTS.

01:26PM  2     Q.   OKAY.  AND DO YOU KNOW WHAT THE CONCLUSION -- DO YOU KNOW

01:26PM  3     WHAT THE CONCLUSION WAS, IF ANY, AS TO THE STRENGTH OF THOSE

01:26PM  4     PATENTS?

01:26PM  5     A.   AGAIN, I'M NOT A PATENT ATTORNEY.  I CAN ONLY SPECULATE.

01:26PM  6     Q.   DID YOU ALSO TRY TO TAKE STEPS -- DID WALGREENS TRY TO

01:26PM  7     TAKE STEPS TO EVALUATE THE TECHNOLOGY AND HOW DEVELOPED IT WAS?

01:26PM  8     A.   AS BEST WE COULD.

01:26PM  9     Q.   OKAY.  WHAT DID YOU DO TO DO THAT?

01:26PM  10    A.   AGAIN, YOU KNOW, ONE OF THE STEPS WE TOOK, AGAIN, WAS TO

01:26PM  11    HIRE A LAB FIRM TO LOOK AT THE SPACE AND TO DO THE BEST VETTING

01:26PM  12    THAT THEY COULD.

01:26PM  13         ANOTHER STEP THAT WE TOOK WAS WE INTRODUCED THERANOS TO

01:26PM  14    JOHNS HOPKINS AND THERE WAS I KNOW SOME DISCUSSION THERE AS

01:26PM  15    WELL.

01:26PM  16    Q.   DID THE LAB FIRM MAKE CONCLUSIONS REGARDING THERANOS?

01:26PM  17    A.   THEY DID.

01:26PM  18    Q.   DID THOSE CONCLUSIONS LEAD YOU TO BELIEVE THAT A

01:27PM  19    PARTNERSHIP WITH THERANOS WOULD BE WORTHWHILE?

01:27PM  20    A.   I BELIEVE A GENERAL CONCLUSION THAT THEY HAD, AND I THINK

01:27PM  21    THAT THEY WERE OPERATING ON, THE DATA THAT THEY WERE VERSUS

01:27PM  22    TAKING A MACHINE APART, IF YOU WILL, THEY THOUGHT THERANOS WAS

01:27PM  23    PROBABLY, OF THE 150 OR 180 COMPANIES IN THIS SPACE, THEY

01:27PM  24    THOUGHT, FOR WHAT WE WERE LOOKING FOR, THAT WAS PROBABLY THE

01:27PM  25    FARTHEST AHEAD.

01:27PM  1        I THINK THE ONE CONCERN THEY VOICED WAS WHETHER THE I.T.

01:27PM  2   SYSTEMS WOULD BE ABLE TO BE, YOU KNOW, READY AND BUILT OUT.

01:27PM  3        BUT THAT WAS MY UNDERSTANDING OF THE CONCLUSION.

01:27PM  4   Q.   AND THE I.T. SYSTEMS RELATED TO THE COORDINATION BETWEEN

01:27PM  5   THE CENTRAL LAB AND THE DEVICES, OR WAS IT OTHER ISSUES?

01:27PM  6   A.   I MEAN, I THINK THE CLOUD FEED WAS PROBABLY NOT WHAT THEY

01:27PM  7   WERE GETTING AT.

01:27PM  8        IT WAS MORE AROUND SYSTEMS FOR REIMBURSEMENT, PERHAPS DATA

01:27PM  9   MANAGEMENT TO DRIVE ALGORITHMS.

01:28PM 10        BUT THE MORE SOPHISTICATED I.T. INFRASTRUCTURE, AS WELL AS

01:28PM 11   A PATIENT CHECK-IN EXPERIENCE, HOW DO YOU MAKE SURE THAT PEOPLE

01:28PM 12   HAVE PRIOR AUTHORIZATION IF THEY'RE RECEIVING SOME

01:28PM 13   REIMBURSEMENT?  HOW DO YOU KEEP PATIENT DATA SAFE THROUGH HIPAA

01:28PM 14   AND ALL OF THE CONCERNS OF PRIVACY?

01:28PM 15        I THINK THAT WAS MORE OF THE POINT.

01:28PM 16   Q.   OKAY.  AND YOU ALSO MENTIONED THAT WALGREENS CONTACTED

01:28PM 17   JOHNS HOPKINS TO UNDERTAKE SOME EVALUATION OF THE TECHNOLOGY;

01:28PM 18   IS THAT RIGHT?

01:28PM 19   A.   THAT'S CORRECT.

01:28PM 20   Q.   AND DID WALGREENS HAVE A RELATIONSHIP WITH JOHNS HOPKINS

01:28PM 21   PRIOR TO THIS?

01:28PM 22   A.   YES.

01:28PM 23   Q.   AND CAN YOU TELL US WHAT THAT WAS?

01:28PM 24   A.   WE HAD BUILT A RELATIONSHIP WITH JOHNS HOPKINS IN THEIR

01:28PM 25   BUSINESS DEVELOPMENT GROUP JUST TO BE ABLE TO COLLABORATE BACK

01:28PM  1    AND FORTH, AND IT WAS MYSELF AND A FEW OTHER GENTLEMEN PUT THAT

01:28PM  2    INTO PLACE.

01:28PM  3        WE WORKED TOGETHER AND BUILT A PHARMACY THERE AND TRIED TO

01:28PM  4    DRIVE, YOU KNOW, CLINICAL OUTCOMES FOR PATIENTS.

01:28PM  5        WE WORKED TO FUND A BRANCATI FUND FOR A GENTLEMAN WHO WAS

01:29PM  6    THERE AND WHO DIED OF LOU GEHRIG'S DISEASE, SO JUST A VARIETY

01:29PM  7    OF FACTORS.

01:29PM  8        AND WITH THERANOS WE ASKED IF THEY WERE WILLING TO MEET

01:29PM  9    WITH ELIZABETH AND SUNNY, AND I THINK THEY HAD THEIR HEAD OF

01:29PM  10   LABS THERE TO GIVE US THEIR UNDERSTANDING AND TAKE ON THE

01:29PM  11   TECHNOLOGY.

01:29PM  12   Q.   AND DID THAT MEETING TAKE PLACE?

01:29PM  13   A.   IT DID TAKE PLACE.

01:29PM  14   Q.   WERE YOU PRESENT FOR THAT MEETING?

01:29PM  15   A.   I WAS NOT.

01:29PM  16   Q.   WAS A WRITTEN REPORT OF THAT MEETING PREPARED?

01:29PM  17   A.   I HAD SEEN A REPORT.

01:29PM  18   Q.   LET ME ASK YOU TO LOOK IN THE GOVERNMENT'S NOTEBOOK AT

01:29PM  19   WHAT IS MARKED AS EXHIBIT 302.

01:29PM  20        IS THIS THE REPORT FROM JOHNS HOPKINS THAT WAS PREPARED

01:29PM  21   FOR WALGREENS IN CONNECTION WITH THE POTENTIAL THERANOS DEAL?

01:29PM  22   A.   THIS IS WHAT I RECALL.

01:29PM  23   Q.   OKAY.  AND DID YOU REVIEW THIS AT THE TIME?

01:29PM  24   A.   I READ THE NOTES AFTER THE MEETING, BUT, AGAIN, I WASN'T

01:30PM  25   AT THE MEETING.

01:30PM    1     Q.   OKAY.  LET ME ASK YOU TO --

01:30PM    2          YOUR HONOR, I MOVE THE ADMISSION OF 302.

01:30PM    3               MR. SCHENK:  NO OBJECTION.

01:30PM    4               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:30PM    5          (GOVERNMENT'S EXHIBIT 302 WAS RECEIVED IN EVIDENCE.)

01:30PM    6     BY MR. DOWNEY:

01:30PM    7     Q.   IF YOU GO TO THE TOP LIST, DO YOU SEE THAT DR. ROSAN WAS

01:30PM    8     AT THIS MEETING; CORRECT?

01:30PM    9     A.   CORRECT.

01:30PM   10     Q.   AND MS. HOLMES AND MR. BALWANI?

01:30PM   11     A.   YES.

01:30PM   12     Q.   AND ARE YOU FAMILIAR WITH ANY OF THE INDIVIDUALS FROM

01:30PM   13     JOHNS HOPKINS?

01:30PM   14     A.   I KNEW DR. BRANCATI BEFORE HE PASSED AWAY, AND THEN I

01:30PM   15     WORKED WITH MARK SHAVER ON A COUPLE OF PROJECTS.

01:30PM   16     Q.   OKAY.  IF YOU GO TO THE VERY BOTTOM BULLET POINT ON THAT

01:30PM   17     VERY FIRST PAGE, DO YOU SEE THAT IT REFLECTS THAT "DR. ROSAN

01:31PM   18     COMMENTED ON WALGREENS' PRELIMINARY STRATEGY TO EXPLORE

01:31PM   19     EXPANDING INTO THE LABORATORY SPACE, EXPANDING ITS HEALTH

01:31PM   20     SERVICES OFFERINGS TO INCLUDE LAB AND PATHOLOGY TESTING WITHIN

01:31PM   21     WALGREENS RETAIL SPACE."

01:31PM   22          DO YOU SEE THAT?

01:31PM   23     A.   I DO.

01:31PM   24     Q.   AND THAT WAS CONSISTENT WITH YOUR UNDERSTANDING OF WHERE

01:31PM   25     THE COMPANY WAS AND WHAT THE COMPANY WAS EVALUATING; CORRECT?

01:31PM  1    A.   GENERALLY, YES.

01:31PM  2    Q.   OKAY.  AND IF YOU LOOK BACK AT THE MEETING OBJECTIVES,

01:31PM  3    THEY'RE LISTED IN THIS DOCUMENT AS THE "HOPKINS TEAM WAS ASKED

01:31PM  4    TO COMMENT ON THE VALIDITY AND USEFULNESS OF THE THERANOS

01:31PM  5    PRODUCT, SPECIFICALLY RELATED TO THE SCIENCE THAT SUPPORTS THE

01:31PM  6    TECHNOLOGY AND THE APPLICATION OF THE TECHNOLOGY IN A WIDE

01:31PM  7    VARIETY OF SETTINGS INCLUDING HOSPITAL, CLINIC, LABORATORY, AND

01:32PM  8    POTENTIALLY WITHIN WALGREENS AS AN ADD ON TO CLINICAL PROGRAMS

01:32PM  9    AND RETAIN PHARMACY BUSINESS THAT CURRENTLY EXISTS."

01:32PM  10       WAS THAT CONSISTENT WITH THE OBJECTIVE AND REASON THAT YOU

01:32PM  11   WANTED TO ASK JOHNS HOPKINS TO EVALUATE THERANOS TECHNOLOGY?

01:32PM  12   A.   YES, EFFECTIVELY THEIR HEAD OF LABS I BELIEVE WAS

01:32PM  13   PARTICIPATING, AND BEING ABLE TO GET THAT LEVEL OF EXPERTISE WE

01:32PM  14   FELT WAS A GOOD PART OF THE DILIGENCE PROCESS.

01:32PM  15   Q.   OKAY.  AND THEN UNDER METHODOLOGY, IF YOU LOOK AT THE

01:32PM  16   FIRST TWO BULLET POINTS, IT INDICATES THAT THE HOPKINS TEAM

01:32PM  17   REVIEWED PROPRIETARY DATA, AND IT GOES ON TO DESCRIBE THAT.

01:32PM  18       AND THEN IT INDICATES THAT THERANOS PRESENTED ADDITIONAL

01:32PM  19   DATA ON, AND BUSINESS VISION, AND THAT IT DEMONSTRATED THE

01:32PM  20   TECHNOLOGY ON SITE.

01:33PM  21       WERE THOSE STEPS THAT YOU UNDERSTOOD HAD BEEN TAKEN WHEN

01:33PM  22   YOU WERE EVALUATING THE DEAL?

01:33PM  23   A.   THAT WAS MY UNDERSTANDING.

01:33PM  24       BUT IT WAS MY UNDERSTANDING THAT HOPKINS NOR THE LAB

01:33PM  25   CONSULTING FIRM EVER HAD AN ACTUAL EDISON TO PLAY WITH, IF YOU

01:33PM 1    WILL.

01:33PM 2    Q.   THEY DIDN'T LEAVE THE TECHNOLOGY THERE?

01:33PM 3    A.   NO.

01:33PM 4    Q.   BUT AT SOME POINT WALGREENS GOT AN EDISON, DIDN'T IT?

01:33PM 5    A.   I DON'T KNOW IF WE HAD IT OR NOT.  I CAN'T SPEAK TO THAT

01:33PM 6    FOR SURE.  YOU KNOW, WE WEREN'T CRACKING IT OPEN, IF YOU WILL,

01:33PM 7    AND TRYING TO DO OUR OWN RESEARCH.

01:33PM 8    Q.   WELL, DO YOU KNOW IF DR. ROSAN AT SOME POINT AFTER THE

01:33PM 9    AGREEMENT ACTUALLY GOT AN EDISON AND HOSTED IT IN HIS OFFICE?

01:33PM 10   A.   I DON'T KNOW.

01:33PM 11        BUT PHILOSOPHICALLY, I SEE THIS AS THE SAME AS DRUG

01:33PM 12   DEVELOPMENT.  YOU KNOW, IF A DRUG GETS APPROVED FROM THE FDA,

01:33PM 13   WE DON'T TELL PFIZER WE WANT TO RERUN A CLINICAL TRIAL.  WE

01:33PM 14   JUST ASSUMED THAT'S THEIR EXPERTISE, RIGHT?

01:33PM 15   Q.   SURE.

01:33PM 16   A.   SO I CAN'T SPEAK FOR WHAT DR. ROSAN HAD OR DID NOT HAVE.

01:33PM 17   Q.   OKAY.  ON THE SECOND PAGE IT INDICATES KEY FINDINGS IN

01:34PM 18   CONNECTION WITH THIS EVALUATION, AND IT SETS FORTH THE

01:34PM 19   CONSENSUS.

01:34PM 20        AND IT SETS FORTH THE CONCLUSION THAT "THE TECHNOLOGY IS

01:34PM 21   NOVEL AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE

01:34PM 22   AND SPECIAL ASSAYS."

01:34PM 23        IS THAT THE GIST OF WHAT WAS COMMUNICATED TO YOU ABOUT THE

01:34PM 24   RESULTS OF HOPKINS'S EVALUATION?

01:34PM 25   A.   WHAT WAS TOLD TO ME IS BASED UPON THE DATA AND INFORMATION

01:34PM  1    THAT THEY WERE GIVING.  THIS WAS THEIR ASSESSMENT.

01:34PM  2         BUT THAT WITHOUT ACTUALLY, YOU KNOW, HAVING THE TECHNOLOGY

01:34PM  3    TO RUN ITSELF, THEY HAD TO RELY UPON THOSE ATTESTATIONS.

01:34PM  4    Q.   AND ESSENTIALLY THEY TOLD YOU WE'VE DONE AN EVALUATION OF

01:34PM  5    WHAT'S AVAILABLE TO US, BUT WE HAVEN'T BROKEN THE TECHNOLOGY

01:34PM  6    DOWN AND RECREATED IT AND EVALUATED FROM THAT PERSPECTIVE?

01:34PM  7    A.   RIGHT, JUST TO BE FAIR TO THEM, YES.

01:34PM  8    Q.   ALL RIGHT.  IF YOU LOOK AT THE THIRD BULLET POINT, IT

01:34PM  9    LISTS SPECIAL STRENGTHS OF THE TECHNOLOGY.

01:35PM 10         AND IT INDICATES ACCURACY, MINIATURIZATION, FLEXIBILITY,

01:35PM 11    CONNECTIVITY, ADAPTABILITY FOR RESEARCH, AND COST PER STUDY.

01:35PM 12         I THINK YOU WERE ASKED ON YOUR DIRECT EXAMINATION IF

01:35PM 13    ACCURACY WAS IMPORTANT, AND YOU REPLIED THAT IT WAS; CORRECT?

01:35PM 14    A.   CORRECT.

01:35PM 15    Q.   AND POTENTIALLY MINIATURIZATION WAS IMPORTANT TO

01:35PM 16    WALGREENS; CORRECT?

01:35PM 17    A.   PART OF THE VALUE PROPOSITION, AGAIN, AS I UNDERSTAND IT,

01:35PM 18    IS THAT THERANOS WASN'T, THEY WEREN'T REINVENTING HOW LAB GETS

01:35PM 19    DONE.

01:35PM 20         WHAT THEY WERE EFFECTIVELY DOING WAS COMTEMPORIZING IT.

01:35PM 21    SO YOU STILL HAD ANTIGENS, YOU STILL HAD BLOOD, YOU STILL HAD

01:35PM 22    OPTICAL READERS, BUT DOING IT MUCH MORE EFFICIENTLY ON, AGAIN,

01:35PM 23    THAT ANALOGY OF MOVING FROM MAINFRAME TO LAPTOP IN THE LAB

01:35PM 24    SPACE.

01:35PM 25    Q.   OKAY.  AND IF YOU LOOK AT THE FOURTH BULLET POINT, UNDER

01:35PM  1    KEY FINDINGS IT INDICATES, "THE HOPKINS TEAM THOUGHT THAT THE

01:36PM  2    TECHNOLOGY WOULD BE USEFUL IN THE RETAIL CLINIC SETTING, WITH

01:36PM  3    THE PROVISO THAT THE THROUGHPUT FOR AN INDIVIDUAL SAMPLE (30-45

01:36PM  4    MINUTES) WOULD REQUIRE MULTIPLE UNITS PER SITE AND IMPOSE AN

01:36PM  5    UPPER LIMIT FOR GROUP THROUGHPUT."

01:36PM  6         FIRST OF ALL, DO YOU KNOW WHAT THEY'RE REFERRING TO WHEN

01:36PM  7    THEY REFERENCE "GROUP THROUGHPUT"?

01:36PM  8    A.   NOT SPECIFICALLY.  I KNOW MY INTERPRETATION OF THAT.

01:36PM  9    Q.   WHICH WAS WHAT?

01:36PM 10    A.   MY INTERPRETATION OF THE GENERAL OVERALL STATEMENT IS THAT

01:36PM 11    IF YOU LOOK AT THE NUMBER OF PATIENTS YOU MIGHT BE DOING PER

01:36PM 12    DAY AND RECOGNIZE THAT A TEST TAKES 15 OR 20 MINUTES TO DO ON

01:36PM 13    ONE MACHINE, YOUR PATIENT LOAD COULD EXCEED THE CAPABILITY OF

01:36PM 14    ANY SINGLE MACHINE.

01:36PM 15    Q.   SO YOU MIGHT GET A LINE OF SAMPLES WAITING TO BE

01:36PM 16    PROCESSED?

01:36PM 17    A.   CORRECT.

01:36PM 18    Q.   UNDER THE INDICATION -- UNDER THE HEADING ADDITIONAL

01:36PM 19    INFORMATION, IT INDICATES THE FOLLOWING, THAT DR. CLARK -- WHO

01:37PM 20    YOU DON'T KNOW, I ASSUME.

01:37PM 21    A.    I BRIEFLY RECALL DR. CLARK, BUT NOT AS WELL AS I RECALL

01:37PM 22    THE OTHER TWO.

01:37PM 23    Q.   OKAY.  "DR. CLARK INDICATED OVER THE PAST TWO YEARS HE HAS

01:37PM 24    HAD NUMEROUS CONVERSATIONS WITH THERANOS ABOUT UTILIZING THEIR

01:37PM 25    TECHNOLOGY AT JOHNS HOPKINS FOR RESEARCH ACTIVITIES.  THE

01:37PM  1    CONVERSATIONS CONTINUE TO BE FAVORABLE AND BOTH PARTIES WILL

01:37PM  2    CONTINUE TO EXPLORE OPPORTUNITIES FOR COLLABORATION."

01:37PM  3         DO YOU RECALL LEARNING THAT THAT WAS PART OF HOPKINS

01:37PM  4    COMMENTARY AT THE TIME?

01:37PM  5    A.   I RECALL LEARNING THAT, YES.

01:37PM  6    Q.   OKAY.  HOW IMPORTANT WAS THE HOPKINS EVALUATION TO YOU IN

01:37PM  7    YOUR DECISION TO ENTER INTO THE FIRST AGREEMENT WITH THERANOS?

01:37PM  8    A.   I'D SAY JUST A PIECE OF A MOSAIC.  IT'S NOT DEFINITIVE,

01:37PM  9    BUT IT'S ONE OF MANY PIECES THAT FIT TOGETHER.

01:37PM 10    Q.   AND YOU WERE EVALUATING SEVERAL ISSUES; CORRECT?

01:37PM 11    A.   SEVERAL ISSUES?

01:37PM 12    Q.   SEVERAL ISSUES RELATED TO A POTENTIAL DEAL, LIKE BUSINESS

01:37PM 13    MODEL AND SO FORTH?

01:37PM 14    A.   DOES THE TECHNOLOGY WORK?  CAN THE TECHNOLOGY BE SCALED?

01:38PM 15    IS THE BUSINESS MODEL SOUND?  WILL THE ECOSYSTEM OF PAYORS AND

01:38PM 16    PHYSICIANS AND CLINICIANS BE ACCEPTING?  A LOT OF THINGS THAT

01:38PM 17    HAVE TO FIT TOGETHER.

01:38PM 18    Q.   OKAY.  AND SOME OF THAT ANALYSIS WAS DONE BEFORE THE

01:38PM 19    AGREEMENT WAS SIGNED; CORRECT?

01:38PM 20    A.   BEFORE WHICH AGREEMENT?

01:38PM 21    Q.   THE FIRST AGREEMENT BETWEEN WALGREENS AND THERANOS, WHICH

01:38PM 22    WAS IN -- AT THE END OF JULY 2010 I THINK WE'VE ESTABLISHED.

01:38PM 23    A.   SOME.  BUT I WOULD ALSO KIND OF DEFINE DILIGENCE AS SORT

01:38PM 24    OF AN UNFOLDING OVER A COUPLE YEARS, RIGHT.

01:38PM 25         YOU KEEP LEARNING NEW THINGS.  THINGS KEEP CHANGING.  SO

01:38PM 1    DILIGENCE CONTINUES, AND THAT'S ONE REASON THEN WHY YOU HAVE A

01:38PM 2    REVISED AGREEMENT AND THEN AN ADDENDUM TO THAT IS BECAUSE

01:38PM 3    YOU'RE DOING DILIGENCE AND LEARNING THINGS AND YOU'RE TRYING TO

01:38PM 4    BUILD THAT INTO THE BEST THINKING.

01:38PM 5    Q.   OKAY.  NOW, IS IT ALSO THE CASE THAT DURING THE PERIOD OF

01:39PM 6    EVALUATING THE DEAL, WALGREENS LOOKED AT SOME OF THE POTENTIAL

01:39PM 7    REGULATORY ISSUES?

01:39PM 8    A.   WE DID, AND I BELIEVE WE HAD REGULATORY COUNSEL TO HELP

01:39PM 9    WITH THAT ENDEAVOR AS WELL.

01:39PM 10   Q.   IS IT FAIR TO SAY THAT YOUR UNDERSTANDING THAT THOSE

01:39PM 11   ISSUES WERE FAIRLY COMPLEX?

01:39PM 12   A.   THEY'RE CERTAINLY NOT IN MY AREA OF EXPERTISE.

01:39PM 13        BUT, AGAIN, AS I SAID BEFORE, YOU KNOW, ONE AREA OF

01:39PM 14   COMPLEXITY WOULD CERTAINLY BE THIS NOTION OF WHERE IS THE LAB,

01:39PM 15   AND I DON'T THINK THAT THAT HAD BEEN CONTEMPLATED NECESSARILY

01:39PM 16   BEFORE BY REGULATORS.

01:39PM 17   Q.   AND WHEN YOU, WHEN YOU SAY THE ISSUE OF WHERE IS THE LAB,

01:39PM 18   CAN YOU EXPLAIN WHAT THAT MEANS?

01:39PM 19   A.   SURE.  SO YOU HAVE THE EDISON DEVICE WHICH, YOU KNOW,

01:39PM 20   WHICH PROCESSES THE CARTRIDGES AND THE BLOOD INFORMATION; AND

01:39PM 21   THEN THE RESULTS FROM THAT, AFTER THE OPTICAL READER DOES ITS

01:39PM 22   THING, WOULD GO INTO THE CLOUD, WHICH WOULD GO INTO THE

01:39PM 23   PALO ALTO LAB WHERE YOU WOULD HAVE, I ASSUME, PATHOLOGISTS AND

01:40PM 24   DATA AND OTHERS WORKING THERE.

01:40PM 25        SO IF YOU WERE TO PUT AN EDISON, FOR EXAMPLE, IN A

01:40PM  1   WALGREENS, BUT THE INFORMATION IS GOING TO PALO ALTO, IS THE

01:40PM  2   LAB IN WALGREENS?  IS IT IN PALO ALTO?  IS IT IN BOTH?

01:40PM  3       AND THAT WAS THAT ISSUE OF TRYING TO UNDERSTAND THAT.

01:40PM  4   Q.   AND DID YOU UNDERSTAND THAT IF THE LAB WERE CONSIDERED TO

01:40PM  5   BE IN THE STORES, THAT THAT WOULD HAVE SOME REGULATORY

01:40PM  6   CONSEQUENCES?

01:40PM  7   A.   I UNDERSTOOD THAT IT MIGHT.

01:40PM  8   Q.   AND THAT WAS A RESULT OF WHAT THE COMPANY CONTINUED TO

01:40PM  9   LEARN DURING ITS DILIGENCE PROCESS?

01:40PM 10   A.   I THINK -- IF I REMEMBER THE SECOND AGREEMENT, I THINK

01:40PM 11   THERE WAS SOME LANGUAGE AROUND CONTINUING TO DISCUSS WITH

01:40PM 12   REGULATORS, FDA AND OTHERS, THESE CONCEPTS TO GET

01:40PM 13   CLARIFICATION.

01:40PM 14       SO I THINK IT WAS A WORK-IN-PROGRESS ON GETTING THAT

01:40PM 15   CLARIFIED.

01:40PM 16   Q.   OKAY.  AND BEFORE THE FIRST AGREEMENT WAS ENTERED, HOW

01:40PM 17   MANY PEOPLE DO YOU THINK WERE ENGAGED IN ANALYZING THE

01:41PM 18   AGREEMENT AND DILIGENCE RELATED TO IT?

01:41PM 19   A.   BEFORE THE FIRST AGREEMENT?

01:41PM 20   Q.   YES.

01:41PM 21   A.   I MEAN, I SORT OF WOULD BE GUESSING, BUT EIGHT TO TEN AT

01:41PM 22   LEAST INTERNALLY, AND AGAIN, A COUPLE OF DIFFERENT EXTERNAL

01:41PM 23   FIRMS.  SO PROBABLY A DOZEN OR MORE.

01:41PM 24   Q.   OKAY.  BUT ULTIMATELY AT THE END OF JULY 2010, WALGREENS

01:41PM 25   DECIDED TO ENTER INTO AN AGREEMENT WITH THERANOS; CORRECT?

01:41PM  1    A.   YES.

01:41PM  2    Q.   AND AS WE DISCUSSED BEFORE, WHEN THAT AGREEMENT WAS

01:41PM  3    SIGNED, THE PRESUMPTION WAS THAT THE PARTIES WOULD TRY TO PUT

01:41PM  4    THE DEVICES IN THE STORES; CORRECT?

01:41PM  5    A.   I THINK THE PRESUMPTION WAS THAT WE WERE ON A PATH OF

01:41PM  6    WORKING TOGETHER TO FIGURE OUT HOW TO COMMERCIALIZE IT

01:41PM  7    TOGETHER.

01:41PM  8    Q.   OKAY.  LET ME ASK YOU TO PULL BACK UP EXHIBIT 372, WHICH

01:41PM  9    IS THE AGREEMENT THAT WAS SIGNED AT THE END OF JULY.

01:42PM  10        I'LL ASK YOU TO LOOK AT -- AND WE'LL PUT IT ON THE SCREEN

01:42PM  11   AS WELL -- AT PAGE 2.

01:42PM  12        THIS IS ALREADY IN EVIDENCE, YOUR HONOR.

01:42PM  13        PAGE 2 OF THE AGREEMENT, WHICH HAS THE NUMBER 8 IN THE

01:42PM  14   BOTTOM RIGHT-HAND CORNER.

01:42PM  15   A.   OKAY.

01:42PM  16   Q.   AND IT'S ON THE SCREEN.

01:42PM  17        THIS STATES THE BACKGROUND THAT HAS LED TO THE AGREEMENT;

01:42PM  18   CORRECT?

01:42PM  19   A.   IT'S PART OF THE BACKGROUND.  IT'S THE FIRST TWO

01:42PM  20   PARAGRAPHS OF THE BACKGROUND SECTION.

01:42PM  21   Q.   OKAY.  AND THE FIRST PARAGRAPH SAYS, "THERANOS HAS

01:43PM  22   DEVELOPED, AND IS DEVELOPING, GENERATIONS OF MINI-LAB DEVICES

01:43PM  23   THAT CAN RUN ANY BLOOD TEST IN REAL-TIME FOR LESS THAN THE

01:43PM  24   TRADITIONAL COST OF CENTRAL LAB TESTS."

01:43PM  25        DO YOU SEE THAT?

MIQUELON CROSS BY MR. DOWNEY

01:43PM 1    A.   YES.

01:43PM 2    Q.   AND DID YOU COME TO UNDERSTAND, AS A RESULT OF THE

01:43PM 3    DISCUSSIONS YOU WERE PART OF, THAT THERANOS HAD ALREADY

01:43PM 4    DEVELOPED SOME GENERATIONS OF A MINILAB?

01:43PM 5    A.   YES.

01:43PM 6    Q.   AND THAT THEY WERE WORKING TO DEVELOP MORE GENERATIONS OF

01:43PM 7    MINILABS?

01:43PM 8    A.   YES.

01:43PM 9    Q.   AND THAT THOSE GENERATIONS HAD DIFFERENT CAPACITIES?

01:43PM 10   A.   TECHNOLOGY IS ALWAYS AN EVOLUTION.

01:43PM 11   Q.   IF YOU LOOK AT PAGE 8 OF THE AGREEMENT, WHICH HAS THE

01:43PM 12   BATES 12 IN THE BOTTOM RIGHT-HAND CORNER.  THIS DESCRIBES --

01:43PM 13   I'LL GIVE YOU A MINUTE TO GET THERE.

01:43PM 14        I'M INTERESTED IN THE PARAGRAPH THAT IS NUMBERED 6, WHICH

01:44PM 15   IS CAPTIONED CARTRIDGE PRE-PURCHASE COMMITMENTS.

01:44PM 16        DO YOU SEE THAT?

01:44PM 17   A.   UH-HUH, YES.

01:44PM 18   Q.   I WANT TO GO TO THE PARAGRAPH THAT DESCRIBES HOW THE

01:44PM 19   ECONOMICS OF THE DEAL WILL WORK, AND THAT'S THE PARAGRAPH THAT

01:44PM 20   BEGINS "THE FIRST 30 MILLION."

01:44PM 21        DO YOU SEE THAT?

01:44PM 22   A.   YES.

01:44PM 23   Q.   AND IT INDICATES THAT "THE FIRST 30 MILLION PRE-PURCHASE

01:44PM 24   PAYMENT WILL BE INVOICED AT THE EFFECTIVE DATE OF THIS

01:44PM 25   AGREEMENT."

01:44PM   1          CORRECT?

01:44PM   2     A.   THAT'S WHAT IT SAYS.

01:44PM   3     Q.   AND THEN IT SAYS "THE SECOND 20 MILLION PAYMENT WILL BE

01:44PM   4     INVOICED AFTER THERANOS OBTAINS ANY AND ALL OFFICIAL, WRITTEN

01:44PM   5     FDA APPROVALS, CLIA-WAIVED STATUS AND ANY OTHER FEDERAL

01:45PM   6     REGULATORY APPROVALS NECESSARY IN ORDER FOR WALGREENS TO

01:45PM   7     COMMENCE UTILIZING THE THERANOS SYSTEM AND CARTRIDGES TO

01:45PM   8     PERFORM TESTS," AND IT GOES ON AND DESCRIBES THE PROGRAM

01:45PM   9     FURTHER.

01:45PM  10          DO YOU RECALL THAT BEING A TERM OF THE AGREEMENT?

01:45PM  11     A.   LOOSELY.  IT'S BEEN 11 YEARS.  I DON'T RECALL IT.

01:45PM  12     Q.   OKAY.  BUT YOU RECALL THAT PRIOR TO THE AGREEMENT THEY HAD

01:45PM  13     NOT OBTAINED THOSE APPROVALS; CORRECT?

01:45PM  14     A.   CORRECT.

01:45PM  15     Q.   AND WITH RESPECT TO CLIA CERTIFICATION, THAT WAS AN

01:45PM  16     APPROVAL THAT THEY OBTAINED, BUT AFTER THE ORIGINAL AGREEMENT;

01:45PM  17     CORRECT?

01:45PM  18     A.   THAT'S CORRECT.  ORIGINALLY THERE WAS DISCUSSION ON CLIA

01:45PM  19     WAIVED VERSUS CLIA APPROVAL, AND ULTIMATELY I BELIEVE THE

01:45PM  20     COMPANY SAID IT HAD TO BE CLIA-APPROVED TO BE ABLE TO MOVE

01:45PM  21     FORWARD.

01:45PM  22     Q.   AND THE LAST SENTENCE READS, "IF THERANOS FAILS TO OBTAIN

01:45PM  23     APPROVALS BY DECEMBER 31ST, 2010, SUCH FAILURE SHALL ENTITLE

01:45PM  24     WALGREENS TO TERMINATE THIS AGREEMENT."

01:46PM  25          SO THAT GAVE THERANOS -- WALGREENS A RIGHT TO VOID THE

01:46PM   1    AGREEMENT IF THERE WAS NOT -- IF THERANOS WAS UNSUCCESSFUL IN

01:46PM   2    OBTAINING THE REGULATORY APPROVALS THAT IT NEEDED; CORRECT?

01:46PM   3    A.   CORRECT.

01:46PM   4    Q.   LET ME ASK YOU TO LOOK NOW AT BATES 22 WITHIN THE

01:46PM   5    AGREEMENT, PAGE 16.

01:46PM   6         I'M SORRY, BATES 22.  IT WILL BE PAGE 18 OF THE AGREEMENT.

01:46PM   7    YEAH.

01:46PM   8         I'M LOOKING AT THE PARAGRAPH THAT IS LABELED 23(B),

01:47PM   9    TERMINATION DUE TO UNSATISFACTORY PILOT.

01:47PM   10        DO YOU SEE THAT?

01:47PM   11   A.   YES.

01:47PM   12   Q.   AND THIS SETS FORTH TERMS UNDER WHICH THE PARTIES MIGHT

01:47PM   13   HAVE THE RIGHT TO TERMINATE IT AFTER AN UNSATISFACTORY PILOT;

01:47PM   14   CORRECT?

01:47PM   15   A.   THAT'S WHAT IT APPEARS TO SAY, YES.

01:47PM   16   Q.   AND THE PILOT PROGRAM IS WHAT YOU DESCRIBED ON YOUR DIRECT

01:47PM   17   EXAMINATION, A ROLLOUT TO A SMALL NUMBER OF STORES TO TEST HOW

01:47PM   18   THE PROGRAM WORKED; CORRECT?

01:47PM   19   A.   CORRECT.

01:47PM   20   Q.   AND BOTH PARTIES HAD THE RIGHT UNDER THE AGREEMENT TO

01:47PM   21   TERMINATE THE RELATIONSHIP IF THEY WERE NOT SATISFIED WITH THE

01:47PM   22   PILOT PROGRAM; CORRECT?

01:47PM   23   A.   I'D HAVE TO READ IT TO BE DEFINITIVE, BUT IF THAT'S WHAT

01:47PM   24   IT SAYS.

01:47PM   25   Q.   WELL, DO YOU RECALL THAT THAT WAS THE NATURE OF THE

01:47PM 1    ARRANGEMENT?

01:47PM 2    A.   AGAIN, IT'S BEEN 11 YEARS, SO WITHOUT GETTING INTO THE

01:47PM 3    SPECIFICS AND REREADING IT.

01:47PM 4    Q.   YEAH, SURE.

01:47PM 5        DO YOU RECALL HAVING A, A CONCERN IN NEGOTIATING THE

01:47PM 6    AGREEMENT OR ENTERING INTO THE AGREEMENT THAT YOU WANTED TO

01:48PM 7    PROTECT WALGREENS IN THE EVENT THAT THINGS DID NOT WORK OUT?

01:48PM 8    A.   I THINK ALL PARTIES DO, ALL AGREEMENTS HAVE THAT MINDSET.

01:48PM 9    Q.   OKAY.  AND SO THAT WAS PART OF HOW YOU WERE THINKING ABOUT

01:48PM 10   DEALING WITH THIS SITUATION; CORRECT?

01:48PM 11   A.   SURE.

01:48PM 12   Q.   AND THAT RELATED TO SOME OF THESE PROVISIONS THAT WOULD

01:48PM 13   ALLOW YOU TO TERMINATE THE AGREEMENT UNDER CERTAIN SCENARIOS;

01:48PM 14   RIGHT?

01:48PM 15   A.   YOU COULD SAY THAT.

01:48PM 16   Q.   OKAY.  I'D LIKE TO ASK YOU NOW TO LOOK AT PAGE 10.

01:49PM 17   ACTUALLY, I WANT TO FLIP TO PAGE 11.

01:49PM 18       AND DO YOU SEE IN THE PARAGRAPH 10(A) THAT THERE'S A

01:49PM 19   LICENSE GRANT TO WALGREENS?

01:49PM 20   A.   YES.

01:49PM 21   Q.   AND WITHOUT REQUIRING US TO READ IT, CAN YOU JUST TAKE A

01:49PM 22   MOMENT TO READ IT AND THEN EXPLAIN WHAT THIS TERM DID.

01:49PM 23       (PAUSE IN PROCEEDINGS.)

01:49PM 24        THE WITNESS:  AGAIN, IT APPEARS THAT IT'S GIVING

01:49PM 25   WALGREENS THE RIGHT TO USE THE THERANOS SOFTWARE.

01:50PM  1     BY MR. DOWNEY:

01:50PM  2     Q.   AND YOU HAD A LICENSE TO DO THAT UNDER THE AGREEMENT?

01:50PM  3     A.   YES, IT APPEARS AS I READ IT.

01:50PM  4     Q.   OKAY.  WAS THAT IMPORTANT TO OBTAIN A LICENSE TO BE ABLE

01:50PM  5     TO USE THE DATA SO THAT WALGREENS MIGHT UTILIZE DATA FOR ITS

01:50PM  6     OWN PURPOSES DISTINCT FROM WHAT THERANOS WAS DOING?

01:50PM  7     A.   I THINK ANY TIME TWO COMPANIES THAT ARE NOT RELATED SHARE

01:50PM  8     INFORMATION AND DATA, THERE'S TYPICALLY SOME TYPE OF AGREEMENT

01:50PM  9     THAT GOVERNS HOW IT'S USED SO IT'S NOT MISUSED.

01:50PM  10    Q.   OKAY.  AND, YOU KNOW, THE PARTIES HAD BEEN NEGOTIATING FOR

01:50PM  11    ABOUT THREE MONTHS, I GUESS, PRIOR TO THE TIME THAT THE

01:50PM  12    AGREEMENT WAS SIGNED.

01:50PM  13         DO YOU RECALL THAT WHEN THE PARTIES SIGNED THE AGREEMENT,

01:50PM  14    THEY INCLUDED A CLAUSE CALLED AN INTEGRATION CLAUSE?

01:50PM  15    A.   I DON'T RECALL THAT.

01:50PM  16    Q.   OKAY.  DO YOU KNOW WHAT AN INTEGRATION CLAUSE IS?

01:50PM  17    A.   NOT SPECIFICALLY.

01:50PM  18    Q.   OKAY.  COULD I ASK YOU TO LOOK AT BATES NUMBER 17.

01:51PM  19         I'M SORRY.  IT'S BATES 23, PAGE 17.

01:51PM  20    A.   OKAY.

01:51PM  21    Q.   AND I WANT TO DIRECT YOUR ATTENTION TO G, THE ENTIRE

01:51PM  22    AGREEMENT.

01:51PM  23         AND DO YOU SEE THAT THIS IS A TERM WHICH PROVIDES "THE

01:51PM  24    TERMS AND CONDITIONS CONTAINED IN THIS AGREEMENT, INCLUDING ALL

01:51PM  25    SCHEDULES, CONSTITUTE THE ENTIRE AGREEMENT BETWEEN THE PARTIES

01:51PM   1    AND SUPERSEDE ALL PREVIOUS AGREEMENTS AND UNDERSTANDINGS,

01:51PM   2    WHETHER ORAL OR WRITTEN, BETWEEN THE PARTIES HERETO WITH

01:51PM   3    RESPECT TO THE SUBJECT MATTER OF THIS AGREEMENT AND NO

01:51PM   4    AGREEMENT OR UNDERSTANDING VARYING OR EXTENDING THE SAME SHALL

01:51PM   5    BE BINDING UPON EITHER PARTY UNLESS IN A WRITTEN DOCUMENT."

01:52PM   6         DO YOU SEE THAT?

01:52PM   7    A.   YES.

01:52PM   8    Q.   AND ARE PROVISIONS LIKE THIS FAIRLY STANDARD IN COMMERCIAL

01:52PM   9    ARRANGEMENTS BETWEEN SOPHISTICATED PARTIES?

01:52PM  10    A.   I'M NOT AN ATTORNEY, BUT IT STANDS TO REASON THAT IF YOU

01:52PM  11    WANT TO MAKE SURE AN AGREEMENT STANDS BY ITSELF VERSUS THE

01:52PM  12    HISTORY OF DIFFERENT AGREEMENTS, THAT MAKES SENSE.

01:52PM  13    Q.   OKAY.  SO AT THIS POINT AFTER THE EXECUTION OF THE

01:52PM  14    AGREEMENT, THIS IS JULY 2010, AND I THINK YOU MENTIONED A

01:52PM  15    SERIES OF STEPS THAT WOULD HAVE TO BE TAKEN TO SEE HOW THE

01:52PM  16    ARRANGEMENT WOULD WORK.  IF I MIGHT USE AN ABBREVIATION, IT'S

01:52PM  17    POST-AGREEMENT DUE DILIGENCE.

01:52PM  18         IS THAT A FAIR TERM?

01:52PM  19    A.   I WOULD ARGUE EVERY STEP OF THE WAY, RIGHT?

01:52PM  20         SO EVEN WHEN YOU GET TO PILOT AND EXPANSION, YOU'RE STILL

01:52PM  21    DOING DUE DILIGENCE ON IS THE BUSINESS MODEL EXPANDABLE AND

01:52PM  22    DOES IT WORK?

01:52PM  23    Q.   AND THAT'S TO EVALUATE WHETHER THIS IS AN ARRANGEMENT THAT

01:52PM  24    YOU WANT TO REMAIN A PARTY TO; CORRECT?

01:52PM  25    A.   RIGHT, AND IF BOTH PARTIES FIND IT VIABLE.

01:53PM  1    Q.   OKAY.  AND AFTER THE AGREEMENT WAS SIGNED, DID WORK WITHIN

01:53PM  2    WALGREENS HAVE TO BE TRANSFERRED FROM THE INNOVATIONS TEAM TO

01:53PM  3    AN OPERATIONS TEAM TO TRY TO BUILD THE PROGRAM UP?

01:53PM  4    A.   WE HAD AN OPERATIONS EXECUTION TEAM, WHATEVER YOU WOULD

01:53PM  5    CALL IT, THAT WE BUILT UP.  WE BROUGHT IN AN EXECUTIVE WHO HAD

01:53PM  6    LAB EXPERIENCE TO BE ON THAT TEAM, AND WE BROUGHT AN EMPLOYEE

01:53PM  7    WHO HAD LAB EXPERIENCE IN THE COMPANY OVER ON THAT TEAM, AND WE

01:53PM  8    BROUGHT A VARIETY OF DIFFERENT TALENTS TO BE ON THAT WORKING

01:53PM  9    TEAM.

01:53PM 10    Q.   OKAY.  SO THERE WAS A LOT THAT WENT INTO THAT OPERATIONS

01:53PM 11    TEAM?

01:53PM 12    A.   THERE WAS A LOT.

01:53PM 13    Q.   AND AMONG THAT IS MARKETING AND BRANDING; CORRECT?

01:53PM 14    A.   FOR THE MOST PART MARKETING AND BRANDING WAS REALLY A

01:53PM 15    THERANOS ACTIVITY.

01:53PM 16    Q.   OKAY.  AND WITH INSURERS AND PAYORS -- YOU RECALL THAT WE

01:54PM 17    TALKED ABOUT THAT BEFORE?

01:54PM 18    A.   YES.

01:54PM 19    Q.   AND IT WAS IMPORTANT TO WORK OUT THE RELATIONSHIPS BETWEEN

01:54PM 20    THERANOS AND THOSE INSURERS AND PAYORS; CORRECT?

01:54PM 21    A.   CORRECT.

01:54PM 22    Q.   AND WAS SOMEONE AT WALGREENS ASSISTING WITH THAT?

01:54PM 23    A.   I BELIEVE THERE WAS WORK DONE ON BOTH SIDES, BOTH THROUGH

01:54PM 24    OUR CONTACTS AND THROUGH THEIR WORK.

01:54PM 25    Q.   OKAY.  AND WAS THERE WORK TO INTEGRATE THE I.T. SYSTEMS OF

01:54PM  1    THERANOS AND WALGREENS?

01:54PM  2    A.   I DON'T KNOW TO WHAT EXTENT INTEGRATE, BUT THERE WAS A LOT

01:54PM  3    OF WORK ON THERANOS'S END TO SUPPORT THE SYSTEM.

01:54PM  4    Q.   AND WITHIN THE BUSINESS MODEL, WAS THERE ALSO AN EFFORT TO

01:54PM  5    TRY TO FIGURE OUT HOW THE CUSTOMER SERVICE COMPONENTS OF THE

01:54PM  6    PROGRAM WOULD WORK?

01:54PM  7    A.   YES.

01:54PM  8    Q.   AND SOME OF THAT RELATED TO WHO WOULD EMPLOY WHO, FOR

01:54PM  9    EXAMPLE?

01:54PM  10   A.   RIGHT, OR JUST IF A POTENTIAL PATIENT WALKS THROUGH THE

01:54PM  11   DOOR WITH A LAB PRESCRIPTION, DO THEY KNOW WHERE TO GO?  ARE

01:54PM  12   THEY GREETED?  ARE THEY RECEIVED?  YOU KNOW, ALL OF THAT FROM

01:54PM  13   HOW A PATIENT PERCEIVES THE EXPERIENCE.

01:54PM  14   Q.   OKAY.  SO ALL OF THOSE ISSUES AND OTHER ISSUES WERE ISSUES

01:55PM  15   ON WHICH THE COMPANIES CONTINUED TO WORK FOR THE REST OF 2010

01:55PM  16   AND 2011; CORRECT?

01:55PM  17   A.   AND I'D ARGUE 2012 AND INTO '13 AS WELL.

01:55PM  18   Q.   BUT AT THE BEGINNING OF 2012, DO YOU RECALL THE

01:55PM  19   DISCUSSIONS BEGAN ABOUT THE MODEL EVOLVING WHERE THE DEVICES

01:55PM  20   WOULD NO LONGER BE PART OF THE -- NO LONGER BE PLACED IN THE

01:55PM  21   STORES BUT WOULD INSTEAD GO IN A CENTRAL LAB?

01:55PM  22   A.   I REMEMBER LOTS OF DISCUSSIONS.  I DON'T REMEMBER IF IT

01:55PM  23   WAS IN 2012.  BUT IT SEEMS TO HAVE MANIFESTED ITSELF INTO A

01:55PM  24   LATER AGREEMENT.

01:55PM  25   Q.   OKAY.  WELL, LET ME JUST ASK YOU TO LOOK AT EXHIBIT 503,

01:55PM  1    THIS IS ALREADY IN EVIDENCE, BUT JUST TO HELP YOU ORIENT

01:55PM  2    YOURSELF RELATIVE TO THE CHRONOLOGY.

01:55PM  3        THIS IS THE POWERPOINT PRESENTATION THAT YOU LOOKED AT ON

01:56PM  4    YOUR DIRECT EXAMINATION, AND I'D JUST DIRECT YOUR ATTENTION

01:56PM  5    FIRST TO -- THIS WAS SENT TO YOU BY DR. ROSAN; CORRECT?

01:56PM  6    A.   THAT'S CORRECT.

01:56PM  7    Q.   AND THIS WAS SOMETHING THAT HE HAD RECEIVED FROM THERANOS;

01:56PM  8    CORRECT?

01:56PM  9    A.   THAT'S WHAT IT APPEARS TO BE.

01:56PM  10   Q.   AND IF YOU GO TO PAGE -- ON THE EXHIBIT NUMBER PAGE 9,

01:56PM  11   WHICH IS THE CENTER NUMBER AT THE BOTTOM.

01:56PM  12       THIS IS A DEMONSTRATIVE THAT BASICALLY SHOWS HOW THE MODEL

01:56PM  13   THAT IS GOING TO BE ADOPTED WOULD WORK; CORRECT?

01:57PM  14   A.   THAT'S CORRECT.

01:57PM  15   Q.   OKAY.  AND TO JUST TAKE THE TOP PORTION OF THE

01:57PM  16   DEMONSTRATIVE, YOU SEE THAT THE FIRST ITEM -- WELL, IT'S

01:57PM  17   LABELED PROJECT NORMANDY PROCESS.

01:57PM  18       DO YOU SEE THAT?

01:57PM  19   A.   YES.

01:57PM  20   Q.   AND PROJECT NORMANDY WAS JUST A REFERENCE TO THE LAUNCH

01:57PM  21   UNDER A MODEL WHERE THE DEVICES WERE NO LONGER IN THE STORES;

01:57PM  22   CORRECT?

01:57PM  23   A.   I DON'T KNOW WHAT THE BASIS WAS FOR CHANGING THE NAME, BUT

01:57PM  24   WHAT BECAME BETA BECAME NORMANDY.  I DON'T KNOW WHY, BUT --

01:57PM  25   Q.   OKAY.  AND ON THE ARROWS ACROSS THERE'S A REFERENCE TO PSC

01:57PM   1    ON THE LEFT-HAND SIDE.

01:57PM   2        DO YOU SEE THAT?

01:57PM   3    A.   CORRECT.

01:57PM   4    Q.   AND IS THAT A REFERENCE TO PATIENT SERVICE CENTER?

01:57PM   5    A.   IT MIGHT BE.  I DON'T RECALL.

01:57PM   6    Q.   OKAY.  AND THEN IT HAS AN ARROW POINTING TOWARDS A CLIA

01:57PM   7    LAB; CORRECT?

01:57PM   8    A.   CORRECT.

01:57PM   9    Q.   AND THEN FROM THE CLIA LAB, THERE'S AN ARROW WITH RESULTS

01:58PM  10    REPORTING; CORRECT?

01:58PM  11    A.   CORRECT.

01:58PM  12    Q.   AND THIS IS SETTING FORTH THE MODEL WHERE TESTING IS DONE

01:58PM  13    IN THE STORE, PATIENT SERVICE CENTER, IT'S TRANSMITTED TO THE

01:58PM  14    CLIA LAB, AND THEN RESULTS ARE REPORTED BACK; CORRECT?

01:58PM  15    A.   THAT'S MY INTERPRETATION.

01:58PM  16    Q.   OKAY.  AND UNDERNEATH EACH OF THESE ITEMS THERE'S A

01:58PM  17    DESCRIPTION OF DIFFERENT ELEMENTS OF THE PROCESS AS YOU MOVE

01:58PM  18    THROUGH TRANSMITTING THE SAMPLE; CORRECT?

01:58PM  19    A.   EFFECTIVELY WHAT HAS TO HAPPEN.

01:58PM  20    Q.   RIGHT.  SO YOU SEE AT THE BOTTOM, FOR EXAMPLE, THAT IT

01:58PM  21    SETS FORTH SHIPPING AND IT INDICATES THAT THE VESSEL IS SHIPPED

01:58PM  22    TO THE THERANOS LAB, AND THAT'S A REFERENCE TO THE BLOOD

01:58PM  23    SAMPLE; CORRECT?

01:58PM  24    A.   YES.

01:58PM  25    Q.   OKAY.  AND THEN I THINK WE TALKED BEFORE ABOUT, YOU KNOW,

01:58PM   1    SOME OF THE NEW FEATURES OF THE AGREEMENT, LIKE REFRIGERATION,

01:58PM   2    AND THAT'S REFERENCED UNDER CLIA LAB; CORRECT?

01:58PM   3    A.   THAT'S CORRECT.

01:58PM   4    Q.   AND THIS WAS ALL PART OF THE DISCUSSION WHEN THE PARTIES

01:59PM   5    BEGAN LOOKING AT A POTENTIAL PROCESS WHERE YOU WOULD SWITCH

01:59PM   6    FROM DEVICES IN THE STORES TO A CENTRAL LAB; CORRECT?

01:59PM   7    A.   YES.

01:59PM   8    Q.   AND THIS STRATEGY WAS DISCUSSED OVER A LONG PERIOD OF

01:59PM   9    TIME; RIGHT?

01:59PM   10   A.   YES.

01:59PM   11   Q.   BUT ULTIMATELY THERE WAS AN AGREEMENT, AND THAT WAS THE

01:59PM   12   AGREEMENT THAT WAS ENTERED INTO LATER IN 2012; CORRECT?

01:59PM   13   A.   YES.

01:59PM   14   Q.   MAY I ASK YOU, AT THIS POINT, HAD YOU BECOME SKEPTICAL OF

01:59PM   15   THE BUSINESS MODEL WHERE DEVICES WOULD BE DEPLOYED IN THE

01:59PM   16   STORES?

01:59PM   17   A.   NO.

01:59PM   18   Q.   OKAY.  WHEN DID YOU START TO EVALUATE THE ECONOMICS ALONG

01:59PM   19   THE LINES OF WHAT YOU DESCRIBED EARLIER?

01:59PM   20   A.   THE ECONOMICS OF HAVING THE DEVICE IN THE LAB?

01:59PM   21   Q.   RIGHT.  RECALL THAT YOU MENTIONED EARLIER THAT FOR SOME

01:59PM   22   STORES IT MIGHT NOT MAKE SENSE TO HAVE A DEVICE?

01:59PM   23   A.   RIGHT.

01:59PM   24   Q.   EVEN IF IT WAS LAWFUL AND OTHERWISE DESIRABLE?

02:00PM   25   A.   RIGHT.

02:00PM  1    Q.   WHEN DID YOU START THINKING ABOUT THAT?

02:00PM  2    A.   PRETTY EARLY IN THE RELATIONSHIP.  I DON'T KNOW EXACTLY

02:00PM  3    WHEN, BUT I THINK I HAD COME TO A CONCLUSION THAT ULTIMATELY

02:00PM  4    YOU MAY HAVE VERY FEW IN STORES BECAUSE IT MIGHT BE MUCH MORE

02:00PM  5    EFFICIENT TO HAVE A SECOND CLIA LAB IN NEW YORK, FOR EXAMPLE,

02:00PM  6    THAT SERVICES 100 STORES THAN HAVING 100 DIFFERENT MACHINES

02:00PM  7    WITH INVENTORY.

02:00PM  8         SO I THINK IN MY MIND PROBABLY -- IT WOULD PROBABLY MORPH

02:00PM  9    OVER TIME TO HAVING MULTIPLE LABS IN DIFFERENT MSA MARKETS, BUT

02:00PM 10    NOT ONE IN EVERY STORE.

02:00PM 11    Q.   AND WHEN YOU SAY MSA, WHAT DOES THAT MEAN?

02:00PM 12    A.   YOU KNOW, LIKE A METROPOLITAN AREA, NEW YORK, OR CHICAGO,

02:00PM 13    OR, YOU KNOW, AGAIN, WHERE YOU HAVE MAYBE ONE LAB SERVICING

02:00PM 14    100, 200, 300 STORES AROUND IT.

02:00PM 15         SO YOU CAN DO VERY EFFICIENT DAILY DELIVERIES AND HAVE

02:00PM 16    TESTS RUN EFFICIENTLY WITH PEOPLE THAT ARE CONSTANTLY PICKING

02:00PM 17    THE RIGHT CARTRIDGE.

02:00PM 18         BUT THAT'S WHERE I THOUGHT THE ECONOMICS WOULD PROBABLY GO

02:01PM 19    OVER TIME TO BE THE BEST FOR BOTH PARTIES.

02:01PM 20    Q.   OKAY.  AND IF YOU LOOK AT EXHIBIT 617 IN YOUR WHITE

02:01PM 21    NOTEBOOK, I JUST WANT TO ASK YOU IF THIS IS THE AGREEMENT WHICH

02:01PM 22    CHANGED THE WAY IN WHICH THE PARTIES WERE PLANNING TO OPERATE.

02:01PM 23    A.   I WOULD SAY THAT THIS, TO MY UNDERSTANDING, WOULD BE BASED

02:01PM 24    ON EVERYTHING THAT HAPPENED IN THE PRIOR, YOU KNOW, TWO YEARS,

02:01PM 25    EVERYTHING THAT WE LEARNED, THIS NOW MEMORIALIZES A NEW

02:01PM  1    AGREEMENT FOR BOTH PARTIES BASED UPON ALL OF THOSE LEARNINGS.

02:01PM  2    Q.   AND IF YOU LOOK AT PAGE 4 OF THE EXHIBIT, IT SETS FORTH A

02:01PM  3    SCHEDULE, WHICH IS THE PROGRAM OVERVIEW.

02:01PM  4         DO YOU SEE THAT?

02:01PM  5    A.   I DO.

02:02PM  6    Q.   AND IF YOU WOULD GO TO THE THIRD SENTENCE -- THE THIRD

02:02PM  7    PARAGRAPH LABELLED PHASED DISRUPTION.

02:02PM  8         AND IF YOU LOOK AT THE THIRD SENTENCE, IT SAYS,

02:02PM  9    "NOTWITHSTANDING THE PREVIOUS, THE PARTIES ACKNOWLEDGE THE

02:02PM  10   MUTUAL DESIRE TO BRING THERANOS'S TECHNOLOGY TO MARKET AS

02:02PM  11   QUICKLY AS IS REASONABLY POSSIBLE.  WITH THAT IN MIND, AT THE

02:02PM  12   COMMENCEMENT OF THIS AGREEMENT, IT IS THE PARTIES' INTENTION

02:02PM  13   FOR WALGREENS TO ACT AS A PATIENT SERVICE CENTER AND COLLECT

02:02PM  14   BLOOD SAMPLES VIA FINGERSTICK TECHNOLOGY, SMALL SAMPLES OF

02:02PM  15   URINE, SALIVA, FECES, OR SWABS, WITH LABORATORY TESTING TO BE

02:02PM  16   PERFORMED BY THERANOS AT A CLIA CERTIFIED OFFSITE LABORATORY."

02:02PM  17        CORRECT?

02:02PM  18   A.   CORRECT.

02:02PM  19   Q.   AND SO FROM THE DATE OF THIS AGREEMENT FORWARD, THE

02:02PM  20   UNDERSTANDING WAS THAT THIS IS HOW THE PROGRAM WITH WALGREENS

02:03PM  21   AND THERANOS WOULD WORK, AT LEAST UNTIL WALGREENS GOT CERTAIN

02:03PM  22   REGULATORY APPROVAL -- AT LEAST UNTIL THERANOS GOT CERTAIN

02:03PM  23   REGULATORY APPROVALS?

02:03PM  24   A.   CORRECT.

02:03PM  25   Q.   AND I THINK FROM THIS PROGRAM FORWARD IN THE MIDDLE OF

02:03PM  1    2012, YOU WERE WORKING TOWARDS THE LAUNCH THAT ULTIMATELY

02:03PM  2    HAPPENED IN THE LATTER PART OF 2013; CORRECT?

02:03PM  3    A.   CORRECT.

02:03PM  4    Q.   NOW, AT THE TIME OF THE ORIGINAL AGREEMENT, THE

02:03PM  5    CONTEMPLATION WAS THAT ULTIMATELY THE PARTIES WOULD WORK

02:03PM  6    TOWARDS A NATIONAL ROLLOUT OF THERANOS TECHNOLOGY; CORRECT?

02:04PM  7    A.   YES, WITH THE PREREQUISITE BEING EVERYTHING WORKING AS

02:04PM  8    PLANNED.

02:04PM  9    Q.   BUT THAT WAS AN OBJECTIVE OF THE AGREEMENT; CORRECT?

02:04PM  10   A.   YES.

02:04PM  11   Q.   AND WHEN THIS -- WHEN THE 2012 AGREEMENT WAS SIGNED, IT

02:04PM  12   REFERENCED EXPECTATIONS AS TO HOW THE ROLLOUT WOULD WORK;

02:04PM  13   CORRECT?

02:04PM  14   A.   THAT'S CORRECT.

02:04PM  15   Q.   AND LET ME JUST DRAW THAT UP IN EXHIBIT 617, AND THAT'S AT

02:04PM  16   SCHEDULE F, WHICH IS BATES 53.

02:04PM  17        AND IF YOU LOOK UNDER NUMBER 2, THAT SETS FORTH WHAT THE

02:04PM  18   PROGRAM OBJECTIVES WERE; CORRECT?

02:05PM  19   A.   CORRECT.

02:05PM  20   Q.   AND IF YOU LOOK UNDER A, IT DESCRIBES HOW THE TESTING WILL

02:05PM  21   WORK, ET CETERA, AND IT SAYS, "IT WILL INTRODUCE A MORE

02:05PM  22   COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

02:05PM  23   WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE (WHICH, BY

02:05PM  24   EXAMPLE, INCLUDE BUT ARE NOT LIMITED TO)," AND IT DESCRIBES

02:05PM  25   INFUSION CENTERS AND OTHER CLINICS; CORRECT?

02:05PM 1    A.   CORRECT.

02:05PM 2    Q.   AND FROM THAT AGREEMENT, FROM THAT TIME UNTIL THE TIME

02:05PM 3    SHORTLY BEFORE THE LAUNCH, THE PARTIES CONTINUED TO DISCUSS A

02:05PM 4    POTENTIAL SCHEDULE FOR A NATIONWIDE ROLLOUT; CORRECT?

02:05PM 5    A.   CORRECT.

02:05PM 6    Q.   AND THERE WERE DIFFERENT IDEAS AT VARIOUS TIMES AS TO HOW

02:05PM 7    THAT ROLLOUT MIGHT WORK; CORRECT?

02:06PM 8    A.   CORRECT.

02:06PM 9    Q.   AND IF YOU LOOK AT -- IN YOUR BLACK BINDER NOW AT

02:06PM 10   EXHIBIT 7312.

02:06PM 11   A.   IS THAT BINDER 2 OR BINDER 1?

02:06PM 12   Q.   IT'S THE BINDER THAT SHOULD HAVE --

02:06PM 13   A.   BINDER 2 I THINK.

02:06PM 14   Q.   YEAH.

02:06PM 15        THIS IS AN EMAIL FROM MS. HOLMES TO YOU; CORRECT?

02:06PM 16   A.   YES.

02:06PM 17   Q.   AND SHE ATTACHED TO THIS A POWERPOINT THAT SETS FORTH A

02:07PM 18   PROPOSED ROLLOUT PLAN; CORRECT?

02:07PM 19   A.   CORRECT.

02:07PM 20   Q.   AND YOU LOOKED AT THIS ON YOUR DIRECT EXAMINATION;

02:07PM 21   CORRECT?

02:07PM 22   A.   CORRECT.

02:07PM 23        MR. DOWNEY:  YOUR HONOR, I THINK I'VE USED A

02:07PM 24   DIFFERENT EXHIBIT NUMBER FOR AN EXHIBIT ALREADY MENTIONED, BUT

02:07PM 25   I THINK SINCE THE WITNESS IS OPEN TO THERE, WITH THE

02:07PM 1     STIPULATION OF THE GOVERNMENT, I'LL AGREE TO MODIFY THAT NUMBER

02:07PM 2     LATER.

02:07PM 3              THE COURT:  ALL RIGHT.  MR. SCHENK?  I THINK --

02:07PM 4     YOU'D LIKE TO INTRODUCE THIS NOW OR HAVE THIS WITNESS --

02:07PM 5              MR. DOWNEY:  I THINK IT'S ACTUALLY ALREADY IN

02:07PM 6     EVIDENCE.

02:07PM 7              THE COURT:  OKAY.  DO WE KNOW THE NUMBER?

02:07PM 8     LET'S ALLOW YOU TO GO FORWARD WITH THIS.  WE'LL GET THE

02:07PM 9     NUMBER IN A SECOND.

02:07PM 10    BY MR. DOWNEY:

02:07PM 11    Q.   WELL, IN AN ABUNDANCE OF CAUTION, LET ME SAY, IS THIS AN

02:07PM 12    EMAIL COMMUNICATION FROM MS. HOLMES TO YOU IN AUGUST OF 2013?

02:07PM 13    A.   YES.

02:07PM 14    Q.   AND SHE ATTACHED HERE A POWERPOINT THAT SETS FORTH A

02:07PM 15    WALGREENS DEPLOYMENT PLAN?

02:08PM 16    A.   A PROPOSAL.

02:08PM 17    Q.   AND THIS WAS HER PROPOSAL AS TO HOW A ROLLOUT OF THERANOS

02:08PM 18    MIGHT WORK IN STORES ACROSS THE COUNTRY; CORRECT?

02:08PM 19    A.   CORRECT.

02:08PM 20    Q.   AND SHE WAS SENDING THIS TO YOU FOR YOUR COMMENT AND

02:08PM 21    REACTION AND FEEDBACK; CORRECT?

02:08PM 22    A.   I THINK YOU'D HAVE TO ASK HER, BUT AT LEAST FOR MY

02:08PM 23    INFORMATION.

02:08PM 24    Q.   OKAY.  WELL, THAT'S WHAT YOU UNDERSTOOD.  THIS WAS A

02:08PM 25    DOCUMENT PROPOSING HOW IT MIGHT WORK; CORRECT?

02:08PM  1    A.   RIGHT.

02:08PM  2    Q.   AND IF YOU LOOK AT THE SECOND PARAGRAPH OF THE EMAIL, SHE

02:08PM  3    SAYS, "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST

02:08PM  4    EFFECTIVE ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE

02:08PM  5    AS FAST AS POSSIBLE."

02:08PM  6            THE COURT:  LET ME STOP YOU THERE.  I DON'T THINK

02:08PM  7    THIS IS IN EVIDENCE YET.  I DON'T BELIEVE IT IS.

02:08PM  8            MR. DOWNEY:  OKAY.  WELL, YOUR HONOR, I MOVE THE

02:08PM  9    ADMISSION OF 7312.

02:08PM  10           MR. SCHENK:  NO OBJECTION.  I BELIEVE 971 --

02:08PM  11           THE COURT:  971?

02:08PM  12           MR. SCHENK:  971.

02:08PM  13           MR. DOWNEY:  IN THE EVENT THERE IS SOME DEVIATION,

02:08PM  14   I'LL USE 7312 FOR NOW.

02:09PM  15           THE COURT:  7312.  UNDERSTOOD.  SO IT'S ADMITTED,

02:09PM  16   AND IT MAY BE PUBLISHED.

02:09PM  17       (DEFENDANT'S EXHIBIT 7312 WAS RECEIVED IN EVIDENCE.)

02:09PM  18   BY MR. DOWNEY:

02:09PM  19   Q.   SO IN THAT SECOND PARAGRAPH SHE TALKS ABOUT EFFECTIVELY A

02:09PM  20   ROLLOUT STRATEGY FOR A BROAD NATIONAL ROLLOUT; CORRECT?

02:09PM  21   A.   YES.

02:09PM  22   Q.   AND IF YOU LOOK AT THE DATE OF THIS, THIS IS AUGUST 7TH,

02:09PM  23   2013; CORRECT?

02:09PM  24   A.   CORRECT.

02:09PM  25   Q.   AND THAT IS ABOUT A MONTH BEFORE THERANOS AND WALGREENS

02:09PM  1      WOULD ANNOUNCE THEIR PARTNERSHIP PUBLICLY --

02:09PM  2              THE COURT:  JUST A MOMENT.  I DON'T THINK IT'S ON

02:09PM  3      OUR SCREEN.

02:09PM  4              MR. DOWNEY:  OH, I BEG YOUR PARDON.

02:09PM  5              THE CLERK:  LET ME DO A RESET.  ONE MOMENT.

02:09PM  6              THE COURT:  WE'RE GOING TO RESET THE SYSTEM SO IT

02:09PM  7      WILL HOPEFULLY CATCH UP.

02:10PM  8          (PAUSE IN PROCEEDINGS.)

02:10PM  9              JUROR:  JUST ONE.

02:10PM  10             THE COURT:  I THINK ALL OF THE MONITORS ARE UP, SO

02:10PM  11     SORRY FOR THE SCOREBOARD BREAKDOWN.

02:10PM  12     BY MR. DOWNEY:

02:10PM  13     Q.   SORRY.  WE WERE DISCUSSING AN EMAIL OF A NATIONAL ROLLOUT

02:11PM  14     PLAN FROM MS. HOLMES TO YOU IN AUGUST OF 2013.

02:11PM  15          AND JUST TO MAKE SURE THAT WE'RE ORIENTED TO THE SCHEDULE,

02:11PM  16     THIS IS ABOUT A YEAR BEFORE YOU LEAVE WALGREENS; CORRECT?

02:11PM  17     A.   CORRECT.

02:11PM  18     Q.   AND IT'S SHORTLY BEFORE THE CONSUMER LAUNCH OF THERANOS;

02:11PM  19     CORRECT?

02:11PM  20     A.   CORRECT.

02:11PM  21     Q.   AND MS. HOLMES WAS PROPOSING THAT THERE BE A SCHEDULE AS

02:11PM  22     SET FORTH IN THE ATTACHED POWERPOINT TO THIS; CORRECT?

02:11PM  23     A.   CORRECT.

02:11PM  24     Q.   AND IN THE SECOND PARAGRAPH OF THE COVER EMAIL, SHE SAYS,

02:11PM  25     "WE HAVE CEMENTED WHAT WE BELIEVE TO BE THE MOST EFFECTIVE

02:11PM 1     ROLLOUT STRATEGY FOR REALIZING BROAD NATIONAL SCALE AS FAST AS

02:11PM 2     POSSIBLE."

02:11PM 3          DO YOU SEE THAT?

02:11PM 4     A.   YES.

02:11PM 5     Q.   AND YOU LOOKED AT THIS DURING YOUR DIRECT EXAMINATION, BUT

02:11PM 6     IF YOU GO TO THE FIFTH PARAGRAPH, SHE SETS FORTH THAT THERE IS

02:12PM 7     A SIGNIFICANT AMOUNT OF WORK THAT THE WALGREENS TEAM WILL HAVE

02:12PM 8     TO DO, INCLUDING ESTABLISHING A MORE ROBUST FORMAL TECHNICIAN

02:12PM 9     TRAINING PROGRAM AND PREPARING SPACE IN NEW YORK CITY, ET

02:12PM 10    CETERA; CORRECT?

02:12PM 11    A.   CORRECT.

02:12PM 12    Q.   AND SO THIS EMAIL WAS ONE IN WHICH SHE WAS RAISING WHAT

02:12PM 13    THERANOS WAS ASKING WALGREENS TO DO; CORRECT?

02:12PM 14    A.   CORRECT.

02:12PM 15    Q.   OKAY.  AND HER PROPOSAL IS SET FORTH IN THE ATTACHMENT, SO

02:12PM 16    IF YOU GO TO THE PAGE OF THE POWERPOINT THAT HAS A 2 AT THE

02:13PM 17    BOTTOM LABELLED EXECUTIVE SUMMARY.

02:13PM 18         DO YOU HAVE THAT?

02:13PM 19    A.   YES.

02:13PM 20    Q.   AND SHE SETS FORTH A PLAN UNDER WHICH THERANOS WOULD OPEN

02:13PM 21    ON A SMALL SCALE CERTAIN LOCATIONS IN ARIZONA IN THE NEAR

02:13PM 22    FUTURE; CORRECT?

02:13PM 23    A.   YES.

02:13PM 24    Q.   AND THEN SHE PROPOSED THAT IN THE FOURTH QUARTER

02:13PM 25    THERANOS'S PRESENCE BE EXPANDED IN PHOENIX AND NEW YORK;

02:13PM  1    CORRECT?

02:13PM  2    A.   CORRECT.

02:13PM  3    Q.   AND THEN SHE PROPOSED THAT THROUGHOUT 2014 THERANOS AND

02:13PM  4    WALGREENS WOULD EXECUTE A NATIONAL ROLLOUT STRATEGY; CORRECT?

02:13PM  5    A.   CORRECT.

02:13PM  6    Q.   AND IF YOU LOOK AT THE PAGES THAT FOLLOW AND JUST SCROLL

02:14PM  7    THROUGH THEM, YOU SEE THAT SHE WAS PROPOSING THE LOCATIONS IN

02:14PM  8    THE DARKER COLOR AS TO WHAT -- WHICH STATES WOULD LAUNCH IN

02:14PM  9    WHICH QUARTER; CORRECT?

02:14PM  10   A.   CORRECT.

02:14PM  11   Q.   AND SHE PROPOSED THAT BY THE END OF THE YEAR THAT THERANOS

02:14PM  12   BE IN ABOUT 60 -- 6,250 WALGREENS STORES AT THE END OF THE YEAR

02:14PM  13   2014; CORRECT?

02:14PM  14   A.   CORRECT.

02:14PM  15   Q.   AND YOU RESPONDED TO THIS EMAIL AFTER RECEIVING IT

02:14PM  16   INTERNALLY IN EXHIBIT 971, AND MR. SCHENK SHOWED YOU THAT ON

02:15PM  17   YOUR DIRECT EXAMINATION; CORRECT?

02:15PM  18   A.   CORRECT.

02:15PM  19   Q.   AND YOU'RE HAVING A DIALOGUE INTERNALLY AT WALGREENS HERE;

02:15PM  20   CORRECT?

02:15PM  21   A.   CORRECT.

02:15PM  22   Q.   AND YOU DISCUSSED WITH MR. SCHENK THE LAST SENTENCE WHERE

02:15PM  23   YOU SAY "I'M NOT WORRIED ABOUT THEM OR LABS... I'M WORRIED

02:15PM  24   ABOUT US," WITH A FROWN.

02:15PM  25        I JUST WANT TO ASK YOU, WHAT DOES "LABS" REFER TO THERE?

02:15PM  1    A.    I THINK I'M NOT WORRIED ABOUT THEM OR THE EFFICACY OF

02:15PM  2    THEIR LAB EQUIPMENT.

02:15PM  3    Q.    BUT YOU'RE WORRIED ABOUT WALGREENS; CORRECT?

02:15PM  4    A.    RIGHT, BECAUSE SHE'S OUTLINED AT LEAST FOUR AREAS WHERE I

02:15PM  5    THINK IT'S IMPLICIT THAT SHE'S SAYING THAT WE'RE NOT DOING OUR

02:15PM  6    PART.

02:15PM  7    Q.    OKAY.  LET ME ASK YOU TO LOOK NOW AT EXHIBIT 1083, AND MY

02:16PM  8    QUESTION WILL BE WHETHER THIS IS A RESPONSE TO YOUR PROPOSAL?

02:16PM  9    A.    WHICH BOOK IS IT IN?

02:16PM  10   Q.    I THINK IT SHOULD BE 2.

02:16PM  11             THE CLERK:  IS THAT 1083, COUNSEL?

02:16PM  12             MR. DOWNEY:  YES.  THIS IS A NEW EXHIBIT.

02:16PM  13             THE CLERK:  DO YOU MEAN 10,000 --

02:16PM  14             MR. DOWNEY:  NO 1-0-8-3.  1083.

02:16PM  15   Q.    AND IS THIS AN EMAIL FROM YOU TO MS. HOLMES SETTING FORTH

02:16PM  16   A PROPOSAL ABOUT THE THERANOS-WALGREENS RELATIONSHIP?

02:16PM  17   A.    THIS IS.

02:16PM  18   Q.    OKAY.  AND IF YOU LOOK ON THE COVER --

02:17PM  19             WELL, YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 1083.

02:17PM  20             MR. SCHENK:  NO OBJECTION.

02:17PM  21             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM  22        (GOVERNMENT'S EXHIBIT 1083 WAS RECEIVED IN EVIDENCE.)

02:17PM  23   BY MR. DOWNEY:

02:17PM  24   Q.    LOOK AT THE COVER EMAIL.  YOU INDICATE TO MS. HOLMES THAT,

02:17PM  25   "ATTACHED IS THE CONCEPTUAL FRAMEWORK I SHARED LAST NIGHT.

02:17PM    1    TAKE A LOOK AND LET ME KNOW YOUR IDEAS OF HOW YOU MIGHT MODIFY,

02:17PM    2    ET CETERA."

02:17PM    3         AND THIS APPARENTLY FOLLOWED A CONVERSATION THAT YOU HAD

02:17PM    4    WITH MS. HOLMES?

02:17PM    5    A.   CORRECT.

02:17PM    6    Q.   AND AMONG THE ISSUES THAT YOU WERE DISCUSSING WAS THE

02:17PM    7    TIMELINE FOR ROLLING OUT THERANOS IN WALGREENS STORES; CORRECT?

02:17PM    8    A.   RIGHT.  THE CRUX OF THIS DISCUSSION WAS ACTUALLY THERANOS

02:17PM    9    WAS WANTING US TO CREATE A VERY HIGH-LEVEL PATIENT EXPERIENCE

02:18PM   10    IN ALL OF OUR PHARMACIES AKIN TO WHAT EVERY SAFEWAY HAD DONE,

02:18PM   11    AND WE HAD DONE SOME THINKING AND SOME WORK TO SAY, YOU KNOW,

02:18PM   12    IT'S NOT REALLY PRACTICAL, IT WOULD BE VERY EXPENSIVE, BUT

02:18PM   13    PERHAPS A TIERING SYSTEM OF WHAT WE THINK WOULD BE THE MOST,

02:18PM   14    THE HEAVIEST USE STORES VERSUS THE LIGHTEST AND MAYBE WE COULD

02:18PM   15    ALIGN IN TERMS OF REALLY BUILDING THE EXPERIENCE TO SUIT THE

02:18PM   16    SPECIFIC STORE ENVIRONMENT.

02:18PM   17    Q.   OKAY.  SO YOU -- THERANOS THOUGHT SOME STORES WERE MORE

02:18PM   18    DESIRABLE TO BE LOCATED IN THAN OTHERS?

02:18PM   19    A.   WELL, I THINK THAT WAS AT LEAST OUR PROPOSAL IS THAT WE

02:18PM   20    REALLY SHOULDN'T DO A ONE-SIZE-FITS-ALL.  SOME STORES WE COULD

02:18PM   21    USE THE CLINIC AND SOME WE MIGHT BUILD OUT A SPACE, BUT OTHERS

02:18PM   22    PERHAPS JUST A SCREEN WOULD BE GOOD ENOUGH.

02:18PM   23    Q.   OKAY.  AND SO YOU, YOU RANKED CERTAIN STORES AND INDICATED

02:19PM   24    THAT BY COLOR; CORRECT?

02:19PM   25    A.   I BELIEVE IT WAS -- I DON'T KNOW IF IT WAS A GOLD, SILVER,

02:19PM   1    BRONZE SYSTEM OR SOME KIND OF A THREE-TIER SYSTEM I RECALL.

02:19PM   2    Q.   OKAY.  IN GOLD STORES YOU MIGHT HAVE A FULLER FACILITY?

02:19PM   3    A.   THE BEST OF THE BEST EXPERIENCE THAT WE COULD PROVIDE.

02:19PM   4    Q.   AND IN THE SILVER YOU MIGHT HAVE A PRIVATE BATHROOM, BUT

02:19PM   5    IT WOULD NOT BE AS NICE AS THE GOLD; CORRECT?

02:19PM   6    A.   CORRECT.

02:19PM   7    Q.   AND THEN THE BRONZE WOULD BE THE STORES WITH JUST THE

02:19PM   8    SCREENS?

02:19PM   9    A.   THAT'S MY RECOLLECTION.

02:19PM  10    Q.   AND YOU WERE MAKING A PROPOSAL HERE AS TO HOW MANY STORES

02:19PM  11    WOULD BE WITHIN EACH TIER; CORRECT?

02:19PM  12    A.   YES.

02:19PM  13    Q.   AND YOU WERE PROPOSING HOW THOSE LOCATIONS MIGHT BE ROLLED

02:19PM  14    OUT; CORRECT?

02:19PM  15    A.   CORRECT.

02:19PM  16    Q.   AND IN THE PARAGRAPH LABELED 1, YOU SET FORTH THE SCALE

02:19PM  17    TIMELINE AND VOLUME AND SPACE COMMITMENTS THAT YOU WERE

02:20PM  18    PROPOSING; CORRECT?

02:20PM  19    A.   CORRECT.  EVERYTHING PREDICATED ON THE TECHNOLOGY WORKING

02:20PM  20    AND THE PILOTS BEING SUCCESSFUL.

02:20PM  21    Q.   OKAY.  AND SO YOU PROPOSED THAT AFTER COMPLETION OF THE

02:20PM  22    PILOT, WALGREENS WAS WILLING TO COMMIT TO DEVELOPING SERVICES,

02:20PM  23    LAB SERVICES AT 1500 LOCATIONS WITHIN THE FIRST YEAR; CORRECT?

02:20PM  24    A.   ASSUMING IT WAS SUCCESSFUL, YES.

02:20PM  25    Q.   AND THAT WAS MORE THAN SHE HAD PROPOSED; CORRECT?

02:20PM   1    A.   I'D HAVE TO GO BACK AND CHECK HER NOTES.

02:20PM   2    Q.   OKAY.  BUT IN THE SECOND YEAR, YOU WOULD ROLL OUT AN

02:20PM   3    ADDITIONAL 1500 LOCATIONS; CORRECT?

02:20PM   4    A.   THAT'S WHAT IT SAYS HERE.

02:20PM   5    Q.   OKAY.  AND YOU JUST SET FORTH BELOW THE ALLOCATION OF

02:20PM   6    THOSE AMONGST THE GOLD, SILVER, AND BRONZE RANKING; CORRECT?

02:21PM   7    A.   CORRECT.

02:21PM   8    Q.   AND IF YOU GO TO THE NEXT PAGE OF THE EXHIBIT, YOU SET

02:21PM   9    FORTH AN INNOVATION FEE PAYMENT SCHEDULE.

02:21PM  10         WHAT WAS THE INNOVATION FEE A REFERENCE TO?

02:21PM  11    A.   AGAIN, THIS WAS THIS HUNDRED MILLION DOLLARS WHICH WE

02:21PM  12    TALKED ABOUT EARLIER WHICH WERE PAYMENTS TO BE STAGED THAT

02:21PM  13    EFFECTIVELY THERANOS WOULD BE ABLE TO USE MORE OR LESS AS

02:21PM  14    WORKING CAPITAL TO INVEST IN THE SCALEUP, AND THEN I BELIEVE

02:21PM  15    BASED UPON WHAT DEGREE OF VOLUME OVER TIME THOSE FEES TO SOME

02:21PM  16    DEGREE WOULD BE PAID BACK OR NOT.

02:21PM  17    Q.   OKAY.  AND THIS SETS FORTH A PROPOSAL AS TO THOSE PAYMENTS

02:21PM  18    OCCURRING OVER THE REST OF THE CALENDAR YEAR 2013; CORRECT?

02:21PM  19    A.   CORRECT.  AND AGAIN, AS I RECALL, ELIZABETH WAS ASKING IF

02:21PM  20    WE COULD AGAIN EXPEDITE THESE PAYMENTS IN ORDER TO HELP THEIR

02:21PM  21    ABILITY TO SCALE THE CARTRIDGES AND THE INFRASTRUCTURE.

02:22PM  22    Q.   AND WAS IT ALSO AN ELEMENT OF THIS AGREEMENT THAT YOU WERE

02:22PM  23    PROPOSING THAT YOU WOULD ASSIST THERANOS WITH LAUNCHING

02:22PM  24    INTERNATIONALLY AND OPENING STORES ABROAD?

02:22PM  25    A.   I BELIEVE THERE WAS A LOOSE AGREEMENT TO MAYBE DO

02:22PM    1    SOMETHING WITH ALLIANCE BOOTS, BUT IT WAS, I BELIEVE IT WAS --

02:22PM    2    WELL, HERE'S THE COMMENT TO ASSIST THEM, BUT IT WASN'T

02:22PM    3    DEFINITIVE.

02:22PM    4        ALLIANCE BOOTS WAS INDEPENDENT AT THE TIME, SO THERE WAS

02:22PM    5    NO WAY THAT WE COULD, YOU KNOW, GUARANTEE OR MANDATE, BUT WE

02:22PM    6    COULD MAKE INTRODUCTIONS.

02:22PM    7    Q.   AND ALL OF THESE -- SO, IN OTHER WORDS, WALGREENS HAD AN

02:22PM    8    AFFILIATION WITH ALLIANCE BOOTS AND YOU WERE GOING TO USE THAT

02:22PM    9    RELATIONSHIP TO ENCOURAGE THE OPENING OF STORES OVERSEAS; IS

02:22PM   10    THAT RIGHT?

02:22PM   11    A.   RIGHT.  WE HAD A MINORITY INVESTMENT STAKE.

02:22PM   12    Q.   OKAY.  AND THE DOCUMENTS THAT WE JUST LOOKED AT, THEY'RE

02:23PM   13    BASICALLY PART OF THE NEGOTIATION BETWEEN THERANOS AND

02:23PM   14    WALGREENS AS TO HOW A ROLLOUT WOULD WORK; CORRECT?

02:23PM   15    A.   CORRECT.

02:23PM   16        I THINK IT'S SAFE TO SAY WHEN YOU'RE DOING SOMETHING NEW

02:23PM   17    TO THE WORLD, THINGS CHANGE, AND IT NEEDS TO KEEP BEING

02:23PM   18    REFLECTED THAT IT'S THE BEST AGREEMENT FOR BOTH PARTIES.

02:23PM   19    Q.   AND YOU CONTINUED TO NEGOTIATE THAT AGREEMENT THROUGHOUT

02:23PM   20    THE REMAINDER OF 2013; CORRECT?

02:23PM   21    A.   I DON'T RECALL.  I BELIEVE THERE WAS AN ADDENDUM THAT

02:23PM   22    REFLECTED WHAT YOU'VE SHOWN ME, BUT I DON'T RECALL IF THERE WAS

02:23PM   23    ANOTHER AGREEMENT OR NOT.

02:23PM   24    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 1387, WHICH WOULD

02:23PM   25    BE IN NUMBER 2, THE DEFENSE BINDER.

02:24PM  1          I BEG YOUR PARDON.  IT'S ACTUALLY IN YOUR WHITE BINDER.

02:24PM  2               THE COURT:  1387?

02:24PM  3               MR. DOWNEY:  1387.

02:24PM  4               THE COURT:  THERE IS SUCH A DOCUMENT IN THE BLACK

02:24PM  5     BINDER.

02:24PM  6               MR. DOWNEY:  YOU HAVE A BETTER BLACK BINDER THAN I

02:24PM  7     DO.

02:24PM  8     Q.   MY QUESTION TO YOU SIMPLY, MR. MIQUELON, IS, IS THIS THE

02:24PM  9     AGREEMENT THAT WAS ENTERED INTO BETWEEN THERANOS AND WALGREENS

02:24PM 10     THAT WAS DESIGNED TO ADDRESS THERANOS'S ROLLOUT IN WALGREENS

02:25PM 11     STORES?

02:25PM 12     A.   I BELIEVE SO.

02:25PM 13     Q.   AND IF YOU LOOK AT PAGE 2 OF THAT EXHIBIT, THE FIRST

02:25PM 14     PARAGRAPH IS NATIONAL, NUMBER 1 SAID NATIONAL ROLLOUT, NEW

02:25PM 15     MARKET ENTRY, AND IT INDICATES THE PARTIES SHALL WORK TOGETHER

02:25PM 16     TO DEVELOP A FORECAST --

02:25PM 17               MR. SCHENK:  YOUR HONOR, BEFORE WE READ THE

02:25PM 18     DOCUMENT, LET'S MOVE IT INTO EVIDENCE.  NO OBJECTION.

02:25PM 19               MR. DOWNEY:  I BEG YOUR PARDON.

02:25PM 20          YES, I DO MOVE IT INTO EVIDENCE.

02:25PM 21               THE COURT:  IT'S IN EVIDENCE AND IT MAY BE

02:25PM 22     PUBLISHED.

02:25PM 23               MR. DOWNEY:  I MISTAKENLY THOUGHT HE HAD SHOWN THE

02:25PM 24     WITNESS THE DOCUMENT.

02:25PM 25          (GOVERNMENT'S EXHIBIT 1387 WAS RECEIVED IN EVIDENCE.)

02:25PM   1     BY MR. DOWNEY:

02:25PM   2     Q.   IF YOU LOOK AT THE FIRST PARAGRAPH, IT SAYS, "THE PARTIES

02:25PM   3     SHALL WORK TOGETHER TO DEVELOP A FORECAST THAT DETAILS THE

02:25PM   4     ANTICIPATED ROLLOUT DATES FOR THERANOS SERVICES IN INDIVIDUAL

02:25PM   5     U.S. STATES/TERRITORIES," ET CETERA.

02:25PM   6          AND THEN THE SECOND SENTENCE SAYS, "THE PARTIES ARE

02:25PM   7     COMMITTED TO TAKING ALL STEPS REASONABLY NECESSARY TO ENSURE A

02:26PM   8     SUCCESSFUL NATIONAL ROLLOUT OF THE THERANOS SERVICES, AND AGREE

02:26PM   9     THAT A QUALITY STORE AND PATIENT EXPERIENCE IS AN IMPORTANT

02:26PM  10     COMPONENT OF THIS SUCCESS AS PATIENT ADOPTION AND ACCEPTANCE OF

02:26PM  11     THERANOS'S LABORATORY SERVICES WILL BE HIGHLY IMPACTED BY THE

02:26PM  12     PATIENT EXPERIENCE."

02:26PM  13          SO THAT'S WHAT THIS AGREEMENT RELATED TO, AT LEAST

02:26PM  14     CREATING A PROCESS UNDER WHICH THAT ROLLOUT WOULD BE -- WOULD

02:26PM  15     TAKE PLACE?

02:26PM  16     A.   CORRECT.

02:26PM  17     Q.   AND THEN IF YOU LOOK BACK AT THE FIRST PAGE OF

02:26PM  18     EXHIBIT 1387, THE SECOND PARAGRAPH SAYS, "IT IS THE INTENTION

02:26PM  19     OF THE PARTIES TO DEVELOP A MUTUALLY BENEFICIAL STRATEGIC

02:26PM  20     RELATIONSHIP THAT FACILITATES THE SUCCESSFUL DEPLOYMENT OF

02:27PM  21     THERANOS NATIONALLY, ESTABLISHES WALGREENS AS THE NATIONAL

02:27PM  22     PARTNER FOR LABORATORY SERVICES THAT THERANOS IS ABLE TO

02:27PM  23     PROVIDE AND THERANOS AS WALGREENS NATIONAL PARTNER FOR SUCH

02:27PM  24     THERANOS SERVICES AND PROTECTS THE LONG-TERM STRATEGIC AND

02:27PM  25     COMPETITIVE POSITIONING OF THERANOS AND WALGREENS WITH RESPECT

02:27PM 1    TO COMPETITIVE TECHNOLOGIES AND SERVICES."

02:27PM 2        DO YOU SEE THAT?

02:27PM 3    A.   YES.

02:27PM 4    Q.   SO THAT IS THE INTENT WITH WHICH THE PARTIES WERE ENTERING

02:27PM 5    INTO THIS AGREEMENT; CORRECT?

02:27PM 6        BUT THERANOS WOULD HAVE TO BE ABLE TO SCALE ITS SERVICES;

02:27PM 7    CORRECT?

02:27PM 8    A.   YES.

02:27PM 9    Q.   AND IT HAD NOT YET DONE THAT; CORRECT?

02:27PM 10   A.   AT THAT POINT IN TIME?

02:27PM 11   Q.   YES.

02:27PM 12   A.   I MEAN, IT HAD SCALED TO WHAT WAS BEING PILOTED.

02:27PM 13   Q.   IT HAD SCALED TO THE PILOT PROJECT?

02:27PM 14   A.   RIGHT.

02:27PM 15   Q.   BUT IT HAD NOT YET SCALED TO BEYOND THAT; CORRECT?

02:27PM 16   A.   NO.  BUT THAT'S PART OF WHAT THIS ACCELERATED FUNDING WAS

02:28PM 17   FOR WAS TO HELP WITH THAT.

02:28PM 18   Q.   THAT'S RIGHT.  SO PART OF THE MONEY -- PART OF THE

02:28PM 19   AGREEMENT WAS THE EXCHANGE OF MONEY THAT YOU DESCRIBED;

02:28PM 20   CORRECT?

02:28PM 21   A.   CORRECT.

02:28PM 22   Q.   AND THAT WAS FOR PURPOSES OF ALLOWING THERANOS TO BUILD UP

02:28PM 23   TOWARDS THIS NATIONAL ROLLOUT; CORRECT?

02:28PM 24   A.   CORRECT.

02:28PM 25   Q.   I'D LIKE TO ASK YOU TO LOOK AT, IN THE DEFENSE BINDER,

MIQUELON CROSS BY MR. DOWNEY

02:28PM 1    EXHIBIT 7383.

02:28PM 2        THIS IS A -- IS THIS AN EMAIL FROM AMONGST EXECUTIVES AND

02:28PM 3    EMPLOYEES AT WALGREENS?

02:28PM 4    A.   IT'S AN EMAIL FROM MARK VAINISI.

02:29PM 5    Q.   AND YOU SEE THAT THE RECIPIENTS APPEAR TO ALL BE WALGREENS

02:29PM 6    PERSONNEL?

02:29PM 7    A.   YES.

02:29PM 8    Q.   AND THAT YOU WERE COPIED ON THIS EMAIL?

02:29PM 9    A.   YES.

02:29PM 10        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:29PM 11   EXHIBIT 7383.

02:29PM 12        MR. SCHENK:  NO OBJECTION.

02:29PM 13        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:29PM 14        (DEFENDANT'S EXHIBIT 7383 WAS RECEIVED IN EVIDENCE.)

02:29PM 15   BY MR. DOWNEY:

02:29PM 16   Q.   WHO IS MARK VAINISI, THE SENDER OF THIS EMAIL?

02:29PM 17   A.   MARK WAS THE HEAD OF MERGERS AND ACQUISITIONS AND HE WAS,

02:29PM 18   I WOULD SAY, THE QUARTERBACK OF MOST OF THE AGREEMENTS BETWEEN

02:29PM 19   THERANOS AND WALGREENS.

02:29PM 20   Q.   AND IN THIS EMAIL, IS HE SUMMARIZING THE TERMS OF THE

02:29PM 21   AGREEMENT THAT HAD JUST BEEN REACHED BETWEEN THERANOS AND

02:29PM 22   WALGREENS?

02:29PM 23   A.   YES.

02:29PM 24   Q.   AND IF YOU LOOK UNDER HIS DESCRIPTION OF KEY TERMS, HE

02:30PM 25   DESCRIBES THE RESTATEMENT OF INTENT; CORRECT?

02:30PM  1    A.   CORRECT.

02:30PM  2    Q.   AND THAT'S CONSISTENT WITH WHAT WE JUST READ IN THE

02:30PM  3    AGREEMENT; CORRECT?

02:30PM  4    A.   CORRECT.

02:30PM  5    Q.   AND HE SETS FORTH THE TERMS UNDER WHICH THERE WILL BE AN

02:30PM  6    ACCELERATED PAYMENT; CORRECT?

02:30PM  7    A.   CORRECT.

02:30PM  8    Q.   AND HE ALSO REFERENCES ENHANCED EXCLUSIVITY.

02:30PM  9         WHAT IS THAT A REFERENCE TO?

02:30PM  10   A.   WELL, AS I READ THE NOTES, HE'S JUST TALKING ABOUT MAKING

02:30PM  11   SURE THAT CERTAIN COMPETITORS ARE NOT GOING TO BE ABLE TO HAVE

02:30PM  12   THE SAME RIGHTS THAT WALGREENS WOULD HAVE.

02:30PM  13   Q.   IN EXCHANGE FOR ENTERING THE AGREEMENT, WALGREENS WOULD

02:30PM  14   OBTAIN A CERTAIN PERIOD UNDER WHICH COMPETITORS COULD NOT USE

02:30PM  15   THERANOS'S TECHNOLOGY OR SERVICES; CORRECT?

02:30PM  16   A.   I BELIEVE THAT'S PROBABLY PART OF THE TRADEOFF FROM

02:30PM  17   ACCELERATING PAYMENTS IS MAKING SURE THAT WE GET BETTER

02:30PM  18   DEFINITION OF EXCLUSIVITY.

02:30PM  19   Q.   OKAY.  AND THEN IF YOU SEE AT THE BOTTOM OF THE FIRST PAGE

02:31PM  20   OF HIS EMAIL, HE REFERENCES ROLLOUT PLANS AND HE SAYS, "BOTH

02:31PM  21   SIDES AGREED TO WORK IN GOOD FAITH TO DEVELOP A NEW MARKET

02:31PM  22   ENTRY PLAN."

02:31PM  23        DO YOU SEE THAT?

02:31PM  24   A.   YES.

02:31PM  25   Q.   AND DID BOTH PARTIES THEN BEGIN TO WORK ON THAT IN EARLY

02:31PM 1    2014 IF YOU KNOW?

02:31PM 2    A.   WORK ON IT OR WORK IN GOOD FAITH?  IT'S SOME --

02:31PM 3    Q.   WELL, WERE THERE EXCHANGES BETWEEN THE PARTIES AS TO HOW A

02:31PM 4    ROLLOUT PLAN MIGHT WORK?

02:31PM 5    A.   I CAN'T SAY DEFINITIVELY SO.  I DON'T RECALL.

02:31PM 6    Q.   OKAY.  IT WAS NOT SOMETHING THAT YOU PERSONALLY WERE

02:31PM 7    INVOLVED IN?

02:31PM 8    A.   NOT IN THAT GRANULARITY AT THAT TIME, NO.

02:31PM 9    Q.   OKAY.  BUT LET ME ASK YOU TO REORIENT US FOR TIME

02:31PM 10   PURPOSES.  THIS AGREEMENT IS SIGNED AND THERANOS IS ALREADY IN

02:31PM 11   CERTAIN WALGREENS STORES; CORRECT?

02:31PM 12   A.   PRIMARILY THE PHOENIX MARKET.

02:31PM 13   Q.   OKAY.  AND THAT, THAT PARTNERSHIP HAS BEEN ANNOUNCED

02:31PM 14   PUBLICLY; CORRECT?

02:31PM 15   A.   CORRECT.

02:32PM 16   Q.   AND THE PARTIES EACH HAD MADE PUBLIC STATEMENTS ABOUT THE

02:32PM 17   PARTNERSHIP CHARACTERIZING IT; CORRECT?

02:32PM 18   A.   CORRECT.

02:32PM 19   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 1113.

02:32PM 20       DO YOU SEE THIS DOCUMENT AND DO YOU RECOGNIZE IT AS A

02:32PM 21   JOINT ANNOUNCEMENT BY THERANOS AND WALGREENS IN SEPTEMBER OF

02:32PM 22   2013?

02:32PM 23   A.   YES.

02:32PM 24   Q.   AND IF YOU LOOK AT THE SECOND PAGE OF THIS EXHIBIT, PAGE 2

02:32PM 25   IN THE LAST PARAGRAPH WHERE -- ABOVE WHERE IT SAYS ABOUT

02:33PM   1      THERANOS, THIS JOINT ANNOUNCEMENT SAID, "AS THE NATION'S

02:33PM   2      LARGEST RETAIL PHARMACY CHAIN WITH MORE THAN 8100 NEIGHBORHOOD

02:33PM   3      PHARMACIES, WALGREENS HAS THE INFRASTRUCTURE TO HELP BRING

02:33PM   4      THERANOS TO CONSUMERS NATIONWIDE."

02:33PM   5          AND THAT'S A STATEMENT THAT WALGREENS SIGNED OFF ON

02:33PM   6      JOINTLY MAKING?

02:33PM   7      A.   SURE.

02:33PM   8      Q.   OKAY.  AND THEN THERE WAS ANOTHER JOINT ANNOUNCEMENT A

02:33PM   9      COUPLE MONTHS LATER IN 2013.

02:33PM   10         LET ME ASK YOU TO LOOK AT EXHIBIT 4036.  I'LL ASK YOU IF

02:33PM   11     THAT IS ANOTHER JOINT ANNOUNCEMENT WHEN YOU HAVE A CHANCE TO

02:33PM   12     TAKE A LOOK AT IT.

02:33PM   13     A.   YES.

02:33PM   14     Q.   AND IF YOU LOOK AT THE FIRST PARAGRAPH.

02:34PM   15         YOUR HONOR, I MOVE THE ADMISSION OF 4036.

02:34PM   16             MR. SCHENK:  YOUR HONOR, FOUNDATION.

02:34PM   17     BY MR. DOWNEY:

02:34PM   18     Q.   WELL, DO YOU RECOGNIZE THIS AS A JOINT ANNOUNCEMENT

02:34PM   19     BETWEEN THERANOS AND WALGREENS ISSUED WHEN YOU WERE THE CFO OF

02:34PM   20     WALGREENS?

02:34PM   21     A.   YES.

02:34PM   22             MR. DOWNEY:  I MOVE THE ADMISSION OF 4036.

02:34PM   23             MR. SCHENK:  YOUR HONOR, IT LOOKS LIKE A DRAFT TO

02:34PM   24     ME.

02:34PM   25             THE WITNESS:  IT'S MISSING A QUOTE I CAN SEE, SO IT

02:34PM   1    MIGHT BE A DRAFT.

02:34PM   2              MR. DOWNEY:  OH, YOU'RE RIGHT.  LET ME SEE IF I CAN,

02:34PM   3    IF I CAN CORRECT THAT.  I DON'T KNOW -- LET ME SEE IF I CAN GET

02:34PM   4    YOU THAT EXHIBIT.  BUT LET'S MOVE FORWARD FROM HERE.

02:34PM   5    Q.   NOW, THE THERANOS -- AFTER THE THERANOS PARTNERSHIP WAS

02:34PM   6    ANNOUNCED --

02:34PM   7              THE COURT:  YOU'RE GOING TO PASS THIS?

02:34PM   8              MR. DOWNEY:  I'LL PASS THIS EXHIBIT AND COME BACK.

02:34PM   9              THE COURT:  ALL RIGHT.

02:34PM  10    BY MR. DOWNEY:

02:34PM  11    Q.   AFTER THE PUBLIC ANNOUNCEMENT OF THE PARTNERSHIP, DID YOU,

02:35PM  12    DID YOU HAVE DISCUSSIONS -- WELL, STRIKE THAT.

02:35PM  13         CAN YOU EXPLAIN TO US WHAT AN EARNINGS CALL IS?

02:35PM  14    A.   AN EARNINGS CALL IS A QUARTERLY CALL FOR PUBLIC COMPANIES

02:35PM  15    WHICH BASICALLY DISCUSSES THE PUBLISHED FINANCIAL RESULTS FOR

02:35PM  16    THE QUARTER.

02:35PM  17    Q.   AND IS THAT A CALL DURING -- IN WHICH YOU PERSONALLY

02:35PM  18    PARTICIPATED?

02:35PM  19    A.   ALL CFO'S AND CEO'S PARTICIPATE.

02:35PM  20    Q.   AND DURING THOSE CALLS, DO ANALYSTS WHO FOLLOW THE COMPANY

02:35PM  21    FOR PURPOSES OF PREPARING ADVICE AND SO FORTH, DO THEY

02:35PM  22    PARTICIPATE IN THOSE CALLS?

02:35PM  23    A.   THEY PARTICIPATE, THEY LISTEN, AND THEN THEY'RE ALLOWED TO

02:35PM  24    ASK QUESTIONS AS WELL.

02:35PM  25    Q.   OKAY.  DO YOU REMEMBER PARTICIPATING IN A DECEMBER 2013

02:36PM  1    EARNINGS CALL WHERE THE SUBJECT OF THERANOS CAME UP?

02:36PM  2    A.   NOT SPECIFICALLY.

02:36PM  3    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 12510.  AND I'M

02:36PM  4    NOT REALLY INTERESTED IN THE BREAKDOWN OF THE CALL THAT IS

02:36PM  5    CONTAINED IN THE EMAIL.  I'M REALLY JUST INTERESTED IN THE

02:36PM  6    ATTACHMENT TO THE EMAIL, AND I WOULD JUST ASK IF YOU RECOGNIZE

02:36PM  7    THIS AS A TRANSCRIPT OF AN EARNINGS CALL WITH WALGREENS SENIOR

02:36PM  8    MANAGEMENT IN DECEMBER OF 2013?

02:36PM  9    A.   IT'S WHAT A TRANSCRIPT LOOKS LIKE, SO --

02:37PM  10   Q.   OKAY.

02:37PM  11        YOUR HONOR, I MOVE THE ADMISSION OF 12510, ALTHOUGH I

02:37PM  12   REALLY ONLY NEED THE ATTACHMENT.  I DON'T NEED THE EMAIL

02:37PM  13   DISCUSSION.

02:37PM  14             THE COURT:  WHAT PAGES THEN WOULD YOU SEEK TO

02:37PM  15   INTRODUCE?

02:37PM  16             MR. DOWNEY:  I THINK THE PAGES WHERE THE BATES LABEL

02:37PM  17   IN THE BOTTOM RIGHT-HAND CORNER IS 6786 THROUGH 6804.

02:37PM  18             THE COURT:  MR. SCHENK?

02:37PM  19             MR. SCHENK:  NO OBJECTION.

02:37PM  20             THE COURT:  THOSE PAGES ARE ADMITTED AS THIS EXHIBIT

02:37PM  21   NUMBER AND THEY MAY BE PUBLISHED.

02:37PM  22        (DEFENDANT'S EXHIBIT 12510, BATES PAGES 6786 THROUGH 6804,

02:37PM  23   WAS RECEIVED IN EVIDENCE.)

02:37PM  24   BY MR. DOWNEY:

02:37PM  25   Q.   AND THESE CALLS ARE AN OPPORTUNITY FOR ANALYSTS TO ASK

02:37PM 1   QUESTIONS ABOUT THE PERFORMANCE OF THE COMPANY; CORRECT?

02:37PM 2   A.   CORRECT.

02:37PM 3   Q.   AND EXPECTATIONS THAT THE COMPANY HAS AS TO WHAT ITS

02:38PM 4   PERFORMANCE IN THE FUTURE MIGHT BE?

02:38PM 5   A.   TO THE EXTENT THAT THE COMPANY PROVIDES THAT GUIDANCE,

02:38PM 6   CORRECT.

02:38PM 7   Q.   IN SOME INSTANCES THE COMPANIES DECLINE TO PROVIDE

02:38PM 8   GUIDANCE; CORRECT?

02:38PM 9   A.   CORRECT.

02:38PM 10   Q.   AND THESE ARE CALLS FOR WHICH YOU PREPARE?

02:38PM 11   A.   YES, DOZENS OF PEOPLE PREPARE.

02:38PM 12   Q.   AND THEY'RE IMPORTANT CALLS BECAUSE THEY CAN INFLUENCE THE

02:38PM 13   VALUE OF WALGREENS STOCK; CORRECT?

02:38PM 14   A.   THEY'RE IMPORTANT FOR LOTS OF REASONS.

02:38PM 15   Q.   OKAY.  NOT JUST THE REASON THAT I NOTED, BUT THEY'RE

02:38PM 16   IMPORTANT CALLS?

02:38PM 17   A.   IMPORTANT CALLS.

02:38PM 18   Q.   OKAY.  LET ME ASK YOU TO LOOK IN THE EXHIBIT THAT I'M

02:38PM 19   SHOWING YOU, 12510, AT THE PAGE THAT -- WHERE THE BATES

02:38PM 20   LABELLED NUMBER IS 6778.  I'LL PUT THAT UP ON YOUR SCREEN IF

02:38PM 21   THAT MAKES IT EASIER FOR YOU.

02:39PM 22   I THINK WE HAVE IT UP ON THE FIRST PAGE JUST TO

02:39PM 23   FAMILIARIZE YOU WITH THE PARTICIPANTS IN THE CALL.  AND DO YOU

02:39PM 24   SEE THAT THERE ARE SEVERAL --

02:39PM 25   WOULD YOU JUST GO BACK TO THAT?

02:39PM  1           DO YOU SEE AT THE TOP THIS LIST OF PARTICIPANTS IN THE

02:39PM  2    EARNINGS CALL AND DO YOU SEE THAT -- WELL, DO YOU SEE THAT, THE

02:39PM  3    PARTICIPANTS ON TOP OF THE EARNINGS CALL TRANSCRIPT?

02:39PM  4    A.   YES.

02:39PM  5    Q.   AND DO YOU SEE AT THE TOP THERE'S A GROUP OF CORPORATE

02:39PM  6    PARTICIPANTS FROM WALGREENS?

02:39PM  7    A.   YES.

02:39PM  8    Q.   AND THAT INCLUDES YOURSELF; CORRECT?

02:39PM  9    A.   YES.

02:39PM  10   Q.   AND THEN UNDER THAT THERE'S A LIST OF OTHER PARTICIPANTS;

02:39PM  11   CORRECT?

02:39PM  12   A.   YES.

02:39PM  13   Q.   AND THOSE ARE ANALYSTS WHO FOLLOW WALGREENS'S PERFORMANCE;

02:39PM  14   CORRECT?

02:39PM  15   A.   YES.

02:39PM  16   Q.   AND LET ME ASK YOU TO LOOK NOW AT THE NEXT PAGE.

02:40PM  17           AT THE BEGINNING OF THE CALL THERE IS A DISCUSSION BY

02:40PM  18   MR. WASSON, WHO WAS THE CHIEF EXECUTIVE OFFICER.

02:40PM  19           DO YOU SEE THAT?

02:40PM  20   A.   YES.

02:40PM  21   Q.   AND IF YOU GO DOWN TO THE SECOND PARAGRAPH, HE NOTES THAT

02:40PM  22   HE'S GOING TO GET INTO SOME HIGHLIGHTS OF THE COMPANY.

02:40PM  23           DO YOU SEE THAT?

02:40PM  24   A.   YES.

02:40PM  25   Q.   AND IF YOU GO FURTHER DOWN ON THAT PAGE, IF YOU BRING UP

02:40PM  1    THE SECOND HALF, DO YOU SEE THE DISCUSSION OF WALGREENS AND

02:40PM  2    THERANOS THERE?

02:40PM  3    A.    YES.

02:40PM  4    Q.    AND YOU SEE THAT HE REFERENCED THAT -- IT SAYS THAT

02:40PM  5    "WALGREENS AND THERANOS ALSO TOOK THE NEXT STEP IN OUR PLANNED

02:40PM  6    NATIONAL ROLLOUT OF GROUND BREAKING NEW LAB SERVICES WITH THE

02:40PM  7    OPENING OF THERANOS WELLNESS CENTERS IN TWO STORES IN PHOENIX."

02:41PM  8         DO YOU SEE THAT?

02:41PM  9    A.    YES.

02:41PM  10   Q.    AND AS OF THIS DATE, DECEMBER 20TH OF 2013, THERE WAS

02:41PM  11   STILL A PROJECTION THAT THERE WOULD BE A NATIONAL ROLLOUT;

02:41PM  12   CORRECT?

02:41PM  13   A.    I THINK THERE'S A PROJECTION -- EVERYTHING IS PREDICATED

02:41PM  14   ON EACH STEP BEING SUCCESSFUL, SO ASSUMING THE PILOT IS

02:41PM  15   SUCCESSFUL, YOU'LL MOVE TO THE NEXT STEP.

02:41PM  16   Q.    AND THAT'S BEEN TRUE SINCE THE BEGINNING OF THE AGREEMENT;

02:41PM  17   RIGHT?

02:41PM  18   A.    THAT'S ALWAYS IMPLICIT.

02:41PM  19   Q.    RIGHT.  IF YOU GO TO PAGE 9 OF THE TRANSCRIPT, BOTTOM

02:41PM  20   RIGHT-HAND CORNER, I WANT TO FOCUS ON AN EXCHANGE BETWEEN YOU

02:41PM  21   AND AN ANALYST, MARK MILLER.

02:41PM  22        IT'S AT THE BOTTOM OF THAT PAGE IF YOU HAVE IT.

02:42PM  23        DO YOU SEE THE DISCUSSION OF THERANOS IN THE LAST FEW

02:42PM  24   SENTENCES THERE?

02:42PM  25   A.    YES.

02:42PM   1    Q.   AND THIS IS AN EXCHANGE BETWEEN YOU AND AN ANALYST FROM

02:42PM   2    WILLIAM BLAIR & COMPANY; CORRECT?

02:42PM   3    A.   YES.

02:42PM   4    Q.   AND HE WAS ASKING A QUESTION ABOUT WHAT THE BUSINESS

02:42PM   5    EXPANSION PLANS AND NEW INITIATIVES OF THE COMPANY WERE;

02:42PM   6    CORRECT?

02:42PM   7    A.   YES.

02:42PM   8    Q.   AND YOU REPLIED IN PART SAYING, "ALSO, THINGS LIKE

02:43PM   9    THERANOS, WHICH WE BELIEVE HAS VERY MEANINGFUL POTENTIAL.

02:43PM  10    WE'RE VERY EXCITED ABOUT.  IN VARIOUS GEOGRAPHIES, WE'VE GOT A

02:43PM  11    STRONG FOOTPRINT, BUT WE'VE GOT OPPORTUNITIES TO DO EVEN MORE

02:43PM  12    BREADTH OF SERVICES IN THOSE MARKETS AND GET DEEPER AND BROADER

02:43PM  13    AND WORKING WITH OUR PARTNERS, ALLIANCE BOOTS, WE'RE DOING

02:43PM  14    EXACTLY THAT."

02:43PM  15        SO THAT WAS A DESCRIPTION OF YOUR THINKING ABOUT THERANOS

02:43PM  16    AS OF THIS DATE; CORRECT?

02:43PM  17    A.   I'M NOT SURE I BELIEVED THAT "IN VARIOUS GEOGRAPHIES"

02:43PM  18    MIGHT BE IN REFERENCE TO ALLIANCE BOOTS.

02:43PM  19    Q.   OKAY.  THAT MIGHT BE RELATED TO INTERNATIONAL?

02:43PM  20    A.   YES.  I THINK WHAT WE WERE EXCITED ABOUT IS THE END OF MY

02:43PM  21    THOUGHTS ON THERANOS.

02:43PM  22    Q.   OKAY.  BUT, BUT YOU REFERENCED YOU THOUGHT THE COMPANY HAD

02:43PM  23    VERY MEANINGFUL POTENTIAL; CORRECT?

02:43PM  24    A.   YES.

02:43PM  25    Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK NOW AT PAGE 12 OF THAT

02:43PM  1    TRANSCRIPT, AND I'M LOOKING AT THE -- DO YOU SEE WHERE, ABOUT A

02:44PM  2    THIRD OF THE WAY DOWN THE PAGE, IT SAYS, "OKAY.  AND THEN,"

02:44PM  3    NEXT TO RICKY GOLDWASSER?

02:44PM  4    A.   YES.

02:44PM  5    Q.   AND MR. GOLDWASSER WAS ANOTHER ANALYST; CORRECT?

02:44PM  6    A.   I BELIEVE IT WAS A SHE.

02:44PM  7    Q.   EXCUSE ME.  MS. GOLDWASSER WAS ANOTHER ANALYST?

02:44PM  8    A.   YES.

02:44PM  9    Q.   AND SHE SAYS TO YOU, "AND THEN, I KNOW YOU'VE TALKED VERY

02:44PM  10   POSITIVELY ABOUT THERANOS.  CAN YOU SHARE WITH US KIND OF LIKE

02:44PM  11   YOUR EXPERIENCE, I THINK, THE TECHNOLOGY HAS BEEN IN YOUR

02:44PM  12   PHARMACIES FOR A COUPLE OF MONTHS NOW.  WHAT ARE YOU SEEING IN

02:44PM  13   THE MARKETPLACE?"

02:44PM  14        SHE ASKED YOU THAT QUESTION; CORRECT?

02:44PM  15   A.   CORRECT.

02:44PM  16   Q.   AND YOU RESPONDED, "YEAH, I MEAN, WE'RE VERY, VERY

02:45PM  17   POSITIVE ON THERANOS.  I MEAN, IT'S REALLY A -- ONE OF THE

02:45PM  18   DISRUPTIVE PLAYS, IT'S A BETTER PATIENT EXPERIENCE WITH A PRICK

02:45PM  19   OF BLOOD.  IT'S THE HIGHEST STANDARD OF QUALITY IN LAB WITH

02:45PM  20   COSTS, HALF OF THE COST OF MEDICARE.  AND THE PATIENT FEEDBACK

02:45PM  21   WE'RE GETTING IS VERY GOOD, BUT IT'S REALLY A BETTER, FASTER,

02:45PM  22   CHEAPER, MORE CONVENIENTLY PLAY.  AND WE'RE GOING TO -- AS WE

02:45PM  23   EXPAND HERE, WE'LL KEEP LEARNING AND PERFECTING THE PATIENT

02:45PM  24   EXPERIENCE WHICH IS REALLY THE CASE -- THE KEY THING.  BUT

02:45PM  25   WE'RE VERY, VERY POSITIVE."

02:45PM   1          AND THEN YOU GO ON TO DESCRIBE THAT THIS IS ANOTHER

02:45PM   2   EXAMPLE OF HOW A COMMUNITY PHARMACY CAN PROVIDE BROADER HEALTH

02:45PM   3   CARE.

02:45PM   4          DO YOU SEE THAT?

02:45PM   5   A.   YES.

02:45PM   6   Q.   AND THAT'S WHAT YOUR THINKING WAS ABOUT THERANOS AS OF

02:45PM   7   THAT TIME; CORRECT?

02:45PM   8   A.   THAT'S HOW I FELT AS OF THE TIME, YES.

02:46PM   9   Q.   OKAY.  I WANT TO ASK YOU ABOUT YOUR INTERACTIONS WITH A

02:46PM  10   WALGREENS SHAREHOLDER RELATED TO THERANOS, AND I WANT TO PUT

02:46PM  11   YOUR MIND IN THE TIMEFRAME OF ABOUT EARLY 2014.  SO THIS WOULD

02:46PM  12   BE --

02:46PM  13          THE COURT:  MR. DOWNEY, BEFORE YOU GO THERE, LET ME

02:46PM  14   ASK YOU, WE HAD SOME CONVERSATION ABOUT TAKING A WITNESS OUT OF

02:46PM  15   ORDER.

02:46PM  16          IS THAT SOMETHING WE SHOULD CONSIDER DOING?

02:46PM  17          MR. DOWNEY:  IT'S FINE WITH ME IF -- I DON'T THINK I

02:46PM  18   HAVE JUST TEN MINUTES.  I THINK I HAVE A LITTLE MORE THAN THAT.

02:46PM  19          SO I THINK IF THE WITNESS IS HERE AND THAT'S THE

02:46PM  20   GOVERNMENT'S PREFERENCE, IT'S FINE WITH ME.

02:46PM  21          THE COURT:  LET'S, LET'S CHECK ON THAT.

02:47PM  22          LET ME TURN TO THE JURY.  MAYBE WE SHOULD TAKE A TEN

02:47PM  23   MINUTE BREAK HERE AND THEN COME BACK.

02:47PM  24          MR. SCHENK, WHAT ARE YOUR THOUGHTS ON A WITNESS OUT OF

02:47PM  25   ORDER?

02:47PM    1            MR. SCHENK:  I'VE TALKED TO THE TEAM.  I DO NOT

02:47PM    2    THINK IT'S NECESSARY.  BUT THE TEN MINUTE BREAK MIGHT BE

02:47PM    3    HELPFUL FOR US TO CONFER.

02:47PM    4            THE COURT:  OKAY.  LET'S DO THAT.  LET'S TAKE

02:47PM    5    12 MINUTES.  I'LL BE GENEROUS.  LET'S TAKE 12 MINUTES.

02:47PM    6         YOU CAN STAND DOWN, SIR.  THANK YOU.

02:47PM    7         (LAUGHTER.)

02:48PM    8         (JURY OUT AT 2:48 P.M.)

02:48PM    9            THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:48PM   10         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT AND OUR

02:48PM   11    LAST WITNESS HAS LEFT THE COURTROOM NOW.

02:48PM   12         WE'LL TAKE OUR BREAK, AND THEN DO YOU WANT TO JUST CHECK

02:48PM   13    AND SEE, MR. SCHENK, WHETHER OR NOT THAT'S SOMETHING THAT YOU

02:48PM   14    WOULD LIKE TO GO FORWARD WITH?

02:48PM   15            MR. SCHENK:  YES.  CAN I ASK IF THE COURT HAS HEARD

02:48PM   16    FEEDBACK FROM THE JURY ABOUT TOMORROW?  IT MIGHT HELP IN OUR

02:48PM   17    CONVERSATION.

02:48PM   18            THE COURT:  OH.  I MEANT TO ASK THEM THAT BEFORE THE

02:48PM   19    BREAK.  I'LL GET THAT WHEN THEY COME BACK, BUT WE'LL JUST HAVE

02:48PM   20    TO DO IT THAT WAY WHEN THEY COME BACK AND WE'LL SEE.

02:48PM   21            MR. DOWNEY:  YOUR HONOR, WE'LL KEEP MS. KRATZMANN

02:48PM   22    APPRISED.

02:48PM   23         A SLIGHT CONCERN THAT WE MIGHT BE JUST A LITTLE OVER

02:48PM   24    10 MINUTES, MAYBE MORE LIKE 15, BUT WE'LL STAY IN TOUCH WITH

02:48PM   25    MS. KRATZMANN.

MIQUELON CROSS BY MR. DOWNEY

02:48PM 1                    THE COURT:  OKAY.  ON YOUR -- AS TO THIS OTHER

02:48PM 2        WITNESS?

02:48PM 3                    MR. DOWNEY:  NO, JUST A COMFORT BREAK.

02:48PM 4                    THE COURT:  OH, OKAY.  WELL, LET'S GO 15.  I DON'T

02:48PM 5        THINK THAT THE JURY WILL OBJECT.

02:48PM 6                ALL RIGHT.  THANK YOU.

02:48PM 7                    THE CLERK:  COURT IS IN RECESS.

02:49PM 8                    THE COURT:  TAKE 20 IF WE NEED 20.

02:49PM 9                (RECESS FROM 2:49 P.M. UNTIL 3:11 P.M.)

03:11PM 10               (JURY IN AT 3:11 P.M.)

03:12PM 11                   THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:12PM 12       SEATED.

03:12PM 13               WE'RE BACK ON THE RECORD.  OUR JURY IS PRESENT AND ALL

03:12PM 14       PARTIES PREVIOUSLY PRESENT ARE PRESENT AGAIN.

03:12PM 15               LADIES AND GENTLEMEN, BEFORE WE START AGAIN, CAN I ASK THE

03:12PM 16       JURY, DURING THE BREAK, WERE YOU ABLE TO DISCERN WHETHER YOU

03:12PM 17       ARE ABLE TO COME TOMORROW, THURSDAY, FOR A SESSION?

03:13PM 18               LET ME ASK FOR A SHOW OF HANDS.  IS THERE ANYONE WHO

03:13PM 19       CANNOT DO THAT?

03:13PM 20               OH MY GOODNESS, WHAT A WONDERFUL JURY.

03:13PM 21               I SEE NO HANDS.

03:13PM 22               IS THERE ANY -- DO WE NEED TO MAKE AN ADJUSTMENT OF THE

03:13PM 23       SCHEDULE AT ALL?  THE PROPOSED SCHEDULE TOMORROW WOULD BE 9:00

03:13PM 24       UNTIL 3:00.  DO WE NEED TO ADJUST THE SCHEDULE FOR ANYONE OTHER

03:13PM 25       THAN THAT 9:00 TO 3:00?

03:13PM  1          I SEE NO HANDS.

03:13PM  2          OKAY.  THANK YOU VERY MUCH.  THANK YOU.

03:13PM  3          LET ME ASK THE QUESTION THEN OF MR. SCHENK.  SHOULD WE

03:13PM  4     TAKE A WITNESS OUT OF ORDER?

03:13PM  5              MR. SCHENK:  NO, THAT IS NOT NECESSARY.  THANK YOU.

03:13PM  6              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

03:13PM  7          MR. DOWNEY.

03:13PM  8     BY MR. DOWNEY:

03:13PM  9     Q.   MR. MIQUELON, I WANT TO ASK YOU ABOUT AN INVESTOR IN

03:13PM  10    WALGREENS CALLED PARTNER FUND MANAGEMENT.  IS THAT AN INVESTOR

03:13PM  11    THAT YOU'RE FAMILIAR WITH?

03:13PM  12    A.   IT DOESN'T RING A BELL.

03:13PM  13    Q.   THEY SOMETIMES GO BY THE ACRONYM PFM.

03:14PM  14    A.   I'M SORRY.

03:14PM  15    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 13952.  DO YOU

03:14PM  16    RECOGNIZE THIS AS AN EMAIL EXCHANGE BETWEEN YOU AND

03:14PM  17    ASHISH KOHLI AT WALGREENS IN 2014?

03:14PM  18    A.   I DO.

03:14PM  19              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:14PM  20    13952.

03:14PM  21              MR. SCHENK:  YOUR HONOR, I BELIEVE THIS IS BEYOND

03:14PM  22    THE SCOPE.

03:14PM  23              MR. DOWNEY:  YOUR HONOR, I THINK THIS RELATES TO THE

03:14PM  24    QUESTION OF WHICH WE'VE BEEN --

03:14PM  25              THE COURT:  WHY DON'T YOU LAY A FOUNDATION FOR THIS

MIQUELON CROSS BY MR. DOWNEY

03:15PM  1    IF YOU CAN, AND THEN WE'LL SEE.

03:15PM  2         MR. DOWNEY:  OKAY.

03:15PM  3    Q.  I'LL DIRECT YOUR ATTENTION TO THE BOTTOM.  IS THE NAME

03:15PM  4    VIVEK KHANNA KNOWN TO YOU?

03:15PM  5    A.  I DON'T REMEMBER THAT.

03:15PM  6    Q.  OKAY.  AND IS IT THE CASE THAT IF YOU WERE GOING TO CHANGE

03:15PM  7    ANY ASPECTS OF YOUR RELATIONSHIP WITH THERANOS, YOU WOULD WANT

03:15PM  8    TO ANNOUNCE IT TO ALL INVESTORS AT THE SAME TIME?

03:15PM  9    A.  THAT'S THE POLICY.  ANYTHING THAT WOULD BE MATERIAL AND OF

03:15PM  10   IMPORTANCE SHOULD BE GIVEN TO EVERYONE EQUALLY.

03:15PM  11   Q.  OKAY.  AND AS OF MARCH 2014, WERE YOU SOMETIMES ASKED FOR

03:15PM  12   COMMENT ON HOW THE THERANOS PROJECT WAS GOING?

03:15PM  13   A.  I DON'T RECALL, BUT PROBABLY --

03:15PM  14   Q.  OKAY.

03:15PM  15   A.  -- AT SOME POINT.

03:15PM  16        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:15PM  17   13952.  THIS RELATES TO THE QUESTIONING ON DIRECT ABOUT TIMING

03:15PM  18   OF THE ROLLOUT, ET CETERA, AND THIS IS COMMENTARY ON IT.

03:16PM  19        MR. SCHENK:  SAME OBJECTION.

03:16PM  20        THE COURT:  YOU KNOW, I THINK YOU CAN USE THIS TO

03:16PM  21   REFRESH HIS RECOLLECTION AS TO WHETHER OR NOT HE DID SOMETHING,

03:16PM  22   BUT THE DOCUMENT ITSELF I DON'T THINK NEEDS TO BE -- FOR THE

03:16PM  23   INFORMATION THAT YOU WANT TO GET IT IN, I THINK YOU CAN SEE IF

03:16PM  24   YOU CAN REFRESH HIS RECOLLECTION OF THAT.

03:16PM  25        MR. DOWNEY:  WELL, LET ME ASK HIM.

03:16PM  1          THE COURT:  SURE.

03:16PM  2     BY MR. DOWNEY:

03:16PM  3     Q.   DO YOU RECALL THIS EMAIL EXCHANGE IN MARCH OF 2014?

03:16PM  4     A.   NO.

03:16PM  5          MR. DOWNEY:  OKAY.  YOUR HONOR, I HATE TO HAVE HIM

03:16PM  6     BACK FOR ONE QUESTION.

03:16PM  7          THE COURT:  WELL, I -- THE QUESTION I WAS

03:16PM  8     SUGGESTING -- AND AGAIN, I DON'T MEAN TO TELL YOU HOW TO ASK

03:16PM  9     QUESTIONS -- BUT IF HIS MEMORY OF THIS CAN BE REFRESHED -- HE

03:16PM 10     DOESN'T REMEMBER THIS, BUT IF THIS REFRESHES HIS RECOLLECTION

03:16PM 11     ABOUT SOMETHING THAT HE DID, THAT MIGHT SUFFICE FOR YOUR

03:16PM 12     PURPOSE I THINK.

03:16PM 13          MR. DOWNEY:  LET'S TRY IT THAT WAY.

03:16PM 14     Q.   HAVE YOU HAD THE OPPORTUNITY TO REVIEW EXHIBIT 13952?

03:17PM 15     A.   YES.

03:17PM 16     Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE ASKED A

03:17PM 17     QUESTION BY ASHISH KOHLI IN MARCH OF 2014 ABOUT THERANOS?

03:17PM 18     A.   NO, BUT I WOULD GET HUNDREDS OF EMAILS A DAY, SO --

03:17PM 19     Q.   OKAY.

03:17PM 20          YOUR HONOR, I THINK I NEED TO MOVE ITS ADMISSION.

03:17PM 21          THE COURT:  I UNDERSTAND WHY YOU WANT TO MOVE IT IN.

03:17PM 22     THE QUESTION THAT MR. SCHENK SUGGESTS IS IT'S NOT APPROPRIATE

03:17PM 23     BECAUSE IT'S BEYOND THE SCOPE.

03:17PM 24          I'LL ALLOW IT TO COME IN, AND SO I'LL OVERRULE THE

03:17PM 25     OBJECTION.  IT'S ADMITTED, AND IT CAN BE PUBLISHED.

03:17PM  1           (DEFENDANT'S EXHIBIT 13952 WAS RECEIVED IN EVIDENCE.)

03:17PM  2               THE COURT:  IS SOMETHING WRONG WITH OUR SCREENS?

03:18PM  3               THE CLERK:  I DID A TEST ON THE BREAK.  LET ME TRY

03:18PM  4      IT AGAIN.

03:18PM  5               THE COURT: JUST A MOMENT.  I'M SORRY.

03:18PM  6          (PAUSE IN PROCEEDINGS.)

03:18PM  7               THE CLERK:  NO?

03:18PM  8               THE COURT:  NOT MINE OR IRENE'S.

03:18PM  9               THE CLERK:  HOW ABOUT IF WE TURN OFF THE MONITOR?

03:19PM 10               THE COURT:  THIS BUTTON HERE (INDICATING)?

03:19PM 11          THAT WORKED FOR ME.

03:19PM 12          I AM JUST GOING TO POUR WATER.

03:19PM 13          ALL RIGHT.  I THINK WE'RE READY.

03:19PM 14               MR. DOWNEY:  OKAY.

03:19PM 15      Q.   WHO WAS ASHISH KOHLI?

03:19PM 16      A.   HE WAS THE DIRECTOR OF INVESTOR RELATIONS, SO THE SECOND

03:19PM 17      HIGHEST PERSON IN INVESTOR RELATIONS.

03:19PM 18      Q.   OKAY.  SO HE WOULD SOMETIMES FIELD QUESTIONS FROM

03:19PM 19      INVESTORS, OR POTENTIAL INVESTORS?

03:19PM 20      A.   YES.

03:19PM 21      Q.   OKAY.  DOES THIS APPEAR TO BE AN EXCHANGE THAT YOU HAD

03:19PM 22      WITH MR. KOHLI IN MARCH OF 2014?

03:19PM 23      A.   YES.

03:19PM 24      Q.   AND DO YOU SEE AT THE BOTTOM MR. KOHLI WAS ASKED A

03:19PM 25      QUESTION, "I CANNOT HELP NOTICE NO MENTION OF THERANOS IN THE

MIQUELON CROSS BY MR. DOWNEY

03:19PM   1    PRESS RELEASE OR IN THE PREPARED COMMENTS.  IS THERE A CHANGE

03:19PM   2    IN UPTAKE OR ROLLOUT SCHEDULE?"

03:20PM   3        DO YOU SEE THAT?

03:20PM   4    A.  YES.

03:20PM   5    Q.  AND THEN HE ASKED, "HOW WOULD YOU LIKE ME TO RESPOND?"

03:20PM   6        AND YOU RESPONDED, "PROJECT IS GOING WELL.  WHEN WE HAVE A

03:20PM   7    NEW MILESTONE TO SHARE WE WILL SHARE IT."

03:20PM   8        SIGNED WADE?

03:20PM   9    A.  YES.

03:20PM   10   Q.  OKAY.  DO YOU KNOW AN INVESTOR NAMED BRIAN GROSSMAN?

03:20PM   11   A.  I DON'T RECALL.

03:20PM   12   Q.  DO YOU RECALL HAVING ANY CONVERSATIONS WITH MR. GROSSMAN

03:20PM   13   ABOUT THERANOS?

03:20PM   14   A.   NOT SPECIFICALLY.

03:20PM   15   Q.   LET ME SHOW YOU A DOCUMENT FOR PURPOSES OF SEEING IF IT

03:20PM   16   REFRESHES YOUR RECOLLECTION.

03:20PM   17   A.   OKAY.

03:20PM   18   Q.   IT'S EXHIBIT 4170.

03:21PM   19       AND THERE'S A FAIRLY LONG DISCUSSION HERE, BUT I'M ONLY

03:21PM   20   INTERESTED AND WOULD DRAW YOUR ATTENTION TO THE SECOND TO THE

03:21PM   21   LAST PARAGRAPH DOWN THE SECOND PAGE WHICH STARTS THERANOS.

03:21PM   22   THAT PARAGRAPH AND THE FOLLOWING TWO PARAGRAPHS.

03:21PM   23   A.   YES.

03:21PM   24   Q.   DOES THAT REFRESH YOUR RECOLLECTION OF HAVING A

03:21PM   25   CONVERSATION WITH MR. GROSSMAN IN THE SUMMER OF 2014?

03:21PM   1      A.   IT DOES NOT.

03:21PM   2      Q.   OKAY.  YOU LEFT FOR REASONS UNRELATED TO THERANOS IN THE

03:21PM   3      LATE SUMMER OF 2014; CORRECT?

03:21PM   4      A.   CORRECT.

03:21PM   5      Q.   AND AFTER THAT TIME DID YOU STAY IN TOUCH WITH MS. HOLMES

03:21PM   6      AND OTHERS AT THERANOS?

03:21PM   7      A.   MS. HOLMES.

03:21PM   8      Q.   OKAY.  LET ME ASK YOU TO LOOK IN YOUR NOTEBOOK AT

03:22PM   9      EXHIBIT 7168?

03:22PM  10      A.   YEP.

03:22PM  11      Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:22PM  12      OCTOBER OF 2015?

03:22PM  13      A.   YES, IT IS.

03:22PM  14              MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7618.

03:22PM  15              THE COURT:  7618?

03:22PM  16              MR. DOWNEY:  7618.

03:22PM  17              THE CLERK:  OR 7168?

03:22PM  18              THE COURT:  TELL US THE NUMBER AGAIN, PLEASE.

03:22PM  19              MR. DOWNEY:  7618.

03:22PM  20              MR. SCHENK:  NO OBJECTION.

03:22PM  21              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:22PM  22          (DEFENDANT'S EXHIBIT 7618 WAS RECEIVED IN EVIDENCE.)

03:22PM  23      BY MR. DOWNEY:

03:22PM  24      Q.   OKAY.  AND THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

03:23PM  25      MS. HOLMES.  AND I REALLY WANT TO JUST FOCUS ON THE BOTTOM

03:23PM  1    EXCHANGE.

03:23PM  2         DO YOU RECALL AT SOME POINT DURING THE FALL OF 2015 THERE

03:23PM  3    WAS A LOT OF CRITICISM OF MS. HOLMES AND THERANOS?

03:23PM  4    A.   I DO.

03:23PM  5    Q.   AND IS THIS AN EMAIL THAT YOU SENT IN THIS TIMEFRAME TO

03:23PM  6    MS. HOLMES?

03:23PM  7    A.   YES.

03:23PM  8    Q.   LET ME ASK YOU NOW TO LOOK AT EXHIBIT 7622.

03:23PM  9    A.   YEP.

03:23PM  10   Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:23PM  11   DECEMBER OF 2015?

03:23PM  12   A.   YEP.

03:23PM  13        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:24PM  14   7622.

03:24PM  15        MR. SCHENK:  NO OBJECTION.

03:24PM  16        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:24PM  17        (DEFENDANT'S EXHIBIT 7622 WAS RECEIVED IN EVIDENCE.)

03:24PM  18   BY MR. DOWNEY:

03:24PM  19   Q.   AND I WANT TO FOCUS YOUR ATTENTION FIRST ON THE DATE.

03:24PM  20        DO YOU SEE THAT THIS IS DECEMBER 1ST, 2015?

03:24PM  21   A.   YES.

03:24PM  22   Q.   AND THIS IS A YEAR AND A QUARTER OR SO AFTER YOU LEFT

03:24PM  23   WALGREENS?

03:24PM  24   A.   YES.

03:24PM  25   Q.   AND IN THE FIRST PARAGRAPH YOU MENTION COMING BACK WITH

03:24PM   1    MORE DETAILED THOUGHTS ON HOW WE COULD DO SOMETHING REALLY GAME

03:24PM   2    CHANGING AS TALKED.

03:24PM   3    A.   YEP.

03:24PM   4    Q.   AND DO YOU RECALL WHAT THAT RELATES TO?

03:24PM   5    A.   I BELIEVE IT WAS SOME WORK THAT I WAS DOING IN THE MIDDLE

03:24PM   6    EAST WITH SOME OF THE SOVEREIGN FUNDS AND OTHER FUNDS IN

03:24PM   7    ABU DHABI AND OTHER AREAS WHERE I THOUGHT THERE WOULD BE A LOT

03:24PM   8    OF INTEREST IN WHAT THERANOS HAD TO OFFER.

03:24PM   9    Q.   OKAY.  AND WAS THAT FOR PURPOSES OF OFFERING THE SERVICE

03:25PM  10    OR WHAT PURPOSE WAS THAT FOR?

03:25PM  11    A.   JUST THE TECHNOLOGY.  AGAIN, WHEN I LEFT WALGREENS IN

03:25PM  12    AUGUST I WAS STILL VERY, YOU KNOW, POSITIVE ON THE TECHNOLOGY.

03:25PM  13         OBVIOUSLY LATER ON, YOU KNOW, THINGS WERE WRITTEN, BUT I

03:25PM  14    STILL VERY MUCH BELIEVED IN ELIZABETH AND WHAT SHE WAS UP TO,

03:25PM  15    AND I REALLY WANTED HER TO HAVE A CHANCE TO BE ABLE TO LEVERAGE

03:25PM  16    THAT FOR GOOD.

03:25PM  17    Q.   OKAY.  ALL RIGHT.  LET ME ASK YOU TO LOOK AT EXHIBIT 7657

03:25PM  18    AND JUST ASK YOU BRIEFLY TO CONFIRM WHETHER THIS IS AN EMAIL

03:25PM  19    EXCHANGE BETWEEN YOU AND MS. HOLMES IN MARCH OF 2016?

03:25PM  20    A.   IT IS.

03:25PM  21             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:26PM  22    7657.

03:26PM  23             MR. SCHENK:  NO OBJECTION.

03:26PM  24             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:26PM  25         (DEFENDANT'S EXHIBIT 7657 WAS RECEIVED IN EVIDENCE.)

03:26PM   1    BY MR. DOWNEY:

03:26PM   2    Q.   AND DO YOU SEE IN THE ADDRESS LINE THAT THIS IS AN EMAIL

03:26PM   3    FROM YOU TO MS. HOLMES COPYING SOME OTHER PARTIES?

03:26PM   4    A.   YES.

03:26PM   5    Q.   AND IN THE SECOND PARAGRAPH HERE YOU REFERENCE GCC BEING A

03:26PM   6    FABULOUS ENVIRONMENT FOR THERANOS.

03:26PM   7         WHAT IS GCC?

03:26PM   8    A.   IT'S THE MIDDLE EAST, THE GREATER AREA THAT INCLUDES

03:26PM   9    SEVERAL COUNTRIES.

03:26PM   10   Q.   OKAY.  AND IS THAT A -- WHAT WERE YOU DISCUSSING HERE WHEN

03:26PM   11   YOU SUGGESTED GCC WOULD BE A FABULOUS ENVIRONMENT FOR THERANOS?

03:26PM   12   A.   WELL CAPITALIZED IN TERMS OF FUNDS, ACTUALLY EMBRACING

03:26PM   13   TECHNOLOGY IN MANY WAYS, IN HEALTH CARE IN PARTICULAR, AND I

03:26PM   14   FELT IT WOULD BE A GREAT OPPORTUNITY FOR HER TO SEE WHAT WAS

03:26PM   15   POSSIBLE THERE.

03:26PM   16   Q.   OKAY.  AND DID YOU CONTINUE THEREAFTER TO HAVE EMAIL

03:27PM   17   EXCHANGES WITH MS. HOLMES ABOUT PERSONAL MATTERS AND

03:27PM   18   PROFESSIONAL OPPORTUNITIES?

03:27PM   19   A.   I DON'T KNOW AFTER THIS IF I DID OR NOT, BUT --

03:27PM   20   Q.   WELL, LET ME SHOW YOU ONE MORE EMAIL.

03:27PM   21   A.   OKAY.

03:27PM   22   Q.   EXHIBIT 7676.

03:27PM   23        IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES IN

03:27PM   24   AUGUST OF 2016?

03:27PM   25   A.   IT IS.

03:27PM  1      Q.   OKAY.

03:27PM  2           YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 7676.

03:27PM  3                MR. SCHENK:  NO OBJECTION.

03:27PM  4                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM  5           (DEFENDANT'S EXHIBIT 7676 WAS RECEIVED IN EVIDENCE.)

03:27PM  6      BY MR. DOWNEY:

03:27PM  7      Q.   IF WE CAN LOOK AT THE EMAIL ON THE BOTTOM.  YOU SAY TO

03:27PM  8      MS. HOLMES, "NICE JOB WITH DR. GUPTA."

03:27PM  9           WHAT WAS THAT A REFERENCE TO?

03:27PM 10      A.   HONESTLY, I CAN'T REMEMBER.

03:27PM 11      Q.   YOU SAY, "I HOPE YOU ARE WELL.  DON'T STOP WORKING TO HELP

03:28PM 12      THE WORLD."

03:28PM 13           MS. HOLMES'S RESPONSE TO YOU, "YOU KNOW HOW MUCH THAT

03:28PM 14      MEANS TO ME.  HOPE ALL IS WONDERFUL WITH YOU."

03:28PM 15           AND DO YOU RECALL ANY CONTACT WITH MS. HOLMES AFTER THIS

03:28PM 16      EMAIL EXCHANGE?

03:28PM 17      A.   I DON'T RECALL THE LAST TIME, BUT I DEFINITELY CARED ABOUT

03:28PM 18      HER VERY MUCH AND WANTED HER TO BE SUCCESSFUL.

03:28PM 19      Q.   OKAY.

03:28PM 20           YOUR HONOR, I THINK I'M DONE WITH CROSS-EXAMINATION, BUT

03:28PM 21      LET ME HAVE JUST ONE MOMENT.

03:28PM 22                THE COURT:  SURE.

03:28PM 23           (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:29PM 24      BY MR. DOWNEY:

03:29PM 25      Q.   THANK YOU, MR. MIQUELON.

03:29PM   1            THAT'S ALL I HAVE FOR CROSS-EXAMINATION.

03:29PM   2                 THE COURT:  ALL RIGHT.  ANY REDIRECT?  MR. SCHENK?

03:29PM   3                 MR. SCHENK:  YES.

03:29PM   4                          **REDIRECT EXAMINATION**

03:29PM   5       BY MR. SCHENK:

03:29PM   6       Q.   GOOD AFTERNOON AGAIN, MR. MIQUELON.

03:29PM   7       A.   GOOD AFTERNOON.

03:29PM   8       Q.   I'D LIKE TO COVER SOME OF THE TOPICS THAT YOU DISCUSSED

03:29PM   9       WITH MR. DOWNEY, AND THE FIRST PLACE I'D LIKE TO START IS WITH

03:29PM  10       THE PHASED ROLLOUT.

03:29PM  11            MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT PHASE I AND

03:29PM  12       PHASE II.

03:29PM  13            DO YOU RECALL THOSE QUESTIONS?

03:29PM  14       A.   BRIEFLY.

03:29PM  15       Q.   GENERALLY AT LEAST.

03:29PM  16       A.   GENERALLY, YEAH.

03:29PM  17       Q.   THE REASON FOR THE DIFFERENT PHASES, I THINK YOU TESTIFIED

03:29PM  18       TO, WAS SOME REGULATORY CONCERNS, OR REGULATORY ISSUES THAT HAD

03:30PM  19       BEEN IDENTIFIED AND THE QUESTION IS WHAT IS THE LAB?  AM I

03:30PM  20       RIGHT ABOUT THAT?

03:30PM  21       A.   CORRECT.  THAT IS ONE OF THE QUESTIONS WHICH, AGAIN, WHAT

03:30PM  22       IS THE LAB AND WHERE IS THE LAB, IF YOU HAVE AN EDISON DEVICE

03:30PM  23       THAT FEEDS TO THE CLOUD THAT FEEDS INTO A LABORATORY OF

03:30PM  24       ANALYTICS.

03:30PM  25            AGAIN, THAT IS SOMETHING THAT I THINK HAD NEVER BEEN

03:30PM  1    CONTEMPLATED BY REGULATORS.

03:30PM  2    Q.   SO THE DECISION WAS MADE TO ROLL OUT IN PHASES TO HAVE THE

03:30PM  3    EDISON DEVICE AT A CENTRAL LAB INITIALLY AND THEN EVENTUALLY AS

03:30PM  4    I THINK YOU SAID DEPENDING ON THE ECONOMICS OF IT PUTTING THE

03:30PM  5    DEVICE IN STORES?

03:30PM  6    A.   AND I THINK IT WAS PRACTICAL IF YOU WERE GOING TO HAVE,

03:30PM  7    LET'S JUST MAKE IT FIVE LAB TESTS A DAY IN A GIVEN WALGREENS,

03:30PM  8    IT DOESN'T MAKE A LOT OF SENSE TO HAVE EQUIPMENT AND

03:30PM  9    INFRASTRUCTURE THERE.

03:30PM  10   Q.   I SEE.  WHEN YOU WERE DISCUSSING THIS PHASED APPROACH WITH

03:30PM  11   MS. HOLMES, DID SHE EVER TELL YOU ONE REASON WE COULDN'T PUT

03:31PM  12   THE DEVICE IN THE STORES WAS BECAUSE THEY DIDN'T DO THEIR BLOOD

03:31PM  13   TESTING FULLY ON THE DEVICE, THAT IT WASN'T ACTUALLY REGULATORY

03:31PM  14   BUT RATHER IT WAS A DEVICE ISSUE?  DID YOU EVER TALK ABOUT

03:31PM  15   THAT?

03:31PM  16   A.   I NEVER HEARD THAT.

03:31PM  17   Q.   IF WE COULD BRING UP GOVERNMENT'S EXHIBIT 302.

03:31PM  18        DO YOU REMEMBER THAT YOU TALKED TO MR. DOWNEY ABOUT THE

03:31PM  19   JOHNS HOPKINS DOCUMENT?

03:31PM  20        DO YOU RECALL THAT LINE OF QUESTIONING?

03:31PM  21   A.   I DO.

03:31PM  22   Q.   YOU WEREN'T AT -- YOU DIDN'T GO TO BALTIMORE FOR THE

03:31PM  23   MEETING; IS THAT RIGHT?

03:31PM  24   A.   I DID NOT.

03:31PM  25   Q.   DO YOU KNOW HOW LONG THE DEVICE WAS WITH THE FOLKS AT

03:31PM   1       HOPKINS?

03:31PM   2       A.   I HAVE NO IDEA.

03:31PM   3       Q.   DO YOU KNOW HOW LONG THE MEETING LASTED?

03:31PM   4       A.   I HAVE NO IDEA.

03:31PM   5       Q.   DO YOU KNOW WHO PREPARED THE DATA THAT JOHNS HOPKINS

03:31PM   6       LOOKED AT?

03:31PM   7       A.   I HAVE NO IDEA.

03:31PM   8       Q.   IF YOU COULD TURN TO THE SECOND PAGE OF THIS DOCUMENT.  AT

03:32PM   9       THE VERY BOTTOM THERE'S A SECTION CALLED DISCLAIMER.

03:32PM  10            DO YOU SEE THAT?

03:32PM  11       A.   YES.

03:32PM  12       Q.   DID YOU READ THAT WITH MR. DOWNEY DO YOU RECALL?

03:32PM  13       A.   ASK THE QUESTION AGAIN, I'M SORRY.

03:32PM  14       Q.   WHEN YOU WERE BEING ASKED QUESTIONS ABOUT THIS ON

03:32PM  15       CROSS-EXAMINATION --

03:32PM  16       A.   RIGHT.

03:32PM  17       Q.   -- DID YOU READ THIS OUT LOUD?

03:32PM  18       A.   NO.

03:32PM  19       Q.   LET'S TAKE A LOOK AT IT NOW.

03:32PM  20            IT SAYS, "THIS INFORMATION IS BEING PROVIDED SOLELY FOR

03:32PM  21       THE BENEFIT OF WALGREENS AND SHALL BE USED BY WALGREENS FOR ITS

03:32PM  22       INTERNAL PURPOSES ONLY.  IN ADDITION, THE MATERIALS PROVIDED IN

03:32PM  23       NO WAY SIGNIFY AN ENDORSEMENT BY JOHNS HOPKINS MEDICINE TO ANY

03:32PM  24       PRODUCT OR SERVICE."

03:32PM  25            DID YOU GIVE MS. HOLMES PERMISSION TO SHARE THIS DOCUMENT

03:32PM   1    WITH INVESTORS?

03:32PM   2    A.   I DIDN'T PERSONALLY, NO.

03:32PM   3    Q.   DO YOU KNOW WHETHER ANYBODY AT WALGREENS GAVE THERANOS OR

03:32PM   4    MS. HOLMES THAT PERMISSION?

03:32PM   5    A.   I DON'T KNOW.

03:32PM   6    Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT WHAT HE WAS

03:33PM   7    CALLING AN INTEGRATION CLAUSE.

03:33PM   8         DO YOU REMEMBER THAT?

03:33PM   9    A.   YES.

03:33PM   10   Q.   ALL OF THE AGREEMENTS OF THE PARTIES ARE CONTAINED IN THIS

03:33PM   11   DOCUMENT; IS THAT RIGHT?

03:33PM   12   A.   THAT'S MY UNDERSTANDING.

03:33PM   13   Q.   WAS YOUR UNDERSTANDING THAT WHEN YOU INTERACTED WITH

03:33PM   14   MS. HOLMES OR MR. BALWANI THAT EVEN IF THERE WAS AN INTEGRATION

03:33PM   15   CLAUSE, THEY STILL HAD TO BE TRUTHFUL TO YOU?

03:33PM   16   A.   THAT WOULD BE MY ASSUMPTION, YES.

03:33PM   17   Q.   IF WE COULD NOW BRING UP EXHIBIT 617, AND I THINK IT'S ON

03:33PM   18   PAGE 4.

03:33PM   19        UNDER PROGRAM OBJECTIVES (A), MR. DOWNEY ASKED YOU A

03:33PM   20   QUESTION ABOUT THIS.

03:33PM   21        DO YOU RECALL UNDER (A) I THINK HE ASKED YOU ABOUT THE

03:34PM   22   NATIONWIDE ROLLOUT.

03:34PM   23        DO YOU SEE IN THE THIRD LINE OF (A) THE WORD NATIONWIDE?

03:34PM   24   A.   YES.

03:34PM   25   Q.   AND IF YOU GO A LITTLE FURTHER UP IN (A), STILL WITHIN (A)

03:34PM  1    IT SAYS, "MAKING TESTING LESS INVASIVE, FASTER, AND FAR MORE

03:34PM  2    ACCESSIBLE, EFFECTIVE, AND ACTIONABLE BY INTRODUCING A FAR MORE

03:34PM  3    COST-EFFECTIVE, BLOOD TESTING SERVICE AT WALGREENS STORES AND

03:34PM  4    WALGREENS'S OTHER CLINICAL OPERATIONS NATIONWIDE."

03:34PM  5         DID YOU UNDERSTAND THAT IN ORDER TO ACHIEVE THE NATIONWIDE

03:34PM  6    OBJECTIVE THAT TESTING WOULD HAVE TO BE LESS INVASIVE?

03:34PM  7    A.   YES.  I MEAN, MY UNDERSTANDING WAS, YOU KNOW, THE VAST

03:34PM  8    MAJORITY OF TESTS WOULD BE ON A FINGER PRICK.

03:34PM  9    Q.   LESS INVASIVE IS A REFERENCE TO?

03:34PM  10   A.   I THINK IT'S TALKING FINGERSTICK VERSUS A VENIPUNCTURE.

03:34PM  11   Q.   FINGERSTICK VERSUS A VEIN DRAW?

03:35PM  12   A.   THAT'S HOW I INTERPRET IT.

03:35PM  13            MR. SCHENK:  IF WE CAN NOW SWITCH TO THE ELMO,

03:35PM  14   MS. KRATZMANN?

03:35PM  15            THE CLERK:  YES, COUNSEL.

03:35PM  16            MR. SCHENK:  THANK YOU.

03:35PM  17            THE CLERK:  THIS IS ADMITTED?

03:35PM  18            MR. SCHENK:  YES.

03:35PM  19   Q.   MR. MIQUELON, I'M SHOWING YOU EXHIBIT 7312.  THIS WAS

03:35PM  20   ADMITTED DURING CROSS-EXAMINATION, SOME SLIDES THAT MS. HOLMES

03:35PM  21   SENT TO YOU.

03:35PM  22        DO YOU RECALL THAT?

03:35PM  23   A.   I RECALL BEING SHOWN IT.

03:35PM  24   Q.   SO I'M SHOWING YOU THE FIRST PAGE OF THE EXHIBIT.  THIS

03:36PM  25   WAS THE EMAIL THAT MS. HOLMES SENT TO YOU IN AUGUST OF 2013

03:36PM  1    ATTACHING THESE SLIDES.  THE EMAIL HAD THAT NUMBERED LIST?

03:36PM  2    A.   YES, I RECALL.

03:36PM  3    Q.   AND IN THE EXECUTIVE SUMMARY THE FIRST BULLET SAYS THAT

03:36PM  4    "THERANOS WILL OPEN ITS FIRST PATIENT SERVICE CENTER IN

03:36PM  5    DOWNTOWN PALO ALTO RIGHT AFTER LABOR DAY OF 2013."

03:36PM  6         LABOR DAY IS NOT IN NOVEMBER, RIGHT, IT'S IN SEPTEMBER?

03:36PM  7    A.   RIGHT.

03:36PM  8    Q.   AND IS IT YOUR UNDERSTANDING THAT THERANOS WAS GOING TO

03:36PM  9    OPEN ITS FIRST PATIENT SERVICE CENTER IN SEPTEMBER OF 2013?

03:36PM 10    A.   THAT SOUNDS ABOUT RIGHT.

03:36PM 11    Q.   AND THAT'S ALSO WHAT THE DOCUMENT SAYS; IS THAT RIGHT?

03:36PM 12    A.   YES.

03:36PM 13    Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT THE EARNINGS

03:36PM 14    CALL, AND IN THE EARNINGS CALL TRANSCRIPT YOU WERE VERY, VERY

03:36PM 15    EXCITED OR INTERESTED IN THE PROSPECTS OF THERANOS?

03:36PM 16    A.   YES.

03:36PM 17    Q.   WAS YOUR EXCITEMENT BASED ON WHAT YOU LEARNED ABOUT

03:37PM 18    THERANOS, BASED ON REPRESENTATIONS THAT MS. HOLMES AND

03:37PM 19    MR. BALWANI HAD MADE TO YOU?

03:37PM 20    A.   YES.

03:37PM 21    Q.   AND DID THAT INCLUDE THAT THE TECHNOLOGY WORKED?

03:37PM 22    A.   YES.

03:37PM 23    Q.   DID THAT INCLUDE THAT THE TESTS, THE BLOOD TESTS WERE DONE

03:37PM 24    VIA FINGERSTICK?

03:37PM 25    A.   AT LEAST THE VAST MAJORITY WOULD BE.

03:37PM  1    Q.   AND IF THOSE THINGS HAD NOT BEEN TRUE, WOULD YOU HAVE BEEN

03:37PM  2    AS EXCITED?

03:37PM  3    A.   I WOULD HAVE SERIOUS CONCERNS THAT THEY WEREN'T TRUE.

03:37PM  4    Q.   YOU WOULD HAVE --

03:37PM  5    A.   I WOULD HAVE SERIOUS CONCERNS.

03:37PM  6    Q.   WHY?

03:37PM  7    A.   WELL, IT WOULD GO TO THE HEART OF A FEW THINGS.  IT WOULD

03:37PM  8    GO TO THE HEART OF THE VALUE PROPOSITION, CAN YOU DO IT BETTER,

03:37PM  9    FASTER, CHEAPER, OR ONLY ONE OR ONLY TWO OF THE ABOVE?

03:37PM 10        IT WOULD ALSO PROBABLY GO TO THE HEART OF JUST CREDIBILITY

03:37PM 11    IN TERMS OF WHAT HAD BEEN REPRESENTED TO ME.

03:37PM 12    Q.   AND WHOSE CREDIBILITY?  WHAT DO YOU MEAN?

03:37PM 13    A.   THERANOS'S CREDIBILITY.

03:37PM 14    Q.   AND WOULD THAT INCLUDE MS. HOLMES?

03:37PM 15    A.   ANYONE WHO WOULD MAKE THOSE ATTESTATIONS IT WOULD INCLUDE.

03:38PM 16    Q.   AND WHO MAKE THOSE REPRESENTATIONS TO YOU?

03:38PM 17    A.   OVER TIME SUNNY AND ELIZABETH GAVE US ATTESTATIONS THAT

03:38PM 18    THE TECHNOLOGY WORKED AND NEEDED TO BE SCALED AND SO THAT'S

03:38PM 19    WHAT I BELIEVED.

03:38PM 20    Q.   WHEN MS. HOLMES WOULD MAKE A REPRESENTATION TO YOU, WERE

03:38PM 21    THERE OCCASIONS WHEN MR. BALWANI WAS PRESENT?

03:38PM 22    A.   MOST OF THE TIME WHEN I WAS WITH WALGREENS MY

03:38PM 23    CONVERSATIONS WERE WITH BOTH OF THEM TYPICALLY.

03:38PM 24    Q.   AND THEY WERE BOTH PRESENT YOU SAY?

03:38PM 25    A.   TYPICALLY, YES.

03:38PM 1    Q.   AND WAS THERE EVER AN OCCASION WHEN MS. HOLMES SAID

03:38PM 2    SOMETHING TO YOU AND MR. BALWANI SAID, WAIT, THAT'S NOT TRUE, I

03:38PM 3    NEED TO CORRECT THAT?

03:38PM 4         DO YOU RECALL THAT EVER HAPPENING?

03:38PM 5    A.   NOT THAT I RECALL.

03:38PM 6    Q.   HOW ABOUT THE REVERSE?  WAS THERE EVER A TIME THAT

03:38PM 7    MR. BALWANI SAID SOMETHING TO YOU AND MS. HOLMES SAID, WAIT, I

03:38PM 8    NEED TO CORRECT THAT, THAT'S NOT TRUE?

03:38PM 9    A.   I DON'T RECALL THAT.

03:38PM 10   Q.   MR. DOWNEY SHOWED YOU SEVERAL EMAILS THAT YOU SENT TO

03:38PM 11   MS. HOLMES IN THE 2015 AND 2016 TIMEFRAME, SUPPORTIVE EMAILS?

03:39PM 12   A.   RIGHT.

03:39PM 13   Q.   AND I THINK YOU SAID THAT YOU HAD POSITIVE FEELINGS ABOUT

03:39PM 14   MS. HOLMES AND ABOUT THERANOS AT THE TIME?

03:39PM 15   A.   CORRECT.  WHEN I LEFT THE COMPANY I STILL FELT VERY GOOD

03:39PM 16   ABOUT THE COMPANY, AND AGAIN, OBVIOUSLY THERE WAS -- LATER ON

03:39PM 17   THERE WERE, YOU KNOW, THERE'S BAD PRESS, ET CETERA, BUT

03:39PM 18   HONESTLY, I DON'T PAY MUCH ATTENTION TO IT, RIGHT?  SO MY LAST

03:39PM 19   EXPERIENCE WHEN I LEFT THE COMPANY WAS FAVORABLE.

03:39PM 20   Q.   AND YOU SAID THAT THERE WAS BAD PRESS, BUT YOU STILL HAD A

03:39PM 21   FAVORABLE IMPRESSION OF THERANOS?

03:39PM 22   A.   YEAH.

03:39PM 23   Q.   AND WHERE DID YOU GET THAT FAVORABLE IMPRESSION FROM?

03:39PM 24   A.   I THINK I DIDN'T WANT TO BELIEVE THERE WERE THINGS THAT I

03:39PM 25   BELIEVED WEREN'T TRUE IN TERMS OF TECHNOLOGY BEING ABLE TO WORK

MIQUELON REDIRECT BY MR. SCHENK

03:39PM  1    THEY WAY THAT IT WAS REPRESENTED TO US.

03:39PM  2    Q.   YOU STILL WANTED TO BELIEVE THAT THE TECHNOLOGY WORKED?

03:39PM  3    A.   YES.  I MEAN, I -- YES.

03:39PM  4    Q.   WAS THERE A POINT IN TIME AFTER -- I THINK THE MOST RECENT

03:39PM  5    EMAIL THAT MR. DOWNEY SHOWED YOU WAS IN AUGUST OF 2016?

03:39PM  6    A.   YEAH.

03:39PM  7    Q.   AND WAS THERE A PERIOD OF TIME AFTER THAT WHERE YOUR

03:40PM  8    OPINION CHANGED AND YOU NO LONGER HAD A FAVORABLE IMPRESSION?

03:40PM  9    A.   I WOULD JUST SAY THIS, I WOULD SAY THAT I DON'T HAVE ALL

03:40PM  10   OF THE FACTS.  I ONLY KNOW WHAT WAS REPRESENTED TO ME SO I CAN

03:40PM  11   ONLY REALLY SPEAK TO WHAT I WAS TOLD.

03:40PM  12       THAT'S ALL I KNOW REALLY.

03:40PM  13   Q.   AND IN THE 2015 TO 2016 TIMEFRAME WHEN YOU WERE SENDING

03:40PM  14   THESE EMAILS, THESE SUPPORTIVE EMAILS TO MS. HOLMES --

03:40PM  15   A.   YEAH.

03:40PM  16   Q.   -- DID YOU KNOW WHAT MS. HOLMES HAD TOLD HER INVESTORS?

03:40PM  17   A.   NO.

03:40PM  18   Q.   WHEN YOU WERE SENDING THESE SUPPORTIVE EMAILS TO

03:40PM  19   MS. HOLMES, WERE YOU DOING THAT BASED ON YOUR INTERACTIONS WITH

03:40PM  20   HER, THAT'S WHERE YOU --

03:40PM  21   A.   YES.

03:40PM  22   Q.   -- GOT THE INFORMATION?

03:40PM  23   A.   YES.

03:40PM  24   Q.   AND WAS THERE A TIME WHILE YOU STILL WORKED AT WALGREENS

03:40PM  25   BUT TOWARDS THE END WHEN YOU HAD A PHONE CALL WITH MS. HOLMES?

03:40PM   1    A.   MAYBE.  PROBABLY.  WE HAD, YOU KNOW, MULTIPLE PHONE CALLS

03:41PM   2    OVER THE COURSE OF OUR FRIENDSHIP.

03:41PM   3    Q.   AND WAS THERE ONES WHEN YOU DISCUSSED VENOUS DRAWS IN

03:41PM   4    WALGREENS STORES?

03:41PM   5    A.   THERE WAS.

03:41PM   6    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

03:41PM   7    A.   WHAT I RECALL IS THAT IN THE EARLY PILOTS WE, I THINK,

03:41PM   8    INITIALLY THOUGHT 90 PERCENT OF A TEST WOULD BE DONE VIA A

03:41PM   9    FINGERSTICK, BUT IT ENDED UP BEING VERY LOW FOR A WHILE, ALMOST

03:41PM   10   CLOSE TO ZERO, AND JUST HAVING A CONVERSATION TO UNDERSTAND WHY

03:41PM   11   VENOUS PUNCTURE WAS THE PREDOMINANT METHOD VERSUS FINGERSTICKS.

03:41PM   12   Q.   AND DID MS. HOLMES GIVE YOU SOME REASONS?

03:41PM   13   A.   SHE DID.  SHE EXPRESSED THERE WAS A COUPLE REASONS.  ONE

03:41PM   14   IS THE DIFFICULTY OF GETTING CLINICIANS TO DO THE KIND OF

03:41PM   15   MASSAGE, THE FINGER MASSAGE PROPERLY TO GET THE PROPER BLOOD

03:41PM   16   SAMPLE.

03:41PM   17        SHE ALSO EXPRESSED THAT THERE WAS A POSSIBILITY THAT SOME

03:42PM   18   OF THE MORE OBSCURED TESTS WERE BEING ORDERED AT A MAGNITUDE

03:42PM   19   FAR HIGHER THAN THEY SHOULD HAVE BEEN SO PERHAPS CLINICIANS OR

03:42PM   20   LAB PREPARERS MIGHT BE TRYING TO TEST THE WATERS TO SEE WHAT

03:42PM   21   WAS POSSIBLE.  SO WE TALKED ABOUT THAT A BIT.  AND LIKE THE

03:42PM   22   TEAM HAD TALKED TO ME ABOUT IT AS WELL.  SHE GAVE ME SOME

03:42PM   23   PERSPECTIVE ON WHAT WE MIGHT LOOK TO IN TERMS OF HOW THAT MIGHT

03:42PM   24   RAMP OVER TIME.

03:42PM   25   Q.   SO WHEN YOU WERE ASKING MS. HOLMES ABOUT THE AMOUNT OF

03:42PM   1    VEIN DRAWS THAT WERE HAPPENING, DID SHE TELL YOU ANYTHING ABOUT

03:42PM   2    TECHNOLOGICAL LIMITATIONS OF THE THERANOS DEVICE?

03:42PM   3    A.   NOT THAT I RECALL.

03:42PM   4    Q.   AND WAS IT THAT KIND OF PHONE CALL THAT YOU WERE THINKING

03:42PM   5    ABOUT IN 2015 AND 2016 WHEN YOU WERE SENDING THESE SUPPORTIVE

03:42PM   6    EMAILS TO MS. HOLMES?  WERE YOU THINKING THAT THE THINGS THAT

03:42PM   7    SHE TOLD YOU ON THE PHONE CALL WE JUST DISCUSSED WERE TRUE?

03:42PM   8    A.   YES.

03:42PM   9    Q.   THANK YOU.

03:42PM  10         NO FURTHER QUESTIONS, YOUR HONOR.

03:42PM  11              MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

03:42PM  12              THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:42PM  13              MR. SCHENK:  YES, YOUR HONOR.

03:43PM  14              THE COURT:  MR. DOWNEY?

03:43PM  15              MR. DOWNEY:  YES.

03:43PM  16              THE COURT:  THANK YOU, SIR.  YOU'RE EXCUSED.  YOU

03:43PM  17    CAN STAND DOWN.

03:43PM  18              THE WITNESS:  THANK YOU, YOUR HONOR.

03:43PM  19              THE COURT:  THANK YOU VERY MUCH.  JUST LEAVE ALL OF

03:43PM  20    THOSE BINDERS THERE.  THANK YOU.

03:43PM  21         DOES THE GOVERNMENT HAVE A WITNESS YOU WISH TO CALL THIS

03:43PM  22    AFTERNOON?

03:43PM  23              MR. BOSTIC:  WE HAVE A WITNESS READY, YOUR HONOR,

03:43PM  24    AND WE CAN MOVE FORWARD TODAY.  WE WON'T FINISH THE WITNESS

03:43PM  25    BEFORE 4:00 P.M., OR WE CAN START WITH THIS WITNESS TOMORROW.

MIQUELON REDIRECT BY MR. SCHENK

03:43PM   1          THE COURT:  WHY DON'T WE AT LEAST INTRODUCE THE

03:43PM   2     WITNESS TO THE PROCEEDINGS.

03:43PM   3        MS. KRATZMANN NEEDS A COUPLE OF MINUTES, BUT LET'S DO

03:43PM   4     THAT.

03:43PM   5          MR. BOSTIC:  YES, YOUR HONOR.  THE GOVERNMENT CALLS

03:43PM   6     ROBERT AMENTA.

03:44PM   7        (PAUSE IN PROCEEDINGS.)

03:44PM   8          THE COURT:  THANK YOU, MR. WADE.  THANK YOU.

03:44PM   9          THE CLERK:  THANK YOU.

03:44PM  10          THE COURT:  SIR, IF YOU COULD JUST STAND THERE FOR

03:44PM  11     JUST A MOMENT.  AND IF YOU COULD FACE OUR COURTROOM DEPUTY

03:44PM  12     WHILE YOU RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU.

03:44PM  13          **(GOVERNMENT'S WITNESS, ROBERTO AMENTA, WAS SWORN.)**

03:44PM  14          THE WITNESS:  YES.

03:44PM  15          THE COURT:  LET ME INVITE YOU TO HAVE A SEAT HERE,

03:44PM  16     SIR, AND MAKE YOURSELF COMFORTABLE.

03:44PM  17          THE WITNESS:  THANK YOU.

03:44PM  18          THE COURT:  YOU'RE WELCOME.

03:44PM  19     FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED.

03:44PM  20     I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

03:44PM  21     WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:45PM  22     AND THEN SPELL IT, PLEASE.

03:45PM  23          THE WITNESS:  SURE.  IT'S ROBERTO.  LAST NAME IS

03:45PM  24     AMENTA, A-M-E-N-T-A.

03:45PM  25          THE COURT:  THANK YOU.  MR. BOSTIC.

AMENTA DIRECT BY MR. BOSTIC

03:45PM  1          MR. BOSTIC:  THANK YOU, YOUR HONOR.

03:45PM  2                    **DIRECT EXAMINATION**

03:45PM  3     BY MR. BOSTIC:

03:45PM  4     Q.   GOOD AFTERNOON, MR. AMENTA.

03:45PM  5     A.   GOOD AFTERNOON.

03:45PM  6     Q.   MR. AMENTA, IF YOU'RE FULLY VACCINATED AND COMFORTABLE

03:45PM  7     DOING SO, YOU'RE WELCOME TO TESTIFY WITHOUT A MASK.

03:45PM  8     A.   I AM.

03:45PM  9     Q.   CAN YOU START BY TELLING US WHERE YOU'RE CURRENTLY

03:45PM  10    EMPLOYED, PLEASE?

03:45PM  11    A.   I'M EMPLOYED AT THE FEDERAL RESERVE BANK OF NEW YORK.

03:45PM  12    Q.   AND WHAT IS YOUR CURRENT JOB TITLE AT THE FEDERAL RESERVE

03:45PM  13    BANK OF NEW YORK?

03:45PM  14    A.   I'M THE DEPUTY CHIEF INVESTIGATOR.

03:45PM  15    Q.   I WANT TO CIRCLE BACK TO YOUR JOB RESPONSIBILITIES THERE,

03:45PM  16    BUT FIRST CAN YOU SUMMARIZE FOR US AT A HIGH LEVEL YOUR

03:45PM  17    EDUCATIONAL BACKGROUND AND YOUR WORK HISTORY BEFORE YOU JOINED

03:45PM  18    THE FEDERAL RESERVE BANK?

03:45PM  19    A.   SURE.  I'M A GRADUATE OF ST. FRANCIS COLLEGE IN BROOKLYN

03:45PM  20    WITH A BACHELOR'S OF SCIENCE.

03:45PM  21         AND MY EMPLOYMENT PRE THE FEDERAL RESERVE WAS AT A LAW

03:46PM  22    FIRM CALLED CULLEN AND DYKMAN.

03:46PM  23    Q.   AND WHAT WAS YOUR POSITION AT THAT LAW FIRM?

03:46PM  24    A.   PARALEGAL.

03:46PM  25    Q.   WHEN DID YOU START WORKING AT THE FEDERAL RESERVE BANK OF

03:46PM  1    NEW YORK?

03:46PM  2    A.   IN NOVEMBER OF 1993.

03:46PM  3    Q.   AND HAVE YOU BEEN EMPLOYED THERE EVER SINCE?

03:46PM  4    A.   I HAVE.

03:46PM  5    Q.   AND YOU SAID YOUR CURRENT JOB TITLE?  ONE MORE TIME.

03:46PM  6    A.   DEPUTY CHIEF INVESTIGATOR.

03:46PM  7    Q.   AND HAS THAT BEEN YOUR JOB TITLE THERE THE ENTIRE TIME OR

03:46PM  8    HAS IT CHANGED?

03:46PM  9    A.   NO.  SO IN NOVEMBER OF 1993 I STARTED AS A PARALEGAL, ROSE

03:46PM  10   THROUGH THE RANKS, BECAME AN INVESTIGATOR IN 2001, ROSE THROUGH

03:46PM  11   THE INVESTIGATOR RANKS AND INTO 2019 WAS NAMED DEPUTY CHIEF

03:46PM  12   INVESTIGATOR.

03:46PM  13   Q.   AND WHAT IS THE FEDERAL RESERVE BANK?

03:46PM  14   A.   SURE.  SO THE FEDERAL RESERVE BANK IS REGIONAL BANKS, SO

03:46PM  15   THERE ARE 12 FEDERAL RESERVE BANKS, WHICH NEW YORK IS ONE OF

03:46PM  16   THEM, ALONG WITH THE BOARD OF GOVERNORS MAKE UP THE FEDERAL

03:47PM  17   RESERVE SYSTEM WHICH IS THE CENTRAL BANK FOR THE UNITED STATES.

03:47PM  18   Q.   AND HOW DOES THE FEDERAL RESERVE BANK COMPARE TO BANKS

03:47PM  19   THAT CITIZENS LIKE YOU OR I MIGHT HAVE ACCOUNTS AT?

03:47PM  20   A.   SURE.  SO I THINK MOST FOLKS ASSOCIATE THE FEDERAL RESERVE

03:47PM  21   WITH MONETARY POLICY, SO FORMULATING AND IMPLEMENTING MONETARY

03:47PM  22   POLICY, BUT IT'S ALSO A BANK SUPERVISOR FOR FINANCIAL

03:47PM  23   INSTITUTIONS, AND IT ALSO PROVIDES BANKING SERVICES TO THE

03:47PM  24   FINANCIAL INDUSTRY, TO FINANCIAL INSTITUTIONS.

03:47PM  25        SO IT WON'T HAVE ACCOUNTS FOR INDIVIDUALS.  IT HAS

03:47PM 1    ACCOUNTS FOR BANKS.

03:47PM 2    Q.   SO IT'S A BANK FOR BANKS?

03:47PM 3    A.   THAT'S RIGHT.

03:47PM 4    Q.   HOW ABOUT YOUR SPECIFIC JOB RESPONSIBILITIES THERE, CAN

03:47PM 5    YOU SUMMARIZE THOSE FOR US?

03:47PM 6    A.   SURE.  SO THE INVESTIGATIONS GROUP IS WITHIN A GROUP IN

03:47PM 7    LEGAL CALLED THE FINANCIAL INTELLIGENCE AND INVESTIGATIONS

03:47PM 8    UNIT.  YOU KNOW, THE PRIMARY RESPONSIBILITY IS TO MAKE SURE

03:47PM 9    THAT WE WORK ON CASES WITH FINANCIAL INSTITUTION ISSUES AND

03:48PM 10   BANKER ISSUES, SO INSTITUTION AFFILIATED PARTIES AT FINANCIAL

03:48PM 11   INSTITUTIONS.

03:48PM 12        WE'RE ALSO THE FACE OF THE FED WITH REGARDS TO FRAUD THAT

03:48PM 13   MENTION THE FEDERAL RESERVE NAME AND THAT OF ITS EMPLOYEES, AND

03:48PM 14   WE'RE ALSO THE GROUP RESPONSIBLE FOR SUBPOENA COMPLIANCE WITH

03:48PM 15   REGARDS TO FEDWIRE FUNDS TRANSFER.

03:48PM 16   Q.   AND YOU MENTIONED FEDWIRE FUNDS TRANSFER.

03:48PM 17        WHAT IS FEDWIRE?

03:48PM 18   A.   FEDWIRE IS A FINANCIAL PRODUCT THAT THE FEDERAL RESERVE

03:48PM 19   PUTS OUT TO THE BANKING INDUSTRY.

03:48PM 20   Q.   AND WHAT IS IT USED FOR AND HOW DOES IT WORK?

03:48PM 21   A.   SURE.  SO IT'S AN ELECTRONIC COMMUNICATION IN WHICH THE

03:48PM 22   FINANCIAL INSTITUTIONS THAT ARE CUSTOMERS AT THE FED CAN SEND

03:48PM 23   PAYMENTS FOR THEMSELVES OR FOR THEIR CUSTOMERS TO MAKE A

03:48PM 24   PAYMENT.

03:48PM 25   Q.   SO IT'S A WAY OF MOVING MONEY FROM ONE ACCOUNT TO ANOTHER?

03:48PM  1    A.   IT'S AN ELECTRONIC WAY OF MOVING MONEY, CORRECT.

03:48PM  2    Q.   IF AN INDIVIDUAL OR A COMPANY WANT TO ENTER INTO A

03:48PM  3    TRANSACTION AND THEY RECEIVE, LET'S SAY, WIRE INSTRUCTIONS TO

03:49PM  4    SEND MONEY SOMEWHERE, IS FEDWIRE A VEHICLE OR A TOOL TO

03:49PM  5    ACCOMPLISH THAT TRANSFER?

03:49PM  6    A.   THROUGH THEIR BANKS.  SO, YES, THROUGH THEIR BANKS.

03:49PM  7    Q.   IS FEDWIRE COMMONLY USED -- OR LET ME ASK, DO YOU KNOW

03:49PM  8    WHAT THE APPROXIMATE DAILY VOLUME IS FOR FEDWIRE TRANSFERS?

03:49PM  9    A.   I DO.  IT'S ABOUT 500- TO 600,000 TRANSACTIONS A DAY AND

03:49PM 10    THE VOLUME IS $3 TRILLION A DAY.

03:49PM 11    Q.   CAN YOU WALK US THROUGH THE STEPS IN A FEDWIRE TRANSFER?

03:49PM 12    AND LET'S TALK ABOUT THE TIME PERIOD IN 2013 AND 2014.

03:49PM 13         ARE YOU AWARE OF HOW FEDWIRE WORKED DURING THAT TIME

03:49PM 14    PERIOD?

03:49PM 15    A.   I AM.  SO A FINANCIAL INSTITUTION WILL SEND A

03:49PM 16    COMMUNICATION TO THE FEDERAL RESERVE AND IN THAT TIME PERIOD

03:49PM 17    THE COMMUNICATION WOULD HAVE BEEN RECEIVED BY THE DALLAS FED IN

03:49PM 18    THE STATE OF TEXAS.

03:49PM 19         THE DALLAS FED WILL THEN SEND THAT COMMUNICATION TO THE

03:50PM 20    FEDERAL RESERVE BANK OF NEW YORK'S NEW JERSEY PROCESSING

03:50PM 21    FACILITY.

03:50PM 22         AND THEN THAT FACILITY WILL THEN DEBIT AND CREDIT AND SEND

03:50PM 23    THE ADVICE OVER TO THE FINANCIAL INSTITUTIONS.

03:50PM 24    Q.   YOU'RE DESCRIBING COMMUNICATIONS BETWEEN BANKS AND FEDWIRE

03:50PM 25    FACILITIES ON THE ONE HAND?

03:50PM  1     A.   CORRECT.  SO THE FEDERAL RESERVE COMMUNICATES IN THAT TIME

03:50PM  2     PERIOD BETWEEN DALLAS FED AND THE FEDERAL RESERVE BANK IN

03:50PM  3     NEW YORK, BUT THEIR FACILITY IS IN TEXAS AND NEW JERSEY.

03:50PM  4          THE ORIGINATING BANK WILL SEND THE INSTRUCTIONS TO THE

03:50PM  5     FEDERAL RESERVE BANK OF DALLAS IN TEXAS FIRST.

03:50PM  6     Q.   AND THEN THE COMMUNICATION BETWEEN THE TEXAS FACILITY AND

03:50PM  7     THE NEW JERSEY FACILITY, WHAT IS THE NATURE OF THAT

03:50PM  8     COMMUNICATION?  ARE WE TALKING ABOUT A STAFF MEMBER PICKING UP

03:50PM  9     A PHONE AND CALLING THE OTHER FACILITY?

03:50PM  10    A.   NO, NO.  SO IT'S A COMPUTER COMMUNICATION BETWEEN SERVERS.

03:51PM  11    Q.   AND IS THAT SOMETHING THAT HAPPENS AUTOMATICALLY AS PART

03:51PM  12    OF EVERY TRANSFER DURING THAT TIME PERIOD?

03:51PM  13    A.   YEAH.  SO ANY TRANSFER -- THE DATE IS ANY TRANSFER AFTER

03:51PM  14    APRIL 27 OF '09 GOES THROUGH TWO PROCESSING FACILITIES.

03:51PM  15    Q.   DURING 2013 AND 2014 WOULD IT HAVE BEEN POSSIBLE FOR A

03:51PM  16    FEDWIRE TRANSFER TO OCCUR WITHOUT THAT ELECTRONIC COMMUNICATION

03:51PM  17    HAPPENING ACROSS STATE LINES?

03:51PM  18    A.   NO.

03:51PM  19    Q.   HOW ABOUT -- WELL, LET ME START.

03:51PM  20         YOU MENTIONED THAT THE FIRST COMMUNICATION WOULD BE TO THE

03:51PM  21    TEXAS FEDWIRE FACILITY; IS THAT CORRECT?

03:51PM  22    A.   IN THAT TIME PERIOD, YES.

03:51PM  23    Q.   WHAT IF A WIRE TRANSFER IS BEING SENT, LET'S SAY, FROM A

03:51PM  24    BANK IN TEXAS, TO ANOTHER BANK IN TEXAS, WOULD THAT PROCESS

03:51PM  25    GOING THROUGH FEDWIRE STILL REQUIRE AN INTERSTATE WIRE

AMENTA DIRECT BY MR. BOSTIC

03:51PM 1    COMMUNICATION?

03:51PM 2    A.   YES.   SO IT WILL ENTER THROUGH THE DALLAS FED TEXAS, AND

03:51PM 3    THEN IT WILL GO THROUGH THE FEDERAL BANK OF NEW YORK'S NEW

03:52PM 4    JERSEY FACILITY.

03:52PM 5    Q.   YOU MENTIONED THE VOLUME OF WIRE TRANSFERS HANDLED BY THE

03:52PM 6    FEDWIRE SYSTEM; CORRECT?

03:52PM 7    A.   YES.

03:52PM 8    Q.   ARE RECORDS OF THOSE TRANSFERS CREATED AND MAINTAINED BY

03:52PM 9    FEDWIRE?

03:52PM 10   A.   THEY ARE.

03:52PM 11   Q.   CAN YOU DESCRIBE HOW THOSE RECORDS ARE CREATED?

03:52PM 12   A.   THEY ARE CREATED CONTEMPORANEOUSLY AS A BUSINESS RECORD AT

03:52PM 13   THE FEDERAL RESERVE BANK OF NEW YORK.

03:52PM 14   Q.   ARE THEY CREATED MANUALLY OR AUTOMATICALLY?

03:52PM 15   A.   AUTOMATICALLY.

03:52PM 16   Q.   AND HOW ABOUT PRESERVATION, ARE THOSE RECORDS OF THE FUNDS

03:52PM 17   TRANSFERRED MAINTAINED WITHIN FEDWIRE?

03:52PM 18   A.   THEY ARE.

03:52PM 19   Q.   AND IS FEDWIRE IN CONTROL OF THAT RECORD SYSTEM?

03:52PM 20   A.   YES.

03:52PM 21   Q.   AND FOR HOW LONG ARE THOSE RECORDS RETAINED?

03:52PM 22   A.   IT'S FOR SEVEN YEARS.

03:52PM 23   Q.   DID YOU -- ACTUALLY LET ME ASK, DID FEDWIRE RECEIVE A

03:53PM 24   SUBPOENA FOR RECORDS IN CONNECTION WITH THIS CASE?

03:53PM 25   A.   IT DID.

03:53PM   1                    MR. BOSTIC:  MAY I APPROACH, YOUR HONOR?

03:53PM   2                    THE COURT:  YES.

03:53PM   3                    MR. BOSTIC:  (HANDING.)

03:53PM   4                    THE COURT:  DO YOU HAVE THIS?

03:53PM   5                    MR. BOSTIC:  THE DEFENSE HAS THIS, YOUR HONOR.

03:53PM   6                    MS. TREFZ:  YES.

03:53PM   7                    MR. BOSTIC:  (HANDING.)

03:53PM   8                    THE WITNESS:  THANK YOU.

03:53PM   9      BY MR. BOSTIC:

03:53PM  10      Q.   MR. AMENTA, DO YOU HAVE IN FRONT OF YOU A DOCUMENT MARKED

03:53PM  11      EXHIBIT 4845 AT THE BOTTOM?

03:53PM  12      A.   YES.

03:53PM  13      Q.   HAVE YOU REVIEWED THIS RECORD BEFORE?

03:53PM  14      A.   I HAVE.

03:53PM  15      Q.   AND SPECIFICALLY ARE YOU LOOKING AT PAGES 18 THROUGH 23 OF

03:53PM  16      EXHIBIT 4845?

03:53PM  17      A.   CORRECT.

03:53PM  18      Q.   DO YOU RECOGNIZE THIS DOCUMENT AS PART OF THE RECORDS THAT

03:53PM  19      FEDWIRE PRODUCED IN RESPONSE TO THAT SUBPOENA?

03:53PM  20      A.   YES.

03:53PM  21                    MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT MOVES TO

03:53PM  22      ADMIT EXHIBIT 4845.

03:53PM  23                    MS. TREFZ:  NO OBJECTION.

03:53PM  24                    THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:53PM  25                    (GOVERNMENT'S EXHIBIT 4845 WAS RECEIVED IN EVIDENCE.)

03:54PM  1    BY MR. BOSTIC:

03:54PM  2    Q.   MR. AMENTA, ARE YOU LOOKING NOW ON THE SCREEN AT

03:54PM  3    EXHIBIT 4845?

03:54PM  4    A.   YES.

03:54PM  5    Q.   CAN YOU DESCRIBE FOR US WHAT EXHIBIT 4845 CONTAINS, WHAT

03:54PM  6    IT REFLECTS?

03:54PM  7    A.   SO IT'S DEFINITELY A FEDWIRE BECAUSE IT HAS IMADS AND

03:54PM  8    OMADS, I-M-A-D AND O-M-A-D, INPUT MESSAGE ACCOUNTABILITY DATA

03:54PM  9    AND OMADS.

03:54PM  10             JUROR:  YOUR HONOR --

03:54PM  11             THE WITNESS:  I AM SORRY.  IS THAT BETTER?

03:54PM  12             THE COURT:  OH, THE SCREENS ARE OUT AGAIN.  SORRY.

03:54PM  13        IS IT JUST ONE SCREEN?  IT'S THAT CORNER.

03:54PM  14             THE CLERK:  I'M GOING TO SHUT DOWN AND START OVER

03:54PM  15    AGAIN.

03:54PM  16        (PAUSE IN PROCEEDINGS.)

03:55PM  17             THE CLERK:  NOPE?  NOW NONE OF THEM?

03:55PM  18        (LAUGHTER.)

03:56PM  19             THE COURT:  NOT IN THE CORNER.

03:56PM  20        ARE THE JUROR SCREENS ON?

03:56PM  21        (PAUSE IN PROCEEDINGS.)

03:56PM  22             THE COURT:  WELL, MAYBE THIS IS A GOOD TIME TO TAKE

03:56PM  23    OUR EVENING BREAK AND ALLOW US TO POUR SOME WATER IN THESE

03:56PM  24    DEVICES.

03:56PM  25             (LAUGHTER.)

03:56PM  1          THE COURT:  SORRY.  WE'RE GOING TO INTERRUPT YOUR

03:56PM  2     TESTIMONY THIS AFTERNOON, SIR.

03:56PM  3          LET'S TAKE OUR MORNING BREAK NOW, AND WE'LL RESUME

03:56PM  4     TOMORROW AT 9:00 A.M., 9:00 A.M.

03:56PM  5          LADIES AND GENTLEMEN, LET ME ONCE AGAIN GIVE YOU THE

03:56PM  6     ADMONISHMENT.  PLEASE DO NOT DO ANY INVESTIGATION ABOUT

03:56PM  7     ANYTHING INVOLVING THIS CASE, DO NOT READ ANYTHING, DO NOT

03:56PM  8     LISTEN TO OR WATCH ANYTHING THAT DEALS WITH THIS CASE.

03:56PM  9          IF THAT DOES HAPPEN, I'M GOING TO ASK YOU TO PLEASE TURN

03:56PM 10     AWAY, CLOSE THE BOOK, WHATEVER YOU ARE READING, AND I'LL ASK

03:57PM 11     YOU TOMORROW MORNING WHETHER ANY OF THOSE THINGS HAVE HAPPENED.

03:57PM 12          THANK YOU FOR YOUR CONTINUED VIGILANCE, AND I APPRECIATE

03:57PM 13     THAT.

03:57PM 14          THANK YOU FOR YOUR AVAILABILITY TOMORROW.  WE'LL SEE YOU

03:57PM 15     TOMORROW MORNING AT 9:00 A.M., 9:00 A.M.  THANK YOU.

03:57PM 16          YOU CAN STAND DOWN, SIR.  THANK YOU.

03:57PM 17          (JURY OUT AT 3:57 P.M.)

03:57PM 18          THE COURT:  PLEASE BE SEATED.  THANK YOU.

03:57PM 19          THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:57PM 20     DAY.  THEY'LL RESUME TOMORROW AT 9:00 A.M., AND THE WITNESS HAS

03:58PM 21     NOW LEFT THE COURTROOM.

03:58PM 22          ALL COUNSEL AND MS. HOLMES IS PRESENT.

03:58PM 23          MR. BOSTIC, DO YOU THINK THAT THIS WITNESS IS -- THE

03:58PM 24     TOTALITY OF THE DIRECT IS WHAT LENGTH?  I'M SORRY.

03:58PM 25          MR. BOSTIC:  I WOULD SAY APPROXIMATELY ANOTHER

3530

03:58PM 1    15 MINUTES OR SO.

03:58PM 2              THE COURT:  OKAY.

03:58PM 3              MS. TREFZ:  I GUESS IT'S ABOUT TWO MINUTES.

03:58PM 4              THE COURT:  OKAY.  THANK YOU.

03:58PM 5         THEN WE'LL HAVE THEN THE FULL DAY FOR ANOTHER WITNESS THAT

03:58PM 6    WILL BE READY TO PROCEED, MR. SCHENK?

03:58PM 7              MR. SCHENK:  YES, YES, YOUR HONOR.

03:58PM 8              THE COURT:  GREAT.  OKAY.

03:58PM 9         AND DO WE ANTICIPATE THAT WITNESS WILL TAKE THE BALANCE OF

03:58PM 10   THE DAY?

03:58PM 11             MR. SCHENK:  CAN I HAVE JUST ONE MOMENT?

03:58PM 12             THE COURT:  OF COURSE.

03:58PM 13        (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

03:59PM 14        (PAUSE IN PROCEEDINGS.)

03:59PM 15             MR. SCHENK:  YOUR HONOR, OUR NEXT WITNESS AFTER

03:59PM 16   FEDWIRE IS MR. JHAVERI WHO ALSO WORKED AT WALGREENS.  I EXPECT

03:59PM 17   THAT THE DIRECT WILL BE ABOUT 90 MINUTES OR SO.

03:59PM 18        MR. DOWNEY AND I WERE TALKING ABOUT WHETHER THAT WOULD

03:59PM 19   REQUIRE ANOTHER GOVERNMENT WITNESS FOR THE BALANCE OF THE DAY

03:59PM 20   AFTER CROSS-EXAMINATION, AND IT SOUNDS LIKE IT PROBABLY WILL.

03:59PM 21             MR. DOWNEY:  I THINK SO, YOUR HONOR.  I THINK JUST

03:59PM 22   TO BE CERTAIN AND TAKE ADVANTAGE OF THE FACT THAT WE'RE HERE, I

03:59PM 23   DON'T KNOW -- I THINK THAT WOULD ANTICIPATE SORT OF A

03:59PM 24   THREE-HOUR CROSS WHICH WOULD TAKE THE REST OF THE DAY OR MAYBE,

03:59PM 25   MORE, WHICH I DON'T THINK WILL BE NECESSARY.

03:59PM 1          THE COURT:  SO YOU THINK WE'LL HAVE -- WE'LL FINISH

03:59PM 2     WITH WITNESS JHAVERI TOMORROW AND THEN HAVE A LITTLE BIT OF

04:00PM 3     TIME LEFT AT THE END OF THE DAY?

04:00PM 4          MR. SCHENK:  YES.

04:00PM 5          THE COURT:  AND THEN WILL YOU HAVE A WITNESS ON CALL

04:00PM 6     IN THE ON-DECK CIRCLE?

04:00PM 7          MR. SCHENK:  I WILL SPEND THIS EVENING FINDING THAT

04:00PM 8     PERSON.  WE WILL MAKE SURE THAT -- WE WILL AT LEAST DO WHATEVER

04:00PM 9     WE CAN TO IDENTIFY THAT PERSON.

04:00PM 10          THE COURT:  OKAY.

04:00PM 11          MR. SCHENK:  AND WE'LL LET THE COURT KNOW IF WE WERE

04:00PM 12     UNSUCCESSFUL AND MR. JHAVERI WILL BE THE DAY.

04:00PM 13          THE COURT:  OKAY.  AND THEN WE'LL HAVE FRIDAY

04:00PM 14     MIDMORNING UNTIL 1:00 O'CLOCK.

04:00PM 15          MR. SCHENK:  YES.

04:00PM 16          THE COURT:  AND YOU'LL EXPLAIN TO MR. BOSTIC THE

04:00PM 17     ON-DECK CIRCLE CONCEPT.

04:00PM 18          (LAUGHTER.)

04:00PM 19          MR. DOWNEY:  LET ME KNOW.

04:00PM 20          THE COURT:  I DO --

04:00PM 21          MR. DOWNEY:  YOUR HONOR, I JUST WANTED TO REMIND YOU

04:00PM 22     OF THE WHAT I'LL TERM "THE KRATZMANN ADMONITION," I DON'T THINK

04:00PM 23     THAT WAS DELIVERED YET.  SO IT MIGHT BE TOMORROW.

04:00PM 24          THE COURT:  AND TO THAT POINT, LET ME SAY I'D LIKE

04:00PM 25     TO SEE ON THE ISSUE THAT WE TALKED ABOUT THIS MORNING AND THE

04:00PM   1    QUESTIONNAIRE, MS. KRATZMANN IS GOING TO INVITE COUNSEL BACK IN

04:01PM   2    WITH ME ON THAT ISSUE, TOO, AND THAT AGAIN WILL BE A SEALED

04:01PM   3    TRANSCRIPT.  IT'S A CONTINUATION OF OUR DISCUSSION.

04:01PM   4              MR. DOWNEY:  OKAY.  WILL THAT BE AT 9:00 TOMORROW?

04:01PM   5              THE COURT:  IT WILL BE IN FIVE MINUTES.

04:01PM   6              MR. DOWNEY:  FIVE MINUTES.

04:01PM   7              MR. SCHENK:  ONE LAST THING.  I THINK WE HAVE A

04:01PM   8    COURT APPEARANCE TOMORROW AFTERNOON AT 1:30 BEFORE

04:01PM   9    MAGISTRATE COUSINS.

04:01PM  10              THE COURT:  OH.  SO WE SHOULD PROBABLY FINISH, TO

04:01PM  11    GIVE YOU TIME FOR THAT?  WHAT DO YOU SUGGEST?

04:01PM  12              MR. CLINE:  YOUR HONOR, I'M HANDLING THAT FOR

04:01PM  13    MS. HOLMES.

04:01PM  14              THE COURT:  OKAY.  MR. CLINE.  THANK YOU.

04:01PM  15              MR. CLINE:  I'M HAPPY TO STEP OUT AND GO DO IT WHILE

04:01PM  16    YOU CONTINUE.

04:01PM  17         I DON'T KNOW IF THE GOVERNMENT IS IN A SIMILAR POSITION.

04:01PM  18              THE COURT:  WELL, I WAS GOING TO SAY WE CAN END AT

04:01PM  19    1:00 IF THAT'S HELPFUL.

04:01PM  20              MR. SCHENK:  MS. VOLKAR IS GOING TO HANDLE THE

04:01PM  21    ARGUMENTS FOR THE GOVERNMENT AT THAT HEARING.  SO IF THE COURT

04:01PM  22    IS STILL GOING ON SHE COULD DO LIKEWISE AND STEP OUT AND HANDLE

04:01PM  23    THAT MATTER FOR JUDGE COUSINS.

04:01PM  24         BUT WE ALSO -- I KNOW THAT THE PROSECUTORS ARE ALL

04:01PM  25    PLANNING TO ATTEND THAT HEARING.  SO WE'LL DEFER TO THE COURT.

04:02PM    1          IF WE STILL HAVE A WITNESS ON, MAYBE WE SHOULD KEEP THE

04:02PM    2    TRIAL GOING, BUT WE WILL DO WHATEVER THE COURT PREFERS.

04:02PM    3                THE COURT:  OKAY.

04:02PM    4                MR. CLINE:  THE HEARING, BY THE WAY, IS BY ZOOM.  SO

04:02PM    5    I'M GOING TO GO BACK TO MY HOTEL ROOM TO DO THE HEARING RATHER

04:02PM    6    THAN DOWNSTAIRS.

04:02PM    7                THE COURT:  AND DO YOU HAVE A ROOM HERE TO DO THAT

04:02PM    8    ZOOM HEARING?

04:02PM    9                MR. SCHENK:  YES, WE CAN DO THAT FROM THE

04:02PM   10    COURTHOUSE.

04:02PM   11                THE COURT:  OKAY.  WELL, LET'S SEE IF WE CAN FINISH

04:02PM   12    THINGS FRIDAY AT 1:00.

04:02PM   13                MR. CLINE:  IT'S TOMORROW, YOUR HONOR.  IT'S

04:02PM   14    TOMORROW.

04:02PM   15                THE COURT:  OH, I BEG YOUR PARDON.  OH, WELL, WE'LL

04:02PM   16    KEEP OUR FINGERS CROSSED.  LET'S SEE WHAT WE CAN DO.  OKAY.

04:02PM   17    THANK YOU.

04:02PM   18                THE CLERK:  COURT ADJOURNED OTHERWISE EXCEPT FOR THE

04:02PM   19    SEALED HEARING.

04:02PM   20          (COURT ADJOURNED AT 4:02 P.M.)

          21          (SEALED PROCEEDINGS IN CHAMBERS.)

          22

          23

          24

          25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
17    CERTIFICATE NUMBER 8076

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
20    CERTIFICATE NUMBER 9595

21         DATED:  OCTOBER 13, 2021

22

23

24

25