UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 19 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | OCTOBER 14, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 3538 - 3757 |
| _____ | ) | |


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074
                            LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

1

A P P E A R A N C E S: (CONT'D)

2


3    FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                             BY:  KEVIN M. DOWNEY
4                                 LANCE A. WADE
                                  KATHERINE TREFZ
5                                 PATRICK LOOBY
                                  RICHARD CLEARY
6                                 ANDREW LEMENS
                             725 TWELFTH STREET, N.W.
7                            WASHINGTON, D.C. 20005

8                            LAW OFFICE OF JOHN D. CLINE
                             BY:  JOHN D. CLINE
9                            ONE EMBARCADERO CENTER, SUITE 500
                             SAN FRANCISCO, CALIFORNIA 94111
10

11   ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                             BY:  ADELAIDA HERNANDEZ
12
                             OFFICE OF THE U.S. ATTORNEY
13                           BY:  LAKISHA HOLLIMAN, PARALEGAL
                                  MADDI WACHS, PARALEGAL
14
                             WILLIAMS & CONNOLLY
15                           BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                           TBC
                             BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25

INDEX OF PROCEEDINGS

GOVERNMENT'S:


**ROBERTO AMENTA**
DIRECT EXAM BY MR. BOSTIC (RES.)          P. 3561
CROSS-EXAM BY MS. TREFZ                   P. 3570


**NIMESH JHAVERI**
DIRECT EXAM BY MR. SCHENK                 P. 3572
CROSS-EXAM BY MR. DOWNEY                  P. 3639
REDIRECT EXAM BY MR. SCHENK              P. 3694
RECROSS-EXAM BY MR. DOWNEY                P. 3705

**SUNIL DHAWAN**
DIRECT EXAM BY MR. SCHENK                 P. 3709
CROSS-EXAM BY MR. WADE                    P. 3745

<pre>
1                        INDEX OF EXHIBITS

2
                                    IDENT.      EVIDENCE
3         GOVERNMENT'S:

4         5428                                    3568
          1711                                    3583
5         1755                                    3601
          1884                                    3605
6         1896                                    3610
          1909                                    3615
7         1906, PROVISIONALLY ADMITTED            3617
          1906, FULLY ADMITTED                    3618
8         2214                                    3621
          2275                                    3623
9         5387C                                   3627
          3755                                    3651
10        1673                                    3664
          2394                                    3673
11        2219                                    3713
          2248                                    3716
12        2663                                    3723
          2760                                    3725
13        2772                                    3727
          3041                                    3732
14        2791                                    3733
          2548                                    3739
15        2972                                    3741
          3217, PAGE 1                            3742
16        2553                                    3753

17

          DEFENDANT'S:
18
          7454                                    3690
19        7471                                    3691
          13961                                   3750
20        10531                                   3754

21

22

23

24

25
</pre>

|     |     |
| --- | --- |
|          | 1 |
| 08:35AM | 2 |
| 08:35AM | 3 |
| 08:35AM | 4 |
| 08:35AM | 5 |
| 08:35AM | 6 |
| 08:35AM | 7 |
| 08:35AM | 8 |
| 08:35AM | 9 |
| 08:35AM | 10 |
| 08:35AM | 11 |
| 08:35AM | 12 |
| 08:36AM | 13 |
| 08:36AM | 14 |
| 08:36AM | 15 |
| 08:36AM | 16 |
| 08:36AM | 17 |
| 08:36AM | 18 |
| 08:36AM | 19 |
| 08:36AM | 20 |
| 08:36AM | 21 |
| 08:36AM | 22 |
| 08:36AM | 23 |
| 08:36AM | 24 |
| 08:36AM | 25 |

SAN JOSE, CALIFORNIA                    OCTOBER 14, 2021

P R O C E E D I N G S

(COURT CONVENED AT 8:35 A.M.)

(JURY OUT AT 8:35 A.M.)

THE COURT:  THANK YOU FOR YOUR COURTESY.  WE'RE ON
THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL ARE PRESENT AND
MS. HOLMES IS PRESENT.

WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

AND I THINK COUNSEL WANTED TO TALK ABOUT A FILING, A
DEFENSE FILING LAST NIGHT I THINK IT WAS, IT'S DOCUMENT 1086.

YES, MR. LOOBY, YOU'RE RISING TO SPEAK TO THIS?

MR. LOOBY:  I AM, YOUR HONOR.

THE COURT:  FIRST, LET'S GET A THRESHOLD QUESTION
ANSWERED.

IS THE GOVERNMENT INTENDING TO DO SOMETHING WITH
EXHIBIT 3217?

MR. SCHENK:  GOOD MORNING, YOUR HONOR.

YES, WE ARE.  THE EXHIBIT, IF THE COURT HAS A COPY IN
FRONT OF IT, HAS SORT OF TWO PARTS TO IT.  THE FIRST IS AN
EMAIL SENT FROM HEATHER KING TO DR. DHAWAN ATTACHING THE
DOCUMENT AND IT HAS SOME TEXT IN THE SUBJECT LINE, AND THEN THE
FOLLOWING PAGES ARE THE DOCUMENT FROM CMS.

THE COURT:  OKAY.  I THINK I HAVE IT -- I'M SORRY,
GO AHEAD.

MR. SCHENK:  IT IS THE GOVERNMENT'S INTENTION TO

08:36AM 1    ADMIT BOTH THE EMAIL AND THE ATTACHMENT AND TODAY TO ASK

08:36AM 2    DR. DHAWAN, OR WHEN DR. DHAWAN TESTIFIES, TO ASK DR. DHAWAN IF

08:36AM 3    MS. KING SENT HIM THE ATTACHMENT, IF THAT WAS THE FIRST TIME

08:36AM 4    THAT HE HAD HEARD ABOUT CMS'S FINDINGS, IF HE REVIEWED THE

08:37AM 5    INFORMATION IN IT, AND TO ASK THE COURT TO PROVISIONALLY ADMIT

08:37AM 6    THE ATTACHMENT TODAY.

08:37AM 7         I DO NOT INTEND TO PUBLISH THE ATTACHMENT WITH DR. DHAWAN.

08:37AM 8    IT CONTAINS SOME FINDINGS OF CMS, INCLUDING COMMENTS REGARDING

08:37AM 9    THE PRACTICE OF VOIDING TESTS AT THERANOS.

08:37AM 10        YOUR HONOR RULED AT THE MOTION IN LIMINE STAGE SORT OF TWO

08:37AM 11   THINGS THAT ARE RELEVANT FOR THIS DISCUSSION.  FIRST, THAT THE

08:37AM 12   CMS FINDINGS ARE RELEVANT, BUT THAT THE PRACTICE OF VOIDING

08:37AM 13   TESTS REQUIRED SOME FOUNDATION BEFORE THE GOVERNMENT COULD

08:37AM 14   ADMIT IT, THE QUESTION OF VOLUNTARINESS AND ALSO THE RELEVANCE

08:37AM 15   OF THAT TIMEFRAME WHEN THE TESTS WERE VOIDED.

08:37AM 16        DR. DHAWAN IS NOT THE WITNESS TO LAY THAT FOUNDATION.

08:37AM 17   THAT'S WHY I DON'T INTEND TO PUBLISH THE UNDERLYING CONTENT OF

08:37AM 18   THE CMS REPORT AT THIS POINT.

08:37AM 19        BUT I DON'T THINK THAT IT'S EXCLUDABLE.  I THINK IT IS

08:37AM 20   PROPERLY ADMITTED EVIDENCE UNDER THE COURT'S RULING, AND I CAN

08:37AM 21   PROVIDE SOME ADDITIONAL ARGUMENTS ON THAT, BUT I DON'T WANT TO

08:38AM 22   HIJACK THE CONVERSATION IF THE COURT NOW WANTS TO TURN TO THE

08:38AM 23   DEFENSE.

08:38AM 24             THE COURT:  RIGHT.  THANK YOU.  I JUST WANTED TO

08:38AM 25   DETERMINE WHETHER OR NOT YOU WERE SEEKING TO ADMIT IT, THE

08:38AM  1    PURPOSE FOR ADMISSION.

08:38AM  2         LET ME ASK ALSO, IS IT ANTICIPATED THIS WITNESS WILL

08:38AM  3    TESTIFY TODAY?

08:38AM  4              MR. SCHENK:  YES, YOUR HONOR.

08:38AM  5         I BELIEVE THAT WE WILL FINISH MR. JHAVERI TODAY, AND THE

08:38AM  6    COURT SUGGESTED WE WILL GO UNTIL 3:00 TODAY.

08:38AM  7              THE COURT:  CORRECT.

08:38AM  8              MR. SCHENK:  AND I ANTICIPATE THERE WILL BE TIME

08:38AM  9    AFTER MR. JHAVERI FOR DR. DHAWAN TO TAKE THE STAND AND MAYBE

08:38AM  10   BEGIN OR FINISH THE DIRECT DEPENDING ON WHEN WE START.

08:38AM  11        I ALSO HAD A THOUGHT I WANTED TO SHARE ON THE 1:30

08:38AM  12   APPEARANCE BEFORE JUDGE COUSINS, BUT WE CAN TURN TO THAT AFTER.

08:38AM  13             THE COURT:  WELL, WHY DON'T WE TALK ABOUT THAT NOW,

08:38AM  14   RIGHT, IF YOU DON'T MIND?

08:38AM  15        I SAID I WOULD BREAK TO ALLOW COUNSEL TO PARTICIPATE IN

08:38AM  16   THAT.

08:38AM  17        WHAT ARE YOUR THOUGHTS?

08:38AM  18             MR. SCHENK:  WE TALKED ABOUT IT, AND I THINK FROM

08:39AM  19   THE GOVERNMENT'S PERSPECTIVE, IF THE COURT ALLOWED SOME PEOPLE,

08:39AM  20   MS. VOLKAR AND MR. BOSTIC, TO ATTEND THAT HEARING REMOTELY, BUT

08:39AM  21   TO LEAVE THE COURTROOM FOR IT.

08:39AM  22        AND I UNDERSTAND THAT MR. CLINE ALSO INTENDS TO LEAVE THE

08:39AM  23   COURTROOM FOR IT.

08:39AM  24        BUT TO CONTINUE THE TESTIMONY HERE IN TRIAL.  WE HAVE THE

08:39AM  25   JURY AND WE HAVE TRANSCRIPT TIME AVAILABLE.

3545

08:39AM 1       I THINK, THOUGH, IT WOULD BE THE GOVERNMENT'S REQUEST THAT

08:39AM 2  MAYBE THE COURT SAY TO THE JURY THAT THERE'S ANOTHER HEARING

08:39AM 3  GOING ON OR SOMETHING LIKE THAT SO THE JURY DOESN'T WONDER WHY

08:39AM 4  THERE ARE COUNSEL WHO HAVE BEEN PRESENT EVERY DAY WHO ARE NOW

08:39AM 5  ABSENT.

08:39AM 6       BUT I THINK THAT WOULD BE THE WAY TO MAXIMIZE OUR TIME.

08:39AM 7         MR. CLINE:  WE'RE FINE WITH THAT.

08:39AM 8         THE COURT:  THANK YOU.

08:39AM 9     MR. CLINE?

08:39AM 10       MR. CLINE:  WE'RE FINE WITH THAT APPROACH.  I'LL

08:39AM 11  STEP OUT AT THE APPROPRIATE TIME, AND IF THE COURT WANTS TO

08:39AM 12  TELL THE JURY WHAT IS GOING ON, THAT'S FINE.

08:39AM 13       THE COURT:  AND THAT'S A 1:30 HEARING?

08:40AM 14       MR. SCHENK:  YES, YOUR HONOR.

08:40AM 15       THE COURT:  OKAY.  I DON'T KNOW WHERE THAT COMPORTS

08:40AM 16  WITH OUR SCHEDULE AND BREAKS AS WELL, AND WE'LL SEE WHERE THAT

08:40AM 17  MEASURES.

08:40AM 18       MR. CLINE:  BUT THE HEARING INVOLVES TWO MOTIONS AND

08:40AM 19  IT MAY TAKE A WHILE, SO IF THE COURT WERE TO BREAK FOR THAT, I

08:40AM 20  THINK IT WOULD SERIOUSLY INTERRUPT THE PROCEEDINGS.

08:40AM 21     WE'RE FINE WITH MR. SCHENK'S PROPOSAL.

08:40AM 22       THE COURT:  OKAY.  ALL RIGHT.

08:40AM 23     I WAS TALKING ABOUT THE NATURAL BREAK WHEN YOU LEAVE THE

08:40AM 24  COURTROOM, BUT WE'LL SEE HOW THAT PANS OUT.

08:40AM 25     ALL RIGHT.  THANK YOU FOR THE HEADS UP ON THAT.  THANK

08:40AM 1     YOU.

08:40AM 2         OKAY.  WITH THAT FOUNDATION, DO YOU CONCEDE THE MOTION?

08:40AM 3           MR. LOOBY:  NO, YOUR HONOR.

08:40AM 4     IT SOUNDS LIKE THE GOVERNMENT DOESN'T REALLY NEED TO MOVE

08:40AM 5 THE ADMISSION OF THIS EXHIBIT WITH THIS WITNESS IF THEY'RE NOT

08:40AM 6 INTENDING TO PUBLISH IT OR ASK HIM KIND OF QUESTIONS ABOUT THE

08:40AM 7 PARTICULARS IN IT.  SO THAT'S ONE OF THE REASONS WHY WE COULD

08:40AM 8 DEFER PERHAPS THE ADMISSIBILITY OF IT.

08:40AM 9     WE DISAGREE THAT IT'S ADMISSIBLE WHOLESALE.

08:40AM 10     AS WE EXPLAINED IN LAST NIGHT'S PLEADING, THERE'S A COUPLE

08:40AM 11 OF OBSTACLES TO THAT.  THERE'S THE HEARSAY ISSUES AND THEN THE

08:41AM 12 401, 403 BALANCING TEST, AND THEN THE THIRD ISSUE OF THE

08:41AM 13 VOIDING TESTS AS WELL THE GOVERNMENT HAS YET TO LAY A

08:41AM 14 FOUNDATION UNDER THE COURT'S IN LIMINE ORDER.

08:41AM 15         THE COURT:  SO -- THANK YOU.

08:41AM 16     SO, MR. SCHENK, IS IT YOUR INTENT THEN TO INTRODUCE THE

08:41AM 17 ENTIRETY OF THE DOCUMENT AND ALL OF ITS CONTENTS WITH SOME

08:41AM 18 REDACTIONS?

08:41AM 19         MR. SCHENK:  I INTEND TO OFFER IT AND ONLY PUBLISH

08:41AM 20 THE FIRST PAGE, TO NOT INSERT REDACTIONS ON THE CONTENT OF THE

08:41AM 21 LETTER.

08:41AM 22     THERE ARE SEVERAL REFERENCES TO VOIDED TESTS IN THERE, AND

08:41AM 23 I THINK THE BETTER PRACTICE WOULD BE FOR ME TO NOT PUBLISH IT,

08:41AM 24 NOT ASK ANY QUESTIONS ABOUT THE CONTENT OF THE LETTER TO

08:41AM 25 DR. DHAWAN, TO ASK HIM QUESTIONS ONLY ABOUT THE EMAIL THAT HAS

08:41AM 1    VERY LITTLE CONTENT IN IT, AND THEN TO SAVE THE QUESTION ABOUT

08:41AM 2    THE DOCUMENT COMING IN, EITHER THE ATTACHMENT -- THE ATTACHMENT

08:41AM 3    EITHER COMING IN WHOLESALE OR LATER WITH REDACTIONS, DEPENDING

08:42AM 4    ON HOW THE COURT INTERPRETS THE FOUNDATION THAT THE GOVERNMENT

08:42AM 5    LAYS IN THE FUTURE.

08:42AM 6         THE COURT:  WITH ANOTHER WITNESS?

08:42AM 7         MR. SCHENK:  WITH A DIFFERENT WITNESS.

08:42AM 8         THE COURT:  WITH A DIFFERENT WITNESS.  I SEE.

08:42AM 9         MR. LOOBY:  RIGHT.  I GUESS WITHOUT KNOWING WHAT

08:42AM 10   TYPE OF FOUNDATION THEY WOULD LAY WITH A DIFFERENT WITNESS,

08:42AM 11   IT'S HARD TO SAY WHETHER OR NOT THEY'RE OFFERING THIS FOR THE

08:42AM 12   TRUTH OF THE MATTER, WHICH I THINK, YOU KNOW, SOME OTHER

08:42AM 13   WITNESS COULD MAYBE SPEAK TO.  I MEAN, DR. DHAWAN PROBABLY

08:42AM 14   WOULDN'T.

08:42AM 15       BUT REGARDLESS OF THAT, I THINK IT POSES PRETTY BIG

08:42AM 16   HEARSAY ISSUES, AND I THINK COMPARING IT TO THE JANUARY 2016

08:42AM 17   REPORT IS INSTRUCTIVE ON THAT FRONT.  YOUR HONOR HAS HELD THAT

08:42AM 18   THAT REPORT IS ADMISSIBLE UNDER RULE 803(8)(A)(2) AS A MATTER

08:42AM 19   OBSERVED WHILE UNDER A DUTY TO REPORT.

08:42AM 20       THE LETTER IS NOT THAT.  THE LETTER IS THE CULMINATION OF

08:42AM 21   A ROUND OF COMMISSIONS AND CORRESPONDENCE BETWEEN CMS AND

08:42AM 22   THERANOS, AND IT'S A NOTICE OF IMPOSITION OF SANCTIONS, THE

08:43AM 23   FACT OF WHICH IS RELEVANT AND ADMISSIBLE UNDER THE COURT'S

08:43AM 24   ORDER.

08:43AM 25       BUT THE HEARSAY STATEMENT FROM CMS, HEARSAY STATEMENTS

08:43AM 1      FROM CMS WITNESS KAREN FULLER, WHO IS THE SIGNATORY OF THE

08:43AM 2      LETTER, I THINK ARE NOT COVERED BY THE COURT'S PRIOR ORDERS.

08:43AM 3            IT'S REALLY, I THINK, INSTRUCTIVE OR A USEFUL WAY TO THINK

08:43AM 4      ABOUT IT AS MORE OF AN ADJUDICATION OF THE AGENCY AND THE

08:43AM 5      STRUCTURE.

08:43AM 6            THE COURT:  IT SEEMS LIKE -- PARDON ME FOR

08:43AM 7      INTERRUPTING YOU.

08:43AM 8            MR. LOOBY:  YES.

08:43AM 9            THE COURT:  IT SEEMS THAT, AND I'LL POINT THIS OUT

08:43AM 10     AND RAISE IT, IT SOUNDS LIKE WE'RE GOING TO GET TO THE REAL

08:43AM 11     ISSUES OF ADMISSIONS AT SOME TIME LATER.

08:43AM 12           MR. LOOBY:  YEAH.

08:43AM 13           THE COURT:  AND SO IT WILL BE DEFERRED -- SO I GUESS

08:43AM 14     THE OVERARCHING QUESTION IS, DO WE EVEN NEED TO ADMIT IT TODAY

08:43AM 15     CONDITIONALLY AND CAN WE DEFER THAT WHOLE RULING UNTIL LATER?

08:43AM 16     AND IF IT'S PROVISIONALLY ADMITTED, BUT NOT PUBLISHED, AND

08:43AM 17     EVERYONE RESERVES THEIR RIGHTS TO CHALLENGE ANY PUBLICATION, WE

08:44AM 18     CAN DO IT THAT WAY AS WELL.

08:44AM 19           BUT I LOOK AT -- A COUPLE OF THINGS JUMP OUT AT ME WHEN I

08:44AM 20     LOOK AT THIS -- AND I'M LOOKING AT MR. SCHENK HERE -- IT DOES

08:44AM 21     SEEM THAT THERE'S A LOT OF THE USE OF THE WORD CREDIBLE, NOT

08:44AM 22     CREDIBLE, NOT CREDIBLE.

08:44AM 23           JUST FOR OUR FUTURE CONVERSATION, THAT SEEMS TO BE MORE OF

08:44AM 24     A SUMMATION, ANALYSIS OF AN OPINION AS OPPOSED TO JUST THE

08:44AM 25     FINDING.  SO THAT'S ONE OF THE CONCERNS I HAD, AND IT'S A 403

08:44AM 1    CONCERN I SUPPOSE, AND THERE'S CONSISTENT USE OF THAT

08:44AM 2    THROUGHOUT THE DOCUMENT.

08:44AM 3         AND I THINK THAT'S WHAT YOU'RE SPEAKING TO, ONE OF THE

08:44AM 4    THINGS YOU'RE SPEAKING TO.

08:44AM 5              MR. LOOBY:  YEAH.  IN PARTICULAR UNDER RULE 403, WE

08:44AM 6    THINK THAT POSES AN ACUTE RISK OF UNFAIR PREJUDICE.

08:44AM 7         OBVIOUSLY THE WORD "CREDIBILITY" IS PART OF THE ANALYSIS

08:44AM 8    THAT CMS DOES WHEN IT EVALUATES A COMPANY'S RESPONSE.

08:44AM 9         BUT IN THE CONTEXT OF A CRIMINAL TRIAL, REPEATED, YOU

08:45AM 10   KNOW, ADMONITIONS OR STATEMENTS THAT THE AGENCY FOUND THERANOS

08:45AM 11   NOT CREDIBLE COULD EASILY BE TAKEN OUT OF CONTEXT AND PREJUDICE

08:45AM 12   MS. HOLMES.

08:45AM 13        AND THEN I WILL ALSO ADD, YOUR HONOR, THAT THE -- AT LEAST

08:45AM 14   FOR KIND OF WHICH FINDINGS WITHIN THE CMS REPORT THE GOVERNMENT

08:45AM 15   INTENDS TO EVEN PUT AT ISSUE IN THE CASE, IT WAS IN --

08:45AM 16   YOUR HONOR'S PRETRIAL RULING HAD INSTRUCTED THE GOVERNMENT TO

08:45AM 17   PROVIDE THE DEFENSE WITH NOTICE OF WHICH DEFICIENCIES ARE IN OR

08:45AM 18   ARE OUT, AND WE CAN REVISIT THE ADMISSIBILITY OF THE CMS REPORT

08:45AM 19   ITSELF IN THAT CONTEXT, AND THEY HAVE NOT DONE SO.

08:45AM 20        AND THIS LETTER KIND OF GOES, YOU KNOW, FROM TOP TO BOTTOM

08:45AM 21   THROUGH A LOT OF DEFICIENCIES THAT MAY NOT BE RELEVANT AT ALL

08:45AM 22   IN THE CASE, AND SO THAT'S ANOTHER 403 CONCERN THAT WE HAVE,

08:45AM 23   INCLUDING THAT THEY RELATE TO TESTS NOT AT ISSUE IN THE

08:45AM 24   INDICTMENT, INCLUDING THAT THEY RELATE TO ISSUES THAT THE

08:45AM 25   GOVERNMENT HAS NOT EVEN PROFFERED ARE RELEVANT UNDER ITS THEORY

08:45AM 1    OF ADMISSIBILITY FOR THE CMS SANCTIONS AND FINDINGS TO BEGIN

08:46AM 2    WITH.

08:46AM 3         SO I THINK IT'S VERY PREMATURE TO ADMIT THIS CONDITIONALLY

08:46AM 4    AND WE SUBMIT THAT IT SHOULDN'T BE ADMITTED AND WE DON'T THINK

08:46AM 5    THAT THEY WILL BE ABLE TO LAY THE PROPER FOUNDATION FOR IT NOW

08:46AM 6    OR LATER GIVEN THE HEARSAY AND RULE 403 CONCERNS, BUT CERTAINLY

08:46AM 7    NOT TODAY WITH THIS WITNESS WHO IT SOUNDS LIKE IS NOT GOING TO

08:46AM 8    BE SPEAKING TO THE CONTENT OF THE LETTER MUCH AT ALL.

08:46AM 9              THE COURT:  THANK YOU.

08:46AM 10        YOU DON'T PART COMPANY WITH MR. SCHENK ASKING THE WITNESS

08:46AM 11   ABOUT THE EMAIL, THE FIRST PAGE?

08:46AM 12             MR. LOOBY:  NO, YOUR HONOR.  THE EMAIL ITSELF WE

08:46AM 13   WOULDN'T OBJECT TO.  IT'S THE ATTACHMENT.

08:46AM 14             THE COURT:  AND THE WITNESS TESTIFYING THAT THE

08:46AM 15   WITNESS DID RECEIVE THE DOCUMENT, WHATEVER IT IS, BUT RECEIVED

08:46AM 16   SOMETHING?

08:46AM 17             MR. LOOBY:  CORRECT.  AND --

08:46AM 18             THE COURT:  I THINK THAT'S WHAT MR. SCHENK WANTS TO

08:46AM 19   DO, AT LEAST TODAY, AT A MINIMUM.

08:46AM 20             MR. SCHENK:  YES, YOUR HONOR.

08:46AM 21             THE COURT:  RIGHT.

08:46AM 22             MR. LOOBY:  RIGHT.  I THINK WE WOULDN'T OBJECT TO

08:46AM 23   THAT.

08:46AM 24        THERE ARE PERHAPS SOME FOLLOW-ON QUESTIONS ABOUT KIND OF

08:47AM 25   THE REPERCUSSIONS TO DR. DHAWAN OF THE IMPOSITION OF SANCTIONS

08:47AM 1    AND THE EFFECTS ON HIS, LIKE, PROFESSIONAL OBLIGATIONS AND

08:47AM 2    REPUTATION THAT WE MIGHT OBJECT TO IF THE GOVERNMENT GOES INTO

08:47AM 3    IT.

08:47AM 4        BUT AS TO KIND OF, YOU RECEIVED THE EMAIL, THIS IS WHAT

08:47AM 5    THE EMAIL CONVEYED, THIS IS HOW YOU FOUND OUT ABOUT THE RESULTS

08:47AM 6    OF THE INSPECTION, WE WOULDN'T OBJECT TO THAT.

08:47AM 7        THE COURT:  OKAY.

08:47AM 8    MR. SCHENK?

08:47AM 9        MR. SCHENK:  YOUR HONOR, THE DEFENSE IS ARGUING AND

08:47AM 10   THE COURT ASKED QUESTIONS ABOUT THE USE OF THE WORD "CREDIBLE"

08:47AM 11   OR CREDIBILITY FINDINGS IN THE LETTER AND WHETHER IT'S

08:47AM 12   DIFFERENT THAN AT THE MOTION IN LIMINE STAGE WHEN THE COURT

08:47AM 13   FOUND CMS FINDINGS UNDER THE 403 BALANCING TO BE MORE

08:47AM 14   PROBATIVE.  THE COURT WONDERS AND THE DEFENSE ARGUES IF THAT

08:47AM 15   HAS SHIFTED NOW, AND IF, IN PARTICULAR, THE USE OF THE WORD

08:47AM 16   "CREDIBLE" HAS AFFECTED THAT BALANCING.

08:47AM 17       WE WOULD ARGUE TO THE COURT IT HASN'T BECAUSE OF

08:47AM 18   DEVELOPMENTS DURING THE TRIAL.

08:47AM 19       THE COURT RULED PRETRIAL THAT THE FINDINGS OF CMS ARE

08:48AM 20   ADMISSIBLE AND THEY COME IN FOR PURPOSES BECAUSE THE GOVERNMENT

08:48AM 21   IS NOT ARGUING TO THE JURY, CONVICT MS. HOLMES BECAUSE SHE

08:48AM 22   VIOLATED CIVIL REGULATIONS.  AND WHEN THE GOVERNMENT IS NOT

08:48AM 23   ADMITTING IT FOR THAT PURPOSE, BUT RATHER FOR PURPOSES LIKE

08:48AM 24   KNOWLEDGE AND INTENT, THE COURT OUTLINED IN ITS MOTION IN

08:48AM 25   LIMINE IT IS RELEVANT.

08:48AM 1          THE DEFENSE HAD THE BENEFIT OF THAT PRETRIAL ORDER AS

08:48AM 2     WELL.  THEY KNEW THE WAY THAT THE GOVERNMENT WAS ALLOWED TO

08:48AM 3     LITIGATE THE CASE.

08:48AM 4          THEY THEN INTRODUCED CMS REGULATIONS IN THIS TRIAL, THE

08:48AM 5     ACTUAL REGULATIONS, AND WENT THROUGH THEM WITH DR. ROSENDORFF

08:48AM 6     AND ASKED IF HE COMPLIED WITH CERTAIN REGULATIONS.

08:48AM 7          SO TO NOW EXCLUDE THE COMMENTS THAT CMS MADE ABOUT WHETHER

08:48AM 8     THAT WAS ACTUALLY TRUE, WHETHER THERE WAS A SUFFICIENT BASIS IN

08:48AM 9     FACT TO BELIEVE THAT COMPLIANCE WITH THE REGULATIONS HAD BEEN

08:49AM 10    ACHIEVED, TO NOW DENY THE GOVERNMENT THE ABILITY TO PUT THAT IN

08:49AM 11    GIVES THE DEFENSE THE BENEFIT OF THE COURT'S PRETRIAL RULING TO

08:49AM 12    ARGUE ABOUT THE RELEVANCE OF THESE REGULATIONS.  FOR INSTANCE,

08:49AM 13    IF THE COURT HAD GONE THE OTHER WAY ON CMS, IT WOULD HAVE BEEN

08:49AM 14    MUCH HARDER TO ARGUE THAT THE REGULATIONS ARE RELEVANT.

08:49AM 15         SO NOW THE DEFENSE HAS PUT THOSE REGULATIONS IN, AND TO

08:49AM 16    SUGGEST THAT THE GOVERNMENT CAN'T NOW FOLLOW UP EVEN WITH THESE

08:49AM 17    CREDIBILITY FINDINGS IS TO LEAVE THE JURY WITH A MISIMPRESSION.

08:49AM 18         THERE ACTUALLY NOW HAS BEEN DIALOGUE BACK AND FORTH

08:49AM 19    BETWEEN THERANOS AND THE REGULATOR THAT IS SUMMARIZED IN THE

08:49AM 20    ATTACHMENT TO THIS EXHIBIT THAT SUGGESTS THE TYPE OF ARGUMENT

08:49AM 21    THAT THE DEFENSE WAS TRYING TO SUGGEST THROUGH ITS CROSS OF

08:49AM 22    DR. ROSENDORFF ISN'T TRUE, IS NOT SUPPORTED BY THE EVIDENCE.

08:49AM 23         AND IT IS BECAUSE OF THAT, IT IS BECAUSE OF THE CROSS THAT

08:49AM 24    THE DEFENSE HAS ELICITED THAT THE 403 BALANCING SHIFTS A LITTLE

08:50AM 25    BIT.

3553

08:50AM 1        AND THE COURT MIGHT BE RIGHT, IF THE DEFENSE HAD NOT

08:50AM 2    ARGUED THE CMS REGS IN THE WAY THAT THEY HAVE, THE BALANCING

08:50AM 3    UNDER 403 FOR THIS DOCUMENT WOULD BE DIFFERENT.

08:50AM 4        BUT THAT ISN'T WHERE WE FIND OURSELVES.

08:50AM 5        WHERE WE FIND OURSELVES IS THAT THE DEFENSE TOOK ADVANTAGE

08:50AM 6    OF THE COURT'S RULING AT THE MOTIONS IN LIMINE STAGE TO OFFER

08:50AM 7    CMS REGS AND TO MAKE ARGUMENTS TO THE JURY ON ITS CROSS BASED

08:50AM 8    UPON THEM, AND THE GOVERNMENT SHOULD HAVE THAT SAME RIGHT.

08:50AM 9            THE COURT:  THANK YOU.  FAIR POINT, AND I'LL ASK

08:50AM 10   MR. LOOBY'S THOUGHT ABOUT THAT.

08:50AM 11       BUT DO YOU -- DOES THE LETTER, THE DOCUMENT THAT YOU'RE

08:50AM 12   SEEKING TO INTRODUCE, DOES IT TOUCH ON EACH OF THE AREAS THAT

08:50AM 13   WERE OPINED OF THE WITNESS FROM THE DEFENSE, AND DO WE NEED TO

08:50AM 14   LOOK AT THAT SO AS NOT TO BE TOO OVERBROAD?  IN OTHER WORDS,

08:50AM 15   ARE THERE SPECIFIC INSTANCES OF INQUIRY ON CROSS THAT RELATE TO

08:50AM 16   THE DOCUMENT YOU SEEK TO INTRODUCE, AND PERHAPS THAT'S A

08:50AM 17   NARROWER FIELD THAN THE ENTIRETY OF THE DOCUMENT?

08:51AM 18           MR. SCHENK:  YOUR HONOR, I HAVE NOT DONE THAT

08:51AM 19   ONE-FOR-ONE MATCHING TO SEE IF THE FINDINGS IN THE LETTER

08:51AM 20   RELATE, AS THE COURT SUGGESTS, ONE FOR ONE TO THE QUESTIONS

08:51AM 21   THAT WERE ASKED OF DR. ROSENDORFF.

08:51AM 22       THERE WERE FINDINGS IN THE LETTER REGARDING WHEN QC WAS

08:51AM 23   DONE AND THE QC RECORDKEEPING.

08:51AM 24           THE COURT:  RIGHT.

08:51AM 25           MR. SCHENK:  AND QA AND OTHER TOPICS THAT CERTAINLY

3554

08:51AM 1    WERE COVERED WITH DR. ROSENDORFF.

08:51AM 2         BUT I CANNOT TELL THE COURT THAT THE LETTER ONLY INCLUDES

08:51AM 3    QUESTIONS THAT WERE COVERED WITH DR. ROSENDORFF.

08:51AM 4              THE COURT:  RIGHT.  THAT MIGHT MAKE A DIFFERENCE,

08:51AM 5    MR. LOOBY.

08:51AM 6              MR. LOOBY:  I THINK IT DOES.

08:51AM 7         BUT I THINK BEFORE ADDRESSING THAT, I THINK THE PRIMARY, I

08:51AM 8    THINK, ISSUE WITH THAT ARGUMENT IS THAT THIS LETTER, THIS

08:51AM 9    JULY 2016 LETTER DOESN'T REFLECT THE FINDINGS OF THE CMS

08:51AM 10   INSPECTION.  IT REFLECTS CMS'S EVALUATION OF SUBSEQUENT EVENTS

08:51AM 11   AND CORRESPONDENCE OF THERANOS'S ALLEGATIONS OF COMPLIANCE AND

08:51AM 12   CORRECTION OF ISSUES THAT WERE IDENTIFIED IN THE INSPECTION.

08:52AM 13        AND SO A LOT OF MR. SCHENK'S ARGUMENT GOES TO THE

08:52AM 14   ADMISSIBILITY OF THE FINDINGS THEMSELVES, YOU KNOW, EVEN -- AND

08:52AM 15   I DON'T BELIEVE THAT WE KIND OF OPENED THE DOOR AND WIDENED THE

08:52AM 16   BERTH OF, LIKE, WHAT WAS ALREADY AT ISSUE IN THIS CASE GIVEN,

08:52AM 17   YOU KNOW, THE FACT THAT THE CLIA REGULATIONS ARE PART OF THE

08:52AM 18   CASE.  SO I DON'T THINK THE ANALYSIS HAS SHIFTED.

08:52AM 19        BUT REGARDLESS, IF WHAT THEY WANT TO SHOW IS THAT THERE

08:52AM 20   WERE REGULATORY VIOLATIONS, THAT WOULD BE IN THE CMS REPORT

08:52AM 21   THAT THE COURT HAS ALREADY HELD IS ADMISSIBLE IN PART, OR IN

08:52AM 22   LARGE PART.

08:52AM 23        AND THIS SUBSEQUENT EXCHANGE WITH THE CREDIBILITY

08:52AM 24   DETERMINATIONS IS EVALUATING THERANOS'S SUBSEQUENT RESPONSES

08:52AM 25   AND IT'S ESSENTIALLY A BACK AND FORTH BETWEEN THE COMPANY AND

08:52AM  1    THE AGENCY THAT FUNCTIONS LIKE PLEADINGS IN AN ADMINISTRATIVE

08:52AM  2    PROCEEDING.

08:52AM  3        AND, IN FACT, THIS JULY LETTER IS THE IMPOSITION OF

08:52AM  4    SANCTIONS LETTER THAT GAVE THERANOS APPEAL RIGHTS, AND THEY DID

08:52AM  5    NOTICE AN APPEAL FROM THIS DETERMINATION THAT WAS LATER

08:53AM  6    SETTLED.

08:53AM  7        AND SO I THINK THIS IS PRETTY FAR AFIELD FROM THE ACTUAL

08:53AM  8    FINDINGS.

08:53AM  9        NOW, IT DOES COPY AND PASTE AND PARAPHRASE SOME OF THE

08:53AM 10    ISSUES THAT ARE IDENTIFIED IN THE CMS REPORT, BUT THE COURT HAS

08:53AM 11    ALREADY HELD THAT THE REPORT OR PORTIONS OF IT ARE LIKELY TO BE

08:53AM 12    ADMITTED AT TRIAL, AND WE DON'T THINK THAT THIS LETTER IS THE

08:53AM 13    FINDINGS OF THE AGENCY.

08:53AM 14        THE COURT:  OKAY.

08:53AM 15        MR. SCHENK, ANYTHING IN RESPONSE?

08:53AM 16        MR. SCHENK:  I THINK THE WAY WE CAN HANDLE IT TODAY

08:53AM 17    IS THAT THE GOVERNMENT CAN OFFER THE EXHIBIT, THE COURT CAN

08:53AM 18    ADMIT THE EMAIL AND GIVE THE GOVERNMENT PERMISSION TO PUBLISH

08:53AM 19    THE EMAIL, AND IF THE COURT WANTS TO DEFER RULING ON THE

08:53AM 20    ADMISSIBILITY OF THE ATTACHMENT, WE'RE FINE WITH THAT FOR

08:53AM 21    TODAY'S PURPOSES.

08:53AM 22        THE COURT CERTAINLY SHOULDN'T GRANT THE MOTION THE DEFENSE

08:53AM 23    FILED, OR THE NOTICE THAT THE DEFENSE FILED LAST NIGHT.

08:53AM 24        AND I THINK IF THE QUESTION IS, WHAT DO WE DO WITH THE

08:53AM 25    DOCUMENT TODAY, THE COURT DEFERRING RULING ON THE DOCUMENT

3556

08:54AM 1      TODAY WOULD BE FINE WITH THE GOVERNMENT.

08:54AM 2           AGAIN, WE INTEND TO PUBLISH.

08:54AM 3               THE COURT:  WELL, THANK YOU.

08:54AM 4       THAT WAS ONE OF THE THOUGHTS THAT I HAD JUST BASED ON

08:54AM 5      MR. LOOBY'S CONVERSATION IS THAT I DON'T NEED TO PROVISIONALLY

08:54AM 6      ADMIT IT TODAY.  IF YOU WANT TO ADMIT IT, I'LL DEFER ADMISSION.

08:54AM 7      IF YOU WANT ME TO STATE THAT ON THE RECORD, OR IF YOU JUST WANT

08:54AM 8      TO WAIT UNTIL ANOTHER PERIOD OF TIME, WHATEVER YOU WOULD LIKE

08:54AM 9      TO DO ON THAT, BUT IT WON'T BE ADMITTED TODAY, LET ME JUST SAY

08:54AM 10     THAT.

08:54AM 11      THE EMAIL WILL, AND THE REPRESENTATION THAT THERE WAS A

08:54AM 12     DOCUMENT ATTACHED TO THE EMAIL, THAT IS ADMISSIBLE.

08:54AM 13      BUT WHETHER OR NOT TODAY THE DOCUMENT COMES IN, THAT WON'T

08:54AM 14     BE TOUCHED ON.

08:54AM 15      AND THEN WE CAN LOOK AT THESE OTHER ISSUES AT SOME POINT

08:54AM 16     IN TIME WHEN YOU HAVE ANOTHER WITNESS, FOUNDATIONAL WITNESS

08:54AM 17     THAT YOU THINK IS APPROPRIATE, AND WE CAN ALL LOOK AT THESE

08:54AM 18     OTHER, INCLUDING THE ONE-FOR-ONE ANALYSIS.

08:54AM 19      AND, MR. LOOBY, YOUR COMMENTS THAT EVEN IF THIS IS ONE FOR

08:54AM 20     ONE, IT'S NOT REALLY A MATCH BECAUSE IT'S A DIFFERENT PURPOSE

08:55AM 21     AT A DIFFERENT TIME.

08:55AM 22               MR. LOOBY:  RIGHT.  IT'S A LITTLE DOWNSTREAM FROM

08:55AM 23     THE ACTUAL FINDINGS IN THE REPORT.

08:55AM 24               THE COURT:  RIGHT.

08:55AM 25               MR. LOOBY:  SO I'M AVAILABLE TO ANSWER ANY OF THE

08:55AM 1    COURT'S QUESTIONS IF AND WHEN THE ISSUE DOES RIPEN DOWN THE

08:55AM 2    ROAD.

08:55AM 3              THE COURT:  OKAY.  WE'LL TAKE A LOOK AT IT THEN.

08:55AM 4        OKAY?

08:55AM 5              MR. LOOBY:  THANK YOU, YOUR HONOR.

08:55AM 6              THE COURT:  GREAT.

08:55AM 7              MR. LOOBY:  ACTUALLY, ONE LAST ISSUE THAT IS

08:55AM 8    SOMEWHAT RELATED TO THIS IS THAT DR. DHAWAN IN HIS INTERVIEWS

08:55AM 9    WITH THE GOVERNMENT HAS SUGGESTED THAT HE BELIEVES THAT

08:55AM 10   THERANOS MAY HAVE USED HIS NAME IN THE LAB TO PUT PEOPLE IN

08:55AM 11   DANGER.

08:55AM 12       WE'VE CONFERRED WITH THE GOVERNMENT ABOUT WHETHER OR NOT

08:55AM 13   THEY INTEND TO ELICIT THAT TYPE OF TESTIMONY, AND I UNDERSTAND

08:55AM 14   THAT THEY DO NOT, BUT THEY HAVE NOT ADMONISHED THE WITNESS TO

08:55AM 15   AVOID THAT TYPE OF TESTIMONY.

08:55AM 16       AND WE THINK THAT'S INADMISSIBLE TESTIMONY ON VARIOUS

08:55AM 17   GROUNDS, 403 UNDER THE COURT'S IN LIMINE RULING ON IMPACT AND

08:55AM 18   THE ISSUE OF, YOU KNOW, PATIENT HARM, AND 602 BECAUSE HE

08:56AM 19   DOESN'T REALLY HAVE A BASIS IN HIS OWN PERSONAL KNOWLEDGE FOR

08:56AM 20   THAT.

08:56AM 21             MR. SCHENK:  DR. DHAWAN IN AN INTERVIEW SAID THAT HE

08:56AM 22   WAS CONCERNED ABOUT WHETHER THE -- WHAT HE'S NOW LEARNED

08:56AM 23   SUGGESTS THAT THERE WAS THE POSSIBILITY FOR PATIENT HARM OR

08:56AM 24   WHETHER INDIVIDUALS WHO USED THE TESTING SERVICE WERE PUT IN

08:56AM 25   DANGER AND THAT CAUSES HIM CONCERN.

08:56AM   1          I THINK THAT IS OF THE SAME TYPE OF EVIDENCE AS MS. CHEUNG

08:56AM   2     OR DR. ROSENDORFF OR MS. GANGAKHEDKAR WHO ALL SAID THEY HAD

08:56AM   3     CONCERNS ABOUT THE TESTING, OF THERANOS ENTERING THE BLOOD

08:56AM   4     TESTING MARKET CREATING A RISK TO PATIENTS.  I THINK IT'S THE

08:56AM   5     SAME TYPE OF EVIDENCE AS THAT EVIDENCE IS, AND THAT EVIDENCE

08:56AM   6     HAS COME IN, AND IT'S CERTAINLY RELEVANT AND ADMISSIBLE, AND I

08:56AM   7     JUST DON'T KNOW THAT DR. DHAWAN'S IS OF A DIFFERENT TYPE SO I

08:56AM   8     HAVE INSTRUCTED HIM NOT TO SAY THAT DURING TRIAL.

08:56AM   9          THE COURT:  I THOUGHT YOU WERE REFERENCING PERSONAL

08:56AM  10     CONCERN OR JEOPARDY TO HIM PERSONALLY, EMPLOYMENT OR OTHERWISE.

08:57AM  11          MR. LOOBY:  THAT'S A SEPARATE ISSUE THAT WE HAVE NOT

08:57AM  12     CONFERRED WITH THE GOVERNMENT YET.  I WAS JUST FLAGGING WE MAY

08:57AM  13     OBJECT IF QUESTIONING GOES INTO THAT.

08:57AM  14          THIS IS A SEPARATE ISSUE ABOUT PATIENT HARM.

08:57AM  15          THE COURT:  OH.

08:57AM  16          MR. LOOBY:  IN THE CONTEXT OF THE INTERVIEW IT SEEMS

08:57AM  17     LIKE IT'S BASED OFF OF WHAT HE HAS SUBSEQUENTLY LEARNED.

08:57AM  18          WHAT HE SUBSEQUENTLY LEARNED MIGHT BE FROM CONSUMING NEWS

08:57AM  19     MEDIA, IT MIGHT BE FROM IT, YOU KNOW, REVIEWING DOCUMENTS THAT

08:57AM  20     HE WASN'T SHOWN IN REALTIME.

08:57AM  21          I THINK IT PUTS HIM IN A DIFFERENT CLASS FROM THE OTHER

08:57AM  22     WITNESSES WHO ARE TESTIFYING ABOUT WHAT THEY UNDERSTOOD ABOUT

08:57AM  23     EVENTS THAT THEY EXPERIENCED IN REAL TIME AND THIS TO ME FEELS

08:57AM  24     MORE --

08:57AM  25          THE COURT:  WELL, THAT'S A DISTINCTION.  I DON'T

08:57AM 1    KNOW WHAT HIS -- WHEN HIS EPIPHANY OCCURRED, BUT YOU CAN

08:57AM 2    CERTAINLY INQUIRE ON THAT, AND YOU CAN DETERMINE WHEN IT WAS.

08:57AM 3              MR. SCHENK:  YES.  THANK YOU.

08:57AM 4              THE COURT:  WE'LL SEE.

08:57AM 5              MR. LOOBY:  YES.

08:57AM 6              THE COURT:  STAY TUNED I THINK AS THEY SAY.

08:58AM 7              MR. LOOBY:  THANK YOU, YOUR HONOR.

08:58AM 8              THE COURT:  OKAY.  ANYTHING ELSE FOR THIS MORNING?

08:58AM 9              MR. LOOBY:  NONE FROM US.

08:58AM 10             MR. SCHENK:  NO, YOUR HONOR.

08:58AM 11             THE COURT:  OKAY.  THANK YOU.

08:58AM 12        SO WE'LL START AND WE'LL SEE WHAT WE CAN GET THROUGH.  I

08:58AM 13   THINK THIS WITNESS WHO IS CURRENTLY ON THE STAND IS A BRIEF

08:58AM 14   WITNESS?

08:58AM 15             MR. SCHENK:  YES.

08:58AM 16             THE COURT:  AND THEN WE MOVE INTO IS IT MR. JHAVERI?

08:58AM 17             MR. SCHENK:  JHAVERI.

08:58AM 18             THE COURT:  JHAVERI.  THANK YOU.

08:58AM 19        WE'LL SEE HOW FAR WE GO.  YOU'LL LET ME KNOW ABOUT BREAKS

08:58AM 20   AND THINGS, AND THEN WE'LL COORDINATE THE ALLOWANCE OF YOU AND

08:58AM 21   YOUR TEAMS TO PARTICIPATE IN THE OTHER HEARING.

08:58AM 22        GREAT.

08:58AM 23             MR. SCHENK:  THANK YOU.

08:58AM 24             MR. LOOBY:  THANK YOU.

08:58AM 25        (RECESS FROM 8:58 A.M. UNTIL 9:18 A.M.)

3560

09:18AM  1          (JURY IN AT 9:18 A.M.)

09:18AM  2              THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

09:18AM  3      THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL ARE PRESENT.

09:18AM  4      MS. HOLMES IS PRESENT.

09:18AM  5          OUR JURY IS PRESENT.  OUR WITNESS IS ON THE STAND.

09:18AM  6          GOOD MORNING, SIR.

09:18AM  7              THE WITNESS:  GOOD MORNING.

09:18AM  8              THE COURT:  GOOD MORNING AGAIN.

09:18AM  9          LET ME ASK MY QUESTION AGAIN OF YOU.  DID ANY OF YOU HAVE

09:18AM 10      ANY OCCASION TO DISCUSS THIS CASE WITH ANYONE, COME ACROSS ANY

09:19AM 11      MEDIA, SOCIAL OR OTHERWISE, SUCH THAT YOU WOULD LIKE TO INFORM

09:19AM 12      ME NOW ABOUT THAT CONTACT?

09:19AM 13          IF SO, PLEASE RAISE YOUR HAND.

09:19AM 14          I SEE NO HANDS.

09:19AM 15          THANK YOU.

09:19AM 16          A COUPLE OF OTHER JUST HOUSEKEEPING MATTERS.  FIRST OF

09:19AM 17      ALL, WE HAD DISCUSSION, AS YOU KNOW, EACH OF YOU HAD DISCUSSION

09:19AM 18      WITH ME IN MY CHAMBERS ABOUT THE QUESTIONNAIRES, AND I BELIEVE

09:19AM 19      MS. KRATZMANN INFORMED YOU THAT WERE YOU NOT TO DISCUSS

09:19AM 20      ANYTHING ABOUT THAT CONVERSATION WITH YOUR COLLEAGUES.

09:19AM 21          THAT'S THE SAME ADMONITION ABOUT NOT DISCUSSING ANYTHING

09:19AM 22      ABOUT THE CASE WITH EACH OTHER, THAT IS, ANY OF THE EVIDENCE,

09:19AM 23      ANYTHING AT ALL.  YOU MAY ONLY DO THAT ONCE THE CASE HAS BEEN

09:19AM 24      SUBMITTED TO YOU FOR YOUR DELIBERATIONS.

09:19AM 25          THE SAME APPLIES, I JUST WANT TO RATIFY MS. KRATZMANN'S

09:19AM   1    COMMENT TO YOU, YOU'RE NOT TO DISCUSS ANYTHING THAT WE

09:20AM   2    DISCUSSED IN OUR CONVERSATIONS ABOUT THE QUESTIONNAIRES WITH

09:20AM   3    EACH OTHER AS WELL.

09:20AM   4         THE OTHER HOUSEKEEPING MATTER IS THAT THIS AFTERNOON, I

09:20AM   5    THINK ABOUT 1:00 O'CLOCK, CLOSER TO 1:30, THAT SOME OF THESE

09:20AM   6    LAWYERS NEED TO ATTEND.  IT INVOLVES AN EVIDENTIARY MATTER.

09:20AM   7         BUT THEY NEED TO ATTEND TO THAT, AND THEY MAY GET UP AND

09:20AM   8    LEAVE THE COURTROOM.  I HAVE GIVEN THEM PERMISSION TO DO SO.

09:20AM   9         SO IF YOU SEE THEM LEAVE, THAT'S THE REASON WHY.  THEY

09:20AM  10    HAVE ANOTHER COURT APPEARANCE TO ATTEND TO, AND THEY WILL TRY

09:20AM  11    TO MAKE THAT -- AND THEY WILL TRY TO MAKE THEIR DEPARTURE AS

09:20AM  12    QUIET AS POSSIBLE.

09:20AM  13         BUT THAT'S WHAT IS HAPPENING.  I JUST WANTED TO LET YOU

09:20AM  14    KNOW THAT.  THANK YOU FOR THAT.

09:20AM  15         ANYTHING, COUNSEL, BEFORE WE BEGIN?

09:20AM  16              MR. SCHENK:  NO, YOUR HONOR.

09:20AM  17              THE COURT:  ALL RIGHT.  THANK YOU.

09:20AM  18         MR. BOSTIC, YOU WOULD LIKE TO CONTINUE?

09:20AM  19              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

09:21AM  20         **(GOVERNMENT'S WITNESS, ROBERTO AMENTA, WAS PREVIOUSLY**

09:21AM  21    **SWORN.)**

09:21AM  22                  **DIRECT EXAMINATION (RESUMED)**

09:21AM  23    BY MR. BOSTIC:

09:21AM  24    Q.  WELCOME BACK, MR. AMENTA.

09:21AM  25    A.  THANK YOU.

09:21AM  1    Q.   WOULD YOU STATE YOUR NAME FOR THE RECORD?

09:21AM  2    A.   SURE.  IT'S ROBERTO, LAST NAME AMENTA, A-M-E-N-T-A.

09:21AM  3    Q.   AND DO YOU KNOW YOU'RE STILL UNDER OATH?

09:21AM  4    A.   YES.

09:21AM  5    Q.   WHEN WE LEFT OFF YESTERDAY, WE WERE TALKING ABOUT

09:21AM  6    EXHIBIT 4845, WHICH IS IN EVIDENCE.

09:21AM  7         IF WE CAN CALL THAT UP AND GO TO PAGE 18.

09:21AM  8         MR. AMENTA, GENERALLY SPEAKING, YOU'VE REVIEWED PAGES 18

09:21AM  9    THROUGH 24 OF EXHIBIT 4845 IN THE PAST?

09:21AM  10   A.   I HAVE.

09:21AM  11   Q.   AND WE'LL GET INTO SOME OF THE DETAILS OF WHAT IS ON THESE

09:21AM  12   PAGES, BUT GENERALLY SPEAKING, WHAT IS ON EACH PAGE OF THIS

09:21AM  13   DOCUMENT?

09:21AM  14   A.   A FEDWIRE FUNDS TRANSFER.

09:21AM  15   Q.   AND EACH PAGE IS A DIFFERENT FEDWIRE FUNDS TRANSFER?

09:21AM  16   A.   CORRECT.  THERE'S A REFERENCE TO AN IMAD AND AN OMAD,

09:22AM  17   I-M-A-D, O-M-A-D.  THAT IS AN INCOMING MESSAGE ACCOUNTABILITY

09:22AM  18   DATA, AND OUTGOING MESSAGE ACCOUNTABILITY DATA, AND THAT'S

09:22AM  19   UNIQUE TO FEDWIRE.

09:22AM  20   Q.   AND WE'RE LOOKING ON THE SCREEN AT PAGE 18 OF

09:22AM  21   EXHIBIT 4845.

09:22AM  22        DO YOU SEE THE OMAD AND IMAD NUMBERS REFERENCED ON THIS

09:22AM  23   PAGE?

09:22AM  24   A.   I DO.

09:22AM  25   Q.   AND HOW DOES FEDWIRE USE THOSE NUMBERS?

09:22AM  1     A.   SO IT'S -- THE IMAD FOR THE SENDING BANK, IT'S THE YEAR,

09:22AM  2     MONTH, DAY OF THE TRANSACTION, AND THEN IT IS THE END POINT OF

09:22AM  3     THE FINANCIAL INSTITUTION, OR IN POINT OF THE FINANCIAL

09:22AM  4     INSTITUTION, AND THEN WHAT MESSAGE IT IS FOR THAT DAY AND FOR

09:22AM  5     THAT INSTITUTION.

09:22AM  6          SO THAT'S THE IMAD.

09:22AM  7          AND FOR THE OMAD, IT'S THE YEAR, MONTH, DAY, SO IT'S THE

09:22AM  8     BANK'S END POINT.  IT IS WHAT MESSAGE IT IS FOR THAT DAY.  IT'S

09:22AM  9     THE DATE, AND THEN IT'S THE TIME 13:58.

09:23AM  10         AND THEN REFERENCE TO FT03 IS THE DALLAS.

09:23AM  11    Q.   THANK YOU.

09:23AM  12         I SHOULD HAVE MENTIONED, IF YOU'RE COMFORTABLE WITH

09:23AM  13    TESTIFYING WITHOUT A MASK, YOU CAN REMOVE IT.

09:23AM  14    A.   THANK YOU.

09:23AM  15    Q.   THE OMAD AND IMAD NUMBERS, DOES FEDWIRE EVER REUSE THOSE

09:23AM  16    NUMBERS?  IN OTHER WORDS, COULD TWO DIFFERENT TRANSACTIONS EVER

09:23AM  17    HAVE THE SAME OMAD OR IMAD NUMBER?

09:23AM  18    A.   THEY'RE UNIQUE FOR THE TRANSACTION.

09:23AM  19    Q.   LOOKING AT PAGE 18 HERE, FOR THIS TRANSACTION WE ARE

09:23AM  20    LOOKING AT, WHAT WAS THE DATE OF THIS WIRE TRANSFER?

09:23AM  21    A.   SO IT'S DECEMBER 30TH OF 2013.

09:23AM  22    Q.   AND IS THERE A PORTION OF THE OMAD AND IMAD THAT GIVES YOU

09:23AM  23    THAT INFORMATION?

09:23AM  24    A.   YES.

09:23AM  25    Q.   AND WHAT WAS THE AMOUNT OF THIS WIRE TRANSFER?

09:23AM 1   A.   THE AMOUNT IS FIELD TAG 2000, AND IT'S $99,990.

09:23AM 2   Q.   AND FROM THIS INFORMATION, WHO SENT THIS WIRE TRANSFER OF

09:23AM 3   $99,990?

09:24AM 4   A.   SURE.  SO IT'S THE SENDING BANK -- THE SENDING BANK, THE

09:24AM 5   3100 FIELD IS WELLS FARGO, AND THEY DID IT ON BEHALF OF

09:24AM 6   ALAN JAY EISENMAN AND CHARLES SCHWAB.

09:24AM 7   Q.   AND FINALLY, WHO WAS THIS TRANSFERRED TO ON THIS DATE?

09:24AM 8   A.   THE RECEIVING BANK IS COMERICA, AND IT WAS ON BEHALF OF

09:24AM 9   THERANOS.

09:24AM 10  Q.   THANK YOU.  LET'S GO TO THE NEXT PAGE, THAT'S EXHIBIT 19

09:24AM 11  OF 4845.  IF WE CAN ZOOM IN ON THE CONTENT.

09:24AM 12      MR. AMENTA, DO YOU SEE ANOTHER DOCUMENT RELATED TO ANOTHER

09:24AM 13  FEDWIRE TRANSFER?

09:24AM 14  A.   YES.

09:24AM 15  Q.   AND WHAT WAS THE DATE OF THIS TRANSFER?

09:24AM 16  A.   DECEMBER 31ST, 2013.

09:24AM 17  Q.   AND WHAT IS THE AMOUNT OF THIS TRANSFER?

09:24AM 18  A.   THE AMOUNT IS $5,349,900.

09:24AM 19  Q.   AND WHO SENT THIS WIRE TRANSFER IN THE AMOUNT OF

09:24AM 20  APPROXIMATELY $5.3 MILLION?

09:25AM 21  A.   SO THE SENDING BANK, WHILE IT'S NOT IN ITS SHORT FORM

09:25AM 22  NAME, IT'S THE ABA NUMBER, ROUTING NUMBER FOR PACIFIC WESTERN,

09:25AM 23  SO THAT'S THE SENDER, ABA (3100) ON BEHALF OF BLACK DIAMOND

09:25AM 24  VENTURES.

09:25AM 25  Q.   AND HOW ABOUT THE RECIPIENT?

09:25AM 1    A.   AGAIN, THAT ABA ROUTING FOR THE RECEIVER IS COMERICA ON

09:25AM 2    BEHALF OF THERANOS.

09:25AM 3    Q.   THANK YOU.

09:25AM 4         LET'S TURN TO THE NEXT PAGE, WHICH IS PAGE 20.  IF WE CAN

09:25AM 5    ZOOM IN ON THE CONTENT HERE.

09:25AM 6         MR. AMENTA, IS THIS INFORMATION RELATING TO A SEPARATE

09:25AM 7    WIRE TRANSFER?

09:25AM 8    A.   IT IS.  THIS IS ALSO DATED DECEMBER 31ST, 2013.

09:25AM 9    Q.   OKAY.  AND IN WHAT AMOUNT WAS THIS WIRE TRANSFER?

09:25AM 10   A.   THE AMOUNT FOR THIS TRANSACTION IS $4,875,000.

09:25AM 11   Q.   AND WHO SENT THIS APPROXIMATELY $4.9 MILLION TRANSACTION

09:26AM 12   ON THAT DATE?

09:26AM 13   A.   TEXAS CAPITAL BANK ON BEHALF OF HALL PHOENIX/INWOOD LDT.

09:26AM 14   Q.   AND THE RECIPIENT?

09:26AM 15   A.   THE RECIPIENT IS COMERICA ON BEHALF OF THERANOS.

09:26AM 16   Q.   THANK YOU.  LET'S TURN NOW TO THE NEXT PAGE, PAGE 21.  IF

09:26AM 17   WE CAN ZOOM IN.

09:26AM 18        ON PAGE 21, DO YOU SEE DETAILS FOR ANOTHER FEDWIRE

09:26AM 19   TRANSMITTAL?

09:26AM 20   A.   YES.  THE DATE FOR THIS ONE IS FEBRUARY 6TH, 2014.

09:26AM 21   Q.   AND WHAT WAS THE AMOUNT OF THIS WIRE TRANSFER?

09:26AM 22   A.   THE AMOUNT IS $38,336,632.

09:26AM 23   Q.   OKAY.  AND WHO SENT THIS $38.3 MILLION TRANSFER ON THAT

09:26AM 24   DATE?

09:26AM 25   A.   CITIBANK ON BEHALF OF GOLDMAN SACHS AND PFM HEALTH CARE.

AMENTA DIRECT BY MR. BOSTIC                              3566

09:26AM   1    Q.   AND FINALLY, THE RECIPIENT FOR THIS ONE?

09:27AM   2    A.   THE RECIPIENT IS COMERICA ON BEHALF OF THERANOS.

09:27AM   3    Q.   OKAY.  THANK YOU.  LET'S GO TO PAGE 22.

09:27AM   4         IF WE CAN ZOOM IN ON THIS CONTENT.

09:27AM   5         MR. AMENTA, FOR THE WIRE TRANSFER ON PAGE 22, WHAT WAS THE

09:27AM   6    DATE?

09:27AM   7    A.   OCTOBER 31ST OF 2014.

09:27AM   8    Q.   AND THE AMOUNT OF THIS WIRE TRANSFER?

09:27AM   9    A.   $99,999,984.

09:27AM  10    Q.   AND FINALLY, WHO WERE THE SENDER AND RECIPIENT FOR THIS

09:27AM  11    WIRE TRANSFER?

09:27AM  12    A.   SO NORTHERN CHICAGO ON BEHALF LAKESHORE CAPITOL MANAGEMENT

09:27AM  13    AND DYNASTY FINANCIAL.

09:27AM  14    Q.   AND WHO IS THE RECIPIENT?

09:27AM  15    A.   AND THE RECIPIENT IS COMERICA ON BEHALF OF THERANOS.

09:27AM  16    Q.   AND THE FINAL PAGE IS 23.  LET'S LOOK AT THAT.

09:28AM  17         MR. AMENTA, IF YOU COULD WALK US THROUGH THIS ONE.  WHAT

09:28AM  18    ARE THE RELEVANT DETAILS OF THIS WIRE TRANSFER?

09:28AM  19    A.   THE DATE IS OCTOBER 31ST OF 2014.

09:28AM  20         THE AMOUNT IS $5,999,997.

09:28AM  21         THE SENDING AND THE ORIGINATOR IS JP MORGAN CHASE, AND THE

09:28AM  22    MOSLEY FAMILY HOLDINGS, AND THE BENEFICIARY IS COMERICA BANK

09:28AM  23    FOR THERANOS.

09:28AM  24    Q.   AND WE JUST LOOKED AT DETAILS FOR SIX SEPARATE WIRE

09:28AM  25    TRANSFERS; IS THAT CORRECT?

AMENTA DIRECT BY MR. BOSTIC

09:28AM 1    A.   CORRECT.

09:28AM 2    Q.   AND EACH OF THOSE SIX WIRE TRANSFERS USED THE FEDWIRE

09:28AM 3    SYSTEM; IS THAT CORRECT?

09:28AM 4    A.   CORRECT.

09:28AM 5    Q.   YOU TESTIFIED EARLIER ABOUT THE SEQUENCE OF EVENTS AND THE

09:28AM 6    PROCESS NEEDED TO EXECUTE A FEDWIRE WIRE TRANSFER IN 2013,

09:28AM 7    2014.

09:28AM 8        DO YOU RECALL THAT TESTIMONY?

09:28AM 9    A.   I DO.

09:28AM 10   Q.   IS IT POSSIBLE FOR -- OR WAS IT POSSIBLE FOR A FEDWIRE

09:28AM 11   MONEY TRANSFER DURING THAT TIME PERIOD TO OCCUR WITHOUT AN

09:29AM 12   INTERSTATE WIRE COMMUNICATION?

09:29AM 13   A.   NO.

09:29AM 14   Q.   DID EACH OF THESE SIX WIRE TRANSFERS THEN NECESSARILY

09:29AM 15   INVOLVE A WIRE COMMUNICATION ACROSS STATE LINES?

09:29AM 16   A.   IT DID BETWEEN TEXAS AND NEW JERSEY.

09:29AM 17   Q.   BETWEEN THOSE TWO FEDWIRE FACILITIES?

09:29AM 18   A.   CORRECT.

09:29AM 19   Q.   IN FRONT OF YOU, DO YOU STILL HAVE A FEW EXHIBITS?  IF SO,

09:29AM 20   I'LL ASK YOU TO LOOK AT EXHIBIT NUMBER 5428.

09:29AM 21   A.   YES.

09:29AM 22   Q.   DO YOU HAVE THAT IN FRONT OF YOU?

09:29AM 23   A.   YES.

09:29AM 24   Q.   AND GENERALLY SPEAKING, WITHOUT GETTING INTO THE CONTENT,

09:29AM 25   WHAT IS EXHIBIT 5428?

09:29AM   1      A.   IT'S A FEDWIRE FUNDS MESSAGE.

09:29AM   2      Q.   AND HAVE YOU REVIEWED 5428 BEFORE?

09:29AM   3      A.   I HAVE.

09:29AM   4           MR. BOSTIC:   YOUR HONOR, THE GOVERNMENT MOVES TO

09:29AM   5      ADMIT 5428.

09:29AM   6           MS. TREFZ:   NO OBJECTION.

09:29AM   7           THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

09:29AM   8      (GOVERNMENT'S EXHIBIT 5428 WAS RECEIVED IN EVIDENCE.)

09:30AM   9      BY MR. BOSTIC:

09:30AM   10     Q.   MR. AMENTA, DO YOU SEE ON YOUR SCREEN NOW THE DETAILS OF

09:30AM   11     THAT WIRE TRANSFER IN EXHIBIT 5428?

09:30AM   12     A.   I DO.

09:30AM   13     Q.   ON WHAT DATE WAS THIS WIRE TRANSMITTAL SENT?

09:30AM   14     A.   AUGUST 3RD OF 2015.   IT'S IN THE AMOUNT OF $1,126,661.

09:30AM   15          THE SENDING SIDE, THE SENDER FINANCIAL INSTITUTION WAS

09:30AM   16     WELLS FARGO ON BEHALF OF THERANOS, AND THE RECEIVING

09:30AM   17     INSTITUTION WAS JP MORGAN CHASE ON BEHALF OF HORIZON MEDIA,

09:30AM   18     INC.

09:30AM   19     Q.   SO UNLIKE THE PREVIOUS TRANSACTIONS WE LOOKED AT, THIS ONE

09:30AM   20     IS GOING FROM THERANOS TO A THIRD PARTY?

09:30AM   21     A.   THEY'RE THE ORIGINATOR INSTEAD OF THE BENEFICIARY,

09:30AM   22     CORRECT.

09:30AM   23     Q.   AND YOU PREVIOUSLY TOLD US ABOUT THE FEDWIRE TRANSFERS IN

09:30AM   24     2013 AND 2014.   THIS TRANSFER WAS IN 2015.   WAS THE PROCESS

09:30AM   25     DIFFERENT AT THAT TIME?

09:30AM  1      A.   IT STILL REQUIRED THE SAME TWO PROCESSING CENTERS.

09:31AM  2           WHAT CHANGED IN NOVEMBER 10TH OF 2014 WAS THAT THE PRIMARY

09:31AM  3      SITE ALTERNATED, SO IT WOULD EITHER BE NEW JERSEY OR DALLAS

09:31AM  4      THAT WOULD BE THE PRIMARY SITE.

09:31AM  5           THE SECOND PART THAT CHANGED WAS THE PROCESS FOR IT WOULD

09:31AM  6      CHANGE.  SO IN THE EARLIER TIME PERIOD, APRIL 27TH, '09,

09:31AM  7      PRE-DECEMBER 2014, THE DALLAS WOULD SEND IT TO THE NEW JERSEY

09:31AM  8      FACILITY FOR PROCESSING.

09:31AM  9           POST THAT NOVEMBER 2014 DATE, THE PROCESSING WOULD BE THE

09:31AM 10      PRIMARY SITE WOULD SEND IT TO THE SECONDARY SITE FOR

09:31AM 11      ACKNOWLEDGEMENT, AND THEN THE PRIMARY SITE WOULD THEN, AFTER

09:31AM 12      RECEIVING ACKNOWLEDGEMENT, DO THE DEBITING AND CREDITING AND

09:31AM 13      SENDING THE ADVICES TO THE FINANCIAL INSTITUTIONS.

09:31AM 14      Q.   AND WHEN YOU'RE TALKING ABOUT THOSE TWO FEDWIRE FACILITIES

09:31AM 15      COMMUNICATING WITH EACH OTHER IN THE 2015 TIMEFRAME, ARE THOSE

09:31AM 16      AUTOMATED WIRE COMMUNICATIONS?

09:31AM 17      A.   CORRECT.

09:31AM 18      Q.   IN THE 2015 TIMEFRAME THEN, AND SPECIFICALLY IN AUGUST OF

09:32AM 19      2015, WOULD IT BE POSSIBLE FOR THIS WIRE TRANSFER TO OCCUR

09:32AM 20      WITHOUT AN INTERSTATE WIRE COMMUNICATION?

09:32AM 21      A.   NO.

09:32AM 22      Q.   AND THE TRANSFER THAT IS DEPICTED IN EXHIBIT 5428, WAS

09:32AM 23      THAT A WIRE TRANSFER THAT USED THE FEDWIRE SYSTEM?

09:32AM 24      A.   IT WAS.

09:32AM 25                MR. BOSTIC:  A MOMENT, YOUR HONOR?

09:32AM   1              THE COURT:  YES.

09:32AM   2              (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

09:32AM   3              MR. BOSTIC:  NO FURTHER QUESTIONS, YOUR HONOR.

09:32AM   4         THANK YOU, MR. AMENTA.

09:32AM   5              THE WITNESS:  THANK YOU.

09:32AM   6              THE COURT:  MS. TREFZ.

09:32AM   7                        **CROSS-EXAMINATION**

09:32AM   8    BY MS. TREFZ:

09:32AM   9    Q.  HI, MR. AMENTA.  MY NAME IS KATIE TREFZ.  I REPRESENT

09:32AM  10    MS. HOLMES.

09:32AM  11    A.  GOOD MORNING.

09:32AM  12    Q.  I ONLY HAVE A COUPLE OF QUICK QUESTIONS FOR YOU.

09:32AM  13    A.  SURE.

09:32AM  14    Q.  ONE IS, ASIDE FROM HAVING PULLED THOSE RECORDS, YOU DON'T

09:33AM  15    HAVE ANY PERSONAL KNOWLEDGE ABOUT THE REASONS WHY THE WIRES

09:33AM  16    WERE SENT; CORRECT?

09:33AM  17    A.  CORRECT.

09:33AM  18    Q.  OR WHO WITHIN AN ORGANIZATION AUTHORIZED THEM; CORRECT?

09:33AM  19    A.  THAT'S CORRECT.

09:33AM  20    Q.  OR FOR WHAT PURPOSE THEY WERE SENT; CORRECT?

09:33AM  21    A.  THAT'S CORRECT.

09:33AM  22              MS. TREFZ:  THAT'S ALL.

09:33AM  23         THANK YOU.

09:33AM  24              THE WITNESS:  THANK YOU.

09:33AM  25              MR. BOSTIC:  NOTHING FURTHER, YOUR HONOR.

3571

| | | |
|---|---|---|
| 09:33AM | 1 | THE COURT:  MAY THIS WITNESS BE EXCUSED? |
| 09:33AM | 2 | MR. BOSTIC:  YES. |
| 09:33AM | 3 | THE COURT:  MS. TREFZ? |
| 09:33AM | 4 | MS. TREFZ:  YES. |
| 09:33AM | 5 | THE COURT:  MR. AMENTA, YOU'RE EXCUSED.  THANK YOU. |
| 09:33AM | 6 | MR. SCHENK:  YOUR HONOR, THE UNITED STATES CALLS |
| 09:33AM | 7 | NIMESH JHAVERI. |
| 09:34AM | 8 | (PAUSE IN PROCEEDINGS.) |
| 09:34AM | 9 | THE COURT:  GOOD MORNING, SIR.  IF YOU WOULD COME |
| 09:34AM | 10 | FORWARD, PLEASE, AND FACE OUR COURTROOM DEPUTY RIGHT HERE. |
| 09:34AM | 11 | IF YOU WOULD RAISE YOUR RIGHT HAND, SHE HAS A QUESTION FOR |
| 09:34AM | 12 | YOU. |
| 09:34AM | 13 | **(GOVERNMENT'S WITNESS, NIMESH JHAVERI, WAS SWORN.)** |
| 09:34AM | 14 | THE WITNESS:  YES. |
| 09:34AM | 15 | THE COURT:  PLEASE HAVE A SEAT HERE, SIR.  MAKE |
| 09:34AM | 16 | YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST THE CHAIR AND |
| 09:34AM | 17 | MICROPHONE AS YOU NEED. |
| 09:34AM | 18 | I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 09:34AM | 19 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME |
| 09:34AM | 20 | AND THEN SPELL IT, PLEASE. |
| 09:34AM | 21 | THE WITNESS:  NIMESH JHAVERI.  FIRST NAME NIMESH, |
| 09:34AM | 22 | N-I-M-E-S-H.  LAST NAME JHAVERI, J-H-A-V-E-R-I. |
| 09:34AM | 23 | THE COURT:  THANK YOU. |
| 09:34AM | 24 | COUNSEL. |
| 09:35AM | 25 | MR. SCHENK:  THANK YOU, YOUR HONOR. |

**DIRECT EXAMINATION**

09:35AM  1

09:35AM  2   BY MR. SCHENK:

09:35AM  3   Q.   GOOD MORNING, MR. JHAVERI.

09:35AM  4   A.   GOOD MORNING.

09:35AM  5   Q.   IF YOU ARE FULLY VACCINATED, AND WITH THE COURT'S

09:35AM  6   PERMISSION, YOU MAY REMOVE YOUR MASK TO TESTIFY IF YOU WOULD

09:35AM  7   LIKE.

09:35AM  8   A.   THANK YOU.

09:35AM  9   Q.   AND I ALSO WILL REMOVE MY MASK.

09:35AM  10      MR. JHAVERI, DID YOU WORK AT WALGREENS?

09:35AM  11   A.   I DID.

09:35AM  12   Q.   FOR HOW LONG?

09:35AM  13   A.   TWENTY-NINE YEARS.

09:35AM  14   Q.   LET'S COME BACK TO THAT IN A MOMENT.

09:35AM  15      I WONDER IF YOU CAN EXPLAIN TO THE JURY YOUR EDUCATIONAL

09:35AM  16   BACKGROUND?

09:35AM  17   A.   SURE.  I'M A REGISTERED PHARMACIST.  I HAVE A DEGREE IN

09:35AM  18   PHARMACY, AS WELL AS I HAVE MY MBA IN ORGANIZATIONAL BEHAVIOR.

09:35AM  19   Q.   AND WHERE DID YOU GET YOUR MBA?

09:35AM  20   A.   I GOT MY MBA AT LAKE FORREST GRADUATE SCHOOL OF MANAGEMENT

09:35AM  21   IN LAKE FORREST, ILLINOIS.

09:35AM  22   Q.   AND AFTER GRADUATING FROM BUSINESS SCHOOL, WHERE DID YOU

09:35AM  23   GO TO WORK?

09:35AM  24   A.   I ACTUALLY WENT TO WORK, AFTER PHARMACY SCHOOL, AT

09:35AM  25   WALGREENS.

09:35AM   1      Q.   OKAY.  AND DID YOU GET THE MBA WHILE YOU WERE WORKING?

09:36AM   2      A.   I DID.

09:36AM   3      Q.   AND DESCRIBE YOUR WORK HISTORY AT WALGREENS.  YOU SAID YOU

09:36AM   4      WERE THERE FOR 29 YEARS.  DID YOU HAVE THE SAME JOB THE WHOLE

09:36AM   5      TIME?

09:36AM   6      A.   NO.  I ACTUALLY STARTED AT WALGREENS IN 1989 AS A PHARMACY

09:36AM   7      TECHNICIAN AND STORE CLERK WHILE GOING THROUGH SCHOOL, AND THEN

09:36AM   8      BECAME A PHARMACIST, AND THEN WORKED IN VARIOUS POSITIONS OVER

09:36AM   9      THE YEARS UNTIL OCTOBER OF 2018.

09:36AM   10     Q.   AND YOU LEFT WALGREENS IN 2018?

09:36AM   11     A.   I DID.

09:36AM   12     Q.   WHILE YOU WERE WORKING AT WALGREENS, DID YOU BECOME

09:36AM   13     FAMILIAR WITH A COMPANY NAMED THERANOS?

09:36AM   14     A.   I DID.

09:36AM   15     Q.   DO YOU REMEMBER WHEN YOU FIRST BECAME FAMILIAR WITH

09:36AM   16     THERANOS?

09:36AM   17     A.   SOMETIME IN 2010, '11, APPROXIMATELY AT THAT TIME.

09:36AM   18     Q.   OKAY.  AND IF YOU WOULD PLEASE DESCRIBE THAT EXPOSURE TO

09:36AM   19     THE JURY.  WHAT HAPPENED IN 2010 OR 2011?

09:36AM   20     A.   SURE.  I WAS ACTUALLY WORKING AND LEADING A PROJECT TO

09:36AM   21     REDESIGN ALL OF OUR PHARMACIES TO BE MORE CUSTOMER CENTRIC AND

09:37AM   22     PATIENT CENTRIC AND REDESIGNING ALL OF THE PHARMACY AREAS TO

09:37AM   23     INCLUDE CERTAIN SPACES TO DELIVER CERTAIN HEALTH CARE SERVICES

09:37AM   24     SO PATIENTS COULD HAVE SIMPLY MORE THAN THEIR PHARMACY.

09:37AM   25          SO I RECEIVED A CALL FROM DR. JAY ROSAN, WHO WAS ALSO AT

09:37AM   1   WALGREENS, AND THEY HAD BEEN MEETING WITH THE THERANOS TEAM,

09:37AM   2   THE LEADERSHIP TEAM, AND ASKED ME IF I WOULD BE WILLING TO GIVE

09:37AM   3   THEM A TOUR OF THE NEW SPACE.

09:37AM   4       WE HAD A PILOT STORE IN WHEELING, ILLINOIS, AND I WAS MORE

09:37AM   5   THAN HAPPY TO DO THAT, AND THAT'S WHEN I WAS EXPOSED TO

09:37AM   6   THERANOS MORE AND MR. BALWANI AND MS. HOLMES.

09:37AM   7   Q.   DID YOU MEET EMPLOYEES FROM THERANOS THAT DAY?

09:37AM   8   A.   I MET BOTH OF THEM AT THE STORE, YES.

09:37AM   9   Q.   AND BY "BOTH OF THEM," YOU MEAN MS. HOLMES AND

09:37AM  10   MR. BALWANI?

09:37AM  11   A.   THAT'S CORRECT.

09:37AM  12   Q.   AND THEN WHAT DID YOU DO WITH THEM THAT DAY?

09:37AM  13   A.   IT WAS A SHORT VISIT.  I PROVIDED THEM A TOUR OF THE

09:37AM  14   STORE, PROVIDED A TOUR OF THE SPACE WHERE WE CAN USE TO DELIVER

09:38AM  15   DIFFERENT SERVICES FROM DIABETES EDUCATION SESSIONS TO LAB

09:38AM  16   SESSIONS OR LAB SERVICES.

09:38AM  17       IT WAS A FLEXIBLE SPACE, AND WE REALLY JUST GAVE THEM A

09:38AM  18   TOUR OF THAT, THE WAITING AREA, AND THEN THE NEW PHARMACY WITH

09:38AM  19   THE PHARMACIST SITTING OUTSIDE OF THE PHARMACY.

09:38AM  20       IT WAS A VERY SHORT VISIT.  AFTER THAT THEY THANKED ME

09:38AM  21   AND, YOU KNOW, THAT WAS THE END OF THE VISIT.

09:38AM  22   Q.   DO YOU RECALL IF, DURING THIS SHORT VISIT, YOU DISCUSSED

09:38AM  23   THE THERANOS TECHNOLOGY OR WHAT THE BUSINESS MODEL AT THERANOS

09:38AM  24   WAS?

09:38AM  25   A.   NO.  OF COURSE IT WAS INSIDE OF THE STORE, SO IT WAS IN A

09:38AM  1      PUBLIC SETTING, SO THERE WAS NO REALLY DETAILED DISCUSSION.  IT

09:38AM  2      WAS REALLY THE IDEA OF DELIVERING LAB SERVICES IN THAT SPACE.

09:38AM  3      Q.   OKAY.  ABOUT HOW LONG WAS THIS VISIT, DO YOU KNOW?

09:38AM  4      A.   ABOUT 15, 20 MINUTES.  IT WASN'T THAT LONG.

09:38AM  5      Q.   AND THEN AFTER THIS OCCASION, DID YOU HAVE ANOTHER

09:38AM  6      OPPORTUNITY TO REENGAGE IN THE THERANOS PROJECT?

09:38AM  7      A.   YES.  PROBABLY A COUPLE YEARS LATER WHEN WALGREENS OPENED

09:39AM  8      THE FIRST COUPLE OF STORES, I DID REENGAGE WITH THE THERANOS

09:39AM  9      TEAM, AS WELL AS UNDERSTANDING WHAT THE STORES LOOKED LIKE.

09:39AM 10      BUT THAT WAS THE NEXT TIME.

09:39AM 11      Q.   OKAY.  AND WOULD THAT HAVE BEEN IN 2013?

09:39AM 12      A.   THAT'S RIGHT.  I THINK IT WAS SOMETIME IN NOVEMBER, OR END

09:39AM 13      OF 2013.

09:39AM 14      Q.   OKAY.  AND DESCRIBE FOR THE JURY WHAT YOUR ROLE WAS AT

09:39AM 15      THAT POINT WHEN YOU REENGAGED IN THE LATTER PART OF 2013.

09:39AM 16      A.   YEAH.  MY ROLE HAD NOT CHANGED AT THAT TIME.  WE WERE

09:39AM 17      STILL DEVELOPING THE NEW LAYOUT, THE NEW EXPERIENCE, THE NEW

09:39AM 18      DESIGN OF OUR PHARMACIES IN STORES, AND WE CONTINUED TO DO

09:39AM 19      THAT.

09:39AM 20           SO I WAS STILL LEADING THAT AND TESTING THOSE STORES.  WE

09:39AM 21      HAD A HANDFUL OF STORES AT THAT TIME THAT WE WERE TESTING, AND

09:39AM 22      MY ROLE WAS TO UNDERSTAND THAT IF WE EXPANDED OR DELIVERED THIS

09:39AM 23      TYPE OF A SERVICE, IN THIS CASE LAB SERVICES WITH THERANOS, HOW

09:40AM 24      WOULD IT FIT INTO THE DESIGN OF THE STORE?  HOW WOULD IT FIT

09:40AM 25      INTO THE EXPERIENCE OF THE STORE?

09:40AM   1         IT'S QUITE DIFFICULT TO DO CONSTRUCTION IN A STORE AT A

09:40AM   2    MINUTE'S NOTICE.  WE WANT TO, YOU KNOW, NOT DISRUPT OUR TEAM

09:40AM   3    MEMBERS.  WE DON'T WANT TO DISRUPT OUR CUSTOMERS.  SO IT DOES

09:40AM   4    REQUIRE QUITE A BIT OF PLANNING.

09:40AM   5         SO THIS WAS MY ROLE WAS TO UNDERSTAND WHAT THE NEEDS ARE,

09:40AM   6    WHAT THE EXPECTATIONS ARE, AND HOW DOES IT FIT INTO OUR

09:40AM   7    PLANNING.

09:40AM   8    Q.   I SEE.  AND THEN IN THE EARLY PART OF 2014, DID YOU

09:40AM   9    RECEIVE A PROMOTION AT WALGREENS?

09:40AM  10    A.   I DID.

09:40AM  11    Q.   AND DESCRIBE THAT PROMOTION, PLEASE.

09:40AM  12    A.   SURE.  SO I DID RECEIVE A PROMOTION TO DIVISIONAL VICE

09:40AM  13    PRESIDENT OF HEALTH CARE SERVICES AND HEALTH CARE SERVICES

09:40AM  14    DEVELOPMENT, AND MY ROLE WAS A COMBINATION OF THE ROLE THAT I

09:40AM  15    HAD BEFORE, OVERSEEING A CONCEPT, THE REDESIGNING OF THE

09:40AM  16    STORES, WHICH WAS CALLED WELL EXPERIENCE, AS WELL AS SOME OF

09:40AM  17    THE OTHER INNOVATIONS THAT THE COMPANY WAS THINKING ABOUT AND

09:40AM  18    HOW DO WE OPERATIONALIZE AND EXECUTE ON THEM.

09:41AM  19         SO THE THERANOS PARTNERSHIP WAS NOW PART OF MY

09:41AM  20    RESPONSIBILITIES.

09:41AM  21    Q.   YOU USED A TERM JUST NOW, WELL EXPERIENCE.  IS THAT WHAT

09:41AM  22    YOU WERE DESCRIBING TO US EARLIER, THE PATIENT CENTERED FOCUS

09:41AM  23    OF WALGREENS STORES?

09:41AM  24    A.   THAT'S EXACTLY CORRECT.  THAT WAS THE INTERNAL TERM FOR

09:41AM  25    THE PROJECT WELL EXPERIENCE.  WE WERE TRYING TO CREATE THAT,

09:41AM  1    QUOTE-UNQUOTE, WELL EXPERIENCE FOR OUR CUSTOMERS AND PATIENTS

09:41AM  2    AS THEY WALKED IN AND GIVE THEM ACCESS TO SERVICES.

09:41AM  3    Q.   WHEN YOU RECEIVED THIS PROMOTION, DID YOUR ENGAGEMENT IN

09:41AM  4    THE THERANOS PROJECT CHANGE, OR YOUR RESPONSIBILITIES VIS-A-VIS

09:41AM  5    THE THERANOS PROJECT?

09:41AM  6    A.   YES, IT DID.

09:41AM  7         ONCE I TOOK ON THE NEW ROLE MY RESPONSIBILITIES, I HAD A

09:41AM  8    TEAM THAT ACTUALLY REPORTED TO ME THAT WAS NOW RESPONSIBLE FOR

09:41AM  9    THE PARTNERSHIP AND REALLY OPERATIONALIZING THIS PARTNERSHIP

09:41AM  10   THAT WE HAD HAD WITH THERANOS, OPEN MORE STORES SO WE CAN TEST

09:41AM  11   AND LEARN AND CONTINUE TO REFINE.

09:41AM  12   Q.   YOU JUST USED A TERM, OPERATIONALIZE.

09:41AM  13        WHAT DO YOU MEAN BY THAT?

09:42AM  14   A.   YEAH.  OPERATIONALIZE IS A BROAD TERM, AND IT'S REALLY

09:42AM  15   TAKING AN IDEA AND BRINGING IT TO MARKET, HELPING IT BECOME A

09:42AM  16   REALITY.

09:42AM  17        IN THIS CASE THERE WAS ABOUT THREE STORES, IF I REMEMBER

09:42AM  18   CORRECTLY, THAT WERE OPEN WITH THERANOS WELLNESS SERVICES

09:42AM  19   INSIDE OF THEM, AND THE IDEA WAS, HOW DO WE EXPAND THAT

09:42AM  20   FURTHER?

09:42AM  21        AND THAT REQUIRED -- OPERATIONALIZING SOMETHING REQUIRES,

09:42AM  22   IN THE RETAIL SETTING, CONSTRUCTION, DESIGN, LAYOUT, HOW DO WE

09:42AM  23   TRAIN OUR EMPLOYEES AND TEAM MEMBERS TO ACTUALLY EXECUTE ON THE

09:42AM  24   SERVICE?  WHAT DOES THE CUSTOMER EXPERIENCE LOOK LIKE?  YOU

09:42AM  25   KNOW, WHEN A PATIENT COMES IN AND WHEN A CUSTOMER WALKS IN,

09:42AM  1    WHAT HAPPENS?

09:42AM  2         ALL OF THOSE THOUGHTS AND IDEAS IS REALLY TO BRING IT INTO

09:42AM  3    AN EXECUTABLE WAY INSIDE OF A STORE, AND SO THAT'S WHAT I MEAN

09:42AM  4    BY OPERATIONALIZING.

09:42AM  5    Q.   THANK YOU.

09:42AM  6         WHEN YOU WERE DOING THIS WORK TO OPERATIONALIZE THE

09:43AM  7    THERANOS VENTURE, WERE YOU EVALUATING THE SUCCESS OF THE

09:43AM  8    THERANOS PROJECT?  YOU DESCRIBED THAT THERE WERE THREE STORES

09:43AM  9    OPENED.  WHERE WERE THOSE -- FIRST, WHERE WERE THOSE STORES?

09:43AM  10   A.   THE THREE STORES, ONE WAS IN CALIFORNIA IN PALO ALTO, AND

09:43AM  11   THE OTHER TWO WERE IN ARIZONA.

09:43AM  12   Q.   AND WERE YOU LOOKING AT CERTAIN METRICS OR JUST PAYING

09:43AM  13   ATTENTION TO HOW THE EXPERIENCE WAS GOING FOR CUSTOMERS TO

09:43AM  14   DETERMINE FURTHER EXPANSION?

09:43AM  15   A.   ABSOLUTELY.  WE HAD A SET OF METRICS THAT WE HAD DECIDED

09:43AM  16   WITH THE THERANOS TEAM, EVERYTHING FROM PATIENT WAIT TIME TO

09:43AM  17   HOW LONG IT TAKES TO CHECK YOU IN, TO MEASURES LIKE HOW MANY

09:43AM  18   MEMBERS WE'VE TRAINED, WHAT THE EXPERIENCE LEVELS LOOK LIKE.

09:43AM  19        AND THEN WE HAD SOME LAB RELATED MEASURES THAT WE ALSO

09:43AM  20   HAD, THE PERCENTAGE OF VENOUS VERSUS FINGERSTICK, BECAUSE THAT

09:43AM  21   WAS PART OF THE THERANOS VALUE PROPOSITION.

09:43AM  22        SO WE HAD SEVERAL OF THOSE MEASURES THAT WE LOOKED AT AND

09:44AM  23   MONITORED TO SEE, ARE WE SUCCEEDING?  ARE WE HITTING THE GOALS

09:44AM  24   THAT WE WANT TO HIT?  ARE WE ACHIEVING THE HYPOTHESIS THAT WE

09:44AM  25   SET OUT TO DO?

09:44AM  1    Q.   WHEN A PATIENT WOULD COME INTO A WALGREENS THAT HAD A

09:44AM  2    THERANOS, WHAT SERVICES COULD THAT INDIVIDUAL RECEIVE FROM

09:44AM  3    THERANOS?

09:44AM  4    A.   WELL, THEY WERE ABLE TO RECEIVE THEIR TRADITIONAL LAB WORK

09:44AM  5    WHERE THEY OTHERWISE WOULD GO TO WITH A PROVIDER'S ORDER OR

09:44AM  6    PHYSICIAN'S ORDER, THEY COULD GO TO A LAB.

09:44AM  7         BUT IN THIS CASE THEY COULD GO TO WALGREENS PHARMACY AND

09:44AM  8    ACTUALLY RECEIVE A FINGERSTICK OR VENOUS DRAW AND HAVE THEIR

09:44AM  9    LABS DONE AND THOSE RESULTS WERE SENT TO THEIR PROVIDER WHO

09:44AM  10   ORDERED THOSE TESTS.

09:44AM  11   Q.   YOU SAID AT THIS STAGE ONE OF THE THINGS THAT YOU WERE

09:44AM  12   PAYING ATTENTION TO WAS THE PERCENT OF VENOUS DRAWS OR

09:45AM  13   FINGERSTICK DRAWS.  EXPLAIN THAT TO ME.  WHAT DO YOU MEAN?

09:45AM  14   A.   ABSOLUTELY.  SO IN A TRADITIONAL SETTING WHEN YOU WANT TO

09:45AM  15   GET YOUR LAB WORK DONE AND YOUR DOCTOR ORDERS LAB WORK AND YOU

09:45AM  16   NEED TO GET YOUR CHOLESTEROL CHECKED OR WHATEVER, YOUR BLOOD

09:45AM  17   COUNT, YOU'LL GO TO THE LAB AND THEY'LL TAKE SOME BLOOD OUT

09:45AM  18   FROM YOUR VENOUS, RIGHT BY YOUR ELBOW, OF SEVERAL TEST TUBES.

09:45AM  19        IN THE CASE OF THERANOS SERVICES, THE UNIQUE PART OF IT

09:45AM  20   WAS THAT YOU CAN DO THAT SAME TEST, THOSE SAME TESTS ON A SMALL

09:45AM  21   AMOUNT OF BLOOD THROUGH A FINGERSTICK, WHICH WAS EXTRAORDINARY,

09:45AM  22   AND THAT'S THE DIFFERENCE.

09:45AM  23        AND SO THE REAL AMAZING EXPERIENCE FOR PATIENTS WAS TO

09:45AM  24   COME IN, GET THOSE LABS THAT THEY TRADITIONALLY HAD THREE TEST

09:45AM  25   TUBES THAT THEY WERE TAKING OUT, BEING ABLE TO BE DONE WITH A

09:45AM   1    FEW DROPS OF BLOOD AND THROUGH A FINGERSTICK.

09:45AM   2         SO IT WAS LESS PAINFUL, IT WAS MORE EFFICIENT, IT WAS

09:45AM   3    FASTER, AND THAT REALLY IS THE DIFFERENCE BETWEEN THE TWO.

09:46AM   4    Q.   AND WAS THE NUMBER OF FINGERSTICK DRAWS OR THE PERCENT,

09:46AM   5    WAS THAT IMPORTANT TO WALGREENS?  WAS THAT A STATISTIC THAT

09:46AM   6    WALGREENS PAID ATTENTION TO?

09:46AM   7    A.   IT WAS VERY IMPORTANT.  IT WAS VERY IMPORTANT BECAUSE

09:46AM   8    THAT'S -- THAT WAS THE THERANOS TECHNOLOGY THAT WE HAD SIGNED A

09:46AM   9    PARTNERSHIP ON.  IT WAS CHANGING THE LAB ENVIRONMENT, THE

09:46AM   10   ABILITY FOR A PATIENT TO GET THEIR LAB WORK DONE IN A LESS

09:46AM   11   PAINFUL WAY, AND LESS BLOOD REQUIRED WAS THE ACTUAL MAGIC THAT,

09:46AM   12   YOU KNOW, THAT WAS SO INTRIGUING TO US AS WALGREENS.

09:46AM   13   Q.   DURING THIS PERIOD OF TIME, DID YOU HAVE PERIODIC MEETINGS

09:46AM   14   WITH INDIVIDUALS FROM THERANOS TO DISCUSS THIS TOPIC, THE

09:46AM   15   PERCENT OF VENOUS DRAWS?

09:46AM   16   A.   YES, SIR.

09:46AM   17   Q.   DID YOU HAVE ONE MAJOR POINT OF CONTACT AT THERANOS, OR

09:46AM   18   MANY?

09:46AM   19   A.   MY MAJOR CONTACT OR DAY-TO-DAY CONTACT WAS MR. BALWANI.

09:46AM   20   HE WAS THE CHIEF OPERATING OFFICER.

09:46AM   21   Q.   SO WHEN YOU HAD THESE PERIODIC MEETINGS TO DISCUSS HOW THE

09:47AM   22   ROLLOUT WAS GOING, WERE YOU HAVING THOSE DISCUSSIONS QUITE

09:47AM   23   OFTEN WITH MR. BALWANI HIMSELF?

09:47AM   24   A.   YES.

09:47AM   25         MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

09:47AM   1                    THE COURT:  YES.

09:47AM   2                    MR. SCHENK:  (HANDING.)

09:47AM   3    Q.   MR. JHAVERI, I'VE HANDED YOU A BINDER.  I WOULD ASK YOU TO

09:47AM   4    OPEN IT AND TURN TO TAB 1711.

09:47AM   5    A.   OKAY.

09:47AM   6    Q.   DO YOU RECOGNIZE THIS DOCUMENT?

09:47AM   7    A.   I DO.

09:47AM   8    Q.   IS THIS AN EMAIL FROM AN INDIVIDUAL AT WALGREENS TO A

09:47AM   9    GROUP OF INDIVIDUALS, INCLUDING YOURSELF AND MR. BALWANI, IN

09:48AM  10    MAY OF 2014?

09:48AM  11    A.   YES.

09:48AM  12    Q.   AND DOES IT ALSO INCLUDE AS AN ATTACHMENT SOME SLIDES?

09:48AM  13    A.   YES, IT DOES.

09:48AM  14                    MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1711.

09:48AM  15                    MR. DOWNEY:  YOUR HONOR, NO OBJECTION TO THE EMAIL.

09:48AM  16         I THINK THE ATTACHMENT HAS 801 PROBLEMS WITHIN 801

09:48AM  17    PROBLEMS.

09:48AM  18                    THE COURT:  MR. SCHENK?

09:48AM  19                    MR. SCHENK:  I'M NOT SURE WHICH SLIDES HE'S

09:48AM  20    REFERRING TO OR WHAT THE SPECIFIC 801 OBJECTION IS.

09:48AM  21                    MR. DOWNEY:  WELL, YOUR HONOR, THERE ARE JUST

09:48AM  22    VARIOUS STATEMENTS ON VIRTUALLY EVERY SLIDE FROM PAGE 10 TO

09:48AM  23    REALLY FOLLOWING THEREAFTER WHICH ARE STATEMENTS BEING OFFERED

09:48AM  24    TO STATE WHAT THE STATE OF THE PROGRAM WAS.

09:49AM  25                    THE COURT:  WHY DON'T YOU TRY TO LAY A FOUNDATION

09:49AM  1    AND LET'S GO FORWARD.

09:49AM  2              MR. SCHENK:  YES.  THANK YOU.

09:49AM  3    Q.   MR. JHAVERI, WOULD YOU LOOK AT THE SLIDES FOR A MOMENT?

09:49AM  4    THE SLIDES BEGIN ON PAGE 4 AND CONTINUE THROUGH THE REST OF THE

09:49AM  5    EXHIBIT THROUGH PAGE 17.

09:49AM  6    A.   IF I COULD JUST TAKE ONE MINUTE?

09:49AM  7    Q.   PLEASE.

09:49AM  8         (PAUSE IN PROCEEDINGS.)

09:49AM  9              THE WITNESS:  YES.

09:49AM  10   BY MR. SCHENK:

09:49AM  11   Q.   WERE THESE THE TYPES OF SLIDES PREPARED IN THE ORDINARY

09:49AM  12   COURSE OF BUSINESS FOR THE MEETINGS THAT WE JUST TALKED ABOUT?

09:49AM  13   A.   YES, THIS WAS IN PREPARATION FOR A STEERING COMMITTEE

09:49AM  14   MEETING IN MAY OF 2014, AND THESE SLIDES REFLECT THE

09:50AM  15   INFORMATION THAT WE SHARED WITH THE STEERING COMMITTEE.

09:50AM  16   Q.   AND WHEN THE SLIDES WERE PREPARED, DID YOU STRIVE TO

09:50AM  17   INCLUDE ACCURATE CONTENT WITHIN THE SLIDES?

09:50AM  18   A.   ABSOLUTELY.  YOU KNOW, IT WAS A PARTNERSHIP, SO THE

09:50AM  19   THERANOS TEAM AND THE WALGREENS TEAM, YOU KNOW, CREATED THESE

09:50AM  20   SLIDES TOGETHER SO WE CAN TELL THE STATUS OF THE PROGRAM

09:50AM  21   TOGETHER.

09:50AM  22   Q.   AND WERE THESE SLIDES PRESERVED SO THAT IF, AFTER THE

09:50AM  23   MEETING, YOU HAD A QUESTION ABOUT THE CONTENT OF A SLIDE OR

09:50AM  24   SOMETHING THAT WAS DISCUSSED, YOU COULD GO BACK TO THE SLIDES

09:50AM  25   AND LOOK AT THEM?

09:50AM   1      A.   YES.

09:50AM   2               MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1711.

09:50AM   3               MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

09:50AM   4               THE COURT:  IT'S ADMITTED.  THE EMAIL AND THE SLIDES

09:50AM   5      ARE ADMITTED.  THEY MAY BE PUBLISHED.

09:50AM   6               MR. SCHENK:  THANK YOU, YOUR HONOR.

09:50AM   7          (GOVERNMENT'S EXHIBIT 1711 WAS RECEIVED IN EVIDENCE.)

09:50AM   8      BY MR. SCHENK:

09:50AM   9      Q.   MR. JHAVERI, LET'S START WITH THE TOP PORTION OF THE EMAIL

09:50AM   10     FROM THE SENDER AND IT'S FROM A PATTY HAWORTH.

09:50AM   11          DO YOU SEE THAT?

09:50AM   12     A.   I DO.

09:50AM   13     Q.   AND WHO WAS MS. HAWORTH?

09:50AM   14     A.   PATTY HAWORTH WAS A PROJECT MANAGER WHO WAS LEADING ALL OF

09:51AM   15     THE PROJECT MANAGEMENT FUNDAMENTALS FOR THE PROJECT ITSELF.

09:51AM   16     Q.   AND WITHIN THE TO LINE, THE FIRST NAME IS YOU; IS THAT

09:51AM   17     RIGHT?  YOU RECEIVED THIS?

09:51AM   18     A.   THAT'S CORRECT.

09:51AM   19     Q.   AND THEN ABOUT THE FOURTH LINE OF THE RECIPIENTS, DO YOU

09:51AM   20     SEE S. BALWANI?

09:51AM   21     A.   I DO.

09:51AM   22     Q.   AND WAS THAT MR. BALWANI'S EMAIL ADDRESS?

09:51AM   23     A.   YES, SIR.

09:51AM   24     Q.   AND THE SUBJECT IS DIAGNOSTIC TESTING EXECUTIVE STEERING

09:51AM   25     COMMITTEE SLIDE DECK.

09:51AM  1         WHAT WAS THE EXECUTIVE STEERING COMMITTEE?

09:51AM  2    A.   THE EXECUTIVE STEERING COMMITTEE WAS A COMMITTEE THAT WE

09:51AM  3    HAD FORMED AT THE EXECUTIVE LEVEL AT BOTH COMPANIES, AND IT WAS

09:51AM  4    DONE PERIODICALLY TO JUST KEEP ALL OF THE EXECUTIVES ABREAST OF

09:51AM  5    WHAT IS GOING ON IN THE PROGRESSION OF THE PROJECT ITSELF.

09:51AM  6    Q.   AND THE CONTENT SUGGESTS THAT THE SLIDE DECK IS ATTACHED

09:51AM  7    FOR A MEETING TODAY.

09:51AM  8         DO YOU SEE THAT?

09:51AM  9    A.   I DO.

09:51AM 10    Q.   YOU DESCRIBED A MOMENT AGO THESE PERIODIC MEETINGS.  WAS

09:52AM 11    THIS IN ADVANCE OF A MEETING THAT OCCURRED IN MAY OF 2014?

09:52AM 12    A.   YES.  THIS SLIDE DECK WAS FOR THAT MEETING FOR THAT

09:52AM 13    PARTICULAR DAY.

09:52AM 14    Q.   THANK YOU.  AND I'D LIKE NOW TO HAVE YOU TURN TO PAGE 7 OF

09:52AM 15    THE EXHIBIT.

09:52AM 16         IF WE CAN JUST ZOOM IN ON THE TOP BOX.

09:52AM 17         THE MEMBERS OF THE EXECUTIVE STEERING COMMITTEE APPEAR TO

09:52AM 18    BE LISTED HERE.

09:52AM 19         DO YOU SEE YOUR NAME?

09:52AM 20    A.   I DO, SIR.

09:52AM 21    Q.   AND ALSO MR. BALWANI AS COO FROM THERANOS?

09:52AM 22    A.   YES, SIR.

09:52AM 23    Q.   AND THERE ARE SOME OTHER INDIVIDUALS FROM WALGREENS LISTED

09:52AM 24    WITH YOUR NAME.  I WONDER IF YOU'LL TELL US WHO THEY ARE?

09:52AM 25    A.   SURE.  THE FIRST NAME IS KERMIT CRAWFORD.  KERMIT WAS THE

09:52AM   1      PRESIDENT OF PHARMACY SERVICES FOR WALGREENS AT THE TIME.

09:52AM   2          JASON DUBINSKY.  MR. DUBINSKY WAS THE FINANCIAL OFFICER.

09:53AM   3          BRAD FLEUGEL.  MR. FLEUGEL WAS THE CHIEF STRATEGY OFFICER

09:53AM   4      AT THE TIME.

09:53AM   5          ALEX GOURLAY.  ALEX WAS THE HEAD OF OUR FRONT STORE

09:53AM   6      OPERATIONS AT THAT TIME.  DAILY LIVING IS WHAT IT WAS CALLED.

09:53AM   7          AND THEN MYSELF.

09:53AM   8          MARK WAGNER WAS THE HEAD OF OUR STORE OPERATIONS.

09:53AM   9          AND THEN BRAD WASSON, WHO WAS MY BOSS, WAS THE HEAD OF THE

09:53AM  10      INNOVATIONS GROUP.

09:53AM  11  Q.  GREAT.  THANK YOU VERY MUCH.

09:53AM  12          IF YOU'LL NOW TURN TO PAGE 9.  IF YOU CAN ZOOM IN ON THIS

09:53AM  13      SLIDE, THE CONTENT.

09:53AM  14          IT'S ENTITLED CURRENT OPERATIONS METRICS.  WHAT DOES THAT

09:53AM  15      MEAN?  WHAT WERE THE CURRENT OPERATIONS METRICS?

09:53AM  16  A.  WELL, AS I REFERRED TO EARLIER, WE HAD DETERMINED -- "WE"

09:53AM  17      MEANING BOTH THE THERANOS TEAM AS WELL AS THE WALGREENS TEAM --

09:53AM  18      WHAT SHOULD WE BE MEASURING TO CONSTITUTE SUCCESS?  ARE WE

09:53AM  19      ACHIEVING THE SUCCESS FOR THIS PARTICULAR PROJECT AND HOW DO WE

09:54AM  20      MEASURE THAT?

09:54AM  21          AND SO THESE METRICS ARE IN REFERENCE TO THAT.  THESE WERE

09:54AM  22      THE ONES THAT WE DECIDED WOULD HAVE THE BIGGEST IMPACT ON THE

09:54AM  23      SUCCESS OF THE PROJECT, AND SO THAT'S WHAT WE WERE MEASURING.

09:54AM  24  Q.  GREAT.  AND THERE ARE -- THE TWO COLUMNS ON THE RIGHT EACH

09:54AM  25      HAVE DATES, FEBRUARY OF 2014 AND MAY OF 2014.

09:54AM   1           DID THERANOS AND WALGREENS NOT JUST TRACK PROGRESS AT A

09:54AM   2   PARTICULAR MOMENT, BUT OVER TIME?

09:54AM   3   A.   WE DID.

09:54AM   4   Q.   LET'S START WITH THE FIRST LINE.  THE FIRST ROW IS NUMBER

09:54AM   5   OF STORES LAUNCHED.

09:54AM   6           DO YOU SEE THAT?

09:54AM   7   A.   I DO.

09:54AM   8   Q.   AND WHAT WAS THE NUMBER FOR FEBRUARY AND THEN MAY OF 2014?

09:54AM   9   A.   FEBRUARY WAS THREE STORES LAUNCHED.

09:54AM   10  Q.   AND THEN BY MAY?

09:54AM   11  A.   ELEVEN STORES LAUNCHED.

09:54AM   12  Q.   AND THE NEXT LINE IS AVERAGE PATIENTS PER STORE PER DAY.

09:54AM   13  WOULD YOU READ THOSE NUMBERS TO THE JURY?

09:54AM   14  A.   SURE.  ON FEBRUARY 7TH, 2014, IT WAS .8; AND IN MAY OF

09:55AM   15  2014, IT WAS 3.1.

09:55AM   16  Q.   WERE WALGREENS AND THERANOS TRACKING OR PAYING ATTENTION

09:55AM   17  TO THE AVERAGE NUMBER OF PATIENTS PER STORE PER DAY?

09:55AM   18  A.   YES, WE WERE.

09:55AM   19  Q.   AND WAS THAT NUMBER IMPORTANT IN DETERMINING WHETHER THE

09:55AM   20  PILOT WAS SUCCESSFUL?

09:55AM   21  A.   IT IS VERY IMPORTANT.  IT'S -- IT SHOWS A COUPLE OF

09:55AM   22  DIFFERENT THINGS.  NUMBER ONE, IT SHOWS ADOPTION OF THIS

09:55AM   23  SERVICE BY PATIENTS.  IT SHOWS, ARE WE GROWING NOT ONLY IN

09:55AM   24  STORE COUNT, BUT IN THE NUMBER OF PATIENTS PER STORE?

09:55AM   25          SO IT WAS VERY, VERY IMPORTANT.

JHAVERI DIRECT BY MR. SCHENK                                    3587

09:55AM  1        AND IT ALSO ALLOWED US TO DETERMINE IF THERE WAS A RETURN

09:55AM  2   ON THE INVESTMENT THAT BOTH THERANOS AND WALGREENS IS MAKING.

09:55AM  3   Q.   THE NEXT LINE IS AVERAGE CHECK-IN, 10 TO 11 MINUTES IN

09:55AM  4   FEBRUARY, DOWN TO 8 MINUTES IN MAY.

09:55AM  5        WAS AVERAGE CHECK-IN SOMETHING THAT THERANOS AND WALGREENS

09:55AM  6   ALSO TRACKED?

09:55AM  7   A.   ABSOLUTELY.

09:55AM  8   Q.   WHY?

09:55AM  9   A.   THIS IS PART OF THE PATIENT EXPERIENCE.  AGAIN, THE ENTIRE

09:55AM  10  SERVICE WAS TO CREATE A NEW PATIENT EXPERIENCE, ONE THAT IS

09:56AM  11  EFFICIENT, ONE THAT IS LESS PAINFUL, ONE THAT IS LESS COST.

09:56AM  12       AND SO WHEN A PATIENT CAME IN TO CHECK IN FOR THIS

09:56AM  13  SERVICE, WE WANTED TO MAKE SURE THAT IT WAS GREAT FOR THEM, AND

09:56AM  14  IT WAS SHORT, AND SO THAT'S WHY WE MEASURED IT FOR EVERY

09:56AM  15  PATIENT.

09:56AM  16  Q.   THE NEXT ROW IS AVERAGE PERFORM, 95 PERCENT RANGE.

09:56AM  17       WHAT IS THAT?

09:56AM  18  A.   YEAH.  SO WHAT WE DID HERE WAS HOW MANY OF THOSE PATIENTS

09:56AM  19  WE ENDED UP THEN DID THE FULL, THEY RECEIVED THE FULL SERVICE,

09:56AM  20  AND HOW LONG IT TOOK FOR -- FROM WHEN THEY WENT INTO THE ROOM

09:56AM  21  TO GET THEIR LAB TESTS DONE, HOW LONG DID IT TAKE?

09:56AM  22       AND AGAIN, THAT WAS PART OF THE ENTIRE SERVICE.  SO AS WE

09:56AM  23  LOOK AT THESE NUMBERS, IT WAS SOMEWHERE BETWEEN 19 AND

09:56AM  24  20 MINUTES IN FEBRUARY, THE WHOLE EXPERIENCE; AND WE HAD THEN

09:56AM  25  REDUCED IT DOWN FROM 13 TO 17 MINUTES.

09:57AM  1        AND SO THAT WAS PART OF THE FULL EXPERIENCE.

09:57AM  2   Q.   I SEE.

09:57AM  3        AND THEN THE NEXT ROW, VENOUS DRAWS.  IN FEBRUARY OF 2014

09:57AM  4   THEY WERE AT 43 PERCENT; AND IN MAY OF 2014 THEY ARE AT

09:57AM  5   39 PERCENT.

09:57AM  6        WAS THAT SOMETHING THAT THERANOS AND WALGREENS TRACKED?

09:57AM  7   A.   YES.

09:57AM  8   Q.   WHY?

09:57AM  9   A.   AGAIN, AS I EXPLAINED EARLIER, THERE WERE TWO METHODS OF

09:57AM  10  HOW TO DRAW BLOOD.  ONE WAS THROUGH A FINGERSTICK, AND THE

09:57AM  11  OTHER WAS THROUGH YOUR TRADITIONAL VENOUS DRAW.

09:57AM  12       SO, AGAIN, THE THERANOS SERVICE, THAT WAS TO DO IT THROUGH

09:57AM  13  A FINGERSTICK, AND SO WE WANTED TO MEASURE THAT WHEN PATIENTS

09:57AM  14  CAME IN, WERE THEY ACTUALLY RECEIVING A FINGERSTICK FOR THEIR

09:57AM  15  BLOOD DRAW OR WERE THEY ACTUALLY RECEIVING A VENOUS DRAW FOR

09:57AM  16  THEIR BLOOD DRAW?

09:57AM  17       AND SO THAT'S WHY WE MEASURED THIS.  THIS WAS A BIG PART

09:57AM  18  OF THE EXPERIENCE.

09:57AM  19  Q.   AND WHICH DIRECTION DID WALGREENS DESIRE TO SEE THAT

09:58AM  20  NUMBER GO, VENOUS DRAWS INCREASE OR DECREASE?

09:58AM  21  A.   DECREASE.

09:58AM  22  Q.   AND WHY WAS THAT?

09:58AM  23  A.   ULTIMATELY THAT WAS THE EXPERIENCE.  IF WE WERE DOING

09:58AM  24  VENOUS DRAWS, IF THE PATIENTS WERE RECEIVING A VENOUS DRAW WHEN

09:58AM  25  THEY WALKED INTO A THERANOS WELLNESS CENTER INSIDE OF A

09:58AM 1    WALGREENS, THE EXPERIENCE IS NO DIFFERENT THAN GOING TO A LAB,

09:58AM 2    YOUR TRADITIONAL LAB.

09:58AM 3          SO WHAT WE WERE TRYING TO DO WAS TO MAKE SURE THAT THAT

09:58AM 4    NUMBER GETS TO ZERO, OR AS CLOSE AS POSSIBLE TO ZERO OVER TIME.

09:58AM 5    Q.   WHEN WALGREENS WAS EVALUATING WHETHER TO EXPAND THERANOS

09:58AM 6    SERVICES WITHIN WALGREENS STORES, WAS THIS NUMBER, VENOUS DRAW

09:58AM 7    PERCENT, RELEVANT TO THAT DETERMINATION?

09:58AM 8    A.   IT WAS.

09:58AM 9    Q.   WHY?

09:58AM 10   A.   AGAIN, IT'S PART OF THE EXPERIENCE AND IT'S PART OF THE

09:58AM 11   OFFERING.  YOU KNOW, IT'S, IT'S -- THIS WAS WHAT WAS BEING

09:58AM 12   TOUTED AS THE NEW TECHNOLOGY, THE NEW EXPERIENCE, AND SO IF

09:58AM 13   THIS NUMBER WAS IN THE 40 PERCENT OR HIGHER, OR NOT TO THE

09:59AM 14   POINT WHERE IT WAS CLOSE TO ZERO PERCENT, THE PATIENTS WERE NOT

09:59AM 15   RECEIVING THE SERVICE THAT THEY WERE PROMISED.

09:59AM 16   Q.   DID YOU DISCUSS THE IMPORTANCE OF VENOUS DRAW PERCENT WITH

09:59AM 17   MR. BALWANI?

09:59AM 18   A.   YES.

09:59AM 19   Q.   AND WOULD YOU TURN TO PAGE 10, THE NEXT PAGE.

09:59AM 20         THIS SLIDE IS CALLED VENOUS DRAWS.  AND THE FIRST LINE

09:59AM 21   READS, "ORIGINALLY ESTIMATED THAT BY END OF FEBRUARY 2014 WOULD

09:59AM 22   BE BELOW 20 PERCENT OF TOTAL DRAWS AND BELOW 10 PERCENT BY THE

09:59AM 23   END OF AUGUST."

09:59AM 24         DO YOU SEE THAT?

09:59AM 25   A.   I DO.

09:59AM   1   Q.   AND THERE'S A REFERENCE TO BELOW 10 PERCENT BY END OF

09:59AM   2   2014.  AND THE SLIDE WE JUST LOOKED AT SHOWED THAT IT WAS

09:59AM   3   43 PERCENT; IS THAT RIGHT?

09:59AM   4   A.   THAT'S RIGHT.

09:59AM   5   Q.   AND THE NEXT SECTION ON THIS SLIDE UNDER CURRENT

09:59AM   6   PROJECTIONS HAS SOME PROJECTIONS INCLUDED.

10:00AM   7        FIRST, WHERE DID THESE PROJECTIONS COME FROM?

10:00AM   8   A.   THIS CAME FROM THE THERANOS TEAM.  MR. BALWANI PROVIDED

10:00AM   9   THAT.  WE ASKED HIM -- OBVIOUSLY WALGREENS IS NOT THE LAB.

10:00AM  10   WE'RE NOT THE DEVELOPER OF THIS TECHNOLOGY.

10:00AM  11        AND SO THIS CONTENT, THIS SLIDE WAS PROVIDED TO US BY

10:00AM  12   MR. BALWANI.

10:00AM  13   Q.   THE FIRST DASH READS, "BELOW 20 PERCENT BY END OF AUGUST

10:00AM  14   AT A 90 PERCENT CONFIDENCE LEVEL."

10:00AM  15        WHAT DOES THAT MEAN?

10:00AM  16   A.   SO HE WAS VERY CONFIDENT, 90 PERCENT, THAT WE WOULD GET TO

10:00AM  17   UNDER 20 PERCENT BY THE END OF AUGUST IN TERMS OF VENOUS DRAWS.

10:00AM  18   SO 80 PERCENT -- TO MAKE IT VERY SIMPLE, 80 PERCENT OF THE

10:00AM  19   PATIENTS COMING IN WOULD GET A FINGERSTICK.

10:00AM  20   Q.   I SEE.  AND BY THE END OF AUGUST 2014, WAS THAT ACHIEVED?

10:00AM  21   A.   NO, SIR.

10:00AM  22   Q.   IT THE NEXT DASH READS, "BELOW 10 PERCENT BY END OF

10:00AM  23   OCTOBER, WITH A GREATER THAN 95 PERCENT CONFIDENCE LEVEL."

10:01AM  24        FIRST, DID THIS ALSO COME FROM MR. BALWANI?

10:01AM  25   A.   YES, SIR.

10:01AM 1    Q.   DID IT COME TO PASS THAT BELOW 10 PERCENT OF THE PATIENTS

10:01AM 2    RECEIVED A VENOUS DRAW BY THE END OF OCTOBER?

10:01AM 3    A.   NO, IT DID NOT COME TO PASS.

10:01AM 4    Q.   THE NEXT DASH READS, "BELOW 5 PERCENT BY THE END OF 2014

10:01AM 5    AT A 90 PERCENT CONFIDENCE LEVEL."

10:01AM 6         DID MR. BALWANI PROVIDE THAT INFORMATION?

10:01AM 7    A.   YES, SIR.

10:01AM 8    Q.   AND DID THAT COME TO PASS?  DID LESS THAN 5 PERCENT OF THE

10:01AM 9    PATIENTS RECEIVE VENOUS DRAWS?

10:01AM 10   A.   NO, IT DID NOT COME TO PASS.

10:01AM 11   Q.   IT THEN CONTINUES, "AT WHICH POINT MOVE VENOUS DRAWS ONLY

10:01AM 12   TO DESIGNATED/24-HOUR STORES."

10:01AM 13        WHAT DOES THAT MEAN?

10:01AM 14   A.   SO THE IDEA HERE IS THAT THE FINGERSTICK CAN BE DONE BY A

10:01AM 15   PHARMACY TECHNICIAN THAT IS TRAINED TO DO A FINGERSTICK.

10:01AM 16        A VENOUS DRAW REQUIRES A PHLEBOTOMIST, A LICENSED

10:01AM 17   PHLEBOTOMIST THAT IS TRAINED.

10:01AM 18        AND SO WHEN WE DID RECEIVE A CERTAIN PERCENTAGE, LIKE

10:02AM 19   BELOW 5 PERCENT, WE WOULD THEN BE ABLE TO MOVE THE PHLEBOTOMIST

10:02AM 20   TO ONLY 24-HOUR LOCATIONS WHERE THE VENOUS DRAW WAS REQUIRED

10:02AM 21   STILL FOR CERTAIN TESTS.  AND SO THAT WAS THE IDEA.

10:02AM 22        AGAIN, TO PUT PHLEBOTOMISTS IN EVERY STORE WAS FINANCIALLY

10:02AM 23   NOT ACHIEVABLE OR NOT SUSTAINABLE; AND THEN, SECONDLY, AT THE

10:02AM 24   SAME TIME WE WERE NOT ACHIEVING THE EXPERIENCE THAT WE WANTED

10:02AM 25   TO ACHIEVE.

10:02AM 1      SO THE IDEA HERE WAS TO GET THE PERCENTAGE DOWN TO A BELOW

10:02AM 2   5 PERCENT, AND SO 95 PERCENT OF THE PATIENTS WOULD GET A

10:02AM 3   FINGERSTICK, AND THOSE 5 PERCENT THAT STILL REQUIRED A VENOUS

10:02AM 4   DRAW, WE WOULD THEN DIRECT THOSE PATIENTS TO A 24-HOUR LOCATION

10:02AM 5   WHERE A PHLEBOTOMIST WOULD BE ON STAFF TO CONDUCT THE VENOUS

10:02AM 6   DRAW.

10:02AM 7   Q.   FROM AN ECONOMICS PERSPECTIVE, WHY IS IT BENEFICIAL TO

10:02AM 8   ONLY HAVE PHLEBOTOMISTS IN 24-HOUR LOCATIONS?

10:03AM 9   A.   WELL, NUMBER ONE, PHLEBOTOMISTS ARE TOUGH TO FIND, SO

10:03AM 10  STAFFING IS A CONCERN.

10:03AM 11     SECOND IS ALSO THERE IS AN ADDITIONAL SALARY NOW THAT HAS

10:03AM 12  TO BE PAID FOR.

10:03AM 13     WHAT WE WERE TRYING TO DO WITH THERANOS PARTNERSHIP IS TO

10:03AM 14  TRAIN SOME OF OUR TEAM MEMBERS, OUR PHARMACY TECHNICIANS WHO

10:03AM 15  WERE ALSO CERTIFIED IN PHARMACY, AND WE WERE TRAINING THEM TO

10:03AM 16  BECOME TECHNICIANS THAT THEY CAN DO FINGERSTICKS FOR SO WE

10:03AM 17  DON'T HAVE TO ADD AN ADDITIONAL INDIVIDUAL INSIDE OF A STORE.

10:03AM 18     SO IT KEPT THE COST PROFILE LOW, IT MADE THE EXPERIENCE

10:03AM 19  MORE SEAMLESS, AND IT MADE THE EXPERIENCE MORE EFFICIENT, AND

10:03AM 20  SO THAT'S WHY THIS WAS IMPORTANT FOR US.

10:03AM 21  Q.   DOES THE NEXT DASH BELOW THAT READS, "HOWEVER, THERE ARE

10:03AM 22  FEW TESTS THAT WE (WALGREENS AND THERANOS) MAY AGREE TO OFFER

10:03AM 23  FROM VENIPUNCTURE FOR SPECIALTY PHARMACY."

10:03AM 24     WHAT DOES THAT MEAN?  WHAT IS SPECIALTY PHARMACY?

10:04AM 25  A.   YEAH.  THERANOS WAS WORKING ON SOME MORE COMPLEX TESTS

10:04AM 1    THAT WOULD REQUIRE MORE BLOOD FOR THE TESTING, AND SO THIS

10:04AM 2    POINT WAS TO MAKE THAT IN THOSE 24-HOUR LOCATIONS WE WOULD

10:04AM 3    TRANSFER SOME OF THOSE MORE COMPLEX TESTS THAT DID REQUIRE MORE

10:04AM 4    BLOOD TO THOSE STORES.

10:04AM 5         AND SO THAT'S WHAT WE'RE REFERRING TO HERE, THAT THERE

10:04AM 6    MIGHT BE ALWAYS SOME TESTS THAT REQUIRE A FULL BLOOD DRAW.

10:04AM 7    Q.   AND WERE THESE MORE COMPLEX TESTS LESS COMMONLY ORDERED?

10:04AM 8    A.   THEY WERE LESS COMMONLY ORDERED, YES.

10:04AM 9    Q.   SO DID YOU UNDERSTAND THAT THERANOS COULD DO THE MORE

10:04AM 10   COMMONLY ORDERED TESTS BY FINGERSTICK, THAT THERE WOULD BE SOME

10:04AM 11   OF THESE LESS FREQUENTLY OR LESS COMMONLY ORDERED TESTS THAT

10:04AM 12   WOULD CONTINUE TO BE PERFORMED WITH A VEIN DRAW?

10:04AM 13   A.   THAT'S CORRECT.

10:04AM 14   Q.   AND THEN FINALLY IT READS, "WHY HIGHER NUMBER OF VENOUS

10:04AM 15   DRAWS SO FAR."

10:04AM 16        AND THEN IT GIVES A COUPLE OF REASONS.

10:04AM 17        WHO PROVIDED THESE REASONS?

10:04AM 18   A.   MR. BALWANI DID.

10:04AM 19   Q.   THE FIRST REASON IS "LEARNING PROCESS AROUND ORDERING

10:05AM 20   PATTERNS FOR ARIZONA."

10:05AM 21        DO YOU KNOW WHAT THAT MEANS?

10:05AM 22   A.   YES.  SO PART OF THE DISCUSSION THAT MR. BALWANI AND I

10:05AM 23   ALWAYS HAD IS HOW -- WHAT ARE YOU DOING -- "YOU" BEING

10:05AM 24   THERANOS -- TO CONTINUE TO REDUCE THE NUMBER OF VENOUS DRAWS?

10:05AM 25        AND THE REASONS THAT HE PROVIDED TO US WAS, ONE, THAT THEY

10:05AM  1     WERE STILL LEARNING THE PATTERNS, THE ORDERING PATTERNS FROM

10:05AM  2     THE PHYSICIANS IN EACH OF THESE AREAS, AND SO AS THEY LEARN,

10:05AM  3     THEY CAN MAKE SURE THEIR NANOTAINERS AND THEIR TECHNOLOGY IS

10:05AM  4     PREPARED AND READY FOR A FINGERSTICK TYPE OF A DRAW.

10:05AM  5          AND SO THAT'S WHAT THIS IS REFERRING TO.

10:05AM  6     Q.   AND THEN THE NEXT DASH READS, "ORDERING PATTERNS ARE

10:05AM  7     DIFFERENT THAN ANTICIPATED AND THERANOS IS ADDING NEW

10:05AM  8     CARTRIDGES RAPIDLY TO ADDRESS THESE PATTERNS."

10:05AM  9          WHAT DOES THAT MEAN?

10:05AM  10    A.   THAT'S EXACTLY A LITTLE BIT MORE EXPANSION OF MY POINT

10:05AM  11    EARLIER IS AS THERANOS UNDERSTOOD WHAT THE PHYSICIANS WERE

10:06AM  12    ORDERING IN THOSE PARTICULAR AREAS, THEY CAN BETTER PREPARE

10:06AM  13    THEIR CARTRIDGES, THEIR NANOTAINERS, AND THEIR TECHNOLOGY TO BE

10:06AM  14    ABLE TO DO THESE TESTS ON A FINGERSTICK.

10:06AM  15    Q.   DID MR. BALWANI EXPLAIN TO YOU THAT ONE OF THE REASONS WHY

10:06AM  16    THERE WERE HIGH VENOUS DRAW NUMBERS WAS BECAUSE OF

10:06AM  17    TECHNOLOGICAL PROBLEMS WITH THE THERANOS TECHNOLOGY?

10:06AM  18    A.   NO.  HE ALWAYS EXPLAINED IT AS THEY WERE LEARNING FROM

10:06AM  19    WHAT WAS BEING ORDERED, AND AS THEY LEARNED, THEY WOULD MAKE

10:06AM  20    SURE THAT THEIR TECHNOLOGY WAS READY TO GO FOR -- WITH THE

10:06AM  21    CARTRIDGES TO BE ABLE TO DO A FINGERSTICK.

10:06AM  22    Q.   AND WHEN THERANOS DID A FINGERSTICK DRAW, WHERE DID YOU OR

10:06AM  23    WALGREENS THINK THAT THAT BLOOD WAS BEING TESTED, ON A THERANOS

10:06AM  24    DEVICE OR ON A DIFFERENT DEVICE?

10:06AM  25    A.   ON A THERANOS DEVICE.

10:06AM 1    Q.   DID YOU KNOW WHETHER THERANOS WAS MODIFYING THIRD PARTY

10:06AM 2    DEVICES, CHANGING DEVICES THAT HAD BEEN MANUFACTURED BY SOMEONE

10:06AM 3    OTHER THAN THERANOS TO TEST FINGERSTICK DRAWS?

10:07AM 4    A.   NO.

10:07AM 5    Q.   WOULD YOU NOW TURN TO THE 12TH PAGE.  AND THE SLIDE IS

10:07AM 6    CALLED MARKETING RESEARCH OVERVIEW, AND IT'S THE LAST ONE ON

10:07AM 7    THE RIGHT THAT I'D LIKE TO BLOW UP.

10:07AM 8         AND UNDER THE WORD "MARKETING," DO YOU SEE THAT?

10:07AM 9    A.   YES, SIR.

10:07AM 10   Q.   IT LOOKS LIKE THERE'S SOME DISCUSSION OF EXTERNAL

10:07AM 11   ADVERTISING TO GENERATE AWARENESS OF SERVICE AND PERCEPTION OF

10:07AM 12   WALGREENS AS A HEALTH CARE INNOVATOR.

10:07AM 13        WHAT DOES THAT MEAN?

10:07AM 14   A.   THE ENTIRE SENTENCE OR --

10:07AM 15   Q.   FAIR QUESTION.

10:07AM 16        WHAT WAS THE USE OF ADVERTISING -- FOR WHAT PURPOSE WAS

10:07AM 17   ADVERTISING BEING DISCUSSED IN THESE MEETINGS?

10:07AM 18   A.   YEAH.  SO THIS WAS A BRAND NEW SERVICE FOR WALGREENS, AND

10:07AM 19   CERTAINLY THERANOS WAS A BRAND NEW COMPANY THAT WAS DEVELOPING

10:08AM 20   THIS NEW SERVICE, AND WE WANTED TO MAKE SURE THAT PEOPLE KNEW

10:08AM 21   THAT THE SERVICE WAS AVAILABLE.

10:08AM 22        SO WHETHER IT WAS SIGNAGE ON A STORE OR SIGNAGE BY THE

10:08AM 23   PHARMACY, OR BILLBOARDS, WHATEVER IT TAKES TO LET FOLKS KNOW

10:08AM 24   THAT THIS NEW SERVICE IS AVAILABLE.

10:08AM 25        AND THAT'S WHAT WE WERE TALKING ABOUT HERE IS, HOW DO WE

10:08AM   1    LET THE PUBLIC KNOW THAT THESE PARTICULAR STORES HAD THESE NEW

10:08AM   2    SERVICE THAT THEY CAN NOW LET THEIR PHYSICIANS KNOW ABOUT?

10:08AM   3         WALGREENS, AS A HEALTH CARE INNOVATOR, CERTAINLY WE WERE

10:08AM   4    TRYING TO EXPAND THE SERVICES BEYOND SIMPLY YOUR FRONT OF STORE

10:08AM   5    ITEMS, SHAMPOO, THINGS OF THAT NATURE, AND YOUR TRADITIONAL

10:08AM   6    PHARMACY.

10:08AM   7         SO WHAT THIS IS REFERRING TO IS THAT IT ALSO CONTINUES TO

10:08AM   8    PUSH FORWARD WALGREENS'S REPUTATION AS BEING AN INNOVATOR IN

10:08AM   9    THE HEALTH CARE SPACE.

10:08AM   10   Q.   SO DID THERANOS AND WALGREENS DISCUSS USING ADVERTISING TO

10:09AM   11   ENCOURAGE PATIENTS TO USE THE THERANOS BLOOD TESTING SERVICE?

10:09AM   12   A.   YES.  AND I WANT TO BE VERY CLEAR.  PATIENTS CAN'T WALK IN

10:09AM   13   AND GET THEIR LAB WORK DONE.

10:09AM   14        JUST LIKE TODAY, YOU CAN'T SIMPLY WALK INTO THE LAB AND

10:09AM   15   ASK FOR LABS, YOUR COMPLETE BLOOD PANEL OR THINGS OF THAT

10:09AM   16   NATURE TO BE DONE.

10:09AM   17        SO THE IDEA WAS THAT FOR PATIENTS TO KNOW ABOUT THIS

10:09AM   18   SERVICE AND THEN TO GO TO THEIR PROVIDER AND SAY, HEY, I NEED

10:09AM   19   LABS DONE, CAN I USE THAT NEW SERVICE?  THAT REQUIRES LESS

10:09AM   20   BLOOD AND IT'S LESS PAINFUL AND IT'S CONVENIENT AND IT'S AT MY

10:09AM   21   WALGREENS STORE.

10:09AM   22        THAT WAS THE IDEA HERE.

10:09AM   23        SO WE WERE TRYING TO LET THE PUBLIC KNOW THAT THIS NEW

10:09AM   24   INNOVATIVE SERVICE IS NOW AVAILABLE.

10:09AM   25   Q.   THROUGH ADVERTISING?

10:09AM  1    A.   THROUGH ADVERTISING, YES.

10:09AM  2    Q.   AND YOU DESCRIBED THE INABILITY OF A PATIENT TO COME IN

10:09AM  3    AND GET THEIR OWN BLOOD TEST ORDERS.

10:09AM  4         DID THAT CHANGE AT SOME POINT IN ARIZONA, DO YOU KNOW?

10:09AM  5    A.   YEAH.  WHAT I REMEMBER IS AT SOME POINT ARIZONA DID ALLOW

10:10AM  6    PATIENTS TO DO SELF-DIRECTED LABS, AND THAT DID CHANGE AT A

10:10AM  7    CERTAIN POINT THEN, AND WE WERE MEASURING THAT AS WELL.

10:10AM  8    Q.   WOULD YOU TURN TO THE NEXT PAGE.  IT'S PAGE 13.  THIS

10:10AM  9    SLIDE INCLUDES MARKETING CONCEPTS.

10:10AM  10        DO YOU SEE THAT?

10:10AM  11   A.   YES, SIR.

10:10AM  12   Q.   WERE THESE PROPOSED OR DISCUSSED WAYS TO ADVERTISE THE

10:10AM  13   THERANOS BLOOD TESTING SERVICE?

10:10AM  14   A.   YES.

10:10AM  15   Q.   AND SO ONE OF THEM READS "THE SMALLER BLOOD TEST IS HERE."

10:10AM  16        DO YOU SEE THAT ONE?

10:10AM  17   A.   I DO.

10:10AM  18   Q.   AND THE ONE BELOW THAT READS, "THE SMALLER, SMARTER BLOOD

10:10AM  19   TEST."

10:10AM  20        DO YOU SEE THAT ONE?

10:10AM  21   A.   I DO.

10:10AM  22   Q.   AND IN EACH OF THOSE SLIDES THERE'S SOME IMAGES.  WHAT IS

10:10AM  23   THE IMAGE ON THE RIGHT OF EACH OF THOSE SLIDES?  DO YOU

10:10AM  24   RECOGNIZE IT?

10:10AM  25   A.   I DO.  THAT WAS THE IMAGE OF THE NANOTAINER THAT THEY WERE

10:10AM   1    USING, AND THE BLOOD THAT IS INSIDE OF IT, THE PICTURE OF THE

10:11AM   2    BLOOD IS TO INDICATE THE SMALL AMOUNT OF BLOOD THAT IS REQUIRED

10:11AM   3    FOR THIS TEST.

10:11AM   4    Q.   AND SO WHEN THE BLOOD TESTING SERVICE WAS ADVERTISED TO

10:11AM   5    THE PUBLIC, DID YOU, IN THE ADS, HIGHLIGHT THE FINGERSTICK

10:11AM   6    NATURE OR THE SMALL BLEW DRAW NATURE OF THE TEST?

10:11AM   7    A.   WE DID.  WE DID.

10:11AM   8    Q.   AND WHY DID YOU HIGHLIGHT THAT PART OF THE SERVICE IN

10:11AM   9    PARTICULAR?

10:11AM  10    A.   AGAIN, AS I MENTIONED EARLIER, THE INNOVATION HERE WAS

10:11AM  11    THAT YOU CAN GET YOUR LABS DONE IN A FEW DROPS OF BLOOD WITH A

10:11AM  12    FINGERSTICK.  THAT WAS THE INNOVATION.

10:11AM  13         AND SO THAT'S WHAT WE WANTED TO TELL PATIENTS AND

10:11AM  14    CUSTOMERS ABOUT.

10:11AM  15         IF IT WAS SIMPLY ANOTHER, YOU KNOW, THREE TEST TUBES OF

10:11AM  16    BLOOD AT YOUR LOCAL LAB, WELL, THERE WASN'T ANYTHING INNOVATIVE

10:11AM  17    THERE.

10:11AM  18         WE WERE TRYING TO TELL, QUITE HONESTLY, ALL OF THE FOLKS

10:11AM  19    AROUND THE STORES THAT THIS NEW INNOVATION NOW EXISTS, AND IT

10:11AM  20    CAN BE AVAILABLE AT YOUR WALGREENS STORE.

10:11AM  21    Q.   THANK YOU.

10:12AM  22         WOULD YOU TURN NOW TO PAGE 15.

10:12AM  23         THIS SLIDE IS CALLED DIAGNOSTIC TESTING TIMELINE.

10:12AM  24         DO YOU SEE THAT?

10:12AM  25    A.   YES, SIR.

10:12AM  1     Q.   AND THERE ARE A COUPLE OF STARS ON THERE, AND THEN ON THE

10:12AM  2     RIGHT THERE'S A LEGEND OR A KEY.

10:12AM  3          DO YOU SEE THAT?

10:12AM  4     A.   YES, I DO.

10:12AM  5     Q.   AND IT LOOKS LIKE -- MY COPY IS A LITTLE BLURRY, BUT IT

10:12AM  6     LOOKS LIKE IT SAYS DECISION TO SCALE BASED ON OPERATING MODEL.

10:12AM  7     A.   CORRECT.

10:12AM  8     Q.   AND WHAT DOES THAT MEAN?

10:12AM  9     A.   WELL, AS I MENTIONED EARLIER, THE OPERATING MODEL IS

10:12AM  10    EVERYTHING THAT IT TAKES TO LAUNCH A STORE AND TO CONTINUE TO

10:12AM  11    LAUNCH MORE STORES.

10:12AM  12         AND PART OF WHAT WE WERE DOING HERE, AND WHAT YOU SAW FROM

10:12AM  13    3 STORES TO 11 STORES, IS TO CONTINUE TO EXPAND OUR PILOT.

10:12AM  14         IT'S NOT EASY TO WAKE UP ONE DAY AND SAY WE'RE GOING TO

10:13AM  15    OPEN, YOU KNOW, HUNDREDS OF STORES.  AS I MENTIONED EARLIER, IT

10:13AM  16    REQUIRES TRAINING OF OUR STAFF, IT REQUIRES CONSTRUCTION, IT

10:13AM  17    REQUIRES PLANNING OF HOW WE DO CONSTRUCTION, WHAT THE

10:13AM  18    EXPERIENCE WILL LOOK LIKE, WHAT THE CUSTOMER SERVICE WILL LOOK

10:13AM  19    LIKE, HOW DO WE KEEP THE DUST OFF OF PRODUCTS AND PEOPLE, WHAT

10:13AM  20    DOES THE MARKETING AND THE I.T. LOOK LIKE?

10:13AM  21         AND SO WE HAVE TO PLAN FOR THAT, AND SOMETIMES IT TAKES

10:13AM  22    MONTHS AND, IN SOME CASE DEPENDING ON ZONING LAWS, YEARS.

10:13AM  23         SO AS WE PLAN FOR ANY PROJECT, LET ALONE THE THERANOS

10:13AM  24    PARTNERSHIP, WE DO A PROOF OF CONCEPT AND THEN A PILOT AND WE

10:13AM  25    EXTEND THAT PILOT.  AND AS WE LEARN MORE, WE CONTINUE TO

10:13AM  1    EXPAND.  AND IF WE'RE HITTING THE TARGETS FOR ANY PROJECT, THEN

10:13AM  2    WE CONTINUE TO EXPAND.

10:13AM  3         SO WHAT THIS IS SHOWING IS WHEN IT WOULD BE TIME FOR US TO

10:13AM  4    MAKE THE DECISION FOR THE NEXT SET OF STORES AND WHAT WOULD

10:13AM  5    DETERMINE THAT, AND SO THAT'S WHAT THIS TIMELINE SHOWS.

10:13AM  6    Q.   AND WHEN THIS SLIDE WAS BEING DISCUSSED, DID YOU EXPLAIN

10:14AM  7    TO MR. BALWANI THAT FURTHER EXPANSION, MORE WALGREENS STORES

10:14AM  8    WITH THERANOS'S SERVICES WAS DEPENDENT UPON SUCCESS IN THE

10:14AM  9    PILOT?

10:14AM  10   A.   ABSOLUTELY.  MR. BALWANI AND I SPOKE ABOUT ALL OF THIS ON

10:14AM  11   A REGULAR BASIS ON WHAT CONSTITUTES SUCCESS, HOW TO EXPAND

10:14AM  12   FURTHER, WHAT WILL BE REQUIRED, WHAT DOES THE DESIGN LOOK LIKE

10:14AM  13   OF THE STORE TO, YOU KNOW, HOW FAST CAN WE GO?

10:14AM  14        SO, YES, MR. BALWANI WAS FULLY AWARE OF ALL OF THIS.

10:14AM  15   Q.   AND DID YOU EVER TELL MR. BALWANI THAT FURTHER EXPANSION

10:14AM  16   OR NATIONWIDE EXPANSION WITH WALGREENS WAS GUARANTEED?

10:14AM  17   A.   NO.

10:14AM  18   Q.   WOULD YOU TURN TO PAGE 17.  THIS SLIDE IS ENTITLED THE

10:14AM  19   PATH FORWARD.

10:14AM  20        AND THE FIRST BULLET READS, "OPERATIONS IMPROVEMENT."

10:15AM  21        WHAT IS THE FIRST BULLET UNDER THAT?

10:15AM  22   A.   "FOCUS ON VENOUS DRAWS REDUCTION."

10:15AM  23   Q.   WHAT DOES THAT MEAN?

10:15AM  24   A.   IT'S REDUCING THE PERCENTAGE OF DRAWS THAT ARE FROM THE

10:15AM  25   VENOUS VERSUS FINGERSTICK.

10:15AM 1    Q.   AND WAS THAT VERY IMPORTANT TO WALGREENS?

10:15AM 2    A.   IT WAS.

10:15AM 3    Q.   IF YOU'LL NOW GO DOWN TWO BULLETS WHICH BEING "ACHIEVE,"

10:15AM 4    "ACHIEVE 15 PATIENTS PER DAY PER STORE."

10:15AM 5         WHAT DOES THAT MEAN?

10:15AM 6    A.   AS I MENTIONED EARLIER, WE WERE MEASURING THE NUMBER OF

10:15AM 7    PATIENTS THAT COME TO THE THERANOS WELLNESS SERVICES PER STORE

10:15AM 8    PER DAY.

10:15AM 9         AND WE WERE, IF YOU REMEMBER, AT 3.1 IN MAY.  WHAT WE WERE

10:15AM 10   TRYING TO HIT IS THE 15 PATIENTS PER DAY AS OUR GOAL.

10:15AM 11   Q.   THANK YOU.

10:15AM 12        WOULD YOU NOW TURN TO EXHIBIT 1755.

10:15AM 13        DO YOU RECOGNIZE THIS DOCUMENT?

10:15AM 14   A.   I DO.

10:16AM 15   Q.   IS THIS ANOTHER EMAIL FROM MS. HAWORTH TO INDIVIDUALS AT

10:16AM 16   THERANOS AND WALGREENS, INCLUDING MR. BALWANI AND YOURSELF, AND

10:16AM 17   ATTACHING SOME MEETING MINUTES?

10:16AM 18   A.   YES.

10:16AM 19           MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1755.

10:16AM 20           MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:16AM 21           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:16AM 22       (GOVERNMENT'S EXHIBIT 1755 WAS RECEIVED IN EVIDENCE.)

10:16AM 23           MR. SCHENK:  THANK YOU.

10:16AM 24   Q.   THIS EMAIL WAS SENT IN JUNE OF 2014, AND IT LOOKS LIKE THE

10:16AM 25   SUBJECT SUGGESTS THAT IT'S MEETING MINUTES FROM A MEETING THAT

10:16AM   1    HAPPENED AT THE END OF MAY OF THE SAME YEAR, OF 2014; IS THAT

10:16AM   2    RIGHT?

10:16AM   3    A.   THAT'S CORRECT.

10:16AM   4    Q.   AND SO WERE THESE PARTNERSHIP MEETINGS WHERE YOU AND

10:16AM   5    MR. BALWANI AND OTHERS ATTENDED, WERE THEY ROUGHLY MONTHLY?

10:16AM   6    A.   YEAH, APPROXIMATELY MONTHLY.

10:16AM   7    Q.   AND WERE THERE SOMETIMES POWERPOINT SLIDES PRESENTED LIKE

10:16AM   8    THE ONES WE JUST TALKED ABOUT?

10:16AM   9    A.   YES, THERE WOULD BE.

10:16AM  10    Q.   AND ON OTHER OCCASIONS WERE THERE MEETING MINUTES FROM THE

10:16AM  11    MEETING?

10:16AM  12    A.   YES, THERE WERE.

10:16AM  13    Q.   AND IF YOU WOULD TURN TO PAGE 6.  THIS LOOKS LIKE THE

10:17AM  14    FIRST PAGE OF THE MEETING MINUTES, AND I WANT TO ASK YOU ABOUT,

10:17AM  15    WITHIN THE CONTENT OF MEETING MINUTES, THE SECOND PARAGRAPH,

10:17AM  16    THE ONE THAT BEGINS WITH YOUR NAME.

10:17AM  17        DO YOU SEE THAT?

10:17AM  18    A.   I DO.

10:17AM  19    Q.   AND IT READS, "NIMESH REMINDED US OF HOW FAR WE HAVE COME

10:17AM  20    SINCE JANUARY.  WE ARE AT 21 STORES NOW."

10:17AM  21        AGAIN, THIS IS THE END OF MAY; IS THAT RIGHT?

10:17AM  22    A.   THAT'S CORRECT.

10:17AM  23    Q.   2014.

10:17AM  24        "A PILOT SHOULD NOT BE PERFECT.  IT SHOULD BE SO THAT WE

10:17AM  25    CAN LEARN EVERYTHING WE NEED TO SCALE.  THE LEARNINGS THAT ARE

10:17AM 1    COMING OUT OF THE FIRST 21 STORES ARE PRETTY GOOD.  WE MAY NOT

10:17AM 2    LIKE THEM, BUT WE ARE LEARNING."

10:17AM 3         WHAT DID YOU MEAN BY THAT, "WE MAY NOT LIKE THEM," THE

10:17AM 4    LEARNINGS, "BUT WE ARE LEARNING"?  WHAT DOES THAT MEAN?

10:17AM 5    A.   WE WERE IN THE THROES OF NOW EXPANDING, SO MORE PATIENTS

10:17AM 6    COME THROUGH THE STORES, AND WE UNDERSTAND EXACTLY WHAT IS

10:18AM 7    GOING ON, EVERYTHING FROM PATIENT WAIT TIME TO WHAT PERCENTAGE

10:18AM 8    OF VENOUS DRAWS, AND SOME THINGS WERE MOVING IN THE RIGHT

10:18AM 9    DIRECTION, AND SOME THINGS WERE NOT.

10:18AM 10        SO MY POINT HERE WAS THAT WE ARE STILL LEARNING.  WE ARE

10:18AM 11   CONTINUING TO LEARN.  YOU KNOW, IT'S DIFFICULT.  WE MAY NOT

10:18AM 12   LIKE ALL OF THE RESULTS.

10:18AM 13        BUT THAT'S WHAT PILOTS ARE FOR.  IT'S TO LEARN SO WE CAN

10:18AM 14   PERFECT THOSE THINGS THAT ARE NOT PERFECTED OR IMPROVE THAT ARE

10:18AM 15   NOT IMPROVED BEFORE WE SCALE.

10:18AM 16        SO THIS WAS MY MESSAGE TO BOTH THE THERANOS TEAM AS WELL

10:18AM 17   AS THE WALGREENS TEAM.

10:18AM 18   Q.   EVEN NEWS THAT YOU DIDN'T, YOU DIDN'T LIKE TO HEAR WAS

10:18AM 19   HELPFUL AT THIS POINT?  IS THAT WHAT YOU MEAN?  WE CAN BUILD

10:18AM 20   UPON AND GAIN FROM THAT KNOWLEDGE?

10:18AM 21   A.   ABSOLUTELY.  FOR EVERY TYPE OF PROJECT, YOU NEED TO HAVE A

10:18AM 22   BALANCED VIEW.  YOU JUST CAN'T HAVE ROSE COLORED GLASSES.  SO

10:18AM 23   THAT'S WHAT I'M TRYING TO SAY HERE.

10:18AM 24   Q.   DID YOU WANT TO SEE THIS PROJECT BE SUCCESSFUL?  DID YOU

10:18AM 25   WANT TO SEE THERANOS EXPAND IN WALGREENS STORES?

10:19AM   1    A.   ABSOLUTELY.

10:19AM   2    Q.   DID YOU AT THIS TIME STILL THINK THAT THERANOS WAS TESTING

10:19AM   3    THE FINGERSTICK BLOOD DRAWS ON THE THERANOS DEVICE?

10:19AM   4    A.   YES.

10:19AM   5    Q.   DID YOU HEAR OF THE DEVICE CALLED AN EDISON?  DOES THAT

10:19AM   6    TERM SOUND FAMILIAR TO YOU?

10:19AM   7    A.   I HAVE HEARD OF THAT.

10:19AM   8    Q.   AND SO DID YOU THINK THAT THE BLOOD TESTING WAS DONE ON AN

10:19AM   9    EDISON DEVICE?

10:19AM   10   A.   WHAT I KNEW WAS THAT WHETHER IT WAS EDISON OR ANOTHER

10:19AM   11   THERANOS DEVICE, IT WAS DONE ON A THERANOS DEVICE.

10:19AM   12   Q.   AND AT THIS TIME WHEN THE LEARNINGS AREN'T ALWAYS GOOD BUT

10:19AM   13   WE BENEFIT FROM THEM, DID YOU KNOW WHETHER THERANOS WAS TESTING

10:19AM   14   PATIENT'S BLOOD ON MODIFIED THIRD PARTY DEVICES?

10:19AM   15   A.   NO.

10:19AM   16   Q.   HOW ABOUT THE VENOUS DRAW PERCENT?  WERE YOU SATISFIED

10:19AM   17   WITH WHERE THAT NUMBER WAS AT THIS POINT?

10:19AM   18   A.   NO.  NO ONE WAS SATISFIED WITH THE HIGH PERCENTAGE.

10:19AM   19   Q.   WHEN YOU SAID NO ONE, DO YOU MEAN ALSO MR. BALWANI?

10:19AM   20   A.   ABSOLUTELY.

10:19AM   21   Q.   AND WHY DO YOU SAY THAT?

10:19AM   22   A.   BECAUSE, YOU KNOW, WE SPOKE ON A REGULAR BASIS ON WHAT

10:20AM   23   WILL CONSTITUTE SUCCESS, AND AS YOU SAW IN OUR PREVIOUS SLIDE,

10:20AM   24   HE WANTED TO REDUCE THEM AS WELL BECAUSE, AGAIN, THAT WAS THE

10:20AM   25   EXPERIENCE, THAT WAS THE INNOVATION, AND WE BOTH, AND OUR

10:20AM 1    TEAMS, WANTED THOSE PERCENTAGES TO GO DOWN.

10:20AM 2    Q.   NOW, IF YOU'LL TURN, PLEASE, TO 1884.

10:20AM 3         IS THIS ANOTHER EMAIL FROM MS. HAWORTH TO A GROUP AT

10:20AM 4    WALGREENS AND THERANOS, INCLUDING MR. BALWANI AND YOU, NOW IN

10:20AM 5    AUGUST OF 2014?

10:20AM 6    A.   YES.

10:20AM 7    Q.   AND DOES IT ALSO INCLUDE SOME MEETING MINUTES?

10:20AM 8    A.   IT DOES.

10:20AM 9    Q.   AND A SLIDE DECK AS WELL?

10:21AM 10   A.   YES, IT DOES.

10:21AM 11        MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1884.

10:21AM 12        MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:21AM 13        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:21AM 14   (GOVERNMENT'S EXHIBIT 1884 WAS RECEIVED IN EVIDENCE.)

10:21AM 15        MR. SCHENK:  THANK YOU.

10:21AM 16   Q.   LET'S START AGAIN AT THE TOP.  IS THIS WHAT WE HAVE SEEN A

10:21AM 17   COUPLE TIMES ALREADY, MS. HAWORTH SENDING A SLIDE DECK AROUND

10:21AM 18   THE TIME OF ONE OF THESE PARTNERSHIP MEETINGS?

10:21AM 19   A.   YES.

10:21AM 20   Q.   AND IS THIS ONE FOR AN AUGUST 2014 MEETING?

10:21AM 21   A.   YES.

10:21AM 22   Q.   IF YOU'LL TURN TO PAGE 5.  WITHIN THE MEETING MINUTES

10:21AM 23   THERE'S A SECTION LABELLED CURRENT STATUS.

10:21AM 24        DO YOU SEE THAT?

10:21AM 25   A.   I DO.

10:21AM   1    Q.   AND THE FIRST ITEM IS 30 STORES CURRENTLY LIVE, (ARIZONA

10:21AM   2    29; CALIFORNIA 1.)

10:22AM   3         IS THAT RIGHT?

10:22AM   4    A.   YES.

10:22AM   5    Q.   AND SO WE'RE SEEING THE NUMBER OF STORES INCREASE.  IS

10:22AM   6    THAT STILL DURING THE PILOT PHASE?

10:22AM   7    A.   IT IS.

10:22AM   8    Q.   AND WERE YOU STILL PAYING ATTENTION TO THE METRICS WE

10:22AM   9    TALKED ABOUT TOWARDS THE BEGINNING OF YOUR TESTIMONY TO SEE

10:22AM  10    WHERE THE PILOT IS GOING?

10:22AM  11    A.   YES.

10:22AM  12    Q.   WOULD YOU TURN NOW TO PAGE 8.

10:22AM  13         AT THE BOTTOM THERE'S A SECTION CALLED PLAN FOR FISCAL

10:22AM  14    YEAR 2015.

10:22AM  15         THE FIRST BULLET IS, "NEXT MARKET IS NORTHERN CALIFORNIA

10:22AM  16    (5 STORES INITIALLY, THEN EXPAND FOR A TOTAL OF 40)."

10:22AM  17         AND THE SECOND BULLET IS, "EXPANSION BEYOND THE 5 STORES

10:22AM  18    WILL REQUIRE THERANOS DATA TO OBTAIN STORE SELECTION."

10:22AM  19         WHAT IS THAT REFERRING TO?

10:22AM  20    A.   WHAT WE WERE DOING WAS STARTING TO PLAN FOR POTENTIALLY

10:22AM  21    MORE MARKETS.  AS WE CONTINUED TO EXPAND THIS PILOT AND LEARN

10:22AM  22    MORE, WE WERE STARTING TO PLAN TO SAY, OKAY, WHERE DO WE GO

10:23AM  23    NEXT?

10:23AM  24         AND IN THIS PARTICULAR CASE WE WERE DISCUSSING NORTHERN

10:23AM  25    CALIFORNIA.  AND WHERE WE PUT THESE LOCATIONS WAS VERY, VERY

10:23AM 1    IMPORTANT.  YOU KNOW, IT HAD TO BE NEAR SPECIFIC AREAS WHERE

10:23AM 2    THERE WAS A NEED FOR THIS SERVICE, WHERE THERE WERE PHYSICIANS

10:23AM 3    AND PROVIDERS THAT NEEDED THIS SERVICE.

10:23AM 4        AND SO THEY WOULD PROVIDE US WITH DATA THAT WOULD GIVE US

10:23AM 5    INPUT, INSIGHT INTO WHERE WE WOULD PUT THESE LOCATIONS, AND SO

10:23AM 6    THAT'S WHAT WE WERE ASKING FOR.

10:23AM 7    Q.  OKAY.  WAS THE THERANOS SERVICE EVER EXPANDED IN NORTHERN

10:23AM 8    CALIFORNIA?

10:23AM 9    A.  NOT BEYOND THE ONE STORE.

10:23AM 10   Q.  WOULD YOU HAD NOW TURN TO THE NEXT PAGE, PAGE 9.  UNDER

10:23AM 11   THE SECOND BULLET, THE SECOND SHADED BULLET, "INITIAL GOAL FOR

10:23AM 12   FISCAL YEAR 15."

10:24AM 13       IT CONTINUES SEPTEMBER THROUGH AUGUST.  WAS THAT THE

10:24AM 14   WALGREENS FISCAL YEAR, SEPTEMBER TO AUGUST?

10:24AM 15   A.  YES.

10:24AM 16   Q.  "WAS 500 STORES.  NEED TO REDEFINE THIS GOAL."

10:24AM 17       AND IN THE CHART UNDER THERANOS, 2015 IS DOWN TO 200.

10:24AM 18       DO YOU SEE THAT?

10:24AM 19   A.  I DO.

10:24AM 20   Q.  AND SO WHAT IS HAPPENING HERE?  CAN YOU EXPLAIN THAT TO

10:24AM 21   ME?

10:24AM 22   A.  YES.  SO, AGAIN, AS I MENTIONED EARLIER, SOME OF THE

10:24AM 23   RESULTS OF THE PILOT WERE GOOD, SOME OF THE RESULTS WERE NOT

10:24AM 24   GOOD.

10:24AM 25       FOR ALL OF THOSE REASONS, WE RESET THE NUMBER OF STORES

10:24AM  1    THAT WE WANTED TO LAUNCH FROM 500 TO 200.  IT MADE MORE SENSE.

10:24AM  2    IT WAS MORE MANAGEABLE.  AND WE COULD CONTINUE TO DO A CRAWL,

10:24AM  3    WALK, RUN APPROACH.

10:24AM  4         WHAT YOU SEE HERE IS WELL EXPERIENCE, IS THE MODEL I SPOKE

10:24AM  5    ABOUT EARLIER, WHICH IS TO REDESIGN THE SPACE AND REDESIGN THE

10:24AM  6    PHARMACY TO BE MORE PATIENT AND CONSUMER CENTRIC.

10:25AM  7         SO WE WERE PLANNING FOR THOSE 2000 STORES, AND WHAT WE

10:25AM  8    WANTED TO DO WAS TO UNDERSTAND HOW MANY OF THOSE STORES WOULD

10:25AM  9    BECOME THERANOS WELLNESS CENTERS BECAUSE, AGAIN, WE WANTED TO

10:25AM 10    GO INTO A STORE AND CONSTRUCT ONCE, DISRUPT THE STORE ONCE,

10:25AM 11    DISRUPT CUSTOMERS AND PATIENTS ONCE.  SO THAT'S WHY WE ARE

10:25AM 12    PLANNING BOTH OF THEM AT THE SAME TIME.

10:25AM 13    Q.   I SEE.  WAS EVEN THIS 200 STORE NUMBER, WAS THAT EVER

10:25AM 14    GUARANTEED?

10:25AM 15    A.   NO.  AS YOU SAW WITH THE 500, IT WASN'T GUARANTEED.  WE

10:25AM 16    REDUCED THAT TO 200.

10:25AM 17    Q.   SO WHY IN 2014 ARE YOU TALKING ABOUT THE NUMBER OF 200

10:25AM 18    STORES?

10:25AM 19    A.   AGAIN, IT WAS ALL ABOUT PLANNING.  IF THE PILOT WAS GOING

10:25AM 20    WELL AND WE WANTED TO THEN QUICKLY EXPAND, YOU CAN'T JUST

10:25AM 21    QUICKLY EXPAND.  YOU HAVE TO PLAN FOR IT.

10:25AM 22         SO WHETHER IT WAS 5 STORES, 10 STORES, 200 STORES, OR 500

10:25AM 23    STORES, YOU STILL HAVE TO DO THE PLANNING BEHIND IT, AND THAT'S

10:26AM 24    WHAT WE WERE TRYING TO DO.

10:26AM 25         AND THAT PLANNING INCLUDED NOT ONLY THE WALGREENS, BUT THE

10:26AM 1    THERANOS TEAM TO MAKE SURE THAT THEY WERE READY.

10:26AM 2         AND SO THAT'S WHAT WE WERE DOING HERE.

10:26AM 3    Q.   DID YOU COMMUNICATE THIS IDEA TO MR. BALWANI?  AND BY

10:26AM 4    "THIS IDEA," I MEAN THE NUMBER OF STORES NEEDED TO BE REDUCED

10:26AM 5    FROM 500 TO 200, AND ALSO THAT THE 200 WASN'T GUARANTEED?

10:26AM 6    A.   YEAH, NOT ONLY WAS IT COMMUNICATED, THIS WAS DECIDED

10:26AM 7    TOGETHER.  IT WAS A PARTNERSHIP.  SO THESE DECISIONS WERE MADE

10:26AM 8    TOGETHER.  IT WAS NOT DONE IN A VACUUM BY WALGREENS OR BY

10:26AM 9    THERANOS.

10:26AM 10   Q.   WAS THE VENOUS DRAW PERCENT, THE NUMBER OF VENOUS DRAWS

10:26AM 11   THAT WERE HAPPENING, WAS THAT PART OF THE REASON TO REDUCE THE

10:26AM 12   NUMBER OF STORES?

10:26AM 13   A.   ONE OF THE REASONS, YES.

10:26AM 14   Q.   OKAY.  WERE THERE OTHERS THAT YOU RECALL?

10:26AM 15   A.   THE COST OF THE BUILDOUT WAS EXTREMELY HIGH AT THIS POINT.

10:26AM 16   WE HAD NOT PERFECTED THE MODEL OR THE DESIGN.  WE WERE STILL

10:26AM 17   CHANGING DESIGNS.  WHERE WE PUT IT INSIDE OF THE STORE ALSO

10:26AM 18   ADDED TO THE COST.

10:27AM 19        AND SO COST WAS AN OBSTACLE.  TRAINING OF OUR TEAM MEMBERS

10:27AM 20   WAS AN OBSTACLE.

10:27AM 21        AS I MENTIONED EARLIER, IF WE REQUIRED PHLEBOTOMISTS,

10:27AM 22   HIRING OF THOSE PHLEBOTOMISTS WAS AN OBSTACLE.

10:27AM 23        SO AGAIN, THE ENTIRE OPERATING MODEL WAS NOT PERFECTED,

10:27AM 24   AND SO THAT'S WHY WE DECIDED TO REDUCE THAT NUMBER DOWN.

10:27AM 25   Q.   OKAY.  AND I JUST WANTED TO REMIND YOU, THE EMAIL THAT

10:27AM  1    THIS IS ATTACHED TO, IT'S DATED AUGUST 11, 2014; IS THAT RIGHT?

10:27AM  2    A.   THAT'S RIGHT.

10:27AM  3    Q.   NOW IF YOU'LL TURN TO 1896.

10:27AM  4         IS THIS AN EMAIL FROM YOU TO MR. BALWANI ON AUGUST 15TH,

10:27AM  5    2014?

10:27AM  6    A.   YES.

10:27AM  7    Q.   ABOUT THE THERANOS-WALGREENS PARTNERSHIP?

10:27AM  8    A.   YES.

10:27AM  9         MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1896.

10:27AM 10         MR. DOWNEY:  NO OBJECTION.

10:27AM 11         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:27AM 12    (GOVERNMENT'S EXHIBIT 1896 WAS RECEIVED IN EVIDENCE.)

10:27AM 13    BY MR. SCHENK:

10:27AM 14    Q.   SO ABOUT FOUR DAYS AFTER THE DOCUMENT THAT WE WERE JUST

10:28AM 15    LOOKING AT, YOU SENT MR. BALWANI THIS EMAIL; IS THAT RIGHT?

10:28AM 16    A.   YES, SIR.

10:28AM 17    Q.   AND ALSO SOMEONE NAMED CASEY KOZLOWSKI.

10:28AM 18         DO YOU SEE THAT?

10:28AM 19    A.   I DO.

10:28AM 20    Q.   AND WHO WAS THIS INDIVIDUAL?

10:28AM 21    A.   CASEY KOZLOWSKI WAS THE DIRECTOR OF DIAGNOSTIC SERVICES

10:28AM 22    WHO REPORTED TO ME AND WAS DAY-TO-DAY ON THIS PARTICULAR

10:28AM 23    PROJECT.

10:28AM 24    Q.   OKAY.  IN THE FIRST SENTENCE YOU WRITE, "THERE HAS BEEN A

10:28AM 25    LOT OF DISCUSSION WITH THE NEW LEADERSHIP ON EVERYTHING OUR

10:28AM  1    COMPANY IS DOING TO DRIVE HEALTH CARE AND OUR COMPANY.  AS YOU

10:28AM  2    CAN IMAGINE, OUR PARTNERSHIP IS AT THE CORE."

10:28AM  3         WHAT DID YOU MEAN, "NEW LEADERSHIP"?

10:28AM  4    A.   WE WERE AT THIS POINT -- "WE" AS WALGREENS -- WAS IN THE

10:28AM  5    PROCESS OF MERGING WITH BOOTS ALLIANCE IN THE UK AND IT HAD NOT

10:28AM  6    BEEN COMPLETED YET AT THIS TIME.

10:28AM  7         BUT AS WE WERE MERGING THE LEADERSHIP AND THEY WERE

10:28AM  8    UNDERSTANDING WHAT EACH OF THE COMPANIES WERE DOING, WE WANTED

10:29AM  9    TO MAKE SURE THAT THEY UNDERSTOOD OUR PARTNERSHIP WITH

10:29AM 10    THERANOS.

10:29AM 11         AND AS I SAID, THE PARTNERSHIP WAS AT THE CORE OF US,

10:29AM 12    WALGREENS, BECOMING A HEALTH CARE SERVICE PROVIDER.

10:29AM 13    Q.   AND YOU WRITE THAT "OUR PARTNERSHIP."  IS THAT THE

10:29AM 14    THERANOS-WALGREENS PARTNERSHIP IS AT THE CORE?

10:29AM 15    A.   THAT'S CORRECT.

10:29AM 16    Q.   AND WHAT DID YOU MEAN BY THAT?

10:29AM 17    A.   WHAT I HAD MEANT BY THAT IS THAT THE LAB SERVICES THAT

10:29AM 18    WILL BE DELIVERED THROUGH THERANOS AND WALGREENS, AND THAT

10:29AM 19    PARTNERSHIP WAS ONE OF THE FIRST SERVICES THAT WE WERE GOING TO

10:29AM 20    LAUNCH.

10:29AM 21    Q.   I SEE.

10:29AM 22    A.   AND THAT WAS THE CORE.

10:29AM 23    Q.   AND WAS THAT SOMETHING THAT THE BOOTS ALLIANCE FOLKS WERE

10:29AM 24    PAYING ATTENTION TO?

10:29AM 25    A.   YES.

10:29AM  1    Q.   THE NEXT SENTENCE READS, "WE HAVE MADE UNBELIEVABLE

10:29AM  2    PROGRESS IN THE SHORT 5 MONTHS - I HAVE RECEIVED EMAILS FROM

10:29AM  3    SEVERAL LEADERS TELLING ME THIS."

10:29AM  4         DID YOU THINK THAT THAT WAS TRUE, THAT WALGREENS AND

10:29AM  5    THERANOS HAD MADE PROGRESS IN THE LAST FOUR OR FIVE MONTHS?

10:30AM  6    A.   WE DID.

10:30AM  7    Q.   AND DID YOU STILL THINK THAT THERANOS WAS TESTING THE

10:30AM  8    FINGERSTICK BLOOD ON THE EDISON DEVICE DEVICES?

10:30AM  9    A.   ON ONE OF THE DEVICES.

10:30AM  10   Q.   FORGIVE ME.  YOU DIDN'T KNOW WHAT IT WAS CALLED?

10:30AM  11   A.   THAT'S CORRECT.

10:30AM  12   Q.   I SEE.  DID YOU STILL NOT KNOW WHETHER THERANOS WAS

10:30AM  13   TESTING ON MODIFIED THIRD PARTY DEVICES?

10:30AM  14   A.   I DID NOT KNOW THAT.

10:30AM  15   Q.   THE NEXT SENTENCE READS, "HOWEVER, IT WILL BE IMPORTANT

10:30AM  16   THAT WE DRIVE WITH A SINGLE FOCUS TOGETHER.  THE 2 AREAS WHICH

10:30AM  17   MUST BE FOCUSSED ON ARE:"

10:30AM  18        AND THEN THE FIRST IS "PATIENTS PER DAY WITH A 4 PLUS

10:30AM  19   EXPERIENCE."

10:30AM  20        WOULD YOU EXPLAIN THAT TO THE JURY?

10:30AM  21   A.   SURE.  AT THE END OF EACH BLOOD DRAW FOR EVERY PATIENT, WE

10:30AM  22   WOULD HAND THEM AN IPAD, AND THAT IPAD WAS A SIMPLE

10:30AM  23   QUESTIONNAIRE OF HOW DID YOUR SERVICE GO, WERE YOU SATISFIED,

10:30AM  24   AND THERE WAS A FEW QUESTIONS, AND THEN IT WAS RATED 1 THROUGH

10:31AM  25   5.

10:31AM 1        AND SO IF A PATIENT GAVE US A 5 EXPERIENCE, THAT WAS THE

10:31AM 2    BEST.  A 1 WOULD BE THE LOWEST.

10:31AM 3        SO WHAT I WAS ASKING FOR IS AS WE CONTINUED TO GROW AND AS

10:31AM 4    WE CONTINUED TO EXPAND, LET'S MAKE SURE THAT NOT ONLY OUR

10:31AM 5    PATIENTS PER DAY CONTINUES TO GROW, BUT WE'RE DELIVERING A

10:31AM 6    GREAT EXPERIENCE, A 4 PLUS EXPERIENCE.  THAT'S WHAT I'M

10:31AM 7    REFERRING TO HERE.

10:31AM 8    Q.  I SEE.  AND THEN THE NEXT ONE IS, "VENOUS PERCENT IN THE

10:31AM 9    10 PERCENT RANGE."

10:31AM 10       WHAT DOES THAT MEAN?

10:31AM 11   A.  AGAIN, IT'S THE VENOUS DRAW, THE TOTAL VENOUS DRAW

10:31AM 12   PERCENTAGE TO BE BELOW 10 PERCENT.  IT WAS HOVERING AROUND

10:31AM 13   40 PERCENT AT THIS TIME.  SO, AGAIN, A SINGULAR FOCUS ON

10:31AM 14   GETTING THAT PERCENTAGE DOWN BELOW 10 PERCENT.

10:31AM 15   Q.  AND ONE OF THE FIRST DOCUMENTS I SHOWED YOU HAD THE CHART

10:31AM 16   WHERE THE VENOUS DRAW IN FEBRUARY WAS AROUND 43 PERCENT, AND

10:31AM 17   WE'RE NOW IN AUGUST.

10:31AM 18       HAD, AT ANY POINT, THE VENOUS DRAW GOTTEN AROUND THIS

10:31AM 19   10 PERCENT RANGE THAT YOU WERE LOOKING FOR?

10:32AM 20   A.  NO, SIR.

10:32AM 21   Q.  HOW ABOUT AT ANY POINT DURING THE ENTIRE

10:32AM 22   THERANOS-WALGREENS RELATIONSHIP?  DID THE VENOUS DRAW PERCENT

10:32AM 23   EVER GET AROUND 10 PERCENT?

10:32AM 24   A.  NO, SIR.

10:32AM 25   Q.  THE NEXT IS, "WE NEED TO HAVE A DOCUMENTED DETAILED PLAN

10:32AM 1    ON BOTH OR IT WILL BE DIFFICULT FOR ME TO CONVINCE EXPANSION

10:32AM 2    BEYOND ARIZONA."

10:32AM 3        WHAT DID YOU MEAN BY THAT?

10:32AM 4    A.   WHAT I WAS REFERRING TO IS THESE WERE THE -- THESE THREE

10:32AM 5    METRICS RIGHT HERE WERE AT THE CORE OF THE SUCCESS THAT WE

10:32AM 6    NEEDED TO ACHIEVE, AND IF WE'RE GOING TO ACHIEVE THEM, LET'S

10:32AM 7    MAKE SURE THAT WE HAVE A PLAN.  HOW DO WE DO IT?  WHAT ARE THE

10:32AM 8    THINGS THAT WE NEED TO DO?  WHAT ARE THE PUTS AND TICKS THAT WE

10:32AM 9    HAVE TO HAVE?  AND HOW ARE WE GOING TO GET THERE?

10:32AM 10       AND IF WE DON'T GET THERE, IT'S HARD FOR ME TO CONVINCE

10:32AM 11   MYSELF, OR ANY LEADERSHIP AT WALGREENS, TO SAY WE SHOULD GO

10:32AM 12   FURTHER BECAUSE WE JUST WEREN'T HITTING THE METRICS THAT WE SET

10:32AM 13   OUT TO DO.

10:32AM 14   Q.   SO WAS THE PERCENT OF VENOUS DRAWS AN IMPORTANT FACTOR IN

10:32AM 15   DETERMINING EXPANSION BEYOND ARIZONA?

10:32AM 16   A.   YES, IT WAS.

10:33AM 17   Q.   AND FOUR DAYS EARLIER YOU HAD A MEETING WHERE YOU TALKED

10:33AM 18   ABOUT THE NEED TO REDUCE THE NUMBER OF STORES FROM 500 TO 200.

10:33AM 19       DO YOU RECALL THAT?

10:33AM 20   A.   I DO.

10:33AM 21   Q.   AND FOUR DAYS AFTER THAT MEETING YOU SEND AN EMAIL TO

10:33AM 22   MR. BALWANI, AND ARE YOU INFORMING HIM THAT EVEN EXPANSION

10:33AM 23   BEYOND ARIZONA IS IN QUESTION IF WE CAN'T GET THE VENOUS DRAWS

10:33AM 24   BELOW 10 PERCENT?

10:33AM 25   A.   YEAH, THE VENOUS DRAWS, THE PATIENTS PER DAY, AND THE

10:33AM 1    EXPERIENCE ALL TOGETHER, WE NEED TO FOCUS IN ON THIS BEFORE WE

10:33AM 2    CAN GO BEYOND ARIZONA.

10:33AM 3    Q.   THANK YOU.  WOULD YOU NOW TURN TO 1909.

10:33AM 4         IS 1909 TWO EMAILS, ONE FROM YOU TO MR. BALWANI, AND THEN

10:33AM 5    A RESPONSE FROM MR. BALWANI TO YOU A FEW DAYS LATER,

10:33AM 6    AUGUST 21ST, 2014?

10:33AM 7    A.   YES.

10:34AM 8    Q.   AND IS THE SUBJECT MATTER THE THERANOS-WALGREENS

10:34AM 9    PARTNERSHIP?

10:34AM 10   A.   IT IS.

10:34AM 11             MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS

10:34AM 12   EXHIBIT 1909.

10:34AM 13             MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:34AM 14             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:34AM 15        (GOVERNMENT'S EXHIBIT 1909 WAS RECEIVED IN EVIDENCE.)

10:34AM 16   BY MR. SCHENK:

10:34AM 17   Q.   LET'S START WITH THE EMAIL ON THE BOTTOM FROM YOU TO

10:34AM 18   MR. BALWANI.  YOU ARE LISTING SOME TOPICS FOR DISCUSSION.

10:34AM 19        AND THE SECOND BULLET UP FROM THE BOTTOM READS, "VENOUS

10:34AM 20   DRAW PERCENTAGE PROGRESS."

10:34AM 21        DO YOU SEE THAT?

10:34AM 22   A.   I DO.

10:34AM 23   Q.   AND WERE YOU ANXIOUS TO DISCUSS THE VENOUS DRAW NUMBERS

10:34AM 24   WITH MR. BALWANI?

10:34AM 25   A.   YES, I WAS.

10:34AM  1    Q.   MR. BALWANI RESPONDS THEN IN THE EMAIL AT THE TOP OF THIS

10:34AM  2    PAGE, AND IT'S THE FOURTH BULLET DOWN THAT I WANT TO DISCUSS

10:34AM  3    WITH YOU.  MR. BALWANI WRITES, "DISCUSS FURTHER YOUR COMMENT

10:34AM  4    ABOUT HAVING TO CONVINCE THE NEW MANAGEMENT FOR EXPANSION

10:34AM  5    BEYOND 40 STORES."

10:34AM  6         WERE THE 40 STORES A REFERENCE TO THE STORES IN ARIZONA?

10:34AM  7    A.   THAT'S CORRECT.

10:34AM  8    Q.   "IF THERE ARE ISSUES HERE, THEN WE NEED TO DISCUSS THIS

10:35AM  9    SOONER THAN LATER AS WE CAN'T SLOW DOWN OUR GROWTH FOR OBVIOUS

10:35AM  10   REASONS.  WOULD LIKE TO LEARN MORE HERE."

10:35AM  11        DO YOU KNOW WHAT HE WAS REFERRING TO?

10:35AM  12   A.   YES.  WE HAD A DISCUSSION ON THIS.  USUALLY WE HAD A

10:35AM  13   REGULARLY SCHEDULED MEETING TO DISCUSS TOPICS ON THE PROJECT

10:35AM  14   AND I WOULD PUT TOGETHER A FEW AGENDA ITEMS AND SO WOULD

10:35AM  15   MR. BALWANI, AND THEN WE WOULD DISCUSS THEM AND MAKE SURE WE

10:35AM  16   HAVE A PLAN FOR THEM.

10:35AM  17        SO THIS WAS A TOPIC THAT HE WANTED TO DISCUSS, AND I

10:35AM  18   EXPLAINED TO HIM EXACTLY WHAT I SAID EARLIER, THAT WE HAVE TO

10:35AM  19   HIT THE METRICS, WE HAVE TO MAKE SURE THAT THE MODEL IS

10:35AM  20   CORRECT, AND WE HAVE TO BE ABLE TO CREATE THE EXPERIENCE THAT

10:35AM  21   WE SET OUT TO DO.

10:35AM  22        IF WE DON'T, IT'S DIFFICULT TO EXPAND BEYOND THIS.

10:35AM  23   Q.   AND DID YOU HAVE A FOLLOW-UP CONVERSATION WITH MR. BALWANI

10:35AM  24   LIKE YOU HAD SUGGESTED?

10:35AM  25   A.   I DID.

10:35AM 1    Q.   WOULD YOU NOW TURN TO 1906.

10:36AM 2         IS 1906 A CALENDAR INVITE FOR THAT DISCUSSION?

10:36AM 3    A.   YES, SIR.

10:36AM 4    Q.   AND DOES IT ALSO INCLUDE YOUR NOTES FROM THE PHONE

10:36AM 5    CONVERSATION?

10:36AM 6    A.   YES.

10:36AM 7         MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 1906.

10:36AM 8         MR. DOWNEY:  YOUR HONOR, I DON'T KNOW IF THE NOTES

10:36AM 9    ARE ADMISSIBLE.  THEY CAN CERTAINLY BE USED TO REFRESH THE

10:36AM 10   WITNESS.

10:36AM 11        (PAUSE IN PROCEEDINGS.)

10:36AM 12        THE COURT:  MR. SCHENK, I'LL ADMIT THE TOP PORTION,

10:36AM 13   AND THEN YOU CAN LAY A FOUNDATION FOR THE NOTES IF YOU CAN.

10:36AM 14        MR. SCHENK:  THANK YOU.

10:37AM 15        (GOVERNMENT'S EXHIBIT 1906 WAS PROVISIONALLY RECEIVED IN

10:37AM 16   EVIDENCE.)

10:37AM 17   BY MR. SCHENK:

10:37AM 18   Q.   MR. JHAVERI, WHAT WAS YOUR PRACTICE WITH REGARD TO TAKING

10:37AM 19   NOTES DURING A MEETING SUCH AS THIS ONE?

10:37AM 20   A.   NOT NECESSARILY WITH MR. BALWANI, BUT IT WAS JUST MY

10:37AM 21   PRACTICE WHENEVER I HAVE A MEETING, I WILL TAKE THE NOTES DOWN

10:37AM 22   IN THE MEETING ITSELF SO I HAVE A RECORD OF IT.  AND SO THIS IS

10:37AM 23   A COPY OF THAT.

10:37AM 24   Q.   AND SO THERE ARE SOME BULLETS.  WERE THOSE JUST A CUT AND

10:37AM 25   PASTE OF 1909, THE TOPICS THAT YOU WANTED TO DISCUSS?

10:37AM  1    A.   EXACTLY.

10:37AM  2    Q.   AND THEN THE NOTES BELOW THE WORD "NOTES," WERE THOSE YOU

10:37AM  3    TAKING CONTEMPORANEOUS NOTES DURING THE MEETING?

10:37AM  4    A.   YES, AS WE WERE DISCUSSING EACH ITEM AND WHAT WE EITHER

10:37AM  5    DECIDED OR WHAT THE NEXT STEPS WERE, I WOULD NOTE THEM DOWN.

10:37AM  6    Q.   AND YOU SAID THIS WAS YOUR PRACTICE NOT JUST WITH

10:37AM  7    MR. BALWANI, BUT HOW YOU HANDLED NOTE TAKING DURING MEETINGS?

10:37AM  8    A.   CORRECT.

10:37AM  9    Q.   YOU GENERALLY TYPE THEM INTO THE CALENDAR INVITE ITSELF?

10:38AM 10    A.   THAT'S CORRECT.

10:38AM 11         MR. SCHENK:  YOUR HONOR, THE GOVERNMENT MOVES TO

10:38AM 12    ADMIT 1906.

10:38AM 13         MR. DOWNEY:  SAME OBJECTION.

10:38AM 14         THE COURT:  I'LL ALLOW IT.  THIS IS CONTEMPORANEOUS

10:38AM 15    WITH THE MEETING, SO THE OBJECTION IS OVERRULED.

10:38AM 16         MR. SCHENK:  THANK YOU, YOUR HONOR.  AND PERMISSION

10:38AM 17    TO PUBLISH.

10:38AM 18         THE COURT:  YES.

10:38AM 19    (GOVERNMENT'S EXHIBIT 1906 WAS RECEIVED IN EVIDENCE.)

10:38AM 20    BY MR. SCHENK:

10:38AM 21    Q.   FIRST IN THE BULLETS, WE AGAIN SEE REPEATED THE FOURTH

10:38AM 22    BULLET, VENOUS DRAW PERCENTAGE PROGRESS.

10:38AM 23    DO YOU SEE THAT?

10:38AM 24    A.   I DO.

10:38AM 25    Q.   AND THEN THE FINAL BULLET, IT LOOKS LIKE YOU JUST CUT AND

10:38AM 1    PAST WHAT MR. BALWANI WROTE TO YOU THAT WE READ A MOMENT AGO

10:38AM 2    ABOUT WANTING TO DISCUSS YOUR POINT ABOUT HAVING TO CONVINCE

10:38AM 3    MANAGEMENT ABOUT EXPANSION; IS THAT RIGHT?

10:38AM 4    A.   YES.  AGAIN, WE COCREATED THE AGENDA ITEMS AND SO, YOU

10:38AM 5    KNOW, I JUST LISTED THEM OF THE TOPICS THAT WE NEEDED TO

10:38AM 6    DISCUSS.

10:38AM 7    Q.   OKAY.  UNDER NOTES AND THEN THE "EXPANSION" WORD, THE

10:38AM 8    FIRST BULLET IS "TEN PATIENTS PER DAY WITH EXTREMELY HIGH

10:39AM 9    CONFIDENCE BY END OF NOVEMBER, WE SHOULD BE HIGH CONFIDENCE

10:39AM 10   (THIS WEEK THE AVERAGE WAS 5.5)."

10:39AM 11       WHAT WERE YOU DISCUSSING WITH MR. BALWANI?

10:39AM 12   A.   THAT FIRST BULLET POINT REFERS TO THE PROGRESS, WHAT WERE

10:39AM 13   WE SEEING IN THE NUMBER OF PATIENTS THAT WERE USING THE

10:39AM 14   SERVICE, AND SO THE INFORMATION THAT WE DISCUSSED WAS BY THE

10:39AM 15   END OF NOVEMBER, MR. BALWANI FELT VERY STRONGLY THAT WE'LL HIT

10:39AM 16   THAT TEN PATIENTS PER DAY.

10:39AM 17       AND WE WERE ALREADY AT 5.5, AND SO THAT WAS THE POINT

10:39AM 18   HERE.

10:39AM 19   Q.   AND THEN THE SECOND BULLET HE'S TALKING ABOUT "GOING

10:39AM 20   AGAINST 2 DEEPLY ENTRENCHED COMPANIES."

10:39AM 21       DO YOU REMEMBER WHAT WAS BEING DISCUSSED AT THIS POINT?

10:39AM 22   A.   YES.  WE WERE -- THE TWO INCUMBENT PLAYERS IN THE LAB

10:39AM 23   SPACE WAS QUEST DIAGNOSTICS AND LAB CORP.

10:39AM 24       SO WHAT WE WERE DISCUSSING HERE IS THAT IT'S HIGHLY

10:39AM 25   COMPETITIVE, AND THE POINT WAS THAT WE WERE GOING AGAINST THEM

10:39AM 1     IN TERMS OF CAPTURING PATIENTS.

10:40AM 2         AND SO THAT IS SOMETHING THAT WAS, YOU KNOW, SOMETHING TO

10:40AM 3     WATCH OUT FOR.

10:40AM 4     Q.   OKAY.  AND THEN THE THIRD ONE DOWN, "VENOUS DRAW

10:40AM 5     PERCENT -- HOW DO WE BALANCE -- BY END OF CALENDAR YEAR 2014 --

10:40AM 6     LESS THAN 10 PERCENT."

10:40AM 7         WHAT WAS DISCUSS HERE?

10:40AM 8     A.   THE DISCUSSION HERE WAS ABOUT HOW AND WHEN WILL THIS

10:40AM 9     PERCENTAGE GO DOWN AND WHAT WILL BE REQUIRED TO DO THAT.

10:40AM 10        SO THAT WAS THE DISCUSSION HERE.

10:40AM 11    Q.   WHEN THE DESIRE TO HAVE THE VENOUS DRAW PERCENT REDUCED OR

10:40AM 12    GO DOWN, DID MR. BALWANI EVER EXPLAIN TO YOU TECHNOLOGICAL

10:40AM 13    OBSTACLES TO ACHIEVING A VENOUS DRAW REDUCTION?

10:40AM 14    A.   NO.  THE REASONS THAT HE PROVIDED WERE THE TWO REASONS

10:40AM 15    THAT I MENTIONED EARLIER ABOUT THE PATTERNS, ORDERING PATTERNS

10:40AM 16    FROM PHYSICIANS AND MAKING SURE THAT THE CARTRIDGES WERE READY.

10:40AM 17        HE ALSO EXPLAINED TO ME THAT AT TIMES THERE ARE PHYSICIANS

10:40AM 18    WHO ARE ORDERING BOTH TESTS, ONE WITH A VENOUS DRAW AND ONE

10:41AM 19    WITH FINGERSTICKS, TO ENSURE THAT THEY'RE SEEING THE SAME

10:41AM 20    RESULTS.

10:41AM 21        SO THOSE WERE THE REASONS THAT HE PROVIDED.

10:41AM 22    Q.   SO MR. BALWANI SUGGESTED TO YOU THAT THE CAUSE OF THE

10:41AM 23    VENOUS DRAW NUMBERS WERE THE REQUESTS OR THE ACTIONS OF THE

10:41AM 24    PHYSICIANS, THE ORDERING PATTERNS OF PHYSICIANS, OR THE DESIRE

10:41AM 25    TO HAVE FINGERSTICK AND A VEIN DRAW ON THE SAME PATIENT AT THE

10:41AM   1    SAME TIME?

10:41AM   2    A.   YES.

10:41AM   3    Q.   WOULD YOU TURN TO 2214.

10:41AM   4         IS THIS ANOTHER EMAIL FROM MS. HAWORTH TO THE GROUP FROM

10:41AM   5    THERANOS AND WALGREENS, INCLUDING YOURSELF AND MR. BALWANI,

10:41AM   6    FOLLOWING A NOVEMBER 2014 PARTNERSHIP MEETING WITH A SLIDE

10:41AM   7    DECK?

10:41AM   8    A.   YES.

10:41AM   9              MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2214.

10:41AM  10              MR. DOWNEY:  NO OBJECTION.

10:41AM  11              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:41AM  12         (GOVERNMENT'S EXHIBIT 2214 WAS RECEIVED IN EVIDENCE.)

10:41AM  13    BY MR. SCHENK:

10:41AM  14    Q.   IF YOU WOULD TURN TO PAGE 6.

10:42AM  15         SO NOW IN NOVEMBER OF 2014 DURING THIS MEETING, THIS SLIDE

10:42AM  16    IS LABELED "CURRENT STATUS," AND THEN THERE ARE SOME NAMES?  DO

10:42AM  17    YOU SEE THAT, TRACY/ KIMBERLY?

10:42AM  18    A.   YES.

10:42AM  19    Q.   AND WHAT IS THAT A REFERENCE TO, TRACY/KIMBERLY, IF YOU

10:42AM  20    KNOW?

10:42AM  21    A.   YEAH, TRACY AND KIMBERLY WERE TEAM MEMBERS OF THERANOS.

10:42AM  22         TRACY, IF I REMEMBER CORRECTLY, WAS IN CHARGE OF

10:42AM  23    OPERATIONS FOR ARIZONA, AND KIMBERLY WAS IN CHARGE OF THE SALES

10:42AM  24    TEAMS, AND SO THEY WERE GIVING THE STATUS.

10:42AM  25    Q.   I SEE.  THE FIRST BULLET IS "41 STORES CURRENTLY LIVE

10:42AM  1          (ARIZONA 40; CALIFORNIA 1)."

10:42AM  2          IS THAT THE MAXIMUM NUMBER OF STORES THAT THERANOS BECAME

10:42AM  3     AVAILABLE WITHIN WALGREENS?

10:42AM  4     A.   YES.

10:42AM  5     Q.   THE SECOND BULLET READS, "VENOUS DRAWS PERFORMED DURING

10:42AM  6     40 PERCENT OF VISIT (2014-YEAR TO DATE)."

10:42AM  7          IS THAT RIGHT?

10:43AM  8     A.   THAT'S CORRECT.

10:43AM  9     Q.   AND WE SAW DURING YOUR TESTIMONY EARLIER THIS MORNING THAT

10:43AM  10    IN FEBRUARY OF 2014 THE VENOUS DRAWS WERE AT 43 PERCENT.

10:43AM  11         DO YOU RECALL THAT?

10:43AM  12    A.   I DO.

10:43AM  13    Q.   AND NOW IN NOVEMBER VENOUS DRAWS ARE STILL AT 40 PERCENT;

10:43AM  14    IS THAT RIGHT?

10:43AM  15    A.   YES.

10:43AM  16    Q.   AND DID THE VENOUS DRAWS EVER GET TO A POINT THAT YOU OR

10:43AM  17    WALGREENS WERE SATISFIED?

10:43AM  18    A.   NO.

10:43AM  19    Q.   WOULD YOU TURN NOW TO 2275.

10:43AM  20         IS 2275 AN EMAIL FROM YOU TO MR. BALWANI THE NEXT MONTH?

10:43AM  21    NOW WE'RE IN DECEMBER OF 2014?

10:43AM  22    A.   YES.

10:43AM  23    Q.   AND DOES THIS ALSO DISCUSS ISSUES RELATED TO THE

10:43AM  24    THERANOS-WALGREENS PARTNERSHIP?

10:43AM  25    A.   YES, IT DOES.

10:43AM   1            MR. SCHENK:  YOUR HONOR, THE GOVERNMENT OFFERS 2275.

10:43AM   2            MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:44AM   3            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:44AM   4       (GOVERNMENT'S EXHIBIT 2275 WAS RECEIVED IN EVIDENCE.)

10:44AM   5            MR. SCHENK:  THANK YOU.

10:44AM   6   Q.   THE TOPIC IS CONTRACT AND OTHER TOPICS.

10:44AM   7        DO YOU SEE THAT?

10:44AM   8   A.   I DO.

10:44AM   9   Q.   AND UNDER CONTRACT THERE'S A BULLET THAT BEGINS, "IN

10:44AM  10   ADDITION."

10:44AM  11        DO YOU SEE THAT?

10:44AM  12   A.   YES, I DO.

10:44AM  13   Q.   SO YOU WROTE TO MR. BALWANI, "IN ADDITION TO THE CONTRACT

10:44AM  14   TERMS ATTACHED, WE ARE ASKING FOR TRANSPARENCY ON THE

10:44AM  15   FOLLOWING:  FINANCIAL CONDITION OF THE COMPANY (NEED IT FOR OUR

10:44AM  16   AUDITORS), TECHNOLOGY/PROCESS DATA POINTS SO WE CAN REPRESENT

10:44AM  17   THERANOS IN A MORE COMPREHENSIVE MANNER."

10:44AM  18        WHAT DID YOU MEAN BY THAT?

10:44AM  19   A.   YEAH.  THERE ARE TWO POINTS HERE.  I HAD JUST RECEIVED A

10:44AM  20   CALL FROM OUR INVESTOR RELATIONS LEADERSHIP AND WE WERE

10:44AM  21   RECEIVING QUESTIONS NOT ONLY INTERNALLY BUT EXTERNALLY ON THE

10:44AM  22   PARTNERSHIP ITSELF.

10:44AM  23        AND INTERNALLY PART OF THE AUDIT OF ALL OF THE INVESTMENTS

10:45AM  24   THAT WALGREENS HAD MADE REQUIRED THAT WE HAD AN UNDERSTANDING

10:45AM  25   OF THE FINANCIAL CONDITION OF THE COMPANY THAT WE WERE

10:45AM 1    INVESTING IN.

10:45AM 2         AND SO THAT WAS MY ASK HERE ON THE FIRST POINT.

10:45AM 3         AND THEN THE SECOND IS UNDERSTANDING A LITTLE BIT MORE

10:45AM 4    ABOUT WHAT IS GOING ON WITH THE TECHNOLOGY, SOME OF THE DATA

10:45AM 5    POINTS THAT THEY'RE SEEING.

10:45AM 6         SO WHEN WE RECEIVED QUESTIONS ON THERANOS, THAT WE CAN

10:45AM 7    ANSWER THEM IN A MORE COMPREHENSIVE, INTELLIGENT MANNER RATHER

10:45AM 8    THAN SIMPLY REFERRING THEM TO THERANOS THEMSELVES.

10:45AM 9    Q.   I SEE.  AND THEN NUMBER 4 ON THE EMAIL READS, "HOW LONG

10:45AM 10   WILL WE HAVE PHLEBOTOMISTS IN ARIZONA?  WHAT IS ACCEPTABLE

10:45AM 11   PERCENT OF VENOUS DRAWS TO DEPLOY HUB AND SPOKE MODEL?"

10:45AM 12        WHAT IS THAT A REFERENCE TO?

10:45AM 13   A.   THAT IS IN REFERENCE TO THE DISCUSSION THAT WE HAD

10:45AM 14   EARLIER.  SO AS I MENTIONED, VENOUS DRAWS REQUIRE A

10:46AM 15   PHLEBOTOMIST, A LICENSED PHLEBOTOMIST TO CONDUCT, AND SO IN THE

10:46AM 16   ARIZONA STORES WE HAD PHLEBOTOMISTS IN ALL OF THE STORES TO DO

10:46AM 17   THOSE VENOUS DRAWS, AND WHAT I AM ASKING IS SIMPLY AS THE

10:46AM 18   PERCENTAGE OF VENOUS DRAWS TEND TO GO DOWN, THEN WE CAN MOVE

10:46AM 19   THE PHLEBOTOMISTS, AND THEN MOVE THEM INTO THOSE 24-HOUR

10:46AM 20   LOCATIONS THAT WE DISCUSSED EARLIER.

10:46AM 21        SO THE HUB AND SPOKE MODEL IS IN REFERENCE TO THAT, WHERE

10:46AM 22   THE MAJORITY, THE SPOKES, ARE THE STORES THAT ARE DOING PURE

10:46AM 23   THERANOS FINGERSTICK SERVICES, AND THE HUB WOULD BE THE 24-HOUR

10:46AM 24   LOCATION WHERE WE WOULD BE ABLE TO DO NOT ONLY THE FINGERSTICK

10:46AM 25   SERVICES BUT ALSO, IF REQUIRED, THE VENOUS DRAW WITH A

10:46AM  1      PHLEBOTOMIST.

10:46AM  2      Q.   I SEE.  SO THIS WAS IN DECEMBER OF 2014.  LET'S TALK

10:46AM  3      BRIEFLY JUST ABOUT THE FIRST TEN MONTHS OF 2015, JANUARY TO

10:46AM  4      ABOUT OCTOBER.

10:46AM  5           DID THE VENOUS DRAW NUMBER EVER GO DOWN TO A LEVEL AT

10:46AM  6      WHICH EXPANSION BEYOND THE 40 STORES IN ARIZONA OCCURRED?

10:47AM  7      A.   NO.

10:47AM  8      Q.   AND WAS THAT SOMETHING THAT YOU AND MR. BALWANI CONTINUED

10:47AM  9      TO TRACK?

10:47AM  10     A.   WE DID.

10:47AM  11     Q.   AND DID YOU CONTINUE TO DISCUSS THE REASONS WHY THE VENOUS

10:47AM  12     DRAW NUMBERS WERE WHERE THEY WERE?

10:47AM  13     A.   ABSOLUTELY.

10:47AM  14     Q.   AND DID THE REASONS THAT MR. BALWANI PROVIDED FOR YOU EVER

10:47AM  15     CHANGE, OR WERE THEY SIMILAR TO THE ONES THAT YOU ALREADY

10:47AM  16     TESTIFIED ABOUT?

10:47AM  17     A.   NO, THEY WERE SIMILAR.

10:47AM  18     Q.   IN OCTOBER -- AROUND OCTOBER OF 2015 DID YOU READ AN

10:47AM  19     ARTICLE ABOUT THERANOS?

10:47AM  20     A.   I DID.

10:47AM  21     Q.   AND GENERALLY SPEAKING, WAS THE ARTICLE NEGATIVE?

10:47AM  22     A.   IT WAS.

10:47AM  23     Q.   AFTER THE ARTICLE, DID YOUR ROLE IN THE OPERATIONALIZING

10:47AM  24     OF THE THERANOS RELATIONSHIP CHANGE?  YOUR ROLE IN IT, DID THAT

10:47AM  25     CHANGE?

10:47AM  1    A.   YES, MY ROLE DID CHANGE.  OBVIOUSLY WE WERE NOT EXPANDING

10:47AM  2    BEYOND THE 41 STORES THAT WE ALREADY HAD.

10:47AM  3        AND BECAUSE OF THE ARTICLE, YOU KNOW, I TOOK A STEP BACK

10:47AM  4    AS WE WERE NOT EXPANDING ANYMORE, WE WERE JUST SIMPLY

10:47AM  5    MONITORING, AND OTHERS AT THE COMPANY TOOK LEAD.

10:48AM  6    Q.   AT SOME POINT, DID WALGREENS STOP OFFERING THERANOS BLOOD

10:48AM  7    TESTING SERVICES?  CAN YOU STILL GO TO WALGREENS AND GET

10:48AM  8    THERANOS BLOOD TESTING SERVICES?

10:48AM  9    A.   YES, WE DID STOP AT ONE POINT.

10:48AM 10    Q.   YOU DID STOP.  SORRY, I ASKED YOU TWO QUESTIONS.

10:48AM 11        DO YOU RECALL ROUGHLY WHEN YOU STOPPED?

10:48AM 12    A.   WE STOPPED ONE OF THE SERVICES IN JANUARY OF 2016 IN ONE

10:48AM 13    OF THE STORES.

10:48AM 14        AND THEN THE REST OF THE STORES WERE TURNED OFF SOMEWHERE

10:48AM 15    IN JUNE OF THAT YEAR, 2016.

10:48AM 16    Q.   THANK YOU.

10:48AM 17        YOUR HONOR, MAY I APPROACH?

10:48AM 18            THE COURT:  YES.

10:49AM 19            MR. SCHENK:  (HANDING.)

10:49AM 20    Q.   MR. BALWANI, I'VE HANDED YOU WHAT I'VE MARKED AS

10:49AM 21    EXHIBIT 5387C, AND THIS DOCUMENT IS 16 PAGES AND CONTAINS SOME

10:49AM 22    TEXT MESSAGES.

10:49AM 23        YOUR HONOR, I BELIEVE THE PARTIES ARE AGREEING TO ADMIT

10:49AM 24    THIS BASED ON A STIPULATION.

10:49AM 25            MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

10:49AM 1          THE COURT:  ALL RIGHT.  THIS IS -- I'M SORRY, IS

10:49AM 2    THIS 5387C DID YOU SAY?

10:49AM 3          MR. SCHENK:  YES, YOUR HONOR.

10:49AM 4          THE COURT:  THAT'S ADMITTED, AND WITHOUT OBJECTION

10:49AM 5    IT MAY BE PUBLISHED.

10:49AM 6          MR. SCHENK:  THANK YOU.

10:49AM 7       (GOVERNMENT'S EXHIBIT 5387C WAS RECEIVED IN EVIDENCE.)

10:49AM 8    BY MR. SCHENK:

10:49AM 9    Q.   MR. JHAVERI, I'D LIKE TO READ NOW SOME TEXT MESSAGES WITH

10:49AM 10   YOU.  I'LL HAVE YOU START, AND THEN IF YOU'LL FOLLOW ALONG WITH

10:49AM 11   ME, I JUST WANT TO IDENTIFY THE COLUMNS FOR YOU.

10:50AM 12       FIRST, THESE ARE NOT YOUR TEXT MESSAGES; IS THAT RIGHT?

10:50AM 13   A.   NO, THESE ARE NOT MY TEXT MESSAGES.

10:50AM 14   Q.   ARE THESE TEXT MESSAGES SENT BETWEEN MR. BALWANI AND

10:50AM 15   MS. HOLMES?

10:50AM 16   A.   YES, IT APPEARS TO BE.

10:50AM 17   Q.   SO THERE'S A COLUMN WITH A DATE THAT IS THE THIRD COLUMN,

10:50AM 18   DO YOU SEE THAT, AND THEY BEGIN MARCH OF 2010?

10:50AM 19   A.   YES, SIR.

10:50AM 20   Q.   AND THE NEXT COLUMN IS THE CONTENT.

10:50AM 21       DO YOU SEE THAT?

10:50AM 22   A.   YES.

10:50AM 23   Q.   AND THEN THE NEXT TWO COLUMNS ARE SENDER AND RECIPIENT.

10:50AM 24   SO THE FIRST NAME IS WHO SENT THE MESSAGE, AND THE SECOND IS

10:50AM 25   WHO RECEIVED IT; IS THAT RIGHT?

10:50AM  1    A.   THAT'S CORRECT.

10:50AM  2    Q.   OKAY.  I'D LIKE TO READ THEM WITH YOU.  IF YOU WOULD, WHY

10:50AM  3    DON'T YOU PLEASE START?

10:50AM  4    A.   SURE.

10:50AM  5         "WE HAVE AN OPPORTUNITY TO PUT TELEMEDICINE IN OUR

10:50AM  6    CONTRACT WITH WAG."

10:50AM  7    Q.   AND IS THAT A MESSAGE THAT MR. BALWANI SENT?

10:50AM  8    A.   YES.

10:50AM  9    Q.   AND THEN IT LOOKS LIKE MS. HOLMES RESPONDS, "WE SHOULD

10:50AM  10   NAIL THAT."

10:51AM  11        "AND ACTUALLY KICK IT OFF IN OUR MEETING WITH MAYO."

10:51AM  12        "AND POSSIBLY CLEVELAND."

10:51AM  13        "AND THEN BUILD THE TEAM HERE AS WE HIRE."

10:51AM  14        "THEY WON'T BE READY OVERNIGHT ANYWAY."

10:51AM  15   A.   "CLEVELAND CLINIC."

10:51AM  16   Q.   "YES."

10:51AM  17        MR. JHAVERI, I THINK THE NEXT ONE IS YOU.

10:51AM  18   A.   YES.

10:51AM  19        "WE WILL TALK, WE WILL BRING THIS UP AND NEGOTIATE AS LAST

10:51AM  20   THING ONCE ALL ELSE IS DONE."

10:51AM  21   Q.   "YES."

10:51AM  22   A.   "I OPENED THE DOOR."

10:51AM  23   Q.   "GREAT."

10:51AM  24   A.   "WILL TELL U MORE IN PERSON."

10:51AM  25   Q.   "K."

10:51AM  1    A.   "THEY WERE DROOLING OVER CLEVELAND CLINIC ANNOUNCEMENT."

10:51AM  2         "WE DID TESTER."

10:51AM  3         "YESTERDAY."

10:51AM  4    Q.   "EVERYONE IS."

10:51AM  5         "HOPEFULLY THEY'RE OFF PEER REVIEW."

10:51AM  6    A.   "WHICH IS WHY WE NEED TO DO GOOD-BYE CLEVELAND CLINIC."

10:52AM  7    Q.   "EXACTLY."

10:52AM  8         "ON CLEVELAND CLINIC."

10:52AM  9         AND THEN IF WE CAN TURN TO PAGE 2 AT THE TOP.

10:52AM  10   A.   "GOING THRU CVS CONTRACT.  WE CAN'T WORK WITH WAG OR CVS.

10:52AM  11   BOTH ARE SAME."

10:52AM  12        "AND SWY."

10:52AM  13   Q.   "CAN'T FORGET THAT."

10:52AM  14   A.   "WE NEED TO THINK THRU OUR DISCUSSION ON THIS TOPIC."

10:52AM  15   Q.   "MEANING TOMORROW'S?"

10:52AM  16   A.   "NO.  OUR OWN STORES."

10:52AM  17   Q.   "EXACTLY."

10:52AM  18   A.   "I AM THINKING.  IT WILL DEPEND ON DISCUSSION TOMORROW

10:52AM  19   WITH WAG."

10:52AM  20   Q.   AND NOW WE'RE TURNING TO THE THIRD PAGE.

10:52AM  21   A.   "IF CONTRACT TERMS AND WE DON'T HAVE 1000 STORES.  WHAT

10:53AM  22   HAPPENS TO 50M REMAINING INNOVATION PAYMENT."

10:53AM  23   Q.   "DEPENDS ON WHY TERMS."

10:53AM  24        "SCALE NOW IF NEED."

10:53AM  25   A.   "SO FORCE BUILD 1000 STORES?  I DON'T THINK THAT'S

10:53AM  1    INTELLIGENT."

10:53AM  2         "WITH CONTRACT EXPIRING IN AUGUST OF 2017 MEANS BUILDING

10:53AM  3    OUT 1000 BY FEBRUARY 2016.  NOT GOOD FOR US."

10:53AM  4         "THERE ARE EQUAL NUMBER OF CVS AND WAG IN NEW YORK STATE

10:53AM  5    BTW."

10:53AM  6    Q.   AND NOW WE'RE TURNING TO PAGE 4.

10:53AM  7    A.   "WHEN WE LAUNCH IN NEW YORK WE CAN LAUNCH WITH CVS AND

10:53AM  8    GIVE THEM ONCE WE HAVE 50 E DONE, WE WILL BE INVINCIBLE.

10:53AM  9    Q.   "AGREE."

10:53AM  10        "IF TERMS BECAUSE WE TERM THEN WE RETURN.  THEY TERM AND

10:54AM  11   WE DON'T WANT TO WE KEEP."

10:54AM  12   A.   "WE DON'T WANT 1000 STORES WITH ASSHOLES."

10:54AM  13        "200 WILL BE ENOUGH TO PROVE OUR POINT."

10:54AM  14   Q.   "I KNOW."

10:54AM  15   A.   "I WILL SAY WE KEEP 25 NO MATTER WHAT."

10:54AM  16   Q.   "BUT THEN DEPENDING ON WHO TERMS SHOULD WORK."

10:54AM  17        "AGREE."

10:54AM  18   A.   "YES."

10:54AM  19        "BUT IF NATURAL TERMS THEN WE RETURN 25."

10:54AM  20        "IF THEY DON'T BUILD 500 WE KEEP 25."

10:54AM  21        "CORRECT."

10:54AM  22   Q.   "YES.

10:54AM  23        "NATURAL MEANING WE BOTH DECIDE NOT TO REVIEW?  ALSO IF WE

10:54AM  24   WANT TO RENEW BUT THEY DON'T."

10:54AM  25   A.   "I WOULD LIKE TO KEEP SIMPLE.  IF THEY BUILD MINIMUM 500

```
10:54AM  1    THEY GET ALL 50.  IF THEY DON'T WE KEEP MINIMUM 25.  I CAN ALSO

10:55AM  2    SAY IF THEY DON'T BUILD 500 WE KEEP ALL 50 SINCE WE BANKED ON

10:55AM  3    THEM."

10:55AM  4         "GOING TO WAG MEETING."

10:55AM  5         "DONE.  CALL WHEN U HAVE 30 MINUTES."

10:55AM  6    Q.   "AGREE WITH ABOVE."

10:55AM  7         "WILL CALL SOON."

10:55AM  8    A.   "MOSTLY TERRIBLE MEETING BUT NET NET IS WHAT WE WANT."

10:55AM  9         "LOVE YOU TOO."

10:55AM  10   Q.   THE -- I'M SORRY.  THAT'S YOU.

10:55AM  11   A.   "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FS

10:55AM  12   PERCENTAGE CAME TO ME LIKE GIFT OF GOD."

10:55AM  13   Q.   AND NOW WE'RE TURNING TO PAGE 5.

10:55AM  14   A.   "I WAS MEDITATING ON THIS MEETING ALL NIGHT AND ALL DAY."

10:55AM  15   Q.   "YOU NAILED IT."

10:55AM  16   A.   "WE MUST HIT OUR VOLUME GOALS NOW."

10:56AM  17        "WE NEED TO MAKE IT A MATTER OF LIFE AND DEATH."

10:56AM  18        "SURVIVAL.  WE MUST NOT LOSE."

10:56AM  19   Q.   NOW WE'RE TURNING TO PAGE 6.

10:56AM  20   A.   "BTW I SENT CVS DOCUMENT TO HEATHER AND CHRIS ON SATURDAY

10:56AM  21   AND HAVEN'T RECEIVED ANY FEEDBACK FROM THEM."

10:56AM  22   Q.   "OK I WILL BE THERE (LANDING IN 2 HOURS AND 10 MINUTES)

10:56AM  23   AND CAN MEET WITH ANY CANDIDATES WE THINK MAKES SENSE.  NOTHING

10:56AM  24   IS ON MY CALENDAR.  DO YOU WANT ME TO EMAIL HEATHER AND CHRIS

10:56AM  25   ON TURNING THE CVS DOCUMENT?"
```

10:56AM  1    A.   "NO."

10:56AM  2    Q.   "ARE THEY HELPING YOU ON WAG CONTRACT?"

10:56AM  3    A.   "NO ONE ON WAG CONTRACT BEING WANT ANYONE ON WAG CONTRACT.

10:56AM  4    THIS U AND I NEED CLOSE OUR CHESTS."

10:56AM  5         "DON'T WANT."

10:56AM  6    Q.   NOW WE'RE TURNING TO PAGE 7.

10:57AM  7    A.   "I PRESENTED CA BUY ASKED ME WHY WE WOULDN'T DO CA WITH

10:57AM  8    WAG 'OUT OF CURIOSITY.'"

10:57AM  9         "I TOLD HIM CVS HAS BETTER FOOTPRINT IN SOCAL BUT

10:57AM  10   WALGREENS IS NOT TOO FAR BEHIND."

10:57AM  11   Q.   NOW ON TO PAGE 8.

10:57AM  12   A.   "CVS WON'T HAPPEN FOR ANOTHER YEAR."

10:57AM  13        "SO IF THEY WANT WE WILL MOVE WITHOUT THEM."

10:57AM  14        "WE WILL TALK ABOUT WAG WHEN U R BACK N."

10:57AM  15        "I SENT U CONTRACT AND COVER NOTE.  PLEASE SPEND TIME ON

10:57AM  16   THAT SO I CAN SEND OUT."

10:57AM  17   Q.   "HMM."

10:58AM  18        "YEAH."

10:58AM  19        "K."

10:58AM  20        "WHAT'S YOUR SENSE ON WHY 12 MO FOR SERVICE?"

10:58AM  21        "WHERE DID U LEAVE IT WITH HIM?"

10:58AM  22   A.   "THEY DON'T KNOW THE UPSIDE OR DOWNSIDE OF NOT HAVING

10:58AM  23   THIS."

10:58AM  24   Q.   "YEAH."

10:58AM  25        "WAS HE UPSET ABOUT MISSING PA?"

10:58AM  1    A.   "AND THE FACT THAT WE ARE NOT GROWING WITH WAG IS

10:58AM  2    SOMETHING THAT THEY ARE TRYING TO UNDERSTAND."

10:58AM  3         "THEY ARE ALL LEMMINGS.  THEY ONLY WANT IT IF OTHERS WANT

10:58AM  4    IT."

10:58AM  5    Q.   "THINKING."

10:58AM  6    A.   "THE MINUTE I SAID CALIFORNIA HIS QUESTION WAS WHY CVS,

10:58AM  7    WHY NOT WALGREENS?"

10:58AM  8    Q.   "I KNOW."

10:58AM  9    A.   "INSTEAD IF THERANOS WAS STRATEGIC TO THEM HE WOULD HAVE

10:58AM 10    JUMPED ON IT."

10:58AM 11    Q.   "SEEING OUR LOCATIONS IN PA WILL BE THE SAME REACTION."

10:58AM 12    A.   "THEY DON'T THINK OF US AS STRATEGIC.  EVERY CONVERSATION

10:58AM 13    I HAVE WITH HIM HE SPEND AT LEAST HALF OF IT IN WHEN WE CAN PUT

10:58AM 14    DEVICES IN MINUTE CLINICS."

10:59AM 15         "JUST LIKE 3 YEARS AGO."

10:59AM 16    Q.   NOW ON TO PAGE 9.

10:59AM 17         MS. HOLLIMAN, I THINK THAT'S PAGE 16.  DO WE HAVE 9 NEXT?

10:59AM 18    THAT'S IT.

10:59AM 19    A.   "HIGHEST VOLUME DAY TODAY .547 IN WAG."

10:59AM 20    Q.   AND NOW ON TO PAGE 10.

10:59AM 21    A.   "JC ARTICLE IS OUT."

10:59AM 22    Q.   PAGE 11?

11:00AM 23    A.   "I AM OK WITH LESS BLOOD AND DISCOMFORT IN HOLDING

11:00AM 24    STATEMENT."

11:00AM 25    Q.   "ALMOST ODD IF NOT THERE."

JHAVERI DIRECT BY MR. SCHENK                                          3634

| | | |
|---|---|---|
| 11:00AM | 1 | AND NOW PAGE 12. |
| 11:00AM | 2 | A.   "OK." |
| 11:00AM | 3 | "JUST WORRIED ABOUT FDA AND CMS." |
| 11:00AM | 4 | "BUT OK." |
| 11:00AM | 5 | "HAVE TO TAKE THIS RISK." |
| 11:00AM | 6 | Q.   "WE MADE SUCH BIG DEAL WHEN THEY WERE HERE ABOUT |
| 11:00AM | 7 | VENIPUNCTURE BEING LESS BLOOD I AM COMFORTABLE WITH IT." |
| 11:00AM | 8 | "CRAMER WANTS EXCLUSIVE." |
| 11:00AM | 9 | "NO OTHER T.V." |
| 11:00AM | 10 | A.   "WAIT FOR DAVID." |
| 11:01AM | 11 | Q.   NOW ON TO PAGE 13. |
| 11:01AM | 12 | "SENDING DRAFT RUPERT EMAIL.  THE LANGUAGE ABOUT WHAT JC |
| 11:01AM | 13 | SAID IS DAVID'S LANGUAGE DYING." |
| 11:01AM | 14 | "FYI." |
| 11:01AM | 15 | A.   "OK." |
| 11:01AM | 16 | "WHICH PART IS DAVID LANGUAGE." |
| 11:01AM | 17 | Q.   "THE PART ABOUT WHY I DIDN'T WANT TO TALK TO JC (HIS |
| 11:01AM | 18 | ACCUSATIONS) AS WELL AS THE OTHER PARAGRAPHS THAT WEREN'T THERE |
| 11:01AM | 19 | BEFORE.  EVERYTHING NEW EXCEPT THE ONE SENTENCE I ADDED ON THE |
| 11:01AM | 20 | NEW ARTICLE." |
| 11:01AM | 21 | "I AM COMFORTABLE WITH SAYING THE DEATH AND SEX THING TO |
| 11:01AM | 22 | RUPERT BC IT MAKES THE POINT." |
| 11:01AM | 23 | A.   "DON'T." |
| 11:01AM | 24 | Q.   "DON'T WHAT?" |
| 11:01AM | 25 | A.   "DON'T MAKE THE DEATH AND SEX POINT.  NOT OK." |

| | | |
|---|---|---|
| 11:01AM | 1 | Q.   "CHALLENGE IS YOU SAW HOW EVERYONE REACTED IN PRESS TO ME |
| 11:01AM | 2 | NOT MEETING WITH HIM." |
| 11:01AM | 3 |     "THEY DIDN'T THINK HIM CHALLENGING ME ON PATENTS WAS |
| 11:02AM | 4 | REMOTELY A GOOD REASON NOT TO MEET WITH HIM." |
| 11:02AM | 5 | A.   "BUT WE HAVE ENUFF POINTS TO SAY I DIDN'T MEET WITH HIM |
| 11:02AM | 6 | BECAUSE OF HIS FALSE ACCUSATIONS AND DIDN'T HAVE TO MEET WITH |
| 11:02AM | 7 | SOMEONE WHO WAS ATTACKING ME WITHOUT EVEN MEETING WITH ME.  FOR |
| 11:02AM | 8 | EXAMPLE PATENTS." |
| 11:02AM | 9 |     "I WOULDN'T OPEN UP USE PERSONAL LIFE OR MURDER BECAUSE |
| 11:02AM | 10 | ENOUGH PEOPLE ON TWITTER WILL ASSUME THAT THERE IS SOMETHING |
| 11:02AM | 11 | THERE. |
| 11:02AM | 12 |     "IT'S FILTH." |
| 11:02AM | 13 |     "AND WE NEED TO GET OUT OF FLIRTY." |
| 11:02AM | 14 |     "FILTH." |
| 11:02AM | 15 | Q.   "AGREE FOR SURE ON OUTSIDE WORLD.  EVEN WHEN RUPERT TO |
| 11:02AM | 16 | MAKE POINT." |
| 11:02AM | 17 | A.   "IF U FEEL STRONGLY ABOUT MURDER.  BUT NOT PERSONAL LIFE." |
| 11:02AM | 18 |     "I THINK IT IS IMPORTANT TO SEND THIS EMAIL BUT DOESN'T |
| 11:03AM | 19 | HELP WITH PUBLIC BEATING.  ALL OUR PARTNERS ARE BAILING ONE AT |
| 11:03AM | 20 | A TIME AND SAME WITH OUR INVESTORS." |
| 11:03AM | 21 | Q.   AND NOW ON TO PAGE 14. |
| 11:03AM | 22 | A.   "DIGNITY WAG EVERYONE IS POSTURING TO WALK AWAY.  WE R |
| 11:03AM | 23 | LOSING LEVERAGE FAST." |
| 11:03AM | 24 | Q.   "HAVE YOU TALKED TO WAG?" |
| 11:03AM | 25 | A.   "THEY ARE NOT TALKING FOR NOW UNTIL THEIR LAWYERS SAY SO." |

11:03AM    1    Q.   "TO US?"

11:03AM    2    A.   "YES."

11:03AM    3         "AT C LEVEL."

11:03AM    4    Q.   "THEIR LAWYERS TOLD THEM NOT TO TALK TO US?"

11:03AM    5    A.   "YES."

11:03AM    6    Q.   "WOW."

11:03AM    7    A.   "IN SO MANY WORDS."

11:03AM    8         "NOT EXACTLY BUT THEY WILL BRING ALL OF THIS UP ABOUT

11:03AM    9    FINGERSTICK, ET CETERA, IN CONTRACT NEGOTIATIONS."

11:03AM   10         "IT IS GOING TO BE A VERY DIFFICULT 12 MONTHS."

11:04AM   11         "OUR CLIA LAB FAILED MPV PT AT ALL 5 LEVELS.  JUST FOUND

11:04AM   12    OUT.  DEALING WITH IT."

11:04AM   13    Q.   NOW ON TO PAGE 15.

11:04AM   14    A.   "MISS OLD DAYS.  THESE DAYS ARE NOT WORTH WHATEVER WE R

11:04AM   15    TRYING TO DO HERE."

11:04AM   16         "NIM JUST TEXTED ME.  WANTS TO TALK URGENTLY."

11:04AM   17    Q.   "U CALLING HIM?"

11:04AM   18    A.   "HE WILL CALL ME WHEN READY."

11:04AM   19    Q.   "LET ME KNOW HOW IT GOES.  THE FACTS ARE ON OUR SIDE."

11:04AM   20    A.   "I KNOW.  I AM STRONG ON FACTS.  THEY ALWAYS REACT TO

11:04AM   21    ANYTHING BUT I WILL BE STRONG."

11:04AM   22    Q.   AND FINALLY PAGE 16.

11:04AM   23    A.   "OK.  WAG FREAKING OUT.  LACK OF TRANSPARENCY."

11:05AM   24         "WHY THEY FOUND THIS ALL OUT THRU MEDIA AND NOT THRU US."

11:05AM   25    Q.   "K.  THAT'S WHAT WE'LL DO."

JHAVERI DIRECT BY MR. SCHENK

11:05AM  1            "HOW WAS NIM?

11:05AM  2   A.   "WHY WE DIDN'T TELL THEM ABOUT TURNING OFF NANOTAINER A."

11:05AM  3   Q.   "DID YOU TELL HIM IT LITERALLY JUST HAPPENED?"

11:05AM  4   A.   "YES."

11:05AM  5   Q.   "AND WE HADN'T FINALIZED PLAN W FDA YET AND STILL

11:05AM  6   HAVEN'T."

11:05AM  7   A.   "I TOLD HIM WE WERE SURPRISED BY THE ARTICLE AS MUCH AS

11:05AM  8   THEY R."

11:05AM  9        "YES."

11:05AM  10       "BUT IT WAS MATTER OF COMMUNICATION.  I HAD ACTUALLY

11:05AM  11  THOUGHT ABOUT IT BUT GOT TOO BUSY TO CHAT WITH U."

11:05AM  12  Q.   "THEN LET'S SHOW THEM THAT THIS LITERALLY IS STILL UP IN

11:05AM  13  AIR."

11:05AM  14       "SO WE LITERALLY JUST DECIDED SINCE THE DISCUSSION IS

11:05AM  15  GETTING AIRED OUT IN PRESS?"

11:05AM  16  A.   "OK."

11:05AM  17       "HOWEVER ISSUE IS WE DIDN'T TELL THEM IN ADVANCE ABOUT

11:05AM  18  SWITCHING."

11:05AM  19  Q.   "WE'LL HAVE TO PRESENT WELL THAT WE HADN'T DECIDED TO."

11:06AM  20  A.   "BAD IDEA.  AT THIS POINT THEY KNOW.  SO NEED TO BE

11:06AM  21  TRANSPARENT."

11:06AM  22  Q.   "HOW LONG HAS IT BEEN THAT WE DIDN'T TELL THEM?"

11:06AM  23  A.   "3-4 WEEKS."

11:06AM  24  Q.   "I'M TRYING TO REMEMBER WHAT OUR THINKING WAS ON THAT."

11:06AM  25  A.   "NONE.  WE JUST DIDN'T TELL THEM THINKING UNDER NEW MODEL

11:06AM 1      THIS DOESN'T MATTER."

11:06AM 2          "BUT ATTACKS LIKE THIS SCARE THEM AS THEY SCARE EVERYONE."

11:06AM 3      Q.  "YEAH."

11:06AM 4          MR. JHAVERI, WE JUST READ TEXT MESSAGES BETWEEN MARCH OF

11:06AM 5      2015 AND OCTOBER OF 2015.

11:06AM 6          DURING THIS PERIOD, WERE YOU WORKING DILIGENTLY TO

11:06AM 7      OPERATIONALIZE THERANOS BLOOD TESTING SERVICES INSIDE OF

11:06AM 8      WALGREENS STORES?

11:06AM 9      A.  YES.

11:06AM 10              MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

11:06AM 11              THE COURT:  YES.

11:07AM 12          (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

11:07AM 13              MR. SCHENK:  NO FURTHER QUESTIONS.  THANK YOU.

11:07AM 14              THE COURT:  ALL RIGHT.  THANK YOU.

11:07AM 15          DO YOU HAVE CROSS-EXAMINATION?

11:07AM 16              MR. DOWNEY:  I WILL, YOUR HONOR.

11:07AM 17              THE COURT:  LET'S TAKE OUR MORNING RECESS NOW,

11:07AM 18      LADIES AND GENTLEMEN.

11:07AM 19          SHOULD WE TAKE 25 MINUTES?  LET'S DO THAT.  25 MINUTES.

11:07AM 20      25 MINUTES.

11:07AM 21          YOU MAY STAND DOWN, SIR.  YOU CAN STAND DOWN AND WE'LL

11:07AM 22      TAKE 25 MINUTES.

11:07AM 23              MR. SCHENK:  THANK YOU.

11:07AM 24          (RECESS FROM 11:07 A.M. UNTIL 11:45 A.M.)

11:45AM 25              THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

11:45AM   1     THE RECORD.

11:45AM   2         ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

11:45AM   3     OUR JURY IS PRESENT, AND OUR WITNESS IS ON THE STAND.

11:46AM   4         MR. DOWNEY, YOU HAVE CROSS?

11:46AM   5             MR. DOWNEY:  I DO, YOUR HONOR.

11:46AM   6         YOUR HONOR, DURING THE BREAK I ASKED MS. KRATZMANN TO PASS

11:46AM   7     UP A COPY OF THE EXHIBITS FOR YOU AND PLACE ONE ON THE WITNESS

11:46AM   8     STAND FOR MR. JHAVERI.

11:46AM   9             THE COURT:  THANK YOU.

11:46AM  10                        **CROSS-EXAMINATION**

11:46AM  11     BY MR. DOWNEY:

11:46AM  12     Q.  GOOD LATE MORNING TO YOU, MR. JHAVERI.  MY NAME IS

11:46AM  13     KEVIN DOWNEY AND I REPRESENT MS. HOLMES.

11:46AM  14         I'M GOING TO REMOVE MY MASK AS WELL SO WE CAN HEAR EACH

11:46AM  15     OTHER DURING THIS CONVERSATION.

11:46AM  16     A.  SURE.

11:46AM  17     Q.  YOU'VE WORKED IN AND AROUND RETAIL OPERATIONS FOR DECADES

11:46AM  18     AT THIS POINT; RIGHT?

11:46AM  19     A.  THAT'S CORRECT.

11:46AM  20     Q.  AND IT'S A HARD THING TO OPEN A RETAIL STORE, ISN'T IT?

11:46AM  21     A.  IT IS.

11:46AM  22     Q.  AND IT IS A HARD THING TO EVEN OPEN A DEPARTMENT WITHIN A

11:46AM  23     RETAIL STORE?

11:46AM  24     A.  IT IS.

11:46AM  25     Q.  AND IT'S A HARD THING TO MANAGE A STORE; CORRECT?

11:46AM  1     A.   IT IS VERY DIFFICULT TO MANAGE A STORE.

11:46AM  2     Q.   AND EVEN TO MANAGE A DEPARTMENT WITHIN A STORE; CORRECT?

11:46AM  3     A.   CORRECT.

11:46AM  4     Q.   THERE'S A LOT TO IT?

11:47AM  5     A.   THERE'S MANY THINGS THAT ARE REQUIRED.

11:47AM  6     Q.   OKAY.  AND IF THE JOB THAT IS ASKED OF YOU IS TO OPEN 1500

11:47AM  7     STORES IN A YEAR, THAT'S A VERY HARD JOB; CORRECT?

11:47AM  8     A.   THAT IS VERY DIFFICULT, YES.

11:47AM  9     Q.   BUT IF THE SENIOR MANAGEMENT OF YOUR COMPANY ASKS YOU TO

11:47AM  10    DO THAT, THAT'S SOMETHING THAT YOU HAVE TO TRY TO ACCOMPLISH;

11:47AM  11    CORRECT?

11:47AM  12    A.   IF THEY ASK ME TO DO SOMETHING, YES, I WILL DO IT IN THE

11:47AM  13    BEST WAY THAT I CAN.

11:47AM  14    Q.   OKAY.  LET'S TALK ABOUT THE SITUATION THAT WAS IN PLACE

11:47AM  15    WHEN YOU REALLY STARTED WORKING ON THE RELATIONSHIP BETWEEN

11:47AM  16    THERANOS AND WALGREENS JUST SO I'M CLEAR ON THIS.

11:47AM  17         YOU WERE NOT INVOLVED IN THE NEGOTIATION OF ANY OF THE

11:47AM  18    AGREEMENTS BETWEEN WALGREENS AND THERANOS; CORRECT?

11:47AM  19    A.   NO, SIR.

11:47AM  20    Q.   AND THERE WERE OTHER EXECUTIVES AT THERANOS WHO DID

11:47AM  21    THOSE -- OR AT WALGREENS WHO DID THAT?

11:48AM  22    A.   THAT'S CORRECT.

11:48AM  23    Q.   THAT INCLUDED, FOR EXAMPLE, MR. WASSON, WHO WAS THE CEO,

11:48AM  24    AND MR. MIQUELON, WHO WAS THE CFO?

11:48AM  25    A.   I DON'T KNOW WHO WERE INVOLVED, BUT I WAS NOT INVOLVED IN

11:48AM  1    THAT.

11:48AM  2    Q.   BUT YOU DO KNOW THAT ONE OF THE PRINCIPAL PLAYERS IN THE

11:48AM  3    RELATIONSHIP BETWEEN WALGREENS AND THERANOS WAS DR. JAY ROSAN;

11:48AM  4    CORRECT?

11:48AM  5    A.   THAT'S CORRECT.

11:48AM  6    Q.   AND DR. ROSAN WAS A SENIOR EXECUTIVE AT WALGREENS;

11:48AM  7    CORRECT?

11:48AM  8    A.   THAT'S CORRECT.

11:48AM  9    Q.   AND WHEN YOU TOOK OVER THE RELATIONSHIP WITH MR. BALWANI,

11:48AM 10    YOU UNDERSTOOD THAT DR. ROSAN HAD BEEN INVOLVED FOR MANY YEARS

11:48AM 11    IN THAT RELATIONSHIP; CORRECT?

11:48AM 12    A.   YES, I UNDERSTOOD THAT.

11:48AM 13    Q.   NOW, WHEN YOU STARTED WORKING TO -- I'LL USE THE WORD YOU

11:48AM 14    USED.  WHEN YOU STARTED WORKING TO OPERATIONALIZE THE PLAN THAT

11:48AM 15    WAS IN PLACE TO OPEN A NUMBER OF THERANOS CENTERS IN WALGREENS

11:48AM 16    STORES, DID SOMEONE BRIEF YOU ON THE SITUATION?

11:49AM 17    A.   WELL, IF I CAN STEP BACK A LITTLE BIT.  THERE WAS NO PLAN

11:49AM 18    TO OPERATIONALIZE THE SERVICES.  THEY HAD THREE STORES OPENED

11:49AM 19    WHEN I HAD TAKEN OVER ON THE OPERATIONAL PIECE.

11:49AM 20        SO WE WERE DEVELOPING A FULL PLAN TO GET THIS DONE, AND

11:49AM 21    THAT'S PART OF MY RESPONSIBILITY, AS WELL AS MY TEAM'S

11:49AM 22    RESPONSIBILITY.

11:49AM 23    Q.   OKAY.  AND JUST SO THAT I'M CLEAR, YOU HAD NOT PLAYED A

11:49AM 24    ROLE IN ANY KIND OF EVALUATION OF THE TECHNOLOGY OF THERANOS

11:49AM 25    PRIOR TO THE TIME ANY AGREEMENTS WERE SIGNED; IS THAT RIGHT?

11:49AM   1    A.    THAT'S CORRECT, SIR.

11:49AM   2    Q.    AND THAT WAS DONE BY OTHERS AT WALGREENS AND OUTSIDE

11:49AM   3    CONSULTANTS ADVISING THEM; CORRECT?

11:49AM   4    A.    THAT IS CORRECT.

11:49AM   5    Q.    AND AS FAR AS YOU KNOW, ADEQUATE DUE DILIGENCE WAS DONE IN

11:49AM   6    THAT REGARD; CORRECT?

11:49AM   7    A.    THAT IS CORRECT.

11:49AM   8    Q.    AND YOU ALSO WERE NOT INVOLVED IN CONTACT WITH MS. HOLMES;

11:49AM   9    IS THAT CORRECT?

11:49AM  10    A.    NO.  I HAD VERY LITTLE CONTACT WITH MS. HOLMES.

11:49AM  11    Q.    OKAY.  AND THAT WAS TRUE THROUGHOUT THE TIME THAT YOU WERE

11:50AM  12    INVOLVED IN THE THERANOS-WALGREENS RELATIONSHIP; CORRECT?

11:50AM  13    A.    YEAH, I MET WITH MS. HOLMES MAYBE TWO OR THREE TIMES AT

11:50AM  14    MOST.

11:50AM  15    Q.    OKAY.  NOW, WHEN YOU GOT YOUR ORIGINAL BRIEFING -- LET ME

11:50AM  16    JUST ORIENT MYSELF IN TERMS OF THE DATE -- DID YOU BEGIN

11:50AM  17    WORKING ON THE PARTNERSHIP IN EARNEST IN LATE 2013 OR EARLY

11:50AM  18    2014?

11:50AM  19    A.    IN EARLY 2014.

11:50AM  20    Q.    AND THERE WERE A FEW STORES OPEN AT THAT TIME; CORRECT?

11:50AM  21    A.    WHEN I TOOK OVER RESPONSIBILITY, THERE WERE THREE STORES

11:50AM  22    OPEN, TWO IN ARIZONA AND ONE IN CALIFORNIA.

11:50AM  23    Q.    AND DID YOU TRY AND GET A SENSE OF WHAT WAS GOING ON IN

11:50AM  24    THOSE STORES?

11:50AM  25    A.    YES, I DID.

11:50AM   1     Q.   AND DID YOU LEARN RELATIVELY EARLY IN YOUR DEALINGS WITH

11:50AM   2     THERANOS THAT A NUMBER OF BLOOD DRAWS WERE BEING CONDUCTED BY

11:50AM   3     VENOUS DRAW?

11:50AM   4     A.   YES, YES.  PART OF MY ONBOARDING WAS ALSO TO UNDERSTAND

11:50AM   5     FROM MY TEAM, OUR TEAM, THE WALGREENS TEAM, WHAT THE STATUS WAS

11:51AM   6     AT THE STORES, WHERE THEY STOOD, WHAT THEY WERE SEEING, AND

11:51AM   7     THEN THAT WAS PART OF MY LEARNING.

11:51AM   8     Q.   OKAY.  AND SO YOU LEARNED AT THAT POINT THAT THERE WERE

11:51AM   9     SOME BLOOD DRAWS THAT WERE BEING TAKEN BY FINGERSTICK; CORRECT?

11:51AM  10          AND I THINK YOU SAID THAT THERE WERE SOME DRAWS THAT WERE

11:51AM  11     BEING TAKEN BY VEIN, THAT WERE VENOUS DRAWS; CORRECT?

11:51AM  12     A.   THAT'S CORRECT.

11:51AM  13     Q.   BUT REALLY THERE ARE THREE TYPES OF BLOOD DRAWS; CORRECT?

11:51AM  14     THERE'S THE FINGERSTICK DRAW THAT YOU MENTIONED; THERE'S THE

11:51AM  15     TRADITIONAL VENOUS DRAW; AND THEN YOU CAN TAKE A MICROSAMPLE

11:51AM  16     DRAW FROM THE ARM AS WELL; CORRECT?

11:51AM  17     A.   YES.

11:51AM  18     Q.   AND THAT'S CONSIDERED A VENOUS DRAW; CORRECT?

11:51AM  19     A.   THAT'S CORRECT.

11:51AM  20     Q.   AND YOU LEARNED THAT PART OF THERANOS'S OPERATION IN THE

11:51AM  21     STORE WAS THAT THEY WERE TAKING CERTAIN SAMPLES FROM THE VEIN

11:51AM  22     AS MICROSAMPLES; CORRECT?

11:51AM  23     A.   THAT'S CORRECT.

11:51AM  24     Q.   AND THAT WAS PUBLICLY ANNOUNCED PRIOR TO THE, TO THE

11:52AM  25     PARTNERSHIP BEGINNING OPERATIONS; CORRECT?

11:52AM   1    A.   YES, THERE WERE VENOUS DRAWS THAT WERE AT PEDIATRIC LEVEL

11:52AM   2    DOSES, OR BLOOD DRAWS, THAT WERE PART OF THAT.

11:52AM   3    Q.   OKAY.  NOW, WHEN YOU BEGAN WORK ON THE PARTNERSHIP, DID

11:52AM   4    YOU SIT DOWN AND READ THE AGREEMENTS THAT WERE IN PLACE BETWEEN

11:52AM   5    THERANOS AND WALGREENS?

11:52AM   6    A.   I DID, SIR.

11:52AM   7    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 1083.

11:52AM   8    A.   IS THAT IN WHICH BINDER?

11:52AM   9    Q.   I BELIEVE IT SHOULD BE IN VOLUME 2 OF THE TWO BINDERS THAT

11:52AM   10   YOU HAVE, BUT I CAN HELP YOU LOCATE IT IF YOU HAVE DIFFICULTY.

11:52AM   11   A.   YEAH.

11:52AM   12        THE CLERK:  THAT WAS PREVIOUSLY ADMITTED, COUNSEL.

11:53AM   13   BY MR. DOWNEY:

11:53AM   14   Q.   DO YOU HAVE THAT IN FRONT OF YOU?

11:53AM   15   A.   IS THAT WHAT IS ON THE SCREEN NOW?

11:53AM   16   Q.   IT IS, YES.

11:53AM   17   A.   YES.

11:53AM   18   Q.   AND DO YOU SEE THAT THIS IS AN EMAIL BETWEEN MR. MIQUELON,

11:53AM   19   THE WALGREENS CFO, AND MS. HOLMES.

11:53AM   20        DO YOU SEE THAT?

11:53AM   21   A.   I DO.

11:53AM   22   Q.   AND DO YOU SEE THAT HE SAYS THAT HE'S ATTACHING A

11:53AM   23   CONCEPTUAL FRAMEWORK?

11:53AM   24   A.   YES.

11:53AM   25   Q.   AND THIS WAS SENT IN SEPTEMBER OF 2013.

11:53AM   1          AND IS THAT ABOUT FIVE OR SIX MONTHS BEFORE YOU BEGAN

11:53AM   2     WORKING ON THE PARTNERSHIP?

11:53AM   3     A.   THAT'S CORRECT.

11:53AM   4     Q.   OKAY.  LET ME ASK YOU TO TAKE A LOOK AT THE FIRST

11:53AM   5     PARAGRAPH, WHICH IS ON PAGE 2 OF THE EXHIBIT.

11:53AM   6          AND I WANT TO LOOK AT THIS FIRST PARAGRAPH, ROMAN NUMERAL

11:53AM   7     I WHICH IS UP ON THE SCREEN.

11:54AM   8          AND DO YOU SEE THERE IN THE TERM SHEET, MR. MIQUELON

11:54AM   9     EXPRESSED THAT WALGREENS WAS WILLING TO COMMIT TO DEVELOPING

11:54AM   10    THERANOS LAB SERVICES AT 1500 LOCATIONS IN THE FIRST 12 MONTHS

11:54AM   11    AFTER THE START OF THE ROLLOUT?

11:54AM   12    A.   YES.

11:54AM   13    Q.   AND DO YOU SEE THAT HE WAS ALSO WILLING TO COMMIT TO AN

11:54AM   14    ADDITIONAL 1500 LOCATIONS IN THE FOLLOWING 12 MONTHS?

11:54AM   15    A.   I DO SEE THAT.

11:54AM   16    Q.   AND THE ROLLOUT THAT THAT CONTEMPLATES, THAT'S A BIG JOB;

11:54AM   17    RIGHT?

11:54AM   18    A.   THAT IS A BIG JOB.

11:54AM   19    Q.   FOR MANY OF THE REASONS THAT YOU TALKED ABOUT WHEN YOU

11:54AM   20    WERE ON DIRECT EXAMINATION WITH MR. SCHENK; RIGHT?  YOU HAVE TO

11:54AM   21    TRAIN PEOPLE; CORRECT?  OFTEN YOU HAVE TO BUILD OUT IN A

11:54AM   22    FACILITY; CORRECT?

11:54AM   23    A.   THAT'S CORRECT.

11:54AM   24    Q.   AND YOU HAVE TO FIGURE OUT HOW THE PROCESS IS GOING TO

11:54AM   25    WORK OF PATIENTS RELATING TO THE SERVICE; CORRECT?

11:54AM  1    A.   THAT'S CORRECT.

11:54AM  2    Q.   AND SO THIS COMMITMENT WAS A HUGE COMMITMENT ON THE PART

11:55AM  3    OF WALGREENS; CORRECT?

11:55AM  4    A.   YES, IT WAS.

11:55AM  5    Q.   AND WHO WAS WORKING ON THAT TYPE OF A COMMITMENT AROUND

11:55AM  6    THE TIME OF THE LAUNCH?

11:55AM  7    A.   AT THE TIME OF THE LAUNCH --

11:55AM  8    Q.   ON THE WALGREENS SIDE?

11:55AM  9    A.   I DO NOT KNOW EXACTLY WHO WAS WORKING ON IT AT THAT TIME,

11:55AM  10   BUT I KNOW THERE WERE SOME FOLKS, DR. ROSAN WAS ONE OF THEM,

11:55AM  11   THAT WAS INVOLVED, AND THERE WAS A SMALL TEAM LED BY

11:55AM  12   KIM ROMANSKI WHO WAS PART OF IT.

11:55AM  13   Q.   AND WHO WAS WORKING ON WHAT YOU LATER STARTED TO WORK ON,

11:55AM  14   WHICH WAS THE OPERATIONALIZATION OF THE PROGRAM?

11:55AM  15   A.   I HAD PUT IN A TEAM, A LARGER TEAM LED BY CASEY KOZLOWSKI,

11:55AM  16   WE MENTIONED HER NAME EARLIER, WHO LED THE TEAM WHO REPORTED TO

11:55AM  17   ME.

11:55AM  18   Q.   I DON'T MEAN TO INTERRUPT, BUT I MEANT BEFORE YOU BEGAN

11:55AM  19   WORK.

11:55AM  20   A.   OH.  AS I SAID, THE INDIVIDUALS THAT I JUST TALKED ABOUT,

11:55AM  21   DR. ROSAN AND KIM ROMANSKI AND HER TEAM WERE WORKING ON IT

11:55AM  22   BEFORE I STARTED.

11:55AM  23   Q.   OKAY.  AND THEN YOU CAME AT SOME POINT IN 2014 AND YOU PUT

11:56AM  24   IN PLACE A LARGER TEAM?

11:56AM  25   A.   THAT'S CORRECT.

JHAVERI CROSS BY MR. DOWNEY

11:56AM 1    Q.   LET ME ASK YOU NOW TO LOOK AT -- I WANT TO SHOW YOU A COPY

11:56AM 2    OF THE CONTRACT THAT WAS IN PLACE BETWEEN THERANOS AND

11:56AM 3    WALGREENS.  IT HAS ALSO BEEN PREVIOUSLY ADMITTED AND IT IS

11:56AM 4    EXHIBIT 1387.  AND IF YOU WANT TO LOOK AT THE ENTIRETY, IT

11:56AM 5    SHOULD BE IN THAT SAME NOTEBOOK.

11:56AM 6        SORRY.  I'M POINTING YOU TO THE WRONG EXHIBIT.

11:56AM 7        YES, OKAY.  1387, NOT 1837.

11:57AM 8        DO YOU SEE THAT?

11:57AM 9    A.   I DO.

11:57AM 10   Q.   AND IF YOU REVIEW THE ENTIRE DOCUMENT, DO YOU SEE THAT

11:57AM 11   THAT'S A LETTER AND IT WAS SIGNED BETWEEN ELIZABETH HOLMES AT

11:57AM 12   THE END ON THE LAST PAGE AND MARK VAINISI FROM WALGREENS.

11:57AM 13       DO YOU SEE THAT?

11:57AM 14   A.   I DO.

11:57AM 15   Q.   AND THIS WAS THE MOST RECENT AMENDMENT TO THE

11:57AM 16   THERANOS-WALGREENS MASTER SERVICES AGREEMENT; CORRECT?

11:57AM 17   A.   THAT'S I'M AWARE OF, YES.

11:57AM 18   Q.   AND THIS WAS ONE OF THE DOCUMENTS THAT YOU REVIEWED AT THE

11:57AM 19   TIME THAT YOU BECAME THE PERSON IN CHARGE OF OPERATIONALIZING

11:57AM 20   THE THERANOS-WALGREENS PARTNERSHIP; CORRECT?

11:57AM 21   A.   THAT'S CORRECT.

11:57AM 22   Q.   IF YOU LOOK AT THE SECOND FULL PARAGRAPH ON PAGE 1 OF THE

11:58AM 23   DOCUMENT, IT BEGINS THAT -- DO YOU SEE THE FIRST SENTENCE

11:58AM 24   THERE?  IT INDICATED IT WAS THE INTENTION OF THE PARTIES TO

11:58AM 25   DEVELOP A MUTUALLY BENEFICIAL STRATEGIC RELATIONSHIP THAT

11:58AM 1      FACILITATES THE SUCCESSFUL DEPLOYMENT OF THERANOS NATIONALLY,

11:58AM 2      ESTABLISHES WALGREENS AS THE NATIONAL PARTNER FOR LABORATORY

11:58AM 3      SERVICES THAT THERANOS IS ABLE TO PROVIDE, AND THERANOS AS

11:58AM 4      WALGREENS'S NATIONAL PARTNER FOR SUCH THERANOS SERVICES.

11:58AM 5          DO YOU SEE THAT?

11:58AM 6      A.   I DO.

11:58AM 7      Q.   AND THAT WAS REALLY THE PURPOSE OF THIS AGREEMENT, TO GIVE

11:58AM 8      SOME EXCLUSIVITY RIGHTS TO WALGREENS ON THE ONE HAND AND TO

11:58AM 9      HELP FACILITATE A NATIONAL ROLLOUT FOR THERANOS ON THE OTHER;

11:58AM 10     CORRECT?

11:58AM 11     A.   THAT'S CORRECT.

11:58AM 12     Q.   IS THERE ANY MENTION IN THIS DOCUMENT OF THE PERCENTAGE OF

11:58AM 13     DRAWS THAT WOULD BE ON FINGERSTICK?

11:58AM 14     A.   I DO NOT KNOW.  I WOULD HAVE TO READ THROUGH THE WHOLE

11:59AM 15     DOCUMENT.

11:59AM 16     Q.   OKAY.  IF -- IF THERE WERE NOT, DOES THAT SURPRISE YOU?

11:59AM 17     A.   IT DEPENDS ON THE CONTRACT, RIGHT?  SO IT'S NOT SIMPLY

11:59AM 18     JUST THERANOS.

11:59AM 19         DEPENDING ON HOW THE INDIVIDUALS AND THE TWO PARTIES

11:59AM 20     CONSTRUCTED THE CONTRACT, SOMETIMES IT'S A HIGHER LEVEL

11:59AM 21     CONTRACT AND THE DETAILS ARE THEN IN A SEPARATE SOW, OR

11:59AM 22     STATEMENT OF WORK, OR SERVICE LEVEL AGREEMENT.

11:59AM 23         SO I WOULD NOT BE SURPRISED IF ALL OF THOSE SPECIFICS ARE

11:59AM 24     NOT IN THIS MASTER SERVICES AGREEMENT.

11:59AM 25     Q.   WELL, DO YOU KNOW OF ANY AGREEMENT BETWEEN THERANOS AND

11:59AM  1    WALGREENS THAT CONTAINS A COMMITMENT ON THERANOS'S PART AS TO

11:59AM  2    THE PERCENTAGE OF BLOOD DRAWS THAT WILL BE VENOUS?

11:59AM  3    A.   I AM NOT AWARE OF THAT.

11:59AM  4    Q.   OKAY.  AND YOU UNDERSTAND THAT UNDER THIS CONTRACT,

11:59AM  5    WALGREENS PAID THERANOS AN INNOVATION FEE; CORRECT?

11:59AM  6    A.   I DO.

11:59AM  7    Q.   AND THE PURPOSE OF PAYING THERANOS THAT INNOVATION FEE WAS

12:00PM  8    TO ASSIST IT IN SCALING UP SO THAT THERE COULD BE A NATIONAL

12:00PM  9    ROLLOUT; CORRECT?

12:00PM  10   A.   THAT WAS PART OF IT, YES.

12:00PM  11   Q.   AND, OF COURSE, PART OF IT WAS TO OBTAIN THE EXCLUSIVITY

12:00PM  12   THAT WALGREENS OBTAINED UNDER THE AGREEMENT; CORRECT?

12:00PM  13   A.   CORRECT.

12:00PM  14   Q.   AND YOU TESTIFIED ON DIRECT THAT THERE WAS NO GUARANTEE,

12:00PM  15   CORRECT, THAT THERE WOULD BE A ROLLOUT NATIONALLY OR EVEN

12:00PM  16   BEYOND A CERTAIN NUMBER OF STORES; CORRECT?

12:00PM  17   A.   THAT'S CORRECT.

12:00PM  18   Q.   BUT YOU UNDERSTOOD THAT WHEN WALGREENS MADE THIS

12:00PM  19   COMMITMENT AT THE END OF 2014, IT WAS WALGREENS'S INTENTION TO

12:00PM  20   DO EVERYTHING IT COULD TO FACILITATE AND DRIVE A NATIONAL

12:00PM  21   ROLLOUT OVER THE NEXT TWO YEARS; CORRECT?

12:00PM  22   A.   WE HAD EVERY INTENTION TO GO TO A NATIONAL ROLLOUT, AGAIN,

12:00PM  23   IF IT WAS OPERATIONALLY FEASIBLE, THE METRICS WERE MADE, AND

12:00PM  24   THE ACTUAL SERVICE DELIVERED ON ITS PROMISE.

12:01PM  25   Q.   AND THE PROCESS OF DOING THOSE THINGS, AGAIN, THAT WAS A

12:01PM   1    HUGE TASK FOR WALGREENS TO PERFORM; CORRECT?

12:01PM   2    A.   ABSOLUTELY.  IT WAS A HUGE TASK FOR BOTH PARTIES.

12:01PM   3    Q.   NO QUESTION.  A HUGE TASK FOR THERANOS; CORRECT?

12:01PM   4    A.   YES.

12:01PM   5    Q.   AND THERANOS NEVER HAD ANY EXPERIENCE PRIOR TO THE

12:01PM   6    WALGREENS LAUNCH WITH REGARD TO ROLLING OUT STORES WHERE THERE

12:01PM   7    WOULD BE CONSUMER LAB SERVICES OFFERED; CORRECT?

12:01PM   8    A.   I CAN'T SPEAK TO WHAT THEIR EXPERIENCE WAS, BUT I CAN TELL

12:01PM   9    YOU IT WAS A HUGE UNDERTAKING FOR BOTH PARTIES.

12:01PM   10   Q.   RIGHT.  AND WALGREENS HAD SIGNIFICANT EXPERIENCE IN THAT

12:01PM   11   AREA; CORRECT?

12:01PM   12   A.   ABSOLUTELY.

12:01PM   13   Q.   AND WHATEVER THERANOS THOUGHT, YOU KNEW THIS WAS GOING TO

12:01PM   14   BE A HUGE TASK; CORRECT?

12:01PM   15   A.   CORRECT.

12:01PM   16   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 3755 AND ASK IF

12:02PM   17   YOU CAN IDENTIFY WHAT THIS IS.

12:02PM   18   A.   YEP.  THIS IS SOMETHING CALLED A PROGRAM CHARTER, AND SO

12:02PM   19   FOR ANY TYPE OF PROJECT OR PROGRAM THAT WE AT WALGREENS WOULD

12:02PM   20   LAUNCH, THAT WE WOULD HAVE A DOCUMENT THAT STARTS TO SET FORTH

12:02PM   21   WHAT THE INTENTION WAS, WHAT WE'RE TRYING TO DO, HOW WE'RE

12:02PM   22   GOING TO DO IT.  IT'S AN ITERATIVE DOCUMENT, SO AS WE LEARN

12:02PM   23   MORE, WE UPDATE IT.

12:02PM   24        BUT THE IDEA HERE IS TO START TO DOCUMENT WHAT OUR PLAN

12:02PM   25   COULD LOOK LIKE.

JHAVERI CROSS BY MR. DOWNEY

12:02PM  1    Q.   OKAY.  AND IT EXIST IN SOME -- IN SOME FORM IT'S STORED

12:02PM  2    SOMEWHERE AND SOMEBODY HAS THE AUTHORITY TO MODIFY IT AS YOU GO

12:02PM  3    FORWARD?

12:02PM  4    A.   YES, SIR.

12:02PM  5    Q.   AND LET ME ASK YOU TO LOOK AT THE DATES THAT APPEAR

12:02PM  6    TOWARDS THE FRONT OF THE DOCUMENT.

12:03PM  7        DO YOU SEE THAT ON 3755, A LISTING OF DATES?

12:03PM  8    A.   ARE YOU REFERRING TO THE DOCUMENT VERSION CONTROL?

12:03PM  9    Q.   YES.

12:03PM 10    A.   YES, I DO.

12:03PM 11    Q.   AND THAT INDICATES DATES ON WHICH REVISIONS ARE MADE TO

12:03PM 12    THE PROGRAM CHARTER; CORRECT?

12:03PM 13    A.   THAT'S RIGHT.

12:03PM 14    Q.   LET ME ASK YOU TO LOOK AT -- WELL, WHAT DATE WAS THIS

12:03PM 15    VERSION CURRENT AS OF?

12:03PM 16    A.   ACCORDING TO THIS DOCUMENT, 3-5-2014.

12:03PM 17    Q.   AND WAS THAT AROUND THE TIME THAT YOU WERE GETTING

12:03PM 18    INVOLVED WITH THE PROGRAM?

12:03PM 19    A.   YES, SIR.

12:03PM 20    Q.   AND LET ME ASK YOU TO LOOK AT PAGE 2, THE EXECUTIVE

12:03PM 21    SUMMARY.

12:03PM 22        OH, YOUR HONOR, I MOVE THE ADMISSION OF 3755.

12:03PM 23            MR. SCHENK:  NO OBJECTION.

12:03PM 24            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:03PM 25        (GOVERNMENT'S EXHIBIT 3755 WAS RECEIVED IN EVIDENCE.)

12:03PM  1    BY MR. DOWNEY:

12:03PM  2    Q.   ON THE SECOND PAGE I'M INTERESTED IN DIRECTING YOUR

12:04PM  3    ATTENTION TO THE TOP HALF OF THE DOCUMENT WHICH IS CAPTIONED

12:04PM  4    EXECUTIVE SUMMARY.

12:04PM  5         DO YOU SEE THAT?

12:04PM  6    A.   I DO.

12:04PM  7    Q.   AND THEN IN THE PARAGRAPH JUST AFTER THE FIRST SET OF

12:04PM  8    BULLET POINTS IT SAYS, "THE OVERALL GOAL IS TO EXPAND TO 2500

12:04PM  9    STORES NATIONWIDE BY THE END OF FY16."

12:04PM  10        FY REFERS TO FISCAL YEAR?

12:04PM  11   A.   THAT'S RIGHT, FISCAL YEAR FOR WALGREENS.

12:04PM  12   Q.   OKAY.  AND THE FISCAL YEAR FOR WALGREENS ACTUALLY ENDED IN

12:04PM  13   THE MIDDLE OF THE CALENDAR YEAR; CORRECT?

12:04PM  14   A.   IT DID.  THE FISCAL YEAR STARTS IN AUGUST AND THEN ENDS IN

12:04PM  15   SEPTEMBER.

12:04PM  16   Q.   OKAY.  SO WHEN THIS DOCUMENT SAYS THAT THE GOAL WAS TO

12:04PM  17   EXPAND TO 2500 STORES NATIONWIDE BY THE END OF FISCAL YEAR '16,

12:04PM  18   THAT WOULD MEAN THAT THE GOAL WAS TO EXPAND TO 2500 STORES BY

12:04PM  19   SEPTEMBER OF 2016; CORRECT?

12:04PM  20   A.   YEAH, LET ME JUST CORRECT MYSELF.  I REVERSED THE MONTHS.

12:05PM  21   IT'S FROM SEPTEMBER 1ST THROUGH AUGUST 31ST OF THE FOLLOWING

12:05PM  22   YEAR.  SO IT WOULD BE AUGUST 31ST.

12:05PM  23   Q.   OKAY.  SO THE GOAL WAS TO EXPAND TO 2500 STORES BY

12:05PM  24   SEPTEMBER 1ST OF 2016; CORRECT?

12:05PM  25   A.   2016, CORRECT.

12:05PM 1    Q.   I BEG YOUR PARDON.  NOW I'VE MISSTATED THE YEARS -- NO, I

12:05PM 2    HAVEN'T ACTUALLY.  LET ME TRY IT AGAIN AND WE'LL GET THE YEARS

12:05PM 3    STRAIGHT.

12:05PM 4        THE GOAL AS STATED IN THIS DOCUMENT WAS FOR THE THERANOS

12:05PM 5    PARTNERSHIP TO EXPAND TO 2500 STORES NATIONWIDE BY

12:05PM 6    SEPTEMBER 1ST, 2016; CORRECT?

12:05PM 7    A.   THAT'S CORRECT.  SO THE FISCAL YEAR -- JUST TO BE VERY

12:05PM 8    CLEAR, FISCAL YEAR '16 STARTED IN AUGUST OF 2015 -- OR

12:05PM 9    SEPTEMBER OF 2015 AND WENT TO AUGUST OF 2016.

12:05PM 10   Q.   OKAY.  AND THEN IT REFERENCES WHAT THE PLAN FOR FISCAL

12:05PM 11   YEAR '14 WAS.  DO YOU SEE THAT?

12:06PM 12   A.   I DO.

12:06PM 13   Q.   AND IT INDICATES THAT THE PLAN FOR FISCAL YEAR 2015 WAS TO

12:06PM 14   ROLL OUT DIAGNOSTIC TESTING SERVICES TO 40 STORES BY

12:06PM 15   AUGUST 1ST, 2014; CORRECT?

12:06PM 16   A.   THAT'S CORRECT.

12:06PM 17   Q.   AND THAT WAS REALLY THE PROJECT THAT YOU WERE WORKING ON

12:06PM 18   WITH MR. BALWANI THAT YOU WERE TALKING ABOUT IN YOUR DIRECT

12:06PM 19   EXAMINATION?

12:06PM 20   A.   YEAH.  THE PLAN WAS, WHEN I TOOK OVER, TO GET TO 40 STORES

12:06PM 21   BY THE END OF THAT FISCAL YEAR, AND WE HAD 41 STORES SOMETIME

12:06PM 22   BY SEPTEMBER OR OCTOBER OF THAT YEAR.  I CAN'T EXACTLY

12:06PM 23   REMEMBER.

12:06PM 24   Q.   OKAY.  NOW, THIS WAS -- HOW MUCH OF YOUR TIME WERE YOU

12:06PM 25   DEVOTING TO HELPING WITH THIS PARTNERSHIP?

12:06PM   1    A.   I HAD SEVERAL TEAMS REPORTING TO ME ON VARIOUS PROGRAMS,

12:06PM   2    SO IT'S HARD TO SAY FROM A PERCENTAGE STANDPOINT.  BUT THIS

12:06PM   3    WAS -- AS I MENTIONED EARLIER TODAY, IT'S A CORE PART OF WHAT

12:06PM   4    WE WERE TRYING TO DO.

12:06PM   5    Q.   IT WAS A SUBSTANTIAL PART OF YOUR TIME; CORRECT?

12:06PM   6    A.   IT WAS A SIZEABLE PORTION.

12:06PM   7    Q.   LET ME ASK YOU TO LOOK AT THE NEXT SET -- THE BOTTOM HALF

12:07PM   8    OF THAT DOCUMENT, WHICH IS LABELLED BUSINESS NEED/OPPORTUNITY.

12:07PM   9        DO YOU SEE THAT?

12:07PM  10    A.   YES, SIR.

12:07PM  11    Q.   AND IT SAYS, IF YOU READ THE FIRST SENTENCE UNDER

12:07PM  12    "OPPORTUNITY," IT INDICATES THAT THERE WAS A FORECASTED SIZE

12:07PM  13    FOR A MARKET OF $73 BILLION.

12:07PM  14        DO YOU KNOW WHAT THAT REFERS TO?

12:07PM  15    A.   YES.  THAT WAS THE MARKET SIZE OF THE LABORATORY MARKET

12:07PM  16    FOR THE U.S.

12:07PM  17    Q.   OKAY.  AND THEN IN THE SECOND PARAGRAPH IT SAYS, "THE

12:07PM  18    WALGREENS REVENUE OPPORTUNITY, AT A CAPTURE RATE OF 100 PERCENT

12:07PM  19    OF THE MARKET, IS 6.3 BILLION BASED ON CURRENT CONTRACT."

12:07PM  20        CAN YOU EXPLAIN THAT?

12:07PM  21    A.   THIS WAS WHAT THE OPPORTUNITY FOR US, FOR WALGREENS WAS,

12:07PM  22    TO CAPTURE PART OF THAT $73 BILLION.  IF WE WERE TO ACHIEVE

12:07PM  23    WHAT WAS STATED IN THE CONTRACT, I BELIEVE 1500 STORES, OR

12:08PM  24    WHATEVER THAT NATIONWIDE LAUNCH WAS.  AND SO THIS WAS REFERRING

12:08PM  25    TO THAT.

12:08PM  1    Q.   SO ADDING $6.3 BILLION TO WALGREENS'S REVENUE WOULD BE A

12:08PM  2    SUBSTANTIAL ACHIEVEMENT; IS THAT CORRECT?

12:08PM  3    A.   ABSOLUTELY.

12:08PM  4    Q.   AND THAT'S WHY -- I DON'T WANT TO EMBARRASS YOU, BUT YOU

12:08PM  5    WERE A SENIOR EXECUTIVE IN THE COMPANY?

12:08PM  6    A.   CORRECT.

12:08PM  7    Q.   AND THAT'S WHY IT WAS SO MUCH OF YOUR TIME; CORRECT?

12:08PM  8    A.   IT WAS, YES.

12:08PM  9    Q.   LET ME ASK YOU NEXT TO LOOK AT PAGE 5 OF THE DOCUMENT.

12:08PM  10        DO YOU SEE THE TOP PORTION OF THAT DOCUMENT, WHICH IS A

12:08PM  11   FINANCIAL OUTLOOK?

12:08PM  12   A.   I DO.

12:08PM  13   Q.   AND DO YOU SEE THAT IT PROJECTS A CERTAIN NUMBER OF

12:08PM  14   PATIENTS PER DAY FOR FISCAL YEAR '14 AND FISCAL YEAR '15?

12:09PM  15        DO YOU SEE THAT?

12:09PM  16   A.   I DO.

12:09PM  17   Q.   AND DO YOU SEE THAT FOR FISCAL YEARS, BOTH OF THOSE YEARS,

12:09PM  18   THE PROJECTION IS THAT FIVE PATIENTS A DAY WOULD COME INTO THE

12:09PM  19   STORE?

12:09PM  20   A.   THAT'S CORRECT.

12:09PM  21   Q.   DID YOU EVALUATE THAT METRIC WHEN YOU HAD THE 40 STORE

12:09PM  22   PILOT?

12:09PM  23   A.   WE DID.

12:09PM  24   Q.   DID YOU ACHIEVE FIVE PATIENTS PER STORE PER DAY?

12:09PM  25   A.   WE ACHIEVED 5.5, I BELIEVE, BY AUGUST OF 2014.

12:09PM 1    Q.   OKAY.  IF YOU LOOK -- AND THEN THE HOPE WAS AFTER THAT

12:09PM 2    THAT, THE NUMBER OF PATIENTS PER STORE PER DAY WOULD GROW;

12:09PM 3    CORRECT?

12:09PM 4    A.   THAT'S CORRECT.

12:09PM 5    Q.   AND THAT WOULD HAPPEN WITH MARKETING AND WORD OF MOUTH AND

12:09PM 6    SO FORTH; CORRECT?

12:09PM 7    A.   THAT'S CORRECT.

12:09PM 8    Q.   BY THE WAY, WHEN WE TALK ABOUT THE PRODUCT THAT WAS BEING

12:09PM 9    OFFERED BY WALGREENS AND THE EFFORT TO GENERATE INTEREST IN IT,

12:09PM 10   WERE THERE OTHER SERVICES THAT OFFERED A FINGERSTICK DRAW FOR

12:10PM 11   PURPOSES OF CLINICAL BLOOD TESTING?

12:10PM 12   A.   YEAH, WE HAD SOME STORES THAT ACTUALLY PROVIDED GLUCOSE

12:10PM 13   TESTING OR HEMOGLOBIN AIC TESTING FOR DIABETES, AND SO WE DID,

12:10PM 14   NOT ALL OF THE STORES, BUT SOME STORES DID HAVE THAT AS AN

12:10PM 15   OFFERING.

12:10PM 16       AND THOSE POINT OF CARE TESTING WERE PRIMARILY

12:10PM 17   DIRECTIONAL.  IT WAS SOMETHING THAT YOU WOULD TAKE HOME, YOUR

12:10PM 18   DIABETES METER, THINGS OF THAT NATURE, AND WE WOULD DO THAT FOR

12:10PM 19   THE PATIENT AT THE STORE.

12:10PM 20       AGAIN, IT IS NOT A MECHANISM WHEREBY YOU CAN MAKE A

12:10PM 21   DIAGNOSIS OF THOSE PARTICULAR TESTS, BUT IT GIVES THE PATIENT

12:10PM 22   AN IDEA OF WHERE THEY STAND.

12:10PM 23       AND SO IF THEY SEE ANY TYPE OF UNUSUAL NUMBERS, THEN THEY

12:10PM 24   CAN GO AND SEE THEIR PROVIDER FOR ANY TYPE OF FURTHER

12:10PM 25   EVALUATION.

12:10PM  1    Q.    SO THAT'S, FOR EXAMPLE, SOMETHING THAT SOME OF US ARE

12:10PM  2    UNFORTUNATELY FAMILIAR WITH, THAT IF YOU SUFFER FROM A

12:11PM  3    PARTICULAR DISEASE THAT REQUIRES YOU TO MONITOR YOUR GLUCOSE,

12:11PM  4    YOU NEED THAT TYPE OF A METER OR SOMETHING THAT COULD PERFORM

12:11PM  5    MONITORING OF ONE ANALYTE IN YOUR BLOOD; CORRECT?

12:11PM  6    A.    THAT'S RIGHT.

12:11PM  7    Q.    BUT THERE WAS NO SERVICING THAT WAS OFFERING A BROAD RANGE

12:11PM  8    OF ASSAYS WITH FINGERSTICK BLOOD DRAW, WAS THERE?

12:11PM  9    A.    NO, SIR.

12:11PM  10   Q.    SO PART OF THE EXCITEMENT ABOUT THERANOS THAT YOU SAW WAS

12:11PM  11   THAT THAT WAS BEING OFFERED WITHIN WALGREENS; CORRECT?

12:11PM  12   A.    THAT'S CORRECT.

12:11PM  13   Q.    AND AT THE TIME THAT YOU JOINED, ABOUT 60 PERCENT OF THE

12:11PM  14   PATIENTS WHO CAME IN WERE HAVING THEIR BLOOD DRAWN BY

12:11PM  15   FINGERSTICK; CORRECT?

12:11PM  16   A.    BASED ON THE NUMBERS THAT WE SAW, YES.

12:11PM  17   Q.    OKAY.  AND AS YOU UNDERSTOOD IT, THERANOS WAS WORKING TO

12:11PM  18   INCREASE THAT PERCENTAGE OF PATIENTS; CORRECT?

12:11PM  19   A.    YEAH.  THEY WERE WORKING ON REDUCING THAT VENOUS DRAW TO,

12:11PM  20   YOU KNOW, LESS THAN 10 PERCENT.

12:11PM  21   Q.    AND DID YOU UNDERSTAND THAT IF A PATIENT CAME IN AND HAD

12:12PM  22   TO BE TESTED BY VENOUS DRAW FOR EVEN ONE ANALYTE IN THEIR

12:12PM  23   BLOOD, THAT WOULD NECESSITATE A VENOUS DRAW?

12:12PM  24   A.    THAT IS CORRECT.

12:12PM  25   Q.    AND DOES THAT RELATE TO THE COMMENTS THAT MR. BALWANI WAS

12:12PM  1    MAKING TO YOU ABOUT THE CONFIGURATION OF CARTRIDGES?

12:12PM  2    A.   I DON'T KNOW WHAT HE WAS STATING.

12:12PM  3         WHAT HE WAS TELLING ME WAS, AS I STATED EARLIER, THAT THEY

12:12PM  4    WERE STILL TRYING TO DETERMINE THE PATTERNS OF THE PRESCRIBING,

12:12PM  5    THEY WERE STILL TRYING TO UNDERSTAND HOW TO MAKE SURE THAT THE

12:12PM  6    CARTRIDGES WERE READY.

12:12PM  7         HE ALSO STATED THAT INITIALLY THERE ARE SOME PHYSICIANS

12:12PM  8    THAT WILL TEST TO MAKE SURE THAT THE VALUES THAT THEIR PATIENTS

12:12PM  9    ARE RECEIVING FROM A FINGERSTICK VERSUS A VENOUS DRAW ARE THE

12:12PM  10   SAME.

12:12PM  11        AND SO THOSE ARE THE REASONS THAT HE PROVIDED THROUGHOUT

12:12PM  12   ALL OF OUR DISCUSSIONS.

12:12PM  13   Q.   AND DID YOU KNOW THAT DURING THE COURSE OF CONTRACT

12:13PM  14   NEGOTIATIONS BETWEEN THERANOS AND WALGREENS, THE PARTIES HAD

12:13PM  15   EXCHANGED A SUBSTANTIAL AMOUNT OF DATA TRYING TO FIGURE OUT

12:13PM  16   WHICH TESTS WOULD BE COMMONLY ORDERED?

12:13PM  17   A.   I'M NOT AWARE OF THAT.

12:13PM  18   Q.   LET'S RETURN TO MARCH OF 2014.

12:13PM  19   A.   UH-HUH.

12:13PM  20   Q.   I WANT TO ASK YOU ABOUT ONE ELEMENT OF THE COST THAT YOU

12:13PM  21   SAID WOULD MAKE THE USE OF VENOUS DRAWS UNATTRACTIVE FOR

12:13PM  22   WALGREENS, AND THAT WAS PHLEBOTOMISTS.

12:13PM  23        DO YOU RECALL THAT?

12:13PM  24   A.   THAT'S CORRECT.

12:13PM  25   Q.   BUT UNDER THE TERMS OF THE AGREEMENT, IT'S ACTUALLY

12:13PM  1      THERANOS THAT BORE THE COSTS OF PHLEBOTOMISTS, ISN'T IT?

12:13PM  2      A.   ABSOLUTELY CORRECT.

12:13PM  3      Q.   AND THEY CONTINUED TO PAY THAT COST OVER TIME?

12:13PM  4      A.   CORRECT.

12:13PM  5      Q.   WERE YOU ALSO INVOLVED IN THE NEGOTIATIONS BETWEEN

12:13PM  6      THERANOS AND THIRD PARTY PAYORS, LIKE INSURERS, TO INSURE THAT

12:14PM  7      PATIENTS WOULD GET COVERAGE FOR THERANOS SERVICES?

12:14PM  8      A.   NO.  THE WALGREENS TEAM WAS NOT INVOLVED IN THAT.

12:14PM  9      Q.   LET ME ASK YOU TO LOOK AT PAGES 12 AND 13 OF THIS CHARTER

12:14PM  10     DOCUMENT.

12:14PM  11          DO YOU SEE AT THE BOTTOM -- I'M INTERESTED IN THE SEGMENT

12:14PM  12     THAT CARRIES OVER THAT IS LABELLED OPERATIONAL READINESS.

12:14PM  13     A.   I DO.

12:14PM  14     Q.   AND THIS LISTS MANY OF THE ITEMS THAT YOU DETAILED ON YOUR

12:14PM  15     DIRECT EXAMINATION; CORRECT?  THESE ARE THINGS THAT HAVE TO BE

12:14PM  16     DONE IN ORDER FOR A STORE TO OPEN AND AN INFRASTRUCTURE TO BE

12:14PM  17     ESTABLISHED?

12:14PM  18     A.   YEAH.  THESE ARE SOME OF THE ISSUES I THINK.  CONSTRUCTION

12:14PM  19     IS NOT IN HERE, AND ZONING AND DESIGNING AND ALL OF THOSE

12:14PM  20     THINGS ARE NOT IN HERE.  BUT THESE ARE SOME OF THOSE ITEMS.

12:15PM  21     Q.   OKAY.  AND IN THIS EVALUATION OF OPERATIONAL READINESS,

12:15PM  22     THERE'S NO REFERENCE TO HOW THE BLOOD IS BEING DRAWN BY

12:15PM  23     PATIENTS WHO USE THE SERVICE, IS THERE?

12:15PM  24     A.   NO.

12:15PM  25     Q.   LET ME ASK YOU TO LOOK AT PAGE 21 OF THE CHARTER DOCUMENT.

JHAVERI CROSS BY MR. DOWNEY

12:15PM 1        BY THE WAY, WAS THIS A THERANOS OR WAS THIS AN INTERNAL

12:15PM 2    WALGREENS DOCUMENT?

12:15PM 3    A.   THIS WAS AN INTERNAL WALGREENS DOCUMENT.

12:15PM 4    Q.   OKAY.  LET ME ASK YOU TO LOOK AT PAGE 21.

12:15PM 5        AND IF YOU LOOK AT THE TOP HALF OF THE PAGE, IT INDICATES

12:15PM 6    THE KEY PROGRAM RISKS.

12:15PM 7        DO YOU SEE THAT?

12:15PM 8    A.   YES, SIR.

12:15PM 9    Q.   AND IT INDICATES -- THE FIRST RISK IT IDENTIFIES IS THAT

12:15PM 10   THERANOS DEVICES AND TESTS HAVE TO OBTAIN REGULATORY APPROVALS.

12:16PM 11       AND THAT WAS TRUE; CORRECT?

12:16PM 12   A.   ABSOLUTELY.

12:16PM 13   Q.   AND SOME OF THOSE REGULATORY APPROVALS WERE OBTAINED

12:16PM 14   BEFORE YOUR WORK WITH THERANOS; CORRECT?

12:16PM 15   A.   YES.

12:16PM 16   Q.   AND THERE HAD BEEN CERTIFICATION OF FACILITIES AS CLIA

12:16PM 17   LABS; CORRECT?

12:16PM 18   A.   YES.

12:16PM 19   Q.   BUT YOU UNDERSTOOD THAT THERANOS WAS STILL SEEKING

12:16PM 20   REGULATORY APPROVALS FROM THE FDA ON OTHER ISSUES?

12:16PM 21   A.   THEY WERE SEEKING APPROVAL ON FDA FOR TESTS AND THINGS OF

12:16PM 22   THAT NATURE.

12:16PM 23   Q.   AND THEN THIS GOES ON TO LIST FIVE ADDITIONAL RISKS THAT

12:16PM 24   ATTACH TO THE PROGRAM, AND THEY INCLUDED ABILITY TO SECURE

12:16PM 25   FAVORABLE PAYOR CONTRACTS.

JHAVERI CROSS BY MR. DOWNEY

12:16PM  1        DO YOU SEE THAT?

12:16PM  2    A.   YES.

12:16PM  3    Q.   AND WHAT DOES THAT REFER TO?

12:16PM  4    A.   THE IDEA HERE WAS THAT THERANOS WAS WORKING ON ENSURING

12:16PM  5    THAT THE THERANOS LAB SERVICES ARE REIMBURSED BY CERTAIN

12:16PM  6    PAYORS, IN THIS CASE HCSC, WHICH IS THE FOR BLUE CROSS, BLUE

12:16PM  7    SHIELD, UNITED, AND WELLPOINT.

12:16PM  8    Q.   SO THOSE ARE ISSUES THAT HAD TO BE RESOLVED BETWEEN

12:17PM  9    THERANOS AND THOSE INSURERS?

12:17PM  10   A.   YES.  AS I STATED, WE AT WALGREENS WERE NOT INVOLVED IN

12:17PM  11   THAT WORK.

12:17PM  12   Q.   AND THIRD, IT REFERS TO DEVELOPING PRODUCTIVE PROVIDER

12:17PM  13   RELATIONSHIPS.

12:17PM  14        WHAT DOES THAT REFER TO?

12:17PM  15   A.   THIS IS REFERRING TO THE PROVIDERS ARE THE PHYSICIANS, THE

12:17PM  16   PRESCRIBERS, THE ONES WHO ARE ORDERING THE LAB TESTS, AND TO

12:17PM  17   ENSURE THAT THERE ARE GOOD RELATIONSHIPS WITH THEM SO THEY

12:17PM  18   UNDERSTAND WHAT THIS NEW SERVICE IS AND THEY UNDERSTAND WHAT

12:17PM  19   THE PATIENT WILL RECEIVE, AND HOW IT WORKS.

12:17PM  20        AND SO THAT STRATEGY, AGAIN, WAS PART OF THERANOS'S TEAM'S

12:17PM  21   STRATEGY TO GO DO.

12:17PM  22   Q.   AND THE FOURTH ITEM WAS TO ENSURE THAT THERANOS DELIVERS

12:17PM  23   WHAT IS NEEDED, INCLUDING I.T. SYSTEMS FOR THE PILOT.

12:17PM  24        WHAT DOES THAT REFER TO?

12:17PM  25   A.   WELL, THERE WERE CERTAIN SYSTEMS THAT -- AGAIN, THE ENTIRE

12:17PM   1    SERVICE WAS NOT ON A WALGREENS PLATFORM.  IT WAS ON A THERANOS

12:18PM   2    I.T. PLATFORM.

12:18PM   3        AND SO THE CHECK IN OF THE PATIENT, THE IPAD THAT I

12:18PM   4    REFERRED TO FOR PATIENT EVALUATION OF THE SERVICE, ALL OF THOSE

12:18PM   5    THINGS WERE BUILT BY THERANOS AND DELIVERED BY THEM SO WE CAN

12:18PM   6    ACTUALLY EXECUTE THE MODEL.

12:18PM   7    Q.  AND THAT'S SOMETHING THAT YOU CONTINUED TO MONITOR DURING

12:18PM   8    YOUR MEETINGS --

12:18PM   9    A.  ABSOLUTELY, YES.

12:18PM   10   Q.  -- WITH PEOPLE AT THERANOS?

12:18PM   11   A.  YES, ABSOLUTELY.

12:18PM   12   Q.  AND THEN THE NEXT ITEM IS DIRECT PATIENT TRAFFIC FOR LAB

12:18PM   13   SERVICES.

12:18PM   14       AND IT LOOKS LIKE THAT INVOLVES MARKETING AND WORKING WITH

12:18PM   15   PRESCRIBERS AND PAYORS TO GENERATE INTEREST.

12:18PM   16       DO YOU SEE THAT?

12:18PM   17   A.  I DO.

12:18PM   18   Q.  AND THE LAST SAYS THE ABILITY TO LEVERAGE FIELD SALES

12:18PM   19   FORCE TO FOCUS ON THE PROJECT BETA INITIATIVE.

12:18PM   20       WHAT DOES THAT REFER TO?

12:18PM   21   A.  SO PROJECT BETA WAS AN INTERNAL TERM FOR THE THERANOS

12:18PM   22   PARTNERSHIP.  OBVIOUSLY ONCE WE STARTED TO LAUNCH IT, WE

12:19PM   23   REMOVED THE PROJECT BETA TERM.  IT WAS JUST A NICKNAME, IF YOU

12:19PM   24   WANT TO CALL IT THAT, THAT WE USED AT WALGREENS.

12:19PM   25       SO WHAT WE WERE TRYING TO DO WAS INDICATE THAT AS WE OPEN

12:19PM  1    STORES, WE NEED TO HAVE SUPPORT AT THE FIELD LEVEL.  SO IF

12:19PM  2    STORES HAVE ANY QUESTIONS, IF BOTH THE THERANOS TEAM AND/OR THE

12:19PM  3    WALGREENS TEAM HAD ANY ISSUES OR CONCERNS OR QUESTIONS, THAT

12:19PM  4    THERE WOULD BE A FIELD TEAM THAT COULD SUPPORT THEM, THAT COULD

12:19PM  5    POTENTIALLY EVEN VISIT THE STORE TO ADDRESS AN ISSUE, AND

12:19PM  6    THAT'S WHAT WE'RE FOCUSSING ON.

12:19PM  7    Q.   OKAY.  NOW, AS OF THE TIME THAT THIS DOCUMENT WAS CURRENT

12:19PM  8    IN MARCH OF 2014, MANY, MANY PEOPLE AT WALGREENS KNEW THAT A

12:19PM  9    CERTAIN PERCENTAGE OF THERANOS BLOOD DRAWS WERE VENOUS;

12:19PM  10   CORRECT?

12:19PM  11   A.   THERE WAS A GOOD NUMBER THAT KNEW.

12:19PM  12   Q.   AND THAT WAS NOT, HOWEVER, IDENTIFIED AS A KEY PROGRAM

12:19PM  13   RISK IN THE PROGRAM CHARTER, WAS IT?

12:19PM  14   A.   NO, NOT FROM THIS PARTICULAR DOCUMENT.

12:19PM  15   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 1673.

12:20PM  16   A.   OKAY.

12:20PM  17   Q.   IS THIS AN EMAIL THAT YOU SENT TO A LARGE NUMBER OF

12:20PM  18   INDIVIDUALS BOTH FROM WALGREENS AND A FEW FROM THERANOS?

12:20PM  19   A.   YES.

12:20PM  20   Q.   AND ARE YOU DISCUSSING HERE THE EXPANSION OF THERANOS

12:20PM  21   STORES?

12:20PM  22   A.   THE EMAIL WAS TO INFORM THE RELEVANT FOLKS ON THE TEN

12:20PM  23   STORES THAT ARE NOW LIFE IN PHOENIX.

12:21PM  24        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:21PM  25   1673.

12:21PM   1          MR. SCHENK:  NO OBJECTION.

12:21PM   2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:21PM   3          (GOVERNMENT'S EXHIBIT 1673 WAS RECEIVED IN EVIDENCE.)

12:21PM   4   BY MR. DOWNEY:

12:21PM   5   Q.   IF YOU SEE THE FIRST PARAGRAPH, IT STATES THAT -- IT

12:21PM   6   REITERATES THAT IN SEPTEMBER OF 2013, THERANOS AND WALGREENS

12:21PM   7   HAD ANNOUNCED THEIR PARTNERSHIP; CORRECT?

12:21PM   8   A.   YES.

12:21PM   9   Q.   AND THEN IN THE SECOND PARAGRAPH IT NOTES THAT ON THAT

12:21PM  10   DATE, WHICH IS APRIL 15TH, 2014, EIGHT ADDITIONAL THERANOS

12:21PM  11   CENTERS HAD OPENED IN PHOENIX; CORRECT?

12:21PM  12   A.   CORRECT.

12:21PM  13   Q.   AND IT INDICATES THAT THERANOS HAD PROVIDED THE

12:21PM  14   PHLEBOTOMISTS THE SUPPORT TO WALGREENS PERSONNEL; CORRECT?

12:21PM  15   A.   YES.

12:21PM  16   Q.   AND THEN IT ANNOUNCED BELOW THAT, ANTICIPATED THE

12:21PM  17   ADDRESSES THAT WOULD BE THE ADDRESSES FOR THE LOCATIONS;

12:22PM  18   CORRECT?

12:22PM  19   A.   YES.

12:22PM  20   Q.   ALL RIGHT.  AND THEN IT STATES AT THE BOTTOM OF THAT PAGE

12:22PM  21   WHAT YOU CAN SAY AND WHAT YOU CANNOT SAY.

12:22PM  22          DO YOU SEE THAT?

12:22PM  23   A.   I DO.

12:22PM  24   Q.   ALL RIGHT.  AND IF YOU LOOK UNDER "WHAT YOU CAN NOT SAY,"

12:22PM  25   THE SECOND BULLET POINT SAYS, "FUTURE MARKET EXPANSIONS PLANS

12:22PM 1   OUTSIDE OUR NORTHERN CALIFORNIA OR PHOENIX MARKET.  ONLY

12:22PM 2   MENTION OUR RELATIONSHIP AND THAT THE COMPANIES PLAN TO OFFER

12:22PM 3   THE SERVICE AT WALGREENS LOCATIONS NATIONWIDE."

12:22PM 4       DO YOU SEE THAT?

12:22PM 5   A.   I DO.

12:22PM 6   Q.   AND THE REASON WHY YOU WROTE THIS EMAIL IS BECAUSE

12:22PM 7   WALGREENS WAS MAKING AN ANNOUNCEMENT THAT WOULD GENERATE SOME

12:22PM 8   ATTENTION WHERE INDIVIDUALS IN WALGREENS MIGHT BE ASKED ABOUT

12:22PM 9   IT; CORRECT?

12:22PM 10  A.   CORRECT.  IT WAS JUST TO MAKE SURE THAT PEOPLE HAVE THE

12:22PM 11  RELEVANT FACTS.

12:22PM 12  Q.   AND THERE MIGHT BE SOME INFORMATION THAT YOU DIDN'T WANT

12:22PM 13  THE WALGREENS PERSONNEL TO BE TALKING ABOUT PUBLICLY; CORRECT?

12:23PM 14  A.   PUBLICLY OR INTERNALLY BECAUSE THEY WERE JUST NOT INFORMED

12:23PM 15  OF WHAT WAS GOING ON.

12:23PM 16  Q.   SO YOU IN ESSENCE WERE TELLING THEM THAT THIS IS AN

12:23PM 17  ACCURATE DESCRIPTION OF WHERE WE ARE WITH THERANOS AND SAY

12:23PM 18  THIS, BUT DON'T SAY ANYTHING MORE?

12:23PM 19  A.   CORRECT.

12:23PM 20  Q.   OKAY.  AND THIS WAS AS OF MID-APRIL; CORRECT?

12:23PM 21  A.   THIS WAS APRIL 15TH.

12:23PM 22  Q.   OKAY.  NOW, YOU REVIEWED DURING THE COURSE OF YOUR DIRECT

12:23PM 23  EXAMINATION WITH MR. SCHENK THE MINUTES AND POWERPOINTS OF A

12:23PM 24  SERIES OF MEETINGS BETWEEN MAY AND I THINK THE FALL, PERHAPS

12:23PM 25  EARLY WINTER OF 2014.

12:23PM   1          DO YOU RECALL THAT?

12:23PM   2     A.   YES.

12:24PM   3     Q.   I WANT TO REDIRECT YOUR ATTENTION TO SOME OF THE SAME

12:24PM   4     EXHIBITS.  AND THE FIRST IS EXHIBIT 1755, WHICH IS ALREADY IN

12:24PM   5     EVIDENCE.

12:24PM   6     A.   1755 IS NOT IN MY BINDER.

12:24PM   7     Q.   DO YOU STILL HAVE A WHITE BINDER?

12:24PM   8     A.   YES.

12:24PM   9     Q.   YES, IT SHOULD BE IN YOUR BINDER.

12:24PM  10     A.   I HAVE IT.

12:24PM  11     Q.   AND DO YOU SEE ON THE FIRST PAGE THAT THIS IS THE MINUTES

12:25PM  12     OF A MAY 28TH MEETING BETWEEN WALGREENS PERSONNEL AND THERANOS

12:25PM  13     PERSONNEL?

12:25PM  14     A.   YES.

12:25PM  15     Q.   DO YOU SEE THAT?

12:25PM  16          IF YOU GO TO PAGE 7 OF THE EXHIBIT -- AND JUST TO REORIENT

12:25PM  17     US, THIS IS A RECORD OF WHAT WAS SAID DURING THE COURSE OF

12:25PM  18     THESE MEETINGS BETWEEN THE TWO COMPANIES; CORRECT?

12:25PM  19     A.   THAT'S CORRECT.

12:25PM  20     Q.   OKAY.  IF YOU LOOK AT THE TOP OF PAGE 7, THE FIRST

12:25PM  21     PARAGRAPH, IT SAYS, "NICOLE LEITER STATED THAT CHALLENGES ARE

12:25PM  22     WHAT WE EXPECT IN A PILOT."

12:25PM  23          WHO IS NICOLE LEITER?

12:25PM  24     A.   NICOLE LEITER AT THE TIME HAD ARIZONA OPERATIONS FOR

12:25PM  25     WALGREENS.

12:25PM  1    Q.   AND THE SECOND SENTENCE SAYS, "THE CHALLENGE IS HOW TO

12:25PM  2    REACT QUICKLY TO ADDRESS THE GAPS."

12:26PM  3         DO YOU SEE THAT?

12:26PM  4    A.   I DO.

12:26PM  5    Q.   AND THE LAST SENTENCE OF THAT PARAGRAPH SAYS, "PER NIMESH,

12:26PM  6    40 IS IN THE BAG, WE NEED TO THINK ABOUT SCALE."

12:26PM  7         DO YOU SEE THAT?

12:26PM  8    A.   I DO.

12:26PM  9    Q.   AND THIS DOCUMENT IS AS OF MAY 28TH, 2015?  OR 2014?

12:26PM 10    A.   THAT'S CORRECT.

12:26PM 11    Q.   ALL RIGHT.  I WANT TO LOOK AT ANOTHER SET OF THOSE

12:26PM 12    MINUTES.

12:26PM 13         LET ME ASK YOU TO LOOK AT THE EXHIBIT 1884.

12:27PM 14    A.   I HAVE IT.

12:27PM 15    Q.   IS THIS ANOTHER SET OF PARTNERSHIP MEETING MINUTES

12:27PM 16    REFLECTING WHAT HAPPENED IN MEETINGS BETWEEN THERANOS AND

12:27PM 17    WALGREENS?

12:27PM 18    A.   YES.

12:27PM 19         MR. DOWNEY:  YOUR HONOR, I THINK 1884 IS IN EVIDENCE

12:27PM 20    ALREADY, BUT IF NOT, I WOULD MOVE ITS ADMISSION.

12:27PM 21         MR. SCHENK:  IT IS IN EVIDENCE.

12:27PM 22         THE COURT:  THANK YOU, MR. SCHENK.

12:27PM 23    BY MR. DOWNEY:

12:27PM 24    Q.   LET ME DIRECT YOUR ATTENTION TO PAGE 5.

12:27PM 25         I WANT TO IN PARTICULAR ADDRESS YOUR ATTENTION TO THE

12:27PM  1    BULLET POINT THAT BEGINS, "THERANOS EXPERIENCE SURVEY SUMMARY

12:28PM  2    RESULTS."

12:28PM  3        DO YOU SEE THE REFERENCE TO EXPERIENCE SURVEY?

12:28PM  4    A.   I DO.

12:28PM  5    Q.   AND WHAT IS AN EXPERIENCE SURVEY IN THIS CONTEXT?

12:28PM  6    A.   THIS IS WHAT I REFERRED TO EARLIER ABOUT THE PATIENT

12:28PM  7    EXPERIENCE WHEN THEY WERE GIVEN THE IPAD AND THEY WOULD ANSWER

12:28PM  8    A FEW QUESTIONS AFTER THEY RECEIVED THE SERVICE.  THIS IS WHAT

12:28PM  9    THIS IS REFERRING TO.

12:28PM  10   Q.   OKAY.  AND THIS INDICATES THAT "THERANOS EXPERIENCE SURVEY

12:28PM  11   SUMMARY RESULTS ARE OFF THE CHARTS."

12:28PM  12       DO YOU SEE THAT?

12:28PM  13   A.   YES, I DO.

12:28PM  14   Q.   AND DOES THAT REFLECT THAT THERE WAS SATISFACTION WITH THE

12:28PM  15   THERANOS SERVICES IN THE WALGREENS STORES AS OF THIS DATE?

12:28PM  16   A.   YES.

12:28PM  17   Q.   LET ME ASK YOU TO LOOK IN THAT SAME DOCUMENT AT PAGE 8.

12:29PM  18       NOW, ONE OF THE CONSIDERATIONS IN EVALUATING THE

12:29PM  19   PARTNERSHIP WAS HOW QUICKLY PATIENTS COULD GET THEIR TEST

12:29PM  20   RESULTS; CORRECT?

12:29PM  21   A.   THAT'S RIGHT.

12:29PM  22   Q.   BUT THE LABS DURING THIS PHASE OF THE ARRANGEMENT WERE

12:29PM  23   LOCATED OFF SITE; CORRECT?

12:29PM  24   A.   THE LABS WERE OFF SITE, CORRECT.

12:29PM  25   Q.   DO YOU RECALL HOW QUICKLY THERANOS WAS ABLE TO TURN AROUND

12:29PM  1    THE RESULTS AFTER THEY WERE SENT TO THE THERANOS LAB?

12:29PM  2    A.   I THINK, IF I REMEMBER CORRECTLY, IT WAS WITHIN 48 HOURS

12:29PM  3    THE RESULTS WERE COMING THROUGH.

12:29PM  4    Q.   LET ME ASK YOU TO LOOK AT THE FIFTH BULLET POINT AT THE

12:29PM  5    TOP OF THIS DOCUMENT BEGINNING "THERANOS CAN TURN AROUND."

12:30PM  6         DO YOU SEE THAT?

12:30PM  7    A.   YES.

12:30PM  8    Q.   AND SO THERE MIGHT BE AN ADDITIONAL TIME OF ONE HOUR, BUT

12:30PM  9    THAT WOULD BE BECAUSE PRESUMABLY OF THE TRANSPORT OR THE

12:30PM  10   STORAGE; CORRECT?

12:30PM  11   A.   YEAH.  AGAIN, ONCE IT LEFT THE WALGREENS STORE, THERANOS

12:30PM  12   CONTROLLED THE SAMPLE, THE TESTING, AND THEN THE RESULTS BACK

12:30PM  13   TO THE APPROPRIATE PROVIDER.

12:30PM  14        SO IT'S HARD FOR US TO UNDERSTAND EXACTLY WHAT WAS CAUSING

12:30PM  15   SOME OF THOSE DELAYS, BUT, YES, THEY WOULD BE IN CONTROL OF

12:30PM  16   THAT.

12:30PM  17   Q.   ALL RIGHT.  LET ME ASK YOU TO LOOK AT THE BOTTOM OF THAT

12:30PM  18   SAME PAGE ON PAGE 8.

12:30PM  19        WAS IT A TYPICAL DISCUSSION IN THESE MEETINGS AS TO WHAT

12:30PM  20   FUTURE PLANS FOR EXPANSION WERE?

12:30PM  21   A.   ABSOLUTELY.  YOU KNOW, WHENEVER WE HAD THESE PARTNERSHIP

12:30PM  22   MEETINGS, THERE WERE TWO PURPOSES, TWO OR THREE -- TWO MAIN

12:30PM  23   PURPOSES FOR THESE PARTNERSHIP MEETINGS.

12:30PM  24        ONE WAS TO DEVELOP THE PARTNERSHIP AND DEVELOP THE

12:30PM  25   RELATIONSHIP; BUT SECOND IS TO DISCUSS NOT ONLY THE STATUS OF

12:31PM  1    THE CURRENT NATURE OF THE PARTNERSHIP AND HOW THE SERVICE IS

12:31PM  2    GOING, BUT ALSO TO DISCUSS WHAT OUR FUTURE PLANS COULD BE.  YOU

12:31PM  3    KNOW, WHERE SHOULD WE BE THINKING?  HOW SHOULD WE BE THINKING

12:31PM  4    ABOUT IT?

12:31PM  5         AND SO THIS TYPE OF DISCUSSION IS NOT UNIQUE TO THIS

12:31PM  6    PARTICULAR DATE.  IT IS A COMMON DISCUSSION THAT WE HAD.

12:31PM  7    Q.   OKAY.  LET ME ASK YOU TO LOOK ON PAGE 9, WHICH IS A

12:31PM  8    CONTINUATION OF THAT SECTION.  AND I'D ASK YOU TO LOOK AT THE

12:31PM  9    BULLET POINT THAT BEGINS, INITIAL GOAL FOR FISCAL YEAR WAS 500

12:31PM  10   STORES.

12:31PM  11        DO YOU SEE THAT?

12:31PM  12   A.   YES, SIR.

12:31PM  13   Q.   AND UNDERNEATH THAT, IT SAYS WE NEED TO REDEFINE THIS

12:31PM  14   GOAL.

12:31PM  15        DO YOU SEE THAT?

12:31PM  16   A.   YES.

12:31PM  17   Q.   AND THEN UNDERNEATH THAT THERE'S A BULLET POINT THAT TALKS

12:31PM  18   ABOUT A NATIONWIDE GOAL.

12:32PM  19        DO YOU SEE THAT?

12:32PM  20   A.   YES.

12:32PM  21   Q.   AND THAT INDICATES THE GOAL -- A GOAL MIGHT BE 2000 TO

12:32PM  22   2500 STORES NATIONWIDE.

12:32PM  23        DO YOU SEE THAT?

12:32PM  24   A.   YES.

12:32PM  25   Q.   AND DO YOU RECALL IN THE ORIGINAL AGREEMENT, OR ACTUALLY

12:32PM 1    IN THE AGREEMENT THAT WAS SIGNED AT THE END OF DECEMBER 2013,

12:32PM 2    THE PROPOSAL WAS THAT THERE WOULD BE 3000 STORES ROLLED OUT.

12:32PM 3         DO YOU RECALL THAT?

12:32PM 4    A.   I DON'T RECALL THAT, BUT, YES.

12:32PM 5    Q.   OKAY.  SO THE PROJECTION OF 2000 TO 2500 STORES WAS A

12:32PM 6    REDUCTION IN WHAT WAS DESCRIBED IN THAT DECEMBER 2013

12:32PM 7    AGREEMENT; CORRECT?

12:32PM 8    A.   IF THE NUMBER WAS REDUCED, YES.

12:32PM 9         AGAIN, AS I MENTIONED EARLIER, WHENEVER DISCUSSIONS OF

12:32PM 10   LAUNCH ARE HAD, WE LOOK AT ALL OF THE VARIABLES OF BOTH

12:32PM 11   PARTIES, IN THIS CASE THERANOS AS WELL AS WALGREENS, AND WE

12:32PM 12   CHANGE THOSE NUMBERS BASED ON WHAT WE'RE SEEING, THE RESULTS

12:33PM 13   THAT WE'RE EXPERIENCING, THE PATIENT EXPERIENCE THAT YOU TALKED

12:33PM 14   ABOUT THAT WE ARE SEEING.

12:33PM 15        SO WHAT YOU'RE SEEING IS REALLY THOSE TYPES OF INPUTS

12:33PM 16   GOING INTO WHAT THE NUMBER OF LAUNCHES SHOULD BE.

12:33PM 17        NATIONWIDE LAUNCH?  YES.  WE HAD EVERY INTENTION AS

12:33PM 18   WALGREENS TO LAUNCH NATIONWIDE.

12:33PM 19        BUT AGAIN, HOW WE LAUNCH, WHAT WE DO, HOW WAS WE GO IS

12:33PM 20   DEPENDENT ON MANY, MANY VARIABLES THAT I SPOKE ABOUT EARLIER.

12:33PM 21   Q.   OKAY.  BUT AS OF AUGUST OF 2014, THIS 2500 WAS YOUR

12:33PM 22   PROJECTION; CORRECT?

12:33PM 23   A.   CORRECT.

12:33PM 24   Q.   ALL RIGHT.  I WANT TO ASK YOU A LITTLE BIT MORE ABOUT THE

12:34PM 25   PATIENT FEEDBACK FEATURE OF THE SERVICES.

JHAVERI CROSS BY MR. DOWNEY

12:34PM  1        WHAT DO YOU GENERALLY REMEMBER ABOUT THE FEEDBACK THAT THE

12:34PM  2   COMPANIES RECEIVED AS TO THEIR EXPERIENCE IN THERANOS SERVICE

12:34PM  3   CENTERS IN WALGREENS STORES?

12:34PM  4   A.   YEAH.  I -- WHAT I REMEMBER IS THAT THE SERVICE LEVELS

12:34PM  5   WERE BETWEEN 4 AND 5 ON A SCALE OF 1 TO 5.

12:34PM  6        SO PATIENTS WERE SATISFIED WITH THE SERVICES THAT THEY

12:34PM  7   WERE RECEIVING.  I QUITE HONESTLY DON'T REMEMBER THE QUESTIONS

12:34PM  8   THAT WERE ASKED.  BUT GENERALLY SPEAKING, THE EXPERIENCE WAS

12:34PM  9   GOOD.

12:34PM 10   Q.   OKAY.  AND THAT WAS A POSITIVE ASPECT OF THE PARTNERSHIP I

12:34PM 11   ASSUME?

12:34PM 12   A.   IT IS, YES.

12:34PM 13   Q.   BECAUSE ULTIMATELY THAT'S THE MOST IMPORTANT THING;

12:34PM 14   CORRECT?

12:34PM 15   A.   IT'S ONE OF THE MOST IMPORTANT THINGS, RIGHT.

12:34PM 16        YOU KNOW, PATIENT EXPERIENCE, ALONG WITH SOME OF THE OTHER

12:35PM 17   METRICS, ARE ALL IMPORTANT.

12:35PM 18        AND WE HAVE TO BALANCE THAT, WHETHER IT'S THE COST OF THE

12:35PM 19   BUILD OUT, THE PATIENT WAIT TIME, THE VENOUS DRAW, OR ALL OF

12:35PM 20   THOSE THINGS THAT WE AS BOTH PARTNERS DETERMINED WERE THE KEY

12:35PM 21   TO SUCCESS HAD TO BE EVALUATED.

12:35PM 22   Q.   WELL, DID YOU GET A LOT OF FEEDBACK THAT THE PATIENTS WERE

12:35PM 23   CONCERNED ABOUT THE FORM OF THE BLOOD DRAW?

12:35PM 24   A.   I DON'T REMEMBER ANYTHING SPECIFIC THAT CAME TO ME WHERE A

12:35PM 25   PATIENT HAD STATED ANYTHING ABOUT THE DRAW.

12:35PM  1    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 2394.  WE MIGHT

12:35PM  2    BE BACK TO YOUR OTHER NOTEBOOK NOW.

12:36PM  3         DO YOU SEE THAT?

12:36PM  4    A.   I DO HAVE 2394.  IT'S A -- CAN YOU JUST CONFIRM WHICH

12:36PM  5    DOCUMENT, BECAUSE I DON'T SEE IT ON THE SCREEN.

12:36PM  6    Q.   I DON'T THINK I'VE YET MOVED IT INTO EVIDENCE.

12:36PM  7              THE CLERK:  HUH-UH.

12:36PM  8    BY MR. DOWNEY:

12:36PM  9    Q.   CAN I ASK YOU, IF YOU LOOK AT IT IN THE NOTEBOOK, WHAT IT

12:36PM  10   IS?  ARE YOU ABLE TO FIND IT?

12:36PM  11   A.   YES.  IT IS IN THE WHITE BINDER, AND IT IS FEBRUARY 17TH,

12:36PM  12   2015, WALGREENS-THERANOS PARTNERSHIP MEETING SLIDE DECK.

12:36PM  13   Q.   OKAY.  AND IS THIS SOMETHING THAT WAS PREPARED AS PART OF

12:36PM  14   THE SERIES OF MEETINGS BETWEEN THERANOS AND WALGREENS

12:36PM  15   CONCERNING THE RELATIONSHIP BETWEEN THE TWO COMPANIES?

12:36PM  16   A.   YES.

12:36PM  17              MR. DOWNEY:  LET ME MOVE THE ADMISSION OF 2394.

12:36PM  18              MR. SCHENK:  NO OBJECTION.

12:36PM  19              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:37PM  20        (GOVERNMENT'S EXHIBIT 2394 WAS RECEIVED IN EVIDENCE.)

12:37PM  21   BY MR. DOWNEY:

12:37PM  22   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 2394, PAGE 7.

12:37PM  23        DO YOU SEE THAT?

12:37PM  24   A.   YES, I DO.

12:37PM  25   Q.   AND IS THIS A REFLECTION OF THE AVERAGE PATIENT EXPERIENCE

12:37PM  1     IN THERANOS SERVICE CENTERS AS OF JANUARY 2015?

12:37PM  2     A.   YES, AS OF JANUARY 2015, IT'S VERY CONSISTENT WITH WHAT I

12:37PM  3     REMEMBER.

12:37PM  4     Q.   AND DID THE PATIENTS USING THE SERVICE RATE IT AT ABOUT

12:37PM  5     4.81 PERCENT -- I'M SORRY, 4.81?

12:37PM  6     A.   YEAH.

12:37PM  7     Q.   THE OVERALL EXPERIENCE 4.81.

12:37PM  8          DO YOU SEE THAT?

12:37PM  9     A.   I DO.

12:37PM 10     Q.   AND DO YOU SEE THAT THE CHECK IN PROCESS WAS THE PROCESS

12:38PM 11     THAT THE PATIENTS WERE THE LEAST HAPPY WITH IN THEIR AGGREGATE

12:38PM 12     SCORES.

12:38PM 13          DO YOU SEE THAT?

12:38PM 14     A.   I DO.

12:38PM 15     Q.   AND DO YOU SEE THAT THE FACILITIES RATED AT ABOUT 4.79.

12:38PM 16          DO YOU SEE THAT?

12:38PM 17     A.   I DO.

12:38PM 18     Q.   AND DO YOU SEE THAT THE SKILL OF THE TECHNICIAN WAS ABOUT

12:38PM 19     4.86?

12:38PM 20     A.   CORRECT.

12:38PM 21     Q.   AND SO THESE WERE PRETTY GOOD RESULTS FOR A NEW VENTURE,

12:38PM 22     WEREN'T THEY?

12:38PM 23     A.   YES.  NO, THIS WAS VERY GOOD.

12:38PM 24     Q.   I HAVE A SLIDE I WANT TO SHOW YOU IN THAT SAME DECK, WHICH

12:38PM 25     IS PAGE 10 AND PAGE 11.

12:38PM   1          I DON'T KNOW IF YOU CAN SEE THIS WITHOUT THE COLOR

12:38PM   2    COORDINATION, BUT THIS IS A QUESTION THAT WAS POSED TO PATIENTS

12:38PM   3    WHO VISITED A THERANOS SERVICE CENTER; CORRECT?

12:38PM   4    A.   YES.

12:38PM   5    Q.   AND DO YOU SEE THAT ABOUT 82 AND A HALF PERCENT OF

12:39PM   6    PATIENTS WERE DEFINITELY COMING BACK WAS THEIR INDICATION AFTER

12:39PM   7    THEY'VE HAD AN EXPERIENCE AT THERANOS SERVICE CENTERS?

12:39PM   8    A.   YES.

12:39PM   9    Q.   AND ABOUT 15 PERCENT SAID THAT THEY WERE LIKELY TO RETURN;

12:39PM  10    CORRECT?

12:39PM  11    A.   I'M ASSUMING THAT ALL OF THE COLORS ARE EXACTLY THE SAME.

12:39PM  12    Q.   YEAH.  AND THE NUMBER WHO SAID THAT THEY WOULD NOT RETURN

12:39PM  13    WAS A VERY, VERY SMALL PERCENTAGE; CORRECT?

12:39PM  14    A.   YES.

12:39PM  15    Q.   LESS THAN 1 PERCENT; CORRECT?

12:39PM  16    A.   YES.

12:39PM  17    Q.   AND IN ADDITION TO ASKING FOR A RATING OF THE THERANOS

12:39PM  18    SERVICE CENTERS, DID YOU ALSO ASK PEOPLE FOR COMMENTS ON HOW

12:39PM  19    THE FACILITIES WERE OPERATING?

12:39PM  20    A.   YEAH.  I DON'T REMEMBER EXACTLY, BUT I COULD BELIEVE THAT

12:39PM  21    THERE WAS A COMMENT SECTION FREE FORM AT THE END.

12:39PM  22    Q.   OKAY.  LET ME ASK YOU TO LOOK AT PAGE 14, AND WE'LL START

12:40PM  23    WITH THE BAD NEWS FIRST.

12:40PM  24          THIS IS THE PAGE THAT IS LABELLED "HERE'S WHAT PEOPLE ARE

12:40PM  25    COMPLAINING ABOUT."

12:40PM  1      A.   I SEE IT.

12:40PM  2      Q.   AND THESE ARE COMMENTS THAT WERE MADE BY INDIVIDUAL

12:40PM  3      PATIENTS AT -- WHO CAME TO A THERANOS SERVICE CENTER.

12:40PM  4           DO YOU SEE THAT?

12:40PM  5      A.   YES.

12:40PM  6      Q.   AND MANY OF THOSE COMMENTS RELATE TO SERVICE ISSUES;

12:40PM  7      CORRECT?

12:40PM  8      A.   YES, IT SEEMS SO.

12:40PM  9      Q.   AND THINGS LIKE DIFFICULTY CHECKING IN; CORRECT?

12:40PM  10     A.   YEAH, THAT WAS ONE OF THE REASONS.

12:40PM  11     Q.   OKAY.  AND SOME PEOPLE DIDN'T LIKE THE LAYOUT OF THE

12:40PM  12     FACILITY AS IN THE LAST COMMENT.

12:40PM  13          DO YOU SEE THAT?

12:41PM  14     A.   YES.

12:41PM  15     Q.   BUT NONE OF THESE PEOPLE COMPLAINED ABOUT THE KIND OF

12:41PM  16     BLOOD DRAW THAT THEY GOT; RIGHT?

12:41PM  17     A.   NOT IN THESE COMMENTS, NO.

12:41PM  18     Q.   OKAY.  AND IF YOU LOOK AT THE PRIOR TWO PAGES, I'M SAVING

12:41PM  19     THE GOOD NEWS FOR LAST, THERE'S ANOTHER SECTION "HERE'S WHAT

12:41PM  20     PEOPLE ARE SAYING," AND THESE ARE THE POSITIVE COMMENTS THAT

12:41PM  21     PEOPLE EXPERIENCED; CORRECT?

12:41PM  22     A.   CORRECT.

12:41PM  23     Q.   AND THESE ARE ALL VERY POSITIVE COMMENTS ABOUT THEIR

12:41PM  24     EXPERIENCE AT A THERANOS SERVICE CENTER WITHIN WALGREENS;

12:41PM  25     CORRECT?

12:41PM   1    A.   YES.

12:41PM   2    Q.   AND I ASSUME THAT YOU RECEIVED THESE COMMENTS AS A

12:41PM   3    POSITIVE SIGN OF HOW THE PARTNERSHIP WAS DOING?

12:41PM   4    A.   YEAH, PATIENT EXPERIENCE WAS ONE OF THE METRICS THAT WE

12:41PM   5    WERE MEASURING, SO ABSOLUTELY.

12:41PM   6    Q.   AND SOMETIMES PEOPLE COMMENTED THAT ALL ASPECTS OF THE

12:42PM   7    SERVICE WERE GREAT AS IN THE SECOND TO LAST COMMENT ON THE

12:42PM   8    BOTTOM OF PAGE 13.

12:42PM   9         DO YOU SEE THAT WHERE IT SAYS "THERANOS IS SO MUCH BETTER

12:42PM  10    THAN QUEST DIAGNOSTICS.  I WAS IN AND OUT IN UNDER 10 MINUTES,

12:42PM  11    THE STAFF WAS COURTEOUS AND THE ACTUAL BLOOD DRAWING WAS WAY

12:42PM  12    LESS SCARY THAN WHAT I AM USED TO."

12:42PM  13         DO YOU SEE THAT?

12:42PM  14    A.   I DO.

12:42PM  15    Q.   AND YOU CONTINUED TO GET POSITIVE FEEDBACK ON THE SERVICES

12:42PM  16    PROVIDED IN THE THERANOS SERVICE CENTERS THROUGHOUT YOUR TIME

12:42PM  17    WORKING ON THIS PARTNERSHIP; CORRECT?

12:42PM  18    A.   YEAH, THE SERVICE CENTER LEVELS WERE, AS I SAID, BETWEEN 4

12:42PM  19    AND 5.

12:42PM  20    Q.   AND WHEN YOU SAY SERVICE LEVELS, I JUST WANT TO BE CLEAR,

12:42PM  21    THAT MEANS THE ENTIRE EXPERIENCE OF THE PATIENT WHEN THEY USE

12:42PM  22    THE FACILITY; CORRECT?

12:42PM  23    A.   YES.  MY APOLOGIES.  WHAT I'M REFERRING TO IS THE SERVICE

12:43PM  24    EXPERIENCE THAT WE WERE MEASURING THROUGH THE IPADS AND THE

12:43PM  25    QUESTIONNAIRE.

12:43PM   1    Q.   NOW, I WANT TO ASK YOU ABOUT THE RELATIONSHIP AS IT

12:43PM   2    EVOLVED OVER TIME BETWEEN WALGREENS AND THERANOS.

12:43PM   3         AM I RIGHT THAT THE LEADERSHIP OF WALGREENS CHANGED IN

12:43PM   4    AUGUST OF 2014?

12:43PM   5    A.   AT SOME TIME AFTER THE MERGER, SOME OF THE LEADERSHIP

12:43PM   6    CHANGED.

12:43PM   7    Q.   OKAY.  AND MR. MIQUELON, FOR EXAMPLE, LEFT?

12:43PM   8    A.   CORRECT.

12:43PM   9    Q.   AND DID DR. ROSAN STAY AT THERANOS -- OR AT WALGREENS AT

12:43PM  10    THAT POINT?

12:43PM  11    A.   YOU KNOW, I DON'T KNOW.  I DON'T REMEMBER THE EXACT TIME.

12:43PM  12    Q.   AND AUGUST OF 2014 IS THE TIME PERIOD THAT WE LOOKED AT

12:43PM  13    WHERE YOU STARTED TO RAISE CONCERNS ABOUT THE NUMBER OF STORES

12:44PM  14    THAT WOULD OPEN; CORRECT?

12:44PM  15    A.   WHEN YOU SAY "RAISE CONCERNS," I'M NOT SURE.

12:44PM  16    Q.   WELL, I THINK YOU INDICATED THAT THE PLAN WAS TO OPEN A

12:44PM  17    CERTAIN NUMBER, BUT THAT YOU MIGHT HAVE TO OPEN A LESSER

12:44PM  18    NUMBER; CORRECT?

12:44PM  19    A.   THAT'S RIGHT.

12:44PM  20    Q.   AND DO YOU RECALL THAT WE LOOKED AT THE NUMBERS PROJECTING

12:44PM  21    THAT THE NUMBER OF STORES WOULD GO DOWN FROM 3000 TO 2000 OR

12:44PM  22    2500 NATIONWIDE?

12:44PM  23    A.   YEAH, WHAT WE -- JUST TO BE VERY CLEAR, IN APRIL OF 2014,

12:44PM  24    ABOUT A MONTH, MONTH AND A HALF AFTER I TOOK OVER, WE GAVE THE

12:44PM  25    EXECUTIVE TEAM, THE EXECUTIVE COMMITTEE, A FULL VIEW AS TO

12:44PM  1     WHERE WE WERE AND WHAT WE WERE GOING TO MEASURE FOR FURTHER

12:44PM  2     SCALE, AND THAT WE WOULD MONITOR THAT.

12:44PM  3          BASED ON THOSE RESULTS, WE WOULD CONTINUE TO EXPAND.

12:44PM  4          AND IF WE ARE NOT SEEING THE RESULTS, WE WILL SLOW DOWN

12:44PM  5     THE ROLLOUT.

12:44PM  6          AGAIN, THE INTENTION WAS ALWAYS TO GO NATIONWIDE.  WE

12:44PM  7     WOULD NEVER GO INTO A PARTNERSHIP WITH A COMPANY LIKE THERANOS

12:44PM  8     WHO HAS DEVELOPED SOMETHING INNOVATIVE LIKE THIS TO NOT GO

12:45PM  9     NATIONWIDE.

12:45PM  10         BUT IN ORDER FOR US TO GO NATIONWIDE, WE, AS BOTH

12:45PM  11    COMPANIES, AGREED UPON WHAT THE METRICS WERE, WHAT THE

12:45PM  12    EXPERIENCE SHOULD LOOK LIKE, WHAT THE COST SHOULD BE, YOU KNOW,

12:45PM  13    WHAT ARE CERTAIN ATTRIBUTES LIKE THE VENOUS DRAW OR HOW WE

12:45PM  14    TRAIN.

12:45PM  15         AS WE HIT THOSE MEASURES AND BOTH COMPANIES ARE SATISFIED,

12:45PM  16    WE WILL CONTINUE TO EXPAND, AND THAT'S WHAT WE EXPLAINED TO THE

12:45PM  17    EXECUTIVE TEAM.

12:45PM  18    Q.   AND THE DECISION AS TO WHETHER OR NOT THERANOS WOULD

12:45PM  19    EXPAND IN WALGREENS STORES DID NOT LIE WITH YOU, DID IT?

12:45PM  20    A.   I WAS ONE OF THE INDIVIDUALS THAT WOULD BE GIVING INPUT

12:45PM  21    INTO THAT DECISION.

12:45PM  22    Q.   BUT IT WAS THE EXECUTIVE TEAM THAT WOULD ULTIMATELY MAKE

12:45PM  23    THAT DECISION; CORRECT?

12:45PM  24    A.   BASED ON THE INFORMATION THAT I PROVIDE THEM AND BASED

12:45PM  25    ON WHAT THE INFORMATION IS THAT I TELL THEM ON HOW THE PROJECT

12:45PM  1      WAS GOING.

12:45PM  2      Q.   WELL, YOU WERE THE GUY ON THE GROUND; CORRECT?

12:45PM  3      A.   I WAS THE GUY ON THE GROUND.

12:45PM  4      Q.   AND SO YOU'RE GIVING THEM INFORMATION AND ADVICE, ET

12:45PM  5      CETERA?

12:45PM  6      A.   YES.  MY TEAM AND I ARE BOTH GIVING INFORMATION, AND WE'RE

12:46PM  7      DOING IT TOGETHER WITH THE THERANOS TEAM.

12:46PM  8           AS YOU NOTED, MR. BALWANI WAS RIGHT THERE WITH ME AT THE

12:46PM  9      EXECUTIVE COMMITTEE MEETINGS.  AND SO WE ARE PROVIDING A STATUS

12:46PM  10     TOGETHER AS A PARTNER IN THIS TOGETHER.

12:46PM  11     Q.   AND SO -- AND YOU REPORTED TO THEM, I ASSUME, THAT THE

12:46PM  12     PATIENTS WHO WERE USING THE SERVICE CENTER SEEMED TO BE PRETTY

12:46PM  13     HAPPY; CORRECT?

12:46PM  14     A.   YES.

12:46PM  15     Q.   AND YOU REPORTED TO THEM THAT ALTHOUGH THE LEVEL OF VENOUS

12:46PM  16     DRAW WAS NOT AT THE LEVEL YOU WANTED, IT HAD DECREASED OVER

12:46PM  17     TIME; CORRECT?

12:46PM  18     A.   IT HOVERED AROUND BETWEEN 43, 40 TO 39 PERCENT IS WHAT WE

12:46PM  19     SAW AND EXPERIENCED, AND WHATEVER THE RESULTS WERE AT THE TIME,

12:46PM  20     THAT'S WHAT WE REPORTED TO THE EXECUTIVE TEAM.

12:46PM  21     Q.   SO, SO 65 PERCENT OR 55 PERCENT OR SO OF PATIENTS WERE

12:46PM  22     GETTING THE FINGERSTICK; CORRECT?

12:46PM  23     A.   THAT'S CORRECT.

12:46PM  24     Q.   AND THE REMAINING WERE PATIENTS WHO NEEDED SOME TESTS THAT

12:47PM  25     REQUIRED A VENOUS DRAW, CORRECT, THE 43 PERCENT THAT YOU

12:47PM  1    REFERENCED?

12:47PM  2    A.   YES.

12:47PM  3    Q.   AND THEY MIGHT NEED A BLOOD TEST IN WHICH 10 OR 11 ASPECTS

12:47PM  4    OF THEIR BLOOD WERE BEING TESTED; CORRECT?

12:47PM  5    A.   THAT COULD BE A POSSIBILITY, YES.

12:47PM  6    Q.   AND IF ANY ONE OF THOSE ANALYTES NEEDED A VENOUS TEST,

12:47PM  7    THEN THE PATIENT HAD TO HAVE A VENOUS TEST; CORRECT?

12:47PM  8    A.   YES.   THAT WAS THE DECISION TO MAKE SURE THAT THE PATIENT

12:47PM  9    EXPERIENCE WAS RIGHT, SO THE PATIENT HAS NOT -- EITHER HAS A

12:47PM  10   VENOUS DRAW PLUS A FINGERSTICK AT THE SAME TIME.

12:47PM  11   Q.   OKAY.   NOW, IF I GO -- YOU NO LONGER ARE AFFILIATED WITH

12:47PM  12   WALGREENS?

12:47PM  13   A.   I AM NOT, SIR.

12:47PM  14   Q.   BUT IF I GO INTO A WALGREENS TODAY, CAN I GET MY BLOOD

12:47PM  15   TESTED?

12:47PM  16   A.   IT DEPENDS ON WHAT YOU'RE ASKING FOR BLOOD TESTED.

12:47PM  17        SO THERE ARE STORES THAT COULD BE DOING THAT.   IT'S HARD

12:47PM  18   FOR ME TO SPEAK AT THAT.   I'M NOT THERE ANYMORE.

12:47PM  19   Q.   WELL, YOU KNOW THAT LAB CORP. HAS OPENED FACILITIES IN

12:48PM  20   WALGREENS STORES?

12:48PM  21   A.   YES.

12:48PM  22   Q.   AND YOU KNOW THAT THE METHOD OF DRAWING BLOOD IN THOSE

12:48PM  23   LAB CORP. CENTERS IN WALGREENS STORES IS VENOUS?

12:48PM  24   A.   THAT IS CORRECT.

12:48PM  25   Q.   SO WALGREENS MADE THE DECISION TO OPEN FACILITIES IN ITS

12:48PM  1    STORES THAT OFFERED ONLY VENOUS BLOOD DRAWS; CORRECT?

12:48PM  2    A.   THAT WAS THEIR DECISION.

12:48PM  3    Q.   AND THAT WAS AT SOME POINT AFTER YOUR DEPARTURE?

12:48PM  4    A.   YEAH.

12:48PM  5    Q.   DID THERE COME A TIME IN THE SUMMER OF 2014 WHERE YOU HAD

12:48PM  6    AN OPPORTUNITY TO INTERACT WITH THE CHIEF MEDICAL OFFICER OF

12:48PM  7    WALGREENS ABOUT THERANOS?

12:48PM  8    A.   I CAN'T TELL YOU EXACTLY WHAT TIME.  DR. LEIDER AND I

12:49PM  9    INTERACTED ALL OF THE TIME ON VARIOUS ISSUES INCLUDING

12:49PM  10   THERANOS.

12:49PM  11   Q.   AND JUST TO BE CLEAR, DR. LEIDER WAS DR. HARRY LEIDER?

12:49PM  12   A.   HARRY LEIDER.

12:49PM  13   Q.   AND HE WAS THE CHIEF MEDICAL OFFICER AT WALGREENS;

12:49PM  14   CORRECT?

12:49PM  15   A.   THAT IS CORRECT.

12:49PM  16   Q.   AND WALGREENS HAD GOTTEN SOME INFORMATION THAT CAUSED IT

12:49PM  17   TO WANT TO LOOK AT DATA ABOUT THERANOS BLOOD TESTS; CORRECT?

12:49PM  18   A.   CAN YOU BE MORE SPECIFIC EXACTLY?  AGAIN, I SPOKE TO HIM

12:49PM  19   ABOUT A LOT OF THINGS.

12:49PM  20   Q.   WELL, LET ME ASK YOU --

12:49PM  21   A.   YEAH.

12:49PM  22   Q.   -- DO YOU RECALL WHAT OCCASIONED YOUR INTERACTIONS WITH

12:49PM  23   DR. LEIDER ABOUT THERANOS?

12:49PM  24   A.   WELL, THERE WERE A LOT OF DIFFERENT OCCASIONS.  WE GAVE

12:49PM  25   HIM STATUS ON WHAT WAS GOING ON.

12:49PM   1        THERE WAS AN INCIDENT THAT OCCURRED THAT ONE OF OUR NURSE

12:49PM   2   PRACTITIONERS, ONE OF THE NURSE PRACTITIONERS FROM TAKE CARE

12:49PM   3   CLINICS HAD VOICED A CONCERN, AND SO I BROUGHT DR. LEIDER IN,

12:49PM   4   AND AS WELL AS DR. CARROLL, WHO IS THE CHIEF MEDICAL OFFICER

12:49PM   5   FOR CLINICS.

12:49PM   6        AND SO THAT WAS A TOPIC OF DISCUSSION THAT WE HAD.

12:50PM   7   Q.   AND THE NATURE OF THE DISCUSSION THAT YOU HAD WAS, WAS THE

12:50PM   8   QUESTION OF WHETHER THERANOS TESTS WERE SUFFICIENTLY ACCURATE;

12:50PM   9   IS THAT RIGHT?

12:50PM  10   A.   THAT'S RIGHT.

12:50PM  11   Q.   AND SO YOU BROUGHT THOSE GENTLEMEN IN BECAUSE THEY HAD

12:50PM  12   MEDICAL EXPERTISE; CORRECT?

12:50PM  13   A.   CORRECT, AND DR. LEIDER WAS A FORMER LAB DIRECTOR.

12:50PM  14   Q.   AND YOU RAISED THAT -- THE QUESTIONS THAT HAD BEEN POSED

12:50PM  15   TO YOU WITH THERANOS; CORRECT?

12:50PM  16   A.   YES.  WHAT I DID WAS I HAD BOTH PAT CARROLL, DR. CARROLL,

12:50PM  17   AND HARRY LEIDER, DR. LEIDER, AS WELL AS MR. BALWANI, AND THEY

12:50PM  18   HAD A CONFERENCE CALL WITH SEVERAL OF THE FOLKS OVER AT

12:50PM  19   THERANOS.

12:50PM  20   Q.   AND MR. BALWANI BROUGHT SEVERAL OF THE SCIENTISTS INTO THE

12:50PM  21   PROCESS BECAUSE THE QUESTIONS WERE ABOUT MEDICAL ISSUES AND

12:50PM  22   SCIENTIFIC ISSUES?

12:50PM  23   A.   THAT IS MY UNDERSTANDING.

12:50PM  24   Q.   OKAY.  AND WHAT WAS THE OUTCOME OF THAT PROCESS?

12:50PM  25   A.   THE OUTCOME WAS THAT BOTH DR. CARROLL AND DR. LEIDER WERE

12:50PM  1    SATISFIED WITH THE ANSWERS THAT THEY RECEIVED.

12:50PM  2    Q.   OKAY.

12:51PM  3    A.   AND WE ADDRESSED THE ISSUES WITH THE NURSE PRACTITIONER.

12:51PM  4         MR. DOWNEY:  OKAY.  YOUR HONOR, MAY I JUST HAVE A

12:51PM  5    MOMENT?

12:51PM  6         THE COURT:  SURE.

12:51PM  7         (PAUSE IN PROCEEDINGS.)

12:51PM  8    BY MR. DOWNEY:

12:51PM  9    Q.   ONE MORE SUBJECT, MR. JHAVERI.

12:51PM  10        I WANT TO ASK YOU, YOU MENTIONED ON YOUR DIRECT

12:51PM  11   EXAMINATION THAT YOU BECAME AWARE OF AN ARTICLE CRITICAL OF

12:51PM  12   THERANOS IN 2015; CORRECT?

12:51PM  13   A.   THAT'S CORRECT.

12:51PM  14   Q.   AND AFTER THAT, JOURNALISTS BEGAN RAISING QUESTIONS WITH

12:52PM  15   YOU ABOUT WHY WALGREENS WAS IN A PARTNERSHIP WITH THERANOS;

12:52PM  16   CORRECT?

12:52PM  17   A.   I DID NOT SPEAK TO ANY OF THE JOURNALISTS.

12:52PM  18   Q.   WELL, LET ME ASK YOU TO TAKE A LOOK AT EXHIBIT 7660, AND

12:52PM  19   I'LL GIVE YOU A MINUTE TO REVIEW THIS.

12:52PM  20   A.   YES.

12:52PM  21   Q.   IN THE FIRST PARAGRAPH, A QUOTATION IS ATTRIBUTED TO YOU

12:52PM  22   BY THIS JOURNALIST.

12:52PM  23        DO YOU SEE THAT?

12:52PM  24   A.   I DO.

12:52PM  25   Q.   AND WAS THIS -- WERE YOU -- DOES THIS REFRESH YOUR

12:53PM  1     RECOLLECTION THAT THAT'S A STATEMENT THAT YOU MADE IN 2016?

12:53PM  2     A.   YES, THE STATEMENT WAS MADE IN THE CONTEXT.

12:53PM  3          THIS INTERVIEW WAS ABOUT WALGREENS'S MOVE INTO HEALTH CARE

12:53PM  4     SERVICES, AND SO THAT'S WHAT THE TOPIC WAS WITH THE ECONOMIST

12:53PM  5     AND SO THEY ASKED ME A COUPLE OF QUESTIONS ABOUT THERANOS

12:53PM  6     PARTNERSHIP, AND THE QUOTE THAT I MADE WAS ACTUALLY IN

12:53PM  7     REFERENCE TO IF NURSE PRACTITIONERS WERE RECEIVING ANY TYPE OF

12:53PM  8     INCORRECT RESULTS OR INACCURATE RESULTS, WOULD WE KNOW?

12:53PM  9     Q.   OKAY.  AND WHEN YOU WERE DEPOSED, OR WHEN YOU ASKED THAT

12:53PM  10    QUESTION, YOU SAID, TRUST ME, IF THE RESULTS WERE NOT THERE, WE

12:53PM  11    WOULD HEAR --

12:53PM  12              MR. SCHENK:  YOUR HONOR, OBJECTION.  IT'S NOT IN

12:53PM  13    EVIDENCE.

12:53PM  14    BY MR. DOWNEY:

12:53PM  15    Q.   I'M JUST ASKING, DOES THIS REFRESH YOUR RECOLLECTION AS TO

12:53PM  16    WHAT YOU SAID?

12:54PM  17    A.   YES.

12:54PM  18    Q.   AND TELL US WHAT YOU SAID IN RESPONSE TO THOSE INQUIRIES.

12:54PM  19              THE COURT:  YOU CAN ANSWER.

12:54PM  20              THE WITNESS:  OKAY.  WHAT THEY -- BASED ON THE

12:54PM  21    INQUIRY, WHAT I SAID WAS -- AGAIN, THE ASK WAS IF NURSE

12:54PM  22    PRACTITIONERS RECEIVED ANY TYPE OF INACCURATE RESULTS FOR THEIR

12:54PM  23    PATIENTS, WOULD YOU KNOW AND WOULD THEY TELL YOU?

12:54PM  24          AND MY COMMENT WAS DIRECTLY, TRUST ME, IF THERE WAS

12:54PM  25    SOMETHING INACCURATE, WE WOULD KNOW.

12:54PM   1        JUST LIKE THE ONE I SPOKE ABOUT EARLIER WHERE THEY WERE --

12:54PM   2    THEY INFORMED US THAT THEY POTENTIALLY THOUGHT THERE WAS A BAD

12:54PM   3    RESULT.

12:54PM   4        SO THAT WAS MY REFERENCE.

12:54PM   5    BY MR. DOWNEY:

12:54PM   6    Q.   AND WHEN YOU SAID "WE WOULD KNOW," THAT WAS A RHETORICAL

12:54PM   7    STATEMENT; CORRECT?  YOU WERE SAYING WE HAVEN'T HEARD THAT;

12:54PM   8    CORRECT?

12:54PM   9    A.   NO.  WHAT I WAS REFERRING TO IN ALL OF OUR FIELD

12:54PM   10   OPERATIONS -- LET ME TAKE A STEP BACK HERE.

12:54PM   11       WHETHER IT'S IN THE PHARMACY OR IN THE TAKE CARE CLINICS,

12:54PM   12   WE HAVE A LEVEL OF MANAGEMENT THAT GOES ALL OF THE WAY TO THE

12:55PM   13   TOP.

12:55PM   14       AND SO WHAT I WAS REFERRING TO SPECIFICALLY HERE IS IF A

12:55PM   15   NURSE PRACTITIONER HAD A CONCERN ABOUT SOME TYPE OF RESULT,

12:55PM   16   THAT THEY WOULD RAISE IT TO THEIR MANAGEMENT AND THAT IT WOULD

12:55PM   17   COME TO US OR TO THE APPROPRIATE TEAM THAT WAS ACTUALLY RUNNING

12:55PM   18   THAT PARTICULAR PROJECT.

12:55PM   19   Q.   UNDERSTOOD.

12:55PM   20   A.   SO THAT'S WHAT I WAS REFERRING TO HERE.

12:55PM   21   Q.   UNDERSTOOD.

12:55PM   22       DURING YOUR DIRECT EXAMINATION YOU WERE SHOWN AND YOU READ

12:55PM   23   A SERIES OF TEXTS BETWEEN MR. BALWANI AND MS. HOLMES.

12:55PM   24       DO YOU RECALL THAT?

12:55PM   25   A.   YES, SIR.

12:55PM  1    Q.   AND YOU SAW SOME DISCUSSION IN THOSE TEXTS ABOUT CVS;

12:55PM  2    CORRECT?

12:55PM  3    A.   YES, SIR.

12:55PM  4    Q.   AND CVS IS A SIGNIFICANT COMPETITOR TO WALGREENS; CORRECT?

12:55PM  5    A.   YES.

12:55PM  6    Q.   AND DID YOU KNOW IN 2015 THAT THERANOS WAS TALKING TO CVS

12:55PM  7    ABOUT A POTENTIAL PARTNERSHIP?

12:55PM  8    A.   I DID NOT SPEAK TO ANYONE IN DETAIL ABOUT CVS OR ANYTHING

12:55PM  9    LIKE THAT.  THAT WAS NOT MY PURVIEW.

12:55PM 10    Q.   AND DID YOU HAVE ANY KNOWLEDGE THAT THERANOS WAS PURSUING

12:56PM 11    A PARTNERSHIP WITH CVS?

12:56PM 12    A.   WHAT I KNEW WAS EARLY ON WHEN THERANOS WAS LOOKING FOR A

12:56PM 13    PARTNER, THEY HAD SPOKEN TO SEVERAL CHAINS, SAFEWAY BEING ONE

12:56PM 14    OF THEM, CVS, AND WALGREENS.

12:56PM 15    Q.   AND THAT WAS IN 2010?

12:56PM 16    A.   WHENEVER I -- IT WAS SOMETIME IN 2013, 2014 WHEN I BECAME

12:56PM 17    MORE INVOLVED IN THE PROJECT.

12:56PM 18    Q.   YOU LEARNED THAT IN 2013 AND 2014?

12:56PM 19    A.   RIGHT.

12:56PM 20    Q.   BUT WHAT YOU JUST REFERENCED IS KNOWLEDGE ABOUT WHAT HAD

12:56PM 21    HAPPENED IN 2010; CORRECT?

12:56PM 22    A.   YEAH.  I DON'T KNOW THE TIMEFRAME, SIR, TO BE HONEST.

12:56PM 23    Q.   WHENEVER THE WALGREENS-THERANOS INITIAL AGREEMENT HAD BEEN

12:56PM 24    MADE; CORRECT?

12:56PM 25    A.   CORRECT.

12:56PM   1    Q.   AND DID YOU KNOW ANYTHING ABOUT CONVERSATIONS BETWEEN CVS

12:56PM   2    AND THERANOS IN 2015?

12:56PM   3    A.   I DON'T KNOW THE DETAILS OF THAT.

12:56PM   4    Q.   DID YOU KNOW THAT THERANOS WAS PURSUING A POTENTIAL

12:56PM   5    PARTNERSHIP WITH CVS BECAUSE OF -- WELL, DID YOU KNOW THAT THEY

12:56PM   6    WERE PURSUING THAT TYPE OF PARTNERSHIP?

12:57PM   7    A.   NO.

12:57PM   8    Q.   ALL RIGHT.

12:57PM   9         YOUR HONOR, JUST ONE MOMENT.

12:57PM  10         (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

12:57PM  11              MR. DOWNEY:   YOUR HONOR, I JUST WANT TO QUICKLY

12:57PM  12    INTRODUCE TWO DOCUMENTS AND I'LL BE DONE.

12:57PM  13    Q.   I KNOW YOU TESTIFIED YOU DIDN'T HAVE MUCH CONTACT WITH

12:57PM  14    MS. HOLMES.  BUT ON OCCASION YOU EMAILED HER; IS THAT CORRECT?

12:57PM  15    A.   I DID.

12:57PM  16    Q.   AND I WANT TO SHOW YOU AN EMAIL BETWEEN YOU AND

12:57PM  17    MS. HOLMES.  I WANT TO SHOW YOU A DOCUMENT AND ASK YOU IF IT'S

12:57PM  18    AN EMAIL BETWEEN YOU AND MS. HOLMES, AND THAT'S EXHIBIT 7454.

12:58PM  19    YEAH.

12:58PM  20    A.   IS THAT IN VOLUME 1, SIR?

12:58PM  21    Q.   IT SHOULD BE IN VOLUME 2 OF THE BLACK BINDERS.

12:58PM  22    A.   I HAVE IT.

12:58PM  23    Q.   AND CAN YOU TELL ME WHAT THIS IS?

12:58PM  24    A.   YES.  THIS IS MR. BALWANI HAD FORWARDED TO MYSELF AND

12:58PM  25    BRAD WASSON WHO, AS I MENTIONED, WAS MY BOSS AT THE TIME, A

12:59PM  1    LINK TO THE "FORTUNE" MAGAZINE ARTICLE THAT MS. HOLMES WAS ON

12:59PM  2    THE COVER OF.

12:59PM  3    Q.    OKAY.

12:59PM  4    A.    AND I HAD SENT AN EMAIL TO MS. HOLMES CONGRATULATING HER.

12:59PM  5    Q.    WELL, LET ME MOVE THE ADMISSION OF 7454.

12:59PM  6            MR. SCHENK:  NO OBJECTION.

12:59PM  7            THE COURT:  INCLUDING THE SECOND PAGE?  YOU WANT THE

12:59PM  8    SECOND PAGE?

12:59PM  9            MR. DOWNEY:  I DON'T NEED THE SECOND PAGE.  LET'S

12:59PM 10    SAY 7454A.

12:59PM 11            THE COURT:  ALL RIGHT.

12:59PM 12        ANY OBJECTION TO THAT?

12:59PM 13            MR. SCHENK:  YOUR HONOR, I THINK THE WHOLE THING

12:59PM 14    SHOULD GO IN.  I'M NOT SURE IT'S SEPARATE.  I THINK IT'S ALL

12:59PM 15    PART OF THE EMAIL FROM --

12:59PM 16            THE COURT:  WELL, THAT'S MY INQUIRY.

12:59PM 17            MR. DOWNEY:  I DON'T OBJECT TO IT COMING IN, BUT I

12:59PM 18    DIDN'T ATTACH THE ENTIRE ARTICLE, SO I CAN TRY TO AMEND THAT IN

12:59PM 19    THE FUTURE.

12:59PM 20            THE COURT:  WELL, THIS WHAT I HAVE.

12:59PM 21            MR. DOWNEY:  YES.

12:59PM 22            THE COURT:  YOU WANT WHAT I'M HOLDING?

12:59PM 23            MR. DOWNEY:  YES.

12:59PM 24            THE COURT:  YOU WANT BOTH SIDES?

12:59PM 25            MR. DOWNEY:  THAT'S FINE, YOUR HONOR, YES.

| | | |
|---|---|---|
| 12:59PM | 1 | THE COURT:  ANY OBJECTION? |
| 12:59PM | 2 | MR. SCHENK:  NO.  THANK YOU. |
| 12:59PM | 3 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:59PM | 4 | (DEFENDANT'S EXHIBIT 7454 WAS RECEIVED IN EVIDENCE.) |
| 01:00PM | 5 | BY MR. DOWNEY: |
| 01:00PM | 6 | Q.   SO THIS IS AN ARTICLE ABOUT MS. HOLMES THAT MR. BALWANI |
| 01:00PM | 7 | FORWARDED TO YOU; CORRECT? |
| 01:00PM | 8 | A.   CORRECT. |
| 01:00PM | 9 | Q.   AND THEN YOU WROTE TO MS. HOLMES; CORRECT? |
| 01:00PM | 10 | A.   I DID. |
| 01:00PM | 11 | Q.   AND YOU SENT HER GOOD WISHES IN YOUR FIRST PARAGRAPH; |
| 01:00PM | 12 | CORRECT? |
| 01:00PM | 13 | A.   YES. |
| 01:00PM | 14 | Q.   AND THEN YOU SAY IN THE SECOND PARAGRAPH, "I AM SURE SUNNY |
| 01:00PM | 15 | AND CHRISTIAN ARE KEEPING YOU IN THE LOOP." |
| 01:00PM | 16 | CORRECT? |
| 01:00PM | 17 | A.   YES. |
| 01:00PM | 18 | Q.   AND CHRISTIAN IS A REFERENCE TO CHRISTIAN HOLMES; CORRECT? |
| 01:00PM | 19 | A.   YES. |
| 01:00PM | 20 | Q.   AND THAT'S MS. HOLMES'S BROTHER WHO ALSO WORKED AT |
| 01:00PM | 21 | THERANOS? |
| 01:00PM | 22 | A.   CORRECT. |
| 01:00PM | 23 | Q.   AND YOU SAID, "TEAMS ARE WORKING WELL TOGETHER AND A LOT |
| 01:00PM | 24 | OF PROGRESS BEING MADE.  SEE YA SOON." |
| 01:00PM | 25 | CORRECT? |

01:00PM   1   A.   CORRECT.

01:00PM   2   Q.   AND LET ME ASK YOU TO LOOK AT 7471.

01:01PM   3   A.   YES, SIR.

01:01PM   4   Q.   IS THIS AN EMAIL BETWEEN YOU AND MS. HOLMES IN SEPTEMBER

01:01PM   5   OF 2014?

01:01PM   6   A.   IT IS.

01:01PM   7   Q.   AND THE ATTACHMENT IS AN ANNOUNCEMENT RELATED TO A LIST OF

01:01PM   8   HONOREES?

01:01PM   9   A.   YES.

01:01PM  10           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

01:01PM  11   7471.

01:01PM  12           MR. SCHENK:  NO OBJECTION.

01:01PM  13           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:01PM  14       (DEFENDANT'S EXHIBIT 7471 WAS RECEIVED IN EVIDENCE.)

01:01PM  15   BY MR. DOWNEY:

01:01PM  16   Q.   IF YOU JUST FOCUS ON THE ADDRESS AT THE BOTTOM -- AT THE

01:01PM  17   TOP, RATHER, INDICATING IT'S FROM YOU TO MS. HOLMES, YOU SENT

01:01PM  18   THIS IN SEPTEMBER OF 2014; CORRECT?

01:01PM  19   A.   CORRECT.

01:01PM  20   Q.   AND THIS IS A LITTLE BIT AFTER -- A COUPLE OF WEEKS AFTER

01:01PM  21   THE MEETINGS THAT YOU HAD WITH MR. BALWANI WHERE YOU INDICATED

01:01PM  22   YOU MIGHT BE SCALING DOWN THE NUMBER OF STORES; CORRECT?

01:01PM  23   A.   THAT'S CORRECT.

01:01PM  24   Q.   OKAY.  AND IN THIS EMAIL, YOU SEND GOOD WISHES TO HER

01:02PM  25   AGAIN; CORRECT?

01:02PM  1    A.   YES.

01:02PM  2    Q.   AND IN THE SECOND SENTENCE YOU SAID, "AS YOU KNOW WE ARE

01:02PM  3    MAKING GREAT PROGRESS IN OUR PARTNERSHIP."

01:02PM  4         CORRECT?

01:02PM  5    A.   YES.

01:02PM  6              MR. DOWNEY:  NOTHING FURTHER, YOUR HONOR.

01:02PM  7              THE COURT:  ANY REDIRECT?

01:02PM  8              MR. SCHENK:  YES, YOUR HONOR.

01:02PM  9              THE COURT:  FOLKS, IF YOU WANT TO STAND AND STRETCH,

01:02PM  10   PLEASE FEEL FREE.

01:02PM  11              JUROR:  CAN I USE THE RESTROOM?

01:02PM  12              THE COURT:  WHY DON'T WE TAKE A BREAK.  WHY DON'T WE

01:02PM  13   DO THAT?

01:02PM  14        SORRY, MR. SCHENK.  LET'S TAKE A BREAK.  20 MINUTES.

01:02PM  15              MS. TREFZ:  IF WE CAN DO 20 MINUTES, THAT WOULD BE

01:02PM  16   IT FOR THE REST OF THE DAY.

01:02PM  17              THE COURT:  LET'S DO 20 MINUTES.

01:02PM  18        YOU CAN STAND DOWN, SIR, AND WE CAN TAKE A BREAK FOR

01:02PM  19   20 MINUTES.

01:03PM  20        (JURY OUT AT 1:03 P.M.)

01:03PM  21              THE COURT:  YOU CAN WAIT OUTSIDE, SIR.  YOU CAN GO.

01:03PM  22   THANK YOU.

01:03PM  23        ALL RIGHT.  THANK YOU.

01:03PM  24        THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE

01:03PM  25   BREAK AND THE WITNESS HAS LEFT THE COURTROOM AND ALL COUNSEL

01:03PM   1    AND MS. HOLMES ARE PRESENT ONCE AGAIN.

01:03PM   2         IT'S ABOUT TEN AFTER 1:00.  I KNOW THERE'S THE 1:30

01:03PM   3    HEARING.  I DON'T KNOW, SHOULD WE -- COUNSEL HERE IN THE

01:04PM   4    COURTROOM, DID YOU INTEND TO -- ANY COUNSEL HERE IN THE

01:04PM   5    COURTROOM, DID YOU INTEND TO JOIN OR ASSIST YOUR COLLEAGUES IN

01:04PM   6    THAT MATTER?

01:04PM   7              MR. BOSTIC:  FOR THE GOVERNMENT, YOUR HONOR, JUST

01:04PM   8    ME, I THINK, AND I WOULDN'T ASK THAT TRIAL PROCEEDINGS BE

01:04PM   9    STOPPED.  I THINK THEY SHOULD CONTINUE IF THE OTHER PARTIES ARE

01:04PM  10    AMENABLE TO IT.

01:04PM  11              THE COURT:  THAT WAS MY INQUIRY.  THANK YOU,

01:04PM  12    MR. BOSTIC.

01:04PM  13              MR. DOWNEY:  FOR THE DEFENSE, YOUR HONOR, MR. CLINE

01:04PM  14    IS GOING TO ATTEND THE 1:30 HEARING AND THE DEFENSE IS FINE

01:04PM  15    WITH PROCEEDING.

01:04PM  16              THE COURT:  YOU HAVE FULL TRUST AND CONFIDENCE IN

01:04PM  17    MR. CLINE?

01:04PM  18         (LAUGHTER.)

01:04PM  19              THE COURT:  THE RECORD WILL REFLECT THAT THERE WAS

01:04PM  20    NO RESPONSE TO THAT.  THERE WAS NO RESPONSE BUT LAUGHTER I

01:04PM  21    THINK IS WHAT I HEARD.

01:04PM  22         ALL RIGHT.  THANK YOU.

01:04PM  23              MR. DOWNEY:  I HAVE COMPLETE CONFIDENCE IN HIM.

01:04PM  24              THE COURT:  I'M SURE YOU DO.  THANK YOU.  LET'S TAKE

01:04PM  25    OUR BREAK.  THANK YOU.

01:05PM    1                THE CLERK:  COURT IS IN RECESS.

01:05PM    2            (RECESS FROM 1:05 P.M. UNTIL 1:32 P.M.)

01:32PM    3            (JURY IN AT 1:32 P.M.)

01:32PM    4                THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE

01:32PM    5     RECORD.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.  OUR

01:32PM    6     JURY IS PRESENT.

01:32PM    7            MR. JHAVERI IS BACK ON THE STAND.

01:32PM    8            MR. SCHENK, YOU HAVE SOME REDIRECT?

01:32PM    9                MR. SCHENK:  YES.  THANK YOU, YOUR HONOR.

01:32PM   10                     **REDIRECT EXAMINATION**

01:32PM   11     BY MR. SCHENK:

01:32PM   12     Q.  GOOD AFTERNOON AGAIN, MR. JHAVERI.

01:32PM   13     A.  GOOD AFTERNOON.

01:32PM   14     Q.  I WOULD LIKE TO COVER A COUPLE OF THE TOPICS THAT YOU

01:32PM   15     DISCUSSED WITH MR. DOWNEY AND JUST MAKE SURE I UNDERSTAND YOUR

01:32PM   16     ANSWERS, IF THAT'S OKAY.

01:32PM   17     A.  SURE.

01:32PM   18     Q.  THE FIRST TOPIC I WANT TO TALK ABOUT IS TOWARDS THE

01:32PM   19     BEGINNING OF YOUR CROSS-EXAMINATION, YOU TALKED ABOUT THE

01:32PM   20     NUMBER OF TIMES THAT YOU MET MS. HOLMES AS OPPOSED TO YOUR

01:32PM   21     INTERACTIONS WITH MR. BALWANI.

01:32PM   22            DO YOU RECALL THAT TESTIMONY?

01:32PM   23     A.  YES.

01:32PM   24     Q.  ON ONE OF THE OCCASIONS THAT YOU MET MS. HOLMES, WAS IT

01:32PM   25     DURING A DEMONSTRATION OF THE THERANOS TECHNOLOGY?

01:33PM  1    A.   YES, IT WAS AT THEIR CORPORATE OFFICE.

01:33PM  2    Q.   IN PALO ALTO?

01:33PM  3    A.   IN PALO ALTO.

01:33PM  4    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

01:33PM  5    A.   WE HAD A -- IT WAS A MEET AND GREET WITH BOTH LEADERSHIP

01:33PM  6    TEAMS AND WE WERE IN THE CONFERENCE ROOM.  MS. HOLMES AND

01:33PM  7    MR. BALWANI GAVE US A LITTLE BIT MORE OF OVERVIEW OF THE

01:33PM  8    SERVICE AND WHAT THEY WERE TRYING TO DO.

01:33PM  9         AND THEN WE WENT, AFTER THAT, TO ACTUALLY GET OUR BLOOD

01:33PM 10    TESTED.  AND SO WE WENT IN THE ROOM NEXT DOOR AND THEY DID A

01:33PM 11    FINGERSTICK ON US, A COUPLE OF US THAT WANTED TO GET IT DONE.

01:33PM 12    I DID GET IT DONE FOR ME.

01:33PM 13         AND THEN THEY ALSO HAD A BLACK MACHINE THAT WAS ON THE

01:33PM 14    TABLE THERE THAT THEY SHOWED US.

01:33PM 15         AND THAT'S ABOUT IT.  THAT WAS MY MEETING WITH HER.

01:33PM 16    Q.   AND WHEN YOU SAID THE MACHINE ON THE TABLE, DID YOU

01:33PM 17    UNDERSTAND THAT TO BE THE THERANOS PROCESSING UNIT, THE

01:33PM 18    THERANOS TECHNOLOGY?

01:33PM 19    A.   THE THERANOS TECHNOLOGY, THAT'S CORRECT.

01:33PM 20    Q.   DID YOU UNDERSTAND THAT THE DEMONSTRATION THAT YOU WERE

01:33PM 21    RECEIVING WOULD MIMIC OR MIRROR A PATIENT EXPERIENCE, WHAT THEY

01:34PM 22    WERE GIVING TO YOU WAS WHAT A WALGREENS PATIENT WOULD

01:34PM 23    EXPERIENCE?

01:34PM 24    A.   CORRECT.  THEY SHOWED US THE FINGERSTICK, THE NANOTAINER

01:34PM 25    AND HOW THEY EXTRACTED THE BLOOD, AND SO IT WAS THE EXPERIENCE

01:34PM   1    THAT POTENTIALLY A PATIENT WOULD SEE.

01:34PM   2    Q.   THANK YOU.

01:34PM   3         MS. KRATZMANN, COULD I HAVE THE ELMO.  THANK YOU.

01:34PM   4         I'D LIKE TO SHOW YOU EXHIBIT 1387.  I BELIEVE YOU WERE

01:34PM   5    SHOWN THIS BY MR. DOWNEY.

01:34PM   6         DO YOU RECALL YOUR TESTIMONY ABOUT THIS DOCUMENT?

01:34PM   7    A.   YES, SIR.

01:34PM   8    Q.   AND AN AMENDED OR A REVISED SERVICES AGREEMENT?

01:34PM   9    A.   YES.

01:34PM  10    Q.   AND I THINK THAT MR. DOWNEY ASKED YOU IF, ANYWHERE IN THIS

01:35PM  11    DOCUMENT, THERE WAS DISCUSSION OF THE PERCENT OF VENOUS DRAWS.

01:35PM  12         DO YOU RECALL THAT TESTIMONY?

01:35PM  13    A.   YES, SIR.

01:35PM  14    Q.   AND I THINK YOU SAID I'D HAVE TO LOOK THROUGH IT, BUT I

01:35PM  15    DON'T RECALL FOR SURE.

01:35PM  16         IS THAT RIGHT?

01:35PM  17    A.   CORRECT.

01:35PM  18    Q.   AND MR. DOWNEY, I THINK, SAID WOULD IT -- WOULD YOU BE

01:35PM  19    SURPRISED IF IT WASN'T IN THE DOCUMENT.

01:35PM  20         DO YOU RECALL THAT?

01:35PM  21    A.   YES, SIR.

01:35PM  22    Q.   WAS VENOUS DRAW AN IMPORTANT METRIC THAT WALGREENS WAS

01:35PM  23    TRACKING, REGARDLESS OF WHETHER IT'S IN THIS DOCUMENT OR NOT?

01:35PM  24    A.   YES, IT WAS.

01:35PM  25    Q.   WAS THE ACCURACY OF THERANOS TESTS IMPORTANT TO WALGREENS?

01:35PM 1    A.   CRITICALLY IMPORTANT.

01:35PM 2    Q.   IS ACCURACY IN THERE?

01:35PM 3    A.   NOT THAT I KNOW OF.

01:35PM 4    Q.   BUT IT'S STILL SOMETHING THAT IS IMPORTANT TO WALGREENS?

01:35PM 5    A.   CORRECT.

01:35PM 6    Q.   NOW I'M SHOWING YOU 3755, ALREADY ADMITTED, THAT

01:36PM 7    MR. DOWNEY SHOWED YOU, AND IN THIS DOCUMENT IT TALKS ABOUT, IF

01:36PM 8    YOU RECALL, SOME LANGUAGE ABOUT THERE BEING 2500 STORES AND

01:36PM 9    THAT BEING THE GOAL FOR AUGUST OF 2016.

01:36PM 10        DO YOU RECALL THAT?

01:36PM 11   A.   YES, SIR.

01:36PM 12   Q.   WHAT ASSUMPTIONS WERE BAKED INTO THAT GOAL?

01:36PM 13   A.   THE ASSUMPTIONS, AGAIN, AS I MENTIONED EARLIER, IS

01:36PM 14   OPERATIONALIZING THE SERVICE, AND PART OF THAT WAS HITTING ON

01:36PM 15   THE METRICS THAT WE HAD DEFINED, EVERYTHING FROM PATIENT

01:36PM 16   EXPERIENCE TO WAIT TIMES TO VENOUS DRAWS, AS WELL AS COST OF

01:36PM 17   THE BUILDOUT.

01:36PM 18        BUT THOSE WERE SOME OF THE BIGGER THINGS THAT REALLY

01:37PM 19   INFORMED US ON WHEN TO LAUNCH, HOW TO LAUNCH, AND HOW MUCH TO

01:37PM 20   LAUNCH.

01:37PM 21   Q.   SO EVEN THOUGH THE DOCUMENT HAS 2500 STORES AS A GOAL,

01:37PM 22   THAT WASN'T GUARANTEED, OR IT WASN'T EVER EXPRESSED TO THERANOS

01:37PM 23   THAT THAT WAS GUARANTEED; IS THAT RIGHT?

01:37PM 24   A.   I PERSONALLY HAD NEVER SAID THAT IT WAS GUARANTEED.

01:37PM 25        AND, AGAIN, WHETHER IT WAS BRAD WASSON OR KERMIT CRAWFORD,

01:37PM  1    THEY WOULD EXPECT ME TO PROVIDE THE RIGHT INFORMATION TO MAKE

01:37PM  2    THOSE DECISIONS.

01:37PM  3    Q.   I'D LIKE TO SHOW YOU, THIS IS PAGE 12 OF THAT SAME

01:37PM  4    EXHIBIT, EXHIBIT 3755.  AND ON PAGE 12 WE SEE OPERATIONAL

01:37PM  5    READINESS.

01:37PM  6         DO YOU SEE THAT?

01:37PM  7    A.   YES, SIR.

01:37PM  8    Q.   MR. DOWNEY ASKED YOU IF VENOUS DRAWS, OR THE PERCENT OF

01:37PM  9    VENOUS DRAWS, WAS LISTED IN OPERATIONAL READINESS, AND I THINK

01:38PM  10   YOU SAID IT WAS NOT LISTED THERE.  IS THAT RIGHT?

01:38PM  11   A.   THAT'S RIGHT.

01:38PM  12   Q.   AND WAS VENOUS DRAWS STILL SOMETHING THAT WAS IMPORTANT TO

01:38PM  13   WALGREENS, EVEN THOUGH IT WAS NOT LISTED ON OPERATIONAL

01:38PM  14   READINESS?

01:38PM  15   A.   YES, IT WAS.

01:38PM  16   Q.   AND HOW ABOUT THE ACCURACY OF THERANOS BLOOD TESTS?  IS

01:38PM  17   THAT LISTED IN OPERATIONAL READINESS?

01:38PM  18   A.   NO, SIR.

01:38PM  19   Q.   AND WAS THE ACCURACY OF THERANOS BLOOD TESTS STILL

01:38PM  20   NEVERTHELESS IMPORTANT TO WALGREENS?

01:38PM  21   A.   YES.

01:38PM  22   Q.   NOW I'M SHOWING YOU WHAT HAS BEEN ADMITTED AS 1884.  THESE

01:38PM  23   ARE MEETING MINUTES.

01:38PM  24        DO YOU RECALL THIS DISCUSSION WITH MR. DOWNEY?

01:38PM  25   A.   YES, SIR.

01:38PM   1    Q.   AND NUMBER 6 WAS "MOSTLY IMPROVED PATIENT EXPERIENCE."

01:39PM   2         MR. DOWNEY ASKED YOU SOME QUESTIONS ON A FEW DOCUMENTS

01:39PM   3    ABOUT THE EXPERIENCE THAT PATIENTS HAD, AND YOU TESTIFIED THAT

01:39PM   4    IT WAS MEASURED ON A SCALE OF 1 OR 0 TO 5 AND THAT THERE WERE

01:39PM   5    MOSTLY 4 AND 5'S; IS THAT RIGHT?

01:39PM   6    A.   THAT'S CORRECT.

01:39PM   7    Q.   WHEN IN THE VISIT, OR WHEN IN THE PATIENT'S EXPERIENCE DO

01:39PM   8    THEY GIVE THAT FEEDBACK?  WHEN DOES THE PATIENT FILL OUT THE

01:39PM   9    SURVEY?

01:39PM   10   A.   IT WAS AT THE END OF THE FULL SERVICE.  THAT'S WHEN THE

01:39PM   11   IPAD WAS GIVEN TO THEM, AND THAT'S WHEN THEY FILL IT OUT.

01:39PM   12   Q.   DO THEY HAVE THEIR TEST RESULTS BY THE TIME THEY'RE

01:39PM   13   FILLING OUT THAT SURVEY?

01:39PM   14   A.   NO, SIR.

01:39PM   15   Q.   SO IF A PATIENT, LET'S SAY, WAS PREGNANT BUT WAS TOLD THAT

01:39PM   16   THEY WERE NOT PREGNANT BY A TEST FROM THERANOS, THAT MIGHT

01:39PM   17   AFFECT THEIR OPINION OR THEIR IMPRESSION OF THE EXPERIENCE?

01:39PM   18   A.   IT COULD.

01:39PM   19   Q.   BUT THAT WOULD NOT BE CAPTURED IN A SURVEY TAKEN AT THE

01:39PM   20   END OF THEIR VISIT TO THE THERANOS AT WALGREENS?

01:40PM   21   A.   NO.  THE RESULTS WERE NOT AVAILABLE TO THE PATIENT AT THE

01:40PM   22   TIME OF THE SURVEY.

01:40PM   23   Q.   ALSO WITHIN THOSE SAME MEETING MINUTES, MR. DOWNEY READ

01:40PM   24   YOU A LINE ABOUT ONE HOUR TURN AROUND TIME ONCE THE SAMPLE

01:40PM   25   REACHED THE THERANOS LAB.

01:40PM  1        DO YOU RECALL THAT TESTIMONY?

01:40PM  2   A.   YES, SIR.

01:40PM  3   Q.   FIRST OF ALL, WHERE DID THIS INFORMATION COME FROM THAT IT

01:40PM  4   TOOK AN HOUR?  WHERE WOULD THE SOURCE HAVE BEEN?

01:40PM  5   A.   THAT INFORMATION COMES FROM THERANOS.

01:40PM  6   Q.   AND DID SOMEONE FROM THERANOS EVER TELL YOU THAT IF

01:40PM  7   THERANOS DEVICES FAILED QUALITY CONTROL CHECKS, THEY COULDN'T

01:40PM  8   BE USED AT THAT POINT AND THAT THAT WOULD AFFECT THE TURN

01:40PM  9   AROUND TIME?  DID THEY EXPLAIN THAT TO YOU?

01:40PM 10   A.   I DON'T RECALL EVER HAVING THAT INFORMATION.

01:41PM 11   Q.   AND PRESUMABLY THAT WOULD AFFECT AN HOUR, ONE HOUR TURN

01:41PM 12   AROUND TIME; IS THAT RIGHT?

01:41PM 13   A.   CORRECT.

01:41PM 14   Q.   I'M NOW SHOWING YOU WHAT WAS ADMITTED AS 2394.  THIS IS

01:41PM 15   THE 12TH PAGE OF THAT EXHIBIT, SOME SURVEY RESPONSES OR SCORES.

01:41PM 16        DO YOU SEE THAT?

01:41PM 17   A.   YES, SIR.

01:41PM 18   Q.   AND IT'S BROKEN OUT ABOUT SORT OF THE STAGE IN THE

01:41PM 19   PROCESS, THE INDIVIDUAL'S EXPERIENCE WITH THAT STAGE; IS THAT

01:41PM 20   RIGHT?

01:41PM 21   A.   THAT'S RIGHT.

01:41PM 22   Q.   AND DOES THAT ROUGHLY TRACK HOW THE IPAD ASKED FOR

01:41PM 23   RESPONSES AT THE VARIOUS STAGES?

01:42PM 24   A.   CAN YOU ASK THAT QUESTION AGAIN, SIR?

01:42PM 25   Q.   SURE.  YOU SAID THE PATIENT WOULD FILL OUT THEIR SURVEY

01:42PM   1    RESPONSES ON AN IPAD.  THE KINDS OF QUESTIONS THAT THE PATIENT

01:42PM   2    WAS ASKED TO ANSWER, DID THEY FIT INTO THESE CATEGORIES?

01:42PM   3    A.   YES, THAT'S CORRECT.

01:42PM   4    Q.   SO WAS THERE ANY CATEGORY ABOUT THE ACCURACY OF THE TEST?

01:42PM   5    A.   I DON'T RECALL HAVING ANYTHING LIKE THAT.

01:42PM   6    Q.   AND WOULD THE PATIENT KNOW ANYTHING ABOUT THE ACCURACY OF

01:42PM   7    THE TEST WHEN THEY'RE COMPLETING THIS?

01:42PM   8    A.   NO.  AS I STATED, THE RESULTS ARE NOT YET AVAILABLE TO

01:42PM   9    THEM.  THEY HAD JUST TAKEN -- THE BLOOD WAS JUST DRAWN AT THAT

01:42PM  10    POINT.

01:42PM  11    Q.   AT THIS TIME DURING YOUR TESTIMONY, MR. DOWNEY ALSO ASKED

01:42PM  12    YOU IF YOU KNEW WHETHER THE FORM OF THE BLOOD TEST, WHETHER IT

01:42PM  13    WAS A FINGERSTICK OR VEIN DRAW, MATTERED TO PATIENTS, IF THAT

01:42PM  14    WAS SOMETHING THAT PATIENTS CARED ABOUT.

01:42PM  15         DO YOU RECALL THAT TESTIMONY?

01:42PM  16    A.   YES.

01:42PM  17    Q.   DID WALGREENS AND THERANOS DISCUSS ADVERTISING THE PATIENT

01:42PM  18    EXPERIENCE, WHAT THE PATIENTS WOULD EXPERIENCE IF THEY CAME TO

01:43PM  19    A THERANOS AT A WALGREENS?

01:43PM  20    A.   YES.  WE, WE HAD AN ENTIRE PLAN TO MARKETING BOTH FROM A

01:43PM  21    SCIENCE STANDPOINT, FROM A COMMUNICATIONS STANDPOINT, AND HOW

01:43PM  22    THAT EXPERIENCE WOULD LOOK.

01:43PM  23    Q.   AND DID YOU MARKET OR ADVERTISE THE FINGERSTICK NATURE OF

01:43PM  24    THE TEST?

01:43PM  25    A.   YES.  IF YOU RECALL, THE SIGNAGE HAD A PICTURE OF A SMALL

01:43PM  1    AMOUNT OF BLOOD, AND THE LANGUAGE THAT WE USED WAS A SMALLER

01:43PM  2    TEST, AND THE IDEA WAS THAT IT WOULD USE A SMALL AMOUNT OF

01:43PM  3    BLOOD, AND IT WAS A PAINLESS, EFFICIENT TEST.

01:43PM  4         SO THAT'S WHAT WE USED FOR MARKETING.

01:43PM  5    Q.   DID WALGREENS THINK THAT IT WAS WORTH SPENDING MONEY ON

01:43PM  6    ADVERTISING TO MARKET THE FINGERSTICK?

01:43PM  7    A.   YES.

01:43PM  8    Q.   I THINK I MAY HAVE SAID THAT THE SLIDE I JUST SHOWED YOU

01:44PM  9    WAS PAGE 12.  IT WAS ACTUALLY PAGE 7.  I'M NOW SHOWING YOU

01:44PM 10    PAGE 12, BOTH OF EXHIBIT 2394.

01:44PM 11         SO ON EXHIBIT 2394, PAGE 12, I'M SHOWING YOU A SLIDE THAT

01:44PM 12    MR. DOWNEY SHOWED YOU THAT HAS WHAT PATIENTS WERE SAYING AND

01:44PM 13    QUOTES FROM PATIENTS.

01:44PM 14         DO YOU RECALL THIS TESTIMONY?

01:44PM 15    A.   YES.

01:44PM 16    Q.   FIRST OF ALL, WHO PREPARED THIS SLIDE?

01:44PM 17    A.   I BELIEVE THIS WAS PREPARED BY THE THERANOS TEAM.

01:44PM 18    Q.   WHEN THERANOS PREPARED THIS SLIDE, DID THEY THEN DECIDE

01:44PM 19    THE CONTENT, WHAT KINDS OF FEEDBACK TO PROVIDE TO WALGREENS?

01:44PM 20    A.   YEAH.  WE DIDN'T -- WALGREENS'S TEAM DID NOT HAVE ACCESS

01:44PM 21    TO ANY OF THE RAW DATA FROM THE SURVEY RESULTS.

01:45PM 22         THE RESULTS WERE THEN RECAPPED FOR US THROUGH THE THERANOS

01:45PM 23    TEAM.

01:45PM 24         SO THIS WOULD BE INFORMATION THAT THEY SAW ON SURVEYS AND

01:45PM 25    THEN THEY PRESENTED THAT TO US.

01:45PM 1    Q.   MR. DOWNEY ASKED YOU SOME QUESTIONS ABOUT SOMEONE NAMED

01:45PM 2    DR. LEIDER.

01:45PM 3         DO YOU REMEMBER THAT TESTIMONY?

01:45PM 4    A.   YES, SIR.

01:45PM 5    Q.   AND I THINK YOU TESTIFIED THAT THERE WAS A DISCUSSION

01:45PM 6    INVOLVING YOURSELF, MR. BALWANI, DR. LEIDER, MAYBE SOME OTHERS,

01:45PM 7    AND THAT AT THE END OF THE CALL YOU THOUGHT THAT DR. LEIDER, OR

01:45PM 8    MAYBE THE PARTICIPANTS GENERALLY, WERE SATISFIED WITH THE

01:45PM 9    COMMENTS THAT WERE MADE ABOUT, WAS IT THE ACCURACY OF TESTS?

01:45PM 10   A.   YES.  IT WAS AROUND THE ACCURACY OF A PARTICULAR TEST, I

01:45PM 11   DON'T RECALL WHICH TEST IT WAS, THAT WAS BROUGHT UP BY ONE OF

01:45PM 12   THE NURSE PRACTITIONERS.

01:45PM 13        AND SO DR. CARROLL, WHO OVERSEES THE NURSE PRACTITIONERS,

01:45PM 14   HAD RAISED THAT TO US, TO ME, SO I BROUGHT IN DR. LEIDER AND

01:46PM 15   DR. CARROLL AND INFORMED MR. BALWANI OF THIS, AND THAT'S WHAT

01:46PM 16   CAUSED THE MEETING TO OCCUR.

01:46PM 17        MR. BALWANI, DR. LEIDER, DR. CARROLL, AND THERANOS'S TEAM

01:46PM 18   WAS ON THE PHONE, AND SO THEY HAD A CONFERENCE CALL TO DISCUSS

01:46PM 19   WHAT HAPPENED, WHY THIS HAPPENED.

01:46PM 20        AND I WAS NOT IN THE MEETING AS I WAS RUNNING ANOTHER

01:46PM 21   MEETING AT THE TIME, AND SO WHAT I WAS TOLD WAS THAT THEY WERE

01:46PM 22   SATISFIED WITH WHAT WAS TOLD TO THEM BY THE THERANOS TEAM.

01:46PM 23   Q.   I SEE.  YOU WEREN'T THERE, YOU JUST HEARD DR. LEIDER

01:46PM 24   AFTERWARDS SAY, WHATEVER IT IS THAT I HEARD SATISFIED ME?

01:46PM 25   A.   THAT'S CORRECT.

01:46PM  1    Q.   DO YOU KNOW WHETHER WALGREENS WAS GIVEN ACCESS TO RAW TEST

01:46PM  2    DATA TO BE SATISFIED, TO REACH THAT CONCLUSION THAT THEY WERE

01:46PM  3    SATISFIED?

01:46PM  4    A.   FOR THAT PARTICULAR ISSUE I DO NOT REMEMBER.

01:46PM  5    Q.   DO YOU KNOW WHETHER THEY WERE GIVEN THE THERANOS

01:46PM  6    TECHNOLOGY, A BOX TO UP OPEN AND LOOK INSIDE AND TO REACH THE

01:46PM  7    CONCLUSION THAT THEY SHOULD BE SATISFIED?

01:47PM  8    A.   I'M NOT AWARE OF THAT.

01:47PM  9    Q.   I'M NOW GOING TO SHOW YOU 7454 THAT WAS ALSO ADMITTED.

01:47PM  10        THIS WAS AN EMAIL THAT YOU SENT TO MS. HOLMES AFTER

01:47PM  11   MR. BALWANI SENT YOU AN ARTICLE, AN ARTICLE THAT APPEARED IN

01:47PM  12   "FORTUNE" MAGAZINE, AND IF YOU LOOK ON THIS COVER UNDER THAT

01:47PM  13   HEADING, "AIM TO REVOLUTIONIZE HEALTH CARE," THERE'S A

01:47PM  14   JOURNALIST'S NAME.

01:47PM  15        DO YOU SEE THAT?

01:47PM  16   A.   LET ME SEE IF I CAN READ IT.

01:47PM  17   Q.   I'M HAPPY TO READ IT TO YOU.  I'M JUST WONDERING IF YOU

01:48PM  18   SEE IT AT LEAST GENERALLY.

01:48PM  19   A.   OH, BY ROGER PARLOFF?

01:48PM  20   Q.   YES, CORRECT.

01:48PM  21        WHEN MR. BALWANI SENT YOU THIS ARTICLE, DID YOU ASSUME

01:48PM  22   THAT THE CONTENTS, THE DESCRIPTIONS ABOUT THERANOS WERE

01:48PM  23   ACCURATE?

01:48PM  24   A.   YES.

01:48PM  25   Q.   AND WHEN YOU THEN RESPONDED TO MS. HOLMES AND COMPLIMENTED

01:48PM  1    HER ON THIS COVERAGE, DID YOU ASSUME THAT THE DESCRIPTIONS IN

01:48PM  2    THE ARTICLE ABOUT THERANOS WERE ACCURATE?

01:48PM  3    A.   YES.

01:48PM  4    Q.   YOU ALSO AT THIS TIME SENT AN EMAIL, THE EXHIBIT NUMBER

01:48PM  5    WAS 7471, IN SEPTEMBER OF 2014 WHERE YOU WERE COMPLIMENTARY TO

01:48PM  6    MS. HOLMES.

01:48PM  7         DO YOU RECALL THAT?

01:48PM  8    A.   YES.

01:48PM  9    Q.   AND WHEN YOU SENT THAT EMAIL, WERE YOU STILL ACTING UNDER

01:48PM 10    THE ASSUMPTION THAT MS. HOLMES HAD BEEN HONEST WITH YOU DURING

01:48PM 11    ALL OF YOUR INTERACTIONS WITH HER AND WITH THERANOS?

01:48PM 12    A.   YES.

01:48PM 13              MR. SCHENK:  THANK YOU, YOUR HONOR.

01:48PM 14              MR. DOWNEY:  YOUR HONOR, JUST VERY BRIEFLY.

01:49PM 15                        **RECROSS-EXAMINATION**

01:49PM 16    BY MR. DOWNEY:

01:49PM 17    Q.   MR. JHAVERI, YOU TESTIFIED ON REDIRECT ABOUT THE

01:49PM 18    DEMONSTRATION THAT YOU HAD RECEIVED OF THERANOS TECHNOLOGY.

01:49PM 19         DO YOU RECALL THAT?

01:49PM 20    A.   YES, SIR.

01:49PM 21    Q.   AND THERE WERE VARIOUS TIMES THAT YOU HAD ACTUALLY TRIED

01:49PM 22    TO GET A BLOOD DRAW IN CONNECTION WITH THOSE -- WITH THERANOS?

01:49PM 23    A.   YES.

01:49PM 24    Q.   AND SOMETIMES YOU GOT A DRAW THAT WAS A FINGERSTICK;

01:49PM 25    CORRECT?

01:49PM   1     A.   CORRECT.

01:49PM   2     Q.   AND SOMETIMES YOU GOT A VENOUS DRAW; CORRECT?

01:49PM   3     A.   THAT'S CORRECT.

01:49PM   4     Q.   AND PART OF THAT WAS AN EVALUATION OF HOW THE PROGRAM WAS

01:49PM   5     RUNNING, WHETHER THE SERVICE WAS GOOD, ET CETERA?

01:49PM   6     A.   YEAH.  PART OF THAT WAS FOR ME TO EXPERIENCE WHAT A

01:50PM   7     PATIENT WILL EXPERIENCE, AND SO I DID HAVE A LAB ORDER SENT IN

01:50PM   8     FOR ME AT ONE OF THE STORES BECAUSE I WANTED TO EXPERIENCE WHAT

01:50PM   9     A PATIENT WOULD WALK IN AND EXPERIENCE THEMSELVES, AND SO THAT

01:50PM   10    WAS THE REASON.

01:50PM   11    Q.   AND YOUR PERSONAL EXPERIENCE OF THOSE SERVICES WAS

01:50PM   12    POSITIVE; CORRECT?

01:50PM   13    A.   YES.

01:50PM   14    Q.   YOU WERE ASKED ABOUT WHETHER THERE WAS AN EXPECTATION AT

01:50PM   15    WALGREENS THAT THE TESTS BE ACCURATE; CORRECT?

01:50PM   16         AND YOU UNDERSTOOD THAT, OF COURSE, THE BLOOD TESTS, THAT

01:50PM   17    THERANOS WOULD MAKE EVERY EFFORT FOR THE BLOOD TESTS TO BE

01:50PM   18    ACCURATE; CORRECT?

01:50PM   19    A.   I WOULD ASSUME SO, YES.

01:50PM   20    Q.   NO ONE WOULD WANT TO OFFER INACCURATE BLOOD TESTS;

01:50PM   21    CORRECT?

01:50PM   22    A.   I WOULDN'T THINK SO, YES.

01:50PM   23    Q.   YOU WERE ASKED BY MR. SCHENK ABOUT DEVICES FAILING QUALITY

01:50PM   24    CONTROL.

01:50PM   25         DO YOU RECALL THAT?

JHAVERI RECROSS BY MR. DOWNEY                                    3707

01:50PM  1    A.   YES.

01:50PM  2    Q.   YOU WOULD HOPE, WOULD YOU NOT, IF A DEVICE FAILED QUALITY

01:51PM  3    CONTROL, THAT IT WOULD NOT BE USED FOR TESTING THAT DAY;

01:51PM  4    CORRECT?

01:51PM  5    A.   I WOULD HOPE THAT WOULD BE THE CASE, YES.

01:51PM  6    Q.   AND YOUR EXPECTATION IS THAT THE THERANOS LAB WOULD REMOVE

01:51PM  7    THAT DEVICE FROM TESTING FOR THE DAY; CORRECT?

01:51PM  8    A.   YES, THAT WOULD BE MY ASSUMPTION.

01:51PM  9    Q.   AND YOU WOULD WANT THEM TO MAKE SURE THAT THE DEVICE WAS

01:51PM  10   NOT USED AGAIN IN TESTING UNTIL IT HAD PASSED QUALITY CONTROL;

01:51PM  11   CORRECT?

01:51PM  12   A.   CORRECT.

01:51PM  13   Q.   YOU TALKED ABOUT YOUR INTERACTIONS WITH DR. LEIDER AND THE

01:51PM  14   THERANOS TEAM.

01:51PM  15        DO YOU RECALL THAT?

01:51PM  16   A.   YES.

01:51PM  17   Q.   DO YOU KNOW WHETHER HE WAS GIVEN CORRELATION DATA RELATED

01:51PM  18   TO THERANOS TESTS?

01:51PM  19   A.   AGAIN, I DO NOT KNOW WHAT WAS PROVIDED TO HIM DURING THAT

01:51PM  20   CALL.

01:51PM  21   Q.   OKAY.  YOU WERE ASKED ABOUT WHETHER DR. LEIDER OR OTHERS

01:51PM  22   AT WALGREENS WERE GIVEN A THERANOS DEVICE.

01:51PM  23        DO YOU RECALL THAT?

01:51PM  24   A.   YES.

01:51PM  25   Q.   DO YOU KNOW WHETHER DR. ROSAN WAS GIVEN A THERANOS DEVICE?

01:51PM   1     A.   I DO NOT KNOW THAT.

01:52PM   2     Q.   OKAY.  MR. SCHENK ASKED YOU ABOUT THE ARTICLE THAT YOU

01:52PM   3     FORWARDED TO MS. HOLMES.

01:52PM   4          DO YOU RECALL THAT?

01:52PM   5     A.   YES, SIR.

01:52PM   6     Q.   AND DO YOU RECALL AS YOU SIT HERE TODAY THE CONTENTS OF

01:52PM   7     THAT ARTICLE?

01:52PM   8     A.   I COULDN'T STATE EXACTLY WHAT WAS IN THE ARTICLE.

01:52PM   9     Q.   OKAY.  FAIR ENOUGH.

01:52PM   10         THANK YOU.

01:52PM   11             MR. SCHENK:  NOTHING FURTHER.

01:52PM   12             THE COURT:  MAY THIS WITNESS BE EXCUSED?

01:52PM   13             MR. SCHENK:  YES, YOUR HONOR.

01:52PM   14             THE COURT:  MR. DOWNEY, MAY THIS WITNESS BE EXCUSED?

01:52PM   15             MR. DOWNEY:  YES, SIR.

01:52PM   16             THE COURT:  YOU'RE EXCUSED, SIR.  THANK YOU VERY

01:52PM   17     MUCH.

01:52PM   18             THE WITNESS:  THANK YOU.

01:52PM   19             THE COURT:  YOU'RE WELCOME.  YOU CAN JUST LEAVE ALL

01:52PM   20     OF THE BINDERS AND THINGS THERE.

01:52PM   21             THE WITNESS:  THANK YOU.

01:52PM   22             THE COURT:  THE GOVERNMENT HAS ANOTHER WITNESS?

01:52PM   23             MR. SCHENK:  YES, YOUR HONOR.  THE UNITED STATES

01:53PM   24     CALLS DR. SUNIL DHAWAN.

01:53PM   25             THE COURT:  ALL RIGHT.  THANK YOU.

01:53PM 1          (PAUSE IN PROCEEDINGS.)

01:53PM 2               THE COURT:  GOOD AFTERNOON, SIR.  IF YOU WOULD STAND

01:53PM 3     THERE FOR JUST A MOMENT, OUR COURTROOM DEPUTY WILL BE WITH YOU

01:53PM 4     IN JUST A SECOND.

01:53PM 5          IF YOU WOULD RAISE YOUR RIGHT HAND WHILE YOU FACE HER, SHE

01:53PM 6     HAS A QUESTION FOR YOU.

01:53PM 7          **(GOVERNMENT'S WITNESS, SUNIL DHAWAN, WAS SWORN.)**

01:54PM 8               THE WITNESS:  YES.

01:54PM 9               THE COURT:  THANK YOU, SIR.  PLEASE HAVE A SEAT

01:54PM 10    HERE.  PLEASE MAKE YOURSELF COMFORTABLE.  FEEL FREE TO ADJUST

01:54PM 11    THE CHAIR AND MICROPHONE AS YOU NEED.

01:54PM 12         I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

01:54PM 13              WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

01:54PM 14    AND THEN SPELL IT, PLEASE.

01:54PM 15              THE WITNESS:  SUNIL S. DHAWAN.  S-U-N-I-L, S, LAST

01:54PM 16    NAME IS D-H-A-W-A-N.

01:54PM 17              THE COURT:  THANK YOU.

01:54PM 18         COUNSEL.

01:54PM 19              MR. SCHENK:  THANK YOU, YOUR HONOR.

01:54PM 20                         **DIRECT EXAMINATION**

01:54PM 21    BY MR. SCHENK:

01:54PM 22    Q.   GOOD AFTERNOON, DR. DHAWAN.

01:54PM 23         IF YOU ARE FULLY VACCINATED, AND WITH THE COURT'S

01:54PM 24    PERMISSION, YOU CAN REMOVE YOUR MASK AND TESTIFY WITHOUT THE

01:54PM 25    MASK IF YOU WOULD LIKE.

01:54PM 1    A.   SURE.

01:54PM 2    Q.   DR. DHAWAN, HOW ARE YOU CURRENTLY EMPLOYED?

01:54PM 3    A.   AT THE CENTER FOR DERMATOLOGY IN FREMONT AND MILPITAS,

01:55PM 4    CALIFORNIA.

01:55PM 5    Q.   DO YOU MIND PULLING THE MICROPHONE JUST A LITTLE BIT

01:55PM 6    CLOSER?

01:55PM 7    A.   SURE.  FREMONT AND MILPITAS, CALIFORNIA.

01:55PM 8    Q.   AT THE CENTER FOR DERMATOLOGY?

01:55PM 9    A.   YES.

01:55PM 10   Q.   AND WHAT DO YOU DO THERE?

01:55PM 11   A.   I'M A DERMATOLOGIST AND RUN A CLINICAL TRIAL PRACTICE.

01:55PM 12   Q.   AND WHAT IS THAT, THE CLINICAL TRIAL PRACTICE?

01:55PM 13   A.   WE RUN CLINICAL TRIALS FOR LARGE AND SMALL DRUG COMPANIES

01:55PM 14   AND DEVICE COMPANIES AND ARTIFICIAL INTELLIGENCE DEVICES,

01:55PM 15   THINGS LIKE THAT IN DERMATOLOGY.

01:55PM 16   Q.   AND HOW LONG HAVE YOU HAD THAT PRACTICE?

01:55PM 17   A.   I'VE BEEN IN PRACTICE FOR 32 YEARS IN DERMATOLOGY, AND

01:55PM 18   18 YEARS IN CLINICAL RESEARCH PRACTICE.

01:55PM 19   Q.   AND WHEN DID YOU GET YOUR MEDICAL DEGREE?

01:55PM 20   A.   AT THE UNIVERSITY OF SOUTHERN CALIFORNIA IN 1983.

01:55PM 21   Q.   OKAY.  AND DID YOU WORK SOMEWHERE AFTER YOU GRADUATED FROM

01:55PM 22   MEDICAL SCHOOL AND BEFORE YOUR PRACTICE?

01:55PM 23   A.   I WAS IN TRAINING TWICE.  I TRAINED IN INTERNAL MEDICINE

01:55PM 24   AND THEN WORKED FOR A YEAR IN BETWEEN, AND THEN DID A RESIDENCY

01:55PM 25   IN DERMATOLOGY.

01:55PM   1    Q.   OKAY.  AT YOUR CURRENT MEDICAL PRACTICE, DO YOU HAVE

01:56PM   2    EXPERIENCE RUNNING LAB TESTS?

01:56PM   3    A.   YES, WE DO.

01:56PM   4    Q.   WOULD YOU DESCRIBE THAT FOR US?

01:56PM   5    A.   IT'S HISTOPATHOLOGY CURRENTLY, COMPLEX HISTOPATHOLOGY

01:56PM   6    BASED ON THE CLIA REQUIREMENTS.

01:56PM   7    Q.   WHAT IS HISTOPATHOLOGY?

01:56PM   8    A.   ANALYZING SLIDES THAT HAVE BEEN PREPARED FROM BIOPSY

01:56PM   9    SPECIMENS THAT ARE TAKEN FROM PATIENTS.

01:56PM   10   Q.   SO A PATIENT IS BIOPSIED, THAT SUBSTANCE IS PUT ON A

01:56PM   11   SLIDE, AND THEN YOU LOOK AT THE SLIDE UNDER A MICROSCOPE?

01:56PM   12   A.   YES.

01:56PM   13   Q.   DO YOU KNOW SOMEONE NAMED SUNNY BALWANI?

01:56PM   14   A.   YES, I DO.

01:56PM   15   Q.   AND HOW DO YOU KNOW HIM?

01:56PM   16   A.   HE WAS A PATIENT OF MINE FOR ALMOST, I THINK, 15 YEARS IF

01:56PM   17   I REMEMBER CORRECTLY.

01:56PM   18   Q.   DID -- DURING THE COURSE OF TREATING MR. BALWANI, DID HE

01:56PM   19   TELL YOU WHERE HE WORKED?

01:57PM   20   A.   INITIALLY HE WAS DOING SOME STARTUPS FROM WHAT I RECALL,

01:57PM   21   AND THEN HE TOLD ME, I THINK SOMETIME IN '14 OR '15, THAT HE

01:57PM   22   WAS WORKING AT THERANOS.

01:57PM   23   Q.   IN 2014 OR 2015?

01:57PM   24   A.   MY RECOLLECTION, YES.

01:57PM   25   Q.   OKAY.  WAS THERE A POINT IN TIME WHEN MR. BALWANI ASKED IF

01:57PM  1    YOU WANTED TO WORK FOR THERANOS?

01:57PM  2    A.   HE ASKED IF I WOULD TAKE ON THE ROLE AS A LAB DIRECTOR, OR

01:57PM  3    A MEDICAL DIRECTOR.

01:57PM  4    Q.   MR. BALWANI ASKED IF YOU WOULD SERVE AS THE LAB DIRECTOR

01:57PM  5    AT THERANOS?

01:57PM  6    A.   FOR A LIMITED LENGTH OF TIME.

01:57PM  7    Q.   OKAY.  THE JOB WOULD BE FOR A LIMITED PERIOD OF TIME?

01:57PM  8    A.   AS WAS TOLD TO ME, YES.

01:57PM  9    Q.   AND DID MR. BALWANI TELL YOU WHY THERANOS NEEDED A LAB

01:57PM  10   DIRECTOR?

01:57PM  11   A.   I BELIEVE THAT EITHER THE PREVIOUS LAB DIRECTOR HAD

01:58PM  12   LEFT -- THAT'S WHAT I WAS LED TO BELIEVE.

01:58PM  13   Q.   YOU SAID "LED TO BELIEVE."  BY MR. BALWANI?

01:58PM  14   A.   YES.

01:58PM  15   Q.   DID HE TELL YOU ANYTHING ABOUT THE CIRCUMSTANCES?  DID HE

01:58PM  16   TELL YOU --

01:58PM  17   A.   NO.

01:58PM  18   Q.   DID HE TELL YOU THE PRIOR LAB DIRECTOR'S NAME?

01:58PM  19   A.   I CAN'T RECALL.

01:58PM  20   Q.   HE MAY HAVE, YOU JUST DON'T REMEMBER?

01:58PM  21   A.   I DON'T REMEMBER.

01:58PM  22   Q.   LET'S TURN --

01:58PM  23        ACTUALLY, YOUR HONOR, MAY I APPROACH?

01:58PM  24            THE COURT:  YES.

01:58PM  25            MR. SCHENK:  THANK YOU.

01:58PM  1            (HANDING.)

01:58PM  2       Q.  DR. DHAWAN, CAN I ASK YOU TO TURN TO EXHIBIT 2219 IN YOUR

01:58PM  3   BINDER.

01:58PM  4            YOUR HONOR, I BELIEVE -- THE GOVERNMENT IS OFFERING THIS

01:58PM  5   BASED ON A STIPULATION BETWEEN THE PARTIES.

01:58PM  6            MR. WADE:  CORRECT, YOUR HONOR.

01:58PM  7            THE COURT:  THANK YOU, MR. WADE.

01:58PM  8       IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:59PM  9       (GOVERNMENT'S EXHIBIT 2219 WAS RECEIVED IN EVIDENCE.)

01:59PM 10            MR. SCHENK:  THANK YOU.

01:59PM 11            THE WITNESS:  I'M SORRY.  I SEE 2214.  MAYBE I'M

01:59PM 12   MISSING SOMETHING.

01:59PM 13   BY MR. SCHENK:

01:59PM 14       Q.  THE 9 MIGHT LOOK LIKE A 4.  LET'S GO WITH THAT EXHIBIT.

01:59PM 15   IT ALSO IS ON THE SCREEN IN FRONT OF YOU.

01:59PM 16       A.  YEAH, I DON'T SEE IT IN HERE.

01:59PM 17            YEAH, I SEE IT ON THE SCREEN.  SORRY.  YES.

01:59PM 18       Q.  WE CAN GO ON THE SCREEN IF THAT'S NOT WORKING FOR YOU.

01:59PM 19       A.  NO, THAT'S FINE.

01:59PM 20       Q.  SO IS THIS AN EMAIL EXCHANGE BETWEEN YOURSELF AND

01:59PM 21   MR. BALWANI IN NOVEMBER OF 2014?

01:59PM 22       A.  YES.

01:59PM 23       Q.  AND IF WE COULD START ON PAGE 2 AT THE BOTTOM.  IT LOOKS

01:59PM 24   LIKE ON NOVEMBER 14TH, 2014, MR. BALWANI WROTE TO YOU, "SUNIL.

01:59PM 25            "THANKS FOR TAKING MY CALL.

01:59PM  1          "THE TIME COMMITMENT IS VERY MINIMAL.  THIS WILL BE MOSTLY

02:00PM  2     AN ON CALL CONSULTING ROLE AND I AM EXTREMELY CONFIDENT THAT IT

02:00PM  3     WON'T INTERFERE WITH YOUR WORK OR WITH YOUR FAMILY LIFE.  I AM

02:00PM  4     ATTACHING THE REQUIREMENTS HERE.  PLEASE LET ME KNOW IF YOU

02:00PM  5     WILL BE ABLE TO DO THIS OR PERHAPS SOMEONE ELSE YOU KNOW.  THIS

02:00PM  6     WILL BE 1-3 MONTHS," AND THEN IT CONTINUES ON THE NEXT PAGE,

02:00PM  7     "ROLE."

02:00PM  8          DO YOU SEE THAT?

02:00PM  9     A.   YES.

02:00PM 10     Q.   AND THEN AT THE BOTTOM OF THAT NEXT PAGE, IT LOOKS LIKE

02:00PM 11     MR. BALWANI INCLUDED SOME CLIA REGULATIONS.

02:00PM 12          DO YOU RECALL THAT?

02:00PM 13     A.   YES.  I MEAN, BASED ON THIS EMAIL, YES.

02:00PM 14     Q.   AND WAS THIS THE TIMEFRAME WE WERE JUST TALKING ABOUT?

02:00PM 15     THE PERIOD OF TIME IS NOVEMBER OF 2014, AND MR. BALWANI IS

02:00PM 16     ASKING YOU IF YOU COULD SERVE IN A ROLE AT THERANOS?

02:00PM 17     A.   YES.

02:00PM 18     Q.   ABOVE THE EMAIL I JUST READ TO YOU, ON THE SECOND PAGE YOU

02:00PM 19     RESPOND TO MR. BALWANI, "SUNNY.

02:01PM 20          "I CAN DO THIS - WHAT IS NEXT STEP?"

02:01PM 21          IS THAT RIGHT?

02:01PM 22     A.   YES.

02:01PM 23     Q.   WHEN YOU AGREED TO BE THE LAB DIRECTOR, WHAT DID YOU

02:01PM 24     UNDERSTAND THERANOS DID?

02:01PM 25     A.   LAB -- DRAWING BLOOD AND RUNNING LAB TESTS.

02:01PM 1   Q.   DO YOU KNOW ON WHAT DEVICES THEY TESTED BLOOD?

02:01PM 2   A.   GENERALLY WHAT I HAD SEEN ON -- IN THE INTERNET AND

02:01PM 3   GOOGLING THE MATERIAL, YES.

02:01PM 4   Q.   AND WHAT DID YOU LEARN?

02:01PM 5   A.   I MEAN, I LEARNED IT WAS SUPPOSED TO BE A NOVEL, NEW

02:01PM 6   METHOD OF RUNNING BLOOD TESTS ON A NEW PLATFORM.

02:01PM 7   Q.   WHEN YOU WERE THINKING ABOUT TAKING THIS JOB TO WORK AT

02:01PM 8   THERANOS, YOU OBTAINED INFORMATION ABOUT WHAT THERANOS DID BY

02:01PM 9   LOOKING ON GOOGLE?

02:01PM 10  A.   BASICALLY, YES.

02:01PM 11  Q.   AND HOW ABOUT IN YOUR CONVERSATIONS WITH MR. BALWANI?  DID

02:01PM 12  HE DESCRIBE TO YOU WHAT THERANOS DID AND WHAT YOUR JOB WOULD

02:01PM 13  BE?

02:01PM 14  A.   BASED ON THE EMAIL IS ESSENTIALLY WHAT OUR DISCUSSION WAS

02:02PM 15  AND THERE WAS NO -- I BELIEVE WE HAD ONE SHORT CONVERSATION

02:02PM 16  ABOUT IT.

02:02PM 17  Q.   OKAY.  AND NOW IF WE CAN GO TO THE FIRST PAGE OF THIS

02:02PM 18  EXHIBIT, AT THE VERY TOP THERE'S AN EMAIL FROM MR. BALWANI TO

02:02PM 19  YOU, NOVEMBER 19TH, 2014, AND HE WRITES IN THAT SECOND

02:02PM 20  PARAGRAPH, "WE HAVE ALL PAPERWORK IN PLACE AND I WILL HAVE ONE

02:02PM 21  OF THE COURIERS BRING IT BY YOUR OFFICE TOMORROW A.M. FOR YOUR

02:02PM 22  SIGNATURE."

02:02PM 23       DO YOU RECALL WHETHER THAT HAPPENED?  DID MR. BALWANI

02:02PM 24  BRING PAPERWORK TO YOU AND YOU SIGNED AND BECAME LAB DIRECTOR?

02:02PM 25  A.   I DON'T EXACTLY RECALL THE DATE, BUT I BELIEVE WE HAD A

02:02PM 1    TIMEFRAME AROUND THAT TIME.  BUT I'D HAVE TO GO BACK AND LOOK

02:02PM 2    AT THE RECORDS.

02:02PM 3    Q.  YOU DON'T REMEMBER EXACTLY THE DATE, BUT GENERALLY AROUND

02:02PM 4    THIS TIME?

02:02PM 5    A.  GENERALLY, YES.

02:02PM 6    Q.  OKAY.  IF YOU COULD NOW TURN IN YOUR BINDER TO 2248.

02:03PM 7        YOUR HONOR, THE GOVERNMENT IS OFFERING THIS EXHIBIT

02:03PM 8    PURSUANT TO STIPULATION.

02:03PM 9            MR. WADE:  THAT'S CORRECT, YOUR HONOR.

02:03PM 10           THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:03PM 11       (GOVERNMENT'S EXHIBIT 2248 WAS RECEIVED IN EVIDENCE.)

02:03PM 12           THE WITNESS:  I APOLOGIZE.  I HAVE 2275, AND I'M

02:03PM 13   SORRY, 2275 AND 2239.  I JUST DON'T HAVE 22 --

02:03PM 14   BY MR. SCHENK:

02:03PM 15   Q.  YOU DON'T HAVE 2248?

02:03PM 16   A.  IT'S NOT IN THIS SEQUENCE THAT I'M LOOKING AT, SO I'M

02:03PM 17   SORRY.  2248, I DO NOT HAVE THAT HERE.

02:03PM 18   Q.  AND IT'S ON THE SCREEN IN FRONT OF YOU.  LET ME KNOW IF --

02:03PM 19   A.  YEAH, I SEE IT.

02:03PM 20           THE COURT:  HE'S GOING TO SWAP BINDERS WITH THE

02:03PM 21   CLERK.

02:03PM 22           MR. SCHENK:  THANK YOU VERY MUCH.

02:03PM 23   Q.  NOW WE'RE LOOKING AT 2248.  IT'S AN EMAIL TO YOU.

02:04PM 24       FIRST OF ALL, THAT'S YOUR EMAIL ADDRESS, BUT REDACTED; IS

02:04PM 25   THAT RIGHT?

02:04PM 1    A.   YES, YES.

02:04PM 2    Q.   WHAT I'M LOOKING AT ON THE SCREEN?

02:04PM 3    A.   YES.

02:04PM 4    Q.   THANK YOU.  THE CONTENT SAYS, "HI DR. DHAWAN.

02:04PM 5         "ATTACHED PLEASE FIND AN EXECUTED COPY OF THE CONSULTING

02:04PM 6    AGREEMENT FOR YOUR RECORDS."

02:04PM 7         AND I WANT TO ASK YOU SOME QUESTIONS ABOUT THE CONSULTING

02:04PM 8    AGREEMENT, SO LET'S TURN TO PAGE 2.

02:04PM 9         AND IN THE FIRST PARAGRAPH IT WAS ENTERED INTO AS OF, AND

02:04PM 10   THEN THERE'S A DATE, NOVEMBER 19TH, 2014.

02:04PM 11        IS THAT CONSISTENT WITH YOUR RECOLLECTION OF WHEN YOU

02:04PM 12   BECAME AN EMPLOYEE AT THERANOS?

02:04PM 13   A.   YES.

02:04PM 14   Q.   AND IF WE COULD TURN NOW TO PAGE 6.

02:04PM 15        THERE'S SOME SIGNATURES ON PAGE 6.

02:04PM 16        FIRST, IS THAT YOUR SIGNATURE?

02:04PM 17   A.   YES.

02:04PM 18   Q.   AND THEN IS THERE A SIGNATURE ABOVE THE NAME

02:05PM 19   SUNNY BALWANI?

02:05PM 20   A.   YES, THAT -- I ASSUME THAT'S HIS SIGNATURE, YEAH.

02:05PM 21   Q.   THERE'S A SIGNATURE ABOVE THAT?

02:05PM 22   A.   YES, YES, YES.

02:05PM 23   Q.   AND THEN IF YOU'LL TURN TO THE NEXT PAGE, PAGE 7,

02:05PM 24   EXHIBIT A, THE FIRST IS YOUR PRINCIPAL COMPANY CONTACT IS

02:05PM 25   SUNNY BALWANI, PRESIDENT, COO.

02:05PM  1          DO YOU SEE THAT?

02:05PM  2     A.   YES.

02:05PM  3     Q.   AND WAS MR. BALWANI YOUR PRINCIPAL CONTACT DURING THE TIME

02:05PM  4     YOU WORKED AT THERANOS?

02:05PM  5     A.   YES.

02:05PM  6     Q.   UNDER NUMBER 2, THE SERVICES, IT LISTS THE SERVICES AND IT

02:05PM  7     SAYS, "SERVING AS A LABORATORY DIRECTOR AND CLINICAL CONSULTANT

02:05PM  8     OF THERANOS'S CLIA LABORATORY IN CALIFORNIA AND FULFILLING THE

02:05PM  9     DUTIES OF A CALIFORNIA-LICENSED AND CLIA-QUALIFIED CLINICAL

02:05PM  10    LABORATORY DIRECTOR AND CLINICAL CONSULTANT."

02:05PM  11         IS THAT CONSISTENT WITH WHAT YOUR ROLE AT THERANOS WAS?

02:05PM  12    A.   YES.

02:05PM  13    Q.   AND UNDER COMPENSATION, IT SAYS THAT YOU WILL BE PAID

02:06PM  14    $5,000 PER MONTH.

02:06PM  15         IS THAT THE INITIAL PAYMENT OFFER THAT YOU RECEIVED FROM

02:06PM  16    THERANOS?

02:06PM  17    A.   YES.

02:06PM  18    Q.   WAS THERE A POINT IN TIME WHEN YOU TALKED TO MR. BALWANI

02:06PM  19    ABOUT CONVERTING THAT FROM CASH TO STOCK OPTIONS?

02:06PM  20    A.   YES.

02:06PM  21    Q.   AND WHAT DO YOU RECALL ABOUT THAT?

02:06PM  22    A.   I ASKED IF THAT COULD BE DONE, AND I THINK HE SAID IT

02:06PM  23    COULD BE.

02:06PM  24    Q.   AND DID YOU EVER CASH ANY CHECKS YOU RECEIVED FROM

02:06PM  25    THERANOS?

02:06PM  1    A.   NO.

02:06PM  2    Q.   HOW ABOUT OPTIONS?  DO YOU RECALL RECEIVING OPTIONS?

02:06PM  3    A.   I RECEIVED AN OPTION, I BELIEVE THEY'RE CALLED RSU'S.

02:06PM  4    Q.   RSU'S?

02:06PM  5    A.   I BELIEVE.  I'D HAVE TO GO BACK AND LOOK AT MY RECORDS.

02:06PM  6    BUT THERE WERE SOME OPTIONS GRANTED TO ME.

02:06PM  7    Q.   OKAY.  NOW I'D LIKE TO TALK TO YOU ABOUT A CHUNK OF TIME.

02:06PM  8         IN NOVEMBER OF 2014, YOU SIGNED THIS CONTRACT AND BECAME A

02:06PM  9    LAB DIRECTOR AT THERANOS; IS THAT RIGHT?

02:06PM  10   A.   YES.

02:06PM  11   Q.   NOW, TALK TO ME ABOUT NOVEMBER OF 2014 THROUGH ABOUT JUNE

02:07PM  12   OR JULY OF 2015, SO SEVEN OR EIGHT MONTHS, SOMETHING LIKE THAT.

02:07PM  13        SO I FIRST WANT TO KNOW, WHAT TYPE OF WORK DID YOU DO?

02:07PM  14   DID YOU GO TO THERANOS EVERY DAY?

02:07PM  15   A.   NO.

02:07PM  16   Q.   HOW MANY TIMES DID YOU GO TO THERANOS DURING THAT PERIOD

02:07PM  17   OF TIME THAT I JUST OUTLINED?

02:07PM  18   A.   SO THIS IS GOING BACK SIX YEARS.

02:07PM  19        SO MY RECOLLECTION IS WE VISITED THE LAB.  I CAN'T TELL

02:07PM  20   YOU THE NUMBER OF TIMES, BUT IT WASN'T VERY MANY.  I BELIEVE I

02:07PM  21   WENT.  AND THEN I WENT AGAIN, AND THAT WAS ABOUT IT.

02:07PM  22   Q.   SO TWO TIMES?

02:07PM  23   A.   PROBABLY.  I'D HAVE TO LOOK BACK AT MY RECORDS.

02:07PM  24   Q.   AND SO THAT'S TWO TIMES DURING THE COURSE OF TIME I

02:07PM  25   OUTLINED FOR YOU?

02:07PM  1    A.   YES.  I BELIEVE UNTIL AUGUST.

02:07PM  2    Q.   UNTIL AUGUST OF 2015?

02:07PM  3    A.   YES.

02:07PM  4    Q.   OKAY.  WE'LL TAKE THAT SEPARATELY IN A MOMENT.

02:07PM  5         DURING THIS PERIOD OF TIME, DID YOU SEE THE THERANOS

02:07PM  6    TECHNOLOGY, A DEVICE OR SOMETHING?

02:07PM  7    A.   ON ONE TOUR OF THE LAB, I BELIEVE I DID.  BUT THIS IS

02:08PM  8    GOING BACK QUITE SOME TIME.

02:08PM  9    Q.   OKAY.  DO YOU REMEMBER WHO GAVE YOU THAT TOUR?

02:08PM  10   A.   SUNNY AND OTHER STAFF MEMBERS IN THE LAB.

02:08PM  11   Q.   DO YOU RECALL DURING THE TOUR IF MR. BALWANI DESCRIBED TO

02:08PM  12   YOU WHAT YOU WERE LOOKING AT AND WHAT THE DEVICE WAS?

02:08PM  13   A.   HE NAMED THEM.

02:08PM  14   Q.   DO YOU RECALL WHAT HE CALLED THEM?

02:08PM  15   A.   WELL, ONE WAS A SIEMENS DEVICE, AND I DON'T RECALL THE

02:08PM  16   OTHER PART OF THE CONVERSATION.

02:08PM  17   Q.   ONE -- I'M SORRY -- YOU SAID WAS?

02:08PM  18   A.   SIEMENS.

02:08PM  19   Q.   OKAY.  AND HOW ABOUT DEVICES -- DID MR. BALWANI SAY HE WAS

02:08PM  20   SHOWING YOU ANY DEVICES THAT WERE MANUFACTURED BY THERANOS?

02:08PM  21   A.   I DON'T RECALL.

02:08PM  22   Q.   OKAY.  DURING THIS PERIOD OF TIME, NOVEMBER TO JUNE OR

02:08PM  23   JULY, AGAIN, DID YOU HAVE ANY OCCASION TO INTERACT WITH A

02:08PM  24   PATIENT?  DID A PATIENT CALL YOU AND ASK QUESTIONS ABOUT THEIR

02:08PM  25   LAB RESULTS?

02:08PM   1    A.   NO.

02:08PM   2    Q.   DID A DOCTOR EVER CALL YOU AND ASK QUESTIONS ABOUT THEIR

02:08PM   3    LAB RESULTS?

02:09PM   4    A.   NO.

02:09PM   5    Q.   DID YOU EVER INTERACT WITH EMPLOYEES OF THERANOS THAT

02:09PM   6    WORKED IN THE LAB?

02:09PM   7    A.   NO.

02:09PM   8    Q.   THERE WASN'T ONE TIME THAT YOU SPOKE TO A THERANOS

02:09PM   9    EMPLOYEE THAT WORKED IN THE LAB?

02:09PM   10   A.   I DON'T RECALL ANY CONVERSATIONS IN THAT LENGTH OF TIME

02:09PM   11   OTHER THAN BEFORE AUGUST, I BELIEVE.

02:09PM   12   Q.   WAS THERE A TIME WHEN SOMEONE WORKED IN THE LAB AND HAD A

02:09PM   13   QUESTION ABOUT WHETHER THEY SHOULD REPORT A RESULT?  THEY DID A

02:09PM   14   BLOOD TESTS AND ACHIEVED A RESULT AND THEY WONDERED WHETHER

02:09PM   15   THIS RESULT SHOULD BE REPORTED?  DID THAT EVER HAPPEN WHERE

02:09PM   16   SOMEONE CAME TO YOU WITH THAT QUESTION?

02:09PM   17   A.   I GOT NO CONTACT THAT I CAN RECALL FROM SOMEONE BY EMAIL

02:09PM   18   OR BY PHONE.

02:09PM   19   Q.   WAS THERE AN OCCASION WHEN THE THERANOS -- DO YOU KNOW THE

02:09PM   20   CONCEPT OF QUALITY CONTROL, QC?

02:09PM   21   A.   YES.  WE HAVE TO IMPLEMENT THAT IN WHAT WE DO CURRENTLY.

02:09PM   22   Q.   YOU DO THAT AT YOUR DERMATOLOGY?

02:10PM   23   A.   WE HAVE TO, YEAH.

02:10PM   24   Q.   AND WAS THERE EVER A TIME WHEN SOMEONE AT THERANOS CALLED

02:10PM   25   YOU WITH QUESTIONS REGARDING THE QC WORK THAT THERANOS WAS

02:10PM   1    DOING?

02:10PM   2    A.   NO.

02:10PM   3    Q.   CAN YOU ESTIMATE FOR ME HOW MANY HOURS YOU WORKED FOR

02:10PM   4    THERANOS DURING THIS PERIOD OF TIME?  I DON'T MEAN EACH WEEK, I

02:10PM   5    JUST MEAN TOTAL.

02:10PM   6    A.   I'D HAVE TO LOOK -- THINK BACK TO MY SCHEDULE OR -- IT

02:10PM   7    CAN'T HAVE BEEN MORE THAN FIVE OR TEN, AND MAYBE NOT -- I MEAN,

02:10PM   8    IT JUST WAS NOT A LOT.

02:10PM   9    Q.   MAYBE FIVE OR TEN TOTAL HOURS --

02:10PM  10    A.   YEAH.

02:10PM  11    Q.   -- FROM NOVEMBER 2014 THROUGH JUNE OR JULY OF 2015?

02:10PM  12    A.   YEAH.

02:10PM  13    Q.   DO YOU KNOW -- LET'S TURN NOW TO AUGUST OF 2015.

02:11PM  14    A.   YES, YES.

02:11PM  15    Q.   DO YOU KNOW WHETHER THE FDA DID AN INSPECTION AT THERANOS

02:11PM  16    IN AUGUST OF 2015?

02:11PM  17    A.   I WAS NEVER TOLD ABOUT -- OR I DON'T RECALL BEING TOLD

02:11PM  18    ANYTHING ABOUT AN FDA INSPECTION IN AUGUST OF 2015.

02:11PM  19    Q.   FROM NOVEMBER OF 2014 THROUGH AUGUST NOW OF 2015, DID YOU

02:11PM  20    EVER HIRE ANYONE TO WORK IN THE LAB?

02:11PM  21    A.   NO.

02:11PM  22    Q.   DURING THAT SAME PERIOD OF TIME, DID YOU EVER FIRE ANYONE

02:11PM  23    THAT WORKED IN THE LAB?

02:11PM  24    A.   NO.

02:11PM  25    Q.   DO YOU KNOW WHO MADE THE HIRING DECISIONS OR THE FIRING

02:11PM  1    DECISIONS AT THE LAB?

02:11PM  2    A.   I WAS NEVER TOLD THAT.

02:11PM  3    Q.   IF YOU'LL TURN IN YOUR BINDER TO 2663.

02:12PM  4         YOUR HONOR, THE GOVERNMENT OFFERS 2663 PURSUANT TO

02:12PM  5    STIPULATION OF THE PARTIES.

02:12PM  6              MR. WADE:  THAT'S CORRECT, YOUR HONOR.

02:12PM  7              THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:12PM  8    BE PUBLISHED.

02:12PM  9              MR. SCHENK:  THANK YOU.

02:12PM 10         (GOVERNMENT'S EXHIBIT 2663 WAS RECEIVED IN EVIDENCE.)

02:12PM 11    BY MR. SCHENK:

02:12PM 12    Q.   NOW WE'RE IN AUGUST OF 2015.

02:12PM 13         AUGUST 4TH, SOMEONE NAMED LANGLY GEE IS SENDING AN EMAIL

02:12PM 14    TO YOU AND ANOTHER INDIVIDUAL NAMED DANIEL YOUNG.

02:12PM 15         DO YOU SEE THAT?

02:12PM 16    A.   YES.

02:12PM 17    Q.   AND MR. GEE WRITES, "HI DR. DHAWAN:

02:12PM 18         "MY NAME IS LANGLY GEE AND I AM THE QA/QC MANAGER FOR

02:12PM 19    THERANOS, INC."

02:12PM 20         HAD YOU MET MR. GEE BEFORE THIS DATE?

02:12PM 21    A.   I DON'T -- NO, I DON'T REMEMBER MEETING HIM BEFORE THIS

02:12PM 22    DATE.

02:12PM 23    Q.   AND DOES IT SEEM LIKE HE'S INTRODUCING HIMSELF TO YOU?

02:12PM 24    A.   YES.

02:12PM 25    Q.   AND IN THE SECOND PARAGRAPH HE WRITES, "I WAS GIVEN YOUR

02:12PM 1    EMAIL ADDRESS FROM DANIEL YOUNG AND I AM TO BEGIN SENDING YOU

02:13PM 2    DOCUMENTS FOR YOUR SIGNATURE."

02:13PM 3          THERE'S A REFERENCE TO AN INDIVIDUAL NAMED DANIEL YOUNG.

02:13PM 4          DO YOU REMEMBER MEETING HIM AT THIS TIME?  WAS HE A KNOWN

02:13PM 5    NAME TO YOU?

02:13PM 6    A.   I DON'T RECALL MEETING HIM.

02:13PM 7    Q.   HE SAYS THAT HE'S GOING TO BEGIN SENDING DOCUMENTS TO YOU

02:13PM 8    FOR YOUR SIGNATURE.

02:13PM 9          DO YOU RECALL THAT HAPPENING?  DO YOU RECALL BEING SENT

02:13PM 10   DOCUMENTS FROM THERANOS THAT NEEDED YOUR SIGNATURE?

02:13PM 11   A.   YES.

02:13PM 12   Q.   THE EMAIL CONTINUES, "MY FIRST SET OF SEVEN DOCUMENTS

02:13PM 13   (VALIDATION, SOP'S AND EMPLOYEE TRAINING) HAS TO DO WITH

02:13PM 14   THERANOS'S NEW LAUNCH OF T-CELL, B CELL, NK-CELL ASSAY."

02:13PM 15         DO YOU SEE THAT?

02:13PM 16   A.   YES.

02:13PM 17   Q.   DO YOU HAVE EXPERIENCE WITH SOP'S?

02:13PM 18   A.   WE USE THEM IN OUR CLINICAL TRIAL PRACTICE, AND WE HAVE

02:13PM 19   SOME FOR OUR PRACTICE AS WELL.

02:13PM 20   Q.   "THESE DOCUMENTS WILL ARRIVE IN YOUR EMAIL TODAY THROUGH

02:13PM 21   THE DOCUSIGN APPLICATION.  PLEASE REVIEW THESE DOCUMENTS AND I

02:14PM 22   HAVE SET UP A SPECIFIC PAGE ON EACH DOCUMENT FOR YOU TO

02:14PM 23   ELECTRONICALLY SIGN, PRINT NAME AND DATE."

02:14PM 24         AND IT CONTINUES, "ONCE YOU RECEIVE THE EMAIL, YOU WILL

02:14PM 25   HAVE 30 DAYS TO REVIEW THE DOCUMENTS AND SEND THEM BACK TO ME.

02:14PM 1    GOING FORWARD THERE WILL BE AT LEAST ANOTHER 300-400 MORE

02:14PM 2    DOCUMENTS FOR YOUR REVIEW.  I WOULD LIKE TO ASK YOUR OPINION AS

02:14PM 3    TO HOW YOU WOULD LIKE THEM SENT, IE, ALL AT ONCE, 50 PER WEEK.

02:14PM 4    PLEASE ADVISE."

02:14PM 5        DO YOU RECALL THIS EMAIL BEING FOLLOWED UP WITH DOCUMENTS

02:14PM 6    THAT YOU NEEDED TO SIGN?

02:14PM 7    A.   YES.

02:14PM 8    Q.   IF WE CAN TURN NOW TO 2760.

02:14PM 9        YOUR HONOR, THE GOVERNMENT OFFERS THIS PURSUANT TO

02:14PM 10   STIPULATION OF THE PARTIES.

02:14PM 11           MR. WADE:  THAT'S CORRECT.

02:14PM 12           THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:14PM 13   BE PUBLISHED.

02:14PM 14           MR. SCHENK:  THANK YOU.

02:14PM 15       (GOVERNMENT'S EXHIBIT 2760 WAS RECEIVED IN EVIDENCE.)

02:14PM 16   BY MR. SCHENK:

02:14PM 17   Q.   AND IF WE CAN START ON THE SECOND PAGE OF THIS EMAIL

02:15PM 18   CHAIN.

02:15PM 19       WE HAVE NOW MOVED INTO SEPTEMBER.

02:15PM 20       MR. BALWANI IS WRITING YOU AN EMAIL SEPTEMBER 9, 2015.

02:15PM 21       DO YOU SEE THAT?

02:15PM 22   A.   YES.

02:15PM 23   Q.   AND IN IT I WANT TO DRAW YOUR ATTENTION -- WELL, FIRST,

02:15PM 24   THE PARAGRAPH THAT BEGINS, "THE ISSUANCE," IS THAT TALKING

02:15PM 25   ABOUT THE STOCK OPTIONS THAT WE TALKED ABOUT A MOMENT AGO?

02:15PM  1    A.   YES.

02:15PM  2    Q.   AND THE SECOND PARAGRAPH -- I'M SORRY, THE PARAGRAPH AFTER

02:15PM  3    THAT IT BEGINS, "I ALSO NEED," IS WHERE I WANT TO ASK YOU SOME

02:15PM  4    QUESTIONS.

02:15PM  5        "I ALSO NEED YOUR HELP ON AN ADDITIONAL MATTER.  WE HAVE A

02:15PM  6    LAB AUDIT COMING UP ON 9-22 AT 9:00 A.M. (THESE HAPPEN ONCE

02:15PM  7    EVERY TWO YEARS), AND WANTED TO SEE IF YOU CAN BE PRESENT FOR

02:15PM  8    AT LEAST THE FIRST PART OF IT.  I HAVE A VERY CAPABLE TEAM THAT

02:15PM  9    HAS TAKEN CARE OF ALL OF THE DETAILS AS ALWAYS, BUT WOULD LIKE

02:15PM 10    TO HAVE YOU HERE FOR THE FIRST PART OR SO AND THE INTRODUCTION

02:15PM 11    OF OUR TEAM.  IN PREPARATION FOR THE LAB AUDIT, I WILL

02:15PM 12    PERSONALLY WALK YOU THROUGH ALL OF THE LATEST UPDATES WITH OUR

02:16PM 13    TEAM -- WE HAVE HIRED MANY EXPERTS FROM THE INDUSTRY TO MAKE

02:16PM 14    SURE LAB IS FLAWLESS AND AUDIT READY, SO I DON'T ANTICIPATE ANY

02:16PM 15    HICKUPS, BUT AS ALWAYS, WANT YOU TO BE FAMILIAR WITH IT.

02:16PM 16        "LET ME KNOW IF I CAN GET AN HOUR FROM YOU THIS WEEK IN

02:16PM 17    THE A.M. OR AFTER WORK, AN HOUR NEXT WEEK ANYTIME AT YOUR

02:16PM 18    CONVENIENCE, AND THEN SOME TIME ON 9/229, 9:00 A.M.  AS ABOVE,

02:16PM 19    I CAN PLAN TO HAVE MY TEAM PICK UP AND DROP YOU OFF FOR ALL OF

02:16PM 20    THESE DATES SO YOU DON'T HAVE TO WORRY ABOUT COMMUTE."

02:16PM 21        ON 9-22, SEPTEMBER 22ND, DID YOU GO TO THERANOS FOR AN

02:16PM 22    AUDIT OR INSPECTION?

02:16PM 23    A.   YES.

02:16PM 24    Q.   AND WAS THAT AN INSPECTION CONDUCTED BY CMS?

02:16PM 25    A.   YES.

02:16PM   1    Q.   IN ADVANCE OF THAT DID YOU SIGN DOCUMENTS AT THERANOS?

02:17PM   2    A.   WHATEVER WAS SENT TO ME, YES.

02:17PM   3    Q.   OKAY.  LET'S NOW GO UP IN THE CHAIN.  AND IT LOOKS LIKE

02:17PM   4    YOU'RE TALKING ABOUT SCHEDULE ON THE FIRST PAGE OF THIS EMAIL.

02:17PM   5         DO YOU TALK ABOUT CONFIRMING ON THE 22ND AND THEN IT LOOKS

02:17PM   6    LIKE YOU SAY TOMORROW AT 6:00 P.M. FOR SIGNING AND WALKTHROUGH.

02:17PM   7         DO YOU SEE THAT?

02:17PM   8    A.   YES.

02:17PM   9    Q.   AND SO IS IT POSSIBLE THAT YOU SIGNED THE DOCUMENTS AND

02:17PM   10   ALSO MAYBE HAD A WALKTHROUGH IN ADVANCE OF THE INSPECTION?

02:17PM   11   A.   YES.  IT'S GOING BACK SIX YEARS, BUT YES.

02:17PM   12   Q.   OKAY.  COULD YOU NOW TURN TO 2772.

02:17PM   13        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 2772 PURSUANT TO

02:17PM   14   STIPULATION.

02:17PM   15             MR. WADE:  THAT'S CORRECT, YOUR HONOR.

02:17PM   16             THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:18PM   17   BE PUBLISHED TO THE JURY.

02:18PM   18             MR. SCHENK:  THANK YOU.

02:18PM   19        (GOVERNMENT'S EXHIBIT 2772 WAS RECEIVED IN EVIDENCE.)

02:18PM   20   BY MR. SCHENK:

02:18PM   21   Q.   A COUPLE OF DAYS LATER NOW SEPTEMBER 15TH, 2015, AND

02:18PM   22   THERE'S AN EMAIL EXCHANGE BETWEEN YOU AND MR. BALWANI.  AND

02:18PM   23   LET'S START WITH HIS EMAIL TO YOU.  HE WRITES, "THANKS FOR

02:18PM   24   DROPPING BY.

02:18PM   25        "I NEED A COUPLE OF HOURS FROM YOU THIS COMING WEEKEND.

02:18PM 1    UNFORTUNATELY I HAVE CLOSE TO 300 SOP'S THAT NEED SIGNING.  I

02:18PM 2    CAN HAVE TEAM SEND THIS OUT 50 AT A TIME EACH DAY THIS WEEK

02:18PM 3    ELECTRONICALLY AS THAT MIGHT BE EASIER.  SORRY FOR THE LAST

02:18PM 4    MINUTE ON THIS I WAS TRYING TO FIND A WAY TO AVOID DOING THIS

02:18PM 5    MANUALLY...THANKS IN ADVANCE."

02:18PM 6         SO THIS WAS SENT ON MONDAY, SEPTEMBER 14TH, AND HE ASKS IF

02:18PM 7    YOU'RE AVAILABLE THAT COMING WEEKEND, SO FIVE, SIX, SEVEN DAYS

02:18PM 8    LATER; IS THAT RIGHT?

02:18PM 9    A.   YES.

02:18PM 10   Q.   AND YOU RESPOND, "SUNNY.

02:18PM 11        "LET'S DO THIS ON SATURDAY -- I CAN SIGN AT YOUR

02:19PM 12   FACILITY."

02:19PM 13        SO IS IT SUGGESTED IN THIS EMAIL OR DO YOU HAVE A

02:19PM 14   RECOLLECTION OF GOING TO THE FACILITY TO SIGN THESE DOCUMENTS?

02:19PM 15   A.   I BELIEVE I WENT TO THE FACILITY.

02:19PM 16             MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

02:19PM 17             THE COURT:  YES.

02:19PM 18             MR. SCHENK:  (HANDING.)

02:19PM 19             MR. WADE:  WITH THE COURT'S INDULGENCE.

02:19PM 20             THE COURT:  OKAY.

02:20PM 21   BY MR. SCHENK:

02:20PM 22   Q.   DR. DHAWAN, I'VE HANDED YOU A BINDER THAT CONTAINS

02:20PM 23   ADMITTED EXHIBITS.

02:20PM 24        THESE EXHIBITS WERE ADMITTED, I BELIEVE, BY STIPULATION OF

02:20PM 25   THE PARTIES, YOUR HONOR, DURING DR. ROSENDORFF'S TESTIMONY.

02:20PM   1          THE BINDER IS LABELLED VALIDATION REPORTS.  IT CONTAINS 59

02:20PM   2   TABS.  I'VE COUNTED TO SAVE YOU THE TIME.

02:20PM   3          WHAT I'M GOING TO ASK YOU TO DO, DR. DHAWAN, IS TO LOOK AT

02:20PM   4   THE FIRST PAGE OF EACH TAB AND TELL ME IF YOU SIGNED THAT

02:20PM   5   DOCUMENT ON 9-19-2015, SEPTEMBER 19TH, 2015.

02:20PM   6          AND IF I COULD JUST SHOW ONE OF THEM, WHICH IS AN ADMITTED

02:20PM   7   EXHIBIT FOR THE JURY, 9387.

02:21PM   8              THE COURT:  YES, THAT CAN BE PUBLISHED.

02:21PM   9              MR. SCHENK:  THANK YOU, YOUR HONOR.

02:21PM  10              THE WITNESS:  THE ONES WHERE I SIGNED, THAT'S MY

02:21PM  11   SIGNATURE.

02:21PM  12   BY MR. SCHENK:

02:21PM  13   Q.  SO, FOR INSTANCE, ON THE SCREEN AT THE VERY BOTTOM THAT

02:21PM  14   SIGNATURE NEXT TO THE DATE 9-19, THAT'S YOUR SIGNATURE?

02:21PM  15   A.  YES, SIR.

02:21PM  16   Q.  SO IF YOU WOULD TAKE A MINUTE NOW AND LOOK AT EACH

02:21PM  17   INDIVIDUAL REPORT IN THERE AND TELL ME IF YOU FIND ANY THAT YOU

02:21PM  18   DID NOT SIGN ON 9-19-2015.

02:21PM  19          (PAUSE IN PROCEEDINGS.)

02:21PM  20              THE WITNESS:  NO.  THESE ARE ALL OF MY SIGNATURES.

02:22PM  21   BY MR. SCHENK:

02:22PM  22   Q.  CAN I ASK YOU TO LOOK AT TAB 99086.

02:23PM  23   A.  I'M SORRY, CAN YOU SAY THAT AGAIN.  I'M LOOKING FOR IT.

02:23PM  24   Q.  THE TAB NUMBER?

02:23PM  25   A.  YEAH.

02:23PM  1    Q.   9086?

02:23PM  2    A.   YES.

02:23PM  3    Q.   AND DID YOU SIGN THAT ONE ON 9-19-2015?

02:23PM  4    A.   THAT WAS THE ONLY ONE THAT DOESN'T HAVE MY SIGNATURE.

02:23PM  5    SORRY, I MISSED THAT.  THE REST OF THEM DO.

02:23PM  6    Q.   SO OF THE 59 EXHIBITS IN HERE --

02:23PM  7    A.   I'M SORRY, I MISSED ONE.  I'M SORRY.

02:23PM  8    Q.   -- 58 OF THEM YOU SIGNED ON SEPTEMBER 19TH, 2015?

02:24PM  9    A.   YES.

02:24PM 10    Q.   AND I WANT TO TALK TO YOU A LITTLE BIT ABOUT THAT DATE

02:24PM 11    9-19-2015.  WAS THAT A SATURDAY?  IT LOOKS LIKE A --

02:24PM 12    A.   YES.

02:24PM 13    Q.   AND WHEN YOU WERE AT THERANOS SIGNING THESE DOCUMENTS, HOW

02:24PM 14    CLOSELY DID YOU READ THEM?

02:24PM 15    A.   I REVIEWED THE FIRST PAGES AND I SPENT PROBABLY MANY HOURS

02:24PM 16    THERE.

02:24PM 17    Q.   AND DID YOU TALK TO MR. BALWANI OR OTHER PEOPLE AT

02:24PM 18    THERANOS TO GET COMFORTABLE WITH THE CONTENTS?

02:24PM 19    A.   YES.  I ASKED IF ADAM ROSENDORFF HAD REVIEWED THESE AND

02:24PM 20    SIGNED THEM, AND IT LOOKED LIKE HIS SIGNATURE WAS EVERYWHERE

02:24PM 21    AND SO I WAS ESSENTIALLY COSIGNING AGAIN.

02:24PM 22    Q.   AND DID IT MATTER TO YOU THAT SOMEONE NAMED

02:24PM 23    ADAM ROSENDORFF HAD SIGNED THE DOCUMENT BEFORE YOU?

02:24PM 24    A.   HE WAS, I BELIEVE, THE PREVIOUS LAB DIRECTOR.

02:24PM 25    Q.   HE WAS THE LAB DIRECTOR THAT YOU CAME IN TO REPLACE?

02:24PM  1    A.   RIGHT, OR WORK FOR THE THREE MONTHS THAT I WAS SUPPOSED TO

02:24PM  2    WORK, YES.

02:24PM  3    Q.   AND WHY DID HIS SIGNATURE PROVIDE COMFORT TO YOU?

02:25PM  4    A.   HE MIGHT HAVE EVEN BEEN THERE, MY ASSUMPTION WAS, FOR A

02:25PM  5    SIGNIFICANT AMOUNT OF TIME AND HAD BEEN WORKING THERE SO IT

02:25PM  6    GAVE ME SOME REASSURANCE THAT THERE HAD BEEN SOME SUPERVISION

02:25PM  7    BEFORE MY TIME OF ARRIVAL.

02:25PM  8    Q.   ON THE EXHIBIT THAT WE'RE LOOKING AT ON THE SCREEN, THIS

02:25PM  9    ONE IS 9387, IT LOOKS LIKE IT'S A VALIDATION DOCUMENT FOR A

02:25PM  10   CERTAIN ELISA ASSAY ON THE EDISON 3.X.

02:25PM  11        DO YOU SEE THAT?

02:25PM  12   A.   YES.

02:25PM  13   Q.   AND WHEN YOU SIGNED THIS DOCUMENT, HAD YOU EVER SEEN THE

02:25PM  14   EDISON DEVICE RUN THIS ASSAY?

02:25PM  15   A.   I HAD NOT SEEN IT RUN THE ASSAY, NO.

02:25PM  16   Q.   HAD YOU EVER SEEN THE EDISON DEVICE RUN ANY ASSAY?

02:26PM  17   A.   I WAS NEVER SHOWN THE EDISON DEVICE RUNNING AN ASSAY.

02:26PM  18   Q.   DO YOU RECALL WHEN YOU WERE REVIEWING THOSE DOCUMENTS DID

02:26PM  19   YOU EVER FIND A DOCUMENT AND MAKE A COMMENT AND SAY, YOU KNOW

02:26PM  20   WHAT, WE SHOULD CHANGE THIS AND THIS SHOULD BE DIFFERENT?  DID

02:26PM  21   THAT EVER HAPPEN AT ANY POINT THAT DAY?

02:26PM  22   A.   IT DID NOT HAPPEN THAT DAY.

02:26PM  23   Q.   HOW ABOUT OTHER DAYS?  WAS THERE A DAY THAT I'M NOT

02:26PM  24   FOCUSSED ON RIGHT NOW WHERE YOU READ A VALIDATION REPORT OR AN

02:26PM  25   SOP THAT YOU SAID I WANT THIS TO READ DIFFERENTLY?  DO YOU

02:26PM   1      RECALL THAT?

02:26PM   2      A.   YEAH, I DON'T RECALL EVER DOING THAT.

02:26PM   3      Q.   CAN I ASK YOU TO LOOK -- I'M SORRY TO JUMP.  YOU CAN PUT

02:26PM   4      THAT BINDER ASIDE -- LOOK AT THE ORIGINAL BINDER 3041.

02:27PM   5           YOUR HONOR, THE GOVERNMENT OFFERS THIS DOCUMENT BY

02:27PM   6      STIPULATION.

02:27PM   7                MR. WADE:  THAT'S CORRECT, YOUR HONOR.

02:27PM   8                THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:27PM   9      BE PUBLISHED.

02:27PM  10           (GOVERNMENT'S EXHIBIT 3041 WAS RECEIVED IN EVIDENCE.)

02:27PM  11      BY MR. SCHENK:

02:27PM  12      Q.   I'M SORRY.  DR. DHAWAN, DID YOU SIGN THIS DOCUMENT IN

02:27PM  13      DECEMBER OF 2015?

02:27PM  14      A.   I DON'T RECALL THE EXACT DATE, BUT THAT WOULD BE MY

02:27PM  15      DOCUSIGN SIGNATURE, YES.

02:27PM  16      Q.   AND THE DOCUMENT IS AN SOP FOR REPORTING CRITICAL VALUES.

02:27PM  17           DO YOU SEE THAT?

02:27PM  18      A.   YES.

02:27PM  19      Q.   AND DO YOU HAVE EXPERIENCE WITH CRITICAL VALUES?  DO YOU

02:27PM  20      KNOW WHAT THAT PHRASE MEANS?

02:27PM  21      A.   YEAH.  WHEN I WAS IN TRAINING AND WHEN I WAS DOING

02:27PM  22      INTERNAL MEDICINE WE WOULD RECEIVE AND SEE CRITICAL VALUES

02:27PM  23      CURRENTLY FOR BLOOD TESTS.

02:27PM  24      Q.   SURE.  SO YOU HAVE SOME EXPERIENCE WITH IT IN YOUR

02:27PM  25      PRACTICE AND IN YOUR EDUCATION?

DHAWAN DIRECT BY MR. SCHENK

02:27PM  1    A.   YES, RIGHT.

02:27PM  2    Q.   DURING THE TIME THAT YOU WORKED AT THERANOS, WAS THERE AN

02:27PM  3    OCCASION WHEN YOU AS LAB DIRECTOR NEEDED TO REPORT OUT A

02:28PM  4    CRITICAL VALUE?

02:28PM  5    A.   I WAS NEVER GIVEN ANY CRITICAL VALUES TO LOOK AT.

02:28PM  6    Q.   THE ENTIRE TIME YOU WERE AT THERANOS YOU NEVER WERE SHOWN

02:28PM  7    ONE CRITICAL VALUE?

02:28PM  8    A.   NO.

02:28PM  9    Q.   AND I JUST WANT TO CONFIRM UNDER YOUR SIGNATURE ON THIS

02:28PM  10   DOCUMENT THERE'S A JOB TITLE.

02:28PM  11       DO YOU SEE THAT?

02:28PM  12   A.   YES.

02:28PM  13   Q.   YOUR JOB TITLE IS LABORATORY DIRECTOR; IS THAT RIGHT?

02:28PM  14   A.   YES.

02:28PM  15   Q.   AND WOULD YOU NOW TURN TO 2791.

02:28PM  16       THE GOVERNMENT OFFERS 2791 BY STIPULATION?

02:28PM  17           MR. WADE:  THAT'S CORRECT.

02:28PM  18           THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:28PM  19   BE PUBLISHED.

02:28PM  20           MR. SCHENK:  THANK YOU.

02:28PM  21       (GOVERNMENT'S EXHIBIT 2791 WAS RECEIVED IN EVIDENCE.)

02:28PM  22   BY MR. SCHENK:

02:29PM  23   Q.   ON THIS DOCUMENT, FIRST THE EMAIL IS DATED MONDAY,

02:29PM  24   SEPTEMBER 21ST, 2015.

02:29PM  25       WE SAW EARLIER A REFERENCE TO SEPTEMBER 22ND.  WAS THE

02:29PM 1    22ND THE DAY OF THE CMS INSPECTION THAT WE WERE TALKING ABOUT?

02:29PM 2    A.   YES.

02:29PM 3    Q.   SO THE DAY BEFORE SOMEONE NAMED MONA RAMAMURTHY SENT YOU

02:29PM 4    THIS EMAIL AND ATTACHES SOME DOCUMENTS.

02:29PM 5        DO YOU SEE THAT?

02:29PM 6    A.   YES.

02:29PM 7    Q.   AND IT SAYS "DEAR DR. DHAWAN.

02:29PM 8        "CONGRATULATIONS.  IT IS WITH GREAT PLEASURE THAT I WRITE

02:29PM 9    TO PRESENT YOU THESE TERMS OF EMPLOYMENT TO JOIN THE THERANOS

02:29PM 10   TEAM."

02:29PM 11       DID YOU THINK THAT YOU HAD BEEN WORKING AT THERANOS FOR

02:29PM 12   QUITE A WHILE BEFORE THIS DATE?

02:29PM 13   A.   AS A CONSULTANT BASED ON THE ORIGINAL AGREEMENT.

02:29PM 14   Q.   OKAY.  AND WAS THIS CHANGING YOUR STATUS?

02:29PM 15   A.   ACCORDING TO THIS, YES.

02:30PM 16   Q.   IF YOU'LL TURN TO THE NEXT PAGE.

02:30PM 17       IT SAYS AT THE TOP, "DEAR SUNIL.

02:30PM 18       "ON BEHALF OF THERANOS INC. (THE COMPANY), I AM PLEASED TO

02:30PM 19   CONFIRM THE TERMS OF YOUR EMPLOYMENT AS LABORATORY DIRECTOR

02:30PM 20   REPORTING TO SUNNY BALWANI."

02:30PM 21       AND THEN BELOW THERE'S A PARAGRAPH THAT BEGINS YOUR START

02:30PM 22   DATE.  DO YOU SEE THAT?

02:30PM 23   A.   YES.

02:30PM 24   Q.   YOUR START DATE WITH THE COMPANY IS JUNE 1ST, 2015; IS

02:30PM 25   THAT RIGHT?

02:30PM  1    A.   YES.

02:30PM  2    Q.   THAT'S WHAT IT SAYS?

02:30PM  3    A.   YES.

02:30PM  4    Q.   THEY SENT YOU A DOCUMENT ON SEPTEMBER 21ST THAT SAID YOUR

02:30PM  5    START DATE WAS JUNE 1ST; IS THAT RIGHT?

02:30PM  6    A.   YES.

02:30PM  7    Q.   AND BY THIS POINT YOU HAD ALREADY SIGNED AT LEAST ALL

02:30PM  8    THOSE VALIDATION REPORTS IN THE BINDER THAT WE HAD JUST TALKED

02:31PM  9    ABOUT?

02:31PM  10   A.   YES.

02:31PM  11   Q.   THE NEXT DATE SEPTEMBER 22ND WAS THE INSPECTION.

02:31PM  12        WERE YOU PRESENT FOR THE INSPECTION?

02:31PM  13   A.   YES, THAT MORNING.

02:31PM  14   Q.   AND DESCRIBE THAT TO THE JURY.  WHAT WAS YOUR EXPERIENCE

02:31PM  15   THAT DAY?

02:31PM  16   A.   I WAS IN THE ROOM WHEN THE INSPECTORS WALKED IN, I WAS

02:31PM  17   INTRODUCED, AND THEN THE INSPECTORS SAT WITH THE LAB TEAM AND

02:31PM  18   MR. BALWANI, IF MY RECOLLECTION IS CORRECT.

02:31PM  19        AND THEN AFTER ABOUT AN HOUR, I THINK, I WAS ASKED TO STEP

02:31PM  20   OUT BECAUSE THERE WAS NO QUESTIONS ASKED OF ME.  AND I WAS

02:31PM  21   THERE I THINK ANOTHER HOUR UNTIL PROBABLY BETWEEN 8:00 AND

02:31PM  22   10:00, 10:30, MAYBE 11:00 MAX, AND I WAS NOT ASKED ANY

02:31PM  23   QUESTIONS, AND I WAS NOT INQUIRED OF IN ANY WAY.

02:32PM  24   Q.   DID YOU TALK TO MS. HOLMES THAT DAY?

02:32PM  25   A.   I RECALL MEETING HER IN THE HALLWAY.

02:32PM   1    Q.   YOU SAID MEETING.  WAS THAT THE FIRST TIME YOU MET

02:32PM   2    MS. HOLMES?

02:32PM   3    A.   YES.

02:32PM   4    Q.   YOU SIGNED ON IN NOVEMBER OF 2014 AND SEPTEMBER 21ST,

02:32PM   5    2015, WAS THE FIRST TIME YOU MET MS. HOLMES?

02:32PM   6    A.   YES.

02:32PM   7    Q.   AND HOW ABOUT THE SECOND DAY?  DO YOU KNOW WHETHER THE

02:32PM   8    INSPECTION CARRIED OVER THE NEXT DAY?

02:32PM   9    A.   IT DID FROM MY RECOLLECTION, BUT I WAS NOT ASKED TO COME

02:32PM   10   BACK.

02:32PM   11   Q.   YOU DIDN'T GO THAT DAY?

02:32PM   12   A.   NO.  I ASKED WHETHER I NEEDED TO BE THERE, AND THEY SAID

02:32PM   13   NO, NO NEED FOR ME TO BE THERE.

02:33PM   14           MR. SCHENK:  YOUR HONOR, MAY I APPROACH?

02:33PM   15           THE COURT:  YES.

02:33PM   16           MR. SCHENK:  (HANDING.)

02:33PM   17       YOUR HONOR, I WOULD LIKE TO SHOW THE WITNESS SOME TEXT

02:33PM   18   MESSAGES.  THESE ARE EXHIBIT 5387B.  B WAS ALREADY PREVIOUSLY

02:33PM   19   ADMITTED.  THESE ARE THREE PAGES FROM -- THE PAGE NUMBERS ARE

02:33PM   20   26, 27, AND 28.

02:33PM   21           THE COURT:  YES.  THANK YOU.

02:33PM   22           MR. SCHENK:  AND PERMISSION TO PUBLISH?

02:33PM   23           THE COURT:  YES.

02:33PM   24           MR. SCHENK:  THANK YOU.

02:33PM   25   Q.   DR. DHAWAN, I'M SHOWING YOU TEXT MESSAGES THAT WERE SENT

02:34PM   1    BETWEEN MR. BALWANI AND MS. HOLMES ON THESE TWO DAYS THAT WE'RE

02:34PM   2    TALKING ABOUT, SEPTEMBER 22ND AND SEPTEMBER 23RD OF 2015.

02:34PM   3         YOU WERE NOT ON THESE TEXT MESSAGES; IS THAT RIGHT?

02:34PM   4    A.   NO.

02:34PM   5    Q.   OKAY.  MR. BALWANI STARTS, "CAN YOU SEE HIM?

02:34PM   6    A.   "YES, I CAN."

02:34PM   7    Q.   "VERY HOSTILE SO FAR.  THEY SAY HAVE COMPLAINTS."

02:34PM   8         AND DO YOU MIND READING THE NEXT ONE?

02:34PM   9    A.   "THEY SHOULD KNOW THE ENTIRE LAB INDUSTRY IS AND WILL BE

02:34PM  10    SEEDLING EVERYONE THEY CAN GET TO FILE COMPLAINTS."

02:34PM  11    Q.   AND THEN IF YOU CAN CONTINUE THE NEXT TWO.

02:34PM  12    A.   "I'M SURE TYLER IS ONE AS THEY PROB GOT FROM NY.  ADAM IS

02:34PM  13    THE OTHER -- FROM CA AND THOSE EXACTLY PLAY TO LAB INDUSTRY

02:34PM  14    COMMENTARY TO HURT US."

02:34PM  15         AND THEN, "JC HIMSELF PLAYING LITERALLY OFF LAB COMMENTS

02:34PM  16    IS LIKELY THE OTHER."

02:34PM  17    Q.   "GARY IS TRYING TO BE PRO THERANOS."

02:35PM  18    A.   "YES."

02:35PM  19    Q.   AND WOULD YOU CONTINUE.

02:35PM  20    A.   OH, YES, SORRY.

02:35PM  21         "HMFR.

02:35PM  22         "PRAYING LITERALLY NONSTOP.

02:35PM  23         "DO YOU WANT ME TO STEP OUT OF FDA CALL?

02:35PM  24         "NO.

02:35PM  25         "OFF CAN TALK ANY TIME.

02:35PM  1          "DON'T WORRY.  WE WILL RESUME AT 1.  LUNCH BREAK NOW.

02:35PM  2          "CALL IF YOU WANT TO TALK."

02:35PM  3     Q.   THANK YOU.

02:35PM  4          AND NOW WE'LL TURN TO THE NEXT PAGE, PAGE 27.

02:35PM  5          MR. BALWANI WRITES, "OUR VALIDATION REPORTS ARE TERRIBLE.

02:35PM  6     REALLY PAINFUL GOING THRU THIS PROCESS.  SAME ISSUES FDA

02:35PM  7     POINTED OUT?"

02:35PM  8          MS. HOLMES RESPONDS, "CAN WE GET SOMEONE HERE TO

02:35PM  9     SUPPLEMENT/UPDATE/HELP EXPLAIN?

02:35PM 10          "OR IS THE FEEDBACK COMING FROM FDA."

02:35PM 11          MR. BALWANI RESPONDS "NO."

02:35PM 12          MS. HOLMES WRITES, "WE CAN PROVIDE OUR FDA SUBMISSION

02:35PM 13     DATA."

02:35PM 14          AND MR. BALWANI RESPONDS, "NOT FROM FDA.  NOTHING TO DO

02:36PM 15     WITH FDA."

02:36PM 16          AND THEN MS. HOLMES WRITES, "WILL MAKE SURE ALL TEAMS ARE

02:36PM 17     REVIEWING REPORTS.  LET ME KNOW ANYTHING ELSE CAN DO TO

02:36PM 18     SUPPORT."

02:36PM 19          MR. BALWANI, "GOING BAD SO FAR.  PRAY.

02:36PM 20          "DANIEL HAS NOTHING READY.

02:36PM 21          "TOLD ME EVERYTHING IS IN THE BINDERS.

02:36PM 22          "NOT THERE."

02:36PM 23          MS. HOLMES, "PRAYING.

02:36PM 24          "AT MY DESK.

02:36PM 25          "TELL ME HOW I CAN HELP.

02:36PM   1        "I'M COMING THERE."

02:36PM   2        AND THEN ON PAGE 28, THE FINAL TEXT IN THIS SET FROM

02:36PM   3   MS. HOLMES.

02:36PM   4        "PRAYING CONTINUALLY."

02:36PM   5        DR. DHAWAN, DURING THE INSPECTION, DID YOU HAVE ANY IDEA

02:36PM   6   WHETHER THE INSPECTION WAS GOING WELL OR NOT GOING WELL?

02:36PM   7   A.   I WAS NOT IN THE GROUP WHERE THE INSPECTION WAS HAPPENING,

02:36PM   8   I WAS SITTING IN THE BACK.

02:36PM   9   Q.   SO THERE --

02:36PM  10   A.   I WAS SITTING FAR -- NOT VERY CLOSE TO WHERE THE ACTUAL

02:37PM  11   INSPECTORS WERE SITTING.

02:37PM  12   Q.   AND YOU DIDN'T KNOW WHETHER MS. HOLMES OR MR. BALWANI WERE

02:37PM  13   PRAYING DURING THE INSPECTION, THAT WAS NOT SOMETHING THAT YOU

02:37PM  14   WERE AWARE OF?

02:37PM  15   A.   I DIDN'T -- I WAS NOT AWARE OF THAT, NO.

02:37PM  16   Q.   IF YOU COULD NOW GO BACK TO YOUR BINDER, IT'S TAB 2548.

02:37PM  17        YOUR HONOR, THE GOVERNMENT OFFERS 2548 PURSUANT TO

02:37PM  18   STIPULATION?

02:37PM  19            MR. WADE:  CORRECT, YOUR HONOR.

02:37PM  20            THE COURT:  IT'S ADMITTED BY STIPULATION, AND IT MAY

02:37PM  21   BE PUBLISHED.

02:37PM  22        (GOVERNMENT'S EXHIBIT 2548 WAS RECEIVED IN EVIDENCE.)

02:37PM  23   BY MR. SCHENK:

02:37PM  24   Q.   AND IF WE CAN START AT THE VERY BOTTOM.  THERE'S AN

02:37PM  25   OCTOBER 19TH, 2015 EMAIL, AND IT READS, "COULD YOU PLEASE

02:38PM   1    CONTACT ME AS A MATTER OF URGENCY.  OUR CONVERSATION WILL BE ON

02:38PM   2    A BACKGROUND BASIS.  I WILL NOT QUOTE YOU OR EVEN SAY WE HAVE

02:38PM   3    BEEN IN CONTACT.  BUT IT IS IMPERATIVE THAT WE SPEAK?"

02:38PM   4         AND THEN THE EMAIL ABOVE IS FROM YOU FORWARDING THIS TO

02:38PM   5    MR. BALWANI; IS THAT RIGHT?

02:38PM   6    A.   YES.

02:38PM   7    Q.   AND YOU WRITE, "SUNNY.

02:38PM   8         "FYI.

02:38PM   9         "I TALKED TO THIS GUY SUPERFICIALLY -- TOLD HIM TO CALL

02:38PM  10    YOU ALL DIRECTLY FOR INFO.

02:38PM  11         "CALL ME FOR DETAILS."

02:38PM  12         WHO WAS "THIS GUY"?

02:38PM  13    A.   I BELIEVE HE WAS A REPORTER FROM THE FINANCIAL TIMES.

02:38PM  14    Q.   AND MR. BALWANI THEN RESPONDS TO YOU AT THE TOP.

02:38PM  15         "THANKS, WILL SPEAK IN THE A.M.  THANKS FOR THE HELP AND

02:38PM  16    STICKING BY.  APPRECIATE IT?

02:38PM  17         "IN FUTURE, JUST DON'T ANSWER ANY QUESTIONS AS THEY WILL

02:38PM  18    TRAP YOU OR MISQUOTE YOU.  WE ARE TRYING TO GET ON TOP OF THE

02:39PM  19    SITUATION AND RELEASE OUR STATEMENTS TO REFUTE THE FALSEHOODS,

02:39PM  20    BUT THIS STUFF TAKES TIME."

02:39PM  21         MR. BALWANI TALKS ABOUT "THE SITUATION" IN THIS EMAIL.

02:39PM  22         WAS -- DID YOU HAVE SEPARATE CONVERSATIONS WITH

02:39PM  23    MR. BALWANI ABOUT WHATEVER IT IS THAT HE'S REFERRING TO AS "THE

02:39PM  24    SITUATION"?

02:39PM  25    A.   NO.

02:39PM   1    Q.   DID MR. BALWANI BRIEF YOU AT ANY POINT ABOUT WHAT HE WAS

02:39PM   2    CONCERNED ABOUT, WHAT WAS HAPPENING, WHAT SITUATION HE WAS

02:39PM   3    TRYING TO GET ON TOP OF?

02:39PM   4    A.   WE DID NOT HAVE A DIRECT CONVERSATION ABOUT THE SITUATION,

02:39PM   5    BUT I HAD BEEN NOW READING IN THE MEDIA ABOUT WHAT WAS

02:39PM   6    HAPPENING.

02:39PM   7    Q.   OKAY.  SO -- I'M SORRY TO INTERRUPT YOU.

02:39PM   8         YOU LEARNED ABOUT INFORMATION IN THE MEDIA, BUT NOT FROM

02:39PM   9    THE PERSON THAT WAS YOUR POINT OF CONTACT AT THE TIME?

02:39PM   10   A.   NO, I DID NOT LEARN FROM HIM.

02:39PM   11   Q.   OKAY.  WOULD YOU TURN TO TAB 2972.

02:40PM   12        YOUR HONOR, THE GOVERNMENT OFFERS EXHIBIT 2972 BY

02:40PM   13   STIPULATION.

02:40PM   14            THE COURT:  IT'S ADMITTED BY STIPULATION AND MAY BE

02:40PM   15   PUBLISHED.

02:40PM   16        (GOVERNMENT'S EXHIBIT 2972 WAS RECEIVED IN EVIDENCE.)

02:40PM   17   BY MR. SCHENK:

02:40PM   18   Q.   DR. DHAWAN, NOW WE'VE MOVED INTO NOVEMBER OF 2015.

02:40PM   19   DANIEL YOUNG IS WRITING YOU AN EMAIL AND IN IT DR. YOUNG

02:40PM   20   WRITES, "DEAR DR. DHAWAN:

02:40PM   21        "I AM TRYING TO SCHEDULE A MEETING TO REVIEW OUR MONTHLY

02:40PM   22   QC DATA FOR SEPTEMBER AND OCTOBER.  ARE YOU ABLE TO JOIN IN

02:40PM   23   THIS WEDNESDAY BY PHONE?  IF SO, WHAT TIME(S)."

02:40PM   24        MY QUESTION WAS THAT SOMETHING YOU DID BEFORE?  HAD YOU

02:40PM   25   REVIEWED MONTHLY QC DATA WITH DR. YOUNG BEFORE THIS?

DHAWAN DIRECT BY MR. SCHENK

02:40PM 1    A.   NO, I HAD NOT.

02:40PM 2    Q.   DO YOU KNOW WHETHER YOU EVEN DID IT ON THIS OCCASION,

02:40PM 3    WHETHER THIS CALL HAPPENED?

02:41PM 4    A.   I DON'T THINK I DID.  I JUST DON'T RECALL NOW GOING BACK

02:41PM 5    SIX YEARS.

02:41PM 6    Q.   I'D LIKE YOU NOW TO TURN TO 3217.

02:41PM 7         YOUR HONOR, AT THIS TIME THE GOVERNMENT MOVES PAGE 1 OF

02:41PM 8    3217 INTO EVIDENCE.

02:41PM 9              MR. WADE:  NO OBJECTION TO PAGE 1.

02:41PM 10             THE COURT:  PAGE 1 OF EXHIBIT 3217 IS ADMITTED, AND

02:41PM 11   IT MAY BE PUBLISHED.

02:41PM 12             MR. SCHENK:  THANK YOU, YOUR HONOR.

02:41PM 13        (GOVERNMENT'S EXHIBIT 3217, PAGE 1, WAS RECEIVED IN

02:41PM 14   EVIDENCE.)

02:41PM 15   BY MR. SCHENK:

02:41PM 16   Q.   DR. DHAWAN, ON THIS DOCUMENT, ON THIS EMAIL SOMEONE NAMED

02:41PM 17   HEATHER KING IS SENDING YOU AN EMAIL.

02:41PM 18        DO YOU KNOW WHO HEATHER KING WAS?

02:41PM 19   A.   I BELIEVE SHE WAS, AS WRITTEN HERE, THE GENERAL COUNSEL

02:41PM 20   FOR THERANOS.

02:41PM 21   Q.   AND DO YOU KNOW IF YOU HAD MET HER OR WAS THIS THE FIRST

02:41PM 22   INTERACTION YOU HAD WITH HER?  DO YOU RECALL?

02:41PM 23   A.   MY RECOLLECTION IS THAT SHE WAS AT THE INSPECTION.  I

02:41PM 24   BELIEVE SHE WAS THERE.

02:41PM 25   Q.   OKAY.

02:41PM  1    A.   BUT THERE WERE A LOT OF PEOPLE THERE THAT I DIDN'T

02:42PM  2    RECOGNIZE SO.

02:42PM  3    Q.   I'M SORRY.  THE SUBJECT IS CMS NOTICE ON IMPOSITION OF

02:42PM  4    SANCTIONS.

02:42PM  5         DO YOU SEE THAT?

02:42PM  6    A.   YES.

02:42PM  7    Q.   AND UNTIL THIS DATE, JULY OF 2016, AND WE GO BACK TO THE

02:42PM  8    SEPTEMBER 21ST, 2015 DATE, DID YOU KNOW DURING THAT PERIOD OF

02:42PM  9    TIME WHETHER THE INSPECTION, THE CMS INSPECTION HAD GONE WELL

02:42PM  10   OR HAD GONE POORLY?

02:42PM  11   A.   I, I HAD -- NO ONE HAD INFORMED ME EITHER WAY.

02:42PM  12   Q.   SO WAS THIS EMAIL THE WAY YOU LEARNED THAT THERE WERE SOME

02:42PM  13   CHALLENGES RESULTING FROM THE INSPECTION?

02:42PM  14   A.   YES.

02:43PM  15            MR. SCHENK:  YOUR HONOR, MAY I HAVE ONE MOMENT?

02:43PM  16            THE COURT:  YES.

02:43PM  17        (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

02:43PM  18   BY MR. SCHENK:

02:43PM  19   Q.   DR. DHAWAN, WAS THERE A MOMENT WHEN THAT YOU STOPPED BEING

02:43PM  20   THE LAB DIRECTOR AT THERANOS?

02:43PM  21   A.   I AM NOT SURE WHAT THAT DATE WAS HONESTLY.

02:43PM  22        I'M -- MY ASSUMPTION WAS THAT AFTER OCTOBER I BELIEVE THAT

02:43PM  23   THEY HAD HIRED SOMEONE ELSE AND -- BUT, AGAIN, I'M GOING BACK

02:43PM  24   SIX YEARS, AND I'LL HAVE TO LOOK AT AND REVIEW ALL OF THE

02:43PM  25   RECORDS.

02:43PM   1          BUT THERE WAS NO FORMAL TERMINATION NOTICE OR ANYTHING

02:43PM   2     LIKE THAT THAT WAS GIVEN TO ME, BUT I -- THEY JUST -- I WAS NOT

02:43PM   3     RECEIVING ANY MORE COMMUNICATIONS, SO MY ASSUMPTION WAS THAT MY

02:43PM   4     TIME WAS OVER, YOU KNOW, WHATEVER CONSULTING JOB I HAD TO DO

02:43PM   5     WAS OVER AT THAT POINT.

02:43PM   6     Q.   YOU JUST SAID A MOMENT AGO OCTOBER.  WHICH YEAR WAS THAT?

02:43PM   7     A.   2015.  IT WOULD HAVE BEEN AFTER THE INSPECTION.

02:43PM   8     Q.   AFTER THE INSPECTION, THE NEXT MONTH?

02:44PM   9     A.   RIGHT.

02:44PM   10    Q.   BUT YOU DIDN'T RECEIVE A DOCUMENT, THAT WAS JUST YOUR

02:44PM   11    ASSUMPTION?

02:44PM   12    A.   YES.

02:44PM   13    Q.   THANK YOU.

02:44PM   14         THANK YOU, YOUR HONOR.  NO FURTHER QUESTIONS.

02:44PM   15              THE COURT:  CROSS-EXAMINATION.

02:44PM   16              MR. WADE:  MAYBE THE JURY WANTS TO STRETCH FOR A

02:44PM   17    MINUTE, YOUR HONOR.

02:44PM   18              THE COURT:  WOULD YOU LIKE TO STAND UP AND STRETCH,

02:44PM   19    LADIES AND GENTLEMEN.

02:44PM   20         WE'RE GOING TO END AT 3:00 O'CLOCK.  I SHOULD TELL YOU

02:44PM   21    JUST A POINT OF CLARIFICATION, I HAVE TO TELL YOU THAT OUR

02:44PM   22    CLOCK IN THE COURTROOM IS ABOUT FIVE MINUTES -- I THINK IT'S

02:44PM   23    ABOUT FIVE MINUTES FAST, BUT FEEL FREE TO STAND AND STRETCH IF

02:44PM   24    YOU WOULD LIKE.

02:45PM   25              (PAUSE IN PROCEEDINGS.)

02:45PM  1           THE COURT:  MR. WADE.

02:45PM  2           MR. WADE:  THANK YOU, YOUR HONOR.

02:45PM  3                      **CROSS-EXAMINATION**

02:45PM  4  BY MR. WADE:

02:45PM  5  Q.  GOOD AFTERNOON.  MY NAME IS LANCE WADE, AND I REPRESENT

02:45PM  6  ELIZABETH HOLMES.  I'D LIKE TO ASK YOU A FEW QUESTIONS.

02:45PM  7       YOUR HONOR, MAY I APPROACH?

02:45PM  8           THE COURT:  YES.

02:46PM  9  BY MR. WADE:

02:46PM 10  Q.  (HANDING.)

02:46PM 11       I'VE HANDED YOU A BINDER OF DOCUMENTS.  I MAY REFER TO

02:46PM 12  SOME DOCUMENTS IN THAT BINDER, AND I MAY REFER TO SOME IN THE

02:46PM 13  WHITE BINDER.  OKAY?  I'LL TRY TO KEEP CLEAR WHICH IS WHICH.

02:46PM 14       DR. DHAWAN, I'M NOT SURE IT CAME THROUGH IN YOUR -- IN

02:46PM 15  SOME OF YOUR DIRECT TESTIMONY, BUT IS IT FAIR TO SAY THAT

02:46PM 16  YOU'RE A HIGHLY TRAINED PROFESSIONAL?

02:46PM 17  A.  YES, I HAVE POST GRADUATE TRAINING, YES.

02:46PM 18  Q.  COULD YOU JUST WALK THROUGH YOUR -- THE TRAINING THAT YOU

02:46PM 19  RECEIVED IN CONNECTION WITH THE PRACTICE OF MEDICINE?

02:46PM 20  A.  I DID MY M.D., AND THEN I DID INTERNAL MEDICINE RESIDENCY,

02:46PM 21  AND THEN FINISHED A DERMATOLOGY RESIDENCY.

02:46PM 22  Q.  AND YOU'VE HAD A SUCCESSFUL PRACTICE IN THE BAY AREA FOR A

02:46PM 23  NUMBER OF YEARS?

02:46PM 24  A.  YES.

02:46PM 25  Q.  BOTH AS A BUSINESS PERSON AND AS A PRACTICING PHYSICIAN?

DHAWAN CROSS BY MR. WADE

02:47PM 1     A.   YES.

02:47PM 2     Q.   AND THAT'S HOW YOU CAME TO KNOW MR. BALWANI?

02:47PM 3     A.   YES.

02:47PM 4     Q.   AND PRIOR TO THAT MORNING IN SEPTEMBER OF 2015 THAT YOU

02:47PM 5     TALKED ABOUT, YOU HADN'T INTERACTED WITH MS. HOLMES PREVIOUSLY;

02:47PM 6     IS THAT CORRECT?

02:47PM 7     A.   NO.

02:47PM 8     Q.   AND YOUR INTERACTIONS WITH HER WERE JUST LIMITED TO A FEW

02:47PM 9     MINUTES IN LENGTH?

02:47PM 10    A.   THEY WERE LIMITED TO SAYING HELLO.

02:47PM 11    Q.   JUST A GREETING?

02:47PM 12    A.   THAT'S BASICALLY IT.

02:47PM 13    Q.   MR. BALWANI, YOU UNDERSTOOD, WAS THE PRESIDENT AND CHIEF

02:47PM 14    OPERATING OFFICER OF THERANOS?

02:47PM 15    A.   YES, THAT WAS HIS -- YEAH.

02:47PM 16    Q.   AND YOU KNEW THAT FROM YOUR RELATIONSHIP WITH HIM PRIOR TO

02:47PM 17    ANY WORK CONNECTION TO THERANOS?

02:47PM 18    A.   I DON'T RECALL WHEN HE TOLD ME THAT, BUT IT WAS ON, I

02:47PM 19    BELIEVE SOME EMAIL TRAILS, BUT I'LL HAVE TO LOOK BACK.

02:48PM 20    Q.   BUT YOU UNDERSTOOD THAT HE'S ONE OF THE TOP TWO EXECUTIVES

02:48PM 21    IN THE COMPANY?

02:48PM 22    A.   MY ASSUMPTION WAS THAT HE WAS ONE OF THE HIGHER

02:48PM 23    EXECUTIVES, YES.

02:48PM 24    Q.   AND IN ADDITION TO THAT ROLE, HE WAS ACTUALLY, AT THE TIME

02:48PM 25    HE WAS INTERACTING WITH YOU, RUNNING THE LABORATORY FROM AN

02:48PM  1    OPERATIONAL STANDPOINT; CORRECT?

02:48PM  2    A.   I CAN'T COMMENT ON THAT BECAUSE I WAS NEVER TOLD THAT HE

02:48PM  3    WAS RUNNING THE LABORATORY, I WAS NEVER GIVEN THAT.  BUT IT WAS

02:48PM  4    MY ASSUMPTION, YES.

02:48PM  5    Q.   OKAY.  HE SEEMED TO BE KNOWLEDGEABLE BASED UPON YOUR

02:48PM  6    INTERACTIONS WITH HIM?

02:48PM  7    A.   BASED UPON MY INTERACTIONS WITH HIM, YES.

02:48PM  8    Q.   AND AT THE TIME THAT MR. BALWANI CAME TO YOU TO MAKE

02:48PM  9    INQUIRIES ABOUT GETTING YOUR ASSISTANCE AS THE LAB DIRECTOR AT

02:48PM  10   THERANOS, DO YOU RECALL THAT HE ACTUALLY ASKED IF EITHER YOU

02:48PM  11   KNEW SOMEONE WHO WOULD MEET THE QUALIFICATIONS OR WHETHER YOU

02:48PM  12   YOURSELF WOULD MEET THE QUALIFICATIONS TO BE LAB DIRECTOR?

02:49PM  13   A.   HE ASKED ME THAT QUESTION, YES.

02:49PM  14   Q.   IN NOVEMBER OF 2014 DID YOU UNDERSTAND THAT HE WAS IN A

02:49PM  15   BIT OF A PINCH AND NEEDED SOMEONE ON SHORT NOTICE?

02:49PM  16   A.   I NEVER USED THOSE WORDS.

02:49PM  17   Q.   YOU HAD TALKED ABOUT THE PRIOR LAB DIRECTOR.

02:49PM  18        DID YOU COME TO LEARN THAT THERE WERE SOME INTEGRITY

02:49PM  19   ISSUES THAT WOULD RESULT IN HIS NEED TO SEPARATE FROM THE

02:49PM  20   COMPANY ON SHORT NOTICE?

02:49PM  21   A.   I WAS NEVER TOLD THAT.

02:49PM  22   Q.   OKAY.  BUT YOU UNDERSTOOD BASED ON YOUR INTERACTIONS WITH

02:49PM  23   MR. BALWANI THAT THERE WAS A NEED TO GET SOMEONE IN QUICKLY?

02:49PM  24   A.   HE NEVER SAID QUICKLY, BUT THERE WAS A NEED TO GET SOMEONE

02:49PM  25   IN.

02:49PM   1        MY IMPRESSION WAS BASED ON THAT ONE EMAIL THAT -- I'M

02:49PM   2   FORGETTING WHERE IT IS NOW -- THAT THEY NEEDED SOMEONE FOR A

02:50PM   3   SHORT AMOUNT OF TIME, AND THAT WAS ALL I WAS TOLD.

02:50PM   4   Q.   AND YOU MENTION THAT EMAIL.  LET'S TAKE A LOOK AT THAT

02:50PM   5   EMAIL.  IT'S IN YOUR WHITE BINDER.  IT'S EXHIBIT 2219 WHICH IS

02:50PM   6   IN EVIDENCE.

02:50PM   7        DO YOU SEE THAT DOCUMENT UP ON YOUR SCREEN?

02:50PM   8   A.   YES, SIR.

02:50PM   9   Q.   AND THIS IS THE EMAIL THAT YOU'RE REFERRING TO?

02:51PM  10   A.   ARE YOU ASKING ABOUT HIS POSITION OR THE EMAIL THAT HE

02:51PM  11   SENT ME ABOUT WHAT I'M SUPPOSED TO DO?

02:51PM  12   Q.   I HAD ASKED YOU ABOUT WHETHER THERE WAS SOME URGENCY IN

02:51PM  13   BRINGING SOMEONE IN, AND I THINK YOU MENTIONED YOU SURMISED

02:51PM  14   THAT FROM THE EMAIL.

02:51PM  15        WAS THIS THE EMAIL THAT YOU WERE REFERRING TO?

02:51PM  16   A.   YES, I WOULD -- THIS IS THE ONLY -- IF THAT'S THE EMAIL

02:51PM  17   THAT WAS SENT, YES.

02:51PM  18   Q.   AND IF YOU, IF YOU LOOK ON THE BOTTOM OF THE FIRST PAGE --

02:51PM  19   I'M SORRY.  LET ME GO TO THE BOTTOM OF THE SECOND PAGE.  I

02:51PM  20   THINK MR. SCHENK ASKED YOU A COUPLE OF QUESTIONS ABOUT THIS.

02:51PM  21        DO YOU SEE THAT EMAIL WHERE MR. BALWANI IS MAKING INQUIRY

02:51PM  22   OF WHETHER YOU OR ANYONE ELSE YOU KNOW WOULD MEET THE

02:51PM  23   REQUIREMENTS THAT WERE NECESSARY TO STEP IN AS CLINICAL LAB

02:51PM  24   DIRECTOR; RIGHT?

02:51PM  25   A.   YES.

02:52PM  1    Q.   AND YOU RESPONDED THAT YOU COULD DO THIS?

02:52PM  2    A.   BASED ON WHAT HE WAS ASKING, YES.

02:52PM  3    Q.   AND YOU ASKED FOR SOME INFORMATION ABOUT WHAT WAS REQUIRED

02:52PM  4    FROM A QUALIFICATION STANDPOINT IN THAT EMAIL THERE?

02:52PM  5    A.   YES.

02:52PM  6    Q.   AND YOU HAD SERVED AS A LAB DIRECTOR IN YOUR OWN LAB;

02:52PM  7    RIGHT?

02:52PM  8    A.   YES.

02:52PM  9    Q.   AND WITHIN YOUR OWN LAB, HOW MANY PEOPLE WORKED IN YOUR

02:52PM  10   LAB?

02:52PM  11   A.   INCLUDING THE PEOPLE RUNNING OR DOING THE DOCUMENTATION,

02:52PM  12   TWO OR THREE.

02:52PM  13   Q.   TWO OR THREE.

02:52PM  14        AND IS IT FAIR TO SAY FOR THE MOST PART THAT THEY RAN THE

02:52PM  15   LAB AND YOU SUPERVISED THE LAB?

02:52PM  16   A.   YES.

02:52PM  17   Q.   AND THEY WOULD PREPARE THE DOCUMENTATION, YOU WOULD REVIEW

02:52PM  18   IT AND SIGN IT?

02:52PM  19   A.   YES.

02:52PM  20   Q.   IN A WAY THAT WAS SIMILAR TO SOME OF THE THINGS THAT YOU

02:52PM  21   DID OR HAD DONE AT THERANOS; IS THAT RIGHT?

02:52PM  22   A.   YES, THEY WOULD GIVE ME DOCUMENTS TO SIGN, YES.

02:52PM  23   Q.   AND YOU WERE RELYING UPON THEM TO PREPARE THE DOCUMENTS

02:53PM  24   BUT YOU WOULD REVIEW THEM BEFORE YOU WOULD SIGN THEM; IS THAT

02:53PM  25   RIGHT?

02:53PM   1    A.   I WOULD RELY ON THEM TO PREPARE THEM CORRECTLY, YES.

02:53PM   2    Q.   DO YOU RECALL THAT AFTER MR. BALWANI HAD THIS EXCHANGE

02:53PM   3    WITH YOU, AS REFERENCED IN EXHIBIT 2219, THAT HE PUT YOU IN

02:53PM   4    TOUCH WITH THERANOS'S REGULATORY COUNSEL, MR. ARINGTON?

02:53PM   5    A.   I DON'T RECALL HAVING A CONVERSATION -- THIS IS GOING BACK

02:53PM   6    SIX YEARS, SO I DON'T RECALL HAVING A CONVERSATION WITH

02:53PM   7    MR. ARINGTON AT THE TIME, BUT IF I DID, I DID.

02:53PM   8    Q.   WHY DON'T WE TAKE A LOOK AT EXHIBIT 13961, WHICH SHOULD BE

02:53PM   9    IN YOUR BLACK BINDER.

02:54PM  10        DO YOU HAVE IT THERE, DR. DHAWAN?

02:54PM  11    A.   YEAH.

02:54PM  12    Q.   AND DO YOU RECOGNIZE THIS TO BE AN EMAIL BETWEEN YOU AND

02:54PM  13    BRAD ARINGTON OF THERANOS DISCUSSING SOME REGULATORY ISSUES IN

02:54PM  14    NOVEMBER OF 2014?

02:54PM  15    A.   YES, I SEE THAT EMAIL RIGHT THERE, YES.

02:54PM  16             MR. WADE:  I MOVE THE ADMISSION OF 13961.

02:54PM  17             MR. SCHENK:  NO OBJECTION.

02:54PM  18             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:54PM  19        (DEFENDANT'S EXHIBIT 13961 WAS RECEIVED IN EVIDENCE.)

02:55PM  20    BY MR. WADE:

02:55PM  21    Q.   ONCE WE HAVE THE EMAIL UP, WE'LL GO TO THE LAST EMAIL ON

02:55PM  22    THE BOTTOM OF THE CHAIN, AND I THINK IT'S THE FOURTH PAGE.

02:55PM  23    IT'S MR. ARINGTON'S EMAIL TO YOU ON NOVEMBER 21ST, 2014.

02:55PM  24        I'LL DO THE ELMO WITH THIS ONE.

02:55PM  25        DO YOU SEE THAT EMAIL?

02:55PM  1    A.   YES.

02:55PM  2    Q.   AND DO YOU RECALL IN THIS TIME PERIOD -- DO YOU RECALL

02:55PM  3    MR. ARINGTON WAS THE SENIOR REGULATORY COUNSEL AT THERANOS?

02:55PM  4    A.   YES, THAT'S WHAT IS WRITTEN HERE.

02:56PM  5    Q.   AND HE WAS A LAWYER WHOSE JOB IT WAS TO DOT THE I'S AND

02:56PM  6    CROSS THE T'S FROM FROM A REGULATORY STANDPOINT?  WAS THAT YOUR

02:56PM  7    UNDERSTANDING?

02:56PM  8    A.   YES.

02:56PM  9    Q.   OKAY.  AND HE WAS REACHING OUT TO YOU TO GATHER SOME

02:56PM  10   INFORMATION IN THIS EMAIL TO MAKE SURE THAT YOU MET THE

02:56PM  11   REGULATORY QUALIFICATIONS TO SERVE IN THIS POSITION; IS THAT

02:56PM  12   RIGHT?

02:56PM  13   A.   YES.

02:56PM  14   Q.   AND OVER A FEW DAYS IT LOOKS LIKE YOU EXCHANGED EMAILS AND

02:56PM  15   PHONE CALLS WHERE MR. ARINGTON MADE SURE THAT YOU MET ALL OF

02:56PM  16   THE REQUIREMENTS.

02:56PM  17        DO YOU RECALL THAT?

02:56PM  18   A.   YES.

02:56PM  19   Q.   AND YOU PROVIDED HIM THE INFORMATION THAT HE NEEDED IN

02:56PM  20   ORDER TO MAKE SURE THAT YOU MET THE REQUIREMENTS?

02:56PM  21   A.   YES.

02:56PM  22   Q.   OKAY.  AND THEN A SHORT TIME LATER SOME PAPERWORK WAS

02:56PM  23   PREPARED.

02:56PM  24        DO YOU RECALL THAT?  FORMALLY PUTTING YOU ON THE CLIA

02:56PM  25   LICENSE?

02:56PM  1    A.   YEAH.  THIS IS AGAIN GOING BACK SIX YEARS, BUT IF I COULD

02:56PM  2    SEE THE DOCUMENTS THAT YOU HAVE.

02:56PM  3    Q.   YES.

02:56PM  4    A.   I RECALL SOMETHING BEING DONE TO THAT EFFECT.

02:57PM  5    Q.   WE'LL GET TO THE DOCUMENTS EITHER TODAY OR TOMORROW

02:57PM  6    MORNING.

02:57PM  7    A.   UH-HUH.

02:57PM  8    Q.   DO YOU RECALL ABOUT THE SAME TIME THERE WAS ANOTHER LAB

02:57PM  9    DIRECTOR THAT WAS ADDED TO THE LICENSE AT THERANOS?

02:57PM  10   A.   I DON'T RECALL THAT.

02:57PM  11   Q.   DO YOU RECALL A WOMAN BY THE NAME OF LYNETTE SAWYER, WHO

02:57PM  12   IS A PH.D., SERVING AS A LAB DIRECTOR AT THERANOS DURING THIS

02:57PM  13   SAME PERIOD?

02:57PM  14   A.   I DON'T RECALL HER NAME.

02:57PM  15   Q.   OKAY.  LET'S SEE IF WE CAN REFRESH YOUR RECOLLECTION ON

02:57PM  16   THIS.

02:57PM  17        LET'S TAKE A LOOK AT EXHIBIT 2553.

02:58PM  18        DO YOU HAVE THAT DOCUMENT IN FRONT OF YOU?

02:58PM  19   A.   YES.

02:58PM  20   Q.   AND THE FIRST PAGE IS COVER CORRESPONDENCE.

02:58PM  21        BUT DO YOU SEE THE SECOND PAGE OR THE THIRD PAGE IS AN

02:58PM  22   APPLICATION FOR RENEWAL OF THE CLIA LABORATORY LICENSE?

02:58PM  23        DO YOU SEE THAT?

02:58PM  24   A.   YES.

02:58PM  25   Q.   OKAY.  AND IS THAT YOUR SIGNATURE ON THIS DOCUMENT?

02:58PM   1    A.   YES.

02:58PM   2         MR. WADE:  YOUR HONOR, I MOVE THE ADMISSION OF

02:58PM   3    EXHIBIT 2553.

02:58PM   4         MR. SCHENK:  JUST ONE MOMENT, YOUR HONOR, PLEASE.

02:58PM   5         (PAUSE IN PROCEEDINGS.)

02:59PM   6         THE COURT:  THE ENTIRETY OF THIS DOCUMENT, MR. WADE?

02:59PM   7         MR. WADE:  I'M GOING TO GET TO OTHER PIECES OF IT,

02:59PM   8    SO I'LL MOVE THE ADMISSION OF IT NOW.

02:59PM   9         MR. SCHENK:  NO OBJECTION.

02:59PM   10        THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:59PM   11        (GOVERNMENT'S EXHIBIT 2553 WAS RECEIVED IN EVIDENCE.)

02:59PM   12   BY MR. WADE:

02:59PM   13   Q.   AND UP ON YOUR SCREEN DO YOU SEE THE THIRD PAGE OF

02:59PM   14   EXHIBIT 2553 THAT I REFERENCED PREVIOUSLY?

02:59PM   15   A.   YES.

02:59PM   16   Q.   AND DO YOU SEE THAT THERE ARE TWO LAB DIRECTORS WHO ARE

02:59PM   17   IDENTIFIED FOR THERANOS ON THIS CERTIFICATE?

02:59PM   18   A.   YES.

02:59PM   19   Q.   OKAY.  AND DO YOU HAVE ANY FAMILIARITY WITH RESPECT TO

02:59PM   20   WHAT MS. -- I'M SORRY, DR. SAWYER WAS DOING AT THERANOS?

02:59PM   21   A.   I NEVER MET DR. SAWYER.

02:59PM   22   Q.   YOU NEVER MET HER SO IT MAY HAVE BEEN SHE WAS DOING

02:59PM   23   SEPARATE FUNCTIONS FROM THE FUNCTIONS YOU PERFORMED AT

02:59PM   24   THERANOS; IS THAT FAIR?

02:59PM   25   A.   YES, BUT I NEVER MET HER.

03:00PM   1    Q.   OKAY.  ARE YOU AWARE IN CONNECTION WITH YOUR REVIEW OF

03:00PM   2    POLICIES THAT DR. SAWYER SIGNED MANY POLICIES EARLIER IN YOUR

03:00PM   3    TENURE BEFORE I THINK IN THAT GAP WHERE YOU WERE TOLD WHERE YOU

03:00PM   4    DIDN'T RECEIVE ANY COMMUNICATIONS FROM THE COMPANY?

03:00PM   5    A.   CAN YOU RE-ASK THAT QUESTION.  I'M SORRY, I DIDN'T

03:00PM   6    UNDERSTAND.

03:00PM   7    Q.   YES.  IT WASN'T A VERY GOOD QUESTION.

03:00PM   8         LET ME JUST SHOW YOU A DOCUMENT.  TAKE A LOOK AT 10531.

03:00PM   9    A.   YES.

03:00PM  10    Q.   THIS IS A DOCUMENT THAT WAS SIGNED BY DR. SAWYER.

03:01PM  11         DO YOU SEE THAT?

03:01PM  12    A.   YES.

03:01PM  13    Q.   AND DID YOU HAVE AN OCCASION TO REVIEW THIS PARTICULAR

03:01PM  14    DOCUMENT WHEN YOU WERE WORKING WITH THERANOS?

03:01PM  15    A.   I DON'T RECALL EVER SEEING THIS DOCUMENT.

03:01PM  16    Q.   OKAY.

03:01PM  17         MOVE THE ADMISSION OF 10531.

03:01PM  18             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:01PM  19         (DEFENDANT'S EXHIBIT 10531 WAS RECEIVED IN EVIDENCE.)

03:01PM  20    BY MR. WADE:

03:01PM  21    Q.   DO YOU SEE A DOCUSIGN THERE FOR DR. SAWYER?

03:01PM  22    A.   YES.

03:01PM  23    Q.   AND THIS IS FOR A MAY 5TH, 2015 DOCUMENT?

03:01PM  24    A.   YES.

03:01PM  25    Q.   AND THAT'S WHEN SHE SIGNED IT.  IT WAS ACTUALLY EFFECTIVE

03:01PM  1    EARLIER.

03:01PM  2        DO YOU SEE THAT?

03:01PM  3    A.   YES.

03:01PM  4    Q.   OKAY.

03:01PM  5            THE COURT:  SHOULD WE STOP NOW?

03:01PM  6            MR. WADE:  NOW IS A GOOD TIME TO STOP.

03:01PM  7            THE COURT:  WE'LL TAKE OUR EVENING RECESS NOW,

03:01PM  8    LADIES AND GENTLEMEN.  PLEASE RECALL THAT WE'RE GOING TO RESUME

03:02PM  9    TOMORROW AT 9:00 A.M., 9:00 A.M., PLEASE.  AND WE WILL STOP AT

03:02PM 10    1:00 P.M., 1:00 P.M. TOMORROW AFTERNOON.

03:02PM 11        IN THE INTERIM, PLEASE REMEMBER THE ADMONITION NOT TO DO

03:02PM 12    ANY INVESTIGATION, VISIT ANY PLACE, OR IN ANY OTHER WAY TRY TO

03:02PM 13    BECOME FAMILIAR WITH THIS CASE OR ANYTHING TO DO WITH IT BY ANY

03:02PM 14    INDEPENDENT RESEARCH.

03:02PM 15        PLEASE AVOID ANY MEDIA, INCLUDING SOCIAL MEDIA AND OTHER

03:02PM 16    CONTACT WITH YOUR FRIENDS AND FAMILY IN THIS REGARD.

03:02PM 17        BUT WE'LL SEE YOU TOMORROW MORNING AT 9:00 A.M.  THANK YOU

03:02PM 18    VERY MUCH.

03:02PM 19            AND YOU CAN STAND DOWN, SIR.  THANK YOU.

03:02PM 20            THE WITNESS:  CAN I ASK YOU A QUESTION?

03:02PM 21            THE COURT:  WELL, JUST A SECOND.  LET'S JUST LET THE

03:02PM 22    JURY GO AND THEN YOU CAN ASK A QUESTION.

03:02PM 23            THE WITNESS:  I'M SORRY.

03:02PM 24            THE COURT:  NO, NOT AT ALL.

03:03PM 25        (JURY OUT AT 3:03 P.M.)

3756

| | | |
|---|---|---|
| 03:03PM | 1 | THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  DOCTOR? |
| 03:03PM | 2 | THE WITNESS:  I HAVE TO BE HERE FROM 9:00 TO 1:00? |
| 03:03PM | 3 | THE COURT:  YES, 9:00 TO 1:00 TOMORROW. |
| 03:03PM | 4 | THE WITNESS:  I HAVE PATIENTS. |
| 03:03PM | 5 | THE COURT:  9:00 O'CLOCK TO 1:00. |
| 03:03PM | 6 | THE WITNESS:  THAT'S ALL I WANTED TO KNOW.  THANK |
| 03:03PM | 7 | YOU. |
| 03:03PM | 8 | MR. WADE:  WE'LL BE DONE BEFORE 1:00.  HOPEFULLY |
| 03:03PM | 9 | WELL BEFORE 1:00. |
| 03:03PM | 10 | THE WITNESS:  DO YOU HAVE ANY GUESS?  I HAVE PEOPLE |
| 03:03PM | 11 | VERY ANXIOUS WAITING TO SEE ME AND I'M TRYING TO BE -- TRYING |
| 03:03PM | 12 | TO ALLAY THEIR ANXIETIES. |
| 03:03PM | 13 | THE COURT:  WELL, WE'LL BE FINISHED BY 1:00 O'CLOCK |
| 03:03PM | 14 | REGARDLESS. |
| 03:03PM | 15 | THE WITNESS:  THAT WOULD BE GREAT.  THANK YOU. |
| 03:04PM | 16 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 03:04PM | 17 | THE RECORD SHOULD REFLECT THAT THE WITNESS HAS LEFT FOR |
| 03:04PM | 18 | THE DAY AND THE JURY HAS LEFT FOR THE DAY. |
| 03:04PM | 19 | ALL COUNSEL AND MS. HOLMES IS PRESENT. |
| 03:04PM | 20 | ANYTHING FURTHER? |
| 03:04PM | 21 | MR. SCHENK:  NO, YOUR HONOR. |
| 03:04PM | 22 | MR. WADE:  NO, YOUR HONOR. |
| 03:04PM | 23 | I WOULD JUST NOTE THE COLORS OF YOUR TIE AND FOR |
| 03:04PM | 24 | MR. BOSTIC'S BENEFIT IT'S NOT HALLOWEEN, SO GO GIANTS. |
| 03:04PM | 25 | THE COURT:  THANK YOU, SIR.  THANK YOU VERY MUCH.  I |

03:04PM 1          APPRECIATE IT.

03:04PM 2               WE'LL SEE YOU TOMORROW.   THANK YOU.

03:04PM 3                    THE CLERK:   COURT IS ADJOURNED.

03:04PM 4               (COURT ADJOURNED AT 3:04 P.M.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                          CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076

17

18         _____
19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  OCTOBER 14, 2021

22

23

24

25