1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

    UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                        PLAINTIFF,    )   SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )   VOLUME 25
8                                     )
    ELIZABETH A. HOLMES,             )   OCTOBER 27, 2021
9                                     )
                        DEFENDANT.    )   PAGES 4870 - 4902
10   _____  )

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE EDWARD J. DAVILA
13               UNITED STATES DISTRICT JUDGE

    A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                              KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612
20
         (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

    OFFICIAL COURT REPORTERS:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23                              LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24
         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25            TRANSCRIPT PRODUCED WITH COMPUTER

4871

1

     A P P E A R A N C E S: (CONT'D)

2

3       FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
4                                     LANCE A. WADE
                                      KATHERINE TREFZ
5                                     PATRICK LOOBY
                                      ANDREW LEMENS
6                                     RICHARD CLEARY
                                 725 TWELFTH STREET, N.W.
7                                WASHINGTON, D.C. 20005

8                                LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
9                                ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111
10

11      ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                                 BY:  ADELAIDA HERNANDEZ
12
                                 OFFICE OF THE U.S. ATTORNEY
13                               BY:  LAKISHA HOLLIMAN, PARALEGAL
                                      MADDI WACHS, PARALEGAL
14
                                 WILLIAMS & CONNOLLY
15                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

16                               TBC
                                 BY:  BRIAN BENNETT, TECHNICIAN
17

18

19

20

21

22

23

24

25

4872

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    OCTOBER 27, 2021 |
| 08:14AM | 2 | P R O C E E D I N G S |
| 08:14AM | 3 | (COURT CONVENED AT 8:14 A.M.) |
| 08:14AM | 4 | (JURY OUT AT 8:14 A.M.) |
| 08:14AM | 5 | THE COURT:  ALL RIGHT.  LET'S GO ON THE RECORD IN |
| 08:14AM | 6 | THE HOLMES MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS |
| 08:14AM | 7 | PRESENT. |
| 08:14AM | 8 | WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.  IT'S ABOUT |
| 08:14AM | 9 | 8:15.  OUR COURT DAY WITH EVIDENCE STARTS AT 9:00 A.M. |
| 08:14AM | 10 | WE HAD AGREED TO COME THIS MORNING TO MEET AND SPEAK ON |
| 08:14AM | 11 | SOME OTHER EVIDENTIARY ISSUES, I THINK REGARDING THREE ITEMS. |
| 08:14AM | 12 | BUT I THINK WE ALL LEARNED THIS MORNING THAT APPARENTLY A |
| 08:14AM | 13 | BLOCK FROM HERE, NORTH OF THE COURTHOUSE ON SECOND AND |
| 08:14AM | 14 | SAN FERNANDO STREETS, THERE'S A WATER PIPE THAT BURST. |
| 08:14AM | 15 | I'M JUST INFORMED FROM OUR BUILDING MANAGER THAT WATER IS |
| 08:14AM | 16 | OUT ALL ON SECOND STREET FROM SANTA CLARA STREET SOUTH, WHICH |
| 08:14AM | 17 | INCLUDES THIS BUILDING.  I'M INFORMED THE WATER WILL NOT -- THE |
| 08:14AM | 18 | ESTIMATED TIME TO REPAIR IS, AT THE EARLIEST, 2:00 P.M. THIS |
| 08:15AM | 19 | AFTERNOON. |
| 08:15AM | 20 | THE CHIEF JUDGE HAS BEEN NOTIFIED.  MY SENSE IS THAT HE, |
| 08:15AM | 21 | THE CHIEF JUDGE, WILL PROBABLY CLOSE THE BUILDING FOR HEALTH |
| 08:15AM | 22 | AND SANITATION REASONS, AND I EXPECT THAT'S GOING TO HAPPEN |
| 08:15AM | 23 | SHORTLY.  I HAVEN'T HEARD OR TALKED WITH JUDGE SEEBORG, BUT |
| 08:15AM | 24 | THAT'S MY SENSE OF IT. |
| 08:15AM | 25 | BUT IF, IN FACT, WE'RE NOT GOING TO HAVE WATER UNTIL 2:00 |

08:15AM  1    P.M., I JUST DON'T THINK THAT WE CAN PROCEED WITH THE TRIAL

08:15AM  2    THIS MORNING.

08:15AM  3        I'M HAPPY TO HEAR FROM YOU, BUT HAVING 15 JURORS AND

08:15AM  4    HAVING ALL OF YOU AND THE PUBLIC WITHOUT WATER AVAILABLE IS --

08:15AM  5    I THINK THAT ASKS TOO MUCH.

08:15AM  6        BUT I'M HAPPY TO HEAR FROM COUNSEL IF YOU HAVE ANY

08:15AM  7    THOUGHTS OR SUGGESTIONS.

08:15AM  8            MR. SCHENK:  THANK YOU, YOUR HONOR.

08:15AM  9        NO, WE AGREE.  WE DON'T HAVE ANY OTHER SUGGESTIONS.  IT

08:16AM 10    MAKES SENSE NOT TO HAVE THE JURY COME IN IF THEY CAN'T WASH

08:16AM 11    THEIR HANDS OR DO ANYTHING THAT IS NECESSARY THESE DAYS.

08:16AM 12            THE COURT:  MR. DOWNEY?

08:16AM 13            MR. DOWNEY:  YEAH, WE AGREE, YOUR HONOR.  WE DON'T

08:16AM 14    HAVE ANY REASON TO --

08:16AM 15            THE COURT:  AND NOT TO MENTION THE PUBLIC HERE AND

08:16AM 16    ALL OF YOU, I APOLOGIZE.  I DON'T KNOW WHAT HAPPENED.  I SAW --

08:16AM 17    MAYBE SOME OF YOU SAW WHO WERE COMING IN FROM THE NORTH,

08:16AM 18    THERE'S A HOLE DOWN ON THE CORNER OF SAN FERNANDO AND FIRST

08:16AM 19    STREET WITH A LOT OF MEN WITH YELLOW JACKETS STARING DOWN THE

08:16AM 20    HOLE, SO THAT SUGGESTS SOMETHING.

08:16AM 21        (LAUGHTER.)

08:16AM 22            THE COURT:  WELL, ALL RIGHT.

08:16AM 23        WHY DON'T WE -- MS. KRATZMANN, HAS THE JURY -- I SAW SOME

08:16AM 24    JURORS COMING IN.

08:16AM 25            THE CLERK:  I'M SURE THERE'S A FEW HERE, YOUR HONOR,

08:16AM 1       BUT USUALLY THE LAST OF THEM DON'T COME IN UNTIL JUST BEFORE

08:16AM 2       9:00.

08:16AM 3              THE COURT:  OKAY.  WELL, I THINK WHAT WE'LL DO IS

08:17AM 4       WAIT FOR THE COLLECTIVE JURY TO COME AND THEN I'LL FORMALLY

08:17AM 5       INFORM THEM OF THIS, AND THEN WE CAN TAKE A RECESS.

08:17AM 6          I'M JUST WONDERING IF THERE'S ANYTHING THAT WE CAN DO IN

08:17AM 7       THEIR ABSENCE, BUT THAT STILL PUTS ALL OF US AT A PROBLEM WITH

08:17AM 8       THE WATER ISSUE, AND I DON'T WANT TO IMPOSE ON ANYONE.

08:17AM 9          WELL, LET'S JUST SEE WHAT HAPPENS.  WHEN THE JURY COMES

08:17AM 10      IN, I'LL CALL THEM IN, AND MAYBE BY THAT TIME I WILL HAVE HEARD

08:17AM 11      FROM THE CHIEF JUDGE.  IF NOT, IF THE ETA FOR REPAIR REMAINS AS

08:17AM 12      SUCH AT 2:00 P.M., I THINK WE JUST HAVE TO CANCEL TODAY

08:17AM 13      REGRETTABLY.

08:17AM 14         AND I'M SORRY FOR YOUR WITNESSES.  I KNOW THEY HAVE FLOWN

08:17AM 15      IN.

08:17AM 16         I'M PAUSING BECAUSE I'M THINKING, WELL, MAYBE WE CAN ALL

08:17AM 17      MOVE TO SAN FRANCISCO AND GET IN ONE OF THEIR GRAND COURTROOMS,

08:17AM 18      BUT I DON'T THINK THAT WOULD WORK.

08:17AM 19         ALL RIGHT.  WELL, I JUST WANTED TO GIVE YOU THAT

08:18AM 20      INFORMATION.  I THINK YOU ALL KNEW IT, AND I APOLOGIZE FOR

08:18AM 21      THAT.

08:18AM 22            MR. DOWNEY:  YOUR HONOR, JUST ON THE SCHEDULE, SINCE

08:18AM 23      I AM HERE, I DID WANT TO MENTION IT, AND I DIDN'T HAVE A CHANCE

08:18AM 24      TO MENTION IT TO MR. SCHENK, JUST IN TERMS OF THE CURRENT

08:18AM 25      WITNESSES THAT WE HAVE FOR PLANNING PURPOSES -- AND THIS IS NOW

4875

08:18AM 1    UP IN THE AIR, I REALIZE, WITH THE SCHEDULE -- BUT I DON'T

08:18AM 2    THINK THAT THE COMPLETION OF MS. PETERSON WILL TAKE VERY LONG

08:18AM 3    AT ALL.

08:18AM 4        I THINK THAT'S PROBABLY MORE A MATTER FOR THE

08:18AM 5    CROSS-EXAMINATION OF SOMETHING LIKE A QUARTER HOUR, HALF AN

08:18AM 6    HOUR.

08:18AM 7            MR. WADE:  AN HOUR.

08:18AM 8            MR. DOWNEY:  LESS THAN AN HOUR.

08:18AM 9        I DON'T THINK, IF MR. BOSTIC IS SOMEWHERE BETWEEN AN HOUR

08:18AM 10   AND AN HOUR AND A HALF, I CERTAINLY THINK ON A 4:00 P.M. DAY,

08:18AM 11   IF MS. PETERSON FINISHED, WE WOULD ALSO FINISH MR. EISENMAN

08:18AM 12   BASED ON WHAT WE ANTICIPATE.

08:18AM 13       SO TO THE EXTENT THAT'S HELPFUL TO THE GOVERNMENT.

08:18AM 14           THE COURT:  THANK YOU.  I APPRECIATE, I APPRECIATE

08:18AM 15   YOUR EFFORTS IN WORKING THAT OUT.

08:18AM 16           MR. SCHENK:  MAY I JUST HAVE ONE MOMENT?

08:18AM 17           THE COURT:  OF COURSE.

08:19AM 18       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

08:19AM 19           MR. SCHENK:  YOUR HONOR, I WAS JUST WONDERING

08:19AM 20   WHETHER IT MADE SENSE TO TRY TO FINISH MS. PETERSON THIS

08:19AM 21   MORNING?  SHE'S AN OUT-OF-TOWN WITNESS.  AND IF IT'S VERY

08:19AM 22   BRIEF, IT'S AN OPTION.

08:19AM 23           THE COURT:  I HAD THE SAME THOUGHT AS SOON AS

08:19AM 24   MR. DOWNEY FINISHED THAT.

08:19AM 25           MR. DOWNEY:  I MENTION IT FOR THAT REASON, ALTHOUGH

4876

08:19AM 1    I WAS REMINDED BY MS. KRATZMANN THAT SOME OF THE JURORS HAVE

08:19AM 2    COME A DISTANCE TO COME IN AND THE PROBLEM COULD PRESENT ITSELF

08:19AM 3    QUICKLY, SO I DON'T WANT TO PRESUME ON THEM.

08:19AM 4        OBVIOUSLY I THINK IT WOULD BE BOTH OF OUR PREFERENCE TO

08:19AM 5    FINISH WHAT IS PENDING.

08:19AM 6             THE COURT:  RIGHT.  WELL, LET'S WAIT FOR THE JURY.

08:20AM 7    WHEN THEY ARRIVE, IF I TELL THEM WE NEED 30 MINUTES OF THEIR

08:20AM 8    TIME THIS MORNING, IS THAT A FAIR STATEMENT?

08:20AM 9             MR. DOWNEY:  MAYBE AN HOUR.

08:20AM 10            THE COURT:  RESTRAIN YOUR ENTHUSIASM, MR. WADE.  YOU

08:20AM 11   THINK AN HOUR?

08:20AM 12            MR. DOWNEY:  THAT SOUNDS -- I WOULDN'T --

08:20AM 13            THE COURT:  THAT'S MAYBE PUSHING IT.

08:20AM 14            MR. DOWNEY:  MAYBE SO.  OKAY.

08:20AM 15            THE COURT:  WELL, WE'LL CHECK IN AND SEE.

08:20AM 16            MR. SCHENK:  THANK YOU.

08:20AM 17            MR. DOWNEY:  THANK YOU.

08:20AM 18            THE CLERK:  COURT IS IN RECESS.

08:20AM 19        (RECESS FROM 8:20 A.M. UNTIL 8:34 A.M.)

08:34AM 20            THE COURT:  ALL RIGHT.  WE'RE BACK ON THE RECORD IN

08:35AM 21   THE HOLMES MATTER OUTSIDE OF THE PRESENCE OF THE JURY.  ALL

08:35AM 22   COUNSEL AND MS. HOLMES ARE PRESENT.

08:35AM 23        AS WE DISCUSSED EARLIER, WE RECEIVED WORD FROM

08:35AM 24   SAN FRANCISCO THAT THE COURTHOUSE, SAN JOSE COURTHOUSE, WILL BE

08:35AM 25   CLOSED IMMEDIATELY, AND WE HAVE INSTRUCTIONS TO VACATE THE

4877

```
08:35AM   1    BUILDING, EVERYONE IN THE BUILDING.
08:35AM   2          WE'RE WAITING FOR OUR JURY TO ARRIVE SO WE CAN -- SO I CAN
08:35AM   3    INFORM THEM OF THIS.
08:35AM   4          BUT IN THE INTERIM, I THOUGHT WE WOULD USE THIS TIME TO
08:35AM   5    DISCUSS SOME OF THE ISSUES THAT WE -- WHILE WE WAIT FOR THE
08:35AM   6    JURY, THAT WE TALKED ABOUT.
08:35AM   7          LET'S -- I TALKED ABOUT THE LISA PETERSON DOCUMENT AGAIN,
08:36AM   8    AND, MR. WADE, I THINK THIS IS SOMETHING THAT WE DISCUSSED
08:36AM   9    YESTERDAY.
08:36AM  10          MR. WADE:  WE DID DISCUSS IT YESTERDAY, YOUR HONOR,
08:36AM  11    AND I HAD THE BENEFIT OF BEING ABLE TO GO BACK AND LOOK AT THE
08:36AM  12    TRANSCRIPT OF WHAT HAPPENED YESTERDAY, THE QUESTIONING OF
08:36AM  13    MR. LEACH AND THE CONTEXT AROUND THAT THAT I WAS ABLE TO GET IN
08:36AM  14    ALREADY, AND I THINK, AS IT SITS TODAY, I'M PREPARED TO NOT
08:36AM  15    PLOW INTO, FURTHER INTO THE POST-INVESTMENT PERIOD, ASSUMING
08:36AM  16    THE GOVERNMENT DOESN'T INTEND TO GO BACK TO IT IN REDIRECT.
08:36AM  17          IN THE EVENT THAT THEY DO, I WOULD RESERVE THE RIGHT TO GO
08:36AM  18    DEEP INTO THAT TERRITORY, BECAUSE I'M JUST TRYING TO FIND AN
08:36AM  19    APPROPRIATE BALANCE GIVEN WHAT MR. LEACH DID AND WHAT I DID.  I
08:36AM  20    THINK AS WE SIT RIGHT NOW, I THINK I'M COMFORTABLE LEAVING IT
08:36AM  21    WHERE IT IS.
08:36AM  22          THE COURT:  OKAY.  THANK YOU FOR THAT.
08:36AM  23     MR. LEACH?
08:36AM  24          MR. LEACH:  YOUR HONOR, I'D LIKE A MINUTE OR TWO TO
08:37AM  25    THINK ABOUT IT, OR MAYBE MORE THAN A MINUTE, BUT I -- MY
```

08:37AM 1    INSTINCT IS THAT I WOULD NOT INTEND TO GO BACK TO THE CRAMER

08:37AM 2    INTERVIEW OR THE "TODAY SHOW" INTERVIEW OR THE APRIL 2016

08:37AM 3    MEETING.

08:37AM 4        I DO THINK THAT THE DEFENSE, BY EXPLORING A NUMBER OF

08:37AM 5    ISSUES FROM THAT MEETING, OPENED THE DOOR TO A NUMBER OF

08:37AM 6    ISSUED, BUT I'M NOT INTENDING TO PRESS IT RIGHT NOW BASED ON

08:37AM 7    COUNSEL'S REPRESENTATION.  I'D LIKE A LITTLE TIME TO THINK

08:37AM 8    ABOUT THAT, BUT THAT'S WHERE I'M TRENDING.

08:37AM 9            THE COURT:  OKAY.  WELL, THANK YOU.  THAT'S HELPFUL

08:37AM 10   I THINK FOR ALL OF US.  WE'RE NOT GOING TO GET TESTIMONY TODAY,

08:37AM 11   SO THIS IS HELPFUL ALSO FOR GAUGING THE LENGTH OF

08:37AM 12   MS. PETERSON'S -- THE REST OF HER, THE BALANCE OF HER

08:37AM 13   TESTIMONY.

08:37AM 14           MR. WADE:  AND WE'RE PREPARED TO MOVE AS QUICKLY AS

08:37AM 15   WE CAN ON THAT.  WE HAVE A FEW ITEMS TO GO, BUT --

08:37AM 16           THE COURT:  SURE.

08:37AM 17           MR. WADE:  -- THE COURT WILL KNOW THAT I WILL NOT BE

08:38AM 18   BRINGING MY MULTIPLE BINDERS UP, I JUST HAVE A FEW EXHIBITS TO

08:38AM 19   GO THROUGH WITH THE WITNESS.

08:38AM 20           THE COURT:  IT'S A GOOD TIME TO SEGUE TO FOLDERS

08:38AM 21   FROM BINDERS.

08:38AM 22           MR. WADE:  THAT'S KIND OF WHERE I WAS HEADED,

08:38AM 23   YOUR HONOR.

08:38AM 24           THE COURT:  OKAY.

08:38AM 25           MR. LEACH:  THERE'S A SEPARATE ISSUE WITH RESPECT TO

08:38AM  1    MS. PETERSON, YOUR HONOR.  IT DIDN'T COME UP YESTERDAY, BUT

08:38AM  2    AFTER REVIEWING THE TRANSCRIPT, I WANTED TO RAISE IT.

08:38AM  3        THERE WERE A NUMBER OF -- PRIOR TO TRIAL, THE GOVERNMENT

08:38AM  4    BROUGHT A MOTION IN LIMINE TO PRECLUDE EVIDENCE AND ARGUMENT OF

08:38AM  5    VICTIM BLAMING.  THE COURT GRANTED THAT MOTION AT PAGE 80 TO 82

08:38AM  6    OF ITS MOTION IN LIMINE ORDER.  THE COURT INSTRUCTED THE

08:38AM  7    DEFENSE IF IT WAS GOING TO GET INTO AREAS WHERE IT WAS BLAMING

08:38AM  8    THE VICTIM, TO FRONT THAT TYPE OF EVIDENCE.

08:38AM  9        YESTERDAY DURING THE CROSS-EXAMINATION, THE DEFENSE ASKED

08:38AM  10   A NUMBER OF QUESTIONS ABOUT RDV'S DUE DILIGENCE AND COMPARED

08:38AM  11   THAT DUE DILIGENCE TO WHAT IS TYPICAL OR WHAT IS COMMON.

08:38AM  12       I THINK THE STRONGEST EXAMPLE I SAW IN THE TRANSCRIPT WAS

08:39AM  13   AT PAGE 4784 AND 4786 WHERE THE QUESTION WAS, "OFTEN IN DUE

08:39AM  14   DILIGENCE ON TECH COMPANIES, PEOPLE DO PRETTY DETAILED REVIEWS

08:39AM  15   OF INTELLECTUAL PROPERTY; ISN'T THAT RIGHT?"

08:39AM  16       I THINK THIS TYPE OF COMPARING THE QUESTIONS THAT WERE

08:39AM  17   ASKED HERE TO QUESTIONS THAT ARE TYPICALLY ASKED SERVE NO

08:39AM  18   PURPOSE OTHER THAN TO FAULT RDV'S DUE DILIGENCE, TO ESSENTIALLY

08:39AM  19   SAY THE NEGLIGENCE OF THE VICTIM IS RELEVANT HERE.

08:39AM  20       AS THE COURT KNOWS, THE NEGLIGENCE OF THE VICTIM -- OR THE

08:39AM  21   DILIGENCE OF THE VICTIM IS IRRELEVANT IN A WIRE FRAUD CASE, AND

08:39AM  22   WE THINK A CURATIVE INSTRUCTION UNDER THE CIRCUMSTANCES IS

08:39AM  23   APPROPRIATE.

08:39AM  24       THE COURT:  THANK YOU.

08:39AM  25       DO YOU WANT TO BE HEARD, MR. WADE?

08:39AM 1          MR. WADE:  THIS IS THE FIRST I'VE HEARD OF THIS

08:39AM 2   ISSUE, SO I WOULD CERTAINLY LIKE TO LOOK BACK AT THE TRANSCRIPT

08:39AM 3   HE'S REFERENCING AND THE ORDER THAT MR. LEACH IS REFERENCING.

08:39AM 4          AS THE COURT KNOWS AND AS THE WITNESS TESTIFIED, THERE'S

08:40AM 5   AN AGREEMENT THAT GOVERNS THIS RELATIONSHIP.  THAT AGREEMENT

08:40AM 6   SETS FORWARD DUE DILIGENCE RIGHTS IN CONNECTION WITH THE

08:40AM 7   INVESTMENT AND THE RIGHTS OF THE INVESTORS TO GET INFORMATION

08:40AM 8   AS PART OF THE INVESTMENT DECISION.

08:40AM 9          MATERIALITY IS AN ELEMENT OF THE OFFENSE, AND THERE'S BEEN

08:40AM 10  A SUGGESTION BY THE GOVERNMENT, IN FACT, MUCH OF THE CASE OF

08:40AM 11  THE GOVERNMENT IS ABOUT INFORMATION THAT WAS EITHER CONCEALED

08:40AM 12  OR WAYS IN WHICH INVESTORS WERE MISLED.

08:40AM 13         SO I THINK IT'S APPROPRIATE TO PROBE WHETHER THERE WERE

08:40AM 14  LIMITATIONS ON THEIR ABILITY TO GET INFORMATION IN CONNECTION

08:40AM 15  WITH THEIR INVESTMENT DECISION.

08:40AM 16         IT'S A PARTICULARLY FALSE EXERCISE TO A DEGREE IN THIS

08:40AM 17  CASE BECAUSE WE DIDN'T HAVE A DECISION-MAKER AS -- ON THE

08:40AM 18  WITNESS STAND AS I MENTIONED IN ADVANCE OF YESTERDAY, AND

08:40AM 19  OBVIOUSLY IT HAS COME UP DURING TESTIMONY.

08:40AM 20         BUT I DON'T SEE THIS AS CERTAINLY -- I DON'T SEE THIS IN

08:41AM 21  ANY WAY AS INAPPROPRIATE AND I DON'T SEE IT AS ANYTHING THAT

08:41AM 22  WARRANTS A CURATIVE INSTRUCTION.  BUT, AGAIN, I WOULD LIKE TO

08:41AM 23  LOOK AT THE PORTIONS OF THE TRANSCRIPT TO WHICH MR. LEACH

08:41AM 24  REFERS.

08:41AM 25         THE COURT:  WELL, THANK YOU.

08:41AM 1    THE MOTION IN LIMINE ORDER WAS, IN ESSENCE, BLAMING THE

08:41AM 2  VICTIM, AND I UNDERSTAND MR. LEACH'S POINT HERE.

08:41AM 3    AND I THINK IT GETS PERHAPS, MR. LEACH, TO ARGUMENT,

08:41AM 4  WHETHER OR NOT THE DEFENSE WOULD BE PERMITTED TO ARGUE THAT,

08:41AM 5  AND THAT'S REALLY, I THINK, THE SPIRIT OF THE MOTION IS THAT

08:41AM 6  YOU WILL NOT BE PERMITTED TO SAY, WELL, THEY DIDN'T DO DUE

08:41AM 7  DILIGENCE AND THEREFORE IT'S THEIR FAULT.  THAT'S THE CLASSIC

08:41AM 8  BLAMING THE VICTIM.

08:41AM 9    THE PROBING THAT YOU DID, AND I UNDERSTAND MR. LEACH'S

08:41AM 10  COMMENT IN RAISING IT NOW, PERHAPS SUGGESTS -- AND MAYBE THIS

08:41AM 11  IS PROPHYLACTIC -- THAT, GEE, JUDGE, ARE YOU GOING TO LET THEM

08:41AM 12  ARGUE THAT?

08:41AM 13    AND I THINK WHEN YOU LOOK AT THE ORDER IN DOCKET 798, I

08:42AM 14  GRANTED THE MOTION PRECLUDING THE BLAMING THE VICTIM, IF YOU

08:42AM 15  WILL, WHICH WOULD PRECLUDE THAT TYPE OF ARGUMENT.

08:42AM 16    NOW, WHETHER OR NOT THE EVIDENCE NOW SHOULD REMAIN STATIC

08:42AM 17  FOR WHATEVER PURPOSE, WE CAN'T UNRING THE BELL, AS WE KNOW.

08:42AM 18  BUT FURTHER INQUIRY ON THAT SHOULDN'T BE HAD.  I THINK YOU'VE

08:42AM 19  HAD AN OPPORTUNITY TO RAISE THE POINT, WHAT SHE DID, WHAT SHE

08:42AM 20  DIDN'T DO.

08:42AM 21    THERE WAS NO OBJECTION DURING THAT TESTIMONY ABOUT THAT,

08:42AM 22  SO THE RECORD -- THE EVIDENCE IS THERE.

08:42AM 23    BUT WHAT TO DO WITH THE EVIDENCE NOW, WITH THE TESTIMONY

08:42AM 24  IS I THINK WHAT THE SPIRIT OF THE COURT'S RULING ON THE

08:42AM 25  IN LIMINE MOTION WAS THAT THE GOVERNMENT -- THAT THE DEFENSE

4882

08:42AM 1    CAN'T ARGUE A LACK OF DUE DILIGENCE AS A DEFENSE IN THE CASE.

08:42AM 2              MR. WADE:  AGAIN, I'D LIKE TO --

08:42AM 3              THE COURT:  BLAMING THE VICTIM, OF COURSE.

08:42AM 4              MR. WADE:  YEAH, WE'RE NOT IN ANY WAY TRYING TO

08:42AM 5    BLAME THE VICTIM.

08:43AM 6         WE'RE JUST TRYING TO GIVE CONTEXT TO THE INVESTMENT

08:43AM 7    DECISION THAT WAS MADE AND THE CONTRACTUAL RIGHTS UNDER THE

08:43AM 8    AGREEMENT.

08:43AM 9         BUT I UNDERSTAND THE COURT'S COMMENTS AND I WANT TO LOOK

08:43AM 10   BACK -- AS THE COURT UNDOUBTEDLY RECALLS, IT'S A PRETTY LENGTHY

08:43AM 11   ORDER, AND SO I WANT TO LOOK BACK AT THE PARTICULAR PORTION

08:43AM 12   THAT IS CITED.  BUT I CAN'T IMAGINE THAT WE'LL MAKE THE

08:43AM 13   ARGUMENT OF THE KIND THAT WOULD CONCERN THE GOVERNMENT.

08:43AM 14        OBVIOUSLY WE'LL ARGUE MATERIALITY, OR MAY ARGUE

08:43AM 15   MATERIALITY, AND WE MAY ARGUE I THINK MUCH OF THE CASE IS ABOUT

08:43AM 16   THE INFORMATION THAT WAS AVAILABLE TO INVESTORS AND WHAT THEY

08:43AM 17   KNEW AND DIDN'T KNOW AND WHAT THEY UNDERSTOOD AND DIDN'T

08:43AM 18   UNDERSTAND.

08:43AM 19        SO OBVIOUSLY THAT'S GOING TO BE FAIR GAME.

08:43AM 20             MR. LEACH:  JUST TO BE CLEAR, YOUR HONOR, THE

08:43AM 21   QUESTIONS WENT FURTHER THAN WHAT DID YOU KNOW, WHAT DID YOU NOT

08:43AM 22   KNOW.

08:43AM 23        IT WENT INTO COMPARING IT TO WHAT IS TYPICAL.  THE IMPORT

08:43AM 24   IS THAT YOU DIDN'T LIVE UP TO A STANDARD OF CARE AND YOU WERE

08:43AM 25   NEGLIGENT OR RECKLESS.

4883

08:43AM 1       THE WORDS "DUE DILIGENCE" ARE NOT GOING TO BE IN THE JURY

08:43AM 2   INSTRUCTIONS, OR THE GOVERNMENT'S POSITION IS THAT IT SHOULD

08:44AM 3   NOT BE IN THE JURY INSTRUCTIONS.

08:44AM 4       SO I THINK THE IMPORT OF THE QUESTIONS WENT A LOT FURTHER

08:44AM 5   THAN SIMPLY, WHAT DID YOU KNOW AND WHAT DID YOU NOT KNOW AND

08:44AM 6   WHAT DID THE CONTRACT SAY?

08:44AM 7       WE WOULD PREFER A CURATIVE INSTRUCTION NOW, BUT I THINK

08:44AM 8   THIS IS SOMETHING THAT WE'LL BE PARTICULARLY ALIGNED TO AT THE

08:44AM 9   FINAL INSTRUCTION PHASE AND THE LIMITS ON ARGUMENT.

08:44AM 10          THE COURT:  SURE.  I APPRECIATE THAT.

08:44AM 11      JURY INSTRUCTIONS ARE INTERESTING CREATURES, AREN'T THEY?

08:44AM 12  THEY SOMETIMES ARE HELPFUL, BUT SOMETIMES THEY HAVE JUST THE

08:44AM 13  OPPOSITE EFFECT OF DRAWING ATTENTION --

08:44AM 14          MR. LEACH:  TRUE.

08:44AM 15          THE COURT:  -- TO TESTIMONY, PARTICULARLY IN A LONG

08:44AM 16  TRIAL THAT -- AND PARTICULARLY IN A LONG TRIAL THAT SEEMS TO BE

08:44AM 17  BROKEN UP BY EVENTS THAT WE HAVE NO CONTROL OVER.

08:44AM 18      (LAUGHTER.)

08:44AM 19          THE COURT:  ALL RIGHT.  WELL, THANK YOU FOR THAT.

08:44AM 20  AND THANKS FOR YOUR DISCUSSION.

08:44AM 21      ANYTHING FURTHER ON THE PETERSON DOCUMENT THEN?  IT SOUNDS

08:44AM 22  LIKE MR. WADE IS NOT GOING TO GO INTO THIS.  YOU WOULD LIKE

08:45AM 23  TIME TO LOOK AT THIS?

08:45AM 24          MR. LEACH:  I WOULD LIKE A LITTLE BIT MORE TIME TO

08:45AM 25  THINK ABOUT IT, BUT ABSENT FURTHER WORD, I DON'T INTEND TO GO

```
08:45AM   1    BACK TO IT.

08:45AM   2              THE COURT:  THANK YOU.

08:45AM   3         AND THEN EISENMAN, DO WE WANT TO TALK A LITTLE BIT ABOUT

08:45AM   4    THAT?  IT SOUNDS LIKE, WITH OUR SCHEDULE, HE WILL NOT BE

08:45AM   5    TESTIFYING FOR SOME TIME.  MR. BOSTIC, IS THAT CORRECT?

08:45AM   6              MR. BOSTIC:  YES, YOUR HONOR.

08:45AM   7         MR. EISENMAN UNFORTUNATELY IS NOT AVAILABLE NEXT WEEK.  HE

08:45AM   8    WILL BE OUT OF THE COUNTRY, SO HE WON'T BE TESTIFYING IN THE

08:45AM   9    NEXT TEN DAYS OR SO.

08:45AM  10              THE COURT:  THANK YOU.  ALL RIGHT.

08:45AM  11         MS. KRATZMANN, DO YOU WANT TO CHECK IF OUR JURORS ARE

08:45AM  12    HERE?

08:45AM  13              THE CLERK:  YES, YOUR HONOR.

08:45AM  14              THE COURT:  THANK YOU.

08:45AM  15              THE CLERK:  SO I'VE LOOKED AT THE DOCUMENTS, THE

08:45AM  16    EMAILS AND THINGS THAT WERE PROVIDED TO ME YESTERDAY, INCLUDING

08:45AM  17    THE REDACTIONS THAT MR. DOWNEY SUGGESTED.

08:45AM  18         MR. BOSTIC, WHAT -- DO YOU HAVE ANY COMMENT ON ANY OF

08:45AM  19    THIS?

08:45AM  20              MR. BOSTIC:  YES, YOUR HONOR.  THANK YOU.

08:45AM  21         I'VE HAD A CHANCE TO REVIEW THOSE REDACTIONS AS WELL.  I

08:45AM  22    DON'T SEE WHAT IS INAPPROPRIATE ABOUT THAT EVIDENCE, AND I

08:46AM  23    THINK BEFORE FULLY RESPONDING I SHOULD GIVE MR. DOWNEY A CHANCE

08:46AM  24    TO ARTICULATE WHY THAT LANGUAGE IS INADMISSIBLE.

08:46AM  25         I WENT BACK AND FURTHER REVIEWED THE COURT'S MOTION IN
```

08:46AM 1    LIMINE RULING ON A RELATED TOPIC, WHICH WAS THE ADMISSIBILITY

08:46AM 2    OF PATIENT HARM, DOWNSTREAM FINANCIAL, EMOTIONAL PHYSICAL HARM

08:46AM 3    RESULTING FROM INACCURATE TEST RESULTS IN THIS CASE.  THAT'S

08:46AM 4    SOMETHING THAT THE DEFENSE MOVED TO EXCLUDE BEFORE TRIAL.

08:46AM 5        TO MY KNOWLEDGE, THE DEFENSE HAS NOT RAISED THE ISSUE OF

08:46AM 6    INVESTOR SIDE FINANCIAL HARM OR A SIMILAR ISSUE ON THE INVESTOR

08:46AM 7    SIDE.

08:46AM 8        THOSE TWO PARTS OF THE CASE ARE DIFFERENT.  AND EVEN WHEN

08:46AM 9    IT COMES TO THE INVESTOR SIDE, CERTAINLY THE GOVERNMENT

08:46AM 10   UNDERSTANDS THAT RULE 403 IS OPERATIVE.  IT IMPOSES A LINE AND

08:46AM 11   THERE IS A POINT BEYOND WHICH THE POTENTIAL PREJUDICIAL VALUE

08:46AM 12   OF EVIDENCE ABOUT HARM TO AN INVESTOR MIGHT OUTWEIGH ITS

08:47AM 13   PROBATIVE VALUE.  THE GOVERNMENT UNDERSTANDS THAT.

08:47AM 14       THE COURT IN RULING ON THE PATIENT HARM MOTION NOTED THAT

08:47AM 15   THERE WAS NO NEED TO TAKE AN ALL OR NOTHING APPROACH,

08:47AM 16   RECOGNIZING THAT THIS WAS A LINE DRAWING ISSUE.

08:47AM 17       HERE, I JUST DON'T SEE HOW THE LANGUAGE THAT THE DEFENSE

08:47AM 18   HAS HIGHLIGHTED COMES ANYWHERE CLOSE TO AN APPROPRIATE LINE.

08:47AM 19       MR. EISENMAN IN TALKING ABOUT CHANGES IN LIFE CIRCUMSTANCE

08:47AM 20   AS AN EXPLANATION FOR WHY HE'S SEEKING MORE INFORMATION FROM

08:47AM 21   MS. HOLMES.  IT DOESN'T HAVE ANYTHING TO DO WITH FINANCIAL HARM

08:47AM 22   TO HIM OR DOWNSTREAM EFFECT OF A LOSS.  IN FACT, ALL OF THE

08:47AM 23   COMMUNICATIONS INVOLVED HERE ARE BEFORE ANY LOSS ACTUALLY

08:47AM 24   OCCURRED.

08:47AM 25       THEY'RE SIMPLY, LIKE I SAID, TO PROVIDE BACKGROUND AND

08:47AM 1   CONTEXT FOR HIS REQUEST FOR MORE TRANSPARENCY AND DISCLOSURES

08:47AM 2   FROM THE COMPANY.

08:47AM 3            THE COURT:  MR. DOWNEY?

08:47AM 4            MR. DOWNEY:  WELL, YOUR HONOR, I THINK THERE IS AN

08:47AM 5   ARTICULATION -- THERE ARE PROBABLY THREE ISSUES.

08:47AM 6       I THINK WE'RE PRETTY CLOSE TO AGREEING THAT VICTIM IMPACT,

08:48AM 7   WHETHER IT AFFECTS A PATIENT IN THE PATIENT CASE OR WHATEVER

08:48AM 8   THE EFFECT IS IN THE INVESTMENT CASE, IS NOT SOMETHING THAT

08:48AM 9   SHOULD COME IN, AND ALLOWING WITNESSES TO REHEARSE WHAT EFFECT

08:48AM 10  IT HAS HAD ON THEM, THEIR LIVES, ET CETERA, WILL ENGENDER

08:48AM 11  SYMPATHY, BUT IT'S ACTUALLY NOT RELEVANT TO WHETHER THERE'S AN

08:48AM 12  OFFENSE.  SO IT HAS 401 AND 403 IMPLICATIONS.

08:48AM 13      THE STATEMENT OF HIS MOTIVE AS TO WHY HE IS SEEKING

08:48AM 14  INFORMATION HERE HAS ALL OF THE SAME CONSEQUENCES.  IF THE

08:48AM 15  ARGUMENT THAT THE GOVERNMENT WANTS TO MAKE IS HE WAS SEEKING

08:48AM 16  INFORMATION BECAUSE IT WAS RELEVANT TO HIS RETIREMENT, IF HE

08:48AM 17  WAS SEEKING INFORMATION BECAUSE HE WANTED TO BUY SOMETHING FOR

08:48AM 18  HIS GRANDDAUGHTER, THAT HAS NOTHING TO DO WITH THE TRANSACTIONS

08:48AM 19  BETWEEN HIM AND THERANOS IN TERMS OF HIS REQUEST AND THEIR

08:48AM 20  REACTIONS TO IT.

08:48AM 21      WHAT IS RELEVANT TO THAT IS THE AGREEMENTS THAT GOVERN

08:48AM 22  THAT, THEIR BEHAVIOR, COMPARABLE BEHAVIOR TOWARDS OTHER

08:49AM 23  SHAREHOLDERS, YOU KNOW, WHAT HE ARTICULATED AS HIS REASON FOR

08:49AM 24  NEEDING THAT INFORMATION UNDER THOSE AGREEMENTS.

08:49AM 25      THE FACT THAT HE IS SAYING TO THEM IN REALTIME, YOU KNOW,

08:49AM 1   THIS IS SO I CAN PLAN FOR MY RETIREMENT WHEN HE HAS NO -- WE'RE

08:49AM 2   NOT TALKING ABOUT A PUBLIC COMPANY HERE.  HE HAS NO RIGHT TO

08:49AM 3   SELL THESE SHARES.  THE REASON THAT HE IS INQUIRING ABOUT IT IS

08:49AM 4   THAT HE WANTS TO SELL THE SHARES AGAINST THAT RIGHT, AND HE'S

08:49AM 5   TRYING TO GET THEM TO BUY THE SHARES FROM THEM.

08:49AM 6       YOU'LL SEE THAT, OVER TIME, THIS GENTLEMEN RECEIVED I

08:49AM 7   THINK FOUR OR FIVE OFFERS TO BUY HIS SHARES AT HUGE PREMIUMS,

08:49AM 8   YOU KNOW, FOUR OR FIVE TIMES HIS INVESTMENT AT ONE POINT,

08:49AM 9   TWENTY-FIVE TIMES HIS INVESTMENT AT ANOTHER POINT.  HE TURNED

08:49AM 10  THEM ALL DOWN BECAUSE HE WANTED A BETTER PRICE.

08:49AM 11      TO INJECT INTO THAT A DISCUSSION ABOUT A PURPORTED EFFECT

08:49AM 12  ON HIS RETIREMENT OR ON HIS GRANDDAUGHTER I THINK IS TOTALLY

08:49AM 13  INAPPROPRIATE.

08:49AM 14      I THINK ALSO, YOUR HONOR, I WOULD SAY A 403 ISSUE, ASIDE

08:50AM 15  FROM PREJUDICE HERE, IS THERE'S A LOT OF REASON TO DOUBT THE

08:50AM 16  CREDIBILITY OF WHAT HE IS ASSERTING TOWARDS THERANOS AS HIS

08:50AM 17  PURPORTED REASONS.  I THINK IT WILL NOT BE ALL THAT DIFFICULT

08:50AM 18  FOR ME TO SHOW, BUT I SHOULDN'T HAVE TO.

08:50AM 19          THE COURT:  ALL RIGHT.  THANK YOU.

08:50AM 20      AND WHEN I LOOK AT THE SEPARATE EMAILS HERE, I THINK

08:50AM 21  THE -- LET'S SEE.  IT'S A NOVEMBER 19TH.  THIS IS 2216, PAGE 1.

08:50AM 22          MR. DOWNEY:  YES, YOUR HONOR.

08:50AM 23          THE COURT:  AND THE FIRST EMAIL, I THINK IT'S YOUR

08:50AM 24  FIRST HIGHLIGHT.

08:50AM 25          MR. DOWNEY:  YES.

4888

08:50AM 1          THE COURT:  IT SEEMS TO ME, MR. BOSTIC, THAT THE

08:50AM 2    STATEMENT "I HAVE MOST OF MY NET WORTH IN YOUR COMPANY" IS --

08:50AM 3    THAT'S, I THINK, TO COUNSEL'S POINT THAT I DON'T KNOW WHAT --

08:51AM 4    HOW HELPFUL THAT IS.

08:51AM 5          MR. BOSTIC:  I NOTICED THAT LINE AS WELL,

08:51AM 6    YOUR HONOR.

08:51AM 7          I THINK IN ALL OF THE DEFENSE'S PROPOSED REDACTIONS,

08:51AM 8    THAT'S THE ONE LINE THAT I THINK COMES CLOSEST TO THIS GREY

08:51AM 9    AREA WHERE REDACTION MIGHT BE APPROPRIATE.

08:51AM 10         I STILL DON'T THINK IT'S IN THAT ZONE.  AGAIN, THIS IS

08:51AM 11   BEFORE THE LAUNCH OR -- I'M SORRY.  THIS IS BEFORE THE ACTUAL

08:51AM 12   LOSS OCCURS.

08:51AM 13         SO THIS ISN'T ABOUT THE AMOUNT OF HARM SUFFERED BY THIS

08:51AM 14   PARTICULAR WITNESS.

08:51AM 15         TO THE EXTENT THAT HE IS ASKED TO COMMENT ON THAT LINE, I

08:51AM 16   EXPECT HE WOULD EXPLAIN THAT THAT COMMENT IS BASED ON HIS

08:51AM 17   CURRENT UNDERSTANDING OF THE INCREASED VALUE OF HIS STAKE IN

08:51AM 18   THERANOS AT THAT TIME.

08:51AM 19         SO I DON'T THINK THIS IS THE SAME AS SAYING THAT LOSING

08:51AM 20   THE THERANOS INVESTMENT WOULD RESULT IN HIM LOSING MOST OF HIS

08:51AM 21   NET WORTH.  I DON'T THINK THAT'S HIS CLAIM FOR WHAT THAT'S

08:52AM 22   WORTH.

08:52AM 23         BUT TO THE EXTENT THAT THE COURT THINKS THAT LINE IS

08:52AM 24   PROBLEMATIC, IT'S NOT A CENTRAL PART OF THIS EXHIBIT OR THE

08:52AM 25   ACCOMPANYING TESTIMONY.

08:52AM  1          I JUST THINK THAT, YOU KNOW, BY WAY OF PROVIDING CONTEXT

08:52AM  2     FOR THE REASON WHY HE WANTED MORE INFORMATION, I DON'T THINK

08:52AM  3     IT'S INAPPROPRIATE FOR HIM TO HAVE SAID THAT TO MR. BALWANI.  I

08:52AM  4     DON'T THINK IT'S INAPPROPRIATE FOR THE JURY TO KNOW THAT THAT'S

08:52AM  5     WHY HE WAS EXPLAINING -- OR THAT'S HOW HE WAS EXPLAINING HIS

08:52AM  6     NEED FOR ADDITIONAL INFORMATION.

08:52AM  7          THE COURT:  I FIND THAT THAT FIRST "I HAVE MOST OF

08:52AM  8     MY NET WORTH IN YOUR COMPANY," PERIOD, I THINK I WOULD BE

08:52AM  9     INCLINED TO STRIKE THAT.

08:52AM 10          MR. DOWNEY, I'M NOT SO CERTAIN ABOUT THE REMAINDER OF

08:52AM 11     THAT, IF THAT REALLY HAS THE NEGATIVE IMPACT THAT YOU SUGGEST.

08:52AM 12          LET ME TURN TO 2468.

08:53AM 13          MICHELLE, ARE THEY HERE?

08:53AM 14          (DISCUSSION OFF THE RECORD.)

08:53AM 15          THE COURT:  I'M SORRY, WE'RE BACK AT 2468.

08:53AM 16          LET ME ASK YOUR COMMENT, MR. DOWNEY, I THINK YOU'VE

08:53AM 17     HIGHLIGHTED THE CAT AND MOUSE LINE.

08:53AM 18          MR. DOWNEY:  YES, YOUR HONOR.  AND THEN THERE'S A

08:54AM 19     CONTINUATION SORT OF OF THE SAME DIALOGUE THAT IS IN THE

08:54AM 20     PARAGRAPH AT THE TOP OF THE NEXT PAGE.

08:54AM 21          THIS IS SORT OF ALL PART OF THE SAME MANTRA, THAT THIS IS

08:54AM 22     MY RETIREMENT MONEY AND THAT MY DAUGHTER IS HAVING A BABY AND

08:54AM 23     CAN'T BUY A HOUSE AND NEEDS THAT LIQUIDITY.

08:54AM 24          I JUST WANTED TO GIVE A LITTLE BIT OF CONTEXT TO

08:54AM 25     MR. BOSTIC'S COMMENTS IN THE REAL WORLD.

08:54AM  1      IT IS TRUE THAT LITERALLY WHAT THIS GENTLEMAN IS SAYING IS

08:54AM  2  MY STOCK IN THERANOS AT THIS POINT IS WORTH $25 MILLION AND I

08:54AM  3  DON'T HAVE $50 MILLION WORTH OF NET WORTH.

08:54AM  4      I THINK TO ALLOW HIM TO COME IN AND SAY, YOU KNOW, IT'S

08:54AM  5  AFFECTING MY GRANDDAUGHTER, AFFECTING MY RETIREMENT, ET CETERA,

08:54AM  6  OR, YOU KNOW, AT HIS STAGE OF LIFE HAS AN EFFECT ON HIM I THINK

08:54AM  7  IS POTENTIALLY QUITE PREJUDICIAL IN A WAY THAT IS, YOU KNOW,

08:55AM  8  CONTRARY TO FACT.

08:55AM  9      BUT I DON'T THINK ALL OF THAT NEEDS TO BE REHEARSED.  I

08:55AM 10  THINK IT JUST SHOULD NOT BE PART OF THE TRIAL.

08:55AM 11          THE COURT:  THE 50 MILLION IS IN RELATION TO THE

08:55AM 12  BUYOUT.  IT LOOKS LIKE IN ONE OF THE EMAILS THERE WAS A

08:55AM 13  POTENTIAL TO SELL, BUT YOU HAD TO HAVE A NET WORTH OF

08:55AM 14  50 MILLION I THINK.  IS THAT WHAT YOU'RE REFERENCING?

08:55AM 15          MR. DOWNEY:  NO.  WHAT I'M REFERENCING, YOUR HONOR,

08:55AM 16  IS THAT HE BOUGHT HIS STOCK AT -- THE FIRST INVESTMENT THAT HE

08:55AM 17  MADE WAS OF A MILLION DOLLARS IN 2006.

08:55AM 18      BY 2013, SHARES OF THAT SAME STOCK -- IT WAS AT $3 WHEN HE

08:55AM 19  BOUGHT IT.  SHARES OF THAT SAME STOCK WERE AT $75 AND THAT'S

08:55AM 20  WHAT WALGREENS PAID AS PART OF ITS DEAL.

08:55AM 21      SO HE RECOGNIZED THAT THAT WAS THE CURRENT VALUATION THAT

08:55AM 22  SOPHISTICATED PARTIES WERE GIVING TO THE STOCK.

08:55AM 23      TO SAY WHAT HIS NET WORTH IS VALUES THAT STOCK AT

08:55AM 24  $25 MILLION AND TO SAY THAT IT'S MORE THAN HALF OF MY NET WORTH

08:56AM 25  IS TO SAY I DON'T HAVE A NET WORTH GREATER THAN $50 MILLION.

08:56AM  1           BUT THE IMPLICATION IS VERY DIFFERENT WITHIN THE EMAIL.

08:56AM  2           MR. BOSTIC:  AND, YOUR HONOR, I DON'T SEE THAT

08:56AM  3  IMPLICATION IN HERE.  I DON'T SEE THAT THIS IS HURTING ME,

08:56AM  4  YOU'RE HARMING ME.

08:56AM  5      I SEE AN EXPLANATION FOR WHY HE WANTS, AND HE WOULD SAY

08:56AM  6  NEEDS, MORE INFORMATION FROM MS. HOLMES AND FROM THERANOS.

08:56AM  7      HE WAS IN A DIFFERENT STAGE OF LIFE.  THERE'S NO REASON TO

08:56AM  8  DOUBT THE STATEMENTS ABOUT HIS DAUGHTER HAVING HAD A BABY AND

08:56AM  9  NEEDING LIQUIDITY TO BUY A HOUSE.

08:56AM 10      NEEDING LIQUIDITY IS NOT THE SAME THING AS THE KIND OF

08:56AM 11  DOWNSTREAM HARM EFFECTS THAT RUN INTO PROHIBITION UNDER

08:56AM 12  RULE 403 AND I THINK WE'RE DRIVING THE COURT'S ORDER ON THE

08:56AM 13  PATIENT SIDE.

08:56AM 14      HERE I THINK, YOU KNOW, ESPECIALLY WHEN IT COMES TO HIS

08:56AM 15  COMMENTS IT'S UNFAIR FOR YOU TO PLAY THIS CAT AND MOUSE GAME

08:56AM 16  WITH ME, I THINK -- I'M SORRY, BUT THE DEFENSE IS JUST TRYING

08:56AM 17  TO SENSOR INFORMATION THAT IS CRITICAL OF MS. HOLMES.

08:56AM 18      I DON'T THINK THAT THAT'S A PERMISSIBLE REASON TO EXCLUDE

08:57AM 19  EVIDENCE HERE.

08:57AM 20      AND I THINK IN THAT FIRST PAGE ON 2468, MR. EISENMAN KIND

08:57AM 21  OF SUMS UP WHY THIS INFORMATION IS IMPORTANT AND WHY IT SHOULD

08:57AM 22  BE ADMISSIBLE.  HE SAYS I CAN'T MAKE A RATIONAL DECISION TO

08:57AM 23  HOLD OR SELL MY STOCK WITH THE LACK OF INFORMATION THAT YOU

08:57AM 24  HAVE PROVIDED.

08:57AM 25      SO HE'S EXPLAINING WHY HE'S CONSIDERING SELLING HIS STOCK,

08:57AM 1    AND THAT INVOLVES GIVING MS. HOLMES SOME BACKGROUND ON HIS LIFE

08:57AM 2    CIRCUMSTANCES.  THAT'S WHY HE'S ASKING FOR MORE INFORMATION AND

08:57AM 3    HE'S SAYING I CAN'T WEIGH THESE OPPORTUNITIES THAT I'M BEING

08:57AM 4    PRESENTED WITH WITHOUT KNOWING WHAT IS GOING ON WITH THE

08:57AM 5    COMPANY.  PLEASE TELL ME WHAT IS GOING ON WITH THE COMPANY.

08:57AM 6              THE COURT:  THANK YOU.  ON PAGE 2 OF 2468 YOU HAVE,

08:57AM 7    MR. DOWNEY, HIGHLIGHTED NUMBER 1, WHEN I FIRST SPOKE TO

08:57AM 8    ELIZABETH OVER NINE YEARS AGO AND MADE MY INVESTMENT, SHE

08:57AM 9    THOUGHT THE COMPANY WOULD IPO AT THREE TO FIVE YEARS.

08:57AM 10             MR. DOWNEY:  YEAH, THIS WAS THE OTHER ISSUE THAT I

08:58AM 11   RAISED YESTERDAY, YOUR HONOR, YES.

08:58AM 12        THIS IS A CLAIM THAT THE GOVERNMENT IS IMPLICITLY TRYING

08:58AM 13   TO PUT IN FRONT OF THE JURY, WHICH IS A FALSE STATEMENT IN

08:58AM 14   CONNECTION WITH A PROMISE OR SUGGESTION THAT THERE WOULD BE AN

08:58AM 15   IPO.

08:58AM 16        IN FACT, THE AGREEMENT BETWEEN THESE PARTIES WAS THAT IT

08:58AM 17   WAS UNCERTAIN THAT THERE WOULD BE AN IPO AT ANY POINT IN THE

08:58AM 18   FUTURE, AND THAT ANY PROJECTIONS OF THAT WERE SUBJECT TO

08:58AM 19   CHANGE.

08:58AM 20        AND BEYOND ALL THAT, BEYOND THE FACTUAL CONTEXT, THIS IS

08:58AM 21   NOT CHARGED IN THE INDICTMENT AND NOT NOTICED UNDER 404(B).

08:58AM 22   IT'S NOT SOMETHING THAT SHOULD BE IN THE CASE.

08:58AM 23        AS I SAID TO YOUR HONOR YESTERDAY, HE ALSO WANTS TO MAKE

08:58AM 24   STATEMENTS ABOUT WHAT HE WAS TOLD WITH REGARD TO PHARMA

08:58AM 25   COMPANIES DURING 2006 TO 2010.  THAT'S FAIR GAME.  I RECOGNIZE

08:58AM  1    THAT.  THAT'S CHARGED CONDUCT IN CONNECTION WITH THE

08:58AM  2    INDICTMENT, AND IF HE WANTS TO SAY HIS KNOWLEDGE OF THAT

08:59AM  3    SOMEHOW INFORMED HIS LATER KNOWLEDGE WHEN HE MADE HIS 2016

08:59AM  4    INVESTMENT, I RECOGNIZE I HAVE TO DEAL WITH THAT.

08:59AM  5        A WHOLE NEW THEORY WHICH IS NOT PART OF THE INDICTMENT,

08:59AM  6    WHICH IS THAT HE WAS LIED TO IN CONNECTION WITH AN IPO IS NOT

08:59AM  7    SOMETHING THAT SHOULD BE INJECTED INTO THE CASE MIDWAY BY THIS

08:59AM  8    WITNESS.

08:59AM  9            MR. BOSTIC:  YOUR HONOR, ON THAT LET ME CLARIFY.  SO

08:59AM  10   IT'S NOT THE CASE THAT THE GOVERNMENT IS INJECTING A NEW THEORY

08:59AM  11   OF FRAUD HERE, NOR IS THIS 404(B).

08:59AM  12       THE GOVERNMENT AT NO TIME WILL ARGUE THAT MS. HOLMES LIED

08:59AM  13   TO MR. EISENMAN ABOUT THE LIKELIHOOD OF AN IPO OR HER INTENTION

08:59AM  14   TO PROCEED WITH AN IPO.  THAT'S NOT THE POINT OF THIS EVIDENCE.

08:59AM  15       BUT THE CONVERSATION BETWEEN MS. HOLMES AND MR. EISENMAN

08:59AM  16   ABOUT THE LIKELIHOOD OF AN IPO TOLD HIM ABOUT THE OVERALL STATE

08:59AM  17   OF THE COMPANY, TOLD HIM ABOUT THE COMMERCIAL SUCCESS AND THE

08:59AM  18   FINANCIAL HEALTH OF THE COMPANY.  IT WAS POTENTIALLY RELEVANT

08:59AM  19   TO THE STATE OF THE TECHNOLOGY.

08:59AM  20       SO THAT'S PART OF WHAT HE FACTORED IN IN MAKING HIS

09:00AM  21   INVESTMENT DECISION WAS HOW CLOSE HE UNDERSTOOD THE COMPANY TO

09:00AM  22   BE TO AN IPO.

09:00AM  23       IT WAS IMPORTANT TO HIM FOR OTHER REASONS, BUT THAT'S NOT

09:00AM  24   WHY THIS TESTIMONY ABOUT AN IPO WAS NECESSARY.

09:00AM  25       I SHOULD ALSO POINT OUT THAT MR. DOWNEY SAID THAT THIS

09:00AM 1    SHOULDN'T BE IN THE CASE.  THIS IS ALREADY IN THE CASE.

09:00AM 2         MR. TOLBERT, WHEN HE WAS ON THE STAND, TESTIFIED ABOUT HIS

09:00AM 3    2006 CONVERSATIONS WITH MS. HOLMES ABOUT THE LIKELIHOOD OF AN

09:00AM 4    IPO.

09:00AM 5         MY UNDERSTANDING OR RECOLLECTION IS THAT THE DEFENSE DID

09:00AM 6    NOT OBJECT TO THAT TESTIMONY AT THE TIME.

09:00AM 7         SO THIS IS SOMETHING THAT THE JURY HAS ALREADY HEARD

09:00AM 8    ABOUT.  IT SHOULD COME IN NOW BECAUSE IT WAS RELEVANT TO

09:00AM 9    MR. EISENMAN'S THOUGHT PROCESS AND DECISION MAKING IN DECIDING

09:00AM 10   TO INVEST.

09:00AM 11        THIS IS NOT AN ATTEMPT TO CREATE ANOTHER THEORY OF FRAUD

09:00AM 12   OR LIABILITY FOR THE DEFENDANT.

09:00AM 13             MR. DOWNEY:  THERE'S NO -- MR. TOLBERT DID NOT TRY

09:00AM 14   TO EQUATE A BIG PROMISED SOMETHING WHICH DID NOT OCCUR.

09:00AM 15   THERE'S A VERY DIFFERENT APPROACH THAT THESE WITNESSES HAVE TO

09:00AM 16   INTERPRETING THAT INFORMATION.

09:00AM 17        WHEN AN IPO IS PROJECTED HAS NOTHING TO DO WITH THIS VAGUE

09:01AM 18   THEORY OF THE, QUOTE-UNQUOTE, STATE OF THE TECHNOLOGY OR THE

09:01AM 19   STATE OF THE COMPANY.

09:01AM 20        THE GOVERNMENT IS VERY CLEAR IN SPECIFYING, AS IT MUST BE,

09:01AM 21   IN ITS INDICTMENT IN SPECIFYING WHAT THE THEORIES WERE AS TO

09:01AM 22   WHAT WAS SAID THAT WAS FALSE.

09:01AM 23        TRYING TO INJECT ALL OF THESE OTHER THEORIES UNDER THE

09:01AM 24   THEORY THAT THEY SOMEHOW SUBSTITUTE FOR THE SAME INFORMATION

09:01AM 25   WHEN THERE'S NO LOGICAL LINK I THINK IS UNFAIR CERTAINLY AT

```
09:01AM    1    THIS STAGE OF THE TRIAL.
09:01AM    2         IT'S VERY DIFFERENT FOR A WITNESS TO SAY, I HAD THIS
09:01AM    3    CONVERSATION, AND FOR A WITNESS TO SAY, I HAD THIS CONVERSATION
09:01AM    4    AND I WAS MISLED, WHICH IS WHAT THIS EMAIL IS DOING.
09:01AM    5              MR. BOSTIC:  I DISAGREE THAT THAT'S WHAT THIS EMAIL
09:01AM    6    IS DOING, YOUR HONOR.
09:01AM    7         AND I WOULD JUST POINT OUT THAT HOW A WITNESS FEELS ABOUT
09:01AM    8    A CERTAIN CONVERSATION IS NOT THE SAME THING AS HOW THE WITNESS
09:01AM    9    WILL TESTIFY NECESSARILY ABOUT THE CONVERSATION.
09:01AM   10         THIS MIGHT BE A SITUATION WHERE WE NEED TO SEE WHAT
09:01AM   11    MR. EISENMAN ACTUALLY SAYS AND WHAT THE QUESTIONS ARE ON THIS
09:01AM   12    TOPIC.
09:01AM   13              THE COURT:  WELL, IT COULD BE THAT -- AND BASED ON
09:02AM   14    YOUR REPRESENTATION, MR. BOSTIC, THAT A FOUNDATION MIGHT HAVE
09:02AM   15    TO BE LAID ABOUT HIS INVESTMENT THOUGHTS BEFORE I WOULD ALLOW
09:02AM   16    THIS TO COME IN, AND IF IT DOES COME IN, AND I'M NOT SAYING IT
09:02AM   17    IS, WHAT I'M GOING TO DO IS TO DEFER RULING ON THIS UNTIL WE
09:02AM   18    HAVE EISENMAN ON THE STAND.
09:02AM   19         BUT IF THIS DOES COME IN, AND MINDFUL OF MR. DOWNEY'S
09:02AM   20    COMMENTS, IT WOULD BE THAT I WOULD INSTRUCT THE JURY THAT THEY,
09:02AM   21    THEY CANNOT CONSIDER THIS AS PART OF THE CHARGED CONDUCT AND
09:02AM   22    THEY WOULDN'T BE PERMITTED TO CONSIDER THIS EVIDENCE WHEN THEY
09:02AM   23    CONSIDER THE CHARGED CONDUCT BECAUSE THIS DID NOT OCCUR AND
09:02AM   24    THIS WASN'T ANY MATERIALITY -- IT DID NOT HAVE MATERIALITY AS
09:02AM   25    TO THE CHARGED CONDUCT.
```

09:02AM   1        BUT THAT RUNS SOME OTHER RISKS AS WELL, BUT I JUST WANT TO

09:02AM   2   SAY THAT THAT IS, THAT IS -- IF THIS DOES COME IN, THAT IS

09:02AM   3   SOMETHING THAT I WOULD BE INCLINED TO DO TO INFORM THE JURY.

09:03AM   4        I THINK, TO MR. DOWNEY'S POINT, IT WOULD BE UNFAIR TO HAVE

09:03AM   5   THEM CONSIDER SOMETHING OUTSIDE AS PART OF MATERIALITY.

09:03AM   6        SO I JUST WANT YOU TO THINK ABOUT THAT.

09:03AM   7        I'M INFORMED THE JURY IS HERE NOW.

09:03AM   8             MR. DOWNEY:  OKAY.

09:03AM   9             THE COURT:  SO THANK YOU FOR YOUR COMMENTS ON THESE.

09:03AM  10   THAT'S HELPFUL.

09:03AM  11             MR. DOWNEY:  YOUR HONOR, COULD I JUST SAY ONE MORE

09:03AM  12   THING ABOUT THAT?

09:03AM  13             THE COURT:  YES.  SURE.

09:03AM  14             MR. DOWNEY:  IT'S THAT WE KNOW WHAT WAS PROMISED IN

09:03AM  15   CONNECTION WITH AN IPO BECAUSE IT'S WRITTEN DOWN AND AGREED TO,

09:03AM  16   AND I THINK THE NOTION THAT THERE'S SOME EXTRINSIC PROMISE, I

09:03AM  17   THINK CURATIVE INSTRUCTIONS, AS YOUR HONOR COMMENTED, WITH

09:03AM  18   RESPECT TO ANOTHER ISSUE A FEW MOMENTS AGO, THEY CAN SERVE

09:03AM  19   MULTIPLE PURPOSES.

09:03AM  20        I DON'T THINK AND -- AND HAVE MULTIPLE EFFECTS.  I DON'T

09:03AM  21   THINK IT'S SUFFICIENT HERE.

09:03AM  22             THE COURT:  OKAY.

09:03AM  23             MR. DOWNEY:  THANK YOU, YOUR HONOR.

09:03AM  24             THE COURT:  HOPEFULLY WE WON'T HAVE TO GET TO THAT,

09:03AM  25   BUT WE'LL SEE.

| | | |
|---|---|---|
| 09:03AM | 1 | MR. DOWNEY:  THANK YOU. |
| 09:03AM | 2 | THE COURT:  THANK YOU. |
| 09:03AM | 3 | MR. BOSTIC:  THANK YOU. |
| 09:03AM | 4 | THE COURT:  I'LL BRING THE JURY IN NOW. |
| 09:03AM | 5 | (JURY IN AT 9:03 A.M.) |
| 09:05AM | 6 | THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE |
| 09:05AM | 7 | SEATED.  THANK YOU. |
| 09:05AM | 8 | WE'RE BACK IN SESSION IN THE HOLMES MATTER.  ALL COUNSEL |
| 09:05AM | 9 | ARE PRESENT, MS. HOLMES IS PRESENT, OUR JURY AND ALTERNATES ARE |
| 09:06AM | 10 | PRESENT. |
| 09:06AM | 11 | GOOD MORNING, LADIES AND GENTLEMEN. |
| 09:06AM | 12 | I THINK YOU'VE PROBABLY HEARD BY NOW THE SITUATION IN OUR |
| 09:06AM | 13 | COURTHOUSE.  I BELIEVE ABOUT A BLOCK NORTH OF US THERE'S A HOLE |
| 09:06AM | 14 | IN THE GROUND, AND I UNDERSTAND THERE'S A WATER PIPE THAT'S |
| 09:06AM | 15 | BEING REPAIRED.  THAT PIPE SUPPLIES WATER TO THIS COURTHOUSE. |
| 09:06AM | 16 | I'M INFORMED THAT THERE'S -- WATER IS OUT FOR THE ENTIRE BLOCK. |
| 09:06AM | 17 | WE HAVE NO WATER IN THE COURTHOUSE TODAY. |
| 09:06AM | 18 | I RECEIVED A MESSAGE EARLIER FROM SAN FRANCISCO, THE |
| 09:06AM | 19 | HEADQUARTERS FOR THE NORTHERN DISTRICT, AND I WAS INFORMED THAT |
| 09:06AM | 20 | THIS BUILDING WILL BE SHUT DOWN, AND WE WERE ORDERED TO |
| 09:06AM | 21 | EVACUATE THE BUILDING IMMEDIATELY, AND THAT WAS A FEW MINUTES |
| 09:06AM | 22 | AGO. |
| 09:06AM | 23 | SO WE WILL NOT BE ABLE TO HAVE OUR TRIAL TODAY, AND I |
| 09:06AM | 24 | APOLOGIZE FOR THOSE OF YOU WHO TRAVELLED, THOSE OF YOU WHO CAME |
| 09:06AM | 25 | TO COURT.  WE'RE NOT GOING TO, BECAUSE OF HEALTH REASONS, OF |

| | | |
|---|---|---|
| 09:06AM | 1 | COURSE, FOR LACK OF WATER, WE CAN'T -- I CAN'T KEEP YOU HERE, |
| 09:07AM | 2 | AND I'M NOT GOING TO ASK YOU TO DO THAT, AND I'VE BEEN ORDERED |
| 09:07AM | 3 | AND NOT TO DO THAT. |
| 09:07AM | 4 | SO WE WILL ADJOURN TODAY FOR WHAT WILL BE A LONG WEEKEND. |
| 09:07AM | 5 | I'D LIKE TO GO OVER WITH YOU OUR SCHEDULE, IF I MAY. |
| 09:07AM | 6 | I THINK -- ADRIANA, DO THEY HAVE THE SCHEDULES? |
| 09:07AM | 7 | THE CLERK:  NO, THEY DON'T, YOUR HONOR. |
| 09:07AM | 8 | THE COURT:  I'LL PROVIDE YOU A SCHEDULE, |
| 09:07AM | 9 | MS. KRATZMANN WILL PROVIDE YOU WITH A SCHEDULE. |
| 09:07AM | 10 | OUR NEXT SESSION WILL BE TUESDAY, NOVEMBER 2ND, TUESDAY |
| 09:07AM | 11 | NOVEMBER 2ND. |
| 09:07AM | 12 | WE'LL BE IN SESSION WEDNESDAY, THE 3RD.  EXCUSE ME. |
| 09:07AM | 13 | AND THEN THURSDAY, THE 4TH.  THE 4TH WILL BEGIN AT 9:30. |
| 09:07AM | 14 | THE OTHER DAYS WILL BEGIN AT 9:00 A.M. |
| 09:07AM | 15 | FRIDAY THERE'S NO TRIAL. |
| 09:07AM | 16 | THE 9TH AND 10TH WE'LL HAVE TRIAL. |
| 09:07AM | 17 | THERE'S NO TRIAL ON THE 11TH AND 12TH. |
| 09:07AM | 18 | THE 15TH, THAT'S A MONDAY, WE WILL BE IN SESSION IN THE |
| 09:07AM | 19 | MORNING. |
| 09:07AM | 20 | AND TUESDAY WE'LL BE IN SESSION REGULAR.  THAT'S THE 16TH. |
| 09:08AM | 21 | THE 17 TH, WE'LL START AT 9:00.  WE'LL HAVE A BREAK FROM |
| 09:08AM | 22 | 10:30 TO 11:30, AND THEN WE'LL BE IN SESSION. |
| 09:08AM | 23 | AND WE'LL BE IN SESSION ON THE 18TH AND 19TH.  EXCUSE ME. |
| 09:08AM | 24 | THE 22ND IS MONDAY.  IN THE MORNING, WE'LL BE IN SESSION. |
| 09:08AM | 25 | THE 23RD WILL BE ALL DAY, AND THAT WILL BE THE BALANCE OF |

09:08AM   1    THE TRIAL.  THAT'S THANKSGIVING WEEK.  SO WE WON'T BE IN TRIAL

09:08AM   2    WEDNESDAY, THURSDAY, OR FRIDAY THAT WEEK.

09:08AM   3         THE 29TH IN THE MORNING, THAT'S MONDAY MORNING.

09:08AM   4         AND THEN THE 30TH OF NOVEMBER, ALL DAY.

09:08AM   5         I'M GOING TO, AND I'D LIKE TO ASK YOU, BECAUSE OF THESE

09:08AM   6    BREAKS -- AND OF COURSE THIS WAS UNPLANNED AND WHO KNEW WHAT

09:08AM   7    WOULD HAPPEN TODAY -- I AM GOING TO TALK TO COUNSEL, BUT I WANT

09:08AM   8    TO SUGGEST TO YOU, IT MAY BE THAT I'M GOING TO ASK IF WE CAN GO

09:08AM   9    UNTIL 4:00 O'CLOCK ON OUR REGULAR DAYS, AND MAYBE EVEN EXTEND

09:09AM  10    UNTIL 5:00 O'CLOCK IF WE CAN.

09:09AM  11         I DON'T LIKE TO -- I TYPICALLY LET JURORS GO BEFORE

09:09AM  12    5:00 O'CLOCK HOPING TO AVOID TRAFFIC SITUATIONS, SO IT MAY BE

09:09AM  13    WE'LL END AT 4:45, SOMETHING LIKE THAT.  BUT I WOULD LIKE TO

09:09AM  14    EXTEND OUR DAYS A BIT, IF IT COMPORTS WITH YOUR SCHEDULES, JUST

09:09AM  15    SO WE CAN CAPTURE SOME TIME.

09:09AM  16         I DO THINK THAT WE HAVE SOME MOMENTUM GOING.  I DID TALK

09:09AM  17    WITH THE LAWYERS THIS MORNING, AND WE WERE TALKING ABOUT

09:09AM  18    WITNESS SCHEDULING, AND I THINK IF WE EXTEND OUR DAYS A LITTLE

09:09AM  19    BIT, I THINK THAT WOULD BE HELPFUL TO THE TRIAL PROCESS AND

09:09AM  20    COMING TO A CULMINATION WITHIN THE SCHEDULE THAT I ANNOUNCED TO

09:09AM  21    YOU AT THE START OF THE TRIAL.

09:09AM  22         SO THAT'S OUR SCHEDULE.  MS. KRATZMANN WILL PROVIDE YOU

09:09AM  23    WITH HARD COPIES OF THIS SCHEDULE AND SHE'LL EMAIL IT TO YOU

09:09AM  24    AND GET THAT TO YOU.

09:09AM  25         COUNSEL, ANY COMMENTS REGARDING THE SCHEDULE?

| | | |
|---|---|---|
| 09:09AM | 1 | MR. SCHENK:  NO, YOUR HONOR. |
| 09:09AM | 2 | MR. DOWNEY:  NOTHING FROM US, YOUR HONOR. |
| 09:09AM | 3 | THE COURT:  OKAY.  ANYTHING FURTHER BEFORE I -- |
| 09:09AM | 4 | MR. SCHENK:  NO, YOUR HONOR. |
| 09:09AM | 5 | MR. DOWNEY:  NO, YOUR HONOR. |
| 09:09AM | 6 | THE COURT:  OKAY.  SO, LADIES AND GENTLEMEN, I |
| 09:09AM | 7 | APOLOGIZE FOR THE PROBLEMS, AND THANK YOU FOR COMING HERE. |
| 09:10AM | 8 | I THINK MS. KRATZMANN HAD DONUTS FOR YOU.  I HOPE YOU CAN |
| 09:10AM | 9 | TAKE A DONUT AS A PARTING GIFT ON YOUR WAY OUT AND ENJOY THAT. |
| 09:10AM | 10 | BUT LET ME REMIND YOU AGAIN OF THE ADMONITION. |
| 09:10AM | 11 | PLEASE, OVER THE LONG BREAK, PLEASE AVOID AND DO NOT DO |
| 09:10AM | 12 | ANY RESEARCH ON ANYTHING ABOUT THIS CASE, AVOID ANY |
| 09:10AM | 13 | COMMUNICATIONS, MEDIA DISCUSSIONS ABOUT ANYTHING TO DO WITH |
| 09:10AM | 14 | THIS CASE. |
| 09:10AM | 15 | IF YOU DO COME ACROSS SOMETHING INADVERTENTLY, YOU'LL TELL |
| 09:10AM | 16 | ME ABOUT IT NEXT TUESDAY WHEN I ASK YOU THAT. |
| 09:10AM | 17 | SO PLEASE ENJOY YOUR TIME OFF.  I APOLOGIZE FOR THE DELAY. |
| 09:10AM | 18 | I JUST WANT TO ASSURE YOU, I'VE TALKED WITH COUNSEL ABOUT |
| 09:10AM | 19 | THIS, THAT IS, THE SCHEDULING, AND WE'RE ALL EARNESTLY PUTTING |
| 09:10AM | 20 | OUR HEADS TOGETHER TO SEE IF WE CAN PROMOTE AND ENGAGE A |
| 09:10AM | 21 | SCHEDULE THAT WILL BE MORE EFFICIENT AS WE GO FORWARD. |
| 09:10AM | 22 | SO I APPRECIATE YOUR CONSIDERATION ON THAT. |
| 09:10AM | 23 | HAVE A GOOD BREAK.  WE'LL SEE YOU NEXT WEEK. |
| 09:11AM | 24 | (JURY OUT AT 9:11 A.M.) |
| 09:11AM | 25 | THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE |

09:11AM  1    SEATED.

09:11AM  2        THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT FOR THE

09:11AM  3    BREAK.

09:11AM  4        COUNSEL, ANYTHING FURTHER BEFORE WE BREAK?

09:11AM  5            MR. SCHENK:  NO.  THANK YOU.

09:11AM  6            MR. DOWNEY:  YOUR HONOR, JUST ONE HOUSEKEEPING

09:11AM  7    ITEM --

09:11AM  8            THE COURT:  SURE.

09:11AM  9            MR. DOWNEY:  -- FOR THE COURT TO CONSIDER OVER THE

09:11AM  10   BREAK.

09:11AM  11       I THINK THE COURT MENTIONED ON THE RECORD YESTERDAY THAT

09:11AM  12   THERE HAD BEEN A JUROR COMMUNICATION PERHAPS IN WRITING BY

09:11AM  13   SOMEONE ON BEHALF OF THE JURY RELATED TO DISTRACTION OR NOISE

09:11AM  14   LEVELS.

09:11AM  15       I WOULD JUST ASK THE COURT TO CONSIDER IF IT COULD BE

09:11AM  16   SHARED WITH BOTH PARTIES, AND THE COURT CAN LET US KNOW NEXT

09:12AM  17   WEEK.

09:12AM  18            THE COURT:  OKAY.  ALL RIGHT.  THAT WAS AN EMAIL, I

09:12AM  19   BELIEVE, TO MS. KRATZMANN.

09:12AM  20            MR. DOWNEY:  OKAY.

09:12AM  21            THE COURT:  RIGHT.  AND I'LL SEE IF SHE CAN FIND

09:12AM  22   THAT.

09:12AM  23            MR. DOWNEY:  GOOD.  THANKS, YOUR HONOR.

09:12AM  24            THE COURT:  ALL RIGHT.  THANK YOU.  HAVE A GOOD

09:12AM  25   BREAK.

4902

09:12AM    1              MR. SCHENK:  THANK YOU, YOUR HONOR.

09:12AM    2              THE CLERK:  COURT IS ADJOURNED.

09:12AM    3          (COURT ADJOURNED AT 9:12 A.M.)

           4

           5

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, CRR
     CERTIFICATE NUMBER 8076
17

18   _____

19   LEE-ANNE SHORTRIDGE, CSR, CRR
     CERTIFICATE NUMBER 9595
20

21       DATED:  OCTOBER 27, 2021

22

23

24

25