1

2                   UNITED STATES DISTRICT COURT

3                 NORTHERN DISTRICT OF CALIFORNIA

4                      SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,        )   CR-18-00258-EJD
6                                     )
                     PLAINTIFF,       )   SAN JOSE, CALIFORNIA
7                                     )
              VS.                     )   VOLUME 28
8                                     )
     ELIZABETH A. HOLMES,             )   NOVEMBER 4, 2021
9                                     )
                     DEFENDANT.       )   PAGES 5383 - 5597
10   _____  )

11

                  TRANSCRIPT OF TRIAL PROCEEDINGS
12            BEFORE THE HONORABLE EDWARD J. DAVILA
                  UNITED STATES DISTRICT JUDGE
13
     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                           BY:  JOHN C. BOSTIC
16                              JEFFREY B. SCHENK
                           150 ALMADEN BOULEVARD, SUITE 900
17                         SAN JOSE, CALIFORNIA 95113

18                         BY:  ROBERT S. LEACH
                                KELLY VOLKAR
19                         1301 CLAY STREET, SUITE 340S
                           OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
23                              LEE-ANNE SHORTRIDGE, CSR, CRR
                                CERTIFICATE NUMBER 9595
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
 4                                    LANCE A. WADE
                                      KATHERINE TREFZ
 5                                    PATRICK LOOBY
                                      SEEMA ROPER
 6                                    RICHARD CLEARY
                                      PATRICK LEMENS
 7                               725 TWELFTH STREET, N.W.
                                 WASHINGTON, D.C. 20005
 8

 9      ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                                 BY:  ADELAIDA HERNANDEZ
10
                                 OFFICE OF THE U.S. ATTORNEY
11                               BY:  LAKISHA HOLLIMAN, PARALEGAL
                                      MADDI WACHS, PARALEGAL
12
                                 WILLIAMS & CONNOLLY
13                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

14                               TBC
                                 BY:  BRIAN BENNETT, TECHNICIAN
15

16

17

18

19

20

21

22

23

24

25
```

5385

1

INDEX OF PROCEEDINGS

2

GOVERNMENT'S:

3


4    **CHRISTOPHER LUCAS**

DIRECT EXAM BY MR. BOSTIC                    P. 5389
5    CROSS-EXAM BY MR. DOWNEY                     P. 5446
REDIRECT EXAM BY MR. BOSTIC                  P. 5544
6    RECROSS-EXAM BY MR. DOWNEY                   P. 5554

7    **LYNETTE SAWYER**
DIRECT EXAM BY MR. LEACH                     P. 5557
8    CROSS-EXAM BY MR. WADE                       P. 5572

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        INDEX OF EXHIBITS

2

                                    IDENT.      EVIDENCE
3         GOVERNMENT'S:

4         5016                                    5395
          5095                                    5402
5         1102                                    5405
          5143                                    5411
6         5144                                    5415
          5444                                    5421
7         5446                                    5426
          5447                                    5427
8         1770, PAGES 1 AND 2                     5444
          5548                                    5537
9

10

11

          DEFENDANT'S:
12

          7366, PAGES 2 – END                     5434
13        12022                                   5454
          14213                                   5479
14        12003A                                  5484
          12051                                   5496
15        12052                                   5500
          12054                                   5503
16        12323, 12TH AND 13TH PAGES              5530
          10586                                   5579
17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 4, 2021 |
| 09:20AM | 2 | P R O C E E D I N G S |
| 09:38AM | 3 | (COURT CONVENED AT 9:38 A.M.) |
| 09:38AM | 4 | (JURY IN AT 9:38 A.M.) |
| 09:38AM | 5 | THE COURT:  WE'RE BACK ON THE RECORD IN THE HOLMES |
| 09:38AM | 6 | MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT. |
| 09:38AM | 7 | THE JURY IS PRESENT.  GOOD MORNING, LADIES AND GENTLEMEN. |
| 09:38AM | 8 | BEFORE WE START, LET ME ASK THAT QUESTION AGAIN.  THANKS |
| 09:39AM | 9 | FOR YOUR ENDURANCE. |
| 09:39AM | 10 | DURING THE RECESS, DID YOU, ANY MEMBERS OF THE JURY, HAVE |
| 09:39AM | 11 | CAUSE TO COME ACROSS ANY INFORMATION, COMMUNICATION -- AND |
| 09:39AM | 12 | SPEAK INTO THE MIKE -- WITH ANYONE OR ANYTHING TO DO WITH THIS |
| 09:39AM | 13 | CASE?  IF SO, PLEASE LET ME SEE YOUR HANDS, PLEASE. |
| 09:39AM | 14 | I SEE NO HANDS. |
| 09:39AM | 15 | THANK YOU VERY MUCH. |
| 09:39AM | 16 | BEFORE I ASK ABOUT THE NEXT WITNESS, MR. LEACH, LET ME |
| 09:39AM | 17 | JUST INQUIRE OF THE PARTIES.  DID EVERYTHING GO WELL THIS |
| 09:39AM | 18 | MORNING, WHATEVER THAT TRANSACTION WAS?  IS THERE ANYTHING THAT |
| 09:39AM | 19 | EITHER SIDE NEEDS TO DISCUSS ON THAT? |
| 09:39AM | 20 | MR. DOWNEY:  I THINK THERE IS ONE ITEM, YOUR HONOR. |
| 09:39AM | 21 | MAYBE WE CAN JUST TAKE THAT UP -- |
| 09:39AM | 22 | THE COURT:  AT A BREAK? |
| 09:39AM | 23 | MR. DOWNEY:  YEAH. |
| 09:39AM | 24 | THE COURT:  SURE. |
| 09:39AM | 25 | DOES THE GOVERNMENT HAVE A WITNESS TO CALL? |

| | | |
|---|---|---|
| 09:39AM | 1 | MR. BOSTIC: YES, YOUR HONOR. |
| 09:39AM | 2 | THE UNITED STATES CALLS CHRIS LUCAS. |
| 09:39AM | 3 | THE COURT: GOOD MORNING, SIR. IF YOU WOULD PLEASE |
| 09:40AM | 4 | WALK OVER HERE AND FACE OUR COURTROOM DEPUTY WHILE YOU RAISE |
| 09:40AM | 5 | YOUR RIGHT HAND, SHE HAS A QUESTION FOR YOU. |
| 09:40AM | 6 | THE WITNESS: SURE. |
| 09:40AM | 7 | THE CLERK: GOOD MORNING. |
| 09:40AM | 8 | THE WITNESS: GOOD MORNING. |
| 09:40AM | 9 | **(GOVERNMENT'S WITNESS, CHRISTOPHER LUCAS, WAS SWORN.)** |
| 09:40AM | 10 | THE WITNESS: YES. |
| 09:40AM | 11 | THE CLERK: THANK YOU. |
| 09:40AM | 12 | THE COURT: PLEASE HAVE A SEAT HERE, SIR. LET ME |
| 09:40AM | 13 | INVITE YOU TO MAKE YOURSELF COMFORTABLE. |
| 09:40AM | 14 | THE WITNESS: THANK YOU. |
| 09:40AM | 15 | THE COURT: YOU'RE WELCOME. |
| 09:40AM | 16 | FEEL FREE TO ADJUST THE CHAIR AND MICROPHONE AS YOU NEED, |
| 09:40AM | 17 | AND I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE. |
| 09:40AM | 18 | WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR |
| 09:40AM | 19 | NAME, AND THEN SPELL IT, PLEASE. |
| 09:40AM | 20 | THE WITNESS: SURE. MY NAME IS CHRISTOPHER LUCAS. |
| 09:40AM | 21 | C-H-R-I-S-T-O-P-H-E-R, LUCAS, L-U-C-A-S. |
| 09:40AM | 22 | THE COURT: THANK YOU. |
| 09:40AM | 23 | COUNSEL. |
| 09:40AM | 24 | MR. BOSTIC: THANK YOU, YOUR HONOR. |
| 09:40AM | 25 | **DIRECT EXAMINATION** |

BY MR. BOSTIC:

Q.   MR. LUCAS, IF YOU ARE FULLY VACCINATED AND COMFORTABLE

DOING SO, I UNDERSTAND THE COURT WILL ALLOW YOU TO TESTIFY

WITHOUT A MASK.

A.   OKAY.  THANK YOU.

Q.   I'LL REMOVE MY MASK AS WELL.

     MR. LUCAS, WERE YOU AN INVESTOR IN A COMPANY CALLED

THERANOS?

A.   YES, I WAS.

Q.   I'LL ASK YOU SOME QUESTIONS ABOUT THAT, BUT FIRST LET ME

ASK YOU SOME QUESTIONS ABOUT YOUR BACKGROUND.

     CAN YOU SUMMARIZE FOR US YOUR EDUCATION, PLEASE?

A.   SURE.  I HAVE A BACHELOR'S IN ENGINEERING FROM UCLA AND AN

MBA FROM U.S.C.

Q.   AND AFTER YOU OBTAINED THOSE DEGREES, CAN YOU SUMMARIZE

YOUR WORK HISTORY, YOUR CAREER FOR US, PLEASE?

A.   SURE.  AFTER MY MBA, I WORKED IN STARTUPS FOR QUITE SOME

TIME, BOTH AS CFO, AS WELL AS SOME SALES POSITIONS.

     AND THEN IN 1998 -- AND I'VE BEEN AROUND VENTURE

INVESTMENTS ALL OF MY LIFE.  I STARTED OUR FIRM,

BLACK DIAMOND VENTURES, IN 1998.

Q.   AND WHAT IS BLACK DIAMOND VENTURES?

A.   SO WE'RE A VENTURE CAPITAL FIRM.  WE INVEST IN TECHNOLOGY

COMPANIES, PRIMARILY SEMICONDUCTOR SOFTWARE, MEDICAL, AND

MEDICAL DEVICE.

09:42AM  1    Q.   AND HAVE YOU BEEN AFFILIATED WITH BLACK DIAMOND VENTURES

09:42AM  2    SINCE 1998?

09:42AM  3    A.   YES.

09:42AM  4    Q.   WHAT IS YOUR TITLE AT BLACK DIAMOND VENTURES?

09:42AM  5    A.   MANAGING DIRECTOR.

09:42AM  6    Q.   AND IN PLAIN TERMS, WHAT DOES THAT MEAN ABOUT YOUR ROLE AT

09:42AM  7    BLACK DIAMOND?

09:42AM  8    A.   SO I FOUNDED THE FIRM IN '98, AND OBVIOUSLY BACK -- WELL,

09:42AM  9    NOT OBVIOUSLY, BUT BACK THEN I DID MOST OF THE RESEARCH,

09:42AM 10    ANALYSIS, AND SO FORTH.

09:42AM 11         AND THEN AS WE HAD OTHER FOLKS COME INTO THE FIRM, THEY

09:42AM 12    DID MORE OF THAT, AND I WAS MORE IN A MANAGING ROLE.

09:42AM 13    Q.   AS MANAGING DIRECTOR, ARE YOU THE SENIOR MOST PERSON AT

09:42AM 14    BLACK DIAMOND VENTURES?

09:43AM 15    A.   YES.

09:43AM 16    Q.   AND IN THAT CAPACITY, HAVE YOU WORKED ON A NUMBER OF

09:43AM 17    VENTURE INVESTMENTS AT BLACK DIAMOND VENTURES?

09:43AM 18    A.   YES.

09:43AM 19    Q.   I'D LIKE TO TALK ABOUT HOW YOU APPROACH A POTENTIAL

09:43AM 20    INVESTMENT.

09:43AM 21         FIRST OF ALL, CAN YOU GIVE US AN OVERVIEW OF THE PROCESS,

09:43AM 22    IF THERE IS ONE, THAT BLACK DIAMOND VENTURES USES IN EVALUATING

09:43AM 23    A POSSIBLE INVESTMENT?

09:43AM 24    A.   SURE.   SO GENERALLY MOST OF OUR INVESTMENTS COME FROM

09:43AM 25    REFERRALS, EITHER FROM EITHER VC FIRMS OR FOLKS THAT WE KNOW.

09:43AM 1       AND THEN WE START OUR PROCESS OF -- OBVIOUSLY WE MEET THE

09:43AM 2   CEO AND ANY OF THE FOUNDING MANAGEMENT TEAM.  AND GENERALLY

09:43AM 3   THEY PUT TOGETHER MATERIALS THAT WE THEN REVIEW.

09:43AM 4       TO THE EXTENT SOMETIMES THEY PUT TOGETHER WHAT IS CALLED A

09:44AM 5   DATA ROOM WHERE THEY PUT ALL OF THE RELEVANT DOCUMENTS INTO

09:44AM 6   THAT PLACE ON A HARD DRIVE.

09:44AM 7   Q.   AND WHEN BDV IS DECIDING WHETHER TO INVEST IN A COMPANY --

09:44AM 8   WELL, LET ME ASK, WHERE IS THE -- WHERE ARE THE FUNDS COMING

09:44AM 9   FROM THAT ACTUALLY MAKE UP THE INVESTMENT IN A TYPICAL CASE?

09:44AM 10  A.   SO UNIQUELY, OUR FIRM IS COMPRISED OF ALL INDIVIDUALS, SO

09:44AM 11  IT'S FOLKS WHO HAVE THE CAPACITY AND ARE ACCREDITED INVESTORS

09:44AM 12  SO THAT THEY CAN INVEST IN DEALS LIKE THIS.

09:44AM 13  Q.   AND --

09:44AM 14  A.   AND I MAKE THE DISTINCTION THAT WE DO NOT HAVE ANY

09:44AM 15  INSTITUTIONAL INVESTORS.

09:44AM 16  Q.   UNDERSTOOD.  SO THE FIRM IS MANAGING AND IMPLEMENTING THE

09:44AM 17  INVESTMENT ON BEHALF OF THOSE INDIVIDUALS?

09:44AM 18  A.   THAT'S CORRECT.

09:44AM 19  Q.   WHEN -- CAN I CALL BLACK DIAMOND VENTURES BDV FOR SHORT?

09:45AM 20  DO YOU EVER USE THAT ABBREVIATION?

09:45AM 21  A.   YES.

09:45AM 22  Q.   WHEN BDV IS EVALUATING A POTENTIAL INVESTMENT, DO YOU

09:45AM 23  CATEGORIZE COMPANIES BASED ON HOW LONG THEY'VE BEEN AROUND AND

09:45AM 24  HOW FAR ALONG THEY ARE?

09:45AM 25  A.   WE DO.  AND IT GOES FROM SOMEONE MAY HAVE AN IDEA FOR A

LUCAS DIRECT BY MR. BOSTIC

09:45AM 1    COMPANY VERY EARLY STAGE, KIND OF THE DREAM STAGE, AND THEN UP

09:45AM 2    FROM THERE EARLY STAGE, MEDIUM STAGE, LATE STAGE WHERE LATE

09:45AM 3    STAGE IS YOU'RE ROLLING WHATEVER IT IS YOU'RE DOING OUT TO THE

09:45AM 4    MARKETPLACE AND YOU'RE NOW RAISING CAPITAL JUST TO CONTINUE

09:45AM 5    THAT PROCESS.

09:45AM 6    Q.   AND HOW DOES THAT FACTOR, THE STAGE OF GROWTH THAT A

09:45AM 7    COMPANY IS IN, HOW DOES THAT FACTOR AFFECT YOUR EVALUATION OF A

09:45AM 8    POTENTIAL INVESTMENT?

09:45AM 9    A.   SO CLEARLY EARLIER STAGE COMPANIES, IT'S MORE RISKY AND

09:46AM 10   IT'S MORE UNCERTAIN, SO WHEN YOU EVALUATE IT, YOU HOPE TO BE --

09:46AM 11   YOU HOPE TO GET A LARGER RETURN FOR THAT.

09:46AM 12       AS YOU'RE FARTHER UP THE CHAIN, MAYBE IT'S MORE CERTAIN

09:46AM 13   THAT YOU'RE GOING TO MAKE A RETURN, AND YOU AREN'T SURE HOW

09:46AM 14   MUCH, BUT YOU ARE GOING TO MAKE A RETURN AND UNLIKELY THAT

09:46AM 15   YOU'RE GOING TO LOSE MONEY.

09:46AM 16       AND SO SUBSEQUENTLY THE RETURNS ARE GENERALLY NOT AS GREAT

09:46AM 17   THAN IF YOU HAD INVESTED IN AN EARLY STAGE.

09:46AM 18   Q.   SO IN DETERMINING WHETHER TO INVEST IN EVALUATING A

09:46AM 19   POTENTIAL COMPANY, WHAT ARE YOUR PRIMARY SOURCES OF

09:46AM 20   INFORMATION?

09:46AM 21   A.   CERTAINLY INITIALLY MEETING WITH THE MANAGEMENT TEAM AND

09:46AM 22   UNDERSTANDING THE CAPABILITY OF THEM, ANALYZING THE POTENTIAL

09:46AM 23   OF WHATEVER IT IS THAT THEY'RE GOING TO DO, AND THE SIZE OF THE

09:47AM 24   MARKET, AND IS THIS WORTHWHILE AND SO FORTH.

09:47AM 25       AND THEN HOW MUCH MONEY IS IT GOING TO TAKE TO GET THE

09:47AM  1    COMPANY TO FRUITION.

09:47AM  2    Q.  I'D LIKE TO TALK ABOUT YOUR EXPERIENCE WITH THERANOS

09:47AM  3    SPECIFICALLY.

09:47AM  4        HOW WERE YOU FIRST INTRODUCED TO THE COMPANY, OR HOW DID

09:47AM  5    YOU BECOME AWARE OF THERANOS?

09:47AM  6    A.  MY UNCLE, DON LUCAS, HAS BEEN A VENTURE CAPITALIST A LONG

09:47AM  7    TIME IN THE VALLEY, AND HE HAD MET ELIZABETH EARLY ON THROUGH

09:47AM  8    ONE OF HIS FRIENDS, AND SO HE INTRODUCED HER TO ME

09:47AM  9    SUBSEQUENTLY.

09:47AM  10   Q.  DO YOU RECALL APPROXIMATELY WHEN YOU FIRST BECAME AWARE OF

09:47AM  11   THE COMPANY?

09:47AM  12   A.  APPROXIMATELY 2005, I BELIEVE, 2005, 2006.

09:47AM  13   Q.  AND AROUND THAT TIME PERIOD, DO YOU RECALL WHAT

09:48AM  14   DON LUCAS'S CONNECTION TO THERANOS WAS?

09:48AM  15   A.  WELL, AS I SAY, HE WAS INTRODUCED TO ELIZABETH, AND HE

09:48AM  16   STARTED SPENDING CONSIDERABLE TIME WITH HER, AND HE WAS VERY

09:48AM  17   EXCITED ABOUT THE OPPORTUNITY, AND THAT WAS PRETTY MUCH THE

09:48AM  18   INVOLVEMENT.

09:48AM  19       AND THEN HE TOOK IT FROM THERE.

09:48AM  20   Q.  DID DON LUCAS INVEST IN THERANOS TO YOUR KNOWLEDGE?

09:48AM  21   A.  HE DID.

09:48AM  22   Q.  AND WAS THERE A TIME WHEN DON LUCAS WAS ON THE BOARD OF

09:48AM  23   DIRECTORS FOR THERANOS?

09:48AM  24   A.  HE WAS ON THE BOARD CERTAINLY IN THE BEGINNING, AND FOR

09:48AM  25   SOME TIME HE WAS CHAIRMAN OF THE BOARD.

| | | |
|---|---|---|
| 09:48AM | 1 | MR. BOSTIC:  MAY I APPROACH, YOUR HONOR? |
| 09:48AM | 2 | THE COURT:  YES. |
| 09:48AM | 3 | BY MR. BOSTIC: |
| 09:48AM | 4 | Q.   (HANDING.) |
| 09:48AM | 5 | MR. LUCAS, I'VE HANDED YOU A BINDER OF DOCUMENTS.  I'VE |
| 09:48AM | 6 | PROVIDED THE COURT AND DEFENSE COUNSEL WITH COPIES AS WELL. |
| 09:48AM | 7 | I'LL ASK YOU TO TURN TO TAB 5016 IN THAT BINDER IF YOU |
| 09:49AM | 8 | COULD. |
| 09:49AM | 9 | DO YOU HAVE 5016 IN FRONT OF YOU? |
| 09:49AM | 10 | A.   I DO. |
| 09:49AM | 11 | Q.   DO YOU RECOGNIZE THAT DOCUMENT? |
| 09:49AM | 12 | A.   I DO. |
| 09:49AM | 13 | Q.   IS THIS AN EMAIL FROM JANUARY 2006 TO YOU ABOUT AN |
| 09:49AM | 14 | INVESTMENT IN THERANOS? |
| 09:49AM | 15 | A.   DID YOU SAY JANUARY 6TH? |
| 09:49AM | 16 | Q.   JANUARY 2006. |
| 09:49AM | 17 | A.   MAYBE I'M IN THE WRONG ONE.  THIS IS -- |
| 09:49AM | 18 | Q.   ARE YOU AT TAB 50 -- |
| 09:49AM | 19 | A.   OH, JANUARY 2006.  I'M SORRY. |
| 09:50AM | 20 | YES, YES.  JANUARY 30TH.  YEP. |
| 09:50AM | 21 | MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5016. |
| 09:50AM | 22 | MR. DOWNEY:  NO OBJECTION. |
| 09:50AM | 23 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:50AM | 24 | (GOVERNMENT'S EXHIBIT 5016 WAS RECEIVED IN EVIDENCE.) |
| 09:50AM | 25 | BY MR. BOSTIC: |

09:50AM  1    Q.   AND, MR. LUCAS, WE SEE HERE AN EMAIL HERE FROM SOMEONE

09:50AM  2    NAMED NICOLE HARPER AT FENWICK & WEST.

09:50AM  3         DO YOU SEE THAT?

09:50AM  4    A.   YES.

09:50AM  5    Q.   AND IS THAT YOUR EMAIL AT THE TOP, CHRIS@BDVENTURES AT THE

09:50AM  6    TOP?

09:50AM  7    A.   IT IS.

09:50AM  8    Q.   CAN YOU DESCRIBE FOR US WHAT WAS HAPPENING AS REFERENCED

09:50AM  9    IN THIS EMAIL IN JANUARY 2006?

09:50AM  10   A.   THIS IS REFERRING TO A SERIES B FINANCING, WHICH WE

09:50AM  11   INVESTED SOME MONEY BACK THERE AT THAT TIME.

09:50AM  12   Q.   SO THIS IS IN CONNECTION WITH AN INVESTMENT BY BDV IN

09:50AM  13   THERANOS?

09:50AM  14   A.   CORRECT.

09:50AM  15   Q.   DO YOU RECALL THE APPROXIMATE AMOUNT OF THAT INVESTMENT IN

09:50AM  16   EARLY 2006?

09:51AM  17   A.   I DO.  I BELIEVE IT WAS ABOUT 400,000.

09:51AM  18   Q.   APPROXIMATELY?

09:51AM  19   A.   APPROXIMATELY.

09:51AM  20   Q.   AND THOSE FUNDS, GENERALLY SPEAKING, WHAT WAS THE SOURCE

09:51AM  21   OF THOSE FUNDS?  DID THEY COME FROM THE INDIVIDUAL CLIENTS OF

09:51AM  22   BDV, OR WERE YOUR PERSONAL FUNDS INCLUDED IN THAT?

09:51AM  23   A.   THERE MAY HAVE BEEN SOME OF MY PERSONAL FUNDS, BUT THE

09:51AM  24   MAJORITY FROM OUR INVESTORS.

09:51AM  25   Q.   AROUND THIS TIME IN JANUARY 2006, DID YOU HAVE OCCASION TO

09:51AM   1    HAVE CONVERSATIONS WITH MS. HOLMES?

09:51AM   2    A.   YES.

09:51AM   3    Q.   WOULD THIS HAVE BEEN AROUND THE TIME WHEN YOU FIRST MET

09:51AM   4    MS. HOLMES?

09:51AM   5    A.   YES.  IF I'M RECOLLECTING PROPERLY, IT MAY HAVE BEEN A

09:51AM   6    LITTLE BIT BEFORE.  I'M JUST NOT RECALLING.

09:51AM   7    Q.   WE TALKED A LITTLE BIT BEFORE ABOUT BDV'S PROCESS FOR

09:52AM   8    EVALUATING INVESTMENTS.  FOR THIS INVESTMENT IN JANUARY OF

09:52AM   9    2006, WHAT WERE YOUR SOURCES OF INFORMATION ABOUT THERANOS

09:52AM   10   GENERALLY SPEAKING?

09:52AM   11   A.   GENERALLY IT WOULD HAVE BEEN EARLY ON THAT I MET ELIZABETH

09:52AM   12   AND -- BUT THE MAJORITY OF THE INFORMATION AT THAT TIME WAS

09:52AM   13   COMING FROM MY UNCLE, AND I THINK AT THAT TIME THERE WAS

09:52AM   14   ANOTHER INVESTOR AS WELL THAT WAS PROVIDING INFORMATION.

09:52AM   15        BUT BACK THEN IT WAS, AGAIN, WOULD HAVE BEEN ON A REFERRAL

09:52AM   16   BASIS, AND YOU WANT TO CLEARLY INVEST IN WONDERFUL

09:52AM   17   OPPORTUNITIES, AND SOMETIMES YOU DO GET THE SENSE THAT THIS IS

09:52AM   18   A GREAT OPPORTUNITY.  AND SO, YEAH, YOU'RE BEING INVITED TO

09:52AM   19   COME INTO A DEAL AND INVEST.

09:52AM   20   Q.   AND IN YOUR MIND, WHAT MADE THERANOS A WONDERFUL

09:52AM   21   OPPORTUNITY IN 2006?

09:52AM   22   A.   CERTAINLY WITH ELIZABETH, AND AGAIN, IF I HAD MET HER

09:53AM   23   AROUND THAT TIME AND SO FORTH, SHE WAS VERY PASSIONATE ABOUT

09:53AM   24   THE PROJECT, VERY SINCERE WHAT SHE WAS TRYING TO DO, WORKED ALL

09:53AM   25   OF THE TIME.  IT WAS ALL THERANOS ALL THE TIME FOR ELIZABETH.

09:53AM  1    Q.   AND IN CONNECTION WITH THAT INVESTMENT, DID YOU HAVE THE

09:53AM  2    OPPORTUNITY TO REVIEW ANY DOCUMENTATION PROVIDED BY THE

09:53AM  3    GOVERNMENT?

09:53AM  4    A.   I MAY HAVE, AND IT WAS -- AGAIN, IF IT WAS AT THIS TIME --

09:53AM  5    A RUDIMENTARY DISCUSSION OF WHAT THE COMPANY WAS TRYING TO

09:53AM  6    ACHIEVE WITH A DROP OF BLOOD AND ALL OF THE TESTS AND SO FORTH.

09:53AM  7    Q.   TELL US MORE ABOUT THAT.  BASED ON THE INFORMATION THAT

09:53AM  8    YOU HAD AT THAT TIME, WHAT WAS YOUR UNDERSTANDING OF WHERE THE

09:53AM  9    COMPANY WAS, WHAT ITS PRODUCT WAS, THINGS LIKE THAT?

09:53AM  10   A.   YEAH.  SO, SO THIS WAS AT THE TIME VERY EARLY STAGE.

09:54AM  11   ELIZABETH WAS SPENDING ALL THE TIME WITH SOME OF THE FOLKS.

09:54AM  12        SO IT IS TRULY AT THAT STAGE, YOU DON'T KNOW IF THE

09:54AM  13   COMPANY IS GOING TO BE ABLE TO COME UP WITH IT OR NOT.  YOU

09:54AM  14   TAKE A SHOT, IT SOUNDS VERY INTERESTING AND EXCITING, AND IF IT

09:54AM  15   ALL WORKED OUT, WONDERFUL.

09:54AM  16        AND IF THEY WERE NOT ABLE TO DEVELOP THE TECHNOLOGY, GIVEN

09:54AM  17   THAT THIS WAS SO EARLY STAGE, YOU KNOW, YOU TOOK YOUR CHANCE,

09:54AM  18   AND IF IT DIDN'T WORK OUT, YOU MOVE ON.

09:54AM  19   Q.   AND AS YOU UNDERSTOOD IT AT THE TIME, WHAT WAS THE

09:54AM  20   TECHNOLOGY THAT THE COMPANY WAS TRYING TO DEVELOP?

09:54AM  21   A.   SO FROM A SMALL AMOUNT OF BLOOD, A VERY SMALL AMOUNT OF

09:54AM  22   BLOOD, FINGERSTICK, THAT THE COMPANY'S TECHNOLOGY WOULD

09:54AM  23   ULTIMATELY BE ABLE TO EVALUATE AND TEST THE BLOOD CERTAINLY

09:55AM  24   WITH THE MOST OF THE GENERAL TESTS THAT WOULD BE ADMINISTRATED

09:55AM  25   BY A QUEST OR A LABCORP.

LUCAS DIRECT BY MR. BOSTIC                                    5398

09:55AM   1          BUT THE ULTIMATE VISION WAS TO HAVE ALL TESTS BE ABLE TO

09:55AM   2     TEST WITH A SMALL AMOUNT OF BLOOD.

09:55AM   3     Q.   AND BASED ON THE INFORMATION THAT YOU WERE GETTING FROM

09:55AM   4     MS. HOLMES AND THERANOS AT THIS TIME, WHAT WAS YOUR

09:55AM   5     UNDERSTANDING OF HOW FAR ALONG THAT TECHNOLOGY WAS?  WAS IT A

09:55AM   6     VERY ROUGH CONCEPT?  A DRAWING ON A NAPKIN?  WAS IT A FULLY

09:55AM   7     FINISHED PRODUCT?  OR SOMEWHERE IN BETWEEN?

09:55AM   8     A.   IT WAS CERTAINLY BEYOND A DRAWING ON A NAPKIN, BUT WE

09:55AM   9     CERTAINLY DIDN'T BELIEVE AT THAT TIME THAT IT WAS FULLY

09:55AM  10     FUNCTIONAL AND DEVELOPED.

09:55AM  11     Q.   AND FINALLY, HOW DID THAT UNDERSTANDING RELATE TO YOUR

09:55AM  12     ASSESSMENT OF THE AMOUNT OF RISK INVOLVED IN THE INVESTMENT?

09:56AM  13     A.   AT THAT POINT IT WOULD HAVE BEEN VERY HIGH RISK.

09:56AM  14     Q.   WAS THE 2006 INVESTMENT THE ONLY TIME THAT BDV INVESTED IN

09:56AM  15     THERANOS?

09:56AM  16     A.   WE INVESTED LATER THAT YEAR AS WELL, AND AGAIN IN 2013.

09:56AM  17     Q.   AND DO YOU RECALL THE AMOUNT OF THE SECOND INVESTMENT IN

09:56AM  18     2006?

09:56AM  19     A.   I BELIEVE IT WAS AROUND A MILLION AND A HALF.

09:56AM  20     Q.   AND THEN YOU SAID THERE WAS AN INVESTMENT AFTER THAT AS

09:56AM  21     WELL?

09:56AM  22     A.   YES.

09:56AM  23     Q.   AND WHEN DID THAT OCCUR?

09:56AM  24     A.   THAT OCCURRED IN DECEMBER OF 2013.

09:56AM  25     Q.   OKAY.  LET'S TALK ABOUT THE TIME PERIOD LEADING UP TO THAT

09:56AM   1      2013 INVESTMENT, IF WE COULD.

09:56AM   2           FIRST, DO YOU RECALL THE APPROXIMATE AMOUNT OF THAT 2013

09:56AM   3      INVESTMENT?

09:56AM   4      A.   YES.  ABOUT 5.4 MILLION.

09:56AM   5      Q.   SO APPROXIMATELY FIVE TO TEN TIMES THE AMOUNT OF THE

09:57AM   6      INVESTMENT IN 2006?

09:57AM   7      A.   ABOUT FOUR TIMES.

09:57AM   8      Q.   THREE TO FOUR TIMES?

09:57AM   9      A.   YEP.

09:57AM  10      Q.   FOLLOWING YOUR INITIAL CONVERSATIONS WITH MS. HOLMES IN

09:57AM  11      2006, DID YOU REMAIN IN CONTACT WITH HER?

09:57AM  12      A.   YES.

09:57AM  13      Q.   AND DURING THOSE FURTHER CONTACTS, DID YOU RECEIVE

09:57AM  14      ADDITIONAL INFORMATION FROM HER ABOUT THERANOS?

09:57AM  15      A.   YES.

09:57AM  16      Q.   CAN YOU GIVE US A SENSE OF HOW FREQUENTLY YOU WERE IN

09:57AM  17      TOUCH WITH MS. HOLMES DURING THAT TIME PERIOD?  AND AGAIN,

09:57AM  18      WE'RE TALKING GENERALLY FROM 2006 TO 2013.

09:57AM  19      A.   CERTAINLY BY, BY PHONE QUITE OFTEN, AND WHEN I WOULD BE UP

09:57AM  20      HERE IN THE BAY AREA WE WOULD GET TOGETHER, AND THAT COULD HAVE

09:57AM  21      BEEN FOUR OR FIVE TIMES A YEAR.

09:57AM  22      Q.   IN-PERSON MEETINGS APPROXIMATELY FOUR TO FIVE TIMES A

09:57AM  23      YEAR?

09:57AM  24      A.   I WOULD SAY SO, AND, YES, IN PERSON.

09:58AM  25      Q.   AND AS FAR AS THE PHONE CONTACT, HOW FREQUENT WAS THAT?

09:58AM   1     A.   I'M REALLY NOT REMEMBERING, BUT I COULD IMAGINE ONCE A

09:58AM   2     MONTH, SOMETHING LIKE THAT.

09:58AM   3     Q.   AND DURING THAT TIME PERIOD, THOSE YEARS LEADING UP TO THE

09:58AM   4     2013 INVESTMENT, WERE THERE OTHER INDIVIDUALS AT THERANOS WITH

09:58AM   5     WHOM YOU WERE ALSO IN CONTACT?

09:58AM   6     A.   GENERALLY ELIZABETH, CERTAINLY SOME OF HER ASSISTANTS, AND

09:58AM   7     THEN I'M JUST FORGETTING THE TIMEFRAME WHEN I THEN GOT TO KNOW

09:58AM   8     HER BROTHER, CHRISTIAN, AND SOME OF THE OTHER FOLKS.

09:58AM   9          BUT PRIMARILY IT WAS DIRECTLY WITH ELIZABETH.

09:58AM  10     Q.   DOES THAT MEAN THAT MS. HOLMES WAS THE PRIMARY SOURCE OF

09:58AM  11     INFORMATION ABOUT THERANOS IN THE TIME LEADING UP TO THAT 2013

09:58AM  12     INVESTMENT?

09:58AM  13     A.   YES.  YES.

09:58AM  14     Q.   YOU MENTIONED THAT YOUR UNCLE, DON LUCAS, HAD BEEN ON THE

09:59AM  15     BOARD OF DIRECTORS AT THERANOS; IS THAT CORRECT?

09:59AM  16     A.   CORRECT.

09:59AM  17     Q.   AND DID YOU ALSO HAVE CONVERSATIONS WITH HIM ABOUT THE

09:59AM  18     COMPANY DURING THAT TIME PERIOD?

09:59AM  19     A.   YES.

09:59AM  20     Q.   WAS HE THEN A SECONDARY SOURCE OF INFORMATION FOR YOU

09:59AM  21     ABOUT THE COMPANY?

09:59AM  22     A.   ABSOLUTELY.

09:59AM  23     Q.   WHEN YOU WERE IN TOUCH WITH MS. HOLMES DURING THIS TIME

09:59AM  24     PERIOD, WAS IT ONLY IN BUSINESS SETTINGS OR DID YOU ALSO HAVE

09:59AM  25     SOCIAL CONTACT WITH MS. HOLMES?

09:59AM   1    A.   WELL, WE WOULD A NUMBER OF TIMES GO HAVE DINNER OR HAVE

09:59AM   2    LUNCH, AND IF THAT'S CONSIDERED A SOCIAL SETTING, THEN

09:59AM   3    ABSOLUTELY.  I FELT THAT SHE AND I GOT TO KNOW EACH OTHER QUITE

09:59AM   4    WELL.

09:59AM   5    Q.   DURING THOSE CONVERSATIONS WITH MS. HOLMES -- AND I'LL ASK

09:59AM   6    YOU FOR SOME MORE DETAILS IN A MOMENT -- WAS THE NEWS THAT YOU

09:59AM   7    GOT ABOUT THERANOS GENERALLY POSITIVE, OR DID YOU EVER RECEIVE

09:59AM   8    NEGATIVE NEWS ABOUT THE COMPANY?

10:00AM   9    A.   GENERALLY POSITIVE, AND I DON'T RECOLLECT, IF ANY,

10:00AM   10   NEGATIVE NEWS.

10:00AM   11   Q.   AS FAR AS THE AMOUNT OF INFORMATION THAT YOU RECEIVED

10:00AM   12   ABOUT THE COMPANY, DID YOU FEEL THAT THERE WAS A HIGH DEGREE OF

10:00AM   13   TRANSPARENCY AT THERANOS?  DID YOU GET A LOT OF INSIGHT INTO

10:00AM   14   WHAT WAS HAPPENING AT THE COMPANY DURING THAT TIME PERIOD?

10:00AM   15   A.   THERE WAS NOT A LOT OF TRANSPARENCY.

10:00AM   16       HOWEVER, WE FELT, AND I FELT WITH MY RELATIONSHIP WITH

10:00AM   17   ELIZABETH, THAT I WAS CERTAINLY BEING TOLD THE INFORMATION THAT

10:00AM   18   I NEEDED IN MAKING ANY DECISIONS.

10:00AM   19   Q.   WHEN YOU SAY THERE WAS NOT A HIGH DEGREE OF TRANSPARENCY,

10:00AM   20   WHAT MAKES YOU SAY THAT?

10:00AM   21   A.   WELL, TYPICALLY WE WOULD RECEIVE FINANCIAL STATEMENTS AND

10:00AM   22   ACTUALLY SEE EVERYTHING WORKING IN THE LABORATORY AND SO FORTH,

10:01AM   23   AND A LOT OF THAT WAS -- WE WERE NOT PROVIDED THE OPPORTUNITY.

10:01AM   24   Q.   DID THERE COME A TIME DURING THAT TIME PERIOD WHEN YOUR

10:01AM   25   UNCLE, DON LUCAS, STEPPED AWAY FROM INVOLVEMENT WITH THERANOS?

10:01AM   1    A.   YES.  OFFICIALLY IN 2012 HE RESIGNED FROM THE BOARD.

10:01AM   2    Q.   AND WHAT EFFECT, IF ANY, DID THAT HAVE ON HOW YOU RECEIVED

10:01AM   3    INFORMATION ABOUT THE COMPANY?

10:01AM   4    A.   CERTAINLY AFTER THAT TIME HE HAD NO -- NOTHING MORE TO BE

10:01AM   5    ABLE TO CONTRIBUTE BECAUSE HE WAS NOT WITH THE COMPANY.

10:01AM   6         BUT AT THAT TIME I HAD A GREAT RELATIONSHIP WITH

10:01AM   7    ELIZABETH, AND WE TALKED, AND I RECEIVED THE INFORMATION MAINLY

10:01AM   8    FROM HER.

10:01AM   9    Q.   I'LL ASK YOU TO TURN TO TAB 5095 IN THE BINDER.  IT SHOULD

10:02AM  10    BE THE NEXT ONE.

10:02AM  11         DO YOU HAVE THAT EMAIL IN FRONT OF YOU?

10:02AM  12    A.   I DO.

10:02AM  13    Q.   ARE YOU LOOKING AT AN EMAIL FROM JULY OF 2013 FROM

10:02AM  14    THERANOS TO A NUMBER OF INDIVIDUALS, INCLUDING YOURSELF?

10:02AM  15    A.   YES.

10:02AM  16    Q.   AND IS THIS MESSAGE ADDRESSED "DEAR SHAREHOLDER" AT THE

10:02AM  17    TOP?

10:02AM  18    A.   IT IS.

10:02AM  19              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

10:02AM  20    EXHIBIT 5095.

10:02AM  21              MR. DOWNEY:  NO OBJECTION.

10:02AM  22              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:02AM  23         (GOVERNMENT'S EXHIBIT 5095 WAS RECEIVED IN EVIDENCE.)

10:02AM  24    BY MR. BOSTIC:

10:02AM  25    Q.   AND, MR. LUCAS, WE'VE REDACTED A MAJORITY OF THE EMAIL

LUCAS DIRECT BY MR. BOSTIC                                                5403

10:02AM   1       ADDRESSES HERE.

10:02AM   2            DO YOU SEE AT THE TOP THAT YOU WERE INCLUDED ON THIS

10:02AM   3       EMAIL?

10:02AM   4       A.   YES, I WAS.

10:02AM   5       Q.   AND DO YOU SEE MS. HOLMES WAS BCC'ED AS WELL?

10:02AM   6       A.   YES.

10:02AM   7       Q.   LET'S ZOOM IN ON THE TEXT OF THE MESSAGE ITSELF.

10:03AM   8            AND THIS EMAIL SAYS, "DEAR SHAREHOLDER.

10:03AM   9            "IT IS WITH GREAT PLEASURE THAT I WRITE YOU TO INFORM YOU

10:03AM  10       OF OUR UPCOMING CONSUMER LAUNCH."

10:03AM  11            DO YOU SEE THAT?

10:03AM  12       A.   YES.

10:03AM  13       Q.   AND THE LINE BELOW SAYS, AS YOU ALL KNOW, WE HAVE BEEN

10:03AM  14       WORKING IN STEALTH MODE TO PREPARE FOR THIS.

10:03AM  15            DO YOU RECALL AT THIS TIME IN 2013 WHEN YOU WERE INFORMED

10:03AM  16       BY THERANOS ABOUT THEIR UPCOMING CONSUMER LAUNCH?

10:03AM  17       A.   YES.

10:03AM  18       Q.   AND WHAT WAS YOUR REACTION TO THIS AS AN INVESTOR?

10:03AM  19       A.   VERY EXCITING.

10:03AM  20       Q.   WHY?

10:03AM  21       A.   IT'S EXCITING BECAUSE THIS IS WHAT ELIZABETH AND HER

10:03AM  22       DEDICATED TEAM HAD BEEN WORKING ON FOR SO LONG, AND THEY FELT

10:03AM  23       IT WAS NOW READY FOR PRIMETIME, TO BE TAKEN OUT TO THE MARKET.

10:03AM  24       Q.   AND -- APOLOGIES.

10:03AM  25       A.   NO, I'M SORRY.  THAT'S IT.

10:03AM  1    Q.   AND FROM THE PERSPECTIVE OF SOMEONE WHO HAS INVESTED IN

10:04AM  2    THE COMPANY, WHY WOULD THIS BE EXCITING OR GOOD NEWS?

10:04AM  3    A.   WELL, IT WOULD INDICATE THAT ALL OF THEIR EFFORTS HAD NOW

10:04AM  4    STARTED TO COME TO FRUITION.  THAT ALLOWED THEM, AS I SAID, TO

10:04AM  5    TAKE IT TO MARKET.

10:04AM  6         AND, OF COURSE, IN DOING SO, THE VALUE OF THE COMPANY AND

10:04AM  7    OUR INVESTMENT WAS CERTAINLY INCREASING.

10:04AM  8    Q.   DO YOU SEE TWO PARAGRAPHS DOWN FROM WHERE WE WERE JUST

10:04AM  9    LOOKING IN THAT EMAIL, THERE'S A LINE THAT SAYS, "WE HAVE BEEN

10:04AM  10   PREPARING A NEW WEBSITE IN ANTICIPATION OF THE LAUNCH"?

10:04AM  11   A.   YES.

10:04AM  12   Q.   DO YOU REMEMBER EVENTUALLY REVIEWING THE THERANOS WEBSITE

10:04AM  13   WHEN IT BECAME PUBLIC?

10:04AM  14   A.   YES.

10:04AM  15   Q.   TURN NOW, PLEASE, TO TAB 1102, PLEASE, IN YOUR BINDER.

10:05AM  16   A.   I'M SORRY.  SAY THE NUMBER AGAIN.

10:05AM  17   Q.   1102.

10:05AM  18   A.   1102.

10:05AM  19   Q.   IT SHOULD BE THE --

10:05AM  20   A.   OH, IT'S BACK.  SORRY.

10:05AM  21   Q.   AND DO YOU HAVE THAT ONE IN FRONT OF YOU?

10:05AM  22   A.   I DO.

10:05AM  23   Q.   AND DO YOU SEE AN EMAIL DATED SEPTEMBER 7TH, 2013?

10:05AM  24   A.   YES.

10:05AM  25             MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS

```
10:05AM    1    EXHIBIT 1102.

10:05AM    2               MR. DOWNEY:  NO OBJECTION, YOUR HONOR.

10:05AM    3               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:05AM    4         (GOVERNMENT'S EXHIBIT 1102 WAS RECEIVED IN EVIDENCE.)

10:05AM    5    BY MR. BOSTIC:

10:05AM    6    Q.   AND, MR. LUCAS, WERE YOU INCLUDED ON THIS EMAIL TO

10:05AM    7    THERANOS SHAREHOLDERS?

10:05AM    8         I'LL DIRECT YOUR ATTENTION TO THE TOP QUARTER OF THE PAGE

10:05AM    9    ON THE LEFT-HAND SIDE THERE IS AN EMAIL IS

10:06AM   10    CHRIS@BDVENTURES.COM?

10:06AM   11         I PUT A MARK NEXT TO IT IF THAT HELPS.

10:06AM   12    A.   YES.

10:06AM   13    Q.   ALL RIGHT.  LET'S ZOOM OUT AND THEN ZOOM IN ON THE CONTENT

10:06AM   14    OF THIS EMAIL.

10:06AM   15         SO ON SEPTEMBER 7TH, 2013, THERANOS SENT THIS MESSAGE.

10:06AM   16         IT SAYS, "TO OUR SHAREHOLDERS.

10:06AM   17         "I AM DELIGHTED TO SHARE THAT WE HAVE NOW BEGUN THE

10:06AM   18    COMMERCIAL LAUNCH OF THE NEW PRODUCTS AND SERVICES WE HAVE BEEN

10:06AM   19    WORKING ON FOR THE PAST YEARS."

10:06AM   20         DO YOU SEE THAT?

10:06AM   21    A.   I DO.

10:06AM   22    Q.   AND DO YOU RECALL RECEIVING THIS ANNOUNCEMENT, THAT THE

10:06AM   23    COMMERCIAL LAUNCH OF THERANOS'S SERVICES HAD BEGUN?

10:06AM   24    A.   YES.

10:07AM   25    Q.   AND WHAT WAS YOUR REACTION TO THIS?
```

10:07AM  1    A.   I'M SORRY.  AGAIN, VERY EXCITING.  THIS IS WHAT YOU WOULD

10:07AM  2    HOPE FOR AND EXPECT FOR IN INVESTING IN A COMPANY THAT HAD

10:07AM  3    WORKED SO HARD TO GET TO THIS POINT.

10:07AM  4    Q.   AND SPECIFICALLY FROM THE PERSPECTIVE OF AN INVESTOR, WAS

10:07AM  5    THIS GOOD NEWS ABOUT THE STATUS OF AN INVESTMENT?

10:07AM  6    A.   IT IS INDEED GOOD NEWS.

10:07AM  7    Q.   DO YOU SEE THAT BELOW THE HIGHLIGHTED LANGUAGE THERE, THIS

10:07AM  8    EMAIL ANNOUNCES THE NEW WEBSITE AT WWW.THERANOS.COM?

10:07AM  9    A.   YES.

10:07AM  10   Q.   AND IS THAT THE WEBSITE THAT YOU REVIEWED AS AN INVESTOR

10:07AM  11   IN THE COMPANY?

10:07AM  12   A.   YES.

10:07AM  13   Q.   BELOW THAT THIS EMAIL PROVIDES A LINK TO A STORY IN "THE

10:07AM  14   WALL STREET JOURNAL."

10:07AM  15        DO YOU SEE THAT?

10:07AM  16   A.   I DO.

10:07AM  17   Q.   IF YOU CAN TURN THE TAB TO 1106.

10:07AM  18        DO YOU SEE THERE "THE WALL STREET JOURNAL" STORY THAT IS

10:08AM  19   REFERENCED IN THE EMAIL THAT WE WERE JUST LOOKING AT?

10:08AM  20   A.   I DO.

10:08AM  21        MR. BOSTIC:  YOUR HONOR, I BELIEVE THIS IS IN

10:08AM  22   EVIDENCE ALREADY.  PERMISSION TO PUBLISH?

10:08AM  23        MR. DOWNEY:  IT IS IN EVIDENCE.

10:08AM  24        THE COURT:  YES, IT MAY BE PUBLISHED.  THANK YOU.

10:08AM  25   BY MR. BOSTIC:

10:08AM  1    Q.   MR. LUCAS, DID YOU READ THIS "WALL STREET JOURNAL" ARTICLE

10:08AM  2    IN SEPTEMBER OF 2013?

10:08AM  3    A.   YES.

10:08AM  4    Q.   AND THE TITLE IS "ELIZABETH HOLMES:  THE BREAKTHROUGH OF

10:08AM  5    INSTANT DIAGNOSIS."

10:08AM  6         AND I'D LIKE TO DRAW YOUR ATTENTION TO FURTHER DOWN THAT

10:08AM  7    PAGE, THE FIRST INDENTED PARAGRAPH.

10:08AM  8    A.   OKAY.

10:08AM  9    Q.   THANK YOU, MS. HOLLIMAN.

10:08AM 10         AND DO YOU SEE LANGUAGE IN THE PARAGRAPH THAT BEGINS "THE

10:08AM 11    SECRET"?

10:08AM 12         IT SAYS, "THE SECRET THAT HUNDREDS OF EMPLOYEES ARE NOW

10:08AM 13    REFINING INVOLVES DEVICES THAT AUTOMATE AND MINIATURIZE MORE

10:08AM 14    THAN 1,000 LABORATORY TESTS FROM ROUTINE BLOOD WORK AND

10:09AM 15    ADVANCED GENETIC ANALYSES."

10:09AM 16         DO YOU SEE THAT?

10:09AM 17    A.   I DO.

10:09AM 18    Q.   AND IT SAYS, "THERANOS'S PROCESSES ARE FASTER, CHEATER AND

10:09AM 19    MORE ACCURATE THAN CONVENTIONAL METHODS AND REQUIRE ONLY

10:09AM 20    MICROSCOPIC BLOOD VOLUMES, NOT VIAL AFTER VIAL OF THE STUFF."

10:09AM 21         DO YOU REMEMBER READING THAT LANGUAGE IN 2013?

10:09AM 22    A.   I'M SURE I READ THE ARTICLE.  I DON'T SPECIFICALLY

10:09AM 23    REMEMBER THAT LANGUAGE, BUT CERTAINLY THERE IT IS.

10:09AM 24    Q.   THAT CLAIM, THAT THE THERANOS PROCESSES WERE FASTER,

10:09AM 25    CHEAPER, AND MORE ACCURATE THAN CONVENTIONAL METHODS, WAS THAT

10:09AM   1    IMPORTANT TO YOU AS AN INVESTOR IN THE COMPANY?

10:09AM   2    A.   YES, AND IT WAS VERY IMPORTANT TO THE COMPANY.  THAT WAS

10:09AM   3    THE WHOLE ESSENCE OF THE COMPANY.

10:09AM   4    Q.   AND YOUR UNDERSTANDING THAT THAT WAS THE ESSENCE OF THE

10:09AM   5    COMPANY, WHERE DID THAT UNDERSTANDING COME FROM?

10:09AM   6    A.   WELL, CERTAINLY NOW AT THIS POINT, BEING AROUND THE

10:09AM   7    COMPANY FOR ABOUT SEVEN YEARS AND AROUND ELIZABETH, I MEAN,

10:09AM   8    THAT'S ITS MISSION CLEARLY.

10:09AM   9    Q.   AND WHY WAS THAT IMPORTANT TO YOU AS AN INVESTOR, THE

10:10AM  10    CLAIM THAT THE COMPANY'S PROCESSES WERE FASTER, CHEAPER AND

10:10AM  11    MORE ACCURATE THAN CONVENTIONAL METHODS?

10:10AM  12    A.   BECAUSE IT WOULD ALLOW THE COMPANY TO EFFECTIVELY COMPETE

10:10AM  13    IN THE LAB SPACE, THE LAB TESTING SPACE.

10:10AM  14    Q.   AND HOW ABOUT THE FACT THAT THOSE METHODS OR THE PROCESSES

10:10AM  15    OF THERANOS REQUIRED ONLY MICROSCOPIC BLOOD VOLUMES, NOT VIAL

10:10AM  16    AFTER VIAL OF THE STUFF?  WAS THAT IMPORTANT TO YOU AS WELL?

10:10AM  17    A.   WELL, IT WAS IMPORTANT IN THE SENSE THAT SINCE ELIZABETH

10:10AM  18    STARTED THE COMPANY, HER -- AS SHE HAS SAID AND SAID TO ME

10:10AM  19    OFTEN, SHE HERSELF IS AFRAID OF NEEDLES AND OTHER PEOPLE ARE

10:10AM  20    AFRAID OF NEEDLES AND THE AMOUNT OF BLOOD, AND THIS WAS GOING

10:10AM  21    TO ALLOW MANY FOLKS TO JUST HAVE A PIN PRICK AND BE ABLE TO --

10:10AM  22    ALL OF THE TESTS COULD BE RUN JUST ON, ON THAT.

10:10AM  23    Q.   AND IN YOUR VIEW, WAS THAT ABILITY OF THERANOS IMPORTANT

10:11AM  24    TO THE LIKELIHOOD OF SUCCESS OF THE COMPANY?

10:11AM  25    A.   YES.

10:11AM  1    Q.   LET'S GO TO PAGE 2 OF THIS ARTICLE.  ABOUT HALFWAY DOWN

10:11AM  2    THE PAGE, THERE'S A PARAGRAPH THAT SAYS, "THERANOS'S TECHNOLOGY

10:11AM  3    ELIMINATES."

10:11AM  4         DO YOU SEE THAT?

10:11AM  5    A.   YES.

10:11AM  6    Q.   AND IT READS, "THERANOS'S TECHNOLOGY ELIMINATES MULTIPLE

10:11AM  7    LAB TRIPS BECAUSE IT CAN 'RUN ANY COMBINATION OF TESTS,

10:11AM  8    INCLUDING SETS OF FOLLOW-ON TESTS' AT ONCE VERY QUICKLY, ALL

10:11AM  9    FROM A SINGLE MICRO-SAMPLE."

10:11AM  10        DO YOU SEE THAT LANGUAGE?

10:11AM  11   A.   I DO.

10:11AM  12   Q.   WAS THE ABILITY OF THE THERANOS TECHNOLOGY TO RUN MULTIPLE

10:11AM  13   TESTS AN IMPORTANT FACT FOR YOU AS AN INVESTOR?

10:11AM  14   A.   YES.

10:11AM  15   Q.   LET'S GO DOWN TO THE PARAGRAPH THAT BEGINS "ANOTHER

10:12AM  16   THERANOS ADVANCE" AT THE BOTTOM OF THE PAGE THERE.

10:12AM  17        AND, MS. HOLLIMAN, IF WE CAN ZOOM BACK IN ON THAT?

10:12AM  18        IT SAYS, "ANOTHER THERANOS ADVANCE IS ITS TESTING

10:12AM  19   ACCURACY."

10:12AM  20        AND THEN THERE'S SOME LANGUAGE ABOUT CONVENTIONAL

10:12AM  21   LABORATORY CHAIN OF CUSTODY INTRODUCING OPPORTUNITIES FOR

10:12AM  22   ERROR.

10:12AM  23        DO YOU SEE THAT?

10:12AM  24   A.   I DO.

10:12AM  25   Q.   AT THE BOTTOM OF THIS PAGE, IT SAYS, "THERANOS'S

LUCAS DIRECT BY MR. BOSTIC                                    5410

10:12AM  1    TECHNOLOGY IS AUTOMATED, STANDARDIZED, AND ATTEMPTS TO SUBTRACT

10:12AM  2    HUMAN ERROR," LET'S GO TO PAGE 3 AND ZOOM IN ON THE TOP,

10:12AM  3    "ATTEMPTS TO SUBTRACT HUMAN ERROR FROM THE PROCESS.  IT CAN

10:12AM  4    THUS ACHIEVE MUCH LOWER VARIANCE RANGES FOR A GIVEN TEST."

10:13AM  5        DO YOU SEE THAT?

10:13AM  6    A.   I DO.

10:13AM  7    Q.   AS AN INVESTOR IN THE COMPANY, WAS THE ACCURACY OF

10:13AM  8    THERANOS'S TESTING AN IMPORTANT FACTOR FOR YOU?

10:13AM  9    A.   ABSOLUTELY.

10:13AM  10   Q.   WHY IS THAT?

10:13AM  11   A.   WELL, WHAT THEY ARE SHOWING IS THAT THEY CAN DO SOMETHING

10:13AM  12   AT A HIGHER -- IN ADDITION TO THE FAST TURN AROUND OF THE BLOOD

10:13AM  13   TEST, THAT THEY ARE MORE ACCURATE THAN THE CONVENTIONAL TESTING

10:13AM  14   THAT THE VIAL AND VIAL OF BLOODS TYPICALLY COULD DO.

10:13AM  15   Q.   AND WHY DOES THAT MATTER FOR AN INVESTOR?

10:13AM  16   A.   AGAIN, YOU HAVE SOMETHING THAT IS UNIQUE AND THAT GIVEN

10:13AM  17   HOW THE PROCESS WAS, THAT THEY WERE GOING TO BE ABLE TO BRING

10:13AM  18   THAT TO MARKET AND BEAT THE COMPETITION.

10:13AM  19   Q.   AROUND THE TIME OF THE COMMERCIAL LAUNCH IN SEPTEMBER OF

10:13AM  20   2013, WERE YOU STILL IN CONTACT WITH MS. HOLMES AT THERANOS?

10:13AM  21   A.   IN WHAT PART OF 2013?

10:13AM  22   Q.   SO THIS IS AROUND THE TIME OF THE COMMERCIAL LAUNCH IN

10:14AM  23   SEPTEMBER OF 2013.

10:14AM  24   A.   YES.

10:14AM  25   Q.   AND WAS THE INFORMATION THAT YOU WERE RECEIVING FROM

10:14AM  1    MS. HOLMES GENERALLY CONSISTENT WITH WHAT YOU WERE READING IN

10:14AM  2    ARTICLES LIKE THIS ONE?

10:14AM  3    A.   YES.

10:14AM  4    Q.   IF I COULD ASK YOU TO LOOK AT TAB 5143 IN YOUR BINDER.

10:14AM  5    AND IS EXHIBIT 5143 AN EMAIL FROM YOU TO A COWORKER OF YOURS AT

10:14AM  6    BDV RELATING TO THE THERANOS INVESTMENT?

10:14AM  7    A.   YES.

10:14AM  8         MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5143.

10:14AM  9         MR. DOWNEY:  NO OBJECTION.

10:14AM  10        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:14AM  11    (GOVERNMENT'S EXHIBIT 5143 WAS RECEIVED IN EVIDENCE.)

10:14AM  12   BY MR. BOSTIC:

10:14AM  13   Q.   AND FIRST LET'S GO DOWN TO THE HEADER AT THE BOTTOM OF

10:15AM  14   PAGE 1.

10:15AM  15        MR. LUCAS, DO YOU SEE WE'RE ABOUT TO LOOK AT AN EMAIL FROM

10:15AM  16   THERANOS, THE ADDRESS SHAREHOLDERINFO@THERANOS.COM TO YOU IN

10:15AM  17   MID-DECEMBER 2013?

10:15AM  18   A.   YES.

10:15AM  19   Q.   AND LET'S TURN THE PAGE AND GO TO PAGE 2, AND ZOOM IN ON

10:15AM  20   THE TOP THIRD, PLEASE.

10:15AM  21        AND THIS EMAIL FROM THERANOS SAYS, "DEAR CHRIS.

10:15AM  22        "WE HOPE THIS EMAIL FINDS YOU WELL.  PLEASE FIND A MEMO TO

10:15AM  23   STOCKHOLDERS REGARDING CERTAIN DEALS AND TRANSACTIONS WE'RE

10:15AM  24   WORKING TO CLOSE BY YEAR END."

10:15AM  25        DO YOU SEE THAT?

10:15AM 1      A.   YES.

10:15AM 2      Q.   AND THEN THE MEMO TO STOCKHOLDERS SAYS, "DEAR THERANOS

10:15AM 3      STOCKHOLDER.

10:15AM 4           "WITH OUR LAUNCH TO CONSUMER HEALTH CARE THIS YEAR, WE ARE

10:15AM 5      RAPIDLY SCALING TO ESTABLISH A NATIONAL FOOTPRINT AND CAPTURE

10:15AM 6      THE OPPORTUNITY WE HAVE TO SERVE AS THE ONLY CERTIFIED,

10:16AM 7      NATIONAL LABORATORY CAPABLE OF RUNNING ANY OF ITS LABORATORY

10:16AM 8      TESTS FROM A FEW TINY DROPLETS OF BLOOD."

10:16AM 9           DO YOU SEE THAT?

10:16AM 10     A.   I DO.

10:16AM 11     Q.   AND WAS IT YOUR UNDERSTANDING THAT THIS WAS A MESSAGE THAT

10:16AM 12     THERANOS SENT TO ALL OF ITS SHAREHOLDERS AT THE TIME?

10:16AM 13     A.   YES.

10:16AM 14     Q.   AT THE BOTTOM OF THAT SAME PARAGRAPH IT SAYS, "AS WE

10:16AM 15     PREPARE FOR 2014 AND CLOSING YEAR END, WE ARE ACTIVELY

10:16AM 16     INVESTING IN INFRASTRUCTURE TO BUILD THIS NEW INDUSTRY WE HAVE

10:16AM 17     CREATED."

10:16AM 18          DO YOU SEE THAT?

10:16AM 19     A.   I DO.

10:16AM 20     Q.   THAT LANGUAGE IN THE FIRST SENTENCE OF THAT MEMO, "WITH

10:16AM 21     OUR LAUNCH TO CONSUMER HEALTH CARE THIS YEAR, WE ARE RAPIDLY

10:16AM 22     SCALING," CAN YOU EXPLAIN THE SIGNIFICANCE OF SCALING TO AN

10:16AM 23     INVESTOR?

10:16AM 24     A.   WELL, WITH THE PARTNERSHIPS THAT THEY HAD OR WERE

10:16AM 25     ESTABLISHING, IT'S NOW TIME, AS IT SAYS, TO ROLL IT OUT IN A

10:16AM 1    STAGED WAY.

10:16AM 2         AND THIS, AGAIN, WAS THE WHOLE REASON THAT THE COMPANY WAS

10:17AM 3    CREATED AND THE TECHNOLOGY, TO COME OUT AND HELP FOLKS AND BE

10:17AM 4    OUT THERE INTO THE DRUG STORES AND SO FORTH.

10:17AM 5    Q.   IS THERE A DIFFERENCE BETWEEN SCALING ACTIVITY THAT A

10:17AM 6    COMPANY DOES AND DEVELOPMENT ACTIVITY THAT A COMPANY DOES?

10:17AM 7    A.   DEVELOPMENT IN MY MIND REFERS TO ALL OF THE THINGS THAT GO

10:17AM 8    BEFORE YOU CAN SCALE, ALL OF THE DEVELOPMENT, ALL OF THE R&D.

10:17AM 9         AND WHEN YOU'RE SCALING, IT REFERS TO YOU'RE RAMPING UP

10:17AM 10   PRODUCTION AND STARTING TO GO OUT TO THE WORLD AND SELL YOUR

10:17AM 11   PRODUCT.

10:17AM 12   Q.   LET'S ZOOM IN ON THE BOTTOM HALF OF THIS PAGE, PAGE 2.

10:17AM 13        AND WAS THIS EMAIL FROM THERANOS GENERALLY ANNOUNCING AN

10:18AM 14   ADDITIONAL RAISING OF FUNDS OR INVESTMENT CAPITAL BY THE

10:18AM 15   COMPANY?

10:18AM 16   A.   YES.

10:18AM 17   Q.   AND DO YOU SEE THAT THE COMPANY AT THE BOTTOM THERE WAS

10:18AM 18   ALSO SEEKING SHAREHOLDER CONSENT FOR A NUMBER OF TRANSACTIONS,

10:18AM 19   ISSUING STOCK AND SIMILAR THINGS?

10:18AM 20   A.   YES.

10:18AM 21   Q.   LET'S TURN TO PAGE 1 OF THE EXHIBIT, AND LET'S ZOOM IN ON

10:18AM 22   THE BOTTOM HALF OF THE PAGE.  THERE'S AN EMAIL THERE FROM

10:18AM 23   SOMEONE NAMED ANA QUINTANA.

10:18AM 24        DO YOU SEE THAT?

10:18AM 25   A.   YES.

10:18AM  1    Q.   AND WHO IS SHE?

10:18AM  2    A.   ANA IS WITH BLACK DIAMOND VENTURES.

10:18AM  3    Q.   AND WHAT IS HER --

10:18AM  4    A.   RIGHT NOW SHE'S A PARTNER, BUT BACK THEN SHE WAS A

10:18AM  5    PRINCIPAL.

10:18AM  6    Q.   DID SHE WORK WITH YOU ON EVALUATING AND IMPLEMENTING

10:19AM  7    INVESTMENTS FOR BDV?

10:19AM  8    A.   YES.

10:19AM  9    Q.   IN HER EMAIL RESPONDING TO THERANOS ON DECEMBER 16TH, SHE

10:19AM 10    SAYS, "DEAR SHAREHOLDER INFORMATION REPRESENTATIVE.

10:19AM 11         "BLACK DIAMOND VENTURES IS INTERESTED IN INCREASING ITS

10:19AM 12    EQUITY POSITION IN THERANOS."

10:19AM 13         DO YOU SEE THAT?

10:19AM 14    A.   I DO.

10:19AM 15    Q.   AT THIS TIME IN MID-DECEMBER 2013, HAD BDV ALREADY MADE

10:19AM 16    THE FINAL DECISION TO INVEST MORE MONEY IN THERANOS?

10:19AM 17    A.   WELL, WE CERTAINLY WERE VERY INTERESTED AND WE -- YOU

10:19AM 18    KNOW, WE'LL ULTIMATELY PRESENT IT TO OUR INVESTORS, AND IF

10:19AM 19    FOLKS WANT TO INVEST, THEN WE'RE GOING TO INVEST.

10:19AM 20         BUT IT CERTAINLY WOULD HAVE BEEN OUR RECOMMENDATION TO OUR

10:19AM 21    GROUP TO INVEST.

10:19AM 22    Q.   I'LL ASK YOU TO LOOK AT THE NEXT TAB IN THE BINDER, WHICH

10:20AM 23    IS 5144.

10:20AM 24         DO YOU SEE THERE AN EMAIL CHAIN INCLUDING YOU, MS. HOLMES,

10:20AM 25    AND OTHERS RELATING TO THIS THERANOS FUND RAISE IN DECEMBER OF

| | | |
|---|---|---|
| 10:20AM | 1 | 2013? |
| 10:20AM | 2 | A.   YES. |
| 10:20AM | 3 |         MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5144. |
| 10:20AM | 4 |         MR. DOWNEY:  NO OBJECTION. |
| 10:20AM | 5 |         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:20AM | 6 |     (GOVERNMENT'S EXHIBIT 5144 WAS RECEIVED IN EVIDENCE.) |
| 10:20AM | 7 | BY MR. BOSTIC: |
| 10:20AM | 8 | Q.   AND LET'S START ON PAGE 3 OF THIS EXHIBIT. |
| 10:20AM | 9 |     AND, MR. LUCAS, DO YOU SEE ON PAGE 3 THIS IS THE SAME |
| 10:20AM | 10 | MESSAGE FROM THERANOS TO ALL STOCKHOLDERS THAT WE WERE JUST |
| 10:20AM | 11 | LOOKING AT? |
| 10:20AM | 12 | A.   YES. |
| 10:21AM | 13 | Q.   OKAY.  LET'S FOLLOW THAT EMAIL CHAIN UP AND LOOK AT |
| 10:21AM | 14 | PAGE 2, AND IF WE CAN ZOOM IN ON THE MIDDLE OF THAT PAGE. |
| 10:21AM | 15 |     AND WE SEE HERE AN EMAIL FROM YOU TO THERANOS, CC'ING |
| 10:21AM | 16 | MS. QUINTANA ON DECEMBER 18TH, 2013; IS THAT RIGHT? |
| 10:21AM | 17 | A.   YES. |
| 10:21AM | 18 | Q.   AND YOU SAY, "I HAVE THE FOLLOWING QUESTIONS," AND YOU |
| 10:21AM | 19 | LIST THE QUESTIONS THERE; IS THAT RIGHT? |
| 10:21AM | 20 | A.   CORRECT. |
| 10:21AM | 21 | Q.   AND WHAT WAS THE PURPOSE OF POSING THOSE QUESTIONS TO |
| 10:21AM | 22 | THERANOS AT THIS TIME? |
| 10:21AM | 23 | A.   TO FIND OUT ADDITIONAL INFORMATION AS I'M READING THIS AS |
| 10:21AM | 24 | IT RELATED PRIMARILY TO THIS FINANCING. |
| 10:21AM | 25 | Q.   AND WAS THIS AN EFFORT TO GATHER INFORMATION AND FACTS TO |

10:21AM  1      INCORPORATE INTO YOUR DECISION OF WHETHER TO INVEST OR

10:21AM  2      RECOMMEND AN INVESTMENT IN THERANOS?

10:22AM  3      A.   YES.

10:22AM  4      Q.   I WANT TO ASK YOU ABOUT A FEW OF THESE QUESTIONS.

10:22AM  5           FIRST, QUESTION NUMBER 1 SAYS, "WHEN AND HOW CAN WE EXPECT

10:22AM  6      A PARTIAL OR FULL LIQUIDITY EVENT?"

10:22AM  7           DO YOU SEE THAT?

10:22AM  8      A.   I DO.

10:22AM  9      Q.   WHAT WAS THE SIGNIFICANCE OF THAT QUESTION AT THE TIME?

10:22AM 10      A.   WELL, WHEN YOU INVEST IN A COMPANY, YOU ARE GENERALLY

10:22AM 11      CONCERNED, FIRST, DOES THE PRODUCT -- DOES EVERYTHING WORK?

10:22AM 12           AND THEN, WHEN ARE WE GOING TO HAVE THE COMPANY MATURE

10:22AM 13      ENOUGH THAT POTENTIALLY THE COMPANY WOULD GO PUBLIC OR IT WOULD

10:22AM 14      BE SOLD?

10:22AM 15           AND SO PERIODICALLY YOU WOULD CHECK ON TIMING AND SEE

10:22AM 16      WHERE WE ARE.

10:22AM 17      Q.   HOW ABOUT QUESTION NUMBER 2?  YOU ASK, "WHAT AMOUNT OF

10:22AM 18      MONEY IS EXPECTED TO BE RAISED IN THIS FINANCING?"

10:22AM 19           WHY WOULD THAT HAVE BEEN AN IMPORTANT FACT FOR YOU TO KNOW

10:22AM 20      AS AN INVESTOR?

10:22AM 21      A.   SO IF YOU'RE SCALING UP, RAMPING UP PRODUCTION AND

10:22AM 22      DISTRIBUTION, YOU WANT TO UNDERSTAND HOW MUCH MONEY IS BEING

10:22AM 23      RAISED THAT CAN THEN FULFILL THAT MISSION, THAT PART OF THE --

10:23AM 24      WHERE THE COMPANY IS AT, IF THEY'RE RAISING TOO LITTLE MONEY,

10:23AM 25      IT'S NOT GOING TO HAPPEN.

10:23AM  1    Q.   MOVING TO QUESTION NUMBER 4, YOU SAY, "WE HAVE EXPRESSED

10:23AM  2    INTEREST IN THIS ROUND, HOWEVER, OUR CONCERN IS THAT THE

10:23AM  3    EXPECTED CLOSING DATE OF 12/31/13 MAY PRECLUDE US FROM

10:23AM  4    PARTICIPATING.  DUE TO THIS SHORT PERIOD OF TIME, IS AN

10:23AM  5    EXTENSION CONTEMPLATED?"

10:23AM  6         CAN YOU EXPLAIN WHAT YOU WERE GETTING AT THERE?

10:23AM  7    A.   WELL, AS YOU CAN SEE, THE TIMING WAS QUITE COMPRESSED AND

10:23AM  8    I WANTED TO UNDERSTAND IF IT TRULY HAD TO CLOSE BY

10:23AM  9    DECEMBER 31ST OR NOT, AND INDEED, IT DID HAVE TO CLOSE BY

10:23AM  10   DECEMBER 31ST.

10:23AM  11   Q.   YOU TESTIFIED EARLIER THAT DURING YOUR TIME WITH BDV

10:23AM  12   YOU'VE WORKED ON A NUMBER OF INVESTMENTS; IS THAT RIGHT?

10:23AM  13   A.   YES.

10:23AM  14   Q.   THIS TIME SCALE, APPROXIMATELY TWO WEEKS BETWEEN THE

10:23AM  15   ANNOUNCEMENT OF A FUND RAISE AND THE CLOSING OF THE ROUND,

10:24AM  16   WHERE DOES THAT FALL ON THE SPECTRUM AS FAR AS PACE OF

10:24AM  17   INVESTMENT?

10:24AM  18   A.   VERY SHORT.

10:24AM  19   Q.   AND WHAT EFFECT DOES THAT HAVE ON BDV'S PROCESS IN

10:24AM  20   EVALUATING THE INVESTMENT?

10:24AM  21   A.   THIS WAS HOLIDAY TIME, AND WE ENDED UP WORKING AROUND THE

10:24AM  22   CLOCK TO -- I FELT THIS WAS IMPORTANT TO INVEST AND FOR OUR

10:24AM  23   GROUP TO INVEST, AND SO WE WORKED TO GET IT DONE, AND IT TOOK A

10:24AM  24   LOT OF EXTRA HOURS.

10:24AM  25   Q.   LET'S LOOK AT THE TOP OF THAT PAGE, PAGE 2.

10:24AM   1         AND YOU SEE PART OF AN EMAIL FROM SHAREHOLDER INFORMATION

10:24AM   2    AT THERANOS?

10:24AM   3         DO YOU SEE THAT?

10:24AM   4    A.   YES.

10:24AM   5    Q.   AND IT READS, "ELIZABETH'S OFFICE MENTIONED THAT SHE SPOKE

10:25AM   6    WITH YOU DIRECTLY.  PLEASE LET US KNOW IF THERE IS ANY FURTHER

10:25AM   7    INFORMATION YOU NEED TO TURN THE CONSENT BACK TO US."

10:25AM   8         DO YOU SEE THAT?

10:25AM   9    A.   I DO.

10:25AM  10    Q.   AND SO AROUND THIS TIME, IN ADDITION TO YOUR EMAILS WITH

10:25AM  11    THERANOS, WERE YOU ALSO HAVE ONE-ON-ONE PHONE CONVERSATIONS

10:25AM  12    WITH MS. HOLMES?

10:25AM  13    A.   CLEARLY IF THAT'S WHAT THE EMAIL SAYS, YES, I'M SURE I

10:25AM  14    DID.

10:25AM  15    Q.   AND LET ME JUST ASK ABOUT YOUR MEMORY.

10:25AM  16         DO YOU RECALL THAT DURING THIS TIME PERIOD YOU WERE STILL

10:25AM  17    IN PERIODIC CONTACT WITH MS. HOLMES AT THERANOS?

10:25AM  18    A.   ABSOLUTELY, YEAH.

10:25AM  19    Q.   LET'S GO TO PAGE 1, PLEASE, OF THIS EXHIBIT, AND ZOOM IN

10:25AM  20    ON THE BOTTOM HALF.  ACTUALLY, IF WE CAN ZOOM IN ON THE MIDDLE,

10:25AM  21    CAPTURE THE MIDDLE TWO MESSAGES.

10:25AM  22         THANK YOU, MS. HOLLIMAN.

10:26AM  23         DO YOU SEE AT THE BOTTOM THERE, THERE'S A MESSAGE FROM

10:26AM  24    MS. QUINTANA TO THERANOS SAYING, "WE VERY MUCH APPRECIATE THE

10:26AM  25    TIME ELIZABETH SPENT DISCUSSING THIS MATTER WITH CHRIS"?

10:26AM   1     A.   YES.

10:26AM   2     Q.   AND WOULD YOU BE THE CHRIS REFERENCED IN THIS EMAIL?  ARE

10:26AM   3     YOU THE CHRIS REFERENCED IN THIS EMAIL?

10:26AM   4     A.   YES.

10:26AM   5     Q.   AND THE EMAIL ABOVE THAT IS AGAIN FROM MS. QUINTANA, AND

10:26AM   6     IN THAT EMAIL, SHE SAYS, "PLEASE LET ME KNOW IF YOU'D LIKE TO

10:26AM   7     DISCUSS THE DETAILS REGARDING FRIDAY'S CALL WITH ELIZABETH."

10:26AM   8          DO YOU SEE THAT?

10:26AM   9     A.   I DO.

10:26AM   10    Q.   THIS WAS ON WEDNESDAY, DECEMBER 18TH.  DO YOU RECALL THERE

10:26AM   11    WAS A FRIDAY CALL WITH MS. HOLMES ON DECEMBER 20TH, 2013?

10:26AM   12    A.   YES.

10:26AM   13    Q.   AND DO YOU REMEMBER, GENERALLY SPEAKING, HOW THAT CALL

10:26AM   14    HAPPENED AND WHO WAS ON THAT CALL?

10:27AM   15    A.   IF THIS IS -- I JUST WANT TO MAKE SURE THAT WE'RE TALKING

10:27AM   16    ABOUT THE RIGHT CALL.  IS THIS THE INVESTOR CALL THAT I HAD

10:27AM   17    WITH OUR GROUP?

10:27AM   18    Q.   LET ME ASK, FIRST OF ALL, HAVE YOU -- LET ME ASK IT A

10:27AM   19    DIFFERENT WAY.

10:27AM   20         DO YOU HAVE A RECOLLECTION OF AN INVESTOR CALL THAT BDV

10:27AM   21    HAD WHERE MS. HOLMES PARTICIPATED AND ANSWERED QUESTIONS?

10:27AM   22    A.   YES.

10:27AM   23    Q.   AND WAS THAT CALL AROUND DECEMBER 20TH, 2013?

10:27AM   24    A.   YES.

10:27AM   25    Q.   A RECORDING OF THAT CALL HAS BEEN REFERENCED IN THIS TRIAL

10:27AM  1    AS EXHIBIT 1348 AND 1349.

10:27AM  2         AT THE TIME, WERE YOU AWARE THAT THAT CALL WAS BEING

10:27AM  3    RECORDED?

10:27AM  4    A.   NO.

10:27AM  5    Q.   SINCE THEN, HAVE YOU HAD AN OPPORTUNITY TO REVIEW THE

10:28AM  6    RECORDING OF THAT DECEMBER 20TH, 2013 CALL?

10:28AM  7    A.   YES.

10:28AM  8    Q.   AND DID THAT RECORDING REFRESH YOUR RECOLLECTION GENERALLY

10:28AM  9    ABOUT THE TOPICS DISCUSSED ON THE CALL?

10:28AM 10    A.   YES.

10:28AM 11    Q.   SO GOING BACK TO KIND OF HOW THAT CALL HAPPENED AND WHO

10:28AM 12    WAS ON IT.

10:28AM 13         WHAT IS YOUR MEMORY?  AND LET ME BREAK THAT OUT.

10:28AM 14         FIRST OF ALL, HOW DID THAT CALL HAPPEN?  WHAT WAS ITS

10:28AM 15    PURPOSE?

10:28AM 16    A.   SO, AS I'VE SAID, I WAS IN QUITE FREQUENT CONTACT WITH

10:28AM 17    ELIZABETH, AND IF THIS FINANCING WAS COMING UP, TYPICALLY THE

10:28AM 18    WAY WE OPERATE IS THAT WE HAVE THE CEO OR THE MANAGEMENT TEAM

10:28AM 19    THEN PRESENT TO OUR GROUP.

10:28AM 20         SO THE PURPOSE WAS TO HAVE THIS CALL AND HAVE ELIZABETH

10:28AM 21    PRESENT, AND THEN LET ANY OF OUR PEOPLE ASK ANY QUESTIONS.

10:28AM 22    Q.   AND WAS THE PURPOSE OF THIS CALL TO HELP INFORM THE GROUP

10:28AM 23    SO THAT YOU AND OTHER INDIVIDUALS COULD DECIDE WHETHER TO

10:29AM 24    INVEST IN THE COMPANY?

10:29AM 25    A.   YES.

10:29AM   1    Q.   DO YOU RECALL A PORTION OF THAT CALL AFTER MS. HOLMES

10:29AM   2    DROPPED OFF THE CALL WHEN YOU REMAINED ON THE LINE?

10:29AM   3    A.   YES.

10:29AM   4    Q.   AND DID YOU CONTINUE TO ANSWER SOME QUESTIONS POSED BY

10:29AM   5    POTENTIAL INVESTORS DURING THAT PERIOD OF THE CALL?

10:29AM   6    A.   THAT'S CORRECT.

10:29AM   7    Q.   IN ANSWERING THOSE QUESTIONS, WHERE DID YOUR INFORMATION

10:29AM   8    COME FROM?

10:29AM   9    A.   WELL, PRIMARILY FROM ELIZABETH, FROM THE CALL THAT -- OR

10:29AM  10    FROM THE CONVERSATION THAT WE JUST HAD WITH HER, AND THROUGH

10:29AM  11    WHAT I KNEW FROM MY CONVERSATIONS WITH HER.

10:29AM  12    Q.   LET'S TURN NEXT TO TAB 5444.

10:30AM  13         DO YOU HAVE EXHIBIT 5444 IN FRONT OF YOU?

10:30AM  14    A.   I DO.

10:30AM  15    Q.   AND IS THAT AN EMAIL CHAIN BETWEEN YOU AND MS. HOLMES

10:30AM  16    RELATING TO THE BDV INVESTMENT?

10:30AM  17    A.   YES.

10:30AM  18         MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5444.

10:30AM  19         MR. DOWNEY:  NO OBJECTION.

10:30AM  20         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:30AM  21    (GOVERNMENT'S EXHIBIT 5444 WAS RECEIVED IN EVIDENCE.)

10:30AM  22         MR. BOSTIC:  AND IF WE CAN START WITH PAGE 2 OF THIS

10:30AM  23    EXHIBIT.  AND IF WE ZOOM DOWN AT THE BOTTOM, WE'LL SEE A

10:30AM  24    HEADER.

10:30AM  25    Q.   SHOWING THAT, WE'RE ABOUT TO LOOK AT AN EMAIL FROM YOU TO

| 10:30AM | 1 | MS. HOLMES ON DECEMBER 24TH, 2013. |
| 10:31AM | 2 | AT THE VERY BOTTOM OF THE PAGE. |
| 10:31AM | 3 | DO YOU SEE THAT, MR. LUCAS? |
| 10:31AM | 4 | A.   YES. |
| 10:31AM | 5 | Q.   AND LET'S TURN TO PAGE 3 AND SEE THAT EMAIL.  LET'S ZOOM |
| 10:31AM | 6 | IN ON THE CONTENT AT THE TOP. |
| 10:31AM | 7 | MR. LUCAS, YOU WRITE TO MS. HOLMES, YOU SAY THAT YOU'VE |
| 10:31AM | 8 | CONTINUED TO HAVE CALLS WITH BDV'S INVESTORS AND YOU'VE |
| 10:31AM | 9 | DETERMINED THAT THERE IS SIGNIFICANT INTEREST IN PARTICIPATING |
| 10:31AM | 10 | IN THIS ROUND. |
| 10:31AM | 11 | DO YOU SEE THAT? |
| 10:31AM | 12 | A.   I DO. |
| 10:31AM | 13 | Q.   AND YOU THEN PASS ALONG SOME QUESTIONS THAT YOU HAD |
| 10:31AM | 14 | RECEIVED FROM BDV INVESTORS; IS THAT RIGHT? |
| 10:31AM | 15 | A.   YES. |
| 10:31AM | 16 | Q.   AND WE SEE HERE, FOR EXAMPLE, THERE'S THE QUESTION, IN |
| 10:31AM | 17 | ADDITION TO THE CONVERSIONS, HOW MUCH NEW CAPITAL IS COMING IN? |
| 10:31AM | 18 | DO YOU SEE THAT QUESTION? |
| 10:31AM | 19 | A.   YES. |
| 10:31AM | 20 | Q.   AND THEN ABOVE THAT THERE'S A QUESTION ABOUT STRATEGIC |
| 10:31AM | 21 | PARTNERS CONVERTING THE ENTIRE AMOUNT OF THEIR NOTES IN THIS |
| 10:32AM | 22 | OFFERING? |
| 10:32AM | 23 | A.   YES. |
| 10:32AM | 24 | Q.   CAN YOU GIVE US, AT A HIGH LEVEL, AN EXPLANATION FOR WHY |
| 10:32AM | 25 | THESE QUESTIONS WERE IMPORTANT TO YOU AT THE TIME? |

LUCAS DIRECT BY MR. BOSTIC                                              5423

10:32AM   1   A.   SO ONE OF THE PARTNERS, WALGREENS, AND THIS I THINK WAS

10:32AM   2   THE PRIMARILY REASON WHY IT HAD TO CLOSE BY THE END OF 2013, IS

10:32AM   3   THAT THEY HAD INVESTED -- I'M SORRY, THEY HAD LENT THE COMPANY

10:32AM   4   MONEY IN THE FORM OF A NOTE, AND THEY HAD THE OPTION TO CONVERT

10:32AM   5   THAT NOTE INTO STOCK, BUT THEY HAD TO EXERCISE THAT OPTION

10:32AM   6   PRIOR TO THE END OF 2013.

10:32AM   7   Q.   AND WHY DID YOU WANT TO KNOW WHAT THE STATUS WAS IN THAT

10:32AM   8   AREA?

10:32AM   9   A.   WELL, YOU WANT MORE PEOPLE IN THE WAGON HELPING FUND THE

10:33AM  10   COMPANY, AND IF THEY WERE MAKING THE DECISION AND THEY WERE

10:33AM  11   CONFIDENT IN THEIR DECISION AND THE SCALEUP THEMSELVES, THEY

10:33AM  12   WOULD CONVERT AND WANT TO PARTICIPATE IN THE UP SIDE OF THE

10:33AM  13   COMPANY FOR SURE.

10:33AM  14   Q.   IN YOUR EMAIL THERE'S ALSO A REFERENCE THERE NEAR THE TOP

10:33AM  15   WHERE YOU SAY, "THE CHALLENGE WILL BE GETTING ALL OF THE FUNDS

10:33AM  16   PRIOR TO YEAR END.  IF THERE IS ANY TIME FLEXIBILITY, PLEASE

10:33AM  17   LET ME KNOW."

10:33AM  18        DO YOU SEE THAT?

10:33AM  19   A.   YES.

10:33AM  20   Q.   AND IS THIS ANOTHER REFERENCE TO WHAT YOU MENTIONED BEFORE

10:33AM  21   ABOUT THE FAST PACE OF THIS INVESTMENT?

10:33AM  22   A.   YES.

10:33AM  23   Q.   LET'S GO TO PAGE 2.  AND IF WE CAN ZOOM IN ON THE MIDDLE

10:33AM  24   THIRD OF THE PAGE.

10:33AM  25        DO YOU SEE THERE, THERE'S A RESPONSE FROM MS. HOLMES TO

10:33AM   1   YOU ON DECEMBER 24TH, 2013?

10:34AM   2   A.   YES.

10:34AM   3   Q.   AND SHE WRITES IN RESPONSE TO YOUR QUESTION ABOUT TIMING,

10:34AM   4   "OUR CURRENT DOCUMENTS ARE STRUCTURED TO ALLOW FOR INVESTMENT

10:34AM   5   AT $15 A SHARE UP TO 12/31, AFTER WHICH TIME THE NEW

10:34AM   6   PRICE/SHARE TAKES EFFECT."

10:34AM   7        DO YOU SEE THAT?

10:34AM   8   A.   YES.

10:34AM   9   Q.   AND WHAT WAS THE ULTIMATE OUTCOME HERE?  WAS BDV REQUIRED

10:34AM  10   TO COMPLETE ITS INVESTMENT BY THE 31ST, OR WAS AN EXTENSION

10:34AM  11   GIVEN?

10:34AM  12   A.   NO.  WE HAD TO COMPLETE BY DECEMBER 31ST.

10:34AM  13   Q.   BELOW THAT MS. HOLMES MENTIONS THAT, "ALL CAPITAL COMING

10:34AM  14   IN NOW IS ASSOCIATED WITH STRATEGIC PARTNERS/ENTITIES WITH

10:34AM  15   EXISTING EQUITY POSITIONS AND ABILITY TO MAKE FURTHER

10:34AM  16   INVESTMENTS."

10:34AM  17        DO YOU SEE THAT?

10:34AM  18   A.   YES.

10:34AM  19   Q.   LET'S GO TO PAGE 1 OF THIS EXHIBIT.  AND IF WE COULD ZOOM

10:34AM  20   IN ON THE BOTTOM HALF.

10:35AM  21        AND IN THIS EMAIL ON DECEMBER 26TH YOU SAY, "ON A

10:35AM  22   DIFFERENT TOPIC, ONE OF OUR INVESTORS ASKED WHAT INFORMATION

10:35AM  23   WAS PROVIDED TO THE STRATEGIC PARTNERS SO THAT THEY COULD MAKE

10:35AM  24   THEIR DECISION WHETHER TO CONVERT OR NOT."

10:35AM  25        DO YOU SEE THAT?

10:35AM 1    A.   I DO.

10:35AM 2    Q.   AND ABOVE THAT THERE'S A RESPONSE FROM MS. HOLMES THAT

10:35AM 3    SAYS -- WELL, FIRST LET ME ASK, WHY WAS THAT INFORMATION

10:35AM 4    IMPORTANT FOR AN INVESTOR AT THAT TIME?

10:35AM 5    A.   WELL, SO THEY WOULD BE INFORMED, WELL INFORMED AND MAKE AN

10:35AM 6    EDUCATED DECISION WHETHER THEY SHOULD CONVERT.

10:35AM 7    Q.   ABOVE THAT MS. HOLMES RESPONDS, "OUR RECENT MILESTONES IN

10:35AM 8    ENTERING THIS $180 BILLION-PLUS INDUSTRY, AND THE POTENTIAL OUR

10:35AM 9    PARTNERS THINK WE HAVE TO REVOLUTIONIZE HEALTH CARE, OBVIOUSLY

10:36AM 10   ALSO SPEAK FOR THEMSELVES IN THIS CONTEXT BASED ON EVERYTHING

10:36AM 11   IN THE PUBLIC DOMAIN."

10:36AM 12       DO YOU SEE THAT?

10:36AM 13   A.   YES.

10:36AM 14   Q.   AND WHAT WAS YOUR RESPONSE TO THAT QUESTION?

10:36AM 15   A.   GREAT.  IT MEANS EVERYONE IS SET TO GO.

10:36AM 16   Q.   DID YOU FIND THAT TO BE A SATISFYING RESPONSE THAT

10:36AM 17   ENCOURAGED YOU TO INVEST?

10:36AM 18   A.   YES.

10:36AM 19   Q.   LET'S LOOK AT THE TOP PART OF PAGE 1 AND CAPTURE THOSE TWO

10:36AM 20   TOP MESSAGES.

10:36AM 21       YOU RESPOND, "YES, ABSOLUTELY."

10:36AM 22       YOU SAY, "AS WE PULL TOGETHER OUR FINANCING, I WOULD LIKE

10:36AM 23   TO HAVE A CONVERSATION WITH YOU."

10:36AM 24       MS. HOLMES RESPONDS THE FOLLOWING DAY, OR ACTUALLY IT

10:36AM 25   MIGHT HAVE BEEN THE SAME DAY GIVEN THE TIME STAMP, BUT SHE

10:36AM  1    RESPONDS SHORTLY TO SAY, "I'M IN THE OFFICE NOW AND COULD

10:36AM  2    CONNECT," AND SHE PROVIDES THE NUMBER.

10:36AM  3         DO YOU SEE?

10:36AM  4    A.   YES.

10:36AM  5    Q.   AND IS THIS CONSISTENT WITH YOUR MEMORY THAT IN THE DAYS

10:36AM  6    LEADING UP TO BDV'S INVESTMENT IN THERANOS, YOU HAD ACCESS TO

10:37AM  7    MS. HOLMES AND ADDITIONAL CONVERSATIONS WITH HER?

10:37AM  8    A.   YES.

10:37AM  9    Q.   LET'S LOOK AT TAB 5446.

10:37AM  10        IS THIS ANOTHER EMAIL CHAIN BETWEEN YOU AND MS. HOLMES

10:37AM  11   REGARDING THAT DECEMBER 2013 INVESTMENT?

10:37AM  12   A.   YES.

10:37AM  13            MR. BOSTIC:  YOUR HONOR, I OFFER EXHIBIT 5446.

10:37AM  14            MR. DOWNEY:  NO OBJECTION.

10:37AM  15            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:37AM  16        (GOVERNMENT'S EXHIBIT 5446 WAS RECEIVED IN EVIDENCE.)

10:37AM  17   BY MR. BOSTIC:

10:37AM  18   Q.   MR. LUCAS -- IF WE CAN JUST ZOOM IN ON THE TOP HALF OF

10:37AM  19   PAGE 1 HERE -- AND DO YOU SEE HERE THAT ON DECEMBER 29TH, 2013,

10:38AM  20   THERE'S SOME ADDITIONAL DISCUSSION ABOUT ANOTHER CALL WITH

10:38AM  21   MS. HOLMES RELATING TO THE INVESTMENT?

10:38AM  22   A.   YES.

10:38AM  23   Q.   LET'S LOOK NEXT AT THE FOLLOWING TAB, WHICH IS TAB 5447.

10:38AM  24        AND, MR. LUCAS, IS THIS EMAIL CHAIN SIMILARLY RELATED TO

10:38AM  25   THE BDV INVESTMENT IN DECEMBER OF 2013 AND INCLUDING YOU AND

10:38AM 1    OTHERS?

10:38AM 2    A.   YES.

10:38AM 3                MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS 5447.

10:38AM 4                MR. DOWNEY:  NO OBJECTION.

10:38AM 5                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:38AM 6          (GOVERNMENT'S EXHIBIT 5447 WAS RECEIVED IN EVIDENCE.)

10:38AM 7                MR. BOSTIC:  AND IF WE CAN ZOOM IN ON THE TOP HALF

10:38AM 8    OF THIS PAGE, PLEASE.

10:38AM 9    Q.   AND IN THE BOTTOM MESSAGE HERE, THERE'S AN EMAIL FROM

10:39AM 10   MS. QUINTANA TO THERANOS, CC'ING YOU, AND IT SAYS, "ATTACHED

10:39AM 11   PLEASE FIND BLACK DIAMOND VENTURE'S EXECUTED MASTER SIGNATURE

10:39AM 12   PAGE," AND IT SAYS "OUR WIRE IN THE AMOUNT OF $5,349,900 WAS

10:39AM 13   INITIATED THIS MORNING."

10:39AM 14        COULD YOU EXPLAIN WHAT WAS HAPPENING AS REFERENCED IN THIS

10:39AM 15   EMAIL?

10:39AM 16   A.   THIS WAS THE LAST IN THE PROCESS.  WE MADE THE DECISION

10:39AM 17   WITH OUR GROUP TO INVEST, WE'RE ACKNOWLEDGING THE WIRE AND

10:39AM 18   SIGNING THIS SIGNATURE PAGE OF THE SHAREHOLDER, OF THE STOCK

10:39AM 19   PURCHASE AGREEMENT.

10:39AM 20   Q.   SO THIS IS HAPPENING ON DECEMBER 31ST.  THAT'S THE

10:39AM 21   DEADLINE FOR THE INVESTMENT; CORRECT?

10:39AM 22   A.   YES.

10:39AM 23   Q.   CAN YOU EXPLAIN WHEN THE ACTUAL DECISION WAS MADE TO

10:39AM 24   INVEST?  DID IT HAPPEN EXACTLY ON THE 31ST OR THE DAYS LEADING

10:39AM 25   UP TO IT?  WHAT IS YOUR RECOLLECTION THERE?

10:40AM  1    A.   CERTAINLY AFTER WE -- WELL, INITIALLY WE WERE VERY

10:40AM  2    INTERESTED IN INVESTING, WE HAD THE CALL WITH ELIZABETH, WE

10:40AM  3    THEN FOLLOW UP WITH OUR INVESTORS, AND SO WHETHER WE WERE

10:40AM  4    EXCITED -- "WE" BLACK DIAMOND -- WERE EXCITED TO INVEST OR NOT,

10:40AM  5    IF NO ONE ELSE WAS INTERESTED IN INVESTING, WE WOULDN'T HAVE

10:40AM  6    THE CAPITAL TO INVEST, SO THAT WOULD HAVE ENDED THE PROCESS.

10:40AM  7         HOWEVER, WE DID HAVE SIGNIFICANT INTEREST, AND THIS WAS

10:40AM  8    THE LEVEL, $5.3 MILLION, AND WE COLLECT THE FUNDS, WIRE, AND

10:40AM  9    THEN WE MANAGE THE FUNDS ON BEHALF OF OUR INVESTORS.

10:41AM 10    Q.   AND DO YOU RECALL WHETHER THIS $5.3 MILLION AMOUNT

10:41AM 11    INCLUDED ANY OF YOUR PERSONAL FUNDS?

10:41AM 12    A.   I EXPECT IT DID, BUT I JUST DON'T RECALL.

10:41AM 13    Q.   LET'S GO TO EXHIBIT 4845.

10:41AM 14         YOUR HONOR, THAT IS IN EVIDENCE.  PERMISSION TO PUBLISH?

10:41AM 15         THE COURT:  YES.

10:41AM 16    BY MR. BOSTIC:

10:41AM 17    Q.   LET'S LOOK AT PAGE 19 OF THIS EXHIBIT.

10:41AM 18    A.   PLEASE SAY AGAIN WHICH EXHIBIT.

10:41AM 19    Q.   THIS WILL BE ON THE SCREEN BECAUSE IT'S ALREADY IN

10:41AM 20    EVIDENCE.

10:41AM 21    A.   OH, OKAY.

10:41AM 22    Q.   DO YOU SEE IN FRONT OF YOU THE DETAILS OF A WIRE

10:41AM 23    TRANSACTION INVOLVING BLACK DIAMOND VENTURES?

10:41AM 24    A.   YES.

10:41AM 25    Q.   AND DO YOU SEE AT THE TOP THERE IN A LINE THAT READS OMAD,

LUCAS DIRECT BY MR. BOSTIC

10:41AM   1    THERE'S A DATE INDICATED 2013-12-31?

10:42AM   2    A.   YES.

10:42AM   3    Q.   AND IN THE NEXT SECTION UNDER AMOUNT, THERE'S THE AMOUNT

10:42AM   4    THAT WE JUST SAW, APPROXIMATELY $5.35 MILLION?

10:42AM   5    A.   YES.

10:42AM   6    Q.   AND UNDER ORIGINATOR, IT SHOWS THAT THIS IS COMING FROM

10:42AM   7    BLACK DIAMOND VENTURES.

10:42AM   8         AND UNDER BENEFICIARY, IT SHOWS THAT THIS IS GOING TO

10:42AM   9    THERANOS.

10:42AM   10        DO YOU SEE THAT?

10:42AM   11   A.   YES.

10:42AM   12   Q.   IS THIS THE WIRE THROUGH WHICH BDV INVESTED IN THERANOS?

10:42AM   13   A.   YES.

10:42AM   14   Q.   LET'S GO BACK TO EXHIBIT 5143 JUST BRIEFLY.  THIS IS IN

10:42AM   15   EVIDENCE.

10:42AM   16        AND IF WE COULD LOOK AT PAGE 1 FIRST.

10:42AM   17        WE SEE THAT THIS EMAIL ATTACHES SOME TRANSACTION DOCUMENTS

10:42AM   18   AT THE TOP.

10:42AM   19        DO YOU SEE THAT?

10:42AM   20   A.   YES.

10:42AM   21   Q.   LET'S GO TO PAGE 55 OF THE EXHIBIT.  I WOULD JUST LIKE TO

10:43AM   22   SHOW YOU A FEW PORTIONS OF ONE OF THESE AGREEMENTS.

10:43AM   23        DO YOU SEE THAT ONE OF THE DOCUMENTS ATTACHED WAS NAMED

10:43AM   24   PREFERRED STOCK PURCHASE AGREEMENT?

10:43AM   25   A.   YES.

10:43AM  1    Q.   AND LET'S LOOK AT THE FOLLOWING PAGE IN THIS DOCUMENT.

10:43AM  2         LET'S GO TO PAGE 65 OF THE EXHIBIT.  AND LET'S ZOOM IN ON

10:43AM  3    SECTIONS 4.3 AND 4.4.

10:43AM  4         MR. LUCAS, DO YOU SEE THAT THIS AGREEMENT REPRESENTS THAT

10:43AM  5    THE INVESTOR INVESTING IN THERANOS, IT SAYS, HAS SUBSTANTIAL

10:43AM  6    EXPERIENCE IN EVALUATING AND INVESTING IN PRIVATE PLACEMENT

10:43AM  7    TRANSACTIONS OF SECURITIES AND COMPANIES SIMILAR TO THE

10:43AM  8    COMPANY?

10:43AM  9    A.   YES.

10:43AM 10    Q.   AND IT ALSO SAYS THAT THE INVESTOR CAN PROTECT ITS OWN

10:43AM 11    INTERESTS AND HAS KNOWLEDGE AND EXPERIENCE IN FINANCIAL AND

10:44AM 12    BUSINESS MATTERS SO THAT THE INVESTOR IS CAPABLE OF EVALUATING

10:44AM 13    THE MERITS AND RISKS OF THE INVESTMENT.

10:44AM 14         DO YOU SEE THAT?

10:44AM 15    A.   YES.

10:44AM 16    Q.   AND WAS THAT TRUE AS TO YOU AND BDV AT THE TIME OF THE

10:44AM 17    INVESTMENT?

10:44AM 18    A.   YES.  AND GENERALLY FOR ANY KIND OF INVESTMENT LIKE THIS,

10:44AM 19    THIS LANGUAGE IS IN THE DOCUMENTATION.

10:44AM 20    Q.   YOU WERE FAMILIAR WITH LANGUAGE LIKE THIS FROM YOUR

10:44AM 21    PREVIOUS INVESTMENTS?

10:44AM 22    A.   YES.

10:44AM 23    Q.   UNDER SECTION 4.4, THE NEXT ONE, IT'S LABELLED

10:44AM 24    "SPECULATIVE NATURE OF INVESTMENT."

10:44AM 25         DO YOU SEE THAT?

10:44AM 1    A.   YES.

10:44AM 2    Q.   THAT SECTION TALKS ABOUT THE COMPANY HAVING LIMITED

10:44AM 3    FINANCIAL AND OPERATING HISTORY.

10:44AM 4         AND THEN IF WE GO TO PAGE 66 OF THE EXHIBIT, AT THE TOP

10:44AM 5    THERE, THERE'S A CONFIRMATION THAT THE INVESTOR UNDERSTANDS

10:44AM 6    THAT THIS IS A HIGHLY SPECULATIVE INVESTMENT AND IT INVOLVES

10:44AM 7    SUBSTANTIAL RISKS.

10:44AM 8         DO YOU SEE THAT?

10:44AM 9    A.   YES.

10:44AM 10   Q.   AND DID YOU UNDERSTAND THAT AT THE TIME AS TO THERANOS?

10:45AM 11   A.   YES.

10:45AM 12   Q.   SECTION 4.5 TALKS ABOUT THE INVESTOR'S ACCESS TO

10:45AM 13   INFORMATION ABOUT THE COMPANY.

10:45AM 14        DO YOU SEE THAT?

10:45AM 15   A.   YES.

10:45AM 16   Q.   AND WERE THOSE STATEMENTS TRUE AS TO YOU AND BDV AT THE

10:45AM 17   TIME?

10:45AM 18   A.   WELL, CERTAINLY WE RECEIVED ENOUGH INFORMATION THAT

10:45AM 19   ALLOWED US TO MAKE A DECISION.

10:45AM 20        THERE COULD HAVE BEEN ADDITIONAL INFORMATION, AS I SAID

10:45AM 21   EARLIER, LIKE FINANCIAL STATEMENTS AND SO FORTH THAT WOULD HAVE

10:45AM 22   BEEN HELPFUL.

10:45AM 23        BUT, AGAIN, I HAD A VERY COMFORTABLE RELATIONSHIP WITH

10:45AM 24   ELIZABETH AND EVERYTHING SEEMED TO BE GOING GREAT.

10:45AM 25   Q.   DID THE FACT THAT YOU FELT THAT YOU HAD A GOOD

LUCAS DIRECT BY MR. BOSTIC                                           5432

10:45AM   1      RELATIONSHIP WITH MS. HOLMES INCREASE YOUR COMFORT LEVEL WITH

10:45AM   2      THE INVESTMENT?

10:45AM   3      A.   YES.

10:45AM   4      Q.   DID IT INCREASE YOUR COMFORT LEVEL WITH THE INVESTMENT

10:45AM   5      DESPITE THE FACT THAT YOU DIDN'T HAVE INFORMATION LIKE

10:45AM   6      FINANCIAL INFORMATION FROM THE COMPANY?

10:45AM   7      A.   YES.

10:45AM   8           AND IF I MAY ADD?  THE FACT THAT SHE HAD BEEN ABLE TO

10:46AM   9      ATTRACT PARTNERS LIKE WALGREENS AND OTHERS, THAT'S A HUGE

10:46AM  10      FACTOR.

10:46AM  11      Q.   YOU MENTIONED WALGREENS.

10:46AM  12           IN DECEMBER OF 2013, WAS IT YOUR UNDERSTANDING THAT THE

10:46AM  13      PARTNERSHIP WITH WALGREENS HAD BEEN IN OPERATION FOR A FEW

10:46AM  14      MONTHS?

10:46AM  15      A.   I DON'T REMEMBER THE AMOUNT OF TIME, BUT SOMETHING LIKE

10:46AM  16      THAT.

10:46AM  17      Q.   BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, DID YOU

10:46AM  18      UNDERSTAND THAT THAT PARTNERSHIP WAS GOING WELL?

10:46AM  19      A.   YES.

10:46AM  20      Q.   FINALLY, IF WE COULD JUST MOVE DOWN TO SECTION 4.6.

10:46AM  21           THIS SECTION IN THE AGREEMENT HAS THE INVESTOR CONFIRMING

10:46AM  22      THAT IT IS AN ACCREDITED INVESTOR WITHIN THE MEANING OF A

10:46AM  23      CERTAIN REGULATION.

10:46AM  24           WAS THAT TRUE AS TO BDV AND YOU AT THE TIME?

10:47AM  25      A.   YES.

| | | |
|---|---|---|
| 10:47AM | 1 | Q.   I'LL ASK YOU TO LOOK AT TAB 7366 IN YOUR BINDER.  IT |
| 10:47AM | 2 | SHOULD BE AT THE VERY BACK. |
| 10:47AM | 3 |      AND DO YOU HAVE 7366 IN FRONT OF YOU? |
| 10:47AM | 4 | A.   I DO. |
| 10:47AM | 5 | Q.   I'LL ASK YOU TO GO TO PAGE 2 OF THE EXHIBIT. |
| 10:47AM | 6 |      DO YOU SEE THERE AN EMAIL FROM MS. QUINTANA AT BDV TO YOU |
| 10:47AM | 7 | REGARDING THE THERANOS INVESTMENT? |
| 10:47AM | 8 | A.   YES. |
| 10:47AM | 9 |           MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT OFFERS PAGES |
| 10:47AM | 10 | 2 THROUGH THE END OF EXHIBIT 7366. |
| 10:48AM | 11 |           MR. DOWNEY:  YOUR HONOR, CAN I HAVE JUST ONE SECOND |
| 10:48AM | 12 | TO TALK TO MR. BOSTIC? |
| 10:48AM | 13 |           THE COURT:  SURE. |
| 10:48AM | 14 |      (DISCUSSION OFF THE RECORD.) |
| 10:48AM | 15 |           THE COURT:  FOLKS, WHY DON'T YOU STAND UP RIGHT NOW |
| 10:48AM | 16 | AND STRETCH A LITTLE BIT.  WE'LL BE TAKING OUR BREAK IN ABOUT |
| 10:48AM | 17 | 45 MINUTES OR SO, BUT FEEL FREE TO STAND AND STRETCH. |
| 10:48AM | 18 |      (STRETCHING.) |
| 10:48AM | 19 |           THE COURT:  YOU AS WELL, SIR, IF YOU WOULD LIKE, |
| 10:48AM | 20 | YES. |
| 10:48AM | 21 |           THE WITNESS:  THANK YOU. |
| 10:49AM | 22 |      (STRETCHING.) |
| 10:49AM | 23 |           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH. |
| 10:49AM | 24 | MR. BOSTIC? |
| 10:49AM | 25 |           MR. BOSTIC:  THANK YOU, YOUR HONOR. |

10:49AM  1        THE GOVERNMENT JUST HAD MOVED TO ADMIT EXHIBIT 7366, PAGES

10:49AM  2    2 THROUGH THE END.

10:49AM  3            MR. DOWNEY:  TO WHICH WE HAVE NO OBJECTION.

10:49AM  4            THE COURT:  THANK YOU.  IT'S ADMITTED.  IT MAY BE

10:49AM  5    PUBLISHED.

10:49AM  6        (DEFENDANT'S EXHIBIT 7366, PAGES 2 - END, WAS RECEIVED IN

10:49AM  7    EVIDENCE.)

10:49AM  8    BY MR. BOSTIC:

10:49AM  9    Q.   MR. LUCAS, DO YOU SEE HERE AN EMAIL BETWEEN INDIVIDUALS AT

10:49AM  10   BDV RELATING TO THE THERANOS INVESTMENT IN DECEMBER 2013?

10:49AM  11   A.   YES.

10:49AM  12   Q.   AND THE EMAIL READS, "DEAR BDV INVESTOR.

10:49AM  13        "THANK YOU FOR YOUR INTEREST AND PARTICIPATION IN THIS

10:49AM  14   SERIES C-1 STOCK FINANCING.  PER OUR COUNSEL'S RECOMMENDATION,

10:50AM  15   WE WOULD LIKE TO SHARE ADDITIONAL INFORMATION AND DISCLOSURES

10:50AM  16   IN THE ATTACHED ACKNOWLEDGEMENT LETTER AND ACCOMPANYING

10:50AM  17   EXHIBIT A."

10:50AM  18        DO YOU SEE THAT?

10:50AM  19   A.   YES.

10:50AM  20   Q.   NOW, I DON'T WANT YOU TO DISCLOSE ANY PRIVILEGED

10:50AM  21   COMMUNICATIONS THAT YOU HAD WITH COUNSEL, BUT CAN YOU EXPLAIN

10:50AM  22   WHAT THIS COMMUNICATION WAS AND WHAT WAS BEING DISCLOSED TO BDV

10:50AM  23   INVESTORS ABOUT THERANOS AT THIS TIME?

10:50AM  24   A.   JUST GENERALLY, AS I DON'T HAVE THAT PART OF IT IN FRONT

10:50AM  25   OF ME, BUT GENERALLY WE WERE SAYING TO OUR GROUP THAT THERE WAS

10:50AM  1    A CERTAIN AMOUNT OF INFORMATION THAT WE DID NOT HAVE ACCESS TO,

10:50AM  2    AND WE WANTED THEM TO KNOW THAT AND ACKNOWLEDGE THAT, AND IF

10:50AM  3    THEY STILL WANTED TO INVEST, THEY WOULD ACKNOWLEDGE AND SIGN

10:50AM  4    THAT, AND OBVIOUSLY GET US THE FUNDS.

10:50AM  5         IF THAT MEMO SWAYED THEM OR CAUSED THEM TO CHANGE THEIR

10:50AM  6    MIND, THEN AT THAT POINT THEY WOULDN'T SIGN IT, THEY WOULDN'T

10:51AM  7    INVEST, AND THAT WOULD BE THE END OF THEIR PARTICIPATION.

10:51AM  8    Q.   YOU SPOKE EARLIER ABOUT SOME KINDS OF INFORMATION THAT YOU

10:51AM  9    DIDN'T HAVE FROM THERANOS AT THE TIME, INCLUDING SOME FINANCIAL

10:51AM 10    INFORMATION; IS THAT RIGHT?

10:51AM 11    A.   YES.

10:51AM 12    Q.   WHEN IT CAME TO THE AMOUNT OF INFORMATION THAT YOU HAD

10:51AM 13    FROM THERANOS AND THE LEVEL OF TRANSPARENCY, HOW WOULD YOU

10:51AM 14    COMPARE IT TO PREVIOUS INVESTMENTS THAT YOU HAD PARTICIPATED

10:51AM 15    IN?

10:51AM 16    A.   CERTAINLY IRREGULAR IN THAT GENERALLY WE WOULD HAVE

10:51AM 17    FINANCIAL STATEMENTS, AS I'VE SAID BEFORE, AND OTHER

10:51AM 18    DOCUMENTATION AND SO FORTH COMING FROM THE COMPANY.

10:51AM 19         I FELT COMFORTABLE WITH ELIZABETH AND A FEW OTHERS THAT I

10:51AM 20    MET THAT SHE WAS VERY CONCERNED, AND POTENTIALLY RIGHTLY SO,

10:51AM 21    THAT WHAT SHE WAS WORKING ON AND THE COMPANY WAS WORKING ON WAS

10:52AM 22    VERY TRANSFORMATIVE, AND THEY DID NOT WANT TO HAVE ANY

10:52AM 23    INFORMATION GET OUT INTO THE PUBLIC DOMAIN SO AS TO GIVE ONE OF

10:52AM 24    HER COMPETITORS A CHANCE TO CRUSH THE COMPANY BEFORE THE

10:52AM 25    COMPANY GOT TO FRUITION.

10:52AM  1      BUT THERE IS CERTAIN INFORMATION, AS I SAID BEFORE, LIKE

10:52AM  2  FINANCIALS, THAT TYPICALLY WOULD HAVE BEEN PROVIDED.

10:52AM  3  Q.   AND AT THE TIME THAT YOU WERE MOVING FORWARD WITH THIS

10:52AM  4  INVESTMENT AND LACKED THAT INFORMATION, WERE YOU SATISFIED WITH

10:52AM  5  THAT EXPLANATION FROM MS. HOLMES ABOUT THE REASON WHY YOU

10:52AM  6  DIDN'T HAVE THAT INFORMATION?

10:52AM  7  A.   YES.

10:52AM  8  Q.   THIS STEP OF SENDING THIS KIND OF DISCLOSURE TO BDV

10:52AM  9  INVESTORS, HAD BDV EVER TAKEN THIS ACTION BEFORE WITH RESPECT

10:52AM  10  TO A PREVIOUS INVESTMENT?

10:52AM  11  A.   NO, NOT SOMETHING LIKE THIS.  OUR DOCUMENTATION WOULD

10:52AM  12  INCLUDE SOMETHING SIMILAR AS WAS BEFORE, YOU ARE AN ACCREDITED

10:53AM  13  INVESTOR, YOU REALIZE THIS IS SPECULATIVE, AND SO FORTH.  BUT

10:53AM  14  WE FELT THAT IT WAS IMPORTANT TO PROVIDE THIS ADDITIONAL

10:53AM  15  DISCLOSURE.

10:53AM  16  Q.   IN DECIDING TO INVEST IN THERANOS, I JUST WANT TO MAKE

10:53AM  17  SURE THAT I UNDERSTAND THE SOURCES OF INFORMATION THAT YOU

10:53AM  18  RELIED UPON.

10:53AM  19      IN ADDITION TO THE CALLS WITH MS. HOLMES THAT WE'VE BEEN

10:53AM  20  TALKING ABOUT, DID YOU EVER RECEIVE WRITTEN MATERIALS FROM THE

10:53AM  21  COMPANY IN THE TIME PERIOD LEADING UP TO THE 2013 INVESTMENT?

10:53AM  22  A.   I DON'T RECALL OTHER THAN WHAT WAS MADE GENERALLY PUBLICLY

10:53AM  23  AVAILABLE.  I DON'T THINK I RECEIVED ANYTHING PROPRIETARY.

10:53AM  24  Q.   DID YOU VIEW ANY PRESENTATIONS FROM MS. HOLMES DURING ANY

10:53AM  25  IN-PERSON MEETINGS LEADING UP TO THAT 2013 INVESTMENT?

10:53AM 1    A.  IF, IF YOU LITERALLY MEAN RIGHT BEFORE THE INVESTMENT OR

10:54AM 2    WITHIN A FEW MONTHS, I DON'T THINK SO.  BUT I WOULD ALSO HAVE

10:54AM 3    TO SAY THAT I DON'T REMEMBER FOR SURE.

10:54AM 4    Q.  TO THE EXTENT THAT YOU WERE PRESENTED WITH ANY SLIDE

10:54AM 5    PRESENTATIONS BY MS. HOLMES OR THERANOS AROUND THE 2013 TIME

10:54AM 6    PERIOD, WERE YOU ALLOWED TO RETAIN COPIES OF THOSE

10:54AM 7    PRESENTATIONS?

10:54AM 8    A.  I JUST DON'T, DON'T REMEMBER.  YEAH, I JUST DON'T

10:54AM 9    REMEMBER.

10:54AM 10   Q.  WE SPOKE ABOUT NEWS ARTICLES REGARDING THERANOS.  DID YOU

10:54AM 11   GENERALLY LOOK FOR AND REVIEW NEWS ARTICLES ABOUT THE COMPANY

10:54AM 12   LEADING UP TO THE INVESTMENT?

10:54AM 13   A.  YES.

10:54AM 14   Q.  YOU ALSO TALKED ABOUT THE WEBSITE.  DID YOU REVIEW THE

10:54AM 15   THERANOS WEBSITE BEFORE DECIDING TO INVEST IN THE COMPANY IN

10:54AM 16   DECEMBER OF 2013?

10:54AM 17   A.  YES.

10:54AM 18   Q.  WHEN IT CAME TO YOUR UNDERSTANDING OF THE COMPANY STATUS

10:55AM 19   AT THAT TIME, I'D LIKE TO ASK YOU ABOUT A FEW SPECIFICS, AND

10:55AM 20   THIS IS BASED ON THE SOURCES OF INFORMATION THAT WE JUST TALKED

10:55AM 21   ABOUT.

10:55AM 22       FIRST, WHEN IT CAME TO THE COMPANY'S TECHNOLOGY, WHAT WAS

10:55AM 23   YOUR UNDERSTANDING OF THE DEVICES, THE DEVICE OR DEVICES THAT

10:55AM 24   THERANOS WAS USING TO CONDUCT ITS BLOOD TESTS?

10:55AM 25   A.  SO THE BRAIN OF THE DEVICE WAS, AND I THINK IT HAD

10:55AM   1    DIFFERENT NAMES, BUT THE ANALYZER WAS A BOX THE SIZE OF A PC,

10:55AM   2    YOU KNOW, A COUPLE FEET LONG, FOOT WIDE, AND LIKE OTHER

10:55AM   3    TECHNOLOGIES -- AND ABOUT A FOOT AND A HALF TALL.

10:55AM   4         AND LIKE OTHER TECHNOLOGIES, THEY WERE CONSTANTLY WORKING

10:55AM   5    TO MINIMIZE THAT, SO THERE WERE LARGER VERSIONS BEFORE, AND

10:55AM   6    WITH EACH ITERATION IT GOT SMALLER.

10:56AM   7         SO THAT WAS THE GUTS.

10:56AM   8    Q.   DID YOU EVER HAVE AN OPPORTUNITY TO SEE THE THERANOS

10:56AM   9    ANALYZER ITSELF?

10:56AM  10    A.   YES.

10:56AM  11    Q.   AND WHEN DID THAT HAPPEN?

10:56AM  12    A.   I'M SURE OVER THE YEARS A NUMBER OF TIMES.

10:56AM  13    Q.   MULTIPLE TIMES?

10:56AM  14    A.   YES.

10:56AM  15    Q.   AND WOULD THAT HAVE BEEN AT THERANOS'S HEADQUARTERS?

10:56AM  16    A.   YES.  AND PRIOR TO THAT, MY UNCLE WOULD HAVE AN ANNUAL

10:56AM  17    CONFERENCE FOR HIS INVESTORS, FOLKS WHO HAD COME IN ON OCCASION

10:56AM  18    AS THE TECHNOLOGY WAS DEVELOPED, AND ELIZABETH HAD BROUGHT A

10:56AM  19    BOX OR TWO, AN ANALYZER TO LET PEOPLE SEE IT.

10:56AM  20    Q.   BASED ON YOUR CONVERSATIONS WITH MS. HOLMES, DID YOU HAVE

10:56AM  21    AN UNDERSTANDING THAT THERE WAS ONE THERANOS ANALYZER THAT WAS

10:56AM  22    KIND OF GOING THROUGH VERSIONS, OR WAS THERE EVER A DISCUSSION

10:56AM  23    OF THE NEED FOR MULTIPLE DEVICES TO DO DIFFERENT KINDS OF

10:57AM  24    TESTS?

10:57AM  25    A.   MY GENERAL RECOLLECTION IS THAT IT WAS ONE DEVICE THAT WAS

10:57AM  1    BEING DEVELOPED TO HANDLE ALL OF THE TESTS.

10:57AM  2    Q.   AND AS FAR AS WHAT IT COULD DO, DID YOU UNDERSTAND THAT

10:57AM  3    THAT DEVICE WOULD RUN BLOOD TESTS USING A FINGERSTICK SAMPLE?

10:57AM  4    A.   YES.

10:57AM  5    Q.   HOW ABOUT AS TO THE AMOUNT OF TESTS THAT THAT DEVICE COULD

10:57AM  6    RUN?  DID YOU UNDERSTAND THAT IT COULD DO MULTIPLE KINDS OF

10:57AM  7    BLOOD TESTS?

10:57AM  8    A.   YES.

10:57AM  9    Q.   DID YOU HAVE AN UNDERSTANDING AROUND THE TIME THAT YOU

10:57AM  10   INVESTED ABOUT HOW MANY BLOOD TESTS THERANOS WAS OFFERING TO

10:57AM  11   THE PUBLIC?

10:57AM  12   A.   MY ESTIMATE WAS THAT IT COULD DO THE MAJORITY OF THE MOST

10:57AM  13   COMMON TESTS OUT THERE, SO THAT WOULD HAVE BEEN AT LEAST DOZENS

10:57AM  14   OF TESTS.

10:57AM  15   Q.   AND WAS THAT YOUR UNDERSTANDING BASED ON CONVERSATIONS

10:58AM  16   WITH MS. HOLMES?

10:58AM  17   A.   YES.  I WOULD JUST ADD, WITH THE INTENT OF CONTINUING TO

10:58AM  18   DEVELOP OTHER TESTS AS THEY'RE ABLE TO EXPAND THEIR EXPERTISE.

10:58AM  19   Q.   YOU UNDERSTOOD THAT THE NUMBER OF TESTS THAT THE ANALYZER

10:58AM  20   COULD PERFORM WAS GROWING?

10:58AM  21   A.   CORRECT.

10:58AM  22   Q.   BUT AT THE TIME WHEN YOU INVESTED IN DECEMBER OF 2013,

10:58AM  23   WHAT WAS YOUR UNDERSTANDING AS TO THE PROPORTION OF THERANOS'S

10:58AM  24   TESTS THAT COULD BE DONE USING THE THERANOS ANALYZER?

10:58AM  25   A.   YEAH.  AS I SAY, YOU KNOW, DOZENS, BUT CERTAINLY SOME HIGH

10:58AM   1    PERCENTAGE OF THE MOST COMMON BLOOD TESTS OUT THERE.

10:58AM   2    Q.   WOULD YOU HAVE BEEN SURPRISED AT THE TIME TO HEAR THAT THE

10:58AM   3    THERANOS ANALYZER WAS NEVER USED TO RUN MORE THAN 12 DIFFERENT

10:58AM   4    KINDS OF BLOOD TESTS IN THE THERANOS LAB?

10:58AM   5    A.   YES.

10:58AM   6    Q.   WOULD YOU HAVE BEEN VERY SURPRISED TO HEAR THAT?

10:58AM   7    A.   VERY SURPRISED.

10:59AM   8    Q.   WOULD THAT HAVE BEEN IMPORTANT INFORMATION FOR YOU TO KNOW

10:59AM   9    AT THE TIME THAT YOU INVESTED?

10:59AM   10   A.   YES.

10:59AM   11   Q.   WHY?

10:59AM   12   A.   WELL, IF WE HAD SPENT ALL OF THIS TIME AND NOW WE CAN ONLY

10:59AM   13   DO 12, THAT WOULD BE A PROBLEM.

10:59AM   14        HOWEVER, IF ONE WAS TOLD, GEE, WE CAN ONLY DO 12, BUT

10:59AM   15   WE'RE ADDING DOZENS EVERY MONTH, OR SOME NUMBER LIKE THAT, THEN

10:59AM   16   THAT'S JUST THE PROCESS THAT YOU GO THROUGH AS THE TECHNOLOGY

10:59AM   17   IS GETTING PREPARED FOR PRIMETIME AND DISTRIBUTION.

10:59AM   18   Q.   SO IT SOUNDS LIKE YOU WOULD HAVE BEEN UNDERSTANDING IF THE

10:59AM   19   ANSWER HAD BEEN, HERE'S WHERE WE ARE AND THERE'S MORE TO COME?

10:59AM   20   A.   YES.  IF TRULY THAT WAS THE CASE, YES.

10:59AM   21   Q.   BUT JUST TO BE CLEAR, WERE YOU TOLD IN 2013 THAT THE

10:59AM   22   THERANOS ANALYZER COULD RUN NO MORE THAN 12 TESTS?

10:59AM   23   A.   NO.

10:59AM   24   Q.   SPEAKING MORE ABOUT THE CAPABILITIES OF THE THERANOS

11:00AM   25   ANALYZER, DID MS. HOLMES TELL YOU ANYTHING ABOUT THE LEVEL OF

11:00AM 1    AUTOMATION AND ACCURACY THAT THE DEVICE WAS CAPABLE OF?

11:00AM 2    A.   I DON'T REMEMBER IF WE GOT INTO SPECIFICS, BUT CERTAINLY

11:00AM 3    THAT WAS THE WHOLE PURPOSE OF DEVELOPING THE TECHNOLOGY.

11:00AM 4    Q.   IF THE DEVICE HAD HAD THE SAME LEVEL OF AUTOMATION AS

11:00AM 5    CONVENTIONAL DEVICES AND IT HAD ACCURACY PROBLEMS, WOULD THOSE

11:00AM 6    FACTS HAVE BEEN IMPORTANT TO YOU AS A POTENTIAL INVESTOR IN THE

11:00AM 7    COMPANY?

11:00AM 8    A.   YES.

11:00AM 9    Q.   DURING YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE EVER

11:00AM 10   TELL YOU ABOUT ANY ACCURACY OR RELIABILITY PROBLEMS EXPERIENCED

11:00AM 11   BY THE THERANOS ANALYZER?

11:00AM 12   A.   I DON'T RECALL THAT HAPPENING.

11:00AM 13   Q.   IN YOUR CONVERSATIONS WITH MS. HOLMES, DID SHE EVER

11:00AM 14   DISCUSS THERANOS'S WORK WITH THE UNITED STATES MILITARY?

11:00AM 15   A.   YES.

11:01AM 16   Q.   AT THE TIME THAT YOU INVESTED, WHAT WAS YOUR UNDERSTANDING

11:01AM 17   FROM THOSE CONVERSATIONS ABOUT THE MILITARY'S USE OF THERANOS'S

11:01AM 18   TECHNOLOGY?

11:01AM 19   A.   WELL, THAT IT WAS BEING USED IN THE FIELD AND THAT IT WAS

11:01AM 20   VERY EXCITING BECAUSE OF THE THINGS THAT THE TECHNOLOGY COULD

11:01AM 21   DO THAT OTHER TECHNOLOGIES COULD NOT DO IN THE FIELD, AND IT

11:01AM 22   WAS IMPORTANT FOR THE SURVIVOR RATE FOR FOLKS WHO HAD BEEN

11:01AM 23   WOUNDED IN THE FIELD.

11:01AM 24   Q.   JUST TO BE CLEAR, FROM WHAT MS. HOLMES TOLD YOU, DID YOU

11:01AM 25   UNDERSTAND THAT THE THERANOS ANALYZER WAS ACTIVELY BEING USED

| | |
|---|---|
| 11:01AM | 1 | BY THE MILITARY TO TREAT SOLDIERS IN THE FIELD? |

11:01AM  1    BY THE MILITARY TO TREAT SOLDIERS IN THE FIELD?

11:01AM  2    A.   YES.

11:01AM  3    Q.   WOULD YOU HAVE BEEN SURPRISED AT THAT TIME TO HEAR THAT

11:01AM  4    THE MILITARY HAD NEVER USED ANY THERANOS TECHNOLOGY IN THE

11:01AM  5    TREATMENT OF SOLDIERS?

11:01AM  6    A.   YES, I WOULD HAVE BEEN SURPRISED.

11:01AM  7    Q.   WOULD IT HAVE SURPRISED YOU AT THAT TIME TO HEAR THAT

11:02AM  8    THERANOS OR THE MILITARY HAD NEVER SENT EVEN A SINGLE ANALYZER

11:02AM  9    TO THE MIDDLE EAST?

11:02AM  10   A.   YES, I WOULD HAVE BEEN SURPRISED.

11:02AM  11   Q.   COMPARING BDV'S INVESTMENT IN 2013 TO ITS INVESTMENT IN

11:02AM  12   2006, CAN YOU TELL ME ABOUT WHETHER YOU VIEWED THOSE TWO

11:02AM  13   INVESTMENTS AS CARRYING THE SAME AMOUNT OF RISK?

11:02AM  14   A.   NO.   THE ONE IN 2006, AS I SAID EARLIER, WE HOPED THAT

11:02AM  15   ELIZABETH AND HER TEAM, WHO SEEMED VERY DEDICATED AND VERY

11:02AM  16   PURPOSEFUL AND PASSIONATE, COULD DEVELOP IT, BUT THERE WAS NO

11:02AM  17   GUARANTEE.   HOPEFULLY IT HAPPENED, AND HOPEFULLY NOT.   THAT'S

11:02AM  18   WHAT VENTURE INVESTING IS.

11:02AM  19        HOWEVER, ALSO, AS I SAID EARLIER, AS YOU GO UP TO LATER

11:02AM  20   STAGE INVESTMENTS, THE RISK PROFILE GOES DOWN AND YOU WOULD

11:02AM  21   EXPECT TO HAVE A HIGHER CERTAINTY OF A RETURN.

11:03AM  22        SO THE DIFFERENCE BETWEEN THE TWO TIME PERIODS WAS HUGE.

11:03AM  23   Q.   AND IN DRAWING THAT COMPARISON AND REACHING THAT

11:03AM  24   UNDERSTANDING ABOUT THE LEVEL OF RISK IN 2013, WERE YOU RELYING

11:03AM  25   ON YOUR CONVERSATIONS WITH MS. HOLMES?

11:03AM   1    A.   YES.

11:03AM   2    Q.   FOLLOWING BDV'S INVESTMENT IN THERANOS IN 2013, DID YOU

11:03AM   3    CONTINUE TO STAY IN CONTACT WITH MS. HOLMES?

11:03AM   4    A.   YES.

11:03AM   5    Q.   DID SHE CONTINUE TO PROVIDE YOU WITH INFORMATION ABOUT THE

11:03AM   6    COMPANY?

11:03AM   7    A.   YES, WE WOULD SPEAK REGULARLY.

11:03AM   8    Q.   I'LL ASK YOU TO LOOK, JUST BRIEFLY, AT EXHIBIT 1770.  IT'S

11:03AM   9    TAB 1770 IN YOUR BINDER.

11:04AM  10         AND DO YOU HAVE THAT IN FRONT OF YOU?

11:04AM  11    A.   YES.

11:04AM  12    Q.   IS THIS ANOTHER EMAIL FROM THERANOS TO A GROUP OF

11:04AM  13    INVESTORS, INCLUDING YOU, IN JUNE OF 2014?

11:04AM  14    A.   YES.

11:04AM  15              MR. BOSTIC:  YOUR HONOR, THE GOVERNMENT --

11:04AM  16              THE WITNESS:  I CAN'T FIND MY ADDRESS, BUT I'M SURE

11:04AM  17    I'M IN HERE.

11:04AM  18              MR. BOSTIC:  I THINK WE CAN HIGHLIGHT IT FOR YOU.

11:04AM  19         YOUR HONOR, THE GOVERNMENT MOVES TO ADMIT EXHIBIT 1770.

11:04AM  20              MR. DOWNEY:  YOUR HONOR, I ACTUALLY THINK THE

11:04AM  21    ATTACHMENT TO THIS IS A LITTLE DIFFERENT THAN WHAT WAS

11:04AM  22    CONTEMPORANEOUSLY SENT.

11:04AM  23         THIS SAME EXHIBIT ATTACHMENT HAS BEEN ADMITTED ELSEWHERE.

11:04AM  24         I DON'T OBJECT TO THE EMAIL, BUT I OBJECT TO THE CONTENT

11:04AM  25    FROM AFTER THE EMAIL WAS SENT.

| | |
|---|---|
| 11:04AM | 1 |

MR. BOSTIC:  YOUR HONOR, I'M HAPPY TO ADMIT JUST

PAGES 1 AND 2 OF THE EXHIBIT IF THAT WOULD ADDRESS THE CONCERN.

MR. DOWNEY:  IT WOULD, YOUR HONOR.

THE COURT:  PAGES 1 AND 2 OF 1770 ARE ADMITTED, AND

THEY MAY BE PUBLISHED.

MR. BOSTIC:  THANK YOU, YOUR HONOR.

(GOVERNMENT'S EXHIBIT 1770, PAGES 1 AND 2, WAS RECEIVED IN

EVIDENCE.)

BY MR. BOSTIC:

Q.   AND, MR. LUCAS, DO YOU SEE THAT WE'VE REDACTED A NUMBER OF

EMAIL ADDRESSES HERE, BUT APPEARING ON THE PAGE SHOULD BE YOUR

ADDRESS AND MS. HOLMES IN THAT BCC FIELD.

DO YOU SEE THAT?

A.   YES.

Q.   AND THIS IS A JUNE 12TH, 2014 EMAIL.

LET'S LOOK AT PAGE 2 AND ZOOM IN ON THE TEXT THERE.

IT SAYS, "TO OUR SHAREHOLDERS:

"LAST SEPTEMBER, WE INTRODUCED OUR PRODUCTS TO THE

CONSUMER AND CLINICAL MARKETS AFTER TEN YEARS OF INCREDIBLE

WORK AND DEDICATION OF SO MANY PEOPLE."

DO YOU SEE THAT?

A.   YES.

Q.   AND THE SECOND PARAGRAPH SAYS, "WITH THIS EMAIL, WE'RE

VERY PLEASED TO SHARE WITH YOU THIS MONTH'S 'FORTUNE' MAGAZINE

COVER STORY.  FORTUNE DID IN-DEPTH RESEARCH TO UNDERSTAND THE

11:06AM 1      IMPACT OUR WORK WILL HAVE ON THE WORLD AND WE SELECTIVELY

11:06AM 2      SHARED MORE OF OUR WORK FOR THIS PIECE."

11:06AM 3          DO YOU SEE THAT?

11:06AM 4      A.   YES.

11:06AM 5      Q.   AND THERE'S A LINK TO THE JUNE 2014 "FORTUNE" ARTICLE; IS

11:06AM 6      THAT CORRECT?

11:06AM 7      A.   YES.

11:06AM 8      Q.   AND DO YOU REMEMBER REVIEWING THAT 2014 "FORTUNE" ARTICLE

11:06AM 9      WHEN THEY SENT IT TO YOU?

11:06AM 10     A.   YES.  IT WAS VERY EXCITING.

11:06AM 11     Q.   LET'S LOOK AT THAT ARTICLE.  IT'S EXHIBIT 1776, AND IT'S

11:06AM 12     ALREADY IN EVIDENCE.

11:06AM 13         MR. LUCAS, THIS IS AN ARTICLE TITLED "THIS CEO IS OUT FOR

11:06AM 14     BLOOD" WRITTEN BY SOMEONE NAMED ROGER PARLOFF, PUBLISHED ON

11:06AM 15     JUNE 12TH, 2014; IS THAT CORRECT?

11:06AM 16     A.   YES.

11:06AM 17     Q.   AND DO YOU RECALL READING THIS ARTICLE?

11:06AM 18     A.   GREAT ARTICLE AND GREAT PICTURES, THE WHOLE THING.

11:06AM 19     Q.   AND DID THIS ARTICLE CAUSE YOU TO FEEL MORE POSITIVE ABOUT

11:07AM 20     THE INVESTMENT THAT YOU HAD MADE IN THERANOS?

11:07AM 21     A.   YES.  I WAS VERY PROUD OF THE SITUATION, PROUD WE WERE

11:07AM 22     INVOLVED, PROUD OF ELIZABETH, THE WHOLE THING, YES.

11:07AM 23              MR. BOSTIC:  A MOMENT, YOUR HONOR?

11:07AM 24              THE COURT:  YES.

11:07AM 25         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

| | | |
|---|---|---|
| 11:07AM | 1 | MR. BOSTIC:  NO FURTHER QUESTIONS AT THIS TIME. |
| 11:07AM | 2 | THANK YOU, MR. LUCAS. |
| 11:07AM | 3 | THE COURT:  CROSS-EXAMINATION? |
| 11:07AM | 4 | MR. DOWNEY:  YES, YOUR HONOR. |
| 11:07AM | 5 | THE COURT:  FOLKS, IF YOU WOULD LIKE TO STAND AND |
| 11:07AM | 6 | STRETCH AGAIN WHILE WE MAKE THIS CHANGE, FEEL FREE. |
| 11:07AM | 7 | (STRETCHING.) |
| 11:08AM | 8 | MR. DOWNEY:  YOUR HONOR, MAY I APPROACH THE WITNESS? |
| 11:08AM | 9 | THE COURT:  YES. |
| 11:08AM | 10 | MR. DOWNEY:  (HANDING.) |
| 11:08AM | 11 | THE WITNESS:  GOOD MORNING. |
| 11:08AM | 12 | MR. DOWNEY:  GOOD MORNING. |
| 11:08AM | 13 | THE WITNESS:  THANK YOU. |
| 11:08AM | 14 | THE COURT:  MR. DOWNEY. |
| 11:08AM | 15 | **CROSS-EXAMINATION** |
| 11:08AM | 16 | BY MR. DOWNEY: |
| 11:08AM | 17 | Q.   MR. LUCAS, I'M GOING TO REMOVE MY MASK AS WELL. |
| 11:08AM | 18 | A.   SURE. |
| 11:08AM | 19 | Q.   GOOD MORNING TO YOU. |
| 11:08AM | 20 | MY NAME IS KEVIN DOWNEY, AND I REPRESENT MS. HOLMES.  I'M |
| 11:08AM | 21 | GOING TO ASK YOU A FEW QUESTIONS TODAY. |
| 11:08AM | 22 | I WANT TO TALK ABOUT THE PERIOD WHEN YOU WERE INTRODUCED |
| 11:08AM | 23 | TO THERANOS.  THAT WAS IN -- I BELIEVE YOU TESTIFIED THAT WAS |
| 11:08AM | 24 | EITHER 2005 OR 2006; CORRECT? |
| 11:09AM | 25 | A.   YES. |

11:09AM   1    Q.   AND YOU WERE INTRODUCED TO THE INVESTMENT OPPORTUNITY BY

11:09AM   2    YOUR UNCLE, DON LUCAS; IS THAT RIGHT?

11:09AM   3    A.   YES.

11:09AM   4    Q.   AND HE WAS -- HE HAD BEEN A LEGENDARY VENTURE CAPITAL

11:09AM   5    INVESTOR FOR YEARS IN THE VALLEY; CORRECT?

11:09AM   6    A.   HE HAD BEEN VERY SUCCESSFUL, YES.

11:09AM   7    Q.   AND HE WAS SOMEWHAT OF A MENTOR TO YOU; CORRECT?

11:09AM   8    A.   YES.

11:09AM   9    Q.   AND HE RECOMMENDED THAT YOU LOOK AT THERANOS AS A

11:09AM  10    POTENTIAL INVESTMENT; IS THAT RIGHT?

11:09AM  11    A.   YES.

11:09AM  12    Q.   IN CONNECTION WITH YOUR DECISION TO INVEST IN THERANOS,

11:09AM  13    DID YOU ENGAGE IN THE NORMAL PROCESS THAT YOU ENGAGE IN OF

11:09AM  14    ASSESSING A COMPANY ALONG THE LINES OF WHAT YOU DESCRIBED TO

11:09AM  15    MR. BOSTIC ON DIRECT EXAMINATION?

11:09AM  16    A.   IN THE VERY BEGINNING I DON'T REMEMBER HOW MUCH DILIGENCE

11:09AM  17    WE DID.  THIS WAS A SITUATION WHERE DON HAD ALREADY BEEN ON THE

11:09AM  18    BOARD, OR ABOUT TO BE ON THE BOARD, AND SO OBVIOUSLY WE FELT

11:10AM  19    VERY COMFORTABLE WITH HIS EXPERIENCE AND KNOWLEDGE.

11:10AM  20    Q.   IN THE ORDINARY COURSE, I THINK YOU TESTIFIED THAT YOU

11:10AM  21    WOULD MEET THE CEO OR THE MANAGEMENT TEAM; CORRECT?

11:10AM  22    A.   CORRECT.

11:10AM  23    Q.   AND YOU DID THAT WITH MS. HOLMES PRIOR TO THE INVESTMENT;

11:10AM  24    CORRECT?

11:10AM  25    A.   I, I BELIEVE SO.  I DON'T, I DON'T ABSOLUTELY RECALL --

| | | |
|---|---|---|
| 11:10AM | 1 | Q.   OKAY. |
| 11:10AM | 2 | A.   -- IF IT WAS BEFORE. |
| 11:10AM | 3 | Q.   OKAY.  AT WHATEVER POINT YOU MET HER, YOUR IMPRESSIONS OF |
| 11:10AM | 4 | HER WERE VERY POSITIVE; CORRECT? |
| 11:10AM | 5 | A.   VERY POSITIVE. |
| 11:10AM | 6 | Q.   AND THAT'S AN IMPORTANT FACTOR IN MAKING A DECISION TO |
| 11:10AM | 7 | INVEST IN A COMPANY; CORRECT? |
| 11:10AM | 8 | A.   YES. |
| 11:10AM | 9 | Q.   AND COULD YOU TELL US WHAT CHARACTERISTICS OF MS. HOLMES |
| 11:10AM | 10 | GAVE YOU A POSITIVE IMPRESSION AS YOU WERE EVALUATING THE |
| 11:10AM | 11 | INVESTMENT? |
| 11:10AM | 12 | A.   SURE.  SHE WAS VERY ARTICULATE, VERY PASSIONATE, SHE IS |
| 11:10AM | 13 | VERY SMART, AND SHE WAS ON A MISSION.  THIS WAS NOT JUST FOR |
| 11:11AM | 14 | HER, "WE'RE GOING TO MAKE A BUNCH OF MONEY."  SHE WAS ON A |
| 11:11AM | 15 | MISSION TO PROVIDE TECHNOLOGY TO THE WORLD THAT WOULD BE VERY |
| 11:11AM | 16 | HELPFUL. |
| 11:11AM | 17 | Q.   AND WAS THAT IMPRESSION OF HER IMPORTANT TO YOUR DECISION |
| 11:11AM | 18 | TO INVEST IN 2006? |
| 11:11AM | 19 | A.   YES. |
| 11:11AM | 20 | Q.   WAS IT IMPORTANT TO YOUR DECISION TO INVEST IN 2013? |
| 11:11AM | 21 | A.   YES. |
| 11:11AM | 22 | Q.   YOU TALKED ABOUT HER VISION.  TELL US HER VISION AS YOU |
| 11:11AM | 23 | UNDERSTOOD IT IN 2006. |
| 11:11AM | 24 | A.   IT WAS -- JUST BROADLY, WITH A SMALL AMOUNT OF BLOOD, |
| 11:11AM | 25 | WE'RE GOING TO DEVELOP THE TECHNOLOGY TO BE ABLE TO RUN TESTS |

11:11AM 1    ON THAT BLOOD SO THAT VIALS DID NOT HAVE TO BE DRAWN FROM THE

11:11AM 2    ARM.

11:11AM 3    Q.   OKAY.  AND DO YOU RECALL THE CONTEXT IN WHICH SHE WANTED

11:11AM 4    TO BRING THAT PRODUCT TO MARKET AT THAT TIME IN 2006?

11:11AM 5    A.   THERE MAY HAVE BEEN SOME THOUGHTS, BUT THIS WOULD HAVE

11:12AM 6    BEEN VERY PREMATURE GIVEN THAT THE TECHNOLOGY WASN'T AVAILABLE

11:12AM 7    YET.

11:12AM 8    Q.   WAS IT YOUR UNDERSTANDING THAT THE SITUATION WAS THAT THEY

11:12AM 9    HAD A PROTOTYPE AND THEY WERE WORKING TO DEVELOP THAT INTO A

11:12AM 10   MORE DEVELOPED FORM OF TECHNOLOGY?

11:12AM 11   A.   I DON'T FULLY RECALL, BUT CERTAINLY THEY HAD SOME

11:12AM 12   TECHNOLOGY THAT HAD BEEN DEVELOPED THAT THEY WERE WORKING ON.

11:12AM 13   Q.   OKAY.  YOU DESCRIBED FOR MR. BOSTIC THE TYPICAL PROCESS IN

11:12AM 14   VENTURE CAPITAL OF ASSESSING AN INVESTMENT, AND I REALIZE IT'S

11:12AM 15   A LONG TIME AGO AND YOU DON'T RECALL PRECISELY WHAT PROCESS YOU

11:12AM 16   WENT THROUGH.

11:12AM 17       I WANT TO ASK YOU ABOUT YOUR UNCLE AND HIS PROCESSES IN

11:12AM 18   ASSESSING INVESTMENTS.

11:12AM 19       DO YOU KNOW IF HE WENT THROUGH THE TYPE OF PROCESS IN

11:12AM 20   ASSESSING AN INVESTMENT THAT YOU DESCRIBED ON DIRECT TO

11:13AM 21   MR. BOSTIC?

11:13AM 22   A.   TYPICALLY HE, HE WOULD.

11:13AM 23       HAVING SAID THAT, HE WAS VERY MUCH ONE THAT PUT A LOT OF

11:13AM 24   FAITH IN THE FOUNDER OR FOUNDERS OF THE COMPANY.

11:13AM 25       HE WOULD SAY IT'S ALWAYS ABOUT THE PEOPLE.  IT'S ALL ABOUT

11:13AM 1    THE PEOPLE.

11:13AM 2    Q.   AND THAT, THAT WAS A THOUGHT THAT HE COMMUNICATED TO YOU

11:13AM 3    AS A GENERAL INVESTING PHILOSOPHY?

11:13AM 4    A.   YES.

11:13AM 5    Q.   AND HE COMMUNICATED HIS VIEWS -- DID HE COMMUNICATE HIS

11:13AM 6    VIEWS OF MS. HOLMES TO YOU AROUND THE TIME THAT YOU MADE YOUR

11:13AM 7    ORIGINAL INVESTMENT?

11:13AM 8    A.   YES.

11:13AM 9    Q.   AND WHAT DID HE CONVEY TO YOU AT THE TIME ABOUT

11:13AM 10   MS. HOLMES?

11:13AM 11   A.   THAT, AS I SAID EARLIER, SHE WAS VERY PASSIONATE, AND THAT

11:13AM 12   IT SEEMED LIKE SHE WAS GOING TO BE ABLE TO DEVELOP THE

11:13AM 13   TECHNOLOGY, AND THIS LOOKED LIKE A WONDERFUL INVESTMENT

11:14AM 14   OPPORTUNITY.

11:14AM 15   Q.   I THINK YOU MENTIONED ON DIRECT THAT IN ADDITION TO YOUR

11:14AM 16   UNCLE, THERE WAS ANOTHER VENTURE INVESTOR WHO WAS INVOLVED IN

11:14AM 17   INVESTING IN THE COMPANY AT THE SAME TIME.

11:14AM 18        DO YOU RECALL TELLING THAT TO US ON DIRECT?

11:14AM 19   A.   YES.

11:14AM 20   Q.   LET ME -- IF I MIGHT, I WILL FINISH THE QUESTION AND THEN

11:14AM 21   YOU CAN RESPOND SO IT'S EASIER FOR OUR COURT REPORTER TO TAKE

11:14AM 22   DOWN WHAT WE'RE SAYING.

11:14AM 23        WAS THE OTHER INVESTOR PETE THOMAS?

11:14AM 24   A.   YES.

11:14AM 25   Q.   AND HE WAS AFFILIATED WITH A FIRM CALLED ATA VENTURES;

11:14AM   1    CORRECT?

11:14AM   2    A.   CORRECT.

11:14AM   3    Q.   AND DID YOU BECOME FAMILIAR WITH THE PROCESS THAT

11:14AM   4    MR. THOMAS WENT THROUGH IN INVESTING PRIOR TO THE TIME THAT YOU

11:14AM   5    MADE YOUR FIRST INVESTMENT IN THERANOS?

11:14AM   6    A.   I MAY HAVE HAD A CONVERSATION WITH HIM, BUT I DON'T KNOW

11:14AM   7    FULLY THE PROCESS THAT HE DID.

11:14AM   8    Q.   OKAY.  IS IT CUSTOMARY IN CONNECTION WITH THE DILIGENCE

11:15AM   9    PROCESS FOR THE VENTURE CAPITAL FIRM TO IN SOME INSTANCES

11:15AM  10    RETAIN A LAW FIRM TO ASSIST IT IN CONDUCTING DUE DILIGENCE?

11:15AM  11    A.   SOMETIMES.

11:15AM  12    Q.   WAS THAT DONE IN CONNECTION -- BY EITHER YOUR UNCLE OR BY

11:15AM  13    MR. THOMAS IN CONNECTION WITH ASSESSING THE INVESTMENT IN 2006?

11:15AM  14    A.   I DON'T KNOW.  YEAH, I DON'T KNOW.

11:15AM  15    Q.   LET ME SEE IF I CAN SHOW YOU A DOCUMENT, AND JUST TAKE A

11:15AM  16    LOOK AT IT, AND WE'LL SEE IF IT REFRESHES YOUR RECOLLECTION IN

11:15AM  17    ANY REGARD.  I DON'T WANT YOU TO COMMENT ON THE DOCUMENT.  I

11:15AM  18    JUST WANT YOU TO LOOK AT IT IN THE FIRST INSTANCE.

11:15AM  19        THE DOCUMENT WILL BE IN THE NOTEBOOK THAT I GAVE YOU, AND

11:15AM  20    IT'S LABELLED 14219.

11:16AM  21        (PAUSE IN PROCEEDINGS.)

11:16AM  22    BY MR. DOWNEY:

11:16AM  23    Q.   HAVE YOU HAD AN OPPORTUNITY TO LOOK AT THAT?

11:16AM  24    A.   OH, I'M SORRY.  I'VE JUST SEEN -- I DON'T KNOW WHAT YOU

11:16AM  25    WANT ME TO LOOK AT.

11:16AM  1    Q.   WELL, IF YOU LOOK AT THE EMAIL, AND YOU CAN SKIM THE

11:17AM  2    ATTACHMENT.

11:17AM  3    A.   YOU WANT ME TO LOOK AT THE WHOLE?

11:17AM  4    Q.   YEAH.  YOU DON'T HAVE TO LOOK AT IT IN DETAIL.  I JUST

11:17AM  5    WANT YOU TO LOOK AT THE NATURE OF THE ATTACHMENT.

11:17AM  6    A.   YES.

11:17AM  7    Q.   DOES THAT REFRESH YOUR RECOLLECTION THAT YOU WERE TOLD IN

11:17AM  8    2005 OR 2006 THAT MR. THOMAS HAD ENGAGED IN A DUE DILIGENCE

11:17AM  9    PROCESS IN CONNECTION WITH MAKING A DECISION TO INVEST IN

11:17AM  10   THERANOS?

11:17AM  11   A.   NO.  I DID NOT KNOW PETE THOMAS VERY WELL, AND CERTAINLY

11:17AM  12   AT THIS TIME I DIDN'T KNOW ANYTHING ABOUT THIS.

11:17AM  13   Q.   OKAY.  DO YOU HAVE ANY RECOLLECTION WHETHER YOU ENGAGED IN

11:17AM  14   THE REVIEW OF ANY OF THE TYPES OF MATERIALS THAT ARE IDENTIFIED

11:17AM  15   IN EXHIBIT 14219?

11:17AM  16   A.   THERE MAY HAVE BEEN SOME MATERIAL.  THERE WAS -- IF I AM

11:17AM  17   REMEMBERING CORRECTLY -- A DESCRIPTION OF THE TECHNOLOGY AND

11:18AM  18   WHAT THE INTENT WAS SUPPOSED TO BE AND SO FORTH.

11:18AM  19        BUT IN TERMS OF GOING THROUGH THE CORPORATE RECORDS AND IP

11:18AM  20   LIST AND MATERIAL AGREEMENTS AND SO FORTH, I MEAN, THIS IS A

11:18AM  21   STANDARD DUE DILIGENCE LIST THAT ONE WOULD CERTAINLY DO.

11:18AM  22   Q.   OKAY.  AND AM I UNDERSTANDING YOU THAT YOU JUST DON'T

11:18AM  23   RECALL ONE WAY OR ANOTHER WHETHER YOU DID THAT PRIOR TO THE

11:18AM  24   TIME THAT YOU UNDERTOOK YOUR INVESTMENT?

11:18AM  25   A.   OTHER THAN, AS I SAY, MAYBE SEEING SOME MATERIAL.  NO, WE

11:18AM  1      DID NOT CONDUCT ALL OF THIS --

11:18AM  2      Q.   OKAY.

11:18AM  3      A.   -- AS I WOULD BELIEVE THAT MAYBE IT WAS DONE.

11:18AM  4           AND, AGAIN, WITH MY UNCLE'S INVOLVEMENT, IT CERTAINLY

11:18AM  5      WOULD -- YOU KNOW, WE'RE GOING ON HIS EXPERIENCE AS WELL.

11:18AM  6      Q.   OKAY.  AND IT'S CUSTOMARY IN THESE SITUATIONS TO LOOK AT

11:18AM  7      THE PATENT PORTFOLIO OF THE COMPANY; CORRECT?

11:19AM  8      A.   YES, MANY TIMES, YES.

11:19AM  9      Q.   AND IT IS CUSTOMARY TO LOOK AT THE MATERIAL AGREEMENTS

11:19AM  10     THAT THE COMPANY HAS, THE CONTRACTS THAT IT HAS IN PLACE THAT

11:19AM  11     WILL AFFECT ITS BUSINESS?

11:19AM  12     A.   YES.

11:19AM  13     Q.   AND IT'S CUSTOMARY TO LOOK AT OTHER CORPORATE DOCUMENTS TO

11:19AM  14     SEE HOW THE COMPANY IS SET UP; CORRECT?

11:19AM  15     A.   YES.

11:19AM  16     Q.   OKAY.  LET ME SHOW YOU AN EXHIBIT THAT IS ALSO IN THE

11:19AM  17     BLACK BINDER THAT IS NUMBERED 12022.

11:19AM  18          AND THERE'S AN ATTACHMENT TO THIS.  I DON'T WANT TO OR

11:19AM  19     REALLY NEED YOU TO TAKE THE TIME TO REVIEW THE ENTIRE

11:20AM  20     ATTACHMENT.

11:20AM  21          I GUESS MY FIRST QUESTION IS, DO YOU JUST RECOGNIZE THIS

11:20AM  22     AS AN EMAIL BETWEEN YOU AND MS. HOLMES AT YOUR BDVENTURES EMAIL

11:20AM  23     ADDRESS IN LATE 2005?

11:20AM  24     A.   YES, AND THIS IS -- AND AGAIN, I'VE NOT LOOKED AT IT, BUT

11:20AM  25     THIS IS -- WHEN I WAS REFERRING TO SOME MATERIAL, I WOULD HAVE

11:20AM   1    SEEN THIS.  IT LOOKS LIKE WHAT I MAY HAVE SEEN.

11:20AM   2    Q.   THIS APPEARS TO BE MATERIAL THAT SHE SENT TO YOU IN

11:20AM   3    CONNECTION WITH YOUR 2006 INVESTMENT?

11:20AM   4    A.   YEAH, YEAH.

11:20AM   5    Q.   AGAIN, MR. LUCAS, I KNOW IT'S NOT CUSTOMARY, IF YOU COULD

11:20AM   6    WAIT UNTIL THE QUESTION HAS ENDED, IT WILL MAKE OUR TRANSCRIPT

11:20AM   7    A LITTLE BETTER.

11:20AM   8        THIS IS MATERIAL THAT MS. HOLMES SENT YOU IN CONNECTION

11:20AM   9    WITH YOUR CONSIDERATION OF AN INVESTMENT IN 2006?

11:20AM  10    A.   YES.

11:20AM  11             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:20AM  12    12022.

11:21AM  13             MR. BOSTIC:  NO OBJECTION.

11:21AM  14             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:21AM  15        (DEFENDANT'S EXHIBIT 12022 WAS RECEIVED IN EVIDENCE.)

11:21AM  16    BY MR. DOWNEY:

11:21AM  17    Q.   YOU CAN REVIEW AS MUCH OF THE ATTACHMENT AS YOU NEED TO,

11:21AM  18    BUT I'M GOING TO POINT YOU TO SOME PARTICULAR PLACES THAT ARE

11:21AM  19    OF INTEREST TO ME.

11:21AM  20        FIRST OF ALL, IF YOU SEE THE EMAIL ON THE FIRST PAGE

11:21AM  21    BETWEEN -- THE EMAIL ON THE TOP INDICATES THAT THIS IS THE

11:21AM  22    COMMUNICATION BETWEEN YOU AND MS. HOLMES; CORRECT?

11:21AM  23    A.   YES.

11:21AM  24    Q.   AND SHE WAS SENDING YOU A POWERPOINT ABOUT THE THERANOS

11:21AM  25    INDUSTRY; CORRECT?

LUCAS CROSS BY MR. DOWNEY

| | | |
|---|---|---|
| 11:21AM | 1 | A.   YES. |
| 11:21AM | 2 | Q.   AND AN OFFERING MEMORANDUM; CORRECT? |
| 11:21AM | 3 | A.   YES. |
| 11:21AM | 4 | Q.   AND VARIOUS FINANCIAL INFORMATION RELATED TO THE COMPANY; |
| 11:21AM | 5 | CORRECT? |
| 11:21AM | 6 | A.   YES. |
| 11:21AM | 7 | Q.   AND IF YOU GO DOWN TO THE BOTTOM EMAIL ON THAT PAGE, YOU |
| 11:22AM | 8 | SEE THAT THERE'S AN EMAIL FROM YOU, AND IT SAYS, "I REALLY |
| 11:22AM | 9 | ENJOYED MEETING YOU AND LEARNING ABOUT YOUR COMPANY"? |
| 11:22AM | 10 | CORRECT? |
| 11:22AM | 11 | A.   YES. |
| 11:22AM | 12 | Q.   AND SO THIS LOOKS LIKE TO BE A FOLLOWUP AFTER YOUR FIRST |
| 11:22AM | 13 | MEETING WITH MS. HOLMES; CORRECT? |
| 11:22AM | 14 | A.   YES. |
| 11:22AM | 15 | Q.   AND THEN IN THE NEXT PARAGRAPH IT SAYS, "I KNOW THAT DON |
| 11:22AM | 16 | IS VERY EXCITED ABOUT YOUR FUTURE AND SEES HOW WE CAN HELP MAKE |
| 11:22AM | 17 | YOUR COMPANY A HUGE SUCCESS." |
| 11:22AM | 18 | DO YOU SEE THAT? |
| 11:22AM | 19 | A.   YES. |
| 11:22AM | 20 | Q.   AND THAT'S A REFERENCE TO YOUR UNCLE; CORRECT? |
| 11:22AM | 21 | A.   CORRECT. |
| 11:22AM | 22 | Q.   AND THAT'S CONSISTENT WITH YOUR RECOLLECTION THAT HE WAS |
| 11:22AM | 23 | EXCITED ABOUT THE COMPANY; CORRECT? |
| 11:22AM | 24 | A.   YES.  SORRY. |
| 11:22AM | 25 | Q.   IN THE CONTEXT OF MAKING AN INVESTMENT, OF COURSE YOUR |

11:22AM   1    UNCLE'S VIEW OF HOW THE -- A VIEW OF THE INVESTMENT AND YOUR

11:22AM   2    LIKELY SUCCESS IN CONNECTION WITH THE INVESTMENT WAS AN

11:22AM   3    IMPORTANT FACTOR TO YOU?

11:23AM   4    A.   CORRECT.

11:23AM   5    Q.   I WANT YOU TO -- I WANT TO JUST DIRECT YOUR ATTENTION TO

11:23AM   6    THE ATTACHMENTS.  I THINK THERE'S AN ATTACHMENT SET OF SLIDES,

11:23AM   7    AND THAT STARTS IMMEDIATELY THEREAFTER AND CONTINUES FOR

11:23AM   8    SEVERAL PAGES.

11:23AM   9         BUT IF YOU GO TO THE SECOND SLIDE OF THAT GROUP OF SLIDES,

11:23AM  10    WHICH I'LL PUT UP ON THE SCREEN, THIS IS JUST -- IS THIS AN

11:23AM  11    INDEX OF THE MATERIALS THAT SHE COVERS IN THE ATTACHED SLIDE

11:23AM  12    DECK?

11:23AM  13    A.   YES.

11:23AM  14    Q.   AND, AND THIS TYPE OF INFORMATION IS CUSTOMARY INFORMATION

11:23AM  15    TO GIVE TO AN INVESTOR THAT IS CONSIDERING AN INVESTMENT;

11:23AM  16    CORRECT?

11:23AM  17    A.   YES.

11:23AM  18    Q.   AND SHE PROFILED THE MANAGEMENT TEAM; CORRECT?

11:23AM  19    A.   YES.

11:23AM  20    Q.   AND SHE TALKED ABOUT THE INTELLECTUAL PROPERTY OF THE

11:23AM  21    COMPANY; CORRECT?

11:23AM  22    A.   YES.

11:23AM  23    Q.   AND SHE TALKED ABOUT THE TECHNOLOGY OF THE COMPANY;

11:23AM  24    CORRECT?

11:23AM  25    A.   YES.

11:23AM   1      Q.   AND SHE ALSO TALKED ABOUT REGULATORY ISSUES; CORRECT?

11:24AM   2      A.   YES, IT CERTAINLY IS SHOWN HERE, YES.

11:24AM   3      Q.   AND REGULATORY ISSUES IN THE MEDICAL DEVICE BUSINESS CAN

11:24AM   4      BE IMPORTANT; CORRECT?

11:24AM   5      A.   VERY IMPORTANT.

11:24AM   6      Q.   OKAY.  AND YOU KNOW THAT FROM YOUR INVESTMENTS IN OTHER

11:24AM   7      ENTITIES IN THAT INDUSTRY; CORRECT?

11:24AM   8      A.   CORRECT.

11:24AM   9      Q.   AND YOU KNEW THAT IN 2006; CORRECT?

11:24AM  10      A.   YES.

11:24AM  11      Q.   LET ME ASK YOU TO GO FORWARD IN THIS COMPANY -- IN THIS

11:24AM  12      SLIDE TO WHAT IS SLIDE NUMBER 22.  IT'S ON PAGE 26 OF THE

11:24AM  13      EXHIBIT.

11:24AM  14           AND THIS SLIDE SEEMS TO SET FORTH WHAT IS CALLED A

11:24AM  15      THERANOS PRODUCT PIPELINE.

11:24AM  16           DO YOU SEE THAT?

11:24AM  17      A.   YES.

11:24AM  18      Q.   AND DO YOU SEE THAT ON THE LEFT-HAND SIDE OF THE SLIDE,

11:25AM  19      THERE SEEMS TO BE A LIST OF DIFFERENT SERIES OF THE THERANOS

11:25AM  20      ANALYZER; CORRECT?

11:25AM  21      A.   CORRECT.

11:25AM  22      Q.   AND THEN ON THE RIGHT-HAND SIDE, THERE SEEMS TO ASSOCIATE,

11:25AM  23      WITH WHATEVER SERIES IS ACROSS FROM IT, THE NUMBER OF ASSAYS

11:25AM  24      THAT THAT SERIES OF THERANOS ANALYZER WOULD BE CAPABLE OF

11:25AM  25      PERFORMING.

11:25AM   1              DO YOU SEE THAT?

11:25AM   2     A.    YES.

11:25AM   3     Q.    AND THIS PROJECTS GOING THROUGH A THERANOS 5.0 SERIES.

11:25AM   4              DO YOU SEE THAT?

11:25AM   5     A.    YES.

11:25AM   6     Q.    AND THIS IS BECAUSE THE TECHNOLOGY WAS EXPECTED TO CHANGE

11:25AM   7     AND DEVELOP AND GROW BETTER OVER TIME; CORRECT?

11:25AM   8     A.    CORRECT.

11:25AM   9     Q.    AND ON THE RIGHT-HAND SIDE WITH THE NUMBER OF ASSAYS

11:25AM   10    LISTED, IT APPEARS TO REFLECT THAT MS. HOLMES THOUGHT THAT AS

11:25AM   11    THE DEVICE DEVELOPED, THE NUMBER OF ASSAYS THAT IT COULD

11:25AM   12    PERFORM WOULD GROW OVER TIME; CORRECT?

11:25AM   13    A.    CORRECT.

11:25AM   14    Q.    AND THAT WAS A CONCEPT THAT SHE COMMUNICATED TO YOU EVEN

11:26AM   15    BEFORE YOU INVESTED; CORRECT?

11:26AM   16    A.    YES.

11:26AM   17    Q.    AND THAT'S A CONCEPT THAT YOU UNDERSTOOD THROUGHOUT THE

11:26AM   18    TIME THAT YOU WERE AN INVESTOR IN THERANOS; CORRECT?

11:26AM   19    A.    YES.

11:26AM   20    Q.    YOU, I THINK, TESTIFIED ON YOUR DIRECT EXAMINATION WITH

11:26AM   21    MR. BOSTIC ABOUT SEEING VERSIONS OF THE ANALYZER; CORRECT?

11:26AM   22    A.    CORRECT.

11:26AM   23    Q.    DO YOU KNOW WHICH SERIES OF DEVICE YOU ACTUALLY SAW WHEN

11:26AM   24    MS. HOLMES SHOWED IT TO YOU EITHER AT THERANOS OR TO YOUR

11:26AM   25    UNCLE'S ANNUAL MEETING?

```
11:26AM    1    A.   I, I DON'T KNOW AS YOU'RE -- AS HIGHLIGHTED HERE 1.0, 2.0.

11:26AM    2         I KNOW I SAW A FEW VERSIONS.  I MAY HAVE SEEN 1.0 AND 2.0.

11:26AM    3    I JUST DON'T RECALL.

11:26AM    4    Q.   OKAY.  DO YOU SEE ON THE RIGHT-HAND SIDE NEXT TO THE

11:27AM    5    SERIES THERE ALSO IS A PROJECTION OF -- NEXT TO THE 2.0, THAT

11:27AM    6    THERE WOULD BE OVER-THE-COUNTER SALES.

11:27AM    7         DO YOU SEE THAT?

11:27AM    8    A.   I DO.

11:27AM    9    Q.   DO YOU KNOW WHAT THAT MEANS?

11:27AM   10    A.   WELL, CERTAINLY OVER THE COUNTER WOULD MEAN TO ME THAT YOU

11:27AM   11    ARE SELLING SOMETHING THAT WHOEVER PURCHASES IT CAN DO IT FOR

11:27AM   12    THEMSELVES.

11:27AM   13    Q.   OKAY.  DO YOU KNOW HOW THAT ASSOCIATED WITH ANY BUSINESS

11:27AM   14    PLAN FOR THERANOS AS OF 2006?

11:27AM   15    A.   I, I DON'T.

11:27AM   16    Q.   OKAY.

11:27AM   17    A.   IT NEVER HAPPENED, BUT I DON'T.

11:27AM   18    Q.   OKAY.  LET ME ASK YOU NOW TO LOOK AT THE SECOND DOCUMENT

11:27AM   19    WHICH IS ATTACHED TO EXHIBIT 12022.

11:28AM   20         AND DO YOU SEE THAT THIS IS -- THIS APPEARS TO BE SOME

11:28AM   21    TYPE OF A DOCUMENT.  IT'S MARKED THERANOS AND CONFIDENTIAL ON

11:28AM   22    THE FIRST PAGE.

11:28AM   23         DO YOU SEE THAT?

11:28AM   24    A.   AM I LOOKING ON THE SCREEN OR BACK IN THE BOOK?

11:28AM   25    Q.   I THINK IT MIGHT BE EASIER TO LOOK AT THE SCREEN, BUT --
```

5460

| | | |
|---|---|---|
| 11:28AM | 1 | A.   OH, THIS IS THE DOCUMENT.  YES, I SEE IT. |
| 11:28AM | 2 | Q.   OKAY.  AND DO YOU SEE IN THE BOTTOM CAPTION THE FIRST |
| 11:28AM | 3 | SENTENCE READS, "THIS CONFIDENTIAL SUMMARY HAS BEEN PREPARED |
| 11:28AM | 4 | FOR PARTIES WISHING TO ESTABLISH A BUSINESS RELATIONSHIP WITH |
| 11:28AM | 5 | THERANOS"? |
| 11:28AM | 6 | DO YOU SEE THAT? |
| 11:28AM | 7 | A.   YES. |
| 11:28AM | 8 | Q.   AND THIS DOCUMENT IS THE KIND OF DOCUMENT THAT YOUNG |
| 11:28AM | 9 | COMPANIES OFTEN PRESENT TO POTENTIAL INVESTORS TO EXPLAIN HOW |
| 11:29AM | 10 | THEY THINK THEIR COMPANY WILL DEVELOP OVER TIME; CORRECT? |
| 11:29AM | 11 | A.   YES. |
| 11:29AM | 12 | Q.   AND IF YOU GO FORWARD -- JUST FLIP THROUGH THE PAGES OF |
| 11:29AM | 13 | THAT DOCUMENT.  DO YOU SEE THAT THERE'S A SUMMARY AND |
| 11:29AM | 14 | DISCUSSION OF THE MARKETS THAT THERANOS WILL BE IN AND A |
| 11:29AM | 15 | DISCUSSION OF OTHER ASPECTS OF HOW THERANOS THOUGHT ABOUT ITS |
| 11:29AM | 16 | BUSINESS; CORRECT? |
| 11:29AM | 17 | A.   YES. |
| 11:29AM | 18 | Q.   ALL RIGHT.  I WANT TO GO TO WHAT IS PAGE 36 OF THE |
| 11:29AM | 19 | EXHIBIT, ALTHOUGH IT'S PAGE 9 OF THIS ATTACHMENT. |
| 11:29AM | 20 | AND DO YOU SEE THAT THERE'S A DISCUSSION THERE OF THE |
| 11:29AM | 21 | THERANOS 1.0? |
| 11:29AM | 22 | A.   YES. |
| 11:29AM | 23 | Q.   AND DO YOU SEE THAT THE INDICATION WAS THAT IT WAS BEING |
| 11:29AM | 24 | INTRODUCED TO THE COMPANY FOR IMPROVING RISK PROFILES AND |
| 11:30AM | 25 | SAFETY PROFILES IN CONNECTION WITH THE DEVELOPMENT OF DRUGS? |

11:30AM 1    A.   YES.

11:30AM 2    Q.   AND WAS THAT THE ORIGINAL BUSINESS PLAN FOR THERANOS AS

11:30AM 3    YOU UNDERSTOOD IT?

11:30AM 4    A.   YES.

11:30AM 5    Q.   IN OTHER WORDS --

11:30AM 6    A.   I UNDERSTOOD THAT THEY WERE WORKING WITH SOME

11:30AM 7    PHARMACEUTICAL COMPANIES.

11:30AM 8    Q.   OKAY.  WELL, LET ME ACTUALLY DIRECT YOU IN THAT SAME

11:30AM 9    LITTLE BOX TO THE LAST TWO PARAGRAPHS.

11:30AM 10        AND DO YOU SEE THE SECOND TO THE LAST PARAGRAPH READS,

11:30AM 11   "THE COMPANY IS WORKING WITH LEADING PHARMACEUTICAL COMPANIES

11:30AM 12   TO INTRODUCE THE SYSTEMS ALONGSIDE THERAPEUTICS IN DRUG-DEVICE

11:30AM 13   COMBINATIONS WHICH DRAMATICALLY IMPROVE THE SAFETY PROFILES OF

11:30AM 14   WHAT WILL NOW BE THE NEXT GENERATION OF BLOCKBUSTERS"?

11:30AM 15        DO YOU SEE THAT?

11:30AM 16   A.   YES.

11:30AM 17   Q.   AND WAS THAT A STATEMENT OF THEIR DESIRE TO INTRODUCE THE

11:31AM 18   PRODUCT INTO PHARMACEUTICAL TRIALS?

11:31AM 19   A.   THAT'S WHAT I UNDERSTOOD WAS GOING ON, THAT BY USING THE

11:31AM 20   THERANOS TECHNOLOGY, THEY COULD REDUCE THE TIME OF ANALYSIS AND

11:31AM 21   THE COST WHICH, AGAIN, WHAT I UNDERSTOOD AT THE TIME, WAS THE

11:31AM 22   LARGE COST OF CLINICAL TRIALS IS THE BLOOD TESTING.

11:31AM 23   Q.   AND I THINK YOU MENTIONED SEVERAL TIMES NOW THAT THIS WAS

11:31AM 24   AN EARLY STAGE COMPANY; CORRECT?

11:31AM 25   A.   ESPECIALLY AT THAT TIME, YES.

11:31AM  1    Q.   OKAY.  DID YOU KNOW THAT AS OF THIS TIME, NOVARTIS HAD

11:31AM  2    ALREADY AGREED TO EVALUATE THE TECHNOLOGY THAT THERANOS WAS

11:31AM  3    DEVELOPING TO ANALYZE -- TO ASSESS WHETHER IT COULD BE USED IN

11:31AM  4    CONNECTION WITH ITS CLINICAL TRIALS?

11:32AM  5    A.   EITHER I DON'T RECALL OR I DIDN'T KNOW.

11:32AM  6    Q.   YOU RECALL MS. HOLMES TELLING YOU AT VARIOUS POINTS ABOUT

11:32AM  7    CERTAIN PHARMACEUTICAL COMPANIES ASSESSING THERANOS'S

11:32AM  8    TECHNOLOGY; IS THAT RIGHT?

11:32AM  9    A.   YES, AS THEY WERE WORKING WITH THERANOS IN THEIR CLINICAL

11:32AM 10    TRIALS.

11:32AM 11    Q.   OKAY.  BUT AM I RIGHT THAT IT'S BEEN SUCH A LONG TIME THAT

11:32AM 12    YOU ACTUALLY DON'T REMEMBER WHICH PHARMACEUTICAL COMPANIES YOU

11:32AM 13    HEARD ABOUT?

11:32AM 14    A.   I KNEW IT WAS SOME OF THE LEADING COMPANIES, AND I MAY

11:32AM 15    VERY WELL REMEMBER NOVARTIS, BUT I CAN'T TELL YOU FOR CERTAIN.

11:32AM 16    Q.   OKAY.  WE'LL LOOK AT SOME MATERIALS IN A LITTLE BIT TO SEE

11:32AM 17    IF THAT WILL REFRESH YOUR RECOLLECTION IN ANY SENSE.

11:32AM 18         BUT LET ME LOOK NOW AT THE BALANCE OF THIS DOCUMENT.

11:32AM 19         LET ME GO FORWARD IN THIS DOCUMENT TO PAGE 64 OF THE

11:32AM 20    EXHIBIT, AND I WANT TO DIRECT YOUR ATTENTION TO THE BOTTOM

11:33AM 21    THREE-QUARTERS OF THE DOCUMENT, THE SECTION THAT BEGINS

11:33AM 22    "ASSAY."

11:33AM 23         DO YOU SEE THAT?

11:33AM 24    A.   YES.

11:33AM 25    Q.   AND I THINK ON DIRECT YOU TALKED ABOUT THE ANALYZER BEING

11:33AM  1    THE BRAIN OF THE TECHNOLOGY THAT MS. HOLMES WAS DEVELOPING;

11:33AM  2    CORRECT?

11:33AM  3    A.   YES.

11:33AM  4    Q.   BUT YOU ALSO UNDERSTOOD THAT ANOTHER COMPONENT OF

11:33AM  5    TECHNOLOGY THAT SHE WAS DEVELOPING WERE SMALL SAMPLE ASSAYS;

11:33AM  6    CORRECT?

11:33AM  7    A.   I'M NOT SURE WHAT YOU'RE REFERRING TO OTHER THAN THERE WAS

11:33AM  8    SOMETHING AT ONE TIME CALLED A NANOTAINER THAT -- THAT WAS THE

11:33AM  9    COLLECTION DEVICE THAT THE PIN PRICK WAS THEN USED TO COLLECT

11:33AM  10   THE BLOOD.

11:33AM  11   Q.   OKAY.  DO YOU RECALL IN THE EARLY DISCUSSIONS THE

11:34AM  12   DISCUSSION OF CARTRIDGES FOR USE IN CONNECTION WITH THE

11:34AM  13   TECHNOLOGY?

11:34AM  14   A.   YES.

11:34AM  15   Q.   OKAY.  AND DO YOU RECALL THAT THOSE CARTRIDGES CONTAIN THE

11:34AM  16   CHEMISTRY THAT WOULD ACTUALLY PERFORM THE BLOOD TESTS ON THE

11:34AM  17   ANALYZER?

11:34AM  18   A.   YES.

11:34AM  19   Q.   AND DID YOU UNDERSTAND THAT THOSE ASSAYS ASSOCIATED WITH

11:34AM  20   BLOOD TESTS, THAT EACH ASSAY WAS A SEPARATE BLOOD TEST?

11:34AM  21   A.   CORRECT.

11:34AM  22   Q.   AND DID YOU UNDERSTAND THAT THERANOS OVER TIME WAS

11:34AM  23   DEVELOPING AN INCREASING NUMBER OF SMALL SAMPLE ASSAYS?

11:34AM  24   A.   CORRECT.

11:34AM  25   Q.   LET ME DIRECT YOUR ATTENTION TO SOME OF THE LANGUAGE THAT

| | | |
|---|---|---|
| 11:34AM | 1 | WAS CONTAINED IN THIS BUSINESS PLAN.  I'LL JUST DIRECT YOUR |
| 11:34AM | 2 | ATTENTION TO THE -- UNDER THE SECOND HEADER, IT READS, "DETAILS |
| 11:34AM | 3 | OF THE ASSAY/CHEMILUMINESCENCE." |
| 11:35AM | 4 | DO YOU SEE THAT? |
| 11:35AM | 5 | A.   YES. |
| 11:35AM | 6 | Q.   AND DO YOU SEE THAT UNDER THIS DOCUMENT IT DESCRIBES WHAT |
| 11:35AM | 7 | THE METHOD IS FOR DEVELOPING EACH OF THESE BLOOD TESTS. |
| 11:35AM | 8 | DO YOU SEE THAT? |
| 11:35AM | 9 | A.   YES. |
| 11:35AM | 10 | Q.   IF YOU GO BELOW, YOU WILL SEE THAT THERE'S A TIMELINE WITH |
| 11:35AM | 11 | THE DEVELOPMENT OF EACH ASSAY. |
| 11:35AM | 12 | YOU HAVE TO ACTUALLY TURN TO PAGE 65, I THINK, OF THE |
| 11:35AM | 13 | EXHIBIT. |
| 11:35AM | 14 | AND DO YOU SEE THAT THIS DOCUMENT FROM LATE 2005 DESCRIBED |
| 11:35AM | 15 | THE PROCESS BY WHICH ASSAYS WOULD BE DEVELOPED? |
| 11:36AM | 16 | DO YOU SEE THAT? |
| 11:36AM | 17 | A.   YES. |
| 11:36AM | 18 | Q.   AND DO YOU SEE IN THE LAST SENTENCE IT GIVES THE TIMELINE |
| 11:36AM | 19 | THAT IT WOULD TAKE TO DEVELOP EACH ASSAY? |
| 11:36AM | 20 | A.   YES. |
| 11:36AM | 21 | Q.   AND IT INDICATED THAT EACH ASSAY WOULD TAKE ABOUT THREE |
| 11:36AM | 22 | MONTHS TO DEVELOP; CORRECT? |
| 11:36AM | 23 | A.   YES. |
| 11:36AM | 24 | Q.   AND THEN THAT THEY COULD BE FULLY DEVELOPED AT SOMETHING |
| 11:36AM | 25 | CALLED ISO 9000 STANDARDS WITHIN ABOUT SIX MONTHS. |

LUCAS CROSS BY MR. DOWNEY

11:36AM  1          DO YOU SEE THAT?

11:36AM  2     A.   YES.

11:36AM  3     Q.   AND DO YOU KNOW WHAT ISO 9000 STANDARDS ARE?

11:36AM  4     A.   I'M NOT FAMILIAR WITH THE SPECIFICS, BUT IT'S A STANDARD

11:36AM  5     WHICH IS RECOGNIZED WORLDWIDE AS A CERTAIN LEVEL OF COMPETENCE

11:36AM  6     AND -- OF THE TECHNOLOGY AND ITS DURABILITY AND RELIABILITY AND

11:36AM  7     ACCURACY.

11:36AM  8     Q.   IT'S A QUALITY MANAGEMENT METRIC; RIGHT?

11:36AM  9     A.   SURE.

11:36AM  10    Q.   SO YOU KNEW EVEN BEFORE YOU INVESTED THAT THERE WAS A

11:36AM  11    PROCESS FOR DEVELOPING ASSAYS; CORRECT?

11:36AM  12    A.   YES.

11:36AM  13    Q.   AND YOU KNEW THAT THOSE ASSAYS WOULD DEVELOP AND CHANGE

11:37AM  14    AND HOPEFULLY GET BETTER OVER TIME; CORRECT?

11:37AM  15    A.   CORRECT.

11:37AM  16    Q.   AND GENERALLY THE TIME TO DEVELOP EACH ONE WAS ABOUT SIX

11:37AM  17    MONTHS; CORRECT?

11:37AM  18    A.   YES, AS STATED HERE.

11:37AM  19    Q.   NOW, AS YOU WERE LEARNING INFORMATION GOING FORWARD ABOUT

11:37AM  20    THE COMPANY, DID YOU ALSO LOOK AT SOME OF THE INFORMATION THAT

11:37AM  21    IS DISCUSSED IN HERE?  DID YOU ACTUALLY LOOK AT ANY MATERIALS

11:37AM  22    IN THE COMPANY ABOUT QUALITY MANAGEMENT, OR ABOUT THE

11:37AM  23    DEVELOPMENT OF ASSAYS, OR ANY KIND OF DATA WITHIN THE COMPANY?

11:37AM  24    DID YOU GO AND HAVE THE OPPORTUNITY TO DO THAT?

11:37AM  25    A.   CERTAINLY I BELIEVE I WAS AT THEIR OLD OFFICE OR THIS

11:37AM 1    ORIGINAL OFFICE, AND WHAT I WOULD HAVE SEEN WOULD HAVE BEEN

11:38AM 2    QUITE RUDIMENTARY I BELIEVE.

11:38AM 3        BUT I DON'T HAVE A VIVID RECOLLECTION.

11:38AM 4    Q.   OKAY.  DO YOU KNOW IF YOU AT SOME POINT LOOKED AT THE

11:38AM 5    PATENTS THAT THE COMPANY HAD APPLIED FOR AND OBTAINED IN

11:38AM 6    CONNECTION WITH ITS TECHNOLOGY?

11:38AM 7    A.   YES, AND NOT IN GREAT DETAIL.

11:38AM 8        MY UNDERSTANDING WAS THAT THE PATENT, OR THE PRINCIPAL

11:38AM 9    PATENT WAS, YOU KNOW, A FUNDAMENTAL PATENT OF WHICH IT WAS

11:38AM 10   OUTSTANDING TO HAVE BEEN GRANTED BECAUSE IT MAY, ALONG WITH

11:38AM 11   OTHER PATENTS, BLOCK OTHERS FROM USING THAT TECHNOLOGY.

11:38AM 12   Q.   OKAY.  AND AM I RIGHT THAT THE STRENGTH OF A COMPANY'S

11:38AM 13   PATENTS IS AN IMPORTANT FACTOR IN DECIDING WHETHER TO INVEST IN

11:38AM 14   THE COMPANY; CORRECT?

11:38AM 15   A.   IT IS, BUT NOT ALL -- THE DEVELOPMENT OF THE TECHNOLOGY IS

11:39AM 16   AT TIMES MORE IMPORTANT THAN THE PATENT PORTFOLIO.

11:39AM 17   Q.   HAVING THE PATENT MIGHT JUST BE THE FIRST STEP; CORRECT?

11:39AM 18   A.   YEAH, AND HAVING THE PATENT IS CERTAINLY A PLUS,

11:39AM 19   ABSOLUTELY.

11:39AM 20   Q.   AND EVEN AS OF THIS TIME, 2005/2006, YOU UNDERSTOOD THAT

11:39AM 21   THERANOS WAS DEVELOPING THE TECHNOLOGY THAT IT EITHER OBTAINED

11:39AM 22   OR SOUGHT INTELLECTUAL PROPERTY PROTECTION FOR?

11:39AM 23   A.   YES.

11:39AM 24   Q.   I WANT TO GO FORWARD IN THIS DOCUMENT A LITTLE BIT TO LOOK

11:39AM 25   AT ITS DISCUSSION OF THE RISKS THAT THE BUSINESS WOULD FACE

11:39AM   1    OVER ITS LIFE, AND I'LL DIRECT YOUR ATTENTION TO PAGE 45 OF THE

11:39AM   2    EXHIBIT.

11:39AM   3         AND ON THE BOTTOM HALF OF THE DOCUMENT, DO YOU SEE THAT

11:39AM   4    THERE'S A DISCUSSION OF REGULATORY?

11:39AM   5         DO YOU SEE THAT?

11:40AM   6    A.   IF IT'S LITERALLY THE LAST PARAGRAPH, IT'S NOT

11:40AM   7    HIGHLIGHTED, SO I --

11:40AM   8    Q.   WELL, LET ME SEE IF I CAN CALL OUT THAT LAST PARAGRAPH TO

11:40AM   9    MAKE IT A LITTLE EASIER FOR YOU TO READ.

11:40AM  10         THE COURT:  MR. DOWNEY, SHOULD WE TAKE A BREAK NOW

11:40AM  11    BEFORE WE LAUNCH INTO THIS?

11:40AM  12         MR. DOWNEY:  YEAH, THAT'S FINE.

11:40AM  13         THE COURT:  LET'S DO THAT.  LET'S TAKE OUR MORNING

11:40AM  14    BREAK, LADIES AND GENTLEMEN, 30 MINUTES, 30 MINUTES.

11:40AM  15         WE'LL SEE YOU -- YOU CAN STAND DOWN, SIR.  WE'LL TAKE A

11:40AM  16    BREAK FOR 30 MINUTES AND THEN YOU CAN RETURN.

11:40AM  17         THE WITNESS:  OKAY.  THANK YOU.

11:40AM  18         THE COURT:  YOU'RE WELCOME.

11:40AM  19         (JURY OUT AT 11:40 A.M.)

11:41AM  20         THE COURT:  YOU CAN STAND DOWN, SIR.

11:41AM  21         THE WITNESS:  OH.  THANK YOU.

11:41AM  22         THE COURT:  PLEASE BE SEATED.  THANK YOU.

11:41AM  23         THE WITNESS:  JUST WALK OUT?

11:41AM  24         THE COURT:  ALL RIGHT.  THE RECORD SHOULD REFLECT

11:41AM  25    THAT THE JURY HAS LEFT THE COURTROOM.

5468

11:41AM   1          MR. LUCAS IS LEAVING THE COURTROOM.

11:41AM   2          DO YOU WANT A BREAK NOW AND TALK ABOUT THAT MORNING MATTER

11:41AM   3      LATER BEFORE WE COME BACK?

11:41AM   4              MR. DOWNEY:  MAYBE BEFORE WE COME BACK.

11:41AM   5              THE COURT:  SURE:  YES, THAT'S FINE.  ALL RIGHT.

11:41AM   6      THANK YOU.

11:41AM   7              THE CLERK:  COURT IS IN RECESS.

11:41AM   8          (LUNCH RECESS TAKEN AT 11:41 A.M.)

          9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

|          |     |                                                            |
|----------|-----|------------------------------------------------------------|
| 11:41AM  | 1   | **AFTERNOON SESSION**                                      |
| 12:31PM  | 2   | (JURY IN AT 12:31 P.M.)                                    |
| 12:31PM  | 3   | THE COURT:  THANK YOU FOR YOUR PATIENCE.  WE'RE BACK       |
| 12:31PM  | 4   | ON THE RECORD.                                            |
| 12:31PM  | 5   | ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.     |
| 12:31PM  | 6   | MR. LUCAS IS ON THE STAND AGAIN.                          |
| 12:31PM  | 7   | YOU CAN REMOVE YOUR MASK AGAIN IF YOU WOULD LIKE AS YOU    |
| 12:31PM  | 8   | HAD BEFORE.                                               |
| 12:31PM  | 9   | THE WITNESS:  YES?                                        |
| 12:31PM  | 10  | THE COURT:  YES.  AND OUR JURY IS PRESENT.                |
| 12:31PM  | 11  | MR. DOWNEY.                                               |
| 12:31PM  | 12  | MR. DOWNEY:  THANK YOU, YOUR HONOR.                       |
| 12:31PM  | 13  | Q.  MR. LUCAS, DO YOU RECALL BEFORE THE BREAK WE WERE TALKING |
| 12:31PM  | 14  | ABOUT SOME REGULATORY ISSUES RELATED TO THERANOS; CORRECT? |
| 12:31PM  | 15  | A.  YES.                                                  |
| 12:31PM  | 16  | Q.  AND WE WERE LOOKING AT EXHIBIT 12022 AT PAGE 45, WHICH IS |
| 12:31PM  | 17  | DISPLAYED ON THE SCREEN.                                  |
| 12:32PM  | 18  | AND I WANT TO DRAW YOUR ATTENTION TO THE LAST PARAGRAPH    |
| 12:32PM  | 19  | THERE, AND THE FIRST SENTENCE OF THAT PARAGRAPH SAYS, "AS  |
| 12:32PM  | 20  | THERANOS PREPARES TO INTRODUCE ITS SYSTEMS TO MARKET, THE  |
| 12:32PM  | 21  | COMPANY WILL ENTER A TWO-PART 510(K) PROCESS FOR USE OF THE |
| 12:32PM  | 22  | DEVICE IN THERAPEUTIC DRUG MONITORING ACROSS A RANGE OF    |
| 12:32PM  | 23  | THERAPEUTIC COMPOUNDS."                                   |
| 12:32PM  | 24  | DO YOU SEE THAT?                                          |
| 12:32PM  | 25  | A.  YES.                                                  |

12:32PM   1    Q.   AND DO YOU KNOW WHAT THE 510(K) PROCESS IS?

12:32PM   2    A.   THAT'S ONE OF THE REGULATORY PROCESSES THAT ARE USED FOR

12:32PM   3    APPROVING A MEDICAL DEVICE.

12:32PM   4    Q.   OKAY.  THERANOS WAS INDICATING TO YOU, AS A POTENTIAL

12:32PM   5    INVESTOR, THAT IT INTENDED TO APPLY FOR THAT APPROVAL?

12:32PM   6    A.   YES.

12:32PM   7    Q.   IF YOU LOOK AT THE SECOND SENTENCE, IT SAYS, "THE 510(K)

12:32PM   8    PROCESS WILL CONSIST FIRST OF APPROVAL OF THE ASSAYS, AND

12:32PM   9    SECOND TO APPROVE THE NON-DISPOSABLE READER."

12:33PM  10         DO YOU SEE THAT?

12:33PM  11    A.   YES.

12:33PM  12    Q.   AND THERANOS HAD INDICATED THAT IT INTENDED TO APPLY FOR

12:33PM  13    FDA APPROVAL OF BOTH OF ITS ASSAYS; CORRECT?

12:33PM  14    A.   YES.

12:33PM  15    Q.   AND OF ITS ANALYZER; CORRECT?

12:33PM  16    A.   YES.

12:33PM  17    Q.   NOW, HAVING BEEN AROUND THE REGULATORY PROCESS FOR

12:33PM  18    COMPANIES THAT YOU'VE INVESTED IN, YOU REALIZE THAT'S AN

12:33PM  19    UNCERTAIN PROCESS; CORRECT?

12:33PM  20    A.   CORRECT.

12:33PM  21    Q.   AND DEPENDING ON HOW LONG THAT PROCESS TAKES, IT CAN

12:33PM  22    AFFECT THE VALUE OF A COMPANY; CORRECT?

12:33PM  23    A.   THAT'S RIGHT.

12:33PM  24    Q.   AND DEPENDING ON WHETHER THE COMPANY -- THE DEVICES ARE

12:33PM  25    APPROVED, THAT CAN AFFECT THE VALUE OF THE COMPANY, CAN'T IT?

LUCAS CROSS BY MR. DOWNEY                                              5471

12:33PM   1    A.   YES.

12:33PM   2    Q.   ALL RIGHT.  I WANT TO DRAW YOUR ATTENTION NOW TO PAGE 42

12:33PM   3    OF THE ATTACHMENT, WHICH IS PAGE 69 OF THE EXHIBIT.

12:34PM   4         DO YOU SEE THAT THIS IS LABELED RISKS RELATED TO OUR

12:34PM   5    BUSINESS?

12:34PM   6    A.   YES.

12:34PM   7    Q.   IS THIS A RISK DISCLOSURE THAT THERANOS MADE TO YOU BEFORE

12:34PM   8    YOU MADE YOUR FIRST INVESTMENT IN THE COMPANY?

12:34PM   9    A.   I'M JUST FORGETTING THE DATE OF THIS DOCUMENT, IF IT'S

12:34PM   10   2005.

12:34PM   11   Q.   WELL, LET ME ASK YOU TO LOOK BACK AT THE FIRST PAGE OF THE

12:34PM   12   EXHIBIT, WHICH IS 12022.  WE CAN PUT THAT ON THE SCREEN.

12:34PM   13        AND IF WE FOCUS ON THE ADDRESS LINE ON THE TOP, DO YOU SEE

12:34PM   14   THAT THESE MATERIALS WERE SENT TO YOU IN LATE 2005?

12:34PM   15   A.   YES.

12:34PM   16   Q.   AND THAT PREDATES THE TIME OF YOUR FIRST INVESTMENT IN

12:35PM   17   THERANOS; CORRECT?

12:35PM   18   A.   CORRECT.

12:35PM   19   Q.   OKAY.  SO LET'S RETURN TO PAGE 69 OF THE EXHIBIT.  AND

12:35PM   20   ARE, ARE -- IS THIS A RISK DISCLOSURE THAT THERANOS MADE TO YOU

12:35PM   21   PRIOR TO THE TIME OF YOUR FIRST INVESTMENT IN THERANOS?

12:35PM   22   A.   IF THIS IS A CONTINUATION OF THE DOCUMENT THAT WE'VE BEEN

12:35PM   23   LOOKING AT, YES.

12:35PM   24   Q.   AND YOU SEE THAT THE FIRST DISCUSSION UNDER RISKS RELATED

12:35PM   25   TO OUR BUSINESS RELATES TO CAPITAL RESOURCES?

LUCAS CROSS BY MR. DOWNEY

12:35PM 1          DO YOU SEE THAT SECTION?

12:35PM 2     A.   YES.

12:35PM 3     Q.   AND IT SAYS, "BASED ON CURRENT PROJECTIONS, THERANOS

12:35PM 4     BELIEVES THAT THE PROCEEDS OF THIS OFFERING WILL ENABLE THE

12:35PM 5     COMPANY TO BUILD THE PRODUCTION INFRASTRUCTURE NECESSARY TO

12:35PM 6     SERVICE ITS PHARMACEUTICAL CUSTOMERS AND REACH CASH FLOW

12:35PM 7     POSITIVE.  HOWEVER, WE CANNOT BE ASSURED THAT CHANGED

12:35PM 8     CIRCUMSTANCES WILL NOT RESULT IN THE DEPLETION OF OUR CAPITAL

12:36PM 9     RESOURCES MORE RAPIDLY THAN WE CURRENTLY ANTICIPATE."

12:36PM 10         DO YOU SEE THAT?

12:36PM 11    A.   YES.

12:36PM 12    Q.   AND THAT WAS A RISK THAT YOU UNDERSTOOD IN CONNECTION WITH

12:36PM 13    MAKING THIS INVESTMENT IN THERANOS?

12:36PM 14    A.   YES.

12:36PM 15    Q.   AND, INDEED, IN CONNECTION WITH ALL SUBSEQUENT INVESTMENTS

12:36PM 16    IN THERANOS?

12:36PM 17    A.   I WOULDN'T NECESSARILY AGREE WITH THAT COMMENT AS IN 2013

12:36PM 18    IT WAS INFRASTRUCTURE CAPITAL AND INVESTMENTS BY OTHERS OF

12:36PM 19    HUNDREDS OF MILLIONS OF DOLLARS, SO ONE COULD, ONE COULD HAVE

12:36PM 20    BELIEVED AT THAT TIME THAT THE COMPANY COULD GET THE CASH FLOW

12:36PM 21    POSITIVE.

12:36PM 22    Q.   IN 2013 THERE WERE CERTAIN STRATEGIC PARTNERS THAT HAD

12:36PM 23    ENTERED INTO RELATIONSHIPS WITH THERANOS; CORRECT?

12:36PM 24    A.   YES.  YES.

12:36PM 25    Q.   AND SO THE NATURE OF THERANOS'S BUSINESS AT THAT TIME WAS

| | | |
|---|---|---|
| 12:36PM | 1 | DIFFERENT; CORRECT? |
| 12:36PM | 2 | A.   CORRECT. |
| 12:36PM | 3 | Q.   AND IT WAS OFFERING SERVICES FOR BLOOD TESTING TO THE |
| 12:37PM | 4 | PUBLIC; CORRECT? |
| 12:37PM | 5 | A.   CORRECT. |
| 12:37PM | 6 | Q.   AND IT WAS DOING THAT THROUGH WALGREENS; CORRECT? |
| 12:37PM | 7 | A.   CORRECT. |
| 12:37PM | 8 | Q.   OKAY.  AND AT THIS TIME THE COMPANY WAS FOCUSSED ON USING |
| 12:37PM | 9 | ITS TECHNOLOGY IN CONNECTION WITH PHARMACEUTICAL COMPANIES; |
| 12:37PM | 10 | CORRECT? |
| 12:37PM | 11 | A.   CORRECT. |
| 12:37PM | 12 | Q.   OKAY.  SO LET'S LOOK AT THE BALANCE OF THE OTHER RISK |
| 12:37PM | 13 | FACTORS ON THIS PAGE.  HIGHLIGHT THAT MIDDLE SECTION. |
| 12:37PM | 14 | DO YOU SEE THAT THE FIRST RISK THAT WAS DISCLOSED WAS THAT |
| 12:37PM | 15 | "THE RATE OF PROGRESS AND COSTS OF OUR RESEARCH AND DEVELOPMENT |
| 12:37PM | 16 | ACTIVITIES, LEADING TO THE PRODUCTION OF OUR FIRST GENERATION |
| 12:37PM | 17 | DEVICE." |
| 12:37PM | 18 | DO YOU SEE THAT? |
| 12:37PM | 19 | A.   YES. |
| 12:37PM | 20 | Q.   AND IT'S TRUE THAT IT'S SOMETIMES DIFFICULT, WITH |
| 12:37PM | 21 | TECHNOLOGY DEVELOPMENT, TO ASSESS HOW QUICKLY THE TECHNOLOGY |
| 12:37PM | 22 | WILL BE DEVELOPED; CORRECT? |
| 12:37PM | 23 | A.   CORRECT. |
| 12:37PM | 24 | Q.   AND ALSO HOW MUCH IT WILL COST TO DEVELOP THAT TECHNOLOGY; |
| 12:37PM | 25 | CORRECT? |

12:37PM  1      A.   CORRECT.

12:37PM  2      Q.   AND COMPANIES OFTEN ASSESS THAT THE PROCESS WILL TAKE A

12:38PM  3      SHORTER PERIOD OF TIME THAN IT DOES; CORRECT?

12:38PM  4      A.   THAT THEY PROJECT IT WOULD BE A SHORTER LENGTH OF TIME,

12:38PM  5      YES.  IT'S GENERALLY LONGER.

12:38PM  6      Q.   AND IT'S A LITTLE BIT LIKE RENOVATING YOUR KITCHEN, RIGHT?

12:38PM  7      IT TAKES LONGER AND COSTS MORE THAN YOU THINK?

12:38PM  8      A.   THAT'S PARTICULARLY RELEVANT TO ME RIGHT NOW ACTUALLY.

12:38PM  9           (LAUGHTER.)

12:38PM  10     BY MR. DOWNEY:

12:38PM  11     Q.   OKAY.  WE TALKED ABOUT THE REGULATORY APPROVAL ISSUES.

12:38PM  12          AND THEN YOU SEE THE THIRD RISK, "OUR SUCCESS IN

12:38PM  13     ESTABLISHING STRATEGIC BUSINESS COLLABORATIONS."

12:38PM  14          DO YOU SEE THAT?

12:38PM  15     A.   YES.

12:38PM  16     Q.   AND THAT'S JUST SAYING WE EXPECT WE'LL BE ABLE TO HAVE

12:38PM  17     ENTITIES INTERESTED IN US, BUT WE MAY OR MAY NOT BE RIGHT ABOUT

12:38PM  18     THAT; CORRECT?

12:38PM  19     A.   CORRECT.

12:38PM  20     Q.   NOW, IN 2013 YOU LEARNED THAT THERANOS HAD ESTABLISHED A

12:38PM  21     VERY IMPORTANT STRATEGIC BUSINESS COLLABORATION; CORRECT?

12:39PM  22     A.   YES.

12:39PM  23     Q.   IT HAD DONE SO WITH WALGREENS; CORRECT?

12:39PM  24     A.   YES.

12:39PM  25     Q.   AND THAT WAS A VERY IMPORTANT FACTOR IN YOUR CONSIDERATION

LUCAS CROSS BY MR. DOWNEY                                                5475

12:39PM  1    OF THE VALUE OF THERANOS; CORRECT?

12:39PM  2    A.   YES.

12:39PM  3    Q.   AND LET ME HIGHLIGHT NEXT, "THE TIMING AND AMOUNT OF FEES

12:39PM  4    FROM POTENTIAL CUSTOMERS."

12:39PM  5         DO YOU SEE THAT?

12:39PM  6    A.   YES.

12:39PM  7    Q.   AND MS. HOLMES WAS GIVING YOU IN THIS TIME PERIOD HER

12:39PM  8    PROJECTION OF HOW MUCH THE COMPANY MIGHT BE ABLE TO EARN IN THE

12:39PM  9    FUTURE; CORRECT?

12:39PM  10   A.   YES.

12:39PM  11   Q.   BUT SHE WAS INDICATING HERE THAT, YOU KNOW, HER ASSESSMENT

12:39PM  12   OF THAT COULD BE WRONG; CORRECT?

12:39PM  13   A.   YES.

12:39PM  14   Q.   OKAY.  AND THEN THE NEXT ENTRY SAYS, "OUR SUCCESS IN

12:39PM  15   COMMERCIALIZING OUR PRODUCT CANDIDATES"?

12:39PM  16        CORRECT?

12:39PM  17   A.   YES.

12:39PM  18   Q.   AND YOU KNEW THAT WAS A RISK?

12:39PM  19   A.   CORRECT.

12:39PM  20   Q.   AND IT MIGHT BE, AS THERANOS DEVELOPED THIS PRODUCT, THAT

12:40PM  21   PHARMACEUTICAL COMPANIES JUST MIGHT NOT BE INTERESTED IN IT;

12:40PM  22   CORRECT?

12:40PM  23   A.   THAT'S RIGHT.

12:40PM  24   Q.   OR THEY MIGHT NOT BE INTERESTED IN USING IT IN THE WAY

12:40PM  25   THAT SHE THOUGHT THEY WOULD; CORRECT?

| | | |
|---|---|---|
| 12:40PM | 1 | A.   YES. |
| 12:40PM | 2 | Q.   AND THE NEXT RISK THAT CAN IT IDENTIFIES IS "THE EMERGENCE |
| 12:40PM | 3 | OF COMPETING TECHNOLOGIES AND PRODUCTS." |
| 12:40PM | 4 | THAT'S ALWAYS A RISK FOR ANY COMPETING COMPANY; RIGHT? |
| 12:40PM | 5 | A.   GENERALLY, YES. |
| 12:40PM | 6 | Q.   AND THE NEXT RISK TO BE AWARE OF WAS THE COST OF |
| 12:40PM | 7 | ESSENTIALLY PROTECTING THE COMPANY'S INTELLECTUAL PROPERTY; |
| 12:40PM | 8 | CORRECT? |
| 12:40PM | 9 | A.   YES. |
| 12:40PM | 10 | Q.   AND THEN SOME ADDITIONAL RISK FACTORS ARE IDENTIFIED |
| 12:40PM | 11 | UNDERNEATH THAT. |
| 12:40PM | 12 | THERE'S A RISK IN CONNECTION WITH FUTURE FINANCING. |
| 12:40PM | 13 | DO YOU SEE THAT? |
| 12:40PM | 14 | A.   YES. |
| 12:40PM | 15 | Q.   AND THE INDICATION THERE WAS THAT THEY MIGHT HAVE |
| 12:40PM | 16 | FUTURE -- THERE MIGHT BE FUTURE INSTANCES WHERE THEY WANTED TO |
| 12:40PM | 17 | RAISE ADDITIONAL MONEY; CORRECT? |
| 12:40PM | 18 | A.   CORRECT. |
| 12:40PM | 19 | Q.   AND THAT COULD AFFECT YOUR RIGHTS AS A SHAREHOLDER; |
| 12:41PM | 20 | CORRECT? |
| 12:41PM | 21 | A.   YES. |
| 12:41PM | 22 | Q.   AND, IN FACT, THERE WERE IN THE FUTURE SUBSEQUENT |
| 12:41PM | 23 | INSTANCES WHERE THERANOS WENT OUT AND RAISED ADDITIONAL MONEY; |
| 12:41PM | 24 | CORRECT? |
| 12:41PM | 25 | A.   YES. |

12:41PM  1    Q.   BUT FROM THE POINT OF TIME IN 2006, THAT YOU MADE YOUR

12:41PM  2    LAST INVESTMENT IN 2006 UNTIL 2010, THERANOS DIDN'T RAISE ANY

12:41PM  3    MONEY, DID IT?

12:41PM  4    A.   I DON'T KNOW THAT THAT'S ACCURATE ACTUALLY.

12:41PM  5    Q.   DO YOU KNOW WHEN THE NEXT RAISE OF MONEY WAS AFTER 2006?

12:41PM  6    A.   I WOULDN'T REMEMBER.

12:41PM  7    Q.   OKAY.  DID YOU PARTICIPATE IN THE NEXT RAISE OF MONEY

12:41PM  8    AFTER 2006?

12:41PM  9    A.   NO.

12:41PM 10    Q.   OKAY.  THE NEXT ENTRY IS MANAGING GROWTH.

12:41PM 11         AND THIS IS AN IMPORTANT RISK FOR A TECHNOLOGY COMPANY;

12:41PM 12    RIGHT?  THERANOS IS TELLING YOU HERE THAT THEY MAY NOT BE ABLE

12:41PM 13    TO MANAGE THEIR GROWTH IN CONNECTION WITH TRANSITIONING FROM A

12:41PM 14    DEVELOPMENT COMPANY TO A COMPANY THAT CAN SUCCESSFULLY

12:41PM 15    COMMERCIALIZE ITS PRODUCT.

12:42PM 16         DO YOU SEE THAT?

12:42PM 17    A.   YES.

12:42PM 18    Q.   AND THAT'S A RISK FOR COMPANIES THAT MAY BE VERY GOOD AT

12:42PM 19    DEVELOPING TECHNOLOGY, BUT AREN'T VERY GOOD AT INTRODUCING IT

12:42PM 20    INTO THE MARKETS WHERE IT'S GOING TO BE USED; CORRECT?

12:42PM 21    A.   CORRECT.

12:42PM 22    Q.   AND THEN THE LAST ENTRY RELATES TO MARKET ACCEPTANCE;

12:42PM 23    CORRECT?

12:42PM 24    A.   YES.

12:42PM 25    Q.   AND THAT INDICATES THAT THE MARKET MAY OR MAY NOT BE

12:42PM   1        INTERESTED IN OUR PRODUCT IN THE WAY THAT WE EXPECT THEY WILL;

12:42PM   2        CORRECT?

12:42PM   3             AND THEN UNDER THAT -- CORRECT?  IS THAT CORRECT?

12:42PM   4        A.   YES.

12:42PM   5        Q.   AND THEN IT IDENTIFIES SOME PARTICULAR RISKS THAT

12:42PM   6        ACCOMPANIED THERANOS'S ATTEMPT TO USE THIS IN CONNECTION WITH

12:42PM   7        TAKING BLOOD TESTS FROM PATIENTS; CORRECT?

12:42PM   8        A.   YES.

12:42PM   9        Q.   OKAY.  AND THEN PRODUCT LIABILITIES AND KEY EMPLOYEES ARE

12:42PM  10        ALSO IDENTIFIED; CORRECT?

12:42PM  11        A.   YES.

12:43PM  12        Q.   AND DO YOU SEE UNDER KEY EMPLOYEES THERE'S A REFERENCE

12:43PM  13        THAT MS. HOLMES WAS A KEY EMPLOYEE?

12:43PM  14        A.   YES.

12:43PM  15        Q.   I HAD ASKED YOU BEFORE ABOUT YOUR PERCEPTIONS OF

12:43PM  16        MS. HOLMES.

12:43PM  17             DO YOU KNOW HOW OLD MS. HOLMES WAS WHEN YOU MET HER AT

12:43PM  18        THIS TIME IN 2005?

12:43PM  19        A.   I BELIEVE 19.

12:43PM  20        Q.   LET ME -- I WANT TO JUST MAKE SURE WE INTRODUCE THE RIGHT

12:43PM  21        DOCUMENTS TO DOCUMENT YOUR EARLY INVESTMENTS IN 2006, SO I'D

12:43PM  22        LIKE TO START BY SHOWING YOU EXHIBIT 14213.

12:44PM  23        A.   DO YOU WANT ME TO OPEN IT IN THIS?

12:44PM  24        Q.   IT SHOULD BE IN YOUR BLACK BINDER, YES.

12:44PM  25        A.   SAY THE NUMBER AGAIN, PLEASE.

LUCAS CROSS BY MR. DOWNEY                                      5479

| | | |
|---|---|---|
| 12:44PM | 1 | Q.   14213. |
| 12:44PM | 2 | A.   OKAY. |
| 12:44PM | 3 | Q.   AND IF YOU -- IF YOU LOOK AT THE COVER PAGE OF THIS, DO |
| 12:44PM | 4 | YOU SEE THAT THIS IS THE SERIES B PREFERRED STOCK PURCHASE |
| 12:44PM | 5 | AGREEMENT FROM FEBRUARY 2006? |
| 12:44PM | 6 | A.   YES. |
| 12:44PM | 7 | Q.   AND THEN I'D LIKE TO ASK YOU TO JUST TAKE A MOMENT AND |
| 12:44PM | 8 | FLIP THROUGH ALL THE WAY TO PAGE 32 OF THE EXHIBIT, AND I WILL |
| 12:45PM | 9 | TELL YOU THAT THE WAY PERHAPS TO DO THAT IS THAT THE BOTTOM |
| 12:45PM | 10 | RIGHT-HAND CORNER HAS SOME NUMBERS, AND THE LAST FOUR DIGITS |
| 12:45PM | 11 | WILL BE 6326. |
| 12:45PM | 12 | A.   YES. |
| 12:45PM | 13 | Q.   DO YOU SEE A SIGNATURE ON THAT PAGE? |
| 12:45PM | 14 | A.   YES. |
| 12:45PM | 15 | Q.   IS THAT YOUR SIGNATURE? |
| 12:45PM | 16 | A.   IT SURE LOOKS LIKE IT, YES. |
| 12:45PM | 17 | Q.   OKAY. |
| 12:45PM | 18 | YOUR HONOR, I MOVE THE ADMISSION OF 14213. |
| 12:45PM | 19 | MR. BOSTIC:  NO OBJECTION. |
| 12:45PM | 20 | THE COURT:  IT'S ADMITTED AND MAY BE PUBLISHED. |
| 12:45PM | 21 | (DEFENDANT'S EXHIBIT 14213 WAS RECEIVED IN EVIDENCE.) |
| 12:45PM | 22 | BY MR. DOWNEY: |
| 12:45PM | 23 | Q.   AND THEN IF YOU LOOK AT THE FIRST PAGE, THIS IS THE |
| 12:45PM | 24 | AGREEMENT WHICH SETS FORTH THE TERMS UNDER WHICH YOU PURCHASED |
| 12:45PM | 25 | STOCK FROM THERANOS IN FEBRUARY OF 2006; CORRECT? |

12:46PM 1    A.   YES.

12:46PM 2    Q.   AND I THINK YOU'VE TESTIFIED ON DIRECT THAT YOU HAVE

12:46PM 3    EXPERIENCE WITH THESE KINDS OF DOCUMENTS; CORRECT?

12:46PM 4    A.   CORRECT.

12:46PM 5    Q.   AND ARE THESE DOCUMENTS THAT YOU TYPICALLY SIGN IN

12:46PM 6    CONNECTION WITH MAKING AN INVESTMENT IN A PRIVATE COMPANY?

12:46PM 7    A.   YES.

12:46PM 8    Q.   AND YOU UNDERSTAND THAT THIS IS INTENDED TO BE THE

12:46PM 9    AGREEMENT THAT DOCUMENTS THE TERMS ON WHICH YOU'RE BUYING THE

12:46PM 10   STOCK; CORRECT?

12:46PM 11   A.   YES.  THERE ARE OTHER AGREEMENTS THAT COME ALONG WITH

12:46PM 12   THIS, BUT THIS IS, AS IT SAYS, IT'S A STOCK PURCHASE AGREEMENT.

12:46PM 13   Q.   OKAY.  AND LET ME ASK YOU TO LOOK, AND WE'LL JUST DISPLAY

12:46PM 14   IT ON THE SCREEN FOR SIMPLICITY'S SAKE, I'M GOING TO DIRECT

12:46PM 15   YOUR ATTENTION TO PAGES 70 AND 71 OF THE DOCUMENT.

12:46PM 16       DO YOU SEE THAT THIS IS A SCHEDULE THAT IS ATTACHED TO THE

12:47PM 17   STOCK PURCHASE AGREEMENT THAT LISTS THE INVESTORS IN THIS

12:47PM 18   SERIES B INVESTMENT IN THERANOS?

12:47PM 19   A.   YES.

12:47PM 20   Q.   AND DO YOU SEE THAT BLACK DIAMOND VENTURES XII IS LISTED

12:47PM 21   AT THE TOP?

12:47PM 22   A.   YES.

12:47PM 23   Q.   AND YOU BOUGHT 433,304 SHARES OF STOCK IN THIS OFFERING?

12:47PM 24   A.   YES.

12:47PM 25   Q.   AND YOU PAID JUST A LITTLE BIT OVER $400,000; CORRECT?

12:47PM  1    A.   CORRECT.

12:47PM  2    Q.   AND FOR SOME REASON THERE'S AN EXTRA $0.25 THERE.  WHY IS

12:47PM  3    THAT?

12:47PM  4    A.   DO YOU WANT ME TO ANSWER?

12:47PM  5    Q.   YEAH.  DO YOU KNOW?

12:47PM  6    A.   DEPENDING ON THE PRICE PER SHARE OF THE STOCK, THAT WOULD

12:47PM  7    HAVE TO BE THE NUMBER TO MAKE AN EVEN NUMBER OF SHARES.

12:47PM  8    Q.   SO IT LOOKS LIKE, JUST DOING THE MATH BASED LOOKING AT

12:48PM  9    THESE TWO NUMBERS, IT LOOKS LIKE YOU PAID A LITTLE UNDER A

12:48PM  10   DOLLAR A SHARE FOR THE SERIES B SHARES IN 2006.  CORRECT?

12:48PM  11   A.   CORRECT.

12:48PM  12   Q.   AND I THINK YOU TESTIFIED THAT YOU'RE NOT SURE IF THIS WAS

12:48PM  13   MONEY FROM PEOPLE WHO INVEST IN YOUR FIRM OR YOUR OWN MONEY OR

12:48PM  14   BOTH?

12:48PM  15   A.   YES.  IT WAS THE MAJORITY OF OUR INVESTORS, AND IT COULD

12:48PM  16   HAVE BEEN AND LIKELY SOME OF MY OWN.

12:48PM  17   Q.   I WANT TO ASK YOU TO JUST LOOK AT ONE OTHER SCHEDULE WHICH

12:48PM  18   IS ATTACHED TO THIS, WHICH IS AT PAGE 76 OF THE EXHIBIT.  I'LL

12:48PM  19   JUST DRAW YOUR ATTENTION TO THE SCHEDULE 3.8(A), WHICH IS ON

12:49PM  20   THE BOTTOM.

12:49PM  21        AND IS THIS A LISTING OF THE PATENT APPLICATIONS THAT

12:49PM  22   THERANOS HAD PENDING AT THE TIME?

12:49PM  23   A.   YES, IF THAT'S AN ACCURATE STATEMENT, YES.

12:49PM  24   Q.   AND IS THIS TYPICALLY THE KIND OF INFORMATION THAT WOULD

12:49PM  25   BE AVAILABLE IN WHAT YOU CALLED A DATA ROOM PRIOR TO AN

12:49PM   1     INVESTMENT?

12:49PM   2     A.   YES.

12:49PM   3     Q.   OKAY.  I TAKE IT THAT REVIEWING ALL OF THIS MATERIAL, DOES

12:49PM   4     IT REFRESH YOUR RECOLLECTION ONE WAY OR ANOTHER WHETHER YOU

12:49PM   5     ACTUALLY ACCESSED THAT DATA ROOM PRIOR TO THIS INVESTMENT?

12:49PM   6     A.   I AM NOT CERTAIN.  HOWEVER, I DON'T BELIEVE THAT THERE WAS

12:49PM   7     AT THAT TIME A DATA ROOM AND ALL OF THE INFORMATION WAS

12:49PM   8     PROVIDED BY EMAILS AND/OR PRINTED MATERIAL.

12:50PM   9     Q.   OKAY.  NOW, I THINK YOU TESTIFIED THAT AT SOME POINT YOUR

12:50PM   10    UNCLE BECAME THE CHAIRMAN OF THE BOARD OF THERANOS; IS THAT

12:50PM   11    RIGHT?

12:50PM   12    A.   CORRECT.

12:50PM   13    Q.   AND THAT WAS AROUND THE TIME OF THIS INVESTMENT; CORRECT?

12:50PM   14    A.   YES, I WOULD SAY SO.  BUT HE -- I DON'T ABSOLUTELY RECALL

12:50PM   15    WHEN.

12:50PM   16    Q.   OKAY.  BUT DO YOU REMEMBER THAT GENERALLY WHEN YOU

12:50PM   17    INVESTED, THAT HE INVESTED IN THE COMPANY AT THE SAME TIME?

12:50PM   18    A.   CORRECT.  IF NOT, MAYBE HE DID SOMETHING SOONER.  BUT

12:50PM   19    CERTAINLY ONCE WE INVESTED, HE WAS AN INVESTOR.

12:50PM   20    Q.   OKAY.  NOW, DID I UNDERSTAND YOU ON DIRECT TO SAY THAT YOU

12:50PM   21    MADE ANOTHER INVESTMENT IN THERANOS PRIOR TO THE END OF THAT

12:50PM   22    CALENDAR YEAR?

12:50PM   23    A.   CORRECT.

12:50PM   24    Q.   WAS THAT IN CONNECTION WITH ANOTHER RAISE OF STOCK?

12:51PM   25    A.   YES.

12:51PM   1    Q.   DO YOU KNOW WHY THERE WAS THAT ADDITIONAL RAISE OF STOCK

12:51PM   2    IN THE LATTER PART OF 2006?

12:51PM   3    A.   I WOULD EXPECT IT'S BECAUSE THE COMPANY NEEDED ADDITIONAL

12:51PM   4    FUNDS AND SO THEY WENT AND RAISED IT AND PROGRESS WAS BEING

12:51PM   5    MADE.

12:51PM   6    Q.   OKAY.   LET ME ASK YOU TO LOOK IN YOUR BLACK NOTEBOOK AT

12:51PM   7    THE EXHIBIT THAT IS MARKED AS 12003A.

12:52PM   8    A.   OKAY.

12:52PM   9    Q.   AND DO YOU HAVE THAT DOCUMENT?

12:52PM   10   A.   YES.

12:52PM   11   Q.   OKAY.   AND I'M GOING TO ASK YOU TO GO TO THE PAGE THAT IS

12:52PM   12   BATES LABELLED IN THE LOWER RIGHT-HAND CORNER AS 8412.   THAT'S

12:52PM   13   A GOOD DISTANCE AHEAD OF THE DOCUMENT OF WHERE IT STARTS,

12:52PM   14   ALMOST AT THE END OF THE DOCUMENTS.

12:52PM   15   A.   YES.

12:52PM   16   Q.   AND DO YOU SEE REFERENCE TO -- DO YOU SEE A REFERENCE TO

12:53PM   17   YOUR FIRM ON THAT PAGE?

12:53PM   18   A.   8412?

12:53PM   19   Q.   YEAH.   I'M SORRY.   I THINK IT'S ACTUALLY -- LET ME GIVE

12:53PM   20   YOU THE RIGHT PAGE.   THERE IS THAT REFERENCE, BUT LET ME ASK

12:53PM   21   YOU TO DEAL WITH FIRST 8316.

12:53PM   22   A.   YES.

12:53PM   23   Q.   AND IS THAT YOUR SIGNATURE UNDER BLACK DIAMOND VENTURES

12:53PM   24   THERE?

12:53PM   25   A.   YES, IT CERTAINLY APPEARS THAT WAY.

12:53PM  1              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:53PM  2      12003A.

12:53PM  3              MR. BOSTIC:  YOUR HONOR, IS THIS COMING IN AS A

12:53PM  4      BUSINESS RECORD?

12:54PM  5              MR. DOWNEY:  YES, THIS IS THE DOCUMENTATION OF HIS

12:54PM  6      INVESTMENT WHICH WAS DISCUSSED ON DIRECT.

12:54PM  7              THE COURT:  DOES THIS MEMORIALIZE THAT?  HAVE YOU

12:54PM  8      ESTABLISHED THAT?

12:54PM  9              MR. DOWNEY:  WELL, HE SIGNED IT AND HE LOOKED AT THE

12:54PM  10     FIRST PAGE.

12:54PM  11             THE COURT:  RIGHT.  CAN YOU JUST ASK A COUPLE OF

12:54PM  12     QUESTIONS, DOES THIS MEMORIALIZE --

12:54PM  13             MR. DOWNEY:  SURE, SURE.

12:54PM  14     Q.  IS THIS THE CONTRACT THAT WAS ENTERED INTO IN CONNECTION

12:54PM  15     WITH THE INVESTMENT THAT YOU MADE IN THERANOS IN THE LATTER

12:54PM  16     PART OF 2006?

12:54PM  17     A.  IT LOOKS THAT WAY, YES.

12:54PM  18             MR. DOWNEY:  OKAY.  YOUR HONOR, I MOVE THE

12:54PM  19     ADMISSION.

12:54PM  20             MR. BOSTIC:  NO OBJECTION.

12:54PM  21             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:54PM  22         (DEFENDANT'S EXHIBIT 12003A WAS RECEIVED IN EVIDENCE.)

12:54PM  23     BY MR. DOWNEY:

12:54PM  24     Q.  I WANT TO ASK YOU TO LOOK AT PAGE 91 OF THE EXHIBIT, WHICH

12:55PM  25     WE'LL DISPLAY ON THE SCREEN TO MAKE IT EASY FOR YOU TO SEE.

12:55PM  1            IF YOU GO ABOUT HALF -- A LITTLE OVER HALFWAY DOWN THE

12:55PM  2    PAGE, DO YOU SEE A REFERENCE TO BLACK DIAMOND VENTURES XII?

12:55PM  3    A.   YES.

12:55PM  4    Q.   AND DOES THAT INDICATE THAT YOU INVESTED ABOUT $925,000 IN

12:55PM  5    CONNECTION WITH THIS INVESTMENT?

12:55PM  6    A.   YES.

12:55PM  7    Q.   AND I WANT TO SHOW YOU THE COVER PAGE JUST TO ORIENT YOU

12:55PM  8    AS TO -- BECAUSE I THINK THERE ARE A FEW MORE ENTRIES ON HERE

12:55PM  9    I'M GOING TO SHOW YOU.

12:55PM 10            LET ME JUST SHOW YOU THE COVER PAGE OF THIS DOCUMENT.

12:55PM 11    BRING IT UP ON THE SCREEN.

12:55PM 12            DO YOU SEE THAT THIS IS, THIS IS THE STOCK PURCHASE

12:55PM 13    AGREEMENT FROM THE SECOND HALF OF 2006; CORRECT?

12:55PM 14    A.   CORRECT.

12:55PM 15    Q.   AND THEN THERE'S A SERIES OF CLOSING DATES, DIFFERENT

12:56PM 16    CLOSING DATES, FOR DIFFERENT CLOSING DATES THAT ARE ASSOCIATED

12:56PM 17    WITH THIS STOCK PURCHASE?

12:56PM 18    A.   YES.

12:56PM 19    Q.   AND WHY IS THIS -- CAN YOU EXPLAIN WHY THERE ARE DIFFERENT

12:56PM 20    CLOSING DATES?

12:56PM 21    A.   GENERALLY IT'S BECAUSE A CERTAIN AMOUNT OF FUNDS HAVE COME

12:56PM 22    IN DURING A PERIOD OF TIME AND THEY CLOSE ON THAT AMOUNT.  THEY

12:56PM 23    WAIT FOR ANOTHER AMOUNT TO COME IN.

12:56PM 24            AND IN THIS CASE USUALLY DOCUMENTS ALLOW FOR A 60-DAY

12:56PM 25    CLOSING PERIOD, AND IT LOOKS LIKE THAT'S THE CASE HERE.

12:56PM  1   Q.   OKAY.  SO LET'S GO BACK TO PAGE 91, WHERE WE WERE, THE

12:56PM  2   $925,000 INVESTMENT.

12:56PM  3        AND THAT'S IN CONNECTION WITH THE FIRST CLOSE ON

12:57PM  4   OCTOBER 13TH.

12:57PM  5        DO YOU SEE THAT?

12:57PM  6   A.   YES.

12:57PM  7   Q.   OKAY.  NOW I WANT YOU TO LOOK AT -- AND BY THE WAY,

12:57PM  8   BLACK DIAMOND VENTURES XII, DOES THAT CONSIST OF MONEY OF

12:57PM  9   INVESTORS WHO INVEST THROUGH BLACK DIAMOND VENTURES?

12:57PM  10  A.   CORRECT.

12:57PM  11  Q.   I WANT TO SHOW YOU PAGE 102 OF THE EXHIBIT AND BLOW THAT

12:57PM  12  UP.

12:57PM  13       AND DO YOU SEE THAT THERE'S ANOTHER REFERENCE -- WELL, DO

12:57PM  14  YOU SEE, FIRST OF ALL, IN THE TOP THAT THIS INDICATES THE THIRD

12:57PM  15  CLOSE IN NOVEMBER OF 2006?

12:57PM  16  A.   YES.

12:57PM  17  Q.   OKAY.  AND THAT UNDERNEATH THERE IT APPEARS THAT

12:57PM  18  BLACK DIAMOND VENTURES XII BOUGHT ANOTHER $425,000 SHARES IN

12:57PM  19  THIS OFFERING; CORRECT?

12:57PM  20  A.   CORRECT.

12:57PM  21  Q.   AND THE PURCHASE PRICE FOR THAT WAS A LITTLE UNDER

12:58PM  22  $1.2 MILLION; CORRECT?

12:58PM  23  A.   CORRECT.

12:58PM  24  Q.   AND THERE'S ANOTHER REFERENCE THERE TO

12:58PM  25  BLACK DIAMOND VENTURES 55, LLC.

12:58PM   1          DO YOU SEE THAT?

12:58PM   2     A.   YES.

12:58PM   3     Q.   IS THAT AN ENTITY THAT HAS SOME ASSOCIATION WITH YOUR

12:58PM   4     FIRM?

12:58PM   5     A.   YES.

12:58PM   6     Q.   AND CAN YOU EXPLAIN WHAT THAT IS?

12:58PM   7     A.   SO WE HAVE HAD AN INVESTOR, CRAIG HALL AND HIS GROUP, AND

12:58PM   8     WE ESTABLISHED A SEPARATE ENTITY FOR HIS AMOUNT.

12:58PM   9     Q.   I SEE.  WAS THAT OF HIS REQUEST?

12:58PM  10     A.   YES.

12:58PM  11     Q.   OKAY.  AND IT APPEARS THAT BLACK DIAMOND 55 INVESTED A

12:58PM  12     LITTLE UNDER $1,930,000.

12:58PM  13          DO YOU SEE THAT?

12:58PM  14     A.   YES.

12:58PM  15     Q.   AND THE INVESTOR, CRAIG HALL, WHO HAD THIS SEPARATE ENTITY

12:59PM  16     SET UP, HE IS SOMEONE WHO HAD BEEN INTRODUCED TO YOU BY YOUR

12:59PM  17     UNCLE; IS THAT RIGHT?

12:59PM  18     A.   NO.  INTRODUCED BY A MUTUAL FRIEND.

12:59PM  19     Q.   I SEE.  OKAY.

12:59PM  20          BUT THE INTRODUCTION WAS MADE AROUND THE POTENTIAL

12:59PM  21     INVESTMENT IN THERANOS?

12:59PM  22     A.   AROUND THAT TIME, YES.

12:59PM  23     Q.   OKAY.  SO YOU REALLY MET HIM IN CONNECTION WITH THERANOS?

12:59PM  24     A.   I DON'T RECALL IF IT WAS SPECIFICALLY BECAUSE OF THERANOS,

12:59PM  25     BUT IT CERTAINLY WAS AROUND THAT TIME.

12:59PM  1    Q.   OKAY.  BUT YOU CAME TO LEARN THAT HE WAS A VERY SUCCESSFUL

12:59PM  2    REAL ESTATE INVESTOR IN TEXAS; CORRECT?

12:59PM  3    A.   CORRECT.

12:59PM  4    Q.   AND THAT HE HAD A LOT OF EXPERIENCE IN INVESTMENT;

12:59PM  5    CORRECT?

12:59PM  6    A.   YES.

12:59PM  7    Q.   AND HE HAD BEEN, FOR EXAMPLE, AT ONE POINT THE LARGEST

12:59PM  8    SHAREHOLDER IN AMERICAN AIRLINES?

12:59PM  9    A.   AS I UNDERSTAND IT, YES.

12:59PM  10   Q.   BUT HE ALSO INVESTED IN A LOT OF REAL ESTATE ENTITIES,

12:59PM  11   HOTELS AND WINERIES, ET CETERA; CORRECT?

01:00PM  12   A.   CORRECT.

01:00PM  13   Q.   ALL RIGHT.  NOW, WERE THE INVESTORS IN BLACK DIAMOND XII,

01:00PM  14   THEY WERE INVESTORS WHO HAD BEEN LONG TIME INVESTORS IN OTHER

01:00PM  15   PROJECTS WITH BLACK DIAMOND?

01:00PM  16   A.   NOT NECESSARILY.  LARGELY TRUE, BUT BECAUSE WE HAVE

01:00PM  17   SEPARATE ENTITIES, THERE COULD HAVE BEEN SOME NEW INVESTORS IN

01:00PM  18   THAT ENTITY INVESTING WITH BLACK DIAMOND FOR THE FIRST TIME.

01:00PM  19   Q.   NOW, I SHOWED YOU A MOMENT AGO, AND WE WENT THROUGH IN

01:00PM  20   SOME DETAIL, THE -- A BUSINESS PLAN THAT MS. HOLMES HAD GIVEN

01:00PM  21   YOU IN CONNECTION WITH THERANOS.

01:00PM  22        DO YOU RECALL THAT?

01:00PM  23   A.   YES.

01:00PM  24   Q.   DID YOU TRANSMIT THAT BUSINESS PLAN TO BLACK DIAMOND XII

01:00PM  25   INVESTORS FOR PURPOSES OF THEIR EVALUATION OF AN INVESTMENT IN

01:00PM  1    THERANOS?

01:00PM  2    A.   I DON'T RECALL.

01:00PM  3    Q.   WHETHER YOU TRANSMITTED IT, THE ACTUAL DOCUMENT OR NOT,

01:01PM  4    DID YOU COMMUNICATE THE SUBSTANCE OF WHAT WAS IN THE DOCUMENT

01:01PM  5    TO BLACK DIAMOND XII INVESTORS?

01:01PM  6    A.   I WOULD THINK I WOULD HAVE SHARED SOME OF THE INFORMATION.

01:01PM  7    Q.   OKAY.  AND WHAT ABOUT WITH MR. HALL?  DID YOU SHARE THE

01:01PM  8    INFORMATION THAT WAS CONTAINED IN THE BUSINESS PLAN WITH

01:01PM  9    MR. HALL OR HIS REPRESENTATIVES?

01:01PM  10   A.   I CERTAINLY WOULD HAVE SPOKEN ABOUT WHAT WAS GOING ON AT

01:01PM  11   THERANOS.  I DON'T KNOW IF I SHARED THE DOCUMENT.

01:01PM  12   Q.   OKAY.  YOU DON'T RECALL ONE WAY OR THE OTHER?

01:01PM  13   A.   NOT RIGHT NOW, NO.

01:01PM  14   Q.   OKAY.  LET ME JUST TRY TO GET A SENSE OF THE MAGNITUDE OF

01:01PM  15   THE INVESTMENT AND REALLY SEPARATE THOSE INVESTMENTS OUT.

01:01PM  16        IT LOOKS LIKE BETWEEN THE CLOSE THAT YOU HAD INVESTED IN

01:01PM  17   OCTOBER FOR THE BLACK DIAMOND XII GROUP AND THE NOVEMBER CLOSE,

01:02PM  18   THAT THE INVESTMENT TOTALLED ABOUT A LITTLE BIT OVER

01:02PM  19   $2 MILLION.

01:02PM  20        IS THAT RIGHT?

01:02PM  21   A.   YES.  IF I'M REMEMBERING CORRECTLY, THE FIRST IS AROUND

01:02PM  22   900,000, AND THEN THIS, AND THAT WOULD TOTAL OVER 2 MILLION.

01:02PM  23   Q.   AND THE CLOSE THAT IS ASSOCIATED WITH BLACK DIAMOND LLC,

01:02PM  24   THAT'S THE ONLY CLOSE THAT THE HALL GROUP INVESTOR PARTICIPATED

01:02PM  25   IN; CORRECT?

LUCAS CROSS BY MR. DOWNEY

01:02PM  1    A.   YES.

01:02PM  2    Q.   OKAY.  I WOULD LIKE YOU TO JUST GO BACK TO THE TEXT OF

01:02PM  3    THIS DOCUMENT AND LOOK AT PAGES 14 AND 15.

01:02PM  4         I'LL DRAW YOUR ATTENTION TO SECTION 4.

01:03PM  5         AND DO YOU SEE THAT THESE ARE REPRESENTATIONS AND

01:03PM  6    WARRANTIES THAT YOU WERE MAKING IN CONNECTION WITH

01:03PM  7    PARTICIPATING IN THE INVESTMENT IN 2006?

01:03PM  8    A.   YES.

01:03PM  9    Q.   OKAY.  AND IF YOU TAKE A MOMENT TO JUST REVIEW THIS

01:03PM  10   SECTION, YOU'LL RECOGNIZE IT AS SIMILAR TO A SECTION THAT

01:03PM  11   MR. BOSTIC COVERED WITH YOU WHEN YOU WERE ON DIRECT

01:03PM  12   EXAMINATION; IS THAT RIGHT?

01:03PM  13   A.   YES.

01:03PM  14   Q.   LET ME JUST DRAW YOUR ATTENTION FIRST TO SECTION 4.3.

01:03PM  15        AND THAT RELATES TO A REPRESENTATION THAT YOU MAKE ABOUT

01:03PM  16   YOURSELF, CORRECT, IN TERMS OF YOUR QUALIFICATION TO EVALUATE

01:03PM  17   AN INVESTMENT?

01:03PM  18   A.   YES.

01:03PM  19   Q.   AND YOU REPRESENTED THAT YOU HAD SUBSTANTIAL EXPERIENCE IN

01:04PM  20   EVALUATING AND INVESTING IN PRIVATE PLACEMENT TRANSACTIONS OF

01:04PM  21   SECURITIES AND COMPANIES SIMILAR TO THE COMPANY; CORRECT?

01:04PM  22   A.   YES.

01:04PM  23   Q.   AND THAT WAS CERTAINLY TRUE; CORRECT?

01:04PM  24   A.   YES.

01:04PM  25   Q.   OKAY.  BECAUSE THIS WAS -- YOU NOT ONLY HAD INVESTED, BUT

LUCAS CROSS BY MR. DOWNEY

01:04PM  1    REALLY YOU WERE -- THIS WAS YOUR LIFE'S WORK?  YOU'RE A VENTURE

01:04PM  2    CAPITALIST BY TRADE?

01:04PM  3    A.   CORRECT.

01:04PM  4    Q.   AND IN THE NEXT SECTION, WHICH IS SECTION 4.4, YOU

01:04PM  5    REPRESENT YOUR -- THAT YOU UNDERSTAND THE SPECULATIVE NATURE OF

01:04PM  6    THE INVESTMENT; CORRECT?

01:04PM  7    A.   CORRECT.

01:04PM  8    Q.   AND ALSO THAT IF THE INVESTMENT IS COMPLETELY LOST, THAT

01:04PM  9    THAT'S SOMETHING THAT YOU CAN SUSTAIN; CORRECT?

01:04PM 10    A.   CORRECT.

01:04PM 11    Q.   AND THAT WOULD BE TRUE NOT ONLY FOR YOU, BUT FOR THOSE WHO

01:04PM 12    INVESTED THROUGH YOU; CORRECT?

01:04PM 13    A.   THAT'S RIGHT.

01:04PM 14    Q.   AND LET ME DIRECT YOUR ATTENTION TO SECTION 4.5.  AND THIS

01:05PM 15    IS ABOUT YOUR ACCESS TO DATA.

01:05PM 16         AND YOU REPRESENT THAT YOU'VE HAD THE OPPORTUNITY TO ASK

01:05PM 17    QUESTIONS OF AND RECEIVE ANSWERS FROM THE OFFICERS OF THE

01:05PM 18    COMPANY CONCERNING THE AGREEMENTS, AND THEN IT LISTS THE

01:05PM 19    VARIOUS SCHEDULES AND EXHIBITS AND SO FORTH, AND AS WELL AS THE

01:05PM 20    COMPANY'S BUSINESS MANAGEMENT AND FINANCIAL AFFAIRS, WHICH

01:05PM 21    QUESTIONS WERE ANSWERED TO ITS SATISFACTION.

01:05PM 22         DO YOU SEE THAT?

01:05PM 23    A.   YES.

01:05PM 24    Q.   AND THAT WAS ALSO TRUE; CORRECT?

01:05PM 25    A.   AS I STATED EARLIER, THERE CERTAINLY WOULD HAVE BEEN MORE

LUCAS CROSS BY MR. DOWNEY

01:05PM   1    INFORMATION WE WOULD HAVE POTENTIALLY HAD LIKED, BUT WE DIDN'T

01:05PM   2    HAVE ACCESS TO IT, AND WE MADE THE DECISION TO INVEST.

01:05PM   3    Q.   OKAY.  BECAUSE AFTER ALL, YOU HAD THE OPPORTUNITY TO

01:06PM   4    REVIEW THAT LARGE DOCUMENT THAT WE WENT THROUGH AT SOME LENGTH

01:06PM   5    ABOUT WHAT THE COMPANY'S BUSINESS PLAN WAS; CORRECT?

01:06PM   6    A.   WELL, WE CERTAINLY REVIEWED IT.  THAT WOULDN'T NECESSARILY

01:06PM   7    BE SUFFICIENT, BUT CERTAINLY WE RELIED ON THE DOCUMENT AND THE

01:06PM   8    OTHER INFORMATION THAT WE RECEIVED FROM ELIZABETH.

01:06PM   9    Q.   EXCUSE ME.  I'M SORRY.

01:06PM   10       AND YOUR ASSESSMENT OF MANAGEMENT; CORRECT?

01:06PM   11   A.   YES.

01:06PM   12   Q.   AND SOME OF THE OTHER FACTORS WE DISCUSSED EARLIER?

01:06PM   13   A.   SURE.

01:06PM   14   Q.   OKAY.  NOW, I WANT TO ASK YOU TO GO FORWARD IN THE EXHIBIT

01:06PM   15   TO PAGE 116, AND WE'LL PUT IT UP ON THE SCREEN FOR EASE.

01:07PM   16       I THINK IT'S THE PAGE BEFORE THIS.  OH, NO, SORRY, IT IS

01:07PM   17   THIS PAGE.

01:07PM   18       COULD YOU BLOW UP THE SECTION ENTITLED SCHEDULE 3.8(B).

01:07PM   19       I'M SHOWING YOU A LATER PAGE IN 12 -- IN THIS STOCK

01:07PM   20   PURCHASE AGREEMENT FROM OCTOBER 2006.

01:07PM   21       AND DO YOU SEE THERE'S A REFERENCE HERE TO AN EVALUATION

01:07PM   22   AGREEMENT BETWEEN THERANOS AND SMITHKLINE BEECHAM?

01:07PM   23   A.   YES.

01:07PM   24   Q.   AND YOU RECOGNIZE SMITHKLINE BEECHAM AS A LEADING

01:07PM   25   PHARMACEUTICAL COMPANY; CORRECT?

01:08PM  1    A.   YES.

01:08PM  2    Q.   AT THAT TIME ANY WAY; CORRECT?

01:08PM  3    A.   YES.

01:08PM  4    Q.   AND DID YOU REVIEW THE AGREEMENT THAT IS REFERENCED IN

01:08PM  5    SCHEDULE 3.8(B) PRIOR TO THE TIME THAT YOU HAD MADE AN

01:08PM  6    INVESTMENT?

01:08PM  7    A.   I WOULD THINK SO.  I JUST DON'T ABSOLUTELY RECALL.

01:08PM  8    Q.   OKAY.  WELL, DO YOU RECALL THAT THE ADDITIONAL RAISE PRIOR

01:08PM  9    TO THE END OF 2006 WAS BECAUSE THE COMPANY HAD HAD SUCCESS IN

01:08PM 10    CONNECTION WITH TRYING TO ESTABLISH RELATIONSHIPS WITH

01:08PM 11    PHARMACEUTICAL COMPANIES AND THAT IT WAS SEEKING FUNDS TO BUILD

01:08PM 12    FURTHER INFRASTRUCTURE TO PERFORM THOSE CONTRACTS?

01:08PM 13    A.   THAT WOULD MAKE SENSE.

01:08PM 14    Q.   LET ME ASK YOU TO JUST LOOK AT, IN YOUR BINDER, BUT DON'T

01:08PM 15    COMMENT ON IT AND I'M NOT GOING TO PUT IT ON THE SCREEN, AT

01:09PM 16    EXHIBIT 14111.

01:09PM 17         AND REALLY MY ONLY QUESTION ABOUT THIS DOCUMENT FOR YOU,

01:09PM 18    MR. LUCAS, IS WHETHER YOU RECALL EVER SEEING THIS DOCUMENT.

01:09PM 19    A.   I DON'T RECALL.

01:09PM 20    Q.   OKAY.  YOU CAN PUT THAT ASIDE.

01:09PM 21         LET ME JUST GO BACK FOR ONE MOMENT TO EXHIBIT A ON

01:10PM 22    PAGE 91, AND JUST -- I WANT TO PUT IT BACK UP FOR A MOMENT AND

01:10PM 23    HIGHLIGHT THE BLACK DIAMOND VENTURES XII INVESTMENT AMOUNT.

01:10PM 24         THIS IS THE DOCUMENT THAT WE LOOKED AT A MOMENT AGO WITH

01:10PM 25    THE $925,000 INVESTMENT.

01:10PM   1           DO YOU SEE THAT?

01:10PM   2      A.   YES.

01:10PM   3      Q.   AND FOR $925,000 AT THIS STAGE, YOU ONLY GOT -- WELL, YOU

01:10PM   4      GOT 328,000 SHARES.

01:10PM   5           DO YOU SEE THAT?

01:10PM   6      A.   YES.

01:10PM   7      Q.   OKAY.  AND DO YOU RECALL THAT IN FEBRUARY, THE FEBRUARY

01:10PM   8      RAISE WHEN YOU BOUGHT STOCK, YOU HAD PAID A LITTLE BIT LESS

01:10PM   9      THAN A DOLLAR PER SHARE; RIGHT?

01:10PM   10     A.   CORRECT.

01:10PM   11     Q.   AND IN CONNECTION WITH THIS OCTOBER RAISE, YOU WERE PAYING

01:10PM   12     A LITTLE BIT UNDER $3 A SHARE; CORRECT?

01:10PM   13     A.   YES.

01:10PM   14     Q.   AND DID THAT REFLECT THAT THERE WAS INCREASING VALUE IN

01:11PM   15     THE COMPANY?

01:11PM   16     A.   CORRECT.

01:11PM   17     Q.   DO YOU KNOW IF THAT RELATED AT ALL TO WHAT THERANOS WAS

01:11PM   18     DOING IN CONNECTION WITH THE PHARMACEUTICAL BUSINESS?

01:11PM   19     A.   AFTER YOU SHOW ME -- YOU'VE SHOWN THE AGREEMENT HERE, I

01:11PM   20     WOULD EXPECT --

01:11PM   21     Q.   MR. LUCAS, IF YOU DON'T RECOGNIZE THE DOCUMENT, DON'T,

01:11PM   22     DON'T -- I DON'T WANT YOU TO TESTIFY ABOUT THINGS YOU DIDN'T

01:11PM   23     KNOW AT THE TIME.  SO IF YOU DON'T RECOGNIZE IT, I DON'T WANT

01:11PM   24     YOU TO DESCRIBE IT TO THE JURY BECAUSE IT WILL BE EVIDENCE IN

01:11PM   25     THE CASE.

LUCAS CROSS BY MR. DOWNEY

01:11PM  1    A.   OH.  OKAY.

01:11PM  2    Q.   BUT IS IT TYPICALLY THE CASE THAT IF PHARMACEUTICAL

01:11PM  3    CONTRACTS ARE OBTAINED, IT CAN CONTRIBUTE TO INCREASING THE

01:11PM  4    VALUE OF THE COMPANY?

01:11PM  5    A.   YES.

01:11PM  6    Q.   DO YOU RECALL LEARNING THAT, SHORTLY AFTER YOU INVESTED IN

01:12PM  7    THE COMPANY, THAT THERANOS FINALIZED ANOTHER CONTRACT WITH A

01:12PM  8    PHARMACEUTICAL COMPANY?

01:12PM  9    A.   THIS IS THE 2006?

01:12PM  10   Q.   YES, YES.  AND I'M REFERRING TO THE SECOND INVESTMENT IN

01:12PM  11   2006.

01:12PM  12   A.   GOT IT.

01:12PM  13   Q.   OCTOBER, NOVEMBER CLOSE.

01:12PM  14   A.   GOT IT.

01:12PM  15   Q.   OKAY.  DO YOU RECALL LEARNING THAT THEY HAD OBTAINED

01:12PM  16   ANOTHER PHARMACEUTICAL CONTRACT?

01:12PM  17   A.   I BELIEVE THAT THERE WERE MULTIPLE COMPANIES THAT THERANOS

01:12PM  18   WAS WORKING FOR, BUT I DON'T RECALL THE NAMES.

01:12PM  19   Q.   OKAY.  AND YOU DON'T RECALL THE DRUGS THAT THERANOS WAS

01:12PM  20   INVOLVED IN, IN EVALUATING IN THOSE PROJECTS, DO YOU?

01:12PM  21   A.   NOT NOW, NO.

01:12PM  22   Q.   OKAY.  YOU THINK YOU MAY HAVE BEEN TOLD AT THE TIME, BUT

01:12PM  23   YOU DON'T RECALL NOW?

01:12PM  24   A.   CORRECT.

01:12PM  25   Q.   OKAY.  ALL RIGHT.  SO AFTER THE INVESTMENT IN THE LATTER

01:13PM   1    HALF OF 2006, I THINK YOU DESCRIBED THAT YOU WOULD STAY IN

01:13PM   2    TOUCH WITH MS. HOLMES ABOUT THE COMPANY PERIODICALLY AND GET

01:13PM   3    UPDATES ON THE COMPANY; CORRECT?

01:13PM   4    A.   CORRECT.

01:13PM   5    Q.   DO YOU RECALL THAT YOU WERE ACTUALLY ASKED TO REVIEW THE

01:13PM   6    FINANCIAL INFORMATION OF THE COMPANY AND PREPARE REVENUE MODELS

01:13PM   7    GOING FORWARD FOR THE COMPANY SHORTLY AFTER THIS 2006

01:14PM   8    INVESTMENT?

01:14PM   9    A.   I DON'T RECALL.

01:14PM   10   Q.   OKAY.  LET ME ASK YOU TO LOOK AT AN EXHIBIT, AND THE

01:14PM   11   NUMBER IN YOUR NOTEBOOK WILL BE, THE BLACK NOTEBOOK AGAIN,

01:14PM   12   12051.

01:14PM   13   A.   OKAY.

01:14PM   14   Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:14PM   15   RELATED TO THERANOS IN 2007?

01:14PM   16   A.   YES.

01:14PM   17   Q.   OKAY.

01:14PM   18        YOUR HONOR, I MOVE THE ADMISSION OF 12051.

01:14PM   19            MR. BOSTIC:  NO OBJECTION.

01:14PM   20            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:14PM   21        (DEFENDANT'S EXHIBIT 12051 WAS RECEIVED IN EVIDENCE.)

01:14PM   22   BY MR. DOWNEY:

01:14PM   23   Q.   I'M SHOWING YOU AT THE TOP THAT THIS IS AN EMAIL IN JUNE

01:15PM   24   OF 2007 BETWEEN -- WHICH WAS SENT FROM YOU TO MS. HOLMES;

01:15PM   25   CORRECT?

01:15PM   1      A.   YES.

01:15PM   2      Q.   AND IN THE BODY OF THE EMAIL YOU SAY, "ELIZABETH.

01:15PM   3           "ATTACHED IS THE LATEST SPREADSHEET WHICH SHOWS THREE

01:15PM   4      SCENARIOS OF CASH PAYMENTS.  SPECIFICALLY, THEY ARE AN ADVANCE

01:15PM   5      OF ONE MONTH'S PAYMENT, TWO MONTH'S PAYMENT, THREE MONTH'S

01:15PM   6      PAYMENT.  THE RESULTS ARE SHOWN AT THE BOTTOM OF THE

01:15PM   7      SPREADSHEET.  USING A THREE MONTH ADVANCE PAYMENT TERM, WE DO

01:15PM   8      ACHIEVE CASH BREAKEVEN BY THE END OF THIS YEAR."

01:15PM   9           DO YOU SEE THAT?

01:15PM  10      A.   YES.

01:15PM  11      Q.   AND IS THIS IN CONNECTION WITH YOUR PREPARATION OF A

01:15PM  12      SPREADSHEET THAT WILL REFLECT A MODEL ANTICIPATING WHAT

01:15PM  13      THERANOS'S REVENUE WOULD BE GOING FORWARD?

01:15PM  14      A.   YES.  IT CERTAINLY APPEARS THAT I WAS TRYING TO HELP OUT

01:15PM  15      AND I PUT SOMETHING TOGETHER THAT WE COULD ALL REVIEW.

01:16PM  16      Q.   AND LET ME JUST ASK YOU TO LOOK AT THE ATTACHMENT.  AND I

01:16PM  17      DON'T NECESSARILY WANT TO SHOW YOU THIS IN -- ON A

01:16PM  18      MONTH-BY-MONTH BASIS, BUT I WANT TO GET A SENSE OF HOW THIS WAS

01:16PM  19      ANALYZING THERANOS'S BUSINESS.

01:16PM  20           DO YOU SEE ON THE LEFT-HAND COLUMN THE -- I'VE EXCERPTED

01:16PM  21      THE TOP HALF OF THE PAGE, WHICH IS REVENUE.

01:16PM  22           DO YOU SEE THAT?

01:16PM  23      A.   YES.

01:16PM  24      Q.   AND DO YOU SEE THAT THERE APPEAR TO BE DIFFERENT ITEMS

01:16PM  25      THAT IT'S ANTICIPATED WILL GENERATE REVENUE.

LUCAS CROSS BY MR. DOWNEY

01:16PM  1          DO YOU SEE THAT?

01:16PM  2     A.   YES.

01:16PM  3     Q.   ONE OF THOSE IS READERS, ONE OF THEM IS CARTRIDGES, AND

01:16PM  4     ONE OF THEM IS DATABASE.

01:16PM  5          DO YOU SEE THAT?

01:16PM  6     A.   YES.

01:16PM  7     Q.   AND THAT'S A REFERENCE TO THE FACT THAT THERANOS HAD

01:17PM  8     DIFFERENT COMPONENTS TO ITS TECHNOLOGY; CORRECT?

01:17PM  9     A.   CORRECT.

01:17PM 10     Q.   AND THE READERS ARE THE ANALYZERS THAT YOU'VE BEEN TALKING

01:17PM 11     ABOUT; CORRECT?

01:17PM 12     A.   YES.

01:17PM 13     Q.   AND THE CARTRIDGES WERE THE TECHNOLOGY THAT CONTAIN THE

01:17PM 14     ASSAYS; CORRECT?

01:17PM 15     A.   CORRECT.

01:17PM 16     Q.   AND THEN WE DIDN'T TALK ABOUT THIS BEFORE, BUT ANOTHER

01:17PM 17     ELEMENT OF ITS TECHNOLOGY WAS ITS DATABASE; CORRECT?

01:17PM 18     A.   YES, YOU WERE ANNOUNCING THAT.  I HADN'T RECOLLECTED IT.

01:17PM 19     Q.   I AGREE.  BUT THAT IS CORRECT, ISN'T IT?  LET ME ASK --

01:17PM 20     A.   IT'S CORRECT THAT THAT IS HERE.

01:17PM 21     Q.   YEAH, YEAH.  A DATABASE WAS A TECHNOLOGY THAT THERANOS WAS

01:17PM 22     WORKING ON IN THE PERIOD BETWEEN 2006 AND 2013.

01:17PM 23          DO YOU RECALL -- DO YOU KNOW THAT ONE WAY OR ANOTHER?

01:17PM 24     A.   IN THINKING IT WAS AS -- YES, AS THEY WOULD AMASS THE DATA

01:18PM 25     INFORMATION, THEY COULD PUT IT IN A DATABASE SO THEY COULD

LUCAS CROSS BY MR. DOWNEY

01:18PM  1    CROSS REFERENCE AND SO FORTH.

01:18PM  2    Q.   OKAY.  THEY WANTED TO BE ABLE TO PERFORM CERTAIN WHAT THEY

01:18PM  3    CALLED ANALYTICS IN CONNECTION WITH PEOPLE'S HEALTH; RIGHT?

01:18PM  4    A.   YES.

01:18PM  5    Q.   SO THE MORE DATA THEY COMPILED ABOUT A PERSON, THE MORE

01:18PM  6    THEY THOUGHT THEY COULD ANALYZE WHAT MIGHT OR MIGHT NOT BE

01:18PM  7    HELPFUL IN TREATMENT OF THAT PERSON; CORRECT?

01:18PM  8    A.   CORRECT.

01:18PM  9    Q.   IN PROJECTING THE REVENUE THAT IS CONTAINED HERE, WHICH

01:18PM  10   LOOKS TO BE FOR CERTAIN MONTHS OF 2008, DO YOU KNOW WHAT YOU

01:18PM  11   WERE REVIEWING TO COMPLETE THIS MODEL?

01:18PM  12   A.   I MEAN WHAT I USED TO HELP OUT?

01:18PM  13   Q.   YES.  LET ME ASK IT DIFFERENT.  LET ME ASK IT IN A CLEARER

01:18PM  14   WAY FOR YOU.

01:18PM  15        WHAT DOCUMENT DID YOU USE TO PREPARE THE MODEL THAT IS

01:19PM  16   PART OF EXHIBIT 12051?

01:19PM  17   A.   I DON'T REMEMBER.

01:19PM  18   Q.   OKAY.  LET ME ASK YOU TO JUST LOOK AT 12052, WHICH SHOULD

01:19PM  19   BE THE NEXT DOCUMENT IN YOUR NOTEBOOK.

01:19PM  20   A.   OKAY.

01:19PM  21   Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:19PM  22   FROM JULY OF 2007 RELATED TO THERANOS'S BUSINESS?

01:19PM  23   A.   YES.

01:19PM  24   Q.   OKAY.

01:19PM  25        YOUR HONOR, I MOVE THE ADMISSION OF 12052.

01:19PM  1          MR. BOSTIC:  NO OBJECTION.

01:19PM  2          THE COURT:  IT'S ADMITTED AND IT MAY BE PUBLISHED.

01:20PM  3          MR. DOWNEY:  12052.

01:20PM  4      (DEFENDANT'S EXHIBIT 12052 WAS RECEIVED IN EVIDENCE.)

01:20PM  5  BY MR. DOWNEY:

01:20PM  6  Q.   AND THIS IS A DOCUMENT CONSISTING OF REALLY ONLY ONE EMAIL

01:20PM  7  AND ATTACHMENT.

01:20PM  8      DO YOU SEE THIS IS AN EMAIL THAT YOU SENT TO MS. HOLMES IN

01:20PM  9  JULY OF 2007 WITH THE SUBJECT THERANOS MODELS?

01:20PM  10  A.   YES.

01:20PM  11  Q.   AND DO YOU SEE IN THE BODY OF THE EMAIL YOU TOLD HER THAT

01:20PM  12  YOU WERE ATTACHING TWO CURRENT MODELS; CORRECT?

01:20PM  13  A.   YES.

01:20PM  14  Q.   AND ONE OF THE MODELS WAS LABELLED REV. 9 (EXPECTED).

01:20PM  15      DO YOU SEE THAT?

01:20PM  16  A.   YES.

01:20PM  17  Q.   AND ONE WAS LABELLED REV. 10 (CAPACITY).

01:20PM  18      DO YOU SEE THAT?

01:20PM  19  A.   YES.

01:20PM  20  Q.   AND DO YOU KNOW WHAT -- CAN YOU EXPLAIN WHAT THAT MEANS TO

01:20PM  21  US?

01:20PM  22  A.   AT THIS POINT I CAN'T.

01:20PM  23  Q.   OKAY.

01:20PM  24  A.   I JUST CAN'T RECOLLECT.

01:20PM  25  Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE ATTACHMENT, AND

01:21PM  1    THERE'S A LONG SERIES OF PAGES THAT SEEM TO CONTAIN SOME

01:21PM  2    FINANCIAL DATA.

01:21PM  3         DO YOU SEE THAT?

01:21PM  4         ON THE SCREEN I'M ACTUALLY PUTTING IT UP IN NATIVE FORMAT.

01:21PM  5         DO YOU SEE THAT, MR. LUCAS?

01:21PM  6    A.   WHAT DO YOU MEAN BY "NATIVE"?

01:21PM  7    Q.   I'M DISPLAYING IT AS A SPREADSHEET AS IT WOULD LOOK

01:21PM  8    ONLINE, WHEREAS IN YOUR NOTEBOOK I HAVE ACTUALLY PRINTED THE

01:21PM  9    PAGES OUT.

01:21PM  10   A.   YEAH.

01:21PM  11   Q.   AND THIS SPREADSHEET IS A SPREADSHEET THAT IS -- LOOKS

01:21PM  12   LIKE OTHER MODELS THAT YOU HAVE CREATED TO PROJECT THE REVENUE

01:21PM  13   OF BUSINESSES; CORRECT?

01:21PM  14   A.   YES.  I'M -- I DON'T KNOW THAT WE, BLACK DIAMOND,

01:22PM  15   DEVELOPED THIS MODEL.

01:22PM  16   Q.   OKAY.

01:22PM  17   A.   IT ACTUALLY IS QUITE A GOOD MODEL IT SEEMS, SO I'M --

01:22PM  18   Q.   YOU'RE ESPECIALLY MODEST.  MAYBE YOU DID DEVELOP IT.

01:22PM  19   A.   NO.  I'M LOOKING AT THE TABS DOWN BELOW AND I DON'T THINK

01:22PM  20   THAT WE PREPARED THIS.

01:22PM  21   Q.   OKAY.  WELL, DID YOU FORM AN IMPRESSION AT SOME POINT THAT

01:22PM  22   THE FINANCIAL EXPERTISE WITHIN THERANOS NEEDED SOME HELP?

01:22PM  23   A.   CERTAINLY INITIALLY WITH THE OTHER.

01:22PM  24        I DON'T KNOW IF THIS -- I'M TRYING TO REMEMBER IF THIS IS

01:22PM  25   A YEAR PAST THE OTHER MODEL.  I'M JUST FORGETTING AS -- YOU

01:22PM  1    SHOWED IT.

01:22PM  2    Q.   YEAH.

01:22PM  3    A.   BUT THIS LOOKS LIKE THIS COULD HAVE BEEN AN INTERNALLY

01:22PM  4    PREPARED MODEL.

01:22PM  5    Q.   OKAY.  IF YOU LOOK BACK AT EXHIBIT 12051, THAT LOOKS LIKE

01:22PM  6    IT'S FROM -- IF YOU LOOK AT THE -- JUST THE EMAIL.

01:23PM  7    A.   YES.

01:23PM  8    Q.   YEAH.  THIS APPEARS TO BE FROM JUNE OF 2007.

01:23PM  9         DO YOU SEE THAT?

01:23PM  10   A.   YES.

01:23PM  11   Q.   AND THEN IF YOU LOOK AT 12052 AND WE LOOK AT THAT, THAT

01:23PM  12   APPEARS TO BE FROM JULY OF 2007?

01:23PM  13   A.   YES.

01:23PM  14   Q.   AND REVIEWING THIS TODAY WITHOUT RECALLING IT, DOES IT

01:23PM  15   APPEAR TO BE SOMETHING THAT IS TRYING TO PROJECT THE EXPECTED

01:23PM  16   REVENUE OF THERANOS AND THE CAPACITY TO GENERATE REVENUE THAT

01:23PM  17   THERANOS HAD?

01:23PM  18   A.   YES, WHOEVER PREPARED THEM, YES.

01:23PM  19   Q.   I UNDERSTAND.

01:23PM  20        LET ME ASK YOU TO LOOK AT EXHIBIT 12054.

01:24PM  21   A.   YES, I HAVE IT.

01:24PM  22   Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND MS. HOLMES

01:24PM  23   CONCERNING THERANOS'S BUSINESS IN AUGUST OF 2007?

01:24PM  24   A.   YES.

01:24PM  25   Q.   OKAY.

LUCAS CROSS BY MR. DOWNEY                                              5503

01:24PM   1              YOUR HONOR, I MOVE THE ADMISSION OF EXHIBIT 12054.

01:24PM   2              MR. BOSTIC:  NO OBJECTION.

01:24PM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

01:24PM   4         (DEFENDANT'S EXHIBIT 12054 WAS RECEIVED IN EVIDENCE.)

01:24PM   5    BY MR. DOWNEY:

01:24PM   6    Q.   LET ME ASK YOU TO LOOK AT THE BOTTOM EMAIL, WHICH MAYBE WE

01:24PM   7    CAN BREAK THAT OUT AND MOVE IT UP A LITTLE SO THAT EVERYONE CAN

01:25PM   8    SEE FROM THEIR LOCATIONS.

01:25PM   9         DO YOU SEE THERE'S AN EMAIL FROM MS. HOLMES IN JULY SAYING

01:25PM  10    "RUCHITA MENTIONS SHE HAS BEEN FOLLOWING UP WITH YOU.  I HAVE

01:25PM  11    NOT YET FOLLOWED UP WITH DON BUT WILL DO SO FRIDAY"?

01:25PM  12         AND THEN SHE TALKED ABOUT FOLLOWING UP ON A GO FORWARD

01:25PM  13    PLAN AND THAT SHE'S CONTINUING HARD CORE ON IMPLEMENTING OUR

01:25PM  14    PLAN.

01:25PM  15         I ASSUME DON IN THAT EMAIL IS A REFERENCE TO YOUR UNCLE?

01:25PM  16    A.   YES.

01:25PM  17    Q.   WAS RUCHITA THE INTERNAL FINANCE PERSON AT THERANOS?

01:25PM  18    A.   YOU'RE CERTAINLY TAKING ME DOWN MEMORY LANE WITH SOME OF

01:25PM  19    THE NAMES.  AND WE'RE GOING THROUGH HERE, AND I'M SEEING THEM

01:25PM  20    AND I'M GOING, OH, MY GOSH, I FORGOT THAT PERSON.

01:25PM  21         YES, SHE WAS INTERNAL TO THE COMPANY IN THE FINANCE

01:25PM  22    DEPARTMENT.

01:26PM  23    Q.   AND SHE WAS SOMEBODY WHO YOU DEALT WITH IN CONNECTION WITH

01:26PM  24    FINANCIAL INFORMATION FROM THERANOS?

01:26PM  25    A.   YES.

01:26PM  1    Q.   AND RUCHITA SINGAL, WAS THAT HER FULL NAME?

01:26PM  2    A.   SURE.  I'M SORRY.

01:26PM  3    Q.   LET'S LOOK AT THE TOP EMAIL.

01:26PM  4         THIS IS A RESPONSE FROM YOU TO MS. HOLMES, CORRECT, IN

01:26PM  5    AUGUST?

01:26PM  6    A.   YES.

01:26PM  7    Q.   AND YOU INDICATE, "YESTERDAY, I SPOKE WITH RUCHITA AND

01:26PM  8    SEPARATELY I SPOKE WITH DON ABOUT THE PROJECTIONS.  WITH THE

01:26PM  9    LATEST REVISIONS, WE ARE IN AGREEMENT THAT THEY PROPERLY

01:26PM 10    REPRESENT THERANOS'S FINANCIAL FORECAST BASED UPON OUR

01:26PM 11    DISCUSSIONS AND ASSUMPTIONS.  I'VE REALLY ENJOYED WORKING

01:26PM 12    THROUGH THE PROCESS WITH RUCHITA."

01:26PM 13         DO YOU KNOW WHAT THE PROCESS IS THAT YOU'RE DESCRIBING

01:27PM 14    HERE AFTER HAVING HAD THE BENEFIT OF REVIEWING THESE DOCUMENTS?

01:27PM 15    A.   JUST -- I WOULD THINK REFINING THE MODEL.

01:27PM 16    Q.   AND WHEN YOU SAY "THE MODEL," DO YOU MEAN THE MODEL THAT

01:27PM 17    WOULD BE USED TO PROJECT FUTURE REVENUES OF THE COMPANY?

01:27PM 18    A.   YES.  TAKING WHAT THE COMPANY WOULD HAVE THOUGHT AND

01:27PM 19    PUTTING IT INTO A PROJECTION IN READABLE FORMAT.

01:27PM 20    Q.   YOU WOULD LOOK, FOR EXAMPLE, AT THE CONTRACTS THAT THE

01:27PM 21    COMPANY HAD?

01:27PM 22    A.   NO, I DON'T BELIEVE SO.  IT WAS, IT WAS -- WE WOULD TALK

01:27PM 23    ABOUT THE NUMBERS AND THEN MAKE SURE THAT THE MODEL ACCURATELY

01:28PM 24    REPRESENTED WHAT WAS -- WHAT THEY EXPECTED.

01:28PM 25    Q.   OKAY.  AND YOU WORKED ON THAT PROCESS WITH MS. HOLMES I

01:28PM  1    PRESUME?

01:28PM  2    A.   I JUST DON'T REMEMBER WHO.   I KNOW THERE WAS CERTAINLY A

01:28PM  3    BACK AND FORTH EXCHANGE.

01:28PM  4    Q.   OKAY.

01:28PM  5    A.   BUT AS IT SAYS HERE IT WAS WITH RUCHITA THAT I SPENT TIME

01:28PM  6    WITH.

01:28PM  7    Q.   NOW, THERE'S A REFERENCE TO YOUR UNCLE AND TALKING TO HIM

01:28PM  8    ABOUT THE PROJECTIONS.

01:28PM  9         AT THE TIME OF YOUR 2006 INVESTMENT AND UNTIL THE TIME

01:28PM  10   THAT HE STEPPED BACK FROM THE COMPANY, WERE YOU IN REGULAR

01:28PM  11   TOUCH WITH HIM ABOUT THE COMPANY?

01:28PM  12   A.   YES.

01:28PM  13   Q.   AND DO YOU RECALL HEARING FROM HIM THAT THE COMPANY WAS

01:29PM  14   DOING WELL?

01:29PM  15   A.   YES.

01:29PM  16   Q.   AND DO YOU RECALL HEARING FROM HIM AT A CERTAIN POINT THAT

01:29PM  17   THE COMPANY WAS EXPLORING TRYING TO TAKE ITS TECHNOLOGY INTO

01:29PM  18   RETAIL STORES?

01:29PM  19        DO YOU RECALL TALKING TO HIM ABOUT THAT?

01:29PM  20             MR. BOSTIC:   HEARSAY, YOUR HONOR.

01:29PM  21             MR. DOWNEY:   WELL, I --

01:29PM  22             THE COURT:   YOU'RE JUST ASKING HIM IF HE RECALLS?

01:29PM  23             MR. DOWNEY:   YEAH, I'M JUST ASKING IF HE RECALLS.

01:29PM  24   I'M TRYING TO ORIENT HIM.

01:29PM  25             THE COURT:   YOU CAN ANSWER THE QUESTION, SIR, IF YOU

01:29PM 1    RECALL SPEAKING WITH YOUR UNCLE ABOUT THAT?

01:29PM 2            THE WITNESS:  CERTAINLY AS IT BECAME CLOSER WE WOULD

01:29PM 3    HAVE HAD CONVERSATIONS.

01:29PM 4        I DON'T REMEMBER AT THIS TIME.  EXCUSE ME.  I DON'T

01:29PM 5    REMEMBER AT THIS TIME THE CONVERSATIONS.

01:29PM 6    BY MR. DOWNEY:

01:29PM 7    Q.   OKAY.  LET ME ASK YOU, YOU LOOKED ON YOUR DIRECT

01:30PM 8    EXAMINATION AT DOCUMENTS FROM LATE 2013 AND THE INVESTMENT THAT

01:30PM 9    YOU MADE THEN.

01:30PM 10       DO YOU RECALL THAT?

01:30PM 11   A.   YES.

01:30PM 12   Q.   AND YOU KNOW THAT BY LATE 2013 YOU KNEW THAT THERANOS WAS

01:30PM 13   IN A PARTNERSHIP WITH WALGREENS; CORRECT?

01:30PM 14   A.   CORRECT.

01:30PM 15   Q.   WHAT I'M TRYING TO ORIENT US TOWARDS IS WHEN DID YOU FIRST

01:30PM 16   LEARN THERE WAS A PARTNERSHIP BETWEEN WALGREENS AND THERANOS?

01:30PM 17   A.   I DON'T REMEMBER.

01:30PM 18   Q.   DO YOU RECALL IF IT WAS YEARS BEFORE THE DECEMBER '13

01:30PM 19   INVESTMENT OR JUST A MATTER OF MONTHS?

01:30PM 20   A.   I DON'T RECALL.  IF I HAD TO THINK ABOUT IT, IT WOULD HAVE

01:30PM 21   BEEN SHORTLY BEFORE THAT THEY HAD AN AGREEMENT.

01:30PM 22   Q.   OKAY.  DID YOU LEARN AT SOME POINT THAT WALGREENS HAD ALSO

01:30PM 23   ENTERED INTO AN AGREEMENT WITH SAFEWAY?

01:30PM 24   A.   I'M SORRY, ASK AGAIN.

01:30PM 25   Q.   DID YOU LEARN AT SOME POINT THAT THERANOS HAD ALSO ENTERED

01:30PM   1      INTO AN AGREEMENT WITH SAFEWAY?

01:31PM   2      A.   OH, YES.

01:31PM   3      Q.   OKAY.  AND DO YOU REMEMBER WHEN YOU LEARNED THAT?

01:31PM   4      A.   I DON'T.

01:31PM   5      Q.   DO YOU RECALL HOW YOU LEARNED THAT?

01:31PM   6      A.   I DON'T.

01:31PM   7      Q.   DO YOU RECALL THAT YOUR UNCLE HAD INTRODUCED THERANOS TO

01:31PM   8      SAFEWAY?

01:31PM   9      A.   I DON'T KNOW WHO MADE THE INTRODUCTION.  I KNOW AT SOME

01:31PM   10     POINT THAT DON KNEW SOMEBODY AT SAFEWAY, ONE OF THE EXECUTIVES.

01:31PM   11     Q.   ALL RIGHT.  NOW, I THINK YOU TESTIFIED THAT AT A CERTAIN

01:31PM   12     POINT YOUR UNCLE STEPPED DOWN AS CHAIRMAN OF THE BOARD OF

01:31PM   13     THERANOS; CORRECT?

01:31PM   14     A.   YES.

01:31PM   15     Q.   AND HE WAS SUCCEEDED IN THAT POSITION BY GEORGE SHULTZ;

01:31PM   16     CORRECT?

01:31PM   17     A.   I DON'T REMEMBER.

01:31PM   18     Q.   OKAY.  YOU ARE AWARE AT SOME POINT THAT MR. SHULTZ BECAME

01:31PM   19     THE CHAIRMAN OF THERANOS'S BOARD?

01:32PM   20     A.   YES.

01:32PM   21     Q.   AND WAS PART OF THE REASON THAT YOUR UNCLE STEPPED BACK

01:32PM   22     WAS A HEALTH REASON?

01:32PM   23     A.   CORRECT.

01:32PM   24     Q.   AND AFTER HE STEPPED BACK, YOU WOULD STILL INTERACT WITH

01:32PM   25     MS. HOLMES OCCASIONALLY ABOUT THE COMPANY; CORRECT?

01:32PM 1    A.   CORRECT.

01:32PM 2    Q.   BUT YOU LEARNED AT LEAST AT SOME POINT IN 2013 THAT

01:32PM 3    THERANOS HAD ENTERED INTO A RETAIL AGREEMENT WITH WALGREENS; IS

01:32PM 4    THAT RIGHT?

01:32PM 5    A.   YES.

01:32PM 6    Q.   AND THAT WAS GOOD NEWS; RIGHT?

01:32PM 7    A.   GREAT NEWS.

01:32PM 8    Q.   AND THAT WAS BECAUSE -- TELL US WHY IT WAS GREAT NEWS?

01:32PM 9    A.   WELL, AS I SAID EARLIER, IT MEANS THAT THE TECHNOLOGY WAS

01:32PM 10   NOW READY TO BE ROLLED OUT IN A COMMERCIAL ENDEAVOR, AND

01:32PM 11   OBVIOUSLY THAT MEANS MORE REVENUE FOR THE COMPANY, MORE VALUE

01:32PM 12   FOR THE COMPANY, AND THAT WE WERE IN A REAL BUSINESS.

01:33PM 13   Q.   SO YOU HAD INVESTED IN THE COMPANY SEVEN YEARS BEFORE;

01:33PM 14   CORRECT?

01:33PM 15   A.   CORRECT.

01:33PM 16   Q.   AND YOU HAD INVESTED WHEN STOCK WAS, INITIALLY WHEN IT WAS

01:33PM 17   LESS THAN A DOLLAR A SHARE; CORRECT?

01:33PM 18   A.   YES.

01:33PM 19   Q.   AND THEN YOU MADE AN ADDITIONAL INVESTMENT WHEN IT WAS A

01:33PM 20   LITTLE UNDER $3 A SHARE; CORRECT?

01:33PM 21   A.   CORRECT.

01:33PM 22   Q.   AND IN LATE 2013 YOU WERE INFORMED THAT THERE WOULD BE

01:33PM 23   ANOTHER OPPORTUNITY TO INVEST IN THE COMPANY; CORRECT?

01:33PM 24   A.   CORRECT.

01:33PM 25   Q.   LET ME TAKE YOU BACK TO EXHIBIT 5143, WHICH WAS ADMITTED

01:33PM  1    BY -- ON YOUR DIRECT EXAMINATION.

01:33PM  2        SO THIS WOULD BE IN YOUR WHITE NOTEBOOK, BUT WE'LL ALSO

01:33PM  3    DISPLAY IT ON THE SCREEN.

01:34PM  4        YOU CAN GO TO THE BOTTOM OF PAGE 1.  AND I'M JUST SHOWING

01:34PM  5    YOU THAT THIS APPEARS TO BE AN EMAIL THAT WAS SENT FROM

01:34PM  6    THERANOS TO YOU.

01:34PM  7        DO YOU SEE THAT?

01:34PM  8    A.   YES.

01:34PM  9    Q.   AND THAT WAS ON DECEMBER 15TH, 2013; CORRECT?

01:34PM 10    A.   YES.

01:34PM 11    Q.   AND THEN IF WE LOOK AT THE SECOND PAGE OF THE DOCUMENT, DO

01:34PM 12    YOU SEE THAT THIS IS TELLING YOU THAT THERE'S A MEMO ABOUT

01:34PM 13    CERTAIN DEALS AND TRANSACTIONS THAT THE COMPANY IS GOING TO

01:34PM 14    CLOSE BY YEAREND.

01:34PM 15        DO YOU SEE THAT?

01:34PM 16    A.   YES.

01:34PM 17    Q.   AND IF YOU GO BENEATH THAT, YOU ACTUALLY SEE THE MEMO;

01:34PM 18    CORRECT?

01:34PM 19    A.   YES.

01:35PM 20    Q.   OKAY.  AND DO YOU SEE THE FIRST PARAGRAPH DESCRIBES NEWS

01:35PM 21    ABOUT THE LAUNCH AND OTHER PUBLIC NEWS ABOUT THE COMPANY.

01:35PM 22        DO YOU SEE THAT?

01:35PM 23    A.   YES.

01:35PM 24    Q.   AND THEN IN THE SECOND PARAGRAPH IT SAYS IN THE FIRST

01:35PM 25    SENTENCE OF THE SECOND PARAGRAPH IT SAYS, "AS PART OF THIS

LUCAS CROSS BY MR. DOWNEY

01:35PM  1    INITIATIVE, WE ARE COMPLETING A SERIES OF FINANCIAL

01:35PM  2    TRANSACTIONS WITH STRATEGIC PARTNERS THAT PROVIDE ACCESS TO

01:35PM  3    ADDITIONAL CAPITAL IN ORDER TO ACCELERATE OUR GROWTH."

01:35PM  4        DO YOU SEE THAT?

01:35PM  5    A.   YES.

01:35PM  6    Q.   AND IN REFERRING TO STRATEGIC PARTNERS, DID YOU UNDERSTAND

01:35PM  7    THAT THAT WAS LIKELY A REFERENCE TO, AMONG OTHERS, WALGREENS?

01:35PM  8    A.   WHAT WAS THE DATE OF THIS, THIS COMMUNICATION?

01:35PM  9    Q.   WELL, IF YOU RECALL AT THE TOP OF EXHIBIT 5143, DO YOU

01:36PM  10   RECALL THAT IT WAS DECEMBER 15TH OF 2013?

01:36PM  11   A.   SO THEN THE ANSWER WOULD BE YES.

01:36PM  12   Q.   OKAY.  AND THIS MEMO IS TELLING YOU AND ALL OTHER

01:36PM  13   SHAREHOLDERS THAT THERE'S GOING TO BE A SERIES OF FINANCIAL

01:36PM  14   TRANSACTIONS THAT ARE GOING TO TAKE PLACE WITH WALGREENS AND

01:36PM  15   PERHAPS OTHERS BY THE END OF THE YEAR; CORRECT?

01:36PM  16   A.   YES.

01:36PM  17   Q.   AND IT ALSO SAYS -- IT GOES ON TO TELL SHAREHOLDERS THAT

01:36PM  18   THERANOS WAS COMPLETING EQUITY TRANSACTIONS WITH STRATEGIC

01:36PM  19   ENTITIES WHO HAD PREVIOUSLY INVESTED IN THERANOS AND THAT

01:36PM  20   THOSE -- THEY WERE PEOPLE WHO HAD THE OPTION TO INVEST

01:36PM  21   ADDITIONAL EQUITY.

01:36PM  22       DO YOU SEE THAT?

01:36PM  23   A.   YES.

01:36PM  24   Q.   AND YOU KNEW THAT IN ADDITION TO WALGREENS AND SAFEWAY,

01:36PM  25   THAT THERANOS ALSO HAD PARTNERSHIPS, FOR EXAMPLE, WITH HOSPITAL

01:37PM  1    GROUPS; CORRECT?

01:37PM  2    A.   I DON'T RECALL THAT.

01:37PM  3    Q.   OKAY.  DO YOU KNOW WHO THE STRATEGIC ENTITIES ARE WHO ARE

01:37PM  4    REFERENCED IN THE SECOND SENTENCE?

01:37PM  5    A.   IF I DID, I DON'T REMEMBER.

01:37PM  6    Q.   OKAY.  NOW, IN THE SECOND PARAGRAPH THIS SETS FORTH THE

01:37PM  7    PRICE THAT WAS BEING ATTACHED TO THERANOS STOCK IN CONNECTION

01:37PM  8    WITH THOSE TRANSACTIONS.

01:37PM  9         DO YOU SEE THAT?

01:37PM  10   A.   YEAH.

01:37PM  11   Q.   SO, IN OTHER WORDS, THIS IS THE AMOUNT THAT STRATEGIC

01:37PM  12   PARTNERS WERE WILLING TO PAY FOR STOCK IN THERANOS AT THE END

01:37PM  13   OF 2013; CORRECT?

01:37PM  14   A.   CORRECT.

01:37PM  15   Q.   AND THAT PRICE WAS $75 A SHARE; CORRECT?

01:37PM  16   A.   YES.

01:37PM  17   Q.   AND THOSE WERE THE SAME SHARES THAT IN 2006 YOU, FOR

01:37PM  18   EXAMPLE, HAD PAID ON ONE OCCASION LESS THAN A DOLLAR; CORRECT?

01:38PM  19   A.   CORRECT.

01:38PM  20   Q.   AND ON ANOTHER OCCASION YOU HAD PAID A LITTLE BIT LESS

01:38PM  21   THAN $3; CORRECT?

01:38PM  22   A.   CORRECT.

01:38PM  23   Q.   SO UPON RECEIVING THIS NEWS YOU IMMEDIATELY REALIZED THAT

01:38PM  24   THE INVESTMENT THAT YOU HAD MADE SEVEN YEARS BEFORE HAD BECOME

01:38PM  25   INCREDIBLY VALUABLE; CORRECT?

01:38PM   1    A.   CORRECT.

01:38PM   2    Q.   AND THE QUESTION THAT WAS BEING POSED TO YOU IN THIS

01:38PM   3    MEMORANDUM IS YOU COULD -- YOU CAN INVEST NOW AGAIN, BUT YOU'RE

01:38PM   4    GOING TO HAVE TO PAY THE $75 A SHARE THAT OTHER ENTITIES ARE

01:38PM   5    PAYING AT THE END OF THE YEAR; CORRECT?

01:38PM   6    A.   YES.

01:38PM   7    Q.   AND SO THAT WAS REALLY WHAT THIS DISCUSSION WAS ABOUT IN

01:38PM   8    THE TIME PERIOD BETWEEN DECEMBER 15TH AND DECEMBER 31ST, 2013;

01:38PM   9    CORRECT?

01:38PM   10   A.   YES.

01:38PM   11   Q.   AND YOU KNEW AS YOU TOOK THIS INFORMATION IN THAT FOR

01:38PM   12   WHATEVER THIS PRECISE LENGTH OF IT WAS, THAT WALGREENS HAD BEEN

01:39PM   13   IN A PARTNERSHIP WITH THERANOS FOR A SUBSTANTIAL NUMBER OF

01:39PM   14   YEARS; CORRECT?

01:39PM   15   A.   I DON'T KNOW THAT.

01:39PM   16   Q.   OKAY.  YOU KNEW, HOWEVER, THAT AS OF THE TIME OF THIS

01:39PM   17   ANNOUNCEMENT, THERANOS HAD ACTUALLY BEEN LAUNCHED IN WALGREENS

01:39PM   18   STORES; CORRECT?

01:39PM   19   A.   I FORGET IF IT HAD BEEN LAUNCHED OR IT CERTAINLY WAS GOING

01:39PM   20   TO BE SHORTLY LAUNCHED.

01:39PM   21   Q.   OKAY.  DO YOU RECALL THAT THERE WAS INITIALLY THE LAUNCH

01:39PM   22   OF A FEW STORES AND THEN OVER TIME ADDITIONAL STORES WERE

01:39PM   23   LAUNCHED THROUGHOUT 2014?

01:39PM   24   A.   YES.

01:39PM   25   Q.   AND YOU WERE AT LEAST AWARE THAT THERE WAS GOING TO BE A

01:39PM  1     RETAIL LAUNCH AS OF THIS TIME; CORRECT?

01:39PM  2     A.   CORRECT.

01:39PM  3     Q.   AND YOU ASSUMED THAT WALGREENS, IN MAKING A DECISION TO

01:39PM  4     PARTNER WITH THERANOS, HAD EVALUATED THAT -- THERANOS VERY

01:39PM  5     CLOSELY; CORRECT?

01:39PM  6     A.   I CERTAINLY WOULD HAVE BELIEVED THAT, YES.

01:40PM  7     Q.   OKAY.  AND, IN FACT, AT THIS TIME THEY WERE STARTING TO

01:40PM  8     SEE THERANOS EVERY DAY, ITS OPERATIONS EVERY DAY IN THEIR

01:40PM  9     STORES; CORRECT?

01:40PM  10    A.   THAT THEY WERE STARTING TO?

01:40PM  11    Q.   WELL, THAT THERANOS WAS BEGINNING TO OPERATE OUT OF THEIR

01:40PM  12    STORES; CORRECT?

01:40PM  13    A.   WELL, AS YOU SAID, STARTING TO -- SORRY TO STOP YOU.  BUT

01:40PM  14    UP HERE IN PALO ALTO THERE WAS ONE, OR MAYBE THERE WERE TWO UP

01:40PM  15    HERE, AND THEN THE ROLLOUT WAS SUPPOSED TO CONTINUE IN SOUTHERN

01:40PM  16    CALIFORNIA.  I DON'T KNOW IF THERE WAS ANYTHING EVER DONE DOWN

01:40PM  17    THERE, BUT THEN INDEED THE PHOENIX AREA.

01:40PM  18    Q.   RIGHT.  AND MY QUESTION IS ONLY AS YOU SAT HERE

01:40PM  19    CONSIDERING THIS INVESTMENT BY WALGREENS, YOU KNEW THAT THEY

01:40PM  20    WERE HAVING THE OPPORTUNITY TO WATCH THAT ROLLOUT AND THE

01:40PM  21    PLANNING FOR IT; CORRECT?

01:40PM  22    A.   ABSOLUTELY.

01:40PM  23    Q.   AND THAT WAS INCREDIBLY IMPORTANT TO YOU IN CONNECTION

01:40PM  24    WITH MAKING THE INVESTMENT DECISION THAT WAS THE SUBJECT OF

01:40PM  25    THIS MEMORANDUM; CORRECT?

01:41PM  1    A.   CORRECT.

01:41PM  2    Q.   AND BECAUSE YOU UNDERSTOOD THAT THEY -- WHETHER YOU WERE

01:41PM  3    WILLING TO PAY $75 WAS ONE QUESTION; RIGHT?

01:41PM  4    A.   YES.

01:41PM  5    Q.   BUT THEY WERE WILLING TO PAY $75 A SHARE FOR THERANOS;

01:41PM  6    CORRECT?

01:41PM  7    A.   YES.

01:41PM  8    Q.   AND THEY HAD A LOT MORE INFORMATION ABOUT THERANOS AND ITS

01:41PM  9    TECHNOLOGY AND ITS OPERATIONS THAN YOU DID; RIGHT?

01:41PM  10            MR. BOSTIC:   CALLS FOR SPECULATION.

01:41PM  11            THE COURT:   SUSTAINED.   YOU CAN ASK ANOTHER

01:41PM  12   QUESTION.

01:41PM  13   BY MR. DOWNEY:

01:41PM  14   Q.   WELL, MY QUESTION IS JUST DID YOU MAKE AN ASSUMPTION ABOUT

01:41PM  15   THE RELATIVE DEGREE OF YOUR EVALUATION OF THERANOS AND

01:41PM  16   WALGREENS'S EVALUATION OF THERANOS?

01:41PM  17            THE COURT:   YOU CAN ANSWER THAT?

01:41PM  18            THE WITNESS:   I CAN?

01:41PM  19            THE COURT:   YES.

01:41PM  20            THE WITNESS:   YEAH, I WOULD BELIEVE THAT THEY DID AN

01:41PM  21   EXTENSIVE ANALYSIS PRIOR TO WANTING TO ROLL IT OUT AND INVEST.

01:42PM  22   BY MR. DOWNEY:

01:42PM  23   Q.   OKAY.   AND THAT WAS MEANINGFUL TO YOU; CORRECT?

01:42PM  24   A.   CORRECT.

01:42PM  25   Q.   NOW, THE SECOND PARAGRAPH OF THIS -- ACTUALLY, I BELIEVE

01:42PM  1    IT'S ACTUALLY REALLY THE SECOND PARAGRAPH, BUT IT'S THE THIRD

01:42PM  2    PARAGRAPH ON THE SCREEN, GOES ON TO DESCRIBE THAT THERE'S GOING

01:42PM  3    TO BE A STOCK SPLIT; CORRECT?

01:42PM  4    A.   YES.

01:42PM  5    Q.   AND A STOCK SPLIT IS JUST WHEN YOU HAVE A SHARE IN A

01:42PM  6    COMPANY AND IT'S JUST DIVIDED IN HALF OR IN THREE OR FOUR OR

01:42PM  7    FIVE, WHATEVER THE SPLIT IS; CORRECT?

01:42PM  8    A.   CORRECT.

01:42PM  9    Q.   AND SO THE NEW PRICE OF SHARES WAS GOING TO BE $15 A

01:42PM  10   SHARE; CORRECT?

01:42PM  11   A.   CORRECT.

01:42PM  12   Q.   BUT YOU, WITH YOUR OLD SHARES, WOULD OWN FIVE TIMES AS

01:42PM  13   MANY SHARES; CORRECT?

01:42PM  14   A.   CORRECT.

01:42PM  15   Q.   AND SO EFFECTIVELY YOU WOULD BE REALIZING A GAIN TO THE

01:42PM  16   POINT WHERE THE SHARES THAT YOU HAD BOUGHT IN 2006 WERE NOW

01:42PM  17   WORTH $75; RIGHT?

01:42PM  18   A.   YES.

01:42PM  19   Q.   NOW, MR. BOSTIC WAS ASKING YOU ON DIRECT ABOUT KIND OF THE

01:43PM  20   COMPRESSED PERIOD AND YOUR EXPERIENCE OF THE COMPRESSED PERIOD

01:43PM  21   AT THE END OF 2013.

01:43PM  22       WHAT WAS YOUR UNDERSTANDING OF WHY THERE WAS A

01:43PM  23   DECEMBER 31ST, 2013 DEADLINE FOR YOU TO MAKE A DECISION IN

01:43PM  24   CONNECTION WITH THIS INVESTMENT?

01:43PM  25   A.   AS I THINK I SAID DURING THE DIRECT, MY UNDERSTANDING WAS

01:43PM   1    THAT WALGREENS HAD AN AGREEMENT TO CONVERT THEIR STOCK AT A

01:43PM   2    PRE-DETERMINED PRICE PRIOR TO THE END OF 2013, AND THIS WAS THE

01:43PM   3    PRICE, AND THAT WAS THE TIMING, AND IF OTHERS WANTED TO INVEST,

01:43PM   4    THEY COULD INVEST AT THAT PRICE ALSO.

01:43PM   5    Q.   LET ME ASK YOU TO LOOK AT AN EXHIBIT THAT IS ALREADY IN

01:43PM   6    EVIDENCE, 1387.

01:44PM   7         IF YOU SEE THE FIRST PAGE, YOU SEE THAT THIS IS SOME FORM

01:44PM   8    OF A LETTER TO MS. HOLMES FROM DECEMBER 31ST, 2013.  THE

01:44PM   9    SUBJECT IS AN AMENDED AND RESTATED THERANOS MASTER SERVICES

01:44PM   10   AGREEMENT.

01:44PM   11        DO YOU SEE THAT?

01:44PM   12   A.   YES.

01:44PM   13   Q.   AND THEN IF I CAN DIRECT YOUR ATTENTION TO THE BACK OF THE

01:44PM   14   DOCUMENT, THE SIGNATURE PAGE.

01:44PM   15        DO YOU SEE THIS IS SIGNED BETWEEN THERANOS AND WALGREENS

01:44PM   16   ON THE 31ST OF DECEMBER 2013?

01:44PM   17   A.   YES.

01:44PM   18   Q.   AND IF I COULD DIRECT YOUR ATTENTION IN CONNECTION WITH

01:44PM   19   THIS TO PARAGRAPH 7, DO YOU SEE THAT THERE ARE EQUITY RIGHTS

01:45PM   20   GRANTED TO THERANOS, OR TO WALGREENS, PURSUANT TO THIS

01:45PM   21   AGREEMENT?

01:45PM   22   A.   YES.

01:45PM   23   Q.   AND DO YOU KNOW WHAT THE PRICE WAS THAT WAS CHARGED TO

01:45PM   24   WALGREENS IN CONNECTION WITH THIS EQUITY RIGHT THAT THEY WERE

01:45PM   25   OBTAINING UNDER THIS AGREEMENT?

LUCAS CROSS BY MR. DOWNEY

01:46PM   1          (PAUSE IN PROCEEDINGS.)

01:46PM   2               THE WITNESS:  SORRY TO TAKE THE TIME.

01:46PM   3          DO YOU WANT ME TO UNDERSTAND THIS, OR ARE YOU JUST ASKING,

01:46PM   4     DO I SEE IT?

01:46PM   5     BY MR. DOWNEY:

01:46PM   6     Q.   YEAH.  CAN YOU SEE THE PRICE THAT IS BEING CHARGED TO

01:46PM   7     WALGREENS -- THE SHARE PRICE IN CONNECTION WITH THE DIVISION

01:46PM   8     EQUITY RIGHTS THAT ARE PART OF THIS AGREEMENT, SPECIFICALLY

01:46PM   9     WHETHER IT'S $15 A SHARE --

01:46PM   10    A.   YEAH, IT APPEARS TO BE $15 PER SHARE.

01:46PM   11    Q.   OKAY.  AND THAT IS THE POST-SPLIT PRICING THAT IS -- THAT

01:46PM   12    WAS USED FOR PURPOSES OF YOUR INVESTMENT IN LATE 2013; CORRECT?

01:46PM   13    A.   THAT'S HOW I WOULD -- THAT'S HOW I UNDERSTOOD IT BACK

01:46PM   14    THEN, THAT WE'RE ALL INVESTING AT THE SAME PRICE.

01:46PM   15    Q.   OKAY.  AND MS. HOLMES WAS DESCRIBING TO YOU THAT THERE WAS

01:46PM   16    A TRANSACTION LIKE THIS GOING ON; CORRECT?

01:47PM   17         LET ME ASK THAT A LITTLE MORE CLEARLY.

01:47PM   18         IN TELLING YOU THAT YOU HAD THE OPPORTUNITY TO BUY NEW

01:47PM   19    SHARES, SHE TOLD YOU, WE HAVE TO DO THIS BY THE END OF THE YEAR

01:47PM   20    BECAUSE WE HAVE TO SIGN A NEW DEAL WITH OUR STRATEGIC PARTNER

01:47PM   21    BY THE END OF THE YEAR; CORRECT?

01:47PM   22    A.   I UNDERSTOOD IT TO BE DIFFERENTLY, THAT THEY HAD THE

01:47PM   23    OPTION TO DO THIS CONVERSION AT THE END OF THE YEAR.

01:47PM   24         YOU MAY BE CORRECT ON THE OTHER OF WHAT YOU SAID, BUT I

01:47PM   25    CERTAINLY DON'T RECALL THAT.

LUCAS CROSS BY MR. DOWNEY

01:47PM 1    Q.   OKAY.  AND DO YOU RECALL, IF YOU LOOK AT THE FIRST

01:47PM 2    PARAGRAPH, THAT MS. HOLMES WAS DESCRIBING A -- SORRY, THE

01:47PM 3    PARAGRAPH LABELLED NUMBER 1 ON PAGE 2.

01:47PM 4        DO YOU SEE THAT THIS RELATES TO THE ROLLOUT OF THERANOS

01:47PM 5    STORES IN SEVERAL DIFFERENT MARKETS AND SETTING UP A PLAN TO DO

01:48PM 6    THAT?

01:48PM 7    A.   YES.

01:48PM 8    Q.   AND DO YOU -- AND THAT WAS SOMETHING THAT YOU WERE

01:48PM 9    GENERALLY AWARE WAS GOING ON; CORRECT?

01:48PM 10   A.   THIS IS WHAT IT WAS ALL ABOUT, YEP.

01:48PM 11   Q.   OKAY.  THAT'S WHAT YOUR INVESTMENT WAS ALL ABOUT YOU MEAN?

01:48PM 12   A.   WELL, I MEAN, TO GET TO THE POINT OF HAVING SOMEONE OF

01:48PM 13   NATIONAL PRESENCE START TO ROLL OUT THE COMPANY'S TECHNOLOGY.

01:48PM 14   Q.   OKAY.  LET ME ASK YOU TO LOOK BACK AT EXHIBIT 5143, WHICH

01:48PM 15   IS THE EXHIBIT THAT WAS INTRODUCED BY THE GOVERNMENT.

01:48PM 16       DO YOU SEE IN THE MIDDLE THERE THAT MS. QUINTANA

01:49PM 17   INDICATED, IN RESPONSE TO THE DECEMBER 15TH EMAIL, THAT ON THE

01:49PM 18   16TH SHE SAID, "BLACK DIAMOND VENTURES IS INTERESTED IN

01:49PM 19   INCREASING ITS EQUITY POSITION IN THERANOS"?

01:49PM 20       DO YOU SEE THAT?

01:49PM 21   A.   YES.

01:49PM 22   Q.   AND THAT WAS SOMETHING THAT YOU AND SHE COMMUNICATED ABOUT

01:49PM 23   AND AGREED TO SEND THIS MESSAGE; CORRECT?

01:49PM 24   A.   YES.

01:49PM 25   Q.   OKAY.  ALL RIGHT.  NOW, I WANT TO LOOK -- GO BACK TO

LUCAS CROSS BY MR. DOWNEY

01:49PM  1    PAGE 2 OF THIS EXHIBIT.  SORRY.

01:49PM  2        LET ME -- I'LL SHOW YOU A DIFFERENT EXHIBIT, AND I WILL

01:49PM  3    MAKE IT A LITTLE EASIER TO SHOW YOU THIS.

01:49PM  4        LOOK AT -- IF WE CAN PULL UP EXHIBIT 5144, WHICH WAS ALSO

01:49PM  5    ADMITTED, I BELIEVE, DURING THE GOVERNMENT'S EXAMINATION.

01:50PM  6        AND JUST TO REORIENT YOU, DO YOU SEE THAT THIS IS THE --

01:50PM  7    MS. QUINTANA'S TRANSMISSION AT THE VERY END OF THE EMAIL STRING

01:50PM  8    OF VARIOUS SHAREHOLDER CONSENTS THAT HAD BEEN ASKED FOR IN THE

01:50PM  9    MEMO?

01:50PM  10   A.   YES.

01:50PM  11   Q.   OKAY.  AND IF YOU GO DOWN EARLIER IN THE MEMO, I WANT TO

01:50PM  12   HIGHLIGHT THE PART THAT MR. BOSTIC DISCUSSED WITH YOU.

01:50PM  13       AND THIS IS THE SERIES OF QUESTIONS THAT YOU ASKED OF

01:50PM  14   THERANOS IN CONNECTION WITH THE ANNOUNCEMENT THAT THERE WOULD

01:50PM  15   BE THIS INVESTMENT; CORRECT?

01:50PM  16   A.   CORRECT.

01:50PM  17   Q.   AND DO YOU RECALL THAT YOU WERE -- I WANT TO SEE WHAT YOU

01:51PM  18   RECALL ABOUT THE ANSWERS THAT YOU GOT TO THESE QUESTIONS OVER

01:51PM  19   THE PERIOD THAT FOLLOWED AND PRIOR TO YOUR INVESTMENT.

01:51PM  20       DO YOU RECALL IF THERE WAS ANY DISCUSSION OF A PARTIAL OR

01:51PM  21   FULL LIQUIDITY EVENT?

01:51PM  22   A.   YES, AND I'M NOT SURE WHAT TIMEFRAME THAT WAS GOING TO BE.

01:51PM  23   Q.   OKAY.  AND IF YOU GO TO THE FIFTH ITEM THAT YOU RAISED,

01:51PM  24   YOU RAISED THE QUESTION, "IS THERE A PRO-RATA AMOUNT?"

01:51PM  25       DO YOU SEE THAT?

01:51PM 1    A.   YES.

01:51PM 2    Q.   AND THIS IS JUST ASKING, IS THIS GOING TO BE APPORTIONED

01:51PM 3    BASED ON HOW WE PREVIOUSLY INVESTED; IS THAT RIGHT?

01:51PM 4    A.   YES, TYPICALLY IN DOCUMENTS AND PRIOR FINANCINGS, YOU'RE

01:51PM 5    GIVEN THE RIGHT FOR ANY FUTURE FINANCING TO PURCHASE AT A PRO

01:52PM 6    RATA AMOUNT.

01:52PM 7    Q.   AND IF YOU LOOK AT NUMBER 3, YOU SAY, "DO THE NEW

01:52PM 8    INVESTORS IN THIS SERIES INCLUDE BOTH FINANCIAL AND STRATEGIC

01:52PM 9    PARTNERS?"

01:52PM 10        DO YOU SEE THAT?

01:52PM 11   A.   YES.

01:52PM 12   Q.   AND STRATEGIC PARTNERS I THINK WE DISCUSSED INCLUDED

01:52PM 13   WALGREENS, FOR EXAMPLE?

01:52PM 14   A.   YES.

01:52PM 15   Q.   AND WHAT DID FINANCIAL PARTNERS MEAN?

01:52PM 16   A.   ANY OTHER INSTITUTION OR INVESTOR THAT WAS JUST PROVIDING

01:52PM 17   MONEY AND THAT WAS IT.

01:52PM 18   Q.   WELL, WHY DID YOU WANT TO KNOW THAT INFORMATION?

01:52PM 19   A.   WELL, JUST TO HAVE A FULL PICTURE OF THE FINANCING.

01:52PM 20   Q.   OKAY.  AND DO YOU RECALL THAT YOU WERE TOLD, PRIOR TO

01:52PM 21   MAKING YOUR DECEMBER 2013 INVESTMENT, THAT THERANOS ANTICIPATED

01:52PM 22   THAT AFTER THE NEW YEAR IT WOULD DO AN ADDITIONAL FUND RAISE?

01:52PM 23        DO YOU REMEMBER THAT?

01:52PM 24   A.   YES.

01:52PM 25   Q.   AND DO YOU REMEMBER THAT THERANOS TOLD YOU THAT IT

01:53PM  1    EXPECTED THAT AFTER THE NEW YEAR WHEN IT DID AN ADDITIONAL FUND

01:53PM  2    RAISE, THAT THE COMPANY WOULD BE VALUED A BIT HIGHER THAN IT

01:53PM  3    WAS FOR PURPOSES OF THIS OFFERING?

01:53PM  4    A.   YES.

01:53PM  5    Q.   AND DO YOU RECALL THAT THE REASON THAT THIS OFFERING WAS

01:53PM  6    BEING MADE AVAILABLE WAS THAT YOU AND OTHER SERIES C

01:53PM  7    SHAREHOLDERS HAD ACTUALLY A CONTRACTUAL RIGHT TO HAVE THIS

01:53PM  8    OFFERING MADE TO THEM?

01:53PM  9    A.   YES.  AS I SAID EARLIER, THAT'S THE PRO RATA RIGHT THAT

01:53PM  10   EVERYONE IS GIVEN.

01:53PM  11   Q.   OKAY.

01:53PM  12        SO THE QUESTION REALLY FOR YOU WAS, DO I WANT TO MAKE THIS

01:53PM  13   INVESTMENT AT THE $15 A SHARE PRICE OR DO I WANT TO TAKE A

01:53PM  14   LONGER TIME AND CONSIDER IT AND INVEST AT A SLIGHTLY HIGHER

01:53PM  15   PRICE IN 2017 -- 2014; CORRECT?

01:53PM  16   A.   SURE.

01:53PM  17   Q.   OKAY.  AND, AND AM I RIGHT THAT NOTHING WOULD HAVE

01:54PM  18   PRECLUDED YOU FROM INVESTING AGAIN IN 2014?  CORRECT?

01:54PM  19   A.   I WOULD EXPECT NOT.  I JUST DON'T REMEMBER.

01:54PM  20   Q.   OKAY.  I WANT TO SHOW YOU NEXT EXHIBIT 5444.

01:54PM  21   A.   IS THIS ONE I GO TO THE BOOK AGAIN?

01:54PM  22   Q.   NO.  YOU'LL BE ABLE TO SEE IT I BELIEVE BECAUSE IT WAS

01:54PM  23   ADMITTED BY THE GOVERNMENT DURING YOUR DIRECT EXAMINATION.

01:54PM  24   A.   OKAY.

01:54PM  25   Q.   YEAH.  ALL RIGHT.

01:54PM   1        AND JUST TO REORIENT YOU, DO YOU REMEMBER THAT THIS IS

01:55PM   2   REALLY THE PART OF A SERIES OF EMAILS BETWEEN YOU AND

01:55PM   3   MS. HOLMES ABOUT TWO WEEKS LATER WHERE YOU'RE TRYING TO FIND A

01:55PM   4   TIME TO TALK; CORRECT?

01:55PM   5   A.   YES.

01:55PM   6   Q.   AND I WANT TO ASK YOU TO GO BACK IN THIS EMAIL STRING TO

01:55PM   7   THE EMAIL THAT YOU SENT HER ON DECEMBER THE 24TH.

01:55PM   8        DO YOU SEE THAT?  IT'S AT THE -- IT SHOULD BE ON THE

01:55PM   9   SCREEN IN A MOMENT.  IT'S THE BOTTOM OF PAGE 2.

01:55PM  10        AND THEN DO YOU SEE THERE'S AN EMAIL EXCHANGE HERE ON

01:55PM  11   CHRISTMAS EVE; CORRECT?

01:55PM  12   A.   YES.

01:55PM  13   Q.   AND THEN LET ME JUST SHOW YOU THAT.

01:55PM  14        AND YOU INFORM MS. HOLMES HERE, "I HAVE CONTINUED TO HAVE

01:55PM  15   CALLS WITH OUR INVESTORS AND HAVE DETERMINED THAT THERE IS

01:55PM  16   SIGNIFICANT INTEREST IN PARTICIPATING IN THIS ROUND.  THE

01:56PM  17   CHALLENGE WILL BE GETTING ALL OF THE FUNDS PRIOR TO YEAR END.

01:56PM  18   IF THERE IS ANY FLEXIBILITY, PLEASE LET ME KNOW."

01:56PM  19        AND THEN YOU GO ON TO SAY THAT YOU'VE BEEN ASKED A SERIES

01:56PM  20   OF ADDITIONAL QUESTIONS.

01:56PM  21        AND ARE THESE QUESTIONS THAT THE INVESTORS IN BDV WERE

01:56PM  22   ASKING ABOUT THE INVESTMENT?

01:56PM  23   A.   QUITE LIKELY.  I JUST DON'T REMEMBER.

01:56PM  24   Q.   OKAY.  THE FIRST QUESTION IS, "ARE THE STRATEGIC PARTNERS

01:56PM  25   CONVERTING THE ENTIRE AMOUNT OF THEIR NOTES IN THIS OFFERING?"

01:56PM  1        DO YOU SEE THAT?

01:56PM  2   A.   YES.

01:56PM  3   Q.   AND WHY WAS THAT IMPORTANT?

01:56PM  4   A.   WELL, IF AN INVESTING ENTITY, OR ANY ENTITY, IS CONVERTING

01:56PM  5   THEIR NOTES, THEIR NOTES ARE AT A HIGHER SECURITY THAN STOCK,

01:56PM  6   AND SO IF THEY'RE WILLING TO CONVERT IT INTO EQUITY, IT MEANS

01:57PM  7   THEY FEEL GOOD ABOUT THE INVESTMENT AND THAT THEY CAN THEN

01:57PM  8   APPRECIATE.

01:57PM  9   Q.   I SEE.  AND THEN YOU WERE ASKED, "WAS THIS CONVERSION

01:57PM 10   PRICE AND EXPIRATION DATE SET AT THE TIME WHEN THEY MADE THE

01:57PM 11   LOANS?"

01:57PM 12        DO YOU SEE THAT?

01:57PM 13   A.   YES.

01:57PM 14   Q.   AND TELL US WHY THAT WAS IMPORTANT.

01:57PM 15   A.   BECAUSE THAT WOULD VALIDATE THAT THIS FINANCING HAD TO

01:57PM 16   CLOSE PRIOR TO DECEMBER OF 2013.

01:57PM 17   Q.   I SEE.  PEOPLE WOULD HAVE TO UNDERSTAND WHAT IS THE

01:57PM 18   TRANSACTION HAPPENING BEFORE THE END OF 2013; CORRECT?

01:57PM 19   A.   YES.

01:57PM 20   Q.   I SEE.

01:57PM 21   A.   AND WHY THE URGENCY.

01:57PM 22   Q.   AND WHY IT IS BEING OFFERED WITH THIS 12/31 DEADLINE?

01:57PM 23   A.   CORRECT.

01:57PM 24   Q.   NOW, YOU WERE NOT GIVEN THE OPPORTUNITY, I THINK, AM I

01:57PM 25   RIGHT, IN 2013 TO LOOK AT ANY OF THE EITHER DRAFT OR FINAL

01:57PM 1     DOCUMENTS RELATED TO NEGOTIATIONS BETWEEN THERANOS AND

01:57PM 2     WALGREENS IN THAT PERIOD?

01:58PM 3     A.   NO.

01:58PM 4     Q.   IN FACT, WHEN I SHOWED YOU THAT AGREEMENT, THAT'S THE

01:58PM 5     FIRST TIME YOU'VE SEEN IT; CORRECT?

01:58PM 6     A.   YES, AND THAT WAS PRETTY EXCITING TO SEE ACTUALLY.

01:58PM 7          (LAUGHTER.)

01:58PM 8     BY MR. DOWNEY:

01:58PM 9     Q.   AND YOU HAD CONVERSATIONS WITH MS. HOLMES AND SHE CONVEYED

01:58PM 10    SOME OF THIS INFORMATION TO YOU, BUT NOT ALL OF IT; CORRECT?

01:58PM 11    A.   JUST THE, THE OVERALL, WE'RE GOING TO START ROLLING IT

01:58PM 12    OUT.

01:58PM 13    Q.   RIGHT.  SHE TOLD YOU THERE WAS SOME INFORMATION SHE COULD

01:58PM 14    SHARE WITH YOU, BUT SOME INFORMATION SHE COULDN'T; CORRECT?

01:58PM 15    A.   I DON'T KNOW IF IT WAS PUT THAT WAY.

01:58PM 16         BUT IT WAS CERTAINLY WE HAVE A DEAL WITH WALGREENS, WE'RE

01:58PM 17    GOING TO START ROLLING OUT, CHRIS, ISN'T THIS EXCITING?

01:58PM 18         YES, ABSOLUTELY.

01:58PM 19    Q.   OKAY.  LET ME ASK YOU ALSO, I ASSUME YOU KNEW LESS ABOUT

01:59PM 20    THE BOARD OF DIRECTORS AND ITS OPERATIONS AFTER YOUR UNCLE

01:59PM 21    STEPPED BACK FROM THE COMPANY; IS THAT RIGHT?

01:59PM 22    A.   YES.

01:59PM 23    Q.   OKAY.  BUT DID YOU KNOW THAT THE PRICE THAT WAS SET FOR

01:59PM 24    THIS OFFERING AT THE END OF 2013 HAD ACTUALLY BEEN APPROVED BY

01:59PM 25    THE BOARD OF DIRECTORS OF THE COMPANY?

01:59PM  1    A.   ANY FINANCING WOULD HAVE TO BE APPROVED BY THE BOARD,

01:59PM  2    SO -- JUST AS THE AGREEMENT PRIOR TO GIVE WALGREENS THE

01:59PM  3    OPPORTUNITY TO CONVERT, THAT WOULD HAVE HAD TO HAVE BEEN

01:59PM  4    APPROVED.

01:59PM  5    Q.   AND THE COMPOSITION OF THE BOARD GAVE YOU CONFIDENCE THAT

01:59PM  6    THIS WAS A REASONABLE INVESTMENT TO MAKE; CORRECT?

02:00PM  7    A.   YES.

02:00PM  8    Q.   WE TALKED A LITTLE BIT A FEW MOMENTS AGO ABOUT SAFEWAY.

02:00PM  9         I WANT TO ASK YOU WHETHER YOU TRIED TO FOLLOW EVENTS IN

02:00PM  10   THE THERANOS/SAFEWAY RELATIONSHIP, AS WELL AS IN THE

02:00PM  11   THERANOS/WALGREENS RELATIONSHIP.

02:00PM  12   A.   TO THE EXTENT I COULD.

02:00PM  13   Q.   OKAY.

02:00PM  14   A.   BUT I DID NOT HAVE SPECIFIC, YOU KNOW, UPDATES FOR EITHER

02:00PM  15   OF THEM.

02:00PM  16        AND THEN IT BECAME CLEAR, AS WALGREENS STARTED TO ROLL

02:00PM  17   OUT, I WAS AWARE THAT IT WAS GOING TO -- THEY WERE GOING TO

02:00PM  18   CONCENTRATE THEIR EFFORT IN THE PHOENIX AREA.

02:00PM  19   Q.   OKAY.  LET ME ASK YOU TO LOOK AT -- THIS YOU WILL HAVE TO

02:00PM  20   GO TO YOUR BLACK BINDER FOR THIS -- TO 12323.

02:01PM  21   A.   YES.

02:01PM  22   Q.   DO YOU SEE THAT THIS IS AN EMAIL EXCHANGE BETWEEN YOU AND

02:01PM  23   MS. QUINTANA FROM FEBRUARY OF 2013?

02:01PM  24   A.   YES.

02:01PM  25   Q.   AND WAS THIS AN EMAIL EXCHANGE THAT WAS MADE IN CONNECTION

02:02PM  1    WITH BDV'S EFFORTS TO KEEP UP WITH THERANOS INVESTMENT?

02:02PM  2    A.   YES.

02:02PM  3              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:02PM  4    12323.

02:02PM  5              MR. BOSTIC:  YOUR HONOR, HEARSAY AND RELEVANCE.

02:02PM  6              THE COURT:  IT'S THE ENTIRETY OF THE DOCUMENT YOU

02:02PM  7    WANT IN, MR. DOWNEY?

02:02PM  8              MR. DOWNEY:  WELL, THERE'S AN INDICATION IN THE

02:02PM  9    COVER MEMO THAT CERTAIN PORTIONS WERE HIGHLIGHTED FOR REVIEW BY

02:02PM  10   THE INDIVIDUAL RECEIVING THE EMAIL.  THAT'S REALLY -- THOSE ARE

02:02PM  11   REALLY THE ONLY SECTIONS I'M INTERESTED IN, ALTHOUGH I WILL SAY

02:02PM  12   THAT I DON'T THINK THE BALANCE OF IT IS OF REALLY GREAT

02:02PM  13   CONCERN.  IT'S ABOUT OTHER MATTERS.

02:02PM  14             THE COURT:  ARE YOU REFERRING TO THE TRANSCRIPT CALL

02:03PM  15   DATA?

02:03PM  16             MR. DOWNEY:  YES.

02:03PM  17             THE COURT:  IS IT POSSIBLE FOR YOU TO LOOK AT THESE

02:03PM  18   AND PARSE OUT EXACTLY WHAT IT IS YOU WOULD LIKE?

02:03PM  19             MR. DOWNEY:  I THINK THAT WOULD BE, YOUR HONOR.

02:03PM  20             THE COURT:  AND SHOULD WE DO THAT AFTER OUR

02:03PM  21   2:00 O'CLOCK BREAK?  WE'LL GIVE YOU TIME TO DO THAT.

02:03PM  22             MR. DOWNEY:  I CERTAINLY COULD, OR I CAN EVEN

02:03PM  23   IDENTIFY -- THAT WOULD BE FINE.  I CAN GIVE YOU THE SECTIONS

02:03PM  24   NOW IF YOU WANT TO --

02:03PM  25             THE COURT:  WELL, I THINK A BREAK IS PROBABLY

LUCAS CROSS BY MR. DOWNEY

```
02:03PM   1    APPROPRIATE AT THIS TIME.

02:03PM   2              MR. DOWNEY:  OKAY.

02:03PM   3              THE COURT:  SO LET'S TAKE OUR AFTERNOON BREAK,

02:03PM   4    LADIES AND GENTLEMEN.  WE'LL TAKE 30 MINUTES, 30 MINUTES.

02:03PM   5              THE WITNESS:  OKAY.

02:03PM   6              THE COURT:  AND THEN WE'LL COME BACK AND WE'LL

02:03PM   7    CONTINUE THE TESTIMONY.  THANK YOU.

02:04PM   8          (JURY OUT AT 2:04 P.M.)

02:04PM   9              THE COURT:  PLEASE BE SEATED.  THANK YOU.

02:04PM  10          ANYTHING BEFORE WE BREAK?

02:04PM  11              MR. DOWNEY:  NO, YOUR HONOR.

02:04PM  12              MR. BOSTIC:  NO, YOUR HONOR.

02:04PM  13              THE COURT:  OKAY.  THANK YOU.  BUT CAN I SEE YOU

02:04PM  14    BEFORE WE BREAK?

02:04PM  15              MR. DOWNEY:  SURE.

02:04PM  16          (RECESS FROM 2:04 P.M. UNTIL 2:37 P.M.)

02:37PM  17          (JURY IN AT 2:37 P.M.)

02:37PM  18              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:37PM  19    ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

02:37PM  20          THE JURY IS PRESENT.  PLEASE BE SEATED.

02:37PM  21          MR. LUCAS IS STILL ON THE STAND.

02:37PM  22          COUNSEL?

02:37PM  23              MR. DOWNEY:  YOUR HONOR, I THINK BEFORE WE BROKE I

02:37PM  24    WAS SEEKING TO ADMIT EXHIBIT 12323.

02:37PM  25              THE COURT:  YES.
```

LUCAS CROSS BY MR. DOWNEY

02:37PM  1           MR. DOWNEY:  THEN THERE HAD BEEN AN OBJECTION AND

02:37PM  2     THEN A COLLOQUY.

02:37PM  3        I JUST WANTED TO IDENTIFY FOR THE COURT THE PORTIONS OF

02:37PM  4     THE DOCUMENT THAT WERE OF INTEREST.  I THINK THAT THEY WERE AT

02:38PM  5     THE, BY MY READ, THE 12TH AND 13TH PAGE OF THE EXHIBIT, AND I

02:38PM  6     THINK THAT THEY ARE TWO QUESTIONS AND ANSWERS AND THEY ARE

02:38PM  7     ELECTRONICALLY HIGHLIGHTED IN THE DOCUMENT.

02:38PM  8           THE COURT:  OKAY.  LET ME -- THESE ARE NOT

02:38PM  9     PAGINATED, ARE THEY?  NO.

02:38PM  10           MR. DOWNEY:  NO.

02:38PM  11           THE COURT:  OKAY.  I THINK I'VE GOT IT.

02:38PM  12           MR. DOWNEY:  IF IT HELPS, ONE QUESTION IS FROM A

02:38PM  13     KELLY BANIA, B-A-N-I-A, AND THEN THERE'S ANOTHER ONE ON THE

02:38PM  14     OPPOSITE PAGE.

02:38PM  15           MR. BOSTIC:  YOUR HONOR, AS TO THOSE PORTIONS, NO

02:38PM  16     RELEVANCE OBJECTION AS TO THOSE PORTIONS.

02:38PM  17        I WOULD STILL HAVE HEARSAY CONCERNS IF THE DEFENSE IS

02:38PM  18     SEEKING TO ADMIT THEM FOR THE TRUTH.

02:38PM  19           MR. DOWNEY:  NO.  I'M ONLY SEEKING TO ADMIT THEM FOR

02:38PM  20     WHAT WAS IMPORTANT FOR THIS INVESTOR AND NOT FOR ANY OF THE

02:39PM  21     TRUTH OF THE STATEMENTS CONTAINED HEREIN.

02:39PM  22           THE COURT:  I HAVE A HIGHLIGHTED PORTION THAT BEGINS

02:39PM  23     WITH "MORE RECENTLY."

02:39PM  24        IS THAT SOMETHING -- THAT'S EARLIER ON.

02:39PM  25           MR. DOWNEY:  I ACTUALLY -- THAT IS HIGHLIGHTED, BUT

```
02:39PM   1        I'M NOT -- I'D BE HAPPY TO --

02:39PM   2                THE COURT:  YOU'RE NOT SEEKING AN INTRODUCTION OF

02:39PM   3        THAT?

02:39PM   4                MR. DOWNEY:  I'M NOT SEEKING TO INTRODUCE THAT, NO.

02:39PM   5                THE COURT:  OKAY.

02:39PM   6                MR. DOWNEY:  I MEAN, IN ALL CANDOR, YOUR HONOR, I

02:39PM   7        WOULD SAY 98 PERCENT OF THIS DOCUMENT IS, IS NOT RELEVANT TO

02:39PM   8        OUR PROCEEDINGS.  IT'S JUST THAT THERE ARE TWO QUESTIONS THAT

02:39PM   9        ARE.

02:39PM  10                THE COURT:  SO YOU'RE SEEKING TO INTRODUCE THESE NOT

02:39PM  11        FOR THE TRUTH OF THE MATTER ASSERTED IN EACH OF THESE

02:39PM  12        STATEMENTS, BUT RATHER, HOW AND IF AND WHETHER THESE STATEMENTS

02:39PM  13        INFORMED ANY CONDUCT OF THIS WITNESS?

02:39PM  14                MR. DOWNEY:  THAT'S CORRECT.

02:39PM  15                THE COURT:  OKAY.  ALL RIGHT.  WITH THAT RESERVATION

02:40PM  16        THEN, I'LL ADMIT THEM.

02:40PM  17            LADIES AND GENTLEMEN, YOU'RE GOING TO SEE CERTAIN PAGES OF

02:40PM  18        DOCUMENT 12323.  THEY'RE NOT PAGINATED, SO I DON'T KNOW HOW

02:40PM  19        WE'LL MARK THOSE.

02:40PM  20            BUT THE HIGHLIGHTED STATEMENTS HERE ARE NOT, LADIES AND

02:40PM  21        GENTLEMEN, OFFERED FOR THE TRUTH OF THE MATTER ASSERTED IN EACH

02:40PM  22        OF THOSE STATEMENTS THAT YOU WILL SEE, THE HIGHLIGHTED

02:40PM  23        PORTIONS.

02:40PM  24            THEIR ONLY EFFECT AND RELEVANCE HERE IS AS TO WHETHER OR

02:40PM  25        NOT THEY HAD AN EFFECT ON THE CONDUCT OF THIS WITNESS, AND
```

02:40PM  1      WE'LL FIND THAT OUT WHEN MR. DOWNEY ASKS HIS QUESTIONS.

02:40PM  2          SO YOU CAN -- THOSE PORTIONS ARE ADMITTED, AND YOU CAN

02:40PM  3      DISPLAY THOSE TO THE JURY.

02:40PM  4          (DEFENDANT'S EXHIBIT 12323, 12TH AND 13TH PAGES, WAS

02:40PM  5      RECEIVED IN EVIDENCE.)

02:40PM  6              MR. DOWNEY:  THANK YOU, YOUR HONOR.  AND WE'LL, JUST

02:40PM  7      IN AN ABUNDANCE OF CAUTION, WE'LL REDACT THE BALANCE OF THE

02:40PM  8      DOCUMENT TO THE EXTENT THAT IT RAISES ANY CONCERNS AND WE CAN

02:40PM  9      BE CONFIDENT THAT WE'VE ONLY ADMITTED WHAT WE NEED.

02:40PM 10              THE COURT:  OKAY.  THANK YOU.

02:40PM 11      BY MR. DOWNEY:

02:40PM 12      Q.  IF YOU LOOK AT THE COVER PAGE OF THIS DOCUMENT, FIRST AT

02:41PM 13      PAGE 1, THERE'S AN EMAIL FROM MS. QUINTANA TO YOU AND SHE SAYS

02:41PM 14      SHE'S ATTACHING AND FORWARDING A CONFERENCE CALL TRANSCRIPT AND

02:41PM 15      A Q&A PORTION OF THAT.

02:41PM 16          DO YOU SEE THAT?

02:41PM 17      A.  YES.

02:41PM 18      Q.  AND IF YOU GO TO A FURTHER PAGE OF THIS EXHIBIT, THERE'S

02:41PM 19      FURTHER COLOR ON WHAT SHE'S TALKING ABOUT.

02:41PM 20          THE NEXT PAGE FROM THAT.  SORRY, THE PRIOR PAGE.  I BEG

02:41PM 21      YOUR PARDON.

02:41PM 22          SORRY, IT'S THE THIRD PAGE OF THE EXHIBIT.

02:42PM 23          YES.  OKAY.

02:42PM 24          ALL RIGHT.  THIS IS AN EMAIL FROM MELISSA FINDLEY TO YOU

02:42PM 25      WITH THE SUBJECT BEING KURT.

02:42PM   1         DO YOU SEE THAT?

02:42PM   2    A.   YES.

02:42PM   3    Q.   AND IS MELISSA FINDLEY SOMEBODY WHO WORKED FOR YOU?

02:42PM   4    A.   NO.  SHE WAS ONE OF THE ASSISTANTS TO MY UNCLE.

02:42PM   5    Q.   I SEE.  OKAY.

02:42PM   6         AND IN THE EMAIL SHE SAYS THAT "KURT WILL GIVE YOU A CALL

02:42PM   7    LATER TODAY.  HE DID ASK ME TO HAVE YOU HIT THE HIGHLIGHTS OF

02:42PM   8    THE SAFEWAY CALL FOR ME WITH REGARD TO THE WELLNESS PROGRAM SO

02:42PM   9    THAT I AM PREPARED IF PEOPLE ASK ME.  CAN YOU EMAIL ME THE KEY

02:42PM   10   POINTS?"

02:42PM   11        SO IS THIS A COMMUNICATION REALLY FROM YOUR UNCLE?

02:43PM   12        (PAUSE IN PROCEEDINGS.)

02:43PM   13            THE WITNESS:  SURE.  BETWEEN THE TWO OF THEM, YES.

02:43PM   14   BY MR. DOWNEY:

02:43PM   15   Q.   OKAY.  AND THIS IS JUST A REQUEST THAT YOU SUMMARIZE A

02:43PM   16   TRANSCRIPT OF A SAFEWAY CALL, WHICH IS ATTACHED; CORRECT?

02:43PM   17   A.   YES.

02:43PM   18   Q.   AND I WANT TO DRAW YOUR ATTENTION TO A FEW EXCERPTS THAT

02:43PM   19   WE'VE BEEN EXCHANGING ABOUT HERE.  FIRST TO THE QUESTION THAT

02:43PM   20   IS ASKED BY AN ANALYST.

02:43PM   21        IN SEEING THIS DOCUMENT, IF WE CAN GO TO THAT 12TH PAGE,

02:43PM   22   BUT IN SEEING THIS DOCUMENT, BEFORE WE TALK ABOUT THE SUBSTANCE

02:43PM   23   OF IT, DO YOU RECOGNIZE THIS AS AN EXCHANGE THAT TOOK PLACE IN

02:43PM   24   AN ANALYST CALL WITH SAFEWAY?

02:44PM   25   A.   YES.

02:44PM 1    Q.   AND ANALYST CALLS ARE CALLS THAT ARE CONDUCTED BY WALL

02:44PM 2    STREET ANALYSTS WHO FOLLOW THE STOCK OF PARTICULAR COMPANIES;

02:44PM 3    IS THAT CORRECT?

02:44PM 4    A.   CORRECT.

02:44PM 5    Q.   AND THEY PRESENT OPPORTUNITIES FOR THOSE ANALYSTS TO ASK

02:44PM 6    QUESTIONS OF THE SENIOR MANAGEMENT OF THE COMPANY THAT THEY'RE

02:44PM 7    FOLLOWING; CORRECT?

02:44PM 8    A.   RIGHT.

02:44PM 9    Q.   AND THIS PORTION OF A TRANSCRIPT IS JUST ONE EXCHANGE IN

02:44PM 10   SUCH A CALL BETWEEN ANALYSTS FOR MERRILL LYNCH AND STEVEN BURD,

02:44PM 11   THE CHAIRMAN AND CEO OF SAFEWAY.

02:44PM 12       DO YOU SEE THAT?

02:44PM 13   A.   YES.

02:44PM 14   Q.   AND WE DON'T HAVE TO GO THROUGH THE ANSWER, BUT TO LOOK AT

02:44PM 15   THE ANSWER.

02:44PM 16       HE'S PROVIDING AN UPDATE AT THIS POINT TO THE ANALYSTS AS

02:44PM 17   TO HIS EXPECTATIONS FOR THE LAUNCH; CORRECT?

02:45PM 18   A.   THERANOS IS CERTAINLY NOT MENTIONED, BUT I AM BELIEVING

02:45PM 19   THAT'S WHAT THEY'RE TALKING ABOUT.

02:45PM 20   Q.   OKAY.  AND DOES THE FACT THAT YOU RECEIVED THIS EXCHANGE

02:45PM 21   REFLECT THAT MONITORING THE ACTIVITIES OF SAFEWAY WAS -- THE

02:45PM 22   SAFEWAY/THERANOS PARTNERSHIP WAS IMPORTANT TO YOU IN

02:45PM 23   CONSIDERING YOUR INVESTMENT DECISION IN 2013?

02:45PM 24   A.   YES.

02:45PM 25   Q.   LET ME SHOW YOU JUST THE OTHER QUESTION, WHICH COMES FROM

02:45PM 1    A DIFFERENT ANALYST, AGAIN, ADDRESSED TO MR. BURD.  AND, AGAIN,

02:45PM 2    THIS IS JUST FURTHER COLOR ON THE STATUS OF THE

02:46PM 3    THERANOS/SAFEWAY PARTNERSHIP IN EARLY 2013; CORRECT?

02:46PM 4    A.   YES.

02:46PM 5    Q.   AND BY THE WAY, DID YOU KNOW BY EARLY 2013 THAT MR. BURD,

02:46PM 6    WHO WAS THE CHAIRMAN OF SAFEWAY, HAD ACTUALLY ANNOUNCED THAT HE

02:46PM 7    WAS LEAVING THE COMPANY?

02:46PM 8    A.   I JUST DON'T REMEMBER.

02:46PM 9    Q.   OKAY.  DO YOU RECALL LEARNING FROM ELIZABETH,

02:46PM 10   ELIZABETH HOLMES THAT SHE HAD BEEN IN SUBSTANTIAL COMMUNICATION

02:46PM 11   WITH MR. BURD OVER A PERIOD OF YEARS ABOUT THAT PARTNERSHIP?

02:46PM 12   A.   I WAS NOT SURE WHO IT WAS, BUT CERTAINLY ONE OF THE

02:46PM 13   EXECUTIVES AT SAFEWAY.

02:46PM 14   Q.   FAIR ENOUGH.  WE CAN TAKE THAT DOWN.

02:47PM 15        NOW, I THINK YOU WERE TALKING DURING YOUR DIRECT

02:47PM 16   EXAMINATION ABOUT A PERIOD OF WHEN THERANOS WAS A DEVELOPMENT

02:47PM 17   COMPANY; CORRECT?

02:47PM 18   A.   YES.

02:47PM 19   Q.   AND YOU UNDERSTOOD THAT THERANOS HAD SPENT A LOT OF MONEY

02:47PM 20   ON THE RESEARCH AND DEVELOPMENT OF ITS INVESTMENTS; CORRECT?

02:47PM 21   A.   OVER THE YEARS, YES.

02:47PM 22   Q.   AND YOU UNDERSTOOD THAT ONE ELEMENT OF WHAT THEY WERE

02:47PM 23   DEVELOPING WAS THESE SMALL SAMPLES, ASSAYS, SO THAT THEY COULD

02:47PM 24   TEST FINGERSTICK SAMPLES; CORRECT?

02:47PM 25   A.   YES.

LUCAS CROSS BY MR. DOWNEY

02:47PM 1   Q.   AND YOU WOULD PERIODICALLY GET UPDATES FROM MS. HOLMES AS

02:47PM 2   TO HOW THE DEVELOPMENT OF THAT WAS GOING; CORRECT?

02:47PM 3   A.   YES.

02:47PM 4   Q.   AND WOULD IT BE CONSISTENT WITH YOUR RECOLLECTION THAT YOU

02:47PM 5   UNDERSTOOD THAT THERANOS HAD DEVELOPED FOR USE IN A CLINICAL

02:47PM 6   LAB ABOUT 70 FINGERSTICK SAMPLE ASSAYS?

02:48PM 7   A.   I DON'T KNOW -- I DON'T REMEMBER EXACTLY THE NUMBER, BUT

02:48PM 8   AS I SAID EARLIER, IT CERTAINLY WAS DOZENS.

02:48PM 9   Q.   OKAY.  AND YOU JUST DON'T RECALL HER ASSIGNING A

02:48PM 10   PARTICULAR NUMBER, OR DO YOU BELIEVE THAT SHE SAID DOZENS?

02:48PM 11   A.   I DON'T REMEMBER EITHER.

02:48PM 12   Q.   OKAY.  BUT IT WOULD BE CONSISTENT IN YOUR VIEW WITH YOUR

02:48PM 13   RECOLLECTION IF THERANOS HAD, IN FACT, DEVELOPED AND VALIDATED

02:48PM 14   70 FINGERSTICK SMALL SAMPLE ASSAYS?

02:48PM 15   A.   YES.

02:48PM 16   Q.   AND YOU UNDERSTOOD THAT THEY WERE WORKING ALL OF THE TIME

02:48PM 17   TO DEVELOP MORE ASSAYS; CORRECT?

02:48PM 18   A.   CORRECT.

02:48PM 19   Q.   AND IT WOULD BE CONSISTENT WITH YOUR CONVERSATIONS WITH

02:48PM 20   MS. HOLMES IF, AS OF THE TIME OF YOUR 2013 INVESTMENT, THERANOS

02:48PM 21   HAD ACTUALLY DEVELOPED, TO THE POINT OF BEGINNING CLINICAL

02:49PM 22   VALIDATION, ABOUT 300 SMALL SAMPLE ASSAYS; CORRECT?

02:49PM 23   A.   I JUST DON'T RECOLLECT WHAT NUMBER.  I MORE FOCUSSED ON

02:49PM 24   THAT THEY WERE ROLLING OUT THE PLATFORM WITH WALGREENS, AND

02:49PM 25   WHATEVER IT IS THAT THEY HAD AT THAT TIME CERTAINLY WAS

02:49PM 1    RELEVANT, OTHERWISE THEY WOULDN'T BE ROLLING IT OUT

02:49PM 2    COMMERCIALLY AND WALGREENS WOULDN'T BE DOING IT.

02:49PM 3    Q.   OKAY.  DID YOU UNDERSTAND THAT SOME OF THE SAMPLES THAT

02:49PM 4    WERE BEING DRAWN AT THE THERANOS SITES IN WALGREENS, AT LEAST

02:49PM 5    IN THE FIRST INSTANCE, WOULD BE DRAWN FROM VENOUS SAMPLES?

02:49PM 6        DO YOU REMEMBER KNOWING THAT?

02:49PM 7    A.   I THINK I REMEMBER THAT THERE WERE SOME TESTS THAT

02:49PM 8    THERANOS SAID THEY COULDN'T DO, AND SO IF YOU'RE HERE FOR THE

02:49PM 9    OTHERS, THEN WE HAVE TO DRAW THE BLOOD.

02:49PM 10   Q.   OKAY.  I THINK I NEGLECTED, WHEN WE WERE TALKING ABOUT

02:50PM 11   YOUR 2013 INVESTMENT, JUST TO ADMIT THE DOCUMENTS WHICH

02:50PM 12   DOCUMENTED IT.

02:50PM 13       SO I WANT TO MAKE SURE THAT WE HAVE ALL OF THAT IN

02:50PM 14   EVIDENCE, SO PARDON ME FOR ONE MOMENT.

02:50PM 15   A.   SURE.

02:50PM 16   Q.   WELL, LET ME ASK YOU TO LOOK AT EXHIBIT 3530, WHICH I

02:50PM 17   THINK IS ALREADY IN EVIDENCE THROUGH ANOTHER WITNESS.

02:51PM 18       ALL RIGHT.  AND DO YOU SEE THAT THIS IS AN AMENDED

02:51PM 19   PREFERRED STOCK PURCHASE AGREEMENT FROM AN INITIAL CLOSING DATE

02:51PM 20   IN 2010?

02:51PM 21       DO YOU SEE THAT?

02:51PM 22   A.   YES.

02:51PM 23   Q.   AND DO YOU RECALL THAT AT SOME POINT IN 2010 YOU HAD BEEN

02:51PM 24   ASKED FOR CERTAIN APPROVALS IN CONNECTION WITH THE STOCK THAT

02:51PM 25   YOU ALREADY HELD AND THAT THAT RESULTED IN THE ISSUANCE OF A

02:51PM  1    NEW STOCK PURCHASE AGREEMENT?

02:51PM  2    A.   I'M NOT SURE WHAT TIMEFRAME IT WAS, BUT I DO REMEMBER THAT

02:51PM  3    THERE WAS -- THERE WERE SOME DOCUMENTS THAT WE HAD TO APPROVE.

02:51PM  4    Q.   OKAY.  LET ME ASK YOU JUST TO LOOK AT PAGE 25 OF THIS

02:51PM  5    AGREEMENT.

02:51PM  6         AND THIS, I THINK -- IS THIS THE MASTER SIGNATURE PAGE IN

02:51PM  7    CONNECTION WITH THE DECEMBER 31ST, 2013 AGREEMENT THAT YOU

02:51PM  8    SIGNED?

02:52PM  9    A.   IT CERTAINLY LOOKS LIKE MY SIGNATURE.  I'M NOT SURE WHAT

02:52PM  10   IS MEANT BY THE MASTER SIGNATURE PAGE.

02:52PM  11   Q.   WELL, I THINK, I THINK YOU HAD TESTIFIED THAT THERE WERE

02:52PM  12   SEVERAL DOCUMENTS IN CONNECTION --

02:52PM  13   A.   YES.

02:52PM  14   Q.   -- WITH THIS.  AND A MASTER SIGNATURE PAGE IS SOMETIMES

02:52PM  15   USED TO SIGN ONCE AND INDICATE YOUR AGREEMENT TO MULTIPLE

02:52PM  16   AGREEMENTS?

02:52PM  17   A.   YES, THAT LOOKS LIKE THE CASE.

02:52PM  18   Q.   OKAY.  IF YOU WOULD JUST GO FORWARD TO SECTION 4.  THIS,

02:52PM  19   AGAIN, IS THE REPRESENTATIONS AND WARRANTIES THAT YOU MADE IN

02:52PM  20   CONNECTION WITH THE TRANSACTION.

02:52PM  21        AND I DON'T WANT TO GO THROUGH THESE, BUT I JUST WANT TO

02:52PM  22   GIVE YOU AN OPPORTUNITY TO REVIEW THEM AND CONFIRM THAT YOU

02:52PM  23   MADE THESE REPRESENTATIONS IN CONNECTION WITH THE 2013

02:52PM  24   AGREEMENT.

02:53PM  25   A.   YES.  IF THIS IS PART OF THAT DOCUMENT, YES.

02:53PM  1    Q.   OKAY.  AND LET ME GO FORWARD TO PAGE 41.

02:53PM  2         AND JUST SO WE HAVE THE PRECISE DETAILS, YOU, I THINK IN

02:53PM  3    CONNECTION WITH THIS TRANSACTION, PURCHASED -- IF WE LOOK AT

02:53PM  4    THE CLOSING INFORMATION, IT INDICATES THAT YOU PURCHASED ABOUT

02:53PM  5    357,000 SHARES AND THAT YOU PAID ABOUT $5.35 MILLION FOR THEM;

02:53PM  6    CORRECT?

02:53PM  7    A.   YES.

02:53PM  8    Q.   AND SO THAT REFLECTS THE $15 PRICE; CORRECT?

02:53PM  9    A.   YES.

02:53PM  10   Q.   OKAY.  NOW, SHORTLY AFTER THIS INVESTMENT CLOSED, I THINK

02:54PM  11   YOU WERE -- AM I RIGHT THAT YOU WERE OFFERED IN WRITING THE

02:54PM  12   OPPORTUNITY TO INVEST AGAIN AT THE HIGHER $17 PRICE?

02:54PM  13   A.   YES.

02:54PM  14   Q.   OKAY.  LET ME SHOW YOU EXHIBIT 5448 IN THE GOVERNMENT'S

02:54PM  15   BINDER, WHICH IS THE WHITE BINDER.

02:55PM  16   A.   OKAY.

02:55PM  17   Q.   IS THIS DOCUMENT AN EMAIL EXCHANGE BETWEEN THERANOS AND

02:55PM  18   BLACK DIAMOND VENTURES ABOUT A POTENTIAL INVESTMENT IN 2014

02:55PM  19   WITH THERANOS?

02:55PM  20   A.   YES.

02:55PM  21         MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:55PM  22   EXHIBIT 5448.

02:55PM  23         MR. BOSTIC:  NO OBJECTION.

02:55PM  24         THE COURT:  IT'S ADMITTED, AND IT MAY BE PUBLISHED.

02:55PM  25         (GOVERNMENT'S EXHIBIT 5448 WAS RECEIVED IN EVIDENCE.)

02:55PM   1    BY MR. DOWNEY:

02:55PM   2    Q.   SO IF YOU LOOK AT THE SORT OF BLAST EMAIL TO SHAREHOLDERS

02:55PM   3    THAT YOU'RE ADDRESSED ON AS BLACK DIAMOND VENTURES, DO YOU SEE

02:55PM   4    THAT THERE'S AN OFFERING HERE AND THE OFFERING IS AT ABOUT $17

02:56PM   5    PER SHARE; CORRECT?

02:56PM   6    A.   CORRECT.

02:56PM   7    Q.   AND IF YOU LOOK AT THE DATE IN THE ADDRESS BLOCK AT THE

02:56PM   8    TOP, IT'S FROM JANUARY 21ST, 2014; CORRECT?

02:56PM   9    A.   YES.

02:56PM   10   Q.   AND SO THIS IS ABOUT THREE WEEKS AFTER THE CLOSING ON THE

02:56PM   11   INVESTMENT YOU MADE IN 2013 AT $15 A SHARE; CORRECT?

02:56PM   12   A.   YES.

02:56PM   13   Q.   DID, DID YOU INVEST AT -- ADDITIONAL MONEY IN THERANOS IN

02:56PM   14   CONNECTION WITH THIS 2014 OFFERING?

02:56PM   15   A.   NO.

02:56PM   16   Q.   OKAY.  WE SPOKE BRIEFLY BEFORE ABOUT THE BLACK DIAMOND 55

02:57PM   17   THAT REFLECTED MR. HALL'S INVESTMENT.

02:57PM   18        DO YOU RECALL THAT?

02:57PM   19   A.   YES.

02:57PM   20   Q.   AND MR. HALL INVESTED IN BOTH 2006 AND 2013 IN THERANOS;

02:57PM   21   CORRECT?

02:57PM   22   A.   CORRECT.

02:57PM   23   Q.   AND IN 2006 WHEN HE MADE HIS INVESTMENT, HE AGREED TO PAY

02:57PM   24   A FORM OF COMPENSATION TO YOU FOR BEING ESSENTIALLY HIS

02:57PM   25   INVESTMENT MANAGER WITH REGARD TO THE COMPANY; CORRECT?

02:57PM  1    A.   YES.

02:57PM  2    Q.   DO YOU RECALL THE TERMS OF THAT?

02:57PM  3    A.   I DON'T.

02:57PM  4    Q.   OKAY.  LET ME ASK YOU JUST TO LOOK AT AN EXHIBIT THAT IS

02:57PM  5    IN EVIDENCE AND SEE IF THESE ARE TERMS THAT WERE ULTIMATELY

02:57PM  6    AGREED TO.

02:57PM  7         IF YOU'LL LOOK AT EXHIBIT 3790.

02:57PM  8         DO YOU SEE AT THE TOP THAT THIS IS AN EXCHANGE BETWEEN

02:58PM  9    BRYAN TOLBERT OF HALL GROUP AND SEEMINGLY WITH MR. HALL.

02:58PM  10        DO YOU SEE THAT?

02:58PM  11   A.   YES.

02:58PM  12   Q.   OKAY.  AND THEN ATTACHED TO THIS DOCUMENT THERE ARE SOME

02:58PM  13   NOTES, AND I JUST WANT TO FOCUS ON SOME NOTES AT THE BOTTOM OF

02:58PM  14   PAGE 3.  IT'S THE SECOND TO THE LAST PARAGRAPH REALLY.  OKAY.

02:58PM  15        THIS DESCRIBES THAT THE 2006 INVESTMENT WOULD TAKE PLACE

02:58PM  16   THROUGH BLACK DIAMOND VENTURES, YOUR FUND; CORRECT?

02:58PM  17   A.   YES.

02:58PM  18   Q.   AND THAT MR. HALL WOULD PAY A 2.5 PERCENT ANNUAL

02:58PM  19   MANAGEMENT FEE ON THE FUNDS THAT WERE COMMITTED; CORRECT?

02:58PM  20   A.   YES.

02:58PM  21   Q.   AND 16 PERCENT OF THE UP SIDE; CORRECT?

02:58PM  22   A.   CORRECT.

02:58PM  23   Q.   AND IS THE MANAGEMENT FEE JUST A FEE THAT IS PAID ANNUALLY

02:59PM  24   BASED ON A PERCENTAGE OF THE MONEY THAT HAS BEEN INVESTED?

02:59PM  25   A.   CORRECT.

LUCAS CROSS BY MR. DOWNEY

02:59PM   1    Q.   AND DOES THE UP SIDE REFER TO WHATEVER MONEY IS EVER

02:59PM   2    REALIZED ON THE INVESTMENT?

02:59PM   3    A.   YES, THAT WOULD BE THE PROFIT PARTICIPATION.

02:59PM   4    Q.   OKAY.  AND WERE THESE TERMS ULTIMATELY AGREED TO BETWEEN

02:59PM   5    BDV AND THE HALL GROUP?

02:59PM   6    A.   IT SEEMS THAT THEY WERE, BUT I JUST DON'T RECALL --

02:59PM   7    Q.   OKAY.

02:59PM   8    A.   -- THE EXACT.  IT CERTAINLY SEEMS WHAT WE DID, BUT I DON'T

02:59PM   9    RECALL THAT THEY WERE THE FINAL NUMBERS.

02:59PM   10   Q.   OKAY.  AND DO YOU RECALL IN 2013 THAT MR. HALL DID NOT

02:59PM   11   WANT TO CONTINUE TO INVEST IN THERANOS THROUGH

02:59PM   12   BLACK DIAMOND VENTURES?

02:59PM   13   A.   YES.

02:59PM   14   Q.   AND DO YOU RECALL THAT HE ASKED TO BECOME A DIRECT

02:59PM   15   INVESTOR WITHOUT HAVING A MANAGEMENT ARRANGEMENT WITH

02:59PM   16   BLACK DIAMOND VENTURES?

03:00PM   17   A.   I FORGET WHAT THE TERMS ENDED UP BEING, BUT, YES, HE

03:00PM   18   WANTED TO INVEST DIRECTLY.

03:00PM   19   Q.   OKAY.  AND THAT WAS A SUBSTANTIAL SUBJECT OF DISCUSSION

03:00PM   20   BETWEEN YOU AND -- ON THE ONE HAND AND MR. HALL AND MR. TOLBERT

03:00PM   21   ON THE OTHER HAND IN THIS 15-DAY WINDOW IN LATE DECEMBER 2013?

03:00PM   22   A.   YEAH.  I DON'T KNOW HOW SUBSTANTIAL, BUT IT CERTAINLY WAS

03:00PM   23   A DISCUSSION, YES.

03:00PM   24   Q.   AND MS. HOLMES WAS ALSO DRAWN INTO THAT CONVERSATION;

03:00PM   25   CORRECT?

03:00PM    1    A.   I DON'T, I DON'T RECALL.

03:00PM    2    Q.   OKAY.  I WANT YOU, FOR THE TIME BEING, JUST TO LOOK AT A

03:00PM    3    PAGE THAT IS IN YOUR NOTEBOOK.  IT'S THE FIRST PAGE OF

03:01PM    4    EXHIBIT 14217.

03:01PM    5    A.   THIS IS YOUR BOOK NOW?

03:01PM    6    Q.   YES, AND IN THE -- THAT'S RIGHT, YES.

03:01PM    7    A.   PLEASE SAY AGAIN THE NUMBER.

03:01PM    8    Q.   IT'S 14217.

03:01PM    9    A.   YES.

03:01PM   10    Q.   IS THIS A LIST OF THE INDIVIDUALS WHO INVESTED IN THERANOS

03:01PM   11    THROUGH BLACK DIAMOND VENTURES IN LATE 2013?

03:02PM   12    A.   YES, IT APPEARS TO BE.

03:02PM   13    Q.   OKAY.  AND THERE'S, THERE'S, I DON'T KNOW, 30 OR SO

03:02PM   14    INDIVIDUALS ON THAT LIST?

03:02PM   15    A.   YES.

03:02PM   16    Q.   AND WHAT -- UNDER WHAT TERMS DID THEY INVEST WITH

03:02PM   17    BLACK DIAMOND VENTURES IN CONNECTION WITH THEIR THERANOS

03:02PM   18    INVESTMENT?

03:02PM   19    A.   IT WOULD HAVE BEEN A 2 AND A HALF PERCENT ANNUAL

03:02PM   20    MANAGEMENT FEE, AND THEN I'M JUST NOT REMEMBERING WHAT THE

03:02PM   21    PROFIT PARTICIPATION WAS AS OUR NUMBERS HAVE INCREASED OVER THE

03:02PM   22    YEARS, AND SO IT MAY VERY WELL BE THE 16 PERCENT THAT WAS SHOWN

03:02PM   23    PRIOR.  I JUST FORGET.

03:02PM   24    Q.   OKAY.  AND IN EXCHANGE FOR, FOR THESE MANAGEMENT FEES AND

03:02PM   25    POTENTIAL UP SIDE, YOU KEEP THE INVESTORS INFORMED OF WHAT YOU

03:03PM  1    KNOW ABOUT THE COMPANY; CORRECT?

03:03PM  2    A.   THAT'S CERTAINLY ONE OF THE ACTIVITIES, YES.

03:03PM  3    Q.   OKAY.  AND WHAT ELSE IS ASSOCIATED WITH THAT MANAGEMENT

03:03PM  4    FEE AND POTENTIAL UP SIDE?  WHAT DO YOU DO FOR THE INVESTORS?

03:03PM  5    A.   WELL, CERTAINLY IN MONITORING THE INVESTMENT AND TALKING

03:03PM  6    WITH MANAGEMENT AND SO FORTH, AND I'M SAYING THIS IN GENERAL,

03:03PM  7    WE HELP ALSO AS MUCH AS WE CAN WITH THE COMPANY TO HELP THEM

03:03PM  8    SUCCEED.

03:03PM  9    Q.   OKAY.  AND DO YOU RECALL, FOR EXAMPLE, WITH REGARD TO THE

03:03PM  10   THERANOS INVESTMENT, THAT YOU WOULD DO THINGS AFTER THESE

03:03PM  11   INVESTORS INVESTED, LIKE KEEP THEM UP TO DATE WITH THE OPENING

03:03PM  12   OF NEW WALGREENS, OPENING OF NEW THERANOS CENTERS IN WALGREENS

03:03PM  13   STORES?

03:03PM  14   A.   I WOULD EXPECT WE DID BECAUSE THAT'S VERY EXCITING AND I

03:03PM  15   WANT EVERYONE TO KNOW.

03:03PM  16   Q.   OKAY.  LET ME JUST SHOW YOU A DOCUMENT, WHICH WILL BE

03:04PM  17   EXHIBIT 12604.

03:04PM  18        YOUR HONOR, MAY I JUST HAVE A MOMENT?

03:04PM  19             THE COURT:  YES.  YES.

03:04PM  20        (PAUSE IN PROCEEDINGS.)

03:04PM  21             MR. DOWNEY:  YOUR HONOR, MAY I APPROACH THE WITNESS?

03:04PM  22             THE COURT:  YES, OF COURSE.

03:04PM  23   BY MR. DOWNEY:

03:04PM  24   Q.   (HANDING.)

03:04PM  25   A.   OKAY.

03:04PM   1    Q.   THIS EXHIBIT 12604, IS THIS AN EMAIL COMMUNICATION BETWEEN

03:05PM   2    YOU AND AN INVESTOR IN BDV ABOUT THERANOS?

03:05PM   3    A.   IT CERTAINLY LOOKS LIKE THAT.  I'M JUST GOING DOWN THE

03:05PM   4    LIST TO SEE IF HE WAS AN INVESTOR.

03:05PM   5         HE CERTAINLY IS ONE OF OUR INVESTORS.  I'M NOT SEEING

03:06PM   6    HIS -- UNLESS I'M MISSING IT, I'M NOT SEEING HIS NAME ON OUR

03:06PM   7    INVESTOR LIST.

03:06PM   8    Q.   OKAY.  YOU CAN PUT THAT DOCUMENT ASIDE.

03:06PM   9         DO YOU ALSO REMEMBER KEEPING INVESTORS UP TO SPEED ON

03:06PM   10   PUBLIC DEVELOPMENTS WITH THE COMPANY IN TERMS OF BOARD

03:06PM   11   APPOINTMENTS AND SO FORTH?

03:06PM   12   A.   YES.  IF THERE WAS SOMETHING RELEVANT, WE GENERALLY GOT IT

03:06PM   13   OUT TO OUR GROUP.

03:07PM   14            MR. DOWNEY:  YOUR HONOR, MAY I HAVE ONE MOMENT?

03:07PM   15            THE COURT:  YES.

03:07PM   16        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

03:07PM   17   BY MR. DOWNEY:

03:07PM   18   Q.   MR. LUCAS, I'M JUST GOING TO ASK YOU A QUESTION, AND I'M

03:07PM   19   NOT GOING TO HAVE YOU GO BACK AND LOOK AT IT, BUT DO YOU RECALL

03:07PM   20   WE WERE LOOKING AT A SLIDE WHICH WAS PART OF A BUSINESS PLAN

03:08PM   21   WHICH INDICATED VARIOUS SERIES OF ANALYZERS THAT THERANOS

03:08PM   22   INTENDED TO DEVELOP?

03:08PM   23        DO YOU RECALL THAT?

03:08PM   24   A.   YES.

03:08PM   25   Q.   AND THERE WAS TO BE 1.0, 2.0, ET CETERA?

03:08PM  1     A.   YES.

03:08PM  2     Q.   AND DID YOU EXPECT THAT EVEN AFTER THERANOS BEGAN TO OFFER

03:08PM  3     BLOOD TESTING SERVICES TO THE PUBLIC, IT WOULD CONTINUE TO

03:08PM  4     DEVELOP THE SERIES OF TECHNOLOGIES THAT IT OFFERED?

03:08PM  5     A.   YES.

03:08PM  6     Q.   AND DID YOU EXPECT THAT IT WOULD CONTINUE TO DEVELOP AND

03:08PM  7     VALIDATE SMALL SAMPLE ASSAYS TO USE IN CONNECTION WITH THOSE

03:08PM  8     ANALYZERS?

03:08PM  9     A.   YES.

03:08PM  10    Q.   OKAY.  SO A COMPANY CAN BOTH SCALE AND BE A DEVELOPMENT

03:08PM  11    COMPANY AT THE SAME TIME; CORRECT?

03:08PM  12    A.   YES, IT WOULD HAVE TO BE.

03:08PM  13    Q.   OKAY.

03:09PM  14         ALL RIGHT.  YOUR HONOR, I HAVE NO FURTHER QUESTIONS FOR

03:09PM  15    THIS WITNESS AT THIS TIME.

03:09PM  16              THE COURT:  ALL RIGHT.  MR. BOSTIC?

03:09PM  17              MR. BOSTIC:  YES, YOUR HONOR.

03:09PM  18              THE COURT:  FEEL FREE TO STRETCH AT THIS TIME.

03:09PM  19    WE'RE GOING TO END OUR DAY TODAY AT 4:00 O'CLOCK, 4:00 O'CLOCK.

03:09PM  20              MR. BOSTIC:  MAY I PROCEED, YOUR HONOR?

03:09PM  21              THE COURT:  PLEASE.

03:09PM  22                      **REDIRECT EXAMINATION**

03:09PM  23    BY MR. BOSTIC:

03:09PM  24    Q.   GOOD AFTERNOON, MR. LUCAS.  I'D JUST LIKE TO FOLLOW UP ON

03:09PM  25    A FEW THINGS YOU DISCUSSED WITH MR. DOWNEY.

03:09PM   1              FIRST OF ALL, IN THE BLACK BINDER, CAN I ASK YOU TO TURN

03:09PM   2       BACK TO TAB 14217.

03:10PM   3              DO YOU HAVE THAT IN FRONT OF YOU?

03:10PM   4       A.   YES.

03:10PM   5       Q.   YOU DISCUSSED THIS DOCUMENT WITH MR. DOWNEY.  DID YOU

03:10PM   6       IDENTIFY IT AS A LIST OF INDIVIDUALS WHO INVESTED IN THERANOS

03:10PM   7       IN DECEMBER 2013?

03:10PM   8       A.   YES.

03:10PM   9       Q.   I'LL ASK YOU TO REVIEW THE LIST, AND LET ME KNOW IF IT

03:10PM  10       REFRESHES YOUR RECOLLECTION AS TO WHETHER YOUR PERSONAL FUNDS

03:10PM  11       WERE ALSO INCLUDED IN THIS INVESTMENT BATCH.

03:10PM  12       A.   YES.

03:10PM  13       Q.   IT DOES REFRESH YOUR RECOLLECTION?

03:10PM  14       A.   WELL, MY NAME IS THERE.

03:10PM  15       Q.   LET ME ASK YOU, MR. LUCAS, BASED ON YOUR CURRENT MEMORY,

03:11PM  16       ARE YOU AWARE OF WHETHER OR NOT YOUR PERSONAL FUNDS WERE

03:11PM  17       ACTUALLY INCLUDED IN THIS 2013 THERANOS INVESTMENT?

03:11PM  18       A.   YES.

03:11PM  19       Q.   AND --

03:11PM  20       A.   I MEAN, AGAIN, THIS IS OUR INVESTOR SCHEDULE, AND IT LISTS

03:11PM  21       ALL OF OUR INVESTORS, AND I'M ONE OF THEM.

03:11PM  22       Q.   THANK YOU.

03:11PM  23              DO YOU REMEMBER SOME DISCUSSION WITH MR. DOWNEY ABOUT

03:11PM  24       MS. HOLMES'S AGE IN 2005?

03:11PM  25       A.   I DO.

03:11PM 1     Q.   AND LET'S LOOK JUST BRIEFLY AT EXHIBIT 1776 ONE MORE TIME,

03:11PM 2     AND THAT'S ADMITTED.

03:11PM 3          MAY WE PUBLISH, YOUR HONOR?

03:11PM 4              THE COURT:   YES.

03:11PM 5     BY MR. BOSTIC:

03:11PM 6     Q.   AND, MR. LUCAS, I BELIEVE YOU SAID THAT YOU RECALL THAT

03:11PM 7     MS. HOLMES MIGHT HAVE BEEN APPROXIMATELY 19 IN 2005?

03:11PM 8     A.   YES.

03:11PM 9     Q.   I'LL INVITE YOU TO JUST LOOK AT THE FIRST LINE OF THIS

03:11PM 10    "FORTUNE" ARTICLE THAT WE LOOKED AT BEFORE, AND WE'LL ZOOM IN

03:12PM 11    ON THE SCREEN.

03:12PM 12         DO YOU SEE WHERE IT SAYS, "IN THE FALL OF 2013" -- EXCUSE

03:12PM 13    ME.  "IN THE FALL OF 2003, ELIZABETH HOLMES, A 19-YEAR OLD

03:12PM 14    SOPHOMORE AT STANFORD."

03:12PM 15         DO YOU SEE THAT LANGUAGE?

03:12PM 16    A.   I DO.

03:12PM 17    Q.   SO JUST TO CLARIFY, IF THIS IS CORRECT, WOULD THAT MAKE

03:12PM 18    MS. HOLMES 21 IN 2005?

03:12PM 19    A.   YES.

03:12PM 20    Q.   OKAY.  AND WOULD THAT MEAN THAT SHE WAS THEN 29 YEARS OLD

03:12PM 21    IN 2013 AT THE TIME OF THE FOLLOW-ON INVESTMENT?

03:12PM 22    A.   YES.

03:12PM 23    Q.   AT THAT POINT IN 2013, WOULD THAT MEAN THAT MS. HOLMES HAD

03:12PM 24    BEEN CEO OF THERANOS FOR APPROXIMATELY TEN YEARS?

03:12PM 25    A.   YES.

03:12PM   1    Q.   AS AN INVESTOR LOOKING AT AN INVESTMENT OPPORTUNITY IN

03:12PM   2    2006 VERSUS 2013, DID YOU HAVE MORE CONFIDENCE IN MS. HOLMES

03:12PM   3    AND THERANOS IN 2013 GIVEN THAT SHE WAS A MORE SEASONED CEO?

03:13PM   4    A.   YES.

03:13PM   5    Q.   OKAY.  WE CAN PUT THAT EXHIBIT ASIDE.

03:13PM   6         DO YOU RECALL DISCUSSING WITH MR. DOWNEY SOME FINANCIAL

03:13PM   7    PROJECTIONS THAT YOU APPEARED TO HAVE BEEN INVOLVED WITH IN

03:13PM   8    COLLABORATION WITH THERANOS?

03:13PM   9    A.   YES.

03:13PM  10    Q.   AND JUST TO BE CLEAR, DO YOU RECALL WHAT INFORMATION YOU

03:13PM  11    RELIED UPON IN ASSISTING WITH THOSE PROJECTIONS?

03:13PM  12    A.   I DON'T FULLY RECALL THE PROCESS, BUT I WOULD HAVE

03:13PM  13    RECEIVED NUMBERS FROM THE COMPANY, AND THEN I WOULD HAVE PUT

03:13PM  14    THEM IN A NICE FORMAT.

03:13PM  15    Q.   AND THAT'S MY QUESTION.  AT THAT TIME, DID YOU HAVE ANY

03:13PM  16    INDEPENDENT SOURCE OF INFORMATION OR KNOWLEDGE ABOUT THE

03:13PM  17    COMPANY'S FINANCIALS OTHER THAN MS. HOLMES AND THE COMPANY

03:13PM  18    ITSELF?

03:13PM  19    A.   NO.

03:13PM  20    Q.   DURING THAT PERIOD OF TIME, WAS MS. HOLMES STILL YOUR

03:14PM  21    PRIMARY SOURCE OF INFORMATION ABOUT THERANOS?

03:14PM  22    A.   YES.  AND IN THAT PROCESS, AS WAS MENTIONED EARLIER, THE

03:14PM  23    PEOPLE THAT I WORKED WITH IN PUTTING THE NUMBERS TOGETHER.

03:14PM  24    Q.   THE DOCUMENTS THAT YOU REVIEWED WITH MR. DOWNEY WERE FROM

03:14PM  25    2007 PROJECTING FINANCIALS FOR 2008.

03:14PM  1        DO YOU RECALL THAT?

03:14PM  2   A.   YES.

03:14PM  3   Q.   IN THE YEARS AFTER 2007 LEADING UP TO 2013, DO YOU RECALL

03:14PM  4   DOING ANY ADDITIONAL WORK ON THERANOS FINANCIAL INFORMATION?

03:14PM  5   A.   I DON'T.

03:14PM  6   Q.   IN THE TIME AROUND THE 2013 INVESTMENT, DID YOU HAVE

03:14PM  7   ACCESS TO THERANOS FINANCIAL INFORMATION?

03:14PM  8   A.   NO.

03:14PM  9   Q.   AT THE TIME THAT YOU DECIDED TO INVEST IN LATE 2013, DID

03:14PM  10  YOU HAVE ANY KNOWLEDGE AS TO WHETHER THERANOS WAS SHORT ON

03:14PM  11  MONEY AND NEEDED INVESTMENT TO CONTINUE OPERATIONS?

03:14PM  12  A.   I WAS NOT -- EXCUSE ME -- I WAS NOT AWARE OF THE CASH

03:15PM  13  POSITION.

03:15PM  14       BUT CERTAINLY WHEN YOU'RE RAISING MONEY, IT'S -- YOU NEED

03:15PM  15  THE MONEY, SO YOU'RE RAISING IT FOR EITHER -- YOU'RE RAISING

03:15PM  16  MONEY FOR THE EXPANSION, AND YOU MAY NOT BE OUT OF MONEY, BUT

03:15PM  17  YOU CERTAINLY NEED ADDITIONAL MONEY FOR THAT SORT OF ROLLOUT.

03:15PM  18  Q.   AND TO BE CLEAR, YOUR TESTIMONY IS THAT YOU DIDN'T KNOW

03:15PM  19  ONE WAY OR ANOTHER WHAT THERANOS'S FINANCIAL SITUATION WAS IN

03:15PM  20  LATE 2013; IS THAT RIGHT?

03:15PM  21  A.   CORRECT.

03:15PM  22  Q.   EXHIBIT 10 -- EXCUSE ME, 12022 WAS PREVIOUSLY ADMITTED.

03:15PM  23       MS. HOLLIMAN, DO WE HAVE THE ABILITY TO PROJECT THAT?

03:16PM  24       AND IF WE CAN GO TO, LET'S SEE, SLIDE 22 IN THE

03:16PM  25  PRESENTATION.  SO FOUR MORE PAGES FORWARD, PLEASE,

03:16PM   1      MS. HOLLIMAN.

03:16PM   2          MR. LUCAS, DO YOU REMEMBER REVIEWING THIS SLIDE THAT YOU

03:16PM   3      RECEIVED IN LATE 2005?

03:16PM   4      A.   YES.

03:16PM   5      Q.   THIS SLIDE HAS PROJECTIONS FOR A SERIES OF THE THERANOS

03:16PM   6      ANALYZER; IS THAT CORRECT?

03:16PM   7      A.   CORRECT.

03:16PM   8      Q.   AND DOWN AT THE BOTTOM, DO YOU SEE THAT THERE ARE YEARS

03:16PM   9      LISTED SO THAT THE VERSIONS OF THE ANALYZER APPEAR ON A

03:16PM  10      TIMELINE?

03:16PM  11      A.   YES.

03:16PM  12      Q.   AND THIS TIMELINE GOES TO 2010; CORRECT?

03:16PM  13      A.   YES.

03:16PM  14      Q.   INDICATING THAT AT THIS TIME THE COMPANY WAS PROJECTING

03:16PM  15      THAT ITS ANALYZER WOULD BE ABLE TO DO MORE THAN 1,000 ASSAYS BY

03:17PM  16      APPROXIMATELY 2010?  IS THAT HOW YOU READ THIS CHART?

03:17PM  17      A.   YES.

03:17PM  18      Q.   AT THE TIME THAT YOU INVESTED IN 2013, I THINK YOU

03:17PM  19      TESTIFIED BEFORE YOU UNDERSTOOD FROM MS. HOLMES THAT THE

03:17PM  20      ANALYZER COULD PERFORM DOZENS OF TESTS; IS THAT CORRECT?

03:17PM  21      A.   CORRECT.

03:17PM  22      Q.   SO THEN BASED ON THIS CHART, WOULD THAT MEAN THAT YOU

03:17PM  23      UNDERSTOOD THAT THERANOS WAS PAST WHAT WOULD BE VERSION 3.0 ON

03:17PM  24      THIS CHART WHICH COULD ONLY DO TEN ASSAYS?

03:17PM  25      A.   I DON'T REMEMBER WHAT I WOULD HAVE ASSUMED AT THAT TIME.

03:17PM  1    THIS HAD BEEN DONE BACK IN 2006.  YOU KNOW, THAT'S A GOOD PIECE

03:17PM  2    OF TIME, AND I PROBABLY DID NOT EVEN GO BACK AND REFER TO THIS

03:18PM  3    DOCUMENT.

03:18PM  4    Q.   SORRY TO TALK OVER YOU.

03:18PM  5         IN 2013 THEN, TO UNDERSTAND WHERE THERANOS WAS WITH ITS

03:18PM  6    TECHNOLOGY, YOU WERE NOT REFERRING BACK TO THIS DOCUMENT;

03:18PM  7    CORRECT?

03:18PM  8    A.   NO.

03:18PM  9    Q.   WHAT WERE YOU RELYING ON FOR YOUR UNDERSTANDING OF HOW FAR

03:18PM 10    ALONG THERANOS'S ANALYZER WAS IN 2013?

03:18PM 11    A.   AS I SAID EARLIER, IT WAS MY UNDERSTANDING THAT THERANOS

03:18PM 12    WAS ABLE TO DO DOZENS OF TESTS, AND WHICH VERSION THE COMPANY

03:18PM 13    WAS ON I DIDN'T KNOW.

03:18PM 14    Q.   AND YOUR UNDERSTANDING THAT THE COMPANY COULD DO DOZENS OF

03:18PM 15    TESTS, FIRST OF ALL, DID YOU UNDERSTAND THAT THAT MEANT THAT

03:18PM 16    THE COMPANY'S HOME GROWN ANALYZER COULD PERFORM DOZENS OF

03:18PM 17    TESTS?

03:18PM 18    A.   YES.

03:18PM 19    Q.   AND WHERE DID THAT UNDERSTANDING COME FROM?  WHAT SOURCE?

03:18PM 20    A.   LIKELY JUST FROM ELIZABETH.

03:18PM 21    Q.   AND THERE WAS SOME TALK DURING YOUR CROSS-EXAMINATION

03:18PM 22    ABOUT THE IMPORTANCE THAT YOU ASCRIBED TO THERANOS'S

03:19PM 23    PARTNERSHIPS WITH WALGREENS AND SAFEWAY.

03:19PM 24         DO YOU REMEMBER THAT TESTIMONY?

03:19PM 25    A.   YES.

03:19PM   1    Q.   WERE THOSE PARTNERSHIPS ALL THAT MATTERED TO YOU IN MAKING

03:19PM   2    YOUR DECISION TO INVEST IN 2013, OR DID THE STATE OF THE

03:19PM   3    COMPANY'S TECHNOLOGY AND HOW FAR ALONG IT WAS ALSO MATTER TO

03:19PM   4    YOU AT THAT TIME?

03:19PM   5    A.   ABSOLUTELY.  IT WAS THE WHOLE THING AND THE FACT THAT

03:19PM   6    THERE WERE OTHER RELATIONSHIPS WITH THE PHARMAS AND GOVERNMENT.

03:19PM   7              MR. BOSTIC:  MS. HOLLIMAN, IF WE CAN ACTUALLY KEEP

03:19PM   8    12022 UP AND GO TO THE PAGE WITH THE BATES NUMBER 18849.

03:19PM   9         I'M SORRY.  I COULD TRY TO FIGURE OUT WHAT PAGE NUMBER

03:19PM  10    THAT IS IN THE DOCUMENT, BUT I'M NOT GOING TO TRY TO DO MATH IN

03:19PM  11    FRONT OF A CROWD.

03:19PM  12         SO ABOUT 50 PAGES MORE.

03:20PM  13         HERE WE ARE.  THANK YOU.

03:20PM  14    Q.   MR. LUCAS, DO YOU REMEMBER REVIEWING THIS PORTION OF A

03:20PM  15    MEMO WITH MR. DOWNEY WHERE IN 2005 THERE WERE RISKS DISCLOSED

03:20PM  16    RELATING TO THE THERANOS INVESTMENT?

03:20PM  17    A.   YES.

03:20PM  18    Q.   AND ONE OF THOSE RISKS, IN FACT, THE FIRST ONE, "THE RATE

03:20PM  19    OF PROGRESS AND COSTS OF OUR RESEARCH AND DEVELOPMENT

03:20PM  20    ACTIVITIES, LEADING TO THE PRODUCTION OF OUR FIRST GENERATION

03:20PM  21    DEVICE."

03:20PM  22         DO YOU SEE THAT?

03:20PM  23    A.   YES.

03:20PM  24    Q.   AND FIRST, WHEN YOU MADE YOUR 2013 INVESTMENT, DID YOU

03:21PM  25    RECEIVE A SIMILAR DISCLOSURE ABOUT RISKS FROM THERANOS OR

03:21PM  1    MS. HOLMES?

03:21PM  2    A.   THIS PERTAINS TO THE SECOND 2006 INVESTMENT?  I'M SORRY.

03:21PM  3    Q.   UM, SO I -- I DON'T WANT YOU TO RELY ON ME FOR THAT, BUT

03:21PM  4    YOU UNDERSTAND THAT THIS WAS RELATING TO YOUR INVESTMENT IN THE

03:21PM  5    2006 TIME PERIOD?

03:21PM  6    A.   YES.

03:21PM  7    Q.   AND MY QUESTION IS FOR 2013.

03:21PM  8    A.   OH.

03:21PM  9    Q.   SEVEN YEARS LATER, DID YOU RECEIVE A SIMILAR LIST OR

03:21PM  10   DISCLOSURE FROM THERANOS ABOUT RISKS INVOLVED IN THAT

03:21PM  11   INVESTMENT?

03:21PM  12   A.   I DON'T REMEMBER.  I'D HAVE TO LOOK AT THE DOCUMENTS.

03:21PM  13   Q.   SITTING HERE TODAY, DO YOU HAVE A MEMORY OF RECEIVING SUCH

03:21PM  14   A LIST?

03:21PM  15   A.   I JUST DON'T RECALL.

03:21PM  16   Q.   THAT FIRST RISK THAT IS LISTED HERE IN 2006 RELATES TO

03:21PM  17   PROGRESS AND COST OF R&D.

03:22PM  18        DO YOU SEE THAT?

03:22PM  19   A.   YES.

03:22PM  20   Q.   AND WHAT WAS YOUR UNDERSTANDING IN 2013 OF THE AMOUNT OF

03:22PM  21   R&D RISK ASSOCIATED WITH THERANOS.

03:22PM  22        WAS IT THE SAME AS IT WAS IN 2006?

03:22PM  23   A.   NO.  IF THEY'RE STARTING TO ROLL OUT THE TECHNOLOGY TO

03:22PM  24   COMMERCIAL PARTNERS, THEN CERTAINLY WE'RE BEYOND -- ONE WOULD

03:22PM  25   THINK WE'RE BEYOND THE R&D RISK FOR THE INITIAL ROLLOUT.

03:22PM   1        BUT AS WE DISCUSSED EARLIER, R&D IS REALLY IMPORTANT IN

03:22PM   2   TECHNOLOGY COMPANIES TO KEEP GOING, ALSO MAKING IT BETTER,

03:22PM   3   FASTER, SMALLER, AND SO FORTH.

03:22PM   4        BUT CERTAINLY IF YOU'RE ROLLING IT OUT, YOU WOULD BELIEVE

03:22PM   5   THE R&D FOR THAT PORTION OF IT WAS DONE.

03:22PM   6   Q.   AND TO BE CLEAR, WHEN WE'RE TALKING ABOUT YOUR

03:22PM   7   UNDERSTANDING OF HOW FAR ALONG THE THERANOS TECHNOLOGY WAS, WAS

03:22PM   8   THAT UNDERSTANDING JUST BASED ON YOUR ASSUMPTIONS BECAUSE THE

03:22PM   9   ROLLOUT WAS HAPPENING, OR WAS IT ALSO INFORMED BY CONVERSATIONS

03:23PM  10   WITH MS. HOLMES ABOUT THE TECHNOLOGY?

03:23PM  11   A.   I WOULD CERTAINLY THINK BOTH.

03:23PM  12   Q.   SO BOTH OF THOSE SOURCES OF INFORMATION WOULD HAVE BEEN

03:23PM  13   IMPORTANT TO YOU AS AN INVESTOR?

03:23PM  14   A.   YES.

03:23PM  15   Q.   DO YOU RECALL REVIEWING THE STOCK PURCHASE AGREEMENT WITH

03:23PM  16   MR. DOWNEY THAT CONTAINED A SECTION FOR REPRESENTATIONS AND

03:23PM  17   WARRANTIES THAT THE INVESTOR HAD TO MAKE?

03:23PM  18   A.   YES.

03:23PM  19   Q.   AND DO YOU RECALL THAT ONE OF THOSE PORTIONS TALKED ABOUT

03:23PM  20   ACCESS TO INFORMATION AND WHETHER YOU AS THE INVESTOR HAD HAD A

03:23PM  21   CHANCE TO ASK QUESTIONS OF COMPANY MANAGEMENT AND RECEIVE

03:23PM  22   INFORMATION BACK?

03:23PM  23   A.   YES.

03:23PM  24   Q.   WHEN YOU MADE THE 2013 INVESTMENT, WERE YOU SATISFIED WITH

03:23PM  25   YOUR ABILITY TO ASK MS. HOLMES QUESTIONS AND THE ANSWERS THAT

03:23PM  1    SHE HAD PROVIDED TO YOU AT THE TIME?

03:23PM  2    A.   WITH THE QUESTIONS WE ASKED AND THE RESPONSES, YES.

03:24PM  3    Q.   AND WAS THAT SATISFACTION BASED ON AN ASSUMPTION THAT THE

03:24PM  4    INFORMATION THAT YOU HAD GOTTEN FROM MS. HOLMES WAS TRUTHFUL

03:24PM  5    AND ACCURATE?

03:24PM  6    A.   YES.

03:24PM  7         MR. BOSTIC:  NO FURTHER QUESTIONS.

03:24PM  8         THANK YOU.

03:24PM  9                      **RECROSS-EXAMINATION**

03:24PM  10   BY MR. DOWNEY:

03:24PM  11   Q.   I REALLY JUST HAVE A COUPLE OF QUESTIONS FOR YOU.

03:24PM  12        COULD YOU LOOK BACK AT EXHIBIT 1776 IN THE WHITE NOTEBOOK.

03:25PM  13   A.   OKAY.

03:25PM  14   Q.   AND I'M GOING TO DIRECT YOUR ATTENTION TO THE BOTTOM OF

03:25PM  15   PAGE 8 OF THAT EXHIBIT.

03:25PM  16        ON YOUR REDIRECT EXAMINATION, DO YOU RECALL THAT --

03:25PM  17             MR. WADE:  I THINK WE NEED A TECH SWITCH HERE.

03:25PM  18   SORRY FOR THE INTERRUPTION.

03:25PM  19             THE CLERK:  APOLOGIES.

03:25PM  20             THE COURT:  IT'S ON THE SCREEN NOW I BELIEVE.

03:25PM  21             JUROR:  UH-HUH.

03:25PM  22             MR. DOWNEY:  I CAN SEE IT.  CAN OTHERS?  OKAY.

03:25PM  23   Q.   FIRST OF ALL, I THINK WE ESTABLISHED THAT MS. HOLMES WAS

03:25PM  24   ACTUALLY 21?

03:25PM  25   A.   YES.

03:25PM  1    Q.   YES.  OKAY.

03:25PM  2         AND THEN CAN I ASK YOU TO LOOK AT THE BOTTOM OF PAGE 8 IN

03:25PM  3    THIS EXHIBIT, AND I'M REALLY JUST INTERESTED IN THE LAST

03:25PM  4    PARAGRAPH THERE.

03:26PM  5         AND BEFORE I DO THAT, DO YOU RECALL THAT MR. BOSTIC WAS

03:26PM  6    JUST ASKING YOU QUESTIONS ABOUT THE FACT THAT YOU WERE RELYING

03:26PM  7    ON DATA THAT THERANOS PROVIDED TO YOU IN CONSIDERATION CERTAIN

03:26PM  8    ASPECTS OF YOUR INVESTMENT?

03:26PM  9    A.   YES.  BACK AT THIS 2006 OR 2013 TIMEFRAME?

03:26PM  10   Q.   YES, RIGHT.  DO YOU RECALL HE WAS ASKING YOU THAT?

03:26PM  11   A.   YEAH.

03:26PM  12   Q.   OKAY.  I WANT TO DIRECT YOUR ATTENTION TO A QUOTE

03:26PM  13   CONTAINED IN THE ARTICLE THAT MR. BOSTIC FIRST REFERRED YOU TO,

03:26PM  14   WHICH READS AS FOLLOWS:

03:26PM  15        "THE FIRST TIME I HEARD ABOUT THIS, I THOUGHT IT WAS SNAKE

03:26PM  16   OIL AND MIRRORS SAYS DAVID HELFET, THE CHIEF OF ORTHOPEDIC

03:26PM  17   TRAUMA AT THE HOSPITAL FOR SPECIAL SURGERY IN MANHATTAN.  BUT

03:26PM  18   AFTER REVIEWING VOLUMINOUS VALIDATION STUDIES SUPPLIED TO HIM

03:26PM  19   BY THE COMPANY, HE HAS BECOME A BELIEVER AND IS URGING HIS

03:26PM  20   HOSPITAL TO CONSIDER ADOPTION."

03:27PM  21        DO YOU SEE THAT?

03:27PM  22   A.   YES.

03:27PM  23   Q.   AND IF YOU SEE, IT CARRIES OVER TO THE NEXT PAGE AND IT

03:27PM  24   SAYS -- THE FIRST PARAGRAPH SAYS, "'IT'S REAL DATA,' HE SAYS.

03:27PM  25   IT'S NOT THEIR INTERPRETATION."

03:27PM  1          AND THEN HE NOTES THAT "THERANOS INVITED DR. HELFET TO

03:27PM  2     JOIN A MEDICAL ADVISORY BOARD."

03:27PM  3          DID YOU READ THIS AS PART OF YOUR REVIEW OF THIS ARTICLE

03:27PM  4     IN 2014?

03:27PM  5     A.   I DON'T REMEMBER, BUT I CERTAINLY REMEMBER THE ARTICLE AND

03:27PM  6     I READ THE ARTICLE.

03:27PM  7     Q.   WAS IT IMPORTANT TO YOU, IN THINKING ABOUT YOUR

03:27PM  8     INVESTMENT, THAT MEDICAL EXPERTS HAD REVIEWED DATA IN

03:27PM  9     CONNECTION WITH THERANOS'S TECHNOLOGY?

03:27PM  10    A.   GREAT.

03:27PM  11              MR. DOWNEY:  I HAVE NOTHING FURTHER, YOUR HONOR.

03:27PM  12              MR. BOSTIC:  I HAVE NOTHING FURTHER.  THANK YOU.

03:27PM  13              THE COURT:  MAY THIS WITNESS BE EXCUSED?

03:27PM  14              MR. BOSTIC:  YES, YOUR HONOR.

03:27PM  15              MR. DOWNEY:  YES, YOUR HONOR.

03:27PM  16              THE COURT:  SIR, YOU'RE EXCUSED.  THANK YOU.

03:27PM  17              THE WITNESS:  THANK YOU.

03:28PM  18              THE COURT:  YOU'RE WELCOME.  YOU CAN LEAVE THOSE

03:28PM  19    BINDERS THERE.

03:28PM  20         AND THE GOVERNMENT HAS ANOTHER WITNESS?

03:28PM  21              MR. LEACH:  WE DO, YOUR HONOR.

03:28PM  22         THE UNITED STATES CALLS LYNETTE SAWYER.

03:28PM  23              THE COURT:  GOOD AFTERNOON.  IF YOU'LL PLEASE COME

03:29PM  24    FORWARD, AND I'LL INVITE YOU OVER HERE TO STAND AND FACE OUR

03:29PM  25    COURTROOM DEPUTY.

SAWYER DIRECT BY MR. LEACH

03:29PM 1    IF YOU WOULD RAISE YOUR RIGHT HAND, WHILE YOU DO SO, SHE

03:29PM 2    HAS A QUESTION FOR YOU.

03:29PM 3        **(GOVERNMENT'S WITNESS, LYNETTE SAWYER, WAS SWORN.)**

03:29PM 4        THE WITNESS:  YES.

03:29PM 5        THE COURT:  THANK YOU.  PLEASE HAVE A SEAT HERE.

03:29PM 6    LET ME INVITE YOU TO TAKE A SEAT.  MAKE YOURSELF COMFORTABLE.

03:29PM 7        FEEL FREE TO ADJUST THE CHAIR AND THE MICROPHONE AS YOU

03:29PM 8    NEED.

03:29PM 9        I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

03:29PM 10       WHEN YOU ARE COMFORTABLE, WOULD YOU PLEASE STATE YOUR NAME

03:29PM 11   AND THEN SPELL IT, PLEASE.

03:29PM 12       THE WITNESS:  MY NAME IS LYNETTE SAWYER.

03:29PM 13   L-Y-N-E-T-T-E, S-A-W-Y-E-R.

03:29PM 14       THE COURT:  THANK YOU.

03:29PM 15   MR. LEACH.

03:29PM 16       MR. LEACH:  THANK YOU, YOUR HONOR.

03:29PM 17                    **DIRECT EXAMINATION**

03:29PM 18   BY MR. LEACH:

03:29PM 19   Q.   DR. SAWYER, IF YOU ARE FULLY VACCINATED, I UNDERSTAND YOU

03:29PM 20   HAVE THE PERMISSION OF THE COURT TO REMOVE YOUR MASK DURING

03:29PM 21   TESTIMONY IF YOU'RE COMFORTABLE.

03:29PM 22   A.   THANK YOU.

03:30PM 23   Q.   AND I'LL REMOVE MINE.

03:30PM 24       GOOD AFTERNOON.

03:30PM 25       IN THE FOURTH QUARTER OF 2014, WERE YOU ASKED TO SERVE AS

03:30PM  1    A CO-DIRECTOR OF THERANOS'S CALIFORNIA CLINICAL LABORATORY?

03:30PM  2    A.   YES.

03:30PM  3    Q.   AND DID YOU ULTIMATELY AGREE?

03:30PM  4    A.   YES.

03:30PM  5    Q.   AND WERE YOU A CO-DIRECTOR OF THERANOS'S CALIFORNIA

03:30PM  6    CLINICAL LABORATORY FROM LATE 2014 THROUGH APPROXIMATELY THE

03:30PM  7    END OF JUNE 2015?

03:30PM  8    A.   YES.

03:30PM  9    Q.   WHY DID YOU STOP BEING THE CO-DIRECTOR OF THERANOS'S

03:30PM  10   CALIFORNIA CLINICAL LABORATORY IN JUNE OF 2015?

03:30PM  11   A.   I HAD ORIGINALLY TAKEN THE JOB, AS DESCRIBED TO ME, IT WAS

03:30PM  12   A TWO TO THREE MONTH FILLER UNTIL THEY HAD ANOTHER DIRECTOR WAS

03:30PM  13   THAT GOING TO BE COMING ON, AND AS THAT TIME WORE ON AND ON, I

03:30PM  14   GREW INCREASINGLY UNCOMFORTABLE WITH THE WAY THINGS WERE DONE

03:30PM  15   IN TERMS OF HOW I WAS DEALT WITH AS A DIRECTOR.

03:30PM  16   Q.   I HAVE SOME MORE QUESTIONS ABOUT THAT, BUT LET ME FIRST

03:31PM  17   ASK YOU TO PLEASE DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR US.

03:31PM  18   A.   I HAVE A DOCTORATE IN PUBLIC HEALTH FROM U.C. BERKELEY.  I

03:31PM  19   ALSO AM A LICENSED CLINICAL LABORATORY SCIENTIST, LICENSED

03:31PM  20   PUBLIC HEALTH MICROBIOLOGIST, AND I HAVE A BIOANALYST LICENSE,

03:31PM  21   WHICH IS WHAT ALLOWS ME TO DIRECT LABORATORIES UNDER BOTH CLIA

03:31PM  22   AND CALIFORNIA LAW.

03:31PM  23   Q.   LET ME BACK UP A LITTLE BIT FURTHER.  DO YOU HAVE A

03:31PM  24   COLLEGE DEGREE?

03:31PM  25   A.   OH, YEAH, SORRY.

03:31PM   1    Q.   WONDERFUL.  AND WHERE IS THAT FROM?

03:31PM   2    A.   SAN DIEGO STATE.

03:31PM   3    Q.   AND WHEN DID YOU OBTAIN YOUR COLLEGE DEGREE FROM SAN DIEGO

03:31PM   4    STATE?

03:31PM   5    A.   1977.

03:31PM   6    Q.   AND I THINK I HEARD YOU HAVE A MASTER'S DEGREE ALSO.

03:31PM   7    A.   YES, I DO.

03:31PM   8    Q.   AND WHERE IS YOUR MASTER'S DEGREE FROM?

03:31PM   9    A.   U.C. BERKELEY.

03:31PM  10    Q.   AND WHEN DID YOU GET THAT?

03:31PM  11    A.   1987.

03:32PM  12    Q.   AND DID YOU ALSO OBTAINED A PH.D. IN PUBLIC HEALTH FROM

03:32PM  13    U.C. BERKELEY?

03:32PM  14    A.   YES.

03:32PM  15    Q.   AND WHEN WAS THAT?

03:32PM  16    A.   1996.

03:32PM  17    Q.   AND LET'S START WITH THE TIME PERIOD OF 1996 GOING

03:32PM  18    FORWARD.  AT A HIGH LEVEL, BRIEFLY DESCRIBE YOUR PROFESSIONAL

03:32PM  19    EXPERIENCE.

03:32PM  20    A.   I WAS DIRECTING SEVERAL SMALL LABORATORIES FOR A LARGE

03:32PM  21    LABORATORY SYSTEM IN SAN JOSE.

03:32PM  22         I WORKED AT THE VIRUS LAB OF THE CALIFORNIA DEPARTMENT OF

03:32PM  23    PUBLIC HEALTH FOR YEARS DOING HIV RESEARCH.

03:32PM  24         I ALSO DIRECTED A CLINICAL LAB FOR WHAT WAS CHIRON WHAT I

03:32PM  25    STARTED, BAYER BY THE TIME I LEFT, A SMALL CLINICAL LAB THAT

03:32PM   1    THAT BIOTECH COMPANY HAD.  SORRY.

03:32PM   2         AND I HAVE DIRECTED SIMILAR LABORATORIES, SMALL CLINICAL

03:33PM   3    LABORATORIES FOR SEVERAL BIOTECH COMPANIES SINCE.

03:33PM   4         I'VE ALSO WORKED AT A LARGE BIOTECH COMPANY DIRECTING

03:33PM   5    RESEARCH AND DEVELOPMENT.

03:33PM   6    Q.   HOW DID YOU LEARN ABOUT THERANOS?

03:33PM   7    A.   I WAS ASKED BY JERRY HURST OF LABORATORY CONSULTING

03:33PM   8    SERVICES, I WAS TOLD THAT THEY NEEDED A DIRECTOR.  HE ACTUALLY

03:33PM   9    WAS TALKING TO TWO OF US AT THE TIME.  THEY NEEDED A TEMPORARY

03:33PM   10   DIRECTOR AND ASKED IF EITHER ONE OF US WAS INTERESTED IN DOING

03:33PM   11   THAT.

03:33PM   12   Q.   AND AT SOME POINT DID YOU SPEAK TO SOMEBODY FROM THERANOS?

03:33PM   13   A.   I DID BEFORE I ACTUALLY STARTED.

03:33PM   14   Q.   WHO DID YOU SPEAK WITH?

03:33PM   15   A.   I SPOKE WITH SUNNY.

03:33PM   16   Q.   SUNNY BALWANI?

03:33PM   17   A.   YES.

03:33PM   18   Q.   AND WHAT DID MR. BALWANI TELL YOU?

03:33PM   19   A.   IT WAS A LONG TIME AGO AND I DO NOT REMEMBER DETAILS OF

03:33PM   20   THE CONVERSATION REALLY, BUT I BELIEVE HE CONFIRMED THAT THEY

03:33PM   21   JUST NEEDED SOMEBODY VERY TEMPORARILY.

03:33PM   22   Q.   DID HE TELL YOU ANYTHING ABOUT WHETHER IT WAS FULL-TIME OR

03:34PM   23   PART-TIME?

03:34PM   24   A.   NO.  I KNEW IT WAS PART-TIME GOING IN.

03:34PM   25   Q.   OKAY.  AND DID HE TELL YOU ANYTHING ABOUT COMPENSATION?

03:34PM   1    A.   NO.  HE AND JERRY HAD ARRANGED THAT.  I ACTUALLY AM A

03:34PM   2    SUBCONTRACT FOR LABORATORY CONSULTING SERVICES, SO THAT IS

03:34PM   3    ARRANGED THROUGH THEM.

03:34PM   4    Q.   DID MR. BALWANI MENTION ANYONE NAMED ADAM ROSENDORFF?

03:34PM   5    A.   NO.

03:34PM   6    Q.   DID HE EXPLAIN ANYTHING ABOUT THE CIRCUMSTANCES OF

03:34PM   7    DR. ROSENDORFF'S DEPARTURE FROM THERANOS?

03:34PM   8    A.   NO.

03:34PM   9    Q.   DID HE SUGGEST IN ANY WAY THAT DR. ROSENDORFF HAD CONCERNS

03:34PM   10   ABOUT THERANOS'S LABORATORY TESTING OR PERFORMANCE OF ITS BLOOD

03:34PM   11   ANALYZER?

03:34PM   12   A.   NO.

03:34PM   13   Q.   AFTER SPEAKING WITH MR. BALWANI, DID YOU AGREE TO SERVE AS

03:34PM   14   A CO-DIRECTOR OF THERANOS'S CLINICAL LABORATORY IN CALIFORNIA?

03:34PM   15   A.   YES.

03:34PM   16        MR. LEACH:  YOUR HONOR, I ASK PERMISSION TO PUBLISH

03:34PM   17   EXHIBIT 10562, WHICH I BELIEVE IS IN EVIDENCE.

03:35PM   18        THE COURT:  YES.  THERE IT IS.

03:35PM   19        MR. LEACH:  THANK YOU, YOUR HONOR.

03:35PM   20   Q.   AND, DR. SAWYER, DO YOU SEE IN THE LETTER HERE THERE'S A

03:35PM   21   DATE OF DECEMBER 17TH, 2014?

03:35PM   22   A.   YES.

03:35PM   23   Q.   AND THIS SAYS, "PLEASE FIND ENCLOSED LFS FORM 193 AND A

03:35PM   24   DIRECTOR'S ATTESTATION ADDING LYNETTE SAWYER, DR. PH, AS A

03:35PM   25   CO-DIRECTOR OF THE THERANOS, INC. CLINICAL LABORATORY."

03:35PM  1          DO YOU SEE THAT LANGUAGE?

03:35PM  2     A.   YES.

03:35PM  3     Q.   AND IS THAT CONSISTENT WITH THE TIME PERIOD WHEN YOU TOOK

03:35PM  4     ON THIS ASSIGNMENT?

03:35PM  5     A.   YES.

03:35PM  6     Q.   OKAY.  WERE YOU EVER ASKED TO -- WERE YOU EVER ASKED TO

03:35PM  7     VISIT THERANOS'S LABORATORY?

03:35PM  8     A.   NO.

03:35PM  9     Q.   AT ANY POINT WERE YOU INVITED INTO THERANOS'S CALIFORNIA

03:35PM 10     LABORATORY?

03:35PM 11     A.   NO.

03:35PM 12     Q.   DID YOU EVER SET FOOT IN THE LABORATORY?

03:36PM 13     A.   NO.

03:36PM 14     Q.   DID YOU EVER SEE SOMETHING CALLED AN EDISON DEVICE?

03:36PM 15     A.   I DID NOT.

03:36PM 16     Q.   HOW ABOUT SOMETHING CALLED THE MINILAB?

03:36PM 17     A.   NO.

03:36PM 18     Q.   HOW ABOUT SOMETHING CALLED THE THERANOS SAMPLE PROCESSING

03:36PM 19     UNIT?

03:36PM 20     A.   NO.

03:36PM 21     Q.   AND DID YOU EVER SEE ANY OTHER THERANOS MANUFACTURED

03:36PM 22     ANALYZER?

03:36PM 23     A.   NO.

03:36PM 24     Q.   DID YOU EVER REVIEW ANY DATA THAT WAS GENERATED FROM AN

03:36PM 25     EDISON DEVICE?

03:36PM   1      A.   NO.

03:36PM   2      Q.   HOW ABOUT A MINILAB?

03:36PM   3      A.   NOT TO MY KNOWLEDGE.

03:36PM   4      Q.   HOW ABOUT TSPU?

03:36PM   5      A.   I'M NOT FAMILIAR WITH THAT TERM.

03:36PM   6      Q.   OKAY.  DID YOU EVER REVIEW DATA GENERATED FROM WHAT YOU

03:36PM   7      UNDERSTOOD TO BE A THERANOS MANUFACTURED ANALYZER?

03:36PM   8      A.   NO.

03:36PM   9      Q.   IN YOUR CALL WITH MR. BALWANI, DID HE TELL YOU THAT

03:36PM  10      THERANOS WAS USING AN EDISON 3.5 DEVICE IN THE CLIA LAB?

03:36PM  11      A.   NO.

03:36PM  12      Q.   WHAT DID HE TELL YOU ABOUT TECHNOLOGIES THAT THERANOS WAS

03:37PM  13      DEVELOPING?

03:37PM  14      A.   NOTHING.

03:37PM  15      Q.   DID HE TELL YOU THAT THEY WERE USING ANY OTHER THERANOS

03:37PM  16      MANUFACTURED ANALYZER IN THE CLIA LAB?

03:37PM  17      A.   NO.

03:37PM  18      Q.   I WANT TO FOCUS ON THE TIME PERIOD LATE 2014 WHEN YOU COME

03:37PM  19      ON AS THE CO-DIRECTOR AND THE END OF JUNE 2015 WHEN YOU RESIGN.

03:37PM  20           SUMMARIZE FOR US WHAT YOU WERE CALLED UPON TO DO.

03:37PM  21      A.   IN LARGE PART I WAS REVIEWING AND APPROVING SOP'S AND

03:37PM  22      ASSAY VALIDATIONS OR VERIFICATIONS.

03:37PM  23      Q.   DID YOU REVIEW ANY SOP'S OR VALIDATION DOCUMENTS RELATED

03:37PM  24      TO SOMETHING CALLED EDISON?

03:37PM  25      A.   NO.

03:37PM  1    Q.   SOMETHING CALLED THE MINILAB?

03:37PM  2    A.   NO.

03:37PM  3    Q.   SOMETHING CALLED THE TSPU?

03:37PM  4    A.   NOPE.

03:37PM  5    Q.   HOW ABOUT ANY OTHER THERANOS MANUFACTURED ANALYZER?

03:37PM  6    A.   NO.

03:37PM  7    Q.   BASED ON THE SOP'S THAT YOU WERE GIVEN, IS IT YOUR

03:38PM  8    IMPRESSION THAT THERANOS WAS DOING SOMETHING OTHER THAN RUNNING

03:38PM  9    BLOOD TESTS ON ORDINARY FDA APPROVED MACHINES AND ORDINARY FDA

03:38PM 10    APPROVED TESTS?

03:38PM 11    A.   NO.  ALL OF THE SOP'S I SAW PERTAINED TO ORDINARY FDA

03:38PM 12    APPROVED ASSAYS.

03:38PM 13    Q.   HOW DID YOU RECEIVE THE SOP'S?

03:38PM 14    A.   UM, ELECTRONICALLY.  THEY WERE DOCUSIGNED DOCUMENTS.

03:38PM 15    Q.   DID YOU HAVE THE CAPABILITY TO EDIT THEM?

03:38PM 16    A.   I DID NOT.

03:38PM 17    Q.   OKAY.  IT WAS ESSENTIALLY, HERE'S THE DOCUMENT, SIGN HERE?

03:38PM 18    A.   YES.  WHEN I HAD ISSUES WITH THEM, I ATTEMPTED TO BRING

03:38PM 19    THOSE UP WITH THE PERSON WHO WAS SENDING THE DOCUMENTS TO ME.

03:38PM 20    Q.   DID YOU EXERCISE ANY DECISION MAKING IN TERMS OF WHAT WAS

03:38PM 21    SENT TO YOU?

03:38PM 22    A.   NO.

03:38PM 23    Q.   IN THIS TIME PERIOD, LATE 2014 UNTIL JUNE OF 2015, WHO AT

03:38PM 24    THERANOS DID YOU HAVE CONTACT WITH?

03:38PM 25    A.   REALLY I ONLY HAD CONTACT WITH THE WOMAN WHO WAS SENDING

03:39PM   1      THE SOP'S TO ME.

03:39PM   2      Q.   AND DO YOU REMEMBER HER NAME?

03:39PM   3      A.   NOT RIGHT NOW.

03:39PM   4      Q.   IF I TOLD YOU IT WAS MICHELLE LEE, WOULD THAT HELP YOU?

03:39PM   5      A.   YES, IT WOULD.

03:39PM   6      Q.   THAT'S YOUR MEMORY?

03:39PM   7      A.   YEAH.

03:39PM   8      Q.   I DON'T WANT TO TESTIFY HERE FOR YOU, BUT DOES IT REFRESH

03:39PM   9      YOUR RECOLLECTION?

03:39PM  10      A.   NO.  THAT IS WHAT I RECALL.

03:39PM  11      Q.   DID YOU HAVE -- OTHER THAN THE ONE -- THE INITIAL PHONE

03:39PM  12      CALL WITH MR. BALWANI, DID YOU HAVE ANY OTHER CONTACT WITH HIM?

03:39PM  13      A.   NOT DURING THAT TIME PERIOD.  I BELIEVE I HAD ANOTHER

03:39PM  14      PHONE CALL WITH HIM WHEN I QUIT.

03:39PM  15      Q.   SO THE EXTENT OF YOUR CONTACT WITH SUNNY BALWANI WAS THE

03:39PM  16      INITIAL CALL WHERE YOU WERE ASKED TO TAKE ON THIS SHORT-TERM

03:39PM  17      ASSIGNMENT AND YOUR RESIGNATION?

03:39PM  18      A.   AS I RECALL, YES.

03:39PM  19      Q.   AND OTHER THAN MR. BALWANI AND MS. LEE, DID YOU HAVE

03:39PM  20      CONTACT WITH ANYBODY ELSE AT THERANOS?

03:39PM  21      A.   THERE WERE A COUPLE OF EMAIL CONTACTS WITH BRAD ARINGTON

03:40PM  22      REGARDING HIS INABILITY TO FIND PAPERWORK THAT I HAD ORIGINALLY

03:40PM  23      SENT, AND A LATER CONTACT ASKING FOR COPIES OF MY CV.

03:40PM  24      Q.   OTHER THAN THOSE BRIEF CONTACTS WITH MR. ARINGTON, ANY

03:40PM  25      OTHER CONTACTS WITH ANYONE FROM THERANOS?

03:40PM  1      A.   NO.

03:40PM  2      Q.   PRIOR TO RESIGNING IN JUNE OF 2015, DID YOU HAVE ANY

03:40PM  3   CONTACT WITH SOMEONE NAMED SUNIL DHAWAN?

03:40PM  4      A.   NO, I DID NOT.

03:40PM  5      Q.   DO YOU KNOW WHO SUNIL DHAWAN IS?

03:40PM  6      A.   I DO.

03:40PM  7      Q.   HOW DO YOU KNOW THAT?

03:40PM  8      A.   FROM HEARING ABOUT THIS TRIAL.

03:40PM  9      Q.   PRIOR TO RESIGNING IN JUNE OF 2015, DID YOU HAVE ANY

03:40PM  10   CONTACT WITH YOUR CO-LABORATORY DIRECTOR?

03:40PM  11      A.   NO.

03:40PM  12      Q.   AND DID YOU HAVE ANY DISCUSSIONS ABOUT HOW TO DIVIDE

03:40PM  13   RESPONSIBILITIES WITH YOUR CO-LAB DIRECTOR?

03:40PM  14      A.   NO.

03:40PM  15      Q.   DID YOU HAVE ANY CONTACT WITH ELIZABETH HOLMES?

03:40PM  16      A.   NO.

03:40PM  17      Q.   HAVE YOU EVER MET ELIZABETH HOLMES?

03:40PM  18      A.   NO.

03:40PM  19      Q.   AS FAR AS YOU KNOW, IS TODAY THE FIRST TIME THAT YOU HAVE

03:41PM  20   EVER BEEN IN THE SAME ROOM WITH ELIZABETH HOLMES?

03:41PM  21      A.   YES.

03:41PM  22      Q.   DID YOU HAVE ANY CONTACT WITH THE TECHNICAL SUPERVISOR?

03:41PM  23      A.   NO.

03:41PM  24      Q.   WHAT IS THE TECHNICAL SUPERVISOR?

03:41PM  25      A.   IT'S THE PERSON WHO IS RESPONSIBLE FOR THE OPERATIONS

03:41PM  1    WITHIN THE LABORATORY, BASICALLY THE TECHNICAL EXPERT ON WHAT

03:41PM  2    GOES ON IN THE LAB.

03:41PM  3    Q.   AND YOU DIDN'T HAVE ANY CONTACT WITH THE TECHNICAL

03:41PM  4    SUPERVISOR AT THERANOS?

03:41PM  5    A.   NO.

03:41PM  6    Q.   AND DID YOU KNOW WHO THE TECHNICAL SUPERVISOR WAS?

03:41PM  7    A.   NO.

03:41PM  8    Q.   DID YOU HAVE ANY CONTACT WITH THE GENERAL SUPERVISOR?

03:41PM  9    A.   NO.

03:41PM  10   Q.   DID YOU KNOW WHO THE GENERAL SUPERVISOR WAS?

03:41PM  11   A.   NO.

03:41PM  12   Q.   DID YOU DELEGATE RESPONSIBILITIES TO ANYBODY?

03:41PM  13   A.   I BELIEVE THAT THERE WAS ONE RESPONSIBILITY DELEGATION,

03:41PM  14   YES.

03:41PM  15   Q.   AND WHAT IS YOUR RECOLLECTION?

03:41PM  16   A.   MY RECOLLECTION IS THAT IT WAS A RESPONSIBILITY DELEGATION

03:41PM  17   TO THE TECHNICAL SUPERVISOR, BUT RIGHT THIS MINUTE I DON'T

03:41PM  18   REMEMBER FOR WHAT.

03:41PM  19   Q.   IN YOUR TIME AS CO-DIRECTOR FROM THE END OF 2014 UNTIL THE

03:42PM  20   END OF JUNE OF 2015, DID YOU SPEAK TO ANY DOCTORS?

03:42PM  21   A.   NO.

03:42PM  22   Q.   DID YOU SPEAK TO ANY PATIENTS?

03:42PM  23   A.   NO.

03:42PM  24   Q.   WERE YOU ALERTED TO ANY CRITICAL VALUES?

03:42PM  25   A.   NO.

03:42PM  1    Q.   DID YOU REVIEW ANY QUALITY CONTROL DATA?

03:42PM  2    A.   NO.

03:42PM  3    Q.   DID YOU RECEIVE ANY REPORTS ABOUT THE ACTIVITIES OF THE

03:42PM  4    LAB?

03:42PM  5    A.   NO.

03:42PM  6    Q.   AT ANY POINT DID YOU ORDER TESTING BE TAKEN DOWN ON ANY

03:42PM  7    THERANOS DEVICE?

03:42PM  8    A.   NO.

03:42PM  9    Q.   DID YOU EVER ORDER THAT THERANOS -- OR THAT TESTING BE

03:42PM  10   TAKEN UP ON A THERANOS DEVICE?

03:42PM  11   A.   NO.

03:42PM  12        MR. LEACH:  YOUR HONOR, I ASK PERMISSION TO DISPLAY

03:42PM  13   WHAT IS IN EVIDENCE AS EXHIBIT 4553.

03:42PM  14        THE COURT:  YES.

03:42PM  15        MR. LEACH:  I'M SORRY.  CAN YOU TAKE THIS DOWN,

03:42PM  16   MS. HOLLIMAN.

03:43PM  17        I THINK IT'S 4533.  THERE WE GO.

03:43PM  18        MS. HOLLIMAN, IF WE COULD PLEASE HIGHLIGHT THE TOP HALF OF

03:43PM  19   THIS DOCUMENT.

03:43PM  20   Q.   HAVE YOU SEEN THIS BEFORE, DR. SAWYER?

03:43PM  21   A.   NOT THAT I RECALL.

03:43PM  22   Q.   OKAY.  DO YOU SEE THE DATE SEPTEMBER 23RD, 2015?

03:43PM  23   A.   I DO.

03:43PM  24   Q.   AND DO YOU KNOW WHETHER THERANOS PROVIDED THIS DOCUMENT TO

03:43PM  25   INSPECTORS FROM CMS ON OR ABOUT THAT DATE?

03:43PM    1      A.   I DO NOT.  I WAS NO LONGER THERE.

03:43PM    2      Q.   OKAY.  LET ME DRAW YOUR ATTENTION TO THE LINE THAT SAYS,

03:43PM    3      THIRD LINE THAT SAYS, "ADDITIONALLY, THE FOLLOWING IS THE LIST

03:43PM    4      OF THE LABORATORY DEVELOPED TESTS THAT THERANOS TESTED ON

03:44PM    5      THERANOS DEVICE, ALSO CALLED THERANOS SAMPLE PROCESSING UNITS

03:44PM    6      (TSPU'S), ALONG WITH THE TIME PERIODS WHEN THOSE TESTS WERE

03:44PM    7      RUN."

03:44PM    8           DO YOU SEE THAT LANGUAGE?

03:44PM    9      A.   I DO.

03:44PM   10      Q.   AND NOW IF WE CAN PLEASE GO TO THE BOTTOM OF THE PAGE,

03:44PM   11      MS. HOLLIMAN, AND HIGHLIGHT JUST THE BOX, PLEASE.

03:44PM   12           DO YOU SEE A LIST OF 12 ASSAYS LISTED HERE --

03:44PM   13      A.   YES.

03:44PM   14      Q.   -- DR. SAWYER?

03:44PM   15      A.   I DO.

03:44PM   16      Q.   AND AT THE TIME YOU WERE THE LAB DIRECTOR, YOU HAD NO IDEA

03:44PM   17      THAT THERANOS WAS USING ITS DEVICE TO TEST FOR THESE 12 ASSAYS?

03:44PM   18      A.   CORRECT.

03:44PM   19      Q.   AND THE FIRST LINE SAID VIT D.

03:44PM   20           DO YOU SEE THAT?

03:44PM   21      A.   YES.

03:44PM   22      Q.   AND THE DATES ARE 11/6 -- OR AN INITIAL 11/6/2013, AND AN

03:44PM   23      END OF MARCH 10TH, 2015.

03:44PM   24           DO YOU KNOW WHY THERANOS STOPPED TESTING VITAMIN D ON ITS

03:45PM   25      TSPU IN MARCH 2015?

03:45PM  1     A.   I DO NOT.

03:45PM  2     Q.   DID ANYONE CONSULT WITH YOU ABOUT THAT?

03:45PM  3     A.   NO.

03:45PM  4     Q.   THE NEXT ASSAY IS TSH.

03:45PM  5          DO YOU SEE THAT?

03:45PM  6     A.   I DO.

03:45PM  7     Q.   AND DO YOU SEE THAT THE END DATE IS FEBRUARY 4TH, 2015?

03:45PM  8     A.   I DO.

03:45PM  9     Q.   AND THAT'S YOUR TIME PERIOD AS THE LAB DIRECTOR?

03:45PM  10    A.   RIGHT.

03:45PM  11    Q.   DID ANYONE CONSULT WITH YOU ABOUT THAT?

03:45PM  12    A.   NO.

03:45PM  13    Q.   AND DO YOU HAVE ANY IDEA WHY THERANOS STOPPED USING THE

03:45PM  14    TSPU FOR TSH IN THE CLINICAL LAB?

03:45PM  15    A.   NO.

03:45PM  16    Q.   AND THERE ARE SOME ADDITIONAL DATES AS WE GO DOWN ON THIS

03:45PM  17    EXHIBIT FROM FEBRUARY 4TH, 2015, DOWN TO MARCH 6TH, 2015, FT4

03:45PM  18    TO V B12.

03:45PM  19         DO YOU SEE THAT?

03:45PM  20    A.   UH-HUH.

03:45PM  21    Q.   AND YOU HAVE NO IDEA WHY THERANOS STOPPED TESTING THESE

03:45PM  22    ASSAYS ON THE TSPU ON THESE DATES?

03:45PM  23    A.   NO.

03:45PM  24    Q.   NO ONE CONSULTED YOU ABOUT THAT?

03:45PM  25    A.   CORRECT.

03:45PM  1    Q.   AT SOME POINT IN TIME, DID YOU ASK FOR A LIST OF PERSONNEL

03:46PM  2    IN THE THERANOS LAB?

03:46PM  3    A.   I DID.

03:46PM  4    Q.   AND WHO DID YOU MAKE THAT REQUEST OF?

03:46PM  5    A.   SUNNY.

03:46PM  6    Q.   AND DID YOU EVER GET ONE?

03:46PM  7    A.   NO.

03:46PM  8    Q.   AND WAS THAT A MATTER OF FRUSTRATION TO YOU?

03:46PM  9    A.   YES.

03:46PM  10   Q.   LET ME FOCUS TO JUNE OF 2015.  YOU RESIGNED AT THE END OF

03:46PM  11   JUNE OF 2015?

03:46PM  12   A.   YES.

03:46PM  13   Q.   AND EXPLAIN TO US WHY YOU ELECTED TO RESIGN.

03:46PM  14   A.   I ELECTED TO RESIGN BECAUSE I WAS VERY UNCOMFORTABLE WITH

03:46PM  15   THE LACK OF CLARITY THAT I WAS GETTING ABOUT THE LAB, ABOUT

03:46PM  16   PERSONNEL, THE INABILITY TO GET THAT -- IT'S ACTUALLY A FORM

03:46PM  17   THAT LISTS EVERYBODY AND THEIR POSITIONS, AND THE FACT THAT I

03:46PM  18   COULDN'T REALLY TALK -- DIDN'T HAVE A PERSON THAT I COULD

03:46PM  19   ACTUALLY TALK TO ABOUT ISSUES THAT I HAD WITH SOME OF THE

03:46PM  20   SOP'S.

03:46PM  21   Q.   DID YOU EXPRESS THAT TO MR. BALWANI?

03:46PM  22   A.   YES, I BELIEVE SO.

03:46PM  23   Q.   AND DID HE TRY TO ENCOURAGE YOU TO STAY?

03:47PM  24   A.   YES.

03:47PM  25   Q.   AND TELL US ABOUT THAT.

03:47PM  1    A.   JUST THAT IT WAS A LITTLE UNCOMFORTABLE BECAUSE HE WAS A

03:47PM  2    BIT PUSHY ABOUT IT.

03:47PM  3    Q.   AND DID YOU FEEL LIKE YOU WERE BEING GIVEN THE INFORMATION

03:47PM  4    THAT YOU NEEDED TO DO YOUR ASSIGNMENT?

03:47PM  5    A.   NO.

03:47PM  6         MR. LEACH:  MAY I HAVE A MOMENT, YOUR HONOR?

03:47PM  7         (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

03:47PM  8         MR. LEACH:  I HAVE NO FURTHER QUESTIONS, YOUR HONOR.

03:47PM  9    THANK YOU.

03:47PM 10    THANK YOU, DR. SAWYER.

03:47PM 11         THE COURT:  CROSS-EXAMINATION?

03:47PM 12                      **CROSS-EXAMINATION**

03:47PM 13    BY MR. WADE:

03:48PM 14    Q.   GOOD AFTERNOON, DR. SAWYER.

03:48PM 15    A.   GOOD AFTERNOON.

03:48PM 16    Q.   MY NAME IS LANCE WADE, AND I REPRESENT MS. HOLMES.  I'LL

03:48PM 17    BE ASKING YOU A FEW QUESTIONS HERE.

03:48PM 18    A.   UH-HUH.

03:48PM 19         MR. WADE:  YOUR HONOR, MAY I APPROACH?

03:48PM 20         THE COURT:  YES.

03:49PM 21    BY MR. WADE:

03:49PM 22    Q.   (HANDING.)

03:49PM 23         I HANDED YOU A BOOK OF DOCUMENTS, AND AT SOME POINT DURING

03:49PM 24    THE EXAMINATION I MAY ASK YOU ABOUT SOME DOCUMENTS, AND IF I

03:49PM 25    DO, YOU'LL SEE THERE ARE SOME NUMERICAL TABS AND I'LL CALL YOUR

03:49PM   1    ATTENTION TO THOSE TABS AND ASK YOU SOME QUESTIONS ABOUT THE

03:49PM   2    DOCUMENT.

03:49PM   3         OKAY?

03:49PM   4    A.   OKAY.

03:49PM   5    Q.   I'D LIKE TO BACK UP AND START AND ASK YOU A COUPLE OF

03:49PM   6    QUESTIONS ABOUT HOW YOU GOT TO THERANOS AND YOUR EXPERIENCE AS

03:49PM   7    A LAB DIRECTOR.

03:49PM   8         BUT BEFORE I DO THAT -- WELL, LET ME START THERE.  YOU

03:49PM   9    WORKED WITH A GENTLEMAN NAMED JERRY HURST; IS THAT CORRECT?

03:49PM  10    A.   YES.

03:49PM  11    Q.   AND MR. HURST IS -- HAS A LAB CONSULTING COMPANY; IS THAT

03:49PM  12    RIGHT?

03:49PM  13    A.   YES.

03:49PM  14    Q.   AND ARE YOU FAMILIAR WITH MR. HURST'S BACKGROUND?

03:49PM  15    A.   YES.

03:49PM  16    Q.   AND YOU'RE AWARE THAT HE WAS A LONG-TIME CALIFORNIA

03:50PM  17    DEPARTMENT OF HEALTH INSPECTOR?

03:50PM  18    A.   YES.

03:50PM  19    Q.   AND AFTER HE STOPPED HIS SERVICE WITH THE GOVERNMENT, HE

03:50PM  20    OPENED A CONSULTING SHINGLE.

03:50PM  21         DO YOU RECALL THAT?

03:50PM  22    A.   YES.

03:50PM  23    Q.   AND HE HAD BEEN DOING CONSULTING FOR, I DON'T KNOW, A

03:50PM  24    COUPLE OF DECADES MAYBE?

03:50PM  25    A.   POTENTIALLY QUITE A WHILE, YES.

03:50PM   1      Q.   A LONG TIME.

03:50PM   2           AND HOW LONG DID YOU WORK WITH MR. HURST?

03:50PM   3      A.   I STILL WORK WITH HIM.

03:50PM   4      Q.   YOU STILL WORK WITH HIM?

03:50PM   5      A.   YES.

03:50PM   6      Q.   OKAY.  AND WHEN DID YOU START WORKING WITH MR. HURST?

03:50PM   7      A.   IN A LAB DIRECTOR CAPACITY?  I PROBABLY STARTED WORKING

03:50PM   8      WITH HIM IN ABOUT 2013.

03:50PM   9      Q.   2013?

03:50PM  10      A.   2012 OR 2013.  I'M NOT SURE.

03:50PM  11      Q.   2012 OR 2013 IN A LAB DIRECTOR CAPACITY?

03:50PM  12      A.   CORRECT.

03:50PM  13      Q.   DID YOU WORK IN SOME OTHER CAPACITY FOR HIM PRIOR TO THAT?

03:50PM  14      A.   NOT FOR HIM, NO.

03:51PM  15      Q.   IN CONNECTION WITH HIS CLIENTS, OR DID YOU WORK --

03:51PM  16      A.   NO.

03:51PM  17      Q.   -- WITH HIM?

03:51PM  18      A.   NO.  WE WORKED TOGETHER AT THE STATE HEALTH DEPARTMENT.

03:51PM  19      Q.   OH.  SO YOU WERE COLLEAGUES THERE AND SO THAT'S HOW YOU

03:51PM  20      GOT TO MEET HIM THERE IN THE FIRST PLACE?

03:51PM  21      A.   UH-HUH.

03:51PM  22      Q.   OKAY.  AND ARE YOU AWARE THAT MR. HURST STARTED DOING

03:51PM  23      CONSULTING WORK FOR THERANOS IN 2011?

03:51PM  24      A.   NO.

03:51PM  25      Q.   OKAY.  YOU'RE AWARE THAT THE WAY THAT YOU ENDED UP GETTING

03:51PM  1    THIS POSITION WAS BECAUSE MR. BALWANI CALLED MR. HURST;

03:51PM  2    CORRECT?

03:51PM  3    A.   CORRECT.

03:51PM  4    Q.   AND HE WAS CALLING MR. HURST BECAUSE THE COMPANY HAD

03:51PM  5    WORKED WITH MR. HURST PREVIOUSLY; CORRECT?

03:51PM  6    A.   CORRECT.  I KNEW THEY WORKED TOGETHER PREVIOUSLY.  I

03:51PM  7    DIDN'T KNOW WHEN.

03:51PM  8    Q.   OKAY.  YOU DIDN'T KNOW WHEN THAT RELATIONSHIP STARTED?

03:51PM  9    A.   CORRECT.

03:51PM  10   Q.   AND MR. HURST CONSULTS WITH A LOT OF DIFFERENT LAB

03:51PM  11   COMPANIES, DOES HE NOT?

03:51PM  12   A.   YES, HE DOES.

03:51PM  13   Q.   AND HE'S SOMEWHAT OF AN EXPERT IN THE FIELD; IS THAT FAIR?

03:52PM  14   A.   YES.

03:52PM  15   Q.   OKAY.  AND A LOT OF TIMES COMPANIES WILL HIRE HIM TO HELP

03:52PM  16   SET UP THEIR LABORATORIES IN THE FIRST INSTANCE; IS THAT RIGHT?

03:52PM  17   A.   I HAVE KNOWN THAT HAPPEN, YES.

03:52PM  18   Q.   OKAY.  AND HAVE YOU EVER WORKED WITH HIM IN CONNECTION

03:52PM  19   WITH A PROJECT LIKE THAT?

03:52PM  20   A.   YES.

03:52PM  21   Q.   OKAY.  AND SO SOMETIMES HE'S, MR. HURST AND THE COMPANY

03:52PM  22   WILL COME IN ANEW AND THEY'LL WORK TO GET THE WHOLE LAB SET UP,

03:52PM  23   RIGHT, AND ALL OF THE PROCEDURES AND EVERYTHING THAT GO WITH

03:52PM  24   IT?

03:52PM  25   A.   YES.

03:52PM  1    Q.   AND IN CONNECTION WITH THAT, THERE'S A CERTIFICATION

03:52PM  2    PROCESS?

03:52PM  3    A.   THE LABORATORY LICENSING PROCESS, YES.

03:52PM  4    Q.   YOU NEED TO GET IT CERTIFIED BY DIFFERENT STATE REGULATORS

03:52PM  5    AND THE LIKE?

03:52PM  6    A.   YES.

03:52PM  7    Q.   AND AS YOU SIT HERE TODAY, ARE YOU AWARE WHETHER MR. HURST

03:52PM  8    SERVED IN THAT CAPACITY FOR THERANOS WHEN IT FIRST STARTED

03:52PM  9    OFFERING LAB SERVICES?

03:53PM  10   A.   I DO NOT KNOW.

03:53PM  11   Q.   OKAY.  AND MR. HURST DOES OTHER THINGS AS WELL; CORRECT?

03:53PM  12   A.   YES.

03:53PM  13   Q.   IN ADDITION TO HELPING SET UP LABS, HE'LL ALSO COME IN AND

03:53PM  14   LOOK AT LAB PROCEDURES AND HE'LL PROVIDE ADVICE TO LABS ON HOW

03:53PM  15   TO IMPROVE THEIR PROCEDURES; RIGHT?

03:53PM  16   A.   I CAN'T REALLY SPEAK TO EXACTLY WHAT HE DOES.

03:53PM  17   Q.   OKAY.  WELL, YOU WORK WITH HIS COMPANY?  IT'S CALLED

03:53PM  18   LABORATORY CONSULTING SERVICES?

03:53PM  19   A.   UH-HUH.

03:53PM  20   Q.   IS THAT RIGHT?

03:53PM  21   A.   YES.

03:53PM  22   Q.   AND YOU'RE AWARE THAT THEY HAVE A WEBSITE; RIGHT?

03:53PM  23   A.   YES.

03:53PM  24   Q.   LET ME DRAW YOUR ATTENTION TO EXHIBIT 10585.

03:53PM  25   A.   OKAY.

03:53PM 1    Q.   AND LABORATORY CONSULTING SERVICES WAS ACTUALLY THE ENTITY

03:54PM 2    THAT WAS RETAINED BY THERANOS TO GET LAB DIRECTOR SERVICES WHEN

03:54PM 3    YOU CAME IN TO WORK WITH THERANOS; RIGHT?

03:54PM 4    A.   CORRECT.

03:54PM 5    Q.   AND DO YOU RECOGNIZE THIS TO BE A PRINTOUT OF THE HOME

03:54PM 6    PAGE OF LABORATORY CONSULTING SERVICES?

03:54PM 7    A.   PROBABLY, YEAH.  I HAVEN'T LOOKED AT IT IN A VERY LONG

03:54PM 8    TIME.

03:54PM 9           MR. WADE:  OKAY.  I MOVE THE ADMISSION OF 10585.

03:54PM 10           MR. LEACH:  RELEVANCE.  HEARSAY.

03:54PM 11           THE COURT:  THE ENTIRETY OF THE DOCUMENT?  ALL OF

03:54PM 12    THE PAGES?

03:54PM 13           MR. WADE:  THIS IS THE COMPANY THAT WAS RETAINED TO

03:54PM 14    PROVIDE LABORATORY SERVICES.

03:54PM 15           THE COURT:  I'M AWARE OF THAT.

03:54PM 16           MR. WADE:  YES, YES.

03:54PM 17           THE COURT:  I'M CURIOUS IF YOU WANT ALL OF THIS, AND

03:54PM 18    WHAT IS THE RELEVANCE OF ALL OF THIS?

03:54PM 19           MR. WADE:  WELL, WHY DON'T I COME BACK TO THIS,

03:54PM 20    YOUR HONOR, AND I THINK MAYBE THE RELEVANCE WILL BECOME CLEAR.

03:54PM 21           THE COURT:  OKAY.  SURE.

03:54PM 22    Q.   DO YOU RECALL -- LET ME -- YOU TALKED ABOUT WHEN YOU CAME

03:54PM 23    IN -- I THINK YOU TESTIFIED THAT YOU HAD TWO CONVERSATIONS WITH

03:54PM 24    MR. BALWANI, ONE AT THE BEGINNING OF THE ENGAGEMENT; RIGHT?

03:55PM 25    A.    I DEFINITELY HAD THAT CONVERSATION, YES.

03:55PM  1    Q.   AND ONE AT THE END OF THE ENGAGEMENT?

03:55PM  2    A.   YEAH.

03:55PM  3    Q.   OKAY.  AND -- BUT YOU WERE AWARE THAT MR. BALWANI HAD HAD

03:55PM  4    CONVERSATIONS WITH MR. HURST TO OBTAIN YOUR SERVICES PRIOR TO

03:55PM  5    WHEN YOU COMMUNICATED WITH HIM?

03:55PM  6    A.   YES.

03:55PM  7    Q.   AND YOU WEREN'T A PARTY TO ANY OF THOSE CONVERSATIONS,

03:55PM  8    WERE YOU?

03:55PM  9    A.   NO.

03:55PM 10    Q.   OKAY.  YOU'RE AWARE ULTIMATELY THAT THERE WAS AN AGREEMENT

03:55PM 11    BY WHICH YOU PROVIDED SERVICES TO THE COMPANY; RIGHT?

03:55PM 12    A.   YES.

03:55PM 13    Q.   OKAY.  LET'S TAKE A LOOK AT 10586.

03:56PM 14         THE COURT'S INDULGENCE FOR ONE MOMENT?

03:56PM 15              THE COURT:  SURE.

03:56PM 16    BY MR. WADE:

03:56PM 17    Q.   DO YOU HAVE THAT IN FRONT OF YOU, MA'AM?  DOCTOR?

03:56PM 18    A.   UH-HUH, YEAH.

03:56PM 19    Q.   AND DO YOU SEE THAT THIS IS A CONSULTING AGREEMENT?

03:56PM 20    A.   I DO.

03:56PM 21    Q.   AND IF YOU GO TO EXHIBIT A1, WHICH IS A FEW PAGES BACK,

03:56PM 22    THERE'S A LITTLE NUMBER IN THE CORNER IN THE BOTTOM RIGHT THAT

03:56PM 23    SAYS 808.  IT ENDS IN 808.

03:56PM 24         DO YOU SEE THAT?

03:56PM 25    A.   YES.

03:56PM   1    Q.   AND THIS SETS FORTH THE SERVICES AND COMPENSATION FOR

03:56PM   2    LYNETTE SAWYER?

03:56PM   3    A.   YES, IT SAYS THAT.

03:56PM   4              MR. WADE:  OKAY.  I MOVE THE ADMISSION OF 10586.

03:57PM   5              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:57PM   6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:57PM   7         (DEFENDANT'S EXHIBIT 10586 WAS RECEIVED IN EVIDENCE.)

03:57PM   8    BY MR. WADE:

03:57PM   9    Q.   AND DO YOU SEE HERE IN THAT FIRST PARAGRAPH THAT THIS IS

03:57PM  10    AN AGREEMENT DATED NOVEMBER 19TH, 2014 BETWEEN LABORATORY

03:57PM  11    CONSULTING SERVICES AND THERANOS?

03:57PM  12    A.   YES, IT SAYS THAT.

03:57PM  13    Q.   OKAY.  AND IF YOU LOOK, IT SETS FORTH THE SERVICES AND

03:57PM  14    COMPENSATION AND REFERS TO EXHIBIT A.

03:57PM  15         DO YOU SEE THAT?

03:57PM  16    A.   YES.

03:57PM  17    Q.   OKAY.  LET'S TAKE A LOOK AT -- WELL, BEFORE WE JUMP RIGHT

03:57PM  18    TO EXHIBIT A, LET'S JUST GO TO WHERE THIS IS SIGNED ON BATES

03:57PM  19    RANGE ENDING 807, WHICH I THINK IS ABOUT FIVE PAGES BACK.

03:58PM  20         DO YOU SEE THIS IS SIGNED BY MR. BALWANI AND MR. HURST?

03:58PM  21         DO YOU SEE THAT?

03:58PM  22    A.   YES.

03:58PM  23    Q.   OKAY.  AND IF YOU GO TO THE NEXT PAGE, YOU SEE THAT THIS

03:58PM  24    SETS FORTH THE SERVICES THAT YOU WERE GOING TO PROVIDE FOR THE

03:58PM  25    COMPANY; RIGHT?

03:58PM  1      A.   CORRECT.

03:58PM  2      Q.   OKAY.  AND LET'S LOOK AT A COUPLE OF THINGS HERE.

03:58PM  3           THIS, THIS SAYS THAT YOUR PRINCIPAL COMPANY CONTACT IS

03:58PM  4      SUNNY BALWANI, THE PRESIDENT AND CHIEF OPERATING OFFICER;

03:58PM  5      RIGHT?

03:58PM  6      A.   THAT SAYS THAT, YES.

03:58PM  7      Q.   AND DID YOU EITHER LEARN FROM MR. HURST OR DURING YOUR

03:58PM  8      CONVERSATION WITH MR. BALWANI THAT HE ACTUALLY, FROM A

03:58PM  9      MANAGEMENT STANDPOINT, WAS IN CHARGE OF THE LAB?

03:58PM  10     A.   NO.

03:58PM  11     Q.   OKAY.  YOU DIDN'T UNDERSTAND THAT AT THE TIME?

03:59PM  12     A.   NO, NOT SPECIFICALLY.

03:59PM  13     Q.   OKAY.  BUT I TAKE IT BASED ON HIS TITLE, YOU UNDERSTOOD

03:59PM  14     THAT HE WAS A SENIOR LEADER IN THE COMPANY?

03:59PM  15     A.   YES.

03:59PM  16     Q.   OKAY.  AND THIS AGREEMENT THEN SETS FORWARD VARIOUS

03:59PM  17     SERVICES THAT YOU'RE TO PROVIDE.

03:59PM  18          AND IF WE GO TO THE PARAGRAPH, THE FIRST PARAGRAPH THAT

03:59PM  19     SAYS, "LYNETTE," DO YOU SEE THAT?

03:59PM  20          LET'S HIGHLIGHT THAT AND BLOW THAT UP.

03:59PM  21          THIS SAYS THAT YOU'RE GOING TO SERVE AS THE CO-DIRECTOR OF

03:59PM  22     THERANOS'S CLIA LABORATORY; CORRECT?

03:59PM  23     A.   CORRECT.

03:59PM  24     Q.   AND THERE'S GOING TO BE ANOTHER CO-DIRECTOR AS WELL;

03:59PM  25     RIGHT?

SAWYER CROSS BY MR. WADE                                    5581

03:59PM   1    A.   YES.

03:59PM   2    Q.   AND YOU UNDERSTOOD -- I KNOW MR. LEACH ASKED YOU A LOT OF

03:59PM   3    QUESTIONS, DID YOU EVER DO THIS AND DID YOU EVER DO THAT?

03:59PM   4         DO YOU RECALL SOME OF THOSE QUESTIONS?

03:59PM   5    A.   UH-HUH.

03:59PM   6    Q.   YOU UNDERSTOOD THIS WAS A TEMPORARY AND LIMITED

04:00PM   7    ENGAGEMENT; RIGHT?

04:00PM   8    A.   CORRECT.

04:00PM   9    Q.   AND YOU UNDERSTOOD AT THE TIME YOU WENT INTO THE

04:00PM  10    ENGAGEMENT THAT THIS WAS GOING TO BE MAYBE AS MANY AS FIVE

04:00PM  11    HOURS A WEEK OR SOMETHING; RIGHT?

04:00PM  12    A.   POTENTIALLY.

04:00PM  13    Q.   AND THAT YOU WERE NOT GOING TO BE REQUIRED TO BE ON SITE?

04:00PM  14    THAT WAS A SPECIFIC --

04:00PM  15    A.   CORRECT.

04:00PM  16    Q.   RIGHT.  AND YOU NEVER ASKED TO GO ON SITE; RIGHT?

04:00PM  17    A.   I DID NOT.

04:00PM  18    Q.   OKAY.  BUT -- AND SOMETIMES LABS HAVE KIND OF PINCH HITTER

04:00PM  19    LAB DIRECTORS; RIGHT?

04:00PM  20    A.   I SUPPOSE YOU COULD CALL CO-DIRECTORS THAT SOMETIMES.

04:00PM  21    Q.   OKAY.  WELL, YOU UNDERSTAND THAT ONE OF THE SERVICES THAT

04:00PM  22    MR. HURST PROVIDES IS THAT IF A LAB DIRECTOR IS NEEDED BY A LAB

04:00PM  23    COMPANY ON A SHORT-TERM BASIS, THAT HE'LL HELP, HE'LL HELP

04:00PM  24    FACILITATE A LAB DIRECTOR WHO CAN PROVIDE SERVICES ON A

04:00PM  25    TEMPORARY BASIS; RIGHT?

04:00PM  1    A.   YEAH, THAT WAS MY UNDERSTANDING OF THIS, THAT IT WAS TO BE

04:00PM  2    VERY TEMPORARY, TWO TO THREE MONTHS.

04:01PM  3    Q.   YEAH.  AND YOU UNDERSTOOD THAT MR. HURST DID THAT WITH

04:01PM  4    OTHER COMPANIES AS WELL; RIGHT?

04:01PM  5    A.   I -- IT WOULD NOT SURPRISE ME, BUT I DO NOT KNOW THAT.

04:01PM  6    Q.   OKAY.  HAVE YOU SERVED AS A LAB DIRECTOR THROUGH MR. HURST

04:01PM  7    FOR OTHER COMPANIES AS WELL?

04:01PM  8    A.   YES.

04:01PM  9    Q.   AND SOMETIMES HAVE YOU SERVED FOR LAB DIRECTORS FOR

04:01PM  10   MULTIPLE COMPANIES AT ONE TIME?

04:01PM  11   A.   YES.

04:01PM  12   Q.   AND THOSE JOBS ARE PART-TIME TEMPORARY ASSIGNMENTS; RIGHT?

04:01PM  13   A.   NOT NECESSARILY TEMPORARY, NO.  PART-TIME, YES.

04:01PM  14   Q.   OKAY.  MAYBE THEY'RE FOR A SPECIFIED DURATION?

04:01PM  15   A.   THEY COULD BE.  MOST OF THE OTHER ONES I HAVE DONE ARE

04:01PM  16   NOT.  THEY'RE INDEFINITE AS LONG AS WE WANT TO RENEW THE

04:01PM  17   CONTRACT, AS LONG AS BOTH PARTIES WANT TO RENEW THE ACCOUNT.

04:01PM  18   Q.   OKAY.  FAIR ENOUGH.

04:01PM  19        AND UNDER AT LEAST CLIA REGULATIONS, YOU CAN SERVE AS A

04:01PM  20   LAB DIRECTOR FOR AS MANY AS FIVE LABS?

04:01PM  21   A.   CORRECT.

04:01PM  22   Q.   OKAY.  AND YOU KNEW, YOU KNEW WHEN YOU WERE DOING THIS

04:02PM  23   THAT THIS WAS GOING TO BE A TEMPORARY LIMITED ASSIGNMENT;

04:02PM  24   RIGHT?

04:02PM  25   A.   CORRECT.

5583

04:02PM 1    Q.   AND DID YOU KNOW THAT WAS IN PART BECAUSE THERANOS HAD AN

04:02PM 2    INTERNAL CANDIDATE WHO THEY THOUGHT COULD PROVIDE THE SERVICES

04:02PM 3    WHO JUST NEEDED TO COMPLETE SOME CERTIFICATION PAPERWORK?

04:02PM 4              MR. LEACH:   OBJECTION.   FOUNDATION.

04:02PM 5              MR. WADE:   IF YOU KNOW.

04:02PM 6              THE COURT:   SUSTAINED.   SUSTAINED.

04:02PM 7         YOU CAN ASK ANOTHER QUESTION, BUT WHY DON'T YOU DO THAT

04:02PM 8    TUESDAY?

04:02PM 9              MR. WADE:   THAT'S A GREAT IDEA, YOUR HONOR.

04:02PM 10        THE LAST THING I WANT TO DO IS STAND BETWEEN THE END OF

04:02PM 11   THIS WEEK AND THIS JURY, SO --

04:02PM 12             THE COURT:   LET'S DO THAT.   SO WE'LL RESUME AGAIN

04:02PM 13   TUESDAY, PLEASE RECALL, TUESDAY, TUESDAY NEXT, WHICH IS

04:02PM 14   NOVEMBER 9TH, AND WE'LL DO THAT AT 9:00 A.M., LADIES AND

04:02PM 15   GENTLEMEN, 9:00 A.M.

04:02PM 16        I CAN'T RECALL IF I ASKED YOU IF IT WAS A 3:00 O'CLOCK DAY

04:02PM 17   OR A 4:00 O'CLOCK DAY.   CAN WE GO UNTIL 4:00 O'CLOCK ON

04:02PM 18   TUESDAY, THE 9TH, WITHOUT ANY OBJECTION?

04:02PM 19        I DON'T SEE ANY HANDS.

04:02PM 20        LET'S TRY TO DO THAT.   THANK YOU VERY MUCH.

04:03PM 21        BEFORE WE BREAK, LADIES AND GENTLEMEN, I REMIND YOU AGAIN

04:03PM 22   OF THE ADMONITION.   PLEASE AVOID ANYTHING TO DO WITH THIS CASE

04:03PM 23   OUTSIDE OF THIS COURTROOM.   PLEASE DO NOT WATCH, LISTEN TO,

04:03PM 24   READ, OR TALK ABOUT THIS CASE IN ANY WAY, AND PLEASE DO NOT

04:03PM 25   FORM ANY OPINION ABOUT THIS CASE OR ANYTHING TO DO WITH IT.

5584

04:03PM   1          ON TUESDAY NEXT I'LL ASK YOU IF THOSE THINGS HAVE OCCURRED

04:03PM   2     AND YOU'LL LET ME KNOW.

04:03PM   3          OTHER THAN THAT, PLEASE ENJOY YOUR WEEKEND AND WE'LL SEE

04:03PM   4     YOU TUESDAY.  THANK YOU.

04:03PM   5          AND, DR. SAWYER, WE'LL SEE YOU TUESDAY NEXT.  THANK YOU.

04:03PM   6               THE WITNESS:  OKAY.

04:03PM   7          (JURY OUT AT 4:03 P.M.)

04:03PM   8               THE COURT:  YOU CAN STAND DOWN.  THANKS.

04:04PM   9          PLEASE BE SEATED.  THE RECORD SHOULD REFLECT THE JURY HAS

04:04PM  10     LEFT FOR THE WEEKEND.  ALL COUNSEL AND MS. HOLMES ARE PRESENT.

04:04PM  11          GIVE ME JUST A SECOND.

04:04PM  12          ALL RIGHT.  DR. SAWYER HAS LEFT.

04:04PM  13          ANYTHING FURTHER BEFORE WE BREAK FROM EITHER SIDE?

04:04PM  14               MR. LEACH:  ONE MATTER, YOUR HONOR.

04:04PM  15               THE COURT:  YES, PLEASE.

04:04PM  16               MR. LEACH:  YOUR HONOR, AFTER DR. SAWYER'S

04:04PM  17     TESTIMONY, THE GOVERNMENT ANTICIPATES CALLING

04:04PM  18     DR. KINGSHUK DAS, WHO WAS THE LAB DIRECTOR AFTER SUNIL DHAWAN

04:04PM  19     WHO WAS AT THERANOS AT THE TIME THAT THERANOS RECEIVED THE CMS

04:04PM  20     INSPECTION REPORT, THE 2567 THAT HAS BEEN THE SUBJECT OF A

04:04PM  21     NUMBER OF MOTION PRACTICE.

04:04PM  22          HE'S ALSO THE LAB DIRECTOR WHO VOIDED ALL OF THE TESTS ON

04:04PM  23     THERANOS'S EDISON DEVICE, WHICH WAS ALSO THE SUBJECT OF SOME

04:05PM  24     MOTION IN LIMINE PRACTICE.

04:05PM  25          IN ONE OF THE ORDERS THE GOVERNMENT DIRECTED -- IF THE

5585

04:05PM   1    COURT MAY RECALL IN THE ORIGINAL MOTION IN LIMINE ORDER, I

04:05PM   2    THINK IT'S 798, THE COURT ADMITTED THE CMS REPORT.

04:05PM   3         AFTER THAT THE DEFENSE FILED A MOTION FOR CERTAIN

04:05PM   4    REDACTIONS.

04:05PM   5         THE COURT NOTED THE FACT THAT IT APPEARED TO BE A MOTION

04:05PM   6    FOR RECONSIDERATION, BUT DEFERRED RULING ON IT AND ORDERED THE

04:05PM   7    GOVERNMENT TO PROVIDE NOTICE OF WHEN IT INTENDED TO ADMIT THE

04:05PM   8    REPORT.

04:05PM   9         WE DO INTEND TO ADMIT THE REPORT AT SOME POINT NEXT WEEK.

04:05PM   10   AND OUR POSITION NOW IS THAT THE FULL REPORT IS ADMISSIBLE FOR

04:05PM   11   A NUMBER OF REASONS, AND I'M HAPPY TO EXPLAIN AT THE

04:05PM   12   APPROPRIATE TIME.

04:05PM   13        IN ADDITION, IN THE MIL ORDER, THE COURT, WITH RESPECT TO

04:05PM   14   THE VOIDING OF THE TESTS, DEFERRED RULING UNTIL THE GOVERNMENT

04:05PM   15   PROFFERED A CONNECTION BETWEEN THE VOIDING AND THE CHARGED

04:06PM   16   CONDUCT, AND A FACTUAL BASIS THAT IT WAS DONE INVOLUNTARY.

04:06PM   17        THE GOVERNMENT IS PREPARED TO MAKE THAT PROFFER AT ANY

04:06PM   18   TIME THE COURT DEEMS APPROPRIATE.  WE THINK IT CLEARLY CONNECTS

04:06PM   19   TO THE CHARGED CONDUCT FOR A NUMBER OF REASONS.

04:06PM   20        AND DR. DAS HAS SAID ON MULTIPLE OCCASIONS, AND I

04:06PM   21   ANTICIPATE HE WILL SAY AGAIN IN THE NEXT FEW DAYS, THAT HE WAS

04:06PM   22   LEGALLY REQUIRED TO VOID THE TESTS AND HAD COMMUNICATIONS WITH

04:06PM   23   MS. HOLMES ABOUT THE NEED TO DO THAT, AS WELL AS THE TESTING

04:06PM   24   CAPABILITIES OF THE EDISON DEVICE.

04:06PM   25        SO THERE'S A NUMBER OF ISSUES RELATING TO THE MOTION IN

04:06PM 1    LIMINE ORDER THAT I THINK WARRANT SOME DISCUSSION.  I WAS

04:06PM 2    HOPEFUL WE MIGHT BE ABLE TO DO THAT ON MONDAY, BUT I NOW

04:06PM 3    UNDERSTAND MEMBERS OF THE DEFENSE TEAM HAVE IMPORTANT

04:06PM 4    COMMITMENTS THAT DAY THAT WE DON'T NECESSARILY WANT TO

04:06PM 5    INTERFERE WITH.  BUT WE WOULD LIKE TO FIND SOME TIME TO VET

04:06PM 6    THESE ISSUES IN ADVANCE OF HIS TESTIMONY.

04:06PM 7            THE COURT:  THANK YOU.

04:07PM 8        MR. WADE, YOU'RE HANDLING THIS, I TAKE IT?

04:07PM 9            MR. WADE:  I AM, YOUR HONOR.

04:07PM 10           THE COURT:  SO I KNOW WE WON'T BE ABLE TO DISCUSS

04:07PM 11   THIS MONDAY, AND THE WITNESS -- WE'LL HAVE DR. SAWYER -- IS IT

04:07PM 12   LIKELY WE'LL FINISH DR. SAWYER TUESDAY?

04:07PM 13           MR. WADE:  WE WILL.  I, I -- AND I APOLOGIZE FOR THE

04:07PM 14   CONFLICT.  I DON'T KNOW IF THERE IS --

04:07PM 15           THE COURT:  OH, NO, NOT AT ALL.  GOSH.  NO.

04:07PM 16           MR. WADE:  -- IF THERE'S ANY WAY TO SWITCH DR. DAS

04:07PM 17   TO TUESDAY OR TO WEDNESDAY, AND THEN WE'LL HAVE A LITTLE MORE

04:07PM 18   TIME TO DEAL WITH IT.

04:07PM 19           THE COURT:  I WANTED TO ASK ABOUT SCHEDULING.  I

04:07PM 20   DON'T KNOW IF DR. DAS IS LOCAL OR NOT.

04:07PM 21           MR. LEACH:  HE IS IN MINNESOTA UNFORTUNATELY, YOUR

04:07PM 22   HONOR, AS ARE A NUMBER OF UPCOMING WITNESSES, INCLUDING

04:07PM 23   ALAN EISENMAN WHO WAS HERE EARLIER.  I KNOW HE'S COMING BACK IN

04:07PM 24   FROM OUT OF THE COUNTRY.

04:07PM 25           SO DR. DAS WAS REALLY, HE WAS THE NEXT LOGICAL PERSON UP,

```
04:07PM   1        AND IT'S A SHORT WEEK NEXT WEEK, SO WE HAVE A BIT OF A

04:08PM   2    CHALLENGE IN COORDINATING SOME OF THE OUT-OF-TOWN WITNESSES.

04:08PM   3             THE COURT:  RIGHT.

04:08PM   4             MR. WADE:  I DO ANTICIPATE WITH THIS -- AS

04:08PM   5    YOUR HONOR MAY RECALL, THERE WERE SOME MOTIONS RELATING TO

04:08PM   6    DR. DAS JUST BEFORE THE TRIAL BEGAN.

04:08PM   7        I THINK SOME OF THOSE MOTIONS -- I HAVEN'T GONE BACK TO

04:08PM   8    LOOK AT THE BRIEFING AND THE ORDER ON THAT, BUT I THINK THERE

04:08PM   9    ARE SOME ISSUES THAT REMAIN WITH RESPECT TO DR. DAS AND WHETHER

04:08PM  10    IT'S EXPERT TESTIMONY OR FACT TESTIMONY.

04:08PM  11        THE TRIAL IN THAT RESPECT HAS PROCEEDED SOMEWHAT

04:08PM  12    UNEXPECTEDLY.  FROM THE DEFENSE PERSPECTIVE, WE WOULD HAVE

04:08PM  13    THOUGHT, WE WOULD HAVE THOUGHT THAT THE GOVERNMENT WOULD HAVE

04:08PM  14    OFFERED THE CMS REPORT THROUGH A CMS WITNESS, AND I WANT TO

04:08PM  15    THINK ABOUT WHETHER THEIR FAILURE TO DO SO CREATES ANY

04:08PM  16    ADDITIONAL CONCERNS.

04:08PM  17        IT WOULD APPEAR -- I INFER THEY'RE INTENDING TO OFFER IT

04:08PM  18    THROUGH DR. DAS IF THEY'RE RAISING THESE ISSUES NOW.

04:08PM  19        SO I THINK THERE ARE A LOT OF THORNY LEGAL ISSUES.  WE CAN

04:09PM  20    OBVIOUSLY -- OUR TEAM CAN DO SOME WORK ON THEM OVER THE

04:09PM  21    WEEKEND.

04:09PM  22        WE CAN TRY TO TAKE THEM UP, YOU KNOW, TUESDAY MORNING.  I

04:09PM  23    JUST WORRY ABOUT -- I DON'T WANT TO HAVE A SITUATION WHERE

04:09PM  24    WE'RE BLENDING INTO THE TRIAL TIME.

04:09PM  25             THE COURT:  RIGHT.  THANK YOU FOR THAT.  I JUST
```

5588

| | | |
|---|---|---|
| 04:09PM | 1 | DON'T WANT TO INCONVENIENCE THE TRIAL PROCESS, AND PARTICULARLY |
| 04:09PM | 2 | WITNESSES THAT ARE FLYING IN FROM THE GREAT STATE OF MINNESOTA |
| 04:09PM | 3 | AND ELSEWHERE.  THAT'S REALLY AN INCONVENIENCE. |
| 04:09PM | 4 | MR. WADE:  YES. |
| 04:09PM | 5 | THE COURT:  AND THAT'S WHY I'M CURIOUS ABOUT -- |
| 04:09PM | 6 | DR. SAWYER IS LOCAL? |
| 04:09PM | 7 | MR. LEACH:  YES. |
| 04:09PM | 8 | THE COURT:  SO I HOPE WE DON'T HAVE TO INTERRUPT HER |
| 04:09PM | 9 | TESTIMONY IN FAVOR OF ANOTHER TESTIMONY, BUT IT SOUNDS LIKE |
| 04:09PM | 10 | DR. DAS IS PROBABLY GOING TO BE A LENGTHY EXAMINATION. |
| 04:09PM | 11 | MR. LEACH:  THE GOVERNMENT'S ESTIMATE OF ITS DIRECT |
| 04:09PM | 12 | AT THIS POINT, YOUR HONOR, IS ONE TO TWO HOURS. |
| 04:09PM | 13 | I DON'T KNOW WHAT THE DEFENSE INTENDS. |
| 04:10PM | 14 | MR. WADE:  IT SOUNDS LIKE IT COULD BE ONE LONG DAY. |
| 04:10PM | 15 | WE OBVIOUSLY DON'T KNOW THE SCOPE OF THE ISSUES THAT THEY |
| 04:10PM | 16 | INTEND TO GO INTO. |
| 04:10PM | 17 | AND PART OF THAT, TOO, WILL RAISE SOME ISSUES, YOUR HONOR. |
| 04:10PM | 18 | I KNOW A LOT OF ISSUES HAVE COME UP WITH RESPECT TO CONDUCT |
| 04:10PM | 19 | THAT HAPPENED REALLY AFTER THE RELEVANT TIME PERIOD AND IS |
| 04:10PM | 20 | RETROSPECTIVE IN NATURE. |
| 04:10PM | 21 | AND I THINK THERE HAVE BEEN SOME LIMITATIONS THAT HAVE |
| 04:10PM | 22 | BEEN IMPOSED ON THAT. |
| 04:10PM | 23 | A LOT OF DR. DAS'S KNOWLEDGE RELATES TO THAT. |
| 04:10PM | 24 | YOU KNOW, HE DIDN'T START WORK -- HE STARTED WORKING |
| 04:10PM | 25 | TEMPORARILY WITH THE COMPANY IN LATE 2015 AND THEN IN 2016, AND |

5589

04:10PM 1    HE'S NOT REALLY A PERCIPIENT FACT WITNESS WITH RESPECT TO MOST

04:10PM 2    OF THE PERTINENT CONDUCT.  HE'S EFFECTIVELY GOING TO OPINE UPON

04:10PM 3    HIS REVIEW OF THE HISTORICAL CONDUCT.

04:10PM 4        SO I DO THINK IT CREATES SOME POTENTIAL RELEVANCE ISSUES

04:11PM 5    AND, YOU KNOW IT MAYBE RIPENS UP SOME OF THOSE EXPERT ISSUES.

04:11PM 6            THE COURT:  WELL, AND THEN, MR. LEACH, IT SOUNDS

04:11PM 7    LIKE YOU'VE SAID THAT YOU WILL AT LEAST MAKE AN OFFER OF PROOF

04:11PM 8    AS TO THAT CONNECTION ISSUE WITH MS. HOLMES.  YOU ARE

04:11PM 9    INDICATING THAT YOU CAN ESTABLISH THAT THROUGH THIS WITNESS.

04:11PM 10           MR. LEACH:  THERE IS, YOUR HONOR.

04:11PM 11           THE COURT:  OKAY.

04:11PM 12           MR. LEACH:  THE DEFENDANT STATED IN HER OPENING THAT

04:11PM 13   IN 2016 THEY FORMED A SCIENTIFIC ADVISORY BOARD.  SHE STATED

04:11PM 14   THAT SHE BROUGHT ON EXPERTS.  SHE'S ELICITED TESTIMONY ABOUT

04:11PM 15   THE AAC CONFERENCE IN 2016 THROUGH GENERAL MATTIS, THEY OFFERED

04:11PM 16   DOCUMENTS FROM MARCH OF 2016 ABOUT SCIENTIFIC OPINIONS THAT

04:11PM 17   SHE'S RECEIVING, ALL OF WHICH TO SUGGEST THAT, YOU KNOW, A

04:11PM 18   GUILTY -- A PERSON WHO IS CONFIDENT IN HER TECHNOLOGY WOULD NOT

04:11PM 19   DO THESE THINGS AND THAT SHE, THEREFORE, DID NOT HAVE THE

04:12PM 20   INTENT TO DEFRAUD.

04:12PM 21       IF THEY'RE GOING TO HOLD OUT THESE 2016 EVENTS AS

04:12PM 22   INDICATIVE OF HER GOOD FAITH AND INTENT, THE GOVERNMENT SHOULD

04:12PM 23   BE ABLE TO COMPLETE THE PICTURE OF WHAT WAS REALLY MOTIVATING

04:12PM 24   HER AT THOSE PERIODS OF TIME.

04:12PM 25       IN ADDITION, I ANTICIPATE DR. DAS WILL SAY THAT WHEN HE

04:12PM  1    TOLD MS. HOLMES WE NEED TO VOID THE TESTS, HE GOT PUSH BACK.

04:12PM  2    SHE DID NOT WANT TO DO THAT.  SHE CAME UP WITH ALTERNATIVE

04:12PM  3    REASONS FOR IT.

04:12PM  4        AND THAT PUSH BACK IS CONSCIOUSNESS OF GUILT.  IT GOES TO

04:12PM  5    HER STATE OF MIND ABOUT THERANOS'S TECHNOLOGY.

04:12PM  6        AND FOR THAT REASON IT VERY CLEARLY CONNECTS.

04:12PM  7        I WOULD ALSO ADD THAT ONE OF THE POINTS THAT THE

04:12PM  8    GOVERNMENT IS TRYING TO PROVE IS THAT, YOU KNOW, AT THE END OF

04:12PM  9    THE DAY, THE TESTS WERE INACCURATE AND THE VOIDING OF THE TESTS

04:12PM  10   SPEAKS TO WHETHER THE TESTS WERE ACCURATE OR NOT.

04:12PM  11       SO WE THINK, ALTHOUGH THE VOIDING IS IN 2016, IT CLEARLY

04:12PM  12   CONNECTS TO HER INTENT AT THE TIME.

04:12PM  13       THE DEFENSE HAS INJECTED THINGS THAT SHE'S DOING IN 2016

04:12PM  14   TO TRY TO SUGGEST A GUILTY PERSON WOULD NOT DO THOSE THINGS,

04:13PM  15   AND I THINK THE WHOLE TRUTH HERE, YOUR HONOR, IS THEY CAME UP

04:13PM  16   WITH AN EXPLANATION FOR WHY THEY WERE VOIDING THE TESTS, THEY

04:13PM  17   MINIMIZED THOSE ISSUES TO THEIR INVESTORS, AND WHEN SHE'S GOING

04:13PM  18   TO ACC AND THESE OTHER THINGS, IT'S A PR SPIN, NOT GENUINE

04:13PM  19   INDICATION OF CONFIDENCE IN HER TECHNOLOGY.

04:13PM  20       IT GOES RIGHT TO HER STATE OF MIND, AND DR. DAS LAYS THAT

04:13PM  21   FOUNDATION.

04:13PM  22          MR. WADE:  YOUR HONOR, WE'VE HAD -- WE'VE DISCUSSED

04:13PM  23   THESE ISSUES AT LENGTH BEFORE.

04:13PM  24       THE ARGUMENT THAT WAS JUST MADE -- YOU KNOW, WE WANTED TO

04:13PM  25   OFFER EVIDENCE RELATED TO THESE VERY ISSUES RECENTLY THROUGH

04:13PM  1    MANY WITNESSES ACTUALLY AND THE GOVERNMENT HAS OBJECTED TO OUR

04:13PM  2    OFFERING THE EVIDENCE.

04:13PM  3         AND SO IN THIS CASE THEY WANT TO OFFER THE EVIDENCE THAT

04:13PM  4    GOES, GOES DEEP INTO THIS.  THERE WERE SEVERE LIMITATIONS IN

04:13PM  5    TERMS OF -- AND WE WERE VERY CAUTIOUS TO TRY TO -- WE DIDN'T

04:13PM  6    PLAY THE AACC PRESENTATION.

04:13PM  7         DR. DAS IS ANOTHER WITNESS WHO OBSERVED THE AACC

04:14PM  8    PRESENTATION, I BELIEVE, AND SO HE CAN TESTIFY TO IT.

04:14PM  9         THERE ARE INCONSISTENT LINES BEING DRAWN ON THE GOVERNMENT

04:14PM 10    AS TO WHAT IS FAIR GAME AND WHAT IS NOT, AND MY CONCERN IS THAT

04:14PM 11    THESE WITNESSES' PATHS, THEIR APPROACH DIFFERS, AND THEN WE

04:14PM 12    MISS THE OPPORTUNITY TO CROSS-EXAMINE THE WITNESSES ON THESE

04:14PM 13    POINTS.

04:14PM 14         A LOT OF WHAT HE'S TALKING ABOUT IS DEALING WITH

04:14PM 15    HISTORICAL PROBLEMS, AND THAT'S WHY WE THINK, YOU KNOW, THERE

04:14PM 16    MAY BE 701, 702 ISSUES.

04:14PM 17         BUT I THINK FOR PURPOSES OF TODAY, YOUR HONOR, I THINK

04:14PM 18    WHAT I'M RAISING FOR THE COURT IS THAT THIS IS A COMPLICATED --

04:14PM 19    THIS IS ABOUT AS COMPLICATED A SET OF KIND OF LEGAL ISSUES IN

04:14PM 20    TERMS OF ADMISSIBILITY AS I THINK WE'VE HAD WITH A WITNESS, AND

04:14PM 21    I WORRY A LITTLE BIT JUST FROM A SCHEDULING STANDPOINT HERE.

04:14PM 22         SO I'M NOT SURE WHAT THE PATH FORWARD FROM THAT STANDPOINT

04:14PM 23    IS.

04:14PM 24              THE COURT:  THANK YOU.  I THINK WE SHOULD MEET

04:14PM 25    PROBABLY TUESDAY AT 8:00 O'CLOCK TO DISCUSS AND AT LEAST TRY TO

5592

04:14PM  1    GET A PATH TO THIS, AND IT MAY BE THAT THAT MAY DEFER

04:15PM  2    DR. SAWYER.  I KNOW IT'S AN INCONVENIENCE, BUT I'D LIKE TO GET

04:15PM  3    HER FINISHED.

04:15PM  4        WHAT DID YOU TELL ME?

04:15PM  5            MR. WADE:  I DON'T THINK DR. SAWYER WILL BE A LONG

04:15PM  6    WITNESS.  I WOULD EXPECT THE REMAINING CROSS WOULD BE AN HOUR

04:15PM  7    OR LESS.

04:15PM  8            THE COURT:  OKAY.  AND THEN DR. DAS WILL BE HERE

04:15PM  9    TUESDAY?

04:15PM  10           MR. LEACH:  HE'S CURRENTLY SCHEDULED TO BE HERE ON

04:15PM  11   TUESDAY, YOUR HONOR.

04:15PM  12           THE COURT:  I SEE.  WELL, IF WE'RE GOING TO HAVE

04:15PM  13   DISCUSSION OF THIS ON TUESDAY MORNING -- AND THEN THE OTHER

04:15PM  14   WITNESS IS COMING IN SOMETIME LATER IN THE WEEK?  IS THAT THE

04:15PM  15   ANTICIPATION.

04:15PM  16           MR. LEACH:  I THINK WE ANTICIPATE MR. EISENMAN ON

04:15PM  17   WEDNESDAY, BUT I HAVE NOT FULLY CONNECTED WITH MY TEAM.

04:15PM  18           THE COURT:  JUST IN LIGHT OF WHAT I'M HEARING, THAT

04:15PM  19   SOUNDS OPTIMISTIC AT BEST.

04:15PM  20           MR. LEACH:  I'M SORRY?

04:15PM  21           THE COURT:  IT SOUNDS OPTIMISTIC AT BEST.

04:15PM  22      IF DR. DAS TESTIFIES, IF WE GO THROUGH THIS CONVERSATION

04:16PM  23   THAT WE'LL HAVE TO HAVE ON TUESDAY SOMETIME, AND IT'S A SHORT

04:16PM  24   WEEK, ISN'T IT?  YEAH.

04:16PM  25           MR. LEACH:  IT IS.

| | | |
|---|---|---|
| 04:16PM | 1 | THE COURT:  WE JUST HAVE TWO DAYS.  RIGHT. |
| 04:16PM | 2 | LET ME JUST ASK, IS IT LIKELY WE'LL GET TO THE SECOND |
| 04:16PM | 3 | WITNESS?  I'M LOOKING AT YOU, MR. WADE. |
| 04:16PM | 4 | MR. WADE:  THE SECOND WITNESS BEING? |
| 04:16PM | 5 | THE COURT:  OTHER THAN DR. DAS? |
| 04:16PM | 6 | MR. WADE:  IF DR. DAS IS THE WITNESS? |
| 04:16PM | 7 | THE COURT:  YES. |
| 04:16PM | 8 | MR. WADE:  A LOT IS GOING TO DEPEND ON THE SCOPE AND |
| 04:16PM | 9 | WHETHER THERE IS A LINK. |
| 04:16PM | 10 | BUT I WOULD EXPECT THAT WE COULD GET DR. DAS IN IN THE |
| 04:16PM | 11 | EQUIVALENT OF A TRIAL DAY. |
| 04:16PM | 12 | THE COURT:  SO I'M LOOKING -- |
| 04:16PM | 13 | MR. WADE:  IF HE TESTIFIES ON DIRECT FOR AN HOUR TO |
| 04:16PM | 14 | TWO HOURS. |
| 04:16PM | 15 | THE COURT:  SO I'M JUST TRYING TO BE REALISTIC. |
| 04:16PM | 16 | WE'RE GOING TO HAVE A CONVERSATION ABOUT THE LEGAL LIMITS, IF |
| 04:16PM | 17 | THERE ARE ANY, AS TO DR. DAS.  THAT'S GOING TO TAKE US A COUPLE |
| 04:16PM | 18 | OF HOURS, I THINK.  I'M JUST -- JUST BASED ON THE WAY THINGS |
| 04:16PM | 19 | ARE GOING. |
| 04:16PM | 20 | AND THEN IF HE TESTIFIES, ASSUMING THAT DR. SAWYER DOESN'T |
| 04:17PM | 21 | FINISH ON TUESDAY. |
| 04:17PM | 22 | MR. WADE:  DR. SAWYER WILL CERTAINLY FINISH ON |
| 04:17PM | 23 | TUESDAY.  SHE'LL FINISH EARLY ON TUESDAY. |
| 04:17PM | 24 | THE COURT:  SO IF WE FACTOR IN ANOTHER HOUR, THAT'S |
| 04:17PM | 25 | THE MORNING, ISN'T IT? |

5594

04:17PM 1           MR. WADE:  YEAH.

04:17PM 2           THE COURT:  AND THEN DR. DAS STARTS THE AFTERNOON OF

04:17PM 3    TUESDAY -- OR EXCUSE ME.

04:17PM 4        CAN YOU GET DR. DAS DONE ON WEDNESDAY?  I'M JUST SAYING, I

04:17PM 5    DON'T THINK WE'RE GOING TO GET THAT OTHER WITNESS IN.  I JUST

04:17PM 6    DON'T SEE IT REALISTICALLY, BUT --

04:17PM 7           MR. LEACH:  WE'LL BE PREPARED IN ANY EVENT,

04:17PM 8    YOUR HONOR, AND, YOU KNOW, THE GOVERNMENT IS TRYING TO MOVE AS

04:17PM 9    EFFICIENTLY AS POSSIBLE.

04:17PM 10          THE COURT:  RIGHT.

04:17PM 11          MR. LEACH:  AND MY INTEREST IS NOT TO HAVE DR. DAS

04:17PM 12   ON THERE FOR MORE THAN ONE TO TWO HOURS.

04:17PM 13       COMING INTO THIS CONVERSATION, MY EXPECTATION WAS THAT WE

04:17PM 14   COULD DO IT AT A NORMAL TRIAL DAY.  IF WE START ON TUESDAY, I'M

04:17PM 15   CONVINCED THAT WE CAN FINISH ON WEDNESDAY.

04:17PM 16       AND IF WE'RE STARTING ANOTHER WITNESS, THE GOVERNMENT WILL

04:18PM 17   GIVE THOUGHT TO, IS THERE A LOCAL WITNESS THAT WE CAN

04:18PM 18   SUBSTITUTE IN?  OR ANOTHER OUT-OF-TOWN WITNESS WITH FEWER

04:18PM 19   SCHEDULING CONFLICTS?

04:18PM 20       BUT I -- FROM MY PERSPECTIVE, HE COULD BE DONE IN A DAY.

04:18PM 21       AND I JUST NEED TO ADD, MANY OF THESE LEGAL ISSUES HAVE

04:18PM 22   BEEN FULLY VETTED THROUGH EXTENSIVE MOTION PRACTICE.

04:18PM 23          THE COURT:  SURE.  YOU'RE CUTTING ME OFF AND YOU'RE

04:18PM 24   SAYING, JUDGE, DON'T ASK ME -- DON'T ASK US TO PROVIDE YOU WITH

04:18PM 25   UP TO FIVE PAGES OF ADDITIONAL BRIEFING ON THIS.

5595

04:18PM 1          MR. LEACH:  WE'RE HAPPY TO PROVIDE BRIEFING,

04:18PM 2     YOUR HONOR.

04:18PM 3          BUT I'M THINKING BACK TO OUR THREE DAY MOTION IN LIMINE

04:18PM 4     HEARING, AND I WOULD LIKE TO AVOID BLEEDING INTO THE TRIAL DAY

04:18PM 5     AS MUCH AS WE CAN.

04:18PM 6          THE COURT:  NO.  I AGREE.  I'M NOT GOING TO ASK YOU

04:18PM 7     TO DO THAT.

04:18PM 8          BUT I DO THINK, JUST BASED ON SOME OF THE THINGS THAT

04:18PM 9     YOU'VE TALKED ABOUT HERE, WE ARE IN TRIAL NOW, AND I THINK,

04:18PM 10    MR. LEACH, WHAT YOU'VE TOLD ME IS YOU BELIEVE SOME OF THE

04:18PM 11    TESTIMONY AND THE EVIDENCE THAT HAS BEEN RECEIVED HERE ALLOWS A

04:19PM 12    PATH FORWARD TO THE TESTIMONY THAT YOU WOULD LIKE TO INTRODUCE.

04:19PM 13         DID I --

04:19PM 14         MR. LEACH:  YES.

04:19PM 15         THE COURT:  AND I THINK WHAT I WOULD LIKE TO ASK YOU

04:19PM 16    TO DO IS TO PUT THAT IN WRITING FOR ME, SO YOU CREATE YOUR PATH

04:19PM 17    IN WRITING THAT SUGGESTS AND SO COUNSEL CAN BE AWARE OF THE

04:19PM 18    PATH FORWARD WITH DR. DAS FOR THE ISSUES THAT YOU'D LIKE TO

04:19PM 19    INTRODUCE, AND THAT WOULD BE HELPFUL TO ME.

04:19PM 20         WE SHOULD PROBABLY GET THAT SOMETIME -- I'M NOT GOING TO

04:19PM 21    ASK YOU FOR TOMORROW.  TOMORROW IS FRIDAY, AND WE'RE GOING TO

04:19PM 22    TALK ABOUT THIS TUESDAY.

04:19PM 23         SO IF I COULD HAVE IT ON MONDAY, THAT WOULD BE HELPFUL, NO

04:19PM 24    LATER THAN MIDDAY MONDAY WOULD BE HELPFUL.

04:19PM 25         MR. LEACH:  WILL DO, YOUR HONOR.

5596

04:19PM   1              MR. WADE:  AND JUST SO OUR THINKING IS CLEAR ON

04:19PM   2    THAT, AND FOR THE BENEFIT OF THE PARTIES TO TRY AND TEE THIS

04:19PM   3    UP, I THINK WHAT I HEAR FROM MR. LEACH IS A COUPLE OF ISSUES.

04:19PM   4         I HEAR THE ADMISSIBILITY OF THE CMS REPORT AND WHAT

04:19PM   5    PORTIONS OF THE CMS REPORT IS ONE ISSUE.

04:19PM   6         THERE'S THE VOIDING ISSUE, WHICH IS ANOTHER ISSUE WHICH IS

04:19PM   7    PART OF PRIOR MOTIONS PRACTICE.

04:20PM   8         AND THEN THE THIRD ISSUE IS THE 701, 702 ISSUE.

04:20PM   9         I DON'T KNOW IF WE HAVE OTHER ISSUES OR NOT, BUT THOSE ARE

04:20PM  10    THE THREE ISSUES THAT I THINK MR. LEACH IS REFERRING TO.

04:20PM  11              THE COURT:  ALL OF US HAVE ISSUES, MR. WADE.

04:20PM  12         (LAUGHTER.)

04:20PM  13              MR. WADE:  SO WE'LL WORK TO RIPEN THOSE UP FOR

04:20PM  14    DISCUSSION WITH THE COURT.

04:20PM  15              THE COURT:  SURE.  AND IF YOU WANT TO -- IT WOULD BE

04:20PM  16    HELPFUL TO ME TO GET THAT BEFORE NOON ON MONDAY.

04:20PM  17         WELL, YOU'VE GOT ALL DAY TOMORROW, AND THEN, OF COURSE,

04:20PM  18    THAT'S WHAT THE WEEKENDS ARE FOR, SO -- BUT THAT WOULD BE

04:20PM  19    HELPFUL FOR ME TO DIGEST, AND THEN I'LL LOOK AT IT.

04:20PM  20         AND I THINK YOU ALSO SUPPLIED SOME SUPPLEMENTAL

04:20PM  21    INFORMATION EARLIER AS WELL.  SO I'LL LOOK AT THAT, AS WELL AS

04:20PM  22    OUR MOTIONS, OUR MOTIONS IN LIMINE.

04:20PM  23         OKAY?

04:20PM  24              MR. LEACH:  WILL DO, YOUR HONOR.

04:20PM  25              THE COURT:  OKAY.

5597

04:20PM 1          MR. WADE:  THANK YOU, YOUR HONOR.

04:20PM 2          THE CLERK:  THANK YOU.  COURT IS ADJOURNED.

04:20PM 3     (COURT ADJOURNED AT 4:20 P.M.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       _____
         IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8076
17

18

19       _____
         LEE-ANNE SHORTRIDGE, CSR, CRR
20       CERTIFICATE NUMBER 9595

21       DATED:  NOVEMBER 4, 2021

22

23

24

25