UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
                               )
                  PLAINTIFF,   )  SAN JOSE, CALIFORNIA
                               )
        VS.                    )  VOLUME 37
                               )
ELIZABETH A. HOLMES,           )  NOVEMBER 22, 2021
                               )
                  DEFENDANT.   )  PAGES 7288 - 7443
_____)  **PAGES 7292 - 7368 SEALED**


TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
                          CERTIFICATE NUMBER 8074
                          LEE-ANNE SHORTRIDGE, CSR, CRR
                          CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                        BY:  KEVIN M. DOWNEY
                             LANCE A. WADE
                             KATHERINE TREFZ
                             SEEMA ROPER
                             J.R. FLEURMONT
                             RICHARD CLEARY
                             PATRICK LOOBY
                             ANDREW LEMENS
                        725 TWELFTH STREET, N.W.
                        WASHINGTON, D.C. 20005

                        LAW OFFICE OF JOHN D. CLINE
                        BY:  JOHN D. CLINE
                        ONE EMBARCADERO CENTER, SUITE 500
                        SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                        BY:  ADELAIDA HERNANDEZ

                        OFFICE OF THE U.S. ATTORNEY
                        BY:  LAKISHA HOLLIMAN, PARALEGAL
                             MADDI WACHS, PARALEGAL

                        WILLIAMS & CONNOLLY
                        BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

                        TBC
                        BY:  BRIAN BENNETT, TECHNICIAN

1

<u>INDEX OF PROCEEDINGS</u>

2

DEFENDANT'S:

3

4    **ELIZABETH HOLMES**
     DIRECT EXAM BY MR. DOWNEY (RES.)          P. 7370
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    INDEX OF EXHIBITS

2

                                IDENT.     EVIDENCE
3     GOVERNMENT'S:

4     195, LIMITED PURPOSE                  7400
      3241                                  7408
5

6

      DEFENDANT'S:
7

      15010 AND 15011                       7373
8     7161                                  7377
      15022                                 7379
9     12065                                 7386
      15002                                 7389
10    7742                                  7392
      15040                                 7395
11    15045, LIMITED PURPOSE                7414
      15044                                 7419
12    15041                                 7424
      15047                                 7426
13    15039, LIMITED PURPOSE                7429
      15023                                 7431
14    7087                                  7432
      7096                                  7433
15    7098                                  7434

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 22, 2021 |
| 08:39AM | 2 | P R O C E E D I N G S |
| 08:39AM | 3 | (COURT CONVENED AT 8:39 A.M.) |
| 08:39AM | 4 | (SEALED PROCEEDINGS IN CHAMBERS.) |
| 08:39AM | 5 | |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

10:42AM   1         ///

10:42AM   2              (JURY IN AT 10:42 A.M.)

10:42AM   3                   THE COURT:  THANK YOU ALL.  THANK YOU FOR YOUR

10:42AM   4    COURTESY.

10:42AM   5         WE ARE ON THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL

10:42AM   6    ARE PRESENT.  MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT.

10:42AM   7         THANK YOU, LADIES AND GENTLEMEN.  SORRY FOR THE DELAY THIS

10:42AM   8    MORNING.

10:42AM   9         LET ME -- BEFORE WE ASK MS. HOLMES TO RETURN TO THE STAND,

10:42AM  10    LET ME ASK OUR JURORS AGAIN, OVER THE WEEKEND HAVE ANY OF YOU

10:42AM  11    HAD OCCASION TO READ, DISCUSS, OR COME ACROSS ANY INFORMATION

10:42AM  12    REGARDING THIS CASE?

10:42AM  13         IF SO, PLEASE RAISE YOUR HANDS SO WE CAN DISCUSS IT.

10:42AM  14         I SEE NO HANDS.

10:42AM  15         THANK YOU.

10:42AM  16         I'LL ASK MS. HOLMES IF YOU WOULD PLEASE RETURN TO THE

10:42AM  17    STAND.

10:43AM  18         AGAIN, MAKE YOURSELF COMFORTABLE.  ADJUST THE CHAIR AND

10:43AM  19    THE MICROPHONE AS YOU NEED.

10:43AM  20         I'LL ENCOURAGE YOU TO SPEAK DIRECTLY INTO THE MICROPHONE.

10:43AM  21         YOU CAN REMOVE YOUR MASK IF YOU WISH.

10:43AM  22         IF YOU COULD JUST STATE YOUR NAME, PLEASE.

10:43AM  23                   THE WITNESS:  MY NAME IS ELIZABETH HOLMES.

10:43AM  24                   THE COURT:  THANK YOU.  I'LL REMIND YOU THAT YOU ARE

10:43AM  25    STILL UNDER OATH.

10:43AM  1          **(DEFENDANT'S WITNESS, ELIZABETH HOLMES, WAS PREVIOUSLY**

10:43AM  2    **SWORN.)**

10:43AM  3                THE WITNESS:  THANK YOU.

10:43AM  4                THE COURT:  THANK YOU.

10:43AM  5          MR. DOWNEY.

10:43AM  6                    **DIRECT EXAMINATION (RESUMED)**

10:43AM  7    BY MR. DOWNEY:

10:43AM  8    Q.   MS. HOLMES, DO YOU RECALL THAT WHEN WE LEFT OFF ON FRIDAY,

10:43AM  9    WE WERE TALKING ABOUT A DEMONSTRATION THAT THERANOS HAD

10:43AM  10   CONDUCTED AT NOVARTIS IN SWITZERLAND?

10:43AM  11   A.   I DO.

10:43AM  12   Q.   AND WHAT SERIES OF THERANOS DEVICE WAS USED IN CONNECTION

10:43AM  13   WITH THAT DEMONSTRATION?

10:43AM  14   A.   THAT WAS OUR 1 SERIES.

10:43AM  15   Q.   AND AT THAT TIME, DID THERANOS ENCOUNTER A SIGNIFICANT

10:43AM  16   CHALLENGE WITH REGARD TO ITS TECHNOLOGY?

10:43AM  17   A.   YES.

10:43AM  18   Q.   WHAT HAPPENED?

10:43AM  19   A.   THE WAY WE BUILT THE CARTRIDGES FOR OUR 1 SERIES DEVICE

10:43AM  20   REQUIRED US TO PUT TOGETHER MANY LAYERS OF THE CARTRIDGE.

10:44AM  21        THEY WERE HELD TOGETHER WITH WHAT WAS CALLED AN ADHESIVE,

10:44AM  22   IT'S KIND OF LIKE A GLUE, AND WHEN EXPOSED TO CERTAIN PRESSURE,

10:44AM  23   THOSE LAYERS WOULD LOOSEN, WHICH MEANT THAT IF WE WERE GOING TO

10:44AM  24   BE SHIPPING THESE CARTRIDGES ALL OVER THE PLACE, WE HAD A

10:44AM  25   PROBLEM.

10:44AM  1    Q.   WHAT DID YOU DO IN RESPONSE TO THAT PROBLEM?

10:44AM  2    A.   WE WENT BACK TO THE TABLE WITH OUR ENGINEERS AND

10:44AM  3    SCIENTISTS AND TRIED TO FIGURE OUT HOW TO FIX IT.

10:44AM  4    Q.   AND WERE YOU ABLE TO DEVELOP A SOLUTION ULTIMATELY TO THAT

10:44AM  5    PROBLEM?

10:44AM  6    A.   WE DID.

10:44AM  7    Q.   TELL US ABOUT THE PROCESS YOU WENT THROUGH TO CORRECT THE

10:44AM  8    PROBLEM.

10:44AM  9    A.   WE LOOKED AT EVERY OPTION WE COULD THINK OF.  WE HAD

10:44AM  10   REALLY THE WHOLE COMPANY WORKING ON DIFFERENT WAYS TO APPROACH

10:44AM  11   IT.

10:44AM  12        ULTIMATELY, WE DECIDED INSTEAD OF TRYING TO DO THE

10:45AM  13   HANDLING OF REALLY SMALL VOLUMES OF LIQUID THE WAY THAT WE WERE

10:45AM  14   WITH THAT CARTRIDGE DESIGN, WE WOULD MOVE TO A DIFFERENT DESIGN

10:45AM  15   IN OUR NEXT ITERATION OF THE PRODUCT.

10:45AM  16   Q.   AND WHEN YOU SAY YOUR NEXT ITERATION OF THE PRODUCT, DO

10:45AM  17   YOU MEAN WITH RESPECT TO THE ANALYZER DEVICES AND THE

10:45AM  18   CARTRIDGES, OR WITH REGARD TO SOMETHING ELSE?

10:45AM  19   A.   WITH RESPECT TO THE ANALYZER DEVICES AND THE CARTRIDGES.

10:45AM  20   Q.   AND DID THE CHALLENGE THAT YOU FACED AT THIS TIME, DID IT

10:45AM  21   HAVE ANYTHING TO DO WITH THERANOS'S ASSAYS?

10:45AM  22   A.   NO.

10:45AM  23   Q.   DID IT HAVE ANYTHING TO DO WITH THERANOS'S DEVELOPMENT OF

10:45AM  24   SOFTWARE AT THAT TIME?

10:45AM  25   A.   NO.

10:45AM  1    Q.   I'D LIKE TO ASK YOU, IS THE DEVICE THAT YOU ULTIMATELY

10:45AM  2    DESIGNED IN REACTION TO THIS PROBLEM THE THERANOS 3.0 DEVICE?

10:45AM  3    A.   YES.

10:45AM  4    Q.   AND IS THAT THE DEVICE THAT THERANOS ULTIMATELY USED IN

10:46AM  5    CONNECTION WITH MANY OF ITS PARTNERSHIPS WITH PHARMACEUTICAL

10:46AM  6    COMPANIES?

10:46AM  7    A.   IT IS.

10:46AM  8    Q.   I'D LIKE YOU TO TAKE US THROUGH HOW THE DESIGN CHANGED AND

10:46AM  9    WHAT MODIFICATIONS WERE MADE FOR THAT DEVICE, BECAUSE WE'RE

10:46AM  10   GOING TO BE TALKING ABOUT PHARMACEUTICAL COMPANIES IN A MINUTE.

10:46AM  11        LET ME ASK YOU FIRST IF YOU CAN IDENTIFY EXHIBIT 15010?

10:46AM  12   A.   15010.  I DON'T SEE IT.

10:46AM  13   Q.   YOU DON'T HAVE THAT IN YOUR NOTEBOOK?

10:46AM  14   A.   OH, I DO.  YES, I'M SORRY.  I DO.

10:46AM  15   Q.   AND WHAT IS 15010 A PHOTOGRAPH OF?

10:46AM  16   A.   15010 IS A PHOTOGRAPH OF A TECAN ROBOT.

10:47AM  17   Q.   AND IF YOU CAN LOOK NEXT AT THE NEXT EXHIBIT, 15011, WHAT

10:47AM  18   IS 15011?

10:47AM  19   A.   15011 IS A PICTURE OF THE INSIDE OF ONE OF OUR EARLY 3

10:47AM  20   SERIES DEVICES.

10:47AM  21   Q.   SO THIS IS A 3.0 THERANOS DEVICE?

10:47AM  22   A.   IT IS.

10:47AM  23   Q.   IS IT WITH THE COVER TAKEN OFF?

10:47AM  24   A.   YES.

10:47AM  25   Q.   OKAY.

10:47AM   1          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:47AM   2   15010 AND 15011.

10:47AM   3          MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:47AM   4          THE COURT:  THEY'RE RECEIVED.  THEY MAY BE

10:47AM   5   PUBLISHED.

10:47AM   6       (DEFENDANT'S EXHIBITS 15010 AND 15011 WERE RECEIVED IN

10:47AM   7   EVIDENCE.)

10:47AM   8          MR. DOWNEY:  CAN I ASK WHEN YOU PUBLISH THEM TO PUT

10:47AM   9   THEM UP ON A SIDE-BY-SIDE BASIS.

10:47AM  10   Q.   NOW, THE DEVICE THAT WE SEE ON THE LEFT, WAS THAT A

10:47AM  11   THERANOS DEVICE?

10:47AM  12   A.   NO.

10:47AM  13   Q.   WHO MANUFACTURES THAT DEVICE?

10:47AM  14   A.   A COMPANY CALLED TECAN.

10:47AM  15   Q.   OKAY.  AND EXPLAIN WHAT THE RELATIONSHIP IS BETWEEN

10:48AM  16   TECAN'S DEVICE ON THE LEFT-HAND SIDE AND THE THERANOS 3.0

10:48AM  17   DEVICE THAT WE SEE ON THE RIGHT-HAND SIDE OF THE DISPLAY?

10:48AM  18   A.   WE HAD BEEN DEVELOPING AND RUNNING OUR SMALL SAMPLE

10:48AM  19   CHEMISTRIES ON THESE BIG TECAN DEVICES FOR SOME TIME AT THIS

10:48AM  20   POINT.

10:48AM  21       AND AS WE WERE THINKING ABOUT HOW TO ITERATE THE DEVICE,

10:48AM  22   WE REALIZED THAT IF WE COULD MINIATURIZE THE ROBOT ON THE TECAN

10:48AM  23   ITSELF, WE COULD RUN THOSE CHEMISTRIES IN THE DEVICE THE SAME

10:48AM  24   WAY WE HAD BEEN IN THE LAB AND WE COULD DEAL WITH THE ISSUE OF

10:48AM  25   HAVING TO HAVE A CARTRIDGE THAT HAD A LOT OF LAYERS BECAUSE NOW

10:48AM    1    WE COULD BUILD A CARTRIDGE THAT JUST HAD MINIATURIZED WELLS AND

10:48AM    2    LITTLE VESSELS TO MOVE FLUID AROUND INSTEAD OF HAVING TO FLOW

10:49AM    3    FLUID THROUGH A CHANNEL.

10:49AM    4    Q.   AND COULD YOU SHOW US IN EXHIBIT 15011 HOW THIS THERANOS

10:49AM    5    3.0 DEVICE WAS DESIGNED TO WORK?

10:49AM    6    A.   YES.  SO HERE WE GO.  SO INSIDE OF THE DEVICE WHEN WE WERE

10:49AM    7    LOOKING AT THE TECAN ROBOT HERE ON THE LEFT, THIS IS WHAT IS

10:49AM    8    CALLED THE LIQUID HANDLING ROBOT.  THIS IS A ROBOT THAT CAN BE

10:49AM    9    PROGRAMMED TO PERFORM ANY PROTOCOL OR SET OF INSTRUCTIONS BASED

10:49AM   10    ON WHAT TEST YOU WANT TO RUN.

10:49AM   11        WE PUT A SMALL LIQUID HANDLING ROBOT INTO THE PIPET --

10:49AM   12    INTO THE DEVICE HERE ON THE RIGHT, SOMETIMES CALLS A PIPET, AND

10:49AM   13    HAD A CARTRIDGE THAT COULD MIMIC THE PLATES, THE BIG PLATES

10:49AM   14    THAT ARE HERE ON THE LEFT IN A MINIATURIZED CONTEXT INSIDE OF

10:50AM   15    THE DEVICE.

10:50AM   16        WE THEN MOUNTED A DETECTOR FOR MEASUREMENT OF THE

10:50AM   17    CHEMICALS THAT REACT INSIDE THE CARTRIDGE BEHIND THE LIQUID

10:50AM   18    HANDLING ROBOT.

10:50AM   19        AND THE WAY THE 3 SERIES WOULD WORK IS THAT THE PIPET

10:50AM   20    COULD PICK UP LITTLE TIPS AND VESSELS THAT ARE INSIDE THE

10:50AM   21    CARTRIDGE, ALLOW FOR THOSE CHEMICALS TO BE MIXED TOGETHER, MOVE

10:50AM   22    THEM TO THIS DETECTOR IN THE BACK, AND READ THEM OUT

10:50AM   23    TRANSMITTING THE DATA TO THE CLOUD.

10:50AM   24    Q.   NOW, IS THE DEVICE THAT IS DEPICTED HERE, IS THAT A

10:50AM   25    PROTOTYPE, OR IS THAT THE ACTUAL DEVICE?

10:50AM 1    A.   THIS WAS AN ACTUAL DEVICE.

10:50AM 2    Q.   HOW LONG DID IT TAKE TO GO FROM THE PROBLEMS THAT YOU

10:50AM 3    REALIZED YOU HAD AROUND THE TIME OF THE NOVARTIS DEMONSTRATION

10:51AM 4    UNTIL YOU HAD A FINISHED 3.0 DEVICE?

10:51AM 5    A.   IT WAS WITHIN ABOUT A YEAR.

10:51AM 6    Q.   OKAY.  AND WHILE YOU WERE DOING THAT, DID YOU CONTINUE TO

10:51AM 7    WORK ON DEVELOPING SMALL SAMPLE ASSAYS?

10:51AM 8    A.   YES.

10:51AM 9    Q.   AND DID THE COMPANY CONTINUE TO WORK ON DEVELOPING ITS

10:51AM 10   SOFTWARE?

10:51AM 11   A.   WE DID.

10:51AM 12   Q.   WHO WAS LEADING THE COMPANY'S DEVELOPMENT OF ASSAYS DURING

10:51AM 13   THE PERIOD YOU WERE WORKING TO DEVELOP THE 3.0 DEVICE?

10:51AM 14   A.   DR. IAN GIBBONS AND GARY FRENZEL.

10:51AM 15   Q.   NOW, WHEN WOULD YOU SAY THE 3 SERIES DEVICE WAS FINALIZED

10:51AM 16   AND ACTUALLY A PRODUCT THAT THERANOS COULD OFFER?

10:51AM 17   A.   BY THE END OF 2007 OR SO.

10:51AM 18   Q.   OKAY.  AND AT THAT TIME, DID YOU -- HAD YOU BEGUN TO FORM

10:51AM 19   AN UNDERSTANDING OF THE BENEFITS OF THERANOS TECHNOLOGY

10:51AM 20   RELATIVE TO TRADITIONAL BLOOD TESTING TECHNOLOGY?

10:52AM 21   A.   YES.

10:52AM 22   Q.   AND CAN YOU TELL US ABOUT SOME OF THOSE ADVANTAGES AS YOU

10:52AM 23   UNDERSTOOD THEM?  DID YOU CONSIDER THE PERFORMANCE -- THE 3.0

10:52AM 24   DEVICE TO COMPARE FAVORABLY OR UNFAVORABLY WITH REGARD TO

10:52AM 25   TRADITIONAL SYSTEMS IN TERMS OF THE ABILITY TO ELIMINATE HUMAN

10:52AM   1    INTERVENTION IN THE PROCESS?

10:52AM   2             MR. LEACH:  LEADING, YOUR HONOR.

10:52AM   3             THE COURT:  WELL, IT WAS LEADING.

10:52AM   4        BUT DID YOU UNDERSTAND THE QUESTION?

10:52AM   5             THE WITNESS:  I DO.

10:52AM   6    BY MR. DOWNEY:

10:52AM   7    Q.   HOW DO YOU THINK IT AFFECTS --

10:52AM   8             THE COURT:  ARE YOU GOING TO WITHDRAW THAT QUESTION?

10:52AM   9             MR. DOWNEY:  I WILL WITHDRAW IT.

10:52AM  10             THE COURT:  AND DO YOU WANT TO ASK ANOTHER QUESTION?

10:52AM  11             MR. DOWNEY:  I DON'T WANT TO HAVE ANY CONTROVERSY

10:52AM  12    ABOUT THIS.

10:52AM  13    Q.   WHAT EFFECT DID YOU THINK THAT THIS HAD ON THE USE OF

10:52AM  14    AUTOMATION IN CONDUCTING BLOOD TESTING?

10:52AM  15    A.   WE THOUGHT THIS WAS A REALLY BIG IDEA BECAUSE THESE ROBOTS

10:52AM  16    THAT ARE USED IN THE TRADITIONAL LAB HAD NOT, AS FAR AS WE

10:53AM  17    KNOW, BEEN MINIATURIZED TO RUN IN A DEVICE THAT COULD BE PUT AT

10:53AM  18    THE POINT OF CARE, AND THAT MEANT TWO THINGS.

10:53AM  19        ONE, THAT THE HUMAN PROCESSING THAT IS OFTEN REQUIRED WITH

10:53AM  20    TESTING WOULD NOT BE REQUIRED IN THE SAME WAY WITH THIS DEVICE

10:53AM  21    AND THAT TESTING IS A SOURCE OF A HUGE AMOUNT OF THE ERROR IN

10:53AM  22    TRADITIONAL LAB TESTING.

10:53AM  23        IT ALSO MEANT THAT WE HAD A DEVICE THAT COULD BE

10:53AM  24    PROGRAMMED TO RUN ANY PROTOCOL THAT WE DEVELOPED IN THE LAB,

10:53AM  25    WHICH MEANT NOW, UNLIKE A GLUCOSE METER, WE DID NOT HAVE TO BE

10:53AM  1    RESTRICTED TO JUST ONE TEST THAT COULD RUN ON THE DEVICE.

10:53AM  2    Q.   LET ME SHOW YOU EXHIBIT 7161 AND ASK IF YOU CAN IDENTIFY

10:53AM  3    THAT EXHIBIT.  IT SHOULD BE IN THAT SAME BOOK.

10:54AM  4    A.   YES.

10:54AM  5    Q.   AND WHAT IS EXHIBIT 7161?  IS THIS AN EMAIL THAT -- IS

10:54AM  6    THAT AN EMAIL THAT YOU EXCHANGED WITH INDIVIDUALS AT THERANOS

10:54AM  7    ABOUT THE TECHNOLOGY AND ERROR RATES WITH RESPECT TO THE

10:54AM  8    TECHNOLOGY?

10:54AM  9    A.   YES.

10:54AM  10           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:54AM  11   7161.

10:54AM  12           MR. LEACH:  NO OBJECTION.

10:54AM  13           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:54AM  14       (DEFENDANT'S EXHIBIT 7161 WAS RECEIVED IN EVIDENCE.)

10:54AM  15   BY MR. DOWNEY:

10:54AM  16   Q.   LET ME SHOW YOU THE TOP OF THE EMAIL.  THIS APPEARS TO BE

10:54AM  17   AN EMAIL FROM SOMEONE NAMED TONY NUGENT TO YOU IN 2011; IS THAT

10:54AM  18   RIGHT?

10:54AM  19   A.   YES.

10:54AM  20   Q.   AND THAT'S A LITTLE LATER THAN THE PERIOD THAT WE'RE

10:54AM  21   TALKING ABOUT?

10:54AM  22   A.   IT IS, YES.

10:54AM  23   Q.   IF YOU LOOK AT THE BODY OF THE EMAIL, CAN YOU HELP US

10:54AM  24   UNDERSTAND WHAT THIS EMAIL CONVEYED TO YOU AROUND THE TIME THAT

10:55AM  25   YOU RECEIVED IT IN 2011?

10:55AM  1    A.   YES.  CAN I TAKE A MINUTE JUST TO LOOK AND READ IT?

10:55AM  2    Q.   SURE.  AND JUST FOR YOUR ATTENTION, I'M INTERESTED IN

10:55AM  3    FOCUSSING REALLY ON THE PART OF THE DISCUSSION THAT IS ON THE

10:55AM  4    SIXTH OR THE SEVENTH LINE OF THE EMAIL, THERE'S A SENTENCE THAT

10:55AM  5    BEGINS, "ACCORDINGLY."

10:55AM  6         DO YOU SEE THAT SENTENCE?  WHY DON'T YOU TAKE A MOMENT AND

10:55AM  7    REVIEW THAT AND THEN I'LL ASK YOU THE QUESTION.

10:55AM  8    A.   YES.

10:55AM  9    Q.   SO IS THIS AN EXCERPT FROM A PROFESSIONAL JOURNAL THAT WAS

10:55AM 10    FORWARDED TO YOU?

10:55AM 11    A.   IT IS.

10:55AM 12    Q.   AND DO YOU SEE THERE'S A SENTENCE THAT READS,

10:55AM 13    "ACCORDINGLY, LACK OF STANDARDIZED PROCEDURES FOR SAMPLE

10:55AM 14    COLLECTION, INCLUDING PATIENT PREPARATION, SPECIMEN

10:55AM 15    ACQUISITION, HANDLING AND STORAGE, ACCOUNT FOR UP TO 93 PERCENT

10:55AM 16    OF THE ERRORS CURRENTLY ENCOUNTERED WITHIN THE ENTIRE

10:55AM 17    DIAGNOSTIC PROCESS."

10:56AM 18    A.   YES.

10:56AM 19    Q.   AND WHAT DID YOU UNDERSTAND THAT TO MEAN AT THE TIME THAT

10:56AM 20    YOU RECEIVED THIS IN 2011?

10:56AM 21    A.   I UNDERSTOOD THAT THIS WAS SAYING THAT THE MAJORITY OF

10:56AM 22    ERROR THAT HAPPENS IN THE LAB TESTING PROCESS HAPPENS IN WHAT

10:56AM 23    THEY'RE CALLING PREANALYTICAL PROCESSING OF SAMPLES.

10:56AM 24         SO THIS IS BEFORE THE ANALYSIS IS EVEN DONE, AND THAT

10:56AM 25    MEANT IF WE HAD THE ABILITY TO AUTOMATE MUCH OF THAT PROCESS,

| | | |
|---|---|---|
| 10:56AM | 1 | WE COULD REDUCE THE ERROR ASSOCIATED WITH TRADITIONAL LAB |
| 10:56AM | 2 | TESTING. |
| 10:56AM | 3 | Q.   AND WITH THIS 3.0 SYSTEM, DID THERE COME A TIME WHEN |
| 10:56AM | 4 | THERANOS BEGAN TO TRY TO WORK AGAIN WITH PHARMACEUTICAL |
| 10:56AM | 5 | COMPANIES? |
| 10:56AM | 6 | A.   YES. |
| 10:56AM | 7 | Q.   AND LET ME SHOW YOU AN EMAIL THAT IS MARKED AT 15022. |
| 10:57AM | 8 | A.   OKAY. |
| 10:57AM | 9 | Q.   IS 15022 AN EMAIL THAT WAS SENT TO YOU BY SOME SCIENTISTS |
| 10:57AM | 10 | AT THERANOS REGARDING THE THERANOS SYSTEM IN 2008? |
| 10:57AM | 11 | A.   YES. |
| 10:57AM | 12 | MR. DOWNEY:  I MOVE THE ADMISSION OF 15022. |
| 10:57AM | 13 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 10:57AM | 14 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:57AM | 15 | (DEFENDANT'S EXHIBIT 15022 WAS RECEIVED IN EVIDENCE.) |
| 10:57AM | 16 | BY MR. DOWNEY: |
| 10:57AM | 17 | Q.   PRIOR TO -- OR STRIKE THAT. |
| 10:57AM | 18 | AROUND THE TIME THAT THERANOS WAS WORKING WITH |
| 10:57AM | 19 | PHARMACEUTICAL COMPANIES, DID YOU TAKE -- UNDERTAKE EFFORTS TO |
| 10:57AM | 20 | TRY TO UNDERSTAND THE BENEFITS OF THE SYSTEM DESIGN IN |
| 10:58AM | 21 | CONNECTION WITH PHARMACEUTICAL TRIALS AND OTHER APPLICATIONS? |
| 10:58AM | 22 | A.   YES. |
| 10:58AM | 23 | Q.   AND WHY DID YOU DO THAT? |
| 10:58AM | 24 | A.   I'M SORRY.  DID YOU SAY WHY? |
| 10:58AM | 25 | Q.   WHY? |

10:58AM  1    A.   BECAUSE WE BELIEVED THAT OUR PRODUCT COULD BE USED BY

10:58AM  2    PHARMACEUTICAL COMPANIES TO HELP GET BETTER INSIGHT INTO HOW A

10:58AM  3    DRUG WOULD WORK, AND TO HELP SPEED THE AMOUNT OF TIME THAT IT

10:58AM  4    WOULD TAKE TO RUN A STUDY.

10:58AM  5    Q.   OKAY.  LET'S LOOK AT THE SECOND PAGE OF THIS EXHIBIT.

10:58AM  6         IS THIS A POWERPOINT FOR A PRESENTATION THAT YOU GOT FROM

10:58AM  7    MR. GIBBONS?

10:58AM  8    A.   YES.

10:58AM  9    Q.   LET ME ASK YOU TO FLIP TO THE NEXT PAGE.

10:58AM  10        I WANT TO ASK YOU SOME QUESTIONS ABOUT THE DISCUSSION ON

10:58AM  11   THIS SLIDE.

10:58AM  12        GENERALLY, AFTER YOU HAVE AN OPPORTUNITY TO LOOK THROUGH

10:58AM  13   IT, LET ME ASK YOU, IS THIS A DESCRIPTION OF THE FEATURES OF

10:58AM  14   THE SYSTEM AND ITS RELEVANT BENEFITS?

10:59AM  15   A.   IT IS.

10:59AM  16   Q.   THERE'S A BULLET POINT AT THE TOP THAT SAYS "MULTIPLEXED

10:59AM  17   MEASUREMENT OF BIOMARKERS."

10:59AM  18        WHAT IS MULTIPLEXED MEASUREMENT?

10:59AM  19   A.   IT MEANS THAT MULTIPLE TESTS COULD BE RUN AT THE SAME TIME

10:59AM  20   ON A SINGLE CARTRIDGE, ON A SINGLE DEVICE.

10:59AM  21   Q.   AND THE NEXT ENTRY SAYS "SERIAL MEASUREMENT."

10:59AM  22        WHAT DOES THAT MEAN?

10:59AM  23   A.   IT'S REFERRING TO THE FACT THAT SINCE WE HAD SUCH A SMALL

10:59AM  24   SAMPLE, WE COULD TAKE MORE SAMPLES FROM SOMEONE OVER TIME,

10:59AM  25   WHICH WOULD ALLOW US TO SEE HOW THINGS IN THEIR BLOOD WERE

10:59AM 1    CHANGING.

10:59AM 2    Q.   AND IS THAT WHY A SMALL SAMPLE SIZE IS REFERENCED A FEW

10:59AM 3    ENTRIES DOWN?

10:59AM 4    A.   IT IS.

10:59AM 5    Q.   OKAY.  LET ME ASK YOU TO SKIP ABOUT THREE LINES DOWN FROM

10:59AM 6    THE SMALL SAMPLE SIZE AND DIRECT YOUR ATTENTION TO HIGH

10:59AM 7    SENSITIVITY?

10:59AM 8    A.   YES.

10:59AM 9    Q.   IS THIS A FEATURE OF THE SYSTEM THAT IS BEING EXPLAINED TO

11:00AM 10   YOU BY DR. GIBBONS AT THIS TIME?

11:00AM 11   A.   YES.

11:00AM 12   Q.   AND WHAT DOES HIGH SENSITIVITY MEAN TO YOUR UNDERSTANDING?

11:00AM 13   A.   IT MEANS THAT IF SOMETHING IS PRESENT IN THE BLOOD AT A

11:00AM 14   REALLY, REALLY LOW CONCENTRATION, WE COULD MEASURE IT, AND WE

11:00AM 15   COULD DO THAT AT THIS REALLY LOW LEVEL OF 0.2 PICOGRAMS PER

11:00AM 16   MIL.

11:00AM 17   Q.   AND IF YOU GO DOWN A FEW MORE LINES, THERE'S A REFERENCE

11:00AM 18   TO FACTORY CALIBRATION.

11:00AM 19        DO YOU SEE THAT?

11:00AM 20   A.   I DO.

11:00AM 21   Q.   AND WHAT DOES FACTORY CALIBRATION MEAN?

11:00AM 22   A.   THIS IS TALKING ABOUT THE FACT THAT WE WERE BUILDING

11:00AM 23   DEVICES TO BE USED IN THE FIELD, AND ONE OF OUR INVENTIONS WAS

11:00AM 24   AROUND HOW WE WOULD CALIBRATE THOSE DEVICES TO BE THE SAME AS

11:00AM 25   EACH OTHER.

HOLMES DIRECT BY MR. DOWNEY (RES.)                                7382

11:00AM   1      SO IF WE DEPLOYED A DEVICE IN ONE STATE AND ANOTHER DEVICE

11:01AM   2   IN THE OTHER STATE, THE DEVICES THEMSELVES WERE DESIGNED TO BE

11:01AM   3   EQUIVALENT.

11:01AM   4      AND THAT'S DIFFERENT THAN IF YOU MADE A BIG MACHINE FOR

11:01AM   5   THE TRADITIONAL LAB, GENERALLY THOSE DEVICES ARE NOT CALIBRATED

11:01AM   6   TO EACH OTHER, SO A BIG MACHINE IN A TRADITIONAL LAB IN

11:01AM   7   PALO ALTO MIGHT BE DIFFERENT THAN A BIG MACHINE IN A

11:01AM   8   TRADITIONAL LAB IN SAN FRANCISCO.

11:01AM   9   Q.   OKAY.  THE LAST ITEM REFERS TO PROPRIETARY ALGORITHMS.

11:01AM   10  WHY IS THAT BEING DESCRIBED AS A FEATURE OF THE THERANOS SYSTEM

11:01AM   11  DESIGN?

11:01AM   12  A.   ONE OF THE KEY PARTS OF OUR SYSTEM WAS THE SOFTWARE AND

11:01AM   13  THE DATA PART, AND WHAT WE WERE TRYING TO DO WAS HELP PEOPLE

11:01AM   14  UNDERSTAND WHERE THEY WERE HEADED WITH THEIR HEALTH BASED ON

11:01AM   15  THEIR LAB RESULTS, AND THAT'S WHAT THE ALGORITHM IS TALKING

11:01AM   16  ABOUT.

11:01AM   17  Q.   OKAY.  LET ME ASK YOU TO MOVE TOWARDS THE END OF THIS

11:02AM   18  PRESENTATION TO PAGE 14, A PAGE THAT IS LABELLED CONCLUSIONS.

11:02AM   19      MAYBE WE CAN BRING IT UP HERE.

11:02AM   20      I'D LIKE YOU TO JUST TAKE US THROUGH THE BULLET POINTS ON

11:02AM   21  EXHIBIT 15022, AND HELP US UNDERSTAND THE CONCLUSIONS THAT WERE

11:02AM   22  BEING PRESENTED TO YOU AT THIS TIME.

11:02AM   23      DID, DID YOU -- WERE YOU PRESENTED WITH THE CONCLUSION

11:02AM   24  THAT PERFORMANCE DESIGN GOALS OF THE SYSTEM HAVE BEEN

11:02AM   25  DEMONSTRATED?

11:02AM  1      A.   YES.

11:02AM  2      Q.   AND WHAT DID THAT MEAN?

11:02AM  3      A.   THAT MEANT THAT THOSE DESIGN FEATURES THAT WE WERE TALKING

11:02AM  4      ABOUT ON THE EARLIER PAGE HAD BEEN DEMONSTRATED.

11:02AM  5      Q.   OKAY.  THE SECOND BULLET POINT SAYS, "THE SYSTEM IS NOW IN

11:02AM  6      CLINICAL EVALUATION."

11:02AM  7           THIS IS AS OF 2008 IN THE MIDDLE OF THE YEAR.  WHAT DID

11:03AM  8      THAT MEAN?

11:03AM  9      A.   THAT MEANT THAT WE HAD SHIPPED THE SYSTEM TO SEVERAL

11:03AM  10     DIFFERENT SITES TO BE USED IN CLINICAL PROGRAMS FOR EVALUATION.

11:03AM  11     Q.   OKAY.  AND YOU WERE TOLD THAT THE CLINICAL EVALUATION

11:03AM  12     RESULTS HAD BEEN EXCELLENT; IS THAT RIGHT?

11:03AM  13     A.   I WAS.

11:03AM  14     Q.   AND THEN THE LAST ENTRY REFERS TO THE SCALE-UP AND GMP

11:03AM  15     DOCUMENTATION AND 510K SUBMISSIONS ARE IN HAND.

11:03AM  16          LET ME BREAK THAT DOWN A LITTLE BIT.

11:03AM  17          WHAT DOES SCALE-UP MEAN?

11:03AM  18     A.   SCALE-UP MEANS GROWING, MAKING MORE OF THESE DEVICES,

11:03AM  19     CARTRIDGES, CHEMISTRY, AND GETTING THE SOFTWARE SYSTEM REALLY

11:03AM  20     ROBUST.

11:03AM  21     Q.   AND THEN THERE'S A REFERENCE TO GMP DOCUMENTATION.

11:03AM  22          WHAT DOES THAT MEAN?

11:03AM  23     A.   THAT IS THE DOCUMENTATION THAT IS USED FOR MANUFACTURING

11:03AM  24     TO ENSURE THAT WE'RE MAKING THE DEVICES THE RIGHT WAY AND THAT

11:04AM  25     WE HAVE GOOD QUALITY SYSTEMS OVERSEEING THAT PROCESS.

11:04AM 1    Q.   OKAY.  AND THERE'S A REFERENCE TO 510K SUBMISSIONS.  WHAT

11:04AM 2    ARE 510K SUBMISSIONS?

11:04AM 3    A.   FDA SUBMISSIONS.

11:04AM 4    Q.   OKAY.  WHAT, IF ANYTHING, DID YOU TAKE AWAY FROM

11:04AM 5    DR. GIBBONS'S PRESENTATION?

11:04AM 6    A.   I TOOK AWAY THAT WE WERE HITTING THE DESIGN GOALS FOR THIS

11:04AM 7    SYSTEM AND THAT THE SYSTEM WAS PERFORMING IN A WAY THAT WAS

11:04AM 8    EXCELLENT IN CLINICAL SITES.

11:04AM 9    Q.   AND IN 2008 AND 2009, DID THERANOS MAKE EFFORTS TO TRY TO

11:04AM 10   USE ITS 3.0 SYSTEM IN CONNECTION WITH OPPORTUNITIES IN

11:04AM 11   CONNECTION WITH THE DEPARTMENT OF DEFENSE?

11:04AM 12   A.   YES.

11:04AM 13   Q.   AND DID IT ATTEMPT TO USE ITS 3.0 DEVICE IN CONNECTION

11:04AM 14   WITH RESEARCH STUDIES AT STANFORD UNIVERSITY?

11:04AM 15   A.   WE DID.

11:04AM 16   Q.   AND DID, DID THERANOS USE ITS 3.0 DEVICE TO WORK WITH

11:05AM 17   PHARMACEUTICAL COMPANIES IN THAT PERIOD?

11:05AM 18   A.   YES.

11:05AM 19   Q.   LET'S START WITH THE DEPARTMENT OF DEFENSE.

11:05AM 20        WHAT PROGRAMS DID THERANOS ATTEMPT TO PARTNER WITH THE

11:05AM 21   DEPARTMENT OF DEFENSE ON IN 2008 AND 2009?

11:05AM 22   A.   THERE WERE SEVERAL.  ONE WAS SEEING WHETHER THERE WERE

11:05AM 23   MARKERS IN THE BLOOD THAT COULD PREDICT PTSD.  ANOTHER WAS

11:05AM 24   ASSOCIATED WITH DIABETES MANAGEMENT.  ANOTHER WAS DEALING WITH

11:05AM 25   INFECTION IN TRAUMA PATIENTS AND SEEING IF YOU COULD BETTER

HOLMES DIRECT BY MR. DOWNEY (RES.)

11:05AM  1    PREDICT WHEN THAT INFECTION HIT THE BLOODSTREAM AND PEOPLE WERE

11:05AM  2    GOING TO GET REALLY SICK.

11:05AM  3    Q.   WELL, LET'S TAKE A STEP BACK.

11:05AM  4         WHAT PART OF DOD DID THERANOS ATTEMPT TO PARTNER WITH TO

11:05AM  5    PERFORM THE RESEARCH THAT YOU'VE JUST DESCRIBED?

11:05AM  6    A.   AN ORGANIZATION CALLED TATRC.

11:06AM  7    Q.   AND IN CONNECTION WITH THE PROGRAMS THAT YOU'VE JUST

11:06AM  8    DESCRIBED, WERE THEY TO BE RESEARCH STUDIES IN CONNECTION WITH

11:06AM  9    TATRC?

11:06AM  10   A.   YES.

11:06AM  11   Q.   AND CAN YOU, CAN YOU SPELL TATRC?

11:06AM  12   A.   T-A -- I'M SORRY.  T-A-T-R-C.

11:06AM  13   Q.   WAS THERANOS SUCCESSFUL IN FORMING A PARTNERSHIP WITH

11:06AM  14   TATRC IN 2008 AND 2009?

11:06AM  15   A.   NO.

11:06AM  16   Q.   DID YOU MET ANY PERSONNEL FROM THE DEPARTMENT OF DEFENSE

11:06AM  17   WITH WHOM THERANOS WOULD LATER WORK IN CONNECTION WITH THOSE

11:06AM  18   EFFORTS TO PARTNER IN 2008 AND 2009?

11:06AM  19   A.   YES.

11:06AM  20   Q.   WHO DID YOU MEET?

11:06AM  21   A.   WE MET COLONEL CHUNG AT THE INSTITUTE FOR SURGICAL

11:06AM  22   RESEARCH FOR THE ARMY.

11:06AM  23   Q.   AND WHO WAS COLONEL CHUNG?

11:07AM  24   A.   HE WAS A PHYSICIAN WHO WAS OVERSEEING A NUMBER OF RESEARCH

11:07AM  25   PROGRAMS IN TEXAS.

11:07AM   1    Q.   AND DID THERANOS PARTNER WITH RESEARCHERS AT STANFORD

11:07AM   2    UNIVERSITY TO PERFORM A STUDY ON SEPSIS IN 2008 AND 2009?

11:07AM   3    A.   YES.

11:07AM   4    Q.   LET ME SHOW YOU EXHIBIT 12065.

11:07AM   5    A.   OKAY.

11:07AM   6    Q.   CAN YOU IDENTIFY 12065?

11:07AM   7    A.   YES.  THIS IS ANOTHER UPDATE FROM DR. GIBBONS ABOUT THE

11:08AM   8    PERFORMANCE OF OUR TECHNOLOGY IN CLINICAL STUDIES.

11:08AM   9    Q.   AND WAS THIS PRESENTATION GIVEN AROUND JUNE OF 2008?

11:08AM  10    A.   YES.

11:08AM  11    Q.   LET ME ASK YOU TO LOOK AT THE SECOND PAGE OF THE EXHIBIT.

11:08AM  12         WELL, IT MIGHT BE EASIER TO DO ON THE SCREEN.

11:08AM  13         YOUR HONOR, CAN WE ADMIT EXHIBIT 12065?

11:08AM  14              MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:08AM  15              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:08AM  16         (DEFENDANT'S EXHIBIT 12065 WAS RECEIVED IN EVIDENCE.)

11:08AM  17    BY MR. DOWNEY:

11:08AM  18    Q.   LET ME ASK YOU TO GO TO THE SECOND AND THIRD PAGES.

11:08AM  19         SO THIS IS A REPORT ON THERANOS CLINICAL STUDY?

11:08AM  20    A.   YES.

11:08AM  21    Q.   AND IF YOU GO TO THE NEXT PAGE, THERE'S A REFERENCE TO THE

11:08AM  22    STANFORD AML STUDY.

11:08AM  23         WHAT IS THAT A REFERENCE TO?

11:09AM  24    A.   THAT IS A STUDY WE WERE RUNNING WITH STANFORD ON AML

11:09AM  25    PATIENTS.  THESE ARE CANCER PATIENTS.

11:09AM   1    Q.   OKAY.  AND LET ME ASK YOU TO LOOK AT THE SEVENTH PAGE OF

11:09AM   2    THE EXHIBIT, AND DO YOU SEE WHERE IT'S LABELLED "STUDY DESIGN"

11:09AM   3    ON PAGE 6 OF THE SLIDE, PAGE 7 OF THE EXHIBIT?

11:09AM   4    A.   YES.

11:09AM   5    Q.   AND IS THIS A DESCRIPTION OF, OF THE STEPS THAT WERE TAKEN

11:09AM   6    IN CONNECTION WITH THE STUDY?

11:09AM   7    A.   IT IS.

11:09AM   8    Q.   AND CAN YOU, CAN YOU TELL US HOW THE STUDY WAS DESIGNED TO

11:09AM   9    WORK?

11:09AM   10   A.   THE STUDY WAS DESIGNED SUCH THAT SAMPLES THAT WERE

11:09AM   11   COLLECTED FROM THESE PATIENTS WERE SHIPPED TO THERANOS AND RUN

11:09AM   12   ON THERANOS DEVICES, AND DATA WAS PROVIDED BACK TO STANFORD.

11:09AM   13   Q.   AND THERE'S A REFERENCE TO CLINICAL INFORMATION BEING

11:10AM   14   COLLECTED AT THE BOTTOM OF THE PAGE.

11:10AM   15        DO YOU SEE THAT?

11:10AM   16   A.   I DO.

11:10AM   17   Q.   AND CAN YOU JUST GIVE US A SENSE OF THE CLINICAL

11:10AM   18   CONDITIONS THAT WERE BEING STUDIED AND WHY IT WAS IMPORTANT TO

11:10AM   19   STUDY THEM?

11:10AM   20   A.   YES.  THESE PATIENTS WERE VERY SICK AND THEIR IMMUNE

11:10AM   21   SYSTEMS WEREN'T WORKING WELL ANYMORE, AND SO THERE WAS A REALLY

11:10AM   22   HIGH RISK THAT THEY COULD GET INFECTED.

11:10AM   23        WE WERE MEASURING THEIR BLOOD TRYING TO PREDICT WHEN THAT

11:10AM   24   WOULD HAPPEN SO THAT THEY COULD GET ANTIBIOTIC OR OTHER

11:10AM   25   TREATMENT EARLIER IN THE FUTURE IF TESTS LIKE THIS COULD BE

11:10AM  1    MADE AVAILABLE.

11:10AM  2    Q.   OKAY.  LET ME ASK YOU TO LOOK AT PAGE 23, SLIDE 22.

11:10AM  3         AND ARE THESE THE CONCLUSIONS OF THE STUDY?

11:11AM  4    A.   YES.

11:11AM  5    Q.   IF YOU'LL LOOK AT THE FIRST BULLET POINT, IT SAYS, "VERY

11:11AM  6    CLEAR PATTERNS OF DISEASE PROGRESSION, REMISSION AND EFFECTS OF

11:11AM  7    THERAPIES ARE APPARENT."

11:11AM  8         CAN YOU EXPLAIN WHAT THAT MEANS?

11:11AM  9    A.   YES.  WHAT DR. GIBBONS IS SAYING IS THAT BASED ON THE

11:11AM 10    FREQUENCY OF SAMPLES THAT WE COULD GET, WE'RE ACTUALLY SEEING

11:11AM 11    PATTERNS THAT SHOW THE DISEASE PROGRESSING, SHOW IT REGRESSING,

11:11AM 12    AND SHOW HOW THERAPIES ARE WORKING ON PATIENTS.

11:11AM 13    Q.   AND IF YOU'LL LOOK AT THE SECOND BULLET POINT, WHICH

11:11AM 14    BEGINS "GOOD CORRELATIONS," CAN YOU EXPLAIN THAT?

11:11AM 15    A.   YES.  HE'S SAYING THAT THESE TRENDS IN THE BLOOD DATA ARE

11:11AM 16    CORRELATING WITH WHAT IS ACTUALLY HAPPENING TO THE PATIENTS.

11:11AM 17    Q.   OKAY.  AND IF YOU GO -- SKIP THE NEXT BULLET POINT.

11:11AM 18    THERE'S A REFERENCE IN THE FOURTH BULLET POINT TO ASSAY RESULTS

11:12AM 19    AND IT MENTIONS HOW PRECISE THEY ARE.

11:12AM 20         TELL US THE SIGNIFICANCE OF THAT FROM YOUR PERSPECTIVE AT

11:12AM 21    THIS TIME.

11:12AM 22    A.   IT MEANT OUR SYSTEM WAS WORKING WELL.

11:12AM 23    Q.   AND, AND WHEN IT SAYS ASSAY RESULTS HAVE BEEN PRECISE,

11:12AM 24    WHAT EXACTLY DID IT MEAN?

11:12AM 25    A.   IT MEANT THAT OUR SCIENTISTS WERE LOOKING AT THE DATA FROM

11:12AM  1    THE STUDY AND EVALUATING HOW PRECISE THEY WERE TO ASSESS HOW

11:12AM  2    GOOD THE SYSTEM WAS.

11:12AM  3    Q.   OKAY.  AT THIS TIME IT LOOKS LIKE FROM THIS PRESENTATION

11:12AM  4    THE STUDY WAS ABOUT TWO-THIRDS COMPLETE; IS THAT RIGHT?

11:12AM  5    A.   YES.

11:12AM  6    Q.   AND WAS THE STUDY CONCLUDED?

11:12AM  7    A.   YES.

11:12AM  8    Q.   AND WERE THE RESULTS OF THE STUDY ULTIMATELY PUBLISHED IN

11:12AM  9    A CLINICAL JOURNAL?

11:12AM  10   A.   YES.

11:12AM  11   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15002.

11:12AM  12        AND I'LL ASK IF YOU CAN IDENTIFY THAT?

11:12AM  13   A.   YES.  THIS IS THE PEER REVIEWED PAPER PUBLISHING THE

11:13AM  14   RESULTS OF THE STUDY.

11:13AM  15   Q.   OKAY.  AND IF YOU WOULD LOOK AT THE SECOND PAGE OF THAT

11:13AM  16   EXHIBIT, I'M SORRY, THE FIRST PAGE OF THAT EXHIBIT.

11:13AM  17        DO YOU SEE IN THE MIDDLE COLUMN THE REFERENCE TO JUST THE

11:13AM  18   SENTENCE, WITHOUT DESCRIBING IT, IT SAYS A COMMON LIMITATION?

11:13AM  19   A.   YES.

11:13AM  20        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:13AM  21   15002.

11:13AM  22        MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:13AM  23        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:13AM  24   (DEFENDANT'S EXHIBIT 15002 WAS RECEIVED IN EVIDENCE.)

11:14AM  25        MR. DOWNEY:  AND LET ME ASK TO DISPLAY THE LANGUAGE

11:14AM  1    IN THE MIDDLE COLUMN THAT SAYS "A COMMON LIMITATION."

11:14AM  2    Q.   DO YOU SEE A REFERENCE THERE TO THE LOW FREQUENCY OF

11:14AM  3    MEASUREMENT?

11:14AM  4    A.   YES.

11:14AM  5    Q.   WHAT DOES LOW FREQUENCY OF MEASUREMENT REFER TO IN THIS

11:14AM  6    ARTICLE?

11:14AM  7    A.   IT MEANS THAT IF YOU CAN'T TAKE A LOT OF BLOOD OUT OF

11:14AM  8    SOMEONE, AND THEREFORE, YOU DON'T GET A LOT OF SAMPLES OVER

11:14AM  9    TIME, YOU, YOU DON'T HAVE A TIME SERIES.

11:14AM  10   Q.   AND IN PART, WAS THIS STUDY DESIGNED TO SEE WHAT EFFECT

11:14AM  11   THERANOS'S ABILITY TO TAKE SMALL SAMPLES WOULD HAVE ON THE

11:14AM  12   ABILITY TO GET MEASUREMENTS?

11:14AM  13   A.   YES.

11:14AM  14   Q.   AND WHAT WERE THE RESULTS OF THE STUDY IN TERMS OF WHAT

11:14AM  15   THE EFFECTS WERE OF EARLIER INTERVENTION ON PATIENTS WHO WERE

11:15AM  16   AT RISK OF INFECTION?

11:15AM  17   A.   THE STUDY SHOWED SOME PRELIMINARY TRENDS INDICATING THAT

11:15AM  18   IF YOU COULD TAKE SAMPLES FREQUENTLY, YOU MIGHT ACTUALLY BE

11:15AM  19   ABLE TO PREDICT SEPSIS USING THESE KIND OF MARKERS.  BUT THERE

11:15AM  20   WAS A VERY SMALL NUMBER OF PEOPLE IN THE STUDY, AND MORE

11:15AM  21   STUDIES WERE NEEDED.

11:15AM  22   Q.   DID THE STUDY REACH ANY CONCLUSIONS WITH REGARD TO THE

11:15AM  23   QUALITY OF THERANOS'S TECHNOLOGY?

11:15AM  24   A.   I'M, I'M NOT SURE.

11:15AM  25   Q.   OKAY.

11:15AM  1    A.   I THINK SO, YES.

11:15AM  2    Q.   BUT YOU'RE NOT CERTAIN AT THIS STAGE MANY YEARS LATER?

11:15AM  3    A.   I REMEMBER DR. GIBBONS TALKING ABOUT THE FACT THAT THE

11:15AM  4    RESULTS WERE PRECISE, BUT I'M NOT SURE WHAT WAS IN THIS PAPER.

11:15AM  5    Q.   OKAY.  FAIR ENOUGH.

11:15AM  6              MR. LEACH:  YOUR HONOR.

11:15AM  7              THE COURT:  EXCUSE ME, MR. DOWNEY.

11:15AM  8              MR. LEACH:  HEARSAY.  I DON'T MIND THAT LAST ANSWER

11:16AM  9    COMING IN FOR THE STATE OF MIND, BUT TALKING ABOUT WHAT

11:16AM 10    DR. GIBBONS THOUGHT IS HEARSAY.

11:16AM 11              MR. DOWNEY:  I THINK IT CERTAINLY GOES TO STATE OF

11:16AM 12    MIND.

11:16AM 13              THE COURT:  IT'S ADMITTED.  THAT'S FINE.

11:16AM 14         YOU CAN ASK ANOTHER QUESTION.

11:16AM 15    BY MR. DOWNEY:

11:16AM 16    Q.   IN ADDITION TO THE DEPARTMENT OF DEFENSE AND TO WHAT WE'VE

11:16AM 17    BEEN TALKING ABOUT WITH REGARD TO ACADEMIC RESEARCH STUDIES,

11:16AM 18    DID THERANOS BEGIN TO PARTNER WITH A LARGE NUMBER OF

11:16AM 19    PHARMACEUTICAL COMPANIES IN 2008 AND 2009?

11:16AM 20    A.   YES.

11:16AM 21    Q.   LET ME SHOW YOU EXHIBIT 7742.

11:16AM 22         DO YOU RECOGNIZE EXHIBIT 7742?

11:16AM 23    A.   I DO.

11:16AM 24    Q.   AND WHAT IS 7742?

11:17AM 25    A.   IT WAS ONE OF THE UPDATES THAT I GOT ON THE STUDIES THAT

11:17AM  1    THERANOS HAD COMPLETED AT THAT POINT IN TIME.

11:17AM  2    Q.   AND WERE THESE SPECIFICALLY STUDIES RELATED TO

11:17AM  3    PHARMACEUTICAL COMPANIES' WORK?

11:17AM  4    A.   YES.

11:17AM  5         MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:17AM  6    7742.

11:17AM  7         MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:17AM  8         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:17AM  9         (DEFENDANT'S EXHIBIT 7742 WAS RECEIVED IN EVIDENCE.)

11:17AM  10   BY MR. DOWNEY:

11:17AM  11   Q.   LET'S LOOK AT THE TOP OF THE EMAIL.  IT SEEMS TO BE

11:17AM  12   THERE'S AN EMAIL EXCHANGE THAT -- WHERE YOU'RE THE ADDRESSEE

11:17AM  13   AND IT'S SENT BY STEFAN HRISTU.  WHO WAS STEFAN HRISTU?

11:17AM  14   A.   STEFAN WAS IN THE TEAM WE CALLED CLIENT SOLUTIONS, WHICH

11:17AM  15   DID PRODUCT AND PRODUCT MANAGEMENT.

11:17AM  16   Q.   AND IT'S COPIED TO A PERSON NAMED CAROLYN BALKENHOL.  WHO

11:17AM  17   WAS CAROLYN BALKENHOL?

11:17AM  18   A.   CAROLYN BALKENHOL WAS MY ASSISTANT AND WORKED WITH ME ON A

11:17AM  19   NUMBER OF PROJECTS.

11:17AM  20   Q.   AND IF YOU GO TO THE NEXT PAGE, THERE'S A QUESTION, WHICH

11:18AM  21   IS, "WHERE IN THE WORLD IS THERANOS?"

11:18AM  22        AND IF YOU GO TO THE PAGE AFTER THAT, THERE APPEARS TO BE

11:18AM  23   A, WHAT IS LABELLED AS A "GEOGRAPHY TO DATE."

11:18AM  24        CAN YOU EXPLAIN THE QUESTION AND THE ANSWER THAT ARE IN

11:18AM  25   THESE SLIDES IN EXHIBIT 7742?

11:18AM  1    A.   YES.  THIS IS A MAP OF ALL OF THE PLACES THAT THERANOS

11:18AM  2    SYSTEMS HAD BEEN SHIPPED FOR USE IN CLINICAL STUDIES.

11:18AM  3    Q.   OKAY.  AND THEN LET'S GO TO THE NEXT PAGE.

11:18AM  4         BY THE WAY, WITH RESPECT TO MR. HRISTU'S TRANSMISSION OF

11:18AM  5    THIS TO YOU IN 2009, DO YOU KNOW IF THIS WAS DONE IN CONNECTION

11:18AM  6    WITH A PRESENTATION THAT YOU WERE GOING TO MAKE OR FOR ANY

11:18AM  7    OTHER PURPOSE?

11:18AM  8    A.   IT LIKELY WOULD BE.  I WOULD ASK FOR UPDATES ON OUR WORK

11:19AM  9    BEFORE I WOULD GO INTO MEETINGS WHERE I WAS GIVING

11:19AM 10    PRESENTATIONS.

11:19AM 11    Q.   OKAY.  LET'S LOOK AT THE SLIDE NUMBER 3, WHICH IS LABELLED

11:19AM 12    "COMPLETED SUCCESSES."

11:19AM 13         CAN YOU EXPLAIN THIS SLIDE TO US?

11:19AM 14    A.   YES.  THIS IS A LIST OF THE SUCCESSES THAT THE TEAM WAS

11:19AM 15    HIGHLIGHTING FOR ME WITH STUDIES WITH DIFFERENT PHARMACEUTICAL

11:19AM 16    COMPANIES AND THE STANDARD STUDY WE TALKED ABOUT, ANOTHER STUDY

11:19AM 17    AT THE MAYO CLINIC.

11:19AM 18    Q.   OKAY.  AND OTHER THAN THE REFERENCE TO STANFORD AND

11:19AM 19    MAYO CLINIC, ARE THE OTHER, ARE THE OTHER ITEMS LISTED, ARE

11:19AM 20    THESE ALL OF THE NAMES OF LARGE PHARMACEUTICAL COMPANIES?

11:19AM 21    A.   THEY ARE.

11:19AM 22    Q.   AND IS THIS GIVING A REPORT ON, ON THE STATUS OF THOSE AS

11:19AM 23    BEING COMPLETED?

11:19AM 24    A.   YES.

11:19AM 25    Q.   OKAY.  AND THE TERM "SUCCESSES" IS USED.  TO YOUR MIND,

11:20AM  1    WHAT WAS A SUCCESS IN AN ENGAGEMENT WITH A PHARMACEUTICAL

11:20AM  2    COMPANY IN 2008 OR 2009?

11:20AM  3    A.   A SUCCESS WAS THAT WE HAD SUCCESSFULLY ACHIEVED THE

11:20AM  4    OBJECTIVES OF THE PROGRAM.

11:20AM  5    Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE NEXT PAGE.

11:20AM  6         AND THIS PAGE IS LABELLED "ONGOING."

11:20AM  7         AND IT LISTS A NUMBER OF ITEMS THEREUNDER.  WHAT IS THIS

11:20AM  8    SLIDE REPORTING ON?

11:20AM  9    A.   THESE STUDIES AT THIS TIME WERE LIVE, SO THE STUDIES WERE

11:20AM  10   STILL ONGOING.

11:20AM  11   Q.   AND IF YOU GO BACK TO -- AND THE STUDIES THAT ARE

11:20AM  12   REFERENCED HERE, ARE THEY BEING DONE IN CONNECTION WITH

11:20AM  13   PHARMACEUTICAL COMPANIES?

11:20AM  14   A.   YES.

11:20AM  15   Q.   AND IS THE MAYO CLINIC REFERENCE TO A RESEARCH AND

11:21AM  16   TREATMENT CENTER?

11:21AM  17   A.   YES, THAT WAS WORK THAT WE WERE ALSO DOING IN CONJUNCTION

11:21AM  18   WITH A PHARMACEUTICAL COMPANY.

11:21AM  19   Q.   OKAY.  ALL RIGHT.  LET ME ASK YOU TO GO BACK TO THE PRIOR

11:21AM  20   SLIDE OF "COMPLETED SUCCESSES."

11:21AM  21        AND DO YOU SEE THAT THE FIRST REFERENCE THERE IS TO

11:21AM  22   NOVARTIS?

11:21AM  23   A.   YES.

11:21AM  24   Q.   NOW, WE TALKED ON FRIDAY ABOUT THE DEMONSTRATION THAT YOU

11:21AM  25   HAD DONE AT NOVARTIS IN 2016, AND WE TALKED ABOUT THE PRODUCT

11:21AM   1    DEVELOPING AFTER THAT POINT.

11:21AM   2         DID YOU ULTIMATELY DO SOME FORM OF STUDY OR PARTNERSHIP

11:21AM   3    WITH NOVARTIS?

11:21AM   4    A.   WE DID.

11:21AM   5    Q.   AND WHAT DID YOU DO IN CONNECTION WITH THAT WORK WITH

11:21AM   6    NOVARTIS?

11:21AM   7    A.   THIS STUDY HERE WAS A STUDY TESTING MARKERS OF

11:21AM   8    INFLAMMATION AND LOOKING AT THOSE MARKERS IN CLINICAL PATIENTS

11:21AM   9    WHO HAD SOME TYPE OF BONE DISORDER.

11:22AM  10    Q.   AND DID YOU DO OTHER WORK IN CONNECTION WITH NOVARTIS?

11:22AM  11    A.   YES.

11:22AM  12    Q.   LET ME SHOW YOU EXHIBIT 15040.

11:22AM  13    A.   OKAY.

11:22AM  14    Q.   IS THIS AN EMAIL BETWEEN YOU AND AN INDIVIDUAL AT

11:22AM  15    NOVARTIS?

11:22AM  16    A.   YES.

11:22AM  17         MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 15040.

11:22AM  18         MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:22AM  19         THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:22AM  20         (DEFENDANT'S EXHIBIT 15040 WAS RECEIVED IN EVIDENCE.)

11:23AM  21    BY MR. DOWNEY:

11:23AM  22    Q.   IF YOU'D LOOK AT THE TOP EMAIL, THIS APPEARS TO BE AN

11:23AM  23    EMAIL FROM YOU TO AN IVAN BOTTOLI?

11:23AM  24    A.   YES.

11:23AM  25    Q.   AND IS THAT B-O-T-T-O-L-I?

11:23AM 1    A.   YES.

11:23AM 2    Q.   AND HE WORKED AT NOVARTIS?

11:23AM 3    A.   HE DID.

11:23AM 4    Q.   AND IF YOU GO DOWN TO THE EMAIL, YOU ARE REFERENCING THAT

11:23AM 5    YOU ARE ATTACHING A COMPLETED VALIDATION STUDY REPORT SHOWING

11:23AM 6    THERANOS'S ABILITY TO RUN A MULTIPLEXED CARTRIDGE, AND IT GOES

11:23AM 7    ON TO DESCRIBE THE TESTS AND SO FORTH.

11:23AM 8        IS THIS THE WORK IN CONNECTION WITH ONE OF THE PROJECTS

11:23AM 9    THAT YOU'VE JUST DESCRIBED?

11:23AM 10   A.   IT IS.

11:23AM 11   Q.   AND WHY WERE YOU FORWARDING A VALIDATION STUDY REPORT TO

11:23AM 12   MR. BOTTOLI AT THIS TIME?

11:23AM 13   A.   I'M JUST LOOKING AT THE EMAIL.

11:24AM 14       IT LOOKS LIKE THERANOS HAD COMPLETED THE VALIDATION AND

11:24AM 15   WAS SENDING IT -- I WAS SENDING IT TO DR. BOTTOLI FOR HIS

11:24AM 16   REVIEW.

11:24AM 17   Q.   OKAY.  AND DID THERANOS'S PARTNERSHIP WITH NOVARTIS IN

11:24AM 18   SOME INSTANCES LEAD TO THERANOS DEVICES BEING DEPLOYED FOR

11:24AM 19   EVALUATION IN EUROPE?

11:24AM 20   A.   IT DID.

11:24AM 21   Q.   OKAY.  AND WERE REFERENCE ASSAYS USED IN CONNECTION WITH

11:24AM 22   THOSE STUDIES?

11:24AM 23   A.   YES.

11:24AM 24   Q.   AND CAN YOU EXPLAIN WHAT REFERENCE ASSAYS WERE TO THE

11:24AM 25   JURY?

11:24AM  1    A.   REFERENCE ASSAYS IS JUST REFERRING TO TRADITIONAL ASSAYS

11:24AM  2    THAT WERE RUN IN A CLINICAL LAB THE WAY THEY'RE NORMALLY RUN.

11:24AM  3    Q.   AND WERE THERANOS ASSAYS RUN AT THE SAME TIME?

11:24AM  4    A.   YES.

11:24AM  5    Q.   AND WAS THE POINT OF DOING BOTH TO COMPARE THE RESULTS

11:24AM  6    FROM EACH?

11:24AM  7    A.   YES.

11:24AM  8    Q.   AND WHAT DO YOU RECALL ABOUT HOW THERANOS'S PERFORMANCE

11:25AM  9    COMPARED TO THE REFERENCE ASSAY IN CONNECTION WITH THAT

11:25AM  10   DEPLOYMENT TO EUROPE?

11:25AM  11   A.   I REMEMBER IT BEING REALLY GOOD.

11:25AM  12   Q.   OKAY.  IF YOU GO BACK TO EXHIBIT 7742, AND WE LOOK AT THE

11:25AM  13   THIRD PAGE OF THAT EXHIBIT.

11:25AM  14        DO YOU SEE THE LAST TWO ENTRIES REFER TO ASTRAZENECA?

11:25AM  15   A.   YES.

11:25AM  16   Q.   AND ASTRAZENECA IS A -- WE LOOKED AT A DOCUMENT FRIDAY

11:25AM  17   WHERE A CONTRACT HAD BEEN SIGNED BETWEEN THERANOS AND

11:26AM  18   ASTRAZENECA.

11:26AM  19        DO YOU RECALL THAT?

11:26AM  20   A.   I THINK SO.

11:26AM  21   Q.   WELL, LET ME ASK YOU TO LOOK QUICKLY AT EXHIBIT 7753.

11:26AM  22   A.   OKAY.

11:26AM  23   Q.   AND I'LL JUST ASK YOU, IS THIS AN AGREEMENT BETWEEN

11:26AM  24   THERANOS AND ASTRAZENECA RELATED TO WORK WITH THERANOS

11:26AM  25   TECHNOLOGY?

11:26AM 1    A.   YES.

11:26AM 2    Q.   AND IF YOU COULD JUST TAKE A MOMENT TO LOOK AT PAGE 185 OF

11:26AM 3    THAT EXHIBIT.  IT'S BATES LABEL 5903.

11:27AM 4         AND IF YOU CAN BLOW UP THE BOTTOM HALF OF THAT PAGE.

11:27AM 5         IS THIS -- DO YOU SEE AT THE TOP IT SAYS, "ASTRAZENECA IS

11:27AM 6    VALIDATING THE THERANOS SYSTEM BY UTILIZING CARTRIDGES DESIGNED

11:27AM 7    TO RUN MULTIPLEXED ASSAYS"?

11:27AM 8    A.   YES.

11:27AM 9    Q.   IS THAT WHAT THE PURPOSE OF THIS CONTRACT WAS?

11:27AM 10   A.   YES.

11:27AM 11   Q.   AND DID THE, DID THE STUDY THAT IS DESCRIBED IN THIS

11:27AM 12   CONTRACT, DID THAT ACTUALLY PROCEED BETWEEN THERANOS AND

11:27AM 13   ASTRAZENECA?

11:27AM 14   A.   IT DID.

11:27AM 15   Q.   OKAY.  LET'S LOOK DOWN AT THE LAST SENTENCE OF THAT SAME

11:27AM 16   FIRST PARAGRAPH.

11:27AM 17        IT SAYS, "THE THERANOS SYSTEM WILL BE INCORPORATED INTO A

11:27AM 18   CLINICAL TRIAL UTILIZING ONCOLOGY SUBJECTS IN THE UK."

11:28AM 19        CAN YOU DESCRIBE WHAT THE ACTUAL USE OF THERANOS

11:28AM 20   TECHNOLOGY WAS TO BE IN THIS PARTICULAR STUDY?

11:28AM 21   A.   YES.  WE WORKED WITH THE ROYAL MARSDEN HOSPITAL IN THE UK

11:28AM 22   AND TESTING WAS DONE ON PATIENTS COMPARED TO A TRADITIONAL

11:28AM 23   CLINICAL LAB.

11:28AM 24        I THINK HERE SOME OF THE TESTING WAS DONE AT HOME, AND

11:28AM 25   SOME OF THE TESTING WAS DONE IN THE CLINIC.

HOLMES DIRECT BY MR. DOWNEY (RES.)

11:28AM  1    Q.   AND DID YOU UNDERSTAND THAT PART OF THE POINT OF THE STUDY

11:28AM  2    WAS TO VALIDATE THERANOS'S SYSTEM?

11:28AM  3    A.   I DID.

11:28AM  4    Q.   AND DID YOU UNDERSTAND THAT IF THERANOS WAS SUCCESSFUL IN

11:28AM  5    VALIDATING ITS SYSTEM AS PART OF THIS ASTRAZENECA PROJECT, THAT

11:28AM  6    IT WOULD BE ABLE TO PARTICIPATE IN CLINICAL TRIALS THAT

11:28AM  7    ASTRAZENECA WAS RUNNING ON DRUGS?

11:28AM  8    A.   YES.

11:28AM  9    Q.   AND CAN YOU, CAN YOU DESCRIBE FOR US HOW YOU UNDERSTOOD

11:28AM  10   THIS PROCESS OF VALIDATION WORKED AT PHARMACEUTICAL COMPANIES

11:29AM  11   AT THIS TIME AND HOW IT RELATED TO CLINICAL TRIALS AT THE

11:29AM  12   PHARMACEUTICAL COMPANIES?

11:29AM  13   A.   YES.  IT WAS DIFFERENT FOR EVERY COMPANY THAT WE WORKED

11:29AM  14   WITH, BUT ESSENTIALLY WITH A GIVEN GROUP, WE WOULD TEST THE

11:29AM  15   THERANOS TECHNOLOGY AGAINST SOME STANDARD, AND IF WE WERE ABLE

11:29AM  16   TO SUCCESSFUL HIT THAT STANDARD, THEN WE COULD RUN CLINICAL

11:29AM  17   STUDIES WITH THOSE PHARMACEUTICAL COMPANIES.

11:29AM  18   Q.   OKAY.  AND IN ADDITION TO DOING THAT WORK FOR

11:29AM  19   PHARMACEUTICAL COMPANIES, WAS THERANOS ALSO DEVELOPING ASSAYS

11:29AM  20   IN CONNECTION WITH THOSE STUDIES?

11:29AM  21   A.   WE DID.

11:29AM  22   Q.   AND DID YOU DO THAT FOR ASTRAZENECA?

11:29AM  23   A.   I THINK SO.

11:29AM  24   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 195.

11:30AM  25   A.   OKAY.

11:30AM 1    Q.   AND IS THIS AN EMAIL EXCHANGE BETWEEN SOMEONE FROM

11:30AM 2    ASTRAZENECA AND YOU AND OTHERS AT THERANOS IN 2009?

11:30AM 3    A.   YES.

11:30AM 4              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:30AM 5    195.

11:30AM 6              MR. LEACH:  801, 802, YOUR HONOR.  IF IT'S OFFERED

11:30AM 7    FOR ANOTHER PURPOSE, THAT'S FINE.

11:30AM 8              MR. DOWNEY:  YOUR HONOR, IT'S OFFERED CERTAINLY TO

11:30AM 9    SHOW THE DEFENDANT'S STATE OF MIND AND INTENT, IF NOTHING ELSE.

11:30AM 10             THE COURT:  AS TO?  STATE OF MIND AS TO?

11:30AM 11             MR. DOWNEY:  AS TO WHAT HAS BEEN QUESTIONED IN THE

11:30AM 12   GOVERNMENT'S CASE, THE VALIDITY OF THE TECHNOLOGY.

11:30AM 13             THE COURT:  AS TO?  HER STATE OF MIND AS TO HER

11:31AM 14   OPINION OF HER TECHNOLOGY, THERANOS'S TECHNOLOGY.

11:31AM 15             MR. DOWNEY:  HER UNDERSTANDING OF THE TECHNOLOGY AS

11:31AM 16   OF THIS POINT IN TIME IN 2009.

11:31AM 17             THE COURT:  ALL RIGHT.  THANK YOU.

11:31AM 18        IT'S -- LADIES AND GENTLEMEN, THIS IS ADMITTED NOT FOR THE

11:31AM 19   TRUTH OF THE MATTER ASSERTED IN THE DOCUMENT THAT YOU'LL SEE,

11:31AM 20   BUT RATHER FOR THE LIMITED ISSUE OF THE STATE OF MIND OF

11:31AM 21   MS. HOLMES AS TO HER KNOWLEDGE OF THE TECHNOLOGY AT THIS POINT

11:31AM 22   IN TIME.

11:31AM 23        IT'S ADMITTED FOR THAT LIMITED PURPOSE, AND IT MAY BE

11:31AM 24   PUBLISHED.

11:31AM 25             (GOVERNMENT'S EXHIBIT 195 WAS RECEIVED IN EVIDENCE.)

| 11:31AM | 1 | BY MR. DOWNEY: |

11:31AM 1 BY MR. DOWNEY:

11:31AM 2 Q. LET'S LOOK AT THE HEADER OF THE EMAIL, AND CAN YOU EXPLAIN

11:31AM 3 WHO THE PEOPLE ARE WHO ARE COPIED IN THE EMAIL FROM

11:31AM 4 ALASTAIR GREYSTOKE ON APRIL 8TH OF 2009?

11:31AM 5 A. YES. THEY ARE SCIENTIFIC AND CLINICAL EXECUTIVES AND

11:31AM 6 SCIENTISTS AT ASTRAZENECA.

11:32AM 7 Q. THAT'S MS. DIVE AND MR. CLACK?

11:32AM 8 A. OH, SORRY. I WAS LOOKING AT THE TOP EMAIL.

11:32AM 9 MS. DIVE, I BELIEVE, RAN THE MANCHESTER PATTERSON

11:32AM 10 INSTITUTE FOR CANCER RESEARCH WHERE WE ALSO DID SOME WORK WITH

11:32AM 11 ASTRAZENECA.

11:32AM 12 Q. OKAY. AND THE EMAIL IS FROM DR. GREYSTOKE?

11:32AM 13 A. YES.

11:32AM 14 Q. AND WAS DR. GREYSTOKE ONE OF THE PRINCIPAL CONTACTS THAT

11:32AM 15 THERANOS HAD AT ASTRAZENECA?

11:32AM 16 A. MY MEMORY IS HE WAS ONE OF THE SCIENTISTS THAT WE WORKED

11:32AM 17 WITH.

11:32AM 18 Q. IF YOU LOOK AT THE BODY OF THE EMAIL, CAN YOU EXPLAIN TO

11:32AM 19 US WHAT DR. GREYSTOKE IS REPORTING IN CONNECTION WITH THE

11:32AM 20 ASTRAZENECA WORK THAT THERANOS DID?

11:32AM 21 A. HE'S ASKING IF HE COULD PRESENT THE WORK THAT ASTRAZENECA

11:32AM 22 DID WITH THERANOS AT SOME TYPE OF CONFERENCE BECAUSE HE THINKS

11:33AM 23 THAT THE REPRODUCIBILITY DATA THAT WE SHOWED BETWEEN THE

11:33AM 24 THERANOS TEST AND THE TRADITIONAL TEST WAS REALLY WORTH

11:33AM 25 SHOWING.

11:33AM 1    Q.   WELL, WHEN YOU SAY REPRODUCIBILITY DATA, WHAT DOES THAT

11:33AM 2    MEAN?

11:33AM 3    A.   IT MEANS THAT WE WERE ABLE TO SHOW THAT THE THERANOS TEST

11:33AM 4    WAS VERY REPEATABLE IN WHOLE BLOOD AND THAT IT CORRELATED WELL

11:33AM 5    WITH THE TRADITIONAL TEST THAT WAS BEING USED BY THEIR LAB.

11:33AM 6    Q.   OKAY.  YOU CAN TAKE THAT DOWN.

11:33AM 7         WAS MERCK ANOTHER PHARMACEUTICAL COMPANY THAT THERANOS DID

11:33AM 8    WORK WITH?

11:33AM 9    A.   YES.

11:33AM 10   Q.   AND I'LL SHOW YOU EXHIBIT 7753, WHICH I BELIEVE IS ALREADY

11:33AM 11   IN EVIDENCE.

11:34AM 12            THE CLERK:  YES, IT IS.

11:34AM 13            THE WITNESS:  OKAY.

11:34AM 14            MR. DOWNEY:  YOU CAN DISPLAY IT.

11:34AM 15   Q.   LOOKING AT THE TOP OF THIS DOCUMENT, CAN YOU EXPLAIN WHAT

11:34AM 16   IT IS?

11:34AM 17   A.   YES.  THIS IS A CONTRACT BETWEEN MERCK AND THERANOS.

11:34AM 18   Q.   AND IF YOU LOOK AT ATTACHMENT A, DO YOU SEE THAT THAT'S A

11:34AM 19   WORK PLAN?

11:34AM 20   A.   I DO.

11:34AM 21   Q.   AND DO YOU SEE "OBJECTIVE"?

11:34AM 22   A.   YES.

11:34AM 23   Q.   WHERE IT SAYS, "TO ASSESS THE SENSITIVITY OF THERANOS'S

11:34AM 24   ANALYTICAL PLATFORM.  SPECIFICALLY, WE WOULD," I BELIEVE IT MAY

11:34AM 25   BE A TYPO, "TO ASSESS THE SENSITIVITY OF THEIR ACTIVE

11:34AM   1    GLUCAGON-LIKE PEPTIDE ASSAY IN HUMAN EDTA PLASMA SAMPLES."

11:35AM   2         WAS THAT THE POINT OF THE STUDY?

11:35AM   3    A.   YES.

11:35AM   4    Q.   AND IN LAYMAN'S TERMS, WHAT DOES THAT OBJECTIVE MEAN?

11:35AM   5    A.   MERCK WAS INTERESTED IN A TEST CALLED GLP-1, WHICH IS USED

11:35AM   6    FOR DIABETES.  IT'S A REALLY HARD TEST, AND SPECIFICALLY

11:35AM   7    MEASURING THAT TEST AT REALLY LOW LEVELS IS HARD, AND SO THEY

11:35AM   8    WANTED TO SEE HOW WELL THERANOS'S TEST PERFORMED AT THOSE LOW

11:35AM   9    LEVELS.

11:35AM   10   Q.   AND DID YOU ULTIMATELY, DID YOU ULTIMATELY COMPLETE THE

11:35AM   11   STUDY?

11:35AM   12   A.   WE DID.

11:35AM   13   Q.   AND DID THERANOS -- WAS THERANOS'S TECHNOLOGY EVALUATED?

11:35AM   14   A.   YES.

11:35AM   15   Q.   WHAT WAS THE OUTCOME OF THE PROJECT?

11:35AM   16   A.   MERCK SENT DATA BACK TO THERANOS SHOWING HOW WELL WE

11:35AM   17   PERFORMED AGAINST THEIR TRADITIONAL LAB ASSAYS AND SAID THAT

11:35AM   18   THEY WOULD START WORKING WITH US TO FIND A CLINICAL STUDY THAT

11:36AM   19   WE COULD USE OUR TECHNOLOGY IN.

11:36AM   20   Q.   AND WERE YOU EVER ABLE TO WORK WITH MERCK IN A CLINICAL

11:36AM   21   STUDY?

11:36AM   22   A.   NO.

11:36AM   23   Q.   LET ME ASK YOU NEXT ABOUT BRISTOL MYERS SQUIBB.  IS

11:36AM   24   BRISTOL MYERS SQUIBB ANOTHER LARGE PHARMACEUTICAL COMPANY?

11:36AM   25   A.   YES.

11:36AM   1    Q.   AND DID THERANOS DO WORK WITH BRISTOL MYERS SQUIBB?

11:36AM   2    A.   WE DID.

11:36AM   3    Q.   WHEN DID YOU START DISCUSSING POTENTIAL PROJECTS WITH

11:36AM   4    BRISTOL MYERS?

11:36AM   5    A.   EARLY -- AS EARLY AS 2005.

11:36AM   6    Q.   AND DID THERANOS AND BRISTOL MYERS ULTIMATELY AGREE TO DO

11:36AM   7    A STUDY AT SOME POINT?

11:36AM   8    A.   YES.

11:36AM   9    Q.   AND WHEN WAS THAT?

11:36AM   10   A.   I THINK IN 2008 OR SO.

11:36AM   11   Q.   AND AS PART OF THAT STUDY, DID BRISTOL MYERS HAVE AN

11:36AM   12   OPPORTUNITY TO EVALUATE THERANOS'S TECHNOLOGY?

11:36AM   13   A.   YES.

11:36AM   14   Q.   AND DO YOU RECALL WHAT HAPPENED IN THAT STUDY?

11:36AM   15            MR. LEACH:   OBJECTION.   CALLS FOR HEARSAY.

11:36AM   16            THE COURT:   CAN YOU ASK MAYBE A LITTLE MORE

11:37AM   17   FOUNDATION ABOUT IT?

11:37AM   18            MR. DOWNEY:   SURE.   YEAH.

11:37AM   19   Q.   WELL, LET ME ASK THIS QUESTION.

11:37AM   20   WERE YOU FAMILIAR WITH HOW THE STUDY WAS CONDUCTED?

11:37AM   21   A.   YES.

11:37AM   22   Q.   AND DID YOU YOURSELF PARTICIPATE IN ELEMENTS OF DISCUSSION

11:37AM   23   OF THE STUDY WITH BRISTOL MYERS?

11:37AM   24   A.   I DID.

11:37AM   25   Q.   DO YOU KNOW WHAT STEPS WERE TAKEN TO CONDUCT THE STUDY?

11:37AM  1    A.   YES.

11:37AM  2    Q.   WHAT STEPS WERE TAKEN TO EVALUATE THERANOS'S TECHNOLOGY IN

11:37AM  3    CONNECTION WITH THIS 2008 BRISTOL MYERS STUDY OF THERANOS'S

11:37AM  4    TECHNOLOGY?

11:37AM  5    A.   DEVICES AND CARTRIDGES WERE SHIPPED TO BRISTOL MYERS'S

11:37AM  6    FACILITY IN I THINK IT WAS NEW JERSEY, AND THEY TESTED THOSE

11:37AM  7    DEVICES AND CARTRIDGES AGAINST THEIR TRADITIONAL ASSAY IN THEIR

11:37AM  8    LAB.

11:37AM  9    Q.   OKAY.  AND AFTER THAT PROJECT, DID YOU HAVE FURTHER

11:37AM 10    DISCUSSIONS WITH BRISTOL MYERS ABOUT POTENTIALLY PARTICIPATING

11:37AM 11    IN OTHER PROJECTS?

11:38AM 12    A.   YES.

11:38AM 13    Q.   AND AT WHAT POINT -- AT 2010, DID YOU HAVE CONVERSATIONS

11:38AM 14    WITH BRISTOL MYERS ABOUT POTENTIALLY PARTICIPATING IN A

11:38AM 15    PARTICULAR PROGRAM?

11:38AM 16    A.   YES.

11:38AM 17    Q.   AS OF 2010, HAD THERANOS BEGUN TO FOCUS ON EFFORTS TO USE

11:38AM 18    ITS TECHNOLOGY IN CONNECTION WITH RETAIL?

11:38AM 19    A.   WE DID.

11:38AM 20    Q.   AND DID ANY -- DID THERANOS PARTICIPATE IN ANY CLINICAL

11:38AM 21    STUDY AS A RESULT OF THOSE DISCUSSIONS IN 2010?

11:38AM 22    A.   WE DIDN'T.

11:38AM 23    Q.   ALL RIGHT.  LET ME ASK YOU NEXT ABOUT CENTOCOR.  IS

11:38AM 24    CENTOCOR ANOTHER LARGE PHARMACEUTICAL COMPANY?

11:38AM 25    A.   YES.

11:38AM  1    Q.   DID THERANOS DO SOME WORK WITH CENTOCOR AS WELL?

11:38AM  2    A.   YES.

11:38AM  3    Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 7753, WHICH IS ALSO

11:39AM  4    ALREADY IN EVIDENCE.

11:39AM  5         IF YOU LOOK AT THE FIRST PAGE, DO YOU SEE THAT THIS IS A

11:39AM  6    PROJECT AGREEMENT BETWEEN THERANOS AND CENTOCOR?

11:39AM  7    A.   I DO.

11:39AM  8    Q.   OKAY.  LET ME ASK YOU TO LOOK NEXT AT PAGE 79 OF THIS

11:39AM  9    AGREEMENT.

11:39AM  10        IF YOU WOULD LOOK AT PAGE 79, DO YOU SEE UNDER

11:39AM  11   DELIVERABLES THERE'S A DESCRIPTION OF THE WORK THAT WAS TO BE

11:39AM  12   DONE IN CONNECTION WITH THE THERANOS-CENTOCOR AGREEMENT?

11:39AM  13   A.   YES.

11:39AM  14   Q.   AND WHAT WORK WAS TO BE DONE UNDER THAT AGREEMENT?

11:39AM  15   A.   THERE WERE MULTIPLE STAGES OF THE AGREEMENT.

11:39AM  16        THE FIRST STAGE WAS THAT CENTOCOR WANTED US TO DEVELOP A

11:39AM  17   TEST TO MEASURE THEIR DRUG ON SMALL SAMPLES, AND THEY ALSO

11:40AM  18   WANTED US TO MEASURE -- DEVELOP TESTS TO MEASURE MARKERS THAT

11:40AM  19   WOULD HELP THEM SEE HOW WELL THEIR DRUG WAS WORKING ON SMALL

11:40AM  20   SAMPLES.

11:40AM  21   Q.   AND WITH THOSE DIFFERENT GOALS, HOW DID YOU END UP

11:40AM  22   STRUCTURING THE PROGRAM TO LOOK AT THE VALIDITY OF THERANOS

11:40AM  23   TECHNOLOGY?

11:40AM  24   A.   CENTOCOR GAVE THERANOS A SERIES OF CRITERIA THAT WE HAD TO

11:40AM  25   HIT ONCE WE DEVELOPED THE TESTS TO VALIDATE THEM, AND OUR

11:40AM  1    SCIENTISTS DEVELOPED THE CHEMISTRIES, THE ASSAYS, AND THEN RAN

11:40AM  2    THOSE TESTS AND PRESENTED THAT DATA TO CENTOCOR.

11:40AM  3    Q.    DID CENTOCOR FIND THAT THERANOS HAD SATISFIED THE

11:40AM  4    REQUIREMENTS THAT HAD BEEN SET FORTH?

11:40AM  5    A.    THEY DID.

11:40AM  6    Q.    WERE THERANOS DEVICES DEPLOYED IN ANY KIND OF TRIAL?

11:41AM  7    A.    YES.

11:41AM  8    Q.    CAN YOU EXPLAIN THE TRIAL IN WHICH THERANOS DEVICES WERE

11:41AM  9    DEPLOYED?

11:41AM  10   A.    THE TRIAL WAS A STUDY IN BELGIUM IN WHICH PEOPLE WERE

11:41AM  11   DOING OUR BLOOD TESTS AT THEIR HOMES AND THEN ALSO GOING INTO A

11:41AM  12   CLINIC AND TESTS FROM THE THERANOS SYSTEM WERE COMPARED AGAINST

11:41AM  13   TESTS FROM THE TRADITIONAL LAB.

11:41AM  14   Q.    AND HOW DID THERANOS'S SYSTEM PERFORM?

11:41AM  15   A.    IT PERFORMED WELL.

11:41AM  16   Q.    WAS THERANOS PAID UNDER THIS CONTRACT WITH CENTOCOR?

11:41AM  17   A.    WE WERE.

11:41AM  18   Q.    OKAY.  LET ME ASK YOU TO LOOK NEXT AT EXHIBIT 3241.

11:42AM  19   A.    OKAY.

11:42AM  20   Q.    WHAT IS EXHIBIT 3241?

11:42AM  21   A.    IT IS AN EMAIL EXCHANGE BETWEEN DR. BELKOWSKI AT CENTOCOR,

11:42AM  22   MYSELF, AND OTHERS AT THERANOS ABOUT HIS REQUEST TO PRESENT OUR

11:42AM  23   DATA AT A CONFERENCE.

11:42AM  24   Q.    LET ME ASK YOU TO LOOK FIRST AT -- WITHIN THIS EMAIL AT

11:42AM  25   THE EMAIL AT 3:26 P.M.

11:42AM   1          WELL, YOUR HONOR, I HAVE NOT MOVED THIS INTO EVIDENCE.

11:42AM   2     3241 I MOVE TO ADMIT INTO EVIDENCE.

11:42AM   3          MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:42AM   4          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:42AM   5          (DEFENDANT'S EXHIBIT 3241 WAS RECEIVED IN EVIDENCE.)

11:43AM   6     BY MR. DOWNEY:

11:43AM   7     Q.   LET ME ASK YOU TO LOOK AT THIS EMAIL FROM

11:43AM   8     STANLEY BELKOWSKI TO YOURSELF.

11:43AM   9          IS DR. BELKOWSKI A SCIENTIST FROM CENTOCOR?

11:43AM  10     A.   HE WAS.

11:43AM  11     Q.   AND CAN YOU EXPLAIN WHAT THIS EMAIL IS DISCUSSING?

11:43AM  12     A.   YES.  HE'S GOING TO A BIG BIOMARKER MEETING AND HE'S

11:43AM  13     ASKING IF HE COULD PRESENT DATA FROM THE STUDIES THAT CENTOCOR

11:43AM  14     RAN WITH US ON THE PERFORMANCE OF OUR SYSTEM.

11:43AM  15     Q.   OKAY.  AND NOW IF YOU SKIP UP FROM THERE TO THE EMAIL AT

11:43AM  16     6:20 P.M. ON THAT SAME DAY.

11:44AM  17          IS THIS DR. BELKOWSKI REPORTING ON THE RESULTS OF HIS

11:44AM  18     PRESENTATION?

11:44AM  19     A.   YES.

11:44AM  20     Q.   AND WHAT DID HE REPORT TO YOU ABOUT HOW THE PRESENTATION

11:44AM  21     WENT?

11:44AM  22     A.   HE SAYS IT WENT VERY WELL.

11:44AM  23     Q.   AND DID HE INDICATE THAT CENTOCOR WAS -- QUESTIONS

11:44AM  24     CENTOCOR HAD ASKED -- WHETHER OTHERS AT CENTOCOR HAD ASKED

11:44AM  25     WHETHER THERANOS COULD BE USED AS A PLATFORM IN CONNECTION WITH

11:44AM  1    CERTAIN CLINICAL TRIALS?

11:44AM  2    A.   I THINK HE'S SAYING THAT --

11:44AM  3            MR. LEACH:  OBJECTION, YOUR HONOR.  LEADING.

11:44AM  4    BY MR. DOWNEY:

11:44AM  5    Q.   LET ME ASK, WHAT DOES HE SAY IN THE SECOND SENTENCE THAT

11:44AM  6    HE RECEIVED SOME QUESTIONS ABOUT THE POSSIBILITY OF USING

11:44AM  7    THERANOS AS A PLATFORM?

11:44AM  8    A.   I THINK HE'S SAYING THAT AT HIS CONFERENCE, PEOPLE WERE

11:44AM  9    ASKING QUESTIONS WHEN HE DID THE PRESENTATION ABOUT WHETHER

11:44AM  10   THERANOS COULD BE USED TO MEASURE THESE OTHER MARKERS CALLED

11:45AM  11   TOX BIOMARKERS.

11:45AM  12   Q.   WERE THESE OTHERS OUTSIDE OF CENTOCOR?

11:45AM  13   A.   YES, OTHER PHARMA PEOPLE.

11:45AM  14   Q.   ALL RIGHT.  LET ME ASK YOU NEXT ABOUT GLAXOSMITHKLINE.

11:45AM  15            IS GLAXOSMITHKLINE ANOTHER PHARMACEUTICAL COMPANY?

11:45AM  16   A.   YES.

11:45AM  17            THE COURT:  MR. DOWNEY, BEFORE WE GET INTO THIS,

11:45AM  18   SHOULD WE TAKE A BREAK NOW?  AND SHOULD WE TAKE ABOUT 20,

11:45AM  19   25 MINUTES?

11:45AM  20            MR. DOWNEY:  SURE.  THANK YOU, YOUR HONOR.

11:45AM  21            THE COURT:  LET'S TAKE A BREAK NOW, LADIES AND

11:45AM  22   GENTLEMEN.  ABOUT 25 MINUTES, 25 MINUTES, AND THEN WE'LL RESUME

11:45AM  23   ON THIS.  THANK YOU.

11:46AM  24        (RECESS FROM 11:46 A.M. UNTIL 12:15 P.M.)

12:15PM  25            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

12:15PM  1      PLEASE BE SEATED.

12:15PM  2             OUR JURY IS PRESENT AND MS. HOLMES IS PRESENT.

12:15PM  3             MR. DOWNEY, WOULD YOU LIKE TO CONTINUE?

12:15PM  4                 MR. DOWNEY:  I WOULD, YOUR HONOR.  THANK YOU.

12:15PM  5      Q.   DID THERANOS ALSO CONTRACT WITH GLAXOSMITHKLINE?

12:16PM  6      A.   WE DID.

12:16PM  7      Q.   AND WHAT WORK DID THERANOS DO FOR GLAXOSMITHKLINE?

12:16PM  8      A.   WE RAN A COUPLE OF STUDIES.  ONE FOCUSSED ON METABOLIC

12:16PM  9      MARKERS OR DIABETES MARKERS IN THEIR LAB IN RESEARCH TRIANGLE

12:16PM  10     PARK.

12:16PM  11     Q.   AND DID GLAXOSMITHKLINE EVALUATE THERANOS'S TECHNOLOGY AS

12:16PM  12     PART OF THAT WORK?

12:16PM  13     A.   YES.

12:16PM  14     Q.   LET ME SHOW YOU EXHIBIT 112, WHICH IS ALREADY IN EVIDENCE.

12:16PM  15            AND DO YOU SEE THAT THIS IS AN EMAIL FORWARDING TO YOU

12:16PM  16     GSK'S EVALUATION OF THERANOS SYSTEMS?

12:16PM  17     A.   I DO.

12:16PM  18     Q.   LET ME ASK YOU TO LOOK AT PAGE 3.

12:17PM  19     A.   OKAY.

12:17PM  20     Q.   AND DO YOU SEE -- IS THIS FEEDBACK FROM GSK ON THERANOS'S

12:17PM  21     SYSTEMS?

12:17PM  22     A.   YES.

12:17PM  23     Q.   AND DID GSK CONCLUDE THAT THERANOS'S DATA SHOWED GOOD

12:17PM  24     CORRELATION WITH REFERENCE ASSAYS?

12:17PM  25     A.   IT DOES.

12:17PM   1    Q.   OKAY.  DID IT ALSO CONCLUDE THE MACHINES WORKED WELL?

12:17PM   2    A.   YES.

12:17PM   3    Q.   AND WHAT ELSE DO YOU RECALL ABOUT GSK'S CONCLUSIONS

12:17PM   4    REGARDING THERANOS'S TECHNOLOGY?

12:17PM   5    A.   I REMEMBER THEM SAYING THAT THEY THOUGHT OUR SYSTEM

12:17PM   6    ELIMINATED THE NEED FOR A LAB.

12:17PM   7    Q.   AND DO YOU RECALL WHETHER THEY RECOMMENDED THAT GSK USE

12:17PM   8    THERANOS IN CONNECTION WITH CLINICAL STUDIES GOING FORWARD?

12:17PM   9    A.   YES.

12:17PM  10    Q.   LET'S TURN TO ANOTHER PHARMACEUTICAL COMPANY,

12:17PM  11    SCHERING-PLOUGH.

12:18PM  12         YOU'VE BEEN PRESENT HERE DURING TRIAL.  YOU KNOW THERE'S

12:18PM  13    BEEN TESTIMONY REGARDING SCHERING-PLOUGH IN THE CASE?

12:18PM  14    A.   I DO.

12:18PM  15    Q.   DID THERANOS CONTRACT WITH SCHERING-PLOUGH?

12:18PM  16    A.   YES.

12:18PM  17    Q.   AND WHAT WORK DID THERANOS DO WITH SCHERING-PLOUGH?

12:18PM  18    A.   WE DID A VALIDATION FOR SCHERING-PLOUGH.

12:18PM  19    Q.   AND WHAT WAS THE NATURE OF THAT VALIDATION?

12:18PM  20    A.   THERE WAS A VERY COMPREHENSIVE SET OF CRITERIA THAT

12:18PM  21    SCHERING-PLOUGH WORKED WITH OUR TEAM TO ESTABLISH.

12:18PM  22         WE TESTED A NUMBER OF OUR ASSAYS AGAINST THOSE CRITERIA

12:18PM  23    AND SENT THEM THE DATA.

12:18PM  24    Q.   AND DID THERANOS PROVIDE A REPORT TO SCHERING-PLOUGH ABOUT

12:18PM  25    ITS CONCLUSIONS ABOUT THE RESULTS OF THAT EVALUATION?

12:18PM  1     A.   WE DID.

12:18PM  2     Q.   DO YOU PERSONALLY RECALL WHETHER SCHERING-PLOUGH EVER

12:18PM  3     PROVIDED FEEDBACK ON THAT?

12:18PM  4     A.   YES.

12:18PM  5     Q.   DO YOU RECALL ANY DIRECT FEEDBACK FROM DR. CULLEN?

12:19PM  6     A.   I DO.

12:19PM  7     Q.   AND WHAT DO YOU RECALL ABOUT THAT?

12:19PM  8     A.   I --

12:19PM  9          MR. LEACH:  YOUR HONOR, YOUR HONOR, HEARSAY UNLESS

12:19PM 10     THIS IS OFFERED FOR A LIMITED PURPOSE.

12:19PM 11          THE COURT:  CAN YOU LAY A FOUNDATION, MAYBE A BETTER

12:19PM 12     FOUNDATION OR --

12:19PM 13          MR. DOWNEY:  SURE.  SURE.

12:19PM 14     Q.   WAS DR. CULLEN ONE OF THE SCIENTISTS INVOLVED IN

12:19PM 15     SCHERING-PLOUGH'S WORK WITH THERANOS?

12:19PM 16     A.   SHE WAS.

12:19PM 17     Q.   AND DID YOU MEET WITH DR. CULLEN AS PART OF THE

12:19PM 18     SCHERING-PLOUGH WORK THAT YOU'VE JUST DESCRIBED?

12:19PM 19     A.   YES.

12:19PM 20     Q.   AND DID YOU DISCUSS WITH HER WHILE SHE WAS AT

12:19PM 21     SCHERING-PLOUGH THE RESULTS OF THE SCHERING-PLOUGH EVALUATION

12:19PM 22     OF THERANOS'S TECHNOLOGY?

12:19PM 23     A.   MY TEAM MEMBER DID.

12:20PM 24     Q.   OKAY.  DO YOU RECALL CONSTANCE CULLEN EVER TELLING YOU

12:20PM 25     ANYTHING ABOUT THERANOS'S TECHNOLOGY VALIDATION WHILE SHE WAS

12:20PM   1        AT SCHERING-PLOUGH?

12:20PM   2        A.   NOT ME.

12:20PM   3        Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15045.

12:20PM   4             THE COURT:  15045?

12:20PM   5             MR. DOWNEY:  15045.

12:20PM   6             THE COURT:  I DON'T BELIEVE IT'S IN MY BINDER.

12:20PM   7             MR. DOWNEY:  THAT'S BECAUSE I HAVEN'T GIVEN IT TO

12:20PM   8        YOU.  MY APOLOGIES, YOUR HONOR.

12:20PM   9             (HANDING.)

12:21PM  10        Q.   (HANDING.)

12:21PM  11             DID SCHERING-PLOUGH ULTIMATELY BECOME PART OF MERCK,

12:21PM  12        ANOTHER PHARMACEUTICAL COMPANY?

12:21PM  13        A.   IT DID.

12:21PM  14        Q.   AND DID YOU HAVE DISCUSSIONS WITH MERCK ABOUT POTENTIAL

12:21PM  15        WORK WITH MERCK IN 2009 AND 2010?

12:21PM  16        A.   YES.

12:21PM  17        Q.   LET ME ASK YOU TO LOOK AT 15045.

12:21PM  18             IS THAT AN EMAIL BETWEEN YOU AND ANOTHER INDIVIDUAL AT

12:21PM  19        THERANOS DISCUSSING POTENTIAL WORK WITH MERCK IN 2010?

12:21PM  20        A.   YES.

12:22PM  21             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:22PM  22        15045.

12:22PM  23             MR. LEACH:  801, 802, YOUR HONOR.

12:22PM  24             MR. DOWNEY:  I DON'T HAVE ANY OBJECTION, YOUR HONOR,

12:22PM  25        TO THIS BEING ADMITTED FOR A LIMITED PURPOSE.

| | | |
|---|---|---|
| 12:22PM | 1 | THE COURT:  THAT PURPOSE WOULD BE THE STATE OF MIND |
| 12:22PM | 2 | OF MS. HOLMES IN RELATION TO? |
| 12:22PM | 3 | MR. DOWNEY:  IN RELATION TO FEEDBACK FROM |
| 12:22PM | 4 | SCHERING-PLOUGH, THEN PART OF MERCK, REGARDING THERANOS'S |
| 12:22PM | 5 | TECHNOLOGY. |
| 12:22PM | 6 | THE COURT:  OKAY.  ALL RIGHT. |
| 12:22PM | 7 | LADIES AND GENTLEMEN, THIS WILL BE ADMITTED FOR THE |
| 12:22PM | 8 | LIMITED PURPOSE OF THE STATE OF MIND OF MS. HOLMES AS TO HER |
| 12:22PM | 9 | KNOWLEDGE OF FEEDBACK, REPORTS BACK FROM SCHERING-PLOUGH THAT |
| 12:22PM | 10 | INFORM HER AS TO THE NATURE OF THERANOS'S TECHNOLOGY. |
| 12:22PM | 11 | IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:23PM | 12 | (DEFENDANT'S EXHIBIT 15045, LIMITED PURPOSE, WAS RECEIVED |
| 12:23PM | 13 | IN EVIDENCE.) |
| 12:23PM | 14 | MR. DOWNEY:  THANK YOU, YOUR HONOR. |
| 12:23PM | 15 | Q.  LET ME ASK YOU TO LOOK AT THE ADDRESS ON TOP, IF YOU |
| 12:23PM | 16 | COULD, THE ADDRESS BLOCK ON TOP? |
| 12:23PM | 17 | A.  YES. |
| 12:23PM | 18 | Q.  AND WAS MS. BALKENHOL RESPONSIBLE FOR SOME OF THE |
| 12:23PM | 19 | PHARMACEUTICAL PROGRAMS AT -- ON BEHALF OF THERANOS IN 2010? |
| 12:23PM | 20 | A.  YES.  SHE WOULD SERVE AS A POINT PERSON FOR A NUMBER OF |
| 12:23PM | 21 | PARTNERS AND OTHER CONTACTS. |
| 12:23PM | 22 | Q.  OKAY.  AND DO YOU SEE THAT SHE -- THAT THE SUBJECT OF THE |
| 12:23PM | 23 | EMAIL IS, "PLEASE CALL ME BEFORE YOUR MERCK CALL - JUST HAD A |
| 12:23PM | 24 | GREAT CALL WITH CONNIE CULLEN"? |
| 12:23PM | 25 | A.  YES. |

12:23PM  1   Q.   AND IF YOU GO DOWN TO THE THIRD PARAGRAPH AND LOOK AT THE

12:23PM  2   FIRST COUPLE OF SENTENCES.

12:24PM  3        DO YOU SEE THAT THIS IS MS. BALKENHOL REPORTING ON A

12:24PM  4   CONVERSATION THAT SHE HAD HAD WITH DR. CULLEN ABOUT THERANOS?

12:24PM  5   A.   YES.

12:24PM  6   Q.   AND DO YOU RECALL THIS WOULD HAVE BEEN ABOUT A YEAR OR SO

12:24PM  7   AFTER THERANOS'S PROGRAM WITH SCHERING-PLOUGH HAD ENDED?

12:24PM  8   A.   YES.

12:24PM  9   Q.   DO YOU SEE SHE SAYS, "SHE SAID SOMEONE IN HER GROUP

12:24PM  10  REVIEWED THE DRAFT VALIDATION FROM A LONG TIME AGO AND THINKS

12:24PM  11  IT WOULD BE HELPFUL TO HAVE THE SCIENTISTS TALK ONE ON ONE.

12:24PM  12       "THEN SHE STARTED TALKING ABOUT RUNNING THE COMBINED

12:24PM  13  GROUPS AND SAID THAT THEY'VE DONE A HIGH LEVEL ANALYSIS WITHIN

12:24PM  14  THE NEW ORGANIZATION AND THAT THE MERCK FOLKS ARE INTRIGUED BY

12:24PM  15  IT."

12:24PM  16       WHAT DID YOU UNDERSTAND WAS BEING CONVEYED IN THIS REPORT

12:24PM  17  TO YOU IN 2010?

12:24PM  18  A.   THAT DR. CULLEN WAS TELLING CAROLYN THAT SCHERING-PLOUGH

12:25PM  19  HAD REVIEWED OUR VALIDATION; THAT SHE WANTED TO HAVE OUR

12:25PM  20  SCIENTISTS IN TOUCH; AND THAT SHE HAD TALKED ABOUT THAT WORK

12:25PM  21  WITH THIS NEW ORGANIZATION THAT WAS PUT TOGETHER WITHIN MERCK,

12:25PM  22  AND THAT THEY ARE INTRIGUED BY IT.

12:25PM  23  Q.   OKAY.  LET ME DIRECT YOU TO THE LAST SENTENCE OF THAT

12:25PM  24  PARAGRAPH.

12:25PM  25       AND DO YOU SEE THAT SHE SAYS, "YOU SHOULD FEEL FREE TO

12:25PM   1    MENTION HER NAME TO THE MERCK FOLKS AND THAT IT'S KNOWN THAT

12:25PM   2    SHE'LL BE RUNNING THAT GROUP."

12:25PM   3         WHAT DID YOU UNDERSTAND THAT SENTENCE TO MEAN?

12:25PM   4    A.   I UNDERSTOOD THAT SHE WAS SAYING TO CAROLYN THAT SHE COULD

12:25PM   5    BE A REFERENCE FOR US AS WE WORKED ON OTHER CONTRACTS WITHIN

12:25PM   6    MERCK.

12:25PM   7    Q.   AND DO YOU SEE THE FOURTH PARAGRAPH THERE THAT BEGINS,

12:25PM   8    "ALL IN ALL"?

12:25PM   9    A.   YES.

12:25PM  10    Q.   IT SAYS, "ALL IN ALL, IT WAS AWESOME, I THINK."

12:26PM  11         DO YOU SEE THAT?

12:26PM  12    A.   I DO.

12:26PM  13    Q.   DID YOU UNDERSTAND THAT THE FEEDBACK THAT MS. BALKENHOL

12:26PM  14    HAD GOTTEN WAS THAT DR. CULLEN HAD A FAVORABLE VIEW OF

12:26PM  15    THERANOS'S TECHNOLOGY?

12:26PM  16    A.   I DID.

12:26PM  17    Q.   AND DID YOU UNDERSTAND THAT MS. BALKENHOL WAS CONVEYING TO

12:26PM  18    YOU THAT SHE THOUGHT DR. CULLEN COULD SERVE AS A REFERENCE FOR

12:26PM  19    PURPOSES OF GETTING ADDITIONAL BUSINESS WITHIN MERCK AFTER THE

12:26PM  20    MERGER BETWEEN MERCK AND SCHERING-PLOUGH?

12:26PM  21              MR. LEACH:  OBJECTION.  LEADING.

12:26PM  22              MR. DOWNEY:  I'M JUST ASKING IF SHE UNDERSTOOD.

12:26PM  23              THE COURT:  OVERRULED.

12:26PM  24         YOU CAN ANSWER THE QUESTION.

12:26PM  25         DID YOU UNDERSTAND THE QUESTION?

| | | |
|---|---|---|
| 12:26PM | 1 | THE WITNESS:  I DID. |
| 12:26PM | 2 | THE COURT:  YOU CAN ANSWER. |
| 12:26PM | 3 | THE WITNESS:  YES. |
| 12:26PM | 4 | BY MR. DOWNEY: |
| 12:26PM | 5 | Q.   LET'S TURN TO CELGENE.  DID THERANOS DID WORK WITH |
| 12:26PM | 6 | CELGENE? |
| 12:26PM | 7 | A.   WE DID. |
| 12:26PM | 8 | Q.   WHAT PROJECTS DO YOU RECALL THERANOS DOING WITH CELGENE? |
| 12:26PM | 9 | A.   WE DID A NUMBER OF PROJECTS FOR CELGENE, MOSTLY FOCUSSED |
| 12:26PM | 10 | ON OUR SOFTWARE AND THE PREDICTIVE MODELS WE WERE BUILDING. |
| 12:27PM | 11 | Q.   AND WAS THERE A CONTRACT BETWEEN CELGENE AND THERANOS? |
| 12:27PM | 12 | A.   YES. |
| 12:27PM | 13 | Q.   AND UNDER THE TERMS OF THAT CONTRACT, WERE CERTAIN |
| 12:27PM | 14 | MILESTONES SPECIFIED THAT THERANOS HAD TO MEET TO GET PAID? |
| 12:27PM | 15 | A.   YES. |
| 12:27PM | 16 | Q.   AND WAS ONE OF THOSE MILESTONES VALIDATION OF THERANOS'S |
| 12:27PM | 17 | TECHNOLOGY? |
| 12:27PM | 18 | A.   YES. |
| 12:27PM | 19 | Q.   DID THERANOS SUBMIT A VALIDATION REPORT TO CELGENE TO |
| 12:27PM | 20 | DOCUMENT THE VALIDATION OF ITS TECHNOLOGY? |
| 12:27PM | 21 | A.   WE DID. |
| 12:27PM | 22 | Q.   AND DID YOU BELIEVE THAT THAT WORK CONSTITUTED A |
| 12:27PM | 23 | VALIDATION OF THE TECHNOLOGY? |
| 12:27PM | 24 | A.   I DID. |
| 12:27PM | 25 | Q.   AND DID THERANOS GET PAID IN CONNECTION WITH THAT |

12:27PM  1    CONTRACT?

12:27PM  2    A.   YES.

12:27PM  3    Q.   DID IT GET PAID THE FULL AMOUNT OF THE CONTRACT?

12:27PM  4    A.   WE DID.

12:27PM  5    Q.   LET ME ASK YOU ABOUT A JAPANESE PHARMACEUTICAL COMPANY,

12:27PM  6    DAIICHI-SANKYO.

12:27PM  7         DID THERANOS WORK ON A PARTNERSHIP WITH DAIICHI?

12:28PM  8    A.   WE DID WORK THROUGH THEM THROUGH THE MAYO CLINIC.

12:28PM  9    Q.   AND DID YOU DO -- WHAT KIND OF WORK DID YOU DO WITH THE

12:28PM  10   MAYO CLINIC?

12:28PM  11   A.   WE TESTED OUR TECHNOLOGY AT THE MAYO CLINIC AND THEN RAN A

12:28PM  12   CLINICAL STUDY FOR THEM.

12:28PM  13   Q.   AND WHEN YOU SAY YOU TESTED YOUR TECHNOLOGY, WHAT DID THAT

12:28PM  14   CONSIST OF?

12:28PM  15   A.   AGAIN, TESTING THE TESTS, THE CARTRIDGES, THE DEVICE, THE

12:28PM  16   SOFTWARE AGAINST TRADITIONAL TESTS AND COMPARING THE RESULTS.

12:28PM  17   Q.   AND AFTER THAT, WHAT WORK DID YOU DO AT THE MAYO CLINIC?

12:28PM  18   A.   THE MAYO CLINIC THEN USED US IN A CLINICAL STUDY ON

12:28PM  19   DIABETES PATIENTS.

12:28PM  20   Q.   LET ME ASK YOU TO LOOK AT 15044.

12:29PM  21   A.   I'M NOT SURE IF I HAVE 44.

12:29PM  22        THE COURT:  IT'S ON ITS WAY UP, I THINK.

12:29PM  23        THE WITNESS:  OKAY.

12:29PM  24        MR. DOWNEY:  MAY I APPROACH THE WITNESS?

12:29PM  25        THE COURT:  YES.

12:29PM  1    BY MR. DOWNEY:

12:29PM  2    Q.   (HANDING.)

12:29PM  3    A.   THANK YOU.

12:29PM  4    Q.   CAN YOU TELL US WHAT 15044 IS?

12:29PM  5    A.   IT LOOKS LIKE ONE OF THE UPDATES FROM ONE OF OUR TEAM

12:29PM  6    MEMBERS ON ACTIVE WORK SHE WAS DOING WITH PHARMACEUTICAL

12:29PM  7    COMPANIES.

12:29PM  8    Q.   DOES IT DISCUSS THE WORK THAT THERANOS WAS DOING WITH THE

12:30PM  9    MAYO CLINIC, AND I SPECIFICALLY DIRECT YOUR ATTENTION TO THE

12:30PM  10   BOTTOM OF PAGE 5, TOP OF PAGE 6.

12:30PM  11   A.   IT DOES.

12:30PM  12        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:30PM  13   15044.

12:30PM  14        MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:30PM  15        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:30PM  16   (DEFENDANT'S EXHIBIT 15044 WAS RECEIVED IN EVIDENCE.)

12:30PM  17   BY MR. DOWNEY:

12:30PM  18   Q.   IF YOU LOOK AT THE FIRST PAGE, THIS IS AN EMAIL FROM YOU

12:30PM  19   TO SUSAN DIGIAMO?

12:30PM  20   A.   YES.

12:30PM  21   Q.   AND IS SHE AN INTERNAL THERANOS PERSON?

12:30PM  22   A.   SHE IS.  I THINK IT'S ACTUALLY AN EMAIL FROM HER TO ME.

12:30PM  23   Q.   I'M SORRY, I BEG YOUR PARDON, IT IS.

12:30PM  24        AND IS SHE THE ONE WHO PREPARED THE REPORT THAT IS

12:30PM  25   ATTACHED HERETO?

| | | |
|---|---|---|
| 12:30PM | 1 | A.   YES. |
| 12:30PM | 2 | Q.   OKAY.  LET ME ASK YOU TO LOOK THEN AT PAGE 5? |
| 12:31PM | 3 | MR. LEACH:  YOUR HONOR, I DON'T MEAN TO INTERRUPT, |
| 12:31PM | 4 | BUT THERE'S A REDACTION ON THE SCREEN THAT I THINK IS RELEVANT |
| 12:31PM | 5 | TO THIS EXHIBIT THAT I THINK SHOULD BE DISPLAYED IN SOME FORM |
| 12:31PM | 6 | UP AT THE TOP. |
| 12:31PM | 7 | THE COURT:  I'M NOT SURE I SEE IT.  COULD YOU -- |
| 12:31PM | 8 | MR. DOWNEY, COULD YOU TALK WITH MR. LEACH ABOUT THIS. |
| 12:31PM | 9 | MR. DOWNEY:  YES.  LET ME SEE WHAT HIS CONCERN IS. |
| 12:31PM | 10 | (DISCUSSION AMONGST COUNSEL FOR THE GOVERNMENT AND DEFENSE |
| 12:31PM | 11 | OFF THE RECORD.) |
| 12:31PM | 12 | MR. DOWNEY:  OKAY.  LET ME EXPLAIN.  I HAVE NO |
| 12:31PM | 13 | OBJECTION TO THAT. |
| 12:31PM | 14 | BUT THERE'S A PERSONAL EMAIL ADDRESS OF AN INDIVIDUAL THAT |
| 12:31PM | 15 | IS THE TO ADDRESSEE HERE.  I REDACTED IT CONSISTENT WITH THE |
| 12:31PM | 16 | PROTOCOLS THAT WE HAVE BEEN FOLLOWING. |
| 12:31PM | 17 | MR. LEACH WANTS TO ASK SPECIFICALLY ABOUT THAT HOTMAIL |
| 12:31PM | 18 | ACCOUNT, SO HE ASKED THAT WE NOW DISPLAY IT AS PART OF THE -- |
| 12:32PM | 19 | WHAT IS DISPLAYED. |
| 12:32PM | 20 | I HAVE NO OBJECTION TO THAT? |
| 12:32PM | 21 | THE COURT:  OKAY.  CAN YOU UNREDACT IT THEN IN |
| 12:32PM | 22 | YOUR -- |
| 12:32PM | 23 | MR. DOWNEY:  I BELIEVE SO. |
| 12:32PM | 24 | BUT IF NOT, I'M HAPPY TO READ INTO THE RECORD WHAT IT IS. |
| 12:32PM | 25 | THE COURT:  SURE.  I'M SURE HE CAN DO THAT, AND IT |

12:32PM  1    WILL BE PUBLISHED WITH THAT DISPLAY.

12:32PM  2              MR. LEACH:  THANK YOU, YOUR HONOR.

12:32PM  3              THE COURT:  AND OTHERWISE ADMITTED.

12:32PM  4    BY MR. DOWNEY:

12:32PM  5    Q.   I WAS DIRECTING YOUR ATTENTION TO THE BOTTOM EMAIL.

12:32PM  6         THIS IS MS. DIGIAMO FORWARDING YOU AN UPDATE ON WHERE

12:32PM  7    VARIOUS PROJECTS WERE; IS THAT RIGHT?

12:32PM  8    A.   YES.

12:32PM  9    Q.   OKAY.  LET'S GO TO THE BOTTOM OF PAGE 5, TOP OF PAGE 6.

12:33PM  10        IF YOU SEE AT THE VERY BOTTOM OF 5 THERE'S A REFERENCE TO

12:33PM  11   THE MAYO CLINIC, AND THEN A DISCUSSION ON THE NEXT PAGE.

12:33PM  12        AND IF YOU SEE THE FIRST BULLET POINT READS, "EVALUATION

12:33PM  13   OF THE THERANOS SYSTEM PERFORMED IN THE ENDOCRINOLOGY AND

12:33PM  14   METABOLISM UNIT BY DR. VELLA (KEY INVESTIGATOR FOR

12:33PM  15   DAIICHI-SANKYO HE ALSO WORKED WITH SUKI)."

12:33PM  16        AND IS THIS SPECIFICALLY A REPORT ON WHERE THE WORK WITH

12:33PM  17   MAYO WAS?

12:33PM  18   A.   YES.  I THINK THIS IS A SUMMARY OF THAT VALIDATION AT

12:33PM  19   MAYO, AND THEN A DISCUSSION OF THE NEXT PROGRAM WITH THEM.

12:33PM  20   Q.   OKAY.  AND WHAT WAS SUMMARIZED AS TO THIS PROGRAM?

12:33PM  21   A.   SUSAN IS SAYING THAT THIS STUDY WAS RUN, SHE'S GIVING

12:33PM  22   DETAILS ABOUT THE TIME POINTS THAT WERE TESTED, SHE SAID THAT

12:34PM  23   DR. VELLA WAS IMPRESSED AND HE'S INTERESTED IN RUNNING ANOTHER

12:34PM  24   STUDY AND PUBLISHING DATA LATER THAT YEAR.

12:34PM  25   Q.   OKAY.  THEN DID YOU BELIEVE THAT THIS WAS A VALIDATION OF

12:34PM   1    THERANOS'S TECHNOLOGY?

12:34PM   2    A.   I DID.

12:34PM   3    Q.   DID YOU DO FURTHER WORK FOR MAYO AFTER THIS DATE?

12:34PM   4    A.   YES.

12:34PM   5    Q.   OKAY.  LET ME ASK YOU NEXT ABOUT PFIZER.

12:34PM   6         YOU CAN TAKE THAT DOWN.

12:34PM   7         DO YOU RECALL THAT WE LOOKED ON FRIDAY AT THERANOS'S 2006

12:34PM   8    CONTRACT WITH PFIZER?

12:34PM   9    A.   I DO.

12:34PM  10    Q.   AND WHAT WAS INTENDED UNDER THAT CONTRACT WHEN YOU SIGNED

12:34PM  11    IT IN 2006?

12:34PM  12    A.   IT WAS A CONTRACT TO PERFORM A STUDY FOR PFIZER THAT WE

12:34PM  13    WOULD WORK TOGETHER TO DEVELOP TO TEST AND VALIDATE THERANOS

12:34PM  14    TECHNOLOGY.

12:35PM  15    Q.   OKAY.  AND SPECIFICALLY, CAN YOU DESCRIBE WHAT THE NATURE

12:35PM  16    OF THE WORK WAS AS TO HOW THE THERANOS TECHNOLOGY WOULD BE

12:35PM  17    VALIDATED?

12:35PM  18    A.   YES.  FIRST THERANOS HAD TO DEVELOP CERTAIN TESTS THAT

12:35PM  19    WERE USEFUL IN CANCER PATIENTS.

12:35PM  20         WE HAD TO VALIDATE THOSE CHEMISTRIES.

12:35PM  21         THEN WE HAD TO USE THEM IN A STUDY WHERE WE WOULD TEST

12:35PM  22    PATIENTS IN THEIR HOMES IN VERY REMOTE AREAS AND IN A CLINIC

12:35PM  23    AND LOOK AT THAT DATA, AND ALSO LOOK AT HOW THAT DATA CHANGED

12:35PM  24    OVER TIME, THE TRENDS IN THE DATA.

12:35PM  25    Q.   AND DID PFIZER AGREE TO PAY THERANOS IN CONNECTION WITH

12:35PM   1    THE WORK THAT THERANOS DID?

12:35PM   2    A.   YES.

12:35PM   3    Q.   AND DID THERANOS PREPARE A REPORT REFLECTING THE WORK THAT

12:35PM   4    HAD BEEN DONE AND THE DATA THAT HAD BEEN GENERATED?

12:36PM   5    A.   YES.

12:36PM   6    Q.   DID PFIZER PROVIDE FEEDBACK THAT YOU'RE AWARE OF ON THE

12:36PM   7    REPORT?

12:36PM   8    A.   I DON'T THINK ON THE REPORT SPECIFICALLY, NO.

12:36PM   9    Q.   DO YOU RECALL THAT THERE WAS TESTIMONY DURING THE CASE

12:36PM   10   FROM DR. SHANE WEBER?

12:36PM   11   A.   I DO.

12:36PM   12   Q.   AND DO YOU RECALL THAT THAT WAS IN AND AROUND NOVEMBER OF

12:36PM   13   2008?

12:36PM   14   A.   YES.

12:36PM   15   Q.   AFTER NOVEMBER 2008, DID YOU AND OTHERS AT THERANOS

12:36PM   16   CONTINUE TO INTERACT WITH PFIZER ABOUT POTENTIAL WORK?

12:36PM   17   A.   WE DID.

12:36PM   18   Q.   LET ME ASK YOU TO LOOK AT -- THIS SHOULD BE IN YOUR -- LET

12:36PM   19   ME SEE IF THIS IS HERE.

12:37PM   20        THE COURT:  ADRIANA (HANDING.)

12:37PM   21        MR. DOWNEY:  MAY I APPROACH THE WITNESS, YOUR HONOR?

12:37PM   22        THE COURT:  YES.

12:37PM   23   BY MR. DOWNEY:

12:37PM   24   Q.   (HANDING.)

12:37PM   25        IS 15041 AN EMAIL BETWEEN YOU AND AN INDIVIDUAL AT --

12:37PM  1      INDIVIDUALS AT PFIZER?

12:37PM  2      A.   I'M JUST FINDING IT.  ONE SECOND.

12:37PM  3           YES.

12:37PM  4                MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:38PM  5      15041.

12:38PM  6                MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:38PM  7                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:38PM  8           (DEFENDANT'S EXHIBIT 15041 WAS RECEIVED IN EVIDENCE.)

12:38PM  9      BY MR. DOWNEY:

12:38PM 10      Q.   DO YOU SEE THAT AT THE TOP YOU ADDRESS THIS EMAIL TO A

12:38PM 11      DAVID LESTER AT THERANOS AND CRAIG LIPSET.

12:38PM 12           WHO WAS MR. LESTER?

12:38PM 13      A.   MR. LESTER HAD BEEN OUR POINT PERSON AT PFIZER WHO WAS NOW

12:38PM 14      WORKING WITH US AT THERANOS.

12:38PM 15      Q.   HE CAME TO THERANOS AFTER HE WORKED AT PFIZER?

12:38PM 16      A.   HE DID.

12:38PM 17      Q.   OKAY.  AND IT'S ALSO ADDRESSED TO CRAIG LIPSET.  WHO IS

12:38PM 18      CRAIG LIPSET?

12:38PM 19      A.   CRAIG LIPSET WAS ONE OF OUR POINT PEOPLE FOR THE PFIZER

12:38PM 20      STUDY ITSELF.

12:38PM 21      Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE EMAIL AT THE BOTTOM

12:38PM 22      OF PAGE 1.  THIS IS AN EMAIL FROM CRAIG LIPSET AT PFIZER TO

12:39PM 23      DAVID LESTER AT THERANOS.

12:39PM 24           AND HE SAYS IN THE FIRST PARAGRAPH THAT, "WE ARE PURSUING

12:39PM 25      SEVERAL POTENTIAL ENGAGEMENTS AS A RESULT OF THE RECENT MEETING

12:39PM 1    TOGETHER.  ONE PARTICULAR OPPORTUNITY HAS MOMENTUM, HOWEVER,

12:39PM 2    AND SO I WOULD LIKE TO SUGGEST SOME QUICK FOLLOW-UP AND

12:39PM 3    ENGAGEMENT WITH THE PRODUCT TEAM."

12:39PM 4         DO YOU SEE THAT?

12:39PM 5    A.   I DO.

12:39PM 6    Q.   AND THEN HE GOES ON TO DESCRIBE THE ENGAGEMENT, THE

12:39PM 7    POTENTIAL ENGAGEMENT IN THE NEXT PARAGRAPH.

12:39PM 8         DO YOU SEE THAT?

12:39PM 9    A.   YES.

12:39PM 10   Q.   CAN YOU EXPLAIN WHEN HE SAYS "A TEAM DEVELOPING A MAB FOR

12:39PM 11   IL-6 HAS MODELING NEEDS," AND THEN IF YOU SKIP THE NEXT

12:39PM 12   SENTENCE AND SAY, "HOWEVER, THIS COULD PROVIDE A GOOD TIME

12:39PM 13   CYCLE TO ENGAGE THE TEAM, DEVELOP A MODEL, AND IDENTIFY

12:40PM 14   ANALYTICAL POTENTIAL."

12:40PM 15        AND THE EMAIL GOES ON FROM THERE.

12:40PM 16        WHAT DID YOU UNDERSTAND WAS BEING CONVEYED IN THESE

12:40PM 17   PARAGRAPHS?

12:40PM 18   A.   DR. LIPSET IS RELAYING THAT THERE IS A NEW DRUG THAT

12:40PM 19   PFIZER WAS INTERESTED IN WORKING WITH THERANOS ON AND THAT IT

12:40PM 20   WOULD BE A GREAT PROGRAM TO DEVELOP A MODEL FOR, WHICH WAS OUR

12:40PM 21   SOFTWARE THAT WE WERE BUILDING, AND THEN POTENTIALLY DO TESTING

12:40PM 22   ON THROUGH THE THERANOS SYSTEM.

12:40PM 23   Q.   DID THERANOS CONTINUE TO ENGAGE -- DO YOU KNOW IF A

12:40PM 24   CLINICAL TRIAL WOULD -- IF THERANOS ACTUALLY PARTICIPATED IN

12:40PM 25   THE CLINICAL TRIAL THAT DR. LIPSET DESCRIBED IN THIS EMAIL?

12:40PM  1      A.   WE DID NOT.

12:40PM  2      Q.   DO YOU KNOW WHY NOT?

12:40PM  3      A.   PFIZER DECIDED NOT TO PURSUE THIS DRUG AFTER IT ACQUIRED

12:40PM  4      OTHER DRUGS FROM ONE OF THE COMPANIES THAT THEY BOUGHT.

12:40PM  5      Q.   DID THERANOS CONTINUE TO TALK TO PFIZER ABOUT DOING

12:41PM  6      ADDITIONAL WORK IN 2010 AND BEYOND?

12:41PM  7      A.   YES.

12:41PM  8      Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15047.

12:41PM  9           THAT WILL BE IN THE NOTEBOOK THAT IS MARKED AS VOLUME 2.

12:41PM 10      A.   OKAY.

12:41PM 11      Q.   IS THIS AN EMAIL BETWEEN, AMONG OTHERS, YOURSELF AND

12:41PM 12      OTHERS AT PFIZER?

12:41PM 13      A.   YES.

12:41PM 14           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:41PM 15      15047.

12:41PM 16           MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:41PM 17           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:41PM 18      (DEFENDANT'S EXHIBIT 15047 WAS RECEIVED IN EVIDENCE.)

12:41PM 19      BY MR. DOWNEY:

12:41PM 20      Q.   DO YOU SEE IN THE TOP EMAIL JUST THAT THE SUBJECT WAS

12:41PM 21      "FOLLOWING UP ON YOUR TECHNOLOGY"?

12:42PM 22      A.   YES.

12:42PM 23      Q.   AND THEN LET'S GO TO THE BOTTOM EMAIL ON PAGE 1.  AND

12:42PM 24      THERE'S AN EMAIL THERE FROM A MORTEN SOGAARD.  WHO IS

12:42PM 25      MORTEN SOGAARD?

12:42PM   1     A.   HE WAS AN EXECUTIVE AT PFIZER.

12:42PM   2     Q.   AND WHAT ROLE DID HE PLAY THERE?

12:42PM   3     A.   I THINK HE WAS -- HAD BOTH A SCIENTIFIC AND A BUSINESS

12:42PM   4     DEVELOPMENT TYPE BACKGROUND.

12:42PM   5     Q.   AND WHO ARE THE -- WHO IS HAKAN SAKUL IDENTIFIED IN THIS

12:42PM   6     CC LINE?

12:42PM   7     A.   HE WAS ONE OF THE POINTS FOR OUR ORIGINAL PROGRAM WITH

12:42PM   8     PFIZER.

12:42PM   9     Q.   OKAY.  AND WHO WAS GREGORY NAEVE?

12:42PM   10    A.   I THINK A SCIENTIST AT PFIZER.

12:42PM   11    Q.   OKAY.  AND IF YOU LOOK AT THE CONTENT OF THAT EMAIL

12:42PM   12    MR. SOGAARD SAYS TO YOU, "THANK YOU FOR AN EXCITING AFTERNOON

12:43PM   13    YESTERDAY.  WE ARE VERY MUCH LOOKING FORWARD TO FURTHER

12:43PM   14    INTERACTIONS.  I WILL FOLLOW UP SEPARATELY WITH CHRISTIAN

12:43PM   15    REGARDING A NEW 2-WAY CDA."

12:43PM   16         DO YOU SEE THAT?

12:43PM   17    A.   YES.

12:43PM   18    Q.   AND WHAT MEETING HAD OCCURRED ON WHICH MR. SOGAARD IS

12:43PM   19    FOLLOWING UP?

12:43PM   20    A.   THIS IS A MEETING WITH PFIZER AROUND RUNNING CLINICAL

12:43PM   21    TRIALS USING THE WELLNESS CENTERS THAT WE WERE PUTTING IN

12:43PM   22    RETAIL THROUGH WALGREENS.

12:43PM   23    Q.   OKAY.  LET ME ASK YOU TO LOOK UP TO THE MIDDLE EMAIL ON

12:43PM   24    PAGE 1.

12:43PM   25         AND THIS IS AN EMAIL FROM DR. SAKUL.  NOW, DR. SAKUL, HAD

12:43PM  1    HE BEEN INVOLVED IN THE VALIDATION STUDY THAT LED TO THE REPORT

12:43PM  2    THAT YOU SUBMITTED?

12:43PM  3    A.   MY UNDERSTANDING IS YES.

12:43PM  4    Q.   ALL RIGHT.  AND HE GOES ON TO SAY -- HE SAYS THAT HE IS

12:43PM  5    ADDING HIS THANKS AS WELL.  HE IS LEARNING ABOUT THE GREAT

12:44PM  6    PROGRESS THAT THERANOS HAS MADE OVER THE YEARS AND HE HOPES

12:44PM  7    THAT THEY WILL FIND A WAY TO WORK TOGETHER.

12:44PM  8         DID YOU, COMING OUT OF THIS MEETING WITH THE PFIZER

12:44PM  9    REPRESENTATIVES, CONTINUE TO EXPLORE THE POSSIBILITY OF

12:44PM 10    ADDITIONAL WORK FOR PFIZER EVEN AS OF 2013 AND 2014?

12:44PM 11    A.   WE DID.

12:44PM 12    Q.   DID PFIZER CONTINUE TO INTERACT WITH THERANOS IN 2015?

12:44PM 13    A.   YES.

12:44PM 14    Q.   LET ME ASK YOU TO LOOK AT 15039.

12:44PM 15    A.   OKAY.

12:44PM 16    Q.   IS THIS AN EMAIL BETWEEN YOU AND DR. LIPSET IN 2015?

12:44PM 17    A.   YES.

12:44PM 18              MR. DOWNEY:  I MOVE THE ADMISSION OF 15039.

12:44PM 19              MR. LEACH:  801, 802, YOUR HONOR.

12:45PM 20         IF IT'S FOR A LIMITED PURPOSE, THAT'S FINE.

12:45PM 21         (PAUSE IN PROCEEDINGS.)

12:45PM 22              THE COURT:  MR. DOWNEY, ANY OBJECTIONS TO THIS

12:45PM 23    COMING IN ON A LIMITED PURPOSE?

12:45PM 24              MR. DOWNEY:  WELL, YOUR HONOR, FOR PRESENT PURPOSES,

12:45PM 25    NO, NO OBJECTION.

12:45PM  1              THE COURT:  AND THIS IS IN REGARDS TO THE STATUS OF

12:45PM  2    THE TECHNOLOGY AT THE TIME OF THIS EMAIL AS TO THIS WITNESS?

12:45PM  3              MR. DOWNEY:  AS TO HER UNDERSTANDING OF PFIZER'S

12:45PM  4    PERCEPTION OF THE STATUS OF THE TECHNOLOGY.

12:45PM  5              THE COURT:  ALL RIGHT.  THIS EMAIL WILL BE ADMITTED,

12:46PM  6    LADIES AND GENTLEMEN, NOT FOR THE TRUTH OF THE MATTER ASSERTED,

12:46PM  7    BUT AS INDICATED, AS TO MS. HOLMES'S STATE OF MIND AS TO HER

12:46PM  8    UNDERSTANDING OF PFIZER'S PERCEPTION OF THE TECHNOLOGY, THE

12:46PM  9    THERANOS TECHNOLOGY.

12:46PM  10         AND IT CAN BE PUBLISHED.

12:46PM  11         (DEFENDANT'S EXHIBIT 15039 WAS RECEIVED IN EVIDENCE.)

12:46PM  12    BY MR. DOWNEY:

12:46PM  13    Q.   LET ME DIRECT YOUR ATTENTION TO THE EMAIL AT THE BOTTOM

12:46PM  14    FROM MR. LIPSET TO YOU AT 6:24 P.M.

12:46PM  15         AND IF YOU GO DOWN TO THE THIRD PARAGRAPH OF THAT EMAIL,

12:46PM  16    HE PURPORTS THAT HE HAS BEEN WORKING WITH SOME OF OUR --

12:46PM  17    PFIZER'S R&D TEAMS ON STUDIES TO LEVERAGE WALGREENS IN-STORE

12:46PM  18    INFRASTRUCTURE AS A CLINICAL TRIAL SITE.

12:46PM  19         AND IS THAT A REFERENCE TO WHAT YOU DESCRIBED BEFORE?

12:46PM  20    A.   YES.

12:46PM  21    Q.   AND THEN IN THE NEXT PARAGRAPH HE REFERS TO SOME OF THE

12:47PM  22    TEAMS AT PFIZER IN PFIZER CONSUMER HEALTH.

12:47PM  23         WHAT IS HE -- WHAT DID YOU UNDERSTAND THAT HE WAS TELLING

12:47PM  24    YOU IN THAT PARAGRAPH?

12:47PM  25    A.   THAT THERE'S A TEAM OF PEOPLE IN THE CONSUMER DIVISION OF

12:47PM  1    PFIZER, WHICH I UNDERSTOOD WORKS WITH DRUGS THAT ARE ON THE

12:47PM  2    MARKET, THAT IS INTERESTED IN DOING LIPIDS AND CHOLESTEROL

12:47PM  3    TESTING AS PART OF THIS CAMPAIGN.

12:47PM  4    Q.   OKAY.  NOW, AS OF THE TIME THAT YOU WERE WORKING WITH

12:47PM  5    PHARMACEUTICAL COMPANIES IN 2008 AND 2009, WAS THERANOS

12:47PM  6    TECHNOLOGY USED TO ANALYZE IMMUNOASSAYS?

12:47PM  7    A.   WE RAN IMMUNOASSAYS ON OUR TECHNOLOGY, YES.

12:47PM  8    Q.   AND DID THERANOS LOOK DURING THAT PERIOD TO BE ABLE TO RUN

12:48PM  9    METHODS THAT WOULD ALLOW IT TO RUN ASSAYS OTHER THAN

12:48PM 10    IMMUNOASSAYS?

12:48PM 11    A.   WE DID.

12:48PM 12    Q.   AND CAN YOU REMIND US WHAT IMMUNOASSAYS ARE?

12:48PM 13    A.   YES.  IT'S ONE OF THE METHODS THAT WE'VE BEEN TALKING

12:48PM 14    ABOUT, WHICH IS A TYPE OF CHEMISTRY THAT IS USED TO MEASURE

12:48PM 15    SMALL MOLECULES, PROTEINS, METABOLITES, ANTIBODIES, AND THE

12:48PM 16    METHOD WORKS BY HAVING SOME TYPE OF ANTIBODY IN YOUR TEST THAT

12:48PM 17    BINDS TO SOMETHING YOU WANT TO MEASURE IN SAMPLE AND THEN

12:48PM 18    HAVING SOME TYPE OF SIGNAL GENERATED THAT CAN BE MEASURED BY A

12:48PM 19    DETECTOR WHICH IS YOUR MEASUREMENT DEVICE.

12:48PM 20    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15023.

12:49PM 21    A.   OKAY.

12:49PM 22    Q.   WHAT IS EXHIBIT 15023?

12:49PM 23    A.   THIS IS AN EMAIL FROM GARY FRENZEL TO ME AFTER ONE OF OUR

12:49PM 24    MEETINGS WITH DOD.

12:49PM 25    Q.   AND IS MR. FRENZEL AN EMPLOYEE AT THERANOS?

12:49PM   1    A.   YES.

12:49PM   2              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:49PM   3    15023.

12:49PM   4              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:49PM   5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:49PM   6         (DEFENDANT'S EXHIBIT 15023 WAS RECEIVED IN EVIDENCE.)

12:49PM   7              MR. DOWNEY:  I'M INTERESTED IN THE BOTTOM EMAIL.

12:49PM   8    Q.   AND LOOKING AT THIS EMAIL, YOU MENTIONED THAT THIS --

12:49PM   9    THERE HAD BEEN A MEETING AT DOD.  WHAT WAS THAT MEETING ABOUT?

12:49PM  10    A.   I'M JUST READING IT.

12:49PM  11         I THINK THIS WAS RELATING TO WHAT WE WERE TALKING ABOUT

12:50PM  12    EARLIER, MEASURING INFECTION IN TRAUMA PATIENTS.

12:50PM  13    Q.   OKAY.  IF YOU LOOK AT THE THIRD SENTENCE THAT BEGINS, "THE

12:50PM  14    COLONEL INTIMATED A DESIRE FOR OTHER TECH AS WELL... CYTOMETRY

12:50PM  15    AND GC/MS.  BOTH OF WHICH I WOULD LOVE FOR US TO MOVE TO IN

12:50PM  16    FUTURE GENERATIONS.  AS WELL AS PCR."

12:50PM  17         CAN YOU EXPLAIN WHAT MR. FRENZEL IS PROPOSING IN THOSE

12:50PM  18    SENTENCES?

12:50PM  19    A.   GARY IS SAYING HERE THAT AS WE GO FORWARD, ADDING

12:50PM  20    ADDITIONAL METHODS, THE THREE METHODS HE'S TALKING ABOUT HERE

12:50PM  21    ARE CYTOMETRY, GC/MS, AND PCR TO OUR SYSTEM IS SOMETHING THAT

12:50PM  22    HE WOULD LOVE TO DO.

12:50PM  23    Q.   AND DID SCIENTISTS AND ENGINEERS AT THERANOS BEGIN

12:51PM  24    EXPLORING WHETHER THAT COULD BE DONE IN 2009?

12:51PM  25    A.   YES.

12:51PM  1    Q.   LET ME -- TO YOUR KNOWLEDGE, WAS DR. ROBERTSON INVOLVED

12:51PM  2    WITH THOSE EFFORTS?

12:51PM  3    A.   HE WAS.

12:51PM  4    Q.   WHAT ROLE WAS HE PLAYING AT THE COMPANY AT THAT TIME IN

12:51PM  5    2009?

12:51PM  6    A.   DR. ROBERTSON WAS ONE OF OUR BOARD MEMBERS.  HE WAS ALSO

12:51PM  7    SERVING AS A CHIEF TECHNICAL ARCHITECT INTERNALLY.

12:51PM  8    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 7087.

12:51PM  9    A.   OKAY.

12:51PM 10    Q.   IS THIS AN EMAIL BETWEEN DR. ROBERTSON AND YOURSELF

12:51PM 11    DISCUSSING THERANOS'S TECHNOLOGIES IN 2009?

12:52PM 12    A.   IT IS.

12:52PM 13              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:52PM 14    7087.

12:52PM 15              MR. LEACH:  ONE MOMENT, YOUR HONOR.

12:52PM 16        (PAUSE IN PROCEEDINGS.)

12:52PM 17              MR. LEACH:  NO OBJECTION.

12:52PM 18              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:52PM 19        (DEFENDANT'S EXHIBIT 7087 WAS RECEIVED IN EVIDENCE.)

12:52PM 20    BY MR. DOWNEY:

12:52PM 21    Q.   IF YOU WOULD LOOK AT THE BOTTOM EMAIL, HE SAYS, "WE HAD

12:52PM 22    OUR FIRST GROUP MEETING TODAY TO START TALKING ABOUT ASSESSING

12:52PM 23    NEW TECHNOLOGIES, THINKING AHEAD AND THINKING OUT OF THE BOX."

12:52PM 24        AND HE GOES ON TO DESCRIBE PEOPLE'S ENTHUSIASM.

12:52PM 25        WHAT DID YOU UNDERSTAND HIM TO BE TALKING ABOUT AT THIS

12:52PM   1        POINT IN 2009?

12:52PM   2        A.   HE'S TALKING ABOUT OUR EVALUATION OF THE NEW TECHNOLOGIES

12:52PM   3        WE WERE PURSUING FOR ADDING MULTIPLE METHODS TO OUR SYSTEM.

12:52PM   4        Q.   NOW, DID THERE COME A TIME IN EARLY 2010 WHEN THERANOS'S

12:52PM   5        SCIENTISTS AND ENGINEERS TOLD YOU THAT THEY BELIEVED IT WAS

12:52PM   6        FEASIBLE FOR THERANOS SYSTEMS TO BE CONFIGURED SO THAT THEY

12:53PM   7        COULD RUN ANY BLOOD TEST?

12:53PM   8        A.   YES.

12:53PM   9        Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7096.

12:53PM   10       A.   OKAY.

12:53PM   11       Q.   CAN YOU IDENTIFY 7096?

12:53PM   12       A.   YES.  IT'S AN EMAIL FROM DR. GIBBONS TO ME ABOUT THE

12:53PM   13       CAPABILITIES OF OUR SYSTEM.

12:53PM   14             MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:53PM   15       7096.

12:53PM   16             MR. LEACH:  NO OBJECTION.

12:53PM   17             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:53PM   18          (DEFENDANT'S EXHIBIT 7096 WAS RECEIVED IN EVIDENCE.)

12:53PM   19       BY MR. DOWNEY:

12:53PM   20       Q.   DO YOU SEE HERE HE'S SAYING "I'D LIKE TO PRESENT" -- THIS

12:54PM   21       IS IN JANUARY OF 2010; CORRECT?

12:54PM   22       A.   IT IS.

12:54PM   23       Q.   IN THE SECOND SENTENCE WHEN HE SAYS, "I BELIEVE THE

12:54PM   24       TECHNOLOGY HAS THE POTENTIAL FOR RAPID EXPANSION OF OUR ABILITY

12:54PM   25       TO DO GENERAL CHEMISTRY ASSAYS AND EXISTING COLORIMETRIC

12:54PM  1    ELISA'S (REDUCING ASSAY DEVELOPMENT TIME)."

12:54PM  2        AND HE GOES ON TO DESCRIBE WHAT THE SAMPLE WOULD BE AND

12:54PM  3    OTHER TECHNOLOGY.

12:54PM  4        WHAT DID YOU UNDERSTAND THAT DR. GIBBONS WAS CONVEYING TO

12:54PM  5    YOU IN THIS EMAIL?

12:54PM  6    A.   DR. GIBBONS IS CONVEYING THAT THERE IS DATA THAT HAS BEEN

12:54PM  7    GENERATED THAT REFLECTS OUR ABILITY TO EXPAND EXISTING

12:54PM  8    CAPABILITIES FOR GENERAL CHEMISTRY AND ELISA'S, WHICH ARE THE

12:54PM  9    IMMUNOASSAYS, ON OUR SYSTEM.

12:54PM  10   Q.   AND DID THERE COME A TIME IN EARLY 2010 WHEN DR. GIBBONS

12:54PM  11   AND OTHERS MADE A PRESENTATION TO YOU ABOUT THE EXPANSION OF

12:54PM  12   THERANOS SYSTEMS CAPACITY?

12:55PM  13   A.   THEY DID.

12:55PM  14   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7098.

12:55PM  15       IS THIS A POWERPOINT THAT WAS USED IN CONNECTION WITH THAT

12:55PM  16   PRESENTATION TO YOU ABOUT THE CAPABILITIES OF THERANOS

12:55PM  17   TECHNOLOGY?

12:55PM  18   A.   YES.

12:55PM  19           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:55PM  20   EXHIBIT 7098.

12:55PM  21           MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:55PM  22           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:55PM  23       (DEFENDANT'S EXHIBIT 7098 WAS RECEIVED IN EVIDENCE.)

12:55PM  24   BY MR. DOWNEY:

12:55PM  25   Q.   GO TO SLIDE 2.  THIS IS LABELLED "SYSTEM COMPONENT

12:55PM 1    REQUIREMENTS AND SELECTION SYSTEM 4.0."

12:56PM 2         DO YOU SEE THAT?

12:56PM 3    A.   YES.

12:56PM 4    Q.   AND WHAT DID SYSTEM 4.0 REFER TO?

12:56PM 5    A.   IT WAS THE NEXT GENERATION SYSTEM FROM OUR 3 SERIES

12:56PM 6    SYSTEM.

12:56PM 7    Q.   AND LET'S GO TO THE NEXT SLIDE.

12:56PM 8         CAN YOU TAKE US THROUGH THE ENTRIES ON THE NEXT SLIDE AND

12:56PM 9    EXPLAIN WHAT IS BEING CONVEYED IN THIS POWERPOINT SLIDE?

12:56PM 10   A.   YES.  DR. GIBBONS IS SAYING THAT OUR 4 SERIES SYSTEM WILL

12:56PM 11   BE CAPABLE OF PERFORMING ANY MEASUREMENT IN A DISTRIBUTED TEST

12:56PM 12   SETTING, MEANING IN THE FIELD OR OUTSIDE OF THE TRADITIONAL

12:56PM 13   LAB.

12:56PM 14        HE'S SAYING THAT IT WILL INCLUDE SEVERAL MEASUREMENT

12:56PM 15   TECHNOLOGIES.  SO MULTIPLE METHODS.

12:56PM 16        HE'S SAYING THAT THE SYSTEM WILL BE BASED ON THE EXISTING

12:56PM 17   CARTRIDGE AND DEVICE.

12:56PM 18        AND HE'S COMMENTING THAT IT WILL BE AN OPEN ARCHITECTURE.

12:57PM 19        SO THIS GETS TO THE POINT THAT WE WERE TALKING ABOUT

12:57PM 20   EARLIER, WHICH IS WITH A ROBOT, YOU CAN PROGRAM IT TO RUN ANY

12:57PM 21   TEST AS OPPOSED TO BEING FIXED IN WHAT YOU COULD RUN, LIKE THE

12:57PM 22   EXAMPLE OF A GLUCOSE METER.

12:57PM 23        AND HE'S SAYING THAT THE TOTAL MEASUREMENTS ON A SAMPLE

12:57PM 24   WILL BE INCREASED FROM THE SIX THAT WE WERE RUNNING AT THAT

12:57PM 25   TIME TO, HE'S SUGGESTING 2- TO 3-FOLD, 15 ASSAYS.

12:57PM 1    Q.   SO 15 ASSAYS MIGHT BE PLACED ON ONE CARTRIDGE AND RUN AT

12:57PM 2    THE SAME TIME?

12:57PM 3    A.   YES.

12:57PM 4    Q.   AND WHEN HE SAYS IN THE FIRST BULLET POINT "ANY

12:57PM 5    MEASUREMENT," WHAT IS THAT A REFERENCE TO?

12:57PM 6    A.   HE'S TALKING ABOUT THE FACT THAT THE 4 SERIES SYSTEM WILL

12:57PM 7    BE CAPABLE OF RUNNING ANY TEST.

12:57PM 8    Q.   LET ME ASK YOU TO GO FORWARD TO SLIDE 5.

12:57PM 9         IT SAYS "CANDIDATE TECHNOLOGIES."

12:57PM 10        DO YOU SEE THAT?

12:58PM 11   A.   I DO.

12:58PM 12   Q.   CAN YOU EXPLAIN WHAT THIS IS?

12:58PM 13   A.   THIS IS AN OVERVIEW OF THE METHODS THAT DR. GIBBONS WAS

12:58PM 14   SUGGESTING THAT WE REVIEW AS POSSIBLE METHODS TO RUN ON THE

12:58PM 15   SYSTEM.

12:58PM 16   Q.   OKAY.  LET ME ASK YOU NOW TO LOOK AT SLIDE 6.  I'M SORRY,

12:58PM 17   SLIDE 7.  IT'S LABELLED "PROPOSAL FOR THE BASIS OF SYSTEM 4.0."

12:58PM 18        DO YOU SEE THAT?

12:58PM 19   A.   I DO.

12:58PM 20   Q.   AND WHAT DOES THIS SLIDE CONVEY?

12:58PM 21   A.   I'M JUST LOOKING AT IT.

12:58PM 22        IT CONVEYS DR. GIBBONS'S PROPOSAL FOR THE SYSTEM 4.0

12:58PM 23   DESIGN, OR ARCHITECTURE.

12:58PM 24   Q.   AND DOES IT SET FORTH THE STEPS THAT ARE BEING TAKEN TO

12:58PM 25   DEVELOP THAT TECHNOLOGY?

12:59PM 1    A.   IT DOES.

12:59PM 2    Q.   AS A RESULT OF THE PRESENTATION THAT YOU RECEIVED IN

12:59PM 3    FEBRUARY OF 2010 REGARDING THERANOS'S TECHNOLOGY, WHAT DID YOU

12:59PM 4    UNDERSTAND THAT THE TECHNOLOGY COULD DO WITH RESPECT TO BLOOD

12:59PM 5    TESTS?

12:59PM 6    A.   I UNDERSTOOD THAT THE 4 SERIES COULD DO ANY BLOOD TEST.

12:59PM 7              MR. DOWNEY:  YOUR HONOR, I'LL BE MOVING TO A

12:59PM 8    SLIGHTLY DIFFERENT AREA, SO MAYBE NOW IS A GOOD TIME TO END FOR

12:59PM 9    TODAY.

12:59PM 10             THE COURT:  WELL, LET'S DO THAT.

12:59PM 11        WE'RE ENDING TODAY, YOU RECALL, AT 1:00 P.M.  WE'LL START

12:59PM 12   TOMORROW AT 9:00 A.M.

12:59PM 13        I THINK TOMORROW WILL BE A FULL DAY, LADIES AND GENTLEMEN.

12:59PM 14   WE'LL GO UNTIL 4:00 TOMORROW, 4:00 O'CLOCK.

12:59PM 15        SO WE'LL BREAK TODAY.

12:59PM 16        LET ME REMIND YOU OF THE ADMONITION.  PLEASE DO NOT DO ANY

12:59PM 17   INDEPENDENT RESEARCH, DO NOT READ, DISCUSS, OR LISTEN TO IN ANY

12:59PM 18   WAY OR TRY TO BECOME INVOLVED WITH ANY INFORMATION ABOUT THIS

12:59PM 19   CASE.

12:59PM 20        TOMORROW I'LL ASK YOU IF THAT HAS OCCURRED.

01:00PM 21        SO HAVE A GOOD EVENING, LADIES AND GENTLEMEN.  WE'LL SEE

01:00PM 22   YOU TOMORROW MORNING AT 9:00 A.M.

01:00PM 23        MS. HOLMES, YOU'LL RETURN TOMORROW MORNING AT 9:00 A.M.,

01:00PM 24   PLEASE.

01:00PM 25             THE WITNESS:  I WILL, YES.

01:00PM  1      (JURY OUT AT 1:00 P.M.)

01:00PM  2          THE COURT:  YOU CAN STAND DOWN.  THANK YOU.

01:00PM  3      PLEASE BE SEATED.  THANK YOU.

01:00PM  4      THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

01:00PM  5  DAY.

01:00PM  6      MR. LEACH, DID YOU WANT TO BRING SOMETHING UP NOW?

01:00PM  7      ALL COUNSEL ARE PRESENT, MS. HOLMES IS PRESENT.  THE JURY

01:00PM  8  HAS LEFT THE COURTROOM.

01:00PM  9          MR. LEACH:  THE ISSUE IS SOMEWHAT MOOT, YOUR HONOR.

01:00PM 10      THE GOVERNMENT DIDN'T RAISE IT BEFORE THE EXAMINATION, BUT

01:00PM 11  TODAY THE COURT ADMITTED EXHIBITS 15023, 15039, 15041, 15044,

01:01PM 12  15045, AND 15047.

01:01PM 13      THESE ALL BEAR BATES NUMBERS HOLMES 0019083 THROUGH

01:01PM 14  0019267.

01:01PM 15      ALL OF THESE WERE PRODUCED FOR THE FIRST TIME IN DISCOVERY

01:01PM 16  SOMETIME AFTER 9:00 O'CLOCK ON SATURDAY.

01:01PM 17      WE HAD INTENDED TO MOVE TO EXCLUDE THEM ON THAT BASIS AT

01:01PM 18  THE OUTSET OF THE TESTIMONY, BUT ELECTED, GIVEN WE HAD A LONG

01:01PM 19  BREAK THIS MORNING, WE CHOSE NOT TO DO THAT.

01:01PM 20      WE DO CONTINUE TO HAVE CONCERNS ABOUT THE PROVIDENCE OF

01:01PM 21  SOME OF THESE DOCUMENTS AND THE LATENESS WITH WHICH THEY'RE

01:01PM 22  COMING TO THE COURT IN VIOLATION OF THE RULE 16 DEADLINE, BUT

01:01PM 23  WE MADE A CHOICE NOT TO OBJECT.

01:01PM 24      I JUST WANTED TO MAKE A RECORD OF THAT.

01:01PM 25          THE COURT:  ALL RIGHT.  THANK YOU.

01:01PM 1          MR. DOWNEY, DO YOU WANT TO SPEAK FOR YOUR TEAM?

01:01PM 2              MR. DOWNEY:  YOUR HONOR, I DO, AND I'M GLAD THAT

01:02PM 3      MR. LEACH HAS NO MOTION AT THIS TIME, NOR DO I HAVE A MOTION

01:02PM 4      ABOUT THE 2000 DOCUMENTS WHICH WERE PRODUCED TO US AND USED AS

01:02PM 5      EXHIBITS WITHIN ABOUT 48 HOURS DURING THE GOVERNMENT'S CASE.

01:02PM 6          IT'S A REALITY OF TRIAL THAT SOME EXHIBITS WILL BE

01:02PM 7      DISCLOSED LATE.

01:02PM 8          MORE IMPORTANTLY AND MORE FUNDAMENTALLY, RULE 16, IN THE

01:02PM 9      CONTEXT OF A CRIMINAL CASE, AS THE COURT WELL KNOWS, IS NOT A

01:02PM 10     DISCOVERY OPPORTUNITY FOR THE GOVERNMENT.

01:02PM 11         WHEN WE KNOW THAT WE ARE GOING TO INTRODUCE A DOCUMENT IN

01:02PM 12     OUR CASE-IN-CHIEF, SO SOME DOCUMENTS IN CONNECTION WITH THIS

01:02PM 13     DEFENDANT'S TESTIMONY, WE ARE PRODUCING THAT.

01:02PM 14         SO I DON'T -- IT'S NOT WELL TAKEN BY ME, THE SUGGESTION

01:02PM 15     THAT THESE DOCUMENTS ARE INTENTIONALLY WITHHELD OR NOT.

01:02PM 16         I TOLD MR. LEACH I WOULD LOOK AT DOCUMENTS ON SATURDAY, I

01:02PM 17     WOULD PRODUCE THEM TO HIM.  I DID THAT.  HE'S HAD 36 HOURS,

01:03PM 18     WHICH IS A LOT MORE THAN I NORMALLY HAD WHEN HE PRODUCED

01:03PM 19     DOCUMENTS TO ME AT, YOU KNOW, THE NIGHT BEFORE ON MANY ISSUES.

01:03PM 20         AND THAT'S -- I'M NOT FAULTING HIM.  I ONLY MENTION IT

01:03PM 21     BECAUSE THIS IS BEING RAISED IN OUR CASE.

01:03PM 22         I DON'T THINK -- IN FAIRNESS, I DON'T THINK YOU HEARD A

01:03PM 23     LOT OF COMPLAINTS OUT OF US ALONG THESE LINES DURING THE

01:03PM 24     GOVERNMENT'S CASE.

01:03PM 25             MR. LEACH:  RESPECTFULLY, YOUR HONOR, I AM NOT

01:03PM 1    COMPLAINING ABOUT ADDING AN EXHIBIT THAT WAS PRODUCED IN

01:03PM 2    DISCOVERY TO THE EXHIBIT LIST.  THE GOVERNMENT HAS DONE THAT.

01:03PM 3    IT HAPPENS.  WE UNDERSTAND THAT.

01:03PM 4        WHAT I'M TALKING ABOUT IS SOMETHING VERY DIFFERENT.  THESE

01:03PM 5    ARE RULE 16 DOCUMENTS THAT HAVE NOT BEEN PRODUCED IN DISCOVERY

01:03PM 6    AND THE FIRST TIME THE GOVERNMENT IS GETTING THEM IS THE NIGHT

01:03PM 7    BEFORE OR THE WEEKEND OF THE TESTIMONY.

01:03PM 8        SO I THINK MR. DOWNEY, RESPECTFULLY, IS COMPARING APPLES

01:03PM 9    TO ORANGES.

01:03PM 10       I UNDERSTAND THAT PEOPLE ADD EXHIBITS TO AN EXHIBIT LIST

01:03PM 11   LATE IN THE MIDDLE OF TRIAL.  I JUST THINK THIS IS

01:03PM 12   FUNDAMENTALLY DIFFERENT.

01:04PM 13       I ALSO AM A LITTLE SKEPTICAL THAT THESE ARE BEING FOUND AT

01:04PM 14   THE LAST MINUTE OR SOMEHOW THERE'S NOT A LITTLE BIT OF STRATEGY

01:04PM 15   IN WHAT IS BEING PROVIDED TO THE GOVERNMENT.

01:04PM 16       I WOULD NOTE THAT 15023, 15039, AND 15041 ALL HAVE LOWER

01:04PM 17   EXHIBIT NUMBERS THAN DOCUMENTS THAT WERE IN YOUR HONOR'S BINDER

01:04PM 18   ON FRIDAY.

01:04PM 19       I THINK THESE WERE DOCUMENTS THAT HAD BEEN IDENTIFIED

01:04PM 20   WHICH WERE INTENDED FOR THE CASE-IN-CHIEF, AND THEY'RE SLOW

01:04PM 21   ROLLING TO THEM, TO US.

01:04PM 22       RULE 16 -- THERE WAS AN ORDER.  THEY WERE ORDERED TO GIVE

01:04PM 23   RULE 16 TO THE GOVERNMENT.  THEY'RE DOING IT THE DAY BEFORE,

01:04PM 24   THE NIGHT OF.

01:04PM 25       THIS IS DIFFERENT FROM ADDING SOMETHING THAT WAS PRODUCED

01:04PM 1    IN DISCOVERY OR THAT'S A 302 THAT IS CREATED THE NIGHT BEFORE

01:04PM 2    BECAUSE YOU INTERVIEWED THE WITNESS AGAIN.

01:04PM 3         SO I THINK IT'S A LITTLE BIT OF APPLES AND ORANGES, AND

01:04PM 4    ALL I'M ASKING FOR IS THAT THEY HAVE A LIST, THEY HAVE A MASTER

01:04PM 5    LIST, THEY KNOW WHAT THEY'RE PRESENTING TO THEIR CLIENT, AND WE

01:04PM 6    JUST WANT IT TIMELY.

01:04PM 7              THE COURT:  MR. DOWNEY?

01:05PM 8              MR. DOWNEY:  I HAVE REALLY NOTHING TO ADD,

01:05PM 9    YOUR HONOR.

01:05PM 10        THE, THE -- I DON'T THINK THE COURT BELIEVES THAT RULE 16

01:05PM 11   GENERALLY IS A DISCOVERY DEVICE FOR THE GOVERNMENT COMPARABLE

01:05PM 12   TO A DISCOVERY DEVICE IN A CIVIL CASE.

01:05PM 13        THE DEFENDANT IS TESTIFYING.

01:05PM 14        WHETHER THE DEFENDANT TESTIFIES, AS THE COURT WELL KNOWS,

01:05PM 15   COULD BE QUITE A LATE JUDGMENT AT THE END OF THE GOVERNMENT'S

01:05PM 16   CASE.

01:05PM 17        THE GOVERNMENT'S CASE ENDED FRIDAY.  MR. LEACH CAME TO ME

01:05PM 18   AND CONFERRED WITH ME ABOUT A COUPLE OF EXHIBITS THAT WERE USED

01:05PM 19   ON FRIDAY.

01:05PM 20        I TOLD HIM I WOULD LOOK AT EXHIBITS THAT MIGHT BE USED,

01:05PM 21   WHICH -- AND I TRIED TO COMPARE THEM TO WHAT HAD AND HAD NOT

01:05PM 22   BEEN PRODUCED, AND I PRODUCED THEM TO HIM SATURDAY NIGHT.

01:05PM 23        I DON'T KNOW, AND THE WITNESS WON'T BE ON

01:05PM 24   CROSS-EXAMINATION FOR, YOU KNOW, SEVEN DAYS.  I THINK THAT'S A

01:05PM 25   VERY DIFFERENT SITUATION FROM THE ONE THAT WE FACED IN THE

01:05PM   1    GOVERNMENT'S CASE.

01:05PM   2           AND AGAIN, I'M NOT FAULTING HIM FOR THAT.

01:05PM   3                THE COURT:  ALL RIGHT.  THANK YOU.

01:05PM   4           MR. LEACH, ANYTHING FURTHER?

01:06PM   5                MR. LEACH:  NOTHING FURTHER, YOUR HONOR.

01:06PM   6                THE COURT:  ALL RIGHT.  THANK YOU FOR BRINGING THIS

01:06PM   7    TO MY ATTENTION.  IT JUST SPEAKS TO THE NATURE OF TRIALS.  I

01:06PM   8    APPRECIATE THE DEFENSE LOOKING AT THEIR FILES AND PROVIDING

01:06PM   9    INFORMATION ACCORDINGLY TO THE GOVERNMENT SUCH THAT THE TRIAL

01:06PM  10    CAN CONTINUE TO PROCEED IN AN EFFICIENT MANNER.

01:06PM  11                MR. DOWNEY:  WHICH WE WILL CONTINUE TO DO,

01:06PM  12    YOUR HONOR.

01:06PM  13                THE COURT:  THANK YOU.

01:06PM  14           LET ME -- I DO WANT TO RAISE ANOTHER TOPIC.  IT'S

01:06PM  15    SOMETHING THAT HAS BECOME PERHAPS AN OLD AND FAMILIAR REFRAIN,

01:06PM  16    AND MAYBE THAT'S THE APPROPRIATE TERM, BUT WE ARE RECEIVING

01:06PM  17    INFORMATION FROM OUR JURY THAT KEYBOARD NOISE HAS INCREASED

01:06PM  18    AGAIN, AND WE DON'T WANT TO DISTRACT -- PERHAPS IT SOUNDS A

01:06PM  19    LITTLE RIDICULOUS WHY THE COURT KEEPS TALKING ABOUT LOUD

01:06PM  20    KEYBOARDS.  I DO IT ON BEHALF OF THE JURY, AND THE JURY SPEAKS

01:06PM  21    THROUGH OUR COURTROOM DEPUTY, AND THEY HAVE REPORTED THAT

01:06PM  22    KEYBOARD NOISE HAS INCREASED.

01:07PM  23           THE DEFENDANT IS ON THE STAND NOW.  IT'S A CRITICAL PART

01:07PM  24    OF THE CASE.  I'M GOING TO ASK FOLKS TO PLEASE, PLEASE, I

01:07PM  25    UNDERSTAND YOUR DESIRE, YOUR NEED, YOUR OBLIGATIONS TO PERHAPS

01:07PM 1    REPORT OR IN SOME WAY MEMORIALIZE THESE PROCEEDINGS, BUT YOU

01:07PM 2    NEED TO DO IT IN A RESPECTFUL MANNER, PLEASE.

01:07PM 3         WE HAVE AN OVERFLOW ROOM.  IF YOU FEEL YOU CANNOT, CANNOT

01:07PM 4    KEEP THE NOISE LEVEL DOWN, THEN I'M GOING TO ASK YOU TO

01:07PM 5    SELF-POLICE INITIALLY AND GO TO THE OVERFLOW ROOM.

01:07PM 6         IF THAT DOESN'T WORK, IF IT CONTINUES TO BE A DISRUPTION

01:07PM 7    FOR OUR JURY, I'M GOING TO BE FORCED TO ASK THOSE INDIVIDUALS

01:07PM 8    TO LEAVE THE COURTROOM AND ENGAGE SOMEWHERE ELSE.

01:07PM 9         IT'S AN IMPORTANT ISSUE TO THE GOVERNMENT, IT'S CERTAINLY

01:07PM 10   AN IMPORTANT ISSUE TO THE DEFENSE THAT THE JURY BE ABLE TO

01:07PM 11   CONCENTRATE FULLY, FULLY ON THE EVIDENCE WITHOUT BEING

01:07PM 12   DISTRACTED.  IT COULD BE KEYBOARD NOISE.  IF IT WERE SOMEBODY

01:08PM 13   CHEWING GUM, IF IT WERE SOMEBODY MAKING SOME KIND OF NOISE OR

01:08PM 14   DISTRACTION TO THE JURY, I WOULD BE SIMILARLY CONCERNED.

01:08PM 15        SO I'M NOT PICKING ON ANYONE.  I'M NOT TRYING TO SINGLE

01:08PM 16   ANYONE OUT.  I GUESS I'M JUST ASKING FOR SOME RECIPROCAL

01:08PM 17   RESPECT TO THE PROCEEDINGS.  WE'LL JUST DO WHAT WE HAVE TO DO

01:08PM 18   TO KEEP THE PROCEEDINGS APPROPRIATE FOR OUR JURY AND FOR ALL

01:08PM 19   PARTICIPANTS.

01:08PM 20        SO THANK YOU VERY MUCH.

01:08PM 21        LET ME THANK THOSE IN ADVANCE WHO WILL ACCOMMODATE THIS.

01:08PM 22        AND LET ME ALSO THANK THOSE OF YOU WHO HAVE KEYBOARDS,

01:08PM 23   LAPTOPS WHO ARE, WHO ARE DOING YOUR BEST TO KEEP SILENT AND TO

01:08PM 24   KEEP YOUR TYPING AT A LOW LEVEL.  I APPRECIATE THAT.

01:08PM 25        THESE LAWYERS APPRECIATE IT, AND THE JURY APPRECIATES IT.

7444

01:08PM   1    I KNOW IT CAN BE DONE.  MANY OF YOU ARE DOING THAT.  SO I HOPE

01:08PM   2    THOSE WHO AREN'T WILL MODEL THEIR BEHAVIOR AFTER THOSE WHO ARE.

01:08PM   3         ANYTHING FURTHER BEFORE WE BREAK?

01:09PM   4              MR. LEACH:  NO, YOUR HONOR.  THANK YOU.

01:09PM   5              MR. DOWNEY:  NOT FROM THE DEFENSE.

01:09PM   6              THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL SEE YOU

01:09PM   7    TOMORROW MORNING.

01:09PM   8              THE CLERK:  COURT IS ADJOURNED.

01:09PM   9         (COURT ADJOURNED AT 1:09 P.M.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                     CERTIFICATE OF REPORTERS

4

5

6

7           WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16    _____
      IRENE RODRIGUEZ, CSR, CRR
      CERTIFICATE NUMBER 8076

17

18

19    _____
      LEE-ANNE SHORTRIDGE, CSR, CRR
      CERTIFICATE NUMBER 9595

20

21          DATED:  NOVEMBER 22, 2021

22

23

24

25