1

2                    UNITED STATES DISTRICT COURT

3                  NORTHERN DISTRICT OF CALIFORNIA

4                        SAN JOSE DIVISION

5

     UNITED STATES OF AMERICA,         )   CR-18-00258-EJD
6                                      )
                        PLAINTIFF,     )   SAN JOSE, CALIFORNIA
7                                      )
             VS.                       )   VOLUME 38
8                                      )
     ELIZABETH A. HOLMES,              )   NOVEMBER 23, 2021
9                                      )
                        DEFENDANT.     )   PAGES 7444 - 7681
10   _____  )

11

12                 TRANSCRIPT OF TRIAL PROCEEDINGS
               BEFORE THE HONORABLE EDWARD J. DAVILA
13                 UNITED STATES DISTRICT JUDGE

     A P P E A R A N C E S:
14

15   FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                            BY:  JOHN C. BOSTIC
16                               JEFFREY B. SCHENK
                            150 ALMADEN BOULEVARD, SUITE 900
17                          SAN JOSE, CALIFORNIA 95113

18                          BY:  ROBERT S. LEACH
                                 KELLY VOLKAR
19                          1301 CLAY STREET, SUITE 340S
                            OAKLAND, CALIFORNIA 94612

20        (APPEARANCES CONTINUED ON THE NEXT PAGE.)

21

     OFFICIAL COURT REPORTERS:
22                            IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074
23                            LEE-ANNE SHORTRIDGE, CSR, CRR
                              CERTIFICATE NUMBER 9595
24
           PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

```
 1          A P P E A R A N C E S:  (CONT'D)

 2

 3      FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                 BY:  KEVIN M. DOWNEY
 4                                    LANCE A. WADE
                                      KATHERINE TREFZ
 5                                    SEEMA ROPER
                                      ANDREW LEMENS
 6                                    J.R. FLEURMONT
                                      RICHARD CLEARY
 7                                    PATRICK LOOBY
                                 725 TWELFTH STREET, N.W.
 8                               WASHINGTON, D.C. 20005

 9                               LAW OFFICE OF JOHN D. CLINE
                                 BY:  JOHN D. CLINE
10                               ONE EMBARCADERO CENTER, SUITE 500
                                 SAN FRANCISCO, CALIFORNIA 94111
11

12      ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                                 BY:  ADELAIDA HERNANDEZ
13
                                 OFFICE OF THE U.S. ATTORNEY
14                               BY:  LAKISHA HOLLIMAN, PARALEGAL
                                      MADDI WACHS, PARALEGAL
15
                                 WILLIAMS & CONNOLLY
16                               BY:  TIMIKA ADAMS-SHERMAN, PARALEGAL

17                               TBC
                                 BY:  BRIAN BENNETT, TECHNICIAN
18

19

20

21

22

23

24

25
```

<u>INDEX OF PROCEEDINGS</u>

GOVERNMENT'S:

**ELIZABETH HOLMES**
DIRECT EXAM BY MR. DOWNEY (RES.)          P. 7448

```
 1                         INDEX OF EXHIBITS

 2                                     IDENT.      EVIDENCE

 3      GOVERNMENT'S:

 4      1095                                        7566
        1177                                        7568
 5      1172                                        7590

 6      DEFENDANT'S:

 7      7100                                        7453
        15004                                       7455
 8      15046                                       7465
        15048                                       7480
 9      7109                                        7484
        7117                                        7488
10      14018                                       7492
        7230                                        7497
11      9649                                        7499
        7222                                        7502
12      7239                                        7504
        7315                                        7507
13      15000                                       7509
        12310                                       7514
14      7286                                        7517
        7272                                        7520
15      7120                                        7526
        7137                                        7528
16      7264                                        7531
        7314                                        7543
17      13780                                       7549
        15030                                       7562
18      15028                                       7565
        15029                                       7571
19      4005                                        7583
        7751                                        7607
20      7380                                        7607
        10682                                       7609
21      7755                                        7626
        10539                                       7636
22      7174                                        7642
        7250                                        7647
23      15032                                       7657
        15031                                       7661
24      15033                                       7663

25
```

```
        1    SAN JOSE, CALIFORNIA                    NOVEMBER 23, 2021
09:02AM 2                   P R O C E E D I N G S
09:02AM 3         (COURT CONVENED AT 9:02 A.M.)
09:02AM 4         (JURY IN AT 9:02 A.M.)
09:02AM 5             THE COURT:  PLEASE BE SEATED.  WE'RE BACK ON THE
09:02AM 6    RECORD IN THE HOLMES MATTER.  ALL COUNSEL ARE PRESENT.  OUR
09:02AM 7    JURY IS PRESENT.
09:02AM 8         MS. HOLMES IS ON THE STAND.  GOOD MORNING.
09:02AM 9         BEFORE WE BEGIN, LADIES AND GENTLEMEN OF THE JURY, LET ME
09:02AM 10   ASK YOU THAT QUESTION AGAIN.  DURING OUR RECESS, HAVE ANY OF
09:02AM 11   YOU HAD CAUSE TO LEARN ABOUT, READ, LISTEN, SPEAK ABOUT
09:03AM 12   ANYTHING OR ANYTHING TO DO WITH THIS CASE?
09:03AM 13        IF SO, PLEASE RAISE YOUR HANDS.
09:03AM 14        ONCE AGAIN, I SEE NO HANDS.
09:03AM 15        THANK YOU VERY MUCH.
09:03AM 16        MS. HOLMES, YOU'RE STILL UNDER OATH.
09:03AM 17        I THINK YOUR LAWYER HAS SOME QUESTIONS.
09:03AM 18        **(DEFENDANT'S WITNESS, ELIZABETH HOLMES, WAS PREVIOUSLY**
09:03AM 19   **SWORN.)**
09:03AM 20             MR. DOWNEY:  THANK YOU, YOUR HONOR.
09:03AM 21                 **DIRECT EXAMINATION (RESUMED)**
09:03AM 22   BY MR. DOWNEY:
09:03AM 23   Q.   GOOD MORNING, MS. HOLMES.
09:03AM 24   A.   GOOD MORNING.
09:03AM 25   Q.   DO YOU RECALL YESTERDAY THAT WE WERE DISCUSSING
```

09:03AM 1    PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES THAT THERANOS

09:03AM 2    PURSUED BETWEEN 2006 AND 2010?

09:03AM 3    A.   I DO.

09:03AM 4    Q.   AND DO YOU RECALL DISCUSSING THERANOS'S RELATIONSHIP WITH

09:03AM 5    PFIZER DURING THAT PERIOD?

09:03AM 6    A.   I DO.

09:03AM 7    Q.   AND DO YOU RECALL THAT YOU TESTIFIED ABOUT THERANOS HAVING

09:03AM 8    A CONTINUED RELATIONSHIP WITH PFIZER AFTER 2010?

09:03AM 9    A.   YES.

09:03AM 10   Q.   DO YOU RECALL THAT DURING THE GOVERNMENT'S CASE,

09:04AM 11   DR. SHANE WEBER TESTIFIED?

09:04AM 12   A.   I DO.

09:04AM 13   Q.   AND DO YOU RECALL THAT HE TESTIFIED ABOUT AN INTERNAL

09:04AM 14   REPORT THAT HE PREPARED AT PFIZER CONCERNING THERANOS?

09:04AM 15   A.   YES.

09:04AM 16   Q.   DID DR. WEBER OR ANYONE AT PFIZER EVER SEND YOU THAT

09:04AM 17   REPORT?

09:04AM 18   A.   NO.

09:04AM 19   Q.   DO YOU RECALL THAT HE TESTIFIED THAT HE HAD TWO TELEPHONE

09:04AM 20   CONVERSATIONS WITH YOU, ONE IN NOVEMBER OF 2008 AND ONE IN

09:04AM 21   JANUARY OF 2009?

09:04AM 22   A.   YES.

09:04AM 23   Q.   YESTERDAY YOU DESCRIBED OCCASIONS WHERE YOU HAD

09:04AM 24   CONVERSATIONS WITH DR. SAKUL AND DR. LIPSET AND OTHERS AT

09:04AM 25   PFIZER AFTER JANUARY OF 2009?

09:04AM 1      A.   YES.

09:04AM 2      Q.   AND DO YOU RECALL DR. WEBER PARTICIPATING IN ANY OF THOSE

09:04AM 3      CONVERSATIONS?

09:04AM 4      A.   NO, HE DID NOT.

09:04AM 5      Q.   DO YOU RECALL HIM PARTICIPATING IN ANY MEETINGS THAT YOU

09:04AM 6      HAD WITH SCIENTISTS AND EXECUTIVES FROM PFIZER AFTER JANUARY OF

09:05AM 7      2009?

09:05AM 8      A.   NO.

09:05AM 9      Q.   DO YOU RECALL HIM BEING ON ANY TELEPHONE CONVERSATIONS

09:05AM 10     THAT YOU HAD WITH PFIZER AFTER JANUARY OF 2009?

09:05AM 11     A.   NO.

09:05AM 12     Q.   DO YOU RECALL DISCUSSION OF DR. WEBER WITH EITHER

09:05AM 13     DR. SAKUL OR DR. LIPSET OR ANYONE ELSE FROM PFIZER AFTER

09:05AM 14     JANUARY OF 2009?

09:05AM 15     A.   NO.

09:05AM 16     Q.   YOU RECALL WHEN WE LEFT OFF YESTERDAY THAT WE WERE TALKING

09:05AM 17     ABOUT SOME REPORTS THAT YOU GOT IN EARLY JANUARY OF -- OR EARLY

09:05AM 18     FEBRUARY OF 2010 REGARDING EXPANSION OF THERANOS'S TECHNOLOGY

09:05AM 19     TO -- FROM A 3.0 SYSTEM TO A 4.0 SYSTEM?

09:05AM 20     A.   YES.

09:05AM 21     Q.   AND WHEN WE FINISHED, WE WERE -- YOU WERE TALKING ABOUT A

09:05AM 22     PRESENTATION THAT DR. GIBBONS HAD GIVEN YOU IN FEBRUARY OF

09:05AM 23     2010.

09:05AM 24          DO YOU REMEMBER THAT?

09:05AM 25     A.   I DO.

7451

09:05AM 1    Q.   NOW, PRIOR TO FEBRUARY OF 2010, WAS THERANOS USING THE 3.0

09:06AM 2    DEVICE AND THE 3.0 SYSTEM IN CONNECTION WITH ITS WORK?

09:06AM 3    A.   YES.

09:06AM 4    Q.   IS THAT THE DEVICE THAT IT USED IN CONNECTION, FOR

09:06AM 5    EXAMPLE, WITH THE STUDIES THAT IT HAD RUN WITH PHARMACEUTICAL

09:06AM 6    COMPANIES?

09:06AM 7    A.   IT IS.

09:06AM 8    Q.   AND WHAT WAS THE SIGNIFICANCE OF THE DESCRIPTIONS OF THE

09:06AM 9    4.0 DEVICE THAT YOU RECEIVED IN EARLY 2010 TO YOUR MIND?

09:06AM 10   A.   THE BIGGEST SIGNIFICANCE WAS THAT WE COULD NOT ONLY DO

09:06AM 11   THIS ONE METHOD FOR IMMUNOASSAYS, BUT WE COULD ALSO DO THREE

09:06AM 12   ADDITIONAL METHODS SIMULTANEOUSLY ON THE SAME DEVICE.

09:06AM 13   Q.   AND WHY WAS THAT IMPORTANT?

09:06AM 14   A.   BECAUSE IT MEANT THAT WE COULD RUN ANY TEST.

09:06AM 15   Q.   DID YOU CONTINUE TO DISCUSS THE DEVELOPMENT OF A SYSTEM

09:06AM 16   4.0 AT THERANOS THROUGHOUT 2010?

09:06AM 17   A.   WE DID.

09:06AM 18   Q.   AND DID YOU CONTINUE TO EVALUATE ITS FEASIBILITY AS AN

09:07AM 19   ACTUAL SYSTEM AND PRODUCT?

09:07AM 20   A.   YES.

09:07AM 21   Q.   DO YOU RECALL CONTINUING TO HAVE DISCUSSIONS ABOUT IT WITH

09:07AM 22   DR. GIBBONS THROUGHOUT 2010?

09:07AM 23   A.   WE DID.

09:07AM 24   Q.   AND OTHER SCIENTISTS AND ENGINEERS AT THERANOS?

09:07AM 25   A.   YES.  MOST OF OUR COMPANY GOT ENGAGED ON BUILDING IT.

09:07AM 1    Q.   AND DID YOU DISCUSS WITH DR. ROBERTSON, YOUR MENTOR FROM

09:07AM 2    STANFORD, THAT THERANOS WAS DEVELOPING THIS SYSTEM?

09:07AM 3    A.   I DID.

09:07AM 4    Q.   DO YOU RECALL WHAT FEEDBACK DR. ROBERTSON GAVE YOU ABOUT

09:07AM 5    THERANOS'S DEVELOPMENT OF THIS 4.0 SYSTEM?

09:07AM 6    A.   DR. ROBERTSON SAID THAT THE IDEAS WERE VERY PROMISING AND

09:07AM 7    THAT HE THOUGHT WE SHOULD PURSUE THE SPECIFIC TECHNICAL METHODS

09:07AM 8    THAT WE'D IDENTIFIED AND THAT OUR DEVELOPMENT PLANS WERE

09:07AM 9    FEASIBLE.

09:07AM 10   Q.   DID YOU BEGIN TO TALK OUTSIDE OF THERANOS DURING 2010

09:07AM 11   ABOUT THERANOS'S DEVELOPMENT OF A 4.0 SYSTEM?

09:08AM 12   A.   YES.

09:08AM 13   Q.   IN CONNECTION WITH SOME OF THOSE DISCUSSIONS AND

09:08AM 14   PRESENTATIONS, DID YOU CONSULT WITH THE SCIENTISTS AND

09:08AM 15   ENGINEERS TO PREPARE FOR THEM?

09:08AM 16   A.   I DID.

09:08AM 17   Q.   LET ME ASK YOU TO OPEN THE NOTEBOOK NEXT TO YOU, WHICH IS

09:08AM 18   THE VOLUME 2 NOTEBOOK, AND TURN TO EXHIBIT 7100.

09:08AM 19   A.   OKAY.

09:08AM 20   Q.   AND DO YOU RECALL PREPARING TO GIVE A PRESENTATION TO THE

09:08AM 21   PHARMACEUTICAL COMPANY GLAXOSMITHKLINE IN OCTOBER OF 2010?

09:08AM 22   A.   I DO.

09:08AM 23   Q.   IS EXHIBIT 7100 SOME EMAIL COMMUNICATIONS THAT YOU HAD

09:08AM 24   WITH DR. GIBBONS AND OTHERS AT THERANOS ABOUT THE PREPARATION

09:09AM 25   FOR THAT PRESENTATION?

09:09AM 1      A.   7100 IN MY BOOK IS EMAILS WITH DR. GIBBONS, BUT I DON'T

09:09AM 2      THINK IT'S ABOUT THAT PRESENTATION.

09:09AM 3      Q.   OKAY.  WHAT DOES 7100 CONCERN?

09:09AM 4      A.   IT CONCERNS QUESTIONS AS TO WHAT TESTS THE 4 SERIES SYSTEM

09:09AM 5      COULD DO.

09:09AM 6      Q.   OKAY.  WELL, LET'S TAKE A LOOK AT THAT IN ANY EVENT.

09:09AM 7           I MOVE THE ADMISSION OF 7100.

09:09AM 8               MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:09AM 9               THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:09AM 10          (DEFENDANT'S EXHIBIT 7100 WAS RECEIVED IN EVIDENCE.)

09:09AM 11     BY MR. DOWNEY:

09:09AM 12     Q.   LET'S LOOK AT THE BOTTOM OF 7100.  THIS APPEARS TO BE AN

09:09AM 13     EMAIL FROM YOU TO DR. GIBBONS AND MR. BALWANI AND MR. FRENZEL

09:09AM 14     IN FEBRUARY OF 2010.

09:09AM 15          DO YOU SEE THAT?

09:09AM 16     A.   YES.

09:09AM 17     Q.   AND AT THE OUTSET OF THAT EMAIL, YOU SAY, "HERE'S THE

09:10AM 18     GENERAL CHEMISTRY PANEL WE WANT TO HAVE - IT INCLUDES THE MOST

09:10AM 19     COMMONLY RUN TESTS AND THE TESTS ON QUESTS GENERAL CHEMISTRY

09:10AM 20     PANEL WITH THE EXCEPTION OF URIC ACID."

09:10AM 21          AND THEN YOU ASK A QUESTION "IS THERE A BLOOD SURROGATE

09:10AM 22     FOR THAT?"

09:10AM 23          WHY WERE YOU SENDING THIS LIST OF GENERAL CHEMISTRY TESTS

09:10AM 24     TO DR. GIBBONS IN FEBRUARY OF 2010?

09:10AM 25     A.   I WANTED TO ASK HIM IF WE COULD RUN THESE TESTS.

09:10AM  1    Q.   AND WAS THAT IN CONNECTION WITH THE SYSTEM 4.0?

09:10AM  2    A.   YES.

09:10AM  3    Q.   LET'S LOOK AT DR. GIBBONS'S RESPONSE ABOVE.

09:10AM  4         DO YOU SEE THAT THIS IS AN EMAIL FROM DR. GIBBONS TO YOU

09:10AM  5    AND OTHERS ON FEBRUARY 22ND, 2010?

09:10AM  6    A.   I DO.

09:10AM  7    Q.   AND HE SAYS, "THE ATTACHED PRESENTS MY ANALYSIS OF HOW THE

09:10AM  8    ANALYTES YOU LISTED WOULD BE MEASURED IN SYSTEM 4.0.

09:10AM  9    ESSENTIALLY ALL ARE POSSIBLE IN THE PROPOSED SYSTEM."

09:11AM  10        WHAT DID YOU UNDERSTAND DR. GIBBONS TO BE COMMUNICATING TO

09:11AM  11   YOU ABOUT THERANOS'S SYSTEM 4.0 IN FEBRUARY OF 2010?

09:11AM  12   A.   THAT THESE TESTS COULD BE RUN IN THAT SYSTEM.

09:11AM  13   Q.   HE NOTES A FEW CAVEATS AND NOTES BELOW WITH REGARD TO SOME

09:11AM  14   PARTICULAR BLOOD TESTS.

09:11AM  15        WERE ANY OF THOSE IMPORTANT IN YOUR EVALUATION OF WHETHER

09:11AM  16   OR NOT THERANOS COULD, FOR ALL INTENTS AND PURPOSES, RUN ANY

09:11AM  17   BLOOD TEST WITHIN THE PROPOSED SYSTEM 4.0?

09:11AM  18   A.   I'M JUST LOOKING AT IT.  I READ IT TO MEAN THAT EVEN FOR

09:11AM  19   THOSE THAT HE WAS HIGHLIGHTING, THERE WAS A SOLUTION AS TO HOW

09:11AM  20   THOSE COULD ALSO BE RUN.

09:11AM  21   Q.   IS THIS A DOCUMENT THAT WAS USED FOR INTERNAL PURPOSES AT

09:12AM  22   THERANOS OR WAS THIS IN CONNECTION WITH EXTERNAL

09:12AM  23   COMMUNICATIONS?

09:12AM  24   A.   IT WAS IN CONNECTION -- I'M SORRY.  WOULD YOU REPEAT THE

09:12AM  25   QUESTION?

7455

09:12AM 1    Q.   YEAH.  WAS THIS IN CONNECTION WITH THE PRESENTATION OR AN

09:12AM 2    INTERNAL DISCUSSION?

09:12AM 3    A.   THIS WAS AN INTERNAL DISCUSSION WHERE I WAS ASKING

09:12AM 4    DR. GIBBONS IF THESE THINGS COULD BE DONE PRIOR TO AN EXTERNAL

09:12AM 5    DISCUSSION.

09:12AM 6    Q.   OKAY.  AND WAS THIS PRIOR TO THE TIME THAT YOU BEGAN TO

09:12AM 7    DISCUSS THE SYSTEM 4.0 EXTERNALLY AT THERANOS?

09:12AM 8    A.   YES.

09:12AM 9    Q.   OKAY.  LET'S LOOK NOW AT EXHIBIT 15004.

09:12AM 10   A.   OKAY.

09:12AM 11   Q.   IS 15004 AN EMAIL EXCHANGE BETWEEN YOURSELF AND OTHERS AT

09:13AM 12   THERANOS IN CONNECTION WITH PREPARING FOR AN EXTERNAL

09:13AM 13   PRESENTATION ABOUT SYSTEM 4.0?

09:13AM 14   A.   YES.

09:13AM 15           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

09:13AM 16   15004.

09:13AM 17           MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:13AM 18           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:13AM 19       (DEFENDANT'S EXHIBIT 15004 WAS RECEIVED IN EVIDENCE.)

09:13AM 20   BY MR. DOWNEY:

09:13AM 21   Q.   LET'S LOOK FIRST AT THE BOTTOM OF PAGE 2 OF 15004.

09:13AM 22       AND DO YOU SEE THAT DR. GIBBONS IS INDICATING TO YOU THAT

09:13AM 23   HE HAS PUT TOGETHER A POWERPOINT FOR GSK, AND THEN HE GOES ON

09:13AM 24   TO DISCUSS SOME PARTICULAR ASSAYS AND DESCRIBES THE LOCATION OF

09:13AM 25   THE MATERIALS AND SO FORTH.

09:13AM   1    A.   YES.

09:13AM   2    Q.   AND WAS THIS A PRESENTATION THAT YOU WERE TO GIVE TO A

09:13AM   3    PHARMACEUTICAL COMPANY?

09:14AM   4    A.   IT IS.

09:14AM   5    Q.   AND GSK IS A REFERENCE TO GLAXOSMITHKLINE?

09:14AM   6    A.   YES.

09:14AM   7    Q.   AND THAT IS A COMPANY I BELIEVE YOU TESTIFIED YESTERDAY

09:14AM   8    THAT THERANOS HAD BEEN WORKING WITH FOR A NUMBER OF YEARS

09:14AM   9    BEFORE 2010.

09:14AM  10    A.   IT IS.

09:14AM  11    Q.   IN RESPONSE TO HIS FORWARD, IN YOUR EMAIL YOU WRITE,

09:14AM  12    "THANKS ALL.  I'VE JUST HANDED AND WILL TAKE A LOOK AS SOON AS

09:14AM  13    THE MATERIALS ARE CIRCULATED.  THREE POINTS I WILL WANT TO

09:14AM  14    HIGHLIGHT AND QUANTIFY AS NUMERICALLY AS POSSIBLE."

09:14AM  15         AND THEN YOU GO ON TO LIST THE THREE POINTS.

09:14AM  16         WHY WERE YOU SENDING THIS INQUIRY ABOUT THESE THREE POINTS

09:14AM  17    BEFORE WE DISCUSS THE THREE POINTS?

09:14AM  18    A.   BECAUSE I'D SEEN THESE CONTENT IN THE SLIDES THAT OUR

09:14AM  19    SCIENTISTS WERE PREPARING FOR ME, AND I KNEW I WOULD BE ASKED

09:15AM  20    ABOUT THEM AND WANTED TO UNDERSTAND WHAT THE BASIS FOR THOSE

09:15AM  21    STATEMENTS WAS.

09:15AM  22    Q.   OKAY.  AND THE FIRST QUESTION YOU ASK IS, "WHY AND HOW OUR

09:15AM  23    PLATFORM WILL BE CAPABLE OF THE FULL RANGE OF ASSAYS AND BE AT

09:15AM  24    LEAST AS GOOD AS THE CRO."

09:15AM  25         FIRST OF ALL, JUST SOME TERMINOLOGY.  WHAT IS THE CRO?

09:15AM 1    A.   THE CRO IS THE, I THINK IT'S CONTRACT RESEARCH

09:15AM 2    ORGANIZATION, WHICH IS THE COMPANY THAT THE PHARMAS HIRE TO RUN

09:15AM 3    TRADITIONAL TESTING AND HELP RUN THE STUDIES.

09:15AM 4    Q.   OKAY.  AND ARE TESTS THAT A COMPANY RUNS, ARE THEY

09:15AM 5    EVALUATED AGAINST THE TEST FROM CRO?

09:15AM 6    A.   YES.

09:15AM 7    Q.   AND WERE YOU -- HAD YOU BEEN PREPARED TO SAY THAT SYSTEM

09:15AM 8    4.0 AT THERANOS WOULD BE CAPABLE OF THE FULL RANGE OF ASSAYS

09:15AM 9    COMPARABLE TO A LIST WITHIN THE CRO?

09:15AM 10   A.   OUR SCIENTISTS HAD SAID THAT, AND SO I JUST WANTED TO

09:16AM 11   BETTER UNDERSTAND THAT STATEMENT.

09:16AM 12   Q.   OKAY.  AND THEN IN THE SECOND POINT YOU ASK, "WHY AND HOW

09:16AM 13   WE'LL ACHIEVE SIGNIFICANT COST SAVINGS."

09:16AM 14        DO YOU SEE THAT?

09:16AM 15   A.   I DO.

09:16AM 16   Q.   AND WHY WAS THAT IMPORTANT?

09:16AM 17   A.   BECAUSE A SIGNIFICANT PART OF OUR BUSINESS MODEL WAS ABOUT

09:16AM 18   BEING ABLE TO MAKE TESTING CHEAPER, AND I WANTED TO BE ABLE TO

09:16AM 19   QUANTIFY THAT FOR THE PEOPLE I WAS MEETING WITH.

09:16AM 20   Q.   OKAY.  AND THEN YOU GO ON TO SAY, "WHY AND HOW WE'LL

09:16AM 21   ACCELERATE STUDIES SIGNIFICANTLY."

09:16AM 22        WHAT WERE YOU REFERRING TO THERE?

09:16AM 23   A.   AGAIN, ANOTHER PART OF THE WORK WE WERE TRYING TO DO FOR

09:16AM 24   PHARMACEUTICAL COMPANIES WAS SPEED UP THE STUDIES, AND WE WERE

09:16AM 25   CONVEYING TO THEM THAT WE COULD DO THAT, AND I WANTED TO

7458

09:16AM  1    UNDERSTAND WHAT THE SCIENTISTS WERE THINKING ABOUT WHEN THEY

09:16AM  2    WERE MAKING THOSE STATEMENTS.

09:16AM  3    Q.   AND DID DR. GIBBONS RESPOND TO THE THREE QUERIES THAT YOU

09:16AM  4    HAD MADE IN THIS PRESENTATION?

09:16AM  5    A.   HE DID.

09:16AM  6    Q.   LET'S LOOK AT HIS EMAIL ABOVE, WHICH IS RESPONDING TO YOU

09:17AM  7    AND INCLUDING OTHERS.

09:17AM  8         FIRST, LET ME JUST ASK ABOUT THE OTHERS ON THE EMAIL.

09:17AM  9         DO YOU SEE THAT SUREKHA GANGADKHEDKAR IS ON THE EMAIL?

09:17AM  10   A.   I DO.

09:17AM  11   Q.   AND DO YOU RECALL THAT SHE TESTIFIED IN THIS PROCEEDING?

09:17AM  12   A.   YES.

09:17AM  13   Q.   AND SHE WAS A SCIENTIST AT THERANOS WHO WORKED ON THE

09:17AM  14   DEVELOPMENT OF ASSAYS?

09:17AM  15   A.   SHE WAS.

09:17AM  16   Q.   AND IN THE CC LINE THERE'S A REFERENCE TO MR. FRENZEL, WHO

09:17AM  17   WE DISCUSSED YESTERDAY?

09:17AM  18   A.   YES.

09:17AM  19   Q.   AND THERE IS ALSO A CC TO DANIEL YOUNG.

09:17AM  20        DO YOU SEE THAT?

09:17AM  21   A.   YES.

09:17AM  22   Q.   AND WHO WAS DANIEL YOUNG?

09:17AM  23   A.   DR. YOUNG WAS ALSO A SCIENTIST WHO WAS LEADING OUR

09:17AM  24   INFORMATICS, OUR SOFTWARE INFORMATICS GROUP AND HAD STARTED TO

09:17AM  25   BECOME MORE BROADLY INVOLVED IN RUNNING R&D.

09:17AM   1      Q.   OKAY.  AND DR. GIBBONS RESPONDS TO YOUR INQUIRY ABOUT

09:18AM   2   WHETHER AND HOW THE PLATFORM AT THERANOS WOULD BE CAPABLE OF

09:18AM   3   THE FULL RANGE OF ASSAYS AND BE AT LEAST AS GOOD AS THE CRO

09:18AM   4   BELOW.

09:18AM   5         DO YOU SEE THAT HE SAYS, "I THINK WE HAVE DEMONSTRATED

09:18AM   6   CAPABILITIES FULLY EQUIVALENT TO LAB METHODS AND AREAS WHERE WE

09:18AM   7   HAVE DONE ASSAY DEVELOPMENT.  OUR IMMUNOASSAYS MATCH THE BEST

09:18AM   8   THAT CAN BE DONE IN CLINICAL LABS AND WORK WITH SMALL BLOOD

09:18AM   9   SAMPLES.  GENERALLY OUR ASSAYS ARE FASTER BY A FACTOR OF THREE

09:18AM  10   TO TEN THAN KITS."

09:18AM  11         AND HE GOES ON TO DESCRIBE SOME PARTICULAR CAPABILITIES OF

09:18AM  12   THE SYSTEM.

09:18AM  13         WHAT DID YOU UNDERSTAND THAT DR. GIBBONS WAS SAYING WHEN

09:18AM  14   HE SAID THAT THERANOS'S 4.0 SYSTEM HAD DEMONSTRATED

09:18AM  15   CAPABILITIES FULLY EQUIVALENT TO LAB METHODS IN AREAS WHERE

09:18AM  16   THERANOS HAD DONE ASSAY DEVELOPMENT?

09:18AM  17      A.   HE WAS SAYING THAT THE DATA THAT WE HAD ACROSS THESE

09:19AM  18   DIFFERENT METHODS IN WHICH WE HAD DONE ASSAY DEVELOPMENT

09:19AM  19   DEMONSTRATED THAT OUR CAPABILITIES WERE FULLY EQUIVALENT TO A

09:19AM  20   TRADITIONAL LAB.

09:19AM  21      Q.   AND HE TALKS ABOUT THE IMMUNOASSAYS THAT THERANOS WAS

09:19AM  22   DEVELOPING AS MATCHING THE BEST THAT CAN BE DONE IN CLINICAL

09:19AM  23   LABS.

09:19AM  24         DO YOU SEE THAT?

09:19AM  25      A.   I DO.

09:19AM 1    Q.   AND WAS THAT SOMETHING THAT YOU BELIEVED AS OF 2010 BASED

09:19AM 2    ON THE WORK THAT THERANOS HAD DONE WITH PHARMACEUTICAL

09:19AM 3    COMPANIES?

09:19AM 4    A.   I DID.

09:19AM 5    Q.   AND DID DR. GIBBONS AND OTHER SCIENTISTS AT THERANOS SHARE

09:19AM 6    THEIR VIEW WITH YOU, SHARE A VIEW WITH YOU THAT THEY AGREED

09:19AM 7    THAT THE IMMUNOASSAYS OF THERANOS MATCHED THE BEST THAT COULD

09:19AM 8    BE DONE IN CLINICAL LABS?

09:19AM 9    A.   YES.

09:19AM 10   Q.   IN THE SECOND PARAGRAPH HE GOES ON TO SAY, "WE HAVE ALSO

09:19AM 11   SHOWN ABILITIES TO WORK IN ALL ASSAY AREAS," AND THEN HE LISTS

09:19AM 12   A NUMBER OF SPECIFIC ASSAY AREAS.

09:20AM 13        WHAT SIGNIFICANCE DID THIS HAVE WITH RESPECT TO SYSTEM

09:20AM 14   4.0?

09:20AM 15   A.   THESE ARE THE FOUR METHODS THAT WE DEVELOPED FOR SYSTEM

09:20AM 16   4.0, AND IT WAS BY BEING ABLE TO DO ALL FOUR OF THESE METHODS

09:20AM 17   THAT WE COULD ACHIEVE THE GOAL OF RUNNING ANY TEST ON OUR

09:20AM 18   PLATFORM.

09:20AM 19   Q.   OKAY.  AND HE THEN GOES ON TO SAY, "IN GENERAL CHEMISTRY,

09:20AM 20   WE MATCH REFERENCE METHODS."

09:20AM 21        WAS THAT A REFERENCE TO SAYING WITH RESPECT TO THAT ASSAY

09:20AM 22   METHOD, THERANOS MATCHED HOW OTHER BLOOD TESTS PERFORMED?

09:20AM 23   A.   YES, I UNDERSTAND REFERENCE METHODS JUST MEANS THE

09:20AM 24   TRADITIONAL TESTS.

09:20AM 25   Q.   OKAY.  AND THEN HE GOES ON TO DISCUSS COST SAVINGS AND HE

09:20AM 1    SAYS, "IT WILL ACCRUE FROM SMALL SAMPLE SIZE AND NO BLOOD DRAW

09:20AM 2    REQUIREMENT."

09:20AM 3        WHY WOULD COST SAVINGS RESULT FROM A SMALL SAMPLE SIZE AND

09:20AM 4    NO BLOOD DRAW REQUIREMENT?

09:20AM 5    A.   BECAUSE YOU DON'T NEED ALL OF THE OVERHEAD ASSOCIATED WITH

09:21AM 6    DOING A TRADITIONAL VENOUS DRAW WHERE YOU HAVE TO HAVE A

09:21AM 7    TRAINED PHLEBOTOMIST, YOU HAVE TO HAVE CENTRIFUGES AND OTHER

09:21AM 8    PROCESSING EQUIPMENT FOR THE SAMPLE AT A CLINICAL TRIAL SITE.

09:21AM 9    YOU HAVE TO HAVE A LOT OF INFRASTRUCTURE FOR TRANSPORTING THOSE

09:21AM 10   SAMPLES.

09:21AM 11       AND IN OUR CASE THIS SYSTEM WAS DESIGNED TO BE IN THE

09:21AM 12   FIELD OR IN SOMEONE'S HOME.  YOU COULD TOUCH A CARTRIDGE AND BE

09:21AM 13   ABLE TO PROCESS THE SAMPLE RIGHT THERE ON THE DEVICE.

09:21AM 14   Q.   AND THEN HE GOES ON TO TALK ABOUT "ACCELERATION OF

09:21AM 15   STUDIES," AND THEN HE MENTIONS SOMEONE NAMED TINA AND SAYS SHE

09:21AM 16   HAD DEVELOPED AN ASSAY IN THREE DAYS, AND HE SAYS WITH RESPECT

09:21AM 17   TO ANOTHER ASSAY, FEASIBILITY HAD BEEN SHOWN IN LESS THAN TWO

09:21AM 18   MONTHS.

09:22AM 19       WHAT WAS THE SIGNIFICANCE OF THE TIME FRAMES THAT

09:22AM 20   DR. GIBBONS GAVE YOU WITH RESPECT TO THE DEVELOPMENT OF THOSE

09:22AM 21   ASSAYS?

09:22AM 22   A.   THEY'RE AMAZING.  THE ABILITY TO PUT AN ASSAY ON OUR

09:22AM 23   SYSTEM THAT FAST WAS REMARKABLE, AND THE ABILITY TO DO

09:22AM 24   FEASIBILITY IN THESE NEW AREAS -- I THINK HAI IS TALKING ABOUT

09:22AM 25   HOSPITAL ACQUIRED INFECTIONS - WAS A HUGE THING FOR OUR

7462

```
09:22AM  1    COMPANY.

09:22AM  2    Q.   NOW, IN 2010 HOW OLD WAS THERANOS AS A COMPANY?

09:22AM  3    A.   WE, WE WERE INCORPORATED IN 2004, SO JUST ABOUT SIX YEARS.

09:22AM  4    Q.   OKAY.  AND AS OF EARLY 2010, DID THERANOS HAVE ALL OF THE

09:22AM  5    PEOPLE AND PROCESSES IN PLACE TO FULLY DEVELOP THIS SYSTEM 4.0?

09:22AM  6    A.   WE HAD MANY OF THEM, BUT WE CONTINUED TO HIRE AS FAST AS

09:22AM  7    WE COULD IN DIFFERENT SCIENTIFIC AND ENGINEERING GROUPS TO

09:22AM  8    CONTINUE BUILDING IT.

09:22AM  9    Q.   WELL, TELL US WHAT HAD TO HAPPEN WITH REGARD TO EACH OF

09:23AM  10   THE ENGINEERING GROUPS THAT YOU MENTIONED YESTERDAY.  WHAT HAD

09:23AM  11   TO HAPPEN WITH RESPECT TO THE DEVELOPMENT OF ASSAYS FOR SYSTEM

09:23AM  12   4.0 TO BE PUT IN PLACE?

09:23AM  13   A.   WHAT HAD TO HAPPEN IS THAT WE HAD TO TAKE OUR FORMULA FOR

09:23AM  14   THE CHEMISTRY METHODS AND APPLY IT IN EACH OF THOSE AREAS TO

09:23AM  15   THE TEST LISTS THAT WERE GOING TO BE PRIORITIZED FOR RETAIL.

09:23AM  16        SO WHAT DR. GIBBONS IS TALKING ABOUT HERE IS THAT WE HAVE

09:23AM  17   A WAY TO DO DEVELOPMENT VERY QUICKLY OF ANY NEW TEST TO PUT ON

09:23AM  18   OUR PLATFORM.  NOW WE NEEDED TO DO THAT.

09:23AM  19   Q.   OKAY.  WHAT FURTHER WORK NEEDED TO BE DONE WITH REGARD TO

09:23AM  20   DEVELOPMENT OF HARDWARE?

09:23AM  21   A.   WE NEEDED TO BUILD THE DEVICE WITH THE ADDITIONAL

09:23AM  22   DETECTORS TO MEASURE MARKERS FOR THESE DIFFERENT METHODS AND

09:23AM  23   SOME OF THE PROCESSING TOOLS, LIKE WE TALKED ABOUT A

09:23AM  24   MINIATURIZED CENTRIFUGE, THAT WOULD ALLOW US TO RUN THESE

09:23AM  25   METHODS.
```

09:23AM 1    Q.   OKAY.  AND WHAT ABOUT THE SOFTWARE GROUP THAT YOU

09:24AM 2    MENTIONED YESTERDAY?  WAS MORE WORK NECESSARY THERE TO DEVELOP

09:24AM 3    THE 4.0 SYSTEM?

09:24AM 4    A.   YES.

09:24AM 5    Q.   WHAT WORK DID YOU HAVE TO DO IN CONNECTION WITH THE

09:24AM 6    SOFTWARE GROUP?

09:24AM 7    A.   THERE WAS A LOT OF WORK IN THE SOFTWARE GROUP.  PART OF IT

09:24AM 8    WAS WHEN WE WOULD MEASURE MARKERS WITH THESE METHODS, WE NEEDED

09:24AM 9    SOFTWARE TO INTERPRET THAT DATA.

09:24AM 10       SO, FOR EXAMPLE, FOR THE CELLS, YOU TAKE A PICTURE OF THE

09:24AM 11   CELLS ON THE LITTLE MICROSCOPE IN THE DEVICE, AND HOW YOU THEN

09:24AM 12   TURN THAT INTO A LAB RESULT IS REALLY COMPLEX SOFTWARE THAT WE

09:24AM 13   NEEDED TEAMS OF PEOPLE TO BUILD.

09:24AM 14       OUR TECHNOLOGIES WORKED BY ALLOWING THE CARTRIDGE, WHEN IT

09:24AM 15   WAS INSERTED INTO THE DEVICE, TO CALL THE CLOUD AND THEN SEND

09:24AM 16   PROTOCOLS FROM THE CLOUD DOWN TO THE DEVICE TELLING YOU WHAT TO

09:24AM 17   DO WITH THE CARTRIDGE THAT HAD JUST BEEN PUT IN, AND ALL OF

09:24AM 18   THAT HAD TO BE DEVELOPED FOR THESE ADDITIONAL METHODS AS WELL.

09:25AM 19   Q.   NOW, I ASSUME -- IS IT SAFE TO ASSUME THAT THIS WAS A

09:25AM 20   SIGNIFICANT UNDERTAKING FOR THE COMPANY?

09:25AM 21   A.   VERY MUCH.

09:25AM 22   Q.   IS THIS SOMETHING THAT YOU HAD CONVERSATIONS WITH THE

09:25AM 23   BOARD OF DIRECTORS ABOUT AT THERANOS IN 2010?

09:25AM 24   A.   YES.

09:25AM 25   Q.   AND REMIND US WHO WAS ON THE BOARD OF DIRECTORS AT

7464

09:25AM 1    THERANOS IN 2010?  I THINK YOU TESTIFIED EARLIER THAT DON LUCAS

09:25AM 2    WAS THE CHAIRMAN OF THE BOARD BOTH IN THE YEARS BEFORE 2010 AND

09:25AM 3    CONTINUING IN THE YEARS AFTER; IS THAT RIGHT?

09:25AM 4    A.   HE WAS.

09:25AM 5    Q.   AND YOU TESTIFIED ABOUT -- ON FRIDAY ABOUT AN INVESTOR

09:25AM 6    NAMED PETE THOMAS.

09:25AM 7         DO YOU RECALL THAT?

09:25AM 8    A.   I DO.

09:25AM 9    Q.   AND WAS MR. THOMAS ON THE BOARD OF DIRECTORS IN 2010?

09:25AM 10   A.   YES.

09:25AM 11   Q.   AND WAS DR. ROBERTSON ON THE BOARD OF DIRECTORS AT

09:26AM 12   THERANOS IN 2010?

09:26AM 13   A.   HE WAS.

09:26AM 14   Q.   IS IT SAFE TO SAY THAT THERE WAS A LOT OF EXPERTISE ON THE

09:26AM 15   BOARD OF DIRECTORS IN THE DEVELOPMENT OF NEW TECHNOLOGIES IN

09:26AM 16   2010?

09:26AM 17   A.   THERE WAS.

09:26AM 18   Q.   AND DID YOU DISCUSS WITH THE BOARD OF DIRECTORS THE PLANS

09:26AM 19   THAT YOU HAD FOR HOW THIS SYSTEM 4.0 WOULD BE DEVELOPED AT

09:26AM 20   THERANOS?

09:26AM 21   A.   I DID.

09:26AM 22   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15046.

09:26AM 23   A.   OKAY.

09:26AM 24   Q.   IS 15046 A PRESENTATION THAT YOU GAVE TO THE BOARD OF

09:26AM 25   DIRECTORS IN 2010 ABOUT THE DEVELOPMENT OF SYSTEM 4.0?

09:26AM 1      A.   IT IS.

09:26AM 2      Q.   OKAY.

09:26AM 3           YOUR HONOR, I MOVE TO ADMIT EXHIBIT 15046.

09:26AM 4                MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:26AM 5                THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:27AM 6           (DEFENDANT'S EXHIBIT 15046 WAS RECEIVED IN EVIDENCE.)

09:27AM 7      BY MR. DOWNEY:

09:27AM 8      Q.   LET ME DIRECT YOU TO PAGE 3 OF THIS EXHIBIT.

09:27AM 9           DOES THIS -- WAS THIS PRESENTATION GIVEN IN DECEMBER OF

09:27AM 10     2010?

09:27AM 11     A.   YES.

09:27AM 12     Q.   OKAY.  LET ME GO FORWARD TO PAGE 8 OF THE EXHIBIT.  AS YOU

09:27AM 13     SEE ON YOUR SCREEN, THERE WAS A LIST OF PRODUCTS ON THIS SLIDE,

09:27AM 14     AND UNDER IT THERE'S A DESCRIPTION OF THE DEVICE AND IT REFERS

09:27AM 15     TO 3X AND MINILAB.

09:27AM 16          WHAT IS THAT A REFERENCE TO?

09:27AM 17     A.   THOSE ARE THE TWO DEVICES THAT WE WERE DEVELOPING AT THAT

09:27AM 18     POINT.

09:27AM 19     Q.   OKAY.  IS MINILAB PART OF THE SYSTEM 4.0?

09:27AM 20     A.   MINILAB, YES, IS WHAT WE CALLED THE 4 SERIES SYSTEM.

09:27AM 21     Q.   OKAY.  AND THEN THERE'S A REFERENCE TO CARTRIDGE.  AND ARE

09:27AM 22     THOSE THE CARTRIDGES THAT YOU'VE BEEN DESCRIBING?

09:27AM 23     A.   YES.

09:27AM 24     Q.   AND UNDER THAT IT SAYS MULTIPLEXING 65 PLUS ASSAYS.

09:28AM 25          WHAT DID THAT MEAN?

09:28AM  1    A.   THAT MEANT THAT WE WERE DESIGNING OUR CARTRIDGES TO BE

09:28AM  2    ABLE TO RUN 65 OR MORE ASSAYS ON THE CARTRIDGE AT THE SAME

09:28AM  3    TIME.

09:28AM  4    Q.   AND THEN UNDER ASSAYS, YOU LIST AN 800 PLUS 10 MENU AND

09:28AM  5    TPS LIBRARY.

09:28AM  6         EXPLAIN TO US WHAT THAT MEANT.

09:28AM  7    A.   THAT MEANT THAT WE WERE GOING TO TAKE ALL OF THE TESTS

09:28AM  8    THAT WE WERE AWARE OF FROM TRADITIONAL LABS AND INVEST IN THE

09:28AM  9    DEVELOPMENT OF THOSE CHEMISTRIES TO RUN THEM ON OUR PLATFORM.

09:28AM  10   Q.   AND WHEN YOU SAY THE DEVELOPMENT OF THOSE CHEMISTRIES, ARE

09:28AM  11   YOU REFERRING TO THE DEVELOPMENT OF AN ASSAY?

09:28AM  12   A.   YES.

09:28AM  13   Q.   SO THAT YOU COULD RUN THAT BLOOD TEST?

09:28AM  14   A.   EXACTLY.

09:28AM  15   Q.   NOW, YOU DID NOT AT THAT TIME HAVE ALL OF THOSE ASSAYS

09:28AM  16   SITTING WITHIN THERANOS, DID YOU?

09:28AM  17   A.   NO.

09:28AM  18   Q.   BUT DID YOU HAVE A METHOD THAT WOULD BE -- YOU BELIEVED

09:28AM  19   WOULD BE CAPABLE OF APPLYING TO THE DEVELOPMENT OF ALL OF THEM?

09:29AM  20   A.   YES.

09:29AM  21   Q.   OKAY.  LET ME ASK YOU TO LOOK AT THE NEXT PAGE, WHICH IS

09:29AM  22   PAGE 9.

09:29AM  23        AND THERE'S A SYSTEM INTEGRATION OF NEW TECHNOLOGIES.  AND

09:29AM  24   I DON'T WANT YOU TO GO THROUGH ALL OF THE PHOTOGRAPHS, BUT JUST

09:29AM  25   AT A HIGH LEVEL, WHAT WERE -- WHY WERE THESE PHOTOGRAPHS

7467

09:29AM 1    INCLUDED IN THIS PRESENTATION AND WHAT DID THEY DEPICT?

09:29AM 2    A.   THEY'RE INCLUDED IN THIS PRESENTATION BECAUSE THEY'RE KEY

09:29AM 3    COMPONENTS OF THE 4 SERIES DEVICE.  WHAT THEY DEPICT IS THE --

09:29AM 4    SOME OF THE DETECTORS AND OTHER KEY TECHNOLOGIES IN THE DEVICE.

09:29AM 5         IF I COULD JUST POINT TO SOME OF THEM?

09:29AM 6    Q.   SURE.

09:29AM 7    A.   SO THE IDEA WAS THAT WE WANTED TO BUILD A SYSTEM THAT

09:29AM 8    COULD BE SHIPPED SOMEWHERE AND BE ABLE TO RUN ANY TEST THAT

09:30AM 9    SOMEONE WANTED TO RUN.

09:30AM 10        TO DO THAT, WE WOULD NEED TO LOAD TESTS OR CHEMISTRIES

09:30AM 11   ONTO A CARTRIDGE, THAT CARTRIDGE HAD A BAR CODE, THE DEVICE

09:30AM 12   WOULD RECEIVE IT, AND WHEN IT WAS ENTERED INTO THE SYSTEM, WE

09:30AM 13   NEEDED TO PROCESS IT.

09:30AM 14        THE ROBOT DOWN HERE ON THE BOTTOM RIGHT WAS THE KEYBOARD

09:30AM 15   OF THAT FOR BEING ABLE TO PICK UP THE LITTLE COMPONENTS IN THE

09:30AM 16   CARTRIDGE, MOVE THEM AROUND, AND THEN PUT THEM BACK INTO THE

09:30AM 17   CARTRIDGE WHEN THE TEST WAS DONE.

09:30AM 18        WHERE THEY WOULD BE MOVED TO IS EITHER THE CENTRIFUGE,

09:30AM 19   WHICH WOULD SPIN THEM DOWN AND GET THEM READY TO BE READ, THE

09:30AM 20   SAMPLES READY TO BE READ, OR ONE OF THESE DETECTORS ARE FOUR

09:30AM 21   METHODS:  NUCLEIC ACID AMPLIFICATION, THAT'S LIKE PCR;

09:30AM 22   CYTOMETRY, WHICH IS A SLIDE ON A LITTLE MICROSCOPE READING

09:31AM 23   CELLS; ELISA, WHICH IS THE IMMUNOASSAY WE HAVE BEEN TALKING

09:31AM 24   ABOUT; OR THE COLORIMETRY, WHICH IS THE GENERAL CHEMISTRY.

09:31AM 25   Q.   SO ARE THESE DIFFERENT PICTURES OF THE HARDWARE THAT YOU

09:31AM 1    WOULD BE DEVELOPING AS PART OF SYSTEM 4.0?

09:31AM 2    A.   YES.

09:31AM 3    Q.   AND DID YOU ACTUALLY TALK THE DIRECTORS THROUGH THIS WHEN

09:31AM 4    YOU GAVE THIS PRESENTATION IN DECEMBER OF 2010?

09:31AM 5    A.   I DID.

09:31AM 6    Q.   LET ME ASK YOU TO GO TO PAGE 11 OF THIS SAME EXHIBIT.  AND

09:31AM 7    THIS IS LABELLED ASSAY VALIDATION ACROSS TECHNOLOGIES.

09:31AM 8        AND WHAT WAS THIS SLIDE INTENDED TO DEPICT FOR PURPOSES OF

09:31AM 9    THE 2010 BOARD MEETING?

09:31AM 10   A.   THIS IS REPRESENTATIVE DATA FROM EACH OF THESE

09:31AM 11   TECHNOLOGIES INSIDE OF THE 4 SERIES VALIDATING THEIR

09:31AM 12   PERFORMANCE.

09:31AM 13   Q.   NOW, YOU TALKED A MOMENT AGO ABOUT SOME OF THE EFFORTS YOU

09:32AM 14   WOULD BE UNDERTAKING TO WORK ON SYSTEM 4.0.

09:32AM 15       DID YOU EXPLAIN TO THE BOARD OF DIRECTORS THAT THOSE

09:32AM 16   EFFORTS WOULD HAVE TO BE UNDERTAKEN WITHIN THE COMPANY?

09:32AM 17   A.   YES.

09:32AM 18   Q.   LET ME ASK YOU TO LOOK AT PAGE 19.  THIS IS A SLIDE IN THE

09:32AM 19   SAME PRESENTATION WHICH IS LABELLED ORGANIZATION.

09:32AM 20       AND EXPLAIN TO US WHAT THIS SLIDE WAS INTENDED TO CONVEY

09:32AM 21   TO THE BOARD OF DIRECTORS.

09:32AM 22   A.   THIS IS INTENDED TO CONVEY THAT WE NEEDED TO RESTRUCTURE

09:32AM 23   OUR WHOLE COMPANY TO BE ABLE TO ACHIEVE THESE GOALS OF RAPIDLY

09:32AM 24   BUILDING THIS 4 SERIES DEVICE AND SHIPPING IT ON A VERY RAPID

09:32AM 25   TIMEFRAME.

09:32AM 1        WE HAD PUT 13 NEW TEAM LEADS IN PLACE, SCIENTIFIC AND

09:32AM 2   ENGINEERING LEADS ACROSS THE COMPANY.  WE HAD AMAZING PEOPLE

09:33AM 3   WHO WERE VERY TALENTED IN A NUMBER OF DIFFERENT ENGINEERING

09:33AM 4   DISCIPLINES, AND I WAS TALKING A LITTLE BIT ABOUT THEIR

09:33AM 5   EXPERIENCE AND I WAS TALKING ABOUT OUR GOAL OF DOUBLING THE

09:33AM 6   HEAD COUNT OF THE WHOLE COMPANY TO BE ABLE TO DO THIS.

09:33AM 7   Q.   SO WAS THE COMPANY GOING TO GO FROM 75 PEOPLE WORKING

09:33AM 8   THERE TO 150?

09:33AM 9   A.   YES.

09:33AM 10  Q.   ALL RIGHT.  NOW, ALSO IN 2010, DID THE COMPANY START TO

09:33AM 11  LOOK AT OTHER OPPORTUNITIES WHERE THERANOS MIGHT USE ITS

09:33AM 12  TECHNOLOGY BEYOND PHARMACEUTICAL COMPANIES?

09:33AM 13  A.   WE DID.

09:33AM 14  Q.   WHEN WE TALKED YESTERDAY ABOUT PHARMACEUTICAL COMPANIES,

09:33AM 15  YOU MENTIONED A NUMBER OF LARGE PHARMACEUTICAL COMPANIES WHERE

09:33AM 16  THERANOS HAD BEEN ABLE TO ESTABLISH A RELATIONSHIP.

09:33AM 17       DO YOU RECALL THAT?

09:33AM 18  A.   YES.

09:33AM 19  Q.   DID THERANOS ALSO ENCOUNTER SOME CHALLENGES WITH RESPECT

09:33AM 20  TO THE PHARMACEUTICAL COMPANIES IN TERMS OF THERANOS'S BUSINESS

09:34AM 21  MODEL AND THOSE COMPANIES' BUSINESS MODEL?

09:34AM 22  A.   WE DID.

09:34AM 23  Q.   AND CAN YOU DESCRIBE THOSE?

09:34AM 24  A.   WE HAD DONE A NUMBER OF THESE VALIDATIONS, AND WE WANTED

09:34AM 25  TO BUILD THAT PHARMACEUTICAL BUSINESS, AND WE COULDN'T GET

09:34AM   1    CONTRACTS THAT WERE BIG ENOUGH TO REALLY GROW THE BUSINESS FAST

09:34AM   2    ENOUGH.

09:34AM   3    Q.   AND WHEN YOU WERE ABLE TO VALIDATE YOUR TECHNOLOGY WITH

09:34AM   4    THE PHARMACEUTICAL COMPANY, DID THAT MEAN THAT THEY WOULD USE

09:34AM   5    THERANOS'S TECHNOLOGY FOR ALL OF THE BLOOD TESTING IN THAT

09:34AM   6    COMPANY?

09:34AM   7              MR. LEACH:  OBJECTION.  LEADING.  LEADING.

09:34AM   8              THE COURT:  OVERRULED.

09:34AM   9         YOU CAN -- DO YOU UNDERSTAND THE QUESTION?

09:34AM  10              THE WITNESS:  I DO.

09:34AM  11              THE COURT:  YOU CAN ANSWER IT.

09:34AM  12              THE WITNESS:  OKAY.  NO, IT DID NOT.

09:34AM  13    BY MR. DOWNEY:

09:34AM  14    Q.   OKAY.  HOW WOULD YOU GET A PHARMACEUTICAL COMPANY TO USE

09:34AM  15    THERANOS'S TECHNOLOGY FOR A CLINICAL TRIAL AFTER THAT COMPANY

09:34AM  16    HAD VALIDATED THERANOS'S TECHNOLOGY?

09:34AM  17    A.   WE THEN HAD TO WORK WITH THE PEOPLE WITH WHOM WE VALIDATED

09:35AM  18    THE TECHNOLOGY TO GO TO DIFFERENT CLINICAL GROUPS, ONCOLOGY,

09:35AM  19    DIABETES, OTHERS, AND SEE IF ANYONE IN THOSE GROUPS HAD A DRUG

09:35AM  20    WITH A STUDY, THAT IT WAS AT THE RIGHT POINT IN TIME TO BE ABLE

09:35AM  21    TO INTRODUCE A NEW TECHNOLOGY.

09:35AM  22         IT WAS A HUGE NUMBER OF DIFFERENT ORGANIZATIONS AND

09:35AM  23    DIFFERENT PEOPLE THAT YOU HAD TO TRY TO WORK WITH.

09:35AM  24    Q.   NOW, WHEN YOU BEGAN CONSIDERING OTHER OPPORTUNITIES, DID

09:35AM  25    YOU CONSIDER OPPORTUNITIES OTHER THAN MARKETING IT TO THE

09:35AM 1    RETAIL COMPANY, OR WAS -- RETAIL BUSINESS, OR WERE YOU

09:35AM 2    PRINCIPALLY THINKING ABOUT USING THE TECHNOLOGY WITH THE RETAIL

09:35AM 3    BUSINESS?

09:35AM 4    A.   A GOAL OF OURS FROM OUR EARLY DAYS WAS TO BRING OUR

09:35AM 5    TECHNOLOGY TO RETAIL, SO WE STARTED TO REALLY FOCUS IN ON THAT

09:35AM 6    AT THAT POINT IN TIME.

09:35AM 7    Q.   OKAY.  AND DID YOU IDENTIFY RETAIL COMPANIES THAT YOU

09:35AM 8    THOUGHT MIGHT BE GOOD PARTNERS FOR THERANOS IN TERMS OF USING

09:36AM 9    THERANOS'S TECHNOLOGY IN THEIR STORES?

09:36AM 10   A.   YES.

09:36AM 11   Q.   LET ME ASK YOU, BEFORE I TALK ABOUT THOSE EFFORTS, TO

09:36AM 12   DESCRIBE JUST HOW DID YOU FORESEE THAT A RETAIL PARTNERSHIP

09:36AM 13   BETWEEN THERANOS AND A RETAIL COMPANY MIGHT WORK?

09:36AM 14   A.   OUR IDEA WAS TO PUT OUR DEVICE IN THE STORES AT A PHARMACY

09:36AM 15   SO THAT PEOPLE COULD COME IN AND DO A TEST, LIKE A FLU TEST,

09:36AM 16   RIGHT THERE ON THE SPOT, HAVE THAT DATA PROCESSED, AND BE

09:36AM 17   ACCESSIBLE TO THEM ON A MOBILE APP WHERE THEY COULD START

09:36AM 18   GETTING THEIR OWN DATA AND THEN TRENDING THAT DATA OVER TIME.

09:36AM 19   Q.   AND WHICH RETAIL COMPANIES DID YOU TRY TO INTEREST IN THAT

09:36AM 20   IDEA?

09:36AM 21   A.   ALL OF THEM.

09:36AM 22   Q.   WHEN YOU SAY "ALL OF THEM," DO YOU MEAN ALL OF THE

09:36AM 23   PHARMACEUTICAL -- ALL OF THE PHARMACY COMPANIES, OR WHAT TYPES

09:36AM 24   OF RETAIL COMPANIES?

09:36AM 25   A.   EVERY PHARMACY COMPANY THAT WE KNEW OF.

09:36AM 1    Q.   OKAY.  AND DID YOU CONSIDER ANY TYPES OF BUSINESSES OTHER

09:37AM 2    THAN PHARMACY COMPANIES?

09:37AM 3    A.   NO.  WE FOCUSSED ON RETAIL PHARMACIES.

09:37AM 4    Q.   OKAY.  AND WHAT RETAIL PHARMACY COMPANIES DID THERANOS TRY

09:37AM 5    TO INTEREST IN USING THERANOS'S TECHNOLOGY IN THEIR STORES?

09:37AM 6    A.   WE TALKED TO TARGET, WE TALKED TO CVS, WE TALKED TO

09:37AM 7    WAL-MART, WE TALKED TO DUANE READE, WE TALKED TO WALGREENS, WE

09:37AM 8    TALKED TO SAFEWAY, AND WE TALKED TO BOOTS.

09:37AM 9    Q.   WERE ALL OF THOSE COMPANIES INTERESTED IN PARTNERING WITH

09:37AM 10   THERANOS IN 2010?

09:37AM 11   A.   NO.

09:37AM 12   Q.   WHAT KINDS OF REACTIONS DID YOU GET TO YOUR EFFORTS TO

09:37AM 13   INTEREST THOSE COMPANIES IN, IN USING THERANOS TECHNOLOGY IN

09:37AM 14   THEIR STORES?

09:37AM 15   A.   SOME OF THEM THOUGHT WE WERE TOO EARLY, THAT WE WERE TOO

09:37AM 16   YOUNG AS A COMPANY, THAT WE DIDN'T HAVE THE EXPERIENCE TO BE

09:37AM 17   ABLE TO DO WHAT WE SOUGHT TO DO, AND SOME OF THEM DIDN'T WANT

09:37AM 18   TO PURSUE IT.

09:37AM 19        SOME OF THEM DID, WALGREENS AND SAFEWAY.

09:38AM 20   Q.   AND DID YOU ULTIMATELY FOCUS ON WALGREENS AND SAFEWAY FOR

09:38AM 21   PURPOSES OF LAUNCHING YOUR TECHNOLOGY IN THE RETAIL SETTING?

09:38AM 22   A.   YES.

09:38AM 23   Q.   TELL US ABOUT THE FIRST MEETINGS WITH WALGREENS THAT YOU

09:38AM 24   RECALL.

09:38AM 25   A.   I REMEMBER MEETING WITH DR. JAY ROSAN AND TALKING TO HIM

7473

09:38AM   1    ABOUT OUR IDEA, AND DR. ROSAN ASKING TO DO A FOLLOW-ON MEETING

09:38AM   2    WITH SOME OF WALGREENS'S SENIOR LEADERSHIP.

09:38AM   3    Q.   OKAY.  AND WAS THERE A FOLLOW-ON MEETING WITH WALGREENS'S

09:38AM   4    SENIOR LEADERSHIP?

09:38AM   5    A.   YES, THERE WAS.

09:38AM   6    Q.   AND WHO ATTENDED THAT MEETING?

09:38AM   7    A.   DR. ROSAN WAS THERE, AND SO WAS MR. MIQUELON, AND I

09:38AM   8    REMEMBER AT THE VERY END OF THE MEETING, THE CEO CAME IN TO SAY

09:39AM   9    HELLO.

09:39AM   10   Q.   AND DURING THE COURSE OF THAT MEETING, DID YOU DESCRIBE

09:39AM   11   THERANOS'S SYSTEM 4.0?

09:39AM   12   A.   I DID.

09:39AM   13   Q.   AND DID WALGREENS DISCUSS WHAT ITS LEVEL OF INTEREST WAS

09:39AM   14   IN LAUNCHING A BLOOD TESTING SERVICE WITHIN ITS RETAIL STORES?

09:39AM   15   A.   THEY DID.

09:39AM   16   Q.   AT THAT MEETING WAS -- DID YOU USE A SLIDE DECK TO DISCUSS

09:39AM   17   THERANOS'S SYSTEM 4.0 AND OTHER ASPECTS OF THERANOS'S

09:39AM   18   TECHNOLOGY?

09:39AM   19   A.   YES.

09:39AM   20   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 278 WHICH IS ALSO IN

09:39AM   21   EVIDENCE.

09:39AM   22        IS THIS THE SLIDE DECK THAT YOU USED IN CONNECTION WITH

09:39AM   23   YOUR MEETING WITH DR. ROSAN AND MR. MIQUELON?

09:39AM   24   A.   IT IS.

09:39AM   25   Q.   AND IS THIS A HARD COPY SLIDE DECK THAT YOU HANDED OUT, OR

09:40AM   1    HOW DID YOU PRESENT THIS?

09:40AM   2    A.   I THINK IT WAS ON A COMPUTER THAT WE HAD, AND WE WOULD

09:40AM   3    PULL UP SLIDES DURING THE DISCUSSION.

09:40AM   4    Q.   OKAY.  DID YOU REVIEW ALL OF THE SLIDES AT THE MEETING?

09:40AM   5    A.   NO.

09:40AM   6    Q.   LET ME ASK YOU TO LOOK AT PAGE 9 OF THE POWERPOINT.

09:40AM   7        DO YOU SEE THAT THIS SLIDE IS LABELLED VALIDATION OF

09:40AM   8    THERANOS SYSTEMS?

09:40AM   9    A.   I DO.

09:40AM   10   Q.   AND IN THE FIRST BULLET POINT IT SAYS, "THERANOS SYSTEMS

09:40AM   11   HAVE BEEN COMPREHENSIVELY VALIDATED OVER THE COURSE OF THE LAST

09:40AM   12   SEVEN YEARS BY TEN OF THE FIFTEEN LARGEST PHARMACEUTICAL

09:40AM   13   COMPANIES."

09:40AM   14       DO YOU SEE THAT?

09:40AM   15   A.   I DO.

09:40AM   16   Q.   AND WHAT DID YOU MEAN TO CONVEY WHEN YOU SAID THAT

09:40AM   17   THERANOS SYSTEMS HAD BEEN COMPREHENSIVELY VALIDATED BY THESE

09:40AM   18   PHARMACEUTICAL COMPANIES?

09:40AM   19   A.   THAT OUR SYSTEMS, CHEMISTRIES, CARTRIDGES, DEVICES,

09:40AM   20   SOFTWARE HAD BEEN TESTED AGAINST STANDARDS BY THESE COMPANIES.

09:41AM   21   Q.   AND WAS -- WHEN YOU REFERRED TO THE TEN PHARMACEUTICAL

09:41AM   22   COMPANIES, WERE THEY -- WERE THE COMPANIES THAT WE DISCUSSED

09:41AM   23   YESTERDAY SOME OF THOSE COMPANIES?

09:41AM   24   A.   YES.

09:41AM   25   Q.   LET'S LOOK BACK FOR A MOMENT AT EXHIBIT 7742.

7475

09:41AM 1        AND I'D LIKE TO GO TO THE FOURTH PAGE OF THIS SLIDE, OF

09:41AM 2    THIS EXHIBIT.

09:41AM 3        AND DO YOU RECALL THAT WE DISCUSSED YESTERDAY THIS

09:41AM 4    DOCUMENT WHICH IS NOW ON THE SCREEN, WHICH WAS LABELLED "WHERE

09:41AM 5    IN THE WORLD IS THERANOS?"

09:41AM 6    A.   I DO.

09:41AM 7    Q.   AND IF YOU GO FORWARD A COUPLE OF PAGES FROM THERE, DO YOU

09:41AM 8    SEE THAT THIS IS A LIST OF WHAT ARE DESCRIBED AS COMPLETED

09:42AM 9    SUCCESSES?

09:42AM 10   A.   YES.

09:42AM 11   Q.   WERE THE PHARMACEUTICAL COMPANIES LISTED HERE, WERE THEY

09:42AM 12   SOME OF THE PHARMACEUTICAL COMPANIES THAT YOU WERE REFERRING TO

09:42AM 13   IN THE SLIDE DECK WHEN YOU REFERRED TO TEN PHARMACEUTICAL

09:42AM 14   COMPANIES VALIDATING THERANOS'S SYSTEMS?

09:42AM 15   A.   THEY ARE.

09:42AM 16       AND WHAT YOU CAN SEE HERE IS THAT THERE ARE ALL SORTS OF

09:42AM 17   DIFFERENT PARTS OF THE TECHNOLOGY THAT WAS EVALUATED AND

09:42AM 18   VALIDATED IN THOSE PROGRAMS.

09:42AM 19   Q.   OKAY.  LET'S GO NOW BACK TO EXHIBIT 278, WHICH WE WERE

09:42AM 20   DISCUSSING A MOMENT AGO, THE SLIDE DECK THAT WAS USED AT THE

09:42AM 21   INITIAL WALGREENS MEETING.

09:42AM 22       AND I'D LIKE TO ASK YOU TO GO FORWARD TO PAGE 31 OF THIS

09:43AM 23   DOCUMENT.

09:43AM 24       AND AT THE TOP OF THE DOCUMENT UNDER "LAUNCH OF THERANOS

09:43AM 25   SYSTEMS AT WALGREENS," IT READS, "THERANOS WOULD LIKE TO CEMENT

09:43AM 1    A PARTNERSHIP WITH WALGREENS BY END OF APRIL 2010 TO LAUNCH THE

09:43AM 2    GENERAL CHEMISTRY, INFLUENZA, AND FERTILITY TESTS IN Q4 2010."

09:43AM 3         DO YOU SEE THAT?

09:43AM 4    A.   I DO.

09:43AM 5    Q.   AND WAS THAT THE ORIGINAL IDEA THAT THERANOS WAS

09:43AM 6    SUGGESTING TO WALGREENS AND OTHER PHARMACEUTICAL PARTNERS?

09:43AM 7    A.   YES.

09:43AM 8    Q.   DID YOU UNDERSTAND THAT IT WOULD BE POSSIBLE BY THE FOURTH

09:43AM 9    QUARTER OF 2010 FOR THERANOS TO, TO LAUNCH ITS SERVICES IN THIS

09:43AM 10   WAY?

09:43AM 11   A.   YES.

09:43AM 12   Q.   THE REFERENCE AT THE END OF THE PARAGRAPH TO GENERAL

09:44AM 13   CHEMISTRY, INFLUENZA, AND FERTILITY TESTS, IS THAT A REFERENCE

09:44AM 14   TO ALL BLOOD TESTS?

09:44AM 15   A.   NO.

09:44AM 16   Q.   WHY WAS THERANOS PROPOSING THAT A LAUNCH OF THERANOS BE --

09:44AM 17   TECHNOLOGY BE DONE WITH -- IN CONNECTION WITH THOSE THREE TESTS

09:44AM 18   OR CATEGORIES OF TESTS?

09:44AM 19   A.   OUR IDEA FOR LAUNCHING OUR TECHNOLOGY AT WALGREENS WAS TO

09:44AM 20   HAVE TEST PANELS THAT COULD BE MEANINGFUL TO PEOPLE.

09:44AM 21        WE HAD DONE WORK IN THE PAST ON INFLUENZA AND FERTILITY

09:44AM 22   AND THOUGHT THAT THOSE COULD BE MEANINGFUL TO PEOPLE COMING

09:44AM 23   INTO WALGREENS, AND WE HAD BEEN WORKING ON THIS GENERAL

09:44AM 24   CHEMISTRY PANEL WITH SCIENTISTS INTERNALLY AND THOUGHT WE COULD

09:44AM 25   LAUNCH IT BY THE END OF THE YEAR.

09:44AM  1    Q.   NOW, DURING THE COURSE OF THIS MEETING IN 2010 -- WHAT

09:44AM  2    MONTH WAS THIS MEETING, IF YOU RECALL?

09:45AM  3    A.   JUST LOOKING BACK AT THE EMAIL, I THINK IT WAS IN MARCH.

09:45AM  4    END OF MARCH.

09:45AM  5    Q.   NOW, DID WALGREENS EXPRESS AFTER THAT MEETING THAT THEY

09:45AM  6    MIGHT BE INTERESTED IN EXPLORING A RELATIONSHIP WITH THERANOS?

09:45AM  7    A.   YES.

09:45AM  8    Q.   DID THEY ALSO EXPRESS TO THERANOS THAT THEY WOULD LIKE TO

09:45AM  9    DO SOME DUE DILIGENCE TO EVALUATE WHETHER THERANOS WAS A

09:45AM  10   PARTNER WITH WHOM WALGREENS THOUGHT IT COULD WORK?

09:45AM  11   A.   THEY DID.

09:45AM  12   Q.   OKAY.  NOW, I WANT TO FOCUS ON TWO REPORTS FROM

09:45AM  13   PHARMACEUTICAL COMPANIES THAT YOU SENT TO WALGREENS IN 2010.

09:45AM  14       DO YOU RECALL THAT THERE'S BEEN TESTIMONY ABOUT THOSE

09:45AM  15   REPORTS?

09:45AM  16   A.   I DO.

09:45AM  17   Q.   ONE OF THOSE REPORTS WAS FROM SCHERING-PLOUGH; CORRECT?

09:46AM  18   A.   YES.

09:46AM  19   Q.   AND THE OTHER REPORT WAS FROM PFIZER; CORRECT?

09:46AM  20   A.   YES.

09:46AM  21   Q.   WHY DID YOU CHOOSE TO SEND THE SCHERING-PLOUGH REPORT TO

09:46AM  22   WALGREENS AS PART OF ITS DUE DILIGENCE?

09:46AM  23   A.   BECAUSE WE HAD WORKED WITH SCHERING-PLOUGH TO ESTABLISH

09:46AM  24   VERY RIGOROUS STANDARDS AGAINST WHICH TO VALIDATE OUR TESTS,

09:46AM  25   AND WE HAD RUN THOUSANDS OF CARTRIDGES SHOWING NOT ONLY THAT WE

7478

09:46AM  1    COULD MULTIPLEX THE TESTS ON A SINGLE CARTRIDGE, BUT ALSO THAT

09:46AM  2    WE COULD MEASURE MARKERS AT REALLY LOW LEVELS THAT ARE REALLY

09:46AM  3    HARD TO DO, AND I WANTED TO SHARE THAT DATA.

09:46AM  4    Q.   WHEN YOU SAY "MULTIPLEX," WHAT DO YOU MEAN?

09:46AM  5    A.   SORRY.  THE ABILITY TO RUN THE SAME TESTS ON A SINGLE

09:46AM  6    CARTRIDGE, OR MULTIPLE TESTS ON A SINGLE CARTRIDGE AT THE SAME

09:46AM  7    TIME.

09:46AM  8    Q.   OKAY.  AND WHY DID YOU CHOOSE TO SHARE THE PFIZER REPORT

09:46AM  9    WITH WALGREENS AS PART OF ITS DUE DILIGENCE PROCESS?

09:46AM 10    A.   BECAUSE, AGAIN, WE HAD WORKED WITH PFIZER FOR YEARS TO

09:47AM 11    DEVELOP A STUDY THAT WOULD MEASURE THESE VERY COMPLICATED

09:47AM 12    CANCER MARKERS IN PEOPLE'S HOMES, THE DEVICES WORKED, AND I

09:47AM 13    THOUGHT THE DATA WAS REALLY GOOD, AND I WANTED TO SHARE IT WITH

09:47AM 14    THEM.

09:47AM 15    Q.   DO YOU RECALL THAT THERE HAS BEEN TESTIMONY TO THE EFFECT

09:47AM 16    THAT THE LOGOS OF THOSE PHARMACEUTICAL COMPANIES WERE ADDED TO

09:47AM 17    THE TOP OF THOSE DOCUMENTS?

09:47AM 18    A.   I DO.

09:47AM 19    Q.   AND WHO ADDED THE LOGOS OF THOSE COMPANIES TO THE TOP OF

09:47AM 20    THOSE DOCUMENTS?

09:47AM 21    A.   I DID.

09:47AM 22    Q.   WHEN DID YOU DO THAT?

09:47AM 23    A.   JUST BEFORE SENDING THEM TO WALGREENS.

09:47AM 24    Q.   WHY DID YOU DO THAT?

09:47AM 25    A.   BECAUSE THIS WORK WAS DONE IN PARTNERSHIP WITH THOSE

09:47AM  1      COMPANIES, AND I WAS TRYING TO CONVEY THAT.

09:47AM  2      Q.   YOU'VE HEARD TESTIMONY FROM WITNESSES IN THIS CASE THAT

09:47AM  3      THEY THOUGHT THAT THE REPORTS THAT YOU SENT HAD BEEN PREPARED

09:47AM  4      BY THOSE PHARMACEUTICAL COMPANIES.

09:47AM  5          DO YOU RECALL THAT?

09:47AM  6      A.   I DO.

09:47AM  7      Q.   DID YOU INTEND TO GIVE THAT IMPRESSION WHEN YOU

09:47AM  8      TRANSMITTED THOSE REPORTS TO WALGREENS?

09:48AM  9      A.   NO.  BUT I'VE HEARD THAT TESTIMONY IN THIS CASE, AND I

09:48AM 10      WISH I HAD DONE IT DIFFERENTLY.

09:48AM 11      Q.   DID YOU -- AS OF 2010, SCHERING-PLOUGH NO LONGER EXISTED

09:48AM 12      AS AN INDEPENDENT PHARMACEUTICAL COMPANY; IS THAT RIGHT?

09:48AM 13      A.   CORRECT.

09:48AM 14      Q.   BUT PFIZER DID; RIGHT?

09:48AM 15      A.   YES.

09:48AM 16      Q.   DID YOU TRY TO CONCEAL FROM PFIZER THAT YOU HAD ADDED

09:48AM 17      PFIZER'S LOGO TO THE TOP OF THE REPORT THAT YOU SENT TO

09:48AM 18      WALGREENS IN 2010?

09:48AM 19      A.   NOT AT ALL.

09:48AM 20      Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15048.

09:48AM 21          YOUR HONOR, I'M NOT SURE IF THIS IS IN YOUR NOTEBOOK?

09:48AM 22               THE COURT:  I DON'T BELIEVE IT IS.

09:48AM 23               MR. DOWNEY:  BUT MR. LEACH HAS A COPY.

09:48AM 24               THE COURT:  THANK YOU.

09:48AM 25               THE WITNESS:  I DON'T KNOW IF I HAVE IT.

| | | |
|---|---|---|
| 09:48AM | 1 | MR. DOWNEY:  MAY I APPROACH THE WITNESS, YOUR HONOR? |
| 09:48AM | 2 | THE COURT:  YES. |
| 09:48AM | 3 | BY MR. DOWNEY: |
| 09:48AM | 4 | Q.   (HANDING.) |
| 09:49AM | 5 | HAVE YOU HAD AN OPPORTUNITY TO REVIEW 15048? |
| 09:49AM | 6 | A.   THE FIRST PAGE, YES. |
| 09:49AM | 7 | Q.   OKAY.  IS THE FIRST PAGE AN EMAIL BETWEEN CHRISTIAN HOLMES |
| 09:49AM | 8 | AT THERANOS AND VARIOUS PEOPLE AT PFIZER DISCUSSING POTENTIAL |
| 09:49AM | 9 | RELATIONSHIPS BETWEEN PFIZER AND THERANOS? |
| 09:49AM | 10 | A.   YES. |
| 09:49AM | 11 | Q.   AND ARE THERE VARIOUS ATTACHMENTS TO THAT DOCUMENT? |
| 09:49AM | 12 | A.   THERE ARE. |
| 09:49AM | 13 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 09:49AM | 14 | 15048. |
| 09:49AM | 15 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 09:49AM | 16 | THE COURT:  THE ENTIRE DOCUMENT? |
| 09:49AM | 17 | MR. DOWNEY:  THE ENTIRE DOCUMENT. |
| 09:49AM | 18 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 09:50AM | 19 | (DEFENDANT'S EXHIBIT 15048 WAS RECEIVED IN EVIDENCE.) |
| 09:50AM | 20 | BY MR. DOWNEY: |
| 09:50AM | 21 | Q.   LET'S LOOK AT THE FIRST PAGE OF THE DOCUMENT. |
| 09:50AM | 22 | DO YOU SEE THAT THIS IS AN EMAIL FROM CHRISTIAN HOLMES TO |
| 09:50AM | 23 | A GROUP OF INDIVIDUALS AT PFIZER, AND THAT YOU WERE COPIED ON |
| 09:50AM | 24 | THE EMAIL? |
| 09:50AM | 25 | A.   YES. |

09:50AM 1    Q.   AND DO YOU SEE THAT THIS EMAIL WAS SENT IN JANUARY OF

09:50AM 2    2014?

09:50AM 3    A.   I DO.

09:50AM 4    Q.   AND DO YOU SEE THAT IN THE NOTE, CHRISTIAN HOLMES CONVEYS

09:50AM 5    THAT ATTACHED TO THIS EMAIL IS A SLIDE DECK THAT YOU REQUESTED,

09:50AM 6    AND THEN IN THE NEXT PARAGRAPH HE SAYS, ALSO ATTACHED IS A

09:50AM 7    REPORT FROM OUR PROGRAM WITH PFIZER THAT WE RAN IN THE PAST FOR

09:50AM 8    YOUR REFERENCE.

09:50AM 9         DO YOU SEE THAT?

09:50AM 10   A.   I DO.

09:50AM 11   Q.   NOW, LET'S LOOK AT THE REPORT THAT IS ATTACHED.

09:50AM 12        IS THIS DOCUMENT THE REPORT OF WORK THAT THERANOS DID

09:51AM 13   TO -- WITH PFIZER?

09:51AM 14   A.   IT IS.

09:51AM 15   Q.   AND IS THIS THE VERSION OF THE REPORT THAT YOU TRANSMITTED

09:51AM 16   TO WALGREENS SOMETIME AFTER MARCH OF 2010?

09:51AM 17   A.   YES.

09:51AM 18   Q.   AND DO YOU SEE THAT THE -- THIS VERSION OF THE DOCUMENT

09:51AM 19   ALSO HAS THE PFIZER LOGO ON THE FIRST PAGE?

09:51AM 20   A.   IT DOES.

09:51AM 21   Q.   LET'S GO BACK TO THE EMAIL.

09:51AM 22        AND IF YOU LOOK UP AT THE ADDRESS AT THE VERY TOP OF THE

09:51AM 23   EMAIL, DO YOU SEE THAT THIS TRANSMISSION WAS MADE TO SEVERAL

09:51AM 24   INDIVIDUALS AT PFIZER?

09:51AM 25   A.   YES.

7482

09:51AM 1    Q.   WERE ANY OF THE INDIVIDUALS AT PFIZER INVOLVED WITH THE

09:51AM 2    PROGRAM THAT THERANOS DID WITH PFIZER IN BETWEEN 2006 AND 2008?

09:51AM 3    A.   YES.

09:51AM 4    Q.   AND WHICH OF THE ADDRESSEES WAS WORKING WITH THE

09:52AM 5    PFIZER-THERANOS RELATIONSHIP AS OF 2006 TO 2008?

09:52AM 6    A.   DR. SAKUL.

09:52AM 7    Q.   AND IS DR. SAKUL SOMEONE WITH WHOM YOU HAD DEALINGS WITH

09:52AM 8    PRIOR TO THE TIME THAT YOU TRANSMITTED THE REPORT?

09:52AM 9    A.   YES.

09:52AM 10   Q.   AND WAS HE SOMEONE WITH WHOM YOU HAD DEALINGS WITH AFTER

09:52AM 11   YOU HAD TRANSMITTED THE REPORT?

09:52AM 12   A.   YES.

09:52AM 13   Q.   LET'S TALK ABOUT OTHER DUE DILIGENCE THAT WAS DONE IN

09:52AM 14   CONNECTION WITH WALGREENS'S EXPLORATION OF A RELATIONSHIP WITH

09:52AM 15   THERANOS.

09:52AM 16       DO YOU RECALL AT SOME POINT THAT WALGREENS SAID THAT IT

09:52AM 17   WANTED TO HAVE THE TECHNOLOGY THAT THERANOS HAD BEEN USING

09:52AM 18   EVALUATED BY SCIENTISTS AT JOHNS HOPKINS?

09:52AM 19   A.   I DO.

09:52AM 20   Q.   AND WAS THAT SOMETHING THAT THERANOS WAS WILLING TO DO?

09:52AM 21   A.   YES.

09:52AM 22   Q.   AND CAN YOU EXPLAIN TO US, WHAT IS JOHNS HOPKINS?

09:53AM 23   A.   JOHNS HOPKINS IS A HEALTH SYSTEM, A HOSPITAL SYSTEM, AND A

09:53AM 24   RESEARCH ORGANIZATION THAT IS ONE OF THE BEST HEALTH SYSTEMS IN

09:53AM 25   THE WORLD.

7483

09:53AM 1    Q.   AND WHAT DID YOU UNDERSTAND THE TEAM AT JOHNS HOPKINS WAS

09:53AM 2    ASKED TO DO IN CONNECTION WITH WALGREENS'S EVALUATION OF

09:53AM 3    THERANOS?

09:53AM 4    A.   THEY WERE ASKED TO EVALUATE OUR INVENTION AND ITS

09:53AM 5    CAPABILITIES.

09:53AM 6    Q.   AND DID YOU EVENTUALLY MEET WITH THOSE SCIENTISTS AT

09:53AM 7    JOHNS HOPKINS?

09:53AM 8    A.   YES.

09:53AM 9    Q.   AND IN ADVANCE OF MEETING WITH THOSE SCIENTISTS, DID YOU

09:53AM 10   TRANSMIT ANYTHING TO THEM FOR THEIR REVIEW RELATED TO THERANOS

09:53AM 11   AND ITS TECHNOLOGY?

09:53AM 12   A.   YES.

09:53AM 13   Q.   WHEN YOU HAD THE MEETING, WHO FROM JOHNS HOPKINS ATTENDED

09:53AM 14   THE MEETING?

09:53AM 15   A.   I REMEMBER DR. KICKLER, WHO WAS ONE OF THEIR LABORATORY

09:53AM 16   EXPERTS.  THERE WAS OTHER LABORATORY EXPERTS, OTHER PHYSICIANS,

09:54AM 17   AND LEADERS IN THE HOSPITAL SYSTEM.

09:54AM 18   Q.   AND WITH RESPECT TO THE MATERIALS THAT YOU TRANSMITTED IN

09:54AM 19   ADVANCE, DID YOU DO THAT SO THAT THEY WOULD HAVE AN OPPORTUNITY

09:54AM 20   TO UNDERSTAND THE SYSTEM IN PREPARATION FOR THE MEETING?

09:54AM 21   A.   YES.

09:54AM 22   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7109.

09:54AM 23   A.   OKAY.

09:54AM 24   Q.   IS EXHIBIT 7109 AN INTERNAL EMAIL BETWEEN YOURSELF AND

09:55AM 25   OTHERS AT THERANOS TRANSMITTING THE FINAL JOHNS HOPKINS REPORT?

09:55AM 1    A.   YES.

09:55AM 2              MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT

09:55AM 3    EXHIBIT 7109.

09:55AM 4              MR. LEACH:  NO OBJECTION, YOUR HONOR.

09:55AM 5              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

09:55AM 6         (DEFENDANT'S EXHIBIT 7109 WAS RECEIVED IN EVIDENCE.)

09:55AM 7    BY MR. DOWNEY:

09:55AM 8    Q.   IF YOU TAKE A MOMENT JUST TO FLIP THROUGH EXHIBIT 7109, IS

09:55AM 9    THIS A SEVERAL HUNDRED PAGE DOCUMENT CONTAINING INFORMATION

09:55AM 10   ABOUT THERANOS'S TECHNOLOGY?

09:55AM 11   A.   IT IS.

09:55AM 12   Q.   AND LET'S TAKE A MOMENT JUST TO SEE AT A HIGH LEVEL WHAT

09:55AM 13   KIND OF INFORMATION THAT YOU TRANSMITTED TO THEM FOR THEIR

09:55AM 14   REVIEW.

09:55AM 15        LET'S LOOK FIRST AT PAGE 3, WHICH IS LABELLED ASSAY

09:56AM 16   DEVELOPMENT VALIDATION AND SELECTED CLINICAL REPORTS.

09:56AM 17        AND IF YOU GO FORWARD FROM HERE, YOU CAN JUST FLIP THROUGH

09:56AM 18   FROM HERE.

09:56AM 19        ARE THESE LISTS OF -- INFORMATION ABOUT VARIOUS CASE

09:56AM 20   STUDIES AND OTHER INFORMATION ABOUT REFERENCE THAT HAD BEEN

09:56AM 21   DONE IN -- AT THERANOS?

09:56AM 22   A.   YES.

09:56AM 23   Q.   AND DID YOU ALSO PROVIDE DATA REGARDING THE PERFORMANCE OF

09:56AM 24   THERANOS'S SYSTEMS TO JOHNS HOPKINS FOR THEIR REVIEW?

09:56AM 25   A.   YES.

7485

09:56AM 1    Q.   LET'S LOOK AT EXHIBIT -- AT PAGE 138 OF THAT SAME EXHIBIT.

09:56AM 2         AND IF YOU GO FORWARD TWO PAGES FROM HERE.

09:56AM 3         IS THIS -- ARE THESE CHARTS THAT WE'RE SEEING DISPLAYED

09:56AM 4    HERE, ARE THESE VARIOUS FORMS OF DATA ABOUT HOW THERANOS

09:57AM 5    TECHNOLOGIES PERFORMED RELATIVE TO VARIOUS REFERENCE SYSTEMS?

09:57AM 6    A.   YES.

09:57AM 7    Q.   WHY DID YOU SEND THIS INFORMATION TO HOPKINS IN

09:57AM 8    ANTICIPATION OF THE MEETING?

09:57AM 9    A.   BECAUSE WE WANTED THEM TO REVIEW OUR DATA AND THE DESIGNS

09:57AM 10   OF OUR TECHNOLOGY IN PREPARATION FOR THE MEETING.

09:57AM 11   Q.   OKAY.  AND CAN YOU TELL US WHAT HAPPENED AT THE MEETING

09:57AM 12   WHEN YOU WENT TO THE MEETING?

09:57AM 13   A.   YES.  WE HAD A VERY DETAILED DISCUSSION ABOUT DIFFERENT

09:57AM 14   ASPECTS OF THE TECHNOLOGY DESIGNS AND THE DATA ITSELF.

09:57AM 15        THE EXPERTS FROM HOPKINS ASKED A LOT OF QUESTIONS ABOUT

09:57AM 16   THE DATA AND ABOUT OUR DESIGNS, OUR METHODS FOR DEVELOPING NEW

09:57AM 17   TESTS, HOW WE WENT ABOUT THAT.

09:57AM 18        AND WE ANSWERED THEM.

09:57AM 19   Q.   AND, IF YOU KNOW, DID JOHNS HOPKINS PREPARE A REPORT FOR

09:57AM 20   WALGREENS COMMENTING ON JOHNS HOPKINS'S EVALUATION OF

09:58AM 21   THERANOS'S TECHNOLOGY?

09:58AM 22   A.   YES.

09:58AM 23   Q.   WAS THAT REPORT SHARED WITH YOU BY WALGREENS?

09:58AM 24   A.   IT WAS.

09:58AM 25   Q.   LET'S LOOK AT EXHIBIT 302, WHICH IS ALREADY IN EVIDENCE.

7486

09:58AM  1        IS THIS THE JOHNS HOPKINS REPORT ON THERANOS THAT YOU ARE

09:58AM  2    REFERRING TO?

09:58AM  3    A.   YES.

09:58AM  4    Q.   LET'S GO TO PAGE 2.  LET'S JUST BLOW UP THE SECTION CALLED

09:58AM  5    KEY FINDINGS.

09:58AM  6        IF YOU LOOK AT KEY FINDINGS, DO YOU SEE THAT THERE ARE

09:58AM  7    SEVERAL COMMENTS UNDERNEATH IT ABOUT THERANOS TECHNOLOGY?

09:58AM  8    A.   YES.

09:58AM  9    Q.   AND DO YOU SEE THAT THE FIRST ONE IS "THE TECHNOLOGY IS

09:58AM  10   NOVEL AND SOUND.  IT CAN ACCURATELY RUN A WIDE RANGE OF ROUTINE

09:58AM  11   AND SPECIAL ASSAYS"?

09:59AM  12   A.   I DO.

09:59AM  13   Q.   AND DO YOU SEE THAT THE SECOND BULLET POINT SAYS, "THE

09:59AM  14   TECHNOLOGY IS SIMPLE ENOUGH TO BE USED BY NON-SPECIALISTS IN

09:59AM  15   THE FIELD"?

09:59AM  16   A.   YES.

09:59AM  17   Q.   AND THEN IT GOES ON IN THE THIRD BULLET POINT TO LIST SOME

09:59AM  18   SPECIAL STRENGTHS OF THE TECHNOLOGY?

09:59AM  19   A.   YES.

09:59AM  20   Q.   AND DO YOU SEE THAT AMONGST THOSE IS ACCURACY?

09:59AM  21   A.   YES.

09:59AM  22   Q.   AND MINIATURIZATION?

09:59AM  23   A.   YES.

09:59AM  24   Q.   AND DO YOU SEE THE LAST ITEM COMMENTED ON IS THE COST PER

09:59AM  25   STUDY WOULD BE SIGNIFICANTLY LOWER THAN CURRENTLY AVAILABLE?

09:59AM  1    A.   I DO.

09:59AM  2    Q.   OKAY.  WHAT DID YOU TAKE AWAY FROM THE FACT THAT THIS WAS

09:59AM  3    HOPKINS'S EVALUATION OF THERANOS'S TECHNOLOGY?

09:59AM  4    A.   OUR TEAM WAS REALLY EXCITED ABOUT THIS.  THIS WAS THE BEST

09:59AM  5    LABORATORY EXPERTS, SOME OF THE BEST LABORATORY EXPERTS IN THE

09:59AM  6    WORLD, AND WE HAD SENT THEM BINDERS OF MATERIAL TO REVIEW

09:59AM  7    BEFORE OUR MEETING, WE HAD GONE THROUGH EVERY ASPECT OF OUR

09:59AM  8    INVENTION IN DETAIL, AND GETTING THIS KIND OF FEEDBACK WAS

10:00AM  9    AMAZING.

10:00AM  10   Q.   AT SOME POINT DID WALGREENS INDICATE TO THERANOS THAT IT

10:00AM  11   WANTED TO NEGOTIATE AN AGREEMENT TO PUT THERANOS SERVICE

10:00AM  12   CENTERS IN ITS STORES?

10:00AM  13   A.   THEY DID.

10:00AM  14   Q.   WERE YOU INVOLVED IN THE NEGOTIATIONS BETWEEN THERANOS AND

10:00AM  15   WALGREENS THAT LED TO AN AGREEMENT?

10:00AM  16   A.   YES.

10:00AM  17   Q.   WHO ELSE FROM THERANOS WAS INVOLVED?

10:00AM  18   A.   SUNNY BALWANI AND OUR -- SOME OF OUR LAWYERS WHO WORKED AT

10:00AM  19   AN OUTSIDE FIRM.

10:00AM  20   Q.   OKAY.  WERE, WERE -- DURING THE COURSE OF THOSE

10:00AM  21   NEGOTIATIONS, DID THE COMPANIES EXCHANGE VARIOUS DRAFTS OF

10:00AM  22   AGREEMENTS WITH CHANGES TO PROPOSED AGREEMENTS?

10:00AM  23   A.   YES.

10:00AM  24   Q.   DID YOU SEE SOME OF THOSE DRAFTS WHICH WERE EXCHANGED

10:00AM  25   BETWEEN THE COMPANIES?

7488

| | | |
|---|---|---|
| 10:00AM | 1 | A.   I DID. |
| 10:00AM | 2 | Q.   I WANT TO SHOW YOU ONE OF THOSE EXCHANGES.  I WANT TO SHOW |
| 10:01AM | 3 | YOU EXHIBIT 7117. |
| 10:01AM | 4 | A.   OKAY. |
| 10:01AM | 5 | Q.   IS 7117 AN EMAIL FROM YOU TO VARIOUS PEOPLE AT WALGREENS |
| 10:01AM | 6 | TRANSMITTING CERTAIN COMMENTS ON PROPOSED AGREEMENTS BETWEEN |
| 10:01AM | 7 | WALGREENS AND THERANOS? |
| 10:01AM | 8 | A.   YES. |
| 10:01AM | 9 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 10:01AM | 10 | 7117. |
| 10:01AM | 11 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 10:01AM | 12 | MR. DOWNEY:  IF YOU CAN TURN YOUR ATTENTION TO PAGE |
| 10:01AM | 13 | 18. |
| 10:01AM | 14 | THE COURT:  LET ME ADMIT IT FIRST. |
| 10:01AM | 15 | MR. DOWNEY:  WELL, SORRY, YOUR HONOR.  YOU ARE SO |
| 10:01AM | 16 | SOFT-SPOKEN. |
| 10:01AM | 17 | THE COURT:  WELL, I CAN CORRECT THAT. |
| 10:01AM | 18 | (LAUGHTER.) |
| 10:01AM | 19 | MR. DOWNEY:  I WON'T GO THERE. |
| 10:02AM | 20 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:02AM | 21 | (DEFENDANT'S EXHIBIT 7117 WAS RECEIVED IN EVIDENCE.) |
| 10:02AM | 22 | BY MR. DOWNEY: |
| 10:02AM | 23 | Q.   LET ME DIRECT YOUR ATTENTION TO PAGE 11, AND PARAGRAPH 18 |
| 10:02AM | 24 | RATHER. |
| 10:02AM | 25 | AND DO YOU SEE THAT PARAGRAPH LABELLED WARRANTY? |

7489

10:02AM  1    A.   I DO.

10:02AM  2    Q.   AND DO YOU SEE NEAR THE PARAGRAPH THERE ARE SOME CHANGES

10:02AM  3    TO LANGUAGE ABOUT WARRANTIES ON CARTRIDGES?

10:02AM  4    A.   YES.

10:02AM  5    Q.   AND DO YOU SEE ON THE LEFT THERE'S A COMMENT BOX WITH

10:02AM  6    THERANOS REACTING TO SOME OF THOSE PROPOSALS?

10:02AM  7    A.   YES.

10:02AM  8    Q.   AND DO YOU SEE THAT THE THERANOS COMMENT SAYS, "AS

10:02AM  9    DISCUSSED, THIS IS A NEW PRODUCT, WE'LL OBVIOUSLY PROVIDE THE

10:02AM 10    BEST TECHNOLOGY PERFORMANCE POSSIBLE BUT WE CANNOT COMMIT TO

10:02AM 11    THINGS LIKE THIS WHICH HAVE NOT YET EVEN BEEN CHARACTERIZED."

10:03AM 12        IS THAT A COMMENT THAT YOU SAW WHEN YOU WERE TRANSMITTING

10:03AM 13    THIS DOCUMENT TO WALGREENS?

10:03AM 14    A.   YES.  WE WROTE THIS.

10:03AM 15    Q.   AND WHAT DID YOU MEAN WHEN YOU WROTE THIS COMMENT AS A

10:03AM 16    CHANGE ON THE PROPOSED AGREEMENT WITH WALGREENS?

10:03AM 17    A.   JUST THAT WE HADN'T EVEN CHARACTERIZED SOME OF THE

10:03AM 18    PERFORMANCE REQUIREMENTS THAT THEY WERE ASKING US TO WARRANT,

10:03AM 19    OR PROVIDE A WARRANTY TO, AND WE COULDN'T DO THAT BECAUSE WE

10:03AM 20    HADN'T EVEN GOTTEN TO THE POINT OF CHARACTERIZING THOSE THINGS

10:03AM 21    YET.

10:03AM 22    Q.   AND WHEN YOU SAY "CHARACTERIZING THOSE THINGS," WHAT DO

10:03AM 23    YOU MEAN?

10:03AM 24    A.   MEANING WE WERE STILL IN THE DEVELOPMENT PROCESS AND WE

10:03AM 25    NEEDED TO COMPLETE DEVELOPMENT AND DO THE STUDIES TO GET THE

10:03AM  1    DATA TO BE ABLE TO MAKE REPRESENTATIONS LIKE THIS.

10:03AM  2    Q.   OKAY.  DID THERE COME A POINT WHEN WALGREENS AND THERANOS

10:03AM  3    ACTUALLY ENTERED INTO AN AGREEMENT?

10:03AM  4    A.   YES.

10:03AM  5    Q.   AND WHEN WAS THAT?

10:03AM  6    A.   IN 2010.

10:03AM  7    Q.   OKAY.  NOW, TO GET THE RELATIONSHIP GOING AFTER YOU SIGNED

10:04AM  8    THE AGREEMENT, WAS THERE WORK LEFT TO DO?

10:04AM  9    A.   YES.

10:04AM  10   Q.   WHEN DID THE THERANOS SERVICE CENTERS ACTUALLY LAUNCH IN

10:04AM  11   WALGREENS STORES?

10:04AM  12   A.   IN 2013.

10:04AM  13   Q.   AND WHAT WORK WAS -- WERE WALGREENS AND THERANOS DOING

10:04AM  14   BETWEEN 2010 AND 2013 TO GET READY TO LAUNCH THOSE SERVICE

10:04AM  15   CENTERS?

10:04AM  16   A.   THERE WAS A HUGE AMOUNT OF WORK.  WE HAD TO DO THE

10:04AM  17   DEVELOPMENT OF THE TESTS FOR WHATEVER MENU WAS ULTIMATELY GOING

10:04AM  18   TO BE SELECTED FOR LAUNCH; WE HAD TO WORK WITH INSURANCE

10:04AM  19   COMPANIES TO GET CONTRACTED SO THAT PEOPLE WHO CAME TO THE

10:04AM  20   STORES WOULD BE ABLE TO BILL INSURANCE FOR THE TESTS; WE HAD TO

10:04AM  21   DEVELOP --

10:04AM  22   Q.   LET ME STOP YOU ON YOUR COMMENT ABOUT INSURANCE COMPANIES.

10:04AM  23   A.   YES.  OKAY.

10:04AM  24   Q.   WHY DID YOU -- WHY DID THERANOS AND WALGREENS HAVE TO

10:05AM  25   WORRY ABOUT THOSE INSURANCE CONTRACTS FOR PEOPLE WHO CAME TO

```
10:05AM   1   SERVICE CENTERS IN WALGREENS STORES?
10:05AM   2   A.   BECAUSE IN MANY WAYS THE INSURANCE COMPANY WAS ESSENTIALLY
10:05AM   3   THE CUSTOMER.  THEY'RE THE ONES WHO PAY FOR THE TESTS, AND SO
10:05AM   4   WE NEEDED -- AND IT WAS REALLY IMPORTANT TO WALGREENS THAT WE
10:05AM   5   MADE SURE THAT EACH OF THE BIG INSURANCE COMPANIES WERE
10:05AM   6   CONTRACTED SO THAT PATIENTS WOULD BE ABLE TO PRESENT AN
10:05AM   7   INSURANCE CARD, AND THEY WANTED US TO BE ABLE TO AUTOMATICALLY
10:05AM   8   BILL THOSE INSURANCE COMPANIES, WHICH WAS A WHOLE SET ALSO OF
10:05AM   9   CUSTOM SOFTWARE ONCE YOU GOT THE CONTRACT.
10:05AM  10   Q.   OKAY.  AND WAS THERANOS ABLE TO REACH AGREEMENTS WITH
10:05AM  11   THOSE INSURANCE COMPANIES?
10:05AM  12   A.   YES.
10:05AM  13   Q.   DO YOU RECALL THAT MR. GROSSMAN TESTIFIED LAST WEEK THAT
10:05AM  14   THERANOS'S RELATIONSHIP WITH THOSE INSURANCE COMPANIES WAS A
10:05AM  15   FACTOR WITH RESPECT TO PFM'S DECISION TO INVEST IN THE COMPANY?
10:06AM  16   A.   I DO.
10:06AM  17   Q.   AND HE SPECIFICALLY MENTIONED UNITED HEALTH.
10:06AM  18        DO YOU REMEMBER THAT?
10:06AM  19   A.   I DO.
10:06AM  20   Q.   AND DID THERANOS SUCCESSFULLY CONCLUDE AN AGREEMENT WITH
10:06AM  21   UNITED HEALTH FOR REIMBURSEMENT FOR BLOOD TESTS AT THERANOS
10:06AM  22   SERVICE CENTERS?
10:06AM  23   A.   WE DID.
10:06AM  24   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 14018.
10:06AM  25   A.   OKAY.
```

10:06AM  1    Q.   IS THIS THE AGREEMENT BETWEEN THERANOS AND UNITED HEALTH?

10:06AM  2    A.   IT IS.

10:06AM  3            MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 14018.

10:06AM  4            MR. LEACH:  NO OBJECTION.

10:06AM  5            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:06AM  6        (DEFENDANT'S EXHIBIT 14018 WAS RECEIVED IN EVIDENCE.)

10:06AM  7    BY MR. DOWNEY:

10:06AM  8    Q.   NOW, WE WERE TALKING ABOUT THE WORK THAT WALGREENS AND

10:06AM  9    THERANOS DID BETWEEN 2010 AND 2013, AND YOU HAD MENTIONED

10:07AM  10   INSURANCE COMPANIES, AND THEN I INTERRUPTED YOU.

10:07AM  11   A.   SORRY.

10:07AM  12   Q.   AND WHAT OTHER WORK DID WALGREENS AND THERANOS HAVE TO DO

10:07AM  13   BETWEEN 2010 AND 2013?

10:07AM  14   A.   I WAS GOING TO TALK ABOUT THE SOFTWARE.  THERE WAS

10:07AM  15   SOFTWARE FOR BEING ABLE TO ELECTRONICALLY BILL; THERE WAS

10:07AM  16   SOFTWARE TO BE ABLE TO HAVE ALL OF THE LAB DATA GO INTO ALL OF

10:07AM  17   THESE DIFFERENT EMR, OR ELECTRONIC MEDICAL RECORDS; THERE WAS

10:07AM  18   SOFTWARE THAT WE WERE BUILDING FOR A GREAT CHECK-IN EXPERIENCE

10:07AM  19   AT RETAIL; THERE WAS SOFTWARE FOR HOW WE WERE HANDLING THE

10:07AM  20   ACCESSION OF SAMPLES IN THE LABORATORY.

10:07AM  21        AND SO THERE WAS A LOT ON THAT FRONT.

10:07AM  22        THERE WAS REGULATORY QUESTIONS ON WHAT THE RIGHT

10:07AM  23   REGULATORY APPROACH WAS FOR BEING ABLE TO LAUNCH OUR SERVICES.

10:07AM  24        AND THERE WAS ALL OF THE ORGANIZATIONS THAT WERE NEEDED TO

10:07AM  25   SUPPORT THE LAUNCH, LIKE CUSTOMER SERVICE CALL CENTERS AND SO

10:07AM 1    ON TO BE ABLE TO DO THIS.

10:07AM 2    Q.   LET'S TALK FOR A MOMENT ABOUT THE REGULATORY ISSUES YOU

10:08AM 3    MENTIONED.

10:08AM 4        SO AM I CORRECT THAT THE CONCEPT WAS THAT THERANOS'S

10:08AM 5    DEVICES WOULD ACTUALLY BE IN WALGREENS STORES?

10:08AM 6    A.   YES.

10:08AM 7    Q.   AND BLOOD WOULD BE DRAWN FROM PEOPLE IN WALGREENS STORES;

10:08AM 8    IS THAT RIGHT?

10:08AM 9    A.   EXACTLY.  THE IDEA WAS THAT YOU COULD COME IN, YOU COULD

10:08AM 10   DO A FINGERSTICK, YOU WOULD TOUCH A CARTRIDGE, PUT IT INTO THE

10:08AM 11   DEVICE, AND DATA WOULD BE SENT TO THE CLOUD.

10:08AM 12   Q.   AND WHAT LEGAL OR REGULATORY ISSUES DID THAT INVOLVE?

10:08AM 13   A.   IT MEANT WE NEEDED TO UNDERSTAND THE RIGHT APPROACH AS IT

10:08AM 14   PERTAINS TO FDA AND CMS, THE TWO REGULATORY AGENCIES.

10:08AM 15   Q.   AND DID WALGREENS AND THERANOS GO ABOUT TRYING TO FIGURE

10:08AM 16   THAT OUT?

10:08AM 17   A.   YES.

10:08AM 18   Q.   AND AT THE OUTSET OF THE PARTNERSHIP, WAS WALGREENS

10:08AM 19   AGREEABLE TO HAVING THE DEVICES IN, IN ITS STORES?

10:08AM 20   A.   THEY WERE.

10:08AM 21   Q.   DID THEIR VIEW CHANGE AS THE PERIOD BETWEEN 2010 AND 2013

10:09AM 22   PROGRESSED?

10:09AM 23   A.   YES.

10:09AM 24   Q.   TELL US HOW THEIR VIEW OF HOW THE PARTNERSHIP WOULD RUN

10:09AM 25   CHANGED DURING THAT PERIOD?

10:09AM 1    A.   WALGREENS HAD A LOT OF REGULATORY LAWYERS AND EXPERTS, AND

10:09AM 2    THEY ULTIMATELY DECIDED THAT WE SHOULD NOT PUT THE DEVICES IN

10:09AM 3    THE STORE BECAUSE OF FDA AND CMS REASONS, BUT INSTEAD, THAT WE

10:09AM 4    SHOULD BE A CENTRAL LAB WHERE SAMPLES ARE SHIPPED TO THE LAB.

10:09AM 5    Q.   AND DID THERANOS AGREE THAT THAT WAS NECESSARY?

10:09AM 6    A.   OUR LAWYERS HAD DIFFERENT OPINIONS, BUT WE AGREED TO DO

10:09AM 7    WHAT WALGREENS WANTED.

10:09AM 8    Q.   WHEN BETWEEN 2010 AND 2013 DID THAT ISSUE ARISE?

10:09AM 9    A.   I THINK IN -- CERTAINLY BY 2012.

10:09AM 10   Q.   OKAY.  DID THAT REQUIRE AN AMENDMENT TO THE AGREEMENT

10:10AM 11   BETWEEN WALGREENS AND THERANOS?

10:10AM 12   A.   IT DID.

10:10AM 13   Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 617, WHICH IS

10:10AM 14   ALREADY IN EVIDENCE.

10:10AM 15   A.   OH, OKAY.

10:10AM 16   Q.   AND DO YOU SEE THAT THIS IS AN AMENDMENT TO THAT

10:10AM 17   AGREEMENT --

10:10AM 18   A.   YES.

10:10AM 19   Q.   -- TO THE ORIGINAL AGREEMENT?

10:10AM 20   A.   I DO.

10:10AM 21   Q.   AND DO YOU SEE THAT IT WAS DATED JUNE OF 2012?

10:10AM 22   A.   YES.

10:10AM 23   Q.   AND SO FROM JUNE OF 2012 UNTIL SEPTEMBER OF 2013, DID

10:10AM 24   THERANOS AND WALGREENS WORK ON THE MODEL WHERE THERANOS WOULD

10:10AM 25   HAVE A CENTRAL LAB?

7495

10:10AM  1    A.    YES.

10:10AM  2    Q.    SO ABOUT A LITTLE OVER A YEAR?

10:10AM  3    A.    YES.

10:10AM  4    Q.    OKAY.  NOW, I WANT TO TALK ABOUT, INTERNALLY AT THERANOS,

10:10AM  5    THE EFFORTS THAT WERE MADE TO BE READY WITH REGARD TO THE

10:10AM  6    TECHNOLOGY FOR THAT LAUNCH IN WALGREENS STORES.

10:11AM  7          FIRST OF ALL, LET ME ASK YOU, WERE YOU THE PERSON AT

10:11AM  8    THERANOS WHO WAS PUT IN CHARGE OF DEVELOPING THE PROJECT PLAN

10:11AM  9    FOR GETTING READY TO LAUNCH IN WALGREENS STORES?

10:11AM  10   A.    NO.

10:11AM  11   Q.    WHO WAS PUT IN CHARGE OF THAT PLAN?

10:11AM  12   A.    DR. YOUNG.

10:11AM  13   Q.    DR. YOUNG.  DR. DANIEL YOUNG?

10:11AM  14   A.    YES.

10:11AM  15   Q.    AND WHY WAS DR. YOUNG SELECTED AS THE PERSON WHO WOULD BE

10:11AM  16   APPROPRIATE TO DO THAT?

10:11AM  17   A.    HE IS AN INCREDIBLY SMART PERSON WHO HAD DONE GREAT WORK

10:11AM  18   IN OUR INFORMATICS TEAM.  HE HAD SKILL SETS IN MODELING AND

10:11AM  19   DATA, AND WE WANTED TO APPLY THEM TO THE WAY THAT WE WERE

10:11AM  20   MANAGING THE PROJECT, AND TO R&D AND ENGINEERING MORE BROADLY.

10:11AM  21   Q.    LET ME ASK YOU TO BREAK DOWN THE PIECES OF THE TECHNOLOGY

10:12AM  22   AS WE HAVE BEEN TALKING ABOUT THEM, ASSAYS, HARDWARE, SOFTWARE.

10:12AM  23   A.    YEAH.

10:12AM  24   Q.    YOU TALKED A LITTLE WHILE AGO ABOUT THE TEST MENU AND

10:12AM  25   DEVELOPMENT OF THE TEST MENU.

10:12AM  1          DID IT REMAIN THERANOS'S PLAN TO TRY TO OFFER SEVERAL

10:12AM  2     HUNDRED TESTS AT A WALGREENS STORE AT THE TIME OF THE INITIAL

10:12AM  3     LAUNCH?

10:12AM  4     A.   WE TRIED TO FIGURE OUT WHAT TESTS WOULD BE ORDERED BY

10:12AM  5     PEOPLE COMING INTO THE STORE, AND OUR GOAL WAS TO BE ABLE TO

10:12AM  6     PROVIDE ANYWHERE FROM 85 TO 95 PERCENT OF THE MOST COMMONLY

10:12AM  7     ORDERED TESTS.

10:12AM  8     Q.   AND HOW DID THE COMPANY GO ABOUT TRYING TO ANALYZE THAT

10:12AM  9     QUESTION?

10:12AM 10     A.   WE ASKED FOR DATA FROM OUR INSURANCE COMPANY PARTNERS, SO

10:12AM 11     BLUE CROSS BLUE SHIELD AND OTHERS, AS WELL AS FROM THE

10:12AM 12     RETAILERS THEMSELVES, ON WHAT TEST ORDERING PATTERNS THEY WERE

10:13AM 13     SEEING, MEANING WHEN SOMEONE GOT A LAB TEST DONE, WHAT TEST

10:13AM 14     WERE THEY ORDERING?

10:13AM 15          AND WE BEGAN THE WORK TO UNDERSTAND WHAT TESTS WERE MOST

10:13AM 16     COMMONLY ORDERED.

10:13AM 17     Q.   OKAY.  AND IS THAT AN ANALYSIS THAT DR. YOUNG PERFORMED?

10:13AM 18     A.   YES, WITH HIS, WITH HIS DATA ANALYSIS TEAM.

10:13AM 19     Q.   OKAY.  AND IN TERMS OF DEVELOPING THE ASSAYS, WHO AT THE

10:13AM 20     COMPANY WORKED AS LEADERS WITHIN THE ASSAY DEVELOPMENT GROUP?

10:13AM 21     A.   WE AT THIS POINT HAD FORMED FOUR GROUPS.  THERE WAS THE

10:13AM 22     IMMUNOASSAY GROUP, WHICH WAS LED BY SUREKHA GANGADKHEDKAR;

10:13AM 23     THERE WAS THE GENERAL CHEMISTRY GROUP, WHICH WAS LED BY

10:13AM 24     DR. PAUL PATEL; THERE WAS THE CYTOMETRY GROUP, WHICH WAS LED BY

10:13AM 25     DR. CHINMAY PANGARKAR; AND THERE WAS THE NUCLEIC ACID, OR

7497

| | | |
|---|---|---|
| 10:14AM | 1 | PCR-LIKE GROUP, WE WERE BUILDING OUR OWN METHOD, WHICH WAS LED |
| 10:14AM | 2 | BY DR. ANDREA CUPPOLETTI. |
| 10:14AM | 3 | Q.   AND DID DR. GIBBONS CONTINUE TO PLAY A ROLE WITH REGARD TO |
| 10:14AM | 4 | ASSAY DEVELOPMENT DURING THAT PERIOD? |
| 10:14AM | 5 | A.   HE DID. |
| 10:14AM | 6 | Q.   AND WHAT ROLE DID HE PLAY? |
| 10:14AM | 7 | A.   HE SERVED AS THE CHIEF SCIENTIST TYPE OF PERSON WHO WAS |
| 10:14AM | 8 | ADVISING THOSE FOUR TEAMS. |
| 10:14AM | 9 | Q.   AND DID YOU BELIEVE THAT THERANOS WOULD BE ABLE TO DEVELOP |
| 10:14AM | 10 | MOST BLOOD TESTS AS A RESULT OF THOSE EFFORTS? |
| 10:14AM | 11 | A.   I DID. |
| 10:14AM | 12 | Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7230. |
| 10:14AM | 13 | A.   OKAY. |
| 10:14AM | 14 | Q.   IS THIS AN EMAIL FROM DR. YOUNG TO YOU IN 2012 UPDATING |
| 10:14AM | 15 | YOU ON THE DEVELOPMENT OF TESTS AND THEIR ASSOCIATED BILLING |
| 10:15AM | 16 | CODES? |
| 10:15AM | 17 | A.   IT IS, YES. |
| 10:15AM | 18 | MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT |
| 10:15AM | 19 | EXHIBIT 7230. |
| 10:15AM | 20 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 10:15AM | 21 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 10:15AM | 22 | (DEFENDANT'S EXHIBIT 7230 WAS RECEIVED IN EVIDENCE.) |
| 10:15AM | 23 | BY MR. DOWNEY: |
| 10:15AM | 24 | Q.   DO YOU SEE AT THE TOP THIS IS DR. YOUNG WRITING TO YOU IN |
| 10:15AM | 25 | FEBRUARY OF 2012. |

10:15AM  1        AND DO YOU SEE THAT IN THE SECOND PARAGRAPH HE SAYS, "AS

10:15AM  2   YOU WILL SEE FROM THE CPT'S FROM," AND THEN HE GIVES A LONG

10:15AM  3   CODE FROM A LIST, NUMBERS EQUALLING 1138, "THERE ARE NUMBER

10:15AM  4   EQUAL 116 THAT ARE CURRENTLY CATEGORIZED AS 'NP,' NAMELY 'NOT

10:15AM  5   PLANNED WITH CURRENT TECHNOLOGY ON THERANOS DEVICES AT THIS

10:16AM  6   TIME.'"

10:16AM  7        CAN YOU EXPLAIN THIS IN A MORE UNDERSTANDABLE MEANING FOR

10:16AM  8   US?

10:16AM  9   A.   YES.  DR. YOUNG HAD A TEAM GO THROUGH ALL OF THE CPT

10:16AM 10   CODES, WHICH ARE THE BILLING CODES FOR TESTS, TO EVALUATE WHICH

10:16AM 11   TESTS WE COULD DO, AND HE'S SAYING HERE THAT THERE ARE JUST

10:16AM 12   OVER A THOUSAND CPT CODES THAT WE COULD DO.

10:16AM 13   Q.   OKAY.  SO HE'S SAYING THAT THERE ARE ABOUT 1138 CPT CODES,

10:16AM 14   BUT THERANOS WOULD NOT BE ABLE TO DO 116?

10:16AM 15   A.   EXACTLY.

10:16AM 16   Q.   NOW, WE LOOKED AT AN EMAIL EARLIER WHERE DR. GIBBONS HAD

10:16AM 17   COMMENTED ON THE SPEED WITH WHICH THERANOS WAS CAPABLE OF

10:16AM 18   DEVELOPING ASSAYS.

10:16AM 19        DO YOU RECALL THAT FROM YOUR TESTIMONY EARLIER THIS

10:16AM 20   MORNING?

10:16AM 21   A.   I DO.

10:16AM 22   Q.   AND DID YOU ATTRIBUTE THAT IN PART TO THE METHOD OF --

10:17AM 23   THAT THERANOS HAD DEVELOPED OF DEVELOPING ASSAYS?

10:17AM 24   A.   YES.

10:17AM 25   Q.   DID YOU SOMETIMES REFER TO THAT METHOD AS THERANIZING

10:17AM  1    ASSAYS?

10:17AM  2    A.   YES.  THERANIZING ASSAYS WAS WHAT WE CALLED OUR FORMULA

10:17AM  3    FOR TURNING A TEST INTO A SMALL SAMPLE TEST.

10:17AM  4    Q.   OKAY.  AND IS THAT SOMETHING ON WHICH THERANOS ULTIMATELY

10:17AM  5    OBTAINED A PATENT?

10:17AM  6    A.   IT IS.

10:17AM  7    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 9649.

10:17AM  8    A.   OKAY.

10:17AM  9    Q.   CAN YOU JUST TAKE A MOMENT TO REVIEW THAT?

10:17AM  10   A.   OKAY.

10:17AM  11   Q.   IS THIS PATENT THE PATENT THAT THERANOS OBTAINED IN

10:18AM  12   CONNECTION WITH THERANIZING ITS ASSAYS?

10:18AM  13   A.   YES, I THINK IT'S ONE OF THEM.

10:18AM  14        MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT

10:18AM  15   EXHIBIT 9649.

10:18AM  16        MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:18AM  17        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:18AM  18   (DEFENDANT'S EXHIBIT 9649 WAS RECEIVED IN EVIDENCE.)

10:18AM  19   BY MR. DOWNEY:

10:18AM  20   Q.   LET ME ASK YOU TO LOOK AT THE FIRST PAGE.

10:18AM  21        AND DO YOU SEE THAT THIS IS A PATENT CALLED "METHODS FOR

10:18AM  22   IMPROVING ASSAYS OF BIOLOGICAL SAMPLES"?

10:18AM  23   A.   I DO.

10:18AM  24   Q.   AND THERE'S A FILE NUMBER 22, AND IT INDICATES THAT IT WAS

10:18AM  25   FILED ON JULY 25TH, 2014?

7500

10:19AM   1      A.   YES.

10:19AM   2      Q.   I'D LIKE TO JUST GO FORWARD IN THE PATENT TO PAGE 15 OF

10:19AM   3      THE PATENT.

10:19AM   4           I'LL DIRECT YOUR ATTENTION TO THIS DIAGRAM, FIGURE 13 ON

10:19AM   5      PAGE 15.

10:19AM   6           WHAT DOES FIGURE 13 CONVEY?

10:19AM   7      A.   FIGURE 13 IS SHOWING A TRADITIONAL CHEMISTRY FOR MEASURING

10:19AM   8      CELL CYTOMETRY.

10:19AM   9           SO THIS WOULD BE SOMETHING LIKE A CBC TEST THAT YOU WOULD

10:19AM   10     DO.

10:19AM   11          AND ON THE LEFT-HAND SIDE IT'S SHOWING THE STEPS AND THE

10:19AM   12     TIME OF A TRADITIONAL ASSAY.

10:19AM   13          AND ON THE RIGHT-HAND SIDE IT'S SHOWING THE STEPS AND THE

10:19AM   14     TIME OF THE THERANOS SMALL SAMPLE ASSAY.

10:19AM   15     Q.   SO THE TIME IT TOOK FOR THE THERANOS ASSAY TO RUN WAS

10:19AM   16     ABOUT 11 AND A HALF MINUTES?

10:19AM   17     A.   YES.

10:19AM   18     Q.   AND THE TIME FOR A STANDARD ASSAY WAS ABOUT 31 MINUTES?

10:19AM   19     A.   YES.

10:19AM   20     Q.   AND THERE APPEAR TO BE THESE FEWER STEPS.  WHAT STEPS HAVE

10:20AM   21     BEEN -- WHAT KINDS OF STEPS HAVE BEEN REMOVED?

10:20AM   22     A.   THERE WERE SEVERAL KEY CHANGES TO THE SMALL SAMPLE FORMULA

10:20AM   23     WHICH HAD TO DO WITH CHANGING THE CONCENTRATION OF THE REAGENTS

10:20AM   24     OR THE CHEMICALS THAT WERE USED IN THE TEST, CHANGING

10:20AM   25     TEMPERATURE, AND CHANGING THE WAY YOU WOULD MIX OR INCUBATE A

10:20AM   1    SAMPLE.  IT JUST MEANS THE CHEMICAL SITTING TOGETHER WITH THE

10:20AM   2    SAMPLE FOR CERTAIN AMOUNTS OF TIME, AND THOSE TYPES OF THINGS

10:20AM   3    WERE MODIFIED HERE.

10:20AM   4    Q.   NOW, WERE THESE KINDS -- THIS KIND OF METHODOLOGY, WAS IT

10:20AM   5    USED AS -- IN CONNECTION WITH THE DEVELOPMENT OF ASSAYS WITHIN

10:20AM   6    THE COMPANY BETWEEN 2010 AND 2013?

10:20AM   7    A.   IT WAS.

10:20AM   8    Q.   AND WOULD THE LEADERS OF THE VARIOUS ASSAY TEAMS REPORT TO

10:20AM   9    YOU ON HOW MUCH PROGRESS THAT THEY HAD MADE IN DEVELOPING

10:20AM  10    ASSAYS DURING THAT PERIOD?

10:20AM  11    A.   THEY DID.

10:20AM  12    Q.   LET ME ASK FIRST ABOUT THE GENERAL CHEMISTRY TEAM.

10:21AM  13         DO YOU RECALL THAT YOU TESTIFIED A MOMENT AGO THAT WAS ONE

10:21AM  14    OF THE ASSAY TEAMS?

10:21AM  15    A.   YES.

10:21AM  16    Q.   AND THAT WAS LED BY DR. PAUL PATEL?

10:21AM  17    A.   IT WAS.

10:21AM  18    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7222.

10:21AM  19    A.   OKAY.

10:21AM  20    Q.   IS THIS AN EMAIL BETWEEN DR. YOUNG AND YOURSELF AND OTHERS

10:21AM  21    WHERE HE IS RELATED TO THE DEVELOPMENT OF GENERAL CHEMISTRY

10:21AM  22    ASSAYS?

10:21AM  23    A.   YES.

10:21AM  24         MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT

10:21AM  25    EXHIBIT 7222.

7502

| 10:21AM | 1 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |

10:21AM  1      MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:21AM  2      THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:21AM  3      (DEFENDANT'S EXHIBIT 7222 WAS RECEIVED IN EVIDENCE.)

10:21AM  4  BY MR. DOWNEY:

10:21AM  5  Q.   LET'S GO DOWN TO THE EMAIL AT 1:33 P.M.

10:21AM  6      AND DO YOU SEE THAT YOU ASK DR. PATEL ABOUT THE BREAKDOWN

10:22AM  7  OF ASSAY RUN TIME FOR ALL OF THE COLORIMETRY ASSAYS THAT

10:22AM  8  THERANOS HAD.

10:22AM  9      DO YOU SEE THAT?

10:22AM 10  A.   I DO.

10:22AM 11  Q.   AND THEN THAT EMAIL IS ACTUALLY ANSWERED ABOVE BY

10:22AM 12  DR. YOUNG, AND DR. YOUNG INDICATES IN RESPONSE -- THAT IN

10:22AM 13  RESPONSE TO YOUR EMAIL TO DR. PATEL, THAT HE'S FORWARDING A

10:22AM 14  RECENT UPDATE.

10:22AM 15      DO YOU SEE THAT?

10:22AM 16  A.   YES.

10:22AM 17  Q.   AND LET'S LOOK AT THE UPDATE THAT HE ATTACHES, WHICH IS IN

10:22AM 18  NATIVE FORM.

10:22AM 19      AND DO YOU SEE THAT ON THE LEFT-HAND SIDE THERE'S A LIST

10:22AM 20  OF BLOOD TESTS?

10:22AM 21  A.   YES.

10:22AM 22  Q.   AND IF YOU GO DOWN TO THE BOTTOM OF THAT LIST, IT LOOKS

10:23AM 23  LIKE THERE ARE ABOUT 48 BLOOD TESTS LISTED IN THE AREA OF

10:23AM 24  GENERAL CHEMISTRY AT THAT TIME.

10:23AM 25  A.   YES.

10:23AM 1    Q.   AND THEN THERE'S A -- IN THE MIDDLE COLUMN THERE'S A LIST

10:23AM 2    OF HOW LONG IT TAKES TO RUN THOSE ASSAYS.

10:23AM 3         DO YOU SEE THAT?

10:23AM 4    A.   I DO.

10:23AM 5    Q.   AND THEN ON THE NEXT COLUMN THERE'S A COLUMN LABELLED

10:23AM 6    ASSAY DEVELOPMENT COMPLETION DATE.

10:23AM 7         WHAT WAS THAT?

10:23AM 8    A.   IT LOOKS LIKE THIS IS JUST MARKING WHICH OF THESE TESTS

10:23AM 9    HAVE BEEN DEVELOPED.

10:23AM 10   Q.   AND IF YOU GO DOWN, WAS IT -- DOES THIS REPORT REFLECT

10:23AM 11   THAT ABOUT -- IT LOOKS LIKE ABOUT 42 OF THE 48 HAD BEEN

10:23AM 12   COMPLETED?

10:23AM 13   A.   YES, I THINK SO.

10:23AM 14   Q.   AND THEN THERE ARE DATES ASSOCIATED WITH THE ANTICIPATED

10:24AM 15   COMPLETION OF THE OTHERS?

10:24AM 16   A.   YES.

10:24AM 17   Q.   OKAY.  AND THIS IS A REPORT THAT YOU RECEIVED IN 2012?

10:24AM 18   A.   IT IS.

10:24AM 19   Q.   OKAY.  NOW, ANOTHER ASSAY GROUP WAS THE GROUP LED BY

10:24AM 20   DR. PANGARKAR THAT YOU MENTIONED; RIGHT?

10:24AM 21   A.   YES.

10:24AM 22   Q.   AND THAT WAS THE CYTOMETRY TEAM WITHIN THE COMPANY?

10:24AM 23   A.   IT WAS.

10:24AM 24   Q.   AND DID YOU ALSO PERIODICALLY RECEIVE REPORTS FROM

10:24AM 25   DR. PANGARKAR ABOUT THE PROGRESS OF DEVELOPMENT?

10:24AM 1    A.   I DID.

10:24AM 2    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7239.

10:24AM 3    A.   OKAY.

10:24AM 4    Q.   IS THIS AN EMAIL FROM DR. PANGARKAR TO YOU REPORTING ON

10:24AM 5    THE PROGRESS OF ASSAY DEVELOPMENT IN THE CYTOMETRY TEAM?

10:24AM 6    A.   IT IS.

10:24AM 7    Q.   OKAY.

10:25AM 8         YOUR HONOR, I MOVE TO ADMIT 7239.

10:25AM 9              MR. LEACH:  NO OBJECTION.

10:25AM 10             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:25AM 11        (DEFENDANT'S EXHIBIT 7239 WAS RECEIVED IN EVIDENCE.)

10:25AM 12   BY MR. DOWNEY:

10:25AM 13   Q.   ALL RIGHT.  IF YOU LOOK AT THIS EMAIL, DO YOU SEE THAT

10:25AM 14   IT'S FROM JUNE OF 2012?

10:25AM 15   A.   I DO.

10:25AM 16   Q.   AND DO YOU SEE THAT BELOW DR. PANGARKAR INDICATES THAT

10:25AM 17   THERE HAVE BEEN ASSAY DEVELOPMENT AND CLINICAL STUDY SUMMARY

10:25AM 18   REPORTS FOR ALL CYTOMETRY ASSAYS?

10:25AM 19   A.   YES.

10:25AM 20   Q.   AND THEN HE GOES ON TO MAKE SOME COMMENTS REGARDING THE

10:25AM 21   DEVELOPMENT OF THOSE ASSAYS.

10:25AM 22        DO YOU SEE THAT?

10:25AM 23   A.   YES.

10:25AM 24   Q.   AND IN THE -- UNDER THE FIRST BULLET POINT, THERE ARE A

10:25AM 25   COUPLE OF BULLET POINTS, AND HE SAYS THAT "THERE IS SOUND

| | | |
|---|---|---|
| 10:25AM | 1 | SCIENCE AND METHOD DEVELOPMENT BEHIND OUR ASSAYS"? |
| 10:26AM | 2 | A.   YES. |
| 10:26AM | 3 | Q.   AND THEN BELOW THAT HE SAYS "OUR ASSAYS GIVE RESULTS THAT |
| 10:26AM | 4 | AGREE WITH PREDICATE METHODS WITHIN CLIA PRESCRIBED LIMITS." |
| 10:26AM | 5 | DO YOU SEE THAT? |
| 10:26AM | 6 | A.   I DO. |
| 10:26AM | 7 | Q.   AND WHAT DID YOU TAKE AWAY FROM THIS EMAIL WHEN YOU |
| 10:26AM | 8 | RECEIVED IT AS TO THE PROGRESS OF THE DEVELOPMENT OF CYTOMETRY |
| 10:26AM | 9 | ASSAYS AT THERANOS? |
| 10:26AM | 10 | A.   THAT DR. PANGARKAR AND HIS TEAM HAD DEVELOPED ALL OF THE |
| 10:26AM | 11 | TESTS FOR CYTOMETRY THAT WERE RELEVANT FOR RETAIL; THAT THE |
| 10:26AM | 12 | ASSAYS WERE SOUND, THEY WERE GOOD; AND THAT THEY WERE |
| 10:26AM | 13 | PERFORMING IN A WAY THAT MET THE CLIA CRITERIA FOR THE TESTS. |
| 10:26AM | 14 | Q.   LET'S TALK ABOUT THE THIRD OF THE FOUR METHODS, THE |
| 10:26AM | 15 | IMMUNOASSAY METHOD. |
| 10:26AM | 16 | AGAIN, THAT TEAM WAS LED BY MS. GANGAKHEDKAR? |
| 10:26AM | 17 | A.   YES. |
| 10:26AM | 18 | Q.   AND DO YOU RECALL HER TESTIFYING BACK AT THE EARLIER PART |
| 10:26AM | 19 | OF EARLY SEPTEMBER? |
| 10:26AM | 20 | A.   I DO. |
| 10:26AM | 21 | Q.   AND WOULD SHE SOMETIMES PROVIDE UPDATES TO YOU ON THE |
| 10:27AM | 22 | DEVELOPMENTS OF IMMUNOASSAYS? |
| 10:27AM | 23 | A.   SHE DID. |
| 10:27AM | 24 | Q.   LET ME SHOW YOU EXHIBIT 7297, WHICH IS IN EVIDENCE. |
| 10:27AM | 25 | A.   OKAY. |

7506

10:27AM  1      Q.   IF YOU'D LOOK AT THE FIRST PAGE HERE, DO YOU SEE THAT

10:27AM  2      MS. GANGAKHEDKAR WROTE TO YOU, "PLEASE FIND THE UPDATES ON THE

10:27AM  3      ELISA PROJECTS"?

10:27AM  4      A.   I DO.

10:27AM  5      Q.   AND IS ELISA ANOTHER WAY OF SAYING IMMUNOASSAY?

10:27AM  6      A.   YES.

10:27AM  7      Q.   AND THAT IS WHAT THE COMPANY HAD BEEN WORKING ON SINCE

10:27AM  8      EARLY IN ITS LIFE; RIGHT?

10:27AM  9      A.   YES.

10:27AM  10     Q.   AND THERE IS ALSO A NATIVE ATTACHMENT TO THIS DOCUMENT.

10:27AM  11          LET'S TAKE A LOOK AT THAT.

10:27AM  12          AND DO YOU SEE HERE THAT THERE IS A LIST OF ASSAYS?  LET'S

10:27AM  13     GO DOWN TO THE BOTTOM THERE AND SEE HOW MANY THERE ARE.

10:27AM  14          THERE APPEAR TO BE A LIST OF ABOUT 93 ASSAYS OR BLOOD

10:28AM  15     TESTS?

10:28AM  16     A.   YES.

10:28AM  17     Q.   AND DO YOU SEE ON THE BOTTOM TABS THAT THOSE ARE WITHIN

10:28AM  18     THE COMPLETED LIST OF ASSAYS IN THIS DOCUMENT?

10:28AM  19     A.   I DO.

10:28AM  20     Q.   OKAY.  AND IF YOU LOOK BACK AT THE EMAIL THAT IS THE FIRST

10:28AM  21     PAGE OF 7297, WAS THIS CONVEYED TO YOU IN EARLY -- OR IN LATE

10:28AM  22     JUNE 2013?

10:28AM  23     A.   YES.

10:28AM  24     Q.   OKAY.  LET'S TALK ABOUT THE FOURTH ASSAY GROUP, FOURTH

10:28AM  25     FINAL ASSAY GROUP, NUCLEIC ACID AMPLIFICATION.

7507

10:28AM  1        AND THAT GROUP WAS RUN BY DR. PRANAV PATEL?

10:28AM  2   A.   AT THAT POINT, YES.

10:28AM  3   Q.   AND LET ME ASK YOU TO LOOK AT 7315.

10:28AM  4        AND WHEN YOU DO SO, MY QUESTION TO YOU WILL SIMPLY BE

10:28AM  5   WHETHER THAT'S A REPORT FROM DR. PRANAV PATEL ABOUT ASSAY

10:28AM  6   DEVELOPMENT IN THAT FOURTH ASSAY GROUP?

10:29AM  7   A.   IT IS.

10:29AM  8            MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7315.

10:29AM  9            MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:29AM  10           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:29AM  11          (DEFENDANT'S EXHIBIT 7315 WAS RECEIVED IN EVIDENCE.)

10:29AM  12  BY MR. DOWNEY:

10:29AM  13  Q.   DO YOU SEE THAT DR. PATEL WRITES IN THE FIRST PARAGRAPH OF

10:29AM  14  THIS EMAIL, "ATTACHED IS THE DOCUMENT STATING THE CURRENT

10:29AM  15  STATUS OF TNAA ASSAYS AND EXPECTED DATE OF COMPLETION"?

10:29AM  16  A.   I DO.

10:29AM  17  Q.   AND THIS IS AN EMAIL SENT TO YOU IN AUGUST OF 2013?

10:29AM  18  A.   YES.

10:29AM  19  Q.   OKAY.  LET'S GO TO THE ATTACHMENT, ALSO NATIVE ATTACHMENT.

10:29AM  20       AND DO YOU SEE THAT WITHIN THIS LIST THERE IS THE SAME

10:30AM  21  TYPE OF LIST OF ASSAYS WITH COMPLETION DATES UNDER COLUMN E?

10:30AM  22  A.   I DO.

10:30AM  23  Q.   AND DO YOU SEE THAT SEVERAL OF THE, IT LOOKS LIKE ABOUT 23

10:30AM  24  OF THEM HAVE BEEN COMPLETED?

10:30AM  25  A.   YES.

7508

10:30AM  1   Q.   AND DO YOU SEE THAT THE EXPECTED COMPLETION DATES FOR THE

10:30AM  2   OTHER ASSAYS IS LATER IN AUGUST 2013?

10:30AM  3   A.   YES.

10:30AM  4   Q.   AND DID YOU UNDERSTAND AS A RESULT OF THAT THAT ALL OF THE

10:30AM  5   NUCLEIC ACID AMPLIFICATION ASSAYS WOULD BE DEVELOPED BY THE END

10:30AM  6   OF AUGUST OF 2013?

10:30AM  7   A.   I DID.

10:30AM  8   Q.   NOW, WHEN ALL OF THE BLOOD TESTS WITHIN THESE VARIOUS

10:30AM  9   ASSAY GROUPS WERE BEING DEVELOPED, HOW IS THE WORK BEING

10:30AM  10  DOCUMENTED?

10:30AM  11  A.   THE WORK WAS DOCUMENTED IN DEVELOPMENT AND VALIDATION

10:30AM  12  REPORTS.

10:31AM  13  Q.   AND WHO WOULD PREPARE THOSE REPORTS?

10:31AM  14  A.   THE SCIENTISTS IN EACH OF THE ASSAY TEAMS.

10:31AM  15  Q.   OKAY.  LET ME ASK YOU TO LOOK AT 15000.

10:31AM  16  A.   OKAY.

10:31AM  17  Q.   DO YOU HAVE THAT?

10:31AM  18  A.   I DO.

10:31AM  19  Q.   IS 15000 AN EMAIL BETWEEN YOU AND DR. YOUNG ABOUT THESE

10:31AM  20  ASSAY DEVELOPMENT REPORTS IN 2012?

10:31AM  21  A.   IT IS.

10:31AM  22          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:31AM  23  15000.

10:31AM  24          MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:31AM  25          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:31AM  1           (DEFENDANT'S EXHIBIT 15000 WAS RECEIVED IN EVIDENCE.)

10:31AM  2      BY MR. DOWNEY:

10:31AM  3      Q.   DO YOU SEE THAT YOU WRITE TO DR. YOUNG IN OCTOBER OF 2012

10:32AM  4      AND YOU SAY TO HIM, "I'VE BEEN FOLLOWING UP WITH THE ASSAY

10:32AM  5      SYSTEMS TEAM LEADS."

10:32AM  6           FIRST OF ALL, IS THAT A REFERENCE TO THE FOUR INDIVIDUALS

10:32AM  7      THAT WE'VE DISCUSSED RECENTLY?

10:32AM  8      A.   IT IS.

10:32AM  9      Q.   AND YOU SAY, "ON THE REQUIREMENT THAT THEY MAKE THE KIND

10:32AM  10     OF CHANGES REQUIRED FOR THE ISSUES YOU CAUGHT THIS WEEKEND

10:32AM  11     BEFORE THE REPORTS EVER GET TO YOU OR ME."

10:32AM  12          DO YOU RECALL WHAT LED YOU TO SEND THIS EMAIL?

10:32AM  13     A.   I DO.

10:32AM  14     Q.   AND WHAT WAS THAT?

10:32AM  15     A.   WE WERE TRYING TO ENSURE THAT THE DEVELOPMENT AND

10:32AM  16     VALIDATION WAS DONE ACCORDING TO STANDARDS THAT WERE SET BY THE

10:32AM  17     FDA, AND WE WERE TRYING TO MAKE SURE THAT THE SCIENTISTS HAD

10:32AM  18     THE RIGHT TEMPLATES TO DO THAT.

10:32AM  19     Q.   OKAY.  AND THEN AT THE -- IN THE LAST SENTENCE YOU SAY,

10:32AM  20     "AT THIS STAGE, THESE TEMPLATES WILL BE FDA GUIDANCE DOCUMENTS

10:32AM  21     EFFECTIVELY."

10:32AM  22     A.   YES.

10:32AM  23     Q.   AND WHY WAS IT IMPORTANT TO YOU THAT THESE DOCUMENTS BE

10:32AM  24     DEVELOPED ACCORDING TO FDA STANDARDS?

10:32AM  25     A.   BECAUSE WE UNDERSTOOD THAT FDA STANDARDS WERE THE HIGHEST

7510

```
10:33AM   1    STANDARDS, AND WE WANTED TO VALIDATE OUR TESTS TO THE HIGHEST

10:33AM   2    STANDARDS.

10:33AM   3    Q.   DO YOU KNOW HOW MANY OF THESE REPORTS OF ASSAY DEVELOPMENT

10:33AM   4    WERE ULTIMATELY PREPARED AT THERANOS DURING YOUR TIME THERE?

10:33AM   5    A.   YES.

10:33AM   6    Q.   HOW MANY?

10:33AM   7    A.   OVER 300.

10:33AM   8    Q.   WHEN -- I THINK YOU'VE HEARD TESTIMONY DURING THE CASE

10:33AM   9    THAT VARIOUS PEOPLE OUTSIDE OF THERANOS WOULD, INVESTORS AND

10:33AM  10    OTHERS, WOULD TRY TO UNDERSTAND THERANOS'S WORK.

10:33AM  11         DO YOU RECALL SUCH TESTIMONY?

10:33AM  12    A.   I DO.

10:33AM  13    Q.   AND DID YOU OFTEN MAKE ASSAY DEVELOPMENT REPORTS

10:33AM  14    DOCUMENTING THERANOS'S WORK ON ASSAYS AVAILABLE TO THOSE WHO

10:33AM  15    WERE TRYING TO UNDERSTAND AND EVALUATE THERANOS'S WORK?

10:33AM  16    A.   YES.

10:33AM  17    Q.   DID YOU DO SO WITH SOME OF THE INFORMATION IN THOSE ASSAY

10:33AM  18    DEVELOPMENT REPORTS REDACTED?

10:33AM  19    A.   YES.

10:33AM  20    Q.   WHY WERE THERE REDACTIONS SOMETIMES?

10:34AM  21    A.   SOMETIMES THERE WAS TRADE SECRET OR CONFIDENTIAL

10:34AM  22    INFORMATION ABOUT THE TECHNOLOGY ITSELF.

10:34AM  23    Q.   NOW, WE'VE BEEN TALKING ABOUT THE DEVELOPMENT OF THE

10:34AM  24    ASSAYS.  LET'S SWITCH TO THE HARDWARE OF THE 4.0 SYSTEM THAT

10:34AM  25    WAS BEING DEVELOPED.
```

10:34AM 1          AND I WANTED TO JUST PUT UP THE TWO DOCUMENTS THAT ARE

10:34AM 2     ALREADY IN EVIDENCE, WHICH ARE 5388 AND 7747.

10:34AM 3          IS THE DEVICE ON THE LEFT, 5388, THE 3.0 SERIES?

10:34AM 4     A.   YES.

10:34AM 5     Q.   AND IS THE DEVICE ON THE RIGHT THE 4.0 SERIES?

10:34AM 6     A.   IT IS.

10:34AM 7     Q.   NOW, THAT'S THE OUTSIDE OF THE DEVICES, BUT I'D LIKE TO

10:35AM 8     ASK YOU TO LOOK IN A MOMENT AT THE INTERIOR OF THOSE DEVICES SO

10:35AM 9     THAT WE CAN UNDERSTAND WHAT THE DIFFERENCES BETWEEN THEM ARE.

10:35AM 10         FIRST OF ALL, LET ME SHOW YOU WHAT IS IN EVIDENCE AS

10:35AM 11    EXHIBIT 7746.

10:35AM 12         AND THEN I BELIEVE 15011 I ADMITTED YESTERDAY.  LET ME

10:35AM 13    CHECK.

10:35AM 14         BUT IF NOT, TAKE A LOOK AT 15011 AND SEE IF YOU CAN

10:35AM 15    IDENTIFY IT IN THE INTEREST OF TIME?

10:36AM 16    A.   OKAY.

10:36AM 17              MR. DOWNEY:  WAS THIS ADMITTED.

10:36AM 18              THE COURT:  I THINK IT WAS, YES.

10:36AM 19    BY MR. DOWNEY:

10:36AM 20    Q.   ALL RIGHT.  CAN YOU EXPLAIN THE TWO DEVICES THAT ARE

10:36AM 21    DISPLAYED HERE?

10:36AM 22    A.   YEAH, SO THE LEFT IS OUR 4 SERIES DEVICE.

10:36AM 23    Q.   77 -- 15011?  NO, 7746.  I'M SORRY.

10:36AM 24    A.   I DON'T KNOW.  I CAN'T SEE THE NUMBERS.  IT'S THE ONE --

10:36AM 25    DOES THE MOUSE WORK?  HERE WE GO.  OKAY.

10:36AM 1          SO THIS IS THE 4 SERIES DEVICE (INDICATING).

10:36AM 2          THIS IS THE 3 SERIES DEVICE (INDICATING).

10:36AM 3          THE 4 SERIES DEVICE HAS A ROBOT RIGHT HERE THAT IS

10:36AM 4     DESIGNED TO TAKE THE PARTS OUT OF THE CARTRIDGE AND MOVE THEM

10:36AM 5     AROUND (INDICATING).

10:36AM 6          THE ROBOT ON THE 3 SERIES IS HERE (INDICATING).  YOU CAN

10:36AM 7     SEE THE CARTRIDGE UNDERNEATH IT.  THE CARTRIDGE HAS A BAR CODE

10:36AM 8     ON IT.

10:36AM 9          WHEN THE DEVICE CALLS THE CLOUD TO SAY, WHAT DO I DO WITH

10:36AM 10    THIS CARTRIDGE, THE CLOUD SENDS THE INSTRUCTIONS THROUGH

10:36AM 11    ELECTRONICS THAT ARE IN THE BOX, TELLS THE ROBOT WHAT TO DO,

10:37AM 12    AND THE ROBOT RUNS THE TEST ACCORDING TO THOSE INSTRUCTIONS.

10:37AM 13         IT WILL PICK UP THESE LITTLE COMPONENTS, MOVE THEM AROUND,

10:37AM 14    MIX LIQUID TOGETHER, MOVE IT BACK TO BE SEATED, MOVE IT BACK TO

10:37AM 15    BE READ.

10:37AM 16         BACK HERE THERE'S A DETECTOR, WHICH IS A MEASUREMENT

10:37AM 17    DEVICE, CALLED A PMT (INDICATING).

10:37AM 18         ON THE 4 SERIES, THAT PMT IS HERE (INDICATING).  THERE ARE

10:37AM 19    ALSO OTHER DETECTORS FOR THE OTHER METHODS THAT WE HAVE TALKED

10:37AM 20    ABOUT, THE SPECTROMETER FOR GENERAL CHEMISTRY, THE FLUORESCENCE

10:37AM 21    BASED SYSTEM FOR PCR OR NUCLEIC ACID AMPLIFICATION, THE

10:37AM 22    MICROSCOPY SYSTEM, WHICH IS LIKE A MICROSCOPE THAT CAN RUN

10:37AM 23    ADVANCED CHEMISTRIES HERE, AND THE MINI CENTRIFUGE FOR

10:37AM 24    PROCESSING THOSE SAMPLES TO GET THEM READY TO BE ABLE TO DO

10:38AM 25    THOSE DIFFERENT METHODS BACK HERE (INDICATING).

10:38AM 1      Q.   NOW, IS THIS THE INSIDE OF A SINGLE 4.0 SERIES WHERE THERE

10:38AM 2      IS ALSO -- IS THAT RIGHT?

10:38AM 3      A.   IT IS.

10:38AM 4      Q.   ALL RIGHT.  WERE THERE ALSO DEVICES DEVELOPED WITHIN THE

10:38AM 5      4.0 SERIES THAT COMBINED SEVERAL ANALYZERS IN ONE DEVICE?

10:38AM 6      A.   YES, WE ENDED UP DEVELOPING AN ADDITIONAL DEVICE THAT WAS

10:38AM 7      CAPABLE OF RUNNING SIX SAMPLES AT A TIME, SO ESSENTIALLY IT WAS

10:38AM 8      LIKE BAYS OF THESE DEVICES THAT WERE REPLICATED SIX TIMES.

10:38AM 9      Q.   AND WHO WAS THE SCIENTIST WHO WAS RESPONSIBLE FOR LEADING

10:38AM 10     HARDWARE DEVELOPMENT AT THERANOS DURING THE PERIOD BETWEEN 2010

10:38AM 11     AND 2013?

10:38AM 12     A.   DR. YOUNG OVERSAW THE PROCESS.  WE HAD TONY NUGENT AT

10:38AM 13     THERANOS EARLY ON, AND THEN TIM SMITH.

10:38AM 14     Q.   OKAY.  AND WOULD YOU RECEIVE UPDATES ON THE DEVELOPMENT OF

10:39AM 15     THE HARDWARE BETWEEN 2010 AND 2013?

10:39AM 16     A.   YES.

10:39AM 17     Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 12310.

10:39AM 18          I'M GOING TO ASK YOU IF THIS IS ONE SUCH UPDATE.

10:39AM 19     A.   OKAY.

10:39AM 20     Q.   IS THIS AN EMAIL FROM -- INTERNAL EMAIL FROM ENGINEERS AND

10:39AM 21     SCIENTISTS AT THERANOS UPDATING YOU ON THE DEVELOPMENT OF THE

10:39AM 22     HARDWARE IN THE 4.0 DEVICE?

10:39AM 23     A.   YES.

10:39AM 24          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

10:39AM 25     12310.

10:39AM  1          MR. LEACH:  NO OBJECTION.

10:39AM  2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:39AM  3          (DEFENDANT'S EXHIBIT 12310 WAS RECEIVED IN EVIDENCE.)

10:39AM  4   BY MR. DOWNEY:

10:39AM  5   Q.   LET'S LOOK FIRST AT THE TOP EMAIL, THE TOP ADDRESS.

10:40AM  6        DO YOU SEE THERE THAT THIS IS AN EMAIL FROM

10:40AM  7   SAMARTHA ANEKAL TO YOU --

10:40AM  8   A.   I DO.

10:40AM  9   Q.   -- IN 2012?

10:40AM  10  A.   YES.

10:40AM  11  Q.   AND WHO WAS SAMARTHA ANEKAL?

10:40AM  12  A.   DR. ANEKAL OVERSAW A TEAM WE CALLED SYSTEMS INTEGRATION

10:40AM  13  AND VALIDATION AND VERIFICATION.

10:40AM  14  Q.   WHAT IS THE REPORT THAT IS CONTAINED IN THIS EMAIL?  WHAT

10:40AM  15  IS BEING REPORTED ON?

10:40AM  16  A.   DR. ANEKAL -- LET'S SEE.  IT'S FROM DR. ANEKAL.  HE'S

10:40AM  17  TALKING ABOUT THE DEVICES THAT HAVE BEEN BROUGHT UP, SO ARE

10:40AM  18  READY FOR USE, OUT OF MANUFACTURING.

10:40AM  19  Q.   OKAY.  AND HE REFERS IN THE FIRST PARAGRAPH TO 19 MONOS

10:40AM  20  BEING BROUGHT UP.  WHAT ARE 19 MONOS?

10:40AM  21  A.   HE'S REFERRING TO THE MINILAB THAT PROCESSES A SINGLE

10:40AM  22  SAMPLE AT A TIME.

10:40AM  23  Q.   OKAY.  AND THEN IN THE NEXT PARAGRAPH HE SAYS, "AS FAR AS

10:41AM  24  MINILABS, ALL 46 BLADES WILL BE COMPLETED BY TOMORROW."

10:41AM  25       WHAT IS THAT A REFERENCE TO?

7515

10:41AM  1    A.   THAT'S TALKING ABOUT THE DEVICES THAT CAN PROCESS SIX

10:41AM  2    SAMPLES AT A TIME.  SO INSIDE OF THOSE DEVICES WE CALLED EACH

10:41AM  3    SORT OF LAYER A BLADE, AND THAT WAS A COMPLETE DEVICE TO

10:41AM  4    PROCESS A SINGLE SAMPLE.

10:41AM  5    Q.   OKAY.  NOW, DID YOU CONTINUE TO RECEIVE REPORTS ABOUT THE

10:41AM  6    DEVELOPMENT OF THE HARDWARE AT THERANOS BETWEEN DECEMBER OF

10:41AM  7    2012 AND AUGUST OF 2013?

10:41AM  8    A.   I DID.

10:41AM  9    Q.   WAS IT ANTICIPATED THAT THERANOS WOULD BE MANUFACTURING

10:41AM  10   THESE DEVICES INTERNALLY OR THAT IT WOULD BE USING EXTERNAL

10:41AM  11   SOURCES TO MANUFACTURE THE DEVICES?

10:41AM  12   A.   WE MADE THE DECISION TO DO ALL OF THE MANUFACTURING

10:41AM  13   OURSELVES.

10:41AM  14   Q.   WHY DID YOU DECIDE THAT?

10:41AM  15   A.   WE RECOGNIZED THAT THIS WAS NEW TECHNOLOGY THAT HAD NEVER

10:41AM  16   BEEN MANUFACTURED BEFORE, AND THERE WERE A LOT OF INVENTIONS

10:42AM  17   THAT WERE GOING INTO THE MANUFACTURING PROCESS ITSELF THAT WE

10:42AM  18   WANTED TO BUILD THE EXPERTISE AROUND OURSELVES BECAUSE WE

10:42AM  19   THOUGHT THAT THAT WAS A COMPETITIVE ADVANTAGE.

10:42AM  20       WE THOUGHT THAT WE COULD BETTER CONTROL COST BY NOT HAVING

10:42AM  21   TO PAY SUPPLIERS, AND GETTING THE SYSTEM TO BE REALLY

10:42AM  22   INEXPENSIVE WAS ONE OF OUR CORE GOALS.

10:42AM  23       AND WE THOUGHT THAT WE COULD CONTROL QUALITY IN THE BEST

10:42AM  24   POSSIBLE WAY IF WE INVESTED IN REALLY EXPENSIVE VISION

10:42AM  25   INSPECTION SYSTEMS TO LOOK AT EVERY PART AND TRIED TO PUT A LOT

10:42AM 1    OF AUTOMATION ON THE MANUFACTURING LINES THEMSELVES.

10:42AM 2    Q.   WHAT STEPS DID THERANOS HAVE TO TAKE TO BE IN A POSITION

10:42AM 3    TO DO ALL OF THAT MANUFACTURING ITSELF?

10:42AM 4    A.   WE HAD TO BUILD WHOLE NEW ORGANIZATIONS AROUND A MACHINE

10:42AM 5    SHOP WITH MACHINISTS, AND AUTOMATED CNC LINES, TOOL AND DIE

10:42AM 6    MAKERS, AND INJECTION MOULDING MACHINES TO BE ABLE TO PRODUCE

10:43AM 7    THE PLASTIC PARTS, AND PRODUCTION FACILITY.

10:43AM 8    Q.   OKAY.  HOW MANY PEOPLE WORKED IN MANUFACTURING AT

10:43AM 9    THERANOS?

10:43AM 10   A.   ULTIMATELY A COUPLE HUNDRED, PROBABLY.

10:43AM 11   Q.   OKAY.  NOW, AT SOME POINT DID THERE COME AN EFFORT TO

10:43AM 12   UNDERTAKE WHAT YOU REFERRED TO A MOMENT AGO AS SYSTEMS

10:43AM 13   INTEGRATION?

10:43AM 14   A.   YES.

10:43AM 15   Q.   AND WAS THIS TO INTEGRATE ALL OF THE ELEMENTS OF THE

10:43AM 16   TECHNOLOGY SO THAT YOU HAD A FINAL PRODUCT?

10:43AM 17   A.   YES.

10:43AM 18   Q.   AND WERE DR. YOUNG AND DR. ANEKAL STILL LEADING THAT

10:43AM 19   PROCESS IN 2013?

10:43AM 20   A.   THEY WERE.

10:43AM 21   Q.   AND WOULD THEY REPORT TO YOU AS THAT PROCESS OF SYSTEM

10:43AM 22   INTEGRATION WENT FORWARD?

10:43AM 23   A.   YES.

10:43AM 24   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7286.

10:44AM 25   A.   OKAY.

10:44AM 1    Q.   IS THIS AN EMAIL THAT YOU RECEIVED IN APRIL OF 2013

10:44AM 2    REPORTING ON SYSTEMS INTEGRATION EFFORTS AT THERANOS?

10:44AM 3    A.   IT IS.

10:44AM 4             MR. DOWNEY:  I WOULD MOVE TO ADMIT 7286.

10:44AM 5             MR. LEACH:  NO OBJECTION.

10:44AM 6             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:44AM 7         (DEFENDANT'S EXHIBIT 7286 WAS RECEIVED IN EVIDENCE.)

10:44AM 8    BY MR. DOWNEY:

10:44AM 9    Q.   IF YOU TAKE A LOOK ON THE SCREEN AT EXHIBIT 7286, DO YOU

10:44AM 10   SEE THAT THERE'S AN EMAIL FROM YOU -- FROM DR. YOUNG TO

10:44AM 11   MR. BALWANI AND THAT YOU'RE COPIED?

10:44AM 12   A.   I DO.

10:44AM 13   Q.   AND THEN DR. YOUNG REFERS IN THE FIRST PARAGRAPH SAYING

10:45AM 14   "FOR THE TOP 75 WHOLE BLOOD TESTS, ONLY THE FOLLOWING ARE STILL

10:45AM 15   UNDER DEVELOPMENT."

10:45AM 16        DO YOU SEE THAT REFERENCE TO "THE TOP 75 WHOLE BLOOD

10:45AM 17   TESTS"?

10:45AM 18   A.   YES.

10:45AM 19   Q.   AND WHAT WAS YOUR UNDERSTANDING OF WHAT THAT MEANT?

10:45AM 20   A.   DR. YOUNG AND HIS TEAM HAD DONE ANALYSIS OF HOW MANY TESTS

10:45AM 21   WERE MOST COMMONLY ORDERED AT RETAIL, AND 75 OF THEM COULD

10:45AM 22   COVER SOMEWHERE BETWEEN 90 TO 95 PERCENT OF THE TESTS AT

10:45AM 23   RETAIL.

10:45AM 24        SO HE'S SAYING OF THAT LIST THAT BECAME THE TEST LIST THAT

10:45AM 25   OUR SCIENTISTS FOCUSSED ON, ONLY TWO WERE STILL UNDER

10:45AM  1    DEVELOPMENT.

10:45AM  2    Q.   AND THEN HE GOES ON TO SAY THAT THERE WERE VARIOUS FLU

10:45AM  3    TESTS THAT WERE 95 PERCENT COMPLETED AND THAT THEY ARE STILL

10:45AM  4    COMPLETING PREVALIDATION BEFORE MOVING THE TESTS TO CLIA FOR

10:46AM  5    VALIDATION.

10:46AM  6         DO YOU SEE THAT?

10:46AM  7    A.   I DO.

10:46AM  8    Q.   AND DO YOU SEE THAT HE REPORTED PROGRESS ON THE NEXT SET

10:46AM  9    OF ASSAYS AS MOVING WELL?

10:46AM  10   A.   YES.

10:46AM  11   Q.   OKAY.  NOW, HOW MANY OF -- IF YOU CAN TELL FROM THIS

10:46AM  12   EMAIL, HOW MANY OF THOSE 75 TESTS THAT WERE COMPLETED, HOW MANY

10:46AM  13   OF THEM HAD ALREADY BEEN INTEGRATED ON TO THE DEVICE?

10:46AM  14   A.   FROM THIS EMAIL, ALL OF THEM EXCEPT FOR THE FOUR THAT

10:46AM  15   DR. YOUNG LISTS THERE.

10:46AM  16   Q.   OKAY.  AND WHAT IS THAT NUMBER?

10:46AM  17   A.   FOUR.

10:46AM  18   Q.   OKAY.  I THINK YOU'VE TESTIFIED ABOUT THERANOS'S EFFORT TO

10:46AM  19   MULTIPLEX, TO USE A TECHNICAL TERM, TO MULTIPLEX ASSAYS ON A

10:46AM  20   CARTRIDGE.

10:46AM  21   A.   YES.

10:46AM  22   Q.   AND THAT REFERRED TO PUTTING MULTIPLE BLOOD TESTS ON ONE

10:46AM  23   CARTRIDGE, TAKING A BLOOD TEST AND PUTTING IT INTO THE DEVICE;

10:47AM  24   RIGHT?

10:47AM  25   A.   EXACTLY.

10:47AM  1    Q.   WAS IT A FEATURE OF THIS TECHNOLOGY THAT WAS BEING

10:47AM  2    INTEGRATED THAT IT WOULD BE MULTIPLEXED?

10:47AM  3    A.   YES.

10:47AM  4    Q.   OKAY.  DID YOU UNDERSTAND FROM THESE REPORTS THAT YOU

10:47AM  5    RECEIVED BETWEEN 2010 AND 2013 THAT THE DEVELOPMENT OF THE

10:47AM  6    TECHNOLOGY HAD BEEN SMOOTH AND THERE WERE NO PROBLEM WITH IT?

10:47AM  7    A.   NO.

10:47AM  8    Q.   AND WHAT WAS YOUR UNDERSTANDING OF THE CHALLENGES DURING

10:47AM  9    THAT PERIOD?

10:47AM  10   A.   IT'S NEVER SMOOTH.  THERE ARE ALWAYS CHALLENGES.  WE WERE

10:47AM  11   CONSTANTLY WORKING TO MAKE SURE WE HAD THE RIGHT COMPONENTS IN

10:47AM  12   THE DEVICE TO HANDLE ALL OF THE TESTS THAT WERE ULTIMATELY

10:47AM  13   GOING TO BE THE TEST LIST FOR RETAIL.  THAT MEANT THERE WAS A

10:47AM  14   LOT OF CHANGES TO THE DEVICE.

10:47AM  15        OUR RETAIL PARTNERS WANTED US TO MAKE CUSTOMIZATIONS TO

10:47AM  16   THE DEVICE, LIKE THE DEVICE THAT COULD PROCESS SIX SAMPLES AT A

10:48AM  17   TIME, WHICH MEANT WE NEEDED TO BUILD WHOLE NEW CUSTOM DEVICES

10:48AM  18   FOR THAT.

10:48AM  19        AND AS THOSE THINGS CHANGED, WE WOULD CONSTANTLY GO

10:48AM  20   THROUGH THE SYSTEMS INTEGRATION PROCESS AND VALIDATION

10:48AM  21   REPEATEDLY.

10:48AM  22   Q.   NOW, WAS IT THE PLAN BETWEEN JUNE OF 2012, WHEN YOU AGREED

10:48AM  23   WITH WALGREENS THAT THERANOS WOULD OPERATE A CENTRAL LAB, UNTIL

10:48AM  24   EARLY 2013 THAT THERANOS WOULD ACTUALLY TAKE ALL OF THESE

10:48AM  25   DEVICES AND RUN THEM IN A CENTRAL LAB AT THERANOS?

10:48AM   1    A.   THAT WAS OUR PLAN ONCE WE DECIDED TO MOVE TO THE CENTRAL

10:48AM   2    LAB MODEL, YES.

10:48AM   3    Q.   WERE THE DEVICES THAT THERANOS WAS DEVELOPING REALLY

10:48AM   4    INTENDED TO BE USED IN A CENTRAL LAB?

10:48AM   5    A.   NO.

10:48AM   6    Q.   WHAT WAS THEIR INTENDED USE?

10:48AM   7    A.   THEIR INTENDED USE WAS TO BE AT THE PLACE THE PATIENT WAS.

10:48AM   8    THERE WAS A TOUCHSCREEN ON EACH OF THEM FOR PATIENTS TO OPERATE

10:49AM   9    OR A TECHNICIAN TO OPERATE, AND THEY PROCESSED ONLY ONE SAMPLE

10:49AM  10    AT A TIME.

10:49AM  11    Q.   OKAY.  AS YOU ENTERED INTO 2013, DID YOU BEGIN TO MAKE

10:49AM  12    PLANS TO, TO ACTUALLY LAY OUT THE PHYSICAL DESIGN OF THE

10:49AM  13    CENTRAL LAB WHERE THESE SINGLE TEST DEVICES WOULD BE LOCATED?

10:49AM  14    A.   YES.

10:49AM  15    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7272.

10:49AM  16    A.   NO.

10:49AM  17    Q.   IS THIS AN EMAIL EXCHANGE BETWEEN YOU AND OTHERS AT

10:49AM  18    THERANOS RELATED TO LAYING OUT THE DESIGN OF THE CENTRAL LAB

10:49AM  19    USING ALL OF THESE INDIVIDUAL DEVICES?

10:49AM  20    A.   YES.

10:50AM  21             MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7272.

10:50AM  22             MR. LEACH:  NO OBJECTION, YOUR HONOR.

10:50AM  23             THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

10:50AM  24        (DEFENDANT'S EXHIBIT 7272 WAS RECEIVED IN EVIDENCE.)

10:50AM  25    BY MR. DOWNEY:

7521

10:50AM  1    Q.   LET ME ASK YOU TO LOOK AT THE EMAIL THAT IS SLIGHTLY BELOW

10:50AM  2    THE MIDDLE OF THE PAGE, AND THIS IS AN EMAIL FROM MR. BALWANI

10:50AM  3    TO A TIM KEMP, AND THEN YOURSELF AND DANIEL YOUNG ARE COPIED.

10:50AM  4         FIRST OF ALL, MR. BALWANI WAS THE CHIEF OPERATING OFFICER

10:50AM  5    AND PRESIDENT OF THERANOS AT THIS TIME; IS THAT RIGHT?

10:50AM  6    A.   HE WAS.

10:50AM  7    Q.   AND HE HAD BEEN AT THE COMPANY FOR A PERIOD OF YEARS?

10:50AM  8    A.   HE HAD.

10:50AM  9    Q.   AND MR. BALWANI WRITES TO A TIM KEMP.  WHO IS TIM KEMP?

10:50AM  10   A.   TIM KEMP OVERSAW SOME OF OUR SOFTWARE AND HARDWARE

10:50AM  11   PROJECTS.

10:50AM  12   Q.   OKAY.  AND IF YOU LOOK AT THE FIRST PARAGRAPH OF

10:50AM  13   MR. BALWANI'S EMAIL, HE ASKS A QUESTION.

10:50AM  14        DO YOU SEE THAT?

10:50AM  15   A.   I DO.

10:50AM  16   Q.   AND HE ASKS, "CAN YOU BALLPARK IF WE CAN FIT 15-20

10:51AM  17   NORMANDY CLUSTERS PLUS CLUNKERS LAB PLUS STORAGE FOR 100K-500K

10:51AM  18   CARTRIDGES PLUS CLIA LAB OFFICE SPACE IN EMC? "

10:51AM  19        CAN YOU EXPLAIN WHAT MR. BALWANI WAS ASKING IN THIS EMAIL?

10:51AM  20   A.   YES.  ONE OF THERANOS'S OFFICES WAS A BUILDING CALLED EMC.

10:51AM  21   SUNNY IS TRYING TO FIGURE OUT HERE IF WE COULD FIT 15 TO 20,

10:51AM  22   WHAT HE'S CALLING CLUSTERS, WHICH ARE BANKS OF THERANOS

10:51AM  23   DEVICES, AS WELL AS A LAB FOR TRADITIONAL TESTING AND STORAGE

10:51AM  24   IN THIS OFFICE CALLED EMC.

10:51AM  25   Q.   OKAY.  AND IF YOU GO TO THE EMAIL ABOVE, IT LOOKS LIKE

10:51AM 1    MR. KEMP RESPONDS.

10:51AM 2         AND DO YOU SEE THAT HE SAID "ATTACHED, PLEASE FIND A

10:51AM 3    DRAWING SHOWING A SAMPLE LAYOUT OF 19 MINILAB CLUSTERS THAT CAN

10:52AM 4    FIT ON TO THE GROUND FLOOR OF 3200 WITH MINIMAL RELOCATION OF

10:52AM 5    WALLS."

10:52AM 6         DO YOU SEE THAT?

10:52AM 7    A.   I DO.

10:52AM 8    Q.   LET'S TAKE A LOOK AT THE DRAWING THAT MR. KEMP REFERENCES.

10:52AM 9         CAN YOU SEE IF WE CAN BLOW THAT UP, MR. BENNETT.

10:52AM 10        NOW, IS THIS A DEPICTION OF WHAT THE LAYOUT OF THE CENTRAL

10:52AM 11   LAB OF THERANOS WOULD BE IF THE TESTS IN THAT LAB WERE OPERATED

10:52AM 12   ON THERANOS'S 4.0 DEVICES?

10:52AM 13   A.   YES.

10:52AM 14   Q.   AND WAS THIS THE PLAN FOR RUNNING THEM AT THE TIME OF THE

10:52AM 15   LAUNCH OF THERANOS SERVICE CENTERS IN WALGREENS STORES?

10:52AM 16   A.   THAT WAS OUR PLAN.

10:52AM 17   Q.   AND IF THERANOS WERE TO EXPAND THE NUMBER OF WALGREENS

10:53AM 18   STORES IN WHICH IT WAS OPERATING SERVICE CENTERS, WOULD IT HAVE

10:53AM 19   TO HAVE MORE AND MORE OF THESE INDIVIDUAL 4.0 DEVICES?

10:53AM 20   A.   YES.

10:53AM 21   Q.   AND DID THERE COME A TIME WHEN YOU ALSO LEARNED THAT THERE

10:53AM 22   MIGHT BE SOME PHYSICAL CHALLENGES WITH LAYING OUT THE MINILABS

10:53AM 23   IN CONNECTION, THE 4.0 DEVICES IN CONNECTION WITH OPERATING

10:53AM 24   THIS CENTRAL LAB?

10:53AM 25   A.   YES.

10:53AM 1    Q.   LET ME ASK YOU TO LOOK BACK AT THE EMAIL THAT MR. KEMP

10:53AM 2    SENT IN RESPONSE TO MR. BALWANI'S EMAIL.

10:53AM 3         AND LET'S LOOK AT THE LAST PARAGRAPH.

10:53AM 4         AND DO YOU SEE THAT MR. KEMP REPORTS, "WE DO HAVE AN ISSUE

10:53AM 5    ABOUT POWER."

10:53AM 6         AND THEN HE GOES ON TO DISCUSS THE ISSUE THAT HE WAS

10:54AM 7    IDENTIFYING.

10:54AM 8         WHAT WAS THE ISSUE ABOUT POWER, IF YOU RECALL?

10:54AM 9    A.   TO PUT THIS MANY DEVICES IN A SINGLE ROOM LIKE THAT WOULD

10:54AM 10   REQUIRE VERY SIGNIFICANT ADJUSTMENTS TO THE BUILDING FOR POWER

10:54AM 11   AND FOR HEAT.  THEY GIVE OFF A HUGE AMOUNT OF HEAT.

10:54AM 12   Q.   OKAY.  NOW, IF YOU WERE OPERATING IN A WALGREENS STORE,

10:54AM 13   WOULD THE PATIENTS WHO CAME IN TO HAVE THEIR BLOOD TESTING

10:54AM 14   ARRIVE OVER THE COURSE OF A DAY?

10:54AM 15   A.   YES.

10:54AM 16   Q.   SO ONE MIGHT ARRIVE AT 2:30, ONE MIGHT ARRIVE AT 4:00, ET

10:54AM 17   CETERA?

10:54AM 18   A.   YES.

10:54AM 19   Q.   OKAY.  NOW, WHEN YOU ARE OPERATING A CENTRAL LAB, HOW DO

10:54AM 20   THE BLOOD SAMPLES ARRIVE ON DELIVERY?

10:54AM 21   A.   THEY ALL COME IN AT THE SAME TIME.

10:54AM 22   Q.   DID THAT PRESENT CHALLENGES FOR RUNNING THE 4.0 SERIES

10:54AM 23   DEVICES IN A CENTRAL LAB?

10:54AM 24   A.   VERY MUCH SO.

10:54AM 25   Q.   OKAY.  DID YOU BEGIN AT SOME POINT IN 2013 TO THINK ABOUT

7524

10:55AM    1    WAYS OF RESPONDING TO THE DIFFICULTIES PRESENTED BY HAVING TO

10:55AM    2    OPERATE ALL OF THESE INDIVIDUAL DEVICES WITHIN THE CENTRAL LAB?

10:55AM    3    A.   WE DID.

10:55AM    4    Q.   OKAY.  LET ME -- YOUR HONOR, MAYBE WE SHOULD BREAK HERE.

10:55AM    5    IT'S A SENSIBLE TIME.

10:55AM    6             THE COURT:  SURE.  WE'LL BREAK NOW.

10:55AM    7             LADIES AND GENTLEMEN, WE'LL TAKE OUR MORNING BREAK NOW.

10:55AM    8             SHOULD THIS BE 30 MINUTES, MR. DOWNEY?

10:55AM    9             MR. DOWNEY:  YES.  THANK YOU, YOUR HONOR.

10:55AM   10             THE COURT:  WE'LL TAKE A 30 MINUTE BREAK, PLEASE.

10:55AM   11    WE'LL SEE YOU THEN.  THANK YOU.

10:56AM   12             (RECESS FROM 10:56 A.M. UNTIL 11:37 A.M.)

11:37AM   13             THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:37AM   14             WE'RE BACK IN SESSION.  ALL PARTIES PREVIOUSLY PRESENT ARE

11:37AM   15    PRESENT ONCE AGAIN.

11:37AM   16             MR. DOWNEY, YOU'D LIKE TO CONTINUE?

11:37AM   17             MR. DOWNEY:  THANK YOU, YOUR HONOR.

11:37AM   18    Q.   MS. HOLMES, DO YOU RECALL THIS MORNING THAT WE WERE

11:37AM   19    TALKING ABOUT THE MODIFICATION TO THE AGREEMENT BETWEEN

11:37AM   20    WALGREENS AND THERANOS WHERE THERANOS AGREED THAT THE INITIAL

11:38AM   21    STEP TO OPEN THE CENTRAL LABORATORY WHERE BLOOD SAMPLES WOULD

11:38AM   22    BE PROCESSED?

11:38AM   23    A.   I DO.

11:38AM   24    Q.   AND THEN AFTER FDA APPROVAL FOR THERANOS DEVICES WERE

11:38AM   25    OBTAINED, IT WOULD PUT THOSE DEVICES IN STORES?

11:38AM  1     A.   YES.

11:38AM  2     Q.   AND IS THAT WHAT THERANOS AND WALGREENS BEGAN TO CALL

11:38AM  3     PHASE I AND PHASE II?

11:38AM  4     A.   EXACTLY, YES.

11:38AM  5     Q.   PHASE I WAS THE PERIOD WHERE THERANOS WOULD OPERATE A

11:38AM  6     CENTRAL LABORATORY?

11:38AM  7     A.   YES.

11:38AM  8     Q.   AND PHASE II WAS THE PERIOD WHERE THERANOS DEVICES WOULD

11:38AM  9     BE PLACED IN WALGREENS STORES?

11:38AM  10    A.   YES.

11:38AM  11    Q.   WHEN YOU ENTERED INTO THAT AGREEMENT WITH WALGREENS IN THE

11:38AM  12    SUMMER OF 2012, HOW LONG DID YOU ANTICIPATE THAT PHASE I OF

11:39AM  13    THAT RELATIONSHIP WOULD LAST?

11:39AM  14    A.   WE THOUGHT IT WOULD BE INCREDIBLY SHORT.

11:39AM  15    Q.   DID YOU INTEND TO APPLY FOR FDA APPROVAL OF THERANOS'S

11:39AM  16    TECHNOLOGY?

11:39AM  17    A.   I DID.

11:39AM  18    Q.   AND DID YOU ANTICIPATE THAT WHEN YOU RECEIVED IT, THE

11:39AM  19    PARTIES' RELATIONSHIP WOULD MOVE TO A PHASE II RELATIONSHIP?

11:39AM  20    A.   YES.

11:39AM  21    Q.   I WANT TO JUST RETURN TO ONE SUBJECT WE TOUCHED ON BRIEFLY

11:39AM  22    THIS MORNING, WHICH WAS THE ANALYSIS OF THE NUMBER OF TESTS

11:39AM  23    THAT WOULD NEED TO BE PERFORMED IN WALGREENS STORES THAT WOULD

11:39AM  24    COVER 90, OR 95 PERCENT OF THE TEST ORDERS.

11:39AM  25         DO YOU REMEMBER THAT TESTIMONY EARLIER THIS MORNING?

7526

```
11:39AM   1      A.   I DO.

11:39AM   2      Q.   AND I BELIEVE YOU TESTIFIED THAT DR. YOUNG LED THAT

11:39AM   3      ANALYSIS.

11:39AM   4      A.   YES.

11:39AM   5      Q.   AND IS IT ACCURATE THAT DR. YOUNG HAD SOME EXPERTISE

11:39AM   6      AROUND BIO STATISTICS?

11:40AM   7      A.   HE DID, YES.

11:40AM   8      Q.   AND HE WAS ALSO AN ENGINEER OF COURSE; CORRECT?

11:40AM   9      A.   YES, HE HAD A PH.D. IN MECHANICAL ENGINEERING AND NEURO

11:40AM  10      SCIENCE.

11:40AM  11      Q.   OKAY.  I'D LIKE TO ASK YOU TO LOOK AT EXHIBIT 7120.

11:40AM  12      A.   OKAY.

11:40AM  13      Q.   IS 7120 A SERIES OF EMAILS BETWEEN YOU AND DR. YOUNG

11:40AM  14      RELATED TO TRYING TO IDENTIFY THE NUMBER OF TESTS THAT THERANOS

11:40AM  15      WOULD NEED TO DEVELOP?

11:40AM  16      A.   IT IS.

11:40AM  17              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:40AM  18      7120.

11:40AM  19              MR. LEACH:  NO OBJECTION.

11:40AM  20              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:40AM  21          (DEFENDANT'S EXHIBIT 7120 WAS RECEIVED IN EVIDENCE.)

11:40AM  22      BY MR. DOWNEY:

11:40AM  23      Q.   IF YOU, IF YOU LOOK AT THE BOTTOM EMAIL, DO YOU SEE THAT

11:41AM  24      THIS WAS SENT TO YOU BY DR. YOUNG IN AUGUST OF 2010?

11:41AM  25      A.   I DO.
```

7527

11:41AM 1    Q.   AND HE INDICATES THAT HE'S SENDING YOU AN ATTACHED LIST,

11:41AM 2    WHICH APPEARS TO BE A LIST OF TESTS THAT HE'S REFERRING TO?

11:41AM 3    A.   YES.

11:41AM 4    Q.   OKAY.  AND THEN IF YOU GO ABOVE THAT TO THE NEXT EMAIL,

11:41AM 5    IT'S ANOTHER EMAIL ACTUALLY FROM -- IN THE MIDDLE HERE, BUT

11:41AM 6    FROM DR. YOUNG AT 11:30 A.M.

11:41AM 7         DO YOU SEE THAT?

11:41AM 8    A.   I DO.

11:41AM 9    Q.   AND IN THAT EMAIL HE SAYS, "THE FIRST 43 TESTS

11:41AM 10   (HIGHLIGHTED IN 'BLUE') COVER 90 PERCENT OF THE TEST VOLUME FOR

11:41AM 11   ROUTINE TESTS."

11:41AM 12        DO YOU SEE THAT?

11:41AM 13   A.   YES.

11:41AM 14   Q.   CAN YOU EXPLAIN WHAT YOU UNDERSTOOD THAT TO MEAN WHEN YOU

11:41AM 15   RECEIVED IT IN 2010?

11:41AM 16   A.   YES.  HE -- DR. YOUNG IS SAYING HERE THAT HE HAS REVIEWED

11:41AM 17   THE DATA SETS THAT WE WERE TALKING ABOUT EARLIER, WHICH CAME

11:42AM 18   FROM INSURANCE COMPANIES AND RETAIL PARTNERS, TO UNDERSTAND HOW

11:42AM 19   MANY TESTS COVERED 90 PERCENT OF ALL OF THE TESTS THAT ARE RUN

11:42AM 20   IN A RETAIL ENVIRONMENT.

11:42AM 21        AND HE'S SAYING THERE ARE 43 TESTS TO GET TO 90 PERCENT OF

11:42AM 22   THE TEST VOLUME FOR RETAIL, AND THEN HE'S IDENTIFYING WHAT

11:42AM 23   THOSE TESTS ARE.

11:42AM 24   Q.   AND WERE YOU DOING THIS ANALYSIS TO KNOW WHAT TESTS

11:42AM 25   THERANOS WOULD NEED TO DEVELOP MOST QUICKLY?

11:42AM   1     A.   YES, AND WHAT TESTS WOULD BE ABLE TO SERVE PEOPLE WHO WERE

11:42AM   2     GOING TO COME TO RETAIL.

11:42AM   3     Q.   DID DR. YOUNG CONTINUE TO REFINE THIS ANALYSIS IN THE

11:42AM   4     PERIOD BETWEEN 2010 AND 2013?

11:42AM   5     A.   HE DID.

11:42AM   6     Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7137.

11:43AM   7     A.   OKAY.

11:43AM   8     Q.   IS 7137 ANOTHER EMAIL EXCHANGE BETWEEN YOU AND DR. YOUNG

11:43AM   9     RELATED TO THE THERANOS TEST MENU?

11:43AM   10    A.   YES.

11:43AM   11            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:43AM   12    7137.

11:43AM   13            MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:43AM   14            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:43AM   15        (DEFENDANT'S EXHIBIT 7137 WAS RECEIVED IN EVIDENCE.)

11:43AM   16    BY MR. DOWNEY:

11:43AM   17    Q.   ALL RIGHT.  NOW, DO YOU SEE IN THIS -- DO YOU SEE AT THE

11:43AM   18    TOP THERE'S AN EMAIL FROM DR. YOUNG TO YOU IN NOVEMBER OF 2010?

11:43AM   19    A.   I DO.

11:43AM   20    Q.   AND DO YOU SEE IN THE EMAIL DR. YOUNG SAYS THAT HE HAS PUT

11:43AM   21    TOGETHER A NEW BASE LIST OF TESTS FOR WALGREENS BASED SOLELY ON

11:43AM   22    THE FREQUENCY OF TESTS?

11:44AM   23    A.   YES.

11:44AM   24    Q.   AND DO YOU SEE THAT HE INDICATES THAT IF YOU WERE TO

11:44AM   25    DEVELOP 102 TESTS, THAT THAT WOULD COVER 96 PERCENT OF TESTS?

11:44AM 1   A.   I DO.

11:44AM 2   Q.   CAN YOU EXPLAIN -- DID YOU HAVE AN UNDERSTANDING AT THE

11:44AM 3   TIME OF WHY AN ADDITIONAL 60 OR SO TESTS WOULD NEED TO BE

11:44AM 4   DEVELOPED TO MOVE FROM COVERING 90 PERCENT OF TESTS TO

11:44AM 5   96 PERCENT OF TESTS?

11:44AM 6   A.   I DID.

11:44AM 7   Q.   CAN YOU EXPLAIN THAT TO US?

11:44AM 8   A.   YES.   THERE'S A VERY SMALL NUMBER OF TESTS THAT ARE MOST

11:44AM 9   COMMONLY ORDERED.   MOST PEOPLE, WHEN THEY GO SEE A DOCTOR,

11:44AM 10  MIGHT, FOR EXAMPLE, JUST GET A CBC, A CHEMICAL 14, AND MAYBE A

11:44AM 11  LIPID PANEL.

11:44AM 12      AS YOU START GETTING INTO THE RARE RESTS OR THE SPECIALTY

11:44AM 13  TESTS, THERE'S A HUGE NUMBER OF THEM.

11:44AM 14      SO DR. YOUNG'S LAST EMAIL THAT SAID 40 OR SO TESTS WOULD

11:45AM 15  COVER 90 PERCENT.   TO GET TO 96 PERCENT OR ULTIMATELY

11:45AM 16  100 PERCENT, YOU HAVE A LOT MORE TESTS, SORT OF A LONG TAIL, IF

11:45AM 17  YOU WILL, TO GET TO THOSE LAST PERCENTAGES.

11:45AM 18      SO HE'S SAYING HERE FROM HIS REVIEW OF WALGREENS, SAFEWAY,

11:45AM 19  AND BLUE CROSS DATA, THAT 102 TESTS WOULD COVER 96 PERCENT OF

11:45AM 20  ALL OF THE TESTS THAT WE WOULD SEE AT RETAIL.

11:45AM 21  Q.   AND DID YOU UNDERSTAND THAT HE WAS IN PART RELYING ON DATA

11:45AM 22  THAT HAD BEEN GIVEN TO HIM BY INSURANCE COMPANIES?

11:45AM 23  A.   I DID.

11:45AM 24  Q.   AND WHAT OTHER DATA, IF YOU KNOW, WAS HE RELYING ON TO

11:45AM 25  CONDUCT THESE ANALYSES?

11:45AM 1    A.   IN THIS EMAIL DATA FROM WALGREENS AND SAFEWAY, WHICH WAS

11:45AM 2    DATA THAT THEY OBTAINED FROM THEIR INSURANCE COMPANIES, SO

11:45AM 3    CIGNA FOR SAFEWAY, AND I'M NOT SURE WHO IT WAS FOR WALGREENS,

11:45AM 4    AGAIN, LOOKING AT THE ORDERING PATTERNS, WHAT TESTS WERE

11:45AM 5    ORDERED IN THEIR POPULATION OF EMPLOYEES.

11:46AM 6    Q.   AND DID THERANOS THEN PRIORITIZE DEVELOPING THE TESTS THAT

11:46AM 7    WERE MOST COMMONLY ORDERED AS PART OF ITS DEVELOPMENT PLAN TO

11:46AM 8    LAUNCH?

11:46AM 9    A.   YES.

11:46AM 10   Q.   I WANT TO ASK YOU ALSO ANOTHER QUESTION ABOUT THE

11:46AM 11   DEVELOPMENT OF THE HARDWARE.

11:46AM 12       DO YOU RECALL THAT WE DISCUSSED EARLIER TODAY SOME REPORTS

11:46AM 13   THAT YOU RECEIVED OVER TIME FROM SCIENTISTS AND ENGINEERS ABOUT

11:46AM 14   THE PROGRESS OF DEVELOPMENT THERE?

11:46AM 15   A.   I DO.

11:46AM 16   Q.   NOW, I THINK YOU TESTIFIED YESTERDAY THAT IN A MUCH

11:46AM 17   EARLIER PHASE WITH THERANOS, THAT THERANOS HAD ENCOUNTERED A

11:46AM 18   SIGNIFICANT HARDWARE ISSUE WITH RESPECT TO ITS 1.0 DEVICE.

11:46AM 19       DO YOU RECALL THAT?

11:46AM 20   A.   YES.

11:46AM 21   Q.   AND THAT PROBLEM RELATED TO THE FACT THAT THE CARTRIDGES

11:46AM 22   WOULD BECOME UNSEALED UNDER CERTAIN CONDITIONS?

11:46AM 23   A.   YES.

11:46AM 24   Q.   DID YOU TRY TO TAKE STEPS DURING THE DEVELOPMENT OF THE

11:47AM 25   4.0 SERIES TO ENSURE THAT THERE WAS SUFFICIENT QUALITY CONTROL

```
11:47AM  1    TO MAKE SURE THAT THOSE KINDS OF PROBLEMS DIDN'T HAPPEN?

11:47AM  2    A.   YES.

11:47AM  3    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7264.

11:47AM  4    A.   OKAY.

11:47AM  5    Q.   IS THIS AN EMAIL BETWEEN YOU AND DR. YOUNG REGARDING THE

11:47AM  6    SHIPMENT OF THERANOS DEVICES?

11:47AM  7    A.   IT IS, YES.

11:47AM  8         MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

11:47AM  9    7264.

11:47AM  10        MR. LEACH:  NO OBJECTION, YOUR HONOR.

11:47AM  11        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

11:47AM  12     (DEFENDANT'S EXHIBIT 7264 WAS RECEIVED IN EVIDENCE.)

11:47AM  13   BY MR. DOWNEY:

11:47AM  14   Q.   IF WE GO DOWN TO THE BOTTOM OF THAT, DO YOU SEE AN EMAIL

11:47AM  15   FROM YOU TO DR. YOUNG AND DR. ANEKAL ASKING, WHEN IS OUR NEXT

11:48AM  16   DEVICE SHIPMENT PLANNED?

11:48AM  17   A.   I DO.

11:48AM  18   Q.   WAS THAT AN INQUIRY FROM YOU TO JUST DETERMINE WHEN THERE

11:48AM  19   WOULD BE A SHIPMENT OF DEVICES?

11:48AM  20   A.   YES.  WE WERE DOING SHIPMENTS OF DEVICES ON A REGULAR

11:48AM  21   BASIS, AND I WAS ASKING WHEN THE NEXT ONE WAS.

11:48AM  22   Q.   AND WHY WERE YOU DOING -- THIS APPEARS TO HAVE BEEN ABOUT

11:48AM  23   A YEAR BEFORE THE LAUNCH IN WALGREENS STORES; IS THAT RIGHT?

11:48AM  24   A.   YES.

11:48AM  25   Q.   AND WHY WAS THERANOS DOING SHIPMENTS OF DEVICES IN OCTOBER
```

11:48AM 1    OF 2012?

11:48AM 2    A.   BECAUSE WE WANTED TO MAKE SURE THAT THE DEVICES WERE

11:48AM 3    ROBUST AND THAT ANY ISSUES THAT COULD EMERGE WE KNEW ABOUT AND

11:48AM 4    HAD FIXED.

11:48AM 5    Q.   OKAY.  IF YOU GO UP THROUGH THAT EMAIL, DO YOU SEE AT THE

11:48AM 6    TOP THAT YOU SEND AN EMAIL QUESTION ABOUT THE PROJECT PLAN AND

11:48AM 7    WHAT IT CONTAINS WITH REGARD TO SYSTEM RELIABILITY?

11:48AM 8         DO YOU SEE THAT?

11:48AM 9    A.   YES.

11:48AM 10   Q.   AND WHAT WERE YOU ASKING IN THIS EMAIL IN OCTOBER OF 2012?

11:49AM 11   A.   I WANTED TO MAKE SURE THAT IN OUR PROJECT PLAN WE HAD

11:49AM 12   TESTS WHERE WE WOULD RUN HUNDREDS, I WAS SAYING HERE GO UP TO

11:49AM 13   1,000 SAMPLES, JUST TO ASSESS THE RELIABILITY OF THE SYSTEM.

11:49AM 14   SO TEST IT OVER AND OVER AND OVER AGAIN.

11:49AM 15   Q.   NOW, I WANT TO RETURN TO WHERE WE LEFT OFF JUST BEFORE THE

11:49AM 16   BREAK.

11:49AM 17        AND DO YOU RECALL THAT WE WERE TALKING ABOUT THE POTENTIAL

11:49AM 18   PLACEMENT OF THE 4.0 DEVICES THROUGHOUT THE CENTRAL LAB AT

11:49AM 19   THERANOS?

11:49AM 20   A.   I DO, YES.

11:49AM 21   Q.   AND DID YOU BEGIN AT A CERTAIN POINT TO CONSIDER IT

11:49AM 22   POTENTIALLY IMPRACTICAL FOR THESE DEVICES TO BE THE MEANS BY

11:49AM 23   WHICH BLOOD TESTS WOULD BE RUN IN THAT CENTRAL LAB?

11:49AM 24   A.   YES.

11:49AM 25   Q.   AND CAN YOU TELL US THE REASONS FOR THAT?

7533

11:49AM 1     A.   THE DEVICES WERE DESIGNED FOR THE POINT OF CARE.   THEY

11:50AM 2     WERE DESIGNED TO BE OPERATED BY A CONSUMER, A PERSON WHO WAS

11:50AM 3     EITHER A LAYPERSON OR A TECHNICIAN AT A STORE.   THEY OPERATED

11:50AM 4     WITH A TOUCHSCREEN THAT WAS DESIGNED TO GIVE INSTRUCTIONS TO

11:50AM 5     THE PATIENT ABOUT INSERTING SAMPLES INTO THE CARTRIDGE, AND

11:50AM 6     THEY ONLY PROCESSED A SINGLE SAMPLE AT A TIME.

11:50AM 7          IF YOU HAD THEM IN BANKS IN A CENTRAL LAB, YOU WOULD

11:50AM 8     EITHER NEED HUNDREDS OF PEOPLE SITTING THERE FEEDING CARTRIDGES

11:50AM 9     INTO EACH INSTRUMENT, OR WE INVESTED IN TRYING TO SEE IF WE

11:50AM 10    COULD BUILD ROBOTS THAT COULD DO THAT, AND IT WOULD BE A, A

11:50AM 11    HUGE PROJECT JUST TO DEAL WITH 1,000 OR 10,000 SAMPLES COMING

11:50AM 12    IN AT THE SAME TIME IN A MACHINE THAT WAS ONLY DESIGNED TO

11:50AM 13    PROCESS ONE SAMPLE AT A TIME.

11:50AM 14    Q.   BUT THE SAMPLES THAT WERE USED IN CONNECTION WITH

11:50AM 15    WALGREENS -- OR WITH THERANOS TECHNOLOGY WERE SMALL SAMPLES OF

11:51AM 16    BLOOD; RIGHT?

11:51AM 17    A.   THEY WERE.

11:51AM 18    Q.   THEY WERE TYPICALLY DRAWN FROM A FINGERSTICK DRAW?

11:51AM 19    A.   YES.

11:51AM 20    Q.   AND WERE THEY ALSO SOMETIMES DRAWN FROM A SMALL SAMPLE

11:51AM 21    DRAWN FROM THE ARM?

11:51AM 22    A.   YES.

11:51AM 23    Q.   WERE THERE A LOT OF OTHER DEVICES ON WHICH SMALL SAMPLES

11:51AM 24    OF BLOOD COULD BE ANALYZED AS OF 2013?

11:51AM 25    A.   NO.

11:51AM 1    Q.   DID YOU BEGIN TO CONSIDER ALTERNATE WAYS BY WHICH THOSE

11:51AM 2    SMALL SAMPLES MIGHT BE PROCESSED IN A CENTRALIZED THERANOS LAB

11:51AM 3    IN 2013?

11:51AM 4    A.   YES.

11:51AM 5    Q.   TELL US WHAT HAPPENED.

11:51AM 6    A.   WE WERE TRYING TO FIGURE OUT THIS ISSUE OF HOW TO DEAL

11:51AM 7    WITH HUGE NUMBERS OF SAMPLES COMING IN AT THE SAME TIME AND

11:51AM 8    MAINTAIN OUR GOALS AROUND TURN AROUND TIME, HOW FAST WE COULD

11:51AM 9    GET RESULTS BACK TO DOCTORS.

11:51AM 10        WE FIRST STARTED LOOKING AT THE WAYS IN WHICH WE DEVELOPED

11:51AM 11   MANY OF THESE CHEMISTRIES IN THE FIRST PLACE, WHICH WAS USING

11:51AM 12   THOSE BIG TECAN ROBOTS WHERE WE HAD BEEN RUNNING CHEMISTRY FOR

11:52AM 13   YEARS.

11:52AM 14        THOSE ROBOTS COULD PROCESS MANY SAMPLES AT THE SAME TIME.

11:52AM 15        AND WE THEN STARTED LOOKING AT OTHER WAYS WE MIGHT BE ABLE

11:52AM 16   TO PROCESS THOSE SAMPLES AS WELL.

11:52AM 17   Q.   AND WHAT OTHER WAYS DID YOU LOOK AT?

11:52AM 18   A.   WE FIGURED OUT THAT THERE WERE TECHNOLOGIES MADE BY BIG

11:52AM 19   MEDICAL DEVICE MANUFACTURERS THAT WERE CALLED OPEN PLATFORMS.

11:52AM 20        THESE ARE DEVICES THAT WERE DESIGNED FOR COMPANIES TO PUT

11:52AM 21   THEIR OWN PROPRIETARY CHEMISTRY ON.

11:52AM 22        AND OUR ENGINEERS REALIZED THAT IF WE MADE SOME INVENTIONS

11:52AM 23   AROUND HOW TO HANDLE A REALLY SMALL VOLUME OF FLUID ON THOSE

11:52AM 24   DEVICES, WE COULD PUT OUR PROPRIETARY CHEMISTRIES ONTO THEM

11:52AM 25   RUNNING OUR PROPRIETARY FORMULA, WHICH MEANT LOADING OUR, WHAT

11:52AM 1    WE CALLED PROTOCOL, WHICH IS LIKE THE SOFTWARE INSTRUCTIONS FOR

11:52AM 2    RUNNING THE PROTOCOL.

11:52AM 3    Q.   HAD ANY OTHER COMPANIES YET FIGURED OUT HOW TO DO THAT

11:53AM 4    WITH A SMALL SAMPLE OF BLOOD?

11:53AM 5    A.   NO.

11:53AM 6    Q.   I'D LIKE TO ASK YOU TO LOOK BACK AT EXHIBIT 15010.

11:53AM 7    A.   OH, OKAY.

11:53AM 8    Q.   IS THIS THE TECAN DEVICE THAT YOU REFERRED TO JUST A

11:53AM 9    MOMENT AGO?

11:53AM 10   A.   YES.

11:53AM 11   Q.   AND HOW WOULD YOU RUN A SMALL SAMPLE OF BLOOD ON THIS

11:53AM 12   DEVICE?

11:53AM 13   A.   ON THIS DEVICE WE COULD PUT A CUSTOM CONSUMABLE.  YOU SEE

11:53AM 14   ON THE DEVICE THE BLUE OBJECT THAT IS UNDER THE ROBOT, THAT IS

11:53AM 15   WHAT THEY CALL A PLATE.  IT'S THE PLACE WHERE YOUR REAGENTS AND

11:53AM 16   YOUR SAMPLE COULD GO.

11:53AM 17       WE COULD BUILD CUSTOM PLATES THAT WERE REALLY SIMILAR TO

11:53AM 18   OUR CARTRIDGE WITH LITTLE VESSELS THAT COULD CONTAIN VERY SMALL

11:53AM 19   AMOUNTS OF SAMPLE.

11:53AM 20   Q.   OKAY.  AND WHO AT THERANOS WAS INVOLVED IN THE TECHNOLOGY

11:54AM 21   THAT WAS NECESSARY TO RUN -- BUILDING THE TECHNOLOGY THAT WAS

11:54AM 22   NECESSARY TO RUN SMALL BLOOD SAMPLES ON THE TECAN DEVICE?

11:54AM 23   A.   MULTIPLE OF OUR SCIENTIFIC AND ENGINEERING TEAMS, OUR

11:54AM 24   ASSAY TEAMS THAT WE TALKED ABOUT, ACROSS THE DIFFERENT METHODS;

11:54AM 25   OUR HARDWARE TEAM TO DESIGN SPECIAL PIECES OF PLASTIC THAT

7536

11:54AM  1    COULD ACCOMMODATE REALLY SMALL VOLUMES OF FLUID.  THEY MOVE

11:54AM  2    DIFFERENTLY THAN BIG VOLUMES OF FLUID, SO YOU NEED SPECIAL

11:54AM  3    ENGINEERING FOR THAT.

11:54AM  4         OUR SOFTWARE TEAMS TO BE ABLE TO EXECUTE WHAT I WAS

11:54AM  5    CALLING THAT PROTOCOL OR THAT FORMULA, AND THE CODE THAT WOULD

11:54AM  6    RUN ON THIS DEVICE.

11:54AM  7    Q.   HOW QUICKLY WAS THE TEAM ABLE TO DEVELOP THE CAPACITY TO

11:54AM  8    DO THAT?

11:54AM  9    A.   FOR THIS DEVICE WE HAD EXPERIENCE WITH THAT FOR YEARS UP

11:54AM  10   TO THIS POINT BECAUSE WE HAD USED THESE DEVICES IN THE CONTEXT

11:54AM  11   OF R&D, SO WE ALREADY HAD THAT CAPABILITY.

11:55AM  12   Q.   OKAY.  YOU MENTIONED MODIFYING OTHER COMMERCIAL PLATFORMS.

11:55AM  13        WHAT SPECIFIC PLATFORMS DID YOU LOOK AT?

11:55AM  14   A.   WE LOOKED AT MANY.  WE ULTIMATELY FOCUSSED ON THE

11:55AM  15   SIEMENS ADVIA AND THE BECTON DICKINSON FORTESSA DEVICES.

11:55AM  16   Q.   AND WERE YOU SUCCESSFUL IN MODIFYING THOSE TO ANALYZE

11:55AM  17   SMALL SAMPLES OF BLOOD?

11:55AM  18   A.   WE DID.  WE MADE INVENTIONS THAT ALLOWED US TO RUN SMALL

11:55AM  19   SAMPLES OF BLOOD ON THOSE PLATFORMS.

11:55AM  20   Q.   LET ME ASK YOU TO LOOK AT THE PICTURE THAT IS ALREADY IN

11:55AM  21   EVIDENCE AS 5389.

11:55AM  22   A.   OKAY.

11:55AM  23   Q.   IS THIS THE SIEMENS ADVIA?

11:55AM  24   A.   YES.

11:55AM  25   Q.   NOW, HOW MANY SMALL SAMPLE TESTS AN HOUR COULD THAT

11:55AM  1    SIEMENS TEST RUN?

11:55AM  2    A.   I BELIEVE OVER 100.

11:55AM  3    Q.   OKAY.  AND, AND DO YOU KNOW, IS THAT THE NUMBER OF PATIENT

11:56AM  4    SAMPLES IT COULD RUN?

11:56AM  5    A.   YES.

11:56AM  6    Q.   AND HOW MANY BLOOD TESTS COULD IT ACTUALLY PERFORM WITHIN

11:56AM  7    THOSE 100 OR SO PATIENTS?

11:56AM  8    A.   DOZENS.

11:56AM  9    Q.   OKAY.  SO AS YOU WERE CONSIDERING HOW TO ACTUALLY OPERATE

11:56AM 10    THE LAB, DID YOU BEGIN TO COMPARE THESE MODIFIED COMMERCIAL

11:56AM 11    PLATFORMS AND THE TECAN TO POTENTIALLY OPERATE IN THE LAB WITH

11:56AM 12    THE 4.0 DEVICES?

11:56AM 13    A.   WE DID.

11:56AM 14    Q.   AND TELL US YOUR THOUGHT PROCESS AS TO WHICH APPEARED TO

11:56AM 15    BE THE WISER COURSE.

11:56AM 16    A.   IN THE CONTEXT OF PHASE I WHERE YOU HAVE REALLY LARGE

11:56AM 17    SAMPLES COMING IN AT THE SAME TIME, THIS MADE A LOT MORE SENSE

11:56AM 18    BECAUSE YOU COULD PROCESS ALL OF THOSE SAMPLES AT THE SAME

11:56AM 19    TIME, AS OPPOSED TO HAVING THESE HUGE BANK OF DEVICES AND HUMAN

11:56AM 20    OR ROBOT OPERATORS FOR EACH ONE AND WAITING UNTIL YOU COULD GET

11:57AM 21    THE NEXT SAMPLE IN THE MACHINE BASED ON THE FACT THAT THE

11:57AM 22    MACHINE ONLY PROCESSED ONE SAMPLE AT A TIME.

11:57AM 23    Q.   SO YOU ULTIMATELY DECIDED TO USE SOME OF THE MODIFIED

11:57AM 24    PLATFORMS AND THE TECAN DEVICES FOR A LOT OF THE SMALL SAMPLE

11:57AM 25    TESTS?

11:57AM  1    A.   WE DID.

11:57AM  2    Q.   NOW, THERE'S BEEN TESTIMONY FROM A NUMBER OF WITNESSES IN

11:57AM  3    THE CASE THAT THEY WERE NOT AWARE THAT THERANOS WAS RUNNING

11:57AM  4    BLOOD SAMPLES ON THESE -- OR ANALYZING BLOOD SAMPLES ON THESE

11:57AM  5    KINDS OF PLATFORMS.

11:57AM  6         DO YOU RECALL THAT?

11:57AM  7    A.   I DO.

11:57AM  8    Q.   DID THERANOS PUBLICLY DISCLOSE THAT IT WAS OPERATING THESE

11:57AM  9    THIRD PARTY DEVICES?

11:57AM  10   A.   NO.

11:57AM  11   Q.   DID YOU TELL MANY PEOPLE OUTSIDE OF THERANOS?

11:57AM  12   A.   NOT MANY.

11:57AM  13   Q.   OKAY.  DID THERANOS SEEK PATENT PROTECTIONS FOR THOSE

11:57AM  14   MODIFICATIONS?

11:57AM  15   A.   WE DID.  WE SOUGHT WHAT IS CALLED NON-PUBLIC PATENT

11:58AM  16   APPLICATIONS FOR THESE INVENTIONS AND WORKED TO PROTECT THEM AS

11:58AM  17   TRADE SECRETS.

11:58AM  18   Q.   AND DID YOU ULTIMATELY RECEIVE A PATENT IN CONNECTION WITH

11:58AM  19   THAT APPLICATION FOR THESE DEVICES?

11:58AM  20   A.   WE DID.

11:58AM  21   Q.   DID YOU TELL WALGREENS THAT YOU WERE RUNNING THE TESTS ON

11:58AM  22   THESE MODIFIED COMMERCIAL PLATFORMS?

11:58AM  23   A.   NOT IN THIS WAY.

11:58AM  24   Q.   AND WHY NOT?

11:58AM  25   A.   BECAUSE THIS WAS AN INVENTION THAT WE UNDERSTOOD FROM OUR

11:58AM 1      COUNSEL WE HAD TO PROTECT AS A TRADE SECRET, AND THAT IF WE

11:58AM 2      DISCLOSED THAT INFORMATION, WE WOULD LOSE TRADE SECRET

11:58AM 3      PROTECTION.

11:58AM 4          THE BIG MEDICAL DEVICE COMPANIES LIKE SIEMENS COULD EASILY

11:58AM 5      REPRODUCE WHAT WE HAD DONE IF THEY KNEW WHAT WE WERE DOING.

11:58AM 6      THEY HAD MORE ENGINEERS THAN WE DID, AND A LOT MORE RESOURCES.

11:58AM 7          AND SO THE ADVICE WAS TO KEEP IT CONFIDENTIAL SO THAT

11:58AM 8      THERANOS WOULD HAVE THE CHANCE TO PROFIT OFF OF THAT INVENTION.

11:59AM 9      Q.   AND DO OTHER COMPANIES TODAY, AFTER DISCLOSURES ABOUT

11:59AM 10     THERANOS, RUN SMALL SAMPLES ON THOSE MODIFIED PLATFORMS?

11:59AM 11             MR. LEACH:  OBJECTION.  RELEVANCE.  403.

11:59AM 12             THE COURT:  SUSTAINED.

11:59AM 13     BY MR. DOWNEY:

11:59AM 14     Q.   NOW, ONE OF THE STEPS THAT YOU MENTIONED THAT YOU WOULD BE

11:59AM 15     TAKING IS APPLICATION FOR APPROVAL OF YOUR DEVICES TO THE FDA.

11:59AM 16         DO YOU RECALL THAT?

11:59AM 17     A.   YES.

11:59AM 18     Q.   AND DO YOU RECALL THAT AS PART OF YOUR EFFORT TO GET

11:59AM 19     APPROVAL FOR THE THERANOS DEVICES, YOU HAD CONVERSATIONS WITH

11:59AM 20     THE FDA ABOUT THE BUSINESS PLAN UNDER WHICH THERANOS WOULD

11:59AM 21     PROCEED?

11:59AM 22     A.   I DO.

11:59AM 23     Q.   DID YOU DISCLOSE TO THE FDA THAT YOU WERE USING THESE

11:59AM 24     MODIFIED PLATFORMS FOR PURPOSES OF RUNNING BLOOD SAMPLES AT

11:59AM 25     THERANOS?

11:59AM  1      A.   YES.

11:59AM  2      Q.   WHY WERE YOU WILLING TO DISCLOSE TO THE FDA THAT YOU WERE

12:00PM  3      USING THESE PLATFORMS, BUT NOT TO OTHER OUTSIDE AUDIENCES?

12:00PM  4      A.   BECAUSE THE FDA ASSURED WE COULD HAVE TRADE SECRET

12:00PM  5      PROTECTION OF THE INFORMATION THAT WE WERE DISCLOSING, THAT IT

12:00PM  6      WOULD NOT BE SHARED PUBLICLY.

12:00PM  7      Q.   OKAY.  LET'S RETURN TO THE SUBJECT OF SORT OF THE

12:00PM  8      PLACEMENT OF VARIOUS DEVICES IN THE LAB --

12:00PM  9      A.   YES.

12:00PM 10      Q.   -- AND THE FINAL DEVELOPMENT OF THE 4 SERIES DEVICE AND

12:00PM 11      TECHNOLOGIES AT THERANOS.

12:00PM 12           DID YOU ULTIMATELY MAKE A DECISION NOT TO USE THE 4 SERIES

12:00PM 13      DEVICE WITHIN THE CLINICAL LAB AT THERANOS?

12:00PM 14      A.   YES.

12:00PM 15      Q.   AND DID THAT HAPPEN IN APPROXIMATELY 2013?

12:00PM 16      A.   IT DID.

12:00PM 17      Q.   AND APPROXIMATELY WHEN IN 2013 DID THAT HAPPEN?

12:00PM 18      A.   IN THE SUMMER OF 2013.

12:00PM 19      Q.   HAD THERANOS CONCLUDED SYSTEMS INTEGRATION OF THE SERIES 4

12:01PM 20      DEVICE IN THE SUMMER OF 2013?

12:01PM 21      A.   WE HAD.

12:01PM 22      Q.   BUT WERE THERE DELAYS IN FINALIZING THAT DEVICE'S

12:01PM 23      READINESS TO LAUNCH?

12:01PM 24      A.   YES.  THEY HAD NOT BEEN VALIDATED.

12:01PM 25      Q.   SO WAS THE 4 SERIES DEVICE READY TO LAUNCH AT THE TIME OF

12:01PM  1    THE SOFT LAUNCH OF THERANOS'S CENTRAL LAB IN -- WELL, OF THE

12:01PM  2    LAUNCH OF THERANOS SERVICE CENTERS IN SEPTEMBER OF 2013?

12:01PM  3    A.   NO.

12:01PM  4    Q.   DID YOU CONSIDER WHETHER YOU -- THE 4 SERIES

12:01PM  5    IMPLEMENTATION WAS DELAYED, THAT THAT WAS A -- THERANOS

12:01PM  6    ABANDONING IT'S 4 SERIES TECHNOLOGY?

12:01PM  7    A.   NOT AT ALL.

12:01PM  8    Q.   WHAT HAPPENED WITH THE DEVELOPMENT OF THE 4 SERIES DEVICE

12:01PM  9    AFTER YOU MADE A DECISION TO DELAY ITS USE IN THE CLINICAL LAB?

12:01PM  10   A.   WE IMMEDIATELY FOCUSSED ON GETTING THAT TECHNOLOGY INTO

12:01PM  11   THE FDA AND ULTIMATELY FILING A LOT OF PRESUBMISSIONS WITH DATA

12:02PM  12   TO INTRODUCE THE TECHNOLOGY TO THE FDA.

12:02PM  13   Q.   AND WHEN YOU BELIEVED THAT THAT TECHNOLOGY WAS READY FOR

12:02PM  14   CLINICAL USE, DID YOU APPLY TO THE FDA AND MAKE THOSE

12:02PM  15   SUBMISSIONS TO THE FDA?

12:02PM  16   A.   YES.

12:02PM  17   Q.   DID YOU HAVE -- NOW, WE'LL TALK LATER.

12:02PM  18        YOU ALSO MADE A DECISION TO USE CERTAIN OF THE 3 SERIES OF

12:02PM  19   DEVICES IN CONNECTION WITH THE CLINICAL LAB; IS THAT RIGHT?

12:02PM  20   A.   WE DID, YES.

12:02PM  21   Q.   WHY DID THERANOS DO THAT?

12:02PM  22   A.   WE HAD A LOT OF EXPERIENCE WITH THEM FOR YEARS AT THAT

12:02PM  23   POINT, AND A LOT OF CONFIDENCE IN THE TECHNOLOGY, AND AS WE

12:02PM  24   PREPARED FOR PHASE II OF OUR MODEL, WE THOUGHT WE COULD USE THE

12:02PM  25   MANY DEVICES THAT WE'D BUILT IN COMBINATION WITH THE HIGH

7542

12:02PM 1    THROUGHPUT PLATFORMS IN THE LAB.

12:02PM 2    Q.   OKAY.  NOW, DO YOU RECALL THAT IN SEPTEMBER OF 2013 THE

12:03PM 3    LAUNCH OF THERANOS STORES IN WALGREENS -- LAUNCH OF THERANOS

12:03PM 4    SERVICE CENTERS IN WALGREENS WAS ANNOUNCED?

12:03PM 5    A.   YES.

12:03PM 6    Q.   AND SHORTLY PRIOR TO THAT TIME, HAD THE CLIA LAB AT

12:03PM 7    THERANOS BEEN WORKING TO VALIDATE VARIOUS ASSAYS IN CONNECTION

12:03PM 8    WITH ITS EFFORTS TO OPEN FOR CLINICAL USE?

12:03PM 9    A.   YES.

12:03PM 10   Q.   AND STARTING IN AUGUST, WAS THERE WORK TO TRY TO BRING ALL

12:03PM 11   OF THERANOS'S ASSAYS INTO THAT CLIA LAB FOR VALIDATION?

12:03PM 12   A.   YES.  I THINK IT STARTED EVEN BEFORE THEN.

12:03PM 13   Q.   WHO COORDINATED THAT PROJECT?

12:03PM 14   A.   DR. YOUNG ON THE R&D SIDE, DR. ROSENDORFF ON THE CLINICAL

12:03PM 15   LAB SIDE, AND SUNNY BALWANI FROM THE BUSINESS OPERATIONS SIDE.

12:04PM 16   Q.   OKAY.  TO DATE AS YOU AND I HAVE BEEN DISCUSSING THE

12:04PM 17   DEVELOPMENT OF THE TECHNOLOGY, HAVE WE BEEN DISCUSSING THE

12:04PM 18   DEVELOPMENT OF THESE ASSAYS IN THE RESEARCH AND DEVELOPMENT LAB

12:04PM 19   AT THERANOS?

12:04PM 20   A.   WE HAVE.

12:04PM 21   Q.   AND SO THIS WAS THE PROCESS OF A CLIA VALIDATION FOR

12:04PM 22   PURPOSES OF OFFERING BLOOD TESTS TO THE PUBLIC; IS THAT RIGHT?

12:04PM 23   A.   EXACTLY, YES.

12:04PM 24   Q.   WAS DR. ROSENDORFF INVOLVED IN THE PROCESS OF CLIA

12:04PM 25   VALIDATION AT THERANOS?

12:04PM  1    A.   YES.

12:04PM  2    Q.   WELL, WHAT DO YOU RECALL ABOUT THE PROCESS AROUND CLIA

12:04PM  3    VALIDATION IN THE SUMMER AND FALL OF 2013?

12:04PM  4    A.   I RECALL THAT DR. ROSENDORFF ESTABLISHED A SERIES OF

12:04PM  5    CRITERIA THAT NEEDED TO BE MET FOR VALIDATION; THAT THE

12:04PM  6    SCIENTISTS WHO DEVELOPED THE TESTS WOULD WORK WITH HIM TO BRING

12:04PM  7    THE TEST TO THE LAB, AND THEN RUN THESE EXPERIMENTS TO TRY TO

12:04PM  8    MEET THE CRITERIA THAT HE HAD ESTABLISHED.

12:05PM  9    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7314.

12:05PM  10   A.   OKAY.

12:05PM  11   Q.   LET ME ASK YOU FIRST, WAS IT YOUR EXPECTATION THAT MOST OF

12:05PM  12   THE ASSAYS THAT HAD BEEN VALIDATED FROM A RESEARCH AND

12:05PM  13   DEVELOPMENT PERSPECTIVE WOULD BE VALIDATED QUICKLY ON A CLIA

12:05PM  14   BASIS?

12:05PM  15   A.   YES.

12:05PM  16   Q.   LET ME ASK YOU TO LOOK AT THE EXHIBIT.

12:05PM  17        IS THIS AN EMAIL FROM DR. YOUNG TO YOU IN AUGUST OF 2013?

12:05PM  18   A.   IT IS.

12:05PM  19           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:05PM  20   7314.

12:05PM  21           MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:05PM  22           THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:05PM  23        (DEFENDANT'S EXHIBIT 7314 WAS RECEIVED IN EVIDENCE.)

12:05PM  24   BY MR. DOWNEY:

12:05PM  25   Q.   IF YOU LOOK AT THE ADDRESS OUTLINE OR THE ADDRESS HEADER

12:06PM 1    AT THE TOP, DO YOU SEE THAT IT'S DATED AUGUST 19TH, 2013?

12:06PM 2    A.   I DO.

12:06PM 3    Q.   THAT'S ABOUT THREE WEEKS BEFORE THE ANNOUNCEMENT OF

12:06PM 4    THERANOS SERVICE CENTERS IN WALGREENS STORES?

12:06PM 5    A.   YES.

12:06PM 6    Q.   AND IS DR. YOUNG REPORTING TO YOU IN THIS EMAIL HIS

12:06PM 7    EXPECTATION ABOUT THE NUMBER OF SMALL SAMPLE TESTS THAT WOULD

12:06PM 8    BE AVAILABLE IN THOSE SERVICE CENTERS?

12:06PM 9    A.   HE IS, YES.

12:06PM 10   Q.   AND IF YOU WOULD LOOK AT THE BEGINNING OF THE EMAIL, HE

12:06PM 11   SAYS, "THE CURRENT LAUNCH LIST COVERS 200 TESTS, IN BOTH BLOOD

12:06PM 12   AND URINE SAMPLES.  THE COLLECTION OF THESE REPORTABLES COVERS

12:06PM 13   MORE THAN 97 PERCENT OF TEST FREQUENCY FOR THESE TWO MATRICES."

12:06PM 14        DO YOU SEE THAT?

12:06PM 15   A.   I DO, YES.

12:06PM 16   Q.   AND MATRICES IS JUST A REFERENCE TO THE BODILY SUBSTANCE

12:06PM 17   THAT IS BEING ANALYZED?

12:06PM 18   A.   YES, HE'S TALKING ABOUT BLOOD AND ALSO URINE.

12:06PM 19   Q.   OKAY.  AND DID YOU UNDERSTAND HERE THAT 200 SMALL SAMPLE

12:07PM 20   ASSAYS WOULD BE APPROVED AND LAUNCHED AT THE OUTSET OF THE

12:07PM 21   THERANOS SERVICE CENTERS OPERATION?

12:07PM 22   A.   YES, THAT WAS OUR PLAN.

12:07PM 23   Q.   OKAY.  IF YOU LOOK BELOW HERE, HE REPORTS ON A NUMBER OF

12:07PM 24   SPECIFIC PIECES OF -- NUMBER OF TESTS AND PIECES OF HARDWARE.

12:07PM 25        DO YOU SEE THAT HE APPEARS TO BREAK OUT BY THE ASSAY

12:07PM  1      METHOD THE NUMBER OF SMALL SAMPLE TESTS THAT WILL BE PART OF

12:07PM  2      THAT LAUNCH?

12:07PM  3      A.   I DO.

12:07PM  4      Q.   AND ARE ALL OF THE NUMBERS PROVIDED HERE SMALL SAMPLE

12:07PM  5      ASSAYS AS OPPOSED TO TRADITIONAL SAMPLES?

12:07PM  6      A.   YES.

12:07PM  7      Q.   OKAY.  SO WAS IT YOUR EXPECTATION THAT AS OF AUGUST OF

12:07PM  8      2013 THAT THIS NUMBER OF SMALL SAMPLE ASSAYS WOULD BE LAUNCHED

12:07PM  9      IN THERANOS SERVICE CENTERS?

12:07PM  10     A.   IT WAS.

12:07PM  11     Q.   WHO AT THERANOS WAS RESPONSIBLE FOR MAKING THE DECISION AS

12:08PM  12     TO WHETHER OR NOT AN ASSAY WAS CLINICALLY VALIDATED UNDER CLIA?

12:08PM  13     A.   THE LAB DIRECTOR.

12:08PM  14     Q.   WAS THAT DR. ROSENDORFF AS OF AUGUST 2013?

12:08PM  15     A.   IT WAS.

12:08PM  16     Q.   WERE THERE OTHERS WHO WERE INVOLVED WITH HIM IN ASSISTING

12:08PM  17     HIM IN PLAYING A ROLE IN THAT PROCESS?

12:08PM  18     A.   YES.

12:08PM  19     Q.   AND WHO ELSE WAS INVOLVED IN THAT PROCESS?

12:08PM  20     A.   WITHIN THE CLINICAL LAB THERE WERE PEOPLE WHO WORKED FOR

12:08PM  21     HIM WHO WERE SENIOR LABORATORY SCIENTISTS AND SUPERVISORS, AND

12:08PM  22     ON THE R&D SIDE THERE WERE THE SCIENTISTS WHO HAD DEVELOPED AND

12:08PM  23     VALIDATED THE TESTS IN R&D.

12:08PM  24     Q.   AND IF THERE WERE A CLIA VALIDATION OF A TEST, HOW WOULD

12:08PM  25     THAT BE DOCUMENTED?

12:08PM  1     A.   IN A CLIA VALIDATION REPORT.

12:08PM  2     Q.   AND WOULD THAT HAVE TO BE SIGNED OFF ON BY DR. ROSENDORFF?

12:08PM  3     A.   IT WOULD, YES.

12:08PM  4     Q.   AND ANY OTHERS?

12:08PM  5     A.   YES.

12:09PM  6     Q.   WHO?

12:09PM  7     A.   THE CLINICAL LABORATORY SCIENTIST, THE GENERAL

12:09PM  8     SUPERVISORS, TECHNICAL SUPERVISORS, SOMETIMES THE SCIENTISTS

12:09PM  9     WHO DEVELOPED THE TESTS AND THEIR TEAM LEADS, SOMETIMES OTHER

12:09PM  10    R&D LEADERSHIP, AND THEN DR. ROSENDORFF HIMSELF.

12:09PM  11    Q.   OKAY.  DID YOU EVER PRESSURE DR. ROSENDORFF TO CLINICALLY

12:09PM  12    VALIDATE TESTS THAT HE DID NOT WANT TO CLINICALLY VALIDATE?

12:09PM  13    A.   NO.

12:09PM  14    Q.   DID YOU EVER PRESSURE DR. YOUNG TO CONTRIBUTE TO

12:09PM  15    CLINICALLY VALIDATING A TEST THAT HE DID NOT WANT CLINICALLY

12:09PM  16    VALIDATED?

12:09PM  17    A.   NO.

12:09PM  18    Q.   DID YOU EVER PRESSURE ANYONE AT THERANOS TO SIGN OFF ON A

12:09PM  19    CLINICAL OR CLIA VALIDATION WHERE THEY DID NOT WANT TO SIGN OFF

12:09PM  20    ON THAT CLINICAL OR CLIA VALIDATION?

12:09PM  21    A.   ABSOLUTELY NOT.

12:09PM  22    Q.   DID YOU HAVE THE TRAINING TO MAKE A DECISION AS TO WHETHER

12:11PM  23    OR NOT AN ASSAY WAS VALID FOR CLINICAL USE?

12:11PM  24    A.   NO.

12:11PM  25    Q.   ARE YOU AWARE OF ANY ASSAY BEING USED IN THE CLINICAL

12:11PM 1    LABORATORY AT THERANOS THAT WAS NOT VALIDATED AND APPROVED BY

12:11PM 2    THE LABORATORY DIRECTOR?

12:11PM 3    A.   I AM NOT.

12:11PM 4    Q.   WOULD YOU HAVE PERMITTED THAT?

12:11PM 5    A.   NO.

12:11PM 6    Q.   DO YOU RECALL THAT DR. ROSENDORFF TESTIFIED EARLIER IN

12:11PM 7    THIS TRIAL?

12:11PM 8    A.   I DO.

12:11PM 9    Q.   AND DO YOU RECALL THAT HE TESTIFIED ABOUT SOME

12:11PM 10   INTERACTIONS WITH YOU RAISING CONCERNS ABOUT WHETHER OR NOT IT

12:11PM 11   WAS POSSIBLE TO VALIDATE ON THE GIVEN SCHEDULE A CERTAIN NUMBER

12:11PM 12   OF ASSAYS?

12:11PM 13   A.   I DO.

12:11PM 14   Q.   WHAT DO YOU RECALL ABOUT, IF ANYTHING, ABOUT SUCH AN

12:11PM 15   INTERACTION WITH DR. ROSENDORFF?

12:11PM 16   A.   I RECALL TELLING DR. ROSENDORFF THAT WE'LL DO WHATEVER IT

12:11PM 17   TAKES TO GIVE HIM THE TIME THAT WE NEED TO BRING UP THE TEST

12:11PM 18   PROPERLY UNTIL HE WAS SATISFIED WITH SIGNING OFF ON THEM.

12:11PM 19   Q.   WITH RESPECT TO THE TESTS ABOUT WHICH HE RAISED CONCERNS,

12:11PM 20   DID YOU -- WAS THERE ANY DELAY IN THE LAUNCH OF THOSE TESTS?

12:11PM 21   A.   YES.

12:11PM 22   Q.   AND DO YOU KNOW HOW LONG THE LAUNCH OF THOSE TESTS WAS

12:11PM 23   DELAYED?

12:11PM 24   A.   MONTHS AFTER THAT TIME.

12:11PM 25   Q.   DID YOU UNDERSTAND THAT HE DID THE WORK THEREAFTER TO

12:11PM  1    BECOME COMFORTABLE TO CLINICALLY VALIDATE THOSE ASSAYS BEFORE

12:11PM  2    THEY WERE RELEASED FOR USE WITH MEMBERS OF THE PUBLIC?

12:11PM  3    A.   I DO.

12:11PM  4    Q.   DO YOU RECALL ALSO THAT DOCTOR -- THAT MS. GANGAKHEDKAR

12:11PM  5    TESTIFIED ABOUT CONCERNS THAT SHE HAD AROUND THE TIME OF THE

12:11PM  6    LAUNCH OF THE CLIA LAB AT THERANOS?

12:11PM  7    A.   I DO.

12:11PM  8    Q.   AND BY THAT TIME SHE WAS LEADING ONE OF THE ASSAY TEAMS IN

12:11PM  9    THE RESEARCH AND DEVELOPMENT GROUP; RIGHT?

12:11PM  10   A.   YES.

12:11PM  11   Q.   SHE WAS THE HEAD OF THE IMMUNOASSAY GROUP?

12:11PM  12   A.   YES.

12:11PM  13   Q.   AND SHE RESIGNED IN SEPTEMBER OF 2013; IS THAT RIGHT?

12:11PM  14   A.   SHE DID.

12:11PM  15   Q.   DID YOU SPEAK WITH HER IN CONNECTION WITH HER INTENDED

12:11PM  16   DEPARTURE FROM THERANOS?

12:11PM  17   A.   I DID.

12:11PM  18   Q.   WHAT DO YOU RECALL HER TELLING YOU AT THAT TIME?

12:12PM  19   A.   SHE TOLD ME THAT SHE WAS STRESSED AND HAD HEALTH ISSUES.

12:12PM  20        AND I SUGGESTED TO HER THAT SHE TAKE A LEAVE OF ABSENCE

12:12PM  21   HOPING THAT SHE COULD ADDRESS THE HEALTH ISSUES.

12:12PM  22   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 13780.

12:12PM  23   A.   OKAY.

12:12PM  24   Q.   IS THIS AN EMAIL THAT WAS SENT TO YOU BY A THERANOS PERSON

12:12PM  25   ABOUT MS. GANGAKHEDKAR'S DEPARTURE FROM THERANOS?

7549

| | | |
|---|---|---|
| 12:12PM | 1 | A.   YES.  I THINK SHE'S TALKING ABOUT MS. GANGAKHEDKAR'S |
| 12:12PM | 2 | DEPARTURE AND ANOTHER EMPLOYEE'S DEPARTURE. |
| 12:12PM | 3 | MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 13780. |
| 12:12PM | 4 | MR. LEACH:  NO OBJECTION. |
| 12:12PM | 5 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |
| 12:12PM | 6 | (DEFENDANT'S EXHIBIT 13780 WAS RECEIVED IN EVIDENCE.) |
| 12:13PM | 7 | BY MR. DOWNEY: |
| 12:13PM | 8 | Q.   LOOKING AT THE BOTTOM EMAIL HERE, DO YOU SEE THAT THIS IS |
| 12:13PM | 9 | AN EMAIL FROM TINA NOYES. |
| 12:13PM | 10 | WAS SHE A THERANOS EMPLOYEE? |
| 12:13PM | 11 | A.   YES. |
| 12:13PM | 12 | Q.   AND DID SHE WORK WITH MS. GANGAKHEDKAR? |
| 12:13PM | 13 | A.   SHE DID. |
| 12:13PM | 14 | Q.   AND DO YOU SEE IN THAT EMAIL SHE HAD TOLD MS. GANGAKHEDKAR |
| 12:13PM | 15 | AND ANOTHER INDIVIDUAL THAT SHE WAS WRITING TO ADVISE OF HER |
| 12:13PM | 16 | RESIGNATION ON SEPTEMBER 5TH? |
| 12:13PM | 17 | A.   YES. |
| 12:13PM | 18 | Q.   AND THE OTHER INDIVIDUAL SHE SENT THIS TO IS A WOMAN NAMED |
| 12:13PM | 19 | MONA RAMAMURTHY. |
| 12:13PM | 20 | DO YOU SEE THAT? |
| 12:13PM | 21 | A.   YES. |
| 12:13PM | 22 | Q.   AND WHO IS MONA RAMAMURTHY? |
| 12:13PM | 23 | A.   SHE RAN OUR HUMAN RESOURCES. |
| 12:13PM | 24 | Q.   OKAY.  AND IF YOU GO ABOVE THAT EMAIL, THERE'S AN EMAIL |
| 12:13PM | 25 | FROM MS. RAMAMURTHY TO YOU. |

12:13PM   1          DO YOU SEE THAT?

12:13PM   2     A.   I DO.

12:13PM   3     Q.   AND IT'S ON THAT SAME DAY, SEPTEMBER 5TH?

12:13PM   4     A.   YES.

12:13PM   5     Q.   AND DO YOU SEE BELOW IN THE TEXT OF THE EMAIL, THE SECOND

12:14PM   6     SENTENCE READS THAT, "SUREKHA," THAT'S REFERRING TO

12:14PM   7     MS. GANGAKHEDKAR?

12:14PM   8     A.   YES.

12:14PM   9     Q.   "SUREKHA JUST CAME BY AND SAID SHE BELIEVES TINA IS

12:14PM  10     RESIGNING BECAUSE OF HEALTH REASONS, FAMILY LIFE, AND STRESS.

12:14PM  11     SHE SAID IT IS SIMILAR TO THE REASON SHE IS RESIGNING."

12:14PM  12          DO YOU SEE THAT?

12:14PM  13     A.   I DO.

12:14PM  14     Q.   NOW, DURING THE CONVERSATION THAT YOU HAD WITH

12:14PM  15     MS. GANGAKHEDKAR AROUND SEPTEMBER 5TH, DO YOU RECALL HER

12:14PM  16     RAISING ANY CONCERN ABOUT THE VALIDITY OF THERANOS TECHNOLOGY,

12:14PM  17     WHETHER IT BE ASSAYS OR IN ANY OTHER RESPECT?

12:14PM  18     A.   NO.

12:14PM  19     Q.   DID YOU TRY TO PERSUADE MS. GANGAKHEDKAR IN THAT

12:14PM  20     CONVERSATION AND THEREAFTER TO REMAIN AT THERANOS?

12:14PM  21     A.   I DID.

12:14PM  22     Q.   DO YOU RECALL DURING THIS TRIAL THAT MS. GANGAKHEDKAR

12:14PM  23     TESTIFIED ABOUT AN EMAIL EXCHANGE THAT SHE HAD HAD WITH

12:14PM  24     MR. BALWANI A FEW DAYS BEFORE THIS SEPTEMBER 5TH, 2013

12:15PM  25     RESIGNATION?

| | | |
|---|---|---|
| 12:15PM | 1 | A.   I DO. |
| 12:15PM | 2 | Q.   LET'S TAKE A MOMENT AND LOOK AT THAT EMAIL EXCHANGE. |
| 12:15PM | 3 | IF WE CAN BLOW UP THE BOTTOM EMAIL. |
| 12:15PM | 4 | WELL, ACTUALLY, IF WE CAN -- YEAH, IF WE CAN GO AND BLOW |
| 12:15PM | 5 | THAT EMAIL UP, IF YOU WOULD, MR. BENNETT. |
| 12:15PM | 6 | THE COURT:  THIS IS EXHIBIT? |
| 12:15PM | 7 | MR. DOWNEY:  I APOLOGIZE, YOUR HONOR.  IT'S |
| 12:15PM | 8 | EXHIBIT 3962. |
| 12:15PM | 9 | AND THIS IS IN EVIDENCE PREVIOUSLY. |
| 12:15PM | 10 | Q.   DO YOU SEE HERE IT SAYS, "PLEASE NOTE THAT THE SOFTWARE |
| 12:15PM | 11 | TEAM WAS HERE TILL 3:07 A.M. - AND IS ALREADY HERE NOW AT 10:00 |
| 12:15PM | 12 | A.M.," AND THEN HE GOES ON TO DESCRIBE HOW HARD THE SOFTWARE |
| 12:15PM | 13 | TEAM WAS WORKING. |
| 12:16PM | 14 | AND HE SAYS, "THE EDISON DEVICES IN THE EVENING WERE ALL |
| 12:16PM | 15 | SITTING IDLE AND I ALSO DIDN'T SEE ANYONE FROM CARTRIDGE |
| 12:16PM | 16 | MANUFACTURING IN THE EVENING." |
| 12:16PM | 17 | AND THEN IN THE LAST PARAGRAPH HE ASKS, "PLEASE ASK THE |
| 12:16PM | 18 | ELISA TEAM TO ORGANIZE, PLAN AND PUT IN THE HOURS THIS MONTH TO |
| 12:16PM | 19 | BRING UP ALL ASSAYS AND WORK AROUND ANY CHALLENGES THAT COME |
| 12:16PM | 20 | OUR WAY." |
| 12:16PM | 21 | DO YOU SEE THAT? |
| 12:16PM | 22 | A.   YES. |
| 12:16PM | 23 | Q.   IS THE ELISA TEAM THE TEAM THAT MS. GANGAKHEDKAR WAS |
| 12:16PM | 24 | RESPONSIBLE FOR RUNNING? |
| 12:16PM | 25 | A.   YES. |

12:16PM 1    Q.   AND IF YOU GO ABOVE, DO YOU SEE THAT MS. GANGAKHEDKAR

12:16PM 2    RESPONDS TO THAT EMAIL?

12:16PM 3    A.   YES.

12:16PM 4    Q.   AND IF YOU LOOK AT THE SECOND EMAIL, DO YOU SEE THAT SHE

12:16PM 5    SAYS THE TEAM HAD BEEN WORKING HARD TOWARDS VALIDATION EFFORTS?

12:16PM 6    A.   I DO.

12:16PM 7    Q.   AND DO YOU SEE THAT SHE THEN WENT ON TO DESCRIBE SOME OF

12:16PM 8    THE DETAILS OF THAT HARD WORK?

12:16PM 9    A.   YES.

12:16PM 10   Q.   NOW, YOU'RE COPIED ON THIS EMAIL?

12:16PM 11   A.   YES.

12:16PM 12   Q.   DO YOU SEE THAT?

12:16PM 13        LOOKING BACK ON THIS NOW AND HAVING HEARD

12:16PM 14   MS. GANGAKHEDKAR'S TESTIMONY, WOULD YOU HANDLE THIS SITUATION

12:17PM 15   DIFFERENTLY?

12:17PM 16   A.   COMPLETELY.

12:17PM 17   Q.   WHY DO YOU SAY THAT?

12:17PM 18   A.   BECAUSE SUREKHA HAD WORKED WITH OUR TEAM AT OUR COMPANY

12:17PM 19   FOR YEARS.  SHE HAD DONE GREAT WORK, AND HER TEAM WAS WORKING

12:17PM 20   HARD, AND THIS IS THE WRONG WAY TO TREAT PEOPLE.

12:17PM 21   Q.   NOW, WHEN MS. GANGAKHEDKAR DEPARTED, WHO REPLACED HER?

12:17PM 22   A.   DR. SIVARAMAN.

12:17PM 23   Q.   HOW LONG DID DR. SIVARAMAN REMAIN AT THERANOS?

12:17PM 24   A.   UNTIL 2017 OR 2018.

12:17PM 25   Q.   NOW, YOU TESTIFIED ABOUT DR. ROSENDORFF'S -- THE

7553

12:17PM 1    CONVERSATION WITH DR. ROSENDORFF AND YOUR CONVERSATION WITH

12:17PM 2    MS. GANGAKHEDKAR, AND BOTH OF THEM REFERRING BOTH TO STRESS AND

12:17PM 3    DR. ROSENDORFF SAYING HE WASN'T READY TO VALIDATE CERTAIN

12:17PM 4    ASSAYS.

12:17PM 5         TO THE EXTENT THAT THERE WERE THOSE CONCERNS, WHY DIDN'T

12:17PM 6    THERANOS DELAY ITS COMMERCIAL LAUNCH?

12:18PM 7    A.   WE DID DELAY THE VALIDATION OF ANY TEST OF WHICH THERE WAS

12:18PM 8    A CONCERN.

12:18PM 9    Q.   DID YOU IMPOSE ANY DEADLINE BY WHICH ASSAYS HAD TO BE

12:18PM 10   VALIDATED?

12:18PM 11   A.   NO.

12:18PM 12   Q.   WERE YOU CONCERNED IF AN ASSAY HAD TO BE RUN ON A

12:18PM 13   TRADITIONAL SAMPLE FOR A PERIOD OUT OF THE CLIA LAB?

12:18PM 14   A.   NO.

12:18PM 15   Q.   LET ME TURN FROM TALKING ABOUT THE CLIA LAB TO TALKING

12:18PM 16   ABOUT THE OTHER ASPECTS OF THERANOS'S BUSINESS DURING THIS

12:18PM 17   TIME.

12:18PM 18        WAS THE LAUNCH OF THERANOS SERVICE CENTERS THE FIRST TIME

12:18PM 19   THAT THERANOS WAS REALLY KNOWN TO THE PUBLIC?

12:18PM 20   A.   YES.

12:18PM 21   Q.   WHAT DID YOU DO TO PLAN TO MAKE THAT ANNOUNCEMENT?

12:18PM 22   A.   WE WORKED WITH A TEAM OF MARKETING AND PUBLIC RELATIONS

12:19PM 23   ADVISORS ON HOW TO INTRODUCE OUR COMPANY TO THE WORLD.

12:19PM 24   Q.   OKAY.  AND WAS IT THE CASE THAT THE COMMERCIAL LAUNCH OF

12:19PM 25   THERANOS SERVICE CENTERS HAD ORIGINALLY BEEN SCHEDULED FOR

12:19PM   1    MARCH OF 2013?

12:19PM   2    A.   YES.

12:19PM   3    Q.   AND WAS THAT DATE DELAYED UNTIL SEPTEMBER OF 2013?

12:19PM   4    A.   IT WAS.

12:19PM   5    Q.   WHY WAS THAT DATE DELAYED?

12:19PM   6    A.   BECAUSE WE, THE TEAMS AT THERANOS AND AT WALGREENS, WERE

12:19PM   7    NOT READY TO HIT THE INITIAL LAUNCH DATE.   THERE WERE PEOPLE

12:19PM   8    WHO NEEDED TO BE TRAINED IN THE STORES, THERE WERE PROCESSES

12:19PM   9    THAT NEEDED TO BE ESTABLISHED, WE WERE STILL BUILDING THE

12:19PM   10   COURIER AND THE LOGISTICS INFRASTRUCTURE.   SO WE PUSHED THE

12:19PM   11   LAUNCH DATE.

12:19PM   12   Q.   OKAY.   WERE YOU ALSO STILL DEVELOPING MARKETING MATERIALS

12:19PM   13   AND BRANDING MATERIALS ASSOCIATED WITH THE LAUNCH?

12:19PM   14   A.   WE WERE.

12:19PM   15   Q.   NOW, WHEN THERE WERE ULTIMATELY MARKETING MATERIALS IN

12:19PM   16   PLACE, DID YOU HAVE THE OCCASION TO REVIEW VARIOUS FORMS OF

12:19PM   17   MARKETING THAT THERANOS RELEASED TO THE PUBLIC?

12:20PM   18   A.   I DID.

12:20PM   19   Q.   DID YOU PERSONALLY RESEARCH OR VERIFY EVERY STATEMENT MADE

12:20PM   20   IN THOSE MARKETING MATERIALS?

12:20PM   21   A.   NO.

12:20PM   22   Q.   DID YOU EVER APPROVE ANY MARKETING MATERIALS THAT YOU

12:20PM   23   THOUGHT WERE INACCURATE?

12:20PM   24   A.   NO.

12:20PM   25   Q.   IN THE PERIOD BEFORE YOU STARTED WORKING WITH EXPERTS AND

12:20PM   1    CONSULTANTS IN THE AREA OF MARKETING AND BRANDING, HAD THERANOS

12:20PM   2    DEVOTED MUCH MONEY OR THOUGHT TO THE PROCESS OF MARKETING AND

12:20PM   3    BRANDING?

12:20PM   4    A.   WE HAD NOT.

12:20PM   5    Q.   WHAT WAS THE PUBLIC PRESENCE OF THERANOS IN THE YEARS 2004

12:20PM   6    TO 2013?

12:20PM   7    A.   IT WAS ALMOST NOTHING.

12:20PM   8    Q.   OKAY.  AND WHEN YOU LAUNCHED, YOU WOULD BE LAUNCHING AS

12:20PM   9    PART OF A PARTNERSHIP WITH WALGREENS?

12:20PM  10    A.   YES.

12:20PM  11    Q.   AND WAS WALGREENS ALREADY A COMPANY THAT WAS WELL

12:20PM  12    ESTABLISHED?

12:20PM  13    A.   YES.

12:20PM  14    Q.   DID YOU HAVE ANY CONCERNS WITH RESPECT TO THERANOS'S BRAND

12:20PM  15    BASED ON THE FACT THAT YOU WERE LAUNCHING WITH WALGREENS?

12:20PM  16    A.   WE DID.

12:21PM  17    Q.   WHAT WAS -- WHAT WERE THE CONCERNS THAT YOU HAD?

12:21PM  18    A.   WE WANTED THE CHANCE TO ESTABLISH OUR OWN BRAND AND BE

12:21PM  19    ABLE TO BUILD A COMPANY THAT WOULD NOT JUST BE INSIDE OF

12:21PM  20    WALGREENS, BUT THAT HOPEFULLY WOULD BE A PRODUCT THAT COULD BE

12:21PM  21    AVAILABLE TO PEOPLE WIDELY.

12:21PM  22    Q.   OKAY.  NOW, YOU MENTIONED WORKING WITH CONSULTANTS AND SO

12:21PM  23    FORTH.  WHO DID YOU HIRE TO HELP THERANOS WITH ITS MARKETING

12:21PM  24    AND BRANDING EFFORTS?

12:21PM  25    A.   WE HIRED TBWA/CHIAT/DAY, WHICH WAS A MARKETING AND

12:21PM  1    ADVERTISING AGENCY.

12:21PM  2    Q.   AND IS THAT SOMETIMES CALLED CHIAT/DAY?

12:21PM  3    A.   YES.

12:21PM  4    Q.   AND TELL US WHAT YOU UNDERSTOOD CHIAT/DAY WAS WHEN YOU

12:21PM  5    HIRED THEM.

12:21PM  6    A.   I UNDERSTOOD THAT THEY WERE ONE OF THE BEST MARKETING

12:21PM  7    FIRMS, THAT THEY HAD WORKED WITH COMPANIES LIKE APPLE ON THE

12:21PM  8    LAUNCH OF MANY DIFFERENT PRODUCTS AND CREATED AMAZING

12:21PM  9    ADVERTISEMENTS THAT INTRODUCED NEW BRANDS AND COMPANIES TO THE

12:21PM  10   WORLD.

12:21PM  11   Q.   AND WHAT ROLE DID YOU EXPECT THEM TO PLAY WITH REGARD TO

12:22PM  12   BRANDING AND MARKETING OF THERANOS?

12:22PM  13   A.   WE ASKED FOR THEIR HELP IN FIGURING OUT HOW TO INTRODUCE

12:22PM  14   THERANOS TO THE WORLD.

12:22PM  15   Q.   HOW LONG DID CHIAT/DAY AND THERANOS WORK TOGETHER?

12:22PM  16   A.   OVER A YEAR.

12:22PM  17   Q.   HOW MUCH DID THERANOS PAY CHIAT/DAY IN CONNECTION WITH ITS

12:22PM  18   EFFORTS TO DEVELOP A BRAND FOR ITS TECHNOLOGY?

12:22PM  19   A.   MILLIONS OF DOLLARS.

12:22PM  20   Q.   DID YOU ATTEND ANY MEETINGS YOURSELF WITH CHIAT/DAY?

12:22PM  21   A.   I DID.

12:22PM  22   Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7755.

12:22PM  23   A.   I'M NOT SURE IF I HAVE --

12:22PM  24        THE COURT:  I DON'T THINK IT'S IN THE BINDER.

12:22PM  25        THE WITNESS:  7755?

| | | |
|---|---|---|
| 12:22PM | 1 | THE COURT:  7755? |
| 12:23PM | 2 | MR. DOWNEY:  7755. |
| 12:23PM | 3 | THE COURT:  45? |
| 12:23PM | 4 | MR. DOWNEY:  EXCUSE ME A MOMENT, YOUR HONOR. |
| 12:23PM | 5 | (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.) |
| 12:23PM | 6 | BY MR. DOWNEY: |
| 12:23PM | 7 | Q.   LET ME PASS 7755, AND WE CAN COME BACK TO THAT. |
| 12:23PM | 8 | BUT I THINK YOU JUST TESTIFIED THAT YOU MET WITH THEM? |
| 12:23PM | 9 | A.   I DID. |
| 12:23PM | 10 | Q.   AND AS A RESULT OF THE MEETINGS THAT YOU HAD WITH THEM, |
| 12:23PM | 11 | WERE YOU ADVISED TO ENGAGE OTHER CONSULTANTS TO HELP WITH THE |
| 12:23PM | 12 | PUBLIC LAUNCH OF THERANOS? |
| 12:23PM | 13 | A.   YES. |
| 12:23PM | 14 | Q.   WHAT OTHER TYPES OF CONSULTANTS DID THERANOS ENGAGE TO |
| 12:23PM | 15 | HELP IT WITH THE PUBLIC LAUNCH OF ITSELF AS A RETAIL COMPANY? |
| 12:23PM | 16 | A.   THERE WERE SEVERAL DIFFERENT GROUPS.  THE ONE WE SPENT THE |
| 12:23PM | 17 | MOST TIME WITH WAS A COMPANY CALLED GROW THAT WAS A PUBLIC |
| 12:24PM | 18 | RELATIONS FIRM. |
| 12:24PM | 19 | Q.   AND WHAT KIND OF THINGS DOES GROW DO? |
| 12:24PM | 20 | A.   THEY HELP COMPANIES BUILD THEIR BRAND.  THEY ADVISE ON HOW |
| 12:24PM | 21 | TO DO MEDIA APPEARANCES, THEY COMMUNICATE WITH THE MEDIA ABOUT |
| 12:24PM | 22 | PIECES, AND WORK FOR THE COMPANY ON DOING MEDIA RELATIONS. |
| 12:24PM | 23 | Q.   DID THEY DO THAT KIND OF WORK FOR THERANOS WHEN YOU WERE |
| 12:24PM | 24 | THERE? |
| 12:24PM | 25 | A.   THEY DID. |

7558

12:24PM  1    Q.   WHEN THERANOS DECIDED TO ANNOUNCE THE PARTNERSHIP WITH

12:24PM  2    WALGREENS, WHAT DID IT DECIDE WAS THE BEST WAY TO MAKE THE

12:24PM  3    ANNOUNCEMENT THAT THERANOS WAS A COMPANY THAT WAS OUT THERE AND

12:24PM  4    DOING BUSINESS?

12:24PM  5    A.   THE ADVICE WE GOT WAS TO DO A COMPANY ANNOUNCEMENT AND

12:24PM  6    THEN SEPARATELY ANNOUNCE THE PARTNERSHIP WITH WALGREENS.

12:24PM  7    Q.   AND WHERE DID YOU DO THE COMPANY ANNOUNCEMENT?

12:24PM  8    A.   WE DID IT THROUGH A PIECE IN "THE WALL STREET JOURNAL" AND

12:24PM  9    THROUGH THE LAUNCH OF A NEW WEBSITE.

12:25PM  10   Q.   AND WAS THAT THE PIECE THAT WE'VE SEEN DURING THE COURSE

12:25PM  11   OF THE TRIAL THAT WAS PREPARED BY JOSEPH RAGO?

12:25PM  12   A.   IT IS.

12:25PM  13   Q.   AND WHY WAS MR. RAGO THE JOURNALIST WHO WROTE THAT ARGUE?

12:25PM  14   A.   HE WAS SOMEONE WHO OUR BOARD MEMBERS HAD KNOWN FOR SOME

12:25PM  15   TIME, AND HE FOCUSSED ON HEALTH CARE ECONOMICS, AND WHAT

12:25PM  16   THERANOS REALLY WANTED TO DO WAS TO CHANGE THE COST OF TESTING.

12:25PM  17        SO HE WAS SOMEONE WHO WE COULD TALK TO ABOUT THAT AND

12:25PM  18   ABOUT WHAT THAT WOULD MEAN FOR MEDICARE AND MEDICAID

12:25PM  19   SPECIFICALLY.

12:25PM  20   Q.   AND WERE YOU INTERVIEWED BY MR. RAGO?

12:25PM  21   A.   I WAS.

12:25PM  22   Q.   AND DID GROW MARKETING WORK WITH MR. RAGO IN PREPARATION

12:25PM  23   OF THAT PIECE?

12:25PM  24   A.   THEY DID.

12:25PM  25   Q.   DID MR. RAGO SPEAK WITH OTHERS AT THERANOS ABOUT

12:25PM 1    THERANOS'S OPERATIONS AND THERANOS AS A BUSINESS?

12:25PM 2    A.   YES.

12:25PM 3    Q.   DID HE SPEAK WITH BOARD MEMBERS?

12:25PM 4    A.   YES.

12:25PM 5    Q.   DID HE SPEAK WITH OTHER EMPLOYEES OF THE COMPANY?

12:25PM 6    A.   YES.

12:25PM 7    Q.   DID THERANOS HAVE AN OPPORTUNITY TO REVIEW HIS ARTICLE

12:26PM 8    BEFORE IT WAS PUBLISHED?

12:26PM 9    A.   YES.

12:26PM 10   Q.   WERE YOU THE ONLY PERSON AT THERANOS WHO REVIEWED THAT

12:26PM 11   DRAFT OF MR. RAGO'S ARTICLE?

12:26PM 12   A.   NO.

12:26PM 13   Q.   NOW, WHEN YOU BEGAN TO BE KNOWN AS A PUBLIC COMPANY, WAS

12:26PM 14   IT SHORTLY AFTER -- WHEN I SAY "PUBLIC COMPANY," WHEN YOU BEGAN

12:26PM 15   TO BE KNOWN IN THE PUBLIC AS A COMPANY, WAS IT SHORTLY AFTER

12:26PM 16   THAT THAT THE WALGREENS PARTNERSHIP WAS ANNOUNCED?

12:26PM 17   A.   YES.

12:26PM 18   Q.   WITHIN THE COUPLE OF DAYS?

12:26PM 19   A.   IT WAS.

12:26PM 20   Q.   AND HOW WAS THAT ANNOUNCEMENT MADE?

12:26PM 21   A.   THROUGH A JOINT PRESS RELEASE WITH WALGREENS.

12:26PM 22   Q.   AND WHEN YOU ANNOUNCED THAT PARTNERSHIP, WHAT WERE THE

12:26PM 23   FOCUS OF WHAT WALGREENS AND THERANOS TRIED TO CONVEY ABOUT THAT

12:26PM 24   PARTNERSHIP?

12:26PM 25   A.   THAT WE HAD A NEW KIND OF LABORATORY SERVICE; THAT WE

7560

12:26PM 1    WANTED TO FOCUS ON MAKING THE EXPERIENCE WONDERFUL FOR PEOPLE;

12:27PM 2    THAT WE WANTED TO CHANGE THE COST OF TESTING, THE CONVENIENCE

12:27PM 3    OF TESTING; THAT WE COULD DO SMALL SAMPLE TESTING; AND THAT WE

12:27PM 4    WERE GOING TO INTRODUCE THIS PARTNERSHIP NATIONWIDE.

12:27PM 5    Q.   AND WHY DID YOU FOCUS ON SMALL SAMPLES AS PART OF THAT

12:27PM 6    ANNOUNCEMENT?

12:27PM 7    A.   BECAUSE THIS WAS A UNIQUE INVENTION THAT THERANOS HAD, AND

12:27PM 8    WE WERE GOING TO BE THE FIRST LAB TO MAKE IT POSSIBLE DOING

12:27PM 9    FINGERSTICK INSTEAD OF VENOUS DRAWS WHEN PEOPLE CAME INTO

12:27PM 10   RETAIL.

12:27PM 11   Q.   OKAY.  SO THAT -- WHEN WOULD ALL OF THESE ANNOUNCEMENTS

12:27PM 12   HAVE OCCURRED?

12:27PM 13   A.   THEY OCCURRED IN SEPTEMBER OF 2013.

12:27PM 14   Q.   OKAY.  NOW, AFTER THE LAUNCH AT WALGREENS OF THERANOS

12:27PM 15   SERVICE CENTERS, DID THERANOS CONTINUE TO WORK WITH THE FDA TO

12:27PM 16   TRY TO MAKE SUBMISSIONS IN CONNECTION WITH ITS TECHNOLOGY?

12:27PM 17   A.   WE DID.

12:27PM 18   Q.   AND YOU TESTIFIED THAT THERANOS HAD NOT -- DECIDED NOT TO

12:28PM 19   USE THE 4 SERIES DEVICE IN THAT CLINICAL LABORATORY; CORRECT?

12:28PM 20   A.   YES.

12:28PM 21   Q.   BUT IT STILL INTENDED TO APPLY TO THE FDA FOR APPROVAL FOR

12:28PM 22   THE 4 SERIES SYSTEM.  CORRECT?

12:28PM 23   A.   YES, WE FOCUSSED THERE.

12:28PM 24   Q.   AND DID YOU START THE PROCESS IN THE FALL OF 2013 OF

12:28PM 25   ENGAGING WITH THE FDA ABOUT THAT?

```
12:28PM   1      A.   YES.

12:28PM   2      Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15030.

12:28PM   3      A.   OKAY.  I DON'T KNOW THAT I HAVE THAT ONE, EITHER.

12:29PM   4      Q.   ALL RIGHT.  LET ME HAND IT TO YOU IN A MOMENT.

12:29PM   5      A.   AWESOME.

12:29PM   6            MR. DOWNEY:  YOUR HONOR, I'VE PASSED UP A NEW

12:29PM   7      NOTEBOOK TO YOU AND EXHIBIT 15030 IS IN THERE.

12:29PM   8          MAY I APPROACH THE WITNESS WITH HER COPY?

12:29PM   9            THE COURT:  YES.

12:29PM  10          THIS IS VOLUME 3 I BELIEVE.  IS THAT RIGHT?

12:29PM  11            MR. DOWNEY:  VOLUME 3 WILL BE WITH YOU ONLY BRIEFLY

12:29PM  12      BECAUSE IT CONSISTS OF SOME VERY LARGE DOCUMENTS, BUT I WILL --

12:29PM  13      (HANDING.)

12:29PM  14            THE WITNESS:  WHAT WAS THE EXHIBIT NUMBER ONE MORE

12:29PM  15      TIME.

12:29PM  16            MR. DOWNEY:  IT'S 15030.

12:30PM  17            THE WITNESS:  OKAY.

12:30PM  18      BY MR. DOWNEY:

12:30PM  19      Q.   IS 15030 AN EMAIL FORWARDING A SUBMISSION TO THE FDA IN

12:30PM  20      CONNECTION WITH THERANOS'S TECHNOLOGY?

12:30PM  21      A.   YES.

12:30PM  22            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:30PM  23      15030.

12:30PM  24            MR. LEACH:  ONE MOMENT, YOUR HONOR.

12:30PM  25          (PAUSE IN PROCEEDINGS.)
```

12:30PM   1          MR. LEACH:  NO OBJECTION.

12:30PM   2          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:30PM   3          (DEFENDANT'S EXHIBIT 15030 WAS RECEIVED IN EVIDENCE.)

12:30PM   4   BY MR. DOWNEY:

12:30PM   5   Q.   LOOK AT THE EMAIL ON THE COVER OF THIS SUBMISSION.  THIS

12:30PM   6   IS AN EMAIL FROM YOU IN SEPTEMBER OF 2013 TO A SALLY HOJVAT.

12:30PM   7          WHO IS SALLY HOJVAT?

12:31PM   8   A.   SHE WAS THE HEAD OF THE MICROBIOLOGY DIVISION AT THE FDA

12:31PM   9   DEVICE CENTER.

12:31PM  10   Q.   AND IF YOU SEE WHAT APPEARS TO BE AN ATTACHMENT AT THE

12:31PM  11   BOTTOM OF THAT LINE, IT READS, "THERANOS CONFIDENTIAL PRE-SUB

12:31PM  12   REQUEST FOR PRE-SUBMISSION MEETING."

12:31PM  13          DO YOU SEE THAT?

12:31PM  14   A.   I DO.

12:31PM  15   Q.   AND WHAT WAS THAT?

12:31PM  16   A.   THIS WAS OUR PRESUBMISSION FOR A SERIES OF TESTS FOR

12:31PM  17   INFLUENZA MEASURING THE ANTIBODIES AND THE PCR TYPE TESTS.

12:31PM  18   Q.   AND CAN YOU, CAN YOU TURN TO PAGE 13 OF THE ATTACHMENT.

12:31PM  19   A.   OKAY.

12:31PM  20   Q.   AND IS THIS PART OF ACTUALLY THE TEXT OF WHAT WAS

12:31PM  21   SUBMITTED TO THE FDA AS PART OF PRESUBMISSION FOR THE THERANOS

12:32PM  22   TECHNOLOGY THAT IS THE SUBJECT OF THIS SUBMISSION?

12:32PM  23   A.   IT IS.

12:32PM  24   Q.   AND IF YOU LOOK AT THE FIRST PARAGRAPH HERE, IT DESCRIBES

12:32PM  25   THAT THIS IS A 510(K) PRESUBMISSION FOR AN AUTOMATED SAMPLE

12:32PM  1    PROCESSING AND ANALYSIS SYSTEM, WHICH IT CALLS THE THERANOS

12:32PM  2    SYSTEM.

12:32PM  3         AND IT GOES ON TO SAY THAT THAT IS COMPOSED OF TSPU'S,

12:32PM  4    TLAS, AND TWO ASSAYS.

12:32PM  5         DO YOU SEE THAT?

12:32PM  6    A.   YES.  I THINK IT'S GROUPS OF ASSAYS.

12:32PM  7    Q.   OKAY.  AND THOSE ARE THE THREE COMPONENTS OF THE

12:32PM  8    TECHNOLOGY THAT WE HAVE BEEN TALKING ABOUT THROUGHOUT YOUR

12:32PM  9    TECHNOLOGY?

12:32PM  10   A.   YES.

12:32PM  11   Q.   THAT IS THE HARDWARE, THE ASSAYS, AND THE SOFTWARE?

12:32PM  12   A.   EXACTLY.

12:32PM  13   Q.   AND IS THIS WHAT THERANOS INTENDED TO SUBMIT TO THE FDA

12:32PM  14   FOR REVIEW AND APPROVAL?

12:32PM  15   A.   THIS IS THE FIRST FILING IN THE PROCESS OF GETTING

12:33PM  16   ULTIMATELY AN FDA APPROVAL.

12:33PM  17   Q.   OKAY.  AND WE WON'T GO THROUGH THIS DOCUMENT, BUT DOES

12:33PM  18   THIS DOCUMENT INCLUDE, AMONG OTHER THINGS, A GOOD DEAL OF DATA

12:33PM  19   DOCUMENTING HOW THE THERANOS SYSTEM HAS PERFORMED IN ANALYZING

12:33PM  20   BLOOD SAMPLES?

12:33PM  21   A.   WE INCLUDED THAT HERE, YES.

12:33PM  22   Q.   OKAY.  LET ME ASK YOU JUST TO LOOK AT PAGE 17.  AND IF YOU

12:33PM  23   LOOK AT FIGURE 2, AND THEN THE DESCRIPTIONS UNDERNEATH.

12:33PM  24        IS FIGURE 2 IN THIS SUBMISSION A DEPICTION OF THE INSIDE

12:33PM  25   AND OUTSIDE OF THE 4.0 SERIES DEVICE?

| | | |
|---|---|---|
| 12:33PM | 1 | A.   YES. |
| 12:33PM | 2 | Q.   NOW, DID YOU BELIEVE AT THE TIME OF THIS SUBMISSION THAT |
| 12:33PM | 3 | THIS DEVICE HAD THE CAPACITY TO PERFORM ALL FOUR OF THE ASSAY |
| 12:34PM | 4 | METHODS THAT WE'VE BEEN DISCUSSING? |
| 12:34PM | 5 | A.   I DID. |
| 12:34PM | 6 | Q.   IS THAT WHY YOU MADE THIS SUBMISSION, PRESUBMISSION TO THE |
| 12:34PM | 7 | FDA? |
| 12:34PM | 8 | A.   YES, AND I BELIEVED IT WAS READY TO GET FDA APPROVAL. |
| 12:34PM | 9 | Q.   AND THE ASSAYS THAT ARE THE SUBJECT OF THIS PARTICULAR |
| 12:34PM | 10 | PRESUBMISSION, WHAT KIND OF ASSAYS ARE THEY AMONGST THE FOUR |
| 12:34PM | 11 | METHODS? |
| 12:34PM | 12 | A.   THIS PRESUBMISSION HAD A NUMBER OF INFLUENZA TESTS, FOR |
| 12:34PM | 13 | EXAMPLE, FOR INFLUENZA A, B, LOOKING AT THE ANTIBODIES, AND |
| 12:34PM | 14 | ALSO THE PCR FOR THOSE TESTS COMBINED. |
| 12:34PM | 15 | Q.   AND ARE THOSE IMMUNOASSAYS, CYTOMETRY, WHAT -- |
| 12:34PM | 16 | A.   IMMUNOASSAYS AND NUCLEIC ACID AMPLIFICATION ASSAYS, |
| 12:34PM | 17 | THERANOS HAD ITS OWN METHOD FOR PCR, WHICH IS WHY WE CALLED IT |
| 12:34PM | 18 | NUCLEIC ACID AMPLIFICATION. |
| 12:34PM | 19 | Q.   OKAY.  IF YOU LOOK AT THE SAME -- IN THE SAME NOTEBOOK AT |
| 12:35PM | 20 | EXHIBIT 15028. |
| 12:35PM | 21 | MY QUESTION WILL BE, IS THIS JUST ANOTHER PRESUBMISSION |
| 12:35PM | 22 | THAT YOU MADE IN CONNECTION WITH THE 4 SERIES SYSTEM TO THE |
| 12:35PM | 23 | FDA? |
| 12:35PM | 24 | A.   IT IS. |
| 12:35PM | 25 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |

12:35PM   1    15028.

12:35PM   2              MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:35PM   3              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:35PM   4         (DEFENDANT'S EXHIBIT 15028 WAS RECEIVED IN EVIDENCE.)

12:35PM   5    BY MR. DOWNEY:

12:35PM   6    Q.   AND IF YOU LOOK AT EXHIBIT 7380.  LET ME KNOW WHEN YOU'RE

12:35PM   7    THERE.

12:35PM   8    A.   OKAY.

12:35PM   9    Q.   AND IS THIS A SUBMISSION IN CONNECTION WITH ADDITIONAL

12:36PM  10    ASSAYS MADE TO THE FDA AT THE END OF 2013?

12:36PM  11    A.   YES.

12:36PM  12    Q.   ULTIMATELY DID THERANOS FILE WITH THE FDA PRESUBMISSION IN

12:36PM  13    CONNECTION WITH ITS 4.0 DEVICE AND ITS SOFTWARE SYSTEM IN

12:36PM  14    CONNECTION WITH ASSAYS IN ALL FOUR CATEGORIES?

12:36PM  15    A.   WE DID, YES.

12:36PM  16    Q.   DID YOU ALSO MEET WITH THE FDA IN THE FALL OF 2013 TO

12:36PM  17    DISCUSS THE BUSINESS MODEL UNDER WHICH THERANOS WAS OPERATING?

12:36PM  18    A.   YES.

12:36PM  19    Q.   WHY DID YOU DO THAT?

12:36PM  20    A.   BECAUSE WE WANTED TO SHARE THAT MODEL WITH THEM AND BEGIN

12:36PM  21    THE PROCESS OF WORKING WITH THEM ON TAKING LABORATORY DEVELOPED

12:36PM  22    TESTS AND GETTING THEM FDA APPROVED.

12:37PM  23    Q.   LET ME ASK YOU TO LOOK IN THE SAME NOTEBOOK AT

12:37PM  24    EXHIBIT 1095.

12:37PM  25    A.   OKAY.

7566

12:37PM 1    Q.   IF YOU LOOK AT EXHIBIT 1095, IS THIS ANOTHER EMAIL THAT

12:37PM 2    YOU SENT TO MS. HOJVAT?

12:37PM 3    A.   YES.

12:37PM 4    Q.   AND AM I RIGHT THAT THIS EMAIL DOESN'T HAVE ANYTHING TO DO

12:37PM 5    WITH ASKING THE FDA TO APPROVE ANY PARTICULAR ASSAYS OR ANY

12:37PM 6    PARTICULAR TECHNOLOGY; IS THAT RIGHT?

12:37PM 7    A.   NO.   I THINK IT WAS A MORE GENERAL COMMUNICATION.

12:37PM 8    Q.   WAS THIS TO REQUEST A MEETING IN PART ABOUT THERANOS'S

12:38PM 9    BUSINESS MODEL?

12:38PM 10   A.   YES.

12:38PM 11           MR. DOWNEY:   YOUR HONOR, I MOVE THE ADMISSION OF

12:38PM 12   1095.

12:38PM 13           MR. LEACH:   NO OCTOBER.

12:38PM 14           THE COURT:   IT'S ADMITTED.   IT MAY BE PUBLISHED.

12:38PM 15       (GOVERNMENT'S EXHIBIT 1095 WAS RECEIVED IN EVIDENCE.)

12:38PM 16   BY MR. DOWNEY:

12:38PM 17   Q.   DO YOU SEE THE ADDRESS AT THE TOP, DO YOU SEE THAT THIS IS

12:38PM 18   AN EMAIL THAT YOU SENT MS. HOJVAT ON SEPTEMBER THE 6TH OF 2013?

12:38PM 19   A.   YES.

12:38PM 20   Q.   AND THAT WAS RIGHT AROUND THE TIME THAT THE PARTNERSHIP

12:38PM 21   WITH WALGREENS WAS ANNOUNCED; CORRECT?

12:38PM 22   A.   YES.

12:38PM 23   Q.   IF YOU LOOK AT THE EMAIL, AND YOU SAY IN THE FIRST

12:38PM 24   PARAGRAPH THAT YOU'RE REQUESTING A MEETING WITH THE FDA?

12:38PM 25   A.   I AM.

12:38PM 1      Q.   AND WAS THAT IN CONNECTION WITH DISCUSSING THERANOS'S

12:38PM 2      BUSINESS MODEL?

12:38PM 3      A.   YES.

12:38PM 4      Q.   NOW, IN THE THIRD PARAGRAPH OF THIS EMAIL, YOU SAY TO

12:39PM 5      MS. HOJVAT AND OTHERS -- WHICH IS SPELLED H-O-J-V-A-T -- THAT

12:39PM 6      "WE HAVE FIGURED OUT HOW TO EFFECTIVELY VIDEOTAPE THE INSIDE OF

12:39PM 7      OUR DEVICES EXECUTING NUCLEIC ACID AMPLIFICATION PROTOCOLS AND

12:39PM 8      HAVE BEEN BUILDING A SECURE WEBSITE TO POST THAT ON FOR YOU TO

12:39PM 9      ACCESS."

12:39PM 10          DO YOU SEE THAT?

12:39PM 11     A.   YES.

12:39PM 12     Q.   WHAT IS THAT REFERRING TO?

12:39PM 13     A.   THAT'S REFERRING TO THE FACT THAT WE WOULD VIDEO THE

12:39PM 14     INSIDE OF THE DEVICES ACTUALLY RUNNING THE TESTS FROM END TO

12:39PM 15     END AND WERE SHARING THAT WITH THE FDA.

12:39PM 16     Q.   AND DID YOU ULTIMATELY USE THAT VIDEO IN CONNECTION WITH

12:39PM 17     THE MEETINGS WITH THE FDA?

12:39PM 18     A.   YES.

12:39PM 19     Q.   NOW, I THINK YOU TESTIFIED EARLIER TODAY THAT IN

12:40PM 20     CONNECTION WITH A NUMBER OF OTHER AUDIENCES, YOU HAD CONCERNS

12:40PM 21     ABOUT TRADE SECRETS AND SO FORTH IN CONNECTION WITH THERANOS

12:40PM 22     TECHNOLOGY; IS THAT RIGHT?

12:40PM 23     A.   YES.

12:40PM 24     Q.   WHY WERE YOU WILLING TO SHOW THE FDA HOW THE INSIDE OF A

12:40PM 25     THERANOS DEVICE WORKED WHEN YOU HAD THOSE KINDS OF CONCERNS?

12:40PM 1    A.   BECAUSE I UNDERSTOOD THAT THEY HAD MEANS TO PROTECT TRADE

12:40PM 2    SECRETS FOR THE COMPANIES THAT WORKED WITH THE FDA.

12:40PM 3    Q.   DID YOU HAVE ANY CONCERN ABOUT SHARING THESE DETAILS ABOUT

12:40PM 4    THERANOS TECHNOLOGY WITH THE FDA?

12:40PM 5    A.   NO.

12:40PM 6    Q.   DID YOU THINK THAT THEY MIGHT THINK THAT THE TECHNOLOGY

12:40PM 7    DIDN'T WORK?

12:40PM 8    A.   NO.

12:40PM 9    Q.   LET ME ASK YOU NEXT TO LOOK AT EXHIBIT 1177.

12:41PM 10   A.   OKAY.

12:41PM 11   Q.   DO YOU HAVE THAT?

12:41PM 12   A.   I DO.

12:41PM 13   Q.   AND DO YOU SEE THAT THIS IS ANOTHER COMMUNICATION WITH THE

12:41PM 14   FDA IN OCTOBER OF 2013?

12:41PM 15   A.   YES.

12:41PM 16   Q.   AND YOU SENT THIS COMMUNICATION TO THE FDA?

12:41PM 17   A.   I DID.

12:41PM 18        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:41PM 19   1177.

12:41PM 20        MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:41PM 21        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:41PM 22     (GOVERNMENT'S EXHIBIT 1177 WAS RECEIVED IN EVIDENCE.)

12:41PM 23   BY MR. DOWNEY:

12:41PM 24   Q.   NOW, AS YOU WERE HAVING THESE DISCUSSIONS WITH THE FDA,

12:41PM 25   DID YOU WANT THEM TO CLEARLY UNDERSTAND THAT THERANOS INTENDED

12:41PM 1    TO OPERATE IN TWO PHASES AT WALGREENS?

12:41PM 2    A.   YES.

12:41PM 3    Q.   DID YOU WANT THEM TO UNDERSTAND THAT IN PHASE I THERANOS

12:41PM 4    WOULD RUN A CENTRAL LABORATORY WHERE SAMPLES WOULD BE ANALYZED?

12:42PM 5    A.   YES.

12:42PM 6    Q.   DID YOU WANT THEM TO UNDERSTAND THAT IN PHASE II YOU HOPED

12:42PM 7    TO PLACE THERANOS DEVICES IN WALGREENS STORES?

12:42PM 8    A.   YES.

12:42PM 9    Q.   AND IN CONNECTION WITH THOSE DISCUSSIONS, DID THE FDA ASK

12:42PM 10   YOU TO DETAIL HOW THERANOS WAS OPERATING DURING PHASE I?

12:42PM 11   A.   YES, WE DETAILED IT FOR THEM.

12:42PM 12   Q.   OKAY.  LET ME ASK YOU TO LOOK AT, FIRST OF ALL, THE COVER

12:42PM 13   EMAIL.  THIS IS A COMMUNICATION THAT YOU SENT IN OCTOBER,

12:42PM 14   RIGHT, ABOUT A MONTH OR SO AFTER THE ANNOUNCEMENT?

12:42PM 15   A.   YES.

12:42PM 16   Q.   AND IF YOU GO TO THE NEXT PAGE, DO YOU SEE IT DENOTES THAT

12:42PM 17   THIS IS AN OVERVIEW OF THE SAMPLE PROCESSING WORKFLOW PREPARED

12:42PM 18   FOR FDA.

12:42PM 19        AND WHAT WERE YOU CONVEYING THERE?

12:42PM 20   A.   I WAS CONVEYING HOW OUR PHASE I AND PHASE II OPERATIONS

12:43PM 21   WERE PLANNED TO WORK.

12:43PM 22   Q.   OKAY.  GO FORWARD FROM THERE.

12:43PM 23        THERE'S A SLIDE LABELLED PHASE I CURRENT.

12:43PM 24        CAN YOU TELL US WHAT PHASE I CURRENT DESCRIBES?

12:43PM 25   A.   YES.  THIS IS A DESCRIPTION OF PHASE I, WHICH WAS HOW WE

7570

12:43PM 1    WERE CURRENTLY OPERATING, AND THE TEXT IS REALLY HARD TO READ,

12:43PM 2    BUT IT'S ESSENTIALLY SHOWING HOW SAMPLES WERE COLLECTED BY

12:43PM 3    VENIPUNCTURE, FINGERSTICK, OR URINE, PHYSICALLY SHIPPED TO

12:43PM 4    THERANOS, AND THEN RUN IN THERANOS'S LAB EITHER ON CONVENTIONAL

12:43PM 5    ANALYZERS OR ON THE THERANOS -- HERE THEY'RE CALLED TSPU, SAME

12:43PM 6    THING AS MINILAB DEVICES.

12:43PM 7    Q.   OKAY.  AND IF YOU GO TO THE NEXT SLIDE.  AND CAN WE BLOW

12:44PM 8    THAT UP A LITTLE BIT FOR EASE OF READING.

12:44PM 9         THIS SLIDE IS TABLED PHASE II:  POST-FDA CLEARANCE.

12:44PM 10        DO YOU SEE THAT?

12:44PM 11   A.   YES.

12:44PM 12   Q.   AND WHAT IS THIS SLIDE CONVEYING?

12:44PM 13   A.   THIS CONVEYED PHASE II OF OUR PLAN, WHICH AFTER WE GOT FDA

12:44PM 14   CLEARANCE, ON THE LEFT IT DESCRIBES PUTTING THE MINILAB

12:44PM 15   PHYSICALLY INTO THE RETAIL STORE AND THEN TRANSMITTING THE DATA

12:44PM 16   TO OUR CENTRAL LABORATORY WHERE IT COULD BE REVIEWED BY

12:44PM 17   LABORATORIANS, OR STILL PHYSICALLY SHIPPING SAMPLES TO THE

12:44PM 18   THERANOS LAB FOR USE ON TRADITIONAL MACHINES.

12:44PM 19   Q.   OKAY.  AND IF YOU GO BACK TO THE PRIOR SLIDE, THE SLIDE

12:44PM 20   THAT IS LABELLED PHASE I?

12:45PM 21   A.   YES.

12:45PM 22   Q.   DID YOU HAVE ANY HESITATION ABOUT TELLING THE FDA THAT

12:45PM 23   THERE WERE CONVENTIONAL ANALYZERS BEING USED IN PHASE I OF

12:45PM 24   THERANOS'S OPERATIONS?

12:45PM 25   A.   NO.

7571

12:45PM 1    Q.   AND THAT IS IN THE BOX THAT IS CONTAINED IN THE UPPER

12:45PM 2    LEFT-HAND CORNER ON THE BOX ON THE RIGHT?

12:45PM 3    A.   YES.  IT SAYS SAMPLES ARE PROCESSED AND RESULTS ARE

12:45PM 4    GENERATED ON CONVENTIONAL ANALYZERS.

12:45PM 5    Q.   AND DID YOU ALSO CONVEY TO THE FDA IN MORE EXPLICIT DETAIL

12:45PM 6    WHAT TESTS WERE BEING RUN ON WHICH DEVICES?

12:45PM 7    A.   YES.

12:45PM 8    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 15029.

12:46PM 9    A.   OKAY.

12:46PM 10   Q.   IS 15029 ANOTHER COMMUNICATION FROM YOU TO FDA OFFICIALS

12:46PM 11   IN THE FALL OF 2013?

12:46PM 12   A.   IT IS.

12:46PM 13          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

12:46PM 14   15029.

12:46PM 15          MR. LEACH:  NO OBJECTION, YOUR HONOR.

12:46PM 16          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

12:46PM 17       (DEFENDANT'S EXHIBIT 15029 WAS RECEIVED IN EVIDENCE.)

12:46PM 18   BY MR. DOWNEY:

12:46PM 19   Q.   AND THIS EMAIL AGAIN IS FROM YOU TO MS. HOJVAT; CORRECT?

12:46PM 20   A.   YES.

12:46PM 21   Q.   AND ALSO TO A JOHN PEYTON HOBSON?

12:46PM 22   A.   YES.

12:46PM 23   Q.   AND WHO WAS MR. HOBSON?

12:47PM 24   A.   HE WAS ANOTHER OFFICIAL WITHIN THE FDA.

12:47PM 25   Q.   AND THIS IS SENT OCTOBER 23RD, 2013?

7572

12:47PM   1    A.   YES.

12:47PM   2    Q.   AND THIS IS ABOUT FIVE WEEKS AFTER THE ANNOUNCEMENT OF THE

12:47PM   3    WALGREENS PARTNERSHIP?

12:47PM   4    A.   YES.

12:47PM   5    Q.   AND LET'S LOOK AT THE FIRST PARAGRAPH OF THE EMAIL THAT

12:47PM   6    YOU SENT.

12:47PM   7         YOU SAY, "IN FOLLOW UP TO OUR CONVERSATIONS ON WHICH

12:47PM   8    ASSAYS RUN ON THERANOS TSPU'S" -- ARE THERANOS TSPU'S, IS THAT

12:47PM   9    A REFERENCE TO THE 4.0 DEVICE?

12:47PM   10   A.   IT'S -- IN THIS SPECIFIC CONTEXT, WE'RE TALKING ABOUT THE

12:47PM   11   3 SERIES.  WE GENERALLY USED THESE WORDS INTERCHANGEABLY, WHICH

12:47PM   12   IS A BIT CONFUSING.

12:47PM   13   Q.   SO WAS ANY HARDWARE DEVICE AT THERANOS KNOWN AS A TSPU?

12:47PM   14   A.   YES.

12:47PM   15   Q.   AND IT GOES ON TO SAY, "WHICH ASSAYS ARE RUN ON THERANOS

12:47PM   16   TSPU'S IN THERANOS'S CLIA LAB DURING PHASE I OF THERANOS'S

12:48PM   17   OPERATIONS."

12:48PM   18        AND IT SAYS, "PLEASE FIND TWO DOCUMENTS ATTACHED TO THIS

12:48PM   19   EMAIL."

12:48PM   20        DO YOU SEE THAT?

12:48PM   21   A.   YES.

12:48PM   22   Q.   AND WHAT CONVERSATIONS DID YOU HAVE WITH MS. HOJVAT AND

12:48PM   23   MR. HOBSON THAT LED YOU TO SUBMIT THE LIST OF ASSAYS THAT IS

12:48PM   24   ATTACHED TO THIS EMAIL?

12:48PM   25   A.   I HAD REACHED OUT TO DR. HOJVAT TO ASK HER WHAT THE BEST

12:48PM   1    WAY TO START WORKING WITH THE FDA WAS.  AS WE LAUNCHED OUR

12:48PM   2    SERVICES, WE REQUESTED THE INFORMATIONAL MEETING IN THAT

12:48PM   3    CONTEXT TO SHARE OUR PLANS, AND SHE SUGGESTED THAT I SEND AS

12:48PM   4    MUCH INFORMATION AS I COULD ABOUT HOW WE WERE OPERATING.

12:48PM   5    Q.   LET'S LOOK AT THE ATTACHMENT TO THE -- WELL, LET'S

12:48PM   6    CONTINUE IN THE EMAIL JUST TO UNDERSTAND THE ATTACHMENT.

12:48PM   7         DO YOU SEE IN THE SECOND PARAGRAPH THAT, "THE FIRST

12:48PM   8    DOCUMENT LISTS ALL TESTS THAT HAVE BEEN RUN ON SAMPLES

12:48PM   9    COLLECTED FROM PATIENTS IN THERANOS WELLNESS CENTERS SINCE THE

12:49PM   10   WELLNESS CENTERS BEGAN OPERATION IN SEPTEMBER."

12:49PM   11        DO YOU SEE THAT?

12:49PM   12   A.   I DO.

12:49PM   13   Q.   AND THEN IT GOES ON TO SAY, "THE SECOND DOCUMENT LISTS ALL

12:49PM   14   TESTS CURRENTLY PLANNED TO POTENTIALLY BE RUN ON SAMPLES

12:49PM   15   COLLECTED IN THERANOS WELLNESS CENTERS."

12:49PM   16        DO YOU SEE THAT?

12:49PM   17   A.   YES.

12:49PM   18   Q.   AND THEN IF YOU GO TO THE ATTACHMENT ON TOP, DO YOU SEE

12:49PM   19   THAT THERE'S A DIAGRAM OR A CHART THAT IS LABELLED "TESTS RUN

12:49PM   20   IN THERANOS'S CLIA LABORATORY FROM SAMPLES COLLECTED IN

12:49PM   21   THERANOS WELLNESS CENTERS"?

12:49PM   22        DO YOU SEE THAT?

12:49PM   23   A.   I DO.

12:49PM   24   Q.   AND THERE ARE THREE COLUMNS?

12:49PM   25   A.   YES.

7574

12:49PM  1    Q.   AND IN THE LEFT-HAND COLUMN THERE'S A LIST OF ASSAYS OR

12:49PM  2    TESTS?

12:49PM  3    A.   YES.

12:49PM  4    Q.   AND IN THE MIDDLE THERE'S THE PHRASE CHEMISTRY.

12:49PM  5         DO YOU SEE THAT?

12:49PM  6    A.   I DO.

12:49PM  7    Q.   AND WHAT DOES THAT REFER TO?

12:49PM  8    A.   THAT REFERS TO THE ASSAY THAT THERANOS WAS RUNNING.

12:50PM  9    Q.   OKAY.  AND IN THE RIGHT-HAND COLUMN THERE'S A REFERENCE TO

12:50PM  10   DEVICE.

12:50PM  11        WHAT DOES THAT REFER TO?

12:50PM  12   A.   THE HARDWARE THAT WAS USED TO RUN THAT ASSAY.

12:50PM  13   Q.   OKAY.  AND DO YOU SEE IN SOME OF THE RIGHT-HAND COLUMNS

12:50PM  14   THERE ARE REFERENCES TO TSPU'S?

12:50PM  15        DO YOU SEE THAT?

12:50PM  16   A.   YES.

12:50PM  17   Q.   AND THOSE ARE THERANOS DEVICES ON WHICH THOSE TESTS WERE

12:50PM  18   BEING RUN?

12:50PM  19   A.   YES.

12:50PM  20   Q.   AND AT THIS POINT THOSE WERE THREE ASSAYS?

12:50PM  21   A.   YES.

12:50PM  22   Q.   AND THEN THERE ARE SOME TESTS THAT ARE DESIGNATED AS FDA

12:50PM  23   CLEARED/APPROVED.

12:50PM  24        DO YOU SEE THAT?

12:50PM  25   A.   I DO.

12:50PM   1    Q.   WHAT DOES THAT REFER TO?

12:50PM   2    A.   THAT REFERS TO TRADITIONAL MACHINES RUNNING TRADITIONAL

12:50PM   3    TESTS.

12:50PM   4    Q.   OKAY.  AND SO IF YOU LOOK IN THE MIDDLE COLUMN AT

12:50PM   5    CHEMISTRY ON THE BOTTOM HALF OF THE LIST STARTING WITH HBA1C?

12:50PM   6    A.   YES.

12:50PM   7    Q.   AND IN THE MIDDLE COLUMN IT ALSO SAYS FDA CLEARED/APPROVED

12:51PM   8    UNDER CHEMISTRY.

12:51PM   9         WHAT DOES THAT MEAN, "UNDER CHEMISTRY"?

12:51PM  10    A.   THAT MEANS THAT IT'S AN FDA APPROVED TEST.

12:51PM  11    Q.   OKAY.  SO FOR THESE TESTS, HBA1C, URIC ACID, DHEA-S,

12:51PM  12    TESTOSTERONE, TOTAL AND FREE TESTOSTERONE, ARE THOSE BOTH TESTS

12:51PM  13    THAT WERE BEING RUN ON VENOUS SAMPLES ON COMMERCIAL MACHINES?

12:51PM  14    A.   YES.

12:51PM  15    Q.   AND THERE ARE THREE TESTS ABOVE THAT THAT ARE TSH, PSA,

12:51PM  16    AND VITAMIN D.

12:51PM  17         DO YOU SEE THAT?

12:51PM  18    A.   I DO.

12:51PM  19    Q.   AND THOSE ARE RUN ON A THERANOS CHEMISTRY.

12:51PM  20         DO YOU SEE THAT?

12:51PM  21    A.   YES.

12:51PM  22    Q.   AND DOES THAT MEAN A CHEMISTRY THAT THERANOS DEVELOPED?

12:51PM  23    A.   IT DOES.

12:51PM  24    Q.   AND THE DEVICE REFERS TO A THERANOS DEVICE FOR THOSE;

12:51PM  25    CORRECT?

7576

| | | |
|---|---|---|
| 12:51PM | 1 | A.   YES. |
| 12:51PM | 2 | Q.   AND THEN IF YOU GO ABOVE THAT TO THE LIPID AND CMP, |
| 12:52PM | 3 | THERE'S A REFERENCE TO THERANOS PROTOCOL IN THE CHEMISTRY. |
| 12:52PM | 4 | DOES THAT MEAN IT WAS A THERANOS ASSAY? |
| 12:52PM | 5 | A.   YES.  IT MEANS THAT IT'S AN FDA CLEARED ASSAY THAT IS |
| 12:52PM | 6 | RUNNING WHAT WE CALLED A THERANOS PROTOCOL. |
| 12:52PM | 7 | SO IT'S RUNNING THE THERANOS FORMULA FOR THE SMALL SAMPLE |
| 12:52PM | 8 | TESTS. |
| 12:52PM | 9 | Q.   AND WHAT DEVICE WERE THOSE SMALL SAMPLES ANALYZED ON? |
| 12:52PM | 10 | A.   ON FDA APPROVED MACHINES. |
| 12:52PM | 11 | Q.   AND THEN THERE'S A TEST, CBC, AND THE CHEMISTRY IS |
| 12:52PM | 12 | THERANOS? |
| 12:52PM | 13 | A.   YES. |
| 12:52PM | 14 | Q.   AND THE DEVICE IS FDA CLEARED/APPROVED. |
| 12:52PM | 15 | DO YOU SEE THAT? |
| 12:52PM | 16 | A.   YES. |
| 12:52PM | 17 | Q.   AND THE CHEMISTRY MEANS THAT THERANOS DEVELOPED THAT |
| 12:52PM | 18 | ASSAY; CORRECT? |
| 12:52PM | 19 | A.   YES, AND ALL OF THE CHEMICALS OR THE REAGENTS THAT WENT |
| 12:52PM | 20 | INTO IT. |
| 12:52PM | 21 | Q.   OKAY.  AND THE DEVICE IS A -- |
| 12:52PM | 22 | A.   THE DEVICE IS AN FDA APPROVED DEVICE. |
| 12:52PM | 23 | Q.   OKAY.  NOW, WHEN YOU WERE SENDING THIS LIST, TELL US IN |
| 12:53PM | 24 | PRACTICAL TERMS, WHAT WERE YOU DISCLOSING TO THE FDA ABOUT THE |
| 12:53PM | 25 | OPERATIONS OF THERANOS'S CLINICAL LABORATORY AS OF THIS DATE? |

12:53PM  1     A.    WE WERE SHARING WITH THE FDA ALL OF THE TESTS THAT HAD

12:53PM  2     BEEN RUN AS OF THAT DATE IN OUR CLIA LABORATORY, WHAT TESTS

12:53PM  3     THEY WERE, WHO MADE THE CHEMISTRY, AND WHAT MACHINE THEY WERE

12:53PM  4     RUN ON.

12:53PM  5     Q.    OKAY.  AND SO YOU WERE FORTHRIGHT WITH THEM THAT SOME OF

12:53PM  6     THE TESTS WERE TRADITIONAL TESTS, VENOUS TESTS BEING RUN ON

12:53PM  7     COMMERCIAL MACHINES?

12:53PM  8     A.    YES.

12:53PM  9     Q.    AND YOU ALSO DISCLOSED TO THEM, DID YOU, THAT SOME OF THE

12:53PM 10     THERANOS CHEMISTRIES WERE BEING USED ON TRADITIONAL COMMERCIAL

12:53PM 11     MACHINES?

12:53PM 12     A.    WE DID.

12:53PM 13     Q.    AND THEN FOR SOME OF THE TESTS, THEY WERE THERANOS

12:53PM 14     DEVELOPED TESTS THAT WERE RUNNING ON THERANOS DEVICES?

12:53PM 15     A.    EXACTLY.

12:53PM 16     Q.    AS FAR AS YOU KNOW, IS ALL OF THE INFORMATION IN THIS

12:53PM 17     DOCUMENT ACCURATE?

12:53PM 18     A.    YES.

12:53PM 19     Q.    AND DID YOU DISCLOSE THE MEANING OF THE VARIOUS

12:53PM 20     TERMINOLOGIES RELATED TO THERANOS PROTOCOL THAT YOU USED IN THE

12:54PM 21     FOOTNOTE?

12:54PM 22     A.    YES.

12:54PM 23     Q.    WERE THE ASSAYS THAT WERE BEING RUN ON COMMERCIAL DEVICES

12:54PM 24     THAT WERE -- WHERE THE CHEMISTRY AS DENOTED AS THERANOS

12:54PM 25     PROTOCOL, DO YOU SEE THAT?

12:54PM 1      A.   I DO.

12:54PM 2      Q.   ARE THOSE TESTS THAT WERE USED IN CONNECTION WITH EITHER

12:54PM 3      THE ADVIA OR ONE OF THE OTHER COMMERCIAL MACHINES THAT YOU'VE

12:54PM 4      DESCRIBED?

12:54PM 5      A.   YES.   THE CMP AND THE LIPID TEST THAT ARE LABELLED

12:54PM 6      THERANOS PROTOCOL WERE RUNNING ON THE ADVIA.

12:54PM 7      Q.   OKAY.   AND IF WE GO TO THE NEXT PAGE OF EXHIBIT 15029.

12:54PM 8      YOU SEE THAT THIS CONTAINS A FURTHER CHART?

12:54PM 9      A.   YES.

12:54PM 10     Q.   AND EXPLAIN THIS CHART TO US.

12:54PM 11     A.   THIS CHART IS SHOWING ALL OF THE TESTS THAT WE PLANNED TO

12:54PM 12     RUN IN OUR CLIA LABORATORY, WHAT THE CHEMISTRY OR THE ASSAY

12:55PM 13     WOULD BE, WHAT DEVICE THE ASSAY WOULD RUN ON, WHAT THE METHOD

12:55PM 14     WAS ACROSS THE FOUR METHODS THAT WE WERE WORKING WITH, AND WHAT

12:55PM 15     TYPE OF SAMPLE WOULD BE USED, WHOLE BLOOD OR URINE, OR OTHERS.

12:55PM 16     Q.   OKAY.   SO, AGAIN, IN SOME INSTANCES HERE, WERE YOU

12:55PM 17     DISCLOSING THE THERANOS PLAN TO USE TRADITIONAL COMMERCIAL

12:55PM 18     DEVICES?

12:55PM 19     A.   YES.

12:55PM 20     Q.   AND SOMETIMES USED THEM WITH A VENOUS TEST?

12:55PM 21     A.   YES.

12:55PM 22     Q.   AND SOMETIMES USED THEM RUNNING SMALL SAMPLE TESTS THAT

12:55PM 23     THERANOS HAD DEVELOPED?

12:55PM 24     A.   YES.

12:55PM 25     Q.   AND THAT THOSE COMMERCIAL DEVICES HAD BEEN MODIFIED TO RUN

12:55PM   1    THOSE TESTS?

12:55PM   2    A.   YES.

12:55PM   3    Q.   AND YOU WERE ALSO DISCLOSING THAT IN SOME INSTANCES

12:55PM   4    THERANOS WOULD RUN TECHNOLOGY WITH THERANOS ASSAYS THAT WOULD

12:55PM   5    RUN ON A THERANOS DEVICE?

12:55PM   6    A.   EXACTLY.

12:55PM   7    Q.   AND AS FAR AS YOU KNOW, ALL OF THE INFORMATION IN THIS

12:55PM   8    SECOND ATTACHMENT IS ACCURATE AS WELL; CORRECT?

12:55PM   9    A.   YES.

12:55PM  10    Q.   ANY HESITATION ABOUT DISCLOSING THIS TO THE FDA?

12:56PM  11    A.   NO.

12:56PM  12    Q.   OKAY.  DID YOU HAVE SUBSEQUENT CONVERSATIONS IN WHICH YOU

12:56PM  13    DISCUSSED THE INFORMATION IN THESE ATTACHMENTS WITH

12:56PM  14    REPRESENTATIVES OF THE FDA?

12:56PM  15    A.   I DID.

12:56PM  16    Q.   AND AGAIN, WHY WERE YOU COMFORTABLE DOING THAT, BUT NOT

12:56PM  17    WITH WALGREENS, DISCUSSING IT WITH WALGREENS OR OTHERS WHO

12:56PM  18    WE'VE HEARD FROM IN THIS CASE?

12:56PM  19    A.   AGAIN, I UNDERSTOOD THAT THE FDA IS A GOVERNMENT AGENCY,

12:56PM  20    HAD THE MECHANISMS IN PLACE TO BE ABLE TO PROTECT TRADE SECRETS

12:56PM  21    FOR THE MANY COMPANIES THAT WORK WITH THE FDA.

12:56PM  22    Q.   OKAY.  LET'S TURN TO SOME OF THE OTHER AUDIENCES THAT

12:56PM  23    THERANOS -- WELL, LET'S ACTUALLY TALK FOR A MOMENT ABOUT --

12:56PM  24    LET'S TALK ABOUT DISCUSSIONS WITHIN THERANOS ABOUT THE USE OF

12:56PM  25    THE VARIOUS FORMS OF DEVICES.

12:56PM   1          AS OF OCTOBER OF 2013, WHO WAS THE NON-EXECUTIVE CHAIR OF

12:57PM   2    THERANOS'S BOARD?

12:57PM   3    A.   GEORGE SHULTZ.

12:57PM   4    Q.   AND YOU WERE THE -- ACTUALLY THE CHAIRMAN, THE FORMAL

12:57PM   5    CHAIRMAN OF THE BOARD?

12:57PM   6    A.   OH, YES, SORRY.  HE WAS THE EXECUTIVE CHAIR.  I WAS THE

12:57PM   7    FORMAL CHAIRMAN.

12:57PM   8    Q.   OKAY.  HOW DID YOU COME TO KNOW SECRETARY SHULTZ?

12:57PM   9    A.   THROUGH A PROFESSOR AT STANFORD.

12:57PM  10    Q.   AND DID YOU ASK SECRETARY SHULTZ AT SOME POINT TO JOIN THE

12:57PM  11    BOARD?

12:57PM  12    A.   YES.

12:57PM  13    Q.   AND WHY DID YOU ASK HIM TO BECOME A BOARD MEMBER AT

12:57PM  14    THERANOS?

12:57PM  15    A.   I FIRST LEARNED ABOUT HIS BOOK ON HEALTH CARE ECONOMICS

12:57PM  16    AND WAS REALLY INTERESTED IN HIS INSIGHTS THERE, AND I KNEW

12:57PM  17    THAT HE HAD BEEN A BOARD MEMBER OF GILEAD, WHICH IS A BIOTECH

12:57PM  18    COMPANY I REALLY ADMIRED, AND OTHER GREAT COMPANIES.

12:57PM  19          HE HAD BEEN A LEADER IN PUBLIC SERVICE, AND I THOUGHT I

12:57PM  20    COULD LEARN FROM HIM.

12:57PM  21    Q.   NOW, WE SPOKE EARLIER ABOUT MR. DON LUCAS.

12:57PM  22          DO YOU RECALL THAT?

12:57PM  23    A.   YES.

12:57PM  24    Q.   AND HE HAD BEEN THE CHAIRMAN OF THE BOARD FOR A NUMBER OF

12:58PM  25    YEARS?

12:58PM   1    A.   YES.

12:58PM   2    Q.   AND HE STEPPED BACK FOR HEALTH REASONS FROM THERANOS?

12:58PM   3    A.   HE DID.

12:58PM   4    Q.   AND AT THE TIME THAT SECRETARY SHULTZ BECAME THE

12:58PM   5    NON-EXECUTIVE CHAIRMAN, DID HE RECRUIT ADDITIONAL MEMBERS OF --

12:58PM   6    NEW MEMBERS TO THERANOS'S BOARD?

12:58PM   7    A.   YES.

12:58PM   8    Q.   WHAT OTHER MEMBERS DID HE RECRUIT TO THERANOS'S BOARD

12:58PM   9    AFTER HE BECAME THE CHAIRMAN?

12:58PM   10   A.   HE RECRUITED MANY PEOPLE.  HE RECRUITED DICK KOVACEVICH

12:58PM   11   FROM WELLS FARGO, GENERAL MATTIS, ADMIRAL ROUGHHEAD, SENATOR

12:58PM   12   SAM NUNN, DR. KISSINGER, DR. BILL PERRY, AND OTHERS.

12:58PM   13   Q.   WOULD YOU MEET WITH THOSE INDIVIDUALS BEFORE THEY JOINED

12:58PM   14   THE BOARD?

12:58PM   15   A.   YES.

12:58PM   16   Q.   AND DID THEY JOIN THE BOARD OVER THE COURSE OF 2013?

12:58PM   17   A.   YES.

12:58PM   18   Q.   AS BOARD MEMBERS, WOULD THERE BE COMPENSATION FOR THEM?

12:59PM   19   A.   YES.

12:59PM   20   Q.   HOW WERE THEY COMPENSATED?

12:59PM   21   A.   THEY EACH RECEIVED A SALARY OF $150,000 A YEAR, AS WELL AS

12:59PM   22   HALF A MILLION SHARES IN THE COMPANY.  AND SOME OF THEM ALSO

12:59PM   23   RECEIVED CONSULTING SALARIES OF, IN DR. KISSINGER'S CASE, HALF

12:59PM   24   A MILLION DOLLARS A YEAR.

12:59PM   25   Q.   HOW OFTEN DID THERANOS'S BOARD MEMBERS MEET IN THE PERIOD

| | | |
|---|---|---|
| 12:59PM | 1 | OF 2013 TO 2015? |
| 12:59PM | 2 | A.   FOUR TIMES A YEAR. |
| 12:59PM | 3 | Q.   I'D LIKE TO FOCUS YOUR ATTENTION ON SOME SPECIFIC BOARD |
| 12:59PM | 4 | MEETINGS THAT HAPPENED DURING THOSE YEARS. |
| 12:59PM | 5 | LET ME ASK YOU TO LOOK AT 4005. |
| 01:00PM | 6 | A.   OKAY. |
| 01:00PM | 7 | Q.   LET ME ASK YOU, DID THE THERANOS BOARD TYPICALLY MEET IN |
| 01:00PM | 8 | OCTOBER OF THE YEAR? |
| 01:00PM | 9 | A.   YES. |
| 01:00PM | 10 | Q.   AND DID THE THERANOS BOARD MEET IN OCTOBER 2013? |
| 01:00PM | 11 | A.   WE DID. |
| 01:00PM | 12 | Q.   AND WAS THAT JUST WEEKS AFTER THE LAUNCH OF THERANOS |
| 01:00PM | 13 | SERVICE CENTERS HAD BEEN ANNOUNCED? |
| 01:00PM | 14 | A.   YES. |
| 01:00PM | 15 | Q.   AND DO YOU RECALL DISCUSSING AT THAT BOARD MEETING SOME OF |
| 01:00PM | 16 | THE ISSUES IN CONNECTION WITH THE LAUNCH OF THERANOS SERVICE |
| 01:00PM | 17 | CENTERS? |
| 01:00PM | 18 | A.   I DO. |
| 01:00PM | 19 | Q.   IS EXHIBIT 4005 A COPY OF THE MINUTES OF THE MEETING IN |
| 01:00PM | 20 | OCTOBER 2013? |
| 01:00PM | 21 | A.   YES. |
| 01:01PM | 22 | MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF |
| 01:01PM | 23 | 4005. |
| 01:01PM | 24 | MR. LEACH:  NO OBJECTION, YOUR HONOR. |
| 01:01PM | 25 | THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED. |

01:01PM 1              (DEFENDANT'S EXHIBIT 4005 WAS RECEIVED IN EVIDENCE.)

01:01PM 2     BY MR. DOWNEY:

01:01PM 3     Q.   IF YOU LOOK AT THE FIRST PAGE, DO YOU SEE THAT GIVES THE

01:01PM 4     DATE OF THAT BOARD MEETING AS OCTOBER 8TH, 2013?

01:01PM 5     A.   YES.

01:01PM 6     Q.   AND DO YOU RECALL THAT GENERAL MATTIS TESTIFIED IN THIS

01:01PM 7     TRIAL THAT THIS WAS THE FIRST MEETING HE ATTENDED AFTER AN ALL

01:01PM 8     NIGHT CROSS COUNTRY TRIP?

01:01PM 9     A.   YES.

01:01PM 10    Q.   IF YOU WOULD LOOK AT THE PAGES 2 -- PAGE 2, AND LOOK UNDER

01:01PM 11    STRATEGIC PLAN.

01:01PM 12         IF YOU COULD BLOW THAT UP.

01:01PM 13         DO YOU SEE IN THE FIRST SENTENCE THERE IT SAYS THAT YOU

01:02PM 14    DISCUSSED THE ANNOUNCEMENT OF THE COMPANY'S PARTNERSHIP WITH

01:02PM 15    WALGREENS?

01:02PM 16    A.   YES.

01:02PM 17    Q.   AND DO YOU RECALL DOING THAT AT THAT MEETING?

01:02PM 18    A.   I DO.

01:02PM 19    Q.   AND THEN IT SAYS IN THE SECOND SENTENCE, "THE BOARD THEN

01:02PM 20    DISCUSSED THE COMPANY'S APPROACH TO ITS RETAIL LAUNCH AND THE

01:02PM 21    ASSOCIATED STEPS IT WAS TAKING TO BUILD A STRONG FOUNDATION ON

01:02PM 22    WHICH TO GROW FOR THE LONG-TERM."

01:02PM 23         DO YOU RECALL THAT?

01:02PM 24    A.   YES.

01:02PM 25    Q.   AND WHAT DO YOU RECALL HAPPENING WITH RESPECT TO THAT

01:02PM  1    DISCUSSION?

01:02PM  2    A.   I RECALL TALKING TO THE BOARD MEMBERS AND ASKING FOR THEIR

01:02PM  3    ADVICE ON HOW WE SET UP THIS BUSINESS TO BE SUCCESSFUL FOR THE

01:02PM  4    LONG-TERM, WHAT THINGS I SHOULD BE FOCUSSED ON INTERNALLY IN

01:02PM  5    ORDER TO DO SO.

01:02PM  6    Q.   DO YOU SEE IN THE NEXT SENTENCE IT SAYS, "MS. HOLMES THEN

01:02PM  7    REVIEWED WITH THE BOARD THE TRADE SECRET ELEMENTS OF THE

01:02PM  8    COMPANY'S WORK.  CERTAIN MATTERS DISCUSSED WITH THE BOARD WHICH

01:02PM  9    THE COMPANY NEEDED TO PROTECT FROM PUBLIC DISCLOSURE FOR

01:03PM  10   COMPETITIVE REASONS WERE HIGHLIGHTED."

01:03PM  11        DO YOU SEE THAT?

01:03PM  12   A.   YES.

01:03PM  13   Q.   WHAT DO YOU RECALL ABOUT THE DISCUSSION THAT IS MENTIONED

01:03PM  14   IN THOSE TWO SENTENCES?

01:03PM  15   A.   THAT WE WERE SHARING WITH THE BOARD THAT WE HAD THESE

01:03PM  16   TRADE SECRET INVENTIONS, THAT THEY WERE INVENTIONS THAT WE

01:03PM  17   THOUGHT WERE A BIG DEAL AND THAT WE NEEDED TO PROTECT BECAUSE

01:03PM  18   IF OTHER BIG COMPANIES IN THE INDUSTRY FOUND OUT ABOUT THEM,

01:03PM  19   THEY COULD PUT US OUT OF BUSINESS AND --

01:03PM  20   Q.   WHAT INVENTIONS WERE YOU -- SPECIFICALLY WERE YOU

01:03PM  21   DISCUSSING WITH THE BOARD AT THIS OCTOBER 2013 BOARD MEETING?

01:03PM  22   A.   THE INVENTION THAT WE COULD TAKE A SMALL SAMPLE AND BE

01:03PM  23   ABLE TO RUN THAT SAMPLE ON A TRADITIONAL MACHINE.

01:03PM  24   Q.   AND I THINK I INTERRUPTED YOUR ANSWER, BUT DO YOU RECALL

01:03PM  25   MORE ABOUT THAT DISCUSSION OF TRADE SECRETS AT THE BOARD

01:03PM   1    MEETING IN OCTOBER OF 2013?

01:03PM   2    A.    I DO.

01:03PM   3    Q.    TELL US WHAT YOU RECALL OF THAT DISCUSSION.

01:03PM   4    A.    I RECALL DISCUSSING WITH THE BOARD WHETHER THIS INVENTION

01:04PM   5    SHOULD, IN FACT, BE TREATED AS A TRADE SECRET OR WHETHER WE

01:04PM   6    SHOULD FILE IT THROUGH PUBLIC PATENTS, THE DECISION TO PRESERVE

01:04PM   7    IT AS A TRADE SECRET, AND TALKING ABOUT THE ACTIONS THAT WOULD

01:04PM   8    BE REQUIRED TO ACTUALLY MAINTAIN TRADE SECRET PROTECTION.

01:04PM   9    Q.    AND WAS THERE DISCUSSION AMONGST BOARD MEMBERS REGARDING

01:04PM  10    THAT ISSUE?

01:04PM  11    A.    THERE WAS.

01:04PM  12    Q.    AND WHAT DO YOU RECALL ABOUT THAT?

01:04PM  13    A.    I RECALL THAT DAVID BOIES, WHO WAS OUR COUNSEL, SPOKE WITH

01:04PM  14    THE BOARD ABOUT THE TRADE SECRET RECOMMENDATION, AND THAT

01:04PM  15    ANOTHER ONE OF OUR BOARD MEMBERS, SENATOR NUNN, HAD BEEN ON THE

01:04PM  16    COCA-COLA BOARD AND HE TALKED WITH US ABOUT THE COCA-COLA

01:04PM  17    FORMULA AND HOW IT WAS PROTECTED AS A TRADE SECRET AND SOME OF

01:04PM  18    THE MEASURES THAT WENT INTO PROTECTING TRADE SECRETS SO THAT

01:04PM  19    PEOPLE DIDN'T FIND OUT ABOUT THE INVENTION.

01:05PM  20    Q.    NOW, IN CONNECTION WITH BOARD MEETINGS, WAS IT TYPICAL FOR

01:05PM  21    THE MANAGEMENT THAT THERANOS, YOURSELF OR OTHERS, TO CIRCULATE

01:05PM  22    TO BOARD MEMBERS PACKETS OF INFORMATION SO THAT THEY COULD

01:05PM  23    REVIEW THAT IN ADVANCE?

01:05PM  24    A.    WE DID SOMETIMES.

01:05PM  25    Q.    WAS THAT DONE TO YOUR KNOWLEDGE IN ADVANCE OF THE

01:05PM   1   OCTOBER 2013 MEETING?

01:05PM   2   A.   I KNOW WE HAD A PACKET OF INFORMATION THAT WE SHARED WITH

01:05PM   3   THEM.  I'M NOT SURE WHEN WE SHARED IT.

01:05PM   4   Q.   OKAY.  LET ME ASK YOU TO LOOK AT A DOCUMENT THAT IS

01:05PM   5   ALREADY IN EVIDENCE, WHICH IS MARKED EXHIBIT 10516.

01:05PM   6   A.   OKAY.

01:05PM   7   Q.   DO YOU SEE THAT EXHIBIT 10516 IS TITLED AN INTELLECTUAL

01:05PM   8   PROPERTY PORTFOLIO STATUS REPORT?

01:05PM   9   A.   YES.

01:05PM   10  Q.   IS THIS A DOCUMENT THAT WAS PROVIDED TO THE BOARD OF

01:06PM   11  DIRECTORS IN CONNECTION WITH THE OCTOBER 2013 MEETING?

01:06PM   12  A.   IT IS.

01:06PM   13  Q.   AND IF YOU GO TO THE ATTACHMENTS TO THIS, I'D LIKE TO GO

01:06PM   14  FORWARD IN THESE TO PAGE 53.

01:06PM   15       AND CAN YOU EXPLAIN TO US WHAT THIS LIST IS ON PAGE 53 OF

01:06PM   16  EXHIBIT 10516?

01:06PM   17  A.   THIS IS A LIST OF ALL OF OUR PATENTS AND PATENT

01:06PM   18  APPLICATIONS AT THAT POINT IN TIME.

01:06PM   19  Q.   OKAY.  AND IF YOU LOOK AT THE -- I GUESS ABOUT MAYBE

01:06PM   20  ALMOST HALFWAY DOWN, DO YOU SEE THE -- THAT IN THE FAR

01:06PM   21  RIGHT-HAND COLUMN THERE ARE A NUMBER OF, THERE ARE A NUMBER OF

01:06PM   22  DATES.

01:06PM   23       DO YOU SEE THAT?

01:06PM   24  A.   I DO.

01:06PM   25  Q.   AND THEY'RE ALL UNDER THE COLUMN FILING DATE?

01:06PM 1    A.   YES.

01:06PM 2    Q.   AND DO YOU SEE THAT THERE APPEAR TO BE A NUMBER OF FILING

01:07PM 3    DATES THAT ARE FROM SEPTEMBER OF 2013.

01:07PM 4        DO YOU SEE THAT?

01:07PM 5    A.   YES.

01:07PM 6    Q.   AND IF YOU GO TO THE NEXT PAGE.  I DON'T KNOW IF IT

01:07PM 7    CONTINUES OR NOT ACTUALLY.

01:07PM 8        YEAH, IF YOU HIGHLIGHT THE NEXT SEVERAL ON THE NEXT PAGE.

01:07PM 9    GO UP TO THERE.

01:07PM 10       AND IN THAT RIGHT-HAND COLUMN THERE APPEAR TO BE SEVERAL

01:07PM 11   DOZEN PATENTS WHICH WERE FILED IN SEPTEMBER 2013.

01:07PM 12       DO YOU SEE THAT?

01:07PM 13   A.   I DO.

01:07PM 14   Q.   AND IF YOU LOOK IN THE SECOND COLUMN, THERE'S A COLUMN

01:07PM 15   THAT IS DENOTED TITLE.

01:07PM 16       DO YOU SEE THAT?

01:07PM 17   A.   YES.

01:07PM 18   Q.   AND UNDER THAT ARE THE -- ARE THOSE THE NAMES THAT HAD

01:07PM 19   BEEN USED IN CONNECTION WITH THE PATENT APPLICATIONS?

01:07PM 20   A.   YES.

01:07PM 21   Q.   CAN YOU EXPLAIN WHAT ALL OF THESE PATENTS ARE THAT WERE

01:07PM 22   FILED IN -- PATENT APPLICATIONS THAT WERE FILED IN

01:08PM 23   SEPTEMBER 2013 BY THERANOS?

01:08PM 24   A.   YES.  THEY'RE PATENTS THAT ARE ASSOCIATED WITH THE

01:08PM 25   TECHNOLOGIES FOR THE LAUNCH OF OUR SERVICES AT WALGREENS.  I

01:08PM   1    CAN GO THROUGH A COUPLE OF THEM IF YOU WANTED.

01:08PM   2    Q.   WELL, JUST TELL US GENERALLY, WITHOUT GOING THROUGH THEM

01:08PM   3    INDIVIDUALLY, WHAT KINDS OF TECHNOLOGIES ARE THEY PATENTS FOR?

01:08PM   4    A.   THEY ARE PATENTS FOR THE COLLECTION DEVICES FOR DOING

01:08PM   5    FINGERSTICK OR VENOUS DRAWS IN THE STORE; THEY'RE PATENTS FOR

01:08PM   6    THE SYSTEMS THAT WE WOULD RUN IN THE LABORATORY AND SOME OF THE

01:08PM   7    SOFTWARE WE WERE USING FOR LABORATORY OVERSIGHT; AND THEY'RE

01:08PM   8    PATENTS FOR THE TESTING METHODS IN THE LABORATORY.

01:08PM   9    Q.   OKAY.  AND DO ANY OF THESE PATENT APPLICATIONS RELATE TO

01:08PM  10    THE INVENTIONS THAT YOU HAD DESCRIBED EARLIER TODAY WITH

01:08PM  11    RESPECT TO COMMERCIAL MACHINES AND SMALL SAMPLES?

01:09PM  12    A.   YES.

01:09PM  13    Q.   CAN YOU IDENTIFY THE PATENT APPLICATIONS THAT WERE

01:09PM  14    ASSOCIATED WITH THAT?

01:09PM  15    A.   THE FIRST ONE HERE IS DEVICES, METHODS, AND SYSTEMS FOR

01:09PM  16    REDUCING SAMPLE VOLUMES.  THAT HAD TO DO WITH THE INVENTION

01:09PM  17    THAT WOULD ALLOW US TO TAKE A REALLY SMALL AMOUNT OF FLUID AND

01:09PM  18    RUN THAT SAMPLE ON A TRADITIONAL MACHINE.

01:09PM  19    Q.   WHY WERE YOU SHARING THIS SUMMARY WITH THE BOARD OF

01:09PM  20    DIRECTORS IN OCTOBER OF 2013?

01:09PM  21    A.   WE SHARED UPDATES ON OUR PATENTS AT EVERY MEETING, AND

01:09PM  22    HERE WE WERE TALKING ABOUT THESE INVENTIONS THAT WERE

01:09PM  23    ASSOCIATED WITH THE LAUNCH AT WALGREENS, THE TECHNOLOGIES THAT

01:09PM  24    WE WERE GOING TO BE USING, AND IN THE CASE OF THAT INVENTION,

01:09PM  25    THE DECISION TO FILE IT AS A NONPUBLIC APPLICATION AS WE SOUGHT

7589

01:09PM 1   TO MAINTAIN TRADE SECRET PROTECTION.

01:09PM 2   Q.   HOW LONG WOULD BOARD MEETINGS TYPICALLY BE AT THERANOS?

01:10PM 3   A.   A FULL DAY, AND SOMETIMES DINNERS THE NIGHT BEFORE AND

01:10PM 4   AFTER.

01:10PM 5   Q.   IF YOU WOULD IN THAT SAME NOTEBOOK, WOULD YOU GO TO THE

01:10PM 6   EXHIBIT THAT HAS BEEN MARKED AS EXHIBIT 1172.

01:10PM 7   A.   YES.   OKAY.

01:10PM 8   Q.   IS THIS A SLIDE DECK THAT WAS PROVIDED TO THE BOARD OF

01:10PM 9   DIRECTORS FOR PURPOSES OF THAT OCTOBER 2013 MEETING?

01:10PM 10  A.   IT IS.

01:10PM 11  Q.   I JUST WANT TO FOCUS YOU, WITHOUT GOING INTO DETAIL, I'M

01:11PM 12  GOING TO BE DRAWING YOUR ATTENTION TO CERTAIN PAGES IN THE

01:11PM 13  EXHIBIT THAT BEGIN AROUND PAGE 146.

01:11PM 14      IF YOU COULD REVIEW THAT.

01:11PM 15      YOUR HONOR, I'LL MOVE THE ADMISSION OF EXHIBIT 1172.

01:11PM 16          MR. LEACH:  NO OBJECTION, YOUR HONOR.

01:11PM 17          THE COURT:  IT'S ADMITTED.

01:11PM 18          MR. DOWNEY:  I SHOULD SAY FOR PURPOSES OF CLARITY

01:11PM 19  AND THE RECORD, WE PREVIOUSLY ADMITTED 1172A.

01:11PM 20      I'M ADMITTING THE BALANCE OF 1172, AND FOR OUR PURPOSES,

01:12PM 21  1172 CAN REPLACE 1172A, WHICH WAS A PROVISIONAL EXHIBIT.

01:12PM 22          THE COURT:  ANY OBJECTION TO THAT?

01:12PM 23          MR. LEACH:  NO, YOUR HONOR.

01:12PM 24          THE COURT:  ALL RIGHT.  THANK YOU.

01:12PM 25      WE'LL THEN REPLACE -- THIS WILL BE ADMITTED WITHOUT

7590

01:12PM  1    OBJECTION.  IT WILL REPLACE 1172A.

01:12PM  2         (GOVERNMENT'S EXHIBIT 1172 WAS RECEIVED IN EVIDENCE.)

01:12PM  3              MR. DOWNEY:  IF WE CAN PUBLISH THIS.

01:12PM  4    Q.   IS THIS THE SLIDE DECK THAT WAS USED TO HELP DIRECT

01:12PM  5    DISCUSSION AT THE OCTOBER 2013 BOARD MEETING?

01:12PM  6    A.   IT IS.

01:12PM  7    Q.   I'D LIKE YOU TO GO FORWARD IN THAT EXHIBIT TO PAGE 146.

01:12PM  8         DO YOU HAVE THAT?

01:12PM  9         WE CAN JUST PUT THAT UP ON THE SCREEN.

01:12PM  10   A.   YES.

01:12PM  11   Q.   AND DO YOU SEE THAT THAT IS A SLIDE LABELED CLINICAL DATA?

01:12PM  12   A.   IT IS.

01:12PM  13   Q.   AND IF YOU JUST PAGE THROUGH THAT GOING FORWARD, DO YOU

01:12PM  14   SEE THAT THIS IS SEVERAL PAGES OF CHARTS OF PROVIDING WHAT

01:12PM  15   SEEMS TO BE SOME FORM OF DATA?

01:13PM  16   A.   YES.

01:13PM  17   Q.   AND WHAT IS THAT?

01:13PM  18   A.   THESE ARE WHAT WE CALLED CLINICAL CORRELATIONS, WHICH IS

01:13PM  19   ACTUAL HUMAN SAMPLES RUN ON THE THERANOS TEST AND THE

01:13PM  20   TRADITIONAL TEST, AND COMPARING THE RESULTS.

01:13PM  21   Q.   WHY DID YOU PROVIDE THIS CLINICAL DATA TO THE BOARD OF

01:13PM  22   DIRECTORS AT THERANOS?

01:13PM  23   A.   BECAUSE WE WANTED THEM TO SEE THE ACTUAL DATA ON THE

01:13PM  24   PERFORMANCE OF THE TESTS WE'D DEVELOPED.

01:13PM  25   Q.   AFTER THIS OCTOBER 2013 MEETING, DID YOU TRY TO RECRUIT

01:13PM 1    BOARD MEMBERS WHO HAD EXPERTISE IN THE MEDICAL AND BIOTECH

01:13PM 2    AREAS?

01:13PM 3    A.   I DID.

01:13PM 4    Q.   AND WERE THOSE MEMBERS PRESENT AT THIS OCTOBER 2013

01:13PM 5    MEETING?

01:13PM 6    A.   NO.

01:13PM 7    Q.   WHO WERE THE MEMBERS THAT YOU RECRUITED SUBSEQUENT TO THIS

01:13PM 8    MEETING?

01:13PM 9    A.   DR. BILL FOEGE AND DR. BILL FRIST.

01:14PM 10   Q.   WHO WAS DR. FOEGE?

01:14PM 11   A.   DR. FOEGE HAD RAN THE CDC AND HAD BEEN AWARDED THE MEDAL

01:14PM 12   OF FREEDOM FOR HIS WORK IN HELPING TO ERADICATE SMALLPOX.

01:14PM 13   Q.   AND WHO IS DR. FRIST?

01:14PM 14   A.   DR. FRIST IS A SURGEON.  HE HAD BEEN A SENATOR AND HE WAS

01:14PM 15   AT THAT POINT A VENTURE CAPITAL INVESTOR IN A NUMBER OF HEALTH

01:14PM 16   CARE TECHNOLOGY COMPANIES.

01:14PM 17   Q.   AS OF THE 2013 MEETING -- STRIKE THAT.

01:14PM 18        AT THE 2013 MEETING, DID THE DIRECTORS DISCUSS OR ASK

01:14PM 19   QUESTIONS ABOUT THE CLINICAL DATA THAT HAD BEEN PROVIDED?

01:14PM 20   A.   WE PRESENTED IT.  THERE WERE NOT QUESTIONS ASKED ABOUT IT.

01:14PM 21   Q.   WHAT WERE THE DISCUSSIONS -- WHAT WAS THE USUAL SUBJECT OF

01:14PM 22   DISCUSSIONS AT THERANOS BOARD MEETINGS IN 2013?

01:14PM 23   A.   THE DIRECTORS MOSTLY FOCUSSED ON STRATEGIC QUESTIONS LIKE

01:14PM 24   SHOULD WE FOCUS ON WORK IN HOSPITALS OR IN RETAIL, CERTAIN

01:15PM 25   INTERNATIONAL PLANS THEY THOUGHT WE SHOULD CONSIDER, AND OTHER

01:15PM 1     PROJECTS THEY THOUGHT MIGHT BE IMPORTANT FOR THE COMPANY.

01:15PM 2     Q.   OKAY.  DID -- AT SOME POINT AFTER THE OCTOBER 2013 BOARD

01:15PM 3     MEETING -- WELL, LET ME, BEFORE I GET TO THAT, LET ME ASK YOU,

01:15PM 4     AFTER THE LAUNCH OF THE THERANOS SERVICE CENTERS, WAS THE PLAN

01:15PM 5     AT THAT TIME THAT THERE WOULD BE A NATIONAL ROLLOUT OF THERANOS

01:15PM 6     SERVICE CENTERS IN WALGREENS STORES?

01:15PM 7     A.   YES.

01:15PM 8     Q.   AND DID YOU HAVE AN AGREEMENT WITH THERANOS IN PLACE AT

01:15PM 9     THE TIME THAT THE PARTNERSHIP WAS PUBLICLY ANNOUNCED AS TO HOW

01:15PM 10    THAT WOULD GO?

01:15PM 11    A.   WITH WALGREENS, YES.

01:15PM 12    Q.   AND DID YOU BEGIN TO HAVE DISCUSSIONS WITH THEM AROUND THE

01:15PM 13    TIME OF THAT LAUNCH AS TO HOW TO MODIFY THE AGREEMENTS IN PLACE

01:16PM 14    SO THAT YOU COULD AGREE IN MORE SPECIFIC TERMS AS TO HOW A

01:16PM 15    ROLLOUT WOULD GO?

01:16PM 16    A.   YES, AND SPECIFICALLY TO REALIZE OUR GOAL OF NATIONAL

01:16PM 17    EXPANSION FASTER.

01:16PM 18    Q.   OKAY.  LET ME SHOW YOU A DOCUMENT WHICH IS ALREADY IN

01:16PM 19    EVIDENCE, WHICH IS EXHIBIT 7312.

01:16PM 20    A.   OKAY.

01:16PM 21    Q.   AND DO YOU SEE THAT THIS IS AN EMAIL THAT YOU SENT TO

01:16PM 22    MR. MIQUELON IN AUGUST OF 2013?

01:16PM 23    A.   YES.

01:16PM 24    Q.   AND WAS MR. MIQUELON AT THIS TIME THE CHIEF FINANCIAL

01:16PM 25    OFFICER AT WALGREENS?

01:16PM   1    A.   HE WAS.

01:16PM   2    Q.   AND DO YOU SEE THAT IN THIS EMAIL YOU DISCUSS WITH HIM

01:17PM   3    WHAT YOU BELIEVE TO BE THE MOST EFFECTIVE ROLLOUT STRATEGY FOR

01:17PM   4    THERANOS STORES IN -- THERANOS SERVICE CENTERS IN WALGREENS

01:17PM   5    STORES?

01:17PM   6    A.   I DO.

01:17PM   7    Q.   LET'S GO TO PAGE 10 OF THIS EXHIBIT.

01:17PM   8         DO YOU SEE PAGE 10?

01:17PM   9    A.   I DO, YES.

01:17PM   10   Q.   AND TELL US WHAT PAGE 10 IS DEPICTING ON THIS ROLLOUT PLAN

01:17PM   11   PROPOSAL THAT YOU SENT TO WALGREENS IN AUGUST OF 2013?

01:17PM   12   A.   THIS IS DEPICTING THE PLAN THAT WE HAD FOR THE FOURTH

01:17PM   13   QUARTER OF 2014 AS TO HOW MANY STATES WE'D BE IN TO BEGIN

01:17PM   14   MAKING UP THIS NATIONAL FOOTPRINT.

01:17PM   15   Q.   SO ARE THE STATES THAT ARE IN GREEN ON THIS CHART THE

01:18PM   16   STATES WHERE YOU THOUGHT THERANOS SERVICE CENTERS WOULD BE IN

01:18PM   17   WALGREENS STORES?

01:18PM   18   A.   BY THAT TIME, YES.

01:18PM   19   Q.   OKAY.  AND HOW MANY WALGREENS LOCATIONS DID YOU PROPOSE

01:18PM   20   THAT THERANOS SERVICE CENTERS WOULD BE IN BY THE FOURTH QUARTER

01:18PM   21   OF 2014?

01:18PM   22   A.   JUST OVER 6,000.

01:18PM   23   Q.   AND YOU MADE THIS PROPOSAL IN AUGUST OF 2013?

01:18PM   24   A.   YES.

01:18PM   25   Q.   NOW, DID YOU, AFTER THE TIME THAT YOU MADE THIS PROPOSAL,

01:18PM 1    BEGIN TO NEGOTIATE WITH WALGREENS ABOUT THE NUMBER OF WALGREENS

01:18PM 2    STORES IN WHICH THERANOS SERVICE CENTERS WOULD OPERATE IN 2014

01:18PM 3    AND 2015?

01:18PM 4    A.   YES.

01:18PM 5    Q.   AND DID YOU SUBSEQUENTLY REACH AN AGREEMENT WITH WALGREENS

01:18PM 6    AS TO HOW THE ROLLOUT WOULD WORK OF THERANOS SERVICE CENTERS?

01:18PM 7    A.   YES.

01:18PM 8    Q.   AND DURING WHAT PERIOD WERE YOU NEGOTIATING THAT

01:19PM 9    AGREEMENT?

01:19PM 10   A.   THE FALL TO DECEMBER OF 2013.

01:19PM 11   Q.   OKAY.  AND DID YOU ULTIMATELY REACH AN AGREEMENT AT THE

01:19PM 12   END OF 2013?

01:19PM 13   A.   WE DID.

01:19PM 14   Q.   AND DID YOU COME TO AN AGREEMENT AS TO THE NUMBER OF

01:19PM 15   STORES IN WHICH THERANOS WOULD OPERATE IN 2014 AND 2015?

01:19PM 16   A.   YES.

01:19PM 17   Q.   AND WHAT NUMBER DID THERANOS AND WALGREENS AGREE TO AT THE

01:19PM 18   END OF 2013?

01:19PM 19   A.   I REMEMBER IT AS AT LEAST 3,000 STORES OVER THE NEXT TWO

01:19PM 20   YEARS.

01:19PM 21   Q.   AND FOR WALGREENS COMMITMENT TO LAUNCH THERANOS SERVICE

01:19PM 22   CENTERS, WHAT DID WALGREENS GET IN RETURN?

01:19PM 23   A.   WALGREENS GOT A PROMISE OF EXCLUSIVITY, WHICH MEANT THAT

01:19PM 24   WE WOULD NOT WORK WITH CERTAIN COMPETITORS THAT THEY HAD

01:19PM 25   IDENTIFIED WITHOUT THEIR PERMISSION.

01:19PM 1      Q.   OKAY.  AND IN THE FIRST HALF OF 2014, WHAT DID YOU

01:20PM 2      UNDERSTAND ABOUT HOW THAT ROLLOUT BETWEEN WALGREENS AND

01:20PM 3      THERANOS WAS GOING?

01:20PM 4      A.   I UNDERSTOOD IT WAS GOING WELL.

01:20PM 5      Q.   DID YOU UNDERSTAND THAT THERE WERE ISSUES WITH IT?

01:20PM 6      A.   I UNDERSTOOD THAT ISSUES WERE COMING UP, YES.

01:20PM 7      Q.   AND DID YOU HEAR AT SOME POINTS ABOUT THE NUMBER OF VENOUS

01:20PM 8      DRAWS THAT WERE BEING REQUIRED IN SERVICE CENTERS, THERANOS

01:20PM 9      SERVICE CENTERS AT WALGREENS STORES.

01:20PM 10     A.   I DID.

01:20PM 11     Q.   AND DID YOU EVER UNDERSTAND THAT THAT WAS SOMETHING THAT

01:20PM 12     WOULD PREVENT OR SLOW DOWN THE ROLLOUT OF THERANOS SERVICE

01:20PM 13     CENTERS?

01:20PM 14     A.   NO.

01:20PM 15     Q.   NOW, YOU'RE AWARE THAT BY THE END OF 2014, ONLY 40

01:20PM 16     THERANOS SERVICE CENTERS HAD OPENED IN WALGREENS STORES?

01:20PM 17     A.   YES.

01:20PM 18     Q.   AND DID YOU BELIEVE THAT THAT WOULD SLOW THE PACE OF THE

01:20PM 19     NATIONAL ROLLOUT IN THE COMING YEARS?

01:20PM 20     A.   I DID NOT.

01:20PM 21     Q.   WHAT HAPPENED INSIDE OF WALGREENS IN THE MIDDLE OF 2014

01:21PM 22     THAT CHANGED TO SOME EXTENT THE RELATIONSHIP DYNAMICS WITH

01:21PM 23     WALGREENS?

01:21PM 24     A.   WALGREENS ACQUIRED A COMPANY CALLED BOOTS, AND THE BOOTS

01:21PM 25     LEADERSHIP ENDED UP REPLACING THE WALGREENS LEADERSHIP.

7596

01:21PM 1   Q.   AND WHAT HAPPENED TO MR. MIQUELON IN AUGUST OF 2014 WITH

01:21PM 2   REGARD TO A ROLE AT WALGREENS?

01:21PM 3   A.   HE LEFT WALGREENS.

01:21PM 4   Q.   AND WHO BECAME THE PRINCIPAL SENIOR EXECUTIVE RESPONSIBLE

01:21PM 5   FOR MANAGING THE RELATIONSHIP BETWEEN THERANOS AND WALGREENS AT

01:21PM 6   WALGREENS?

01:21PM 7   A.   ALEX GOURLAY.

01:21PM 8   Q.   AND DID YOU ENGAGE WITH MR. GOURLAY DURING 2014 ABOUT THE

01:21PM 9   ROLLOUT OF THERANOS SERVICE CENTERS?

01:21PM 10  A.   I DID.

01:21PM 11  Q.   TELL US ABOUT THOSE DISCUSSIONS.

01:21PM 12  A.   I WORKED WITH ALEX GOURLAY ON HOW TO ACHIEVE OUR GOALS OF

01:22PM 13  A NATIONAL ROLLOUT, AND ULTIMATELY ON THE IDEA THAT WE COULD

01:22PM 14  RENT SPACE WITHIN THE WALGREENS STORES TO BE ABLE TO ACHIEVE

01:22PM 15  THAT GOAL FASTER.

01:22PM 16  Q.   NOW, YOU'RE AWARE THAT MR. JHAVERI TESTIFIED THAT THERE

01:22PM 17  WERE ONLY -- THAT ONLY 40 SERVICE CENTERS OR SO HAD ROLLED OUT

01:22PM 18  BY AUGUST.

01:22PM 19      DO YOU RECALL THAT?

01:22PM 20  A.   I DO.

01:22PM 21  Q.   AND DO YOU RECALL THAT HE TESTIFIED THAT WALGREENS WAS NO

01:22PM 22  LONGER COMMITTED TO ROLLING OUT IN 3,000 STORES AT SOME POINT

01:22PM 23  BETWEEN JULY OF 2014 AND OCTOBER OF 2014?

01:22PM 24  A.   I HEARD THAT.

01:22PM 25  Q.   WAS THE TESTIMONY THAT MR. JHAVERI GAVE IN THIS CASE ON

7597

01:22PM 1    THE ISSUE OF THE NUMBER OF STORES THAT WOULD HAVE THERANOS

01:22PM 2    SERVICE CENTERS, WAS THAT CONSISTENT WITH THE CONVERSATIONS

01:22PM 3    THAT YOU WERE HAVING WITH MR. GOURLAY IN THE SECOND HALF OF

01:23PM 4    2014?

01:23PM 5    A.   NO.

01:23PM 6    Q.   WAS THERE EVER A TIME THAT YOU UNDERSTOOD BY THE END OF

01:23PM 7    2014 THAT WALGREENS WOULD NOT AGREE TO OPEN ADDITIONAL THERANOS

01:23PM 8    SERVICE CENTERS?

01:23PM 9    A.   THERE WAS NOT.

01:23PM 10   Q.   DID MR. JHAVERI EVER TELL YOU THAT WALGREENS PLANNED TO

01:23PM 11   SLOW ITS ROLLOUT OF STORES?

01:23PM 12   A.   HE DID NOT.

01:23PM 13   Q.   DID MR. BALWANI EVER TELL YOU THAT HE BELIEVED THAT

01:23PM 14   THERANOS WOULD NOT CONTINUE TO ROLL OUT SERVICE CENTERS IN

01:23PM 15   WALGREENS STORES?

01:23PM 16   A.   NO.

01:23PM 17   Q.   TO THE EXTENT THAT WALGREENS HAD MADE A DECISION TO THAT

01:23PM 18   EFFECT, WOULD YOU HAVE EXPECTED MR. GOURLAY OR OTHERS AT

01:23PM 19   WALGREENS TO COMMUNICATE THAT TO YOU?

01:23PM 20   A.   DEFINITELY, YES.

01:23PM 21   Q.   NOW, OVER THE COURSE OF THE TIME THAT THERANOS SERVICE

01:24PM 22   CENTERS WERE OPERATING IN WALGREENS STORES, DID YOU RECEIVE

01:24PM 23   REPORTS OF THERANOS'S PERFORMANCE IN THOSE WALGREENS SERVICE

01:24PM 24   CENTERS?

01:24PM 25   A.   I DID.

7598

| | | |
|---|---|---|
| 01:24PM | 1 | Q.   AND DID YOU RECEIVE UPDATES ABOUT CUSTOMER REACTION? |
| 01:24PM | 2 | A.   YES. |
| 01:24PM | 3 | Q.   HOW OFTEN DID YOU RECEIVE THAT KIND OF FEEDBACK? |
| 01:24PM | 4 | A.   ON A REGULAR BASIS. |
| 01:24PM | 5 | Q.   AND HOW DID YOU RECEIVE THAT FEEDBACK? |
| 01:24PM | 6 | A.   THROUGH EMAILS FROM OUR TEAMS, AND ALSO MEETINGS WITH OUR |
| 01:24PM | 7 | TEAMS. |
| 01:24PM | 8 | Q.   DID YOU REVIEW THAT FEEDBACK WHEN YOU RECEIVED IT? |
| 01:24PM | 9 | A.   I DID. |
| 01:24PM | 10 | Q.   AND DID THAT IMPACT YOUR UNDERSTANDING OF THE WALGREENS |
| 01:24PM | 11 | RELATIONSHIP? |
| 01:24PM | 12 | A.   YES. |
| 01:24PM | 13 | Q.   AND DID IT IMPACT YOUR UNDERSTANDING OF WHETHER VENOUS |
| 01:24PM | 14 | DRAWS WERE IMPORTANT IN THE CONSIDERATION -- IN WALGREENS'S |
| 01:24PM | 15 | CONSIDERATION OF WHETHER IT WOULD CONTINUE TO ROLL OUT THERANOS |
| 01:24PM | 16 | SERVICE CENTERS? |
| 01:24PM | 17 | A.   YES. |
| 01:24PM | 18 | Q.   AND WHAT DID IT MAKE YOU CONCLUDE WITH REGARD TO THAT? |
| 01:24PM | 19 | A.   WE LAUNCHED THINKING THAT FINGERSTICK WAS GOING TO BE A |
| 01:25PM | 20 | REALLY BIG DEAL FOR CONSUMERS, AND WHAT WE LEARNED FROM THE |
| 01:25PM | 21 | DATA THAT WAS COMING BACK IN WAS THAT THE PRICE WAS FAR MORE |
| 01:25PM | 22 | SIGNIFICANT TO THE PEOPLE WHO WERE COMING TO VISIT US. |
| 01:25PM | 23 | Q.   DO YOU RECALL LEARNING THROUGH ANY OF THE FEEDBACK THAT |
| 01:25PM | 24 | WAS SENT TO YOU THAT THERE WERE INACCURATE TEST RESULTS AS PART |
| 01:25PM | 25 | OF THIS REGULAR FEEDBACK ABOUT WHAT WAS HAPPENING AT THERANOS |

01:25PM   1    SERVICE CENTERS?

01:25PM   2    A.   NO, NOT IN THOSE UPDATES.

01:25PM   3    Q.   AND THOSE WERE THE WEEKLY UPDATES OR BIWEEKLY UPDATES?

01:25PM   4    A.   I THINK THEY WERE AT LEAST WEEKLY.

01:25PM   5    Q.   OKAY.  WHEN DID THERANOS AND WALGREENS ULTIMATELY

01:25PM   6    TERMINATE THEIR PARTNERSHIP?

01:25PM   7    A.   IN 2016.

01:25PM   8    Q.   AND MR. MIQUELON HAD BEEN THE INDIVIDUAL WHO YOU HAD

01:25PM   9    ORIGINALLY HAD THE RELATIONSHIP, ALONG WITH DR. ROSAN; IS THAT

01:25PM  10    RIGHT?

01:25PM  11    A.   HE WAS.

01:25PM  12    Q.   AND DID YOU CONTINUE TO STAY IN TOUCH WITH MR. MIQUELON

01:26PM  13    AFTER 2016?

01:26PM  14    A.   I DID.

01:26PM  15    Q.   AND DID YOU CONTINUE TO STAY IN TOUCH WITH DR. ROSAN AFTER

01:26PM  16    2016?

01:26PM  17    A.   YES.

01:26PM  18    Q.   I WANT TO TURN NOW FROM TALKING ABOUT THE WALGREENS

01:26PM  19    RELATIONSHIP TO TALKING ABOUT THERANOS'S RELATIONSHIP WITH

01:26PM  20    CERTAIN OF ITS INVESTORS.

01:26PM  21    A.   OKAY.

01:26PM  22    Q.   DO YOU RECALL WE SPOKE EARLIER IN YOUR TESTIMONY ABOUT THE

01:26PM  23    OFFERING THAT THERANOS HAD DONE OF STOCK TO INVESTORS IN 2006?

01:26PM  24    A.   I DO.

01:26PM  25    Q.   AND IS IT ACCURATE THAT THERANOS HAD DONE ANOTHER OFFERING

01:26PM   1   OF STOCK IN 2010?

01:26PM   2   A.   YES.

01:26PM   3   Q.   WHO INVESTED IN THE 2010 ROUND OF THERANOS STOCK?

01:26PM   4   A.   STRATEGIC ENTITIES, FOR LACK OF A BETTER WORD, INCLUDING

01:26PM   5   BLUE CROSS BLUE SHIELD, AND AN INVESTOR THAT WAS AFFILIATED

01:27PM   6   WITH INTERMOUNTAIN, A BIG HOSPITAL SYSTEM.

01:27PM   7   Q.   AND WHEN WAS THE NEXT TIME AFTER 2010 THAT THERANOS DID AN

01:27PM   8   OFFERING OF STOCK?

01:27PM   9   A.   2010?  I THINK THE NEXT ONE WAS IN 2013.

01:27PM  10   Q.   AND WAS THAT AFTER THE LAUNCH OF THERANOS SERVICE CENTERS

01:27PM  11   IN WALGREENS STORES?

01:27PM  12   A.   IT WAS, YES.

01:27PM  13   Q.   AND AS OF DECEMBER 2013, DID THERANOS NEED CAPITAL BY THE

01:27PM  14   END OF 2013?

01:27PM  15   A.   WE HAD RECEIVED $75 MILLION IN CAPITAL FROM WALGREENS, SO

01:27PM  16   WE DID NOT NEED CAPITAL AFTER THAT.

01:27PM  17   Q.   AND DID YOU NEVERTHELESS MAKE AN OFFERING AT THAT TIME

01:27PM  18   TOWARDS THE END OF 2013?

01:27PM  19   A.   WE DID.

01:27PM  20   Q.   AND WHY DID YOU -- WHO DID YOU INCLUDE IN THAT OFFERING OF

01:27PM  21   STOCK?

01:27PM  22   A.   WE INCLUDED ALL OF OUR EXISTING SHAREHOLDERS IN CASE THEY

01:28PM  23   WANTED TO BE ABLE TO BUY MORE SHARES.

01:28PM  24   Q.   THESE WERE PEOPLE WHO HAD ALREADY INVESTED AT SOME PRIOR

01:28PM  25   POINT IN THERANOS?

7601

```
01:28PM   1        A.   EXACTLY.

01:28PM   2        Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 5143.

01:28PM   3             THIS IS ALREADY IN EVIDENCE, YOUR HONOR.  HOLD ON.  THIS

01:28PM   4        IS ALREADY IN EVIDENCE?

01:28PM   5             THE COURT:  YES, I THINK IT IS.

01:28PM   6             THE WITNESS:  OKAY.

01:28PM   7        BY MR. DOWNEY:

01:28PM   8        Q.   DO YOU SEE THE EMAILS THAT ARE AT THE TOP OF PAGE 1 OF

01:28PM   9        EXHIBIT 5143?

01:28PM   10       A.   I DO.

01:28PM   11       Q.   AND DO YOU SEE THAT THIS IS AN EMAIL THAT IS DENOTED AS

01:28PM   12       BEING FROM THERANOS TO CHRISTOPHER LUCAS?

01:29PM   13            DO YOU SEE THAT?

01:29PM   14       A.   YES.

01:29PM   15       Q.   AND TO ANA AT BD VENTURES?

01:29PM   16       A.   YES.

01:29PM   17       Q.   AND IS ANA A REFERENCE TO ANNA QUINTANA?

01:29PM   18       A.   YES.

01:29PM   19       Q.   AND SHE WAS A COWORKER WITH MR. LUCAS AT BD VENTURES?

01:29PM   20       A.   SHE WAS.

01:29PM   21       Q.   AND THAT WAS HIS VENTURE CAPITAL FIRM, BLACK DIAMOND?

01:29PM   22       A.   YES.

01:29PM   23       Q.   AND WAS THIS A COMMUNICATION THAT WAS SENT NOT ONLY TO

01:29PM   24       MR. CHRIS LUCAS IN DECEMBER OF 2013, BUT ALSO TO -- WERE THERE

01:29PM   25       OTHER COMMUNICATIONS TO OTHER SHAREHOLDERS ABOUT AN OFFERING IN
```

01:29PM 1    DECEMBER OF 2013?

01:29PM 2    A.   THERE WERE.

01:29PM 3    Q.   OKAY.  LET'S LOOK DOWN AT PAGE 2.  AND IF YOU BLOW UP THAT

01:29PM 4    UNDER THERANOS CONFIDENTIAL.

01:29PM 5         IF YOU LOOK AT THE FIRST PAGE, DO YOU SEE THERE'S A -- AT

01:30PM 6    THE FIRST PARAGRAPH RATHER, UNDER "DEAR THERANOS STOCKHOLDER,"

01:30PM 7    YOU'RE WRITING AT THIS TIME TO THE EXISTING SHAREHOLDERS;

01:30PM 8    RIGHT?

01:30PM 9    A.   YES.

01:30PM 10   Q.   AND THIS IS BECAUSE YOU'RE GOING TO MAKE AVAILABLE TO THEM

01:30PM 11   THE OPPORTUNITY TO PURCHASE SHARES?

01:30PM 12   A.   YES.

01:30PM 13   Q.   ADDITIONAL SHARES IN THERANOS?

01:30PM 14   A.   YES.

01:30PM 15   Q.   OKAY.  AND IN THAT PARAGRAPH, IN THE LAST SENTENCE YOU

01:30PM 16   SAY, "AS WE PREPARE FOR 2014 AND CLOSING YEAR END, WE ARE

01:30PM 17   ACTIVELY INVESTING IN INFRASTRUCTURE TO BUILD THIS NEW INDUSTRY

01:30PM 18   THAT WE HAVE CREATED."

01:30PM 19        DO YOU SEE THAT?

01:30PM 20   A.   YES.

01:30PM 21   Q.   AND YOU GO ON IN THE NEXT SENTENCE -- OR PARAGRAPH, AND

01:30PM 22   THEN YOU SAY, "AS PART OF THIS INITIATIVE, WE ARE COMPLETING A

01:30PM 23   SERIES OF FINANCIAL TRANSACTIONS WITH STRATEGIC PARTNERS," IN

01:30PM 24   ORDER TO ACCELERATE OUR GROWTH.

01:30PM 25        DO YOU SEE THAT?

7603

01:30PM 1    A.   YES.

01:30PM 2    Q.   AND WHAT WAS THERANOS REFERRING TO WHEN IT WAS SAYING "WE

01:31PM 3    ARE COMPLETING A SERIES OF FINANCIAL TRANSACTIONS WITH

01:31PM 4    STRATEGIC PARTNERS"?

01:31PM 5    A.   THE CONTRACT WAS WITH WALGREENS, AND WE WERE ALSO AT THAT

01:31PM 6    TIME WORKING TO COMPLETE AN INVESTMENT FROM A HOSPITAL SYSTEM

01:31PM 7    CALLED DIGNITY.

01:31PM 8    Q.   AND DID DIGNITY ULTIMATELY INVEST IN THERANOS?

01:31PM 9    A.   THEY DID.

01:31PM 10   Q.   OKAY.  NOW, DID YOU SEE DURING MR. LUCAS'S TESTIMONY THAT

01:31PM 11   HE HAD ASKED -- HE TESTIFIED THAT HE HAD ASKED FOR THE IDENTITY

01:31PM 12   OF THOSE STRATEGIC PARTNERS IN CONVERSATIONS WITH YOU IN LATE

01:31PM 13   DECEMBER OF 2013?

01:31PM 14   A.   YES.

01:31PM 15   Q.   AND THAT HE HAD RAISED THAT QUESTION BECAUSE SOME OF THE

01:31PM 16   INVESTORS IN HIS FUND HAD RAISED THAT QUESTION WITH HIM?

01:31PM 17   A.   YES.

01:31PM 18   Q.   AND DO YOU RECALL THAT HE TESTIFIED THAT YOU WOULD NOT

01:31PM 19   PROVIDE THE IDENTITY OF THE STRATEGIC PARTNERS TO HIM?

01:31PM 20   A.   YES.

01:31PM 21   Q.   AND WHY WAS IT THAT YOU DID NOT IDENTIFY THE STRATEGIC

01:31PM 22   PARTNERS WHEN MR. LUCAS ASKED YOU FOR THAT INFORMATION?

01:32PM 23   A.   BECAUSE WE HAD CONFIDENTIALITY AGREEMENTS WITH THOSE

01:32PM 24   COMPANIES WHO HAD ASKED US NOT TO DISCLOSE THAT WE WERE DOING

01:32PM 25   THE TRANSACTIONS.

01:32PM   1    Q.   AND IN THE NEXT SENTENCE YOU SAY, "WE ARE ALSO COMPLETING

01:32PM   2    EQUITY TRANSACTIONS WITH STRATEGIC ENTITIES WHO HAD PREVIOUSLY

01:32PM   3    INVESTED IN THERANOS AND HAD THE OPTION TO INVEST ADDITIONAL

01:32PM   4    EQUITY IN THE COMPANY THROUGH THE END OF FISCAL 2013."

01:32PM   5         DO YOU SEE THAT?

01:32PM   6    A.   I DO.

01:32PM   7    Q.   AND WHAT DOES THAT REFER TO?

01:32PM   8    A.   I THINK THAT'S REFERRING TO THE WALGREENS CONTRACT

01:32PM   9    AMENDMENT WHERE THEY HAD THE OPPORTUNITY TO INVEST ADDITIONAL

01:32PM  10    EQUITY WITHIN THAT TIME PERIOD.

01:32PM  11    Q.   OKAY.  AND THEN YOU GO ON IN THE NEXT PARAGRAPH AND SAY --

01:32PM  12    YOU PROVIDE SOME DETAILS WITH REGARD TO A STOCK SPLIT; IS THAT

01:32PM  13    RIGHT?

01:32PM  14    A.   YES.

01:32PM  15    Q.   AND THEN YOU SAY THAT THE OFFERING HERE WILL BE AT $15 A

01:32PM  16    SHARE.

01:32PM  17         DO YOU SEE THAT?

01:32PM  18    A.   YES.

01:32PM  19    Q.   NOW, DO YOU RECALL TESTIMONY FROM MR. EISENMAN IN THIS

01:33PM  20    CASE; CORRECT?

01:33PM  21    A.   I DO.

01:33PM  22    Q.   AND YOU RECALL TESTIMONY FROM MR. TOLBERT IN THIS CASE;

01:33PM  23    CORRECT?

01:33PM  24    A.   I DO.

01:33PM  25    Q.   AND YOU RECALL TESTIMONY FROM MR. CHRIS LUCAS; CORRECT?

01:33PM    1    A.   YES.

01:33PM    2    Q.   AND ALL THREE OF THEM RECEIVED THIS COMMUNICATION BECAUSE,

01:33PM    3    IN THE CASE OF MR. EISENMAN AND MR. LUCAS, THEY HAD PREVIOUSLY

01:33PM    4    BEEN INVESTORS; RIGHT?

01:33PM    5    A.   YES.

01:33PM    6    Q.   AND IN MR. TOLBERT'S CASE, HE HAD INVESTED IN MR. LUCAS'S

01:33PM    7    FUND IN THERANOS; IS THAT RIGHT?

01:33PM    8    A.   HE DID.

01:33PM    9    Q.   NOW, THE SECTION THAT WE READ ABOVE SAID IN THE LAST

01:33PM   10    SENTENCE THAT "WE ARE ACTIVELY INVESTING IN INFRASTRUCTURE TO

01:33PM   11    BUILD THIS NEW INDUSTRY."

01:33PM   12         DO YOU SEE THAT?

01:33PM   13    A.   YES.

01:33PM   14    Q.   WHAT DID THAT MEAN?

01:33PM   15    A.   THAT MEANT THAT WE WERE INVESTING IN EVERY PART OF OUR

01:33PM   16    BUSINESS AS WE TRIED TO GROW THE COMPANY.

01:34PM   17    Q.   AND YOU PRICED THE STOCK AT THIS $15 PER SHARE PRICE.

01:34PM   18         DO YOU SEE THAT?

01:34PM   19    A.   YES.

01:34PM   20    Q.   AND WHY WAS THAT THE PRICE?

01:34PM   21    A.   BECAUSE THAT WAS THE PRICE THAT WAS SET IN OUR AGREEMENTS

01:34PM   22    WITH WALGREENS AND SAFEWAY.

01:34PM   23    Q.   AND WERE THERE SUBSEQUENTLY OFFERINGS OF STOCK IN THERANOS

01:34PM   24    SHORTLY THEREAFTER IN 2014 AT WHICH THE STOCK PRICE WAS $17 A

01:34PM   25    SHARE?

7606

01:34PM 1    A.   YES.

01:34PM 2    Q.   WITH RESPECT TO THE $15 SHARE PRICE, WAS THAT A SHARE

01:34PM 3    PRICE THAT YOU DECIDED ON OR, OR HOW WAS THAT APPROVED WITHIN

01:34PM 4    THERANOS?

01:34PM 5    A.   IT WAS SET BY THE RETAILERS AND REVIEWED AND APPROVED BY

01:34PM 6    OUR BOARD.

01:34PM 7    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 10682.

01:34PM 8         THE COURT:  MR. DOWNEY, SHOULD WE TAKE OUR BREAK

01:34PM 9    BEFORE WE DO THAT?

01:34PM 10        MR. DOWNEY:  SURE.

01:34PM 11        THE COURT:  LET'S DO THAT.

01:34PM 12        MR. DOWNEY:  YES.  THANK YOU, YOUR HONOR.  YES.

01:34PM 13        THE COURT:  LET'S DO THAT.  LET'S TAKE 30 MINUTES,

01:35PM 14   LADIES AND GENTLEMEN, 30 MINUTES.

01:35PM 15      (RECESS FROM 1:35 P.M. UNTIL 2:12 P.M.)

02:13PM 16        THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

02:13PM 17   MS. HOLMES IS ON THE STAND.  OUR JURY IS PRESENT.

02:13PM 18      MR. DOWNEY, YOU'D LIKE TO CONTINUE?

02:13PM 19        MR. DOWNEY:  YES, YOUR HONOR.

02:13PM 20      BEFORE I BEGIN WITH MS. HOLMES, YOUR HONOR, JUST WHILE WE

02:13PM 21   HAVE THE PRESENCE OF OUR JURY, JUST A FEW HOUSEKEEPING ISSUES

02:13PM 22   WITH EXHIBITS.

02:13PM 23        THE COURT:  SURE.

02:13PM 24        MR. DOWNEY:  I WANTED TO MOVE THE ADMISSION OF 7751,

02:13PM 25   WHICH IS SIMPLY A COLOR VERSION OF 1177, WHICH THE COURT

7607

02:13PM  1    ADMITTED, BUT IT MIGHT BE EASIER FOR PEOPLE TO READ IN THE

02:13PM  2    FUTURE.

02:13PM  3            THE COURT:  OKAY.  ANY OBJECTION TO THAT?

02:13PM  4            MR. LEACH:  NO, YOUR HONOR.  THAT'S FINE.

02:13PM  5            THE COURT:  IT'S ADMITTED.

02:13PM  6        (DEFENDANT'S EXHIBIT 7751 WAS RECEIVED IN EVIDENCE.)

02:13PM  7            MR. DOWNEY:  AND I WANTED TO MOVE THE ADMISSION OF

02:13PM  8    7380, WHICH WE HAD DISCUSSED A FOUNDATION FOR.

02:13PM  9            THE COURT:  ALL RIGHT.  THAT WAS DISCUSSED.  YOU DID

02:14PM 10    NOT MOVE IT INTO EVIDENCE.  I NOTED THAT.

02:14PM 11        ANY OBJECTION?

02:14PM 12        THIS IS ADDITIONAL ASSAYS AND PRESUBMISSION.

02:14PM 13            MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:14PM 14            THE COURT:  THAT'S ADMITTED AT THIS TIME.

02:14PM 15            MR. DOWNEY:  THANK YOU, YOUR HONOR.

02:14PM 16        (DEFENDANT'S EXHIBIT 7380 WAS RECEIVED IN EVIDENCE.)

02:14PM 17    BY MR. DOWNEY:

02:14PM 18    Q.  MS. HOLMES, BEFORE THE BREAK WE WERE TALKING ABOUT THE

02:14PM 19    PRICE THAT WAS OFFERED IN CONNECTION WITH THE DECEMBER 2013

02:14PM 20    OFFERING OF THERANOS SHARES, AND I WANTED TO ASK YOU ABOUT THE

02:14PM 21    ROLE OF THERANOS'S BOARD OF DIRECTORS IN CONNECTION WITH THAT

02:14PM 22    OFFERING IF I MIGHT.

02:14PM 23    A.  YES.

02:14PM 24    Q.  LET ME ASK YOU TO LOOK AT EXHIBIT 10682.

02:15PM 25    A.  OKAY.

7608

02:15PM 1    Q.   NOW, IN CONNECTION WITH ANY OFFERING OF THERANOS SHARES,

02:15PM 2    IS THAT SOMETHING THAT THE BOARD WOULD HAVE TO CONSIDER AND

02:15PM 3    APPROVE?

02:15PM 4    A.   YES.

02:15PM 5    Q.   AND WAS THAT DONE IN CONNECTION WITH THE DECEMBER 31ST,

02:15PM 6    2013 CLOSING TRANSACTION?

02:15PM 7    A.   YES.

02:15PM 8    Q.   DO YOU RECALL THAT THERE WAS TESTIMONY IN THE CASE WHERE A

02:15PM 9    NUMBER OF INVESTORS TESTIFIED THAT THERE WAS A SHORT PERIOD

02:15PM 10   WITHIN WHICH THEY HAD TO CONSIDER THAT OFFERING.

02:15PM 11        DO YOU RECALL THAT?

02:15PM 12   A.   I DO.

02:15PM 13   Q.   AND WE LOOKED BEFORE THE BREAK AT THE COMMUNICATION THAT

02:15PM 14   THERANOS SENT TO SHAREHOLDERS ANNOUNCING THE OFFERING.

02:16PM 15        AND DO YOU RECALL THAT WAS ON DECEMBER 15TH?

02:16PM 16   A.   YES.

02:16PM 17   Q.   AND DO YOU RECALL THAT THAT OFFERING CLOSED ON

02:16PM 18   DECEMBER 31ST?

02:16PM 19   A.   YES.

02:16PM 20   Q.   SO THAT WAS A PERIOD OF JUST OVER -- A LITTLE OVER TWO

02:16PM 21   WEEKS AT THE END OF THE YEAR AND THE HOLIDAY SEASON; CORRECT?

02:16PM 22   A.   IT WAS.

02:16PM 23   Q.   WHAT WAS THE EXPLANATION FOR THAT SHORT WINDOW FOR THAT

02:16PM 24   SHARE OFFERING?

02:16PM 25   A.   WE WERE DOING THIS DEAL WITH WALGREENS, WHICH WE HAD BEEN

7609

02:16PM   1    NEGOTIATING.  WE LEARNED AT THAT POINT THAT WE WOULD BE CLOSING

02:16PM   2    THE DEAL BY DECEMBER 31ST, WHICH MEANT THAT THERE WAS A WINDOW

02:16PM   3    FOR SHAREHOLDERS TO BE ABLE TO INVEST, THAT WAS THE WINDOW, AND

02:16PM   4    WE WANTED TO SHARE IT WITH THEM WHEN WE KNEW.

02:16PM   5    Q.   WAS IT PRESENTED TO THERANOS'S BOARD OF DIRECTORS THAT THE

02:16PM   6    OFFERING OF STOCK WOULD CLOSE BY DECEMBER 31ST AFTER BEING

02:16PM   7    OFFERED ON DECEMBER 15TH?

02:16PM   8    A.   YES.

02:16PM   9    Q.   AND DID THEY APPROVE THAT?

02:16PM   10   A.   THEY DID.

02:16PM   11   Q.   WITH RESPECT TO 10682, IS THIS THE RECORD OF AN ACTION BY

02:17PM   12   THE BOARD OF DIRECTORS OF THERANOS IN CONNECTION WITH THAT

02:17PM   13   DECEMBER 31ST, 2013 STOCK CLOSING?

02:17PM   14   A.   IT IS.

02:17PM   15        MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:17PM   16   10682.

02:17PM   17        MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:17PM   18        THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:17PM   19        (DEFENDANT'S EXHIBIT 10682 WAS RECEIVED IN EVIDENCE.)

02:17PM   20   BY MR. DOWNEY:

02:17PM   21   Q.   WOULD YOU LOOK AT THE FIRST PAGE OF THIS DOCUMENT?  DO YOU

02:17PM   22   SEE THAT IT'S DESCRIBED AS AN ACTION BY THE UNANIMOUS WRITTEN

02:17PM   23   CONSENT OF THE BOARD OF DIRECTORS?

02:17PM   24   A.   YES.

02:17PM   25   Q.   AND DOES THAT MEAN AN ACTION THAT THE BOARD OF DIRECTORS

02:17PM   1    TAKES WITHOUT BENEFIT OF A BOARD MEETING AND VOTE?

02:17PM   2    A.   YES, NORMALLY FOLLOWING SOME TYPE OF MEETING OR

02:17PM   3    DISCUSSION.

02:17PM   4    Q.   OKAY.  AND WAS THERE A MEETING AND DISCUSSION IN

02:17PM   5    CONNECTION WITH THIS DECEMBER 2013 OFFERING?

02:17PM   6    A.   YES.

02:17PM   7    Q.   LET ME ASK YOU TO LOOK AT PAGE 8 OF THIS DOCUMENT.

02:18PM   8        AND IF YOU LOOK UNDER THIS SECTION THAT IS ON THE BOTTOM

02:18PM   9    HALF OF THE PAGE LABELLED AMENDMENTS TO THE AMENDED AND

02:18PM   10   RESTATED C-1 PREFERRED STOCK PURCHASE AGREEMENT.

02:18PM   11       DO YOU SEE THAT?

02:18PM   12   A.   I DO.

02:18PM   13   Q.   AND DO YOU SEE THAT'S JUST REFERENCE SIMPLY TO THE WAY IN

02:18PM   14   WHICH THE TERMS OF THE AGREEMENT WOULD BE SET FOR OFFERING WITH

02:18PM   15   SHAREHOLDERS?

02:18PM   16   A.   YES.

02:18PM   17   Q.   IN THE FIRST PARAGRAPH IT SAYS, "WHEREAS," AND IT GOES ON

02:18PM   18   FROM THERE.  IT REFERS TO A PRICE OF $15 PER SHARE.

02:18PM   19       DO YOU SEE THAT?

02:18PM   20   A.   I DO.

02:18PM   21   Q.   AND IS THAT A REFERENCE TO THE $15 A SHARE PRICE THAT THE

02:19PM   22   BOARD WAS CONSIDERING IN CONNECTION WITH THIS OFFERING?

02:19PM   23   A.   YES.

02:19PM   24   Q.   AND IF YOU GO DOWN TO PAGE 9 THEREAFTER, WHICH IS THE NEXT

02:19PM   25   PAGE AND YOU LOOK AT THE FIRST PARAGRAPH THAT IS -- THE FIRST

02:19PM  1    TWO PARAGRAPHS.

02:19PM  2        IF YOU LOOK AT THE SECOND PARAGRAPH WITHIN THAT, WHICH IS

02:19PM  3    RESOLVED FURTHER, DO YOU SEE THAT THE BOARD APPROVED THE SALE

02:19PM  4    AND ISSUANCE AT $15 PER SHARE?

02:19PM  5    A.   YES.

02:19PM  6    Q.   NOW, DID YOU -- YOU MENTIONED THAT THERE WERE SIMULTANEOUS

02:19PM  7    NEGOTIATIONS WITH WALGREENS GOING ON AT THE SAME TIME AS YOU

02:20PM  8    WERE DOING THIS SHARE OFFERING; IS THAT RIGHT?

02:20PM  9    A.   THERE WERE.

02:20PM 10    Q.   AND WERE THOSE THE NEGOTIATIONS THAT RELATED TO HOW THE

02:20PM 11    ROLLOUT PLAN WOULD WORK?

02:20PM 12    A.   YES.

02:20PM 13    Q.   AND WHAT DATE DID THAT TRANSACTION ULTIMATELY CLOSE?

02:20PM 14    A.   ON DECEMBER 31ST.

02:20PM 15    Q.   AND IS THAT THE SAME TIME THAT THIS OFFERING OF SHARES

02:20PM 16    ALSO CLOSED?

02:20PM 17    A.   IT IS.

02:20PM 18    Q.   AND DID YOU UNDERSTAND THAT THAT WAS NECESSARY UNDER

02:20PM 19    THERANOS'S AGREEMENTS WITH WALGREENS?

02:20PM 20    A.   I DID.

02:20PM 21    Q.   I WANT TO ASK YOU ABOUT SOME OF THE PARTICULAR INVESTMENTS

02:20PM 22    THAT WERE MADE IN CONNECTION WITH THAT DECEMBER 2013 OFFERING.

02:20PM 23        FIRST, LET ME JUST ASK YOU, DID YOU AT THERANOS REFER TO

02:20PM 24    THAT INVESTMENT ROUND AS THE C-1 INVESTMENT ROUND?

02:20PM 25    A.   YES.

02:20PM   1    Q.   AND THAT'S THE ROUND IN WHICH MR. LUCAS AND MR. EISENMAN

02:21PM   2    AND MR. HALL INVESTED; IS THAT RIGHT?

02:21PM   3    A.   YES.

02:21PM   4    Q.   LET'S TALK ABOUT MR. LUCAS FIRST.

02:21PM   5         MR. LUCAS'S FIRM WAS CALLED BLACK DIAMOND VENTURES?

02:21PM   6    A.   IT WAS, YES.

02:21PM   7    Q.   AND DO YOU RECALL THAT YOU TESTIFIED ON FRIDAY ABOUT

02:21PM   8    MR. LUCAS'S INVESTMENT IN THERANOS IN 2006?

02:21PM   9    A.   I DO.

02:21PM  10    Q.   BETWEEN 2006 AND 2013, CAN YOU DESCRIBE THE INTERACTIONS

02:21PM  11    THAT YOU HAD WITH MR. LUCAS AROUND THERANOS?

02:21PM  12    A.   YES.  I WOULD SEE MR. LUCAS WITH HIS UNCLE, DON LUCAS, WHO

02:21PM  13    WAS OUR CHAIRMAN, OFTEN IN FAMILY GATHERINGS, AND MR. LUCAS

02:21PM  14    ALSO CAME TO WORK FOR THE COMPANY IN OUR FINANCE DEPARTMENT.

02:22PM  15    Q.   AND DO YOU KNOW WHEN HE CAME TO WORK AT THERANOS IN

02:22PM  16    CONNECTION WITH THE FINANCE DEPARTMENT?

02:22PM  17    A.   I THINK IT WAS AROUND 2008.

02:22PM  18    Q.   AND AFTER 2008, DID YOU HAVE PERIODIC CONTACT WITH

02:22PM  19    MR. CHRIS LUCAS?

02:22PM  20    A.   I DID.

02:22PM  21    Q.   WHY HAD MR. LUCAS BEEN INVOLVED IN PREPARING FINANCIAL

02:22PM  22    PROJECTIONS FOR THE COMPANY IN 2008 OR SO?

02:22PM  23    A.   OUR BOARD DID NOT THINK THAT I HAD THE RIGHT EXPERTISE TO

02:22PM  24    DO THAT, AND THEY WANTED TO HAVE SOMEONE WHO WAS SOPHISTICATED

02:22PM  25    IN THOSE MATTERS INTERNALLY, SO THEY ASKED AND SUGGESTED THAT

02:22PM 1    CHRIS COME IN TO HELP US BUILD PROJECTIONS.

02:22PM 2    Q.   NOW, IN 2013 WHEN THIS OFFERING OF SHARES WAS MADE, DID

02:22PM 3    YOU HAVE THE CHANCE TO SPEAK ONE-ON-ONE WITH MR. LUCAS ABOUT

02:22PM 4    THIS OPPORTUNITY TO INVEST?

02:22PM 5    A.   I DID.

02:22PM 6    Q.   AND CAN YOU TELL US WHAT THOSE DISCUSSIONS WERE ABOUT.

02:23PM 7    A.   HE HAD A FEW QUESTIONS ABOUT WHO ELSE WAS DOING DEALS WITH

02:23PM 8    US AT THAT TIME THAT HAD BEEN RELAYED TO HIM FROM HIS

02:23PM 9    INVESTORS, AND HE ALSO WANTED TO TALK TO ME ABOUT MR. HALL

02:23PM 10   INVESTING DIRECTLY IN THERANOS AS OPPOSED TO THROUGH HIM.

02:23PM 11   Q.   AND WHAT DID YOU DISCUSS ABOUT MR. HALL INVESTING DIRECTLY

02:23PM 12   IN THERANOS?

02:23PM 13   A.   IF MR. HALL DID THAT, IT WOULD MEAN THAT WE WOULD HAVE AN

02:23PM 14   ADDITIONAL SHAREHOLDER, AND I SAID THAT WE WOULD, WE WOULD DO

02:23PM 15   THAT IF THAT'S WHAT HE WANTED.

02:23PM 16   Q.   OKAY.  DID MR. LUCAS ASK YOU ANY QUESTIONS ABOUT

02:23PM 17   THERANOS'S TECHNOLOGY IN THOSE CONVERSATIONS?

02:23PM 18   A.   NO.

02:23PM 19   Q.   DID HE ASK YOU ANY QUESTIONS ABOUT THERANOS'S BUSINESS

02:23PM 20   PLAN?

02:23PM 21   A.   NO.

02:23PM 22   Q.   LET'S TALK ABOUT MR. HALL FOR A MOMENT.

02:23PM 23        MR. HALL ALSO PARTICIPATED IN THE 2013 C-1 ROUND?

02:23PM 24   A.   HE DID.

02:23PM 25   Q.   AND WHAT DID YOU UNDERSTAND ABOUT MR. HALL AS OF THE TIME

7614

02:24PM   1    HE MADE THAT INVESTMENT IN DECEMBER OF 2013?

02:24PM   2    A.   THAT HE WAS A VERY SUCCESSFUL BUSINESS PERSON AND INVESTOR

02:24PM   3    WHO HAD INVESTED IN A NUMBER OF COMPANIES.

02:24PM   4        I UNDERSTOOD HE WAS THE LARGEST SHAREHOLDER OF AMERICAN

02:24PM   5    AIRLINES, AND ALSO OWNED A LARGE AMOUNT OF REAL ESTATE.

02:24PM   6    Q.   WE HEARD A RECORDING DURING THE COURSE OF THIS

02:24PM   7    CONVERSATION OF A CALL THAT YOU HAD WITH, AMONG OTHERS,

02:24PM   8    MR. TOLBERT.

02:24PM   9        DO YOU RECALL THAT?

02:24PM   10   A.   I DO.

02:24PM   11   Q.   AND DID MR. TOLBERT WORK FOR MR. HALL?

02:24PM   12   A.   YES.

02:24PM   13   Q.   PRIOR TO THE TIME OF THE CONVERSATION WHICH MR. TOLBERT

02:24PM   14   RECORDED IN DECEMBER OF 2013, WHEN IS THE LAST TIME THAT YOU

02:24PM   15   HAD SPOKEN TO MR. TOLBERT?

02:24PM   16   A.   I THINK IN 2006.

02:24PM   17   Q.   AND HOW MUCH, IF ANY, COMMUNICATION DID YOU HAVE WITH

02:25PM   18   EITHER MR. HALL OR MR. TOLBERT BETWEEN 2006 AND 2013?

02:25PM   19   A.   I DON'T THINK I HAD COMMUNICATION WITH THEM.

02:25PM   20   Q.   DID YOU HAVE ANY DISCUSSIONS THAT YOU RECALL WITH MR. HALL

02:25PM   21   AROUND THE TIME OF THE INVESTMENT?

02:25PM   22   A.   YES.

02:25PM   23   Q.   DID MR. HALL ASK ANY QUESTIONS ABOUT THE TECHNOLOGY THAT

02:25PM   24   YOU RECALL IN THAT CONVERSATION?

02:25PM   25   A.   HE DID NOT.

02:25PM 1    Q.   WHAT WERE YOUR CONVERSATIONS WITH MR. HALL ABOUT?

02:25PM 2    A.   HE ASKED TO SPEAK WITH ME TO ASK IF WE WOULD ACCEPT HIM AS

02:25PM 3    A DIRECT INVESTOR IN THERANOS, AS OPPOSED TO AN INVESTOR IN

02:25PM 4    CHRIS LUCAS'S FUND.

02:25PM 5    Q.   AND WAS THAT THE PRINCIPAL SUBJECT OF THE DISCUSSION AS

02:25PM 6    YOU RECALL IT?

02:25PM 7    A.   IT WAS.

02:25PM 8    Q.   YOU ALSO RECALL THAT MR. EISENMAN TESTIFIED THAT HE

02:25PM 9    INVESTED AS PART OF THIS C-1 ROUND?

02:25PM 10   A.   I DO.

02:25PM 11   Q.   AND YOU RECALL THAT YOU TESTIFIED ON FRIDAY THAT HE HAD

02:25PM 12   INVESTED IN 2006?

02:26PM 13   A.   YES.

02:26PM 14   Q.   DID YOU SPEAK TO MR. EISENMAN IN 2013 ABOUT MAKING AN

02:26PM 15   INVESTMENT IN THERANOS AS PART OF THE C-1 ROUND?

02:26PM 16   A.   NO.

02:26PM 17   Q.   DID YOU LEARN AT SOME POINT THAT MR. EISENMAN HAD DECIDED

02:26PM 18   TO INVEST IN THAT C-1 ROUND?

02:26PM 19   A.   I DID.

02:26PM 20   Q.   DO YOU RECALL HOW YOU LEARNED THAT?

02:26PM 21   A.   THROUGH SUNNY BALWANI.

02:26PM 22   Q.   WHAT WAS YOUR REACTION WHEN YOU LEARNED THAT MR. EISENMAN

02:26PM 23   HAD DECIDED TO INVEST AS PART OF THE C-1 ROUND?

02:26PM 24   A.   I WAS SURPRISED.

02:26PM 25   Q.   WHY DO YOU SAY YOU WERE SURPRISED?

02:26PM  1      A.   WE HAD FOR YEARS BEEN COMMUNICATING WITH MR. EISENMAN

02:26PM  2      ABOUT SOME OF HIS QUESTIONS.  HE SEEMED TO HAVE A VERY LARGE

02:26PM  3      AMOUNT OF QUESTIONS HAVING TO DO WITH THE VALUATION OF HIS

02:26PM  4      STOCK SO THAT HE COULD POTENTIALLY SELL IT AT DIFFERENT POINTS

02:26PM  5      IN TIME.

02:26PM  6           WE HAD TRIED TO COMMUNICATE TO HIM THAT WE WERE NOT ABLE

02:27PM  7      TO CONVEY MUCH OF THE INFORMATION THAT HE WAS ASKING FOR.

02:27PM  8           AND WE HAD A LOT OF FRUSTRATIONS AROUND THOSE

02:27PM  9      INTERACTIONS, AND I KNOW HE HAD A LOT OF FRUSTRATIONS AROUND

02:27PM 10      THOSE INTERACTIONS.

02:27PM 11      Q.   BUT YOU LEARNED THAT HE ULTIMATELY INVESTED?

02:27PM 12      A.   I DID.

02:27PM 13      Q.   NOW, AFTER DECEMBER 31ST OF 2013, DID THERANOS GO FORWARD

02:27PM 14      AND OFFER ANOTHER ROUND OF INVESTMENT IN 2014?

02:27PM 15      A.   YES.

02:27PM 16      Q.   AND WAS THAT KNOWN AS THE C-2 ROUND?

02:27PM 17      A.   IT WAS.

02:27PM 18      Q.   AND WHAT IS THE SIGNIFICANCE OF THESE NUMBERS AND LETTERS,

02:27PM 19      C-1 AND C-2 IN CONNECTION WITH THESE STOCK OFFERINGS?

02:27PM 20      A.   C-1 AND C-2, IN TERMS OF HOW THEY WERE STRUCTURED, WERE

02:27PM 21      ESSENTIALLY EXTENSIONS OF THE SERIES C ROUND.  SO EARLIER ON WE

02:27PM 22      HAD DONE AN A, A B, AND A C.

02:27PM 23           AND INSTEAD OF DOING A WHOLE NEW ROUND, WE JUST ALLOWED

02:27PM 24      PEOPLE TO CONTINUE TO INVEST UNDER THE EXISTING DOCUMENTS.

02:28PM 25      Q.   IN CONNECTION WITH THE C-2 OFFERING IN 2014, DID THERANOS

02:28PM 1      SOMETIMES PROVIDE SETS OF SLIDES TO POTENTIAL INVESTORS?

02:28PM 2      A.   YES.

02:28PM 3      Q.   DO YOU RECALL DOING THAT IN CONNECTION, FOR EXAMPLE, WITH

02:28PM 4      MR. MOSLEY?

02:28PM 5      A.   YES.

02:28PM 6      Q.   AND WERE THOSE SLIDES THE ONLY MEANS BY WHICH INVESTORS

02:28PM 7      LEARNED ABOUT THERANOS AS PART OF THE C-2 OFFERING?

02:28PM 8      A.   NO.

02:28PM 9      Q.   WERE THE SLIDES INTENDED TO GIVE POTENTIAL INVESTORS A

02:28PM 10     COMPREHENSIVE AND THOROUGH OVERVIEW OF THERANOS?

02:28PM 11     A.   NO.

02:28PM 12     Q.   WHY WERE THE SLIDES USED?

02:28PM 13     A.   WE USED THEM IN MEETINGS TO SUPPORT DIFFERENT DISCUSSION

02:28PM 14     POINTS BASED ON THE QUESTIONS THAT AN INVESTOR OR ANYONE WE

02:28PM 15     WERE MEETING WITH WOULD HAVE.

02:28PM 16     Q.   NOW, THOSE SETS OF SLIDES, YOU RECALL THAT WE HAVE SEEN

02:29PM 17     SOME OF THOSE IN EVIDENCE DURING THE COURSE OF THIS CASE?

02:29PM 18     A.   I DO.

02:29PM 19     Q.   ARE THOSE DOCUMENTS THAT YOU CREATED FROM SCRATCH AT THE

02:29PM 20     TIME THAT YOU WERE SENDING THEM?

02:29PM 21     A.   NO.

02:29PM 22     Q.   WHAT WAS THE PROCESS FOR THE CREATION OF THESE SLIDE DECKS

02:29PM 23     THAT WERE USED IN CONNECTION WITH INVESTORS IN 2014?

02:29PM 24     A.   IT DATES BACK ALMOST TO THE WORK THAT WE WERE DOING WITH

02:29PM 25     PHARMA COMPANIES.  WE HAD A SET OF SLIDES THAT WE DEVELOPED

02:29PM   1      THERE, AND WE KEPT ADDING TO THEM OVER THE YEARS.

02:29PM   2          WE REFERRED TO OUR DECK AS OUR INTERNAL DECK, AND AS THE

02:29PM   3      BUSINESS GREW AND WE HAD NEW CONTENT, WE WOULD ADD IT TO THE

02:29PM   4      DECK AND MAINTAIN IT ON A DRIVE AT THERANOS.

02:29PM   5      Q.   AND WERE THE DECKS USED ONLY WITH INVESTORS OR POTENTIAL

02:29PM   6      INVESTORS?

02:29PM   7      A.   NO.

02:29PM   8      Q.   WHO ELSE WERE THE DECKS USED WITH?

02:29PM   9      A.   ANYONE WITH WHOM WE WERE MEETING.  IT COULD BE A BUSINESS

02:29PM   10     PARTNER LIKE A HOSPITAL SYSTEM.  IT COULD BE BUSINESS PARTNERS

02:29PM   11     LIKE THE RETAILERS, THE INSURANCE COMPANIES.  ANY MEETING WE

02:30PM   12     WERE DOING.

02:30PM   13     Q.   WHO WAS INVOLVED IN DEVELOPING THE CONTENT THAT WENT INTO

02:30PM   14     THE SLIDE DECKS?

02:30PM   15     A.   OUR SCIENTISTS AND ENGINEERS.  WE PUT ALL OF OUR CLINICAL

02:30PM   16     DATA INTO THOSE DECKS.

02:30PM   17          OUR PROJECT MANAGERS, PRODUCT MANAGERS, SOME OF THE PEOPLE

02:30PM   18     ON THE BUSINESS DEVELOPMENT SIDE AND THE OPERATION SIDE.

02:30PM   19     Q.   NOW, YOU RECALL THAT THERE WAS TESTIMONY LAST WEEK FROM

02:30PM   20     MR. GROSSMAN?

02:30PM   21     A.   I DO.

02:30PM   22     Q.   AND HE WAS A REPRESENTATIVE OF THE INVESTMENT FUND PFM?

02:30PM   23     A.   YES.

02:30PM   24     Q.   AND WAS PFM ONE OF THE FIRMS THAT INVESTED IN THERANOS AS

02:30PM   25     PART OF THE C-2 OFFERING?

02:30PM   1      A.   THEY WERE.

02:30PM   2      Q.   AT THE TIME THAT YOU DID THE C-2 OFFERING, WERE HEDGE

02:30PM   3      FUNDS THE TYPE OF INVESTORS THAT THERANOS WAS SEEKING FOR

02:31PM   4      INVESTMENT?

02:31PM   5      A.   NO.

02:31PM   6      Q.   WHAT TYPE OF PARTNERS WERE YOU HOPING WOULD INVEST IN

02:31PM   7      THERANOS AS PART OF THE C-2 OFFERING IN 2014?

02:31PM   8      A.   I HOPED WE'D GET INVESTORS WHO WOULD HOLD OUR STOCK FOR A

02:31PM   9      LONG TIME AND BE WITH US TO HELP BUILD THE COMPANY FOR THE

02:31PM   10     LONG-TERM.

02:31PM   11     Q.   WHY DID YOU WANT THAT?

02:31PM   12     A.   BECAUSE WHAT WE WERE TRYING TO DO WAS A REALLY LONG-TERM

02:31PM   13     MISSION, AND IT WAS GOING TO TAKE A HUGE AMOUNT OF WORK, AND TO

02:31PM   14     REALLY REALIZE OUR VISION, IT WAS GOING TO TAKE A LONG TIME.

02:31PM   15     Q.   DID YOU PERSONALLY MEET WITH MR. GROSSMAN AND OTHER

02:31PM   16     REPRESENTATIVES OF PFM?

02:31PM   17     A.   I DID.

02:31PM   18     Q.   HOW MANY TIMES DID YOU MEET WITH THEM?

02:31PM   19     A.   TWICE.

02:31PM   20     Q.   AND WHAT WAS THE FIRST TIME THAT YOU MET WITH THEM?

02:31PM   21     A.   IN DECEMBER OF 2013.

02:31PM   22     Q.   AND WHAT DO YOU RECALL ABOUT THAT MEETING WITH

02:31PM   23     MR. GROSSMAN AND OTHERS FROM PFM IN DECEMBER OF 2013?

02:31PM   24     A.   I RECALL IT WAS AN INTRODUCTORY MEETING.  WE INTRODUCED

02:32PM   25     OURSELVES.  THEY INTRODUCED THEMSELVES.  I SHARED MY VISION FOR

7620

02:32PM 1    THERANOS, AND THEY SHARED THEIR EXPERIENCE IN HEALTH CARE,

02:32PM 2    THEIR DESIRE TO BE PART OF NEW TECHNOLOGY COMPANIES, AND THEIR

02:32PM 3    COMMITMENT TO BEING A LONG-TERM INVESTOR.

02:32PM 4    Q.    AFTER THAT THAT INITIAL MEETING IN DECEMBER OF 2013, WAS

02:32PM 5    THERE A SECOND MEETING BETWEEN THERANOS AND PFM?

02:32PM 6    A.    THERE WAS.

02:32PM 7    Q.    WHEN WAS THAT?

02:32PM 8    A.    IN JANUARY OF 2014.

02:32PM 9    Q.    AND DID YOU PARTICIPATE IN THAT MEETING?

02:32PM 10   A.    JUST THE BEGINNING OF IT.

02:32PM 11   Q.    AND WHAT DO YOU RECALL HAPPENING AT THE BEGINNING OF THAT

02:32PM 12   JANUARY 2014 MEETING WITH PFM?

02:32PM 13   A.    I RECALL THAT PFM HAD A SERIES OF QUESTIONS THAT THEY HAD

02:32PM 14   PREPARED THAT THEY WANTED US TO ANSWER FOCUSSED ON DIFFERENT

02:32PM 15   ASPECTS OF OUR BUSINESS, AND THAT WE WENT THROUGH THOSE

02:32PM 16   QUESTIONS.

02:32PM 17   Q.    OKAY.  AND AFTER THAT SECOND MEETING WITH PFM, DID

02:33PM 18   THERANOS MEET WITH PFM AGAIN?

02:33PM 19   A.    PEOPLE FROM THERANOS DID, YES.

02:33PM 20   Q.    DID YOU MEET WITH ANYONE FROM PFM BETWEEN THE TIME OF THE

02:33PM 21   SECOND JANUARY 2014 MEETING AND THEIR INVESTMENT?

02:33PM 22   A.    I DID NOT.

02:33PM 23   Q.    WHO WAS THE PRIMARY CONTACT BETWEEN PFM AND THERANOS IN

02:33PM 24   THE PERIOD BETWEEN THE SECOND MEETING AND THE TIME OF PFM'S

02:33PM 25   INVESTMENT?

02:33PM 1       A.   SUNNY BALWANI.

02:33PM 2       Q.   AND IN JANUARY -- WHEN DID THAT C-2 ROUND -- OR WHEN DID

02:33PM 3       THAT C-2 OFFERING OF STOCK CLOSE FOR PFM IF YOU KNOW?

02:33PM 4       A.   I DO KNOW BECAUSE IT WAS MY BIRTHDAY.  FEBRUARY 3RD OF

02:33PM 5       THAT YEAR.

02:33PM 6       Q.   OKAY.  NOW, YOU ALSO RECALL THAT WE HEARD TESTIMONY FROM

02:33PM 7       MR. MOSLEY DURING THE COURSE OF THIS CASE?

02:33PM 8       A.   YES.

02:33PM 9       Q.   AND DID MR. MOSLEY INVEST IN THERANOS IN 2014?

02:34PM 10      A.   HE DID.

02:34PM 11      Q.   WHAT DID YOU UNDERSTAND ABOUT MR. MOSLEY WHEN YOU MET HIM

02:34PM 12      IN 2014?

02:34PM 13      A.   I UNDERSTOOD THAT HE WAS A VERY EXPERIENCED LAWYER.  HE

02:34PM 14      HAD WORKED WITH OUR LAWYER, DAVID BOIES, AT A FIRM CALLED

02:34PM 15      CRAVATH, WHICH I UNDERSTOOD TO BE ONE OF THE BEST LAW FIRMS IN

02:34PM 16      THE WORLD, AND I KNEW HE WAS DR. KISSINGER'S LAWYER.

02:34PM 17      Q.   HOW DID YOU COME TO MEET MR. MOSLEY?

02:34PM 18      A.   THROUGH DR. KISSINGER.

02:34PM 19      Q.   NOW, AFTER YOU MET WITH MR. MOSLEY, DID HE SUBSEQUENTLY

02:34PM 20      INTRODUCE YOU TO OTHER POTENTIAL INVESTORS IN THERANOS?

02:34PM 21      A.   HE DID.

02:34PM 22      Q.   AND DID YOU PROVIDE INFORMATION TO -- ABOUT THERANOS FOR

02:34PM 23      MR. MOSLEY TO REVIEW?

02:34PM 24      A.   I DID.

02:34PM 25      Q.   AND CAN YOU DESCRIBE WHAT INFORMATION YOU PROVIDED TO

7622

02:35PM   1    MR. MOSLEY TO REVIEW IN CONNECTION WITH THERANOS?

02:35PM   2    A.   INFORMATION ABOUT THE COMPANY IN THE FORM OF SOME OF OUR

02:35PM   3    INTERNAL SLIDE DECK AND OTHER BACKGROUND MATERIALS ON THE

02:35PM   4    COMPANY.

02:35PM   5    Q.   OKAY.  NOW, WE SAW DURING THE COURSE OF THE TRIAL THAT

02:35PM   6    MR. MOSLEY PREPARED A SUMMARY DOCUMENT CONCERNING THERANOS.

02:35PM   7         DO YOU RECALL THAT?

02:35PM   8    A.   I DO.

02:35PM   9    Q.   WERE YOU INVOLVED IN THE PREPARATION OF THE SUMMARY THAT

02:35PM   10   MR. MOSLEY PREPARED?

02:35PM   11   A.   NO.

02:35PM   12   Q.   DID YOU EVER DISCUSS THAT SUMMARY WITH MR. MOSLEY?

02:35PM   13   A.   NO.

02:35PM   14   Q.   HAD YOU EVER SEEN THAT SUMMARY PRIOR TO THIS CASE?

02:35PM   15   A.   I HAD NOT.

02:35PM   16   Q.   AT SOME POINT DID YOU -- WERE YOU INTRODUCED TO HIM OVER

02:35PM   17   THE TELEPHONE?

02:35PM   18   A.   I WAS.

02:35PM   19   Q.   AND DID YOU COME TO MEET HIM IN PERSON?

02:35PM   20   A.   YES.

02:35PM   21   Q.   AND WHERE DID YOU MEET HIM?

02:35PM   22   A.   AT A CONFERENCE CALLED THE BDT CONFERENCE IN CHICAGO.

02:35PM   23   Q.   AND WHAT WAS THE BDT CONFERENCE?

02:36PM   24   A.   IT WAS A CONFERENCE FOR FAMILIES THAT RAN FAMILY

02:36PM   25   CONTROLLED BUSINESSES AND OTHER PRIVATE EQUITY INVESTORS.

7623

02:36PM  1    Q.   AND WHAT WERE YOU DOING AT THAT BDT CONFERENCE?

02:36PM  2    A.   DR. TOBY COSGROVE AT THE CLEVELAND CLINIC ASKED ME TO COME

02:36PM  3    SPEAK THERE.

02:36PM  4    Q.   AND DURING THE COURSE OF BEING AT THAT CONFERENCE -- WHEN

02:36PM  5    DID THAT CONFERENCE TAKE PLACE?

02:36PM  6    A.   IN THE FALL OF 2014, I THINK SEPTEMBER OF 2014, MAYBE

02:36PM  7    OCTOBER.

02:36PM  8    Q.   DURING THE COURSE OF BEING AT THAT CONFERENCE, DID YOU

02:36PM  9    MEET WITH OTHER POTENTIAL INVESTORS IN THERANOS?

02:36PM  10   A.   I DID.

02:36PM  11   Q.   WHO COORDINATED YOUR MEETINGS WITH OTHER POTENTIAL

02:36PM  12   INVESTORS IN THERANOS?

02:36PM  13   A.   MR. MOSLEY.

02:36PM  14   Q.   WHAT OTHER POTENTIAL INVESTORS DID YOU MEET WITH DURING

02:36PM  15   THE COURSE OF THE BDT CONFERENCE IN THE FALL OF 2014?

02:37PM  16   A.   I MET WITH JERRY TUBERGEN, WHO WAS THE FUNDS MANAGER FOR

02:37PM  17   THE DEVOS FAMILY; AND I MET WITH ALEX TAYLOR, WHO WAS ONE OF

02:37PM  18   THE FAMILY MEMBERS FOR THE COX FAMILY.

02:37PM  19   Q.   AND WHAT DO YOU RECALL ABOUT THOSE MEETINGS WITH

02:37PM  20   MR. TUBERGEN AND MR. TAYLOR?

02:37PM  21   A.   I RECALL THAT WE SPENT A LOT OF TIME TALKING ABOUT THE

02:37PM  22   CHANGE WE WERE TRYING TO MAKE IN HEALTH CARE, WHAT IT WOULD

02:37PM  23   TAKE, AND WHY OUR INVENTIONS COULD REALIZE THAT VISION.

02:37PM  24   Q.   DID MR. MOSLEY PARTICIPATE IN THOSE MEETINGS?

02:37PM  25   A.   HE DID.

7624

02:37PM 1    Q.   WHEN THAT CONFERENCE CONCLUDED, DID YOU CONTINUE TO MEET

02:37PM 2    WITH OTHER REPRESENTATIVES OF THE COX FAMILY AND THE DEVOS

02:37PM 3    FAMILY?

02:37PM 4    A.   I DID.

02:37PM 5    Q.   DID MR. MOSLEY CONTINUE TO PARTICIPATE IN THOSE

02:37PM 6    DISCUSSIONS?

02:37PM 7    A.   YES.

02:37PM 8    Q.   OVER TIME, DID MR. MOSLEY INTRODUCE YOU TO OTHER POTENTIAL

02:37PM 9    INVESTORS IN THERANOS?

02:38PM 10   A.   HE DID.

02:38PM 11   Q.   WHAT OTHER POTENTIAL INVESTORS IN THERANOS DID HE

02:38PM 12   INTRODUCE YOU TO?

02:38PM 13   A.   HE INTRODUCED US TO ALICE WALTON IN THE WALTON FAMILY; TO

02:38PM 14   JOHN ELKANN, WHO WAS PART OF THE FIAT FAMILY; TO HANK SLACK,

02:38PM 15   WHO WAS PART OF THE OPPENHEIMER FAMILY; AND TO

02:38PM 16   ANDREAS DRACOPOULOS, WHO WAS PART OF THE NIARCHOS FAMILY.

02:38PM 17   Q.   AND WHAT WAS YOUR UNDERSTANDING AS TO WHY MR. MOSLEY WAS

02:38PM 18   INTRODUCED YOU TO THESE POTENTIAL INVESTORS IN THERANOS?

02:38PM 19   A.   SOME OF THEM WERE PEOPLE THAT DR. KISSINGER KNEW THAT HE

02:38PM 20   RECOMMENDED WE CONNECT WITH.

02:38PM 21        OTHERS WERE CLIENTS OF MR. MOSLEY'S WHO MR. MOSLEY THOUGHT

02:38PM 22   WOULD BE INTERESTED IN THERANOS.

02:38PM 23   Q.   AND DID YOU UNDERSTAND THAT MR. MOSLEY WAS HAVING

02:38PM 24   COMMUNICATIONS WITH REPRESENTATIVES OF THOSE POTENTIAL

02:39PM 25   INVESTORS WHICH YOU WERE NOT PART OF?

02:39PM  1    A.   I DID.

02:39PM  2    Q.   AND WHAT DID YOU UNDERSTAND AS TO THE ROLE THAT HE WAS

02:39PM  3    PLAYING WITH RESPECT TO THE INVESTMENTS OF THOSE OTHER

02:39PM  4    POTENTIAL INVESTORS?

02:39PM  5    A.   I UNDERSTOOD HE WAS AN ADVISOR TO THEM.

02:39PM  6    Q.   LET ME ASK YOU ABOUT THE TESTIMONY THAT MR. MOSLEY GAVE

02:39PM  7    CONCERNING THE CONTENT OF THE REPORT THAT HE PREPARED.

02:39PM  8    A.   YES.

02:39PM  9    Q.   DO YOU RECALL THAT HE SAID THAT HE PREPARED THAT OUT OF

02:39PM  10   MATERIALS THAT HAD BEEN SENT TO HIM BY THERANOS?

02:39PM  11   A.   I DO.

02:39PM  12   Q.   AND DO YOU RECALL THAT HE SAID HE FORWARDED THAT REPORT TO

02:39PM  13   DR. KISSINGER?

02:39PM  14   A.   I DO.

02:39PM  15   Q.   DID HE ASK YOU IN ANY WAY, EVEN IF HE DIDN'T SHOW YOU THE

02:40PM  16   REPORT, DID HE ASK YOU IN ANY WAY TO REVIEW OR CONSIDER

02:40PM  17   ANYTHING THAT HE WAS SAYING IN THAT REPORT?

02:40PM  18   A.   HE DID NOT.

02:40PM  19   Q.   OKAY.  I WANT TO GO BACK FOR A MOMENT AND RETURN TO THE

02:40PM  20   SUBJECT OF MARKETING, WHICH WE HAD DISCUSSED, BUT I NEGLECTED

02:40PM  21   TO SHOW YOU ONE OF THE DOCUMENTS THAT I WANTED TO SHOW YOU IN

02:40PM  22   CONNECTION WITH THAT SUBJECT, WHICH IS EXHIBIT 7755.

02:40PM  23   A.   OKAY.  OKAY.

02:40PM  24   Q.   IS EXHIBIT 7755 A DOCUMENT THAT YOU CAN IDENTIFY?

02:40PM  25   A.   IT IS, YES.

7626

02:41PM 1    Q.   AND WHAT IS EXHIBIT 7755?

02:41PM 2    A.   IT IS A PRESENTATION MADE TO THERANOS, AND TO ME, BY

02:41PM 3    CHIAT/DAY ON THEIR RECOMMENDATIONS FOR HOW TO LAUNCH OUR

02:41PM 4    COMPANY.

02:41PM 5          MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:41PM 6    7755.

02:41PM 7          MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:41PM 8          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:41PM 9          (DEFENDANT'S EXHIBIT 7755 WAS RECEIVED IN EVIDENCE.)

02:41PM 10   BY MR. DOWNEY:

02:41PM 11   Q.   IS THE CONTENT THAT IS IN THIS EXHIBIT CONTENT THAT WAS

02:41PM 12   PREPARED BY CHIAT/DAY?

02:41PM 13   A.   YES.

02:41PM 14   Q.   AND DO YOU SEE IT REFERENCES THE DATE OF SEPTEMBER 12TH,

02:41PM 15   2011?

02:41PM 16   A.   I DO.

02:41PM 17   Q.   DID YOU MEET WITH REPRESENTATIVES OF CHIAT/DAY AROUND

02:41PM 18   SEPTEMBER 12TH, 2011?

02:41PM 19   A.   YES.

02:41PM 20   Q.   WHERE DID THAT MEETING TAKE PLACE?

02:41PM 21   A.   I THINK THIS WAS IN L.A.

02:41PM 22   Q.   IS THAT WHERE CHIAT/DAY WAS -- THE CHIAT/DAY OFFICE THAT

02:42PM 23   YOU WERE WORKING WITH WAS LOCATED?

02:42PM 24   A.   IT IS.

02:42PM 25   Q.   AND WERE THERE REPRESENTATIVES OF -- SEVERAL

7627

02:42PM 1    REPRESENTATIVES OF CHIAT/DAY PRESENT?

02:42PM 2    A.   YES.

02:42PM 3    Q.   AND WHO DO YOU RECALL BEING PRESENT FROM CHIAT/DAY?

02:42PM 4    A.   I REMEMBER CARISA BIANCHI, WHO WAS THE PERSON -- I THINK

02:42PM 5    SHE WAS LEADING CHIAT/DAY AT THAT POINT, AND THE PERSON WHO WAS

02:42PM 6    THE POINT ON THE PROJECT.

02:42PM 7    Q.   LET'S LOOK AT THE SLIDES THAT ARE PART OF THIS

02:42PM 8    PRESENTATION, AND LET ME ASK YOU TO GO TO THE SECOND SLIDE.

02:42PM 9        AND DO YOU SEE HERE THERE'S A REFERENCE TO OUR PHILOSOPHY?

02:42PM 10   A.   YES.

02:42PM 11   Q.   AND THAT'S APPARENTLY CHIAT/DAY'S PHILOSOPHY?

02:42PM 12   A.   YES.

02:42PM 13   Q.   AND THEN THEY MAKE A REFERENCE TO BRAND BELIEF AND BRAND

02:42PM 14   BEHAVIOR?

02:42PM 15   A.   YES.

02:42PM 16   Q.   ARE THOSE CONCEPTS THAT YOU DISCUSSED WITH CHIAT/DAY AT

02:43PM 17   THIS MEETING IN 2011?

02:43PM 18   A.   THEY ARE.

02:43PM 19   Q.   AND ARE THEY CONCEPTS THAT YOU DISCUSSED WITH THEM AFTER

02:43PM 20   THIS MEETING IN SEPTEMBER OF 2011?

02:43PM 21   A.   YES.

02:43PM 22   Q.   AND WHAT DID YOU UNDERSTAND WAS MEANT BY BRAND BELIEF?

02:43PM 23   A.   I UNDERSTOOD BRAND BELIEF IS A SYMBOL FOR WHAT YOU BELIEVE

02:43PM 24   IN AS A COMPANY AND A SYMBOL FOR WHAT YOU'RE TRYING TO DO,

02:43PM 25   TRYING TO CHANGE IN THE WORLD.

7628

02:43PM 1    Q.   AND WAS THAT SOMETHING THAT CHIAT/DAY THOUGHT WAS

02:43PM 2    IMPORTANT IN BRANDING AND MARKETING A COMPANY?

02:43PM 3    A.   YES.

02:43PM 4    Q.   AND DO YOU SEE THAT THERE'S A REFERENCE TO BRAND BEHAVIOR?

02:43PM 5    A.   YES.

02:43PM 6    Q.   AND WHAT DID YOU UNDERSTAND CHIAT/DAY MEANT BY BRAND

02:43PM 7    BEHAVIOR?

02:43PM 8    A.   I UNDERSTOOD THAT THESE WERE THE KEY TENETS OF HOW A BRAND

02:43PM 9    OR A COMPANY OR A PRODUCT OPERATES TO REALIZE THAT BELIEF OR

02:43PM 10   THAT SYMBOL OF WHAT YOU'RE TRYING TO DO.

02:43PM 11   Q.   AND WHAT RECOMMENDATIONS DID CHIAT/DAY MAKE TO THERANOS AS

02:44PM 12   TO HOW IT SHOULD TREAT ITS BRAND BELIEF AND BRAND BEHAVIOR?

02:44PM 13   A.   THEY RECOMMENDED THAT WE TRY TO SIMPLIFY WHAT WE WERE

02:44PM 14   DOING AND CONVEY IT IN IMAGES AND IN VERY FEW WORDS THAT WOULD

02:44PM 15   ALLOW PEOPLE TO GRASP THE CHANGE THAT WE WERE TRYING TO MAKE.

02:44PM 16   Q.   AND IS THAT A RECOMMENDATION THAT THERANOS TRIED TO CARRY

02:44PM 17   OUT IN DEVELOPING MARKETING AND BRANDING MATERIAL?

02:44PM 18   A.   IT IS.

02:44PM 19   Q.   IF YOU SEE UNDER BRAND BELIEF IT SAYS, "DISRUPTION DEFINES

02:44PM 20   A STRATEGY FOR GROWTH.  WE ARTICULATE THIS AS A BRAND BELIEF.

02:44PM 21   IT SERVES AS A NORTH STAR FOR THE BRAND, AND HELPS TO GROUND

02:44PM 22   EVERYONE WHO TOUCHES THE BRAND."

02:44PM 23        DO YOU SEE THAT?

02:44PM 24   A.   I DO.

02:44PM 25   Q.   AND IS THAT -- WAS THERE A SPECIFIC RECOMMENDATION AS TO

7629

02:45PM 1    HOW THERANOS SHOULD EXPRESS ITS BRAND BELIEF?

02:45PM 2    A.   YES, IN IMAGES OR SYMBOLS OF WHAT WE WANTED TO CHANGE AND

02:45PM 3    HOW WE WOULD CHANGE IT.

02:45PM 4    Q.   OKAY.  AND UNDER BRAND BEHAVIOR, IT SAYS THE BRAND

02:45PM 5    BEHAVIOR IS THE WAY THAT -- DEFINES THE WAY IN WHICH A BRAND

02:45PM 6    BEHAVES TO HONOR THIS BELIEF.  "THIS CAN AND SHOULD INFLUENCE

02:45PM 7    ALL ASPECTS OF A BRAND, INCLUDING MARKETING AND ADVERTISING,

02:45PM 8    PACKAGING, PRODUCT DEVELOPMENT AND INNOVATION."

02:45PM 9        DO YOU SEE THAT?

02:45PM 10   A.   YES.

02:45PM 11   Q.   AND WHAT SPECIFIC RECOMMENDATIONS DID CHIAT/DAY MAKE TO

02:45PM 12   THERANOS ABOUT BRAND BEHAVIOR?

02:45PM 13   A.   AGAIN, THAT WE SHOULD SIMPLIFY THE KEY TENETS ASSOCIATED

02:45PM 14   WITH OUR BRAND AND COMMUNICATE THEM, BE CONSISTENT ABOUT THEM

02:45PM 15   IN EVERY ASPECT OF WHAT WE DID.

02:46PM 16       SO OUR BELIEF WAS IN PROVIDING ACCESS TO TESTING.  ONE OF

02:46PM 17   THOSE KEY TENETS WAS IN PRICING AND LOW COST, WHICH MEANT THAT

02:46PM 18   IN EVERY ASPECT OF WHAT WE DID AS A COMPANY, WE WERE TRYING TO

02:46PM 19   REALIZE LOW COST TESTING FOR PATIENTS, AND WE TRIED TO BE

02:46PM 20   CONSISTENT WITH THAT ACROSS THE BOARD.

02:46PM 21   Q.   HAVE YOU SEEN THE EXHIBITS THAT HAVE BEEN INTRODUCED IN

02:46PM 22   THIS CASE WHICH CONTAIN IMAGES OF A SMALL SAMPLE OF BLOOD?

02:46PM 23   A.   I HAVE.

02:46PM 24   Q.   DO THOSE RELATE IN ANY WAY TO THESE RECOMMENDATIONS ABOUT

02:46PM 25   BRAND BELIEF AND BRAND BEHAVIOR?

7630

02:46PM 1    A.   YES.  THOSE WERE THE SYMBOLS OF THE PRODUCT THAT WE WERE

02:46PM 2    TRYING TO BUILD.

02:46PM 3    Q.   OKAY.  NOW, I WANT TO TALK ABOUT THE FACT THAT YOU WOULD

02:46PM 4    BE LAUNCHING IN SEPTEMBER OF 2013.  THIS MEETING SEEMS TO HAVE

02:46PM 5    BEEN IN SEPTEMBER OF 2011.

02:46PM 6         DID THERANOS ULTIMATELY BEGIN TO WORK WITH CHIAT/DAY IN

02:47PM 7    SEPTEMBER OF 2012?

02:47PM 8    A.   WE DID.

02:47PM 9    Q.   AND WAS THERE ANY ADVICE THAT CHIAT/DAY GAVE YOU ABOUT

02:47PM 10   LAUNCHING AS PART OF A -- AS BEING A SERVICE CENTER THAT WAS

02:47PM 11   PART OF WALGREENS STORES?

02:47PM 12   A.   YES.

02:47PM 13   Q.   AND WHAT ADVICE DID THEY GIVE YOU?

02:47PM 14   A.   WE TALKED A LOT ABOUT THIS BECAUSE THERE ARE A LOT OF

02:47PM 15   COMPANIES OR TECHNOLOGIES THAT BECOME GENERICS WITHIN A

02:47PM 16   PHARMACY, AND IT WAS REALLY IMPORTANT FOR THERANOS RIGHT OUT OF

02:47PM 17   THE GATE TO BE ABLE TO ESTABLISH ITS OWN BRAND AND ITS OWN

02:47PM 18   IDENTITY.  WE WERE WORRIED ABOUT BECOMING JUST A LAB OFFERING

02:47PM 19   WITHOUT REALLY BEING ABLE TO BUILD A TOTALLY DIFFERENT

02:47PM 20   EXPERIENCE FOR PEOPLE.

02:47PM 21        AND SO THEY GAVE US ADVICE ON HOW TO BUILD A STAND-ALONE

02:47PM 22   BRAND AS OPPOSED TO ONE THAT WOULD BE COPIED OR GENERICIZED OR

02:48PM 23   EMBEDDED IN SOME OTHER COMPANY.

02:48PM 24   Q.   WELL, WALGREENS WAS A PARTNER WITH THERANOS AT THIS POINT?

02:48PM 25   A.   THEY WERE.

7631

02:48PM 1    Q.   DID YOU HAVE ANY -- DID YOU HAVE CONCERN ABOUT BEING

02:48PM 2    ASSOCIATED WITH A NATIONAL BRAND LIKE THAT?

02:48PM 3    A.   NO.  WE WERE, WE WERE INCREDIBLY EXCITED TO BE ASSOCIATED

02:48PM 4    WITH A NATIONAL BRAND, BUT WE ALSO KNEW THAT WALGREENS COULD

02:48PM 5    EASILY REPLACE US.

02:48PM 6    Q.   AND DID YOU HAVE SPECIFIC CONCERNS ABOUT HOW THAT MIGHT

02:48PM 7    HAPPEN?

02:48PM 8    A.   THEY HAD TALKED AT CERTAIN POINTS ABOUT OPENING THEIR OWN

02:48PM 9    LABORATORIES AND OFFERING THOSE THROUGHOUT THE STORE, OR

02:48PM 10   WORKING WITH OTHER LABORATORY COMPANIES.

02:48PM 11   Q.   OKAY.  DID THE TEAM FROM CHIAT/DAY HELP THERANOS TO

02:48PM 12   DEVELOP SOME OF THE SPECIFIC MATERIALS THAT IT USED IN

02:48PM 13   CONNECTION WITH ITS MARKETING?

02:48PM 14   A.   YES.

02:48PM 15   Q.   DID THOSE INCLUDE WEBSITE MATERIALS?

02:48PM 16   A.   YES.

02:48PM 17   Q.   DID THEY INCLUDE OTHER MARKETING MATERIALS?

02:48PM 18   A.   YES.

02:48PM 19   Q.   AND DID CERTAIN IMAGES RECUR THROUGHOUT THOSE FORMS OF

02:49PM 20   MARKETING?

02:49PM 21   A.   YES.

02:49PM 22   Q.   AND WERE INDEED THOSE -- SOME OF THESE MATERIALS INCLUDED

02:49PM 23   IN THE SLIDE DECKS THAT WE WERE TALKING ABOUT FOR USE IN

02:49PM 24   CONNECTION WITH POTENTIAL INVESTORS AND OTHERS?

02:49PM 25   A.   THEY WERE.

7632

02:49PM  1    Q.   OKAY.  LET ME MOVE NEXT TO TALKING ABOUT THERANOS'S

02:49PM  2    RELATIONSHIP WITH SAFEWAY IN THE YEARS BETWEEN 2010 AND 2015.

02:49PM  3         TELL US FIRST HOW YOU CAME TO -- WAS SAFEWAY A RETAIL

02:49PM  4    STORE THAT THERANOS WAS INTERESTED IN PARTNERING WITH IN 2010?

02:49PM  5    A.   YES.

02:49PM  6    Q.   AND HOW DID THERANOS COME TO BE IN CONTACT WITH SAFEWAY IN

02:49PM  7    2010?

02:49PM  8    A.   DON LUCAS, OUR CHAIRMAN, WAS ON A BOARD WITH

02:49PM  9    ROBERT EDWARDS, WHO WAS THEN THE CFO OF SAFEWAY.

02:50PM  10   Q.   AND DID MR. LUCAS ASK MR. EDWARDS TO CONSIDER A POTENTIAL

02:50PM  11   RETAIL PARTNERSHIP?

02:50PM  12   A.   HE DID.

02:50PM  13   Q.   AND DID YOU BECOME INVOLVED IN DISCUSSIONS WITH SAFEWAY

02:50PM  14   ABOUT A POTENTIAL PARTNERSHIP IN 2010?

02:50PM  15   A.   YES.

02:50PM  16   Q.   NOW, THOSE DISCUSSIONS WERE IN THE FIRST QUARTER OR SO OF

02:50PM  17   2010; IS THAT RIGHT?

02:50PM  18   A.   YES.

02:50PM  19   Q.   AND AT THE TIME OF THOSE DISCUSSIONS, WAS THE IDEA THAT

02:50PM  20   THEY WOULD LAUNCH SERVICE CENTERS IN SAFEWAY STORES?

02:50PM  21   A.   YES.

02:50PM  22   Q.   DID THERANOS EVER END UP LAUNCHING TESTING SERVICES OR

02:50PM  23   SERVICE CENTERS IN SAFEWAY STORES?

02:50PM  24   A.   WE DID NOT.

02:50PM  25   Q.   WHEN DID THE PARTNERSHIP WITH SAFEWAY END?

7633

```
02:50PM    1    A.   IN 2016.

02:50PM    2    Q.   AND WHY DID THERANOS NEVER LAUNCH SERVICE CENTERS IN

02:50PM    3    SAFEWAY STORES?

02:51PM    4    A.   ULTIMATELY WHEN THERANOS RAN INTO LABORATORY AND

02:51PM    5    REGULATORY ISSUES, WE TERMINATED THE RELATIONSHIP WITH SAFEWAY.

02:51PM    6    Q.   WERE THERE THINGS THAT HAPPENED IN THE PERIOD BETWEEN 2010

02:51PM    7    AND 2016 THAT PRESENTED CHALLENGES IN THE RELATIONSHIP BETWEEN

02:51PM    8    SAFEWAY AND THERANOS?

02:51PM    9    A.   YES.

02:51PM   10    Q.   AND WHAT WERE THOSE?

02:51PM   11    A.   A BIG ONE WAS STEVE BURD'S DEPARTURE FROM SAFEWAY IN 2013,

02:51PM   12    WHICH SORT OF RESET THE RELATIONSHIP IN MANY WAYS.

02:51PM   13    Q.   OKAY.  AND BETWEEN 2010 AND THE MIDDLE OF 2013, WAS

02:51PM   14    MR. BURD THE CEO?

02:51PM   15    A.   HE WAS.

02:51PM   16    Q.   AND WAS HE THE INDIVIDUAL AT SAFEWAY WITH WHOM YOU

02:51PM   17    FREQUENTLY DISCUSSED THE PARTNERSHIP?

02:51PM   18    A.   YES.

02:51PM   19    Q.   LET'S TALK ABOUT THE EARLY INTERACTIONS THAT YOU HAD WITH

02:51PM   20    MR. BURD PRIOR TO THE TIME THAT THERE WAS AN AGREEMENT.

02:52PM   21    A.   YES.

02:52PM   22    Q.   DO YOU RECALL HAVING A MEETING WITH HIM IN 2010?

02:52PM   23    A.   I DO.

02:52PM   24    Q.   AND DID YOU -- DID HE MAKE ANY REQUESTS OF YOU IN

02:52PM   25    CONNECTION WITH EVALUATING THERANOS AS A POTENTIAL PARTNER?
```

02:52PM   1        A.   YES.

02:52PM   2        Q.   AND WHAT DID HE ASK?

02:52PM   3        A.   HE WANTED TO DO DILIGENCE ON THERANOS AND OUR TECHNOLOGY.

02:52PM   4        Q.   AND WHAT DID HE ASK YOU TO DO TO ALLOW HIM TO CONDUCT

02:52PM   5   DILIGENCE ON THERANOS AND ITS TECHNOLOGY?

02:52PM   6        A.   HE WANTED US TO MEET WITH UCSF TO REVIEW THE TECHNOLOGY.

02:52PM   7        Q.   AND DID YOU MEET WITH UCSF?

02:52PM   8        A.   I DID.

02:52PM   9        Q.   WERE YOU PERSONALLY INVOLVED IN THOSE MEETINGS?

02:52PM  10        A.   I WAS.

02:52PM  11        Q.   WHO AT UCSF DID YOU MEET WITH?

02:52PM  12        A.   I MET WITH SUE DESMOND-HELLMANN, WHO I THINK WAS THE

02:52PM  13   CHANCELLOR AT THAT POINT IN TIME.

02:53PM  14        Q.   AND WHAT WAS DR. DESMOND-HELLMANN'S BACKGROUND?

02:53PM  15        A.   SHE HAD BEEN AN EXECUTIVE AT GENENTECH AND WAS RESPONSIBLE

02:53PM  16   FOR HELPING WITH THE DEVELOPMENT OF SEVERAL AMAZING DRUGS.

02:53PM  17        Q.   WHAT DO YOU RECALL ABOUT YOUR MEETING WITH

02:53PM  18   DR. DESMOND-HELLMANN IN 2010?

02:53PM  19        A.   I REMEMBER REVIEWING THE DESIGNS FOR OUR TECHNOLOGY,

02:53PM  20   REVIEWING OUR DATA, BRINGING A DEVICE TO RUN THERE AND RUN A

02:53PM  21   SAMPLE AT UCSF FOR HER, AND DISCUSSING WHAT THE TECHNOLOGY

02:53PM  22   COULD DO.

02:53PM  23        Q.   PRIOR -- DID YOU ULTIMATELY SIGN AN AGREEMENT WITH SAFEWAY

02:53PM  24   IN 2010?

02:53PM  25        A.   YES.

02:53PM 1    Q.   AND PRIOR TO THE TIME THAT YOU SIGNED THAT AGREEMENT, DID

02:53PM 2    MR. BURD ASK YOU TO DO ANYTHING ELSE WITH UCSF IN THAT WINDOW?

02:53PM 3    A.   I DON'T THINK SO.

02:53PM 4    Q.   DID SAFEWAY ALSO PERFORM FINANCIAL DUE DILIGENCE ON

02:54PM 5    THERANOS IN THE PERIOD IT WAS CONSIDERING A PARTNERSHIP WITH

02:54PM 6    THERANOS IN 2010?

02:54PM 7    A.   YES.

02:54PM 8    Q.   WHAT DO YOU RECALL ABOUT THAT FINANCIAL DUE DILIGENCE

02:54PM 9    PROCESS?

02:54PM 10   A.   THAT MR. EDWARDS HAD A SERIES OF MEETINGS WITH DON LUCAS,

02:54PM 11   OUR CHAIRMAN, AND THERE WERE EXECUTIVES WITHIN SAFEWAY WHO HAD

02:54PM 12   MEETINGS WITH SUNNY BALWANI TO DO FINANCIAL DILIGENCE AND

02:54PM 13   DEVELOP A MODEL OR A SERIES OF PROJECTIONS FOR WHAT WE COULD DO

02:54PM 14   WITH SAFEWAY.

02:54PM 15   Q.   LET ME ASK YOU TO LOOK IN THAT THIRD VOLUME AT THE EXHIBIT

02:54PM 16   THAT IS MARKED AS 10539.

02:54PM 17   A.   OKAY.

02:54PM 18   Q.   IS EXHIBIT 10539 AN EMAIL FROM MR. BALWANI TO CERTAIN

02:55PM 19   INDIVIDUALS AT SAFEWAY THAT YOU WERE COPIED ON?

02:55PM 20   A.   YES.

02:55PM 21   Q.   AND DOES THIS RELATE TO THE FINANCIAL DUE DILIGENCE THAT

02:55PM 22   SAFEWAY WAS PERFORMING BEFORE ENTERING A DEAL WITH THERANOS?

02:55PM 23   A.   YES.

02:55PM 24           MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

02:55PM 25   10539.

7636

02:55PM  1              MR. LEACH:  NO OBJECTION, YOUR HONOR.

02:55PM  2              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

02:55PM  3         (DEFENDANT'S EXHIBIT 10539 WAS RECEIVED IN EVIDENCE.)

02:55PM  4    BY MR. DOWNEY:

02:55PM  5    Q.   LOOK AT THE EMAIL.  IT'S MR. BALWANI WRITING TO AN

02:55PM  6    INDIVIDUAL NAMED BRAD WOLFSEN.

02:55PM  7         AND WHO WAS MR. WOLFSEN?

02:55PM  8    A.   HE WAS AN EXECUTIVE AT SAFEWAY.

02:55PM  9    Q.   AND HE SAYS IN THE EMAIL COMMUNICATION IN THE THIRD

02:56PM 10    PARAGRAPH THAT -- HE SAYS, "WE TOOK YOUR FINANCIAL MODEL BASED

02:56PM 11    ON SAFEWAY'S PROJECTIONS AND ADDED 3 MORE ROWS TO THE RETAIL RX

02:56PM 12    TAB."

02:56PM 13         DO YOU SEE THAT?

02:56PM 14    A.   I DO.

02:56PM 15    Q.   AND IS THIS AN EXERCISE THAT MR. BALWANI AND THE

02:56PM 16    EXECUTIVES AT SAFEWAY WERE GOING THROUGH REGARDING HOW TO

02:56PM 17    PROJECT REVENUES FROM THERANOS SERVICE CENTERS IN SAFEWAY

02:56PM 18    STORES?

02:56PM 19    A.   YES.

02:56PM 20    Q.   WHO AT THERANOS WAS PRINCIPALLY RESPONSIBLE FOR

02:56PM 21    SHEPHERDING THAT FINANCIAL DUE DILIGENCE IN THE PERIOD BEFORE

02:56PM 22    THE SAFEWAY AGREEMENT WAS SIGNED?

02:56PM 23    A.   SUNNY BALWANI WAS.

02:56PM 24    Q.   NOW, WE DISCUSSED THIS MORNING THE DEVELOPMENT OF

02:56PM 25    THERANOS'S TECHNOLOGY IN THE PERIOD BETWEEN 2010 AND 2013.

02:57PM   1         DO YOU RECALL THAT?

02:57PM   2    A.   I DO.

02:57PM   3    Q.   AND DO YOU RECALL THAT YOU TESTIFIED THAT THERANOS WAS

02:57PM   4    WORKING TO EXPAND THE NUMBER OF ASSAYS IT WOULD HAVE AVAILABLE

02:57PM   5    IN THE PERIOD OF 2010 AND IN THE YEARS THEREAFTER?

02:57PM   6    A.   YES.

02:57PM   7    Q.   WHEN YOU MET WITH SAFEWAY IN 2010, WHAT DID YOU TELL THEM

02:57PM   8    ABOUT THERANOS'S TECHNOLOGY?

02:57PM   9    A.   I TOLD THEM THAT WE HAD DEVELOPED TECHNOLOGY IN THE PAST

02:57PM  10    TO BE ABLE TO RUN ASSAYS ON OUR DEVICES, AND THAT WE COULD RUN

02:57PM  11    ADDITIONAL ASSAYS WITH THE TECHNOLOGY WE WERE DEVELOPING TO BE

02:57PM  12    ABLE TO REALIZE THE GOAL OF DOING BROADER TESTS.

02:57PM  13    Q.   AND WAS THAT A REFERENCE TO THE SERIES 4.0 TECHNOLOGY

02:57PM  14    THERANOS WAS DEVELOPING AS OF 2010?

02:57PM  15    A.   YES.

02:57PM  16    Q.   AND DID YOU ULTIMATELY ENTER INTO AN AGREEMENT WITH

02:58PM  17    SAFEWAY?

02:58PM  18    A.   YES.

02:58PM  19    Q.   AND DID YOU PLAY A ROLE IN NEGOTIATING THAT AGREEMENT?

02:58PM  20    A.   I DID.

02:58PM  21    Q.   AND DID YOU NEGOTIATE WITH MR. BURD IN THAT AGREEMENT, IN

02:58PM  22    THAT DISCUSSION OF THE AGREEMENT?

02:58PM  23    A.   YES.

02:58PM  24    Q.   AND DID YOU HEAR THE TESTIMONY FROM MR. BURD DURING THIS

02:58PM  25    TRIAL THAT HE FELT IT WAS STRANGE THAT YOU DID NOT HAVE LEGAL

7638

02:58PM 1    COUNSEL PRESENT WITH YOU DURING THE COURSE OF THOSE

02:58PM 2    NEGOTIATIONS?

02:58PM 3    A.   YES.

02:58PM 4    Q.   WHY DID YOU HANDLE THOSE NEGOTIATIONS ON YOUR OWN AND NOT

02:58PM 5    HAVE LAWYERS PRESENT?

02:58PM 6    A.   THIS WAS A REALLY IMPORTANT RELATIONSHIP TO US.  I WANTED

02:58PM 7    TO TALK TO HIM DIRECTLY AND DO WHATEVER WE COULD TO MAKE THE

02:58PM 8    RELATIONSHIP HAPPEN IN THE CONTEXT OF AGREEING TO THINGS IN THE

02:58PM 9    NEGOTIATION, AND WE DIDN'T HAVE THE MONEY TO BE ABLE TO HAVE A

02:58PM 10    LOT OF LAWYERS.  WE WERE A SMALL COMPANY AT THAT POINT.

02:59PM 11    Q.   AND WERE YOU ULTIMATELY ABLE TO EXECUTE AN AGREEMENT WITH

02:59PM 12    SAFEWAY?

02:59PM 13    A.   WE WERE.

02:59PM 14    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 387, WHICH IS ALREADY IN

02:59PM 15    EVIDENCE.  AND I'LL SHOW YOU THE FIRST PAGE.

02:59PM 16    DO YOU SEE THAT THIS IS THE AGREEMENT THAT WAS ENTERED

02:59PM 17    INTO BETWEEN THERANOS AND SAFEWAY IN 2010?

02:59PM 18    A.   I DO.

02:59PM 19    Q.   I WANT TO DIRECT YOUR ATTENTION TO PAGE 8.

02:59PM 20    AND I WANT TO DIRECT YOUR ATTENTION SPECIFICALLY TO

02:59PM 21    NUMBER 3, THE PROGRAM PHASES.

02:59PM 22    IF YOU COULD JUST HIGHLIGHT THAT.

02:59PM 23    WAS THE THERANOS-SAFEWAY RELATIONSHIP SET TO OPERATE IN

03:00PM 24    PHASES AT THE TIME THAT YOU SIGNED THIS AGREEMENT?

03:00PM 25    A.   YES.

03:00PM 1    Q.    WHAT WERE THE PHASES OF THE SAFEWAY AGREEMENT?

03:00PM 2    A.    THERE WERE THREE.  THERE WAS WHAT WAS CALLED HERE THE

03:00PM 3    PRE-PILOT PERIOD; THERE WAS A PILOT; AND THEN THERE WAS A BROAD

03:00PM 4    ROLLOUT OR LAUNCH PERIOD.

03:00PM 5    Q.    AND WHAT WAS TO HAPPEN DURING THE PRE-PILOT PERIOD?

03:00PM 6    A.    A LOT OF WORK TO DO, INCLUDING WE HAD AGREED TO CUSTOMIZE

03:00PM 7    OUR DEVICES AND TESTS FOR SAFEWAY AND TO BUILD CUSTOM SOFTWARE

03:00PM 8    FOR THEM.

03:00PM 9         WE HAD TO CONTRACT WITH INSURANCE COMPANIES, GET THE

03:00PM 10   CONTRACTS, NEGOTIATE PRICING RATES, BUILD THE SOFTWARE TO BE

03:00PM 11   ABLE TO INTERFACE WITH THEM AND THE ELECTRONIC MEDICAL RECORDS

03:00PM 12   WE WERE TALKING ABOUT EARLIER, AND BUILD THE ORGANIZATION TO

03:00PM 13   MEET SERVICE STANDARDS THAT SAFEWAY WAS GOING TO SET FOR

03:00PM 14   RETAIL, WHICH INCLUDED CUSTOMER SUPPORT, CUSTOMER SERVICE, AND

03:01PM 15   OTHER ORGANIZATIONS.

03:01PM 16   Q.    DO YOU SEE THAT UNDER THE AGREEMENT THE OBLIGATIONS DURING

03:01PM 17   THE PRE-PILOT PERIOD WERE IMPOSED ON SAFEWAY, OR ON THERANOS

03:01PM 18   RATHER?

03:01PM 19   A.    YES.

03:01PM 20   Q.    AND WHAT WOULD HAPPEN IF THERANOS DID NOT MEET THOSE

03:01PM 21   CONDITIONS?

03:01PM 22   A.    SAFEWAY COULD TERMINATE THE AGREEMENT.

03:01PM 23   Q.    AND WAS THERANOS PAID UNDER THE AGREEMENT?

03:01PM 24   A.    YES.

03:01PM 25   Q.    WHAT HAPPENED TO THE PAYMENT THAT THERANOS GOT UNDER THE

03:01PM   1      AGREEMENT IF SAFEWAY TERMINATED THE AGREEMENT?

03:01PM   2      A.   SAFEWAY GOT THE PAYMENT BACK.

03:01PM   3      Q.   LET ME ASK YOU TO FOCUS SPECIFICALLY ON SOME OF THE

03:01PM   4      LANGUAGE OF THE REQUIREMENTS ON THIS PRE-PILOT PERIOD.

03:01PM   5           DO YOU SEE THAT NUMBER I REFERS TO THAT "THERANOS WILL

03:01PM   6      SECURE THE REGULATORY APPROVALS," AND IT GOES ON FROM THERE?

03:01PM   7      A.   I DO.

03:01PM   8      Q.   DO YOU SEE THAT?

03:01PM   9           AND WHAT REGULATORY APPROVALS IS THAT REFERRING TO?

03:01PM   10     A.   IT'S REFERRING TO WHATEVER REGULATORY APPROVALS WE NEEDED

03:02PM   11     TO BE ABLE TO LAUNCH A PILOT.

03:02PM   12     Q.   DO YOU SEE THE SECOND ENTRY THAT SAYS, "THERANOS WILL

03:02PM   13     CUSTOMIZE THE THERANOS SYSTEMS FOR SAFEWAY," AND THEN IT GOES

03:02PM   14     ON FROM THERE?

03:02PM   15     A.   YES.

03:02PM   16     Q.   AND SO DID THERANOS HAVE AN OBLIGATION TO CUSTOMIZE ITS

03:02PM   17     SYSTEM TO SATISFY WHATEVER SAFEWAY'S REQUIREMENTS WERE DURING

03:02PM   18     THE PRE-PILOT PERIOD?

03:02PM   19     A.   WE DID.

03:02PM   20     Q.   AND DID SAFEWAY DURING THE PRE-PILOT PERIOD MAKE REQUESTS

03:02PM   21     AS TO HOW THERANOS SYSTEMS 4.0 SHOULD BE CUSTOMIZED?

03:02PM   22     A.   YES.

03:02PM   23     Q.   AND WERE SOME OF THOSE CUSTOMIZATION REQUIREMENTS

03:02PM   24     DIFFICULT FOR THERANOS TO IMPLEMENT?

03:02PM   25     A.   YES.

7641

03:02PM  1    Q.   LET'S -- LET ME ASK YOU TO LOOK AT EXHIBIT 7174.

03:03PM  2    A.   OKAY.

03:03PM  3    Q.   NOW, LET ME FIRST ASK YOU, AS OF 2010, WAS THE 4 SERIES

03:03PM  4    DEVICE ENVISIONED TO BE THE DEVICE, THE SINGLE DEVICE THAT WE

03:03PM  5    LOOKED AT EARLIER TODAY?

03:03PM  6    A.   YES.

03:03PM  7    Q.   AND DID SAFEWAY MAKE REQUESTS FOR MODIFICATION OF THAT?

03:03PM  8    A.   YES.

03:03PM  9    Q.   WHAT DO YOU RECALL WERE THE MODIFICATIONS THAT SAFEWAY

03:03PM  10   REQUESTED OF THAT HARDWARE?

03:03PM  11   A.   THERE WERE SEVERAL.  THE FIRST WAS THAT INSTEAD OF

03:04PM  12   PROCESSING ONE SAMPLE AT A TIME, THEY ASKED THAT WE BUILD A

03:04PM  13   DEVICE THAT COULD PROCESS SIX SAMPLES AT A TIME.

03:04PM  14        THEY WANTED THE DEVICE TO BE WITHIN VERY SPECIFIC

03:04PM  15   DIMENSIONS THAT COULD FIT WITHIN CABINETRY THAT THEY WERE

03:04PM  16   BUILDING IN THEIR STORES, AND THERE WAS SPECIFIC VENTILATION

03:04PM  17   AND HEAT REQUIREMENTS AROUND THAT.

03:04PM  18   Q.   AND WAS THAT A DEVICE THAT THERANOS HAD BEEN WORKING ON

03:04PM  19   PRIOR TO ITS RELATIONSHIP WITH SAFEWAY?

03:04PM  20   A.   NO.

03:04PM  21   Q.   LET ME ASK YOU, IS EXHIBIT 7174 AN EMAIL FROM MR. BURD TO

03:04PM  22   YOU CONCERNING THE THERANOS-SAFEWAY RELATIONSHIP?

03:04PM  23   A.   YES.

03:04PM  24        MR. DOWNEY:  YOUR HONOR, I MOVE TO ADMIT 7174.

03:04PM  25        MR. LEACH:  NO OBJECTION, YOUR HONOR.

7642

```
03:04PM    1                 THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:04PM    2            (DEFENDANT'S EXHIBIT 7174 WAS RECEIVED IN EVIDENCE.)

03:05PM    3    BY MR. DOWNEY:

03:05PM    4    Q.   DO YOU SEE THAT MR. BURD SENT THIS EMAIL TO YOU IN MAY OF

03:05PM    5    2011?

03:05PM    6    A.   I DO.

03:05PM    7    Q.   AND DO YOU SEE IN THE FIRST SENTENCE HE SAYS, "THE FIRST

03:05PM    8    ATTACHMENT LABELLED MINILAB IS A CRUDE SKETCH OF WHAT I AM

03:05PM    9    SUGGESTING"?

03:05PM   10    A.   YES.

03:05PM   11    Q.   AND THEN HE GOES ON TO SAY, "IGNORE THE SCREEN IN FRONT.

03:05PM   12    I WOULD PREFER TO MOUNT THE SCREEN ON THE WALL TO THE LEFT OF

03:05PM   13    THE UNIT."

03:05PM   14            DO YOU SEE THAT?

03:05PM   15    A.   I DO.

03:05PM   16    Q.   AND LET'S LOOK AT WHAT IS ATTACHED TO THIS EMAIL IN 7174.

03:05PM   17    LET'S LOOK AT THIS PAGE AND SEE IF WE CAN SPLIT IT WITH THE

03:05PM   18    NEXT PAGE.

03:05PM   19            ARE THESE THE ATTACHMENT DRAWINGS THAT MR. BURD SENT TO

03:05PM   20    YOU?

03:05PM   21    A.   YES.

03:05PM   22    Q.   CAN YOU EXPLAIN WHAT YOU UNDERSTOOD MR. BURD WAS

03:05PM   23    REQUESTING WITH REGARD TO THE THERANOS SYSTEM 4.0 WHEN HE SENT

03:05PM   24    THESE DRAWINGS TO YOU?

03:06PM   25    A.   YES.  THESE WERE THE DEVICES THAT HE WANTED US TO BUILD,
```

7643

1    WITH SOME DETAILS ON THE KIND OF MATERIALS THAT HE THOUGHT WE

2    SHOULD BE USING FOR USE OF THE DEVICES IN HIS STORES.

3    Q.   AND CAN YOU SPECIFICALLY GO THROUGH THE DRAWINGS AND

4    EXPLAIN HOW THEY WERE DESIGNED TO WORK, AT LEAST AS HE

5    EXPLAINED IT?

6    A.   I CAN, YES.

7         ON THE LEFT WHERE YOU SEE THE CABINETRY, THERE'S A DRAWING

8    OF A SINGLE DEVICE THAT HAS A TOUCHSCREEN IN THE MIDDLE, AND

9    THERE'S LITTLE BAYS THERE.  DO YOU SEE THE BLOCKS THAT ARE

10   LITTLE RECTANGLES?  EACH ONE OF THOSE IS INTENDED TO REFLECT

11   WHERE YOU WOULD PUT IN A CARTRIDGE.

12        SO HE'S TALKING ABOUT A SINGLE DEVICE HERE THAT COULD

13   PROCESS 12 CARTRIDGES AT THE SAME TIME THAT WOULD FIT WITHIN A

14   CABINET LIKE THAT THAT WOULD NEED TO BE VENTILATED FOR THAT

15   TYPE OF TECHNOLOGY.

16        HIS COMMENTS IN THE EMAIL ABOUT WOOD AND STAINLESS STEEL

17   GET INTO THE MATERIALS THAT HE WANTED TO MATCH THE CABINETRY.

18        AND ON THE RIGHT YOU CAN SEE HIS OTHER SUGGESTION FOR THE

19   DESIGN, WHICH WAS TO MAKE THE DEVICE LIKE A KIOSK WHERE, AGAIN,

20   YOU HAVE A SINGLE TOUCHSCREEN, YOU HAVE 12 BAYS FOR INSERTING

21   12 DIFFERENT CARTRIDGES, AND THE DEVICE WOULD STAND ON ITS OWN.

22   Q.   AND DID HE COMMUNICATE TO YOU THAT IT WAS IMPORTANT FOR

23   HIM FOR THESE MODIFICATIONS TO BE MADE?

24   A.   YES.

25   Q.   DID MAKING THESE MODIFICATIONS PRESENT ANY CHALLENGE TO

7644

03:07PM  1    THERANOS IN CONNECTION WITH ITS TECHNOLOGY?

03:07PM  2    A.   THIS IS A WHOLE NEW PRODUCT.

03:07PM  3    Q.   AND WHAT WOULD BE INVOLVED IN RECONFIGURING THE THERANOS

03:07PM  4    SYSTEM TO BE ABLE TO MEET THE REQUIREMENTS THAT HE WAS ASKING

03:07PM  5    FOR IN THIS COMMUNICATION?

03:07PM  6    A.   WE'D HAVE TO FIGURE OUT HOW TO PROCESS IN THIS CASE 12

03:08PM  7    SAMPLES AT A TIME.  WE ULTIMATELY SPLIT THIS INTO TWO DEVICES

03:08PM  8    THAT COULD EACH DO SIX SAMPLES AT A TIME.

03:08PM  9         THIS ENDED UP BEING VERY CHALLENGING BECAUSE THE SIX

03:08PM  10   SAMPLES ARE IN THE SAME DEVICE, AND ONE OF THE KEYS TO OUR

03:08PM  11   CHEMISTRY FORMULA IS THE TEMPERATURE AT WHICH YOU RUN THE

03:08PM  12   CHEMISTRY.

03:08PM  13        MANAGING THE THERMAL PROPERTIES OF THIS DEVICE WHEN YOU'RE

03:08PM  14   RUNNING SIX SAMPLES AT A TIME IS VERY COMPLEX.

03:08PM  15   Q.   OKAY.  DID THERANOS NEVERTHELESS ATTEMPT TO BUILD THESE

03:08PM  16   DEVICES?

03:08PM  17   A.   WE DID.

03:08PM  18   Q.   AND DID YOU, IN FACT, EXPERIENCE CHALLENGES WHILE BUILDING

03:08PM  19   THEM?

03:08PM  20   A.   WE DID.

03:08PM  21   Q.   DID YOU COMMUNICATE WITH MR. BURD THAT THERE WERE THESE

03:08PM  22   CHALLENGES?

03:08PM  23   A.   I DID.

03:08PM  24   Q.   AND DID MR. BURD OFFER THAT SAFEWAY WOULD ATTEMPT TO HELP

03:08PM  25   THERANOS IN CONNECTION WITH MEETING THE CHALLENGES IT WAS

7645

03:08PM  1    EXPERIENCING?

03:08PM  2    A.   HE DID.

03:09PM  3    Q.   AND DID YOU TAKE HIM UP ON THAT OFFER?

03:09PM  4    A.   FOR SOME PROBLEMS, YES.

03:09PM  5         FOR SOME PROBLEMS, NO.

03:09PM  6    Q.   AND FOR THOSE YOU DIDN'T TAKE HIM UP ON THAT OFFER, WHY

03:09PM  7    WAS THAT?

03:09PM  8    A.   STEVE HAD SUGGESTED THAT SOME OF THE ENGINEERS WHO WORKED

03:09PM  9    ON THE CONSTRUCTION OF HIS SPACES COULD HELP US WITH BUILDING

03:09PM  10   THESE DEVICES, AND OUR ENGINEERS INTERNALLY FELT THAT WE HAD

03:09PM  11   THE EXPERTISE, WE JUST NEEDED TO TRIAGE AND DEAL WITH THE

03:09PM  12   ISSUES.

03:09PM  13   Q.   WAS THERANOS ULTIMATELY ABLE TO BUILD A MULTI CARTRIDGE

03:09PM  14   DEVICE?

03:09PM  15   A.   WE DID.

03:09PM  16   Q.   AND WHEN DID THERANOS COMPLETE THAT DEVICE?

03:09PM  17   A.   I THINK IN 2012.

03:09PM  18   Q.   NOW, I WANT TO TURN FROM TALKING ABOUT THE TECHNOLOGY

03:09PM  19   UNDER THE AGREEMENT TO TALKING ABOUT THERANOS'S MARKETING

03:09PM  20   EFFORTS WITH SAFEWAY.

03:09PM  21        DID MR. BURD ENCOURAGE THERANOS TO PUT MORE FOCUS ON

03:09PM  22   MARKETING AND BRANDING IN THE PERIOD BETWEEN 2010 AND 2012?

03:10PM  23   A.   HE DID.

03:10PM  24   Q.   WAS THAT YOUR PRIORITY IN THAT PERIOD BETWEEN 2010 AND

03:10PM  25   2012?

03:10PM  1      A.    NO.

03:10PM  2      Q.    WHY WAS THAT?

03:10PM  3      A.    BECAUSE WE HAD A VERY SIGNIFICANT AMOUNT OF WORK THAT WE

03:10PM  4      NEEDED TO DO ON THE PRODUCT AND ON THE OPERATIONS TO GET READY

03:10PM  5      TO LAUNCH THE SERVICE.

03:10PM  6      Q.    AND DID YOU COMMUNICATE THAT TO MR. BURD?

03:10PM  7      A.    I DID.

03:10PM  8      Q.    DID THERANOS ULTIMATELY AGREE TO LAUNCH A PROGRAM WITH

03:10PM  9      SAFEWAY WHERE THERANOS PROVIDED BLOOD TESTING SERVICES WITHIN

03:10PM  10     THE SAFEWAY CORPORATE HEADQUARTERS?

03:10PM  11     A.    YES.

03:10PM  12     Q.    AND WHERE ARE THOSE HEADQUARTERS LOCATED?

03:10PM  13     A.    IN PLEASANTON, CALIFORNIA.

03:10PM  14     Q.    OKAY.  DID SUCH A SERVICE CENTER OPEN WITHIN THAT

03:10PM  15     HEADQUARTERS?

03:10PM  16     A.    YES.

03:10PM  17     Q.    DO YOU RECALL WHEN THAT LAB SERVICE OPENED?

03:10PM  18     A.    I THINK IT WAS IN 2012.

03:11PM  19     Q.    OKAY.  NOW, WHEN THERANOS WAS OPERATING THAT SERVICE

03:11PM  20     CENTER IN THE CORPORATE HEADQUARTERS OF SAFEWAY, WAS IT USING

03:11PM  21     THE TECHNOLOGY THAT THERANOS WAS DEVELOPING AS PART OF SERIES

03:11PM  22     4.0?

03:11PM  23     A.    NO.

03:11PM  24     Q.    WHY NOT?

03:11PM  25     A.    THE REQUEST FROM SAFEWAY WAS TO BE ABLE TO PROVIDE LAB

03:11PM  1    SERVICES AT THE PRICE POINTS WITH WHICH WE WERE CONTRACTING

03:11PM  2    WITH INSURERS, WHICH AT THAT TIME IT WAS 30 PERCENT OF THE COST

03:11PM  3    OF MEDICARE.

03:11PM  4        SO WE AGREED THAT THERANOS WOULD PROVIDE A TRADITIONAL LAB

03:11PM  5    SERVICE IN ORDER TO DO THAT BECAUSE WE WERE NOT READY TO LAUNCH

03:11PM  6    OUR TECHNOLOGY.

03:11PM  7    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 7250.

03:12PM  8    A.   OKAY.

03:12PM  9    Q.   IS THIS ANOTHER EMAIL BETWEEN YOU AND MR. BURD CONCERNING

03:12PM  10   THE RELATIONSHIP BETWEEN SAFEWAY AND THERANOS?

03:12PM  11   A.   YES.

03:12PM  12          MR. DOWNEY:  I WOULD MOVE TO ADMIT THE EXHIBIT 7250,

03:12PM  13   YOUR HONOR.

03:12PM  14          MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:12PM  15          THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:12PM  16       (DEFENDANT'S EXHIBIT 7250 WAS RECEIVED IN EVIDENCE.)

03:12PM  17   BY MR. DOWNEY:

03:12PM  18   Q.   DO YOU SEE THAT THIS IS AN EMAIL THAT YOU SENT TO MR. BURD

03:12PM  19   IN SEPTEMBER OF 2012?

03:12PM  20   A.   YES.

03:12PM  21   Q.   AND LET ME ASK YOU TO LOOK AT THE EMAIL THAT WAS SENT AT

03:12PM  22   1:03 -- I'M SORRY, 3:03 A.M. ON SEPTEMBER 12TH.

03:13PM  23   A.   OKAY.

03:13PM  24   Q.   I'D LIKE YOU TO FOCUS ON THE LANGUAGE THAT SAYS -- YOU SAY

03:13PM  25   AT THE BEGINNING, "I THINK THAT'S FANTASTIC AS YOU KNOW.  I'LL

03:13PM   1    SEND YOU WHAT WE'RE CURRENTLY WORKING WITH."

03:13PM   2         AND THEN YOU SAY, "THE DINOSAUR LAB DOES NOT DO

03:13PM   3    100 PERCENT OF ALL TESTS YET.  OF COURSE WITH OUR SYSTEMS IT'S

03:13PM   4    A WHOLE DIFFERENT GAME ON TIME - WE'LL HAVE DATA OUT WITHIN

03:13PM   5    30 MINUTES OF SAMPLE BEING PROCESSED AS YOU ALSO KNOW."

03:13PM   6         DO YOU SEE THAT?

03:13PM   7    A.   I DO.

03:13PM   8    Q.   AND DO YOU SEE IN THE EMAIL BELOW THAT, WHICH MR. BURD HAD

03:13PM   9    SENT TO YOU, THAT HE REFERENCES A DINOSAUR LAB?

03:13PM  10    A.   I DO.

03:13PM  11    Q.   AND WHEN YOU WERE REFERRING TO A DINOSAUR LAB IN THESE

03:13PM  12    COMMUNICATIONS BACK AND FORTH WITH MR. BURD, WHAT WERE YOU

03:14PM  13    REFERRING TO?

03:14PM  14    A.   A TRADITIONAL LAB RUNNING TRADITIONAL TECHNOLOGY.

03:14PM  15    Q.   AND WAS THERANOS DOING THAT WITHIN THIS PERIOD OF 2012?

03:14PM  16    A.   YES.

03:14PM  17    Q.   AND WAS THAT SOMETHING THAT YOU HAD DISCUSSED WITH

03:14PM  18    MR. BURD?

03:14PM  19    A.   YES.

03:14PM  20    Q.   AND IT WAS SOMETHING THAT YOU BELIEVED THAT HE UNDERSTOOD

03:14PM  21    WHEN YOU WERE DISCUSSING IT WITH HIM?

03:14PM  22    A.   YES.

03:14PM  23    Q.   DID MR. BURD RAISE ANY QUESTIONS ABOUT THE ACCURACY OF THE

03:14PM  24    TESTS THAT THERANOS RAN IN THAT SERVICE CENTER IN THE CORPORATE

03:14PM  25    HEADQUARTERS OF SAFEWAY?

7649

03:14PM 1     A.   HE DID NOT.

03:14PM 2     Q.   DO YOU RECALL HIM RAISING SOME COMPLAINTS?

03:14PM 3     A.   YES.

03:14PM 4     Q.   AND WHAT DO YOU RECALL HIS COMPLAINTS WERE?

03:14PM 5     A.   HE WAS VERY FRUSTRATED ABOUT THE TURNAROUND TIME OF THE

03:14PM 6     RESULTS, HOW FAST THOSE RESULTS WERE GOING BACK TO PATIENTS,

03:14PM 7     AND HE THOUGHT THAT THAT MADE FOR A POOR PATIENT EXPERIENCE.

03:14PM 8     Q.   OKAY.  NOW, I WANT TO FOCUS ON THE TIME PERIOD SHORTLY

03:15PM 9     BEFORE MR. BURD LEFT SAFEWAY AND FOCUS ON DISCUSSIONS YOU HAD

03:15PM 10    WITH HIM IN THE TIME PERIOD PRECEDING THAT.

03:15PM 11         FIRST OF ALL, DO YOU RECALL THAT MR. BURD TESTIFIED THAT

03:15PM 12    HIS DEPARTURE FROM SAFEWAY WAS ANNOUNCED TOWARDS THE VERY END

03:15PM 13    OF 2012?

03:15PM 14    A.   I DO.

03:15PM 15    Q.   AND DO YOU RECALL THAT MR. BURD DISCUSSED A SERIES OF

03:15PM 16    EMAILS BETWEEN YOU AND HIM IN THE FALL OF 2012 TALKING ABOUT A

03:15PM 17    POTENTIAL LAUNCH DATE AT SAFEWAY?

03:15PM 18    A.   YES.

03:15PM 19    Q.   LET'S LOOK AT AN EMAIL IN WHICH MR. BURD COMMUNICATES WITH

03:15PM 20    YOU IN DECEMBER OF 2012, EXHIBIT 718, WHICH IS ALREADY IN

03:16PM 21    EVIDENCE.

03:16PM 22    A.   OKAY.

03:16PM 23    Q.   DO YOU SEE HERE THAT MR. BURD WRITES TO YOU ON

03:16PM 24    DECEMBER 18TH AND SAYS HE WOULD LIKE TO HAVE A PHONE CALL SO HE

03:16PM 25    COULD GET A BETTER SENSE FOR A POSSIBLE LAUNCH DATE?

03:16PM 1    A.   YES.

03:16PM 2    Q.   AND HE SAYS HE IS NOT LOOKING FOR A FIRM DATE BECAUSE THAT

03:16PM 3    MAY BE PREMATURE?

03:16PM 4    A.   YES.

03:16PM 5    Q.   DO YOU SEE THAT?

03:16PM 6         ALL RIGHT.   NOW, LET'S GO DOWN TO THE NEXT PARAGRAPH TO

03:16PM 7    THE SENTENCE -- TO THE PHRASE THAT BEGINS, "IT IS CRYSTAL CLEAR

03:16PM 8    THAT EITHER THE RECENTLY COMMITTED DATES WERE FAR TOO AMBITIOUS

03:17PM 9    OR THERE HAVE BEEN SOME OVERWHELMING SURPRISES ALONG THE WAY.

03:17PM 10   I ALSO WORRY THAT THE DEMANDS OF YOUR CORE BUSINESS OR THE

03:17PM 11   NEWLY ACQUIRED DOD BUSINESS ARE CONSUMING RESOURCES THAT WOULD

03:17PM 12   OTHERWISE BE COMMITTED TO LAUNCH."

03:17PM 13        DO YOU SEE THAT?

03:17PM 14   A.   I DO.

03:17PM 15   Q.   NOW, THERE'S A REFERENCE IN THAT SENTENCE THAT MR. BURD

03:17PM 16   MAKES TO YOUR CORE BUSINESS.

03:17PM 17   A.   YES.

03:17PM 18   Q.   AND WHAT DID YOU UNDERSTAND MR. BURD TO BE REFERRING TO

03:17PM 19   WHEN HE REFERRED TO YOUR CORE BUSINESS?

03:17PM 20   A.   TO OUR WORK WITH WALGREENS.

03:17PM 21   Q.   AND WHAT WAS HAPPENING IN THE WALGREENS RELATIONSHIP IN

03:17PM 22   THE FALL OF 2012?

03:17PM 23   A.   WE HAD MOVED TO THE PHASE I, PHASE II MODEL THAT WE TALKED

03:17PM 24   ABOUT EARLIER, AND THERANOS WAS WORKING TO BUILD THE CENTRAL

03:17PM 25   LAB TO BE ABLE TO LAUNCH WITH SAMPLES BEING SHIPPED TO A

03:17PM    1    CENTRAL LAB INSTEAD OF PUTTING DEVICES IN THE STORES.

03:17PM    2    Q.   AND AS BETWEEN SAFEWAY AND WALGREENS, THOUGH, WHICH OF THE

03:17PM    3    TWO PARTNERS WAS DEVOTING MORE RESOURCES TO ALLOW THERANOS TO

03:18PM    4    LAUNCH IN ITS STORES?

03:18PM    5    A.   WALGREENS WAS.

03:18PM    6    Q.   BETWEEN AUGUST OF 2012 AND DECEMBER OF 2012, DID MR. BURD

03:18PM    7    PUSH FOR THERANOS TO LAUNCH SERVICE CENTERS IN SAFEWAY STORES?

03:18PM    8    A.   HE DID.

03:18PM    9    Q.   DID YOU EXPLAIN TO MR. BURD THAT THERE WERE ISSUES FOR

03:18PM   10    THERANOS WITH PURSUING THAT MODEL IMMEDIATELY?

03:18PM   11    A.   YES.

03:18PM   12    Q.   AND WHAT ISSUES DID YOU SEE FOR THERANOS OF LAUNCHING

03:18PM   13    THERANOS SERVICE CENTERS IN SAFEWAY STORES?

03:18PM   14    A.   THE FIRST WAS THAT WE WERE NOW BUILDING OUR WHOLE BUSINESS

03:18PM   15    AROUND THIS PHASE I, PHASE II MODEL, AND IF WE WERE GOING TO DO

03:18PM   16    THAT WITH WALGREENS, WE HAD TO DO THAT WITH SAFEWAY BECAUSE WE

03:18PM   17    COULDN'T BE INCONSISTENT BETWEEN THOSE TWO.

03:18PM   18         ALSO, WE WERE NOT YET LAUNCHING WITH WALGREENS, AND SO WE

03:19PM   19    COULDN'T BE LAUNCHING WITH SAFEWAY IF WE WERE LAUNCHING BEFORE

03:19PM   20    WALGREENS.

03:19PM   21         AND THERE WERE QUESTIONS FROM A REGULATORY PERSPECTIVE

03:19PM   22    ABOUT WHAT THE RIGHT THING TO DO WAS.

03:19PM   23    Q.   AND WERE THOSE ALL CONCEPTS THAT YOU EXPLAINED TO

03:19PM   24    MR. BURD?

03:19PM   25    A.   YES.

```
03:19PM   1    Q.   AND DID HE ENGAGE WITH YOU ON THOSE ISSUES?

03:19PM   2    A.   HE DID.

03:19PM   3    Q.   AND WHAT WAS HIS REACTION?

03:19PM   4    A.   HE REALLY WANTED TO PUSH FORWARD TO LAUNCH.

03:19PM   5    Q.   DID HE TELL YOU WHY HE WANTED TO LAUNCH?

03:19PM   6    A.   YES.

03:19PM   7    Q.   WHAT WAS THE REASON THAT HE GAVE YOU?

03:19PM   8    A.   THAT HE WOULD BE RETIRING FROM SAFEWAY SOON AND REALLY

03:19PM   9    WANTED TO LAUNCH BEFORE HIS RETIREMENT.

03:19PM  10         HE ALSO COMMUNICATED THAT SAFEWAY'S STOCK WAS SUFFERING

03:19PM  11    AND HE THOUGHT THAT THIS ANNOUNCEMENT COULD REALLY HELP

03:19PM  12    SAFEWAY'S STOCK PRICE.

03:19PM  13    Q.   DID YOU SEE IN EXHIBIT 718 THE REFERENCE TO NEWLY ACQUIRED

03:20PM  14    DOD BUSINESS?

03:20PM  15    A.   I DO.

03:20PM  16    Q.   AND DID YOU SEE THAT MR. BURD WAS REFERENCING THAT IN THE

03:20PM  17    DECEMBER 18, 2012?

03:20PM  18    A.   YES.

03:20PM  19    Q.   NOW, WAS THERE A NEWLY ACQUIRED BUSINESS WITH DOD THAT HAD

03:20PM  20    BEEN ACQUIRED IN OR AROUND DECEMBER OF 2012?

03:20PM  21    A.   YES.

03:20PM  22    Q.   AND WHAT WAS THAT?

03:20PM  23    A.   OUR CONTRACTS WITH SOCOM, CENTCOM, AND I THINK THIS MAY

03:20PM  24    HAVE BEEN AROUND THE TIME THAT WE WERE ALSO STARTING TO WORK

03:20PM  25    WITH AFRICOM.
```

03:20PM  1    Q.   AND DID THERANOS INTEND TO DEVOTE RESOURCES TO DEVELOPING

03:20PM  2    TECHNOLOGIES FOR USE IN CONNECTION WITH THOSE PROGRAMS?

03:20PM  3    A.   WE DID.

03:20PM  4    Q.   DID YOU ALSO EXPLAIN THAT TO MR. BURD?

03:20PM  5    A.   YES.

03:20PM  6    Q.   ULTIMATELY DID MR. BURD LEAVE SAFEWAY?

03:20PM  7    A.   YES.

03:20PM  8    Q.   AND YOU HEARD HIS TESTIMONY DURING THIS TRIAL, DID YOU

03:21PM  9    NOT?

03:21PM  10   A.   I DID.

03:21PM  11   Q.   WERE YOU TRYING TO IGNORE OR HIDE ISSUES WITH RESPECT TO

03:21PM  12   THE TECHNOLOGY IN YOUR COMMUNICATIONS WITH MR. BURD?

03:21PM  13   A.   NO.

03:21PM  14   Q.   WAS LAUNCHING TEST SERVICES COMPLICATED FOR THERANOS AND

03:21PM  15   SAFEWAY?

03:21PM  16   A.   YES.

03:21PM  17   Q.   AND WHAT KIND OF CHALLENGES WERE YOU FACING TO GET THAT

03:21PM  18   OFF THE GROUND?

03:21PM  19   A.   WE HAD MANY.  THERE WAS THE TECHNOLOGY WORK AND BRINGING

03:21PM  20   THE TESTS UP THAT HAD TO HAPPEN; THERE WAS THE INSURANCE

03:21PM  21   COMPANY CONTRACTING THAT HAD TO HAPPEN; THE SOFTWARE, THE

03:21PM  22   ELECTRONIC MEDICAL RECORDS, A WHOLE SUITE OF SOFTWARE FOR THE

03:21PM  23   STORE, THE CHECK-IN PROCESS, ELIGIBILITY OF SCANNING THE

03:21PM  24   INSURANCE CARDS AND MAKE SURE THAT WE COULD CONNECT

03:21PM  25   ELECTRONICALLY; THE MARKETING WORK.

03:21PM  1          I COULD GO ON.

03:21PM  2     Q.   OKAY.  DO YOU FEEL THAT YOU WERE TRANSPARENT WITH MR. BURD

03:22PM  3     THAT YOU HAD AGREED TO THIS PHASE I, PHASE II RELATIONSHIP?

03:22PM  4     A.   YES.

03:22PM  5     Q.   LET ME ASK YOU TO LOOK BACK AT 715 ALREADY IN EVIDENCE.

03:22PM  6          DO YOU SEE THE EMAIL FROM YOU TO MR. BURD AT 8:30 P.M.?

03:22PM  7     A.   I DO.

03:22PM  8     Q.   AND DO YOU SEE IN THE THIRD PARAGRAPH WHERE YOU SAY,

03:22PM  9     "WHILE WE HAVE NEVER WANTED TO BE IN THE TRADITIONAL LAB

03:22PM  10    BUSINESS, WE DECIDED RECENTLY TO GET INTO IT AS WE DISCUSSED."

03:22PM  11         WHAT WAS THAT A REFERENCE TO?

03:22PM  12    A.   TO THE FACT THAT WE WERE MOVING FORWARD WITH THIS PHASE I

03:22PM  13    MODEL AS THE WAY THAT WE WERE GOING TO LAUNCH OUR SERVICES AT

03:22PM  14    RETAIL OPERATING AS A CENTRAL LAB OURSELVES EVEN THOUGH THAT

03:22PM  15    WAS NOT WHAT WE WANTED TO DO WITH OUR TECHNOLOGY.  IT WASN'T

03:22PM  16    THE PURPOSE OF OUR TECHNOLOGY.

03:22PM  17    Q.   WAS MR. BURD AMENABLE TO A MODEL WHERE THE SERVICE CENTERS

03:23PM  18    COLLECTED SAMPLES AND SENT THEM TO A CENTRAL LAB AT THERANOS?

03:23PM  19    A.   HE DID NOT LIKE IT LIKE HE LIKED PUTTING A DEVICE IN THE

03:23PM  20    STORE.

03:23PM  21    Q.   OKAY.  I WANT TO TALK ABOUT WHAT HAPPENED IN THE

03:23PM  22    SAFEWAY-THERANOS RELATIONSHIP AFTER MR. BURD ANNOUNCED HIS

03:23PM  23    RETIREMENT IN LATE 2012.

03:23PM  24         AFTER THAT POINT, DID THERE BEGIN TO BE SOME DISPUTES

03:23PM  25    BETWEEN THERANOS AND SAFEWAY?

03:23PM 1     A.   YES.

03:23PM 2     Q.   AND DID MR. BALWANI BEGIN TO TAKE AN ACTIVE ROLE WITH

03:23PM 3     REGARD TO DISCUSSIONS WITH SAFEWAY?

03:23PM 4     A.   HE DID.

03:23PM 5     Q.   PRIOR TO THAT TIME, HAD YOU BEEN THE PRINCIPAL PERSON AT

03:23PM 6     THERANOS DEALING WITH SAFEWAY?

03:23PM 7     A.   I WAS WITH MR. BURD.

03:23PM 8     Q.   OKAY.  AND WHO AT SAFEWAY BECAME THE PRINCIPAL PERSON

03:23PM 9     DEALING WITH DISCUSSIONS BETWEEN SAFEWAY AND THERANOS AFTER

03:24PM 10    JANUARY OF 2013?

03:24PM 11    A.   ROBERT EDWARDS AND PEOPLE WHO WERE WORKING FOR HIM.

03:24PM 12    Q.   AND DID THERANOS REMAIN INTERESTED IN LAUNCHING ITS

03:24PM 13    TESTING SERVICES IN 2013?

03:24PM 14    A.   YES.

03:24PM 15    Q.   WOULD THERANOS HAVE BEEN ABLE TO LAUNCH IN SAFEWAY STORES

03:24PM 16    IN THE FALL OF 2013 AS IT DID IN WALGREENS STORES?

03:24PM 17    A.   WE COULD HAVE, YES.

03:24PM 18    Q.   DID THERE COME A TIME WHEN THE OWNERSHIP OF SAFEWAY

03:24PM 19    CHANGED?

03:24PM 20    A.   YES.

03:24PM 21    Q.   AND WHO WERE THE NEW OWNERS?

03:24PM 22    A.   A PRIVATE EQUITY FUND CALLED CERBERUS.

03:24PM 23    Q.   AND WHAT EFFECT, IF ANY, DID THAT HAVE ON THE RELATIONSHIP

03:24PM 24    BETWEEN THERANOS AND SAFEWAY?

03:24PM 25    A.   IT SEEMED TO COMPLICATE IT.  ROBERT EDWARDS, THE SAFEWAY

03:24PM 1   CEO, WAS IN DISCUSSIONS WITH CERBERUS ABOUT THEIR PRIORITIES,

03:24PM 2   AND I COULDN'T QUITE UNDERSTAND WHAT DECISIONS HE WAS MAKING OR

03:24PM 3   NOT MAKING BASED ON THOSE INTERACTIONS.

03:25PM 4   Q.   OKAY.   ULTIMATELY I BELIEVE YOU TESTIFIED A BIT AGO THERE

03:25PM 5   WERE NEVER THERANOS SERVICE CENTERS IN SAFEWAY STORES?

03:25PM 6   A.   THERE WERE NOT.

03:25PM 7   Q.   OKAY.   I WANT TO TAKE A MOMENT AND ASK YOU ABOUT VARIOUS

03:25PM 8   FINANCIAL PROJECTIONS THAT WERE SHOWN IN DOCUMENTS THAT WERE

03:25PM 9   SHARED WITH THE BOARD OF DIRECTORS OF THERANOS AND INVESTORS

03:25PM 10  AND OTHERS.

03:25PM 11       DO YOU RECALL TESTIMONY FROM MS. PETERSON ABOUT RECEIVING

03:25PM 12  CERTAIN FINANCIAL PROJECTIONS CONCERNING THERANOS?

03:25PM 13  A.   I DO.

03:25PM 14  Q.   LET ME ASK YOU, WAS THERE A PROCESS FOR PREPARING

03:25PM 15  FINANCIAL DOCUMENTS AT THERANOS?

03:25PM 16  A.   YES.

03:25PM 17  Q.   AND WHO WAS IN CHARGE OF PREPARATION OF FINANCIAL

03:26PM 18  DOCUMENTS AND PROJECTIONS AT THERANOS?

03:26PM 19  A.   SUNNY BALWANI.

03:26PM 20  Q.   WERE FINANCIAL UPDATES, INCLUDING PROJECTIONS, SOMETIMES

03:26PM 21  PROVIDED TO THERANOS'S BOARD?

03:26PM 22  A.   THEY WERE.

03:26PM 23  Q.   TYPICALLY HOW OFTEN WERE SUCH PROJECTIONS PROVIDED TO

03:26PM 24  THERANOS'S BOARD?

03:26PM 25  A.   FOUR TIMES A YEAR AT EACH BOARD MEETING.

7657

03:26PM  1    Q.   OKAY.  LET ME ASK YOU TO LOOK AT EXHIBIT 15032.

03:26PM  2    A.   OKAY.

03:26PM  3    Q.   IS EXHIBIT 15032 A PACKET OF MATERIALS THAT WAS PREPARED

03:27PM  4    FOR THE BOARD OF DIRECTORS OF THERANOS IN JULY OF 2014?

03:27PM  5    A.   IT IS.

03:27PM  6            MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:27PM  7    15032.

03:27PM  8            MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:27PM  9            THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:27PM 10        (DEFENDANT'S EXHIBIT 15032 WAS RECEIVED IN EVIDENCE.)

03:27PM 11            MR. DOWNEY:  YOUR HONOR, I SHOULD NOTE FOR THE

03:27PM 12    RECORD THAT I'M NOT SURE THAT 15032 INCLUDES ALL OF THE

03:27PM 13    MATERIALS IN THIS PACKET.  I HAVE NO OBJECTION TO THOSE BEING

03:27PM 14    ADDED, AND I'LL CONFER WITH MR. LEACH AND SEE IF HE HAS ANY

03:27PM 15    DESIRE TO DO THAT.  I'M ONLY GOING TO REFER TO A VERY SMALL

03:27PM 16    PORTION OF THIS.

03:27PM 17            THE COURT:  ALL RIGHT.  THIS SECTION ENDS AT BATES

03:27PM 18    541870?

03:27PM 19            MR. DOWNEY:  THAT'S CORRECT, YOUR HONOR.

03:28PM 20            THE COURT:  ALL RIGHT.  IT'S ADMITTED.  IT MAY BE

03:28PM 21    PUBLISHED.  THANK YOU.

03:28PM 22    BY MR. DOWNEY:

03:28PM 23    Q.   LET ME GO TO -- DO YOU SEE THAT THESE ARE BOARD MATERIALS

03:28PM 24    FOR THAT JULY MEETING?

03:28PM 25    A.   YES.

7658

03:28PM  1     Q.   IF YOU GO TO THE NEXT PAGE, DO YOU SEE THAT THERE'S AN

03:28PM  2     AGENDA SET FORTH FOR THIS MEETING?

03:28PM  3     A.   I DO.

03:28PM  4     Q.   AND WOULD THERE TYPICALLY BE AN AGENDA FOR BOARD OF

03:28PM  5     DIRECTORS MEETINGS AT THERANOS?

03:28PM  6     A.   YES.

03:28PM  7     Q.   AND WOULD A FINANCIAL PLAN OR A FINANCIAL STRUCTURE FOR

03:28PM  8     THE COMPANY TYPICALLY BE ONE ITEM THAT WOULD BE DISCUSSED WITH

03:28PM  9     THE BOARD OF DIRECTORS?

03:28PM  10    A.   YES.

03:28PM  11    Q.   AND DO YOU SEE THAT THERE WAS AN ENTRY FOR, ON THE AGENDA

03:28PM  12    FOR A FINANCIAL PLAN AND STRUCTURE DISCUSSION BETWEEN 1:30 AND

03:28PM  13    3:00 P.M. AT THIS PARTICULAR BOARD MEETING?

03:28PM  14    A.   I DO.

03:28PM  15    Q.   LET ME ASK YOU TO GO FORWARD TO PAGE 5 OF THIS DOCUMENT.

03:29PM  16         AND DO YOU SEE THAT THIS DOCUMENT IS LABELLED PROJECTED

03:29PM  17    STATEMENT OF INCOME?

03:29PM  18    A.   I DO.

03:29PM  19    Q.   WHAT IS THIS DOCUMENT?

03:29PM  20    A.   THIS IS THE OUTPUT OF A MODEL SUNNY HAD WITH PROJECTIONS

03:29PM  21    ON WHAT OUR INCOME COULD BE FOR 2014 AND 2015.

03:29PM  22    Q.   AND WAS THIS PROVIDED TO THE BOARD OF DIRECTORS FOR

03:29PM  23    PURPOSES OF DISCUSSION AT THAT MEETING?

03:29PM  24    A.   IT WAS.

03:29PM  25    Q.   I'D LIKE TO ASK YOU TO LOOK AT THE ITEMS NEXT TO THE -- DO

| 03:29PM | 1 | YOU SEE ON THE LEFT-HAND COLUMN THERE'S A REVENUE COLUMN? |
|---|---|---|

03:29PM 1   YOU SEE ON THE LEFT-HAND COLUMN THERE'S A REVENUE COLUMN?

03:29PM 2   A.   YES.

03:29PM 3   Q.   AND DO YOU SEE UNDER THAT AT THE BOTTOM OF THAT SECTION

03:29PM 4   THERE'S TOTAL REVENUE?

03:29PM 5   A.   YES.

03:29PM 6   Q.   AND DO YOU SEE IT PROJECTS $140 MILLION IN TOTAL REVENUE

03:30PM 7   FOR 2014?

03:30PM 8   A.   I DO.

03:30PM 9   Q.   AND DO YOU SEE THAT IT PROJECTS $990 MILLION FOR 2015?

03:30PM 10   A.   YES.

03:30PM 11   Q.   AND IS THIS A PROJECTED INCOME STATEMENT FOR 2014 AND '15?

03:30PM 12   A.   YES.

03:30PM 13   Q.   LET ME ASK YOU TO LOOK NEXT AT PAGE 7 OF THE DOCUMENT.

03:30PM 14        AND DO YOU SEE THAT ON PAGE 7 -- WHAT IS PAGE 7?

03:30PM 15   A.   PAGE 7 LOOKS LIKE A BALANCE SHEET FOR THERANOS AS OF JULY

03:30PM 16   OF 2014.

03:30PM 17   Q.   AND DO YOU SEE UNDER THE -- ABOUT TWO-THIRDS OF THE WAY

03:31PM 18   DOWN THERE'S A LINE ITEM FOR DEFERRED REVENUE AND CUSTOMERS'

03:31PM 19   DEPOSITS?

03:31PM 20   A.   YES.

03:31PM 21   Q.   AND DO YOU SEE THE AMOUNT LISTED THERE?

03:31PM 22   A.   I DO.

03:31PM 23   Q.   AND WHAT IS THAT AMOUNT?

03:31PM 24   A.   168 MILLION.

03:31PM 25   Q.   IF YOU GO BACK TO PAGE 5, DO YOU SEE THAT THE -- WITHIN

7660

03:31PM   1    TOTAL REVENUE THERE APPEARS TO BE A PROJECTION OF

03:31PM   2    $140 MILLION --

03:31PM   3    A.   YES.

03:31PM   4    Q.   -- FOR THE BALANCE -- FOR THE YEAR END 2014?

03:31PM   5    A.   I DO.

03:31PM   6    Q.   AND YEAR END 2014 WOULD BE ABOUT SIX MONTHS OR SO AFTER

03:31PM   7    THIS MEETING?

03:31PM   8    A.   YES.

03:31PM   9    Q.   DO YOU KNOW IF SOME OF THE REVENUE THAT WOULD BE --

03:31PM   10   CONSTITUTE PART OF THE $140 MILLION WOULD BE THAT $168 MILLION

03:31PM   11   THAT IS ON THE BALANCE SHEET?

03:31PM   12   A.   I UNDERSTOOD IT WAS, YES.

03:31PM   13   Q.   DID YOU HAVE AN UNDERSTANDING WHEN AND HOW DEFERRED

03:32PM   14   REVENUE COULD BE RECOGNIZED?

03:32PM   15   A.   NOT SPECIFICALLY, JUST THAT THESE WERE MONIES THAT WE HAD

03:32PM   16   ALREADY RECEIVED FROM CUSTOMERS.

03:32PM   17   Q.   AND HAD THERANOS RECOGNIZED SOME PORTION OF THAT

03:32PM   18   $168 MILLION, WOULD IT HAVE BEEN ABLE TO MEET THE PROJECTION

03:32PM   19   FOR $140 MILLION THAT'S CONTAINED IN THIS DOCUMENT?

03:32PM   20   A.   YES.

03:32PM   21   Q.   NOW, I BELIEVE YOU TESTIFIED A MOMENT AGO THAT MR. BALWANI

03:32PM   22   PREPARED THESE DOCUMENTS.

03:32PM   23   A.   HE DID.

03:32PM   24   Q.   LET ME SHOW YOU -- ASK YOU TO LOOK AT EXHIBIT 15031.

03:33PM   25   A.   OKAY.

03:33PM  1    Q.   AND IS THIS AN EMAIL FROM MR. BALWANI TO YOU?

03:33PM  2    A.   IT IS.

03:33PM  3              MR. DOWNEY:  YOUR HONOR, I MOVE THE ADMISSION OF

03:33PM  4    15031.

03:33PM  5              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:33PM  6              THE COURT:  IT'S ADMITTED.  IT MAY BE PUBLISHED.

03:33PM  7         (DEFENDANT'S EXHIBIT 15031 WAS RECEIVED IN EVIDENCE.)

03:33PM  8    BY MR. DOWNEY:

03:33PM  9    Q.   THIS IS AN EMAIL WITH AN ATTACHMENT SENT BY YOU -- SENT TO

03:33PM 10    YOU BY MR. BALWANI.

03:33PM 11         DO YOU SEE THAT?

03:33PM 12    A.   I DO.

03:33PM 13    Q.   AND IF YOU LOOK AT THE ATTACHMENT BEGINNING ON PAGE 2 OF

03:33PM 14    THE DOCUMENT, DO YOU SEE PAGE 2?

03:33PM 15    A.   YES.

03:33PM 16    Q.   AND DO YOU SEE THAT THE ATTACHMENT TO THIS DOCUMENT IS THE

03:33PM 17    SAME CONTENT THAT IS THE FINANCIAL OR PROJECTED STATEMENT OF

03:33PM 18    INCOME CONTAINED WITHIN EXHIBIT 15032?

03:33PM 19    A.   I DO.

03:33PM 20    Q.   IN OTHER WORDS, THIS IS THE SAME CONTENT THAT WAS USED IN

03:34PM 21    CONNECTION WITH THE BOARD OF DIRECTORS MEETING?

03:34PM 22    A.   YES.

03:34PM 23    Q.   BUT AS YOU UNDERSTOOD IT, DID MR. BALWANI PREPARE THIS?

03:34PM 24    A.   HE DID.

03:34PM 25    Q.   NOW, I WOULD ASK YOU TO ALSO TAKE A MOMENT AND LOOK AT

7662

03:34PM  1   EXHIBIT 1853, WHICH HAS ALREADY BEEN ADMITTED INTO EVIDENCE.

03:34PM  2        AND DO YOU REMEMBER THAT 1853 IS A DOCUMENT THAT

03:34PM  3   MS. PETERSON DISCUSSED DURING HER TESTIMONY HERE?

03:34PM  4   A.   I DO.

03:34PM  5   Q.   IF YOU LOOK AT THIS, IS THIS ALSO A PROJECTED STATEMENT OF

03:34PM  6   INCOME?

03:34PM  7   A.   YES.

03:34PM  8   Q.   AND IT HAS HANDWRITING ON THE DOCUMENT.

03:35PM  9        DO YOU SEE THAT?

03:35PM  10  A.   I DO.

03:35PM  11  Q.   AND OTHER THAN THIS HANDWRITING, IS THIS DOCUMENT

03:35PM  12  IDENTICAL TO THE DOCUMENT THAT MR. BALWANI SENT TO YOU AND THE

03:35PM  13  DOCUMENT THAT WAS SHARED WITH THE BOARD OF DIRECTORS OF

03:35PM  14  THERANOS IN JULY OF 2014?

03:35PM  15  A.   IT IS.

03:35PM  16  Q.   WHEN WAS YOUR MEETING WITH THE DEVOS FAMILY OR

03:35PM  17  REPRESENTATIVES OF THE DEVOS FAMILY, INCLUDING MS. PETERSON?

03:35PM  18  A.   I THINK IT WAS SEPTEMBER OF 2014, OR MAYBE OCTOBER OF

03:35PM  19  2014.

03:35PM  20  Q.   OKAY.  AND DID THE THERANOS BOARD MEET AGAIN IN OCTOBER OF

03:35PM  21  2014?

03:35PM  22  A.   YES.

03:35PM  23  Q.   AND LET ME ASK YOU TO LOOK AT EXHIBIT 15033.

03:36PM  24  A.   OKAY.

03:36PM  25  Q.   IS THIS ANOTHER SET OF MATERIALS GIVEN TO THE BOARD?

7663

03:36PM  1    A.   IT IS.

03:36PM  2              MR. DOWNEY:  I MOVE THE ADMISSION OF 15033.

03:36PM  3              MR. LEACH:  NO OBJECTION, YOUR HONOR.

03:36PM  4              THE COURT:  IT'S ADMITTED.

03:36PM  5         (DEFENDANT'S EXHIBIT 15033 WAS RECEIVED IN EVIDENCE.)

03:36PM  6    BY MR. DOWNEY:

03:36PM  7    Q.   DO YOU SEE THAT THIS IS DATED OCTOBER 21ST, 2014?

03:36PM  8    A.   I DO.

03:36PM  9    Q.   AND IF YOU GO TO THE NEXT PAGE.

03:36PM  10        DO YOU SEE ON THE AGENDA THERE'S ANOTHER SCHEDULED

03:36PM  11   DISCUSSION OF FINANCIAL PLAN AND STRUCTURE?

03:36PM  12   A.   YES.

03:36PM  13   Q.   AND IF YOU GO TO PAGE 5, DO YOU SEE THAT THERE'S ANOTHER

03:36PM  14   PROJECTED STATEMENT OF INCOME AS OF OCTOBER, 2014?

03:37PM  15   A.   I DO.

03:37PM  16   Q.   AND DO YOU SEE THAT IN THIS PROJECTED STATEMENT OF INCOME

03:37PM  17   THAT THE TOTAL REVENUE THAT IS BEING PROJECTED FOR 2014 IS

03:37PM  18   ABOUT $126,000?

03:37PM  19        DO YOU SEE THAT?

03:37PM  20   A.   YES.  I THINK IT'S 126 MILLION.

03:37PM  21   Q.   I'M SORRY, $126 MILLION.

03:37PM  22        AND THAT'S A LITTLE BIT LESS THAN WE HAD SEEN IN JULY?

03:37PM  23   A.   YES.

03:37PM  24   Q.   BUT THAT WAS -- WAS THAT STILL LESS THAN THE AMOUNT OF

03:37PM  25   DEFERRED REVENUE THAT WAS SITTING ON THE COMPANY'S BOOKS?

```
03:37PM   1        A.   IT IS.

03:37PM   2        Q.   NOW, DO YOU SEE IN THE RIGHT-HAND COLUMN HERE THAT THERE

03:37PM   3   IS ALSO A PROJECTION OF FINANCIAL PERFORMANCE FOR 2015?

03:37PM   4        A.   YES.

03:37PM   5        Q.   AND DID YOU SEE THAT THERE WERE PROJECTED PERFORMANCES FOR

03:37PM   6   2015 IN THE OTHER DOCUMENTS THAT WE LOOKED AT IN EXHIBIT 15 --

03:37PM   7   I'M SORRY, IN EXHIBIT 1853, THE DOCUMENT WITH -- GIVEN TO

03:38PM   8   MS. PETERSON?

03:38PM   9        A.   I DID.

03:38PM  10        Q.   AND IN EXHIBIT 15032, WHICH WERE THE PACKET GIVEN FOR THE

03:38PM  11   JULY 2014 BOARD MEETING?

03:38PM  12        A.   YES.

03:38PM  13        Q.   WHO PREPARED THOSE PROJECTIONS FOR 2015?

03:38PM  14        A.   MR. BALWANI.

03:38PM  15        Q.   AND DID YOU HAVE AN UNDERSTANDING AS TO THE PROCESS HE

03:38PM  16   WENT THROUGH TO PREPARE THOSE PROJECTIONS?

03:38PM  17        A.   I DID GENERALLY.

03:38PM  18        Q.   CAN YOU DESCRIBE YOUR GENERAL UNDERSTANDING?

03:38PM  19        A.   YES.  HE BUILT A MODEL WITH A NUMBER OF ASSUMPTIONS ABOUT

03:38PM  20   HOW MANY STORES THERANOS WOULD ROLL OUT TO AND OTHER WORK WITH

03:38PM  21   PHYSICIANS OR HOSPITAL SYSTEMS SENDING US SAMPLES.

03:38PM  22        AND BASED ON THOSE ASSUMPTIONS, THESE WERE THE PROJECTIONS

03:38PM  23   FOR THAT MODEL.

03:38PM  24        Q.   AND DID YOU UNDERSTAND THAT HE WOULD ADJUST THE

03:38PM  25   PROJECTIONS BASED ON CHANGES IN ASSUMPTIONS?
```

03:38PM 1      A.   I DID.

03:38PM 2      Q.   AND WERE THOSE NUMBERS GENERATED BY THAT MODEL TYPICALLY

03:39PM 3      THE NUMBERS OF PROJECTED INCOME THAT WERE SHARED WITH INVESTORS

03:39PM 4      WHEN THEY ASKED FOR SUCH PROJECTIONS?

03:39PM 5      A.   YES.   I UNDERSTOOD HE ACTUALLY SHOWED THE MODEL ALSO AND

03:39PM 6      ITS OUTPUTS.

03:39PM 7      Q.   OKAY.   HOW DID YOU UNDERSTAND THAT?

03:39PM 8      A.   BECAUSE HE TOLD ME THAT.

03:39PM 9      Q.   LET ME TURN FROM THE SUBJECT OF PROJECTED STATEMENTS OF

03:39PM 10     INCOME TO THE SUBJECT OF THE DEPARTMENT OF DEFENSE.

03:39PM 11     A.   OKAY.

03:39PM 12     Q.   DO YOU RECALL THAT MR. EDLIN TESTIFIED ABOUT THERANOS'S

03:39PM 13     RELATIONSHIP WITH CERTAIN PARTS OF THE DEPARTMENT OF DEFENSE?

03:39PM 14     A.   I DO.

03:39PM 15     Q.   AND DO YOU RECALL GENERAL MATTIS TESTIFIED ON THAT SUBJECT

03:39PM 16     AS WELL?

03:39PM 17     A.   I DO.

03:39PM 18     Q.   YESTERDAY WHEN WE WERE TALKING ABOUT THE DEPARTMENT OF

03:39PM 19     DEFENSE, I ASKED YOU ABOUT THERANOS EXPLORING A RELATIONSHIP

03:39PM 20     WITH AN ENTITY CALLED TATRC.

03:39PM 21          DO YOU REMEMBER THAT?

03:39PM 22     A.   YES.

03:39PM 23     Q.   AND I THINK YOU TESTIFIED THAT THAT NEVER MATERIALIZED

03:40PM 24     INTO ANY KIND OF A RELATIONSHIP.

03:40PM 25     A.   I DID.

03:40PM 1    Q.   AFTER 2010, WAS THERANOS WORKING ON ITS 4.0 SYSTEM?

03:40PM 2    A.   WE WERE.

03:40PM 3    Q.   AND DID THERANOS BEGIN TO TALK AGAIN TO REPRESENTATIVES OF

03:40PM 4    VARIOUS PARTS OF THE DEPARTMENT OF DEFENSE ABOUT POTENTIALLY

03:40PM 5    ENTERING INTO PARTNERSHIPS?

03:40PM 6    A.   YES.

03:40PM 7    Q.   WHAT WERE SOME OF THE OFFICES OR COMMANDS WITHIN THE

03:40PM 8    DEPARTMENT OF DEFENSE WHERE THERANOS PURSUED RELATIONSHIPS?

03:40PM 9    A.   AGAIN, THERE WERE SEVERAL.  THE THREE THAT WE FOCUSSED THE

03:40PM 10   MOST ON WERE CENTRAL COMMAND, SPECIAL OPERATIONS COMMAND, AND

03:40PM 11   AFRICA COMMAND.

03:40PM 12   Q.   AND YOU MENTIONED YESTERDAY THAT YOU HAD ESTABLISHED A

03:40PM 13   RELATIONSHIP THROUGH YOUR EFFORTS WITH TATRC WITH AN ARMY

03:41PM 14   PHYSICIAN NAMED DR. KEVIN CHUNG; IS THAT RIGHT?

03:41PM 15   A.   YES, YES.

03:41PM 16   Q.   AND WAS HE SOMEONE THAT YOU MET IN 2008 OR SO?

03:41PM 17   A.   I THINK SO.

03:41PM 18   Q.   AND DID THERANOS ULTIMATELY AGREE TO ENTER INTO A

03:41PM 19   PARTNERSHIP WITH DR. CHUNG?

03:41PM 20   A.   YES.

03:41PM 21   Q.   AND CAN YOU DESCRIBE WHAT WAS THE SUBJECT MATTER OF THE

03:41PM 22   PARTNERSHIP THAT DR. CHUNG AND THERANOS WERE WORKING ON

03:41PM 23   TOGETHER?

03:41PM 24   A.   YES.  THAT PARTNERSHIP WAS FOCUSSED ON BURN PATIENTS WHO

03:41PM 25   HAD UNDERGONE TRAUMA AND THE ABILITY TO PREDICT THE ONSET OF

7667

03:41PM  1    INFECTION IN THOSE PATIENTS AND HOW WELL AN INFECTION COULD BE

03:41PM  2    MANAGED BASED ON PUTTING FILTERS INTO THEIR KIDNEYS.

03:41PM  3    Q.   AND WHAT ROLE DID DR. CHUNG WANT THERANOS TO PLAY WITH

03:41PM  4    REGARD TO HIS STUDY?

03:41PM  5    A.   DR. CHUNG ASKED US TO MEASURE SEVERAL MARKERS OF

03:41PM  6    INFLAMMATION ON VERY SMALL SAMPLES TO HELP QUANTIFY HOW WELL

03:42PM  7    THE KIDNEY FILTERS WERE WORKING.

03:42PM  8    Q.   AND WHERE WAS DR. CHUNG OPERATING THIS STUDY OUT OF?

03:42PM  9    A.   HE RAN IT OUT OF THE ARMY INSTITUTE FOR SURGICAL RESEARCH

03:42PM  10   IN TEXAS.

03:42PM  11   Q.   AND WERE OTHER HOSPITALS INVOLVED IN THAT STUDY OTHER THAN

03:42PM  12   THE ARMY INSTITUTE FOR SURGICAL RESEARCH?

03:42PM  13   A.   YES.

03:42PM  14   Q.   NOW, TO PARTICIPATE IN THAT STUDY WITH DR. CHUNG AND THE

03:42PM  15   ARMY INSTITUTE, DID THERANOS HAVE TO DEVELOP SPECIFIC

03:42PM  16   CARTRIDGES THAT WOULD BE REQUIRED FOR THE STUDY TO BE RUN?

03:42PM  17   A.   WE DID.

03:42PM  18   Q.   AND DID THE COMPANY DO THAT?

03:42PM  19   A.   YES.

03:42PM  20   Q.   AND DID DR. CHUNG PROCEED WITH THE STUDY OF BURN PATIENTS

03:42PM  21   AT SOME POINT AFTER 2010?

03:42PM  22   A.   HE DID.

03:42PM  23   Q.   HOW LONG DID THAT STUDY TAKE TO CONDUCT?

03:43PM  24   A.   SEVERAL YEARS.

03:43PM  25   Q.   CAN YOU TELL US THE ROLE THAT THERANOS DEVICES PLAYED

03:43PM  1    WITHIN THE SITES WHERE THAT STUDY WAS BEING CONDUCTED?

03:43PM  2    A.   WE PLACED THERANOS DEVICES IN BURN HOSPITALS ACROSS THE

03:43PM  3    U.S.

03:43PM  4    Q.   AND WOULD THOSE DEVICES BE USED TO PERFORM BLOOD TESTS ON

03:43PM  5    PATIENTS, BURN PATIENTS WHO WERE THE OBJECT OF THE STUDY?

03:43PM  6    A.   THEY WERE.

03:43PM  7    Q.   HOW LONG DID THAT STUDY CONTINUE FOR?

03:43PM  8    A.   I WANT TO SAY FOUR YEARS.  I'M NOT QUITE SURE, BUT IT WAS

03:43PM  9    SEVERAL YEARS.

03:43PM  10   Q.   AND WHO WAS RESPONSIBLE FOR MANAGING THAT PROJECT AT

03:43PM  11   THERANOS?

03:43PM  12   A.   IT MIGHT HAVE BEEN SIX YEARS.

03:43PM  13        IT WAS MANAGED BY DR. YOUNG ON THE SCIENTIFIC SIDE AND BY

03:43PM  14   DAN EDLIN ON THE PROGRAM MANAGEMENT SIDE.

03:43PM  15   Q.   AND DID DR. CHUNG ULTIMATELY PREPARE THE RESULTS OF HIS

03:44PM  16   STUDY IN A PAPER?

03:44PM  17   A.   HE DID.

03:44PM  18   Q.   AND DID HE PUBLISH THE RESULTS OF THAT STUDY?

03:44PM  19   A.   YES.

03:44PM  20   Q.   AND WHAT DID YOU UNDERSTAND ABOUT THERANOS, THE ROLE --

03:44PM  21   WHAT DID YOU UNDERSTAND ABOUT THERANOS'S TECHNOLOGY AS A RESULT

03:44PM  22   OF THAT STUDY?

03:44PM  23   A.   I UNDERSTOOD THAT OUR SYSTEMS HAD PERFORMED WELL.

03:44PM  24        I UNDERSTOOD ALSO THAT BECAUSE IT IS SO HARD TO ENROLL

03:44PM  25   BURN PATIENTS INTO CLINICAL STUDIES, WE NEEDED MORE PATIENTS TO

7669

```
03:44PM   1        BE ABLE TO REALLY SEE TRENDS IN THESE MARKERS TO PREDICT HOW

03:44PM   2        WELL THE KIDNEY FILTERS WERE WORKING, AND THAT MORE STUDIES

03:44PM   3        WOULD BE REQUIRED.

03:44PM   4             BUT WE HAD BEEN RUNNING THE STUDY FOR SEVERAL YEARS, AND

03:44PM   5        SO DR. CHUNG MADE THE DECISION TO COMPLETE THE STUDY AT SOME

03:44PM   6        POINT.

03:44PM   7        Q.   NOW, WERE THE DEVICES THAT DR. CHUNG USED IN CONNECTION

03:44PM   8        WITH THAT STUDY, WERE THEY 4 SERIES DEVICES OR 3 SERIES

03:45PM   9        DEVICES?

03:45PM  10        A.   THEY WERE 3 SERIES DEVICES.

03:45PM  11        Q.   AND WHY WAS THAT?

03:45PM  12        A.   BECAUSE THE TECHNOLOGY THAT WE NEEDED TO MONITOR THE

03:45PM  13        MARKERS THAT DR. CHUNG WANTED TO MONITOR COULD BE DONE WITH THE

03:45PM  14        3 SERIES DEVICE.

03:45PM  15        Q.   AND WAS THERANOS PAID FOR THIS STUDY?

03:45PM  16        A.   YES.

03:45PM  17        Q.   AND DID THERANOS CONTINUE TO SEEK TO WORK WITH DR. CHUNG

03:45PM  18        IN OTHER CONTEXTS WITHIN DOD?

03:45PM  19        A.   WE DID.

03:45PM  20        Q.   ALL RIGHT.  AT SOME POINT DID THERANOS BEGIN TO PURSUE A

03:45PM  21        RELATIONSHIP WITH THE UNITED STATES AFRICAN COMMAND?

03:45PM  22        A.   YES.

03:45PM  23        Q.   AND THAT'S SOMETIMES REFERRED TO AS AFRICOM?

03:45PM  24        A.   YES.

03:45PM  25        Q.   WHEN DO YOU -- DID THERANOS FIRST BEGIN TALKING TO AFRICOM
```

7670

03:45PM  1    ABOUT A POTENTIAL PARTNERSHIP?

03:46PM  2    A.   I THINK IT WAS IN 2012.

03:46PM  3    Q.   OKAY.  AND CAN YOU EXPLAIN WHAT AFRICOM IS, OR WHAT THAT

03:46PM  4    ABBREVIATION STANDS FOR?

03:46PM  5    A.   I UNDERSTAND IT TO BE THE UNITED STATES COMMAND FOR

03:46PM  6    OPERATIONS IN AFRICA.

03:46PM  7    Q.   DID YOU HAVE AN UNDERSTANDING OF WHAT THE U.S. -- WHAT

03:46PM  8    KINDS OF OPERATIONS THE U.S. MILITARY WAS RUNNING IN AFRICA AT

03:46PM  9    THAT TIME?

03:46PM  10   A.   I UNDERSTOOD THERE WERE SPECIAL OPERATIONS IN AFRICA.

03:46PM  11   Q.   WHO WAS THE PRIMARY PERSON FROM AFRICOM WHO YOU BEGAN TO

03:46PM  12   DISCUSS THIS PROJECT WITH?

03:46PM  13   A.   COLONEL GIVENS.

03:46PM  14   Q.   COLONEL GIBBONS?

03:46PM  15   A.   GIVENS.

03:46PM  16   Q.   AND WHO WAS COLONEL GIVENS?

03:46PM  17   A.   SHE WAS A -- I THINK SHE LED THE MEDICAL COMMAND FOR

03:46PM  18   SPECIAL OPERATIONS IN AFRICA.

03:46PM  19   Q.   AND HOW WERE YOU FIRST INTRODUCED TO HER?

03:47PM  20   A.   I THINK THROUGH OTHERS THAT WE HAD BEEN INTERACTING WITH

03:47PM  21   IN SPECIAL OPERATIONS COMMAND.

03:47PM  22   Q.   AND DID COLONEL GIVENS INDICATE TO YOU OR OTHERS AT

03:47PM  23   THERANOS THAT SHE WAS INTERESTED IN TESTING THERANOS'S

03:47PM  24   TECHNOLOGY IN AFRICA?

03:47PM  25   A.   SHE DID.

7671

03:47PM  1    Q.   AND DID YOU HAVE AN UNDERSTANDING AS TO WHAT SHE WANTED TO

03:47PM  2    TEST ABOUT THE DEVICE?

03:47PM  3    A.   YES.

03:47PM  4    Q.   AND WHAT DID SHE WANT TO TEST?

03:47PM  5    A.   SHE WANTED TO TEST HOW WELL THE DEVICE COULD BE

03:47PM  6    TRANSPORTED INTO VERY REMOTE AREAS, HOW WELL IT COULD WITHSTAND

03:47PM  7    VERY EXTREME TEMPERATURES AS HIGH AS 120 DEGREES, AND WHETHER

03:47PM  8    WE COULD BUILD AN APPLICATION OF SOFTWARE THAT COULD RUN ON THE

03:47PM  9    TOUCHSCREEN TO HELP PEOPLE WHO WERE NOT MEDICAL PERSONNEL

03:47PM 10    DIAGNOSE CONDITIONS IN REMOTE AREAS.

03:47PM 11    Q.   AND DID YOU ULTIMATELY ENTER INTO AN AGREEMENT WITH

03:47PM 12    AFRICOM TO RUN THAT TEST?

03:47PM 13    A.   YES.

03:48PM 14    Q.   LET ME ASK YOU TO LOOK AT EXHIBIT 12251.  THIS IS ALREADY

03:48PM 15    IN EVIDENCE.

03:48PM 16        AND DO YOU SEE THAT THIS IS AN EMAIL THAT DR. GIVENS SENT

03:48PM 17    TO YOU AND OTHERS AT THERANOS IN MAY OF 2012?

03:48PM 18    A.   I DO.

03:48PM 19    Q.   AND DO YOU SEE THAT SHE DESCRIBES IN THAT EMAIL THAT SHE

03:48PM 20    IS SENDING YOU A SHELL OF A PROTOCOL?

03:48PM 21    A.   YES.

03:48PM 22    Q.   AND WAS THIS THE PROTOCOL THAT WAS DESIGNED TO, TO GOVERN

03:48PM 23    THE TEST THAT DR. GIVENS WOULD RUN IN AFRICA?

03:48PM 24    A.   YES.

03:48PM 25    Q.   LET ME ASK YOU TO LOOK AT PAGE 3 OF THIS EXHIBIT.

7672

```
03:48PM   1            AND DO YOU SEE THAT THE PROTOCOL NAME WAS THE "UTILITY OF

03:49PM   2       PORTABLE ENHANCED LABORATORY DEVICE TO SUPPORT SOF FORCES IN

03:49PM   3       AUSTERE ENVIRONMENTS ON THE AFRICAN CONTINENT"?

03:49PM   4       A.   I DO.

03:49PM   5       Q.   AND WHAT DID YOU UNDERSTAND SOF TO BE A REFERENCE TO?

03:49PM   6       A.   SPECIAL OPERATIONS.

03:49PM   7       Q.   AND THERE'S A RESEARCH SITE IDENTIFIED UNDERNEATH THAT?

03:49PM   8       A.   YES.

03:49PM   9       Q.   AND DO YOU SEE THAT IT IDENTIFIES MULTIPLE LOCATIONS

03:49PM  10       WITHIN THE SOC AFRICA AREA?

03:49PM  11       A.   I DO.

03:49PM  12       Q.   AND IS THAT ANOTHER WAY OF DENOTING AFRICOM?

03:49PM  13       A.   YES.

03:49PM  14       Q.   AND DO YOU SEE THAT IT SAYS RESEARCH SITES WILL BE REMOTE

03:49PM  15       AREAS OCCUPIED BY AFRICOM?

03:49PM  16       A.   YES.

03:49PM  17       Q.   AND IT NOTES THAT THOSE AREAS WILL NOT HAVE THE ENDEMIC

03:49PM  18       MEDICAL FACILITIES THAT MEET WESTERN STANDARDS.

03:49PM  19            DO YOU SEE THAT?

03:49PM  20       A.   I DO.

03:49PM  21       Q.   AND SO DID YOU UNDERSTAND THAT THESE WERE THE PROTOCOLS

03:50PM  22       AND THE CONDITIONS UNDER WHICH THAT EVALUATION WOULD BE RUN?

03:50PM  23       A.   YES.

03:50PM  24       Q.   NOW, LET ME ASK YOU TO GO TO THE BOTTOM OF THAT SAME PAGE.

03:50PM  25       IF WE CAN BLOW THIS PROSE UP.
```

7673

03:50PM 1        I WANT TO DIRECT YOUR ATTENTION TO THE SECOND PARAGRAPH

03:50PM 2   UNDER BACKGROUND.

03:50PM 3        AND DO YOU SEE THAT THAT PARAGRAPH SAYS "BECAUSE UNITS IN

03:50PM 4   AFRICA HAVE MINIMAL MEDICAL SUPPORT (MOST OFTEN A TEAM MEDIC)

03:50PM 5   IT IS NOT UNUSUAL FOR A PATIENT TO BE TRANSPORTED SIGNIFICANT

03:50PM 6   DISTANCES TO UNDERGO DIAGNOSTIC TESTS AND RECEIVE CARE."

03:50PM 7        DO YOU SEE THAT?

03:50PM 8   A.   I DO.

03:50PM 9   Q.   AND THEN IT GOES ON TO DISCUSS WHAT THE EFFECTS OF TRYING

03:50PM 10  TO MOVE THOSE PATIENTS ARE.

03:50PM 11       DO YOU SEE THAT?

03:50PM 12  A.   YES.

03:50PM 13  Q.   AND WHAT DID YOU UNDERSTAND WERE THE CHALLENGES THAT WERE

03:50PM 14  FACING THE UNITS THAT THE AMERICAN MILITARY THAT WERE SERVING

03:51PM 15  IN AFRICA WITH REGARD TO MEDICAL SUPPORT?

03:51PM 16  A.   I UNDERSTOOD THAT WHEN PEOPLE WERE SERVING IN REMOTE

03:51PM 17  AREAS, IF A MEDICAL ISSUE HAPPENED, THEY WOULD OFTEN HAVE TO BE

03:51PM 18  EVACUATED OUT OF CONTINENT, AND THERE WAS NOT EFFECTIVE LOCAL

03:51PM 19  TRIAGE AND DIAGNOSTIC CAPABILITY TO HELP TAKE CARE OF THEM.

03:51PM 20  Q.   OKAY.  AND IF YOU LOOK AT THE SENTENCE THAT BEGINS,

03:51PM 21  "CURRENTLY" TOWARDS THE BOTTOM OF THAT PAGE.

03:51PM 22       DO YOU SEE THAT IT READS, "CURRENTLY, SOC AFRICA PRACTICE

03:51PM 23  IS TO EVACUATE PERSONNEL WHO REQUIRE CONFIRMATORY LABORATORY

03:51PM 24  TESTING WHEN A CERTIFIED HOST NATION LABORATORY IS NOT

03:51PM 25  AVAILABLE."

7674

03:51PM 1    DO YOU SEE THAT?

03:51PM 2    A.   I DO.

03:51PM 3    Q.   AND DID YOU UNDERSTAND THAT THIS WAS SOMETHING WHICH

03:51PM 4    UNFORTUNATELY WAS REQUIRED FREQUENTLY?

03:51PM 5    A.   I DID.

03:51PM 6    Q.   LET'S GO TO PAGE 4 OF THIS PROTOCOL THAT DR. GIVENS SENT

03:52PM 7    TO THERANOS IN 2012.

03:52PM 8    AND I'D LIKE TO LOOK AT THE LAST PARAGRAPH THERE THAT IS

03:52PM 9    SHOWN ON THE SCREEN THAT BEGINS "THE INTENT OF THIS STUDY."

03:52PM 10    DO YOU SEE THAT PARAGRAPH?

03:52PM 11    A.   YES.

03:52PM 12    Q.   AND IT SAYS, "THE INTENT OF THIS STUDY IS TO ESTABLISH

03:52PM 13    OPERATIONAL FUNCTIONALITY OF THERANOS LABORATORY SYSTEMS AND

03:52PM 14    QUANTIFY IMPACTS OF UTILIZING THESE SYSTEMS AT FORWARD DEPLOYED

03:52PM 15    LOCATIONS.  IF THERANOS SYSTEMS ARE SHOWN TO BE OPERATIONALLY

03:52PM 16    EFFECTIVE AND HAVE THE CAPACITY TO IMPROVE PATIENT CARE, REDUCE

03:52PM 17    COSTS, AND MITIGATE RISKS, SERVICE MEMBERS THROUGHOUT THE

03:52PM 18    ORGANIZATION WILL BENEFIT."

03:52PM 19    DO YOU SEE THAT?

03:52PM 20    A.   I DO.

03:52PM 21    Q.   SO IS THAT THE GOAL OF THE PROGRAM THAT THERANOS WAS

03:52PM 22    WORKING WITH DR. GIVENS TO DEVELOP IN AFRICA?

03:53PM 23    A.   YES.

03:53PM 24    Q.   AND DID THIS PROGRAM HAVE A HYPOTHESIS?

03:53PM 25    A.   THE HYPOTHESIS WAS THAT IF WE COULD ENABLE TESTING IN

7675

03:53PM 1     REALLY REMOTE AREAS, WE COULD MAKE A REAL IMPACT ON SURVIVAL.

03:53PM 2     Q.   NOW, FOR PURPOSES OF THE STUDY THAT YOU WERE DISCUSSING

03:53PM 3     WITH DR. GIVENS, DID SHE INTEND TO ACTUALLY USE THERANOS

03:53PM 4     DEVICES IN AFRICA AT THIS TIME FOR DIAGNOSTIC TESTING?

03:53PM 5     A.   NOT IN OUR FIRST STUDY.

03:53PM 6     Q.   OKAY.  AND WAS THAT A SUBJECT OF DISCUSSION BETWEEN YOU

03:53PM 7     AND DR. GIVENS?

03:53PM 8     A.   IT WAS.

03:53PM 9     Q.   DID THE COMPANY AND DR. GIVENS AGREE TO GO FORWARD WITH

03:53PM 10    THIS STUDY IN AFRICA?

03:53PM 11    A.   YES.

03:53PM 12    Q.   AND IN CONNECTION WITH GETTING READY TO CONDUCT THAT

03:53PM 13    STUDY, DID THERANOS CUSTOMIZE DEVICES THAT COULD BE USED?

03:53PM 14    A.   YES.

03:53PM 15    Q.   AND DID, IN FACT, DR. GIVENS TAKE THERANOS DEVICES TO

03:54PM 16    AFRICA FOR PURPOSES OF CONDUCTING A STUDY?

03:54PM 17    A.   YES.

03:54PM 18    Q.   HOW LONG DID IT TAKE FROM THE TIME THAT YOU BEGAN

03:54PM 19    DISCUSSING THE POSSIBILITY OF THIS STUDY IN 2012, HOW LONG DID

03:54PM 20    IT TAKE FROM THEN UNTIL THE ACTUAL TRANSPORT OF THE DEVICES TO

03:54PM 21    AFRICA FOR STUDY?

03:54PM 22    A.   ABOUT A MONTH, I THINK.

03:54PM 23    Q.   SO WAS THERANOS READY TO DO THAT STUDY?

03:54PM 24    A.   WE, WE GOT READY, YES.

03:54PM 25    Q.   WHY WERE YOU ABLE TO MOVE SO QUICKLY WITH RESPECT TO THIS

7676

03:54PM 1    PARTICULAR ENGAGEMENT WITH DOD?

03:54PM 2    A.   BECAUSE THIS ENGAGEMENT DID NOT REQUIRE TESTING ACTUAL

03:54PM 3    HUMAN SAMPLES, WHICH WOULD HAVE LED TO A WHOLE SERIES OF

03:54PM 4    ADDITIONAL REVIEW BOARD AND OTHER APPROVALS.

03:54PM 5    Q.   AND CAN YOU TELL US WHAT YOU UNDERSTOOD DR. GIVENS WAS

03:54PM 6    TRYING TO EVALUATE ABOUT THE DEVICE?

03:54PM 7    A.   I UNDERSTOOD SHE WAS TRYING TO EVALUATE HOW WELL IT WOULD

03:55PM 8    FUNCTION IN AN EXTREME ENVIRONMENT IN WHICH MOST EQUIPMENT SHUT

03:55PM 9    DOWN.

03:55PM 10    Q.   DID THE THERANOS DEVICE HAVE TO BE CUSTOMIZED IN ORDER TO

03:55PM 11    ALLOW IT TO PREPARE -- TO PARTICIPATE IN THIS STUDY?

03:55PM 12    A.   IT DID.

03:55PM 13    Q.   AND WHAT CUSTOMIZATION HAD TO BE MADE TO THE DEVICE?

03:55PM 14    A.   WE HAD TO DO WORK IN ENSURING THE DEVICE COULD PERFORM

03:55PM 15    WITH EXTREME HEAT AND ENSURING THE DEVICE COULD HANDLE

03:55PM 16    VIBRATION THAT WAS SIGNIFICANT.

03:55PM 17    Q.   AFTER THE STUDY WAS CONCLUDED, DID YOU LEARN WHAT THE

03:55PM 18    RESULTS OF THAT STUDY WERE?

03:55PM 19    A.   YES.

03:55PM 20    Q.   DID YOU LEARN THOSE FROM DR. GIVENS?

03:55PM 21    A.   YES.

03:55PM 22    Q.   AND WHAT DID SHE REPORT?

03:55PM 23    A.   SHE REPORTED THAT THE DEVICE HELD UP WELL.  SHE HAD

03:55PM 24    FEEDBACK ON THE TOUCHSCREEN, THAT THE TOUCHSCREEN ITSELF WAS

03:55PM 25    DIFFICULT TO USE.

7677

03:55PM 1    Q.   OKAY.

03:55PM 2         YOUR HONOR, I'M GOING TO START A NEW SECTION.  IT'S ABOUT

03:55PM 3    FIVE MINUTES TO 4:00.

03:56PM 4         I'M HAPPY TO START THAT AND FINISH ON TUESDAY WITHIN THAT

03:56PM 5    SAME SECTION, BUT I WOULD LEAVE IT TO YOUR HONOR?

03:56PM 6         THE COURT:  WHY DON'T WE, WHY DON'T WE BREAK NOW.

03:56PM 7    THANK YOU.  LET'S DO THAT.

03:56PM 8         LADIES AND GENTLEMEN, WE'LL HAVE OUR LONG RECESS NOW, OUR

03:56PM 9    THANKSGIVING RECESS NOW.

03:56PM 10        PLEASE RECALL THAT WE'LL RETURN ON THE 29TH, MONDAY, THE

03:56PM 11   29TH.  I ANTICIPATE WE WON'T BE ABLE TO START UNTIL PROBABLY

03:56PM 12   10:00 TO 10:30, SO IF YOU COULD COLLECT YOURSELVES ACCORDINGLY.

03:56PM 13   MY SENSE IS THAT BY 10:30 WE WILL BE ABLE TO START.

03:56PM 14        MS. HOLMES, YOU WILL HAVE TO COME BACK FOR THAT ALSO.

03:56PM 15        LADIES AND GENTLEMEN, LET ME REMIND YOU OF THE ADMONITION.

03:56PM 16   PLEASE, DURING THIS LONG BREAK, DO NOT READ, LISTEN TO, TALK TO

03:56PM 17   ANYONE OR IN ANY WAY TRY TO LEARN ANYTHING ABOUT THIS CASE.

03:56PM 18        DO NOT FORM ANY OPINIONS ABOUT ANYTHING IN THIS CASE.

03:56PM 19        WE'RE GOING TO HAVE THANKSGIVING IN THE NEXT COUPLE OF

03:56PM 20   DAYS, AND I REALIZE THAT MEANS STRONG FELLOWSHIP WITH FAMILIES,

03:57PM 21   GETTING TOGETHER WITH FAMILIES AND FRIENDS.

03:57PM 22        I JUST WANTED TO SAY, AT LEAST IN MY MIND, ONE OF THE

03:57PM 23   OBVIOUS THINGS IS THAT YOU'RE GOING TO SEE FAMILY MAYBE YOU

03:57PM 24   HAVEN'T SEEN FOR QUITE SOME TIME AND THEY MIGHT ASK YOU, GEE,

03:57PM 25   WHAT HAVE YOU BEEN UP TO?

03:57PM 1          (LAUGHTER.)

03:57PM 2              THE COURT:  AND IT CALLS UPON YOU TO REMEMBER,

03:57PM 3    PLEASE, THE ADMONITION.  YOU MAY BE ASKED QUESTIONS ABOUT THAT,

03:57PM 4    AND DO THE BEST YOU CAN TO PASS THE MASHED POTATOES AND NOT

03:57PM 5    ENGAGE ANY CONVERSATION WITH ANYONE.

03:57PM 6          YOU HAVE TO DO THAT.  I DON'T MEAN TO BE FLIP, BUT IT'S

03:57PM 7    IMPORTANT THAT YOU DISENGAGE.

03:57PM 8          AS I TOLD YOU IN THE PRELIMINARY INSTRUCTIONS, YOU'RE

03:57PM 9    PERMITTED TO TELL YOUR FAMILY, FRIENDS, AND EMPLOYERS THAT

03:57PM 10   YOU'RE IN A -- YOU'RE SERVING ON A JURY.  BUT YOU MAY NOT, YOU

03:57PM 11   MAY NOT DISCUSS ANYTHING ABOUT YOUR SERVICE HERE.

03:57PM 12         IT MAY BE THAT INDIVIDUALS TRY TO SPEAK TO YOU AND OFFER

03:57PM 13   OPINIONS AND THESE TYPES OF THINGS.  I WOULD ENCOURAGE YOU, YOU

03:58PM 14   JUST NEED TO WALK AWAY AS BEST YOU CAN.  AND MY SENSE IS THAT

03:58PM 15   YOUR FRIENDS AND FAMILY WILL RESPECT YOUR STATEMENTS WHEN YOU

03:58PM 16   TELL THEM YOU CAN'T DISCUSS THE CASE.

03:58PM 17         SO PLEASE BE CAREFUL ABOUT THAT.

03:58PM 18         ONE OTHER THING, TOO.  WE ARE STILL IN A PANDEMIC

03:58PM 19   SITUATION, AND WE'RE GETTING INTO THE FLU SEASON, SO PLEASE BE

03:58PM 20   SAFE.  MAKE GOOD CHOICES, ALL OF US.  THAT GOES TO ALL OF US.

03:58PM 21   PLEASE, PLEASE BE SAFE.  MAKE GOOD CHOICES.  DO WHAT YOU CAN TO

03:58PM 22   AVOID ANY POSSIBLE CONTACT WITH ANYTHING.  STAY HEALTHY.

03:58PM 23         WE WANT TO SEE YOU AGAIN MONDAY NEXT.

03:58PM 24         AND, AGAIN, WE'LL START ABOUT 10:00, 10:30, SOMETHING LIKE

03:58PM 25   THAT.

03:58PM   1         SO DO ENJOY YOUR TIME WITH YOUR FAMILY AND YOUR FRIENDS.

03:58PM   2    HAVE A GOOD LONG WEEKEND.  ENJOY.  WE'LL SEE YOU NEXT WEEK.

03:58PM   3    THANK YOU.

03:59PM   4         (JURY OUT AT 3:59 P.M.)

03:59PM   5             THE COURT:  YOU CAN STAND DOWN.  THANK YOU,

03:59PM   6    MS. HOLMES.

03:59PM   7         PLEASE BE SEATED.  THANK YOU.

03:59PM   8         THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:59PM   9    WEEKEND.  ALL COUNSEL AND MS. HOLMES ARE PRESENT.

03:59PM  10         COUNSEL, ANYTHING ELSE TO DISCUSS BEFORE WE BREAK?

03:59PM  11             MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.

03:59PM  12             MR. DOWNEY:  YOUR HONOR, TWO QUICK THINGS.

03:59PM  13         ONE IS THAT WE'RE GOING TO BE FILING A MOTION TO ADMIT

03:59PM  14    SOME EVIDENCE WHICH IS NOT OF AN URGENT NATURE AT ALL, BUT JUST

03:59PM  15    BECAUSE WE'RE NEAR COMPLETED WITH IT, WE MAY FILE IT TOMORROW,

03:59PM  16    AND I ASSUME WE'LL TAKE IT UP AROUND ONE OF THE SESSIONS THAT

03:59PM  17    WE HAVE EITHER NEXT WEEK OR WHENEVER THE COURT DAYS CONTINUE.

03:59PM  18         SECOND, IN LIGHT OF THE HOLIDAY, I WANTED TO NOT ONLY WISH

04:00PM  19    THE COURT A HAPPY THANKSGIVING, BUT WE RECOGNIZE THAT THIS

04:00PM  20    PROCEEDING HAS BEEN AN EXTRAORDINARILY BURDEN FOR THE

04:00PM  21    COURTHOUSE STAFF AND FOR THE COURTROOM STAFF, AND I KNOW THE

04:00PM  22    GOVERNMENT TEAM JOINS US IN THANKING THE COURTROOM STAFF AND

04:00PM  23    THANKING THE COURTHOUSE STAFF FOR THE MANY EXTRAORDINARY

04:00PM  24    EFFORTS THAT HAVE BEEN ONGOING DURING THIS UNUSUAL CASE AT THIS

04:00PM  25    UNUSUAL TIME.

7680

04:00PM  1          THE COURT:  WELL, THANK YOU.  THANK YOU FOR THAT.

04:00PM  2    AND THANK YOU FOR RECOGNIZING STAFF.

04:00PM  3          YOU KNOW, IT'S NO SECRET, I'M BLESSED WITH THE BEST STAFF

04:00PM  4    IN THE BUILDING, AND I DON'T KNOW HOW THAT HAPPENED.  I JUST

04:00PM  5    FELL VERY LUCKILY AND FORTUNATELY INTO IT.  EVERYTHING THAT WE

04:00PM  6    DO HERE, EVERYTHING THAT I DO TO SERVE THE PUBLIC AND THE JOB I

04:00PM  7    HAVE IS JUST BENEFITTED, I COULDN'T DO IT WITHOUT THIS

04:00PM  8    WONDERFUL STAFF.  THANK YOU FOR RECOGNIZING THEM.  I APPRECIATE

04:01PM  9    THAT.

04:01PM  10         AND ON BEHALF OF THE STAFF, WE WISH ALL OF YOU A HAPPY

04:01PM  11   THANKSGIVING.  BE WITH YOUR FAMILIES.  I KNOW SOME PEOPLE ARE

04:01PM  12   TRAVELLING IN THIS CASE, AND OTHERS, I HOPE YOU CAN GET BACK TO

04:01PM  13   SEE FAMILY.  I HOPE IT'S NOT A ZOOM THANKSGIVING, BUT SOMETHING

04:01PM  14   A LITTLE RICHER THAN THAT.  BUT NONETHELESS, ENJOY.

04:01PM  15         LET ME JUST EXTEND A THANKS, TOO, TO OUR FRIENDS WHO ARE

04:01PM  16   HERE VISITING WITH THE LAPTOPS.  AGAIN, I'VE -- THOSE OF YOU

04:01PM  17   WHO HAVE KEPT YOUR LAPTOPS QUIET AND HAVE TRIED TO KEEP YOUR

04:01PM  18   TYPING DOWN, THANK YOU SO MUCH FOR THAT.  I REALLY APPRECIATE

04:01PM  19   THAT.

04:01PM  20         AND I'M SPEAKING ON BEHALF OF THE JURY PRIMARILY.  THEY

04:01PM  21   ARE FOCUSSING, AND THEY DO, THROUGH MS. KRATZMANN, HAVE

04:01PM  22   INDICATED THAT THEY REALLY APPRECIATE THE EFFORTS.  SO THOSE

04:01PM  23   WHO HAVE DONE THAT, I'M GRATEFUL ON THEIR BEHALF.

04:01PM  24         THOSE OF YOU WHO HAVE A BIT TO GO, PLEASE MODEL YOURSELF

04:01PM  25   AFTER YOUR COLLEAGUES.

7681

04:02PM  1            ENJOY THE HOLIDAY EVERYONE.  WE'LL SEE YOU NEXT WEEK.

04:02PM  2       THANK YOU.

04:02PM  3             THE CLERK:  COURT IS ADJOURNED.

04:02PM  4          (COURT ADJOURNED AT 4:02 P.M.)

        5

        6

        7

        8

        9

       10

       11

       12

       13

       14

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16         _____
           IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076

17

18

19         _____
           LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  NOVEMBER 23, 2021

22

23

24

25