UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-18-00258-EJD |
| | ) | |
| PLAINTIFF, | ) | SAN JOSE, CALIFORNIA |
| | ) | |
| VS. | ) | VOLUME 46 |
| | ) | |
| ELIZABETH A. HOLMES, | ) | DECEMBER 16, 2021 |
| | ) | |
| DEFENDANT. | ) | PAGES 8899 - 9110 |
| _____ | ) | |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                         IRENE L. RODRIGUEZ, CSR, RMR, CRR
                         CERTIFICATE NUMBER 8074
                         LEE-ANNE SHORTRIDGE, CSR, CRR
                         CERTIFICATE NUMBER 9595

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER

```
 1        A P P E A R A N C E S: (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:   KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   SEEMA ROPER
                                     ANDREW LEMENS
 6                                   AMY SAHARIA
                                     J.R. FLEURMONT
 7                                   RICHARD CLEARY
                                     PATRICK LOOBY
 8                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 9
                               LAW OFFICE OF JOHN D. CLINE
10                             BY:   JOHN D. CLINE
                               ONE EMBARCADERO CENTER, SUITE 500
11                             SAN FRANCISCO, CALIFORNIA 94111

12
       ALSO PRESENT:          FEDERAL BUREAU OF INVESTIGATION
13                            BY:   ADELAIDA HERNANDEZ

14                            OFFICE OF THE U.S. ATTORNEY
                              BY:   LAKISHA HOLLIMAN, PARALEGAL
15                                  MADDI WACHS, PARALEGAL

16                            WILLIAMS & CONNOLLY
                              BY:   TIMIKA ADAMS-SHERMAN, PARALEGAL
17
                              TBC
18                            BY:   BRIAN BENNETT, TECHNICIAN

19

20

21

22

23

24

25
```

8901

1

2                     INDEX OF PROCEEDINGS

3

4    CLOSING ARGUMENT BY MR. SCHENK            P. 8909

5    CLOSING ARGUMENT BY MR. DOWNEY            P. 9031

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| | 1 |

SAN JOSE, CALIFORNIA                    DECEMBER 16, 2021

08:34AM  2              P R O C E E D I N G S

08:34AM  3         (COURT CONVENED AT 8:34 A.M.)

08:34AM  4         (JURY OUT AT 8:34 A.M.)

08:34AM  5             THE COURT:  WE ARE ON THE RECORD IN THE HOLMES

08:34AM  6     MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT.

08:34AM  7         WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

08:34AM  8         GOOD MORNING EVERYONE.

08:34AM  9         I WANTED TO JUST COVER A COUPLE OF ITEMS.  FIRST OF ALL,

08:34AM 10     TO CONFIRM SOME DISCUSSIONS WE HAD FRIDAY LAST ABOUT EVIDENCE,

08:34AM 11     AND THIS IS REGARDING EXHIBIT 4621.

08:34AM 12         PLEASE RECALL THAT WE HAVE HAD DISCUSSIONS ABOUT THIS

08:34AM 13     EXHIBIT LAST WEEK.  WE TALKED ABOUT WHETHER OR NOT AND HOW THIS

08:34AM 14     PIECE OF EVIDENCE WOULD BE INTRODUCED.  WE HAD DISCUSSIONS ON

08:34AM 15     THE RECORD.  THERE WAS AN EXCHANGE OF EMAIL BETWEEN THE PARTIES

08:34AM 16     WITH MS. SAHARIA AND OTHERS REGARDING WHAT AND HOW THIS

08:34AM 17     INSTRUCTION SHOULD BE GIVEN.

08:35AM 18         AS A RESULT OF THOSE CONVERSATIONS -- AGAIN, SOME OF THEM

08:35AM 19     WERE VIA EMAIL -- AGAIN, THE COURT INDICATED IT WOULD NOT GIVE

08:35AM 20     THE PROPOSED INSTRUCTIONS, I THINK IT WAS 30, MAYBE THE

08:35AM 21     ULTIMATE ONE WAS 29 IF I'M NOT MISTAKEN, 29, 30, OR 31.  I

08:35AM 22     CAN'T RECALL.

08:35AM 23         BUT THE COURT INDICATED THAT IT WOULD, AS WE HAD DISCUSSED

08:35AM 24     AS ONE OF THE OPTIONS, THE COURT WOULD INFORM THE JURY THAT

08:35AM 25     THEY ARE INSTRUCTED THAT TRIAL EXHIBIT 4621, WHICH CONTAINS

08:35AM 1    EXCERPTS OF THE JANUARY 25, 2016 CMS REPORT WAS ADMITTED FOR

08:35AM 2    THE LIMITED PURPOSE OF MS. HOLMES'S STATE OF MIND AND NOT FOR

08:35AM 3    THE TRUTH OF THE MATTER ASSERTED.

08:35AM 4        AND THAT'S WHAT I INTEND TO DO THIS MORNING BEFORE YOU

08:35AM 5    BEGIN ANY ARGUMENT.  I WANTED TO INFORM YOU OF THAT AND TO

08:35AM 6    ALLOW YOU TO COMMENT IF YOU WISH.

08:35AM 7        FOR THE GOVERNMENT?

08:36AM 8            THE CLERK:  COUNSEL, YOU'LL NEED TO USE THE LAPEL

08:36AM 9    MIKE.

08:36AM 10           THE COURT:  WE'RE USING THE MIKES.

08:36AM 11           MR. LEACH:  THANK YOU, YOUR HONOR.  GOOD MORNING.

08:36AM 12   ROBERT LEACH FOR THE UNITED STATES.

08:36AM 13           THE COURT:  GOOD MORNING.

08:36AM 14           MR. LEACH:  THAT'S OUR UNDERSTANDING OF THE COURT'S

08:36AM 15   INTENTIONS, AND WE HAVE NO FURTHER SUBMISSION.

08:36AM 16           THE COURT:  ALL RIGHT.  THANK YOU.

08:36AM 17       MR. LEMENS, GOOD MORNING.

08:36AM 18           MR. LEMENS:  GOOD MORNING, YOUR HONOR.

08:36AM 19       ANDREW LEMENS FOR MS. HOLMES.

08:36AM 20       I APOLOGIZE FOR THE CONFERENCE WITH MY COLLEAGUES, BUT WE

08:36AM 21   HAD REQUESTED THE WRITTEN INSTRUCTION.  THAT WOULD CONTINUE TO

08:36AM 22   BE OUR REQUEST.

08:36AM 23       BUT SUBJECT TO THAT OBJECTION, I HAVE NO ISSUE WITH WHAT

08:36AM 24   THE COURT HAS PROPOSED.

08:36AM 25           THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.  THANK

08:36AM 1          YOU.

08:36AM 2               ONE MORE -- WHY DON'T YOU STAY HERE FOR A SECOND.

08:36AM 3               ANOTHER ISSUE THAT CAME TO MIND IS REGARDING THE EXHIBITS.

08:36AM 4          I WANT TO ENSURE THAT, AND PLEASE RECALL THAT I HAD ASKED BOTH

08:37AM 5          SIDES TO MEET AND CONFER TO ENSURE THAT THE EXHIBITS THAT THE

08:37AM 6          JURY RECEIVES ARE ALL OF THE EXHIBITS THAT YOU BELIEVE WERE

08:37AM 7          INTRODUCED AND THAT EVERYTHING THAT YOU WANTED INTRODUCED WAS

08:37AM 8          IN THE EXHIBIT LIST.

08:37AM 9               THAT WAS MY FIRST REQUEST OF YOU, AND THAT'S WHY WE

08:37AM 10         ENGAGED THAT PROTOCOL EVERY DAY TO ENSURE THAT.

08:37AM 11              THE SECOND ISSUE THAT IS CONCURRENT WITH THAT IS THAT

08:37AM 12         THERE ARE SOME EXHIBITS THAT WERE ADMITTED THAT ARE VIDEO, AS I

08:37AM 13         RECALL THERE'S A VIDEO, MAYBE ONE OR TWO, MAYBE MORE, AS WELL

08:37AM 14         AS SOME AUDIOTAPES.  AND THOSE ARE ON THE THUMB DRIVE.

08:37AM 15              NOW, LET ME TELL YOU, MY NORMAL PRACTICE HAS BEEN TO -- IF

08:37AM 16         THERE ARE VIDEOS, IF THERE ARE ANY AUDIOS, AND PLEASE RECALL

08:37AM 17         THOSE -- THERE'S NO TRANSCRIPT OF THE PLAYING OF THOSE.  I

08:37AM 18         THINK THE PARTIES AGREED THAT THE COURT REPORTER WOULD NOT

08:37AM 19         REPORT VERBATIM WHAT WAS SAID IN THOSE VIDEOS AND PHONE CALLS.

08:38AM 20         THERE IS NO TRANSCRIPT.

08:38AM 21              VIDEO AND AUDIO EXHIBITS ARE DIFFERENT, OF COURSE, THAN

08:38AM 22         PAPER EXHIBITS AND OTHERS THAT THE JURY HAS FREEDOM TO LOOK AT,

08:38AM 23         THEY SPEAK FOR THEMSELVES.

08:38AM 24              THE AUDIOS, THE VIDEOS ARE DIFFERENT OF COURSE.  AND IT'S

08:38AM 25         BEEN MY PRACTICE THAT IF A JURY -- IF THERE ARE EXHIBITS THAT

08:38AM 1    ARE VIDEO/AUDIO AND THE JURY WISHES TO VIEW THOSE, WE DO THAT

08:38AM 2    IN THE COURTROOM AND NOT, NOT ALLOW THE JURY TO LOOK AT THEM AS

08:38AM 3    THEY WISH.  THAT'S JUST BEEN THE PROTOCOL THAT I FOLLOWED.

08:38AM 4        I WANTED TO -- WE DIDN'T DISCUSS THIS, AND I APOLOGIZE FOR

08:38AM 5    NOT RAISING THIS LAST WEEK, I WANT TO GET YOUR THOUGHTS ON

08:38AM 6    THAT.  IF THE PARTIES WANT TO STIPULATE THAT THE JURY CAN HAVE

08:38AM 7    THEM, YOU NEED TO TALK TO YOUR TEAMS ABOUT THAT.

08:38AM 8        IF NOT, WHAT I WILL DO IS BEFORE I -- AFTER I INSTRUCT, MY

08:38AM 9    SENSE IS THAT I WILL TELL THE JURY THEN THAT THE VIDEO AND

08:39AM 10   AUDIO EXHIBITS WOULD NOT BE CONTAINED IN THE THUMB DRIVE THAT

08:39AM 11   THEY HAVE, BUT RATHER IF THEY WISHED TO VIEW THOSE AT ANY TIME,

08:39AM 12   THEY SHOULD NOTIFY THE COURT, SEND A NOTE, AND WE WILL PLAY

08:39AM 13   THOSE IN OPEN COURT.

08:39AM 14       THAT'S MY THOUGHT.  I WANTED TO SHARE THAT WITH YOU.

08:39AM 15       MR. SCHENK?

08:39AM 16          MR. SCHENK:  THANK YOU FOR RAISING THAT, YOUR HONOR.

08:39AM 17       THAT PROCEDURE IS FINE WITH THE GOVERNMENT, AND I

08:39AM 18   APPRECIATE THE CLARIFICATION THAT THE COURT WAS GOING TO INFORM

08:39AM 19   THE JURY THAT THOSE EXHIBITS WON'T BE BACK THERE, JUST SO THAT

08:39AM 20   THEY DON'T SPEND TIME LOOKING FOR THEM AND THAT THEY APPRECIATE

08:39AM 21   THE PROCEDURE OF COMING BACK INTO THE COURTROOM TO LISTEN TO

08:39AM 22   THEM, THAT PROCEDURE IS APPROPRIATE.

08:39AM 23          MR. LEMENS:  THAT SEEMS FINE WITH US, YOUR HONOR, AS

08:39AM 24   WELL, AND NO CONCERNS ABOUT IT.

08:39AM 25          THE COURT:  DO YOU WANT TO TALK WITH YOUR TEAM ABOUT

08:39AM 1    IT?

08:39AM 2              MR. LEMENS:  YEAH, I'M GETTING CONFIRMATION THAT

08:39AM 3    THAT SOUNDS GREAT.

08:39AM 4              THE COURT:  OKAY.

08:39AM 5              MR. LEMENS:  AND ON THE FIRST ISSUE, I KNOW THERE'S

08:39AM 6    BEEN GREAT WORK THAT HAS BEEN DONE BY BOTH THE COURT STAFF AND

08:39AM 7    OUR RESPECTIVE TEAM TO MAKE SURE THE EXHIBITS GET BACK TO SHARE

08:40AM 8    WITH THE JURY.

08:40AM 9         I DON'T KNOW IF MR. SCHENK HAS ANYTHING, BUT I THINK FROM

08:40AM 10   OUR PERSPECTIVE, WE'RE READY TO GO WITH THAT.

08:40AM 11             THE COURT:  ALL RIGHT.  WELL, BECAUSE OF WHAT I JUST

08:40AM 12   SAID, WE NEED TO ALTER THE THUMB DRIVE AND SOMEHOW REMOVE

08:40AM 13   THOSE.  THE TECH PEOPLE THAT YOU HAVE, WHO ARE SMARTER THAN ALL

08:40AM 14   OF US, WILL KNOW HOW TO DO THAT.

08:40AM 15        WILL YOU ENSURE THAT THAT'S DONE BEFORE THE JURY GETS THE

08:40AM 16   THUMB DRIVE.

08:40AM 17             MR. LEMENS:  CERTAINLY.

08:40AM 18             MR. SCHENK:  YES, YOUR HONOR.

08:40AM 19             MR. LEMENS:  YES, YOUR HONOR.

08:40AM 20             THE COURT:  ALL RIGHT.  THAT'S WHAT I'LL DO THEN.

08:40AM 21        ANYTHING ELSE BEFORE I STEP DOWN?

08:40AM 22             MR. SCHENK:  NO.  THANK YOU.

08:40AM 23             MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

08:40AM 24             THE COURT:  OKAY.  THANK YOU VERY MUCH.  I'LL COME

08:40AM 25   BACK.  WE'LL BRING THE JURY IN AT ABOUT 9:00 O'CLOCK, AND I'LL

08:40AM 1     ADMONISH THEM WITH THE 4621 INSTRUCTION THAT I INTEND TO DO,

08:40AM 2     AND THEN I'LL ASK THE PARTIES IF THEY HAVE ARGUMENTS.

08:40AM 3          ALL RIGHT.  THANK YOU.

08:40AM 4               MR. DOWNEY:  THANK YOU, YOUR HONOR.

08:40AM 5              THE CLERK:  COURT IS IN RECESS.

09:00AM 6          (RECESS FROM 8:40 A.M. UNTIL 9:05 A.M.)

09:05AM 7          (JURY IN AT 9:05 A.M.)

09:05AM 8               THE COURT:  GOOD MORNING EVERYONE.  PLEASE BE

09:05AM 9     SEATED.

09:05AM 10         WE ARE ON THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL

09:05AM 11    ARE PRESENT, MS. HOLMES IS PRESENT.  GOOD MORNING.

09:06AM 12         OUR JURY IS PRESENT.

09:06AM 13         GOOD MORNING, LADIES AND GENTLEMEN.

09:06AM 14         BEFORE WE BEGIN TODAY -- IT'S GOOD TO SEE YOU ALL.  AND

09:06AM 15    BEFORE WE BEGIN, I DO WANT TO ASK YOU THAT QUESTION THAT I POSE

09:06AM 16    TO YOU EVERY TIME WE START OUR SESSIONS.

09:06AM 17         DURING OUR BREAK, YOUR BREAK FROM THE COURTROOM, I WANT TO

09:06AM 18    KNOW WHETHER ANY OF YOU HAVE HAD OCCASION OR CAUSE TO READ,

09:06AM 19    LISTEN TO, DISCUSS, OR IN ANY WAY LEARN ANYTHING ABOUT THIS

09:06AM 20    CASE OUTSIDE OF THE COURTROOM HERE.  IF THAT HAS HAPPENED TO

09:06AM 21    ANY OF YOU, WOULD YOU PLEASE RAISE YOUR HAND NOW, PLEASE.

09:06AM 22         I SEE NO HANDS.

09:06AM 23         THANK YOU VERY MUCH FOR YOUR CONTINUED VIGILANCE.

09:06AM 24         BEFORE WE BEGIN -- EXCUSE ME.

09:06AM 25         BEFORE WE BEGIN AND I ASK THE PARTIES IF THEY HAVE

09:06AM 1    ARGUMENT, THERE'S A HOUSEKEEPING MATTER I'D LIKE TO SPEAK WITH

09:06AM 2    THE JURY ABOUT REGARDING ONE OF THE EXHIBITS, AND THIS IS

09:07AM 3    EXHIBIT 4621, EXHIBIT 4621.  I BELIEVE THIS WAS INTRODUCED IN

09:07AM 4    THE TESTIMONY OF DR. DAS, AND I -- LADIES AND GENTLEMEN, YOU

09:07AM 5    ARE INSTRUCTED THAT TRIAL EXHIBIT 4621, WHICH CONTAINS EXCERPTS

09:07AM 6    OF THE JANUARY 25, 2016 CMS REPORT WAS ADMITTED FOR A LIMITED

09:07AM 7    PURPOSE, THE LIMITED PURPOSE OF MS. HOLMES'S STATE OF MIND AND

09:07AM 8    NOT FOR THE TRUTH OF THE MATTER ASSERTED.

09:07AM 9         AGAIN, THIS IS EXHIBIT 4621, AND IT IS ADMITTED NOT FOR

09:07AM 10   THE TRUTH OF THE MATTER ASSERTED, BUT SOLELY FOR THE ISSUE OF

09:07AM 11   MS. HOLMES'S STATE OF MIND.

09:07AM 12        COUNSEL, ANYTHING FURTHER ON THAT?

09:08AM 13             MR. SCHENK:  NO, YOUR HONOR.

09:08AM 14             MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

09:08AM 15             THE COURT:  ALL RIGHT.  THANK YOU.

09:08AM 16        LADIES AND GENTLEMEN, I FAILED TO TELL YOU THAT AT THE

09:08AM 17   CLOSE OF EVIDENCE, BUT I AM INSTRUCTING YOU ON THAT NOW.

09:08AM 18        LET ME THEN TURN TO THE GOVERNMENT.

09:08AM 19        DOES THE GOVERNMENT HAVE AN ARGUMENT?

09:08AM 20             MR. SCHENK:  YES, WE DO, YOUR HONOR.

09:08AM 21             THE COURT:  PLEASE PROCEED.  THANK YOU.

09:08AM 22             MR. SCHENK:  MAY I REMOVE THE MASK?

09:08AM 23             THE COURT:  YES.  THANK YOU.

09:08AM 24   ///

09:08AM 25   ///

09:08AM 1       **(MR. SCHENK GAVE HIS CLOSING ARGUMENT ON BEHALF OF THE**

09:08AM 2   **GOVERNMENT.)**

09:08AM 3           MR. SCHENK:  GOOD MORNING.

09:08AM 4       ELIZABETH HOLMES HAD A CHOICE TO MAKE IN 2009, 2010, AND

09:08AM 5   THEN AGAIN IN 2013.  THERANOS WAS RUNNING OUT OF MONEY, AND

09:08AM 6   MS. HOLMES HAD STOPPED RECEIVING POSITIVE FEEDBACK FROM THE

09:08AM 7   LARGE PHARMACEUTICAL COMPANIES THAT THERANOS HAD BEEN DOING

09:08AM 8   WORK WITH, AND SHE WAS SPENDING HER TIME INSTEAD ON THE PHONE

09:08AM 9   WITH A THERANOS BANKER BEGGING HIM TO CLEAR A CHECK EARLY SO

09:09AM 10  THAT THERANOS COULD PAY ITS EXPENSES.

09:09AM 11      AND IT WAS IN THAT MOMENT THAT MS. HOLMES HAD A CHOICE TO

09:09AM 12  MAKE.  SHE COULD WATCH THERANOS SLOWLY FAIL, OR SHE COULD MAKE

09:09AM 13  A DIFFERENT DECISION.

09:09AM 14      AND WE NOW KNOW, THROUGH THE EVIDENCE, THAT SHE MADE A

09:09AM 15  DIFFERENT DECISION.  MS. HOLMES MADE THE DECISION TO DEFRAUD

09:09AM 16  HER INVESTORS AND THEN TO DEFRAUD PATIENTS.  SHE CHOSE FRAUD

09:09AM 17  OVER BUSINESS FAILURE.  SHE CHOSE TO BE DISHONEST WITH HER

09:09AM 18  INVESTORS AND WITH PATIENTS.

09:09AM 19      THAT CHOICE WAS NOT ONLY CALLOUS, IT WAS CRIMINAL.  AND

09:09AM 20  THAT'S WHY WE'VE SPENT THE LAST THREE-PLUS MONTHS TOGETHER.

09:09AM 21  IT'S BECAUSE MS. HOLMES KNEW ONE THING FOR CERTAIN, AND THAT

09:09AM 22  WAS IN THAT TIMEFRAME -- LET'S SAY 2013, 2014 -- AN HONEST

09:09AM 23  PITCH FILLED WITH HONEST REPRESENTATIONS TO HER INVESTORS AND

09:09AM 24  TO PATIENTS WOULD NOT HAVE RESULTED IN ANY REVENUE FOR

09:10AM 25  THERANOS, NO MONEY FOR THERANOS WITH HONEST STATEMENTS.

CLOSING ARGUMENT BY MR. SCHENK

09:10AM  1        IMAGINE FOR A MOMENT WHAT AN HONEST PITCH WOULD HAVE

09:10AM  2   SOUNDED LIKE TO INVESTORS IN 2013.  MS. HOLMES WOULD HAVE TOLD

09:10AM  3   HER INVESTORS THAT THE COMPANY, THAT THERANOS HAD BEEN AROUND

09:10AM  4   FOR ABOUT A DECADE BY THAT POINT AND ONLY HAD A HANDFUL OF

09:10AM  5   TESTS OR ASSAYS ON ITS DEVICE, AND THOSE TESTS FREQUENTLY

09:10AM  6   CAUSED PROBLEMS.  THEY STILL REMAINED INACCURATE AND

09:10AM  7   UNRELIABLE.

09:10AM  8        MS. HOLMES WOULD HAVE TOLD THESE POTENTIAL INVESTORS THAT

09:10AM  9   THERANOS HAD NOT BEEN VALIDATED BY PHARMACEUTICAL COMPANIES.

09:10AM  10       MS. HOLMES WOULD HAVE TOLD INVESTORS THAT THERANOS DID NOT

09:10AM  11  HAVE A HEALTHY AND GROWING OR EXPANDING RELATIONSHIP WITH

09:10AM  12  WALGREENS.

09:10AM  13       MS. HOLMES WOULD HAVE TOLD HER INVESTORS THAT THERANOS DID

09:10AM  14  NOT, OR ITS TECHNOLOGY WAS NOT ON MILITARY HELICOPTERS, MEDEVAC

09:11AM  15  HELICOPTERS, IT WAS NOT DEPLOYED IN THE BATTLEFIELD, IT WAS NOT

09:11AM  16  IN AFGHANISTAN, IT WAS NOT IN THE MIDDLE EAST.

09:11AM  17       MS. HOLMES KNEW THAT THESE HONEST STATEMENTS WOULD NOT

09:11AM  18  HAVE LED TO ANY REVENUE, AND SHE CHOSE A DIFFERENT PATH.

09:11AM  19       NOW, AN HONEST PITCH TO PATIENTS WOULD HAVE BEEN MUCH

09:11AM  20  SIMPLER, MORE STRAIGHTFORWARD.  SHE WOULD HAVE INVITED PATIENTS

09:11AM  21  TO USE THE BLOOD TESTING SERVICE AT WALGREENS, BUT THEN TOLD

09:11AM  22  THEM NOT TO RELY ON THE RESULTS, THAT THE BLOOD TESTS WERE NOT

09:11AM  23  OFTEN ACCURATE, THEY WERE NOT RELIABLE, AND YOU'RE WELCOME TO

09:11AM  24  COME TO WALGREENS TO GET A BLOOD TEST, BUT YOU SHOULDN'T RELY

09:11AM  25  ON THEM.

CLOSING ARGUMENT BY MR. SCHENK

09:11AM   1          YOU CAN TELL THAT AN HONEST PITCH, FIRST TO INVESTORS AND

09:11AM   2     THEN TO PATIENTS, WOULD NOT HAVE RESULTED IN ANY REVENUE FOR

09:11AM   3     HER, AND WHEN THERANOS WAS RUNNING OUT OF MONEY, THAT WAS

09:11AM   4     NECESSARY.

09:11AM   5          NOW, I WANT TO GIVE YOU A LITTLE BIT OF A ROADMAP, WHAT

09:11AM   6     WE'RE GOING TO TALK ABOUT THIS MORNING.  I'M GOING TO START BY

09:11AM   7     GOING THROUGH SOME SLIDES WITH YOU, AND THESE SLIDES COVER FOUR

09:12AM   8     TOPICS.

09:12AM   9          THE FIRST TOPIC IS A SUMMARY OF THE WITNESSES THAT

09:12AM  10     TESTIFIED IN THE CASE.  THE GOVERNMENT CALLED ABOUT 30

09:12AM  11     WITNESSES IN THIS CASE, AND I WANT TO REMIND YOU WHO TESTIFIED,

09:12AM  12     WHERE THEIR TESTIMONY FITS INTO THE STORY, AND A HIGHLIGHT OR

09:12AM  13     TWO FROM THEIR TESTIMONY.

09:12AM  14          THE SECOND TOPIC WE'LL COVER ARE THE CRIMES THAT

09:12AM  15     MS. HOLMES IS CHARGED WITH COMMITTING.  SHE'S CHARGED WITH

09:12AM  16     COMMITTING A COUPLE OF CRIMES, AND I WANT TO GO THROUGH THOSE

09:12AM  17     WITH YOU AND EXPLAIN HOW THEY FIT INTO THE STORY.

09:12AM  18          I THEN WANT TO TALK TO YOU ABOUT THE ELEMENTS OF THOSE

09:12AM  19     CRIMES, WHAT THE GOVERNMENT IS REQUIRED TO PROVE BEYOND A

09:12AM  20     REASONABLE DOUBT IN ORDER FOR YOU TO CONVICT MS. HOLMES.

09:12AM  21          AND THEN FINALLY WITH THE SLIDES, WE'LL TALK ABOUT THE

09:12AM  22     EVIDENCE.  YOU'VE SEEN MANY EMAILS, TEXT MESSAGES, RECORDINGS.

09:12AM  23     WE'LL GO THROUGH SOME OF THOSE AND WE'LL TALK ABOUT HOW THE

09:12AM  24     EVIDENCE FITS INTO THOSE ELEMENTS, HOW THE EVIDENCE PROVES

09:12AM  25     THOSE ELEMENTS.

09:12AM  1      AND THEN AFTER THAT WE'LL STEP AWAY FROM THE SLIDES FOR A

09:13AM  2  WHILE.  THERE ARE A FEW FINAL TOPICS THAT I WANT TO TALK TO YOU

09:13AM  3  ABOUT BEFORE WE BRIEFLY RETURN TO THE SLIDES AT THE VERY END.

09:13AM  4      SO LET'S START.

09:13AM  5      THE FIRST WITNESS IN TRIAL WAS A WOMAN NAMED

09:13AM  6  SO HAN SPIVEY.  THAT'S HER NAME NOW.  YOU RECALL AT THE TIME

09:13AM  7  SHE WORKED AT THERANOS, HER NAME WAS DANISE YAM.  SHE WAS THE

09:13AM  8  CONTROLLER AT THERANOS.

09:13AM  9      YOU ALSO MAY REMEMBER SHE TESTIFIED TWICE IN THIS TRIAL.

09:13AM  10 SHE TESTIFIED AT THE VERY BEGINNING, AND THEN SHE CAME BACK AND

09:13AM  11 TALKED ABOUT ONE PARTICULAR EMAIL, AND WE'LL TALK ABOUT THAT

09:13AM  12 EMAIL A LITTLE BIT LATER ON THIS MORNING.

09:13AM  13     MS. YAM, AS I'LL TRY TO REFER TO HER THIS MORNING BECAUSE

09:13AM  14 THAT'S HOW YOU'LL SEE HER NAME IN DOCUMENTS, TOLD YOU THAT SHE

09:13AM  15 HAD TALKED TO MS. HOLMES IN 2009 ABOUT THE CASH POSITION, ABOUT

09:13AM  16 THE FINANCIAL TROUBLES AT THERANOS, THAT THERANOS WOULD NOT BE

09:13AM  17 ABLE TO PAY ALL OF ITS VENDORS, AND THAT THEY WOULD HAVE TO

09:13AM  18 CONTACT THIS PARTICULAR BANKER TO GET A CHECK CLEARED, WHAT I

09:14AM  19 REFERENCED A MOMENT AGO.

09:14AM  20     LET ME SAY ONE BRIEF THING ABOUT THESE SLIDES IN GENERAL.

09:14AM  21 THEY WON'T BE BACK IN THE DELIBERATION ROOM WITH YOU.  YOU

09:14AM  22 WON'T HAVE A COPY OF THESE SLIDES.

09:14AM  23     IN THE LOWER RIGHT CORNER, SOMETIMES YOU'LL SEE THE PAGE

09:14AM  24 NUMBER FOR A TRANSCRIPT.  YOU ALSO WON'T HAVE THE TRANSCRIPT OF

09:14AM  25 THE TESTIMONY.

09:14AM  1          YOUR MEMORY OF WHAT THE WITNESS TESTIFIED TO IS WHAT YOU

09:14AM  2    SHOULD FOCUS ON.

09:14AM  3          THERE ARE INSTANCES WHEN I WILL SHOW YOU AN EXHIBIT, AND

09:14AM  4    THE EXHIBIT NUMBER WILL BE IN THE LOWER RIGHT CORNER, AND IF

09:14AM  5    THAT'S AN EXHIBIT THAT TRIGGERS SOMETHING IN YOUR MIND, YOU MAY

09:14AM  6    WANT TO JOT THAT DOWN.

09:14AM  7          THERE ALSO MAY BE INSTANCES WHEN I WILL ACTUALLY SUGGEST

09:14AM  8    TO YOU THAT YOU WRITE SOMETHING DOWN FROM THE SLIDES.

09:14AM  9          FORGIVE ME FOR BEING PRESUMPTUOUS IN THOSE MOMENTS.  I

09:14AM  10   THINK THERE MIGHT BE INSTANCES WHEN YOU'LL FIND IT USEFUL TO

09:14AM  11   HAVE CERTAIN INFORMATION DURING YOUR DELIBERATIONS.

09:14AM  12          ERIKA CHEUNG WAS THE NEXT WITNESS WHO TESTIFIED.

09:14AM  13   MS. CHEUNG ALSO WORKED AT THERANOS, AND JUST ONE OF THE

09:15AM  14   HIGHLIGHTS FROM HER TESTIMONY WAS THAT SHE DESCRIBED TO YOU THE

09:15AM  15   REASON THAT SHE RESIGNED FROM THERANOS, AND IT WAS SIMPLE.  SHE

09:15AM  16   WAS UNCOMFORTABLE PROCESSING PATIENT SAMPLES.

09:15AM  17          THE NEXT WITNESS WAS SUREKHA GANGADKHEDKAR.  SHE ALSO

09:15AM  18   WORKED AT THERANOS.  SHE TOLD YOU THAT WHEN SHE RETURNED FROM A

09:15AM  19   VACATION IN OR AROUND AUGUST IN 2013, SHE LEARNED THAT THERANOS

09:15AM  20   WAS ABOUT TO BEGIN TESTING.  THAT'S RIGHT AROUND THE TIME THEY

09:15AM  21   OPENED WITH WALGREENS.  THAT WAS SEPTEMBER OF 2013.

09:15AM  22          AND MS. GANGAKHEDKAR FELT THAT THE VALIDATION PROCESS WAS

09:15AM  23   BEING RUSHED.  SHE FELT PRESSURE.  SHE SAID THAT PRESSURE CAME

09:15AM  24   FROM THE DEFENDANT, AND SHE HAD SOME CONCERNS BECAUSE OF THAT.

09:15AM  25          SHE ALSO TOLD YOU THAT WHEN SHE RESIGNED, SHE SPOKE TO

09:15AM 1    MS. HOLMES ABOUT THE DECISION TO RESIGN.  SHE EXPRESSED HER

09:15AM 2    CONCERNS, AND HERE IT'S REFERRED TO AS THE EDISON 3.0.

09:15AM 3        THEY HAD A 3 SERIES AND A 4 SERIES, AND WE'RE GOING TO

09:16AM 4    TALK A FAIR AMOUNT ABOUT THOSE DIFFERENT DEVICES.  YOU NOW KNOW

09:16AM 5    THAT THE 3 SERIES WAS THE DEVICE THAT WAS USED TO TEST

09:16AM 6    PATIENTS' BLOOD IN THE WALGREENS ROLLOUT.  THE 4 SERIES WAS THE

09:16AM 7    DEVICE THAT YOU SAW AT SOME POINT, A VIDEO OF WHERE THE SORT OF

09:16AM 8    ARM WAS MOVING AND PICKING UP SAMPLES.

09:16AM 9        A DEFENSE WITNESS NAMED DR. BONANNI TESTIFIED THAT WAS

09:16AM 10   NEVER USED FOR PATIENT SAMPLES.  THAT WAS A DIFFERENT DEVICE.

09:16AM 11       SO WHAT MS. GANGAKHEDKAR WAS WORRIED ABOUT WAS THIS 3

09:16AM 12   SERIES DEVICE, THE ONE THAT THEY WERE GOING TO USE WITH

09:16AM 13   WALGREENS PATIENTS.  SHE CONFRONTED MS. HOLMES ABOUT IT, AND

09:16AM 14   THE RESPONSE THAT SHE GOT WAS ELIZABETH HOLMES SAID, I MADE A

09:16AM 15   PROMISE AND I NEED TO DELIVER.  ESSENTIALLY THE TRAIN IS ON THE

09:16AM 16   TRACKS AND I CAN'T STOP IT.

09:16AM 17       AND MS. GANGAKHEDKAR WAS UNCOMFORTABLE WITH THAT AND

09:16AM 18   RESIGNED.

09:16AM 19       DR. ZACHMAN WAS THE NEXT WITNESS WHO TESTIFIED.  YOU

09:16AM 20   RECALL THAT DR. ZACHMAN WAS TREATING A PATIENT OF HERS NAME

09:17AM 21   BRITTANY GOULD.  MS. GOULD WAS PREGNANT AND GOT AN HCG TEST AT

09:17AM 22   THERANOS.  YOU HEARD THAT THE NUMBERS, HCG NUMBERS ARE SUPPOSED

09:17AM 23   TO CONSTANTLY GO UP, MAYBE DOUBLE OR SO IF THERE'S A HEALTHY,

09:17AM 24   VIABLE PREGNANCY.

09:17AM 25       MS. GOULD, BRITTANY GOULD, GOT A NUMBER AT THERANOS THAT

09:17AM 1    SUGGESTED OTHERWISE, THAT SUGGESTED THAT THERE WAS A PROBLEM OR

09:17AM 2    THAT THE PREGNANCY WAS NOT HEALTHY.

09:17AM 3         AND FIRST DR. ZACHMAN TESTIFIED AND DESCRIBED THAT PROCESS

09:17AM 4    TO YOU, SORT OF BACKGROUND ON THE HCG TEST, AND ALSO HER

09:17AM 5    OPINION THAT THE BRITTANY GOULD TEST WAS NOT ACCURATE BECAUSE

09:17AM 6    THE END OF THE STORY WAS BRITTANY GOULD DID HAVE A VIABLE

09:17AM 7    PREGNANCY THAT SHE TOOK TO TERM.

09:17AM 8         AND THEN MS. GOULD HERSELF TESTIFIED AFTERWARDS AND SHE

09:17AM 9    WALKED YOU THROUGH SOME OF THE VARIOUS TESTS THAT SHE RECEIVED.

09:17AM 10   IT'S THE THIRD ONE DOWN.  THAT WAS THE ONE THAT WAS CONCERNING

09:17AM 11   TO DR. ZACHMAN.  THAT WAS THE ONE THAT SHOWED A SIGNIFICANT

09:17AM 12   DROP FROM AROUND A NUMBER OF 12,000 TO A LITTLE OVER 100, AND

09:18AM 13   THAT THAT WAS NOT AN ACCURATE TEST.

09:18AM 14        BRITTANY GOULD ALSO TOLD YOU THAT BASED ON MARKETING

09:18AM 15   MATERIALS, INFORMATION THAT SHE HAD HEARD ABOUT -- SHE LIVED IN

09:18AM 16   ARIZONA.  THERANOS MARKETED ITS SERVICES IN ARIZONA.  MS. GOULD

09:18AM 17   THOUGHT THAT, I WILL GET ACCURATE AND RELIABLE RESULTS IF I GO

09:18AM 18   TO THERANOS.

09:18AM 19        THIS HELPED SATISFY AN ELEMENT CALLED MATERIALITY.  WE'LL

09:18AM 20   TALK ABOUT THAT LATER WHEN WE GET TO THE ELEMENTS, BUT I JUST

09:18AM 21   SORT OF WANT TO JUST PUT A PIN IN THAT RIGHT NOW SO YOU KNOW

09:18AM 22   WHEN WE GET TO IT LATER THAT THIS IS ONE OF THE ARGUMENTS OR

09:18AM 23   PIECES OF EVIDENCE THAT YOU HAVE HEARD THAT MAKES REFERENCES TO

09:18AM 24   THE STATEMENTS THAT WERE MADE MATTERED, THE FALSE STATEMENTS

09:18AM 25   THAT WERE MADE TO INVESTORS AND ALSO TO PATIENTS WERE OF THE

09:18AM 1   TYPE THAT WOULD ACTUALLY INFLUENCE SOMEONE TO SPEND MONEY TO

09:18AM 2   INVEST OR TO PURCHASE BLOOD TESTS.

09:18AM 3       GENERAL MATTIS WAS THE NEXT WITNESS IN THE CASE.  YOU MAY

09:18AM 4   RECALL THAT GENERAL MATTIS WAS ON THE BOARD OF DIRECTORS AT

09:18AM 5   THERANOS.  AMONG THE THINGS THAT HE TOLD YOU WAS THAT HE BEGAN

09:19AM 6   TO LEARN THINGS ABOUT THERANOS FROM THE PRESS.

09:19AM 7       THERE WAS AN ARTICLE THAT YOU HEARD ABOUT IN "THE

09:19AM 8   WALL STREET JOURNAL" IN AROUND OCTOBER OF 2015 BY A REPORTER

09:19AM 9   NAMED JOHN CARREYROU, AND THAT WAS SORT OF ONE OF THE FIRST

09:19AM 10  INSTANCES WHEN NEGATIVE INFORMATION, SIGNIFICANT NEGATIVE

09:19AM 11  INFORMATION ENTERED THE PUBLIC DOMAIN ABOUT THERANOS, AND EVEN

09:19AM 12  BOARD MEMBERS WERE LEARNING THINGS IN THE PRESS.

09:19AM 13      AND GENERAL MATTIS TOLD YOU THAT THAT LACK OF TRANSPARENCY

09:19AM 14  WAS CONCERNING TO HIM.

09:19AM 15      THE NEXT WITNESS THAT TESTIFIED WAS JUSTIN OFFEN.

09:19AM 16  MR. OFFEN WORKS FOR PWC AND HE CAME HERE TO EXPLAIN TO YOU THE

09:19AM 17  PROCESS OF EXTRACTING TEXT MESSAGES.

09:19AM 18      THEN AFTER MR. OFFEN TESTIFIED, YOU BEGAN TO SEE A LOT

09:19AM 19  MORE TEXT MESSAGES OVER THE COURSE OF THE TRIAL, AND MR. OFFEN

09:19AM 20  DESCRIBED TO YOU THE PROCESS, HOW TEXT MESSAGES WERE DOWNLOADED

09:19AM 21  FROM PHONES AND COMPUTERS.

09:19AM 22      AND THERE'S ONE THREAD THAT WAS INTRODUCED THROUGH

09:20AM 23  MR. OFFEN THAT I HAVE ON THE SCREEN NOW.

09:20AM 24      FIRST LET ME HIGHLIGHT THE DATE FOR YOU, SEPTEMBER 22ND,

09:20AM 25  2015.  THAT WAS DURING A CMS INSPECTION.

09:20AM 1       CMS IS THE CENTER FOR MEDICARE AND MEDICAID SERVICES

09:20AM 2 WITHIN THE DEPARTMENT OF HEALTH AND HUMAN SERVICES.  YOU HEARD

09:20AM 3 THAT THEY HAVE A ROLE IN REGULATING CLINICAL LABORATORIES, AND

09:20AM 4 THEY DO PERIODIC INSPECTIONS.

09:20AM 5       THEY WERE DOING AN INSPECTION AT THIS TIME, AND HOLMES AND

09:20AM 6 BALWANI ARE TEXTING EACH OTHER DURING THE INSPECTION.  AND YOU

09:20AM 7 CAN SEE SOME OF THE COMMENTS ARE, "VERY HOSTILE SO FAR.  THEY

09:20AM 8 HAVE COMPLAINTS."

09:20AM 9       AND THEN FURTHER DOWN THEY TALK ABOUT NAMES OF

09:20AM 10 INDIVIDUALS, TYLER, ADAM, AND JC, THAT'S TYLER SHULTZ,

09:20AM 11 ADAM ROSENDORFF AND JOHN CARREYROU.

09:20AM 12       HOLMES AND BALWANI ARE TRYING TO FIGURE OUT THE SOURCE,

09:20AM 13 WHERE ARE THE COMPLAINTS THAT CMS IS FOLLOWING UP ON, AND

09:20AM 14 THEY'RE IDENTIFYING TWO FORMER EMPLOYEES, YOU'VE HEARD THESE

09:20AM 15 NAMES BEFORE, AND THE REPORTER.

09:21AM 16       AND HOLMES AND BALWANI ARE SORT OF WONDERING -- AND MAYBE

09:21AM 17 "INVESTIGATING" IS A FAIR WORD TO USE -- WHERE DID THESE

09:21AM 18 COMPLAINTS COME FROM?  HOW DID THE LEAKS HAPPEN?

09:21AM 19       AND THEN MS. HOLMES WRITES, "PRAYING LITERALLY NONSTOP."

09:21AM 20       MS. HOLMES IS PRAYING DURING A CMS INSPECTION.  THIS IS A

09:21AM 21 POINT I'M GOING TO COME BACK TO LATER.

09:21AM 22       WHEN MS. HOLMES WAS ON THE STAND, SHE TOLD YOU THAT WHEN

09:21AM 23 CMS ISSUED A REPORT -- ACTUALLY, JUDGE DAVILA JUST A MOMENT AGO

09:21AM 24 REFERRED TO IT -- IT'S THAT JANUARY 2016 REPORT FROM CMS.

09:21AM 25       MS. HOLMES TOLD YOU THAT WHEN THAT REPORT CAME OUT, THAT

09:21AM  1    WAS SORT OF A LIGHT BULB MOMENT FOR HER, A EUREKA, IF YOU WILL.

09:21AM  2    SHE DISCOVERED THAT THE LAB HAD PROBLEMS, THAT MR. BALWANI WAS

09:21AM  3    NOT THE BUSINESSMAN THAT HE SAID HE WAS, AND THAT THE LAB

09:21AM  4    WASN'T THE BEST LAB IN THE COUNTRY.

09:21AM  5         BUT DURING THE INSPECTION THE PRIOR YEAR, SHE'S PRAYING.

09:21AM  6    WE'LL COME BACK TO THAT TESTIMONY THAT SHE GAVE A LITTLE BIT

09:22AM  7    LATER.

09:22AM  8         THE NEXT WITNESS THAT TESTIFIED WAS DR. ROSENDORFF.  HE

09:22AM  9    WAS THE LAB DIRECTOR AT THERANOS DURING ROUGHLY THAT FIRST YEAR

09:22AM  10   WITH WALGREENS, SORT OF LATE 2013 TO 2014.

09:22AM  11        DR. ROSENDORFF DESCRIBED TO YOU WHY HE LEFT, WHY HE

09:22AM  12   RESIGNED FROM THERANOS, AND HE TOLD YOU THAT HE REACHED A POINT

09:22AM  13   WHERE HE CONCLUDED THAT AT THERANOS THEY CARED MORE ABOUT PR

09:22AM  14   AND FUNDRAISING THAN PATIENT CARE.

09:22AM  15        THAT'S ANOTHER CONCEPT THAT I'LL COME BACK TO A LITTLE BIT

09:22AM  16   LATER.

09:22AM  17        THE NEXT WITNESS THAT TESTIFIED WAS DR. SUNG.  SHE WORKED

09:22AM  18   FOR A COMPANY CALLED CELGENE.  YOU'VE HEARD A LOT ABOUT WORK

09:22AM  19   THAT THERANOS DID WITH VARIOUS PHARMACEUTICAL COMPANIES OVER

09:22AM  20   THE YEAR, AND SORT OF THE DIFFERENCE BETWEEN WHAT THE

09:22AM  21   PHARMACEUTICAL COMPANIES SAY THAT THEY DID AND WHAT MS. HOLMES

09:22AM  22   TOLD OTHERS THEY DID.

09:22AM  23        THERE'S A DIFFERENCE IN WHAT ACTUALLY HAPPENED BETWEEN THE

09:22AM  24   PHARMACEUTICAL COMPANY AND THERANOS AND THE WAY THAT THAT

09:22AM  25   RELATIONSHIP WAS DESCRIBED TO INVESTORS, AND MS. SUNG WAS THE

09:22AM 1    FIRST OF THOSE TO COME AND TALK TO YOU.

09:23AM 2         AND SHE TOLD YOU THAT CELGENE HAD NEVER VALIDATED,

09:23AM 3    COMPREHENSIVELY VALIDATED THERANOS'S TECHNOLOGY.  YOU'VE NOW

09:23AM 4    SEEN A BUNCH OF TIMES A SLIDE IN THE BINDERS THAT WERE SENT TO

09:23AM 5    POTENTIAL INVESTORS INFORMING POTENTIAL INVESTORS THAT THERANOS

09:23AM 6    HAD BEEN COMPREHENSIVELY VALIDATED BY 10 OF THE 15 LARGEST

09:23AM 7    PHARMACEUTICAL COMPANIES, A PHRASE SOMETHING LIKE THAT, AND

09:23AM 8    THEN PHARMACEUTICAL COMPANIES CAME INTO THIS COURTROOM AND TOLD

09:23AM 9    YOU, WE DIDN'T COMPREHENSIVELY VALIDATE.

09:23AM 10        HERE'S THE FIRST ONE.

09:23AM 11        THE NEXT WITNESS THAT TESTIFIED WAS STEVE BURD.  MR. BURD

09:23AM 12   WAS THE CEO OF SAFEWAY.

09:23AM 13        LET ME TAKE A MOMENT TO TALK TO YOU ABOUT SOME OF THESE

09:23AM 14   OTHER SORT OF THIRD PARTY ENTITIES THAT YOU'VE HEARD ABOUT IN

09:23AM 15   THIS TRIAL:  SAFEWAY, WALGREENS, THE DEPARTMENT OF DEFENSE.

09:23AM 16   THE GOVERNMENT HAS NOT CHARGED MS. HOLMES WITH DEFRAUDING THOSE

09:23AM 17   THIRD PARTIES, SAFEWAY, WALGREENS, THE DEPARTMENT OF DEFENSE.

09:24AM 18        SO WHEN I'M POINTING OUT TO YOU FALSE STATEMENTS THAT WERE

09:24AM 19   MADE FROM MS. HOLMES OR THERANOS TO THESE THIRD PARTIES, IT'S

09:24AM 20   FOR REALLY THESE TWO REASONS, TWO CONCLUSIONS THAT I THINK IT'S

09:24AM 21   APPROPRIATE FOR YOU TO DRAW FROM THEM.

09:24AM 22        THE FIRST IS THAT WHEN THE FALSE STATEMENT THAT IS MADE TO

09:24AM 23   THESE THIRD PARTIES, LIKE SAFEWAY, IS EXACTLY LIKE THE FALSE

09:24AM 24   STATEMENT THAT IS MADE TO AN INVESTOR, YOU BEGIN TO SEE THAT

09:24AM 25   THERE'S A SCHEME GOING ON HERE.

09:24AM   1           "SCHEME" IS A TERM OF ART, WE'LL GET TO IT A LITTLE BIT

09:24AM   2    LATER IN THE ELEMENTS, BUT IT'S ALL THE SAME SCHEME THAT IS

09:24AM   3    HAPPENING.

09:24AM   4           THE INVESTORS HEARD IT, THE THIRD PARTIES HEARD IT, THE

09:24AM   5    BOARD HEARD IT.

09:24AM   6           SO IT'S VALUABLE.  IT'S USEFUL EVIDENCE TO YOU FOR THAT

09:24AM   7    CONCLUSION.

09:24AM   8           BUT IT'S ALSO USEFUL FOR ANOTHER REASON, AND LET ME USE

09:24AM   9    WALGREENS AS AN EXAMPLE.  YOU'VE HEARD FROM, AND I'LL SHOW YOU

09:24AM   10   THEIR PHOTOS IN A MOMENT, SOME WALGREENS WITNESSES WHO CAME

09:24AM   11   INTO THE COURTROOM AND SAID, HERE'S WHAT WE UNDERSTOOD THERANOS

09:24AM   12   COULD DO, AND THEN WE STARTED THIS BUSINESS RELATIONSHIP WITH

09:25AM   13   THERANOS, AND THEN WE TRACKED THE VENOUS DRAW PERCENT NUMBERS,

09:25AM   14   AND IN ORDER TO GO NATIONAL, WE WANTED THAT TO BE LOW.  WE SORT

09:25AM   15   OF UNDERSTOOD THAT THE TECHNOLOGY AT THERANOS WAS FINGERSTICK

09:25AM   16   BLOOD TESTING.

09:25AM   17          BUT THEN THEY ROLL OUT AND THERE'S A REALLY HIGH

09:25AM   18   PERCENTAGE, 40 PERCENT OR SO, OF VEIN DRAWS, AND THAT WAS

09:25AM   19   CONFUSING TO WALGREENS.

09:25AM   20          AND THE POINT HERE IS THAT WHEN THERANOS, WHEN MS. HOLMES

09:25AM   21   AND MR. BALWANI ARE TELLING INVESTORS THAT WE ARE GOING TO ROLL

09:25AM   22   OUT NATIONALLY WITH WALGREENS, THE RELATIONSHIP IS GOING WELL,

09:25AM   23   THERE ARE SORT OF TWO WAYS THEY KNOW THAT HOLMES KNOWS THAT

09:25AM   24   THAT'S FALSE.

09:25AM   25          ONE IS BECAUSE WALGREENS IS TELLING THEM, WE'RE CONCERNED

09:25AM   1    ABOUT IT, WE'RE CONCERNED ABOUT VEIN DRAWS, WE'RE CONCERNED

09:25AM   2    WITH OTHER SORT OF THINGS THAT ARE DIFFERENT THAN WHAT WE

09:25AM   3    EXPECTED.

09:25AM   4        BUT ANOTHER IS BECAUSE THE FOUNDATION OF THE RELATIONSHIP

09:25AM   5    BETWEEN THERANOS AND WALGREENS WAS BUILT ON FRAUD.  FALSE

09:25AM   6    STATEMENTS MADE TO WALGREENS ARE VALUABLE BECAUSE MS. HOLMES

09:26AM   7    DOESN'T NEED TO HEAR SOMEONE FROM WALGREENS TELL HER THERE'S

09:26AM   8    TOO MANY VEIN DRAWS OR THAT THE PATIENT SATISFACTION SCORE

09:26AM   9    ISN'T HIGH ENOUGH OR SOME OTHER FACT ABOUT THE RELATIONSHIP.

09:26AM   10       SHE KNOWS THAT THE RELATIONSHIP IS DESTINED TO FAIL

09:26AM   11   BECAUSE THE TECHNOLOGY CAN'T DO WHAT WALGREENS THINKS IT CAN

09:26AM   12   DO.

09:26AM   13       SO WHETHER SHE'S HEARING BACK FROM WALGREENS

09:26AM   14   REPRESENTATIONS, STATEMENTS THAT WALGREENS IS CONCERNED, IS ONE

09:26AM   15   WAY SHE KNOWS IT'S GOING TO FAIL.

09:26AM   16       BUT IT ISN'T THE ONLY WAY.  IT REALLY IS JUST A MATTER OF

09:26AM   17   TIME BEFORE WALGREENS DISCOVERS THAT THEY HAD BEEN DEFRAUDED.

09:26AM   18       AND THERE ARE A FEW WAYS, AND WE'LL TALK ABOUT THEM, THAT

09:26AM   19   FALSE STATEMENTS WERE COMMUNICATED TO WALGREENS.

09:26AM   20       IN FACT, WALGREENS DID PURCHASE EQUITY AT SOME POINT.

09:26AM   21   THEY BOUGHT EQUITY INTO THERANOS.

09:26AM   22       YOU DON'T HAVE TO RESOLVE THE QUESTION.  YOU'RE NOT GOING

09:26AM   23   TO BE ASKED TO, IN YOUR VERDICT FORM, DECIDE IF SAFEWAY OR

09:26AM   24   WALGREENS OR THE DEPARTMENT OF DEFENSE ARE VICTIMS.

09:26AM   25       "VICTIMS" IN THIS CASE, AS I'M USING THAT WORD, REFER TO

THE INVESTORS AND REFER TO THE PATIENTS, BUT THAT DOESN'T MEAN
THAT THIS THIRD PARTY TESTIMONY ISN'T STILL RELEVANT AND
VALUABLE TO YOU.

AND STEVE BURD IS THIS FIRST EXAMPLE.  THE CEO AT SAFEWAY
DESCRIBED HIS INITIAL INTERACTIONS WITH MS. HOLMES AND WHAT HE
WAS LEARNING, AND MR. BURD SAID THAT ELIZABETH HOLMES INFORMED
HIM AND SAFEWAY AND THE DEPARTMENT OF DEFENSE ABOUT WORK THAT
THERANOS HAD DONE, INCLUDING THE FACT THAT THE DEVICE WAS IN A
MEDEVAC AROUND THE WORLD, PLACES THAT AMERICANS DIDN'T EVEN
KNOW WE WERE.

YOU KNOW THAT ISN'T TRUE, AND THAT'S WHY STATEMENTS LIKE
THIS TO SAFEWAY ARE VALUABLE BECAUSE IT'S THE SAME KIND OF
STATEMENT THAT INVESTORS HEARD.

WADE MIQUELON WAS THE NEXT WITNESS TO TESTIFY.
MR. MIQUELON WAS THE CFO AT WALGREENS, AND MR. MIQUELON TOLD
YOU AND SHOWED YOU -- IN FACT, I THINK THIS MIGHT BE THE FIRST
INSTANCE, IF YOU SEE IN THE LOWER RIGHT CORNER THERE'S AN
EXHIBIT NUMBER, 617, THAT REFERS TO AN AGREEMENT, A MASTER
SERVICES AGREEMENT BETWEEN THERANOS AND WALGREENS, AND IN THE
AGREEMENT IT TALKED ABOUT THERE NEEDING TO BE SATISFACTION OF
WALGREENS FOR FURTHER ROLLOUTS.

YOU HEARD THAT TESTIMONY, BUT IT'S ALSO IN THE DOCUMENTS.

SO A NATIONAL ROLLOUT OF WALGREENS, OF THERANOS STORES --
OR THERANOS SERVICE CENTERS WITHIN WALGREENS STORES CERTAINLY
WASN'T GUARANTEED.  IT WAS SOMETHING THAT WAS GOING TO BE

09:28AM   1       EVALUATED, AND MR. MIQUELON TOLD YOU IT WAS GOING TO BE

09:28AM   2       EVALUATED.

09:28AM   3           AND AGAIN, THE TWO POINTS I MADE TO YOU:  MS. HOLMES WAS

09:28AM   4       TOLD BY WALGREENS THAT THERE WERE PROBLEMS; BUT ALSO, SHE

09:28AM   5       DIDN'T NEED TO BE TOLD THAT THERE WERE PROBLEMS.  SHE KNOWS

09:28AM   6       THAT THERE WERE FALSE STATEMENTS MADE TO WALGREENS ABOUT WHAT

09:28AM   7       THE TECHNOLOGY COULD DO, AND THEREFORE, THE RELATIONSHIP WAS

09:28AM   8       DESTINED TO FAIL.  IT WAS JUST A MATTER OF TIME UNTIL WALGREENS

09:28AM   9       LEARNED THAT THEY HAD BEEN DECEIVED.

09:28AM  10           MR. AMENTA WAS THE NEXT WITNESS THAT TESTIFIED.  YOU MAY

09:28AM  11       RECALL THAT MR. AMENTA WORKED, OR WORKS, FOR THE FEDERAL

09:28AM  12       RESERVE BANK IN NEW YORK, AND HE CAME TO COURT TO TALK TO YOU

09:29AM  13       ABOUT SOMETHING CALLED FEDWIRE.

09:29AM  14           FEDWIRE IS AN ELECTRONIC FUNDS TRANSFER SYSTEM.  WHEN YOU

09:29AM  15       WIRE MONEY FROM ONE BANK ACCOUNT TO ANOTHER BANK ACCOUNT,

09:29AM  16       SOMETIMES IT USES FEDWIRE, AND WHEN IT DOES USE FEDWIRE, A WIRE

09:29AM  17       CROSSES STATE LINES.

09:29AM  18           WHEN WE GET TO THE ELEMENTS OF CERTAIN COUNTS THAT ARE

09:29AM  19       CHARGED THAT YOU'RE GOING TO HAVE TO DELIBERATE ABOUT, ONE OF

09:29AM  20       THE ELEMENTS IS AN INTERSTATE WIRE, AND IN THIS CASE ALL OF THE

09:29AM  21       INVESTORS' INVESTMENTS WERE WIRES, ELECTRONIC FUNDS TRANSFERS,

09:29AM  22       FROM ONE BANK ACCOUNT TO THERANOS'S BANK ACCOUNT AND MR. AMENTA

09:29AM  23       PROVIDED THE TESTIMONY AND THE DOCUMENTS TO SHOW YOU THAT THOSE

09:29AM  24       WIRES CROSSED STATE LINES.

09:29AM  25           THERE IS ALSO ONE COUNT RELATED TO THE PATIENT FRAUD THAT

09:29AM 1    ALSO WAS AN INTERSTATE WIRE.  THERANOS BOUGHT A MEDIA BUY,

09:29AM 2    ADVERTISEMENTS IN THE ARIZONA MARKET, AND THEY DID THAT WITH AN

09:30AM 3    ELECTRONIC WIRE.

09:30AM 4        SO THE INTERSTATE NEXUS ELEMENT IS SATISFIED BY

09:30AM 5    MR. AMENTA'S TESTIMONY.  THAT'S WHY HE CAME.

09:30AM 6        THE NEXT WITNESS WAS NIMESH JHAVERI.  MR. JHAVERI ALSO

09:30AM 7    WORKED AT WALGREENS.  HE TOLD YOU THAT HIS JOB WAS SORT OF TO

09:30AM 8    OPERATIONALIZE THE BUSINESS RELATIONSHIP.

09:30AM 9        WHEN MR. MIQUELON STEPPED BACK, HE DID THE NEGOTIATION OF

09:30AM 10   THE TWO PARTIES, HELPED SORT OF FORMULATE THE AGREEMENTS.

09:30AM 11       BUT THEN WHEN THEY STARTED TO ROLL OUT IN STORES,

09:30AM 12   MR. JHAVERI PLAYED MORE OF A ROLE.  AND MR. JHAVERI DESCRIBED

09:30AM 13   TO YOU THESE PERIODIC, MAYBE MONTHLY -- I CAN'T REMEMBER

09:30AM 14   EXACTLY HOW OFTEN -- MEETINGS BETWEEN THERANOS AND WALGREENS,

09:30AM 15   AND THE TOPICS THAT WERE DISCUSSED.

09:30AM 16       HE EVEN TESTIFIED ABOUT SOME POWERPOINT SLIDES THAT WERE

09:30AM 17   SHOWN DURING THESE PERIODIC MEETINGS.

09:30AM 18       AND ONE OF THE THINGS THAT WALGREENS WAS TRACKING WAS

09:30AM 19   VENOUS DRAW NUMBERS TO SEE IF THAT NUMBER EVER GOT LOW.  THAT'S

09:30AM 20   WHAT WALGREENS WAS EXPECTING WAS THAT THE TESTING WOULD BE DONE

09:31AM 21   BY A FINGERSTICK.  IT WASN'T THAT THAT WAS SURPRISING TO

09:31AM 22   WALGREENS.  THEY TRACKED IT.  THEY TALKED TO THERANOS ABOUT IT.

09:31AM 23       IT WAS MR. BALWANI WHO WAS PRESENT IN THESE MEETINGS.  YOU

09:31AM 24   SAW AN EMAIL, AND I'LL SHOW IT TO YOU A LITTLE LATER, WHERE

09:31AM 25   MR. BALWANI RECEIVES AN EMAIL FROM MR. JHAVERI CONCERNED ABOUT

09:31AM   1   THE VENOUS DRAW NUMBERS, AND MR. BALWANI FORWARDS THAT EMAIL TO

09:31AM   2   MS. HOLMES.

09:31AM   3       SO SHE WAS NOT AT MEETINGS BETWEEN MR. JHAVERI AND

09:31AM   4   MR. BALWANI, BUT SHE KNOWS ABOUT THE INFORMATION THAT WAS BEING

09:31AM   5   DISCUSSED AT THE MEETINGS.

09:31AM   6       MR. JHAVERI ALSO TALKED TO YOU ABOUT SOME TEXT MESSAGES.

09:31AM   7   YOU MAY RECALL HE READ SOME TEXT MESSAGES.

09:31AM   8       AND THE ONE I HAVE ON THE SCREEN NOW IS FROM OCTOBER 16,

09:31AM   9   2015.  THIS IS RIGHT WHEN THAT NEGATIVE "WALL STREET JOURNAL"

09:31AM  10   ARTICLE CAME OUT.  I THINK IT CAME OUT OCTOBER 15TH, 2016 --

09:31AM  11   I'M SORRY -- OCTOBER 15TH, 2015.

09:31AM  12       SO AT THAT TIME HOLMES AND BALWANI ARE TEXTING EACH OTHER

09:32AM  13   AND MR. BALWANI IS SAYING, OK WAG, W-A-G, WALGREENS, IS

09:32AM  14   FREAKING OUT.  LACK OF TRANSPARENCY.

09:32AM  15       "WHY DIDN'T WE TELL THEM ABOUT TURNING OFF THE

09:32AM  16   NANOTAINER."

09:32AM  17       YOU HEARD THAT AT THERANOS WHEN THEY USED FINGERSTICK, THE

09:32AM  18   BLOOD WAS COLLECTED IN A DEVICE, AND SOMETIMES YOU'VE HEARD

09:32AM  19   THAT DEVICE CALLED A NANOTAINER, SOMETIMES YOU'VE HEARD IT

09:32AM  20   CALLED A CTN, A CAPILLARY TUBE AND NANOTAINER.

09:32AM  21       AND AT THIS POINT IN TIME, OCTOBER 2015, THERANOS HAD

09:32AM  22   STOPPED USING THAT DEVICE.  THEY WERE DOING THE BLOOD TESTING

09:32AM  23   BY VEIN DRAW.

09:32AM  24       AND WALGREENS, THERANOS'S BUSINESS PARTNER, IS READING IN

09:32AM  25   "THE WALL STREET JOURNAL" THAT THAT HAPPENED.  AND MR. BALWANI

09:32AM 1   IS HAVING A PHONE CALL WITH WALGREENS, AND WALGREENS WAS

09:32AM 2   FRUSTRATED THAT THEY'RE LEARNING ABOUT THAT FACT.  THEY TURNED

09:32AM 3   IT OFF.  THEY STOPPED USING THE NANOTAINER.

09:32AM 4        AND MS. HOLMES SAYS, "THEN LET'S SHOW THEM THAT THIS

09:33AM 5   LITERALLY IS STILL UP IN AIR SO WE LITERALLY JUST DECIDED SINCE

09:33AM 6   THE DISCUSSION IS GETTING AIRED OUT IN PRESS."

09:33AM 7        LET'S TELL WALGREENS THE DECISION TO STOP USING THE

09:33AM 8   NANOTAINER IS SOMETHING THAT WE'RE STILL CONSIDERING, WE'RE

09:33AM 9   STILL SORT OF FIGURING OUR WAY THROUGH.

09:33AM 10       MR. BALWANI WRITES, "HOWEVER ISSUE IS WE DIDN'T TELL THEM

09:33AM 11  IN ADVANCE ABOUT SWITCHING."

09:33AM 12       MS. HOLMES RESPONDS, REPLIES, "WE'LL HAVE TO PRESENT WELL

09:33AM 13  THAT WE HADN'T DECIDED TO."

09:33AM 14       AND MR. BALWANI WRITES, "BAD IDEA.  AT THIS POINT THEY

09:33AM 15  KNOW.  SO NEED TO BE TRANSPARENT."

09:33AM 16       MR. BALWANI ISN'T SAYING SORT OF SOMETHING THAT FLOWS FROM

09:33AM 17  THE IDEA OF HONESTY IS THE BEST POLICY.  HE'S NOT SURPRISED

09:33AM 18  THAT ELIZABETH HOLMES IS SUGGESTING TO HIM, LET'S SAY SOMETHING

09:33AM 19  OTHER THAN THE COMPLETE TRUTH TO WALGREENS.

09:33AM 20       MR. BALWANI IS SAYING, WE CAN'T BE DECEPTIVE IN THIS ONE

09:33AM 21  INSTANCE ON THIS ONE OCCASION BECAUSE WALGREENS ALREADY KNOWS,

09:34AM 22  SO WE HAVE TO SAY SOMETHING DIFFERENT.  YOUR SUGGESTED

09:34AM 23  STATEMENT TO WALGREENS, MS. HOLMES, IS NOT A GOOD IDEA BECAUSE

09:34AM 24  WALGREENS WILL CATCH US IN THIS FALSE STATEMENT.

09:34AM 25       THE NEXT WITNESS THAT TESTIFIED WAS DR. DHAWAN.

09:34AM   1    DR. DHAWAN WAS A LABORATORY DIRECTOR AT THERANOS.  HE ALSO, AS

09:34AM   2    YOU KNOW, WAS SUNNY BALWANI'S DERMATOLOGIST.

09:34AM   3        WHEN DR. ROSENDORFF LEFT THERANOS, THERE WERE SEVERAL LAB

09:34AM   4    DIRECTORS WHO FOLLOWED, AND YOU HEARD FROM THEM, DR. DHAWAN,

09:34AM   5    DR. SAWYER, AND DR. DAS.  DR. DHAWAN WAS THE FIRST OF THOSE

09:34AM   6    NEXT GROUP OF LAB DIRECTORS AND DR. DHAWAN TOLD YOU FROM WHEN

09:34AM   7    HE STARTED, WHICH WAS FROM NOVEMBER 2014 TO ABOUT JUNE OR JULY

09:34AM   8    OF 2015 -- SO I'LL CALL IT SEVEN MONTHS -- HE SPENT A TOTAL OF

09:34AM   9    FIVE TO TEN HOURS WORKING ON THERANOS THINGS.

09:34AM   10       COMPARE THAT FOR JUST A MOMENT TO YOUR IMPRESSION OF

09:35AM   11   DR. ROSENDORFF, THE LAB DIRECTOR WHO WAS THERE FOR THAT PRIOR

09:35AM   12   YEAR, FALL '13 TO FALL '14.  FIVE TO TEN HOURS IN SEVEN MONTHS.

09:35AM   13       THE NEXT WITNESS WHO TESTIFIED WAS DAN EDLIN.  MR. EDLIN

09:35AM   14   ALSO WORKED AT THERANOS.  AND A LOT OF HIS JOB, DURING THE TIME

09:35AM   15   THAT HE WAS TESTIFYING ABOUT, WAS WORKING VERY CLOSELY WITH

09:35AM   16   ELIZABETH HOLMES ON SPECIAL PROJECTS, THINGS LIKE THE WORK THAT

09:35AM   17   THEY WERE DOING WITH THE MILITARY, AND MR. EDLIN TOLD YOU THAT

09:35AM   18   IN HIS KNOWLEDGE, THE THERANOS DEVICE WAS IN NONE OF THOSE

09:35AM   19   PLACES.  AND YOU CAN SEE THERE ARE SORT OF A LIST OF THEM.

09:35AM   20       WAS IT EVER USED BY THE MILITARY CLINICALLY IN THE

09:35AM   21   TREATMENT OF SOLDIERS?  ON THE BATTLEFIELD FOR CLINICAL USE?

09:35AM   22   IN THE MIDDLE EAST AT ALL?  ON MEDEVAC?  AND HIS ANSWER WAS,

09:35AM   23   NOT TO MY KNOWLEDGE.

09:35AM   24       AT THAT POINT YOU HAD HEARD FROM GENERAL MATTIS WHO SAID

09:35AM   25   SIMILAR THINGS.  YOU SORT OF HEARD EXTERNALLY FROM THERANOS

09:36AM  1    THAT IT WASN'T USED IN THOSE PLACES.

09:36AM  2         AND THEN YOU HEARD INTERNALLY FROM DAN EDLIN.

09:36AM  3         AND THEN YOU ALSO HEARD, WHEN MS. HOLMES GOT ON THE STAND,

09:36AM  4    SHE AGREED TO THESE THINGS.  IT ISN'T REALLY IN DEBATE ABOUT

09:36AM  5    WHETHER IT WAS USED IN THESE PLACES.

09:36AM  6         THE QUESTION IS MUCH MORE:  WERE THESE REPRESENTATIONS

09:36AM  7    MADE TO INVESTORS?

09:36AM  8         THE NEXT WITNESS THAT TESTIFIED WAS SHANE WEBER.

09:36AM  9    MR. WEBER WORKED AT PFIZER, AND YOU'VE HEARD A LOT ABOUT THE

09:36AM 10    USE OF LOGOS ON CERTAIN VALIDATION DOCUMENTS THAT THE

09:36AM 11    PHARMACEUTICAL COMPANIES DIDN'T AUTHORIZE.  IN SOME INSTANCES

09:36AM 12    THEY DIDN'T WRITE, THEY DIDN'T AUTHORIZE THE APPLICATION, THE

09:36AM 13    APPLYING OF THE LOGO TO THE DOCUMENT, AND THEY DIDN'T REACH THE

09:36AM 14    CONCLUSIONS IN THE DOCUMENT.

09:36AM 15         AND THE FIRST OF THOSE KIND OF WITNESSES WAS MR. WEBER AND

09:36AM 16    HE TOLD YOU THOSE WERE TRUE, THE LINE THAT I JUST RAN THROUGH,

09:36AM 17    VIS-À-VIS PFIZER, PFIZER DIDN'T AGREE TO THE LOGO AND DIDN'T

09:37AM 18    ASK TO APPLY THEIR LOGO AND THEY DIDN'T VALIDATE THERANOS'S

09:37AM 19    TECHNOLOGY.

09:37AM 20         BRYAN TOLBERT WAS THE NEXT WITNESS.  MR. TOLBERT WAS THE

09:37AM 21    FIRST VICTIM INVESTOR THAT YOU HEARD FROM IN THIS CASE.  HE

09:37AM 22    WORKS FOR A COMPANY CALLED HALL GROUP.

09:37AM 23         AND MR. TOLBERT TALKED TO YOU ABOUT HALL HAD INVESTED

09:37AM 24    TWICE.  THEY INVESTED BACK IN 2016 AND THEY INVESTED AGAIN AT

09:37AM 25    THE END OF 2013.

09:37AM 1          AND IN THOSE LAST COUPLE OF WEEKS OF 2013 IN DECEMBER,

09:37AM 2     HALL AND OTHER INVESTORS WERE DECIDING WHETHER TO INVEST AGAIN,

09:37AM 3     WHETHER TO MAKE ANOTHER INVESTMENT IN THERANOS, AND THERE WAS A

09:37AM 4     CALL TO DISCUSS THERANOS TO HEAR UPDATES.

09:37AM 5          AND MR. TOLBERT'S BOSS, CRAIG HALL, MIGHT NOT BE ABLE TO

09:37AM 6     MAKE THAT CALL, SO BRYAN TOLBERT MADE THE DECISION TO RECORD

09:37AM 7     THE CALL.

09:37AM 8          MS. HOLMES DID NOT KNOW THAT SHE WAS BEING RECORDED.

09:37AM 9     THAT'S WHAT MR. TOLBERT TOLD YOU.

09:37AM 10         AND DURING THIS CALL, YOU HEARD MANY PORTIONS PLAYED FOR

09:37AM 11    YOU, YOU HEARD MS. HOLMES MAKE REPRESENTATIONS TO MR. TOLBERT.

09:38AM 12         LET'S LISTEN TO ONE.

10:32AM 13         (AN AUDIOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

09:40AM 14         MR. SCHENK:  IN THAT CLIP, YOU HEARD MS. HOLMES HAS

09:40AM 15    THE CAPABILITY OF EXPLAINING TO AN INVESTOR WHEN SOMETHING HAS

09:41AM 16    NOT YET BEEN ACCOMPLISHED AT THERANOS.  SHE SUCCESSFULLY

09:41AM 17    COMMUNICATED TO BRYAN TOLBERT THAT THERANOS WOULD HAVE THE

09:41AM 18    OPPORTUNITY TO BE THE LARGEST LAB IN THE COMPANY.  SHE CAN

09:41AM 19    SUCCESSFULLY COMMUNICATE CONCEPTS THAT ARE ASPIRATIONAL.

09:41AM 20         IN THAT SAME CLIP, THOUGH, SHE TALKS ABOUT THERANOS HAVING

09:41AM 21    THE ABILITY TO RUN ANY LAB TEST THAT IS DONE IN TRADITIONAL

09:41AM 22    LABS.

09:41AM 23         MR. TOLBERT, AND ALL OF THE OTHER INVESTORS WHO

09:41AM 24    COMMUNICATED WITH MS. HOLMES, LEFT INTERACTIONS WITH HER WITH

09:41AM 25    THE UNDERSTANDING THAT THAT WAS A PRESENT CAPABILITY, THAT

09:41AM   1    THERANOS'S TECHNOLOGY COULD RUN ANY TEST.

09:41AM   2         WHEN SHE WANTS TO COMMUNICATE SOMETHING ASPIRATIONAL, SHE

09:41AM   3    CAN.  IT WAS OBVIOUS TO MR. TOLBERT, AND I THINK IT WAS KNOWN

09:41AM   4    TO HIM EVEN IF SHE HADN'T SAID IT, THAT THERANOS WASN'T YET THE

09:41AM   5    LARGEST LAB COMPANY IN THE COUNTRY.

09:41AM   6         BUT WHEN SHE WANTED TO COMMUNICATE FACTS FAVORABLE TO HER

09:42AM   7    COMPANY, LIKE WE CAN RUN ANY TESTS, SHE COMMUNICATED THAT

09:42AM   8    SUCCESSFULLY TO MR. TOLBERT ALSO.

09:42AM   9         THE NEXT WITNESS THAT TESTIFIED WAS LISA PETERSON.

09:42AM  10         MS. PETERSON WORKS FOR RDV, THE DEVOS FAMILY INVESTMENT.

09:42AM  11    AND WE'LL GO THROUGH MANY EXAMPLES OF WHAT MS. PETERSON HEARD.

09:42AM  12         ONE OF THE FACTS SHE HEARD -- RDV'S INVESTMENT WAS IN

09:42AM  13    2014 -- WAS THAT THE WALGREENS RELATIONSHIP WAS FINE, THAT IT

09:42AM  14    WASN'T STALLING, AND THERE WERE NO PROBLEMS.

09:42AM  15         THAT FOLDS INTO A FINANCIAL PROJECTION THAT SHE RECEIVED

09:42AM  16    AND MR. MOSLEY RECEIVED, AND WE'LL TALK ABOUT THAT IN A MOMENT.

09:42AM  17         BUT ONE OF THE THINGS THAT IS IMPORTANT IS THE FINANCIAL

09:42AM  18    PROJECTION IS BASED UPON A HEALTHY AND EXPANDING WALGREENS

09:42AM  19    RELATIONSHIP, AND MS. PETERSON HAD THE UNDERSTANDING THAT THE

09:42AM  20    RELATIONSHIP BETWEEN THERANOS AND WALGREENS WAS HEALTHY AND

09:42AM  21    EXPANDING.

09:42AM  22         THE NEXT WITNESS THAT TESTIFIED WAS DR. CULLEN.

09:43AM  23    DR. CULLEN WORKED AT SCHERING-PLOUGH, AND SORT OF SIMILAR TO

09:43AM  24    MR. WEBER FROM PFIZER, DR. CULLEN CAME IN AND TOLD YOU, WE

09:43AM  25    DIDN'T AGREE TO PUT OUR LOGO ON THAT DOCUMENT, THESE

09:43AM  1    CONCLUSIONS IN THIS DOCUMENT, THE DOCUMENT YOU SEE IS

09:43AM  2    EXHIBIT 259, THESE ARE THERANOS'S CONCLUSIONS, THEY'RE NOT

09:43AM  3    SCHERING-PLOUGH'S.

09:43AM  4        SHE ALSO WENT A LITTLE BIT FURTHER AND DESCRIBED TO YOU

09:43AM  5    WHERE THE WORK HAD BEEN DONE, SORT OF WHAT THE STUDY WAS AND

09:43AM  6    WHERE THAT WORK WAS DONE, AND SHE TOLD YOU THAT FOR THE

09:43AM  7    SCHERING-PLOUGH WORK, THE DEVICES, THE THERANOS DEVICES STAYED

09:43AM  8    AT THERANOS AND THAT TESTING THAT WAS RUN WAS AT THERANOS.

09:43AM  9        AND AS A RESULT, SHE'S SAYING, WE COULDN'T HAVE REACHED

09:43AM 10    THESE CONCLUSIONS.  WE DIDN'T WRITE THIS DOCUMENT.  BUT ALSO WE

09:43AM 11    WOULDN'T HAVE BEEN IN A POSITION TO DO IT BECAUSE OF WHAT THE

09:43AM 12    WORK WAS, THE STUFF THAT WAS DONE WAS ALL DONE AT THERANOS.

09:43AM 13        AND, IN FACT, SHE TESTIFIED ABOUT AN INSTANCE WHEN SHE AND

09:43AM 14    SOME OTHERS FROM SCHERING-PLOUGH FLEW FROM NEW JERSEY TO

09:43AM 15    PALO ALTO, WENT TO A MEETING AT THERANOS, AND ASKED QUESTIONS

09:44AM 16    TO TRY TO LEARN ABOUT THE DATA THAT WAS GENERATED, AND SHE FELT

09:44AM 17    THAT MS. HOLMES WASN'T FORTHCOMING IN THAT MEETING.  WE'LL TALK

09:44AM 18    ABOUT THAT IN A LITTLE BIT.

09:44AM 19        DAN MOSLEY WAS THE NEXT WITNESS WHO TESTIFIED.

09:44AM 20        HE WAS ALSO AN INVESTOR.  YOU'LL RECALL THAT MR. MOSLEY

09:44AM 21    WAS AN ATTORNEY FOR A LAW FIRM IN NEW YORK, AND HE HAD A

09:44AM 22    BACKGROUND IN TRUSTS AND ESTATES, AND HE HAD AS CLIENTS OTHER

09:44AM 23    INDIVIDUALS, DR. KISSINGER WAS ONE OF THEM.

09:44AM 24        DR. KISSINGER ASKED MR. MOSLEY TO LOOK AT THERANOS AND LET

09:44AM 25    DR. KISSINGER KNOW WHAT MR. MOSLEY THOUGHT.  AND TO ACCOMPLISH

09:44AM  1    THAT, DAN MOSLEY RECEIVED A BINDER OF DOCUMENTS, AN INVESTOR

09:44AM  2    BINDER.

09:44AM  3        YOU HEARD ABOUT INVESTOR BINDERS IN THIS CASE, AND WE'LL

09:44AM  4    TALK A LITTLE BIT MORE ABOUT THEM THIS MORNING.

09:44AM  5        IN THE INVESTMENT BINDER WAS THE PFIZER REPORT.  SO THAT

09:44AM  6    PFIZER DOCUMENT WASN'T JUST SENT TO WALGREENS.  IT WAS ALSO

09:45AM  7    SENT TO INVESTORS.

09:45AM  8        AND IT WAS PARTICULARLY SIGNIFICANT TO MR. MOSLEY.

09:45AM  9    MR. MOSLEY THOUGHT PFIZER WROTE THE DOCUMENT, AND MR. MOSLEY

09:45AM 10    THOUGHT THAT IT WAS, THE PFIZER REPORT, WAS THE MOST VALUABLE

09:45AM 11    VALIDATION, INDEPENDENT VALIDATION OF THE EFFICACY OF THE

09:45AM 12    THERANOS TECHNOLOGY.

09:45AM 13        AND YOU KNOW HE THOUGHT THAT, HE TESTIFIED ABOUT IT, BUT

09:45AM 14    HE ALSO PREPARED A DOCUMENT FOR DR. KISSINGER, AND IN IT, AND

09:45AM 15    I'LL SHOW IT TO YOU A LITTLE LATER, HE SAYS THAT, HE SAYS HOW

09:45AM 16    IMPORTANT THE PFIZER DOCUMENT IS, AND I THINK THERE'S EVEN

09:45AM 17    UNDERLINING IN IT.  HE TALKS ABOUT THE TIME THAT HE SPENT WITH

09:45AM 18    THAT PARTICULAR DOCUMENT.

09:45AM 19        CHRIS LUCAS WAS THE NEXT WITNESS.  HE WAS ALSO AN

09:45AM 20    INVESTOR.

09:45AM 21        MR. LUCAS HAD A FUND CALLED BLACK DIAMOND VENTURES.  AND

09:45AM 22    IN ADDITION TO BEING AN INVESTOR FOR MULTIPLE OCCASIONS, HE

09:45AM 23    ALSO DID SOME WORK WITH THERANOS.  I THINK HE SAID HE WAS

09:46AM 24    HELPING OUT WITH FINANCIALS, LOOKING AT SOME OF THE DATA IN

09:46AM 25    EXCEL CHARTS.

09:46AM  1          AND ALL OF THAT EXPOSURE, BEING A MULTIPLE TIME INVESTOR

09:46AM  2   AND DOING SOME WORK WITH THERANOS, HE STILL TOLD YOU THAT HE

09:46AM  3   WOULD HAVE BEEN SURPRISED IF HE LEARNED THAT THERANOS'S

09:46AM  4   TECHNOLOGY, ITS ANALYZER, COULD NEVER DO MORE THAN 12 TESTS.

09:46AM  5          LOOK AT ALL OF THE EXPOSURE THAT SOMEONE HAD TO THE

09:46AM  6   COMPANY, INVESTING MULTIPLE TIMES, DOING SOME WORK FOR THE

09:46AM  7   COMPANY, AND STILL SORT OF THE FUNDAMENTAL TRUTH ABOUT THERANOS

09:46AM  8   WAS SURPRISING TO MR. LUCAS.

09:46AM  9          DR. SAWYER TESTIFIED NEXT.  SHE WAS ALSO A LAB DIRECTOR.

09:46AM  10  SHE WORKED AT THERANOS AROUND THE SAME TIME, EVEN OVERLAPPING

09:46AM  11  WITH DR. DHAWAN AT SOME POINT IN TIME.

09:46AM  12         AND IF IT WAS POSSIBLE, SHE SPENT LESS TIME WORKING AT

09:46AM  13  THERANOS THAN DR. DHAWAN.

09:46AM  14         DR. DHAWAN'S FIVE TO TEN HOURS THAT HE ESTIMATED,

09:46AM  15  DR. DHAWAN WENT TO THE LAB.

09:47AM  16         DR. SAWYER NEVER SET FOOT IN THE LAB.  SHE NEVER SAW THE

09:47AM  17  EDISON DEVICE.  SHE NEVER SPOKE TO DOCTORS.  SHE NEVER SPOKE TO

09:47AM  18  PATIENTS.  AND SHE WAS NEVER SPOKEN TO ABOUT CRITICAL VALUES.

09:47AM  19  IF A LAB TEST WAS CONDUCTED AT THERANOS AND THE VALUE WAS VERY

09:47AM  20  HIGH, WAS OF THIS -- OR VERY LOW -- WAS OF THIS SORT THAT WAS

09:47AM  21  CALLED A CRITICAL VALUE, SHE WAS NEVER CONSULTED, NOT ONE TIME

09:47AM  22  ON ANY OCCASION.

09:47AM  23         DR. DAS WAS THE NEXT WITNESS.  HE WAS THE LAB DIRECTOR

09:47AM  24  AFTER SAWYER AND DHAWAN.

09:47AM  25         AND DR. DAS TALKED TO YOU ABOUT THE PRACTICE AT THERANOS

09:47AM 1   LATER ON OF VOIDING TESTS.  AFTER THE CMS INSPECTION AND REPORT

09:47AM 2   CAME OUT, THERANOS THEN VOIDED ALL OF THE TESTS RUN ON THE

09:47AM 3   THERANOS DEVICE, AND HE SAID HE DID THAT BECAUSE HE FOUND THE

09:47AM 4   DEVICE UNSUITABLE FOR, AS IT SAYS HERE, CLINICAL USE.

09:47AM 5        MR. EISENMAN WAS THE NEXT WITNESS.  MR. EISENMAN WAS ALSO

09:47AM 6   AN INVESTOR.  YOU MAY RECALL SOME OF THE FRUSTRATIONS THAT WERE

09:48AM 7   PRESENT ON BOTH SIDES, ON MR. EISENMAN'S PART AND ON THERANOS'S

09:48AM 8   PART.  MR. EISENMAN WANTED MORE INFORMATION AND THERANOS WAS

09:48AM 9   NOT PROVIDING MORE INFORMATION.

09:48AM 10       HERE MR. EISENMAN IS THIRSTY FOR INFORMATION, SO HE'S

09:48AM 11  DOING RESEARCH, AND HE DISCOVERS A UBS ANALYST REPORT.  AND IN

09:48AM 12  THAT REPORT THE ANALYST -- THIS IS BEFORE THE 2015

09:48AM 13  "WALL STREET JOURNAL" ARTICLE COMES OUT THAT SAYS WHAT IS

09:48AM 14  HAPPENING WITHIN THE FOUR WALLS OF THERANOS -- MR. EISENMAN

09:48AM 15  DISCOVERS THIS UBS ANALYST SAYING THINGS LIKE THEY DRAW BLOOD

09:48AM 16  MOSTLY THROUGH VENIPUNCTURE, THEY THEN SHIP THE BLOOD TO A

09:48AM 17  REGIONAL LAB, AND IT'S HIGHLY UNLIKELY THAT ALL OF THE TESTS

09:48AM 18  ARE BEING DONE ON ONE MACHINE.

09:48AM 19       THIS IS SURPRISING TO MR. EISENMAN.  THAT'S NOT WHAT HIS

09:48AM 20  UNDERSTANDING OF THE TECHNOLOGY WAS OR THE WAY THE BLOOD WAS

09:49AM 21  TESTED.

09:49AM 22       SO HE SENDS THAT REPORT TO HOLMES AND BALWANI AND SAID,

09:49AM 23  LOOK AT THIS LINK, THE UBS ANALYST IS MAKING SOME CLAIMS, THE

09:49AM 24  BLOOD IS SENT TO PALO ALTO, THE TESTING IS LESS RELIABLE THAN

09:49AM 25  TRADITIONAL LAB TESTING, TURNAROUND TIMES IS OVER 24 HOURS.

09:49AM  1      MR. BALWANI RESPONDS, DOESN'T SURPRISE US, SOUNDS LIKE AN

09:49AM  2  UNINFORMED CONSULTANT.

09:49AM  3      AND THEN YOU SEE ON THE LEFT SIDE OF THE SCREEN,

09:49AM  4  MR. BALWANI FORWARDS WHAT HE RESPONDED TO MR. EISENMAN TO

09:49AM  5  MS. HOLMES.

09:49AM  6      BRIAN GROSSMAN WAS THE NEXT WITNESS, AND HE WORKED FOR PFM

09:49AM  7  AND THEY WERE ALSO AN INVESTOR.

09:49AM  8      MR. GROSSMAN TALKED ABOUT WHAT HE LEARNED IN SOME OF THE

09:49AM  9  MEETINGS WHEN PFM WAS MAKING SOME DECISIONS TO INVEST.  AND HE

09:49AM 10  WAS TOLD THAT THEY COULD DO OVER A THOUSAND CPT CODES WITH

09:50AM 11  THEIR TECHNOLOGY.

09:50AM 12      YOU'VE HEARD THAT CPT CODES ARE A BILLING CODE, AND

09:50AM 13  THERE'S BEEN SOME DISCUSSION AFTER THAT ABOUT WHETHER THAT

09:50AM 14  REALLY MEANS A THOUSAND TESTS, OR DO CODES COVER MORE THAN ONE

09:50AM 15  TEST?  SO WOULD ONE TEST APPLY TO MULTIPLE CODES BRING THE

09:50AM 16  NUMBER DOWN?

09:50AM 17      I'LL SHOW YOU A LITTLE BIT LATER AN INSTANCE WHERE IT IS

09:50AM 18  CLEAR THAT A THOUSAND TESTS IS REPRESENTED.

09:50AM 19      BUT FOR NOW, NOTICE WHAT MR. GROSSMAN TALKED ABOUT, AND

09:50AM 20  YOU ACTUALLY ALSO HEARD IT JUST A MOMENT AGO IN THAT RECORDING.

09:50AM 21      MR. GROSSMAN SAYS THAT THERANOS WAITED TO LAUNCH UNTIL

09:50AM 22  THEY COULD HAVE A CERTAIN COVERAGE OF THE TESTING MARKET.  HERE

09:50AM 23  IT'S 100 PERCENT OF WHAT THE BIG PLAYERS COULD DO, SORT OF THE

09:50AM 24  QUEST AND LABCORP OF THE WORLD.

09:50AM 25      THERANOS DIDN'T GO OUT PREMATURELY AND DIDN'T GO OUT WHEN

09:50AM  1    THEY COULD ONLY DO 12 TESTS, DIDN'T GO OUT WHEN THEY NEEDED TO

09:50AM  2    MODIFY SOME THIRD PARTY DEVICES IN ORDER TO DO TESTING.

09:51AM  3        HIS UNDERSTANDING WAS THERANOS WAITED TO LAUNCH UNTIL THEY

09:51AM  4    HAD A CERTAIN AMOUNT OF COVERAGE, AND YOU HEARD VERY SIMILAR

09:51AM  5    STATEMENTS IN THE RECORDING FROM TOLBERT A MOMENT AGO.

09:51AM  6        THE NEXT WITNESS WAS ERIN TOMPKINS.  MS. TOMPKINS

09:51AM  7    TESTIFIED ABOUT AN HIV TEST THAT SHE RECEIVED.  SHE TOLD YOU

09:51AM  8    THAT SHE TOOK AN HIV 1 PLUS 2 ANTIBODIES TEST AND IT CAME BACK

09:51AM  9    REACTIVE.

09:51AM  10        AND SHE DESCRIBED TO YOU THAT SHE DIDN'T HAVE ANY OTHER

09:51AM  11    SYMPTOMS OF HIV, AND SHE HAD A TEST AFTERWARDS LATER ON THAT

09:51AM  12    SHOWED SHE WAS NEGATIVE FOR HIV, AND THEREFORE, SHE QUESTIONED

09:51AM  13    WHETHER THE RESULT THAT SHE GOT FROM THERANOS WAS ACCURATE.

09:51AM  14        DR. BURNES TESTIFIED NEXT.  DR. BURNES WAS THE TREATING

09:51AM  15    PHYSICIAN FOR DR. ELLSWORTH.  IN THIS CASE HE WAS A PATIENT.

09:51AM  16    MEHRL ELLSWORTH IS ALSO A DOCTOR, AND HIS PHYSICIAN,

09:51AM  17    DR. ELLSWORTH'S PHYSICIAN WAS DR. BURNES.

09:52AM  18        DR. BURNES TOLD YOU ABOUT THE PSA TEST FOR PROSTATE CANCER

09:52AM  19    AND WHAT IT TESTS FOR.

09:52AM  20        AND DR. BURNES DESCRIBED TO YOU -- ACTUALLY WHAT I HAVE

09:52AM  21    HERE IS SOMETHING THAT HE SAID ON CROSS-EXAMINATION, THAT

09:52AM  22    ERRORS IN PSA SCORES IN HIS EXPERIENCE ACTUALLY ARE RARE.

09:52AM  23        ON DIRECT HE TALKED ABOUT WHY THE SCORES THAT HIS PATIENT,

09:52AM  24    DR. ELLSWORTH, RECEIVED, WHY THOSE WERE NOT ACCURATE.  THERE

09:52AM  25    WERE, YOU MAY RECALL -- AND I'LL SHOW YOU IN A MOMENT -- THEY

09:52AM 1    WERE AROUND 1 OR 2 AND THEN 20, AND THEN AROUND 1 AND 2 AND

09:52AM 2    THEN 20.

09:52AM 3         AND DR. BURNES TOLD YOU, IN MY EXPERIENCE AND KNOWING THIS

09:52AM 4    PATIENT, I DON'T THINK THOSE 20 WERE ACCURATE.

09:52AM 5         BUT HE ALSO WENT A LITTLE FURTHER ON CROSS-EXAMINATION AND

09:52AM 6    HE TOLD YOU INACCURACY IN PSA TESTING IS RARE IN MY EXPERIENCE.

09:52AM 7         DR. ELLSWORTH FOLLOWED, AND HE TALKED ABOUT HIS TESTS.

09:52AM 8    THE FIRST TEST THERE, THE MAY 14TH BLOOD DRAW IS A COUNT IN THE

09:53AM 9    INDICTMENT.  WE'LL GET TO THAT A LITTLE BIT LATER, BUT IT'S

09:53AM 10   ACTUALLY ONE OF THE CHARGES THAT YOU DELIBERATE OVER AND YOU

09:53AM 11   DECIDE ON THE VERDICT FORM, YOU WRITE GUILTY OR NOT GUILTY.

09:53AM 12   AND IT WILL BE NEXT TO -- ON THE VERDICT FORM IT SAYS M.E., IT

09:53AM 13   HAS HIS INITIALS, MEHRL ELLSWORTH, AND IT IS THIS FIRST BLOOD

09:53AM 14   TEST.

09:53AM 15        THE BLOOD DRAW WAS MAY 14TH, AND THE RESULT WAS FAXED BACK

09:53AM 16   TO HIS DOCTOR, DR. BURNES'S OFFICE TWO DAYS LATER ON MAY 16TH.

09:53AM 17        SO THE DATE ON THE TEST IS MAY 16TH, BUT IT'S THIS SCORE

09:53AM 18   OF 26, AND THERE'S AN EMAIL I'LL SHOW YOU WHERE INTERNALLY AT

09:53AM 19   THERANOS THEY'RE SORT OF ANALYZING THIS PROBLEM AND THEY TRACK

09:53AM 20   WHICH DEVICE THE TESTS WERE DONE ON.

09:53AM 21        HE GOT -- DR. ELLSWORTH GOT FOUR PSA TESTS ALL WITHIN

09:53AM 22   ABOUT A MONTH AND A HALF AT THERANOS.  THE FIRST ONE WAS ON AN

09:53AM 23   EDISON, THE SECOND ONE WAS ON A COMMERCIAL, THE THIRD ONE WAS

09:54AM 24   ON EDISON, THE THERANOS DEVICE, AND THE FOURTH ONE WAS ON A

09:54AM 25   COMMERCIAL, AND YOU SEE THAT HERE:  26, 1, 22, 1.

09:54AM   1        AND THEN FOR GOOD MEASURE A COUPLE YEARS LATER,

09:54AM   2   DR. ELLSWORTH TOLD YOU HE WENT TO LABCORP AND GOT A TEST AND IT

09:54AM   3   STILL WAS STILL 2.

09:54AM   4        THE GOVERNMENT'S FINAL WITNESS WAS ROGER PARLOFF.

09:54AM   5        MR. PARLOFF WAS A REPORTER, IS A REPORTER, AND HE WROTE A

09:54AM   6   STORY FOR "FORTUNE" MAGAZINE IN 2014 ABOUT MS. HOLMES AND

09:54AM   7   THERANOS.

09:54AM   8        AND IN THAT PROCESS, HE SAT DOWN AND INTERVIEWED

09:54AM   9   ELIZABETH HOLMES, AND HE HAD HOURS OF TAPES AND NOTES FROM

09:54AM   10  THOSE INTERVIEWS, AND HE DESCRIBED THAT PROCESS TO YOU, AND IT

09:54AM   11  RESULTED IN THE CREATION OF AN ARTICLE.

09:54AM   12       AND THERE ARE SORT OF TWO ARTICLES THAT PLAY A SIGNIFICANT

09:54AM   13  ROLE, OR PLAY A ROLE IN THIS TRIAL.

09:54AM   14       ONE IS A 2013 "WALL STREET JOURNAL" ARTICLE BY JOE RAGO,

09:55AM   15  R-A-G-O, AND A 2014 "FORTUNE" ARTICLE BY ROGER PARLOFF.

09:55AM   16       AND THE REASON THOSE TWO ARE SIGNIFICANT -- AND YOU HAVE

09:55AM   17  COPIES OF THEM, THEY ARE IN EVIDENCE -- WAS BECAUSE THERANOS,

09:55AM   18  MS. HOLMES TOOK THOSE ARTICLES AND SENT THEM TO INVESTORS.

09:55AM   19       AND PART OF THE SCHEME THE GOVERNMENT ALLEGES OCCURRED

09:55AM   20  HERE WAS MS. HOLMES USED THE MEDIA TO DO SOME OF THE WORK FOR

09:55AM   21  HER.  SHE MADE FALSE STATEMENTS TO THE MEDIA, AND THEN WHEN

09:55AM   22  THOSE FALSE STATEMENTS APPEARED IN ARTICLES, SHE THEN SENT

09:55AM   23  THOSE ARTICLES TO INVESTORS.

09:55AM   24       AND PARLOFF AND RAGO -- THOSE ARE THE AUTHORS OF THOSE TWO

09:55AM   25  ARTICLES -- YOU HEARD SOME RECORDINGS FROM MR. PARLOFF.  ONE OF

09:55AM   1    THE TOPICS THAT WAS DISCUSSED WAS MR. PARLOFF UNDERSTANDS THAT

09:55AM   2    ON OCCASION AN INDIVIDUAL, A PATIENT, GOES TO A WALGREENS AND

09:55AM   3    GETS A VEIN DRAW, AND HE'S ASKING MS. HOLMES, HELP ME

09:56AM   4    UNDERSTAND WHY THAT HAPPENS.

09:56AM   5        AND YOU CAN SORT OF -- YOU CAN HEAR IT.  I'LL PLAY IT FOR

09:56AM   6    YOU.  HE'S A LITTLE CONFUSED AS WHY IT'S FINGERSTICK BLOOD

09:56AM   7    TESTING, AND HELP ME UNDERSTAND THE CIRCUMSTANCES THAT WOULD

09:56AM   8    CAUSE AN INDIVIDUAL TO GO TO A WALGREENS AND GET A VEIN DRAW.

09:56AM   9        (AN AUDIOTAPE WAS PLAYED IN COURT OFF THE RECORD.)

09:57AM   10        MR. SCHENK:  SO IN THAT CLIP, FORGIVE ME, HE'S NOT

09:57AM   11    ASKING ABOUT THE VEIN DRAWS, HE'S ASKING ABOUT SEEING THE

09:57AM   12    DEVICES.

09:57AM   13        AND HE WANTS TO TOUR THE LAB IN ARIZONA, AND MR. PARLOFF

09:57AM   14    IS SORT OF ASKING QUESTIONS ABOUT THAT.  WHAT DOES IT LOOK

09:57AM   15    LIKE?  CAN I COME OUT AND SEE IT?

09:57AM   16        AND MS. HOLMES SAYS, IT'S NOT OPERATIONAL YET, BUT YOU'VE

09:57AM   17    SEEN IT.  REMEMBER WHEN YOU SAW ALL OF OUR DEVICES STACKED UP,

09:57AM   18    WELL, THE LAB LOOKS JUST LIKE THAT, THE LAB IS JUST THAT.

09:57AM   19        YOU KNOW AS JURORS NOW, BECAUSE YOU'VE LISTENED TO THE

09:57AM   20    TRIAL, THAT ISN'T TRUE.  THERANOS ACTUALLY TESTED -- YOU CAN

09:58AM   21    THINK OF IT IN THREE WAYS.  THERANOS TESTED ON EDISON DEVICES,

09:58AM   22    THE BANKS OF DEVICES THAT SHE'S TALKING ABOUT HERE, AND THEN

09:58AM   23    THEY ALSO TESTED BLOOD ON THIRD PARTY DEVICES, AND THOSE THIRD

09:58AM   24    PARTY DEVICES SEPARATE INTO TWO CATEGORIES.  SOMETIMES THEY

09:58AM   25    MODIFIED THEM.  THERANOS CHANGED THEM SO THAT THE DEVICE COULD

09:58AM  1    ACCEPT A SMALLER AMOUNT OF BLOOD, AND SOMETIMES THERANOS DID

09:58AM  2    NOT MODIFY THE DEVICE.  SO ESSENTIALLY THREE.  THE EDISON,

09:58AM  3    MODIFIED THIRD PARTY, AND UNMODIFIED THIRD PARTY.

09:58AM  4        AND YOU'VE HEARD IN THIS TRIAL WHEN MS. HOLMES WAS

09:58AM  5    TESTIFYING THAT "I DID NOT," MS. HOLMES DID NOT TELL INVESTORS

09:58AM  6    OR WALGREENS OR THIRD PARTIES ABOUT THE USE OF THIRD PARTY

09:58AM  7    DEVICES BECAUSE IT WAS A TRADE SECRET.

09:58AM  8        AND THIS CLIP WITH MR. PARLOFF IS ILLUMINATING ON THAT

09:58AM  9    POINT.

09:58AM  10       ONE, EVEN IF YOU ACCEPT FOR A MOMENT THAT THE USE OF THE

09:58AM  11   THIRD PARTY DEVICES WAS A TRADE SECRET, SHE'S STILL MAKING

09:59AM  12   FALSE STATEMENTS TO MR. PARLOFF.  SHE'S SAYING, HERE'S WHAT THE

09:59AM  13   LAB LOOKS LIKE, IT LOOKS LIKE A BUNCH OF OUR DEVICES.

09:59AM  14       SO I DON'T THINK YOU SHOULD ACCEPT THE FACT THAT TRADE

09:59AM  15   SECRETS GIVE HER PERMISSION TO MADE FALSE STATEMENTS ABOUT IT.

09:59AM  16       BUT IT'S ACTUALLY MORE THAN THAT.  THE USE OF UNMODIFIED

09:59AM  17   THIRD PARTY DEVICES, THE ONE THEY MADE NO CHANGES TO, WAS NOT A

09:59AM  18   TRADE SECRET AT THERANOS.  THAT WAS JUST A SECRET.

09:59AM  19       AT THERANOS THEY JUST DIDN'T TELL PEOPLE THAT THEY WERE

09:59AM  20   USING THIRD PARTY DEVICES TO TEST BLOOD BECAUSE IT WAS

09:59AM  21   INCONSISTENT WITH THE NARRATIVE THAT THEY WERE PITCHING.

09:59AM  22       SO THE TRADE SECRET, I'M GOING TO CALL IT EXCUSE, EVEN IF

09:59AM  23   YOU ACCEPT IT, IS ONLY AN EXCUSE FOR THE MODIFIED THIRD PARTY.

09:59AM  24   IT'S NOT AN EXCUSE FOR THE FALSE STATEMENT TO PARLOFF THAT THEN

09:59AM  25   ENDS UP IN AN ARTICLE, AND IT ISN'T AN EXCUSE FOR WHY THE USE

09:59AM  1    OF THIRD PARTY DEVICES, THE ONES THAT DON'T GET CHANGED, THE

09:59AM  2    ONES THAT DON'T GET MODIFIED, WHY THAT NEEDS TO BE HIDDEN FROM

09:59AM  3    INVESTORS.

09:59AM  4        I TOLD YOU THAT WE WERE GOING TO TALK ABOUT FOUR TOPICS

10:00AM  5    WITH THE SLIDES.  THE FIRST WAS WITNESSES.

10:00AM  6        THE SECOND TOPIC IS CHARGES IN THIS CASE.

10:00AM  7        MS. HOLMES IS CHARGED WITH COMMITTING TWO CRIMES.  THE

10:00AM  8    FIRST CRIME IS THE CRIME OF CONSPIRACY TO COMMIT WIRE FRAUD.

10:00AM  9        THE SECOND CRIME IS THE CRIME OF WIRE FRAUD.

10:00AM 10        EACH OF THOSE TWO CRIMES IS CHARGED TWO DIFFERENT WAYS.

10:00AM 11    THINK OF IT FROM THE PERSPECTIVE OF THE VICTIMS, INVESTORS AND

10:00AM 12    PATIENTS.  SO THERE'S A CONSPIRACY TO COMMIT WIRE FRAUD FOR

10:00AM 13    INVESTORS, AND THEN THERE'S SUBSTANTIVE WIRE FRAUD COUNTS FOR

10:00AM 14    DEFRAUDING INVESTORS.

10:00AM 15        AND THEN THE SAME REPEATS.  THERE'S A CONSPIRACY TO COMMIT

10:00AM 16    WIRE FRAUD TO DEFRAUD PATIENTS, AND THEN THERE ARE SUBSTANTIVE

10:00AM 17    WIRE FRAUD COUNTS FOR PATIENTS.

10:00AM 18        THE LENGTH OF THE CONSPIRACY PERIOD IS A LITTLE BIT

10:00AM 19    DIFFERENT.  YOU SEE IT HERE FOR THE INVESTORS, IT'S 2010 TO

10:01AM 20    2015.  FOR PATIENTS, IT'S THE WALGREENS PERIOD, IT'S 2013 TO

10:01AM 21    2016.

10:01AM 22        THE SUBSTANTIVE COUNTS OF WIRE FRAUD, FOR INVESTORS THERE

10:01AM 23    ARE SIX OF THEM.  YOU'VE HEARD FROM THE INVESTORS.  WE'VE JUST

10:01AM 24    WENT THROUGH SOME OF THEM AND I'LL SPEND SOME MORE IN TIME IN A

10:01AM 25    MOMENT TALKING ABOUT THEM.

10:01AM  1          THE PATIENTS, THERE WERE THREE PATIENT COUNTS.

10:01AM  2          NOTICE COUNT NINE IS NOT BEFORE YOU.  WHEN THE JUDGE READS

10:01AM  3     YOU JURY INSTRUCTIONS AND TALKS ABOUT THE COUNTS, THAT COUNT IS

10:01AM  4     NOT BEFORE YOU.  YOU MAY RECALL THAT THE GOVERNMENT DISMISSED

10:01AM  5     THAT COUNT RIGHT AT THE CLOSE OF THE GOVERNMENT'S EVIDENCE.

10:01AM  6          SO THERE ARE THREE PATIENT COUNTS FOR YOU TO DELIBERATE

10:01AM  7     ON.  YOU WON'T SEE A COUNT NINE ON YOUR VERDICT FORM.

10:01AM  8          THE FIRST TWO PATIENT COUNTS INVOLVE SPECIFIC PATIENTS,

10:01AM  9     TOMPKINS AND ELLSWORTH.

10:01AM  10         THE FINAL COUNT IN THE INDICTMENT, THE FINAL PATIENT

10:01AM  11    COUNT, COUNT TWELVE, INVOLVES THAT TRANSFER, THE WIRE TRANSFER

10:01AM  12    TO PURCHASE ADS IN THE ARIZONA MARKET, THE MEDIA BUY.

10:02AM  13         EACH OF THE COUNTS, EACH CRIME, HAS ELEMENTS, THINGS THAT

10:02AM  14    THE GOVERNMENT MUST PROVE.

10:02AM  15         AFTER I FINISH CLOSING, THE DEFENSE HAS AN OPPORTUNITY TO

10:02AM  16    GIVE A CLOSING, THE GOVERNMENT CAN THEN GIVE A REBUTTAL, AND

10:02AM  17    THEN THE JUDGE READS YOU JURY INSTRUCTIONS, GUIDELINES OR

10:02AM  18    GUIDANCE FOR YOUR DELIBERATION.

10:02AM  19         AND IN THOSE, YOU ARE READ THE LAW ON THE CRIME OF

10:02AM  20    CONSPIRACY, SECTION 1349, THE CRIME OF WIRE FRAUD, SECTION

10:02AM  21    1343.

10:02AM  22         AND CRIMES HAVE ELEMENTS.  THE GOVERNMENT HAS TO PROVE

10:02AM  23    EACH ELEMENT BEYOND A REASONABLE DOUBT IN ORDER FOR YOU TO

10:02AM  24    CONVICT FOR THAT COUNT.

10:02AM  25         AND THE ELEMENTS THE JUDGE IS GOING TO READ TO YOU.  WHAT

10:02AM  1    THE JUDGE SAYS CONTROLS.

10:02AM  2         HERE ARE TWO ELEMENTS OF CONSPIRACY THAT I THINK THE JUDGE

10:02AM  3    IS GOING TO READ TO YOU:  THAT THERE WAS AN AGREEMENT BETWEEN

10:02AM  4    TWO OR MORE PERSONS TO COMMIT WIRE FRAUD; AND THAT MS. HOLMES

10:02AM  5    BECAME A MEMBER OF THE CONSPIRACY KNOWING OF AT LEAST ONE OF

10:02AM  6    ITS OBJECTS AND INTENDING TO HELP ACCOMPLISH IT.

10:03AM  7         IN ORDER TO BREAK THOSE DOWN, THE AGREEMENT FIRST SHOULD

10:03AM  8    BE DEFINED.  WHAT IS THE AGREEMENT BETWEEN HOLMES AND BALWANI?

10:03AM  9         WELL, FOR THE INVESTOR SIDE, IT'S TO GET MONEY FROM

10:03AM 10    INVESTORS THROUGH FRAUD, THROUGH FRAUD STATEMENTS.  THEY EACH

10:03AM 11    HAVE A DIFFERENT ROLE IN THE CONSPIRACY.

10:03AM 12         MS. HOLMES'S ROLE IS TO RECRUIT INVESTORS BY MAKING FALSE

10:03AM 13    STATEMENTS, AND I'VE LISTED JUST A COUPLE.  WE'LL GO THROUGH

10:03AM 14    MORE OF THEM LATER.  BUT THE FALSE STATEMENTS FALL INTO

10:03AM 15    DIFFERENT CATEGORIES, AND THOSE FALSE STATEMENTS YOU WILL SEE

10:03AM 16    ARE REPEATED IN THE SUBSTANTIVE WIRE FRAUD COUNTS.

10:03AM 17         WHEN SHE MAKES FALSE STATEMENTS TO SOMEONE LIKE EISENMAN

10:03AM 18    OR MOSLEY, IT'S THE SAME KIND OF FALSE STATEMENT THAT ARE PART

10:03AM 19    OF THE CONSPIRACY, AND THOSE FALSE STATEMENTS ARE ABOUT THINGS

10:03AM 20    LIKE THE CAPABILITY OF THE TECHNOLOGY, THE FINANCIAL HEALTH OF

10:03AM 21    THE COMPANY, THE RELATIONSHIP WITH WALGREENS, DOD WORK.  IT'S

10:03AM 22    THE TOPICS THAT WE HAVE ALREADY BEEN DISCUSSING THIS MORNING.

10:03AM 23         MR. BALWANI ALSO HAD A ROLE IN THIS CONSPIRACY, THE

10:04AM 24    INVESTOR CONSPIRACY.

10:04AM 25         MR. BALWANI RAN THE LAB.  YOU HEARD THAT REFERRED TO AS

10:04AM  1    SORT OF RUNNING OPERATIONS AT THE LAB.  THAT WAS USEFUL.

10:04AM  2         WHEN THERANOS HAD A LAB AND THEN PITCHED INVESTORS, IT WAS

10:04AM  3    USEFUL TO HAVE THAT LAB OPERATING, TO BE RUNNING, BECAUSE

10:04AM  4    INVESTORS WOULD VIEW IT AS A SORT OF PROOF OF CONCEPT, AS SORT

10:04AM  5    OF A VALUABLE THING THAT THERANOS HAD TO MAKE THE INVESTMENT

10:04AM  6    MORE ATTRACTIVE.

10:04AM  7         HE ALSO -- MR. BALWANI ALSO RECRUITED INVESTORS.

10:04AM  8         ALAN EISENMAN TOLD YOU THAT HE HAD CONVERSATIONS WITH

10:04AM  9    MR. BALWANI.

10:04AM  10         BRIAN GROSSMAN TOLD YOU THAT HE HAD CONVERSATIONS WITH

10:04AM  11    MR. BALWANI.

10:04AM  12         SO THE LINES, THE DIVISION WASN'T A CLEAR LINE BETWEEN

10:04AM  13    HOLMES AND BALWANI IN THE CONSPIRACY.  THEY EACH DID EACH

10:04AM  14    OTHER'S JOB AT TIMES, BUT MR. BALWANI RAN THE LAB AND

10:04AM  15    MS. HOLMES RECRUITED INVESTORS, THOUGH AGAIN, AS I SAID,

10:04AM  16    MR. BALWANI ALSO RECRUITED INVESTORS.

10:04AM  17         IN PARTICULAR WHEN MR. BALWANI WAS COMMUNICATING WITH

10:05AM  18    INVESTORS, IT WAS OFTEN ABOUT THE TOPIC OF FINANCES.

10:05AM  19    MR. BALWANI HANDLED THE FINANCES, I THINK IS A FAIR WORD, MORE

10:05AM  20    THAN MS. HOLMES AT THERANOS.

10:05AM  21         ONE OF THE INSTANCES WHEN YOU'VE SEEN THIS SORT OF IN ITS

10:05AM  22    MOST STARK FORM IS IN SOME PROJECTIONS THAT WERE GIVEN TO

10:05AM  23    LISA PETERSON WITH RDV AND MOSLEY, AND THOSE PROJECTIONS SHOWED

10:05AM  24    THAT IN 2014 -- AND THIS DOCUMENT WAS COMMUNICATED IN OCTOBER

10:05AM  25    OF 2014 -- THERANOS'S REVENUE WOULD BE ABOUT $140 MILLION.

10:05AM 1        AND IN 2015, THERANOS'S REVENUE WOULD BE ABOUT A BILLION

10:05AM 2   DOLLARS, $990 MILLION.

10:05AM 3        AND YOU'VE HEARD WITNESSES LIKE MR. MOSLEY TALK ABOUT --

10:05AM 4   AND PETERSON AS WELL -- WHEN YOU RECEIVED THIS DOCUMENT IN

10:05AM 5   OCTOBER OF 2014, YOU THINK TEN MONTHS OF THE YEAR ARE DONE,

10:05AM 6   THAT NUMBER IS PROBABLY PRETTY GOOD, PRETTY ACCURATE.

10:06AM 7        2015, I THINK MOSLEY SAID, CUT THEM SOME SLACK.  YOU MIGHT

10:06AM 8   GET THAT NUMBER WRONG.  IN 2014, YOU MIGHT NOT BE ABLE TO

10:06AM 9   ACCURATELY PREDICT YOUR REVENUE IN 2015.  THERE'S A BALLPARK,

10:06AM 10  AND IT SHOULD BE SOMEWHERE IN THAT BALLPARK.

10:06AM 11       BUT I THINK MR. MOSLEY COMMUNICATED TO YOU THAT HE WASN'T

10:06AM 12  EXPECTING THEM TO HIT THE 2015 NUMBER RIGHT ON THE NOSE.  HE

10:06AM 13  THOUGHT THAT ONE MIGHT BE OFF.  YOU'VE HEARD NOW IT WAS OFF BY

10:06AM 14  ABOUT A BILLION DOLLARS.

10:06AM 15       BUT IN 2014, THE NUMBER IN MOSLEY AND PETERSON'S MIND

10:06AM 16  SHOULD HAVE BEEN CLOSER, AND IT WAS BASED ON A NUMBER OF

10:06AM 17  WALGREENS STORES, ANTICIPATED NUMBER OF WALGREENS STORES.

10:06AM 18       SO IT'S THINGS LIKE THAT WHERE MR. BALWANI IS PLAYING AN

10:06AM 19  ACTIVE ROLE IN THE CONSPIRACY.

10:06AM 20       WE'RE GOING TO SPEND A LITTLE BIT OF TIME TALKING ABOUT

10:06AM 21  INSTANCES WHERE MS. HOLMES EXERCISED CONTROL AT THERANOS.  THIS

10:06AM 22  IS GOING TO BE USEFUL TO US BECAUSE IT'S A CONCEPT THAT WILL

10:07AM 23  PLAY OUT IN ALL OF THE COUNTS.

10:07AM 24       THERE WEREN'T EVENTS OCCURRING THAT SHE WASN'T AWARE OF,

10:07AM 25  THAT SHE WASN'T INTERESTED IN, THAT OCCURRED WITHOUT HER

CLOSING ARGUMENT BY MR. SCHENK

10:07AM 1    DECISIONS OR INVOLVEMENT, AND BECAUSE OF THAT, IT SHOWS THAT

10:07AM 2    SHE HAD KNOWLEDGE THAT CERTAIN STATEMENTS THAT WERE

10:07AM 3    COMMUNICATED WERE FALSE, AND THAT THEY WERE COMMUNICATED WITH

10:07AM 4    THE INTENT THAT THEIR PURPOSE BE TO DEFRAUD.

10:07AM 5        THE FIRST AREA IS PUBLIC RELATIONS AND LEGAL.

10:07AM 6        IN THIS TEXT MESSAGE, MR. BALWANI IS TELLING MS. HOLMES

10:07AM 7    THAT HE DOES NOT LIKE, HE DISLIKES THE DIRECTION THAT SHE'S

10:07AM 8    TAKEN WITH ALL OF THIS PR AND LEGAL WORK AND A LOT OF OTHER

10:07AM 9    THINGS.  SHE HAS CONTROL IN THOSE AREAS.

10:07AM 10       IN BUSINESS DEVELOPMENT, STEVE BURD TOLD YOU, THE CEO AT

10:07AM 11   SAFEWAY -- REMEMBER HE WAS SAYING SOME COMPLIMENTARY THINGS

10:07AM 12   ABOUT MS. HOLMES, HOW SHE OWNED A ROOM, HOW SHE PRESENTED TO

10:07AM 13   HIS BOARD, HOW THOUGHTFUL AND ARTICULATE AND CLEAR SHE WAS IN

10:07AM 14   HER DESCRIPTIONS, AND HOW SHE ALSO PLAYED SIMILAR ROLES WITH

10:08AM 15   DOD AND WALGREENS AND SHE WAS INVOLVED WITH BUSINESS

10:08AM 16   DEVELOPMENT.

10:08AM 17       IT WAS NOT THAT SHE WAS PUTTING THE 4 SERIES TOGETHER AT

10:08AM 18   HER DESK AND SOMEONE WAS OUT THERE PITCHING THE BUSINESS.  SHE

10:08AM 19   WAS INVOLVED IN THAT.  SHE WAS RESPONSIBLE.  SHE KNOWS HOW

10:08AM 20   THOSE RELATIONSHIPS ARE GOING AND WHAT REPRESENTATIONS ARE

10:08AM 21   BEING MADE.

10:08AM 22       IN PRESENTATIONS TO INVESTORS, MR. GROSSMAN TOLD YOU THAT

10:08AM 23   MS. HOLMES DID MOST OF THE TALKING IN THIS PARTICULAR MEETING,

10:08AM 24   DECEMBER OF 2013.

10:08AM 25       IN THE CLIA LAB -- YOU'VE HEARD THE CLINICAL LAB WHERE

10:08AM  1    PATIENT TESTING OCCURRED, THERE WERE TWO LABS AT THERANOS, THE

10:08AM  2    R&D LAB, AND SOMETIMES IT'S BEEN CALLED THE CLIA LAB, SOMETIMES

10:08AM  3    THE CLINICAL LAB, THAT'S WHERE THE PATIENT TESTING WAS DONE.

10:08AM  4         IN THE CLIA LAB, MS. HOLMES ON THE STAND DESCRIBED TO YOU

10:08AM  5    SORT OF A HANDS OFF APPROACH.  SHE WASN'T QUALIFIED BECAUSE SHE

10:08AM  6    WASN'T THE LAB DIRECTOR.

10:08AM  7         BUT THE EMAILS ACTUALLY SUGGEST SOMETHING DIFFERENT, AND

10:08AM  8    THIS EXHIBIT 4189 TALKS ABOUT ELIZABETH DECIDING WHETHER TO PUT

10:09AM  9    COMMENTS WHEN CERTAIN REPORTS OR RESULTS ARE WITHHELD.

10:09AM 10         SO "PER ELIZABETH'S REQUEST, IN THE SHORT TERM, PLEASE DO

10:09AM 11    NOT PUT ANY COMMENT OR NOTE ON THE RESULT REPORT IF C02 VALUES

10:09AM 12    ARE VOIDED.  IF DOCTORS CALL TO INQUIRE, WE HAVE PROVIDED THE

10:09AM 13    FOLLOWING MESSAGING TO CUSTOMER SERVICE TEAM:"

10:09AM 14         AND THEN THERE'S A MESSAGING BELOW.

10:09AM 15         SO MS. HOLMES KNOWS THAT CERTAIN TESTS, LIKE IN THIS

10:09AM 16    INSTANCE, C02, MAY NOT GET REPORTED, AND SHE'S MAKING THE

10:09AM 17    DECISION ABOUT WHETHER THE LAB REPORT, THE RESULT SHOULD SAY

10:09AM 18    SOMETHING ABOUT THAT, AND THEN WHAT TO DO IF THERE'S A

10:09AM 19    PHYSICIAN WHO ORDERS A C02 TEST FOR A PATIENT GETS THE RECORD

10:09AM 20    BACK AND SEES THAT IT'S MISSING AND THEN CALLS, WHAT IS THAT

10:09AM 21    PHYSICIAN GOING TO BE TOLD?  SHE'S INVOLVED IN THAT, TOO.

10:09AM 22         THE SCRIPTING TO DOCTORS.

10:09AM 23         I SHOWED YOU AN INSTANCE WHERE SHE'S DECIDING WHAT TO PUT

10:10AM 24    ON THE REPORT.  SHE'S ALSO INVOLVED IN WHAT TO SAY TO DOCTORS.

10:10AM 25         THIS IS AN EMAIL ABOUT A DISCREPANCY OF AN INR TEST AT

10:10AM 1   THERANOS.  AND YOU SEE THE EMAIL AT THE TOP FROM

10:10AM 2   CHRISTIAN HOLMES, MS. HOLMES'S BROTHER WHO WORKED AT THERANOS.

10:10AM 3   HE SAID HE'S GOING TO WORK WITH ELIZABETH ON SCRIPTING WHILE

10:10AM 4   SUNNY ADDRESSES ROOT CAUSE.

10:10AM 5       SO IT'S NOT JUST WHAT APPEARS ON THE REPORT.  IT'S ALSO

10:10AM 6   WHAT DOCTORS ARE GOING TO CALL WHEN THERE'S A DISCREPANCY, WHEN

10:10AM 7   THERE ARE QUESTIONS ABOUT THE REPORT.  SHE'S INVOLVED IN THAT,

10:10AM 8   TOO.

10:10AM 9       INVESTOR BINDERS.

10:10AM 10      YOU'VE HEARD SEVERAL INVESTORS MADE THEIR DECISION TO

10:10AM 11  INVEST AFTER RECEIVING A BINDER OF DOCUMENTS FROM THERANOS.

10:10AM 12      MS. HOLMES WAS INVOLVED IN REVIEWING AND DETERMINING THE

10:10AM 13  CONTENT OF THOSE BINDERS.

10:10AM 14      DAN EDLIN TOLD YOU THAT SHE APPROVED MATERIALS, AND HERE'S

10:10AM 15  AN EMAIL WHERE SHE'S ASKING ABOUT THE CONTENTS OF TWO BINDERS.

10:10AM 16      THE DOD.

10:11AM 17      DAN EDLIN TOLD YOU THAT MS. HOLMES WAS VERY INVOLVED IN

10:11AM 18  THE INTERACTIONS WITH THE DOD.  IF HE WAS GOING TO SEND AN

10:11AM 19  EMAIL TO SOMEONE AT DOD, HE REVIEWED THAT DRAFT EMAIL WITH HER.

10:11AM 20  IF AN EMAIL CAME IN FROM DOD, SHE WOULD REVIEW IT WITH

10:11AM 21  DAN EDLIN, BUT SHE WAS VERY INVOLVED IN THE DOD RELATIONSHIP.

10:11AM 22      THERANOS HAD A WEBSITE.  YOU MAY RECALL AROUND THE TIME OF

10:11AM 23  THE WALGREENS LAUNCH IN SEPTEMBER OF 2013, WHEN THAT WEBSITE

10:11AM 24  WENT LIVE, THERE WAS EMAIL TRAFFIC WITH A LAWYER DISCOURAGING

10:11AM 25  CERTAIN WORDS, THE USE OF CERTAIN WORDS TO MS. HOLMES.

10:11AM 1    AND DAN EDLIN TOLD YOU THAT THE CONTENT OF THE WEBSITE WAS

10:11AM 2    SOMETHING THAT MS. HOLMES WAS VERY INVOLVED IN AND WAS, HIS

10:11AM 3    WORD, DETAILED ORIENTED.

10:11AM 4    FINANCIALS.

10:11AM 5    MS. YAM TOLD YOU THAT SHE REVIEWED FINANCIALS WITH

10:11AM 6    MS. HOLMES, THINGS LIKE THE CASH POSITION.

10:12AM 7    YOU HAVE HEARD TESTIMONY THAT MR. BALWANI WAS MORE

10:12AM 8    INVOLVED IN THAT AREA, BUT ELIZABETH HOLMES WASN'T IGNORANT OF

10:12AM 9    THE FINANCIAL STATE OF THE COMPANY AT THERANOS.

10:12AM 10   DANISE YAM SAID, I REPORTED TO ELIZABETH HOLMES AND I

10:12AM 11   SHARED THE INFORMATION ABOUT THE FINANCIAL HEALTH OF THE

10:12AM 12   COMPANY.

10:12AM 13   THE PHARMACEUTICAL RELATIONSHIP.

10:12AM 14   DR. CULLEN FROM SCHERING-PLOUGH DESCRIBED THAT OCCASION

10:12AM 15   WHEN SHE FLEW OUT TO PALO ALTO AND MET WITH MS. HOLMES AND

10:12AM 16   OTHERS FROM THERANOS TO DISCUSS THE WORK THAT THE TWO HAD DONE,

10:12AM 17   THE THERANOS AND SCHERING-PLOUGH RELATIONSHIP, AND DR. CULLEN

10:12AM 18   DESCRIBED TO YOU ASKING QUESTIONS OF THE THERANOS FOLKS ABOUT

10:12AM 19   THE WORK THAT WAS DONE, AND MS. HOLMES WAS ANSWERING ALL OF THE

10:12AM 20   QUESTIONS.

10:12AM 21   AND DR. CULLEN MADE AN EFFORT TO DIRECT QUESTIONS TO OTHER

10:12AM 22   THERANOS EMPLOYEES DURING THE MEETING, AND DR. CULLEN SAID

10:12AM 23   MS. HOLMES WOULD INTERRUPT OR ANSWER THOSE QUESTIONS, TOO.

10:12AM 24   ELIZABETH HOLMES WAS INVOLVED IN THE RELATIONSHIP BETWEEN

10:13AM 25   THERANOS AND PHARMACEUTICAL COMPANIES.

10:13AM   1        SO THE SECOND ELEMENT IS MEMBERSHIP -- THIS IS THE

10:13AM   2   CONSPIRACY COUNT FOR INVESTORS.  THE SECOND ELEMENT IS

10:13AM   3   MEMBERSHIP IN THE CONSPIRACY, KNOWLEDGE OF ITS OBJECTIVE AND

10:13AM   4   INTENT.

10:13AM   5        SO THE OBJECTIVE OF THE CONSPIRACY TO DEFRAUD INVESTORS IS

10:13AM   6   TO GET MONEY FROM INVESTORS THROUGH FRAUD.

10:13AM   7        KNOWLEDGE OF THE OBJECTIVE.

10:13AM   8        HOW DO WE KNOW THAT MS. HOLMES KNEW THAT WAS THE

10:13AM   9   OBJECTIVE?  THROUGH TEXT MESSAGES, EMAILS, AND FROM DANISE YAM

10:13AM  10   SHARING FINANCIALS WITH ELIZABETH HOLMES THAT CREATE THE NEED

10:13AM  11   TO GET THE MONEY.

10:13AM  12        INTENT TO ACCOMPLISH.

10:13AM  13        THERE ARE EMAILS THAT WE WILL TALK ABOUT THAT THE

10:13AM  14   GOVERNMENT WILL SUBMIT TO YOU SHOW INTENT, BUT THERE IS ALSO A

10:13AM  15   MORE BROAD OR OVERARCHING INTENT POINT HERE.

10:13AM  16        MS. HOLMES COMMUNICATED FALSE STATEMENTS TO INVESTORS, WE

10:13AM  17   CAN RUN ALL OF THE TESTS, WE HAVE A HEALTHY RELATIONSHIP WITH

10:13AM  18   WALGREENS, DOD WORK.  THERE ARE A LOT OF THINGS THAT SHE SAID

10:14AM  19   TO INVESTORS THAT WERE FALSE.

10:14AM  20        THERE ARE SUGGESTIONS THAT SHE KNEW THOSE STATEMENTS WERE

10:14AM  21   FALSE.  SO SHE'S COMMUNICATING KNOWINGLY FALSE STATEMENTS TO

10:14AM  22   INVESTORS.

10:14AM  23        IMAGINE FOR A MOMENT, THOUGH, SHE'S COMMUNICATING A

10:14AM  24   DIFFERENT KIND OF KNOWINGLY FALSE STATEMENT TO AN INVESTOR.

10:14AM  25        IF SHE TELLS AN INVESTOR, THERANOS ISN'T A REAL COMPANY,

10:14AM 1    IT'S A P.O. BOX, WE DON'T HAVE REAL EMPLOYEES, WE DON'T DO ANY

10:14AM 2    REAL WORK, IF SHE HAD SAID THAT TO INVESTORS, THAT, TOO, WOULD

10:14AM 3    HAVE BEEN A KNOWINGLY FALSE STATEMENT ABOUT THERANOS.  IT WAS A

10:14AM 4    COMPANY WITH EMPLOYEES.  IT WASN'T JUST A P.O. BOX.

10:14AM 5        BUT IT'S SORT OF HARD TO THINK THAT THAT WOULD BE

10:14AM 6    COMMUNICATED WITH THE INTENT TO DEFRAUD.  THAT WOULD DISCOURAGE

10:14AM 7    AN INVESTOR FROM INVESTING.

10:14AM 8        WHEN ELIZABETH HOLMES COMMUNICATES KNOWINGLY FALSE

10:14AM 9    STATEMENTS TO INVESTORS, THEY'RE THE FAVORABLE KIND.  THEY'RE

10:14AM 10   THE KIND THAT CAUSE AN INVESTOR TO WANT TO INVEST IN THERANOS,

10:14AM 11   AND THAT IS USEFUL INTENT EVIDENCE.  THE KIND OF INFORMATION

10:14AM 12   THAT SHE COMMUNICATES THAT IS KNOWINGLY FALSE IS KNOWINGLY AND

10:15AM 13   FAVORABLE INFORMATION.

10:15AM 14       KNOWLEDGE OF THE OBJECTIVE.

10:15AM 15       THERE ARE TEXT MESSAGES WHERE MS. HOLMES AND MR. BALWANI

10:15AM 16   ARE TALKING ABOUT INVESTOR MONEY COMING IN.

10:15AM 17       THIS ONE IS TALKING ABOUT ALICE WALTON INVESTING 50

10:15AM 18   MILLION; GREG PENNER INVESTING 100 MILLION; RUPERT MURDOCH IN

10:15AM 19   FOR OVER 100.

10:15AM 20       THEY'RE PAYING ATTENTION TO THAT MONEY COMING IN.

10:15AM 21       INTENT TO ACCOMPLISH.

10:15AM 22       MR. EISENMAN TOLD YOU THAT HE INVESTED ON DIFFERENT

10:15AM 23   OCCASIONS, AND BEFORE HIS INVESTMENT IN 2013, HE THOUGHT

10:15AM 24   THERANOS WAS RUDE -- I'M NOT SURE HE WOULD ADOPT THAT WORD --

10:15AM 25   BUT HE WAS UNSATISFIED WITH THE RELATIONSHIP, WITH THE

10:15AM   1    DISCUSSIONS.

10:15AM   2         AND AFTER HIS INVESTMENT, HE WAS SIMILARLY DISSATISFIED.

10:15AM   3    I THINK PROBABLY BOTH SIDES WERE UNHAPPY WITH THOSE

10:15AM   4    INTERACTIONS.

10:15AM   5         BUT ALAN EISENMAN DESCRIBED TO YOU SORT OF THAT STRANGE

10:15AM   6    PERIOD OF TIME WHERE THEY WERE SURPRISINGLY NICE TO HIM RIGHT

10:15AM   7    BEFORE HE MADE THE DECISION TO INVEST IN 2013.  THIS IS SORT OF

10:16AM   8    LIKE A CATCH FLIES WITH HONEY IDEA.

10:16AM   9         THEY KNEW WHAT TO SAY TO INVESTORS, HOW TO TREAT INVESTORS

10:16AM   10   AT A TIME WHEN THEY WERE INTERESTED IN INVESTING.  THAT IS ALSO

10:16AM   11   INTENT EVIDENCE.

10:16AM   12        SO WE TALKED ABOUT THE CONSPIRACY TO DEFRAUD INVESTORS.

10:16AM   13        WE'RE NOW GOING TO MOVE TO THE CONSPIRACY TO DEFRAUD

10:16AM   14   PATIENTS.

10:16AM   15        THERE IS MORE INTENT EVIDENCE, MORE KNOWLEDGE EVIDENCE

10:16AM   16   THAT WE'LL GO THROUGH WHEN WE GET TO THE SUBSTANTIVE WIRE FRAUD

10:16AM   17   INVESTOR COUNTS, AND I'M GOING TO ASK YOU TO CONSIDER THAT

10:16AM   18   EVIDENCE FOR THE CONSPIRACY COUNT ALSO.  I DON'T JUST WANT TO

10:16AM   19   REPEAT THE EVIDENCE OVER AND OVER.

10:16AM   20        SO SOME OF IT I'M GOING TO SAVE FOR THE SUBSTANTIVE WIRE

10:16AM   21   FRAUD COUNTS BECAUSE THEY HAVE, AS AN ELEMENT, INTENT AND

10:16AM   22   KNOWLEDGE AND SOME OF THE THINGS THAT WE'VE TALKED ABOUT.

10:16AM   23        THE PATIENT SIDE.

10:16AM   24        IT'S THE SAME TWO ELEMENTS, CONSPIRACY UNDER 1349 TO

10:16AM   25   DEFRAUD INVESTORS, AND IT HAS THE SAME ELEMENTS THAT CONSPIRACY

10:16AM   1    UNDER 1349 TO DEFRAUD PATIENTS HAS.

10:16AM   2         AGAIN, THE ROLES.

10:17AM   3         ON THE PATIENT SIDE, ELIZABETH HOLMES -- I'M SORRY.

10:17AM   4         THE AGREEMENT WAS TO GET MONEY FROM PATIENTS.

10:17AM   5         NOW, OF COURSE, THE AMOUNT OF MONEY IS MUCH, MUCH SMALLER,

10:17AM   6    THE $5, $10 BLOOD TESTING.

10:17AM   7         BUT IT'S A VOLUME BUSINESS.  THE IDEA IS TO SET UP THE LAB

10:17AM   8    AND GET THE PATIENTS TO BEGIN BUYING BLOOD TESTS, BECAUSE IT IS

10:17AM   9    STILL REVENUE, TOO.  AND YOU'VE SEEN EXCEL SPREADSHEETS WHEN

10:17AM  10    THERANOS WAS DOWN TO ABOUT $7 MILLION.  THEY STILL NEEDED

10:17AM  11    REVENUE.  IT'S A MUCH SMALLER AMOUNT, OF COURSE, FROM

10:17AM  12    INDIVIDUAL BLOOD TESTS.  IT'S A VOLUME BUSINESS.

10:17AM  13         MS. HOLMES'S ROLE IN THE PATIENT FRAUD IS TO RECRUIT

10:17AM  14    INVESTORS THROUGH FALSE STATEMENTS, FALSE STATEMENTS THAT WERE

10:17AM  15    MADE IN THE PRESS, FALSE STATEMENTS THAT WERE MADE ON THE

10:17AM  16    WEBSITE, ABOUT THINGS LIKE THE ACCURACY, THE RELIABILITY OF THE

10:17AM  17    BLOOD TESTING.

10:17AM  18         MR. BALWANI ALSO PLAYED A ROLE IN THE CONSPIRACY TO

10:17AM  19    DEFRAUD PATIENTS.  YOU'VE HEARD THAT HE RAN OPERATIONS IN THE

10:17AM  20    LAB.

10:17AM  21         AND YOU CAN ALSO TELL A LOT ABOUT WHAT THEY VALUE BY THE

10:18AM  22    DECISION, THERE'S AN EMAIL WHERE THEY SUGGEST CUTTING OR FIRING

10:18AM  23    DR. ROSENDORFF.  HE ENDS UP RESIGNING.

10:18AM  24         BUT WHO DO THEY REPLACE DR. ROSENDORFF WITH?

10:18AM  25         DR. ROSENDORFF IS COMPLAINING ABOUT ACCURACY, ASKING THEM

10:18AM  1    TO DO MORE PROFICIENCY TESTING.

10:18AM  2         WHO THEY REPLACE HIM WITH IS SUNNY BALWANI'S DERMATOLOGIST

10:18AM  3    WHO WORKS FIVE HOURS OVER SIX OR SEVEN MONTHS, AND

10:18AM  4    LYNETTE SAWYER, WHO WORKS LESS.

10:18AM  5         YOU CAN TELL WHAT THEY VALUE AND WHAT THEIR INTENT IS BY

10:18AM  6    WHO THEY GET TO RUN THE LAB, AND YOU KNOW THE DIFFERENCE IN LAB

10:18AM  7    DIRECTORS, JUST THE ENGAGEMENT -- I DON'T MEAN AS PEOPLE, I

10:18AM  8    JUST MEAN THE LEVEL OF ENGAGEMENT, THE KINDS OF ISSUES THAT ARE

10:18AM  9    RAISED TO THE LAB DIRECTOR AND THE KIND OF ISSUES THAT THE LAB

10:18AM  10   DIRECTOR RAISES ARE VERY DIFFERENT BETWEEN ROSENDORFF AND

10:18AM  11   DHAWAN AND SAWYER.

10:18AM  12        SO THE SECOND ELEMENT FOR A CONSPIRACY FOR PATIENTS IS THE

10:18AM  13   SAME, MEMBERSHIP IN THE CONSPIRACY, KNOWLEDGE OF THE OBJECTIVE,

10:18AM  14   AND INTENT TO ACCOMPLISH IT.

10:18AM  15        AGAIN, YOU GATHER THIS EVIDENCE FROM THE TEXT MESSAGES.

10:19AM  16   THERE'S A TEXT MESSAGE THAT YOU PROBABLY REMEMBER, WE'LL LOOK

10:19AM  17   AT IT A COUPLE OF TIMES, WHERE MR. BALWANI TELLS MS. HOLMES

10:19AM  18   THAT THE LAB IS A DISASTER.  THERE'S AN EXPLETIVE IN THE TEXT.

10:19AM  19        AND THERE ARE EMAILS WHERE MS. HOLMES AND MR. BALWANI ARE

10:19AM  20   INFORMED OF ALL OF THE PROBLEMS IN THE LAB.

10:19AM  21        AND THEN INTENT, AGAIN, THE KINDS OF FALSE STATEMENTS THAT

10:19AM  22   THEY'RE COMMUNICATING TO PATIENTS THROUGH THE PRESS, THE MEDIA

10:19AM  23   AND THE WEBSITE, ARE THE KIND THAT WOULD GET THE PATIENT TO GO

10:19AM  24   THERE ABOUT ACCURACY, RELIABILITY, SPEED, PRICE, THINGS LIKE

10:19AM  25   THAT, FINGERSTICK, THOSE ARE ALL THINGS THAT ARE SAID TO

10:19AM  1    ENCOURAGE SOMEONE TO PURCHASE BLOOD TESTS.

10:19AM  2         HERE'S THE TEXT THAT I JUST REFERRED TO.  THE NORMANDY LAB

10:19AM  3    IS A DISASTER ZONE, MR. BALWANI SAYS TO MS. HOLMES.  THIS IS IN

10:19AM  4    NOVEMBER OF 2014.  I'LL MAKE A POINT OF NOTING THAT FOR YOU A

10:19AM  5    LITTLE BIT LATER ON THIS MORNING.

10:19AM  6         IN 2014, AND ACTUALLY EARLIER, IN 2014 MS. HOLMES IS TOLD

10:20AM  7    ABOUT PROBLEMS IN THE LAB AND THEY GO ON FURTHER TO DISCUSS THE

10:20AM  8    USE OF HUMAN JUDGMENT, OF PEOPLE IN THE LAB MAKING THE

10:20AM  9    DECISIONS.

10:20AM 10         RECALL ONE OF THE PITCHES, ONE OF THE BENEFITS TO THE

10:20AM 11    THERANOS DEVICE WAS THAT IT DID ALL OF THE WORK ON ITS OWN SO

10:20AM 12    YOU DIDN'T HAVE TO HAVE PEOPLE IN THE LAB MAKING JUDGMENTS,

10:20AM 13    MAKING DECISIONS.

10:20AM 14         THIS SORT OF PREANALYTICAL PHASE WHERE THERE WERE A LOT OF

10:20AM 15    ERRORS IN LAB TESTING OCCUR, THE BENEFIT THAT INVESTORS AND

10:20AM 16    PATIENTS WERE TOLD WAS THAT THERANOS ELIMINATED THAT.

10:20AM 17         IN FACT, WHAT THEY SEE IS INDIVIDUALS, PEOPLE IN THE LAB

10:20AM 18    USING THEIR JUDGMENT BECAUSE THE DEVICE DOESN'T WORK THAT WAY.

10:20AM 19         PRICE.

10:20AM 20         THE THERANOS PRICE WAS ADVERTISED.  THIS IS IN A BINDER OF

10:20AM 21    DOCUMENTS SENT TO INVESTORS, BUT YOU'LL SEE TESTIMONY FROM

10:20AM 22    EDLIN SAYING IT'S THE SAME KIND OF INFORMATION THAT APPEARED ON

10:20AM 23    THERANOS'S WEBSITE.

10:21AM 24         ANOTHER SLIDE ABOUT PRICE.

10:21AM 25         IN THE MEDIA, THIS IS THE PARLOFF ARTICLE, THE 2014

10:21AM  1    "FORTUNE" ARTICLE.  THE STATEMENTS THAT MS. HOLMES MADE TO

10:21AM  2    MR. PARLOFF MAKE IT INTO THE ARTICLE AND THEN ARE AVAILABLE FOR

10:21AM  3    POTENTIAL PATIENTS TO READ AND USE TO MAKE DECISIONS TO USE THE

10:21AM  4    SERVICE, AND IT SAYS THINGS LIKE THE COST, TRANSPARENCY,

10:21AM  5    ADVERTISING OF THE PRICE, THINGS LIKE THAT.

10:21AM  6         THIS IS THE EMAIL THAT I MENTIONED A MOMENT AGO WHERE

10:21AM  7    RIGHT BEFORE THE WEBSITE GOES LIVE, AN ATTORNEY SENDS

10:21AM  8    MS. HOLMES AN EMAIL SAYING, REMOVE THIS STUFF FROM YOUR

10:21AM  9    WEBSITE, THESE WORDS, THESE PHRASES, THINGS LIKE "ALL TESTS,"

10:21AM 10    BECAUSE IT IS UNLIKELY THAT A LAB CAN PERFORM EVERY CONCEIVABLE

10:21AM 11    TEST.

10:21AM 12         AND THEN THESE COMPARATIVE WORDS, REPLACE "FASTER AND

10:21AM 13    EASIER" WITH "FAST AND EASY," ALL TO AVOID MISLEADING PEOPLE.

10:22AM 14         AND YOU HEARD MS. HOLMES WHEN SHE WAS ON THE STAND TALK

10:22AM 15    ABOUT THIS, AND WHAT SHE SAID WAS, IT WAS SOMEBODY ELSE'S JOB

10:22AM 16    AT THERANOS TO MAKE THE CHANGES TO THE WEBSITE.

10:22AM 17         DAN EDLIN TOLD YOU HOW INVOLVED SHE WAS IN THE WEBSITE.

10:22AM 18         BUT THAT ALSO MISSES THE POINT.

10:22AM 19         SHE'S INFORMED ABOUT THE MISLEADING NATURE OF THESE WORDS,

10:22AM 20    HOW SOMEONE MIGHT GET THE WRONG IMPRESSION AND THINK THAT

10:22AM 21    THERANOS COULD ACTUALLY DO ALL OF THE TESTS BY USING THESE

10:22AM 22    PHRASES.  IT'S STRONG INTENT EVIDENCE FOR THAT REASON.

10:22AM 23         EDLIN TOLD YOU MS. HOLMES WAS INVOLVED IN THE WEBSITE.  SO

10:22AM 24    IT WASN'T THAT MS. HOLMES NEVER LOOKED AT THE WEBSITE, HAD NO

10:22AM 25    IDEA THAT PATIENTS OR POTENTIAL PATIENTS MIGHT LOOK AT IT.  SHE

10:22AM   1    WAS INVOLVED IN THAT ALSO.

10:22AM   2        THE QUESTIONS ABOUT QUALITY APPEARED ON THE LEFT IN AN

10:22AM   3    INVESTOR BINDER.  BUT DAN EDLIN SAID, I ALSO RECOGNIZE THAT AS

10:22AM   4    SOMETHING THAT APPEARED ON THE WEBSITE.

10:22AM   5        SO IT WASN'T JUST PRICE THAT THEY ADVERTISED TO LURE

10:23AM   6    PATIENTS.  QUALITY.  ACCURACY.

10:23AM   7        NOW WE'LL MOVE ON TO THE WIRE FRAUD COUNTS.

10:23AM   8        THE CRIME OF WIRE FRAUD HAS FOUR ELEMENTS.  I TOLD YOU

10:23AM   9    THAT THERE ARE SIX COUNTS RELATED TO INVESTORS, AND THEN THREE

10:23AM   10   COUNTS RELATED TO PATIENTS.

10:23AM   11       LET'S START BY FOCUSSING ON THE COUNTS RELATED TO

10:23AM   12   INVESTORS.

10:23AM   13       THE FOUR ELEMENTS ARE THAT MS. HOLMES KNOWINGLY

10:23AM   14   PARTICIPATED IN A SCHEME OR PLAN TO DEFRAUD, OR A SCHEME OR

10:23AM   15   PLAN FOR OBTAINING MONEY OR PROPERTY BY FALSE REPRESENTATIONS.

10:23AM   16       IT MIGHT BE EASIER TO BREAK THAT INTO TWO, TO ACTUALLY

10:23AM   17   FOCUS ON THE EXISTENCE OF A SCHEME OR PLAN, AND THEN KNOWLEDGE.

10:23AM   18   SO THAT'S THE WAY THAT WE WILL TALK ABOUT IT.

10:23AM   19       THE SECOND ELEMENT IS MATERIALITY, THAT THE FALSE

10:23AM   20   STATEMENTS WERE THE KIND OF FALSE STATEMENTS THAT COULD WOULD

10:23AM   21   CAUSE SOMEONE TO SPEND MONEY OR PART WITH MONEY.

10:23AM   22       THE THIRD ELEMENT IS THAT MS. HOLMES ACTED WITH THE INTENT

10:23AM   23   TO DEFRAUD.

10:23AM   24       AND THE FOURTH ELEMENT IS THAT INTERSTATE ELEMENT THAT I

10:24AM   25   MENTIONED TO YOU EARLIER, AN INTERSTATE WIRE.

10:24AM 1      HERE'S A SLIDE THAT I'M GOING TO ASK YOU TO TAKE A FEW

10:24AM 2   NOTES ON IF YOU'LL ALLOW ME TO MAKE THAT REQUEST.

10:24AM 3      THE VERDICT FORM FOR THESE COUNTS SAYS COUNT THREE, THE

10:24AM 4   DATE -- SO FOR COUNT THREE, DECEMBER 30TH, 2013 -- AND THE

10:24AM 5   AMOUNT, THE DOLLAR AMOUNT.

10:24AM 6      THE VERDICT FORM DOES NOT SAY THE NAME OF THE INVESTOR,

10:24AM 7   AND WE ALL WANT TO MAKE SURE THAT YOU REACH THE VERDICT THAT

10:24AM 8   YOU HAD WANT TO REACH.

10:24AM 9      IF YOU INTEND TO CONVICT HER OF THE EISENMAN COUNT AND

10:24AM 10  ACQUIT HER OF THE BLACK DIAMOND OR THE LUCAS COUNT, KNOWING

10:24AM 11  WHICH COUNT APPLIES TO WHICH INVESTOR IS USEFUL.

10:24AM 12     SO COUNT THREE IS EISENMAN;

10:24AM 13     COUNT FOUR IS LUCAS, OR BDV, BLACK DIAMOND VENTURES.

10:24AM 14  LUCAS INVESTED A LITTLE OVER 5 MILLION;

10:24AM 15     COUNT FIVE IS BRYAN TOLBERT, OR THE HALL GROUP, AND THEY

10:25AM 16  INVESTED A LITTLE UNDER 5 MILLION;

10:25AM 17     COUNT SIX IS BRIAN GROSSMAN, OR PFM, AND THIS WIRE, THIS

10:25AM 18  INVESTMENT WAS A LITTLE OVER $38 MILLION;

10:25AM 19     COUNT SEVEN WAS LISA PETERSON, OR RDV, THIS WAS ABOUT

10:25AM 20  $100 MILLION; AND,

10:25AM 21     COUNT EIGHT WAS DAN MOSLEY, AND HIS INVESTMENT WAS JUST

10:25AM 22  UNDER $6 MILLION.

10:25AM 23     SO YOU SEE WHICH COUNT APPLIES TO WHICH INVESTOR.

10:25AM 24     I TOLD YOU THAT THE FALSE STATEMENTS THAT WERE MADE IN

10:25AM 25  THIS CASE FALL INTO DIFFERENT CATEGORIES.  THERE ARE DIFFERENT

10:25AM 1    KINDS OF FALSE STATEMENTS THAT MS. HOLMES MADE IN ORDER TO

10:25AM 2    DEFRAUD INVESTORS, AND SOME INVESTORS HEARD MORE THAN ONE OF

10:25AM 3    THEM, SOME HEARD ONE, BUT NOT ANOTHER.  IT'S NOT THE CASE THAT

10:25AM 4    EVERY INVESTOR HEARD EVERY STATEMENT.

10:25AM 5        THERE ARE CERTAIN KINDS OF STATEMENTS, THOUGH, I THINK

10:25AM 6    THAT ARE A THREAD THROUGH THIS SCHEME, ESPECIALLY THIS FIRST

10:26AM 7    ONE ABOUT THE CAPABILITIES OF THE ANALYZER, AND IN PARTICULAR

10:26AM 8    ITS ACCURACY.

10:26AM 9        AND, IN FACT, THE ACCURACY OF THE TESTING ALSO WAS A FALSE

10:26AM 10   STATEMENT ON THE PATIENT SIDE.  IT'S SORT OF THE UNDERLYING

10:26AM 11   FALSE STATEMENT IN THE CASE, BUT IT IS CERTAINLY NOT THE ONLY

10:26AM 12   FALSE STATEMENT.

10:26AM 13       THERE ARE FALSE STATEMENTS IN MANY CATEGORIES ABOUT THE

10:26AM 14   FULL RANGE OF TESTS, ABOUT WHAT DEVICE THEY USED, THAT THE

10:26AM 15   TESTING WAS DONE ON THE FINGERSTICK.

10:26AM 16       THERE'S FALSE STATEMENTS ABOUT THE FINANCIAL STABILITY OR

10:26AM 17   THE FINANCIAL HEALTH OF THE COMPANY.

10:26AM 18       THERE ARE FALSE STATEMENTS ABOUT MISLEADING

10:26AM 19   DEMONSTRATIONS, OR YOU MAY RECALL THAT ON OCCASION VIP'S -- AT

10:26AM 20   THERANOS A VIP WAS A POTENTIAL INVESTOR.  A VIP WOULD COME INTO

10:26AM 21   THERANOS AND HAVE A DEMONSTRATION OF THE BLOOD TEST AND THAT

10:26AM 22   WOULD OFTEN BE DONE ON A DEVICE THAT THERANOS DID NOT USE AT

10:26AM 23   WALGREENS, THE 4 SERIES DEVICE.

10:26AM 24       OFTEN THE TESTING OF THAT BLOOD WAS NOT DONE ON THE DEVICE

10:26AM 25   IN THE ROOM.  IT WAS DONE BACK AT THE LAB, AND WE'LL GO THROUGH

10:27AM 1    SOME EMAILS ON THAT.

10:27AM 2         SO THIS -- THE PROCESS, THE SETTING UP AND USING OF THE

10:27AM 3    DEMONSTRATIONS WAS ALSO A WAY THAT THERANOS DEFRAUDED POTENTIAL

10:27AM 4    INVESTORS.

10:27AM 5         OTHER CATEGORIES.

10:27AM 6         THE WALGREENS RELATIONSHIP, THAT IT WAS HEALTHY AND

10:27AM 7    EXPANDING; THE DEPARTMENT OF DEFENSE WORK, THAT THE TECHNOLOGY

10:27AM 8    HAD BEEN DEPLOYED ON THE BATTLEFIELD; THE USE OF THIRD PARTY

10:27AM 9    DEVICES, OR THE NOT REVEALING THE FACT THAT THEY USED THIRD

10:27AM 10   PARTY DEVICES; VALIDATION BY LARGE PHARMACEUTICAL COMPANIES,

10:27AM 11   YOU KNOW THAT FOR PEOPLE LIKE DAN MOSLEY WAS IMPORTANT; AND

10:27AM 12   THEN THE USE OF FALSE STATEMENTS IN THE MEDIA.

10:27AM 13        I TOLD YOU THAT SOME OF THE WORK WASN'T DONE JUST BY

10:27AM 14   HOLMES AND BALWANI MAKING FALSE STATEMENTS TO POTENTIAL

10:27AM 15   INVESTORS, BUT MS. HOLMES WOULD MAKE FALSE STATEMENTS TO RAGO

10:27AM 16   OR PARLOFF AND IT WOULD APPEAR IN AN ARTICLE AND THEN THEY

10:27AM 17   WOULD SENT THAT ARTICLE TO POTENTIAL INVESTORS.

10:28AM 18        THAT FIRST CATEGORY, THE CAPABILITIES OF THE ANALYZER.

10:28AM 19        FIRST LET'S TALK ABOUT WHERE YOU CAN FIND THAT FALSE

10:28AM 20   STATEMENT.  IF YOU ARE A POTENTIAL INVESTOR, WHERE ARE THE

10:28AM 21   PLACES YOU MAY HAVE SEEN IT?  THE INVESTOR BINDERS THERE ARE

10:28AM 22   FALSE STATEMENTS IN.

10:28AM 23        IT ALSO APPEARED IN THE PRESENTATION TO THE BOARD.  THE

10:28AM 24   BOARD WAS TOLD THINGS ABOUT THE CAPABILITIES OF THE ANALYZER

10:28AM 25   THAT INVESTORS WERE ALSO -- AND YOU CAN THINK OF THAT SIMILARLY

10:28AM 1    TO THE WAY THAT AT THE BEGINNING THIS MORNING I ASKED YOU TO

10:28AM 2    THINK ABOUT FALSE STATEMENTS MADE TO SAFEWAY OR THE DEPARTMENT

10:28AM 3    OF DEFENSE.

10:28AM 4        IT IS ALL THE SAME SCHEME.  IT IS ALL THE SAME KIND OF

10:28AM 5    FALSE STATEMENTS THAT ARE BEING TOLD TO INVESTORS AND TO THE

10:28AM 6    BOARD AND ON OCCASION TO PATIENTS.

10:28AM 7        YOU FIND THE FALSE STATEMENTS IN INTERVIEWS AND IN THE

10:28AM 8    MEDIA.  WE'LL LOOK AT SOME PORTIONS OF THE ARTICLES.

10:28AM 9        AND THEN DIRECTLY.  THERE WERE OCCASIONS -- YOU HEARD A

10:28AM 10   RECORDING ALREADY THIS MORNING -- WHERE MS. HOLMES IS SPEAKING

10:28AM 11   TO POTENTIAL INVESTORS.

10:28AM 12       SO IT'S WRITTEN, IT'S SPOKEN.

10:28AM 13       HERE'S ONE OF THE FIRST LOCATIONS.  THIS IS WITHIN A

10:29AM 14   BINDER, AN INVESTOR BINDER.  INVESTORS ARE TOLD THAT THERANOS'S

10:29AM 15   PROPRIETARY, PATENTED TECHNOLOGY RUNS COMPREHENSIVE BLOOD TESTS

10:29AM 16   FROM A FINGERSTICK AND FROM MICRO-SAMPLES.

10:29AM 17       AND THEN YOU SEE THE LITTLE CHART ON THE LOWER LEFT SHOWS

10:29AM 18   YOU WHICH INVESTOR, WHICH EXHIBIT NUMBER.  IT WAS IN THE MOSLEY

10:29AM 19   BINDER, IT WAS IN THE PETERSON BINDER, AND IT WAS IN THE

10:29AM 20   MURDOCH BINDER.  YOU'VE HEARD ABOUT THE MURDOCH BINDER THROUGH

10:29AM 21   TESTIMONY.

10:29AM 22       THESE EXHIBIT NUMBERS ARE GOING TO REPEAT IN MANY OF THE

10:29AM 23   SLIDES.

10:29AM 24       THIS IMAGE ABOUT THE SAME TESTS, A WHOLE NEW APPROACH.

10:29AM 25   THERANOS RUNS ANY TEST AVAILABLE IN CENTRAL LABORATORIES AND

10:29AM   1    PROCESSES ALL SAMPLE TYPES.

10:29AM   2        AND THEN THIS IMAGE SORT OF COMPARING THE VERY SMALL BLOOD

10:29AM   3    DRAW AT THERANOS VERSUS THE FOUR VIALS OF BLOOD THAT

10:29AM   4    TRADITIONAL LABS USE TO FURTHER PAINT THE IMAGE OR LAND THE

10:30AM   5    POINT THAT THERANOS'S TECHNOLOGY IS DIFFERENT AND IT'S -- THE

10:30AM   6    HALLMARK OF IT IS FINGERSTICK WITH MUCH SMALLER BLOOD.

10:30AM   7        IT APPEARS IN THESE OCCASIONS.  IN FACT, ON SOME

10:30AM   8    OCCASIONS, SOME OF THE IMAGES LOOK A LITTLE DIFFERENT BETWEEN

10:30AM   9    THE INVESTOR BINDERS.  SOMETIMES THEY DIDN'T HAVE A VERSUS

10:30AM  10    PHRASE OR ABBREVIATION BETWEEN THE TWO IMAGES, BUT IMAGES LIKE

10:30AM  11    THIS APPEARED IN THESE LOCATIONS.

10:30AM  12        THE BOARD GOT IT, INVESTORS GOT IT, EVEN ROGER PARLOFF GOT

10:30AM  13    IT.

10:30AM  14        THERE WERE FALSE STATEMENTS ABOUT THE QUALITY, THERANOS

10:30AM  15    AUTOMATES PRE- AND POST-ANALYTICAL PROCESSES, AND IT REDUCES

10:30AM  16    ERROR.  AGAIN, HERE ARE THE LOCATIONS THAT THAT APPEARED.  THEY

10:30AM  17    WERE COMMUNICATING THIS CONCEPT TO THE INVESTORS, TO THE BOARD,

10:30AM  18    AND TO MR. PARLOFF.

10:30AM  19        ACCURACY AND SPEED.

10:30AM  20        THESE WERE COMMUNICATED.  THE HIGHEST LEVELS OF ACCURACY,

10:30AM  21    AND SPEED, FASTER ANSWERS, FASTER RESULTS.

10:31AM  22        BUT YOU KNOW THAT IF THERANOS TESTING ACTUALLY WAS THE

10:31AM  23    BLOOD DRAW OCCURRED IN A WALGREENS, AND THEN IT WAS SHIPPED TO

10:31AM  24    A CENTRAL LAB IN CALIFORNIA AND RUN ON AN UNMODIFIED THIRD

10:31AM  25    PARTY DEVICE, IT WOULDN'T BE FASTER, NOR ACCURACY FOR A MOMENT,

10:31AM 1    NOR RELIABILITY FOR A MOMENT, IT WOULD BE WHAT LABCORP AND

10:31AM 2    QUEST ALREADY ARE.  THERE WOULD BE NO COMPARATIVE ADVANTAGE TO

10:31AM 3    THERANOS FOR THAT PORTION OF THINGS IN ISOLATION.

10:31AM 4        FINANCIAL STABILITY.

10:31AM 5        MR. EISENMAN TOLD YOU THAT HE WAS TOLD THERANOS BECAME

10:31AM 6    CASH FLOW POSITIVE BY THE END OF 2008.

10:31AM 7        YOU KNOW FROM THE EXCEL DOCUMENTS THAT THAT ISN'T TRUE.

10:31AM 8    THERANOS WAS NOT MAKING ENOUGH MONEY TO SURVIVE BASED ON ITS

10:31AM 9    PRIOR WORK, MILITARY WORK OR PHARMA WORK.

10:31AM 10       MR. MOSLEY RECEIVED A LETTER ON TOP OF THE BINDER FROM

10:31AM 11   MS. HOLMES THAT TOLD HIM THAT THERANOS'S WORK WAS, IN THE PAST,

10:31AM 12   FOCUSSED ON CONTRACTS WITH PHARMACEUTICAL AND MILITARY CLIENTS

10:32AM 13   AND IT'S GROWN CASH FROM CONTRACTS FOR SOME TIME.

10:32AM 14       AGAIN, YOU KNOW AND YOU HAVE SEEN FROM THE EXCEL DOCUMENTS

10:32AM 15   THAT THERANOS LOSING AND DECREASING THE AMOUNT OF REVENUE OR

10:32AM 16   ASSETS IT HAD AND THE NEED TO GO GET INVESTOR MONEY TO REFILL

10:32AM 17   THE COFFERS.

10:32AM 18       MR. TOLBERT TOLD US THAT HE HEARD STATEMENTS ABOUT THIS.

10:32AM 19   LET'S TAKE A LISTEN.

10:32AM 20       (AN AUDIOTAPE WAS PLAYED IN OPEN COURT OFF THE RECORD.)

10:32AM 21          MR. SCHENK:  YOU HEARD THE CONCEPT THAT I WAS JUST

10:32AM 22   EXPLAINING TO YOU, THAT THEY WERE COMMUNICATING TO INVESTORS

10:32AM 23   THAT THERANOS WAS MAKING MONEY, WAS MAKING MONEY TO GROW CASH

10:33AM 24   FROM ITS OPERATIONS DOING THE PHARMACEUTICAL WORK.

10:33AM 25       BUT YOU THEN HEARD FROM THE PHARMACEUTICAL COMPANY

10:33AM 1    EMPLOYEES SAYING WE WEREN'T INTERESTED IN FURTHER WORK WITH

10:33AM 2    THERANOS.

10:33AM 3        THERANOS WASN'T MAKING MONEY FROM PHARMACEUTICAL COMPANIES

10:33AM 4    TO SURVIVE.  THERANOS WENT -- AND YOU HEARD TESTIMONY ABOUT

10:33AM 5    GOING TO PEER VENTURES AT ONE POINT.  I THINK IT WAS RELATED TO

10:33AM 6    DON LUCAS, TO GET MONEY AT A POINT WHEN THEY WERE PARTICULARLY

10:33AM 7    LOW.

10:33AM 8        THE DEMOS THAT I MENTIONED A MOMENT AGO.

10:33AM 9        DAN EDLIN WAS INVOLVED IN SETTING UP THOSE DEMOS AND HE

10:33AM 10   TOLD YOU THAT THE CHOICE, THE DECISION OF WHICH DEVICE TO PUT

10:33AM 11   IN THE CONFERENCE ROOM WAS MADE BY EITHER HOLMES OR BALWANI.

10:33AM 12       AND IN THIS EMAIL, EXHIBIT 871, THERE'S A DISCUSSION ABOUT

10:33AM 13   WHICH DEVICES TO PUT IN THERE, A MINILAB, A 4S, OR A MONOBAY

10:33AM 14   WITH THE NORMANDY SHELL.

10:33AM 15       SO 4S, MONOBAY, THOSE WERE NOT DEVICES THAT THERANOS USED

10:33AM 16   TO TEST PATIENT BLOOD.  SO BRING AN INVESTOR IN THE ROOM AND

10:34AM 17   PUT A DEVICE IN THE ROOM AND THAT ISN'T A DEVICE THAT THEY USED

10:34AM 18   TO TEST PATIENT BLOOD, AND THEN THEY PUT SOMETHING ON THE

10:34AM 19   DEVICE, SOMETHING CALLED A NORMANDY SHELL.

10:34AM 20       AND YOU'VE SEEN WHAT THAT IS.  THE DEMO APP OR THE

10:34AM 21   NORMANDY APP IN THIS EMAIL, WHICH IS 959, IT TALKS ABOUT THE

10:34AM 22   VALUE OF THAT NORMANDY OR DEMO APP AT THE BOTTOM.

10:34AM 23       SO THE PROCESS LOOKS EFFORTLESS IN FRONT OF THE CLIENT,

10:34AM 24   AND AT THE TOP IT SAYS, "THE DEMO APP MERELY SHIELDS PROTOCOL

10:34AM 25   FAILURES FROM THE CLIENT."

10:34AM 1       ALSO IN THERE YOU SEE A DESCRIPTION OF THE COLLECTION

10:34AM 2  PROCESS.  "MOST LIKELY WE WILL COLLECT A NUMBER OF SAMPLES AND

10:34AM 3  STORE THEM IN THE SHIPPING CONTAINER LIKE THE LAST MEETING WE

10:34AM 4  HAD, AND THEN PROCESS THEM SEPARATELY IN THE LAB."

10:34AM 5       SO THE BLOOD ISN'T BEING TESTED ON THE DEVICES IN THE

10:34AM 6  ROOM, BUT BLOOD IS BEING TAKEN TO THE THERANOS LAB FOR TESTING.

10:34AM 7       THE WALGREENS PARTNERSHIP.

10:34AM 8       YOU HEARD FROM LISA PETERSON THAT SHE WAS TOLD THERANOS

10:35AM 9  EXPECTED TO HAVE 900 WALGREENS STORES IN 2015.  AND THAT

10:35AM 10 NUMBER, 900, WAS IMPORTANT BECAUSE SHE RECEIVED THIS DOCUMENT.

10:35AM 11      AND MR. MOSLEY ALSO RECEIVED THIS DOCUMENT.

10:35AM 12      THIS IS MS. PETERSON'S HANDWRITING ON IT.  AND YOU SEE

10:35AM 13 ABOVE THE 2015 NUMBERS, SHE WRITES, 900 LOCATIONS, SORT OF THE

10:35AM 14 REVENUE PROJECTION.  THE $990 MILLION REVENUE PROJECTION WAS

10:35AM 15 BASED ON THERANOS GOING INTO 900 WALGREENS STORES IN 2015, AND

10:35AM 16 IT'S FALSE, AND IT'S FALSE FOR A COUPLE OF REASONS.

10:35AM 17      ONE, BECAUSE HOLMES AND BALWANI WERE BEING TOLD BY

10:35AM 18 WALGREENS THAT THEY WEREN'T GOING TO EXPAND FURTHER, THEY

10:35AM 19 NEEDED THE FINGERSTICK NUMBERS TO GET MUCH HIGHER, THE VEIN

10:35AM 20 DRAW NUMBERS TO GET MUCH LOWER.

10:35AM 21      BUT IT'S ALSO FALSE BECAUSE HOLMES AND BALWANI KNOW THAT

10:35AM 22 THE WALGREENS RELATIONSHIP WILL INEVITABLY FAIL.  THE WALGREENS

10:35AM 23 RELATIONSHIP WAS BASED ON FALSE STATEMENTS.

10:35AM 24      WALGREENS LOOKED AT THE THINGS LIKE THE PFIZER REPORT FOR

10:36AM 25 VALIDATION.

10:36AM  1        WALGREENS IS SITTING THERE WAITING FOR THE VENOUS NUMBERS

10:36AM  2   TO DROP BECAUSE WALGREENS THINKS THAT THERANOS IS A FINGERSTICK

10:36AM  3   BLOOD TESTING COMPANY.

10:36AM  4        SO TO SUGGEST TO A POTENTIAL INVESTOR THAT IT IS EVEN

10:36AM  5   POSSIBLE THAT WE MIGHT HIT A BILLION DOLLARS OF REVENUE NEXT

10:36AM  6   YEAR -- REMEMBER, THIS IS COMMUNICATED AROUND OCTOBER OF

10:36AM  7   2014 -- TO SUGGEST THAT YOU'RE GOING TO GET A BILLION DOLLARS

10:36AM  8   OF REVENUE WITH WALGREENS AND 900 STORES SUGGESTS TO THE

10:36AM  9   INVESTOR THAT IT'S REASONABLE THAT YOU MIGHT HIT 900 STORES.

10:36AM 10        AND THAT IS OBVIOUSLY FALSE WHEN WALGREENS IS SAYING,

10:36AM 11   WE'RE MONITORING THE VENOUS DRAW NUMBERS, AND WHEN THE

10:36AM 12   RELATIONSHIP WAS BASED ON FALSE STATEMENTS THAT WALGREENS WAS

10:36AM 13   PROVIDED.

10:36AM 14        DOD.

10:36AM 15        MS. HOLMES LOOKED AT, ACCORDING TO DAN EDLIN, THIS

10:36AM 16   DOCUMENT.  THIS SPECIFIC DOCUMENT WAS REVIEWED AND APPROVED BY

10:36AM 17   ELIZABETH HOLMES.  THIS WAS SENT TO SPECIAL OPERATIONS COMMAND

10:36AM 18   US SOC, AND IN IT THERANOS IS DESCRIBING THE FINGERSTICK BLOOD

10:37AM 19   TESTING TECHNOLOGY, HIGHER QUALITY DATA THAN PREVIOUSLY

10:37AM 20   POSSIBLE.

10:37AM 21        BUT LOOK AT THAT FIRST BULLET, "EACH THERANOS DEVICE CAN

10:37AM 22   RUN EVERY TEST CURRENTLY AVAILABLE THROUGH THE TRADITIONAL AND

10:37AM 23   CENTRALIZED OR HOSPITAL LABORATORY INFRASTRUCTURE."

10:37AM 24        THERE'S NO AMBIGUITY HERE.  THE DEPARTMENT OF DEFENSE IS

10:37AM 25   COMMUNICATING AND BEING TOLD THE SAME THING THAT THE INVESTORS

10:37AM 1    TESTIFIED THAT THEY UNDERSTOOD, THAT EACH THERANOS DEVICE COULD

10:37AM 2    RUN ANY TEST.

10:37AM 3        IT WASN'T SOME ASPIRATIONAL STATEMENT.  IT WASN'T SOME

10:37AM 4    CLEARLY DELINEATED, NO, I MEAN THE 4 SERIES WHEN WE EVENTUALLY

10:37AM 5    GET THERE.

10:37AM 6        WHAT WAS TOLD TO THE DEPARTMENT OF DEFENSE WAS THE SAME

10:37AM 7    FALSE STATEMENT THAT WAS TOLD TO INVESTORS:  EACH THERANOS

10:37AM 8    DEVICE CAN RUN EVERY TEST CURRENTLY AVAILABLE IN TRADITIONAL

10:37AM 9    LABS.  YOU KNOW THAT WAS FALSE.

10:38AM 10       ANOTHER PORTION OF THE TOLBERT RECORDING TALKS ABOUT THE

10:38AM 11   MILITARY, THE DEPARTMENT OF DEFENSE, AND HERE'S THAT CLIP.

10:38AM 12       (AN AUDIOTAPE WAS PLAYED IN COURT OFF THE RECORD.)

10:40AM 13           MR. SCHENK:  YOU HEARD IN THERE MS. HOLMES STARTS BY

10:40AM 14   TELLING MR. TOLBERT AND OTHERS THAT THE MILITARY IS A BIG DEAL

10:40AM 15   FOR US.

10:40AM 16       YOU'VE ACTUALLY SEEN NOW THE CONTRACTS AND THE LACK OF

10:40AM 17   WORK THERE.

10:40AM 18       SHE SAID CONFIDENTIALLY, SAID TO TRY TO DISCOURAGE FURTHER

10:40AM 19   DISCUSSION.

10:40AM 20       THERE'S ALSO, I'LL SHOW YOU A LITTLE BIT LATER,

10:40AM 21   COMMUNICATIONS TO GENERAL MATTIS THAT ARE SIMILAR.  ONE IS IN

10:40AM 22   THE CONTEXT OF WORK IN THE MIDDLE EAST, AND SPECIFICALLY IN

10:40AM 23   AFGHANISTAN.

10:40AM 24       MS. HOLMES TESTIFIED THAT THERE WASN'T WORK IN THE MIDDLE

10:40AM 25   EAST OR AFGHANISTAN.

10:40AM 1      AND SHE ALSO SAYS THAT WE'VE BEEN DOING A LOT OF WORK

10:40AM 2    THERE WHEN SHE TALKS ABOUT MEDEVACS.

10:40AM 3      SHE'S MAKING FALSE STATEMENT AFTER FALSE STATEMENT ABOUT

10:40AM 4    WORK THAT THERANOS HAD DONE, WAS DOING WITH THE DEPARTMENT OF

10:40AM 5    DEFENSE IN ORDER TO GET INVESTORS TO INVEST, FOR INVESTORS TO

10:40AM 6    BELIEVE THAT THE TECHNOLOGY WORKED WASN'T JUST VALIDATED BY ITS

10:41AM 7    WORK WITH PHARMACEUTICAL COMPANIES, BUT ALSO THROUGH ITS WORK

10:41AM 8    WITH THE DEPARTMENT OF DEFENSE.

10:41AM 9      LISA PETERSON TOLD YOU THAT SHE THOUGHT, BECAUSE SHE WAS

10:41AM 10   TOLD, THAT THERANOS WAS USING THE DEVICES ON MILITARY

10:41AM 11   HELICOPTERS.

10:41AM 12     CHRIS LUCAS TOLD YOU THAT HE WAS TOLD THAT THE THERANOS

10:41AM 13   ANALYZER WAS ACTIVELY BEING USED BY THE MILITARY TO TREAT

10:41AM 14   SOLDIERS IN THE FIELD.

10:41AM 15     IN THE LETTER TO DAN MOSLEY, MR. MOSLEY WAS TOLD THAT

10:41AM 16   THERANOS'S PRIOR WORK WAS FOCUSSED ON CONTRACTS WITH MILITARY

10:41AM 17   CLIENTS.

10:41AM 18     BRIAN GROSSMAN WAS TOLD THAT WITH REGARD TO THE DEPARTMENT

10:41AM 19   OF DEFENSE, THE TECHNOLOGY HAD BEEN USED IN THE BATTLEFIELD ON

10:41AM 20   MEDEVACS.

10:41AM 21     THERE IS ALSO FALSE STATEMENTS THAT FALL INTO THIS

10:41AM 22   CATEGORY ABOUT THE USE OF THIRD PARTY DEVICES.

10:41AM 23     BRYAN TOLBERT TOLD YOU THAT HE DID NOT KNOW THAT THERANOS

10:41AM 24   USED THIRD PARTY TESTING OR THIRD PARTY MACHINES TO DO SOME OR

10:42AM 25   THE MAJORITY OF ITS TESTING.

10:42AM 1    AND HE DID NOT KNOW THAT THE TSPU, THE THERANOS SAMPLE

10:42AM 2    PROCESSING UNIT, THAT IT COULD ONLY DO 12 TESTS.

10:42AM 3        LET ME REMIND YOU WHAT YOU HEARD FROM MS. HOLMES WAS, THE

10:42AM 4    REASON THAT I DIDN'T TELL INDIVIDUALS, LIKE INVESTORS, ABOUT

10:42AM 5    THE USE OF THIRD PARTY DEVICES WAS TO PROTECT TRADE SECRETS.

10:42AM 6        I MENTIONED TO YOU THAT THAT WOULD NOT APPLY TO THE

10:42AM 7    UNMODIFIED TRADE SECRETS.  THAT WAS JUST A SECRET AT THERANOS.

10:42AM 8        BUT ALSO THERE WAS THE OPPORTUNITY TO SIGN CDA'S, THE

10:42AM 9    CONFIDENTIAL DISCLOSURE AGREEMENTS, THAT WOULD STILL COVER THE

10:42AM 10   TRADE SECRET, THAT REALLY THE TRADE SECRET EXCUSE IS A RED

10:42AM 11   HERRING.  IT IS TO NOW JUSTIFY TO YOU WHY THEY DIDN'T TELL

10:42AM 12   INVESTORS ABOUT THE USE OF THIRD PARTY DEVICES.  IT WAS NOT THE

10:42AM 13   REASON AT THE TIME.

10:42AM 14       ALAN EISENMAN TOLD YOU THAT HE DID NOT KNOW THAT THERANOS

10:42AM 15   WAS PURCHASING ANALYZERS FROM OTHER MANUFACTURERS.

10:43AM 16       BRIAN GROSSMAN GOT EVEN A LITTLE MORE NUANCED.  HE ASKED,

10:43AM 17   WHAT IS THE SQUARE FOOTAGE THAT IT WOULD TAKE TO COVER THE

10:43AM 18   PHOENIX, THE MARKET IN ARIZONA?  HOW BIG A LAB DO YOU NEED?

10:43AM 19   AND HE'S TOLD 200 SQUARE FEET.

10:43AM 20       AND THAT -- HIS UNDERSTANDING IS THAT'S ONLY POSSIBLE

10:43AM 21   BECAUSE THERANOS DOES ITS TESTING USING ITS SMALL DEVICES.

10:43AM 22       AND THERE'S EVEN SORT OF AN ADDITIONAL LEVEL AT WHICH THIS

10:43AM 23   IS DECEPTIVE.  YOU'VE HEARD THAT LABS HAVE DIFFERENT

10:43AM 24   COMPLEXITIES, THAT CLIA CERTIFIES SOME AS HIGH COMPLEXITY AND

10:43AM 25   SOME AS MODERATE COMPLEXITY.

10:43AM  1          YOU HEARD THAT THE LAB IN CALIFORNIA WAS HIGH COMPLEXITY

10:43AM  2     AND THEREFORE COULD RUN LDT'S, LAB DEVELOPED TESTS, LIKE THE

10:43AM  3     EDISON DEVICE OR LIKE MODIFIED THIRD PARTY DEVICES.

10:43AM  4          THE LAB IN ARIZONA WAS MODERATE COMPLEXITY, SO IT COULD

10:43AM  5     NOT RUN THE MODIFIED THIRD PARTIES OR THE EDISON.

10:44AM  6          SO THE LAB, THE KIND OF AUTHORIZATION, THE CERTIFICATION

10:44AM  7     THAT THE LAB IN ARIZONA HAD, MODERATE, WOULDN'T HAVE ALLOWED IT

10:44AM  8     TO USE THE EDISON DEVICES.

10:44AM  9          SO NOT ONLY IN ARIZONA, OR THERANOS GENERALLY, THEY

10:44AM 10     WEREN'T DOING THE TESTING BY THE SMALL BOX TO COVER THE MARKET

10:44AM 11     IN 200 SQUARE FEET, BUT IT WASN'T EVEN THAT KIND OF LAB TO USE

10:44AM 12     THE EDISON DEVICE.

10:44AM 13          VALIDATION BY PHARMACEUTICAL COMPANIES.

10:44AM 14          FIRST, IT'S COMMUNICATED IN THE INVESTOR BINDER THAT

10:44AM 15     THERANOS HAD BEEN COMPREHENSIVELY VALIDATED OVER THE COURSE OF

10:44AM 16     THE LAST SEVEN YEARS BY 10 OF THE 15 LARGEST PHARMACEUTICAL

10:44AM 17     COMPANIES.

10:44AM 18          YOU THEN HEARD FROM SEVERAL PHARMACEUTICAL COMPANIES THAT

10:44AM 19     CAME INTO COURT AND TOLD YOU THAT THEY DID NOT VALIDATE THE

10:44AM 20     THERANOS TECHNOLOGY.

10:44AM 21          YOU'VE SEEN THESE DOCUMENTS.  EXHIBIT 291 IS THE VERSION

10:44AM 22     SENT TO WALGREENS.  YOU KNOW SOME OF THESE WENT TO INVESTORS,

10:44AM 23     MOSLEY, PETERSON, FOR INSTANCE.

10:45AM 24          BUT THE VERSION THAT WENT TO PFIZER AND SCHERING-PLOUGH

10:45AM 25     HAD THE PFIZER -- I'M SORRY, DID NOT HAVE THE PFIZER OR THE

10:45AM  1    SCHERING-PLOUGH LOGO.

10:45AM  2         THE VERSION THAT WENT TO WALGREENS DID.

10:45AM  3         THE FALSE STATEMENTS MADE IN THE MEDIA.

10:45AM  4         MS. HOLMES SENT THE RAGO ARTICLE TO SHAREHOLDERS IN THIS

10:45AM  5    EXHIBIT, 1102.  THIS IS THE RAGO ARTICLE GOING TO SHAREHOLDERS.

10:45AM  6         HERE'S THE RAGO ARTICLE GOING TO THE BOARD OF DIRECTORS.

10:45AM  7         AND HERE'S THE RAGO ARTICLE.  IN IT, IT SAYS THE DEVICE

10:45AM  8    AUTOMATES AND MINIATURIZES MORE THAN A THOUSAND LAB TESTS.

10:45AM  9         REMEMBER THERE WAS DISCUSSION ABOUT DOES A THOUSAND MEAN

10:45AM  10   CPT CODES AND, THEREFORE, NOT REALLY A THOUSAND TESTS?

10:45AM  11        MS. HOLMES IS INTERVIEWED FOR AN ARTICLE IN "THE

10:45AM  12   WALL STREET JOURNAL" AND THAT THAT ARTICLE A THOUSAND TESTS.

10:45AM  13        IT ALSO SAYS, QUOTE, RUNS ANY COMBINATION OF TESTS,

10:45AM  14   INCLUDING SETS OF FOLLOW-ON TESTS, ALL FROM A SINGLE

10:46AM  15   MICRO-SAMPLE, READ OUT IN AS LITTLE AS TWO HOURS, AND

10:46AM  16   THERANOS'S TECHNOLOGY IS AUTOMATED, STANDARDIZED, AND ATTEMPTS

10:46AM  17   TO SUBTRACT HUMAN MORE FROM THE PROCESS.  IT CAN THUS ACHIEVE

10:46AM  18   MUCH LOWER VARIANCE RANGES FOR A GIVEN TEST.

10:46AM  19        THIS ARTICLE I'VE SHOWN YOU WAS SENT TO POTENTIAL

10:46AM  20   INVESTORS.

10:46AM  21        THE "FORTUNE" ARTICLE ALSO WAS SHARED WITH POTENTIAL

10:46AM  22   INVESTORS.  THAT IS THE COVER OF THE "FORTUNE" ARTICLE ON THE

10:46AM  23   RIGHT.  THE TITLE OF IT IS THE SECOND ONE DOWN, "THIS CEO IS

10:46AM  24   OUT FOR BLOOD."

10:46AM  25        AND THEN THOSE ARE EXHIBIT NUMBERS WHERE THIS WAS SENT IN

10:46AM  1    THE INVESTOR BINDER TO INVESTORS.

10:46AM  2        IN THE PARLOFF ARTICLE THERE ARE MANY INSTANCES OF

10:46AM  3    STATEMENTS THAT THE GOVERNMENT BELIEVES ARE FALSE.  HERE'S JUST

10:46AM  4    A COUPLE:  THE TESTS CAN BE PERFORMED ON JUST A FEW DROPS OF

10:46AM  5    BLOOD, AND THAT THERANOS DOES NOT BUY ANY ANALYZERS FROM THIRD

10:46AM  6    PARTIES.

10:46AM  7        EVEN IF THERE IS A TRADE SECRET EXCUSE THERE, YOU DON'T

10:47AM  8    HAVE TO MAKE FALSE STATEMENTS TO ROGER PARLOFF TO APPEAR IN THE

10:47AM  9    ARTICLE THAT THEN DECEIVE INVESTORS.

10:47AM 10        SO I TOLD YOU THE CATEGORIES OF FALSE STATEMENTS AND WHAT

10:47AM 11    THOSE CATEGORIES WERE.  HERE'S A REPEAT OF THOSE CATEGORIES.

10:47AM 12        NOW WE'RE GOING TO TALK ABOUT MS. HOLMES'S KNOWLEDGE OF

10:47AM 13    THE FALSITY OF THOSE STATEMENTS.  HERE'S THE SECOND HALF OF

10:47AM 14    THOSE CATEGORIES.

10:47AM 15        YOU CAN FIND KNOWLEDGE, EVIDENCE PROVING THAT

10:47AM 16    ELIZABETH HOLMES KNEW THAT THESE CATEGORIES WERE FALSE IN THESE

10:47AM 17    LOCATIONS.  I'M GOING TO GO THROUGH SOME OF THEM, BUT I WANT

10:47AM 18    YOU TO UNDERSTAND THAT THERE -- YOU WILL HAVE THE EXHIBITS BACK

10:47AM 19    THERE WITH YOU, AND THERE ARE INSTANCES IN THESE EXHIBIT

10:47AM 20    NUMBERS WHERE ELIZABETH HOLMES HAS KNOWLEDGE THAT THESE CERTAIN

10:47AM 21    FALSE STATEMENTS ARE FALSE.

10:47AM 22        THERE IS ONE HERE I WANT TO MENTION TO YOU, AND I'LL SHOW

10:47AM 23    YOU IN A MOMENT, THE THIRD EXHIBIT NUMBER, 1660, IS ONE OF

10:47AM 24    THOSE INSTANCES WHEN AN EXHIBIT WOULD GET ADMITTED FOR A

10:47AM 25    LIMITED PURPOSE AND THE JUDGE WOULD TURN TO YOU AND SAY, THIS

10:48AM  1    EXHIBIT NOT COMING IN FOR THE TRUTH, BUT IT IS COMING IN FOR,

10:48AM  2    AND THEN THE REASON, KNOWLEDGE IN THIS INSTANCE.

10:48AM  3         SO I'M GOING TO SHOW YOU AN EXHIBIT THAT WAS NOT ADMITTED

10:48AM  4    FOR THE TRUTH.  THE CONTENT OF THE EMAIL IS NOT FACTUALLY TRUE

10:48AM  5    FOR YOU, BUT IT'S USED FOR KNOWLEDGE, FOR WHAT WE'RE TALKING

10:48AM  6    ABOUT RIGHT NOW.

10:48AM  7         ERIKA CHEUNG SAID THAT THE DEVICE COULD ONLY DO BETWEEN 4

10:48AM  8    AND 12 TESTS.  ELIZABETH HOLMES KNEW THAT.  IN FACT, SHE

10:48AM  9    TESTIFIED TO THAT ALSO.

10:48AM 10         SO WHEN INVESTORS ARE TOLD A THOUSAND TESTS, OR AS THAT

10:48AM 11    SPECIAL OPERATIONS COMMAND, ALL OF THE TESTS, SHE KNOWS THAT'S

10:48AM 12    FALSE.  SHE KNOWS THE LIMITS.

10:48AM 13         IN THIS EMAIL EXCHANGE BETWEEN MS. HOLMES AND

10:48AM 14    SUREKHA GANGADKHEDKAR RIGHT BEFORE THEY ROLL OUT WITH

10:48AM 15    WALGREENS -- SO THIS IS THE END OF AUGUST OF 2013 -- MS. HOLMES

10:48AM 16    IS ASKING, WHAT IS THE TOTAL NUMBER OF IMMUNOCHEMISTRY MICRO

10:48AM 17    SAMPLE ASSAYS?

10:48AM 18         YOU HEARD THAT THERE ARE FOUR DIFFERENT KINDS OF ASSAYS.

10:48AM 19    IMMUNOASSAYS WERE THE ONLY KIND THAT THE 3 SERIES EDISON COULD

10:49AM 20    DO.

10:49AM 21         SO MS. HOLMES IS ASKING, WHAT IS THE NUMBER OF THEM THAT

10:49AM 22    HAVE COMPLETED VALIDATION WITH THE ADVIA OR WITH THERANOS?  AND

10:49AM 23    SHE'S TOLD 11.

10:49AM 24         SO, AGAIN, STATEMENTS THAT CLAIM MORE, ALL OF THE TESTS,

10:49AM 25    IS A KNOWINGLY FALSE STATEMENT.

10:49AM 1        MS. HOLMES ASKS SOMEONE ELSE AT THERANOS, ROSE EDMONDS,

10:49AM 2    ABOUT GENERAL CHEMISTRY ASSAYS, A SECOND KIND OF ASSAY, WHAT IS

10:49AM 3    THE NUMBER OF GENERAL CHEMISTRY MICRO SAMPLE ASSAYS THAT HAVE

10:49AM 4    COMPLETED VALIDATION?

10:49AM 5        AND ROSE TELLS HER, AS OF RIGHT NOW, NONE.

10:49AM 6        IN TEXT MESSAGES, MS. HOLMES IS ALSO ALERTED TO THE

10:49AM 7    MISLEADING NATURE OR THE INCORRECT NATURE OF SOME CONTENT.

10:49AM 8    HERE BALWANI IS SAYING, YOU SHOULD REVISIT THE NEW.COM, THE

10:49AM 9    WEBSITE COPY, IN LIGHT OF US DOING ABOUT 50 PERCENT

10:49AM 10   FINGERSTICKS.

10:49AM 11       ESSENTIALLY THE POINT BEING YOU READ THE CONTENT AND IT

10:49AM 12   SEEMS LIKE WE DO FINGERSTICK.  THAT ISN'T THE REALITY.

10:50AM 13       MS. HOLMES IS ASKING MR. BALWANI IF THEY CAN TAKE

10:50AM 14   FINGERSTICK -- I THINK THE WORD SHOULD BE LIVE -- TOMORROW.

10:50AM 15       MR. BALWANI CLARIFIES, GENERAL CHEMISTRY?  YOU MEAN GC?

10:50AM 16       VERY RISKY.  WE NEED TO DO MORE SOFTWARE TESTING.

10:50AM 17       THIS IS ALL THE WAY INTO 2015.  SO EVEN IN THE SECOND

10:50AM 18   CATEGORY OF ASSAYS THERE'S CONCERNS ABOUT.

10:50AM 19       MR. BALWANI TELLS HER THAT HE'S WORRIED ABOUT YOUR "ALL

10:50AM 20   FINGERSTICKS ON OUR TECHNOLOGY" COMMENT.

10:50AM 21       AGAIN, WHEN MS. HOLMES COMMUNICATES STATEMENTS ABOUT THE

10:50AM 22   CAPABILITIES OF THE TECHNOLOGY, THOSE ARE FALSE STATEMENTS AND

10:50AM 23   THEY ARE KNOWINGLY FALSE STATEMENTS.

10:50AM 24       MS. GANGADKHEDKAR ALSO TESTIFIED THAT SHE HAD MEETINGS

10:50AM 25   WITH ELIZABETH HOLMES WHERE SHE DESCRIBED TO MS. HOLMES

10:50AM 1    RELIABILITY ISSUES WITH THE 3.0 AND THE 3.5 DEVICES, THINGS

10:50AM 2    LIKE THEIR INABILITY TO GIVE CONSISTENT RESULTS, AND THESE WERE

10:50AM 3    ISSUES THAT WERE DISCUSSED WITH ELIZABETH HOLMES.

10:51AM 4        AGAIN, MORE EVIDENCE THAT THESE WERE NOT JUST FALSE

10:51AM 5    STATEMENTS, THEY WERE KNOWINGLY FALSE STATEMENTS.

10:51AM 6        DR. ROSENDORFF SAID THAT IN THE MIDDLE OF 2014, HE HAD

10:51AM 7    CONVERSATIONS WITH MS. HOLMES ABOUT QC, QUALITY CONTROL

10:51AM 8    FAILURES AT THERANOS.  AND IT INCLUDED THE HIGH FAILURE RATE ON

10:51AM 9    THE EDISON.

10:51AM 10       AGAIN, MORE KNOWLEDGE EVIDENCE.

10:51AM 11       THIS IS THE 1660 EMAIL THAT I SAID CAME IN FOR A LIMITED

10:51AM 12   PURPOSE.  YOU'VE HEARD THAT TYLER SHULTZ WORKED AT THERANOS AND

10:51AM 13   HE COMMUNICATED WITH MS. HOLMES, AND ALSO SOMEONE NAMED

10:51AM 14   DANIEL YOUNG, SOME OF HIS CONCERNS, THINGS THAT HE WAS SEEING

10:51AM 15   THAT WERE PROBLEMS AT THERANOS.

10:51AM 16       AND, AGAIN, THE CONTENT OF THE EMAIL, THE THINGS THAT HE

10:51AM 17   SAYING THAT HE SEES AS A PROBLEM, THAT IS NOT IN FOR THE TRUTH.

10:51AM 18       WHAT IT IS IN FOR, THOUGH, IS KNOWLEDGE FOR MS. HOLMES.

10:51AM 19   WHEN SHE'S GIVEN THIS EMAIL BY TYLER SHULTZ RAISING THESE

10:51AM 20   PROBLEMS, THEN YOU CAN SORT OF INFER OR UNDERSTAND THAT SHE

10:51AM 21   BECOMES AWARE OF THAT FOR THINGS LIKE HER KNOWLEDGE.

10:51AM 22       MS. YAM TOLD MS. HOLMES ABOUT THE FINANCIAL CONDITION OF

10:52AM 23   THE COMPANY.  SO WHEN MS. HOLMES MAKES FALSE STATEMENTS TO

10:52AM 24   OTHER PEOPLE ABOUT THE FINANCIAL HEALTH, IT'S A KNOWINGLY FALSE

10:52AM 25   STATEMENT.

10:52AM  1        MS. YAM ALSO SHOWED YOU THE TRUE REVENUE NUMBERS FOR

10:52AM  2    THERANOS.  IN '13, NONE; IN '12, NONE; IN 2011, ABOUT 500,000.

10:52AM  3        YOU'VE SEEN THIS SPREADSHEET FROM MS. YAM.  IT'S THAT WEEK

10:52AM  4    IN SEPTEMBER OF 2013 WHEN THERANOS WAS DOWN TO ABOUT

10:52AM  5    $14 MILLION, BUT YOU HEARD THAT 7 AND A HALF OF IT WAS A LETTER

10:52AM  6    OF CREDIT.  SO IT WASN'T FREE MONEY TO SPEND FOR ANY PURPOSE,

10:52AM  7    WHICH BRINGS THE TOTAL DOWN CLOSER TO ABOUT $7 MILLION, THAT

10:52AM  8    THERANOS AT THIS POINT WAS DOWN TO ABOUT $7 MILLION, AND

10:52AM  9    MS. YAM TOLD YOU THAT THINGS AT THERANOS WERE GETTING TIGHT.

10:52AM 10        YOU ALSO SAW MS. YAM'S TRACKING OF THE WORK THAT THERANOS

10:53AM 11    HAD DONE AND THE REVENUE THAT IT RECEIVED FROM THE

10:53AM 12    PHARMACEUTICAL COMPANIES.

10:53AM 13        AND IN HERE YOU SEE THE NAME OF THE PHARMACEUTICAL

10:53AM 14    COMPANY, AND THEN THAT MIDDLE COLUMN IS THE LAST PAYMENT DATE,

10:53AM 15    THE LAST TIME THAT THEY RECEIVED MONEY FROM THAT COMPANY.

10:53AM 16        SO CELGENE, THE LAST TIME WAS IN JUNE OF 2011; PFIZER,

10:53AM 17    IT'S NOVEMBER OF 2008; SCHERING-PLOUGH, MAY OF 2009.

10:53AM 18        AND THEN THOSE TOTALS, THE TOTAL AMOUNT IF YOU ADD ALL OF

10:53AM 19    THE TIMES THAT THERANOS RECEIVED MONEY FROM THESE

10:53AM 20    PHARMACEUTICAL COMPANIES, AND THEN YOU SEE WHY STATEMENTS LIKE

10:53AM 21    WE'RE GROWING CASH FROM OPERATIONS OR WE HAVE BEEN GROWING CASH

10:53AM 22    FROM OPERATIONS FROM OUR PHARMA WORK ARE NOT JUST FALSE

10:53AM 23    STATEMENTS, THEY'RE KNOWINGLY FALSE STATEMENTS.

10:53AM 24        EDLIN TALKED TO YOU ABOUT THE DEMOS AND WHO WAS INVOLVED

10:53AM 25    IN THE DECISION WHICH DEVICES TO PUT IN THE ROOM, AND THEN TOLD

10:53AM 1   YOU IT WAS HOLMES AND BALWANI.  AGAIN, NOT JUST FALSE

10:53AM 2   STATEMENTS, KNOWINGLY FALSE STATEMENTS.

10:54AM 3       MS. HOLMES DIDN'T JUST DECIDE WHAT DEVICE TO PUT IN THE

10:54AM 4   ROOM.  SHE ALSO PLAYED A ROLE IN THE REPORTS THAT WERE SENT OUT

10:54AM 5   AFTER THE DEMO, WHAT RESULTS TO PUT INTO THE REPORT, AND

10:54AM 6   MS. HOLMES SAYS, OKAY, LET'S SET IT OUT AFTER THESE CHANGES.

10:54AM 7       SO SHE JUST DOESN'T JUST PICK THE DEVICE, SHE ALSO PLAYS A

10:54AM 8   ROLE IN EVALUATING OR REVIEWING THE RESULTS THAT GO BACK TO THE

10:54AM 9   VIP AFTERWARDS.

10:54AM 10      IN TEXT MESSAGES, MS. HOLMES BECOME AWARE ABOUT PROBLEMS

10:54AM 11  WITH WALGREENS.

10:54AM 12      MR. BALWANI TELLS HER IN NOVEMBER OF 2014, "WE CAN'T SCALE

10:54AM 13  WITH WAG."

10:54AM 14      "THEY TOLD OUR TEAM IN WAG MEETING THAT THEY DON'T INTEND

10:54AM 15  TO OPEN MORE PSC'S," PATIENT SERVICE CENTERS, "UNTIL JULY."

10:54AM 16      AGAIN, WHEN MS. HOLMES WAS ON THE STAND, SHE TOLD YOU, I

10:54AM 17  SAW THAT TEXT, BUT MR. BALWANI WAS UNAWARE OF THE FACT THAT I

10:54AM 18  WAS COMMUNICATING WITH SOMEONE ELSE AT WALGREENS AND HIS NAME

10:55AM 19  WAS ALEX GOURLAY AND HE WAS SAYING POSITIVE THINGS TO ME.  SO

10:55AM 20  THIS DID NOT PUT ME ON NOTICE THAT WALGREENS WAS COLLAPSING

10:55AM 21  BECAUSE I WAS HEARING DIFFERENT THINGS FROM GOURLAY, AND EVEN

10:55AM 22  MIQUELON BEFORE HIM.

10:55AM 23      BUT I EXPLAINED TO YOU WHY THAT ARGUMENT FAILS.  IT'S ONLY

10:55AM 24  A MATTER OF TIME BEFORE WALGREENS FIGURES OUT THE PROBLEM.  SHE

10:55AM 25  DOESN'T NEED TO HEAR WALGREENS TELL HER THAT THE RELATIONSHIP

10:55AM  1    IS FAILING.

10:55AM  2        SHE KNOWS WHAT SHE TOLD WALGREENS TO BAIT THE HOOK.  SHE

10:55AM  3    KNOWS THAT WALGREENS THINKS THAT THEY'RE A FINGERSTICK BLOOD

10:55AM  4    TESTING COMPANY THAT CAN ACCURATELY TEST BLOOD.

10:55AM  5        IT'S ONLY A MATTER OF TIME BEFORE WALGREENS REALIZES THAT,

10:55AM  6    AND WALGREENS IS REALIZING THAT.  THEY'RE TRACKING THE VENOUS

10:55AM  7    DRAWS NUMBERS.  THEY'RE STOPPING FURTHER ROLLOUTS.

10:55AM  8        SO IT ISN'T THAT MS. HOLMES GETS TO SAY, GOURLAY WAS STILL

10:55AM  9    TELLING ME GOOD THINGS AND, THEREFORE, IF I TELL THE INVESTORS

10:55AM  10   THAT THE ROLLOUT WITH WALGREENS WAS GOING WELL, THAT WASN'T A

10:55AM  11   KNOWINGLY FALSE STATEMENT.

10:55AM  12       SHE DOESN'T NEED GOURLAY TO DISCOVER THE FRAUD.  SHE KNOWS

10:56AM  13   THAT THEY'RE NOT GOING TO HAVE A NATIONAL ROLLOUT WITH

10:56AM  14   WALGREENS.

10:56AM  15       MR. BALWANI TELLS HER THAT HE'S ABOUT TO GO INTO A

10:56AM  16   WALGREENS MEETING.  THIS IS IN APRIL OF 2015.

10:56AM  17       THEN AFTERWARDS, IT WAS A MOSLEY TERRIBLE MEETING, BUT

10:56AM  18   "THE POINT ABOUT NARROWING DOWN MENU TO HIT HIGH FINGERSTICK

10:56AM  19   PERCENT CAME TO ME LIKE GIFT FROM GOD."

10:56AM  20       THE POINT HERE IS THAT MS. HOLMES KNOWS THAT WALGREENS

10:56AM  21   CARES ABOUT FINGERSTICK NUMBERS.  SHE DID NOT GO TO THE

10:56AM  22   MEETINGS BETWEEN JHAVERI AND BALWANI WHERE THEY TRACKED THE

10:56AM  23   FINGERSTICK NUMBER.

10:56AM  24       BUT THAT'S NOT A FACT SHE WAS UNAWARE OF.  SHE KNEW

10:56AM  25   WALGREENS TRACKED AND CARED ABOUT THE FINGERSTICK NUMBERS, AND

10:56AM 1     THEY'RE EVEN TALKING ABOUT WAYS THAT THEY CAN IMPROVE THEIR

10:56AM 2     FINGERSTICK NUMBERS OTHER THAN MORE FINGERSTICK TESTING, OTHER

10:56AM 3     THAN ACTUALLY DEVELOPING THE TECHNOLOGY TO TEST BLOOD VIA

10:56AM 4     FINGERSTICK, NARROW THE MENU DOWN SO THE PERCENT BECOMES A

10:56AM 5     HIGHER NUMBER, A SMALLER TOTAL.

10:57AM 6         HERE'S THE DOCUMENT I WAS JUST REFERENCING WHERE WALGREENS

10:57AM 7     IS TRACKING VENOUS DRAWS.  THE FIRST IS IN FEBRUARY OF 2014.

10:57AM 8     IT'S AT 43 PERCENT OF THE TIME IT'S A VENOUS DRAW.  BY MAY IT'S

10:57AM 9     ONLY DROPPED TO 39 PERCENT.

10:57AM 10        SO IT IS NOT MOVING SIGNIFICANTLY, AND THIS IS SOMETHING

10:57AM 11    THAT WALGREENS, BALWANI, AND JHAVERI ARE PAYING ATTENTION TO,

10:57AM 12    BUT YOU SEE IT COMMUNICATED IN TEXT MESSAGES TO MS. HOLMES.

10:57AM 13        THIS IS AN EMAIL ALSO I MENTIONED EARLIER WHERE JHAVERI

10:57AM 14    ORIGINALLY SENDS THE EMAIL JUST TO MR. BALWANI SAYING,

10:57AM 15    "PATIENTS PER DAY WITH A 4 PLUS EXPERIENCE AND VENOUS PERCENT

10:57AM 16    IN THE 10 PERCENT RANGE."

10:57AM 17        THEY NEED, WALGREENS AND THERANOS, A DOCUMENTED DETAILED

10:57AM 18    PLAN ON BOTH, THE PATIENT EXPERIENCE AND THE VENOUS DRAW, OR IT

10:57AM 19    WILL BE DIFFICULT FOR ME TO CONVINCE EXPANSION BEYOND ARIZONA.

10:57AM 20        AND THEN YOU SEE MR. BALWANI FORWARDS THIS EMAIL TO

10:58AM 21    MS. HOLMES.  SO SHE KNOWS FURTHER EXPANSION WITH WALGREENS IS

10:58AM 22    DEPENDENT ON SOMETHING THAT IS NOT GOING TO HAPPEN, AND THAT IS

10:58AM 23    MORE FINGERSTICK.

10:58AM 24        FOR DOD, MR. EDLIN CONFIRMED FOR YOU THAT THE THERANOS

10:58AM 25    ANALYZER WAS NOT USED BY THE MILITARY FOR CLINICAL TESTING ON

10:58AM 1      SOLDIERS.

10:58AM 2          AND MS. HOLMES ALSO, WHEN SHE WAS ON THE STAND, CONFIRMED

10:58AM 3      THIS FACT FOR YOU.  SO STATEMENTS TO INVESTORS TO THE CONTRARY

10:58AM 4      WERE NOT JUST FALSE, THEY WERE KNOWINGLY FALSE.

10:58AM 5          MR. EDLIN TOLD YOU THAT ELIZABETH HOLMES WAS VERY INVOLVED

10:58AM 6      IN THE COMMUNICATIONS BETWEEN THERANOS AND THE MILITARY.

10:58AM 7          THE USE OF THIRD PARTY DEVICES, THAT ALSO WAS KNOWINGLY

10:58AM 8      FALSE WHEN SHE HIDES THAT FACT BECAUSE SHE KNOWS THAT THEY'RE

10:58AM 9      USING THIRD PARTY DEVICES AND THAT GETS DISCUSSED HERE WHEN

10:58AM 10     THEY'RE TALKING ABOUT A REPORTER FROM "THE WALL STREET JOURNAL"

10:58AM 11     SHOWING UP AND THEY DON'T KNOW WHERE HE'S GOING TO SHOW UP OR

10:59AM 12     WHEN.

10:59AM 13         AND THERE'S A QUESTION ABOUT WHAT KIND OF DRAW HE'S GOING

10:59AM 14     TO GET AND THEY'RE SAYING BETTER A PERFECT VENIPUNCTURE THAN A

10:59AM 15     BAD FINGERSTICK OR MISS A TEST.

10:59AM 16         SO THE USE OF THIRD PARTY DEVICES, THE DEVICES THAT WOULD

10:59AM 17     TEST THE VEIN DRAW BLOOD, WAS SOMETHING THAT MS. HOLMES KNEW.

10:59AM 18     SO WHEN SHE COMMUNICATES STATEMENTS TO INVESTORS TO THE

10:59AM 19     CONTRARY, THOSE ARE KNOWINGLY FALSE STATEMENTS.

10:59AM 20         BRIAN GROSSMAN TOLD YOU THAT WHEN HE TOURED THE CLIA LAB,

10:59AM 21     HE SAW THE THERANOS DEVICES.  HE DIDN'T SEE SIEMENS OR THIRD

10:59AM 22     PARTY DEVICES.  THEY'RE HIDING THAT FACT.

10:59AM 23         AND THEN VALIDATION BY PHARMACEUTICAL COMPANIES.

10:59AM 24         MR. WEBER TOLD YOU THAT HE TOLD ELIZABETH HOLMES BACK IN

10:59AM 25     2009 THAT PFIZER DID NOT HAVE MORE WORK FOR THERANOS IN THE

10:59AM  1    FORESEEABLE FUTURE.

10:59AM  2         AND MS. HOLMES IS COMMUNICATING SOMETHING DIFFERENT TO

10:59AM  3    INVESTORS.  SO THAT'S, AGAIN, NOT JUST A FALSE STATEMENT, BUT A

11:00AM  4    KNOWINGLY FALSE STATEMENT.

11:00AM  5         THERE ARE EMAILS BETWEEN MS. HOLMES AND DR. SUNG WHERE

11:00AM  6    CELGENE IS COMMUNICATING THE SAME THING, THIS TIME IN 2012,

11:00AM  7    THAT CELGENE IS NOT INTERESTED IN THE CURRENT GENERATION OF

11:00AM  8    THERANOS TECHNOLOGY.

11:00AM  9         SAME THING FROM SCHERING-PLOUGH.

11:00AM 10         DR. CULLEN TOLD YOU THAT ESSENTIALLY THIS WORK JUST DIED

11:00AM 11    ON THE VINE, THERE WASN'T, AFTER A CERTAIN DATE, MORE

11:00AM 12    COMMUNICATION, MORE WORK BETWEEN SCHERING-PLOUGH AND THERANOS.

11:00AM 13         THE USE OF THE MEDIA.

11:00AM 14         I TOLD YOU THAT THERE WERE TWO ARTICLES THAT WERE RELEVANT

11:00AM 15    FOR THIS, THE RAGO AND THE PARLOFF ARTICLE.

11:00AM 16         HERE'S AN EXAMPLE.  BEFORE RAGO PUBLISHES THE ARTICLE, HE

11:00AM 17    SENDS LANGUAGES, PARAPHRASES AND FACTUAL STATEMENTS, TO

11:00AM 18    ELIZABETH HOLMES TO REVIEW BEFORE PUBLISHING.

11:00AM 19         SO THINGS LIKE THE THOUSAND TESTS, DOCUMENTS, FACTS ABOUT

11:00AM 20    THERANOS WERE PROVIDED TO MS. HOLMES BEFOREHAND, SO WHEN SHE'S

11:00AM 21    USING THE RAGO ARTICLE TO RECRUIT INVESTORS AND IT CONTAINS

11:01AM 22    FALSE STATEMENTS, IT ISN'T JUST THE USE OF THE FALSE

11:01AM 23    STATEMENTS, THEY'RE KNOWINGLY FALSE, AND SHE KNOWS THAT THOSE

11:01AM 24    STATEMENTS ARE IN THE ARTICLE, AND SHE KNEW THAT THEY WERE

11:01AM 25    GOING TO BE IN THE ARTICLE BEFORE IT WAS PUBLISHED.

11:01AM  1          PARLOFF TOLD YOU THAT HE TALKED TO MS. HOLMES ABOUT THEIR

11:01AM  2   WORK WITH THE MILITARY, AND IN FACT, SHE TOLD HIM THAT HE

11:01AM  3   WASN'T SUPPOSED TO PRINT IT, TO USE IT IN THE PIECE BECAUSE IT

11:01AM  4   WAS SENSITIVE, BUT THAT THERANOS'S TECHNOLOGY HAD BEEN USED BY

11:01AM  5   THE MILITARY IN AFGHANISTAN.

11:01AM  6          HE ALSO ASKED QUESTIONS OF MS. HOLMES ABOUT ITS USE OF

11:01AM  7   PURCHASING TESTS, WHERE IT GOT ITS TESTS FROM.  AND SHE SAYS

11:01AM  8   OTHER LABS BUY THEIR TESTS, BUT AT THERANOS WE MAKE ALL OF OUR

11:01AM  9   TESTS.

11:01AM 10          MR. PARLOFF ASKS HER, WHEN AN INDIVIDUAL GOES TO A

11:02AM 11   WALGREENS AND GETS A VEIN DRAW, HELP ME UNDERSTAND WHY THAT

11:02AM 12   HAPPENS.  WHY IS IT THE CASE THAT SOMEONE AT A WALGREENS MIGHT

11:02AM 13   GET A VEIN DRAW?

11:02AM 14          YOU, AS THE JURY, NOW KNOW THE ANSWER.  THE ANSWER IS

11:02AM 15   BECAUSE THERANOS COULD ONLY RUN ON ITS DEVICE A VERY SMALL

11:02AM 16   NUMBER OF TESTS, AND A LITTLE BIT BIGGER NUMBER ON THE MODIFIED

11:02AM 17   THIRD PARTY.

11:02AM 18          BUT IT COULD NOT RUN ALL OF THE TESTS ON ITS TECHNOLOGY

11:02AM 19   AND NEEDED TO DO VEIN DRAWS.  THAT'S THE HONEST ANSWER IS, WE

11:02AM 20   CAN'T RUN ALL OF THE TESTS.

11:02AM 21          BUT LISTEN TO WHAT SHE SAYS.

11:02AM 22          (AN AUDIOTAPE PLAYED IN OPEN COURT OFF THE RECORD.)

11:06AM 23          MR. SCHENK:  PARLOFF KEEPS GOING AFTER IT.

11:06AM 24   I DON'T UNDERSTAND.  WHEN SOMEONE COMES INTO A WALGREENS,

11:06AM 25   HELP ME UNDERSTAND THE SITUATION WHEN THEY GET A VEIN DRAW,

11:06AM 1    WHEN YOU WOULD HAVE VENIPUNCTURE, IS IT BECAUSE YOU CAN'T DO

11:06AM 2    THE TEST?  YOU DON'T YET HAVE THAT TEST?

11:06AM 3        AND SHE SAYS, IT'S A VOLUME QUESTION, SORT OF SUGGESTING

11:06AM 4    WE'RE GETTING SO MANY REQUESTS FOR BLOOD TESTS THAT WE CAN'T

11:06AM 5    HANDLE THAT VOLUME.  NOT, WE DON'T HAVE THE ABILITY TO RUN THAT

11:06AM 6    TEST ON OUR TECHNOLOGY, OUR DEVICE DOES 12 TESTS.  SHE DOESN'T

11:06AM 7    SAY THAT.

11:06AM 8        SHE MAKES HIM BELIEVE, CONSISTENT WITH WHAT ALL OF THE

11:06AM 9    INVESTORS BELIEVED, WAS THAT THEY HAD THE ABILITY, THEIR

11:06AM 10   TECHNOLOGY RUNS ALL OF THESE BLOOD TESTS, CONSISTENT WITH WHAT

11:06AM 11   WAS SAID IN THAT BULLET POINT TO SPECIAL OPERATIONS COMMAND.

11:06AM 12       AND PARLOFF KEEPS GOING AFTER IT BECAUSE IT DOESN'T MAKE

11:06AM 13   SENSE TO HIM THAT A FINGERSTICK COMPANY IS DOING VEIN DRAWS IN

11:06AM 14   A WALGREENS, AND WHAT HE'S TOLD IS THAT IT'S A QUESTION OF

11:07AM 15   VOLUME.  IT'S, ALL OF THIS BLOOD COMING IN AND WE NEED TO RUN

11:07AM 16   IT ON OTHER KINDS OF DEVICES, ON VOLUME DEVICES, AND YOU KNOW

11:07AM 17   THAT ISN'T WHAT ACTUALLY IS TRUE.  THEY COULD DO 12 TESTS.

11:07AM 18       THE NEXT ELEMENT FOR WIRE FRAUD IS MATERIALITY.  THE IDEA

11:07AM 19   THAT THE FALSE STATEMENTS, THESE CATEGORIES OF FALSE STATEMENTS

11:07AM 20   WERE THE KIND OF FALSE STATEMENTS THAT WOULD CAUSE AN INVESTOR

11:07AM 21   TO INVEST IN THIS CASE WERE NOT ABOUT SOMETHING IMMATERIAL.

11:07AM 22       WE'RE GOING TO RUN THROUGH SOME OF THE FALSE STATEMENTS

11:07AM 23   THAT EACH INVESTOR SAID MATTERED TO THEM, BUT MATERIALITY

11:07AM 24   DOESN'T REQUIRE ACTUAL RELIANCE.  IT IS NOT THAT A PARTICULAR

11:07AM 25   FALSE STATEMENT WAS COMMUNICATED TO AN INVESTOR AND THEN THE

11:07AM   1    INVESTOR CONFIRMS THAT THAT FALSE STATEMENT IS WHAT CAUSED HER

11:07AM   2    OR HIM TO INVEST.  IT'S THE KIND OF STATEMENT THAT IS CAPABLE

11:07AM   3    OF INFLUENCING.

11:07AM   4        MR. TOLBERT TOLD YOU ABOUT THE IMPORTANCE OF THE MILITARY,

11:07AM   5    THE WORK THERANOS WAS DOING WITH THE MILITARY WAS IMPORTANT TO

11:08AM   6    MR. TOLBERT AND THE HALL GROUP.

11:08AM   7        MS. PETERSON TALKED ABOUT THE SAMPLE SIZE, THE SMALL

11:08AM   8    VOLUME OF BLOOD.

11:08AM   9        MR. MOSLEY TALKED ABOUT THE PFIZER REPORT.  HERE'S THE

11:08AM   10   MOSLEY OUTLINE WHERE HE SAYS THAT THE PFIZER REPORT WAS THE

11:08AM   11   MOST EXTENSIVE EVIDENCE SUPPLIED REGARDING THE RELIABILITY OF

11:08AM   12   THE THERANOS TECHNOLOGY AND ITS APPLICATION IN A STUDY REPORT

11:08AM   13   PREPARED BY PFIZER BASED ON A CLINICAL CANCER TREATMENT TRIAL.

11:08AM   14       YOU KNOW THAT REPORT WAS NOT PREPARED BY PFIZER.  YOU KNOW

11:08AM   15   PFIZER DID NOT AUTHORIZE THE USE OF ITS LOGO.

11:08AM   16       IT WASN'T JUST SENT TO WALGREENS.  THE PFIZER REPORT WAS

11:08AM   17   ALSO SENT TO INVESTORS LIKE MR. MOSLEY, AND IT MATTERED TO

11:08AM   18   INVESTORS LIKE MR. MOSLEY.

11:08AM   19       MR. EISENMAN TOLD YOU THAT ACCURACY WAS IMPORTANT,

11:08AM   20   ACCURACY OF THE DEVICE WAS IMPORTANT IN HIS DECISION TO INVEST.

11:09AM   21       MR. LUCAS TALKED ABOUT ACCURACY AND AUTOMATION AS BEING

11:09AM   22   IMPORTANT IN HIS DECISION TO INVEST.

11:09AM   23       MR. GROSSMAN TALKED ABOUT THE REVENUE THAT THERANOS

11:09AM   24   CLAIMED IT HAD AS RECENTLY AS 2013 FROM PHARMACEUTICAL

11:09AM   25   COMPANIES, THAT THAT WAS IMPORTANT IN PFM'S DECISION TO INVEST.

11:09AM 1      THE THIRD ELEMENT IS INTENT, THAT THE DEFENDANT HAD THE

11:09AM 2  INTENT TO DEFRAUD.

11:09AM 3      AND WE'LL LOOK THROUGH SOME OF THE INTENT EVIDENCE, BUT

11:09AM 4  MUCH OF THE EVIDENCE THAT WE'VE BEEN DISCUSSING TODAY IS ALSO

11:09AM 5  RELEVANT FOR INTENT.

11:09AM 6      HERE YOU SEE MS. HOLMES ASKING ABOUT THE CONTENT OF

11:09AM 7  CERTAIN BINDERS.  ARE THERE ANY MATERIALS IN THE BINDERS YOU

11:09AM 8  THINK SHOULD BE REMOVED FOR MURDOCH?

11:09AM 9      SO WHEN I SHOWED YOU INSTANCES OF THINGS THAT WERE IN THE

11:09AM 10  MURDOCH BINDER, MS. HOLMES IS WONDERING, SHE'S THINKING ABOUT

11:09AM 11  AHEAD OF TIME WHAT IS GOING TO GO TO MURDOCH AND WHAT IS NOT

11:09AM 12  GOING TO GO TO HIM.

11:09AM 13      AND THIS IS ONE OF THE THINGS THAT WENT TO HIM, THAT

11:10AM 14  THERANOS'S PROPRIETARY, PATENTED TECHNOLOGY RUNS COMPREHENSIVE

11:10AM 15  BLOOD TESTS FROM A FINGERSTICK.

11:10AM 16      BUT IT DIDN'T JUST GO TO MR. MURDOCH.  IT ALSO WENT TO

11:10AM 17  MOSLEY AND PETERSON AND, IN FACT, THE BOARD.

11:10AM 18      YOU SEE, I'M SHOWING YOU AGAIN BECAUSE THIS IS ALSO INTENT

11:10AM 19  EVIDENCE, THE LAWYER TELLING MS. HOLMES CERTAIN PHRASES ON YOUR

11:10AM 20  WEBSITE SHOULD BE REMOVED, COINCIDENTALLY, PHRASES THAT

11:10AM 21  INVESTORS ALSO HEARD, BUT BECAUSE PEOPLE ARE GOING TO LEAVE

11:10AM 22  WITH THE IMPRESSION THAT THE LAB CAN PERFORM EVERY TEST.

11:10AM 23      THE UBS EMAIL THAT WE TALKED ABOUT EARLIER WHERE EISENMAN

11:10AM 24  SAYS THIS ANALYST IS REACHING SORT OF CONCLUSIONS ABOUT

11:10AM 25  THERANOS.  WHAT SAY YOU?

11:10AM  1        AND MR. BALWANI SAYS, SOUNDS LIKE AN UNINFORMED

11:10AM  2   CONSULTANT.

11:10AM  3        THAT'S FORWARDED TO MS. HOLMES.  THAT'S ALSO INTENT

11:10AM  4   EVIDENCE.

11:10AM  5        THE AMOUNT OF REVENUE THAT THERANOS AND, IN THIS INSTANCE,

11:11AM  6   MS. HOLMES COMMUNICATES TO SAFEWAY HERE, THE REVENUE FOR '11 IS

11:11AM  7   $220 MILLION; '12 IS 460 MILLION; AND 2013 IS AGAIN GETTING

11:11AM  8   CLOSE TO A BILLION DOLLARS.  IT'S NOT JUST BALWANI WHO IS

11:11AM  9   COMMUNICATING THESE KNOWINGLY FALSE REVENUE NUMBERS.

11:11AM  10       THE PETERSON NUMBER, AND THEN YOU SEE IN THE LOWER LEFT

11:11AM  11  CORNER, MOSLEY RECEIVED THIS DOCUMENT, NOT WITH THE PETERSON

11:11AM  12  HANDWRITING ON IT, BUT THE SAME INCORRECT, KNOWINGLY FALSE

11:11AM  13  REVENUE NUMBERS WERE SENT BOTH TO PETERSON AND MOSLEY.

11:11AM  14       THERE ARE THESE TEXT MESSAGES WHERE THEY TALK ABOUT

11:11AM  15  FINANCIAL STABILITY, THE NEED TO BREAK EVEN.  THIS IS IN JULY

11:11AM  16  OF 2015 WHERE MR. BALWANI IS TALKING ABOUT BREAKING EVEN.  "WE

11:11AM  17  NEED TO GET THE BUSINESS TO BREAK EVEN AND THEN I WILL LEAVE.

11:11AM  18       "BUT I CAN'T LEAVE.  I WILL TRY TO FIX THIS.

11:11AM  19       "I KNOW BUT UR SAYING EVEN IF WE FIX DON'T WANT TO BE

11:12AM  20  HERE.

11:12AM  21       "CORRECT.  ONLY FIX IS CASH AND BREAK EVEN."

11:12AM  22       I KNOW ABOUT THE FINANCIAL PROBLEMS BEFORE 2009 AND 2010,

11:12AM  23  2013 AND STILL IN 2015.

11:12AM  24       THE DEMOS AS WELL.  YOU'VE SEEN EMAILS AND YOU'VE HEARD

11:12AM  25  TESTIMONY ABOUT MS. HOLMES'S INVOLVEMENT IN THE DEMOS AND IN

11:12AM  1    THE SELECTION OF THE DEVICES, THE USE OF THAT APP, THE DEMO APP

11:12AM  2    TO SHIELD FAILURES FROM THE VIP'S, HOW THE APP SHIELDS THOSE

11:12AM  3    FROM THE CLIENT AND TO MAKE THE PROCESS LOOK EFFORTLESS.

11:12AM  4         THIS IS THE JHAVERI EMAIL THAT GETS FORWARDED TO HOLMES

11:12AM  5    SAYING THAT WALGREENS, IN ORDER TO CONVINCE EXPANSION BEYOND

11:12AM  6    ARIZONA, NEEDS TO GET THE VENOUS DRAW IN THE 10 PERCENT RANGE.

11:12AM  7         THAT IS SHARED WITH MS. HOLMES.  MORE INTENT EVIDENCE.

11:13AM  8         SO WHEN INVESTORS HEAR SOMETHING TO THE CONTRARY, IT'S

11:13AM  9    BECAUSE IT IS SENT, IT IS SHARED WITH AN INTENT TO DEFRAUD THE

11:13AM  10   INVESTORS.

11:13AM  11        LUCAS TOLD YOU THAT WHEN HE WAS SPEAKING WITH THERANOS IN

11:13AM  12   DECEMBER OF 2013, HIS UNDERSTANDING WAS THAT THE PARTNERSHIP

11:13AM  13   WITH WALGREENS WAS GOING WELL, WAS EXPANDING.

11:13AM  14        AGAIN, CONTRARY TO WHAT MS. HOLMES AND MR. BALWANI KNEW,

11:13AM  15   IN FACT, TO BE THE TRUTH.

11:13AM  16        THIS IS THE SPECIAL OPERATIONS COMMAND EMAIL.  I WANTED

11:13AM  17   TO -- I'M SORRY.  EMAIL.  I WANTED TO SHOW YOU IT AGAIN BECAUSE

11:13AM  18   IT APPLIES TO BOTH KNOWLEDGE AND TO INTENT.  WHEN THEY'RE

11:13AM  19   SHARING THESE KIND OF FALSE STATEMENTS, IT'S BECAUSE THESE ARE

11:13AM  20   THE TYPE OF FALSE STATEMENTS THAT INVESTORS ARE HEARING WITH

11:13AM  21   THE INTENT TO DEFRAUD THOSE INVESTORS.

11:13AM  22        GENERAL MATTIS CONFIRMED FOR YOU THE LACK OF USE BY THE

11:13AM  23   MILITARY OF CERTAIN DEVICES.  WHEN GENERAL MATTIS TESTIFIED,

11:13AM  24   THAT WAS BEFORE EDLIN AND BEFORE MS. HOLMES HERSELF TESTIFIED,

11:14AM  25   SO YOU WERE STILL LEARNING THESE FACTS, WHETHER, IN FACT, THE

11:14AM 1    DEVICE HAD BEEN USED THAT WAY, AND NOW YOU'VE HEARD NOT JUST

11:14AM 2    FROM GENERAL MATTIS, YOU'VE HEARD THAT FROM EDLIN AND FROM THE

11:14AM 3    DEFENDANT HERSELF.

11:14AM 4        BUT CHRIS LUCAS TOLD YOU THAT HE UNDERSTOOD FROM

11:14AM 5    MS. HOLMES THAT THE ANALYZER WAS ACTIVELY BEING USED BY

11:14AM 6    MILITARY TO TREAT SOLDIERS IN THE FIELD.

11:14AM 7        HE ALSO SAID THAT HE WOULD HAVE BEEN SURPRISED TO LEARN

11:14AM 8    THAT IT WASN'T -- AND HIS UNDERSTANDING WAS THAT THEY HAD SENT

11:14AM 9    AN ANALYZER TO THE MIDDLE EAST, AND HE WOULD HAVE BEEN

11:14AM 10   SURPRISED TO HEAR THAT THEY, IN FACT, HAD NOT.

11:14AM 11       LISA PETERSON TOLD YOU THAT SHE UNDERSTOOD THAT THE DEVICE

11:14AM 12   WAS USED ON MILITARY HELICOPTERS.

11:14AM 13       AND IN THE "FORTUNE" ARTICLE, INVESTORS, WHEN THEY

11:14AM 14   RECEIVED THE ARTICLE, ARE TOLD THAT THERANOS DOES NOT BUY

11:14AM 15   ANALYZERS FROM THIRD PARTIES.

11:14AM 16       AGAIN, A FALSE STATEMENT THAT WAS KNOWINGLY FALSE AND

11:15AM 17   COMMUNICATED WITH THE INTENT TO DEFRAUD BECAUSE THAT PLAYED A

11:15AM 18   ROLE IN THE INVESTORS' DECISIONS.  THEY THOUGHT THEY WERE

11:15AM 19   INVESTING IN A FINGERSTICK BLOOD TESTING TECHNOLOGY THAT USED

11:15AM 20   ITS OWN TECHNOLOGY TO TEST BLOOD.

11:15AM 21       MS. PETERSON CONFIRMED THAT FOR YOU, THAT HER

11:15AM 22   UNDERSTANDING WAS THAT THERANOS USED ITS OWN ANALYZER

11:15AM 23   EQUIPMENT.  SHE GOT THAT FROM ELIZABETH HOLMES.  IT'S IN THE

11:15AM 24   ARTICLE, BUT MS. PETERSON ALSO LEARNED THAT FROM CONVERSATIONS

11:15AM 25   WITH ELIZABETH HOLMES.

11:15AM  1          THE USE OF THE PFIZER LOGO, LET'S TALK ABOUT THAT FOR A

11:15AM  2    MOMENT.

11:15AM  3          THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM  4    PFIZER.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT THAT WAS

11:15AM  5    SENT TO WALGREENS.

11:15AM  6          THE DOCUMENT ON THE LEFT IS THE DOCUMENT THAT WAS SENT TO

11:15AM  7    SCHERING-PLOUGH.  THE DOCUMENT ON THE RIGHT IS THE DOCUMENT

11:15AM  8    THAT WAS SENT TO WALGREENS.

11:15AM  9          THE CONCLUSIONS IN THE SCHERING-PLOUGH DOCUMENT WERE

11:15AM 10    ENHANCED.  THE VERSION THAT WAS SENT TO SCHERING-PLOUGH IS THE

11:16AM 11    ONE ON TOP.

11:16AM 12          THE VERSION THAT WAS SENT TO WALGREENS HAD ADDITIONAL

11:16AM 13    LANGUAGE IN IT, THAT THE THERANOS TESTS WERE MORE ACCURATE THAN

11:16AM 14    THE CURRENT GOLD STANDARD REFERENCE.  SO IT WASN'T JUST ADDING

11:16AM 15    THE LOGO, IT WAS ACTUALLY ALSO DOCTORING OR ENHANCING THE

11:16AM 16    CONCLUSIONS IN THE REPORT.

11:16AM 17          AND NOW LOOK AT WHAT MS. HOLMES SAID TO WALGREENS ABOUT

11:16AM 18    THESE REPORTS.  MS. HOLMES TOLD YOU ON THE STAND THAT SHE

11:16AM 19    APPLIED THE LOGOS TO THOSE DOCUMENTS, I THINK FROM THAT TO

11:16AM 20    SUGGEST I NEVER WOULD HAVE INTENDED -- THOUGHT I WAS DEFRAUDING

11:16AM 21    ANYBODY IF I HAD GIVEN IT BACK TO THE PHARMA COMPANIES.

11:16AM 22          FIRST, IT CERTAINLY ISN'T ON THE PHARMA COMPANIES TO

11:16AM 23    DISCOVER THAT, TO REPORT IT BACK TO THERANOS, BUT IT ALSO

11:16AM 24    MISSES THE POINT.

11:16AM 25          LOOK AT WHAT USE MS. HOLMES IS MAKING OF THESE DOCUMENTS.

11:16AM   1    SHE WRITES IN AN EMAIL TO WALGREENS, "ATTACHED PER OUR

11:16AM   2    DISCUSSION PLEASE FIND THREE INDEPENDENT DUE DILIGENCE REPORTS

11:17AM   3    ON THERANOS SYSTEMS ATTACHED TO THIS EMAIL.  THESE REPORTS ARE

11:17AM   4    FROM GLAXOSMITHKLINE, PFIZER, AND SCHERING-PLOUGH AFTER THEIR

11:17AM   5    OWN TECHNICAL VALIDATION AND EXPERIENCE WITH THERANOS SYSTEMS

11:17AM   6    IN THE FIELD."

11:17AM   7        SHE WANTS WALGREENS, AND THEN THESE WERE ALSO SENT TO

11:17AM   8    PETERSON AND MOSLEY, TO CONCLUDE THAT THEY ARE INDEPENDENT DUE

11:17AM   9    DILIGENCE REPORTS, THAT THE PHARMA COMPANIES PREPARED THE

11:17AM  10    REPORTS AFTER THEIR OWN TECHNICAL VALIDATION.

11:17AM  11        DR. CULLEN TOLD YOU THAT FOR THE SCHERING-PLOUGH WORK, THE

11:17AM  12    DEVICE WAS AT THERANOS; THAT THAT'S WHERE THE TESTING WAS DONE.

11:17AM  13    SO NOT ONLY WERE THE CONCLUSIONS IN THE SCHERING-PLOUGH

11:17AM  14    DOCUMENTS THERANOS'S, THEY COULD NOT HAVE BEEN

11:17AM  15    SCHERING-PLOUGH'S, BECAUSE SCHERING-PLOUGH WASN'T THE ONE WHO

11:17AM  16    DID THE WORK.

11:17AM  17        PETERSON RECEIVED THE PFIZER DOCUMENT.  AND YOU KNOW

11:18AM  18    MOSLEY RECEIVED THE PFIZER DOCUMENT ALSO.

11:18AM  19        THE USE OF THE MILITARY.  THIS CHART -- I'M SORRY, USE OF

11:18AM  20    THE MEDIA.

11:18AM  21        THIS CHART SHOWS YOU SORT OF THE THREE RELEVANT FACTS

11:18AM  22    ABOUT EACH OF THE ARTICLES, "THE WALL STREET JOURNAL" AND THE

11:18AM  23    PARLOFF.

11:18AM  24        AT THE TOP YOU SEE THERANOS EMAILING THE RAGO ARTICLE TO

11:18AM  25    SHAREHOLDERS, AND THEN YOU SEE THE LOCATIONS AND EXHIBITS WHERE

11:18AM  1    YOU CAN FIND THE RAGO ARTICLE, AND THEN YOU SEE THERANOS

11:18AM  2    SENDING THE RAGO ARTICLE OR INCLUDING THE RAGO ARTICLE IN

11:18AM  3    PRESENTATIONS TO THE BOARD.

11:18AM  4         AND THEN EQUALLY TRUE FOR THE "FORTUNE" ARTICLE.  YOU SEE

11:18AM  5    LOCATIONS IN THE EVIDENCE IN THE EXHIBITS WHERE YOU CAN FIND

11:18AM  6    THE "FORTUNE" ARTICLE, YOU SEE WHERE THE "FORTUNE" ARTICLE IS

11:18AM  7    SENT TO SHAREHOLDERS, AND YOU SEE WHERE THE "FORTUNE" ARTICLE

11:18AM  8    IS REFERENCED OR INCLUDED IN THE INVESTOR BINDERS.

11:19AM  9         RAGO SHARES THE ARTICLE OR THE CONTENT BEFORE IT'S

11:19AM  10   PUBLISHED WITH MS. HOLMES.  IT'S NOT JUST KNOWLEDGE EVIDENCE, I

11:19AM  11   SHOWED YOU THIS A MOMENT AGO FOR KNOWLEDGE.  IT'S ALSO THE

11:19AM  12   CONTENT.  SHE KNOWS THE CONTENT OF THE ARTICLE, SHE KNOWS THERE

11:19AM  13   ARE FALSE STATEMENTS IN THE ARTICLE, AND AS YOU SAW A MOMENT

11:19AM  14   AGO, IT GETS SENT TO SHAREHOLDERS.  INTENT.

11:19AM  15        GENERAL MATTIS WAS GOING TO TALK TO A REPORTER FROM "THE

11:19AM  16   NEW YORKER," AND HE WANTED TO PREP WITH MS. HOLMES TO

11:19AM  17   COMMUNICATE WITH HER BEFOREHAND WHAT HE CAN SAY AND WHAT HE

11:19AM  18   CAN'T SAY, AND SOME OF THAT PREP HAPPENS OVER EMAIL.

11:19AM  19        AND MS. HOLMES TELLS HIM ANY QUESTIONS HE ASKS YOU ABOUT

11:19AM  20   HOW OUR TECHNOLOGY WORKS, I.E., THAT THERE IS A SINGLE DEVICE

11:19AM  21   THAT DOES ALL TESTS, YOU CAN LET HIM KNOW WE DON'T TALK ABOUT

11:19AM  22   THESE ON THE RECORD.

11:19AM  23        YOU KNOW THAT AN HONEST STATEMENT WOULD HAVE BEEN THAT OUR

11:19AM  24   DEVICE CAN'T DO THAT.  WE DON'T HAVE A SINGLE DEVICE THAT DOES

11:19AM  25   ALL OF THE TESTS.  THAT'S NOT WHAT SHE'S COMMUNICATING TO

11:20AM 1     GENERAL MATTIS AND WHAT THEN, PRESUMABLY THE GOAL IS, WHAT

11:20AM 2     APPEAR NOW IN ANOTHER ARTICLE, "A NEW YORKER" ARTICLE.

11:20AM 3         SO THE CONTENT OF THESE ARTICLES IN THE MEDIA CONTAINING

11:20AM 4     FALSE STATEMENTS WAS INTENTIONAL.  SHE WANTED THEM TO CONTAIN

11:20AM 5     FALSE STATEMENTS.  AND THEN SENDING THE ARTICLE TO INVESTORS TO

11:20AM 6     USE TO HELP THEM IN THEIR EVALUATION OF WHETHER OR NOT TO

11:20AM 7     INVEST WAS ALSO DONE WITH AN INTENT TO DEFRAUD.

11:20AM 8         MOSLEY SPECIFICALLY TOLD YOU THAT THE "FORTUNE" ARTICLE

11:20AM 9     WAS IN HIS BINDER, AND HE THOUGHT THAT IF THERANOS WAS

11:20AM 10    INCLUDING IT IN HIS BINDER, THAT MEANT THAT EITHER THEY AGREED

11:20AM 11    WITH IT OR THEY THOUGHT IT WAS SORT OF VALUABLE, ACCURATE

11:20AM 12    REPRESENTATIONS OF THE THERANOS TECHNOLOGY, AND THAT'S WHY THEY

11:20AM 13    WOULD INCLUDE IT.

11:20AM 14        HERE'S THE EMAIL TO SHAREHOLDERS, POTENTIAL INVESTORS WITH

11:20AM 15    THE "FORTUNE" ARTICLE.  YOU'VE SEEN THE ONE WITH THE RAGO

11:20AM 16    ARTICLE.  HERE'S THE "FORTUNE" EMAIL AND THE RAGO ARTICLE AS

11:21AM 17    WELL.

11:21AM 18        THE LAST ELEMENT FOR WIRE FRAUD FOR INVESTORS IS THE

11:21AM 19    INTERSTATE NEXUS, THE FEDWIRE, THAT THE INVESTORS WIRED MONEY

11:21AM 20    TO THERANOS, AND THAT WIRE CROSSED STATE LINES.

11:21AM 21        YOU'VE SEEN THIS ALL WITHIN EXHIBIT 4845.  YOU'VE SEEN THE

11:21AM 22    DOCUMENTS THAT SHOW THE USE OF THE FEDWIRE.  SO EVEN IF IN

11:21AM 23    THEORY THE INVESTOR'S BANK WAS IN CALIFORNIA AND IT WENT TO --

11:21AM 24    EVEN IF THE THERANOS BANK WAS IN CALIFORNIA, THE USE OF FEDWIRE

11:21AM 25    STILL CAUSES AN INTERSTATE WIRE.

11:21AM  1    YOU'VE HEARD IN THIS CASE INSTANCES WHERE THE WIRE ITSELF

11:21AM  2   ORIGINATED OUTSIDE OF CALIFORNIA BECAUSE MOSLEY SENT IT FROM

11:21AM  3   NEW YORK OR PETERSON SENT IT FROM MICHIGAN, BUT THE USE OF THE

11:21AM  4   FEDWIRE SYSTEM.

11:21AM  5    AND MR. AMENTA'S TESTIMONY PROVIDED THE EVIDENCE TO YOU

11:21AM  6   THAT THE WIRES THAT ARE CHARGED IN COUNT THREE; AND THIS IS

11:21AM  7   COUNT FOUR FOR LUCAS; AND THIS IS COUNT FIVE FOR THE HALL

11:22AM  8   GROUP'S INVESTMENT FROM BRYAN TOLBERT; AND THIS IS COUNT SIX,

11:22AM  9   GROSSMAN'S PFM INVESTMENT; COUNT SEVEN, LISA PETERSON'S RDV

11:22AM  10   INVESTMENT; COUNT EIGHT, MOSLEY'S INVESTMENT.

11:22AM  11    NOW WE MOVE ON TO THE WIRE FRAUD FOR PATIENTS.

11:22AM  12    YOUR HONOR, THIS MIGHT BE A GOOD TIME FOR A BREAK IF WE'RE

11:22AM  13   THINKING OF TAKING ONE?

11:22AM  14        THE COURT:  SURE.  LET'S DO THAT.

11:22AM  15    THANK YOU, MR. SCHENK.

11:22AM  16    LADIES AND GENTLEMEN, LET'S TAKE OUR MORNING BREAK.

11:22AM  17   SHOULD WE TAKE ABOUT 30 MINUTES THEN, ABOUT 30 MINUTES?

11:22AM  18    I JUST WANT YOU TO KNOW, LADIES AND GENTLEMEN, WE WILL

11:22AM  19   FINISH NO LATER THAN 4:00.  WE WILL NOT GO BEYOND 4:00 O'CLOCK

11:22AM  20   TODAY, AND I ANTICIPATE THAT WE WILL START TOMORROW AT 9:00, SO

11:22AM  21   JUST TO LET THE PARTIES KNOW.

11:22AM  22    LET'S TAKE 30 MINUTES, PLEASE.  THANK YOU.

11:22AM  23        THE CLERK:  COURT IS IN RECESS.

11:22AM  24    (RECESS FROM 11:22 A.M. UNTIL 12:01 P.M.)

12:01PM  25        THE COURT:  PLEASE BE SEATED.  LADIES AND GENTLEMEN,

12:01PM   1    WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT, MS. HOLMES

12:01PM   2    IS PRESENT.  OUR JURY IS BACK.

12:01PM   3         COUNSEL, I THINK WE'LL TAKE OUR NEXT BREAK AT 1:30.  DOES

12:01PM   4    THAT WORK FOR COUNSEL?

12:01PM   5              MR. SCHENK:  YES, YOUR HONOR.

12:01PM   6              MR. DOWNEY:  THAT'S FINE, YOUR HONOR.

12:01PM   7              THE COURT:  ALL RIGHT.  OUR NEXT BREAK WILL BE AT

12:01PM   8    1:30, LADIES AND GENTLEMEN.

12:01PM   9         WE'RE BACK ON THE RECORD.

12:01PM  10         MR. SCHENK, WOULD YOU LIKE TO CONTINUE WITH YOUR OPENING

12:01PM  11    ARGUMENT?

12:02PM  12              MR. SCHENK:  YES.  THANK YOU.

12:02PM  13         WHEN WE LEFT OFF, WE WERE ABOUT TO TRANSITION TO SPEAKING

12:02PM  14    ABOUT THE WIRE FRAUD COUNTS RELATED TO PATIENTS.  LET ME

12:02PM  15    REVISIT AND JUST SAY ONE ADDITIONAL THING.

12:02PM  16         ON THE INVESTOR SIDE, WE SAW EVIDENCE ABOUT WALGREENS AND

12:02PM  17    SAFEWAY, AND I TALKED TO YOU A LITTLE BIT ABOUT THE WAYS THAT

12:02PM  18    YOU CAN USE THAT EVIDENCE, AND I MENTIONED THAT WALGREENS WAS

12:02PM  19    ALSO AN INVESTOR.

12:02PM  20         I THINK THERE MAY BE EVIDENCE IN THE RECORD AS WELL WITH

12:02PM  21    REGARD TO SAFEWAY, THAT SAFEWAY ALSO MAY HAVE BEEN AN INVESTOR.

12:02PM  22         SO THEY'RE INVESTOR VICTIMS OF THE SCHEME.  YOU JUST

12:02PM  23    AREN'T DELIBERATING ABOUT COUNTS RELATING TO WALGREENS AND

12:02PM  24    SAFEWAY.  I SUGGESTED TO YOU THAT WALGREENS WAS AN INVESTOR.  I

12:02PM  25    THINK THERE MAY BE SOME EVIDENCE IN THE RECORD AS WELL ABOUT

12:02PM   1    SAFEWAY.

12:02PM   2         LET'S MOVE ON NOW TO THE WIRE FRAUD COUNTS AS THEY RELATE

12:03PM   3    TO PATIENTS.  THE SAME COUNTS -- I'M SORRY, THE SAME ELEMENTS

12:03PM   4    APPLY FOR THE WIRE FRAUD TO PATIENTS AS THEY DID WIRE FRAUD TO

12:03PM   5    INVESTORS, THE SAME FOUR ELEMENTS.

12:03PM   6         HERE ARE THE PATIENT COUNTS.

12:03PM   7         THE FIRST COUNT, COUNT TEN, IS ERIN TOMPKINS.  YOU RECALL

12:03PM   8    THAT SHE RECEIVED THE HIV TEST.  ON THE VERDICT FORM IT HAS HER

12:03PM   9    INITIALS E.T.

12:03PM  10         COUNT ELEVEN IS ELLSWORTH, MEHRL ELLSWORTH'S PSA TEST.

12:03PM  11    IT'S M.E. ON THE VERDICT FORM.

12:03PM  12         AND THEN COUNT TWELVE IS AN ELECTRONIC FUNDS TRANSFER FOR

12:03PM  13    THE PURCHASE OF A MEDIA BUY IN THE ARIZONA MARKET.

12:03PM  14         AND THE WIRES FOR TEN AND ELEVEN ARE ACTUALLY FAXES, A FAX

12:03PM  15    OF LAB REPORTS FROM CALIFORNIA TO THE DOCTOR'S OFFICES IN

12:03PM  16    ARIZONA.

12:03PM  17         SO THE FIRST ELEMENT IS THAT A SCHEME OR PLAN EXISTED.

12:04PM  18         AND WE'VE ACTUALLY COVERED A FAIR AMOUNT OF THIS ALREADY,

12:04PM  19    BUT THE SCHEME VIS-A-VIS PATIENTS INVOLVE BOTH ELECTRONIC WIRES

12:04PM  20    TO PURCHASE ADVERTISEMENTS TO INDUCE OR ENCOURAGE PATIENTS TO

12:04PM  21    USE THE SERVICE, THAT'S SOMETHING LIKE COUNT 12 IN THE

12:04PM  22    INDICTMENT, AND ALSO THE USE OF THE THERANOS WEBSITE OR

12:04PM  23    ARTICLES IN THE MEDIA THAT SAID ACCURATE TESTING, LOW COST

12:04PM  24    TESTING, FINGERSTICK TESTING, THE KINDS OF THINGS THAT WOULD

12:04PM  25    INDUCE A PATIENT TO GO TO THE THERANOS PATIENT SERVICE CENTER

12:04PM 1     INSIDE OF A WALGREENS STORES.

12:04PM 2         AND THEN FINALLY, TO SEND THE LAB RESULTS.  THEY USED

12:04PM 3     ELECTRONIC WIRES.  THERANOS USED ELECTRONIC WIRES TO SEND THE

12:04PM 4     LAB RESULTS FROM THEIR LAB TO THE DOCTOR'S OFFICE KNOWING THAT

12:04PM 5     THOSE LAB RESULTS WERE LIKELY TO CONTAIN INACCURATE OR

12:04PM 6     UNRELIABLE RESULTS.

12:05PM 7         SO THE ADVERTISEMENT LOOKED LIKE THIS.

12:05PM 8         DAN EDLIN SAID THAT THIS EXHIBIT, EXHIBIT 3696, WAS IN AN

12:05PM 9     INVESTOR BINDER, BUT THIS WAS ALSO THE KIND OF THIS THING THAT

12:05PM 10    APPEARED ON THE THERANOS WEBSITE, AND IT ADVERTISES THE HIGHEST

12:05PM 11    LEVELS OF ACCURACY, THERANOS OFFERS TESTS WITH THE HIGHEST

12:05PM 12    LEVELS OF ACCURACY.

12:05PM 13        YOU EVEN HEARD BRITTANY GOULD TOLD YOU THAT THEY WENT TO

12:05PM 14    THERANOS BECAUSE THEY THOUGHT THEY WOULD PROVIDE HIGH LEVELS OF

12:05PM 15    ACCURACY.

12:05PM 16        RESULTS IN HOURS, NOT DAYS.  THAT TESTS ARE PERFORMED AT

12:05PM 17    AMAZING SPEED.  FASTER THAN PREVIOUSLY POSSIBLE.

12:05PM 18        AGAIN, EDLIN SUGGESTED WHILE THIS SLIDE WAS SENT TO

12:05PM 19    INVESTORS, IT WAS ALSO DISPLAYED ON THE WEBSITE.

12:05PM 20        IN ARTICLES.  THIS IS THE RAGO ARTICLE.  IT TALKS ABOUT

12:05PM 21    THERANOS PROCESSES BEING FASTER, CHEAPER, MORE ACCURATE THAN

12:05PM 22    CONVENTIONAL METHODS, REQUIRING ONLY A MICROSCOPIC BLOOD

12:06PM 23    VOLUME, NOT VIAL AFTER VIAL OF THE STUFF LIKE A TRADITIONAL LAB

12:06PM 24    WOULD REQUIRE.

12:06PM 25        MS. HOLMES ESTIMATES THAT PATIENTS AND DOCTORS WILL

12:06PM   1    RECEIVE READOUTS IN AS LITTLE AS TWO HOURS.

12:06PM   2         AND THEN THE TECHNOLOGY IS AUTOMATED, STANDARDIZED,

12:06PM   3    ATTEMPTING TO SUBTRACT HUMAN ERROR FROM THE PROCESS TO ACHIEVE

12:06PM   4    LOWER VARIANCE IN THE RANGES FOR A GIVEN TEST.

12:06PM   5         AND THEN YOU ALSO SEE STATEMENTS IN THE PARLOFF ARTICLE,

12:06PM   6    THINGS LIKE THE TESTS CAN BE PERFORMED ON JUST A FEW DROPS OF

12:06PM   7    BLOOD, A FRACTION OF THE AMOUNT ORDINARILY REQUIRED.  AND THEY

12:06PM   8    TALK ABOUT THE DRAW FROM A FINGERSTICK AND THE RESULTS WITHIN

12:06PM   9    HOURS.

12:06PM  10         SO, AGAIN, THE SAME KIND OF STATEMENTS THAT ARE ON THE

12:06PM  11    WEBSITE ARE ALSO IN ARTICLES IN THE MEDIA.

12:06PM  12         THE FALSE CLAIMS REGARDING ACCURACY.  MS. HOLMES KNEW THAT

12:07PM  13    THAT WAS LIKELY TO OCCUR, AND THE WAY SHE KNEW IT IS FROM

12:07PM  14    SEVERAL PLACES.

12:07PM  15         NOW WE'RE LOOKING AT TEXT MESSAGES.  AND IN THIS INSTANCE

12:07PM  16    WE'RE SEEING A TEXT MESSAGE WHERE MR. BALWANI SAYS, "WE CAN

12:07PM  17    MARKET OUR LAB AND EVERYTHING AND PEOPLE WILL TALK ABOUT OUR

12:07PM  18    FINGERSTICK WITHOUT US TALKING ABOUT IT."

12:07PM  19         SO THERE'S AN UNDERSTANDING ON THEIR PART THAT FIRST

12:07PM  20    PEOPLE READ WHAT IS MARKETED AND ALSO THAT THE STORY OF

12:07PM  21    THERANOS BEING FINGERSTICK IS ALREADY OUT THERE.  THE MEDIA HAS

12:07PM  22    DONE AND THE DEFENDANTS THEMSELVES HAVE DONE THE WORK.

12:07PM  23         SO NOW THAT THE PUBLIC IS SEEING LOW OR HIGH VENOUS DRAW

12:07PM  24    NUMBERS, LOW FINGERSTICK NUMBERS, WE CAN CHANGE THE THINGS WE

12:07PM  25    SAY.  WE DON'T HAVE TO SAY FINGERSTICK, AND THAT'S ALREADY THE

1   NARRATIVE.  THE STORY OF THERANOS HAS BEEN TOLD.  PEOPLE GET

2   IT.  WE DON'T NEED TO SAY IT.

3        IN ADVERTISING MS. HOLMES WRITES THEN TEXT MESSAGE, "I

4   THINK WE SHOULD SHOW THEM THE FIRST AD THAT'S GOING TO RUN IN

5   ARIZONA.  IT DOESN'T MENTION NANOTAINERS OR FINGERSTICK.  JUST

6   LESS BLOOD WHICH I WILL MAKE A BIG DEAL ABOUT BEING ABOUT

7   BUTTERFLY AND SMALLER NEEDLES.  BETTER FOR US TO SHOW THAN

8   NOT."

9        ACTUALLY, YOU'VE SEEN IN THIS COURTROOM AN ARGUMENT SORT

10   OF SIMILAR TO THAT, THE IDEA THAT WHEN WE SAID "SMALL VOLUMES"

11   OR "SMALL NEEDLES," WE ALSO MEANT BUTTERFLY NEEDLES, A VERY

12   SMALL PEDIATRIC NEEDLE THAT CAN GO IN THE ARM.

13        BACK IN 2015 THEY ALREADY WERE INCLUDING THIS IN PART OF

14   THE SCHEME.  THEY APPRECIATED THAT THE NARRATIVE OUT THERE WAS

15   SMALL BLOOD DRAWS, VERY SMALL VIALS, COMPARED TO VIAL AFTER

16   VIAL OF THE STUFF, AND THEN TRY TO RATIONALIZE AWAY WHERE WHAT

17   THEY'RE ACTUALLY DOING CAN ATTEMPT TO STILL BE CONSISTENT WITH

18   THE NARRATIVE.  THEY KNOW WHAT PEOPLE THINK, AND THEY'RE TRYING

19   TO COME UP WITH A WAY OF TRYING TO MAKE THE CURRENT STATE OF

20   THE OFFERING CONSISTENT WITH THE FALSE NARRATIVE THAT HAS BEEN

21   TOLD.  THE ACCURACY AND INACCURACY AND RELIABILITY AND

22   UNRELIABILITY OF THE ASSAYS ON THE DEVICE.

23        THE FIRST DOCUMENT I'M SHOWING YOU CAME IN I BELIEVE

24   THROUGH DR. DAS.  AFTER THE CMS INSPECTION, THERANOS WAS GOING

25   THROUGH, YOU'VE HEARD THE PROCESS OF, VOIDING TESTS AND TAKING

12:09PM  1    OTHER ACTIONS, INTERACTING WITH CMS.

12:09PM  2        AND IN THIS DOCUMENT ABOUT THE IMPACT ON PATIENTS THEY

12:09PM  3    WRITE, THIS IS THERANOS YOU SEE, "THE QC FAILURES IDENTIFIED BY

12:09PM  4    THIS COMPREHENSIVE RETROSPECTIVE ANALYSIS REFLECT A GLOBAL AND

12:09PM  5    LONG-TERM FAILURE OF THE QUALITY CONTROL PROGRAM FOR THIS

12:09PM  6    INSTRUMENTALITY, AS WELL AS FAILURES OF RELATED QUALITY

12:09PM  7    ASSURANCE PROCEDURES THAT SHOULD HAVE ALERTED THE LABORATORY TO

12:09PM  8    CORRECT SUCH AN UNSTABLE PROCESS.  THEREFORE, THE LABORATORY

12:09PM  9    HAS CONCLUDED THAT THERE IS A POSSIBLE PATIENT IMPACT FOR EVERY

12:09PM  10   TEST REPORTED FROM THE LABORATORIES PTS," THERANOS PROCESSING

12:10PM  11   SYSTEM,  "3.5 INSTRUMENTS."

12:10PM  12       SO THIS DOES NOT PROVE KNOWLEDGE EARLIER ON.  THIS

12:10PM  13   DOCUMENT CAME IN 2015.  BUT IT HELPS IDENTIFY THE INACCURACY,

12:10PM  14   THE PROBLEMS WITH THE TESTS THAT OCCURRED WHEN THEY WERE

12:10PM  15   TESTING PATIENTS USING THE THERANOS DEVICES.

12:10PM  16       DR. DAS TOLD YOU THAT 50- TO 60,000 TESTS WERE VOIDED AND

12:10PM  17   THAT THAT WAS THE TOTAL UNIVERSE OF TESTS RUN ON THE EDISON

12:10PM  18   DEVICE IN THE CLIA LAB.

12:10PM  19       HE TOLD YOU THERE WERE INSTANCES WHEN THEY WERE REPORTING

12:10PM  20   PATIENT RESULTS FROM THE EDISON DEVICE EVEN AFTER QUALITY

12:10PM  21   CONTROL FAILURE.

12:10PM  22       YOU HEARD THROUGH SOME OF THE INFORMATION OF

12:10PM  23   DR. ROSENDORFF THAT QC WAS THE CHECK ON INACCURATE RESULTS

12:10PM  24   GOING OUT.  AND DR. DAS SAID THAT ACTUALLY DIDN'T HAPPEN.

12:10PM  25   THERE WERE INSTANCES WHEN RESULTS WENT OUT EVEN AFTER QC

CLOSING ARGUMENT BY MR. SCHENK

12:11PM 1    FAILURES.

12:11PM 2        DR. DAS ALSO TALKED TO YOU ABOUT A CONVERSATION THAT HE

12:11PM 3    HAD WITH MS. HOLMES WHEN THEY WERE MAKING THE DECISION TO VOID

12:11PM 4    THE TESTS, SORT OF WHAT THEY WOULD SAY, WHAT THE REASON WAS

12:11PM 5    THAT THEY WERE VOIDING.

12:11PM 6        AND DR. DAS SAID THERE WAS SORT OF A DISCUSSION ABOUT

12:11PM 7    WHETHER IT WAS BECAUSE OF QUALITY CONTROL OR QUALITY ASSURANCE

12:11PM 8    FAILURES, MORE SYSTEMIC THINGS IN THE LAB, OR IF THERE WAS A

12:11PM 9    FUNDAMENTAL PROBLEM WITH THE DEVICE.

12:11PM 10       AND DR. DAS SAID THAT MS. HOLMES DID NOT WANT TO SAY THAT

12:11PM 11   THERE WAS A FUNDAMENTAL PROBLEM WITH A DEVICE, AND THIS IS A

12:11PM 12   CONCEPT THAT I'LL COME BACK TO A LITTLE BIT LATER, BUT DR. DAS

12:11PM 13   REACHED A DIFFERENT CONCLUSION.

12:11PM 14       DR. DAS TOLD YOU THAT THERE WERE INSTANCES WHEN THE

12:11PM 15   DEVICES WERE REPORTING PSA RESULTS FOR FEMALES.  DR. DAS TOLD

12:11PM 16   YOU THERE WERE INSTANCES WHEN THE DEVICE WAS FUNDAMENTALLY

12:11PM 17   FLAWED.  IT WASN'T A QC OR A QA PROBLEM, IT WAS A MORE BROAD

12:12PM 18   PROBLEM.

12:12PM 19       I WANT TO WALK THROUGH A COUPLE OF TIMELINES.  THE FIRST

12:12PM 20   IS WITH THE ASSAY HCG, THAT'S THE PREGNANCY TEST THAT

12:12PM 21   BRITTANY GOULD GOT.  THE VALIDATION FOR HCG OCCURRED IN MARCH

12:12PM 22   OF 2014, AND YOU'VE SEEN THE VALIDATION DOCUMENTS.

12:12PM 23       TESTING BEGAN ON THE EDISON A MONTH AND A HALF LATER, THE

12:12PM 24   BEGINNING OF MAY.  YOU'VE SEEN THE DOCUMENT THAT HAS SHOWED YOU

12:12PM 25   THAT DATE, MAY 9TH, 2014.

12:12PM  1        DR. ROSENDORFF THEN HALTED TESTING OF HCG ON THE EDISON

12:12PM  2   DEVICE IN THIS EMAIL 4147.  DR. ROSENDORFF SENDS OUT AN EMAIL

12:12PM  3   STOPPING FURTHER TESTING.

12:12PM  4        THEY STILL ARE RECEIVING EMAILS FROM CUSTOMER COMPLAINING.

12:12PM  5   THOSE GO TO MS. HOLMES.  IN FACT, THIS ONE, CHRISTIAN HOLMES,

12:12PM  6   HER BROTHER, IS TALKING TO HER ABOUT, "JUST FYI -- HCG RIGHT

12:13PM  7   NOW CAUSING SOME SERIOUS ISSUES AND PATIENT COMPLAINTS.  BEEN

12:13PM  8   SPENDING ALL MORNING TALKING TO DOCS ABOUT JUST HCG AND WILL

12:13PM  9   CONTINUE TO DO SO...IT'S A SENSITIVE ONE OBVIOUSLY BECAUSE OF

12:13PM  10  PEOPLE FINDING OUT IF PREGNANT."

12:13PM  11       JUNE OF 2014 MS. HOLMES IS INFORMED BY HER BROTHER ABOUT

12:13PM  12  PROBLEMS WITH THE HCG TEST.

12:13PM  13       THE HCG -- I'M SORRY, THE EDISON DEVICE IS FAILING QC.

12:13PM  14  FOR HCG YOU SEE THIS EMAIL HERE, EXHIBIT 5421, THAT TALKS ABOUT

12:13PM  15  THE NUMBERS, THE NUMBER OF EDISONS RUN AND THEN THE NUMBER OF

12:13PM  16  QC FAILURES, AND IT LISTS ASSAYS AND THE THIRD ASSAY LISTED IS

12:13PM  17  HCG.

12:13PM  18       MORE EMAILS OF CUSTOMER COMPLAINTS TO ELIZABETH HOLMES AND

12:13PM  19  SHE'S LEFT WITH ASKING "HOW DID THAT HAPPEN?"

12:13PM  20       BRITTANY GOULD THEN RECEIVED HER INACCURATE TEST.  YOU

12:13PM  21  HEARD HER TESTIMONY, AND SHE TALKED ABOUT THAT PROCESS.

12:14PM  22       AND THEN LATER, THE BEGINNING OF THE NEXT YEAR, IN

12:14PM  23  JANUARY, TESTING OF HCG ON THE EDISON IS TERMINATED.

12:14PM  24       HER DOCTOR, BRITTANY GOULD'S DOCTOR, DR. ZACHMAN, TALKED

12:14PM  25  TO YOU ABOUT ACCURACY OR INACCURACY OF BRITTANY GOULD'S

12:14PM   1      SPECIFIC TESTS IN LIGHT OF THE OTHER FACTS THAT WERE KNOWN.

12:14PM   2          LET'S DO THAT FOR PSA.

12:14PM   3          PSA TESTING IS HELPFUL IN DETERMINING PROSTATE CANCER.

12:14PM   4      THE VALIDATION REPORT FOR PSA ON THE EDISON WAS IN SEPTEMBER OF

12:14PM   5      2013.  YOU'VE SEEN THAT DOCUMENT.  THERE WAS AN INTERNAL

12:14PM   6      RESULTS COMPARISON.  YOU'VE HEARD SOME TESTIMONY THERE WAS A

12:14PM   7      DISAGREEMENT AT THERANOS ABOUT WHETHER THIS WAS REAL PT,

12:14PM   8      WHETHER THIS WAS REAL PROFICIENCY TESTING, AND THERE WAS

12:14PM   9      DISAGREEMENT OR DISCUSSION ABOUT WHETHER IT ACTUALLY WAS

12:14PM  10      PROFICIENCY TESTING.

12:14PM  11          NEVERTHELESS, IT STILL WAS A RESULTS COMPARISON.  THEY HAD

12:14PM  12      A KNOWN PSA SAMPLE AND TESTED IT ON A PREDICATE DEVICE, A THIRD

12:15PM  13      PARTY DEVICE, AND ALSO THE THERANOS DEVICE.  AND NOTICE, THE

12:15PM  14      PREDICATE DEVICE IS RUN THE FIRST TIME AND IT SCORES A 3.1, AND

12:15PM  15      IT'S RERUN AND GETS A 3.1.

12:15PM  16          THEN THEY TEST ANOTHER SAMPLE ON THE PREDICATE DEVICE,

12:15PM  17      7.5.  THEY RERUN IT AND THEY GET A 7.5.

12:15PM  18          WHEN THEY ARE USING THE THERANOS DEVICE, THEY GET A 1.9

12:15PM  19      THE FIRST TIME AND THEN A 2.6.

12:15PM  20          WHEN THEY TEST THE NEXT SAMPLE THEY GET A 4.9 AND THEN A

12:15PM  21      7.2.  THERE'S EARLY INDICATIONS ABOUT THE PROBLEM OF TESTING

12:15PM  22      PSA ON THERANOS DEVICES.

12:15PM  23          THEN DR. ELLSWORTH GETS HIS PSA TESTS IN MAY, IN JUNE OF

12:15PM  24      2015.  THE FIRST ONE IS FAXED ON MAY 16TH.  THAT'S A COUNT IN

12:15PM  25      THE INDICTMENT.

CLOSING ARGUMENT BY MR. SCHENK

12:15PM 1     THEN THEY CEASE TESTING OF PSA ON THE EDISON DEVICE

12:15PM 2     JUNE OF 2015.

12:15PM 3         AFTER THAT DR. ELLSWORTH GETS HIS FINAL RESULT.  THIS WAS

12:16PM 4     FROM THERANOS WAS RUN ON A PREDICATE DEVICE, ON A THIRD PARTY

12:16PM 5     DEVICE.  HERE IS THAT -- THE VERY LAST TEST THAT DR. ELLSWORTH

12:16PM 6     GETS, IT'S THE ONE THAT IS BELOW A 1.

12:16PM 7         AND THEN DR. DAS TOLD YOU THAT ONE OF THE EXAMPLES THAT HE

12:16PM 8     USED WHEN HE WAS COMMUNICATING WITH MS. HOLMES ABOUT THE

12:16PM 9     PROBLEMS WITH THE TECHNOLOGY, THE PROPENSITY TO RETURN

12:16PM 10    ERRONEOUS RESULTS WAS PSA, BECAUSE PSA SHOULD BE DETECTABLE IN

12:16PM 11    MALES, NOT FEMALES, AND IT WAS OFTEN DETECTED -- OR "OFTEN"

12:16PM 12    MIGHT NOT BE A FAIR WORD -- IT WAS DETECTED IN FEMALES, AND

12:16PM 13    THAT WAS NOTIFIABLE TO DR. DAS.  AND HE USED THAT AS AN EXAMPLE

12:16PM 14    WHEN HE WAS INTERACTING WITH MS. HOLMES ON THIS SUBJECT.

12:16PM 15        THERE ARE OTHER TEXT MESSAGES AND THERE ARE OTHER WAYS

12:16PM 16    THAT MS. HOLMES HAD KNOWLEDGE OF THESE PROBLEMS THAT IS

12:16PM 17    GENERATING ACCURATE AND RELIABLE RESULTS.

12:16PM 18        IN TEXT MESSAGES MR. BALWANI TELLS HER, "WE NEED THE LAB

12:16PM 19    AND CALL CENTER FIXED."

12:17PM 20        THIS IS BACK IN 2014.

12:17PM 21        "WE NEED PROFESSIONALS ACROSS THE BOARD."

12:17PM 22        MR. BALWANI TELLS HER "WE NEED THE CTN," THE CAPILLARY

12:17PM 23    TUBE AND NANOTAINER, "FIXED.  OUR ROOT CAUSE OF ISSUES."

12:17PM 24        THE EXPLETIVE TEXT, THE ONE YOU'VE SEEN BEFORE, WHERE

12:17PM 25    MR. BALWANI TELLS HER THAT THE NORMANDY LAB, WHERE THEY USE THE

12:17PM  1    EDISON DEVICE TO TEST PATIENTS, IS A DISASTER ZONE, AND HE

12:17PM  2    SEES, INSTEAD OF REMOVING HUMAN JUDGMENT, PEOPLE IN THE LAB

12:17PM  3    MAKING THEIR -- MAKING DECISIONS AND SORT OF BEING THE OPPOSITE

12:17PM  4    OF WHAT THE DEVICE WAS PITCHED AT BEING ABLE TO DO.

12:17PM  5        IT'S ALSO KNOWLEDGE OF THESE PROBLEMS IS ALSO FOUND IN

12:17PM  6    EMAILS.  THIS IS BEFORE THE LAUNCH.  THIS IS IN AUGUST OF 2013.

12:17PM  7        MS. HOLMES IS TALKING TO THE VARIOUS TEAMS ABOUT

12:17PM  8    DEVELOPING THE ELISA, THE IMMUNOASSAYS, AND IT'S THE ONLY

12:17PM  9    PRIORITY OF THE ENTIRE ELISA TEAM MOVING FORWARD.  WE HAVE 61

12:18PM  10   ASSAYS TO VALIDATE ON THE 3.X AND 27 ON THE SIEMENS.  THIS IS

12:18PM  11   AUGUST 21ST, 2013.

12:18PM  12       THEY GO LIVE WITH PATIENT TESTING AT WALGREENS AROUND

12:18PM  13   SEPTEMBER 9TH, 2013, A COUPLE WEEKS LATER.

12:18PM  14       MS. GANGAKHEDKAR IS COMMUNICATING WITH ELIZABETH HOLMES IN

12:18PM  15   THE SAME TIMEFRAME, AUGUST OF 2013, AND SHE IS TELLING

12:18PM  16   MS. HOLMES, "WE HAD ISSUES WITH ALL RUNS ON THE 3.5 YESTERDAY

12:18PM  17   AS NONE OF THE RUNS COMPLETED DUE TO TEMPERATURE NOT BEING

12:18PM  18   REACHED AND PIPETTE INITIALIZATION ERRORS."  THESE RUNS WERE

12:18PM  19   FOR VITAMIN D.

12:18PM  20       BEFORE THEY EVEN LAUNCH WITH WALGREENS, THEY ARE RUSHING

12:18PM  21   TO VALIDATE THE ELISA ASSAYS, AND THEY'RE HAVING PROBLEMS.

12:18PM  22       MS. GANGAKHEDKAR ALSO SAID THAT SHE COMMUNICATED WITH

12:18PM  23   MS. HOLMES ABOUT RELIABILITY ISSUES WITH THE 3 AND THE 3.5.

12:18PM  24   THEY HAD PROBLEMS GIVING CONSISTENT RESULTS.  AND THESE WERE

12:19PM  25   DISCUSSED WITH MS. HOLMES.

12:19PM  1          AGAIN, IN 2013 MS. HOLMES KNEW ABOUT PROBLEMS ON THE

12:19PM  2     3 AND THE 3.5, THE DEVICES USED FOR PATIENT TESTING.

12:19PM  3          MS. GANGAKHEDKAR WENT FURTHER AND SAID THAT SHE DIDN'T

12:19PM  4     BELIEVE THAT THERE WAS MUCH IN THE WAY OF A MARKED IMPROVEMENT

12:19PM  5     BETWEEN THE 3 AND THE 3.5.  SO LEST YOU THINK THAT THE 3.5 WAS

12:19PM  6     SOME SIGNIFICANT ADVANCEMENT OVER THE 3, EVEN BEFORE THEY GO

12:19PM  7     LIVE WITH WALGREENS, MS. GANGAKHEDKAR BELIEVES THAT BOTH OF

12:19PM  8     THEM HAVE PROBLEMS, AND SHE EXPRESSED THESE CONCERNS TO

12:19PM  9     MS. HOLMES.

12:19PM 10          IN FACT, SHE EXPRESSED CONCERNS TO MS. HOLMES, YOU SEE AT

12:19PM 11     THE BOTTOM HERE, ABOUT EVEN THE COLLECTION DEVICE, THE

12:19PM 12     NANOTAINER, THE BLOOD COLLECTION DEVICE, ALSO HAVING PROBLEMS

12:19PM 13     PRETTY MUCH EACH DAY.  IT'S NOT JUST THE DEVICE THAT TESTS THE

12:19PM 14     BLOOD BUT ALSO THE DEVICE THAT IS COLLECTING THE BLOOD.

12:19PM 15          DR. ROSENDORFF RIGHT BEFORE THE LAUNCH SAYS TO MS. HOLMES,

12:19PM 16     "I HAVE SOME MEDICAL AND OPERATIONAL CONCERNS ABOUT OUR

12:20PM 17     READINESS FOR 9/9," THE WALGREENS LAUNCH.

12:20PM 18          "I WOULD LIKE US TO BE THE BEST THAT WE CAN BE.  A FEW

12:20PM 19     MORE WEEKS TO SORT THROUGH THESE MEDICAL AND LOGISTICAL ISSUES,

12:20PM 20     AND GETTING THE PROPER LEVEL OF TRAINING AND STAFFING WOULD

12:20PM 21     HELP US TREMENDOUSLY."

12:20PM 22          EVEN BEFORE THEY LAUNCH, HER LAB DIRECTOR IS SAYING LET'S

12:20PM 23     PAUSE, LET'S WAIT.

12:20PM 24          DR. ROSENDORFF SAID THAT -- THE EMAIL THAT YOU JUST SAW

12:20PM 25     WAS IN AUGUST OF '13.  NOW WE MOVE TO THE MIDDLE OF 2014, HE'S

12:20PM  1    SAYING I HAD DISCUSSIONS ABOUT QC FAILURES WITH MS. HOLMES AT

12:20PM  2    THAT POINT ABOUT THE HIGH FAILURE RATE OF THE EDISONS.

12:20PM  3        SO IT ISN'T AS THOUGH THEY DELAYED THE LAUNCH.  THEY

12:20PM  4    LAUNCHED AROUND 9/9.  THEY LAUNCHED, AND THEY STILL HAD

12:20PM  5    QC PROBLEMS AND OTHER FAILURES WITH THE EDISON.

12:20PM  6        DR. ROSENDORFF DESCRIBED ONE PARTICULAR OCCASION TO YOU

12:20PM  7    THAT MIGHT BE MEMORABLE.  HE SAID ELIZABETH HOLMES CAME TO HIM

12:20PM  8    AND SAID HOW IT GOING?

12:21PM  9        AND DR. ROSENDORFF SAID I WAS FREAKED OUT.

12:21PM 10        AND MS. HOLMES SAYS WHY?

12:21PM 11        AND DR. ROSENDORFF TOLD HER ABOUT THE HCG ISSUE THAT HE

12:21PM 12    AND MS. HOLMES WERE DISCUSSING.

12:21PM 13        MS. HOLMES SAID DON'T BE FREAKED OUT OR -- YOU KNOW, SHE

12:21PM 14    DIDN'T SEEM ALARMED BY IT.

12:21PM 15        SHE KNEW ABOUT PROBLEMS IN THE LAB BEFORE THE LAUNCH AND

12:21PM 16    ALL THROUGH '14 AND '15.

12:21PM 17        THERE WERE EMAILS ON SPECIFIC ISSUES THAT WERE SENT TO

12:21PM 18    HER.  THIS ONE IS ABOUT A LAB SAYING THERE'S A PATIENT WHOSE

12:21PM 19    TEST CAME BACK NEGATIVE.  WE HAD HER DISCONTINUE HER CURRENT

12:21PM 20    MEDICATIONS AND BEGAN GETTING HER READY FOR HER NEXT CYCLE.

12:21PM 21        OUR CONCERN IS THAT YOUR LAB TOLD US THAT SHE HAD A

12:21PM 22    NEGATIVE PREGNANCY.  WE RELAYED THAT TO OUR PATIENT AND

12:21PM 23    CONTINUED OUR PROTOCOL AS SHE WASN'T PREGNANT.

12:21PM 24        AND MS. HOLMES IS LEFT TO SAY "HOW DID THAT HAPPEN?"

12:21PM 25        IN THIS INSTANCE AN HCG RESULT GETS FORWARDED UP.

12:22PM   1   DANIEL YOUNG SAYS THE RESULT WAS RUN ON EDISON, THAT HCG

12:22PM   2   PATIENT FOR THE VALUE WAS HIGH ON MAY 21ST INDICATING A

12:22PM   3   PREGNANCY, AND THEN DROPPED VERY, VERY LOW ON MAY 23RD,

12:22PM   4   POSSIBLY INDICATING A MISCARRIAGE OR ABORTION.  SO WE WANT TO

12:22PM   5   BE CAREFUL WITH THIS ONE.

12:22PM   6       AND MS. HOLMES IS LEFT TO SAY I'VE DONE MANY MEETINGS ON

12:22PM   7   THIS TODAY.

12:22PM   8       IT WASN'T JUST HCG.  YOU'VE HEARD ABOUT ISE'S, ANOTHER

12:22PM   9   GROUP OF ASSAYS.  SHE'S TOLD IN THIS ONE THAT THERE ARE A LOT

12:22PM  10   OF ISSUES THAT ARE CAUSING US A LOT OF PAIN NOW WITH REGARD TO

12:22PM  11   THE ISE.

12:22PM  12       IN THIS INSTANCE THE LIST OF ASSAYS WITH PROBLEMS IS

12:22PM  13   COMMUNICATED JUST TO MR. BALWANI.  THIS PARTICULAR LIST DOESN'T

12:22PM  14   GO TO MS. HOLMES.  THIS ONE IS PT INR, HCG, TESTOSTERONE,

12:22PM  15   VITAMIN B12, OTHERS.  BUT YOU'VE SEEN INSTANCES WHERE

12:22PM  16   MR. BALWANI IS COMMUNICATING PROBLEMS IN THE LAB TO MS. HOLMES,

12:23PM  17   AND YOU CAN SEE FROM THE KIND OF INFORMATION THAT MR. BALWANI

12:23PM  18   GETS THE SORT OF BASKET OF INFORMATION HE IS DRAWING UPON WHEN

12:23PM  19   HE COMMUNICATES INFORMATION TO MS. HOLMES.  THE KINDS OF

12:23PM  20   PROBLEMS IN THE LAB THAT SHE WOULD HEAR ABOUT FROM MR. BALWANI

12:23PM  21   WOULD COME FROM SOURCES LIKE THIS WE CAN TRACE BACK WHERE

12:23PM  22   MR. BALWANI LEARNED AND FOUND OUT ABOUT PROBLEMS.

12:23PM  23       IN THIS INSTANCE THEY'RE TALKING ABOUT VOIDED C02 RESULTS.

12:23PM  24       DR. ROSENDORFF SAYS, "I AM THINKING THAT SINCE WE VOID ALL

12:23PM  25   ABNORMAL BICARBONATE RESULTS, THE TEST HAS LOST ANY DIAGNOSTIC

12:23PM  1    VALUE, AND PROBABLY ALSO RELIABILITY WHEN RESULTS ARE REPORTED

12:23PM  2    IN THE NORMAL RANGE.  FOR INSTANCE THE CORRECT BICARB VALUE IN

12:23PM  3    THE PATIENT MAY IN FACT BE HIGH, AND DUE TO OUTGASSING, THE

12:23PM  4    BICARB MIGHT NORMALIZE, AND WE WOULD BE REPORTING A FALSELY

12:23PM  5    NORMAL BICARB WHEN IN FACT IT SHOULD BE HIGH.

12:23PM  6        "PROBABLY SHOULD DISCONTINUE THIS METHOD UNTIL WE HAVE

12:24PM  7    WORKED IT OUT BETTER."

12:24PM  8        MR. BALWANI FORWARDS THIS EMAIL TO ELIZABETH HOLMES.  THE

12:24PM  9    PROBLEMS ARE NOT LIMITED TO ONE ASSAY, AND THE PROBLEMS ARE NOT

12:24PM 10    HIDDEN FROM MS. HOLMES.

12:24PM 11        IN THIS INSTANCE THEY ARE TALKING ABOUT AN ISSUE WITH

12:24PM 12    PT INR, AND MR. BALWANI IS LEFT SAYING TO MS. HOLMES, "ALWAYS

12:24PM 13    ANOTHER STUDY AFTER THE FACT."

12:24PM 14        THEY CAN'T STOP THE PROBLEMS ON THE FRONT END.  THEY

12:24PM 15    DISCOVERY THE PROBLEMS WHEN THE TESTS GO OUT, AND THEN THEY'RE

12:24PM 16    LEFT DOING THE STUDIES AFTER THE FACT.

12:24PM 17        IN THIS CASE DR. ROSENDORFF SAYS "I EXPECT OUR HDL ASSAY

12:24PM 18    HAS FAILED AND I DO NOT WANT TO REPORT OUT THIS RESULT UNTIL WE

12:24PM 19    FIX IT."

12:24PM 20        IN THIS EMAIL THAT IS SENT TO MS. HOLMES, DANIEL YOUNG

12:24PM 21    TALKS ABOUT HOW THE HDL QC DATA HAS BEEN RUNNING CONSISTENTLY

12:25PM 22    LOW, ROUGHLY 10 PERCENT.  THESE QC DATA SHOULD HAVE RAISED AN

12:25PM 23    ALARM FLAG SEVERAL WEEKS AGO.  THE QC RESULTS SEEM SIMILAR FOR

12:25PM 24    BOTH THE DEFAULT SIEMENS PROTOCOL, AS WELL AS FOR THE THERANOS

12:25PM 25    DILUTED PROTOCOL.

12:25PM   1        IN THIS INSTANCE MS. HOLMES IS INFORMED ABOUT PROBLEMS

12:25PM   2   WITH THE HDL TESTING.  DR. ROSENDORFF WANTS TO DISCONTINUE HDL

12:25PM   3   TESTING.

12:25PM   4        MR. BALWANI RESPONDS, WE CAN'T NOT -- I THINK IT MIGHT BE

12:25PM   5   WE CANNOT REVERT BACK TO VENIPUNCTURE FOR HDL.  WHICH WAY ARE

12:25PM   6   THEY GOING TO DO THE TESTING?  THEY'RE DISCOURAGING USING THE

12:25PM   7   TRADITIONAL METHOD, THE VEIN DRAW.

12:25PM   8        IN THIS INSTANCE THEY'RE SEEING MORE PROBLEMS WITH THE

12:25PM   9   ISE'S AND THE NEED FOR RERUNS.  THERE'S A DISCUSSION HERE ABOUT

12:25PM  10   IMPLEMENTING A BIAS CORRECTION TO HELP FIX IT.

12:25PM  11        AND MS. HOLMES WRITES, "I'LL TAKE A LOOK.  IF THE BIAS

12:25PM  12   CORRECTION IS ROBUST, WE SHOULD IMPLEMENT IT."

12:26PM  13        NOT ONLY IS SHE NOT HANDS OFF IN THE LAB, YOU HAVE HEARD

12:26PM  14   THAT SHE WAS INVOLVED IN THE R&D SIDE AND YOU'VE NOW SEEN

12:26PM  15   EMAILS EARLIER THIS MORNING AND NOW WHERE THERE'S INVOLVED IN

12:26PM  16   THE CLIA SIDE WHERE SHE KNOWS THAT THERE ARE PROBLEMS AND SHE'S

12:26PM  17   WEIGHING IN ON HOW THEY'RE GOING TO FIX THOSE PROBLEMS.

12:26PM  18        IN THIS INSTANCE DR. ROSENDORFF IS RAISING A CONCERN ABOUT

12:26PM  19   THE POTASSIUM ASSAY THAT WAS OPTIMIZED ON MAY 24TH.  HE SENDS

12:26PM  20   THIS EMAIL A MONTH LATER, JUNE 25TH, "TOO MANY POTASSIUMS ARE

12:26PM  21   FLAGGING HIGH, TOO FEW ARE FLAGGING LOW, OUR TEST IS CURRENTLY

12:26PM  22   NOT CAPABLE OF DIFFERENTIATING TRUE CRITICAL POTASSIUM."

12:26PM  23        AND THIS IS FORWARDED TO MS. HOLMES.

12:26PM  24        IN THIS INSTANCE MS. HOLMES IS ASKING MEMBERS OF HER

12:26PM  25   EMPLOYEES AT THERANOS ABOUT THIS PARTICULAR PROBLEM WITH AN INR

12:27PM 1    TEST WHERE SOMEBODY GETS A RESULT AT THERANOS AND IMMEDIATELY

12:27PM 2    GOES TO LABCORP AND GETS A DIFFERENT RESULT.  AND MR. FOSQUE IS

12:27PM 3    SAYING HE'LL WORK WITH ELIZABETH HOLMES ON SCRIPTING.

12:27PM 4        SO SHE WAS INVOLVED IN MAKING DECISIONS ABOUT THE BIAS

12:27PM 5    CORRECTION AND WHETHER THAT SHOULD BE IMPLEMENTED AND ALSO ON

12:27PM 6    THE BACK END WHEN A PHYSICIAN HAS A CONCERN ABOUT WHETHER A

12:27PM 7    RESULT IS PROBLEMATIC, WHAT THERANOS WAS GOING TO COMMUNICATE

12:27PM 8    TO THAT PHYSICIAN.  ELIZABETH HOLMES IS INVOLVED IN THAT

12:27PM 9    SCRIPTING AS WELL.

12:27PM 10       THE SECOND ELEMENT FOR THE WIRE FRAUD FOR PATIENTS IS

12:27PM 11   MATERIALITY, THAT IS, THAT THE FALSE STATEMENTS WERE CAPABLE OF

12:27PM 12   INFLUENCING A DECISION TO SPEND MONEY, TO BUY A TEST.

12:27PM 13       YOU DON'T NEED ACTUAL RELIANCE IN THIS INSTANCE, JUST THAT

12:27PM 14   THEY WERE THE KIND OF STATEMENTS THAT WOULD BE CAPABLE OF

12:27PM 15   INFLUENCING.

12:27PM 16       MS. TOMPKINS TOLD YOU THAT SHE WENT TO THERANOS.  SHE

12:27PM 17   COUNTS ON A LAB'S ABILITY TO RETURN ACCURATE RESULTS, RELIABLE

12:27PM 18   RESULTS.

12:27PM 19       AGAIN, I APPRECIATE IT'S OBVIOUS THAT PATIENTS WOULD SAY I

12:28PM 20   ASSUMED I WOULD GET AN ACCURATE RESULT IF I HAD MY BLOOD TESTED

12:28PM 21   HERE AND THIS IS THE MATERIALITY CONCEPT.

12:28PM 22       DR. ELLSWORTH, THE SAME THING, HE SAID HE EXPECTED THE

12:28PM 23   RESULTS THAT HE RECEIVED FROM TESTS AT THERANOS TO BE ACCURATE

12:28PM 24   AND ACCURACY WITH LAB RESULTS OBVIOUSLY IS IMPORTANT.

12:28PM 25       BRITTANY GOULD ALSO TALKED ABOUT SORT OF WHAT SHE SAW IN

12:28PM  1    MARKETING MATERIALS FOR THERANOS, WHY THOSE -- THAT INFORMATION

12:28PM  2    WAS IMPORTANT TO HER AND AFFECTED HER DECISION TO GO GET

12:28PM  3    TESTING AT THERANOS, THINGS LIKE ACCURACY.

12:28PM  4        THE NEXT AND THE THIRD ELEMENT IS AN INTENT TO DEFRAUD,

12:28PM  5    THAT THE FALSE STATEMENTS, THAT THE KNOWINGLY FALSE STATEMENTS

12:28PM  6    WERE COMMUNICATED WITH THE INTENT TO DEFRAUD.

12:28PM  7        MUCH OF THE EVIDENCE WE LOOKED AT HERE APPLIES HERE.  WE

12:28PM  8    SEE INSTANCES WHERE MS. HOLMES KNOWS THAT THERE ARE PROBLEMS IN

12:28PM  9    THE LAB WITH REGARD TO GENERATING ACCURATE AND RELIABLE TESTS,

12:28PM  10   AND YET THE COMMUNICATION CONTINUES.  INDIVIDUALS, PATIENTS ARE

12:29PM  11   STILL LED TO BELIEVE THAT THERANOS CAN TEST BLOOD ACCURATELY

12:29PM  12   AND RELIABLY.

12:29PM  13       SHE'S TOLD IN THIS INSTANCE IN 2014 BY MR. BALWANI ABOUT

12:29PM  14   PROBLEMS WITH THE COLLECTION DEVICE, THAT THAT'S THE ROOT CAUSE

12:29PM  15   OF ISSUES.

12:29PM  16       THE EXPLETIVE TEXT ALSO IS IMPORTANT IN THIS IDEA AND THIS

12:29PM  17   CONCEPT.  SHE KNOWS THERE ARE PROBLEMS AND PATIENTS CONTINUE TO

12:29PM  18   GO TO THERANOS.

12:29PM  19       SHE'S TOLD THAT THEIR VALIDATION REPORTS ARE TERRIBLE.

12:29PM  20       DR. ROSENDORFF TOLD YOU ABOUT AN INSTANCE WHEN HE WENT

12:29PM  21   INTO HER OFFICE AND SHE HAD TAPED TO THE WALL NUMBERS SORT OF

12:29PM  22   COUNTING DOWN THE DATES UNTIL THE LAUNCH.

12:29PM  23       AND THEN HE SAYS I TOLD HER THAT THE POTASSIUM WAS

12:29PM  24   UNRELIABLE, THE SODIUM WAS UNRELIABLE, THE GLUCOSE WAS

12:29PM  25   UNRELIABLE.

12:29PM   1          EXPLAIN WHY.

12:29PM   2          SHE WAS VERY NERVOUS.  SHE WAS NOT HER USUAL COMPOSED

12:30PM   3    SELF.  SHE WAS TREMBLING A LITTLE BIT.  HER KNEE WAS TAPPING.

12:30PM   4    HER VOICE WAS BREAKING UP.  SHE WAS CLEARLY UPSET.  SHE DIDN'T

12:30PM   5    SEEM SURPRISED TO ME.  SHE JUST SEEMED NERVOUS AND UPSET BEFORE

12:30PM   6    THE LAUNCH.

12:30PM   7          SUREKHA GANGADKHEDKAR TOLD YOU THAT SHE RAISED CONCERNS

12:30PM   8    ALSO BEFORE THE LAUNCH ABOUT THE 3 SERIES GIVING -- HAVING

12:30PM   9    PROBLEMS, EVEN IN THOSE LAST FEW DAYS BEFORE THE LAUNCH, AND

12:30PM  10    THAT MS. HOLMES'S RESPONSE WAS THAT SHE HAD MADE A PROMISE TO

12:30PM  11    DELIVER TO THE CUSTOMER, AND SHE DIDN'T HAVE MUCH CHOICE BUT TO

12:30PM  12    GO AHEAD WITH THE LAUNCH.

12:30PM  13          DR. ROSENDORFF BEFORE THE LAUNCH SAYS LET'S DELAY IT.  I

12:30PM  14    HAVE MEDICAL AND OPERATIONAL CONCERNS FOR OUR READINESS FOR

12:30PM  15    9/9, AND HE SENT THIS BEFORE THE LAUNCH.

12:30PM  16          IN 2014 MS. HOLMES'S BROTHER WRITES HER THIS EMAIL:

12:30PM  17    "HEY -- WANTED TO HAVE JUST A MORE CANDID CONVERSATION ABOUT

12:31PM  18    THIS WITH YOU.  I AM ALWAYS CONFIDENT IN OUR TECHNOLOGY, BUT

12:31PM  19    IT'S PRETTY OBVIOUS THAT WE HAVE ISSUES WITH CALCIUM,

12:31PM  20    POTASSIUM, AND SODIUM SPECIFICALLY.

12:31PM  21          "I'M 1,000 PERCENT CONFIDENT THIS IS AN EASILY SOLVABLE

12:31PM  22    ISSUE AND ONE THAT WE WILL FIX, BUT JUST MORE A QUESTION AROUND

12:31PM  23    THE COST/BENEFIT OF CONTINUING TO SEND THESE RESULTS TO DOCS

12:31PM  24    WHEN THERE SEEM TO BE ISSUES WITH THEIR ACCURACY.

12:31PM  25          "I AM ALSO BRINGING THIS UP BECAUSE I HAVEN'T HEARD ANY

12:31PM 1    REASON OR ROOT CAUSE FOR WHY THESE TESTS ARE OFF. I JUST GET A

12:31PM 2    RESPONSE FROM DANIEL THAT WE 'ARE AWARE OF THE ISSUES AND ARE

12:31PM 3    CONDUCTING A STUDY.' LEAVES ME A BIT HANDS TIED WITH THE

12:31PM 4    DOCS -- OBVIOUSLY I CAN'T TELL THEM WE ARE WRONG, BUT THEY

12:31PM 5    CONTINUE TO SEND PATIENTS TO QUEST AFTER WE REPORT HIGH, AND

12:31PM 6    THE PATIENTS RESULTS COME BACK NORMAL."

12:31PM 7        SHE HEARD IT NOT FROM MR. BALWANI, BUT SHE HEARD IT FROM

12:32PM 8    HER BROTHER WHO ASKED TO HAVE A CANDID CONVERSATION ABOUT THE

12:32PM 9    ACCURACY PROBLEMS OF THEIR TESTING IN 2014.

12:32PM 10       DR. ROSENDORFF SAID THAT HE HAD CONCERNS ABOUT WHETHER THE

12:32PM 11   PARTICULAR MESSAGE HERE, THE SCRIPTING, WAS ACCURATE; THAT WHAT

12:32PM 12   WAS APPROVED TO SAY WAS IN THE SHORT TERM DON'T PUT ANY COMMENT

12:32PM 13   OR NOTE ON THE RESULT IF CO2 VALUES ARE VOIDED. BUT IF DOCTORS

12:32PM 14   CALL, YOU SHOULD SAY THE SCRIPT, AND THE SCRIPT IS CO2 RESULTS

12:32PM 15   WERE NOT REPORTED DUE TO TEMPORARY UNAVAILABILITY OF THIS TEST

12:32PM 16   FOR THIS SAMPLE. WE ARE GROWING AS FAST AS WE CAN AND ARE

12:32PM 17   WORKING TO ENSURE THIS DOES NOT HAPPEN GOING FORWARD. WE

12:32PM 18   APOLOGIZE FOR THE TEMPORARY INCONVENIENCE.

12:32PM 19       DR. ROSENDORFF TOLD YOU I DIDN'T THINK THAT SCRIPTING WAS

12:32PM 20   ACCURATE BECAUSE HE FIRMLY BELIEVED THAT THIS WOULD BE A

12:32PM 21   PERMANENT PROBLEM, THAT THIS WAS NOT A TEMPORARY PROBLEM, AND

12:33PM 22   HE DID NOT THINK THAT THIS SCRIPTING APPROVED BY MS. HOLMES WAS

12:33PM 23   APPROPRIATE.

12:33PM 24       THERE'S A QUESTION HERE. THIS IS ACTUALLY A VIP VISIT

12:33PM 25   WHERE THEY WERE NOT ABLE TO GENERATE RESULTS, AND THERE'S A

12:33PM   1    DISCUSSION ABOUT WHY THAT WAS, WHY THEY WEREN'T ABLE TO

12:33PM   2    GENERATE RESULTS.

12:33PM   3        AND MS. HOLMES IS TOLD HERE BY CHRISTIAN HOLMES THE ROOT

12:33PM   4    CAUSE FROM TINA, THE CONTAMINATION OF THE CTN IS NOT DUE TO ANY

12:33PM   5    HUMAN ERROR.

12:33PM   6        MS. HOLMES RESPONDS, YOU CAN SAY WE DO RUN THOSE ASSAYS,

12:33PM   7    BUT WE'RE NOT ABLE TO RUN THEM ON THIS SAMPLE, APPARENTLY DUE

12:33PM   8    TO HUMAN ERROR IN SAMPLE HANDLING.

12:33PM   9        SHE'S SPECIFICALLY TOLD THAT THE ISSUE WAS NOT HUMAN ERROR

12:33PM  10    AND THEN SHE SPECIFICALLY SAYS TO SAY IT WAS.

12:33PM  11        IN THIS EXCHANGE DR. ROSENDORFF IS TELLING HOLMES AND

12:33PM  12    BALWANI, WE ARE STILL VOIDING CRITICAL ISE RESULTS AND ASKING

12:34PM  13    FOR REDRAW.  THIS MEANS WE WOULD MISS A TRULY CRITICAL ISE

12:34PM  14    RESULT.  BY THE SAME TOKEN, IT CALLS INTO QUESTION THE ACCURACY

12:34PM  15    OF EVEN THE NORMAL ISE RESULTS.

12:34PM  16        ARE YOU BOTH COMFORTABLE WITH THIS?

12:34PM  17        AND MR. BALWANI WRITES TO MS. HOLMES, "WE NEED TO RESPOND

12:34PM  18    TO HIM NOW AND CUT HIM MONDAY."

12:34PM  19        THEY'RE GOING TO GET RID OF THE LAB DIRECTOR WHO ACTUALLY

12:34PM  20    RAISES QUESTIONS, WHO HAS CONCERNS, WHO PUSHES FOR PT TESTING.

12:34PM  21    AND WHO DO THEY REPLACE HIM WITH?  THEY REPLACE HIM WITH

12:34PM  22    MR. BALWANI'S DERMATOLOGIST, WHO WORKS FIVE HOURS OVER THE

12:34PM  23    COURSE OF SEVEN MONTHS, AND DR. SAWYER WHO WORKS EVEN LESS.

12:34PM  24        DR. DHAWAN DURING CROSS, THE CROSS-EXAMINATION OF

12:34PM  25    DR. DHAWAN -- YOU MAY RECALL THIS LINE OF QUESTIONING --

12:34PM  1    MR. WADE WAS ASKING DR. DHAWAN IF HE EVER MET SOMEONE OR IF HE

12:34PM  2    KNEW SOMEONE NAMED DR. SAWYER.

12:34PM  3        "YOU NEVER MET HER, SO IT MAY HAVE BEEN SHE WAS DOING

12:35PM  4    SEPARATE FUNCTIONS FROM THE FUNCTIONS YOU PERFORMED AT

12:35PM  5    THERANOS; IS THAT FAIR?"

12:35PM  6        AND THEN THE DISCUSSION CONTINUES SUGGESTING TO DR. DHAWAN

12:35PM  7    THAT HE DIDN'T WORK THAT MUCH AT THERANOS, BUT THERE WAS A

12:35PM  8    CO-LAB DIRECTOR, DR. SAWYER, AND YOU DON'T KNOW, DR. DHAWAN,

12:35PM  9    WHETHER SHE WAS THE ONE WHO WAS MINDING THE STORE WHILE YOU

12:35PM  10   WEREN'T?

12:35PM  11       THEN DR. SAWYER CAME AND TESTIFIED AND SHE TOLD YOU, IF

12:35PM  12   YOU CAN BELIEVE IT, I DID LESS.  SHE NEVER WENT TO THE LAB, SHE

12:35PM  13   DIDN'T SEE THE THERANOS DEVICE, SHE NEVER SPOKE TO A PATIENT,

12:35PM  14   SHE NEVER SPOKE TO A DOCTOR.  SHE WAS NEVER ASKED ABOUT

12:35PM  15   CRITICAL VALUES.

12:35PM  16       IF IT'S POSSIBLE, SHE WAS LESS INVOLVED THAN DR. DHAWAN.

12:35PM  17       THERE ARE OTHER EXAMPLES.  THERE ARE EMAILS WHERE

12:35PM  18   MS. HOLMES IS INCLUDED ON THE EMAIL AND ISSUES WITH CERTAIN

12:35PM  19   ASSAYS WERE SENT TO HER.  A GROUP INVOLVING THE HCG ASSAYS, A

12:36PM  20   GROUP INVOLVING THE ISE ASSAYS, PT INR, HDL, POTASSIUM, AND

12:36PM  21   BICARB.  THERE ARE MORE EMAILS THAT TALK ABOUT THIS.

12:36PM  22       THE NEXT IS THE INTERSTATE NEXUS, THAT THE WIRES THAT ARE

12:36PM  23   THE SUBJECT OF THESE COUNTS CROSSED STATE LINES.

12:36PM  24       THIS IS THE LAB REPORT THAT WENT TO MS. TOMPKINS, THE HIV

12:36PM  25   TESTING.  AND YOU SEE THE FAX WENT FROM THERANOS, THE 650, TO

12:36PM 1    ACTUALLY DR. ASIN, THE PHYSICIAN FOR ERIN TOMPKINS, HIS OFFICE

12:36PM 2    IN ARIZONA ON INTERSTATE WIRE.

12:36PM 3        DR. ELLSWORTH, THE SAME THING.  HIS REPORT WENT FROM

12:36PM 4    THERANOS TO DR. ELLSWORTH'S PHYSICIAN, DR. BURNES.  DR. BURNES

12:36PM 5    HAD AN OFFICE IN ARIZONA.  AND, IN FACT, YOU HAVE AN EMAIL

12:36PM 6    WHERE IT TELLS YOU THE SPECIFIC DEVICE THAT DR. ELLSWORTH'S

12:36PM 7    TEST WAS RUN ON.  YOU KNOW FROM THIS EMAIL THAT THE PSA TEST

12:36PM 8    WAS RUN ON A THERANOS EDISON DEVICE FROM EXHIBIT 4415.

12:37PM 9        AND THEN DR. BURNES DURING HIS TESTIMONY TOLD YOU WHERE

12:37PM 10   HIS OFFICE WAS LOCATED AND THAT HE WOULD HAVE LAB RESULTS FAXED

12:37PM 11   TO HIS OFFICE, TO COMPLETE THE CIRCLE OF THAT INTERSTATE WIRE.

12:37PM 12       THE LAST COUNT INVOLVES THE PURCHASE OF AD TIME IN

12:37PM 13   ARIZONA.

12:37PM 14       MR. AMENTA ALSO PROVIDED TESTIMONY TO YOU ON THIS SUBJECT,

12:37PM 15   THAT THE WIRE -- IT WAS CALLED HORIZON MEDIA -- THAT THERANOS

12:37PM 16   SENT ABOUT A MILLION DOLLARS TO, THAT THAT USED FEDWIRE AND

12:37PM 17   CROSSED STATE LINES AS WELL.

12:37PM 18       AND THEN MS. YAM CAME BACK AND TESTIFIED AT THE END OF THE

12:37PM 19   GOVERNMENT'S CASE AND TALKED ABOUT THIS EMAIL, 5454, WHERE THIS

12:37PM 20   PARTICULAR WIRE WAS FOR THE PHOENIX MEDIA PLAN.  AND THEN IT

12:37PM 21   TALKED ABOUT WHAT SOME OF THE FUNDS WERE USED FOR:  CINEMA, IT

12:37PM 22   TALKS ABOUT OUTDOOR, STATIC, AND DIGITAL, AND "PEOPLE" MAGAZINE

12:38PM 23   AND COVER WRAP, AND THEN ARIZONA REPUBLIC.

12:38PM 24       I WANT TO TAKE A BREAK, AS I TOLD YOU, FROM THE SLIDES AND

12:38PM 25   COVER A FEW ADDITIONAL TOPICS, AND THEN WE'LL RETURN TO THE

12:38PM  1    SLIDES VERY BRIEFLY AT THE END.

12:38PM  2        THE DEFENSE HAS MADE SOME COMMENTS TO YOU DURING THE

12:38PM  3    COURSE OF THE TRIAL THAT I WANT TO SPEND A MOMENT DISCUSSING.

12:38PM  4        NO, THEY DON'T HAVE TO SPEAK.  THE DEFENSE DOESN'T HAVE

12:38PM  5    TO GIVE AN OPENING.  THEY DON'T HAVE TO CROSS-EXAMINE ANY

12:38PM  6    WITNESSES OR CALL ANY WITNESSES ON THEIR OWN.

12:38PM  7        THE BURDEN IS ON THE GOVERNMENT.  THAT NEVER CHANGES.

12:38PM  8        THE DEFENSE HAS MADE SOME ARGUMENTS, AND I WANT TO RESPOND

12:38PM  9    TO A COUPLE OF THEM.

12:38PM  10        THE FIRST ARGUMENT THAT YOU'VE HEARD IS THAT BUSINESS

12:38PM  11    FAILURE IS NOT FRAUD.  BUSINESSES FAIL AND THAT DOESN'T PROVE

12:38PM  12    THAT FRAUD HAPPENED.

12:38PM  13        TO THE EXTENT THAT YOU MIGHT BE DISAPPOINTED IN SOME OF

12:38PM  14    THE ACTIONS THAT OCCURRED AT THERANOS, YOU SHOULD ATTRIBUTE IT

12:38PM  15    TO MS. HOLMES'S INEXPERIENCE.

12:38PM  16        FIRST, IT IS CERTAINLY TRUE THAT BUSINESSES FAIL, AND THAT

12:38PM  17    IS NOT PROOF OF FRAUD.  THE GOVERNMENT HAS NO QUARREL WITH THAT

12:38PM  18    IDEA.  JUST BECAUSE IT'S A TRUE STATEMENT DOESN'T MEAN IT

12:39PM  19    APPLIES TO THIS CASE.

12:39PM  20        I STARTED THIS MORNING BY TELLING YOU THAT THERE WERE

12:39PM  21    INSTANCES WHEN THERANOS WAS RUNNING OUT OF MONEY, WHEN THEY

12:39PM  22    WERE ON THE PHONE WITH BANKERS ABOUT CLEARING CHECKS EARLY.

12:39PM  23        IF MS. HOLMES HAD JUST ALLOWED THERANOS TO FAIL, IF SHE

12:39PM  24    HAD NOT CHOSEN TO GO DOWN THE PATH OF FRAUD, THEN I THINK THAT

12:39PM  25    STATEMENT WOULD APPLY THAT BUSINESSES FAIL AND THAT DOESN'T

12:39PM  1    MEAN THAT THERE IS FRAUD.  THAT'S NOT PROOF OF FRAUD BY ITSELF.

12:39PM  2         BUT WHAT HAPPENED HERE IS SORT OF WHEN FACED WITH THE

12:39PM  3    POTENTIAL OF BUSINESS FAILURE, MS. HOLMES CHOSE A DIFFERENT

12:39PM  4    PATH, AND THAT'S WHERE THE FRAUD COMES IN.

12:39PM  5         THE DEFENSE ALSO, I THINK, WOULD LIKE TO FREEZE TIME, HAVE

12:39PM  6    YOU THINK OF MS. HOLMES AS THE 19-YEAR-OLD-COLLEGE DROPOUT THAT

12:39PM  7    STARTED THERANOS THE ENTIRE TIME SHE WAS AT THERANOS.

12:39PM  8         BUT THE TRUTH IS BY THE TIME THE INVESTORS WHO INVESTED IN

12:39PM  9    2013 OR 2014 WERE INTERACTING WITH HER, SHE WAS NEARLY 30 AND

12:39PM  10   HAD BEEN CEO FOR A DECADE AT THAT POINT.  THEY WERE NOT

12:40PM  11   INTERACTING WITH SOMEONE WHO HAD INEXPERIENCE RUNNING HER

12:40PM  12   COMPANY.

12:40PM  13        THERANOS DIDN'T NEED MORE EXPERIENCE TO AVOID FRAUD HERE.

12:40PM  14   THEY DIDN'T NEED ONE MORE M.D. OR ONE MORE PH.D. TO AVOID THE

12:40PM  15   FRAUD.  IT WASN'T A QUESTION OF EXPERIENCE.  THEY NEEDED A CEO

12:40PM  16   AND A COO WHO INTERACTED WITH PEOPLE HONESTLY, WHO TOLD THEM

12:40PM  17   THE TRUTH ABOUT WHAT THERANOS COULD AND WHAT IT COULDN'T DO.

12:40PM  18   IT WASN'T A QUESTION OF EXPERIENCE OR A LACK OF PH.D.'S OR

12:40PM  19   M.D.'S AT THERANOS.

12:40PM  20        THE DEFENSE HAS ARGUED TO YOU THAT ELIZABETH HOLMES NEVER

12:40PM  21   SOLD HER STOCK.  I THINK FROM THAT THEY WOULD SUGGEST THAT IF

12:40PM  22   THIS WAS A FRAUD AND IF SHE KNEW IT WAS A FRAUD, THEN WHY

12:40PM  23   DIDN'T SHE SELL STOCK?  AND I'M NOT SURE WHAT THE NEXT ACTION

12:40PM  24   AFTER THAT IS, SELL STOCK AND -- THE EVIDENCE IS STILL THERE.

12:40PM  25   SO EVEN IF SHE HAD SOLD HER STOCK, THE EVIDENCE THAT YOU HAVE

12:40PM 1   HEARD ABOUT IN THE CASE IS HERE.

12:40PM 2         THERE ARE AS MANY DIFFERENT REACTIONS TO FRAUD AS THERE

12:40PM 3   ARE FRAUDSTERS.  BECAUSE SHE DIDN'T PICK A PARTICULAR RESPONSE

12:41PM 4   WHEN FACED WITH FRAUD I DON'T THINK SUGGESTS THAT FRAUD DID NOT

12:41PM 5   HAPPEN HERE.

12:41PM 6         BUT DAN MOSLEY ALSO PROVIDED YOU SOME INSIGHT INTO THIS

12:41PM 7   PARTICULAR QUESTION.  RECALL DAN MOSLEY TOLD YOU THAT THERE

12:41PM 8   WERE DIFFERENT KINDS OF STOCK, THERE WAS COMMON AND THERE WAS

12:41PM 9   PREFERRED.

12:41PM 10        MR. MOSLEY TOLD YOU THAT INVESTORS LIKE HIMSELF BOUGHT

12:41PM 11  PREFERRED SHARES.  AND THAT MEANT THAT IF THERE WAS A

12:41PM 12  BANKRUPTCY OR LIQUIDATION EVENT OF SOME KIND, THE PREFERRED

12:41PM 13  SHAREHOLDERS GOT TO GO TO THE FRONT OF THE LINE TO RECOVER

12:41PM 14  ASSETS.

12:41PM 15        AND HE TOLD THAT YOU MS. HOLMES DID NOT HAVE THAT KIND OF

12:41PM 16  STOCK.  SHE HAD COMMON STOCK.  AND WHAT SHE GAVE UP IN THOSE

12:41PM 17  PREFERENCE RIGHTS, SHE GAINED IN VOTING RIGHTS.

12:41PM 18        THE COMMON STOCK HAD 100 VOTES FOR EVERY SHARE.  THE

12:41PM 19  PREFERRED HAD ONE VOTE FOR EVERY SHARE.

12:41PM 20        SO IF MS. HOLMES SOLD HER STOCK, SHE WASN'T JUST SELLING

12:41PM 21  IT FOR MONEY, SHE WAS SELLING ACCESS TO INFORMATION.

12:41PM 22        AND WHEN THERANOS WAS A HOUSE OF CARDS, WHEN IT WAS FRAUD,

12:42PM 23  SHE COULD NOT GIVE SOMEONE ELSE THE POWER THAT CAME WITH THOSE

12:42PM 24  VOTING RIGHTS, THE POWER TO ASK QUESTIONS TO GET REAL ANSWERS.

12:42PM 25  MS. HOLMES COULDN'T SELL HER STOCK.

12:42PM   1        THE DEFENSE HAS ARGUED TO YOU AND MADE THIS ARGUMENT IN

12:42PM   2   OPENING THAT THE GOVERNMENT WAS LOOKING AT THE CASE THROUGH A

12:42PM   3   DIRTY LENS; THAT JUST WAIT AND YOU'LL SEE THE EVIDENCE IN THE

12:42PM   4   CASE, AND YOU'LL SEE THAT THERE'S A LOT OF JUST INNOCENT

12:42PM   5   EVENTS; AND ONLY WHEN YOU PUT ON THE GOVERNMENT'S LENS AND LOOK

12:42PM   6   THROUGH THE GOVERNMENT'S EYES WILL YOU SEE SOME NEFARIOUS

12:42PM   7   INTENT OR BAD CONDUCT.

12:42PM   8        HERE THAT ARGUMENT -- IT MIGHT WORK IN A CASE WHERE

12:42PM   9   WITNESS AFTER WITNESS IS A GOVERNMENT EMPLOYEE, LAW ENFORCEMENT

12:42PM  10   OR A GOVERNMENT REGULATOR WHO IS DESCRIBING FACTS TO YOU AND

12:42PM  11   WANTS YOU TO APPRECIATE THOSE FACTS THROUGH THEIR EYES.

12:42PM  12        BUT THINK FOR A MOMENT ABOUT THE WITNESSES THAT TESTIFIED

12:42PM  13   IN THIS CASE.  YOU HEARD FROM FORMER EMPLOYEES THAT

12:42PM  14   ELIZABETH HOLMES HIRED.  YOU HEARD FROM INVESTORS THAT

12:43PM  15   ELIZABETH HOLMES RECRUITED.  YOU HEARD FROM PATIENTS THAT

12:43PM  16   ELIZABETH HOLMES ADVERTISED TO.  YOU HEARD FROM STRATEGIC

12:43PM  17   PARTNERS, THE WALGREENS AND SAFEWAYS OF THE WORLD THAT

12:43PM  18   ELIZABETH HOLMES NEGOTIATED WITH.

12:43PM  19        YOU'RE NOT BEING ASKED TO LOOK AT THE FACTS OF THIS CASE

12:43PM  20   THROUGH THE GOVERNMENT'S EYES, THROUGH THE LENS THAT THE

12:43PM  21   GOVERNMENT PUTS ON.

12:43PM  22        YOU'RE BEING ASKED TO HEAR AND EVALUATE THE TESTIMONY OF

12:43PM  23   WITNESSES THAT AT LEAST AT ONE POINT IN TIME THE DEFENDANT

12:43PM  24   HERSELF SELECTED.

12:43PM  25        I WANT TO SAY A FEW WORDS ABOUT THE WITNESSES THAT THE

12:43PM  1    DEFENSE CALLED.  THEY CALLED THREE WITNESSES.

12:43PM  2         THE FIRST WITNESS WAS TRENT MIDDLETON.  YOU MAY RECALL

12:43PM  3    THAT MR. MIDDLETON WORKS FOR THE LAW FIRM THAT IS REPRESENTING

12:43PM  4    THE DEFENDANT HERE IN COURT.  AND HE TESTIFIED ABOUT SOME

12:43PM  5    SUMMARY CHARTS THAT HE HAD CREATED, AND HE TOLD YOU THAT THE

12:43PM  6    DATA FOR THE CHARTS WAS GATHERED, BUT I DON'T KNOW THAT HE KNEW

12:43PM  7    WHO GATHERED THAT DATA.  THAT WASN'T SOMETHING THAT HE WAS

12:43PM  8    FAMILIAR WITH.

12:44PM  9         HE DIDN'T KNOW ANY OF THE FACTS ABOUT THERANOS.  HE WASN'T

12:44PM  10   WORKING ON THE THERANOS CASE.  HE DIDN'T HAVE ANYTHING TO ADD

12:44PM  11   TO THAT.

12:44PM  12        AND ALSO THE STRUCTURE, THE WORDS THAT WERE ON THE SUMMARY

12:44PM  13   CHART, WERE NOT CHOSEN BY MR. MIDDLETON.  I THINK HE SAID IT

12:44PM  14   WAS CHOSEN BY THE LAWYERS HERE.

12:44PM  15        AND IF THEY SHOW THEM TO YOU, NOTICE THAT WHEN THEY TALK

12:44PM  16   ABOUT INVESTORS, THEY CALLED THEM ENTITIES.  HOPEFULLY YOU WILL

12:44PM  17   REMEMBER THAT THE CASE IS ABOUT REAL PEOPLE WHO LOST REAL

12:44PM  18   MONEY.

12:44PM  19        AND WHEN THEY TALK ABOUT PATIENTS, THEY DON'T CALL THEM

12:44PM  20   PATIENTS.  THEY CALL THEM CUSTOMERS.  THESE ARE REAL PEOPLE WHO

12:44PM  21   PAID REAL MONEY FOR REAL BLOOD TESTS HERE.

12:44PM  22        THE NEXT PERSON THE DEFENSE CALLED WAS DR. BONANNI.  YOU

12:44PM  23   RECALL THAT DR. BONANNI JOINED THE THERANOS BOARD IN 2014.  SO

12:44PM  24   AFTER "THE WALL STREET JOURNAL" IN 2015, AFTER CMS INSPECTION

12:44PM  25   AND THEN REPORT IN 2016.

CLOSING ARGUMENT BY MR. SCHENK

12:44PM 1      DR. BONANNI JOINED THERANOS AT A TIME WHEN THEY ARE

12:44PM 2  FIGURATIVELY POURING BLEACH ON ALL OF THE SURFACES TO CLEAN

12:44PM 3  THINGS UP, AND DR. BONANNI TOLD YOU THAT HIS TESTIMONY WAS

12:45PM 4  EXCLUSIVELY FOCUSSED ON THE 4 SERIES DEVICE, NOT A DEVICE USED

12:45PM 5  AT WALGREENS OR FOR PATIENT TESTING.  HE WAS TALKING TO YOU

12:45PM 6  ABOUT THE 4 SERIES DEVICE.

12:45PM 7      HE WORKED THERE ABOUT A DAY A WEEK, I THINK HE SAID.  AND

12:45PM 8  STILL IN ONLY A COUPLE OF MONTHS, DR. BONANNI FOUND PROBLEMS

12:45PM 9  WITH THE DATA FOR A ZIKA VIRUS ASSAY.  HE TOLD YOU THAT WHEN HE

12:45PM 10  WAS AT THERANOS, THEY WERE WORKING ON DEVELOPING AN ASSAY TO

12:45PM 11  TEST FOR THE ZIKA VIRUS, AND HE TALKED TO MS. HOLMES ABOUT THAT

12:45PM 12  DATA.

12:45PM 13      SO HE WASN'T TALKING TO YOU ABOUT THE DEVICE USED FOR

12:45PM 14  PATIENT TESTING, AND EVEN THIS NEXT GENERATION DEVICE, THE 4

12:45PM 15  SERIES DEVICE, ONLY WORKING ONE DAY A WEEK, IT TOOK HIM A

12:45PM 16  COUPLE OF MONTHS TO FIND PROBLEMS WITH THAT DEVICE.

12:45PM 17      THE NEXT WITNESS AND THE LAST WITNESS IN THE CASE WAS THE

12:45PM 18  DEFENDANT HERSELF.  A FEW THINGS ON THAT.

12:45PM 19      THE JUDGE WILL READ YOU JURY INSTRUCTIONS AND THEY WILL

12:45PM 20  COVER THINGS LIKE BIAS AND CREDIBILITY OF WITNESSES, AND YOU

12:46PM 21  CAN CONCLUDE THAT THERE IS NO WITNESS THAT TESTIFIED IN THIS

12:46PM 22  CASE THAT HAS MORE BIAS, MORE INTEREST IN THE OUTCOME OF THE

12:46PM 23  PROCEEDINGS THAN THE DEFENDANT HERSELF.  THAT MEANS THAT YOU

12:46PM 24  SHOULD LOOK SKEPTICALLY AT ANYTHING THAT SHE TESTIFIED ABOUT

12:46PM 25  THAT WAS SELF-SERVING.

12:46PM  1      WHEN SHE WAS ON THE STAND, MR. DOWNEY SHOWED HER A NUMBER

12:46PM  2  OF EMAILS FROM PEOPLE LIKE IAN GIBBONS OR DANIEL YOUNG THAT

12:46PM  3  WERE COMMUNICATING POSITIVE OR FAVORABLE DEVELOPMENTS AT

12:46PM  4  THERANOS.

12:46PM  5      AND I THINK THE CONCLUSION THAT IS HOPED THAT YOU WOULD

12:46PM  6  DRAW IS MS. HOLMES RECEIVED POSITIVE NEWS, GOOD THINGS

12:46PM  7  HAPPENING AT THERANOS, SO WHEN SHE COMMUNICATED GOOD THINGS OR

12:46PM  8  POSITIVE NEWS TO INVESTORS, SHE WASN'T INTENDING TO DEFRAUD

12:46PM  9  THEM, SHE WAS MERELY A FUNNEL OR CONDUIT OF INFORMATION.  SHE

12:46PM  10  HEARD IT FROM PEOPLE WHO WORKED FOR HER AND SHE PASSED IT ON

12:46PM  11  AND SHARED IT WITH INVESTORS.  NO INTENT TO DEFRAUD.

12:47PM  12      THE PROBLEM IS THAT'S INCONSISTENT WITH THE FACTS AND THE

12:47PM  13  EVIDENCE THAT YOU HAVE SEEN.  YOU HAVE ALSO SEEN EMAIL AFTER

12:47PM  14  EMAIL, EXAMPLE AFTER EXAMPLE WHERE SHE IS TOLD NEGATIVE THINGS,

12:47PM  15  POOR DEVELOPMENTS, UNFORTUNATE THINGS THAT ARE HAPPENING AT

12:47PM  16  THERANOS, AND THOSE THINGS ARE NOT BEING COMMUNICATED TO

12:47PM  17  INVESTORS.

12:47PM  18      SHE IS DECIDING WHAT IS THE KIND OF INFORMATION TO OR

12:47PM  19  SHOULD BE COMMUNICATED AND WHAT ISN'T.

12:47PM  20      THINK ABOUT IT ANOTHER WAY.  IF YOU WENT AFTER THE FACT

12:47PM  21  AND SORT OF GATHERED UP ALL OF THE STATEMENTS THAT THE

12:47PM  22  INVESTORS HEARD, IF THERE WAS NO INTENT HERE, IF THEY WERE JUST

12:47PM  23  TOLD WHATEVER SHE KNEW, YOU WOULD EXPECT THERE TO BE A RANDOM

12:47PM  24  DISTRIBUTION OF SOME STATEMENTS SAYING POSITIVE THINGS THAT SHE

12:47PM  25  HEARD AND SOME SAYING NEGATIVE THINGS THAT SHE HEARD.

12:47PM  1          BUT WHEN THE WITNESSES, THE VICTIM INVESTORS TESTIFIED,

12:47PM  2    YOU HEARD FAVORABLE AND FALSE OVER AND OVER, A FAVORABLE THING

12:47PM  3    ABOUT THERANOS THAT WASN'T TRUE, BUT NOT THE, WE'RE HAVING

12:48PM  4    PROBLEMS TESTING PATIENTS OR THIS -- WE SHOULDN'T LAUNCH.  MY

12:48PM  5    LAB DIRECTOR IS TELLING ME WE SHOULDN'T LAUNCH AND WE SHOULD

12:48PM  6    DELAY THE LAUNCH.

12:48PM  7          THERE'S ANOTHER WORD FOR THAT, AND THAT'S INTENT.  SHE'S

12:48PM  8    CHOOSING WHICH ARE THE KIND OF FACTS TO COMMUNICATE AND WHICH

12:48PM  9    ARE THE KIND OF FACTS THAT SHOULD NOT BE COMMUNICATED.

12:48PM 10          I WANT TO READ TO YOU JUST VERY BRIEFLY ONE PORTION OF HER

12:48PM 11    DIRECT TESTIMONY.  WHEN SHE WAS ON THE STAND, AND MR. DOWNEY

12:48PM 12    ASKED HER:

12:48PM 13          "NOW, YOU MENTIONED THAT WHEN YOU MET HIM WHEN YOU WERE AN

02:48PM 14    18 YEAR OLD, YOU THOUGHT THAT HE WAS AN IMPRESSIVE EXECUTIVE.

02:48PM 15          DURING THE TIME PERIOD THAT WE'RE CONCERNED WITH, THE

02:48PM 16    PERIOD FROM 2010 TO 2016, HOW DID YOU PERCEIVE MR. BALWANI'S

02:48PM 17    CAPABILITIES AS A BUSINESS PERSON AND WHAT EFFECT DID YOUR

02:48PM 18    RELATIONSHIP HAVE ON THAT?"

12:48PM 19          MS. HOLMES RESPONDS:  "HE HAD TAUGHT ME EVERYTHING THAT I

12:48PM 20    THOUGHT I KNEW ABOUT BUSINESS, AND I THOUGHT HE WAS THE BEST

12:49PM 21    BUSINESS PERSON THAT I KNEW.

12:49PM 22          "AND I THINK THAT I DIDN'T QUESTION HIM IN THE WAY THAT I

12:49PM 23    OTHERWISE WOULD HAVE.

12:49PM 24          "DID THAT REMAIN YOUR VIEW UNTIL 2006?

12:49PM 25          "IT DID.

1    "DID THAT VIEW CHANGE IN 2016?

2    "IT DID.

3    "WHAT HAPPENED TO CHANGE THAT VIEW?

4    " THE CMS INSPECTION.  I HAD GONE INTO THAT INSPECTION

5    THINKING THAT WE HAD ONE OF THE BEST LABS IN THE WORLD, AND THE

6    FINDINGS FROM THOSE INSPECTIONS WERE SO FUNDAMENTALLY DIFFERENT

7    FROM WHAT I BELIEVED THAT IT COULDN'T BE THE CASE THAT OUR

8    OPERATIONS WERE RUNNING LIKE ONE OF THE BEST COMPANIES IN THE

9    WORLD."

10    THAT'S FROM PAGE 7875.

11    MS. HOLMES GOT ON THE STAND AND TOLD YOU WHEN CMS DID

12    THEIR INSPECTION AND ISSUED A REPORT, THAT REPORT WAS A LIGHT

13    BULB MOMENT.  THAT'S WHEN SHE DISCOVERED THERE WERE PROBLEMS IN

14    THE LAB.

15    THERE'S A FUNDAMENTAL PROBLEM WITH THAT TESTIMONY.  THAT

16    TESTIMONY IS NOT TRUE.

17    YOU HAVE SEEN EXAMPLE AFTER EXAMPLE OF MS. HOLMES BEING

18    TOLD BY MR. BALWANI, SOMETIMES IN TEXT MESSAGES, BUT ALSO

19    THROUGH REQUESTS FOR CANDID CONVERSATIONS BY HER OWN BROTHER

20    ABOUT PROBLEMS IN THE LAB.

21    MS. HOLMES TOLD YOU THAT IN 2016 SHE DISCOVERED THERE WERE

22    PROBLEMS, BECAUSE IF SHE KNEW ABOUT THEM EARLIER, THEN THE

23    FALSE STATEMENTS TO INVESTORS AND TO PATIENTS WERE NOT JUST

24    FALSE, THEY WERE KNOWINGLY FALSE.

25    MS. HOLMES ALSO TALKED TO YOU ABOUT HER RELATIONSHIP WITH

```
12:50PM   1    MR. BALWANI AND SHE TOLD YOU THAT THERE WAS VIOLENCE IN THAT

12:50PM   2    RELATIONSHIP.

12:50PM   3        SHE TOLD YOU THAT THERE WERE TWO PEOPLE WHO KNEW ABOUT

12:50PM   4    THAT, WHO WOULD KNOW ABOUT IT AND WHO WERE PRESENT FOR THAT.

12:50PM   5        I CERTAINLY AM NOT ONE OF THEM.

12:50PM   6        IF YOU RETURN A VERDICT OF GUILTY, YOU'RE NOT SAYING THAT

12:50PM   7    WE, THE JURY, DO NOT BELIEVE MS. HOLMES'S CLAIMS OF ABUSE.

12:50PM   8        IF YOU RETURN A VERDICT OF NOT GUILTY, YOU ARE NOT SAYING

12:51PM   9    WE, THE JURY, BELIEVE MS. HOLMES'S CLAIMS OF ABUSE.

12:51PM  10        YOUR VERDICT DOES NOT VALIDATE HER CLAIMS OF ABUSE.  YOU

12:51PM  11    DO NOT NEED TO DECIDE WHETHER THAT ABUSE HAPPENED IN ORDER TO

12:51PM  12    REACH A VERDICT.

12:51PM  13        THE CASE IS ABOUT FALSE STATEMENTS MADE TO INVESTORS AND

12:51PM  14    FALSE STATEMENTS MADE TO PATIENTS.  YOU DO NOT NEED TO DECIDE

12:51PM  15    THE QUESTION ABOUT WHETHER THAT ABUSE HAPPENED.

12:51PM  16        I WANT TO SAY A COUPLE OF WORDS ABOUT THE JURY

12:51PM  17    INSTRUCTIONS.  THE JUDGE WILL READ YOU INSTRUCTIONS TO GUIDE

12:51PM  18    YOUR DELIBERATIONS.  THEY WILL COVER TOPICS LIKE REASONABLE

12:51PM  19    DOUBT, A PHRASE THAT YOU PROBABLY HAVE HEARD BEFORE, THE

12:51PM  20    STANDARD USED IN CRIMINAL CASES THROUGHOUT THE COUNTRY.  THE

12:51PM  21    JUDGE WILL INFORM YOU THAT IT'S A DOUBT BASED ON REASON AND

12:51PM  22    COMMON SENSE, NOT PURELY ON SPECULATION.

12:51PM  23        THAT MEANS WHEN YOU LEAVE THIS ROOM AND GO BACK TO

12:51PM  24    DELIBERATE, YOU BRING YOUR COMMON SENSE WITH YOU.  YOU USE THAT

12:51PM  25    TO LOOK AT AND EVALUATE THE EVIDENCE.
```

12:51PM  1    THE JUDGE WILL READ YOU AN INSTRUCTION ABOUT PUNISHMENT.

12:52PM  2    I THINK WE -- THE JUDGE HAS SPOKEN TO YOU ABOUT THAT BEFORE.

12:52PM  3    THE JUDGE WILL TELL YOU IT SHOULD PLAY NO ROLE IN YOUR

12:52PM  4    DELIBERATIONS.  IT IS EXCLUSIVELY THE PROVINCE OF THE COURT

12:52PM  5    SHOULD IT EVER GET THERE.  YOU ARE READ THE LAW ON THINGS LIKE

12:52PM  6    THE CRIME OF CONSPIRACY OR WIRE FRAUD.  YOU ARE NOT GIVEN THE

12:52PM  7    RULES OR THE GUIDELINES FOR PUNISHMENT, AND THAT MAKES SENSE

12:52PM  8    BECAUSE IT SHOULD PLAY NO ROLE IN YOUR DELIBERATIONS.

12:52PM  9    THERE ARE ALSO INSTRUCTIONS ON THINGS LIKE AIDING AND

12:52PM  10   ABETTING, OR INSTANCES WHEN MORE THAN ONE PERSON COMMITS A

12:52PM  11   CRIME, THE CRIME OF CONSPIRACY OR THE CRIME OF WIRE FRAUD, AND

12:52PM  12   IN THOSE INSTRUCTIONS THERE ARE ELEMENTS AS WELL AND WE ASK

12:52PM  13   THAT YOU PAY ATTENTION TO THOSE AS WELL.

12:52PM  14   THE STORY OF THERANOS IS IN SOME WAYS A TRAGEDY.  WHAT

12:52PM  15   HAPPENED TO THE INVESTORS AND TO THE PATIENTS SHOULD NOT HAVE

12:52PM  16   HAPPENED.  THEY SHOULD HAVE BEEN ENGAGED WITH HONESTLY.

12:52PM  17   BUT IT'S ALSO THE STORY OF INDIVIDUALS ACTING WITH

12:53PM  18   REMARKABLE INTEGRITY.  ERIKA CHEUNG TOLD YOU THAT THIS WAS HER

12:53PM  19   FIRST JOB OUT OF COLLEGE.  SHE SAID DURING THE INTERVIEW WITH

12:53PM  20   MS. HOLMES SHE WAS STAR STRUCK.  ERIKA DEEPLY HOPED THAT THIS

12:53PM  21   COMBINATION OF TECHNOLOGY AND HEALTH CARE WOULD WORK.  IT WAS

12:53PM  22   VERY INTERESTING TO HER.

12:53PM  23   BUT AFTER NOT WORKING THERE VERY LONG, SHE BEGAN TO SEE

12:53PM  24   PROBLEMS WITH THE DEVICE, WITH THE TESTING, AND SHE RAISED

12:53PM  25   THOSE CONCERNS FIRST TO HER IMMEDIATE SUPERVISORS, AND THEN

12:53PM  1    DIRECTLY TO MR. BALWANI.

12:53PM  2         I THINK SHE TOLD YOU THAT SHE WAS FRIENDS WITH

12:53PM  3    TYLER SHULTZ AND SHE KNEW THAT TYLER HAD SPOKEN TO MS. HOLMES,

12:53PM  4    TO ELIZABETH HOLMES, AND SO SHE, ERIKA, DECIDED TO GO TO

12:53PM  5    MR. BALWANI, AND ERIKA DESCRIBED HOW SHE ASSUMED THAT

12:53PM  6    MANAGEMENT WOULD WANT TO HEAR THESE THINGS, THAT THEY WOULD

12:53PM  7    WANT TO KNOW ABOUT THE PROBLEMS AND FIX THEM.

12:53PM  8         BUT SURPRISINGLY, THAT WAS NOT ERIKA'S EXPERIENCE.

12:53PM  9         MR. BALWANI DID NOT SEEM SURPRISED BY HER COMPLAINTS, BUT

12:53PM 10    INSTEAD A LITTLE FRUSTRATED THAT SHE WAS RAISING THEM.

12:53PM 11         AND ERIKA DECIDED TO QUIT.  SHE DIDN'T HAVE ANOTHER JOB TO

12:54PM 12    GO TO.  ERIKA SAID, I DON'T WANT TO BE A PART OF THIS COMPANY'S

12:54PM 13    FUTURE AND I'M GOING TO QUIT, AND SHE LEFT.

12:54PM 14         SUREKHA GANGADKHEDKAR.  SHE WAS PROUD OF THE WORK THAT SHE

12:54PM 15    HAD DONE OVER THE YEARS DEVELOPING ASSAYS AT THERANOS.

12:54PM 16         BUT WHEN SHE RETURNED FROM VACATION IN AROUND AUGUST OF

12:54PM 17    2013 AND DISCOVERED THAT THERANOS WAS ABOUT TO BEGIN TESTING

12:54PM 18    PATIENTS' BLOOD USING ITS DEVICES, ITS COLLECTION, SHE WENT TO

12:54PM 19    MS. HOLMES AND SAID THERE ARE PROBLEMS, THERE'S PROBLEMS WITH

12:54PM 20    THE DEVICE, WE CAN'T TEST ACCURATELY.

12:54PM 21         AND WHEN MS. HOLMES ESSENTIALLY SAID THE TRAIN IS ON THE

12:54PM 22    TRACKS, I CAN'T STOP IT, SUREKHA QUIT.  SHE ALSO DID NOT WANT

12:54PM 23    TO BE A PART OF THERANOS'S FUTURE.

12:54PM 24         DR. ROSENDORFF.  HE WAS THE LAB DIRECTOR DURING THAT FIRST

12:54PM 25    YEAR AT THERANOS.  HE -- YOU SAW IN EMAILS WHERE HE WARNS ABOUT

12:54PM   1    THEIR READINESS TO LAUNCH, AND THEN DURING THAT YEAR WHEN HE IS

12:54PM   2    LAB DIRECTOR, HE IS SENDING EMAILS ABOUT TESTS THAT NO LONGER

12:55PM   3    CAN ACCURATELY EVALUATE THE ASSAY, THE THING THAT THEY'RE

12:55PM   4    TESTING FOR.  HE ENCOURAGES MORE PROFICIENCY TESTING.

12:55PM   5        AND THEN HE SAYS THERE CAME A POINT IN TIME WHEN I

12:55PM   6    REALIZED THAT MANAGEMENT CARED MORE ABOUT PR AND FUNDRAISING

12:55PM   7    THAN IT DID PATIENT CARE, AND HE LEFT.  DR. ROSENDORFF DID NOT

12:55PM   8    WANT TO BE A PART OF THERANOS'S FUTURE.

12:55PM   9        IT IS THE STORY OF A TRAGEDY, BUT IT IS ALSO THE STORY OF

12:55PM  10    SOME PEOPLE ACTING WITH REALLY REMARKABLE INTEGRITY.

12:55PM  11        FRAUD IS SORT OF LIKE A HEAD START ON THE TRUTH.  FOR A

12:55PM  12    LONG TIME, HOLMES AND BALWANI KNEW THE TRUTH.  THEY KNEW WHAT

12:55PM  13    THERANOS COULD DO AND WHAT IT COULDN'T DO, AND THE PEOPLE THAT

12:55PM  14    THEY INTERACTED WITH, THE INVESTORS AND THE PATIENTS, DID NOT.

12:55PM  15        AND THEY TOOK ADVANTAGE OF THAT SORT OF GAP IN

12:55PM  16    INFORMATION.  AND FOR THAT, THEY WERE ABLE TO COMMIT FRAUD, AND

12:55PM  17    BECAUSE OF THAT, YOU SHOULD FIND ELIZABETH HOLMES GUILTY OF THE

12:55PM  18    CHARGED OFFENSES.

12:55PM  19        BUT YOU SHOULDN'T FIND HER GUILTY BECAUSE OF MY WORDS.

12:56PM  20    YOU SHOULD FIND HER GUILTY BECAUSE OF HER WORDS.

12:56PM  21        DECEMBER 27TH, 2014, JUST A FEW DAYS BEFORE -- NEW YEAR'S

12:56PM  22    IS A TIME FOR REFLECTION AND MAYBE A NEW YEAR'S RESOLUTION OR

12:56PM  23    TWO.  HOLMES AND BALWANI ARE TEXTING EACH EITHER SAYING THAT

12:56PM  24    THIS YEAR, 2015, WILL BE OUR YEAR; THAT THIS YEAR, WE WILL

12:56PM  25    EXECUTE.

12:56PM   1        THE PROBLEM IS THAT BY DECEMBER 27TH, 2014, EVERY INVESTOR

12:56PM   2    THAT YOU HAD HEARD FROM HAD ALREADY INVESTED.

12:56PM   3        BY DECEMBER 27TH, 2014, THERANOS WAS TESTING PATIENTS'

12:56PM   4    BLOOD THROUGH WALGREENS FOR MORE THAN A YEAR AT THAT POINT, AND

12:56PM   5    THOSE INDIVIDUALS, PATIENTS, INVESTORS, THEY ALL THOUGHT THAT

12:56PM   6    THEY WERE ENGAGING WITH A COMPANY THAT HAD BEEN EXECUTING, THAT

12:56PM   7    DIDN'T NEED TO HOPE THAT THEY WOULD FINALLY EXECUTE.

12:56PM   8        AND BECAUSE OF THAT, THERE REALLY IS ONLY ONE VERDICT

12:56PM   9    SUPPORTED BY THE EVIDENCE, AND THAT'S GUILTY ON ALL COUNTS.

12:56PM  10        THANK YOU.

12:57PM  11            THE COURT:  THANK YOU, MR. SCHENK.

12:57PM  12        DOES THE DEFENSE HAVE AN ARGUMENT?

12:57PM  13            MR. DOWNEY:  WE DO, YOUR HONOR.  I BELIEVE IT WILL

12:57PM  14    TAKE US A FEW MINUTES TO GET THE TECHNOLOGY TRANSFERRED.  I

12:57PM  15    DON'T KNOW IF YOU WANT TO TAKE A STANDING BREAK.

12:57PM  16            THE COURT:  SURE.  LADIES AND GENTLEMEN, WHY DON'T

12:57PM  17    YOU TAKE A STANDING BREAK WHILE WE DO THE CHANGE HERE.  THANK

12:57PM  18    YOU.

12:58PM  19        (PAUSE IN PROCEEDINGS.)

12:59PM  20            THE COURT:  MR. DOWNEY, I JUST WANT TO REMIND YOU

12:59PM  21    THAT WE'LL BREAK AT 1:30 JUST FOR YOUR INFORMATION.

12:59PM  22            MR. DOWNEY:  THANK YOU, YOUR HONOR.

12:59PM  23        MAY I TAKE THE MASK OFF?

12:59PM  24            THE COURT:  YES.  PLEASE.  PLEASE.

12:59PM  25    ///

12:59PM 1       **(MR. DOWNEY GAVE HIS CLOSING ARGUMENT ON BEHALF OF**

12:59PM 2  **MS. HOLMES.)**

12:59PM 3           MR. DOWNEY:  MAY IT PLEASE THE COURT, LADIES AND

12:59PM 4  GENTLEMEN.

12:59PM 5       ELIZABETH HOLMES WAS BUILDING A BUSINESS AND NOT A

12:59PM 6  CRIMINAL ENTERPRISE.

12:59PM 7       THE GOVERNMENT WOULD HAVE YOU BELIEVE THAT THE ENTITY THAT

12:59PM 8  SHE PRESIDED OVER AS CEO WAS BUILT BY LIES, BY SWINDLING, BY

12:59PM 9  HALF-TRUTHS, BY MISREPRESENTATIONS THAT WERE CARRIED OUT OVER

12:59PM 10 YEARS AND YEARS AND YEARS.

12:59PM 11       IN FACT, THERANOS WAS BUILT AND ITS BUSINESS WAS CONDUCTED

12:59PM 12 BY A LARGE GROUP OF PEOPLE WHO SHARED MANY CHARACTERISTICS.

12:59PM 13 THEY WERE BRIGHT, THEY WERE INTELLIGENT, THEY WERE CREATIVE.

12:59PM 14 THEY BELIEVED IN THE MISSION THAT THERANOS BELIEVED IN.

01:00PM 15       THEY WANTED TO INVENT AND THEN TO MAKE A PRODUCT OF

01:00PM 16 TECHNOLOGY THAT COULD BE USED TO MAKE BLOOD TESTING SERVICES

01:00PM 17 MORE CONVENIENT, MORE AFFORDABLE, CHEAPER, AND AT THE END OF

01:00PM 18 THE DAY, MAKE PEOPLE HEALTHIER.

01:00PM 19       NOW, I RECALL AT THE BEGINNING OF THE CASE, AS MR. SCHENK

01:00PM 20 DID, THAT MR. WADE TOLD YOU TO UNDERSTAND THE CASE YOU HAD TO

01:00PM 21 UNDERSTAND THE PERSPECTIVE THAT THERE ARE TWO SIDES AND THAT

01:00PM 22 THE GOVERNMENT MIGHT BE LOOKING AT EVENTS THROUGH A DIRTY LENS,

01:00PM 23 AND HE ASKED YOU TO BE PATIENT AND LISTEN UNTIL ALL OF THE

01:00PM 24 EVIDENCE CAME IN BECAUSE YOU MIGHT HAVE A DIFFERENT VIEW.

01:00PM 25       MR. SCHENK JUST SAID TO YOU THAT WE CAN'T MEET THAT

01:00PM  1      CHALLENGE BECAUSE THIS IS NOT THAT KIND OF CASE.

01:00PM  2          I ACCEPT THAT CHALLENGE, LADIES AND GENTLEMEN, BECAUSE I

01:00PM  3      THINK WHEN I GO THROUGH ALL OF THE EVIDENCE WITH YOU AND ASK

01:00PM  4      YOU TO REVIEW THE EVIDENCE AS PART OF YOUR DELIBERATIONS, I

01:01PM  5      THINK YOU WILL SEE THAT THE FULL PICTURE REVEALS SOMETHING VERY

01:01PM  6      DIFFERENT FROM WHAT THE GOVERNMENT HAS BEEN PRESENTING TO YOU

01:01PM  7      FOR THREE MONTHS AND, INDEED, FOR THE LAST THREE HOURS.

01:01PM  8          LET ME BEGIN BY TAKING ONE EXAMPLE, AND THIS IS ONLY ONE

01:01PM  9      EXAMPLE OF THE EVIDENCE THAT THE GOVERNMENT PRESENTED TO YOU,

01:01PM  10     MR. SCHENK DISCUSSED JUST NOW, AND THIS IS THE ISSUE THAT HAS

01:01PM  11     BEEN DISCUSSED THROUGHOUT THE CASE OF THERANOS'S PARTNERSHIP

01:01PM  12     WITH PHARMACEUTICAL COMPANIES.

01:01PM  13         YOU'LL RECALL THAT THERANOS HAD PARTNERSHIPS WITH

01:01PM  14     COMPANIES THAT ARE HOUSEHOLD NAMES NOW, PFIZER AND OTHERS, AND

01:01PM  15     THAT HAS BEEN DISCUSSED THROUGHOUT THE CASE.

01:01PM  16         BUT WHAT IS THERANOS CHARGED WITH -- WHAT IS MS. HOLMES

01:01PM  17     CHARGED WITH IN CONNECTION WITH PHARMACEUTICAL COMPANIES?

01:01PM  18         WELL, SHE'S NOT CHARGED WITH DEFRAUDING THEM.  SHE'S NOT

01:01PM  19     CHARGED WITH DOING ANYTHING WITH PATIENTS IN CONNECTION WITH

01:01PM  20     CLINICAL TRIALS THAT IS UNTOWARD.

01:01PM  21         WHAT MS. HOLMES IS CHARGED WITH IS, SHE'S CHARGED WITH

01:02PM  22     MAKING FALSE REPRESENTATIONS TO SUBSEQUENT INVESTORS ABOUT

01:02PM  23     WHETHER THERANOS HAD PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES

01:02PM  24     AND WHETHER THOSE PHARMACEUTICAL COMPANIES DURING THE COURSE OF

01:02PM  25     THAT PARTNERSHIP EXAMINED, USED, AND VALIDATED THERANOS'S

01:02PM  1    TECHNOLOGY.

01:02PM  2         NOW, WHERE DOES THAT THEORY COME FROM?  WELL, MR. SCHENK

01:02PM  3    JUST SHOWED IT TO YOU DURING THE COURSE OF HIS OPENING TO YOU,

01:02PM  4    AND I'LL SHOW IT TO YOU AGAIN.

01:02PM  5         THIS IS A SLIDE THAT WAS SHOWN AS PART OF A PRESENTATION

01:02PM  6    TO WALGREENS IN MARCH OF 2010, AND THE GOVERNMENT'S THEORY AS

01:02PM  7    JUST EXPRESSED BY MR. SCHENK AND THROUGHOUT THE CASE IS THAT

01:02PM  8    THIS IS THE POINT AT WHICH THE CONSPIRACY TO DEFRAUD PEOPLE

01:02PM  9    REALLY BEGAN.

01:02PM 10         THE REPRESENTATION WAS THAT THERANOS SYSTEMS HAD BEEN

01:02PM 11    COMPREHENSIVELY VALIDATED OVER THE COURSE OF THE LAST SEVEN

01:02PM 12    YEARS BY 10 OF THE 15 LARGEST PHARMACEUTICAL COMPANIES.

01:03PM 13         NOW, IN THE GOVERNMENT'S CASE YOU HEARD ABOUT ONLY THREE

01:03PM 14    OF -- I'LL TAKE THIS.

01:03PM 15              THE COURT:  I APOLOGIZE, MR. DOWNEY.  I THINK OUR

01:03PM 16    EQUIPMENT IS -- THAT MICROPHONE DOESN'T SEEM TO BE WORKING FOR

01:03PM 17    SOME REASON.

01:03PM 18              MR. DOWNEY:  IS THAT A LITTLE BETTER?

01:03PM 19         THROUGHOUT THE COURSE OF THE GOVERNMENT'S CASE, YOU HEARD

01:03PM 20    ABOUT THREE PHARMACEUTICAL COMPANIES:  PFIZER, GLAXOSMITHKLINE,

01:03PM 21    AND SCHERING-PLOUGH.

01:03PM 22         YOU MIGHT HAVE THOUGHT AS A RESULT OF THAT PRESENTATION

01:03PM 23    THAT THOSE WERE THE ONLY PARTNERSHIPS WITH PHARMACEUTICAL

01:03PM 24    COMPANIES THAT THERANOS EVER HAD.

01:03PM 25         AND FROM THE EVIDENCE THAT WAS PRESENTED, YOU MIGHT HAVE

01:03PM   1    THOUGHT THAT ALL THREE OF THOSE PARTNERSHIPS WENT VERY POORLY.

01:04PM   2         WHAT DOES THE EVIDENCE, IN FACT, SHOW?

01:04PM   3         THE EVIDENCE SHOWS THAT IN THE YEARS BETWEEN 2005 AND

01:04PM   4    2010, THERANOS HAD A NUMBER OF SUCCESSFUL PARTNERSHIPS WITH

01:04PM   5    PHARMACEUTICAL COMPANIES, AND THAT INDIVIDUALS WITHIN THERANOS

01:04PM   6    BELIEVED THAT, TALKED ABOUT IT, REPRESENTED IT TO EACH OTHER,

01:04PM   7    AND TALKED ABOUT IT EXTERNALLY.

01:04PM   8         EXHIBIT 7742, WHICH IS IN FRONT OF YOU, IS A SLIDE

01:04PM   9    PREPARED BY STEFAN HRISTU, WHO WAS AN INDIVIDUAL WHO WORKED

01:04PM   10   FULL TIME ON PHARMACEUTICAL PRODUCTS WITHIN THERANOS.

01:04PM   11        YOU'LL SEE THAT WITHIN THIS SLIDE THERE ARE

01:04PM   12   REPRESENTATIONS ABOUT 11 DIFFERENT PROGRAMS THAT WERE COMPLETED

01:04PM   13   SUCCESSES.  ON THE NEXT PAGE THERE ARE A LIST OF ADDITIONAL

01:04PM   14   PROGRAMS THAT WERE ONGOING.

01:04PM   15        IF YOU LOOK THEN TO THE NEXT SLIDE, WHAT I'LL SHOW YOU IS

01:05PM   16   THAT DURING THE COURSE OF MS. HOLMES'S TESTIMONY, YOU LEARNED A

01:05PM   17   LOT ABOUT THESE PARTNERSHIPS THAT YOU DIDN'T KNOW AS A RESULT

01:05PM   18   OF THE GOVERNMENT'S CASE.  IN FACT, THERE WERE 12 CONTRACTS

01:05PM   19   BETWEEN THERANOS AND PHARMACEUTICAL COMPANIES IN WHICH THOSE

01:05PM   20   PHARMACEUTICAL COMPANIES WERE IN SOME FORM OR ANOTHER

01:05PM   21   EXAMINING, USING, OR TRYING TO VALIDATE THERANOS'S TECHNOLOGY.

01:05PM   22        WHAT WAS THE RESULT OF THESE 12 CONTRACTS?  WELL, LET'S

01:05PM   23   TAKE A LOOK.

01:05PM   24        THERE ARE A NUMBER OF PARTNERSHIPS AND A NUMBER OF THE

01:05PM   25   CONTRACTS THAT I JUST SHOWED YOU WHERE IT'S NOT AT ALL DISPUTED

01:05PM    1    THAT THOSE COMPANIES EXAMINED, USED, AND VALIDATED THERANOS'S

01:05PM    2    TECHNOLOGY.

01:05PM    3         YOU HEARD NOTHING OF THIS IN THE GOVERNMENT'S CASE.  THOSE

01:05PM    4    ARE SEVEN COMPANIES:  ASTRAZENECA, NOVARTIS, GLAXOSMITHKLINE,

01:05PM    5    DIICHI, CENTOCOR, MERCK, AND BRISTOL MYERS, LARGE NATIONAL OR

01:06PM    6    MULTINATIONAL PHARMACEUTICAL COMPANIES.

01:06PM    7         MS. HOLMES TALKED ABOUT THAT DURING HER DIRECT EXAM

01:06PM    8    RECENTLY.  DURING ITS TWO DAY CROSS-EXAMINATION, THE GOVERNMENT

01:06PM    9    DIDN'T ASK HER A QUESTION ABOUT THOSE PROGRAMS.

01:06PM   10         NEXT, THERE WERE PARTNERS WHERE THE GOVERNMENT WITNESSES

01:06PM   11    CONCEDED THAT ALTHOUGH THE GOVERNMENT WITNESSES HAVE NEGATIVE

01:06PM   12    THINGS TO SAY ABOUT THERANOS'S TECHNOLOGY, THAT THOSE WITNESSES

01:06PM   13    DID NOT SAY THAT THEY HAD CONVEYED ANY OF THAT NEGATIVE

01:06PM   14    FEEDBACK TO MS. HOLMES, AND THAT'S PFIZER AND SCHERING-PLOUGH

01:06PM   15    WHO WE WILL TALK ABOUT IN A MINUTE.

01:06PM   16         THEN WE'LL TALK ALSO ABOUT CELGENE, WHICH WAS THE THIRD

01:06PM   17    COMPANY THAT THE GOVERNMENT MENTIONED DURING ITS CASE, AND

01:06PM   18    THAT'S THE CASE WHERE DR. SUNG TESTIFIED ABOUT A PARTNERSHIP.

01:06PM   19         IN THAT INSTANCE, THERE WAS -- THE SELECTION OF DR. SUNG

01:06PM   20    AS A WITNESS, I WOULD SUGGEST TO YOU, VERY MUCH OBSCURED THE

01:07PM   21    FULL PICTURE AS TO WHAT WAS OCCURRING IN THOSE PARTNERSHIPS.

01:07PM   22         NOW, LET'S LOOK AT THE TWO COMPANIES THAT WERE A PART OF

01:07PM   23    THE GOVERNMENT'S PRESENTATION ABOUT LOGOS.

01:07PM   24         FIRST, THIS IS THE CONTRACT WITH PFIZER.

01:07PM   25         NOW, THERE'S A SUGGESTION IN THE GOVERNMENT'S CASE,

01:07PM   1     THROUGH QUESTIONING OF WITNESSES, THAT IT IS SUSPICIOUS THAT

01:07PM   2     THERANOS DRAFTED THIS REPORT RATHER THAN PFIZER, AND THAT, IN

01:07PM   3     FACT, THE IMPLICATION WAS CREATED THAT IT WAS EVIDENCE OF BAD

01:07PM   4     FAITH ON THERANOS'S PART, THAT IT WAS A FRAUD AND THEY WERE

01:07PM   5     USING IT TO TELL PEOPLE THAT THEY HAD PARTNERED WITH PFIZER AND

01:07PM   6     HAD HAD SUCCESS.

01:07PM   7         IN FACT, THE CONTRACT BETWEEN PFIZER AND THERANOS

01:07PM   8     SPECIFIED THAT THERANOS SHOULD PREPARE THE REPORT AND IT SHOULD

01:08PM   9     SUBMIT THE REPORT AT THE END OF THE PROGRAM FOR AN ASSESSMENT

01:08PM  10     BY PFIZER.

01:08PM  11         THIS IS THE WAY A NUMBER OF CONTRACTS BETWEEN

01:08PM  12     PHARMACEUTICAL COMPANIES AND THERANOS WORKED.  WE'VE PLACED

01:08PM  13     THEM ALL IN EXHIBITS, AND YOU'LL BE ABLE TO SEE THEM AT 7753

01:08PM  14     AND ELSEWHERE.

01:08PM  15         WITH RESPECT TO CELGENE, THE GOVERNMENT FOCUSSED ON ONLY

01:08PM  16     ONE OF SEVERAL CONTRACTS THAT THERANOS HAD WITH CELGENE.

01:08PM  17         FIRST OF ALL, THEY DIDN'T EVEN MENTION A 3.25 MILLION BIO

01:08PM  18     MATHEMATICAL MODELING CONTRACT THAT TOOK PLACE.  DR. SUNG WAS

01:08PM  19     NOT INVOLVED WITH THAT PROJECT AND KNEW NOTHING ABOUT IT.

01:08PM  20         AS TO THE PK ASSAY THAT DR. SUNG TOUCHED ON, THAT CONTRACT

01:08PM  21     WAS, IN FACT, A SUCCESS.  CELGENE ACCEPTED THE REPORT THAT

01:08PM  22     THERANOS PREPARED DEMONSTRATING VALIDATION.  THE CONTRACT TERMS

01:09PM  23     PROVIDED IF IT ACCEPTED IT, IT WAS OBLIGATED TO PAY THERANOS.

01:09PM  24     IT ACCEPTED IT AS A VALIDATION, AND IT PAID THERANOS.

01:09PM  25         DR. SUNG TESTIFIED REALLY FOR A VERY SIMPLE REASON.  SHE

01:09PM  1    WASN'T INVOLVED AT ALL IN CONNECTION WITH ANY OF THE MANY

01:09PM  2    UNDERLYING PROJECTS THAT TOOK PLACE BETWEEN CELGENE AND

01:09PM  3    THERANOS.

01:09PM  4         BUT SHE HAD WITNESSED ON A COUPLE OF OCCASIONS, IN

01:09PM  5    CONNECTION WITH A PROJECT THAT THERANOS WORKED ON OF

01:09PM  6    DEVELOPMENT OF AN ASSAY, SOME NEGATIVE COMMENTARY FROM ANOTHER

01:09PM  7    CELGENE EMPLOYEE.  SHE DID NOT KNOW ABOUT THE PROGRAM, WHETHER

01:09PM  8    THERE WAS A VALIDATION IN CONNECTION WITH THE BIO MODELING

01:09PM  9    CONTRACT, AND SHE DID NOT KNOW ABOUT ANY WORK ON THE ORIGINAL

01:09PM  10   PK ASSAY.

01:09PM  11        SIMILARLY WITH RESPECT TO PFIZER WHERE I JUST SHOWED YOU

01:09PM  12   THE CONTRACT.  THIS WAS NO ERROR THAT DR. WEBER COULD -- HAD NO

01:09PM  13   KNOWLEDGE.  HE WASN'T THAT INVOLVED WITH RESPECT TO THIS

01:10PM  14   CONTRACT.

01:10PM  15        THIS WAS A CONTRACT THAT WAS SIGNED IN 2006.  THE

01:10PM  16   AGREEMENT WAS THAT THERANOS WOULD DEPLOY DEVICES IN REMOTE

01:10PM  17   AREAS OF TENNESSEE AND THAT THAT WOULD TAKE PLACE OVER THE

01:10PM  18   COURSE OF MORE THAN A YEAR.

01:10PM  19        ALL THAT WAS DONE.  DEVICES WERE PLACED IN PATIENTS'

01:10PM  20   HOMES, AND THE DRUG THAT WAS BEING EVALUATED BY PFIZER RELATED

01:10PM  21   TO CANCER PATIENTS, DATA WAS GENERATED, THE DATA THAT THERANOS

01:10PM  22   GENERATED WAS COMPARED TO THE DATA FROM A REFERENCE MODEL OR

01:10PM  23   FROM A STANDARD BLOOD TESTING RESULT, AND THERANOS PREPARED THE

01:10PM  24   REPORT THAT YOU'VE SEEN MANY TIMES IN THE CASE STATING THAT THE

01:10PM  25   COMPARISON WAS FAVORABLE.

01:10PM 1     WITH THIS CONTRACT, AS WITH THE OTHER CONTRACTS, THERE IS

01:10PM 2  NO DEMONSTRATION BY DR. WEBER THAT HE EVER CONVEYED TO THERANOS

01:10PM 3  THE NEGATIVE FEEDBACK OR THE NEGATIVE VIEW THAT HE TESTIFIED

01:11PM 4  ABOUT ON THE STAND.  HE ADMITTED THAT HE HADN'T.

01:11PM 5     SO WHAT IS THE SUM TOTAL OF WHAT YOU SAW IN THE

01:11PM 6  GOVERNMENT'S CASE?  YOU SAW A 14-MONTH PARTNERSHIP BETWEEN

01:11PM 7  THERANOS AND PFIZER WHICH, DURING THE FIRST 14 MONTHS OF THAT

01:11PM 8  PARTNERSHIP, DR. WEBER HAD NO INVOLVEMENT AT ALL.

01:11PM 9     HE WAS THEN INVOLVED FOR A PERIOD OF THREE MONTHS TO

01:11PM 10 REVIEW THE REPORT.  HE HAD A NEGATIVE REACTION TO THAT, AND HE

01:11PM 11 REPORTED IT UP.  HIS INVOLVEMENT CEASED THREE MONTHS LATER.

01:11PM 12    WHAT DO WE KNOW ABOUT ACTUALLY THE ENTIRETY OF THE

01:11PM 13 RELATIONSHIP BETWEEN THERANOS AND PFIZER?

01:11PM 14    WELL, AS I MENTIONED, IT BEGINS IN DECEMBER OF 2006.  IN

01:11PM 15 2007 TO 2008, THE STUDY RUNS FOR 16 MONTHS.  FROM NOVEMBER 2008

01:11PM 16 TO JANUARY 2009 IS THE WINDOW DURING WHICH DR. WEBER WAS

01:12PM 17 INVOLVED.

01:12PM 18    NOW, DR. WEBER SAID HE WASN'T AWARE OF CONTACT BETWEEN

01:12PM 19 THERANOS AND PFIZER AFTER THAT DAY.  HE WAS NOT AWARE OF

01:12PM 20 THERANOS EVER BEING IN DISCUSSIONS OF ANY KIND WITH PFIZER

01:12PM 21 AFTER JANUARY OF 2009.

01:12PM 22    WELL, OTHERS AT THERANOS -- OTHERS AT PFIZER KNEW ABOUT

01:12PM 23 CONTACT WITH THERANOS.  TWO OF THE PRINCIPAL PERSONS WHO HAD

01:12PM 24 BEEN INVOLVED IN THE STUDY PROJECT BETWEEN PFIZER AND THERANOS

01:12PM 25 REMAINED IN CONTACT WITH THERANOS FOR THE FOLLOWING SIX YEARS.

01:12PM 1      THEY HAD CONTACT IN AS CLOSE A PROXIMITY TO THIS JANUARY

01:12PM 2  '09 DATE WHEN DR. WEBER SAID CONTACT HAD CEASED AS AUGUST OF

01:12PM 3  2009.

01:12PM 4      AND WHY DID THEY CONTACT THERANOS?  BECAUSE THEY WANTED

01:12PM 5  THEM TO DO A CLINICAL TRIAL.

01:13PM 6      NOW, THAT DOES NOT SUGGEST SKEPTICISM OR A NEGATIVE VIEW

01:13PM 7  OF THERANOS'S TECHNOLOGY AS DR. WEBER'S TESTIMONY WOULD HAVE

01:13PM 8  CONVEYED.  MAKE NO MISTAKE ABOUT IT.

01:13PM 9      I'M NOT CRITICIZING DR. WEBER.  BUT DR. WEBER HAD A VERY

01:13PM 10 LIMITED VIEW OF THE RELATIONSHIP BETWEEN PFIZER AND THERANOS.

01:13PM 11     WE SEE, GOING FORWARD FOR A PERIOD OF SEVERAL YEARS,

01:13PM 12 DR. LIPSET AND DR. SAKUL, WHO WERE THE INDIVIDUALS INVOLVED, TO

01:13PM 13 CONTINUE TO HAVE CONTACT WITH THERANOS, INCLUDING AFTER

01:13PM 14 THERANOS ENGAGED IN ITS RETAIL LAUNCH, AND THEY CONTINUED TO

01:13PM 15 STATE THAT THEY HAD AN INTEREST IN WORKING WITH THERANOS.

01:13PM 16     LOOK AT THIS COMMUNICATION IN FEBRUARY OF 2015.  AND

01:13PM 17 THEY'RE TALKING ABOUT THERANOS'S RETAIL STORES BEING USED --

01:13PM 18 THE THERANOS SERVICE CENTERS IN RETAIL STORES BEING USED AS A

01:14PM 19 BASIS TO CONDUCT CLINICAL STUDIES.

01:14PM 20     THE IMPLICATION FROM THE GOVERNMENT IS THE RELATIONSHIP

01:14PM 21 WITH PFIZER WENT POORLY.  THEY DID NOT EXAMINE, USE, AND

01:14PM 22 VALIDATE THERANOS'S TECHNOLOGY.

01:14PM 23     THE FULL FACTS AS TO THIS SUGGEST OTHERWISE.

01:14PM 24     NOW, LET'S LOOK AT THE SCHERING-PLOUGH EXAMPLE.  AS YOU

01:14PM 25 KNOW, DR. CULLEN FROM SCHERING-PLOUGH TESTIFIED.  AND SHE

CLOSING ARGUMENT BY MR. DOWNEY

01:14PM  1    TESTIFIED THAT THERE WAS A CONTRACT FOR A COMPREHENSIVE

01:14PM  2    VALIDATION OF A MULTIPLEX, SO-CALLED MULTIPLEX ASSAY.

01:14PM  3        NOW, UNDER THAT CONTRACT, AS UNDER THE PFIZER CONTRACT,

01:14PM  4    THERANOS WAS TO PREPARE A REPORT, SUBMIT IT TO SCHERING-PLOUGH,

01:14PM  5    AND IF SCHERING-PLOUGH AGREED THAT THERE WAS A VALIDATION, THEY

01:14PM  6    WERE TO PAY THERANOS.

01:14PM  7        WHAT HAPPENED?  THERANOS COMPLETED THE STUDY, THEY

01:14PM  8    COMPLETED THE REPORT, SUBMITTED IT TO SCHERING-PLOUGH, AND THEY

01:15PM  9    WERE PAID.

01:15PM  10       THERE WAS NO NEGATIVE FEEDBACK CONVEYED FROM DR. CULLEN TO

01:15PM  11   THERANOS, AND SHE CONCEDED THAT THE VIEWS THAT SHE EXPRESSED

01:15PM  12   HERE ON THE STAND AS TO THE TECHNOLOGY WERE NEVER CONVEYED TO

01:15PM  13   MS. HOLMES.

01:15PM  14       NOW, I WANT TO REALLY FOCUS ON WHAT THE GOVERNMENT HAS

01:15PM  15   FOCUSSED ON WITH RESPECT TO THE LOGOS.

01:15PM  16       BUT WHAT DOES WHAT HAVE I JUST SHOWN YOU IMPLY WITH REGARD

01:15PM  17   TO THE EVIDENCE THAT THE GOVERNMENT HAS PRESENTED TO YOU IN

01:15PM  18   THIS CASE?

01:15PM  19       IF THERE HAD NOT BEEN A DEFENSE CASE, YOU WOULD NOT HAVE

01:15PM  20   KNOWN ABOUT MANY, MANY PHARMACEUTICAL PROJECTS THAT THERANOS

01:15PM  21   HAD AND COMPLETED SUCCESSFULLY.

01:15PM  22       YOU WOULD NOT KNOW THAT WITNESSES LIKE DR. WEBER HAD A

01:15PM  23   VERY LIMITED VIEW OF WHAT HAPPENED BECAUSE THEY WERE ONLY

01:15PM  24   INVOLVED FOR A BRIEF PERIOD OF TIME.

01:15PM  25       AND YOU WOULD NOT KNOW THAT FOR MANY YEARS IN THE

01:16PM  1    RELATIONSHIP BETWEEN PFIZER AND CELGENE, THERE WAS A GREAT DEAL

01:16PM  2    OF SUCCESS.  YOU WOULD KNOW NONE OF THAT.

01:16PM  3         YOU ONLY KNOW THAT BECAUSE THERE WAS A PRESENTATION ON

01:16PM  4    THAT FROM THE DEFENSE.

01:16PM  5         SO WHEN I ASK YOU TO WAIT AND HEAR THE FULL STORY AND TO

01:16PM  6    GO THROUGH THE EVIDENCE WITH ME, AND TO GO THROUGH THE EVIDENCE

01:16PM  7    WHEN YOU GO BACK TO DELIBERATE IN THE JURY ROOM, REMEMBER THAT

01:16PM  8    EXAMPLE WHERE THE PICTURE CAN CHANGE QUITE A GOOD DEAL AS THE

01:16PM  9    RESULT OF WAITING FOR THE FULL STORY AND LOOKING THROUGH THE

01:16PM  10   FULL MATERIAL.

01:16PM  11        NOW, LET ME TALK ABOUT THIS LOGO ISSUE.  YOU HAVE HEARD

01:16PM  12   ABOUT IT THROUGHOUT THE CASE, THAT MS. HOLMES ADDED LOGOS TO

01:16PM  13   THREE PHARMACEUTICAL REPORTS, AND THIS WAS DONE FOR THE PURPOSE

01:16PM  14   OF DECEIVING A VARIETY OF PEOPLE.

01:16PM  15        BUT THE FIRST GROUP THAT IT WAS SUPPOSEDLY DESIGNED TO

01:16PM  16   FOOL AND DEFRAUD WAS WALGREENS.

01:17PM  17        NOW, MS. HOLMES ADMITTED TO YOU THAT SHE ADDED THE LOGOS

01:17PM  18   AND DID IT WITHOUT THINKING THERE WAS ANYTHING WRONG WITH IT.

01:17PM  19        WELL, WHY WOULD THAT BE HER STATE OF MIND?

01:17PM  20        WELL, LET'S CONSIDER HOW MS. HOLMES COMMUNICATED WITH

01:17PM  21   INVESTORS ABOUT THESE PHARMACEUTICAL RELATIONSHIPS.

01:17PM  22        IF INVESTORS WANTED TO KNOW ABOUT PARTICULAR

01:17PM  23   PHARMACEUTICAL PROJECTS, YOU WOULD THINK, TO LISTEN TO THE

01:17PM  24   GOVERNMENT'S CASE, THAT SHE WOULD SAY, OH, NO, YOU CAN'T TALK

01:17PM  25   TO THE PHARMACEUTICAL COMPANY.

01:17PM  1    BUT, IN FACT, SHE PUTS INVESTORS IN TOUCH WITH PFIZER WHEN

01:17PM  2    THEY ASK FOR THAT INFORMATION, AS IN THIS EXHIBIT 15016 WHERE

01:17PM  3    AN INVESTOR EXPRESSES CURIOSITY ABOUT WHAT IS GOING ON BETWEEN

01:17PM  4    PFIZER AND THERANOS, AND THEY'RE GIVING CONTACT INFORMATION FOR

01:17PM  5    SOMEBODY AT PFIZER TO TALK TO.

01:17PM  6    OR IN THIS INSTANCE WHERE ANOTHER POTENTIAL INVESTOR

01:18PM  7    EXPRESSES INTEREST IN TALKING TO SEVERAL PHARMACEUTICAL

01:18PM  8    PARTNERS, MS. HOLMES NOT ONLY SAYS THAT'S FINE WITH HER, SHE

01:18PM  9    GIVES THE CONTACT INFORMATION, WHICH IS REDACTED HERE, FOR A

01:18PM 10    LARGE GROUP OF PHARMACEUTICAL COMPANIES:  PFIZER,

01:18PM 11    GLAXOSMITHKLINE, BRISTOL MYERS, NOVARTIS.

01:18PM 12    MS. HOLMES HAS NO INTENT TO DECEIVE PEOPLE OR HIDE FROM

01:18PM 13    PEOPLE THINGS THAT ARE GOING ON IN THOSE RELATIONSHIPS,

01:18PM 14    CONTRARY TO THE GOVERNMENT'S ASSERTIONS.

01:18PM 15    NOW, I WANT TO TALK VERY SPECIFICALLY AND VERY -- I'LL ASK

01:18PM 16    YOU TO LOOK VERY MUCH AT THE RELATIONSHIP BETWEEN

01:18PM 17    GLAXOSMITHKLINE AND THERANOS BECAUSE THAT IS THE COMPANY, ONE

01:18PM 18    OF THE THREE COMPANIES, ON WHICH A LOGO FROM THERANOS WAS

01:18PM 19    ADDED.

01:18PM 20    NOW, WE DIDN'T HEAR MUCH ABOUT THE

01:19PM 21    GLAXOSMITHKLINE/THERANOS -- THE ACTUAL RELATIONSHIP DURING THE

01:19PM 22    GOVERNMENT'S CASE.

01:19PM 23    BUT, IN FACT, IT'S FAIRLY IMPORTANT TO UNDERSTAND WHAT IS

01:19PM 24    GOING ON WHEN MS. HOLMES INTERACTS WITH INVESTORS AND WHAT SHE

01:19PM 25    UNDERSTANDS WHEN SHE'S PARTICIPATING IN DISCUSSIONS WITH

CLOSING ARGUMENT BY MR. DOWNEY

01:19PM  1    WALGREENS IN 2010.

01:19PM  2         FIRST OF ALL, IN 2008, THERANOS SENT ITS DEVICES TO

01:19PM  3    GLAXOSMITHKLINE AND SAID, WE WANT YOU TO EVALUATE OUR

01:19PM  4    TECHNOLOGY TO SEE IF THAT TECHNOLOGY CAN BE VALIDATED.

01:19PM  5         SO THEY SENT THE TECHNOLOGY TO GLAXOSMITHKLINE TO EXAMINE

01:19PM  6    AND ASK, IS THIS A TECHNOLOGY THAT YOU THINK WOULD BE USEFUL IN

01:19PM  7    CONNECTION WITH CONDUCTING BLOOD TESTING SERVICES?

01:19PM  8         THAT REPORT WAS SENT BACK BY GSK.  THAT REPORT DID NOT

01:19PM  9    HAVE LOGOS OF EITHER THERANOS OR GSK ON IT.

01:20PM 10         THEN AT SOME DATE IN BETWEEN JUNE 2008 AND MARCH 2009,

01:20PM 11    THERANOS ADDED THE LOGOS OF BOTH THERANOS AND GSK.  MIND YOU,

01:20PM 12    THIS IS A YEAR, AT LEAST A YEAR BEFORE THE GOVERNMENT SAYS SHE

01:20PM 13    ADDED LOGOS TO DEFRAUD WALGREENS IN THEIR NEGOTIATION.

01:20PM 14         AT SOME POINT THOSE LOGOS ARE ADDED TO THE REPORT.  WE

01:20PM 15    DON'T KNOW FROM THE EVIDENCE WHEN THAT HAPPENED.

01:20PM 16         NOW, DOES MS. HOLMES FEEL LIKE SHE'S COMMITTING A FRAUD IN

01:20PM 17    CONNECTION WITH ADDING GSK'S LOGO TO THE REPORT?

01:20PM 18         WELL, APPARENTLY NOT, BECAUSE IN MARCH OF 2009, ONE FULL

01:20PM 19    YEAR BEFORE SHE SENDS THAT REPORT, SHE'S ADDED THE LOGO TO

01:21PM 20    WALGREENS, SHE SENDS IT TO GSK WITH BOTH THE THERANOS LOGO AND

01:21PM 21    THE GSK LOGO ON IT.  AND YOU CAN SEE THAT IN EXHIBIT 15066.

01:21PM 22         THAT'S A YEAR BEFORE THE LOGOS ARE TRANSMITTED TO

01:21PM 23    WALGREENS AND THE GOVERNMENT SAYS THAT THE FRAUD BEGAN.

01:21PM 24         THEN IN DECEMBER OF 2009, SHE SENDS IT AGAIN.  AND YOU CAN

01:21PM 25    LOOK AT EXHIBIT 15058 TO SEE THAT.

CLOSING ARGUMENT BY MR. DOWNEY

01:21PM 1        AND THEN IN MARCH OF 2010, BECAUSE YOU ALREADY KNOW AND

01:21PM 2    WHAT WAS PRESENTED IN THE GOVERNMENT'S CASE, IS THAT SHE SENDS

01:21PM 3    A COPY OF THAT REPORT WITH BOTH LOGOS TO WALGREENS AS PART OF

01:21PM 4    THEIR DISCUSSIONS ABOUT WHETHER OR NOT THEY'LL HAVE A

01:21PM 5    PARTNERSHIP.

01:21PM 6        AGAIN, JUST LIKE PUTTING PEOPLE IN TOUCH WITH THE

01:21PM 7    PHARMACEUTICAL COMPANIES TO TALK ABOUT THE WORK THAT THERANOS

01:21PM 8    WAS DOING, SHE FEELS NO SELF-CONSCIOUSNESS ABOUT EXPRESSING

01:22PM 9    THAT IN THESE JOINT PROJECTS, THEY ARE JOINT PROJECTS OF BOTH

01:22PM 10   THERANOS AND THE PHARMACEUTICAL COMPANY.

01:22PM 11       THAT'S GSK.

01:22PM 12       NOW, I SHOULD MENTION WITH RESPECT TO GSK, MR. SCHENK

01:22PM 13   MENTIONED IN PASSING, HE TALKS ABOUT THE WORDS COMPREHENSIVE

01:22PM 14   VALIDATION.

01:22PM 15       IN CONNECTION WITH GSK, THERANOS HAD THE OPPORTUNITY TO

01:22PM 16   GIVE A PRESENTATION TO GSK ABOUT WHAT IT UNDERSTOOD GSK HAD

01:22PM 17   DONE AS PART OF THE RELATIONSHIP BETWEEN GSK AND THERANOS.

01:22PM 18       AND WHAT DID SHE CONVEY IN EXHIBIT 15058?  SHE SAID THAT

01:22PM 19   GSK HAD COMPLETED A COMPREHENSIVE VALIDATION OF THERANOS

01:22PM 20   SYSTEMS IN 2008, EXACTLY THE CLAIM THAT SHE MAKES IN CONNECTION

01:22PM 21   WITH SOME OF THE CONVERSATIONS THAT THE GOVERNMENT IS FOCUSSED

01:22PM 22   ON.

01:23PM 23       DOES GSK DISAGREE WITH THAT?  DOES GSK SAY, WE'RE SHOCKED

01:23PM 24   TO SEE THAT?  DOES GSK SAY, WE'RE SHOCKED TO SEE THAT AND WE'RE

01:23PM 25   SHOCKED TO SEE OUR LOGO ON THIS?  NOT AT ALL.  NOT AT ALL.

01:23PM  1    THEY RECEIVED ALL OF THAT INFORMATION AND TREATED IT AS

01:23PM  2    PERFECTLY NORMAL.

01:23PM  3        NOW, LET'S MOVE ON TO THE PFIZER SITUATION.  VERY

01:23PM  4    SIMILARLY.  I SHOWED YOU THAT MS. HOLMES WAS NOT SELF-CONSCIOUS

01:23PM  5    ABOUT PUTTING INVESTORS IN TOUCH WITH PFIZER.

01:23PM  6        BUT SPECIFICALLY WITH RESPECT TO THE LOGOS, WE KNOW THAT

01:23PM  7    MS. HOLMES APPLIED THE PFIZER LOGO AND SENT THE DOCUMENT WITH

01:23PM  8    BOTH THE PFIZER LOGO AND THE THERANOS LOGO BACK TO PFIZER.

01:23PM  9        NOW, WE DON'T KNOW IF PFIZER WAS NOT SURPRISED BY THAT

01:23PM 10    BECAUSE THEY KNEW IT WAS A JOINT PROJECT OR BECAUSE THEY HAD

01:23PM 11    READ THE REPORT MANY TIMES AND THOUGHT OF IT AS THEIR JOINT

01:24PM 12    WORK.  WE DON'T KNOW.

01:24PM 13        BUT WHAT WE DO KNOW IS THAT PFIZER CERTAINLY DIDN'T REACT

01:24PM 14    AS IF ANYTHING UNTOWARD HAD HAPPENED.  THEY RECEIVED THE REPORT

01:24PM 15    WITH BOTH LOGOS ON IT, AND AS I SHOWED YOU A MOMENT AGO,

01:24PM 16    CONVERSATIONS CONTINUED BETWEEN PFIZER AND THERANOS ABOUT

01:24PM 17    WORKING TOGETHER INTO 2015 ON LARGE PROJECTS.

01:24PM 18        PFIZER AS WELL SAW NOTHING UNTOWARD IN THE ADDING OF ITS

01:24PM 19    LOGO TO THE REPORT.

01:24PM 20        WHAT ABOUT SCHERING-PLOUGH?

01:24PM 21        NOW, WE KNOW THAT WITH RESPECT TO SCHERING-PLOUGH,

01:24PM 22    DR. CULLEN TESTIFIED THAT SHE HAD A NEGATIVE VIEW OF THE WORK

01:24PM 23    THAT THERANOS HAD DONE.

01:24PM 24        WE ALSO KNOW THAT SHE TESTIFIED THAT SHE DIDN'T ACTUALLY

01:24PM 25    CONCEDE THAT -- OR SHE DIDN'T CONVEY THAT TO MS. HOLMES.

01:24PM  1        BUT WHAT DID MS. HOLMES UNDERSTAND WAS DR. CULLEN'S

01:25PM  2   REACTION TO THE THERANOS VALIDATION PROJECT?

01:25PM  3        WHAT IS THE EVIDENCE WHICH WOULD TEACH US, HERE'S WHAT

01:25PM  4   MS. HOLMES THOUGHT AS PART OF HER STATE OF MIND AS TO WHAT

01:25PM  5   HAPPENED IN THAT PROJECT AND HOW IT WAS VIEWED BY

01:25PM  6   SCHERING-PLOUGH?

01:25PM  7        WELL, YOU CAN SEE THAT IN EXHIBIT 15045 WHERE AN EMPLOYEE

01:25PM  8   OF THERANOS WHO ALSO WORKED ALMOST FULL TIME ON PHARMACEUTICAL

01:25PM  9   PROJECTS REPORTS TO MS. HOLMES THAT SHE HAS HAD A CONVERSATION

01:25PM 10   WITH DR. CULLEN, AND IT WAS A GREAT CALL.  AND DURING THE

01:25PM 11   COURSE OF THE CALL SHE SUGGESTS THAT DR. CULLEN HAS READ THE

01:25PM 12   REPORT AND SHE'S PLANNING TO PASS IT AROUND IN HER NEW COMPANY,

01:25PM 13   MERCK, AND IT MAY BE USEFUL IN GENERATING FURTHER WORK FOR

01:25PM 14   THERANOS.

01:25PM 15        THERE'S NO SUGGESTION THAT MS. HOLMES THOUGHT OR BELIEVED

01:25PM 16   THAT SCHERING-PLOUGH HAD INVALIDATED ITS TECHNOLOGY UNDER THE

01:25PM 17   TERMS OF THAT CONTRACT.

01:26PM 18        SO WHAT DO WE HAVE?  WE HAVE THE GOVERNMENT PRESENTING

01:26PM 19   THREE WITNESSES WHO CONVEY A VIEW OF THE WORLD ABOUT THERANOS

01:26PM 20   AND ITS PARTNERSHIPS WITH PHARMACEUTICAL COMPANIES.  THAT VIEW

01:26PM 21   IS THERANOS'S TECHNOLOGY IS NO GOOD, MS. HOLMES KNEW IT, AND

01:26PM 22   SHE HAD NO BASIS FOR MAKING THOSE STATEMENTS.

01:26PM 23        WHAT DO WE, IN FACT, KNOW?

01:26PM 24        THERANOS HAD AT LEAST 11 PARTNERSHIPS WITH PHARMACEUTICAL

01:26PM 25   COMPANIES THEY BELIEVED WERE SUCCESSFUL, THAT FOR MANY OF THOSE

01:26PM  1    PARTNERSHIPS THE GOVERNMENT HAS NOT DISPUTED THAT THOSE

01:26PM  2    PARTNERSHIPS WERE SUCCESSFUL.

01:26PM  3        AND WITH REGARD TO THE THREE COMPANIES WHERE THE COMPANY

01:26PM  4    HAS -- WHERE THE GOVERNMENT HAS RAISED AN ISSUE, WITH THE

01:26PM  5    EXCEPTION OF DR. CULLEN, THE WITNESSES AREN'T EVEN THE PEOPLE

01:26PM  6    WHO WERE PRIMARILY INVOLVED IN THE RELATIONSHIP.

01:26PM  7        THAT SHOULD CAUSE YOU TO BEGIN TO QUESTION AND TAKE ON A

01:26PM  8    WILLINGNESS AS YOU EXAMINE THE EVIDENCE AS PART OF YOUR JURY

01:27PM  9    DELIBERATIONS TO LOOK AT BOTH SIDES OF THE STORY, BECAUSE IT'S

01:27PM 10    EASY TO MAKE THAT ACCUSATION.  IT COULD TAKE SOME EFFORT AND

01:27PM 11    TIME TO UNPACK IT.

01:27PM 12        NOW, THAT'S ONE EXAMPLE.  ONE EXAMPLE.

01:27PM 13        BUT THAT PATTERN WILL RUN THROUGHOUT THE CASE.  THE

01:27PM 14    GOVERNMENT IS SHOWING AN EVENT LOOKS BAD, BUT AT THE END OF THE

01:27PM 15    DAY WHEN ALL OF THE EVIDENCE FLOWS TOGETHER, IT ISN'T SO BAD.

01:27PM 16        I WILL SAY TO YOU THAT YOU ARE GOING TO SEE THAT WITH

01:27PM 17    REGARD TO SEVERAL ISSUES AS I CONTINUE TO GO THROUGH THE

01:27PM 18    EVIDENCE WITH YOU TODAY.

01:27PM 19        BUT I WANT TO TALK FIRST ABOUT THE ROLE THAT YOU

01:27PM 20    ULTIMATELY PLAY WHEN YOU GO BACK TO THE JURY ROOM, AND THEN I

01:27PM 21    WANT TO TALK ABOUT WHAT I THINK IS THE CRITICAL ISSUE IN THE

01:27PM 22    CASE AND EXAMINE THE EVIDENCE IN LIGHT OF IT, AND THAT IS

01:27PM 23    MS. HOLMES'S INTENT, WHAT SHE UNDERSTOOD AND BELIEVED WHY SHE

01:28PM 24    DID WHAT SHE DID.

01:28PM 25        AND I'LL GO THROUGH THAT SYSTEMATICALLY BECAUSE I THINK I

01:28PM   1    WILL BE HELPFUL TO YOU IF I COMPARE THAT, THE ELEMENTS OF WHAT

01:28PM   2    THE OFFENSES ARE, AND EXPLAIN HOW THEY RELATE TO WHAT THE

01:28PM   3    EVIDENCE IS.

01:28PM   4        AND I'LL ASK YOU THAT YOU REMEMBER FROM OUR ORIGINAL JURY

01:28PM   5    INSTRUCTIONS THAT YOU HAD AN OBLIGATION, WHICH YOU ALL

01:28PM   6    UNDERTOOK AND WHICH YOU'VE ALL DONE, TO MAINTAIN A PRESUMPTION

01:28PM   7    OF INNOCENCE THROUGHOUT THIS CASE.

01:28PM   8        AS YOU KNOW, MS. HOLMES IS PRESUMED INNOCENT UNTIL EACH

01:28PM   9    AND EVERY ONE OF YOU DETERMINES BEYOND A REASONABLE DOUBT THAT

01:28PM  10    SHE HAS COMMITTED EVERY ELEMENT OF THE OFFENSES WITH WHICH SHE

01:28PM  11    IS CHARGED.

01:28PM  12        SHE NEVER HAS TO PROVE HER INNOCENCE.  SHE NEVER HAS TO

01:28PM  13    EVEN OFFER A DEFENSE, ALTHOUGH THAT WAS DONE IN THIS CASE.

01:29PM  14        IF YOU HAVE A REASONABLE DOUBT AS TO WHETHER MS. HOLMES

01:29PM  15    COMMITTED ANY ELEMENT OF THE OFFENSE, YOU SHOULD FIND HER NOT

01:29PM  16    GUILTY.

01:29PM  17        NOW, MR. SCHENK MENTIONED IT IN PASSING, BUT I WANT TO

01:29PM  18    TALK ABOUT IT A LITTLE MORE AND IN A LITTLE MORE DEPTH, AND

01:29PM  19    THAT IS THE CONCEPT OF REASONABLE DOUBT.  WE HEAR THAT PHRASE

01:29PM  20    ALL OF THE TIME.

01:29PM  21        WHAT DOES REASONABLE DOUBT MEAN?

01:29PM  22        WELL, I THINK YOU CAN THINK OF REASONABLE DOUBT AS A --

01:29PM  23    REALLY AS A STANDARD.  IF YOU THINK ABOUT THE DIFFERENT

01:29PM  24    ELEMENTS OF PROOF OR THE DIFFERENT BURDENS OF PROOF THAT APPLY

01:29PM  25    IN THE LAW, I JUST WANT TO EXPLAIN HOW THE CONCEPT OF THE

01:29PM 1    REASONABLE DOUBT FITS WITHIN THAT.

01:29PM 2        IF YOU LOOK AT THE EVIDENCE AS AN ASCENDING STAIRCASE,

01:29PM 3    THIS IS WHAT IT WOULD LOOK LIKE AS COMPARED TO THE BURDENS THAT

01:30PM 4    SOMEONE FACES IN CONNECTION WITH A CASE.

01:30PM 5        AT THE BOTTOM YOU HAVE NO EVIDENCE, SO THERE IS NOTHING TO

01:30PM 6    DO.

01:30PM 7        ABOVE THAT WE HAVE WHAT IS CALLED A SCINTILLA OF EVIDENCE,

01:30PM 8    WHICH IS JUST A TINY BIT OF EVIDENCE WHICH MIGHT RAISE WITH

01:30PM 9    SOMEONE A CONCERN, BUT IT'S NOT MUCH EVIDENCE.

01:30PM 10       NOW, ABOVE THAT IS REASONABLE SUSPICION.  REASONABLE

01:30PM 11   SUSPICION IS EVIDENCE FROM WHICH A REASONABLE PERSON COULD

01:30PM 12   CONCLUDE THAT A CRIME HAS BEEN COMMITTED.  NOT EVERY PERSON

01:30PM 13   WOULD HAVE TO CONCLUDE THAT, BUT A REASONABLE PERSON COULD

01:30PM 14   CONCLUDE FROM THE EVIDENCE THAT IS PRESENTED.

01:30PM 15       PROBABLE CAUSE IS NEXT ABOVE THAT, AND THAT TAKES US TO

01:30PM 16   THE POINT WHERE PEOPLE -- WHERE A COURT MAKES A DETERMINATION

01:30PM 17   THAT THERE'S ENOUGH EVIDENCE OF AN OFFENSE THAT CERTAIN ACTIONS

01:30PM 18   MIGHT BE JUSTIFIED, FOR EXAMPLE, A SEARCH OF SOMEONE'S HOME.

01:31PM 19   BUT IT IS NOT, IT IS NOT REQUIRED THAT THERE BE A HIGHER LEVEL

01:31PM 20   OF PROOF.

01:31PM 21       NOW, WHAT IS ABOVE THAT?  WHAT IS ABOVE THAT IS A CONCEPT

01:31PM 22   THAT SOME OF YOU ARE FAMILIAR WITH BECAUSE I KNOW YOU'VE SERVED

01:31PM 23   ON CIVIL JURIES IN CONNECTION WITH OTHER TRIALS, AND THAT'S A

01:31PM 24   PREPONDERANCE OF THE EVIDENCE.  IF SOMEONE IS FOUND TO HAVE

01:31PM 25   PROVEN BY A PREPONDERANCE OF THE EVIDENCE SOMETHING, THEY'VE

01:31PM  1    PROVEN THAT WHEN EVIDENCE IS WEIGHED, IT'S A LITTLE MORE LIKELY

01:31PM  2    THAT SOMETHING IS TRUE THAN FALSE.  THAT'S A PREPONDERANCE OF

01:31PM  3    EVIDENCE.

01:31PM  4        ABOVE THAT IS THE CLEAR AND CONVINCING STANDARD.  NOW, YOU

01:31PM  5    MEET THE CLEAR AND CONVINCING STANDARD IF YOU ARE FIRMLY

01:31PM  6    CONVINCED THAT SOMETHING HAPPENS, YOU ARE FIRMLY CONVINCED THAT

01:31PM  7    SOMETHING HAPPENS.

01:31PM  8        THAT DOESN'T MEAN IT HAS TO BE BEYOND A REASONABLE DOUBT

01:31PM  9    THAT IT HAPPENED, BUT YOU ARE FIRMLY CONVINCED OF IT.

01:32PM 10        REASONABLE DOUBT IS ABOVE THAT.  IT'S A HIGHER STANDARD OF

01:32PM 11    PROOF.  AND REASONABLE DOUBT MEANS NOT BEYOND SPECULATION, BUT

01:32PM 12    BEYOND ANY REASONABLE DOUBT THAT A PERSON WOULD HAVE, THEY

01:32PM 13    DETERMINED THAT THE EVIDENCE DOES NOT ALLOW FOR A DETERMINATION

01:32PM 14    THAT THE PERSON DID NOT COMMIT AN OFFENSE.

01:32PM 15        THAT IS THE HIGHEST BURDEN IN THE LAW.

01:32PM 16        THAT IS THE BURDEN WHICH THE GOVERNMENT BEARS IN THIS CASE

01:32PM 17    AND THEY ACCEPT.  YOU SHOULD EXAMINE THE EVIDENCE WITH THAT

01:32PM 18    BURDEN IN MIND.

01:32PM 19        THIS IS NOT A CASE WHERE YOU'RE EVALUATING, DO I THINK IT

01:32PM 20    IS MORE LIKELY THAN NOT THAT MS. HOLMES HAS COMMITTED AN

01:32PM 21    OFFENSE?  AM I FIRMLY CONVINCED THAT MS. HOLMES HAS COMMITTED

01:32PM 22    AN OFFENSE?

01:32PM 23        THIS IS A CASE IN WHICH YOU ARE QUESTIONING, IS IT BEYOND

01:32PM 24    A REASONABLE DOUBT THAT MS. HOLMES HAS COMMITTED THE OFFENSES

01:32PM 25    OF WHICH SHE IS ACCUSED?

CLOSING ARGUMENT BY MR. DOWNEY

01:33PM 1        NOW, I WANT TO TALK A LITTLE BIT, AND I WON'T GO INTO THEM

01:33PM 2    IN DEPTH BECAUSE I THINK MR. SCHENK HOPEFULLY SPUN OUT FOR YOU

01:33PM 3    THE ELEMENTS THAT ARE AT ISSUE HERE, BUT I WANT TO PAY

01:33PM 4    ATTENTION TO A FEW OF THE ELEMENTS.

01:33PM 5        AS MR. SCHENK TOLD YOU, WIRE FRAUD REQUIRES THAT THE

01:33PM 6    GOVERNMENT PROVE THAT SOMEONE HAS KNOWINGLY DEVISED A SCHEME TO

01:33PM 7    DEFRAUD; AND THEY'VE MADE MATERIAL FALSE STATEMENTS AS PART OF

01:33PM 8    THAT; AND THAT THEY ACTED WITH THE INTENT TO DEFRAUD, I'LL

01:33PM 9    RETURN TO THAT; AND AS MR. SCHENK SAID, THEY USED INTERSTATE

01:33PM 10   WIRES TO CARRY OUT AN ESSENTIAL PART OF THAT SCHEME.

01:33PM 11       LET'S FOCUS ON THE INTENT AND WHAT THAT MEANS IN THIS

01:33PM 12   CONTEXT.  INTENT TO DEFRAUD MEANS THE INTENT TO DEPRIVE SOMEONE

01:33PM 13   OF MONEY OR PROPERTY BY MEANS OF A DECEPTION.

01:33PM 14       IF SOMEONE IS ACTING IN GOOD FAITH OR SOMEONE DOES NOT

01:33PM 15   BELIEVE THAT WHAT THEY ARE DOING ACTUALLY IS PART OF A SCHEME

01:34PM 16   TO DEFRAUD, THEN THE CORRECT VERDICT IS A NOT GUILTY VERDICT.

01:34PM 17       LET'S TALK BRIEFLY ABOUT CONSPIRACY, AND THEN WE'LL TAKE

01:34PM 18   OUR BREAK.

01:34PM 19       CONSPIRACY REQUIRES THAT YOU FIND THAT SOMEONE AGREED WITH

01:34PM 20   SOMEONE ELSE TO COMMIT WIRE FRAUD AND THAT THE PERSON BECAME A

01:34PM 21   MEMBER OF THAT CONSPIRACY BY WILLFULLY PARTICIPATING IN AN

01:34PM 22   UNLAWFUL PLAN WITH INTENT TO COMMIT WIRE FRAUD.

01:34PM 23       LET'S FOCUS ON THAT WORD "WILLFULLY."

01:34PM 24       WILLFULLY MEANS THAT SOMEONE IS ACTING WITH THE KNOWLEDGE

01:34PM 25   THAT THEIR CONDUCT IS ILLEGAL.  THEY'RE DOING SOMETHING WITH

01:34PM   1    THE INTENT TO DO SOMETHING THAT THE LAW FORBIDS.

01:34PM   2         IF SOMEONE IS ACTING IN GOOD FAITH, YOU HAVE NO REASON TO

01:34PM   3    FIND THEM GUILTY, EVEN IF THE OTHER ELEMENTS OF AN OFFENSE ARE

01:34PM   4    FOUND.

01:34PM   5         I THINK, LADIES AND GENTLEMEN, THAT THE CONCEPTS OF INTENT

01:35PM   6    AND WILLFULNESS ARE GOING TO INFORM YOUR EVALUATION OF A LOT OF

01:35PM   7    THE EVIDENCE IN THIS CASE, AND WHEN WE COME BACK, I WILL GO

01:35PM   8    THROUGH SOME OF THAT EVIDENCE WITH YOU.

01:35PM   9              THE COURT:  LET'S TAKE OUR BREAK NOW.  LET'S TAKE

01:35PM  10    30 MINUTES, LADIES AND GENTLEMEN, 30 MINUTES.  THANK YOU.

01:35PM  11              THE CLERK:  COURT IS IN RECESSION.

01:35PM  12         (RECESS FROM 1:35 P.M. UNTIL 2:08 P.M.)

02:08PM  13              THE COURT:  THANK YOU.  PLEASE BE SEATED.

02:08PM  14         WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

02:08PM  15    MS. HOLMES IS PRESENT.  OUR JURY IS PRESENT.

02:08PM  16         MR. DOWNEY, DO YOU HAVE A NEW BATTERY AND THE MICROPHONE

02:08PM  17    IS OPERATIONAL?

02:08PM  18              MR. DOWNEY:  THAT'S WHAT I UNDERSTAND, YES.

02:08PM  19              THE COURT:  GREAT.  WOULD YOU LIKE TO CONTINUE WITH

02:08PM  20    YOUR ARGUMENT?

02:08PM  21              MR. DOWNEY:  YES, SIR.

02:08PM  22         GOOD AFTERNOON.  I TOLD YOU BEFORE WE BROKE THAT I WAS

02:08PM  23    GOING TO START TO TALK ABOUT EVIDENCE OF INTENT, AND I AM GOING

02:08PM  24    TO DO THAT, BUT I WANTED TO TAKE A MOMENT BEFORE WE RESUMED TO

02:08PM  25    THANK ALL OF YOU FOR SERVING IN THE ROLE THAT YOU HAVE SERVED

02:08PM   1    FOR THE LAST THREE AND A HALF, ALMOST FOUR MONTHS.

02:08PM   2         I KNOW THAT AT THE 4TH OF JULY, IF SOMEONE ASKED YOU, HOW

02:08PM   3    ARE YOU GOING TO SPEND THE SECOND HALF OF THE YEAR, YOU

02:08PM   4    WOULDN'T SAY, I'M GOING TO BE SPENDING THREE OR FOUR OR FIVE

02:08PM   5    DAYS A WEEK IN A COURTHOUSE IN DOWNTOWN SAN JOSE.

02:08PM   6         BUT YOU'VE DONE IT.  YOU'VE PAID CLOSE ATTENTION, YOU'VE

02:08PM   7    LISTENED, AND I KNOW YOU WILL FULFILL THE RESPONSIBILITIES OF

02:08PM   8    YOUR OATH WITH PROPER APPROACH.

02:09PM   9         AND I SAY TO YOU, BEFORE I GET BACK INTO THE EVIDENCE, I

02:09PM  10    KNOW, BECAUSE THERE HAVE BEEN SOME EXTRAORDINARY PROCEEDINGS IN

02:09PM  11    CONNECTION WITH THIS MATTER, THAT YOU'RE ALL AWARE THERE HAS

02:09PM  12    BEEN A LOT OF ATTENTION TO THE CASE.  WE DISCUSSED SOME OF THAT

02:09PM  13    IN VOIR DIRE.

02:09PM  14         BUT YOU HAVE A PARTICULARLY IMPORTANT ROLE BECAUSE ALL OF

02:09PM  15    YOU HAVE SEEN IN THE CONTEXT OF THIS CASE THE EVIDENCE, THE

02:09PM  16    FULL EVIDENCE.  AND YOU WILL BE IN A POSITION TO DECIDE WHETHER

02:09PM  17    MS. HOLMES IS GUILTY OF AN OFFENSE OR NOT.

02:09PM  18         IT'S NOT A LIGHT RESPONSIBILITY, BUT I KNOW YOU'VE

02:09PM  19    UNDERTAKEN IT WITH A LOT OF SERIOUSNESS AND I AM GRATEFUL TO

02:09PM  20    YOU, AND I KNOW MR. SCHENK JOINS ME IN THAT.

02:09PM  21         LET ME RETURN TO THE SUBJECT OF MS. HOLMES'S INTENT, WHICH

02:09PM  22    I WAS DISCUSSING BEFORE THE BREAK.

02:10PM  23         AND I WOULD SAY TO YOU THAT IN ORDER TO UNDERSTAND

02:10PM  24    MS. HOLMES'S INTENT, THERE ARE REALLY FIVE BODIES OF EVIDENCE

02:10PM  25    THAT HAVE BEEN INTRODUCED IN CONNECTION WITH THE CASE THAT GIVE

02:10PM 1    YOU THE CLOSEST AND THE CLEAREST PICTURE OF WHAT MS. HOLMES WAS

02:10PM 2    THINKING DURING THE YEARS FROM 2010 TO 2016, AND THEY ARE FIRST

02:10PM 3    THE INTERACTIONS THAT SHE AND THERANOS HAD WITH THE FOOD AND

02:10PM 4    DRUG ADMINISTRATION AND THE PURSUIT OF APPROVAL FOR THE

02:10PM 5    TECHNOLOGY AT THE FOOD AND DRUG ADMINISTRATION.

02:10PM 6         SECOND, THE FEEDBACK WHICH SHE GOT OVER MANY YEARS FROM

02:10PM 7    THE PEOPLE WHO WORKED INSIDE THERANOS WITH HER, HOW DID THEY

02:10PM 8    FEEL ABOUT THE TECHNOLOGY THAT THE COMPANY WAS INVENTING, AND

02:10PM 9    HOW DID THEY TALK WITH MS. HOLMES ABOUT IT?

02:10PM 10        THIRD IS THE FEEDBACK THAT THE COMPANY GOT FROM OUTSIDERS,

02:11PM 11   WHAT TYPES OF INSTITUTIONS LOOKED AT THERANOS'S TECHNOLOGY, AND

02:11PM 12   WHAT DID THEY CONCLUDE?

02:11PM 13        FOURTH, I THINK YOU SHOULD TAKE INTO ACCOUNT MS. HOLMES'S

02:11PM 14   REPEATED WILLINGNESS TO EXPOSE THERANOS'S TECHNOLOGY TO OUTSIDE

02:11PM 15   REVIEW, WHAT THIRD PARTIES SHE TALKED TO, WHAT THIRD PARTIES

02:11PM 16   ACTUALLY LOOKED AT THERANOS'S TECHNOLOGY, WHAT FEEDBACK DID

02:11PM 17   THEY GIVE?

02:11PM 18        AND LAST, I WANT TO TALK ABOUT MS. HOLMES'S REACTION TO

02:11PM 19   THE DETERMINATION THAT THERE WERE ISSUES WITH RESPECT TO THE

02:11PM 20   PERFORMANCE OF THERANOS'S LAB AND THE ACTIONS SHE TOOK

02:11PM 21   THEREAFTER THROUGHOUT BEGINNING IN 2016.

02:11PM 22        SO LET'S START FIRST WITH HER INTERACTIONS WITH THE FDA

02:11PM 23   AND THE PURSUIT OF FDA APPROVAL FOR SOME OF THERANOS'S

02:12PM 24   TECHNOLOGY.

02:12PM 25        YOU KNOW THAT THE FDA HAS BEEN A SUBJECT OF SOME

02:12PM   1    DISCUSSION IN CONNECTION WITH THE CASE.

02:12PM   2        BUT MS. HOLMES'S INTERACTIONS WITH IT PROFOUNDLY INFORMED

02:12PM   3    HER BELIEF ABOUT WHERE THERANOS WAS AS A COMPANY, AND THE

02:12PM   4    CLEAREST MEASURE OF WHAT SHE BELIEVED IS BY MATCHING UP HOW SHE

02:12PM   5    WAS INTERACTING WITH THE FOOD AND DRUG ADMINISTRATION AND THE

02:12PM   6    STATEMENTS THAT SHE WAS MAKING WHICH MR. SCHENK READ TO YOU IN

02:12PM   7    GREAT LENGTH DURING HIS SUMMATION THIS MORNING.

02:12PM   8        MS. HOLMES WORKED PROACTIVELY BETWEEN 2013 AND 2015 TO GET

02:12PM   9    THERANOS'S SYSTEM 4.0 APPROVED BY THE FOOD AND DRUG

02:13PM  10    ADMINISTRATION.

02:13PM  11        IF YOU LOOK AT SLIDE 29, YOU SEE THE REFERENCE TO EXHIBIT

02:13PM  12    NUMBERS WHICH REFLECT THAT IN THE FALL OF 2013, THERANOS'S 4.0

02:13PM  13    SYSTEM OF TECHNOLOGY HAD REACHED A POINT WHERE THE COMPANY WAS

02:13PM  14    WILLING TO GO TO THE FOOD AND DRUG ADMINISTRATION AND SAY, WE

02:13PM  15    WANT TO BEGIN THE PROCESS OF BRINGING THIS TECHNOLOGY TO

02:13PM  16    MARKET, AND WE WANT TO HAVE A DIALOGUE WITH YOU.

02:13PM  17        AND THEY DID THAT IN CONNECTION WITH ALL OF THE DIFFERENT

02:13PM  18    METHODS OF ASSAYS, WHICH WE'LL DISCUSS IN A BIT.

02:13PM  19        THEN IN NOVEMBER OF 2014, THERANOS ACTUALLY SUBMITTED WHAT

02:13PM  20    IS CALLED A PREMARKET NOTIFICATION, WHICH YOU SAW DURING HER

02:13PM  21    DIRECT TESTIMONY, SAYING WE'RE READY NOW TO BRING THIS

02:13PM  22    MARKET -- THIS PROCESS, THIS TECHNOLOGY AND THIS SYSTEM TO

02:13PM  23    MARKET, PLEASE GIVE US AN APPROVAL.

02:14PM  24        AND OF COURSE THEN, AS YOU'VE HEARD A FEW TIMES IN THE

02:14PM  25    CASE, IN JULY OF 2015, THE FDA DID APPROVE THERANOS'S

02:14PM  1    TECHNOLOGY IN CONNECTION WITH THE HSV ASSAY.  MS. HOLMES'S

02:14PM  2    INTENT WAS PROFOUNDLY AFFECTED BY THAT.

02:14PM  3        HOW DID SHE DEAL WITH THE FDA WHEN SHE TALKED TO THEM?

02:14PM  4        WELL, FIRST OF ALL, I WOULD SAY THAT SHE MADE VERY BROAD

02:14PM  5    DISCLOSURES.  SHE DISCLOSED WHAT WAS GOING ON IN CONNECTION

02:14PM  6    WITH THERANOS'S BUSINESS IN GREAT DETAIL TO THE FDA.  SHE

02:14PM  7    EXPLAINED TO THEM THE CONCEPT THAT THERE WOULD BE TWO PHASES TO

02:14PM  8    THE BUSINESS, PHASE I, THERANOS WOULD OPERATE A CENTRAL LAB;

02:14PM  9    AND PHASE II, AFTER THERANOS HAD GAINED APPROVAL FROM THE FDA,

02:14PM  10   THEY WOULD BEGIN TO ACTUALLY PLACE THEIR DEVICES AT LOCATIONS.

02:15PM  11       BLOOD TESTS.

02:15PM  12       SHE EXPLAINED THAT HERE IN THE FALL OF 2013.  AND ALTHOUGH

02:15PM  13   A LOT HAS BEEN MADE THROUGHOUT THE CASE AND A LOT WAS SUGGESTED

02:15PM  14   THIS MORNING IN MR. SCHENK'S PRESENTATION, SHE WAS SENSITIVE

02:15PM  15   ABOUT PEOPLE KNOWING THAT THE CLIA LAB AT THERANOS WAS USING

02:15PM  16   THIRD PARTY DEVICES.

02:15PM  17       IN FACT, WHEN SHE WENT TO THE FDA IN THE FALL OF 2013, SHE

02:15PM  18   EXPLAINED THAT DURING THE PHASE I PROCESS, NOT ONLY WAS THAT

02:15PM  19   GOING TO HAPPEN, BUT THAT WAS HAPPENING.

02:15PM  20       IF YOU LOOK AT EXHIBIT 15029, SHE LAYS OUT EVERY TEST THAT

02:15PM  21   THE COMPANY WAS OFFERING, THE KIND OF DEVICE THAT TEST WAS

02:15PM  22   OFFERED ON, AND THE TYPE OF ASSAY THAT WAS PERFORMED, WHETHER

02:15PM  23   IT WAS A THERANOS ASSAY OR SOMEONE ELSE'S.

02:15PM  24       SO SHE WAS VERY CLEAR CUT IN THESE DISCUSSIONS WITH THE

02:16PM  25   FDA ABOUT WHAT WAS GOING ON.

CLOSING ARGUMENT BY MR. DOWNEY

02:16PM  1      SECOND, AS I MENTIONED, SHE SUBMITTED -- SHE CAUSED

02:16PM  2  THERANOS TO SUBMIT EVERY FORM OF ASSAY IT COULD DO TO THE FDA

02:16PM  3  FOR APPROVAL IN THE FALL OF 2013, AROUND THE TIME THAT THERANOS

02:16PM  4  LAUNCHED ITS SERVICE CENTERS IN WALGREENS STORES.

02:16PM  5      SO THEY WERE COMPREHENSIVELY SAYING TO THE FDA, WE WANT TO

02:16PM  6  BEGIN THE PROCESS WITH YOU OF GAINING APPROVAL FOR ALL OF OUR

02:16PM  7  TECHNOLOGY.

02:16PM  8      NEXT, THE 4.0 SYSTEM AS A WHOLE WAS SUBMITTED IN NOVEMBER

02:16PM  9  OF 2014.

02:16PM  10      WHY WAS THAT -- WHY IS THAT IMPORTANT?  WHAT WE'VE HEARD

02:16PM  11  THIS MORNING FROM MR. SCHENK AND THROUGHOUT THE CASE IS THAT

02:16PM  12  REPRESENTATIONS WERE MADE DURING THE FALL OF 2014 THAT WERE

02:16PM  13  FALSE AS TO THE CAPACITIES OF THERANOS'S TECHNOLOGY.

02:17PM  14      AT THE TIME THAT MS. HOLMES WAS HAVING THOSE

02:17PM  15  CONVERSATIONS, SHE WAS SUBMITTING TO THE FDA AN APPLICATION FOR

02:17PM  16  APPROVAL OF THE TECHNOLOGY THAT CONTAINED A FULL DESCRIPTION OF

02:17PM  17  ITS CAPABILITIES AND THAT MADE THE ARGUMENT THAT THIS WAS

02:17PM  18  TECHNOLOGY THAT WAS READY TO BE PLACED AT LOCAL LOCATIONS TO

02:17PM  19  CONDUCT BLOOD TESTING SERVICES.  THAT'S EXHIBIT 13288A.

02:17PM  20      AND WE'LL TALK ABOUT SCIENTISTS AT THERANOS IN A MINUTE,

02:17PM  21  BUT YOU WILL SEE THAT THAT WAS A VERY THOROUGH PRESENTATION TO

02:17PM  22  THE FDA OF WHAT THERANOS THOUGHT ITS ABILITIES WERE, HOW THE

02:17PM  23  SYSTEM WORKED, THE DATA THAT HAD BEEN GENERATED TO PROVE THAT

02:17PM  24  THE TECHNOLOGY WORKED.  EVERYTHING YOU WOULD EXPECT DONE IN A

02:17PM  25  COMPREHENSIVE WAY.

02:17PM  1    NOW, I THINK THERE'S A SUGGESTION GENERALLY AS PART OF THE

02:17PM  2    GOVERNMENT'S CASE, AND I WANT TO DISPEL IT, WHICH IS THAT

02:18PM  3    THERANOS WAS RELUCTANT TO SHOW ITS TECHNOLOGY TO REALLY ANYONE.

02:18PM  4    YOU NOTICE THAT MR. SCHENK MENTIONED THIS MORNING THAT

02:18PM  5    THERANOS DID NOT SEND DEVICES TO SCHERING-PLOUGH AS PART OF THE

02:18PM  6    WORK THAT THEY DID TOGETHER.

02:18PM  7    I THINK YOU SHOULD NOT INFER FROM ANY PARTICULAR SITUATION

02:18PM  8    SOME HESITATION ON MS. HOLMES'S PART TO EXPOSE THE TECHNOLOGY.

02:18PM  9    IN FACT, WHEN SHE DEALT WITH THE FDA, SHE WENT TO THEM

02:18PM  10   WITH A PRESENTATION WHICH GAVE THEM A VIDEO OF THE ENTIRE

02:18PM  11   OPERATION OF THE INTERNAL PARTS OF THE SERIES 4.0 DEVICE SO

02:18PM  12   THEY COULD WATCH, FROM SOUP TO NUTS, HOW DOES THIS DEVICE WORK?

02:18PM  13   WHY WAS THERANOS CLAIMING THAT THE SYSTEM WAS READY FOR MARKET?

02:18PM  14   NOW, THE DATE ON WHICH THE THERANOS 4.0 SYSTEM AND THE

02:19PM  15   HSV-1 ASSAY WERE APPROVED WAS IN THE SUMMER OF 2015.

02:19PM  16   I THINK YOU SAW DURING THE COURSE OF THE CASE THIS EMAIL

02:19PM  17   FROM MS. HOLMES.  YOU SEE HER REACTION AND THE PRIDE THAT SHE

02:19PM  18   EXPRESSES THAT THE 4 SYSTEM HSV ASSAY BE APPROVED.  THIS IS

02:19PM  19   FOUR MONTHS BEFORE THE DIFFICULTIES THAT HAD AROSE DURING THE

02:19PM  20   FALL THAT HAVE BEEN THE SUBJECT OF SO MUCH DISCUSSION.

02:19PM  21   NOW, THAT'S WHAT IS REFLECTED IN HER DEALINGS WITH THE

02:19PM  22   FDA, TRANSPARENCY, COMPREHENSIVENESS, THE PRESENTATION OF DATA.

02:19PM  23   THE ENTIRE SYSTEM IS PRESENTED TO THE FDA FOR APPROVAL.

02:19PM  24   BUT I WANT TO LOOK NOW AT WHAT WAS HAPPENING INSIDE OF

02:19PM  25   THERANOS, NOT WHAT WAS HAPPENING EXTERNALLY WITH RESPECT TO THE

02:20PM  1    FDA OR OTHER OUTSIDE PARTIES.

02:20PM  2         AND I WANT TO DRAW TO YOUR ATTENTION A SIMPLE FACT IN

02:20PM  3    CONNECTION WITH THIS CASE THAT MIGHT NOT BE AS NOTICEABLE WHEN

02:20PM  4    YOU SIT THROUGH THE CASE DAY AFTER DAY AFTER DAY.

02:20PM  5         BUT I THINK YOU KNOW, AND MS. HOLMES TESTIFIED TO THIS,

02:20PM  6    THAT SHE BELIEVED, STARTING AS EARLY AS 2010, THAT THERANOS WAS

02:20PM  7    GOING TO BE CAPABLE OF PUTTING IN PLACE THIS 4.0 TECHNOLOGY

02:20PM  8    THAT WOULD BE CAPABLE OF PERFORMING ANY BLOOD TEST.

02:20PM  9         AND I THINK YOU ALSO SAW, AND I'LL SHOW YOU IN A MOMENT

02:20PM 10    SOME EXAMPLES OF IT, THAT OVER THE COURSE OF THE NEXT THREE TO

02:20PM 11    FIVE YEARS, SHE RECEIVED REGULAR UPDATES ABOUT WHERE THAT

02:20PM 12    TECHNOLOGY WAS.

02:20PM 13         THAT'S FUNDAMENTAL AND CENTRAL TO HER THINKING WHEN SHE

02:20PM 14    GOES OUT AND MAKES PUBLIC STATEMENTS.

02:20PM 15         NOW, ASK YOURSELF, DURING THE COURSE OF THE GOVERNMENT'S

02:20PM 16    CASE, HOW MANY WITNESSES WHO ACTUALLY WORKED ON THE BUILDING OF

02:21PM 17    THERANOS'S TECHNOLOGY TESTIFIED?  WE WERE HERE FOR THREE AND A

02:21PM 18    HALF MONTHS.  HOW MANY WITNESSES?

02:21PM 19         THE ANSWER IS ONE.  THERE WAS NOT ONE SINGLE WITNESS THAT

02:21PM 20    THE GOVERNMENT CALLED WHO TESTIFIED ABOUT THE DEVELOPMENT OF

02:21PM 21    THE HARDWARE THAT YOU HAVE HEARD SO MUCH ABOUT DURING THE

02:21PM 22    COURSE OF THE CASE.

02:21PM 23         THERE WAS NOT A SINGLE WITNESS WHO WAS CALLED WHO WORKED

02:21PM 24    ON THE BUILDING OF THE TECHNOLOGY THAT WENT INTO THE SOFTWARE

02:21PM 25    THAT WAS PART OF THE 4.0 SYSTEM.

CLOSING ARGUMENT BY MR. DOWNEY

02:21PM   1        AND WITH RESPECT TO THE ASSAYS THAT WERE DISCUSSED A LOT

02:21PM   2   DURING THE CASE, THE ONLY WITNESS WHO WAS CALLED WHO WORKED ON

02:21PM   3   THE DEVELOPMENT OF ASSAYS WAS MS. GANGAKHEDKAR, WHO I WILL

02:21PM   4   DISCUSS IN A LITTLE BIT.

02:21PM   5        BUT THE OTHER SCIENTISTS WHO WORKED ON THE DEVELOPMENT OF

02:21PM   6   THE ASSAYS, THEY DIDN'T COME AND TESTIFY AT ALL ABOUT WHAT THEY

02:21PM   7   BELIEVED THE CAPABILITIES OF THERANOS'S TECHNOLOGY WAS.

02:22PM   8        SO IT WAS NOT UNTIL DOCUMENTS WERE INTRODUCED DURING

02:22PM   9   MS. HOLMES'S TESTIMONY THAT YOU REALLY BEGAN TO SEE WHAT THE

02:22PM   10   BELIEFS WERE OF THE ENGINEERS AND THE SCIENTISTS WITHIN

02:22PM   11   THERANOS AS TO WHAT THE COMPANY BELIEVED IT WAS CAPABLE OF

02:22PM   12   TECHNOLOGICALLY.

02:22PM   13        AND LET ME LOOK A LITTLE BIT AT THE TECHNOLOGY HERE, WHICH

02:22PM   14   IS THE DRAWING OF THE 4.0 SYSTEM THAT I SHOWED YOU.  LOOK AT

02:22PM   15   ALL OF THE NAMES OF PEOPLE THAT YOU'VE SEEN ON DOCUMENTS THAT

02:22PM   16   SURROUND THIS TECHNOLOGY.  THESE ARE THE NAMES OF PEOPLE WHO

02:22PM   17   APPEAR ON DOCUMENTS IN THE CASE AS CONTRIBUTING TO BUILDING

02:22PM   18   THIS SYSTEM.

02:22PM   19        AND I THINK YOU WILL CONFIRM WHEN YOU REVIEW THAT THAT THE

02:22PM   20   ONLY WITNESS WHO CAME AND TESTIFIED WAS MS. GANGAKHEDKAR.

02:22PM   21        BUT THAT DOESN'T LEAVE US COMPLETELY IGNORANT AS TO WHAT

02:22PM   22   THEY THOUGHT.  AND LET ME SHOW YOU FROM 2008 FORWARD WHAT

02:23PM   23   MS. HOLMES WAS TOLD.

02:23PM   24        FIRST, AS YOU KNOW, THERE WAS A 3.0 SERIES BEFORE THERE

02:23PM   25   WAS A 4.0 SERIES.  AND THAT'S THE DEVICE THAT WAS USED IN

02:23PM  1    CONNECTION WITH, FOR EXAMPLE, PHARMACEUTICAL COMPANIES.

02:23PM  2        AND IN CONNECTION WITH THAT, YOU SEE HERE THE REPORTS

02:23PM  3    BEGAN TO COME IN TO MS. HOLMES IN CONNECTION WITH THE PROJECTS

02:23PM  4    THAT THE COMPANY WAS DOING, THAT THE PERFORMANCE DESIGN GOALS

02:23PM  5    WERE BEING DEMONSTRATED IN THE WORK THAT THERANOS WAS DOING.

02:23PM  6        THE SYSTEM WAS BEING EVALUATED AT SEVERAL SITES, AND THAT

02:23PM  7    THE RESULTS WERE EXCELLENT.

02:23PM  8        THAT'S WHAT MS. HOLMES WAS TOLD ABOUT THE 3.0 DEVICE AND

02:23PM  9    ITS PERFORMANCE DURING THE COURSE OF THE YEARS 2008 TO 2013.

02:23PM  10       AND THIS IS THE OUTSET.  THAT'S THE 3.0 DEVICE.

02:23PM  11       NOW, THAT 3.0 DEVICE ITSELF HAD A LOT OF CAPACITY.  IT

02:24PM  12   COULDN'T DO EVERY BLOOD TEST.  IT COULD ONLY DO SOME BLOOD

02:24PM  13   TESTS.  IT COULD DO THE CLASS OF BLOOD TESTS OR THE METHOD OF

02:24PM  14   BLOOD TESTING CALLED THE IMMUNOASSAYS.  AND YOU'VE HEARD THAT

02:24PM  15   TERM THROUGHOUT THE COURSE OF THE CASE.

02:24PM  16       I WANT YOU TO BEAR IN MIND THAT THE 3 SYSTEM WAS DOING

02:24PM  17   IMMUNOASSAYS AS WE GO FORWARD AND LOOK AT SOME OF THE

02:24PM  18   REPRESENTATIONS TO INVESTORS.

02:24PM  19       BUT DESPITE ITS LIMITATIONS IN METHOD, IT PERFORMED VERY

02:24PM  20   WELL.  IT WAS PART OF -- IT WAS DEPLOYED AND USED AS PART OF

02:24PM  21   CLINICAL STUDIES.  YOU SAW EVIDENCE ABOUT THE ARMY BURN STUDY.

02:24PM  22   YOU SAW THE EVIDENCE ABOUT THE PERFORMANCE WITH STANFORD

02:24PM  23   UNIVERSITY CONDUCTED A STUDY.

02:24PM  24       THE REPORTS THAT MS. HOLMES GOT DURING THAT WINDOW WAS

02:24PM  25   THAT THIS TECHNOLOGY, ALTHOUGH IT'S LIMITED TO ONE CLASS, IS

CLOSING ARGUMENT BY MR. DOWNEY

02:24PM 1    EFFECTIVE.

02:24PM 2         AND THEN IN 2009, LADIES AND GENTLEMEN, WHAT THE EVIDENCE

02:24PM 3    SHOWED YOU IS THAT THE ENGINEERS AND SCIENTISTS AT THERANOS

02:25PM 4    BEGAN TO THINK, WE COULD DO MORE THAN THIS.  WE COULD DO

02:25PM 5    MULTIPLE METHODS OF BLOOD TESTING.  AND IF WE COULD COMBINE THE

02:25PM 6    RIGHT METHODS OF BLOOD TESTING, THEN WE CAN PERFORM THE SAME

02:25PM 7    KINDS OF TESTS THAT ARE PERFORMED BY A CONVENTIONAL LAB.

02:25PM 8         BUT CONVENTIONAL LABS CAN'T PERFORM THOSE TESTS AT THE

02:25PM 9    POINT OF CARE.  THEY CAN'T DO THEM IN A RETAIL STORE.  THEY

02:25PM 10   CAN'T DO THEM IN A DOCTOR'S OFFICE WITHOUT BEING SENT TO A

02:25PM 11   CENTRAL LABORATORY.

02:25PM 12        AND IN EARLY 2010, AS MS. HOLMES TOLD YOU, AND THESE

02:25PM 13   DOCUMENTS REFLECT, MS. HOLMES WAS TOLD THAT THE RESULTS OF THAT

02:25PM 14   EFFORT TO DEVELOP THAT TECHNOLOGY HAD BEEN SUCCESSFUL.

02:25PM 15        I'D LIKE TO ASK YOU TO FOCUS IN PARTICULAR ON THIS

02:25PM 16   EXHIBIT, EXHIBIT 7098, WHICH IS THE REPORT THAT WAS WIDELY

02:25PM 17   CIRCULATED AMONGST THE SCIENTIFIC AND ENGINEERING TEAMS AT

02:26PM 18   THERANOS, AND SHARED WITH MS. HOLMES AS ATTACHED TO THIS

02:26PM 19   EXHIBIT.

02:26PM 20        IN THIS DOCUMENT DR. GIBBONS, WHO WAS LEADING ASSAYS AT

02:26PM 21   THAT TIME, REPORTS THAT THE 4.0 SYSTEM WILL BE CAPABLE OF

02:26PM 22   PERFORMING ANY MEASUREMENT, ANY MEASUREMENT REQUIRED IN A

02:26PM 23   DISTRIBUTED TEST SETTING.

02:26PM 24        HE THEN GOES ON TO TALK ABOUT HOW THAT WILL BE DONE,

02:26PM 25   DIFFERENT FORMS OF TECHNOLOGY ARE GOING TO BE USED, AND THAT

02:26PM 1    THIS WILL BE OPEN ARCHITECTURE, MEANING THAT MORE ASSAYS CAN BE

02:26PM 2    ADDED TO IT OVER TIME AS THE ASSAYS ARE DEVELOPED.

02:26PM 3        MS. HOLMES WAS TOLD THAT ABOUT THE 4.0 SYSTEM AS EARLY AS

02:26PM 4    4.0 -- AS EARLY AS 2010.

02:26PM 5        NOW, YOU HAVE TO BEAR IN MIND THOSE REPRESENTATIONS TO

02:26PM 6    MS. HOLMES AS YOU ASK ABOUT WHY WAS SHE TALKING IN THE WAY THAT

02:26PM 7    SHE WAS TALKING EXTERNALLY ABOUT THE CAPACITIES OF THERANOS'S

02:26PM 8    TECHNOLOGY.

02:26PM 9        NOW, OVER THE COURSE OF TIME AFTER THE 4.0 SYSTEM WAS

02:27PM 10   DEVELOPED, IT WASN'T JUST THAT THE TECHNOLOGIES WERE COMBINED

02:27PM 11   TO ALLOW THEM TO DO THIS, TO GIVE THEM THE CAPABILITY TO DO

02:27PM 12   EVERY BLOOD TEST, BUT ACTUALLY IN THE RESEARCH AND DEVELOPMENT

02:27PM 13   LAB AT THERANOS, HUNDREDS AND HUNDREDS OF ASSAYS WERE

02:27PM 14   VALIDATED.

02:27PM 15       WHEN MS. GANGAKHEDKAR TESTIFIED BACK IN SEPTEMBER, SHE

02:27PM 16   TOLD YOU THAT THEY HAD VALIDATED 300 PROPRIETARY ASSAYS WITHIN

02:27PM 17   THE ASSAY TEAM IN THE RESEARCH AND DEVELOPMENT FUNCTION.

02:27PM 18       SO THEY THOUGHT THEY HAD A SYSTEM.  THEY THOUGHT THEY HAD

02:27PM 19   300 VALID ASSAYS THAT THEY COULD PERFORM.

02:27PM 20       THEY ALSO CAME TO UNDERSTAND THAT NOT ONLY HAD THEY

02:27PM 21   VALIDATED THEM FOR R&D PURPOSES, BUT THEY WOULD BE ABLE, WITH

02:28PM 22   THESE 300 ASSAYS, TO VALIDATE THEM ON A VERY QUICK BASIS WHEN

02:28PM 23   THEY TOOK THEM INTO THE CLIA LAB.

02:28PM 24       NOW, YOU'VE HEARD THAT THAT DIDN'T HAPPEN AND THERE WERE

02:28PM 25   DIFFICULTIES IN CONNECTION WITH THE 3 SYSTEM VALIDATING ASSAYS.

02:28PM  1        BUT THEY BELIEVED THAT WITH RESPECT TO THE ASSAYS THAT

02:28PM  2    THEY HAD DEVELOPED FOR THE 4 SYSTEM, THEY COULD BE VALIDATED

02:28PM  3    VERY QUICKLY.

02:28PM  4        IN THIS REPORT AT EXHIBIT 7329, DR. PANGARKAR REPORTED TO

02:28PM  5    MS. HOLMES THAT THEY -- IF YOU LOOK AT THE BULLET POINT, HE'S

02:28PM  6    REPORTING ON THE NUMBERS OF ASSAYS THAT THEY HAVE VALIDATED.

02:28PM  7        AND IN THE LAST BULLET POINT HE REPORTS TO MS. HOLMES, OUR

02:28PM  8    ASSAYS GIVE RESULTS THAT AGREE WITH PREDICATE METHODS WITHIN

02:28PM  9    CLIA PRESCRIBED LIMITS.

02:28PM 10        YOU'VE HEARD A LOT OF DISCUSSION ABOUT THE FOUR DIFFERENT

02:29PM 11    METHODS, AND I'M NOT GOING TO TAKE YOU THROUGH THIS, BUT I DO

02:29PM 12    WANT YOU TO TAKE DOWN THE EXHIBIT NUMBERS BECAUSE I DID SHOW

02:29PM 13    YOU, THROUGH MS. HOLMES'S TESTIMONY, REPORTS OF EVERY FORM OF

02:29PM 14    TECHNOLOGY THAT MS. HOLMES WAS GETTING AS TO ITS PROGRESS AND

02:29PM 15    HOW COMPLETE IT WAS.  THESE ARE EXHIBITS 7239, 7286, 7297,

02:29PM 16    7222, AND 7315.

02:29PM 17        ACROSS THOSE IN THE YEARS 2011, '12, AND '13, SHE WAS

02:29PM 18    RECEIVING REGULAR REPORTS THAT THESE ASSAYS ARE READY AND WILL

02:29PM 19    BE CAPABLE OF PERFORMING BLOOD TESTS ON THE 4.0 SERIES.

02:29PM 20        SHE WAS ALSO TOLD THAT BY THE TIME THE PROCESS WAS DONE,

02:29PM 21    MORE THAN 3,000 -- MORE THAN 1,000 CPT CODES WOULD BE COVERED

02:29PM 22    BY THE ASSAYS THAT WOULD BE VALIDATED.

02:29PM 23        FROM ALL OF THIS, WHAT DID MS. HOLMES TAKE AWAY?

02:29PM 24        WELL, SHE TOOK AWAY THAT THERANOS HAD A TECHNOLOGY.  THAT

02:30PM 25    THE TECHNOLOGY HAD THIS CAPACITY.  AND WHEN SHE TALKED ABOUT IT

02:30PM 1    TO WHATEVER AUDIENCE, SHE WAS REPRESENTING WHAT WAS HAPPENING

02:30PM 2    INTERNALLY AT THERANOS.

02:30PM 3        IT'S VERY DIFFICULT TO EVALUATE THAT WITHOUT HEARING FROM

02:30PM 4    THE SCIENTISTS AND ENGINEERS WHO WORKED ON DEVELOPING IT WITH

02:30PM 5    HER.

02:30PM 6        AT THE TIME OF THE LAUNCH, MR. SCHENK SHOWED YOU THIS

02:30PM 7    MORNING SOME DOCUMENTS THAT REFLECTED THAT CERTAIN NUMBERS OF

02:30PM 8    ASSAYS HAD BEEN VALIDATED.

02:30PM 9        YOU'LL RECALL THAT THE POINT OF HIS PRESENTATION WAS THAT

02:30PM 10   WHEN THERE WAS A LAUNCH IN 2013, THAT THE NUMBER OF ASSAYS IN

02:30PM 11   VARIOUS GROUPS WAS EITHER ZERO OR A SMALL NUMBER THAT HAD BEEN

02:30PM 12   VALIDATED.

02:30PM 13       BUT AT THE SAME TIME THAT MS. HOLMES WAS TOLD THAT, SHE

02:30PM 14   WAS TOLD THAT 200 PROPRIETARY TESTS WOULD BE VALIDATED AND

02:30PM 15   WOULD BE PART OF THE LAUNCH MENU.

02:30PM 16       SHE'S TOLD THAT HERE BY DR. YOUNG ON AUGUST 19TH, 2013,

02:31PM 17   ALMOST AT THE SAME TIME THAT THEY'RE REPORTING ON THE STATUS OF

02:31PM 18   THOSE CLINICAL VALIDATIONS.

02:31PM 19       SO MS. HOLMES WAS LIVING PRINCIPALLY IN A WORLD WITHIN

02:31PM 20   THERANOS FOCUSSED ON RESEARCH AND DEVELOPMENT, AND IN THAT

02:31PM 21   RESEARCH AND DEVELOPMENT FUNCTION AT THERANOS, THEY THOUGHT

02:31PM 22   THAT THEY HAD INVENTED A TECHNOLOGY WITH MASSIVE CAPABILITY,

02:31PM 23   AND MS. HOLMES WAS TELLING THE WORLD ABOUT THAT.

02:31PM 24       LET ME FOCUS ALSO ON THE FEEDBACK THAT THERANOS GOT FROM

02:31PM 25   OUTSIDERS DURING THE TIME PERIOD THAT THE CONSPIRACY COVERS.

CLOSING ARGUMENT BY MR. DOWNEY

02:31PM 1    LET'S LOOK FIRST JUST VERY BASICALLY AT A HUMAN LEVEL, THE

02:31PM 2    FEEDBACK THAT MS. HOLMES GETS FROM PEOPLE SHE REALLY RESPECTS

02:31PM 3    ABOUT WHAT THERANOS'S TECHNOLOGY IS CAPABLE OF DOING, BUT LET'S

02:31PM 4    NOT DO IT IN CONNECTION WITH HER TESTIMONY ABOUT CONVERSATIONS

02:32PM 5    THAT SHE HAD, BUT IN CONNECTION WITH THE TESTIMONY OF OTHERS

02:32PM 6    WHO INTERACTED WITH THE SAME PEOPLE SHE WAS INTERACTING WITH.

02:32PM 7    YOU'LL RECALL THAT BRIAN GROSSMAN, WHO WAS THE PRINCIPAL

02:32PM 8    OF PFM, ONE OF THE INVESTORS, TESTIFIED THAT HE WANTED TO

02:32PM 9    UNDERSTAND THE TECHNOLOGY, AND THAT ACTUALLY, WITHOUT

02:32PM 10   MS. HOLMES'S KNOWLEDGE, HE REACHED OUT TO HER MENTOR,

02:32PM 11   CHANNING ROBERTSON.

02:32PM 12   AND RECALL WHAT CHANNING ROBERTSON IS REPORTED TO HAVE

02:32PM 13   SAID ABOUT THE TECHNOLOGY, THAT THERE WAS NOT ANY TECHNICAL

02:32PM 14   RISK IN THEIR CORE TECHNOLOGY, AND THAT THERE WAS NOTHING THE

02:32PM 15   TECHNOLOGY COULDN'T DO.

02:32PM 16   THAT TYPE OF REVIEW WAS SIMILAR, I MENTIONED TO YOU THIS

02:32PM 17   MORNING, OR EARLIER TODAY, THEY SENT THE TECHNOLOGY TO GSK AND

02:32PM 18   IT VALIDATED IT AND SAID IT WOULD ELIMINATE THE NEED FOR A LAB.

02:32PM 19   THEY HAD POSITIVE FEEDBACK IN THEIR PARTNERSHIP WITH THE

02:33PM 20   MAYO CLINIC WHERE DEVICES WERE DEPLOYED AT THE MAYO CLINIC AND

02:33PM 21   USED AND COMMENTS OF THE PHYSICIANS PARTICIPATING IN THOSE

02:33PM 22   PROGRAMS WERE VERY POSSIBLE.

02:33PM 23   AND YOU'LL READ, AS PART OF THIS ARTICLE THAT THE

02:33PM 24   GOVERNMENT HAS BEEN MENTIONING BY MR. PARLOFF, WHAT A NUMBER OF

02:33PM 25   OTHER MEDICAL EXPERTS SAID ABOUT THERANOS'S TECHNOLOGY DURING

02:33PM   1    THE PERIOD OF THE SUPPOSED CONSPIRACY.

02:33PM   2         I THINK WHAT YOU WILL SEE UPON REVIEW OF THOSE, AND

02:33PM   3    PARTICULARLY THE INTERNAL DOCUMENTS WRITTEN BY WITNESSES YOU

02:33PM   4    DID NOT HEAR FROM, THAT THERE WAS A STRONG BELIEF THAT THIS

02:33PM   5    TECHNOLOGY HAD THE CAPABILITY TO PERFORM A BROAD RANGE OF

02:33PM   6    TESTING.

02:33PM   7         IT'S ALSO TRUE, AND YOU'LL LEARN IN CONNECTION WITH THE

02:33PM   8    PARTNERSHIP BETWEEN THERANOS AND WALGREENS, YOU'VE LEARNED THAT

02:33PM   9    WALGREENS ASKED JOHNS HOPKINS, MAYBE THE -- CERTAINLY ONE OF

02:33PM   10   THE TOP TEN MEDICAL FACILITIES IN THE UNITED STATES, TO LOOK AT

02:34PM   11   THE TECHNOLOGY.

02:34PM   12        NOW, I VIEW THIS NOT SO MUCH THROUGH THE LENS OF WHAT DID

02:34PM   13   JOHNS HOPKINS SAY ABOUT THE TECHNOLOGY.  YOU KNOW IT WAS

02:34PM   14   POSITIVE THINGS.

02:34PM   15        BUT I ALSO WANT YOU TO THINK ABOUT IT FROM THE PERSPECTIVE

02:34PM   16   OF WHAT DOES IT SAY ABOUT MS. HOLMES, THAT SHE WAS WILLING TO

02:34PM   17   TAKE THE TECHNOLOGY TO AN INSTITUTION LIKE JOHNS HOPKINS AND

02:34PM   18   HAVE IT EVALUATED?

02:34PM   19        WE KNOW WHAT THE WRITTEN RECORD REFLECTS AS TO WHAT

02:34PM   20   JOHNS HOPKINS'S IMPRESSIONS WERE.  THEY SAID -- YOU KNOW, THEY

02:34PM   21   WERE ASKED, AS PART OF WHAT THEY WERE BEING TASKED TO DO, TO

02:34PM   22   COMMENT ON THE VALIDITY AND THE USEFULNESS OF THERANOS'S

02:34PM   23   TECHNOLOGY, AND THEY CONCLUDED THAT THE TECHNOLOGY WAS NOVEL

02:34PM   24   AND SOUND, THAT IT COULD REPLACE A CENTRAL LAB, AND THAT IT

02:34PM   25   DIDN'T HAVE ANY MAJOR WEAKNESSES.

CLOSING ARGUMENT BY MR. DOWNEY

02:34PM 1          THAT SAYS A LOT ABOUT THE TECHNOLOGY, BUT WHAT DOES IT SAY

02:35PM 2     ABOUT MS. HOLMES?

02:35PM 3          SHE WASN'T AFRAID TO HAVE THIS TECHNOLOGY VALIDATED.

02:35PM 4          SIMILARLY, IN CONNECTION WITH THE PARTNERSHIP WITH

02:35PM 5     SAFEWAY, YOU LEARNED THAT SAFEWAY DID NOT WANT TO PROCEED WITH

02:35PM 6     THE PARTNERSHIP WITH THERANOS UNLESS ONE OF THE LEADING

02:35PM 7     CLINICAL RESEARCHERS OF THE LAST 50 YEARS HAD THE OPPORTUNITY

02:35PM 8     TO LEAD A GROUP THAT EVALUATED THE TECHNOLOGY,

02:35PM 9     DR. SUE DESMOND-HELLMANN.

02:35PM 10          MS. HOLMES WASN'T AFRAID TO SUBMIT THE DATA THAT

02:35PM 11    MS. HOLMES HAD PREPARED, OR TO SUBMIT THE TECHNOLOGY FOR

02:35PM 12    REVIEW, INCLUDING DR. DESMOND-HELLMANN PERSONALLY.

02:35PM 13          THAT SAYS THAT SHE THOUGHT THE TECHNOLOGY MATCHED WHAT SHE

02:35PM 14    WAS SAYING ABOUT THE TECHNOLOGY CERTAINLY TO WALGREENS,

02:35PM 15    SAFEWAY, BUT ALSO SUBSEQUENTLY TO OTHERS.

02:35PM 16          NOW, I WANT TO TALK LAST, IN YOUR EVALUATION OF

02:35PM 17    MS. HOLMES'S INTENT, ABOUT WHAT HAPPENED AFTER PROBLEMS WERE

02:35PM 18    IDENTIFIED BY CMS IN CONNECTION WITH THERANOS'S CLINICAL

02:36PM 19    LABORATORY OPERATIONS AND HOW SHE REACTED, WHAT THOSE REACTIONS

02:36PM 20    MEAN AND WHAT THEY SHOULD LEAD YOU TO CONCLUDE WITH RESPECT TO

02:36PM 21    WHAT MS. HOLMES HAS BEEN CHARGED WITH HERE.

02:36PM 22          WELL, ONE OF THE FIRST THINGS THAT MS. HOLMES DID, ONE OF

02:36PM 23    THE FIRST THINGS WAS TO ASK A LARGE GROUP OF NATIONAL

02:36PM 24    SCIENTISTS, INCLUDING CLINICAL LABORATORY EXPERTS, TO COME TO

02:36PM 25    THERANOS AND EVALUATE THE TECHNOLOGY, THE DATA, THE TECHNOLOGY

02:36PM  1    ITSELF.

02:36PM  2        WHAT DID THEY THINK WAS WRONG WITH THE TECHNOLOGY?  WHAT

02:36PM  3    DID THEY THINK SHOULD BE DONE IN REACTION TO THE FINDINGS OF

02:36PM  4    CMS?

02:36PM  5        AND YOU SAW SOME OF THAT.  THAT WAS IN CONNECTION WITH THE

02:36PM  6    SCIENTIFIC AND MEDICAL ADVISORY BOARD.  WE WENT THROUGH THAT

02:36PM  7    AND WE LOOKED AT SOME OF THOSE EMAILS.

02:36PM  8        BUT SHE WAS NOT JUST ASKING HER INTERNAL PEOPLE TO

02:37PM  9    EVALUATE WHAT HAPPENED.  SHE WANTED TO KNOW THE VIEWS OF PEOPLE

02:37PM  10   LIKE THE JOHNS HOPKINS SCIENTISTS WHO HAD DONE THE ORIGINAL

02:37PM  11   REVIEW.

02:37PM  12       AND SHE ASKED THE BOARD MEMBER WITH THE MOST KNOWLEDGE OF

02:37PM  13   CLINICAL MEDICINE, DR. FOEGE, WHO WAS THE FORMER DIRECTOR OF

02:37PM  14   THE CENTER OF DISEASE CONTROL, TO LEAD THESE EFFORTS TO

02:37PM  15   EVALUATE WHAT THE RESPONSE SHOULD BE.

02:37PM  16       IT'S HARD TO SEE HOW SOMEONE ACTING WITH BAD INTENT WOULD

02:37PM  17   UNDERTAKE THOSE STEPS IN RESPONSE TO THE TYPE OF CRITICISM THAT

02:37PM  18   SHE WAS SUFFERING.

02:37PM  19       NOW, CONSIDER ALSO WITH RESPECT TO HER RESPONSE THE ROLE

02:37PM  20   OF DR. DAS.  YOU HEARD MR. SCHENK TALK ABOUT DR. DAS TODAY AND

02:37PM  21   HIS CONCLUSIONS AND SO FORTH.

02:38PM  22       AND HE SAID TO YOU THAT WHAT DR. DAS DID AND WHAT

02:38PM  23   MS. HOLMES'S REACTION WAS TO WHAT DR. DAS DID, THAT THAT WAS

02:38PM  24   EVIDENCE OF NOTICE TO MS. HOLMES OF AN ISSUE.

02:38PM  25       AND THAT'S TRUE, DR. DAS DID COME TO MS. HOLMES IN MARCH

02:38PM   1    OF 2016 AND SAY THAT, I THINK LAB RESULTS GENERATED IN

02:38PM   2    CONNECTION WITH THE 3 SERIES DEVICE IN THE CLINICAL LAB AT

02:38PM   3    THERANOS SHOULD BE VOIDED.

02:38PM   4         AND WHAT DID MS. HOLMES DO IN RESPONSE TO THAT?  HOW LONG

02:38PM   5    DID IT TAKE HER TO REACT TO THAT BY VOIDING ALL OF THE TESTS IN

02:38PM   6    THE CLINICAL LAB THAT HAD BEEN RUN ON THE EDISON DEVICE?  NO

02:38PM   7    TIME AT ALL.  SHE TURNED ON A DIME.

02:38PM   8         AND YOU KNOW WHY SHE HAD DONE THAT?  BECAUSE, AS WE'LL

02:38PM   9    DISCUSS IN CONNECTION WITH THE LAB, SHE DIDN'T ASK DR. DAS TO

02:38PM  10    COME IN AND TELL HER WHAT SHE WANTED TO HEAR.  SHE ASKED

02:39PM  11    DR. DAS TO COME IN, AND AS HE TESTIFIED, TURN OVER EVERY ROCK,

02:39PM  12    TURN OVER EVERY ROCK.

02:39PM  13         AND DR. DAS CONCLUDED, AS PART OF THAT PROCESS, THAT STEP

02:39PM  14    SHOULD BE TAKEN, AND SHE REACTED BY DOING EXACTLY WHAT HE HAD

02:39PM  15    ADVISED.

02:39PM  16         RECALL ALSO THAT AFTER THAT TIME, THE COMPANY RESTRUCTURED

02:39PM  17    ITSELF.  YOU HEARD FROM DR. BONANNI, AND DR. BONANNI TESTIFIED

02:39PM  18    THAT HE UNDERTOOK A WIDE RANGE OF REFORMS IN THE STRUCTURE OF

02:39PM  19    THE COMPANY, THE COMPLIANCE PROCEDURES, THE SYSTEMS FOR

02:39PM  20    EVALUATING TECHNOLOGY, AND HE DESCRIBED THOSE AS MAJOR EFFORTS.

02:39PM  21         AND HE SAID THIS WAS MS. HOLMES'S FOCUS IN RESPONSE TO THE

02:39PM  22    CRITICISM THAT THE COMPANY HAD SUFFERED.

02:39PM  23         NOW, WE ALSO HEARD, DURING THE COURSE OF THE GOVERNMENT'S

02:39PM  24    CASE, A PRESENTATION THAT WOULD HAVE LED ME TO BELIEVE THAT

02:39PM  25    THERANOS WAS TRYING TO HIDE FROM THIRD PARTY REVIEW OF ITS

02:40PM 1   TECHNOLOGY IN CONNECTION WITH PEER REVIEW OR EVALUATION BY

02:40PM 2   OTHERS, AND THAT IT WAS NEVER ABLE TO SUCCESSFULLY CONCLUDE AN

02:40PM 3   EFFORT LIKE THAT, AND PERHAPS NEVER EVEN ABLE TO UNDERTAKE AN

02:40PM 4   EFFORT LIKE THAT.

02:40PM 5       WITNESSES WHO TESTIFIED ABOUT THAT -- GENERAL MATTIS

02:40PM 6   ACTUALLY MENTIONED IT IN PASSING, AS DID MR. EDLIN.

02:40PM 7       LADIES AND GENTLEMEN, THAT'S NOT TRUE.  THOSE WITNESSES

02:40PM 8   DON'T KNOW WHAT HAPPENED BECAUSE THEY WEREN'T THERE THE

02:40PM 9   FOLLOWING YEAR WHEN, AS I SHOWED YOU DURING THE COURSE OF

02:40PM 10  MS. HOLMES'S DIRECT, SEVERAL PEER REVIEW ARTICLES WERE

02:40PM 11  PUBLISHED.  THERE WAS DATA AND RESEARCH SUBMITTED FOR PEER

02:40PM 12  REVIEW.  AND THE EXHIBIT NUMBERS ARE REFLECTED THERE.

02:40PM 13      NOW, AGAIN I SAY, WHAT IS THE QUALITY OF THE GOVERNMENT'S

02:41PM 14  EVIDENCE ON THAT INTENT POINT?

02:41PM 15      YOU DID NOT HEAR IN THE GOVERNMENT'S CASE FROM THE

02:41PM 16  INDIVIDUALS WHO PARTICIPATED WITH THE TECHNOLOGY IN SUBMITTING

02:41PM 17  IT FOR THESE PEER REVIEWS FOR EVALUATION, ET CETERA.

02:41PM 18      YOU HEARD FROM TWO WITNESSES WHO LEFT AND STOPPED THEIR

02:41PM 19  INVOLVEMENT WITH THE COMPANY BEFORE THOSE PEER REVIEW ARTICLES

02:41PM 20  WERE PUBLISHED.  THOSE WERE THE WITNESSES WHO WERE ASKED BY THE

02:41PM 21  GOVERNMENT ABOUT THE PROCESS OF GAINING PEER REVIEW FOR

02:41PM 22  THERANOS TECHNOLOGY AFTERWARDS.

02:41PM 23      CONSIDER THAT IN EVALUATING WHETHER YOU SHOULD HAVE A

02:41PM 24  REASONABLE DOUBT AS TO THE EVIDENCE THAT THE GOVERNMENT HAS

02:41PM 25  PROVIDED YOU WITH.

02:41PM  1       NOW, WE TALKED A LITTLE BIT AGO ABOUT WHAT EFFECT DOES ALL

02:41PM  2  OF THIS EVIDENCE HAVE IN YOUR PERCEPTION OF THE UNDERLYING

02:41PM  3  OFFENSES?

02:41PM  4       WELL, AT THE END OF THE DAY, THE QUESTION YOU'RE REALLY

02:41PM  5  ASKING YOURSELF IS, WHAT WAS MS. HOLMES'S INTENT?  WAS SHE

02:42PM  6  TRYING TO DEFRAUD PEOPLE?  DID SHE BELIEVE IN GOOD FAITH IN HER

02:42PM  7  TECHNOLOGY?  DID SHE RESPOND TO EVENTS IN A WAY THAT SUGGESTS

02:42PM  8  SHE KNEW SHE HAD BEEN CAUGHT?

02:42PM  9       I WOULD SAY TO YOU, LADIES AND GENTLEMEN, THAT THIS

02:42PM 10  EVIDENCE, TAKEN IN AGGREGATE, SAYS TO YOU THE FOLLOWING:  SHE

02:42PM 11  BELIEVED THAT SHE HAD INVENTED A VERY VALID FORM OF TECHNOLOGY

02:42PM 12  THAT SHE WAS SUBMITTING TO THE FOOD AND DRUG ADMINISTRATION FOR

02:42PM 13  APPROVAL TO TAKE TO THE MARKET.

02:42PM 14       IT SAYS THAT SHE BELIEVED THAT OTHERS OUTSIDE OF THE

02:42PM 15  COMPANY SHARED THAT VIEW, AND SHE HAD NO FEAR OF SHOWING THAT

02:42PM 16  TECHNOLOGY TO PEOPLE OUTSIDE OF THE COMPANY.

02:42PM 17       AND IT SAYS TO YOU THAT AS SOON AS SOMEONE SAID, NO, THERE

02:42PM 18  ARE PROBLEMS HERE, HER REACTION WAS TO INVITE PEOPLE IN TO LOOK

02:42PM 19  FOR THOSE PROBLEMS AND ROOT THOSE PROBLEMS OUT.

02:42PM 20       THE QUESTION YOU WILL BE ASKING YOURSELF ULTIMATELY AS

02:42PM 21  PART OF DELIBERATION HERE IS, ARE THOSE THE ACTIONS OF SOMEONE

02:42PM 22  WHO HAD BEEN ENGAGED IN A CONSPIRACY TO DEFRAUD PEOPLE?

02:43PM 23       IF YOU FIND THAT THEY ARE NOT, THIS IS THE EFFECT ON YOUR

02:43PM 24  VERDICT FORM.

02:43PM 25       IF THE GOVERNMENT FAILS TO PROVE THAT ONE ELEMENT BEYOND A

02:43PM 1    REASONABLE DOUBT, THEN WITH RESPECT TO THE COUNTS THAT ARE IN

02:43PM 2    YOUR VERDICT FORM, YOU SHOULD RETURN A VERDICT OF NOT GUILTY.

02:43PM 3         NOW, HAVING REVIEWED THE EVIDENCE THAT I THINK ACCURATELY

02:43PM 4    REFLECTS WHAT MS. HOLMES'S INTENT WAS DURING THIS PERIOD, I

02:43PM 5    WANT TO TAKE A MOMENT TO LOOK AT THE EVIDENCE THAT THE

02:43PM 6    GOVERNMENT STRONGLY RELIED ON THROUGHOUT THE COURSE OF THE CASE

02:43PM 7    AND REALLY AS PART OF MR. SCHENK'S PRESENTATION OF EVIDENCE

02:43PM 8    THIS MORNING.

02:43PM 9         AND I THINK IT'S FAIR TO SAY THAT THE GOVERNMENT HAS FIVE,

02:43PM 10   SIX, SEVEN DIFFERENT AREAS THAT THEY'VE EMPHASIZED WHERE THEY

02:43PM 11   SAY THERE WAS A NONDISCLOSURE, OR THEY SAY THAT THERE WAS AN

02:44PM 12   OVERSTATEMENT, OR THEY SAY THAT THERE WAS SOME TYPE OF ACTIVITY

02:44PM 13   ON MS. HOLMES'S PART THAT WAS DESIGNED TO CONCEAL SOMETHING.

02:44PM 14        SO I WANT TO TAKE THOSE ONE BY ONE.

02:44PM 15        FIRST, YOU HEARD THIS MORNING FROM MR. SCHENK THAT

02:44PM 16   THERANOS DID NOT HAVE THE TESTING CAPABILITIES THAT MS. HOLMES

02:44PM 17   WAS PUBLICLY SAYING THAT IT HAD, AND HE PRESENTED THIS EVIDENCE

02:44PM 18   ACROSS A WIDE RANGE OF EMAILS AND TESTIMONY AND SO FORTH.

02:44PM 19        AND THE GIST OF IT WAS THAT MS. HOLMES FREQUENTLY SAID

02:44PM 20   FORMULATIONS LIKE WE CAN DO MORE THAN 1,000 LABORATORY TESTS,

02:44PM 21   WE CAN DO ANY LAB TEST, WE CAN DO ANY TEST AVAILABLE, ET

02:44PM 22   CETERA.

02:44PM 23        I HAVEN'T PUT EVERY ONE THAT MR. SCHENK MENTIONED, BUT I

02:44PM 24   THINK YOU GET THE GIST OF IT.  THAT IS THE STATEMENT THAT HE IS

02:44PM 25   VERY FOCUSSED ON.

CLOSING ARGUMENT BY MR. DOWNEY

02:44PM 1      NOW, HOW DO WE KNOW THAT MS. HOLMES ACTUALLY BELIEVED THAT

02:45PM 2  STATEMENT TO BE TRUE?

02:45PM 3      WELL, I'VE BEGUN TO TELL YOU THE STORY OF THE 4.0 SERIES,

02:45PM 4  AND I'LL TELL YOU IT MORE IN CONNECTION WITH THE PARTNERSHIP

02:45PM 5  WITH WALGREENS.

02:45PM 6      BUT YOU KNOW AS A BACKDROP THAT THERE WAS AN INVENTION AND

02:45PM 7  DEVELOPMENT OF TECHNOLOGY IN THERANOS THAT, AS OF 2013, HAD

02:45PM 8  BEEN GOING ON FOR YEARS WHERE PEOPLE IN THE COMPANY ARE WIDELY

02:45PM 9  TALKING ABOUT THE TECHNOLOGY AS HAVING THE CAPABILITY TO

02:45PM 10  PERFORM ANY BLOOD TEST.

02:45PM 11      HOW DOES THE GOVERNMENT TRY TO AVOID FOCUSSING ON THAT AS

02:45PM 12  PART OF ITS CASE?

02:45PM 13      IT FOCUSES ON WHAT WAS GOING ON IN THE CLINICAL LAB DURING

02:45PM 14  WHAT MS. HOLMES TOLD YOU SHE THOUGHT WOULD BE A VERY BRIEF

02:45PM 15  PERIOD BEFORE APPROVAL OF THE TECHNOLOGY AND SAYS THAT THERE

02:45PM 16  WERE DIFFICULTIES WITH THE 3.0 SERIES BECAUSE THE NUMBER OF

02:45PM 17  TESTS APPROVED IN CONNECTION WITH THAT WAS INSUFFICIENT.

02:45PM 18      NOW, IS THAT A PROBLEM THAT MS. HOLMES WAS NOT TRANSPARENT

02:46PM 19  ABOUT WITH OUTSIDERS WHEN THE ISSUE CAME UP?

02:46PM 20      WELL, LET'S LOOK AT WHAT HAPPENED IN HER EXCHANGES WITH

02:46PM 21  ROGER PARLOFF, PARTS OF WHICH WERE SHOWN TO YOU BY MR. SCHENK

02:46PM 22  THIS MORNING.

02:46PM 23      HERE IS HER EXCHANGE WITH MR. PARLOFF WHERE MR. PARLOFF IS

02:46PM 24  TRYING TO UNDERSTAND WHAT IS GOING ON IN CONNECTION WITH HOW

02:46PM 25  TESTS ARE OFFERED IN THERANOS SERVICE CENTERS AT THIS MOMENT.

02:46PM  1      AND HE ASKS HER A QUESTION ABOUT THAT.

02:46PM  2      AND SHE SAYS, WELL, WE HAVE VALIDATION REPORTS FOR THESE

02:46PM  3  TESTS THAT GO BACK MANY YEARS.  SHE'S REFERRING TO THE 300

02:46PM  4  VALIDATION REPORTS THAT YOU HAVE LEARNED ABOUT AS EVIDENCE IN

02:46PM  5  MS. HOLMES'S TESTIMONY.

02:46PM  6      AND THEN HE SAID ONE OF THE TESTS WE'RE GOING TO DO -- SHE

02:46PM  7  SAID ONE OF THE TESTS -- I THINK THAT'S ONE OF THE TESTS

02:47PM  8  THEY'RE GOING TO DO TODAY IS POTASSIUM, AND THE POTASSIUM

02:47PM  9  REPORT IS FROM I THINK 2012.  THAT'S TRUE FOR THE R&D

02:47PM  10  VALIDATION REPORT.

02:47PM  11     AND SHE SAYS, WE HAVE LOTS OF TESTS THAT WE HAVE VALIDATED

02:47PM  12  ON OUR SYSTEMS A LONG TIME AGO.

02:47PM  13     MR. PARLOFF SAYS, UH-HUH.

02:47PM  14     MS. HOLMES RESPONDS, BUT WE HAVEN'T BROUGHT INTO THE LAB

02:47PM  15  YET.  WE'RE CONTINUALLY BRINGING INTO THE LAB.

02:47PM  16     SHE SAYS, THESE TESTS ARE NOT PART OF OUR OFFERING IN THE

02:47PM  17  CLINICAL LAB.  WE HAVE NOT YET BEEN ABLE, AS THE TERMINOLOGY IS

02:47PM  18  USED BY ALL OF THE CLINICAL LAB PERSONNEL, WE HAVE NOT BROUGHT

02:47PM  19  THEM UP IN THE LAB.

02:47PM  20     AND THEN IF YOU GO TO THE NEXT PART, THE SYSTEMS CAN RUN

02:47PM  21  ALL OF THESE TESTS, BUT THE SPEED WITH WHICH WE BRING UP NEW

02:47PM  22  AND MORE FINGERSTICK TESTS IN OUR LAB IS SOMETHING THAT WE'RE

02:47PM  23  CONSTANTLY WORKING TO PUT MORE AND MORE ON THE PLATFORM.

02:47PM  24     THAT'S A PERFECT DEMONSTRATION OF HER UNDERSTANDING OF THE

02:48PM  25  TECHNOLOGY.  THE TECHNOLOGY HAS THE CAPABILITY, BUT OVER TIME

02:48PM   1    THEY WILL ADD TO THAT BY VALIDATING INDIVIDUAL ASSAYS.

02:48PM   2        NOW, IT'S ALSO THE CASE THAT THERE HAS BEEN SPECIFIC FOCUS

02:48PM   3    ON A NUMBER OF THERANOS'S CAPABILITIES AS THEY RELATE TO CPT

02:48PM   4    CODES, ET CETERA.

02:48PM   5        THIS IS REALLY A VERY SIMPLE ISSUE.  CPT CODES RELATE TO

02:48PM   6    BILLING NUMBERS.

02:48PM   7        THERE'S NOT EVEN EVIDENCE REALLY OF HOW MANY BLOOD TESTS

02:48PM   8    THERE ARE IN THE WORLD, BUT THERE HASN'T BEEN A LOT OF EVIDENCE

02:48PM   9    SUGGESTING THAT THE THOUSAND ASSAYS WOULD BE WANTED OR NEEDED

02:48PM  10    IN CONNECTION WITH OPERATING A STANDARD CLINICAL LAB.

02:48PM  11        A THOUSAND CPT CODES WERE PLANNED TO BE COVERED.

02:48PM  12        YOU SEE HERE DR. YOUNG REPORTED IN 2012 TO MS. HOLMES THAT

02:48PM  13    MORE THAN A THOUSAND WOULD BE ON THE LIST THAT WOULD BE

02:48PM  14    OFFERED.  THERE WERE ABOUT 116 THAT WOULDN'T BE OFFERED.

02:48PM  15        SO WHEN SHE USES THIS NUMBER A THOUSAND EXTERNALLY, SHE'S

02:49PM  16    REFERRING BACK TO HER CONVERSATIONS WITH DR. YOUNG ABOUT THAT.

02:49PM  17        THREE HUNDRED SAMPLES WERE VALIDATED.  YOU KNOW THAT.

02:49PM  18    SEVENTY ASSAYS, SMALL SAMPLE ASSAYS WERE USED IN THE CLIA

02:49PM  19    LABORATORY.  AND THEY THOUGHT, AS A RESULT OF REPORTING BY

02:49PM  20    DR. YOUNG, THAT 43 TESTS WOULD COVER 90 PERCENT OF RETAIL

02:49PM  21    ORDERS.

02:49PM  22        YOU LOOK AT THE STATEMENTS THAT MS. HOLMES MADE OVER TIME,

02:49PM  23    AND YOU SEE IF THEY'RE CONSISTENT WITH THAT.  AND I SUBMIT TO

02:49PM  24    YOU THEY WILL BE BECAUSE SHE IS TALKING ABOUT THE 4.0 DEVICE,

02:49PM  25    AND SHE IS TALKING ABOUT CAPACITIES THAT TIE BACK TO WHAT SHE

02:49PM   1      WAS BEING TOLD IN THE CLINICAL LAB.

02:49PM   2           NOW, THERE'S SOME SUGGESTION BY MR. SCHENK THAT, YOU KNOW,

02:49PM   3      THE DIFFERENCE BETWEEN TESTS AND CPT CODES DOESN'T MATTER.

02:49PM   4           I DON'T THINK THAT'S A FAIR CHARACTERIZATION.  INVESTORS

02:49PM   5      TESTIFIED IN THE CASE THAT THEY UNDERSTOOD THAT.

02:49PM   6           MR. GROSSMAN SAID -- WAS ASKED THAT AND HE SAID HE KNEW

02:50PM   7      THERE WAS A DIFFERENCE BETWEEN A CPT CODE AND A TEST.

02:50PM   8           AND MR. PARLOFF, IN HIS REPORTING, REPORTS THAT A THOUSAND

02:50PM   9      CPT CODES AS A THOUSAND TESTS, AND THAT'S BEEN FOCUSSED ON TO A

02:50PM  10      GREAT DEGREE BY THE GOVERNMENT.

02:50PM  11           BUT HOW DID THAT REALLY HAPPEN?

02:50PM  12           WELL, IT HAPPENED, AS WE'LL SEE IN A BIT, THAT MS. HOLMES

02:50PM  13      ACTUALLY TOLD MR. PARLOFF WE CAN DO A THOUSAND CPT CODES, BUT

02:50PM  14      HE TRANSLATED THAT IN HIS REPORTING INTO A THOUSAND TESTS.

02:50PM  15           NOW, THE SECOND CATEGORY OF STATEMENTS THAT THE GOVERNMENT

02:50PM  16      IS FOCUSSED ON IS STATEMENTS ABOUT ACCURACY AND AUTOMATION AND

02:50PM  17      HOW ACCURATE THERANOS'S TESTS WERE, AND HOW AUTOMATED

02:50PM  18      THERANOS'S TESTS WERE.  AND YOU'VE HEARD THAT AND YOU'VE HEARD

02:50PM  19      IT AGAIN THIS MORNING.

02:50PM  20           I WANT TO GIVE YOU A VERY SIMPLE AND CLEAR EXPLANATION OF

02:50PM  21      WHAT MS. HOLMES UNDERSTOOD ABOUT THE AUTOMATION OF THERANOS

02:51PM  22      TECHNOLOGY, BECAUSE WITHOUT ARGUING ABOUT WHAT ACCURACY IS

02:51PM  23      RETROSPECTIVELY, AS THE GOVERNMENT'S CASE DOES, WE KNOW WHAT

02:51PM  24      MS. HOLMES BELIEVED SHE WAS SAYING WHEN SHE SAID THERANOS'S

02:51PM  25      TECHNOLOGY WAS MORE ACCURATE.

02:51PM 1    SHE SAID THERE WERE TWO ASPECTS TO IT. RECALL THIS. THIS

02:51PM 2 WAS JUST INTRODUCED IN THE CASE DURING MS. HOLMES'S TESTIMONY

02:51PM 3 LAST WEEK.

02:51PM 4    A CLAIM IS BROUGHT UP BY TYLER SHULTZ AND HE SAYS, YOU'RE

02:51PM 5 SAYING YOU'RE MORE ACCURATE, BUT I DON'T THINK YOU'RE MORE

02:51PM 6 ACCURATE BASED ON MY ANALYSES.

02:51PM 7    MS. HOLMES COMMENTS ON HIS COMMENT AND SHE USES SCIENTIFIC

02:51PM 8 TERMINOLOGY IN RESPONSE TO THAT. SHE SAID, "ADD PRE-ANALYTICAL

02:51PM 9 ERROR AND VARIANCE POINT. THIS IS WHAT 'THE

02:51PM 10 WALL STREET JOURNAL' AND EVERYONE ELSE IS TALKING ABOUT BY THE

02:51PM 11 WORD 'ACCURACY.'"

02:51PM 12    SECOND ASPECT OF WHAT THEY MEAN BY THAT IS VARIABILITY

02:52PM 13 OVER TIME.

02:52PM 14    NOW, WHAT DOES THAT MEAN? WELL, SHE'S LINKING THE IDEA OF

02:52PM 15 AUTOMATION AND ACCURACY TO THE COMMENTS THAT SHE HAS MADE

02:52PM 16 PUBLICLY.

02:52PM 17    WHAT DO THOSE COMMENTS MEAN?

02:52PM 18    WELL, WHEN SHE TALKS ABOUT AUTOMATION, WHAT SHE'S TALKING

02:52PM 19 ABOUT IS THE CONCEPT THAT IN THE 4.0 SYSTEM, THERE WON'T BE,

02:52PM 20 FOR EXAMPLE, THE TRANSPORT OF SAMPLES BACK TO A CENTRALIZED

02:52PM 21 CLINICAL LAB.

02:52PM 22    THE TEST WILL BE RUN ON SITE.

02:52PM 23    THE ONLY HUMAN PARTICIPATION IN THOSE TESTS WILL BE

02:52PM 24 INSERTING THE SAMPLE INTO THE 4.0 DEVICE.

02:52PM 25    IN CONNECTION WITH THERANOS'S ACTIVITIES OVER TIME, THEY

02:52PM   1    TALKED ABOUT THIS CONCEPT A LOT.

02:52PM   2         YOU SEE HERE AN ARTICLE WAS SENT TO MS. HOLMES IN 2012

02:52PM   3    TALKING ABOUT THE HUMAN INTERVENTION WAS THE SOURCE OF ERROR.

02:53PM   4    AND THIS NUMBER IS USED A LOT INSIDE OF THE DOCUMENTS THAT YOU

02:53PM   5    SEE INSIDE OF THERANOS.

02:53PM   6         93 PERCENT OF TESTING ERRORS WERE BELIEVED TO COME FROM

02:53PM   7    HUMAN PARTICIPATION IN THE PROCESS OF BLOOD TESTING.

02:53PM   8         SO IF THE 4.0 SYSTEM WERE APPROVED AND PLACED AT THE SITE

02:53PM   9    OF TESTING, THOSE ERRORS WOULD PRESUMABLY BE ELIMINATED.

02:53PM  10         THAT IS WHAT MS. HOLMES WAS TALKING ABOUT WHEN SHE TALKED

02:53PM  11    TO REPORTERS.

02:53PM  12         HOW DO WE KNOW THAT?  WELL, IF YOU LOOK AT THE BACK AND

02:53PM  13    FORTH BETWEEN THERANOS AND "THE WALL STREET JOURNAL," BEFORE

02:53PM  14    "THE WALL STREET JOURNAL" ARTICLE WAS PUBLISHED IN SEPTEMBER OF

02:53PM  15    2013, THEY'RE ASKED, THEY TRANSMIT THROUGH GROW MARKETING,

02:53PM  16    WHICH AS YOU HEARD WAS MANAGING THERANOS'S RELATIONSHIP WITH

02:53PM  17    THE REPORTER, THEY'RE ASKING ABOUT, WHY ARE YOU USING THE

02:53PM  18    STATIC OF 93 PERCENT OF ERRORS, AND IS THERE A MORE RECENT

02:54PM  19    STATIC?

02:54PM  20         MS. HOLMES'S BROTHER RESPONDS AND HE CITES THE 1993

02:54PM  21    ARTICLE, BUT HE THEN GOES ON TO CITE OTHER ARTICLES TALKING

02:54PM  22    ABOUT THIS PRECISE CONCEPT.

02:54PM  23         THAT'S WHAT MS. HOLMES CLEARLY WAS TALKING ABOUT WHEN SHE

02:54PM  24    SPOKE, AND IT IS CLEAR FROM THE CONTEMPORANEOUS DOCUMENTS

02:54PM  25    THAT'S WHAT SHE UNDERSTOOD SHE WAS SAYING.

02:54PM 1      WHAT IS THE OTHER CONCEPT THAT SHE WAS TRYING TO CONVEY?

02:54PM 2      WELL, SHE MENTIONED IT IN THAT OTHER LITTLE COMMENT IN

02:54PM 3  RESPONSE TO TYLER SHULTZ.  SHE'S TALKING ABOUT VARIABILITY OVER

02:54PM 4  TIME.

02:54PM 5      WHAT DOES THAT MEAN?  WELL, WHAT THAT MEANS IS THAT

02:54PM 6  THERANOS WAS DESIGNING A PROCESS FOR THE MANUFACTURE OF ITS 4.0

02:54PM 7  DEVICES WHERE THEY WOULD BE WHAT IS CALLED CALIBRATED TO EACH

02:54PM 8  OTHER, SO THAT A DESIRE WOULD BE THAT EVERY 4.0 DEVICE WOULD

02:54PM 9  GENERATE RESULTS THAT WERE SIMILAR AND MEASURED IN THE SAME

02:55PM 10 RANGE AS EVERY OTHER DEVICE.

02:55PM 11     SO IF ONE WENT TO A THERANOS SERVICE CENTER OVER YEARS, IT

02:55PM 12 WOULD BE ABLE TO KEEP VERY GOOD TRACK OF WHERE YOUR SODIUM

02:55PM 13 LEVEL WAS AND OTHER NORMAL MEASUREMENTS THAT YOU TRY TO TAKE

02:55PM 14 ACCOUNT FOR.

02:55PM 15     IS THAT TRUE TODAY?  AS MS. HOLMES TESTIFIED, YOU MAY BE

02:55PM 16 SURPRISED TO LEARN THAT IT'S NOT.  WHEN YOU GET ONE BLOOD TEST,

02:55PM 17 IT MIGHT BE ON ONE FORM OF MACHINE.  WHEN YOU GET THE SECOND

02:55PM 18 BLOOD TEST, IT MIGHT BE ON A DIFFERENT FORM OF MACHINE, AND THE

02:55PM 19 COMPARISON OF THOSE TWO RESULTS MAY NOT BE AS MEANINGFUL AS YOU

02:55PM 20 THINK.

02:55PM 21     WHEN SHE TALKED ABOUT ACCURACY, SHE WAS TALKING ABOUT THIS

02:55PM 22 CONCEPT OF VARIATION AND THE VARIABILITY OF RESULTS OVER TIME.

02:55PM 23     AND WE SEE HERE, LEST THERE BE ANY DOUBT ABOUT WHAT SHE

02:55PM 24 WAS TALKING ABOUT, THIS CONCEPT WAS EXPLAINED IN THE SLIDE DECK

02:55PM 25 SENT TO MANY OF THE INVESTORS.  IT'S DONE THROUGH THE

02:56PM 1    STANDARDIZATION OF A SYSTEM AS THEY EMERGE OVER TIME.

02:56PM 2        LET'S TALK NEXT ABOUT SOME OF THE PARTICULAR ISSUES WHICH

02:56PM 3    WERE FOCUSSED ON BY MR. SCHENK THIS MORNING THAT APPEARED ON

02:56PM 4    THE WEBSITE.

02:56PM 5        MR. SCHENK QUESTIONS THE BASIS FOR THE REPRESENTATION THAT

02:56PM 6    APPEARED ON THE WEBSITE ABOUT THE COEFFICIENT OF VARIATION, AND

02:56PM 7    THE QUESTION IS, WHERE DID THIS COME FROM AND WHY DID

02:56PM 8    MS. HOLMES BELIEVE THAT THAT SLIDE, WHICH APPEARED AS MR. EDLIN

02:56PM 9    TESTIFIED AND AS APPEARS IN CERTAIN DECKS, WHY DID SHE BELIEVE

02:56PM 10   THAT WAS A VALID STATEMENT TO MAKE?

02:56PM 11       WELL, BECAUSE MR. EDLIN TALKED TO DR. YOUNG ABOUT IT, AND

02:56PM 12   HE CONVEYED WHAT THE ACCURATE SCIENCE WAS IN RESPONSE.

02:57PM 13       YOU SEE THAT HERE IN COMMENTARY BY DR. YOUNG IN RESPONSE

02:57PM 14   TO QUESTIONS SPECIFICALLY ON THE COEFFICIENT OF VARIATION WITH

02:57PM 15   RESPECT TO THE VITAMIN D RANGE.

02:57PM 16       ALSO, THERE WAS A QUESTION ABOUT HOW CAN YOU SAY YOUR

02:57PM 17   SAMPLES REMAIN FRESH AND YOU GET BETTER TESTS, THAT HAS BEEN

02:57PM 18   QUESTIONED BY THE GOVERNMENT DURING THE COURSE OF THE CASE, AND

02:57PM 19   THE EVIDENCE SHOWED YOU THAT FAR FROM BEING CAVALIER ABOUT

02:57PM 20   ADVICE THAT MS. HOLMES RECEIVED AS TO WHAT WAS SAID ON THE

02:57PM 21   WEBSITE, SHE REACTED TO IT IN A VERY PARTICULAR WAY.

02:57PM 22       SO LET'S LOOK AT THIS INTERACTION BETWEEN HER AND

02:57PM 23   DR. YOUNG WHERE DR. YOUNG WAS MAKING A PARTICULAR CLAIM BASED

02:57PM 24   ON A SET OF ASSUMPTIONS AS TO HOW LONG SAMPLES WERE STORED

02:57PM 25   WITHIN THE THERANOS LAB DURING THE TIME THAT IT WAS PHASE I AND

02:58PM  1    WHAT WAS THAT BEING COMPARED TO.

02:58PM  2         DR. YOUNG GAVE A NUMBER.  MS. HOLMES SAID, WELL, WHAT DOES

02:58PM  3    THAT MEAN IN TERMS OF WHETHER IT'S REFRIGERATED OR NOT?

02:58PM  4         DR. YOUNG RESPONDED, AND SHE CAME BACK AND SAID, WE SHOULD

02:58PM  5    REFLECT THAT WE'RE MAKING AN ACCURATE CLAIM.

02:58PM  6         SHE ACTUALLY WAS WITHIN THE COMPANY MONITORING WHAT THE

02:58PM  7    SCIENTISTS SAID AND MAKING SURE THAT THE ADDITIONS REFLECTED

02:58PM  8    ACCURATE INFORMATION.

02:58PM  9         SIMILARLY, MR. SCHENK FOCUSSED TODAY ON STATEMENTS ABOUT

02:58PM  10   SPEED.  THAT'S BEEN FOCUSSED ON THROUGHOUT THE CASE.  HOW CAN

02:58PM  11   YOU MAKE THESE CLAIMS ABOUT SPEED?

02:58PM  12        OF COURSE THOSE CLAIMS IN THE MAIN RELATED TO POINT OF

02:58PM  13   CARE SERVICE AS OPPOSED TO SERVICE IN A CLINICAL LAB.  THAT WAS

02:58PM  14   NO MYSTERY TO THE INVESTORS WITH WHOM MS. HOLMES WAS TALKING.

02:58PM  15        WE SEE -- WE SAW IN MR. GROSSMAN'S TESTIMONY THAT HE KNEW

02:58PM  16   THERANOS WASN'T DOING ITS TESTING WITHIN FOUR HOURS, EVEN

02:59PM  17   THOUGH THAT WAS ON THE SLIDE DECK THAT WAS SENT TO HIM.

02:59PM  18        SIMILARLY, MR. MIQUELON TESTIFIED THAT CONTEXT IS

02:59PM  19   IMPORTANT FOR THESE KINDS OF REPRESENTATIONS.

02:59PM  20        THE LAST ISSUE THAT MR. SCHENK MENTIONED WITH REGARD TO

02:59PM  21   SCIENTIFIC CLAIMS ARE CLAIMS ABOUT THE CONCEPT OF REFLEX

02:59PM  22   TESTING.

02:59PM  23        WHY WAS THERANOS SAYING, WE CAN REACT, AS IT APPEARS IN

02:59PM  24   MR. RAGO'S ARTICLE, WE CAN PERFORM FOLLOW-ON TESTS?

02:59PM  25        WELL, ITS TEST MENU DID OFFER THESE KINDS OF TESTS.  LOOK

CLOSING ARGUMENT BY MR. DOWNEY                                        9083

02:59PM  1    AT EXHIBIT 3741A.  THIS IS THE TEST MENU THAT IS AVAILABLE TO

02:59PM  2    ANYONE WHO LOOKS FOR IT ON A VISIT TO A THERANOS STORE, AND IT

03:00PM  3    TELLS YOU WHICH TEST OFFERED REFLEX TESTING AND WHICH TESTS

03:00PM  4    DIDN'T.

03:00PM  5        THE SUGGESTION THAT MS. HOLMES MADE A CLAIM THAT WAS

03:00PM  6    BROADER IN "THE WALL STREET JOURNAL" ARTICLE IS TEMPERED BY THE

03:00PM  7    FACT THAT THOSE WHO WENT TO GET TESTS KNEW EXACTLY WHAT TESTS

03:00PM  8    WERE AVAILABLE AND THOSE WHERE IT WAS UNAVAILABLE.

03:00PM  9        NOW, LET'S TALK A LITTLE MORE ABOUT SOME OF THE BIGGER

03:00PM 10    CONCEPTS THAT I THINK ARE IMPORTANT IN THE CASE.

03:00PM 11        IN ADDITION TO ALL OF THESE TECHNICAL AND SCIENTIFIC

03:00PM 12    ISSUES, THERE'S A BASIC CLAIM MADE AGAIN THIS MORNING THAT

03:00PM 13    MS. HOLMES DID NOT DISCLOSE TO INVESTORS THE EXISTENCE OF THE

03:00PM 14    PHASE I CENTRAL LABORATORY MEASURE.

03:00PM 15        MR. SCHENK SHOWED YOU AN EMAIL FROM MR. EISENMAN WHERE HE

03:00PM 16    WAS SAYING, I DON'T KNOW WHETHER THE TESTING IS PERFORMED IN

03:00PM 17    THE WALGREENS STORE OR WHETHER IT'S PERFORMED OFF SITE.  I

03:00PM 18    THOUGHT IT WAS IN THE WALGREENS STORE.

03:01PM 19        WELL, THAT'S NOT FOR THE LACK OF PUBLIC INFORMATION ABOUT

03:01PM 20    THAT FACT.  IF YOU LOOK AT THE RAGO ARTICLE, MR. RAGO HIMSELF

03:01PM 21    SAYS THE TESTING WAS DONE IN A THERANOS LABORATORY.

03:01PM 22        WHEN MS. HOLMES SPOKE TO MR. PARLOFF, SHE TALKED TO HIM

03:01PM 23    ABOUT THE PHASE I, PHASE II MODEL.  HE WAS AWARE THAT THE

03:01PM 24    TESTING WAS DONE NOT IN THE STORES BUT IN A CENTRALIZED LAB

03:01PM 25    LOCATION.

CLOSING ARGUMENT BY MR. DOWNEY

03:01PM  1        INDIVIDUALS WHO WALKED INTO THE STORES KNEW THAT THE

03:01PM  2    TESTING WAS NOT PERFORMED WITHIN THE STORES.

03:01PM  3        MR. EISENMAN LIVES IN HOUSTON AND HAD NOT VISITED A

03:01PM  4    WALGREENS STORE.

03:01PM  5        NEXT, THERE WAS A LONG DISCUSSION TODAY ABOUT THE

03:01PM  6    DISCLOSURE OF WHETHER OR NOT VENOUS TESTING WAS BEING PERFORMED

03:01PM  7    AND WHY VENOUS TESTING WAS BEING PERFORMED, ET CETERA.

03:02PM  8        LET ME FIRST DEAL WITH THE QUESTION OF WHETHER IT WAS

03:02PM  9    KNOWN TO INVESTORS AND OTHERS THAT THERANOS WAS DOING VENOUS

03:02PM 10    TESTING, AS WELL AS OTHER FORMS OF TESTING.

03:02PM 11        THE ANSWER IS THAT IT'S CLEAR FROM THE RECORD THAT HAS

03:02PM 12    BEEN PRESENTED, THIS WAS NO SECRET.  THE FDA WAS TOLD IN THE

03:02PM 13    SUBMISSION THAT WENT TO THE FDA IN THE FALL OF 2013 THAT VENOUS

03:02PM 14    TESTING WAS BEING PERFORMED.

03:02PM 15        AS I MENTIONED BEFORE, THE SPECIFIC MACHINES BEING USED

03:02PM 16    WERE IDENTIFIED.

03:02PM 17        AGAIN, THE TEST MENU THAT WAS IN THERANOS STORES DISCLOSED

03:02PM 18    AND OFFERED THE OPPORTUNITY FOR VENOUS TESTS AS INDICATED HERE

03:02PM 19    WERE THOSE FORMS MARKED OFF TRADITIONAL PHLEBOTOMY SHOWING THAT

03:02PM 20    WAS A TRADITIONAL FORM OF TESTING THAT THERANOS WAS DOING.

03:02PM 21        IN THE PRESS RELEASE THAT WAS DONE JOINTLY BY THERANOS AND

03:02PM 22    WALGREENS BEFORE TESTING BEGAN, IT SAID THAT TRADITIONAL

03:03PM 23    METHODS, MEANING VENOUS METHODS, WILL BE USED IN CONNECTION

03:03PM 24    WITH THE PROGRAM THAT IS BEING RUN IN WALGREENS STORES.

03:03PM 25        THERE WAS A PRESS RELEASE ISSUED BY THERANOS IN NOVEMBER

03:03PM  1    OF 2013, AND THEY SAID, WE SOMETIMES USE TRADITIONAL METHODS

03:03PM  2    LIKE VENOUS TESTING.

03:03PM  3         THE FACT THAT THERANOS WAS USING VENOUS TESTING WAS

03:03PM  4    DISCLOSED ON ITS WEBSITE AS YOU SEE HERE.

03:03PM  5         AND IN FACT, THE DISCLOSURE THAT WAS PROPOSED TO BE

03:03PM  6    INCLUDED WAS A DISCLOSURE WHICH SAID, WHICH PUT IN A FOOTNOTE

03:03PM  7    THE COMMENT THAT THERE WERE TRADITIONAL METHODS BEING USED.

03:03PM  8         HOW DID MS. HOLMES REACT TO THAT SUGGESTION?  THIS EMAIL

03:03PM  9    REFLECTS HOW SHE REACTED.

03:03PM 10         SHE SAID, "IF WE ARE GOING TO SAY SOMETHING LIKE THIS WE

03:04PM 11    NEED TO OWN IT.  THIS COPY SHOULD BE UPDATED."

03:04PM 12         WE SHOULD SAY THIS, AND WE SHOULD SAY IT IN THE TEXT.

03:04PM 13         THAT IS CLEAR EVIDENCE OF WHAT MS. HOLMES'S INTENT WAS AS

03:04PM 14    TO SUPPOSED NONCONCEALMENT OR NONDISCLOSURE OF A FACT IN

03:04PM 15    CONNECTION WITH THERANOS'S OPERATIONS.

03:04PM 16         ALSO, THE FACT THAT THERE WAS VENOUS TESTING, OF COURSE,

03:04PM 17    IS PUBLISHED ELSEWHERE ON THE WEBSITE.

03:04PM 18         AND IT WAS DISCLOSED SEPARATELY ON THE WALGREENS WEBSITE.

03:04PM 19         IT'S JUST NOT CREDIBLE THAT INVESTORS WERE UNAWARE OF THE

03:04PM 20    REVIEW, OF THE PROVISION OF THE VENOUS TESTING METHODS.

03:04PM 21         THOSE WHO SAID SO, FOR EXAMPLE, MS. PETERSON ACKNOWLEDGED

03:04PM 22    THAT SHE HAD READ THE WEBSITE, AND, OF COURSE, ON THE WEBSITE

03:04PM 23    THERE'S A DISCLOSURE OF IT.

03:04PM 24         OTHER INVESTORS WENT TO WALGREENS STORES AND HAD THEIR

03:04PM 25    BLOOD TESTED, AND THEY HAD VENOUS TESTS ON SOME OCCASIONS.

03:05PM  1    THAT WAS TRUE FOR MR. TOLBERT, MR. GROSSMAN, AND MR. LUCAS.

03:05PM  2         ALSO IN CONNECTION WITH THE EVALUATION BY PFM OF ITS

03:05PM  3    INVESTMENT IN THERANOS, THEY DISCUSSED WHAT SIGNIFICANCE DOES

03:05PM  4    IT HAVE THAT THERE IS VENOUS TESTING?  WILL THAT AFFECT OUR

03:05PM  5    INVESTMENT?

03:05PM  6         YOU KNOW WHY THEY DID THAT?  BECAUSE THE FACT THAT THERE

03:05PM  7    WAS VENOUS TESTING WAS DISCLOSED IN THE SLIDE DECK THAT WAS

03:05PM  8    SENT TO THEM AS YOU SEE HERE WITH THE PICTURE IN THE LOWER

03:05PM  9    RIGHT HAND CORNER SHOWING THE DRAWING OF A VENOUS SAMPLE.

03:05PM 10         MR. BURD, WHO WAS MENTIONED THIS MORNING, HE TESTIFIED

03:05PM 11    THAT HE SPOKE WITH MS. HOLMES ABOUT THE FACT THAT THERANOS WAS

03:05PM 12    GOING TO BE OPERATING WHAT WAS CALLED A DINOSAUR LAB, MEANING A

03:05PM 13    LAB USING THE OLD METHODS, THE VENOUS METHODS, AND HOW HE WAS

03:06PM 14    NOT INTERESTED IN OPERATING THAT KIND OF -- PARTICIPATING WITH

03:06PM 15    THAT KIND OF A LAB.

03:06PM 16         NOW, THE OTHER ISSUE WITH REGARD TO VENOUS, JUST TO BE

03:06PM 17    CLEAR, IS THAT THERE'S A SUGGESTION THAT THERE WERE TOO MANY

03:06PM 18    VENOUS TESTS, AND THAT WAS GOING TO AFFECT THE WALGREENS

03:06PM 19    PARTNERSHIP BECAUSE, AS MR. JHAVERI SUGGESTED, THE NUMBER OF

03:06PM 20    PATIENTS WHO RECEIVED THOSE TESTS NEEDED TO COME DOWN FOR THE

03:06PM 21    PARTNERSHIP TO SUCCEED.

03:06PM 22         I WANT TO EXPLAIN TO YOU WHY THE NUMBER OF VENOUS TESTS

03:06PM 23    GREW TO BE WHAT IT WAS AS OPPOSED TO THE ISSUE THAT MR. JHAVERI

03:06PM 24    DISCLOSED -- WITH MR. JHAVERI DISCLOSING IT.

03:06PM 25         LET ME SHOW YOU THIS DIAGRAM.  THIS IS -- IF WE ASSUME

03:07PM 1    THAT A PATIENT COMES IN FOR TEN DIFFERENT ASSAYS DURING A VISIT

03:07PM 2    TO A WALGREENS STORE TO HAVE THEIR BLOOD TESTED, IF ALL TEN

03:07PM 3    METHODS ARE AVAILABLE ON FINGERSTICK, THEN THE BLOOD OF THAT

03:07PM 4    PATIENT IS DRAWN ON FINGERSTICK.

03:07PM 5        BUT IF ONLY NINE OF THOSE TESTS ARE AVAILABLE WITH THE

03:07PM 6    FINGERSTICK METHOD, OR TEN, BUT THE ELEVENTH IS VENOUS, THEN IT

03:07PM 7    HAD TO BE DRAWN BY VENOUS BECAUSE YOU NEEDED THE VENOUS BLOOD

03:07PM 8    DRAW TO PERFORM THE TESTS THAT REQUIRED A VENOUS DRAW.

03:07PM 9        THAT HAD A MUCH MORE PROFOUND EFFECT, AS MS. HOLMES

03:07PM 10   TESTIFIED, ON THE NUMBER OF TESTS THAT WERE BEING PERFORMED BY

03:07PM 11   VENOUS DRAW THAN DID THE NUMBER OF ASSAYS THAT THERANOS COULD

03:07PM 12   DO ON A SMALL SAMPLE.

03:07PM 13       NOW, I THINK AS WELL, JUST TO CLEAR UP THE DISCUSSION WITH

03:08PM 14   MR. PARLOFF, I THINK IT'S CLEAR AS WELL THAT MR. PARLOFF WAS

03:08PM 15   WELL AWARE THAT THE CAPACITY OF THERANOS WAS BEING SUPPLEMENTED

03:08PM 16   WITH VENIPUNCTURE.

03:08PM 17       I SHOWED YOU BEFORE THAT SHE HAD TOLD HIM SOME OF THE

03:08PM 18   TESTS WEREN'T AVAILABLE IN THE CLIA LAB, AND SHE EXPLAINED TO

03:08PM 19   YOU THAT SHE WAS SUPPLEMENTING THE CAPACITY IN THE CLIA LAB

03:08PM 20   WITH VENIPUNCTURE.

03:08PM 21       SO WHAT HAS THE GOVERNMENT DONE IN CONNECTION WITH

03:08PM 22   MS. HOLMES'S INTENT HERE?  THEY'VE COMBINED A LARGE BODY OF

03:08PM 23   EVIDENCE THAT DOES TWO THINGS.  THEY'VE TAKEN SOME PEOPLE WHO

03:08PM 24   KNOW -- WHO SAY, I DIDN'T KNOW THAT THERE WAS VENOUS TESTING,

03:08PM 25   EVEN THOUGH THERE WAS WIDESPREAD PUBLIC DISCLOSURE OF VENOUS

03:08PM  1    TESTING BY THERANOS, AND OTHER PEOPLE WHO SAY, WELL, I DIDN'T

03:08PM  2    WANT VENOUS TESTING, LIKE MR. JHAVERI.

03:08PM  3        THE TRUTH IS THAT IN BOTH INSTANCES THE GOVERNMENT'S CLAIM

03:08PM  4    REALLY DOESN'T HOLD EVIDENCE -- HOLD WATER AS TO MS. HOLMES'S

03:09PM  5    INTENT.

03:09PM  6        MS. HOLMES KNEW THAT THERE WERE DISCLOSURES OF VENOUS

03:09PM  7    TESTING.  SHE OBVIOUSLY WAS FAMILIAR WITH THE ONES THAT I'VE

03:09PM  8    JUST MENTIONED TO YOU.

03:09PM  9        BUT AS WELL, MS. HOLMES KNEW THAT IF A SMALL NUMBER OF

03:09PM 10    ADDITIONAL ASSAYS WERE FINALIZED BY THERANOS, AND AS SHE SAID,

03:09PM 11    BROUGHT UP TO THE LAB, IT COULD HAVE A PROFOUND EFFECT ON THE

03:09PM 12    AVAILABILITY OF FINGERSTICK TESTS WITHIN THE THERANOS SERVICE

03:09PM 13    CENTERS.

03:09PM 14        NOW, HAVING GONE THROUGH THE INTENT EVIDENCE FROM BOTH

03:09PM 15    PARTIES, I WANT TO TAKE TIME NOW TO TAKE YOU THROUGH THE STORY

03:09PM 16    NOT BY HURLING AT YOU A NUMBER OF EMAILS THAT ARE OUT OF

03:09PM 17    CONTEXT, I WANT TO TELL YOU THE STORY OF WHAT ACTUALLY HAPPENED

03:09PM 18    AT THERANOS AND HOW THE UNDERSTANDING OF PEOPLE AT THERANOS

03:09PM 19    DEVELOPED.

03:09PM 20        YOU ALREADY KNOW FROM MS. HOLMES'S TESTIMONY A LOT OF THIS

03:09PM 21    STORY FROM THE EARLY YEARS, AND I WON'T REPEAT IT.

03:09PM 22        YOU KNOW THAT SHE HAD AN IDEA AS A YOUNG PERSON THAT THEN

03:10PM 23    BECAME A PATENT, AND THAT THAT PATENT ULTIMATELY BECAME A

03:10PM 24    PRODUCT, AND THAT PRODUCT WAS PART OF A COMPANY THAT SHE

03:10PM 25    STARTED AND WAS DEVELOPING.

CLOSING ARGUMENT BY MR. DOWNEY

03:10PM 1          AND AFTER THAT BECAME A PRODUCT, MS. HOLMES ORGANIZED THE

03:10PM 2    COMPANY EARLY IN ITS LIFE AND FOREVER THEREAFTER TO FOCUS ON

03:10PM 3    THREE DIFFERENT THINGS:  THE ASSAYS, THE TESTS; THE HARDWARE;

03:10PM 4    AND THE SOFTWARE.

03:10PM 5          THERE WAS A LOT OF PROGRESS IN THE EARLY YEARS.  AS YOU

03:10PM 6    KNOW, THERE WAS THE 3 SERIES, THE 1, THE 2, AND THE 3, AND

03:10PM 7    MS. HOLMES SHOWED YOU DURING THE COURSE OF HER TESTIMONY SOME

03:10PM 8    EXCITING DEVELOPMENTS.

03:10PM 9          YOU RECALL THAT I SHOWED YOU A PICTURE OF SOME

03:10PM 10   DEMONSTRATION IN SWITZERLAND, BUT SHE ALSO TOLD YOU THAT THEY

03:10PM 11   HAD A LOT OF MAJOR SETBACKS, INCLUDING IN CONNECTION WITH THEIR

03:11PM 12   1 SERIES DEVICE, WHERE THE CARTRIDGES COULDN'T MAINTAIN

03:11PM 13   SEALANT, AND THEY HAD TO REINVENT THE DEVICES TO ACCOMMODATE

03:11PM 14   THAT.

03:11PM 15         THEN IN EARLY 2010, AS WE DISCUSSED A FEW MOMENTS AGO,

03:11PM 16   THERE WAS THIS EXTRAORDINARY BREAKTHROUGH WHERE SCIENTISTS AND

03:11PM 17   ENGINEERS IN A LARGE NUMBER BEGAN TO BELIEVE THAT THEY HAD

03:11PM 18   INVENTED THE TECHNOLOGY THAT WOULD REALIZE THERANOS'S GOAL.

03:11PM 19         THAT, AS YOU KNOW, ULTIMATELY BECAME A REAL PRODUCT AS I

03:11PM 20   DEMONSTRATED TO YOU IN THE PICTURE THAT WAS SHOWN TO YOU DURING

03:11PM 21   MS. HOLMES'S TESTIMONY.

03:11PM 22         NOW, THE POINT AT WHICH THAT EXCITEMENT ABOUT THAT

03:11PM 23   INVENTION WAS CIRCULATING WITHIN THE COMPANY WHERE PEOPLE

03:11PM 24   BELIEVED THAT THEY HAD ACTUALLY BROKEN THROUGH AND INVENTED THE

03:11PM 25   METHODOLOGY TO DO ANY BLOOD TEST, THAT IS THE MOMENT AT WHICH

03:11PM 1    THE GOVERNMENT SAYS A CRIMINAL CONSPIRACY BEGAN WITHIN

03:12PM 2    THERANOS.

03:12PM 3        THE GOVERNMENT FOCUSES ON THE PARTNERSHIP THAT THERANOS

03:12PM 4    HAD WITH WALGREENS AND SAYS THAT WALGREENS WAS MISLED IN

03:12PM 5    MATERIAL WAYS BY THERANOS IN ENTERING INTO THAT RELATIONSHIP.

03:12PM 6        AND YOU'LL RECALL MR. MIQUELON TESTIFIED, WHO WAS THE CFO

03:12PM 7    OF WALGREENS.

03:12PM 8        WE DIDN'T HEAR DURING THE COURSE OF THE GOVERNMENT'S

03:12PM 9    PRESENTATION FROM DR. JAY ROSAN, WHO WAS ACTUALLY THE PRINCIPAL

03:12PM 10   PERSON AT WALGREENS WHO MANAGED THE RELATIONSHIP WITH THERANOS,

03:12PM 11   HAD A LOT OF MEDICAL EXPERTISE.  HE BOTH INITIATED THE

03:12PM 12   RELATIONSHIP AND HAD THE MOST CONTACT WITH THE COMPANY OVER

03:12PM 13   TIME.  HE PARTICIPATED IN LOOKING AT ALL OF THE TECHNOLOGY,

03:12PM 14   UNDERSTANDING THE TECHNOLOGY IN ITS CAPACITIES, AND HE

03:12PM 15   INTERACTED WITH MS. HOLMES FOR YEARS THEREAFTER.

03:12PM 16       BUT THE PROPOSITION IS THAT THERANOS IN 2010 DEFRAUDED

03:13PM 17   WALGREENS.

03:13PM 18       BEFORE I GET INTO THE DETAILS OF WHAT HAPPENED BETWEEN THE

03:13PM 19   COMPANIES, LET ME JUST ASK YOU ABOUT YOUR THOUGHTS ABOUT THE

03:13PM 20   PLAUSIBILITY OF THAT ALLEGATION.

03:13PM 21       WALGREENS, AS YOU ALL KNOW, IS A BIG PUBLICLY TRADED

03:13PM 22   COMPANY.  IT'S GOT A LOT OF STORES.  IT OPERATES IN RETAIL

03:13PM 23   ACROSS THE COUNTRY.  IT'S AVAILABLE UNDER DIFFERENT BRAND NAMES

03:13PM 24   OVERSEAS.

03:13PM 25       THERANOS AT THIS TIME WAS A 6 YEAR OLD COMPANY WITH A

03:13PM   1    26 YEAR OLD CEO, HAD NO PUBLIC PRESENCE, AND NO RETAIL

03:13PM   2    EXPERIENCE.

03:13PM   3         BUT THE GOVERNMENT SAYS THERANOS CAME TO NEGOTIATE, AND

03:13PM   4    DURING THE COURSE OF THOSE NEGOTIATIONS, DEFRAUDED WALGREENS.

03:13PM   5         HOW?

03:13PM   6         WELL, THE GOVERNMENT FOCUSES ON TWO THINGS THAT WERE SAID

03:13PM   7    DURING THE COURSE OF THOSE NEGOTIATIONS.  I ALREADY TALKED TO

03:13PM   8    YOU EARLIER ABOUT THE REPRESENTATION THAT IS THE THIRD ITEM ON

03:13PM   9    THIS SLIDE, ABOUT THE 10 TO 15 PHARMACEUTICAL COMPANIES AND WHY

03:13PM  10    THAT REPRESENTATION IS NOT ONLY MADE IN GOOD FAITH, BUT THE

03:14PM  11    EVIDENCE IS CONSISTENT WITH IT BEING ACCURATE.

03:14PM  12         THE OTHER CLAIM IS THAT THE FIRST BULLET POINT HERE IS

03:14PM  13    FALSE, THAT THERANOS COULD RUN COMPREHENSIVE BLOOD TESTS ACROSS

03:14PM  14    A WIDE RANGE OF TECHNOLOGIES.

03:14PM  15         NOW, YOU KNOW WHERE THAT STATEMENT CAME FROM?  IT'S FROM

03:14PM  16    THE DISCUSSIONS WITH DR. GIBBONS AND OTHERS IN THE EARLY PART

03:14PM  17    OF 2010.

03:14PM  18         NOW, THE GOVERNMENT SAYS, WELL, YOU SHOULD NOW NOT HAVE

03:14PM  19    MADE THIS REPRESENTATION, BECAUSE AT THAT TIME THE ONLY DEVICE

03:14PM  20    THAT YOU ACTUALLY OPERATIONALIZED WAS THE 3 DEVICE, AND THE

03:14PM  21    3 DEVICE COULD ONLY DO IMMUNOASSAYS, NOT ALL FORMS OF ASSAYS.

03:14PM  22         SO HOW DID WALGREENS TESTIFY THROUGH MR. MIQUELON WHEN

03:14PM  23    THEY CAME TO COURT IN THIS PROCEEDING TO EXPLAIN WHAT THEY

03:15PM  24    UNDERSTOOD THERANOS'S TECHNICAL CAPACITY WAS?

03:15PM  25         MR. MIQUELON WAS ASKED, "WHAT DID YOU UNDERSTAND 'RUNS

03:15PM  1    COMPREHENSIVE BLOOD TESTS' TO MEAN?

03:15PM  2         HE SAYS, "MY UNDERSTANDING WAS A PRETTY BROAD RANGE OF

03:15PM  3    IMMUNOASSAY TESTS, YOU KNOW, BLOOD TESTS, THAT EXACTLY."

03:15PM  4         IN OTHER WORDS, MR. MIQUELON UNDERSTOOD AND COULD

03:15PM  5    ARTICULATE 11 YEARS LATER THAT THERANOS'S CAPACITY IN 2010 WHEN

03:15PM  6    HE TALKED WITH THEM WAS TO PERFORM IMMUNOASSAYS, WHICH IS

03:15PM  7    CONSISTENT WITH EXACTLY WHERE THERANOS'S 3.0 SYSTEM WAS AT THAT

03:15PM  8    TIME.

03:15PM  9         HE WAS ALSO ASKED, WELL, DID YOU UNDERSTAND THE TECHNOLOGY

03:15PM  10   WAS GOING TO DEVELOP FURTHER INTO FURTHER GENERATIONS OF A

03:15PM  11   MINILAB?

03:15PM  12        HE SAID HE WAS.  THE TECHNOLOGY IS ALWAYS AN EVOLUTION.

03:15PM  13        HARD TO SEE THAT SERIES OF REPRESENTATIONS TO HIM AS FALSE

03:15PM  14   IN LIGHT OF WHAT YOU KNOW ABOUT THE DEVELOPMENT OF TECHNOLOGY

03:16PM  15   WITHIN THERANOS.

03:16PM  16        NOW, I THINK IT'S ALSO TRUE, IF WE LOOK AT WHAT MS. HOLMES

03:16PM  17   WAS DOING DURING THIS PERIOD, THAT SHE WAS ACTUALLY CLEAR IN

03:16PM  18   OTHER PARTS OF THE POWERPOINT AS TO EXACTLY WHAT THERANOS WAS

03:16PM  19   PROPOSING.

03:16PM  20        IN THAT SAME DOCUMENT, SHE DIDN'T PROPOSE AS OF 2010,

03:16PM  21   LET'S LAUNCH A BLOOD TESTING SERVICE WHERE WE'RE DOING ALL

03:16PM  22   FORMS OF BLOOD TESTING OR ALL TESTS.

03:16PM  23        SHE PROPOSED THAT A LIMITED NUMBER OF TESTS BE DONE,

03:16PM  24   GENERAL CHEMISTRY, INFLUENZA, AND FERTILITY, AND THAT THEY BE

03:16PM  25   OFFERED LATER THAT YEAR, AND SHE ALSO EXPLAINED THAT THE

CLOSING ARGUMENT BY MR. DOWNEY

03:16PM  1    TECHNOLOGY WOULD HAVE TO BE CUSTOMIZED TO GET THERE.

03:16PM  2         THAT'S WHERE HER HEAD WAS, AND THAT REMAINED THE CASE

03:16PM  3    THROUGHOUT AS WHEN SHE WAS COMMENTING ON THE DRAFT AGREEMENT IN

03:16PM  4    CONNECTION WITH THE TECHNOLOGY AND SHE WAS VERY DIRECT IN

03:16PM  5    SAYING THIS IS A NEW PRODUCT THAT IS GOING TO BE DEPLOYED IN

03:17PM  6    CONNECTION.  WE DON'T KNOW AND CAN'T MAKE COMMITMENTS WHERE THE

03:17PM  7    CAPACITIES OF THE TECHNOLOGY HAVEN'T EVEN YET BEEN, AS SHE

03:17PM  8    SAID, CHARACTERIZED.

03:17PM  9         NOW, THE IDEA IS THAT WALGREENS WOULD NEVER HAVE ENTERED

03:17PM  10   INTO ITS JULY 2010 AGREEMENT IF IT HAD KNOWN ACCURATELY WHAT

03:17PM  11   THERANOS'S TECHNOLOGY WAS AT THAT TIME.

03:17PM  12        I THINK IT'S FAIRLY CLEAR THE EVIDENCE SHOWS IT DID KNOW.

03:17PM  13        BUT IN ANY EVENT, WHEN THAT AGREEMENT WAS NEGOTIATED, IT'S

03:17PM  14   HARD TO SEE HOW WALGREENS WAS DEFRAUDED.

03:17PM  15        I THINK IT'S FAIRLY CLEAR THAT THEY GOT THE BETTER END OF

03:17PM  16   THE DEAL, THAT WALGREENS MADE A NUMBER OF COMMITMENTS TO IT, TO

03:17PM  17   DEMONSTRATE THE EFFECTIVENESS OF ITS TECHNOLOGY, TO OBTAIN

03:17PM  18   REGULATORY APPROVALS, OTHER THINGS THAT THERANOS HAD TO DO AS

03:17PM  19   PART OF ITS OBLIGATIONS UNDER THE CONTRACT.

03:17PM  20        AND IF, IF THERANOS COULD NOT PERFORM THAT, THEN WALGREENS

03:18PM  21   WOULD GET ITS MONEY BACK UNDER THE CONTRACT.

03:18PM  22        HARD TO SEE THAT AS A PROCESS OF DEFRAUDING WALGREENS.

03:18PM  23        NOW, AS YOU KNOW, THE RELATIONSHIP WENT FORWARD FROM

03:18PM  24   THERE.  THE PARTIES WORKED ON GETTING READY TO LAUNCH IN A

03:18PM  25   RETAIL SYSTEM UNTIL EARLY 2012 WHEN WALGREENS BEGAN TO BECOME

03:18PM   1    UNCOMFORTABLE WITH THE PROSPECT THAT DEVICES MIGHT BE LAUNCHED

03:18PM   2    IN ITS STORES WITHOUT YET HAVING FDA APPROVAL.

03:18PM   3        THE PARTIES DECIDED TO GO TO THE PHASE I, PHASE II MODEL,

03:18PM   4    WHICH THEY -- WHICH THERANOS DISCLOSED TO THE FDA, THE CONCEPT

03:18PM   5    BEING PHASE I IS TESTING IN THE CENTRAL LAB AFTER THE BLOOD IS

03:18PM   6    DRAWN IN THE STORES, PHASE II BEING BLOOD IS DRAWN IN THE

03:18PM   7    STORES AND THAT TESTING IS PERFORMED ON SITE AT THE STORES.

03:18PM   8        THAT CHANGE, LADIES AND GENTLEMEN, WAS FOUNDATIONAL, I

03:19PM   9    THINK, TO A LOT OF THE CONFUSION THAT HAS PERVADED THIS CASE,

03:19PM  10    BECAUSE IT'S CLEAR THAT WHEN MS. HOLMES WAS TALKING ABOUT

03:19PM  11    THERANOS TECHNOLOGY, SHE WAS TALKING ABOUT THE 4.0 SYSTEM AND

03:19PM  12    ITS FULL IMPLEMENTATION AND ITS FULL CAPACITY.

03:19PM  13        NOW, AFTER THE CONTRACT WAS ENTERED AND AFTER THESE

03:19PM  14    MODIFICATIONS TO THE CONTRACT WERE NEGOTIATED, THE LONG PROCESS

03:19PM  15    OF DEVELOPING THAT TECHNOLOGY, YOU SAW THAT IN LATE 2010

03:19PM  16    MS. HOLMES REPORTED TO THE BOARD THAT THIS NEW TECHNOLOGY WAS

03:19PM  17    BEING DEVELOPED, ALL OF THE CAPACITIES OF THE TECHNOLOGY, WHAT

03:19PM  18    IT WOULD TAKE, YOU SAW THAT THE RESEARCH AND DEVELOPMENT TEAM

03:19PM  19    AT THERANOS WAS RESTRUCTURED, THAT A HUGE AMOUNT OF EMPLOYEES

03:19PM  20    WERE ADDED TO DEVELOP THIS TECHNOLOGY.

03:19PM  21        AND YOU SAW THAT BY THE TIME THAT PROCESS WAS IN FULL

03:19PM  22    GEAR, MS. HOLMES WAS RELYING ON A LARGE NUMBER OF VERY HIGHLY

03:20PM  23    QUALIFIED SCIENTISTS TO LEAD THAT R&D EFFORT, MOSLEY PH.D.'S,

03:20PM  24    BUT OTHERS WITH SKILLS IN OTHER AREAS.  I'VE GIVEN YOU THE

03:20PM  25    EXHIBIT NUMBERS FOR SOME OF THE IMPORTANT DOCUMENTS AS TO WHAT

03:20PM  1        THEY REPORTED DURING THAT PERIOD.

03:20PM  2             BUT WHAT INDIVIDUAL WOULD BE THE MOST KNOWLEDGEABLE ON

03:20PM  3        THIS LIST OF INDIVIDUALS AS TO WHAT HAPPENED WITH RESPECT TO

03:20PM  4        THERANOS'S TECHNOLOGY, WELL, THAT WOULD BE DANIEL YOUNG.

03:20PM  5             YOU'VE HEARD HIS NAME THROUGHOUT THE COURSE OF THE CASE.

03:20PM  6        HE APPEARS ON SOMETHING LIKE 200 EXHIBITS DURING THE COURSE OF

03:20PM  7        THE CASE.  HE WAS EFFECTIVELY THE CHIEF TECHNOLOGY OFFICER OF

03:20PM  8        THERANOS DURING THIS PERIOD.

03:20PM  9             AND HE OVERSAW AND DEVELOPED AND REPORTED TO MS. HOLMES

03:20PM 10        REPEATEDLY AS TO WHAT THERANOS'S TECHNOLOGY WAS CAPABLE OF.

03:20PM 11             YOU DID NOT HEAR FROM DR. YOUNG DURING THE COURSE OF THE

03:20PM 12        CASE EXCEPT THROUGH THOSE EMAILS IN WHICH HE REPORTED TO

03:21PM 13        MS. HOLMES THAT 200 ASSAYS WOULD BE AVAILABLE IN THE CLIA LAB

03:21PM 14        ON THE FINGERSTICK, FOR EXAMPLE; ABOUT DEVELOPMENTS WITH

03:21PM 15        RESPECT TO THE HARDWARE DEVICE.

03:21PM 16             HE WAS NOT CALLED, AND SO YOU DON'T KNOW WHAT HIS

03:21PM 17        TESTIMONY WOULD BE WITH RESPECT TO THERANOS'S TECHNOLOGY.

03:21PM 18             BUT YOU KNOW WHAT HE SAID IN REALTIME, AND YOU KNOW WHAT

03:21PM 19        MS. HOLMES TESTIFIED TO AS TO HER UNDERSTANDING OF THOSE

03:21PM 20        CAPACITIES.

03:21PM 21             NOW, I MENTIONED TO YOU A FEW MOMENTS AGO, WHY DID THE

03:21PM 22        VENOUS DRAW PERCENTAGE BECOME HIGHER THAN WHAT WAS EXPECTED?

03:21PM 23             AND I THINK THAT REALLY RESULTS FROM ANALYTICAL ERROR,

03:21PM 24        ALTHOUGH I THINK THE PEOPLE AT THERANOS WERE VERY SMART.

03:21PM 25        SOMETIMES YOU CAN MAKE AN ERROR THAT IS VERY BASIC.

CLOSING ARGUMENT BY MR. DOWNEY

03:21PM 1        I THINK WHEN THERANOS WENT TO BUILD THE MENU FOR THE TESTS

03:21PM 2   IT WOULD OFFER IN ITS STORES, IT TRIED TO ANALYZE WHAT TESTS

03:21PM 3   THE PEOPLE ACTUALLY ORDER, AND DR. YOUNG PERFORMED THAT

03:22PM 4   ANALYSIS AND HE SAID, WELL, IF WE VALIDATE ABOUT 43 TESTS,

03:22PM 5   WE'LL BE OFFERING ABOUT 90 PERCENT OF THE TESTS THAT ARE

03:22PM 6   ORDERED, AND IF WE DO 102, WE'LL BE COVERING ABOUT 96 PERCENT

03:22PM 7   OF THE RETAIL TESTS THAT ARE ACTUALLY OFFERED.

03:22PM 8        AND THERANOS WENT TO WORK ON THAT.

03:22PM 9        AS IT TURNED OUT, THAT ASSUMPTION AS TO HOW THE PROCESS

03:22PM 10  WOULD WORK WAS WRONG, BUT I THINK THAT WAS BELIEVED IN GOOD

03:22PM 11  FAITH AND ANALYZED BY DR. YOUNG IN GREAT DETAIL.

03:22PM 12       SO THERANOS WENT ABOUT DEVELOPING THOSE ASSAYS IN THE

03:22PM 13  PERIOD BEFORE THE LAUNCH.

03:22PM 14       AS YOU HEARD BOTH FROM DR. -- FROM MS. GANGAKHEDKAR AND

03:22PM 15  SAW IN THE DOCUMENTS, THERANOS HAD A VERY RIGOROUS PROCESS FOR

03:22PM 16  DEVELOPING AND VALIDATING ITS ASSAYS IN RESEARCH AND

03:22PM 17  DEVELOPMENT.  MS. HOLMES WAS RECEIVING REGULAR UPDATES ABOUT

03:22PM 18  WHAT HAPPENED DURING THE COURSE OF THOSE VALIDATIONS.

03:23PM 19       YOU'LL RECALL SHE RECEIVED A NUMBER OF EXCEL SPREADSHEETS.

03:23PM 20  WE VALIDATED THIS NUMBER, WE VALIDATED THIS NUMBER, THIS NUMBER

03:23PM 21  IS READY, TO THE POINT WHERE ULTIMATELY ALMOST ALL OF THE

03:23PM 22  ASSAYS WERE REPORTED AS BEING VALIDATED.

03:23PM 23       IMPORTANTLY ALSO, THERANOS DECIDED TO ACTUALLY BUILD A

03:23PM 24  MANUFACTURING UNIT WHERE THEY WOULD DO THEIR MANUFACTURING FOR

03:23PM 25  THEIR OWN DEVICE IN HOUSE, AND THAT HAPPENED DURING THIS

03:23PM 1     PERIOD.

03:23PM 2          ALL OF THAT WAS A HUGE AMOUNT OF ACTIVITY.  THE REPORTING

03:23PM 3     TO MS. HOLMES DURING THIS PERIOD WAS ITERATIVELY, AS MR. SCHENK

03:23PM 4     SAYS, CERTAINLY THERE WERE ISSUES, BUT THE REPORTING WAS THAT

03:23PM 5     THE COMPANY WAS HEADED TOWARDS FINALIZATION OF A 4.0 SERIES

03:23PM 6     DEVICE.

03:23PM 7          AND BECAUSE OF THAT, THE PLAN THAT WAS DEVELOPED

03:23PM 8     ORIGINALLY WHEN THERANOS WAS GOING TO OPERATE A CENTRAL LAB WAS

03:23PM 9     WE'LL JUST TAKE ALL OF THE INDIVIDUAL DEVICES THAT WE

03:23PM 10    MANUFACTURE AND WE WILL PUT THEM IN THE CENTRAL LAB, AND WE

03:24PM 11    WILL RUN THE TESTS ON THOSE INDIVIDUAL DEVICES WITHIN THE

03:24PM 12    CENTRAL LAB.

03:24PM 13         NOW, AS THIS DIAGRAM, EXHIBIT 7272, SHOWS, THEY BEGAN TO

03:24PM 14    WORK ON THAT PLAN.

03:24PM 15         AND WHAT HAPPENED AS A RESULT OF THEIR WORK ON THAT PLAN?

03:24PM 16    WELL, A NUMBER OF THINGS HAPPENED IN TERMS OF THEIR REALIZATION

03:24PM 17    OF HOW USING INDIVIDUAL SERIES 4 DEVICES IN A CENTRAL LAB WAS

03:24PM 18    NOT SENSIBLE OR THE BEST WAY TO OPERATE THAT LAB.

03:24PM 19         WHY?  THE 4 SERIES DEVICE WORKS GREAT WHEN IT'S AT A POINT

03:24PM 20    OF CARE.  SOMEBODY COULD HAVE THEIR BLOOD DRAWN, AND THEIR

03:24PM 21    BLOOD IS PUT RIGHT IN THE DEVICE, THE TEST RUNS, THE RESULTS

03:24PM 22    ARE GENERATED.

03:24PM 23         BUT THE DEVICE TAKES A WHILE TO RUN.  SO IT'S FINE AT THE

03:24PM 24    POINT OF CARE WHERE TEN CUSTOMERS MIGHT COME IN ONE DAY AND ONE

03:24PM 25    PATIENT GETS TESTED AND ANOTHER PATIENT GETS TESTED AT A

03:25PM 1    DIFFERENT TIME, ET CETERA.

03:25PM 2         BUT AT A CENTRAL LAB, THE SAMPLES WOULD ALL ARRIVE AT THE

03:25PM 3    SAME TIME, AND LITERALLY A PROCESS WOULD BE REQUIRED WHERE

03:25PM 4    THOSE INDIVIDUAL SAMPLES WERE MOVED, SOMETIMES TENS OF

03:25PM 5    THOUSANDS OF SAMPLES WERE EXPECTED, AND THEY WERE EXPECTED TO

03:25PM 6    MOVE THEM ACROSS A LAB AND PERFORM TESTING.

03:25PM 7         THAT BECAME IMPRACTICAL AND THEY STARTED TO LOOK FOR, IS

03:25PM 8    THERE A WAY, WHILE WE'RE OPERATING A CENTRAL LAB, THAT WE CAN

03:25PM 9    DO THIS IN A MORE EFFICIENT WAY?

03:25PM 10        AND WHAT DID THAT RESULT IN?  LADIES AND GENTLEMEN, YOU'VE

03:25PM 11   HEARD FROM MS. HOLMES THAT THEY BEGAN TO LOOK AT COMMERCIAL

03:25PM 12   MACHINES AND ASK, CAN WE MODIFY THESE IN SOME WAY SO THAT WE

03:25PM 13   CAN RUN SMALL SAMPLES ON THEM?  AND THEY WERE ABLE TO DESIGN

03:25PM 14   THOSE MODIFICATIONS.

03:25PM 15        DR. ROSENDORFF TESTIFIED HE WAS AWARE OF THAT.  MANY

03:25PM 16   OTHERS WITHIN THERANOS WERE AWARE OF IT.  IN FACT, NO ONE

03:25PM 17   WITHIN THERANOS TESTIFIED THAT THEY HAD ANY DISCOMFORT ABOUT

03:26PM 18   THAT PROCESS BEING USED.

03:26PM 19        AND MS. HOLMES AND MR. BALWANI CAME TO BELIEVE THAT WHILE

03:26PM 20   THIS WAS AN INGENIOUS INVENTION THAT THERANOS HAD COME UP WITH,

03:26PM 21   IT WAS ALSO AN INVENTION THAT WAS AN INCREDIBLY IMPORTANT TRADE

03:26PM 22   SECRET.

03:26PM 23        WHY?  WELL, MODIFIED MACHINES WERE BASED ON COMMERCIAL

03:26PM 24   MACHINES THAT ANYONE ELSE COULD BUY, AND IF A COMPETITOR KNEW

03:26PM 25   THAT THOSE DEVICES COULD BE MODIFIED TO RUN THE TYPES OF SMALL

03:26PM   1    SAMPLES THAT THERANOS WAS RUNNING, THEN THEY COULD TAKE THE

03:26PM   2    FINGERSTICK BUSINESS, WHETHER IT BE QUEST OR LABCORP, WHICH

03:26PM   3    ALREADY HAD ALL OF THE INFRASTRUCTURE TO RUN A LAB BUSINESS, OR

03:26PM   4    INDEED WHETHER IT EVEN BE WALGREENS ITSELF, WHICH MIGHT SAY,

03:26PM   5    WHY DO WE NEED TO HAVE THERANOS WHEN WE CAN USE A CENTRAL LAB

03:26PM   6    WITH THIS NEW FORM OF TECHNOLOGY.

03:27PM   7         CONTRARY TO WHAT MR. SCHENK TOLD YOU THIS MORNING, THE

03:27PM   8    EVIDENCE IN THE CASE IS CLEAR THAT INSIDE THERANOS THEY THOUGHT

03:27PM   9    THIS WAS AN INCREDIBLY IMPORTANT AND INCREDIBLY VALUABLE TRADE

03:27PM  10    SECRET THAT NEEDED PROTECTION.

03:27PM  11         LOOK AT THIS EMAIL FROM MR. BALWANI IN MAY OF 2014 JUST

03:27PM  12    TALKING ABOUT THE MODIFIED DEVICES.  HE SAYS THIS IS A BIG

03:27PM  13    COMPETITIVE ADVANTAGE.  HE TALKS ABOUT KEEPING EVERYTHING AS A

03:27PM  14    TRADE SECRET.  HE SAYS THERE'S NO ONE IN THE INDUSTRY WHO CAN

03:27PM  15    DO THAT BECAUSE WE'VE HAD MASSIVE TRIAL AND ERROR AND WE NEED

03:27PM  16    TO PROTECT IT.

03:27PM  17         AND HE WANTED FURTHER SIGNATURES ON TRADE SECRET

03:27PM  18    DOCUMENTS.

03:27PM  19         NOW, ONCE YOU BEGIN TO TREAT SOMETHING LIKE THIS AS A

03:27PM  20    TRADE SECRET, HOW DO YOU HAVE TO BEHAVE?

03:27PM  21         WELL, MS. HOLMES HAD RECEIVED GUIDANCE IN CONNECTION WITH

03:27PM  22    THAT WHEN SHE ASKED THAT A POLICY BE PREPARED FOR THE COMPANY,

03:28PM  23    AND THERE WAS -- WITHIN THE DRAFT POLICY THAT WAS SENT TO HER,

03:28PM  24    SHE GOT A BASIC OUTLINE OF WHAT THE COMPANY HAD TO DO TO

03:28PM  25    PREPARE -- TO PRESERVE ITS TRADE SECRETS.

CLOSING ARGUMENT BY MR. DOWNEY

03:28PM  1          YOU SAW THAT IN EXHIBIT 15055.

03:28PM  2          AND MR. DOYLE, WHO WAS AN ATTORNEY AT THE COMPANY WHO WAS

03:28PM  3   WORKING ON THIS POLICY, REPORTED AS PART OF THE DRAFT THAT IN

03:28PM  4   CASES WHERE OUR PATENTS ARE PENDING, TRADE SECRETS PROVIDE

03:28PM  5   ANOTHER CRITICAL LAYER OF PROTECTION.

03:28PM  6          AND HE CHARACTERIZED, WHY IS SOMETHING A TRADE SECRET?

03:28PM  7          SOMETHING IS A TRADE SECRET BECAUSE THE OWNER HAS TO KEEP

03:28PM  8   IT SECRET AND BECAUSE IT'S REALLY VALUABLE.  IT'S CLEAR THAT

03:28PM  9   THE MODIFIED MACHINES WERE REALLY VALUABLE, AND SO THERANOS

03:28PM 10   DETERMINED THAT IT HAD TO KEEP IT SECRET.

03:28PM 11          THE QUESTION IS, TO WHOM CAN YOU DISCLOSE THIS?

03:29PM 12          YOU HEARD MR. LEACH IMAGINE THAT THERE WERE A LOT OF THIRD

03:29PM 13   PARTIES YOU COULD DISCLOSE IT TO IF THEY JUST SIGNED AN

03:29PM 14   AGREEMENT.

03:29PM 15          BUT WHAT THIS MEMO FROM MR. DOYLE SAYS IS THAT THE

03:29PM 16   DEFINING CHARACTERISTIC OF A TRADE SECRET IN FACT IS THAT IT IS

03:29PM 17   NEVER DISCLOSED PUBLICLY.

03:29PM 18          THAT'S HOW ZEALOUS THERANOS THOUGHT IT HAD TO BE WITH

03:29PM 19   RESPECT TO THESE MODIFIED MACHINE DEVICES.

03:29PM 20          AND THEN YOU HEARD DURING THE COURSE OF THE CASE, YOU

03:29PM 21   KNOW, SOME CRITICISM OF SOME OF THE INTERNAL SECURITY

03:29PM 22   PROCEDURES AND SO FORTH AT THERANOS.  YOU KNOW AS A RESULT OF

03:29PM 23   SEEING MR. DOYLE'S COMMUNICATIONS TO MS. HOLMES THAT THAT

03:29PM 24   DIDN'T COME FROM SOME DESIRE ON MS. HOLMES'S PART TO KEEP SOME

03:29PM 25   CRIMINAL SECRET.

CLOSING ARGUMENT BY MR. DOWNEY

03:29PM  1      IT CAME FROM THE FACT THAT THEIR TRADE SECRET POLICY

03:29PM  2   REQUIRED THEM TO PRESERVE THIS AND OTHER TRADE SECRETS.

03:29PM  3      NOW, I THINK THAT THE ONLY ANSWER THAT THE GOVERNMENT HAS

03:30PM  4   TO THIS IS THAT THEY SAY, WELL, YOU COULD HAVE GOTTEN PEOPLE TO

03:30PM  5   SIGN NONDISCLOSURE AGREEMENTS, AND YOU COULD HAVE ASKED THEM TO

03:30PM  6   BE BOUND BY THE SAME PROTECTIONS YOU ARE.

03:30PM  7      I DON'T THINK THERE'S MUCH EVIDENCE FOR THAT EVEN AS A

03:30PM  8   PRACTICAL MATTER IN THE REAL WORLD.  I DON'T THINK IF YOU LOOK

03:30PM  9   AT THE DISCUSSION THAT MS. HOLMES DESCRIBED IN THE BOARD

03:30PM 10   MEETING WHEN THIS ISSUE CAME UP, SENATOR NUNN, WHO WAS A BOARD

03:30PM 11   MEMBER AND SERVED ON THE COCA-COLA BOARD, AND HE SAID THIS IS

03:30PM 12   JUST LIKE THE SECRET FORMULA FOR COCA-COLA.  I DON'T THINK

03:30PM 13   COCA-COLA IS SIGNING NONDISCLOSURE AGREEMENTS WITH BURGER KING

03:30PM 14   AND MCDONALDS AND THE OTHER PLACES THAT IT HAS PARTNERSHIPS TO

03:30PM 15   SELL ITS PRODUCT CONTENT TO KEEP THAT TRADE SECRET MERELY BY

03:30PM 16   THE FACT THAT THEY AS AN OUTSIDER HAVE SIGNED A CONFIDENTIALITY

03:30PM 17   AGREEMENT.

03:30PM 18      NOW, WHERE DID MS. HOLMES DISCLOSE THIS?  DID SHE TRY TO

03:31PM 19   KEEP IT A SECRET TO HERSELF?

03:31PM 20      THAT'S WHAT THE GOVERNMENT'S PRESENTATION TO YOU WOULD

03:31PM 21   SUGGEST, THAT BECAUSE THIS WAS A CRIME, SHE DIDN'T WANT ANYONE

03:31PM 22   TO KNOW.

03:31PM 23      WELL, THE EVIDENCE SUGGESTS THAT SHE DID DISCLOSE IT IN

03:31PM 24   THREE PLACES, AND THOSE THREE PLACES HAD A COMMON

03:31PM 25   CHARACTERISTIC.

03:31PM   1        THE FIRST PLACE SHE TALKED ABOUT IT IS IN CONNECTION WITH

03:31PM   2   THE BOARD MEETING THAT FOLLOWED THE LAUNCH WITH WALGREENS.  AND

03:31PM   3   YOU WERE SHOWN THE MINUTES OF THAT MEETING IN WHICH IT'S

03:31PM   4   RECORDED THAT MS. HOLMES TALKED TO THE BOARD ABOUT TRADE SECRET

03:31PM   5   ELEMENTS OF THE COMPANY'S WORK AND CERTAIN MATTERS THAT WERE

03:31PM   6   DISCUSSED NEEDED TO BE PROTECTED FROM DISCLOSURE FOR

03:31PM   7   COMPETITIVE REASONS.

03:31PM   8        WE THEN LOOKED AT THE ATTACHMENT TO THAT AND AMONGST THOSE

03:31PM   9   TRADE SECRETS DISCUSSED AT THAT TIME WAS THE INVENTION

03:31PM  10   ASSOCIATED WITH THE MODIFIED DEVICE.

03:31PM  11        THE GOVERNMENT'S ANSWER TO THAT IS THAT IT SUGGESTS THAT

03:32PM  12   GENERAL MATTIS DIDN'T RECALL THAT, AND I DON'T QUESTION THAT.

03:32PM  13   I THINK GENERAL MATTIS'S TESTIMONY WAS THAT THIS WAS HIS FIRST

03:32PM  14   BOARD MEETING AT THERANOS; THAT HE HAD TAKEN AN ALL-NIGHT

03:32PM  15   FLIGHT TO PARTICIPATE IN THAT BOARD MEETING; AND HE TESTIFIED

03:32PM  16   IT WAS ACTUALLY POSSIBLE EVEN THAT HE WASN'T AT THAT BOARD

03:32PM  17   MEETING.

03:32PM  18        SO I DON'T THINK THAT GENERAL MATTIS'S LACK OF

03:32PM  19   RECOLLECTION IS IN CONTRAST WITH WHAT MS. HOLMES SAID.  I THINK

03:32PM  20   IT REFLECTS WHERE HE WAS IN HIS SERVICE AT THERANOS AT THAT

03:32PM  21   TIME.

03:32PM  22        YOU KNOW THAT THE MODIFIED DEVICES WERE DISCLOSED TO THE

03:32PM  23   FOOD AND DRUG ADMINISTRATION.

03:32PM  24        WHY?  THAT'S A LEGAL REQUIREMENT IMPOSED IN THAT

03:32PM  25   CIRCUMSTANCE.  YOU CAN'T BE DISHONEST IF THE FDA ASKS YOU TO

CLOSING ARGUMENT BY MR. DOWNEY

03:32PM 1    REVEAL DEVICES WHICH YOU'RE USING.

03:33PM 2         AND YOU ALSO SAW WITH CMS THAT THERANOS DISCLOSED THAT

03:33PM 3    THEY WERE PERFORMING BLOOD TESTS ON THIS FORM OF TECHNOLOGY.

03:33PM 4         NOW, THE, THE PROPOSAL OF THE GOVERNMENT IS THAT, WELL,

03:33PM 5    EVEN THOUGH THIS WAS A TRADE SECRET, YOU SHOULD HAVE FOUND SOME

03:33PM 6    WAY TO DISCLOSE IT TO YOUR INVESTORS.

03:33PM 7         BUT THE EVIDENCE SUGGESTS AT THE TIME THAT THE INVESTORS

03:33PM 8    WERE VERY WELL AWARE THAT THERANOS HAD TRADE SECRETS OF WHICH

03:33PM 9    THEY DID NOT HAVE KNOWLEDGE.

03:33PM 10        LET'S LOOK AT THIS EMAIL FROM MR. MOSLEY REACTING TO AN

03:33PM 11   ARTICLE ABOUT MS. HOLMES IN "THE NEW YORKER."

03:33PM 12        HE SAYS, YOU KNOW, I THOUGHT THE PIECE WAS POSITIVE, BUT

03:33PM 13   THEY SPENT TOO MUCH TIME SPECULATING AS TO WHY YOUR TECHNOLOGY

03:33PM 14   IS CONFIDENTIAL, WHICH SHOULD BE OBVIOUS TO ANYONE.

03:33PM 15        THAT'S A COMMENT FROM MR. MOSLEY, WHO IS ONE OF THE

03:33PM 16   INVESTORS YOU SAW TESTIFY HERE.

03:34PM 17        NOW, AFTER THE DECISION WAS MADE TO USE THESE MODIFIED

03:34PM 18   MACHINES, THE SHIFT IN FOCUS CAME IN CONNECTION WITH THE 4

03:34PM 19   SERIES.  I TALKED ABOUT THAT WITH YOU A LITTLE EARLIER IN MY

03:34PM 20   PRESENTATION.

03:34PM 21        AT THAT POINT THERANOS'S FOCUS WAS NOT TO GET THE 4.0

03:34PM 22   DEVICE INTO THE LAB.  IT WASN'T READY AT THE TIME OF THE LAUNCH

03:34PM 23   WITH WALGREENS, AS MS. HOLMES TOLD YOU.

03:34PM 24        AND THERANOS DECIDED THAT THE PATH THAT IT WOULD PURSUE

03:34PM 25   WITH THE 4.0 DEVICE WAS TO GET APPROVAL FROM THE FDA AS SOON AS

03:34PM   1    AND AS BROADLY AS IT COULD BECAUSE WHEN IT ACHIEVED THAT, IT

03:34PM   2    COULD TAKE THOSE DEVICES AND THEN DEPLOY THEM IN THE STORE.

03:34PM   3         NOW, WALGREENS DID LAUNCH IN SEPTEMBER OF 2013.  THERE WAS

03:34PM   4    A LOT OF FOCUS ON DATES IN CONNECTION WITH THIS LAUNCH.

03:34PM   5         I THINK IT'S FAIR TO SAY, WITHOUT CHARACTERIZING THINGS,

03:34PM   6    THAT THE LAUNCH OF SERVICES IN SEPTEMBER WAS A SOFT LAUNCH OR A

03:35PM   7    LIMITED LAUNCH WHERE IT WAS FRIENDS AND FAMILY WHO WERE ABLE TO

03:35PM   8    USE THE SERVICES.  YOU SAW THAT VERY FEW PEOPLE WERE ACTUALLY

03:35PM   9    BEING TESTED AT THAT TIME.

03:35PM  10         THERANOS WORKED ON A MARKETING PITCH WITH CHIAT/DAY, YOU

03:35PM  11    HEARD TESTIMONY ABOUT THAT, AND THEIR ADVICE WAS THAT THERANOS

03:35PM  12    OUGHT TO HAVE PUBLICITY WHICH EXPLAINED WHAT THERANOS WAS.

03:35PM  13         WHY?  WELL, THERANOS WAS LAUNCHING AS PART OF ANOTHER

03:35PM  14    RETAIL STORE.  THERANOS WAS IN WALGREENS.

03:35PM  15         AND IF YOU WALK INTO A WALGREENS AND YOU GET A BLOOD TEST,

03:35PM  16    UNLESS IT WAS THOUGHT OF AS A SEPARATE BRAND, PEOPLE LOSE TRACK

03:35PM  17    OF YOU.  THEY THOUGHT IT WAS WALGREENS WHO WAS PERFORMING THE

03:35PM  18    TESTS.

03:35PM  19         SO THE WORK BEGAN TO TRY TO PUBLICIZE THERANOS THROUGH

03:35PM  20    NEWSPAPER ARTICLES AND SO FORTH, AND THE FIRST OF THOSE

03:35PM  21    ARTICLES IS THE ARTICLE THAT WAS WRITTEN BY JOSEPH RAGO IN THE

03:35PM  22    FALL OF 2013.

03:35PM  23         THAT'S THE EXPLANATION FOR WHAT HAPPENED PRIOR TO AND AT

03:36PM  24    THE TIME OF THE LAUNCH.

03:36PM  25         NOW, YOU KNOW THAT THERANOS DID LAUNCH, AND THERE WAS

03:36PM 1   TESTIMONY IN THE CASE BY MR. JHAVERI THAT AT SOME POINT, IN HIS

03:36PM 2   PERCEPTION, THE ROLLOUT OF STORES RUN BY THERANOS WITHIN

03:36PM 3   WALGREENS WAS SLOWING AND THAT IT WASN'T GOING TO RECOVER DUE

03:36PM 4   TO VENOUS DRAWS.

03:36PM 5       LET ME COMMENT ON THAT A BIT.  I THINK IT'S MAYBE AN

03:36PM 6   UNDERREPRESENTATION OF THE RECORD.

03:36PM 7       FIRST OF ALL, WHEN MR. JHAVERI INTERACTED WITH MS. HOLMES,

03:36PM 8   ALL OF THE INTERACTIONS WERE VERY POSITIVE AND OPTIMISTIC AS IN

03:36PM 9   THIS EMAIL THAT HE SENT TO HER IN SEPTEMBER OF 2014, WHICH IS

03:36PM 10  PRECISELY THE TIME IN WHICH HE SAYS THAT THE LAUNCH WAS BEING

03:36PM 11  SLOWED.

03:36PM 12      BUT LET ME PUT THIS WHOLE DEBATE AND DISCUSSION IN A

03:36PM 13  BROADER CONTEXT WITH RESPECT TO SOMETHING THAT MR. SCHENK DID

03:37PM 14  NOT MENTION AS PART OF HIS REMARKS.

03:37PM 15      WALGREENS AND THERANOS HAD A CONTRACT UNDER WHICH THERANOS

03:37PM 16  WAS TO LAUNCH IN 3,000 STORES IN THE 24 MONTHS FOLLOWING

03:37PM 17  DECEMBER 31ST, 2013.  THEY HAD AGREED THAT THE ROLLOUT WOULD

03:37PM 18  CONSIST OF 3,000 STORES IN THAT TIMEFRAME.

03:37PM 19      THERE WAS A LITTLE BIT OF A MODIFICATION IN THAT NUMBER

03:37PM 20  OVER TIME.  IN MARCH OF 2014, THE NUMBER WAS LOWERED TO ABOUT

03:37PM 21  500 BASED ON, BASED ON PROGRESS AND DECISIONS AS TO WHAT

03:37PM 22  GEOGRAPHY THE ROLLOUT WOULD TAKE PLACE IN.

03:37PM 23      BUT ALL OF THIS WAS GOVERNED NOT BY THE PERCEPTIONS OF ONE

03:37PM 24  EMPLOYEE OF WALGREENS OR THE TESTIMONY OF SOMEONE TODAY, IT WAS

03:37PM 25  DEFINED BY THIS CONTRACT WHICH DISCUSSED WHAT THE EXPECTATIONS

03:38PM 1    OF THE PARTIES WERE.

03:38PM 2        NOW, MR. JHAVERI, THE BASIC THRUST OF MR. JHAVERI'S

03:38PM 3    TESTIMONY WAS, WELL, IF THE PERCENTAGE OF VENOUS DRAWS IN OUR

03:38PM 4    STORES DIDN'T GO DOWN, WE WEREN'T GOING TO CONTINUE TO ROLLOUT.

03:38PM 5        WELL, THE CONTRACT DIDN'T CONTAIN ANY LANGUAGE OR ANY

03:38PM 6    REQUIREMENT THAT THERANOS MEET A CERTAIN NUMBER OF TESTS.

03:38PM 7        THERE WAS NOT A METRIC THAT WAS DEFINED BETWEEN THE

03:38PM 8    PARTIES AT ALL AS TO WHETHER STORES WOULD CONTINUE TO ROLLOUT.

03:38PM 9        IT WASN'T IDENTIFIED AS ANY KIND OF PERFORMANCE STANDARD

03:38PM 10   THAT THERANOS HAD TO MEET.  IT IS SIMPLY AN ISSUE THAT CAME UP

03:38PM 11   AS PART OF MR. JHAVERI'S DISCUSSIONS WITH MR. BALWANI.

03:38PM 12       MS. HOLMES, IN FACT, UNDERSTOOD THAT THE PARTNERSHIP

03:38PM 13   BETWEEN WALGREENS AND THERANOS WAS GOING WELL.  IN 2014, AS YOU

03:38PM 14   RECALL, SHE WAS SENT THESE, THESE CUSTOMER FEEDBACK SLIDES

03:39PM 15   WHICH COMMENTED ON THE EXPERIENCE OF PATIENTS WHO VISITED

03:39PM 16   WALGREENS STORES.

03:39PM 17       THE OVERALL EXPERIENCE OF THOSE PATIENTS WAS EXCELLENT,

03:39PM 18   ABOUT 4.85 OUT OF 5.

03:39PM 19       AND WITH RESPECT TO MR. JHAVERI'S COMMENTS ABOUT HIS

03:39PM 20   INTERACTIONS WITH MR. BALWANI, MS. HOLMES CONTINUED TO ENGAGE

03:39PM 21   WITH WALGREENS EXECUTIVES HERSELF.  SHE TESTIFIED ABOUT HER

03:39PM 22   MEETINGS WITH MR. GOURLAY.

03:39PM 23       THE GOVERNMENT SAYS THAT SHE KNEW THAT STORES WEREN'T

03:39PM 24   GOING TO CONTINUE TO ROLLOUT BECAUSE OF ONE TEXT THAT SHE

03:39PM 25   RECEIVED IN NOVEMBER OF 2014, ONE TEXT THAT SHE RECEIVED FROM

03:39PM 1    MR. BALWANI WHICH THEY HAVE REPEATEDLY SHOWN.

03:39PM 2        WHAT DO WE KNOW ABOUT THE TIMING OF THAT TEXT?  WE KNOW

03:39PM 3    THAT TWO WEEKS LATER MS. HOLMES HAD A MEETING WITH AN

03:39PM 4    INDIVIDUAL TO WHOM MR. JHAVERI REPORTED IN WALGREENS, AND THAT

03:40PM 5    THEY AGREED AT THAT MEETING THAT THERANOS WOULD CONTINUE TO

03:40PM 6    ROLL OUT IN WALGREENS STORES.  THIS IS WELL AFTER ANY OF THE

03:40PM 7    INVESTORS WHO WERE THE SUBJECT OF TESTIMONY TESTIFIED DURING

03:40PM 8    THE COURSE OF THIS CASE.

03:40PM 9        THERE SIMPLY IS NOT EVIDENCE THAT MS. HOLMES IN 2014

03:40PM 10   THOUGHT THERE WAS NOT GOING TO BE A WALGREENS PARTNERSHIP.

03:40PM 11       NOW, I WANT TO ASK A BASIC QUESTION ABOUT THE CONDUCT OF

03:40PM 12   MS. HOLMES WITHIN THERANOS, BUT NOT WITH THE EMPLOYEES.

03:40PM 13       I WANT TO ASK A QUESTION OF YOU TO CONSIDER AS TO IF

03:40PM 14   MS. HOLMES WERE A CRIMINAL, AS THE GOVERNMENT ALLEGES, WHAT

03:40PM 15   KIND OF A BOARD OF DIRECTORS WOULD SHE APPOINT?  WOULD SHE

03:40PM 16   APPOINT CRONIES OR PEOPLE WHO MIGHT FOLLOW HER INSTRUCTIONS?

03:40PM 17   YOU WOULD THINK SO.

03:41PM 18       BUT SHE APPOINTED THESE PEOPLE, AN INCREDIBLY ILLUSTRIOUS

03:41PM 19   GROUP OF PEOPLE, WHO HAD EXPERIENCE OVER TIME IN THE TECHNOLOGY

03:41PM 20   INDUSTRY, IN THE MEDICAL INDUSTRY, IN GOVERNMENT, IN RETAIL,

03:41PM 21   MANY, MANY DIFFERENT AREAS THAT TOUCHED ON THERANOS'S OPERATION

03:41PM 22   AND IN WHICH SHE COULD GET CANDID AND DIRECT FEEDBACK.

03:41PM 23       GENERAL MATTIS TESTIFIED THE BOARD WAS VERY ENGAGED, THEY

03:41PM 24   WERE VERY STRONG INDIVIDUALS, THEY GAVE FEEDBACK, THEY WERE

03:41PM 25   CAPABLE OF ASKING QUESTIONS.

CLOSING ARGUMENT BY MR. DOWNEY

03:41PM 1      IT'S CLEAR FROM THE BOARD DOCUMENTS OVER TIME THAT THE

03:41PM 2  BOARD WAS TOLD ABOUT THE DEVELOPMENT OF THE 4.0 SERIES AS EARLY

03:41PM 3  AS 2010.  THEY SAW THE INSIDE OF THE DEVICE, JUST AS YOU HAVE

03:41PM 4  SEEN DURING THE COURSE OF THIS TRIAL.

03:41PM 5      NOW, I WANT TO ASK A QUESTION WITH RESPECT TO THE LIST OF

03:41PM 6  INDIVIDUALS THAT YOU LOOKED AT.  DO YOU THINK THAT MS. HOLMES,

03:42PM 7  IN CONNECTION WITH UNDERTAKING HER WORK AT THERANOS, DECIDED

03:42PM 8  THAT SHE WOULD ASSEMBLE THAT GROUP OF INDIVIDUALS FOR PURPOSES

03:42PM 9  OF CONDUCTING A CRIMINAL CONSPIRACY?

03:42PM 10      THAT SEEMS TO ME, LADIES AND GENTLEMEN, TO BE VERY, VERY

03:42PM 11  UNLIKELY.  AND THAT'S AN ADDITIONAL JUDGMENT OF HER INTENT THAT

03:42PM 12  YOU CAN CONSIDER AS PART OF YOUR DELIBERATIONS.

03:42PM 13      YOUR HONOR, I'M AT SORT OF A BREAKING POINT THERE.  I KNOW

03:42PM 14  YOU WANTED TO BREAK AT 3:45.

03:42PM 15          THE COURT:  WELL, LET'S DO THAT.  LET'S TAKE OUR

03:42PM 16  EVENING BREAK NOW IF THIS IS A GOOD TIME FOR YOU, MR. DOWNEY.

03:42PM 17      WE'LL DO THAT AND WE'LL RESUME AGAIN AT 9:00 A.M.

03:42PM 18  TOMORROW, LADIES AND GENTLEMEN.

03:42PM 19      WE'LL RESUME AGAIN TOMORROW AT 9:00 A.M., LADIES AND

03:43PM 20  GENTLEMEN, AND WE'LL CONTINUE WITH CLOSING ARGUMENTS THEN AND

03:43PM 21  ANY REBUTTAL THAT THE GOVERNMENT HAS.

03:43PM 22      SO DURING THE BREAK, DURING THE EVENING, PLEASE AGAIN --

03:43PM 23  IT'S EVER MORE IMPORTANT NOW THAT YOU'RE IN THE MIDDLE OF

03:43PM 24  ARGUMENTS TO AVOID, DO NOT DISCUSS, DO NOT READ, LISTEN TO, OR

03:43PM 25  IN ANY WAY TRY TO INFORM YOURSELVES ABOUT ANY INFORMATION ABOUT

CLOSING ARGUMENT BY MR. DOWNEY

03:43PM 1    THIS CASE OTHER THAN WHAT YOU'VE LEARNED HERE IN THIS

03:43PM 2    COURTROOM.

03:43PM 3        TOMORROW MORNING I WILL ASK YOU THE QUESTION OF WHETHER OR

03:43PM 4    NOT ANY OF THAT HAS HAPPENED AS TO EACH OF YOU.

03:43PM 5        SO ANYTHING FURTHER BEFORE WE BREAK FOR THE AFTERNOON?

03:43PM 6            MR. DOWNEY:  NOT FROM US, YOUR HONOR.

03:43PM 7            THE COURT:  MR. SCHENK?

03:43PM 8            MR. SCHENK:  NO, YOUR HONOR.

03:43PM 9            THE COURT:  ALL RIGHT.  WE'LL BREAK THIS AFTERNOON

03:43PM 10   NOW.  HAVE A GOOD EVENING.

03:43PM 11       WE'LL SEE YOU TOMORROW MORNING, LADIES AND GENTLEMEN.

03:44PM 12       (JURY OUT AT 3:44 P.M.)

03:44PM 13           THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

03:44PM 14   YOU.

03:44PM 15       THE RECORD SHOULD REFLECT THAT OUR JURY HAS LEFT FOR THE

03:44PM 16   DAY.

03:44PM 17       BEFORE WE RECESS FOR THE DAY, LET ME CALL ON THE PARTIES,

03:44PM 18   ANYTHING FURTHER FROM THE GOVERNMENT?

03:44PM 19           MR. SCHENK:  NO, YOUR HONOR.  THANK YOU.

03:44PM 20           THE COURT:  MR. DOWNEY?

03:44PM 21           MR. DOWNEY:  NOTHING FROM US, YOUR HONOR.

03:44PM 22           THE COURT:  IS 9:00 O'CLOCK TOMORROW A GOOD TIME TO

03:44PM 23   START THEN?

03:44PM 24       I'LL BE HERE EARLY.  IF THE PARTIES NEED TO BRING ANYTHING

03:44PM 25   TO OUR ATTENTION, WE CAN TAKE THAT UP.

CLOSING ARGUMENT BY MR. DOWNEY

03:44PM  1          HAVE A GOOD EVENING.

03:44PM  2                 MR. SCHENK:  THANK YOU, YOUR HONOR.

03:44PM  3                 MR. LEACH:  THANK YOU, YOUR HONOR.

03:44PM  4                 MR. DOWNEY:  THANK YOU, YOUR HONOR.

03:44PM  5                 MR. WADE:  THANK YOU, YOUR HONOR.

03:44PM  6             THE CLERK:  COURT IS ADJOURNED.

03:44PM  7          (COURT ADJOURNED AT 3:44 P.M.)

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          _____
            IRENE RODRIGUEZ, CSR, CRR
            CERTIFICATE NUMBER 8076
17

18          _____

19          LEE-ANNE SHORTRIDGE, CSR, CRR
            CERTIFICATE NUMBER 9595
20

21          DATED:  DECEMBER 16, 2021

22

23

24

25