```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,      )  CR-18-00258-EJD
                               )
              PLAINTIFF,       )  SAN JOSE, CALIFORNIA
                               )
        VS.                    )  VOLUME 48
                               )
ELIZABETH A. HOLMES,           )  DECEMBER 21, 2021
                               )
              DEFENDANT.       )  PAGES 9354 - 9359
_____    )


             TRANSCRIPT OF TRIAL PROCEEDINGS
         BEFORE THE HONORABLE EDWARD J. DAVILA
              UNITED STATES DISTRICT JUDGE
```

A P P E A R A N C E S:

```
FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                      BY:  JOHN C. BOSTIC
                           JEFFREY B. SCHENK
                      150 ALMADEN BOULEVARD, SUITE 900
                      SAN JOSE, CALIFORNIA 95113

                      BY:  ROBERT S. LEACH
                           KELLY VOLKAR
                      1301 CLAY STREET, SUITE 340S
                      OAKLAND, CALIFORNIA 94612


     (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                      IRENE L. RODRIGUEZ, CSR, RMR, CRR
                      CERTIFICATE NUMBER 8074
                      LEE-ANNE SHORTRIDGE, CSR, CRR
                      CERTIFICATE NUMBER 9595

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
           TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1      A P P E A R A N C E S:  (CONT'D)
 2

 3      FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   SEEMA ROPER
                                     AMY SAHARIA
 6                                   ANDREW LEMENS
                                     PATRICK LOOBY
 7                              725 TWELFTH STREET, N.W.
                                WASHINGTON, D.C. 20005
 8
                                LAW OFFICE OF JOHN D. CLINE
 9                              BY:  JOHN D. CLINE
                                ONE EMBARCADERO CENTER, SUITE 500
10                              SAN FRANCISCO, CALIFORNIA 94111

11
        ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
12                              BY:  ADELAIDA HERNANDEZ
```

|    |    |
|----|----|
| 1  | SAN JOSE, CALIFORNIA                    DECEMBER 21, 2021 |
| 2  | P R O C E E D I N G S |
| 03:17PM  3 | (COURT CONVENED AT 3:17 P.M.) |
| 03:17PM  4 | (JURY OUT AT 3:17 P.M.) |
| 03:17PM  5 | THE COURT: WE ARE ON THE RECORD IN THE HOLMES |
| 03:17PM  6 | MATTER. ALL COUNSEL IS PRESENT. MS. HOLMES IS PRESENT. |
| 03:17PM  7 | COUNSEL, I JUST WANTED TO LET YOU KNOW THAT WE RECEIVED A |
| 03:17PM  8 | NOTE FROM THE JURY, AND THIS WAS RECEIVED AT 3:30 P.M. -- |
| 03:17PM  9 | 3:30 P.M. |

03:17PM 10    MS. KRATZMANN, IF YOU COULD MAKE PHOTOCOPIES OF THE NOTE.
03:17PM 11  WE'LL DISTRIBUTE THE NOTE TO COUNSEL NOW.
03:17PM 12         (DISCUSSION OFF THE RECORD.)
03:17PM 13             THE COURT: IT SAYS 3:30.
03:18PM 14         (LAUGHTER.)
03:18PM 15         (PAUSE IN PROCEEDINGS.)
03:18PM 16             THE COURT: SO, COUNSEL, YOU HAVE THE NOTE. IT'S
03:18PM 17  NOTE NUMBER 1, AND I'LL READ THE JURY'S NOTE.
03:18PM 18         "THE JURY HAS THE FOLLOWING QUESTION:
03:18PM 19         "CAN THE JURY TAKE JURY INSTRUCTIONS HOME TO REVIEW THEM
03:18PM 20  AT LENGTH."
03:18PM 21         IT'S SIGNED BY A JUROR, AND IT'S DATED 12-21. IT HAS A
03:18PM 22  TIME 3:30 P.
03:18PM 23         COUNSEL, THE COURT'S RESPONSE IS "NO."
03:19PM 24         I DON'T KNOW -- I'M HAPPY TO HEAR FROM YOU IF YOU WOULD
03:19PM 25  LIKE TO ADD TO THAT RESPONSE.

```
03:19PM   1              (DISCUSSION OFF THE RECORD.)
03:19PM   2              THE COURT:  LET ME JUST INDICATE THE COURT -- FIRST
03:19PM   3    OF ALL, THE JURORS MAY NOT TAKE THE INSTRUCTIONS HOME TO
03:19PM   4    REVIEW.  THE COURT VIEWS THAT AS ENGAGING IN DELIBERATIONS, AND
03:19PM   5    AS WE ALL KNOW, ALL DELIBERATIONS MUST TAKE PLACE ONLY IN THE
03:19PM   6    JURY DELIBERATION ROOM.
03:19PM   7         IF I WERE TO ADD ANYTHING TO THAT ANSWER "NO," I WOULD ADD
03:19PM   8    WHAT I JUST SAID.
03:19PM   9              MR. DOWNEY:  YOUR HONOR, WE DON'T DISAGREE WITH
03:19PM  10    THAT, AND I THINK IT MAY BE CONTRARY TO AN INSTRUCTION THAT
03:19PM  11    YOUR HONOR HAS ALREADY GIVEN.  WE DON'T DISAGREE THAT "NO" IS A
03:19PM  12    SUFFICIENT ANSWER.
03:19PM  13              THE COURT:  OKAY.
03:19PM  14              MR. SCHENK:  YOUR HONOR, WE ALSO AGREE WITH THAT
03:19PM  15    JURY INSTRUCTION NUMBER 1 INFORMS THE JURY THAT A COPY IS IN
03:20PM  16    THE JURY ROOM.  IF THE COURT WANTS TO ADD TO IT, IT COULD CITE
03:20PM  17    TO THAT INSTRUCTION AND FURTHER CLARIFY THAT THE INSTRUCTIONS
03:20PM  18    SHOULD NOT BE TAKEN OUT OF THE DELIBERATION ROOM.
03:20PM  19              THE COURT:  OKAY.  WOULD YOU LIKE TO CRAFT SOMETHING
03:20PM  20    NOW OR DO YOU -- LET ME TURN TO THE DEFENSE.
03:20PM  21         THIS IS AN OPPORTUNITY FOR US, IF YOU WOULD LIKE, TO PUT
03:20PM  22    TOGETHER, AND MS. KRATZMANN HAS HER DEVICE READY.  ANYTHING IN
03:20PM  23    ADDITION TO "NO"?  DO YOU WANT A MINUTE TO TALK AT YOUR TABLES?
03:20PM  24              (DISCUSSION OFF THE RECORD.)
03:21PM  25              MR. DOWNEY:  YOUR HONOR, JUST FOR PERFECT CLARITY
```

```
03:21PM   1    FOR THE JURY, THE DEFENSE SUGGESTS THAT WE SAY, "ALL
03:21PM   2    DELIBERATIONS MUST OCCUR IN THE JURY ROOM.  NO."
03:21PM   3             MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT.
03:21PM   4             THE COURT:  OKAY.  MS. KRATZMANN, COULD YOU PRINT
03:21PM   5    OUT THREE COPIES OF THOSE AND DISTRIBUTE THEM TO COUNSEL AND
03:21PM   6    THE COURT?
03:21PM   7             THE CLERK:  YES, YOUR HONOR.
03:21PM   8         (PAUSE IN PROCEEDINGS.)
03:22PM   9             THE CLERK:  (HANDING.)
03:22PM  10             THE COURT:  THANK YOU.
03:22PM  11             THE CLERK:  YOU'RE WELCOME.
03:22PM  12             THE COURT:  COUNSEL, DO YOU HAVE THE PROPOSED
03:22PM  13    RESPONSE IN FRONT OF YOU?
03:22PM  14        IT READS IN RESPONSE TO JURY NOTE NUMBER 1, "ALL
03:22PM  15    DELIBERATIONS MUST OCCUR IN THE JURY ROOM.  NO."
03:22PM  16             MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT,
03:22PM  17    YOUR HONOR.
03:22PM  18             MR. DOWNEY:  THAT'S FINE WITH THE DEFENSE.
03:22PM  19             THE COURT:  ALL RIGHT.  THANK YOU.  SHOULD I PUT THE
03:22PM  20    TIME DOWN 3:23 P.M.?
03:23PM  21             MR. SCHENK:  YES, YOUR HONOR.
03:23PM  22             THE COURT:  ALL RIGHT.  I'LL DO THAT.  I'LL SIGN IT,
03:23PM  23    AND WE'LL SEND THIS BACK.
03:23PM  24             MR. DOWNEY:  VERY WELL.
03:23PM  25             THE COURT:  ALL RIGHT.  I'VE SIGNED THE NOTE AND THE
```

```
03:23PM   1        RESPONSE.  WE'LL SEND IT BACK TO THE JURY AND AWAIT ANY FURTHER
03:23PM   2        WORD.
03:23PM   3                   MR. DOWNEY:  THANK YOU, YOUR HONOR.
03:23PM   4                   MR. SCHENK:  THANK YOU, YOUR HONOR.
03:23PM   5                   THE COURT:  ANYTHING FURTHER?
03:23PM   6                   MR. DOWNEY:  NO, YOUR HONOR.
03:23PM   7                   THE COURT:  ALL RIGHT.  THANK YOU.
03:23PM   8                   THE CLERK:  COURT IS ADJOURNED.
03:23PM   9            (RECESS TAKEN AT 3:23 PENDING THE DELIBERATIONS OF THE
03:23PM  10        JURY.)
         11
         12
         13
         14
         15
         16
         17
         18
         19
         20
         21
         22
         23
         24
         25
```

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: DECEMBER 21, 2021