```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION


UNITED STATES OF AMERICA,      )   CR-18-00258-EJD
                               )
              PLAINTIFF,       )   SAN JOSE, CALIFORNIA
                               )
         VS.                   )   VOLUME 48
                               )
ELIZABETH A. HOLMES,           )   DECEMBER 21, 2021
                               )
              DEFENDANT.       )   PAGES 9354 - 9359
_____)


              TRANSCRIPT OF TRIAL PROCEEDINGS
         BEFORE THE HONORABLE EDWARD J. DAVILA
              UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:     UNITED STATES ATTORNEY'S OFFICE
                       BY:  JOHN C. BOSTIC
                            JEFFREY B. SCHENK
                       150 ALMADEN BOULEVARD, SUITE 900
                       SAN JOSE, CALIFORNIA 95113

                       BY:  ROBERT S. LEACH
                            KELLY VOLKAR
                       1301 CLAY STREET, SUITE 340S
                       OAKLAND, CALIFORNIA 94612

         (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                       IRENE L. RODRIGUEZ, CSR, RMR, CRR
                       CERTIFICATE NUMBER 8074
                       LEE-ANNE SHORTRIDGE, CSR, CRR
                       CERTIFICATE NUMBER 9595

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
            TRANSCRIPT PRODUCED WITH COMPUTER
```

```
A P P E A R A N C E S:  (CONT'D)


FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                         BY:  KEVIN M. DOWNEY
                              LANCE A. WADE
                              KATHERINE TREFZ
                              SEEMA ROPER
                              AMY SAHARIA
                              ANDREW LEMENS
                              PATRICK LOOBY
                         725 TWELFTH STREET, N.W.
                         WASHINGTON, D.C. 20005

                         LAW OFFICE OF JOHN D. CLINE
                         BY:  JOHN D. CLINE
                         ONE EMBARCADERO CENTER, SUITE 500
                         SAN FRANCISCO, CALIFORNIA 94111


ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                         BY:  ADELAIDA HERNANDEZ
```

```
            1    SAN JOSE, CALIFORNIA                    DECEMBER 21, 2021
            2                       P R O C E E D I N G S
03:17PM     3        (COURT CONVENED AT 3:17 P.M.)
03:17PM     4        (JURY OUT AT 3:17 P.M.)
03:17PM     5            THE COURT:  WE ARE ON THE RECORD IN THE HOLMES
03:17PM     6    MATTER.  ALL COUNSEL IS PRESENT.  MS. HOLMES IS PRESENT.
03:17PM     7        COUNSEL, I JUST WANTED TO LET YOU KNOW THAT WE RECEIVED A
03:17PM     8    NOTE FROM THE JURY, AND THIS WAS RECEIVED AT 3:30 P.M. --
03:17PM     9    3:30 P.M.
03:17PM    10        MS. KRATZMANN, IF YOU COULD MAKE PHOTOCOPIES OF THE NOTE.
03:17PM    11    WE'LL DISTRIBUTE THE NOTE TO COUNSEL NOW.
03:17PM    12        (DISCUSSION OFF THE RECORD.)
03:17PM    13            THE COURT:  IT SAYS 3:30.
03:18PM    14        (LAUGHTER.)
03:18PM    15        (PAUSE IN PROCEEDINGS.)
03:18PM    16            THE COURT:  SO, COUNSEL, YOU HAVE THE NOTE.  IT'S
03:18PM    17    NOTE NUMBER 1, AND I'LL READ THE JURY'S NOTE.
03:18PM    18        "THE JURY HAS THE FOLLOWING QUESTION:
03:18PM    19        "CAN THE JURY TAKE JURY INSTRUCTIONS HOME TO REVIEW THEM
03:18PM    20    AT LENGTH."
03:18PM    21        IT'S SIGNED BY A JUROR, AND IT'S DATED 12-21.  IT HAS A
03:18PM    22    TIME 3:30 P.
03:18PM    23        COUNSEL, THE COURT'S RESPONSE IS "NO."
03:19PM    24        I DON'T KNOW -- I'M HAPPY TO HEAR FROM YOU IF YOU WOULD
03:19PM    25    LIKE TO ADD TO THAT RESPONSE.
```

```
03:19PM  1              (DISCUSSION OFF THE RECORD.)
03:19PM  2              THE COURT:  LET ME JUST INDICATE THE COURT -- FIRST
03:19PM  3   OF ALL, THE JURORS MAY NOT TAKE THE INSTRUCTIONS HOME TO
03:19PM  4   REVIEW.  THE COURT VIEWS THAT AS ENGAGING IN DELIBERATIONS, AND
03:19PM  5   AS WE ALL KNOW, ALL DELIBERATIONS MUST TAKE PLACE ONLY IN THE
03:19PM  6   JURY DELIBERATION ROOM.
03:19PM  7        IF I WERE TO ADD ANYTHING TO THAT ANSWER "NO," I WOULD ADD
03:19PM  8   WHAT I JUST SAID.
03:19PM  9              MR. DOWNEY:  YOUR HONOR, WE DON'T DISAGREE WITH
03:19PM 10   THAT, AND I THINK IT MAY BE CONTRARY TO AN INSTRUCTION THAT
03:19PM 11   YOUR HONOR HAS ALREADY GIVEN.  WE DON'T DISAGREE THAT "NO" IS A
03:19PM 12   SUFFICIENT ANSWER.
03:19PM 13              THE COURT:  OKAY.
03:19PM 14              MR. SCHENK:  YOUR HONOR, WE ALSO AGREE WITH THAT
03:19PM 15   JURY INSTRUCTION NUMBER 1 INFORMS THE JURY THAT A COPY IS IN
03:20PM 16   THE JURY ROOM.  IF THE COURT WANTS TO ADD TO IT, IT COULD CITE
03:20PM 17   TO THAT INSTRUCTION AND FURTHER CLARIFY THAT THE INSTRUCTIONS
03:20PM 18   SHOULD NOT BE TAKEN OUT OF THE DELIBERATION ROOM.
03:20PM 19              THE COURT:  OKAY.  WOULD YOU LIKE TO CRAFT SOMETHING
03:20PM 20   NOW OR DO YOU -- LET ME TURN TO THE DEFENSE.
03:20PM 21        THIS IS AN OPPORTUNITY FOR US, IF YOU WOULD LIKE, TO PUT
03:20PM 22   TOGETHER, AND MS. KRATZMANN HAS HER DEVICE READY.  ANYTHING IN
03:20PM 23   ADDITION TO "NO"?  DO YOU WANT A MINUTE TO TALK AT YOUR TABLES?
03:20PM 24              (DISCUSSION OFF THE RECORD.)
03:21PM 25              MR. DOWNEY:  YOUR HONOR, JUST FOR PERFECT CLARITY
```

```
03:21PM   1    FOR THE JURY, THE DEFENSE SUGGESTS THAT WE SAY, "ALL
03:21PM   2    DELIBERATIONS MUST OCCUR IN THE JURY ROOM.  NO."
03:21PM   3              MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT.
03:21PM   4              THE COURT:  OKAY.  MS. KRATZMANN, COULD YOU PRINT
03:21PM   5    OUT THREE COPIES OF THOSE AND DISTRIBUTE THEM TO COUNSEL AND
03:21PM   6    THE COURT?
03:21PM   7              THE CLERK:  YES, YOUR HONOR.
03:21PM   8         (PAUSE IN PROCEEDINGS.)
03:22PM   9              THE CLERK:  (HANDING.)
03:22PM  10              THE COURT:  THANK YOU.
03:22PM  11              THE CLERK:  YOU'RE WELCOME.
03:22PM  12              THE COURT:  COUNSEL, DO YOU HAVE THE PROPOSED
03:22PM  13    RESPONSE IN FRONT OF YOU?
03:22PM  14         IT READS IN RESPONSE TO JURY NOTE NUMBER 1, "ALL
03:22PM  15    DELIBERATIONS MUST OCCUR IN THE JURY ROOM.  NO."
03:22PM  16              MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT,
03:22PM  17    YOUR HONOR.
03:22PM  18              MR. DOWNEY:  THAT'S FINE WITH THE DEFENSE.
03:22PM  19              THE COURT:  ALL RIGHT.  THANK YOU.  SHOULD I PUT THE
03:22PM  20    TIME DOWN 3:23 P.M.?
03:23PM  21              MR. SCHENK:  YES, YOUR HONOR.
03:23PM  22              THE COURT:  ALL RIGHT.  I'LL DO THAT.  I'LL SIGN IT,
03:23PM  23    AND WE'LL SEND THIS BACK.
03:23PM  24              MR. DOWNEY:  VERY WELL.
03:23PM  25              THE COURT:  ALL RIGHT.  I'VE SIGNED THE NOTE AND THE
```

| | | |
|---|---|---|
| 03:23PM | 1 | RESPONSE.  WE'LL SEND IT BACK TO THE JURY AND AWAIT ANY FURTHER |
| 03:23PM | 2 | WORD. |
| 03:23PM | 3 | MR. DOWNEY:  THANK YOU, YOUR HONOR. |
| 03:23PM | 4 | MR. SCHENK:  THANK YOU, YOUR HONOR. |
| 03:23PM | 5 | THE COURT:  ANYTHING FURTHER? |
| 03:23PM | 6 | MR. DOWNEY:  NO, YOUR HONOR. |
| 03:23PM | 7 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 03:23PM | 8 | THE CLERK:  COURT IS ADJOURNED. |
| 03:23PM | 9 | (RECESS TAKEN AT 3:23 PENDING THE DELIBERATIONS OF THE |
| 03:23PM | 10 | JURY.) |

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15                      _____
16                      IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8076
17
18                      _____
19                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
20
21                      DATED:  DECEMBER 21, 2021
22
23
24
25
```