```
 1
 2                        UNITED STATES DISTRICT COURT
 3                       NORTHERN DISTRICT OF CALIFORNIA
 4                              SAN JOSE DIVISION
 5
      UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
 6                                     )
                       PLAINTIFF,      )  SAN JOSE, CALIFORNIA
 7                                     )
                  VS.                  )  VOLUME 49
 8                                     )
      ELIZABETH A. HOLMES,             )  DECEMBER 23, 2021
 9                                     )
                       DEFENDANT.      )  PAGES 9360 - 9367
10    _____  )
11
                       TRANSCRIPT OF TRIAL PROCEEDINGS
12               BEFORE THE HONORABLE EDWARD J. DAVILA
                       UNITED STATES DISTRICT JUDGE
13
      A P P E A R A N C E S:
14
      FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
15                          BY:  JOHN C. BOSTIC
                                 JEFFREY B. SCHENK
16                          150 ALMADEN BOULEVARD, SUITE 900
                            SAN JOSE, CALIFORNIA 95113
17
                            BY:  ROBERT S. LEACH
18                               KELLY VOLKAR
                            1301 CLAY STREET, SUITE 340S
19                          OAKLAND, CALIFORNIA 94612
20         (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
      OFFICIAL COURT REPORTERS:
22                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                 CERTIFICATE NUMBER 8074
23                               LEE-ANNE SHORTRIDGE, CSR, CRR
                                 CERTIFICATE NUMBER 9595
24
             PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                 TRANSCRIPT PRODUCED WITH COMPUTER
```

```
 1         A P P E A R A N C E S:  (CONT'D)
 2

 3     FOR DEFENDANT HOLMES:    WILLIAMS & CONNOLLY LLP
                                BY:  KEVIN M. DOWNEY
 4                                   LANCE A. WADE
                                     KATHERINE TREFZ
 5                                   J.R. FLEURMONT
                                     SEEMA ROPER
 6                                   AMY SAHARIA
                                     ANDREW LEMENS
 7                                   PATRICK LOOBY
                                731 TWELFTH STREET, N.W.
 8                              WASHINGTON, D.C. 20005

 9                              LAW OFFICE OF JOHN D. CLINE
                                BY:  JOHN D. CLINE
10                              ONE EMBARCADERO CENTER, SUITE 500
                                SAN FRANCISCO, CALIFORNIA 94111
11

12     ALSO PRESENT:            FEDERAL BUREAU OF INVESTIGATION
                                BY:  ADELAIDA HERNANDEZ
13
                                OFFICE OF THE U.S. ATTORNEY
14                              BY:  MADDI WACHS, PARALEGAL
```

|         |    |                                                                |
|---------|----|----------------------------------------------------------------|
|         | 1  | SAN JOSE, CALIFORNIA                          DECEMBER 23, 2021 |
|         | 2  | P R O C E E D I N G S                                          |
| 12:30PM | 3  | (COURT CONVENED AT 12:30 P.M.)                                 |
| 12:30PM | 4  | (JURY OUT AT 12:30 P.M.)                                       |
| 12:30PM | 5  | THE COURT: WE'RE ON THE RECORD. WE'RE OUTSIDE OF               |
| 12:30PM | 6  | THE PRESENCE OF THE JURY. ALL COUNSEL AND MS. HOLMES IS        |
| 12:30PM | 7  | PRESENT.                                                       |
| 12:30PM | 8  | WE HAVE NOTE NUMBER 2 FROM THE JURY. AND MS. HOLMES HAS        |
| 12:30PM | 9  | PROVIDED THAT -- EXCUSE ME, MS. KRATZMANN HAS PROVIDED THAT TO |
| 12:30PM | 10 | EACH SIDE.                                                     |
| 12:30PM | 11 | I'LL READ THE NOTE. IT'S DATED 12-23, 11:39. IT'S NOTE         |
| 12:30PM | 12 | NUMBER 2. IT READS:                                            |
| 12:30PM | 13 | "WE WOULD LIKE TO LISTEN TO EXHIBITS 1348 (CLIPS 1-7, AND      |
| 12:30PM | 14 | F) AND 1349 (CLIP 1 AND A)."                                   |
| 12:31PM | 15 | AS COUNSEL RECALL, I INFORMED THE JURY THAT IF THEY WISHED     |
| 12:31PM | 16 | TO HEAR OR SEE ANY OF THE AUDIO VISUAL EXHIBITS, WE WOULD DO   |
| 12:31PM | 17 | THAT IN THE COURTROOM.                                         |
| 12:31PM | 18 | I UNDERSTAND THAT YOU HAVE LAPTOPS HERE THAT WILL BE ABLE      |
| 12:31PM | 19 | TO CALL THESE UP. I BELIEVE THESE ARE AUDIO CLIPS IF I'M NOT   |
| 12:31PM | 20 | MISTAKEN.                                                      |
| 12:31PM | 21 | SO WHAT I WOULD LIKE TO DO IS WE WILL INFORM THE JURY THAT     |
| 12:31PM | 22 | WE WILL PLAY THESE CLIPS IN THE COURTROOM, AND WE WILL INVITE  |
| 12:31PM | 23 | THEM IN ONCE ALL OF THE I.T., OR WHATEVER, IS SET UP TO DO     |
| 12:31PM | 24 | THAT.                                                          |
| 12:31PM | 25 | IN THE INTERIM, WHAT I WOULD LIKE COUNSEL TO DO IS TO          |

```
12:31PM   1    REACH AGREEMENT AS TO THE PORTIONS THAT YOU THINK SHOULD BE
12:32PM   2    PLAYED BASED ON THIS QUESTION, AND WHICH OF YOUR LAPTOPS IS
12:32PM   3    GOING TO PLAY IT, AND TEST RUN IT SO WE DON'T HAVE ANY HICCUPS.
12:32PM   4         AND I'LL STEP OFF THE BENCH NOW TO ALLOW YOU TO WORK THAT
12:32PM   5    OUT.
12:32PM   6         BEFORE I DO THAT, LET ME ASK A QUESTION TO EITHER SIDE.
12:32PM   7         DOES THE GOVERNMENT HAVE ANY COMMENT ON THIS?
12:32PM   8              MR. SCHENK:  NO.  THANK YOU, YOUR HONOR.
12:32PM   9              MR. DOWNEY:  NO, YOUR HONOR.
12:32PM  10              THE COURT:  ALL RIGHT.  THANK YOU THEN.  I'LL STEP
12:32PM  11    DOWN.
12:32PM  12         WHAT I WILL DO IS WE'LL ANSWER THE NOTE SAYING, "WE WILL
12:32PM  13    PLAY THESE CLIPS IN THE COURTROOM, AND WE WILL SUMMON THE JURY
12:32PM  14    INTO THE COURTROOM WHEN THEY'RE READY TO BE PLAYED, WHEN THE
12:32PM  15    CLIPS ARE READY TO BE PLAYED."
12:32PM  16         PARDON ME.
12:32PM  17         IS THAT SUFFICIENT?
12:32PM  18              MR. SCHENK:  YES, YOUR HONOR.
12:32PM  19              MR. DOWNEY:  YES, YOUR HONOR.
12:32PM  20              THE COURT:  MS. KRATZMANN, IF YOU COULD PROVIDE A
12:33PM  21    COPY TO EACH SIDE.
12:33PM  22              THE CLERK:  YES, YOUR HONOR.
12:33PM  23              THE COURT:  THANK YOU.
12:33PM  24         (PAUSE IN PROCEEDINGS.)
12:33PM  25              THE CLERK:  (HANDING.)
```

```
12:33PM   1              THE COURT:  GREAT.  THANK YOU.
12:33PM   2         DO YOU EACH HAVE A COPY OF WHAT MS. KRATZMANN TYPED?  IS
12:33PM   3   THIS AN APPROPRIATE ANSWER?
12:33PM   4              MR. SCHENK:  YES, YOUR HONOR.
12:33PM   5              MR. DOWNEY:  YES, YOUR HONOR.
12:33PM   6              THE COURT:  ALL RIGHT.  THANK YOU.
12:33PM   7         I'LL SIGN THIS.
12:34PM   8         MS. KRATZMANN, IF YOU CAN GIVE THAT TO THE JURY.
12:34PM   9         SHOULD I STEP DOWN NOW AND ALLOW YOU TO WORK OUT THE
12:34PM  10   LOGISTICS OF THIS?
12:34PM  11              MR. SCHENK:  THAT WOULD BE FINE.  THANK YOU.
12:34PM  12              THE COURT:  ALL RIGHT.  AND JUST SING OUT WHEN
12:34PM  13   YOU'RE READY TO GO, AND WE'LL COME OUT, WE'LL BRING THE JURY
12:34PM  14   OUT, AND WE'LL PLAY THOSE CLIPS.
12:34PM  15              MR. DOWNEY:  THANK YOU.
12:34PM  16              THE COURT:  ALL RIGHT.  THANK YOU.
12:34PM  17              THE CLERK:  COURT IS IN RECESS.
12:34PM  18            (RECESS FROM 12:34 P.M. UNTIL 12:46 P.M.)
12:46PM  19              THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.
12:46PM  20   ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.
12:46PM  21         WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.
12:46PM  22         HAVE COUNSEL HAD AN OPPORTUNITY TO REVIEW THE REQUESTED
12:46PM  23   CLIPS, AND HAVE YOU SET THOSE UP SOMEHOW SO THEY CAN BE PLAYED?
12:46PM  24              MR. SCHENK:  YES, YOUR HONOR.
12:46PM  25              MR. DOWNEY:  WE HAVE, YOUR HONOR.
```

| | | |
|---|---|---|
| 12:46PM | 1 | THE COURT: AND BY THAT I MEAN YOU HAVE AGREEMENT ON |
| 12:46PM | 2 | WHAT IS GOING TO BE PLAYED AND WHICH SIDE IS GOING TO DO THIS? |
| 12:46PM | 3 | MR. DOWNEY: YES. THE GOVERNMENT IS GOING TO DO IT, |
| 12:46PM | 4 | YOUR HONOR, AND WE'LL PLAY THE CLIPS SEQUENTIALLY AS ASKED FOR. |
| 12:46PM | 5 | THE COURT: OKAY. TERRIFIC. |
| 12:46PM | 6 | IF THERE'S NOTHING ELSE, WE'LL SUMMON THE JURY IN THEN. |
| 12:48PM | 7 | (JURY IN AT 12:48 P.M.) |
| 12:48PM | 8 | THE COURT: ALL RIGHT. THANK YOU. PLEASE BE |
| 12:49PM | 9 | SEATED. |
| 12:49PM | 10 | WE ARE ON THE RECORD IN THE HOLMES MATTER. ALL COUNSEL |
| 12:49PM | 11 | ARE PRESENT. MS. HOLMES IS PRESENT. OUR JURY IS NOW PRESENT. |
| 12:49PM | 12 | THANK YOU, LADIES AND GENTLEMEN. I RECEIVED A NOTE FROM |
| 12:49PM | 13 | THE JURY, WHICH I HAVE SHARED WITH COUNSEL. THE NOTE I'LL READ |
| 12:49PM | 14 | AT THIS TIME IS, "WE WOULD LIKE TO LISTEN TO EXHIBITS 1348 |
| 12:49PM | 15 | (CLIPS 1-7, AND F) AND 1349 (CLIP 1 AND A)." |
| 12:49PM | 16 | I RECEIVED THAT. I HAVE TALKED TO COUNSEL ABOUT THIS, |
| 12:49PM | 17 | LADIES AND GENTLEMEN OF THE JURY, AND I BELIEVE COUNSEL HAVE |
| 12:49PM | 18 | AGREED ON THE PLAYING OF THIS, OF THIS CLIP. AND PER THE NOTE |
| 12:49PM | 19 | OF THE JURY, I'LL ASK THAT WE BEGIN WITH EXHIBIT 1348, AND |
| 12:49PM | 20 | WE'LL PLAY CLIPS 1-7 AND F. |
| 12:50PM | 21 | CAN YOU DO THAT, MR. SCHENK? |
| 12:50PM | 22 | MR. SCHENK: YES, YOUR HONOR. |
| 12:50PM | 23 | THE COURT: THANK YOU. |
| 12:50PM | 24 | (AN AUDIO TAPED PLAYED IN OPEN COURT OFF THE RECORD.) |
| 12:52PM | 25 | THE COURT: DOES THAT CONCLUDE 1348, 1-7 AND F? |

| | | |
|---|---|---|
| 12:53PM | 1 | MR. SCHENK: NO, YOUR HONOR. THAT WAS 1348-1. |
| 12:53PM | 2 | THE COURT: ALL RIGHT. THANK YOU. |
| 12:53PM | 3 | (AN AUDIOTAPE PLAYED IN OPEN COURT OFF THE RECORD.) |
| 01:14PM | 4 | THE COURT: MR. SCHENK, DOES THAT CONCLUDE 1348? |
| 01:14PM | 5 | MR. SCHENK: YES, YOUR HONOR. |
| 01:14PM | 6 | THE COURT: CLIPS 1 THROUGH 7 AND F? |
| 01:14PM | 7 | MR. SCHENK: YES. |
| 01:14PM | 8 | THE COURT: ALL RIGHT. THANK YOU. |
| 01:15PM | 9 | AND NOW, IF YOU WOULD, WE WILL PLAY 1349, CLIP 1 AND A. |
| 12:53PM | 10 | (AN AUDIOTAPE PLAYED IN OPEN COURT OFF THE RECORD.) |
| 01:28PM | 11 | THE COURT: DOES THAT CONCLUDE 1349, CLIP 1 AND A? |
| 01:28PM | 12 | MR. SCHENK: YES, YOUR HONOR. |
| 01:28PM | 13 | THE COURT: ALL RIGHT. THANK YOU. |
| 01:28PM | 14 | DOES THAT -- PAYING THOSE TWO CLIPS PER THE NOTE, DOES |
| 01:28PM | 15 | THAT SATISFY THE QUESTION OF THE JURY THAT WAS PRESENTED? |
| 01:28PM | 16 | ANY HANDS UP THAT SAY THAT IT DOESN'T? |
| 01:28PM | 17 | I SEE NO HANDS. |
| 01:28PM | 18 | THEN I'LL ASK THE JURY TO RETURN AND TO THEIR |
| 01:28PM | 19 | DELIBERATIONS. THANK YOU VERY MUCH. |
| 01:29PM | 20 | (JURY OUT AT 1:29 P.M.) |
| 01:29PM | 21 | THE COURT: PLEASE BE SEATED. THANK YOU. |
| 01:29PM | 22 | THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT THE |
| 01:29PM | 23 | COURTROOM TO CONTINUE DELIBERATIONS. ALL COUNSEL AND |
| 01:29PM | 24 | MS. HOLMES ARE STILL PRESENT. |
| 01:29PM | 25 | ANYTHING FURTHER, MR. SCHENK? |

|  |  |
|---|---|
| 01:29PM | 1 |
| 01:29PM | 2 |
| 01:29PM | 3 |
| 01:29PM | 4 |
| 01:29PM | 5 |
| 01:29PM | 6 |
| 01:29PM | 7 |

1        MR. SCHENK:  NO.

2        MR. DOWNEY:  NO, YOUR HONOR.

3        THE COURT:  ALL RIGHT.  THANK YOU.  WE'LL BE IN

4   RECESS UNTIL WE HEAR ANYTHING FURTHER.  THANK YOU.

5        THE CLERK:  COURT IS IN RECESS.

6      (RECESS TAKEN PENDING THE DELIBERATIONS OF THE JURY AT

7   1:29 P.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES COURT REPORTERS

```
 1
 2
 3                      CERTIFICATE OF REPORTERS
 4
 5
 6
 7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
 8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
 9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15                                 _____
16                                 IRENE RODRIGUEZ, CSR, CRR
                                   CERTIFICATE NUMBER 8076
17
18                                 _____
19                                 LEE-ANNE SHORTRIDGE, CSR, CRR
                                   CERTIFICATE NUMBER 9595
20
21                                 DATED:  DECEMBER 23, 2021
22
23
24
25
```