1             UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                 SAN JOSE DIVISION

4

   UNITED STATES OF AMERICA,        )  CR-18-00258-EJD
5                                    )
                   PLAINTIFF,        )  SAN JOSE, CALIFORNIA
6                                    )
         VS.                         )  VOLUME 51
7                                    )
   ELIZABETH A. HOLMES,             )  JANUARY 3, 2022
8                                    )
                   DEFENDANT.        )  PAGES 9384 - 9439
9   _____ )  **PAGES 9409 - 9417 SEALED**

10

11           TRANSCRIPT OF TRIAL PROCEEDINGS
        BEFORE THE HONORABLE EDWARD J. DAVILA
12           UNITED STATES DISTRICT JUDGE

13  A P P E A R A N C E S:

14  FOR THE PLAINTIFF:    UNITED STATES ATTORNEY'S OFFICE
                          BY:  JOHN C. BOSTIC
15                             JEFFREY B. SCHENK
                          150 ALMADEN BOULEVARD, SUITE 900
16                        SAN JOSE, CALIFORNIA 95113

17                        BY:  ROBERT S. LEACH
                               KELLY VOLKAR
18                        1301 CLAY STREET, SUITE 340S
                          OAKLAND, CALIFORNIA 94612
19
         (APPEARANCES CONTINUED ON THE NEXT PAGE.)
20

21  OFFICIAL COURT REPORTERS:
                          IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                        CERTIFICATE NUMBER 8074
                          LEE-ANNE SHORTRIDGE, CSR, CRR
23                        CERTIFICATE NUMBER 9595

24      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER
25

```
 1      A P P E A R A N C E S:  (CONT'D)

 2

 3     FOR DEFENDANT HOLMES:   WILLIAMS & CONNOLLY LLP
                               BY:  KEVIN M. DOWNEY
 4                                  LANCE A. WADE
                                    KATHERINE TREFZ
 5                                  J.R. FLEURMONT
                                    SEEMA ROPER
 6                             725 TWELFTH STREET, N.W.
                               WASHINGTON, D.C. 20005
 7

 8     ALSO PRESENT:           FEDERAL BUREAU OF INVESTIGATION
                               BY:  ADELAIDA HERNANDEZ
 9
                               OFFICE OF THE U.S. ATTORNEY
10                             BY:  LAKISHA HOLLIMAN, PARALEGAL
                                    MADDI WACHS, PARALEGAL
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JANUARY 3, 2022 |
| | 2 | P R O C E E D I N G S |
| 10:47AM | 3 | (COURT CONVENED AT 10:47 A.M.) |
| 10:47AM | 4 | (JURY OUT AT 10:47 A.M.) |
| 10:47AM | 5 | THE COURT:  WE ARE ON THE RECORD IN THE HOLMES |
| 10:47AM | 6 | MATTER.  ALL COUNSEL ARE PRESENT.  MS. HOLMES IS PRESENT. |
| 10:47AM | 7 | WE ARE OUTSIDE OF THE PRESENCE OF THE JURY.  THE JURY |
| 10:47AM | 8 | CONTINUES TO DELIBERATE. |
| 10:47AM | 9 | WE RECEIVED A NOTE FROM THE JURY.  THIS IS NOTE NUMBER 3. |
| 10:47AM | 10 | IT WAS RECEIVED AT 9:55.  MS. KRATZMANN WILL PROVIDE COUNSEL |
| 10:47AM | 11 | THE NOTE NOW. |
| 10:48AM | 12 | THE CLERK:  (HANDING.) |
| 10:48AM | 13 | COUNSEL, I'M GOING TO GIVE YOU A MOMENT TO DISCUSS AT YOUR |
| 10:48AM | 14 | TABLES, AND THEN I'LL ASK FOR ANY COMMENTS THAT YOU MIGHT HAVE. |
| 10:49AM | 15 | (PAUSE IN PROCEEDINGS.) |
| 10:51AM | 16 | THE COURT:  COUNSEL, LET ME ASK THIS, WOULD YOU |
| 10:51AM | 17 | BENEFIT FROM ME STEPPING DOWN AND HAVING -- GIVING YOU SOME |
| 10:51AM | 18 | TIME? |
| 10:51AM | 19 | MR. LEACH:  NOT FROM THE GOVERNMENT, YOUR HONOR.  WE |
| 10:51AM | 20 | THINK WE HAVE A POSITION BASED ON THE NOTE.  WE'RE HAPPY TO |
| 10:51AM | 21 | CONFER WITH THE DEFENSE. |
| 10:51AM | 22 | THE COURT:  OKAY.  ALL RIGHT. |
| 10:51AM | 23 | MR. DOWNEY:  YOUR HONOR, I THINK THAT -- LET US TAKE |
| 10:51AM | 24 | AN OPPORTUNITY TO CONFER WITH THE GOVERNMENT, BUT I DON'T THINK |
| 10:51AM | 25 | THAT WILL TAKE MORE THAN A FEW MOMENTS.  I DON'T KNOW IF |

10:51AM 1    YOUR HONOR WANTS TO STEP DOWN.

10:51AM 2             THE COURT:  I'M HAPPY TO STAY HERE IF YOU'RE

10:51AM 3    COMFORTABLE WITH THAT.  THAT'S FINE.

10:51AM 4        (DISCUSSION AMONGST ALL COUNSEL OFF THE RECORD.)

10:53AM 5             MR. DOWNEY:  I THINK WE'RE READY, YOUR HONOR.

10:53AM 6             THE COURT:  ALL RIGHT.  THANK YOU.

10:53AM 7        I DO HAVE THE NOTE.  I'LL READ IT AT THIS TIME.  IT'S

10:53AM 8    DATED TODAY'S DATE.  IT IS TIME STAMPED 9:55.  IT IS NOTE

10:53AM 9    NUMBER 3.

10:53AM 10       AND THE NOTE READS AS FOLLOWS:  "WE ARE UNABLE TO COME TO

10:53AM 11   A UNANIMOUS VERDICT ON 3 OF THE COUNTS."

10:54AM 12       IT'S SIGNED BY A JUROR.

10:54AM 13       I WANTED TO DIRECT COUNSEL TO 7.7.  I THINK YOU'VE

10:54AM 14   REFERENCED THAT ALREADY PERHAPS.

10:54AM 15       AND I'M HAPPY TO HEAR FROM THE PARTIES.  HOW YOU WOULD

10:54AM 16   LIKE TO PROCEED.

10:54AM 17            MR. LEACH:  GOOD MORNING, YOUR HONOR.  THANK YOU.

10:54AM 18       MAY I REMOVE MY MASK?

10:54AM 19            THE COURT:  PLEASE.  YES, PLEASE.

10:54AM 20            MR. LEACH:  WE AGREE WITH THE COURT'S INCLINATION

10:54AM 21   THAT THE COURT SHOULD GIVE MODEL INSTRUCTION 7.7.  I WOULD

10:54AM 22   RECOMMEND IN THE FIRST SENTENCE RATHER THAN SAYING "IN THIS

10:54AM 23   CASE," AND REPLACE THAT WITH "ON THREE OF THE COUNTS," AS

10:54AM 24   REFLECTED IN THE NOTE.

10:54AM 25            AND OUR POSITION IS THAT THE COURT SHOULD GIVE INSTRUCTION

10:54AM 1     7.7 MODIFIED TO THE NUMBER OF COUNTS AND PROVIDE NO OTHER

10:55AM 2     INSTRUCTIONS AT THIS POINT.

10:55AM 3              MR. DOWNEY:  YOUR HONOR, IF YOU'RE TO GIVE 7.7, WE

10:55AM 4     ASK THAT THE COURT GIVE THE INSTRUCTION AS TO BURDEN OF PROOF

10:55AM 5     AS CONTEMPLATED UNDER UNITED STATES VERSUS QUINTERO-BARRAZA,

10:55AM 6     78 F.3D 1344 AT 1350, THAT'S THE NINTH CIRCUIT IN 1995,

10:55AM 7     ALTHOUGH IT'S NOT MANDATORY.  THE NINTH CIRCUIT SUGGESTS IT'S

10:55AM 8     HELPFUL TO COUNTERACT ANY COERCIVE EFFECT.

10:55AM 9          AS TO GIVING 7.7 AT THIS STAGE, I THINK THE JURORS ARE

10:55AM 10    DISTINGUISHING BETWEEN COUNTS.

10:55AM 11         AS I READ THE NOTE, I THINK THEY'RE DISTINGUISHING BETWEEN

10:55AM 12    COUNTS AS TO WHICH THEY CAN AND CANNOT REACH A VERDICT.

10:55AM 13         I THINK 7.7 IS PROBABLY UNNECESSARY AND RUNS THE RISK OF

10:56AM 14    BEING COERCIVE.

10:56AM 15         SO I UNDERSTAND THAT 7.7 IS GIVEN IN CASES OF DEADLOCK,

10:56AM 16    BUT GIVEN THE LENGTH OF DELIBERATIONS ALREADY AND THE LENGTH OF

10:56AM 17    TRIAL, ET CETERA, WE WOULD OBJECT TO THE COURT GIVING 7.7.

10:56AM 18              THE COURT:  OKAY.  THANK YOU.

10:56AM 19              MR. LEACH:  YOUR HONOR, WE'VE RECEIVED TWO NOTES

10:56AM 20    FROM THE JURY.  ONE WAS, I THINK, TO REPLAY CERTAIN TESTIMONY,

10:56AM 21    AND I THINK THE OTHER ONE WAS NOT TERRIBLY SUBSTANTIVE.

10:56AM 22         THIS IS ONLY THE THIRD TIME WE HAVE HEARD FROM THEM.  I

10:56AM 23    THINK THE AMOUNT OF TIME THAT THEY HAVE BEEN WORKING HARD IS A

10:56AM 24    REASON TO GIVE THE INSTRUCTION, NOT TO REFRAIN FROM GIVING THE

10:56AM 25    INSTRUCTION.  I THINK THE NINTH CIRCUIT HAS PROPOSED LANGUAGE

10:56AM 1    THAT IS NOT COERCIVE, AND GIVEN THE LENGTH OF THE TRIAL AND THE

10:56AM 2    ABSENCE OF ANY DISSENSION TO DATE, COUNSEL IS IN FAVOR OF

10:56AM 3    GIVING IT, AND WE WOULD URGE THE COURT TO DO SO.

10:56AM 4              THE COURT:  ALL RIGHT.  THANK YOU.

10:56AM 5         THE -- I HAVE 7.7 IN FRONT OF ME.  I THINK -- I HEARD YOU

10:57AM 6    INDICATE A QUOTE ON THE FIRST LINE, AND I'M NOT SURE -- PERHAPS

10:57AM 7    WE DON'T HAVE THE SAME COPY.

10:57AM 8              MR. LEACH:  I'M WORKING FROM THE ELECTRONIC VERSION

10:57AM 9    ON THE NINTH CIRCUIT'S WEBSITE, YOUR HONOR.

10:57AM 10        AND WHAT I'M LOOKING AT READS, "MEMBERS OF THE JURY,

10:57AM 11   YOU'VE REPORTED THAT YOU HAVE BEEN UNABLE TO REACH A UNANIMOUS

10:57AM 12   VERDICT IN THIS CASE."

10:57AM 13        I WOULD REPLACE THE WORDS "IN THIS CASE" WITH "ON THREE OF

10:57AM 14   THE COUNTS."

10:57AM 15             THE COURT:  ALL RIGHT.  THANK YOU.

10:57AM 16        MR. DOWNEY, WHAT ARE YOUR OBJECTIONS TO THE COURT GIVING

10:57AM 17   7.7 NOW?

10:57AM 18        AND WE'LL NOTE THAT I BELIEVE THIS IS DAY SEVEN OF THE

10:57AM 19   DELIBERATIONS.  OF COURSE THE FIRST DAY WAS ABOUT 30 MINUTES I

10:57AM 20   THINK, THAT FRIDAY THE 17TH, I THINK IT WAS ONLY ABOUT

10:58AM 21   30 MINUTES.

10:58AM 22        THE RECORD SHOULD REFLECT, AS I'VE SAID, THE QUESTION WAS

10:58AM 23   PROVIDED AT 9:55, AND I BELIEVE THE JURORS BEGAN THEIR

10:58AM 24   DELIBERATIONS TODAY ABOUT 8:30, MAYBE A LITTLE AFTER THAT, AND

10:58AM 25   THEY CONTINUE TO DELIBERATE NOW.

10:58AM   1          BUT MR. DOWNEY?

10:58AM   2              MR. DOWNEY:  WELL, YOUR HONOR, I THINK JUST TO FRAME

10:58AM   3      THE TIMEFRAME CORRECTLY, I THINK THIS IS THE EIGHTH DAY IF WE

10:58AM   4      COUNT THE TAIL END OF THE DAY WHERE THEY BEGAN DELIBERATING ON

10:58AM   5      A FRIDAY AFTERNOON.

10:58AM   6          I THINK THE NOTE REFLECTS THAT THEY ARE CAPABLE OF

10:58AM   7      DISTINGUISHING BETWEEN COUNTS, AND IT'S NOT A NOTE THAT IS

10:58AM   8      ISSUED, I THINK, TO US LIGHTLY.  THEY'VE BEEN AT IT OVER A VERY

10:58AM   9      LONG PERIOD OF TIME, EVEN THOUGH IT'S -- THE COURT IS

10:58AM  10      CHARACTERIZING IT AS ONLY THE EIGHTH DAY, THEY HAVE ACTUALLY

10:59AM  11      BEEN DELIBERATING SINCE THE AFTERNOON OF THE 17TH.  EXHAUSTION

10:59AM  12      IS ALWAYS A FACTOR THAT INCREASES THE RISK WITH RESPECT TO AN

10:59AM  13      INSTRUCTION THAT CAN BE HEARD AS COERCIVE.

10:59AM  14          SO I THINK I WOULD SAY THE LENGTH OF DELIBERATIONS, NOT

10:59AM  15      ONLY IN TERMS OF NUMBER OF DAYS, BUT THE PERIOD OVER WHICH

10:59AM  16      DELIBERATIONS HAVE TAKEN PLACE, RUNS THE RISK OF COERCION.

10:59AM  17          BUT IF THE COURT IS INCLINED TO GIVE THE INSTRUCTION, I

10:59AM  18      WOULD JUST URGE THE COURT, YOU KNOW, 18 DAYS OUT FROM HAVING

10:59AM  19      GIVEN INSTRUCTIONS, THAT THE COURT REITERATE THE APPROPRIATE

10:59AM  20      BURDEN OF PROOF IN THE INSTRUCTION.

10:59AM  21              THE COURT:  THANK YOU.  WE DO NOTE THAT THIS JURY

10:59AM  22      HAS AT LEAST THEIR INDICATIONS WHERE THEY TOOK LAST WEDNESDAY

10:59AM  23      -- EXCUSE ME, LAST WEDNESDAY WAS THE LAST DAY THAT THEY

10:59AM  24      DELIBERATED, I BELIEVE, AND THEY CHOSE TO TAKE THE THURSDAY

10:59AM  25      BEFORE THE HOLIDAY OFF.  OF COURSE THEY WERE PERMITTED TO DO

10:59AM 1      SO.  THEY SET THEIR OWN SCHEDULE.

10:59AM 2           SO THEY'RE NOW JUST BACK FROM THAT BREAK THAT THEY SET

11:00AM 3      THEMSELVES.

11:00AM 4           MR. DOWNEY, OF COURSE THE COURT MUST MAKE, AND I WILL

11:00AM 5      MAKE, SOME INQUIRY AS TO THIS NOTE.  THE QUESTION IS SHOULD THE

11:00AM 6      COURT GIVE 7.7 NOW OR SHOULD THE COURT MAKE INQUIRY RECOGNIZING

11:00AM 7      THE NOTE AND MAKE INQUIRY NOW AS TO -- FROM THE FOREPERSON AS

11:00AM 8      TO HIS FEELINGS ON THE DELIBERATION STATUS?

11:00AM 9           MR. DOWNEY:  WELL, YOUR HONOR, I THINK IF THE COURT

11:00AM 10     IS INCLINED TO GIVE 7.7, I THINK INQUIRY IS APPROPRIATE AND MAY

11:00AM 11     EVEN BE REQUIRED TO DETERMINE THE EXTENT OF DEADLOCK.

11:00AM 12          I'M INFERRING FROM THE CONTEXT SOMETHING ABOUT THE NOTE,

11:00AM 13     BUT I CERTAINLY THINK IF THE COURT THINKS IT DOESN'T CONVEY

11:00AM 14     WHAT I READ IT TO CONVEY, I THINK -- THE COURT IS, I THINK,

11:00AM 15     OBLIGATED UNDER NINTH CIRCUIT LAW TO MAKE SOME FORM OF INQUIRY.

11:00AM 16          THE COURT:  RIGHT.  I AGREE WITH YOU.  I THINK I DO

11:01AM 17     HAVE TO.  THE JURY HAS INDICATED IN THEIR NOTE THAT THERE ARE

11:01AM 18     THREE COUNTS THAT THEY'RE UNABLE TO REACH UNANIMOUS VERDICT ON.

11:01AM 19          NOW, I COULD GIVE THE ALLEN WITH THE PRESUMPTION OF

11:01AM 20     INNOCENCE INSTRUCTION.

11:01AM 21          AGAIN, MR. LEACH, DO YOU HAVE ANY THOUGHTS ON THAT?

11:01AM 22          MR. LEACH:  I DON'T THINK IT'S REQUIRED, YOUR HONOR,

11:01AM 23     BUT I CERTAINLY DON'T THINK IT WOULD BE ERROR TO REMIND THEM

11:01AM 24     THAT THEY MUST BE UNANIMOUS AND MUST FIND THE ELEMENTS BEYOND A

11:01AM 25     REASONABLE DOUBT.

11:01AM 1        I WOULD ALSO NOTE TO THE COURT THAT THERE IS A MODEL

11:01AM 2   INSTRUCTION 7.8 FOR A POST-ALLEN INQUIRY THAT SUGGESTS --

11:01AM 3            THE COURT:  RIGHT.

11:01AM 4            MR. LEACH:  -- QUESTIONS THAT, IF THE COURT IS GOING

11:01AM 5   TO VOIR DIRE NOW, MIGHT BE APPROPRIATE.

11:01AM 6            THE COURT:  WELL, THAT'S THE, THAT'S REALLY THE

11:01AM 7   QUESTION HERE THAT THE COURT HAS, AND I WANT TO GET YOUR

11:01AM 8   THOUGHTS ON THAT.

11:01AM 9        THE COURT COULD -- I KNOW 7.8 HAS THE POST-ALLEN

11:02AM 10  QUESTIONS.  OFTENTIMES THOSE QUESTIONS ARE USED AT THE FIRST

11:02AM 11  INSTANCE OF RECEIVING A NOTE LIKE THIS.

11:02AM 12           MR. DOWNEY:  THAT'S RIGHT, YOUR HONOR.

11:02AM 13       AND I THINK, UNLESS I'M MISREADING THE MODEL INSTRUCTIONS,

11:02AM 14  I THINK THERE'S A MODEL RULE THAT CONTEMPLATES A PRE-ALLEN

11:02AM 15  INQUIRY IN 54(A).

11:02AM 16           THE COURT:  AND I COULD -- WHEN I LOOK AT THIS, I

11:02AM 17  UNDERSTAND THE COERCIVE CONSTRAINTS ABOUT GIVING ALLEN, AND

11:02AM 18  NONE OF US WANT TO IN ANY WAY SUGGEST TO THE JURY THAT --

11:02AM 19  ANYTHING COERCIVE TO THE JURY IN REGARDS TO THEIR

11:02AM 20  DELIBERATIONS.

11:02AM 21       WHEN I LOOK AT 7.8, IT DOES HAVE, AND I THINK WE'RE

11:02AM 22  LOOKING AT THE SAME PAGE, IT DOES HAVE THE COLLOQUY THAT I

11:02AM 23  THINK LOOKING AT THAT COLLOQUY IS -- IT CUTS TO THE CHASE, IF

11:03AM 24  YOU'LL PARDON ME FOR PUTTING IT THAT WAY, IT ASKS THE

11:03AM 25  FOREPERSON TO SPEAK TO THE STATUS AND STATE OF THE

11:03AM 1    DELIBERATIONS AT THIS TIME.

11:03AM 2       MR. LEACH?

11:03AM 3         MR. LEACH:  I DON'T THINK IT'S ERROR, YOUR HONOR.

11:03AM 4     I DO THINK THAT IT'S EARLY IN THE DAY.  THIS IS THE FIRST

11:03AM 5    NOTE THAT WE'VE GOTTEN INDICATING THAT THERE'S SOME DISSENSION

11:03AM 6    ON ANY COUNTS.

11:03AM 7     THIS WAS A LONG TRIAL.  BOTH SIDES HAVE AN INTEREST IN

11:03AM 8    RESOLUTION ONE WAY OR ANOTHER ON ALL OF THE COUNTS, AND I THINK

11:03AM 9    THE LANGUAGE IN 7.7 IS CAREFULLY TAILORED TO NOT BE COERCIVE.

11:03AM 10     AND SO I DON'T SEE ANY RISK OF COERCION WITHOUT THAT TYPE

11:03AM 11    OF INQUIRY, BUT IT CERTAINLY WOULDN'T -- IT CERTAINLY COULD AID

11:03AM 12    THE INQUIRY.  IT WOULDN'T BE ERROR FOR THE COURT TO ASK THE 7.8

11:03AM 13    QUESTIONS NOW RATHER THAN AFTER THE ALLEN CHARGE.

11:03AM 14       MR. DOWNEY:  YOUR HONOR, WE CERTAINLY DON'T OBJECT

11:03AM 15    TO THE INQUIRY.  I MIGHT NOTE THAT I THINK THE REQUIREMENT AS

11:04AM 16    WELL IS THAT THE JURY BE POLLED AS YOUR HONOR I THINK KNOWS.

11:04AM 17       THE COURT:  WELL, WHEN THEY -- YOU'RE TALKING ABOUT

11:04AM 18    WHEN A VERDICT IS RECEIVED OR INDIVIDUALLY?

11:04AM 19     MY INTENT WOULD BE TO ASK THEM THE 7.8 LANGUAGE AT SOME

11:04AM 20    POINT AND THEN TO ASK THE JURORS IF THEY'RE IN AGREEMENT WITH

11:04AM 21    WHATEVER THAT STATEMENT IS.

11:04AM 22       MR. DOWNEY:  THAT'S RIGHT, THAT'S RIGHT, YOUR HONOR.

11:04AM 23    THAT IS WHAT I'M CONVEYING.

11:04AM 24       THE COURT:  RIGHT.

11:04AM 25     THE SECOND QUESTION IS IF THE JURY, DEPENDING ON THEIR

9394

11:04AM  1    ANSWER, THEY'LL GO BACK AND I'LL ASK THEM TO LET US KNOW WHEN

11:04AM  2    AND IF THEY'RE ABLE TO RETURN A VERDICT.

11:04AM  3        IF THERE IS -- IF IT REMAINS AS IT SEEMS IN THIS NOTE,

11:04AM  4    THEN THE QUESTION IS WHEN AND SHOULD THE COURT DECLARE A

11:04AM  5    MISTRIAL AS TO ANY COUNTS WHERE THERE'S A LACK OF UNANIMITY?

11:04AM  6        YOUR THOUGHTS?

11:04AM  7            MR. DOWNEY:  WELL, YOUR HONOR, I HAVE MADE MY

11:05AM  8    POSITION CLEAR AS TO RECHARGING THEM.  I THINK IF THEY COME

11:05AM  9    BACK IN RESPONSE TO THE INQUIRY AND INDICATE THAT THEY'RE WHERE

11:05AM  10   I THINK THEY ARE BASED ON MY READING OF THE NOTE, THEN I THINK

11:05AM  11   WE PROBABLY HAVE A MISTRIAL AS TO THOSE COUNTS.

11:05AM  12           MR. LEACH:  I DON'T HAVE AN IMMEDIATE REACTION,

11:05AM  13   YOUR HONOR, BUT I THINK IT WOULD BE APPROPRIATE TO TAKE THE

11:05AM  14   VERDICT AND CONFIRM THAT THEY'RE DEADLOCKED ON THOSE THREE

11:05AM  15   COUNTS.

11:05AM  16           THE COURT:  YES.

11:05AM  17           MR. LEACH:  BUT THAT'S SOMETHING THAT I HAVEN'T

11:05AM  18   CONSIDERED BEFORE COMING UP HERE.

11:05AM  19           THE COURT:  WELL, WE'LL SEE WHAT THE VERDICT FORM

11:05AM  20   SAYS OF COURSE, AND THEN THE COURT INTENDS TO POLL THE JURY AS

11:05AM  21   TO WHATEVER VERDICTS THEY HAVE REACHED DEPENDING ON HOW THE

11:05AM  22   FORM IS COMPLETED.

11:05AM  23       WELL, LET ME DO THIS, LET ME --

11:05AM  24       MR. DOWNEY, IF THE COURT READS 7.7, YOU'RE ASKING THAT THE

11:06AM  25   COURT ALSO READ JURY INSTRUCTION NUMBER 2?

11:06AM 1     MR. DOWNEY:  WOULD YOU GIVE ME A MOMENT, YOUR HONOR?

11:06AM 2 LET ME JUST CONSULT WITH --

11:06AM 3     THE COURT:  OF COURSE.

11:06AM 4   (DISCUSSION OFF THE RECORD.)

11:06AM 5     MR. DOWNEY:  THAT'S RIGHT, YOUR HONOR, ON PAGE 3.

11:06AM 6     MR. LEACH:  FORGIVE ME, YOUR HONOR.  WHAT NUMBER WAS

11:06AM 7 THAT?

11:06AM 8     THE COURT:  IT WAS JURY INSTRUCTION NUMBER 2, AND

11:06AM 9 IT'S FOUND ON PAGE 3 OF THE FINAL JURY INSTRUCTIONS.

11:06AM 10     MR. LEACH:  YES.  NO OBJECTION.

11:06AM 11     THE COURT:  ALL RIGHT.  ANY OBJECTION TO THAT,

11:06AM 12 MR. DOWNEY?

11:06AM 13     MR. DOWNEY:  NO, YOUR HONOR.  BUT I WOULDN'T OBJECT

11:06AM 14 TO 3.2 EITHER IN THE MODEL.

11:07AM 15     THE COURT:  I'M SORRY, 3.2 DID YOU SAY?

11:07AM 16     MR. DOWNEY:  AND I THINK WHAT WE HAVE DONE IS PRETTY

11:07AM 17 CLOSE TO THAT.  SO JURY INSTRUCTION 2 IS FINE FROM OUR

11:07AM 18 PERSPECTIVE.

11:07AM 19     THE COURT:  ALL RIGHT.  ALL RIGHT.  THANK YOU.

11:08AM 20   ALL RIGHT.  THANK YOU.  I WILL READ 7.7 WITH MR. LEACH'S

11:08AM 21 SUGGESTED MODIFICATIONS.  THE FIRST LINE WE WILL MODIFY "TO

11:08AM 22 REACH A UNANIMOUS VERDICT ON THREE OF THE COUNTS."

11:08AM 23   I'LL READ THE FOLLOWING PARAGRAPHS, AND THEN I'LL CONCLUDE

11:08AM 24 BY INFORMING THE JURY THAT I'M GOING TO READ JURY INSTRUCTION

11:08AM 25 NUMBER 2.

11:08AM  1          AND THEN I'LL ASK THEM THEN TO RETURN TO THE JURY ROOM AND

11:08AM  2     CONTINUE DELIBERATIONS, AND WE'LL AWAIT ANY FURTHER WORD FROM

11:08AM  3     THE JURY.

11:08AM  4          ALL RIGHT.  LET'S BRING THEM IN.  THANK YOU.

11:08AM  5             MR. LEACH:  THANK YOU, YOUR HONOR.

11:08AM  6        (PAUSE IN PROCEEDINGS.)

11:11AM  7        (JURY IN AT 11:11 A.M.)

11:11AM  8             THE COURT:  THANK YOU.  PLEASE BE SEATED.

11:11AM  9          WE ARE ON THE RECORD IN THE HOLMES MATTER.  ALL COUNSEL

11:11AM 10     ARE PRESENT.  MS. HOLMES IS PRESENT.  THE JURY IS PRESENT.

11:11AM 11          GOOD MORNING, LADIES AND GENTLEMEN.

11:11AM 12          I JUST WANT TO CONFIRM THAT THE COURT DID RECEIVE NOTE

11:11AM 13     NUMBER 3 FROM THE JURY.  THE NOTE READS:  "WE ARE UNABLE TO

11:11AM 14     COME TO A UNANIMOUS VERDICT ON 3 OF THE COUNTS."

11:11AM 15          LADIES AND GENTLEMEN, WHAT I WOULD LIKE TO DO IS TO READ

11:11AM 16     TO YOU AN ADDITIONAL INSTRUCTION, ACTUALLY TWO, AND THEN I'M

11:11AM 17     GOING TO ASK YOU TO CONTINUE DELIBERATIONS AFTER YOU HEAR

11:11AM 18     THESE.  SO PLEASE DO LISTEN CLOSELY.

11:11AM 19          MEMBERS OF THE JURY, YOU HAVE REPORTED THAT YOU HAVE BEEN

11:12AM 20     UNABLE TO REACH A UNANIMOUS VERDICT ON THREE OF THE COUNTS.  I

11:12AM 21     HAVE DECIDED TO SUGGEST A FEW ADDITIONAL THOUGHTS TO YOU.

11:12AM 22          AS JURORS, YOU HAVE A DUTY TO DISCUSS THE CASE WITH ONE

11:12AM 23     ANOTHER AND TO DELIBERATE IN AN EFFORT TO REACH A UNANIMOUS

11:12AM 24     VERDICT IF EACH OF YOU CAN DO SO WITHOUT VIOLATING YOUR

11:12AM 25     INDIVIDUAL JUDGMENT AND CONSCIENCE.

11:12AM 1     EACH OF YOU MUST DECIDE THE CASE FOR YOURSELF BUT ONLY

11:12AM 2  AFTER YOU CONSIDER THE EVIDENCE IMPARTIALLY WITH YOUR FELLOW

11:12AM 3  JURORS.

11:12AM 4     DURING YOUR DELIBERATIONS, YOU SHOULD NOT HESITATE TO

11:12AM 5  REEXAMINE YOUR OWN VIEWS AND CHANGE YOUR OPINION IF YOU BECOME

11:13AM 6  PERSUADED THAT IT IS WRONG.

11:13AM 7     YOU SHOULD NOT, HOWEVER, CHANGE AN HONEST BELIEF AS TO THE

11:13AM 8  WEIGHT OR EFFECT OF THE EVIDENCE SOLELY BECAUSE OF THE OPINIONS

11:13AM 9  OF YOUR FELLOW JURORS OR FOR THE MERE PURPOSE OF RETURNING A

11:13AM 10  VERDICT.

11:13AM 11     I ALSO REMIND YOU THAT IN YOUR DELIBERATIONS YOU ARE

11:13AM 12  NOT -- YOU ARE -- EXCUSE ME.  LET ME READ THAT AGAIN.

11:13AM 13     I ALSO REMIND YOU THAT IN YOUR DELIBERATIONS YOU ARE TO

11:13AM 14  CONSIDER THE INSTRUCTIONS THAT I HAVE GIVEN YOU AS A WHOLE.

11:13AM 15     YOU SHOULD NOT SINGLE OUT ANY PART OF ANY INSTRUCTION,

11:13AM 16  INCLUDING THIS ONE, AND IGNORE OTHERS.  THEY ARE ALL EQUALLY

11:13AM 17  IMPORTANT.

11:13AM 18     NOW, WHAT I HAVE JUST SAID IS NOT MEANT TO RUSH YOU OR

11:14AM 19  PRESSURE YOU INTO AGREEING ON A VERDICT.  TAKE AS MUCH TIME AS

11:14AM 20  YOU NEED TO DISCUSS THINGS.  THERE IS NO HURRY.

11:14AM 21     I ALSO WANT TO READ TO YOU JURY INSTRUCTION NUMBER 2,

11:14AM 22  WHICH READS, THE INDICTMENT IS NOT EVIDENCE.  MS. HOLMES, THE

11:14AM 23  DEFENDANT, HAS PLEADED NOT GUILTY TO THE CHARGES.  MS. HOLMES

11:14AM 24  IS PRESUMED TO BE INNOCENT UNLESS AND UNTIL THE GOVERNMENT

11:14AM 25  PROVES HER GUILTY BEYOND A REASONABLE DOUBT.

11:14AM  1          IN ADDITION, MS. HOLMES DOES NOT HAVE TO TESTIFY OR

11:14AM  2   PRESENT ANY EVIDENCE.  MS. HOLMES DOES NOT HAVE TO PROVE

11:14AM  3   INNOCENCE.  THE GOVERNMENT HAS THE BURDEN OF PROVING EVERY

11:14AM  4   ELEMENT OF THE CHARGES BEYOND A REASONABLE DOUBT.

11:14AM  5          LADIES AND GENTLEMEN, I'LL NOW ASK YOU TO NOW RETURN TO

11:14AM  6   THE JURY ROOM AND CONTINUE YOUR DELIBERATIONS WITH THESE

11:15AM  7   ADDITIONAL COMMENTS IN MIND.

11:15AM  8          YOU CAN NOTIFY THE COURT OF ANY ADDITIONAL QUESTIONS OR

11:15AM  9   ANY OTHER POSITIONS YOU HAVE WHEN APPROPRIATE.  SO I'LL ASK YOU

11:15AM 10   TO RETIRE NOW IF YOU WOULD, PLEASE.

11:15AM 11          MS. KRATZMANN, IF YOU COULD.

11:15AM 12          (JURY OUT AT 11:15 A.M.).

11:15AM 13               THE COURT:  ALL RIGHT.  PLEASE BE SEATED.  THANK

11:15AM 14   YOU.

11:15AM 15          THE RECORD SHOULD REFLECT THAT THE JURY HAS LEFT.

11:15AM 16          LET ME ASK THE PARTIES, THE GOVERNMENT, ANY OBJECTION TO

11:15AM 17   THE COURT READING THE 7.7 AND THE JURY INSTRUCTION NUMBER 2?

11:15AM 18               MR. LEACH:  NO, YOUR HONOR.

11:15AM 19               THE COURT:  MR. DOWNEY?

11:15AM 20               MR. DOWNEY:  YOUR HONOR, YOU'VE READ CONSISTENT WITH

11:16AM 21   MODEL 7.7.  SO SUBJECT TO OUR PRIOR DISCUSSIONS, NOTHING

11:16AM 22   FURTHER.

11:16AM 23               THE COURT:  ALL RIGHT.  THANK YOU.  ALL RIGHT.

11:16AM 24   WE'LL BE IN RECESS.  THANK YOU.

11:16AM 25               THE CLERK:  COURT IS IN RECESS.

9399

11:16AM  1          (RECESS TAKEN AT 11:16 A.M. PENDING THE DELIBERATIONS OF

11:16AM  2     THE JURY.)

11:16AM  3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**AFTERNOON SESSION**

03:19PM   1

03:19PM   2      (COURT CONVENED AT 3:19 P.M.)

03:19PM   3           THE COURT:  THANK YOU.  PLEASE BE SEATED.

03:19PM   4      WE'RE BACK ON THE RECORD.  ALL COUNSEL ARE PRESENT.

03:19PM   5   MS. HOLMES IS PRESENT.  WE'RE OUTSIDE OF THE PRESENCE OF THE

03:19PM   6   JURY.

03:19PM   7      I DID RECEIVE NOTE NUMBER 4.  AND I'LL ASK OUR COURTROOM

03:19PM   8   DEPUTY TO PROVIDE COPIES TO COUNSEL.

03:19PM   9           THE CLERK:  YES, YOUR HONOR.  (HANDING.)

03:19PM  10           THE COURT:  LET ME READ THE NOTE INTO THE RECORD.

03:20PM  11   IT'S DATED 1/3.  IT'S 2:20.  IT'S NOTE NUMBER 4.

03:20PM  12      AND THE NOTE READS AS FOLLOWS:  "AFTER CONSIDERING ALL

03:20PM  13   EVIDENCE AND GIVEN INSTRUCTIONS, WE HAVE CONCLUDED THAT WE

03:20PM  14   CANNOT REACH A UNANIMOUS VERDICT ON 3 CHARGES."

03:20PM  15      IT'S SIGNED BY A JUROR.

03:20PM  16      COUNSEL, MY THOUGHT IS TO BRING OUR JURY PANEL IN.  THE

03:20PM  17   COURT, OF COURSE, HAS GIVEN THE ALLEN INSTRUCTION, MODIFIED

03:20PM  18   ALLEN INSTRUCTION, NINTH CIRCUIT MODEL INSTRUCTION.

03:20PM  19      MY INTENT WOULD BE TO HAVE THE JURY RETURN TO THE

03:20PM  20   COURTROOM, AND I WOULD MAKE INQUIRY OF THE FOREPERSON.  I WOULD

03:20PM  21   THEN IN SOME MANNER POLL THE REMAINING MEMBERS OF THE JURY TO

03:21PM  22   DETERMINE WHETHER OR NOT THE QUESTION -- THEY AGREE WITH THE

03:21PM  23   STATEMENT THAT IS LISTED IN THIS QUESTION.

03:21PM  24      IF THEY DO, THEN IT WOULD BE MY INTENT TO ASK THEM, IF

03:21PM  25   THEY DON'T HAVE THE VERDICT FORM WITH THEM, TO ASK THEM TO

| | |
|---|---|
| 03:21PM | 1 |
| 03:21PM | 2 |
| 03:21PM | 3 |
| 03:21PM | 4 |
| 03:21PM | 5 |
| 03:21PM | 6 |
| 03:21PM | 7 |
| 03:21PM | 8 |

03:21PM   1    RETURN TO THE JURY ROOM AND THEN LET US KNOW WHAT THEY HAVE

03:21PM   2    COMPLETED THE VERDICT FORM AND WE CAN THEN CALL THEM BACK FOR

03:21PM   3    ANY DECISION THAT THEY'VE MADE.

03:21PM   4         ANY COMMENT FROM THE GOVERNMENT?

03:21PM   5         FROM THE DEFENSE?

03:21PM   6         (DISCUSSION AMONGST COUNSEL OFF THE RECORD.)

03:21PM   7              THE COURT:  MR. DOWNEY?

03:21PM   8              MR. DOWNEY:  AS A PRACTICAL MATTER, I THINK THE

03:22PM   9    COURT'S APPROACH GENERALLY SOUNDS CORRECT TO US.  BUT WILL THE

03:22PM  10    COURT BE DECLARING A MISTRIAL AS TO THOSE THREE COUNTS AT THIS

03:22PM  11    TIME OR HOW DO -- OBVIOUSLY WE DON'T KNOW THE COUNTS, NOR DO WE

03:22PM  12    WISH TO INQUIRE --

03:22PM  13              THE COURT:  CORRECT.

03:22PM  14              MR. DOWNEY:  -- AND NOR DOES THE COURT WISH TO

03:22PM  15    INQUIRE INTO THAT.

03:22PM  16         SO I JUST WANTED TO INQUIRE AS TO HOW WE --

03:22PM  17              THE COURT:  NO.  FAIR QUESTION.

03:22PM  18         MY SENSE IS THAT WE WOULD, ASSUMING THE COLLOQUY GOES AS

03:22PM  19    I'VE SUGGESTED, AND I WOULD ASK THEM TO COMPLETE THE VERDICT

03:22PM  20    FORM AND RETURN, LET US KNOW WHEN THEY HAVE A COMPLETED VERDICT

03:22PM  21    FORM.

03:22PM  22         I WOULD HAVE THEM COME BACK.  I WOULD ASK MS. KRATZMANN TO

03:22PM  23    READ THE VERDICT FORM.  IF THERE ARE THREE COUNTS THAT ARE NOT

03:22PM  24    RESPONDED TO, THEN AT THAT POINT I WOULD RECORD THE VERDICTS IF

03:22PM  25    THERE ARE ANY AS TO THOSE COUNTS.

03:22PM  1          THE REMAINING VERDICTS WOULD BE SUBJECT TO ANY FUTURE

03:23PM  2   MOTION FOR EITHER MISTRIAL OR ANY OTHER ACTION THAT WOULD BE

03:23PM  3   TAKEN.

03:23PM  4          MY SENSE IS THAT AFTER THE -- I THINK I'VE TOLD YOU THIS

03:23PM  5   PREVIOUSLY, AFTER THE VERDICTS ARE RECORDED AND I RELEASE THE

03:23PM  6   JURY, I WOULD, I WOULD INVITE THEM BACK TO PERSONALLY THANK

03:23PM  7   THEM AND TO ASK THEM IF THERE'S ANYTHING THE COURT -- IF THEY

03:23PM  8   HAVE SUGGESTIONS FOR THE COURT, FOR ANYTHING THAT THE COURT

03:23PM  9   COULD DO TO ENHANCE A JUROR EXPERIENCE.

03:23PM  10         I WOULD TAKE A BREAK AND COME BACK TO TALK WITH ALL OF US

03:23PM  11   ABOUT NEXT STEPS.

03:23PM  12         AND AT THAT POINT I'LL MAKE INQUIRY AS TO ANY REMAINING

03:23PM  13   COUNTS AS TO ANY MOTIONS AS TO THOSE COUNTS THAT EITHER PARTY

03:23PM  14   WISHES TO MAKE, AND THEN THE COURT WILL MAKE A DECISION AS TO

03:23PM  15   WHAT TO DO ABOUT ANY REMAINING COUNTS AND SET ANY NEW DATES AS

03:23PM  16   NEEDED.

03:23PM  17         ANY COMMENT ON THAT?

03:23PM  18         (DISCUSSION OFF THE RECORD.)

03:23PM  19             MR. DOWNEY:  IN THAT SENSE, YOUR HONOR --

03:23PM  20             THE COURT:  EXCUSE ME.

03:24PM  21             MR. DOWNEY:  -- WHEN WOULD YOUR HONOR INTEND TO

03:24PM  22   DISCHARGE THE JURY?

03:24PM  23             THE COURT:  WELL, IT WOULD BE AS SOON AS THE

03:24PM  24   VERDICTS ARE RECORDED.

03:24PM  25             MR. DOWNEY:  I THINK THERE WAS ONE MATTER WE WANTED

03:24PM   1    TO ADDRESS WITH THE JURY WHICH WE'VE RAISED WITH YOUR HONOR, SO

03:24PM   2    I WOULD REQUEST THAT THE JURY NOT BE DISCHARGED UNTIL AFTER

03:24PM   3    THAT MATTER IS ADDRESSED.

03:24PM   4            THE COURT:  WELL, I THINK WE SHOULD TALK ABOUT THAT.

03:24PM   5    I'M NOT SURE OF THE NECESSITY OF THAT GIVEN THE STATE OF RECENT

03:24PM   6    DEVELOPMENTS, LET ME PUT IT THAT WAY, AND I'M NOT -- I'M JUST

03:24PM   7    NOT CERTAIN THAT THAT IS SOMETHING, BECAUSE OF THE RECENT

03:24PM   8    DEVELOPMENTS, I'M NOT CERTAIN THAT THAT IS REQUIRED,

03:24PM   9    MR. DOWNEY.

03:24PM  10            MR. DOWNEY:  WELL, I THINK WHAT YOUR HONOR IS

03:24PM  11    REFERRING TO, WE DISCUSSED THAT POSSIBILITY PREVIOUSLY, AND AS

03:24PM  12    I SAID AT THAT TIME, I THINK THAT'S OBVIOUSLY A NECESSARY BUT

03:24PM  13    NOT SUFFICIENT STEP TO ADDRESS THE ISSUE WE'RE CONFRONTING.

03:24PM  14            THE COURT:  RIGHT.

03:24PM  15            MR. DOWNEY:  SO I WOULD JUST MAKE THE REQUEST THAT

03:25PM  16    THE JURY NOT BE DISCHARGED AND WE UNDERTAKE APPROPRIATE

03:25PM  17    PROCEDURES TO ADDRESS THE MATTER.

03:25PM  18            THE COURT:  OKAY.  THANK YOU.

03:25PM  19            MR. LEACH:  THANK YOU, YOUR HONOR.

03:25PM  20        THE GOVERNMENT HAS NO OBJECTION PROCEEDING IN THE WAY THAT

03:25PM  21    THE COURT HAS DESCRIBED.

03:25PM  22            THE COURT:  OKAY.  ALL RIGHT.

03:25PM  23        AND NOT THE WAY THAT MR. DOWNEY SUGGESTED?

03:25PM  24            MR. LEACH:  CORRECT.  WE'RE NOT SEEKING THAT, AND

03:25PM  25    AGREE WITH THE COURT'S PROPOSED COURSE OF ACTION.  SO, YES,

03:25PM 1    WE'RE FINE WITH THAT APPROACH.

03:25PM 2              THE COURT:  OKAY.  ALL RIGHT.

03:25PM 3         MR. DOWNEY, ANYTHING ELSE?

03:25PM 4              MR. DOWNEY:  YOUR HONOR, I JUST WANT TO MAKE CERTAIN

03:25PM 5    THAT I THINK THIS IS AN ASSUMPTION THAT WILL GUIDE THE COURT'S

03:25PM 6    INTERACTIONS WITH THE JURY, BUT I THINK IT'S FAIR TO SAY THAT

03:25PM 7    WE DON'T KNOW WHAT THE STATUS IS OF THE JURY'S DELIBERATION

03:25PM 8    WITH REGARD TO THE REMAINING EIGHT COUNTS.

03:26PM 9              THE COURT:  THAT'S RIGHT.

03:26PM 10             MR. DOWNEY:  AND SO IN THE SEQUENCE, WOULD THE

03:26PM 11   APPROPRIATE TIME TO ADDRESS THE INABILITY TO REACH A VERDICT

03:26PM 12   WITH THE KIND OF INQUIRY THAT THE COURT CONTEMPLATES, WHICH IS

03:26PM 13   IN THE MANUAL AND IS CALLED FOR UNDER NINTH CIRCUIT LAW, WOULD

03:26PM 14   THAT TAKE PLACE AFTER THE JURY HAS INDICATED IT HAS OTHERWISE

03:26PM 15   REACHED A VERDICT?

03:26PM 16             THE COURT:  CORRECT.  MY INTENT IS TO BRING THEM

03:26PM 17   OUT, REVIEW THE NOTE WITH THE FOREPERSON, AND THEN MOVE TO THE

03:26PM 18   COLLOQUY THAT IS SUGGESTED IN 7.8, MODEL INSTRUCTION 7.8.

03:26PM 19        AND I THINK YOU HAVE SEEN THAT.  WE'VE TALKED ABOUT THAT

03:26PM 20   THIS MORNING.  THE COURT WOULD MAKE INQUIRY OF THE BALANCE, IN

03:26PM 21   ESSENCE POLL FOR PURPOSES OF THE NOTE, POLL AS TO THAT NOTE

03:27PM 22   WHETHER OR NOT ALL OF THE JURORS AGREE WITH THE STATEMENT IN

03:27PM 23   THE NOTE.

03:27PM 24             MR. DOWNEY:  WELL, THE ONLY SUGGESTION I WOULD MAKE

03:27PM 25   TO YOUR HONOR IS THAT I WOULD THINK THE FIRST STEP WOULD BE

03:27PM 1   THAT WE DIRECT THEM TO DELIBERATE UNTIL THEY THINK THAT THEY

03:27PM 2   HAVE EITHER REACHED A VERDICT OR ARE UNABLE TO REACH A VERDICT

03:27PM 3   ON ALL COUNTS AND INDICATE THAT.

03:27PM 4       AND THEN I THINK THE STEPS THAT YOUR HONOR CONTEMPLATES,

03:27PM 5   OR THE APPROPRIATE STEPS IF THEY COME BACK AND INDICATE THAT

03:27PM 6   THEY ARE ABLE TO REACH A VERDICT AS TO SOME COUNTS AND SOME

03:27PM 7   REMAIN.

03:27PM 8           THE COURT:  I'M SORRY.  THAT'S WHAT I WAS SUGGESTING

03:27PM 9   WHEN I SAID THAT I'M GOING TO HAVE THEM RETURN TO THE JURY ROOM

03:27PM 10  AND THEN TO LET US KNOW WHEN AND IF THEY HAVE COMPLETED A

03:27PM 11  VERDICT FORM, OR THEY'RE READY TO COMPLETE A VERDICT FORM.

03:27PM 12          MR. DOWNEY:  FAIR ENOUGH, YOUR HONOR.

03:27PM 13      I JUST WANTED TO AVOID ANY SUGGESTION THAT IF THEY'RE NOT

03:27PM 14  AT THE POINT OF A VERDICT NOW, THAT IT'S AN APPROPRIATE TIME.

03:27PM 15  SO I THINK THE POLLING SHOULD AWAIT WHATEVER THEIR INDICATION

03:27PM 16  IS.

03:27PM 17          THE COURT:  RIGHT.

03:28PM 18      AND IF THEY CAN'T REACH A DECISION, AS THEY SAY IN THE

03:28PM 19  NOTE AS TO THREE COUNTS, THEN I COULD -- I'M NOT GOING TO GIVE

03:28PM 20  THEM ANOTHER ALLEN CHARGE, I'M NOT GOING TO DO THAT.  BUT I

03:28PM 21  WILL CONFIRM THAT THE NOTE IS ACCURATE AS TO EACH INDIVIDUAL

03:28PM 22  JUROR IF THAT'S WHAT THEIR STATE OF MIND IS.

03:28PM 23      AND IF THAT'S THE CASE, THEN I'LL ASK THEM TO GO BACK AND

03:28PM 24  COMPLETE THE VERDICT FORM AS BEST THAT THEY CAN, AND THEN WHEN

03:28PM 25  THEY'RE READY TO DO THAT, BRING THAT BACK AND INDICATE THAT

03:28PM   1    THEY'RE READY TO DO THAT, BRING THAT BACK TO THE COURT, AND ASK

03:28PM   2    THEM TO PROVIDE IT TO THE COURT, AND THEN I'LL HAVE

03:28PM   3    MS. KRATZMANN READ WHATEVER VERDICTS, IF ANY, THEY HAVE REACHED

03:28PM   4    AT THAT TIME.

03:28PM   5              MR. DOWNEY:  FAIR ENOUGH.

03:28PM   6              THE COURT:  DOES THAT MAKE SENSE?

03:28PM   7              MR. DOWNEY:  I WASN'T CERTAIN.  I THOUGHT YOUR HONOR

03:28PM   8    MIGHT BE PLANNING TO ENGAGE IN THAT FORM OF COLLOQUY WITH THE

03:28PM   9    JURY AT THIS STAGE, AND I'M NOT SURE WE'RE QUITE THERE YET.

03:28PM  10              THE COURT:  RIGHT.  OKAY.

03:28PM  11         MR. LEACH?

03:29PM  12              MR. LEACH:  THAT'S FINE WITH THE GOVERNMENT,

03:29PM  13    YOUR HONOR.

03:29PM  14              THE COURT:  OKAY.  ALL RIGHT.  WELL, LET'S BRING THE

03:29PM  15    JURY IN THEN.  THANK YOU.

03:31PM  16         (JURY IN AT 3:31 P.M.)

03:31PM  17              THE COURT:  THANK YOU.  PLEASE BE SEATED.

03:31PM  18         THE RECORD SHOULD REFLECT THAT WE'RE BACK ON THE RECORD

03:31PM  19    AND ALL COUNSEL ARE PRESENT.

03:31PM  20         MS. HOLMES IS PRESENT AND OUR JURY IS PRESENT.

03:31PM  21         THANK YOU FOR YOUR PATIENCE, LADIES AND GENTLEMEN.  I DID

03:31PM  22    RECEIVE NOTE NUMBER 4, AND LET ME JUST READ THE NOTE.

03:31PM  23         THIS IS NOTE NUMBER 4.  IT READS:  "AFTER CONSIDERING ALL

03:31PM  24    EVIDENCE AND GIVEN INSTRUCTIONS WE HAVE CONCLUDED THAT WE

03:32PM  25    CANNOT REACH A UNANIMOUS VERDICT ON 3 CHARGES."

03:32PM 1                LET ME ASK, WHO SPEAKS FOR THE JURY?

03:32PM 2                JUROR NUMBER 2, THANK YOU VERY MUCH.

03:32PM 3                JUROR NUMBER 2, LET ME ASK YOU SOME QUESTIONS, SIR.

03:32PM 4                THANK YOU.  YOU CAN BE SEATED.  THANK YOU.

03:32PM 5                JUROR NUMBER 2, IN YOUR OPINION, IS THE JURY UNABLE TO

03:32PM 6       AGREE ON A VERDICT AS TO ONE OR MORE COUNTS?

03:32PM 7                     FOREPERSON:  YES.

03:32PM 8                     THE COURT:  AND LET ME DIRECT THIS TO ALL OF THE

03:32PM 9       JURORS.  IF ANY OF YOU DISAGREE WITH THAT STATEMENT, PLEASE LET

03:32PM 10      ME KNOW NOW, THAT IS, RAISE YOUR HAND.

03:33PM 11               I SEE NO HANDS.

03:33PM 12               LET ME ASK THIS:  IS THERE A REASONABLE PROBABILITY THAT

03:33PM 13      THE JURY CAN REACH A UNANIMOUS VERDICT IF SENT BACK TO THE JURY

03:33PM 14      ROOM FOR FURTHER DELIBERATIONS?  IS THERE ANYONE WHO FEELS THAT

03:33PM 15      THAT IS A PROBABILITY?  IF SO, PLEASE RAISE YOUR HAND.

03:33PM 16               I SEE NO HANDS.

03:33PM 17               NOW, WITHOUT STATING WHERE ANY JUROR STANDS, I DON'T WANT

03:33PM 18      TO KNOW ANY OF THAT, DO ANY OF YOU BELIEVE THAT THERE IS A

03:33PM 19      REASONABLE PROBABILITY THAT THE JURY CAN REACH A UNANIMOUS

03:33PM 20      VERDICT IF YOU'RE SENT BACK TO THE JURY ROOM FOR FURTHER

03:33PM 21      DELIBERATIONS?  IF ANYONE FEELS THAT, PLEASE RAISE YOUR HAND.

03:33PM 22               I SEE NO HANDS.

03:33PM 23               ALL RIGHT.  THANK YOU.

03:33PM 24               JUROR NUMBER 2 IS THE FOREPERSON.  I'M NOW GOING TO ASK

03:34PM 25      YOU TO RETURN TO THE JURY DELIBERATION ROOM, AND TWO, IF YOU

03:34PM 1    FEEL IT APPROPRIATE NOW, TO COMPLETE THE VERDICT FORM.  AND

03:34PM 2    PLEASE LET US KNOW, LET THE COURTROOM DEPUTY KNOW IF YOU HAVE

03:34PM 3    COMPLETED THE VERDICT FORM, AND WE'LL CALL YOU BACK SHOULD THAT

03:34PM 4    BE THE CASE.

03:34PM 5          ALL RIGHT?  THANK YOU.

03:34PM 6          (JURY OUT AT 3:34 P.M.)

03:34PM 7                THE COURT:  ALL RIGHT.  THANK YOU.  PLEASE BE

03:34PM 8    SEATED.

03:34PM 9          ALL RIGHT.  I'M INCLINED TO STEP DOWN AND JUST WAIT TO SEE

03:35PM 10   WHEN AND IF WE HEAR FROM THE JURY NEXT.

03:35PM 11         ANYTHING FURTHER BEFORE I DO THAT, MR. SCHENK?

03:35PM 12               MR. SCHENK:  YOUR HONOR, MAY WE COME BRIEFLY TO

03:35PM 13   SIDE-BAR TO DISCUSS ONE ISSUE?

03:35PM 14               THE COURT:  YES, OF COURSE.

03:35PM 15         WE'LL GO INTO THE JURY ROOM FOR A SIDE-BAR DISCUSSION.

03:35PM 16               MR. SCHENK:  THANK YOU.

03:35PM 17         (SIDE-BAR PROCEEDINGS HELD UNDER SEAL.)

18

19

20

21

22

23

24

25

03:35PM  1     ///

04:02PM  2     ///

04:02PM  3          THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

04:02PM  4     ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

04:02PM  5     WE'RE OUTSIDE OF THE PRESENCE OF THE JURY.

04:02PM  6          DID YOU MAKE COPIES OF NOTE 5?

04:02PM  7          THE CLERK:  I DID, YOUR HONOR.

04:02PM  8          THE COURT:  IF YOU COULD PASS THAT OUT.

04:02PM  9          THE CLERK:  (HANDING.)

04:02PM  10          THE COURT:  WE DO HAVE NOTE 5 FROM THE JURY, AND

04:02PM  11     MS. KRATZMANN CAN PASS THAT OUT NOW.

04:02PM  12          THE NOTE READS:  "AS PER THE COURT'S INSTRUCTIONS WE'VE

04:02PM  13     REACHED A UNANIMOUS VERDICT."

04:03PM  14          IT'S SIGNED BY JUROR NUMBER 2, I BELIEVE, THE FOREPERSON.

04:03PM  15          SO LET'S ASK OUR JURY TO RETURN TO THE COURTROOM.

04:03PM  16          THE CLERK:  YES, YOUR HONOR.

04:03PM  17          (JURY IN AT 4:03 P.M.)

04:05PM  18          THE COURT:  THANK YOU.  PLEASE BE SEATED.

04:05PM  19          WE ARE BACK ON THE RECORD.  ALL PARTIES PREVIOUSLY PRESENT

04:05PM  20     ARE PRESENT ONCE AGAIN.  ALL COUNSEL, MS. HOLMES IS PRESENT,

04:05PM  21     OUR JURY IS PRESENT.

04:05PM  22          AGAIN, THANK YOU FOR YOUR PATIENCE, LADIES AND GENTLEMEN.

04:05PM  23          I HAVE RECEIVED NOTE NUMBER 5, AND IT INDICATES AS

04:05PM  24     FOLLOWS:  "AS PER THE COURT'S INSTRUCTIONS WE'VE REACHED A

04:06PM  25     UNANIMOUS VERDICT."

| | | |
|---|---|---|
| 04:06PM | 1 | LET ME ASK JUROR NUMBER 2, HAS THE JURY REACHED VERDICTS |
| 04:06PM | 2 | IN THIS CASE? |
| 04:06PM | 3 | FOREPERSON:  YES. |
| 04:06PM | 4 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 04:06PM | 5 | DO YOU HAVE THE VERDICT FORM? |
| 04:06PM | 6 | FOREPERSON:  YES (INDICATING). |
| 04:06PM | 7 | THE COURT:  ALL RIGHT.  THANK YOU. |
| 04:06PM | 8 | I'LL ASK MS. KRATZMANN TO COLLECT THAT FROM YOU, PLEASE. |
| 04:07PM | 9 | (PAUSE IN PROCEEDINGS.) |
| 04:07PM | 10 | THE COURT:  I'M GOING TO RETURN THE VERDICT FORM. |
| 04:07PM | 11 | IT'S NOT DATED. |
| 04:07PM | 12 | DO WE HAVE A PEN? |
| 04:07PM | 13 | THE CLERK:  YES, WE DO.  (HANDING.) |
| 04:08PM | 14 | THANK YOU. |
| 04:09PM | 15 | (PAUSE IN PROCEEDINGS.) |
| 04:09PM | 16 | THE COURT:  ALL RIGHT.  THANK YOU.  ALL RIGHT. |
| 04:09PM | 17 | THANK YOU. |
| 04:09PM | 18 | I'M NOW GOING TO ASK MS. KRATZMANN, OUR COURTROOM DEPUTY, |
| 04:09PM | 19 | TO PUBLISH THE VERDICTS.  WHAT THAT MEANS, LADIES AND |
| 04:09PM | 20 | GENTLEMEN, IS I'M GOING TO ASK MS. KRATZMANN TO READ THE |
| 04:09PM | 21 | VERDICT FORM INTO THE RECORD. |
| 04:09PM | 22 | LADIES AND GENTLEMEN OF THE JURY, PLEASE LISTEN CLOSELY AS |
| 04:09PM | 23 | MS. KRATZMANN READS YOUR VERDICTS. |
| 04:09PM | 24 | WHEN SHE'S FINISHED, I'M GOING TO HAVE HER POLL THE JURY, |
| 04:09PM | 25 | THAT IS, SHE'S GOING TO ASK EACH OF YOU INDIVIDUALLY AS TO |

04:09PM 1   WHETHER OR NOT THESE VERDICTS ARE YOUR TRUE AND CORRECT

04:09PM 2   VERDICTS.

04:09PM 3        MS. KRATZMANN.

04:09PM 4           THE CLERK:  YES, YOUR HONOR.

04:09PM 5        LADIES AND GENTLEMEN OF THE JURY, HEARKEN TO YOUR VERDICT

04:09PM 6   FOR IT WILL STAND RECORDED.

04:09PM 7        IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN

04:10PM 8   DISTRICT OF CALIFORNIA FOR THE MATTER OF CASE NUMBER

04:10PM 9   18-CR-00258-EJD, UNITED STATES OF AMERICA VERSUS

04:10PM 10  ELIZABETH HOLMES.

04:10PM 11       WE, THE MEMBER OF THE JURY IN THE ABOVE-ENTITLED CASE,

04:10PM 12  UNANIMOUSLY FIND THE DEFENDANT, ELIZABETH HOLMES:

04:10PM 13       1.  GUILTY OF THE CHARGE OF CONSPIRACY TO COMMIT WIRE

04:10PM 14  FRAUD AGAINST THERANOS INVESTORS, IN VIOLATION OF 18 U.S.C.

04:10PM 15  SECTION 1349, AS CHARGED IN COUNT ONE OF THE INDICTMENT.

04:10PM 16       2.  NOT GUILTY OF THE CHARGE OF CONSPIRACY TO COMMIT WIRE

04:10PM 17  FRAUD AGAINST THERANOS PAYING PATIENTS, IN VIOLATION OF 18

04:10PM 18  U.S.C. SECTION 1349, AS CHARGED IN COUNT TWO OF THE INDICTMENT.

04:10PM 19       3.  NO VERDICT.

04:10PM 20       4.  NO VERDICT.

04:11PM 21       5.  NO VERDICT.

04:11PM 22       6.  GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

04:11PM 23  INVESTORS, IN VIOLATION OF 18 U.S.C. SECTION 1343, IN

04:11PM 24  CONNECTION WITH A WIRE TRANSFER OF $38,336,632 ON OR ABOUT

04:11PM 25  FEBRUARY 6TH, 2014, AS CHARGED IN COUNT SIX OF THE INDICTMENT.

04:11PM  1          7.   GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

04:11PM  2   INVESTORS, IN VIOLATION OF 18 U.S.C. SECTION 1343, IN

04:11PM  3   CONNECTION WITH A WIRE TRANSFER OF $99,999,984 ON OR ABOUT

04:11PM  4   OCTOBER 31ST, 2014, AS CHARGED IN COUNT SEVEN OF THE

04:11PM  5   INDICTMENT.

04:12PM  6          8.   GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST THERANOS

04:12PM  7   INVESTORS, IN VIOLATION OF 18 U.S.C. SECTION 1343, IN

04:12PM  8   CONNECTION WITH A WIRE TRANSFER OF $5,999,997 ON OR ABOUT

04:12PM  9   OCTOBER 31ST, 2014, AS CHARGED IN COUNT EIGHT OF THE

04:12PM 10   INDICTMENT.

04:12PM 11          10.   NOT GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST

04:12PM 12   THERANOS PAYING PATIENTS, IN VIOLATION OF 18 U.S.C. SECTION

04:12PM 13   1343, IN CONNECTION WITH A WIRE TRANSMISSION OF PATIENT E.T.'S

04:12PM 14   LABORATORY BLOOD TEST RESULTS ON OR ABOUT MAY 11TH, 2015, AS

04:12PM 15   CHARGED IN COUNT TEN OF THE INDICTMENT.

04:12PM 16          11.   NOT GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST

04:12PM 17   THERANOS PAYING PATIENTS, IN VIOLATION OF 18 U.S.C. SECTION

04:13PM 18   1343, IN CONNECTION WITH A WIRE TRANSMISSION OF PATIENT M.E.'S

04:13PM 19   LABORATORY BLOOD TEST RESULTS ON OR ABOUT MAY 16TH, 2015, AS

04:13PM 20   CHARGED IN COUNT ELEVEN OF THE INDICTMENT.

04:13PM 21          12.   NOT GUILTY OF THE CHARGE OF WIRE FRAUD AGAINST

04:13PM 22   THERANOS PAYING PATIENTS, IN VIOLATION OF 18 U.S.C. SECTION

04:13PM 23   1343, IN CONNECTION WITH A WIRE TRANSFER OF $1,126,661 ON OR

04:13PM 24   ABOUT AUGUST 3RD, 2015, AS CHARGED IN COUNT TWELVE OF THE

04:13PM 25   INDICTMENT.

04:13PM  1          THIS IS DATED JANUARY 3RD, 2022, BY THE JURY FOREPERSON.

04:13PM  2                 THE COURT:  THANK YOU.

04:13PM  3          MADAM CLERK, IF YOU WOULD PLEASE POLL THE JURY.

04:13PM  4                 THE CLERK:  YES, YOUR HONOR.

04:13PM  5          JUROR NUMBER 1, IS THAT YOUR VERDICT AS READ BY THE COURT?

04:14PM  6                 JUROR:  YES, THAT IS MY VERDICT.

04:14PM  7                 THE COURT:  DO WE HAVE A MICROPHONE?

04:14PM  8          IF YOU COULD SPEAK LOUDER, JUROR NUMBER 1?

04:14PM  9                 JUROR:  THAT IS MY VERDICT.

04:14PM 10                 THE COURT:  THANK YOU.

04:14PM 11                 THE CLERK:  TEST, TEST.

04:14PM 12             (HANDING.)

04:14PM 13                 THE CLERK:  JUROR NUMBER 2, IS THAT YOUR VERDICT AS

04:14PM 14     READ BY THE COURT.

04:14PM 15                 FOREPERSON:  YES.

04:14PM 16                 THE CLERK:  JUROR NUMBER 3, IS THAT YOUR VERDICT AS

04:14PM 17     READ BY THE COURT?

04:14PM 18                 JUROR:  YES.

04:14PM 19                 THE CLERK:  JUROR NUMBER 4, IS THAT YOUR VERDICT AS

04:14PM 20     READ BY THE COURT?

04:14PM 21                 JUROR:  YES.

04:15PM 22                 THE CLERK:  JUROR NUMBER 5, IS THAT YOUR VERDICT AS

04:15PM 23     READ BY THE COURT?

04:15PM 24                 JUROR:  YES.

04:15PM 25                 THE CLERK:  JUROR NUMBER 6, IS THAT YOUR VERDICT AS

04:15PM 1    READ BY THE COURT?

04:15PM 2                   JUROR:  YES.

04:15PM 3              THE CLERK:  JUROR NUMBER 7, IS THAT YOUR VERDICT AS

04:15PM 4    READ BY THE COURT?

04:15PM 5                   JUROR:  YES.

04:15PM 6              THE CLERK:  JUROR NUMBER 8, IS THAT YOUR VERDICT AS

04:15PM 7    READ BY THE COURT?

04:15PM 8                   JUROR:  YES.

04:15PM 9              THE CLERK:  JUROR NUMBER 9, IS THAT YOUR VERDICT AS

04:15PM 10   READ BY THE COURT?

04:15PM 11                  JUROR:  YES.

04:15PM 12             THE CLERK:  JUROR NUMBER 10, IS THAT YOUR VERDICT AS

04:15PM 13   READ BY THE COURT?

04:15PM 14                  JUROR:  YES.

04:15PM 15             THE CLERK:  JUROR NUMBER 11, IS THAT YOUR VERDICT AS

04:15PM 16   READ BY THE COURT?

04:15PM 17                  JUROR:  YES.

04:15PM 18             THE CLERK:  AND JUROR NUMBER 12, IS THAT YOUR

04:15PM 19   VERDICT AS READ BY THE COURT?

04:15PM 20                  JUROR:  YES.

04:15PM 21             THE COURT:  THANK YOU.

04:15PM 22        THE JURY HAVING BEEN POLLED AS TO THEIR VERDICTS, THE

04:15PM 23   COURT WILL NOW ASK THE CLERK TO RECORD THOSE VERDICTS THAT HAVE

04:15PM 24   BEEN REACHED.  I'LL ORDER THOSE RECORDED AT THIS TIME.

04:15PM 25             LADIES AND GENTLEMEN OF THE JURY, IT'S NOW MY OPPORTUNITY

04:16PM 1    TO THANK YOU, THANK YOU FOR YOUR SERVICE AS JURORS IN THIS

04:16PM 2    CASE.  IT'S BEEN A LONG CASE.  WE COLLECTIVELY HAVE BEEN

04:16PM 3    THROUGH MANY THINGS.  OUR CURRENT PANDEMIC SITUATION AFFECTED

04:16PM 4    US SUCH THAT YOU'RE SEATED IN THE WAY THAT YOU'RE SEATED.  I

04:16PM 5    HAD YOU MOVE AND ROTATE AROUND.  YOU ARRIVED EARLY

04:16PM 6    CONSISTENTLY.  MANY OF YOU DROVE MILES AND MILES TO GET TO THE

04:16PM 7    COURTHOUSE TO FULFILL YOUR OBLIGATIONS AS JURORS, AND I'M

04:16PM 8    GRATEFUL.

04:16PM 9         AND ON BEHALF OF ALL OF THE JUDGES AND MY COLLEAGUES OF

04:16PM 10   THE NORTHERN DISTRICT OF CALIFORNIA, I WANT TO EXTEND MY THANKS

04:16PM 11   AND GRATITUDE FOR YOUR SERVICE.

04:16PM 12        IT'S JUST AMAZING TO HAVE YOU COME FROM YOUR JOBS, FROM

04:16PM 13   YOUR FAMILIES, MAKE THOSE SACRIFICES TO COME AND BE A

04:16PM 14   PARTICIPANT IN YOUR JUSTICE SYSTEM, AND I HOPE YOU'RE PROUD OF

04:16PM 15   YOUR SERVICE HERE TODAY.

04:16PM 16        BEFORE, BEFORE I DO EXCUSE YOU, FORMALLY EXCUSE YOU, I DO

04:17PM 17   WANT TO TALK TO YOU ABOUT A COUPLE OF THINGS.

04:17PM 18        FIRST OF ALL, WHEN YOU ARE EXCUSED, YOU RECALL THE

04:17PM 19   ADMONITION THAT YOU PROBABLY COULD RECITE BY HEART THAT I READ

04:17PM 20   TO YOU EVERY MORNING AND EVERY EVENING WHEN WE LEFT.  THAT

04:17PM 21   ADMONITION WILL NOW LONGER BE IN PLACE, WHICH IS TO SAY YOU

04:17PM 22   MAY, IF YOU WISH, DISCUSS, TALK WITH ANYONE ABOUT THIS CASE.

04:17PM 23   THAT'S ENTIRELY UP TO YOU.

04:17PM 24        HOWEVER, IF YOU FEEL THAT SOMEONE IS INAPPROPRIATE IN

04:17PM 25   THEIR APPROACH OR THEIR CONTACT WITH YOU, OR IF THEY, FOR

04:17PM  1    EXAMPLE, THEY CONTINUE TO CONTACT YOU AFTER YOU'VE ASKED THEM

04:17PM  2    TO LEAVE YOU ALONE OR AFTER YOU'VE SAID NO, YOU'VE EXPRESSED

04:17PM  3    YOUR DESIRE NOT TO COMMUNICATE, THAT WOULD BE INAPPROPRIATE ON

04:17PM  4    THAT OTHER PARTY'S PART, AND YOU SHOULD NOTIFY THE COURT

04:18PM  5    IMMEDIATELY OF SUCH CONDUCT SO THAT THE COURT CAN TAKE WHATEVER

04:18PM  6    ACTION WOULD BE APPROPRIATE.

04:18PM  7         I DO WANT TO -- AND THIS IS SOMETHING THAT I DO WITH EVERY

04:18PM  8    JURY THAT I HAVE THE PRIVILEGE OF WORKING WITH, LADIES AND

04:18PM  9    GENTLEMEN, AND THAT IS, I EXTEND AN INVITATION TO THE JURY TO

04:18PM  10   COME BACK TO MY OFFICE JUST BEHIND THIS WALL HERE AND ALLOW ME

04:18PM  11   THE PRIVILEGE OF PERSONALLY THANKING EACH OF YOU FOR YOUR

04:18PM  12   SERVICE, AND ALSO THE OPPORTUNITY FOR ME TO INQUIRE OF YOU OF

04:18PM  13   WHAT WE, THE COURT, CAN DO TO ENHANCE YOUR EXPERIENCE AS

04:18PM  14   JURORS.

04:18PM  15        AND I'M SERIOUS ABOUT THAT.  I DO ASK JURORS WHAT CAN WE

04:18PM  16   DO TO MAKE THINGS BETTER, EASIER, MORE EFFICIENT, AND A PROCESS

04:18PM  17   THAT IS MORE COMFORTABLE FOR OUR JURORS.

04:18PM  18        I'M GOING TO EXTEND THAT INVITATION.

04:18PM  19        NOW, IT'S NOT AN ORDER.  I CAN'T ORDER YOU TO DO THAT.

04:18PM  20        BUT I WOULD HOPE THAT YOU WOULD SEE IT AS AN INVITATION

04:19PM  21   TO, AGAIN, ALLOW ME TO THANK YOU, EXPRESS MY GRATITUDE TO YOU

04:19PM  22   PERSONALLY.  I WON'T KEEP YOU LONG.  I PROMISE YOU THAT.

04:19PM  23        BUT I DO WELCOME THE OPPORTUNITY TO GIVE PERSONAL THANKS

04:19PM  24   TO THE JURORS AND THEN YOU CAN LEAVE.

04:19PM  25        I CAN'T ORDER YOU TO DO THAT.  IT'S ON YOUR OWN.  IF YOU

04:19PM 1    WOULD LIKE TO COME BACK AND SEE MY OFFICE, I WOULD BE HAPPY TO

04:19PM 2    SHARE THAT WITH YOU FOR JUST A MOMENT.

04:19PM 3        I DO WANT TO ASK YOU COLLECTIVELY ONE QUESTION, THOUGH,

04:19PM 4    AND I'M GOING TO ASK YOU TO PLEASE PAY ATTENTION TO THIS

04:19PM 5    QUESTION AND I'M GOING TO ASK YOU IF YOU HAVE RESPONSE TO THIS

04:19PM 6    QUESTION, PLEASE RAISE YOUR HAND SO I CAN KNOW YOUR RESPONSE.

04:19PM 7        IF YOU WISH TO SPEAK PRIVATELY ABOUT THIS QUESTION OR YOUR

04:19PM 8    RESPONSE TO THE QUESTION, PLEASE LET ME KNOW, AND I'D BE HAPPY

04:19PM 9    TO ACCOMMODATE THAT AS WELL.

04:19PM 10       AND HERE'S THE QUESTION, LADIES AND GENTLEMEN:  DURING

04:19PM 11   YOUR DELIBERATIONS, DID YOU OBSERVE ANYONE MONITORING OR

04:20PM 12   RECORDING THE DELIBERATIONS OR AT ANY TIME HAVE A BELIEF OR

04:20PM 13   SUSPICION THAT THE DELIBERATIONS WERE MONITORED OR RECORDED IN

04:20PM 14   ANY WAY?  DID ANY OF YOU HAVE THAT?

04:20PM 15       I'M GOING TO READ IT ONE MORE TIME.

04:20PM 16       DURING YOUR DELIBERATIONS, DID YOU OBSERVE ANYONE

04:20PM 17   MONITORING OR RECORDING THE DELIBERATIONS OR AT ANY TIME HAVE A

04:20PM 18   BELIEF OR SUSPICION THAT THE DELIBERATIONS WERE MONITORED OR

04:20PM 19   RECORDED IN ANY WAY?

04:20PM 20       ANYONE HAVE AN AFFIRMATIVE RESPONSE TO THAT QUESTION?  I

04:20PM 21   SEE HEADS MOVING LEFT TO RIGHT, WHICH IS THE UNIVERSAL SIGN OF

04:20PM 22   "NO" I BELIEVE.

04:20PM 23       IF ANYONE HAS AN AFFIRMATIVE, THAT IS, "YES" TO THAT

04:20PM 24   QUESTION, WOULD YOU RAISE YOUR HAND NOW.

04:20PM 25       I SEE NO HANDS.

04:20PM   1          THANK YOU.

04:20PM   2          LET ME ASK COUNSEL, ANYTHING FURTHER BEFORE I DISCHARGE

04:21PM   3    AND OTHERWISE EXCUSE THIS JURY?

04:21PM   4                MR. SCHENK:  NO.  THANK YOU.

04:21PM   5                MR. DOWNEY:  NO, YOUR HONOR.

04:21PM   6                THE COURT:  ALL RIGHT.  THANK YOU.

04:21PM   7          LET ME ALSO SAY THIS ON BEHALF OF -- AND I HOPE YOU'LL

04:21PM   8    PARDON MY PRESUMPTION -- BUT ON BEHALF OF BOTH COUNSEL, ALL

04:21PM   9    COUNSEL HERE, BOTH TABLES, I DO WANT TO EXTEND THE GRATITUDE

04:21PM   10   THROUGH ME, IF YOU'LL PARDON ME, COUNSEL, BUT I DO WANT TO

04:21PM   11   EXTEND GRATITUDE FROM COUNSEL AS WELL.  THEY DON'T OFTEN GET A

04:21PM   12   CHANCE TO SEE AND SPEAK WITH A JUROR, CERTAINLY NOT WHILE

04:21PM   13   YOU'RE IN SESSION, THEY MAY NOT HAVE A CHANCE TO DO THAT, BUT I

04:21PM   14   KNOW THAT THEY DO EXTEND THEIR GRATITUDE, BOTH SIDES, BOTH

04:21PM   15   TEAMS DO TO YOU FOR YOUR SERVICE HERE TODAY.

04:21PM   16          SO ANYTHING FURTHER, COUNSEL?

04:21PM   17          WHAT I'D LIKE TO DO IS TO -- I WILL MEET WITH WHATEVER

04:21PM   18   JURORS WOULD ACCEPT MY INVITATION TO MEET ME FOR JUST A COUPLE

04:21PM   19   OF MINUTES.  THAT WILL TAKE A FEW MINUTES.

04:21PM   20          AND THEN I'LL COME BACK, COUNSEL, AND WE CAN DISCUSS ANY

04:21PM   21   FURTHER PROCEEDINGS AS TO THE STATUS OF THE CASE.

04:22PM   22          ANYTHING FURTHER BEFORE I STEP DOWN?

04:22PM   23                MR. SCHENK:  NO, YOUR HONOR.

04:22PM   24                MR. DOWNEY:  NO, YOUR HONOR.  THAT'S FINE.

04:22PM   25                THE COURT:  ALL RIGHT.  THANK YOU.

04:22PM 1        SO, LADIES AND GENTLEMEN, I AM AT THIS TIME GOING TO

04:22PM 2   FORMALLY DISCHARGE YOU FROM YOUR SERVICES AS JURORS IN THIS

04:22PM 3   CASE, AND I'M GOING TO FORMALLY EXTEND AN INVITATION TO YOU TO

04:22PM 4   JUST MEET WITH ME, AS I SAID, JUST FOR A MINUTE IN MY CHAMBERS.

04:22PM 5   IT'S NOT AN ORDER.  I CAN'T ORDER YOU TO DO THAT.

04:22PM 6        YOU'VE HEARD ME TALK ABOUT THE MARSHALS DOING ALL OF THESE

04:22PM 7   WONDERFUL THINGS FOR US.  I CAN'T ASK THEM TO DRAG YOU INTO MY

04:22PM 8   OFFICE, BUT I HOPE YOU'LL DO THAT ON YOUR OWN VOLITION SO I

04:22PM 9   CAN, AS I SAID, EXTEND MY PERSONAL GRATITUDE TO YOU.

04:22PM 10       SO WE'LL BE IN RECESS.  THANK YOU.

04:22PM 11            THE CLERK:  COURT IS IN RECESS.

04:22PM 12       (RECESS FROM 4:22 P.M. UNTIL 4:52 P.M.)

04:52PM 13            THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

04:52PM 14   ALL COUNSEL ARE PRESENT AND MS. HOLMES IS PRESENT.

04:52PM 15       THE JURY IS DISCHARGED.

04:52PM 16       COUNSEL, ANY THOUGHTS ABOUT NEXT STEPS?

04:53PM 17            MR. SCHENK:  YES.  THANK YOU, YOUR HONOR.

04:53PM 18       A FEW ISSUES.

04:53PM 19       THE FIRST, I THINK IT WOULD MAKE SENSE TO SET A STATUS

04:53PM 20   HEARING REGARDING THE THREE HUNG COUNTS MAYBE A WEEK FROM NOW

04:53PM 21   TO HEAR FROM THE GOVERNMENT, THE GOVERNMENT'S PLAN WITH REGARD

04:53PM 22   TO THOSE COUNTS.  I THINK IT WOULD BE APPROPRIATE FOR THE COURT

04:53PM 23   TO FIND A MISTRIAL AS TO THOSE COUNTS, AND THEN THE GOVERNMENT

04:53PM 24   WILL -- CAN ADVISE THE COURT AT A NEXT HEARING WHAT IT PLANS TO

04:53PM 25   DO WITH REGARD TO THOSE COUNTS.

04:53PM  1       A FEW OTHER THINGS, BUT I CAN PAUSE ON THAT IF WE WANTED

04:53PM  2    TO DISCUSS THAT FOR A MOMENT.

04:53PM  3            THE COURT:  OKAY.  THANK YOU.

04:53PM  4            MR. DOWNEY:  YOUR HONOR, WE HAVE NO OBJECTION TO A

04:53PM  5    STATUS CONFERENCE IN A WEEK.

04:53PM  6       WE WOULD INTEND TO MAKE VARIOUS MOTIONS AND WOULD BE IN A

04:53PM  7    POSITION TO PROPOSE A SCHEDULE RELATED TO THOSE.

04:53PM  8       BUT IT SEEMS TO ME THAT GIVEN THE PENDENCY OF THE

04:53PM  9    GOVERNMENT'S POSITION ON THE THREE COUNTS, THAT MIGHT BEST BE

04:53PM 10    DONE AT THAT TIME RATHER THAN NOW.

04:53PM 11            THE COURT:  IS THERE ANY OBJECTION TO THE COURT

04:54PM 12    FINDING A MISTRIAL AS TO COUNTS THREE, FOUR, AND FIVE BASED ON

04:54PM 13    THE JURY'S VERDICT?

04:54PM 14            MR. SCHENK:  NOT FROM THE GOVERNMENT.

04:54PM 15            MR. DOWNEY:  WELL, YOUR HONOR, I HAVE NO POSITION ON

04:54PM 16    THAT.  I THINK IT'S ENTERED AS A NO VERDICT, SO I DON'T KNOW

04:54PM 17    THAT A MISTRIAL IS APPROPRIATE.

04:54PM 18            THE COURT:  WELL, THEY DID NOT REACH -- THE JURY DID

04:54PM 19    NOT REACH A VERDICT ON THOSE THREE COUNTS AND THE COURT WILL

04:54PM 20    FIND -- AND WE SAW THAT IN THE VERDICT FORM, AND WE SAW THAT AT

04:54PM 21    LEAST IN TWO OF THE NOTES THAT THE JURORS SENT OUT TO US.

04:54PM 22       SO I WILL FIND THAT IT'S APPROPRIATE TO FIND A MISTRIAL AS

04:54PM 23    TO COUNTS THREE, FOUR, AND FIVE OF THE THIRD SUPERSEDING

04:54PM 24    INDICTMENT.

04:54PM 25       AND I'M HAPPY TO SET THAT FOR STATUS CONFERENCE NEXT WEEK

04:54PM 1    IF YOU WOULD LIKE OR A DATE THAT'S CONVENIENT.

04:54PM 2          MR. DOWNEY:  SHOULD WE TALK ABOUT A PROPOSED DATE

04:55PM 3    AND SUBMIT IT BY -- AND SUBMIT IT TO THE COURT?

04:55PM 4          THE COURT:  THAT'S FINE IF YOU WOULD LIKE TO DO

04:55PM 5    THAT.

04:55PM 6          MR. SCHENK:  THAT'S FINE WITH THE GOVERNMENT.

04:55PM 7          THE COURT:  ALL RIGHT.  THANK YOU.

04:55PM 8          MR. DOWNEY:  DOES IT SUIT THE COURT TO LEAVE PENDING

04:55PM 9    AT THIS TIME SETTING ANY SCHEDULE WITH REGARD TO RULE 29 AND

04:55PM 10   RULE 33 MOTIONS BECAUSE WE -- OBVIOUSLY WE MAY HEAR SOMETHING

04:55PM 11   FROM THE GOVERNMENT THAT WOULD AFFECT WHETHER THOSE ARE

04:55PM 12   APPROPRIATE AT THIS TIME.

04:55PM 13         THE COURT:  WELL, YOU DID MAKE A RULE 29, A TIMELY

04:55PM 14   RULE 29 MOTION THAT PRESERVED THAT.

04:55PM 15     SHOULD WE DEFER ANY FURTHER DISCUSSION ON THAT FOR

04:55PM 16   SCHEDULING PURPOSES TO ALLOW YOU TO MEET AND CONFER?  IS THAT

04:55PM 17   WHAT YOU WOULD LIKE TO DO?

04:55PM 18         MR. DOWNEY:  I THINK SO, YOUR HONOR.  I MEAN, IT

04:55PM 19   WOULD BE OUR INTENTION TO RENEW UNDER RULE 29 AND TO MAKE

04:55PM 20   VARIOUS MOTIONS PURSUANT TO RULE 33, AND I KNOW THE GOVERNMENT

04:55PM 21   HAS, YOU KNOW, ANOTHER EVENT WITH SOME OVERLAPPING TEAM

04:56PM 22   MEMBERS, SO IT MIGHT MAKE SENSE FOR US TO CONFER ON WHAT IS

04:56PM 23   SENSIBLE IN LIGHT OF THOSE COMMITMENTS.

04:56PM 24         THE COURT:  ALL RIGHT.  THANK YOU.

04:56PM 25         MR. SCHENK:  THAT'S CERTAINLY FINE WITH THE

9431

04:56PM 1    GOVERNMENT TO ADD THAT TO OUR MEET AND CONFER AND THEN WE COULD

04:56PM 2    COME UP WITH A SCHEDULE, MAYBE DISCUSS THAT AT OUR NEXT STATUS

04:56PM 3    HEARING.

04:56PM 4           THE COURT:  SURE.  THAT'S FINE.

04:56PM 5       AS TO A REFERRAL TO THE PROBATION DEPARTMENT, I'M NOT

04:56PM 6    INCLINED TO DO THAT TODAY, AND WE CAN DISCUSS THAT AT OUR

04:56PM 7    STATUS CONFERENCE AS WELL.

04:56PM 8       I HAD THOUGHT THAT IF THERE WAS GOING TO BE A REFERRAL IN

04:56PM 9    THIS MATTER, I MIGHT DEFER THAT UNTIL AFTER ANY OTHER

04:56PM 10   LITIGATION INVOLVING THE CODEFENDANT IS RESOLVED.  THAT'S MY

04:56PM 11   INITIAL THOUGHT ON THAT, AND WE COULD CONTINUE TO SET STATUS AS

04:56PM 12   TO REFERRAL AS NEEDED.  THAT WOULD BE MY THOUGHT ON THAT.

04:57PM 13      I DON'T KNOW WHAT THE PARTIES FEEL ABOUT THAT.

04:57PM 14          MR. SCHENK:  I THINK THAT THE COURT COULD SET A

04:57PM 15   SENTENCING DATE EVEN IF IT HASN'T REFERRED THE DEFENDANT TO

04:57PM 16   PROBATION FOR THE PREPARATION OF A PSR.  MY THOUGHT WAS TO

04:57PM 17   FIRST RESOLVE THE ISSUE WITH REGARD TO THE THREE COUNTS,

04:57PM 18   WHETHER THERE WOULD BE A RETRIAL OR NOT ON THOSE COUNTS, AND

04:57PM 19   NOT WORRY ABOUT SETTING A SENTENCING DATE.

04:57PM 20      SO I HAD LINKED THE REFERRAL TO PROBATION AND A SENTENCING

04:57PM 21   DATE MORE TO A RESOLUTION OF THE THREE COUNTS --

04:57PM 22          THE COURT:  SURE.

04:57PM 23          MR. SCHENK:  -- AS OPPOSED TO THE SEVERED TRIAL, THE

04:57PM 24   CASE WITH THE CODEFENDANT.

04:57PM 25          BUT OBVIOUSLY WE WOULD DEFER TO THE COURT FOR THAT

| | | |
|---|---|---|
| 04:57PM | 1 | SCHEDULE. |
| 04:57PM | 2 | THE COURT:  WELL, WE CAN -- I'M NOT GOING TO MAKE A |
| 04:57PM | 3 | REFERRAL TODAY.  MAYBE WE'LL CONTINUE OUR CONVERSATION ON THAT |
| 04:57PM | 4 | ON WHATEVER OUR STATUS DATE IS. |
| 04:57PM | 5 | AND DO YOU WANT TO JUST NOTIFY THE COURT AS TO -- MAKE |
| 04:58PM | 6 | INQUIRY AS TO WHAT TIME WE HAVE AVAILABLE ONCE YOU'VE BEEN ABLE |
| 04:58PM | 7 | TO DISCERN WHAT YOU NEED TO DO AND THE TIMING FOR THAT? |
| 04:58PM | 8 | MR. DOWNEY:  THAT SOUNDS FINE, YOUR HONOR. |
| 04:58PM | 9 | MR. SCHENK:  YES, YOUR HONOR. |
| 04:58PM | 10 | THE COURT:  OKAY.  ALL RIGHT. |
| 04:58PM | 11 | SO JUST AS A HOUSEKEEPING MATTER, MS. HOLMES WILL REMAIN |
| 04:58PM | 12 | AT LIBERTY AT HER CURRENT STATUS WITH ALL OF THE -- I'LL JUST |
| 04:58PM | 13 | INCORPORATE BY REFERENCE ALL OF THE OTHER OBLIGATIONS REGARDING |
| 04:58PM | 14 | THAT RELEASE.  THOSE WILL REMAIN IN PLACE.  I WON'T DISTURB ANY |
| 04:58PM | 15 | OF THOSE. |
| 04:58PM | 16 | MR. SCHENK:  YOUR HONOR, THE GOVERNMENT WOULD |
| 04:58PM | 17 | APPRECIATE BEING HEARD BRIEFLY ON THAT. |
| 04:58PM | 18 | THE COURT:  YES. |
| 04:58PM | 19 | MR. SCHENK:  WE DO NOT INTEND TO ASK THE COURT TO |
| 04:58PM | 20 | REMAND THE DEFENDANT TODAY, BUT WE DO THINK THAT IT IS |
| 04:58PM | 21 | APPROPRIATE TO MODIFY THE CURRENT CONDITIONS OF RELEASE. |
| 04:58PM | 22 | CURRENTLY MS. HOLMES IS OUT ON AN UNSECURED BOND, JUST A |
| 04:58PM | 23 | SIGNATURE BOND, AND WE THINK NOW IT IS APPROPRIATE TO CHANGE |
| 04:59PM | 24 | THAT TO A SECURED BOND. |
| 04:59PM | 25 | WE'VE BRIEFLY DISCUSSED THAT WITH COUNSEL. |

04:59PM 1          I THINK WE CAN GO ABOUT IT ONE OF TWO WAYS.  THE COURT

04:59PM 2    COULD CONTINUE TO HEAR ARGUMENTS, FOR INSTANCE, A BAIL REVIEW

04:59PM 3    HEARING BEFORE YOUR HONOR.

04:59PM 4          IF THE COURT WOULD PREFER, WE COULD BE REFERRED TO THE

04:59PM 5    MAGISTRATE AND CONTINUE OUR DISCUSSION THERE.  WE COULD HAVE A

04:59PM 6    REVISED PRETRIAL REPORT OR A REVISED BAIL REPORT TO GUIDE THAT

04:59PM 7    DISCUSSION, OR WE COULD JUST, AT OUR NEXT APPEARANCE IN FRONT

04:59PM 8    OF YOUR HONOR, HEAR ARGUMENT FROM THE GOVERNMENT AND THE COURT

04:59PM 9    COULD THEN MODIFY THE DEFENDANT'S BAIL TO WHAT THE GOVERNMENT

04:59PM 10   IS REQUESTING.

04:59PM 11         THE AMOUNT DOES NOT NEED TO CHANGE.  WE WOULD JUST REQUEST

04:59PM 12   THAT IT CHANGE TO A SECURED BOND.

04:59PM 13         AND IF GIVEN ADVANCED NOTICE, THAT PROBABLY COULD BE TAKEN

04:59PM 14   CARE OF AT A NEXT STATUS DATE.

04:59PM 15              THE COURT:  SO YOU'RE SUGGESTING EVEN A PROPERTY

04:59PM 16   BOND?

04:59PM 17              MR. SCHENK:  YES, YOUR HONOR.

05:00PM 18              MR. DOWNEY:  I WOULD SUGGEST THAT WE DISCUSS THE

05:00PM 19   DETAILS OF THAT WITH MR. SCHENK, THAT THE CURRENT CONDITIONS

05:00PM 20   REMAIN IN PLACE FOR THE NEXT WEEK OR SO UNTIL WE SET THE STATUS

05:00PM 21   CONFERENCE, AND WE CAN TAKE IT UP THEN.

05:00PM 22              THE COURT:  SUBJECT TO ANY MODIFICATION THAT THE

05:00PM 23   COURT -- AND I'LL KEEP IT.  IT'S IMPORTANT THAT THE TRIAL COURT

05:00PM 24   KEEP THAT FOR ANY FURTHER ACTION.

05:00PM 25              MR. SCHENK:  YES, YOUR HONOR.

05:00PM  1          THE COURT:  BUT AS OF TODAY, ALL OF THE ORIGINAL

05:00PM  2    CONDITIONS REMAIN IN PLACE AND ALL OF THE OBLIGATIONS IN THAT

05:00PM  3    ORDER REMAIN IN PLACE SUBJECT TO REVIEW.

05:00PM  4          AND I DON'T HAVE ANY DIFFICULTY REFERRING IT TO PRETRIAL

05:00PM  5    SERVICES JUST FOR AN UPDATE ON THINGS.  THAT MIGHT BE HELPFUL,

05:00PM  6    TOO.

05:00PM  7          I DON'T KNOW THE LAST TIME, WHEN WAS IT, 2018 WHEN IT WAS

05:00PM  8    THE LAST REPORT.  THINGS HAVE CHANGED.

05:00PM  9          SO LET ME REFER THIS TO PRETRIAL SERVICES JUST FOR AN

05:00PM  10   UPDATED REPORT TO ASSIST THE PARTIES IN OUR DISCUSSION AT THE

05:00PM  11   STATUS HEARING.

05:01PM  12         AND THAT MAY REQUIRE YOUR CLIENT BEING REINTERVIEWED,

05:01PM  13   WHATEVER THEY NEED.  I DON'T KNOW WHAT THEY'LL DO, BUT YOU'LL

05:01PM  14   GET A REPORT.

05:01PM  15         AND IF YOU COULD LOOP IN PRETRIAL SERVICES WITH SUFFICIENT

05:01PM  16   NOTICE SO THAT THEY GET THE WORK DONE PRIOR TO OUR STATUS.

05:01PM  17         IF WE MEET NEXT WEEK, THEY MIGHT NOT HAVE ENOUGH TIME TO

05:01PM  18   GET THAT DONE, SO JUST BEAR THAT IN MIND.

05:01PM  19         ANYTHING?

05:01PM  20             MR. SCHENK:  MAY I JUST HAVE ONE MOMENT?

05:01PM  21             THE COURT:  YES, PLEASE.

05:01PM  22       (DISCUSSION AMONGST GOVERNMENT COUNSEL OFF THE RECORD.)

05:01PM  23             MR. DOWNEY:  YOUR HONOR, WOULD THAT REQUEST BE

05:01PM  24   APPROPRIATE NOW OR SHOULD WE WAIT TO SEE WHAT THE GOVERNMENT IS

05:01PM  25   GOING TO DO WITH THE THREE REMAINING COUNTS?

05:01PM 1          IT SEEMS TO ME IT MIGHT --

05:01PM 2               THE COURT:  FOR THE PRETRIAL SERVICES?

05:01PM 3               MR. DOWNEY:  YEAH.  I DON'T HAVE ANY, I DON'T HAVE

05:01PM 4     ANY PARTICULAR OBJECTION TO IT, BUT IT SEEMS TO ME THAT IF

05:01PM 5     THERE'S GOING TO BE FURTHER PROCEDURE IN THIS CASE AS TO A

05:01PM 6     VERDICT, THEN IT PROBABLY OUGHT TO WAIT.

05:01PM 7               THE COURT:  WELL, THAT'S TRUE, BUT I'D LIKE TO GET

05:01PM 8     IT STARTED, AT LEAST LET PRETRIAL SERVICES KNOW WHAT IS GOING

05:02PM 9     ON AND THEY CAN MARSHAL WHATEVER THEY DO.

05:02PM 10         AND IF IT CHANGES, THEY CAN CERTAINLY RECEIVE A PHONE CALL

05:02PM 11    INDICATING AS MUCH.

05:02PM 12         BUT JUST TO GET IT STARTED SO WE DON'T HAVE ANY OTHER

05:02PM 13    DELAYS I THINK WOULD BE APPROPRIATE, AND WE'LL SEE WHERE THAT

05:02PM 14    IS.

05:02PM 15         I'VE JUST BEEN HANDED A NOTE FROM OUR VERY EFFICIENT

05:02PM 16    PRETRIAL SERVICE OFFICER.  HE'S ON HIS WAY UP.  I THINK HE'S

05:02PM 17    GOING TO REQUEST THAT MS. HOLMES GO TO PRETRIAL SERVICES TODAY

05:02PM 18    WHILE SHE'S IN THE BUILDING.

05:02PM 19         MAYBE THEY CAN COLLECT WHATEVER INFORMATION THAT THEY

05:02PM 20    NEED, AND THAT WOULD BE MUCH MORE EFFICIENT.  LET'S WAIT UNTIL

05:02PM 21    HE ARRIVES.  LET'S SEE.

05:02PM 22         I'M NOT GOING TO TAKE ANY ACTION, OF COURSE, ON RELEASING

05:02PM 23    ANY EXHIBITS AT THIS POINT OR ANY OTHER MATTERS REGARDING

05:03PM 24    EVIDENCE.

05:03PM 25         ANYTHING FURTHER THAT WE SHOULD BE THINKING ABOUT?

05:03PM 1          MR. DOWNEY:  MAY I JUST TALK TO MY COLLEAGUES?

05:03PM 2          THE COURT:  YES, PLEASE.

05:03PM 3      (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

05:03PM 4          MR. DOWNEY:  NOTHING ON OUR SIDE, YOUR HONOR.

05:03PM 5          THE COURT:  HE'S COMING UP, ADRIANA?

05:03PM 6          THE CLERK:  HE DID INDICATE, YOUR HONOR, HE'S ON HIS

05:03PM 7      WAY.

05:03PM 8          THE COURT:  OKAY.

05:03PM 9      (PAUSE IN PROCEEDINGS.)

05:05PM 10         THE COURT:  IT LOOKS LIKE THE AFTERNOON OF MAYBE THE

05:05PM 11     12TH MIGHT BE --

05:05PM 12         THE CLERK:  ARE YOU GOING TO DO IT BY ZOOM OR IN

05:05PM 13     PERSON?

05:05PM 14         THE COURT:  WELL, I THINK IN PERSON.

05:05PM 15      WILL COUNSEL BE ABLE TO MAKE AN IN PERSON ON THE 12TH, OR

05:05PM 16     DID YOU HAVE THOUGHTS ON THAT?

05:05PM 17         MR. DOWNEY:  WELL, MR. SCHENK JUST SUGGESTED MAYBE

05:05PM 18     WE DO IT BY ZOOM, BUT -- AND --

05:05PM 19         THE COURT:  NO, NO.

05:05PM 20         MR. DOWNEY:  BUT WE'LL MAKE OURSELVES AVAILABLE WHEN

05:05PM 21     THE COURT SETS IT AND I THINK THE AFTERNOON OF THE 12TH WOULD

05:05PM 22     BE FINE.

05:05PM 23         THE COURT:  WELL, I'M HAPPY TO DO ZOOM IF THAT'S

05:05PM 24     CONVENIENT FOR THE PARTIES FOR THAT PURPOSE.

05:05PM 25         MR. SCHENK:  NO OBJECTION FROM THE GOVERNMENT.

05:05PM 1     WHATEVER IS MOST CONVENIENT.

05:05PM 2               THE COURT:  OKAY.  I SEE MR. RANGEL IS NOW PRESENT

05:05PM 3     FROM PRETRIAL SERVICES.  THANK YOU FOR COMING UP.

05:05PM 4         I HAVE REFERRED MS. HOLMES FOR AN UPDATE ON -- FOR A

05:05PM 5     PRETRIAL SERVICES REPORT.  WE'RE GOING TO PROBABLY HAVE A

05:06PM 6     HEARING NEXT WEEK REGARDING WHETHER OR NOT THERE WILL BE ANY

05:06PM 7     CHANGE IN THE CONDITIONS OF HER RELEASE.

05:06PM 8         THE GOVERNMENT IS REQUESTING THAT THERE BE SOME SECURED

05:06PM 9     BOND IN PLACE NOW THAT THE JURY HAS REACHED DECISIONS ON SOME

05:06PM 10    OF THE COUNTS.  SO THAT'S SOMETHING WE'LL EXPLORE.

05:06PM 11        I DON'T KNOW IF THAT'S SOMETHING THAT YOU WANTED TO DO

05:06PM 12    TODAY WITH AN INTERVIEW OR UPDATES.

05:06PM 13              PRETRIAL OFFICER:  I CAN, YOUR HONOR, WHENEVER YOU

05:06PM 14    WOULD LIKE US TO COMPLETE THE UPDATED --

05:06PM 15              THE COURT:  HOW LONG -- CAN YOU JUST TELL ME, I'M

05:06PM 16    JUST CURIOUS, HOW LONG WOULD THAT BE IF MS. HOLMES WERE TO GO

05:06PM 17    TO YOUR OFFICE NOW AND TALK WITH YOU, ANY IDEA OF A TIMELINE ON

05:06PM 18    THAT?

05:06PM 19              PRETRIAL OFFICER:  I'D SAY APPROXIMATELY NO MORE

05:06PM 20    THAN ONE HOUR, YOUR HONOR.  WE WOULD PROBABLY TALK ABOUT

05:06PM 21    FINANCIAL INFORMATION AND WHAT HER -- WHAT SHE IS PROPOSING,

05:07PM 22    WHAT SHE IS PROPOSING FOR THE SECURED BOND, YOUR HONOR.

05:07PM 23              THE COURT:  AND WOULD YOU TALK TO COUNSEL ABOUT THAT

05:07PM 24    AS WELL?

05:07PM 25              PRETRIAL OFFICER:  YES, YOUR HONOR, I WOULD TALK TO

```
05:07PM   1    HER COUNSEL.

05:07PM   2            THE COURT:  OKAY.  WELL, MAYBE WE SHOULD -- MAYBE

05:07PM   3    YOU SHOULD KNOW WHAT THE GOVERNMENT IS GOING TO ASK FOR.

05:07PM   4        SO, MR. SCHENK, WHAT ARE YOUR THOUGHTS?

05:07PM   5            MR. SCHENK:  I THINK THE GOVERNMENT'S REQUEST WOULD

05:07PM   6    BE THAT WHAT IS CURRENTLY SECURED JUST BY MS. HOLMES'S

05:07PM   7    SIGNATURE BE CONVERTED TO A SECURED BOND EITHER IN THE FORM OF

05:07PM   8    PROPERTY OR CASH, IF THAT'S AVAILABLE.

05:07PM   9            THE COURT:  OKAY.  SO THE POSSIBILITY OF AN EITHER

05:07PM  10    CASH BOND OR PROPERTY BOND THAT REQUIRES PAPERWORK AND THOSE

05:07PM  11    TYPES OF THINGS; RIGHT?

05:07PM  12            MR. SCHENK:  YES, YOUR HONOR.

05:07PM  13            THE COURT:  ALL RIGHT.

05:07PM  14        ANYTHING, MR. DOWNEY?

05:07PM  15            MR. DOWNEY:  NOT AT THIS TIME, YOUR HONOR.

05:07PM  16            THE COURT:  DO YOU HAVE ANY QUESTIONS, MR. RANGEL?

05:07PM  17            PRETRIAL OFFICER:  NOT AT THIS TIME.

05:07PM  18            THE COURT:  WELL, I'M GOING TO STEP DOWN.  THEY'LL

05:07PM  19    STILL BE HERE AND YOU CAN TALK WITH THEM IF YOU WOULD LIKE.

05:08PM  20        IS YOUR CLIENT AVAILABLE TO MEET WITH PRETRIAL SERVICES

05:08PM  21    JUST NOW?

05:08PM  22            MR. DOWNEY:  YES, I THINK SO.

05:08PM  23        (DISCUSSION AMONGST DEFENSE COUNSEL OFF THE RECORD.)

05:08PM  24            MR. DOWNEY:  YOUR HONOR, MR. WADE SUGGESTS PROBABLY

05:08PM  25    A GOOD THOUGHT, WHICH IS MIGHT WE CONFER WITH MR. SCHENK WITH
```

9439

05:08PM  1    MORE PRECISION AS TO WHAT HE HAS IN MIND AND THEN SET UP AN

05:08PM  2    INTERVIEW WITH PRETRIAL SERVICES FOR WHICH MS. HOLMES COULD

05:08PM  3    EITHER COME DOWN OR WE COULD DO BY ZOOM RATHER THAN DO IT

05:08PM  4    TODAY?  WE COULD DO IT IN THE NEXT FEW DAYS.

05:08PM  5         BUT IT MIGHT GIVE US AN OPPORTUNITY TO REVIEW ASSETS AND

05:08PM  6    SO FORTH AND HAVE THAT DISCUSSION WITH MR. SCHENK.

05:08PM  7              MR. SCHENK:  THAT'S FINE WITH ME, YOUR HONOR.

05:08PM  8              PRETRIAL OFFICER:  YOUR HONOR, IS THERE ANY SPECIFIC

05:09PM  9    DATE THAT YOU WANT THIS COMPLETED BY?

05:09PM  10              THE COURT:  WELL, I'M AT THE MERCY OF COUNSEL HERE,

05:09PM  11   MR. RANGEL.  THEY ARE GOING TO TELL ME WHICH DATE IS GOOD.  I

05:09PM  12   SUGGESTED THE 12TH AND IT LOOKS LIKE IT'S GOOD FOR OUR

05:09PM  13   SCHEDULE.

05:09PM  14        SO ARE YOU AVAILABLE THEN?

05:09PM  15              PRETRIAL OFFICER:  YES, YOUR HONOR.  IT COULD BE

05:09PM  16   DONE ON THE AFTERNOON OF THE 12TH, YES, YOUR HONOR.

05:09PM  17              THE COURT:  ALL RIGHT.  LET'S USE THAT AS KIND OF A

05:09PM  18   TARGET DATE FOR OUR PURPOSES THEN.

05:09PM  19              MR. DOWNEY:  OKAY.  THANK YOU, YOUR HONOR.

05:09PM  20              MR. SCHENK:  THANK YOU, YOUR HONOR.

05:09PM  21              THE COURT:  ALL RIGHT.

05:09PM  22              MR. DOWNEY:  THANK YOU, YOUR HONOR.

05:09PM  23              THE COURT:  THANK YOU.  WE'LL BE IN RECESS.

05:09PM  24              THE CLERK:  COURT IS ADJOURNED.

05:09PM  25        (COURT CONCLUDED AT 5:09 P.M.)

1

2

3                          CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16   _____
     IRENE RODRIGUEZ, CSR, CRR
17   CERTIFICATE NUMBER 8076

18

19   _____
     LEE-ANNE SHORTRIDGE, CSR, CRR
20   CERTIFICATE NUMBER 9595

21         DATED: JANUARY 3, 2022

22

23

24

25