1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>ELIZABETH HOLMES,<br><br>Defendants. | Case No.  5:18-cr-00258-EJD-1<br><br>**JURY NOTES DURING DELIBERATIONS** |

11
12
13
14
15
16
17

Please find attached Jury Notes No. 1 through No. 5 during the jury's deliberations.

18

19  Dated: January 3, 2022

Mark B. Busby
Clerk, United States District Court

20
21
22

*Adriana M. Kratzmann*
Adriana M. Kratzmann, Deputy Clerk to the
Honorable EDWARD J. DAVILA

23
24
25
26
27
28

5:18-cr-00258-EJD-1
JURY NOTES DURING DELIBERATIONS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

NOTE FROM THE JURY DURING DELIBERATIONS

Date: 12/21

Time: 3:30p

Note No. 1

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

Can the jury take instructions (jury) home to review them. at length.

DATE: 12/21

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18cr00258-EJD-1
Case Title: United States of America v Elizabeth Holmes

RESPONSE TO JURY NOTE NO.   1


All deliberations must occur in the jury room.  No.

DATE:  12/21/2021

TIME: 3:23 pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: 12/23

Time: 11:59a

Note No. 2

1. The Jury has reached a unanimous verdict.  [Please mark] (_____)

or

2. The Jury has the following question:

We would like to listen to exhibits 1348( Clips 1-7, and F)

and 1349 (Clip 1 and A)


DATE: 12/23

Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18cr00258-EJD-1
Case Title: United States of America v Elizabeth Holmes

RESPONSE TO JURY NOTE NO.   2

We will play these clips in the courtroom and we will summon the jury to the courtroom
when the clips are ready to be played.

DATE:   12/23/2021

TIME:   *12:33* pm

Edward J. Davila
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION


PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: _01/03_

Time: _9:55_

Note No. _3_

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

We are unable to come to a unanimous

verdict on 3 of the counts.

_____

_____

_____

_____


DATE: _1/3_             _____
                        Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

## NOTE FROM THE JURY DURING DELIBERATIONS

Date: __1/3__

Time: __2:20__

Note No. __4__

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

After considering all evidence and given instructions,
we have concluded that we can not reach
a unanimous verdict on 3 charges.

DATE: __1/3__

_____
Signature of Juror

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EDWARD J. DAVILA
Case No. 5:18-cr-00258-EJD-1
Case Title: USA v Elizabeth Holmes

NOTE FROM THE JURY DURING DELIBERATIONS

Date: __1/3__

Time: __3:38__

Note No. __5__

1. The Jury has reached a unanimous verdict. [Please mark] (_____)

or

2. The Jury has the following question:

As per the court's instructions, we've reached a

unanimous verdict.

DATE: __1/3__                    _____@_____
                                   Signature of Juror