# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## DOCUMENT LOCATOR

Case Number: 18-cr-00258-EJD-1    USA v Elizabeth Holmes

Date Filed: January 3, 2022

Document: Final Exhibit List and 2 Flash Drives Containing electronic exhibits/list

- ( ) Reporter's Transcript:
- (X) Trial Exhibits: 7 boxes containing 20 Binders of Trial Exhibits
- ( ) Lodged Documents:
- ( ) Sealed Documents:
- ( ) Declaration(s):
- ( ) Other:

Location:

- ( ) Expando File (Next to Case File)
- ( ) Overflow Shelf:
- ( ) Vault
- (X) Other: EJD Section of SEALED ROOM

Document Number: 1325