1  JOHN D. CLINE (CA State Bar No. 237759)
   50 California Street, Suite 1500
2  San Francisco, CA 94111
   Telephone: (415) 662-2260 │Facsimile: (415) 662-2263
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, NW
7  Washington, DC 20005
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,         )  Case No. CR-18-00258-EJD
15                                    )
          Plaintiff,                  )  **STIPULATION AND MOTION TO MODIFY**
16                                    )  **BOND**
       v.                             )
17                                    )
   ELIZABETH HOLMES and              )   Hon. Edward J. Davila
18  RAMESH "SUNNY" BALWANI,          )
                                      )
19        Defendants.                 )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22  _____ )

23

24

25

26

27

28

   STIPULATION AND MOTION TO MODIFY BOND
   CR-18-00258 EJD

**STIPULATION AND MOTION TO MODIFY BOND**

The parties jointly stipulate and move as follows:

WHEREAS the parties have agreed to certain modifications of Ms. Holmes' bond, whereby the $500,000 bond will be secured by the property identified by Pretrial Services in Dkt. No. 1246;

WHEREAS the owners of the property have signed the Obligation and recorded the Deed attached as Exhibit A to this Stipulation and Motion and have executed the Declaration attached as Exhibit B to this Stipulation and Motion;

WHEREAS the Obligation and Deed are in the form provided by Northern District of California General Order No. 55;

WHEREAS the Order Setting Conditions of Release and Appearance Bond, signed by Ms. Holmes and the sureties, is attached as Exhibit C to this Stipulation and Motion;

NOW THEREFORE, the parties jointly move the Court for a modification of the bond securing the $500,000 appearance bond with the property identified, with all other conditions of release remaining unchanged. The parties respectfully request that the Court issue the proposed order and the Order Setting Conditions of Release and Appearance Bond in Exhibit C.

DATED:  February 3, 2022                                 Respectfully submitted,

/s/ Katherine Trefz
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes


STEPHANIE M. HINDS
Acting United States Attorney

/s/ Jeffrey Schenk
JEFFREY SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys

STIPULATION AND MOTION TO MODIFY BOND
CR-18-00258 EJD

1