JOHN D. CLINE (CA State Bar No. 237759)
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: (415) 662-2260 │ Facsimile: (415) 662-2263
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | [PROPOSED] ORDER MODIFYING MS. HOLMES' BOND |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

[PROPOSED] ORDER MODIFYING MS. HOLMES' BOND
CR-18-00258-EJD

1   This Cause having come before the Court upon the parties' Stipulation and Motion to Modify
2 Bond:
3   IT IS HEREBY ORDERED that Ms. Holmes' $500,000 bond is modified to require
4 security;
5   IT IS HEREBY ORDERED that the bond may be secured by the property identified by
6 Pretrial Services in Dkt. No. 1246; and
7   IT IS HEREBY ORDERED that all other conditions of release remain unchanged.
8   The Court shall issue the Order Setting Conditions of Release and Appearance Bond
9 attached as Exhibit C to the Stipulation and Motion.
10   IT IS SO ORDERED.

12 Dated:  March 1, 2022

Hon. Edward J. Davila
United States District Judge

28 [PROPOSED] ORDER MODIFYING MS. HOLMES' BOND
CR-18-00258 EJD

1