```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611158567
Cashier ID: sprinka
Transaction Date: 03/02/2022
Payer Name: Christian R Holmes IV
----------------------------------
COMMERCIAL REGISTRY OTHER
 For: Elizabeth Holmes
 Case/Party: D-CAN-5-18-CR-000258-001
 Amount:      $0.00
----------------------------------
NON-CASH COLLATERAL
 Amt Tendered: $0.00
----------------------------------
Total Due:       $0.00
Total Tendered:  $0.00
Change Amt:      $0.00

ejd washington dc recorder of deeds
Doc 2022011194


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```