1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS S. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Kelly.Volkar@usdoj.gov

10 Attorneys for United States of America

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,              )   Case No. 18-CR-00258 EJD
                                          )
15          Plaintiff,                    )   DECLARATION OF KELLY I. VOLKAR IN
                                          )   SUPPORT OF UNITED STATES' OPPOSITION
16     v.                                 )   TO DEFENDANT'S ORAL MOTION FOR
                                          )   ACQUITTAL PURSUANT TO FEDERAL RULE
17 ELIZABETH HOLMES,                      )   OF CRIMINAL PROCEDURE 29
                                          )
18          Defendant.                    )
                                          )   Court:  Hon. Edward J. Davila
19                                        )
                                          )
20 _____

21

22

23

24

25

26

27

28

I, Kelly I. Volkar, declare:

1.      I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2.      Attached hereto as Exhibit 1 is a transcript of audio-only recordings admitted as Trial Exhibits 1647A, 1657A, 1719A, 5473A, 5473B2, 5473C, 5473D2, 5474AB2, 5475A, 5477A, 5478A2, 5480A, 5481A, 5481B, 5481C, 5481D and played for the jury during the testimony of government witness Roger Parloff in *United States v. Holmes*, No. 18-CR-00258, on November 18, 2021; the transcript was produced in discovery to Defendant Holmes starting with Bates TR-002409.

3.      Attached hereto as Exhibit 2 is a transcript of a video recording admitted as Trial Exhibit 2851 and played for the jury during the testimony of government witness Lisa Peterson in *United States v. Holmes*, No. 18-CR-00258, on October 26, 2021; the transcript was produced in discovery to Defendant Holmes starting with Bates TR-000297.

4.      Attached hereto as Exhibit 3 is a transcript of a video recording admitted as Trial Exhibit 3152 and played for the jury during the testimony of government witness Lisa Peterson in *United States v. Holmes*, No. 18-CR-00258, on October 26, 2021; the transcript was produced in discovery to Defendant Holmes starting with Bates TR-000480.

5.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on April 8, 2022.


DATED: April 8, 2022

                                                         */s/ Kelly I. Volkar*
                                                         KELLY I. VOLKAR
                                                         Assistant United States Attorney