UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SJ

- - - - - - - - - - - - - - - - -

UNITED STATES, )
Plaintiff, ) CASE NO.
V. ) 18-cr-00258-EJD-1
ELIZABETH HOLMES, )
Defendant. )

- - - - - - - - - - - - - - - - -

AUDIO TRANSCRIPTION OF
AUDIO RECORDINGS REFLECTING TAPED
CONVERSATIONS BETWEEN ROGER PARLOFF AND
ELIZABETH HOLMES IN PREPARATION FOR
PARLOFF'S JUNE 2014 FORTUNE ARTICLE
"THIS CEO IS OUT FOR BLOOD."
FILE NOS. 5473A, 5474AB2, 5475A, 5477A, 5478A2,
5480A, 5473B2, 5473D2, 5481A, 5481D, 5481B,
5481C, 1647A, 1657A, 1719A, and 5473C

BEHMKE REPORTING AND VIDEO SERVICES, INC.
BY: AMANDA OSTROWSKI, CSR NO. 13922
455 MARKET STREET, SUITE 970
SAN FRANCISCO, CALIFORNIA 94105
(415) 597-5600

AUDIO TRANSCRIPTION OF: Trial Exh. 5473A

RECORDING DATE: May 12, 2014

DURATION: 2:12

(Begin transcription)

---oOo---

ROGER PARLOFF: When I looked at Quest, you know, obviously they have many different kinds of chemistry going on. They do about 600 tests in this -- in this regional hub lab.

ELIZABETH HOLMES: Uh-huh.

ROGER PARLOFF: Many different kinds of samples, you know, including tissue simples, biopsies. So -- so they're preparing slides for examination under microscope, you know, among other things.

ELIZABETH HOLMES: Uh-huh.

ROGER PARLOFF: Now, do you -- does your platform replace all of those?

ELIZABETH HOLMES: Our -- our platform can yield -- it -- it -- let me think of the best way to say this. We can do all of those tests.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And so we can provide data back to clinicians for -- for all the same tests.

ROGER PARLOFF: Okay. And -- and you're --

you're hesitant about saying "replace."

ELIZABETH HOLMES: Well, I --

ROGER PARLOFF: Does it -- does it subs -- I mean, could it substitute for those, or are there advantages to some -- for some reasons and to others for other reasons?

ELIZABETH HOLMES: The reason I didn't say "replace" is just because of this theme of --

ROGER PARLOFF: Oh, a dip -- a diplomatic matter?

ELIZABETH HOLMES: Well, you know, we -- we're -- we're -- we're processing the samples a different way. Let's put it that way. But it -- it -- we believe very strongly that we're able to yield data at the highest levels and with the highest levels of -- of quality and -- and data integrity. So this is a -- a -- another framework through which to -- to run the same types of tests, basically.

(End transcription of Trial Exh. 5473A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5474AB2

RECORDING DATE: May 21, 2014

DURATION: 6:07

(Begin transcription)

---oOo---

ROGER PARLOFF: The difference between -- there -- there are now close to 200 -- or at least my -- the last I looked, there were close to 200 tests now on your website. The difference between the ones that are on the website and the ones that aren't --

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: -- because you said -- you said you have -- you -- you -- you feel comfortable about more than 1,000 CPTs --

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: -- or --

ELIZABETH HOLMES: Yes. Yes.

ROGER PARLOFF: Okay. And is it -- is 1,000 the right, or -- or 1,200, is that a better number or --

ELIZABETH HOLMES: Um --

ROGER PARLOFF: Maybe 1,000 then?

ELIZABETH HOLMES: Yeah. I think -- I think if you say more than a thousand --

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: -- that's -- that's a good reference point for it.

ROGER PARLOFF: Okay. And what is the difference then between the -- the 200 that are listed and the 1,000 you feel comfortable you can do?

ELIZABETH HOLMES: Yeah, absolutely. So this gets into some of what we were talking about before in terms of, you know, when we do venipunctures and those types of things.

ROGER PARLOFF: Oh, uh-huh.

ELIZABETH HOLMES: So it is more that we have operationalized a certain set of tests, expecting a certain set of ordering patterns with certain sets of inventory and work flows for those tests that are most commonly done.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And so those ones on the website are the ones that are most commonly done.

ROGER PARLOFF: I see. Okay.

ELIZABETH HOLMES: And so those are the ones that -- that we've brought up first.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: But we are adding to it, and in fact, before the article comes out, we may have a new batch that is going on the website -- and I'm going to

add this to my list here --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- yeah, which is a whole set of the infectious disease tests --

ROGER PARLOFF: Oh, wow.

ELIZABETH HOLMES: -- which are relevant in the context of the Helfet conversations.

ROGER PARLOFF: Yes. Yeah.

ELIZABETH HOLMES: So as we, sort of, operationalize more areas like that, then that's when we add them to the website.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: And the -- I should clarify the word "operationalize." Effectively what I mean by that is, if someone sends a test to the lab, we can run it, even if the test is not on the website.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: However, we're not actively publishing that we have that test because we have focused on the core set that are on the website for how we've operationalized the laboratory today. But we do have the ability to -- to do tests that are not on the website, and we do do that. I mean, there's patients who come into our collection centers, and they have orders for tests that are not on the website. And we do handle it.

ROGER PARLOFF: Okay. And -- and not to -- not to belabor this too much, but I guess I -- I -- how -- how -- how does it help to not have -- you know, to have a small Vacutainer as opposed to a -- a nanotainer for the ones that aren't operationalized? How would that help you? I don't understand.

ELIZABETH HOLMES: So off the record --

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: -- the way it helps is that if you remember those devices that you saw in the lab --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- they all have those cartridges that go into them --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- and we pre-configure those cartridges based on the ordering patterns that we see. So if, for example, someone orders one of those specialty tests and we've not built out all the inventory of cartridges -- because, ultimately, we're going to have thousands of cartridge types that we use --

ROGER PARLOFF: Huh.

ELIZABETH HOLMES: -- then we would need to get a second cartridge, which is dedicated just for that specialty type.

ROGER PARLOFF: Huh.

ELIZABETH HOLMES: And so it is a little bit more blood.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: Not a lot of blood, but it is a little bit more that we can use for a second cartridge.

Now, that gets into certain -- the whole thing about how the devices work, which we don't really want to get into, which is why --

ROGER PARLOFF: I see.

ELIZABETH HOLMES: -- when you asked me that question the first time --

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: -- I sort of answered it by saying, you know, the -- those core tests that we've "operationalized" the lab around, we have the ability to do other tests --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- but they're more specialty tests, and so we don't list them on our website, even though we can do them if they're sent in because our main focus and our volume right now is on those other tests.

ROGER PARLOFF: I see. And, eventually, those will be -- you'll be able to do --

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: -- it the normal way?

ELIZABETH HOLMES: Yeah. Because we're just building out, you know, huge permutations of all of those different ordering patterns.

ROGER PARLOFF: Okay. And then, also, I -- I -- I know this -- I think we've covered this, but I just -- you know, as I walked around the Quest Diagnostics lab, --

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: -- you know, there were these -- there was automated chemistry. There was hematology. There was microbiology that was like petri dishes --

ELIZABETH HOLMES: Yep.

ROGER PARLOFF: -- TB, parasites, mycology, bacteriology. Then there was vitamin D. Then there was anatomical pathology, which I think was tissues. They had slides. There were precancerous lesions from -- you know, I guess, Pap smears --

ELIZABETH HOLMES: Uh-huh.

ROGER PARLOFF: -- testing for STD, HPV. Then there was a histology lab. All of this is stuff you can do?

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: Okay. It's -- it's so incredible.

ELIZABETH HOLMES: Well, it's --

ROGER PARLOFF: Yeah? Okay.

ELIZABETH HOLMES: I mean, it's -- it's one of those -- those special things. When you apply technology and software towards solving problems that humans otherwise did in a much --

(End transcription of Trial Exh. 5474AB2)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5475A

RECORDING DATE: April 8, 2014

DURATION: 2:18

(Begin transcription)

---oOo---

ROGER PARLOFF: You -- you were in the middle of saying that two other rev -- revolutionary --

ELIZABETH HOLMES: Aspects --

ROGER PARLOFF: -- films --

ELIZABETH HOLMES: Yeah. So -- so I always think about this in terms of the mission and the context of access to actionable information. And so -- so we talked about some of the -- the potential for revolutionary impact in terms of the access points. And the actionable information equally has the potential, we believe, to -- to have a revolutionary impact.

And so -- so the first element of that is being able to do all of these tests, not just from a microsample but at the highest level of quality. So being a -- a certified lab that provides the oversight of pathologists and the infrastructure to ensure quality so that our coefficient of variation on those tests is very low. And -- and we've talked about some of our initiatives with respect to --

ROGER PARLOFF: How do they compare to the standards?

ELIZABETH HOLMES: I can show you. And I would be happy to give you any of this data, if you were interested in it. Let's see. The first step is turning the computer on. There we go.

ROGER PARLOFF: And how is it possible to have -- is it -- is this, again, just to have so much better eco -- is it -- is it the fact that there's less manual and --

ELIZABETH HOLMES: It's a big piece --

ROGER PARLOFF: -- there's more uniformity and --

ELIZABETH HOLMES: It's automated.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: Yeah. So less manual operator, less variabilities that are affecting the sample processing --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- because it is so controlled.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And -- and -- and then, also, the automation in and of itself allows for very repeatable, you know, high-performance --

(End transcription of Trial Exh. 5475A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5477A

RECORDING DATE: February 2, 2015

DURATION: 0:43

(Begin transcription)

---oOo---

ELIZABETH HOLMES: The -- the centralized lab model is more of our choice, and we did that because I believe that having the oversight of the pathologist is central in ensuring that we generate actionable information, which fundamentally means information of the highest quality.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And so -- so if the choice is either you have that oversight and these trained personnel responsible and accountable for the integrity of the results or not, we'd rather have it.

ROGER PARLOFF: Huh-uh.

ELIZABETH HOLMES: And so -- so we -- we want that in the context of the way in which we operate.

(End transcription of Trial Exh. 5477A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5478A2

RECORDING DATE: April 7, 2014

DURATION: 3:06

(Begin transcription)

---oOo---

ROGER PARLOFF: Are you doing stuff overseas or -- or -- already?

ELIZABETH HOLMES: We have done --

ROGER PARLOFF: In those --

ELIZABETH HOLMES: -- work overseas for pharmaceutical companies and a little bit with foreign governments in the past.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: But, right now, we've got our work cut out for us here.

ROGER PARLOFF: Obviously, you -- you have a number of military people on your board. What's -- what types of things are they seeing in -- in what you're doing?

ELIZABETH HOLMES: And you're also welcome to talk to them, if you would like to, any of these guys.

ROGER PARLOFF: Yes.

ELIZABETH HOLMES: I'm going to talk to Henry Kissinger also, and I might have him meet with you when you're back in New York --

ROGER PARLOFF: Oh, that would --

ELIZABETH HOLMES: -- and talk about this, yeah.

ROGER PARLOFF: Oh, that'd be fantastic.

ELIZABETH HOLMES: Yeah. The led -- it's a very similar application to the hospital application, both in terms of the emergency room and trauma --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- as well as just the cost of health care. I mean, if you talk to these senior military leaders, they'll tell you that the cost of health care is a major problem for them in terms of their own budgets. And -- and the way that we can facilitate savings both on a direct out-of-pocket basis as well as a fully-loaded basis in terms of what "realtime" data means with respect to being able to make better decisions around how you triage someone and then around the time it takes to triage them, the time they're in a bed, whether you give them the right intervention the first time or whether you have to go through this back-and-forth process, it adds up really fast. And so -- so that's an element of it.

And then there's -- there's military-specific applications, too, that are -- that are quite promising when you think about what it means to be on a mission or in the middle of nowhere and need, you know, access to

technology.

ROGER PARLOFF: Huh.

ELIZABETH HOLMES: And that -- that's something that, I mean, I'm personally very passionate about because I see it as our way to serve, you know, in whatever small way we can.

ROGER PARLOFF: What would it -- like beyond what -- whatever you have in your centralized location in Phoenix, say with all the -- is that something that you can put out in the field, you know, when we're fighting in Iraq, or is that too -- too large?

ELIZABETH HOLMES: Yeah, no, we can. Yeah.

ROGER PARLOFF: So that's the sort of thing --

ELIZABETH HOLMES: Yep.

ROGER PARLOFF: -- we're talking about?

ELIZABETH HOLMES: Yep, exactly.

(End transcription of Trial Exh. 5478A2)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5480A

RECORDING DATE: April 10, 2014

DURATION: 1:47

(Begin transcription)

---oOo---

ROGER PARLOFF: In your case, would a -- I mean, I -- it doesn't seem like a human being would be pulling out the stopper of -- of this little tiny thing.

ELIZABETH HOLMES: Yeah, no. It's -- there's a lot of automation around it.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: And that's -- and that's part of where we focused on making sure we minimized human error.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: Yeah.

ROGER PARLOFF: And as far as the fact that you -- it must be introduced into one of your devices --

ELIZABETH HOLMES: Uh-huh.

ROGER PARLOFF: -- can I say that? I -- that --

ELIZABETH HOLMES: That it's introduced into one of our -- yeah. I mean, I think -- I think we don't want to get into how many devices we have or --

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: -- you know, any of that kind of stuff, but -- meaning, you know, types of devices or any of those types of things.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: But, yes, it is -- it is probably -- we call it an "analytical system," which is -- analytical system, which is -- which is basically, you know, a piece of hardware --

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: -- that's used for -- for processing the samples.

ROGER PARLOFF: And I take it, though, that it takes a lot -- up a lot less space than what an ordinary lab test would entail.

ELIZABETH HOLMES: It's a small -- much smaller footprint, yeah.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: Yeah.

ROGER PARLOFF: Do you know, currently do most labs have some sort of large machine, or is it more a matter of --

ELIZABETH HOLMES: Yes.

ROGER PARLOFF: -- you know, squirting it into various --

ELIZABETH HOLMES: There's many machines, and

they're very big.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: They take up a huge footprint.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: So there's a very significant amount of overhead that's associated with that.

(End transcription of Trial Exh. 5480A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5473B2

RECORDING DATE: May 12, 2014

DURATION: 4:53

(Begin transcription)

---oOo---

ROGER PARLOFF: It -- can you tell me again, when you do perform venipunctures, why is that at the moment?

ELIZABETH HOLMES: There's a variety of reasons. I think the --

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: -- the biggest reason is that we're scaling. And as we're building out this infrastructure, we're also building out our inventory and our capacity in terms of the number of samples that we can handle at any given point in time. And so we're supplementing venipuncture with our microsamples from capillary samples, or finger stick, to handle that volume. And that's the -- the highest level.

But, you know, if you break that down, there's some situations in which we're doing venipuncture for physicians because they don't -- they're -- the cost is such a big deal for them that the sample type comes second. There's some times where we're --

ROGER PARLOFF: Does that mean -- you mean, they're doing it on premises and sending it to you, or they even -- even if they send a patient to Walgreens, they prefer that it be done by venipuncture?

ELIZABETH HOLMES: It's -- it's rare that they prefer venipuncture, but that they will send large volumes of samples to us that are collected through venipuncture for the purposes of processing in our lab.

ROGER PARLOFF: Oh, okay. Because it's cheaper, they'll send you --

ELIZABETH HOLMES: That's right.

ROGER PARLOFF: Even though they've already done it by venipuncture?

ELIZABETH HOLMES: That's right.

ROGER PARLOFF: But I -- what would be the situation where you would have the phlebotomist at Walgreens use venipuncture?

ELIZABETH HOLMES: Yeah. Yeah. So -- so at Walgreens, I think it's what I said before. The biggest reason is just as we're bringing up more and more tests and building out inventory and capacity in our lab --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- depending on the volumes that we're handling and how fast we're opening new stores, we'll -- we'll use venipuncture in addition to

the microsamples, just to handle the volume of samples that we're processing.

But it's -- I mean, there -- there are situations -- it is not common where we'll also, you know, for a physician demonstrate the correlation between venipuncture and finger stick and --

ROGER PARLOFF: So --

ELIZABETH HOLMES: -- and then, I mean --

ROGER PARLOFF: For -- for a skeptical physician?

ELIZABETH HOLMES: Yeah. Or just to show our performance.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: You asked the question about doing publications. The main way we answer questions whenever we meet a physician is we tell them, "Send us some patients, and we'll show you the data." And that's -- you know, the data -- the data talks.

ROGER PARLOFF: Oh.

ELIZABETH HOLMES: So -- so we do do that. But -- but I think the number one reason is just as we're building out volume and capacity, supplementing our capacity with venipuncture.

ROGER PARLOFF: So I -- I guess I don't -- I don't understand why that would save -- is it that you --

you would not yet have that particular test available using your -- your platform or -- or --

ELIZABETH HOLMES: It -- it's more how -- how we configure our own analytical systems and the -- the capacity that we have within those systems at any given point in time. And it -- it evolves, and it's changing. You know, I mean, every week we have more and more capacity. But -- but it's primarily a capacity question of how many samples we can handle and how many tests we can handle at any given point in time.

ROGER PARLOFF: I see. And if you can't handle them using the -- the nanotainer, how do you handle them? Or do you make a conventional sample from the -- or do you make a nanotainer sample from the conventional-sized?

ELIZABETH HOLMES: Well, we -- we definitely make a smaller sample from the conventional-sized, and that was the point that I made earlier about the fact that, when we do collect venipuncture, we take a smaller sample than --

ROGER PARLOFF: Oh, I see.

ELIZABETH HOLMES: -- traditionally required. And we also use the smallest needle.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: It is a -- a tiny butterfly needle that is the least painful. And so -- so it is --

it is a smaller volume.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: It's -- I mean, I think our -- our biggest, sort of, point on that is our whole business is about eliminating the need for people to do venipuncture --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- unless they want to. In which case, they can. But -- but that -- this -- I mean, our -- everything we do is about eliminating that.

(End transcription of Trial Exh. 5473B2)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5473C

RECORDING DATE: May 12, 2014

DURATION: 2:00

(Begin transcription)

---oOo---

ROGER PARLOFF: -- are interested in, if -- if it would be possible, a Phoenix lab visit.

ELIZABETH HOLMES: Yes. So Phoenix's lab is not operational.

ROGER PARLOFF: Oh.

ELIZABETH HOLMES: All of those samples are still being processed here in Palo Alto.

ROGER PARLOFF: Oh, uh-huh.

ELIZABETH HOLMES: And -- and then we've been thinking about this in terms of -- and I guess, again, in line of this conversation, the best way to handle the whole device conversation and -- I mean, what the lab looks like -- remember you saw that bank of devices that we sort of went up to in the lab upstairs?

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: Well, I can -- it's literally -- and they were on sort of a -- a stack of shelves.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: So the lab is basically -- probably four of those stacks with devices on both sides. So you're -- if you'd like to see it -- and I was trying to remember whether I walked you through it or not. It was downstairs -- you're welcome to come back out here and see it. But --

ROGER PARLOFF: I see. But I've basically seen it.

ELIZABETH HOLMES: You've seen it.

ROGER PARLOFF: I see.

ELIZABETH HOLMES: And it is basically just a bank of those devices.

ROGER PARLOFF: Okay. So it would be about how many of those devices in all?

ELIZABETH HOLMES: There's probably -- I mean, it -- our -- so we have actually several labs here. Our biggest one probably has, like, 50 of them. And I -- I would put that off the record --

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: -- because we don't -- we don't want to publish that. And then we have another bank of about 200 of them, but that is sort of split up across multiple facilities that we're starting -- we're going to be moving the lab here to Newark. So some of them are going to go to 200 -- I'm sorry. The 200 are

going to go to Newark, and then some of the ones here are going to go to Phoenix.

ROGER PARLOFF: I see.

(End transcription of Trial Exh. 5473C)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5473D2

RECORDING DATE: May 12, 2014

DURATION: 2:16

(Begin transcription)

---oOo---

ROGER PARLOFF: Okay. We're recording again.

ELIZABETH HOLMES: Yep.

ROGER PARLOFF: Is the sensitivity around -- and this can be off the record, obviously. Is the sensitivity around the word "device" the regulatory sensitivity around the word device? Is that -- or is it that you -- you don't want -- is it more in the nature of a trade secret --

ELIZABETH HOLMES: Yeah.

ROGER PARLOFF: -- that you don't want them to know that you're at the --

ELIZABETH HOLMES: Yeah.

ROGER PARLOFF: -- analyzer phase yet?

ELIZABETH HOLMES: That's right. It -- it's more in the context of the trade secret. We're still filing a lot of patents around it. The fact that we have a single device that can perform any test --

ROGER PARLOFF: Huh.

ELIZABETH HOLMES: -- is a -- is a big deal.

And so, I mean, if we think about this in terms of, you know, this year's piece and next year's piece, if you will --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- the story that we're telling now is on all the elements of what we're doing with respect to the ability for the first time to do these tests from the -- what we call the "microsample" --

ROGER PARLOFF: Yeah, uh-huh.

ELIZABETH HOLMES: -- and it's impact to our system. And then the next story would be the fact that it's done by this device that can do any test and that it's possible to decentralize that device while maintaining the quality along the lines that you -- you saw Resendorff talk about in that article.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: Which, hopefully, we have the opportunity at some point to tell that story with you. But -- but that -- those are the two -- those are, kind of, the two milestones. And we want to have the rest of this year to be able to execute on this and then, in the same way as this announcement that we've made right is very disruptive, make another one --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- that's very disruptive.

Because, I mean, a -- a public company would probably, if they came up with a business like this with shipping these microsamples around, not completely cannibalize their own business in it; right? But what we're going to do with that announcement is completely cannibalize this business of shipping microsamples.

ROGER PARLOFF: Because -- because you'll be able to do so much at the location?

ELIZABETH HOLMES: Exactly.

(End transcription of Trial Exh. 5473D2)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5481A

RECORDING DATE: July 1, 2015

DURATION: 3:14

(Begin transcription)

---oOo---

ROGER PARLOFF: You have a high-complexity lab now in Newark, California, and you have -- is it a medium-complexity lab in Scottsdale?

ELIZABETH HOLMES: That's right. Yeah. It's a -- it's called a "moderate-complexity lab."

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: And the difference is that to run laboratory-developed tests --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- you need to be a high-complexity lab.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And that gives you the ability to run laboratory-developed tests.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And so in Newark, we are a high-complexity, which means that you have a series of requirements and processes that you have to follow, including quality controls and -- and -- and other

controls around how you ensure the integrity of the tests that we follow.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And we have all of our lab-developed tests in the Newark lab.

ROGER PARLOFF: Okay. Now, I thought all of your tests were, sort of, considered lab-developed tests.

ELIZABETH HOLMES: We also -- one of the things that has happened this year is that we have gone live with what we were calling a reference lab service. So what this is, is that when you think about what Theranos does, as important as the small sample has been the low cost, and it is what has really been transformative for a lot of people --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- in the context of access.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And it is also what seems to be getting the other laboratory companies most excited. The way this lab business works is that the people who either could not afford insurance or could not afford good insurance have been charged the most --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- for lab testing, which makes absolutely no sense to us.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And then the tests, which are considered specialty or esoteric or rare, have price tags that are many, many multiples of what a routine test would be.

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: So, for example, you'll see specialty tests that are thousands of dollars.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And as we've looked at this and our mission of access, it became clear to us that one of the most important things that we could do is make sure that we had an end-to-end comprehensive menu that took those $5,000 tests and brought them down to less than $100, for example.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: And so we have. And what we did is we've effectively included the full reference lab processing abilities, which means that we do run traditional venipunctures --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- sometimes on traditional reference equipment. But, I mean, as a company, obviously our business and what we do here in 1701 every day, is work to get more and more and more tests running

on capillary samples and --

(End transcription of Trial Exh. 5481A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5481D

RECORDING DATE: JULY 1, 2015

DURATION: 1:15

(Begin transcription)

---oOo---

ELIZABETH HOLMES: What you'll see -- for example, when Dan shows you these validation reports, when we hopefully get a little bit of your blood this afternoon -- or you can take Dan's blood. It may not be a bad thing for him.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- is that we have these validation reports for these tests that go back many years. So I think he'll show you one. One of the tests they're going to do today is potassium, and the potassium report is from, I think, 2012; right? And we have a lot of tests that we've validated on our system a long time ago --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- but we haven't brought up into the lab yet or we're continually bringing up into the lab. And so, basically, when we developed our hardware, like this device that's gone through the clearance process, we developed each of the hardware

systems that we have to be able to work on a very broad range of tests so the test -- the systems can run all these tests. But the speed which -- with which we then bring up new and more fingerstick-based tests in our lab is something that basically we're constantly working to put more and more on the platform. So the net is -- the technology is capable of running all these tests. We --

(End transcription of Trial Exh. 5481D)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5481B

RECORDING DATE: July 1, 2015

DURATION: 0:29

(Begin transcription)

---oOo---

ROGER PARLOFF: So even when you use venipuncture, it's still a lot cheaper using your system?

ELIZABETH HOLMES: Absolutely.

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: And, also, often when we're doing venipuncture, a lot less sample, too, because there's only a few tests that will actually run on the venipuncture. So the venipuncture generally is about 10 to 30 times less blood than what would traditionally be required --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- for venipuncture. And --

(End transcription of Trial Exh. 5481B)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 5481C

RECORDING DATE: July 1, 2015

DURATION: 2:48

(Begin transcription)

---oOo---

ROGER PARLOFF: Can I say at this point that the machine runs some sort of pro -- proprietary method of examining DNA or RNA analogous to PCR?

ELIZABETH HOLMES: Yes. And we're -- obviously, we've never released that.

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: But I am okay with doing that in this piece.

ROGER PARLOFF: Okay. Great.

ELIZABETH HOLMES: And you can also say that we, you know, created a lab in the last three hours at Boies Schiller to do your Ebola test. And David -- and David will be proud. The -- the -- the only thing that I want to not be explicit about in this piece -- and --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- I'll tell you how we did it. What we're going to do for you today is we've brought multiple devices, and one of them is gonna run the chemical chemistry test, like the potassium, and the

other one is gonna run your Ebola test.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And what we can go into in this piece is that Theranos has these systems. These systems are capable of running fingerstick samples. The system, like you just said about Ebola, is capable of running these DNA measurements. It is capable of running the clinical chemistry measurements.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: It is capable of running all these other things. I don't want to explicitly say that the exact same system is running both the clinical chemistry and the DNA and the immunochemistry and the other stuff, if that makes sense.

ROGER PARLOFF: So you don't want people to know that it is really the exact same machine --

ELIZABETH HOLMES: Right.

ROGER PARLOFF: -- just with different reagents or whatever?

ELIZABETH HOLMES: Exactly. And we will release that, I mean, if we have a chance to do a follow-on piece with you. It is just that there's one set of patent claims that we're still taking through the filing process that I just want to make sure get out before we make that explicit statement. So you -- you will be able to say

that you saw "systems," and as long as there's always an "S" next to that --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- it will be ambiguous as to whether it was one or multiple. And that's fine.

ROGER PARLOFF: Okay. Somebody attentive, which we probably don't need to worry, but somebody attentive out there might -- might say, "Well, wait a minute. What" -- "So what" -- "What machine was cleared today if there's multiple systems?"

ELIZABETH HOLMES: Yeah. I -- I think what we do is we don't speak to whether there's multiple systems or not. You don't need to say there's multiple systems. You just don't need to explicitly say that there's one.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: And we say that this Theranos device was cleared today. And then you can say, "I've seen, you know, Theranos devices running clinical chemistry. I've seen Theranos devices running this DNA method"; right?

ROGER PARLOFF: Okay.

(End transcription of Trial Exh. 5481C)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 1647A

RECORDING DATE: April 7, 2014

DURATION: 0:51

(Begin transcription)

---oOo---

ROGER PARLOFF: The -- the blood never leaves the premises of -- you know, in Phoenix or -- or in -- it's just the data that comes here and is an -- analyzed, is it?

ELIZABETH HOLMES: Well, there's both.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: The blood does get transported to a certified facility because we don't have --

ROGER PARLOFF: Oh.

ELIZABETH HOLMES: -- the certified facilities inside our collection centers.

ROGER PARLOFF: Oh, okay.

ELIZABETH HOLMES: They're in dedicated places where we have pathologists and other laboratory staff overseeing the testing process.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: And -- but there is also the transmission of data for remote oversight, and that is a

piece of -- of what we do. But we make sure that all of the testing is done under the oversight of certified laboratory personnel.

ROGER PARLOFF: I see.

(End transcription of Trial Exh. 1647A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 1657A

RECORDING DATE: April 10, 2014

DURATION: 0:45

(Begin transcription)

---oOo---

ROGER PARLOFF: Part of what I'm getting at is like the military interest in this --

ELIZABETH HOLMES: Yep.

ROGER PARLOFF: -- that you could have -- that one of these machines on-site would be manageable whereas a conventional machine on-site would be a problem.

ELIZABETH HOLMES: Yeah. I mean, I think the best way --

ROGER PARLOFF: Is that --

ELIZABETH HOLMES: -- to say that is the ability to significantly decentralize the process; right? And -- and that -- that has implications broadly. And -- and the military could be one of them, yeah. So instead of having all the centralized overhead, right, you can -- you can distribute the infrastructure.

(End transcription of Trial Exh. 1657A)

---oOo---

AUDIO TRANSCRIPTION OF: Trial Exh. 1719A

RECORDING DATE: May 12, 2014

DURATION: 1:19

(Begin transcription)

---oOo---

ROGER PARLOFF: Yeah. So, for instance, you could in effect have the -- the -- the information on quality control and -- and so on would be continually going back to the lab from the device, and you would have the oversight from the central lab to how the device is being used, even though the device isn't physically on the premises of the lab. Would it be something like that?

ELIZABETH HOLMES: Well, so off the record, that's exactly right.

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: So that is -- and -- and we'll get into this when we --

ROGER PARLOFF: Yeah.

ELIZABETH HOLMES: -- touch on some of the points you reminded me of in the e-mail you sent over the weekend. That -- that's our phase-two model, right --

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: -- is to do exactly that.

Our -- our phase-one model is to put these certified lab locations in hubs, like you were also describing earlier.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: We don't want to tell the world about our phase-two model that concisely because -- because we want to be able to execute on our phase-one model and then have the advantage of having figured that out --

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: -- for phase two and being able to make announcements around and, hopefully, maybe being able to do another article with you --

ROGER PARLOFF: Okay.

ELIZABETH HOLMES: -- around that when that comes out.

ROGER PARLOFF: Uh-huh.

ELIZABETH HOLMES: But -- but that's where we're going.

(End transcription of Trial Exh. 1719A)

---oOo---

STATE OF CALIFORNIA )
) ss.
COUNTY OF SACRAMENTO )

I hereby certify that the foregoing transcript is a true record of the audiotaped recording as reported by me, a duly licensed Certified Shorthand Reporter in the State of California.

I further certify that I am not interested in the outcome of the said action, nor connected with, nor related to any of the parties in said action, nor to their respective counsel.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of December, 2021.

AMANDA OSTROWSKI, CSR NO. 13922
STATE OF CALIFORNIA