```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5    - - - - - - - - - - - - - - -
 6    UNITED STATES,              )
 7            Plaintiff,          )  CASE NO.
 8    V.                          )  18-cr-00258-EJD-1
 9    ELIZABETH HOLMES,           )
10            Defendant.          )
11    - - - - - - - - - - - - - - -
12
13                  AUDIO TRANSCRIPTION OF
14        CNBC:  COULD A BLOOD BATTLE BE BOILING?
15       CRAMER SITS DOWN WITH THE CEO OF THERANOS
16            TO GET THE ANSWERS (MAD MONEY)
17       FILE:  CNBC Mad Money 10-15-2015 Theranos CEO
18            fires back at WSJ I was shocked
19                THURSDAY, OCTOBER 15, 2015
20
21            BEHMKE REPORTING AND VIDEO SERVICES, INC.
22                    BY:  JILL BAIONI, CSR NO. 8812
23                       455 MARKET STREET, SUITE 970
24                       SAN FRANCISCO, CALIFORNIA 94105
25                                    (415) 597-5600
```

```
 1                THURSDAY, OCTOBER 15, 2015
 2
 3           MR. CRAMER:  Lately one of the most exciting
 4   privately-held companies in Silicon Valley has come
 5   under fire.  I'm talking about Theranos.  That's the
 6   diagnostics company with the ultrafast fingerprick
 7   blood testing technology that's aiming to upend the
 8   entire traditional health care establishment by making
 9   it easier, less expensive, and much less uncomfortable
10   for you to get tested for a whole range of conditions.
11           For the last few years Theranos has been
12   viewed as a revolutionary company.  CEO's
13   been powerless next Steve Jobs.  Company's been valued
14   as much as $9 billion its most recent round of
15   fundraising.
16           But Theranos also has its critics.  And just
17   this morning The Wall Street Journal ran a pretty
18   scathing article about the company alleging that the
19   company's proprietary testing devices may be
20   inaccurate and basically accusing Theranos of
21   deceptive practices.
22           The Journal cites a former employee who
23   claimed that of the 240 tests offered by Theranos,
24   only 15 are actually performed on the company's
25   proprietary Edison diagnostic machine.  Vast majority
```

```
 1  of the rest being done on traditional lab equipment.
 2          The article was pretty brutal.  But here on
 3  Mad Money we know something.  We know that there are
 4  two sides to every single story, which is why I think
 5  it's important that we speak to Elizabeth Holmes, the
 6  founder and CEO of Theranos, who's coming to us this
 7  afternoon from Boston where she's attending a meeting
 8  of the board of fellows at Harvard Medical School to
 9  give her a chance to answer the charges raised in the
10  article.
11          Ms. Holmes, welcome back to Mad Money.
12          MS. HOLMES:  It's great to be here.  Thank
13  you.
14          MR. CRAMER:  Thank you.
15          Elizabeth, I have to tell you, in all my
16  years I can't recall a private company that I think
17  candidly many have never heard of getting this kind of
18  attention and scrutiny.
19          What do you think's going on here?
20          MS. HOLMES:  This is what happens when you
21  work to change things.  And first they think you're
22  crazy, then they fight you, and then all of a sudden
23  you change the world.
24          And I -- I have to say I -- I personally was
25  shocked to see that The Journal would publish
```

1   something like this when we had sent them over a
2   thousand pages of documentation demonstrating that the
3   statements in their piece were false.
4           But we're doing things differently and we're
5   working to make a difference, and that means people
6   raise questions.  And that's okay.  But in this case
7   it was pretty disappointing to see that after every
8   single one of the sources that we spoke with who
9   The Journal had contacted told us that the statements
10  that were being attributed to them were false or
11  misleading and the only sources who were left were
12  ones who wouldn't speak with us, who on their own
13  website say that they now do business with Labcorp in
14  their office or in the other case demanded in writing
15  that we pay them in cash up front $2500 for an hour to
16  talk to them about their statements to The Journal --
17          MR. CRAMER:  Did The Journal know --
18          MS. HOLMES:  -- that those things weren't
19  referenced.
20          MR. CRAMER:  -- what you just said?  Did
21  The Journal know everything that you just said before
22  they wrote their article?
23          MS. HOLMES:  Of course.  Absolutely.
24          MR. CRAMER:  Okay.  At the same time, pretty
25  negative article.

```
 1              So let me ask you.  I know that you've talked
 2    to us about your partnership with Walgreens, one of
 3    the best retailers out there.  Great drugstore chain.
 4    Cleveland Clinic, one of obviously the most admired
 5    health care facilities.
 6              Did either call you today and say, you know
 7    what, we got to rethink our relationship?
 8              MS. HOLMES:  Absolutely not.  We're
 9    incredibly blessed to have partners who have worked
10    with us, have actually seen our technology.  And
11    unfortunately -- in this case we offered to bring our
12    technology to The Journal offices to show them the
13    technology they were questioning running firsthand,
14    and they denied that request to show it to them.
15              But Cleveland Clinic, Walgreens, so many of
16    the other partners that we have have seen our
17    technology, they've worked with us, they've used our
18    systems.  And they understand what we're doing and
19    they understand that when you try to change things
20    people react to it.
21              MR. CRAMER:  All right.  So let me get this
22    straight.  You offered to bring the test to
23    The Journal.  So presumably you would have been
24    comfortable with, say, a hundred different people at
25    The Journal taking your test, matching them against
```

```
 1   Quest or Labcorp, and you were perfectly willing to
 2   have that happen.
 3           MS. HOLMES:  Absolutely.  We offered to bring
 4   our devices to their offices.
 5           MR. CRAMER:  And what did they say as a
 6   reason why they didn't want to do that?
 7           MS. HOLMES:  Because the story needed to get
 8   out immediately.
 9           MR. CRAMER:  Well, let's talk about that
10   because --
11           MS. HOLMES:  Even though they had been
12   reporting on it.
13           MR. CRAMER:  They said, again -- 'cause,
14   first of all, it's The Wall Street Journal.  This is
15   not the National Enquirer here.  But they did say that
16   they after -- tried -- they pursued you for an
17   interview for -- for five months.  You declined
18   interview requests from The Journal for more than
19   five months.  Last week the company said she would be
20   available but her schedule didn't allow it before the
21   publication of this article.
22           Why not just sit down with them?  It's a
23   reputable outfit.  Why not just sit down with them
24   months ago and explain your side of the story?
25           MS. HOLMES:  Sure, yeah.  The Journal
```

1   actually had a member of their editorial board write
2   the very first piece on Theranos.  And that person,
3   Joe Rago, came out to our lab, saw our systems and
4   really got insight into our work.  That was about a
5   year ago.  I published my op-ed in The Journal.
6           And unfortunately in this case, the reporter
7   focused on sources who we knew in 2004 and 2005 who
8   were the people who had said to me that there was no
9   way I was gonna succeed and be able to build this kind
10  of company.  And focused on, you know, questions like
11  asking whether I could prove that I actually invented
12  the patents that my name were on.  And those are not
13  very fruitful conversations in the context of
14  engagement.
15          But when we had the opportunity to engage
16  with more people in The Journal, we said we absolutely
17  were ready to sit down and do that.  And
18  unfortunately, they offered a three-day window in
19  which we had told them I was not available before it
20  was quote, unquote, necessary to get this published.
21          MR. CRAMER:  Well, let's talk about the
22  substance of some of the charges they raise.  For
23  instance, here's just a -- just an outright sentence,
24  an assertion:  Theranos also hasn't disclosed publicly
25  that it does the vast majority of its tests with

```
 1   traditional machines bought from -- from companies
 2   like Siemens AG.
 3           True or false?
 4           MS. HOLMES:  So this is taken completely out
 5   of context.  Starting when we launched our services in
 6   2013 we put on our website that we do venous testing,
 7   so blood draws from the arm the traditional way.
 8           And starting in 2015 we announced and it was
 9   published in San Francisco paper, in Fortune, I talked
10   about it in an interview I did with Forbes, that we
11   made a decision to expand our test menu to include all
12   the specialty and esoteric tests that are
13   traditionally run only very infrequently but cost a
14   huge amount of money.
15           And we believe as part of what we do that one
16   of our greatest innovations is making these tests
17   available at extremely low cost.
18           MR. CRAMER:  Okay.
19           MS. HOLMES:  And so we expanded our test menu
20   and made all these tests available through venous
21   draws.  We updated our website to reflect that.
22           And so yes, now we have a huge number of
23   tests that are available through our lab.  But instead
24   of charging $10,000 for them, we're charging $2.99.
25           MR. CRAMER:  Okay.
```

1           MS. HOLMES:  And this is listed on the
2    Walgreens website.  We've put it in our own press and
3    it's been out there.
4           MR. CRAMER:  How many tests can your device
5    Edison do?  The Wall Street Journal says it can only
6    do 15 out of 240.
7           MS. HOLMES:  Yeah.  So we had communicated to
8    The Wall Street Journal that we have submitted over
9    130 presubmissions to FDA with tests running on our
10   proprietary devices and have been taking those through
11   the FDA submission process.  Every test that we offer
12   in our laboratory can run on our proprietary devices.
13   We bring tests up on our proprietary devices based on
14   the frequency with which they're run.  So at any given
15   point in time we're running the tests that are most
16   commonly ordered.
17          But we've also done a lot of work as part of
18   this commitment that we've made and it's been very
19   controversial that we've actually become the first
20   company advocating for FDA regulation of lab-developed
21   tests.  And as part of that we have said that we think
22   that every lab-developed test really should go through
23   the FDA submission process.  And so we've been
24   consistent with it.  And in fact, we even just
25   recently took our nanotainers --

1           MR. CRAMER:  Uh-huh.
2           MS. HOLMES:  -- through the FDA clearance
3   process and sent submissions in for those.  And as
4   part of that process we're not even using our
5   nanotainers except for FDA-cleared assays so that
6   every single thing that runs on our platform is
7   getting to the point --
8           MR. CRAMER:  Okay.
9           MS. HOLMES:  -- that it's gonna be FDA
10  cleared.
11          MR. CRAMER:  One last question.  Obviously
12  there's some dispute here.  The Journal doesn't make
13  stuff up.  Why not just have the study of hundreds of
14  people, Theranos versus Quest/Labcorp.  Just say,
15  listen, we're willing to do it.  We're willing to do
16  it now.  Is Labcorp?  Is Quest Corp -- is Quest?  Just
17  say it right now on air:  Quest, Labcorp, we want to
18  do a head to head.  200 -- 200, 300, 400 patients.
19  What do you say?
20          Yes?
21          MS. HOLMES:  We -- we've already done it.
22  We've already done it.  Absolutely.  And it's actually
23  even published in our FDA decision summary from this
24  summer.
25          MR. CRAMER:  Okay.

```
 1            MS. HOLMES:  From a 900-patient study where
 2   we got FDA clearance of the exact system that
 3   The Journal is questioning and demonstrated venous
 4   versus fingerstick across a huge number of patients.
 5   It was 889, I think, for that test.  And we've done
 6   that over and over again for every single test.
 7            MR. CRAMER:  Excellent.
 8            Elizabeth Holmes, founder, chair and CEO of
 9   Theranos, thank you for coming on Mad Money from
10   the -- from the Harvard Medical.  Good to see you.
11            MS. HOLMES:  Good to see you, too.
12            MR. CRAMER:  Read The Journal, listen to our
13   interview.  You make up your mind.  Stick with Cramer.
14            ANNOUNCER:  Don't miss a second of Mad Money.
15   Follow @JimCramer on Twitter.  Have a question?  Tweet
16   Cramer:  #Madtweets.  Send Jim an email to
17   MadMoney@CNBC.com.  Or give us a call at
18   1-800-743-CNBC.  Miss something?  Head to
19   MadMoney.CNBC.com.
20            (End of transcription.)
21
22
23
24
25
```

```
 1   STATE OF CALIFORNIA      )
 2                            ) ss.
 3   COUNTY OF SAN MATEO      )
 4           I hereby certify that the transcript is a true
 5   record of the audio recording as reported by me, a duly
 6   certified shorthand reporter and a disinterested person,
 7   and was thereafter transcribed into typewriting by
 8   computer.
 9           I further certify that I am not interested in
10   the outcome of the said action, nor connected with, nor
11   related to any of the parties in said action, nor to
12   their respective counsel.
13           IN WITNESS WHEREOF, I have hereunto set my hand
14   this 27th day of July, 2021.
15
16                       [signature: Jill Baioni]
17
18                       JILL BAIONI, CSR NO. 8812
19                       STATE OF CALIFORNIA
20
21
22
23
24
25
```