```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN JOSE DIVISION
 4
 5    - - - - - - - - - - - - - - -
 6    UNITED STATES,            )
 7           Plaintiff,         )   CASE NO.
 8    V.                        )   18-cr-00258-EJD-1
 9    ELIZABETH HOLMES,         )
10           Defendant.         )
11    - - - - - - - - - - - - - - -
12
13               AUDIO TRANSCRIPTION OF
14      NBC:  TODAY SHOW:  BILLIONAIRE CEO UNDER FIRE
15          FILE:  EH Today Show April 18 2016
16               MONDAY, APRIL 18, 2016
17
18
19
20
21         BEHMKE REPORTING AND VIDEO SERVICES, INC.
22              BY:  JILL BAIONI, CSR NO. 8812
23                455 MARKET STREET, SUITE 970
24                SAN FRANCISCO, CALIFORNIA 94105
25                     (415) 597-5600
```

```
 1                  MONDAY, APRIL 18, 2016
 2
 3           MR. LAUER:  7:42 now on this Monday morning.
 4   We're back with a Today exclusive.
 5           MS. GUTHRIE:  Elizabeth Holmes created a
 6   company to make blood tests more convenient and more
 7   affordable.  In the process she became a
 8   multibillionaire.  But now there are new questions
 9   about the accuracy of those tests.  Holmes talked
10   about all of it with NBC special anchor Maria Shriver,
11   who joins us now.
12           Maria, good morning.
13           MS. SHRIVER:  Good morning, Savannah.
14           Well, ever since she was a little girl
15   Elizabeth Holmes dreamed of revolutionizing health
16   care.  And up until a few months ago, she was well on
17   her way.  But a recent government report has raised
18   serious concerns about her company Theranos and its
19   methods.
20           You're really fighting for the life of your
21   company.  What have these last six months been like
22   for you?
23           MS. HOLMES:  Well, I'm a better person for it
24   and I'm a better leader.
25           Every single one of us --
```

1        MS. SHRIVER:  Six months ago, Elizabeth
2   Holmes was the golden girl of Silicon Valley.  At just
3   32 years of age, the youngest female self-made
4   billionaire in the world.  Hailed as the next
5   Steve Jobs.  She dropped out of Stanford at 19 to
6   create Theranos, a health care company that wants to
7   revolutionize blood testing.
8        MS. HOLMES:  It's affordable.  That means
9   it's transparent in terms of pricing.  That means that
10  it's available to people as a basic right early,
11  before they're sick.
12       MS. SHRIVER:  To achieve that dream, she
13  partnered with Walgreens, offering quick in-store
14  blood tests for two dozen diseases at a fraction of
15  regular prices, thanks to her lab secret new blood
16  testing technology.
17       This is the lab test reinvented.  In short,
18  that's what you're doing.
19       MS. HOLMES:  That's the dream.
20       MS. SHRIVER:  Today, Theranos has performed
21  more than six million blood tests and it's made Holmes
22  rich.  Her company is now valued at $9 billion.
23       But now serious questions about the accuracy
24  of those tests.  In November a federal inspection by
25  CMS, the Centers for Medicare and Medicaid Services,

TR-000482

```
 1   found critical violations at one of her two labs,
 2   including failure to properly hire and train qualified
 3   staff to run the blood testing machines and allowing
 4   unlicensed workers to review patient test results.
 5           According to regulators, the lab posed
 6   immediate jeopardy to patient safety.
 7           MS. HOLMES:  I feel devastated that we did
 8   not catch and fix these issues faster.
 9           MS. SHRIVER:  You hold yourself responsible
10   for hiring the wrong people, not doing the proper
11   oversight --
12           MS. HOLMES:  (Nods head up and down.)
13           MS. SHRIVER:  -- not giving the proper
14   controls.  What do you hold yourself responsible for?
15           MS. HOLMES:  I'm the founder and CEO of this
16   company.  Anything that happens in this company is my
17   responsibility at the end of the day.
18           We stopped testing and have taken the
19   approach of saying let's rebuild this entire
20   laboratory from scratch so that we can ensure it never
21   happens again.
22           MS. SHRIVER:  But in a scathing letter in
23   March, CMS called her fixes insufficient and
24   threatened not only to shut down her California lab
25   but ban Holmes from the industry all together for at
```

```
 1  least two years.
 2          MS. SHRIVER:  You're running a health care
 3  start-up.
 4          MS. HOLMES:  Yeah.
 5          MS. SHRIVER:  You're dealing with people's
 6  lives.  You're dealing with test results that doctors
 7  prescribe medicine based on that.  So one would
 8  think --
 9          MS. HOLMES:  Yeah.
10          MS. SHRIVER:  -- that you would have had that
11  in place from the get-go.
12          MS. HOLMES:  Absolutely.  And probably the
13  most devastating part of this is that I thought we
14  did.
15          MS. SHRIVER:  Holmes doesn't believe her
16  faulty results put anyone's health in danger.  She's
17  brought on a new lab director and expert medical
18  board.
19          Do you think this company will survive?
20          MS. HOLMES:  Absolutely.
21          MS. SHRIVER:  No doubt?
22          MS. HOLMES:  No doubt.  I know what we've
23  built and I know what we've created and I know what it
24  means to people.  And it is a change that needs to
25  happen in the world.
```

```
 1          MS. SHRIVER:  Holmes believes her lab is now
 2   in compliance and she is awaiting response from CMS.
 3   Her other lab in Arizona, which does about 90 percent
 4   of her testing, passed its most recent inspection.
 5          For the record, NBC News reached out to CMS
 6   and to Walgreens for this report and both declined to
 7   comment.
 8          Savannah?
 9          MS. GUTHRIE:  All right, Maria.  Thank you
10   very much.
11          (End of transcription.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TR-000485

```
 1   STATE OF CALIFORNIA     )
 2                           ) ss.
 3   COUNTY OF SAN MATEO     )
 4           I hereby certify that the transcript is a true
 5   record of the audio recording as reported by me, a duly
 6   certified shorthand reporter and a disinterested person,
 7   and was thereafter transcribed into typewriting by
 8   computer.
 9           I further certify that I am not interested in
10   the outcome of the said action, nor connected with, nor
11   related to any of the parties in said action, nor to
12   their respective counsel.
13           IN WITNESS WHEREOF, I have hereunto set my hand
14   this 27th day of July, 2021.
15
16                        *Jill Baioni* (signature)
17
18                        JILL BAIONI, CSR NO. 8812
19                        STATE OF CALIFORNIA
20
21
22
23
24
25
```