1  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
2  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
3  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
4  Washington, DC 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
5  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

6  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) **NOTICE OF CHANGE OF ADDRESS** |
| v. | ) |
| ELIZABETH HOLMES and | ) Hon. Edward J. Davila |
| RAMESH "SUNNY" BALWANI, | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF ADDRESS
CR-18-00258-EJD

**NOTICE OF CHANGE OF ADDRESS**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTE**, pursuant to Local Civil Rule 3-11(a), that the address for Defendant Elizabeth Holmes' undersigned counsel has changed to:

>Williams & Connolly LLP
>680 Maine Avenue, S.W.
>Washington, DC 20024

DATED: May 2, 2022

>/s/ Amy Mason Saharia
>KEVIN DOWNEY
>LANCE WADE
>AMY MASON SAHARIA
>KATHERINE TREFZ
>SEEMA M. ROPER
>RICHARD SIMON CLEARY, JR.
>PATRICK J. LOOBY
>ANDREW P. LEMENS
>JEAN RALPH FLEURMONT
>Attorneys for Elizabeth Holmes

NOTICE OF CHANGE OF ADDRESS
CR-18-00258 EJD

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Amy Mason Saharia
AMY MASON SAHARIA
Attorney for Elizabeth Holmes