JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

Attorney for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DEFENDANT ELIZABETH HOLMES' WAIVER OF PRESENCE AT MAY 19, 2022 HEARING RE: MOTION OF DOW JONES & COMPANY TO UNSEAL JUDICIAL RECORDS** |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

DEFENDANT'S WAIVER OF PRESENCE AT MAY 19, 2022 MOTION HEARING
CR-18-00258 EJD

1

The undersigned defendant hereby waives the right to be present in court upon the hearing regarding the Motion of Dow Jones & Company to Unseal Judicial Records, scheduled for May 19, 2022 at 3:00 PM. The undersigned defendant further agrees that her interests will be deemed represented at the May 19, 2022 hearing by the presence of her attorney, the same as if the defendant herself was personally present in court.

DATED: May 11, 2022

_____
ELIZABETH HOLMES

DATED: May 11, 2022

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022 a copy of this filing was delivered via ECF on all counsel of record.

_____
JOHN D. CLINE
Attorney for Elizabeth Holmes