UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH A. HOLMES,<br>Defendant. | Case No.  5:18-cr-00258-EJD-1<br><br>**ORDER RE DKT. NOS. 1078, 1110, 1120, 1307** |

Remaining pending are various administrative motions to seal briefing and/or documents related to the trial against Defendant Elizabeth Holmes. The Court addresses each motion in turn.

**Dkt. No. 1078**

Holmes' Administrative Motion for Leave to File Exhibits Under Seal (Dkt. No. 1078) seeks to seal Exhibits 3 and 6 to Holmes' Notice of Filing (Dkt. No. 1077). The Court GRANTS the motion as to Exhibit 3, which contains personal medical information and information related to a criminal investigation, but DENIES the motion as to Exhibit 6, which does not directly implicate either the medical information or criminal investigation. The Court further orders that the sealing motion, which was itself filed under seal, be unsealed.

**Dkt. Nos. 1110 and 1120**

In connection with the Media Coalition's motion to unseal the completed juror questionnaires (Dkt. No. 1026), the Court requested supplemental briefing from the parties. Dkt. No. 1088. Holmes and the Media Coalition sought to file their supplemental briefs under seal based on the sealed in camera colloquy that took place with individual jurors on October 12 and

13, 2021. Dkt. No. 1110 at 2 (requesting sealing of supplemental response until the transcript portions are unsealed); Dkt. No. 1120 at 1 (same). Given the current phase of the case against Holmes and the fact the Court has now released redacted versions of the seated jurors' questionnaires, the constitutional concerns initially at issue are no longer as compelling. Accordingly, the Court will unseal in part the transcripts for the October 12 and 13, 2021 proceedings, with limited redactions to maintain juror privacy and security that correspond to the limited redactions made to the juror questionnaires. *See* Dkt. No. 1151. The Court thus DENIES as moot Holmes' and the Media Coalition's motions to seal their supplemental briefs. The Court further orders that the sealing motions, which were themselves filed under seal, be unsealed.

**Dkt. No. 1307**

Holmes moves to maintain all original completed juror questionnaires under seal pending potential further litigation. Dkt. No. 1307. No party opposes the motion. The Court finds good cause to maintain the unredacted original juror questionnaires under seal and accordingly GRANTS the motion.

**IT IS SO ORDERED.**

Dated: May 19, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER RE DKT. NOS. 1078, 1110, 1120, 1307

2