UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** May 19, 2022 | **Time:** 3:02-3:41 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 39 min | |
| **Case No.:** 5:18-cr-00258-EJD | **Case Name:** *United States v. Elizabeth Holmes and Ramesh Sunny Balwani* | |

**Attorney for Plaintiff:** Kelley Volkar

**Attorney for Defendant Elizabeth Holmes:** John D. Kline
**Attorney for Defendant Ramesh Balwani:** Molly McCafferty, Jeffrey Coopersmith, Shawn Estrada

**Attorney for Movant Dow Jones:**   Steven Zansberg

**Deputy Clerk:** Cheré Robinson          **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – MOTION HEARING

Defendants not present and not in custody.  Presence waived.

Hearing held on Dow Jones' Motion to Unseal, ECF No. 1353.  Argument of Counsel heard.

The Court feels it is appropriate to unseal November 22, 2021, Transcript.  The Court will not unseal the December 28, 2021, transcript regarding the in-camera discussion.  The Court takes the remaining matter regarding the Rule 12.2 records under submission.

Order to issue.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Chere Robinson
Courtroom Deputy
Original: Efiled
CC: