JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. CR-18-00258-EJD<br><br>**MS. HOLMES' MOTION FOR LEAVE TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29**<br><br>Hon. Edward J. Davila |

MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION
FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
CR-18-00258 EJD

# MS. HOLMES' MOTION FOR LEAVE TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29

PLEASE TAKE NOTICE that on such other date and time as the Court may order, in Courtroom 4 of the above-captioned Court, 280 South 1st Street, San Jose, CA 95113, before the Honorable Edward J. Davila, Defendant Elizabeth Homes will and hereby does respectfully move the Court for leave to file an enlarged reply brief in support of her pending Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29.  The Motion is based on the below Memorandum of Points and Authorities, the Declaration of Amy Mason Saharia, the record in this case, and any other matters that the Court deems appropriate.

DATED: May 24, 2022

                                                /s/ Amy Mason Saharia
                                                KEVIN DOWNEY
                                                LANCE WADE
                                                AMY MASON SAHARIA
                                                KATHERINE TREFZ
                                                Attorneys for Elizabeth Holmes

**MEMORANDUM OF POINTS AND AUTHORITIES**

Ms. Holmes moves under Criminal Local Rule 2-1 and Civil Local Rule 7-4(b) for leave to file an enlarged reply brief in support of her Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29.  Civil Local Rule 7-4(b) authorizes parties to file a 15-page reply brief, and Ms. Holmes seeks leave to file a 25-page reply brief.  The government objects to this motion.

There is good cause for a 10-page extension to the briefing space permitted by Civil Local Rule 7-4(b).  Ms. Holmes' motion relates to the sufficiency of the evidence in a complicated case with an extensive record.  As the Court knows, trial lasted for four months, with more than 30 witnesses and more than 1,000 exhibits.  The government elected to respond to Ms. Holmes' oral motion with a 23-page brief, necessitating a written reply.  The government's opposition to Ms. Holmes' Motion for Judgment of Acquittal totaled 23 pages, and the government has been granted leave to file a Sur-Reply.  Under the circumstances, a 10-page extension is appropriate to address the record in this case and the arguments made in the government's brief.  Ms. Holmes will consent to a commensurate 10-page extension for the government's Sur-Reply if requested.

**CONCLUSION**

For these reasons, Ms. Holmes respectfully requests that the Court grant her leave to file an enlarged reply brief totaling 25 pages in support of her pending Motion for Judgment of Acquittal pursuant to Fed. R. Crim. P. 29.

DATED: May 24, 2022

/s/ Amy Mason Saharia
KEVIN DOWNEY
LANCE WADE
AMY MASON SAHARIA
KATHERINE TREFZ
Attorneys for Elizabeth Holmes

MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION
FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
CR-18-00258 EJD

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of this filing was delivered via ECF on all counsel of record.

                                 /s/ Amy Mason Saharia
                                 AMY MASON SAHARIA
                                 Attorney for Elizabeth Holmes

MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
CR-18-00258 EJD