1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, SW
7  Washington, DC 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                 SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,              )  Case No. CR-18-00258-EJD
                                           )
16          Plaintiff,                     )  **DECLARATION OF AMY MASON SAHARIA**
                                           )  **IN SUPPORT OF MS. HOLMES' MOTION FOR**
17      v.                                 )  **LEAVE TO FILE AN ENLARGED REPLY**
                                           )  **BRIEF IN SUPPORT OF MOTION FOR A**
18  ELIZABETH HOLMES and                   )  **JUDGMENT OF ACQUITTAL PURSUANT TO**
    RAMESH "SUNNY" BALWANI,                )  **FED. R. CRIM. P. 29**
19                                         )
            Defendants.                    )  Hon. Edward J. Davila
20                                         )
                                           )
21  ─────────────────────────────────────

22

23

24

25

26

27

28  DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO
    FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF
    ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
    CR-18-00258 EJD

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter. I submit this declaration in support of Ms. Holmes' Motion for Leave to File an Enlarged Reply Brief in Support of Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29.

2. On May 24, 2022, I informed the government of Ms. Holmes' intent to move for an enlargement of briefing space for Ms. Holmes' Reply in Support of Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29. The government responded that it would oppose the motion, and stated: "The government opposes Ms. Holmes' request to file an over-sized reply brief, particularly given that Ms. Holmes elected not to file a written opening motion and the government's opposition was within the required page limits, Ms. Holmes' reply brief should be within required page limits, too."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of May, 2022 in Washington, DC.

AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
CR-18-00258 EJD

1