1   JOHN D. CLINE (CA State Bar No. 237759)
    600 Stewart Street, Suite 400
2   Seattle, WA 98101
    Telephone: (360) 320-6435
3   Email: cline@johndclinelaw.com

4   KEVIN M. DOWNEY (Admitted Pro Hac Vice)
    LANCE A. WADE (Admitted Pro Hac Vice)
5   AMY MASON SAHARIA (Admitted Pro Hac Vice)
    KATHERINE TREFZ (CA State Bar No. 262770)
6   WILLIAMS & CONNOLLY LLP
    680 Maine Avenue, SW
7   Washington, DC 20024
    Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8   Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9   Attorneys for Defendant ELIZABETH A. HOLMES

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,          )  Case No. CR-18-00258-EJD
                                       )
16          Plaintiff,                 )  **[PROPOSED] ORDER GRANTING MS.**
                                       )  **HOLMES' MOTION FOR LEAVE TO FILE AN**
17      v.                             )  **ENLARGED REPLY BRIEF IN SUPPORT OF**
                                       )  **MOTION FOR A JUDGMENT OF ACQUITTAL**
18  ELIZABETH HOLMES and               )  **PURSUANT TO FED. R. CRIM. P. 29**
    RAMESH "SUNNY" BALWANI,            )
                                       )
19          Defendants.                )
                                       )  Hon. Edward J. Davila
20                                     )
                                       )
21  _____ )

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY
    BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R.
    CRIM. P. 29
    CR-18-00258-EJD

1    This Cause having come before the Court upon Ms. Holmes' Motion for Leave to File an

2  Enlarged Reply Brief in Support of Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29:

3         IT IS HEREBY ORDERED that Ms. Holmes' Motion for Leave to File an Enlarged

4  Reply Brief in Support of Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 is

5  GRANTED.

6         IT IS FURTHER ORDERED that Ms. Holmes may file a Reply in Support of her Motion

7  for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 up to 25 pages in length.

8         IT IS SO ORDERED.

9

10  Dated: _____

11

12                                          _____
                                            Hon. Edward J. Davila
13                                          United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY
    BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R.
28  CRIM. P. 29
    CR-18-00258 EJD

                                          1