JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, <br><br> Defendants. | Case No. CR-18-00258-EJD <br><br> [~~PROPOSED~~] ORDER GRANTING MS. HOLMES' MOTION FOR LEAVE TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29 <br><br> Hon. Edward J. Davila |

[~~PROPOSED~~] ORDER GRANTING MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R. CRIM. P. 29
CR-18-00258-EJD

1   This Cause having come before the Court upon Ms. Holmes' Motion for Leave to File an
2   Enlarged Reply Brief in Support of Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29:
3   IT IS HEREBY ORDERED that Ms. Holmes' Motion for Leave to File an Enlarged
4   Reply Brief in Support of Motion for a Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 is
5   GRANTED.
6   IT IS FURTHER ORDERED that Ms. Holmes may file a Reply in Support of her Motion
7   for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 up to ~~25~~ 20 pages in length. The government may file a surreply up to 10 pages in length. The surreply must be filed no later than 14 days after the reply.
8   IT IS SO ORDERED.

10  Dated: May 26, 2022

            Hon. Edward J. Davila
            United States District Judge

27  [PROPOSED] ORDER GRANTING MS. HOLMES' MOTION TO FILE AN ENLARGED REPLY BRIEF IN SUPPORT OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO FED. R.
28  CRIM. P. 29
    CR-18-00258 EJD

1