JOHN D. CLINE (CA Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email:   cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE A. TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC  20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email:  kdowney@wc.com; lwade@wc.com; asaharia@wc.com; ktrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH HOLMES and<br>RAMISH "SUNNY" BALWANI<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**MOTION TO WITHDRAW<br>SEEMA MITTAL ROPER<br>AS COUNSEL FOR DEFENDANT<br>ELIZABETH HOLMES**<br><br><br>Hon. Edward J. Davila |

Pursuant to the Northern District of California's Criminal Local Rule 44(b), Defendant Elizabeth Holmes respectfully requests that Seema Mittal Roper be withdrawn as counsel of record for Ms. Holmes in this matter.  Pursuant to Criminal Local Rule 44(b), all parties in this matter have been notified.  After June 10, 2022, the undersigned will no longer be counsel with the law firm Williams & Connolly LLP, and will no longer participate in this case.  Kevin M. Downey, Lance A. Wade, Amy Mason Saharia, and Katherine A. Trefz, Richard S. Cleary, Jr.,

1 | Patrick J. Looby, Andrew P. Lemens, and Jean Ralph Fleurmont of the law firm Williams &
2 | Connolly LLP, and John D. Cline, will continue to represent Ms. Holmes in this case.

4 | Dated: June 10, 2022                    Respectfully submitted,

5 |                                         By: */s/ Seema Mittal Roper*

6 |                                         JOHN D. CLINE (CA Bar No. 237759)

7 |                                         KEVIN M. DOWNEY (Admitted Pro Hac Vice)
                                            LANCE A. WADE (Admitted Pro Hac Vice)
8 |                                         AMY MASON SAHARIA (Admitted Pro Hac Vice)
                                            KATHERINE A. TREFZ (CA State Bar No. 262770)

10 |                                        WILLIAMS & CONNOLLY LLP

12 |                                        Attorneys for Elizabeth Holmes

---

MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES
CR-18-00258-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022 a copy of this filing was delivered via ECF on all counsel of record.

/s/ Seema Mittal Roper
SEEMA MITTAL ROPER
Attorney for Elizabeth Holmes