1  JOHN D. CLINE (CA Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email:  cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE A. TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, SW
7  Washington, DC  20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email:  kdowney@wc.com; lwade@wc.com; asaharia@wc.com;
   ktrefz@wc.com

10 Attorneys for Defendant ELIZABETH A. HOLMES

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELIZABETH HOLMES and<br>RAMISH "SUNNY" BALWANI<br><br>　　　　　Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES**<br><br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR
DEFENDANT ELIZABETH HOLMES
CR-18-00258-EJD

1   Having considered the Motion to Withdraw Seema Mittal Roper as counsel of record for
2   Defendant Elizabeth Holmes in this matter, the motion is hereby GRANTED.

4   IT IS SO ORDERED.

6   DATED: _____          _____
                                    HONORABLE EDWARD J. DAVILA
7                                   UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR
DEFENDANT ELIZABETH HOLMES
CR-18-00258-EJD