JOHN D. CLINE (CA Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE A. TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: kdowney@wc.com; lwade@wc.com; asaharia@wc.com; ktrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIZABETH HOLMES and<br>RAMISH "SUNNY" BALWANI<br><br>Defendants. | Case No. CR-18-00258-EJD-SVK<br><br>[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR DEFENDANT ELIZABETH HOLMES<br><br><br>Hon. Edward J. Davila |

1  Having considered the Motion to Withdraw Seema Mittal Roper as counsel of record for
2  Defendant Elizabeth Holmes in this matter, the motion is hereby GRANTED.

4  IT IS SO ORDERED.

6  DATED:  July 29, 2022

   HONORABLE EDWARD J. DAVILA
   UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING THE MOTION TO WITHDRAW SEEMA MITTAL ROPER AS COUNSEL FOR
DEFENDANT ELIZABETH HOLMES
CR-18-00258-EJD