JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-18-00258-EJD |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | |
| ) | Hon. Edward J. Davila |
| ELIZABETH HOLMES and ) | |
| RAMESH "SUNNY" BALWANI, ) | |
| ) | |
| Defendants. ) | |

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

# STIPULATION

Defendant Elizabeth A. Holmes and the United States of America, by and through their counsel, stipulate as follows:

WHEREAS, the parties agree that the August 2, 2022 hearing as to Ms. Holmes' Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 should be rescheduled for the convenience of the parties.

WHEREAS, the parties have met and conferred and agree, and respectfully request that the Court order, that a hearing as to Ms. Holmes' Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 be set for September 1, 2022 at 10:00 a.m. PST.

THEREFORE, the parties stipulate and agree that the Court should enter the order below.

IT IS SO STIPULATED.

DATED: August 1, 2022                                  Respectfully Submitted,

       /s/ Amy Mason Saharia
       AMY MASON SAHARIA
       Attorney for Elizabeth Holmes

DATED: August 1, 2022

       STEPHANIE M. HINDS
       United States Attorney

       /s/ Robert S. Leach
       ROBERT S. LEACH
       JEFF SCHENK
       JOHN C. BOSTIC
       KELLY I. VOLKAR
       Assistant United States Attorneys

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD

1  **[PROPOSED] ORDER**

2  For the reasons set forth above, and good cause shown, IT IS ORDERED that the hearing as to
3  Ms. Holmes' Motion for Judgment of Acquittal Pursuant to Fed. R. Crim. P. 29 is rescheduled for
4  September 1, 2022 at 10:00 a.m. PST.

5  **IT IS SO ORDERED.**

7  DATED: August 1, 2022

                                                Hon. Edward J. Davila
                                                United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR-18-00258 EJD