UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** September 1, 2022  **Time:** 10:33-10:41 AM;  **Judge:** Edward J. Davila
11:29 AM - 12:46 PM
**Total Time:** 1 hr, 25 min

**Case No.:** 5:18-cr-00258-1 EJD  **Case Name:** *United States v. Elizabeth Holmes* (P) (NC)

**Attorney for Plaintiff:** Jeffrey Schenk, John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Kevin Downey, Amy Saharia, Katherine Trefz, J.R. Fleurmont

**Deputy Clerk:** Cheré Robinson  **Court Reporter:** Irene Rodriguez

## PROCEEDINGS – MOTION HEARING

Defendant present and not in custody.

Hearing held on Defendant's Rule 29 Motion for Judgment of Acquittal.

Argument of Counsel heard.  Written Order to issue.

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: