# EXHIBIT A

**From:** William Evans
**To:** Downey, Kevin; Trefz, Katherine; John Cline
**Subject:** My interaction with Adam Rosendorff
**Date:** Monday, August 8, 2022 11:08:27 PM

Today around 6pm Adam Rosendorff knocked on our door asking to speak to Elizabeth. We had a brief conversation after asking him to please leave. I have recorded that interaction to the best of my ability. You are of course welcome to call me any time if you have any specific questions about the interaction.

Adam Rosendorff showed up at my home around 6:05 pm tonight. He came to the front door and rang the doorbell. I did not recognize him. He is a big guy and my first thought was he was lost, he looked disheveled. His shirt was untucked, his hair was messy, his voice slightly trembled. His phone was open to his camera, but his video was not on. At first I thought he was trying to record an interaction but then I saw how disheveled he was and it looked like he had just pressed the camera button on his phone by accident. I don't believe it was recording anything and I did not see him taking any pictures.

He said he needs to talk to Elizabeth. I told him that he could not be here and that he needed to leave. He kept saying he needed to talk to her. I told him he knows Elizabeth can't talk to anyone and told him he needs to go. He turned to leave.

He got in his car and started going into the cul-de-sac by our home so I told him he needed to go the other way.

He said he thought it would be healing for both himself and Elizabeth to talk. He said it has been 10 years since he talked to her. He said he feels guilty, it seemed like he was hurting. He said when he was called as a witness he tried to answer the questions honestly but that the prosecutors tried to make everybody look bad (in the company). He said that the government made things sound worse than they were when he was up on the stand during his testimony. He said he felt like he had done something wrong. And that this was weighing on him, He said he was having trouble sleeping. He felt desperate to talk to Elizabeth.

He said he wants to help her. He said he is hurting. He said Theranos was early in his and her career, that he had just finished residency, and that everyone was working so hard to do something good and meaningful. He said that everyone was just doing the best they could. He talked about being with Elizabeth and talking with her at her thirtieth birthday party and about company holiday parties, including the Halloween party. He talked about how they were friends. He said Elizabeth was kind to him. He said that everyone has made so much money off of her and this story they created but that she didn't make any money. and neither did he or anyone who worked at the business, but that everyone else has off of the story of it. I remarked that it is easier to break things than to build them. He said that breaking things is the nature of America. He said that is what they did to Michael Jackson. They build things up

only to tear them down.

He asked how I was and how our child is (referred to as she). I said we are blessed to have a happy and healthy son who just turned 1 year old. He said he has a five year old and he asked about W[redacted]. He said he would be in San Diego next week for a conference and was going to stay at one of the hotels my family owns. The hotel was the Hotel Del Coronado and I told him that we do not own that hotel and that we are just a small family business.

It appears he does not live here but has been thinking about this for a long time and wants to find Elizabeth. (The car seemed like a rental.) I told him I am sorry that he is hurting and having such a hard time. I told him that truth will prevail. I wished him good luck and said goodbye, he said the same.

--

**William B. Evans**

[redacted] | [redacted]