1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, DC 20024
   Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR-18-00258-EJD |
|---|---|
| Plaintiff, | ) |
| v. | ) **DECLARATION OF LANCE WADE IN SUPPORT OF MS. HOLMES' MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE REGARDING ADAM ROSENDORFF OR IN THE ALTERNATIVE FOR AN EVIDENTIARY HEARING** |
| ELIZABETH HOLMES, | ) |
| Defendant. | ) |
| | ) Hon. Edward J. Davila |

DECLARATION OF LANCE WADE
CR-18-00258 EJD                            1

I, LANCE WADE, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter and have been admitted to practice *pro hac vice* in this matter. Pursuant to Criminal Local Rule 47-2(b) and Civil Local Rule 7-5, I submit this declaration in support of Ms. Holmes' Motion for New Trial Based on Newly Discovered Evidence Regarding Adam Rosendorff or in the Alternative for an Evidentiary Hearing ("Motion").

2. On August 8, 2022 at 7:51pm ET (4:51pm PT) I received a WebEx email notification of a voice message left on my work voicemail by Dr. Adam Rosendorff.

3. I listened to the message at approximately 9:35 p.m. ET.

4. I recognized Dr. Rosendorff's voice in the recorded message.

5. In the message Dr. Rosendorff stated, "I want to try to visit Elizabeth at [her residence]. I'd like to see her again. I think it would be quite healing for her and for me. Would it be possible for you to arrange a meeting between Elizabeth and myself at [her property]?"

6. I have preserved the message and can furnish the recording to the Court upon request.

7. The next day I emailed Dr. Rosendorff's counsel, Daniel Koffmann, and explained that Dr. Rosendorff had left me a voice message. I asked if it was okay for me to return Dr. Rosendorff's call. Dr. Rosendorff's counsel stated that he had "spoken to Dr. Rosendorff and there's no need for you to return the call."

7. I am providing the following exhibits in support of Ms. Holmes' Motion.

    A. Ex. 1 is a true and accurate copy of the WebEx email notification of Dr. Rosendorff's voice message, redacted to protect personal identifying information.

    B. Ex. 2 is a true and accurate copy of an August 9, 2022 email exchange between myself and Dr. Rosendorff's counsel, redacted to protect personal identifying information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 6 day of September, 2022 in Washington, D.C.

*[signature]*
LANCE WADE
Attorney for Elizabeth Holmes