# EXHIBIT 1

| | |
|---|---|
| **From:** | webex_comm@webex.com |
| **To:** | Wade, Lance |
| **Subject:** | Incoming Voice Mail from ADAM ROSENDORFF ███████ |
| **Date:** | Monday, August 8, 2022 7:50:35 PM |



# You have a new voicemail

| | |
|---|---|
| **Time:** | Monday, August 08, 2022 07:50 PM Eastern Daylight Time |
| **From:** | ADAM ROSENDORFF ███████ |
| **To:** | 611 L Wade 5755 |
| **Duration:** | 00:31 |

The Webex Team
Need help? Go to Help center

© 2022 Cisco and/or its affiliates. All rights reserved. Privacy Statement | Terms of Service