# EXHIBIT 2

| | |
|---|---|
| **From:** | Daniel Koffmann |
| **To:** | Wade, Lance |
| **Subject:** | RE: Dr. Rosendorff |
| **Date:** | Tuesday, August 9, 2022 3:19:47 PM |

Hi Lance – thanks for the heads-up. I've spoken to Dr. Rosendorff and there's no need for you to return the call.

Best

Dan

**Daniel Koffmann**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
+1 212-849-7617 Direct
███████████ Mobile
+1 212-849-7000 Main Office Number
danielkoffmann@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

-----Original Message-----
From: Wade, Lance <LWade@wc.com>
Sent: Tuesday, August 9, 2022 10:37 AM
To: Daniel Koffmann <danielkoffmann@quinnemanuel.com>
Subject: Dr. Rosendorff
[EXTERNAL EMAIL from lwade@wc.com]
Dan,
I got a voice message from Dr. Rosendorff last evening. I am more than happy to return his call, but wanted to confirm that you are comfortable with me doing so. Please advise.
Many thanks.
—Lance Wade

_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.