JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | **DECLARATION OF AMY MASON SAHARIA IN SUPPORT OF MS. HOLMES' MOTION FOR NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE RELATING TO THE LIS DATABASE** |
| v. | |
| ELIZABETH HOLMES, | |
| Defendant. | Hon. Edward J. Davila |

DECLARATION OF AMY MASON SAHARIA
CR-18-00258 EJD

1

I, AMY MASON SAHARIA, declare as follows:

1. I represent Defendant Elizabeth Holmes in the above-captioned matter and have been admitted to practice *pro hac vice* in this matter. Pursuant to Criminal Local Rule 47-2(b) and Civil Local Rule 7-5, I submit this declaration in support of Ms. Holmes' Motion for New Trial Relating to the LIS Database ("Motion").

2. I am providing the following exhibits in support of Ms. Holmes' Motion.

   A. Ex. 1 is a true and correct copy of a June 2, 2022 letter from John Bostic to Lance Wade and Jeffrey Coopersmith, relating to a document production.

   B. Ex. 2 is a true and correct copy of TX 20832, as admitted in *United States v. Balwani*, 18-cr-258-2.

   C. Ex. 3 is a true and correct copy of TX 5917 (Bates-stamped US1-001848), as admitted in *United States v. Balwani*, 18-cr-258-2.

   D. Ex. 4 is a true and correct copy of TX 5943 (Bates-stamped US1-001847), as admitted in *United States v. Balwani*, 18-cr-258-2.

   E. Ex. 5 is a true and correct copy of a July 5, 2022 letter from Lance Wade to the government.

   F. Ex. 6 is a true and correct copy of a July 21, 2022 email from Richard Cleary to the government.

   G. Ex. 7 is a true and correct copy of a July 28, 2022 email from Robert Leach to Richard Cleary.

   H. Ex. 8 is a true and correct copy of an email thread from September and October 2018 involving Jeffrey Schenk, Robert Leach, John Bostic, Sutton Peirce, Lakisha Holliman, Mimi Lam, and/or Tim Kingman, and an attachment, Bates-stamped US1-001841.

   I. Ex. 9 is a true and correct copy of an email thread dated October 15, 2018 between John Bostic and Stephen O'Neill, Bates-stamped US1-001857.

   J. Ex. 10 is a true and correct copy of an email thread between October 9-11, 2018 involving Jeffrey Schenk, John Bostic, Kevin Downey, Lance Wade, Seema Mittal Roper,

1  Michelle Chen, Jeffrey Coopersmith, Mark Bartlett, and others.

2      K. Ex. 11 is a true and correct copy of a January 2019 email thread involving

3  Jeffrey Schenk, Robert Leach, John Bostic, and Lakisha Holliman, Bates-stamped US1-001846.

4      L. Ex. 12 is a true and correct copy of a memorandum of interview dated

5  June 7, 2021 of Dr. Kingshuk Das, Bates-stamped US-REPORTS-0026721.

6   I declare under penalty of perjury under the laws of the United States that the foregoing is true

7  and correct to the best of my knowledge.

9   Executed this 7th day of September, 2022 in Chevy Chase, MD.

_____
AMY MASON SAHARIA
Attorney for Elizabeth Holmes

DECLARATION OF AMY MASON SAHARIA
CR-18-00258 EJD

3