# Exhibit 1



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*150 Almaden Boulevard, Suite 900*  (408) 535-5061
*San Jose, California 95113*  *FAX:(408) 535-5066*

June 2, 2022

Lance Wade
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
**VIA USAfx**

Jeffrey B. Coopersmith
Orrick Herrington & Sutcliffe LLP
701 5th Avenue, Suite 5600
Seattle, WA 98104-7097
**VIA USAfx**

Re:  United States v. Elizabeth Holmes and Ramesh "Sunny" Balwani
      CR-18-00258-EJD

Dear Counsel:

Pursuant to your request for discovery, herewith are copies of the following:

| Beg. Bates | End. Bates | General Description |
| --- | --- | --- |
| US1-001841 | US1-001845 | Email- Theranos Discovery |
| US1-001846 | US1-001846 | Email- Pending Discovery |
| US1-001847 | US1-001847 | Email- RE: Theranos 1 TB Drive |
| US1-001848 | US1-001848 | Email- RE: Theranos |
| US1-001849 | US1-001849 | Email- Status Update re: Theranos |
| US1-001850 | US1-001852 | Email- Theranos 1TB Drive and Attachment |
| US1-001853 | US1-001853 | Email- GJ Subpoena Investigation- Theranos |
| US1-001854 | US1-001854 | Email- GJ Subpoena Investigation- Theranos |
| US1-001855 | US1-001855 | Email- GJ Subpoena Investigation- Theranos |
| US1-001856 | US1-001856 | Email- GJ Subpoena Investigation- Theranos |
| US1-001857 | US1-001858 | Email- Dorsey & Whitney LLP |
| US1-001859 | US1-001863 | Agent Notes |
| US1-001864 | US1-001867 | FBI 302- Mike Wei |

Please note that documents in this production may be subject to earlier Protective Orders issued by the Court, including to the extent they contain personal and private information relating to witnesses and other individuals not charged in the Indictment.

The government will make available for your inspection any item of evidence referred to in the enclosed reports and documents, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief.  Please contact me to arrange a mutually convenient time for your inspection of such items.

The enclosed materials and any future discovery provided to you which may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute or relevant case law is provided voluntarily and solely as a matter of discretion. By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.  We explicitly reject any suggestion that the criminal local rules, including Criminal Local Rule 16-1(c), serve as valid authority for any substantive discovery obligations beyond that required under the applicable federal statutes and rules (e.g., Rule 16 and Jencks).

Notice Re: FRE 404(b), 608, 609

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs or acts committed by defendant which are referenced in the enclosed documents pursuant to Rules 404(b), 608 and/or 609 of the Federal Rules of Evidence.

Request for Reciprocal Discovery

With this letter the government requests all reciprocal discovery to which it is entitled under Federal Rules of Criminal Procedure 16(b) and (c) and 26.2, including, but not limited to, the following, as to each defendant:

1.  Inspection and/or copies of all books, papers, documents, photographs, tangible objects, or portions thereof in the possession, custody, or control of the defendant and which the defendant intends to introduce as evidence in his case-in-chief at trial.

2.  Inspection and/or copies of the results of any reports of physical or mental examinations and of scientific tests or experiments made in connection with the above-entitled case within the possession or control of the defendant which the defendant intends to introduce as evidence in his case-in-chief at trial or which have been prepared by a witness whom the defendant intends to call at trial.

3.  Inspection and/or copies of all statements made by all witnesses whom the defendant intends to call at trial.

4.  A written summary of any testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial.

Request for Notice of Defenses

The Government also requests notice of any intention of your client to rely on an entrapment defense or a defense involving mental condition or duress, and/or an alibi defense for offenses which occurred on or about the dates alleged in the indictment.

Plea Negotiations

I would also like to take this opportunity to state the United States Attorney's position regarding plea negotiations, if any, in this matter. I do not have the authority to make any binding plea offer in this matter. If you wish to discuss a disposition of this matter, please be advised that all discussions are about a tentative disposition only and will not be final unless and until the final disposition is approved by the United States Attorney or an appropriate designee. Please do not assume that I have received such approval based on discussions between us or the exchange of draft plea agreements. I will advise you in writing if and when our plea negotiations have resulted in a plea agreement approved by the United States Attorney or an appropriate designee.

Please contact me if you have any questions concerning the foregoing.

Very truly yours,

STEPHANIE M. HINDS
United States Attorney

/s/
JOHN C. BOSTIC
Assistant United States Attorney