# Exhibit 3

| | |
|---|---|
| **From:** | oneill.stephen@dorsey.com |
| **To:** | Bostic, John (USACAN) |
| **Subject:** | RE: Theranos |
| **Date:** | Monday, March 25, 2019 4:24:09 PM |

John

We followed up with Sherwood, here is the email from Jarod Wada

Tom,

I can confirm that Assignee does not know who decommissioned the LIS database.

From Eric Caddenhead, former IT manager at Theranos, the name "Shekar Chandrasekaran" was mentioned as someone who had been involved with the LIS database. Per Eric, the LIS database was developed and maintained by a group that was outside of Theranos, Inc. Eric stated that the LIS database was not included in the migration of the corporate server equipment out of the Theranos facility and into the colo environment – it was decommissioned sometime earlier, not certain when. David Taylor, former CEO, had told me on several occasions that the LIS was decommissioned and that prior to ABC, Theranos, Inc. had been told that it could no longer be reconstructed with the existing resources.

Assignee also spoke to Mike Wei, FTI Consulting, who did some outside consulting work via WilmerHale on behalf of Theranos, Inc. FTI worked with the LIS database when it was operational but Mike has stated that FTI was never given permission to copy it but instead had remote access into the Theranos, Inc. corporate network. Mike confirmed that FTI did not decommission the LIS database.

**From:** O'Neill, Stephen
**Sent:** Thursday, March 21, 2019 5:50 PM
**To:** 'Bostic, John (USACAN)' <John.Bostic@usdoj.gov>
**Subject:** RE: Theranos

John

I talked to my colleague, Tom Hwang and confirmed that LIS database was encrypted by Sonny Balwani and Shekar Chandrasekaran

Here is Shekar linkedin page,

https://www.linkedin.com/in/shekarc/

Here's how David Taylor , former Theranos president, described the LIS data base: *"the most comprehensive (though still not fully comprehensive) company repository of clinical information -- patient contact info, doctor contact info, test dates and results, etc. It has, however, been decommissioned, and before the company formally closed we were advised that it be a herculean undertaking to get it up and running again."* It was our understanding that the data base was decommissioned before David Taylor became president. We will talk to our client and see if they have any additional information.

Steve

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Thursday, March 21, 2019 10:18 AM
**To:** O'Neill, Stephen <oneill.stephen@dorsey.com>
**Subject:** RE: Theranos

Thanks, Steve. Can we talk at 3:30? You can reach me then at                    .
Best,

John

**From:** oneill.stephen@dorsey.com <oneill.stephen@dorsey.com>
**Sent:** Thursday, March 21, 2019 8:15 AM
**To:** Bostic, John (USACAN) <jbostic@usa.doj.gov>
**Subject:** RE: Theranos

John , right now I am wide open after 2, let me know when I should call you

**From:** Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Sent:** Wednesday, March 20, 2019 6:18 PM
**To:** O'Neill, Stephen <oneill.stephen@dorsey.com>
**Cc:** Hwang, Thomas <hwang.thomas@dorsey.com>
**Subject:** Theranos

Hi Steve,

By any chance do you have some time tomorrow for a brief call to touch base on some issues regarding Theranos? I'm generally available in the afternoon.

Best,

John

JOHN C. BOSTIC
Assistant United States Attorney
Northern District of California
150 Almaden Blvd. | San Jose, CA 95113
Tel.:                | Fax: (408) 535-5066
Email: john.bostic@usdoj.gov

## PLACE HOLDER

| | |
|---|---|
| FileName: | RE Theranos.msg |
| FilePath: | D:\027\RE Theranos.msg |
| Create Date: | 6/1/2022 02:54 PM |
| Modified Date: | 6/1/2022 02:55 PM |
| File Attributes: | Archive |
| File Size: | 37kb |
| File Type: | Microsoft Outlook Message File |