# Exhibit 4

| | |
|---|---|
| **From:** | Holliman, Lakisha (USACAN) |
| **To:** | Peirce, Sutton (USACAN); Schenk, Jeffrey (USACAN); Leach, Robert (USACAN); Bostic, John (USACAN) |
| **Cc:** | Wickett, Brian (USACAN) |
| **Subject:** | RE: Theranos 1 TB drive |
| **Date:** | Tuesday, October 30, 2018 4:54:56 PM |

Hi Sutton:

Thank you so much for looking into this very complex hard drive issue for us.

I had a meeting with the AUSAs on the case regarding our options and we all decided to do the following:

**Possible Routes Forward**
- Push back on defense and see if they can be persuaded to produce this in a manner that can be viewed and processed in a standard way rather than in an unspecified archive format that we can't access
- Check with the FBI (or other agencies) to see if they have a resource that can process large SQL database archives

You can send the hard drive back to me whenever you get a chance.

Thanks

Lakisha

**From:** Peirce, Sutton (USACAN)
**Sent:** Friday, October 5, 2018 4:58 PM
**To:** Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>
**Cc:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>; Wickett, Brian (USACAN) <BWickett@usa.doj.gov>
**Subject:** Theranos 1 TB drive

Hello Team,

I'm writing to outline the issues surrounding this drive and to propose some possible paths toward resolution. I've been in discussion with Lakisha, my unit, IT, and the LTSC/LTHD. Sadly, this drive does not contain material which can processed in-house or by the LTSC. Further, it's my suspicion that this material probably isn't accurately responsive to the subpoena (I'd need a copy of the subpoena to be sure).

**What the Drive Contains:**
***12 BAK*** files, totaling approximately ***830 Gigabytes*** (screenshot of contents attached)
- In this circumstance it's most likely that the .bak extension indicates that these are backup

files for a **Microsoft SQL database**.
- If that's correct these files would be used to restore database backups on a Microsoft SQL Server.
- However, .bak is a common extension for a myriad of backup files; without documentation of what the drive was meant to contain we can only make an educated guess that these are SQL database backups
- Because these are archive files the size of the data could increase significantly when restored

**Why We Can't Process it in-house**
- This material was not provided to our office in a format that can extracted, viewed or processed by any of the software available to us
- We don't have a MS SQL Database server upon which to restore these backup files for review
- The LTSC's EDD software can only ingest SQL .bak files if they are under 300 mb

**Possible Routes Forward**
- Push back on defense and see if they can be persuaded to produce this in a manner that can be viewed and processed in a standard way rather than in an unspecified archive format that we can't access
    - If they can't figure out how to produce the contents of their database in a legitimate manner perhaps they'll consider handing over their physical SQL server and we can set it up in a workroom?
- Check with the FBI (or other agencies) to see if they have a resource that can process large SQL database archives
- Identify a vendor who could process the material
    - The defense would need to be notified based on the sensitivity and confidentiality of this material ("contains Confidential Protected Health Information")
    - Considering the data size and labor involved the cost could be staggering

Let me know if you'd like to set up a meeting or teleconference to discuss this further, and of course feel free to call or email with any questions.

Thanks,
Sutton

## PLACE HOLDER

| | |
|---|---|
| FileName: | RE Theranos 1 TB drive.msg |
| FilePath: | D:\027\RE Theranos 1 TB drive.msg |
| Create Date: | 6/1/2022 02:56 PM |
| Modified Date: | 6/1/2022 02:56 PM |
| File Attributes: | Archive |
| File Size: | 70kb |
| File Type: | Microsoft Outlook Message File |