# Exhibit 6

**From:** Cleary, Rich <rcleary@wc.com>
**Sent:** Thursday, July 21, 2022 6:25 PM
**To:** 'Jeffrey Schenk' <Jeffrey.B.Schenk@usdoj.gov>; 'Leach, Robert (USACAN' <Robert.Leach@usdoj.gov>; 'Kelly Volkar' <Kelly.Volkar@usdoj.gov>; 'John Bostic' <John.Bostic@usdoj.gov>; 'amani.floyd@usdoj.gov' <amani.floyd@usdoj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>
**Subject:** RE: United States v. Holmes, 18-cr-258

Counsel:

We sent the letter below more than two weeks ago.  Please respond by end of day Tuesday, July 26.

Regards,
Rich Cleary

**Richard S. Cleary, Jr.**
**Associate**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, D.C. 20024
(P) 202-434-5240 | (F) 202-434-5029
rcleary@wc.com | www.wc.com

**From:** Cleary, Rich
**Sent:** Tuesday, July 5, 2022 9:41 PM
**To:** Jeffrey Schenk <Jeffrey.B.Schenk@usdoj.gov>; Leach, Robert (USACAN) <Robert.Leach@usdoj.gov>; Kelly Volkar <Kelly.Volkar@usdoj.gov>; John Bostic <John.Bostic@usdoj.gov>; 'amani.floyd@usdoj.gov' <amani.floyd@usdoj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>
**Subject:** United States v. Holmes, 18-cr-258

Counsel:

Please see the attached correspondence from Lance Wade.

Regards,
Rich Cleary

**Richard S. Cleary, Jr.**
**Associate**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, D.C. 20024
(P) 202-434-5240 | (F) 202-434-5029
rcleary@wc.com | www.wc.com