# Exhibit 7

| | |
|---|---|
| **From:** | Leach, Robert (USACAN) |
| **To:** | Cleary, Rich |
| **Cc:** | Wade, Lance; Downey, Kevin; Saharia, Amy; Trefz, Katherine; Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Volkar, Kelly (USACAN) |
| **Subject:** | FW: United States v. Holmes, 18-cr-258 |
| **Date:** | Thursday, July 28, 2022 7:20:26 PM |

Dear Counsel,

We received your July 5, 2022 letter. The letter seeks information significantly beyond the government's disclosure obligations under *Brady* or any other rule of discovery. We have complied with *Brady* and will continue to do so. We respectfully decline your request.

We also received your July 22, 2022 letter regarding Dr. Rosendorff and will get back to you.

Best regards,
******************************
Robert S. Leach

Assistant United States Attorney

Deputy Chief, Corporate and Securities Fraud Section

United States Attorney's Office

Northern District of California

450 Golden Gate Avenue, 11th Floor

San Francisco, California 94102

**From:** Cleary, Rich <rcleary@wc.com>
**Sent:** Tuesday, July 5, 2022 6:41 PM
**To:** Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>; Volkar, Kelly (USACAN) <KVolkar@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Floyd, Amani (USACAN) <AFloyd@usa.doj.gov>
**Cc:** Wade, Lance <LWade@wc.com>; Downey, Kevin <KDowney@wc.com>; Saharia, Amy <ASaharia@wc.com>; Trefz, Katherine <KTrefz@wc.com>
**Subject:** [EXTERNAL] United States v. Holmes, 18-cr-258

Counsel:

Please see the attached correspondence from Lance Wade.

Regards,

Rich Cleary

**Richard S. Cleary, Jr.**

**Associate**

**Williams & Connolly LLP**

680 Maine Avenue, S.W., Washington, D.C. 20024

(P) 202-434-5240 | (F) 202-434-5029

rcleary@wc.com | www.wc.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments

and notify the sender immediately. Thank you.