# Exhibit 8

# Cleary, Rich

| | |
|---|---|
| **From:** | Holliman, Lakisha (USACAN) |
| **Sent:** | Thursday, October 4, 2018 8:54 PM |
| **To:** | Peirce, Sutton (USACAN) |
| **Cc:** | Schenk, Jeffrey (USACAN); Bostic, John (USACAN); Leach, Robert (USACAN); Lam, Mimi (USACAN) |
| **Subject:** | FW: Theranos Discovery |
| **Attachments:** | Theranos Seagate Drive.pdf |

Hi Sutton:

I will be out of the office from 10/5- 10/19. I wanted to know if you were able to find the program that would allow us to view the hard drive.

I am cc'ing the AUSAs so they can know the status while I am on vacation.

FYI- The AUSAs have a status conference on 10/15/18 and will need to let the Judge know the status of all discovery.

FYI- Mimi Lam is my back-up while I am out of the office.

Thanks in advance.

Lakisha

---

**From:** Peirce, Sutton (USACAN)
**Sent:** Tuesday, September 18, 2018 5:36 PM
**To:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>
**Cc:** Kingwell, Tim (USACAN) <TKingwell@usa.doj.gov>
**Subject:** RE: Theranos Discovery

Hi Lakisha,

It looks like Tim's diagnosis was correct; we couldn't see the contents of the drive because it's a VeraCrypt volume (a drive which has been encrypted using VeraCrypt).
Using the password you provided I was able to open it on the standalone, but now I just have further questions!

The contents of the drive *do not* appear to be load ready files, or natives, or any kind of forensic viewer. Rather, It looks like a set of backup copies of something, probably a database (the format is .bak).
Without knowing what sort of database these are from (or if they indeed are database backups) it's very hard to figure out how we might extract the data (or even if it's possible for us to do so).
It also raised the question that perhaps these are simply backup copies of material that has already been provided to our office.

Was there any documentation provided when the drive was delivered?
If you could send along any additional info you have about this drive that would be great; I'm also happy to speak with an agent if you have a point of contact for this material.

I've included a screenshot of the contents in case it helps shed some light.

1

Thanks,
Sutton



**From:** Holliman, Lakisha (USACAN)
**Sent:** Saturday, September 15, 2018 1:31 PM
**To:** Peirce, Sutton (USACAN) <SPeirce@usa.doj.gov>
**Cc:** Dao, Henry (USACAN) <HDao@usa.doj.gov>; Kingwell, Tim (USACAN) <TKingwell@usa.doj.gov>
**Subject:** RE: Theranos Discovery

Hi Sutton:

I digged deep in my email and found that the hard drive is password protected.

The password is below:

7Dh$fsB!dgs&6Fes!

Thanks

Lakisha

**From:** Peirce, Sutton (USACAN)
**Sent:** Friday, September 14, 2018 4:01 PM
**To:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>
**Cc:** Dao, Henry (USACAN) <HDao@usa.doj.gov>; Kingwell, Tim (USACAN) <TKingwell@usa.doj.gov>
**Subject:** RE: Theranos Discovery

Hi Lakisha,

I received the drive this afternoon but I'm afraid it's not playing nice with me either. The message I receive, both on my workstation and the standalone, is "*You need to format the disk in drive \*: before you can use it*"



My first guess was that it might be formatted for a Mac or simply corrupted, but after discussing it with Brian and Tim I think Tim has the most likely suspicion: He's wondering if the entire drive might be encrypted as a VeraCrypt (or TrueCrypt) volume? If that's the case we'll need a password to unlock it.

Did the originator of this drive provide any documentation as to the contents and/or a password? If you find any info for this guy please pass it along. I'm attaching a scan of the drive label in case it's helpful in tracking down a password.

Thanks!
Sutton


**From:** Holliman, Lakisha (USACAN)
**Sent:** Wednesday, September 12, 2018 2:56 PM
**To:** Peirce, Sutton (USACAN) <SPeirce@usa.doj.gov>
**Cc:** Dao, Henry (USACAN) <HDao@usa.doj.gov>
**Subject:** RE: Theranos Discovery

Hi Sutton:

Henry from IT just called me in re:  HD and I  let him that I will send the drive to ALS directly since the plan was for ALS to process discovery for me.  I told Henry if you have any issues with opening up the drive you would forward the drive to IT.

Thanks

Lakisha

**From:** Peirce, Sutton (USACAN)
**Sent:** Wednesday, September 12, 2018 1:23 PM
**To:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>
**Subject:** RE: Theranos Discovery

Sounds like a plan, thanks!
…and feel free to let IT know that I'm happy to have a look at that drive as well—we all have our little tricks to try and coax hard drives to play nice ☺

**From:** Holliman, Lakisha (USACAN)
**Sent:** Wednesday, September 12, 2018 1:19 PM
**To:** Peirce, Sutton (USACAN) <SPeirce@usa.doj.gov>
**Subject:** Theranos Discovery

Hi Sutton:

I have 2 hard drives in my possession and I am waiting for the agent to send me a 3rd drive.  I took a look at the two hard drives and one hard drive is only 12 GB, so I will process that on my own because I will be using various prefixes.  The hard drive that I wanted to send you is (1TB DRIVE but I am not sure what the DATA size is) and my computer is not detecting it.

I plan on Fedex'ing the Hard drive to IT to take a look at it and if they are able to fix I will have them give it to you.

If they are able to fix it, I will fill out the ALS request form to give you more details on what specifically I want done.

I will keep you posted.

Thanks

Lakisha

Grand Jury Subpoena
Investigation #2016R00024

August 27, 2018

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material



# PLACE HOLDER

| | |
|---|---|
| FileName: | FW Theranos Discovery.msg |
| FilePath: | D:\027\FW Theranos Discovery.msg |
| Create Date: | 6/1/2022 02:56 PM |
| Modified Date: | 6/1/2022 02:56 PM |
| File Attributes: | Archive |
| File Size: | 609kb |
| File Type: | Microsoft Outlook Message File |

US1-001841