# Exhibit 9

# Cleary, Rich

| | |
|---|---|
| **From:** | Bostic, John (USACAN) |
| **Sent:** | Monday, October 15, 2018 9:02 PM |
| **To:** | 'oneill.stephen@dorsey.com' |
| **Subject:** | RE: Theranos |

Steve,

I started reading this but a couple lines in I realized it was probably sent inadvertently. Can you confirm? If that's the case I won't review any further and will delete it.

Best,
John

---

**From:** oneill.stephen@dorsey.com <oneill.stephen@dorsey.com>
**Sent:** Monday, October 15, 2018 5:54 PM
**To:** oneill.stephen@dorsey.com
**Cc:** Bostic, John (USACAN) <jbostic@usa.doj.gov>
**Subject:** Theranos

Notes re Theranos

John Bostic called me [redacted]
The court denied the motion to quash the subpoena
Ordered the parties to meet and confer
Wanted to know if we were going to continue to assert the corporate privilege, WH had done an extensive filter , what should we do? They are going to send us the filter , after we get filter , lets talk to John Marti and also Ken Jorgensen re the privilege

DOJ is not asking us to waive the Joint privilege,

John asked about the LIS data base that they cannot access, I told him that I believe it was encrypted and that we don't have the code, maybe two former employees know how to unravel it, Sonny Balwani was one, Tom - do you recall the other

Also we need to send list of equipment inventory to J. Bostic

We also need to do the following:

- Send email to Walgreen's counsel about what they want us to do
- Subpoena , we need to talk to Bernie/ Jarod about the subpoena, also David Taylor about what they want , we will need to respond at some point
- Also were you going to send a letter to Elizabeth's attorney about computer and phone ?

**Stephen T. O'Neill**
Partner
Palo Alto Office Head



DORSEY & WHITNEY LLP
305 Lytton Avenue | Palo Alto, CA 94301
**P:** 650.843.2719 **C:**
WWW.DORSEY.COM :: PALO ALTO :: BIO :: V-CARD

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

**Please help reduce paper and ink usage. Print only if necessary.**

# PLACE HOLDER

| | |
|---|---|
| FileName: | RE_ Theranos (1).msg |
| FilePath: | D:\028\RE_ Theranos (1).msg |
| Create Date: | 6/1/2022 05:36 PM |
| Modified Date: | 6/1/2022 05:36 PM |
| File Attributes: | Archive |
| File Size: | 51kb |
| File Type: | Microsoft Outlook Message File |

US1-001857