# Exhibit 10



**From:** Schenk, Jeffrey (USACAN) [mailto:Jeffrey.B.Schenk@usdoj.gov]
**Sent:** Thursday, October 11, 2018 2:58 PM
**To:** Wade, Lance <LWade@wc.com>; Bostic, John (USACAN) <John.Bostic@usdoj.gov>
**Cc:** Downey, Kevin <KDowney@wc.com>; Roper, Seema Mittal <smroper@wc.com>; Chen, Michelle <MChen@wc.com>; Coopersmith, Jeff <JeffCoopersmith@dwt.com>; Bartlett, Mark <MarkBartlett@dwt.com>
**Subject:** RE: 18cr00258EJD - Elizabeth Holmes and Ramesh Sunny Balwani

Counsel:

Attached please find our draft joint status report.  Let me know if you have edits.  I would be happy to e-file it later.

Jeff

---

**From:** Wade, Lance <LWade@wc.com>
**Sent:** Wednesday, October 10, 2018 10:13 AM
**To:** Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>
**Cc:** Downey, Kevin <KDowney@wc.com>; Roper, Seema Mittal <smroper@wc.com>; Chen, Michelle <MChen@wc.com>; Coopersmith, Jeff <JeffCoopersmith@dwt.com>; Bartlett, Mark <MarkBartlett@dwt.com>
**Subject:** FW: 18cr00258EJD - Elizabeth Holmes and Ramesh Sunny Balwani

Jeff/John:

Are you planning to draft something for our review/joint submission?

--Lance

**Lance Wade**
**Williams & Connolly LLP**

725 Twelfth Street, N.W., Washington DC 20005
(P) 202-434-5755 | (F) 202-434-5029
lwade@wc.com  |  www.wc.com/lwade

**From:** ████████████████████████████████████████

**Sent:** Tuesday, October 09, 2018 5:36 PM

**To:** Jeffrey.b.schenk@usdoj.gov; Downey, Kevin <KDowney@wc.com>; Chen, Michelle <MChen@wc.com>; cline@johndclinelaw.com; Roper, Seema Mittal <smroper@wc.com>; Wade, Lance <LWade@wc.com>; john.bostic@usdoj.gov; robert.leach@usdoj.gov; markbartlett@dwt.com; jeffcoopersmith@dwt.com; benbyer@dwt.com; kellygorton@dwt.com; maxhensley@dwt.com; amandamcdowell@dwt.com

**Cc:** ████████████████████████████████████████

**Subject:** 18cr00258EJD - Elizabeth Holmes and Ramesh Sunny Balwani

Good afternoon Counsel,

This matter is scheduled for Status Conference hearing on Monday 10/15/2018 at 1:30 pm before Judge Davila. Could the parties please file a status report to assist in preparation of the Court for the hearing on Monday.   Thank you for your assistance with this request.

Best regards,



**Adriana M. Kratzmann**
Courtroom Deputy to Honorable Edward J. Davila
United States District Court for the Northern District of California
San Jose Division
280 South First Street, ██ ███
San Jose, CA 95113
███████████████████
http://www.cand.uscourts.gov/ejd
███████████████

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.

ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
Assistant United States Attorneys

     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5061
     Fax: (408) 535-5066
     Jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-18-00258-EJD |
| Plaintiff, | JOINT STATUS MEMORANDUM |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | |
| Defendants. | |

     The parties in the above-captioned matter hereby file this joint status memorandum in advance of the status conference set for October 15, 2018.

**I.    The Superseding Indictment**

     On September 6, 2018, the grand jury returned a Superseding Indictment against Defendants Holmes and Balwani.  (Dkt. No. 39).  The superseding indictment contains eleven counts against both defendants: two counts of conspiracy to commit wire fraud and nine counts of wire fraud.

     Both Defendants have filed written waivers of appearance at arraignment and entries of "not guilty" pleas.  (Dkt. Nos. 45, 48).  The magistrate judge accepted these waivers on October 5, 2018 and

October 10, 2018, respectively.  (Dkt. Nos. 51, 52).

**II.     Status of Discovery**

In August of this year, the government produced more than four million pages of discovery to the defense.  Shortly thereafter, and in response to a specific defense request, the government expedited an additional production containing reports of dozens of witness interviews it has conducted in its investigation, along with associated source documents referenced in those interviews.

Since before the original Indictment in this case, the government has been working to prepare and produce the remainder of the Rule 16 discovery in this case.  Due to the extremely large volume of material involved, the government has sent several million pages of discovery to the DOJ's Litigation Technology Service Center ("LTSC") in South Carolina.  This facility has equipment that allows it to process and produce large volumes of documents faster and more efficiently than in-house at the U.S. Attorney's Office.  In addition, the government is informed that productions from the LTSC are typically easier for defendants to access.  Despite the LTSC's increased bandwidth, however, the processing and bates stamping of these materials has taken months.  The LTSC recently finished processing one batch of more than six million pages of discovery, and the government is currently copying that material onto separate hard drives for the two Defendants.  The machine copying that data estimates that the process will complete early next week, at which point the government will make that production to Defendants.  Another six-million-page batch of discovery is on its way from the LTSC and should be received by the government soon.  The government will copy and produce those materials as soon as possible—likely before the end of October.

Once those batches are produced, the government estimates that its Rule 16 production will be approximately ninety percent complete.  However, as with any ongoing investigation, the government will produce discoverable evidence upon receipt.

**III.     Pending and Anticipated Motion Practice**

On September 7, 2018, Defendants filed a motion seeking a cease and desist order blocking the government from using a grand jury subpoena to obtain evidence post-Indictment.  (Dkt. No. 40).  The government filed its opposition to that motion on September 24, 2018.  (Dkt. No. 44).  Defendants filed a reply on October 1, 2018.  (Dkt. No. 46).  The motion is set for hearing before Judge van Keulen on

JOINT STATUS MEMORANDUM
CR-18-00258 EJD

1   October 12, 2018.

2

3

4   DATED: September 7, 2022                Respectfully submitted,

5                                           ALEX G. TSE
                                            United States Attorney
6

7                                           /s/
8   _____
                                            JEFF SCHENK
9                                           JOHN C. BOSTIC
                                            ROBERT S. LEACH
10                                          Assistant United States Attorneys

11  DATED: September 7, 2022

12

13                                          _____
14                                          KEVIN DOWNEY
                                            LANCE WADE
15                                          Attorneys for Elizabeth Holmes

16

17  DATED: September 7, 2022

18

19                                          _____
20                                          JEFF COOPERSMITH
                                            MARK BARTLETT
21                                          Attorneys for Ramesh "Sunny"
                                            Balwani
22

23

24

25

26

27

28