# Exhibit 11

| **From:** | Holliman, Lakisha (USACAN) |
|---|---|
| **To:** | Leach, Robert (USACAN); Bostic, John (USACAN); Schenk, Jeffrey (USACAN) |
| **Subject:** | RE: Pending Discovery |
| **Date:** | Tuesday, January 29, 2019 3:05:05 PM |

Hi Bob:

After I produce the TS prefix down below is the pending discovery.

**DISCOVERY**

| BATES PREFIX | LOCATION | STATUS | # pages in Discovery |
|---|---|---|---|
| ABC | ABC | There is a one page document that we would need to get another copy from the source so we can produce | 1 page |
| TS | USAO-SJ | Waiting for Holmes to send Addonics drive so I can copy discovery and produce | 1.6 million pages |
| THER | USAO-SF | This portion of the discovery is part of the hard drive that will be reviewed by a ==taint AUSA==.  It is currently being copied and loaded onto SF Network. | 2,683,858 pages |
| NO PREFIX | USAO-SF- ALS | ALS tried to process, but does not have the software to process the discovery *We need to decide on if we will:<br>• Produce a copy of the native version<br>• FBI- Computer Forensics Team<br>• 3rd Party<br>• Reach out to original source and get a copy of the software | Unknown- discovery has not been processed. |
| VARIOUS | SEC | • SEC will be producing to us in the near future various prefixes of discovery | Unknown |

**From:** Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Sent:** Tuesday, January 29, 2019 9:48 AM
**To:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>; Bostic, John (USACAN) <jbostic@usa.doj.gov>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>
**Subject:** RE: Addonics Drive

Lakisha,

This is good news.  Thanks.  After this, how much more do we have to go?  I think it is important to have everything out by 4/15.

Bob

---

**From:** Holliman, Lakisha (USACAN) <LHolliman@usa.doj.gov>
**Sent:** Monday, January 28, 2019 4:33 PM
**To:** Bostic, John (USACAN) <jbostic@usa.doj.gov>; Schenk, Jeffrey (USACAN) <JSchenk@usa.doj.gov>; Leach, Robert (USACAN) <RLeach@usa.doj.gov>
**Subject:** Addonics Drive

Hello:

Good News-  There is another production ready to go out.  The only problem is that HOLMES will need to send us back the ADDONICS drive that we loaned them in December.   (See highlighted note below).  Please note that Homes did send us a Hard Drive but it was not an addonics drive- therefore I loaned them one of the USA Addonics drive.

Balwani- sent an addonics drive to us and that is the drive that has a copy of the next production.  Once I receive the drive from HOLMES I will proceed to copy the discovery on to that drive.

Please note the discovery that will go out in the next production is the TS and TS2 prefix and the Horizon Media discovery.

Thanks

Lakisha

| # | OWNER of DRIVE | TYPE | LOCATION | NOTES |
|---|---|---|---|---|
| 1 | USAO | ADDONICS #1 | USAO- LAKISHA OFFICE | Balwani returned on 1/10/19 and LAKISHA will use this drive to copy HOLMES TS & TS2 production when she receives from LTSC |
| 2 | USAO | ADDONICS #2 | HOLMES | USAO loaned ADDONICS Drive for last production sent on 12/27/18 and have received it back from HOLMES yet |
| 3 | BALWANI | ADDONICS #1 | LTSC | Sent to LTSC on 12/20/18-  LTSC is currently copying the TS & TS2 production on this HD for BALWANI |
| 4 | HOLMES | ENCRYPTED HARD DRIVE | USAO-LAKISHA | This HD have the THPFM prefix on it.  I will return this hard drive back to HOLMES as soon as I copy a version for myself for own records.<br>(3 weeks approximately) |
| 5 | HOLMES | HARD DRIVE | USAO- LAKISHA | HOLMES sent us this HD, but it is not the ADDONICS drive that we |

| | | | | |
|---|---|---|---|---|
| | | | | requested them to send. I will give this to AUSA BOSTIC to he can handover the hard drive since we used our loaner hard drive instead. |

## PLACE HOLDER

| | |
|---|---|
| FileName: | RE Pending Discovery .msg |
| FilePath: | D:\027\RE Pending Discovery .msg |
| Create Date: | 6/1/2022 02:56 PM |
| Modified Date: | 6/1/2022 02:56 PM |
| File Attributes: | Archive |
| File Size: | 67kb |
| File Type: | Microsoft Outlook Message File |

US1-001846