JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>  Defendants. | Case No. CR-18-00258-EJD<br><br>**[PROPOSED] ORDER GRANTING MS. HOLMES' MOTION FOR A NEW TRIAL BASED ON NEWLY DISCOVERED EVIDENCE RELATING TO LIS DATABASE**<br><br>Hon. Edward J. Davila |

[PROPOSED] ORDER
CR-18-00258-EJD

This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Motion for New Trial Based on Newly Discovered Evidence Relating to LIS Database.  After due consideration of the filings, the governing law and the argument of the parties:

      IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.

      IT IS FURTHER ORDERED that the verdicts on Count 1 and Counts 6-8 are hereby VACATED.

      IT IS FURTHER ORDERED that the parties shall meet and confer and provide dates for a status conference to be held no later than 14 days after this date of this Order.

      IT IS SO ORDERED.

Dated: _____

                                         _____
                                         Hon. Edward J. Davila
                                         United States District Judge

[PROPOSED] ORDER
CR-18-00258-EJD