STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Fax: (408) 535-5066
    john.bostic@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | |
| v. | JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PENDING MOTIONS; [PROPOSED] ORDER |
| ELIZABETH HOLMES, | |
| Defendant. | |

On September 6, 2022, Defendant Elizabeth Holmes filed a Motion for New Trial Based on Newly Discovered Evidence Regarding Adam Rosendorff (ECF No. 1574). On September 7, 2022, Defendant filed a Motion for New Trial Based on Newly Discovered Evidence from Mr. Balwani's Trial (ECF No. 1576) and a Motion for New Trial Based on Newly Discovered Evidence Relating to LIS Database (ECF No. 1577).

/ /

The United States and Defendant hereby stipulate and jointly request that the Court set the following briefing schedule for the three motions listed above:

- Government's Oppositions Due: September 21, 2022, by 12:00pm
- Defendant's Replies Due: September 28, 2022, by 12:00pm

IT IS SO STIPULATED

DATED: September 9, 2022                    Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney


/s/ John C. Bostic
JOHN C. BOSTIC
JEFF SCHENK
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys


DATED: September 9, 2022                    /s/ Amy Mason Saharia
KEVIN DOWNEY
AMY MASON SAHARIA
LANCE WADE
KATHERINE TREFZ
Attorneys for Defendant Elizabeth Holmes

# [PROPOSED] ORDER

Based upon the stipulation of the parties, it is hereby ordered that the following briefing schedule shall apply to Defendant's pending Motions for New Trial (ECF Nos. 1574, 1576, and 1577):

- Government's Oppositions Due: September 21, 2022, by 12:00pm
- Defendant's Replies Due: September 28, 2022, by 12:00pm

IT IS SO ORDERED.

DATED: _____                    _____
HON. EDWARD J. DAVILA
United States District Judge

STIPULATION RE BRIEFING SCHEDULE
CASE NO. 18-CR-258 EJD                              2