1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Email:  Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           ) Case No. 18-CR-00258 EJD
                                       )
15      Plaintiff,                     ) ADMINISTRATIVE MOTION FOR TRANSCRIPT
                                       ) OF SEALED FEBRUARY 10, 2020 HEARING
16      v.                             )
                                       )
17 ELIZABETH HOLMES and RAMESH         )
   "SUNNY" BALWANI,                    )
18                                     ) Court:  Hon. Edward J. Davila
        Defendants.                    )
19                                     )

ADMINISTRATIVE MOTION FOR SEALED TRANSCRIPT,
CASE NO. 18-258 EJD

**Administrative Motion**

Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Plaintiff United States hereby moves this Court for an order authorizing the generation and release to the undersigned of the transcript of the sealed conference held before the Court on February 10, 2020.  A proposed order to that effect is attached hereto.

DATED:  September 19, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

__*/s/ John C. Bostic*_____
JEFF SCHENK
JOHN C. BOSTIC
ROBERT S. LEACH
KELLY I. VOLKAR
Assistant United States Attorneys