1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFF SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
8      Telephone: (408) 535-5061
       Fax: (408) 535-5066
9      Email:  Robert.Leach@usdoj.gov

10 Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,           ) Case No. 18-CR-00258 EJD
                                       )
15     Plaintiff,                      ) [PROPOSED] ORDER GRANTING
                                       ) ADMINISTRATIVE MOTION FOR TRANSCRIPT
16     v.                              ) OF SEALED FEBRUARY 10, 2020 HEARING
                                       )
17 ELIZABETH HOLMES and RAMESH         )
   "SUNNY" BALWANI,                    )
18                                     )
       Defendants.                     ) Court:  Hon. Edward J. Davila
19 _____)

1    This CAUSE having come before the court upon Plaintiff United States of America's
2    Administrative Motion for Transcript of Sealed February 10, 2020 Hearing. After due consideration of
3    the filings and the governing law,
4        IT IS HEREBY ORDERED that United States' motion is GRANTED, and that a transcript of the
5    February 10, 2020 sealed conference before the Court be generated and provided under seal to counsel
6    to United States of America.
7        IT IS FURTHER ORDERED that the transcript shall remain under seal until the Court orders
8    otherwise.

10   **IT IS SO ORDERED.**

12   DATED: _____

                                                      _____
HON. EDWARD J. DAVILA
United States District Judge