1 | STEPHANIE M. HINDS (CABN 154284)
United States Attorney

2

3 | THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

4 | JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
5 | ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
6 | Assistant United States Attorneys

7 |     150 Almaden Boulevard, Suite 900
     San Jose, California 95113
8 |     Telephone: (408) 535-5061
     Fax: (408) 535-5066
9 |     Email:  Robert.Leach@usdoj.gov

10 | Attorneys for United States of America

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 | SAN JOSE DIVISION

14 | UNITED STATES OF AMERICA,              ) Case No. 18-CR-00258 EJD
                                           )
15 |         Plaintiff,                    ) ADMINISTRATIVE MOTION FOR TRANSCRIPT
                                           ) OF SEALED MARCH 20, 2020 HEARING
16 |    v.                                 )
                                           )
17 | ELIZABETH HOLMES and RAMESH           )
    "SUNNY" BALWANI,                       )
18 |                                       ) Court:  Hon. Edward J. Davila
         Defendants.                       )
19 |                                       )

ADMINISTRATIVE MOTION FOR SEALED TRANSCRIPT,
CASE NO. 18-258 EJD

**Administrative Motion**

Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, Plaintiff United States hereby moves this Court for an order authorizing the generation and release to the undersigned of the transcript of the sealed conference held before the Court on March 20, 2020.  A proposed order to that effect is attached hereto.

DATED:  September 19, 2022                                      Respectfully submitted,

                                                                STEPHANIE M. HINDS
                                                                United States Attorney


                                                                 */s/ John C. Bostic*_____
                                                                JEFF SCHENK
                                                                JOHN C. BOSTIC
                                                                ROBERT S. LEACH
                                                                KELLY I. VOLKAR
                                                                Assistant United States Attorneys