| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JEFF SCHENK (CABN 234355)<br>JOHN C. BOSTIC (CABN 264367) |
| 5 | ROBERT S. LEACH (CABN 196191)<br>KELLY I. VOLKAR (CABN 301377) |
| 6 | Assistant United States Attorneys |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI,<br><br>    Defendants. | Case No. 18-CR-00258 EJD<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR TRANSCRIPT OF SEALED FEBRUARY 10, 2020 HEARING<br><br>Court:  Hon. Edward J. Davila |

1  This CAUSE having come before the court upon Plaintiff United States of America's
2  Administrative Motion for Transcript of Sealed February 10, 2020 Hearing. After due consideration of
3  the filings and the governing law,
4  IT IS HEREBY ORDERED that United States' motion is GRANTED, and that a transcript of the
5  February 10, 2020 sealed conference before the Court be generated and provided under seal to counsel
6  to United States of America.
7  IT IS FURTHER ORDERED that the transcript shall remain under seal until the Court orders
8  otherwise.

10  **IT IS SO ORDERED.**

12  DATED:  September 19, 2022

_____
HON. EDWARD J. DAVILA
United States District Judge