1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       Kelly.Volkar@usdoj.gov

10 Attorneys for United States of America

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                                  SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,              )  Case No. 18-CR-00258 EJD
                                          )
15      Plaintiff,                        )  DECLARATION OF KELLY I. VOLKAR IN
                                          )  SUPPORT OF UNITED STATES' OPPOSITION
16      v.                                )  TO DEFENDANT'S MOTION FOR NEW TRIAL
                                          )  PURSUANT TO FEDERAL RULE OF CRIMINAL
17 ELIZABETH HOLMES,                      )  PROCEDURE 33 BASED ON DOCUMENTS
                                          )  RELATED TO THE LIS DATABASE
18      Defendant.                        )
                                          )
19                                        )  Date:  October 3, 2022
                                          )  Time:  1:30 p.m.
20                                        )  Court: Hon. Edward J. Davila
                                          )
21 _____)

22

23

24

25

26

27

28

VOLKAR DECL. ISO U.S.' OPP'N RE: DEF.'S RULE 33 MOT. RE: LIS-RELATED DOCUMENTS,
CASE NO. 18-CR-258 EJD                              1

I, Kelly I. Volkar, declare:

1. I am an Assistant United States Attorney (AUSA) representing the United States of America, the plaintiff in this case.

2. Attached hereto as Exhibit 1 is a true and correct copy of a November 11, 2021, letter from Lance Wade to the government, provided via email by defense counsel on November 11, 2021.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Walnut Creek, California, on September 21, 2022.

DATED: September 21, 2022

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney