# EXHIBIT 1

## DECLARATION OF ADAM ROSENDORFF, M.D.

I, Adam Rosendorff, M.D., declare pursuant to 28 U.S.C. § 1746 as follows:

1. I was subpoenaed to testify at the trial of Elizabeth Holmes. I took the stand on September 24, 2021, and testified for approximately two days of direct examination by the government (including re-direct) and approximately four days of cross-examination by the defense (including re-cross).

2. I was also subpoenaed to testify at the trial of Sunny Balwani. I took the stand on April 20, 2022, and testified for approximately one day of direct examination by the government (including re-direct) and approximately one and a half days of cross-examination by the defense (including re-cross).

3. During my testimony at Ms. Holmes' and Mr. Balwani's trials, I answered every question put to me completely, accurately, and truthfully to the best of my ability. Nothing I have learned since giving my testimony has changed my recollection of the events I witnessed during my time at Theranos. I stand by my testimony at Ms. Holmes' and Mr. Balwani's trials in every respect.

4. The only instruction the government has given me in connection with this case is to tell the truth about the events I witnessed. I have no reason to believe that the government misrepresented or otherwise created a misimpression about Ms. Holmes' or Mr. Balwani's conduct at Theranos.

5. Nevertheless, I feel compassion for Ms. Holmes and Mr. Balwani, and even more so for the members of their families who were not responsible for their conduct but will be affected

by the punishment they may receive.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: Walnut Creek, CA
September 15, 2022

*[Signature]* 9/15/22
Adam Rosendorff, M.D.