UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ELIZABETH A. HOLMES,<br>Defendant. | Case No.   5:18-cr-00258-EJD-1<br><br>**ORDER RE OCTOBER 3, 2022 HEARING** |

The October 3, 2022 hearing on Defendant Elizabeth Holmes' motions for new trial is converted into a status conference. The Court intends to discuss with the Parties hearing dates as needed regarding Defendant's motions for new trial. The Parties are ordered to appear at 10:00 a.m. via zoom for the status conference.

**IT IS SO ORDERED.**

Dated: September 27, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cr-00258-EJD-1
ORDER RE OCTOBER 3, 2022 HEARING

1