UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** October 3, 2022  **Time:** 10:03-10:54 AM  **Judge:** Edward J. Davila
**Total Time:** 51 min

**Case No.:** 5:18-CR-00258-1 EJD   **Case Name:** *United States v. Elizabeth Holmes* (P)(NC)

**Attorney for Plaintiff:** John Bostic, Robert Leach

**Attorney for Defendant:** Kevin Downey, Amy Saharia, Lance Wade, Andrew Lemens

**Deputy Clerk:** Cheré Robinson   **Court Reporter:** Irene Rodriguez

## PROCEEDINGS
(Status Conference re Motions For New Trial)

Defendant present and not in custody. Hearing held re Defendant's Motions for New Trial (ECF Nos. 1574, 1576 and 1577).

The Court takes Defendant's Motions - ECF Nos. 1576 and 1577 – under submission. The Court to issue further Order on the submitted motions.

The Court set a limited Evidentiary Hearing on ECF No. 1574 – Motion for New Trial – for October 17, 2022. Limited solely to the issues related to the possibility that the Government may have engaged in misconduct and related to the declaration of Dr. Rosendorff.

Each party will file one post-hearing filing by close of business on October 24, 2022.

The Sentencing Hearing is VACATED and will be Reset. The Court suggested the following available dates: November 16 or 18, 2022; December 5, 6, or 12, 2022; and January 12 or 17, 2023. Counsel to meet and confer and present Court with agreed dates.

**CASE CONTINUED TO: October 17, 2022, at 9:00 A.M. for Evidentiary Hearing.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled