United States District Court
Northern District of California

1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                            NORTHERN DISTRICT OF CALIFORNIA

10    UNITED STATES OF AMERICA,                    Case No.  5:18-CR-00258-1 EJD

11                    Plaintiff,                   **CLERK'S NOTICE SETTING
                                                   HEARING**
12            v.

13    ELIZABETH A. HOLMES,

14                    Defendant.

15

16            TO ALL PARTIES AND COUNSEL OF RECORD:

17            PLEASE TAKE NOTICE that Sentencing as to Elizabeth A. Holmes has been set for

18    November 18, 2022, at 10:00 AM in San Jose, Courtroom 4, 5th Floor, before the

19    Honorable Edward J. Davila.

20                                                Mark B. Busby
                                                  Clerk, United States District Court
21

22    DATED:  October 12, 2022          By:    _____
                                                Cheré Robinson
23                                              Deputy Clerk to the Honorable Edward J. Davila

24

25

26

27

28