QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel R. Koffmann (California Bar No. 344379)
  danielkoffmann@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Non-Party Adam Rosendorff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>                Defendants. | Case No. 5:18 Cr. 258 (EJD)<br><br>DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF ADAM ROSENDORFF'S MOTION TO QUASH SUBPOENA *DUCES TECUM* ISSUED BY DEFENDANT ELIZABETH HOLMES<br><br>The Hon. Edward J. Davila |

1 | I, Daniel R. Koffmann, declare pursuant to 28 U.S.C. § 1746 as follows:

2 | 1. I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel to Non-Party Adam Rosendorff, and a member in good standing of the bar of California and this Court. I respectfully submit this declaration in support of Dr. Rosendorff's motion to quash the subpoena *duces tecum* issued to him by Defendant Elizabeth Holmes.

2. On October 6, 2022, counsel for the Defendant contacted me by email to ask if I would accept service of a subpoena on behalf of Dr. Rosendorff, and I responded that I would. Later that day, counsel emailed a copy of the subpoena, which is attached to this declaration as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Los Angeles, CA
October 12, 2022

/s/ Daniel R. Koffmann
Daniel R. Koffmann

Case No. 5:18 Cr. 258 (EJD)
DECLARATION OF DANIEL R. KOFFMANN IN SUPPORT OF ADAM ROSENDORFF'S MOTION TO QUASH SUBPOENA *DUCES TECUM* ISSUED BY DEFENDANT ELIZABETH HOLMES