# EXHIBIT 1

CAND 89A (Rev. 6/17) Subpoena to Testify in a Criminal Case

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SUBPOENA TO TESTIFY IN A CRIMINAL CASE |
|---|---|
| Plaintiff, | |
| v. | Case No.: CR 18-00258-01-EJD |
| Elizabeth Holmes | |
| Defendant(s). | |

TO:   Dr. Adam Rosendorff, Walnut Creek, CA

YOU ARE COMMANDED to appear at the place, date, and time specified below, or any subsequent date and time set by the court, to testify in the above-referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | | | | COURTROOM/JUDGE |
|---|---|---|---|---|
| ☐ U.S. Courthouse 450 Golden Gate Ave. San Francisco, CA 94102 | ☑ U.S. Courthouse 280 South First St. San Jose, CA 95113 | ☐ U.S. Courthouse 3140 Boeing Ave. McKinleyville, CA 95519 | ☐ U.S. Courthouse 1301 Clay Street Oakland, CA 94612 | Ctr. 4 / Davila, J. |
| | | | | DATE AND TIME 10/17/2022 9:00 am |

☑ You are also commanded to bring with you the following document(s) or object(s):

   See Addendum

NOTE: Subpoena forms for the production of documents or objects at or in advance of the trial, hearing or proceeding at which the items are to be offered in evidence (CAND 89B, *Subpoena to Produce Documents or Objects in a Criminal Case*) or for the production of state law enforcement personnel or complaint records (CAND 89C, *Subpoena to Produce State Law Enforcement Personnel Or Complaint Records in a Criminal Case*) are available at the Court's website: cand.uscourts.gov.

| ~~U.S. MAGISTRATE JUDGE OR~~ CLERK OF COURT | DATE |
|---|---|
| *Mark B. Busby* | 10/04/2022 |
| (By) Deputy Clerk  *Diane Miyashiro* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Lance A. Wade
Williams & Connolly LLP
680 Maine Avenue S.W., Washington DC 20024
lwade@wc.com  (202)-434-5755

CAND 89A (Rev. 6/17) Subpoena to Testify in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ YES  ☐ NO   AMOUNT $ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____                    _____
                              DATE                                                    SIGNATURE OF SERVER

                                                                                      ADDRESS:

ADDITIONAL INFORMATION

CAND 89A  (Rev. 6/17) Subpoena to Testify in a Criminal Case

**Addendum**

Please bring the following documents to the hearing, or produce them in advance thereof:

1. Non-privileged emails or communications regarding your trial testimony from September 24, 2021 to present.

2. Non-privileged emails or communications regarding the prosecution team (including its agents) and its work on, or interactions with you, in this matter, from September 24, 2021 to present.