QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Daniel R. Koffmann (California Bar No. 344379)
  danielkoffmann@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone:    (212) 849-7000
Facsimile:    (212) 849-7100

*Attorneys for Non-Party Adam Rosendorff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　　　　Defendants. | Case No. 5:18 Cr. 258 (EJD)<br><br>[PROPOSED] ORDER GRANTING ADAM ROSENDORFF'S MOTION TO QUASH SUBPOENA *DUCES TECUM* ISSUED BY DEFENDANT ELIZABETH HOLMES<br><br>The Hon. Edward J. Davila |

1   This Cause having come before the Court upon Non-Party Adam Rosendorff's motion to
2 quash subpoena *duces tecum* issued by Defendant Elizabeth Holmes,
3   And after due consideration of the filings, the governing law, and the arguments submitted,
4 it is hereby:
5   ORDERED that Dr. Rosendorff's motion is GRANTED; and is further
6   ORDERED that the subpoena *duces tecum* issued to Dr. Rosendorff purporting to require
7 production of certain materials by October 17, 2022 at 9:00 a.m. is QUASHED; and it is further
8   ORDERED that Dr. Rosendorff need not produce any materials in response to the subpoena.
9   IT IS SO ORDERED.

Dated: _____

_____
Hon. Edward J. Davila
United States District Judge

Case No. 5:18 Cr. 258 (EJD)
[PROPOSED] ORDER GRANTING ADAM ROSENDORFF'S MOTION TO QUASH SUBPOENA *DUCES TECUM* ISSUED BY DEFENDANT ELIZABETH HOLMES