UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| | | |
|---|---|---|
| **Date:** October 14, 2022 | **Time:** 1:04-1:43 PM | **Judge:** Edward J. Davila |
| | **Total Time:** 39 min | |
| **Case No.:** 5:18-CR-00258-1 EJD | **Case Name:** *United States v. Elizabeth A. Holmes* (P)(NC) | |

**Attorney for Plaintiff:** John Bostic, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Lance Wade, Amy Saharia, Katie Trefz, JR Fleurmont

**Attorney for Witness Movant:** Daniel Koffmann

| | |
|---|---|
| **Deputy Clerk:** Cheré Robinson | **Court Reporter:** Irene Rodriguez |

**PROCEEDINGS – MOTION HEARING**

Defendant present, not in custody, and consents the remote proceeding.

Hearing held on Witness Motion to Quash Subpoena *Duces Tecum*. Argument of Counsel heard.

The Court will quash the Subpoena *Duces Tecum*, and the evidentiary hearing will remain as set.

**CASE CONTINUED TO: October 17, 2022, at 9:00 A.M. for Evidentiary Hearing.**

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

**Cheré Robinson**
**Courtroom Deputy**
**Original:** Efiled
**CC:**