UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 17, 2022  **Time:** 9:04-10:18 AM  **Judge:** Edward J. Davila
**Total Time:** 1 hr, 14 min

**Case No.:** 5:18-CR-00258-1 EJD  **Case Name:** *United States v. Elizabeth Holmes* (P)(NC)

**Attorney for Plaintiff:** John Bostic, Jeffrey Schenk, Robert Leach, Kelly Volkar

**Attorney for Defendant:** Lance Wade, Kevin Downey, Amy Saharia, Katherine Trefz, J.R. Fleurmont

**Also Present:** Dr. Adam Rosendorff (*witness*)

**Attorney for Witness:** Daniel Koffmann

**Deputy Clerk:** Cheré Robinson      **Court Reporter:** Irene Rodriguez

**PROCEEDINGS**
**(Evidentiary Hearing)**

Defendant present and not in custody. Evidentiary Hearing held re Defendant's Motions for New Trial (ECF No. 1574).

Each party will file one post-hearing filing by close of business on October 24, 2022.

**CASE CONTINUED TO: November 18, 2022, at 10:00 A.M. for Sentencing.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled