1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS S. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  JEFFREY B. SCHENK (CABN 234355)
   JOHN C. BOSTIC (CABN 264367)
5  ROBERT S. LEACH (CABN 196191)
   KELLY I. VOLKAR (CABN 301377)
6  Assistant United States Attorneys

7       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
8       Telephone: (408) 535-5061
        Fax: (408) 535-5066
9       john.bostic@usdoj.gov

10 Attorneys for United States of America

11                       UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                             SAN JOSE DIVISION

14

15 UNITED STATES OF AMERICA,            )   CASE NO. 18-CR-00258 EJD
                                        )
16      Plaintiff,                      )   DECLARATION OF JOHN BOSTIC IN SUPPORT
                                        )   OF UNITED STATES' POST-HEARING BRIEF
17   v.                                 )   ON DEFENDANT'S MOTION FOR NEW TRIAL
                                        )   BASED ON ALLEGED STATEMENTS BY DR.
18 ELIZABETH HOLMES,                    )   ADAM ROSENDORFF
                                        )
19      Defendant.                      )
                                        )
20 _____  )

21

   I, JOHN BOSTIC, declare as follows:
22
        1.      I am an Assistant United States Attorney in the Northern District of California, licensed
23
   and admitted to practice before this Court.  I submit this declaration in support of the United States'
24
   Post-Hearing Brief on Defendant's Motion for New Trial Based on Alleged Statements by Dr. Adam
25
   Rosendorff, filed herewith.
26
        2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from a transcript of a
27
   January 16, 2018 deposition of Dr. Adam Rosendorff in connection with the case, *Colman et al. v.*
28

BOSTIC DECL. RE NEW TRIAL MOT. RE ROSENDORFF
18-CR-00258 EJD

1

1    *Theranos et al.*, Case No. 5:16-cv-06822-NC (N.D. Cal.).

2         3.       Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from a transcript of a

3    February 26, 2019 deposition of Dr. Adam Rosendorff in connection with the case, *In re Arizona*

4    *Theranos, Inc. Litigation*, Case No. 2:16-cv-2138 (D. Ariz.).

5         4.       Attached hereto as **Exhibit 3** is a true and correct copy of a Memorandum of Interview

6    summarizing an interview of Dr. Rosendorff by the government on August 30, 2021.

7         5.       Attached hereto as **Exhibit 4** is a true and correct copy of a Memorandum of Interview

8    summarizing an interview of Dr. Rosendorff by the government on July 22, 2016.

9         6.       Attached hereto as **Exhibit 5** is a true and correct copy of a Memorandum of Interview

10   summarizing an interview of Dr. Rosendorff by the government on June 7, 2017.

11

12   I declare under penalty of perjury under the laws of the United States that the foregoing is true and

13   correct to the best of my knowledge.

14

15   Executed this 24th day of October, 2022.

16

17                                                                 */s/ John C. Bostic*
                                                                    JOHN C. BOSTIC

18

19

20

21

22

23

24

25

26

27

28

BOSTIC DECL. RE NEW TRIAL MOT. RE ROSENDORFF
18-CR-00258 EJD