# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT

 2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4   ROBERT COLMAN and HILARY
     TAUBMAN-DYE, Individually and
 5   on Behalf of All Others Similarly
     Situated,
 6
                        Plaintiffs,
 7
           vs.                         Case No. 5:16-cv-06822-
 8                                                NC

 9   THERANOS, INC., Et Al.,

10
                        Defendants.
11   _____

12

13                        CONFIDENTIAL

14
          VIDEOTAPED DEPOSITION OF ADAM ROSENDORFF, M.D.
15

16
                        January 16, 2018
17
                           9:38 a.m.
18

19
                 655 West Broadway, Suite 1900
20
                      San Diego, California
21

22

23
     REPORTED BY
24   Renee K. Papierniak
     CSR No. 7056
25
```

1      goes --
2          A.   Okay.
3          Q.   -- into those.
4               You also said, when you were describing your
5      responsibilities, that you interact with regulatory
6      agencies during their inspections. Was that one of your
7      responsibilities?
8          A.   Yes.
9          Q.   And how about outside the inspection context,
10     did you ever interact with the regulatory agencies?
11         A.   No. With the exception of a short phone call
12     with the inspector. And I don't recall what the content
13     of the phone call was. But the CMS inspector called me
14     to clarify something.
15         Q.   Okay. And you also mentioned you drafted
16     policies for the labs. And I was unclear a little bit on
17     what the difference is between the policies in the labs
18     and the SOPs were. Is there a difference there?
19         A.   Well, after -- I don't think we had distinct
20     policy documents. That's more of what I'm -- what I did
21     in my second job. So maybe I misspoke when I said
22     policy.
23         Q.   Okay. All right. And during the time that you
24     were lab director -- let's do this kind of in temporal
25     stages. When you started as lab director, how many folks

1  did you have reporting up to you?
2      A.  Maybe 12 people.
3      Q.  And by the time you left, how many folks were
4  reporting up to you?
5      A.  About the same.  About 10 people.
6      Q.  All right.  And what was the background of the
7  folks that reported up to you?
8      A.  Some had bachelor's degrees.  Some had master's
9  degrees.  Some had CLS certification.  They'd gone to
10 school to study laboratory science.  At least a
11 bachelor's degree.  That was our minimum standard.
12     Q.  All right.  And then you -- I had gathered there
13 was also an R&D group.  Right?
14     A.  Correct.
15     Q.  And what was your interaction with the folks in
16 the R&D group?
17     A.  They would -- they would ask me
18 medically-directed questions.  What should the reportable
19 range for a specific assay be.  And I would look up what
20 reference ranges typically applied and how wide did we
21 have to be in our reportable range to include the
22 reference range.  The reportable range is this big.  The
23 reference range is -- has to be smaller than the
24 reportable range.  Just asked me medical questions about
25 the significance of different levels of analytes and that

1    kind of thing.
2        Q.  And I believe you testified that Daniel Young
3    was in charge of R&D.  Is that right?
4        A.  Uh-huh.  Yes.
5            MR. MORGAN:  Answer yes or no.
6    BY MR. RUMMAGE:
7        Q.  Okay.  And were there Ph.D.s in that R&D
8    group?
9        A.  Yes.
10       Q.  Do you have any idea how many?
11       A.  Daniel was a Ph.D., Chinmay was a Ph.D.  Maybe
12   four Ph.D.s.
13       Q.  In the R&D group?  Is that a yes?
14       A.  Yes.
15       Q.  Okay.  And how large was that group, if you
16   know?
17       A.  About 20 people in R&D.
18       Q.  And what were they doing in R&D?  What was their
19   job?
20       A.  Bringing new assays on line, developing novel
21   chemistries in the absence of a machine or box.  So Paul
22   Patel led a team called colored chemistry, where he would
23   use reagents and -- he would validate tests, but in the
24   absence of an actual machine.
25       Q.  Is that what's called bench tests?

1    A.   Bench tests, yeah.

2    Q.   Okay.  And when you say they're developing new

3    assays, those would be new assays that would be Theranos

4    proprietary.  Is that right?

5    A.   Uh-huh.

6    Q.   And, again, we're --

7    A.   Yes.

8    Q.   Okay.  Thank you.  Did you believe that the

9    folks who were in the R&D group were qualified people?

10   A.   Yes.  They were intelligent people.  Very well

11   qualified.

12   Q.   And by the way, we talked about R&D, and we

13   talked about the clinical lab.  And Theranos also did

14   manufacturing.  Correct?

15   A.   Correct.

16   Q.   To your knowledge, what did they manufacture?

17   A.   They manufactured reagents and -- for the

18   Edisons.  They manufactured the actual Edison box and the

19   software that went into the boxes.  And they manufactured

20   investigational machines like the 4S and the minilab.

21   The teacups that went into the Siemens machine.

22   Q.   Why don't you tell me -- let's pause for a

23   second there.  The teacups that went into the Siemens

24   machine -- why don't you tell me what those are?

25   A.   The teacups were adapters that allowed a much

CONFIDENTIAL PER P.O.                        BALWANI-SEC_000377

```
 1   smaller sample to be used on the Siemens machine than
 2   ordinarily is used.  So once the serum has been diluted,
 3   you put it into a teacup and use that to do your
 4   testing.
 5       Q.  And the teacup was not something that was a
 6   Siemens manufactured --
 7       A.  No.  It was a Theranos invention.
 8       Q.  Theranos invention.  Do you know whether it was
 9   patented?
10       A.  No.
11       Q.  You don't know or it was not?
12       A.  I don't know if it was patented or not.
13       Q.  By the way, is your name on any Theranos
14   patents?
15       A.  No.
16       Q.  Do you know whether Theranos had any patents?
17       A.  They have multiple patents.
18       Q.  Did you have any role in the manufacturing
19   operation?
20       A.  No.
21       Q.  Did you have interactions with the folks in the
22   manufacturing operations?
23       A.  Yeah.  I -- I did have interaction with Serage
24   (phonetic) who was involved -- who headed up reagent
25   manufacturing.
```

CONFIDENTIAL PER P.O.                        BALWANI-SEC_000378