# EXHIBIT 2

# In re Arizona Theranos, Inc. Litigation

## Videotaped Deposition of
## ADAM ROSENDORFF, M.D.
## February 26, 2019
### CONFIDENTIAL
### UNDER PROTECTIVE ORDER



*aptus* COURT REPORTING
www.aptusCR.com / 866.999.8310

**Page 181**

1   A.  From probably beginning of July 2014 to end
2 of September 2014.
3   Q.  What happened in July 2014 that motivated
4 you to start that?
5   A.  I don't recall.
6   Q.  And how did Sunny -- or how did Mr. Balwani
7 pressure you to delete e-mails that you had sent to
8 yourself?
9   A.  He -- he -- he said that the HR director,
10 Mona Ramamurthy, was going to sit down with me in
11 front of my Gmail and make sure I deleted anything
12 with reference to Theranos, then she was going to go
13 through my Gmails, which I considered a violation of
14 my privacy, and that they had offered to hire a
15 lawyer to help me in this process.
16   Q.  Did you take them up on that offer to hire
17 a lawyer?
18   A.  No, I didn't.  I hired my own lawyer.  I
19 ended up signing an affidavit saying that I wouldn't
20 disclose anything and that I'd deleted the e-mails,
21 et cetera.
22   Q.  Did you delete all the e-mails that you had
23 forwarded to your personal Gmail?
24   A.  Yes.
25   Q.  And then you also mentioned that

**Page 182**

1 Mr. Balwani was threatening to take legal action
2 against you.
3   A.  (Nods head.)
4   Q.  Can you describe what those communications
5 were like in which he made those threats?
6   A.  He was just being really aggressive.  I
7 don't recall exactly what he said in that -- on that
8 final day.  He said something like, can you believe
9 this guy, he said to Mona, like he had just met me
10 and like I was working at a pizza shop, you know,
11 like -- I wouldn't shake hands with him.
12   Q.  And so, in -- so we have -- you wanted to
13 speak with Ms. Holmes to discuss Mr. Balwani asking
14 to delete e-mails and then also Mr. Balwani
15 threatening legal action against you.  Is there any
16 other issues that I may have forgotten?
17   A.  (Shakes head.)
18      MR. MORGAN:  Answer verbally.
19      THE WITNESS:  No.
20      MS. MOROWITZ:  Plaintiffs have no further
21 questions at this time, but we of course reserve
22 time after I guess Walgreens and Balwani have had
23 their chance.
24      MR. RUMMAGE:  Right.  Great.
25      THE VIDEOGRAPHER:  Okay.  You want to go

**Page 183**

1 off the record, right?
2      MR. RUMMAGE:  Yeah.
3      THE VIDEOGRAPHER:  We are now going off the
4 video record.  The time is 2:45 p.m.
5      (Recess taken.)
6      THE VIDEOGRAPHER:  We are now back on the
7 video record.  The time is 2:56 p.m.
8
9          EXAMINATION
10 BY MR. RUMMAGE:
11   Q.  Good afternoon, Dr. Rosendorff.
12   A.  Afternoon.
13   Q.  I'm Steve Rummage.  You and I have met
14 before.  And I represent Mr. Balwani in this
15 proceeding.  And I'll try to be as expeditious I --
16 as I can be.  We're already at 3:00 and I'd like to
17 get us out at a reasonable hour, so . . .
18   A.  Thank you.
19   Q.  Let me start by going back to the beginning
20 of your employment with Theranos.  I think you
21 mentioned that before you joined Theranos they had
22 someone by the name of Spencer Hiraki as laboratory
23 director; is that right?
24   A.  Correct.
25   Q.  And I think you testified that he came in

**Page 184**

1 periodically, like once a month or so, to sign
2 things that needed to be signed by the CLIA lab
3 director?
4   A.  Correct.
5   Q.  I gather, when you were hired, it wasn't
6 just a once-a-month job; is that right?
7   A.  Correct.  I was very much involved in
8 validations and problems -- troubleshooting,
9 problem-solving, yeah.
10   Q.  Okay.  So it was a full-time job for you;
11 is that right?
12   A.  Yes.
13   Q.  And I think you said your typical hours
14 were from nine to six; is that right?
15   A.  Yes.
16   Q.  And did you work weekends as well?
17   A.  No.
18   Q.  Did you sometimes have to work beyond 6:00?
19   A.  Yes.
20   Q.  And during that time, I think you just said
21 a moment ago that you were heavily involved in
22 validation and a variety of other activities,
23 correct?
24   A.  Correct.
25   Q.  Okay.  Who was responsible for developing

Page 185

1  assays at Theranos?
2     A.  That was Paul Patel.
3     Q.  And what was Paul Patel's title?
4     A.  Director of color chemistry.
5     Q.  All right.  And to whom did he report?
6     A.  Sunny.
7     Q.  What did Dr. Young do, Daniel Young?
8     A.  He was vice president of -- in charge of
9  research, but he was the engineer -- statistician,
10 brain trust.  I mean, he's a very smart guy.  He had
11 Ph.D. from MIT.
12    Q.  What about -- Mr. Patel, did he have a
13 Ph.D. as well?
14    A.  I believe so.
15    Q.  And who else was involved -- heavily
16 involved in the development of assays?
17    A.  Rose Edmonds and Nick Haase were the more
18 junior people that were involved in assay
19 development.
20    Q.  And did you regard that team generally as
21 being pretty capable?
22    A.  Yes.
23    Q.  And did you have any role in developing
24 assays?
25    A.  No.

Page 186

1     Q.  So your role, when it came to validation,
2  was making sure that the assays would produce I
3  think you said accurate and reproducible results; is
4  that right?
5     A.  Yes.
6     Q.  And that came after the initial assay
7  development work was done, correct?
8     A.  Yes.
9     Q.  Okay.  And you didn't have any role into --
10 in manufacturing, correct?
11    A.  No.
12    Q.  Theranos had an entirely separate
13 manufacturing group, correct?
14    A.  Correct.
15    Q.  And -- and what all were they
16 manufacturing?
17    A.  Reagent cartridges basically to fit into
18 the Edison.
19    Q.  Did they also do T-cups?
20    A.  And manufacturing of T-cups, yeah.
21    Q.  Did Theranos develop its own reagents?
22    A.  Yes.
23    Q.  So it had folks developing assays.  It had
24 folks manufacturing the T-cups and the cartridges
25 and reagents.  And did it also have people

Page 187

1  manufacturing the actual Edison devices?
2     A.  Yes.
3     Q.  And then it had your folks, who were doing
4  the patient samples and validation and the like,
5  correct?
6     A.  Correct.
7     Q.  That sounds like a pretty complicated
8  business to me.
9     A.  Yes.
10    Q.  Was it substantially larger than the
11 operation that you were involved in at the
12 University of Pittsburgh lab?
13    A.  I think it was bigger.  When you count all
14 the different people doing different parts of the
15 puzzle, it probably was bigger than the stuff I had
16 at University of Pittsburgh, yeah.
17    Q.  Okay.  And -- and so when you took over in
18 the lab, about how many folks did you have reporting
19 to you?
20    A.  About eight people.  There was -- in the
21 CLIA lab there was lots of turnover.  Maybe -- when
22 I left, maybe around 12 people.
23    Q.  And are those direct reports or was that
24 just everybody in the CLIA lab?
25    A.  Everybody in the CLIA lab.

Page 188

1     Q.  So there were only 12 folks in the CLIA
2  lab?
3     A.  Yes.
4     Q.  Okay.  And by the time that you left --
5  actually, strike that.
6         As time went by and there was turnover in
7  the CLIA lab, as you just said, who was responsible
8  for hiring folks in the CLIA lab?
9     A.  Sunny and Elizabeth.
10    Q.  Did you play any role in that process?
11    A.  I interviewed and gave feedback.
12    Q.  And was anybody ever hired --
13    A.  Like if I didn't recommend somebody, then
14 they wouldn't make it to Sunny and Elizabeth's --
15    Q.  That's what I was going to say.
16    A.  Yeah.
17    Q.  Yeah.  So if you vetoed somebody, they
18 weren't going to get hired?
19    A.  Right.
20    Q.  All right.
21        THE VIDEOGRAPHER:  Counsel, I'm sorry, I
22 have a -- technical difficulty.  Your mike is not
23 working.  Can you give me a minute?
24        MR. RUMMAGE:  Sure.
25        THE VIDEOGRAPHER:  Just go off the record

Page 189

1 real quick.
2     We are now going off the video record. The
3 time is 3:01 p.m.
4         (Recess taken.)
5     THE VIDEOGRAPHER: We are now back on the
6 video record. The time is 3:02 p.m.
7 BY MR. RUMMAGE:
8     Q. And I think you mentioned that nobody was
9 hired over your objection; is that right?
10    A. Correct.
11    Q. So whoever was in the CLIA lab when you
12 left were people that you had participated in
13 bringing into the lab?
14    A. Yes.
15    Q. And did you have confidence in them?
16    A. Yes.
17    Q. And did you think you had a good team
18 throughout the time period you were there?
19    A. Yes.
20    Q. About how many samples were you processing
21 a day at the time you left, do you know?
22    A. Don't recall.
23    Q. I assume it was more than you were
24 processing when you first arrived, right?
25    A. Yes.

Page 190

1     Q. Okay. Was it hundreds by the time you
2 left?
3     A. Probably. I -- again, I don't recall the
4 exact number.
5     Q. All right. Were you responsible for hiring
6 Langly Gee?
7     A. Yes.
8     Q. And what was his background, do you know?
9     A. He had done QA/QC in -- in another context.
10 I don't remember which company he was -- he had
11 worked for previously.
12    Q. And when you say he had done QA/QC, that's
13 quality assurance and quality control, correct?
14    A. Correct.
15    Q. And that's what he was being hired to do at
16 Theranos, right?
17    A. Yes.
18    Q. And was that his sole focus of
19 responsibility when he was at Theranos?
20    A. Yes.
21    Q. So his sole job was to make sure that the
22 -- the various devices that were returning patient
23 samples were doing so accurately, correct?
24    A. Yes.
25    Q. And when you hired him, did you think he

Page 191

1 was capable?
2     A. Yes.
3     Q. Did you think he did a -- a decent
4 job to --
5     A. I think he did an okay job. I don't think
6 he did a stellar job. I think he did -- he did an
7 okay job.
8     Q. But that was his sole task is to make sure
9 that those machines were turning out correct
10 results?
11    A. Yes.
12    Q. By the way, some other names I want to run
13 by you. Chinmay Pangarkar, do you know who he was?
14    A. Yes.
15    Q. And -- and what did Mr. Pangarkar do?
16    A. He was in charge of developing the
17 hematology assays.
18    Q. All right. And I think you said that Paul
19 Patel was in charge of --
20    A. Color chemistry.
21    Q. And -- and what's the difference between
22 that -- is that a different kind of assay?
23    A. The -- the chemistry assays are things like
24 potassium, glucose, sodium, magnesium, et cetera.
25 The hematology assays were complete blood counts,

Page 192

1 platelets, white blood cells, hemoglobin,
2 hematocrit, that kind of thing.
3     Q. Okay. And Chinmay Pangarkar also had a
4 Ph.D., correct?
5     A. Yes.
6     Q. And did you think that he was a capable
7 person?
8     A. Yes.
9     Q. How about Sharada Sivaraman, do you know
10 who that is?
11    A. Yes.
12    Q. Who is Sharada Sivaraman?
13    A. She was involved in developing some assays
14 on the Edison.
15    Q. And was she a Ph.D. as well?
16    A. I'm not sure.
17    Q. Did you regard her as a capable person?
18    A. Yes.
19    Q. And Pronan Patel?
20    A. Yes.
21    Q. Who was that?
22    A. Pronan Patel, I think he did the molecular
23 -- molecular diagnostics.
24    Q. And also a Ph.D.?
25    A. I think so.

**Page 193**

1  Q. Did you regard Pronan Patel as a capable
2  person?
3  A. Yes.
4  Q. Okay. And who -- who did you regard as
5  your peers in the organization? In other words,
6  people of a similar seniority level to you.
7  A. Paul Patel. Daniel was superior to me. He
8  was senior to me in the organization, but -- I
9  occupied sort of a unique position. I didn't really
10 have any peers, because I was the lab director and
11 -- if I said no, then the answer was no, so . . .
12 Q. Okay. That puts you in something of a
13 position of power, then?
14 A. Yes.
15 Q. And I assume implicit in what you just said
16 is that essentially all of the medical issues they
17 all report up through you, correct?
18 A. Yes.
19 Q. And -- and -- so like decisions as to
20 whether a result goes out or not, that's ultimately
21 a Dr. Rosendorff decision, correct?
22 A. Yes.
23 Q. And do you believe that Mr. Balwani
24 understood that?
25 A. Yes.

**Page 194**

1  Q. Do you believe that Ms. Holmes understood
2  that?
3  A. Yes.
4  Q. And you had within your group, you had I
5  think we talked about CLSs, GSs, and TSs; is that
6  right?
7  A. Yes.
8  Q. And were there any other job categories
9  other than those three that reported directly --
10 A. There were lab technicians that didn't have
11 a CLS license that could do limited technical duties
12 in the lab.
13 Q. And so were they more junior than the three
14 I -- we just identified?
15 A. Yes.
16 Q. Okay. During your testimony you talked
17 about Normandy and Jurassic Park. Do you recall
18 that?
19 A. Yes.
20 Q. And Normandy, as I understand it, is where
21 the T protocols were done; is that right?
22 A. Yes.
23 Q. And Jurassic Park is where the P protocols
24 were done, right?
25 A. Yes.

**Page 195**

1  Q. Were those both part of the CLIA lab?
2  A. Yes.
3  Q. And so when we refer to something going to
4  the CLIA lab, it could be either going to Jurassic
5  Park or to Normandy, right?
6  A. That's correct.
7  Q. Okay. Let's talk a little bit about SOPs,
8  and I know that you briefly talked about those with
9  counsel earlier today. What -- what's the function
10 of an SOP? Why do we have them?
11 A. An SOP is a document that contains all the
12 instructions and information to be used by the
13 personnel described in the scope of the SOP to -- to
14 fulfill the functions of the SOP, so any technique
15 -- anything requiring manual manipulation or
16 computer program, computer interaction, or operation
17 of instrumentation would be described
18 comprehensively in an SOP so that after reading the
19 SOP you would know how to do something.
20 Q. And it -- it is correct, is it not, that
21 there would also be a separate SOP with respect to
22 every assay, correct?
23 A. Yes.
24 Q. Okay.
25     (Off record discussion.)

**Page 196**

1     (Deposition Exhibit 61 and Exhibit 62 were
2      marked for identification.)
3  BY MR. RUMMAGE:
4  Q. So, Dr. Rosendorff, the court reporter has
5  just handed you two documents marked Exhibit 61 and
6  62. And I just want you to identify those for the
7  record, please.
8  A. Sure. Exhibit Number 61 is an SOP that
9  deals with venipuncture and Exhibit Number 62 is an
10 SOP that deals with specimen preparation for
11 shipment.
12 Q. Okay. So I -- I just want to understand
13 just so that we have these in the record and the
14 court can understand if we ever get to talking about
15 it. What does it mean when somebody signs as an
16 author, a reviewer, and an approver on these SOPs?
17 A. Well, the author is the person that wrote
18 the SOP. The reviewer reviews the SOP for
19 completeness and technical accuracy, that kind of
20 thing, for grammar and that it reads well,
21 et cetera. And the approver approves it for -- for
22 production.
23 Q. And are SOPs required under CLIA?
24 A. Yes.
25 Q. And is that why you are ultimately the