# EXHIBIT 4

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 2204323-MF |
| PERSON INTERVIEWED | : | Adam Rosendorff |
| PLACE OF INTERVIEW | : | Securities and Exchange Commission Office, San Francisco, CA |
| DATE OF INTERVIEW | : | July 22, 2016 |
| TIME OF INTERVIEW | : | 1:10 PM |

On July 22, 2016, at the Securities and Exchange Commission (SEC) Office located in San Francisco, CA, Adam Rosendorff was interviewed regarding his employment at Theranos. Rosendorff was interviewed in the presence of his counsel, Hamilton Arendsen. Present for the United States were SEC attorneys Jessica Chan, Karen Kreuzkamp, and Monique Winkler, SEC staff accountant Michael Foley, Assistant United States Attorney Robert Leach, Federal Bureau of Investigation Special Agents Cameron Purves and Mario Scussel, and me. Before the interview started, Rosendorff was told that his participation in the interview was voluntary. The following is a summary of the information Rosendorff provided during the interview.

Prior to the interview, Rosendorff's counsel provided a packet of documents relevant to the interview consisting of a cover letter and pages numbered 0001-0108. Hereafter, these documents will be referred by their Bates numbers.

Rosendorff was born in Johannesburg, South Africa on October 20, 1970. He obtained his undergraduate degree from a school in Johannesburg and immigrated to the United States in 1993. Rosendorff earned his MD from Mt. Sinai School of Medicine in 2000. He was a post-doc at Brigham Women's Hospital in Boston, MA from 2000 to 2005 and a clinical pathologist at the same hospital from 2005 to 2008. From 2008 to 2013, Rosendorff was an assistant professor at the University of Pittsburgh and ran a lab at Children's Hospital of Pittsburgh during the same time. From 2013 to December 2014, Rosendorff was a lab director for Theranos. Rosendorff currently works for Invitiae.

Rosendorff interviewed for the Theranos position with Elizabeth HOLMES (HOLMES), Sunny BALWANI (BALWANI) and Daniel YOUNG (YOUNG). He was attracted to Theranos because he wanted to be part of the innovation of Silicon Valley and because he believed Theranos would be the, "next great thing."

Rosendorff was the lab director at Theranos from 2013 until he left the company in December 2014. During his tenure as director, the laboratory was located at Theranos' Palo Alto headquarters. His responsibilities as lab director included overseeing the laboratory facility, working with Theranos research and development (R&D) to design validation reports, supervising clinical scientists and lab supervisors, reviewing standard operating procedures (SOPs) and validation reports, and interacting with state and federal regulatory agencies. As lab director, he reported to BALWANI even though YOUNG oversaw Rosendorff's work. There was no formal reporting relationship between Rosendorff and YOUNG.

Theranos' lab director prior to Rosendorff was Arnold Gelb (GELB). Rosendorff learned from technical supervisor Carrie Johnson that GELB left Theranos after an argument with BALWANI. While Rosendorff was in the process of obtaining his California medical license, Spencer Huraki was the lab director of record who was responsible for signing quarterly reports. Rosendorff was named the CLIA lab director in September 2013.

Rosendorff did not know much about Theranos when he started, mainly because there was not a lot of information available. Rosendorff initially thought Theranos was using microfluidics to conduct their blood tests but was surprised to learn that Theranos used Siemens machines. Siemens machines require a minimum value of blood to run. YOUNG developed protocols to dilute blood samples in order to get the correct volumes needed to run on the Siemens machines. Rosendorff expressed concerns about the practice, but wanted to see the data before making a conclusion.

Rosendorff knew of three separate machine technologies Theranos had developed. One machine was called a Mini-lab. These machines were manufactured at Theranos' Newark facility and were meant to replace Siemens machines by running finger-stick samples of blood. Paul Patel (PATEL), a coworker of Rosendorff's, worked with YOUNG to develop the chemistries of the Mini-lab. Rosendorff stated the Mini-lab was never used in patient care. In either May or June of 2014, PATEL told Rosendorff that the Mini-lab did not work. Rosendorff never saw a Mini-lab machine.

Rosendorff was aware of a machine called Edison. He described this as an immunoassay machine analogous to an Immulite machine. Rosendorff said that the time he left Theranos, the Edison machine ran approximately 15 tests, including those for TSH, PSA, testosterone, estradiol, prolactin and HCG. However, the goal of the Edison machine was to run the full panel of the 60 to 100 tests offered by the Immulite.

Finally, Rosendorff described a machine called the 4S, which could run a complete blood count (CBC) and other clinical chemistries.

In October 2013, blood samples were being diluted as part of Theranos' "p-protocols" and Theranos machines were being used to measure one or two analytes. Additionally, Rosendorff described "t-protocols" where changes were made to Siemens machines in order to run modified laboratory developed tests. Rosendorff described HOLMES, BALWANI and YOUNG as "scrambling" to get the Theranos machines to work.

Rosendorff was aware that Theranos had entered into contracts with Safeway and Walgreens.

Rosendorff knew the Safeway contract included a pilot program testing blood obtained through finger-stick and venous methods from Safeway employees. Rosendorff only learned of the finger-stick portion of the pilot program from a Wall Street Journal article. At the time of the pilot, the p-protocol had not been validated, so all lab results were based on venous blood draws using traditional machines. The pilot program offered a full panel of bloodwork. Rosendorff was not aware of any blood collected from sources other than Safeway at that time.

Rosendorff stated there were problems with the Nanotainer where red blood cells were being lysed during collection resulting in high potassium levels. Rosendorff raised this issue with HOLMES in October 2013 who responded to Rosendorff that the issues would be fixed. Before the Walgreens launch, Rosendorff again addressed the potassium issue with HOLMES. She

US-REPORTS-0002389

responded to him that Theranos would draw venous blood, if necessary. Rosendorff reviewed documents 0046-0047 consisting of an email chain Rosendorff had with HOLMES regarding high potassium levels.

Rosendorff stated he raised Edison machine HCG issues with HOLMES.

In August or September 2014 meeting, HOLMES, BALWANI, YOUNG, Mark Pandori and Rosendorff discussed the very high quality control (QC) failure rate of the Edison machines. QC was run on every shift at Theranos on every instrument. Rosendorff became concerned about the very high QC failure rate. To rectify the situation, Rosendorff was instructed to exclude "bad" Edison machines and to only use "good" Edison machines; those being Edison machines with low QC failure rates. Rosendorff believed one reason for the high QC failure rate was poor reagent manufacturing, which he had discussed with YOUNG. Rosendorff stated Suraj Saksena was in charge or reagent manufacturing. In addition to the high failure rate, Theranos technicians spent hours readying the Edison machines to pass the QC and started QC procedures at night in order to have the machines ready for testing. While there was nothing technically wrong with this practice, Rosendorff felt it was poor laboratory procedure.

Rosendorff reviewed and email chain with attachments labelled 0048-0061. This email chain discusses comparisons of the finger-stick vs. venous blood draw methods, as well as comparisons between Advia machines. Specifically, document 0054 lead Rosendorff to state that dilution of blood samples would magnify instrument biases. He does not think these issues were resolved by the time he resigned in 2014.

Rosendorff reviewed document labelled 0038 which consisted on an email chain. Rosendorff would speak to patient physicians regarding test results. Rosendorff looked at documents labelled 0093-0096 which consisted of an additional email chain. Rosendorff believes BALWANI contacted Walgreens and stated to them that Theranos testing was reliable and they would rerun the test, if necessary.

Rosendorff reviewed tab 1 of a prepared SEC Binder (TS-0034841 – TS-0034844) which consisted of a faxed letter and patient report. The patient physician requested a QI (quality investigation) after receiving an abnormal test result from Theranos. Rosendorff does not believe a formal QI was sent back to the physician.

Rosendorff reviewed tab 4 of the SEC Binder (TS-0037835) which consisted of an email. "Normandy" referred to the Theranos lab containing its proprietary equipment using the p-protocol. The laboratory containing traditional laboratory equipment was separate from Normandy and called "Jurassic Park." Nishit LNU was operations manager for the Normandy lab and reported directly to BALWANI.

Theranos proficiency testing (PT) was a responsibility delegated to a technical supervisor in the lab. PT was in place for the use of traditional machines. Theranos proprietary machines used a process called alternative assessment proficieny (AAP). Proficiency measures accuracy. Rosendorff stated quality R&D was done using Theranos employees. However, he described the PT of those processes was "haphazard." AAP was used to compare finger-stick vs venous draws, as well as the Edison machine vs. Immulite. Rosendorff stated the Edison machines did produce good results from the AAP. AAP results stayed within Theranos.

Rosendorff expressed concerns in an October 2014 meeting with HOLMES, YOUNG, BALWANI and Brad LNU about not following SOP's for PT. They developed a protocol for PT, but Rosendorff is unsure if the SOP was ever implemented.

Rosendorff reviewed tab 7 of the SEC binder (TS-0231083 – TS-0231084) which consisted of an email chain. Rosendorff was concerned because Theranos was reporting PT on venous draws. However, the source of the data was from finger-stick draws.

Rosendorff reviewed tab 8 of the SEC binder (TS-0231163 – TS-0231168) which consisted on an email chain. He was familiar from a Wall Street Journal article that this was an issue raised by Tyler Schultz. Vitamin D CAP material was run on Edison machines resulting in two failures. Rosendorff stated commercial PT was not appropriate for the Edison machines and that he agreed AAP was the PT testing method that should be used for Theranos proprietary machines.

With regard to the 2013 CMS audit, Rosendorff was told by YOUNG to not show the Normandy lab to the CMS inspector. This was because it would more "simple" to show the upstairs (Jurassic Park) lab only. During the inspection, Rosendorff showed the CMS inspector validation reports and SOP's. The inspector never saw the Normandy lab and never asked to see the Edison machines. Rosendorff's impression was that YOUNG was acting at the direction of HOLMES and BALWANI, but he did not know what the concerns with showing the Normandy lab were. HOLMES never said to Rosendorff to keep the CMS inspector away from the Normandy lab.

Rosendorff was not aware that any correlation data was being sent out by Theranos.

During his tenure at Theranos, Rosendorff identified and raised a lot of issues with management. He said the severity and potential for patient harm would dictate who he addressed the specific issue to. Rosendorff expressed concern that his issues were being, "swept under the rug." This is the reason why he resigned from Theranos.

As laboratory director, Rosendorff was responsible for the tests Theranos was conducting. In order to protect himself and his license, he forwarded some email he received from his Theranos account to his personal account. Rosendorff also consulted with lawyer in October 2014.

In November 2014, Rosendorff submitted his four week resignation notice by email to HOLMES and BALWANI. BALWANI was angry that Rosendorff had forwarded Theranos emails to his personal account. Rosendorff worked with Mona from Theranos Human Resources Department to confirm the emails had been deleted. He was also asked to sign an affidavit confirming that he had deleted the emails. Rosendorff stated he felt threatened because of his knowledge of Theranos. Rosendorff reviewed tab 12 of the SEC binder (selected documents from range TS-0042675 – TS-0042796) which consisted of an email chain, an affidavit and attachments. Rosendorff stated he signed the affidavit in order to, "get it over with." Rosendorff stated the affidavit he signed did not influence his decision to speak to authorities about Theranos.

When Rosendorff left Theranos, 25 analytes had been validated using the p-protocol. A complete metabolic panel and others were offered for patient testing. Rosendorff remarked of the news coverage about Theranos that there was no PT cheating and that he had no knowledge of 3rd party validation. Of Theranos' decision to void tests, Rosendorff feels it is a PR ploy.

Rosendorff thinks Theranos has made inaccurate statements. Prior to the interview, Rosendorff reviewed a June 2014 Fortune Magazine article by Roger Parloff. He noted the following discrepancies in the article:

- Theranos could not run 70 tests
- A single finger-stick could not run a complete metabolic panel and lipid panel
- Theranos could not do reflex testing
- There was no software optimization
- There was no saliva or feces testing
- There was no resistance testing
- Blood testing was being done on Advia machines
- Theranos had purchased 3rd party machines

Rosendorff stated HOLMES had mentioned working with the US Military on a troponin project, but he is unsure if that came to fruition. He is also aware that work had been done with pharmaceutical companies prior to his employment. Rosendorff had no involvement with any of the FDA submissions, and he had no interaction with Theranos' board or its investors.

Investors were not allowed in Theranos' lab. Rosendorff is aware of Edison demos being done, specifically for George Schultz, and others who he does not know. Schultz' test was done using the p-protocol and run in the lab. Rosendorff was not in the room at the time of Schultz' blood draw.

Rosendorff stated Theranos ran a few hundred tests per day.

The interview ended at 4:40 PM.

_[signature]_

Christopher McCollow  
US Postal Inspector

August 2, 2016  
Date