1  JOHN D. CLINE (CA State Bar No. 237759)
   600 Stewart Street, Suite 400
2  Seattle, WA 98101
   Telephone: (360) 320-6435
3  Email: cline@johndclinelaw.com

4  KEVIN M. DOWNEY (Admitted Pro Hac Vice)
   LANCE A. WADE (Admitted Pro Hac Vice)
5  AMY MASON SAHARIA (Admitted Pro Hac Vice)
   KATHERINE TREFZ (CA State Bar No. 262770)
6  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue, S.W.
7  Washington, DC 20024
   Telephone: (202) 434-5000 │Facsimile: (202) 434-5029
8  Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

9  Attorneys for Defendant ELIZABETH A. HOLMES

10

11                         UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE DIVISION

14
   UNITED STATES OF AMERICA,           )  Case No. CR-18-00258-EJD
15                                      )
           Plaintiff,                   )  **DECLARATION OF AMY MASON SAHARIA**
16                                      )  **IN SUPPORT OF MS. HOLMES'**
       v.                               )  **SUPPLEMENTAL FILING RE: MOTION FOR**
17                                      )  **A NEW TRIAL BASED ON NEWLY**
   ELIZABETH HOLMES and                 )  **DISCOVERED EVIDENCE REGARDING**
18  RAMESH "SUNNY" BALWANI,             )  **ADAM ROSENDORFF**
                                        )
19         Defendants.                  )
                                        )  Hon. Edward J. Davila
20                                      )
                                        )
21  _____)

22

23

24

25

26

27

28

   DECLARATION OF AMY MASON SAHARIA
   CR-18-00258-EJD

I AMY MASON SAHARIA, declare as follows:

1.      I represent Defendant Elizabeth Holmes and have been admitted to practice *pro hac vice* in the above-captioned matter.  I submit this declaration in support of Ms. Holmes' Supplemental Filing re: Motion For a New Trial Based on Newly Discovered Evidence Regarding Adam Rosendorff ("Supplemental Filing").  I attest to the following facts upon which the Supplemental Filing relies.

2.      Attached to the Supplemental Filing are six exhibits.  The contents of the exhibits are as follows:

   a.   Exhibit 1 is a true and correct copy of the public LinkedIn profile page of Dr. Rosendorff as of today's date.

   b.   Exhibit 2 is a true and correct copy of *Left bleeding: the SA medic who helped expose Theranos*, an article published in the September 2022 Edition of the South African Jewish Report that is linked on Dr. Rosendorff's public LinkedIn profile page, at page 3.

   c.   Exhibit 3 is a true and correct copy of a memorandum of an August 30, 2021 interview of Dr. Adam Rosendorff, Bates-stamped US-REPORTS-0036061.

   d.   Exhibit 4 is a true and correct copy of excerpts of the transcript of Dr. Rosendorff's March 22, 2018 grand jury testimony.  Exhibit 4 has been filed under seal;

   e.   Exhibit 5 is a true and correct copy of excerpts of the transcript of Dr. Rosendorff's January 16, 2018 deposition testimony in *Colman v. Theranos, Inc.*, 16-cv-06822;

   f.   Exhibit 6 is a true and correct copy of excerpts of the transcript of Dr. Rosendorff's February 26, 2019 deposition testimony in *In re Arizona Theranos, Inc. Litigation*, 16-cv-2138.

3. To access Exhibit 2, I copied and pasted the link on Dr. Rosendorff's LinkedIn profile page under his Theranos work history (page 3) to my internet browser.  The link took me to the

DECLARATION OF AMY MASON SAHARIA
CR-18-00258-EJD

1    article that is attached as Exhibit 2.

2         I declare under penalty of perjury under the laws of the United States that the foregoing

3    is true and correct to the best of my knowledge.

4

5    Executed this 24th day of October 2022 in Chevy Chase, MD.

6

7

8                                            _____
                                             AMY MASON SAHARIA
9                                            Attorney for Elizabeth Holmes

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   DECLARATION OF AMY MASON SAHARIA
     CR-18-00258-EJD