# Exhibit 1

## Contact

www.linkedin.com/in/adam-rosendorff-5473a616 (LinkedIn)
www.hhmi.org/news/ecps20090707_list.html (Other)

## Top Skills

Analytical Skills
Business Analysis
Advertising

## Languages

French

## Certifications

California Medical License

## Honors-Awards

Howard Hughes Medical Institute Physician-Scientist Early Career Award

## Publications

Extending and Adapting the Functions of Genetic Laboratories in the continued COVID pandemic-challenges and successes

# Adam Rosendorff

GilaRiverMD, LLC be the best version of you- medically supervised weight loss

Walnut Creek, California, United States

## Summary

Lori Bean and my paper in Genetics in Medicine on scaling COVID testing

https://4crdug1m1izqix01u1hvesh1-wpengine.netdna-ssl.com/wp-content/uploads/2022/09/2022-09-02_b.pdf

Father, first and foremost.

Firm believer in the inevitability of justice in this world, rather than the next.

Clinical Pathologist with 14 years CLIA Lab Director experience.

Expertise in Infectious Diseases, Hematology and Oncology.

Molecular Genetic Pathology, Clinical Chemistry, Molecular Microbiology, Hematology, and Toxicology

_____

## Experience

GilaRiverMD, LLC (https://www.GilaRiverMD.com)
CEO and Founder
July 2022 - Present (4 months)
Contra Costa County, California, United States

Hello

I am a Harvard trained Clinical Pathologist and specialist in laboratory medicine. I obtained my MD from Icahn School of Medicine at Mount Sinai. I have been licensed as a laboratory director in California since 2013, running a number of successful labs.

What I can help with:

Interpretation of laboratory tests and guidance regarding medical usefulness of lab tests.

Obesity and diabetes medical management.

Relationship of lab tests to lifestyle preferences.

My mission:

Helping patients particularly poor or underserved, understand their lab tests, and pointing them in the right direction.

Fee structure: Out of pocket

## Color
### Molecular Laboratory Director-Infectious Disease
March 2020 - October 2022 (2 years 8 months)
Burlingame, California, United States

Medical and Laboratory Director for Major Bay Area COVID Laboratory
Working on molecular diagnostics of other pathogens in Women's Health

## PerkinElmer, Inc.
### Laboratory and Medical Director
January 2021 - June 2022 (1 year 6 months)
Valencia, CA

Directed the largest COVID laboratory in North America during multiple strain shifts and surges including Omicron in Dec 2021 and Jan 2022. The laboratory was set up by Governor Newsom in 2019 to accommodate testing of 150,000 tests a day and at its height, it employed over 700 people, in essence serving as the largest clinical laboratory training program in the world.

## Millennium Health
### Medical Director
December 2017 - January 2021 (3 years 2 months)
San Diego, California, United States

## Invitae
### Laboratory Director
December 2014 - September 2017 (2 years 10 months)
SF

College of American Pathologists (CAP)
CAP inspector
August 2017 - August 2017 (1 month)

Volunteered as a CAP inspector, at DXterity Inc.

Theranos
Laboratory Director
April 2013 - December 2014 (1 year 9 months)
Silicon Valley

The most formative experience of my adult life
https://4crdug1m1izqix01u1hvesh1-wpengine.netdna-ssl.com/wp-content/
uploads/2022/09/2022-09-02_b.pdf

University of Pittsburgh
4 years 9 months

Assistant Professor of Pathology
September 2008 - April 2013 (4 years 8 months)

Medical Director of Automated Testing Lab
Principal investigator:
Viral replication in the context of Epstein-Barr malignancies

Medical Director, Clinical Labs, Children's Hospital of Pittsburgh
August 2008 - April 2013 (4 years 9 months)

Medical Directorship of high complexity laboratory: Hematology, Clinical
Chemistry, Microbiology and Therapeutic Drug Monitoring

Correlagen
Consultant
May 2008 - September 2008 (5 months)

-Constructed databases of variants and disease-associated mutations based
on literature

Brigham and Women's Hospital
Resident in Clinical Pathology
July 2005 - June 2008 (3 years)

Specialized in hematopathology, and microbiology.

ClearView Healthcare Partners
Ad-hoc consultant
February 2008 - April 2008 (3 months)
Boston, MA

Consultant on projects for Endo Pharmaceuticals and Ensemble LLC (early stage diagnostics company).

Harvard University
Postdoctoral Researcher, Infectious Diseases
August 2000 - June 2005 (4 years 11 months)

Laboratory of Elliott Kieff, Channing Labs

Leukemia and Lymphoma Fellow

MedPanel, Inc.
Ad-hoc consultant
2000 - 2001 (1 year)

Moderated on-line expert physician discussions

Mount Sinai School of Medicine
Technician
1995 - 1995 (less than a year)

Worked in the laboratory of SA Aaronson

———

## Education

Mount Sinai School of Medicine of New York University
MD, 2000 · (1995 - 2000)

University of the Witwatersrand
BA, English lit, Economics · (1988 - 1993)

King David