# Exhibit 5

Adam Rosendorff, M.D. Confidential
January 16, 2018

1

1               UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4    ROBERT COLMAN and HILARY
     TAUBMAN-DYE, Individually and
5    on Behalf of All Others Similarly
     Situated,
6
                         Plaintiffs,
7
          vs.                          Case No. 5:16-cv-06822-
8                                                NC

9    THERANOS, INC., Et Al.,

10
                         Defendants.
11   _____

12

13                      CONFIDENTIAL

14

15       VIDEOTAPED DEPOSITION OF ADAM ROSENDORFF, M.D.

16

17                    January 16, 2018

18                       9:38 a.m.

19

20              655 West Broadway, Suite 1900

21                   San Diego, California

22

23

24   REPORTED BY
     Renee K. Papierniak
25   CSR No. 7056

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

THER-3993724

1    downstairs part of the building?

2          Q.   Okay.   Why don't you explain that to me?

3          A.   Well, towards the end of 2014, the entire lab

4    moved to Newark, California, which is across the Bay.

5               But soon after the inspection, we started moving

6    ADVIA machines into a downstairs lab.   And that's where

7    the Tecans were also housed, in the downstairs lab.

8          Q.   Okay.   And when you say "the inspection," you

9    mean the --

10         A.   The CMS inspection.

11         Q.   And that was the CMS inspection in --

12         A.   December 3rd.

13         Q.   Of 2013?

14         A.   Correct.

15         Q.   So why -- the inspection was of the -- of

16   what?

17         A.   The inspection was of the upstairs lab.   We --

18   we described to the inspector the machines we had, what

19   they were capable of doing.   We told her -- we must have

20   told her about the downstairs lab and she chose to

21   inspect the upstairs lab.

22         Q.   Now, when you first got there, there was not a

23   downstairs lab, was there?

24         A.   No.

25         Q.   Okay.   So let's talk about what you first saw

FOIA Confidential Treatment Requested by Theranos                    THER-3993764
Fed. R. Crim. P. 6(e) material

Adam Rosendorff Confidential Testimonial
January 16, 2018                                              165

```
 1          Q.  So if they had, then you would have failed or

 2     gotten a bad write-up on proficiency testing?

 3          A.  Presumably.

 4               MR. MORGAN:  Objection.  Calls for speculation.

 5               MS. EAGAN:  Objection.

 6               MR. MORGAN:  So did you answer?

 7               THE WITNESS:  I said "presumably."

 8     BY MR. KATHREIN:

 9          Q.  Presumably, they would shut down the lab.

10     Correct?

11               MR. RUMMAGE:  Object to form.

12               MS. EAGAN:  Object to form.

13               THE WITNESS:  It's speculation.

14               MR. MORGAN:  Let us do the objecting.

15               THE WITNESS:  Okay.

16     BY MR. KATHREIN:

17          Q.  And you -- you previously said that you thought

18     that they didn't go downstairs because they didn't have

19     enough time?

20          A.  We mentioned the downstairs to them and then I

21     e-mailed Daniel Young, while we were showing them slides,

22     and said, "Should we show" -- "should we show them" --

23     "mention the downstairs lab again?"  And he says, "Not

24     unless she specifically brings it up again.  Just simpler

25     to show her the upstairs lab."
```

U.S. LEGAL SUPPORT
(877) 479-2484

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material

```
 1          Q.   And that's on page 93 of this exhibit.

 2   Correct?

 3          A.   Yes.  "Let's not remind her about the downstairs

 4   lab unless she asks again.  Just simpler if we can show

 5   her the upstairs lab."

 6          Q.   On page 91, there is an e-mail exchange between

 7   you and Daniel -- well, let me withdraw that.

 8               Did you talk to Daniel Young about why he didn't

 9   want to show her the downstairs lab?

10               MR. RUMMAGE:  Object to the form of the

11   question.

12               THE WITNESS:  Not -- not outside of that e-mail,

13   no.

14   BY MR. KATHREIN:

15          Q.   Did you have an understanding as to why he

16   didn't want to show her the downstairs lab?

17               MR. MORGAN:  Objection.  Calls for

18   speculation.

19               THE WITNESS:  I'm not a mindreader.  I don't

20   know.

21   BY MR. KATHREIN:

22          Q.   At one point, there was -- well, I take it back.

23               The subject of this e-mail, on page 93, says

24   "Normandy lab."

25          A.   Uh-huh.
```

FOIA Confidential Treatment Requested by Theranos                                    THER-3993889
Fed. R. Crim. P. 6(e) material

```
 1                    REPORTER'S CERTIFICATE

 2

 3            I, RENEE K. PAPIERNIAK, a Certified Shorthand

 4   Reporter, do hereby certify:

 5            That the foregoing proceedings were taken

 6   before me at the time and place therein set forth,

 7   At which time the witness was put under oath by me;

 8            That the testimony of the witness, the

 9   questions propounded, and all objections and statements

10   made at the time of the examination were recorded

11   stenographically by me and were thereafter transcribed;

12            That a review of the transcript by the deponent

13   was requested:

14            That the foregoing is a true and correct

15   transcript of my shorthand notes so taken.

16            I further certify that I am not a relative or

17   employee of any attorney of the parties, nor financially

18   interested in the action.

19            I declare under penalty of perjury under the

20   laws of California that the foregoing is true and

21   correct.

22            Dated this 25th day of January, 2018.

23

24   _____

25            RENEE K. PAPIERNIAK, CSR NO. 7056
```

FOIA Confidential Treatment Requested by Theranos
Fed. R. Crim. P. 6(e) material                                              THER-3994003