JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-18-00258-EJD |
| Plaintiff, | [PROPOSED] ORDER GRANTING MS. HOLMES' ADMINISTRATIVE MOTION TO FILE EXHIBIT UNDER SEAL |
| v. | |
| ELIZABETH HOLMES and RAMESH "SUNNY" BALWANI, | Hon. Edward J. Davila |
| Defendants. | |

[PROPOSED] ORDER
CR-18-00258-EJD

1  This Cause having come before the Court upon Defendant Elizabeth A. Holmes' Administrative
2  Motion for Leave to File Exhibit Under Seal.
3  IT IS HEREBY ORDERED that Ms. Holmes' motion is GRANTED.
4  IT IS FURTHER ORDERED that Exhibit 4 to Ms. Holmes' Supplemental Filing re:
5  Motion For A New Trial Based on Newly Evidence Regarding Adam Rosendorff shall be filed under
6  seal until further order from the Court.
7  IT IS SO ORDERED.

Dated: October 24, 2022

*[signature]*

Hon. Edward J. Davila
United States District Judge

[PROPOSED] ORDER
CR-18-00258-EJD