JOHN D. CLINE (CA State Bar No. 237759)
600 Stewart Street, Suite 400
Seattle, WA 98101
Telephone: (360) 320-6435
Email: cline@johndclinelaw.com

KEVIN M. DOWNEY (Admitted Pro Hac Vice)
LANCE A. WADE (Admitted Pro Hac Vice)
AMY MASON SAHARIA (Admitted Pro Hac Vice)
KATHERINE TREFZ (CA State Bar No. 262770)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, D.C. 20024
Telephone: (202) 434-5000 │ Facsimile: (202) 434-5029
Email: KDowney@wc.com; LWade@wc.com; ASaharia@wc.com; KTrefz@wc.com

Attorneys for Defendant ELIZABETH A. HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>ELIZABETH HOLMES and<br>RAMESH "SUNNY" BALWANI,<br><br>　　Defendants. | Case No. CR-18-00258-EJD<br><br>**DECLARATION OF KATHERINE TREFZ IN SUPPORT OF MS. HOLMES' SENTENCING MEMORANDUM**<br><br>Hon. Edward J. Davila |

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD

I, KATHERINE TREFZ, declare as follows:

1. I represent Defendant Elizabeth Holmes and am a member of the Bar of this Court. Pursuant to Criminal Local Rule 56-1(c) and Civil Local Rule 7-11, I submit this declaration in support of Ms. Holmes' Sentencing Memorandum.

2. Attached as Exhibit A is a true and correct copy of a collection of letters addressed to the Court submitted in support of Ms. Holmes. (A redacted version is being filed publicly. An unredacted version is being filed under seal.)

3. Attached as Exhibit B is a true and correct copy of U.S. Patent No. 11,385,252 B2, issued by the United States Patent and Trademark Office on July 12, 2022.

4. Attached as Exhibit C is a true and correct copy of a letter from Ms. Holmes to her parents written when Ms. Holmes was in high school

5. Attached as Exhibit D is a true and correct copy of a handwritten note written by Ms. Holmes' father dated October 16, 2003.

6. Attached as Exhibit E is a true and correct copy of a handwritten letter written from Ms. Holmes' father to her dated January 4, 2004.

7. Attached as Exhibit F is a true and correct copy of a photo of Sunny Balwani, Ms. Holmes, and another individual taken in China in August 2002.

8. Attached as Exhibit G is a true and correct copy of document bearing the Bates label PC0000001 through PC0000047, as produced by Perkins Coie LLP. The redactions appeared in the produced version.

9. Attached as Exhibit H is a true and correct copy of an email dated May 8, 2018, from David Taylor to Erez Levy, cc'ing Elizabeth Holmes and Jeffrey Finger, and its attachment.

10. Attached as Exhibit I is a true and correct copy a document bearing the Bates labels Dynasty003466 through Dynasty003475.

11. Attached as Exhibit J is a true and correct copy of a document bearing the Bates labels SEC-DEPO-004639 through SEC-DEPO-004704.

12. Attached as Exhibit K is a true and correct copy of excerpts of the deposition of Fortress

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD

1 | executive Erez Levy, bearing the Bates labels SEC-DEPO-004615, SEC-DEPO-004622, and SEC-
2 | DEPO-004637.
3 |     13.    Attached as Exhibit L is a true and correct copy of a June 12, 2016 press release issued
4 | by Walgreens.
5 |     14.    Attached as Exhibit M is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
6 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
7 | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (Filed under seal.)
8 |     15.    Attached as Exhibit N is a true and correct copy of an excerpt from Ms. Holmes'
9 | Objections and Responses to Plaintiffs' First Set of Interrogatories in *Partner Investments, L.P., et al. v.*
10 | *Theranos, Inc. et al.*, Delaware Court of Chancery Civil Action Number 12816-VCL.
11 |     16.    Attached as Exhibit O is a true and correct copy of a July 20, 2016 email and attachment
12 | bearing the Bates labels THER-1498421 through THER-1498424.
13 |     17.    Attached as Exhibit P is a true and correct copy of the FDA label for the Siemens HIV
14 | 1/O/2 Enhanced EHIV downloaded from the FDA's website (https://www.fda.gov/vaccines-blood-
15 | biologics/approved-blood-products/advia-centaur-hiv-1o2-enhanced-readypack-reagents (last visited
16 | November 7, 2022)).
17 |     18.    Attached as Exhibit Q is a true and correct copy of an April 9, 2013 statement by the
18 | American College of Physicians regarding prostate cancer screening, as available on the organization's
19 | website as of August 9, 2021.
20 |     19.    Attached as Exhibit R is a true and correct copy of a document bearing the Bates label
21 | THPFM0004198593 through THPFM0004198594, also referenced on the FDA's website at
22 | https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfres/res.cfm?id=140899 (last visited November 7,
23 | 2022).
24 |     20.    Attached as Exhibit S is a true and correct copy of a document bearing the Bates label
25 | THER-AZ-05097313, also referenced on the FDA's website at
26 | https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfres/res.cfm?id=143007 (last visited November 7,
27 | 2022).
28 | DECLARATION OF KATHERINE TREFZ
   CR-18-00258-EJD

21. Attached as Exhibit T is a true and correct copy of excerpts of Ms. Holmes' testimony in the SEC investigation.

22. Attached as Exhibit U is a true and correct copy of an email dated June 7, 2015 from Ryan Karpel to Elizabeth Holmes, copying Daniel Edlin, and its attachments. Patient names have been redacted.

23. Attached as Exhibit V is a true and correct copy of an email dated March 15, 2015 from Ryan Karpel to Elizabeth Holmes, copying Daniel Edlin, and its attachments. Patient names have been redacted.

24. Attached as Exhibit W is a true and correct copy of an email dated August 23, 2015 from Ryan Karpel to Elizabeth Holmes, copying Daniel Edlin, and its attachments. Patient names have been redacted.

25. Attached as Exhibit X is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. (Filed under seal.)

26. Attached as Exhibits Y-1 and Y-2 are true and correct copies of a screen capture of results of the United States Sentencing Commission's Interactive Data Analyzer titled "Sentence Imposed Relative to the Guideline Range Over Time" for fiscal years 2015-2021. Based on the filters used, this data reflects the Sentencing Commission's data for the North District of California where the primary guideline was § 2B1.1. Exhibit Y-1 includes all criminal history categories, while Exhibit Y-2 includes only criminal history category I.

27. Exhibit Z is a true and correct copy of a screen capture of results of the United States Sentencing Commission's Interactive Data Analyzer titled "Average and Median Sentence Length" and "Average and Median Imprisonment Length" for fiscal years 2015-2021. Based on the filters used, this data reflects the Sentencing Commission's data for the Northern District of California where the primary guideline was § 2B1.1, the sentencing zone was Zone D, and the criminal history category was I.

28. Exhibits AA-1 and AA-2 are true and correct copies of screen captures of results of the United States Sentencing Commission's Interactive Data Analyzer titled "Sentence Imposed Relative to

the Guideline Range Over Time" for fiscal years 2015-2021.  Based on the filters used, this data reflects the Sentencing Commission's data for cases nationwide where the primary guideline was § 2B1.1. Exhibit AA-1 includes all criminal history categories, while Exhibit AA-2 includes only criminal history category I.

29. Exhibit BB is a true and correct copy of a screen capture of results of the United States Sentencing Commission's Interactive Data Analyzer titled "Average and Median Sentence Length" and "Average and Median Imprisonment Length" for fiscal years 2015-2021.  Based on the filters used, this data reflects the Sentencing Commission's data for cases nationwide where the primary guideline was § 2B1.1, the sentencing zone was Zone D, and the criminal history category was I.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of November 2022 in Washington, D.C.

_____
KATHERINE TREFZ
Attorney for Elizabeth Holmes

DECLARATION OF KATHERINE TREFZ
CR-18-00258-EJD