# Exhibit C

Dear Mommy & Daddy,

I love you both so much, you are the most important things to me in the world, along with Christian. Out of everything I have been given, I know that you were my most precious gift, and my happiness is based on having the family I do. Sometimes I don't think I express to you how much everything you do for me and all the little things mean to me. I get the greatest joy just from things like you standing & talking with me before I left on this trip, Mommy, or when you take me to Auden, Daddy. I could go on with this list for ever -- all the places you take me, drive me to, things you do with me -- and knowing how much you both care. I am so, so grateful to be this loved. I really don't know how to tell you how much everything means to me, I just can't express it. The only way I know how to convey my tremendous love & gratefulness to you is by telling you, once again, that there is nothing I cherish more than you. I love you. I love you so so much. I think that God must have come to me on Earth in you, and Christian.        Thank-you.

♡ Elizabeth

I have been given a gift with the tremendous family I have that no one else has, and all through my life it is what will make me carry on. I love you.

I want Christian to know also how very much I care for him, because I don't think he can imagine how very much he means to me.

Mommy & Daddy