# Exhibit D

CHARACTER

(NO) (NO) (NO) (NO) $\Rightarrow$ C/A $\rightarrow$ H

D P T S     Slovenly  Creativity & = Happiness
|  |  |              Achievement
DRINK DITCH THUGS
     DITCH (Quality of People)

Elizabeth's Formula

10/16/03