# Exhibit E

1-04-04

Dear Elizabeth —

You haven't left home yet, but already I miss you. I worry about you. I worry that you do not realize that I (& your mother & I) want most for you is for you to be strong, emotionally and physically and spiritually, & happy. Whether you invent a new technology, become Ph.D. biotech w/ two majors, or decide to study an entirely different discipline is all secondary to your ability to care for yourself & others. In the last three years, we've all had our share of hard times as a family — in some ways, we have been pushed right to the edge. We all have to help each other now, and I — we — need your help. And all I ask you to do is take care of yourself, first & foremost. You have taken a critical step by moving into the dormitory but there will be tremendous temptations to return to old ways. We will be by your side 24 hours a day, but only you can decide now, once & for all, that you wish to live in a way in which you can be happy, healthy, & make you

potential. There are so many ways of joy to realize your potential -- science is only one of many avenues -- & the journey is that of a lifetime, not one where in a few years of college you must decide everything. -- The journey is long, & can be so hard, and unless you are a whole, balanced person -- healthy, strong, protected of one's spirit -- it is indeed a very, very hard journey. So, put the past behind you, begin anew in your new room. Know that you are so dearly loved.

Daddy & Mommy