# Exhibit F



HOLMES000003

```
AUG: 2002 (No.0A  )003.
191 01** N N-1 N 082 (038)
```

HOLMES000004