# Exhibit G

# PERKINSCOIE

**COUNSEL TO GREAT COMPANIES**

- August 17, 2017

## Overview of Theranos' IP Assets and Near-Term Licensing Opportunities

Perkins Coie LLP



# Introduction to Theranos' Patent Portfolio

PC0000002

## Theranos Has a Robust and Young Patent Portfolio

- Worldwide: Approximately 1,144 total assets
  - 318 granted patents

- United States: Approximately 316 total assets
  - 107 granted patents
  - 209 pending applications



PC0000003

# Distribution of Theranos' Portfolio Worldwide



| | US | AU | EP | CN | KR | CA | JP | SG | IL | MX | HK | IN | NZ | WO | Other* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grant | 107 | 22 | 8 | 11 | 24 | 2 | 16 | 0 | 0 | 7 | 31 | 2 | 0 | 0 | 16 |
| Application | 131 | 42 | 53 | 49 | 34 | 54 | 38 | 44 | 44 | 35 | 0 | 25 | 22 | 8 | 17 |

Source: Innography, independent analysis. Includes active assets (grants and published applications) (Patent data provided as of August 16, 2017).
*Other consists of the following additional jurisdictions: RU, TW, ES, BR, DK, AR, AT, PT.

PC0000004

# Theranos Portfolio Expiration Histogram (U.S. Patents)



Source: Innography, independent analysis. Includes active US grants (Patent data provided as of August 16, 2017).

PC0000005

# Theranos Portfolio Innography Strength Ranges



Source: Innography, independent analysis. Includes active grants (Patent data provided as of August 16, 2017).
Strength Ranges are based on Innography's proprietary algorithm designed to identify (objectively) the strength of a patent.

PC0000006

# Top 20 Assignees for Theranos' Top 10 Class Codes

| Rank | Ultimate Parent | Asset Count |
|---|---|---|
| 1 | Theranos Inc. | 328 |
| 2 | Siemens AG | 231 |
| 3 | Unassigned | 202 |
| 4 | Olympus Corporation | 112 |
| 5 | Roche Holding Ltd. | 105 |
| 6 | Sony Corporation | 103 |
| 7 | Sysmex Corporation | 95 |
| 8 | Proteus Digital Health, Inc. | 90 |
| 9 | Johnson & Johnson | 80 |
| 10 | Hitachi, Ltd. | 79 |
| 11 (tie) | Heartflow Inc | 78 |
| 11 (tie) | Nokia Corporation | 78 |
| 13 | Samsung Electronics Co., Ltd. | 75 |
| 14 | Medtronic plc | 71 |
| 15 | Koninklijke Philips NV | 66 |
| 16 | Huawei Technologies Co., Ltd. | 65 |
| 17 | Fujitsu Limited | 64 |
| 18 | Meso Scale Technologies LLC | 54 |
| 19 | International Business Machines Corp. | 52 |
| 20 | Canon Inc. | 51 |

Top 10 CPC codes are based on WW active assets (i.e., grants and published applications). Unassigned are assets without recorded assignments at the national PTOs.  Source: Innography (Patent data provided as of August 16, 2017).

PC0000007

## Theranos' Patents Are Quite Valuable

- High (90+) Innography Ratings

- Strong claims, as assessed by Perkins Coie

- Coverage over technology that the market uses, and likely to be infringed by competitors

- Technology that Theranos views as central to POC / Diagnostic devices

- Many years until patent terms expire

  - You should perform your own analysis to assess the strength of these patents

# Example: U.S. Patent No. 8,283,155

**Title:** Point-of-Care Fluidic System and Uses Thereof

**Priority Date:** May 9, 2005

**Expiration Date:** July 4, 2026



**PERKINS**COIE

PC0000009

# Example: U.S. Patent No. 8,679,407

**Title:** Systems and Methods for Improving Medical Treatments

**Priority Date:** May 9, 2005

**Expiration Date:** April 26, 2027



# Example: U.S. Patent No. 8,841,076

**Title:** Systems and Methods for Conducting Animal Studies

**Priority Date:** March 24, 2006

**Expiration Date:** June 21, 2029



**Perkins**coie

PC0000011

# Example: U.S. Patent No. 8,741,230

**Title:** Systems and Methods of Sample Processing and Fluid Control in a Fluidic System

**Priority Date:** March 24, 2006

**Expiration Date:** June 21, 2029



**PERKINS**COIE

PC0000012

# Example: U.S. Patent No. 8,470,524

**Title:** Reducing Optical Interference in a Fluidic Device

**Priority Date:** October 13, 2006

**Expiration Date:** October 13, 2026



**PERKINS**COIE

PC0000013

# Example: U.S. Patent No. 8,012,744

**Title:** Reducing Optical Interference in a Fluidic Device

**Priority Date:** October 13, 2006

**Expiration Date:** July 15, 2028



**PERKINS**coie

PC0000014

# Example: U.S. Patent No. 8,883,518

**Title:** Systems and methods of fluidic sample processing

**Priority Date:** August 6, 2007

**Expiration Date:** August 6, 2028



**PerkinsCoie**

PC0000015

# Identified Potential Infringement Claims

| Product | 8,283,155 | 8,841,076 | 8,679,407 | 8,470,524 | 8,012,744 | 8,883,518 | 8,741,230 |
|---|---|---|---|---|---|---|---|
|  | ● |  | ● |  |  |  | ● |
|  |  |  | ● |  |  |  |  |
|  | ● | ● |  |  |  |  |  |
|  |  | ● |  |  |  |  |  |
|  | ● | ● |  | ● | ● |  |  |
|  |  |  |  | ● | ● |  |  |
|  |  |  |  | ● | ● |  |  |
|  | ● |  |  |  |  |  |  |
|  | ● |  |  |  |  | ● |  |

Based on Presently-Available Information & Analysis; Subject to Change; Not a Guarantee of Infringement or Successful Litigation Result

**Perkins**Coie

PC0000016



**Potential Target:**

# Example of a Target Infringement Read:

Overview of product



# Example of Target: ████████████ (cont'd)





Example of Target: ▮▮▮▮▮▮▮ (cont'd)



PC0000020

Example of Target: ▮▮▮▮▮▮▮ (cont'd)



PerkinsCoie

PC0000021

# Example of Target: ▮▮▮▮▮▮▮ (cont'd)



PC0000022

# Example of Target: ▮ (cont'd)



PC0000023

# Example of Target: ▮▮▮▮▮▮ (cont'd)



PERKINSCOIE

PerkinsCoie.com | Privileged/Attorney Work Product | Confidential  24

PC0000024

## Example of Target: ▮▮▮▮▮▮ (cont'd)



PC0000025



# Potential Revenue Opportunities from Theranos' Patent Portfolio

**PERKINS**COIE

PC0000026

## Disclaimers / Understanding The Assumptions At Work

- This slide deck provides an estimate of revenue opportunities, which is intended for Theranos' internal assessment of its IP
  - Analysis is based on limited available information and assumptions based on licensing trends and historical experiences
  - The quality of public information—and therefore the quality of estimates—varies between target companies
  - Neither Theranos nor Perkins Coie represents that these revenue figures or projections are accurate
- The figures and analysis herein are being presented for discussion purposes only
  - You should not rely on the figures or analysis contained herein, or any statements made by Perkins Coie or Theranos related thereto
  - Rather, you should conduct your own analysis of the revenue opportunities and perform your own research regarding revenues
  - Later discussions are presumed to be at arms' length

**PERKINS**Coie

PC0000027

## Disclaimers / Understanding The Assumptions At Work (Cont'd)

- This analysis is based on potential infringement claims identified to date
    - We are continuing to assess infringement reads against other companies, and related licensing opportunities
    - Accordingly, this analysis may understate the full revenue opportunity presented by Theranos' portfolio
- We continue to monitor the market and search for relevant information regarding product revenues; we reserve the right to supplement or modify the revenue figures provided herein
- We have excluded, for purposes of this analysis, the potential for lost profits, damages enhancements and recovery of attorneys' fees

**PERKINS**COIE

PC0000028

## Third-party Analyses Project Strong Growth in POC Market

- MarketsandMarkets:  Point-of-Care Diagnostics Market to reach $36.9 Billion by 2021, at **CAGR of 9.8%** from 2016 to 2021

- Allied Market Research:  Global point of care diagnostics market valued at $23.0 Billion in 2015 and expected to reach $43.3 Billion by 2022, with **CAGR of 9.4%** from 2016 to 2022

- Zion Market Research:  Global POC market valued at $23.5 Billion in 2016 and expected to reach $40.5B by 2022, with **CAGR of around 10%** between 2017 and 2022

- Kalorama: point-of-care technologies market up from $15.4B in 2015 to 18.4B in 2016 [equates to a **CAGR of 19.5%**]

PERKINSCOIE

PC0000029

# Molecular POC Market CAGR Data (2015-2020)

- Molecular POC Market for Respiratory Tract Infections = 69.3%
- Molecular POC Market for Women's Health and Sexual Health = 65.7%
- Molecular POC Market for High-Burden Diseases (HIV, TB, Hepatitis, etc.) = 193%
- Molecular POC Market or GI Pathogens, HAIs and Bloodstream Infections = 42.4%
- Molecular POC Market for Non-Infections Diseases = 40.3%

*Source= Kalorama Information, Molecular Point of Care Diagnostics (March 2016)*



PC0000030

## Estimated CAGR for Select Companies / Products

| Company | Years | CAGR |
|---|---|---|
| | | |



PC0000031

# Recent Activity in the POC / Diagnostic Market Shows Value in Theranos' Patent Portfolio



## Recent Activity in the POC / Diagnostic Market (Cont'd)





PC0000033

Case Study:



PerkinsCoie.com | Privileged/Attorney Work Product | Confidential 34

Case Study: ███████████████ (cont'd)

Foreign patent coverage for ███████████████:



**PERKINS**COIE

PC0000035

Case Study:



## Foreign Revenues Also Show Value Beyond the U.S. Borders



- In light of issues with foreign jurisdictions, we assumed that each target's foreign revenue potential equals 75% of US revenue potential

Potential Revenue Opportunity:





PC0000038

Potential Revenue Opportunity:



PerkinsCoie

PC0000039

## Potential Revenue Opportunity:



PERKINSCOIE

## Potential Revenue Opportunity:





Potential Revenue Opportunity:



PerkinsCoie.com | Privileged/Attorney Work Product | Confidential  42

Potential Revenue Opportunity:



PERKINSCOIE

Potential Revenue Opportunity:



PerkinsCoie.com | Privileged/Attorney Work Product | Confidential  44

Potential Revenue Opportunity:



PC0000045

## Total Potential Revenue Opportunity

Estimated Past US Revenue Base = $453.6MM

Estimated Future US Revenue Base = $3,094MM

Total Estimated US Revenue Base = $3,548MM

Estimated Licensing and Revenue Opportunity (US):

6% Royalty = $213MM

8% Royalty = $286MM

10% Royalty = $355MM

12% Royalty = $426MM

Estimated Licensing and Revenue Opportunity (Foreign):

6% Royalty = $160MM

8% Royalty = $213MM

10% Royalty = $266MM

12% Royalty = $319MM

Estimated Licensing and Revenue Opportunity (US + Foreign)

6% Royalty = $373MM

8% Royalty = $499MM

10% Royalty = $621MM

12% Royalty = $745MM



PC0000046

# Numerous Entrants In Point-of-Care Diagnostics

## Currently On The Market



## Have Not Yet Entered The Market



PerkinsCoie

PC0000047