# Exhibit H

**From:** David Taylor <dtaylor@theranos.com> on behalf of David Taylor <dtaylor@theranos.com>
**Sent:** Tuesday, May 8, 2018 6:17 PM
**To:** elevy@fortress.com
**Cc:** Elizabeth Holmes; Jeffrey Finger
**Subject:** FW: Project Cardinal - Updated Draft CIM
**Attach:** DRAFT Theranos CIM 2018.05.08 1726.pdf

---

Erez, FYI, see below and attached (the IP section begins on slide 83).

---

**From:** Patrick Topper [mailto:ptopper@jefferies.com]
**Sent:** Tuesday, May 8, 2018 5:52 PM
**To:** Jeffrey Finger <jfinger@jefferies.com>; Real Leclerc <rleclerc@jefferies.com>; Dung Nguyen <dnguyen@jefferies.com>; Jeffrey Davis <jdavis1@jefferies.com>; Ryan Hamilton <rhamilton@jefferies.com>; Michael Gold <mgold@jefferies.com>; Ervis Vukaj <evukaj@jefferies.com>; Alex Kesselring <akesselring@jefferies.com>; Elizabeth Holmes <eholmes@theranos.com>; David Taylor <dtaylor@theranos.com>; Daniel Young <dyoung@theranos.com>; Chinmay Pangarkar <cpangarkar@theranos.com>; David Satchell <dsatchell@theranos.com>; John McChesney <jmcchesney@theranos.com>; Hao Tung <htung@theranos.com>; Shuster, George <George.Shuster@wilmerhale.com>; Strickland, Thomas <Thomas.Strickland@wilmerhale.com>; Davies, Christopher <Christopher.Davies@wilmerhale.com>; tcarroll@perkinscoie.com; mcalxelro@perkinscoie.com; slubezny@perkinscoie.com
**Subject:** Project Cardinal - Updated Draft CIM

All,

Attached is the latest draft of the Project Cardinal CIM. As a reminder, the book will not be distributed in this format, rather we will be sending each party a curated selection of slides from this deck depending on their interests / fit.

Please let us know if anyone has any comments / questions / concerns as we intend to begin circulating at some point tomorrow.

Best,

**Pat Topper**
**Investment Banking**
Jefferies LLC
520 Madison Avenue
New York, NY 10022
Tel: 212.336.1190 | Email: ptopper@jefferies.com

Jefferies archives and monitors outgoing and incoming e-mail. The contents of this email, including any attachments, are confidential to the ordinary user of the email address to which it was addressed. If you are not the addressee of this email you may not copy, forward, disclose or otherwise use it or any part of it in any form whatsoever. This email may be produced at the request of regulators or in connection with civil litigation. Jefferies accepts no liability for any errors or omissions arising as a result of transmission. Use by other than intended recipients is prohibited. In the United Kingdom, Jefferies operates as Jefferies International Limited; registered in England: no. 1978621; registered office: Vintners Place, 68 Upper Thames Street, London EC4V 3BJ. Jefferies International Limited is authorized and regulated by the Financial Conduct Authority.

Highly Confidential
Subject to Non-Disclosure Agreement

# theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Disclaimer

This confidential information memorandum (“CIM”) has been prepared by Theranos, Inc. (“Theranos” or the “Company”) for the exclusive use of the party to whom the Company delivers this CIM (such party, together with its subsidiaries and affiliates, the “Recipient”). This CIM has been prepared solely for informational purposes. Theranos expressly disclaims (i) any representation or warranty, either express or implied, as to the accuracy, completeness or reliability of the information contained in this presentation and (ii) any and all liability relating to or resulting from the use of this CIM.

The Recipient should not construe the contents of this CIM as legal, tax, accounting or investment advice or a recommendation. The Recipient should consult its own counsel and tax and financial advisors as to legal and related matters concerning the matters described herein, and by accepting this CIM, the Recipient confirms that it is not relying upon the information contained herein to make any investment decision. This CIM does not purport to be all-inclusive or to contain all of the information that the Recipient may require to make an investment decision.

This CIM contains material, non-public information concerning the Company. The Recipient acknowledges that the Company considers this CIM and all information contained herein to include confidential, sensitive and proprietary information. The Recipient agrees that it shall use reasonable precautions in accordance with its established procedures to keep the CIM and all information contained herein confidential and shall not use any such information for any purpose other than evaluating the Recipient’s participation in the transaction referred to in this CIM. This confidentiality undertaking is intended to be for the benefit of the Company and is enforceable by the Company.

This presentation shall not constitute an offer to sell or the solicitation of an offer to buy securities of Theranos, nor shall there be any offer or sale of such securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

2

Highly Confidential
Subject to Non-Disclosure Agreement

# Cautionary Note Regarding Forward-Looking Statements

This presentation and the accompanying commentary contain “forward-looking” statements that are based on Theranos’ current expectations and projections of future events and trends that Theranos believes may affect its business, financial condition, operating results and growth prospects. Forward-looking statements include all statements other than statements of historical fact, including, but not limited to, statements regarding Theranos’ future performance; its expected achievement of milestones in future periods; future growth in its business; the outcome of any ongoing or nonoccurrence of any future investigations, regulatory actions or legal proceedings; the availability of any regulatory approval process for Theranos’ products or the outcomes of its regulatory submissions; Theranos’ expectations regarding research and development, completion of clinical studies, and the demand for its products, product features, and services; and Theranos’ management’s statements related to business strategy, plans, and objectives for future operations.

Forward-looking statements are subject to substantial risks, uncertainties and other factors, including, but not limited to, Theranos’ ability to develop its technology and receive regulatory approvals for its use; the willingness of credible institutions to conduct peer reviews of Theranos’ technology; its ability to obtain consumer confidence in and scientific acceptance of its technology; the possibility that further testing will discredit the preliminary scientific observations which form the basis of the scientific information contained in this presentation; the outcome and impact of investigations, regulatory actions and legal proceedings on Theranos’ business; the potential failure of its technology to perform or be developed as expected; changes in the technology, laws and regulations in the industries in which Theranos competes and its ability to respond to such changes; the availability of financing for its business; its limited operating history, which makes it difficult to predict future results; and its ability to protect its intellectual property. These factors may cause actual results, events, or circumstances to differ materially from those described in any forward-looking statements.

You should not rely upon forward-looking statements as predictions of future events. Any forward-looking statements relate only to events as of the date on which the statements are made. Theranos undertakes no obligation to update any forward-looking statements to reflect events or circumstances after the date of this presentation or to reflect new information or the occurrence of unanticipated events, except as required by law.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

3

Highly Confidential
Subject to Non-Disclosure Agreement



# Introduction

Highly Confidential
Subject to Non-Disclosure Agreement

# Company Snapshot

Theranos' mission is to make actionable diagnostic information accessible to everyone at the time it matters

- Theranos has worked to design and manufacture miniLab, an innovative diagnostic testing device
  - Would employ a broad range of processing and detection methodologies within a single platform ("multi-modal")
  - Would offer rapid, cost-effective testing on small samples
- Would aim to replace traditional clinical laboratory testing services over time by:
  - Designing consumables to accommodate complete ordering patterns for a given call point
  - Commercializing a broad test menu associated with multiple detection methodologies
  - Distributing miniLab diagnostic testing platform technology across inpatient and outpatient settings
- We've built an extensive IP portfolio covering the miniLab platform, including capillary sample collection, hardware, assays and software inventions

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab Platform Overview

## miniLab would provide end-to-end technology-enabled lab testing in a distributed setting

**Sample Collection Devices (SCD) & Sample Collection Unit (SCU)**

- Single-use disposable blood collection device used to collect a skin-puncture blood specimen

**Assay Cartridges**

- Assays would be optimized for small sample analysis across a range of sample types and test methods, including rapid, near-patient analysis
- Cartridge would contain the chemistries and consumables required to execute protocols and process test results across methodologies

**miniLab**

- Single system with multiple detection and processing technologies embedded, capable of dynamically executing protocols for a range of analytes run in a clinical laboratory

**Theranos Virtual Analyzer (TVA)**

- Capable of centralized oversight and management of the miniLab devices and consumables, as well as QC services, user authentication, assay protocols and test results
- Decision support allowing for more actionable data

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Development Road Map

Theranos envisions a 4-phase medium term road-map to address the opportunity to be a market-leading technology company in laboratory services

**Phase 1** Proof of Concept → **Phase 2** Expand into Community Centers, P.O.s and Retail Locations → **Phase 3** Expand into the Health System and Hospitals → **Phase 4** Expand into Homes

| | | | | |
|---|---|---|---|---|
| Guiding Strategy | Execution | Commercialization | High Growth | Future Innovation |
| Product Focus | Zika | Infectious Disease | Routine Testing | Wearables / Ingestibles |
| Commercial Goals | Sell and distribute first commercial product on miniLab | Penetrate additional markets via expanded test portfolio | Fully decentralize routine lab testing services through miniLab | Next-gen consumer-focused technologies |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Phase 1: Establish Proof-of-Concept With miniLab 4.1

## miniLab 4.1 proof-of-concept could be established in remote settings where lab infrastructure is compromised

- The miniLab Zika Nucleic Acid Amplification (NAA) EUA assay would be the initial product launch and commercial focus
  - International clearances and distribution planned to follow FDA EUA process
- Channel strategy would be utilization of qualified distributors in targeted regions
  - Select channel partners in U.S. and Latin America with track-records of success in deploying in-vitro diagnostics (IVDs)
- Initial training and technical support programs would leverage existing R&D resources and expertise
  - Deploy a “train-the-trainer” program with distributors in target markets
- Product study in decentralized settings in Puerto Rico to demonstrate value proposition
- Multiple pricing models could be evaluated to maximize commercial adoption
  - Outright instrument purchase plus consumable sales strategy fits best with initial distribution model

*Once established in the market, focus on Phase 2 launch of additional tests to further address unmet needs in infectious disease and other categories of molecular diagnostics*

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Phase 1: Zika Nucleic Acid Amplification (NAA) Assay

- This assay would be for the qualitative detection of RNA from Zika virus in individuals meeting CDC Zika virus clinical and epidemiological criteria
  - Theranos prioritized the development of the assay for use first with human serum and urine, and ultimately capillary whole blood (collected via finger-stick)
- The assay would reside on a single-use disposable cartridge that is inserted into the Theranos miniLab 4.1 test system
- Theranos aims to be the first-to-market testing system that gives users the ability to process multiple sample types using a single consumable
- This assay would act as the first commercially distributed miniLab product and would also demonstrate the device's molecular testing capabilities

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Phase 2: Expand Into Onsite Testing Markets With miniLab 5.0

## Commercialize an expanded test portfolio on the miniLab platform, advanced capabilities for broad commercial sales, manufacturing, and distribution

- Advance the commercialization of miniLab with an expanded test menu and iterative product performance enhancements to penetrate a broader customer base

- Enter into Physician Office Laboratories (POL) and retail locations through call point strategy
  - Combine molecular assays with others that satisfy the ordering pattern for a practice type e.g., CBC, CMP, etc.

- Current assay product categories under consideration would leverage Theranos' molecular testing expertise and expand multi-modal capabilities:
  - Sexually Transmitted Infections (STIs), Bacterial & Viral
  - Fevers of Unknown Origin
  - Respiratory Infections
  - Hospital Acquired Infections (HAIs)
  - Antibiotic resistance testing
  - Drug Levels and Pharmaco-Diagnostics (Rx-Dx)

- Evaluate additional qualified distributors for new geographies and newly targeted customer segments, including primary care, health clinics, and urgent care/retail health

- Scale the sale, manufacturing, and distribution of miniLab to execute on U.S. and international deployment

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Phase 2: miniLab 5.0 Multi-modal Roadmap Concepts

HIV
Viral load
Immunoassay
Cytometry
Repeat with other ID where applicable
Utilize molecular for HIV viral load and therapy decisions
HIV screening assay
TBNK cell analysis
HPV, HSV quant & qual capabilities
Febrile Illnesses
Molecular
Immunoassay
Cytometry
Repeat with other ID where applicable
DENV, CHIKV, ZIKA
FLU, ORV
CBC
Bacterial, Viral

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Phase 3: Expand Into the Health System and Hospitals Market

## Complete development and launch of a more extensive and lower cost miniLab with the goal of fully decentralizing routine clinical lab testing services

- Develop and launch the next-generation miniLab platform to realize Theranos' vision of decentralized lab testing services, capable of providing comprehensive lab testing on small samples within a patient visit
  - Enter by replacing satellite labs currently focused on CBC Chem testing and dramatically reduce overall costs, while allowing remote oversight and analysis of data being collected at satellite sites
  - Requires faster sample-to-result turnaround time and expanded test portfolio that delivers clinically actionable assay performance across multi-modal testing methodologies to cover routine, frequently ordered tests
  - Implement decision support software systems e.g., LIS, mobile, Socrates, etc. which will not only facilitate decentralization of lab testing but also allow for more actionable data
- Build upon customer base and sales channels established in Phases 1 & 2, with emphasis on additional office-based outpatient clinicians and health systems & hospitals
  - Become the first “lab” to successfully serve outpatient and inpatient settings

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Market Overview

Highly Confidential
Subject to Non-Disclosure Agreement

# Point of Care Diagnostics Is a Large Market with Favorable Dynamics

Point of care represents 11%, or $6+ billion, of the ~$57 billion global IVD market

**2016 Worldwide IVD Market**

Point of Care
($6.2bn)
11%
IVD Market
$56.5bn

- Recent innovation in POC testing is driving quicker results and better diagnoses for patients
- Key growth drivers are a focus on personalized medicine and efforts to reduce the length of hospital stays
- The ability to perform more customized tests and receive results sooner enables patients to quickly begin treatment and more accurately determine when they are able to leave the hospital
- Large opportunity for CLIA-waived systems
  - Standard MDx POC services are restricted to hospital labs or other moderate-to-high complexity labs
  - CLIA-waived services can be performed closer to patients in locations such as local pharmacies, sexual health clinics, physician's offices and emergency rooms

Source: Market Diagnostics International.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# The Laboratory Testing Market is Experiencing Favorable Tailwinds

## The U.S. lab testing industry is a $79 billion market, of which almost 60% is hospital based

**2016 U.S. Lab Testing Market**

POL and Other 7%
Hospital Inpatient 37%
Independent Labs 34%
Hospital Outreach 22%
Lab Testing Market $79.0bn
Hospital Affiliated (59%)

- Given the confluence of health reform, regulatory and reimbursement changes impacting delivery of care, hospitals have been forced to re-think their lab operating strategies
- Over the past few years consumers, employers, health insurers and government institutions have been focusing on detection, prevention and personalized care to improve patient health and reduce costs
  - Research and development activities in genomics and advancements in medical technology have spurred interest in, as well as demand for, personalized medicine that relies on diagnostic and prognostic testing
- Growth of automated clinical laboratories is driving increased productivity, improved experimental data quality and reduced laboratory process cycle times

Source: Wall Street research.

Highly Confidential
Subject to Non-Disclosure Agreement

# The Industry Is Moving Toward a Multi-Modal Approach

In order to move testing closer to the patient / physician, it is important for platforms to offer a broad test menu via a multi-modal testing approach

Traditional Platforms
Beckman DxH800
Hematology
Roche Cobas 4800
Molecular
Siemens Immulite 1000
Immunoassay
Siemens ADVIA 2400
Chemistry

**Multi-Modal Approach**

- ✓ A multi-modal platform integrates the disciplines commonly found in physicians office labs in a single unit
- ✓ Enables a number of novel paradigms in clinical testing to improve standard of care e.g., eliminating unnecessary follow-on visits
- ✓ Ability to develop assay panels based on clinical utility instead of testing modalities

Source: Health Advances analysis and company website.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Significant Advantages for Clinicians, Administrators and Patients

A multi-modal approach is the "holy grail" of POC diagnostics and would facilitate entry into the lab services market

| Value Driver | Description |
|---|---|
| **Streamline Practice Workflow** | • Close more cases same-day<br>• Minimize administrative burden |
| **Reduce Labor Costs** | • Reduce or eliminate need for phlebotomy and lab techs, lowering head count or reallocating time |
| **Improve Patient Experience** | • Reduce travel burden by eliminating pre-visit labs at centralized facilities<br>• Minimize physical and psychological trauma |
| **Open New Revenue Streams** | • Allows practices to perform tests and secure reimbursement rather than be sent to reference labs |
| **Improve Outcomes** | • Take clinical action sooner than possible under current turnaround time<br>• Increase adherence with IVD orders by ensuring sample is collected<br>• Facilitates earlier detection through increased access |
| **Reduce Adverse Events** | • Preserve blood volume for neonates, avoiding transfusion<br>• Reduce bruising and fainting associated with venipuncture |

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab Solution

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab Solution Overview

Theranos miniLab is conceived as a rapidly deployable miniature clinical lab system that is designed to be highly automated and require minimal operator training

- Designed for low sample volumes of less than 200ul
- Sample types would include Whole Blood, Serum, Plasma and Urine
- Whole blood samples could utilize EDTA and Li Heparin anti-coagulants

- CLIA-waivable
- Highly automated
- Barcode-controlled
- Multi-modality (clinical chemistry, immunoassay, hematology, molecular)
- Would be based on standard IVD technologies

Nanotainer
Cartridge
Instrument
Data Systems

- Flexible configuration allows for multiplexing across modalities
- Controls with every run
- Would accept multiple sample types in one run

- Potential for access to protocol library
- Bidirectional connection with EMR/LIS
- Would provide for remote performance monitoring, documentation, and release of results
- Would assist in usage tracking and inventory management
- Could facilitate billing

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab System Value Proposition

When fully developed and commercialized, the miniLab system would have a compelling value proposition

1) **Multi-modal**
   - Configurable to satisfy the complete ordering pattern

2) **Rapid result**
   - Goal is to reach sample-to-result turn around time sufficient to provide within visit results

3) **CLIA-waivable**
   - Fully decentralized routine lab testing platform

4) **Reduce sample draw volumes for vulnerable patient populations**
   - Benefits for neonates and patients who need frequent testing, such as for monitoring treatments

*Supported by an integrated data ecosystem with roadmap to decision support*

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Sample Collection Device

Highly Confidential
Subject to Non-Disclosure Agreement

# Collection Systems

| | |
|---|---|
| Description | - Small volume collection devices<br>- Non venous whole blood collection<br>- Anti-coagulant technology including integrated EDTA and Li Hep<br>- Whole Blood Cell / Plasma separation through membrane method<br>- Other matrices including serum, plasma, urine and feces<br>- Simple to operate devices that enable consistent performance by non-certified operators |
| Value Proposition | - Enables a better patient experience<br>- Reduces cost of sample acquisition<br>- May improve sample integrity<br>- Facilitates better access to samples |
| Current Status | - Several designs completed thru concept and feasibility phase<br>- Pilot scale manufacturing molds / equipment designed and fabricated<br>- Process description for anti-coagulant coating process<br>- 39 US patents filed and issued |
| Path Forward | - Complete Product Development, Verification / Validation and Manufacturing Transfer |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Challenges and Design Considerations for Capillary Blood Collection

| Challenges | Theranos Design Considerations |
|---|---|
| Hemolysis | • Capillary tube material selection<br>• Shape and diameter of capillary tubes and needles<br>• Anti-coagulant coating |
| Clotting | • Fill volume indicators<br>• Anti-coagulant concentration<br>• Rapid mixing of sample with anti-coagulant |
| Altered cell morphology | • Optimized and consistent anti-coagulant concentration |
| Repeatability and Bias | • Standardized and well-designed collection procedure |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Theranos Capillary Sample Collection Devices

| Collection Device | Description | Status |
|---|---|---|
| BTD 1.0 | Simple capillary blood collection device designed for transfer of the sample immediately after collection, i.e. no storage. Designed for collection of 20uL of $K_2$-EDTA anticoagulated whole blood. | - Used only with instrument versions 3.0 and earlier.<br>- Used for proof-of-concept customer trials with a pharmaceutical company partner. |
| CTN 1.0 | Designed for simultaneous collection of $K_2$-EDTA and Li-Hep whole blood. Sample collected in evacuated Nanotainers and could be stored. Designed for collection of up to 60uL on the EDTA side and 40uL on the Li-Hep side. | - Went through several iterations of prototypes and sample quality evaluations for comprehensive test menu. |
| CTN 3 | Device intended for collection of EDTA whole blood and Li-Hep *plasma* mainly to eliminate the need for centrifugation at the point of sample collection. 60uL EDTA and >35uL Li-Hep plasma. | - Went through several rounds of mold, membrane and process optimization.<br>- Key unresolved issues included optimization of membrane coating process to reduce rate of hemolysis. |
| TSCD 1 | Device intended for collection of 160uL whole blood, with only one anticoagulant at a time. Evacuated nanotainers replaced by a syringe like system. Sample could be stored in nanotainers. | - Went through the most extensive characterization of all such devices.<br>- Used in clinical lab. >100,000 were manufactured from 2013 – 2015.<br>- 510(k) submission to FDA for general clearance across all assay types. Submission eventually withdrawn. |
| TSCD 3 | Device intended for collection of ~150 uL of whole blood, with one anti-coagulant at a time. Designed for ergonomic use. Better manufacturability, low shear stress on the sample, better integration with miniLab. | - Several rounds of prototype mold optimization.<br>- Studies performed to study anti-coagulant release with water.<br>- No studies with whole blood samples. |



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# CTN 3: Design and Operation*

Housing with striations

SCU

Cap Dowel

Membrane (Pall)

- Designed for direct plasma collection in the field – would obviate need for centrifugation, gel and allow plasma samples to be stored
  - Collects two samples in a single device:
  - Nanotainer Tube 1: li-hep plasma from membrane channel
  - Nanotainer Tube 2: EDTA whole blood from simpler capillary channel
- Technology
  - Utilizes microfluidic channels
  - Membranes are porous polysulfone material sourced from Pall
  - Coating process developed by Theranos with PEG and LIDA, this process was not fully developed
- Challenges
  - Finalize membrane coating process to prevent cell lysis during plasma separation
  - Scaling up the design to reduce cost and increase throughput

* Not currently in development
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# TSCD3: Design*

theranos
Collection Tube Filler
HIPS
Rendering coloration is for illustration purposes only
Protective cap to cover the tip
Housing
Polycarbonate
Activator
Polycarbonate
Secures the SCU and facilitates priming prior to collection
Collection Tube
PET
Collects the patient blood sample via anticoagulant coated capillary
SCU
PP
Removable storage device for the blood specimen
includes unique barcode for sample tracking
TPE
(Micronic) cap with slit septum to accept capillary tube and then seal

- TSCD3 collects ~ 175uL blood and allows recovery of ~150uL by miniLab

* Not currently in development
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# TSCD 1: Hemolysis Rates in Li-Hep Nanotainer™ Relative to BD Vacutainer Rates; EDTA Nanotainer™ Relative to BD Microtainer/Vacutainer

All measurements performed on HemoCue Plasma/Low Hb system.
Lipemic samples were filtered before analysis.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Data generated by Theranos R&D

Highly Confidential
Subject to Non-Disclosure Agreement

# TSCD 1: CBC Measurands on Nanotainer™: Precision

* Difference from zero for the proportional bias with respect to subject-matched vacutainer samples, $P < 0.05$.
† Difference compared to values from conventional (non-standardized) collection, $P < 0.05$.
‡ Difference compared to Theranos Collection, $P < 0.05$.
Theranos Collection is a standardized protocol that specifies or controls several key parameters that affect sample quality

Data generated by Theranos R&D

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# TSCD 1: CBC Measurands on Nanotainer™: Bias

proportional median bias
5
0
−5
−10
−15
EDTA BD Microtainer
EDTA BD Microtainer & Theranos collection method
Nanotainer™ & Theranos collection method
Bias goal
WBC
RBC
HGB
HCT
MCV
MCH
MCHC
RDW
PLT
MPV

* Difference from zero for the proportional bias with respect to subject-matched vacutainer samples, $P < 0.05$.
† Difference compared to values from conventional (non-standardized) collection, $P < 0.05$.
‡ Difference compared to enhanced collection, $P < 0.05$.
Bias goals are shown as dotted horizontal bars (minimum: RBC, HGB, HCT, MCV, and MPV; desirable: WBC, MCH, MCHC, RDW, and PLT)

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Data generated by Theranos R&D

theranos

29

Highly Confidential
Subject to Non-Disclosure Agreement



# miniLab 4.1 System

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 System Design

- miniLab is a single miniaturized platform that contains the technologies for a range of different assay methods, all with components designed to replicate the methods known in a clinical laboratory, but in a distributed setting

- The miniLab system is the result of hundreds of engineers' and scientists' work over many years

- miniLab is designed to process small sample volumes across a range of sample matrices, including capillary samples and small samples of venous blood

  - The detection modules support a variety of test methods

    - Molecular
    - Immunoassay
    - Hematology
    - Clinical Chemistry

- The system is modular, allowing for the ability to customize and house a range of detection and processing units in a single platform

- miniLab is just 2.5 cubic feet in size



This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 Multiplex Architecture

- The architecture was designed to facilitate multiplexing within modalities and across modalities
- Key design attributes enabling multiplexing:
  - Reagents for individual assays packaged in discrete vessels limiting the risk of assay incompatibilities
  - Almost all assays are optically measured in discrete, single-assay dedicated wells
  - Different modalities use different optical detection modules, reducing scheduling conflicts across modalities
  - Consumables are single use, thus mitigating cross-assay contamination risks
  - Shared resources, such as the pipette, are designed to process multiple assays in parallel with 4 individually-actuated pipetting channels
  - Device assay protocol schedules are flexible, which facilitates the handling of the diverse needs of multiple assays and multiple modalities with respect to assay timing requirements

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 System Designed To Minimize Risk

**System architecture designed to minimize the risk of contamination and carry-over**

- No part of the device is designed to come in contact with the sample being processed
- Processing tips have liquid-barrier filters to prevent liquid from touching the pipette nozzles
- DNA and RNA amplification are performed under oil and wax barriers
- All consumables are single use (single sample and single assay (where applicable))
- On board controls for molecular assays are designed to detect any amplicon or sample carry-over

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 Software and Electronics Modularity

**Hardware Modularity**

- Communication via a rapid synchronous SPI link (Serial Peripheral Interface)
- Concurrent two way data communication from each module
- universal PnP architecture- multi-threaded/asynchronous processing

**Software Modularity**

- Pluggable modules/components are discovered dynamically by protocol execution engine (PXE) when the device starts up
- Minimal changes to add and remove components

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 System Overview

Thermal System
Spectrophotometer
Camera
Material Handling Robot
Fluorescence-based
Isothermal detector
Thermocycler*
Luminometer
& Fluorometer
Centrifuge
Sonicator
Cartridge
Cytometer*

* Could be configured with either the cytometer or the thermocycler

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Overview of Key Innovations to miniLab 4.1

## Designed for future support of a broad test menu

Versatile robotic end-effectors and liquid handling requirements

Different reagent types and assay methods

Different detection modalities

Diverse toolbox of processing steps and automation

Modular hardware, electronics and software architecture

## Designed for CLIA-waiver [1]

Sample to answer

Adaptable workflow for capillary and whole blood

No complex fluid handling, bulk reagents or waste on device

Detection and/or assessment of sample quality (HIL), short samples, bubbles etc. using image analysis

Remote viewing of instrument results with TVA

Remote monitoring by Theranos or distributor of errors with TVA

On-board internal controls where necessary (eg NAA)

1. CLIA-waiver granted for previous version of miniLab only for HSV-1 IgG. No CLIA-waived products on v4.1

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1:
# Miniaturization and Integration of Detection Systems

**Fluorescence-based Isothermal Detector**

Molecular Biology:

**Status:** Through feasibility and development; ready to enter verification and validation

**Luminometer & Fluorometer**

Immunochemistry:

**Status:** Received 510k and CLIA-waiver for HSV-1 assay on previous iteration of miniLab; no material hardware changes from that prior version for miniLab 4.1, however, 4.1 will use proteins on beads as compared with proteins directly on the consumables in the prior version

**Cytometer**

Hematology & Immunology:

**Status:** In development stage

**Spectrophotometer**

Clinical Chemistry:

**Status:** Through feasibility and development; conducted an external study with UCSF but have not completed full verification and validation

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Images not to scale

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1: Miniaturization and Integration of Processing Modules

Camera
Material Handling Robot
Cartridge
Sonicator
Thermocycler
Centrifuge

*All sample preparation is automated and conducted onboard the device*

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Images not to scale

  
Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1: Next Generation Fluid Handling and Robotics

## Multi-faceted 4th Gen. Material Handling Robot Allows Versatility

- Multiple volumes simultaneously
- Transports consumable end effectors
- Transfers fluids
  - Accuracy = 2 µL ± 2.0%
  - Precision = 2.75% CV at 2 µL
- Most fluid transfers in existing protocols are >3 uL

| Nozzle type | Type 1 capacity 20uL | | Type 2 capacity 60uL | |
|---|---|---|---|---|
| Volume (uL) | 5 | 20 | 20 | 60 |
| Total Error | 1.6% | 0.7% | 1% | 0.73% |

4.2”
3.5”
6.9”

Fluid transfer characterization performed using Artel MVS, a NIST-traceable dual-dye ratiometric system

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1: Image Analysis Is Used for Automated In-Process Controls and Quantitative Analysis

Volume detection and measurement

Hematocrit measurement

Detection of bubbles

HIL indices
(work in progress, performance not established)

Segmentation of multi-channel fluorescence microscopy images
- Auto-focus
- Cell morphometry, fluorescence measurement
- Detection of consumable registration features
- Detection of anomalies: scratches, bubbles, dust, lint
- Quantitative corrections: Light source non-uniformity, scatter
- Normalization across fluorescent channels
- Compensation

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Miniaturized Multi-Modal Detection Technology in miniLab 4.1

Highly Confidential
Subject to Non-Disclosure Agreement

# Molecular Biology: Nucleic Acid Amplification (NAA) Modules

**Fluorescence-based Isothermal Detector**

2.5”
5.4”
13.1”

Excitation LEDs
Optical Filters
Excitation beam
Sample Vessels in Isothermal Block 8 X 8
Fluorescence
Fluorescence Signal
Time
Photodetectors

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Molecular Biology:
# Isothermal Detector Specifications

| Specification | Theranos |
|---|---|
| Sensitivity | LOQ = 25uL of 2.5uL Nile Blue ref dye @ SNR>50 |
| Number of parallel reactions | 64 |
| Typical read volume | 25uL |
| Reaction Temperature | 65±2 C |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



Highly Confidential
Subject to Non-Disclosure Agreement

# Molecular Biology: Thermocycler Module

Lid, with actuator arm to bias the reaction vessels into the heat block
Aluminum heat block
Can be ramped up at 7°C/s
In liquid, max ramp rate is 2.5°C/s
Heat sink
Fan
Air
Slots for 4 PCR tubes (made in-house)
Rxn is 50uL with 30uL oil on top
TEC (Peltier)
insulating plastic

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Molecular Biology: Thermocycler Module Specifications

| Specification | Theranos 4.1 |
|---|---|
| Number of reactions | 4 |
| Reaction volume | 80 uL |
| Temperature range | 37 – 98 °C |
| Temperature accuracy | ±0.5°C |
| Ramp rate | 1.2 – 2°C/s |
| Time per cycle | ~87 sec |
| Fluorescent channels | N/A |
| Optical sensitivity | N/A |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Molecular Biology:
# Zika RNA Assay with Venous Serum Compared to a Comparator* Method

| | Theranos/ Comparator | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Negative percent agreement | 108 / 113 | 95.6% | (90.1%, 98.1%) |
| Positive percent agreement | 67 / 67 | 100% | (94.6%, 100.0%) |

Venous Serum (N=180)
- 78 from US (healthy and febrile subjects)
- 102 from Dominican Republic and Colombia (Zika symptomatic)

* Altona RealStar Zika Virus RT-PCR Kit

Study performed by Theranos on an earlier version of the miniLab 4.1 TC and with an earlier version of the Zika RNA Assay.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Immunochemistry: Luminometer

Highly Confidential
Subject to Non-Disclosure Agreement

Fluorometer
Luminometer
2.2”
3.7”
2.4”
theranos

Luminometer

Microtip

Collection mirror

Photodetector

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Luminometer: Specification Comparison

| Specification | Theranos | Spectramax M5 |
|---|---|---|
| Sensitivity | LOQ = 500fW | LOD ~ 10aW |
| Sensitivity | ~800 amol ATP/well | ~300 amol ATP/well |
| Linear range | 6 logs | 8 logs |
| Peak detection wavelength | 450nm | 420nm |
| Typical sample volume | 10uL | ~60uL |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Immunochemistry: Assay Method for HSV-2 IgG

Sample dilution (10x)
Sample incubation with capture beads (5 min)
wash 1x
Detection conjugate incubation with capture beads (10min)
wash 3x
Substrate incubation with capture beads
Read chemi-luminescence
Phase separation method
S N
Dispense out liquid phase
Photon measurement method
PD
Collection mirror

Method details

- 2.7 um super-paramagnetic beads coated with in-house developed HSV-2 gp antigen
- Detection conjugate is AP-conjugated anti-human IgG (2C11)

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Immunochemistry:
# HSV-2 IgG Measurements compared to a Comparator* Method

| | Theranos/ Immunoblot | Percent Agreement | 95% Confidence Interval |
|---|---|---|---|
| Negative percent agreement (specificity) | 127 / 127 | 100% | (97.1%, 100%) |
| Positive percent agreement (sensitivity) | 71 / 75 | 94.7% | (87.1%, 97.9%) |

Archived venous serum samples from intended use population.

* FOCUS HerpeSelect Immunoblot

Other industry standard assays approved by FDA: K120625, K090409, K081687

Study performed by Theranos on an earlier version of the miniLab 4.1

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Hematology and Immunology: Cytometer

Automated imaging cytometer
3 Lasers, 5 Emission Filters

6.1”
19.4”
11.8”
Slide containing multiple samples
Ringlight for dark field illumination
Fluorescence excitation light sources (laser diodes)
Objective lens
Imaging system optics (filters, lenses, mirrors)
Excitation system optics (filters, lenses, mirrors)
Camera

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Hematology and Immunology: Cytometer Specifications

Highly Confidential
Subject to Non-Disclosure Agreement

| Specification | Theranos | BD Fortessa |
|---|---|---|
| Sensitivity | <200 MESF PE | <50 MESF PE |
| Spectral channels | 8 | 8 |
| Linear range | 4 logs | 5 logs |
| Lateral resolution | <2um | NA |
| Typical sample volume | 4-10uL | 100-200uL |
| Throughput | 100 cells/sec | 5000 cells/sec |
| Morphology | Direct | Indirect |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Hematology: Assay Method for TBNK – Sample Processing

CD3$^+$T cells
CD4$^+$ T cells
CD8$^+$ T cells
CD19$^+$ B cells
CD56$^+$/CD16$^+$ NK cells
Two reaction tubes stained on-board
Lyse erythrocytes and fix leukocyte
Load samples on imaging cuvette
Acquire images. Measure cell scatter and fluorescence using image analysis software. Classify into sub-classes using clustering algorithms.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.



Highly Confidential
Subject to Non-Disclosure Agreement

# Hematology: Assay Method for TBNK – Image Processing

CD8+ Cell
CD4+ Cell
Image segmentation
MONO
LYM
T CELLS
CD4+
CD8+
DN
DP
CD14
CD45
CD3
CD4
SSC
CD8
Scatterplot reviewable by trained personnel

Pseudocolor image of T-cell image with select staining shown. **CD4 in green**, **CD8 in magenta**, **CD3 in blue, Nucleus in Red.**

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos 54

Highly Confidential
Subject to Non-Disclosure Agreement

# Hematology: Lymphocyte Subset: Evaluation of Analytic Error

| Analyte (cells/µL) | miniLab Total Analytical Error | Allowable Total Error[1] |
|---|---|---|
| Total T cells | 6.7% | < 19.8% |
| $CD4^{+}$ T cells* | 10.8% | < 19.6% |
| $CD8^{+}$ T cells | 9.2% | < 21.4% |
| B cells | 10.3% | < 26.1% |
| NK cells | 14.3% | < 35.8% |
| Lymphocytes | 6.1% | < 17.6% |

Total analytical error = median bias + 2 * within-laboratory CV
*CV of Low CD4 cell count was used in this calculation

[1] Clin Chim Acta, 2015;438:166-170; Ann Clin Biochem 1997;34:8-12
Study performed by Theranos on an earlier version of the miniLab 4.1.
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Clinical Chemistry: Spectrophotometer




- Measures absorbance across UV-visible spectrum
- Colorimetric and turbidimetric assays




This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Clinical Chemistry: Spectrophotometer Specification Comparison

| Specification | Theranos | Spectramax M5 |
|---|---|---|
| Spectral range | 325-755nm | 230-1000nm |
| Spectral accuracy | ±2.5nm | ±0.3nm |
| Spectral bandwidth | 10nm | 5nm |
| Measurement range | 0-2 OD | 0-4 OD |
| Absorbance noise (@ 0.5 OD) | 0.003 OD | 0.0075 OD |
| Read path length | 4mm | ~5mm(plate), 10mm(cuvette) |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

## Clinical Chemistry:
## Investigator Initiated Study with Lipid Panel on Theranos miniLab 4.1 by UCSF

- Study performed at UCSF by their researchers
- Study covers complete assay characterization from end-user perspective
  - Venous serum
  - Method comparison, Precision, Linearity, Interference and Sensitivity
- Overall, about 900 sample cartridges were used in this study
  - 98 % sample run completion
- Study completed

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Clinical Chemistry



Note: Some of the data points have been removed, complete details can be found in "Evaluation of a miniaturized clinical laboratory system for lipid analysis" by Kara L. Lynch from the Department of Laboratory, University of California San Francisco.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Clinical Chemistry: Method Comparison Results

| | Slope | Y-Intercept | R | Bias (%) |
|---|---|---|---|---|
| **Total Cholesterol** | | | | |
| miniLab vs. AVDI | 0.98 (0.97,1.00) | -0.2 (-2.8, 2.5) | 0.997 | -3.5 (-1.9%) |
| miniLab vs. Cobas | 0.99 (0.97,1.01) | 1.1 (-2.1, 4.2) | 0.995 | -0.9 (-0.5%) |
| **HDL Cholesterol** | | | | |
| miniLab vs. AVDI | 0.79 (0.75, 0.82) | 8.98 (7.16, 10.80) | 0.969 | -2.09 (-4.03%) |
| miniLab vs. Cobas | 0.75 (0.71, 0.80) | 11.50 (9.02, 13.99) | 0.936 | -1.18 (-2.30%) |
| **LDL Cholesterol** | | | | |
| miniLab vs. AVDI | 0.88 (0.85, 0.91) | 5.65 (1.86, 9.43) | 0.978 | -7.90 (-7.14%) |
| miniLab vs. Sekisui/Cobas | 0.95 (0.92, 0.98) | 4.34 (0.84, 7.84) | 0.981 | -0.99 (-0.96%) |
| **Triglycerides** | | | | |
| miniLab vs. AVDI | 0.99 (0.98, 1.00) | 1.4 (-0.3, 3.0) | 0.999 | 0.0 (0.0%) |
| miniLab vs. Cobas | 0.99 (0.98, 1.00) | -1.9 (-3.6, -0.1) | 0.999 | -4.1 (-2.5%) |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Clinical Chemistry: UCSF Externally Run miniLab – Precision, Sensitivity, and Linearity

| Analyte | Precision | | | | | | Sensitivity (mg/dL) | | Linearity | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean (mg/dL) | Within-day | Within-miniLab | Between-day | Between-miniLab | Reproducibility | LOB* | LOD* | Range (mg/dL) | Slope | Intercept |
| Total Cholesterol | 151 | 1.6% | 1.6% | 0.0% | 1.3% | 2.1% | 10 | 15 | 54 – 691 | 0.997 | 0.20 |
| | 245 | 1.2% | 1.3% | 0.4% | 0.7% | 1.4% | | | | | |
| HDL Cholesterol | 57 | 2.1% | 2.3% | 0.9% | 1.1% | 2.6% | 0 | 3 | 17 – 132 | 1.002 | 0.11 |
| | 50 | 2.5% | 2.6% | 0.8% | 0.8% | 2.7% | | | | | |
| LDL Cholesterol | 71 | 2.1% | 2.2% | 0.6% | 0.6% | 2.3% | 6 | 9 | 25 – 420 | 0.995 | -0.06 |
| | 158 | 1.3% | 1.3% | 0.2% | 0.3% | 1.3% | | | | | |
| Triglycerides | 120 | 1.7% | 1.7% | 0.2% | 2.2% | 2.8% | 3 | 9 | 17 – 949 | 0.992 | 0.20 |
| | 243 | 1.7% | 1.7% | 0.1% | 0.1% | 1.7% | | | | | |

*one statistical outlier removed using Grubbs test

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Cartridges

Highly Confidential
Subject to Non-Disclosure Agreement

# Cartridge Is Designed to Carry Samples and Reagents

- Single use
- On-board controls
- All reagents and waste onboard
- No tubing
- Barcode control

Cartridge Lid
SCU
Barcode
theranos
1.5”
3.5”
4.6”

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Cartridges Can be Customized to Assay Panels

Nanotainer
Touchoff pads
Reagents
Bulk reagents
Imaging slide
Mini tips
Reaction cuvettes
4.6”
3.5”
Tips and vessels
theranos

Lipid Cartridge

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 4.1 Software

# Product Software:
# miniLab GUI & Remote Review Application

Highly Confidential
Subject to Non-Disclosure Agreement

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# How miniLab Works: Theranos Virtual Analyzer

- Theranos Virtual Analyzer (TVA) is designed to enable central laboratory oversight and management of the miniLab devices and consumables, as well as QC services, user authentication, assay protocols and test results
- TVA would be used to allow clinical laboratories to perform remote analysis of samples collected and processed in distributed locations
- TVA Master could be hosted by Theranos and connect to Instance Servers, which could be hosted by either Theranos or our customers
- Instance Servers are multi-tenanted and can be behind firewall when hosted by our customers
- miniLabs would run both online (connected to Internet) or offline (disconnected from Internet) for a period of time
- Results could be processed and displayed locally, with past results available for viewing by customers on a separate application called Terminal

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Potential Digital Ecosystem for Distributed Devices

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Other Theranos Software

Highly Confidential
Subject to Non-Disclosure Agreement

# Software Decision Support Application: Socrates

**The Socrates application is an AI-powered lab test recommendation system**

- Enables rapid and rational selection of relevant lab tests for a given patient
    - For a given a set of patient signs and symptoms, Socrates uses AI algorithms to estimate the probability of a patient having certain medical conditions, and secondarily, the associated lab tests to drive clinical decision making
    - Also, given the patient demographics and medical history, Socrates would recommend clinically justified screening tests
- Socrates may be used to assist physician lab test selection
- In addition, Socrates may also be deployed to assist patients in selecting their own lab tests in direct-access lab market settings

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Regulatory Status

Highly Confidential
Subject to Non-Disclosure Agreement

# Regulatory and Quality Status

- July 2015 – FDA 510(k) approval of HSV-1 assay on then-current version of miniLab
- September 2017 – Theranos secures California Manufacturer's License
- March 2018 – Third-party notified body conducts audit of Theranos Quality System. Company understands that auditors will recommend issuance of the ISO 13485:2016 and MDSAP (Medical Device Single Audit Program) certification for the Theranos Quality System

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Assay Menu Enhancements & Future miniLab Systems



Highly Confidential
Subject to Non-Disclosure Agreement

# Product and Technology Roadmap

miniLab 4.1
• Intended for use in decentralized settings
• Commercialize Zika Urine/Serum assay
• Drive sales by launching additional NAA and IA assays targeted for the STI market
miniLab 5.0 System Enhancement
• Design a molecular-only instrument to perform rapid PCR based, sample-to-answer assays for 2-30 targets, i.e., targeted and syndromic panels
• Enhance design of the multi-modal platform to improve time to result while keeping consumable cost low
• Develop a broad test menu on 5.0 platform including CBC, CMP, and common immunoassays

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Comparison: miniLab 5.0 Concept vs Industry Leaders

| Specification | miniLab 5.0 Concept | Industry Leaders |
|---|---|---|
| Assay methods supported | Real-time RT-PCR *and* endpoint PCR with melt analysis | Either, not both |
| Time to result, 3-5 targets | 25 min | 20 - 90 min |
| Time to result, > 5 targets | 45 min | 60 - 70 min |
| LoD (copies / mL) | 10 | 10 |
| Instrument COGS | $ 9,000 | Selling Price: $12,000 - $38,000 |
| Test COGS | $ 5 (3-5 targets)<br>$ 10 (>5 targets) | Selling Price: $30 (3-5 targets)<br>Selling Price: $120 (> 5 targets) |
| User workflow | 1. User removes cartridge from packaging, sticks patient-ID accessioning sticker on the cartridge (optional).<br>2. User opens the cartridge port lid and loads sample tube or uses a transfer pipet to introduce the sample on the cartridge.<br>3. Scans the cartridge barcode and the sample barcode; then inserts the cartridge into the device. | |
| Hands-on operator time | 3 – 5 mins | Same |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Comparison: miniLab 5.0 Concept vs Industry Leaders

| Specification | miniLab 5.0 Concept | Industry Leaders |
|---|---|---|
| Extensibility | Each instrument is stand-alone. Multiple instruments can be connected to TVA server. | Same |
| Sample types | Whole blood, plasma, serum, urine, swabs etc | Same |
| Controls | On-board Assay Controls + Procedural + External | Variable |
| Regulatory class | Class II, Class III and CLIA-waived | Same |
| Connectivity | Bi-directional (HL7) LIS.<br>TSPU-TVA architecture enables remote oversight of instrument operation and review of results. | Bi-directional (HL7) LIS.<br>None of existing devices on the market allow remote oversight of instrument operation and review of results. |
| Cartridge storage | Room temp for 1 yr | Variable: ranging from 2-8°C to room temp |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

theranos



# miniLab 5.0: Conceptual Design – Molecular[(1)]

20 ½ D x 12 ¼ W x 10 ¼ H (inches)
Gantry same as v4.1: XY movement
Pipette same as v4.1, z and pump axis. nozzle capacities 250uL and 60uL
Rapid RT-PCR Module
Cartridge on a y-stage
Sonicator / mixer
Permanent magnet
Camera
z
y
x

onfidential
greement

1. The version shown here does not include microarray detection module
This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 5.0: Development – Molecular Only System

- Molecular Only System
  - Planned scope for Molecular Only 5.0 system includes capability to perform both small target panel (2-4) and large target panel (>10) testing
  - Planned assay menu scope includes STI panel for small target testing (CT / NG) but no assay menu for large target testing

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# miniLab 5.0: Development – Multi-Modal System

- Multi-modal System (CBC, CMP, Lipids, Fertility Panel, STI molecular tests)
  - The multi-modal system would include all of the Molecular Only 5.0 plus the Clinical Chemistry, Cytometer and Immunoassay modules
  - Planned assay scope
    - Molecular – STI, Flu A, B
    - CBC – 5 part differential
    - Clinical Chemistry – CMP
    - Immunochemistry – STI, Fertility Panel
  - Reagents for routine clinical chemistry assays would be purchased from an external partner and reformulated for miniLab 5.0

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

# Potential Test Menu Development Plan for miniLab 5.0 Multi-Modal System

Highly Confidential
Subject to Non-Disclosure Agreement

| Phase 1 | Phase 2 | Phase 3 | Phase 4 | Phase 5 |
|---|---|---|---|---|
| Zika | Infectious Disease/STD-2 | BMP | CMP | Abnormal Bleeding |
| CT/NG/TV/MG | Infectious Disease/STD-3 | CBC | Diabetes | CHFA |
| | | Hematology | Female Hormone | Inflammatory |
| | | Kidney | HIV | Respiratory |
| | | Lipids | Influenza | |
| | | | Liver | |
| | | | New OB Intake | |
| | | | Thyroid | |
| | | | Wellness | |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Product Development Staff – Engineering

Engineering Staff

- 40 Engineers, 26 Theranos employees and 14 on site contractors
- 4 with 10+ years Theranos experience and an additional 7 with 5+ years experience
- Systems team with experience developing Med Devices aligned with best Design Control practice

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Product Development Staff – Science & Assay

Scientific Staff

- 18 Total Scientists
- 7 PhDs, 10 at Staff or Senior Scientist level
- IVD development experience spanning Molecular, Cytometry, Immunochemistry and Chemistry modalities
- 4 Team members experienced in Computational Biosciences

David Satchell
SVP Product Development
Chinmay Pangarkar
Chief Architect
Daniel Young (C)
VP Comp BioScience
Jijumon Cheliserry
Director
Assay Dev
Pradeep Bhatta
Staff Scientist
Erez Galil
Sr Scientist
Comp Bio
Arvind Jammalamadaka
Sr Scientist Machine Learning
Lawrence Chen
Staff Scientist
Steven Gessert
Staff Scientist
Sample Prep
Cindy Chung
Staff Scientist
Mark Seddora
Sr Scientist
Vilma Medrano
Sr Research Assoc
Assay Discovery
Amanda Trent
Manager Assay Development
Devayani Bhave
Scientist
Acata Fenton
Sr Research Assoc
Kwesis Mercurius
Sr Scientist
Elaine Than
Scientist
Lorraine Tran
Sr Research Assoc
Assay Development
Curtis Schneider
Sr Scientist
Laboratory Management
theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Intellectual Property

Highly Confidential
Subject to Non-Disclosure Agreement

# Overview of Theranos' IP Portfolio – Areas of Innovation

Theranos has a large patent portfolio that covers technologies in many segments of the growing medical industry

As of May 3, 2018

Highly Confidential
Subject to Non-Disclosure Agreement

# Overview of Theranos' IP Portfolio

Theranos has a young and robust patent portfolio, with extensive US and international coverage

| Geography | Total |
|---|---|
| Other Int'l | 459 |
| United States | 329 |
| Europe | 162 |
| Mexico | 70 |
| Japan | 69 |
| China | 67 |
| India | 47 |
| WIPO / PCT | 13 |
| **Total Assets:** | **1216** |

As of May 3, 2018

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Theranos' US Patent Portfolio Is Young

Theranos has a young patent portfolio, with US expiration dates that extend into the 2030's for many patents

Source: Innography, independent analysis. Includes active US grants (Patent data provided as of March 27, 2018).

theranos



Highly Confidential
Subject to Non-Disclosure Agreement

# Theranos Portfolio Innography Strength Ranges

Source: Innography, independent analysis. Includes active grants (patent data provided as of March 27, 2018).
Strength Ranges are based on Innography's proprietary algorithm designed to identify (objectively) the strength of a patent.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Top 20 Assignees with Theranos' Top 10 Class Codes

## Theranos dominates its innovation classes

| Theranos' Top 10 CPC with Description | Asset Count * |
|---|---|
| G01N0033530400: Reaction Vessels | 58 |
| G06F0019343700: Medical Simulation Or Modelling | 46 |
| G01N0033569830: Viruses | 37 |
| A61B0005073000: Intestinal Transmitters | 32 |
| G01N0021760000: Chemiluminescence Bioluminescence | 31 |
| G01N0033542000: With Steric Inhibition Or Signal Modification | 29 |
| G01N0033860000: Involving Blood Coagulating Time Or Factors, Or Their Receptors | 29 |
| G01N0035106500: Multiple Transfer Devices | 24 |
| H04N0005232220: Computer-aided Capture Of Images | 24 |
| H04L0043081100: Arrangements For Monitoring Or Testing Packet Switching Networks Networking Arrangements Or Communications Protocols For Supporting Networked Applications For Tracking The Activity Of The Application User | 17 |
| Other* - Miscellaneous | 521 |

| Rank | Ultimate Parent | Asset Count |
|---|---|---|
| 1 | Unassigned | 442 |
| 2 | **Theranos Inc. (incl. Theranos IP Company, LLC)** | **321** |
| 3 | Hitachi, Ltd. | 305 |
| 4 | Siemens AG | 230 |
| 5 | Sysmex Corporation | 181 |
| 6 | Roche Holding Ltd. | 142 |
| 7 | Olympus Corporation | 131 |
| 8 | Proteus Digital Health, Inc. | 83 |
| 9 | Danaher Corporation | 79 |
| 10 | Toshiba Corporation | 65 |
| 11 (tie) | Johnson & Johnson | 61 |
| 11 (tie) | Heartflow Inc | 61 |
| 13 | Abbott Laboratories | 59 |
| 14 | FUJIFILM Holdings Corp | 56 |
| 15 | Meso Scale Technologies LLC | 53 |
| 16 | Medtronic plc | 52 |
| 17 | Thermo Fisher Scientific Inc. | 51 |
| 18 (tie) | Panasonic Corporation | 45 |
| 18 (tie) | University Of Jinan | 45 |
| 20 | Koninklijke Philips NV | 42 |

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Selected Hardware, Software and Detection Technology Patents

## Theranos' core technologies enjoy robust patent protection

Capillary collection device with two different anticoagulants
US 9,427,184
US 9,636,062
Method of sample collection and transport
US 9,386,948
Nucleic acid amplification
US 9,551,027
US 9,416,387
Theranos assays
US 9,347,867 (ESR)
US 9,389,229 (Aggregation)
US 9,500,639 (Coagulation)
Method of using swab sample and blood sample
US 9,529,976
Theranos cytometry cuvette
US 9,395,302
US 9,513,224
Method of sending an assay protocol from an external device
US 8,283,155
Method of adding a reagent to an assay unit using a protocol sent from an external device
US 8,697,377

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Theranos miniLab System – Sample Processing Unit and Selected Patents

Detecting at least two analytes using a small fluid sample (500µL or less) and at least 10 fold dilution
US 9,012,163
System for performing general chemistry assays on a small fluid sample (200µL or less) and using a plurality of cuvettes
US 9,012,163
Pipette apparatus with adjustable fluid path length
US 8,475,739
Multi-detector system with controlled convective air flow and a filtered outlet
US 9,645,143
US 9,810,704
Thermal System
Spectrophotometer
Camera
Material Handling Robot
Fluorescence-based Isothermal detector
Thermocycler(1)
17¾”
Luminometer & Fluorometer
High-sensitivity optical sensor
US 9,515,618
Sonicator
Theranos sonicator
US 9,359,632
US 9,885,729
Centrifuge
Small centrifuge
US 9,128,015
US 8,840,838
22”
13½”
Cartridge
Detecting at least two analytes using an all-in-one cartridge with multi-dilution
US 9,285,366
US 9,588,109
Cytometer(1)
Multi-detector system with cytometer, sample prep and other modules
US 8,435,738
US 9,250,229

(1) Could be configured with either the cytometer or the thermocycler.

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# Theranos Patent/Technology Mapping

| Technology | US Patent | Classification |
|---|---|---|
| Multi-Analysis | 9810704 | 506/009000 |
| | 9719990 | 506/009000 |
| | 9645143 | 506/009000 |
| | 8822167 | 435/007920 |
| | 9121851 | 435/007920 |
| | 8697377 | 435/007920 |
| Assay | 9546394 | 435/011000 |
| | 9347867 | 073/061680 |
| | 9500639 | 435/013000 |
| | 9494521 | 435/007210 |
| | 9916428 | 435/006120 |
| | 9389229 | 435/005000 |
| Sample Collection | 9877674 | 600/575000 |
| | 9636062 | 600/575000 |
| | 9427184 | 600/575000 |
| | 9795929 | 210/490000 |
| | 9908113 | 422/535000 |
| | 9386948 | 600/575000 |
| Sensors | 9515618 | 250/21400R |
| | 9784670 | 359/201100 |
| | 9835548 | 436/165000 |
| | 8435738 | 435/006100 |
| | 9250229 | 422/501000 |

| Technology | US Patent | Classification |
|---|---|---|
| Sample Preparation | 9359632 | 422/128000 |
| | 9885729 | 435/034000 |
| | 9128015 | 422/072000 |
| | 8840838 | 422/072000 |
| Cartridge / Consumables | 9952240 | 506/009000 |
| | 9529976 | 435/006120 |
| | 9285366 | 435/007920 |
| | 9588109 | 435/007920 |
| | 9395302 | 422/082050 |
| | 9513224 | 422/082050 |
| Software / Disease Modeling | 9460263 | 703/006000 |
| | 8862448 | 703/006000 |
| | 8538774 | 705/002000 |
| | 8265955 | 705/002000 |
| Microfluidics | 9303286 | 435/287200 |
| | 9176126 | 436/180000 |
| | 9131884 | 435/287200 |
| | 9075046 | 422/100000 |
| | 8883518 | 436/518000 |
| | 8778665 | 435/287200 |

This technology has not been cleared or approved by the FDA and is not for sale in the United States.

Highly Confidential
Subject to Non-Disclosure Agreement

# The Landscape: Theranos, Abbott, and Siemens

theranos



Highly Confidential
Subject to Non-Disclosure Agreement

# Healthcare Spending Is Extremely High, and Growing

- Global healthcare spending expected to increase from $7.83 trillion in 2013 to $18.28 trillion by 2040 (Institute for Health Metrics and Evaluation)
- US Healthcare Spending was $3.2 trillion in 2015 (Center for Disease Control and Prevention)
- As of 2015, US Healthcare spending growing at 6.5% annually (PricewaterhouseCoopers)

## Molecular POC Market CAGR Data (2015-2020)[1]

| | |
|---|---|
| Molecular POC Market for Respiratory Tract Infections | 69.3% |
| Molecular POC Market for Women's Health and Sexual Health | 65.7% |
| Molecular POC Market for High-Burden Diseases (HIV, TB, Hepatitis, etc.) | 193% |
| Molecular POC Market or GI Pathogens, HAIs and Bloodstream Infections | 42.4% |
| Molecular POC Market for Non-Infections Diseases | 40.3% |

(1) Source: Kalorama Information, Molecular Point of Care Diagnostics (March 2016)

Highly Confidential
Subject to Non-Disclosure Agreement

# Value Proposition of Theranos' IP Portfolio

## There are numerous potential ways to monetize the value of Theranos' IP portfolio

- The IP Portfolio covers technology that Theranos views as central to POC / Diagnostic devices
  - Coverage over technology the market uses, and reason to believe certain patents are being infringed
  - Many years until patent terms expire
- Third-party analyses project strong growth in the POC market
- Global POC market valued at $23.5 billion in 2016 and expected to reach $40.5 billion by 2022, with CAGR of around 10% between 2017 and 2022[1]
- POC Diagnostics Market to reach $36.9 billion by 2021, at CAGR of 9.8% from 2016 to 2021[2]

| Approach to Monetization | Description | Commentary |
|---|---|---|
| Development | ▪ Acquire the freedom to operate and opportunity to commercialize a wide range of technologies<br>▪ Potential to "own" the space for certain categories | ▪ Potential development opportunities include<br>– Distributed diagnostic testing<br>– Assays<br>– Ingestibles |
| Defensive | ▪ Block the competition from operating or commercializing specific technologies | ▪ Does not require on-going development expenditures<br>▪ Ability to countersue as part of defense of third party patent suits |
| Revenue Generation | ▪ License technology to parties developing products in the POC / Dx market<br>▪ Seek to enforce potential infringement claims against those practicing in areas covered by patents in the portfolio | ▪ Only a subset of the IP portfolio and the universe of potential infringers has been evaluated<br>– Revenue opportunity may be significantly larger |

(1) Source: Zion Market Research
(2) Source: MarketsandMarkets

Highly Confidential
Subject to Non-Disclosure Agreement

# Potential Infringement Claims

- Theranos' investigation to date reveals 10 companies with products on the market (or nearing market introduction) that it has a good faith reason to believe are infringing its patents
  - The relevant patents cover a variety of technological fields
- Certain products that may be infringing the patents may individually generate as much as $1.8 billion or $2.3 billion during the life of the relevant patents

Based on research and analysis performed to date; not a representation or guarantee that any company is infringing Theranos' patents, that litigation would be successful, or that the revenue and royalty estimations/projections provided herein are accurate or achievable through monetization.

Highly Confidential
Subject to Non-Disclosure Agreement

# BioFire FilmArray

- BioMerieux acquired BioFire for over **$450 million** in 2014
  - BioMerieux Fire reported in January 2017 that: "Molecular biology **revenues rose 43 percent . . .** driven primarily by FilmArray revenues"

- FilmArray Revenues have increased at a rapid pace:
  - Reported €12 million ($13.6 million) in relevant product sales worldwide for 1stQ `14; annualized that would amount to $54.4 million in revenue
  - Reported €249 million ($282 million) in relevant product sales worldwide in 2016
  - Reported €368 million ($455 million) in relevant product sales in 2017

- BioMerieux reports that 30% of it's sales occur in North America
  - But BioFire is a U.S company and so its North America sales may be a higher percentage

Highly Confidential
Subject to Non-Disclosure Agreement

# Potential Royalty Revenue Opportunity: BioFire FilmArray

- Estimated Past Revenue Base (2013-2017) = $244.7 million
- Estimated Future Revenue Base (2018-mid-2026) = $1,580.9 million
- Total Estimated Revenue Base = $1,826.5 million

| Estimated Licensing and Revenue Opportunity (US): | Estimated Licensing and Revenue Opportunity (Foreign): |
|---|---|
| 6% Royalty = $109.5 million | 6% Royalty = $82.2 million |
| 8% Royalty = $146.0 million | 8% Royalty = $109.5 million |
| 10% Royalty = $182.6 million | 10% Royalty = $136.9 million |
| 12% Royalty = $219.1 million | 12% Royalty = $164.3 million |
| **Estimated Licensing and Revenue Opportunity (US + Foreign)** | |
| 6% Royalty = $191.7 million | |
| 8% Royalty = $255.6 million | |
| 10% Royalty = $319.5 million | |
| 12% Royalty = $383.4 million | |

Based on research and analysis performed to date; not a representation or guarantee that any company is infringing Theranos' patents, that litigation would be successful, or that the revenue and royalty estimations/projections provided herein are accurate or achievable through monetization. Non-US revenues assumed to equal 75% of US revenues.

Highly Confidential
Subject to Non-Disclosure Agreement

# Summary of Total Potential Royalty Revenue Opportunity (Companies A – J)

- Estimated Past US Revenue Base = $594.2 million
- Estimated Future US Revenue Base = $5,429 million
- Total Estimated US Revenue Base = $6,023 million

| Estimated Licensing and Revenue Opportunity (US): | Estimated Licensing and Revenue Opportunity (Foreign): |
|---|---|
| 6% Royalty = $361 million | 6% Royalty = $236 million |
| 8% Royalty = $483 million | 8% Royalty = $315 million |
| 10% Royalty = $602 million | 10% Royalty = $394 million |
| 12% Royalty = $722 million | 12% Royalty = $472 million |

| Estimated Licensing and Revenue Opportunity (US + Foreign) |
|---|
| 6% Royalty = $597 million |
| 8% Royalty = $797 million |
| 10% Royalty = $996 million |
| 12% Royalty = $1,195 million |

Based on research and analysis performed to date; not a representation or guarantee that any company is infringing Theranos' patents, that litigation would be successful, or that the revenue and royalty estimations/projections provided herein are accurate or achievable through monetization. Non-US revenues assumed to equal 75% of US revenues.

Highly Confidential
Subject to Non-Disclosure Agreement

# Lost Profits Damages May Be Available (Abbott Version)

| | Estimation of Potential Lost Profits (US Only, Historical) | Estimation of Potential Lost Profits (US Only, Future) | Estimation of Total Lost Profits (US Only) |
|---|---|---|---|
| BioFire | $51.39 million | $331.99 million | $331.99 million |
| Companies A-J | $124.78 million | $1.14 billion | $1.26 billion |

Based on the following additional assumptions, in addition to the targets' revenue estimations/projections:

- BioFire has 5% market share
- Abbott (including Alere and Abaxis) have 40% market share
- Profit Margin = 50%

Not a guarantee of lost profits calculation, or their availability. For discussion and illustrative purposes only.

theranos

Highly Confidential
Subject to Non-Disclosure Agreement

# Lost Profits Damages May Be Available (Danaher Version)

| | Estimation of Potential Lost Profits (US Only, Historical) | Estimation of Potential Lost Profits (US Only, Future) | Estimation of Total Lost Profits (US Only) |
|---|---|---|---|
| BioFire | $12.85 million | $82.99 million | $95.84 million |
| Companies A-I | $28.35 million | $264.76 million | $293.11 million |

Based on the following additional assumptions, in addition to the targets' revenue estimations/projections:

- BioFire has 5% market share
- Danaher (including Radiometer) has 10% market share
- Profit Margin = 50%

Not a guarantee of lost profits calculation, or their availability. For discussion and illustrative purposes only.

Highly Confidential
Subject to Non-Disclosure Agreement

# Lost Profits Damages May Be Available (Roche Version)

| | Estimation of Potential Lost Profits (US Only, Historical) | Estimation of Potential Lost Profits (US Only, Future) | Estimation of Total Lost Profits (US Only) |
|---|---|---|---|
| BioFire | $18.99 million | $122.72 million | $141.71 million |
| Companies A-J | $46.12 million | $421.43 million | $467.55 million |

Based on the following additional assumptions, in addition to the targets' revenue estimations/projections:

- BioFire has 5% market share
- Roche has 10% market share
- Profit Margin = 50%

Not a guarantee of lost profits calculation, or their availability. For discussion and illustrative purposes only.

Highly Confidential
Subject to Non-Disclosure Agreement

# Disclaimers / Understanding The Assumptions At Work

- This slide deck provides an estimate of revenue opportunities, which is intended for Theranos' internal assessment of its IP
    - Analysis is based on limited available information and assumptions based on licensing trends and historical experiences
    - Except as noted, based largely on information available in Fall of 2017, updated as available in early 2018
    - The quality of public information—and therefore the quality of estimates—varies between target companies
    - Neither Theranos nor Perkins Coie represents that these revenue figures or projections are accurate
- The figures and analysis herein are being presented for discussion purposes only
    - You should not rely on the figures or analysis contained herein, or any statements made by Perkins Coie or Theranos related thereto
    - Rather, you should conduct your own analysis of the revenue opportunities and perform your own research regarding revenues
    - Later discussions are presumed to be at arms' length

Highly Confidential
Subject to Non-Disclosure Agreement

# Disclaimers / Understanding The Assumptions At Work

- This analysis is based on potential infringement claims identified to date
- We are continuing to assess infringement reads against other companies, and related licensing opportunities
- Accordingly, this analysis may understate the full revenue opportunity presented by Theranos' portfolio
- We continue to monitor the market and search for relevant information regarding product revenues; we reserve the right to supplement or modify the revenue figures provided herein
- We have excluded, for purposes of this analysis, the potential for damages enhancements and recovery of attorneys' fees