# Exhibit J

| **From:** | Carrie Sin <csin@fortress.com> |
| **Sent:** | Friday, June 15, 2018 12:07 PM |
| **To:** | Erez Levy <elevy@fortress.com> |
| **Cc:** | James Palmer <jpalmer@fortress.com> |
| **Subject:** | RE: IP Presentation |
| **Attach:** | Fortress Intellectual Property Opportunities Fund Marketing Book (Jan 2018).pptx |

Sure attached

From: Erez Levy
Sent: Friday, June 15, 2018 3:06 PM
To: Carrie Sin <csin@fortress.com>
Cc: James Palmer <jpalmer@fortress.com>
Subject: IP Presentation

Carrie - can you please send me the latest ip fund pitch you have in PowerPoint format.  Thanks, Erez

Erez Levy
Managing Director
Intellectual Property Finance Group

Fortress Investment Group
One Market Plaza
Spear Tower, 42nd Floor
San Francisco, CA 94105

(415) 284-7454 (w)
(415) 284-7402 (f)
elevy@fortress.com<mailto:elevy@fortress.com>



EXHIBIT 190
E. LEVY
9/24/19
JOANNE ICHIKI
CSR No. 11560

FORTRESS HIGHLY CONFIDENTIAL

FIG00002942

SEC-DEPO-004639

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Opportunities Fund I

January 2018

All information contained herein is qualified in its entirety by the disclaimer on the next page of this document. Interests in funds managed by affiliates of Fortress Investment Group LLC (together with its affiliates, "Fortress") are offered through Fortress Capital Formation LLC, a member of FINRA and an affiliate of Fortress. This Presentation was prepared and is being distributed by non-EU affiliates of Fortress.

FORTRESS

ml1

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Disclaimers and Risk Factors

*Certain fund risk factors.* The Fund's investment program of making opportunistic intellectual property related investments involves significant risks, many of which are uncertain and outside of Fortress's control. These risk factors include, among other things, the Fund's dependence on key individuals, general economic, political and capital market conditions, limited liquidity of investments, increased government intervention and restrictions that could adversely impact the investments made in the Fund, risks related to borrowers (including, without limitation, borrower fraud and the financial stability of borrowers or the underlying collateral), risks inherent in global investments, including political, social and economic uncertainty, as well as interest rate, credit prepayment, and counterparty risks. The investment program also involves risks associated with IP related investments, including among other things, uncertainty as to market values of patented technologies, reliance on successful and timely patent enforcement activities and litigation, new legislation, interpretations or rulings that could materially impact the value of patents or related expenses, and reliance on the ability of Fortress to analyze complex technologies and patent portfolios and identify issues during the due diligence. Fortress also manages a variety of other pools of capital and the Fund will not have the exclusive right to any investment opportunity and, therefore, Fortress may have a potential conflict of interest with respect to the allocation of a given investment opportunity. Investors should carefully review the Fund's Offering Documents for a more comprehensive description of risk factors related to an investment in the Fund.

*Target Returns.* The target return stated herein is a leveraged, gross investment return target and does not take into account the promote, management fees or other expenses. Actual net returns to investors will be lower as a result of these expenses. Actual net investor returns will be reduced by these amounts. The target returns are premised on a number of factors, including, without limitation, prior investments made by certain Fortress managed funds and the opportunities that the Fortress Credit Funds team is currently seeing and/or expect to see in the future in the marketplace, which are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. There can be no assurance that the assumptions made in connection with the target returns will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of the target returns herein should not be regarded as an indication that Fortress or any of its representatives consider the target returns to be a reliable prediction of future events and the target returns should not be relied upon as such. Neither Fortress nor any of its representatives have made or make any representation to any person regarding the target returns and none of them intends to update or otherwise revise the target returns to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying the target returns are later shown to be incorrect.

*Estimated Returns.* Estimated returns contained in the Presentation are based on a variety of estimates and assumptions by Fortress, including, among others, estimates of future operating results, the value of assets and market conditions at the time of disposition, the value of patents owned by the companies in which the funds invested, the probability of successful patent enforcement and litigation efforts and related expenses, the monetization of patents held by the underlying portfolio companies, and the timing and manner of disposition, other realization events, or litigation outcomes. Such estimates and assumptions are generally based on, among other things, analysis of the attributes of the patent portfolios and individual patents (including quality, remaining patent life, previous litigation and licensing activity), and analysis of potential patent infringement and related damages (including number of potential companies in the market to which the particular patents relate, revenues of infringing companies). Such analysis may be performed internally or with the assistance and input of third party legal counsel, consultants or other firms with specialized experience relevant to the particular patents. However, these estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, legal, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. As a result, there can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of the estimated returns herein should not be regarded as an indication that Fortress considers such performance to be a reliable prediction of future events and the estimated returns should not be relied upon as such. Neither Fortress nor any of its representatives has made or makes any representation to any person regarding any forward looking statements and none of them intends to update or otherwise revise such statements to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying such forward looking statements are later shown to be in error. Additional information with respect to the specific assumptions used in connection with the estimated returns are available upon request.

*Track Record.* The Fortress Intellectual Property Track Record (the "Track Record") presented includes investments made by Fortress Credit Funds in Intellectual Property related investments, including the acquisition of patent portfolios, the equity of companies that own significant patent portfolios, loans to companies collateralized by their intellectual property and other assets, including loans with upside participation rights in the value of the intellectual property. The Track Record also includes corporate loans to companies with significant IP and loans to finance litigation related to patent infringement. Certain investments such as financing passive litigation are not expected to be a target asset class for the Fund. The Track record includes all investments described above made by Fortress Credit Funds since Eran Zur, Chief Investment Officer of the Fund, joined Fortress in February 2013. The Track Record includes investments that are consistent with the Fund's investment program, as described above, and made by the Fortress Credit Funds since that time and through the date indicated. The investments included in the Track Record represent a subset of investments made by certain Fortress Credit Funds, and such funds have investment programs that differ from the Fund's investment program. As a result, the returns are not reflective of the actual investment performance of any Fortress Fund. Please note that past performance is not a reliable indicator of future results and there can be no assurance that the performance of the Fund will be the same or similar to the performance shown for the Track Record. Furthermore, there can be no assurance that the performance of any fund with the same strategy as the IP Fund, had such fund existed during the time period of the Track Record, would have had the same or similar performance to the Track Record.



3

FIG00002945

SEC-DEPO-004642

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Disclaimers and Risk Factors

*Past performance.* In all cases where historical performance is presented, please note that past performance is not a reliable indicator of future results and should not be relied upon as the basis for making an investment decision.

*Limited liquidity.* An investment in the Fund will provide limited liquidity as there are significant restrictions on transferability of the Fund's securities and withdrawals from the Fund. It is not expected that a public or secondary market will develop for the Fund's securities. Further, there can be no assurance that a transfer would be approved even in the event a market does develop.

*Risk of loss.* An investment in the Fund will be highly speculative, and there can be no assurance that the Fund's investment objectives will be achieved. Investors must be prepared to bear the risk of a total loss of their investment.

*Not suitable for all investors.* An investment in the Fund may not be suitable for all investors. An investment in the Fund will be suitable only for certain financially sophisticated investors who meet certain eligibility requirements, have no need for immediate liquidity in their investment and can bear the risk of an investment in the Fund for an extended period of time.

*Regulatory.* The Fund is not subject to the same regulatory requirements as a registered investment company. In addition, the Fund may be subject to higher fees and expenses than other investment products, including registered investment companies.

*No reliance, no update and use of information.* You may not rely on the Presentation as the basis upon which to make an investment decision. To the extent that you rely on the Presentation in connection with any investment decision, you do so at your own risk. The Presentation does not purport to be complete on any topic addressed. The information in the Presentation is provided to you as of the dates indicated and Fortress does not intend to update the information after its distribution, even in the event that the information becomes materially inaccurate. Certain information contained in the Presentation includes calculations or figures that have been prepared internally and have not been audited or verified by a third party. Use of different methods for preparing, calculating or presenting information may lead to different results and such differences may be material. In addition, in certain instances some of the information contained herein may not be updated from prior periods due to legal and/or regulatory considerations.

*No tax, legal, accounting or investment advice.* The Presentation is not intended to provide, and should not be relied upon for, tax, legal, accounting or investment advice. Any statements of federal tax consequences contained in the Presentation were not intended to be used and cannot be used to avoid penalties under the Internal Revenue Code or to promote, market or recommend to another party any tax related matters addressed herein.

*Knowledge and experience.* You acknowledge that you are knowledgeable and experienced with respect to the financial and business aspects of the Presentation and that you will conduct your own independent investigations with respect to the accuracy and completeness of the Presentation should you choose to use or rely on the Presentation, at your own risk, for any purpose.

*Logos, trade names, trademarks and copyrights.* Certain logos, trade names, trademarks and copyrights included in the Presentation are strictly for identification and informational purposes only. Such logos, trade names, trademarks and copyrights may be owned by companies or persons not affiliated with Fortress or any Fortress managed vehicles and no claim is made that any such company or person has sponsored or endorsed the use of such logos, trade names, trademarks and copyrights in the Presentation.

*Distribution of the presentation.* Fortress expressly prohibits any redistribution of the Presentation without the prior written consent of Fortress. The Presentation is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use is contrary to law, rule or regulation.

*Confidentiality.* By accepting receipt or reading any portion of the Presentation, you agree that you will treat the Presentation confidentially. You are receiving access to certain information and materials generated by or relating to Fortress, which Fortress considers to be valuable, non-public, confidential and proprietary (any such information relating to Fortress, the "Confidential Information"). Such Confidential Information is being provided to you either (a) in your capacity as an existing investor in a Fortress fund and in accordance with the confidentiality provisions of the operating document of the Fortress fund in which you are an investor (if you are an investor of Fortress), or (b) under any confidentiality agreement which may exist between you and Fortress (if you are not an investor of Fortress), as applicable. As a condition to receiving Confidential Information, you agree to treat any such information (whether oral or written) for which you are provided access before or after the date hereof, by or on behalf of Fortress, in accordance with the provisions of the operating document or the confidentiality agreement as applicable to Confidential Information as defined thereunder, regardless of any expiration or termination of the Prior Confidentiality Agreement. The information contained herein is confidential and proprietary in nature and may include information protected by relevant federal and state law governing the protection of trade secrets.



4

FORTRESS HIGHLY CONFIDENTIAL

FIG00002946

SEC-DEPO-004643

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Country Specific Disclaimers

*Australia Legal Disclaimer.* The provision of this Presentation to any person does not constitute an offer of interests in a fund to that person or an invitation to that person to apply for interests in a fund. Any such offer or invitation will only be made by a current Information Memorandum (which is available solely on request), on an exclusively private basis and will only be extended to a person in Australia who is (i) a wholesale client for the purposes of section 761G of the Corporations Act 2001 (Cth) ("Corporations Act"), and (ii) a sophisticated or professional investor for the purposes of section 708 of the Corporations Act. This Presentation is not intended to be distributed or passed on, directly or indirectly, to any other class of persons in Australia. This Presentation is not a prospectus or product disclosure statement under Australian law. It is not required to, and does not, contain all the information which would be required in an Australian prospectus or product disclosure statement. It has not been lodged with the Australian Securities and Investments Commission ("ASIC"). As a prospectus or product disclosure statement is not required to be prepared or lodged with ASIC in respect of any security or related financial instruments referred to in this Presentation, any person to whom any security is issued or sold must not, within 12 months after the issue, offer, transfer, assign or otherwise alienate that security to investors in Australia except in circumstances where disclosure to investors is not required under the Corporations Act.

FIG LLC and its affiliates (collectively, "Fortress") is the sole issuer of this Presentation. Fortress (Australia) Pty Limited (ABN 47 111 940 713), an affiliate of Fortress, holds an Australian Financial Services License ("AFSL") (AFSL No. 392924) and no other person referenced in this Presentation holds an AFSL. The relevant affiliates of Fortress are exempt from the requirement to hold an AFSL under the Corporations Act of Australia in respect of the financial services. The relevant affiliates are regulated by the United States Securities and Exchange Commission under the laws of the United States which differ from Australian laws. To the extent that this document contains financial product advice, that advice is provided by Fortress (Australia) Pty Limited. The information in this document has been prepared without taking into account any investor's investment objectives, financial situation or particular needs. Before acting on the information the investor should consider its appropriateness having regard to their objectives, financial situation and needs. No cooling off rights apply to investments in the Fund.

*Hong Kong Legal Disclaimer.* The contents of this document have not been reviewed by any regulatory authority in Hong Kong. You are advised to exercise caution in relation to the offer. If you are in any doubt about any of the contents of this document, you should obtain independent professional advice from your broker, bank manager, solicitor, professional accountant, financial adviser, or other professional advisor. The interests of the fund(s) have not been authorized by the Hong Kong Securities and Futures Commission and no person shall issue or have in its possession for the purpose of issue, whether in Hong Kong or elsewhere, any advertisement, invitation or document relating to the interests in the fund(s) which is directed at, or the contents of which are likely to be accessed or read by, the public in Hong Kong (except if permitted to do so under the securities laws of Hong Kong) other than with respect to interests of the fund(s) which are or are intended to be disposed of only to persons outside Hong Kong or only to "professional investors" as defined in the Securities and Futures Ordinance (Cap.571) and any rules made under that ordinance. This document and the information contained herein may not be used other than by the person to whom it is addressed and may not be reproduced in any form or transferred to any person in Hong Kong except to such person's professional advisers for the sole purpose of having them assist such person in evaluating the information. Subscriptions will not be accepted from any person other than the person(s) to whom this document has been delivered.

*Distribution of this document in the European Economic Area ("EEA"):* As at the date of this document, the Fund has been notified, registered or approved, or an application for such approval has been submitted to the local regulator (as the case may be) in accordance with the local law/regulations implementing article 42 of the EU Alternative Investment Fund Managers Directive for marketing to professional investors into the following Member States of the EEA (each a "Member State"): United Kingdom, Sweden, and Finland.

*In relation to other Member States.* This document may only be distributed and units may only be offered or placed in any other Member State: (1) at the investor's own initiative; or (2) to the extent that this document may otherwise be lawfully distributed and the units may lawfully be offered or placed in that Member State.

*Additional restrictions in the United Kingdom.* The Fund is not a recognized collective investment scheme for the purposes of the Financial Services and Markets Act 2000 of the United Kingdom (the "FSMA"). The distribution of this document is exempt from the UK financial promotion restriction, in accordance with regulation 29(3) of the FSMA 2000 (Financial Promotion) Order 2005, on the basis that the distribution of this document complies with the conditions specified in regulation 50 of the UK Alternative Investment Fund Managers Regulations 2013. The content of this document has not been approved by an authorized person and such approval is, except where this document is distributed as specified above, required by section 21 of FSMA.

*Bermuda Legal Disclaimer.* Interests may be offered or sold in Bermuda only in compliance with the provisions of the Investment Business Act of 2003 of Bermuda which regulates the sale of securities in Bermuda. Additionally, non-Bermudian persons (including companies) may not carry on or engage in any trade or business in Bermuda unless such persons are permitted to do so under applicable Bermuda legislation.



5

FORTRESS HIGHLY CONFIDENTIAL

FIG00002947

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Fortress Funds Overview

- Fortress Investment Group LLC (together with its affiliates, "Fortress") was founded in 1998
- Fortress was acquired by SoftBank Group Corp. (9984:Tokyo) ("SoftBank") on December 27, 2017 and operates as an independent business within SoftBank
- Fortress offers a range of alternative investment strategies for institutional and private investors
- Headquartered in New York, Fortress has 969 employees across 13 offices worldwide[1]



FORTRESS INVESTMENT GROUP
$36.1 billion[1,2]

[1] As of September 30, 2017.
[2] Fee paying AUM as of September 30, 2017. Fee paying AUM is defined as: (i) capital commitments or invested capital (or NAV, if lower) for the private equity funds, credit PE funds and related managed accounts, which in connection with private equity funds raised after March 2006 includes the mark-to-market value on public securities held within the fund, (ii) contributed capital or book equity for our publicly traded permanent capital vehicles, (iii) the NAV for hedge funds and the NAV or fair value for related managed accounts, and (iv) AUM related to the affiliated manager and co-managed funds.

FORTRESS

6

FIG00002948

SEC-DEPO-004645

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# The Fortress Advantage[1]

**Fortress Credit team has a long-term track record and institutional framework for originating, sourcing and managing assets, portfolios of assets, and loans where there is a focus on downside protection and low volatility while seeking to achieve strong relative and absolute returns**

- Eran Zur (CIO of Fortress Intellectual Property Opportunities Fund I) and his team have deep patent industry experience including patent monetization as well as a strong track record of underwriting and structuring financial transactions in the space

- Peter Briger & Dean Dakolias (Co-CIOs of the Credit Funds) have extensive experience sourcing, underwriting and managing investments across multiple investment cycles and asset classes

- The Fortress Credit Funds team has invested over $100 billion of capital since the launch of the business in 2002, over $75 billion of which corresponds to the period starting with the 2008 credit crisis until today

- The Fortress Credit Funds business has a proven ability to source attractive investment opportunities across multiple asset classes and regions throughout market cycles

- We believe that the Fortress Credit Funds business has a robust infrastructure and operational capacity:

  - Over 460 professionals across 13 offices globally

  - Embedded deal flow, robust proprietary and third party deal sourcing networks promote repeat business

  - Substantial structuring experience honed through 14 years of credit underwriting and monitoring with an institutional culture of focusing on downside protection

[1] As of September 30, 2017.

 **FORTRESS**

7

FORTRESS HIGHLY CONFIDENTIAL

FIG00002949

SEC-DEPO-004646

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Executive Summary

**Fortress Intellectual Property Opportunities Fund I (the "IP Fund" or the "Fund") has been launched to invest in equity and debt IP-related investments**

- The Fund seeks to make opportunistic intellectual property ("IP") related investments, primarily by acquiring undervalued patent portfolios or acquiring all or a portion of undervalued companies where we believe that the value of the company's intellectual property is greater than the acquisition cost of the company itself

    - The Fund also seeks to opportunistically originate loans to companies collateralized by their intellectual property and other assets, some of which could include upside associated with the intellectual property

- Fortress believes current market conditions and the competitive environment for IP-related investments are increasingly compelling

- Fortress Credit Funds business has invested approximately $375 million in 30 IP-related investments since 2013, and has built a strong track record with estimated gross returns of 24.8% (estimated net return of 19.3%)[1]

- The Fund's CIO, Eran Zur, and his investment team have deep and granular experience investing in IP-related investments both at Fortress and in their previous roles

    - The IP Team (the "Team") consists of 13 professionals

    - The Team has a diverse set of skills and knowledge, including patent valuation, patent litigation, patent licensing, patent prosecution and corporate finance

- The Fund targets a gross IRR of at least 20%[2]

- It is intended that the Fund will be capped at $400 million of third-party capital



[1] As of September 30, 2017. Please refer to page 26 for details on the Fortress Intellectual Property Track Record. The estimated returns shown represents the estimated return over the life of the investments included in the Track Record and includes actual investment cash flows through the date indicated and estimated future cash flows subsequent to such date. The estimated net return assumes fees consistent with the Fund (1.75% management fee and 20% promote) and estimated fund expenses of 1% per annum. Actual net returns to investors of any Fortress managed fund could differ materially due to differences in timing and amount of capital called from and distributions to investors, investment pace, portfolio composition, application of a deal-by-deal waterfall model, varying management fee rates, fee waivers or discounts to which a particular investor may be eligible, and income taxes. Fund expenses vary over time and by fund, and there can be no assurance that the actual fund level expenses will be the same or similar to those used herein.
[2] The target stated above is a leveraged, gross investment return target and does not take into account the promote, management fees or other expenses. Actual net returns to investors will be lower as a result of those expenses. The Fund intends to employ a limited amount of leverage. The target returns are premised on a number of factors, please refer to the Targeted Return disclaimer in the front of this Presentation for more information.
See Disclaimers and Risk Factors at the front of this Presentation for important information regarding the contents of this slide.

**FORTRESS**

8

FORTRESS HIGHLY CONFIDENTIAL

FIG00002950

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Executive Summary (Continued)

| | |
|---|---|
| **UNMET NEED** | • Technology companies with strong and intrinsically valuable IP, but are unable to secure equity or debt via the traditional channels (e.g. banks, venture capital firms)<br>• Large companies with strong patent portfolios seeking to maximize value of these portfolios, but lack internal capabilities and financial wherewithal<br>• Growing number of late stage technology companies with limited liquidity options and a strong track record of developing patented technology |
| **LARGE UNTAPPED MARKET** | • Substantial number of mature companies with marquee patent portfolios seeking to monetize these portfolios<br>• A growing number of late stage technology companies with limited access to traditional sources of capital |
| **FORTRESS INNOVATION** | • Experienced and established process to value patents and expertise to monetize and/or enhance the value of patents |
| **NEW ASSET CLASS** | • Loans backed by high-value core patents across various industries |
| **COMPELLING RETURNS** | • We believe multiple income sources with rapid realization and low volatility have potential to result in a competitive return profile |
| **EXPERIENCED INVESTMENT TEAM** | • Team possesses deep experience in the patent industry across all functions; financing, legal processes and valuation |

Note: The above is illustrative and for discussion purposes only, and should not be relied upon in making an investment decision.

◇ **FORTRESS**

9

FORTRESS HIGHLY CONFIDENTIAL

FIG00002951

SEC-DEPO-004648

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Fortress Intellectual Property Senior Team

**Senior team has on average approximately 20 years of experience in the technology, finance, and IP monetization industries[1]**



[1] Years of experience represents the average years of experience for Eran Zur, Erez Levy, Joseph Kessler, and Ami Shah.
Note: The members of the Investment Committee and other Fortress investment professionals devote such time and attention to the conduct of the IP Fund as such business reasonably requires. Each of the above named professionals also devote time to other Fortress managed funds, and there can be no assurance, for example, that the members of the Investment Committee or such investment professionals devote any minimum number of hours each week to the affairs of the IP Fund or that any individual will continue to be employed by Fortress. Note, for so long as Pete Briger is a member of the investment committee, he will retain the ability to veto any individual investment to be made by the Fund.

FORTRESS

10

FIG00002952

SEC-DEPO-004649

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Investment Opportunity



FORTRESS

11

FORTRESS HIGHLY CONFIDENTIAL

FIG00002953

SEC-DEPO-004650

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# IP Fund with a Patent Focus

**A patent is a property right granted to an inventor to exclude others from making, using, offering for sale or selling the patented invention**



Trademarks

Copyright

Patents

Trade Secrets

Domain Names

**Patent Process Overview**

- A patent is requested by filing a written application at the relevant patent office

  Year 1

- After filing, an application is referred to as "patent pending." A patent cannot be enforced until granted, it serves to provide warning to potential infringers that if the patent is used, they may be liable for damages

- Once filed, a patent application is "prosecuted." A patent examiner reviews the patent application to determine if it meets the patentability requirements of the country

- Once granted the patent is subject in most countries to renewal fees to keep the patent in force

  Year 20

- Upon expiration, patent rights pass into the public domain

FORTRESS

12

FIG00002954

SEC-DEPO-004651

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## IP Fund with a Patent Focus (Continued)

**The Fund expects to primarily focus on technology related sectors but will also selectively invest in energy and life sciences sectors**



Note: The above is our current expectation. We expect to invest opportunistically as opportunities arise. The focus of the Fund may shift based on opportunities available.

FORTRESS

13

FORTRESS HIGHLY CONFIDENTIAL

FIG00002955

SEC-DEPO-004652

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Deriving Value from the Monetization of Patents

**The value of patents is derived primarily by enforceability**

- The value of a patent is determined by whether:
  - The patented technology is being used by others
  - The patent is written well enough that it can be enforced
- Typically, the patent owner seeks compensation for infringement (i.e. the use of the patented invention without permission) and seeks to prohibit future infringement
- Patent licensing agreements are contracts in which the patent owner agrees to grant the licensee the right to make, sell, and /or import the claimed invention, usually in return for compensation



FORTRESS HIGHLY CONFIDENTIAL

FIG00002956

SEC-DEPO-004653

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Patent Monetization Ecosystem

**The patent monetization market is complex and still evolving, but one in which value is determined by legal framework**



Note: Certain logos, trade names, trademarks and copyrights included above are strictly for identification and informational purposes only. Such logos, trade names, trademarks and copyrights may be owned by companies or persons not affiliated with Fortress or any Fortress managed vehicles and no claim is made that any such company or person has sponsored or endorsed the use of such logos, trade names, trademarks and copyrights in the Presentation.

**FORTRESS**

15

FORTRESS HIGHLY CONFIDENTIAL

FIG00002957

SEC-DEPO-004654

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Global Patent Market is Large and Growing

**Fueled by growth in new technologies, including computing, the Internet, and cellular communications, the global supply of patents has grown significantly in recent years**

- On an <u>annual basis</u>:
  - Over 1.8 million patent applications filed in the U.S., China and European Patent Offices
  - Over 725,000 patents issued in the U.S., China and European Patent Offices
- In recent years, China has been the largest contributor to the growth in the global supply of new patents. In the same period of time, China has dedicated the most resources to the development of new and innovative technologies





Source: WIPO IP Statistics Data Center as of February 2017.

**FORTRESS**

16

FIG00002958

SEC-DEPO-004655

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Speaker Notes for Slide 16

Need to find data about market; we can chat with Ami, maybe on of the law firms we work with can give us stats about filing of patents or outcomes. The RPX pres has some charts, anything we can use?

FORTRESS HIGHLY CONFIDENTIAL

FIG00002959

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# U.S. Legislation & Court Rulings Impacting Patent Enforcement

**The boom of technology in conjunction with the state of the U.S. legal system has led to a shift in the domestic patent enforcement legal and regulatory landscape in recent years**

- Over time, many companies began to view patents as risk that could inflict significant harm in the hands of early patent arbitrators ("NPEs") or competitors, rather than assets protecting their own inventions

- Given the staggering cost of defending a patent infringement action to conclusion — estimated to be within the $5 million range — settling was often the most rational course, regardless of a case's merits

- As the cost of these settlements began to increase for a handful of the largest technology companies, so did the political pressure exerted by these companies on Congress to change the patent system in favor of the infringers

- The impact of this lobbying, through legislation and case law, has created a system that allows for more "efficient" infringement in the U.S.

| Legislation / Ruling | Year | Overview | Impact |
|---|---|---|---|
| America Invents Act ("AIA") | 2012 | Introduction of a slew of new proceedings in the USPTO's Patent Trial and Appeal Board ("PTAB"), including *Inter Partes Reviews* ("IPRs"), which gives defendants in patent litigation an avenue to invalidate patents they have been accused of infringing in district court via administrative processes. | These proceedings have become known for their high invalidation statistics, approaching 67% as of January 2017[1]. Large companies are now able to challenge patents more cheaply and quickly with higher prospect of prevailing. |
| Alice Corp. v. CLS Bank Int'l ("Alice") | 2013 | The U.S. Supreme Court found a financial service software patent to be 'ineligible' for patenting since it merely claimed an abstract idea. The Court, however, failed to provide a bright-line test to determine patent eligibility. | Cast a shadow over the validity of many software patents that are an increasingly higher percentage of emerging technologies. |
| TC Heartland v. Kraft ("Heartland") | 2017 | The U.S. Supreme Court restricts companies to file suit in the state that the defendant is incorporated. Previously, suits could be filed wherever the company conducted business. | Fewer NPE cases will be brought in Texas, a favorite forum for NPEs, and more in Delaware, where more companies are incorporated. |

[1] Source: United States Patent and Trademark Office (USPTO) as of January 31, 2017.



FORTRESS

18

FORTRESS HIGHLY CONFIDENTIAL

FIG00002960

SEC-DEPO-004657

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Speaker Notes for Slide 17

We should include some bullets that talk about regulation/supreme court cases coming down the pipe, I've asked Ami for it

FORTRESS HIGHLY CONFIDENTIAL                                    FIG00002961

SEC-DEPO-004658

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## U.S. Legislation & Court Rulings Impacting Patent Enforcement (Cont'd)

**Recent changes occurring in the U.S. regulatory environment and Supreme Court decisions have resulted in a decline in domestic patent litigation despite growth in patent grants**

- The number of U.S. patent case filings declined again in 2016, continuing a downward trend from the high point in 2013, which marked the introduction of the USPTO's Patent Trial and Appeal Board ("PTAB")

- The decline in the number of cases over the last three years stands in contrast to the growth in the number of patents granted over the same period of time



**U.S. Patent Litigation Filings vs. U.S. Patent Grants**

Source: Judicial Facts & Figures (US Courts). Years are based on September year-end.

**FORTRESS**

20

FORTRESS HIGHLY CONFIDENTIAL

FIG00002962

SEC-DEPO-004659

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Speaker Notes for Slide 18

We should include some bullets that talk about regulation/supreme court cases coming down the pipe, I've asked Ami for it

FORTRESS HIGHLY CONFIDENTIAL

FIG00002963

SEC-DEPO-004660

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Early Patent Arbitrators (NPEs) Exiting the Patent Enforcement Market

**Given the lack of capital and sophistication, many early market NPE's are exiting the patent enforcement market to focus on other strategies**

- Patent revenue generating strategies exploited by NPEs that used to work no longer do. As a result, many of the early NPEs are exiting the patent enforcement market to focus on other opportunities

---

**Vringo changes name to FORM Holdings to emphasize operating businesses**

May 5, 2016

*The name change reflects Vringo's effort to distance itself from its failed strategy as a patent licensing company. "We believe that the name change will help further establish our identity as a diversified holding company and distinguish our parent company from our operating businesses."*

*(Source: Patent Investor)*

---

**Intellectual Ventures Stops Buying Patents**

April 13, 2017

*Intellectual Ventures has stopped buying patents on the secondary market based upon an 'investor driven decision.' Removal of this dedicated capital from the market likely means a continued depression of patent prices — especially for patents not directly tied to a product currently on the market.*

*(Source: Sherman IP LLP)*

---

**WiLAN Announces Corporate Developments and New Growth Strategy**

April 18, 2017

*WiLAN is acquiring International Road Dynamics, an Industrial IoT business...growth strategy will focus on acquiring technology companies in the Industrial Internet of Things segment across multiple verticals. "We will look at patent acquisitions but more and more we're not sure that investing significant amounts of capital in patents really makes sense for us."*

*(Source: Veritone)*

---

**Veritone Closes $50 Million Funding Agreement with Acacia Research, Resignation of CEO of Acacia Research Group LLC**

August 23, 2016

*Acacia Research diversified its investments in Q3 2016 by investing in startup Veritone in light of announcing its fourth straight year of negative earnings. In April 2017, Marvin Key, Chief Executive Officer of Acacia Research Group, a wholly owned subsidiary of Acacia Research Corporation that conducts patent licensing.*

*(Source: IAM Media)*

---

**Unwired Planet Divests Patent Licensing Business, Changes Name to Great Elm Capital and Merges with Full Circle Capital**

April 6, 2016

*Unwired Planet sells its patent portfolio to Optus UP Holdings. Great Elm Capital Group Inc. (GEC), the financial services company created by Unwired Planet Inc.'s decision to exit the patent monetization business, said it is merging with Full Circle Capital Corp. (FULL) to create a business development company.*

*(Source: Patent Investor)*

---

 FORTRESS

22

FIG00002964

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Speaker Notes for Slide 19

We should include some bullets that talk about regulation/supreme court cases coming down the pipe, I've asked Ami for it

FORTRESS HIGHLY CONFIDENTIAL

FIG00002965

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## The Opportunity for Sophisticated Patent Investors

**We believe current market conditions create an opportunity for sophisticated patent investors that are poised to succeed in today's patent monetization environment**

- New technologies have facilitated revolutions in computing, the Internet, and cellular communications, causing corporate patent portfolios to multiply. This has led to companies seeking to maximize value of their patent portfolios and convert their intellectual property programs from cost centers to profit centers .

### Market Forces

| Exit of NPEs | Technology Companies Selling Patents | Global Development of Patent Markets | Growing Number of Late Stage Tech Companies |

### Requirements to Succeed in Today's Environment

| Sufficient Capital | Global Presence | Multi-Disciplinary Team | Relationships & Experience | Flexibility |

### Opportunity

| Private Equity | Loans |
| --- | --- |
| • Growing supply of valuable patent portfolios available in the market<br>• Large number of companies with limited liquidity options, but strong technology and patent assets<br>• Attractive acquisition prices<br>• Fewer buyers | • Growing number of companies with limited access to traditional sources of capital<br>• Less options to extract value from patents<br>• Increased opportunity set from globalization of patent market<br>• Need for lower cost of capital alternatives |

✦ FORTRESS

24

FIG00002966

SEC-DEPO-004663

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Speaker Notes for Slide 20

We should include some bullets that talk about regulation/supreme court cases coming down the pipe, I've asked Ami for it

FORTRESS HIGHLY CONFIDENTIAL

FIG00002967

SEC-DEPO-004664

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## IP Fund Advantages

**We believe the Fund is well placed to capitalize on the opportunity for IP-related debt and equity investments in today's market**

| | |
|---|---|
| **GLOBAL PRESENCE** | • Global team with a long track record of investing across the capital structure and through economic cycles<br>• Strong experience investing and monetizing patents in a variety of jurisdictions<br>• The team has access to Fortress-wide infrastructure, including over 215 professionals dedicated to accounting, tax, treasury, risk management, legal, finance and operations[1] |
| **MULTI-DISCIPLINARY TEAM** | • Multi-disciplinary investment team comprised of technologist, IP professional and financial expertise<br>• Investment team has deep sector expertise in IP valuation and has been involved in the field for years<br>• The team has extensive experience in managing IP with operational complexity |
| **STRUCTURING FLEXIBILITY** | • Opportunity to acquire, invest alongside or lend to the patent owner<br>• Fortress can decide quickly whether or not to acquire or finance a particular portfolio or company |
| **RELATIONSHIPS & EXPERIENCE** | • Fortress's proprietary multi-faceted sourcing network and ability to execute complex transactions with speed and certainty often make it a first call<br>• Investment Team's long-standing relationships with industry participants including strategic buyers, operating companies, lawyers, investors and financial institutions<br>• The team is proactive in asset management, working with highly qualified industry partners, across multiple investments, often with capital at risk |

[1] As of September 30, 2017.



26

FIG00002968

SEC-DEPO-004665

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Track Record



FORTRESS HIGHLY CONFIDENTIAL                                                          FIG00002969

SEC-DEPO-004666

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Track Record[1]

**Successful track record with an estimated gross return of 24.8%[2] (estimated net return of 19.3%[2]) and total invested capital of approximately $375 million**

- Mark-to-market gross return of 8.4%[3] (net return of 5.4%[3]) assuming all the investments in the portfolio are liquidated as of September 30, 2017



Fortress Intellectual Property Track Record by Asset Class[4]

[1] As of September 30, 2017. "Fortress Intellectual Property Track Record" is defined on page 26 of this Presentation and includes investments made since the arrival of Eran Zur at Fortress in February 2013.
[2] Please refer to the disclaimer referring to estimated returns on page 26 of this Presentation.
[3] Please refer to the disclaimer referring to mark-to-market returns on page 28 of this Presentation.
[4] For discussion purposes only. The information provided above represents statistics of all investments included in the Fortress Intellectual Property Track Record since 2013. There can be no assurance that the Fund will achieve the same or similar performance diversification or asset class concentrations to the information shown above.

**FORTRESS**

28

SEC-DEPO-004667

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Track Record (Continued)[1]

## The IP Fund is expected to focus on Private Equity, Hybrid Loan, and IP Loan investments

Fortress IP Track Record
Breakdown by Category[2]



Hypothetical IP Fund
Breakdown by Category[3]



| Estimated Performance | | |
| --- | --- | --- |
| | Gross IRR | Gross Multiple |
| Private Equity | 35.9% | 2.4x |
| IP Loans | 15.9% | 1.3x |
| Hybrid Loans | 25.9% | 1.6x |
| Corporate IP Loans | 14.5% | 1.1x |
| Litigation Financing | 10.4% | 1.3x |
| Total Est. Gross Returns: | 24.8% | 1.7x |
| Total Est. Net Returns: | 19.3% | 1.3x |

| IP Fund Hypothetical Performance | | | | |
| --- | --- | --- | --- | --- |
| | Scenario 1 | | Scenario 2 | |
| | Gross IRR | Gross Multiple | Gross IRR | Gross Multiple |
| Private Equity | 25.0% | 2.0x | 30.0% | 2.5x |
| IP Loans | 17.0% | 1.4x | 17.0% | 1.4x |
| Hybrid Loans | 20.0% | 1.5x | 20.0% | 1.5x |
| Total | 23.0% | 1.8x | 27.0% | 2.1x |

[1] Please refer to the disclaimer referring to estimated returns and gross and net performance on page 26 of this Presentation.
[2] Based on invested capital as of September 30, 3017.
[3] Hypothetical portfolio breakdown and performance of the Fund is provided for discussion purposes only and is subject to change over time. The actual portfolio allocation and performance may differ materially. The hypothetical performance includes only two hypothetical scenarios but other scenarios are possible. The hypothetical performance scenarios are based upon current market conditions and estimated performance of the Fortress IP Track Record. The hypothetical performance is not a prediction of actual returns for the Fund and should not be relied upon as such. Notwithstanding the analysis included above, an investment in the Fund could result in a loss of some or all of invested capital. Please refer to Section IV "Summary of Principal Terms – Investment Strategy" of the Fund's Confidential Private Placement Memorandum for additional information.
Note: The above is our current expectation and we expect to invest opportunistically as opportunities arise. The focus of the Fund may shift based on opportunities available.

**FORTRESS**

29

SEC-DEPO-004668

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Track Record (Continued)[1]

## Track Record by Investment ($ in millions)

| Investment | Investment Date | Estimated Realization Date | Invested Equity | Estimated Gross Profit | NAV + Realized Proceeds | Estimated Gross IRR | Estimated Gross Multiple |
|---|---|---|---|---|---|---|---|
| **Hybrid Loans** | | | | | | | |
| Memory Subsystem Company | Jul-13 | Realized | $9.9 | $4.2 | $14.7 | 26.8% | 1.5x |
| Communication Solution Company | Oct-13 | Realized | $1.0 | $0.0 | $1.0 | 78.4% | 1.0x |
| Patent Licensing Company | Oct-14 | Dec-17 | $18.4 | $10.8 | $21.1 | 27.7% | 1.7x |
| Mobile Solution Company | Oct-14 | Realized | $10.2 | $6.7 | $17.0 | 26.4% | 1.7x |
| Patent Licensing Company | Oct-14 | Realized | $9.9 | $4.5 | $14.0 | 47.9% | 1.5x |
| Patent Licensing Company | Jun-15 | Jun-18 | $20.1 | $6.5 | $22.2 | 13.7% | 1.4x |
| Multi-Media Service Company | Feb-15 | Dec-18 | $6.9 | $6.6 | $7.1 | 20.5% | 1.9x |
| Broadband Solution Company | Nov-15 | Realized | $15.7 | $8.9 | $21.7 | 37.0% | 1.4x |
| Patent Licensing Company | May-16 | Nov-19 | $5.9 | $6.4 | $6.8 | 37.5% | 2.1x |
| Patent Licensing Company | May-17 | Jun-21 | $9.8 | $15.6 | $10.0 | 35.8% | 2.2x |
| **Total** | | Dec-18 | $105.9 | $25.3 | $138.7 | 35.5% | 1.6x |
| **IP Loans** | | | | | | | |
| Broadband Solution Company | Feb-13 | Realized | $1.5 | $1.0 | $2.5 | 62.7% | 1.7x |
| Archive Storage Technology Company | Jul-13 | Realized | $0.7 | $1.6 | $11.3 | 11.5% | 1.2x |
| Healthcare Data Management Company | May-14 | Dec-17 | $8.6 | $3.1 | $10.5 | 11.4% | 1.4x |
| IT Security Company | Dec-14 | Dec-17 | $1.5 | $0.3 | $1.7 | 5.1% | 1.2x |
| Cloud Video Surveillance Company | Apr-15 | Jan-18 | $8.9 | $2.8 | $12.4 | 14.2% | 1.3x |
| IoT Company | Jun-15 | Dec-17 | $17.3 | $1.7 | $23.6 | 10.8% | 1.4x |
| Array Sensor Company | Dec-15 | Realized | $5.9 | $1.7 | $7.5 | 40.0% | 1.3x |
| Semiconductor Company | Apr-17 | Oct-20 | $9.0 | $4.1 | $11.1 | 17.1% | 1.4x |
| **Total** | | | $84.6 | $21.7 | $60.7 | 15.6% | 1.3x |
| **Private Equity** | | | | | | | |
| Mobile Data Management Company | Jul-15 | Jun-19 | $36.3 | $61.6 | $36.3 | 34.8% | 2.4x |
| Image Sensor Company | Aug-15 | Jun-19 | $6.6 | $25.0 | $18.6 | 34.6% | 2.0x |
| Semiconductor Patent Portfolio | Jun-16 | Jun-21 | $24.5 | $119.2 | $24.8 | 37.3% | 2.5x |
| **Total** | | | $79.4 | $205.0 | $79.7 | 35.9% | 2.4x |
| **Corporate IP Loans** | | | | | | | |
| Consumer Technology Company | Aug-12 | Realized | $9.9 | $3.2 | $23.1 | 21.9% | 1.2x |
| Patent Licensing Company | Jun-15 | Realized | $49.5 | $6.8 | $56.3 | 11.5% | 1.1x |
| **Total** | | | $59.4 | $10.0 | $79.4 | 14.5% | 1.1x |
| **Litigation Financing** | | | | | | | |
| Optical Network Technology Company | Jun-14 | Jun-18 | $7.5 | $10.0 | $7.6 | 20.1% | 2.0x |
| Patent Monetization Company | Feb-14 | Dec-18 | $4.5 | $33.0 | $0.6 | 62.4% | 0.5x |
| Noise Cancellation Technology Company | Feb-14 | Jun-18 | $20.3 | $8.8 | $20.5 | 32.4% | 1.4x |
| Patent Monetization Entity | May-18 | May-18 | $3.5 | $0.0 | $2.3 | 3.1% | 1.0x |
| Patent Holding Entity | May-14 | Mar-18 | $12.0 | $1.0 | $7.5 | 2.7% | 1.1x |
| Patent Holding Entity | Jun-16 | Jun-20 | $3.0 | $1.0 | $3.0 | 16.5% | 2.1x |
| Tuner Technology Company | Dec-14 | Mar-18 | $9.8 | $15.0 | $2.8 | 15.7% | 0.7x |
| **Total** | | | $59.7 | $17.6 | $44.3 | 10.4% | 1.3x |
| **Total** | | | $334.9 | $280.7 | $419.8 | 24.8% | 1.7x |
| **Total Estimated Net Returns** | | | | | | 19.3% | 1.3x |
| **Total (excluding Litigation Financing & Corporate IP Loans)** | | | $240.8 | $253.0 | $290.1 | 28.7% | 1.9x |

[1] As of September 30, 2017. Please refer to the disclaimer referring to estimated returns and gross and net performance on page 26 of this Presentation.

**FORTRESS**

30

FIG00002972

SEC-DEPO-004669

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Fortress Intellectual Property Track Record Disclaimers

A.  *Track Record.* The Fortress Intellectual Property Track Record (the "Track Record") presented includes investments made by Fortress Credit Funds in Intellectual Property related investments, including the acquisition of patent portfolios, the equity of companies that own significant patent portfolios, loans to companies collateralized by their intellectual property and other assets, including loans with upside participation rights in the value of the intellectual property. The Track Record also includes corporate loans to companies with significant IP and loans to finance litigation related to patent infringement. Certain investments such as financing passive litigation are not expected to be a target asset class for the Fund. The Track Record includes all investments described above made by Fortress Credit Funds since Eran Zur, Chief Investment Officer of the Fund, joined Fortress in February 2013. The Track Record includes investments that are consistent with the Fund's investment program, as described above, and made by the Fortress Credit Funds since that time and through the date indicated. The investments included in the Track Record represent a subset of investments made by certain Fortress Credit Funds, and such funds have investment programs that differ from the Fund's investment program. As a result, the returns are not reflective of the actual investment performance of any Fortress Fund. Please note that past performance is not a reliable indicator of future results and there can be no assurance that the performance of the Fund will be the same or similar to the performance shown for the Track Record. Furthermore, there can be no assurance that the performance of any fund with the same strategy as the IP Fund, had such fund existed during the time period of the Track Record, would have had the same or similar performance to the Track Record.

B.  *Gross and Net Performance.* The gross returns shown do not reflect the timing and amount of capital called from or distributions to fund investors and are gross of fund expenses, income taxes, management fees and incentive fees. The estimated returns shown represent the estimated return over the life of the investments included in the Track Record and include actual investment cash flows through the date indicated and estimated future cash flows subsequent to such date. The inception to date returns reflect actual investment cash flows through the date indicated and assume all the investments are liquidated at the current valuations at the date indicated. There can be no assurance that such investments can be liquidated at current valuations. The investments in the Track Record have been made by various Fortress managed funds with differing strategies, fund structures and fee structures, and their related cash flows have occurred over a period which may exceed the aggregate capital commitments, investment period or term of any single Fortress managed fund. As a result, the net returns have been calculated arithmetically by subtracting from the gross return an assumed drag for fund expenses (before income taxes), management fees and incentive fees and is intended to illustrate a hypothetical net return for U.S. taxable investors in Fortress managed fund products similar to the fund discussed herein. The net returns assume fees consistent with the Fund (1.75% management fee and 20% promote) and estimated fund expenses of 1% per annum. Actual net returns to investors of any Fortress managed fund could differ materially due to differences in timing and amount of capital called from and distributions to investors, investment pace, portfolio composition, application of a deal-by-deal waterfall model, varying management fee rates, fee waivers or discounts to which a particular investor may be eligible, and income taxes.

C.  *Estimated Returns.* Estimated returns contained in the Presentation are based on a variety of estimates and assumptions by Fortress, including, among others, estimates of future operating results, the value of assets and market conditions at the time of disposition, the value of patents owned by the companies in which the funds invested, the probability of successful patent enforcement and litigation efforts and related expenses, the monetization of patents held by the underlying portfolio companies, and the timing and manner of disposition, other realization events, or litigation outcomes. Such estimates and assumptions are generally based on, among other things, analysis of the attributes of the patent portfolios and individual patents (including quality, remaining patent life, previous litigation and licensing activity), and analysis of potential patent infringement and related damages (including number of potential companies in the market to which the particular patents relate, revenues of infringing companies). Such analysis may be performed internally or with the assistance and input of third party legal counsel, consultants or other firms with specialized experience relevant to the particular patents. However, these estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, legal, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. As a result, there can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of the estimated returns herein should not be regarded as an indication that Fortress considers such performance to be a reliable prediction of future events and the estimated returns should not be relied upon as such. Neither Fortress nor any of its representatives has made or makes any representation to any person regarding any forward looking statements and none of them intends to update or otherwise revise such statements to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying such forward looking statements are later shown to be in error. Additional information with respect to the specific assumptions used in connection with the estimated returns are available upon request.

 FORTRESS

31

FIG00002973

SEC-DEPO-004670

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Investment Strategy and Execution



FORTRESS HIGHLY CONFIDENTIAL

FIG00002974

SEC-DEPO-004671

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Attributes of Attractive Patent Portfolios

**Patent Portfolios with determinable value typically share the following attributes: breadth, infringement, diversity and early priority dates**

**Breadth**
- Large number of patents and patent families
- Patents granted in multiple jurisdictions

**Diversity**
- Patents cover multiple technologies
- Geographical diversification of patent assets

**Early Priority Dates**
- Priority dates reference the date in which patented inventions are produced
- Patents with early priority dates exhibit greater novelty and, thus, have a lower probability of invalidity

**Infringement**
- Patented technologies are in use by other companies
- Patented technologies reads on core technology





33

FIG00002975

SEC-DEPO-004672

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Underwriting Process[1]

**The analysis of patent claims is a science and an art that requires a rigorous methodology and years of experience to be performed properly**

| Portfolio Level Data | Patent Level Data | Infringement Analysis | Damage Analysis |
|---|---|---|---|
| ▪ Number of patents | ▪ Quality of claims | ▪ Ease of detection | ▪ Size of addressable market |
| ▪ Breadth/diversity of subject matter | ▪ Validity | ▪ Broadness of claims | ▪ Number of companies in market (more is better) |
| ▪ Number of European/Asia counterparts | ▪ Remaining life of patents | ▪ If physical objects (apparatus claims) where the objects "marked" | ▪ Revenues of infringing companies |
| ▪ Number of open applications (both foreign and domestic) | ▪ Priority date | ▪ Method (can go back up to six years) | ▪ Relevance of the patented technology to the revenue |
| ▪ Previous litigation | ▪ Forward citations | ▪ Apparatus (device infringement) | |
| ▪ Previous licensing or other similar activity | ▪ File history estoppel | ▪ Type of claim | |
| | ▪ Previous re-exams or reissues | ▪ Number of dependent claims | |

[1] Represents an illustrative example only, there can be no assurance that actual process for every investment in the Fund will be the same.

**FORTRESS**

34

FIG00002976

SEC-DEPO-004673

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Investment Types – Private Equity and Loans[1]

**The IP Fund Team provides innovative financial solutions to patent holders through a variety of structures**

| | Private Equity | Loans |
|---|---|---|
| **Company Profile** | <ul><li>Large technology companies seeking to monetize a subset of their patent portfolio</li><li>Operating companies where the value of the IP exceeds the acquisition cost of the company</li><li>Several years of technology development</li></ul> | <ul><li>Tired equity syndicate</li><li>Valuable patent portfolio with multiple patent families and open applications</li><li>Several years of technology development</li><li>Limited or no access to traditional sources of capital (e.g., venture or private equity, bank or venture debt)</li></ul> |
| **Benefits to the Company** | <ul><li>Technology companies can utilize patents to generate revenue</li><li>Operating companies can utilize patents to provide exits for tired equity investors using an undervalued asset</li></ul> | <ul><li>Less dilutive financing option</li><li>Company retains control over patents</li><li>Supplement with alternative sources of capital</li><li>Enhancement of patent portfolio during term of loan</li><li>Potential upside in a default scenario</li></ul> |
| **Underwriting Approach** | <ul><li>Value of the patents</li><li>Relevance of the underlying technology</li></ul> | <ul><li>Two pronged underwriting approach: credit and patent underwriting</li><li>Value of patents</li><li>Relevance of the underlying technology</li><li>Liquidity profile and ability to service debt</li><li>Sustainable business model</li></ul> |

[1] The above are representative parameters the Fund is expected to pursue, however there can be no assurance that the parameters for all investments in the Fund will be the same as those listed above, or that the underwriting approach for all investments in the Fund will be the same as above.

**✦ FORTRESS**

35

FORTRESS HIGHLY CONFIDENTIAL

FIG00002977

SEC-DEPO-004674

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Private Equity – Structuring to Maximize Return on Investment

- Fortress identified opportunities to invest in companies with pioneering technologies that created or defined a technology market and had the foresight and wherewithal to patent their inventions

  - These companies' inabilities to compete against the resources wielded by large competitors resulted in significant loss of market share

  - Utilizing our ability to value the patents instead of focusing solely on operations, Fortress seeks to identify undervalued companies where we believe the value of the patent is greater than the value of the acquisition cost of the company itself

  - Fortress plans to increase the value of the companies through targeted patent drafting in addition to expanding the companies' product and services offerings

- In addition, Fortress has worked with large technology companies that have developed and own diversified patent portfolios

  - In cooperation with these companies, Fortress mines and helps develop and implement patent monetization strategies

  - Fortress provides the capital, management and industry relationships to optimize value in patent monetization efforts



**Illustrative Structuring Example[1]**

[1] Represents an illustrative example only, there can be no assurance that actual structure or return profile of investments in the Fund will be the same as above.

 FORTRESS

36

FORTRESS HIGHLY CONFIDENTIAL

FIG00002978

SEC-DEPO-004675

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Loans – Structuring for Downside Protection & Collateral Control[1]

- Core underwriting philosophy is an alignment of interests between the borrower and Fortress

  - Provides borrowers with an alternative to traditional means of extracting value from patents (e.g. litigating and/or selling patents)

  - Combining Fortress's ability to value patents with traditional credit underwriting

  - Fortress seeks to lend to companies where we believe the value of the patents is in excess of the loan amount. Capturing the upside in success and mitigating risk in default

- Originations are typically structured as a loan to a bankruptcy remote special purpose vehicle to segregate assets from the performance risk of the borrower

  - Patent as an asset per se

- Multiple income sources with potential for rapid realization and low volatility resulting in attractive returns profile

  - Interest income and fees

  - Equity upside

  - Share in patents proceeds



[1] Represents an illustrative example only, there can be no assurance that actual structure of investments in the Fund will be the same as above.

FORTRESS

37

FORTRESS HIGHLY CONFIDENTIAL                                                   FIG00002979

SEC-DEPO-004676

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Asset Management[1]

### Intense asset management seeks to maximize value of collateral through multidisciplinary approach

- We believe Fortress Credit's unique approach to asset management provides for risk mitigation and value maximization which is not typical amongst many competitors
  - In-house staff with the expertise to form a strategy and direct its implementation through law firms in connection with patent prosecution, litigation and licensing is a competitive advantage versus outsourcing to third party diligence and execution firms who bear no risk exposure to the transaction
  - Working closely with outside law firms when needed on patent maintenance, prosecutions and pruning
  - Detailed upfront and ongoing regulatory review of each patent asset and portfolio
- Ongoing identification of changes and risks that impact patent assets
  - New product and licenses granted
  - Regulation
  - Changes in the competitive landscape
- Asset management team includes technologists, patent prosecutors and patent litigators that proactively promote continual improvements of the patent assets
- Marrying patent portfolio management with Fortress' strong traditional credit asset management
  - Close work and coordination between the financial and patent asset managers
- An ongoing surveillance, planning and due diligence system in place to achieve desired goals for investment
  - Weekly portfolio monitoring and planning meeting
  - Weekly strategy and planning meetings to coordinate efforts

---

[1] The above is based on current general practices by the Fortress IP Team and we expect the same to be employed with respect to the Fund's investments.

 FORTRESS

38

FORTRESS HIGHLY CONFIDENTIAL

FIG00002980

SEC-DEPO-004677

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# General Transaction Characteristics[1]

| | Transaction Characteristics | |
|---|---|---|
| | **Private Equity** | **Loans** |
| **Target Investment Size** | ▪ Up to $100mm | ▪ $10mm – $100mm |
| **Geography** | ▪ Primarily in the U.S. and Western Europe; may invest elsewhere on an opportunistic basis | ▪ Primarily in the U.S. and Western Europe; may invest elsewhere on an opportunistic basis |
| **Investment Profile** | ▪ Technology and life-science companies<br><br>▪ In corporate acquisition, late stage private companies, small cap public companies or divisions of large companies<br><br>▪ In portfolio acquisitions, large companies seeking to maximize value of patent portfolios<br><br>▪ Diverse, strong patent portfolio | ▪ Technology and life-science companies<br><br>▪ Later stage private companies and small cap public companies<br><br>▪ Diverse, strong patent portfolio<br><br>▪ Active patent monetization, but not required<br><br>▪ Companies who are seeking to collateralize their patents without actively monetizing them |
| **Transaction Structures** | ▪ Preferred Equity, Convertible Preferred, Asset Purchases<br><br>▪ Structured equity, profit splits with patent owners / management<br><br>▪ Controlling stakes | ▪ Secured Loans<br><br>▪ Cash Pay / PIK Coupon, common equity participation, flexible financial covenant packages<br><br>▪ SPV structure |
| **Loan Economics** | ▪ Preferred return followed by equity or cash sharing with other investors based on a pre determined waterfall. | ▪ **Coupons:** PIK of 8% – 15%, depending on patent and equity participation<br><br>▪ **Equity Participation:** Warrants or profit participations<br><br>▪ **Patent Monetization Participation -** Share of patent proceeds |

[1] The above are representative parameters the Fund expects to pursue, however there can be no assurance that the parameters for all investments in the Fund will be the same as those listed above.

◊ **FORTRESS**

39

FIG00002981

SEC-DEPO-004678

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Summary of Proposed Selected Terms



**FORTRESS** 40

SEC-DEPO-004679

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Summary of Selected Proposed Terms[1]

| Fund: | Fortress Intellectual Property Opportunities Fund I |
|---|---|
| Minimum Commitment: | $5 million |
| Commitment Period: | Three years from initial closing |
| Target Return: | Gross IRR of at least 20%[2] |
| Investment Term: | Ten years (with two 1-year extensions) from initial closing |
| Management Fee: | Per annum amount charged on <u>invested</u> equity:<br>• 1.75% for subscriptions less than $10 million<br>• 1.50% for subscriptions equal to or greater than $10 million but less than $50 million<br>• 1.25% for subscriptions equal to or greater than $50 million |
| Commitment Fee: | None |
| Preferred Return: | 8% |
| GP / LP Catch-up: | 50% / 50% |
| GP Promote: | 20% |
| Transaction, Advisor, Other Fees: | Applied 100% to offset management fees |

[1] The summary above is subject to change and does not contain complete information regarding the Fund's terms, and is subject to and qualified in its entirety by the information contained in the Fund's offering documents, including without limitation, the confidential private placement memorandum (as amended, restated and/or supplemented from time to time, the "PPM"), a copy of which is available upon request and which should be reviewed prior to making any investment in the Fund.
[2] The target stated above is a leveraged, gross investment return target and does not take into account the promote, management fees or other expenses. Actual net returns to investors will be lower as a result of these expenses. The Fund intends to employ a limited amount of leverage. The target returns are premised on a number of factors, please refer to the Targeted Return disclaimer in the front of this Presentation for more information.

◆ FORTRESS

41

FIG00002983

SEC-DEPO-004680

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Appendix A: IP Fund Portfolio



*Portfolio Investments.* The Portfolio Investments included in the Presentation are inclusive of all investments that have been made by the IP Fund through January 11, 2018. There can be no assurance that the IP Fund will be able to make any future investments with the same or even similar characteristics as the Portfolio Investments presented. The Portfolio Investments should not be considered a reliable indicator of the likely performance or investment profile of the Fund. Notwithstanding any analysis included in the Presentation, it is possible that each of the Portfolio Investments could result in a total loss of any invested capital.

*Forward looking statements.* Forward looking statements (including estimates, opinions or expectations about any future event) contained in the Presentation are based on a variety of estimates and assumptions by Fortress, including, among others, estimates of future operating results, the value of assets and market conditions at the time of disposition, and the timing and manner of disposition or other realization events. These estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. There can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of any forward looking statements herein should not be regarded as an indication that Fortress considers such forward looking statement to be a reliable prediction of future events and no forward looking statement should be relied upon as such. Neither Fortress nor any of its representatives has made or makes any representation to any person regarding any forward looking statements and none of them intends to update or otherwise revise such statements to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying such forward looking statements are later shown to be in error.

 FORTRESS

FORTRESS HIGHLY CONFIDENTIAL

FIG00002984

SEC-DEPO-004681

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Table of Contents

| Deal | Portfolio Investment | Page |
|---|---|---|
| 1 | Theranos | 39 |

FORTRESS

FORTRESS HIGHLY CONFIDENTIAL

FIG00002985

SEC-DEPO-004682

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

IP LOAN

# Theranos: *Portfolio Investment*

### Senior Secured Term Loan to a medical device development and manufacturing company

**Background**

- In December 2017, Fortress managed funds provided an up to $100 million ($65 million funded at close with an additional $35 million based on business milestones) Senior Secured Term Loan (the "Facility") to a newly formed Special Purpose Vehicle (the "SPV") created for the purposes of acquiring all patents and patent applications owned by Theranos, Inc. ("Theranos" or the "Company")

- The Company was founded in 2003 and was an innovator in the Point of Care ("POC") diagnostics market, raising more than $800 million of equity capital. The Company rose to prominence on the premise that it could detect health ailments at a low cost by testing blood from the prick of a finger

- In 2015, a turning point for the Company occurred when The WSJ published a number of articles that called into question Theranos' technology, which resulted in scrutiny from the Company's regulators, the FDA and the Centers for Medicare and Medicaid Services ("CMS")

- In 2016, the Company undertook a restructuring which included a reduction in workforce, an exit from the clinical lab business, and the hire of an experienced management team possessing deep medical device expertise and increased operational skills

- The Theranos patent portfolio consists of 1,175 worldwide patents and applications in over 151 families. The patents cover a variety of technologies relating to the POC diagnostics and "smart pill" technologies. We believe that Theranos' patents are foundational patents in the POC field

**Investment Overview**

- The Facility has a first priority lien on all the assets of the SPV and the Company. If an event of default occurs and Fortress elects to pursue monetization of the SPV assets, Fortress managed funds have the right to receive monetization proceeds up to a 3.0x multiple of the Facility amount funded

- The Facility is structured with a 42-month term that includes an interest only period followed by payments of principal and interest. The proceeds of the Facility will be used for growth, working capital and to settle claims against the Company. In addition, Fortress managed funds were granted penny warrants equivalent to 4% of the Company's outstanding shares (on an as-converted basis), at the time of exercise

 FORTRESS

44

FIG00002986

SEC-DEPO-004683

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Appendix B: Potential Investment Examples



*Potential Investment.* The Potential Investment described herein is not a current investment of the Fund or any Fortress managed fund, and there can be no assurance that the Potential Investment will ultimately be consummated for any Fortress managed fund on the same or even similar terms to those described herein, if at all. There can be no assurance that the Fund or any Fortress managed fund will be able to make any investments with the same or even similar characteristics as the Potential Investment described herein. The Potential Investment is presented for discussion purposes only and is not a reliable indicator of the likely performance or investment profile of the Fund. Notwithstanding any analysis included herein, it is possible that the Potential Investment, if consummated, could result in a total loss of any invested capital.

*Forward looking statements.* Forward looking statements (including estimates, opinions or expectations about any future event) contained in the Presentation are based on a variety of estimates and assumptions by Fortress, including, among others, estimates of future operating results, the value of assets and market conditions at the time of disposition, and the timing and manner of disposition or other realization events. These estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. There can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of any forward looking statements herein should not be regarded as an indication that Fortress considers such forward looking statement to be a reliable prediction of future events and no forward looking statement should be relied upon as such. Neither Fortress nor any of its representatives has made or makes any representation to any person regarding any forward looking statements and none of them intends to update or otherwise revise such statements to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying such forward looking statements are later shown to be in error.

 F O R T R E S S

45

FORTRESS HIGHLY CONFIDENTIAL

FIG00002987

SEC-DEPO-004684

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

## Table of Contents

| Deal | Potential Investment | Page |
|------|---------------------|------|
| 1 | Energy-Related Patent Portfolio | 42 |

 FORTRESS

46

FORTRESS HIGHLY CONFIDENTIAL

FIG00002988

SEC-DEPO-004685

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

PRIVATE EQUITY

# Energy-Related Patent Portfolio: *Potential Investment*

## Acquisition of a large patent portfolio

### Background

- Fortress managed funds, through a newly formed company ("Newco"), have the opportunity to purchase an exclusive license to a large, diversified portfolio of energy related patents from certain research institutions ("Sellers") for approximately $9.0 million

- While the Seller's inventions have fundamentally impacted a wide array of industries, ranging from radar to refrigeration, their primary focus is on innovations in the energy sector. As such the Sellers' inventions have significantly contributed to today's energy technologies resulting in approximately 14,000 energy related patents

- Due to the lack of enforcement of its patents rights, the Seller hasn't been successful in licensing its technology despite widespread usage from large foreign companies. Cuts in funding are pressuring the Sellers to find other ways to raise funds such as reducing the cost of maintaining such a large patent portfolio

### Investment Overview

- Certain ownership restrictions necessitate Fortress managed funds' investment in Newco to be structured as a loan, while maintaining equity-like economics only diluted by profit participation of the Sellers and management

- Under the contemplated agreement with the Seller, Newco will have opportunity to pick portfolios in six different technology verticals with the initial portfolio consisting of approximately 525 patents covering all relevant aspects of implementing fuel cell technology into productive mobile and stationary uses

- Newco is expected to ultimately pay approximately $9.0 million to the Sellers to obtain an exclusive license to all six technology verticals

- In addition to the purchase price, Fortress expects to fund approximately $31.0 million to cover Newco's operations and monetization efforts before it becomes self-funding, bringing the total expected Fortress managed funds' investment to $40.0 million

 FORTRESS

47

FIG00002989

SEC-DEPO-004686

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Appendix C: Track Record Investment Examples



*Investment Examples.* All Investment Examples represent investments that were made, in whole or in part, by investment funds or vehicles within the Fortress Credit Funds business. The Investment Examples do not include the entire Fortress Intellectual Property Track Record; investments within the Track Record not included herein are available upon request. Investment Examples included in the Presentation are intended to serve as a non-exhaustive set of examples of the types of investments that could be made in the Fund but unless otherwise noted are not themselves investments of the Fund. There can be no assurance that the Fund will make any investments with the same or even similar characteristics as the Investment Examples presented. The Investment Examples are presented for discussion purposes only and are not a reliable indicator of the likely performance or investment profile of the Fund. Notwithstanding any analysis included in the Presentation, it is possible that each of the Investment Examples could result in a total loss of any invested capital.

*Forward looking statements.* Forward looking statements (including estimates, opinions or expectations about any future event) contained in the Presentation are based on a variety of estimates and assumptions by Fortress, including, among others, estimates of future operating results, the value of assets and market conditions at the time of disposition, and the timing and manner of disposition or other realization events. These estimates and assumptions are inherently uncertain and are subject to numerous business, industry, market, regulatory, geo-political, competitive and financial risks that are outside of Fortress's control. There can be no assurance that any such estimates and assumptions will prove accurate, and actual results may differ materially, including the possibility that an investor may lose some or all of any invested capital. The inclusion of any forward looking statements herein should not be regarded as an indication that Fortress considers such forward looking statement to be a reliable prediction of future events and no forward looking statement should be relied upon as such. Neither Fortress nor any of its representatives has made or makes any representation to any person regarding any forward looking statements and none of them intends to update or otherwise revise such statements to reflect circumstances existing after the date when made or to reflect the occurrence of future events, even in the event that any or all of the assumptions underlying such forward looking statements are later shown to be in error.

 FORTRESS

48

FIG00002990

SEC-DEPO-004687

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Table of Contents

| Deal | Investment | Page |
|------|-----------|------|
| **Private Equity** | | |
| 1 | Mobile Data Management Company | 45 |
| 2 | Image Sensor Company | 46 |
| 3 | Semiconductor Patent Portfolio | 47 |
| **Hybrid Loans** | | |
| 4 | Memory Subsystem Company | 48 |
| 5 | Patent Licensing Company | 49 |
| 6 | Mobile Solution Company | 50 |
| 7 | Broadband Solution Company | 51 |
| **IP Loans** | | |
| 8 | Cloud Video Surveillance Company | 52 |
| 9 | Array Sensor Company | 53 |
| **Corporate IP Loan** | | |
| 10 | Patent Licensing Company | 54 |
| **Litigation Financing** | | |
| 11 | Optical Network Technology Company | 55 |

**FORTRESS**

49

FIG00002991

SEC-DEPO-004688

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

PRIVATE EQUITY

# Mobile Data Management Company: *Investment Example*

## Acquisition of operating company with large patent portfolio

**Background**

- In July 2015, Fortress managed funds acquired 80% of a mobile software company (the "Company") for $20 million and committed up to an additional $30 million in operational and monetization expenses. The Company is a provider of mobile software used in messaging, traffic streamlining, data collection and other related services
- The Company offers its products for both Android and iOS, as standalone apps and as browser plugins. The Company is actively developing additional product modules, expanding into security, privacy, power management and firewall features
- The Company's patent portfolio includes over 400 U.S. and foreign patents and applications

**Investment Overview**

- In conjunction with the closing of the acquisition, the company was restructured into three classes of equity including Class A, B, and C units. Class A unit are held by existing investors, Class B units are held by Fortress, and Class C units are held by employees. Class B units, under the distribution waterfall, receive a one-time preference including a preferred return prior to splitting with Class A and B unit holders

**Status Update**

- The Company continues to grow its product suite including an ad blocking product. The Company offers its products for both Android and iOS, as standalone apps and as browser plugins. The product is now offered in Google Play and Apple App stores. As of April 6, 2017, the Company had more than 75,000 total active users, a 200%+ growth over the past four months
- Since the initial investment, the Company has expanded the strength and breadth of its patent portfolio through strategic patent prosecution. Over the last quarter, the Company has shifted its focus from patent prosecution to patent monetization and have recently filed suit against several defendants

 **FORTRESS**

50

FIG00002992

SEC-DEPO-004689

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

PRIVATE EQUITY

# Image Sensor Company: *Investment Example*

### Acquisition of operating company with large patent portfolio

#### Background

- In August 2015, Fortress managed funds acquired an image sensor company (the "Company"). Founded in 2006 with technology invented at a top tier university, the Company develops and markets proprietary image sensor technology with superior infrared performance as compared to existing products
- The Company captured its technologies in an underlying patent portfolio consisting of 55 issued U.S. patents, 12 pending U.S. applications and 30 foreign counterparts

#### Investment Overview

- While the Company had been pursuing its business goals, a series of patent violations from large multi-national adopters of its technology blocked the Company from capitalizing on several valuable opportunities to commercialize its technology
- Based on an improved patent portfolio and leading technology, the Company is seeking to license the technology, sell its high performance products and, in the process, also become an attractive acquisition target for larger companies in industries in which its technology could be valuable

#### Status Update

- Necessitated by increased demand for its products, the Company has leveraged its patent portfolio vis-à-vis a large semiconductor manufacturer to solidify its supply chain
- A previously initiated assertion campaign against a large infringer should be reaching some litigation milestones later this year that may lead to resolution
- The Company is evaluating other potential enforcement actions
- Finally, due to inbound strategic interest, the Company is also exploring potential M&A exits with companies that would like to lever its technology to dominate certain high growth, high volume end-markets

 FORTRESS

51

FIG00002993

SEC-DEPO-004690

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

PRIVATE EQUITY

# Semiconductor Patent Portfolio: *Investment Example*

## Acquisition of a large patent portfolio

### Background

- In June 2016, Fortress managed funds formed a new company (the "Company") to purchase a large portfolio of valuable, carefully selected patents from a semiconductor company (the "Seller") in a structured multiyear transaction. The Seller is a longstanding technology leader in the semiconductor field with thousands worldwide granted patents and patent applications

### Investment Overview

- The purchase agreement calls for the Company to make payments over the course of eight quarters during which time it will continue to select patents out of the Seller's portfolio
- The Company initially closed the transaction with a base portfolio of 51 extensively reviewed patents and has since added another 121 patent assets. Ultimately, the Company expected to pick a total of approximately 300 worldwide granted patents and applications
- As opposed to a bulk purchase of patents that usually relies on only a few patents to drive the value of an entire portfolio, here the Company has the opportunity to create a very focused patent portfolio by picking patents individually
- The Seller's cooperation has been key in uncovering value given how rare specific design and process knowledge are and how expensive reverse engineering of products is in the semiconductor space

### Status Update

- The Company expects to engage in different enforcement campaigns, but is still optimizing on its licensing strategy as it continues to build out its patent portfolio

 FORTRESS

52

FIG00002994

SEC-DEPO-004691

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

HYBRID LOAN

# Memory Subsystem Company: *Investment Example*

## Senior Secured Delayed Draw Term Loan to computer memory company

**Background**

- In July 2013, Fortress managed funds provided a $10.0 million Senior Secured Delayed Draw Term Loan to a company that designs and manufactures high-performance memory subsystems for the server and high-performance computing and communications markets (the "Company")
- The Company's patent portfolio covers rank expansion and additional technologies in memory buffering and architecture. The Company owns 33 US patents, 23 US and 7 foreign applications

**Investment Overview**

- The $10.0 million commitment was broken up into two parts: (i) $6.0 million funded on the closing date, and (ii) $4.0 million available based on business related milestones. The facility was used for general corporate purposes and funding of its ongoing litigations
- The facility was structured with a three year term, including an 18 month interest only period followed by an 18 month amortization period. The facility had a first priority lien on all assets in the company
- The facility was priced at LIBOR plus 7.0% payable in cash plus 4.0% paid in kind (LIBOR floor of 1%) with an upfront fee of 1.5%
- In connection with the facility, Fortress managed funds were granted warrants totaling 15.0% of the loan amount
- Following the repayment of the loan obligations, the facility was entitled to receive IP monetization proceeds in an amount up to 0.93x of the loan amount funded
- The facility was paid off in November 2015

 FORTRESS

53

SEC-DEPO-004692

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

HYBRID LOAN

# Patent Licensing Company: *Investment Example*

## Senior Secured Delayed Draw Term Loan to patent licensing company

**Background**

- In September 2014, Fortress managed funds provided a $16 million Senior Secured Delayed Draw Term Loan to an intellectual property acquisition and licensing company (the "Company") dedicated to identifying, acquiring and licensing the patented technologies of market-significant technology leaders

- The Company has successfully acquired three portfolios from large technology companies totaling 751 patents. All of the patent families cover wireless technology, including, but not limited to, user equipment, 3G/4G router and cards, infrastructure, telecom operators, and IMS/VoIP etc.

**Investment Overview**

- The $16 million commitment is broken up into two parts: (i) $11 million funded on the closing date, and (ii) $5.0 million available based on business related milestones. The facility was used for debt repayment, growth capital, working capital and other general corporate purposes

- The facility is structured with a 36 month term, including a twelve month interest only period followed by a 24 month amortization period. The facility has a first priority lien on all assets in the company

- The facility is priced at LIBOR plus 7% payable in cash plus 3% paid in kind (LIBOR floor of 1%) with an upfront fee of 3.5%. The facility was issued with an Original Issue Discount of $1.0 million that was used to purchase $1.0 million of the company's common stock

- Following the repayment of the loan obligations, the facility is entitled to receive IP monetization proceeds in an amount up to 0.5x of the loan amount funded

**Status Update**

- Through a series of amendments and restructurings to the facility, Fortress now has the sole control over the monetization of the patents. In addition, we have restructured the return profile such that we receive the first $30 million in monetization proceeds and 70% thereafter

- As of May 31, 2017, the loan balance was $12.1 million

 FORTRESS

54

FIG00002996

SEC-DEPO-004693

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

HYBRID LOAN

# Mobile Solution Company: *Investment Example*

### Senior Secured Delayed Draw Term Loan to mobile solutions provider

**Background**

- In October 2014, Fortress managed funds provided a $10 million Senior Secured Term Loan to a technology based mobile solutions provider that serves businesses, advertisers and brands (the "Company")
- The Company's patent portfolio covers important aspects of four key technology areas: Streaming Media, Mobile Cloud related technologies, Mobile carrier select, and Over the Air ("OTA") provisioning. The Company has 42 patents (23 US issued patents, 1 Canadian Patent, and 18 U.S. applications)

**Investment Overview**

- The $10 million commitment was fully funded on the closing date. The facility was used for growth capital, working capital and other general corporate purposes
- The facility is structured with a 42 month term, including a twelve month interest only period followed by a 30 month amortization period. The facility has a first priority lien on all assets in the company
- The facility is priced at LIBOR plus 7.0% payable in cash plus 2.0% paid in kind (LIBOR floor of 1%) with an upfront fee of 1.5% and a final payment fee of 3.5%. The facility was issued with an Original Issue Discount of $1.0 million that was used to purchase $1.0 million of the Company's common stock
- Following the repayment of the loan obligations, the facility is entitled to receive IP monetization proceeds in an amount up to 0.50x of the loan amount funded

**Status Update**

- In February 2016, we amended the terms to provide short term payment flexibility to the Company, and received an additional 200,000 shares of common stock
- As of May 31, 2017, the loan balance was $6.0 million
- The Company is in full compliance and performance is in line with underwriting

 **FORTRESS**

55

FIG00002997

SEC-DEPO-004694

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

HYBRID LOAN

# Broadband Solution Company: *Investment Example*

### Senior Secured Delayed Draw Term Loan to network software provider

**Background**

- In November 2015, Fortress managed funds provided a $20 million Senior Secured Delayed Draw Term Loan to a private software company (the "Company") that provides broadband operators products and services enabling optimization and improvement of their Digital Subscriber Line ("DSL") networks
- The Company's patents vary in technology and cover existing technology, next gen broadband technology, and wireless technology. The Company's patent portfolio consists of 576 active patents and applications

**Investment Overview**

- The $20.0 million commitment was broken up into three parts: (i) $15.0 million funded on the closing date, (ii) $2.0 million available based on business related milestones, and (iii) $3.0 million based on lender approval. The facility was used to refinance debt, patent monetization expenses, growth capital, working capital and other general corporate purposes
- The facility was structured with a 42 month term, including a twelve month interest only period followed by a 30 month amortization period. The facility has a first priority lien on all assets in the company
- The facility was priced at LIBOR plus 6.0% payable in cash plus 4.0% paid in kind (LIBOR floor of 1%) with an upfront fee of 1.5% and a final payment fee of 3.0%
- In connection with the facility, Fortress managed funds were granted penny warrants equal to 2.5% of the fully diluted shares with anti-dilution
- Following the repayment of the loan obligations, the facility is entitled to receive IP monetization proceeds in an amount up to 0.75x of the loan amount funded
- The facility was paid off in December 2016 through a debt and equity raise. At the time of the repayment, Fortress exchanged its right to receive IP monetization proceeds for a larger equity stake in the Company

 FORTRESS

56

SEC-DEPO-004695

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

IP LOAN

# Cloud Video Surveillance Company: *Investment Example*

## Senior Secured Delayed Draw Term Loan to provider of surveillance and video technology

### Background

- In April 2015, Fortress managed funds provided a $15.0 million Senior Secured Delayed Draw Term Loan to a privately held company (the "Company") that provides a patented cloud surveillance and security platform to cable companies, telecoms, storage providers, camera manufacturers, access control companies, gaming platforms, amongst others
- The Company's patents cover important technologies for mesh networks of cameras, big-data video storage, secure installation and configuration systems, secure remote viewing over the Internet and various methods pertaining to wireless video surveillance. The Company currently has 22 granted US utility patents, 4 pending US utility applications and 1 granted Chinese utility patent

### Investment Overview

- The $15.0 million commitment is broken up into three tranches: (i) $7.5 million funded on the closing date, (ii) $3.75 million available subject to the Company achieving certain milestones (of which $2.5 million were funded in December 2016), and (iii) $3.75 million available subject to additional milestones. The proceeds from the facility were used for growth capital, working capital and other general corporate purposes
- The facility is structured with a 42 month term, including a twelve month interest only period followed by a 30 month amortization period. The facility has a first priority lien on all the assets of the company with the IP transferred to a special purpose vehicle ("SPV")
- The facility is priced at LIBOR plus 7.5% interest payable in cash plus 4.0% paid in kind (LIBOR floor of 1%) with an up front fee of 1.5% and a final payment fee of 3.5%. The Company may elect within three years following the prepayment of the facility to dissolve the SPV and assign the patents back to the Company in exchange for a payment of up to 12.5% of the loan amount (the "Monetization Call Option")
- In connection with the facility, Fortress managed funds were granted penny warrants equivalent to 3.0% of the fully-diluted shares of the company. Subsequently, Fortress managed funds warrant position increased to 6% of the fully-diluted shares of the Company

### Status Update

- As of May 31, 2017, the loan balance was $7.8 million
- In June 2017, Fortress and the Company executed an amendment that resulted in improved economics in exchange for deferred loan obligation payments. The Company is in the process of raising capital, of which proceeds would be used to repay the loan obligations



**FORTRESS**

57

FIG00002999

SEC-DEPO-004696

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

IP LOAN

# Array Sensor Company: *Investment Example*

## Senior Secured Delayed Draw Term Loan to mobile imaging company

**Background**

- In December 2015, Fortress managed funds provided a $7.0 million Senior Secured Delayed Draw Term Loan to a privately held company (the "Company") that developed an innovative array sensor technology for mobile devices

- The Company's patent portfolio covers the entire value chain for multi-camera imaging, from the manufacturers of cameras and the chips that run them, to the software. The Company's patent portfolio includes 169 patents and patent applications, including 65 granted US patents and 32 pending US patents

**Investment Overview**

- The $7.0 million commitment is broken up into three tranches: (i) $6.0 million funded on the closing date, (ii) $500,000 subject to the company achieving certain milestones, and (iii) $500,000 subject to the company achieving certain additional milestones. The proceeds from the facility was used to refinance existing debt, growth capital, working capital and other general corporate purposes

- The facility was structured with a 42 month term, including a twelve month interest only period followed by a 30 month amortization period. The facility has a first priority lien on all the assets of the Company with the IP transferred to a special purpose vehicle ("SPV")

- The facility was priced at LIBOR plus 7.0% interest payable in cash plus 4.0% paid in kind (LIBOR floor of 1%) with an upfront fee of 2.0% and a final payment fee of 3.5%. The Company may elect within three years following the prepayment of the facility to dissolve the SPV and assign the patents back to the company in exchange for a payment of up to 15.0% of the loan amount (the "Monetization Call Option")

- In connection with the facility, Fortress managed funds were granted penny warrants equivalent to 3.0% of the fully-diluted shares of the Company

- The facility was paid off October 2016 when the Company was acquired by a large strategic investor

 FORTRESS

58

FIG00003000

SEC-DEPO-004697

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

CORPORATE IP LOAN

# Patent Licensing Company: *Investment Example*

## Senior Secured Delayed Draw Term Loan to patent licensing company

### Background

- In June 2016, Fortress managed funds provided a $75.0 million Senior Secured Delayed Draw Term Loan to a provider of intellectual property monetization and patent advisory services (the "Company")

- The Company, through its subsidiaries, holds different portfolios consisting of thousands of US and foreign patents and pending applications that cover a variety of industries and technologies. The patents were acquired from individual inventors and small companies to very large public companies

### Investment Overview

- The $75.0 million commitment is broken up into two tranches: (i) $50.0 million funded on the closing date and (ii) $25.0 million is available subject to an advance rate against net licensing revenue generated by the Company after the closing date. The proceeds from the facility were used to refinance an existing loan, general working capital purposes and to fund the acquisition of another patent licensing company

- The facility is structured with a 48 month term and is priced at LIBOR plus 8.50% payable in cash (LIBOR floor of 1%) with an upfront fee of 1.0% and an unused fee of 1.0%. The facility has a first lien security interest on all the assets of the Company

- The facility is designed such that the $50 million funded on the closing date is mandatorily amortized by $32.6 million of contracted net licensing revenue and commissions from foreign withholding tax utilization (collectively, the "Contracted Revenue"). To date, approximately $1.2 million of the Contracted Revenue has been used to reduce the principal balance of the facility. The next Contracted Revenue payment of $13.5 million is expected in August 2017. Any additional draws under the facility would be amortized through net licensing revenue generated by the Company after the closing date. The facility also includes an Excess Cash Flow Sweep

### Status Update

- Since early 2017, as a result of delays associated with ongoing licensing activities, we have executed several amendments to the facility that deferred interest payments, modified certain financial covenants and terminated the unfunded commitment, in exchange for multiple equity injections from the sponsor

 FORTRESS

59

SEC-DEPO-004698

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

LITIGATION FINANCING

# Optical Network Technology Company: *Investment Example*

## Litigation financing for patent monetization campaign

### Background

- In January 2014, Fortress managed funds funded a $7.5 million Senior Secured Delayed Draw Term Loan to a privately held company (the "Company") that offers wavelength selective switch ("WSS") technology for use in reconfigurable optical add/drop multiplexers ("ROADM") and optical cross connect ("OXC") applications
- The Company's patent portfolio covers optical network technologies and includes over 37 US issued patents, 23 issued foreign and over eleven pending

### Investment Overview

- The $7.5 million facility is broken up into four tranches, all of which were funded to-date: (i) $2.5 million funded at close, (ii) $2.0 million available subject to the Company achieving certain milestones, (iii) $2.0 million available subject to the Company achieving certain milestones, and (iv) additional $1.0 million based on inter partes review ("IPR") and lender approval. The proceeds from the facility were used for general working capital purposes including litigation expenses associated with the Company's patent monetization campaign
- The facility is structured with a four year term, Fortress managed funds will use all the issued and pending patents, excluding the two in litigation, as collateral by placing a first priority lien
- The facility accrues interest at an Applicable Federal Rate of 1.65% paid in kind, per annum, compounded quarterly
- Under the terms of the monetization waterfall, Fortress managed funds receives all of monetization proceeds until it's invested capital and accrued interest is returned and participates in monetization proceeds above that amount

### Status Update

- In early 2014, the Company initiated litigation against a number of defendants, asserting infringement of two US patents. The district court proceedings have been stayed pending resolution of the IPRs. The PTAB found the challenged claims (some but not all of the claims of the patents in suit) as "obvious" in view of the asserted prior art. Those rulings are being challenged on appeal
- The Company is in the process of evaluating other potential enforcement strategies
- The Company and Fortress are currently in negotiations regarding an amendment to facility in exchange for more control and economics

◇ FORTRESS

60

FIG00003002

SEC-DEPO-004699

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Appendix D: Biographies



FORTRESS HIGHLY CONFIDENTIAL                                    FIG00003003

SEC-DEPO-004700

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Biographies

### Eran Zur

- Mr. Zur is the head of the Intellectual Property Group at Fortress Investment Group
- He has substantial experience in implementing licensing programs and has negotiated and settled with hundreds of companies in various industries, including pharmaceuticals, medical device, food and beverage, electronics, defense, semiconductor, tobacco, textiles, and retail
- Prior to Fortress, Mr. Zur was a co-founder of Koru Ventures, an asset based lending fund that provided technology companies with capital in the form of patent backed loans
- Prior to Koru Ventures, Mr. Zur was president and co-founder of RPX Corporation, a publicly listed patent aggregator
- Prior to that, Mr. Zur co-founded Hoffman and Zur IP, which he focused on patent brokerage
- Mr. Zur began his career as a contingent fee lawyer and helped run the Lemelson Foundation licensing campaign, which is, to date, the single most successful licensing program for an individual inventor with over 1,000 licensees generating approximately $1.5 billion in licensing proceeds
- Mr. Zur received a law degree from the University of Leeds and a masters degree in international trade from the University of Arizona

### Peter Briger

- Mr. Briger is a principal and Co-Chief Executive Officer of Fortress
- Mr. Briger has been a member of the Management Committee of Fortress since March 2002
- He is responsible for the Credit and Real Estate business at Fortress
- Prior to joining Fortress in March 2002, Mr. Briger spent fifteen years at Goldman, Sachs & Co., where he became a partner in 1996
- Mr. Briger serves on the board of Tipping Point, a non-profit organization serving low income families in San Francisco
- Mr. Briger is a board member of Caliber Schools, a network of charter schools committed to preparing students for success in competitive four-year colleges and beyond
- Mr. Briger is the Chairman of the Investment Committee for U.S. Soccer
- Mr. Briger is also a member of the Center for a New American Security (CNAS) Board of Advisors
- Mr. Briger received a B.A. from Princeton University and an M.B.A. from the Wharton School of Business at the University of Pennsylvania

 FORTRESS

62

FORTRESS HIGHLY CONFIDENTIAL

FIG00003004

SEC-DEPO-004701

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Biographies

## Dean Dakolias

- Mr. Dakolias is the Co-Chief Investment Officer of the Fortress Credit Funds business
- Mr. Dakolias also serves on Fortress' Management and Operating Committees
- Prior to joining Fortress, Mr. Dakolias was a Managing Director, Chief Credit Officer and co-founder of American Commercial Capital (a specialty finance company) and Coronado Advisors (an SEC registered broker dealer), both of which were sold to Wells Fargo & Co. in 2001
- Mr. Dakolias was previously a director at RER Financial Group ("RER") where he was responsible for the firm's acquisition efforts as a principal and as a provider of third party due diligence and asset management
- Mr. Dakolias received a B.S. in Physics from Columbia University

## Erez Levy

- Mr. Levy serves as a Managing Director in the Intellectual Property Group at Fortress Investment Group
- At Fortress, Mr. Levy focuses on a wide variety of investment opportunities in connection with intellectual property and technology
- Prior to Fortress, Mr. Levy was a co-founder of Koru Ventures, an asset based lending fund that provided technology companies with capital in the form of patent backed loans
- Prior to Koru Ventures, Mr. Levy served as a Managing Director with TriplePoint Capital, a leading global specialty finance company providing financing solutions to venture capital backed companies throughout their lifespan
- Prior to joining TriplePoint Capital, Mr. Levy served as a senior investment banker in JPMorgan's technology investment banking group in San Francisco, where he worked with many leading technology, high growth companies, and private equity clients. At JPMorgan he was responsible for raising capital and providing advice on mergers and acquisitions to the firm's clients
- Prior to JPMorgan, Mr. Levy was an investment banker at Hambrecht & Quist, a leading technology and life-sciences investment bank. At Hambrecht & Quist, he also led several of the firm's equity investments in leading technology and high-growth companies
- Mr. Levy received a B.S. in Business Administration from the University of California at Berkeley

 FORTRESS

63

FIG00003005

SEC-DEPO-004702

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Biographies

**Ami Patel Shah**

- Ms. Shah serves as a Managing Director in the Intellectual Property Group at Fortress Investment Group, where she manages the patent analysis and valuation team
- Prior to joining Fortress, Ms. Shah worked for Intel, most recently heading Intel's Global Wireless Patents group, overseeing the Intel's patent procurement, licensing, transaction and monetization activities for Intel and Intel's development partners
- At Intel, Ms. Shah also held wide-ranging and deep technical responsibilities as well as led Intel's standards bodies interactions
- Before joining Intel, she was with the law firms of Dorsey & Whitney, and Fish & Richardson where she worked on patent prosecution, licensing and ITC litigation matters
- Ms. Shah began her legal career as an examiner in the United States Patent Office and was an engineer in the auto industry
- She holds a J.D. from Cleveland State University along with a B.S. in Electrical and Computer Engineering from Wayne State University
- Ms. Shah is recognized as one of the World's Leading IP Strategists by Intellectual Asset Magazine in the IAM 300, awarded to individuals with an established track record in developing and rolling out world-class IP value creation programs

**Joseph Kessler**

- Mr. Kessler serves as a Managing Director in the Intellectual Property Group at Fortress Investment Group
- Prior to that, Mr. Kessler co-founded Koru Venture Partners to provide technology companies with capital in the form of patent-backed loans
- Before that, Mr. Kessler was the co-founder and president of Marqera, a global IP consulting company focused on the strategic analysis, valuation and brokerage of patent assets
- Before Marqera, Mr. Kessler was co-founder and CEO of Global Technology Transfer, a private firm focused on the commercialization of technologies and intellectual property for venture-backed and mature companies, as well as research institutions and academies; GTT also established and managed the patent auction house Ocean Tomo's Israel branch
- Mr. Kessler has been recognized in the IAM Strategy 300 since 2008 and studied law and business administration and holds an LLB in law from the Interdisciplinary Center Herzliya

 FORTRESS

FORTRESS HIGHLY CONFIDENTIAL

FIG00003006

SEC-DEPO-004703

CONFIDENTIAL TREATMENT REQUESTED BY FORTRESS INVESTMENT GROUP LLC

# Biographies

### Marc Furstein

- Mr. Furstein is the President and Chief Operating Officer of the Fortress Credit Funds business
- Mr. Furstein is also a member of the firm's Management Committee
- Prior to joining Fortress in July 2001, Mr. Furstein co-founded and was the Chief Operating Officer of American Commercial Capital (a specialty finance company) and Coronado Advisors (an SEC registered broker dealer). Both companies were sold to Wells Fargo in 2001
- Prior to that, Mr. Furstein was co-manager of the opportunistic real estate loan business of Goldman, Sachs & Co. Mr. Furstein was also involved in the acquisition of distressed business, consumer and real estate loans and had responsibility for the management of more than 60 portfolios of such assets. In this role, he designed and oversaw the implementation of financial reporting, tax, compliance and asset management systems, policies and procedures
- Mr. Furstein received a B.A. from Columbia University and an M.B.A. from the Wharton School of Business at the University of Pennsylvania

 FORTRESS

FORTRESS HIGHLY CONFIDENTIAL

FIG00003007

SEC-DEPO-004704