# Exhibit L

11/3/22, 9:25 PM	Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona | …

Case 5:18-cr-00258-EJD   Document 1642-14   Filed 11/10/22   Page 2 of 5

June 12, 2016

# Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona

Theranos laboratory testing services will no longer be offered through any Walgreens locations

11/3/22, 9:25 PM    Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona | …

Case 5:18-cr-00258-EJD Document 1642-14 Filed 11/10/22 Page 3 of 5

SHARE (mailto:?subject=Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona&body=Read this from Walgreens Newsroom: https://news.walgreens.com/press-center/news/walgreens-terminates-relationship-with-theranos-will-be-closing-operations-at-all-40-theranos-wellness-centers-in-arizona&display=popup&ref=plugin&src=share_button)

(https://twitter.com/share?text=Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona&url=https://news.walgreens.com/press-center/news/walgreens-terminates-relationship-with-theranos-will-be-closing-operations-at-all-40-theranos-wellness-centers-in-arizona)

(https://www.facebook.com/sharer/sharer.php?u=https://news.walgreens.com/press-center/news/walgreens-terminates-relationship-with-theranos-will-be-closing-operations-at-all-40-theranos-wellness-centers-in-arizona)

11/3/22, 9:25 PM                    Walgreens Terminates Relationship with Theranos, Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona | …

Case 5:18-cr-00258-EJD   Document 1642-14   Filed 11/10/22   Page 4 of 5

closing-
operations-
at-
all-
40-
theranos-
wellness-
centers-
in-
arizona.htm)

DEERFIELD, Ill., June 12, 2016 - Walgreens today announced that it has informed Theranos that it will be terminating its relationship and closing operations at all 40 Theranos Wellness Centers at its stores in Arizona, effective immediately. This follows the company's decision in January to halt Theranos laboratory testing services at its Palo Alto, Calif., location, and means Walgreens will no longer offer Theranos services at any of its stores.

Walgreens said it will be working over the next several days to help transition customers.

"In light of the voiding of a number of test results, and as the Centers for Medicare and Medicaid Services (CMS) has rejected Theranos' plan of correction and considers sanctions, we have carefully considered our relationship with Theranos and believe it is in our customers' best interests to terminate our partnership," said Brad Fluegel, Walgreens Senior Vice President and Chief Health Care Commercial Market Development Officer.

In January, Walgreens informed Theranos that it must immediately cease sending clinical laboratory tests provided through its Wellness Centers at Walgreens to the Theranos lab in Newark, Calif., which has been the subject of ongoing CMS review.

At the same time, Walgreens also informed Theranos that tests collected at its Wellness Centers at Walgreens stores in Arizona must be sent only to Theranos' certified lab in the Phoenix area or to an accredited third-party lab for analysis. No patient samples were to be sent to the Newark lab until all issues raised by CMS have been fully resolved.

## About Walgreens

Walgreens (www.walgreens.com (http://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.walgreens.com&esheet=51360771&newsitemid=20160612005078&lan=en-US&anchor=www.walgreens.com&index=1&md5=d074d45688cac5427cc09de63d57343a) ), one of the nation's largest drugstore chains, is included in the Retail Pharmacy USA Division of Walgreens Boots Alliance, Inc. (Nasdaq: WBA), the first global pharmacy-led, health and wellbeing enterprise. More than 8 million customers interact with Walgreens each day in communities across America, using the most convenient, multichannel access to consumer goods and services and trusted, cost-effective pharmacy, health and wellness services and advice. Walgreens operates 8,173 drugstores with a presence in all 50 states, the District of Columbia, Puerto Rico and the U.S. Virgin Islands. Walgreens digital business includes Walgreens.com, drugstore.com, Beauty.com and VisionDirect.com. More than 400 Walgreens stores offer Healthcare Clinic or other provider retail clinic services.

11/3/22, 9:25 PM	Walgreens Terminates Relationship with Theranos; Will Be Closing Operations at All 40 Theranos Wellness Centers in Arizona | …

Case 5:18-cr-00258-EJD Document 1642-14 Filed 11/10/22 Page 5 of 5

View source version on businesswire.com:
http://www.businesswire.com/news/home/20160612005078/en/ (http://www.businesswire.com/news/home/20160612005078/en/)

# Contact(s)

Walgreens
Michael Polzin, 847-315-2920
http://news.walgreens.com (http://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fnews.walgreens.com&esheet=51360771&lan=en-US&anchor=http%3A%2F%2Fnews.walgreens.com&index=2&md5=1e13114bbfd113b9c1a2feebc825ad28)
@WalgreensNews (http://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Ftwitter.com%2FWalgreensNews&esheet=51360771&lan=en-US&anchor=%40WalgreensNews&index=3&md5=1448314b4d6742f86d92371d1a583e8e)
facebook.com/Walgreens (http://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Fwww.facebook.com%2FWalgreens&esheet=51360771&lan=en-US&anchor=facebook.com%2FWalgreens&index=4&md5=09c58caf2668d706d9e797360a2c3f23)