# Exhibit N



# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PARTNER INVESTMENTS, L.P., a Delaware limited partnership, PFM HEALTHCARE MASTER FUND, L.P., A Cayman Islands limited partnership, and PFM HEALTHCARE PRINCIPALS FUND, L.P., a Delaware limited partnership, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 12816-VCL |
| v. | ) ) | |
| THERANOS, INC., a Delaware corporation, ELIZABETH HOLMES, an individual, RAMESH BALWANI, an individual, and DOES 1-10 | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANT ELIZABETH HOLMES'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

Defendant Elizabeth Holmes hereby responds, pursuant to Court of Chancery Rules 26 and 33, to the First Set of Interrogatories (each an "Interrogatory" and, collectively, the "Interrogatories") served by Plaintiffs Partner Investments, L.P., PFM Healthcare Master Fund, L.P., and PFM Healthcare Principals Fund, L.P. (collectively, "PFM") as follows:

CONFIDENTIAL

**INTERROGATORY NO. 7:** DESCRIBE YOUR ownership stake in THERANOS, including without limitation ANY stock options.

**RESPONSE TO INTERROGATORY NO. 7:**

In addition to the General Objections, Holmes objects to this Interrogatory as the term "ownership stake" is not defined. Holmes interprets "ownership stake" to mean shares of Theranos stock held by Holmes and any options granted to Holmes.

Subject to and without waiver of the foregoing specific and general objections, Holmes states she holds 250,658,055 shares of Class B Common Stock, approximately 51% of Theranos's outstanding shares. The Theranos Board of Directors also granted Holmes an additional 39,070,955 restricted stock units.

**INTERROGATORY NO. 8:** STATE the amount of YOUR compensation or other benefit(s) from THERANOS for each year that YOU received ANY compensation or benefit(s).

**RESPONSE TO INTERROGATORY NO. 8:**

Subject to and without waiver of the foregoing general objections, Holmes states her salary has been as follows:

| Year | W-2 Wages |
|---|---|
| 2010 | $198,994.33 |
| 2011 | $198,939.12 |
| 2012 | $198,853.44 |
| 2013 | $198,826.32 |
| 2014 | $360,229.36 |
| 2015 | $390,182.80 |

**INTERROGATORY NO. 40:** IDENTIFY each and every PERSON whose testimony YOU intend to introduce or whom YOU expect to call as an expert witness at ANY hearing or trial in this case, describe the subject(s) about which that person will testify, and give a summary of his or her expected testimony.

**RESPONSE TO INTERROGATORY NO. 40:**

Subject to and without waiver of the general objections, Holmes states that she is willing to meet and confer with Plaintiffs regarding the appropriate timing and content of pretrial disclosures and briefing.

AS TO OBJECTIONS:

OF COUNSEL:

Stephen C. Neal
Cooley LLP
3175 Hanover Street
Palo Alto, California 94304
(650) 843-5000

Kathleen Goodhart
Cooley LLP
101 California Street, 5th Floor
San Francisco, California 94111
(415) 693-2012

 */s/ Catherine G. Dearlove*
Gregory P. Williams (#2168)
Catherine G. Dearlove (#3328)
Kevin M. Gallagher (#5337)
Sarah A. Galetta (#6157)
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700

*Attorneys for Defendant Elizabeth Holmes*

Dated:  December 12, 2016

28

STATE OF CALIFORNIA            :
                               : SS:
COUNTY OF SANTA CLARA          :

      I, Elizabeth Holmes, declare:

1. I have read the foregoing Defendant Elizabeth Holmes's Objections and Responses to Plaintiffs' First Set of Interrogatories, and I know the contents thereof. Certain matters set forth therein are not within my personal knowledge.

2. Said responses and objections were prepared with the assistance of counsel, upon whom I have relied. The responses set forth therein, subject to inadvertent and undiscovered errors, are based on and necessarily limited by information presently recollected and thus far discovered in the course of preparation of these responses. Consequently, I reserve the right to make changes in these responses if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available. Subject to the limitations as set forth herein, said responses are true to the best of my knowledge, information, and belief.

3. I declare under penalty of perjury and pursuant to the laws of the United States, the State of Delaware and the State of California that the foregoing is true and correct.

Dated this 12th day of December, 2016

                                                          Elizabeth Holmes

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Sworn to and subscribed before me this 12th day of December, 2016, by Elizabeth Holmes.

_____
Notary Public
My Commission Expires: 12/21/2019



TIFFANY M. L. CHASE
COMM. # 2135154
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires Dec. 21, 2019