# Exhibit R

**SIEMENS**

Siemens Healthcare Diagnostics Inc.

Product Update
August 2015

Important Product Information

ADVIA 1800 Clinical Chemistry Systems
ADVIA Chemistry Hemoglobin A1c_3, Automated Pretreatment Assay
ADVIA Chemistry Hemoglobin A1c_3M, Manual Pretreatment Assay
(A1c_3, SMN 10379673/10485591)

Dear Valued Customer,

Siemens Healthcare Diagnostics is committed to ensuring consistent quality processes through robust design systems and strict metrics to track the performance of an assay, commencing from development extending through manufacturing and into clinical use. The needs of your patients are always first in our mind.

In April 2014, Siemens received a number of escalated complaints from ADVIA® Chemistry System users citing A1c CAP survey failures due to a sample recovery bias outside NGSP recommended 6% accuracy guideline. Siemens was able to confirm the bias.

A Technical Task Team was formed to further investigate reagent performance and calibrator bottle value assignments of previously released reagent and calibrator lots and to make recommendations for improved performance on upcoming lots to insure greater accuracy on patient and survey sample recoveries. These recommendations include:

- Benchmarking calibrator bottle value assignments against NGSP certified samples for each new lot of calibrator for increased accuracy
- Enhanced monitoring of each new reagent lot for the assessment of lot-to-lot variability to ensure consistent, accurate recovery of patient samples

Enhanced value assignment processes and release criteria enabled closer alignment to NGSP-assigned values and have improved confidence in the assay performance.

- ADVIA Chemistry Systems demonstrated improved performance on the November 2014 and April 2015 CAP A1c surveys
- Mean bias vs. CAP target values were observed at close to 0% to achieve accuracy within the recommended NGSP guideline
- The ADVIA 1800 Chemistry System has achieved NGSP certification over the last three certification testing events.

**Siemens Healthcare Diagnostics Inc.**

P.O. Box 6101          800-441-9250
Newark, DE 19714-6101  www.siemens.com/diagnostics          Page 1 of 2

Siemens Healthcare Diagnostics   All rights reserved.

A91DX-CAI-151213-GC1-4A00

Confidential                                                                 THPFM0004198593

*Product Information ADVIA Chemistry A1c – August 2015*

Overall performance on the CAP survey has improved with the implemented enhanced processes. The technical task team is continuing to work towards future improvements on the performance of the current A1c_3 and A1c_3M assays.

Siemens values the trust you have put in us to help you deliver the highest levels of patient care possible. Please contact your local Siemens representative or contact us at 800-441-9250 if you have any questions regarding this information.

ADVIA® is an associated trademark of Siemens Healthcare Diagnostics.