# Exhibit S

# SIEMENS

**Urgent Medical Device Correction**
CC 16-03.A.US
January 13, 2016

**ADVIA Centaur® Systems**
**Dimension Vista® Systems**
**IMMULITE® Systems**

## Cross Reactivity of Fulvestrant in Siemens Healthcare Diagnostics Estradiol Assays

Our records indicate that your facility may have received the following products:

**Table 1.   Estradiol Assays Manufactured by Siemens Healthcare Diagnostics**

| Assay | Test Code | Catalog Number | Siemens Material Number (SMN) | Lot Number |
|---|---|---|---|---|
| ADVIA Centaur® Enhanced Estradiol[1] | eE2 | 10490889<br>10491445<br>10697757 | 10490889<br>10491445<br>10697757 | All lots |
| Dimension Vista® LOCI Estradiol[2] | E2 | K6463 | 10489099 | All lots |
| IMMULITE®/ IMMULITE 1000 Estradiol | E2 | LKE21<br>LKE21(D) | 10381132<br>10702832 | All lots |
| IMMULITE® 2000 Estradiol[3] | E2 | L2KE22<br>L2KE22 (D)<br>L2KE26<br>L2KE26 (D) | 10381178<br>10702833<br>10381177<br>10702834 | All lots |

1 The same reagents are used on the ADVIA Centaur, ADVIA Centaur XP, ADVIA Centaur XPT and ADVIA Centaur CP systems.
2 The same reagents are used on the Dimension Vista 500 and 1500 systems.
3 The same reagents are used on the IMMULITE 2000 and IMMULITE 2000 XPi systems.

### Reason for Correction

Siemens Healthcare Diagnostics is conducting a correction for the Estradiol products listed in Table 1. Siemens has confirmed the drug fulvestrant (Faslodex®) may cause falsely elevated estradiol results in the assays listed.

---

Siemens Healthcare Diagnostics Inc. All Rights Reserved.                                    Page 1 of 5

511 Benedict Avenue                                                                          Urgent Medical Device Correction
Tarrytown, New York 10591                                                                    CC 16-03.A.US January 13, 2016
www.siemens.com/diagnostics

Confidential                                                                                THER-AZ-05097313

*Cross-Reactivity of Fulvestrant in Siemens Healthcare Estradiol Assays*

Siemens performed an investigation to determine the impact of fulvestrant cross reactivity in the Siemens Estradiol assays. Samples were measured neat and spiked with fulvestrant. A summary of the investigation results is shown in Table 2.

**Table 2.   Investigation Results on the ADVIA Centaur, Dimension Vista, and IMMULITE Systems**

| Estradiol Assay | Estradiol Result of Neat Sample, pg/mL (pmol/L) | Estradiol Result of Spiked Sample, pg/mL (pmol/L) | %Change | %Cross Reactivity |
|---|---|---|---|---|
| ADVIA Centaur^ | 39.61 (145.4) | 304.5 (1118) | 669 | 1.1 |
| ADVIA Centaur^ | 179.3 (658.1) | 477.0 (1751) | 166 | 1.2 |
| Dimension Vista* | 2.58 (9.47) | 381.86 (1401) | 14700 | 1.9 |
| Dimension Vista* | 187.6 (688.5) | 636.0 (2334) | 239 | 2.2 |
| IMMULITE/IMMULITE1000* | <20 (73.4) | 74.4 (273.1) | N/A | N/A |
| IMMULITE/IMMULITE1000* | 182.2 (668.7) | 250.6 (919.7) | 37.5 | 0.34 |
| IMMULITE 2000* | 21.6 (79.3) | 83.3 (305.7) | 286 | 0.31 |
| IMMULITE 2000^ | 49.07 (180.1) | 126.7 (465.0) | 158 | 0.31 |
| IMMULITE 2000* | 200.6 (736.2) | 270.2 (991.6) | 34.7 | 0.35 |

^Sample was spiked with 25,000 pg/mL (41,201 pmol/L) fulvestrant; *Sample was spiked with 20,000 pg/mL (32,961 pmol/L) fulvestrant. (20,000 pg/mL is a representative Cmax of fulvestrant.)

%Change = ((spiked sample result – neat sample result)/neat sample result) X 100

%Cross Reactivity = ((spike sample result in pg/mL – neat sample result in pg/mL)/concentration of fulvestrant spiked in pg/mL) X 100

**Siemens Healthcare Diagnostics Inc.** All Rights Reserved.                              Page 2 of 5

511 Benedict Avenue                                                                      Urgent Medical Device Correction
Tarrytown, New York 10591                                                                CC 16-03.A.US January 13, 2016
www.siemens.com/diagnostics

Confidential                                                                             THER-AZ-05097314

*Cross-Reactivity of Fulvestrant in Siemens Healthcare Estradiol Assays*

## Risk to Health

The risk to health applies to all patients being treated with the drug fulvestrant. The cross reactivity could lead to falsely elevated estradiol test results leading to an inappropriate clinical assessment of estrogen status.

Fulvestrant is used in post-menopausal women treated for estrogen receptor positive recurrent stage IV breast cancer. If the listed estradiol assays are used to assess the menopausal status of such a patient population, falsely elevated estradiol levels could lead the clinician to misinterpret the patient as pre-menopausal possibly leading to altered or discontinued use of the potential beneficial drug fulvestrant. If this situation has occurred, reassessing the menopausal status of the patient by other means or using an alternate estradiol measurement should be considered.

<u>It is important to note that estradiol concentrations in fulvestrant-treated women should only be measured by an assay that demonstrates negligible cross reactivity with fulvestrant</u>. It is possible that Liquid Chromatography-Mass Spectrometry (LC-MS) assays may differentiate fulvestrant (molecular weight 606.772 g/mol) from estradiol (molecular weight 272.382 g/mol).

## Actions to be Taken by the Customer

- Please review this letter with your Medical Director.

- Siemens has demonstrated significant interference of fulvestrant with the listed Estradiol immunoassays and therefore, these assays should not be used when monitoring estradiol levels in patients being treated with the drug fulvestrant.

- For patients being treated with fulvestrant, an alternate method such as LC-MS which is not expected to show cross reactivity to fulvestrant should be used to measure estradiol concentrations.

- Siemens' Estradiol assays may continue to be used to report results for patients not on fulvestrant therapy; these assays should not be used for patients being treated with fulvestrant.

- Complete and return the Field Correction Effectiveness Check attached to this letter within 7 days.

- If you have received any complaints of adverse events associated with the products listed in Table 1, immediately contact your local Siemens Customer Care Center or your local Siemens technical support representative.

Please retain this letter with your laboratory records, and forward this letter to those who may have received this product.

We apologize for the inconvenience this situation may cause. If you have any questions, please contact your Siemens Customer Care Center or your local Siemens technical support representative.

Siemens Healthcare Diagnostics Inc. All Rights Reserved.    Page 3 of 5

511 Benedict Avenue
Tarrytown, New York 10591
www.siemens.com/diagnostics

Urgent Medical Device Correction
CC 16-03.A.US January 13, 2016

Confidential                                                                 THER-AZ-05097315

*Cross-Reactivity of Fulvestrant in Siemens Healthcare Estradiol Assays*

Product availability may vary from country to country and is subject to varying regulatory requirements. Due to local regulations, the ADVIA Centaur XPT is not available in all countries.

## Additional Information

Fulvestrant (Faslodex®) is an estrogen receptor antagonist which is used in the treatment of stage IV recurrent breast cancer in post-menopausal women with estrogen receptor positive breast cancer. Fulvestrant is used when other anti-estrogen drugs have failed. Fulvestrant has a similar chemical structure to estradiol and may cross-react with the antibodies used in immunoassays.

## Frequently Asked Questions

### What should I communicate to oncologists who order or have ordered an Estradiol test?

*Notify your oncologists that fulvestrant will increase the apparent concentration of estradiol in women being treated with this drug. If treatment with fulvestrant has been altered or discontinued as a result of falsely elevated estradiol results, the menopausal status of the patient should be assessed by other means or in conjunction with an estradiol assay that is not impacted by fulvestrant cross reactivity. It is possible that LC-MS chromatographic assays for estradiol may not be impacted by fulvestrant.*

### Are there other drugs that could cross react in these assays?

*Siemens also tested finasteride, dutasteride, exemestane, and formestane and found negligible cross reactivity with the Estradiol assays. With the advent of new steroid based medications with similar chemical structures to estradiol, there is the possibility of cross-reactivity and falsely elevated results. For diagnostic purposes, the results should always be assessed in conjunction with the patient's medical history, clinical examination and other findings. If the estradiol results are inconsistent with clinical evidence, additional testing is suggested to confirm the result.*

ADVIA Centaur, Dimension Vista, Dimension Vista LOCI and IMMULITE are trademarks of Siemens Healthcare Diagnostics.

Siemens Healthcare Diagnostics Inc. All Rights Reserved.   Page 4 of 5

511 Benedict Avenue
Tarrytown, New York 10591
www.siemens.com/diagnostics

Urgent Medical Device Correction
CC 16-03.A.US January 13, 2016

Confidential   THER-AZ-05097316