# Exhibit V

Message

| | |
|---|---|
| **From:** | Ryan Karpel [/O=THERANOS ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=RYAN KARPELD72] |
| **Sent:** | 3/15/2015 3:51:12 PM |
| **To:** | Elizabeth Holmes [eholmes@theranos.com] |
| **CC:** | Daniel Edlin [dedlin@theranos.com] |
| **Subject:** | Updated Access Quotes + Anecdotes 3/15 |

Elizabeth, Dan,

Attached are updated guest quotes and phlebotomist anecdotes. Below is a highlight from this week's feedback.

*"As someone who falls through the health care insurance cracks and pays for services myself, the drastically reduced cost of your tests will greatly increase the frequency and scope and thus the benefits of my bloodwork. Thank you."*

Thanks,

Ryan

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Ryan Karpel
**Sent:** Sunday, March 08, 2015 9:10 AM
**To:** Elizabeth Holmes
**Cc:** Daniel Edlin
**Subject:** RE: Updated Access Quotes + Anecdotes

I hope this week went well. I've attached updated documents that include an additional guest quote and several additional anecdotes from our phlebotomists. This week' updates include a guest who traveled from Texas and several

guests who opted to visit Theranos because their insurance would not cover additional routine lab testing they wanted (i.e. returning guest who monitors his prostate frequently and his insurance would not cover any more lab testing).

Thanks,

Ryan

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Ryan Karpel
**Sent:** Sunday, March 01, 2015 12:39 PM
**To:** Elizabeth Holmes
**Cc:** Daniel Edlin
**Subject:** Updated Access Quotes + Anecdotes

I've updated the attachments with guest quotes and phlebotomist visit descriptions from this past week (2/21-2/28). Below are some of the highlights; one includes an ER physician referring a guest and advocating for Theranos due to costs compared to inpatient lab testing.

**Highlights**:

**Guest Quotes from the Experience Survey**:
- "At last, a common sense, fair priced and fast system. Thanks."
- "Great service at a very reasonable price. Open more centers so I don't have to drive 100 miles!"

**Phlebotomist Anecdotes from Visit Reports**:
- This is a first time visit for our guest who was referred to us by a doctor in the emergency room. This was a power perform check-in. In the perform room, I asked the guest how he heard about us and he said by a doctor

in the emergency room. I believe I met this doctor at a previous time. I remember how excited he was about Theranos and wanted to learn more about us so I sent his information to our sales rep. I also remember the doctor saying that he did not know how the hospital would feel about sending patients to us, he said he knows how expensive lab work is especially for patients without insurance and sending them to Theranos would better ensure that they are able to have blood work done at an affordable rate.

- Return Guest. Guest loves our low prices. Guest lives in Buckeye and wishes there was a closer location.

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 22, 2015 5:34 PM
**To:** Ryan Karpel
**Cc:** Daniel Edlin
**Subject:** RE: Sourcing Guests Contact Information

Great to see this. Do keep these coming; you can cc Dan on these as well and he will make sure they are integrated with other content as relevant here.

**From:** Ryan Karpel
**Sent:** Saturday, February 21, 2015 11:28 AM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

Elizabeth,

I've parsed and reviewed survey/phlebotomists report data from this past week and added this week's findings (21 new bot anecdotes, 1 new guest survey response) to the documents previously used. I'll continue to maintain the files on a weekly cadence, but wanted to make sure the most current info is readily available for you and the team.

THPFM0003869726

Highlights from additional anecdotes:

*This couple came from Kingman AZ after hearing about our prices. Both husband and wife are without insurance and their labs usually run them around $500 dollars. They are so grateful that Theranos is around but wish we would head up north.*

*Guest was very pleased with how affordable prices are. He is going through chemo and does not have insurance. So getting a break with lab work prices helped him a lot.*

*This was a first time guest, referred by his doctor. He was so excited to try us out, he recently lost his insurance and is self pay now, and we saved him a few hundred dollars he said compared to what Sonora Quest was going to charge him.*

*First time guest. He was 4 years old and his mother said they don't have insurance.*

Thanks,

Ryan

**Ryan Karpel**
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Monday, February 16, 2015 12:32 PM
**To:** Ryan Karpel
**Subject:** Re: Sourcing Guests Contact Information

Great thanks Ryan.

THPFM0003869727

On Feb 16, 2015, at 9:05 AM, Ryan Karpel <rkarpel@theranos.com> wrote:

Elizabeth,

I went through all of the accessible (12/-2/15) Visit Report data and updated the document; unfortunately the convert to PDF function isn't working this morning, but given the potential for time-sensitive information in preparation for tomorrow, I wanted to get this over now. The XLS is also current, too.

Below are a few highlights from the new information included. One trend I noticed was the high number of insured guests and their rationale for choosing Theranos being their onus in being fiscally responsible for their health care.

...

*Guest was on the phone with LabCorp comparing prices when she walked into the visit. We are considerably less expensive with our prices. She is very happy with this because she does not have insurance.*

*Returning guest referred by his doctor. The guest stated that he has a high deductible insurance so it's important to him to go to a lab with affordable pricing.*

*This is a returning guest. She said she was referred to us by 2 of her doctors. Our guest has insurance but pays out of pocket because her insurance says she has a pre-existing condition and will not cover this. No procedural issues.*

Thanks,
Ryan

**Ryan Karpel**
Program Manager

Theranos, Inc.

Mobile: 480.845.8651

rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304

650-838-9292   www.theranos.com

THPFM0003869728

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 9:31 PM
**To:** Ryan Karpel
**Subject:** Re: Sourcing Guests Contact Information

Great

On Feb 15, 2015, at 8:26 PM, Ryan Karpel <rkarpel@theranos.com> wrote:

Please see attached.

Thanks,

Ryan

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651

rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 9:13 PM
**To:** Ryan Karpel
**Subject:** RE: Sourcing Guests Contact Information

Thanks for this. please do send this one in PDF if easy to do

**From:** Ryan Karpel
**Sent:** Sunday, February 15, 2015 7:27 PM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

THPFM0003869729

I'm attaching an updated XLS with a new tab which includes anecdotes from phlebotomist visit reports completed within the .PSC application. Our phlebotomists complete a visit report for every visit within a PSC. The report allows for anecdotal comments the bots can provide about each respective visit. Below are some examples of the comments. I've parsed through some of the data since Dec 15th and in the worksheet titled "Access Dec15-Bot Visit Report" there is the date of the visit, WAG store location, accession number (which can render patient name, identifying information), and the phlebotomist comments. I'll continue to go through the reports from the past few months and will continue to add to this file.

~

*Guest came to Theranos because he lost his job and insurance, has to pay for tests out of pocket. Was very happy to learn it was FS only because he is afraid of needles. Would like a copy of the test results mailed to his home address.*

*This was a first time guest, referred by her doctor. She said she was in between insurance companies, so was self-paying, and we saved her a ton of money. She also said this was very convenient for her, right on her way home from work.*

*First time guest referred by his doctor. Guest stated that he is self-employed and is without insurance coverage. He said that he found this location convenient and the pricing affordable. He was surprised that we are able to perform all his tests with such a small amount of blood.*

*First time Guest referred by* ▮▮▮▮▮▮▮ *She couldn't believe their was a lab inside Walgreens. She is an Insurance specialist and said she has alot of elderly Clients and will refer them to us in the future because a lot of them don't have Insurance.*

*This is a first time visit for our guest who was accompanied by his father. His father and mother have both used Theranos before. Our guest is very afraid of needles and was hoping for a finger stick but they need all the tests run so he did not switch to a finger stick. In the perform room, the guest's father said the last time he used LabCorp, his insurance was billed out of network and had to pay a bill over $2,000.00. No procedural issues.*

*This was a first time guest, a two year old that was referred by his doctor. The mother said this was the first time he's ever had his blood drawn so she was a little nervous for him, and he came in already scared. As soon as I put the tourniquet on to check his arm he started flailing around and screaming and crying. I called the pharmacist in for assistance and together, we got the job done. The mom was just so grateful the doctor referred her here because she and her husband don't have insurance and are on a very tight budget. This helped them save a lot of money and even though the procedure scared her child, as soon as the needle was out of his arm he stopped crying. This seemed to relieve her and overall I feel that she was happy with the procedure. She didn't speak English very well, and because her son was trying to get into my supplies and draw on things with my pen, I just sent the survey to her phone. I didn't feel this was an appropriate situation to try to get her to do the iPad survey.*

THPFM0003869730

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 7:36 PM
**To:** Ryan Karpel
**Subject:** RE: Sourcing Guests Contact Information

Great – keep any updates to the documents coming as relevant/if there are people or stories we haven't incorporated yet,

**From:** Ryan Karpel
**Sent:** Sunday, February 15, 2015 6:34 PM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

Awesome. Let me know if/where I can help anywhere else.

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this

THPFM0003869731

email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 7:33 PM
**To:** Ryan Karpel
**Subject:** RE: Sourcing Guests Contact Information

Thanks for checking. These are all internal only for people with authorized access – got what we needed on format from .xls in the meantime so no need to send in pdf right now.

**From:** Ryan Karpel
**Sent:** Sunday, February 15, 2015 6:22 PM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

Absolutely, working on this now. Should guest names still be included or scrubbed? Just thinking about PHI, not sure if that is a consideration here.

Thanks,
Ryan

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 7:19 PM

THPFM0003869732

**To:** Ryan Karpel
**Subject:** Re: Sourcing Guests Contact Information

Thanks for this Ryan. If this is easy to pdf, please resend as a pdf.

On Feb 15, 2015, at 5:14 PM, Ryan Karpel <rkarpel@theranos.com> wrote:

Elizabeth,

I know you and the team are working on next steps, but I did want to share additional guests that provided relevant commentary in their feedback from our survey, as it may be useful to build a pipeline of guests to engage (if appropriate) as our work on this develops. Also, if we can get to a sufficient sample size of guests indicating their uninsured and/or at a disadvantage re access, we could run a quick demographic study based on zip codes of these guests to see if there is any consistent geographical/socioeconomic representation. Either way, I'm attaching the growing list of guest names and feedback, should we ever wish to leverage. I am also around all day tomorrow if there is any vetting or follow up that needs to be done with consumers, providers, etc., here in Arizona prior to Tuesday.

Thanks,

Ryan

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 4:33 PM
**To:** Ryan Karpel
**Subject:** RE: Sourcing Guests Contact Information

Thanks for this note Ryan --

THPFM0003869733

**From:** Ryan Karpel
**Sent:** Sunday, February 15, 2015 3:33 PM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

That's great, please do let me/us know how/when we can help. Thank you again for engaging us on this.

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile:  480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292    www.theranos.com

**From:** Elizabeth Holmes
**Sent:** Sunday, February 15, 2015 4:32 PM
**To:** Ryan Karpel
**Subject:** RE: Sourcing Guests Contact Information

Exactly. We're working through everything in the PPT and will loop in on when/who to reach out to

**From:** Ryan Karpel
**Sent:** Sunday, February 15, 2015 3:27 PM
**To:** Elizabeth Holmes
**Subject:** Re: Sourcing Guests Contact Information

Yes, they were. I also have sourced a few more from the historical survey data and am looking to see if any of the guests are repeat guests; I figured if they've returned more than once, the impact is even more substantive and could be a great value story.

Thanks,

Ryan

**Ryan Karpel**
Program Manager
Theranos, Inc.

Office: 650-213-0437

Cell:  480-845-8651

rkarpel@theranos.com

On Feb 15, 2015, at 4:19 PM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

Thanks for sending this and for the detail on this below. Were these quotes the same listed in the PPT from this morning?

**From:** Ryan Karpel
**Sent:** Friday, February 13, 2015 11:49 PM
**To:** Elizabeth Holmes
**Subject:** RE: Sourcing Guests Contact Information

Elizabeth,

Sorry for the additional e-mail, but I wanted to elaborate on my plan in identifying a Theranos guest can speak from a consumer perspective. Below is a proposed plan that, if approved, I can begin work on early tomorrow morning.

If this is something you're comfortable with, I will coordinate with Tracy, Kim, and Sonia to execute. In the interim, I'll continue to aggregate relevant comments from the Experience Survey that, when applicable, can be leveraged for content purposes.

**Immediate plan of action**

1.    Identify guests based on Experience Survey comments and potentially phlebotomist anecdotes (if we're able to trace this to a specific guest – Sonia already has reached out to the Bots). I've done some additional analyses and added to the table below

2.    Provide you with the list of guests to engage for this and receive approval (far column to the right in the table below)

3.    Contact a Theranos team member that can look up guest contact information using unique identifiers (Response ID, Accession #s, etc.).

4.    Starting tomorrow (or whenever the first contact information is readily available) reach out to the quest with preliminary questions to further assess their experience and potential interest in participating

a.    Potential Questions:

THPFM0003869735

i. What part of the Phoenix area do you live in?

ii. Please tell me more about your experience at Theranos.

iii. Why did you choose Theranos?

iv. Have you previously experienced any issues or challenges in getting your lab work done?

v. How did price and cost impact your decision to choose Theranos?

vi. How would you describe the impact of price and cost after your experience?

vii. (depending on answers from above ?s) Would you be interested in taking part of a project we're working on where you can get involved in changing the industry by advocating for direct-to-consumer testing?

5. Summarize initial discussions with the guests and get your feedback on next steps re moving forward, next conversation, scheduling meet and greet, etc.

6. Schedule either a second conversation (this weekend or Monday) over teleconference with more Theranos team members to talk in more granular detail about Tuesday and as well as the additional work we have to do here

| Response ID | Guest Name | Date of Visit | Comments | Approval to reach out for initial screening? |
|---|---|---|---|---|
| 23806 | | 12/19/2014 | Great experience. Thank u for making this so much easier and more affordable for those with limited insurance options. | |
| 15689 | | 10/7/2014 | Great concept, love it! Especially for those who don't have insurance. | |
| | | 9/23/2014 | I had never heard of your facility or service before today. I was so impressed that I came home and researched THERANOS. I spent the first 20 years of my career working in healthcare and physician clinics.I was blown away not only by the prices being so low, but you published them! I'm going to find out why my insurance doesn't use this lab..it will save the company. You can bet I will be referring all my friends to you! | |
| | | 9/19/2014 | Safeway and cvs should be added. This is the best thing for us who have no insurance. Thankyou so very much. Get into show low, AZ. | |

| 16962 | ███████ | 10/19/2014 | As my Dr requested multiple lab tests I thought I would have to go to a Walgreens that had a Phlebotomist on site, but the tech was able to take 3 painless finger pricks. I don't have insurance and really appreciate your phenomenal pricing and services! | |
| 17071 | ███████ | 10/22/2014 | Very professional quick & easy. The price is a Godsend for those of us who are without health insurance. Thank you!! | |
| 16947 | ███████ | 10/18/2014 | I usually pay over $200 for lab work, today for 4 tests I paid only $27!!!! That is unheard of. I appreciate someone thinking of people that can't afford to pay a lot for healthcare. This was so convenient. I'm going to recommend theranos to my friends and family. | |
| 14754 | ███████ | 9/12/2014 | The main reason I went was because of the cost. I am often sent a high bill for my bloodwork with insurance. When I got there, the service was fast, the ladies were super and professional and I must say, it was the best experience I have ever had. Plus, no bruising whatsoever! I will continue going there for my bloodwork from now on and thank you! | |
| 14875 | ███████ | 9/17/2014 | lab was referred to me by Naturopath to save money due to large deductible for insurance.  I was a little unsure but have used Walgreens and CVS for flu shots so I trusted the referral.  I came in fasting and was in and out in 20 minutes.  Sonora Quest and Lab Corp was a minimum of 30 min. in my past experience.  I have waited as long as 45 min. at those facilities. | |
| 15155 | ███████ (works at provider office) | 9/22/2014 | My boss is a physician and is also my primary care doctor; she sends most of our patients to Theranos now because the pricing is unbeatable, you submit to insurance, don't charge draw fees, get results back in two days, and all of our patients have reported a pleasant experience at Theranos. My experience was pleasant, also, and the technician was good. The process is quick and simple and we hope you expand into | |

THPFM0003869737

| | | | | |
|---|---|---|---|---|
| | | | more Walgreens locations. | |
| 28593 | ▓▓▓▓▓ | Pending Confirmation | I don't have health insurance and I am SO GRATEFUL for companies like your that are changing the face of healthcare. Thank you for making it actually affordable!! | |
| 27610 | ▓▓▓▓▓ | Pending Confirmation | Low cost is important for those items not covered by insurance | |
| 24879 | ▓▓▓▓▓ | Pending Confirmation | Best idea anybody has ever had love prices I have no insurance | |
| 10238 | ▓▓▓▓▓ | 7/24/2014 | Not only was the blood draw painless, but ir is the price point.  I can actually afford lab work with out insurance. Totally awesome ! | |

Ryan Karpel
Program Manager
Theranos, Inc.
Mobile: 480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT — This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292   www.theranos.com

**From:** Ryan Karpel
**Sent:** Friday, February 13, 2015 11:16 PM
**To:** Elizabeth Holmes
**Subject:** Sourcing Guests Contact Information

Elizabeth,

During our conversation I mentioned a potential resource for this project being our Wellness Center Experience Survey Data. The data includes direct comments from the guests, as well as a unique identifier (Response ID);should we potentially want to reach out to anyone based on their anecdotal comments after a visit. I've provided examples in the table below.

I wanted to get your feedback and approval on parsing more of the data and finding comments similar to the quotes below and then working with the dev team (or whoever has privileges to access this information) to locate any contact information we may have on the respective guest. I imagine the Response ID and Patient Name can be cross-referenced in other systems and potentially render phone numbers to reach these guests. I was then thinking (if you approve), over the next 24-48 hours, either myself or a team, essentially cold call the guests with a brief screener we develop to learn more about the guest (demographics, socioeconomic status), as well as their experience at Theranos.

Please let me know your thoughts.

Thanks again for speaking with us today.

Ryan

| Response ID | Patient Name | Comments |
|---|---|---|
| 28593 | ████████████ | I don't have health insurance and I am SO GRATEFUL for companies like your that are changing the face of healthcare. Thank you for making it actually affordable!! |
| 27610 | ████████████ | Low cost is important for those items not covered by insurance |
| 24879 | ███████ | Best idea anybody has ever had love prices I have no insurance |

**Ryan Karpel**
Program Manager
Theranos, Inc.
Mobile:  480.845.8651
rkarpel@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this

THPFM0003869739

email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.

Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304

650-838-9292   www.theranos.com

<Experience Survey Guest Access Quotes.xlsx>

<Bot Visit Report - Access Anecdotes.pdf>

<Bot Visit Report - Access Anecdotes.docx>

<AZ Access Quotes & Anecdotes.xlsx>

THPFM0003869740

File Produced in Native Format

Confidential

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 1/15/2015 | WAG1272 | 132603 | First time guest. He arrived here at about 5:45am. I apologized and explained that the tech wouldn't be here until 6am. He said it was fine he arrived early so he could find the location not knowing it was inside Walgreens. The WAG Tech, ▓▓▓▓ didn't arrive until 6:12am. I was unable to process him manually because he was paying cash. When he came into the PSC I apologized to him about the wait. He doesn't have insurance at the moment and the doctor sent him here so he could have money verses getting the tests done at the doctors office. He was happy with the prices |
| 1/15/2015 | WAG3657 | 132624 | Guest was referred by ▓▓▓▓. Guest liked the finger stick and said that it was much better than a venous draw. Guest loved our prices because he is self pay. |
| 1/15/2015 | WAG5776 | 132801 | First time guest to Theranos. Guest was referred by his doctor. He was very pleased to know that Theranos offers their services in Walgreens. He thought it was very convenient. He was pleased with the prices we offer because he was a cash pay. |
| 1/15/2015 | WAG11610 | 132859 | First time theranos guest. guest was referred to us by his dr and he was very happy about our prices because he currently does not have health insurance. there was a delay with check in because of transcription. wag tech did finger stick and did a great job. guest was a great bleeder and no issues to report of during collection. |
| 1/16/2015 | WAG1272 | 133011 | First time guest he couldn't believe that we could come to Walgreens and have his labs done. He was shocked at the prices. He said with those prices since he doesn't have insurance he will definitely be coming back in the future. |
| 1/16/2015 | WAG2851 | 133253 | first time, guest is from Canada but heard about theranos from a friend that lives in Arizona and he has been watching to try our service and was happy to finally get the opportunity. guest said that he likes how affordable our prices are. no issues, filled out survey using ipad |
| 1/17/2015 | WAG3657 | 133549 | The guest is new Phoenix and like Theranos because of the price, which she could afford it. She was pleased with the service. |

THPFM0003869742

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 1/17/2015 | WAG3477 | 133579 | This was the guests' first visit with us. His draw went very well. He said his Dr. suggested coming here because guest gets a big bill when he has labs done. He was happy to find out about us and our prices. He said it was really close to where he lives and convenient. guest also did survey on IPad. He said he was glad he came here and will continue to do so. |
| 1/20/2015 | WAG3657 | 134123 | Guest was referred by her doctor at IMS. She came here because she does not have insurance. She loved our prices and will come back next time she needs blood work. |
| 1/20/2015 | WAG5776 | 134367 | First time guest Spanish speaking, she was very happy that Theranos has such low prices since she doesn't have insurance and suffers from high blood pressure. Very happy it only took a fingerstick, no procedural issues. |
| 1/21/2015 | WAG5776 | 134597 | First time guest to Theranos. Guest was referred by her doctor because she doesn't have insurance and the prices we offer were very affordable for her. She was pleased with how easy it was to get her labs done with the fingerstick. Guest stated she will be returning.Check in was more than 5 minutes because of transcription.Procedure was more than 5 minutes because of a failed fingerstick and the guest collected her UA here. |
| 1/26/2015 | WAG1272 | 136454 | First time guest, procedure was quick and painless, his Doctor send him to us since he had no insurance, he said he loved our prices. |
| 1/27/2015 | WAG1272 | 136703 | First time guest. His doctor recommended that he come here because he has to now pay out of pocket for blood work. HE has many bills with other labs because he is unable to pay them at the time of draw. He was grateful for the prices and everything that Theranos is doing.During check in the Check-in Tech ▓▓▓ said she forgot she had a Guest processing. ▓▓▓▓ seen the guest still sitting in the waiting area and finished the visit.▓▓▓▓ as well as myself apologized to the guest but he said it was fine he seen that the pharmacy was busy. |
| 1/29/2015 | WAG3657 | 137446 | Guest was referred by ▓▓ ▓▓▓▓▓▓. Guest is self pay and loves our low prices. Guest liked the finger stick and said that he will come back next time he needs blood work. |
| 1/30/2015 | WAG4434 | 137875 | Guest said she would like to see a Theranos closer to her home in Anthem, she liked the prices and the convenience of coming into a Walgreens. No collection issues. |
| 1/16/2015 | WAG4508 | 133072 | First time guest referred by his doctor.  The guest stated how convenient Theranos compared to Lab Corp and the |

THPFM0003869743

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| | | | pricing makes a big difference since he is with out insurance.  The check in was delayed during transcription. |
| 1/16/2015 | WAG13596 | 133166 | Guest came to Theranos because he lost his job and insurance, has to pay for tests out of pocket. Was very happy to learn it was FS only because he is afraid of needles. Would like a copy of the test results mailed to his home address. |
| 1/16/2015 | WAG13596 | 133226 | Guest referred by his physician due to his lack of insurance coverage, inquired about origins of Theranos. States this is awesome."" |
| 1/16/2015 | WAG4508 | 133231 | First time guest referred by her doctor.  The guest stated that she doesn't have insurance and was glad when her doctor told her about Theranos and how much money it would save her.  Check in and the procedure went smooth although she did have to wait for the perform room to become available.  After guest had checked in she was reminded of a previous appointment so she went to that and came back afterwards |
| 1/16/2015 | WAG4620 | 133328 | This was a guest who was referred to us by her physician. She is without insurance and loved our prices.  She was happy I only stuck her once.  She stated that she would usually be stuck several times. |
| 1/16/2015 | WAG3049 | 133347 | This was a first time guest, referred by her doctor.  She said she was in between insurance companies, so was self paying, and we saved her a ton of money.  She also said this was very convenient for her, right on her way home from work.  She was worried and warned me that she may pass out because she has a tendency to do so, but there were no issues with that, and the procedure itself went great.  She was willing to do the iPad survey but then I had a mix up somehow of labels on the vacutainers so I was trying to figure that out and wasn't going to make her wait while I did that.  I told her I would text her a link and it would be very appreciated if she was able to take a moment to complete that when she was able.  She told me she thought I was great and she loved that she was able to get in and out so quickly. |
| 1/20/2015 | WAG5776 | 134367 | First time guest Spanish speaking, she was very happy that Theranos has such low prices since she doesn't have insurance and suffers from high blood pressure. Very happy it only took a fingerstick, no procedural issues. |

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|---|---|---|---|
| 1/21/2015 | WAG5776 | 134597 | First time guest to Theranos. Guest was referred by her doctor because she doesn't have insurance and the prices we offer were very affordable for her. She was pleased with how easy it was to get her labs done with the fingerstick. Guest stated she will be returning.Check in was more than 5 minutes because of transcription.Procedure was more than 5 minutes because of a failed fingerstick and the guest collected her UA here. |
| 2/10/2015 | WAG3049 | 141496 | This was a first time guest, referred by his doctor. He was here with his mom for help because he had a broken foot. They were both very vocal about how great they think Theranos is. The procedure itself was perfect, no issues. The mom said she thought it was awesome how much money we saved them, even with insurance, they have a very high deductible and usually end up getting slapped with a large bill later on for blood work, that they then have to make payment arrangements for. They both thought it was great now quickly they were able to get in and out, no hour long waiting and he was happy to do the survey for me. |
| 12/15/2014 | WAG5668 | 125234 | Guest was very happy that the test were very affordable sense he does not have insurance. Guest did not want any water. |
| 12/16/2014 | WAG3464 | 125534 | Guest has no insurance so her doctor told her about us and our prices. No issues. |
| 12/16/2014 | WAG4620 | 125607 | This was her first visit with us, referred by her physician. She is without insurance and was trilled with the price. |
| 12/16/2014 | WAG3132 | 125679 | Guest was referred by her Doctor because she doesnt have insurance. Guest was very pleased by the services and visit and most of all the prices she said she will be back for any future lab work. |
| 12/17/2014 | WAG4508 | 125847 | First time guest referred by his doctor. Guest stated that he is self employed and is without insurance coverage. He said that he found this location convenient and the pricing affordable. He was surprised that we are able to perform all his tests with such a small amount of blood. The check in was slightly delayed during transcription and the procedure was delayed by the urine collection including while he was collecting the urine specimen I started with the next guest. |

Confidential

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 12/17/2014 | WAG6582 | 125937 | First time Guest referred by ▓▓▓▓▓▓ She couldn't believe their was a lab inside Walgreens.  She is an Insurance specialist and said she has alot of elderly Clients and will refer them to us in the future because alot of them don't have Insurance. |
| 12/17/2014 | WAG3464 | 126020 | Guest is return Guest, no procedural issues.  She does not have insurance and thus is very grateful for the very affordable prices and the great service we offer. |
| 12/18/2014 | WAG1272 | 126353 | Patient came in with her mom and brother, he was referred by their Doctor. Mom was happy about our prices since they had no insurance. Guest was  not able to provide with enough urine, I told them he could take a kit home but she said today was her only day off. I let her know that they may ask for another urine sample and she said it was fine. |
| 12/18/2014 | WAG4507 | 126356 | This is a first time visit for our guest who was accompanied by his father. His father and mother have both used theranos before. Our guest is very afraid of needles and was hoping for a finger stick but they need all the tests run so he did not switch to a finger stick. In the perform room, the guest's father said the last time he used LabCorp, his insurance was billed out of network and had to pay a bill over $2,000.00. No procedural issues. |
| 12/19/2014 | WAG6582 | 126465 | First time Guest referred by Deseret Family Medicine.  She really needed her labs done and did not have Insurance.  Once she found out what she owed she wasn't sure if she could afford it, she was pretty shook up.  So, we had some Theranos cards that our sales rep left us for special circumstances and the Wag Tech gave her one.  She was so appreciative, she was almost in Tears.  She said we made her day and she will forever come back to Theranos for her future labs. |
| 12/19/2014 | WAG4434 | 126543 | Our guest today is another first timer who was sent to us from her doctor as she has no insurance currently. |
| 12/22/2014 | WAG4620 | 127019 | This was a new guest.  He is without insurance.  Very kind man, not much to say. |
| 12/27/2014 | WAG3048 | 127834 | Guest said she pays cash does not have insurance loves our prices. No collection issues. |

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 1/2/2015 | WAG3049 | 128915 | This was a first time guest, a two year old that was referred by his doctor.  The mother said this was the first time he's ever had his blood drawn so she was a little nervous for him, and he came in already scared.  As soon as I put the tourniquet on to check his arm he started flailing around and screaming and crying.  I called the pharmacist in for assistance and together, we got the job done.  The mom was just so grateful the doctor referred her here because she and her husband don't have insurance and are on a very tight budget.  This helped them save a lot of money and even though the procedure scared her child, as soon as the needle was out of his arm he stopped crying.  This seemed to relieve her and overall I feel that she was happy with the procedure.  She didn't speak English very well, and because her son was trying to get into my supplies and draw on things with my pen, I just sent the survey to her phone.  I didn't feel this was an appropriate situation to try to get her to do the iPad survey. |
| 1/5/2015 | WAG3048 | 129181 | The first EDTA CTN would not wick had to do a second stick to collect it. The Guest said he loved our prices he does not have insurance. |
| 1/6/2015 | WAG4434 | 129769 | Guest is new to theranos, and was referred by his doctor because he does not have insurance.  A venous draw was performed and was successful.  No other information to report. |
| 1/6/2015 | WAG4508 | 129845 | First time guest referred by her doctor.  Guest stated that she currently has a high deductible insurance plan which is why her doctor recommended Theranos.  She also stated that she likes the hours of availability which makes it easy to work into her schedule.  The check in process was delayed during transcription but also the wag tech got busy with other pharmacy duties and forgot to check on the progress of the transcription until I brought it to her attention. |
| 1/7/2015 | WAG3657 | 129911 | Guest was referred by his doctor. He does not have insurance and needed somewhere inexpensive to go. He loved our low prices and said that her would come to Theranos from now on. |
| 1/7/2015 | WAG3657 | 129931 | Guest was referred by her doctor. She was having insurance issues with her old lab and decided to find somewhere else to get her labs done. |

THPFM0003869747

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|---|---|---|---|
| 1/7/2015 | WAG1197 | 129993 | Guest was referred by his doctor because he doesn't have insurance right now. The order took a little longer to transcribe and the tech got distracted with something else but the guest still seemed pleased with his visit. |
| 1/7/2015 | WAG4434 | 130028 | Guest is new to theranos, and was referred by her doctor because she does not currently have insurance.  A venous draw was performed and was successful.  No other information to report. |
| 1/7/2015 | WAG4508 | 130043 | First time guest referred by her midwife.  The guest was saying how convenient all of out locations are and the pricing makes it so much easier to take the holistic approach to health care even though most insurances won't cover it.  The guest asked about receiving the results for herself and I told her about the Theranos app which she downloaded while her order was being transcribed. The checkin process was delayed during transcription. |
| 1/7/2015 | WAG4188 | 130107 | Check in did take a bit longer due to transcription and about two min patient stack up but nothing more. Guest loved how inexpensive we are especially because he is from Canada and had no insurance. He was saying how he hopes we expand out to them some day because he would use us and only us if he could. Draw went perfect, nothing to note. Guest was referred by: ███████ |
| 1/7/2015 | WAG3008 | 130175 | Patients first time. Loves the prices due to no insurance. Said she will be back. Left very happy. |
| 1/7/2015 | WAG3008 | 130198 | Patients first time. No insurance yet. Loves the prices. Left very happy. |
| 1/8/2015 | WAG4188 | 130430 | Guest loved our pricing due to no insurance. She thought putting us in a Walgreens is ingenious because we are easy to locate and she could do multiple things in the store while she was here. The draw went perfect, nothing to note. Guest said she will do the survey at a later time from the text we sent her because the application for the survey on the ipad is still not working. Guest was referred to us by: ███████ |
| 1/8/2015 | WAG1197 | 130442 | Guest is a retired RN, referred by hi doctor because is insurance doesn't cover the test he wanted done but since we have such a low cost he came here. |
| 1/9/2015 | WAG6582 | 130636 | First time Guest referred by Matthew Khumalo, MD. Guest just moved here from Mexico and his wife found out about Theranos from the internet.  He was real happy about the pricing being he didn't have Insurance.  Check in time took 6 minutes because he was also paying for a prescription, then went to the restroom. |

Confidential

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 1/9/2015 | WAG5668 | 130688 | Guest was loving the fact that it was so affordable because she did not have insurance. Theranos has given her the opportunity to get her routine labs with out having to worry about going broke afterwards. Perform took long because 2 finger sticks and a urine had to be performed and she was a very slow bleeder. |
| 1/9/2015 | WAG5222 | 130887 | Returning guest referred by her doctor.  Guest stated that she is currently without insurance and is so glad her doctor told her about Theranos because she would not be able to afford the lab testing otherwise.  She also loves that this location is so close and there is never a wait to get in. |
| 1/9/2015 | WAG6241 | 130921 | new guest doesn't have insurance yet and had to get her blood work done even after she gets benefits she will be coming here for all her blood work |
| 1/9/2015 | WAG1272 | 130948 | First time guest she was referred by her Doctor, she was glad about our affordable prices since she being having insurance issues. She had no trouble waiting for her fingerstick ( 1 Hr. GTT). Her venous draw was quick and painless, |
| 1/9/2015 | WAG5504 | 130998 | The guest was at her doctors office and was notified after they drew her blood that her insurance would not cover the exams requested. They then referred her to Theranos as they explained that it would be more affordable. She was pleased with her visit. |
| 1/10/2015 | WAG6582 | 131099 | First time Guest referred by ▓▓▓▓▓▓ He wasn't able to go anywhere else for his labs because he couldn't afford it. Although he has Insurance, it is a $3000.00 deductible.  So, he was so happy to find out about us so he could get his prescriptions he needs. |
| 1/13/2015 | WAG3727 | 132098 | This was a new guest who has a high deductible insurance so she was thrilled with our pricing. I did a VP in the right AC and filled 2 tubes with no issues. She was in and out quickly and left with a smile. |
| 1/14/2015 | WAG6582 | 132180 | First time Guest referred by ▓▓▓▓▓▓▓ Guest did not have Health Insurance so when she found out about Theranos she was thrilled.  She had a finger stick and thought it was great and said she preferred that over venipuncture anyday.  Check in time took 9 minutes due to transcription delay. |

THPFM0003869749

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 1/14/2015 | WAG2851 | 132291 | First time guest is a physician but did not know about theranos until his friend told him about it, and now he is thininking of sending his patient that do not have insurance to theranos to get blood work done. guest clotted before i could fill the CTN due to poor grip but i was successfully in the second attempt. guest asked for survey to be sent. |
| 1/14/2015 | WAG1197 | 132342 | Guest was referred by her doctor because her insurance doesn't cover the tests being ordered. |
| 1/14/2015 | WAG3049 | 132565 | This was our guest's first time here, referred by her doctor.  She said she had insurance but even using that and going to another lab was going to be much more expensive so it was better for her to come here and save a ton of money.  She was with her significant other for moral support, as she is terrified of needles.  He said the last time she had blood work done the tech stabbed" her three times before getting blood.  She did have small veins but I was able to easily locate a good one and get the blood collected very quick.  She said it pinched a little but she was thankful it was done fast.  She was happy to do the survey and on her way out she said "thank you for a pleasurable experience!"" |
| 12/1/2014 | WAG6582 | 121266 | First time Guest referred by Advanced Care Internal Medicine.  She did not have Health Insurance and wouldn't of been able to get these Labs done if it weren't for Theranos, she said. Especially because she hasn't been feeling good.  She used to work for Senora and couldn't believe the difference in pricing with no drawing fees. Check in time took 11 minutes because of the previous Guest's delay of transcribing paper work. |
| 12/1/2014 | WAG3464 | 121282 | Guest had no insurance and so his doctor told him to come to us. He was very happy with our pricing. No procedural issues. |
| 12/1/2014 | WAG4507 | 121371 | This is a first time visit for our guest who was referred to us by her NP gyno, who also comes to this location for her labs. Our guest said that after viewing her last bill of over $1,200.00 from LabCorp, she dedcided that she was never going to be a part of that again even though she has insurance. Our guest said that her NP talks very highly of theranos. No procedural issues. |
| 12/2/2014 | WAG3464 | 121714 | Guest was very happy with our pricing. She told me she has friends with no insurance and she is going to tell them about us. She has to get blood work done regularly and will be coming back. Hoping for f/s next time! No issues. |

THPFM0003869750

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 12/2/2014 | WAG3657 | 121773 | Reffered by Dr. Kelly. Guest does not have insurance and was very happy with our prices. Guest has a phobia of needles. He was very concerned about the procedure. I reassured him that most people do okay with the finger stick. He was very happy with the procedure and said that it really helped that you cannot see the needle on the lancet. |
| 12/2/2014 | WAG5776 | 121854 | First time guest to Theranos. She was referred by her doctor because she doesn't have insurance and the cost of the tests was affordable for her. She was a little nervous that she needed a venous draw because she is really scared of needles. She stated that she didn't even feel the draw and was happy with her experience here. Check in took longer than 5 minutes because transcription was taking a little longer and guest was asking a few questions as to why she needed a venous instead of a fingerstick. |
| 12/2/2014 | WAG4508 | 121926 | first time guest referred by his doctor. The guest stated that he is currently without insurance because of what is offered through his work is not affordable.  The check in was delayed because of issues with the scanner and the pharmacist not realizing that the pages have to be scanned seperately.  During the procedure the guest stated that he was not a good bleeder and his hands were heavily calloused.  I told the wag tech that it would be ok to use a blue lance.  Her first attempt failed because she lanced to far to the center and and not a firm enough of a lance.  She was successfull with the second finger stick. The Third finger stick also failed because not a firm enough of a lance so I went ahead and collected the second ctn. |
| 12/2/2014 | WAG3049 | 121984 | This was a first time guest, pretty much just passing thru Phoenix on his way to Wickenburg and usually lives full time in Minnesota.  He came out here because of some personal reasons including wanting to get better at taking care of himself, so he went to a doctor that referred him to us for some tests and he was thrilled when he got the free visit coupon because he has no insurance right now.  He said never-the-less he thought it was amazing how little we charged for blood tests and what a great thing we have going.  He was slightly disappointed that we didn't offer the estrogen test his doctor ordered but he was happy with how fast the procedure was and that it was pain free. |
| 12/4/2014 | WAG4507 | 122544 | This is a first time visit for our guest who was referred to us by her doctor because she does not have insurance. During check-in, the printer stopped working. Our guest |

THPFM0003869751

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|---|---|---|---|
| | | | used to go to quick test lab before she was informed about theranos. No procedural issues |
| 12/4/2014 | WAG3049 | 122654 | This was a first time guest, visiting on doctor's referral. She said she just switched insurances and the new insurance won't cover her maternity needs, so her doctor told her about us and how inexpensive we are, so she could come here and save a ton of money.  She really liked that she was in and out quickly, even with having four vacutainers drawn and a urine collection. |
| 12/5/2014 | WAG4046 | 122785 | This was the guests first time with is. He was referred by his doctor so that in the event that his insurance denies the claim he will be able afford the labs. |
| 12/5/2014 | WAG3464 | 122895 | Guest was on the phone with LabCorp comparing prices when she walked into the visit. We are considerably less expensive with our prices. She is very happy with this because she does not have insurance. |
| 12/5/2014 | WAG4508 | 122942 | First time guest referred by his doctor.  He said that he is currently in between jobs and is unable to afford insurance at this time and is glad to have an affordable option for blood work. During the check in the transcription process was slightly delayed |
| 12/6/2014 | WAG1272 | 123006 | First time getting blood work done with Theranos. He said his Doctor sent him to us because he had no insurance. He said he was expecting to pay 100s here, so he was really impressed with our prices. He used a coupon. |
| 12/6/2014 | WAG3132 | 123014 | Guest was referred by her Doctor per Mom, Because they dont have insurance. Guest was very happy with visit and service mom was also impressed. Guest will be back for any future lab work. |
| 12/6/2014 | WAG3132 | 123015 | Guest was referred by there Doctor per mom, Because Guest doesn't have insurance. Guest was happy with his draw and method of the finger stick. Guest mother was also impressed with the services and the visit and she will be being her kids back for any future lab work. |
| 12/6/2014 | WAG4188 | 123046 | This guest was a return guest with Theranos! He is a physician who uses our services and stated that it is a great option for individuals who don't have insurance. |
| 12/6/2014 | WAG3132 | 123089 | Guest was referred by his Doctor, because he doesn't have insurance Guest also said it is very conveinent as well. Guest was very impressed with the prices as well as the visit and service he said he will be back for any future lab work. |
| 12/6/2014 | WAG3132 | 123113 | Guest was referred by her Doctor, because she has no insurance she really like the prices it was more then half the cost she was payn at another lab. Guest was very |

THPFM0003869752

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| | | | happy with her visit and services and she will be for any future labs. |
| 12/6/2014 | WAG3049 | 123130 | This was a first time guest, referred by his doctor.  He was fasting and went to his doctor to pick up the lab order and go over to Sonora Quest but when he got there, the doctor told him about Theranos, because he mentioned he didn't have insurance.  He realized we are located just 5 minutes from his house and when he looked us up and saw the prices, he got really excited to come try us out.  The doctor had written an original lab order on a Sonora Quest order and so rewrote a new Theranos one but forgot to fill out the top portion and the guest didn't have the original lab order with him.  So the wag tech had to call customer support to call the guest's doctor and have the order electronically sent so that the doctor's name was on there.  This is why the check in process took awhile.  The procedure went well, just one finger stick to fill the two CTNs and our guest seem pleased with his overall experience. |
| 12/6/2014 | WAG6582 | 123175 | Guest first time with Theranos. Guest liked the low prices and short wait time. Guest did not have insurance so she liked that the prices were low. Guest left happy. |
| 12/8/2014 | WAG3657 | 123340 | Guest was referred by his daughter. He likes howinexpensive we are because he doesn't have insurance. He also liked the shorter wait. He requested to do the urine collection first. Guest was very happy with the overall experience. |
| 12/9/2014 | WAG4508 | 123789 | Returning guest referred by his doctor.  The guest stated that he has a high deductable insurance so its important to him to go to a lab with affordable pricing.  I explained the urine collection to him and he collected on site. |
| 12/9/2014 | WAG3657 | 123808 | Guest wanted to know when Theranos would be moving to Seattle since she is moving up there and does not have insurance. |
| 12/9/2014 | WAG4507 | 123871 | This is a returning guest. She said she was referred to us by 2 of her doctors. Our guest has insurance but pays out of pocket because her insurance says she has a pre-existing condition and will not cover this. No procedural issues. |
| 12/9/2014 | WAG3477 | 123877 | First time guest. She said she came here because of the price of her test. Her Dr. had suggested her to come here because her insurance won't cover the test she was having done. She was glad to get a finger stick instead of a draw. Finger stick went very well and she was finished quickly. She seemed really happy with her visit here today. |

THPFM0003869753

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 12/10/2014 | WAG4434 | 124016 | Guest was referred by her Doctor because she is without insurance, Guest really like the prices she was very greatful that the prices were so affortable. Guest really enjoyed her visit and services she like that it was fast and painless. Guest will return with any future lab work. |
| 12/10/2014 | WAG4046 | 124090 | This was the guests first time with us. He was referred by his doctors office because he does not have insurance. the visit went well. |
| 12/10/2014 | WAG4046 | 124198 | This was the guests first time with us. The visit went well. He was referred by his doctor becuase he has no insurance and it sved him over $100 to come to us rather than Sonora Quest. |
| 12/10/2014 | WAG4508 | 124260 | First time guest referred by his mom.  His mom stated that she works in a doctors office that was visited by a Theranos rep and because she has a high deducable insurance decided to come here to reduce her cost.  The procedure went well with no issue even with this being his fist time getting his blood drawn. |
| 12/12/2014 | WAG3477 | 124809 | First time guest. Found out about us through her dr. She said she had no insurance, and loved our prices for the tests that she needs to have done. She complained about other labs prices that are unaffordable for people that don't have insurance. Her fingerstick went very well and overall, guest was very happy with her visit with us. |
| 12/13/2014 | WAG3477 | 124960 | Guest first time at theranos, Guest heard from us by a family member that visit theranos. Guest has no insurance and this lab offer good prices for testing. Guest was a spanish speaker only. I offered to help with the 6 question survey but he did not want to. Survey was printed. |
|  |  |  |  |
| 2/16/2015 | WAG3657 | 143084 | Guest was referred by Dr. Vastine. Guest had blood work done at the doctor's office, but one of the tests needed was not covered by insurance. Guest did not have $170 for a test, so his doctor sent him here, where it only costs $34. |

THPFM0003869754

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 2/16/2015 | WAG1272 | 143086 | First time guest. She said she didn't have insurance and was sent here by her doctor because of the prices. 2 to 1 CTN collection was utilized, she was a great bleeder. There were no issues during the collection. |
| 2/16/2015 | WAG3049 | 143261 | referred by her arthritis doctor, doesn't have insurance, senora quest was going to be 200.00, and today she spent 18.00 |
| 2/16/2015 | WAG4508 | 143265 | First time guest to Theranos referred by his doctor.  The guest stated that his doctor recommended Theranos because he is without insurance currently.  He said the last time he went to a lab his bill was almost $800 so he was very surprised to se that this visit was only $50.  He warned me that they always have trouble with his veins and he normally has to go to the hospital to get blood drawn.  I was able to collect the specimens on the first stick and he said he didn't feel it at all |
| 2/17/2015 | WAG6582 | 143493 | First time guest referred by ▉▉▉▉ Our Guest said he has Insurance but decided just to pay cash as it would still be cheaper than with his Insurance.  He thinks that Theranos is quite amazing he said and is so happy and impressed with the services, pricing and convenience that Theranos offers.  He was sure he could not collect his UA so he is going to bring it back today or tomorrow.  Check in took 9 minutes due to finishing up with my previous Guest. |
| 2/17/2015 | WAG5776 | 143575 | Guest was new to theranos, guest was appreciative that the prices were so affordable because he did not have any insurance. |
| 2/17/2015 | WAG4620 | 143577 | This couple came from Kingman AZ after hearing about our prices. Both husband and wife are without insurance and their labs usually run them around $500 dollars.  They are so grateful that Theranos is around but wish we would head up north. |
| 2/17/2015 | WAG4507 | 143679 | The guest said she would love to thank Elizabeth for making it possible for her to be able to have her blood tested now because she was not able to afford it without health insurance. No procedural issues. |

THPFM0003869755

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 2/17/2015 | WAG4507 | 143690 | This is a first time visit for our guest who was referred to us by her doctor. A pharmacy customer was at the theranos check-in terminal so I did a power perform. The guest was very grateful because she could not find parking so she parked illegally and needed to be at work soon. Our guest does not have insurance. No procedural issues. |
| 2/18/2015 | WAG3048 | 143858 | Guest was referred by her doctor because she has a high deductible and our prices are affordable. She and I talked about insurance and healthcare costs during the visit after she told me that. No procedural issues. The computer froze in the middle of the visit however. I had to restart the computer..fortunately I had already drawn her blood so she was able to go. |
| 2/18/2015 | WAG6582 | 144027 | First time Guest referred by ▮▮▮▮▮▮▮ He has Obama Care Insurance but just wanted to pay cash for today.  He was glad to be able to come here for his labs being it was close to his home.  He said last time he had lab work with Senora he received a bill for $700.00.  He was so relieved he only had to pay what he did. |
| 2/19/2015 | WAG1272 | 144360 | First time guest. Her doctor referred her here since she was self pay with no insurance. She loved the prices. |
| 2/20/2015 | WAG4620 | 144654 | New guest. referred by her physician.  Was so glad we are here. She is without insurance and is grateful for the prices we offer.  I assisted with installing our application on her smart phone. |
| 2/20/2015 | WAG1272 | 144763 | First time guest. He was 4 years old and his mother said they don't have insurance. |
| 2/20/2015 | WAG3132 | 144772 | This was a first time guest, referred by his doctor.  He was so excited to try us out, he recently lost his insurance and is self pay now, and we saved him a few hundred dollars he said compared to what Sonora Quest was going to charge him.  The draw went perfectly, he said he didn't even feel the needle, and it was a bit of a longer procedure because of  the urine collection.  He said he is not technically savvy but he was happy to do the iPad survey for me. |

THPFM0003869756

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 2/20/2015 | WAG5776 | 144836 | Guest was very pleased with how affordable prices are. He is going through chemo and does not have insurance. So getting a break with lab work prices helped him a lot. |
| 2/20/2015 | WAG3132 | 144882 | This was a first time guest, referred by her doctor.  She is actually from New York and in town visiting her mother. She had some health issues so went to a doctor here, who then ordered her tests and referred her to us.  She was really glad it was a quick process, and relieved that she had a free visit card.  She's been having some issues with her health insurance and so currently she is self paying.  She said she liked everything about her visit, she only wished the restroom was a bit closer, as she has some back problems and it's painful to walk very far.  She had an excellent draw the procedure was a bit longer because there were several tubes to be drawn and then a urine collection.  She had her mother with her, who was very excited to be here as well, just to see how we worked here.  She said she's been curious about us because she saw an interview about a year ago with Elizabeth Holmes and thought the whole concept behind the company was great. |
| 2/20/2015 | WAG4620 | 144915 | New guest referred by his physician.  He is without insurance and was amazed  by our prices.  He also commented on the fact that he appreciated not having to wait endlessly to be seen. |
| 2/20/2015 | WAG3912 | 144964 | Guest has done stool kits before. Preferred to come to Theranos vs other lab=cheaper, more convenient. She has no insurance so this she found was a great opportunity. Explained details for performing collection to Guest- she had no further questions |
| 2/21/2015 | WAG1272 | 145007 | First time guest. She said that this is the closest location to her. She loves the prices since she doesn't have insurance and has to pay out of pocket. She will be returning in the future. |
|  |  |  |  |

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 2/23/2015 | WAG6582 | 145530 | First time Guest referred by East Valley Family Medical. ███████████ She was so happy to get her labs done here as she had no Health Insurance; However could only afford some not all of them at this time.  She loved how convenient this was and asked how long our Lab has been inside Walgreens. |
| 2/23/2015 | WAG6582 | 145564 | First time Guest referred by ████████████  She did not have any Health Insurance so she was so happy to have been referred here to Theranos because she really needed these labs done as she hasn't been feeling well at all. |
| 2/24/2015 | WAG3163 | 145935 | New guest and visit went great. Guest said that she's coming here from now on instead of doing it at her doctor's office. She found out about us by her doctor because she doesn't have insurance. |
| 2/24/2015 | WAG4507 | 145971 | This is a first time visit for our guest who was referred to us by a doctor in the emergency room. This was a power perform check-in. In the perform room, I asked the guest how he heard about us and he said by a doctor in the emergency room. I believe I met this doctor at a previous time. I remember how excited he was about theranos and wanted to learn more about us so I sent his information to our sales rep. I also remember the doctor saying that he did not know how the hospital would feel about sending patients to us, he said he knows how expensive lab work is especially for patients without insurance and sending them to theranos would better ensure that they are able to have blood work done at an affordable rate. No procedural issues. |
| 2/25/2015 | WAG6582 | 146216 | First time Guest referred by her ████████ ████. Guest does not have Health Insurance and when her Dr. told her she needed labs she said she wouldn't be able to do it because she couldn't afford it.  Her Dr. then said, he had the perfect lab for her to go to and she was so happy because it was affordable.  Our Guest was a difficult draw as she warned me.  As a result, I could only fill up to half of the purple tube and then it stopped.  Her only vein felt like a small bubble.  She said she hasn't been drinking any water and she felt dehydrated as she had cracked lips.  She was happy with her first visit here at Theranos this morning. |

THPFM0003869758

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|---|---|---|---|
| 2/28/2015 | WAG2851 | 147343 | Guest first time here, guest daughter is an OB/GYN for my doctor's office. Guest does not have insurance, found out we had the best prices in town. |
| 2/24/2015 | WAG3657 | 145796 | Guest was referred by ███████. Guest is uninsured and was very pleased with our prices. |
| 2/24/2015 | WAG3657 | 145791 | Return Guest. Guest loves our low prices. Guest lives in Buckeye and wishes there was a closer location. |
| 2/24/2015 | WAG5668 | 145837 | Guest stated the she tells all her friends about Theranos and our wonderful prices.  Guest was just released from the hospital and had bruising on arms and hands from IV's so BOT drew from R AC above all bruises and visible areas were an IV was inserted. |
| 2/25/2015 | WAG3048 | 146221 | Guest was referred by her doctor. She was very happy with the prices as she is a cash paying guest. What costs her 200-500 dollars somewhere else was less than 100 with us. She also liked the private room and our setup. No procedural issues. |
| 2/25/2015 | WAG4434 | 146473 | Guest really liked the PSC and the prices, said she is cash pay and Sonora's prices were rediculous.  Guest was happy with her visit, no collection issues. |
| 3/2/2015 | WAG3048 | 147870 | Guest has been here before and tells her friends about us. She gets labs done twice a year to keep tabs on her health. Her insurance only covers the one time so our pricing makes it possible to do this. She feels if her mother had been able to get some blood tests that was not covered she would have not passed away so soon. She was a bit unhappy that it was not an f/s procedure like last time but handled the draw well. |

THPFM0003869759

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 3/2/2015 | WAG1076 | 148011 | First time guest with Theranos, referred by Doctor. Collection went great guest said I was very gentle and she love the price she paid with Theranos today because she does not have Insurance. |
| 3/3/2015 | WAG4507 | 148502 | This is a first time visit for our guest who was referred to us by the NP in the clinic in this Walgreens as well as by me. This was a power perform check-in. He came in for refills on his medication about a month ago and was told he needed to have blood work done for more medicine. Our guest does not have insurance. He found a doctor and was told that he needs to have blood work done for a refill. His doctor gave him a Quest lab order, he had the prices listed on his lab order which totaled about $180. Our very happy and grateful guest had his blood drawn with us for about 80% of the price less! He was so happy! The guest had to wait in the line of about 7 people to pay for his visit. No procedural issues. |
| 3/4/2015 | WAG1272 | 148594 | First time guest. She normally goes to a different lab but she doesn't have insurance anymore so the doctor sent her here for the low prices since she now pays out of pocket. When she came into the PSC she was nervous about having the needle removed. Once the collection was finished and the needle was out she said it was painless. i checked both of her arms and decided to use the left arm. The collection was successful with no issues. |
| 3/4/2015 | WAG5504 | 148678 | First time guest to Theranos.  The guest was referred by her daughter.  The guest is Spanish speaking only.  The guest does not have insurance and was shocked and very impressed with the low prices Theranos offers.  The guest was a happy customer. |
| 3/4/2015 | WAG3789 | 148755 | Guest was referred by her physician to come to Theranos because of her lack of insurance she could now afford the tests that were being done. Guest left very satisfied. |
| 3/4/2015 | WAG3132 | 148788 | This was a first time guest, referred by her doctor.  She was really excited by how much money she saved today, since she doesn't have insurance.  She also was under the impression she was getting a finger stick and I informed her of course that we are working to get to where all tests are covered by a finger stick.  She was ok with me having to do a venous draw, she just warned me that she was a hard stick and tends to have issues with people not being |

THPFM0003869760

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| | | | able to get her veins.  Today though, there were no issues, I was able to find a suitable vein and get her procedure done very quickly.  She was extremely grateful and was happy to do the survey. |
| 3/4/2015 | WAG1272 | 148867 | First time guest, he was referred by his Doctor. Procedure was quick and and painless, he decided to take his urine sample home. He was glad about how affordable our prices were since he didn't have any insurance. |
| 3/6/2015 | WAG13596 | 149621 | Returning Guest, comes to Theranos because his insurance does not cover the frequent visits, he monitors his Prostate due to Prostate Cancer that he is treating holistically"." |
| 3/7/2015 | WAG3657 | 149767 | Guest is visiting from Texas and went to Sonora Quest first. She is uninsured and was not able to afford what they quoted her. A friend who is a doctor told her to come here instead. She said that by coming here, she saved over $300. Guest hopes to see us in Texas soon |
| | | | |
| 3/9/2015 | WAG6582 | 150303 | First time Guest referred by ▇▇▇▇▇ She was real happy the test was affordable as she had no Health Insurance.  Also that she was in and out quickly being she had 3 kids under the age of 5 with her. |
| 3/9/2015 | WAG4793 | 150437 | This was the first visit to Theranos for the guest.  He has a lot of medical costs between he and his wife and his insurance has a rather high deductible.  Being able to see the cost of lab tests upfront and the significantly lower pricing brought him to visit us.  The guest also informed me that he is tired of the pain usually associated with blood draws as his tolerance is low these days.  He was pleased with the visit, liked that we use a butterfly needle and said that there was very little to no pain today.  The guest was not feeling well so declined to do the ipad survey but was sent a patient summary via email.  He wanted me to relay that he was very happy with the visit. |

THPFM0003869761

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|------|----------|-----------|-------|
| 3/10/2015 | WAG6582 | 150761 | First time Guest referred by ███████████   She was so surprised at how affordable her labs were today as she had no Health Insurance.   She is looking forward to coming back in the future and will be telling all of her friends and family member's all about us.  She was happy that it's very close to her home as well. |
| 3/10/2015 | WAG1272 | 150936 | First time guest. her Doctor send her here since she has no insurance and can't afford other Labs. She said this location is the most convenient for her. Procedure was quick and painless. |
| 3/11/2015 | WAG3657 | 151089 | Guest was referred by Dr. Monroe. Guest does not have insurance and loves our low prices. |
| 3/11/2015 | WAG5504 | 151226 | First time guest to Theranos.  The guest is self employed and cannot afford insurance.  Her doctor referred her to Theranos and she was amazed with the prices.  The guest was very happy with the visit. |
| 3/11/2015 | WAG1272 | 151380 | First time guest, she came with her mother. She was referred by their Doctor since they have no insurance. Procedure was quick and painless. No issues during collection.Initiated Power Perform due to long line at the counterAccession #151380 |
| 3/12/2015 | WAG3132 | 151468 | This was a first time guest, referred by her doctor.  She was thrilled by how much money we saved her because she doesn't have insurance.  She was very interested in everything, wanting to watch the procedure, because she wants to go to school for something in the healthcare industry.  I told her she should try phlebotomy and then come work for us.  :)  She had a little longer check in because of the guests before her and a longer procedure time because of the urine collection, but she seemed happy with everything and she was happy to do the survey for me. |
| 3/12/2015 | WAG4507 | 151512 | This was a first time visit for our guest who was referred to us by his doctor, no insurance. This was a power perform check-in. No procedural issues. |

THPFM0003869762

BOT Visit Report | Access Anecdotes | Dec 1 – Feb 15

| Date | Location | Accession | Notes |
|---|---|---|---|
| 3/13/2015 | WAG3727 | 152222 | This was a first time guest without insurance. She was so relieved at our pricing. She stated that they usually use her hands, but the right AC popped right up and said pick me, and I was able to quickly collect 2 tubes without incident. She was extremely happy about the whole visit. |



THPFM0003869763