# Exhibit Y



