# Exhibit Z

