# Exhibit AA



