# Exhibit BB

