STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
JOHN C. BOSTIC (CABN 264367)
ROBERT S. LEACH (CABN 196191)
KELLY I. VOLKAR (CABN 301377)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   Email:  Robert.Leach@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00258 EJD |
| Plaintiff, | 11/11/2022 DECLARATION OF AUSA ROBERT S. LEACH IN SUPPORT OF UNITED STATES' SENTENCING MEMORANDUM |
| v. | |
| ELIZABETH A. HOLMES, | Date:  November 18, 2022<br>Time:  10:00 a.m.<br>Court: Hon. Edward J. Davila |
| Defendant. | |

LEACH DECL. RE U.S.' SENTENCING MEM.,
CASE NO. 18-258 EJD

I, Robert S. Leach, declare:

1. I am an Assistant United States Attorney representing the United States of America, the plaintiff in this case.

2. Attached as Exhibit A is the Expert Report of Carl S. Saba, MBA, CVA, ASA, ABV dated September 8, 2022.

3. Attached as Exhibit B is a summary of Theranos' C-1 and C-2 investors derived from documents produced in discovery as SEC-USAO-EPROD-001064861 and SEC-USAO-EPROD-000000027.

4. Attached as Exhibit C is a memorandum of interview of David Boies.

5. Attached as Exhibit D is a memorandum of interview of Kendra Fadil.

6. Attached as Exhibit E is a memorandum of interview of Henry Kissinger.

7. Attached as Exhibit F is a memorandum of interview of Richard Kovacevich.

8. Attached as Exhibit G is a memorandum of interview of Don Lucas Jr.

9. Attached as Exhibit H is a memorandum of interview of Mark Campbell.

10. Attached as Exhibit I is a memorandum of interview of Jared Hutchings.

11. Attached as Exhibit J is a transcript of testimony before the SEC by Natalie Ravitz.

12. Attached as Exhibit K is a memorandum of interview of Kevin Hunter.

13. Attached as Exhibit L is a transcript of testimony by George Shultz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of November 2022 in the Northern District of California.

/s/ Robert S. Leach
ROBERT S, LEACH
Assistant United States Attorney