| Investment Round | Investor | Shares | Certificate Date | Share Price | Investment Amount |
|---|---|---|---|---|---|
| Series C-1 | Daniel C. Carter | 5,000 | 1/14/2014 | $ 15.00 | $ 75,000.00 |
| Series C-1 | Crofton Capital GP | 20,000 | 1/14/2014 | $ 15.00 | $ 300,000.00 |
| Series C-1 | Alan Eisenman | 6,666 | 1/14/2014 | $ 15.00 | $ 99,990.00 |
| Series C-1 | Sherrie Eisenman | 3,333 | 1/14/2014 | $ 15.00 | $ 49,995.00 |
| Series C-1 | Kendra Fadil | 5,000 | 1/14/2014 | $ 15.00 | $ 75,000.00 |
| Series C-1 | Richard Kovacevich | 10,000 | 1/14/2014 | $ 15.00 | $ 150,000.00 |
| Series C-1 | Gordon Family Trust | 20,000 | 1/14/2014 | $ 15.00 | $ 300,000.00 |
| Series C-1 | Hall Black Diamond II, LLC | 325,000 | 1/14/2014 | $ 15.00 | $ 4,875,000.00 |
| Series C-1 | Richard Kovacevich | 266,666 | 1/14/2014 | $ 15.00 | $ 3,999,990.00 |
| Series C-1 | Lucas Venture Group IV LP | 33,334 | 1/14/2014 | $ 15.00 | $ 500,010.00 |
| Series C-1 | Lucas Venture Group XI | 471,333 | 1/14/2014 | $ 15.00 | $ 7,069,995.00 |
| Series C-1 | Mendenhall TF Partners | 87,500 | 1/14/2014 | $ 15.00 | $ 1,312,500.00 |
| Series C-1 | PEER VENTURES GROUP IV, L.P. | 1,169,995 | 1/14/2014 | $ 15.00 | $ 17,549,925.00 |
| Series C-1 | Black Diamond Ventures XII-B, LLC | 356,660 | 1/14/2014 | $ 15.00 | $ 5,349,900.00 |
| Series C-1 | Boies, Schiller & Flexner LLP | 322,879 | 1/14/2014 | $ 15.00 | $ 4,843,185.00 |
| Series C-1 | Colin Carter | 16,666 | 1/14/2014 | $ 15.00 | $ 249,990.00 |
| Series C-2 | CENTRAL VALLEY ADMINISTRATORS | 294,117 | 2/7/2014 | $ 17.00 | $ 4,999,989.00 |
| Series C-2 | PARTNER INVESTMENTS LP | 3,263,529 | 2/7/2014 | $ 17.00 | $ 55,479,993.00 |
| Series C-2 | PFM HEALTHCARE MASTER FUND, L.P., | 2,255,096 | 2/7/2014 | $ 17.00 | $ 38,336,632.00 |
| Series C-2 | PFM HEALTHCARE PRINCIPALS FUND, L.P | 136,669 | 2/7/2014 | $ 17.00 | $ 2,323,373.00 |
| Series C-2 | PEER VENTURES GROUP IV, L.P. | 779,411 | 2/7/2014 | $ 17.00 | $ 13,249,987.00 |
| Series C-2 | RILEY P. BECHTEL & SUSAN P. BECHTEL | 8,823 | 3/18/2014 | $ 17.00 | $ 149,991.00 |
| Series C-2 | RILEY P. BECHTEL & SUSAN P. BECHTEL | 291,177 | 3/18/2014 | $ 17.00 | $ 4,950,009.00 |
| Series C-2 | MOSLEY FAMILY HOLDINGS LLC | 352,941 | 10/31/2014 | $ 17.00 | $ 5,999,997.00 |
| Series C-2 | DYNASTY FINANCIAL II, LLC (BY RDV CORPORATION, ITS MANAGER) | 5,882,352 | 10/31/2014 | $ 17.00 | $ 99,999,984.00 |
| Series C-2 | ANDREAS C. DRACOPOULOS | 1,470,588 | 10/31/2014 | $ 17.00 | $ 24,999,996.00 |
| Series C-2 | Cox Investment Holdings, Inc | 5,882,352 | 11/3/2014 | $ 17.00 | $ 99,999,984.00 |
| Series C-2 | MADRONE PARTNERS, LP | 5,882,352 | 12/15/2014 | $ 17.00 | $ 99,999,984.00 |
| Series C-2 | SODA SPRING PARTNERS, LLC | 2,941,176 | 12/15/2014 | $ 17.00 | $ 49,999,992.00 |
| Series C-2 | HENRY A KISSINGER 2014 GRANDCHILDREN'S TRUST | 176,470 | 12/15/2014 | $ 17.00 | $ 2,999,990.00 |
| Series C-2 | BENDEL FUND | 249,998 | 12/31/2014 | $ 17.00 | $ 4,249,966.00 |
| Series C-2 | Keith Rupert Murdoch | 7,352,941 | 2/13/2015 | $ 17.00 | $ 124,999,997.00 |
| Series C-2 | EOSon Investments M Ltd | 1,058,823 | 3/30/2015 | $ 17.00 | $ 17,999,991.00 |
| Series C-2 | EOSon Investments N Ltd | 117,647 | 3/30/2015 | $ 17.00 | $ 1,999,999.00 |
| Series C-2 | Robert K. Kraft LLC | 58,823 | 3/31/2015 | $ 17.00 | $ 999,991.00 |
| Series C-2 | INMOBILIARIA CARSO S.A. de C.V. | 1,764,705 | 4/16/2015 | $ 17.00 | $ 29,999,985.00 |
| Series C-2 | David Boies | 17,647 | 3/6/2015 | $ 17.00 | $ 299,999.00 |