FEDERAL BUREAU OF INVESTIGATION

Date of entry 06/19/2017

HENRY KISSINGER (KISSINGER) was interviewed at Cravath, Swaine, & Moore, LLC (Cravath), 825 8th street, New York, New York. KISSINGER was represented by Cravath attorneys John Buretta and Morgan Cohen and summer associate Courtney Gans. Securities and Exchange Commission (SEC) Attorney Rahul Kolhatkar was also present. SEC Trial Attorney Jason Habermeyer, SEC Assistant Regional Director Monique Winkler, and Department of Justice Assistant United States Attorney Jeff Schenk were present via telephone. After being advised of the identities of the interviewers and the nature of the interview, KISSINGER provided the following information:

Around 2012, GEORGE SCHULTZ (SCHULTZ) introduced KISSINGER to THERANOS, INC. (THERANOS) while KISSINGER was visiting with SCHULTZ. KISSINGER was told THERANOS could have an impact on developing countries, the military, and healthcare costs. A group of people including SCHULTZ, KISSINGER, SAMUEL NUNN (NUNN), GARY ROUGHEAD (ROUGHEAD), WILLIAM PERRY (PERRY), RICHARD KOVACEVICH (KOVACEVICH), possibly RILEY BECHTEL (BECHTEL), and possibly a scientist formed an advisory group for THERANOS, not a fiduciary board. KOVACEVICH said they have to have it clearly understood it was an advisory board and not a fiduciary board.

ELIZABETH HOLMES (HOLMES) described THERANOS as having a small and relatively inexpensive machine for testing. The machine could be used for the military and be put on small ships. Shortly after being introduced to THERANOS, SCHULTZ, PERRY, and KISSINGER went to a production plant to see how the machines were made. The first tour was in Palo Alto and the second was in Newark, California. THERANOS was making the machines and capsules at those plants. KISSINGER did not know how many tests the machine could run, but HOLMES kept bringing up more test it could run as time continued. KISSINGER understood the machines could perform a wide range of tests. HOLMES also talked about an Ebola test. KISSINGER viewed his role was to help overcome political obstacles.

HOLMES was the only person who conducted the board meetings, with a few exceptions. SUNNY BALWANI (BALWANI) would make some summarizing financial presentations, including cash on hand. Meetings lasted from 9:00 am to 4:00 pm and they would work through lunch.

Investigation on 06/13/2017 at New York, New York, United States (In Person)

File # 318A-SF-7315857  Date drafted 06/14/2017

by CAMERON W W PURVES

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Henry Kissinger, On 06/13/2017, Page 2 of 7

   HOLMES would call KISSINGER outside of normal board meetings to inform him of various projects. They also discussed a Hong Kong investor, LEE KUAN YEW (YEW). KISSINGER never met with investors personally, but he knew YEW. KISSINGER would not help THERANOS expand abroad until they were partnered with a major United States (US) hospital. Eventually, HOLMES said she had an agreement with the CLEVELAND CLINIC. During board meetings, HOLMES would show a list of hospitals she was talking with, but she never said she had an agreement with those hospitals. However, it sounded like the agreement was always just around the corner.

   KISSINGER never had his own blood tested and never saw demonstrations involving blood tests. KISSINGER understood THERANOS was based on the small sample of blood, large range of tests, speed of results, and machine size. The size of the machine was part of the essence of the enterprise. DR. DAVID HELFET (HELFET) thought the technology would be revolutionary. KISSINGER did not remember the number of tests THERANOS could perform, but he knew there were many tests, including tests for Ebola and cancer.

   THERANOS was on the verge of substantial expansion, starting with the wellness centers in California and Arizona. HOLMES also discussed getting rid of the requirement to get a prescription for a blood test. The only constraint to the expansion plans for THERANOS was whether they could produce enough machines for the expansion. KISSINGER did not think there were any other types of machines because HOLMES only talked about the machine she developed. There was a large amount of secrecy around THERANOS technology because HOLMES' machine was so unique. HOLMES was willing to show the machine, but she was not willing to show how it operated. The machine was not only the core of the business, but it was the business. A year after the initial discussion about the expansion, not much was happening in California and THERANOS said they were having technical difficulties. KISSINGER did not question THERANOS because there was still a relationship with WALGREENS and SAFEWAY. HOLMES presented to the board as if they were on the verge of another relationship similar to WALGREENS or SAFEWAY.

   KISSINGER was told THERANOS was having trouble with SAFEWAY, but HOLMES never said why they were having trouble. HOLMES always presented it as if it was her choice whether THERANOS continued to work with another company. KISSINGER thought THERANOS was on the verge of becoming like a Google of blood testing because they had such a unique capability how to test blood.

   KISSINGER thought THERANOS was able to earn more profit because the tests were less costly to run and they could run tests more often. THERANOS also had a unique opportunity nationwide and around the world. HOLMES also discussed how the design of the wellness centers was unique.

THERANOS even had a mock up of a wellness center in their headquarters. THERANOS earned revenue mainly through their wellness centers. HELFET's recommendation was for THERANOS to sign up hospitals to make it so popular in hospitals it would grow out from that ecosystem.

The agreement KISSINGER thought THERANOS had with the CLEVELAND CLINIC met KISSINGER's criteria for partnering with a hospital. KISSINGER had a general rule that he did not engage in fund raising. KISSINGER would help with the bureaucratic obstacles in foreign countries, but KISSINGER required THERANOS to first be established with a major American institution. KISSINGER told one person about the THERANOS opportunity, but he told this person they would have to perform their own research into THERANOS. This person invested $50 million. SCHULTZ strongly supported HOLMES, but KISSINGER wouldn't give her as much support. The CLEVELAND CLINIC was the gold standard, but he would have been okay with another major hospital to meet his criteria.

KISSINGER had assumed the CLEVELAND CLINIC had signed up to work with THERANOS, but when he spoke with DAVID BOIES (BOIES) around February 2015 KISSINGER was told by BOIES he had never seen a contract with the CLEVELAND CLINIC. After finding out this information, KISSINGER started looking into claims made during board meetings. KISSINGER started to see nothing could be confirmed. KISSINGER spoke with NUNN, SCHULTZ, and BOIES and told them he was getting nervous. In the first meeting where the issues with TYLER SCHULTZ (TYLER) came up, KISSINGER proposed creating a special committee to handle the issues. KISSINGER followed up with HOLMES about the CLEVELAND CLINIC and she said she was having difficulty getting answers. HOLMES would not challenge the questions KISSINGER would ask, but she would challenge getting the answer.

There were constant discussions about governmental approvals during board meetings. HOLMES said she was going for the FDA approval because it was the gold standard and would give her a competitive advantage. HOLMES described the herpes approval not as a single event, but the start of the process which in a short period would have full scale FDA approval. It seemed like full FDA approval was always around the corner. KISSINGER thought somebody on the board with knowledge of the FDA approval process would raise questions if there were issues, but the questions were never raised. There was a person on the board who would have had knowledge of the FDA process.

HOLMES did not show a 409A report or have discussions about the value of THERANOS stock. KISSINGER did not hear about the value of the stock until near the end of KISSINGER's involvement with THERANOS. HOLMES was raising money to expand the business.

318A-SF-7315857

Continuation of FD-302 of  (U) Interview of Henry Kissinger   , On  06/13/2017   , Page  4 of 7

    HOLMES mentioned putting the THERANOS machine on the battlefield and also putting the machine on smaller ships. KISSINGER spoke to JAMES MATTIS (MATTIS) and ROUGHEAD about this, but they said military medicine was interested in using traditional methods and was worried about trying something new. KISSINGER also spoke to Senator JOHN MCCAIN (MCCAIN) about this. HOLMES did not talk about the issues with the military nor did she mention any contracts with the military, including telling the board about any military contracts.

    KISSINGER and the board were not told how the machine operated, they saw it functioning, but did not know how it worked. In summer 2014 KISSINGER was shown a machine where a user could put multiple capsules in at once. This was a larger machine than he had seen previously. KISSINGER usually saw machines when they were taken on tours into laboratories where people were engaged in research. KISSINGER never saw results from blood tests. KISSINGER remembered there being a screen on the larger machine.

    HOLMES did not bring her machine to the Alfalfa Club dinner. This was a purely social event and KISSINGER thought it was unusual that SCHULTZ brought HOLMES. HOLMES was also at the lunch earlier in the day, which was purely focused on politics. SCHULTZ introduced HOLMES as one of the great scientists of their time. KISSINGER never saw a demonstration of the machine outside of THERANOS.

    KISSINGER spoke to Fortune and the person who wrote the damaging article. KISSINGER would never initiate the call, the reporters would call KISSINGER. HOLMES would ask KISSINGER if he would be willing to speak to reporters, but she would never tell him what to say. KISSINGER was asked three or four times by Time Magazine to write a short piece about HOLMES. KISSINGER would not write about her technical abilities.

[*KISSINGER was shown the documents Bates numbered HAK00000011 to HAK00000011. This set of documents starts with a letter dated November 26, 2013 from KISSINGER to WILLIAM GATES (GATES). This set of document is maintained in the 1A section of this email.*]

    HOLMES wanted to be introduced to GATES. KISSINGER asked HOLMES to describe THERANOS in a letter. KISSINGER sent HOLMES' letter to GATES with a cover letter from KISSINGER. HOLMES often hinted she wanted more introductions, but she never asked directly because she knew KISSINGER would not give more introductions.

[*KISSINGER was shown a selection of pages from the set of documents Bates numbered TS-0023719 to TS-0023811. This set of documents is a slide deck*

*titled "Meeting of the Board of Directors; March 18th, 2014." This set of documents is maintained in the 1A section of this case file.]*

HOLMES gave a presentation during board meetings. This middle box on document Bates numbered TS-0023803 was the box KISSINGER had seen. The Nanotainer was the vial. KISSINGER was shown this box, but KISSINGER saw production for the smaller box. The bigger box was not until summer 2014.

*[KISSINGER was shown the document Bates numbered HAK00001303 to HAK00001304. The document is a letter from HOLMES to KISSINGER dated June 26,2014. This document will be maintained in the 1A section of this case file.]*

This letter is in connection with three individuals interested in investing in THERANOS. KISSINGER asked HOLMES to write a letter about THERANOS and he gave it to ANDREAS DRACOPOULOS (DRACOPOULOS), the head of the STAVROS NIARCHOS FOUNDATION; HANK SLACK (SLACK) with the OPPENHEIMER family; and JOHN ELKANN (ELKANN) of the FIAT family. KISSINGER was close friends with ELKANN and he only gave $5 million. KISSINGER only spoke to SLACK one time about the investment. HOLMES told KISSINGER that THERANOS was raising another round to buyout earlier investors and the money would be the base of expansion. ELKANN did not think HOLMES was offering good terms for the investment, but HOLMES would always say she was offering good terms.

KISSINGER invested $3 million in THERANOS for a trust for his grandchildren. KISSINGER invested in THERANOS when his three friends invested and when THERANOS made a breakthrough with the CLEVELAND CLINIC. The CLEVELAND CLINIC and the list of hospitals HOLMES discussed during board meetings made KISSINGER comfortable. KISSINGER invested part out of moral obligation and part to benefit his grandchildren. KISSINGER learned about THERANOS through the board meetings and when he discussed THERANOS with HELFET he thought the technology would be very useful.

During the July 2015 board meeting SCHULTZ explained how the issues with TYLER started and he offered to resign from the board. The board did not accept his resignation. KISSINGER was told TYLER did not understand the technology and the other machines in the building were used to calibrate the THERANOS machines. HOLMES took an aggressive position and disapproved of keeping SCHULTZ on the board. KISSINGER was at a dinner with HOLMES where she was defending THERANOS to a Wall Street Journal (WSJ) representative.

There was another board meeting in October 2015 where the board was told an article would be published soon about THERANOS. HOLMES told the

board the article would not be very significant and it would basically say THERANOS had gotten a little ahead of themselves with production. KISSINGER wanted to create a special committee to investigate the claims from the article, but this was rejected by everybody.

When the article was published the board decided THERANOS needed to have an outsider perform tests to show the machines worked. After the board meeting they created a fiduciary board and board of consultants. KISSINGER had never seen the document that created the fiduciary board. Most of the prior board members stayed on the board of consultants.

When KISSINGER and the board members first saw the report from TYLER that THERANOS was using third party machines nobody thought of this possibility. HOLMES said the machines were used to test the standard to which the THERANOS machines were calibrated. Eventually, there was an implied retreat from this position by HOLMES when she said the number of tests had gotten too large and they needed additional machines. THERANOS never took steps to get parallel tests. They also discussed a speech at an engineering event and everybody helped her with the speech.

KISSINGER began transcribing the meetings after the controversy started making KISSINGER uneasy. The associate that transcribed the meetings did not attend the in-person board meetings. KISSINGER would generally have notes from meetings he had while he was in New York.

KISSINGER was asked to make a statement and he was willing to join the other board members in making a statement of confidence in HOLMES. However, KISSINGER was not willing to make a statement about the technology. The other board members added a statement in the letter about the technology that made KISSINGER uncomfortable and he did not approve of the extension of the statement into the technology.

*[KISSINGER was shown the document Bates numbered HAK00000440 to HAK00000441. The document is a letter from KISSINGER to HOLMES dated November 16, 2015. This document will be maintained in the 1A section of this case file.]*

KISSINGER recalled sending this letter to HOLMES. HOLMES made it seem as though she was creating a moral group and was being harassed. KISSINGER thought his colleagues were swayed by this position. KISSINGER did not receive a response to this letter. KISSINGER took the first opportunity he had to clarify his position on the board was as a consultant and he was not in a fiduciary position all along.

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Henry Kissinger , On 06/13/2017 , Page 7 of 7

    HOLMES visited KISSINGER in New York once or twice for less than an hour after the October 2015 WSJ article. HOLMES thought she was continuing what she started before the article and never admitted to any of the charges nor did she express doubts about the technology to KISSINGER. HOLMES never said other machines were used for income from the wellness centers. HOLMES continued to say the machines were used for calibration and made vague references to people in the company misled her, including BALWANI. HOLMES said she may have shown too much confidence in BALWANI. HOLMES said she never said the machine could perform a full range of tests. During board meetings, HOLMES would talk about updates and then end the meetings by discussing philosophical questions, such as expanding to Africa to help with Ebola.

    KISSINGER thought HOLMES was relying on the board to help fight opposition and she would use the board member's reputations to gain credibility and deal with disputes of capabilities. KISSINGER thought THERANOS would start to face issues as they became a larger company. HOLMES asked KISSINGER if he would introduce her to hospitals one time she was in New York.

    KISSINGER was surprised when he learned THERANOS used non-THERANOS technology to perform tests. Also, KISSINGER was shocked when there were no documents to support the CLEVELAND CLINIC process. KISSINGER did not think BOIES tried to mislead him because he was the first person to clarify the status of the CLEVELAND CLINIC to KISSINGER. Most of the original people on the board resigned from the board by the end of October 2015. The board never voted for any corporate actions, HOLMES' majority rights were described to the board and the board did not challenge these rights.