FD-302 (Rev. 5-8-10)

# FEDERAL BUREAU OF INVESTIGATION



Date of entry   05/16/2022

    RICHARD KOVACEVICH (KOVACEVICH), previously interviewed, was interviewed via WebEx video teleconference.  Representing KOVACEVICH during the interview was Lauren Beck from Munger, Tolles & Olson.  Also present for the interview was Assistant United State Attorney (AUSA) John Bostic.  After being advised of the identity of the interviewing parties and the nature of the interview, KOVACEVICH provided the following information:

    KOVACEVICH first learned about Theranos from GEORGE SHULTZ (SHULTZ) who convinced him to join Theranos' board of directors.  SHULTZ told KOVACEVICH that Theranos' board was an advisory board, not a fiduciary board.  If the Theranos board was a fiduciary board, KOVACEVICH would not have joined.  Additionally, if the board were a fiduciary board, KOVACEVICH advised it would have different members, as it would include more people involved in the industry.  Instead, the purpose of the board was to have a group of people who ELIZABETH HOLMES (HOLMES) could call for advice as needed.

    KOVACEVICH was shown an email from July 25, 2013 in which HOLMES asked him to join Theranos' board of directors.  This was the first formal communications KOVACEVICH had with HOLMES about joining Theranos' board.  KOVACEVICH's first meetings with HOLMES were just the two of them.  The initial meeting KOVACEVICH had with HOLMES was at Theranos' headquarters in a conference room.  During this meeting HOLMES pricked KOVACEVICH's finger to test his blood.  KOVACEVICH had just had blood work done for a physical around the time of this meeting and recalled the results of the Theranos blood test to have been similar to those he had just had done.

    KOVACEVICH was shown an email from July 29, 2013 regarding materials HOLMES had sent KOVACEVICH.  These materials were about Theranos and what they were trying to do, and valuation reports on Theranos done by an outside company.  HOLMES forwarded this email chain to SUNNY BALWANI (BALWANI) on July 29, 2013.  KOVACEVICH did not know who BALWANI was at this time.

    KOVACEVICH subsequently learned who BALWANI was as BALWANI was also a member of the board, and BALWANI would present to the board.

Investigation on   05/16/2022   at   San Francisco, California, United States (Phone, Other (WebEx Videoteleconference))

File #   318A-SF-7315857                                          Date drafted   05/16/2022

by   Mario C. Scussel

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

HOLMES had discussed with KOVACEVICH the military and retail applications for the device. HOLMES told KOVACEVICH they were not far from getting started with retail and mentioned CVS, Walgreens, and Safeway. In regards to the military KOVACEVICH was told they were working with the military on military applications for the Theranos device.

The Theranos analyzer was the core of their business, and KOVACEVICH was told it was cheaper, better, and faster than other commercial devices on the market.

KOVACEVICH invested in Theranos personally because he thought the company had great potential and thought that if one was going to put that kind of time into a company he was going to then they should also be invested in the company. When he invested, KOVACEVICH asked for financial projections. Wells Fargo had a venture capital arm that reported to him while he was there, so he was familiar with venture capital investing. KOVACEVICH invested $4 million of his own money in two installments of $2 million. In addition to the $4 million KOVACEVICH invested, he also elected to receive his payment for being on the board of directors in Theranos stock. Accordingly he estimated his total investment in Theranos to be approximately $5 million. KOVACEVICH recalled receiving projections showing the Theranos would be able to ramp up quickly in addition to being profitable quickly.

KOVACEVICH was shown a presentation made to the board of directors and recalled some of the slides. It mattered to KOVACEVICH that Theranos was able to run tests on their own analyzer. At the beginning of Theranos' retail launch KOVACEVICH learned Theranos could not process all blood tests on their proprietary analyzer. It was KOVACEVICH's understanding that if Theranos was not able to run one of the tests for a particlar patient on their proprietary analyzer, then they would run all of the tests for that patient on a third party commercial device.

KOVACEVICH would have been surprised to learn the Theranos analyzer could not do more than 12 tests. It was KOVACEVICH's understanding that the Theranos analyzer could do most of the most commonly ordered tests. If the CBC test was one of the most commonly ordered tests, KOVACEVICH would have been surprised to learn that the Theranos analyzer did not even have the parts to run that type of test. KOVACEVICH did not recall HOLMES ever telling him that the Theranos device could only run immunoassay tests.

Theranos' board of directors did not know Theranos could only run a handful of tests on their proprietary device in 2013. At some point the board started asking questions about how many tests were run on the Theranos

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Richard Kovacevich , On 05/16/2022 , Page 3 of 4

analyzer and how many were run on a third party commercial device. The board asked for information on what percentage of tests Theranos could do on their own analyzer compared to the percent they were doing on a third party analyzer. The board was told that they did not have this information. This started to get frustrating as time passed as the board asked questions but did not get any answers. KOVACEVICH recalled the conversation about how many tests Theranos could do, starting before the first negative Wall Street Journal article.

After the Wall Street Journal article, HOLMES advised the board that she had offered to bring the device to the Wall Street Journal to show them that it worked, but they had declined. After the article KOVACEVICH wanted Theranos to have an outside group validate their technology to get external validation that it worked. Obtaining this outside validation was important to KOVACEVICH.

KOVACEVICH recalled the Wall Street Journal article also commenting on the Theranos device having accuracy issues, and this being concerning. KOVACEVICH did not recall accuracy ever being presented to the board as an issue.

As a part of Theranos' board of directors, KOVACEVICH was never told there were trade secrets the board could not know about. Though he did know that Theranos was a secretive company and their security was very tightly controlled.

KOVACEVICH was shown an email he sent the day after the Wall Street Journal article was published in which he raised a question about how many tests were being done on commercial equipment compared to how many tests were being done on Edison, Theranos' proprietary device. HOLMES responded to this email advising that tests were being done on commercial machines due to a regulatory shift, which made it seem like this was a temporary issue.

KOVACEVICH was shown an email from October 26, 2015 in which the board of directors discussed a statement from the board to be issued after the Wall Street Journal article. KOVACEVICH recalled his input that the board being "familiar with the technology" was a stretch because he did not feel he was sufficiently familiar with the technology. The rest of board agreed this language was not accurate and should be changed.

The conversation about getting third party validation never materialized to a point that was satisfactory to KOVACEVICH, which was a reason he decided to leave Theranos' board of directors.

KOVACEVICH was told by one of the other board members that HOLMES and

US1-001836

318A-SF-7315857

Continuation of FD-302 of (U) Interview of Richard Kovacevich, On 05/16/2022, Page 4 of 4

BALWANI were involved in a romantic relationship.

KOVACEVICH was shown an email from January 2014 regarding working with HOLMES on a financial model. KOVACEVICH had a model he had used for consumer banking used to determine how many customers needed to come into a store to reach break even or a certain percentage return on equity, which he though would be useful to Theranos. It was important for the company to know this information to understand what it would take to be profitable and how feasible that would be. For example if they needed to get 70 patients or more into each location every day, getting to profitability might not be likely or feasible, but if the number of patients per day were closer to ten it would be a lot more manageable. KOVACEVICH never got far enough with HOLMES on the model to discuss the assumptions the company would use in the model. The financial projections shown to investors were not a product of KOVACEVICH's work, as a result he would not be able to vouch for the numbers in those projections as he would need to have dug into them more.

US1-001837