## MEMORANDUM OF INTERVIEW

| CASE NUMBER | : | 2204323-MF |
| PERSON INTERVIEWED | : | Donald A. Lucas |
| PLACE OF INTERVIEW | : | Lucas Venture Group, 545 Middlefield Road, Suite 220, Menlo Park, CA |
| DATE OF INTERVIEW | : | February 21, 2019 |
| TIME OF INTERVIEW | : | 11:00 A.M. |

On February 21, 2019, Donald A. Lucas (LUCAS) (DOB:          ) was interviewed at his office,                          Menlo Park, CA regarding his knowledge of Theranos. Present for the interview were Assistant United States Attorneys John Bostic, Robert Leach, and Jeffrey Schenk, Securities and Exchange Commission Staff Attorney Rahul Kolhatkar, Federal Bureau of Investigation Special Agent Cameron Purves, Postal Inspector Matthew Norfleet and me. Also present for the duration of the interview was Jen Emmett (EMMETT), LUCAS' assistant. LUCAS was admonished prior to the start of the interview. The following is a summary of the statements made.

LUCAS attended Santa Clara University and graduated in 1984 with a bachelor's degree. After graduation, he worked at Smith Barney and then with his father Donald Lucas Sr. (LUCAS SR.) for ten years. LUCAS began to develop his own deals, including Intuitive Surgical. His first deal, with the backing of family offices, was for $4MM. LUCAS' largest fund, the 2000 fund, raised $100MM. LUCAS has no licenses.

EMMETT was present in all meetings and copied on all emails.

LUCAS first heard of Theranos when he learned that Tim Draper (DRAPER), ATA, and LUCAS SR. were on the board of directors. LUCAS and his partners at the time, Bill Bommel (BOMMEL) and Mark Foley (FOLEY), looked to invest in the company. After conducting their normal diligence, as well as receiving PowerPoint slide decks and possibly profit/loss statements, they decided to pass on an investment. LUCAS stated that he might not have believed the profit/loss statement. BOMMEL and FOLEY left the investment group in 2006.

In the 2012 to 2013 timeframe, LUCAS' partners decided they did not want to invest in Theranos. HOLMES was a new and unproven CEO and it was hard to invest in a first time CEO since they would probably fail. In addition, LabCorp and Quest were barriers to Theranos' entry into the market.

LUCAS SR. was on Theranos' board until approximately 2013 when he developed Alzheimer's disease.

On or around August 28, 2013, LUCAS met with Elizabeth Holmes (HOLMES) at the Theranos office, which at the time was in the old Facebook building. He and HOLMES met alone in a conference room for a majority of the meeting. LUCAS said he took notes during the meeting. That same day, LUCAS also toured the Theranos facility. He remembered see a lot of security,

US-REPORTS-0011835

technicians and employees at the office. During the tour, HOLMES pointed at unpackaged black boxes in the facility. She told LUCAS the boxes on the right had come back from being used on modified Humvees in Afghanistan and the boxes on the left had come back from being used on medevac helicopters. During this meeting, LUCAS also saw a nanotainer. He learned that Theranos could conduct 50-75 simultaneous tests from a drop of blood. He also saw an advertisement that was going to be published in the *Wall Street Journal (WSJ)*. LUCAS said he felt Theranos was a big deal and that he was lucky to be there.

LUCAS reviewed document THPFM0004725596 to THPFM0004725598. LUCAS thought this document memorialized the start of the Theranos investment by Lucas Venture Group. He said it was sent on the same day or shortly after he toured the Theranos facility. On page THPFM0004725596 of the document, LUCAS states:

- "stunned that you asked me to be (not sure what the correct title is?) special advisor?"

LUCAS stated he thought all Theranos investors were "special advisors." LUCAS also thought there was a time pressure as a round of funding may have closed once prior.

LUCAS reviewed a September 11, 2013 email sent by Will Griffith (GRIFFITH) with subject, "Theranos Notes." He stated the following:

- LUCAS recognized GRIFFITH and ATA, a venture capital firm on Sandhill Road. LUCAS said DRAPER was irritating HOLMES.
- In the document, GRIFFITH noted, "80MM in ventures." LUCAS thought HOLMES told him there had been $30MM in venture capital funding.
- LUCAS stated his father joined Theranos and acted as a rudder that organized the company.
- Pfizer was implied by HOLMES. HOLMES would reference large pharma with LUCAS. The money coming in, which LUCAS estimated to be $30MM, was non-diluted.
- "Will do $200MM of license revenue and NRE" referred to non-recurring expenses. LUCAS described these as one-time, non-dilutable fees propelled by large pharmaceutical companies.
- LUCAS knew Theranos was working with Safeway and Walgreens. The Safeway relationship was corroborated by outside sources. There were also rumors of other large investors, including Blue Cross and Walgreens.
- LUCAS said HOLMES might have alluded to Theranos being cash flow positive. "Cash flow positive since 2006" meant because of agreements with pharmaceutical companies, Theranos was able to pay their costs, such as salaries, and did not need investment money. A cash flow positive company needed investment money to conduct research and development, and to stay ahead of their competitors. LUCAS said that turned out to be false. Mistakes are understandable, but intentionally misleading is different. Silicon Valley is a small place.
- LUCAS believed the information outlined in this document was correct.

LUCAS did not remember what pharmaceutical companies were working with Theranos. HOLMES implied all of them were in her pocket and very anxious to work with Theranos.

US-REPORTS-0011836

LUCAS thought HOLMES built everything Theranos had from scratch, and the device was a closed system built internally. From one prick of the finger, blood went into a collection tube, and then into Theranos' device for analysis. Results were returned in 60 minutes. If distributed worldwide, the devices could save hundreds of millions of dollars of waste. Theranos was bigger, faster, and cheaper. LUCAS concluded it was a fair statement to make that blood could be analyzed from one prick of the finger. The use of third party devices surprised him and was not consistent with what he was told.

LUCAS reviewed document LVG00031034 to LVG00031035. This was his investment memo drafted from statements made by HOLMES. Theranos funding round was set to close at the end of September 2013. LUCAS' motto for investments was, "Do good and make some money." LUCAS' impression was that a larger investment meant greater access to the company.

HOLMES and Christian Holmes (CHRISTIAN HOLMES) chose their words carefully. CHRISTIAN HOLMES was LUCAS' main point-of-contact after Lucas Venture Group's investment.

LUCAS' limited partners would send media stories to him. This lead LUCAS to believe that, "this is really happening."

LUCAS reviewed document TS-0472053 to TS-0472054. LUCAS learned that venous blood draws were being conducted. LUCAS' own wife and daughter had a venous blood draw. He wrote this email to explain to HOLMES the importance of truth in advertising because Theranos' website stated every test was done by fingerstick. HOLMES was insulted by LUCAS' email. He was provided a scientific reason why the fingerstick blood draw did not work for every case, but LUCAS saw this response as mainly "kicking the can down the road."

HOLMES' standard response to LUCAS was she was too busy for meetings, which upset him.

LUCAS reviewed document LVG00004794 to LVG00004800. LUCAS stated Michael Finn was a friend that lived in Minnesota. He did not know who Edward Weiner was. LUCAS never followed-up regarding this document.

Even before the John Carreyrou *WSJ* articles were published, LUCAS asked tough questions of HOLMES, specifically regarding a CFO and clinical regulations. He said controller and financial processes were "burned into his DNA." HOLMES' response to him was that Theranos had lawyers, and he noted there were always a lot of lawyers involved. LUCAS never received a good answer as to why there was no CFO.

LUCAS reviewed document THPFM0000554890. LUCAS did not know exactly what this document was about, but stated people were becoming frustrated. A company's public perception cannot be undone. CHRISTIAN HOLMES implied a multitude of tests could be done, while LUCAS' impression was Theranos could do all tests, which numbered in the hundreds.

LUCAS reviewed document THPFM0000552278. At the point in time of this document, HOLMES had stopped responding to LUCAS.

LUCAS reviewed document LVG00032749 to LVG00032750. Ken Goldman (GOLDMAN) was Yahoo! CFO and a LUCAS limited partner. EMMETT stated GOLDMAN was present for the May 2016 meeting, but never before.

US-REPORTS-0011837

LUCAS reviewed document THPFM0000814191 to THPFM0000814192. "DGX" and "LH" are the stock symbols for Quest and LabCorp, respectively. LUCAS sent this email to prove to HOLMES that he was defending Theranos to one of his limited partners who had emailed regarding a *WSJ* article. LUCAS spent a lot of time at the U.S. Patent and Trademark Office and remained a Theranos believer for a long time. LUCAS felt he had to be supportive, but later learned he was wrong. LUCAS was not sure if there was one specific item that caused him to lose faith. He continued to monitor media articles as they were published.

When asked about HOLMES' false statements, LUCAS said everything was "false" and that, "It was a fraud." LUCAS also stated that HOLMES, "clearly was lying to me."

CHRISTIAN HOLMES told LUCAS third party devices were used as reference instruments to check Theranos' devices.

Present for a May 2016 meeting were Channing Robertson (ROBERTSON), Heather King, the new Clinical Regulatory VP, and Theranos lawyers. LUCAS said he wanted to talk to these people but was not given the opportunity.

LUCAS did not know Daniel Young and never met Sunny Balwani (BALWANI). LUCAS emailed him, but BALWANI never responded. LUCAS also reached out the ROBERTSON, but he also did not respond. He said it was tough to get meetings at Theranos.

LUCAS learned about HOLMES' and BALWANI's relationship through media reports. He was surprised and said it was material information to know. LUCAS did not invest in husband/wife start-ups because there is too much drama.

LUCAS thought the statements regarding the military's use of Theranos' devices was told to a lot of people. He remembered seeing testimony where HOLMES said it was not true.

LUCAS was deposed as part of the Coleman lawsuit, during which BALWANI's attorney requested documents. The documents he provided as part of the lawsuit are the same documents provided to the government. LUCAS was deposed before BALWANI's attorney, HOLMES' attorney, Theranos' counsel, Reed Catherin and associates, and Jeff Chanin and associates. The Coleman lawsuit was settled, and LUCAS only paid for Koecher's attorney.

LUCAS reviewed a February 15, 2014 email sent by Alexandra Ertola (ERTOLA) with subject, "Re: Theranos." ERTOLA was LUCAS' sister and Kurt Lotta was LUCAS SR.'s attorney. LUCAS SR. had an LLC that had purchased Theranos stock. LUCAS was not sure if they sold that stock.

LUCAS reviewed document LVG00031222. He did not remember seeing the documents referred to in this email. During his meetings at Theranos, LUCAS did not see a slideshow. His meetings were typically question and answer sessions.

LUCAS reviewed document THPFM0000154312 with 19 page attachment. LUCAS remembered seeing the attachment which he described as a generic, high-level pitch deck. He received this deck in paper form and did not receive any guidance from Theranos for its use.

- LUCAS reviewed page 8 of the attachment titled, "Excerpts from Theranos' Test Menu." This page contained false statements. LUCAS assumed these tests were run on a Theranos device.

US-REPORTS-0011838

- LUCAS reviewed page 6 of the attachment titled, "Same Tests, A Whole New Approach." He stated Theranos could conduct any test on their device, and that is why Theranos was worth so much.
- LUCAS reviewed page 4 of the attachment which consisted of images of blood collection tubes and a nanotainer. LUCAS stated this image told the general public a huge story.

LUCAS described Theranos' technology as painless, easy and quick blood testing that reduced waste. The technology was not a concept. He assumed Theranos' devices were operational.

LUCAS thought Larry (last name unknown) with Wilson Sonsini and Morrison Forester worked with Theranos. Scott Morrison of KPMG was Theranos auditor. He asked questions that upset HOLMES and was fired.

CARREYROU reached out to LUCAS, but LUCAS never responded to him.

LUCAS and EMMETT both invested in Theranos. LUCAS invested $500,000. CHRISTIAN HOLMES spent a lot of time with LUCAS and knew a lot of what was happening at the company.

The Theranos situation has hurt LUCAS' reputation. It should have been caught sooner by other with greater resources.

During the course of the interview, we took a break from 12:01 P.M. to 12:04 P.M.

The interview ended at 12:55 P.M.

Christopher McCollow

U.S. Postal Inspector

August 15, 2019

Date

EXHIBITS:

- THPFM0004725596 to THPFM0004725598
- September 11, 2013 email sent by Will Griffith with subject, "Theranos Notes" (6 pages)
- LVG00031034 to LVG00031035
- TS-0472053 to TS-0472054
- LVG00004794 to LVG00004800
- THPFM0000554890
- THPFM0000552278
- LVG00032749 to LVG00032750
- THPFM0000814191 to THPFM0000814192
- February 15, 2014 email sent by Alexandra Ertola (ERTOLA) with subject, "Re: Theranos" (2 pages)
- LVG00031222
- THPFM0000154312 with 19 page attachment

US-REPORTS-0011839

Message

| | |
|---|---|
| **From:** | Donald Lucas [don@lucasvg.com] |
| **Sent:** | 8/30/2013 12:40:11 PM |
| **To:** | Elizabeth Holmes [eholmes@theranos.com] |
| **Subject:** | Re: Thank you! |

Great, awesome!!! circulation is a dangerous word. circulation to means 2-5 very private, trusted individuals who make their own decisions without involving their consultants or other advisors family members. As I mentioned to you, these people trust me and have been with me for many years.  Any information that could help me understand and translate why/how this platform will become a standard across the 5-10 verticals.

Regarding "30 thousand"---sunday? monday?  mornings are best.

thank you---

DL

On Aug 29, 2013, at 10:25 PM, Elizabeth Holmes wrote:

Don:

Thanks for the note.

You have the approval to proceed on participating in preferred stock. We will need to do this by the end of September so that I can include it with the current transactions we are doing.

Let me know if the slides you want are for you or for circulation and we can follow up accordingly. We can arrange time with someone here on the "30 thousand" picture as well.

Re: getting involved, you will be part of our company. I look forward to this.

Elizabeth

**From:** Donald Lucas [mailto:don@lucasvg.com]
**Sent:** Wednesday, August 28, 2013 5:44 PM
**To:** Elizabeth Holmes
**Subject:** Thank you!

Dear Elizabeth,
It was really great to see you today.  I am so happy  for you and your stakeholders, employees and the millions of people who will benefit from this truly transformational technology.  This on the eve of your "coming out" party.  WOW
I am also quite humbled, really!, stunned that you asked me to be (not sure what the correct title is?)  special advisor? confidant? Board observer? ...... whatever----advise(remember you get what you pay for and I am not getting paid) you to create a world class
enterprise.  Thank you.

Confidential
THPFM0004725596

So down to business...per our conversation today and your generous offer to allow LVG to participate in a purchase of preferred stock at $15.00, split adjusted. i would be interested in participating "up to" $10,000,000 US. My team and I would work diligently to close this quickly, say 3-4 weeks. I will wait to hear from you or your designate whether or not you have the necessary approvals. Once I have the green light, this will rise to the the top.

I have a very experienced team, CFO and Controller, who are very discreet and professional.

I have a small favor. If you have a couple of slides that are not proprietary in nature, on size of market overall, anything that is in the public domain, that you could send me, this would be very helpful. I need to get up to speed very quickly. Second, is there someone at the Company that could spend 1.5 hours with me and my CFO reviewing the "30 Thousand" picture. If not I understand, I want to cause minimal disruption to any and all employees...

Looking forward to "continuing the tradition"

Thank you very much I am very appreciative and honored.

:)

DL.

Donald A. Lucas

<image001.gif>

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3300 | F 650.543.3359
Whitney Gilmson Executive Assistant

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Think of the environment before you print this email

THPFM0004725597

US-REPORTS-0011841

**Donald A. Lucas**



Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA 94025 USA
T 650.543.3300 | F 650.543.3339
Whitney Gilmour Executive Assistant

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Think of the environment before you print this email

THPFM0004725598

US-REPORTS-0011842

**To:**      Divesh Makan[divesh@iconiqcapital.com]; Caroline Xie[caroline@iconiqcapital.com]
**Cc:**      Will Griffith[will@iconiqcapital.com]
**From:**    Will Griffith
**Sent:**    Wed 9/11/2013 12:04:32 PM
**Importance:**      Normal
**Subject:**  Theranos Notes


I met w Don Lucas Jr yesterday
This was all qualitative, nothing from the


Don Lucas Sr was chairman of the Board for 10 years

Don Lucus on the Board
Kicked off Tim
Kicked off ATA
Kicked Larry off of the Board as well

Larry Ellison put in10 and each kid put in 5


To date 80 MM in ventures
No real venture


There are seven verticals
Consumer is the


Don
Borught in Geoege Shultz
Int'l contacts with foreign governments

Dad deteriorated
He was off the board about two years ago


How they have have financed the business
They have struck deals with all of pharma
Phizer - $30 MM a year in license to run new drug trials
Faster better cheaper to develop a certain drug


One time fees or license fees
Safeway and Walgreends
Each has invested over $250 MM to built out their retail kiosks

US-REPORTS-0011843

Startinging Monday will roll out in Walgreens
This has been in process for a number of years


Safeway, cCEO was friend of Don Lucas
1st was build out of Pharma business
This is the 2nd leg of the stool


Company
Been manufacturing the equipment in the Sun Micro facility over in Newark
Evferythng been bult in the US by them
Tightly controlled


One prick
Dual vials a nano taner
Goes into the black box and can test
Anythignt hat Lab Core or Quest can do

Less than 5% error rate

Currently a 30% error rate at Lab Core or Quest

1 / 1000th of the blood draw relative to 4 vieles

Simple finger prick
No venus draw


Apps
Oncology

Pediactrics

Geriatrics


105 tests shown on the page
They have another 20 pages of tests
They are all 5% error rates


Hired the marketing firm that did the Apple woman sledge hammer campaing

Turnaround, they are going to say 4 hours in the first month
They are going to take samples back to the company -- in the beginning

The end game is that you do the test and get resultes at Walgreens or Sawfewy


Built great apps for consumers and for doctors
Will be able to trend

Will be able to trend faster because testing is much, much easier
The drug needs to change
Digital hub
The doctor has to approve that the restuls


Currnetly
Lab Core and quest charges $180 and $149 per today per test
$50

They are gong to charge $20

Stanford will rip out
And stack thernos boxes in their


Can rerun the tests on the same sample


Going to lease the boxes


Walgreens has 8K stores across the nation


Built Mms of boxes and 1000;s of boxes


Government application
Deals with homeland security, DoD, military

Space program
This program can test blood in space


Financing

US-REPORTS-0011845

Reopening the round from 2010 – was $6 Bn then
Walgreens wants to invest $30 / $40 MM
Kosvosich and Shultz – are buying $25 MM each

Don Lucas – has option for $10 MM
Want to get this done around Sept 24th

Verticals
Medicare / medicad – benefit is Bn's
Labcore and quest they are going to really get hurt here

Employers who have 1000's of employees around the world
38% of people do not comply – this is drug testing
Safeway wants employees to be healthy
Want to see perscprtions right next door

Accuracy is much, much higher
The speed with which you can get this done
The proactive nature of the disease state
Cost
Smaller prick
No wait

Financially
Cash flow positive since 2006

Will do $200 MM of license revenue and NRE – been doing this for a long time

They will need a couple hundred dollar revolver soon

Not seen a P&L

Applications
Self test for $20

PR on Monday
Going to happen on WSJ on Monday
Will be some type of an event

US-REPORTS-0011846

2005
Round was at $1 Bn
Eckels family

She has controllers , no CFO

Does not want to go public for 3 / 4 years
Going to take a lot of money and time

Applications
HMOs
Governments
Stanford

Her focus has been the company — worth 3.4 Bn
7 days a week
Money manager is needed

Fund

What is going to happen six months from now, not sure

Questions
Who is on the board

What are the things that the tests can not do

How long are they going to preserve the samples at remote locations

US-REPORTS-0011847

Will Griffith
ICONIQ Capital, Partner
Office: (415) 967-7485
will@iconiqcapital.com

US-REPORTS-0011848

**From:**     Donald Lucas
**To:**       Donald Lucas
**Sent:**     9/16/2013 9:50:31 PM
**Subject:**  FW: Theranos

Confidential & Privileged

Dear Partner,

Through its long-standing relationship with Theranos, Inc. and its Founder, CEO and Chairman, Elizabeth Holmes, LVG has been invited to invest up to $20 million into the Company at a $6 Billion Valuation set in 2011. This is up from a value of roughly $1 Billion in 2010.

Originally funded and mentored by my father, Donald. L. Lucas ten years ago, Ms. Holmes has grown Theranos into a thriving company that makes actionable health information accessible to people everywhere in the world at the time it matters, enabling early detection and intervention of disease, and empowering physicians and individuals with accurate information. This groundbreaking technology will enable physicians and their patients the ability to administer and revise drug therapies as needed by having access to real-time informatios

Theranos has reinvented the lab test by developing a blood collection device that uses a fraction of the amount drawn by conventional blood testing methods. The device consists of a Lancet attached to two nanotainers which collect a mere .23 ml sample of blood from the fingertip. The sample is then inserted into the Theranos box which runs any test available in central laboratories and processes all sample types providing a complete and highly accurate blood analysis that covers the full spectrum of blood testing to date. This will enable real-time diagnosis and treatment of targeted diseases as well as accurate determination of drug dosing and delivery schemes.

Please see the attached two articles about the Theranos:

Wall Street Journal Saturday edition

http://online.wsj.com/article
/SB10001424127887324123004579055003869574012.html?mod=WSJ_hpp_sections_opinion

Theranos' Partnership with Walgreens

http://online.wsj.com/article/PR-CO-20130909-904497.html

In addition to the Patient/Doctor vertical described in the attached Wall Street Journal article, Theranos is uniquely positioned to address several multibillion dollar markets with this platform. The Company has signed contracts and partnerships with very large retailers and drug stores as well as various pharmaceutical companies, HMO's, insurance agencies, hospitals, clinics and various government agencies.

Pharmaceutical companies use Theranos' systems to streamline and tailor the customization of drug compounds subject to patent expiration for new market applications, thus enabling the creation of more sustainable drug compounds and a drastic reduction in drug development cost and time to market.

LVG will invest alongside several of this country's most prominent leaders. Additionally, In conjunction with the injection of capital, I have been asked to serve as a strategic advisor to the Company. The Board of Directors includes former Secretary of State, Henry A. Kissinger, former Secretary of State, George P. Shultz, former Secretary of Defense, William J. Perry, former United States Senator from Georgia, Samuel Nunn, and former Chairman and CEO of Wells Fargo and Company, Richard Kovacevich.

Theranos has approximately 400 full time employees and builds all of its products in the US. The Company's headquarters are in Palo Alto and they are constructing a new Headquarters on Page Mill Road. The Company has been cash flow positive since 2006.

If you are interested in investing in Fund IV{LVG IV} and additionally into Theranos{LVG XI, LLC} separately, please indicate your interest to Martin Brusco and he will send the appropriate documents. This transaction must close by the end of September.

Sincerely,

Don

**Confidential Treatment Requested by Lucas Venture Group**                     **LVG00031034**



Donald A. Lucas

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3300 | F 650.543.3339
Dianna Doreen Executive Assistant

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.
P Think of the environment before you print this email

**Confidential Treatment Requested by Lucas Venture Group**                    LVG00031035

US-REPORTS-0011850

**To:**       Elizabeth Holmes[eholmes@theranos.com]
**From:**    Donald A. Lucas
**Sent:**    Sun 12/8/2013 2:33:23 PM
**Subject:**  Re: Note from the field

not mean to be insulting. Translation of emails can cause misinterpretations. Sorry about that.
Don


Don Lucas
Lucas Venture Group
545 Middlefield Rd., Suite 220
Menlo Park, CA 94025 USA
O: 650-543-3300 C: 650-353-6877


On Dec 8, 2013, at 12:09 AM, "Elizabeth Holmes" <eholmes@theranos.com> wrote:

> Don: The email you sent was really insulting. I've been tied up with the transactions we're working to close
> before year end but saw your email re: getting meetings regarding debt discussions set up; in light of recent
> progressions in the current transactions on the table we aren't able to hold those meetings right now. Re:
> ICONiQ, send me a note if there is something specific you wanted to relay, otherwise if you wanted to share
> something by phone Sunny will be onsite in PA part of this week and can connect with you directly
> sbalwani@theranos.com
> Elizabeth

On Dec 7, 2013, at 10:06 PM, "Christian Holmes" <eholmes@theranos.com> wrote:

> Don,

It is not the case that venous draws are required from many people or for all complicated tests.  Unfortunately it was
required for your wife and daughter, based on their lab orders and the timing of their visits.

For your reference, the notification and background about this uncommon scenario is addressed in our marketing
materials on our company website:

Instead of a big, intimidating needle, our certified phlebotomists can use a tiny finger stick or a micro-sample from a
venous draw. Occasionally, a venipuncture may be required based on the lab order, but this is
uncommon, and our aim is to eliminate that scenario entirely.

Regards,
Christian

**From:** Donald A. Lucas
**Sent:** 12/6/2013 9:50 AM
**To:** Elizabeth Holmes; Christian Holmes
**Subject:** Note from the field

> Hello,
> I have heard from some friends that a Venus draw is being required for
> Some orders when there are more complicated tests or number.
> A lipid test can be done with the prick, but a VAP test cannot.  I
> do not know why?
>
> "Truth in advertising is critical", especially at this juncture.

FOIA Confidential Treatment Requested by Theranos

TS-0472053

Elizabeth, could you make time for 15-20 minute call regarding
Iconiq, Debt, rollout?  Leona suggested I contact you directly as
She was having difficulty connecting with you.
Best Regards,

DL


Donald A. Lucas                                   <Image001.gif>


Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3300 | C 650.353.6877
Jennifer Emmett – Executive Assistant
Jennifer@Lucasvg.com

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are
not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender
immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The
views expressed herein are those of the author. All opinions are subject to change without notice. Neither the
information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private
security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used
and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such
taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

FOIA Confidential Treatment Requested by Theranos

| | |
|---|---|
| **From:** | Michael Finn <mfinn93388@gmail.com> |
| **Sent:** | Monday, March 3, 2014 11:55 AM |
| **To:** | Donald A. Lucas <don@lucasvg.com> |
| **Subject:** | Fwd: Industry Perspective on Theranos |

Don

I have sent this to you and Kip. He asks that you guys are the only
ones who see this. Please. Hes a cousin of my wife and I dont want
to jeopordize any of his business partners.
Mike

---------- Forwarded message ----------
From: Ed Weiner -- Emmes <emmes@aol.com>
Date: Mon, Mar 3, 2014 at 10:06 AM
Subject: Fwd: Industry Perspective on Theranos
To: Finn Mike <mfinn93388@gmail.com>

Summary Of Opinions On Theranos...

From: Edward Weiner - Emmes Group [mailto:emmes@aol.com]
Sent: Wednesday, September 18, 2013 4:48 PM
To: Kaufmann, Brian
Subject: Industry Perspective on Theranos

September 18, 2013

Brian,

I believe this information should be helpful -- if so, you owe me one.

Ed

-------------------------------------
From Pat Balthrop
CEO & President
Luminex Corporation

Assuming that the market opportunity for any product would be most
valuable in the US market, let's focus on the US. Let's frame this
discussion by thinking about Dx testing logically, in terms of a
process. Start by putting yourself in the shoes of the physician
ordering the test. That physician orders tests on patients many times
a day.

In a hospital, the sample is drawn and sent to the hospital lab for
processing. In a physician office setting, the sample is drawn and is

Confidential Treatment Requested by
Lucas Venture Group

LVG00004794

US-REPORTS-0011853

almost always sent to a reference lab to be performed by a lab that fall into one of these categories: 1.) the lab that has the contract with the patient's insurance carrier, 2.) the lab that can provide the best turnaround time, which may be a local affiliate of a national lab like Quest or Lab Corp or a regional lab (examples: CPL in Austin, American Esoteric in Memphis), or 3.) a lab that has a proprietary and unique test that no one else can do, like Genomic Health for breast cancer or Natural Molecular for PGx. All labs that fall into categories 1 and 2 above have a courier service, whereby a person arrives at the physician's office once or twice a day to pick up the samples for that day and then transports them to the testing location. For proprietary labs, like Genomic Health or Natural Molecular, the doctors office arranges to send those samples to the special location, usually via Fed Ex.

The crucial points here are two. First, the sample is drawn by a hospital phlebotomist or an office nurse into a particular type of tube depending on the test to be performed. And two, that there has to be a compelling reason to send a sample to be tested to a different lab than the one that is directed by the patient's insurance carrier, or the lab that a physician uses most often.

If I understand Theranos's value proposition correctly, it is that there is significant benefit in being able to draw less blood. It seems clear from their web site that it would have to be drawn into a specific, and different, sampling container or tube than is currently widely used.

Okay, let's say that physicians decide someday that they would prefer to draw a lot less blood from a patient. As a potential example, a pediatrician may see value in that idea. However, because of the shortage of qualified lab techs, which as we know is a problem that has been an issue for some time and is growing, diagnostic product developers in the industry have responded to this need by developing instruments that automate the testing process as much as possible. It is key to understand how that has been done.

All labs, even smaller ones, have testing instruments on hand that have been designed to run by accessing the patient sample directly from the primary sample tube. The primary sample tube, as you know from your own experience having blood drawn, is the tube into which the patient's blood is collected. That tube typically has a bar code on it that is linked to the patient's name and patient record for ease of transmission of the results to the LIS/HIS for charting and for ease of billing. In the hospital, when the phlebotomist or the pneumatic tube system delivers that sample to the lab, or at a reference lab when the courier transports the sample to the lab, the sample is logged in and then transferred to the appropriate department into the testing queue. For almost all testing -- here comes the critical point -- the equipment on which the sample will be run is a highly automated analyzer that has been designed to accommodate the tubes that are most common. Unless I misunderstand, the samples from Theranos won't be compatible with those instruments and it would very expensive and take many years for those systems to be retrofitted to

Confidential Treatment Requested by
Lucas Venture Group

accept any unique tubes or small sample containers.

Finally, keep in mind that the fastest growing segment in Dx is the Molecular Diagnostics segment. A key factor in testing for DNA is how much DNA is introduced into the testing process, which often is a function of having significant amount of sample available. The point is that sometimes in all classes of diagnostic testing, and very often in DNA testing, having small sample sizes can be a distinct disadvantage.

Based on these practical challenges, it may explain why Theranos has changed their business model to that of a CLIA service lab. But going back to the process that takes place across the US in physician's offices, I am not sure how having a CLIA service lab in Northern California, even one that uses small sample sizes, really uniquely solves a problem. I do not see how Theranos can compete with Lab Corp, Quest and the regional players, who already have their extensive national networks and infrastructure. If Theranos had proprietary biomarkers, perhaps there would be a more unique value proposition, but as far as I know, they don't have unique biomarkers.

Thus, it seems to me that Theranos has a difficult path to success. This may explain why some 10 years after getting started they haven't achieved much. Keep in mind, and as a comparison, ten years after Luminex opened its doors, the company was profitable, growing at 25% annually, was cash flow positive, and we were about to do our first acquisition.

Finally, from a governance perspective, having household names such as Kissinger and Schultz on the board may lend some panache and credibility in certain circles. There are no directors at Theranos that have industry experience in diagnostics or in commercial laboratories. If history is a good teacher, it is important and valuable to have directors that have significant and meaningful industry experience as they can advise management regarding important practical issues that have strategic implications.

Best regards,
Pat

-------------------------------------
From Heino von Prondzynski
Former President Roche Diagnostics
Now Consultant to Qiagen

Ed,

thank you for forwarding these articles.
I knew a little bit about Theranos, but learned a little more through the articles.
Trying to answer your questions about it being a threat to current IVD vendors:

From a technology perspective, yes
From a timing perspective, rather not immediate.

Confidential Treatment Requested by
Lucas Venture Group

LVG00004796

Penetrating new, breakthrough technologies takes always more than a decade, usually rather two (just recall PCR, or take gen-sequencing right now).
If they would be able to team-up with the government, this could speed it up substantially, although you still would need to pass all regulatory hurdles. If this becomes big, the FDA will not allow it to be run as "home-brew" for ever.
Getting acquired by one of the big-shots could drive change, if the technology delivers fully on its promises (that question is not yet 100% answered).
There is also a ? around IP on content. Most of the relevant new markers are still protected.
Just replacing the "already commoditized clin Chem" would not do it...

But overall: getting better and faster, more accurate access to "actionable health information" is worth it and would certainly improve the "ultimate consumer life" substantially.

Best regards
Heino

----------------------------------
From David Pershing M.D., Ph.D.
Executive VP Chief Technology Officer
Cepheid

Ed,

I saw the same article (Warren forwarded it to me) and had the same reaction. From a drop of blood one can get a lot of info in the clinical chemistry and immunoassay space, but beyond that it is very limited.

For most direct microbiology applications, a drop of blood is neither the right specimen nor the right volume( 50 microliters). Viral load assays need 1 ml plasma to be sensitive enough, TB requires 1 ml raw sputum, etc. Oncology testing is equally demanding; Bcr/abl needs several milliliters of blood to be sensitive enough, and bladder cancer tests use 1 to 30 ml of urine. Our CT/Ng assay require 1 ml of urine to hit its sensitivity requirements. The GX is best in class with regard to specimen type AND volume flexibility, which for the so-called "fast followers" is still a major choke point. From my perspective, our competitors may do fine with small volumes of respiratory swabs (the easiest sample to process), for instance, but they choke on sputum and stool.

The other problem with the "drop of blood" is result quality. Often, patients squeeze their finger to get the drop, and this dilutes the blood with interstitial fluid which contributes to a lot of the variability seen in home glucose monitoring, for instance. Same issue would apply to any other analyte in that blood specimen. So while they might be able to get FDA clearance like other home testing

Confidential Treatment Requested by
Lucas Venture Group

LVG00004797

systems, the results may not be reproducible in the hospital lab.

The biggest surprise to me was seeing the Walgreens connection, but when you think about it, it makes sense since the test does not require venipuncture. Walgreens does not want to have to hire a phlebotomist; CLIA waived testing is all about what results you can generate without going to venipuncture. If the results they get are reasonable, and they have solved the sampling variability problem, it is Quest and Labcorp that will be quaking in their boots, and certainly not us.

Best Always,
Dave

-------------------------------------
From Steve Lundy
President and CEO
Venaxis

Ed,

Where is data? Papers? Regulatory status? There are many, many companies doing what they are talking about.
Steve

-------------------------------------
From Noel Doheny
President and CEO
Opgen

Ed,
Many years ago I remember a front page article on a new platform from Sandia Labs that was being developed. It was to be reagentless and replace the lab consumables. Needless to say it never emerged because the business model failed.

In this article we hear the enthusiasm of youth(my daughter started at Stanford the same year in artificial intelligence), and the naivete of perspective. There are two major aspects to be realized. No one company can afford the regulatory overhead of developing all of the assays. There is a huge reg barrier to large menu platforms. Also, the nature of detection, pick your "ology"( micro, hem, immune, etc) , means you are measuring different phenomena (groth, cells, contaminants, clotting behavior, binding behavior) over a dramatic

Confidential Treatment Requested by
Lucas Venture Group

LVG00004798

range of response.

I sense this is a combination of naïve writer and naïve entrepreneur.

However, they may very well, because they are unencumbered by reality,
create a few novel analytical elements of value. I wish them well but
I don't expect to see this in the next decade. Look how long it
took to get glucose monitors, coag monitors, IStat etc. accepted and
deployed. And then funded and paid for.
Noel

----------------------------------
From Kenneth Levy, Ph.D., MBA
Adjunct Associate Professor of Medicine
Department of Clinical Pharmacology
Indiana University School of Medicine

Hello Ed,

Well from what I have read, Theranos is selling much more of the
"sizzle" than the steak. All of the general comments regarding
diagnostics and the challenges are not new. Opening a CLIA laboratory
and offering routine tests will be a real challenge since the market
is not exactly without its competitors already. Theranos must also
realize that many third party payers negotiate lab contracts with
major labs and this sometimes directs where physicians send samples.
Most important, to be successful, Theranos will have to overcome the
monumental regulatory burden of getting their technology FDA 510k
cleared and CLIA Waived. Without this, they will only be another lab
service. If they truly have something new let's see them develop a
CLIA waived CBC with multi-part differential. If they can do this,
they will get lots of attention (not to mention $$$$).

Best regards,

Ken

----------------------------------
From Joe Kalonowski
President and CEO

Confidential Treatment Requested by
Lucas Venture Group

LVG00004799

Triology Assocates

Hi, Ed.

This story is fascinating on several levels, and I intend to mention it in my October newsletter.

Most interesting to me:

· Terrific exploitation of secrecy to build enthusiasm!
· What's with the DoD/non-business Board? Does that suggest a strategy or just name-dropping?
· Exactly which assays will be rolled out first?
· What's the capital cost to build an analytical site around this technology? In other words, how much must Walgreens invest?
· The notion of a "retail" IVD market is intriguing.
· A threat to the status quo? You bet, if the technology really delivers on its promises.

I hope all is well.

Best,

Joe

Edward Weiner
President
Emmes Group Inc.
Boston * San Francisco
Office: 508-358-2221
Mobile: 508-328-6800

This message is intended only for the use of the individual or entity to which it is addressed, and may contain private and confidential information. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Viking Global Investors LP. All information is subject to change without notice. ||

Confidential Treatment Requested by
Lucas Venture Group

LVG00004800

US-REPORTS-0011859

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Christian Holmes
**Sent:** Mon 7/28/2014 5:00:29 PM
**Importance:** Normal
**ɔject:** FW: Transfer
**ceived:** Mon 7/28/2014 5:00:30 PM

FYI – not sure what this is about

**From:** Donald A. Lucas [mailto:don@lucasvg.com]
**Sent:** Monday, July 28, 2014 9:07 AM
**To:** Christian Holmes
**Cc:** Valeska Hintz
**Subject:** Transfer

Christian,

As time continues my credibility/reputation with investors continues to

go in the wrong direction and will lose faith in me.

Appreciate your help.

Best

Don



Donald A. Lucas

Lucas Venture Management

545 Middlefield Road | Suite 220

Menlo Park, CA  94025 USA

T 650.543.3300 | C 650.353.6877

Jennifer Emmett – Executive Assistant

Jennifer@Lucasvg.com

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the ent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Confidential

Message

| | |
|---|---|
| **From:** | Donald A. Lucas [don@lucasvg.com] |
| **Sent:** | 2/28/2015 2:13:34 AM |
| **To:** | Christian Holmes [cholmes@theranos.com] |
| **Subject:** | No response |

Hi Christian,

I have left messages and upon messages for your sister, to no avail.

When I met with her almost two years ago she wanted me to be a part of Theranos
In honor of my Father whom she said was a very big part of Theranos in the early years.

The same thing happened with Larry Ellison and Oracle, perhaps I should not be surprised.

Really bummed.

Best

DL



Donald A. Lucas

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA 94025 USA
T 650.543.3300 | C 650.353.6877
Jennifer Emmett – Executive Assistant
Jennifer@Lucasvg.com

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Confidential

| | |
|---|---|
| **From:** | Ken Goldman |
| **To:** | Donald A. Lucas |
| **Sent:** | 10/21/2015 9:30:37 PM |
| **Subject:** | RE: Theranos strikes back... |

Her board is older than your father and clueless

I would be glad to meet if she is interested to help

**Kenneth Goldman**
Chief Financial Officer
P: 408.3360012 M: 415.3422495
701 First Avenue Sunnyvale CA 94089

Assistant: Joyce Min
joycemin@yahoo-inc.com
P: 408.3496237 M: 408.6606529

# YAHOO!

**From:** Donald A. Lucas [mailto:don@lucasvg.com]
**Sent:** Wednesday, October 21, 2015 1:25 PM
**To:** Ken Goldman
**Subject:** RE: Theranos strikes back...

I agree that they have not been forthcoming and transparent in order to "protect trade secrets". They need additional strong leadership within the organization, like a CFO. I have spent hours and hours reading through patents. Science is real.
If my Father was still involved all of this would have been handled much differently and I continually tell Elizabeth this. She is stubborn and frankly her Board is/well            (                    )

Fraud-"no"

DL

**From:** Ken Goldman [mailto:kgoldman5@gmail.com]
**Sent:** Wednesday, October 21, 2015 1:14 PM
**To:** Donald A. Lucas <don@lucasvg.com>
**Subject:** RE: Theranos strikes back...

Call me a skeptic as read a note from Jean Louis Gassee as well

Her words were just that with no facts, just disputing others

**Kenneth Goldman**
Chief Financial Officer
P: 408.3360012 M: 415.3422495
701 First Avenue Sunnyvale CA 94089

Assistant: Joyce Min
joycemin@yahoo-inc.com
P: 408.3496237 M: 408.6606529

**Confidential Treatment Requested by Lucas Venture Group**

LVG00032749

US-REPORTS-0011862



**From:** Donald A. Lucas [mailto:don@lucasvg.com]
**Sent:** Wednesday, October 21, 2015 12:32 PM
**To:** Donald A. Lucas
**Subject:** Theranos strikes back...

http://www.wired.com/2015/10/theranos-ceo-calls-wsj-a-tabloid-at-wsjs-own-conference/

Donald A. Lucas

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3301 | F 650.305.2319
Jennifer Emmett – Executive Assistant
jennifer@lucasvg.com

LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Confidential Treatment Requested by Lucas Venture Group

LVG00032750

US-REPORTS-0011863

**To:** Elizabeth Holmes[eholmes@theranos.com]
**From:** Christian Holmes
**Sent:** Thur 11/12/2015 7:16:49 PM
**Importance:** Normal
**Subject:** FW: my Response to an LP given the latest WSJ Safeway Story (FYI)
**Received:** Thur 11/12/2015 7:16:51 PM

**From:** Donald A. Lucas [mailto:don@lucasvg.com]
**Sent:** Thursday, November 12, 2015 11:16 AM
**To:** Christian Holmes <cholmes@theranos.com>
**Subject:** RE: my Response to an LP given the latest WSJ Safeway Story (FYI)

Great.  Please make sure your sister knows how supportive I am.
TY

**From:** Christian Holmes [mailto:cholmes@theranos.com]
**Sent:** Thursday, November 12, 2015 10:43 AM
**To:** Donald A. Lucas <don@lucasvg.com>
**Cc:** Heather King <hking@theranos.com>; Public Relations <PR@theranos.com>
**Subject:** RE: my Response to an LP given the latest WSJ Safeway Story (FYI)

Don,

Thanks for sending this – what you wrote is consistent with our discussion yesterday morning.

Appreciate you sharing this with us.

Best
Christian

**From:** Donald A. Lucas [mailto:don@lucasvg.com]
**Sent:** Wednesday, November 11, 2015 10:25 AM
**To:** Christian Holmes <cholmes@theranos.com>
**Cc:** Heather King <hking@theranos.com>; Public Relations <PR@theranos.com>
**Subject:** my Response to an LP given the latest WSJ Safeway Story (FYI)

Dear Mr. LP,
I am happy to talk you through this.

The Bottom line is that this has been a "witchhunt" from the beginning by Mr. Carreyrou at the WSJ.
Whether his intention is to be honored with another Pulitzer prize for reporting inaccurate statements OR
Somehow LH / DGX are behind him.  The truth will play out in time.  Please remember that I(my Father as Chairman) have been
Involved with this company for over 11 years

The fact that he is reaching back in time and masking the fact that this dates back many years and siting
"anonymous sources" is clear evidence to me  that he
Is grasping for straws.

Kind regards,

Don



Donald A. Lucas

Confidential

Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3301 | F 650.305.2319
nnifer Emmett – Executive Assistant
nnifer@lucasvg.com


LucasVentureGroup™ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee
you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by
mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change
without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private
security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a
taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's
particular circumstances from an independent tax advisor.

Confidential

**To:**      'Alexandra Ertola'[allieert@comcast.net]
**From:**    KURT LATTA
**Sent:**    Sat 2/15/2014 5:52:03 PM
**Subject:** RE: Theranos

...k you might expand it somewhat by adding after the first sentence the following: "With that said, both Kurt and I were very pleased to hear that she is committed to finding a path forward so that Dad is able to liquidate some of his shares. Kurt is going to pursue some avenues for selling some shares but prefers not to force the issue right now, given Elizabeth's commitment."

Conclude with your final sentence and that I think will do it. If he contacts you again, feel free to refer him to me.

Kurt

---

**From:** Alexandra Ertola [mailto:allieert@comcast.net]
**Sent:** Saturday, February 15, 2014 8:13 AM
**To:** kurtlatta@juno.com
**Subject:** Fwd: Theranos

Regarding Don's email below I am uncomfortable writing back and would like your OK on what I say:

Don,

In talking to Elizabeth about Dads liquidity needs there was no specific information shared with us. She did however say she would be in contact and communicate with us in the near future.

Kurt, what else can/should I say to him?

---

**From:** "Donald A. Lucas" <don@lucasvg.com>
**To:** "Alexandra Ertola" <allieert@comcast.net>
**Sent:** Friday, February 14, 2014 11:07:15 AM
**Subject:** RE: Theranos

Interesting. From the street/rumors I have heard she is or has raised
$200 million at an $8 Billion valuation, from whom I do not know, which concerns me
Are they "dumb money" or qualified institutions? Again from the rumor mill--- "Need to focus on
Capital raise for Company not employees or early investors getting out, maybe in a year or two"
As always, who the heck knows what is really going on, with the new voting rights she has basically
"emasculated any power or control the Board has over her" she can really do anything she wants to do,
Which I was taught is not a good thing   it's called "corporate governance"

Good luck...

**From:** Alexandra Ertola [mailto:allieert@comcast.net]
**Sent:** Friday, February 14, 2014 10:49 AM
**To:** Donald A. Lucas
**Subject:** Re: Theranos

on,
We meet with Elizabeth this afternoon so will have more information then.

I will write you after that
Allie

US-REPORTS-0011866

On Feb 14, 2014, at 9:57 AM, "Donald A. Lucas" <don@lucasvg.com> wrote:

Hi Allie,
Were you and Kurt ever able to get Elizabeth to authorize a transfer for a sale on a portion of his stock?
thx

Don

**Donald A. Lucas**

<image001.gif>
Lucas Venture Management
545 Middlefield Road | Suite 220
Menlo Park, CA  94025 USA
T 650.543.3300 | F 650.543.3339
Jennifer Emmett – Executive Assistant
jennifer@lucasvg.com

LucasVentureGroup℠ | http://www.lucasvg.com/

This message may contain confidential information and is intended only for the individual(s) named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The views expressed herein are those of the author. All opinions are subject to change without notice. Neither the information provided nor any opinion expressed constitutes a solicitation for the purchase or sale of any private security. To the extent that this material or any attachment concerns tax matters, it is not intended to be used and cannot be used by a taxpayer for the purpose of avoiding penalties that may be imposed by law. Any such taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

Think of the environment before you print this email

**From:** Christian Holmes
**To:** Donald Lucas
**CC:** Elizabeth Holmes
**Sent:** 9/4/2013 7:17:27 AM
**Subject:** overview deck
**Attachments:** Exec_August_2013_v3_LVG.pdf

Don,

I hope this finds you well. Attached is an overview deck of Theranos – note that you'll need the following access credentials to open the document.
　　USERID: lvgtheranosconfidential
　　PASSWORD: confidential

As none of this information is public, and is not shared externally, we appreciate your mindfulness in keeping it confidential.

Regarding your request to receive our nanotainer: the nanotainers are medical supplies that we need to keep tight control of for now, and are not giving these to anyone. I will certainly reach out following our launch if there is additional content we can share with you.

Please let me know if you have any questions.

Regards,
Christian

**Christian R. Holmes**
Associate Director | Product Management
Theranos, Inc.

Office: 650.470.6145
Mobile: 650.561.2151
cholmes@theranos.com

PRIVILEGED AND CONFIDENTIAL COMMUNICATION
IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments. Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com

**Confidential Treatment Requested by Lucas Venture Group**

**To:**       Christian Holmes[cholmes@theranos.com]
**From:**     Elizabeth Holmes
**Sent:**     Wed 9/4/2013 6:31:52 AM
**Importance:**       Normal
**Subject:**  RE: Emailing: Exec_August_2013_v2
**Received:**         Wed 9/4/2013 6:31:00 AM
Exec_August_2013_v2_LVG.ppt

You can secure PDF this.

The nanotainers are medical supplies that we need to keep tight control of for now and are not giving to anyone. Post launch there may be additional content we can share with him.

-----Original Message-----
From: Christian Holmes
Sent: Tuesday, September 03, 2013 10:23 PM
To: Elizabeth Holmes
Subject: RE: Emailing: Exec_August_2013_v2

-----Original Message-----
From: Elizabeth Holmes
Sent: Tuesday, September 03, 2013 10:17 PM
To: Christian Holmes
Subject: RE: Emailing: Exec_August_2013_v2

-----Original Message-----
From: Christian Holmes
Sent: Tuesday, September 03, 2013 7:51 PM
To: Elizabeth Holmes
Subject: Emailing: Exec_August_2013_v2

Deck for Don, with the edits requested

Confidential

THPFM0000154312

US-REPORTS-0011869

# theranos

## August 2013

This presentation and its contents are Theranos proprietary and confidential.

theranos

# Contents

Background on Theranos

Transforming the Clinical Laboratory

Patient & Clinician Impact

2

Theranos Confidential

**theranos**

# the lab test, reinvented.



1.29cm

same tests,
smaller sample.

3

Theranos Confidential



Theranos Confidential

theran●s

# Contents

Background on Theranos

Transforming the Clinical Laboratory

Patient & Clinician Impact

5

US-REPORTS-0011874

# Same Tests, A Whole New Approach

The actionable information you need, 1/1,000 the size of a typical blood draw.



No big needles.

Just a tiny drop.

Into our nanotainer™.

Theranos runs any test available in central laboratories, and processes all sample types.

All tests match existing reimbursement codes.

Theranos provides the highest level of oversight, automation, and standardization in our pre- and post-analytic processes, ensuring the highest levels of accuracy and precision.

theranos

6

Theranos Confidential

# Specialized for Every Specialty

Theranos is a new standard in lab testing that can help every practice. And we offer even more specialized tools for patients with specific needs.



### Oncology

With Theranos, patients can test at the necessary frequency with less trauma. Our micro-sample size lowers the risk of anemia and other secondary effects of large-volume draws.

### Pediatrics

When you're caring for the littlest patients, even a simple blood draw can be the biggest obstacle. But since we only require tiny drops, our tests are less traumatic, giving you more smiles and fewer tears.



### Geriatrics

With Theranos, you can process samples from patients with collapsed veins without the discomfort they go through now. No more searching for veins. No more painful draws from the knuckle or back of the hand.

theranos

7

Theranos Confidential

US-REPORTS-0011876

# Excerpts from Theranos' Test Menu

theranos

*105 tests shown, another 20+ pages show all available tests with Theranos

**Bacteria**
Streptococcus pneumoniae (penic R(24%),S)
Mycoplasma pneumoniae
Chlamydia pneumoniae
Bordetella pertussis
Haemophilus influenzae (ampic R,S)
Moraxella catarrhalis
Staphylococcus aureus (M/R (30%), RS)
Streptococcus pyogenes (A)
Streptococcus agalactiae (B)
Pseudomonas spp (aeruginosa)
Haemophilus parainfluenzae
Enterobacteriaceae spp
Legionella spp
gram-negative bacteria
Escherichia coli

**Viral**
H5N1, H1N1
H3N2, Infl. B
Rhino Virus
Adenovirus
RSV
parainfluenza virus (1,2,3,4)
Coronaviruses
human metapneumovirus (HM/PV)

**Complete Blood Count w Diff**
White blood cell count
Red blood cell count
Hemoglobin
Hematocrit
Mean corpuscular volume
Mean corpuscular hemoglobin
Mean corpuscular hemoglobin concentration
Platelet count
Mean platelet volume

**Renal Panel**
Albumin
BUN
Calcium
CO2
Chloride
Glucose
Phosphorous
Potassium
Sodium
Creatinine
eGFR

**Thyroid Panel**
TSH
T-3
T-4

**Liver Panel**
ALT
Alkaline Phosphatase
AST
Ferritin
GGT
Iron
Lactate Dehydrogenase
Microalbumin
Total Protein
Albumin
Globulin
Bilirubin Direct
Bilirubin Total

**Complete Metabolic Panel**
HGB A1c
Glucose
Calcium
Albumin
Total Protein
Sodium
Potassium
CO2
Chloride
BUN
Creatinine
ALP
ALT
AST
Bilirubin
Magnesium

Ipecac
Lsd,
Lsd-25,
Lysergide,
Nalbuphine
Nubain(R)
Rohipnol&®
Stadol&®
Ethyl Glucuronide,

**Cardiovascular Panel**
Creatinine
Kinase
Troponin-I
Troponin-t
CRP- High-Sensitivity & LS
Homocysteine

**Lipid Profile & Glucose Panel**
Cholesterol
HDL
LDL
LDL/HDL Ratio
Triglycerides
VLDL

**STDs & Drugs of Abuse**
Chylmd Trach, Dna, Amp Probe
N.Gonorrhoeae, Dna, Amp Prob
Hpv, Dna, Amp Probe
Acid
Butorphanol
D-Lysergicaid Diethylamide,
Dolophine,
Flunitrazepam
Hairstat
Heroin,

8

Theranos Confidential

US-REPORTS-0011877

# Faster results. Faster answers.



TEST RESULTS AVERAGE

# 4 HOURS OR LESS

SPECIMENS ACQUIRED

Theranos' micro-sample analysis is performed at amazing speeds, so we can report results faster than previously possible – in less than 4 hours.

Data reported in high quality and in real-time becomes actionable information for improved decision making.

theranos

Theranos Confidential

9

# A New Standard in Quality

The highest levels of accuracy.



By systematically controlling and standardizing our processes, Theranos offers tests with the highest levels of accuracy.

Theranos automates pre- and post-analytic processes, drastically minimizing human processing – the cause of the majority of lab test errors.

theranos

Theranos Confidential

10

US-REPORTS-0011879

# A New Standard in Quality

More precise trending.



By making it easier to precisely measure your body's information at the needed frequencies, we can help clinicians see small changes in test results as they emerge over time.

Theranos Systems are designed to help monitor chronic disease states, providing accuracy and precision over time through the standardization of our systems.

11

theranos

Theranos Confidential

# A Better Way to See Results



Vitamin D

**35** ng/mL

Deficient | Insufficient | Sufficient | High | Toxic

20 ng/mL   30 ng/mL   80 ng/mL   150 ng/mL

Results are conveniently accessed through theranos.md, our secure digital hub that organizes all your results, or accessed through traditional methods.

Results are reported in easy-to-read graphs, allowing for better visualization of test data in a new, informative way.

12

theranos

Theranos Confidential

# Cost Savings

The full range of tests. A fraction of the costs.

THERANOS RATES ARE ALWAYS

# 50% OR LESS

THAN MEDICARE-COVERED RATES.

Theranos is committed to making lab testing more accessible to everyone. That means pricing our tests dramatically lower than currently available options.

Theranos can bill all major insurance carriers as well as Medicare and Medicaid.

Uninsured patients are offered the same discounted prices.

theranos

13

US-REPORTS-0011882

# Comprehensive Testing Across Methodologies

## Auto-Reflex Testing



When clinicians order tests with Theranos, they can specify follow-on tests to run automatically on the same sample if certain tests are out of range.

This saves patients another trip to the lab, avoids prophylactic decision-making and unnecessary prescriptions, and helps clinicians properly diagnose conditions sooner than they would be able to with conventional processes.

theranos

14

Theranos Confidential

US-REPORTS-0011883

theranos

# Contents

Background on Theranos

Transforming the Clinical Laboratory

Patient & Clinician Impact

Theranos Confidential

# Seamless Integration with Your Practice

**Send samples to us.**

You can send us samples using your smallest vacutainers. Just sign up and we'll help you register and arrange courier/delivery options. Get started here.



theranos
1601 S. California Ave. • Palo Alto, CA 94304

**Send patients to us.**

Or download our lab order form and send your patients to our convenient Theranos Wellness Centers. Sign up today and we'll get you set up.

Choose between sending your patients to our convenient Theranos Wellness Centers, or drawing samples in your office or facility.

Theranos accepts all paper lab order forms in addition to offering our own form.

16

theranos

Theranos Confidential

US-REPORTS-0011885

# An Entirely New Lab Experience

Everything, right at your fingertips.



From lab orders, to processing, to results, every aspect of lab testing is connected through our secure network.

Clinicians are delivered data quickly and accurately, at the time when it's needed.

theranos

17

Theranos Confidential

US-REPORTS-0011886

# An Entirely New Lab Experience

Theranos Information Systems

Theranos Information Systems facilitate real-time eligibility, authorization, authentication, information transmission, and billing.

All data is transmitted to physicians through a secure customized portal, secure fax, and/or integration with EMR/LIS systems.



theranos

Theranos Confidential

18

US-REPORTS-0011887

# Accessibility and Patient Compliance

Theranos Wellness Centers



Over the next few months, Theranos is introducing groundbreaking new spaces that transform the way patients and clinicians think about lab tests.

Theranos Wellness Centers are designed to make the patient experience as easy and comfortable as possible.

By giving patients an easier way to get their lab testing done, they are more likely to be compliant with clinician lab orders.

theranos

US-REPORTS-0011888