## MEMORANDUM OF INTERVIEW

| CASE NUMBER | : | 2204323-MF |
|---|---|---|
| PERSON INTERVIEWED | : | Mark Campbell |
| PLACE OF INTERVIEW | : | Securities and Exchange Commission Office, San Francisco, CA |
| DATE OF INTERVIEW | : | December 20, 2016 |
| TIME OF INTERVIEW | : | 9:20 AM |

On December 20, 2016, Mark CAMPBELL (CAMPBELL) (DOB:          ) was interviewed at the Securities and Exchange Commission (SEC) San Francisco office regarding his knowledge and interactions with THERANOS. Participating in the interview were Assistant United States Attorney Robert Leach, SEC Attorney Rahul Kolhatkar and me. Marc Fagel, Jeff Hayes and Jessica Lemaux were present as CAMPBELL's counsel. CAMPBELL was admonished before the interview began. The following is a summary of the information provided by CAMPBELL.

In 2002, CAMPBELL joined University Venture Fund as an intern. The fund was a student run fund that managed $18 million in venture capital. CAMPBELL graduated from the University of Utah in 2005. He stayed with University Venture Fund until 2007, reaching the position of managing director. In 2008, he started PEER VENTURE PARTNERS (PVP) with Don LUCAS (LUCAS) and Jared HUTCHINGS (HUTCHINGS) and moved to the San Francisco Bay Area in 2009 to further develop PVP.

PVP is a venture capital firm that focuses on early and late stage investment and manages about $100 million in capital. While prominent Utah families make up the bulk of PVP's investors, INTERMOUNTAIN HEALTHCARE (IMHC) and DIGNITY HEALTH (DIGNITY) also invest through PVP. Other than THERANOS, PVP previously invested in a semiconductor company.

CAMPBELL's first interaction with THERANOS was in 2009 at a meeting hosted by LUCAS. At the meeting, Elizabeth HOLMES (HOLMES) gave a presentation about THERANOS where she discussed working with small blood samples and a box used to analyze the samples. She also discussed THERANOS' work with pharmaceutical companies. CAMPBELL interactions with THERANOS between 2009 and 2010 were conducted mainly through LUCAS as HUTCHINGS was the lead on the THERANOS partnership.

CAMPBELL reviewed documents PVP055503 to PVP055504. CAMPBELL recognized these documents as notes he sent to HUTCHINGS summarizing HOLMES' presentation to consider investing in THERANOS. CAMPBELL thought THERANOS was generating income from pharmaceutical and government sources and that the company was using revenue and profits from its operations to grow the business. THERANOS had an operational blood testing device that did not need to be developed any further. Software was a significant part of the business in

Page 1 of 5

US-REPORTS-0002644

that the software was the important part in determining disease.  Software licenses were sold to end-user customers

PVP invested in THERANOS because they believed THERANOS could miniaturize blood testing using finger-stick technology while lowering cost.  THERANOS developed a box to conduct the test analysis.  CAMPBELL stated PVP also invested because of the people involved with THERANOS, namely HOLMES and LUCAS.  PVP invested in THERANOS through single purpose funds.  Fund III invested in THERANOS in 2010 and consisted of funds mainly from the ECCLES, DUMKE and SHER families.   Fund IV invested in THERANOS in 2013 and consisted of funds from Lisa ECCLES, the SHER family, IMHC and DIGNITY.

The documents PVP received or reviewed from THERANOS consisted mainly of slide decks.  HUTCHINGS, through PVP, received a binder of documents from THERANOS.  CAMPBELL said another set of documents was received in 2010.  These documents included letters from CELGENE and GLAXOSMITHKLEIN validating THERANOS' technology.

CAMPBELL reviewed documents PVP022435 to PVP0022437.  He recognized the documents as notes from a May 2010 THERANOS meeting at Wells Fargo in Salt Lake City, Utah.  Present at the meeting were himself, HOLMES, Sunny BALWANI (BALWANI), HUTCHINGS, John MILLER, Jon BOLEN, Phil ADAMS, Zeke DUMKE Sr., Zeke DUMKE Jr., Jason ROBBINS Chris NETTI, Spencer ECCLES, Hal MILNER and Jeff WOODBURY.   HOLMES primarily spoke during the meeting and gave a presentation using a slide deck.  During the meeting, HOLMES represented THERANOS technology could run a more comprehensive set of blood tests compared to devices that were currently on the market, which could only run one set of tests.  In addition, THERANOS would be partnering with the Department of Defense (DOD) to use THERANOS technology in the field to aid injured soldiers.  THERANOS was generating revenue from the DOD as well as pharmaceutical companies.

CAMPBELL thought THERANOS' revenue was in the tens of millions of dollar range for the year 2010 based on information he received from LUCAS.  He understood THERANOS had a contract with CELGENE which was using THERANOS technology to reduce drug development times.

CAMPBELL reviewed documents PVP055949 to PVP055950.  CAMPBELL described a THERANOS presentation made in late 2010 at a LUCAS annual meeting.  During the presentation, HOLMES and LUCAS stated THERANOS was raising funds to buy back shares from early investors.  CAMPBELL also remembers a slide that stated THERANOS technology could save pharmaceutical companies 18 to 24 months clinical trial time.  CAMPBELL documented that THERANOS' revenues had historically come from the licensing of their software.  However, revenue may shift to being generated by the sale of the cartridge as retailers would pre-purchase these items.

CAMPBELL reviewed documents PVP038468 to PVP038469.  He stated these consisted of notes he made in anticipation of a meeting with HOLMES and the Fund III group.  CAMPBELL reviewed documents PVP056747 to PVP056749 consisting of notes from the call with HOLMES.  With regard to U.S. Food and Drug Administration (FDA) regulatory compliance, THERANOS

US-REPORTS-0002645

did not anticipate having to obtain FDA 510-K regulatory approval as their devices were exempt. HOLMES discussed investment by insurance companies because they were customers that would use THERANOS' products.  THERANOS had signed agreements with insurance companies. CAMPBELL believed THERANOS had insurance companies as investors.  In these documents, CAMPBELL included notes he took during the 2011 LUCAS annual meeting.  There are also notes related to THERANOS profitability.  He did not remember the content surrounding those particular notations.

At some point after the meeting with the Fund III group, HOLMES announced that THERANOS would pursue FDA approvals for their technology.  CAMPBELL recognized this as a significant change that would require more time to bring the technology to market.

CAMPBELL had very little interaction with HOLMES for the period of 2011 to 2013.  He exchanged a few emails with her during that time period.

As the finance and audit chair, LUCAS would make verbal disclosures to CAMPBELL regarding THERANOS' revenue.  For 2010, CAMPBELL believed THERANOS' revenue were in the tens of millions of dollars.  In later years, CAMPBELL thought THERANOS' revenue was in the hundreds of millions of dollars.  He based this conclusion on his what he knew of the Safeway deal and from listening to Safeway earnings calls.  He also listened to a presentation by Greg WASSON of Walgreens at a JP Morgan healthcare conference.  CAMPBELL thought THERANOS' revenue in 2013 was in the tens of millions of dollars.

CAMPBELL is aware of PVP investors and potential investors having their blood tested by THERANOS.  CAMPBELL, too, had his blood tested at a TEDMED conference and at a Walgreens store.  Blood tests were conducted by finger stick.  The people he knows had a test include Bob GRAHAM and an ECCLES family member at a 2010 pre-investment meeting.  In addition, representatives from DIGNITY, TRINITY HEALTHCARE, MERCY HEALTHCARE and CANCER TREATMENT CENTERS OF AMERICA had their blood tested at a 2013 meeting.

George HAMILTON of IMHC attended a meeting with HOLMES and PVP.  During the meeting, HOLMES discussed THERANOS, their nanotainer and cartridge.  HOLMES also discussed strategy regarding hospital implementation of THERANOS technology.  There was a second meeting attended by a broader group of individuals, including Bert ZIMMERLI of IMHC. During these meetings, there was no discussion of using commercially available or legacy equipment.  IMHC entered into a strategic partnership with THERANOS in the Fall of 2013 and invested in THERANOS through PVP.  CAMPBELL is confident HOLMES knows IMHC invested through PVP, although he is unsure of any communications between HOLMES and IMHC.

In late 2013 or early 2014, CAMPBELL had a meeting with BALWANI discussing THERANOS contracts.  BALWANI described these contracts as baked, which CAMPBELL understood to mean they were already in place.

US-REPORTS-0002646

CAMPBELL reviewed documents PVP059261 to PVP059263 which consisted of an email chain from Lisa Zuckerman (ZUCKERMAN) of DIGNITY.  PVP was introduced to DIGNITY through Wade (last name unknown).  CAMPBELL reviewed the content of the email for inaccuracies.  The statements made in the email were consistent with what he knew about THERANOS.  More specifically:

- CAMPBELL stated he knew about THERANOS' work with the military, pharmaceutical companies, and the Centers for Disease Control and Prevention (CDC).
- CAMPBELL understood that THERANOS had developed tests for all CPT [Comprehensive Procedural Terminology] codes.
- CAMPBELL said it was consistent that THERANOS had 1,000 submissions with the FDA.  HOLMES made this representation at a meeting with Mike and Taylor Leavitt in late 2013.
- CAMPBELL stated THERANOS devices were smaller, cost less, and ran samples in less time.  THERANOS devices also had a software component with centralized results.  A machine and its location affected wait times.  In contrast, legacy blood testing machines were large, expensive, used blood obtained by venous draw, and were prone to human error.
- CAMPBELL stated that THERANOS' workload was 75% pharmaceutical and 25% military.  He first heard this from BALWANI during a meeting with DIGNITY.  HOLMES was not present for the meeting.

Regarding THERANOS partnership with Walgreens, HOLMES described the rollout as "shock and awe" in 2011.  However, the rollout progressed more slowly than thought.  CAMPBELL never received an explanation as to why things were moving slowly.

CAMPBELL reviewed document PVP059280 to PVP059281 consisting of CAMPBELL's response to ZUCKERMAN's email.  He added that THERANOS technology had been used in more than one country and that revenue sources included cartridges and Saas [software as a service].

BALWANI, HOLMES, HUTCHINGS and CAMPBELL had discussions of a potential partnership with Vivian LEE of ARUP, a large reference lab.

There were discussions of a THERANOS partnership with DAVITA.  HUTCHINGS oversaw the meetings.  CAMPBELL was aware of a call with HOLMES and Lloyd Dean.  He stated the call went well.  There was no investment by DAVITA in THERANOS through PVP.

HOLMES met with Darren DWORKIN and Tom PRISELAC of CEDARS SINAI.  There was no investment by CEDARS SINAI in THERANOS through PVP.

There was a meeting with Peter ANDERSON of SUTTER HEALTH regarding the application of THERANOS technology and investment in THERANOS.  There was no investment in THERANOS by SUTTER HEALTH through PVP.

US-REPORTS-0002647

Both HOLMES and BALWANI made statements that THERANOS was working with the military.  THERANOS technology was being used in combat applications and was generating revenue for the company.  The military agreements were not disclosed to PVP.

CAMPBELL read the Wall Street Journal article.  He was surprised to learn that the Safeway and Walgreens partnerships had ended.  He was also surprised to learn that THERANOS was using non-proprietary devices which THERANOS never discussed.  CAMPBELL only learned about the FDA decision regarding the fingerstick device after the fact, which he described as a fair assessment at the time.

CAMPBELL went to THERANOS in late 2015.  He saw the THERANOS device and was provided with draft FDA summaries by the company.

The interview ended at approximately 11:45 AM.

Christopher McCollow                                    March 29, 2017
US Postal Inspector                                            Date

ATTACHMENTS:

- PVP022435-PVP022437
- PVP038468-PVP038469
- PVP055503-PVP055504
- PVP055949-PVP055950
- PVP059261-PVP059263
- PVP059280-PVP059281

US-REPORTS-0002648



Mark Campbell <mark@peerventurepartners.com>

# Theranos Presentation 5/20/2010

**Mark Campbell <mark@peerventurepartners.com>**                                    **Mon, May 24, 2010 at 3:48 PM**
To: Mark Campbell <mark@peerventurepartners.com>, Jared Hutchings <jared@peerventurepartners.com>

- A whole range of chemistries that are currently run in a central lab now in a point of care setting.
- Different from all the other current devices because they can only run 1 set of tests
- They have automated what has been done in central labs to allow the same tests to be done in retail pharmacies.
- Sunny - Take what you learn from the point of care tests and build large modeling simulation computer systems, so as you acquire data from individuals health we can compare that against all the other data that is acquired and see where individual health is headed because you can derive a lot of information from blood.
- Built a system that processes a 15 micro liter sample of blood.  Just a little bit more than what is run on a glucose meter.
- They run assays in less than 18 minutes.
- Link the information to a decision support system that makes the blood testing information actionable.
- One of the issues of lab testing information is the lack of actionable data.  Don't know what to do with the results of the test.
- Don't know if a patient is at risk for a certain outcome.
- Theranos goal is to make lab data more actionable and accessible that take central labs and replace them with boxes that can be put in retail locations and patients homes.
- 10 of the top 15 pharma companies are clients, pfizer, GSK, Johnson and Johnson, Astra Zeneca, Bristol Meyers,
- Business Model - first go into the world of pharmaceutical trials and replace central labs, paid by pharmaceutical companies to drastically speed up their clinical trials.
- Able to generate cash quickly and prepare to launch systems to consumers.
- Have contracts with the department of defense, using for a broad range of applications from influenza detection, putting system on CCAT's (critical care air transfer vehicle) for soldiers that are evacuated from the field once they are hit, and put a lab on a flying ambulance.
- 3 revenue streams - Pharmaceutical clients are software customers, recurring revenue with SaaS for automated analysis, they also buy consumables which are the cartridges
- Measuring every single test that is currently run at a lab, hundreds of different chemistries, there are 300-400 unique tests, can measure cells in their platform, proteins, metabolites, enzymes, viral load all within one system which has never been done before.
- Just received a patent for two-way communication to a point of care medical device, able to dynamically send data from servers to reprogram devices to do different things, own patent that allows data to be sent from server to update its protocols or tell it to do different things based on the cartridges that it sees.
- They can ship a box and update it with new tests.  As they deploy in peoples homes or physician offices, 800,000 doctors in the US, they can update it without touching the boxes.
- Influenza, less than 15 minutes for results.
- Have never done a press release, staying completely under the radar.
- Most people know what they are doing in terms of pharmaceutical trials but do not know that they are going after Quest and LabCorp business by going into retail pharmacies.
- Mission as a healthcare company is to wipe cost out of the system.  First company ever to go to medicare and medicade and say this list of tests that you are currently reimbursing, cut it in half, we will lower your reimbursement thresh hold for these tests.  Because their costs are so low they are taking Quest and LabCorp price and reducing it by 90%.
- Quest and LabCorp cost is driven by 70% overhead associated with the planes and real estate.  They can't drop their variable cost below a certain thresh hold which is so high above where we are pricing that it's going to be a time question of what they can do and how quickly.

PVP022435

- More worried about discrediting science than competing on the business model.
- The data is communicated to the user depending on who the user is, if it's a consumer the results are sent wirelessly to the physicians, if it's a pharmacist it depends on whether or not they are authorized to give data back to consumers.
- Have done 3 rounds of funding, did Series A in 2004 and their last round (Series C) in 2006. Have not raised equity since then.
- Been operating on the contracts from pharmaceutical companies and DOD
- Have not wanted to raise equity because they have signed contracts that have allowed for growth from operations.
- At a point where retail pharmacies have asked for the ability to put equity in and because the relationships are so strategic they are going to allow it.
- Because of that, they are allowing some of the Series A people the ability to sell their shares.
- Largest investor is Larry Ellison, 2nd largest is Don Lucas. Bob Shapiro (Monsanto), investor base have all built companies from the bottom up.
- Collect data through the touch screen on the device as well. Want to put the data in context. Diaries for what people eat, exercise, medications, sleeping.
- Can give feedback on the medications and the diet.
- The cartridges contain the chemistries. They are disposable, one time use. Poke finger, touch cartridge, put cartridge in device, done.
- Have controls on the cartridges, which they run before they run the assays, that data is sent to the server, and compare data on the controls, then store calibration curves, can see if the assays are running to spec
- You can put a device in china, africa, and walgreens downtown we are going to be able to give the same reading on all of those devices. Which is not done with laboratory testing instruments because the traditional tools are not calibrated between devices.
- If you go to Quest in California and get your blood done and you go to Quest in Utah you are not going to get the same answers. You get different answers in terms of absolute concentration. You can't see trending the way it is currently being done.
- Case study for client - able to redesign the trial. Able to accelerate program by 18-24 months. Increased success probability from 15-80%. Value created was an NPV of $202m. They get $ from a license to their software.
- 18-24 months is a really big deal, it's estimated that every single day is worth $1m dollars.
- Lab testing business was a $52B market in 2008. On average, every american does 3 blood tests per year.
- 2008 - 1 billion tests.
- Quest has 14% of the market, 151m tests in 2006.
- Independent labs controls ~half of $52b market (about $25b). Includes inpatient hospital testing and outpatient that is not done in hospitals.
- Quest and LabCorp have no R&D division. They may try to partner with other companies.
- Price to consumers will be so low that it will be difficult to compete.
- Analogy is bringing PCs in a world of mainframes. Just like people sending picture to a lab to be developed, now people get their pictures developed at Walgreens.
- Insurers currently don't have access to the blood testing data.
- Pharma - $30 per test is for one chemistry, always have 6 or more chemistries on a single cartridge.
- Take 5% of the market for general labs, if the retail partners are able to attract 5% of this market by signing deals with insurance companies to drop their costs by greater than 50% they will do $1.4B in annual revenue with $500m in gross profit.
- Able to make a impact on early detection of disease. Working with Medicare and Medicade to say what tests should we handle to start catching this information earlier. Starting with replicating what the labs do exactly and then putting this in every pharmacy is to be able to start seeing the changes that these markers early enough to make an impact, this opens up the world of specialty testing. This is where they will make the bulk of their money. Because when we can get disease specific signatures where we can say we ran a trial of 2000 people and we were able to predict with 90% power that a woman was going to have breast cancer before the tumor showed up based on our signatures.
  Replace mammograms with blood tests.
- When we do specialized tests then we'll give away the CVC which counts red & white cells that cancer patients have to do frequently, and then multiplex it with these proprietary panels that are giving actionable information whether someone will have a disease in time to intervene.

PVP022436

US-REPORTS-0002650

- 90% of all the tests that are run at Quest and LabCorp are 100 different tests, that fits on 2 cartridges.
- Shipping 5-6 cartridges to the pharmacies, they'll put them in the device and then select what test they want to run and get billed for what's run.
- The price of an average panel for routine lab tests (not proprietary tests) is $18 and reselling it for $28, the same price for this test at LabCorp/Quest discounted for insurance companies is $86 (not the retail price, ~$800-900) then 5% of the market is 50m tests which is $1.4B in revenue and a gross margin of $500m and a healthcare savings of out of pocket test costs of $2.9B.
- Picked the price as 50% of medicare.  So now the price that they will pay is 50% below Quest and LabCorp's variable cost.
- Currently selling proprietary tests for $150 each. (Wellness diagnostic and predictive tests)
- These are proteomic tests and owned by Theranos IP.  Take environment into consideration.
- Breast and prostate cancer tests will launch in 2011 at pharmacies.  These will be authorized for direct to consumer sales.  Predictive power is greater than 80%
- Men over 40 in the US, 2 tests per person per year, that would be 130m tests per year for total available market.  $150 retail price and $50 gross margin, 10% market share = $2B with $650m gross profit to retailers.  Theranos profit is much higher.
- Initial tests with pharmacies - influenza, infertility, pregnancy complications, congestive heart failure, prostate, colorectal, fertility
- Want to diversify investor base.
- Inventory pre purchase commitment of $100m from each pharmacy partner.
- Strategic reasons to allow early investors to get a return now.
- Numbers that were shown were US market only.
- Elizabeth completed 4 years of Stanford Mandarin while in high school.
- Believes the most valuable thing she can do with her life is build a company that recognizes when people get really sick it's too late to do anything about it and it doesn't have to be that way.



PVP022437

**Subject:** Friday's Meeting
**From:** Jared Hutchings <jared@peerventurepartners.com>
**Date:** 3/31/2011 7:54 AM
**To:** Elizabeth Holmes <eholmes@theranos.com>

Elizabeth,

Change of plans, they want to do the video conference if that's OK. I will reach out to Ian McDowell today and see where we get.

Here are the questions from the Eccles and a list of attendees:

Questions for Elizabeth/company

·       Have there been any equity placements since our investment? If so when, how much and at what price?

·       Has an offering or disclosure document of any sort been prepared and given out to new or potential investors/partners/retailers. Could we get a copy?

·       How many shares outstanding simple and fully diluted? Have options been granted and if so at what exercise price?

·       Have any board members or upper management terminated their association with the Company? If so, when and why?

·       What management positions have been filled since we last met and which ones have yet to be filled (i.e. CFO)?

·       Current status of regulatory approval? What is the risk and significance should approval not be received?

·       Current financial condition of Theranos (including revenue trends/projections for the two lines of business)

·       Projected cash needs and sources?

·       Is there any new partnership relationships besides the two we were told of last June? If so, who and nature of agreement (i.e. funds invested, advance services, equity investment, etc)?

·       Competition – who and what? Theranos lead time?

·       General status of product development and technology? (including facilities in place to scale?)

·       Significant challenges and issues facing Theranos at this time?

PVP038468
US-REPORTS-0002652

·     Based on the time line we received in June, it appears we are 3-6 months behind that schedule. Is that correct or do we not remember correctly? If correct, what's the impact?

·     What can you share about the pilots?

Attendees from PEER III L.P.:

In Conference Room:
Spencer F. Eccles
Spencer P. Eccles
Lisa Eccles
Sterling Jensen (foundation)
David Buchman (foundation)
Zeke Dumke III
Zeke Dumke IV
Jared Hutchings

By Phone:
Katie Eccles
Hope Eccles
Mark Campbell
Don Hampton (Sher Family -- They invested 4M to date, they have interest in C-2)

7/6/2016 10:05 PM
**PVP038469**

US-REPORTS-0002653

**Subject:** Theranos Sand Hill Financial 10/09/2009
**From:** Mark Campbell <mark@peerventurepartners.com>
**Date:** 4/27/2010 4:53 PM
**To:** Mark Campbell <mark@peerventurepartners.com>, Jared Hutchings <jared@peerventurepartners.com>

- Working with many pharmaceutical companies
- Contracts with US and Foreign governments
- Growing from cash from operations
- Integration of 3 technology products
- Core of the business today - Focused on work for pharmaceutical companies
- Point of care at home, in clinic, blood monitoring devices
- Poke a finger, touch a disposable cartridge, press cartridge into a device so blood test can be run in real time, in an ambulatory context
- Integrate information and data from blood, data that can be used for health status
- Built their own software applications, information becomes actionable and used for enterprise clients to make better decisions
- Used to accelerate a clinical trial timeline, improve success of a phase, or decrease cost of development.
- Getting information earlier on efficacy and safety of those drugs in clinical studies
- Takes 3 technology pieces
- No longer focused on devices, it's all about software applications and tools that they can provide to clients.
- Built a single solution for a pharma company or govt, and replacing the way they are doing data capture and management, and changing the way clinical studies are being done.
- Technology includes complex modeling, allows them to characterize changes in the biology of the person and reproduce with software what a person's biological response profile should look like so they can simulate not just what the drug concentration  will be over time but how a person will react to the drug.
- Able to determine with greater probability if a drug will be successful.
- 2 value propositions to make money -  1.  improve trial success and shorten development timelines through better integration and management of data 2. ability to maximize the value of medicines on the market, instead of selling a drug, pharma sells a solution, understand how to tailer the drug to the individual.
- Dealing with organizations that have increased spend on clinical development, tons of money to get a few products on the market
- Success rates of assets(drugs) going to market are going down.
- The drugs that do make it, the majority don't make up the amount of money and capital used to get them there.
- Theranos had to prove that their technology worked, and create value by getting faster and better data
- Improving ROI for pharma development
- Key levers for Pharma -Cost, quality, and time, decrease the number of studies a company has to run.
- Different service providers that sell into pharma companies - software companies that do

PVP055503

US-REPORTS-0002654

clinical trials simulation, modeling, central labs like LabCorp and Quest Diagnostics, and CRO's. Theranos has taken all of the components and created a single solution.

- Case study: A pharma company used theranos to design clinical studies, used software to decide what would happen if they dosed their drug in a certain way. Theranos was able to completely redesign their trial
- Original design had a success probability of 15%, had significant safety problems, Theranos increased the probability to 80%.
- When the company went into the study they already had a negative return.
- When the data was given to the CFO he was able to calculate an ROI of 10% in terms of how much they have put into this particular compound.
- Theranos saved them an estimated $202M, by not having to repeat the study. Theranos was paid $3.25M (charge more next time). Project took 3 months.
- Able to change the dose of the drug because of the realtime aspect, keep them in a safe range.
- Health Management - making decisions on how to detect the onset of diseases. Real time detection for diseases, especially in developing world. H1N1
- Capacity to do 500,000 cartridges per month by Q1 2010
- When they sell their solution to a company or a govt, they grant a liscense to the operating system, SaaS model, charge for the customization, and professional services associated with the installation of that operating system
- They are motivated the same way the pharma is, getting studies done the cheapest and fastest way, focused on the value they provide
- Predictive models is where a lot of the future revenue lies, annual recurring support
- Take data from Theranos, see profiles that are in the blood, provide back to clients to make them smarter, as more and more data is added to clients the ability to predict drug success continues to go up.
- Also, consumables part of the business, $30-$100 for a test, 1-6 tests on average per cartridge, pharma companies are already spending $200 for an assay sample, so Theranos is cutting the current cost in half. Drop pricing as they do more tests with one client.
- On healthcare side, volumes are huge, drop pricing because of volume, goal of ramping up to 100K-500K cartridges per month.
- Revenue recognition is 20% per year because of VSOE issues
- Biggest risk - Grow as fast as they are trying to scale
- 1 patent filed (the mother patent), 16 applications for other patents

PVP055504

US-REPORTS-0002655

**Subject:** Eccles Update
**From:** Mark Campbell <mark@peerventurepartners.com>
**Date:** 11/9/2010 5:51 PM
**To:** Jared Hutchings <jared@peerventurepartners.com>

Here is a rough draft to begin with. Also, I've attached an article by a Theranos employee from 2009. See what you think, might be worth sending in the update.

Let me know what you want to change:

**Theranos Inc. Update - October 2010**

In 2010 Theranos partnered with strategic healthcare organizations which will allow them to extend their technology out of the pharmaceutical/clinical development infrastructure into a more consumer controlled environment.

The device has been reduced in size and has added capabilities to measure test proteins, metabolites, enzymes, cells, and DNA.

Case studies for pharmaceutical clients in 2010 showed 18-24 month time savings for clinical development and a NPV of $200-$300M.

These case studies have allowed Theranos to turn drug specific deals (one compound, where they measured safety and efficacy) into business unit specific deals. An example of this would be handling all of the vaccine development for a customer. This would allow Theranos to replace all of the blood testing infrastructure with their technology.

Technology development
Theranos has expanded their test library to include cellular analysis, measuring DNA, viral loads, basic metabolic profile, liver panel, CDCs, and lipid panel. This is giving them the ability to offer a more complete solution to run the necessary tests for a specific drug.

Software validation of everything they are doing has become a core focus internally.

They are covering a broader range of drugs. Vaccines is one of the largest sources of revenue.

Deals are now standardized and include the following: purchase of software license, purchase of cartridges (which is based on the number of tests ordered, charge per test, not cartridge), and an annual renewal through 2014.

Theranos is getting to the point where they are ready to go outside of the clinical development environment. Theranos spent much of 2010 getting locations where they can place the devices in preparation for some of the drug deals and other deals that they are doing associated with having the devices outside of the clinical environment.

Focused on not just the library of tests that happen for routine testing but also some of the response profile tests that can be paired with drugs when they go on to the market. This will involve chronic disease, infectious disease, and heart disease.

Developing tests that include measuring the progression of diabetes, proteomic profiles for type II diabetic patients, obesity, asthma, and cancer.

Through some of the work in the vaccine world, they have built comprehensive infrastructures for influenza testing and vaccination through software infrastructure where they have been doing modeling of the spread of viruses. They have partnered with governments to put their infrastructure in place. This includes HIV in South America and Bioterrorism with the United States Department of Defense.

Revenues have historically come from the license to the software, in 2010 the purchases of cartridges has far exceeded the software license revenue in terms of the contracts that they signed.

The tests on the cartridges are offered at $30 - $200. Offering 25-50 tests on a single cartridge. The contracts that they are working on are for tests in the volume of 500,000 cartridges per deal. Working by year end to have revenue on those deals.

PVP055949
US-REPORTS-0002656

500,000 cartridges are over a 9-12 month period.

Growing from cash flow from operations.

They are doubling the headcount of Theranos by December 31st. This will put the total number of employees at ~200.

Theranos is in the process of being classified as a lab company not as a device company. This would prevent the 3% tax on medical device companies as proposed in the new healthcare legislation.

─Attachments:─────────────────────────────────────────────

Will Personalized Medicine Help in 'Transforming' the Business of                    623 KB
Healthcare.pdf

**PVP055950**

US-REPORTS-0002657

**Subject:** Fwd: CAN YOU REVIEW for accuracy by afternoon?
**From:** Jared Hutchings <jared@peerventurepartners.com>
**Date:** 1/29/2014 11:01 AM
**To:** Mark Campbell <mark@peerventurepartners.com>

---------- Forwarded message ----------
From: **Zuckerman, Lisa - SF** <Lisa.Zuckerman@dignityhealth.org>
Date: Wed, Jan 29, 2014 at 10:07 AM
Subject: CAN YOU REVIEW for accuracy by afternoon?
To: "Jared Hutchings (jared@peerventurepartners.com)" <jared@peerventurepartners.com>

Hi Jared – can you please review the text below? I am including in a memo to Investment Committee regarding the PEER Ventures investment. This is only part of the memo, but I want to make sure the company description is correct. It was derived from a mix of items from my meeting notes, stuff on their website, etc...Note that Board materials are also under strict confidentiality guidelines.

Thanks!

**Investment Overview (this is just part of an Overview section)**

The fund investment is related to a strategic business relationship Dignity Health is developing with Theranos. The company, which was founded in 2003, has patented technology that can perform clinical laboratory tests on samples as small as 1/1,000 the size of the typical blood draw. The company has a track record of providing lab testing to the pharmaceutical industry for clinical trials, working with the military for lab testing in combat zones, with the Centers for Disease Control related to bioterrorism and public health testing and tracking applications. Theranos is now focused on retail / consumer strategies as well as serving the health care delivery system through hospitals and other providers. Theranos and Walgreens recently announced a significant partnership to deploy Theranos technology in Walgreens' in-store clinics. Theranos has a similar relationship in process with Safeway. We are in deep negotiations of a business relationship that could include use of Theranos in lieu of our current reference lab relationships, and potential deployment of Theranos technology in Dignity Health's hospitals, replacing traditional blood draw and lab processing technology.

**Company Background:**

Theranos has developed a range of healthcare technologies related to their microfluidic technology. They

PVP059261

US-REPORTS-0002658

Fwd: CAN YOU REVIEW for accuracy by afternoon?

assert that they have developed tests based on this micro-sample technology and processing for every Medicare CPT code. Theranos' tests are certified in their CLIA (Clinical Laboratory Improvement Amendments) laboratory and cover a full range from blood, urine, and other samples. CLIA certification is a key indicator of the credibility and quality of the Theranos technology and laboratory. The Centers for Medicaid and Medicare Services (CMS) regulates laboratory testing through the CLIA certification program. CLIA certification indicates that the laboratory has been inspected and has met all of the requirements to be certified to perform laboratory testing. Theranos has submitted roughly 1,000 tests for approval by the FDA, and have a month-by-month plan with the FDA to gain approval.

There are a number of advantages to Theranos' technology versus traditional lab technology, including:

    1) The collection of a "micro-sample" of blood via a finger stick, versus vials of blood collected via a venipuncture by a phlebotomist;

    2) Rapid turnaround time for test results (30 minutes to 4 hours) – with significant potential for improved outcomes and efficiency, particularly in emergency departments and in infectious disease situations;

    3) Cost of testing is roughly 50% of current Medicare test costs; and

    4) Potential to operate on-site labs using Theranos technology with limited staffing and resultant savings.

For the first 8 years of the company's operations, Theranos exclusively served pharmaceutical companies and the US military. The FDA review of Pharma Clinical Trials is very vigorous, and the certification and quality of the laboratories selected to perform the trials is closely scrutinized. Theranos has worked closed with the Department of Defense in the development of its technologies and testing. They have also worked in collaboration with Johns Hopkin to validate their tests.

The company President/COO stated that through 2013, roughly 75% of their work was for pharmaceutical companies (25% of revenue) and 25% of work was for military (75% of revenue). The President/COO asserts that there is a "healthy revenue pipeline" for 2014 of roughly $200 million, and estimates that roughly half of the company's 2014 revenue will come from the retail/consumer sector, with roll-out of the Walgreens and Safeway clinics. He projected that the company "could breakeven" in 2014 if they chose to scale back their very aggressive R&D investment in order to do so. As far as long-term company direction, Theranos is launching a new panel next quarter for infectious disease, including 64 pathogens, for a cost of roughly $100 per panel. The company indicates that while its "Phase 1 launch" is clinical lab technologies, Theranos envisions itself as software / technology company due to the strong role of informatics. For example, for the last 18 months, Theranos has worked with top electronic medical records vendors to prepare for commercial lab rollout.

The company has a very well-connected Board with significant ties to government and the military. It is also building out Board representation from the business sector. A brief company background is attached at the end of this memo, and the company's website can be viewed at www.theranos.com.

2 of 3

**PVP059262**

US-REPORTS-0002659

**Lisa C. Zuckerman**

Senior Vice President, Treasury Services

Dignity Health

185 Berry Street, Lobby 2, Suite 300

San Francisco, CA 94107

415-438-5529

 Dignity Health.

Caution: The information contained in this email may be privileged and confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, kindly notify the sender immediately by reply email and then delete this email. Thank you.

US-REPORTS-0002660

**Subject:** Notes on Lisa's Overview
**From:** Mark Campbell <mark@peerventurepartners.com>
**Date:** 1/29/2014 12:41 PM
**To:** Jared Hutchings <jared@peerventurepartners.com>

**What I think this is missing:**

Theranos has built a **fully integrated healthcare system** comprised of a remote blood monitoring device and proprietary software application for actionable use. The company has built a single solution for pharma companies and governments (emphasis on governments, plural).

Revenue has come from software licenses on a SaaS model and consumables from cartridges.

Theranos has grown from a trial specific to a drug specific program with customers. The entry point into the consumer market is built around their ability to characterize responder populations.

Theranos has built a fully integrated solution. It's not just a test, it's a full infrastructure for authentication of claims, billing of claims, decision support on the interpretation of data, all within one solution.

**Investment Overview (this is just part of an Overview section)**

The fund investment is related to a strategic business relationship Dignity Health is developing with Theranos. The company, which was founded in 2003, has patented technology that can perform clinical laboratory tests on samples as small as 1/1,000 the size of the typical blood draw. The company has a track record of providing lab testing to the pharmaceutical industry for clinical trials, working with the military for lab testing in combat zones, with the Centers for Disease Control related to bioterrorism and public health testing and tracking applications. Theranos is now focused on retail / consumer strategies as well as serving the health care delivery system through hospitals and other providers. Theranos and Walgreens recently announced a significant partnership to deploy Theranos technology in Walgreens' in-store clinics. Theranos has a similar relationship in process with Safeway. We are in deep negotiations of a business relationship that could include use of Theranos in lieu of our current reference lab relationships, and potential deployment of Theranos technology in Dignity Health's hospitals, replacing traditional blood draw and lab processing technology.

**Company Background:**

Theranos has developed a range of healthcare technologies related to their microfluidic technology. They assert that they have developed tests based on this micro-sample technology and processing for every Medicare CPT code. Theranos' tests are certified in their CLIA (Clinical Laboratory Improvement

US-REPORTS-0002661

Amendments) laboratory and cover a full range from blood, urine, and other samples. CLIA certification is a key indicator of the credibility and quality of the Theranos technology and laboratory. The Centers for Medicaid and Medicare Services (CMS) regulates laboratory testing through the CLIA certification program. CLIA certification indicates that the laboratory has been inspected and has met all of the requirements to be certified to perform laboratory testing. Theranos has submitted roughly 1,000 tests for approval by the FDA, and have a month-by-month plan with the FDA to gain approval.

There are a number of advantages to Theranos' technology versus traditional lab technology, including:

1)   The collection of a "micro-sample" of blood via a finger stick, versus vials of blood collected via a venipuncture by a phlebotomist;

2)   Rapid turnaround time for test results (30 minutes to 4 hours) – with significant potential for improved outcomes and efficiency, particularly in emergency departments and in infectious disease situations;

3)   Cost of testing is roughly 50% of current Medicare test costs; and

4)   Potential to operate on-site labs using Theranos technology with limited staffing and resultant savings.

For the first 8 years of the company's operations, Theranos exclusively served pharmaceutical companies and the US military. The FDA review of Pharma Clinical Trials is very vigorous, and the certification and quality of the laboratories selected to perform the trials is closely scrutinized. Theranos has worked closed with the Department of Defense in the development of its technologies and testing. They have also worked in collaboration with Johns Hopkin to validate their tests.

The company President/COO stated that through 2013, roughly 75% of their work was for pharmaceutical companies (25% of revenue) and 25% of work was for military (75% of revenue). The President/COO asserts that there is a "healthy revenue pipeline" for 2014 of roughly $200 million, and estimates that roughly half of the company's 2014 revenue will come from the retail/consumer sector, with roll-out of the Walgreens and Safeway clinics. He projected that the company "could breakeven" in 2014 if they chose to scale back their very aggressive R&D investment in order to do so. As far as long-term company direction, Theranos is launching a new panel next quarter for infectious disease, including 64 pathogens, for a cost of roughly $100 per panel. The company indicates that while its "Phase 1 launch" is clinical lab technologies, Theranos envisions itself as software / technology company due to the strong role of informatics. For example, for the last 18 months, Theranos has worked with top electronic medical records vendors to prepare for commercial lab rollout.

The company has a very well-connected Board with significant ties to government and the military. It is also building out Board representation from the business sector. A brief company background is attached at the end of this memo, and the company's website can be viewed at www.theranos.com.

PVP059281

US-REPORTS-0002662

## PROFFER AGREEMENT

This Agreement sets forth the understanding and agreement of Mark Campbell ("Client") and Client's attorney, Marc Fagel, with respect to Client's meeting on December 20, 2016 ("the meeting") with the undersigned representatives of the United States Attorney's Office for the Northern District of California ("the Office") and agents of Federal Bureau of Investigation and United States Postal Inspection Service:

(1)     Client agrees that Client shall truthfully and completely disclose all information with respect to Client's activities and the activities of others that are the subject of inquiry by the Office at the meeting.

(2)     Except as set forth in paragraphs (3), the Office will not offer in evidence any statements made by Client at the meeting (a) in a grand jury proceeding to indict Client; (b) in its case-in-chief at a trial against Client, or (c) at Client's sentencing. The Office may use any statements made by Client or any information directly or indirectly derived from statements made by Client at the meeting for any other purpose, including (a) to obtain leads to other evidence that may be used against Client at any stage of a criminal prosecution; or (b) in any prosecution of Client for perjury, false statements, or obstruction of justice.

(3)     Notwithstanding paragraph (2), the Office may use any statements made by Client at the meeting for any purpose (a) if Client testifies at any hearing or trial; or (b) to rebut any evidence offered, or factual assertions made, by or on behalf of Client at any stage of a criminal prosecution (including but not limited to a detention hearing, trial, or sentencing).

(4)     Client and Client's attorney understand that this Agreement is limited to statements made by Client at the meeting and does not apply to any oral, written, or recorded statements made by Client at any other time or to any other information provided at the meeting. The parties further agree that statements made by Client and the Office at this meeting do not constitute "plea discussions" or any "related statement" within the meaning of Federal Rule of Criminal Procedure 11(f) or statements "made in the course of plea discussions" within the meaning of Federal Rule of Evidence 410.

(5)     Client understands that this Agreement is not binding on any other United States Attorney's office or on any other federal, state, tribal, or local office or agency. Client further understands that no understandings, promises, or agreements have been entered into other than those set forth in this Agreement, and nothing said at the meeting will constitute a promise or agreement unless Client, Client's attorney, and the Office agree in writing.

ALEX TSE
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515

_____          _12/20/2016_____
ROBERT S. LEACH                                          Date
Assistant United States Attorney

US-REPORTS-0002663

I, Mark Campbell, have read this agreement and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____          _12/20/16_____
MARK CAMPBELL                             Date
Client

I am Mark Campbell's attorney. I have carefully reviewed every part of this agreement with him. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____          _12-20-16_____
MARC FAGEL                                Date
Attorney for Mark Campbell

Dates of Continuation          Initials of counsel, Client, AUSA

_____       _____    _____    _____

_____       _____    _____    _____

_____       _____    _____    _____

_____       _____    _____    _____

US-REPORTS-0002664