## MEMORANDUM OF INTERVIEW

| CASE NUMBER | : | 2204323-MF |
| --- | --- | --- |
| PERSON INTERVIEWED | : | Jared Hutchings |
| PLACE OF INTERVIEW | : | Securities and Exchange Commission office, San Francisco, CA |
| DATE OF INTERVIEW | : | December 20, 2016 |
| TIME OF INTERVIEW | : | 1:10 PM |

On December 20, 2016, Jared HUTCHINGS (HUTCHINGS) (DOB:          , Tel:

    ) was interviewed at the Securities and Exchange Commission (SEC) San Francisco office regarding his knowledge and interactions with THERANOS. Participating in the interview was Assistant United States Attorney Robert Leach, SEC Attorneys Rahul Kolhatkar and Jessica Chan, and me. Marc Fagel, Jeff Hayes and Jessica Lemaux were present as HUTCHINGS' counsel. HUTCHINGS was admonished before the interview began. The following is a summary of the information provided by HUTCHINGS.

HUTCHINGS graduated from the University of Utah with a degree in finance in 2002. Prior to graduating, he started University Venture Fund and was with the fund as managing director from 2001 to 2007. University Venture Fund managed approximately $18 million in venture capital funds. During his time with the fund, HUTCHINGS met and developed relationships with Mark CAMPBELL (CAMPBELL) and Don LUCAS (LUCAS).

In 2007, an opportunity arose for HUTCHINGS to work with LUCAS. This was the genesis of Peer Venture Partners (PVP). HUTCHINGS moved to the San Francisco Bay Area in August 2009 to continue work with PVP, LUCAS and CAMPBELL. HUTCHINGS and CAMPBELL are equal partners in PVP, with CAMPBELL taking responsibility for the "back office" activities.

HUTCHINGS first heard of THERANOS at a LUCAS hosted annual investor meeting. At one of the meetings, Elizabeth HOLMES (HOLMES) gave a presentation. HUTCHINGS remembered there was a lot of interest in THERANOS. LUCAS had told him THERANOS was raising capital with strategic partners.

PVP first invested in THERANOS is 2010.

HUTCHINGS reviewed documents PVP055503 to PVP055504 which he recognized as notes about THERANOS taken during a LUCAS meeting by CAMPBELL. The purpose of these notes was to refresh their memories for a potential investment opportunity. HOLMES led the meeting and carried most conversations. HOLMES discussed contracts with government sources, specifically with the U.S. Department of Defense (DOD). HUTCHINGS remembered seeing a THERANOS device, which he referred to as a "box," that had been ruggedized and operated

US-REPORTS-0002618

from power generated by a motorcycle battery. His impression was that the DOD was using a THERANOS analyzer in the field and that THERANOS was generating revenue from DOD. HUTCHINGS also thought there might have been some interest in THERANOS by the Mexican government. In addition, HOLMES stated THERANOS was growing their business from cash from their operations and they did not need cash from outside THERANOS. HUTCHINGS understood the term "cash from operations" to mean THERANOS was generating revenue. Finally, HUTCHINGS knew software and data were important to THERANOS and that their devices were never complete and that they were always improving. HUTCHINGS was not sure about a note stating THERANOS was no longer focused on devices.

HUTCHINGS reviewed documents PVP022435 to PVP022437 consisting of notes from the first of three in-person meetings with THERANOS employees in Salt Lake City, UT. HOLMES stated THERANOS was taking a different route from traditional lab equipment. Traditional machines from other manufacturers only run one set of tests on a device. THERANOS devices integrated several tests into one system, creating an all-in-one device. HUTCHINGS recalled further discussion about DOD contracts with THERANOS. HUTCHINGS could not remember specific information, but he did understand that the device was being used by the DOD on dirt bikes in the field. HUTCHINGS also remembered seeing a picture of a meeting between THERANOS and government officials.

The second in-person meeting was attended by HOLMES, LUCAS, and Sunny BALWANI (BALWANI). A THERANOS device was present for this meeting. HUTCHINGS described the device as a machine about the size of a computer with a touchscreen. HUTCHINGS did not hear the machine's name at the meeting. Rather, he first heard the term "Edison" from newspaper articles and "Minilab" at the AACC [American Association for Clinical Chemistry] conference. A demo was conducted at the meeting. HUTCHING thinks John NORBERG of the CANCER TREATMENT CENTERS OF AMERICA (CTCA), who had a unique medical condition, had his blood tested at this meeting. HUTCHINGS said a demo became a part of their THERANOS meetings. Blood test results were never given at the meeting.

Revenue was discussed during the third in-person meeting with THERANOS. BALWANI stated THERANOS revenue for 2009 was approximately $10 million. 2010 revenues were estimated at approximately $90 million to $100 million. For year 2010, THERANOS had a fulfilled but not finalized contract with pharmaceutical company Celgene.

A binder of due diligence and financials was sent to Salt Lake City for review. HOLMES and BALWANI spoke in Salt Lake City while the binder was present.

HUTCHINGS reviewed documents PVP038468 to PVP038469 which he recognized as an email to HOLMES preparing for an upcoming videoconference meeting. In this document, Ian MCDOWELL is a THERANOS technician. HUTCHINGS understood the two main lines of business for THERANOS were the DOD and pharmaceutical companies. He does not remember the percentage breakdown of revenue from these two sources, but HUTCHINGS did know consumer revenue from retail pharmacies would take over. HUTCHINGS was not sure about HOLMES' references to revenue from hospitals and physician's offices.

US-REPORTS-0002619

HUTCHINGS reviewed documents PVP056747 to PVP056749 consisting of CAMPBELL's notes from the April 2011 videoconference call. HUTCHINGS stated BALWANI and HOLMES participated in the call. During the meeting, regulatory approvals were discussed. THERANOS' last regulatory issue before being rolled out to the consumer market was obtaining CLIA [Clinical Laboratory Improvement Amendments] certificates. HUTCHINGS does not recall any discussions about the U.S. Food and Drug Administration (FDA) at this point in time. Revenue was also discussed during this meeting.

In 2011, HUTCHINGS felt there was not a lot of risk involving the FDA. He does not remember if HOLMES made any statements regarding FDA clearance of THERANOS' devices.

HUTCHINGS reviewed documents PVP039473 to PVP039474 consisting of an email from HOLMES. HUTCHINGS stated the email referred to a meeting he attended with CAMPBELL, HOLMES and George Hamilton (HAMILTON) of INTERMOUNTAIN HEALTHCARE (IMHC). HOLMES gave a PowerPoint presentation to but HUTCHINGS does not remember the content. He also does not remember if a THERANOS device was present at the meeting. He did, however, state the device was typically used as a component of THERANOS meetings.

Wade ROSE of DIGNITY HEALTH (DIGNITY) was introduced to THERANOS through Phil LEBHERZ. DIGNITY officials received an onsite presentation at THERANOS. THERANOS technology was viewed as exciting and it offered lower costs with a small sample size that eliminated a primary assay lab through pre-analyte processing. THERANOS technology also reduced human error and labor requirements.

HUTCHINGS stated PVP introduced the idea of strategic alliances to THERANOS. The partnership with IMHC was a start. They had a conversation with HOLMES after the close of the IMHC deal to approach other health care systems.

During meetings with health systems, THERANOS showed PowerPoint presentations.

HUTCHINGS did not recall seeing any outside equipment during meetings at THERANOS.

The Stephenson Family of CTCA did not invest in THERANOS. NORBERG decided they did not want to invest through the PVP fund. HUTCHINGS was never at any meeting between CTCA and THERANOS. He stated an investment never came to fruition.

HUTCHINGS reviewed document TS-0244091 consisting of an email from him to HOLMES and BALWANI. The email references a meeting with representatives from DIGNITY. HUTCHINGS was present at the meeting, but he did not recall if the DOD or CDC came up. He did not recall what "track 2" meant or who "John" was. "Rich" referred to Richard ROTH, Dignity Health Innovation and Strategic Partnerships.

HUTCHINGS reviewed documents PVP059261 to PVP059263 consisting of an email chain in which Lisa Zuckerman (ZUCKERMAN) of DIGNITY requests HUTCHINGS review text drafted about THERANOS. HUTCHINGS recalled receiving the email, but does not have a specific recollection of reviewing the email's contents. HUTCHINGS reviewed the email for inconsistencies and believes he responded to ZUCKERMAN.

US-REPORTS-0002620

HUTCHINGS reviewed statements made in the ZUCKERMAN email (PVP059261 to PVP059263) for inconsistencies with what he was told. Specifically:

- HUTCHINGS remembered THERANOS had said they conducted lab testing for pharmaceutical companies and that they had done modelling of the spread of disease in bioterror incidents for the CDC.
- THERANOS said they worked with DOD. Furthermore, HUTCHINGS specifically remembered HOLMES stated DOD had used THERANOS devices in the field, but not necessarily in "combat zones."
- Regarding the FDA, HOLMES stated during a meeting with Mike LEAVITT that the FDA was not prepared for the thousands of tests THERANOS would submit. THERANOS needed to develop a plan for their submissions.
- BALWANI stated during a meeting with DIGNITY that THERANOS` work load was 75% pharmaceutical and 25% military.
- Microsample technology was used for all CPT [Current Procedural Terminology] codes.

HUTCHINGS thought THERANOS had healthy 2013 revenue in the $100 million to $200 million range. He thought this was supported by the number of employees and office space of THERANOS. BALWANI stated 2014 revenues were estimated to be $200 million. HOLMES stated consumer lines would be a major portion of THERANOS` revenue.

HUTCHINGS understood the THERANOS device was an analyzer that could do all tests, consisting of over 1,000 CPT codes, with multiple cartridges. HUTCHINGS thought THERANOS had miniaturized a lab and all THERANOS blood testing was being done on THERANOS technology alone. HUTCHINGS was aware from a 2013 meeting with SUTTER HEALTH (SUTTER) that THERANOS was using a reference lab for esoteric tests. However, there were never any conversations about using traditional machines to run diluted blood samples.

HUTCHINGS reviewed document TS-0001583 which consisted of an email from him to HOLMES regarding DAVITA. DAVITA was a dialysis company that had just merged with HEALTHCARE PARTNERS. The focus of the company was home healthcare. HOLMES and DAVITA`s Kent THIRY had conversations. There was no investment by DAVITA in THERANOS because THERANOS felt there was possible competition between the two companies.

HUTCHINGS reviewed document TS-0001557 consisting of an email from him to HOLMES and CHRISTIAN HOLMES regarding possible investment by CEDARS SINAI. HUTCHINGS attended meetings at THERANOS with Tom PRISELAC and Darren (last name unknown), HOLMES, CHRISTIAN HOLMES and Jeff BLICKMAN (BLICKMAN). BALWANI might have attended the meetings, too. Ultimately, CEDARS SINAI did not invest in THERANOS. They had a lab they wanted to use towards a possible investment in THERANOS, however, the deal did not work out.

US-REPORTS-0002621

HUTCHINGS reviewed document TS-0001352 which consisted of an email from him to HOLMES and CHRISTIAN HOLMES. TEXAS HEALTH RESOURCES did not have an onsite meeting at THERANOS. Peter ANDERSON of SUTTER was excited about THERANOS, but did not invest. He had an onsite meeting with CHRISTIAN HOLMES. He did not meet with HOLMES because she was busy with regulators.

HUTCHINGS stated CHRISTIAN HOLMES worked on the strategic partnerships with HOLMES, BLICKMAN and Dan EDLIN. HOLMES was the main point-of-contact for the PVP family investors. CHRISTIAN HOLMES also attended pre-investment meetings.

HUTCHINGS described SUTTER and other investors as frustrated with THERANOS and the lack of information they were receiving from the company. HUTCHINGS said PVP was upfront with the investors that THERANOS would not provide any financials.

HUTCHINGS' last contact with BALWANI was before he left THERANOS. HUTCHINGS has had no discussions with LUCAS about THERANOS. He has talked to Melissa FINDLEY, LUCAS' foundation manager, Chris LUCAS, and Nancy MINIK.

Two THERANOS investors are looking for their money back. These are Ryan SMITH and Massy METAPU. IMHC has reduced the capital in THERANOS.

Daniel YOUNG (YOUNG) was at two meetings with HUTCHINGS, a post-investment meeting with DIGNITY and with another health system meeting post Wall Street Journal article. HUTCHINGS thought YOUNG was a technical resource.

The interview ended at approximately 4:10 PM.

*signature*

Christopher McCollow                                   March 30, 2017
US Postal Inspector                                          Date

ATTACHMENTS:

- PVP022435 - PVP022437
- PVP038468 - PVP038469
- PVP039473 - PVP039474
- PVP055503 - PVP055504
- PVP056747 - PVP056749
- PVP059261 - PVP059263
- TS-0001352
- TS-0001557
- TS-0001583
- TS-0244091

Page 5 of 5

US-REPORTS-0002622



Mark Campbell <mark@peerventurepartners.com>

# Theranos Presentation 5/20/2010

Mark Campbell <mark@peerventurepartners.com>                    **Mon, May 24, 2010 at 3:48 PM**
To: Mark Campbell <mark@peerventurepartners.com>, Jared Hutchings <jared@peerventurepartners.com>

- A whole range of chemistries that are currently run in a central lab now in a point of care setting.
- Different from all the other current devices because they can only run 1 set of tests
- They have automated what has been done in central labs to allow the same tests to be done in retail pharmacies.
- Sunny - Take what you learn from the point of care tests and build large modeling simulation computer systems, so as you acquire data from individuals health we can compare that against all the other data that is acquired and see where individual health is headed because you can derive a lot of information from blood.
- Built a system that processes a 15 micro liter sample of blood.  Just a little bit more than what is run on a glucose meter.
- They run assays in less than 18 minutes.
- Link the information to a decision support system that makes the blood testing information actionable.
- One of the issues of lab testing information is the lack of actionable data.  Don't know what to do with the results of the test.
- Don't know if a patient is at risk for a certain outcome.
- Theranos goal is to make lab data more actionable and accessible that take central labs and replace them with boxes that can be put in retail locations and patients homes.
- 10 of the top 15 pharma companies are clients, pfizer, GSK, Johnson and Johnson, Astra Zeneca, Bristol Meyers,
- Business Model - first go into the world of pharmaceutical trials and replace central labs, paid by pharmaceutical companies to drastically speed up their clinical trials.
- Able to generate cash quickly and prepare to launch systems to consumers.
- Have contracts with the department of defense, using for a broad range of applications from influenza detection, putting system on CCAT's (critical care air transfer vehicle) for soldiers that are evacuated from the field once they are hit, and put a lab on a flying ambulance.
- 3 revenue streams - Pharmaceutical clients are software customers, recurring revenue with SaaS for automated analysis, they also buy consumables which are the cartridges
- Measuring every single test that is currently run at a lab, hundreds of different chemistries, there are 300-400 unique tests, can measure cells in their platform, proteins, metabolites, enzymes, viral load all within one system which has never been done before.
- Just received a patent for two-way communication to a point of care medical device, able to dynamically send data from servers to reprogram devices to do different things, own patent that allows data to be sent from server to update its protocols or tell it to do different things based on the cartridges that it sees.
- They can ship a box and update it with new tests.  As they deploy in peoples homes or physician offices, 800,000 doctors in the US, they can update it without touching the boxes.
- Influenza, less than 15 minutes for results.
- Have never done a press release, staying completely under the radar.
- Most people know what they are doing in terms of pharmaceutical trials but do not know that they are going after Quest and LabCorp business by going into retail pharmacies.
- Mission as a healthcare company is to wipe cost out of the system.  First company ever to go to medicare and medicade and say this list of tests that you are currently reimbursing, cut it in half, we will lower your reimbursement thresh hold for these tests.  Because their costs are so low they are taking Quest and LabCorp price and reducing it by 90%.
- Quest and LabCorp cost is driven by 70% overhead associated with the planes and real estate.  They can't drop their variable cost below a certain thresh hold which is so high above where we are pricing that it's going to be a time question of what they can do and how quickly.

**PVP022435**

US-REPORTS-0002623

- More worried about discrediting science than competing on the business model.
- The data is communicated to the user depending on who the user is, if it's a consumer the results are sent wirelessly to the physicians, if it's a pharmacist it depends on whether or not they are authorized to give data back to consumers.
- Have done 3 rounds of funding, did Series A in 2004 and their last round (Series C) in 2006. Have not raised equity since then.
- Been operating on the contracts from pharmaceutical companies and DOD
- Have not wanted to raise equity because they have signed contracts that have allowed for growth from operations.
- At a point where retail pharmacies have asked for the ability to put equity in and because the relationships are so strategic they are going to allow it.
- Because of that, they are allowing some of the Series A people the ability to sell their shares.
- Largest investor is Larry Ellison, 2nd largest is Don Lucas. Bob Shapiro (Monsanto), investor base have all built companies from the bottom up.
- Collect data through the touch screen on the device as well. Want to put the data in context. Diaries for what people eat, exercise, medications, sleeping.
- Can give feedback on the medications and the diet.
- The cartridges contain the chemistries. They are disposable, one time use. Poke finger, touch cartridge, put cartridge in device, done.
- Have controls on the cartridges, which they run before they run the assays, that data is sent to the server, and compare data on the controls, then store calibration curves, can see if the assays are running to spec
- You can put a device in china, africa, and walgreens downtown we are going to be able to give the same reading on all of those devices. Which is not done with laboratory testing instruments because the traditional tools are not calibrated between devices.
- If you go to Quest in California and get your blood done and you go to Quest in Utah you are not going to get the same answers. You get different answers in terms of absolute concentration. You can't see trending the way it is currently being done.
- Case study for client - able to redesign the trial. Able to accelerate program by 18-24 months. Increased success probability from 15-80%. Value created was an NPV of $202m. They get $ from a license to their software.
- 18-24 months is a really big deal, it's estimated that every single day is worth $1m dollars.
- Lab testing business was a $52B market in 2008. On average, every american does 3 blood tests per year.
- 2008 - 1 billion tests.
- Quest has 14% of the market, 151m tests in 2006.
- Independent labs controls ~half of $52b market (about $25b). Includes inpatient hospital testing and outpatient that is not done in hospitals.
- Quest and LabCorp have no R&D division. They may try to partner with other companies.
- Price to consumers will be so low that it will be difficult to compete.
- Analogy is bringing PCs in a world of mainframes. Just like people sending picture to a lab to be developed, now people get their pictures developed at Walgreens.
- Insurers currently don't have access to the blood testing data.
- Pharma - $30 per test is for one chemistry, always have 6 or more chemistries on a single cartridge.
- Take 5% of the market for general labs, if the retail partners are able to attract 5% of this market by signing deals with insurance companies to drop their costs by greater than 50% they will do $1.4B in annual revenue with $500m in gross profit.
- Able to make a impact on early detection of disease. Working with Medicare and Medicade to say what tests should we handle to start catching this information earlier. Starting with replicating what the labs do exactly and then putting this in every pharmacy is to be able to start seeing the changes that these markers early enough to make an impact, this opens up the world of specialty testing. This is where they will make the bulk of their money. Because when we can get disease specific signatures where we can say we ran a trial of 2000 people and we were able to predict with 90% power that a woman was going to have breast cancer before the tumor showed up based on our signatures. Replace mammograms with blood tests.
- When we do specialized tests then we'll give away the CVC which counts red & white cells that cancer patients have to do frequently, and then multiplex it with these proprietary panels that are giving actionable information whether someone will have a disease in time to intervene.

PVP022436

US-REPORTS-0002624

- 90% of all the tests that are run at Quest and LabCorp are 100 different tests, that fits on 2 cartridges.
- Shipping 5-6 cartridges to the pharmacies, they'll put them in the device and then select what test they want to run and get billed for what's run.
- The price of an average panel for routine lab tests (not proprietary tests) is $18 and reselling it for $28, the same price for this test at LabCorp/Quest discounted for insurance companies is $86 (not the retail price, ~$800-900) then 5% of the market is 50m tests which is $1.4B in revenue and a gross margin of $500m and a healthcare savings of out of pocket test costs of $2.9B.
- Picked the price as 50% of medicare.  So now the price that they will pay is 50% below Quest and LabCorp's variable cost.
- Currently selling proprietary tests for $150 each. (Wellness diagnostic and predictive tests)
- These are proteomic tests and owned by Theranos IP.  Take environment into consideration.
- Breast and prostate cancer tests will launch in 2011 at pharmacies.  These will be authorized for direct to consumer sales.  Predictive power is greater than 80%
- Men over 40 in the US, 2 tests per person per year, that would be 130m tests per year for total available market.  $150 retail price and $50 gross margin, 10% market share = $2B with $650m gross profit to retailers.  Theranos profit is much higher.
- Initial tests with pharmacies - influenza, infertility, pregnancy complications, congestive heart failure, prostate, colorectal, fertility
- Want to diversify investor base.
- Inventory pre purchase commitment of $100m from each pharmacy partner.
- Strategic reasons to allow early investors to get a return now.
- Numbers that were shown were US market only.
- Elizabeth completed 4 years of Stanford Mandarin while in high school.
- Believes the most valuable thing she can do with her life is build a company that recognizes when people get really sick it's too late to do anything about it and it doesn't have to be that way.



PVP022437

**Subject:** Friday's Meeting
**From:** Jared Hutchings <jared@peerventurepartners.com>
**Date:** 3/31/2011 7:54 AM
**To:** Elizabeth Holmes <eholmes@theranos.com>

Elizabeth,

Change of plans, they want to do the video conference if that's OK. I will reach out to Ian McDowell today and see where we get.

Here are the questions from the Eccles and a list of attendees:

Questions for Elizabeth/company

· Have there been any equity placements since our investment? If so when, how much and at what price?

· Has an offering or disclosure document of any sort been prepared and given out to new or potential investors/partners/retailers. Could we get a copy?

· How many shares outstanding simple and fully diluted? Have options been granted and if so at what exercise price?

· Have any board members or upper management terminated their association with the Company? If so, when and why?

· What management positions have been filled since we last met and which ones have yet to be filled (i.e. CFO)?

· Current status of regulatory approval? What is the risk and significance should approval not be received?

· Current financial condition of Theranos (including revenue trends/projections for the two lines of business)

· Projected cash needs and sources?

· Is there any new partnership relationships besides the two we were told of last June? If so, who and nature of agreement (i.e. funds invested, advance services, equity investment, etc)?

· Competition – who and what? Theranos lead time?

· General status of product development and technology? (including facilities in place to scale?)

· Significant challenges and issues facing Theranos at this time?

PVP038468

US-REPORTS-0002626

·      Based on the time line we received in June, it appears we are 3-6 months behind that schedule. Is that correct or do we not remember correctly? If correct, what's the impact?

·      What can you share about the pilots?


Attendees from PEER III L.P.:

In Conference Room:
Spencer F. Eccles
Spencer P. Eccles
Lisa Eccles
Sterling Jensen (foundation)
David Buchman (foundation)
Zeke Dumke III
Zeke Dumke IV
Jared Hutchings

By Phone:
Katie Eccles
Hope Eccles
Mark Campbell
Don Hampton (Sher Family -- They invested 4M to date, they have interest in C-2)

7/6/2016 10:05 PM

PVP038469

US-REPORTS-0002627

FW:

**Subject:** FW:
**From:** Elizabeth Holmes <eholmes@theranos.com>
**Date:** 8/26/2013 9:38 PM
**To:** Jared Hutchings <jared@peerventurepartners.com>

FYI. Great to see you today,

Elizabeth

**From:** Elizabeth Holmes
**Sent:** Monday, August 26, 2013 9:38 PM
**To:** 'Spencer P. Eccles'
**Subject:**

Dear Spencer,

I hope this email finds you doing great.

We met with Intermountain Health today on establishing a partnership as we begin to lay the foundation for our Utah infrastructure. In the context of the meeting, I relayed the conversation on Utah Medicaid/Medicare savings I had the opportunity to have with Governor Herbert at the dinner we did at Don's house when the Governor came out here. Governor Herbert had asked me to follow up with him through you to set up a meeting with him and the head of Medicaid on this when we were ready to proceed.

We are ready to begin this; George Hamilton from Intermountain mentioned he would be seeing the Governor on Wednesday and asked to be able to discuss Theranos with the Governor, which we gave him permission to do (George is under confidentiality).

I have copied below the Utah Medicaid/Medicare savings projections on potential from lower billings/lowering reimbursement thresholds that we had the opportunity to discuss with Governor Herbert.

If you could pass this along to him and let me know how best to follow up, we're looking forward to putting the resources behind it.

With all my best,

Elizabeth

# Cost Savings: UT Medicaid/Medicare





7/6/2016 4:51 PM
**PVP039473**

US-REPORTS-0002628

FW:

====================================

PRIVILEGED AND CONFIDENTIAL COMMUNICATION

IMPORTANT – This electronic transmission, and any files transmitted with it are confidential and/or legally privileged information. This information is intended solely for the use of the individual or entity to which they are addressed. Any disclosure, retransmission, reproduction, dissemination or other use of the contents of this information by persons or entities other than the intended recipient is strictly prohibited. If you have received this email in error, please contact us immediately and delete all copies. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of Theranos, Inc. Finally, before opening or using attachments the recipient should check this email and any attachments for the presence of viruses. Theranos, Inc. accepts no liability for any damage caused by any virus transmitted by this email. Our sole responsibility is limited to resupplying any affected attachments.
Theranos, Inc., 1601 S. California Avenue, Palo Alto, CA, 94304
650-838-9292     www.theranos.com

====================================

7/6/2016 4:51 PM

PVP039474

US-REPORTS-0002629

**Subject:** Theranos Sand Hill Financial 10/09/2009
**From:** Mark Campbell <mark@peerventurepartners.com>
**Date:** 4/27/2010 4:53 PM
**To:** Mark Campbell <mark@peerventurepartners.com>, Jared Hutchings <jared@peerventurepartners.com>

- Working with many pharmaceutical companies
- Contracts with US and Foreign governments
- Growing from cash from operations
- Integration of 3 technology products
- Core of the business today - Focused on work for pharmaceutical companies
- Point of care at home, in clinic, blood monitoring devices
- Poke a finger, touch a disposable cartridge, press cartridge into a device so blood test can be run in real time, in an ambulatory context
- Integrate information and data from blood, data that can be used for health status
- Built their own software applications, information becomes actionable and used for enterprise clients to make better decisions
- Used to accelerate a clinical trial timeline, improve success of a phase, or decrease cost of development.
- Getting information earlier on efficacy and safety of those drugs in clinical studies
- Takes 3 technology pieces
- No longer focused on devices, it's all about software applications and tools that they can provide to clients.
- Built a single solution for a pharma company or govt, and replacing the way they are doing data capture and management, and changing the way clinical studies are being done.
- Technology includes complex modeling, allows them to characterize changes in the biology of the person and reproduce with software what a person's biological response profile should look like so they can simulate not just what the drug concentration  will be over time but how a person will react to the drug.
- Able to determine with greater probability if a drug will be successful.
- 2 value propositions to make money -  1.  improve trial success and shorten development timelines through better integration and management of data 2. ability to maximize the value of medicines on the market, instead of selling a drug, pharma sells a solution, understand how to tailer the drug to the individual.
- Dealing with organizations that have increased spend on clinical development, tons of money to get a few products on the market
- Success rates of assets(drugs) going to market are going down.
- The drugs that do make it, the majority don't make up the amount of money and capital used to get them there.
- Theranos had to prove that their technology worked, and create value by getting faster and better data
- Improving ROI for pharma development
- Key levers for Pharma -Cost, quality, and time, decrease the number of studies a company has to run.
- Different service providers that sell into pharma companies - software companies that do

PVP055503

US-REPORTS-0002630

clinical trials simulation, modeling, central labs like LabCorp and Quest Diagnostics, and CRO's. Theranos has taken all of the components and created a single solution.

- Case study: A pharma company used theranos to design clinical studies, used software to decide what would happen if they dosed their drug in a certain way. Theranos was able to completely redesign their trial
- Original design had a success probability of 15%, had significant safety problems, Theranos increased the probability to 80%.
- When the company went into the study they already had a negative return.
- When the data was given to the CFO he was able to calculate an ROI of 10% in terms of how much they have put into this particular compound.
- Theranos saved them an estimated $202M, by not having to repeat the study. Theranos was paid $3.25M (charge more next time). Project took 3 months.
- Able to change the dose of the drug because of the realtime aspect, keep them in a safe range.
- Health Management - making decisions on how to detect the onset of diseases. Real time detection for diseases, especially in developing world. H1N1
- Capacity to do 500,000 cartridges per month by Q1 2010
- When they sell their solution to a company or a govt, they grant a liscense to the operating system, SaaS model, charge for the customization, and professional services associated with the installation of that operating system
- They are motivated the same way the pharma is, getting studies done the cheapest and fastest way, focused on the value they provide
- Predictive models is where a lot of the future revenue lies, annual recurring support
- Take data from Theranos, see profiles that are in the blood, provide back to clients to make them smarter, as more and more data is added to clients the ability to predict drug success continues to go up.
- Also, consumables part of the business, $30-$100 for a test, 1-6 tests on average per cartridge, pharma companies are already spending $200 for an assay sample, so Theranos is cutting the current cost in half. Drop pricing as they do more tests with one client.
- On healthcare side, volumes are huge, drop pricing because of volume, goal of ramping up to 100K-500K cartridges per month.
- Revenue recognition is 20% per year because of VSOE issues
- Biggest risk - Grow as fast as they are trying to scale
- 1 patent filed (the mother patent), 16 applications for other patents

PVP055504

US-REPORTS-0002631

- APRIL 2011
- We are in the process of a share buyback, our 1st goal before raising any additional capital is to complete the buyback.  We need to circulate buyback materials to investors which we hope to do immediately.
- Very strategic to have investors like the insurance companies because they are the payers and the customers and the organization that impacts whether or not our product is going to be used.
- Regulatory front, from the FDA perspective we are clear, the device itself is regulated by the FDA and it has been classified as a clinical analyzer, which is treated by FDA as what is called a class 1 exempt device (not subject to 510K).
- Only remaining piece on the regulatory front is the certification of our facility under CLIA, which is the laboratory regulation that we are complying with to be able to put the same level of oversight in a traditional central laboratory.  We have done all of the work for that, the only remaining piece is an audit to our
- Safeway has committed 23% of their total available capital (just under $300M) to building out the Theranos infrastructure in every store.
- We can collect not only blood but also urine and feces to do a complete lab replacement.
- This buildout is now occurring in every Safeway across the country and from a strategic standpoint we went back and forth on our marketing plan it became clear that the smartest thing that we could do is launch everywhere at one time.
- The drivers for timing right now are 1. construction complete and 2. Theranos's operational infrastructure because this means we need thousands of devices and the whole call center and technical support and distribution infrastructure in place at a much bigger scale on the day that we go.  These are investments that we were not planning on making that aggressively in 2011, we were still focused on our pharmaceutical business, our traditional revenue business, but now because of these plans, have to be a lot more aggressive on this side of the business.  Instead of launching this in the way we were thinking about which was a gradual ramp, we are going to do a shock and awe deployment on one day.  Once the construction is done it is going to be on us to operationally support that.
- With respect to timing, we will start deployment in thought leaders.
- Since we solidified our partnership with PEER we have signed agreements with insurance companies and as part of the insurance companies contracts our focus has been on cost reduction.
- Starting at the end of Q2 2011, we will begin appearances in thought leaders and centers of excellence.
- Meaning that in the U.S. there are only 1800 emergency rooms and each emergency room sees an average of 140 patients per day, whereas in retail there's obviously 10s of thousands of them and seeing that concentration per device will take us much longer.
- The cash flow requirement to be able to facilitate the retail roll out will be covered by 3 things, as part of our contracts with the insurance companies, every single contract with every single state, is tied to a pre purchase commitment of deployment in each state and that money will cover the cost that we have to make in devices for the initial roll out.

**PVP056747**

US-REPORTS-0002632

- So as we grow our business it will be through operations.  We don't see any need to raise new equity to grow our business.  We are very comfortable with that statement.
- Shares outstanding - 63,743,999 ($15 share price = $956M)
- Right to acquire stock with options and warrants - 67,556,051
- Fair to assume that the options will be issued because of aggressive hiring.
- We are currently hiring 300 people.  In the current quarter we think we will add 150 of those people.
- The ball is not in our court for the timing on retail.  We are dependent on the construction timelines, however our hope is that within 3 months of when we start in the centers of excellence we can be in retail.
- What we have done that no one else has done and what we see as one of our greatest competitive advantages is that we have built a fully integrated solution.  So it's not just a test, it's a full infrastructure for authentication of claims, billing of claims, decision support, on the interpretation of data all within one solution.  That really is our core competitive advantage because it is sophisticated and complex in terms of the number of technologies that we have put together.
- Our total portfolio in IP is just under 100 applications.
- An average american test order is 3.2 CPT Codes (Medicare numbers billed for a chemistry) that's about 20 chemistries.  We can put 60-80 chemistries on a single cartridge.
- Our time is going into building the inventory of devices.  We are doing very aggressive testing on the devices to make sure that when they do into the field we are not going to need to touch them.  Retail device will be able to process 6 samples at a time.  In summer when we go to thought leaders we will deploy probably 500 of those devices, by the end of the year we need thousands of those devices.
- We will use Utah for cartridge production infrastructure.
- For the first 6 months we think we'll be profitable.  Our goal is to break even in 2011, because if we see more profit we will just hire more people to scale.
- We want to be in 500-600 (total of 1800 in U.S.) emergency rooms at the end of 2012.  There are 120,000,000 emergency room visits in the U.S. every year and 60% (72M) do some kind of blood test.  That's a big market for us.
- KPMG is auditor, every 12 months.  We have no outstanding issues.

TNOS Update 9/23

- Systems validated by FDA
- Pharmaceutical world is headed towards taking a test before getting a new prescription.
- The pharmaceutical market is bigger than the annual spend in the U.S. on lab tests.  There is $100B per year right now that is spent in R&D.  Which accounts for ~1/3 of pharmaceutical revenues.
- Within the pharmaceutical business, spend is increasing while approvals are decreasing.
- For every $1B that is spent on getting a new drug to market, you generally have 1 new drug that gets to market.

PVP056748

US-REPORTS-0002633

- The FDA is changing, and the delays in regulation associated with the way in which therapies are prescribed, and diseases diagnosed, provide great opportunities for Theranos. You have $2.3 Trillion associated with hospital spend and physician oriented spend, and you have $70B associated with laboratory spend. Out of the laboratory spend comes the decision making around how to care for patients in the physicians office and hospital environment. 95% of the decisions that are made by physicians or practitioners in a hospital are based on laboratory data.
- In general 70% cheaper than what is possible to do in a traditional central lab.
- Current cash balance provides more than adequate capital to drive growth through continued investment in deployment and development.
- Will be at 300 people in Q4 of 2011, and adequate capital to double headcount.
- Grown from trial specific to drug specific program with customers. When the drug goes on the market a Theranos test will be run with it at a pharmacy.
- Increasingly bundling some of the software licenses and the test commitments where Theranos receives large pre purchases of inventories associated with the test commitments that a company has for a given year or quarter.
- Working with 10 of the largest pharmaceutical companies and mid size bio pharma companies coming out with new biologicals and specialty drugs.
- Building close relationships with U.S. and foreign governments.
- George Schultz joined the board.
- The entry point into the consumer market is built around our ability to characterize responder populations. As we have the opportunity to begin working with drugs coming on to the market with our system, we have the ability to play to the label of the drug which says, "patient has to be tested in order to get this drug." That allows us to enter the pharmacy world and into the provider world.
- Have 150 existing patents and applications.
- Became a CLIA certified lab.
- Have 5 buildings that we are occupying. Have a business development and R&D facility in Boston.
- Public information on Theranos will change in a big way in 2012 if not sooner.
- When that happens, the greatest competition comes from the traditional infrastructures, and that means that people will be attempting to reverse engineer the technology. Preparing for that includes a political strategy in Washington, a litigation strategy, and an R&D strategy (the most important part).
- Very aggressive on the manufacturing side. Making sure that we have complete ownership over the entire production infrastructure. Bringing everything in house.
- Putting a couple hundred million dollars into the manufacturing and production infrastructure in order to get the kind of volumes that we have been working toward.
- Our obsession is hiring.
- Percentage of revenue from retail/consumer will be significantly greater than the pharmaceutical side in the future.

**PVP056749**

US-REPORTS-0002634

**Subject:** Fwd: CAN YOU REVIEW for accuracy by afternoon?
**From:** Jared Hutchings <jared@peerventurepartners.com>
**Date:** 1/29/2014 11:01 AM
**To:** Mark Campbell <mark@peerventurepartners.com>

---------- Forwarded message ----------
From: **Zuckerman, Lisa - SF** <Lisa.Zuckerman@dignityhealth.org>
Date: Wed, Jan 29, 2014 at 10:07 AM
Subject: CAN YOU REVIEW for accuracy by afternoon?
To: "Jared Hutchings (jared@peerventurepartners.com)" <jared@peerventurepartners.com>

Hi Jared – can you please review the text below? I am including in a memo to Investment Committee regarding the PEER Ventures investment. This is only part of the memo, but I want to make sure the company description is correct. It was derived from a mix of items from my meeting notes, stuff on their website, etc...Note that Board materials are also under strict confidentiality guidelines.

Thanks!

**Investment Overview (this is just part of an Overview section)**

The fund investment is related to a strategic business relationship Dignity Health is developing with Theranos. The company, which was founded in 2003, has patented technology that can perform clinical laboratory tests on samples as small as 1/1,000 the size of the typical blood draw. The company has a track record of providing lab testing to the pharmaceutical industry for clinical trials, working with the military for lab testing in combat zones, with the Centers for Disease Control related to bioterrorism and public health testing and tracking applications. Theranos is now focused on retail / consumer strategies as well as serving the health care delivery system through hospitals and other providers. Theranos and Walgreens recently announced a significant partnership to deploy Theranos technology in Walgreens' in-store clinics. Theranos has a similar relationship in process with Safeway. We are in deep negotiations of a business relationship that could include use of Theranos in lieu of our current reference lab relationships, and potential deployment of Theranos technology in Dignity Health's hospitals, replacing traditional blood draw and lab processing technology.

**Company Background:**

Theranos has developed a range of healthcare technologies related to their microfluidic technology. They

US-REPORTS-0002635

assert that they have developed tests based on this micro-sample technology and processing for every Medicare CPT code. Theranos' tests are certified in their CLIA (Clinical Laboratory Improvement Amendments) laboratory and cover a full range from blood, urine, and other samples. CLIA certification is a key indicator of the credibility and quality of the Theranos technology and laboratory. The Centers for Medicaid and Medicare Services (CMS) regulates laboratory testing through the CLIA certification program. CLIA certification indicates that the laboratory has been inspected and has met all of the requirements to be certified to perform laboratory testing. Theranos has submitted roughly 1,000 tests for approval by the FDA, and have a month-by-month plan with the FDA to gain approval.

There are a number of advantages to Theranos' technology versus traditional lab technology, including:

    1)   The collection of a "micro-sample" of blood via a finger stick, versus vials of blood collected via a venipuncture by a phlebotomist;

    2)   Rapid turnaround time for test results (30 minutes to 4 hours) – with significant potential for improved outcomes and efficiency, particularly in emergency departments and in infectious disease situations;

    3)   Cost of testing is roughly 50% of current Medicare test costs; and

    4)   Potential to operate on-site labs using Theranos technology with limited staffing and resultant savings.

For the first 8 years of the company's operations, Theranos exclusively served pharmaceutical companies and the US military. The FDA review of Pharma Clinical Trials is very vigorous, and the certification and quality of the laboratories selected to perform the trials is closely scrutinized. Theranos has worked closed with the Department of Defense in the development of its technologies and testing. They have also worked in collaboration with Johns Hopkin to validate their tests.

The company President/COO stated that through 2013, roughly 75% of their work was for pharmaceutical companies (25% of revenue) and 25% of work was for military (75% of revenue). The President/COO asserts that there is a "healthy revenue pipeline" for 2014 of roughly $200 million, and estimates that roughly half of the company's 2014 revenue will come from the retail/consumer sector, with roll-out of the Walgreens and Safeway clinics. He projected that the company "could breakeven" in 2014 if they chose to scale back their very aggressive R&D investment in order to do so. As far as long-term company direction, Theranos is launching a new panel next quarter for infectious disease, including 64 pathogens, for a cost of roughly $100 per panel. The company indicates that while its "Phase 1 launch" is clinical lab technologies, Theranos envisions itself as software / technology company due to the strong role of informatics. For example, for the last 18 months, Theranos has worked with top electronic medical records vendors to prepare for commercial lab rollout.

The company has a very well-connected Board with significant ties to government and the military. It is also building out Board representation from the business sector. A brief company background is attached at the end of this memo, and the company's website can be viewed at www.theranos.com.

PVP059262

US-REPORTS-0002636

Fwd: CAN YOU REVIEW for accuracy by afternoon?

**Lisa C. Zuckerman**

Senior Vice President, Treasury Services

Dignity Health

185 Berry Street, Lobby 2, Suite 300

San Francisco, CA 94107

415-438-5529

 Dignity Health.

Caution: The information contained in this email may be privileged and confidential and protected from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, kindly notify the sender immediately by reply email and then delete this email. Thank you.

7/6/2016 1:32 PM
**PVP059263**

US-REPORTS-0002637

**To:**    Elizabeth Holmes[eholmes@theranos.com]
**Cc:**    Christian Holmes[cholmes@theranos.com]
**From:**    Jared Hutchings
**Sent:**    Wed 7/9/2014 3:26:06 PM
**Importance:**    Normal
**Subject:**    Brief Update
**Received:**    Wed 7/9/2014 3:24:52 PM

Elizabeth,
I hope this note finds you doing great.

Just a brief update on our progress with a few systems:

DaVita:  I connected with Kent Thiry this week.  He said as soon as his team fleshes out some timing on early validation/pilot we can set a timeline on the investment.

Texas Health Resources: 13 wholly owned hospitals, (plus other JV hospitals), concentrated in Texas.  They were referred to is from Dignity.  Their COO and team are ready for an on-site. Let me know if we should hold off for any reason.

Cedars:  No change here, they pulled back from making a large investment and are looking for a suggested investment amount on par with others.  My last note on this was that we suggest 15M and move forward, they are interested in closing soon, let me know if you have a preference here.

Sutter:  They are considering an amount while things progress with Christian (which he said is going well). They are open to considering a suggested amount if you have one.

Look forward to talking again soon.

Jared

FOIA Confidential Treatment Requested by Theranos

US-REPORTS-0002638

**To:**    Elizabeth Holmes[eholmes@theranos.com]
**Cc:**    Christian Holmes[cholmes@theranos.com]
**From:**    Jared Hutchings
**Sent:**    Thur 5/8/2014 7:12:05 PM
**Importance:**    Normal
**Subject:**    Cedars | Theranos
**Received:**    Thur 5/8/2014 7:12:04 PM

Elizabeth, (cc'ing Christian)
I had a call this morning with Darren who is leading this for Cedars, here are a few key points:

* The strategic conversation will drive the decision to invest.   As soon as he feels the dialogue with Christian progresses to a point that they clearly see what integration looks like and that they are 'all in', then he can commit on the investment.

* They would be investing out of working capital, and their next investment meeting is July 8th, so in terms of timing, closing shortly thereafter is ideal for them.  Also, per our last conversation, we discussed a much higher range of investment.

* He shared within the bounds of our confidentiality, that they have decided to divest their reference lab, they did not decide it at the meeting but the timing for this has just lined up perfectly.

We are scheduled to follow up after he has connected with Christian.

FOIA Confidential Treatment Requested by Theranos

US-REPORTS-0002639

**To:** Elizabeth Holmes [eholmes@theranos.com]
**From:** Jared Hutchings
**Sent:** Sun 4/6/2014 8:15:11 PM
**Importance:** Normal
**Subject:** DaVita | HCP
**Received:** Sun 4/6/2014 8:14:24 PM

Elizabeth,

Just a quick note to say Bob Margolis, CEO at Health Care Partners, reached out to say he found out his co chair at Da Vita had started a dialogue at Theranos (as you had shared with me). He said they will all meet together shortly in Denver to discuss.

By the way, I found this article about Bob and HCP in The Atlantic interesting.

http://www.theatlantic.com/health/archive/2013/02/keeping-patients-out-of-hospitals-a-private-sector-approach-to-health-reform/272916/

FOIA Confidential Treatment Requested by Theranos

TS-0001583

US-REPORTS-0002640

**To:** Sunny Balwani [sbalwani@theranos.com]; Elizabeth Holmes [eholmes@theranos.com]
**From:** Jared Hutchings
**Sent:** Tue 12/17/2013 8:16:48 AM
**Importance:** Normal
**Subject:** Theranos | Dignity
**Received:** Tue 12/17/2013 8:16:08 AM

Sunny, (Elizabeth cc'd)

Below is what the investment team is hoping to cover Wednesday. They sent this over to be efficient since we are sharing the meeting with track 2. The balance of the time will be spent with John and Rich discussing hospital implementation.

* Any information about the company structure (% resources and personnel split between R&D, sales and marketing, software, bioscience etc)


* Financial Perspective: Confirmation that Theranos has the capacity to scale and support a full deployment with Dignity.


* Financial Perspective: Overall revenue split between pharma, gov't and consumer and how that will change with the launch. Any other revenue, margins, bottom line numbers and projections that can be shared.

* Financial Perspective: Discussion of areas of investment/focus within the company.


* Describe any constraints that their relationship with military, CDC and the retailers might impose on the consumer rollout.


* Any additional information about the relationship with the pharma industry. Both in terms of describing the different ways you have provided them value and how that set of customers adds value to the health administration/pharmacy aspect of Theranos.

 * Board Composition: Any elaboration on recent and expected changes at the Board level – on whether the addition of Dick Kovacevich signals a new direction, and any commentary on departures from the board.

FOIA Confidential Treatment Requested by Theranos

US-REPORTS-0002641

## PROFFER AGREEMENT

This Agreement sets forth the understanding and agreement of Jared Hutchings ("Client") and Client's attorney, Marc Fagel, with respect to Client's meeting on December 20, 2016 ("the meeting") with the undersigned representatives of the United States Attorney's Office for the Northern District of California ("the Office") and agents of Federal Bureau of Investigation and United States Postal Inspection Service:

(1)     Client agrees that Client shall truthfully and completely disclose all information with respect to Client's activities and the activities of others that are the subject of inquiry by the Office at the meeting.

(2)     Except as set forth in paragraphs (3), the Office will not offer in evidence any statements made by Client at the meeting (a) in a grand jury proceeding to indict Client; (b) in its case-in-chief at a trial against Client, or (c) at Client's sentencing. The Office may use any statements made by Client or any information directly or indirectly derived from statements made by Client at the meeting for any other purpose, including (a) to obtain leads to other evidence that may be used against Client at any stage of a criminal prosecution; or (b) in any prosecution of Client for perjury, false statements, or obstruction of justice.

(3)     Notwithstanding paragraph (2), the Office may use any statements made by Client at the meeting for any purpose (a) if Client testifies at any hearing or trial; or (b) to rebut any evidence offered, or factual assertions made, by or on behalf of Client at any stage of a criminal prosecution (including but not limited to a detention hearing, trial, or sentencing).

(4)     Client and Client's attorney understand that this Agreement is limited to statements made by Client at the meeting and does not apply to any oral, written, or recorded statements made by Client at any other time or to any other information provided at the meeting. The parties further agree that statements made by Client and the Office at this meeting do not constitute "plea discussions" or any "related statement" within the meaning of Federal Rule of Criminal Procedure 11(f) or statements "made in the course of plea discussions" within the meaning of Federal Rule of Evidence 410.

(5)     Client understands that this Agreement is not binding on any other United States Attorney's office or on any other federal, state, tribal, or local office or agency. Client further understands that no understandings, promises, or agreements have been entered into other than those set forth in this Agreement, and nothing said at the meeting will constitute a promise or agreement unless Client, Client's attorney, and the Office agree in writing.

ALEX TSE
Attorney for the United States,
Acting Under Authority Conferred by 28 U.S.C. § 515

_____     _____ 12/20/2016 _____
ROBERT S. LEACH                                              Date
Assistant United States Attorney

I, Jared Hutchings, have read this agreement and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____          12/20/16
JARED HUTCHINGS                                 Date
Client


I am Jared Hutchings's attorney. I have carefully reviewed every part of this agreement with him. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____          12-20-16
MARC FAGEL                                        Date
Attorney for Jared Hutchings


Dates of Continuation                    Initials of counsel, Client, AUSA

_____          _____   _____   _____

_____          _____   _____   _____

_____          _____   _____   _____

_____          _____   _____   _____

US-REPORTS-0002643